```
 1                     UNITED STATES DISTRICT COURT
 2                     EASTERN DISTRICT OF LOUISIANA
   ************************************************************
 3   NORMAN ROBINSON, ET AL

 4                                    DOCKET NO. 06-CV-2268
     V.                               NEW ORLEANS, LOUISIANA
 5                                    FRIDAY, APRIL 24, 2009

 6   UNITED STATES OF AMERICA, ET AL
   ************************************************************
 7

 8                  TRANSCRIPT OF TRIAL PROCEEDINGS
        HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
 9                  UNITED STATES DISTRICT JUDGE
                    VOLUME 5 - MORNING SESSION
10


11
     APPEARANCES:
12

13   FOR THE PLAINTIFF:         O'DONNELL & ASSOCIATES
                                BY:  PIERCE O'DONNELL, ESQ.
14                              550 SOUTH HOPE STREET
                                SUITE 1000
15                              LOS ANGELES, CA 90071-2627

16
                                LAW OFFICE OF JOSEPH M. BRUNO
17                              BY:  JOSEPH M. BRUNO, ESQ.
                                855 BARONNE ST.
18                              NEW ORLEANS, LA 70113

19
                                THE ANDRY LAW FIRM
20                              BY:  JONATHAN B. ANDRY, ESQ.
                                     KEA SHERMAN, ESQ.
21                              610 BARONNE ST.
                                NEW ORLEANS, LA 70113
22

23                              BARON & BUDD
                                BY:  THOMAS SIMS, ESQ.
24                              3102 OAK LAWN AVENUE, SUITE 1100
                                DALLAS, TX 75219
25
```

DAILY COPY

```
 1
                              DOMENGEAUX, WRIGHT, ROY & EDWARDS
 2                            BY:  JAMES P. ROY, ESQ.
                              P. O. BOX 3668
 3                            556 JEFFERSON ST.
                              LAFAYETTE, LA 70502-3668
 4

 5                            THE DUDENHEFER LAW FIRM, LLC
                              BY:  FRANK C. DUDENHEFER, JR., ESQ.
 6                            601 POYDRAS ST., SUITE 2655
                              NEW ORLEANS, LA 70130-6004
 7

 8                            DUMAS & ASSOCIATES LAW FIRM
                              BY:  WALTER C. DUMAS, ESQ.
 9                            LAWYER'S COMPLEX
                              1261 GOVERNMENT STREET
10                            P.O. BOX 1366
                              BATON ROUGE, LA 70821-1366
11

12                            FAYARD & HONEYCUTT
                              BY:  CALVIN C. FAYARD, JR., ESQ.
13                            519 FLORIDA AVENUE, S.W.
                              DENHAM SPRINGS, LA 70726
14

15                            MICHAEL C. PALMINTIER, A PLC
                              BY:  MICHAEL C. PALMINTIER, ESQ.
16                                 JOSHUA M. PALMINTIER, ESQ.
                              618 MAIN STREET
17                            BATON ROUGE, LA 70801-1910

18
                              LAW OFFICE OF ELWOOD C. STEVENS, JR.
19                            BY:  ELWOOD C. STEVENS, JR., ESQ.
                              1205 VICTOR II BLVD.
20                            P. O. BOX 2626
                              MORGAN CITY, LA 70381
21

22
       FOR SUBROGATED INSURERS:    THE GILBERT FIRM, LLC
23                            BY:  ELISA T. GILBERT, ESQ.
                                   BRENDAN R. O'BRIEN, ESQ.
24                            325 EAST 57TH ST.
                              NEW YORK, NY 10022
25
```

— DAILY COPY —

```
 1
     ALSO PRESENT:                MRGO LITIGATION OFFICE
 2                                BY:  J. ROBERT WARREN, II, ESQ.
                                      ASHLEY E. PHILEN, ESQ.
 3                                600 CARONDELET STREET, SUITE 604
                                  NEW ORLEANS, LA 70130
 4

 5   FOR THE DEFENDANT:          U. S. DEPARTMENT OF JUSTICE
                                 TORTS BRANCH
 6                               BY:  DANIEL MICHAEL BAEZA, JR.
                                      JEFFREY PAUL EHRLICH, ESQ.
 7                                    TAHEERAH KALIMAH EL-AMIN, ESQ.
                                      MICHELE S. GREIF, ESQ.
 8                                    CONOR KELLS, ESQ.
                                      PAUL MARC LEVINE, ESQ.
 9                                    JAMES F. MCCONNON, JR., ESQ.
                                      KARA K. MILLER, ESQ.
10                                    RUPERT MITSCH, ESQ.
                                      PETER G. MYER, ESQ.
11                                    ROBIN D. SMITH, ESQ.
                                      SARAH K. SOJA, ESQ.
12                                    RICHARD R. STONE, SR., ESQ.
                                      JOHN WOODCOCK, ESQ.
13                               P. O. BOX 888
                                 BENJAMIN FRANKLIN STATION
14                               WASHINGTON, DC 20044

15

16   OFFICIAL COURT REPORTER:    KAREN A. IBOS, CCR, RPR, CRR
                                 500 POYDRAS STREET, ROOM HB-406
17                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7776
18

19       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED BY COMPUTER.
20

21

22

23

24

25
```

DAILY COPY

1                          I N D E X

2
WITNESS FOR THE PLAINTIFF:                    PAGE/LINE:

3

4   JOHANNES K. VRIJLING

5     CROSS-EXAMINATION BY MR. SMITH              1010/19

6     REDIRECT EXAMINATION BY MR. BRUNO           1064/2

7


8   ROBERT G. BEA

9     VOIR DIRE EXAMINATION BY MR. O'DONNELL      1090/10

10    TRAVERSE EXAMINATION BY MR. STONE           1090/22

11    DIRECT EXAMINATION BY MR. O'DONNELL         1091/18

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>P R O C E E D I N G S</u>

(FRIDAY, APRIL 24, 2009)

(MORNING SESSION)

08:36:05    THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

08:36:12    THE COURT:  YES, SIR, MR. SMITH, YOU WERE IN THE PROCESS

08:36:15 OF CROSS-EXAMINATION.

08:36:17    MR. SMITH:  GOOD MORNING, YOUR HONOR.

08:36:20    THE WITNESS:  YOUR HONOR, I HAVE SOME EXPLANATION I WOULD

08:36:24 LIKE TO GIVE TO YOU, IS THAT POSSIBLE?  IT'S REFERRING TO OUR

08:36:31 DISCUSSION ABOUT THIS SLIGHTLY HIGHER FLOOD IN THE THREE SCENARIOS

08:36:41 AND THE SCENARIO 1 CASE AND HOW TO SEPARATE THAT AND EXPLANATION.

08:36:45    MR. SMITH:  YOUR HONOR, I THINK THEY WILL HAVE A CHANCE ON

08:36:48 REDIRECT --

08:36:49    THE COURT:  THAT'S PROBABLY MORE APPROPRIATE FOR REDIRECT.

08:36:52 I'LL ALLOW HIM TO DO IT ON REDIRECT.

08:36:55    THE WITNESS:  OKAY.

08:36:56        CONTINUED CROSS-EXAMINATION

08:36:56 BY MR. SMITH:

08:36:57 Q.  PROFESSOR, WHEN WE LEFT OFF YESTERDAY WE WERE COMPARING THE

08:37:05 WAVE -- SIGNIFICANT WAVE HEIGHTS, COMPARING SCENARIO 1 AND

08:37:11 SCENARIO 3 AS SET FORTH IN YOUR MARCH 2009 SUPPLEMENTAL REPORT.

08:37:18    AND I WOULD LIKE TO JUST BEGIN WHERE WE LEFT OFF YESTERDAY

08:37:21 BY TAKING A LOOK AT THE LAST PAGE OF PX 2009.  AND I'D LIKE TO FOCUS

08:37:40 INITIALLY ON WHERE WE LEFT OFF YESTERDAY, WHICH WAS A COMPARISON

08:37:52 1   BETWEEN SCENARIO 1 AND SCENARIO 3 IN YOUR INITIAL ASSESSMENT THAT

08:38:02 2   YOU DID LAST YEAR IN 2008.

08:38:07 3          AND I THINK WE SAW YESTERDAY WHEN WE WERE LOOKING AT THIS

08:38:12 4   TABLE THAT THE DIFFERENCES, AS YOU CALCULATED THEM LAST YEAR, AT THE

08:38:19 5   LEVEE FOR SCENARIO 1 AND SCENARIO 3 WERE IN EVERY -- AT EVERY

08:38:26 6   LOCATION LESS THAN TWO FEET, EXCEPT FOR LOCATION SIX, AT WHICH

08:38:32 7   LOCATION THE MAXIMUM DIFFERENCE THERE WAS 2.1, CORRECT, PROFESSOR?

08:38:36 8   A.   UH-HUH.

08:38:37 9   Q.   AND I THINK WE AGREED YESTERDAY THAT THESE VALUES REPRESENTED

08:38:44 10  THE DIFFERENCE IN SIGNIFICANT WAVE HEIGHTS AT 8:00 A.M. WHEN THE

08:38:48 11  WAVES WERE AT THEIR MAXIMUM AMPLITUDE, CORRECT?

08:38:52 12  A.   YEAH.

08:38:53 13  Q.   JUST FOR THE SAKE OF REFERENCE, I WOULD LIKE FOR US TO GO BACK

08:39:00 14  TO THE PAGE THAT DEPICTS THE LOCATIONS --

08:39:07 15         THE COURT:  BEFORE YOU DO THAT, I HAVE A QUESTION

08:39:12 16  THAT'S -- LET ME TRY TO FRAME IT TO THE PROFESSOR, AND THEN YOU CAN

08:39:17 17  FOLLOW-UP, MR. SMITH, IF NECESSARY.

08:39:20 18         SO THAT I UNDERSTAND THE SIGNIFICANCE OF WHAT MR. SMITH IS

08:39:23 19  POINTING OUT -- I UNDERSTAND, OBVIOUSLY, THE ELEVATIONS -- THE WAVE

08:39:29 20  ELEVATIONS DEPICTED ON THE CHART.  FOR INSTANCE, IS THERE A

08:39:37 21  MATHEMATICAL WAY TO DETERMINE THE ENERGY IMPACT OF A WAVE AT D, AS

08:39:46 22  AN EXAMPLE, AS OPPOSED TO THE WAVE AT L, TO WHAT EXTENT IS THE

08:39:56 23  ENERGY DISSIPATED?

08:39:57 24         THE WITNESS:  THE ENERGY IS RELATED TO THE SQUARE OF THE

08:40:01 25  WAVE HEIGHT, SO -- IF YOU COMPARE THE SQUARES.  SO TWO AND A HALF

08:40:07 1    TIMES TWO AND A HALF WOULD BE .8, TIMES .8, THAT'S THE REDUCTION IN

08:40:12 2    ENERGY.

08:40:14 3                THE COURT:  ALL RIGHT.  I'M NOT SURE WHAT THAT MEANS.

08:40:18 4                MR. SMITH:  LET ME SEE IF WE CAN -- LET'S GO FORWARD WITH

08:40:20 5    THAT JUST A LITTLE BIT SINCE YOUR HONOR IS INTERESTED IN THAT.

08:40:23 6    BY MR. SMITH:

08:40:24 7    Q.  SO, PROFESSOR, IF WE LOOK BACK TO TABLE -- LET'S JUST GO TO THE

08:40:33 8    PRECEDING PAGE, WHICH WOULD BE PAGE 14 IN PX 2009.  AND IF WE LOOK

08:40:43 9    JUST, FOR INSTANCE, IN SCENARIO 1, LEFT-HAND COLUMN --

08:40:54 10   A.  YEAH.

08:40:54 11   Q.  -- AND JUST LET'S GO TO LOCATION NO. 1 --

08:40:58 12   A.  UH-HUH.

08:40:59 13   Q.  -- AND THE POINT WOULD BE, I GUESS, THAT THE ENERGY OF THE 6.8

08:41:06 14   FOOT WAVE AT THE LEVEE WOULD BE 6.8 TIMES 6.8, CORRECT?

08:41:12 15   A.  RELATED TO THAT, SO IT'S SOME FACTOR IN FRONT OF IT.

08:41:18 16   Q.  BUT THE FACTOR IN FRONT OF IT WOULD BE THE SAME FOR THE WAVE AT

08:41:22 17   THE LEVEE AS WELL AS THE WAVE IN THE DEEP WATER, CORRECT?

08:41:26 18   A.  NO.  THE WAVE AT DEEP WATER HAS FACTOR TIMES 9.4 SQUARED.

08:41:33 19   Q.  I AM ASKING YOU THE FACTOR IN FRONT OF THE SQUARE WOULD BE THE

08:41:37 20   SAME?

08:41:38 21   A.  OH, THE FACTOR.  YEAH, THEY WOULD BE THE SAME.  YES, YES, YES.

08:41:41 22   Q.  SO THE RELATIONSHIP WOULD BE AFFECTED BY THE SQUARE OF 9.4 AS

08:41:44 23   COMPARED TO THE SQUARE OF 6.8 --

08:41:46 24   A.  YES.

08:41:47 25   Q.  -- TIMES THAT FACTOR?

08:41:48 1   A.  YES, YES.

08:41:50 2   Q.  SO, IN FACT, WHEN A WAVE IS REDUCED IN SIZE, THE ENERGY

08:41:54 3   DISSIPATES AT A GREATER RATE THAN THAT REFLECTED IN A STRAIGHT LINE

08:42:01 4   RELATIONSHIP BETWEEN THE AMPLITUDE OF THE WAVE?

08:42:03 5   A.  YEAH.  IF THE AMPLITUDE WOULD BE REDUCED IN A STRAIGHT LINE,

08:42:07 6   THEN ENERGY FALLS FASTER.

08:42:09 7   Q.  MORE QUICKLY?

08:42:09 8   A.  YES.

08:42:10 9   Q.  BECAUSE OF THE SQUARE?

08:42:11 10  A.  YES.

08:42:12 11  Q.  JUST FOR CLARITY, I WOULD LIKE TO GO TO PAGE 4 IN THIS SAME

08:42:20 12  REPORT SO WE CAN LOOK AT THE LOCATIONS WHERE THESE RAYS WERE DRAWN.

08:42:43 13  THIS WOULD BE PAGE 4 IN PX 2009.  I THINK IT'S THE PAGE BEFORE WE'VE

08:42:59 14  GOT DISPLAYED.

08:43:01 15  A.  YES.

08:43:01 16  Q.  THIS IS THE LOCATION CHART, CORRECT, PROFESSOR?

08:43:04 17  A.  YES, THAT'S CORRECT.

08:43:05 18  Q.  AND IF YOU LOOK IN THE UPPER LEFT-HAND CORNER, YOU SEE THE AREA

08:43:10 19  OF STUDY HERE.

08:43:13 20  A.  YES.

08:43:14 21  Q.  AND THEN IF YOU LOOK AT THE BIGGER PICTURE BELOW, YOU CAN SEE

08:43:24 22  THE SPECIFIC LOCATIONS WITHIN THAT AREA OF STUDY WHERE YOU ANALYZED

08:43:27 23  THE CHARACTERISTICS OF THE WAVES, CORRECT?

08:43:29 24  A.  YES.

08:43:29 25  Q.  AND THE PURPOSE OF THIS REEVALUATION WAS TO DEAL WITH THE

08:43:43 1   DIFFERENCES THAT WERE AFFECTED BY THE CHANGES IN THE VEGETATION IN

08:43:49 2   THESE LOCATIONS, CORRECT?

08:43:50 3   A.   YEAH, BETTER KNOWLEDGE OF THE VEGETATION, MORE DETAILED

08:43:54 4   KNOWLEDGE OF THE VEGETATION.

08:43:55 5   Q.   AND WHAT WAS DETERMINED WAS THAT THE CYPRESS FOREST IS LOCATED

08:44:05 6   IN THE DARK BROWN AREA, CORRECT?

08:44:08 7   A.   YEAH.

08:44:08 8   Q.   AND THAT'S ALMOST ENTIRELY BEHIND THE LOCATION OF THE MRGO

08:44:15 9   LEVEE, CORRECT?

08:44:16 10   A.   YES, THAT'S WHAT WE'RE MAKING WAR OVER PREVIOUS TIME.

08:44:22 11   Q.   AND SO WHAT WE WERE INTERESTED IN IN TERMS OF THE AFFECT ON THE

08:44:26 12   WAVES AT THESE LOCATIONS WOULD HAVE BEEN THE IMPACT OF THE TAN AREA,

08:44:33 13   THE LIGHT BROWN AREA, CORRECT?

08:44:34 14   A.   YEAH, YEAH, YEAH, YEAH.

08:44:36 15   Q.   AND SO WITH RESPECT TO RAY 1 AND RAY 2, THE RECALCULATIONS WITH

08:44:48 16   RESPECT TO THE SCATTERED TREES THAT MAY HAVE BEEN IN THE TAN AREA

08:44:54 17   WOULDN'T HAVE CHANGED THOSE VALUES, CORRECT, BECAUSE THEY DON'T RUN

08:44:57 18   THROUGH THE TAN AREA AT ALL, DO THEY?

08:45:00 19   A.   NO.   BUT I DON'T KNOW FOR SURE -- THERE MAY HAVE BEEN ALSO SOME

08:45:07 20   REVISION OF THE VEGETATION ON THE GRAY AREA.

08:45:09 21   Q.   AND THERE WAS.   WE'LL SEE THAT.   WE'LL SEE THAT.

08:45:11 22   A.   OH, OKAY, YEAH, BECAUSE THE ENTIRE PICTURE WAS MORE CLARIFIED.

08:45:15 23   Q.   ALL OF THE FRICTION VALUES WERE REVISED --

08:45:18 24   A.   YEAH.

08:45:18 25   Q.   -- WHEN YOU DID YOUR MOST RECENT CALCULATION?

08:45:20  1    A.   YEAH, AND ALSO IN SCENARIO 1.

08:45:23  2    Q.   RIGHT, FOR ALL OF THE SCENARIOS.

08:45:26  3    A.   YEAH.

08:45:26  4    Q.   SO WE GOT SLIGHTLY DIFFERENT WAVE SIZES AT EVERY LOCATION?

08:45:30  5    A.   YES.

08:45:31  6    Q.   BUT WITH RESPECT -- PARTICULARLY TO THE QUESTION ABOUT THE

08:45:33  7    CYPRESS TREES AND THE IMPACT ON THE CYPRESS TREES, PROFESSOR, YOU

08:45:39  8    REMEMBER AT YOUR DEPOSITION THE FOCUS WAS ON HOW MUCH WIND WAS TAKEN

08:45:43  9    OFF IN THE AREAS THAT ARE INDICATED IN THE TAN ON THIS CHART, RIGHT?

08:45:48 10    A.   LET'S BE CLEAR, YOUR FOCUS.

08:45:51 11    Q.   AND YOUR FOCUS IN THE STUDY WAS ON THAT, TOO, RIGHT, PROFESSOR?

08:45:56 12    A.   NO.  BUT THEN WE STARTED -- I SAID IT'S NOT SO IMPORTANT BECAUSE

08:46:00 13    IT'S ONLY SMALL PATCH OF FOREST IN FRONT OF A SMALL PART OF THE

08:46:04 14    DIKE.  BUT YOU WENT ON AND ON ON THE WIND REDUCTION BY THESE TREES.

08:46:09 15    AND I SAID THE WIND REDUCTION I THINK IS NOT SO IMPORTANT; THE WAVE

08:46:12 16    REDUCTION IS MORE IMPORTANT.  BUT DON'T FORGET IT'S ONLY A VERY

08:46:15 17    SMALL STRETCH OF A LONG LEVEE.

08:46:18 18    Q.   AND SO WHAT YOU DID AFTER YOUR DEPOSITION WAS TO GO BACK AND

08:46:25 19    LOOK -- WHAT I THINK IN YOUR FIELD OF STUDY YOU CONSIDER TO BE A

08:46:28 20    SENSITIVITY STUDY?

08:46:30 21    A.   YEAH.  ALSO AND IT WAS IN DISCUSSION WITH EXPERTS ON VEGETATION

08:46:37 22    WHO FOUND -- BECAUSE THERE WAS ALSO SOME DISCUSSION IF THE

08:46:40 23    VEGETATION PICTURE THAT WE HAD USED WAS THE PROPER ONE AND IF THERE

08:46:46 24    STILL WAS SO MUCH VEGETATION IN '58 AND SO ON.  AND THEY FOUND NEW

08:46:51 25    AERIAL PHOTOGRAPHS AND NEW MAPS THAT GAVE THEM NEW INSIGHTS IN THE

1016

08:46:55  1    VEGETATION THAT EXISTED AT THE MOMENT WHEN THE MRGO WAS CREATED, AND

08:47:04  2    THAT'S AS GOOD AS WE KNOW IMPLEMENTED IN THESE GRAPHS.

08:47:08  3    Q.  RIGHT.  AND AS THESE GRAPHS REFLECT -- YOUR TEAM OF EXPERTS'

08:47:13  4    MOST RECENT CONSENSUS WAS THAT THERE WAS NO CYPRESS FOREST IN THE

08:47:17  5    TAN AREA BUT JUST SCATTERED TREES, CORRECT?

08:47:20  6    A.  MAYBE, I DON'T KNOW EXACTLY.

08:47:25  7    Q.  WELL, LET ME JUST ASK YOU:  YOU'VE MODELLED CYPRESS FOREST IN

08:47:29  8    THE DARK BROWN AREA, RIGHT?

08:47:31  9    A.  YEAH.  OH, YEAH, YEAH, YEAH.

08:47:33 10    Q.  RIGHT.  SO YOUR CYPRESS FOREST --

08:47:33 11    A.  OH, OKAY.

08:47:34 12    Q.  -- WAS NOT IN THE TAN AREA, WAS IT?

08:47:36 13    A.  YEAH.

08:47:36 14    Q.  THAT'S CORRECT.

08:47:37 15    A.  I THOUGHT YOU IMPLIED THAT THE BROWN AREA WAS ONLY SCATTERED

08:47:41 16    TREES.

08:47:41 17    Q.  RIGHT.  AND SO THERE WAS LESS -- THIS NEW REVISION REFLECTS THE

08:47:47 18    CONSENSUS OF YOUR GROUP --

08:47:49 19    A.  YEAH.

08:47:49 20    Q.  -- THAT TAKING 80 PERCENT OF THE WIND OFF OF THE TAN AREA WOULD

08:47:53 21    NOT BE AN ACCURATE ANALYSIS, THAT 30 PERCENT REDUCTION WOULD BE A

08:47:58 22    MORE ACCURATE WAY TO MODEL THE IMPACT IN THIS AREA; IS THAT CORRECT?

08:48:06 23    A.  WELL, WE DID A SENSITIVITY STUDY.  WE DIDN'T GIVE AN OPINION.  I

08:48:08 24    MYSELF THINK THAT WIND REDUCTION WOULD BE CONSIDERABLE, JUST AS WE

08:48:13 25    DISCUSSED THE PREVIOUS TIME.  BUT WE DID SOME SENSITIVITY STUDY.  SO

08:48:17  1   IT'S LESS REDUCTION AND MORE WHAT WILL BE THE CONSEQUENCE.

08:48:22  2   Q.  WE WILL GO INTO SOME OF THE DETAILS AND WE'LL LOOK AT HOW IT HAS

08:48:25  3   AFFECTED IT.  BUT THE REASON WHY I WANTED TO LOOK AT THIS LOCATION

08:48:29  4   MAP IS BECAUSE WE'RE GOING TO SEE, WHEN WE LOOK AT THE TABLES, HOW

08:48:32  5   THE REDUCTION IN WIND CHANGED THE AMPLITUDE OF THE WAVES --

08:48:36  6   A.  YEAH.

08:48:37  7   Q.  -- AT EACH OF THESE RAYS.  AND SO WE'LL SEE IN AREAS WHERE IT'S

08:48:41  8   ALL GRAY THAT THERE'S NO REDUCTION IN WIND AND IT DOESN'T CHANGE THE

08:48:47  9   SIZE OF THE WAVES.

08:48:48 10   A.  YEAH.

08:48:49 11   Q.  BUT WE'LL SEE, I THINK YOU'LL AGREE, THAT WHEN THE RAYS PASS

08:48:53 12   THROUGH THE TAN AREA, WHETHER YOU TAKE 30 PERCENT OF THE WIND OFF OR

08:48:58 13   80 PERCENT OF THE WIND OFF, DOES MAKE A DIFFERENCE.

08:49:00 14   A.  YEAH.  I WAS SURPRISED BY THAT, THE SIZE OF THE DIFFERENCE.  I

08:49:06 15   HAD EXPECTED IT TO BE LESS INFLUENTIAL.

08:49:13 16   Q.  I THINK WE TALKED YESTERDAY ABOUT THE FACT THAT ALTHOUGH YOUR

08:49:19 17   COMPUTER MODEL COULD HAVE GIVEN YOU OUTPUTS FOR WAVE ELEVATIONS AT

08:49:26 18   THESE SIX LOCATIONS FOR THE FULL RANGE OF TIMES DURING THE HURRICANE

08:49:36 19   KATRINA EVENT, YOU DIDN'T ANALYZE IT AT ANY OTHER TIME OTHER THAN

08:49:36 20   EIGHT O'CLOCK, CORRECT, PROFESSOR?

08:49:38 21   A.  YEAH, WE ANALYZED IT; WE DIDN'T PUT OUTPUT, I THINK.

08:49:42 22   Q.  RIGHT.  BECAUSE YOU DON'T HAVE AN OUTPUT FOR SEVEN O'CLOCK --

08:49:45 23   A.  YEAH, YEAH, YEAH.

08:49:45 24   Q.  -- OR SIX --

08:49:46 25   A.  YEAH.

08:49:47 1  Q.  -- OR FIVE --

08:49:47 2  A.  YEAH.

08:49:48 3  Q.  -- WHEN THE WAVES WERE MUCH SMALLER?

08:49:49 4  A.  YES.

08:49:50 5  Q.  AND SO I THINK YOU TOLD US YESTERDAY THAT YOU COULDN'T KNOW

08:49:53 6  WITHOUT LOOKING AT THOSE NUMBERS WHAT THE DIFFERENCES WOULD HAVE

08:49:57 7  BEEN AT THOSE OTHER TIMES, AT THOSE EARLIER TIMES?

08:50:01 8  A.  NO, WE HAVE TO MAKE A NEW CALCULATION, YEAH.  SO THAT'S THE

08:50:06 9  DIFFERENCE BETWEEN THE WATER LEVEL CALCULATIONS.  THEY NEED THE

08:50:09 10 ENTIRE FLOW OF THE WATER AS A FUNCTION OF TIME, AND THE WAVES, YOU

08:50:13 11 HAVE A LITTLE BIT LESS.

08:50:18 12 Q.  WELL, LET'S LOOK AT THE THREE SCENARIOS THEN AND COMPARE WHAT

08:50:23 13 THE IMPACT OF THE WIND ON THE WAVES WAS IN THIS STUDY THAT YOU

08:50:28 14 PERFORMED.

08:50:29 15      YOU DID THREE SCENARIOS, CORRECT, PROFESSOR?

08:50:31 16 A.  YEAH.

08:50:32 17 Q.  ONE IN WHICH YOU DIDN'T REDUCE THE WIND AT ALL IN THE TAN AREA,

08:50:37 18 ONE IN WHICH YOU REDUCED THE WIND BY 30 PERCENT, AND ONE IN WHICH

08:50:41 19 YOU REDUCED THE WIND BY 80 PERCENT, CORRECT?

08:50:44 20 A.  YEAH.

08:50:45 21 Q.  AND THE DIFFERENCE IN THOSE WAVES' SIZES IS SHOWN ON PAGE 8 OF

08:50:58 22 THIS REPORT.

08:51:00 23      AND IF WE COULD SEE THAT, WE'LL GO TO PAGE 8.  AND LET'S

08:51:08 24 GO TO -- LET'S GO TO SCENARIO 3 SINCE THAT'S WHAT WE'RE INTERESTED

08:51:15 25 IN.  AND LET'S SHOW ALL THREE VERSIONS.

08:51:27  1          AND WHAT WE SEE, I THINK, AS WE -- WE SAID WE WOULD

08:51:30  2   ANTICIPATE SEEING IS THAT LOCATIONS 1 AND LOCATIONS 2 WHERE THE RAY,

08:51:40  3   THE LINE AT WHICH WE'RE ASSESSING THE WAVE AMPLITUDE, DOES NOT PASS

08:51:45  4   THROUGH THE TAN AREA, THERE'S NO WIND REDUCTION, RIGHT, BECAUSE

08:51:51  5   YOU'RE ONLY REDUCING THE WIND IN THE TAN AREAS?

08:51:53  6   A.   YES.

08:51:53  7   Q.   SO THE VALUES IN SCENARIO 3 AT THE LEVEE, AT THE TOE, AND IN THE

08:51:58  8   DEEP WATER IN THE MIDDLE OF THE CHANNEL ARE ALL IDENTICAL?

08:52:02  9   A.   YEAH.

08:52:03 10   Q.   5.8, 6.5, AND 7.2 FOR RAY 1; AND 5.4, 7.0 AND 7.4 FOR RAY 2,

08:52:16 11   CORRECT?

08:52:16 12   A.   YES.

08:52:16 13   Q.   AND WHEN WE GO TO RAY 3 IN WHICH THE RAY BEGINS TO PASS THROUGH

08:52:21 14   SOME OF THE TAN AREA, WHICH ARE PRESENTED AS SCATTERED CYPRESS

08:52:26 15   FOREST, WE BEGIN TO SEE A CHANGE, RIGHT?

08:52:30 16   A.   YEAH.

08:52:30 17   Q.   AND SO WHEN YOU REDUCE THE WIND BY 30 PERCENT AT THE TOE FOR

08:52:39 18   LOCATION 1, YOU SEE NO CHANGE.

08:52:43 19   A.   YEAH.

08:52:43 20   Q.   BUT WHEN YOU REDUCE THE WIND BY 80 PERCENT, WELL -- LET'S SKIP

08:52:50 21   THAT BECAUSE THAT'S WHERE IT DOESN'T PASS THROUGH THE TAN.  LET'S GO

08:52:53 22   TO LOCATION 3.  I'M SORRY, I AM LOOKING AT THE WRONG LINE.

08:52:55 23          SO LOCATION 3 WHERE IT BEGINS TO PASS THROUGH THE TAN

08:52:59 24   AREA, WHEN YOU REDUCE THE WIND BY 30 PERCENT, YOU GET A REDUCTION

08:53:02 25   FROM 4.6 FEET AT THE LEVEE TO FOUR FEET EVEN, FOUR FEET EVEN.

08:53:08 1    A.   YEAH.

08:53:09 2    Q.   AND THEN AT THE TOE, IT DROPS FROM 5.9 FEET TO 5.1 FEET; AND IN

08:53:15 3    THE DEEP WATER, IT DROPS FROM 6.5 FEET TO 5.8 FEET, CORRECT,

08:53:20 4    PROFESSOR?

08:53:20 5    A.   UH-HUH, YES.

08:53:21 6    Q.   AND THEN WHEN YOU TAKE MORE WIND OFF AND YOU REDUCE IT BY

08:53:24 7    80 PERCENT, IT DROPS EVEN FURTHER, IT DROPS DRAMATICALLY?

08:53:27 8    A.   YEAH.

08:53:27 9    Q.   IT GOES ALL THE WAY FROM 4.6 FEET AT THE LEVEE DOWN TO 3.2 FEET

08:53:32 10   AT THE TOE FROM 5.9 FEET TO 4.0 FEET; IN THE DEEP WATER, IT DROPS

08:53:38 11   FROM 6.5 DOWN TO 4.6 FEET, CORRECT?

08:53:41 12   A.   YEAH.

08:53:42 13   Q.   AGAIN, AT LOCATION 4, WHICH ALSO PASSES THROUGH THE TAN AREA, WE

08:53:46 14   SEE A SIMILAR REDUCTION IN SIZE OF THE WAVES, NONE AT THE LEVEE FOR

08:53:52 15   A 30 PERCENT REDUCTION, A LITTLE BIT AT THE TOE, AND THEN EVEN MORE

08:53:58 16   IN THE DEEP WATER, CORRECT, PROFESSOR?

08:54:00 17   A.   YES.

08:54:01 18   Q.   AND THEN WHEN WE MOVE TO THE 80 PERCENT REDUCTION FOR RAY 4, WE

08:54:06 19   BEGIN TO SEE A CHANGE EVEN AT THE LEVEE, A CHANGE AT THE TOE, AND

08:54:12 20   THEN A MORE DRAMATIC CHANGE IN THE DEEP WATER, CORRECT, PROFESSOR?

08:54:15 21   A.   YES.

08:54:16 22   Q.   AND WE SEE THE SAME THING FOR RAY 5, CORRECT?

08:54:19 23   A.   YEAH.

08:54:19 24   Q.   NOW, IN LOOKING AT THIS, WE SEE A SIMILAR REDUCTION, IN FACT, AN

08:54:27 25   EVEN MORE DRAMATIC REDUCTION IN SOME LOCATIONS FOR RAY 6 WHEN WE

08:54:32 1    BEGIN TO TAKE THE WIND OFF.

08:54:34 2    A.  UH-HUH.

08:54:35 3    Q.  WE TAKE 30 PERCENT OFF AND IT DROPS FROM 5.3 AT THE LEVEE TO 4.8

08:54:44 4    AT THE TOE, FROM 6.3 TO 5.7 AT THE TOE; AND IN THE DEEP WATER, FROM

08:54:52 5    6.8 FEET TO 6.2 FEET.

08:54:54 6          AND THEN WHEN YOU TAKE 80 PERCENT OF THE WIND OFF, IT

08:54:58 7    DROPS FROM 5.3 TO 3.9 FEET AT THE LEVEE, FROM 6.3 TO 4.8 FEET AT THE

08:55:05 8    TOE, AND FROM 6.8 FEET TO 5.4 FEET IN THE DEEP WATER, CORRECT?

08:55:09 9    A.  YES.

08:55:10 10   Q.  NOW, IF WE COULD GO BACK TO PAGE 4, I WONDER IF YOU COULD

08:55:14 11   EXPLAIN TO US WHY THERE'S SUCH A REDUCTION IN THE WAVE AMPLITUDE

08:55:24 12   ALONG RAY 6 WHEN RAY 6 APPEARS TO BE THE LOCATION AT WHICH THE WAVES

08:55:28 13   ARE BEING PROPAGATED ACROSS LAKE BORGNE AND THROUGH THE OPENING THAT

08:55:33 14   WAS CREATED BY BAYOU DUPRE AND IN ACROSS THE CHANNEL TO THE LEVEE.

08:55:45 15         IT APPEARS, WHEN I LOOK AT YOUR CHART ON PAGE 4, NOT TO

08:55:48 16   PASS THROUGH THE TAN AREA VERY MUCH.

08:55:52 17   A.  NO, BUT IT PASSES THROUGH THE TAN AREA, AS FAR AS I CAN SEE.

08:55:56 18   Q.  AND SO YOU THINK THAT THAT --

08:55:59 19   A.  MUST BE THE REASON.

08:56:00 20   Q.  IT'S JUST RELATED TO THE PASSAGE THROUGH THAT TAN AREA?

08:56:03 21   A.  YEAH.  AND THEN YOU HAVE TO LOOK EVEN MORE IN DETAIL WHERE --

08:56:07 22   BECAUSE AS YOU KNOW, THEY'RE MORE OR LESS DIVIDED UP IN SQUARES, HOW

08:56:11 23   EXACTLY THE SQUARES ARE POSITIONED.  SO IF YOU ARE IN THE VERGE IN

08:56:16 24   THIS MAP, YOU MIGHT BE UNLUCKY AND JUST IN OR JUST OUT A SQUARE.

08:56:20 25   Q.  SO IT MAY BE AN ARTIFACT OF THE GRID THAT YOU USED?

08:56:23 1  A.  YEAH.  AND IT'S IN YOUR OWN WAVE CALCULATIONS FROM MR. RESIO,

08:56:29 2  YOU HAVE ALSO THESE ARTIFACTS OF THE -- THE SIZE OF THE ELEMENTS AS

08:56:33 3  LARGE AS MRGO, AND THEN YOU SEE ALL KINDS OF JUMPS AND BLOCKS IN

08:56:37 4  YOUR DATA THAT MIGHT BE THE CAUSE HERE.

08:56:41 5       BUT THE GENERAL PATTERN IS CLEAR AND WE AGREE ON THAT.

08:56:45 6  Q.  RIGHT.  WHEN YOU TAKE THE WIND OFF, THE WAVES DROP?

08:56:48 7  A.  YEAH.  BUT THEN YOU MUST BE CAREFUL, AS A DESIGNER, UNTIL YOU

08:56:52 8  HAVE ALSO A HUGE STRETCH OF LEVEE WHERE THE WIND IS NOT REDUCED.  SO

08:56:57 9  YOU ARE MAYBE TOO HAPPY WITH THE SMALL PART OF THIS PASSING BEHIND

08:57:01 10 THE WOODS.

08:57:03 11      THE COURT:  QUESTION.  MR. SMITH ASKED YOU ABOUT THREE

08:57:07 12 DIFFERENT SCENARIOS, ZERO, 30 PERCENT AND 80 PERCENT.  IN YOUR

08:57:16 13 ULTIMATE CONCLUSION, THE CONCLUSION OF YOUR TEAM, WHAT FACTOR WAS

08:57:19 14 THE MOST RELIABLE FACTOR, FOR THE COURT'S PURPOSE, IN CALCULATING

08:57:26 15 THE EFFECT OF THE FOLIAGE AND TREES, ET CETERA, WHATEVER THERE WERE,

08:57:36 16 HAD ON THE WIND?  WAS IT ZERO, 30, OR 80, OR SOMEWHERE IN-BETWEEN?

08:57:41 17      THE WITNESS:  WE HAD A LENGTHY DISCUSSION IN THE

08:57:43 18 DEPOSITION.  I THINK IF YOU REALLY INTERESTED TO KNOW THIS, IT

08:57:45 19 REQUIRES A SPECIALIST STUDY TO REALLY SEE HOW MUCH THE WIND IS

08:57:50 20 REDUCED BECAUSE YOU SEE ALREADY I WAS EXPECTING A HUGE REDUCTION BUT

08:57:54 21 MAYBE IT IS NOT.  SO IT'S VERY DIFFICULT BECAUSE IN A BOUNDARY LAYER

08:57:59 22 OF THE WIND, IT HITS THE TREES, AND I WOULD EXPECT THAT THE WIND IS

08:58:02 23 LIFTED UP AND THAT YOU HAVE A LOT OF REDUCTION.

08:58:06 24      THE COURT:  I GUESS MY QUESTION IS, THE THREE SCENARIOS,

08:58:08 25 WHICH ONE WAS USED -- IS THERE ONE THAT'S MORE REALISTIC THAN THE

08:58:13 1    OTHERS?

08:58:15 2             THE WITNESS:  YEAH, IN MY OPINION, IT WOULD BE 80 PERCENT

08:58:22 3    REDUCTION.

08:58:22 4             THE COURT:  ALL RIGHT.  THANK YOU.

08:58:22 5    BY MR. SMITH:

08:58:22 6    Q.  SO YOU WOULD REDUCE THE WIND 80 PERCENT IN THE TAN AREA AND THE

08:58:24 7    DARK BROWN AREA; IS THAT YOUR OPINION, PROFESSOR?

08:58:27 8    A.  YEAH, YEAH, YEAH.

08:58:28 9    Q.  EVEN THOUGH THE VEGETATION IS LESS?

08:58:30 10   A.  YEAH.  WE HAVE TO STUDY MAYBE A LITTLE BIT LESS, BUT

08:58:33 11   CONSIDERABLE REDUCTION.  I WOULD -- AS YOU ASK ME NOW AS A

08:58:39 12   PROFESSIONAL, I WOULD APPLY THAT.

08:58:40 13   Q.  THAT'S ALL I'M ASKING YOU.

08:58:42 14   A.  YEAH.

08:58:42 15   Q.  LET'S GO TO THE LAST PAGE, AND LET'S LOOK AT WHAT THE DIFFERENCE

08:58:47 16   IS IN ULTIMATE TERMS.  AND LET'S GO TO THE BOTTOM IN THE COMPARISON

08:58:55 17   BETWEEN THE MRGO AS DESIGNED AND THE MRGO AS IT EXISTED IN AUGUST OF

08:59:04 18   2005.  AND LET'S JUST BEGIN WITH VERSION J.  LET'S JUST LOOK AT

08:59:11 19   VERSION J, FIRST, WHICH IS A ZERO PERCENT REDUCTION IN WIND,

08:59:14 20   CORRECT?

08:59:15 21   A.  UH-HUH, YES.

08:59:16 22   Q.  AND HERE WE SEE THAT IF THE WIND IS NOT REDUCED IN THE TAN AREAS

08:59:23 23   AT ALL, WE SEE A DIFFERENCE OF LESS THAN TWO FEET AT EVERY LOCATION

08:59:33 24   AT THE TOE, EXCEPT FOR LOCATION 6, WHICH, AS WE KNOW, IS THE

08:59:38 25   LOCATION AT WHICH BAYOU DUPRE RUNS INTO LAKE BORGNE AND THERE'S AN

08:59:45 1   OPENING THERE TOWARDS LAKE BORGNE.

08:59:47 2   A.  YEAH.

08:59:47 3   Q.  AND THEN, IF WE FOCUS ON -- AND AGAIN, THAT ALSO TAKES INTO

08:59:56 4   ACCOUNT THE CHANGES IN THE WETLANDS THAT OCCURRED, CORRECT,

09:00:00 5   PROFESSOR?

09:00:01 6   A.  UH-HUH, YES.

09:00:02 7   Q.  IT'S NOT JUST REDUCING THE CHANNEL IN SIZE --

09:00:05 8   A.  NO, NO, NO.

09:00:05 9   Q.  -- IT'S ALSO --

09:00:05 10  A.  YEAH, YEAH.

09:00:06 11  Q.  -- RESTORING THE WETLANDS BACK TO THEIR PRE-MRGO CONDITION?

09:00:10 12  A.  YES, YES, YEAH.  IT'S BOTH AT THE SAME TIME.

09:00:11 13  Q.  THEN IF WE LOOK AT VERSION K, WE COULD FOCUS ON VERSION K, WHICH

09:00:19 14  IS THE 30 PERCENT REDUCTION IN WIND, CORRECT, PROFESSOR?

09:00:21 15  A.  YES.

09:00:22 16  Q.  AND HERE AGAIN WE SEE THAT AT THE LEVEE, THE CHANGE -- THE

09:00:30 17  REDUCTION BY MAINTAINING THE CHANNEL AT ITS DESIGNED DIMENSIONS,

09:00:38 18  RESTORING THE WETLANDS OR KEEPING THE WETLANDS AT THEIR 1956

09:00:41 19  CONDITION, AGAIN WOULD HAVE REDUCED WAVES BY LESS THAN TWO FEET AT

09:00:46 20  EVERY LOCATION EXCEPT FOR ONE.  AND, IN FACT, IT WOULD HAVE REDUCED

09:00:51 21  IT BY LESS THAN A FOOT AT EVERY LOCATION BUT TWO; ISN'T THAT

09:00:55 22  CORRECT?

09:00:56 23  A.  YES, AT THE LEVEE YOU MEAN?

09:00:58 24  Q.  AT THE LEVEE.  AT THE LEVEE BECAUSE --

09:01:00 25  A.  DEEP WATER YOU SEE.

09:01:01 1   Q.  RIGHT.  BUT YOU AGREE WITH ME, PROFESSOR, RIGHT, THAT THE WAVES

09:01:06 2   AT THE DEEP WATER ARE NOT THE WAVES THAT STRIKE THE LEVEE?

09:01:12 3   A.  YOU REPEAT THE DISCUSSION WE HAD YESTERDAY, AND I TRIED TO

09:01:15 4   EXPLAIN YOU THAT WE, AS ENGINEERS, THE WAVES UP TO A CERTAIN

09:01:20 5   DISTANCE TO THE LEVEE AND THEN WE CHANGE OVER INTO ANOTHER MODEL,

09:01:27 6   OVERTOPPING OR RUNUP.  AND THERE'S BIG DISCUSSION ABOUT IF WE DARE

09:01:31 7   TO TAKE THE SWAN DATA AT THE LEVEE BECAUSE WE THINK, AS I EXPLAINED

09:01:37 8   YESTERDAY, THEY ARE TOO LOW AT THE LEVEE BECAUSE --

09:01:41 9   Q.  YOU CHANGED TO ANOTHER MODEL WHEN YOU --

09:01:43 10  A.  NO.  THIS IS A REPEAT OF WHAT WE SAID YESTERDAY OR WHAT I WAS

09:01:48 11  TRYING TO EXPLAIN YESTERDAY.

09:01:50 12        IF YOU HAVE SUCH A WAVE FIELD, THEN I PERSONALLY WOULD

09:01:53 13  TAKE THE WAVE HEIGHT AT THE D, AT THE DEEP PART, AND THEN FEED THAT

09:01:57 14  INTO OUR WAVE RUNUP FORMULA.

09:01:59 15  Q.  DO YOU HAVE ANOTHER MODEL?

09:02:00 16  A.  NO, I DIDN'T DO THAT FOR THIS CASE, BUT --

09:02:03 17  Q.  NO, NO, I'M NOT ASKING YOU FOR THIS CASE.  BUT AS A LEVEE

09:02:07 18  DESIGNER, DO YOU HAVE ANOTHER MODEL THAT YOU USE?

09:02:09 19  A.  YEAH, TO TRANSLATE THE WAVE LENGTHS IN FRONT OF THE DIKE INTO

09:02:13 20  WAVE RUNUP.

09:02:14 21  Q.  WHAT MODEL IS THAT, PROFESSOR?

09:02:16 22  A.  THERE ARE SEVERAL.  YESTERDAY I MENTIONED ONE OF THE OLDER ONES,

09:02:22 23  WHICH IS A MR. HUNT OF THE CORPS, U.S. CORPS OF ENGINEERS, BUT WE

09:02:27 24  HAVE ALSO THE VAN DER MEER FORMULA.

09:02:29 25  Q.  AND SO IF YOU HAD BEEN ASKED TO CALCULATE THOSE NEAR LEVEE

09:02:32  1    WAVES, AS YOU DO --

09:02:34  2    A.   NOT NEAR LEVEE WAVES, THE WAVE RUNUP AGAINST THE LEVEE.

09:02:38  3    Q.   WAVES ON THE LEVEE, IF YOU CAN --

09:02:40  4           MR. BRUNO:   OBJECTION, YOUR HONOR, THERE IS A DISTINCTION

09:02:42  5    BETWEEN WAVES AT THE LEVEE AND WAVE RUNUP AND MR. SMITH CONTINUES TO

09:02:48  6    JUMBLE THEM TOGETHER --

09:02:50  7           THE COURT:   YOUR OBJECTION IS THAT THERE'S A DIFFERENCE

09:02:53  8    BETWEEN WAVE RUNUP AND WAVES AT THE LEVEE.   THAT'S ALL YOU NEED TO

09:02:57  9    SAY.   AND WE'LL ASK --

09:03:00 10           MR. SMITH:   I'M SORRY, I DON'T UNDERSTAND THAT OBJECTION.

09:03:01 11    IT SOUNDED LIKE AN OPINION OF COUNSEL OR ARGUMENT.

09:03:04 12           THE COURT:   I THINK THE OBJECTION WAS THAT -- I GUESS IN

09:03:09 13    THE PARLANCE OF EVIDENCE -- WOULD BE THAT IT'S MISLEADING BECAUSE

09:03:13 14    IT'S CONFLATE --

09:03:15 15           MR. SMITH:   HE IS AN EXPERT.

09:03:16 16           THE COURT:   I AM JUST SAYING WHAT THE OBJECTION IS ABOUT.

09:03:18 17    I'M TRANSLATING THE OBJECTION.   I HAVEN'T RULED ON IT, MR. SMITH.   I

09:03:20 18    AM TRYING TO TRANSLATE IT -- WHICH I WISH I DIDN'T HAVE TO DO --

09:03:22 19    THAT THE QUESTION IS MISLEADING BECAUSE IT'S ASSUMING -- IT'S USING

09:03:26 20    ONE TERM RATHER THAN ANOTHER THAT'S NOT ACCURATE.   I ASSUME THAT'S

09:03:29 21    THE OBJECTION.

09:03:31 22           IF YOU WANT TO REPHRASE THE QUESTION, THAT'S FINE.   IF YOU

09:03:34 23    WANT ME TO RULE ON YOUR OBJECTION SUCH AS IT IS, THAT'S FINE AS

09:03:36 24    WELL.

09:03:37 25           MR. SMITH:   JUST RULE ON IT, YOUR HONOR.

09:03:39  1          THE COURT:  I AM GOING TO ASK YOU TO REPHRASE THE QUESTION

09:03:41  2   BECAUSE I DO UNDERSTAND THAT THE WITNESS IS TALKING ABOUT A WAVE

09:03:44  3   RUNUP AND A METHOD -- A WAVE RUNUP RATHER THAN -- A WAVE -- A MODEL

09:03:51  4   OF CALCULATING WAVE RUNUP RATHER THAN SIMPLY THE HEIGHT OF THE WAVE

09:04:00  5   AT THE LEVEE.

09:04:00  6          THAT'S MY UNDERSTANDING --

09:04:00  7          THE WITNESS:  YEAH.

09:04:00  8          THE COURT:  -- AS EPHEMERAL AS THAT UNDERSTANDING IS AT

09:04:01  9   THIS POINT.  HOPEFULLY IT'LL GET BETTER.

09:04:05 10   BY MR. SMITH:

09:04:05 11   Q.  MR. VRIJLING?

09:04:07 12   A.  I AGREE WITH THE JUDGE, AND I HAVE MY LITTLE PAPER WHICH I WILL

09:04:10 13   SHOW LATER AND TRY ALSO TO EXPLAIN IT.

09:04:12 14   Q.  YOU HAVE A LITTLE PAPER?  I WOULD LIKE TO SEE THAT LITTLE PAPER,

09:04:15 15   PLEASE.

09:04:15 16   A.  YES, BUT THIS WAS -- I WAS NOT ALLOWED.  I OFFERED IT AT THE

09:04:18 17   START OF THE SESSION AND IT WAS REDIRECTION.  I DON'T KNOW WHAT IT

09:04:21 18   IS.

09:04:21 19   Q.  MAY I HAVE THE DIAGRAM --

09:04:22 20   A.  FULL OF EXPECTATIONS, THIS IS THE REDIRECTION TAKING PLACE.

09:04:28 21          THE COURT:  WHAT WE HAVE REFERRED -- WHAT WE HAD DEFERRED

09:04:30 22   TO REDIRECT, CERTAINLY YOU ARE ENTITLED TO EXPLORE IT ON CROSS.  AND

09:04:35 23   YOU MIGHT ASK HIM BEFORE YOU LOOK AT IT TO EXPLAIN WHAT IT IS AND

09:04:39 24   THEN YOU MAY LOOK AT IT.  WHY DON'T WE DO THAT.

09:04:41 25          MR. SMITH:  COULD I LOOK AT IT, YOUR HONOR, BEFORE WE GET

09:04:44 1   THE TESTIMONY?  I MAY NOT WANT TO ASK HIM ABOUT IT.

09:04:47 2          THE COURT:  I JUST WANT TO ASK HIM INSTEAD OF WHAT THE

09:04:48 3   DATA IS, WHAT IS IT YOU HAVE -- I WANT -- MR. BRUNO, I AM GOING TO

09:04:54 4   CONTROL THIS.

09:04:56 5          I WANT YOU TO TELL THE COURT, WITHOUT GOING INTO ANY

09:05:00 6   DETAIL, THE PAPER YOU HAVE, WHAT IS THE PURPOSE OF IT RATHER THAN

09:05:09 7   THE CONCLUSION?

09:05:10 8          THE WITNESS:  THE PURPOSE IS TO EXPLAIN THE MAIN LINE OF

09:05:13 9   REASONING THAT I STARTED TO GIVE THE FIRST DAY.  AND THEN IN A FEW

09:05:20 10  LITTLE GRAPHS, AS I SAID, THERE ARE THREE IMPORTANT EFFECTS OF THE

09:05:25 11  MRGO:  ONE IS SURGE LEVELS, TWO IS WAVE HEIGHTS, AND THREE IS THE

09:05:30 12  CONVEYANCE.  BECAUSE WE GOT LOCKED INTO A DISCUSSION ABOUT THAT IN

09:05:37 13  SCENARIO 3, THE WATER LEVEL WAS A LITTLE BIT HIGHER THAN IN

09:05:41 14  SCENARIO 1 AND THAT MADE ME NERVOUS.  SO I TRIED TO EXPLAIN IT A

09:05:48 15  LITTLE BIT BETTER AND ALL OF THE PHENOMENA TOGETHER WITH A LITTLE

09:05:53 16  DRAWING.

09:05:53 17         THE COURT:  FRANKLY, IF YOU JUST GAZE AT THIS, UNLESS

09:05:57 18  YOU'RE -- FOR A FEW SECONDS, IT MIGHT NOT BE HELPFUL.  SO WOULD YOU

09:06:02 19  WANT A BRIEF RECESS ON THIS ISSUE?

09:06:04 20         MR. SMITH:  YES, IF WE COULD HAVE A BRIEF RECESS SO I

09:06:08 21  COULD ANALYZE THE PROFESSOR'S NOTES, I WOULD APPRECIATE IT.

09:06:11 22         THE COURT:  YOUR ANALYSIS IS GOING TO HAVE TO BE QUICK

09:06:14 23  BECAUSE WE'RE NOT JUST GOING TO HAVE DEAD TIME.  I THINK -- SINCE

09:06:23 24  THIS IS SOMETHING NEW, I AM GOING TO ALLOW YOU TO DO THIS, BUT WE

09:06:26 25  ARE GOING TO TAKE A VERY BRIEF RECESS.  AT THE MOST, TEN MINUTES.

09:06:30  1          MR. SMITH:  THANK YOU, YOUR HONOR.

09:06:35  2        (WHEREUPON, A RECESS WAS TAKEN.)

09:10:28  3       (OPEN COURT. )

09:15:01  4          THE COURT:  OKAY.  THANK YOU, PLEASE BE SEATED.

09:15:08  5   BY MR. SMITH:

09:15:09  6   Q.  PROFESSOR VRIJLING, I THINK THE LAST QUESTION I ASKED YOU BEFORE

09:15:12  7   THE BREAK WAS WHETHER YOU WOULD AGREE THAT THE WAVES IN THE DEEP

09:15:16  8   WATER ARE NOT THE WAVES THAT STRIKE THE LEVEE; ISN'T THAT CORRECT?

09:15:23  9   A.  NO, THAT'S CORRECT, YEAH, STRICTLY SPEAKING, THAT'S CORRECT.

09:15:26 10   Q.  AND IF WE'RE NOT HERE TO PLAN A DESIGN FOR A NEW LEVEE BUT WE'RE

09:15:38 11   HERE TO ANALYZE THE IMPACT OF WAVES ON THE LEVEE DURING HURRICANE

09:15:46 12   KATRINA, IT'S THE WAVES THAT WERE AT THE LEVEE THAT ARE THE MOST

09:15:53 13   RELEVANT TO OUR INQUIRY?

09:15:54 14   A.  WHAT DO YOU EXPECT ME TO SAY?  BECAUSE YOU'RE REPEATING.  I WILL

09:16:00 15   AGAIN SAY THAT AS ENGINEERS WE TAKE THE WAVES AT DEEP WATER OR AT

09:16:03 16   MOST AT THE TOE, THEN WE PUT THAT INTO A WAVE RUNUP OR WAVE OVERTOP

09:16:10 17   FORMAT TO JUDGE THE WAVE ACTION ON THE DIKE, THAT'S THE WAY IT GOES.

09:16:14 18   Q.  LET'S COME AT IT ANOTHER WAY.

09:16:19 19   A.  WHAT DID YOU SAY?

09:16:20 20   Q.  LET ME ASK YOU ANOTHER QUESTION.  WOULDN'T YOU AGREE THAT THE

09:16:23 21   VALUES THAT ARE IN COLUMN L --

09:16:25 22   A.  YEAH.

09:16:27 23   Q.  -- ARE CLOSER TO THE ACTUAL WAVE AMPLITUDES DURING HURRICANE

09:16:33 24   KATRINA AT THE LEVEE --

09:16:34 25   A.  NO, BECAUSE YESTERDAY I EXPLAINED ALREADY --

09:16:37 1          THE COURT:  WAIT.  PROFESSOR, LET HIM FINISH ASKING HIS

09:16:41 2  QUESTION, PLEASE.  I DON'T THINK YOU HAD QUITE FINISHED.

09:16:44 3          MR. SMITH:  THANK YOU, YOUR HONOR.

09:16:45 4  BY MR. SMITH:

09:16:46 5  Q.  WOULDN'T YOU AGREE, PROFESSOR, THAT THE VALUES THAT APPEAR IN

09:16:53 6  COLUMN L IN THESE TABLES ARE CLOSER TO THE ACTUAL WAVE HEIGHTS,

09:17:02 7  SIGNIFICANT WAVE HEIGHTS AT THE LEVEE DURING HURRICANE KATRINA THAN

09:17:07 8  THE VALUES THAT ARE SET FORTH IN COLUMN D?

09:17:14 9  A.  NO.  BECAUSE AS I EXPLAINED EARLIER, WE TEND TO DISTRUST A

09:17:19 10 LITTLE BIT THESE SWAN OUTCOMES WHEN THEY REACH VERY SHALLOW WATER

09:17:26 11 AND THE SMALLS TEND TO GIVE HS OF ONE THIRD OF THE WATER DEPTH WHILE

09:17:33 12 EXPERIENCE SHOWS THAT IT IS ONE HALF OF THE WATER DEPTH.  SO AS AN

09:17:37 13 ENGINEER WE ARE NERVOUS OF THAT IF THAT IS REALLY APPROPRIATE AND WE

09:17:42 14 SHIFT OVER FROM THE DEEP WATER WAVE HEIGHT FROM THE MODEL INTO A

09:17:47 15 WAVE RUNUP MODEL OR WAVE OVERTOPPING MODEL TO ADJUST THE EFFECT OF

09:17:52 16 THE WAVE FIELD ON THE LEVEE.

09:17:53 17 Q.  I WANT TO BE CLEAR TO MAKE SURE YOU UNDERSTAND MY QUESTION,

09:18:02 18 PROFESSOR.  LET'S GO TO PAGE -- LET'S GO TO PAGE 8 IN THIS REPORT,

09:18:19 19 AND LET'S GO TO S1 SINCE WE'RE TALKING ABOUT WHAT OCCURRED DURING

09:18:27 20 KATRINA.

09:18:31 21          IS IT YOUR TESTIMONY TODAY THAT AT LOCATION 1 THE VALUE

09:18:41 22 8.7 IS A CLOSER REPRESENTATION TO THE SIZE OF THE WAVES AT THE LEVEE

09:18:48 23 THAN 6.4?

09:18:51 24 A.  YOU ARE REPHRASING MY ANSWER.  I SAID I WOULD TAKE THE WAVE

09:18:56 25 HEIGHT AT D 8.7, FEED THAT INTO A WAVE RUN-UP FORMULA OR A WAVE

09:19:03 1  OVERTOPPING FORMULA IN ORDER TO FIND OUT THE AFFECTS OF THE WAVE ON

09:19:07 2  THE LEVEE, BECAUSE THE 6.4 DOESN'T TELL ME ANYTHING ABOUT THE AFFECT

09:19:11 3  OF THE WAVE ON THE LEVEE, I HAVE STILL TO MAKE THIS TRANSLATION.

09:19:15 4      SO, THEREFORE, I TAKE 8.7, FEED IT INTO A WAVE RUN-UP

09:19:19 5  FORMULA OR WAVE OVERTOPPING FORMULA TO FIND WHAT I NEED TO JUDGE THE

09:19:24 6  STABILITY OR THE SAFETY OF THE LEVEE.

09:19:26 7  Q.  AND AS A LEVEE DESIGNER, THAT'S WHAT YOU WOULD HAVE DONE WITH

09:19:30 8  THE DEEP WATER VALUES, CORRECT?

09:19:31 9  A.  YES, YES.  AND I PRESUME THAT YOUR DESIGNERS WILL DO THE SAME.

09:19:36 10  Q.  BUT FOR PURPOSES OF THIS CASE YOU WERE NOT ASKED TO DO THAT,

09:19:40 11  WERE YOU, PROFESSOR?

09:19:41 12  A.  NO.  WE DIDN'T JUDGE, PROFESSOR BEA TOOK THAT PART FOR HIS, I

09:19:50 13  DON'T KNOW.

09:19:50 14  Q.  EVEN THOUGH THAT'S SOMETHING THAT YOU ROUTINELY DO AS A LEVEE

09:19:55 15  DESIGNER, CORRECT, PROFESSOR?

09:19:57 16  A.  YEAH.

09:19:57 17  Q.  YOU WOULD AGREE, WOULDN'T YOU, PROFESSOR, THAT ALONG REACH 2 OF

09:20:20 18  THE MRGO THE WAVES THAT ARE DESCRIBED IN THIS TABLE AND THE OTHER

09:20:25 19  TABLES AT EIGHT O'CLOCK WERE NOT ACTING ON THE FRONT OF THE LEVEES

09:20:34 20  ALONG REACH 2, WOULDN'T YOU?

09:20:39 21  A.  I DON'T UNDERSTAND YOUR QUESTION.  WHY WOULDN'T THEY BE ACTING

09:20:43 22  ON THE LEVEE?

09:20:44 23  Q.  LET ME BACK UP.  I BELIEVE YOU TESTIFIED YESTERDAY ON DIRECT

09:20:49 24  EXAMINATION WHEN WE WERE TALKING ABOUT BEING CONSERVATIVE IN TERMS

09:20:56 25  OF CALCULATING WAVE AMPLITUDES THAT WE NEEDED TO BE CAREFUL BECAUSE

09:21:01  1   IF YOU MAKE A MISTAKE ABOUT WAVE AMPLITUDE IT CAN HAVE A SERIOUS

09:21:06  2   IMPACT ON OVERTOPPING EROSION WHEN THOSE WAVES PLUNGE DOWN THE BACK

09:21:10  3   SIDE OF THE LEVEE?

09:21:11  4   A.   YEAH.

09:21:11  5   Q.   RIGHT.   AND SO IF BY EIGHT O'CLOCK AT MOST LOCATIONS ALONG

09:21:17  6   REACH 2 THE SURGE WAS ABOVE THE TOP OF THE LEVEE, THOSE WAVES WOULD

09:21:22  7   HAVE BEEN PLUNGING DOWN THE BACK OF THE LEVEE, WOULDN'T THEY,

09:21:26  8   PROFESSOR?

09:21:26  9   A.   YEAH, AS YOU SAID AND THEY WOULD PLUNGE AT THE BACK OF THE

09:21:30 10   LEVEE.

09:21:30 11   Q.   AND THEY WOULDN'T BE STRIKING THE FACE OF THE LEVEE IF THE SURGE

09:21:33 12   HAD ALREADY PASSED ABOVE THE TOP OF THE LEVEES BY A FOOT OR TWO

09:21:39 13   FEET?

09:21:40 14   A.   THAT'S TOO EASY AN EXPLANATION BECAUSE THE WAVES WILL, THE

09:21:46 15   ENTIRE WATER BODY IS MOVING AND THE WAVE IS NOT ONLY A PHENOMENON ON

09:21:50 16   THE SURFACE OF THE WATER, IT MEANS ALSO THAT THE WATER BODY IS

09:21:58 17   ENTIRELY -- IN ENTIRETY IS MOVING.   SO YOU UNDERSTAND?

09:22:00 18   Q.   YES, I UNDERSTAND.

09:22:01 19   A.   SO IT'S NOT ONLY THE --

09:22:03 20   Q.   I UNDERSTAND, IT'S MOVING BELOW THE SURFACE AS WELL --

09:22:06 21   A.   YES, YOU HAVE A FLOW --

09:22:08 22         MR. BRUNO:   MAY THE WITNESS BE PERMITTED TO FINISH BEFORE

09:22:10 23   BEING INTERRUPTED HIS ANSWER.

09:22:12 24         THE COURT:   THE WITNESS ASKED HIM IF HE UNDERSTOOD,

09:22:14 25   COUNSEL.   AND HE SAID HE DID.

09:22:16  1              THE WITNESS:  SO YOU HAVE --

09:22:18  2              THE COURT:  ARE YOU STILL ANSWERING?

09:22:20  3              THE WITNESS:  YES, ONE MORE.  SO YOU HAVE A CONTINUOUS

09:22:23  4    FLOW DUE TO THE FACT THAT THE STILL WATER LEVEL IS EXCEEDING THE

09:22:27  5    CREST OF THE DIKE THAT INTRODUCES A CONSTANT FLOW, AND ON TOP OF

09:22:33  6    THAT YOU HAVE THE WAVE ACTION OF A FAIRLY HEAVY POSSESSION THAT IS

09:22:38  7    VISIBLE ON TOP OF THE DIKE; BUT ALSO IF YOU WOULD SWIM UNDERWATER,

09:22:43  8    YOU WOULD FEEL THAT YOU WERE MOVED TO AND FRO AT THE TOW OF THE

09:22:46  9    TIDE.

09:22:46 10              THE COURT:  THIS DOESN'T NECESSARILY RELATE BACK TO WHAT

09:22:48 11    YOU'RE ASKING, BUT JUST A BENCHMARK FOR THE RECORD.

09:22:51 12              WOULD YOU PLEASE DESCRIBE STILL WATER LEVEL.

09:22:53 13              THE WITNESS:  THE STILL WATER LEVEL IS IF YOU AVERAGE OUT

09:22:57 14    ALL OF THE WAVES AND YOU MAKE -- IF YOU OMIT THE WAVES AND THEN WHAT

09:23:04 15    YOU HAVE IS THE STABLE WATER LEVEL.

09:23:05 16              THE COURT:  SO IT'S A STABLE WATER LEVEL WITHOUT THE --

09:23:09 17              THE WITNESS:  THE WAVES.

09:23:10 18              THE COURT:  -- THE WAVES.

09:23:11 19    BY MR. SMITH:

09:23:12 20    Q.  AND THOSE ELEVATIONS WOULD HAVE BEEN CALCULATED BY YOU IN YOUR

09:23:14 21    FINEL STUDY, CORRECT, PROFESSOR?

09:23:16 22    A.  YEAH.

09:23:17 23    Q.  THOSE WOULD HAVE GIVEN US WHAT WE WOULD REFER TO IN THIS CASE AS

09:23:20 24    SURGE ELEVATIONS?

09:23:22 25    A.  YES.  SURGE ELEVATION IS THE STILL WATER LEVEL, YEAH.  IT'S NOT

09:23:27 1    SO STILL, BUT.

09:23:31 2             THE COURT:  THE FIGURATIVE STILL WATER.

09:23:35 3    BY MR. SMITH:

09:23:35 4    Q.  BUT YOU WOULD AGREE, PROFESSOR, WOULD YOU NOT, THAT EVEN THOUGH

09:23:39 5    WAVES MAY HAVE SOME IMPACT ON THE FRONT OF A LEVEE AFTER OVERTOPPING

09:23:44 6    BEGINS, THE PREDOMINANT EFFECT ON THE LEVEE AFTER OVERTOPPING BEGINS

09:23:48 7    IS ON THE BACK OF THE LEVEE, CORRECT?

09:23:49 8    A.  YEAH, YEAH.

09:23:50 9    Q.  AND WE CAN SEE WHEN OVERTOPPING BEGINS BY LOOKING, ACCORDING TO

09:23:55 10   YOUR CALCULATIONS, BY LOOKING AT THE GRAPHS IN YOUR FLOW REPORT OF

09:24:00 11   2008, CORRECT?

09:24:01 12   A.  YES.

09:24:01 13   Q.  LET'S GO TO THOSE, THAT REPORT, THAT'S JX 197 AND PX 104.  AND

09:24:10 14   LET'S BEGIN AT PAGE 101.  FIGURE 2.39.

09:24:51 15            THE COURT:  WHICH REPORT IS THAT, SIR?

09:24:53 16            MR. SMITH:  THIS IS THE FLOW REPORT OF 2008.

09:24:58 17            THE COURT:  THAT WOULD BE EARLIER.

09:25:00 18            MR. SMITH:  IT'S JX 197 AND PX 104.

09:25:14 19            THE COURT:  IT'S EARLIER.

09:25:17 20            THE LAW CLERK:  OKAY.  PAGE?  I'M SORRY, PAGE?

09:25:20 21            MR. SMITH:  PAGE 101, I BELIEVE.

09:25:28 22            THE LAW CLERK:  THANK YOU.

09:25:28 23   BY MR. SMITH:

09:25:29 24   Q.  THIS FIGURE 2.39, PROFESSOR, ILLUSTRATES THE LOCATIONS AT WHICH

09:25:35 25   YOU CALCULATED OVERTOPPING RATES, CORRECT?

09:25:37  1    A.  YES, THAT'S CORRECT.

09:25:38  2    Q.  AND BY LOOKING AT THE GRAPHS THAT FOLLOW THIS GRAPH WE CAN

09:25:50  3    ASCERTAIN, ACCORDING TO YOUR CALCULATIONS, WHEN OVERTOPPING BEGAN

09:25:54  4    ALONG REACH 2; ISN'T THAT CORRECT?

09:25:56  5    A.  YES, THAT'S CORRECT.

09:25:56  6    Q.  SO LET'S TURN TO FIGURES 2.440-D, AND LET'S GO THAT FIRST ON

09:26:05  7    PAGE 106.  AND LET'S GO FIRST TO THE TOP OF THE PAGE.  AND WE SEE

09:26:24  8    THAT AT BAYOU BIENVENUE THAT OVERTOPPING AT THIS LOCATION BEGAN WELL

09:26:30  9    BEFORE -- WELL BEFORE 7:30; ISN'T THAT CORRECT, PROFESSOR?

09:26:34 10    A.  YEAH.

09:26:35 11    Q.  AND SO IT WAS FLOWING OVER THE TOP OF THE LEVEE AT THIS LOCATION

09:26:41 12    AT 8:00 A.M. AT A RATE IN EXCESS OF FIVE CUBIC FEET PER SECOND PER

09:26:48 13    FOOT?

09:26:48 14    A.  YES, THAT'S CORRECT.

09:26:49 15    Q.  UNDER EVERY SCENARIO, CORRECT, PROFESSOR?

09:26:55 16    A.  NO.

09:26:55 17         THE COURT:  UNDER THE THREE SCENARIOS SHOWN THERE.

09:26:58 18         THE WITNESS:  NO, BUT THE GRAY ONE IS LOWER, ISN'T IT?

09:27:02 19    OH, YOU'RE SAYING -- YEAH, YOU'RE SAYING OVER FIVE, BUT YOU SEE THAT

09:27:06 20    CLEARLY THAT OVERTOPPING FOR THE GRAY ONE, SCENARIO 2C IS 5.1 CUBIC

09:27:15 21    FOOT WHILE THE OTHER TWO ARE, WHAT IS IT, SEVEN AND A HALF?

09:27:20 22    BY MR. SMITH:

09:27:21 23    Q.  I THINK YOU NEED TO LOOK AT THE SCALE.

09:27:22 24    A.  YEAH, I TRIED TO LOOK AT SCALE.

09:27:25 25    Q.  IT'S NOT 5.1, IT'S MORE LIKE SEVEN CUBIC FEET PER SECOND?

1036

09:27:29 1    A.  NO.

09:27:30 2    Q.  EACH BLOCK IS FIVE CUBIC FEET PER SECOND, IT'S ABOUT --

09:27:35 3    A.  YEAH, SO --

09:27:36 4    Q.  -- ABOUT 40 PERCENT OF THE WAY.

09:27:38 5    A.  THE GRAY ONE IS ONLY A SMALL DISTANCE, IT MAY BE AT MOST SIX AND

09:27:42 6    THE OTHERS ARE IN THE MIDDLE.

09:27:44 7    Q.  I'LL TAKE SIX.

09:27:46 8    A.  SO IT WOULD BE --

09:27:49 9         THE COURT:  I AM A LITTLE CONFUSED.  MAKE SURE I

09:27:50 10   UNDERSTAND.  I THINK HE IS TALKING ABOUT THE INTERSECTION AT EXACTLY

09:27:54 11   EIGHT O'CLOCK.

09:27:55 12        MR. SMITH:  OH, I AM SORRY, YES, YOU ARE, AND I WAS

09:27:57 13   LOOKING AT THE MAXIMUM.

09:27:58 14        THE WITNESS:  OH, OKAY.

09:27:59 15        THE COURT:  I UNDERSTOOD THE DIFFERENCE.

09:28:01 16        MR. SMITH:  IT'S MY MISTAKE, PROFESSOR, I APOLOGIZE.

09:28:01 17   BY MR. SMITH:

09:28:07 18   Q.  YOU'RE RIGHT.  SO IT'S FIVE CF'S PER FOOT PER SECOND UNDER ANY

09:28:12 19   SCENARIO AT EIGHT O'CLOCK, CORRECT, PROFESSOR?

09:28:17 20   A.  AT EIGHT O'CLOCK?

09:28:20 21   Q.  YES, AT EIGHT O'CLOCK.

09:28:22 22   A.  YES, ACCORDING TO ME IT IS UNDER SCENARIO 2C IT IS BETWEEN FIVE

09:28:27 23   AND SIX, AND THE OTHER SCENARIOS 1 AND 3 IT IS SEVEN AND A HALF

09:28:32 24   CUBIC FEET.

09:28:35 25   Q.  AND WHEN YOU HAVE FIVE CUBIC FEET OF WATER PER FOOT PER SECOND

09:28:43  1   FLOWING OVER A LEVEE, THAT WATER IS ACTING PREDOMINANTLY ON THE BACK

09:28:54  2   SIDE OF THE LEVEE AT THAT POINT, ISN'T IT?

09:28:54  3   A.  IT'S THREATENING THE BACK SIDE AT THE MOST, YEAH.

09:28:54  4   Q.  AND, IN FACT, AT FIVE CUBIC FEET PER FOOT PER SECOND AT THAT

09:29:07  5   LOCATION, A FLOW RIGHT OF FIVE CUBIC FEET PER SECOND WOULD HAVE BEEN

09:29:11  6   MAINTAINED FOR A PERIOD OF MORE THAN THREE QUARTERS OF AN HOUR;

09:29:18  7   ISN'T THAT CORRECT, PROFESSOR?

09:29:20  8   A.  YES.

09:29:21  9   Q.  UNDER ANY SCENARIO?

09:29:24 10   A.  YEAH.

09:29:25 11   Q.  AND WHAT'S INTERESTING TO NOTE, PROFESSOR, IF I AM READING THIS

09:29:29 12   CHART CORRECTLY, IS THAT THE MAXIMUM FLOW RATE WOULD HAVE BEEN

09:29:35 13   GREATER WITH A WELL-MAINTAINED CHANNEL AT ITS DESIGNED DIMENSIONS

09:29:44 14   AND A 1956 WETLANDS THAN, IN FACT, YOU CALCULATED IT DURING

09:29:53 15   HURRICANE KATRINA?

09:29:55 16   A.  I WAS EXPECTING A DIFFERENT -- BUT, YEAH, HERE, THE RED ONE,

09:30:05 17   YEAH, YEAH.  BUT THIS IS ONCE AGAIN THE LAWYER AGAINST THE ENGINEER

09:30:11 18   I THINK BECAUSE YOU PICKED OUT THE GRAPH WHERE IT'S TO YOUR TASTE.

09:30:16 19   BUT IF WE JUMP TO ANOTHER GRAPH, FOR INSTANCE --

09:30:21 20   Q.  WELL, PROFESSOR, WHY DON'T YOU LET ME ASK THE QUESTIONS AND THEN

09:30:24 21   IF YOUR COUNSEL --

09:30:26 22   A.  BUT THEN YOU DRAW ME INTO A HOLE AND I HAVE TO GO ALL THE WAY

09:30:29 23   BACK.

09:30:30 24             THE COURT:  RIGHT NOW WE'RE FOCUSSING ON THIS LOCATION 1.

09:30:35 25             MR. SMITH:  BAYOU BIENVENUE.

09:30:38 1            THE COURT:  BAYOU BIENVENUE.  AND THERE WILL BE TIME IF

09:30:40 2   YOUR COUNSEL WISHES TO POINT OUT DIFFERENT RESULTS FOR DIFFERENT

09:30:44 3   SCENARIOS AT DIFFERENT LOCATIONS.

09:30:45 4            THE WITNESS:  YEAH, DIFFERENT LOCATIONS.

09:30:46 5            THE COURT:  AND HOPEFULLY THE ULTIMATE EFFECT ON ALL OF

09:30:49 6   THIS SO THE COURT CAN ATTEMPT TO MAKE A DECISION.

09:30:49 7   BY MR. SMITH:

09:30:55 8   Q.  LET'S TO ANOTHER LOCATION, PROFESSOR.  LET'S GO TO THE BOTTOM OF

09:30:56 9   THIS PAGE, 2.40-D.  THIS IS ABOUT HALFWAY ALONG REACH 2, CORRECT,

09:31:06 10  PROFESSOR?

09:31:07 11  A.  YEAH.

09:31:08 12  Q.  AND HERE AGAIN WE SEE THAT OVERTOPPING BEGINS BEFORE 8:00 A.M.,

09:31:14 13  CORRECT?

09:31:15 14  A.  YEAH.

09:31:15 15  Q.  AND IT'S ABOUT THE SAME IN WHAT YOU DESCRIBE AS YOUR KATRINA

09:31:22 16  REAL RUN AND YOUR MRGO AS DESIGNED SCENARIOS, CORRECT?

09:31:26 17  A.  AS AUTHORIZED WE CALL IT.

09:31:31 18  Q.  AS AUTHORIZED.

09:31:32 19  A.  YEAH, OKAY.  AND THE 2C IS QUITE NEAR ZERO.

09:31:37 20  Q.  2C IS QUITE NEAR ZERO, BUT THE OTHER TWO, I THINK YOU WILL AGREE

09:31:41 21  WITH ME --

09:31:41 22  A.  YEAH, I SEE IT.

09:31:42 23  Q.  -- THE ONSET, THE DURATION, AND THE MAXIMUM FLOW RATE ARE ALL

09:31:48 24  ABOUT THE SAME?

09:31:49 25  A.  YEAH.

09:31:49  1    Q.  AND LET'S GO THEN TO THE NEXT PAGE --

09:31:54  2              THE COURT:  I JUST WANT TO POINT OUT JUST FOR MY --

09:31:57  3    THERE'S LOT LESS VOLUME OF WATER HERE COMPARED TO THE OTHER ONE; IS

09:32:02  4    THAT CORRECT?

09:32:03  5              THE WITNESS:  YEAH.

09:32:04  6    BY MR. SMITH:

09:32:05  7    Q.  LET'S GO TO THE NEXT PAGE, PAGE 107.  AND WE'LL FOCUS ON THE

09:32:11  8    OVERTOPPING THAT OCCURRED AT BAYOU DUPRE.  AND HERE AGAIN WE SEE

09:32:19  9    THAT AT THIS LOCATION OVERTOPPING BEGAN IN ERNEST BEFORE 7:00 A.M.,

09:32:25 10    CORRECT, PROFESSOR?

09:32:26 11    A.  YES.

09:32:26 12    Q.  AND BY EIGHT O'CLOCK, UNDER ANY SCENARIO IT WAS MORE THAN SEVEN

09:32:33 13    CUBIC FEET PER FOOT PER SECOND AND AT EIGHT O'CLOCK IT WAS IN EXCESS

09:32:38 14    OF 15 CUBIC FEET PER FOOT PER SECOND, EVEN WITH A WELL-MAINTAINED

09:32:44 15    CHANNEL AND FULLY RESTORED WETLANDS; ISN'T THAT CORRECT, PROFESSOR?

09:32:51 16    A.  WHAT WAS THE NUMBER?  BECAUSE IF I SAY AT EIGHT O'CLOCK THE

09:32:54 17    FULLY RESTORED WETLANDS AND NO MRGO IS NINE CUBIC FEET, SCENARIO 1

09:33:01 18    AS EXISTED AT THIS, LET'S SAY, 17 CUBIC FEET AND SCENARIO 3 AS

09:33:11 19    AUTHORIZED IS 17 AND A HALF TO 18 CUBIC FEET.

09:33:16 20    Q.  AND HERE AGAIN WE SEE THAT THE OVERTOPPING FLOW WITH THE

09:33:21 21    WELL-MAINTAINED CHANNEL --

09:33:24 22    A.  IS SLIGHTLY HIGHER.

09:33:25 23    Q.  -- SLIGHTLY HIGHER.

09:33:28 24              THE COURT:  MR. SMITH, JUST GIVE ME A SECOND BECAUSE I

09:33:31 25    WANT TO GET OUR EXHIBITS STRAIGHT.

09:34:07 1          OKAY.

09:34:11 2  BY MR. SMITH:

09:34:13 3  Q.   PROFESSOR, YOU WOULD AGREE WITH ME THAT AT EIGHT O'CLOCK, IN

09:34:18 4  FACT, LONG BEFORE EIGHT O'CLOCK OVERTOPPING FLOW ON THE BACK SIDE

09:34:26 5  WAS A PREDOMINANT EROSION MEASURE AT THIS LOCATION, WOULDN'T YOU, ON

09:34:30 6  THIS LEVEE?

09:34:30 7  A.   THERE WAS DOMINANT OVERTOPPING LONG BEFORE EIGHT O'CLOCK.

09:34:35 8  Q.   AND IT WOULD HAVE HAD -- AND THE PREDOMINANT EFFECT OF THAT

09:34:38 9  OVERFLOW WOULD HAVE BEEN ON THE BACK SIDE OF THIS LEVEE, CORRECT?

09:34:41 10 A.   YEAH, THE BACK SIDE OF THE LEVEE IS THE MOST HEAVILY TESTED PART

09:34:48 11 IF OVERFLOWING IS STARTING.

09:34:55 12 Q.   THERE WAS SOME DISCUSSION YESTERDAY ABOUT WHAT THE FIGURES IN

09:34:58 13 THE UPPER LEFT-HAND CORNER OF THIS GRAPH REPRESENT?

09:35:04 14 A.   YEAH.

09:35:13 15 Q.   AND THIS LITTLE BOX IN THE UPPER LEFT-HAND CORNER, CORRECT ME IF

09:35:18 16 I'M WRONG, BUT I THINK YOU TESTIFIED THAT THE TOTAL VOLUME OF FLOW

09:35:27 17 THAT'S SET FORTH IN THIS BOX IS REPRESENTED BY THE AREA THAT LIES

09:35:34 18 UNDER THE CURVE IN THIS GRAPH; IS THAT CORRECT?

09:35:36 19 A.   YES, THAT'S CORRECT.

09:35:37 20 Q.   NOW, THERE MAY HAVE BEEN SOME CONFUSION ABOUT WHETHER THESE

09:35:44 21 CALCULATIONS REPRESENT ACTUAL VOLUMES THAT MAY HAVE OCCURRED DURING

09:35:51 22 THE STORM OR WHETHER THESE ARE ESSENTIALLY HYPOTHETICALS.  AND WE

09:35:56 23 KNOW THAT THE REACH 2 LEVEES WERE MASSIVELY BREACHED, CORRECT,

09:36:01 24 PROFESSOR?

09:36:01 25 A.   YEAH.

09:36:03  1    Q.  BUT AS I READ YOUR REPORT, I UNDERSTAND THAT THESE GRAPHS DO NOT

09:36:09  2    INCLUDE FLOW THROUGH THE BREACHES?

09:36:11  3    A.  NO.

09:36:13  4    Q.  NO MEANS -- AM I READING YOUR REPORT CORRECTLY?

09:36:16  5    A.  YEAH, I THINK SO.

09:36:17  6    Q.  SO IN OTHER WORDS, THESE FLOW VOLUMES ARE FLOW VOLUMES THAT

09:36:22  7    WOULD HAVE OCCURRED HAD THERE BEEN NO BREACHING AT ALL?

09:36:25  8    A.  YEAH.

09:36:27  9    Q.  SO ESSENTIALLY IF THE LEVEES HAD BEEN REMAINED INTACT AT EVERY

09:36:31  10   LOCATION, WHAT YOU'RE CALCULATING IS A COMPARISON BETWEEN THE LEVEE

09:36:40  11   CREST ELEVATION AND THE SURGE ELEVATION?

09:36:45  12   A.  (WITNESS NODS HEAD IN THE AFFIRMATIVE.)

09:36:45  13   Q.  AND SO AS THE SURGE RISES, THE DIFFERENCE BETWEEN THE CREST

09:36:50  14   ELEVATION AND THE SURGE ELEVATION -- THIS IS A STILL WATER ELEVATION

09:36:53  15   AGAIN, CORRECT, PROFESSOR?

09:36:55  16   A.  YES, YES, YES.

09:36:56  17   Q.  AS THAT INCREASES, THE FLOW RATE INCREASES?

09:36:59  18   A.  YES.

09:37:00  19   Q.  AND AS THAT FALLS, THE FLOW RATE FALLS?

09:37:04  20   A.  YEP.

09:37:05  21   Q.  AND SO ESSENTIALLY YOU WOULD AGREE WITH ME, WOULDN'T YOU,

09:37:09  22   PROFESSOR, THAT THESE GRAPHS ARE ESSENTIALLY HYPOTHETICALS BECAUSE

09:37:14  23   THEY ASSUME AN INTACT LEVEE THROUGHOUT THE ENTIRE EVENT?

09:37:19  24   A.  YES.

09:37:20  25   Q.  AND IF THE LEVEE AT THIS LOCATION OR AT ANY OTHER LOCATION HAD

09:37:26   1    BEGUN TO BE DEGRADED AND THE ELEVATION OF THE CREST HAD BEEN LOWERED

09:37:30   2    DURING THE EVENT, THE BACK SIDE OF THESE CURVES WOULD HAVE BEEN

09:37:35   3    EXTENDED BECAUSE THE FLOW WOULD HAVE BEEN AT A GREATER RATE AS THE

09:37:39   4    CREST ELEVATION RATE WENT DOWN?

09:37:41   5    A.  YEAH, YEAH, YEAH.  I DON'T KNOW WHAT YOU'RE GOING AT, HOW YOU

09:37:46   6    WANT TO SAVE NEW ORLEANS, BUT IF YOU WANT TO KNOW WHAT HAPPENS IN

09:37:50   7    THE END YOU SHOULD LOOK TO SCENARIO 2B, AND THAT'S THE SCENARIO

09:37:55   8    WITHOUT ANY LEVEE AND THEN YOU SEE WHAT IS THE CONSEQUENCE.

09:37:58   9            THE COURT:  UNFORTUNATELY, PROFESSOR, I WISH THIS CASE

09:38:00  10    WERE ABOUT HOW TO SAVE NEW ORLEANS, BUT SADLY IT ISN'T.  GO AHEAD.

09:38:08  11    HOPEFULLY SOMETHING WILL BE GLEANED FROM IT REGARDLESS OF THE

09:38:11  12    OUTCOME, HOWEVER, SO WE CERTAINLY APPRECIATE THAT.  GO AHEAD, SIR.

09:38:11  13    BY MR. SMITH:

09:38:16  14    Q.  AND JUST FOR THE COURT'S REFERENCE PERHAPS, IF WE COULD TURN TO

09:38:23  15    PAGE 100 IN THIS REPORT.  AND IF WE COULD JUST ZOOM IN ON THE THIRD

09:38:36  16    FULL PARAGRAPH.

09:38:42  17            I THINK THIS IS ESSENTIALLY WHAT YOU JUST TOLD THE COURT,

09:38:45  18    IS THAT IF YOU KNOW THE DIFFERENCE BETWEEN THE WATER LEVEL IN FINEL

09:38:50  19    AND THE LEVEE CREST, A TIME LINE OF THE OVERTOPPING RATE CAN BE

09:38:54  20    CALCULATED?

09:38:55  21    A.  YEAH.  AND IT IS CALCULATED BECAUSE THAT'S THE GRAPH THAT YOU

09:38:59  22    SHOWED.

09:38:59  23    Q.  AND THAT'S THE GRAPHS?

09:39:00  24    A.  YEAH.

09:39:01  25    Q.  AND I THINK YOU SAY EXPLICITLY IN THE NEXT PARAGRAPH, JUST TAKE

09:39:07 1  THE FIRST THREE OR FOUR LINES OF THAT PARAGRAPH, I THINK YOU SAY IN

09:39:12 2  THE SECOND FULL SENTENCE THERE WHAT YOU'VE ALREADY TOLD THE COURT,

09:39:16 3  WHICH IS BREACHES ARE NOT INCLUDED IN THE FINEL MODEL?

09:39:18 4  A.  NO.

09:39:18 5  Q.  SO ALL OF THESE FLOW GRAPHS YOU'VE GIVEN US, THESE ESTIMATIONS

09:39:25 6  OF VOLUMES ARE BASED UPON A SCENARIO IN WHICH NO BREACHING OCCURS?

09:39:34 7  A.  YES, IT IS.

09:39:35 8         THE COURT:  JUST AS A BENCHMARK, THE COURT UNDERSTANDS YOU

09:39:37 9  START TO GO TO THE MECHANISM OF FAILURE OF THE LEVEE, WAS IT FRONT

09:39:41 10  SIDE OR THE BACK SIDE; AND IT MAKES A DIFFERENCE ACCORDING TO YOUR

09:39:52 11  BRIEFING AND AS TO THE CONSEQUENCES IN THE CASE.

09:39:52 12         THE WITNESS:  AND THE IDEA IS THAT IF YOU HAVE BREACHING A

09:39:54 13  LOT OF WATER IS SUCKED INTO THE POLDER AND THAT LOWERS THE OUTSIDE

09:39:59 14  WATER LEVEL.

09:39:59 15  BY MR. SMITH:

09:40:01 16  Q.  NOW, THE JUDGE WAS INTERESTED IN THE DIFFERENCE THAT WE SAW IN

09:40:05 17  THESE GRAPHS, A DRAMATIC PICTORIAL DIFFERENCE BETWEEN THE

09:40:10 18  OVERTOPPING THAT OCCURRED AT THE MRGO HALFWAY POINT, WHICH I THINK

09:40:15 19  AS HIS HONOR NOTED, DIDN'T RISE VERY MUCH ABOVE ZERO ON THE GRAPH IN

09:40:22 20  COMPARISON TO THE OVERFLOW RATES THAT WERE SHOWN FOR BAYOU BIENVENUE

09:40:26 21  AND BAYOU DUPRE.  DO YOU RECALL THAT, PROFESSOR?

09:40:30 22  A.  NO.  MAYBE WE SHOW IT --

09:40:32 23         THE COURT:  DO YOU WANT TO GO BACK TO THE GRAPH?

09:40:34 24         MR. SMITH:  YES, LET'S GO BACK TO THE GRAPH.  LET'S GO TO

09:40:37 25  PAGE -- THIS IS PAGE 106, FIGURE 2.40-D.  AND LET'S ZOOM TO THE

09:40:50 1    BOTTOM.  OR ACTUALLY WE CAN JUST LEAVE THESE HERE BECAUSE THIS SHOWS

09:40:55 2    TWO OF THEM, AND SO WE CAN SORT OF JUST COMPARE THEM WITHOUT EVEN

09:40:58 3    HAVING TO GO BACK AND FORTH.

09:40:58 4    BY MR. SMITH:

09:41:00 5    Q.  THE TOP GRAPH -- LET'S JUST LEAVE THE WHOLE THING UP SO WE CAN

09:41:03 6    SEE THE COMPARISON.

09:41:05 7         THE TOP GRAPH SHOWS THE SURGE -- I'M SORRY, THE FLOW RATE

09:41:14 8    AS IT RISES FROM ZERO UP TO A POINT THAT IN THE KATRINA REAL RUN AND

09:41:23 9    THE MRGO AS DESIGNED SCENARIOS REACHES AS MUCH AS TEN CUBIC FEET PER

09:41:28 10   SECOND AND THEN DESCENDS BACK DOWN TO ZERO, CORRECT?

09:41:31 11   A.  YEP.

09:41:31 12   Q.  AND THEN AS YOU TESTIFIED, THE ONSET AND THE TERMINATION OF

09:41:36 13   OVERTOPPING IS SIMPLY BASED UPON A SIMPLE COMPARISON BETWEEN THE

09:41:41 14   LEVEE CREST ELEVATION AT THIS LOCATION AND THE STILL WATER

09:41:44 15   ELEVATION?

09:41:45 16   A.  YES.

09:41:46 17   Q.  SO ESSENTIALLY IF WE WANTED TO KNOW WHEN THE SURGE EXCEEDED THE

09:41:52 18   LEVEE CREST ELEVATION AT THIS POINT, WE CAN LOOK AT THIS CHART AND

09:41:57 19   SEE WHEN THE LINE BEGINS TO RISE ABOVE ZERO, WHICH WOULD HAVE BEEN

09:42:02 20   BETWEEN SEVEN AND 7:30, CORRECT, PROFESSOR?

09:42:05 21   A.  YES, WE AGREE.

09:42:06 22   Q.  AND THEN IF THE LEVEE HAD REMAINED INTACT THAT SURGE ELEVATION

09:42:11 23   WOULD HAVE FALLEN BELOW THE CREST OF THE LEVEE SHORTLY BEFORE

09:42:16 24   NINE O'CLOCK, CORRECT, PROFESSOR?

09:42:17 25   A.  YEAH, YEAH, YEAH, YEAH.

09:42:19  1   Q.  NOW, YOU SEE AT THE BOTTOM, AS HIS HONOR NOTED WHEN WE LOOKED AT

09:42:25  2   THIS EARLIER, THAT THE HUMP, IF YOU WILL, AT THE MRGO HALFWAY POINT

09:42:33  3   IS MUCH SMALLER THAN THE HUMP THAT OCCURS AT BAYOU BIENVENUE,

09:42:39  4   CORRECT?

09:42:39  5   A.  YES.

09:42:40  6   Q.  AND THAT'S REFLECTED IN THE FACT THAT THE SURGE AT THE MRGO

09:42:45  7   HALFWAY POINT DID NOT EXCEED THE LEVEE CREST ELEVATION BY AS MUCH AS

09:42:50  8   IT EXCEEDED IT AT BAYOU BIENVENUE, CORRECT?

09:42:53  9   A.  YEP, THAT'S RIGHT.  2C APPARENTLY WAS AT THE CREST LEVEL.

09:42:59 10   Q.  AND JUST TO GET SOME, TO MAKE THIS MORE CONCRETE, LET'S GO TO

09:43:07 11   PAGE 102 IN YOUR REPORT.  AND LET'S ZOOM IN ON THE TABLE THERE.

09:43:17 12        TABLE 2.28 SHOWS WHAT YOU WERE GIVEN AS THE LEVEE CREST

09:43:24 13   ELEVATION AT THESE VARIOUS LOCATIONS, CORRECT?

09:43:27 14   A.  YEAH, CORRECT.

09:43:27 15   Q.  AND SO WHAT WE SEE IF WE LOOK SPECIFICALLY AT THE MRGO HALFWAY

09:43:32 16   POINT, YOU WERE GIVEN A LEVEE CREST ELEVATION OF 17.0 FEET?

09:43:37 17   A.  YES.

09:43:37 18   Q.  CORRECT?

09:43:38 19   A.  YEAH.

09:43:38 20   Q.  AND AT BAYOU BIENVENUE THE LEVEE CREST WAS A FOOT AND A HALF

09:43:43 21   LOWER, CORRECT?

09:43:46 22   A.  YEAH, YEAH, 15.

09:43:49 23   Q.  15.5 FEET.

09:43:51 24   A.  YEAH, 15.5.

09:43:53 25   Q.  AND IF YOU LOOK JUST BELOW THAT JUST FOR THE POINT OF COMPARISON

09:43:56  1    HERE, YOU SEE BAYOU DUPRE IS ANOTHER FOOT LOWER BELOW THAT, 14 AND A

09:44:01  2    HALF FEET, CORRECT, PROFESSOR?

09:44:02  3    A.  YES, THAT'S CORRECT.

09:44:03  4    Q.  AND JUST GOING UP AND DOWN THIS CHART, EXCLUDING THE 40 ARPENT

09:44:07  5    LOCATIONS, WHAT WE SEE HERE IS THAT WE HAVE LEVEE CREST ELEVATIONS

09:44:12  6    THAT RANGE FROM 11 AND A HALF FEET TO AS MUCH AS 17 FEET.  AND SO,

09:44:20  7    IN FACT, THE MRGO HALFWAY POINT WAS THE VERY HIGHEST LEVEE CREST

09:44:26  8    ELEVATION OF ALL OF THESE LOCATIONS, CORRECT, PROFESSOR?

09:44:29  9    A.  YES.

09:44:29 10    Q.  AND WHAT WE SEE WHEN WE GO THROUGH THESE CHARTS IS WE SEE A

09:44:35 11    CORRELATION, THESE GRAPHS, WE SEE A CORRELATION BETWEEN THAT'S MOST

09:44:42 12    STRONGLY ASSOCIATED WITH THE LEVEE CREST ELEVATION, CORRECT,

09:44:45 13    PROFESSOR?

09:44:45 14    A.  YES, YES.

09:44:46 15    Q.  BECAUSE WHILE THERE WERE SOME DIFFERENCES IN SURGE ALONG

09:44:51 16    REACH 2, THEY WERE MINIMAL COMPARED THE VARIANCE IN THE LEVEE CREST

09:44:54 17    ELEVATION?

09:44:55 18    A.  IF WE TALK ABOUT CHANGES IN THE SURGE AS A FUNCTION OF THE

09:44:58 19    POSITION ALONG THE REACHES, NOT IF WE TALK THE SIZE OF THE SURGES AS

09:45:04 20    A FUNCTION OF THE FAILURE SCENARIOS.

09:45:06 21    Q.  YES, PROFESSOR, AND THAT'S WHAT I'M ASKING YOU.

09:45:22 22         AND LET'S JUST, FOR THE SAKE OF REFERENCE, IF WE COULD

09:45:26 23    JUST LOOK AT THESE FROM POINT TO POINT WE'LL SEE THIS CORRELATION.

09:45:31 24    LET'S GO TO PAGE 103 AND LET'S FOCUS ON LOCATION 1 WHERE THE LEVEE

09:45:38 25    CREST ELEVATION AT THE CITRUS BACK LEVEE WAS COMPUTED AT 13.0 FEET.

09:45:45 1    A.  YES.

09:45:46 2    Q.  WHICH IS AT THE LOW END OF THIS RANGE, AND WE SEE A RELATIVELY

09:45:49 3    HIGH OVERTOPPING RATE WHICH ENDURES FOR OVER THREE HOURS, CORRECT,

09:45:56 4    PROFESSOR?

09:45:56 5    A.  YES.

09:45:57 6    Q.  AND THEN IF WE GO TO THE BOTTOM OF THAT PAGE --

09:46:04 7    A.  BUT FIRST LET'S ALSO EXPLAIN THAT HERE THERE IS A CONSIDERABLE

09:46:04 8    DIFFERENCE BETWEEN THE SCENARIOS.  IF YOU PUT UP THE UPPER ONE

09:46:08 9    AGAIN, BECAUSE THAT'S WHAT ANNOYED ME A LITTLE BIT, YOU SELECTED THE

09:46:13 10   GRAPH WHERE THEY WERE ALL EQUAL; BUT HERE YOU SEE A HUGE DIFFERENCE

09:46:17 11   BETWEEN SCENARIO 1, WHICH IS 20 CUBIC FEET; THE SCENARIO 3 AS

09:46:25 12   AUTHORIZED WHICH IS 15, 16 CUBIC FEET; AND THE 2C SCENARIO, MRGO

09:46:35 13   NEUTRAL, WHICH HAS ONLY FIVE CUBIC FEET.

09:46:38 14          SO HERE YOU SEE A TOTALLY DIFFERENT PICTURE FROM THE FEW

09:46:42 15   THAT YOU STARTED TO CITE.

09:46:44 16   Q.  AND THE REASON FOR THAT, PROFESSOR, IS THAT THIS LIES INSIDE OF

09:46:50 17   REACH 1, DOESN'T IT, PROFESSOR?

09:46:52 18   A.  YES, ALSO.

09:46:53 19   Q.  AND SO WE HAVE A SMALLER CHANNEL WHEN YOU REMOVE THE MRGO FROM

09:46:57 20   THE PICTURE AND YOU SHRINK IT DOWN TO THE GIWW SIZE OF 125 FEET BY

09:47:04 21   15 FEET IN DEPTH, CORRECT, PROFESSOR?

09:47:06 22   A.  YOU HAVE LESSER, LOWER WATER LEVELS THERE.

09:47:09 23   Q.  AND WATER CAN'T GET THROUGH THAT SMALL CHANNEL, CAN IT, AT THE

09:47:12 24   SAME RATE?

09:47:12 25   A.  YEAH, YEAH.

09:47:13  1   Q.  AND SO THIS ASSUMES THAT THE MRGO HAD NEVER BEEN DUG AGAIN?

09:47:17  2   A.  THE 2C.

09:47:19  3   Q.  IN OTHER WORDS, YOU HAVE TO TAKE THE CHANNEL OUT, YOU'RE NOT

09:47:21  4   GOING TO GET ANY DEEP SEA VESSELS THROUGH THAT CHANNEL, ARE YOU,

09:47:26  5   PROFESSOR?

09:47:26  6   A.  NO.

09:47:27  7              THE COURT:  ARE YOU TALKING ABOUT 2C?

09:47:29  8              MR. SMITH:  YEAH, WE'RE TALKING ABOUT SCENARIO 2C.

09:47:29  9              THE COURT:  ALL RIGHT.

09:47:32 10              MR. SMITH:  AND THIS IS IN REACH 1 OF THE MRGO WHICH WAS

09:47:35 11   THE PREEXISTENT GIWW.

09:47:37 12              THE COURT:  I UNDERSTAND.

09:47:41 13   BY MR. SMITH:

09:47:42 14   Q.  AND WE SEE THAT WITH THE MRGO AS DESIGNED WITH A 500-FOOT WIDE

09:47:47 15   CHANNEL, 36 FEET DEEP, THAT WE GET AS MUCH AS 15 CUBIC FEET PER FOOT

09:47:53 16   PER SECOND OF OVERTOPPING?

09:47:55 17   A.  YES.

09:47:56 18   Q.  WHICH I THINK YOU WOULD AGREE IS FAR BEYOND A RATE THAT WOULD

09:48:01 19   CAUSE DAMAGE TO A GRASS COVERED LEVEE?

09:48:06 20   A.  I DIDN'T STUDY SO I DON'T KNOW, MAYBE.

09:48:07 21   Q.  YOU'RE NOT FAMILIAR WITH THRESHOLDS FOR DAMAGE ON LEVEES?

09:48:10 22   A.  YEAH, A LITTLE BIT, BUT NOT IN FEET AT LEAST AND I DIDN'T STUDY

09:48:16 23   THAT HERE.

09:48:19 24   Q.  BUT YOU'RE FAMILIAR --

09:48:20 25   A.  AMERICAN COLLEAGUE STUDIED THAT, PROFESSOR BEA.

09:48:25 1    Q.  BUT YOU'RE FAMILIAR WITH THE EUROTOP REFERENCE MANUAL THAT'S

09:48:32 2    TITLED WAVE OVERTOPPING OF SEA DEFENSES AND RELATED STRUCTURES?

09:48:35 3    A.  YEAH, A LITTLE BIT.

09:48:37 4    Q.  AND THAT'S SOMETHING THAT YOU USE IN YOUR WORK AS A LEVEE

09:48:39 5    DESIGNER, CORRECT, PROFESSOR?

09:48:41 6    A.  YEAH, YEAH, YEAH.

09:48:41 7    Q.  AND THAT REFERENCE WORK SETS THRESHOLD LEVELS AT WHICH DESIGNERS

09:48:49 8    COMPARE WHAT THE EXPECTED OVERTOPPING RATE WILL BE TO DETERMINE HOW

09:48:59 9    TO DESIGN A STRUCTURE THAT WILL WITHSTAND OVERTOPPING, CORRECT,

09:48:59 10   PROFESSOR?

09:48:59 11   A.  YEAH, WHAT REQUIREMENTS YOU HAVE ON THE BACK SLOPE AND THE TOP

09:49:01 12   IF YOU WERE TO ALLOW OVERTOPPING.

09:49:09 13   Q.  SINCE YOU'VE INFORMED THE COURT THAT YOU'RE NOT FAMILIAR WITH

09:49:12 14   HOW TO COMPARE CUBIC FEET PER SECOND WITH THE REFERENCE WORK THAT

09:49:18 15   YOU ARE FAMILIAR WITH --

09:49:19 16         THE COURT:  WHAT HE SAID IS HE DIDN'T STUDY IT.

09:49:22 17   BY MR. SMITH:

09:49:22 18   Q.  YOU ARE FAMILIAR WITH THAT REFERENCE WORK, RIGHT, PROFESSOR?

09:49:25 19   A.  I KNOW THAT IT'S EXISTING.

09:49:26 20   Q.  AND IT'S SOMETHING THAT IS USED BY LEVEE DESIGNERS?

09:49:29 21   A.  YEAH, YEAH, YEAH.

09:49:31 22   Q.  I AM GOING TO SHOW YOU A CHART AND I AM GOING TO REPRESENT, AND

09:49:40 23   WILL ESTABLISH THIS LATER, YOUR HONOR, THROUGH ANOTHER WITNESS, WHAT

09:49:44 24   THE EUROTOP THRESHOLDS FOR OVERTOPPING DAMAGE ARE, PROFESSOR.

09:49:51 25         MR. BRUNO:  YOUR HONOR, I OBJECT BECAUSE THIS WITNESS HAS

09:49:53  1   NOT BEEN ASKED TO COMMENT, HIS REPORTS DON'T SPEAK TO THIS.

09:49:58  2          THE COURT:  IF WE DON'T STICK TO THE REPORTS, WE'RE GOING

09:50:00  3   TO OPEN THIS WIDE OPEN AND THE PLAINTIFFS CAN COME BACK AND ASK HIM

09:50:03  4   THINGS NOT IN HIS REPORT.

09:50:05  5          MR. SMITH:  HE IS A LEVEE DESIGNER AND, YOUR HONOR --

09:50:08  6          THE COURT:  MR. SMITH, HE GAVE A REPORT, HE OPINED ON

09:50:12  7   CERTAIN THINGS.  I HAVE TRIED AS MUCH AS POSSIBLE TO CONFINE HIS

09:50:15  8   TESTIMONY TO THAT REPORT.  IF WE OPEN THIS ALL UP, THEN THE

09:50:18  9   PLAINTIFFS CAN COME BACK ON REDIRECT AND ASK HIM OPINIONS THAT

09:50:22 10   AREN'T IN THE REPORT IF YOU OPEN THIS UP.

09:50:25 11          AND I HAVE TO CONTROL THIS IN SOME WAY.  IF YOU HAVE

09:50:26 12   ANOTHER WITNESS THAT'S GOING TO TALK ABOUT THIS, THAT'S FINE, YOU'VE

09:50:30 13   ESTABLISHED WHAT YOU NEED TO ESTABLISH, THIS IS THE VOLUME.

09:50:32 14          AND SO IF HE IS GOING TO OPINE ON THIS, THEN WHY CAN'T HE

09:50:35 15   OPINE ON ANY OTHER THING THAT'S NOT IN HIS REPORT?  IF THE

09:50:39 16   PLAINTIFFS COME BACK AND ASK HIM.

09:50:41 17          MR. SMITH:  CAN YOUR HONOR CONFINE HIM TO HIS REPORT?

09:50:44 18          THE COURT:  I DON'T THINK IT'S GOING TO ASSIST, YOU SAID

09:50:46 19   IT WAS GOING TO BE ESTABLISHED BY ANOTHER WITNESS.  YOU'VE ALREADY

09:50:49 20   ESTABLISHED THE VOLUME OF WATER AND, THEREFORE, SOMEONE CAN COME IN

09:50:52 21   AND SAY WHAT THE EFFECT OF THIS VOLUME -- WHO STUDIED IT AND IN

09:50:56 22   THEIR REPORT, WHAT THIS VOLUME OF WATER, THE EFFECT IT HAS ON A

09:50:58 23   LEVEE AND THE BACK SIDE OF A LEVEE, ET CETERA.

09:51:01 24          SO I ASSUME YOU HAVE THAT COMING AND THIS WITNESS REALLY

09:51:04 25   WASN'T TENDERED TO TESTIFY TO THAT AND HAS BEEN CONSTRICTED, WE'VE

09:51:08  1   ALL TRIED TO CONSTRICT HIM TO NOT TESTIFY ABOUT LEVEE DESIGN.  AS

09:51:16  2   MUCH AS POSSIBLE.

09:51:18  3   BY MR. SMITH:

09:51:19  4   Q.  PROFESSOR, YOU WOULD AGREE WITH ME, WOULD YOU NOT, THAT THIS

09:51:24  5   FIGURE IN YOUR REPORT THAT'S SHOWN HERE, FIGURE 2.40-A, CITRUS BACK

09:51:41  6   LEVEE OVERTOPPING RATES, IS NOT SCALED FOR PURPOSES OF DETERMINING

09:51:43  7   WHEN DAMAGE WILL BEGIN FOR OVERTOPPING ON A GRASS COVERED LEVEE,

09:51:49  8   WOULDN'T YOU AGREE WITH THAT, PROFESSOR?

09:51:50  9   A.  I DON'T UNDERSTAND YOUR QUESTION.

09:51:51 10   Q.  YES.  THE SCALE --

09:51:53 11   A.  YEAH, THE SCALE IS THE SCALE.

09:51:56 12   Q.  WELL, LET ME EXPLAIN THEN, PROFESSOR.  IF, IN FACT, DAMAGE

09:52:01 13   BEGINS WHEN OVERTOPPING RATES BEGIN TO BE MEASURED IN TENTHS OF A

09:52:09 14   CUBIC FOOT --

09:52:10 15   A.  UH-HUH.

09:52:10 16   Q.  -- PER SECOND, THIS SCALE IS NOT, DOES NOT GIVE US THAT LEVEL OF

09:52:16 17   DETAIL, IT'S NOT BROKEN OUT IN TENTHS OF A FOOT, IS IT, PROFESSOR?

09:52:21 18   A.  NO.  BUT --

09:52:22 19   Q.  IT'S BROKEN OUT IN BLOCKS THAT ARE FIVE CUBIC FEET PER FOOT PER

09:52:26 20   SECOND, CORRECT, PROFESSOR?

09:52:28 21   A.  YEAH, THAT'S THE SCALING, YEAH.

09:52:31 22   Q.  SO THIS IS A MACRO SCALE FOR OVERTOPPING, CORRECT, PROFESSOR?

09:52:35 23   A.  IT'S A SCALE THAT IS APPROPRIATE TO SHOW WHAT'S HAPPENING, SO

09:52:39 24   YOU SCALE ALWAYS THAT YOU HAVE SOME REASONABLE PICTURE OF THE

09:52:43 25   GRAPHS.

09:52:43 1        THE COURT:  ARE YOU ASKING HIM, MR. SMITH, IF THIS SCALE

09:52:46 2   COULD BE UTILIZED TO DO A SPECIFIC ANALYSIS AS TO EROSION, AS TO

09:52:56 3   SPECIFICALLY WHEN EROSION OCCURRED AT THE FRONT SIDE OF A LEVEE?  IN

09:53:01 4   OTHER WORDS, TO ASCERTAIN FRONT SIDE EROSION DAMAGE TO A GRASS

09:53:04 5   PROTECTED LEVEE?

09:53:05 6        MR. SMITH:  THAT'S NOT SPECIFICALLY MY QUESTION, YOUR

09:53:07 7   HONOR.

09:53:07 8        THE COURT:  ALL RIGHT.  THEN I DON'T UNDERSTAND.

09:53:09 9   BY MR. SMITH:

09:53:10 10  Q.  MY QUESTION IS, PROFESSOR?

09:53:13 11  A.  YEAH.  BUT YOU COULD BLOW UP THE GRAPH IF YOU NEED TO.

09:53:18 12  Q.  EXACTLY.  IN OTHER WORDS, THE WAY THE GRAPH IS PRESENTED, THE

09:53:23 13  FACT THAT THERE'S VERY WHAT APPEARS TO BE SLIGHT OVERTOPPING AT THE

09:53:28 14  MIDWAY HALF POINT ALONG THE MRGO MAY NOT REFLECT THE POTENTIAL FOR

09:53:37 15  SERIOUS DAMAGE AT THAT LOCATION; ISN'T THAT CORRECT, PROFESSOR?

09:53:40 16  A.  I DO NOT UNDERSTAND WHAT YOU MEAN.  BECAUSE IT'S JUST

09:53:43 17  OBJECTIVELY PICTURED.  THERE IS NO INTENTION IN HIDING SOMETHING.

09:53:46 18  WE JUST DEPICTED IT SUCH A WAY THAT IT FITS NICELY ON THE GRAPH.

09:53:51 19       SO IF YOU OBJECT TO THAT, WE COULD BLOW IT UP.  BUT IT

09:53:55 20  DOESN'T CHANGE ANYTHING AT ALL.  SO IF YOU MAKE THE VERTICAL AXIS

09:54:02 21  INTO A TENTH OF A FOOT IT DOESN'T CHANGE THE PICTURE, DOES IT?  IT'S

09:54:06 22  THE SAME PICTURE, SO.

09:54:12 23  Q.  JUST SO I AM CLEAR, YOU DID AGREE WITH ME, THOUGH, THAT THIS WAS

09:54:15 24  NOT SCALED FOR PURPOSES OF DETERMINING DAMAGE CAUSED BY OVERTOPPING

09:54:19 25  FLOW?

09:54:21  1    A.  YEAH, BUT NOT IS TOO STRONG, WHY NOT?

09:54:24  2    Q.  THE ANSWER IS, YES, CORRECT, PROFESSOR?

09:54:30  3    A.  NO.  THE ANSWER WE SCALED -- THE ONLY ANSWER I CAN GIVE YOU IS

09:54:30  4    THAT WE SCALED IT IN SUCH A WAY THAT YOU HAVE A NICE OVERVIEW OF THE

09:54:34  5    OVERTOPPING RATES FOR THE THREE SCENARIOS THAT YOU HAVE A CLEAR

09:54:37  6    PICTURE THAT YOU CAN DIFFERENCE SHAPE BETWEEN THE LINES.

09:54:40  7            THE COURT:  I GUESS THE QUESTION, TELL ME IF IT'S NOT, IS

09:54:43  8    CAN YOU USE THIS ANALYSIS TO DETERMINE DAMAGE AS ONE OF THE ELEMENTS

09:54:48  9    IN DETERMINING DAMAGE FROM OVERTOPPING FLOW?

09:54:53  10           THE WITNESS:  YOU'RE ASKING ME?

09:54:54  11           THE COURT:  YES.

09:54:57  12           THE WITNESS:  YES, YOU CAN.

09:55:03  13           THE COURT:  AND IT WOULD BE -- IT WOULD HELP TO FACILITATE

09:55:10  14    THAT ANALYSIS IF IT WERE MORE INCREMENTAL?

09:55:10  15           THE WITNESS:  IT IS MORE INCREMENTAL, THE STEPS ARE, I

09:55:13  16    DON'T KNOW, FAIRLY SMALL STEPS THAT ARE DEPICTED SO YOU COULD BLOW

09:55:18  17    UP THE GRAPH AND SEE HOW MINUTE THE STEPS ARE.

09:55:22  18           THE COURT:  YOU COULD DO SOMETHING TO THIS GRAPH,

09:55:25  19    MAGNIFYING TO MAKE IT MORE INCREMENTAL SO YOUR ANALYSIS CAN BE MORE

09:55:29  20    PRECISE?

09:55:31  21           THE WITNESS:  YES.

09:55:33  22           THE COURT:  THANK YOU.

09:55:37  23           MR. SMITH:  I THINK WE'VE EXHAUSTED THIS TOPIC AND I THINK

09:55:41  24    I'VE EXHAUSTED THE COURT'S PATIENCE AND YOUR PATIENCE --

09:55:44  25           THE WITNESS:  NOT YET.

09:55:46  1          MR. SMITH:  -- AND I HAVE JUST ONE QUESTION, YOUR HONOR.

09:55:49  2          THE COURT:  DON'T ENCOURAGE HIM, PROFESSOR.

09:55:54  3          MR. SMITH:  NOW IT'S TIME FOR ME TO MOVE IN FOR THE KILL,

09:55:57  4  PROFESSOR.

09:55:58  5          THE COURT:  THE WHITE SHARK IS COMING.

09:56:00  6  BY MR. SMITH:

09:56:03  7  Q.  I TRULY DO WANT TO LEAVE THIS TOPIC AND JUST A COUPLE OF FINAL I

09:56:07  8  THINK WHAT I CONSIDER TO BE SORT OF THE CLEAN-UP QUESTIONS ABOUT

09:56:10  9  SOME TOPICS YOU TOUCHED ON YESTERDAY.

09:56:13 10          ONE DEALS WITH THE FLOODING IN NEW ORLEANS EAST, AND WE

09:56:17 11  LOOKED AT WHEN THE FLOODWATERS ACCORDING TO YOUR CALCULATIONS

09:56:23 12  REACHED THE NORMAN ROBINSON RESIDENCE, CORRECT, PROFESSOR?

09:56:27 13  A.  UH-HUH.

09:56:27 14  Q.  AND I WOULD LIKE TO PUT THAT BACK UP ON THE SCREEN, IF WE CAN.

09:56:38 15  THIS IS FIGURE 2 FROM I BELIEVE IT APPEARS AT PAGE ONE OF PX 1771.

09:56:52 16          THE COURT:  JUST LET US GET THERE.

09:56:55 17          THE LAW CLERK:  I NEED THE NAME AND THE DATE.

09:57:17 18          MR. SMITH:  I APOLOGIZE, THIS WAS ONE OF THE SUPPLEMENTAL

09:57:19 19  REPORTS AND I AM REALLY NOT SURE WHAT IT WAS TITLED.  IT'S A SMALL,

09:57:23 20  RELATIVELY SMALL PRODUCTION.

09:57:27 21          MR. BRUNO:  PX 1771, RIGHT?

09:57:29 22          MR. SMITH:  THEY JUST WANT TO KNOW WHAT IT'S CALL ED.

09:57:31 23          THE COURT:  WHAT WE ARE DOING IS GOING THROUGH THE REPORT,

09:57:34 24  WHICH I HAVE READ, AND MARKING THE EXHIBITS THAT ARE IN THE REPORT/

09:57:37 25  IT'S A LOT EASIER TO FIND THAN GOING THROUGH THE THOUSANDS WE HAVE

09:57:41  1   IN OUR OFFICE, THAT'S THE PROBLEM.

09:57:42  2         DO YOU WANT TO GIVE ME THE REPORT, DO YOU WANT TO GIVE ME

09:57:45  3   THE PAGE?

09:57:47  4         THE LAW CLERK:  I GOT IT.

09:57:47  5         MR. BRUNO:  THE COVER PAGE LOOKS LIKE THIS, JANET.

09:57:53  6         THE LAW CLERK:  GOT IT.

09:57:53  7         THE COURT:  THEN WE HAVE TO FIND THE PAGE.

09:57:55  8         MR. BRUNO:  IT'S THE SECOND PAGE.

09:57:56  9         THE LAW CLERK:  I GOT IT.  THANK YOU, JUDGE.

09:58:02 10   BY MR. SMITH:

09:58:03 11   Q.  I THINK YOU TESTIFIED ON DIRECT EXAMINATION --

09:58:18 12         THE COURT:  OKAY, SIR, PLEASE PROCEED.

09:58:20 13   BY MR. SMITH:

09:58:21 14   Q.  YES, I THINK YOU TESTIFIED ON DIRECT EXAMINATION, PROFESSOR,

09:58:24 15   THAT THIS SUDDEN RISE OF WATER AT THIS LOCATION WHICH OCCURRED PRIOR

09:58:33 16   TO NINE O'CLOCK ON AUGUST THE 29TH, 2005, WAS A RESULT OF WATER

09:58:43 17   OVERTOPPING THE CITRUS BACK LEVEE?

09:58:46 18   A.  YES.

09:58:47 19   Q.  THE ONE WE JUST LOOKED AT.

09:58:48 20   A.  YEAH.

09:58:49 21   Q.  THAT HYDROGRAPH THAT WE JUST LOOKED AT IT, THE BACK LEVEE.

09:58:52 22   A.  YES.

09:58:53 23   Q.  BUT I DON'T THINK YOU WERE ASKED TO COMMENT ON THE DIP THAT

09:59:01 24   OCCURS IN THIS HYDROGRAPH.

09:59:03 25   A.  UH-HUH.

09:59:04 1   Q.  AND THEN THE RATE OF RISE THAT OCCURS, IT LOOKS TO ME LIKE, YOU

09:59:12 2   KNOW, APPROXIMATELY 10:30 IN THE MORNING THERE IS ANOTHER INFLUX OF

09:59:18 3   WATER THAT SENDS THE SURGE ELEVATION AT THAT LOCATION, WHICH PRIOR

09:59:24 4   TO THAT TIME HAD PEAKED AT TEN FEET AND WAS BEGINNING TO RAPIDLY

09:59:30 5   DESCEND, SENDS IT SURGING BACK UPWARD TO IN EXCESS OF 13 FEET WHERE

09:59:36 6   IT APPEARS TO REMAIN FOR SOME PERIOD OF TIME.

09:59:43 7          CAN YOU EXPLAIN TO THE COURT THE REASON FOR THAT DIP AND

09:59:47 8   WHY THAT WATER BEGINS TO RISE AGAIN?

09:59:49 9   A.  YEAH.  BECAUSE IT'S FIRST OVERTOPPING THEN THE WATER SPREADS OUT

09:59:54 10  BECAUSE THE WATER IS PASSING, IT SPREADS OUT AND THEN THE WATER FROM

09:59:59 11  THE BREACHES IN THE EAST IS COMING AND MEETS THE WATER LEVEL THAT IS

10:00:06 12  EVENING OUT FROM THE OVERTOPPING AND DUE TO THE BREACH IT RISES ON

10:00:10 13  TO THE FINAL LEVEL.

10:00:13 14  Q.  AND I THINK WE CAN SEE THAT SIMULATED, PROFESSOR, IN THE SERIES

10:00:19 15  OF -- THE PROGRESSION OF FLOODING THAT'S SET FORTH IN YOUR POLDER

10:00:28 16  FLOOD SIMULATIONS FOR GREATER NEW ORLEANS DATED JULY 2007.

10:00:33 17  A.  YEAH.

10:00:34 18  Q.  WHICH I BELIEVE IS PX 53.  AND LET'S GO, IF WE CAN, TO PAGE

10:00:45 19  29 -- WELL, LET'S GO TO THE BEGINNING, I THINK IT BEGINS ON PAGE 28.

10:01:01 20  AND IF WE COULD JUST ZOOM IN ON THOSE RIGHT THERE, THAT WOULD BE

10:01:06 21  GREAT.

10:01:09 22          IF YOU COULD EXPLAIN TO THE COURT, PROFESSOR, WHAT'S SHOWN

10:01:13 23  IN THESE FIRST TWO TIME SERIES GRAPHICS HERE AT 5:00 A.M. AND AT

10:01:20 24  5:30 A.M., WHAT'S OCCURRING, PROFESSOR?

10:01:21 25  A.  HERE YOU SEE THERE'S SOME FLOODING IN THE EAST AND THE REST IS

10:01:28  1    DRY NEAR THE AIRPORT IT'S BLUE.

10:01:36  2    Q.   AND IS THERE SOMETHING THAT'S PREVENTING THE WATER IN THE EAST

10:01:40  3    FROM FLOWING TO THE WEST?

10:01:41  4    A.   YEAH, THERE ARE SMALLER INTERNAL LEVEES.

10:01:52  5    Q.   AND LET'S GO TO THE NEXT TWO TIME SHOTS ON PAGE 29 AT THE TOP,

10:01:52  6    SIX O'CLOCK AND 6:30, IF WE COULD FOCUS IN ON THAT.

10:01:57  7            IF YOU COULD EXPLAIN TO THE COURT WHAT'S HAPPENING NOW IN

10:02:00  8    THIS PROGRESSION OF EVENTS?

10:02:02  9    A.   THERE YOU SEE ON THE RIGHT-HAND SIDE IN THE EAST THE HOLE IS

10:02:08 10    FALLING AND WATER IS QUICKLY MOVING IN.

10:02:11 11    Q.   LET'S MOVE ON THEN TO SEVEN AND 7:30.

10:02:19 12    A.   IT'S PROGRESSING AND FIRST ONLY THE SHIP POLDER, LET'S SAY, AND

10:02:28 13    THEN AT 7:30 IT STARTS TO EXCEED THE LEVEE OR THE ROAD AND

10:02:32 14    PROGRESSES TO THE NORTHEAST.  AND AT THIS POINT --

10:02:38 15    Q.   AND WE BEGIN TO SEE SOME OVERTOPPING FLOW?

10:02:40 16    A.   YES, ALSO YOU SEE THE OVERTOPPING --

10:02:44 17    Q.   ALONG THE CITRUS BACK LEVEE THERE ADJACENT TO --

10:02:47 18    A.   HERE ALREADY THAT IT STARTS, IT STARTS ALREADY TO BE LITTLE BIT

10:02:50 19    BLUE THERE.

10:02:52 20    Q.   LET'S GO TO THE EIGHT AND 8:30 SEQUENCE OF EVENTS.  AND IF YOU

10:02:58 21    COULD JUST EXPLAIN TO THE COURT.

10:02:59 22    A.   YES, SO ONCE AGAIN YOU SEE THE HOLE HERE IS FILLING UP THE

10:03:05 23    ENTIRE THING, BUT IT'S WITHHELD A LITTLE BIT BY THESE INTERMEDIATE

10:03:09 24    ROADS OR LEVEES.  AND ON THE OTHER SIDE YOU SEE THE OVERTOPPING IS

10:03:13 25    FILLING THE FIRST BOWL HERE, AND THEN HERE IT'S FILLED UP TO SUCH A

10:03:24 1    WAY THAT THE ROAD IS OVERTOPPED AND IT IS FILLING THE BACK SIDE

10:03:30 2    (INDICATING).

10:03:30 3            AND ON THE OTHER SIDE YOU SEE THAT WATER IS COMING NEARER

10:03:35 4    TO THE WEST, AND FINALLY THEY WILL MEET TOGETHER.

10:03:40 5    Q.  AND I THINK, CORRECT ME IF I'M WRONG, PROFESSOR, BUT ISN'T THIS

10:03:46 6    8:30 SEQUENCE HERE, DOESN'T THIS SHOW WHEN THE OVERTOPPING FROM THE

10:03:48 7    CITRUS BACK LEVEE IS EITHER AT OR APPROACHING THE NORMAN ROBINSON

10:03:55 8    RESIDENCE LOCATION?

10:03:55 9    A.  YES, MIGHT BE.

10:03:58 10   Q.  IF I AM CORRECT, IF NORMAN ROBINSON'S RESIDENCE IS -- I AM NOT

10:04:02 11   VERY GOOD AT THIS EITHER IS -- I'M WAY OFF HERE.  I CAN'T DO IT.  I

10:04:10 12   APOLOGIZE.  LET ME SEE IF I HAVE A POINTER HERE.

10:04:13 13   A.  WE AGREE.

10:04:14 14   Q.  IT'S IN THAT AREA.

10:04:15 15         MR. SMITH:  YOUR HONOR MAY RECALL THAT HE LIVES IN THAT

10:04:18 16   AREA OF NEW ORLEANS EAST.

10:04:19 17         THE COURT:  YES.

10:04:19 18   BY MR. SMITH:

10:04:19 19   Q.  AND THEN LET'S GO ON TO THE NEXT COUPLE OF SHOTS, WHICH ARE ON

10:04:23 20   PAGE 30 AT THE TOP, TIME SEQUENCE OF EVENTS NINE AND 9:30.  AND IF

10:04:28 21   YOU COULD DESCRIBE WHAT'S HAPPENING?

10:04:30 22   A.  AS WE SAID, IN THE LEFT SIDE IT'S STILL FILLING UP, FILLING UP;

10:04:36 23   AND ON THE RIGHT SIDE, YOU SEE THAT IT IS MEETING EACH OTHER.  SO

10:04:43 24   THEN IT FILLS UP COMPLETELY.

10:04:45 25   Q.  AND THEN IF WE COULD GO TO THE LAST TWO SHOTS.  AND DOESN'T THIS

1059

10:04:56 1  THEN ILLUSTRATE WHAT WE SAW IN THE HYDROGRAPH OF THE NORMAN ROBINSON

10:05:01 2  RESIDENCE THAT SOMETIME BETWEEN TEN O'CLOCK IN THE MORNING AND NOON

10:05:09 3  ON THAT DAY THOSE FLOOD WATERS THAT WERE MOVING IN FROM THE EAST

10:05:09 4  FINALLY REACHED THE NORMAN ROBINSON RESIDENCE WHERE THE WATERS HAD

10:05:14 5  BEGUN TO RESIDE AND RAISED THAT WATER LEVEL UP BY AN ADDITIONAL

10:05:20 6  THREE FEET, CORRECT, PROFESSOR?

10:05:22 7  A.  YEAH.

10:05:25 8  Q.  AND THEN FINALLY, I JUST HAVE ONE QUESTION, OR A COUPLE OF

10:05:27 9  QUESTIONS.  THE OLD LAWYER SONG ABOUT THE LAST QUESTION.

10:05:32 10          I HAVE SEVERAL LAST QUESTIONS FOR YOU, PROFESSOR.

10:05:35 11  A.  OH, I'M HAPPY.

10:05:39 12  Q.  YOU WERE ASKED YESTERDAY ABOUT THE BREACHES ALONG THE

10:05:47 13  INNER-HARBOR NAVIGATION CANAL.

10:05:49 14  A.  YES.  SO WE STOPPED ABOUT THESE GRAPHS?

10:05:51 15  Q.  YES, WE'RE MOVING ON TO ANOTHER TOPIC.

10:05:52 16  A.  MOVING ON TO ANOTHER SUBJECT.

10:05:55 17  Q.  I JUST HAVE A COUPLE OF QUESTIONS ABOUT THE BREACHING AT THE

10:05:57 18  INNER-HARBOR NAVIGATION CANAL.

10:06:00 19          YOU TESTIFIED, IF I RECALL CORRECTLY, THAT IN YOUR OPINION

10:06:10 20  THE ADDITIONAL SURGE, WHICH WE ALL AGREE FLOWED INTO THE

10:06:16 21  INNER-HARBOR NAVIGATION CANAL AS A RESULT OF THE EXISTENCE OF THIS

10:06:20 22  MRGO, WAS A SUBSTANTIAL CAUSE OF THE BREACHING THAT OCCURRED ON THE

10:06:26 23  EAST SIDE OF THE INDUSTRIAL CANAL, CORRECT, PROFESSOR?

10:06:28 24  A.  YEAH, YEAH.

10:06:29 25  Q.  AND AS I RECALL YOUR REASONING WAS THAT THAT ADDITIONAL SURGE

10:06:35 1    CAUSED ADDITIONAL PRESSURE ON THE WALLS, CORRECT, PROFESSOR?

10:06:40 2    A.   YEAH, YES, YES.

10:06:41 3    Q.   WE'RE NOT GETTING THAT IN THE RECORD UNLESS YOU SAY YES.

10:06:44 4    A.   YES, YES.

10:06:45 5    Q.   BUT I ASKED YOU AT YOUR DEPOSITION THAT IF YOU HAD READ

10:06:52 6    PROFESSOR BEA'S REPORTS, AND YOU INDICATED THAT YOU HAD ONLY LOOKED

10:06:57 7    AT THEM BRIEFLY AND THAT YOU DIDN'T HAVE ANY OPINION YOURSELF ABOUT

10:07:02 8    THEIR OWN -- THE RELIABILITY OF HIS OWN ANALYSIS AND WHETHER YOU

10:07:07 9    AGREED WITH THEM OR NOT; IS THAT CORRECT?

10:07:08 10   A.   YES, THAT'S CORRECT.

10:07:09 11   Q.   AND SO YOU DON'T HAVE AN INDEPENDENT OPINION, DO YOU, PROFESSOR,

10:07:15 12   ABOUT WHAT CAUSED THOSE WALLS TO FAIL ON THE INNER-HARBOR NAVIGATION

10:07:20 13   CANAL, DO YOU?

10:07:22 14   A.   NO, NOT REALLY.

10:07:23 15   Q.   AND IF PROFESSOR BEA OR ANOTHER EXPERT IN THIS CASE, MAYBE ONE

10:07:28 16   OF THE DEFENDANT'S EXPERTS, WERE TO SAY THAT THOSE WALLS FAILED

10:07:32 17   BEFORE THE ADDITIONAL SURGE FROM THE MRGO --

10:07:35 18   A.   UH-HUH.

10:07:35 19   Q.   -- BREACHED THEM, WOULD THAT AFFECT YOUR OPINION ABOUT WHETHER

10:07:40 20   THAT ADDITIONAL SURGE WAS A SUBSTANTIAL FACTOR IN THOSE BREACHES?

10:07:43 21   A.   I DON'T UNDERSTAND WHAT YOU --

10:07:48 22   Q.   IF THEY FAILED BEFORE THAT EXTRA PRESSURE REACHED THAT LOCATION

10:07:54 23   FROM THE ADDITIONAL SURGE --

10:07:56 24        THE COURT:  DON'T ANSWER, SIR.  GO AHEAD.  I AM JUST

10:08:00 25   TELLING HIM NOT TO ANSWER, YOU CAN COMPLETE THE QUESTION, THERE'S AN

10:08:03 1   OBJECTION.

10:08:04 2   BY MR. SMITH:

10:08:04 3   Q.  -- WOULD THAT AFFECT YOUR OPINION AS TO WHETHER THAT ADDITIONAL

10:08:07 4   SURGE WAS A SUBSTANTIAL FACTOR IN THOSE FAILURES?

10:08:10 5           THE COURT:  AND THE OBJECTION IS?

10:08:17 6           MR. BRUNO:  MY OBJECTION IS VAGUENESS, YOUR HONOR, BECAUSE

10:08:17 7   THERE IS NO WAY TO SEPARATE OUT THE COMPONENTS OF THE SURGE.

10:08:17 8           THE COURT:  HE IS AN EXPERT, HE CAN SAY -- HE CAN ANSWER

10:08:21 9   THE QUESTION OR SAY HE CAN'T ANSWER IT.

10:08:25 10          THE WITNESS:  I DO NOT UNDERSTAND YOUR QUESTION, BECAUSE

10:08:27 11  YOU'RE SAYING THAT WHEN THE WALLS HAD FAILED EARLIER THAN THAT WOULD

10:08:34 12  CHANGE THE PICTURE OR?

10:08:39 13          MR. SMITH:  I AM GOING TO WITHDRAW THE QUESTION, YOUR

10:08:40 14  HONOR.

10:08:40 15  BY MR. SMITH:

10:08:44 16  Q.  ONE MORE POINT, PROFESSOR.  NOT ONLY AT THE INNER-HARBOR

10:08:48 17  NAVIGATION CANAL, BUT AT EVERY OTHER LOCATION THAT YOU ANALYZED IN

10:08:52 18  YOUR STUDIES, YOU WERE GIVEN BREACH TIMING AND BREACH DIMENSIONS --

10:09:01 19  A.  YEAH.

10:09:01 20  Q.  -- BY OTHER MEMBERS OF THE ROBINSON TRIAL TEAM?

10:09:05 21  A.  YES, TRUE.

10:09:06 22  Q.  AND YOU DID NOT DO YOUR OWN INDEPENDENT VERIFICATION OF THE

10:09:10 23  ACCURACY OF THOSE BREACH SIZES, BREACH TIMINGS, DID YOU?

10:09:16 24  A.  NO, NOT OF EACH BREACH SEPARATELY.  ONLY WE CHECKED IF THE

10:09:22 25  OVERALL PICTURE OF THE FLOODING CONFIRMED WHAT WAS REPORTED BY EYE

10:09:26 1   WITNESSES AND SO ON.  AND THAT WAS OUR CHECK IF THE BREACH SIZES AND

10:09:32 2   THE BREACH WIDTH AND THE MOMENT OF THE BREACH GIVEN TO US BY THE

10:09:36 3   EXPERTS WAS REASONABLE IN OUR EYES.

10:09:40 4          MR. SMITH:  THANK YOU, YOUR HONOR, I HAVE NO FURTHER

10:09:42 5   QUESTIONS.

10:09:42 6          THE COURT:  THANK YOU, SIR.  THE COURT'S GOING TO HAVE TO

10:09:45 7   TAKE A BRIEF RECESS, TEN MINUTES.

10:09:48 8          AND, MR. SMITH, I WANT TO TELL YOU I THINK THAT WAS A VERY

10:09:51 9   GOOD CROSS-EXAMINATION.

10:09:52 10         MR. SMITH:  THANK YOU, YOUR HONOR.

10:09:53 11         THE COURT:  IT WAS CRISP.  IT DOESN'T MEAN -- I DON'T WANT

10:09:55 12  THE PLAINTIFFS TO GET ALL IN AN UPROAR.

10:09:57 13         MR. BRUNO:  JUDGE, I AM NOT, TOTALLY UNCONCERNED.

10:10:00 14         MR. SMITH:  YOUR HONOR, I'M SORRY, I HAVE ONE MORE

10:10:02 15  QUESTION, MAY I HAVE ONE MORE?  ONE FINAL QUESTION?

10:10:05 16         THE COURT:  YES, I'M SORRY I COMPLIMENTED YOU, BUT GO

10:10:08 17  AHEAD.

10:10:08 18         MR. SMITH:  IT'S GOING TO BE CRISP, ONE CRISP QUESTION.

10:10:11 19         THE COURT:  ALL RIGHT.

10:10:11 20  BY MR. SMITH:

10:10:12 21  Q.  IT'S TRUE, PROFESSOR, THAT IN YOUR OPINION THE WATER LEVEL THAT

10:10:17 22  WAS IN THE LOWER NINTH WARD WOULD HAVE BEEN ESSENTIALLY THE SAME

10:10:21 23  WITH OR WITHOUT THOSE BREACHES IN THE IHNC, CORRECT?

10:10:29 24  A.  (NO RESPONSE.)

10:10:31 25  Q.  IF THE BREACHES IN THE INNER-HARBOR NAVIGATION CANAL HAD NOT

DAILY COPY

10:10:36  1    OCCURRED AT ALL IN YOUR VERY SCENARIOS, REMEMBER YOU LEFT THAT OUT

10:10:40  2    IN SOME OF YOUR SCENARIOS?

10:10:41  3    A.   YEAH.

10:10:42  4    Q.   YOU BROUGHT THE WATER IN FROM THE REACH 2 BREACHES, CORRECT,

10:10:45  5    PROFESSOR?

10:10:45  6    A.   YEAH, YEAH.

10:10:46  7    Q.   AND THAT FLOWED ALL THE WAY INTO THE LOWER NINTH WARD, CORRECT,

10:10:51  8    PROFESSOR?

10:10:51  9    A.   YEAH.

10:10:53 10    Q.   SO THAT EVEN WITHOUT ANY CONTRIBUTION FROM THE IHNC BREACHES,

10:10:59 11    YOU WOULD HAVE HAD ABOUT THE SAME LEVEL OF FLOOD WATER IN THE LOWER

10:11:07 12    NINTH WARD?

10:11:07 13    A.   IN GENERAL IT'S TRUE, IF YOU WAIT LONG ENOUGH THEN IT WILL FILL

10:11:12 14    UP ENTIRELY.

10:11:13 15            MR. SMITH:   THANK YOU.  NO FURTHER QUESTIONS AGAIN, YOUR

10:11:16 16    HONOR.

10:11:16 17            THE COURT:   WE WILL NOW TAKE OUR RECESS FOR TEN MINUTES.

10:11:18 18        (WHEREUPON, A RECESS WAS TAKEN.)

10:12:05 19        (OPEN COURT.)

10:26:09 20            THE DEPUTY CLERK:   COURT'S IN SESSION, PLEASE BE SEATED.

10:26:12 21            THE COURT:   MR. BRUNO, YOU'RE GOING TO CONDUCT THE

10:26:14 22    REDIRECT?

10:26:15 23            MR. BRUNO:   BRIEF AS I CAN, YOUR HONOR, AND CONCISE.

10:26:24 24            THE COURT:   DID A GREAT JOB ON DIRECT, I SHOULD HAVE TOLD

10:26:24 25    YOU THAT AS WELL.

— DAILY COPY —

                         REDIRECT EXAMINATION

BY MR. BRUNO:

Q.   PROFESSOR, DURING THE CROSS-EXAMINATION BY MR. SMITH YOU

INDICATED THAT YOU HAD DONE SOME DRAWINGS?

A.   YES.

Q.   DID I ASK YOU TO DO THOSE DRAWINGS?

A.   NO, NO, GOT UP THIS NIGHT AND MADE THEM.

Q.   WHY DON'T YOU SHARE WITH THE JUDGE WHAT YOU WANTED TO SHARE WITH

THE JUDGE.  I HAVE THAT ON THE ELMO, CAN WE HAVE THE ELMO LIT UP?

A.   I MADE A LITTLE SKETCH ABOUT THE THREE MAIN THREATS TO NEW

ORLEANS IN THIS CASE:  SURGE LEVEL, WAVE HEIGHTS, AND THE CONVEYANCE

(IN CASE OF A BREACH).  AND I GAVE YOU THE CROSS SECTION OVER THE

MARSHES AND THEN THE EXISTENCE OF THE MRGO, AND I MADE IT IN SUCH A

WAY THAT IT COULD BE ZERO IN WIDTH, THAT IT COULD BE 650 FEET OR THE

3000, SO IT'S A GROWING CHANNEL.  AND THEN JUST TO GIVE YOU THE

RIGHT EMOTION, BECAUSE SOMETIMES THAT MAKES IT A BETTER

UNDERSTANDING OF PEOPLE, I PUT A POLDER RIGHT BEHIND THE LEVEE ALONG

THE MRGO.

          AND THEN YOU SEE HERE IF YOU INCREASE THE MRGO, THEN THE

SURGE LEVEL IS INCREASING A LITTLE BIT.  SO THAT WE DISCUSS LATER OR

AGAIN.

          AND THE SECOND PICTURE GIVES US THE WAVE PROBLEM SO WAVES

ARE ENTERING FROM THE EAST AND THEY ARE PROGRESSING OVER THE MARSH

AND REDUCE IN SIZE A LITTLE BIT, AND WHEN THEY REACH THE MRGO THEY

INCREASE VERY RAPIDLY DUE TO THE HURRICANE WINDS.  AND I'VE

10:28:21 1    INDICATED WHERE WE DISCUSSED THE SIZE OF THE WAVES AT THE DEEP

10:28:25 2    POINT, AT THE TOE POINT, OR AT THE LEVEE POINT.  AND I AM ABLE TO

10:28:33 3    EXPLAIN HERE WHY I DON'T LIKE THE NUMBERS AT THE LEVEE BECAUSE AS

10:28:38 4    SOON AS YOU PASS THE TOE POINT, THEN THE BEHAVIOR OF THE WAVES

10:28:40 5    CHANGE BECAUSE THEY START TO BREAK ON THE SLOPE AND THAT'S WHY WE

10:28:44 6    APPLY IN THAT REGION A DIFFERENT MODEL, WAVE RUN UP OR WAVE

10:28:49 7    OVERTOPPING.

10:28:50 8            AND YOU SEE ALSO ON THE SHAPE OF THE LAST PART OF THE WAVE

10:28:54 9    WHERE IT'S CREEPING UP THE DIKE THAT IT'S A DIFFERENT MOVEMENT AND

10:28:58 10   MORE SEEMS FOR ALL OF THE WAVE LIKE FORM IN THE MIDDLE OF THE

10:29:01 11   CHANNEL.  SO I PREFER THE D VALUE OR MAYBE THE D VALUE TO EVALUATE

10:29:09 12   THE WAVE RUN-UP ON THE DIKE.

10:29:11 13   Q.  PROFESSOR, MAY I STOP AND ASK YOU A QUESTION SINCE YOU'RE ON

10:29:15 14   THIS POINT?

10:29:16 15   A.  YES.

10:29:16 16   Q.  YOU SAID THAT YOU USED THE D VALUE FOR THE DETERMINATION OF THE

10:29:21 17   CALCULATION OF WAVE RUN-UP, CORRECT?

10:29:23 18   A.  YES.

10:29:23 19   Q.  IS THAT THE WAY ALL HYDRAULIC ENGINEERS DO IT?

10:29:31 20   A.  THAT'S GENERALLY THE WAY THEY DO IT, YEAH.

10:29:31 21   Q.  CAN WE CALL UP, PLEASE, FOR A MOMENT, EXHIBIT PX 1322 AT PAGE

10:29:36 22   24.  IT'S NO. 12 IN MY SLIDES.

10:29:41 23          IN FACT, THE UNITED STATES ARMY CORPS OF ENGINEERS'S

10:29:53 24   MR. CECIL SOILEAU DID EXACTLY THE SAME THING; ISN'T THAT TRUE?

10:29:57 25   A.  I THINK SO.

10:29:59 1    Q.  HE USED THE SEVEN FOOT HEIGHT WAVE AT THE DEEP, JUST LIKE YOU

10:30:02 2    SAID HE SHOULD, AND HE WITH THAT CALCULATED A WAVE RUN-UP; ISN'T

10:30:06 3    THAT CORRECT?

10:30:06 4    A.  EXACTLY.  THAT'S EXACTLY THE WAY I TRIED TO EXPLAIN.

10:30:10 5    Q.  SO HE USED THE DEEP WATER WAVE JUST LIKE YOU SAID HE SHOULD

10:30:14 6    HAVE?

10:30:14 7    A.  YEAH.

10:30:15 8    Q.  AND JUST WHILE WE'RE HERE, IN FACT, THE SEVEN FOOT WAVE --

10:30:21 9         THE COURT:  MR. BRUNO, I HATE TO INTERRUPT YOU, JUST ONE

10:30:26 10   QUESTION:  DID YOU CALCULATE WAVE RUN-UP IN YOUR REPORT?

10:30:28 11        THE WITNESS:  NO, NO.

10:30:29 12        THE COURT:  OKAY.  THANKS.  I DIDN'T THINK SO.

10:30:34 13   BY MR. BRUNO:

10:30:35 14   Q.  IN FACT, THIS SEVEN FEET IS HIGHER THAN ALL OF THE SIGNIFICANT

10:30:39 15   WAVE HEIGHTS UNDER SCENARIO 2C; ISN'T THAT TRUE?

10:30:43 16   A.  YEAH.

10:30:44 17   Q.  SO THIS DESIGN SHOULD HAVE BEEN ABLE TO CONTAIN THE WAVES UNDER

10:30:48 18   2C; ISN'T THAT RIGHT?

10:30:50 19   A.  YEAH.

10:30:50 20   Q.  LET'S GO BACK TO YOUR THING, THE ELMO.

10:31:01 21   A.  SO ABOUT THE WAVES.  AND THEN THE LAST PART IS THE CONVEYANCE

10:31:06 22   AND THAT IS IF, SO THAT'S A CONDITIONAL SITUATION, IF THE DIKE IS

10:31:09 23   BREACHED THEN IT'S EASY TO UNDERSTAND, I THINK, BUT THAT'S WHY I

10:31:15 24   WILL EXPLAIN IT A LITTLE BIT MORE.  IF THERE IS ONLY A MARSH IN

10:31:18 25   FRONT, ONLY SHALLOW AREA THAT THE WATER HAS MORE DIFFICULTY IN

10:31:23 1   REACHING YOUR HOUSE THAN IF THERE IS A DEEP CHANNEL JUST IN FRONT OF

10:31:26 2   THE DIKE.  SO IN THAT SENSE, IT'S ALSO CONTRIBUTING TO THE FLOODING

10:31:32 3   THAT MRGO EXISTS IN ITS -- THE WIDER IT IS, THE MORE CONTRIBUTION IT

10:31:38 4   HAS.

10:31:39 5           ON THE NEXT PAPER, IF YOU CAN PUT THAT UP, MR. BRUNO.  I

10:31:45 6   TRIED TO, BECAUSE OF THE ORIGIN OF MY NERVOUSNESS YESTERDAY, SO THIS

10:31:50 7   GRAPH GIVES YOU AN IMPRESSION THAT IF THE HORIZONTAL AXIS, THE WIDTH

10:31:55 8   OF THE MRGO IS GROWING JUST AS AN IDEA TO THINK ABOUT, IT STARTS AT

10:32:02 9   ZERO AND THEN IT WILL GROW TO 650 AS AUTHORIZED AND THEN IT GROWS TO

10:32:07 10  3,000 AND MAYBE IT GROWS EVEN FURTHER.  JUST IF YOU GIVE YOU THE

10:32:16 11  RIGHT FEELING, IF YOU ASK YOURSELF WOULD I LIKE MRGO TO GROW FURTHER

10:32:19 12  THAN 300 -- 3,000 FEET.  THE NERVOUSNESS, THEN I PUT IN THE POINTS

10:32:26 13  WHICH WE DISCUSSED, THE 17-FOOT SURGE LEVEL, THAT'S ON THE VERTICAL

10:32:31 14  SCALE IS THE SURGE LEVEL, 17-FOOT SURGE LEVEL RECALCULATED FOR NO

10:32:42 15  MRGO, SO 2C SCENARIO; THEN WE HAVE 18 OR A LITTLE BIT MORE THAN 18

10:32:46 16  FOOT WHICH WAS OUR DISCUSSION YESTERDAY IN THE CASE OF MRGO AS

10:32:50 17  AUTHORIZED; AND THEN FOR THE EXISTING, WE CALCULATED 18 FOOT.

10:32:56 18          AND THEN THE DISCUSSION WAS WHEN I GOT NERVOUS AND A BIT

10:33:00 19  NASTY THAT THE IDEA THAT IF THEY'RE NOT SEPARATE, LET MRGO GROW; AND

10:33:07 20  IT WAS 18.2 FEET WITH AS AUTHORIZED AND ONLY 18 FOOT AS EXISTING; SO

10:33:15 21  WHY NOT MAKE IT WIDER BECAUSE IT REDUCES THE SURGE LEVEL, AND I

10:33:20 22  THINK THAT'S A DANGEROUS CONCLUSION.

10:33:21 23          BUT WE DIDN'T STUDY IT, BUT THERE IS PAPER OF

10:33:25 24  BRETSCHNEIDER AND COLLINS HELPS US A LITTLE BIT BECAUSE THEY SAY IF

10:33:30 25  YOU HAVE A FAST RISING STORM THEN IT HAS A BAD INFLUENCE.  SO IN THE

10:33:39 1    CASE OF FAST RISING STORM THE WATER LEVELS WILL RISE IF YOU INCREASE

10:33:46 2    THE SIZE OF THE MRGO IN THE FINEL.  IF YOU HAVE A MEDIUM-SIZED

10:33:52 3    STORM, IT HAS STILL SOME BAD INFLUENCE BUT LESS.  AND IF YOU HAVE A

10:33:57 4    VERY SLOW STORM, IT HAS NEGLIGIBLE INFLUENCE.

10:34:01 5            THE COURT:  THE PRIMARY FACTOR HERE IS THE ACTUAL SPEED OF

10:34:08 6    THE STORM AS IT --

10:34:08 7            THE WITNESS:  PROGRESSES.

10:34:08 8            THE COURT:  IF IT'S GOING EIGHT KNOTS OR EIGHT MILES AN

10:34:11 9    HOUR OR 15 MILES AN HOUR?

10:34:13 10           THE WITNESS:  YEAH.  AND THE CONSEQUENCE SPEED OF THE

10:34:15 11   SURGE WAVE THAT IS -- THE WATER WAVE THAT IS MOVING THROUGH THE

10:34:19 12   AREA.

10:34:20 13   BY MR. BRUNO:

10:34:20 14   Q.  PROFESSOR, FOR A REFERENCE HERE WE'VE INDICATED IN YOUR

10:34:23 15   TESTIMONY YESTERDAY THAT THE SURGE STARTS AT ABOUT FOUR O'CLOCK IN

10:34:26 16   THE MORNING AND THE SURGE STARTS TO MOVE OUT AT ABOUT TEN, SO IT'S

10:34:31 17   ABOUT SIX HOURS --

10:34:33 18   A.  RIGHT.

10:34:33 19   Q.  -- IN DURATION?

10:34:38 20   A.  SO IF YOU WANT TO SEPARATE, BUT PLEASE DO NOT RELY ONLY ON THE

10:34:43 21   CROSS AND THE DOT BUT LOOK INTO COLLINS' PAPER OR MAKE MORE STUDIES.

10:34:50 22   BUT I WOULD WARN YOU THAT WHEN MRGO GROW IN WIDTH, IT BECOMES MORE

10:34:56 23   AND MORE DANGEROUS.

10:34:56 24           THE SECOND GRAPH GIVES THE SAME.  IF THE MRGO GROW S FROM

10:35:01 25   ZERO TO 3,000, WHAT DO THE WAVES DO?  AND THERE THE PICTURE IS MORE

10:35:07 1    CLEAR, SO GENERALLY SPEAKING THE WAVE GROWS BECAUSE THERE IS A

10:35:12 2    LONGER FETCH TO REGENERATE THE WAVE, THE WIDER THE MRGO BECOMES THE

10:35:17 3    MORE DANGER IT BECOMES.  SO IT WAS ORIGINALLY MAYBE NOT SO DANGEROUS

10:35:23 4    OR NO MRGO COMPLETELY THAN MRGO AS AUTHORIZED IT WAS A LITTLE BIT,

10:35:28 5    BUT THEN IT'S GROWING IN DANGER IF YOU LET IT WIDEN AND WIDEN.

10:35:34 6         AND THE LAST PICTURE, I COULDN'T MAKE A GRAPH, BUT I TRIED

10:35:39 7    TO EXPLAIN IT.  HERE YOU HAVE THE LEVEE AND BEHIND THE LEVEE -- THIS

10:35:50 8    IS TOP VIEW SO WE NOW LOOK FROM THE AIR TO THE SAME PICTURE AND THE

10:35:51 9    HOUSE IS BEHIND THE LEVEE -- AND NOW THE QUESTION IS IF THERE IS A

10:35:55 10   BREACH AND THERE IS NO MRGO, THE WIDTH IS ZERO THEN THE WATER WILL

10:36:01 11   HAVE TROUBLE TO TRAVEL OVER A SHALLOW AREA INTO THE BREACH AND THE

10:36:06 12   BREACH WILL SUCK IN, SORT OF A CIRCULAR FORM, THE WATER INTO THE

10:36:11 13   HOLE AND REACH THE HOUSE.

10:36:13 14        WHILE IF THERE IS A CHANNEL, AND I DREW THE CHANNEL

10:36:19 15   PERPENDICULAR TO THE DIKE JUST FOR THE CASE OF THE DRAWING, BUT IT

10:36:25 16   COULD ALSO BE PARALLEL TO THE DIKE, THEN THERE IS SO MUCH MORE

10:36:28 17   CONVEYANCE.  IF YOU DON'T HAVE A BREACH THE WATER DOESN'T HAVE TO BE

10:36:33 18   COLLECTED OVER ALL OF THE SHALLOW AREA BUT IT CAN PROGRESS THROUGH

10:36:36 19   THE CHANNEL DIRECTLY TO THE HOUSE AND IT MAY BE CLEAR THAT IF YOU

10:36:40 20   INCREASE THE WIDTH OF THE CHANNEL, THAT YOU WILL BUILD A BIGGER

10:36:44 21   PIPELINE TO THE HOUSE THAT IS THREATENED.  SO IN CASE OF A BREACH,

10:36:49 22   THE CONVEYANCE WILL BE BIGGER.  AND IN THAT SENSE IT IS COUPLING

10:36:55 23   BETWEEN THE FINEL MODEL AND THE POLDER MODEL WAS NOT DONE, SO IN

10:37:04 24   THIS SENSE THE FLOODING CALCULATIONS FOR 2C SCENARIO ARE UPPER PART

10:37:12 25   BECAUSE THE REALITY THE WATER LEVELS WILL BE DRAWN DOWN DUE TO THE

10:37:16 1   SUCKING IN EFFECT OF THE POLDERS IN 2C.  AND IT WAS ALSO NOT DONE

10:37:22 2   FOR SCENARIO 1 OF COURSE THE CONVEYANCE BECAUSE I EXPECT LESS

10:37:27 3   REDUCTION OF WATER LEVEL THERE.  BUT MOST ARE UPPER BOUNDS

10:37:32 4           THE COURT:  THANK YOU, SIR.

10:37:34 5           THE WITNESS:  SO THAT'S WHAT I WOULD LIKE TO MAKE CLEAR.

10:37:37 6           MR. BRUNO:  I WOULD LIKE TO MARK THESE AND MOVE THEM INTO

10:37:39 7   EVIDENCE, BUT I WILL DO THAT AFTER MY TRUSTEE MR.  BECAUSE I HAVE NO

10:37:46 8   IDEA WHAT NUMBER NO WHAT TO GIVE THEM.

10:37:48 9   BY MR. BRUNO:

10:37:49 10  Q.  NOW, PROFESSOR, MR. SMITH SPENT A LOT OF TIME TALKING ABOUT

10:37:53 11  SCENARIO 3.  WOULD YOU AGREE WITH ME THAT IN ORDER FOR US TO USE

10:38:00 12  SCENARIO 3 WE HAVE TO ACCEPT THE HAZARDS THAT MAY HAVE EXISTED BY

10:38:08 13  PUTTING THE CHANNEL IN FRONT OF THE LEVEE?

10:38:11 14  A.  YEAH, YOU HAVE ALSO, YEAH.

10:38:13 15  Q.  NOW, HERE IS THE QUESTION:  AS AN EXPERT ENGINEER IN HYDRAULICS,

10:38:19 16  IF YOU PUT A CHANNEL IN FRONT OF A LEVEE, DOES THE PUTTING OF THE

10:38:23 17  CHANNEL IN FRONT OF THE LEVEE POSE A SAFETY THREAT TO THE LEVEE?

10:38:30 18          THE COURT:  OKAY.

10:38:31 19          MR. SMITH:  YOUR HONOR, I WOULD LIKE TO OBJECT.  THIS IS

10:38:32 20  AN IMPROPER HYPOTHETICAL.  THIS IS THE SAME HYPOTHETICAL MR. BRUNO

10:38:38 21  POSED YESTERDAY.  THE FACTS REVEAL THAT THE CANAL WAS DUG FIRST AND

10:38:44 22  THEN A DECISION WAS MADE ABOUT WHERE TO BUILD LEVEES.

10:38:48 23          THE COURT:  I DON'T UNDERSTAND WHY YOU DON'T ASK HIM IF

10:38:50 24  YOU PUT A CHANNEL AFTER A LEVEE DOES THE CHANNEL AFTER A LEVEE

10:38:57 25  EFFECT THE LEVEE?

10:38:57 1          MR. BRUNO:  THAT'S WHAT I ASKED YOU.

10:38:59 2          THE COURT:  IT IS WHAT HE ASKED HIM, OKAY.

10:39:02 3          MR. BRUNO:  I SAID -- IT'S JUST A HYPOTHET, JUDGE.

10:39:04 4          THE COURT:  I MAY HAVE MISUNDERSTOOD THE OBJECTION, I

10:39:06 5  APOLOGIZE IF I DID.  YOU'RE ASKING HIM -- BUT HERE THE CHANNEL WAS

10:39:11 6  PLACED BEFORE THE LEVEE, THAT'S THE POINT.

10:39:16 7          MR. BRUNO:  WELL, EXCEPT, FIRST, IT'S A HYPOTHET WHICH

10:39:19 8  MEANS I FAIL, MY PROOF FAILS IF YOU DON'T BELIEVE MY HYPOTHET IS

10:39:24 9  ACCURATE, THAT'S NUMBER ONE.

10:39:25 10         THE COURT:  WELL, CLEARLY THE CHANNEL EXISTED BEFORE THE

10:39:29 11 LEVEE WAS CONSTRUCTED IN THE 1970'S.

10:39:34 12         MR. BRUNO:  HOWEVER, THE LEVEE DESIGN, ESPECIALLY WITH THE

10:39:36 13 WAY THE CORPS DOES BUSINESS, THEY DON'T ALTER THEIR DESIGNS, IT'S

10:39:40 14 UNALTERABLE BECAUSE THEY HAVE THIS, AS THEY'LL TELL YOU, THIS VERY

10:39:44 15 LIMITED AUTHORITY.  SO THE DESIGN DID PREEXIST THE CHANNEL.

10:39:48 16         BUT I AM ASKING IT HYPOTHETICALLY.  SO IF YOUR HONOR CAN

10:39:52 17 MAKE --

10:39:53 18         THE COURT:  IF IT'S A MATTER OF LEVEE DESIGN, COUNSEL, YOU

10:39:55 19 NEED TO TELL ME AND WE CAN JUST BE OPEN ABOUT IT, WHY ISN'T THAT A

10:39:59 20 702C ISSUE?

10:40:02 21         MR. BRUNO:  JUDGE, I AM JUST GIVING YOU THE CHRONOLOGY,

10:40:04 22 THAT'S ALL.

10:40:05 23         THE COURT:  I AM ASKING FOR ELEMENTS, I KNOW THE

10:40:06 24 CHRONOLOGY.

10:40:08 25         MR. BRUNO:  THE HYPOTHET HAS TO DO WITH TIMING.  AND I

10:40:15  1    MERELY POINT OUT THE FACT THAT THE DESIGN OCCURRED AND THEY WERE

10:40:18  2    STUCK WITH THE DESIGN, AND THE FACT THAT THEY WERE GOING TO BUILD AT

10:40:22  3    A LATER TIME DOESN'T MEAN ANYTHING BECAUSE THE DESIGN IS THE DESIGN,

10:40:25  4    IT'S UNALTERABLE, IT'S UNCHANGEABLE, IT'S AS THEY BUILT IT.

10:40:28  5              THE COURT:  TELL ME HOW IT BEARS ON THIS CASE.

10:40:30  6              MR. BRUNO:  I AM TRYING TO SIMPLY SHOW CHRONOLOGICALLY

10:40:35  7    THAT IF YOU DUMP A CHANNEL IN FRONT OF A LEVEE, WHAT ARE THE

10:40:40  8    IMPLICATIONS, THAT'S ALL.

10:40:46  9              THE COURT:  YOU HAVEN'T TOLD ME HOW IT APPLIES TO THIS

10:40:48 10    CASE.

10:40:53 11              THERE IS ANOTHER ISSUE AS TO HOW THE CHANNEL MAY HAVE

10:40:56 12    EFFECTED THE LEVEE LATER ON, THAT'S CERTAINLY AN ISSUE.  IN OTHER

10:41:02 13    WARDS, THE LEVEE WAS IN PLACE AND THERE'S A CHANNEL.  AS THE CHANNEL

10:41:07 14    CHANGED DID IT EFFECT -- I KNOW THERE'S A LOT OF -- THE 702C ISSUES

10:41:17 15    PRESENTS CERTAIN ISSUES THAT WE HAVE TO TRY TO SEPARATE OUT, I

10:41:21 16    UNDERSTAND THAT.  I JUST NEED FOR MY PURPOSES A CLEAR ARTICULATION

10:41:25 17    AS TO WHAT PART -- HOW DOES THIS HELP YOU WIN YOUR CASE?  I AM

10:41:31 18    ASKING YOU, WHAT ARE YOU TRYING TO SHOW?

10:41:39 19              MR. BRUNO:  WE'RE TRYING TO SHOW, JUDGE, THAT MUCH LIKE

10:41:40 20    THE FORESHORE PROTECTION WHICH THEY EVALUATED.  AGAIN, THE LEVEE

10:41:43 21    WASN'T EVEN BUILT WHEN THE CORPS DECIDED THAT THEY NEEDED TO PROTECT

10:41:52 22    THIS NOT BUILT LEVEE FROM THE WIDENING OF THE CHANNEL --

10:41:54 23              THE COURT:  WELL, YOU'RE SAYING IT'S SOMETHING EXTRINSIC,

10:41:57 24    YOU'RE TO SHOW SOMETHING EXTRINSIC TO THE DESIGN OF THE LEVEE

10:42:02 25    ITSELF?

—— DAILY COPY ——

10:42:03 1            MR. BRUNO:  YES, ABSOLUTELY.

10:42:04 2            THE COURT:  AND IT IS A QUESTION WHETHER IT IS OR ISN'T,

10:42:06 3  AND THAT'S A FACT FOR THE COURT TO DECIDE.

10:42:08 4            MR. BRUNO:  THANK YOU, JUDGE.  AS USUAL, BETTER THAN I.

10:42:11 5            THE COURT:  AFTER THIS TORTIOUS COLLOQUY, MR. SMITH, YOU

10:42:18 6  CAN GO AHEAD, HAVE YOU FINISHED YOUR OBJECTION?

10:42:19 7            MR. SMITH:  YES, YOUR HONOR.

10:42:20 8            THE COURT:  I NOTE THE OBJECTION, THE OBJECTION CONCERNS

10:42:23 9  ME, BUT I AM GOING TO ALLOW THIS EVIDENCE IN SUBJECT TO THE

10:42:27 10 OBJECTION.

10:42:28 11 BY MR. BRUNO:

10:42:29 12 Q.  PROFESSOR?

10:42:31 13 A.  THE CHANNEL POSES A SAFETY RISK TO ANY ADJACENT STRUCTURE, BE IT

10:42:37 14 A LEVEE OR ANYTHING BECAUSE IT INVOLVES WAVE EROSION, THERE WILL BE

10:42:44 15 WAVE ROLL INSIDE THE CHANNEL DURING NORMAL CONDITIONS; SO THE SHORE

10:42:49 16 IS UNPROTECTED, IT MIGHT GROW; AND IF THE CHANNEL GROWS AND THERE IS

10:42:50 17 ANYTHING IN THE NEIGHBORHOOD, IT WILL BE THREATENED.

10:42:53 18         THE CHANNEL IS BUILT TO LET SHIPS PASS, SO THE SHIPS WILL

10:42:59 19 CAUSE WAVES AND ALSO THE SHIP WAVES AND SHIP WASH WILL ERODE THE

10:43:03 20 BANKS.  AND ONCE AGAIN, IF THE BANKS ERODE, IT BECOMES WIDER AND

10:43:07 21 ANYTHING IN THE NEIGHBORHOOD IS THREATENED.

10:43:08 22         AND FINALLY, IF YOU CUT A CHANNEL, SOME MECHANICAL

10:43:11 23 STABILITY OF THE BANKS IS THREATENED SO ANY STRUCTURE THAT IS POSED

10:43:16 24 ALONG THE BANKS WOULD SINK TO THE CHANNEL DUE TO SOME MECHANICAL

10:43:21 25 FAILURE.

10:43:21 1        AND SECONDLY, IF THERE ARE SOME EXTREME CONDITIONS LIKE

10:43:24 2   HURRICANES IN THIS AREA, THEN YOU SHOULD CAREFULLY STUDY IF THE

10:43:28 3   EXISTENCE OF THE CHANNEL DOESN'T INFLUENCE WATER LEVELS AND WAVE

10:43:32 4   RATES ALSO IN THE CIRCUMFERENCE OF THE STRUCTURE.  IT MIGHT BE THE

10:43:37 5   DIKE ADJACENT, BUT AS I TRIED TO EXPLAIN, IT MIGHT ALSO BE A DICK OR

10:43:41 6   POLDER FURTHER AWAY ONCE EXPOSED TO DEEPER WATER AND MORE WATER

10:43:47 7   COMING THAN BEFORE IN THE CHANNEL EXISTED.  SO IN THAT SENSE IT

10:43:50 8   NEEDS CAREFUL EXAMINATION WHAT EFFECTS IF YOU DREDGE A DEEP WIDE

10:43:56 9   CHANNEL NEAR THE STRUCTURES.

10:43:58 10  BY MR. BRUNO:

10:43:59 11  Q.  NOW, ANOTHER HYPOTHET.  IT'S 1972, '73, '74.  LET'S ASSUME FOR

10:44:05 12  THE PURPOSE OF THIS QUESTION THAT THE ARMY CORPS OF ENGINEERS IS

10:44:09 13  REQUIRED TO EVALUATE THE ENVIRONMENTAL IMPACT OF THIS CHANNEL ON THE

10:44:15 14  ENVIRONMENT.  AND LET'S FURTHER ASSUME THAT AT THIS TIME THAT THE

10:44:20 15  CHANNEL IS WIDENED, THERE'S SALT EVERYWHERE, THERE'S DEATH OF

10:44:24 16  CERTAIN VEGETATION, ET CETERA, MY QUESTION TO YOU AS AN EXPERT

10:44:28 17  ENGINEER IS, IF MY HYPOTHET IS ACCURATE, WHAT SHOULD THE CORPS HAVE

10:44:35 18  DONE, IF ANYTHING, TO EVALUATE THE SAFETY IMPLICATIONS OF THAT

10:44:40 19  CHANNEL ON THAT LEVEE?

10:44:48 20  A.  YEAH, THEY SHOULD HAVE -- IF THE DESIGN THAT WAS ALREADY MADE

10:44:49 21  DIDN'T ACCOUNT FOR THE EXISTENCE OF THIS CHANNEL, THE EXISTENCE OF

10:44:54 22  THE CHANNEL SHOULD BE FED INTO THE DESIGN CALCULATION.  AND

10:44:57 23  SECONDLY, INDEED IF THE CHANNEL LEADS TO A DETERIORATION OF THE

10:45:02 24  ENVIRONMENT AND THE ENVIRONMENT LEADS TO AN INCREASE IN WAVE ACTION

10:45:06 25  AND WATER FLOW, THEN THAT SHOULD ALSO BE TAKEN INTO ACCOUNT.

10:45:09  1   Q.  AND FINALLY, IF YOU WERE TO DO AN ANALYSIS AT THAT SAME TIME,

10:45:18  2   '72, '73, WOULD YOU RECOMMEND THAT THE PERSON DOING THE ANALYSIS

10:45:21  3   ANALYZE THE TERRAIN WITHOUT THERE BEING A MRGO IN ORDER TO OR

10:45:29  4   PROPERLY EVALUATE THE SAFETY IMPLICATIONS OF THAT NOW DEGRADED

10:45:34  5   CHANNEL ON THE ENVIRONMENT AND THE SAFETY OF THE POPULATION?

10:45:37  6   A.  YES.  AND YOU'RE OBLIGED TO ANALYZE ALSO THE ZERO OPTION AND HOW

10:45:43  7   IT WOULD EFFECT THE ENVIRONMENT AS WELL AS THE PROJECT OPTIONS.  SO

10:45:48  8   YOU SHOULD HAVE THE OBLIGATION TO DO THAT.

10:45:51  9   Q.  FINE.  THANK YOU, PROFESSOR.  MAY WE LOOK TO --

10:45:57 10        THE COURT:  DO YOU NEED TO GET OFF THE ELMO?  SHEENA DO

10:46:01 11   IT.

10:46:02 12        MR. BRUNO:  THANK YOU SO MUCH.  LET'S MOVE TO PX 105, PAGE

10:46:06 13   39.  JUST VERY BRIEFLY HERE.  THIS IS DR. BEA'S CONCLUSIONS, ROBIN,

10:46:11 14   THE LAST PAGE OF THE POLDER REPORT, JANET, PAGE 39.

10:46:15 15        AGAIN, MR. SMITH ASKED YOU QUESTIONS ABOUT NORMAN ROBINSON

10:46:24 16   AND WHERE THE WATER CAME FROM.  THERE ARE TWO MAIN SOURCES OF WATER

10:46:27 17   INTO THE NEW ORLEANS EAST POLDER; ISN'T THAT CORRECT, PROFESSOR?

10:46:31 18   A.  YEAH.

10:46:31 19   Q.  THE ONE WITH THE GIWW EAST BACK LEVEE AND THE OTHER ONE WAS THE

10:46:38 20   PARIS ROAD AREA AND THE BULK TERMINAL -- EXCUSE ME, FORGIVE ME,

10:46:44 21   THREE MAIN SOURCES OF WATER; IS THAT RIGHT?

10:46:47 22   A.  YEAH.

10:46:47 23   Q.  AND ONCE AGAIN YOU MODELLED THE PRIMARY FAILURE MODES --

10:46:53 24        THE COURT:  JUST A SECOND, MR. BRUNO.

10:46:55 25        THE LAW CLERK:  I'M SORRY.  IT'S THE POLDER FLOOD

10:47:02  1    SIMULATION?

10:47:03  2              MR. BRUNO:  THE POLDER SIMULATION, YES.

10:47:04  3              THE LAW CLERK:  JULY 2008?

10:47:08  4              MR. BRUNO:  YES, THE LAST PAGE.

10:47:10  5              THE LAW CLERK:  AND THAT SHOULD BE 105?

10:47:13  6              MR. BRUNO:  YES, MA'AM.  AND IT'S THE LAST PAGE.

10:47:15  7              THE LAW CLERK:  YES, SIR.  THANK YOU, SIR.

10:47:17  8              MR. BRUNO:  ALL RIGHT.  THANK YOU, WE'RE THERE.

10:47:20  9    BY MR. BRUNO:

10:47:25 10    Q.  MR. SMITH ASKED WHERE THE WATER CAME FROM, AND, IN FACT, YOU AND

10:47:30 11    YOUR TEAM MODELLED WHERE THE WATER CAME FROM; IS THAT CORRECT?

10:47:33 12    A.  YES, YES.

10:47:34 13    Q.  AND WE HAVE INDICATED WHERE THE WATER CAME FROM ON THIS CHART.

10:47:40 14    AND AS WE DISCUSSED YESTERDAY, YOU DID SOME HYDROGRAPHS AT THESE

10:47:45 15    VERY LOCATIONS IN ORDER TO ASCERTAIN WHETHER A NEUTRAL MRGO WOULD

10:47:52 16    HAVE CAUSED A DIFFERENCE, RIGHT?

10:47:54 17    A.  UH-HUH.

10:47:54 18    Q.  AND WE SEE HERE THAT UNDER SCENARIO 1 WE HAVE WAVE AND SURGE

10:48:00 19    BREACHING, WE HAD OVERTOPPING AND OVERTOPPING AT THESE THREE

10:48:07 20    LOCATIONS, RIGHT?

10:48:07 21    A.  YES.

10:48:07 22    Q.  AND SCENARIO 2 WE HAD NO BREACHING BECAUSE THE WATER WASN'T HIGH

10:48:10 23    ENOUGH?

10:48:10 24    A.  YEAH.

10:48:10 25    Q.  AND I'LL SHOW YOU THAT IN A MOMENT.  AND HERE WE HAD NO

10:48:15  1   BREACHING EXCEPT AT THE AIR PRODUCTS PLANT TO LEVEE SHEET PILE

10:48:20  2   CONNECTION DUE TO SHEET PILE INTERLOCK FAILURE.  AND OF COURSE IN

10:48:24  3   YOUR MODEL DEMONSTRATING HOW HIGH THE WATER GOT AT MR. ROBINSON'S

10:48:28  4   HOUSE, THAT HOLE IS IN THERE, RIGHT?

10:48:30  5   A.  YEAH, YEAH.

10:48:31  6   Q.  AND WE HAVE THE NO BREACHING OF THE LAST, BECAUSE ONCE AGAIN THE

10:48:38  7   WATER DIDN'T GET HIGH ENOUGH TO GO OVER THE LEVEE AND CAUSE IT TO

10:48:42  8   FAIL?

10:48:42  9              THE COURT:  IN SCENARIO 2C.

10:48:44 10              MR. BRUNO:  RIGHT.

10:48:44 11              MR. SMITH:  YOUR HONOR, IF WE COULD JUST BE CLEAR.  I

10:48:46 12   THINK THE PROFESSOR TESTIFIED IN CROSS-EXAMINATION HE DIDN'T ANALYZE

10:48:49 13   THE BREACHING, THIS IS PROFESSOR BEA'S --

10:48:52 14              THE COURT:  I AM VERY CLEAR THAT ANY BREACH ANALYSIS IS

10:48:56 15   DONE BY DR. BEA, OR SOMEONE ELSE, AND NOT THIS WITNESS.  HE SIMPLY

10:49:01 16   CONTEMPLATED THE BREACH, WHATEVER ITS CAUSE, IN DETERMINING THE FLOW

10:49:04 17   OF WATER IN THE HYDROGRAPHS, THAT'S MY UNDERSTANDING.

10:49:07 18              MR. SMITH:  THANK YOU, JUDGE.

10:49:07 19              MR. BRUNO:  YES.  AND FORGIVE ME, JUDGE, IF I SUGGESTED

10:49:10 20   OTHERWISE.

10:49:11 21              THE COURT:  MR. SMITH IS MAKING THAT CLEAR FOR THE RECORD.

10:49:13 22   BY MR. BRUNO:

10:49:14 23   Q.  LET'S MOVE TO MY SLIDES, EXHIBIT 104, SO WE CAN ONCE AGAIN SEE

10:49:22 24   WHAT DR. BEA USED TO EACH THESE CONCLUSIONS.

10:49:26 25              THE COURT:  MR. BRUNO, JUST TO HIGHLIGHT THIS, IN BRIEFING

10:49:30 1   WHEN THIS CASE IS OVER I AM GOING TO WANT TO KNOW WHY 2C IS RELEVANT

10:49:35 2   TO ME.

10:49:38 3           MR. BRUNO:  I HEAR YOU.  I THOUGHT I JUST DID THAT.

10:49:45 4           THE COURT:  NO.  IT'S GOING TO TAKE A LOT MORE THAN THAT,

10:49:47 5   SIR.

10:49:48 6           MR. BRUNO:  I WANTED TO GET OFF EASY, JUDGE.  CAN I HAVE

10:49:51 7   THE SLIDE, PLEASE?  IT'S SLIDE NO 29.

10:49:51 8   BY MR. BRUNO:

10:50:07 9   Q.  JUST TO RECAP, 2C SHOWS THE WATER'S A FOOT LOWER, IT'S A FOOT

10:50:13 10  LOWER, IT DOESN'T GO OVER THE TOP OF THE LEVEE, AND DR. BEA MADE

10:50:18 11  WHATEVER CONCLUSIONS HE MADE, RIGHT, PROFESSOR?

10:50:21 12  A.  YES.

10:50:22 13  Q.  AND VERY QUICKLY THE OTHER ONE.  THE BULK PLANT, THE WATER IS A

10:50:26 14  WHOLE TWO FEET LOWER, SO DR. BEE MADE WHATEVER CONCLUSION HE MADE

10:50:30 15  BASED UPON THE FACT THAT THE WATER, THE SURGE LEVEL, NOT THE WAVES,

10:50:35 16  THE SURGE LEVEL IS TWO FEET LOWER, RIGHT?

10:50:36 17  A.  YES.

10:50:37 18  Q.  OKAY.  LET'S MOVE ON.

10:50:37 19          THE COURT:  JUST TO MAKE A POINT BECAUSE I WANT TO ASSIST

10:50:39 20  ALL OF YOU IN SPEAKING TO THE COURT AFTER THE CASE IS OVER ABOUT A

10:50:46 21  BRIEF, AND THE COURT IS CONCERNED THAT -- ONE OF THE COURT'S

10:50:53 22  CONCERNS OR THE FACTS THAT THE COURT HAS TO LOOK AT IS IF THE LEVEE

10:50:59 23  WAS DESIGNED IMPROPERLY WE HAVE A 702C ISSUE.

10:51:02 24          MR. BRUNO:  RIGHT.

10:51:03 25          THE COURT:  AND THE COURT'S FOCUS HAS BEEN ON WHAT THE

10:51:09 1    MRGO DID, IF ANYTHING, AFTER AUTHORIZATION, THAT'S BEEN THE COURT'S

10:51:16 2    FOCUS.  AND THE REASON I LET THE OTHER INFORMATION IN OVER

10:51:20 3    MR. SMITH'S OBJECTION IS TO MAYBE INDICATE NOT FROM -- WHAT SHOULD

10:51:28 4    THE CORPS HAVE DONE SEPARATE AND APART FROM DESIGN, BECAUSE YOU GET

10:51:34 5    INTO 702C, TO AMELIORATE THE EFFECTS OF THE MRGO THAT WHEN IT WAS

10:51:44 6    BUILT THAT THEY KNEW OR SHOULD HAVE KNOWN, ACCORDING TO YOU, THAT IT

10:51:46 7    WOULD HAVE THIS IMPACT.  AND IT WAS ALREADY DESIGNED, SO WHAT COULD

10:51:50 8    THEY HAVE DONE, OTHER THAN LEVEE DESIGN, TO DO THIS?

10:51:56 9          MR. BRUNO:  IN OTHER WORDS, LET ME SEE IF I'VE GOT IT,

10:51:58 10   JUDGE, AND PLEASE FORGIVE ME.

10:51:59 11         THE COURT:  IT DOESN'T MEAN IT'S GOSPEL RIGHT NOW, I AM

10:52:02 12   JUST TELLING YOU MY THINKING.

10:52:04 13         MR. BRUNO:  I JUST WANT TO SEE IF I CAN REGURGITATE IT.

10:52:07 14   WHAT COULD YOU HAVE DONE TO THE MRGO TO KEEP IT FROM BEING A SAFETY

10:52:10 15   HAZARD TO THE LEVEE BASED UPON WHAT THEY KNEW OR SHOULD HAVE KNOWN

10:52:15 16   ABOUT THE MRGO?

10:52:15 17         THE COURT:  THAT'S EXACTLY WHAT I AM SAYING.

10:52:19 18         MR. BRUNO:  WHERE WAS I?

10:52:21 19   BY MR. BRUNO:

10:52:22 20   Q.  OKAY.  LET'S MOVE ON PX 53.  ROBIN AND JANET, THIS IS THE '07

10:52:30 21   POLDER STUDIES FOR THE CLASS ACTION.

10:52:35 22         THE COURT:  AND WHAT'S THE EXHIBIT NUMBER, THAT'S 53,

10:52:38 23   RIGHT?

10:52:38 24         MR. BRUNO:  53, JUDGE, PAGE 26, JUST SO WE CAN ORIENT

10:52:42 25   OURSELVES.

10:52:49  1   BY MR. BRUNO:

10:52:49  2   Q.  SO THIS IS WHERE WE HAVE THE POLDER, JUDGE.  YOU CAN SEE HERE ON

10:52:54  3   THIS WE HAVE DOCUMENTED WHERE THE WATER CAME IN ON YOUR STUFF.

10:53:01  4   LET'S GO TO PAGE 40 -- I APOLOGIZE, WRONG.  I WANT TO GO TO PAGE

10:53:11  5   39 -- THE PAGE BEFORE IT.

10:53:20  6           PROFESSOR, WOULD YOU AGREE THAT THE FLOODING IN THE

10:53:25  7   ST. BERNARD POLDER STARTED AT ABOUT 6:30 OR THEREABOUTS?

10:53:31  8   A.  YES.

10:53:32  9   Q.  LET'S GO TO THE NEXT PAGE.  AND AS WE SHOWED YOU AND JUDGE DUVAL

10:53:42 10   YESTERDAY WITH THE VIDEOTAPE, THE WATER STARTED COMING INTO THE

10:53:48 11   HABITABLE AREAS OF ST. BERNARD AT ABOUT 8:30?

10:53:52 12   A.  YEAH.

10:53:53 13   Q.  SO CAN WE CONCLUDE THAT IT TOOK ABOUT TWO HOURS FOR THE WATER TO

10:53:59 14   EITHER GO OVER OR KNOCK DOWN THE LEVEES AND GET INTO -- I'M SORRY,

10:54:04 15   TO FILL UP THE BOWL --

10:54:05 16   A.  TO FILL THE MARSH.

10:54:06 17   Q.  -- WHICH WE CALL THE CENTRAL WETLANDS UNIT TOOK TWO HOURS BEFORE

10:54:10 18   THE WATER THEN CAME OVER THE 40 ARPENT CANAL --

10:54:14 19   A.  YES.

10:54:15 20   Q.  -- ABOUT TWO HOURS?

10:54:16 21   A.  YES.

10:54:17 22   Q.  LET'S GO TO EXHIBIT 104, PAGE 107.  AND THAT IS SLIDE NO 37.

10:54:31 23   THIS IS OUR OVERTOPPING CHART.  AND IF WE APPLY THE INFORMATION THAT

10:54:35 24   WE JUST GLEANED AND THE -- AND IT STARTED ABOUT 6:30 --

10:54:42 25           THE COURT:  THAT'S THE OVERTOPPING CHART AT BAYOU DUPRE,

10:54:50 1    RIGHT?

10:54:50 2              MR. BRUNO:  RIGHT.  AND I AM PICKING THIS ONE BECAUSE IT'S

10:54:50 3    WHERE THE LARGEST OVERTOPPING, WE CAN LOOK AT THE OTHER ONES, BUT I

10:54:52 4    THINK COUNSEL WOULD AGREE, THIS IS WHERE THE HIGHEST OVERTOPPING

10:54:55 5    RATES ARE, IT'S WHERE THE LEVEES ARE THE LOWEST.

10:54:55 6    BY MR. BRUNO:

10:54:57 7    Q.  BUT JUST TO ORIENT OURSELVES, WE CAN AGREE, CAN WE NOT,

10:54:59 8    PROFESSOR, THAT ACCORDING TO YOUR SOBEK MODEL, THE FLOODING BEGINS

10:55:04 9    AT 6:30 AND IT GETS TO THE 40 ARPENT AT 8:30?

10:55:09 10   A.  UH-HUH.

10:55:11 11   Q.  SO IF THE DEFENDANT'S POSITION IS THAT THOSE LEVEES STARTED

10:55:15 12   FALLING DOWN BECAUSE THE WATER IS GOING OVER THE TOP, IF THAT'S

10:55:22 13   TRUE, AND IF YOUR CHART IS ACCURATE, THERE'S NO OVERFLOW AT ALL AT

10:55:24 14   6:30, RIGHT?

10:55:25 15   A.  UH-UH.

10:55:26 16   Q.  NOTHING?

10:55:27 17             THE COURT:  HIS ANSWER IS -- YOU HAVE TO SAY NO.

10:55:30 18             THE WITNESS:  YES.

10:55:30 19             THE COURT:  OR YES OR MAYBE.

10:55:33 20   BY MR. BRUNO:

10:55:33 21   Q.  LET'S DO IT ONE MORE TIME.  IF, IF IT TAKES TWO HOURS AND IF IT

10:55:41 22   STARTS AT 6:30 AND THE WATER GETS TO THAT WDSU ANTENNA THING,

10:55:48 23   WHATEVER IT IS AT 8:30 --

10:55:50 24             THE COURT:  WVUE?

10:55:53 25             MR. BRUNO:  WVUE, RIGHT.

10:55:54 1   BY MR. BRUNO:

10:55:54 2   Q.  AND IF THE DEFENDANTS, IF THEY CLAIM THAT THOSE LEVEES ARE

10:55:57 3   STARTING TO FALL DOWN AT 6:30, AT LEAST THIS CHART SHOWS THERE IS NO

10:56:02 4   OVERTOPPING AT ALL AT 6:30; ISN'T THAT TRUE?

10:56:06 5   A.  YES.

10:56:06 6           MR. BRUNO:  THAT'S ALL I HAVE, YOUR HONOR.

10:56:08 7           THE COURT:  THAT WAS -- WAIT, WAIT.

10:56:11 8           MR. BRUNO:  NO, I HAVE NO MORE QUESTIONS, I PROMISE YOU.

10:56:13 9   I JUST WANT TO GIVE YOU THESE NUMBERS, AS I PROMISED.

10:56:13 10          THE COURT:  OKAY.

10:56:18 11          MR. BRUNO:  IT'S PX 2150 AND 2151.  IF YOUR HONOR PLEASE,

10:56:18 12  WE'D MOVE THESE INTO EVIDENCE.  WE NEED TO MARK THEM AND GIVE THEM

10:56:30 13  TO THE DEFENDANTS AND ALL OF THAT STUFF.

10:56:30 14          THE COURT:  ALL RIGHT.  ANY OBJECTION?

10:56:32 15          MR. SMITH:  NO, YOUR HONOR.

10:56:33 16          MR. BRUNO:  JUDGE, I HAVE A FEW DOCUMENTS I WOULD ASK YOUR

10:56:37 17  PERMISSION TO PUBLISH TO YOU, IF THAT'S OKAY OR WOULD YOU NOT?

10:56:40 18          THE COURT:  I AM NOT QUITE SURE, I HAVE NO IDEA.  SO

10:56:42 19  YOU'LL HAVE TO --

10:56:44 20          MR. BRUNO:  THIS WILL TAKE TEN SECONDS.

10:56:47 21          THE COURT:  THIS IS YOUR CASE, YOU'RE ENTITLED.

10:56:49 22          MR. BRUNO:  MAY WE PUBLISH PX 1459, IT'S IN EVIDENCE.

10:56:55 23          THE COURT:  YOU WANT ME TO LOOK AT THESE DOCUMENTS EVEN

10:56:55 24  THOUGH THEY'RE IN EVIDENCE, YOU WANT ME TO NOTE THEM NOW.

10:56:55 25          MR. BRUNO:  RIGHT.

10:57:02 1          THE COURT:  I'LL MAKE A NOTE.

10:57:02 2          MR. BRUNO:  AND, CONCEPTUALLY, JUDGE, YOU HAVE ALL OF

10:57:02 3  THESE DOCUMENTS.  I THOUGHT LET ME JUST TIE THIS BACK.

10:57:03 4          THE COURT:  I APPRECIATE IT.

10:57:05 5          MR. BRUNO:  PROFESSOR, YOU'RE EXCUSED BY ME.

10:57:08 6          THE COURT:  YOU ARE EXCUSED AND I HOPE YOU'VE ENJOYED THE

10:57:11 7  CUISINE IN NEW ORLEANS.

10:57:14 8          THE WITNESS:  THANK YOU VERY MUCH.

10:57:16 9          THE COURT:  AND THE MUSIC AND THE WEATHER, AND WHATEVER

10:57:19 10 OTHER PEOPLE ARE ENJOYING.

10:57:26 11         MR. BRUNO:  HEY, I AM HAVING FUN, JUDGE, I KNOW YOU ARE.

10:57:31 12         ALL RIGHT, JUDGE, THIS IS PX 1459.  MAY WE HIGHLIGHT THIS

10:57:37 13 SECTION.  JUDGE, THE RELEVANCE OF THIS DOCUMENT, IT'S A DOCUMENT

10:57:40 14 WRITTEN BY HARLEY WINER, HE TOOK THE STAND THE OTHER DAY.  AND THIS

10:57:44 15 IS TO CORROBORATE THE PROFESSOR'S TESTIMONY THAT THE UNITED STATES

10:57:50 16 ARMY CORPS OF ENGINEERS HAS ABSOLUTELY NO REAL WAVE DATA.  YOU SEE

10:57:55 17 HERE HE ADMITS, HE SAYS, WE HAVE NO IDEA HOW BIG THE WAVES WERE.

10:57:59 18 OUR ONLY KNOWLEDGE IS ANECDOTAL, ET CETERA, AND THEN HE SAYS, THE

10:58:04 19 NEXT PARAGRAPH, PLEASE.

10:58:12 20         HE SAYS WE HAVE EQUATIONS, THESE EQUATIONS, INVOLVE SIMPLE

10:58:16 21 ASSUMPTIONS --

10:58:16 22         THE COURT:  YOU'RE GOING TO OBJECT?

10:58:18 23         MR. SMITH:  YOUR HONOR, I WOULD LIKE TO OBJECT ON

10:58:20 24 RELEVANCE GROUNDS, THIS APPEARS TO BE DEALING WITH LAKE

10:58:24 25 PONTCHARTRAIN WAVES AND I DON'T THINK IT'S RELEVANT TO THIS CASE.

10:58:26 1          THE COURT:  WHAT'S THE RELEVANCE TO LAKE PONTCHARTRAIN

10:58:29 2  WAVES?

10:58:29 3          MR. BRUNO:  BECAUSE THE DOCUMENT IS NOT REFERRING ONLY TO

10:58:32 4  LAKE PONTCHARTRAIN WAVES, HE'S SAYING WE HAVE NO WAVE DATA.  IN

10:58:35 5  FACT, HE SAYS DOWN IN THE NEXT PARAGRAPH -- JUDGE, YOU MAKE YOUR OWN

10:58:38 6  JUDGMENT, BUT I WOULD RESPECTFULLY DISAGREE WITH MR. SMITH, THIS

10:58:40 7  DOCUMENT IS NOT LIMITED TO LAKE PONTCHARTRAIN AND THAT'S ALL I HAVE

10:58:44 8  TO SAY ABOUT IT.  SO THAT'S ALL I WANT TO DO.

10:58:48 9          THE COURT:  THE COURT NEEDS TO KNOW, IS THERE ANY

10:58:50 10 RELEVANCE TO ANY LAKE PONTCHARTRAIN LACK OF WAVE DATA REFERENCING

10:58:55 11 LAKE PONTCHARTRAIN?

10:58:56 12         MR. BRUNO:  MY POINT IS THE DOCUMENT DOESN'T SUGGEST THAT

10:58:58 13 THEY HAVE NO WAVE DATA IN LAKE PONTCHARTRAIN, THEY HAVE NO WAVE DATA

10:59:03 14 ANYWHERE ON THE PLANET.

10:59:04 15         THE COURT:  OKAY.  FOR THAT PURPOSE AND THAT PURPOSE ALONE

10:59:06 16 I'LL ALLOW IT.

10:59:08 17         MR. BRUNO:  THANK YOU.

10:59:10 18         THE COURT:  IT'S ALREADY IN SO I GUESS I'VE ALREADY

10:59:13 19 ALLOWED IT.

10:59:14 20         MR. SMITH:  YOU ALLOWED US TO RESERVE OUR OBJECTIONS TO

10:59:16 21 TRIAL.

10:59:17 22         THE COURT:  I DID, I DID.  THAT WAS MY ERROR, MR. SMITH, I

10:59:20 23 FORGOT THAT I DID.

10:59:21 24         MR. BRUNO:  JUDGE, I WANT TO PUBLISH ONE MORE DOCUMENT,

10:59:24 25 PLEASE.

10:59:24  1          THE COURT:  IT'S NOT MY USUAL PRACTICE, SO FOR 14 YEARS,

10:59:28  2   THE FIRST TIME IN 14 YEARS I'VE DONE THIS.  LET ME GET USED TO IT.

10:59:32  3   BUT I CERTAINLY DID.  AND YOU'VE BEEN VERY CIRCUMSPECT THUS FAR, I

10:59:37  4   MUST SAY.

10:59:42  5          MR. BRUNO:  JUDGE, MAY I ALSO PUBLISH VERY BRIEFLY

10:59:45  6   DOCUMENT PX 1990.  AND, JUDGE, THIS IS THE DOCUMENT WHICH WE BELIEVE

10:59:55  7   SUGGESTS THAT THERE WAS A DISCUSSION ABOUT FORESHORE PROTECTION

10:59:59  8   BEFORE THE LEVEE WAS EVEN BUILT.

11:00:01  9          THE COURT:  I'VE READ THIS DOCUMENT AND BEEN REFERRED TO

11:00:04 10   IT IN A LOT OF THE 30(B)(6) DEPOSITIONS.

11:00:07 11          MR. BRUNO:  AND JUST MOVE DOWN TO THE THIRD PARAGRAPH.

11:00:10 12   THE POINT I WANT TO MAKE, I LET YOU SEE HERE BECAUSE IT'S BECOMING

11:00:14 13   MORE AND MORE RELEVANT IS THAT THERE WAS A RELIANCE ON A THICK

11:00:17 14   GROWTH OF MARSH GRASS, THAT'S THE ONLY POINT I WANTED TO MAKE.

11:00:17 15   THANK YOU, JUDGE.

11:00:21 16          AND THEN FINALLY, I WOULD LIKE TO OFFER INTO EVIDENCE AT

11:00:24 17   THIS TIME THE 30(B)(6) DEPOSITION OF REED MOSHER.  JUDGE, THIS

11:00:29 18   GENTLEMAN WAS OFFERED BY THE GOVERNMENT TO TESTIFY ABOUT THE

11:00:34 19   PERFORMANCE OF THE FLOOD CONTROL STRUCTURES.

11:00:42 20          THE COURT:  YES, I HAVE READ HIS DEPOSITION AND SYNOPSIZED

11:00:43 21   IT.

11:00:43 22          MR. BRUNO:  AND YOU KNOW THAT HIS TESTIMONY IS THE LEVEES

11:00:44 23   PERFORMED AS DESIGNED.

11:00:47 24          JUDGE, THANK YOU VERY MUCH FOR YOUR PATIENCE DURING MY

11:00:53 25   EXAMINATION.

11:00:53  1        I HAVE ONE MORE DOCUMENT I WANT TO CALL YOUR ATTENTION TO,

11:00:53  2   SORRY.  JOINT EXHIBIT 369, WHICH IS A JOURNAL ARTICLE BY JOANNES

11:00:58  3   WESTERINK, BRUCE EBERSOLE, HARLEY WINER; AND IN THIS DOCUMENT THEY

11:01:04  4   ADMIT THAT THEY HAVE NEVER STUDIED WAVES WITH REGARD TO THE IMPACT

11:01:07  5   OF THE MRGO.  THANK YOU, JUDGE.

11:01:08  6        THE COURT:  THE COURT WILL READ THE DOCUMENT AND CERTAINLY

11:01:11  7   I UNDERSTAND YOU'RE OFFERING IT AS YOU STATE.  I WILL READ IT SOME

11:01:15  8   OTHER TIME.

11:01:16  9        MR. BRUNO:  OF COURSE, JUDGE, I KNOW.

11:01:20 10        MR. STEVENS:  ONE LITTLE HOUSEKEEPING MATTER.

11:01:23 11        THE COURT:  JUST A MINUTE.  WE MAY HAVE A LITTLE LONGER

11:01:58 12   LUNCH HOUR THAN NECESSARY JUST TO MAKE DR. BEA'S TESTIMONY A LITTLE

11:02:02 13   EASIER ON US, AND WE MAY ASK -- IS THIS FROM THE DEFENDANT OR

11:02:08 14   PLAINTIFFS?

11:02:09 15        THE LAW CLERK:  PLAINTIFFS.

11:02:10 16        THE COURT:  WE MAY ASK THE PLAINTIFF TO DO SOMETHING ABOUT

11:02:13 17   PUTTING SOME MARKERS IN THE EXPERT REPORT.  WE'LL TAKE CARE OF IT AT

11:02:20 18   THE LUNCH BREAK.

11:02:21 19        MR. STEVENS:  QUICK HOUSEKEEPING MATTER, YOUR HONOR.

11:02:24 20        THE COURT:  YES, SIR.

11:02:25 21        MR. STEVENS:  ON TUESDAY, APRIL 21ST IMMEDIATELY PRIOR TO

11:02:27 22   THE TESTIMONY OF DR. DUNCAN FITZGERALD, WE OFFERED AS PLAINTIFF'S

11:02:31 23   EXHIBIT NO. 206 A SUMMARY OF CHARTS AND TABULATIONS OF ALL OF THE

11:02:36 24   DREDGING HISTORY AND SEPARATE DREDGING EVENTS UNDER 1006.

11:02:44 25        THE COURT:  YES.

DAILY COPY

11:02:45  1          MR. STEVENS:  I HAVE, AND I SHOULD HAVE DONE IT THEN, AS A

11:02:48  2  DEMONSTRATIVE AID THIS SHEET THAT I READ THOSE FACTS FROM, THESE ARE

11:02:51  3  HELPFUL FACTS, ALL OF THEM COLLECTED IN ONE SPOT, WE OFFER IT AS A

11:02:53  4  DEMONSTRATIVE AID ONLY AND OPPOSING COUNSEL HAS NO OBJECTION.

11:02:58  5          MR. SMITH:  THAT'S CORRECT, YOUR HONOR.

11:03:00  6          THE COURT:  THANK YOU, MR. SMITH.  AND LET IT BE ADMITTED

11:03:02  7  AS A DEMONSTRATIVE AID.

11:03:06  8          MR. STEVENS:  THANK YOU, YOUR HONOR.

11:03:07  9          MR. O'DONNELL:  GOOD MORNING, YOUR HONOR.

11:03:07 10          THE COURT:  GOOD MORNING, SIR.

11:03:11 11          MR. O'DONNELL:  THE PLAINTIFF CALLS DR. ROBERT BEA, AND I

11:03:14 12  HAVE AN EXTRA SET OF THE SLIDES FOR YOUR CLERK, YOUR HONOR.

11:03:18 13          THE COURT:  HOLD ON.  JUST GIVE US A SECOND,

11:03:38 14  MR. O'DONNELL, WHILE WE DELIVER SOMETHING TO YOUR TEAM TO FACILITATE

11:03:44 15  US WHEN WE'RE REFERRING TO PARTS OF THE REPORT.

11:03:47 16          MR. O'DONNELL:  WAIT TILL YOU SEE MINE, I HAVE FIVE

11:03:51 17  VOLUMES.  BUT THEY'RE JUST THICK REPORTS.

11:04:01 18          THE COURT:  JUST ONE SECOND.

11:04:19 19          OKAY.  WE CAN PROCEED.

11:04:21 20          THE DEPUTY CLERK:  RAISE YOUR RIGHT HAND, SIR.

11:04:23 21      (WHEREUPON, ROBERT G. BEA, WAS SWORN IN AND TESTIFIED AS

11:04:24 22      FOLLOWS:)

11:04:24 23          THE DEPUTY CLERK:  WOULD YOU PLEASE STATE YOUR NAME AND

11:04:26 24  SPELL IT FOR THE RECORD.

11:04:28 25          THE WITNESS:  ROBERT GLENN BEA, R-O-B-E-R-T G-L-E-N-N

11:04:40 1    B-E-A.

11:04:44 2              MR. O'DONNELL:  KEEPING WITH OUR PRACTICE, YOUR HONOR, I

11:04:46 3    WOULD LIKE TO DO A BRIEF SUMMARY OF DR. BEA'S TESTIMONY, IF I MAY.

11:04:55 4              THE COURT:  YES, YOU MAY.

11:04:55 5              MR. O'DONNELL:  DR. BEA IS A VERY DISTINGUISHED ENGINEER,

11:04:55 6    HE IS A PROFESSOR, TENURED PROFESSOR AT A UNIVERSITY I'M FOND OF,

11:04:59 7    THE UNIVERSITY OF CALIFORNIA - BERKELEY, AND HE IS A SPECIALIST AND

11:05:03 8    TENDERED IN FORENSIC ENGINEERING, RISK ASSESSMENT AND MANAGEMENT,

11:05:07 9    AND ALL PHASES OF OCEAN ENGINEERING.

11:05:11 10             DR. BEA HAS BEEN CALLED UPON OVER THE COURSE OF HIS CAREER

11:05:15 11   TO STUDY 30 MAJOR ENGINEERED FAILURES IN THE UNITED STATES,

11:05:19 12   INCLUDING BEING SELECTED TO CONSULT AND STUDY ON THE COLUMBIA

11:05:24 13   TRAGEDY AND THE EXXON VALDEZ.

11:05:28 14             HE HAS BEEN PART OF SEVERAL OF THE INVESTIGATIVE TEAMS

11:05:31 15   POST KATRINA, INCLUDING THE INDEPENDENT LEVEE INVESTIGATION TEAM

11:05:36 16   KNOWN AS ILET.  HE DOESN'T SLEEP, YOUR HONOR, BECAUSE HE HAS SPENT

11:05:41 17   10,000 HOURS OF INVESTIGATING -- WHICH IS WHAT IS AT THE CENTER OF

11:05:48 18   THE COURT'S MIND -- THE CAUSES OF THE CATASTROPHIC FLOODING OF NEW

11:05:52 19   ORLEANS EAST, ST. BERNARD PARISH AND THE LOWER NINTH WARD.  AND HE

11:05:56 20   IS HERE TODAY TO TELL YOU ABOUT THAT.

11:05:58 21             OF HIS 10,000 HOURS OF INVESTIGATIVE WORK, 8,000 HAVE BEEN

11:06:02 22   PRO BONO, AND YOU CAN IMAGINE WHO HAS PAID FOR THE OTHER

11:06:07 23   2,000 HOURS.

11:06:07 24             HE HAS NUMEROUS PUBLICATIONS OVER THE COURSE OF HIS

11:06:09 25   LIFETIME, 700 PUBLICATIONS, FOUR BOOKS, 289 OF HIS PUBLICATIONS ARE

11:06:15 1   JOURNALED, THEY'RE PEER REVIEWED, AND HE HAS MANAGED OVER THE LAST

11:06:19 2   TWO AND A HALF YEARS TO PUBLISH KATRINA RELATED STUDIES, 16 OF THEM

11:06:24 3   THAT ARE PEER REVIEWED ABOUT THE VERY TOPICS THAT WE ARE TALKING

11:06:27 4   ABOUT TODAY.  SO IT'S NOT JUST DR. BEA IN ONE SENSE BUT THERE HAVE

11:06:32 5   BEEN A PANEL OF PEERS WHO HAVE REVIEWED THE METHODOLOGY THAT HE HAS

11:06:36 6   BROACHED.

11:06:37 7        AND I WOULD DARE SAY NO ONE IN THIS COURTROOM WHO WILL

11:06:40 8   TESTIFY HAS SPENT MORE TIME INVESTIGATING THIS DISASTER THAN HE HAS.

11:06:44 9        AND FINALLY, FOR HIS WORK ON THE POST KATRINA

11:06:47 10  INVESTIGATION, THE DR. BEA HAS RECEIVED TWO AWARDS, THE COVETED

11:06:51 11  UNIVERSITY OF CALIFORNIA CHANCELLOR'S AWARD IN THE PUBLIC INTEREST

11:06:54 12  FOR HIS KATRINA WORK, AND THE NEW ORLEANS CITY COUNCIL HAS GIVEN HIM

11:06:57 13  A CITATION AS WELL.

11:06:59 14       DR. BEA WILL ANSWER THE THREE CRITICAL QUESTIONS ABOUT

11:07:03 15  CAUSATION IN THIS CASE:  ONE, WHAT WAS THE MECHANISM OR MODE OF

11:07:09 16  FAILURE OF THE RELEVANT LPV STRUCTURES.  TWO, WHAT ROLE DID THE

11:07:15 17  MRGO'S DEFECTIVE CONDITIONS PLAY IN THIS DESTRUCTIVE PROCESS.  AND

11:07:20 18  THREE, WOULD THE SAME CATASTROPHIC RESULTS HAVE OCCURRED WITHOUT THE

11:07:25 19  MRGO'S DEFECTIVE CONDITION; IN OTHER WORDS, DID THE MRGO MAKE A

11:07:33 20  DIFFERENCE.

11:07:33 21       WITH REGARD TO THE FIRST QUESTION, DR. BEA WILL TESTIFY

11:07:33 22  THAT OVERTOPPING, EROSION BEFORE OVERTOPPING AND EROSION AFTER

11:07:38 23  OVERTOPPING WERE THE PRIMARY MECHANISMS OF FAILURE ALONG REACH 1,

11:07:42 24  REACH 2, AND FOR THE MOST PART ALONG THE IHNC.

11:07:46 25       AS TO QUESTION NO. 2, DR. BEA CONCLUDES THAT THE INCREASED

11:07:51 1   SURGE AND ENHANCED WAVES CAUSED BY THE MRGO TO BE DISTINGUISHED AND

11:07:57 2   OPPOSED TO THE SURGE AND WAVES THAT WOULD HAVE OTHERWISE EXISTED

11:08:01 3   WITHOUT THE MRGO'S FLAWS WERE SUBSTANTIAL FACTORS IN THE OVERTOPPING

11:08:06 4   AND FAILURE OF THE LPV STRUCTURES DUE TO EROSION.

11:08:09 5          FINALLY, AS TO QUESTION NO. 3, DR. BEA CONCLUDES THAT THE

11:08:14 6   CATASTROPHIC FLOODING OF THE PLAINTIFFS' PROPERTY WOULD NOT HAVE

11:08:17 7   OCCURRED IF THE MRGO'S DEFECTIVE CONDITIONS HAD BEEN REMEDIATED

11:08:23 8   AFTER IT WAS PLANNED, DESIGNED AND CONSTRUCTED.

11:08:23 9                        VOIR DIRE EXAMINATION

11:08:29 10  BY MR. O'DONNELL:

11:08:29 11  Q.  GOOD MORNING, DR. BEA.

11:08:31 12  A.  GOOD MORNING.

11:08:31 13  Q.  WHAT CAUSED THE CATASTROPHIC FLOODING OF ST. BERNARD PARISH,

11:08:34 14  LOWER NINTH WARD AND NEW ORLEANS EAST?

11:08:36 15  A.  THE ENVIRONMENTAL EFFECTS OF THE MRGO.

11:08:41 16          MR. STONE:  MAY I HAVE A MOMENT TO VOIR DIRE IF HE IS NOT

11:08:45 17  GOING TO GO THROUGH HIS CREDENTIALS?

11:08:46 18          MR. O'DONNELL:  I TENDER HIM AS AN EXPERT IN THE THREE

11:08:47 19  AREAS THAT I IDENTIFIED.

11:08:49 20          THE COURT:  ALL RIGHT, SIR.

11:08:49 21                         TRAVERSE EXAMINATION

11:08:49 22  BY MR. STONE:

11:08:53 23  Q.  DR. BEA, DO YOU INTEND TO PROVIDE ANY FINAL OPINIONS AND

11:08:56 24  CONCLUSIONS TODAY?

11:09:00 25  A.  AS OF MY KNOWLEDGE TODAY.

11:09:07 1    Q.  I AM NOT SURE WHAT THAT MEANS, SIR.

11:09:09 2    A.  I CAN'T HEAR HIM.

11:09:13 3          THE COURT:  AS FINAL AS THEY CAN BE BASED ON HIS KNOWLEDGE

11:09:15 4    NOW AND IT'S GOING TO BE FINAL FOR THIS COURT.  SO I KNOW WHAT IT

11:09:18 5    MEANS.  MOVE ON.  I KNOW WHAT IT MEANS.  IT'S FINAL NOW.  WHENEVER

11:09:23 6    IT IS IT IS NOW.  IF HE HAS ANY OPINION LATER, IT'S NOT GOING TO

11:09:26 7    HAVE ANY EFFECT ON THIS COURT.  UNLESS THERE'S A NEW TRIAL.

11:09:29 8          MR. STONE:  THE ISSUE FOR US, YOUR HONOR, IS THAT WE ASKED

11:09:32 9    HIM ON FEBRUARY 27TH OF THIS YEAR IF HE HAD ANY FINAL OPINIONS, HE

11:09:36 10   SAID HE HAD NONE.  AND SO WE'RE HEARING THE FINAL OPINIONS FOR THE

11:09:39 11   FIRST TIME HEAR TODAY.

11:09:41 12         THE COURT:  MY GUESS WOULD BE THAT IF BASED ON THE DATA HE

11:09:47 13   PRESENTLY HAS, IF YOU ASK HIM IF HE HAS ALL OF THE DATA IN THE

11:09:49 14   UNIVERSE, THEN -- I AM ASSUMING THAT'S WHAT IT MEANS.

11:09:59 15         ANYTHING ELSE?

11:10:01 16         MR. STONE:  NOTHING, YOUR HONOR.

11:10:06 17                     DIRECT EXAMINATION

11:10:07 18   BY MR. O'DONNELL:

11:10:07 19   Q.  GOOD MORNING, DR. BEA.

11:10:08 20   A.  GOOD MORNING.

11:10:08 21   Q.  WHAT CAUSED THE CATASTROPHIC FLOODING OF THE PLAINTIFFS' HOMES?

11:10:12 22   A.  THE MRGO.

11:10:12 23   Q.  HOW DO YOU KNOW?

11:10:13 24   A.  I SPENT 10,000 HOURS STUDYING THIS CATASTROPHE.  I AM A FORENSIC

11:10:22 25   CIVIL ENGINEER, THIS IS MY 56TH YEAR OF ENGINEERING.

11:10:26 1    Q.  THE GOVERNMENT SAYS THAT THIS CATASTROPHE WOULD HAVE OCCURRED

11:10:30 2    WITH OR WITHOUT THE MRGO; IS THAT CORRECT?

11:10:32 3    A.  THEY'RE SERIOUSLY IN ERROR, THAT'S NOT A CORRECT.  THIS WAS NOT

11:10:39 4    A NATURAL DISASTER.  THIS WAS A MAN-MADE DISASTER.

11:10:44 5    Q.  THE GOVERNMENT SAYS THAT YOU ARE BLAMING, AT LEAST IN PART, THE

11:10:47 6    POOR PERFORMANCE OF THE LPV STRUCTURES FOR THIS CATACLYSM; IS THAT

11:10:52 7    TRUE?

11:10:52 8    A.  NO, IT'S NOT TRUE.  I AM NOT CRAZY ABOUT WHAT WAS BUILT BUT I

11:10:59 9    UNDERSTAND WHAT WAS BUILT AND THAT WHAT WAS BUILT WAS ACCORDING TO

11:11:07 10   WHAT THE ARMY CORPS OF ENGINEERS THOUGHT SHOULD BE BUILT AT THAT

11:11:15 11   TIME AND FOR THAT PLACE.

11:11:16 12   Q.  DO YOU AND THE DEFENDANT'S EXPERTS AGREE FOR THE MOST PART THAT

11:11:20 13   THERE WOULD HAVE BEEN NO LPV FAILURES AND SERIOUS FLOODING WITHOUT

11:11:23 14   OVERTOPPING?

11:11:25 15   A.  THAT'S CORRECT.

11:11:26 16   Q.  WHAT CAUSED THE OVERTOPPING?

11:11:29 17   A.  THE PRIMARY OVERTOPPING COMES FROM THE NET ENVIRONMENTAL EFFECTS

11:11:37 18   OF MRGO.

11:11:38 19   Q.  WAS THERE SIGNIFICANT LOWERING OF PROTECTIVE GROUND ELEVATIONS

11:11:44 20   BEFORE KATRINA ATTRIBUTABLE TO THE MRGO?

11:11:47 21   A.  YES, THERE WAS.

11:11:48 22   Q.  WHAT CAUSED THIS?

11:11:49 23   A.  THIS IS SOMETHING WE WOULD CALL LATERAL SQUEEZING.  SQUEEZING OF

11:11:55 24   THE SOFT CLAYS UNDER THE EARTHEN FLOOD PROTECTION STRUCTURES INTO

11:12:01 25   THE MRGO CHANNEL.

11:12:03 1    Q.  HOW MUCH OF THE LOWERING OF THESE PROTECTIVE CROWNS IS

11:12:09 2    ATTRIBUTABLE TO THE MRGO?

11:12:11 3    A.  OUR WORK INDICATES THAT THE LOWERING OF THE CROWN OF THE MRGO

11:12:15 4    ATTRIBUTABLE TO LATERAL SQUEEZING IS BETWEEN 2 AND 5 FEET.

11:12:20 5    Q.  HAS THE ARMY CORPS OF ENGINEERS ITSELF, AS WE'LL SEE IN A FEW

11:12:24 6    MINUTES, ESTIMATED THE AMOUNT OF THE SQUEEZING AND ITS IMPACT ON

11:12:26 7    LOWERING CROWNS?

11:12:28 8    A.  THAT IS CORRECT.

11:12:32 9    Q.  OKAY.  WHAT DIFFERENCE DID A TWO AND A HALF TO FIVE-FOOT

11:12:35 10   LOWERING OF THE LEVEE CROWN ELEVATIONS DUE TO THE MRGO CAUSING

11:12:39 11   LATERAL SUBSIDENCE HAVE ON THE OUTCOME?

11:12:42 12   A.  THE DIFFERENCE BETWEEN CATASTROPHE AND A FEW WET CARPETS.

11:12:47 13        THE COURT:  EXCUSE ME, MR. O'DONNELL, YOU'RE ON A ROLL AND

11:12:50 14   I'M SORRY.  I JUST NEED TO CLARIFY IF YOU'RE TALKING ABOUT THE

11:12:56 15   SUBSIDENCE, WE'RE TALKING ABOUT REACH 2?  THERE'S A LOT OF LEVEES

11:12:59 16   HERE, I JUST NEED TO ISOLATE THAT.

11:13:01 17        MR. O'DONNELL:  IS THAT TRUE, WE'RE DEALING PREDOMINANTLY

11:13:04 18   WITH REACH 2 UNTIL I SAY OTHERWISE?

11:13:07 19        THE WITNESS:  CORRECT, SIR.

11:13:07 20        MR. O'DONNELL:  AND I THINK ON LATERAL SUBSIDENCE I WILL

11:13:09 21   SAY OTHERWISE.  IT'S REACH 2, YOUR HONOR.

11:13:10 22        THE COURT:  AS I UNDERSTAND IT, WHEN WE TALK ABOUT LATERAL

11:13:11 23   SUBSIDENCE WE'RE SPEAKING AT LEAST PREDOMINANTLY ABOUT REACH 2.

11:13:16 24        MR. O'DONNELL:  AND YOU'LL CORRECT ME AND SAY I'M

11:13:19 25   DISCUSSING LATERAL DISPLACEMENT WHICH LEADS TO VERTICAL SUBSIDENCE.

11:13:29 1   BUT I AM AN ENGLISH MAJOR AND I AM TRYING TO UNDERSTAND IT AS BEST I

11:13:29 2   CAN.

11:13:29 3         THE COURT:  THANK YOU.  YES, YOU'RE RIGHT.

11:13:31 4         MR. O'DONNELL:  IT'S WORSE THAN BEING A POLITICAL SCIENCE

11:13:35 5   MAJOR.

11:13:35 6   BY MR. O'DONNELL:

11:13:36 7   Q.  SIR, NOW, SOME LEVEES FAILED, DIDN'T THEY?

11:13:38 8   A.  YES.

11:13:38 9   Q.  ISN'T THAT PROOF THAT THE LEVEES WERE FAULTY AND CONTRIBUTED TO

11:13:41 10  THE FLOODING?  I MEAN, RES IPSA LOQUITUR AS WE SAY IN THE LAW.

11:13:41 11  A.  THERE'S NOT --

11:13:47 12        THE COURT:  JUST A MINUTE, THERE'S AN OBJECTION.  WHEN THE

11:13:47 13  GENTLEMAN FROM THE GOVERNMENT STANDS, DR. BEA, I ASK THAT YOU NOT

11:13:51 14  ANSWER THE QUESTION UNTIL THE COURT RULES UPON THE OBJECTION.

11:13:54 15        YES, SIR.

11:13:54 16        MR. STONE:  IT'S AN IMPROPER HYPOTHETICAL AND CALLS FOR A

11:13:57 17  LEGAL CONCLUSION.

11:14:01 18        THE COURT:  WELL, SAY, THE RES IPSA LOQUITUR MIGHT BE A

11:14:05 19  BIG CHARGE.

11:14:05 20        MR. O'DONNELL:  CAN I RESTATE THAT -- VERY JURIDICAL, I

11:14:10 21  AGREE, I'LL RESTATE IT.

11:14:11 22  BY MR. O'DONNELL:

11:14:11 23  Q.  SOME LEVEES FAILED, DIDN'T THEY?

11:14:12 24  A.  YES.

11:14:13 25  Q.  ISN'T THAT PROOF IN AND OF ITSELF THAT THE LEVEES WERE FAULTY

11:14:16  1   AND CONTRIBUTED TO THE FLOODING?

11:14:17  2   A.   NO, IT IS NOT.

11:14:18  3   Q.   WHY NOT?

11:14:18  4   A.   THAT'S BECAUSE WHAT WAS BUILT WAS BUILT AND THE CORPS HAS

11:14:27  5   MAINTAINED THAT THOSE WERE PROPERLY BUILT FLOOD PROTECTION

11:14:30  6   STRUCTURES.

11:14:30  7   Q.   AND ACCORDING TO THE CORPS, ONCE OVERTOPPED THEY ERODE AND

11:14:36  8   FAILED; IS THAT WHAT WAS EXPECTED WHEN THAT HAPPENS?

11:14:38  9   A.   GIVEN NO BACK SIDE PROTECTION, THAT'S CORRECT.

11:14:41 10   Q.   SO WHERE LIES THE FAULT?

11:14:46 11   A.   THE FAULT LIES WITH THE MRGO; THE LEVEES WERE A VICTIM, NOT A

11:14:52 12   CAUSE.

11:14:53 13   Q.   WHAT DO YOU MEAN THE FAULT LIES IN THE MRGO?

11:14:57 14   A.   THE LPV SYSTEM WAS OVERWHELMED BEYOND ITS DESIGN CRITERIA BY THE

11:15:06 15   INCREMENTAL WAVES AND SURGE CAUSED BY THE MRGO.

11:15:10 16   Q.   NOW, YOU KNOW THE GOVERNMENT SAYS THAT KATRINA WAS THE BIG ONE,

11:15:14 17   THAT BY HERSELF WITHOUT THE MRGO'S ALLEGED FLAWS SHE OVERWHELMED THE

11:15:19 18   SYSTEM; IS THAT CORRECT?

11:15:20 19   A.   THAT'S NOT CORRECT.

11:15:21 20   Q.   WHY NOT?

11:15:23 21   A.   KATRINA ITSELF WITHOUT THE MRGO WAS NOT SEVERE ENOUGH TO HAVE

11:15:29 22   CAUSED THAT WAVE SIDE ATTACK AND EROSION ON REACH 2, THE INCREMENTAL

11:15:37 23   SURGE DEVELOPED IN REACH 1 AND THE INDUSTRIAL CANAL.  KATRINA HAD A

11:15:44 24   HELPER, THE MRGO.

11:15:46 25   Q.   A BIG HELPER?

11:15:47 1    A.   A VERY BIG HELPER.

11:15:49 2    Q.   WHAT ABOUT THE TWO BREACHES ON EACH SIDE OF THE IHNC, FAMILIARLY

11:15:54 3    KNOWN AS THE NORTH AND SOUTH BREACHES?

11:15:56 4    A.   THERE WERE SEVERAL INTERACTIVE INTERDEPENDENT CAUSES --

11:16:02 5              THE COURT:  EXCUSE ME.  YES, SIR.

11:16:04 6              MR. STONE:  OBJECTION, YOUR HONOR, IF HE IS GOING TO SPEAK

11:16:06 7    ABOUT THE EBIA, IT'S NOT PART OF THE CASE.

11:16:08 8              THE COURT:  I DON'T KNOW WHAT HE IS GOING TO SPEAK ABOUT

11:16:10 9    YET.  THERE WERE BREACHES THERE AND WE HAVE REFERRED TO THEM.  I

11:16:24 10   DON'T KNOW WHAT HIS ANSWER IS GOING TO BE, SO I GUESS UNTIL HE GETS

11:16:24 11   THERE.

11:16:24 12             MR. O'DONNELL:  WELL, IF THE GOVERNMENT WANTS TO STIPULATE

11:16:24 13   THAT THE BREACHES ALONG THE EAST SIDE OF THE IHNC DID NOT CONTRIBUTE

11:16:28 14   TO THE CATASTROPHIC FLOODING AND INSTEAD THE CATASTROPHIC FLOODING

11:16:31 15   WAS CAUSED BY REACH 2, WE CAN MOVE ON.

11:16:34 16             MR. STONE:  WE'LL EVALUATE THAT STIPULATION, YOUR HONOR,

11:16:36 17   BUT DR. BEA HAS TESTIFIED BEFORE THAT THESE BREACHES WOULD HAVE

11:16:41 18   OCCURRED WITH OR WITHOUT THE MRGO IN THE PICTURE.  SO HIS TESTIMONY

11:16:46 19   ON THIS ISSUE --

11:16:47 20             THE COURT:  I THINK THAT'S CROSS-EXAMINATION MORE THAN

11:16:50 21   OBJECTION.

11:16:50 22             MR. O'DONNELL:  I WOULD HOPE THAT THE GOVERNMENT WOULD

11:16:52 23   EARNESTLY CONSIDER MY STIPULATION.

11:16:55 24             THE COURT:  YOU HAVE -- I WILL CERTAINLY PROVIDE TIME FOR

11:16:58 25   ANY STIPULATION.

11:17:01  1           MR. O'DONNELL:  IT WOULD SAVE A LOT OF TIME BUT I'LL MOVE

11:17:04  2  ON.

11:17:04  3           THE COURT:  IF YOU WANT TO CONFER NOW, WOULD THAT HELP?

11:17:06  4           MR. O'DONNELL:  NO, PROBABLY THE LUNCH HOUR COULD

11:17:08  5  INTERVENE BEFORE I GET TO THAT SUBJECT, YOUR HONOR.

11:17:11  6           THE COURT:  THAT'S FINE.

11:17:13  7  BY MR. O'DONNELL:

11:17:13  8  Q.  WAS THE MRGO A CAUSATIVE FACTOR IN BOTH THE NORTH AND SOUTH

11:17:17  9  BREACHES?

11:17:17 10  A.  YES, IT WAS.

11:17:18 11  Q.  HOW SO?

11:17:19 12  A.  THIS IS THROUGH THE MRGO'S CONNECTION AS A NAVIGATION PROJECT

11:17:26 13  AND FACILITY CONNECTED TO THE LOCK EXPANSION PROJECT ADJACENT TO THE

11:17:35 14  LOWER NINTH WARD.

11:17:36 15  Q.  SO, SIR, IN THE NUTSHELL, WOULD THE PLAINTIFFS BE HERE IN COURT

11:17:41 16  TODAY IN YOUR OPINION BUT FOR THE MRGO?

11:17:44 17  A.  NO.  WE WOULD BE OUT ENJOYING OUR LIVES.

11:17:48 18  Q.  LET'S NOW?

11:17:50 19           MR. O'DONNELL:  YOUR HONOR, AS WE HAVE IN THE PAST, I'LL

11:17:52 20  BE USING A SERIES OF SLIDES WITH PX CITATIONS.  I'VE GIVEN THEM UP

11:17:59 21  AND I WILL USE THOSE, MOST OF THOSE TO ORGANIZE OUR EXAMINATION

11:18:06 22  TODAY.

11:18:06 23           THE COURT:  YES, SIR.

11:18:07 24           MR. STONE:  DOES THE WITNESS HAVE A SCRIPT, YOUR HONOR,

11:18:09 25  THAT HE IS USING FOR THIS?

11:18:10  1              THE COURT:  I HAVE NO IDEA.

11:18:12  2              MR. O'DONNELL:  HE HAS -- YOU HAVE THE GRAPHICS?  HE HAS

11:18:21  3  THE GRAPHICS.

11:18:21  4              THE COURT:  I ASSUME THAT HIS ANSWERS ARE NOT SCRIPTED.

11:18:24  5              MR. O'DONNELL:  NO, YOUR HONOR.  THE WORST NIGHTMARE OF A

11:18:30  6  TRIAL LAWYER IS TO PUT AN EXPERT ON THE STAND.

11:18:31  7              THE COURT:  THIS ISN'T A PLAY.

11:18:32  8              MR. O'DONNELL:  NO, IT IS NOT A PLAY.

11:18:34  9              THE COURT:  GO AHEAD.

11:18:35 10              MR. O'DONNELL:  THANK YOU, YOUR HONOR.

11:18:35 11  BY MR. O'DONNELL:

11:18:36 12  Q.  LET'S PUT UP THE FIRST SLIDE.  SIR, HAVE YOU SUMMARIZED YOUR

11:18:40 13  OPINIONS FOR THE COURT THAT WE'RE GOING TO GO INTO DETAIL TODAY?

11:18:43 14  A.  YES.

11:18:44 15  Q.  WOULD YOU BRIEFLY SUMMARIZE THEM FOR US?

11:18:45 16  A.  THE FIRST POINT IS THE NATURAL PROTECTIVE DEFENSES OF THE

11:18:49 17  SWAMPS, THE MARSHLANDS, AND WETLANDS WERE DESTROYED BY SALTWATER

11:18:53 18  INTRUSION INTRODUCED BY THE MRGO, ACCOMPANIED WITH BANK EROSION,

11:19:00 19  SPOIL DISPOSAL, THEREFORE PRODUCING HIGHER SURGE AND MORE ENERGETIC

11:19:06 20  WAVES.

11:19:08 21              THE MAN-MADE PROTECTIVE DEFENSE OF LPV STRUCTURES AT THEIR

11:19:18 22  DESIGN CROWN ELEVATION WERE LOWERED THROUGH LATERAL DISPLACEMENT AND

11:19:19 23  SUBSIDENCE CAUSED DIRECTLY BY THE ENCROACHING CHANNEL AND THE

11:19:24 24  ASSOCIATED DREDGING.  THEREBY FACILITATING OVERTOPPING AND BREACHES.

11:19:33 25  Q.  NEXT ONE.

11:19:34 1    A.   THE WIDENED CHANNEL CAUSED BY EROSION OF THE UNARMORED BANKS

11:19:41 2    CREATED, AS PROFESSOR VRIJLING STATED PREVIOUSLY, A HURRICANE

11:19:49 3    HIGHWAY FOR WAYS TO ATTACK THE LPV STRUCTURES, PRINCIPALLY ON REACH

11:19:56 4    2, THEREBY INITIATING EARLY BREACHING AND OVERTOPPING IN THE STORM

11:20:02 5    SEQUENCE, THIS CAUSED A HIGHER FLOODING AT A HIGHER RATE AND LONGER

11:20:08 6    DURATION.

11:20:09 7         THE MRGO CREATED A FUNNEL, AND THIS IS FOCUSED ON REACH 1

11:20:15 8    AND THE INDUSTRIAL CANAL, THIS ATTACKED THE LPV STRUCTURES IN THAT

11:20:22 9    AREA AND THEREBY MATERIALLY ENHANCED THE SURGE AND THE WAVES.

11:20:28 10        EXCAVATION AT THE EAST BANK INDUSTRIAL AREA FOR THE MRGO

11:20:34 11   LOCK EXPANSION PROJECT CREATED A SUBTERRANEAN CONNECTION TO ATTACK

11:20:41 12   THE LPV STRUCTURES AND ENHANCED THE INSTABILITY OF FLOODWALLS.

11:20:48 13   Q.   SIR, YOU'VE HEARD USED IN THIS CASE THE COAST GUARD CUTTER

11:20:53 14   ANALOGY?

11:20:54 15   A.   I HAVE.

11:20:54 16   Q.   EACH OF THE OPINIONS THAT YOU'VE ADDRESSED, DO THEY DEAL WITH

11:20:57 17   VARIOUS ASPECTS OF A COAST GUARD CUTTER RAMMING OR ATTACKING THE LPV

11:21:02 18   STRUCTURES?

11:21:02 19   A.   YES, THEY DID.

11:21:03 20   Q.   IS THAT A FORCE INDEPENDENT FROM THE LEVEES THEMSELVES?

11:21:06 21   A.   YES, IT IS.

11:21:07 22   Q.   I WANT TO ASK YOU, YOU HAVE OPINIONS THAT OVERLAP THOSE OF OTHER

11:21:15 23   EXPERTS AND WE ARE NOT GOING TO HAVE YOU OPINE ON THOSE.  BUT HAVE

11:21:19 24   YOU, IN FACT, RELIED UPON CONCLUSIONS REACHED BY OTHER MEMBERS OF

11:21:25 25   THE KATRINA EXPERT TEAM WITH REGARD TO THE MRGO'S EFFECT ON THE

11:21:31 1    ENVIRONMENT --

11:21:31 2    A.  CERTAINLY.

11:21:31 3    Q.  -- AND HABITAT AND TOPOGRAPHY OF THE AREA?

11:21:34 4    A.  CORRECT.

11:21:34 5    Q.  SECONDLY, HAVE YOU RELIED UPON THE CONCLUSIONS OF MEMBERS OF THE

11:21:38 6    PLAINTIFFS' EXPERT TEAM ON WHAT OCEANOGRAPHIC STRESSES WERE CREATED

11:21:43 7    BY THOSE DEFECTS DURING KATRINA?

11:21:46 8    A.  CORRECT.

11:21:47 9    Q.  AND HAVE YOU ALSO ACCEPTED THE OPINIONS AND FIGURES OF THE

11:21:50 10   PLAINTIFFS' EXPERTS WITH REGARD TO SURGE, WAVES, TIME OF ONSET OF

11:21:59 11   OVERTOPPING OR BREACHING, THE RATE OF OVERTOPPING, AND THE DURATION

11:22:05 12   OF OVERTOPPING?

11:22:06 13   A.  YES.

11:22:07 14   Q.  HAVE YOU FURTHER ACCEPTED THE POSITION OF THE UNITED STATES OF

11:22:10 15   AMERICA ARTICULATED THROUGHOUT THIS CASE THAT THE LEVEES WERE

11:22:15 16   COMPETENTLY DESIGNED ACCORDING TO THE THEN EXISTING CONTEMPORANEOUS

11:22:20 17   SPECIFICATIONS OF THE ARMY CORPS OF ENGINEERS?

11:22:28 18   A.  THAT IS CORRECT.

11:22:28 19   Q.  AND HAVE YOU ALSO ACCEPTED AS A FACT THAT THESE LPV STRUCTURES

11:22:31 20   DURING KATRINA PERFORMED AS EXPECTED, THAT IS IF THEY'RE OVERTOPPED,

11:22:37 21   THEY FAILED?

11:22:39 22   A.  THAT IS CORRECT.

11:22:44 23   Q.  LET'S NOW MOVE, IF WE COULD, TO DO A LITTLE TUTORIAL ON THE

11:22:53 24   STUFF THAT YOU'RE GOING TO BE TALKING ABOUT TODAY.  AND COULD WE PUT

11:22:58 25   UP THE LPV MAP, WHICH IS SLIDE NO. 9.  AND, YOUR HONOR, THAT'S PX

```
11:23:12  1   98.2.
11:23:20  2            SIR, THIS IS A DEPICTION OF THE LPV SYSTEM IN NEW ORLEANS
11:23:23  3   AT THE TIME OF KATRINA, IS IT, SIR?
11:23:30  4   A.  YES.
11:23:31  5   Q.  NOW, I WANT TO ASK YOU TO GIVE US SORT OF A FOUNDATION FOR WHAT
11:23:36  6   YOUR OPINIONS ARE GOING TO BE IN TERMS OF BASIC CONCEPTS OF
11:23:41  7   OCEANOGRAPHIC STRESSES AND THEIR IMPACT ON FLOOD PROTECTION
11:23:45  8   STRUCTURES, OKAY?
11:23:47  9   A.  OKAY.
11:23:47 10   Q.  FIRST, WITH REGARD TO HURRICANE SURGE, WHAT IS ITS RELEVANCE IN
11:23:53 11   TERMS OF ATTACKING THE FRONT AND BACK SIDE OF FLOOD PROTECTION
11:23:56 12   SYSTEMS?
11:23:57 13   A.  IT ACTS AS THE ELEVATOR FOR THE FRONT SIDE WAVE ATTACK LEADING
11:24:04 14   TO FRONT TO BACK BREACHING OF EARTHEN FLOOD PROTECTION STRUCTURES.
11:24:10 15   ONCE THE SURGE AND WAVE OVERTOPPING HAVE EXCEEDED THE PROTECTIVE
11:24:17 16   ELEVATION, THE ACTION SHIFTS TO THE BACK SIDE LEADING TO POTENTIAL
11:24:24 17   EROSION BACK TO FRONT BREACHING.
11:24:30 18   Q.  AND THE ELEVATOR OF DAMAGE, IS THAT SOMETIMES REFERRED TO BY
11:24:33 19   ENGINEERS AS HYDRAULIC UPLIFT?
11:24:36 20   A.  THERE ARE TWO DIFFERENT THINGS HERE, THE ELEVATOR DAMAGE IS
11:24:41 21   REFERRING TO THE RISE IN THE MEAN WATER LEVEL WHICH RAISES THE
11:24:50 22   ACTION LEVEL FOR THE WAVES.  THE HYDRAULIC UPLIFT IS PRESSURES
11:24:56 23   ACTING UNDER THE FLOOD PROTECTION STRUCTURES, WHICH CAN ACT TO
11:25:01 24   REDUCE THEIR EFFECTIVE DOWNWARD WEIGHT RESISTING FORCES AND LEAD TO
11:25:10 25   THEIR FAILURES.
```

11:25:11 1   Q.  WHAT IS THE SIGNIFICANCE OF WAVES DURING A HURRICANE LIKE

11:25:15 2   KATRINA?

11:25:16 3   A.  IT DEPENDS ON THE INTENSITY OF THE WAVE ACTION AND THE TYPE OF

11:25:21 4   STRUCTURE.  FOR EARTHEN FLOOD PROTECTION STRUCTURES, WAVES ARE

11:25:27 5   POTENTIALLY ABSOLUTELY CRITICAL.  IF I AM WORRIED ABOUT A CONCRETE

11:25:36 6   STRUCTURE, WAVES COULD BE IMPORTANT IF THEY WERE LARGE ENOUGH; BUT

11:25:41 7   IN GENERAL, THEY'RE NOT.  AND SO WAVES ARE CRITICAL FOR THE EARTHEN

11:25:48 8   FLOOD PROTECTION STRUCTURES.

11:25:49 9   Q.  ARE THEY PARTICULARLY CRITICAL WHEN THEY'RE ADDRESSING OR

11:25:52 10  ATTACKING THE EARTHEN STRUCTURE IN A DIRECT PERPENDICULAR MANNER AS

11:25:57 11  OPPOSED TO PARALLEL?

11:25:58 12  A.  CERTAINLY.  IT'S LIKE A GLANCING BLOW VERSUS A DIRECT PUNCH.

11:26:02 13  Q.  DO WAVES CREATE BOTH FRONT AND BACK SIDE SCOUR?

11:26:06 14  A.  YES, THEY DO.

11:26:07 15  Q.  TELL US WHAT SCOUR IS.

11:26:14 16  A.  SCOUR IS, AS WE'RE TOLD, THE EROSIVE FORCES OF THE WATER ACTING

11:26:20 17  TO SUSPEND, REMOVE OF THE EARTHEN MATERIALS PROGRESSIVELY AS A

11:26:26 18  FUNCTION OF TIME.

11:26:26 19  Q.  ONE OF THE DEFENSE EXPERTS I THINK QUITE ELOQUENTLY DESCRIBED

11:26:31 20  THE PHENOMENON OF WAVES ON AN EARTHEN BERM LIKE REACH 2 AS CHAOTIC

11:26:37 21  WATER TURBULENCE.  CAN YOU EXPLAIN THAT FOR US?

11:26:42 22  A.  AS WAVES ARE ATTACKING THE FRONT SIDE OF EARTHEN FLOOD

11:26:50 23  PROTECTION STRUCTURES, WATER IS MOVING IN ALL DIRECTIONS.  IT IS

11:26:56 24  CHAOTIC AND IT IS TURBULENT AND IT'S A CHAOTIC TURBULENT ACTION THAT

11:27:03 25  IS THE POTENTIAL DAMAGING FEATURE TO AN EARTHEN FLOOD PROTECTION

11:27:09 1    STRUCTURE.

11:27:10 2    Q.  A COMMITTEE WRITING A REPORT POST KATRINA DESCRIBED THE WAVES

11:27:14 3    AGAINST THE REACH 2 BERMS A HYDRAULIC ROTO-ROOTER OR HYDRAULIC

11:27:19 4    CANNON BALL.  DO YOU AGREE?

11:27:21 5    A.  I AGREE.

11:27:22 6    Q.  IS THIS NOT UNLIKE MY CHILDREN WHO BUILD A SAND CASTLE AND THE

11:27:26 7    TIDE COMES IN AND HITS IT?

11:27:28 8    A.  THAT'S CORRECT.

11:27:29 9    Q.  NOW, THE TERM BREACH, WHAT IS THE HISTORIC ORIGIN OF THE TERM

11:27:34 10   BREACH BEFORE IT WAS APPLIED TO FLOOD PROTECTION STRUCTURES?

11:27:37 11   A.  WELL, BREACHING CAME OUT OF THE MEDIEVAL TIMES WHEN WE USED TO

11:27:44 12   ATTACK CASTLES.  WE WOULD BOMBARD THE CASTLE, ATTEMPT TO WEAKEN ITS

11:27:51 13   WALLS; AND WHEN A LARGE GAP OPENED UP IN THE DEFENDING WALL, THE

11:28:01 14   BATTLE CRY WAS INTO THE BREACH.

11:28:04 15   Q.  THE CORPS OF ENGINEERS HAS A VERY FAMILIAR LOGO WITH THE UPS AND

11:28:09 16   DOWNS WHERE I THINK THEY USED TO SHOOT THE ARROWS OR GUNS OR

11:28:13 17   WHATEVER.  WHAT IS THAT CALLED?

11:28:15 18   A.  THE TOP OF THAT CASTLE PILLAR, CALL IT DEFENSIVE ELEMENT, THE

11:28:24 19   UPS AND DOWNS ARE CALLED CRENELLATIONS, AND THAT WAS TO ALLOW

11:28:30 20   ARCHERS OR THOSE WITH GUNS TO BE REASONABLY PROTECTED WHILE FIGHTING

11:28:37 21   THE ENEMY ON THE OTHER SIDE.

11:28:40 22   Q.  SPEAKING OF THE CORPS, AT THE BEGINNING OF YOUR CAREER, WERE YOU

11:28:44 23   AN ENGINEER FOR THE ARMY CORPS OF ENGINEERS?

11:28:45 24   A.  YES, I WAS.

11:28:46 25   Q.  WHERE DID YOU WORK?

11:28:47 1    A.  I WORKED IN SEVERAL PLACES.  INITIALLY ASSIGNED BY THE CORPS TO

11:28:57 2    THE FLORIDA FLOOD PROTECTION DISTRICT, MY ASSIGNMENT WAS TO ASSIST

11:29:05 3    IN BUILDING LEVEES, DIGGING CANALS AND BUILDING PUMP STATIONS.

11:29:12 4         I WAS LATER ASSIGNED TO THE RESEARCH GROUP, VICKSBURG,

11:29:17 5    MISSISSIPPI, WHERE I WORKED WITH SOME OF THE WORLD'S FINEST

11:29:21 6    GEOLOGISTS AND GEOTECHNICAL ENGINEERS; AND LATER I WAS ASSIGNED BY

11:29:26 7    THE CORPS TO THE JACKSONVILLE DISTRICT WHERE I WORKED ON THE LAUNCH

11:29:31 8    FACILITIES AT CAPE CANAVERAL.

11:29:36 9    Q.  THANK YOU.  GETTING BACK TO THE CRENELLATION, EXPLAIN THE

11:29:43 10   SIGNIFICANCE OF THAT WITH REGARD TO WHAT HAPPENED DURING HURRICANE

11:29:43 11   KATRINA.

11:29:43 12   A.  WELL, THE CRENELLATION IS AN EARLY WAY THAT WATER CAN HAVE ITS

11:29:53 13   WAY.  ESSENTIALLY THE CRENELLATION PROCESS IS ACTING TO FORM A LOW

11:29:58 14   SPOT, OR LOW SPOTS, IN THE EARTHEN FLOOD PROTECTION STRUCTURE; AND

11:30:04 15   MUCH LIKE THE SOLDIERS RUSHING THROUGH THE BREACH, THE WATER CAN

11:30:08 16   THEN INTRUDE MUCH MORE FORCEFULLY TO BEGIN EXPLOITING THE BREACH,

11:30:15 17   AGAIN MUCH LIKE THE SOLDIERS, AND WATER EROSIVE FORCE, NOT JUST TO

11:30:21 18   THE BACK SIDE, AND BEGINS TEARING THE ENTIRE CASTLE WALL APART.

11:30:28 19   Q.  NOW, WHEN THE CORPS IS DESIGNING A FLOOD PROTECTION SYSTEM LIKE

11:30:35 20   THE LPV, IS THERE A STANDARD FRAME OF REFERENCE THEY HAD, AT LEAST

11:30:39 21   BACK IN THE 60S, KNOWN AS STANDARD PROJECT HURRICANE OR SPH?

11:30:44 22   A.  YES.

11:30:44 23   Q.  WHAT WAS THAT?

11:30:45 24   A.  WELL, IT WAS A SET OF DESIGN CONDITIONS GIVEN TO ENGINEERS TO

11:30:56 25   COACH THOSE ENGINEERS ON THE TYPES OF THINGS THAT FLOOD PROTECTION

11:31:02 1    SYSTEM NEEDED TO BE DESIGNED TO RESIST, INCORPORATING AS WELL

11:31:11 2    FACTORS OF SAFETY THAT SEPARATE THE DESIGN PERFORMANCE FROM THE

11:31:15 3    ULTIMATE STRENGTH OF PERFORMANCE OF THE FLOOD PROTECTION STRUCTURE.

11:31:20 4    Q.  SO THEY TRY TO ADD SAFETY?

11:31:28 5    A.  YES.

11:31:28 6    Q.  HOW DOES THE SPH BEAR UPON THE CROWN ELEVATIONS THAT THE CORPS

11:31:31 7    SET FOR THE LPV SYSTEM?

11:31:34 8    A.  IT DETERMINES IT.

11:31:35 9    Q.  NOW, I WANT TO TURN OUR ATTENTION TO THE FIRST ASPECT OF YOUR

11:31:49 10   TESTIMONY, OKAY, AND THAT DEALS WITH THE IMPACT OF THE MRGO ON THE

11:31:54 11   HEIGHT OF THE PROTECTED ELEVATIONS.  OKAY, SIR?

11:31:58 12   A.  YES.

11:31:58 13   Q.  LET'S LOOK AT SLIDE 9 IF WE COULD AGAIN.  NOW, LET'S GO TO

11:32:14 14   SLIDE 10.  WHAT IS THIS, SIR?

11:32:18 15   A.  THIS IS A DEFINITION GRAPHING OF THE ELEVATIONS OF THE FLOOD

11:32:29 16   PROTECTION SYSTEM SURROUNDING THE ST. BERNARD, LOWER NINTH WARD

11:32:35 17   POLDER SHOWING STRUCTURES AND DESIGN GRADE, THAT'S SHOWN IN WHITE,

11:32:42 18   STRUCTURES AT ZERO TO 1 FOOT LOW, STRUCTURES 1 TO 2 FOOT LOW SHOWN

11:32:48 19   IN YELLOW, AND SHOWN APPROPRIATELY IN RED STRUCTURES MORE THAN TWO

11:32:55 20   FEET LOW.

11:32:56 21   Q.  OKAY.  AND, NOW, ONE OF YOUR OPINIONS WAS THAT THE MRGO BY

11:33:05 22   VIRTUE OF ITS BANK EROSION, WIDENING AND DREDGING, LOWERED THE

11:33:10 23   PROTECTIVE ELEVATION OF THE CROWNS ALONG REACH 2 THROUGH THIS

11:33:13 24   PHENOMENON KNOWN AS LATERAL DISPLACEMENT; IS THAT CORRECT?

11:33:17 25   A.  THAT'S CORRECT.

11:33:18 1    Q.  LET ME ASK YOU, HAVE YOU REVIEWED ALL OF THE EXPERT REPORTS

11:33:20 2    FILED BY THE DEFENDANT IN THIS CASE?

11:33:22 3    A.  I HAVE.

11:33:22 4    Q.  DO ANY OF THE DEFENSE EXPERTS DISCUSS LATERAL DISPLACEMENT?

11:33:27 5    A.  THEY DO NOT.

11:33:34 6    Q.  DO ANY OF THE DEFENSE EXPERTS DISAGREE WITH THE CONCLUSION

11:33:34 7    YOU'VE REACHED WITH REGARD TO THE CORRELATION OF LOWERED CROWN

11:33:36 8    PROTECTIONS AND THE LATERAL DISPLACEMENT?

11:33:40 9    A.  THEY HAVE NOT.

11:33:41 10   Q.  AND HAVE ANY OF THE DEFENSE EXPERTS QUARRELED WITH YOUR

11:33:44 11   CONCLUSION ABOUT THE CORRELATION OF LOWERED PROTECTED ELEVATIONS AND

11:33:50 12   BREACHING AT THOSE LOCATIONS?

11:33:51 13   A.  THEY HAVE NOT.

11:33:52 14   Q.  SIR, DID YOU, PRIOR TO TODAY, WRITE SEVERAL REPORTS, TIMELY

11:34:00 15   REPORTS BY JANUARY 29, 2009, THAT DISCUSS THE PHENOMENON OF LATERAL

11:34:06 16   DISPLACEMENT AND YOUR OPINIONS ON SUCH?

11:34:08 17   A.  YES.

11:34:08 18   Q.  I'D LIKE TO GO TO PX 72, IF I COULD.  NOW, IS THIS ONE OF THE

11:34:24 19   REPORTS YOU FILED ON JULY 11, 2008?

11:34:28 20   A.  YES.

11:34:29 21   Q.  AND JUST GENERALLY, WHAT DID YOU STUDY IN THERE?

11:34:33 22   A.  THE PERFORMANCE OF THE REACH 2 FLOOD PROTECTION STRUCTURES.

11:34:38 23   Q.  AND DID YOU DISCUSS LATERAL DISPLACEMENT AND ITS IMPACT ON THE

11:34:44 24   LPV CROWN STRUCTURE ELEVATIONS AT THE TIME OF KATRINA?

11:34:48 25   A.  YES, I DID.

11:34:48 1    Q.  LET'S TURN TO PAGE 162, IF WE COULD.

11:34:55 2              THE COURT:  GIVE US A CHANCE TO GET ON THE SAME PAGE,

11:34:59 3    MR. O'DONNELL, BUT I JUST NEED TO MAKE NOTES CONTEMPORANEOUSLY.  I

11:35:03 4    HAVE MINE HERE AND I WANT THEM IN THE ACTUAL REPORT MYSELF.

11:35:06 5              MR. O'DONNELL:  I'VE HAD TOO MUCH COFFEE IN THE LAST

11:35:09 6    48 HOURS, YOUR HONOR.

11:35:09 7              THE COURT:  YOU'RE DOING FINE, IT'S JUST A LITTLE

11:35:11 8    CUMBERSOME FOR US TO GO BACK AND RECONSTRUCT, WE'LL HAVE ONE

11:35:14 9    DOCUMENT, THE REPORT THAT WE CAN LOOK AT.  WE DO HAVE A MATRIX, GO

11:35:20 10   AHEAD.  JUST TAKES A LITTLE TIME TO GET TO IT.  GO AHEAD, SIR.

11:35:25 11   BY MR. O'DONNELL:

11:35:26 12   Q.  SIR, IS THIS THE BEGINNING OF A CHAPTER OR SECTION IN PX 72

11:35:32 13   WHERE YOU DISCUSS AT SOME LENGTH THE EBS INSTABILITY EXACERBATED BY

11:35:37 14   THE MRGO CHANNEL DREDGING AND WIDENING?

11:35:40 15   A.  YES.

11:35:40 16   Q.  AND I AM NOT GOING TO, YOUR HONOR, TAKE YOU THROUGH LINE BY

11:35:44 17   LINE, BUT WOULD IT BE FAIR TO SAY, SIR, THAT YOU CONCLUDED BASED ON

11:35:47 18   THE RESEARCH YOU'VE DONE UP TO JULY 2008 THAT THE MRGO'S WIDENING

11:35:55 19   AND THE DREDGING AND THE RESULTING LATERAL DISPLACEMENT OF THE

11:36:02 20   INTERDISTRIBUTARY LAYER --

11:36:05 21              THE COURT:  SOMETHING I AM FAMILIAR WITH AFTER

11:36:08 22   DR. FITZGERALD.

11:36:08 23   BY MR. O'DONNELL:

11:36:09 24   Q.  OTHERWISE KNOWN AS FAT CLAY, AND I LOOKED THAT UP.  WHAT IS FAT

11:36:13 25   CLAY?

11:36:13 1    A.  STICKY CLAY.

11:36:14 2    Q.  WITH WATER IN IT?

11:36:15 3    A.  YES.

11:36:16 4    Q.  SOMETIMES KNOWN AS MARL, M-A-R-L?

11:36:19 5    A.  YES.

11:36:20 6    Q.  AND DID YOU REACH THE CONCLUSION THAT THIS RESULTING PROCESS OF

11:36:27 7    LATERAL DISPLACEMENT HAD A SIGNIFICANT ADVERSE IMPACT IN LOWERING

11:36:35 8    THE CROWN ELEVATIONS ALONG A SIGNIFICANT STRETCH OF REACH 2 DURING

11:36:41 9    HURRICANE KATRINA?

11:36:42 10   A.  YES.

11:36:43 11           MR. O'DONNELL:  LET'S TURN TO PAGE 78 IF WE COULD -- 178,

11:36:52 12   I APOLOGIZE.  CAN WE START ON THE BOTTOM OF 177, PLEASE.  PARAGRAPH

11:37:13 13   159.  I THINK THIS IS IMPORTANT ENOUGH, YOUR HONOR, TO ASK THE

11:37:17 14   WITNESS TO READ IT INTO THE RECORD IF THAT'S OKAY?

11:37:19 15           THE COURT:  YES.

11:37:19 16   BY MR. O'DONNELL:

11:37:20 17   Q.  WOULD YOU READ IT FOR US, DR. BEA, OR WOULD YOU LIKE FOR ME TO

11:37:22 18   READ IT?  WHY DON'T YOU READ IT.

11:37:24 19   A.  "IT'S CLEAR THAT IN SOME CASES THE MRGO CHANNEL BANKS WERE

11:37:28 20   ALLOWED BY THE USACE TO ENCROACH INTO THE CRITICAL AREAS ADJACENT TO

11:37:38 21   THE EBSBS'S.  THESE ENCROACHMENTS ENDANGERED THE ELEVATIONS AND

11:37:44 22   STABILITY OF THE EBSBS'S.  THE OBSERVATIONS AND ANALYSES

11:37:52 23   INDICATE" --

11:37:56 24   Q.  NEXT PAGE.  LET'S JUST PUT THAT PAGE UP, PLEASE, IT'S EASIER TO

11:38:07 25   READ.

11:38:08  1   A.   CONTINUING:   "THE LATERAL SQUEEZING OF THE UNDERLYING MARSH AND

11:38:13  2   CLAY LAYERS INTO THE ADJACENT MRGO CHANNEL RESULTED IN SIGNIFICANT

11:38:20  3   DECREASES IN THE CROWN ELEVATIONS OF THE EBSBS'S.   NO DOCUMENTATION

11:38:29  4   OF PRECAUTIONS TAKEN OR ANALYSES PERFORMED BY THE USACE TO ASSURE

11:38:35  5   THAT THE INTEGRITY AND STABILITY OF THE EBSBS'S WAS NOT ENDANGERED

11:38:44  6   COULD BE FOUND DURING THIS STUDY.   SIMILAR OBSERVATIONS APPLY TO THE

11:38:47  7   REPEAT CONSTRUCTION OF SOIL BORROW PITS BY THE USACE ADJACENT TO THE

11:38:55  8   PROTECTED SITE OF THE MRGO REACH 2 EBSBS'S."

11:39:00  9   Q.   WAS IT YOUR OPINION AT THIS TIME IN JULY OF 2008 THAT THE

11:39:04 10  SIGNIFICANT DECREASES IN CROWN ELEVATION OF THE EBSBS'S LOWERED THE

11:39:10 11  PROTECTIVE ELEMENT OF THOSE STRUCTURES?

11:39:12 12  A.   YES.

11:39:15 13  Q.   DID YOU ALSO DISCUSS THIS ISSUE IN YOUR FOLLOW-UP JANUARY 29,

11:39:22 14  2009, REPORT, PX 84?

11:39:26 15  A.   YES, I DID.

11:39:27 16  Q.   LET'S TURN BRIEFLY TO PAGE 66 -- I HAVE THE WRONG PAGE.   CAN WE

11:39:42 17  GO TO THE FIRST PAGE AGAIN OF 84.

11:39:50 18  A.   THAT'S THE INCORRECT REPORT.

11:39:53 19       MR. O'DONNELL:   WE NEED TECH REPORT NO. 1, PX 83.

11:40:03 20  BY MR. O'DONNELL:

11:40:03 21  Q.   IS THAT IT, SIR?

11:40:04 22  A.   THAT'S IT.

11:40:05 23  Q.   AND THAT'S TECHNICAL REPORT NO. 1, THE LEGACIES OF THE MRGO,

11:40:09 24  JANUARY 29, 2009.   AND MAY WE NOW RAISE THE CURTAIN ON PAGE 66.

11:40:31 25  DON'T HAVE IT -- WELL, I HAVE IT --

11:40:35 1             THE COURT:  DO YOU WANT TO PUT IT ON THE ELMO?

11:41:08 2             JUST TO NOTE THAT IN OUR, WHATEVER VOLUME IT IS OF THIS

11:41:17 3   REPORT THAT YOU'RE REFERRING TO, THE EXHIBIT ONLY GOES TO PAGE 12.

11:41:19 4             MR. O'DONNELL:  AND I WROTE DOWN THE WRONG NUMBER, IT'S

11:41:22 5   PAGE SEVEN.  WOULD YOU PUT IT UP, PLEASE.

11:41:32 6   BY MR. O'DONNELL:

11:41:32 7   Q.  SIR, IS THIS LEGACIES OF THE MRGO SORT OF A SUMMARY DOCUMENT --

11:41:37 8             THE COURT:  JUST A MINUTE.

11:41:39 9             MR. STONE:  WHICH DOCUMENT IS THAT?

11:41:42 10            MR. O'DONNELL:  IT'S PX 83, I HAD AT WRONG PAGE.  IT'S

11:41:45 11  CALLED TECHNICAL REPORT NO. 1, IT'S THE JANUARY 29TH.

11:41:48 12            THE COURT:  COUNSEL, LET US KNOW IF WE'RE THERE.  ARE YOU

11:41:51 13  OKAY, COUNSEL?

11:41:52 14            MR. STONE:  YES, SIR, THANK YOU.

11:41:54 15            THE COURT:  GO AHEAD.

11:41:55 16  BY MR. O'DONNELL:

11:41:55 17  Q.  IN LEGACIES OF THE MRGO, TECHNICAL REPORT NO. 1, WERE YOU

11:42:00 18  ATTEMPTING TO SUMMARIZE THE STATE OF YOUR RESEARCH TO THE STATE

11:42:04 19  POLICE, SIR?

11:42:04 20  A.  CORRECT.

11:42:09 21  Q.  AND DID THIS PAGE AND THE PICTURE WE SAW FOR A MOMENT SUMMARIZE

11:42:09 22  THAT RESEARCH YOU'VE DONE?

11:42:11 23  A.  CORRECT.

11:42:11 24  Q.  WOULD YOU READ THAT ONE PARAGRAPH BEFORE THE FIGURE SEVEN,

11:42:15 25  PLEASE.

11:42:15 1    A.  "THE CLOSE PROXIMITY OF THE DEEP WATER MRGO NAVIGATION CHANNEL

11:42:21 2    TO THE MRGO LEVEE FACILITATED INCREASED SETTLEMENT AND LOSS OF LEVEE

11:42:28 3    CREST ELEVATION (FIGURES 7 AND 8).  THE LOW AREAS OF THE LEVEE CREST

11:42:37 4    HAD AN INCREASED EXPOSURE TO BOTH EROSIVE WAVE ACTION AND

11:42:41 5    OVERTOPPING.  MANY OF THE PORTIONS OF THE LEVEE THAT WERE THE LOWEST

11:42:47 6    AT THE TIME OF KATRINA EXPERIENCED THE MOST BREACHING.  THIS IS A

11:42:52 7    DIRECT LINK BETWEEN THE MRGO CHANNEL AND THE FLOODING OF POPULATED

11:42:58 8    AREAS."

11:42:59 9    Q.  SO IN YOUR VIEW, WAS THE LATERAL DISPLACEMENT CAUSED BY THE

11:43:04 10   WIDENING OF THE MRGO DUE TO EROSION AND DREDGING AND THE RESULTING

11:43:09 11   LATERAL DISPLACEMENT OF THE INTERDISTRIBUTARY LAYER A SUBSTANTIAL

11:43:15 12   FACTOR IN LOWERING THE LEVEE CROWNS ON THE REACH 2 EBSBS'S AT THE

11:43:23 13   TIME OF KATRINA?

11:43:24 14   A.  YES.

11:43:24 15   Q.  NOW, WE'RE GOING TO SEE MORE OF THIS LATER.  FIGURE SEVEN IS AN

11:43:29 16   ILLUSTRATION OF THIS PROCESS, CORRECT, SIR?

11:43:31 17   A.  IT IS.

11:43:31 18   Q.  AND ON THE NEXT PAGE EIGHT, WHICH IS FIGURE EIGHT BRIEFLY?

11:43:36 19   WE'LL BE LOOKING AT THIS LATER.

11:43:41 20   A.  WOULD YOU ENLARGE IT?

11:43:42 21   Q.  SURE.

11:43:45 22   A.  THIS IS AN ILLUSTRATION OF THE EFFECT OF THE PROXIMITY OF THE

11:43:53 23   CHANNEL, IT'S AN OVERVIEW RESULT FROM LIDAR SURVEY PROVIDED BY CHAD

11:44:03 24   MORRIS IN A CROSS-SECTION SHOWING THE EARTHEN AND FLOOD PROTECTION

11:44:10 25   STRUCTURE INDICATED WITH THIS CROWN OF 12.5 FOOT OF ELEVATION IN THE

11:44:17 1   TOE INDICATED AT ZERO FEET APPROXIMATELY REFERENCE ELEVATION.

11:44:23 2   Q.   NOW, IN YOUR DEPOSITION TAKEN IN THIS CASE ON FEBRUARY 27, 2009,

11:44:34 3   WERE YOU ASKED QUESTIONS BY COUNSEL OF THE GOVERNMENT TO TRY TO

11:44:38 4   ESTIMATE HOW MUCH OF THE LOWERING OF THE PROTECTIVE CROWNS WAS

11:44:47 5   ATTRIBUTABLE TO THE LATERAL DISPLACEMENT CAUSED BY THE MRGO?

11:44:47 6   A.   YES.

11:44:47 7   Q.   AND WHAT DID YOU TELL THEM?

11:44:48 8   A.   FIVE FEET.

11:44:48 9   Q.   AND/OR DID YOU TELL THEM THREE AND A HALF FEET IN THE

11:44:53 10  DEPOSITION?

11:44:54 11  A.   BOTH.

11:44:55 12       MR. O'DONNELL:   AND, YOUR HONOR, THAT'S PAGE 740, LINE 2

11:44:58 13  TO 741, LINE 8.  AND IT WOULD THE DEPOSITION IS JX 116.  AGAIN, THE

11:45:09 14  PAGES ARE 740, LINE 2 TO 741, LINE 8.

11:45:18 15  BY MR. O'DONNELL:

11:45:18 16  Q.   IN THAT DEPOSITION IN FEBRUARY 2009, WERE YOU ALSO ASKED TO

11:45:25 17  ESTIMATE HOW MUCH OF THE CENTRAL SECTION OF REACH 2 BETWEEN BAYOU

11:45:33 18  BIENVENUE AND BAYOU DUPRE YOU CONSIDERED TO BE A VICTIM OR TO HAVE

11:45:38 19  HAD THIS PHENOMENON OCCUR TO ITS CROWNS AT THE TIME OF KATRINA?

11:45:43 20  A.   YES.

11:45:43 21  Q.   AND WHAT DID YOU ESTIMATE?

11:45:44 22  A.   THIRTY PERCENT.

11:45:44 23  Q.   WHAT DID YOU LATER CONCLUDE IT WAS?

11:45:46 24  A.   FIFTY PERCENT.

11:45:47 25  Q.   NOW, LET'S GO THROUGH SOME ARMY CORPS OF ENGINEERS DOCUMENTS

11:45:53  1    PREDATING KATRINA THAT ESTABLISHED THIS PHENOMENON.  OKAY, SIR?

11:45:58  2            MR. STONE:  YOUR HONOR, OBJECTION HERE BECAUSE I BELIEVE

11:46:00  3    THEY'RE GETTING INTO THE REPORT THAT THEY FILED APRIL OR PROVIDED US

11:46:04  4    APRIL THE 3RD THAT HAS BEEN WITHDRAWN.

11:46:07  5            THE COURT:  NOT WITH THE CORPS OF ENGINEERS'S DOCUMENTS,

11:46:10  6    ARE THEY?

11:46:12  7            MR. O'DONNELL:  NO.  I WILL REPRESENT TO THE COURT THAT WE

11:46:18  8    ARE ACIDULOUSLY NOT GOING INTO THE APRIL 3, 2009 REPORT.  CORRECT,

11:46:22  9    DR. BEA?

11:46:23 10            THE WITNESS:  CORRECT.

11:46:24 11            MR. O'DONNELL:  RATHER I AM GOING TO SHOW YOU THE STATE OF

11:46:26 12    HIS KNOWLEDGE UP TO THE TIME OF HIS REPORTS AND DEPOSITION WILL

11:46:29 13    ANSWER ONE OF THE COURT'S QUESTIONS HOW MUCH ABOUT THE LATERAL

11:46:32 14    SUBSIDENCE CONTRIBUTED TO LOWERING OF THE CROWNS IN THIS AREA.  I AM

11:46:38 15    NOT RELYING ON THE APRIL 3 RESEARCH.

11:46:39 16            MR. STONE:  I WITHDRAW THE OBJECTION, YOUR HONOR.

11:46:43 17            THE COURT:  THANK YOU, SIR.  AND RE-URGE IT AGAIN IF YOU

11:46:45 18    FEEL NECESSARY, WHICH I'M SURE YOU WILL.  GO AHEAD.

11:46:48 19            MR. O'DONNELL:  I'LL REPRESENT TO YOU THAT HIS CONCLUSIONS

11:46:49 20    PRE-APRIL 3 REPORT ARE NOT INCONSISTENT AND THE APRIL 3 REPORT WAS A

11:46:52 21    MERE REFINEMENT.  SO I BELIEVE MR. BRUNO IN DISCRETIONING THE BETTER

11:46:57 22    PART OF VALOR WITHDREW THAT REPORT BECAUSE WE WERE PRETTY CONFIDENT

11:47:01 23    WE HAD PRIOR INFORMATION.

11:47:02 24            THE COURT:  THANK YOU, SIR.

11:47:03 25            MR. O'DONNELL:  THANK YOU, YOUR HONOR.

─── DAILY COPY ───

11:47:04 1            SIR, GO TO SLIDE 12, WOULD YOU, PLEASE.  THIS IS, YOUR

11:47:09 2   HONOR, PX 72.

11:47:13 3            THE COURT:  AND THAT WOULD BE IN WHICH REPORT?

11:47:18 4            MR. O'DONNELL:  JULY 11, 2008 REPORT.

11:47:23 5            THE COURT:  WE'LL GET IT.

11:47:24 6            MR. O'DONNELL:  IT'S CALLED DECLARATION ONE.

11:47:27 7            THE COURT:  I AM VERY FAMILIAR WITH IT, I JUST WANT TO GET

11:47:29 8   IT.

11:47:32 9            MR. O'DONNELL:  AS YOU UNDERSTAND, HE WROTE 2,300 PAGES OF

11:47:36 10  REPORTS.

11:47:37 11           THE COURT:  I UNDERSTAND IT QUITE WELL.  MY SUMMARY IS, I

11:47:43 12  BROKE DOWN SOMEWHERE ALONG THE LINE, BUT IT'S A LOT SHORTER,

11:47:51 13  THEREFORE I MISSED A LOT.

11:47:51 14           MR. O'DONNELL:  THERE MAY BE ONLY FOUR PEOPLE ON THE

11:47:51 15  PLANET, MR. STONE, YOU, ME AND THE WITNESS WHO MAYBE READ THEM IN

11:47:54 16  THEIR ENTIRETY.

11:47:54 17  BY MR. O'DONNELL:

11:47:54 18  Q.  IS THAT WHY YOU DON'T SLEEP, DR. BEA?

11:47:57 19  A.  THAT'S CORRECT.

11:47:58 20  Q.  LET'S GO TO SLIDE 12, PX 72, PAGE 35.  IS THIS FROM YOUR REPORT,

11:48:04 21  SIR?

11:48:04 22  A.  YES, IT IS.

11:48:06 23  Q.  DOES THIS INFORMATION COME FROM THE ARMY CORPS OF ENGINEERS?

11:48:07 24  A.  DIRECTLY.

11:48:08 25  Q.  OKAY.  TELL US WHAT IT IS SHOWING AS ITS SUPPORTS YOUR OPINION

11:48:13 1   WITH REGARD TO LATERAL DISPLACEMENT.

11:48:16 2   A.   THIS IS A LOCATION BETWEEN BAYOU BIENVENUE AND BAYOU DUPRE

11:48:24 3   CLOSER TO BAYOU BIENVENUE, A NON-SHEET PILED AREA THAT IS NOT A LOW

11:48:36 4   AREA NOR A HIGH AREA BUT A TYPICAL AREA THAT WE CHOSE TO STUDY OF

11:48:44 5   BREACHING MECHANICS IN THIS PORTION OF REACH 2.  IT'S CHRONICALLY

11:48:53 6   THE LISTS OF SOIL THAT THE CORPS OF ENGINEERS PLACED AT THIS

11:48:58 7   LOCATION AS A FUNCTION OF TIME.  IN ADDITION, THERE ARE TWO

11:49:03 8   HORIZONTAL LINES SHOWN THAT IDENTIFY THE HURRICANE KATRINA,

11:49:11 9   HURRICANE BETSY SURGE ELEVATIONS, AND THERE WAS A THIRD ONE NOTED

11:49:17 10  THERE, THE APPROXIMATE HURRICANE CAMILLE SURGE.

11:49:23 11         TOTAL SETTLEMENT ATTRIBUTED TO THE EBSBS CONSTRUCTION WAS

11:49:36 12  15.5 FEET.

11:49:36 13  Q.  LET ME SEE IF I CAN UNDERSTAND THIS.  FIRST OF ALL, THE TIMELINE

11:49:38 14  IF FROM 1966 UP TO 2005?

11:49:39 15  A.  THAT'S CORRECT.

11:49:40 16  Q.  ALMOST FOUR DECADES?

11:49:42 17  A.  THAT'S CORRECT.

11:49:42 18  Q.  AND IN TERMS OF OUR LOCATION -- LET'S GO TO THE PRIOR SLIDE 11.

11:49:48 19        THE COURT:  COUNSEL, JUST FOR MY REFERENCE, CAN YOU GO

11:49:52 20  BACK TO THAT ONE?

11:49:54 21        MR. O'DONNELL:  SLIDE 12.

11:49:55 22        THE COURT:  I AM SEEING INCREMENTS OF LOOKS LIKE FIVE

11:49:59 23  YEARS AND I SEE 2001.  IS THE END SUPPOSED TO BE 2005 EVEN THOUGH

11:50:05 24  IT'S NOT MARKED?

11:50:06 25        MR. O'DONNELL:  I BELIEVE SO.  IS THAT TRUE, DR. BEA?

11:50:09 1          THE WITNESS:  THAT'S CORRECT.

11:50:09 2          MR. O'DONNELL:  BECAUSE IT'S THE KATRINA REFERENCE.  THANK

11:50:12 3  YOU.  I COULD HAVE SCALED IT DIFFERENTLY, YOUR HONOR.

11:50:14 4          THE COURT:  NO, THAT'S FINE.

11:50:15 5  BY MR. O'DONNELL:

11:50:16 6  Q.  LET'S GO BACK TO SLIDE 11, PX 11 -- I'M SORRY, IT'S PX 1812.1

11:50:23 7  (GIS).  WHAT IS SLIDE 3 AND HOW DOES THAT CORRESPOND TO SLIDE 12?

11:50:31 8  A.  THEY'RE THE SAME SITE.

11:50:33 9  Q.  AND YOU SAID THIS IS SORT OF MIDDLING SITE IN TERMS OF WHAT?

11:50:35 10 A.  IN TERMS OF THE CROWN ELEVATION OF THE PROTECTED STRUCTURES

11:50:40 11 BETWEEN DUPRE AND BIENVENUE.

11:50:43 12 Q.  DOES THE INSET HERE SHOW THAT AT THE TIME OF KATRINA THE

11:50:48 13 ELEVATION OF THE CROWN AT THIS PARTICULAR SITE 3 WAS ABOUT 15 AND A

11:50:54 14 HALF FEET?

11:50:54 15 A.  SIXTEEN PRECISELY.

11:50:55 16 Q.  SIXTEEN FEET.  AND IF WE GO TO 12, CAN YOU SHOW US HOW THAT

11:51:00 17 CORRESPONDENCES TO -- IS THAT THE BLUE LINE?  WHERE DO I FIND

11:51:18 18 16 FEET AT KATRINA AND THE BLUE LINE -- IS IT THE BLUE LINE.

11:51:18 19 A.  IT'S THE BLUE LINE AND FAR TO THE RIGHT WHERE THE ARROW POINTS

11:51:22 20 DOWN TO HURRICANE KATRINA SHOWS AN ELEVATION OF 16 FEET.

11:51:28 21          THE COURT:  IN 2005 IT'S SHOWING THE PROGRESSION, I

11:51:32 22 ASSUME.

11:51:33 23          THE WITNESS:  CORRECT.

11:51:34 24          THE COURT:  OR REGRESSION.  AND THE 2005 IT SHOWS

11:51:38 25 APPROXIMATELY 16 FEET.

— DAILY COPY —

11:51:39  1            THE WITNESS:  CORRECT.

11:51:40  2   BY MR. O'DONNELL:

11:51:41  3   Q.  AND SO HOW MUCH HAD THE, ACCORDING TO THE CORPS' OWN DATA, HOW

11:51:46  4   MUCH SETTLEMENT HAD THERE BEEN AT THIS LOCATION OVER TIME?

11:51:49  5   A.  FIFTEEN AND A HALF FEET.

11:51:53  6   Q.  AND DO YOU ATTRIBUTE ANY OF THAT TO LATERAL DISPLACEMENT?

11:51:57  7   A.  YES.

11:51:58  8            THE COURT:  EXCUSE ME.  THIS IS WHERE I AM -- WHEN I SAW

11:52:03  9   THE 15 AND A HALF FEET I WAS A LITTLE CONFUSED.  THE TOTAL

11:52:06 10   SETTLEMENT BEING 15 AND A HALF FEET, THAT INDICATES THAT THE

11:52:12 11   STRUCTURE HAD SETTLED 15 AND A HALF FEET?

11:52:17 12            MR. O'DONNELL:  RIGHT.

11:52:17 13            THE COURT:  MEANING AT ONE TIME IT HAD TO BE 31 FEET?  I'M

11:52:20 14   A LITTLE CONFUSED.

11:52:21 15   BY MR. O'DONNELL:

11:52:22 16   Q.  OKAY.  WOULD YOU EXPLAIN THAT PLEASE, DR. BEA.

11:52:24 17   A.  IT'S LIKE SITTING ON A BED AND GETTING UP OFF THE BED AND THEN

11:52:28 18   SITTING BACK ON THE BED.  THE BED DOESN'T REBOUND.

11:52:35 19            THE COURT:  IT'S A CUMULATIVE --

11:52:36 20            THE WITNESS:  YES.

11:52:37 21            THE COURT:  IT'S NOT A RAW NUMBER FROM A TO Z, IT'S THE

11:52:45 22   INCREMENTAL AMOUNT OF SETTLEMENT TOOK PLACE WITH LIFTS AND RISES

11:52:50 23   OVER A PERIOD OF TIME?

11:52:52 24            THE WITNESS:  PRECISELY.

11:52:53 25            THE COURT:  I UNDERSTAND.  I JUST WANT IT IN THE RECORD.

11:52:55 1          MR. O'DONNELL:  THE COURT HAS A DEVILISH PROBLEM BECAUSE

11:52:59 2  OF THE SITE AND THE MATERIAL, ET CETERA, AND THERE WAS CONSTANT AS

11:53:02 3  YOU KNOW UPLIFTS OR LIFT UPS.

11:53:04 4          THE COURT:  SO A SIGN OF RISING AND FALLING, I UNDERSTAND.

11:53:09 5          MR. O'DONNELL:  RIGHT.  SO DURING THIS 40-YEAR PERIOD YOU

11:53:11 6  HAVE AN AGGREGATE OR CUMULATIVE OF ADDING THEM ALL UP, YOUR HONOR.

11:53:15 7          THE COURT:  THAT CERTAINLY EXPLAINS IT, THANK YOU.

11:53:18 8  BY MR. O'DONNELL:

11:53:20 9  Q.  LET'S GO NOW IF WE COULD -- I'M SORRY.  HOW MUCH OF THAT

11:53:22 10 SETTLEMENT DO YOU ATTRIBUTE TO THE LATERAL DISPLACE?

11:53:26 11 A.  APPROXIMATELY 25 PERCENT.

11:53:27 12 Q.  AND WE'LL FIND OUT WHERE THAT NUMBER COMES FROM IN A MOMENT.

11:53:30 13         THE COURT:  TWENTY-FIVE PERCENT?

11:53:32 14         THE WITNESS:  TWO-FIVE.  A QUARTER.

11:53:34 15         THE COURT:  YES, THANK YOU.

11:53:35 16 BY MR. O'DONNELL:

11:53:36 17 Q.  LET'S GO TO SLIDE 13, WHICH IS PX 82, PAGE 69.  AND DID YOU

11:53:42 18 DESIGN THIS LITTLE CHART, SIR?

11:53:44 19 A.  I ACTUALLY USED THE BASE CHART THAT WAS PRODUCED BY DUNCAN

11:53:51 20 FITZGERALD AND HIS TEAM.

11:53:53 21         THE COURT:  THE COURT HAS SEEN SOMETHING VERY SIMILAR TO

11:53:56 22 THAT WHEN DR. FITZGERALD TESTIFIED.

11:53:58 23         MR. O'DONNELL:  YES.  AND I AM GOING TO TRY TO BORE DOWN,

11:54:02 24 IF YOU WILL, TO HOW THIS EFFECTS THE LOWERING OF THE CROWNS OF

11:54:04 25 REACH 2.

───────── DAILY COPY ─────────

11:54:05 1          THE COURT:  THE COURT BECAME VERY -- WELL, A LOT MORE

11:54:08 2    FAMILIAR WITH INTERDISTRIBUTARY MATERIAL.

11:54:12 3          MR. O'DONNELL:  I THINK ONCE YOU CAN PRONOUNCE IT, YOU

11:54:21 4    UNDERSTAND IT.

11:54:21 5    BY MR. O'DONNELL:

11:54:21 6    Q.  WOULD YOU BRIEFLY TELL US, SIR, WHAT'S GOING ON HERE AND HOW IT

11:54:21 7    RELATES TO YOUR OPINION IN PARTICULAR?

11:54:22 8    A.  WELL, YOU CAN START LOOKING AT THE RED ARROW.  THAT'S THE

11:54:28 9    POSITIONING OF SOILS TO FORM THE MAN-MADE EARTHEN FLOOD PROTECTION

11:54:36 10   STRUCTURES ON THE LENGTH OF REACH 2.  AS YOU INCREASE THE WEIGHT DUE

11:54:43 11   TO THAT OVERBURDEN PRESSURE, SEVERAL CONTRIBUTORS TO SETTLEMENT

11:54:50 12   BEGIN TO SHOW UP.  THE ONE THAT'S BEING SHOWN HERE IS THIS LATERAL

11:54:55 13   SQUEEZING, LIKE SQUEEZING TOOTHPASTE OUT OF A TOOTHPASTE TUBE

11:55:01 14   WITHOUT A TOP.  AND WITHOUT A TOP END IS REPRESENTED BY THE MRGO

11:55:10 15   CHANNEL.

11:55:11 16          AS THE PRESSURE INCREASES, THE MATERIAL IS BEING FORCED

11:55:15 17   LATERALLY INTO THE CHANNEL.  TO MAINTAIN THE CHANNEL DEPTH SO THAT

11:55:22 18   WE CAN GIVE SHIFTS ROOM, MAINTENANCE DREDGING HAS TO BE DONE.  AND

11:55:28 19   IN SOME CASES WE ALSO USE THE CHANNEL AS A BORROW PIT TO CONSTRUCT

11:55:35 20   THE EARTHEN FLOOD PROTECTION STRUCTURES.  AND SO IT'S A MAN-MADE

11:55:43 21   CIRCLE.  YOU PUSH IT HIGHER, IT SQUEEZES MORE IN.  IT WOULD BE A

11:55:48 22   NICE DREDGING CONTRACT TO HAVE.

11:55:55 23   Q.  UNLESS YOU'RE THE AMERICAN TAXPAYER, RIGHT?

11:55:57 24          LET ME ASK YOU THIS QUESTION.  THIS CYCLE, IS THERE

11:56:01 25   SOMETHING ABOUT THE WEIGHT WITH ALL OF THIS DIRT AND MORE DIRT BEING

11:56:06 1  PUT THERE THAT AFFECTS THE SQUEEZING OR CREEPING?

11:56:10 2  A.  YES.  THE GREATER THE WEIGHT THE MORE SQUEEZING.

11:56:15 3  Q.  SO IF I SQUEEZE THE TOOTHPASTE GENTLY, A CERTAIN AMOUNT COMES

11:56:19 4  OUT, RIGHT?

11:56:19 5  A.  THAT'S CORRECT.

11:56:20 6  Q.  AND GRAB IT AND JUST GIVE IT A GOOD CLINCH YOU GET MORE, IS THAT

11:56:23 7  BASICALLY WHAT WE'RE DEALING WITH HERE?

11:56:24 8  A.  YOU GOT THE PICTURE, YES, SIR.

11:56:25 9  Q.  HOW DOES THE WIDENING OF THE CHANNEL THROUGH BANK EROSION ALSO

11:56:33 10 ACCELERATE OR INFLUENCE THE DISPLACEMENT PROCESS?

11:56:37 11 A.  AS THE CHANNEL WIDENS, THE TRAVEL PATH THROUGH THIS LATERAL

11:56:41 12 SQUEEZING MATERIAL IS BEING SHORTENED.  SO IT CAN ESCAPE FASTER AND

11:56:49 13 WITH MORE INTENSITY.

11:56:51 14 Q.  ARE YOU FAMILIAR WITH THE MYTH OF SISYPHUS?

11:56:55 15 A.  NO, I AM NOT.

11:56:55 16 Q.  I THINK THE GODS DOOMED HIM --

11:56:58 17         THE COURT:  THE ROCK UP?

11:57:00 18 BY MR. O'DONNELL:

11:57:01 19 Q.  -- TO PUSH A ROCK UP A HILL, AND JUST AS HE GOT TO THE TOP IT,

11:57:04 20 IT KEPT COMING BACK DOWN AND THAT WAS HIS PUNISHMENT FOR ETERNITY.

11:57:08 21 UNDERSTANDING THAT --

11:57:09 22         THE COURT:  I CAN'T TELL YOU HOW MUCH I FEEL SISYPHUS'

11:57:14 23 PAIN.  BUT GO AHEAD.

11:57:16 24         THE WITNESS:  ME, TOO.

11:57:21 25         THE COURT:  SORRY.

11:57:21 1          MR. O'DONNELL:  I DIDN'T HAVE THAT IN MIND, BUT IT'S

11:57:23 2 PROBABLY MORE RELEVANT THAN INTERDISTRIBUTARY DISPLACEMENT.

11:57:28 3          THE WITNESS:  AND PLEASE REMEMBER I AM AN ENGINEER.

11:57:31 4          MR. O'DONNELL:  I APPRECIATE THAT.

11:57:33 5          I CAN'T GET THE QUESTION OUT, YOUR HONOR.

11:57:43 6 BY MR. O'DONNELL:

11:57:43 7 Q.  IS THERE A MYTH SISYPHUS PROBLEM CONFRONTING THE CORPS WITH THIS

11:57:43 8 CYCLE AND THEY NEVER CAN QUITE GET THE CANAL WHERE THEY WANT IT IN

11:57:46 9 TERMS --

11:57:47 10 A.  YES.  AND THEY ENCOUNTERED IT BEFORE.

11:57:49 11 Q.  LET'S CLARIFY ONE THING.  WHEN YOU DISCUSS THAT OVER 40 YEARS ON

11:57:56 12 THE PRIOR GRAPHIC THERE HAD BEEN A SETTLEMENT OF AN AGGREGATE 15 AND

11:58:01 13 A HALF FEET AND THEY HAD TO ADD MORE DIRT.  I TAKE IT THEY DIDN'T

11:58:04 14 JUST COME IN AND ADD 15 AND A HALF FEET BUT IT WAS DONE OVER TIME

11:58:08 15 AND DIRT OR SPOIL WAS ADDED OVER TIME TO TRY TO GET BACK TO THE

11:58:11 16 AUTHORIZED CROWN ELEVATION, CORRECT?

11:58:13 17 A.  THAT IS CORRECT.  JUDGE DUVAL HAD IT CORRECT.

11:58:17 18 Q.  IF THERE'S ANYBODY WHO WE WANT TO GET IT CORRECT, IT'S JUDGE

11:58:22 19 DUVAL.

11:58:23 20 A.  AGREED.

11:58:24 21 Q.  LET'S --

11:58:26 22          MR. O'DONNELL:  ONE MORE TOPIC I THINK YOUR HONOR AND I

11:58:28 23 CAN GET TO NOON.

11:58:28 24 BY MR. O'DONNELL:

11:58:29 25 Q.  LET'S GO TO SLIDE 14, IF YOU WOULD, PLEASE, SIR.  AND, YOUR

11:58:33 1  HONOR, THIS COMES FROM TWO EXHIBITS, PX 1594 AND PX 82, PAGE 69.

11:58:42 2  IT'S ENTITLED MULTIPLE MODES OF LOSS OF PROTECTIVE ELEVATIONS.  AND

11:58:46 3  CAN YOU DESCRIBE THIS FOR US, SIR?

11:58:48 4  A.  WELL, THE GRAPHICAL CHARACTERIZATION CONSISTS OF THREE PARTS.

11:58:56 5  STARTING AT THE UPPER LEFT-HAND SIDE IS A CHARACTERIZATION OF THE

11:59:04 6  FIRST COMPONENT THAT LEADS TO THE LOSS OF PROTECTIVE ELEVATION.

11:59:10 7  THIS IS REGIONAL SUBSIDENCE.  FOR THE AREA OF CONCERN IT'S

11:59:16 8  APPROXIMATELY FIVE MILLIMETERS PER YEAR.

11:59:21 9  HOWEVER, ALONG THE EARTHEN FLOOD PROTECTION STRUCTURE,

11:59:25 10  IT'S MUCH HIGHER, GREATER THAN 25 MILLIMETERS PER YEAR.  REGIONAL

11:59:32 11  SUBSIDENCE IS DUE TO THE COMPACTION OF MATERIAL AND GREAT DEPTH, AND

11:59:39 12  THIS ILLUSTRATION COMES FROM A PUBLIC PUBLICATION CONCERNING

11:59:46 13  ANALYSIS OF SURVEY DATA IN THIS AREA.

11:59:51 14  Q.  IS THE AUTHOR DIXON?

11:59:53 15  A.  THAT'S CORRECT.

11:59:54 16  Q.  TELL US THEN WHAT THE SECOND FACTOR IS IN LOWER THE EARTH'S

11:59:58 17  SURFACE IN THIS AREA.

11:59:59 18  MR. STONE:  YOUR HONOR, I NEED TO OBJECT TO THIS EXHIBIT

12:00:02 19  BECAUSE THAT APPEARS TO COME FROM THE APRIL 3RD REPORT.

12:00:08 20  BY MR. O'DONNELL:

12:00:09 21  Q.  IS THAT TRUE, DR. BEA?

12:00:10 22  A.  NO, THAT'S NOT TRUE.

12:00:11 23  THE COURT:  IF WE CAN GET THIS CLARIFIED, IT'S HARD FOR ME

12:00:14 24  TO RULE ON IT.  I TELL YOU WHAT --

12:00:19 25  MR. O'DONNELL:  WHY DON'T I CHECK THAT, BUT I THINK IT

12:00:22 1   COMES FROM TWO OTHER EXHIBITS THAT PREDATE IT.  WHAT WE'LL DO IS

12:00:26 2   DOUBLE CHECK IT, IF IT'S A GOOD BREAKING POINT.

12:00:29 3        THE COURT:  IT IS, IT'S A GOOD BREAKING POINT.  I'LL

12:00:30 4   RESERVE RULING ON YOUR OBJECTION UNTIL WE GET THIS CLEARED UP.  HOW

12:00:35 5   ABOUT -- 1:15 BE ALL RIGHT WITH EVERYONE?  1:15.  WE'RE IN RECESS

12:00:42 6   UNTIL 1:15.

7        (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

8

9              * * * * * *

10

11            REPORTER'S CERTIFICATE

12

13     I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES

14   DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY

15   THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF

16   MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

17   THE ABOVE-ENTITLED AND NUMBERED MATTER.

18

19

20

21

22         _Karen A Ibos_

23       KAREN A. IBOS, CCR, RPR, CRR

24       OFFICIAL COURT REPORTER

25

**'**

**'07** [1] - 1079:20
**'58** [1] - 1015:24
**'72** [1] - 1075:2
**'73** [2] - 1074:11, 1075:2
**'74** [1] - 1074:11

**0**

**06-CV-2268** [1] - 1006:4

**1**

**1** [31] - 1010:12, 1010:21, 1011:1, 1011:5, 1012:9, 1012:11, 1014:15, 1015:1, 1019:2, 1019:10, 1019:18, 1028:14, 1030:21, 1036:23, 1037:24, 1039:17, 1046:24, 1047:11, 1047:17, 1048:10, 1070:2, 1076:18, 1089:23, 1095:22, 1099:6, 1105:17, 1109:18, 1109:22, 1110:10, 1110:16
**10** [1] - 1105:13
**10,000** [3] - 1088:17, 1088:21, 1091:23
**100** [1] - 1042:15
**1000** [1] - 1006:14
**10022** [1] - 1007:24
**1006** [1] - 1086:24
**101** [2] - 1034:14, 1034:21
**102** [1] - 1045:11
**103** [1] - 1046:24
**104** [4] - 1034:13, 1034:18, 1077:23, 1080:22
**105** [2] - 1075:12, 1076:5
**106** [2] - 1035:7, 1043:25
**107** [2] - 1039:7, 1080:22
**10:30** [1] - 1056:2
**11** [6] - 1046:6, 1106:18, 1114:3, 1115:17, 1116:5
**1100** [1] - 1006:24
**116** [1] - 1112:12
**12** [7] - 1065:22, 1110:2, 1113:25, 1114:19, 1115:20,

1116:6, 1116:15
**12.5** [1] - 1111:24
**1205** [1] - 1007:19
**125** [1] - 1047:20
**1261** [1] - 1007:9
**13** [2] - 1056:5, 1118:16
**13.0** [1] - 1046:25
**1322** [1] - 1065:21
**1366** [1] - 1007:10
**14** [5] - 1012:8, 1046:1, 1085:1, 1085:2, 1121:24
**1459** [2] - 1082:22, 1083:12
**15** [12] - 1039:14, 1045:22, 1047:12, 1047:21, 1048:15, 1068:9, 1116:12, 1117:8, 1117:9, 1117:10, 1121:11, 1121:13
**15.5** [3] - 1045:23, 1045:24, 1115:11
**159** [1] - 1108:12
**1594** [1] - 1121:25
**16** [5] - 1047:12, 1089:2, 1116:17, 1116:19, 1116:24
**162** [1] - 1106:25
**17** [3] - 1039:18, 1039:19, 1046:6
**17-FOOT** [2] - 1067:13, 1067:14
**17.0** [1] - 1045:16
**177** [1] - 1108:11
**1771** [2] - 1054:15, 1054:21
**178** [1] - 1108:10
**18** [5] - 1039:19, 1067:15, 1067:17, 1067:20
**18.2** [1] - 1067:20
**1812.1** [1] - 1116:5
**1956** [2] - 1024:18, 1037:14
**1966** [1] - 1115:13
**197** [2] - 1034:13, 1034:18
**1970'S** [1] - 1071:11
**1972** [1] - 1074:11
**1990** [1] - 1085:6
**1:15** [1] - 1123:4, 1123:5

**2**

**2** [37] - 1014:15, 1019:2, 1019:10, 1031:17, 1031:20,

1032:6, 1035:4, 1038:9, 1040:23, 1046:16, 1054:15, 1063:4, 1076:22, 1089:24, 1089:25, 1093:3, 1093:14, 1093:17, 1093:20, 1093:22, 1095:21, 1096:14, 1099:3, 1102:19, 1103:2, 1105:17, 1105:22, 1106:21, 1108:7, 1109:7, 1111:11, 1112:11, 1112:13, 1112:16, 1115:4, 1118:24, 1119:9
**2,000** [1] - 1088:23
**2,300** [1] - 1114:8
**2.1** [1] - 1011:7
**2.28** [1] - 1045:12
**2.39** [2] - 1034:14, 1034:24
**2.40-A** [1] - 1051:5
**2.40-D** [2] - 1038:9, 1043:25
**2.440-D** [1] - 1035:6
**20** [1] - 1047:11
**2001** [1] - 1115:22
**20044** [1] - 1008:14
**2005** [6] - 1023:18, 1055:16, 1115:13, 1115:22, 1116:20, 1116:23
**2007** [1] - 1056:16
**2008** [8] - 1011:2, 1034:11, 1034:16, 1076:3, 1106:18, 1107:17, 1109:8, 1114:3
**2009** [12] - 1006:5, 1010:2, 1010:22, 1010:24, 1012:8, 1013:13, 1106:14, 1109:13, 1109:23, 1112:1, 1112:15, 1113:7
**206** [1] - 1086:23
**2150** [1] - 1082:11
**2151** [1] - 1082:11
**21ST** [1] - 1086:21
**24** [3] - 1006:5, 1010:2, 1065:22
**25** [2] - 1118:10, 1122:9
**26** [1] - 1079:24
**2626** [1] - 1007:20
**2655** [1] - 1007:6
**27** [1] - 1112:1
**27TH** [1] - 1091:9
**28** [1] - 1056:19

**289** [1] - 1088:25
**29** [6] - 1056:19, 1057:5, 1078:7, 1106:14, 1109:12, 1109:23
**29TH** [2] - 1055:16, 1110:10
**2B** [1] - 1042:7
**2C** [17] - 1035:20, 1036:22, 1038:19, 1038:20, 1045:9, 1047:12, 1048:2, 1048:7, 1048:8, 1066:15, 1066:18, 1067:15, 1069:24, 1070:1, 1077:9, 1078:1, 1078:9

**3**

**3** [21] - 1010:22, 1011:1, 1011:5, 1018:24, 1019:7, 1019:13, 1019:22, 1019:23, 1028:13, 1036:23, 1039:18, 1047:11, 1070:11, 1070:12, 1090:5, 1113:7, 1113:14, 1113:19, 1116:6, 1116:12
**3,000** [3] - 1067:10, 1067:12, 1068:25
**3.2** [1] - 1020:9
**3.9** [1] - 1021:7
**30** [12] - 1016:21, 1017:12, 1018:18, 1019:17, 1019:24, 1020:15, 1021:3, 1022:12, 1022:16, 1024:14, 1058:20, 1088:11
**30(B)(6** [2] - 1085:10, 1085:17
**300** [1] - 1067:12
**3000** [1] - 1064:15
**31** [1] - 1117:12
**3102** [1] - 1006:24
**325** [1] - 1007:24
**35** [1] - 1114:19
**36** [1] - 1048:15
**3668** [1] - 1007:2
**369** [1] - 1086:2
**37** [1] - 1080:22
**39** [3] - 1075:13, 1075:14, 1080:5
**3RD** [2] - 1113:3, 1122:18

**4**

**4** [6] - 1013:11, 1013:13, 1020:13, 1020:18, 1021:10, 1021:15
**4.0** [1] - 1020:10
**4.6** [3] - 1019:25, 1020:9, 1020:11
**4.8** [2] - 1021:3, 1021:7
**4/19** [1] - 1009:5
**40** [6] - 1036:4, 1046:4, 1080:4, 1080:18, 1081:9, 1121:10
**40-YEAR** [1] - 1118:4
**48** [1] - 1107:5

**5**

**5** [3] - 1006:9, 1020:22, 1093:3
**5.1** [3] - 1020:2, 1035:20, 1035:25
**5.3** [2] - 1021:3, 1021:7
**5.4** [2] - 1019:10, 1021:8
**5.7** [1] - 1021:4
**5.8** [2] - 1019:10, 1020:3
**5.9** [2] - 1020:2, 1020:10
**500** [1] - 1008:16
**500-FOOT** [1] - 1048:14
**504** [1] - 1008:17
**519** [1] - 1007:13
**53** [4] - 1056:18, 1079:20, 1079:22, 1079:24
**550** [1] - 1006:14
**556** [1] - 1007:3
**56TH** [1] - 1091:24
**57TH** [1] - 1007:24
**58/2** [1] - 1009:6
**589-7776** [1] - 1008:17
**5:00** [1] - 1056:23
**5:30** [1] - 1056:24

**6**

**6** [4] - 1020:25, 1021:12, 1023:24
**6.2** [1] - 1021:5
**6.3** [2] - 1021:4, 1021:7
**6.4** [2] - 1030:23, 1031:2

**6.5** [3] - 1019:10, 1020:3, 1020:11
**6.8** [6] - 1012:13, 1012:14, 1012:23, 1021:5, 1021:8
**600** [1] - 1008:3
**601** [1] - 1007:6
**604** [1] - 1008:3
**60S** [1] - 1104:20
**610** [1] - 1006:21
**618** [1] - 1007:16
**650** [2] - 1064:14, 1067:9
**66** [2] - 1109:15, 1109:23
**69** [2] - 1118:16, 1121:25
**6:30** [8] - 1057:6, 1080:7, 1080:24, 1081:9, 1081:14, 1081:22, 1082:3, 1082:4

## 7

**7** [1] - 1111:2
**7.0** [1] - 1019:10
**7.2** [1] - 1019:10
**7.4** [1] - 1019:10
**700** [1] - 1088:25
**70113** [2] - 1006:18, 1006:21
**70130** [2] - 1008:3, 1008:17
**70130-6004** [1] - 1007:6
**702C** [4] - 1071:20, 1072:14, 1078:23, 1079:5
**70381** [1] - 1007:20
**70502-3668** [1] - 1007:3
**70726** [1] - 1007:13
**70801-1910** [1] - 1007:17
**70821-1366** [1] - 1007:10
**72** [4] - 1106:17, 1107:11, 1114:1, 1114:19
**740** [2] - 1112:11, 1112:13
**741** [2] - 1112:12, 1112:13
**75219** [1] - 1006:24
**78** [1] - 1108:10
**7:00** [1] - 1039:9
**7:30** [4] - 1035:9, 1044:20, 1057:11, 1057:13

## 8

**8** [7] - 1012:1, 1018:21, 1018:23, 1030:18, 1112:12, 1112:13
**8)** [1] - 1111:2
**8,000** [1] - 1088:21
**8.7** [3] - 1030:22, 1030:25, 1031:4
**80** [11] - 1016:20, 1017:13, 1018:19, 1019:20, 1020:7, 1020:18, 1021:6, 1022:12, 1022:16, 1023:2, 1023:6
**82** [2] - 1118:16, 1121:25
**83** [2] - 1109:18, 1110:9
**84** [2] - 1109:13, 1109:16
**84/10** [1] - 1009:9
**84/22** [1] - 1009:10
**85/18** [1] - 1009:11
**855** [1] - 1006:17
**888** [1] - 1008:13
**8:00** [3] - 1011:10, 1035:12, 1038:12
**8:30** [5] - 1057:20, 1058:6, 1080:11, 1081:9, 1081:23

## 9

**9** [2] - 1100:24, 1105:12
**9.4** [2] - 1012:18, 1012:22
**90071-2627** [1] - 1006:15
**98.2** [1] - 1100:25
**9:30** [1] - 1058:20

## A

**A** [402] - 1007:15, 1008:16, 1010:13, 1010:24, 1010:25, 1011:15, 1011:20, 1011:21, 1011:25, 1012:1, 1012:5, 1013:2, 1013:3, 1013:5, 1015:13, 1015:16, 1015:17, 1015:19, 1016:21, 1016:23, 1017:13, 1018:8, 1018:10, 1018:11, 1019:15, 1019:24, 1020:14, 1020:15, 1020:19,

1020:20, 1020:24, 1021:11, 1021:24, 1022:7, 1022:8, 1022:17, 1022:19, 1022:20, 1022:21, 1022:23, 1023:10, 1023:11, 1023:19, 1023:23, 1024:21, 1025:4, 1025:10, 1025:12, 1025:17, 1025:23, 1026:4, 1026:7, 1027:2, 1027:3, 1027:14, 1028:9, 1028:12, 1028:13, 1028:14, 1028:15, 1028:18, 1028:19, 1028:20, 1028:25, 1029:2, 1029:10, 1029:16, 1030:9, 1030:14, 1030:22, 1030:25, 1031:4, 1031:7, 1031:14, 1032:1, 1032:12, 1032:15, 1032:21, 1033:3, 1033:5, 1033:6, 1033:11, 1033:16, 1034:5, 1035:12, 1035:21, 1036:5, 1036:9, 1036:23, 1037:1, 1037:5, 1037:6, 1037:13, 1037:14, 1037:16, 1037:22, 1038:6, 1039:14, 1039:19, 1039:24, 1040:5, 1041:10, 1041:14, 1042:3, 1042:19, 1043:6, 1043:8, 1043:10, 1043:12, 1043:17, 1044:8, 1044:13, 1045:16, 1045:20, 1046:1, 1046:6, 1046:10, 1046:11, 1046:18, 1046:20, 1047:2, 1047:7, 1047:9, 1047:10, 1047:14, 1047:19, 1048:14, 1048:18, 1048:19, 1048:22, 1049:3, 1049:4, 1049:9, 1049:22, 1050:5, 1050:6, 1050:22, 1050:23, 1051:7, 1051:13, 1051:17, 1051:22, 1051:23, 1052:2, 1052:3, 1052:4, 1052:18, 1052:21, 1053:4, 1053:5, 1054:7,

1054:19, 1054:25, 1055:16, 1057:23, 1057:25, 1058:12, 1059:8, 1059:17, 1059:21, 1059:22, 1060:20, 1061:4, 1062:7, 1062:8, 1063:18, 1063:24, 1064:10, 1064:12, 1064:13, 1064:15, 1064:16, 1064:17, 1064:20, 1064:24, 1065:6, 1065:9, 1065:13, 1065:21, 1066:2, 1066:22, 1066:24, 1067:1, 1067:15, 1067:18, 1067:22, 1067:24, 1067:25, 1068:2, 1068:3, 1068:14, 1069:1, 1069:4, 1069:6, 1069:9, 1069:11, 1069:12, 1069:14, 1069:17, 1069:20, 1069:21, 1070:10, 1070:16, 1070:17, 1070:22, 1070:24, 1071:3, 1071:7, 1071:18, 1071:19, 1072:3, 1072:7, 1072:13, 1072:14, 1072:16, 1073:2, 1073:3, 1073:13, 1073:14, 1073:22, 1074:5, 1074:8, 1074:23, 1075:3, 1075:24, 1076:15, 1076:16, 1076:25, 1078:4, 1078:9, 1078:13, 1078:19, 1078:20, 1078:23, 1079:14, 1082:16, 1083:1, 1083:13, 1085:7, 1085:10, 1085:13, 1086:2, 1086:11, 1086:12, 1086:23, 1087:1, 1087:3, 1087:7, 1087:13, 1088:1, 1088:3, 1088:5, 1088:6, 1088:7, 1089:2, 1089:5, 1089:13, 1089:19, 1090:16, 1091:7, 1091:23, 1092:2, 1092:3, 1093:4, 1093:8, 1093:11, 1093:12, 1093:14, 1094:3, 1094:11, 1094:15, 1094:17, 1095:10,

1095:22, 1095:24, 1095:25, 1096:25, 1097:7, 1097:11, 1097:19, 1097:23, 1098:4, 1098:6, 1098:7, 1099:1, 1099:4, 1099:6, 1099:10, 1099:16, 1099:19, 1100:18, 1100:22, 1101:1, 1101:4, 1101:25, 1102:4, 1102:9, 1102:11, 1102:16, 1102:23, 1103:1, 1103:2, 1103:5, 1103:12, 1103:14, 1104:12, 1104:18, 1104:19, 1104:23, 1105:14, 1107:1, 1107:6, 1107:8, 1107:9, 1107:11, 1108:6, 1108:7, 1110:6, 1110:7, 1110:20, 1111:5, 1111:10, 1111:23, 1112:8, 1112:17, 1113:19, 1114:11, 1114:12, 1115:1, 1115:2, 1115:3, 1115:6, 1115:8, 1116:12, 1117:4, 1117:8, 1117:9, 1117:10, 1117:13, 1117:16, 1117:18, 1117:20, 1117:22, 1117:25, 1118:3, 1118:11, 1118:13, 1118:25, 1119:12, 1119:13, 1119:18, 1119:19, 1119:20, 1120:2, 1120:5, 1120:18, 1121:6, 1121:11, 1121:12, 1121:13, 1122:4, 1122:11, 1123:1, 1123:2, 1123:6, 1123:12, 1123:14, 1123:22
**A.M** [6] - 1011:10, 1035:12, 1038:12, 1039:9, 1056:23, 1056:24
**ABILITY** [1] - 1123:15
**ABLE** [2] - 1065:2, 1066:17
**ABOUT** [76] - 1010:11, 1015:6, 1017:16, 1022:11, 1025:6, 1026:16, 1027:2, 1028:1,

1028:12, 1030:19, 1031:2, 1031:24, 1032:1, 1036:2, 1036:4, 1036:10, 1038:9, 1038:15, 1038:24, 1040:12, 1040:20, 1042:10, 1046:18, 1048:7, 1048:8, 1050:12, 1051:1, 1054:8, 1059:9, 1059:12, 1059:14, 1059:17, 1060:7, 1060:12, 1060:19, 1063:11, 1064:10, 1066:21, 1067:8, 1068:15, 1068:16, 1068:17, 1070:10, 1070:22, 1071:19, 1075:15, 1078:20, 1079:16, 1080:7, 1080:11, 1080:13, 1080:20, 1080:24, 1084:8, 1085:7, 1085:18, 1086:16, 1088:20, 1089:3, 1089:4, 1089:14, 1092:7, 1093:13, 1093:14, 1093:21, 1093:22, 1096:1, 1096:6, 1096:7, 1100:23, 1102:4, 1106:10, 1113:12, 1116:12, 1119:24, 1123:4

**ABOVE** [5] - 1032:6, 1032:12, 1043:19, 1044:19, 1123:16

**ABOVE-ENTITLED** [1] - 1123:16

**ABSOLUTELY** [3] - 1073:1, 1083:16, 1102:4

**ACCELERATE** [1] - 1120:9

**ACCEPT** [1] - 1070:12

**ACCEPTED** [3] - 1100:8, 1100:13, 1100:18

**ACCOMPANIED** [1] - 1098:17

**ACCORDING** [11] - 1034:9, 1035:3, 1036:22, 1043:10, 1054:11, 1079:6, 1081:8, 1092:8, 1095:6, 1100:15, 1117:2

**ACCOUNT** [3] - 1024:4, 1074:21,

1074:25

**ACCURACY** [1] - 1061:23

**ACCURATE** [6] - 1016:21, 1016:22, 1026:20, 1071:9, 1074:17, 1081:13

**ACIDULOUSLY** [1] - 1113:7

**ACROSS** [2] - 1021:13, 1021:14

**ACT** [1] - 1101:22

**ACTING** [6] - 1031:19, 1031:21, 1037:1, 1101:22, 1102:15, 1104:12

**ACTION** [9] - 1029:17, 1033:6, 1074:24, 1079:21, 1101:15, 1101:21, 1102:2, 1102:23, 1111:3

**ACTS** [1] - 1101:12

**ACTUAL** [5] - 1029:23, 1030:6, 1040:21, 1068:5, 1107:3

**ACTUALLY** [2] - 1044:1, 1118:18

**ADD** [3] - 1105:3, 1121:12, 1121:13

**ADDED** [1] - 1121:14

**ADDING** [1] - 1118:5

**ADDITION** [1] - 1115:6

**ADDITIONAL** [8] - 1059:5, 1059:20, 1059:25, 1060:1, 1060:17, 1060:20, 1060:23, 1061:3

**ADDRESSED** [1] - 1099:15

**ADDRESSING** [1] - 1102:8

**ADJACENT** [7] - 1057:17, 1073:13, 1074:5, 1097:12, 1108:19, 1109:1, 1109:6

**ADJUST** [1] - 1030:15

**ADMIT** [1] - 1086:4

**ADMITS** [1] - 1083:17

**ADMITTED** [1] - 1087:6

**ADVERSE** [1] - 1108:6

**AERIAL** [1] - 1015:25

**AFFECT** [4] -

1014:11, 1031:2, 1060:19, 1061:3

**AFFECTED** [3] - 1012:22, 1014:1, 1017:3

**AFFECTS** [2] - 1031:1, 1119:25

**AFFIRMATIVE** [1] - 1041:12

**AFTER** [12] - 1015:18, 1034:5, 1034:6, 1070:7, 1070:24, 1073:5, 1078:20, 1079:1, 1089:22, 1090:8, 1107:20

**AGAIN** [27] - 1020:13, 1024:3, 1024:16, 1024:19, 1029:15, 1037:17, 1038:12, 1039:8, 1039:20, 1041:15, 1047:9, 1048:1, 1056:8, 1057:22, 1063:15, 1064:21, 1072:20, 1073:20, 1075:15, 1075:23, 1077:6, 1077:23, 1104:16, 1105:12, 1109:16, 1112:12, 1113:16

**AGAINST** [3] - 1026:2, 1037:17, 1103:2

**AGGREGATE** [2] - 1118:5, 1121:11

**AGREE** [27] - 1017:11, 1022:5, 1025:1, 1027:12, 1029:7, 1029:20, 1030:5, 1031:17, 1034:4, 1038:20, 1040:3, 1041:21, 1044:21, 1048:18, 1051:4, 1051:8, 1052:23, 1058:13, 1059:20, 1070:11, 1080:6, 1081:4, 1081:7, 1092:11, 1094:20, 1103:3, 1103:4

**AGREED** [3] - 1011:9, 1060:9, 1121:19

**AHEAD** [11] - 1042:10, 1042:12, 1060:24, 1062:17, 1073:6, 1098:8, 1107:9, 1110:14, 1113:17, 1120:22

**AID** [3] - 1087:2, 1087:4, 1087:7

**AIR** [2] - 1069:8, 1077:1

**AIRPORT** [1] - 1057:1

**AL** [2] - 1006:3, 1006:6

**ALL** [61] - 1012:3, 1014:18, 1014:23, 1015:2, 1017:8, 1018:17, 1018:25, 1019:8, 1020:9, 1022:3, 1023:4, 1023:13, 1023:23, 1026:8, 1028:15, 1033:14, 1037:22, 1038:5, 1038:23, 1041:7, 1043:5, 1046:8, 1047:10, 1048:9, 1050:8, 1051:1, 1052:8, 1052:20, 1059:20, 1062:12, 1062:19, 1063:1, 1063:7, 1065:10, 1065:19, 1066:14, 1069:18, 1071:22, 1072:8, 1076:8, 1078:20, 1081:13, 1082:4, 1082:6, 1082:13, 1082:14, 1083:2, 1083:12, 1084:7, 1084:8, 1086:23, 1087:3, 1088:9, 1090:20, 1091:13, 1102:22, 1105:25, 1115:12, 1118:5, 1119:24, 1123:4

**ALLEGED** [1] - 1095:16

**ALLOW** [6] - 1010:16, 1028:24, 1049:12, 1073:9, 1084:16, 1103:18

**ALLOWED** [4] - 1027:16, 1084:19, 1084:20, 1108:19

**ALMOST** [2] - 1014:8, 1115:15

**ALONE** [1] - 1084:15

**ALONG** [20] - 1021:12, 1031:17, 1031:20, 1032:5, 1035:4, 1038:9, 1046:15, 1046:19, 1052:14, 1057:17, 1059:12, 1064:17, 1073:24, 1089:23, 1089:24, 1096:12,

1105:22, 1108:7, 1114:11, 1122:8

**ALREADY** [11] - 1022:20, 1029:25, 1032:12, 1043:2, 1050:19, 1057:18, 1074:20, 1079:7, 1084:18

**ALSO** [34] - 1008:1, 1014:19, 1015:1, 1015:21, 1015:22, 1020:13, 1022:2, 1022:8, 1024:3, 1024:9, 1025:24, 1027:13, 1032:16, 1033:7, 1047:7, 1047:18, 1057:16, 1065:8, 1067:2, 1069:16, 1070:1, 1070:14, 1073:19, 1074:4, 1074:5, 1074:25, 1075:6, 1085:5, 1100:8, 1100:18, 1109:12, 1112:15, 1119:18, 1120:8

**ALTER** [1] - 1071:13

**ALTHOUGH** [1] - 1017:16

**ALWAYS** [1] - 1051:24

**AM** [51] - 1012:19, 1019:22, 1026:16, 1026:18, 1027:1, 1028:3, 1028:24, 1036:9, 1036:12, 1037:11, 1041:4, 1049:22, 1052:23, 1054:19, 1058:10, 1060:24, 1061:13, 1062:13, 1065:2, 1071:16, 1071:21, 1071:23, 1072:6, 1072:17, 1073:9, 1077:14, 1078:1, 1079:11, 1079:17, 1081:2, 1082:18, 1083:11, 1091:1, 1091:14, 1091:23, 1092:7, 1093:25, 1102:4, 1107:15, 1107:20, 1113:10, 1113:13, 1114:6, 1115:21, 1117:7, 1118:22, 1120:14, 1121:2

**AMELIORATE** [1] - 1079:5

**AMERICA** [2] - 1006:6, 1100:14

**AMERICAN** [2] - 1048:25, 1119:22
**AMIN** [1] - 1008:7
**AMOUNT** [3] - 1093:5, 1117:21, 1120:2
**AMPLITUDE** [7] - 1011:11, 1013:4, 1013:5, 1017:5, 1019:3, 1021:11, 1032:1
**AMPLITUDES** [2] - 1029:23, 1031:25
**AN** [46] - 1011:22, 1016:21, 1016:23, 1017:22, 1020:24, 1021:25, 1023:25, 1026:11, 1026:15, 1030:12, 1032:14, 1037:6, 1041:23, 1059:5, 1060:11, 1060:25, 1061:8, 1062:12, 1067:7, 1067:8, 1068:8, 1068:9, 1070:15, 1070:20, 1072:12, 1074:16, 1074:24, 1075:1, 1087:12, 1090:18, 1093:25, 1094:11, 1094:15, 1098:5, 1102:19, 1102:24, 1103:22, 1104:11, 1111:3, 1111:14, 1111:21, 1111:22, 1116:19, 1118:5, 1121:2, 1121:11
**ANALOGY** [1] - 1099:13
**ANALYSES** [2] - 1108:21, 1109:3
**ANALYSIS** [11] - 1016:21, 1028:22, 1052:2, 1053:8, 1053:14, 1053:19, 1060:8, 1075:1, 1075:2, 1077:14, 1122:12
**ANALYZE** [6] - 1017:19, 1028:21, 1029:11, 1075:3, 1075:6, 1077:12
**ANALYZED** [3] - 1013:22, 1017:21, 1061:17
**AND** [672] - 1010:12, 1010:21, 1010:23, 1010:24, 1011:1, 1011:3, 1011:5, 1011:9, 1011:16,

1011:25, 1012:1, 1012:8, 1012:11, 1012:13, 1013:18, 1013:21, 1013:25, 1014:5, 1014:8, 1014:11, 1014:15, 1014:21, 1015:1, 1015:7, 1015:11, 1015:14, 1015:15, 1015:18, 1015:21, 1015:23, 1015:24, 1015:25, 1016:1, 1016:3, 1016:17, 1017:1, 1017:2, 1017:7, 1017:8, 1018:5, 1018:10, 1018:12, 1018:18, 1018:21, 1018:23, 1018:25, 1019:1, 1019:2, 1019:7, 1019:10, 1019:13, 1019:17, 1020:2, 1020:6, 1020:15, 1020:18, 1020:19, 1020:22, 1021:3, 1021:4, 1021:6, 1021:8, 1021:13, 1021:14, 1021:18, 1021:21, 1021:24, 1022:1, 1022:3, 1022:5, 1022:12, 1022:15, 1022:22, 1022:23, 1023:6, 1023:15, 1023:16, 1023:17, 1023:18, 1023:22, 1023:25, 1024:3, 1024:16, 1024:20, 1025:3, 1025:5, 1025:6, 1025:13, 1025:25, 1026:5, 1026:8, 1026:9, 1027:3, 1027:12, 1027:13, 1027:17, 1027:22, 1027:23, 1028:9, 1028:11, 1028:14, 1028:15, 1029:10, 1030:11, 1030:13, 1030:19, 1031:7, 1031:9, 1031:18, 1032:5, 1032:9, 1032:11, 1032:15, 1032:25, 1033:5, 1033:8, 1033:14, 1033:20, 1034:9, 1034:13, 1034:18, 1035:2, 1035:6, 1035:7, 1035:11, 1035:21, 1036:5, 1036:12, 1036:23, 1036:25, 1037:4,

1037:11, 1037:14, 1037:20, 1037:22, 1038:1, 1038:5, 1038:12, 1038:15, 1038:16, 1038:19, 1038:23, 1039:1, 1039:7, 1039:8, 1039:12, 1039:13, 1039:15, 1039:17, 1039:18, 1039:19, 1039:20, 1040:8, 1040:15, 1040:22, 1041:11, 1041:13, 1041:14, 1041:19, 1041:21, 1041:25, 1042:1, 1042:7, 1042:8, 1042:14, 1042:15, 1042:19, 1042:21, 1042:23, 1042:25, 1043:10, 1043:11, 1043:12, 1043:13, 1043:21, 1043:25, 1044:2, 1044:3, 1044:8, 1044:10, 1044:12, 1044:14, 1044:18, 1044:20, 1044:22, 1045:6, 1045:10, 1045:11, 1045:15, 1045:20, 1045:25, 1046:1, 1046:4, 1046:6, 1046:10, 1046:21, 1046:22, 1046:24, 1047:2, 1047:6, 1047:12, 1047:16, 1047:19, 1047:20, 1047:23, 1048:1, 1048:10, 1048:14, 1048:22, 1049:2, 1049:4, 1049:7, 1049:11, 1049:20, 1049:22, 1050:3, 1050:5, 1050:9, 1050:11, 1050:14, 1050:16, 1050:20, 1050:21, 1050:23, 1050:24, 1050:25, 1053:13, 1053:17, 1053:23, 1053:24, 1054:1, 1054:7, 1054:10, 1054:14, 1054:17, 1054:19, 1054:24, 1056:1, 1056:4, 1056:7, 1056:10, 1056:11, 1056:12, 1056:14, 1056:18, 1056:20, 1056:23, 1056:25, 1057:2, 1057:5, 1057:6, 1057:10, 1057:11,

1057:12, 1057:13, 1057:14, 1057:15, 1057:20, 1057:24, 1057:25, 1058:1, 1058:3, 1058:4, 1058:5, 1058:19, 1058:20, 1058:23, 1058:25, 1059:2, 1059:5, 1059:8, 1059:25, 1060:6, 1060:7, 1060:8, 1060:11, 1060:15, 1061:5, 1061:18, 1061:22, 1062:1, 1062:2, 1062:8, 1063:7, 1063:23, 1064:7, 1064:11, 1064:12, 1064:13, 1064:15, 1064:19, 1064:22, 1064:23, 1064:24, 1064:25, 1065:2, 1065:5, 1065:8, 1065:9, 1065:13, 1066:2, 1066:8, 1066:21, 1066:22, 1067:9, 1067:10, 1067:17, 1067:18, 1067:19, 1067:20, 1067:21, 1067:24, 1068:3, 1068:10, 1068:16, 1068:21, 1068:23, 1068:25, 1069:5, 1069:6, 1069:7, 1069:8, 1069:9, 1069:10, 1069:11, 1069:13, 1069:14, 1069:19, 1069:22, 1069:23, 1070:1, 1070:6, 1070:21, 1071:19, 1071:25, 1072:1, 1072:2, 1072:13, 1073:2, 1073:3, 1073:16, 1073:19, 1073:20, 1073:22, 1074:1, 1074:3, 1074:6, 1074:14, 1074:22, 1074:24, 1074:25, 1075:1, 1075:5, 1075:6, 1075:16, 1075:19, 1075:20, 1075:23, 1076:5, 1076:6, 1076:10, 1076:13, 1076:14, 1076:18, 1076:19, 1076:22, 1076:25, 1077:2, 1077:6, 1077:7, 1077:15, 1077:19, 1078:10, 1078:13, 1078:21,

1078:25, 1079:2, 1079:4, 1079:7, 1079:10, 1079:20, 1079:22, 1080:9, 1080:14, 1080:22, 1080:23, 1080:24, 1081:2, 1081:9, 1081:13, 1081:21, 1081:22, 1082:2, 1082:11, 1082:12, 1082:13, 1083:2, 1083:6, 1083:9, 1083:14, 1083:18, 1083:25, 1084:7, 1084:15, 1085:3, 1085:6, 1085:9, 1085:11, 1085:13, 1085:16, 1085:20, 1085:22, 1086:3, 1086:6, 1086:13, 1086:23, 1086:24, 1087:1, 1087:4, 1087:6, 1087:11, 1087:21, 1087:23, 1088:7, 1088:8, 1088:9, 1088:12, 1088:13, 1088:19, 1088:22, 1089:1, 1089:2, 1089:7, 1089:9, 1089:12, 1089:17, 1089:22, 1089:24, 1090:1, 1090:2, 1090:4, 1090:8, 1090:14, 1090:23, 1091:4, 1091:10, 1092:8, 1092:10, 1092:11, 1092:12, 1093:3, 1093:5, 1093:8, 1093:11, 1093:12, 1093:19, 1093:23, 1093:25, 1094:8, 1094:15, 1094:24, 1094:25, 1095:3, 1095:6, 1095:14, 1095:21, 1095:22, 1096:2, 1096:8, 1096:13, 1097:7, 1097:12, 1097:20, 1098:16, 1098:18, 1098:21, 1098:22, 1098:23, 1099:3, 1099:4, 1099:6, 1099:7, 1099:8, 1099:11, 1099:22, 1100:2, 1100:8, 1100:10, 1100:18, 1100:23, 1100:24, 1101:6, 1101:10, 1101:14, 1101:17, 1101:23, 1102:2,

1102:6, 1102:12,
1102:23, 1103:5,
1103:6, 1103:12,
1103:14, 1103:18,
1104:2, 1104:5,
1104:13, 1104:16,
1104:17, 1105:9,
1105:16, 1105:18,
1105:20, 1105:21,
1106:7, 1106:9,
1106:10, 1106:15,
1106:20, 1106:22,
1107:3, 1107:7,
1107:13, 1107:15,
1107:18, 1107:23,
1108:5, 1108:20,
1108:21, 1108:25,
1109:4, 1109:22,
1109:23, 1110:3,
1110:20, 1111:1,
1111:2, 1111:3,
1111:6, 1111:9,
1111:17, 1111:23,
1112:6, 1112:8,
1112:11, 1112:12,
1112:17, 1112:20,
1113:11, 1113:16,
1113:19, 1114:2,
1114:14, 1115:1,
1115:8, 1115:17,
1115:22, 1116:6,
1116:8, 1116:10,
1116:12, 1116:15,
1116:17, 1116:18,
1116:23, 1117:2,
1117:4, 1117:5,
1117:8, 1117:9,
1117:10, 1117:16,
1117:21, 1118:1,
1118:3, 1118:11,
1118:16, 1118:19,
1118:22, 1119:5,
1119:13, 1119:17,
1119:19, 1119:24,
1120:5, 1120:11,
1120:18, 1120:19,
1121:2, 1121:7,
1121:9, 1121:11,
1121:12, 1121:13,
1121:14, 1121:21,
1121:24, 1121:25,
1122:1, 1122:10,
1123:14, 1123:15,
1123:16

**AND/OR** [1] - 1112:8
**ANDRY** [2] -
1006:19, 1006:20
**ANECDOTAL** [1] -
1083:18
**ANGELES** [1] -
1006:15

**ANNOYED** [1] -
1047:9
**ANOTHER** [19] -
1025:5, 1025:9,
1025:15, 1025:18,
1026:20, 1029:18,
1029:20, 1037:19,
1038:8, 1046:1,
1049:23, 1050:12,
1050:19, 1056:2,
1059:15, 1059:16,
1060:15, 1072:11,
1074:11
**ANSWER** [14] -
1030:24, 1032:23,
1053:2, 1053:3,
1060:24, 1060:25,
1061:8, 1061:9,
1081:17, 1089:14,
1094:13, 1096:9,
1113:12
**ANSWERING** [1] -
1033:2
**ANSWERS** [1] -
1098:3
**ANTENNA** [1] -
1081:22
**ANTICIPATE** [1] -
1019:2
**ANY** [26] - 1017:19,
1028:5, 1036:18,
1037:9, 1039:12,
1041:25, 1042:8,
1048:4, 1050:15,
1060:7, 1063:10,
1073:13, 1073:23,
1077:14, 1082:14,
1084:9, 1084:10,
1090:23, 1091:6,
1091:7, 1091:9,
1096:24, 1106:3,
1106:5, 1106:9,
1117:5
**ANYBODY** [1] -
1121:17
**ANYTHING** [9] -
1031:2, 1052:20,
1072:3, 1073:14,
1073:17, 1073:21,
1074:18, 1079:1,
1091:15
**ANYWHERE** [1] -
1084:14
**APART** [2] - 1079:4,
1104:17
**APOLOGIZE** [6] -
1036:16, 1054:18,
1058:12, 1071:5,
1080:4, 1108:11
**APPARENTLY** [1] -

1045:9
**APPEAR** [1] - 1030:5
**APPEARANCES** [1] -
1006:11
**APPEARS** [7] -
1021:12, 1021:15,
1052:13, 1054:15,
1056:6, 1083:24,
1122:18
**APPLIED** [1] -
1103:9
**APPLIES** [1] - 1072:9
**APPLY** [4] - 1023:12,
1065:6, 1080:23,
1109:5
**APPRECIATE** [4] -
1028:21, 1042:12,
1083:4, 1121:3
**APPROACHING** [1] -
1058:7
**APPROPRIATE** [3] -
1010:15, 1030:13,
1051:23
**APPROPRIATELY**
[1] - 1105:18
**APPROXIMATE** [1] -
1115:9
**APPROXIMATELY**
[5] - 1056:2, 1111:25,
1116:24, 1118:10,
1122:7
**APRIL** [9] - 1010:2,
1086:21, 1113:2,
1113:3, 1113:7,
1113:14, 1113:19,
1122:18
**APRIL** [1] - 1006:5
**ARCHERS** [1] -
1103:19
**ARE** [81] - 1015:9,
1019:8, 1019:14,
1021:13, 1021:23,
1022:9, 1025:2,
1025:8, 1025:22,
1027:22, 1028:10,
1028:25, 1029:8,
1029:12, 1029:21,
1029:23, 1030:6,
1030:8, 1030:13,
1030:24, 1031:18,
1033:2, 1035:21,
1036:6, 1036:12,
1038:23, 1040:22,
1041:6, 1041:22,
1043:3, 1043:6,
1048:4, 1048:7,
1049:15, 1049:18,
1049:24, 1051:19,
1052:1, 1053:15,
1053:16, 1053:17,

1054:23, 1054:24,
1057:4, 1058:19,
1064:23, 1069:24,
1070:3, 1072:7,
1072:18, 1074:1,
1075:16, 1081:5,
1082:2, 1083:6,
1083:10, 1083:11,
1087:2, 1088:25,
1089:3, 1092:4,
1098:3, 1099:22,
1101:5, 1101:19,
1102:3, 1102:6,
1102:8, 1102:21,
1103:18, 1110:11,
1112:13, 1113:5,
1113:7, 1113:19,
1115:6, 1122:19
**AREA** [45] - 1013:18,
1013:22, 1014:6,
1014:12, 1014:13,
1014:16, 1014:18,
1014:20, 1016:5,
1016:8, 1016:12,
1016:15, 1016:20,
1016:22, 1017:12,
1018:17, 1019:4,
1019:14, 1019:24,
1020:13, 1021:16,
1021:17, 1021:20,
1023:6, 1023:7,
1040:17, 1058:14,
1058:16, 1066:25,
1068:12, 1069:11,
1069:18, 1074:2,
1075:20, 1099:8,
1099:9, 1100:2,
1113:13, 1115:2,
1115:3, 1122:6,
1122:12, 1122:16
**AREAS** [9] - 1015:9,
1017:7, 1019:5,
1023:22, 1080:11,
1090:19, 1108:19,
1111:2, 1111:7
**AREN'T** [1] - 1050:10
**ARGUMENT** [1] -
1026:11
**ARMY** [9] - 1065:23,
1074:12, 1083:16,
1092:9, 1093:4,
1100:16, 1103:22,
1112:24, 1114:22
**ARPENT** [3] -
1046:4, 1080:18,
1081:9
**ARROW** [2] -
1116:18, 1119:7
**ARROWS** [1] -
1103:15

**ARTICLE** [1] -
1086:2
**ARTICULATED** [1] -
1100:14
**ARTICULATION** [1] -
1072:16
**ARTIFACT** [1] -
1021:25
**ARTIFACTS** [1] -
1022:2
**AS** [156] - 1010:22,
1011:4, 1011:21,
1011:22, 1012:17,
1012:22, 1016:2,
1016:3, 1016:24,
1018:10, 1019:1,
1019:14, 1021:17,
1021:22, 1022:2,
1022:3, 1022:7,
1023:11, 1023:17,
1023:24, 1025:4,
1025:7, 1025:17,
1026:1, 1026:23,
1027:8, 1028:10,
1029:15, 1030:9,
1030:12, 1031:7,
1031:14, 1032:9,
1032:20, 1033:23,
1038:15, 1038:16,
1038:17, 1038:18,
1039:18, 1041:1,
1041:13, 1041:17,
1041:19, 1042:3,
1043:8, 1043:11,
1043:19, 1044:8,
1044:9, 1044:12,
1045:1, 1045:7,
1045:12, 1046:6,
1046:18, 1046:19,
1047:11, 1048:14,
1048:15, 1049:4,
1050:7, 1051:1,
1051:2, 1052:2,
1053:8, 1058:22,
1059:21, 1059:25,
1061:3, 1063:23,
1063:25, 1065:3,
1065:4, 1067:8,
1067:9, 1067:16,
1067:20, 1068:6,
1069:4, 1070:15,
1071:14, 1072:4,
1072:11, 1072:13,
1072:17, 1073:4,
1074:5, 1074:16,
1075:7, 1076:14,
1080:9, 1082:9,
1085:23, 1086:7,
1086:22, 1087:1,
1087:3, 1087:7,

1087:21, 1088:16, 1089:13, 1089:25, 1090:5, 1090:18, 1090:25, 1091:3, 1093:4, 1093:21, 1093:25, 1094:9, 1096:2, 1097:11, 1097:18, 1099:1, 1100:18, 1100:19, 1101:12, 1101:18, 1102:9, 1102:15, 1102:16, 1102:19, 1102:21, 1104:20, 1104:25, 1105:23, 1107:23, 1108:3, 1114:8, 1114:24, 1115:6, 1118:1, 1119:9, 1119:15, 1119:18, 1120:10, 1120:18

**ASCERTAIN** [3] - 1035:3, 1052:4, 1076:15

**ASHLEY** [1] - 1008:2

**ASK** [26] - 1016:7, 1023:11, 1026:9, 1027:1, 1027:23, 1028:1, 1028:2, 1029:20, 1037:20, 1050:3, 1050:9, 1050:16, 1064:6, 1065:13, 1067:11, 1070:23, 1082:16, 1086:13, 1086:16, 1091:13, 1094:12, 1099:21, 1101:4, 1105:25, 1108:12, 1119:23

**ASKED** [16] - 1022:11, 1025:25, 1029:6, 1031:10, 1032:24, 1050:1, 1055:23, 1059:12, 1060:5, 1071:1, 1071:2, 1075:15, 1076:10, 1091:8, 1112:2, 1112:15

**ASKING** [12] - 1012:19, 1023:13, 1025:17, 1030:1, 1033:11, 1046:21, 1052:1, 1053:10, 1071:5, 1071:16, 1071:23, 1072:18

**ASPECT** [1] - 1105:8

**ASPECTS** [1] - 1099:16

**ASSESSING** [1] - 1019:3

**ASSESSMENT** [2] -

1011:1, 1088:8

**ASSIGNED** [3] - 1103:25, 1104:3, 1104:5

**ASSIGNMENT** [1] - 1104:1

**ASSIST** [3] - 1050:18, 1078:19, 1104:1

**ASSOCIATED** [2] - 1046:12, 1098:23

**ASSOCIATES** [2] - 1006:13, 1007:8

**ASSUME** [7] - 1026:20, 1041:23, 1050:24, 1074:11, 1074:14, 1098:3, 1116:21

**ASSUMES** [1] - 1048:1

**ASSUMING** [2] - 1026:19, 1091:14

**ASSUMPTIONS** [1] - 1083:21

**ASSURE** [1] - 1109:3

**AT** [247] - 1010:24, 1011:3, 1011:4, 1011:5, 1011:6, 1011:10, 1011:11, 1011:21, 1011:22, 1012:14, 1012:16, 1012:18, 1013:3, 1013:12, 1013:21, 1014:12, 1014:18, 1015:4, 1015:8, 1016:1, 1017:2, 1017:3, 1017:4, 1017:7, 1017:17, 1017:19, 1018:6, 1018:7, 1018:12, 1018:17, 1019:3, 1019:7, 1019:17, 1019:22, 1019:25, 1020:2, 1020:9, 1020:10, 1020:13, 1020:14, 1020:15, 1020:19, 1020:24, 1021:3, 1021:4, 1021:7, 1021:12, 1021:15, 1023:15, 1023:18, 1023:23, 1023:24, 1023:25, 1024:12, 1024:13, 1024:16, 1024:17, 1024:18, 1024:19, 1024:21, 1024:23, 1024:24, 1025:2, 1025:7, 1025:8, 1025:13, 1026:5, 1026:8, 1027:5,

1027:8, 1027:16, 1027:23, 1027:24, 1027:25, 1028:17, 1028:25, 1029:12, 1029:15, 1029:16, 1029:18, 1029:24, 1030:7, 1030:21, 1030:22, 1030:25, 1031:19, 1032:5, 1032:9, 1033:8, 1034:10, 1034:14, 1034:24, 1035:2, 1035:8, 1035:11, 1035:12, 1035:23, 1035:24, 1036:5, 1036:10, 1036:13, 1036:19, 1036:20, 1036:21, 1037:2, 1037:3, 1037:4, 1037:13, 1038:3, 1039:8, 1039:9, 1039:13, 1039:16, 1039:18, 1040:3, 1040:5, 1041:7, 1041:9, 1041:25, 1042:3, 1042:5, 1043:18, 1044:14, 1044:18, 1045:1, 1045:2, 1045:3, 1045:6, 1045:8, 1045:9, 1045:13, 1045:15, 1045:20, 1046:23, 1046:25, 1047:2, 1047:23, 1048:22, 1049:7, 1052:3, 1052:13, 1052:15, 1052:20, 1054:11, 1054:15, 1055:15, 1055:19, 1055:21, 1056:3, 1056:4, 1056:23, 1057:5, 1057:13, 1057:14, 1058:7, 1058:11, 1058:20, 1059:17, 1060:5, 1060:7, 1061:16, 1061:17, 1063:1, 1065:1, 1065:2, 1065:3, 1065:21, 1066:1, 1067:8, 1068:15, 1068:16, 1072:2, 1074:14, 1075:1, 1076:14, 1076:19, 1077:1, 1077:3, 1078:22, 1080:7, 1080:11, 1080:25, 1081:3, 1081:9, 1081:13, 1081:22, 1081:23, 1082:3, 1082:4, 1082:23, 1085:16,

1086:17, 1088:6, 1088:17, 1092:4, 1092:9, 1093:22, 1098:20, 1099:4, 1099:9, 1101:2, 1103:21, 1104:7, 1104:19, 1105:12, 1105:17, 1106:11, 1106:23, 1107:8, 1107:12, 1109:8, 1110:9, 1111:5, 1111:11, 1111:18, 1111:25, 1112:18, 1115:5, 1116:11, 1116:12, 1116:17, 1117:3, 1117:12, 1119:7, 1122:4

**ATTACK** [5] - 1095:21, 1099:2, 1099:10, 1101:12, 1103:11

**ATTACKED** [1] - 1099:7

**ATTACKING** [4] - 1099:16, 1101:10, 1102:9, 1102:21

**ATTEMPT** [2] - 1038:6, 1103:11

**ATTEMPTING** [1] - 1110:17

**ATTENTION** [2] - 1086:1, 1105:8

**ATTRIBUTABLE** [4] - 1092:19, 1093:1, 1093:3, 1112:4

**ATTRIBUTE** [2] - 1117:5, 1118:9

**ATTRIBUTED** [1] - 1115:10

**AUGUST** [2] - 1023:17, 1055:16

**AUTHOR** [1] - 1122:13

**AUTHORITY** [1] - 1071:15

**AUTHORIZATION** [1] - 1079:1

**AUTHORIZED** [9] - 1038:17, 1038:18, 1039:19, 1047:12, 1067:9, 1067:17, 1067:20, 1069:4, 1121:15

**AVENUE** [2] - 1006:24, 1007:13

**AVERAGE** [1] - 1033:13

**AWARD** [1] - 1089:11

**AWARDS** [1] -

1089:10

**AWAY** [1] - 1074:6

**AXIS** [2] - 1052:20, 1067:7

**B**

**B** [2] - 1006:20, 1088:1

**B-E-A** [1] - 1088:1

**BACK** [55] - 1011:13, 1012:7, 1015:18, 1021:10, 1024:11, 1031:23, 1032:2, 1032:7, 1032:9, 1033:10, 1034:7, 1037:1, 1037:3, 1037:23, 1040:4, 1040:9, 1040:10, 1042:2, 1043:10, 1043:23, 1043:24, 1044:3, 1044:10, 1046:25, 1049:11, 1050:3, 1050:9, 1050:16, 1050:23, 1051:5, 1054:14, 1055:17, 1055:21, 1056:5, 1057:17, 1058:1, 1058:7, 1066:20, 1075:19, 1083:3, 1095:8, 1101:10, 1101:13, 1101:15, 1101:16, 1102:12, 1104:8, 1104:17, 1104:20, 1107:7, 1115:19, 1116:5, 1117:17, 1120:19, 1121:14

**BAD** [2] - 1067:25, 1068:3

**BAEZA** [1] - 1008:6

**BALL** [1] - 1103:3

**BANK** [4] - 1098:17, 1099:9, 1105:21, 1120:8

**BANKS** [6] - 1073:20, 1073:23, 1073:24, 1098:25, 1108:18

**BARON** [1] - 1006:23

**BARONNE** [2] - 1006:17, 1006:21

**BASE** [1] - 1118:18

**BASED** [7] - 1043:6, 1044:13, 1078:15, 1079:15, 1091:3, 1091:12, 1107:16

**BASIC** [1] - 1101:5

**BASICALLY** [1] - 1120:6

**BATON** [2] -

1007:10, 1007:17

**BATTLE** [1] - 1103:13

**BAYOU** [18] - 1021:14, 1023:25, 1035:8, 1037:25, 1038:1, 1039:8, 1043:20, 1043:21, 1045:3, 1045:8, 1080:25, 1112:16, 1112:17, 1115:1, 1115:2

**BE** [99] - 1010:5, 1012:1, 1012:8, 1012:13, 1012:14, 1012:16, 1012:19, 1012:21, 1012:22, 1013:5, 1013:13, 1015:10, 1015:19, 1016:21, 1016:24, 1017:1, 1017:15, 1021:12, 1021:19, 1021:24, 1021:25, 1022:4, 1022:7, 1023:2, 1026:13, 1028:18, 1028:22, 1029:4, 1030:17, 1031:21, 1031:25, 1032:11, 1032:22, 1034:17, 1036:5, 1036:8, 1038:1, 1042:1, 1042:11, 1042:19, 1049:8, 1050:19, 1051:13, 1052:2, 1052:13, 1053:13, 1053:19, 1054:8, 1056:20, 1057:18, 1058:9, 1062:18, 1063:20, 1064:14, 1069:16, 1069:17, 1069:19, 1069:22, 1069:25, 1071:19, 1073:13, 1073:14, 1073:17, 1074:4, 1074:5, 1074:22, 1074:25, 1076:5, 1077:11, 1083:24, 1087:6, 1090:1, 1091:3, 1091:4, 1091:12, 1092:9, 1094:17, 1096:9, 1097:14, 1097:16, 1097:19, 1100:23, 1101:5, 1102:5, 1103:19, 1104:25, 1107:16, 1109:5, 1111:18, 1112:17, 1114:2, 1114:13, 1115:22, 1117:12, 1119:17,

1119:20, 1123:4

**BEA** [29] - 1009:8, 1031:12, 1048:25, 1060:15, 1077:15, 1077:24, 1078:10, 1087:11, 1087:21, 1087:25, 1088:5, 1088:10, 1089:4, 1089:10, 1089:14, 1089:21, 1089:25, 1090:5, 1090:11, 1090:23, 1091:18, 1094:12, 1096:16, 1108:16, 1113:8, 1114:17, 1115:24, 1117:15, 1122:20

**BEA'S** [5] - 1060:6, 1075:13, 1077:13, 1086:12, 1088:3

**BEAR** [1] - 1105:5

**BEARS** [1] - 1072:5

**BECAME** [1] - 1118:25

**BECAUSE** [69] - 1013:9, 1014:17, 1014:22, 1015:12, 1015:22, 1017:4, 1017:22, 1019:4, 1019:21, 1021:22, 1022:20, 1022:21, 1024:24, 1025:7, 1025:8, 1026:13, 1026:19, 1027:2, 1028:12, 1028:23, 1029:14, 1029:25, 1030:9, 1031:2, 1031:25, 1032:14, 1037:18, 1039:16, 1039:24, 1041:22, 1042:3, 1042:21, 1044:1, 1046:15, 1047:9, 1049:25, 1052:16, 1056:9, 1056:10, 1061:6, 1061:10, 1064:16, 1065:3, 1065:5, 1067:6, 1067:21, 1067:24, 1069:1, 1069:25, 1070:2, 1070:7, 1071:14, 1072:3, 1073:14, 1076:22, 1077:6, 1078:19, 1079:4, 1081:2, 1081:12, 1084:3, 1085:12, 1088:16, 1095:3, 1113:1, 1113:21, 1116:1, 1117:25, 1122:18

**BECOMES** [4] -

1068:22, 1069:2, 1069:3, 1073:20

**BECOMING** [1] - 1085:12

**BED** [4] - 1117:16, 1117:17

**BEE** [1] - 1078:14

**BEEN** [35] - 1014:12, 1014:16, 1014:19, 1018:7, 1025:25, 1032:7, 1033:20, 1037:5, 1037:12, 1040:9, 1040:20, 1041:7, 1041:9, 1042:1, 1042:2, 1042:3, 1044:19, 1048:1, 1050:1, 1050:25, 1062:22, 1066:17, 1078:25, 1079:1, 1085:3, 1085:9, 1088:10, 1088:14, 1088:21, 1089:5, 1090:7, 1092:12, 1113:3, 1117:3, 1121:11

**BEFORE** [29] - 1006:8, 1011:15, 1013:13, 1027:23, 1027:25, 1029:6, 1032:22, 1035:9, 1038:12, 1039:9, 1040:4, 1040:7, 1044:23, 1060:17, 1060:22, 1071:6, 1071:10, 1074:7, 1080:5, 1080:17, 1085:8, 1089:22, 1092:19, 1096:16, 1097:4, 1103:9, 1110:23, 1121:9

**BEGAN** [3] - 1035:3, 1035:8, 1039:9

**BEGIN** [11] - 1010:23, 1019:15, 1020:19, 1021:1, 1023:18, 1034:14, 1051:7, 1051:13, 1057:15, 1104:15, 1119:11

**BEGINNING** [4] - 1056:4, 1056:19, 1103:21, 1107:11

**BEGINS** [12] - 1019:13, 1019:23, 1034:6, 1034:9, 1038:12, 1044:19, 1051:13, 1056:8, 1056:19, 1081:8, 1104:17

**BEGUN** [2] - 1042:1,

1059:5

**BEHAVIOR** [1] - 1065:4

**BEHIND** [5] - 1014:8, 1022:9, 1064:17, 1069:7, 1069:9

**BEING** [12] - 1021:13, 1031:24, 1032:23, 1075:3, 1079:14, 1088:12, 1094:3, 1117:9, 1119:11, 1119:15, 1119:24, 1120:11

**BELIEVE** [9] - 1031:23, 1034:21, 1054:15, 1056:18, 1071:8, 1085:6, 1113:1, 1113:20, 1115:24

**BELOW** [5] - 1013:21, 1032:20, 1044:23, 1045:25, 1046:1

**BENCHMARK** [2] - 1033:11, 1043:8

**BENJAMIN** [1] - 1008:13

**BERKELEY** [1] - 1088:7

**BERM** [1] - 1102:19

**BERMS** [1] - 1103:2

**BERNARD** [5] - 1080:7, 1080:11, 1088:19, 1090:13, 1105:15

**BEST** [2] - 1093:25, 1123:14

**BETSY** [1] - 1115:8

**BETTER** [6] - 1014:3, 1027:9, 1028:15, 1064:16, 1073:4, 1113:20

**BETWEEN** [26] - 1011:1, 1013:4, 1018:9, 1022:16, 1023:17, 1026:5, 1026:8, 1036:22, 1041:10, 1041:13, 1042:18, 1043:17, 1044:13, 1044:20, 1046:11, 1047:8, 1047:11, 1053:6, 1059:2, 1069:23, 1093:3, 1093:11, 1111:6, 1112:16, 1115:1, 1116:10

**BEYOND** [2] - 1048:18, 1095:13

**BIENVENUE** [11] - 1035:8, 1037:25,

1038:1, 1043:20, 1045:3, 1045:8, 1045:20, 1112:17, 1115:1, 1115:2, 1116:10

**BIG** [6] - 1025:6, 1083:17, 1094:18, 1095:15, 1095:24, 1095:25

**BIGGER** [3] - 1013:21, 1069:20, 1069:22

**BIT** [19] - 1012:5, 1018:11, 1020:15, 1023:10, 1028:13, 1028:15, 1030:10, 1047:9, 1048:22, 1049:3, 1057:18, 1057:23, 1064:20, 1064:24, 1066:24, 1067:15, 1067:18, 1067:24, 1069:4

**BLAMING** [1] - 1092:4

**BLOCK** [1] - 1036:2

**BLOCKS** [2] - 1022:3, 1051:19

**BLOW** [4] - 1052:11, 1052:19, 1053:16, 1102:11

**BLUE** [6] - 1057:1, 1057:19, 1116:16, 1116:17, 1116:18

**BLVD** [1] - 1007:19

**BODY** [2] - 1032:15, 1032:16

**BOMBARD** [1] - 1103:11

**BONO** [1] - 1088:22

**BOOKS** [1] - 1088:25

**BORE** [1] - 1118:22

**BORGNE** [3] - 1021:13, 1023:25, 1024:1

**BORROW** [2] - 1109:6, 1119:18

**BOTH** [5] - 1024:12, 1097:7, 1102:12, 1111:3, 1112:10

**BOTTOM** [6] - 1023:16, 1038:8, 1044:1, 1045:1, 1047:6, 1108:11

**BOUNDARY** [1] - 1022:21

**BOUNDS** [1] - 1070:3

**BOWL** [2] - 1057:25, 1080:15

**BOX** [4] - 1007:2,

1007:10, 1007:20, 1008:13
**BOX** [2] - 1040:15, 1040:17
**BRANCH** [1] - 1008:5
**BREACH** [21] - 1056:12, 1061:18, 1061:23, 1061:24, 1062:1, 1062:2, 1069:10, 1069:11, 1069:12, 1069:17, 1069:21, 1077:14, 1077:16, 1103:8, 1103:9, 1103:13, 1104:14, 1104:15
**BREACH)** [1] - 1064:12
**BREACHED** [3] - 1040:23, 1060:19, 1066:23
**BREACHES** [16] - 1041:2, 1043:3, 1056:11, 1059:12, 1060:20, 1062:23, 1062:25, 1063:4, 1063:10, 1096:1, 1096:2, 1096:8, 1096:12, 1096:16, 1097:8, 1098:23
**BREACHING** [18] - 1041:7, 1043:6, 1043:12, 1059:17, 1059:22, 1076:19, 1076:22, 1077:1, 1077:6, 1077:13, 1099:3, 1100:10, 1101:13, 1101:16, 1103:10, 1106:11, 1111:5, 1115:4
**BREAK** [3] - 1029:7, 1065:5, 1086:18
**BREAKING** [2] - 1123:1, 1123:2
**BRENDAN** [1] - 1007:23
**BRETSCHNEIDER** [1] - 1067:24
**BRIEF** [7] - 1028:19, 1028:20, 1028:25, 1062:7, 1063:23, 1078:21, 1088:3
**BRIEFING** [2] - 1043:11, 1077:25
**BRIEFLY** [7] - 1060:7, 1075:13, 1085:5, 1098:14, 1109:15, 1111:17, 1119:5
**BROACHED** [1] -

1089:6
**BROKE** [1] - 1114:11
**BROKEN** [2] - 1051:17, 1051:19
**BROUGHT** [1] - 1063:4
**BROWN** [5] - 1014:6, 1014:13, 1016:8, 1016:15, 1023:7
**BRUCE** [1] - 1086:3
**BRUNO** [1] - 1009:6
**BRUNO** [78] - 1006:16, 1006:17, 1026:4, 1028:3, 1032:22, 1049:25, 1054:21, 1055:5, 1055:8, 1061:6, 1062:13, 1063:21, 1063:23, 1064:2, 1066:9, 1066:13, 1067:5, 1068:13, 1070:6, 1070:9, 1070:20, 1071:1, 1071:3, 1071:7, 1071:12, 1071:21, 1071:25, 1072:6, 1072:19, 1073:1, 1073:4, 1073:11, 1074:10, 1075:12, 1075:24, 1076:2, 1076:4, 1076:6, 1076:8, 1076:9, 1077:10, 1077:19, 1077:22, 1077:25, 1078:3, 1078:6, 1078:8, 1078:24, 1079:9, 1079:13, 1079:18, 1079:19, 1079:24, 1080:1, 1081:2, 1081:6, 1081:20, 1081:25, 1082:1, 1082:6, 1082:8, 1082:11, 1082:16, 1082:20, 1082:22, 1082:25, 1083:2, 1083:5, 1083:11, 1084:3, 1084:12, 1084:17, 1084:24, 1085:5, 1085:11, 1085:22, 1086:9, 1113:20
**BUDD** [1] - 1006:23
**BUILD** [4] - 1069:20, 1070:22, 1072:2, 1103:5
**BUILDING** [2] - 1104:2
**BUILT** [13] - 1072:4, 1072:21, 1072:22, 1073:18, 1079:6,

1085:8, 1092:7, 1092:8, 1092:9, 1095:3, 1095:4
**BULK** [2] - 1075:20, 1078:13
**BUSINESS** [1] - 1071:13
**BUT** [93] - 1012:16, 1014:19, 1015:6, 1015:12, 1015:14, 1015:16, 1016:5, 1016:25, 1017:3, 1017:11, 1019:20, 1021:17, 1022:5, 1022:7, 1022:20, 1023:10, 1024:21, 1025:1, 1025:16, 1025:17, 1025:23, 1027:16, 1028:24, 1029:10, 1031:10, 1033:7, 1033:11, 1034:1, 1034:4, 1035:18, 1035:19, 1037:16, 1037:17, 1037:19, 1037:22, 1038:20, 1040:16, 1041:1, 1042:6, 1042:10, 1047:7, 1047:10, 1048:22, 1048:24, 1049:1, 1051:18, 1052:11, 1052:19, 1053:1, 1055:23, 1057:23, 1058:5, 1060:5, 1061:17, 1062:16, 1066:23, 1067:23, 1068:3, 1068:20, 1068:21, 1068:22, 1069:5, 1069:6, 1069:15, 1069:18, 1070:3, 1070:7, 1071:5, 1071:16, 1073:9, 1074:5, 1081:3, 1081:7, 1084:6, 1085:3, 1087:17, 1089:4, 1092:7, 1093:25, 1096:16, 1096:25, 1097:15, 1099:22, 1102:5, 1107:2, 1107:16, 1114:11, 1115:3, 1120:22, 1120:25, 1121:13, 1122:24
**BY** [7] - 1008:19, 1008:19, 1009:5, 1009:6, 1009:9, 1009:10, 1009:11
**BY** [147] - 1006:13, 1006:17, 1006:20,

1006:23, 1007:2, 1007:5, 1007:8, 1007:12, 1007:15, 1007:19, 1007:23, 1008:2, 1008:6, 1010:19, 1010:24, 1012:6, 1012:22, 1014:1, 1015:14, 1017:14, 1018:18, 1018:19, 1019:17, 1019:20, 1019:24, 1020:6, 1021:14, 1023:5, 1024:17, 1024:19, 1024:21, 1027:10, 1029:5, 1030:4, 1032:5, 1032:12, 1033:19, 1033:20, 1034:3, 1034:9, 1034:10, 1034:23, 1035:2, 1035:22, 1036:17, 1038:7, 1039:6, 1039:12, 1040:2, 1040:17, 1042:13, 1043:15, 1044:4, 1045:7, 1047:20, 1048:13, 1049:17, 1049:20, 1050:19, 1051:3, 1052:9, 1052:24, 1054:6, 1055:10, 1055:13, 1057:23, 1058:18, 1059:5, 1061:2, 1061:15, 1061:20, 1061:25, 1062:2, 1062:20, 1064:2, 1064:3, 1066:13, 1068:13, 1070:9, 1070:12, 1073:11, 1074:10, 1076:9, 1077:15, 1077:22, 1078:8, 1079:19, 1080:1, 1081:6, 1081:20, 1082:1, 1083:5, 1083:14, 1085:18, 1086:2, 1090:1, 1090:10, 1090:22, 1094:5, 1094:21, 1095:13, 1095:14, 1095:16, 1096:14, 1097:6, 1098:10, 1098:16, 1098:17, 1098:22, 1098:25, 1099:23, 1100:6, 1101:17, 1103:25, 1104:5, 1105:20, 1106:1, 1106:14, 1107:10, 1107:12, 1107:15, 1107:22, 1108:15, 1108:19, 1109:3,

1109:6, 1109:19, 1110:5, 1110:15, 1111:8, 1111:22, 1112:2, 1112:4, 1112:14, 1114:16, 1116:4, 1117:1, 1117:14, 1118:7, 1118:15, 1118:18, 1119:4, 1119:13, 1120:17, 1121:5, 1121:23, 1122:19

## C

**C** [8] - 1007:5, 1007:8, 1007:12, 1007:15, 1007:15, 1007:18, 1007:19, 1010:1
**CA** [1] - 1006:15
**CALCULATE** [2] - 1025:25, 1066:10
**CALCULATED** [8] - 1011:4, 1033:20, 1034:25, 1037:14, 1042:20, 1042:21, 1066:2, 1067:17
**CALCULATING** [4] - 1022:14, 1027:4, 1031:25, 1041:10
**CALCULATION** [4] - 1014:25, 1018:8, 1065:17, 1074:22
**CALCULATIONS** [7] - 1018:9, 1022:1, 1034:10, 1035:3, 1040:21, 1054:11, 1069:24
**CALIFORNIA** [2] - 1088:7, 1089:11
**CALL** [7] - 1038:17, 1054:22, 1065:21, 1080:17, 1086:1, 1092:22, 1103:17
**CALLED** [5] - 1088:10, 1103:16, 1103:18, 1110:10, 1114:5
**CALLS** [2] - 1087:11, 1094:15
**CALVIN** [1] - 1007:12
**CAME** [7] - 1075:16, 1076:10, 1076:11, 1076:13, 1080:3, 1080:18, 1103:10
**CAMILLE** [1] - 1115:9
**CAN** [73] - 1011:16, 1012:4, 1013:12, 1013:21, 1021:17, 1026:3, 1032:1,

1034:9, 1035:2, 1038:6, 1042:19, 1044:1, 1044:2, 1044:5, 1044:18, 1047:23, 1050:3, 1050:9, 1050:17, 1050:20, 1053:3, 1053:6, 1053:8, 1053:12, 1053:19, 1054:14, 1056:7, 1056:14, 1056:18, 1060:25, 1061:8, 1063:23, 1064:9, 1065:21, 1067:5, 1069:18, 1071:16, 1071:19, 1073:6, 1077:23, 1078:6, 1079:13, 1079:24, 1080:2, 1080:13, 1081:3, 1081:7, 1087:19, 1088:22, 1091:3, 1094:1, 1094:19, 1096:14, 1101:22, 1102:20, 1104:11, 1104:14, 1107:8, 1108:11, 1109:15, 1115:12, 1115:18, 1116:15, 1119:2, 1119:7, 1119:17, 1120:11, 1121:7, 1121:22, 1122:2, 1122:22

**CAN'T** [7] - 1047:23, 1050:14, 1058:11, 1061:9, 1091:2, 1120:21, 1121:4

**CANAL** [12] - 1059:13, 1059:18, 1059:21, 1059:23, 1060:13, 1061:17, 1062:25, 1070:21, 1080:18, 1095:22, 1099:7, 1121:7

**CANALS** [1] - 1104:2

**CANAVERAL** [1] - 1104:7

**CANNON** [1] - 1103:3

**CAPE** [1] - 1104:7

**CARE** [1] - 1086:17

**CAREER** [2] - 1088:10, 1103:21

**CAREFUL** [3] - 1022:7, 1031:25, 1074:8

**CAREFULLY** [1] - 1074:2

**CARONDELET** [1] - 1008:3

**CARPETS** [1] -

1093:11

**CASE** [27] - 1010:12, 1025:16, 1025:17, 1031:10, 1033:23, 1042:9, 1043:11, 1060:15, 1064:11, 1064:12, 1067:16, 1068:1, 1069:15, 1069:21, 1072:5, 1072:10, 1072:17, 1078:1, 1078:20, 1082:21, 1083:25, 1089:15, 1096:6, 1099:12, 1100:14, 1106:1, 1112:1

**CASES** [2] - 1108:18, 1119:18

**CASTLE** [4] - 1103:5, 1103:11, 1103:17, 1104:17

**CASTLES** [1] - 1103:11

**CATACLYSM** [1] - 1092:5

**CATASTROPHE** [3] - 1091:23, 1091:25, 1093:11

**CATASTROPHIC** [7] - 1088:18, 1089:18, 1090:6, 1090:13, 1091:20, 1096:13

**CAUSATION** [1] - 1089:15

**CAUSATIVE** [1] - 1097:7

**CAUSE** [7] - 1022:4, 1048:19, 1059:22, 1073:19, 1077:7, 1077:16, 1095:11

**CAUSED** [17] - 1052:24, 1060:1, 1060:12, 1076:16, 1090:1, 1090:13, 1091:20, 1092:15, 1092:21, 1095:14, 1095:21, 1096:14, 1098:22, 1098:25, 1099:4, 1111:8, 1112:4

**CAUSES** [2] - 1088:18, 1096:3

**CAUSING** [1] - 1093:9

**CCR** [3] - 1008:16, 1123:12, 1123:22

**CECIL** [1] - 1065:24

**CENTER** [1] - 1088:17

**CENTRAL** [2] - 1080:17, 1112:16

**CERTAIN** [5] - 1025:4, 1050:7, 1072:15, 1074:16, 1120:2

**CERTAINLY** [9] - 1027:22, 1042:12, 1072:12, 1085:3, 1086:6, 1096:23, 1100:1, 1102:11, 1118:6

**CERTIFICATE** [1] - 1123:10

**CERTIFY** [1] - 1123:13

**CETERA** [5] - 1022:15, 1050:23, 1074:16, 1083:18, 1118:1

**CF'S** [1] - 1036:18

**CHAD** [1] - 1111:22

**CHANCE** [2] - 1010:13, 1107:1

**CHANCELLOR'S** [1] - 1089:11

**CHANGE** [12] - 1017:8, 1019:15, 1019:18, 1020:19, 1020:20, 1024:16, 1025:5, 1050:20, 1052:21, 1061:12, 1065:5

**CHANGED** [4] - 1014:17, 1017:5, 1025:9, 1072:14

**CHANGES** [3] - 1014:1, 1024:4, 1046:18

**CHANNEL** [63] - 1019:8, 1021:14, 1024:7, 1024:17, 1037:13, 1039:15, 1039:21, 1047:19, 1047:23, 1048:3, 1048:4, 1048:15, 1064:15, 1065:11, 1067:1, 1069:14, 1069:19, 1069:20, 1070:13, 1070:16, 1070:17, 1070:24, 1071:5, 1071:10, 1071:15, 1072:7, 1072:11, 1072:13, 1072:22, 1073:13, 1073:15, 1073:16, 1073:18, 1073:22, 1073:24, 1074:3, 1074:7, 1074:9, 1074:13, 1074:15, 1074:19, 1074:21, 1074:22, 1074:23,

1075:5, 1092:24, 1098:22, 1098:25, 1107:13, 1108:18, 1109:1, 1110:25, 1111:6, 1111:22, 1119:14, 1119:16, 1119:18, 1120:8, 1120:10

**CHAOTIC** [3] - 1102:19, 1102:23

**CHAPTER** [1] - 1107:11

**CHARACTERISTIC S** [1] - 1013:23

**CHARACTERIZATI ON** [2] - 1122:3, 1122:4

**CHARGE** [1] - 1094:18

**CHART** [15] - 1011:20, 1013:16, 1015:9, 1021:15, 1037:12, 1044:18, 1046:4, 1049:22, 1076:13, 1080:23, 1080:25, 1081:13, 1082:3, 1118:17, 1118:18

**CHARTS** [2] - 1046:10, 1086:23

**CHECK** [3] - 1062:1, 1122:24, 1123:1

**CHECKED** [1] - 1061:24

**CHILDREN** [1] - 1103:5

**CHOSE** - 1115:3

**CHRONICALLY** [1] - 1115:4

**CHRONOLOGICAL LY** [1] - 1072:6

**CHRONOLOGY** [2] - 1071:21, 1071:24

**CIRCLE** [1] - 1119:20

**CIRCULAR** [1] - 1069:12

**CIRCUMFERENCE** [1] - 1074:4

**CIRCUMSPECT** [1] - 1085:3

**CITATION** [1] - 1089:13

**CITATIONS** [1] - 1097:19

**CITE** [1] - 1047:15

**CITRUS** [5] - 1046:25, 1051:5, 1055:17, 1057:17, 1058:7

**CITY** [1] - 1007:20

**CITY** [1] - 1089:12

**CIVIL** [1] - 1091:24

**CLAIM** [1] - 1082:2

**CLARIFIED** [2] - 1014:22, 1122:22

**CLARIFY** [2] - 1093:13, 1121:10

**CLARITY** [1] - 1013:11

**CLASS** [1] - 1079:21

**CLAY** [4] - 1107:23, 1107:24, 1107:25, 1109:1

**CLAYS** [1] - 1092:23

**CLEAN** [1] - 1054:8

**CLEAN-UP** [1] - 1054:8

**CLEAR** [13] - 1015:10, 1022:5, 1030:17, 1052:23, 1053:5, 1069:1, 1069:19, 1070:5, 1072:16, 1077:11, 1077:14, 1077:21, 1108:18

**CLEARED** [1] - 1123:3

**CLEARLY** [2] - 1035:20, 1071:10

**CLERK** [16] - 1010:5, 1034:20, 1034:22, 1054:17, 1055:4, 1055:6, 1055:9, 1063:20, 1075:25, 1076:3, 1076:5, 1076:7, 1086:15, 1087:12, 1087:20, 1087:23

**CLINCH** [1] - 1120:5

**CLOSE** [1] - 1110:25

**CLOSER** [4] - 1029:23, 1030:6, 1030:22, 1115:2

**COACH** [1] - 1104:24

**COAST** [2] - 1099:12, 1099:16

**COFFEE** [1] - 1107:4

**COLLEAGUE** [1] - 1048:25

**COLLECTED** [2] - 1069:18, 1087:3

**COLLINS** [1] - 1067:24

**COLLINS'** [1] - 1068:21

**COLLOQUY** [1] - 1073:5

**COLUMBIA** [1] - 1088:12

COLUMN [4] - 1012:9, 1029:21, 1030:6, 1030:8
COME [8] - 1029:18, 1050:3, 1050:9, 1050:16, 1050:20, 1114:22, 1121:13, 1122:18
COMES [7] - 1092:16, 1103:6, 1118:11, 1120:2, 1121:25, 1122:11, 1122:25
COMING [7] - 1050:24, 1054:5, 1056:11, 1058:3, 1074:7, 1080:10, 1120:19
COMMENT [2] - 1050:1, 1055:23
COMMITTEE [1] - 1103:1
COMPACTION [1] - 1122:10
COMPARE [5] - 1011:25, 1018:12, 1044:2, 1049:8, 1049:14
COMPARED [3] - 1012:23, 1039:3, 1046:16
COMPARING [2] - 1010:20, 1010:21
COMPARISON [7] - 1010:25, 1023:16, 1041:10, 1043:20, 1044:6, 1044:13, 1045:25
COMPETENTLY [1] - 1100:15
COMPLETE [1] - 1060:25
COMPLETELY [2] - 1058:24, 1069:4
COMPLEX [1] - 1007:9
COMPLIMENTED [1] - 1062:16
COMPONENT [1] - 1122:5
COMPONENTS [1] - 1061:7
COMPUTED [1] - 1046:25
COMPUTER [1] - 1017:17
COMPUTER [1] - 1008:19
CONCEPTS [1] - 1101:5

CONCEPTUALLY [1] - 1083:2
CONCERN [1] - 1122:6
CONCERNED [1] - 1078:21
CONCERNING [1] - 1122:11
CONCERNS [2] - 1073:8, 1078:22
CONCISE [1] - 1063:23
CONCLUDE [2] - 1080:13, 1112:22
CONCLUDED [1] - 1107:16
CONCLUDES [2] - 1089:25, 1090:5
CONCLUSION [9] - 1022:13, 1028:7, 1067:22, 1078:14, 1094:16, 1106:5, 1106:10, 1108:5
CONCLUSIONS [7] - 1075:13, 1077:24, 1078:11, 1090:24, 1099:23, 1100:4, 1113:18
CONCRETE [2] - 1045:10, 1102:4
CONDITION [3] - 1024:11, 1024:19, 1089:19
CONDITIONAL [1] - 1066:22
CONDITIONS [5] - 1073:15, 1074:1, 1089:17, 1090:7, 1104:23
CONDUCT [1] - 1063:21
CONFER [1] - 1097:2
CONFIDENT [1] - 1113:21
CONFINE [2] - 1050:7, 1050:17
CONFIRMED [1] - 1061:25
CONFLATE [1] - 1026:14
CONFRONTING [1] - 1121:6
CONFUSED [3] - 1036:9, 1117:8, 1117:13
CONFUSION [1] - 1040:20
CONNECTED [1] - 1097:12
CONNECTION [3] -

1077:2, 1097:11, 1099:10
CONOR [1] - 1008:8
CONSENSUS [2] - 1016:4, 1016:18
CONSEQUENCE [3] - 1017:1, 1042:8, 1068:10
CONSEQUENCES [1] - 1043:11
CONSERVATIVE [1] - 1031:24
CONSIDER [3] - 1015:19, 1054:8, 1096:22
CONSIDERABLE [3] - 1016:24, 1023:11, 1047:7
CONSIDERED [1] - 1112:17
CONSISTS [1] - 1122:3
CONSTANT [2] - 1033:5, 1118:1
CONSTRICT [1] - 1051:1
CONSTRICTED [1] - 1050:25
CONSTRUCT [1] - 1119:18
CONSTRUCTED [2] - 1071:11, 1090:8
CONSTRUCTION [2] - 1109:6, 1115:10
CONSULT [1] - 1088:12
CONTAIN [1] - 1066:17
CONTEMPLATED [1] - 1077:16
CONTEMPORANE OUS [1] - 1100:15
CONTEMPORANE OUSLY [1] - 1107:2
CONTINUED [1] - 1010:18
CONTINUES [1] - 1026:5
CONTINUING [1] - 1108:25
CONTINUOUS [1] - 1033:3
CONTRACT [1] - 1119:21
CONTRIBUTE [1] - 1096:12
CONTRIBUTED [3] - 1094:8, 1094:25, 1113:13
CONTRIBUTING [1]

- 1067:2
CONTRIBUTION [2] - 1063:10, 1067:3
CONTRIBUTORS [1] - 1119:10
CONTROL [3] - 1028:4, 1050:11, 1085:19
CONVEYANCE [6] - 1028:12, 1064:11, 1066:21, 1069:17, 1069:22, 1070:2
CORNER [3] - 1013:18, 1040:13, 1040:15
CORPS [26] - 1025:23, 1065:23, 1071:13, 1072:21, 1074:12, 1074:17, 1079:4, 1083:16, 1092:9, 1093:4, 1095:3, 1095:6, 1100:16, 1103:14, 1103:21, 1103:22, 1103:25, 1104:6, 1104:18, 1105:5, 1112:24, 1113:4, 1114:22, 1115:5, 1121:6
CORPS' [1] - 1117:2
CORRECT [129] - 1011:7, 1011:11, 1012:14, 1012:17, 1013:16, 1013:17, 1013:23, 1014:2, 1014:6, 1014:9, 1014:13, 1014:17, 1016:5, 1016:14, 1016:22, 1017:20, 1018:15, 1018:19, 1019:11, 1020:3, 1020:11, 1020:16, 1020:20, 1020:22, 1021:8, 1023:20, 1024:4, 1024:14, 1024:22, 1029:8, 1029:9, 1031:8, 1031:15, 1033:21, 1034:7, 1034:11, 1034:25, 1035:1, 1035:4, 1035:5, 1035:9, 1035:14, 1035:15, 1036:19, 1037:7, 1038:9, 1038:13, 1038:16, 1039:4, 1039:10, 1039:15, 1040:9, 1040:15, 1040:18, 1040:19, 1040:23, 1041:15, 1044:10,

1044:20, 1044:24, 1045:4, 1045:8, 1045:13, 1045:14, 1045:18, 1045:21, 1046:2, 1046:3, 1046:8, 1046:12, 1047:3, 1047:21, 1049:5, 1049:9, 1051:20, 1051:22, 1052:15, 1053:2, 1054:12, 1058:5, 1058:10, 1059:6, 1059:23, 1060:1, 1060:9, 1060:10, 1062:23, 1063:4, 1063:7, 1065:17, 1066:3, 1075:17, 1076:11, 1087:5, 1092:1, 1092:2, 1092:14, 1093:7, 1093:18, 1093:23, 1095:8, 1095:17, 1095:18, 1100:3, 1100:7, 1100:17, 1100:21, 1103:7, 1105:23, 1105:24, 1110:19, 1110:22, 1111:15, 1113:7, 1113:9, 1114:18, 1115:14, 1115:16, 1115:25, 1116:22, 1116:25, 1120:4, 1121:15, 1121:16, 1121:17, 1122:14, 1123:14
CORRECTLY [3] - 1037:12, 1041:4, 1059:19
CORRELATION [5] - 1046:11, 1046:23, 1106:6, 1106:10
CORRESPOND [1] - 1116:6
CORRESPONDEN CES [1] - 1116:16
CORROBORATE [1] - 1083:15
COULD [40] - 1017:17, 1018:23, 1021:10, 1024:13, 1027:25, 1028:20, 1028:21, 1042:14, 1042:15, 1046:22, 1052:2, 1052:11, 1052:19, 1053:16, 1053:18, 1056:20, 1056:22, 1057:6, 1057:7, 1057:21, 1058:21, 1058:25, 1064:14, 1069:16,

1077:11, 1079:7, 1079:14, 1097:3, 1100:22, 1100:23, 1102:5, 1105:12, 1106:17, 1106:25, 1108:10, 1109:5, 1116:2, 1118:8

**COULDN'T** [2] - 1018:5, 1069:6

**COUNCIL** [1] - 1089:12

**COUNSEL** [11] - 1026:11, 1032:25, 1037:21, 1038:2, 1071:18, 1081:4, 1087:4, 1110:11, 1110:12, 1112:2, 1115:18

**COUPLE** [4] - 1054:7, 1058:19, 1059:8, 1059:17

**COUPLING** [1] - 1069:22

**COURSE** [5] - 1070:2, 1077:2, 1086:9, 1088:10, 1088:24

**COURT** [1] - 1008:16

**COURT** [218] - 1006:1, 1010:6, 1010:15, 1011:15, 1012:3, 1022:11, 1022:24, 1023:4, 1026:7, 1026:12, 1026:16, 1027:1, 1027:8, 1027:21, 1028:2, 1028:5, 1028:17, 1028:22, 1029:3, 1029:4, 1030:1, 1032:24, 1033:2, 1033:10, 1033:16, 1033:18, 1034:2, 1034:15, 1034:17, 1034:19, 1035:17, 1036:9, 1036:15, 1037:24, 1038:1, 1038:5, 1038:6, 1039:2, 1039:24, 1042:9, 1042:17, 1043:2, 1043:8, 1043:23, 1048:7, 1048:9, 1048:12, 1049:13, 1049:16, 1050:2, 1050:6, 1050:18, 1052:1, 1052:8, 1053:7, 1053:11, 1053:13, 1053:18, 1053:22, 1054:2, 1054:5, 1054:16,

1054:23, 1055:7, 1055:12, 1056:7, 1056:22, 1057:7, 1057:21, 1058:17, 1060:24, 1061:5, 1061:8, 1062:6, 1062:11, 1062:16, 1062:19, 1063:17, 1063:19, 1063:21, 1063:24, 1066:9, 1066:12, 1068:5, 1068:8, 1070:4, 1070:18, 1070:23, 1071:2, 1071:4, 1071:10, 1071:18, 1071:23, 1072:5, 1072:9, 1072:23, 1073:2, 1073:3, 1073:5, 1073:8, 1075:10, 1075:24, 1077:9, 1077:14, 1077:21, 1077:25, 1078:4, 1078:19, 1078:20, 1078:21, 1078:22, 1078:25, 1079:11, 1079:17, 1079:22, 1080:25, 1081:17, 1081:19, 1081:24, 1082:7, 1082:10, 1082:14, 1082:18, 1082:21, 1082:23, 1083:1, 1083:4, 1083:6, 1083:9, 1083:22, 1084:1, 1084:9, 1084:15, 1084:18, 1084:22, 1085:1, 1085:9, 1085:20, 1086:6, 1086:11, 1086:16, 1086:20, 1086:25, 1087:6, 1087:10, 1087:13, 1087:18, 1088:4, 1090:20, 1091:3, 1091:4, 1091:7, 1091:12, 1093:12, 1093:21, 1094:2, 1094:11, 1094:13, 1094:17, 1096:4, 1096:7, 1096:19, 1096:23, 1097:2, 1097:5, 1097:14, 1097:22, 1097:25, 1098:3, 1098:6, 1098:8, 1098:12, 1107:1, 1107:6, 1107:20, 1108:14, 1109:25, 1110:7, 1110:11, 1110:14, 1113:4, 1113:6, 1113:16, 1113:23,

1114:2, 1114:4, 1114:6, 1114:10, 1115:18, 1115:21, 1116:3, 1116:20, 1116:23, 1117:7, 1117:12, 1117:18, 1117:20, 1117:24, 1117:25, 1118:3, 1118:6, 1118:12, 1118:14, 1118:20, 1118:25, 1120:16, 1120:21, 1120:24, 1122:22, 1123:2, 1123:12, 1123:13, 1123:23

**COURT'S** [11] - 1010:5, 1022:14, 1042:14, 1053:24, 1062:6, 1063:20, 1078:21, 1078:25, 1079:1, 1088:18, 1113:12

**COURTROOM** [1] - 1089:7

**COVER** [1] - 1055:5

**COVERED** [2] - 1048:19, 1051:7

**COVETED** [1] - 1089:10

**CRAZY** [1] - 1092:7

**CREATE** [1] - 1102:12

**CREATED** [6] - 1016:1, 1021:14, 1099:1, 1099:6, 1099:10, 1100:5

**CREDENTIALS** [1] - 1090:17

**CREEPING** [2] - 1065:9, 1119:25

**CRENELLATION** [1] - 1104:8, 1104:11, 1104:12

**CRENELLATIONS** [1] - 1103:18

**CREST** [21] - 1033:5, 1041:11, 1041:13, 1042:1, 1042:4, 1042:19, 1044:14, 1044:18, 1044:23, 1045:7, 1045:9, 1045:12, 1045:16, 1045:20, 1046:5, 1046:7, 1046:12, 1046:16, 1046:25, 1111:2

**CRISP** [3] - 1062:11, 1062:18

**CRITERIA** [1] - 1095:13

**CRITICAL** [5] - 1089:14, 1102:4, 1102:6, 1102:8, 1108:19

**CROSS** [10] - 1010:7, 1010:18, 1027:22, 1062:9, 1064:3, 1064:12, 1068:21, 1077:12, 1096:19, 1111:23

**CROSS** [1] - 1009:5

**CROSS-EXAMINATION** [6] - 1010:7, 1010:18, 1062:9, 1064:3, 1077:12, 1096:19

**CROSS-EXAMINATION** [1] - 1009:5

**CROSS-SECTION** [1] - 1111:23

**CROWN** [13] - 1093:2, 1093:9, 1098:21, 1105:5, 1106:6, 1106:23, 1108:7, 1109:2, 1109:9, 1111:24, 1116:9, 1116:12, 1121:15

**CROWNS** [8] - 1092:25, 1093:6, 1105:22, 1111:11, 1112:3, 1112:18, 1113:13, 1118:23

**CRR** [2] - 1008:16, 1123:22

**CRY** [1] - 1103:13

**CUBIC** [21] - 1035:12, 1035:20, 1035:25, 1036:2, 1036:24, 1036:25, 1037:4, 1037:5, 1039:13, 1039:14, 1039:17, 1039:18, 1039:19, 1044:9, 1047:11, 1047:12, 1047:13, 1048:15, 1049:14, 1051:14, 1051:19

**CUISINE** [1] - 1083:7

**CUMBERSOME** [1] - 1107:7

**CUMULATIVE** [2] - 1117:18, 1118:5

**CURTAIN** [1] - 1109:23

**CURVE** [1] - 1040:18

**CURVES** [1] - 1042:2

**CUT** [1] - 1073:22

**CUTTER** [2] -

1099:12, 1099:16

**CYCLE** [2] - 1119:23, 1121:7

**CYPRESS** [7] - 1014:5, 1015:7, 1016:4, 1016:7, 1016:10, 1019:14

---

**D**

**D** [10] - 1008:11, 1009:1, 1010:1, 1011:21, 1025:13, 1030:8, 1030:25, 1065:11, 1065:16

**DALLAS** [1] - 1006:24

**DAMAGE** [12] - 1048:19, 1048:21, 1049:24, 1051:7, 1051:12, 1052:4, 1052:15, 1052:24, 1053:8, 1053:9, 1101:17, 1101:19

**DAMAGING** [1] - 1102:24

**DANGER** [2] - 1069:3, 1069:5

**DANGEROUS** [3] - 1067:22, 1068:23, 1069:3

**DANIEL** [1] - 1008:6

**DARE** [2] - 1025:6, 1089:7

**DARK** [3] - 1014:6, 1016:8, 1023:7

**DATA** [12] - 1022:4, 1025:7, 1028:3, 1083:16, 1084:4, 1084:10, 1084:13, 1091:12, 1091:13, 1117:2, 1122:12

**DATE** [1] - 1054:17

**DATED** [1] - 1056:16

**DAY** [3] - 1028:9, 1059:3, 1083:14

**DC** [1] - 1008:14

**DEAD** [1] - 1028:23

**DEAL** [2] - 1013:25, 1099:15

**DEALING** [3] - 1083:24, 1093:16, 1120:6

**DEALS** [2] - 1054:10, 1105:9

**DEATH** [1] - 1074:15

**DECADES** [1] - 1115:15

**DECIDE** [1] - 1073:3

**DECIDED** [1] -

1072:21
**DECISION** [2] -
1038:6, 1070:22
**DECLARATION** [1] -
1114:5
**DECREASES** [2] -
1109:2, 1109:9
**DEEP** [24] - 1012:17,
1012:18, 1019:8,
1020:3, 1020:10,
1020:16, 1020:20,
1021:4, 1021:8,
1024:25, 1025:2,
1025:13, 1029:7,
1029:15, 1030:14,
1031:8, 1048:4,
1048:15, 1065:1,
1066:1, 1066:5,
1067:1, 1074:8,
1110:25
**DEEPER** [1] - 1074:6
**DEFECTIVE** [3] -
1089:17, 1089:19,
1090:7
**DEFECTS** [1] -
1100:6
**DEFENDANT** [3] -
1008:5, 1086:13,
1106:1
**DEFENDANT'S** [3] -
1060:16, 1081:11,
1092:11
**DEFENDANTS** [2] -
1082:2, 1082:13
**DEFENDING** [1] -
1103:12
**DEFENSE** [5] -
1098:20, 1102:18,
1106:3, 1106:5,
1106:9
**DEFENSES** [2] -
1049:2, 1098:15
**DEFENSIVE** [1] -
1103:17
**DEFERRED** [1] -
1027:21
**DEFINITION** [1] -
1105:14
**DEGRADED** [2] -
1042:1, 1075:4
**DELIVER** [1] -
1087:14
**DEMONSTRATING**
[1] - 1077:3
**DEMONSTRATIVE**
[3] - 1087:2, 1087:4,
1087:7
**DENHAM** [1] -
1007:13
**DEPARTMENT** [1] -

1008:5
**DEPENDS** [1] -
1102:2
**DEPICTED** [3] -
1011:20, 1052:18,
1053:16
**DEPICTION** [1] -
1101:1
**DEPICTS** [1] -
1011:14
**DEPOSITION** [11] -
1015:8, 1015:18,
1022:18, 1060:5,
1085:17, 1085:20,
1112:1, 1112:9,
1112:12, 1112:15,
1113:11
**DEPOSITIONS** [1] -
1085:10
**DEPTH** [5] - 1030:11,
1030:12, 1047:21,
1119:16, 1122:10
**DEPUTY** [4] -
1010:5, 1063:20,
1087:20, 1087:23
**DER** [1] - 1025:24
**DESCEND** [1] -
1056:5
**DESCENDS** [1] -
1044:10
**DESCRIBE** [4] -
1033:12, 1038:15,
1058:21, 1122:2
**DESCRIBED** [3] -
1031:18, 1102:18,
1103:1
**DESIGN** [22] -
1029:10, 1049:9,
1051:1, 1066:17,
1071:12, 1071:15,
1071:18, 1072:1,
1072:2, 1072:3,
1072:24, 1074:20,
1074:22, 1079:4,
1079:8, 1095:13,
1098:21, 1104:23,
1105:1, 1105:16,
1118:17
**DESIGNED** [12] -
1023:17, 1024:17,
1037:13, 1038:16,
1044:9, 1048:14,
1078:23, 1079:7,
1085:23, 1090:8,
1100:15, 1104:25
**DESIGNER** [6] -
1022:7, 1025:18,
1031:7, 1031:15,
1049:5, 1050:5
**DESIGNERS** [3] -

1031:9, 1049:7,
1049:20
**DESIGNING** [1] -
1104:18
**DESIGNS** [1] -
1071:13
**DESTROYED** [1] -
1098:16
**DESTRUCTIVE** [1] -
1089:17
**DETAIL** [4] -
1021:21, 1028:6,
1051:17, 1098:12
**DETAILED** [1] -
1014:3
**DETAILS** [1] - 1017:2
**DETERIORATION**
[1] - 1074:23
**DETERMINATION**
[1] - 1065:16
**DETERMINE** [3] -
1011:21, 1049:8,
1053:8
**DETERMINED** [1] -
1014:5
**DETERMINES** [1] -
1105:7
**DETERMINING** [4] -
1051:6, 1052:24,
1053:9, 1077:16
**DEVELOPED** [1] -
1095:22
**DEVILISH** [1] -
1117:25
**DIAGRAM** [1] -
1027:19
**DICK** [1] - 1074:5
**DID** [45] - 1011:2,
1014:25, 1015:18,
1016:23, 1016:25,
1018:15, 1029:19,
1032:25, 1045:7,
1052:23, 1061:22,
1061:23, 1063:24,
1064:6, 1065:24,
1066:10, 1071:5,
1071:15, 1072:14,
1076:14, 1078:3,
1079:1, 1084:22,
1084:23, 1085:3,
1089:16, 1089:19,
1093:8, 1096:12,
1099:18, 1103:24,
1106:13, 1106:20,
1106:22, 1106:24,
1108:5, 1109:12,
1109:14, 1110:20,
1112:6, 1112:8,
1112:20, 1112:22,
1118:16

**DIDN'T** [21] -
1016:23, 1017:19,
1017:21, 1018:17,
1025:16, 1026:18,
1031:12, 1043:19,
1048:20, 1048:22,
1049:16, 1060:7,
1066:12, 1067:23,
1074:21, 1077:7,
1077:12, 1094:6,
1094:22, 1120:25,
1121:12
**DIFFERENCE** [22] -
1011:7, 1011:10,
1017:13, 1017:14,
1018:9, 1018:21,
1023:15, 1023:23,
1026:7, 1036:15,
1041:13, 1042:18,
1043:10, 1043:16,
1043:17, 1047:8,
1047:10, 1053:6,
1076:16, 1089:20,
1093:8, 1093:11
**DIFFERENCES** [4] -
1011:4, 1014:1,
1018:6, 1046:15
**DIFFERENT** [11] -
1015:4, 1022:12,
1037:16, 1038:2,
1038:3, 1038:4,
1047:14, 1065:6,
1065:9, 1101:19
**DIFFERENTLY** [1] -
1116:2
**DIFFICULT** [1] -
1022:21
**DIFFICULTY** [1] -
1066:25
**DIGGING** [1] -
1104:2
**DIKE** [12] - 1015:14,
1025:19, 1029:17,
1033:5, 1033:7,
1065:9, 1065:12,
1066:22, 1067:2,
1069:15, 1069:16,
1074:5
**DIMENSIONS** [3] -
1024:17, 1037:13,
1061:18
**DIP** [2] - 1055:23,
1056:7
**DIRE** [1] - 1009:9
**DIRE** [2] - 1090:9,
1090:16
**DIRECT** [8] -
1031:23, 1055:11,
1055:14, 1063:24,
1091:17, 1102:9,

1102:11, 1111:6
**DIRECT** [1] -
1009:11
**DIRECTIONS** [1] -
1102:22
**DIRECTLY** [3] -
1069:19, 1098:22,
1114:23
**DIRT** [4] - 1119:24,
1121:12, 1121:14
**DISAGREE** [2] -
1084:6, 1106:5
**DISASTER** [3] -
1089:8, 1092:3
**DISCRETIONING** [1]
- 1113:20
**DISCUSS** [7] -
1064:20, 1106:3,
1106:14, 1106:22,
1107:12, 1109:12,
1121:10
**DISCUSSED** [4] -
1016:25, 1065:1,
1067:13, 1076:14
**DISCUSSING** [1] -
1093:24
**DISCUSSION** [11] -
1010:11, 1015:21,
1015:22, 1022:17,
1025:3, 1025:6,
1028:12, 1040:12,
1067:16, 1067:18,
1085:7
**DISPLACE** [1] -
1118:9
**DISPLACEMENT**
[16] - 1093:24,
1098:21, 1105:23,
1106:3, 1106:7,
1106:15, 1106:22,
1107:18, 1108:6,
1111:8, 1111:10,
1112:4, 1114:25,
1117:5, 1120:9,
1121:1
**DISPLAYED** [1] -
1013:14
**DISPOSAL** [1] -
1098:18
**DISSIPATED** [1] -
1011:23
**DISSIPATES** [1] -
1013:3
**DISTANCE** [2] -
1025:5, 1036:5
**DISTINCTION** [1] -
1026:4
**DISTINGUISHED** [2]
- 1088:5, 1090:1
**DISTRICT** [7] -

1006:1, 1006:2, 1006:9, 1104:1, 1104:6, 1123:13
**DISTRUST** [1] - 1030:9
**DIVIDED** [1] - 1021:22
**DIXON** [1] - 1122:13
**DO** [65] - 1010:16, 1011:15, 1014:18, 1025:15, 1025:16, 1025:18, 1026:1, 1026:18, 1027:2, 1027:24, 1028:24, 1029:14, 1031:9, 1031:10, 1031:14, 1041:1, 1043:21, 1043:23, 1052:2, 1052:16, 1053:18, 1058:11, 1060:11, 1060:13, 1061:10, 1061:22, 1064:6, 1065:19, 1065:20, 1068:20, 1068:25, 1070:7, 1071:25, 1075:1, 1075:8, 1075:10, 1079:8, 1081:21, 1084:8, 1086:16, 1088:3, 1090:23, 1091:22, 1092:11, 1095:12, 1099:15, 1100:22, 1102:12, 1102:13, 1103:3, 1106:3, 1106:4, 1106:5, 1107:8, 1109:25, 1116:16, 1117:5, 1118:9, 1122:25, 1123:13
**DOCKET** [1] - 1006:4
**DOCUMENT** [15] - 1083:13, 1084:3, 1084:7, 1084:12, 1084:24, 1085:6, 1085:9, 1086:1, 1086:3, 1086:6, 1107:8, 1110:6, 1110:8
**DOCUMENTATION** [1] - 1109:2
**DOCUMENTED** [1] - 1080:3
**DOCUMENTS** [5] - 1082:16, 1082:23, 1083:3, 1112:24, 1113:4
**DOES** [14] - 1017:13, 1019:3, 1051:16, 1052:21, 1070:16,

1070:24, 1071:13, 1072:17, 1097:23, 1105:5, 1114:22, 1116:6, 1116:11, 1120:8
**DOESN'T** [18] - 1017:8, 1019:21, 1031:2, 1033:10, 1047:17, 1052:20, 1052:21, 1058:6, 1058:25, 1062:11, 1069:17, 1072:3, 1074:3, 1078:10, 1079:11, 1084:12, 1088:16, 1117:17
**DOING** [3] - 1054:23, 1075:2, 1107:6
**DOMENGEAUX** [1] - 1007:1
**DOMINANT** [1] - 1040:7
**DON'T** [40] - 1014:17, 1014:19, 1015:16, 1016:6, 1017:22, 1026:10, 1027:17, 1027:24, 1030:2, 1031:13, 1031:21, 1037:20, 1042:5, 1048:20, 1050:1, 1050:2, 1050:18, 1051:9, 1052:8, 1053:16, 1054:2, 1055:23, 1060:11, 1060:21, 1060:24, 1062:11, 1064:8, 1065:3, 1069:17, 1070:23, 1071:8, 1071:13, 1083:25, 1096:7, 1096:9, 1108:17, 1109:24, 1114:17, 1122:24
**DONE** [15] - 1031:7, 1064:4, 1069:23, 1070:1, 1074:18, 1077:15, 1079:4, 1079:8, 1079:14, 1085:2, 1087:1, 1107:17, 1110:21, 1119:17, 1121:13
**DOOMED** [1] - 1120:15
**DOT** [1] - 1068:21
**DOUBLE** [1] - 1123:1
**DOWN** [19] - 1020:9, 1020:11, 1032:2, 1032:7, 1042:4, 1044:10, 1046:4, 1047:20, 1069:25, 1080:14, 1081:12,

1082:3, 1084:5, 1085:11, 1110:3, 1114:11, 1116:19, 1118:22, 1120:19
**DOWNS** [2] - 1103:15, 1103:18
**DOWNWARD** [1] - 1101:23
**DR** [30] - 1075:13, 1077:15, 1077:24, 1078:10, 1078:14, 1086:12, 1086:22, 1087:11, 1088:3, 1088:5, 1088:10, 1089:4, 1089:10, 1089:14, 1089:21, 1089:25, 1090:5, 1090:11, 1090:23, 1091:18, 1094:12, 1096:16, 1107:21, 1108:16, 1113:8, 1114:17, 1115:24, 1117:15, 1118:21, 1122:20
**DRAMATIC** [3] - 1020:20, 1020:25, 1043:17
**DRAMATICALLY** [1] - 1020:7
**DRAW** [1] - 1037:22
**DRAWING** [2] - 1028:16, 1069:15
**DRAWINGS** [2] - 1064:4, 1064:6
**DRAWN** [2] - 1013:12, 1069:25
**DREDGE** [1] - 1074:8
**DREDGING** [9] - 1086:24, 1098:23, 1105:21, 1107:13, 1107:18, 1111:9, 1119:17, 1119:21
**DREW** [1] - 1069:14
**DROP** [1] - 1022:6
**DROPS** [7] - 1020:2, 1020:3, 1020:7, 1020:10, 1021:3, 1021:7
**DRY** [1] - 1057:1
**DUDENHEFER** [2] - 1007:5, 1007:5
**DUE** [11] - 1033:4, 1056:12, 1064:25, 1069:25, 1073:24, 1077:2, 1090:4, 1093:9, 1111:9, 1119:9, 1122:8
**DUG** [2] - 1048:1, 1070:21

**DUMAS** [2] - 1007:8, 1007:8
**DUMP** [1] - 1072:7
**DUNCAN** [2] - 1086:22, 1118:18
**DUPRE** [9] - 1021:14, 1023:25, 1039:8, 1043:21, 1046:1, 1080:25, 1112:17, 1115:1, 1116:10
**DURATION** [4] - 1038:23, 1068:19, 1099:5, 1100:10
**DURING** [18] - 1017:18, 1029:11, 1029:23, 1030:7, 1030:19, 1037:14, 1040:21, 1042:2, 1064:3, 1073:15, 1085:24, 1100:6, 1100:19, 1101:25, 1104:9, 1108:7, 1109:5, 1118:4
**DUVAL** [4] - 1006:8, 1080:9, 1121:16, 1121:18

# E

**E** [5] - 1008:2, 1009:1, 1010:1, 1088:1
**EACH** [7] - 1017:7, 1036:2, 1058:23, 1061:24, 1077:24, 1096:1, 1099:15
**EARLIER** [6] - 1018:7, 1030:9, 1034:17, 1034:19, 1045:2, 1061:11
**EARLY** [2] - 1099:3, 1104:11
**EARNESTLY** [1] - 1096:22
**EARTH'S** [1] - 1122:15
**EARTHEN** [14] - 1092:23, 1101:13, 1102:3, 1102:6, 1102:9, 1102:16, 1102:19, 1102:21, 1102:24, 1104:13, 1111:23, 1119:8, 1119:19, 1122:8
**EASIER** [3] - 1054:25, 1086:13, 1108:23
**EAST** [1] - 1007:24
**EAST** [15] - 1054:10, 1056:11, 1056:25,

1057:2, 1057:9, 1058:16, 1059:3, 1059:23, 1064:23, 1075:17, 1075:19, 1088:19, 1090:14, 1096:12, 1099:9
**EASTERN** [2] - 1006:2, 1123:13
**EASY** [3] - 1032:14, 1066:23, 1078:6
**EBERSOLE** [1] - 1086:3
**EBIA** [1] - 1096:6
**EBS** [1] - 1107:12
**EBSBS** [1] - 1115:10
**EBSBS'S** [7] - 1108:20, 1108:21, 1109:2, 1109:4, 1109:7, 1109:9, 1111:11
**ED** [1] - 1054:22
**EDWARDS** [1] - 1007:1
**EFFECT** [14] - 1022:15, 1030:15, 1034:6, 1038:5, 1040:8, 1050:21, 1050:22, 1070:1, 1070:25, 1072:14, 1075:7, 1091:7, 1099:24, 1111:21
**EFFECTED** [1] - 1072:12
**EFFECTIVE** [1] - 1101:23
**EFFECTS** [6] - 1028:10, 1074:8, 1079:5, 1090:15, 1092:16, 1118:23
**EHRLICH** [1] - 1008:6
**EIGHT** [18] - 1017:20, 1031:19, 1032:5, 1036:11, 1036:19, 1036:20, 1036:21, 1039:12, 1039:13, 1039:16, 1040:3, 1040:4, 1040:7, 1057:20, 1068:8, 1111:17
**EITHER** [3] - 1058:7, 1058:11, 1080:14
**EL** [1] - 1008:7
**EL-AMIN** [1] - 1008:7
**ELEMENT** [2] - 1103:17, 1109:10
**ELEMENTS** [3] - 1022:2, 1053:8, 1071:23
**ELEVATION** [32] -

1033:25, 1041:11, 1041:14, 1042:1, 1042:4, 1044:14, 1044:15, 1044:18, 1044:22, 1045:7, 1045:13, 1045:16, 1046:8, 1046:12, 1046:17, 1046:25, 1056:3, 1098:21, 1101:15, 1105:22, 1109:9, 1111:2, 1111:24, 1111:25, 1116:9, 1116:12, 1116:19, 1121:15, 1122:5

**ELEVATIONS** [18] - 1011:19, 1011:20, 1017:17, 1033:20, 1033:24, 1046:5, 1092:18, 1093:9, 1105:5, 1105:10, 1105:14, 1106:10, 1106:23, 1108:7, 1108:20, 1109:2, 1115:8, 1122:1

**ELEVATOR** [3] - 1101:12, 1101:17, 1101:19

**ELISA** [1] - 1007:23

**ELMO** [5] - 1064:9, 1066:20, 1075:10, 1109:25

**ELOQUENTLY** [1] - 1102:18

**ELSE** [2] - 1077:15, 1091:15

**ELWOOD** [2] - 1007:18, 1007:19

**EMOTION** [1] - 1064:16

**ENCOUNTERED** [1] - 1121:9

**ENCOURAGE** [1] - 1054:2

**ENCROACH** [1] - 1108:19

**ENCROACHING** [1] - 1098:22

**ENCROACHMENTS** [1] - 1108:20

**END** [4] - 1042:7, 1047:2, 1115:22, 1119:13

**ENDANGERED** [2] - 1108:20, 1109:4

**ENDURES** [1] - 1047:3

**ENEMY** [1] - 1103:20

**ENERGETIC** [1] - 1098:18

**ENERGY** [7] - 1011:21, 1011:23, 1011:24, 1012:2, 1012:13, 1013:2, 1013:6

**ENGINEER** [8] - 1030:13, 1037:17, 1070:15, 1074:17, 1088:5, 1091:24, 1103:22, 1121:2

**ENGINEERED** [1] - 1088:11

**ENGINEERING** [3] - 1088:8, 1088:9, 1091:24

**ENGINEERS** [18] - 1025:4, 1025:23, 1029:15, 1065:19, 1074:12, 1083:16, 1092:9, 1093:4, 1100:16, 1101:18, 1103:14, 1103:22, 1104:5, 1104:23, 1104:24, 1112:24, 1114:22, 1115:5

**ENGINEERS'S** [2] - 1065:23, 1113:4

**ENGLISH** [1] - 1093:25

**ENHANCED** [3] - 1090:1, 1099:8, 1099:11

**ENJOYED** [1] - 1083:6

**ENJOYING** [2] - 1083:10, 1097:16

**ENLARGE** [1] - 1111:19

**ENOUGH** [6] - 1063:13, 1076:23, 1077:7, 1095:20, 1102:5, 1108:12

**ENTERING** [1] - 1064:23

**ENTIRE** [6] - 1014:22, 1018:10, 1032:15, 1041:23, 1057:23, 1104:17

**ENTIRELY** [3] - 1014:8, 1032:17, 1063:14

**ENTIRETY** [2] - 1032:17, 1114:15

**ENTITLED** [4] - 1027:22, 1082:21, 1122:1, 1123:16

**ENVIRONMENT** [6] - 1074:14, 1074:24, 1075:5, 1075:7, 1099:25

**ENVIRONMENTAL** [3] - 1074:13, 1090:15, 1092:16

**EPHEMERAL** [1] - 1027:8

**EQUAL** [1] - 1047:10

**EQUATIONS** [2] - 1083:20

**ERNEST** [1] - 1039:9

**ERODE** [3] - 1073:19, 1073:20, 1095:6

**EROSION** [16] - 1032:2, 1040:5, 1052:2, 1052:3, 1052:4, 1073:14, 1089:22, 1090:4, 1095:21, 1098:17, 1098:25, 1101:16, 1105:21, 1111:9, 1120:8

**EROSIVE** [3] - 1102:15, 1104:16, 1111:3

**ERROR** [2] - 1084:22, 1092:2

**ESCAPE** [1] - 1120:11

**ESPECIALLY** [1] - 1071:12

**ESQ** [29] - 1006:13, 1006:17, 1006:20, 1006:20, 1006:23, 1007:2, 1007:5, 1007:8, 1007:12, 1007:15, 1007:16, 1007:19, 1007:23, 1007:23, 1008:2, 1008:2, 1008:6, 1008:7, 1008:7, 1008:8, 1008:8, 1008:9, 1008:9, 1008:10, 1008:10, 1008:11, 1008:11, 1008:12, 1008:12

**ESSENTIALLY** [8] - 1040:22, 1041:9, 1041:21, 1041:22, 1042:17, 1044:17, 1062:22, 1104:12

**ESTABLISH** [2] - 1049:23, 1050:13

**ESTABLISHED** [4] - 1050:13, 1050:19, 1050:20, 1112:25

**ESTIMATE** [3] - 1112:3, 1112:16, 1112:20

**ESTIMATED** [1] - 1093:5

**ESTIMATIONS** [1] - 1043:5

**ET** [7] - 1006:3, 1006:6, 1022:15, 1050:23, 1074:16, 1083:18, 1118:1

**ETERNITY** [1] - 1120:19

**EUROTOP** [2] - 1049:1, 1049:24

**EVALUATE** [5] - 1065:11, 1074:13, 1074:18, 1075:4, 1096:15

**EVALUATED** [1] - 1072:20

**EVEN** [18] - 1019:25, 1020:7, 1020:15, 1020:19, 1020:25, 1021:21, 1023:9, 1031:14, 1034:4, 1039:14, 1044:2, 1063:10, 1067:10, 1072:21, 1082:23, 1085:8, 1115:22

**EVENING** [1] - 1056:12

**EVENT** [7] - 1017:19, 1041:23, 1042:2

**EVENTS** [4] - 1057:8, 1057:20, 1058:20, 1086:24

**EVERY** [9] - 1011:5, 1015:4, 1023:23, 1024:20, 1024:21, 1035:15, 1041:9, 1061:17

**EVERYONE** [1] - 1123:4

**EVERYWHERE** [1] - 1074:15

**EVIDENCE** [7] - 1026:13, 1070:7, 1073:9, 1082:12, 1082:22, 1082:24, 1085:16

**EXACERBATED** [1] - 1107:12

**EXACTLY** [8] - 1016:6, 1021:23, 1036:10, 1052:12, 1065:24, 1066:4, 1079:17

**EXAMINATION** [16] - 1010:7, 1010:18, 1031:24, 1055:11, 1055:14, 1062:9, 1064:1, 1064:3, 1074:8, 1077:12, 1085:25, 1090:9,

1090:21, 1091:17, 1096:19, 1097:20

**EXAMINATION** [5] - 1009:5, 1009:6, 1009:9, 1009:10, 1009:11

**EXAMPLE** [1] - 1011:22

**EXCAVATION** [1] - 1099:9

**EXCEED** [2] - 1045:7, 1057:13

**EXCEEDED** [3] - 1044:17, 1045:8, 1101:14

**EXCEEDING** [1] - 1033:4

**EXCEPT** [5] - 1011:6, 1023:24, 1024:20, 1071:7, 1077:1

**EXCESS** [3] - 1035:12, 1039:13, 1056:5

**EXCLUDING** [1] - 1046:4

**EXCUSE** [4] - 1075:20, 1093:12, 1096:4, 1117:7

**EXCUSED** [2] - 1083:5, 1083:6

**EXHAUSTED** [2] - 1053:23, 1053:24

**EXHIBIT** [8] - 1065:21, 1077:23, 1079:22, 1080:22, 1086:2, 1086:23, 1110:2, 1122:17

**EXHIBITS** [4] - 1039:25, 1054:24, 1121:25, 1122:25

**EXISTED** [7] - 1016:1, 1023:17, 1039:18, 1070:12, 1071:10, 1074:7, 1090:2

**EXISTENCE** [5] - 1059:21, 1064:13, 1074:3, 1074:21

**EXISTING** [4] - 1049:19, 1067:17, 1067:20, 1100:15

**EXISTS** [1] - 1067:3

**EXPANSION** [2] - 1097:12, 1099:10

**EXPECT** [3] - 1022:22, 1029:14, 1070:2

**EXPECTATIONS** [1] - 1027:20

**EXPECTED** [4] - 1017:15, 1049:8, 1095:7, 1100:19

**EXPECTING** [2] - 1022:20, 1037:16

**EXPERIENCE** [1] - 1030:12

**EXPERIENCED** [1] - 1111:5

**EXPERT** [11] - 1026:15, 1060:15, 1061:8, 1070:15, 1074:16, 1086:17, 1090:18, 1098:5, 1099:24, 1100:5, 1105:25

**EXPERTS** [10] - 1015:21, 1060:16, 1062:3, 1092:11, 1099:22, 1100:9, 1102:18, 1106:3, 1106:5, 1106:9

**EXPERTS'** [1] - 1016:3

**EXPLAIN** [21] - 1021:11, 1025:4, 1025:11, 1027:13, 1027:23, 1028:8, 1028:14, 1047:7, 1051:12, 1056:7, 1056:22, 1057:7, 1057:21, 1065:3, 1066:4, 1066:24, 1069:7, 1074:5, 1102:20, 1104:8, 1117:15

**EXPLAINED** [3] - 1025:7, 1029:25, 1030:9

**EXPLAINS** [1] - 1118:6

**EXPLANATION** [3] - 1010:9, 1010:12, 1032:14

**EXPLICITLY** [1] - 1042:25

**EXPLOITING** [1] - 1104:15

**EXPLORE** [1] - 1027:22

**EXPOSED** [1] - 1074:6

**EXPOSURE** [1] - 1111:3

**EXTENDED** [1] - 1042:3

**EXTENT** [1] - 1011:22

**EXTRA** [2] - 1060:22, 1087:12

**EXTREME** [1] - 1074:1

**EXTRINSIC** [2] - 1072:23, 1072:24

**EXXON** [1] - 1088:13

**EYE** [1] - 1061:25

**EYES** [1] - 1062:3

# F

**F** [1] - 1008:9

**FACE** [1] - 1032:11

**FACILITATE** [2] - 1053:13, 1087:14

**FACILITATED** [1] - 1111:1

**FACILITATING** [1] - 1098:23

**FACILITIES** [1] - 1104:7

**FACILITY** [1] - 1097:12

**FACT** [23] - 1013:2, 1017:16, 1020:24, 1024:20, 1033:4, 1037:4, 1037:14, 1040:4, 1045:6, 1046:7, 1051:12, 1052:13, 1065:23, 1066:8, 1066:14, 1072:1, 1072:2, 1073:3, 1076:10, 1078:15, 1084:5, 1099:23, 1100:18

**FACTOR** [14] - 1012:15, 1012:16, 1012:18, 1012:19, 1012:21, 1012:25, 1022:13, 1022:14, 1060:20, 1061:4, 1068:5, 1097:7, 1111:11, 1122:15

**FACTORS** [2] - 1090:3, 1105:1

**FACTS** [4] - 1070:21, 1078:22, 1087:2, 1087:3

**FAIL** [3] - 1060:12, 1071:8, 1077:8

**FAILED** [7] - 1060:16, 1060:22, 1061:11, 1094:6, 1094:22, 1095:7, 1100:20

**FAILS** [1] - 1071:8

**FAILURE** [8] - 1043:9, 1046:20, 1073:25, 1075:23, 1077:2, 1089:16, 1089:23, 1090:4

**FAILURES** [4] - 1061:4, 1088:11, 1092:12, 1101:24

**FAIR** [1] - 1107:16

**FAIRLY** [2] - 1033:6, 1053:16

**FALL** [1] - 1082:3

**FALLEN** [1] - 1044:23

**FALLING** [3] - 1057:10, 1081:12, 1118:3

**FALLS** [3] - 1013:6, 1041:19

**FAMILIAR** [11] - 1048:21, 1048:24, 1049:1, 1049:13, 1049:15, 1049:18, 1103:14, 1107:20, 1114:6, 1119:1, 1120:13

**FAMILIARLY** [1] - 1096:1

**FAR** [4] - 1021:17, 1048:18, 1085:3, 1116:18

**FAST** [2] - 1067:25, 1068:1

**FASTER** [2] - 1013:6, 1120:11

**FAT** [2] - 1107:23

**FAULT** [3] - 1095:9, 1095:10, 1095:12

**FAULTY** [2] - 1094:8, 1094:24

**FAYARD** [2] - 1007:12, 1007:12

**FEATURE** [1] - 1102:24

**FEBRUARY** [3] - 1091:9, 1112:1, 1112:15

**FED** [1] - 1074:22

**FEED** [3] - 1025:13, 1030:25, 1031:4

**FEEL** [3] - 1033:8, 1113:17, 1120:21

**FEELING** [1] - 1067:11

**FEET** [78] - 1011:6, 1019:25, 1020:2, 1020:3, 1020:9, 1020:10, 1020:11, 1021:5, 1021:7, 1021:8, 1023:23, 1024:19, 1032:13, 1035:12, 1035:25, 1036:2, 1036:24, 1036:25, 1037:4, 1037:5, 1039:13,

1039:14, 1039:17, 1039:18, 1039:19, 1044:9, 1045:16, 1045:23, 1046:2, 1046:6, 1046:25, 1047:11, 1047:12, 1047:13, 1047:20, 1047:21, 1048:15, 1048:22, 1049:14, 1051:19, 1056:4, 1056:5, 1059:6, 1064:14, 1066:14, 1067:12, 1067:20, 1078:14, 1078:16, 1093:3, 1105:19, 1111:25, 1112:7, 1112:8, 1115:11, 1116:13, 1116:15, 1116:17, 1116:19, 1116:24, 1117:4, 1117:8, 1117:9, 1117:10, 1117:12, 1121:12, 1121:13

**FETCH** [1] - 1069:2

**FEW** [6] - 1028:9, 1028:18, 1047:14, 1082:16, 1093:4, 1093:11

**FIELD** [3] - 1015:19, 1025:12, 1030:16

**FIFTEEN** [1] - 1117:4

**FIFTY** [1] - 1112:23

**FIGHTING** [1] - 1103:19

**FIGURATIVE** [1] - 1034:2

**FIGURE** [9] - 1034:14, 1034:24, 1043:25, 1051:5, 1054:15, 1110:23, 1111:14, 1111:17

**FIGURES** [4] - 1035:6, 1040:12, 1100:8, 1111:2

**FILED** [3] - 1106:1, 1106:18, 1113:2

**FILL** [3] - 1063:13, 1080:15, 1080:16

**FILLED** [1] - 1057:25

**FILLING** [5] - 1057:22, 1057:25, 1058:1, 1058:22

**FILLS** [1] - 1058:24

**FINAL** [9] - 1054:7, 1056:13, 1062:15, 1090:23, 1091:3, 1091:4, 1091:5, 1091:9, 1091:10

**FINALLY** [3] - 1058:4, 1059:4,

1059:8, 1073:22, 1075:1, 1085:16, 1089:9, 1090:5

**FIND** [6] - 1031:1, 1031:5, 1054:25, 1055:7, 1116:16, 1118:11

**FINE** [7] - 1026:22, 1026:23, 1050:12, 1075:9, 1097:5, 1107:6, 1116:3

**FINEL** [5] - 1033:21, 1042:18, 1043:3, 1068:2, 1069:23

**FINEST** [1] - 1104:4

**FINISH** [2] - 1030:1, 1032:22

**FINISHED** [2] - 1030:2, 1073:6

**FIRM** [4] - 1006:19, 1007:5, 1007:8, 1007:22

**FIRST** [22] - 1023:19, 1028:9, 1035:6, 1035:7, 1043:1, 1047:7, 1056:9, 1056:23, 1057:12, 1057:25, 1070:21, 1071:7, 1085:2, 1089:21, 1091:11, 1098:11, 1098:15, 1101:9, 1105:8, 1109:16, 1115:12, 1122:5

**FITS** [1] - 1052:18

**FITZGERALD** [4] - 1086:22, 1107:21, 1118:19, 1118:21

**FIVE** [18] - 1018:1, 1035:12, 1035:19, 1036:2, 1036:18, 1036:22, 1036:25, 1037:4, 1037:5, 1047:13, 1051:19, 1087:16, 1093:8, 1112:7, 1115:21, 1118:12, 1118:13, 1122:7

**FIVE-FOOT** [1] - 1093:8

**FLAWS** [2] - 1090:3, 1095:16

**FLOOD** [28] - 1010:11, 1056:16, 1059:3, 1063:11, 1075:25, 1085:19, 1092:23, 1095:4, 1101:6, 1101:10, 1101:13, 1101:22, 1102:3, 1102:7,

1102:21, 1102:24, 1103:9, 1104:1, 1104:13, 1104:18, 1104:24, 1105:2, 1105:14, 1106:21, 1111:23, 1119:8, 1119:19, 1122:8
**FLOODING** [19] - 1054:10, 1056:15, 1056:25, 1061:25, 1067:2, 1069:24, 1080:6, 1081:8, 1088:18, 1090:6, 1090:13, 1091:20, 1092:12, 1094:9, 1094:25, 1096:13, 1099:4, 1111:6
**FLOODWALLS** [1] - 1099:11
**FLOODWATERS** [1] - 1054:11
**FLORIDA** [1] - 1007:13
**FLORIDA** [1] - 1104:1
**FLOW** [25] - 1018:10, 1032:21, 1033:4, 1033:5, 1034:10, 1034:16, 1037:5, 1037:12, 1038:23, 1039:20, 1040:4, 1040:16, 1041:2, 1041:6, 1041:17, 1041:19, 1042:3, 1043:5, 1044:7, 1052:25, 1053:9, 1057:15, 1074:25, 1077:16
**FLOWED** [2] - 1059:20, 1063:7
**FLOWING** [3] - 1035:11, 1037:1, 1057:3
**FOCUS** [11] - 1010:24, 1015:8, 1015:10, 1015:11, 1024:3, 1024:13, 1039:7, 1046:24, 1057:6, 1078:25, 1079:2
**FOCUSED** [1] - 1099:6
**FOCUSSING** [1] - 1037:24
**FOLIAGE** [1] - 1022:15
**FOLLOW** [3] - 1011:17, 1035:2, 1109:12
**FOLLOW-UP** [2] -

1011:17, 1109:12
**FOLLOWS** [1] - 1087:22
**FOND** [1] - 1088:6
**FOOT** [28] - 1012:14, 1024:21, 1032:12, 1035:13, 1035:21, 1036:18, 1036:25, 1037:4, 1039:13, 1039:14, 1045:20, 1046:1, 1048:15, 1051:14, 1051:17, 1051:19, 1052:21, 1066:1, 1066:8, 1067:16, 1067:17, 1067:20, 1078:9, 1093:8, 1105:17, 1111:24
**FOR** [119] - 1006:13, 1007:22, 1008:5, 1009:2, 1010:15, 1011:5, 1011:6, 1011:13, 1011:20, 1012:9, 1012:16, 1013:11, 1014:19, 1015:2, 1017:17, 1017:18, 1017:22, 1019:10, 1019:17, 1020:14, 1020:18, 1020:22, 1020:25, 1022:14, 1023:24, 1024:20, 1025:16, 1025:17, 1028:18, 1029:10, 1031:10, 1031:12, 1033:11, 1035:20, 1037:6, 1037:19, 1038:2, 1039:2, 1042:14, 1043:20, 1045:25, 1046:22, 1047:3, 1047:16, 1048:21, 1049:24, 1051:6, 1051:7, 1051:22, 1052:14, 1052:24, 1053:5, 1054:3, 1056:6, 1056:7, 1056:16, 1059:10, 1063:17, 1065:10, 1065:16, 1065:21, 1067:14, 1067:17, 1068:14, 1069:15, 1069:24, 1070:2, 1070:11, 1071:23, 1072:16, 1073:3, 1074:11, 1074:21, 1077:21, 1079:21, 1080:13, 1084:15, 1085:1, 1085:24, 1087:12, 1087:24, 1088:22, 1089:9, 1089:12, 1089:24,

1091:4, 1091:8, 1091:10, 1092:5, 1092:10, 1092:11, 1094:15, 1096:23, 1097:15, 1097:24, 1098:12, 1098:14, 1099:2, 1099:9, 1101:4, 1101:12, 1101:21, 1102:3, 1102:6, 1102:20, 1103:22, 1105:6, 1107:7, 1108:16, 1110:20, 1115:18, 1120:19, 1122:2, 1122:6, 1122:22
**FORCE** [2] - 1099:19, 1104:16
**FORCED** [1] - 1119:15
**FORCEFULLY** [1] - 1104:15
**FORCES** [2] - 1101:23, 1102:15
**FOREGOING** [1] - 1123:14
**FORENSIC** [2] - 1088:8, 1091:23
**FORESHORE** [2] - 1072:20, 1085:7
**FOREST** [5] - 1014:5, 1015:13, 1016:4, 1016:7, 1016:10, 1019:15
**FORGET** [1] - 1015:16
**FORGIVE** [3] - 1075:20, 1077:19, 1079:10
**FORGOT** [1] - 1084:23
**FORM** [4] - 1065:10, 1069:12, 1104:12, 1119:8
**FORMAT** [1] - 1029:17
**FORMULA** [6] - 1025:14, 1025:24, 1030:25, 1031:1, 1031:5
**FORTH** [5] - 1010:22, 1030:8, 1040:17, 1044:3, 1056:15
**FORWARD** [1] - 1012:4
**FOUND** [3] - 1015:22, 1015:24, 1109:5
**FOUNDATION** [1] - 1101:4

**FOUR** [7] - 1019:25, 1043:1, 1068:15, 1088:25, 1114:13, 1115:15
**FRAME** [2] - 1011:16, 1104:19
**FRANK** [1] - 1007:5
**FRANKLIN** [1] - 1008:13
**FRANKLY** [1] - 1028:17
**FRICTION** [1] - 1014:23
**FRIDAY** [1] - 1010:2
**FRIDAY** [1] - 1006:5
**FRO** [1] - 1033:8
**FROM** [60] - 1019:25, 1020:2, 1020:3, 1020:9, 1020:10, 1020:11, 1021:3, 1021:4, 1021:7, 1021:8, 1022:1, 1030:14, 1042:11, 1044:8, 1046:6, 1046:23, 1047:14, 1047:19, 1053:9, 1054:15, 1056:10, 1056:12, 1057:3, 1058:6, 1059:3, 1060:17, 1060:23, 1063:4, 1063:10, 1064:23, 1068:24, 1069:8, 1072:22, 1075:16, 1076:10, 1076:11, 1076:13, 1079:3, 1079:4, 1079:14, 1086:13, 1087:2, 1092:16, 1094:12, 1099:19, 1105:1, 1111:22, 1114:19, 1114:22, 1115:13, 1117:20, 1118:11, 1121:25, 1122:11, 1122:18, 1122:25, 1123:15
**FRONT** [22] - 1012:15, 1012:16, 1012:19, 1015:13, 1025:19, 1031:19, 1034:5, 1043:9, 1052:3, 1052:4, 1066:25, 1067:1, 1070:13, 1070:16, 1070:17, 1072:7, 1101:10, 1101:12, 1101:13, 1101:16, 1102:12, 1102:21
**FULL** [4] - 1017:18, 1027:20, 1042:16, 1043:2

**FULLY** [2] - 1039:15, 1039:17
**FUN** [1] - 1083:11
**FUNCTION** [5] - 1018:10, 1046:18, 1046:20, 1102:17, 1115:6
**FUNNEL** [1] - 1099:6
**FURTHER** [8] - 1020:7, 1062:4, 1063:15, 1067:10, 1067:11, 1074:6, 1074:14, 1100:13

## G

**G** [4] - 1008:10, 1009:8, 1010:1, 1087:21
**GAP** [1] - 1103:12
**GAVE** [3] - 1015:25, 1050:6, 1064:12
**GAZE** [1] - 1028:17
**GENERAL** [3] - 1022:5, 1063:13, 1102:6
**GENERALLY** [3] - 1065:20, 1069:1, 1106:20
**GENTLEMAN** [2] - 1085:18, 1094:12
**GENTLY** [1] - 1120:2
**GEOLOGISTS** [1] - 1104:5
**GEOTECHNICAL** [1] - 1104:5
**GET** [29] - 1019:24, 1027:9, 1027:25, 1039:25, 1045:10, 1047:23, 1048:4, 1048:15, 1054:16, 1062:12, 1075:10, 1077:7, 1078:6, 1079:4, 1080:14, 1085:2, 1097:4, 1107:1, 1107:9, 1114:4, 1114:6, 1120:5, 1121:4, 1121:7, 1121:14, 1121:17, 1121:22, 1122:22, 1123:3
**GETS** [3] - 1081:9, 1081:22, 1096:9
**GETTING** [4] - 1060:3, 1104:8, 1113:2, 1117:16
**GILBERT** [2] - 1007:22, 1007:23
**GIS** [1] - 1116:6
**GIVE** [19] - 1010:10,

1016:23, 1028:9, 1030:11, 1039:24, 1051:16, 1053:3, 1055:2, 1064:15, 1067:10, 1070:8, 1082:9, 1082:12, 1087:13, 1101:4, 1107:1, 1119:17, 1120:5

**GIVEN** [11] - 1017:17, 1033:23, 1043:5, 1045:12, 1045:16, 1061:18, 1062:2, 1089:12, 1095:8, 1097:19, 1104:23

**GIVES** [3] - 1064:22, 1067:7, 1068:24

**GIVING** [1] - 1071:21

**GIWW** [3] - 1047:20, 1048:11, 1075:19

**GLANCING** [1] - 1102:11

**GLEANED** [2] - 1042:11, 1080:24

**GLENN** [2] - 1087:25

**GO** [75] - 1011:13, 1012:4, 1012:7, 1012:11, 1013:11, 1015:18, 1017:2, 1018:23, 1018:24, 1019:13, 1019:21, 1021:10, 1023:15, 1023:16, 1030:18, 1030:19, 1034:13, 1035:6, 1035:7, 1037:22, 1038:8, 1039:1, 1039:7, 1042:10, 1042:12, 1043:9, 1043:23, 1043:24, 1044:3, 1045:10, 1046:10, 1046:24, 1047:6, 1056:18, 1056:19, 1057:5, 1057:20, 1058:19, 1058:25, 1060:24, 1062:16, 1066:20, 1073:6, 1077:7, 1078:10, 1080:4, 1080:9, 1080:14, 1080:22, 1090:17, 1098:8, 1098:12, 1105:12, 1106:17, 1107:7, 1107:8, 1107:9, 1109:16, 1110:14, 1112:24, 1113:17, 1113:25, 1114:19, 1115:17, 1115:18, 1116:5, 1116:15,

1118:8, 1118:16, 1120:22, 1121:24

**GODS** [1] - 1120:15

**GOES** [3] - 1020:9, 1029:17, 1110:2

**GOING** [47] - 1017:4, 1027:1, 1028:3, 1028:5, 1028:22, 1028:23, 1028:24, 1028:25, 1042:5, 1046:4, 1048:4, 1049:22, 1050:2, 1050:12, 1050:14, 1050:18, 1050:19, 1054:23, 1054:25, 1061:13, 1062:6, 1062:18, 1063:21, 1068:8, 1072:2, 1073:9, 1078:1, 1078:4, 1081:12, 1083:22, 1090:17, 1091:4, 1091:6, 1096:5, 1096:7, 1096:9, 1098:12, 1099:22, 1100:23, 1101:5, 1107:15, 1111:14, 1113:7, 1113:10, 1118:22, 1119:5

**GOOD** [13] - 1010:8, 1016:2, 1058:11, 1062:9, 1087:9, 1087:10, 1090:11, 1090:12, 1091:18, 1091:19, 1120:5, 1123:1, 1123:2

**GOSPEL** [1] - 1079:11

**GOT** [12] - 1013:14, 1015:4, 1028:12, 1055:4, 1055:6, 1055:9, 1064:7, 1067:18, 1077:3, 1079:9, 1120:7, 1120:18

**GOVERNMENT** [1] - 1007:9

**GOVERNMENT** [8] - 1085:18, 1091:25, 1092:4, 1094:12, 1095:15, 1096:11, 1096:21, 1112:2

**GRAB** [1] - 1120:5

**GRADE** [1] - 1105:16

**GRAPH** [20] - 1035:2, 1037:18, 1037:19, 1040:13, 1040:18, 1042:21, 1043:19, 1043:23, 1043:24, 1044:5,

1044:7, 1047:10, 1052:11, 1052:12, 1052:18, 1053:17, 1053:18, 1067:7, 1068:24, 1069:6

**GRAPHIC** [1] - 1121:11

**GRAPHICAL** [1] - 1122:3

**GRAPHICS** [3] - 1056:23, 1098:1, 1098:2

**GRAPHING** [1] - 1105:14

**GRAPHS** [13] - 1016:2, 1016:3, 1028:10, 1034:10, 1035:2, 1041:1, 1041:22, 1042:23, 1043:5, 1043:17, 1046:11, 1051:25, 1059:14

**GRASS** [4] - 1048:19, 1051:7, 1052:4, 1085:14

**GRAY** [5] - 1014:20, 1017:8, 1035:18, 1035:20, 1036:5

**GREAT** [3] - 1056:21, 1063:24, 1122:10

**GREATER** [6] - 1013:3, 1037:13, 1042:3, 1056:16, 1120:1, 1122:9

**GREIF** [1] - 1008:7

**GRID** [1] - 1021:25

**GROUND** [1] - 1092:18

**GROUNDS** [1] - 1083:24

**GROUP** [2] - 1016:18, 1104:3

**GROW** [6] - 1067:9, 1067:11, 1067:19, 1068:22, 1068:24, 1073:16

**GROWING** [3] - 1064:15, 1067:8, 1069:5

**GROWS** [4] - 1067:9, 1067:10, 1069:1, 1073:16

**GROWTH** [1] - 1085:14

**GUARD** [2] - 1099:12, 1099:16

**GUESS** [7] - 1012:13, 1022:24, 1026:12, 1053:7, 1043:24, 1044:5,

1084:18, 1091:12, 1096:9

**GUNS** [2] - 1103:15, 1103:19

# H

**HABITABLE** [1] - 1080:11

**HABITAT** [1] - 1100:2

**HAD** [45] - 1015:23, 1017:15, 1022:16, 1022:17, 1025:3, 1025:25, 1027:21, 1030:2, 1032:12, 1040:8, 1041:7, 1041:9, 1041:25, 1042:1, 1044:22, 1048:1, 1056:4, 1059:4, 1060:5, 1060:6, 1061:11, 1062:25, 1063:11, 1064:4, 1076:19, 1076:22, 1076:25, 1090:7, 1091:9, 1091:10, 1095:22, 1104:19, 1107:4, 1108:6, 1110:9, 1111:3, 1112:18, 1113:22, 1117:2, 1117:3, 1117:10, 1117:12, 1121:11, 1121:12, 1121:16

**HALF** [20] - 1011:25, 1012:1, 1030:12, 1035:21, 1036:23, 1039:19, 1045:20, 1046:2, 1046:6, 1052:14, 1089:2, 1093:8, 1112:8, 1116:13, 1117:4, 1117:8, 1117:9, 1117:10, 1121:12, 1121:13

**HALFWAY** [6] - 1038:9, 1043:18, 1045:2, 1045:7, 1045:15, 1046:7

**HAND** [7] - 1012:9, 1013:18, 1040:13, 1040:15, 1057:9, 1087:20, 1122:4

**HAPPENED** [1] - 1104:9

**HAPPENING** [3] - 1051:23, 1057:7, 1058:21

**HAPPENS** [2] - 1042:6, 1095:7

**HAPPY** [2] - 1022:9,

1059:11

**HARBOR** [6] - 1059:13, 1059:18, 1059:21, 1060:12, 1061:16, 1062:25

**HARD** [1] - 1122:22

**HARLEY** [2] - 1083:14, 1086:3

**HAS** [40] - 1012:18, 1017:2, 1047:13, 1049:25, 1050:22, 1050:25, 1066:25, 1067:4, 1067:25, 1068:3, 1068:4, 1071:25, 1078:22, 1078:25, 1083:16, 1087:4, 1088:10, 1088:14, 1088:16, 1088:22, 1088:24, 1089:1, 1089:5, 1089:8, 1089:10, 1089:12, 1091:6, 1091:13, 1093:4, 1095:3, 1096:16, 1098:1, 1103:14, 1113:3, 1117:25, 1118:20, 1119:17

**HATE** [1] - 1066:9

**HAVE** [193] - 1010:9, 1010:13, 1011:15, 1014:12, 1014:16, 1014:17, 1014:19, 1017:17, 1017:22, 1018:6, 1018:8, 1018:11, 1021:21, 1022:2, 1022:8, 1022:23, 1023:10, 1024:19, 1024:20, 1025:12, 1025:15, 1025:18, 1025:24, 1026:18, 1027:12, 1027:14, 1027:19, 1027:21, 1028:3, 1028:6, 1028:20, 1028:22, 1028:23, 1031:3, 1031:7, 1032:1, 1032:7, 1032:21, 1033:1, 1033:3, 1033:6, 1033:15, 1033:20, 1033:23, 1034:5, 1036:25, 1037:5, 1037:12, 1037:22, 1040:8, 1040:9, 1040:20, 1040:21, 1041:7, 1042:2, 1042:3, 1043:12, 1044:19, 1044:23, 1046:5, 1047:19, 1047:22, 1048:3,

1049:11, 1050:7, 1050:11, 1050:24, 1051:24, 1053:4, 1053:5, 1054:1, 1054:24, 1054:25, 1055:7, 1058:12, 1059:8, 1059:10, 1059:17, 1060:7, 1060:11, 1062:4, 1062:6, 1062:14, 1062:15, 1062:22, 1063:11, 1063:24, 1064:9, 1066:6, 1066:17, 1067:15, 1067:25, 1068:2, 1068:3, 1069:7, 1069:11, 1069:17, 1070:7, 1070:12, 1070:14, 1071:4, 1071:14, 1072:11, 1072:15, 1073:6, 1074:17, 1074:20, 1075:8, 1076:13, 1076:16, 1076:18, 1077:6, 1078:6, 1078:23, 1079:4, 1079:6, 1079:7, 1079:8, 1079:14, 1079:15, 1080:2, 1080:3, 1081:17, 1082:6, 1082:8, 1082:16, 1082:18, 1082:19, 1083:2, 1083:17, 1083:20, 1084:4, 1084:7, 1084:13, 1085:20, 1086:1, 1086:4, 1086:11, 1087:1, 1087:12, 1087:16, 1088:21, 1089:4, 1089:5, 1089:18, 1090:2, 1090:6, 1090:16, 1091:7, 1091:25, 1092:12, 1093:10, 1095:20, 1096:8, 1096:16, 1096:23, 1097:18, 1097:23, 1097:25, 1098:1, 1098:11, 1099:14, 1099:21, 1099:22, 1100:4, 1100:8, 1100:13, 1100:18, 1101:14, 1104:11, 1105:25, 1106:2, 1106:8, 1106:9, 1106:12, 1107:3, 1107:7, 1107:8, 1109:15, 1109:24, 1112:17, 1116:2, 1118:5, 1119:21, 1120:25

**HAVEN'T** [2] - 1026:17, 1072:9
**HAVING** [2] - 1044:3, 1083:11
**HAZARD** [1] - 1079:15
**HAZARDS** [1] - 1070:12
**HB-406** [1] - 1008:16
**HE** [58] - 1026:15, 1032:24, 1032:25, 1036:10, 1049:16, 1050:5, 1050:6, 1050:14, 1058:15, 1061:8, 1061:9, 1066:1, 1066:2, 1066:5, 1071:2, 1077:12, 1077:15, 1078:11, 1078:14, 1083:14, 1083:17, 1083:18, 1083:20, 1084:5, 1088:6, 1088:7, 1088:14, 1088:16, 1088:19, 1088:24, 1089:1, 1089:5, 1089:8, 1090:16, 1091:6, 1091:9, 1091:10, 1091:12, 1091:13, 1096:5, 1096:7, 1096:9, 1097:24, 1098:1, 1114:8, 1120:18
**HE'S** [1] - 1084:4
**HEAD** [1] - 1041:12
**HEAR** [3] - 1078:3, 1091:2, 1091:11
**HEARD** [2] - 1006:8, 1099:12
**HEARING** [1] - 1091:10
**HEAVILY** [1] - 1040:10
**HEAVY** [1] - 1033:6
**HEIGHT** [7] - 1011:25, 1025:13, 1027:4, 1030:14, 1030:25, 1066:1, 1105:10
**HEIGHTS** [7] - 1010:21, 1011:10, 1028:11, 1030:6, 1030:7, 1064:11, 1066:15
**HELP** [3] - 1053:13, 1072:17, 1097:2
**HELPER** [3] - 1095:23, 1095:24, 1095:25
**HELPFUL** [2] -

1028:18, 1087:3
**HELPS** [1] - 1067:24
**HERE** [52] - 1013:19, 1022:4, 1023:22, 1024:16, 1029:10, 1029:11, 1037:16, 1038:12, 1039:3, 1039:8, 1039:20, 1044:1, 1046:1, 1046:5, 1047:7, 1047:10, 1047:14, 1048:23, 1051:5, 1056:23, 1056:25, 1057:18, 1057:22, 1057:25, 1058:6, 1058:11, 1058:12, 1064:19, 1065:3, 1066:8, 1068:5, 1068:14, 1069:7, 1070:15, 1071:5, 1075:13, 1076:18, 1076:25, 1080:2, 1083:17, 1085:12, 1088:20, 1093:15, 1097:14, 1101:19, 1107:3, 1113:1, 1116:11, 1119:5, 1119:11, 1120:6
**HEREBY** [1] - 1123:13
**HERSELF** [1] - 1095:16
**HEY** [1] - 1083:11
**HIDING** [1] - 1052:17
**HIGH** [5] - 1047:3, 1076:22, 1077:3, 1077:7, 1115:3
**HIGHER** [10] - 1010:11, 1028:13, 1039:22, 1039:23, 1066:14, 1098:18, 1099:4, 1119:20, 1122:9
**HIGHEST** [2] - 1046:7, 1081:4
**HIGHLIGHT** [2] - 1077:25, 1083:12
**HIGHWAY** [1] - 1099:2
**HILL** [1] - 1120:18
**HIM** [23] - 1010:16, 1027:23, 1028:1, 1028:2, 1030:1, 1032:24, 1050:3, 1050:9, 1050:16, 1050:17, 1051:1, 1052:1, 1054:2, 1060:25, 1070:23, 1071:2, 1071:5, 1089:12, 1090:18,

1091:2, 1091:9, 1091:13, 1120:15
**HIS** [30] - 1030:1, 1031:12, 1032:23, 1043:19, 1045:1, 1050:1, 1050:4, 1050:7, 1050:15, 1050:17, 1060:8, 1081:17, 1085:20, 1085:22, 1088:10, 1088:21, 1088:24, 1088:25, 1089:9, 1089:12, 1090:17, 1091:3, 1096:9, 1096:17, 1098:3, 1113:11, 1113:18, 1118:19, 1120:19
**HISTORIC** [1] - 1103:8
**HISTORY** [1] - 1086:24
**HITS** [2] - 1022:22, 1103:6
**HOLD** [1] - 1087:13
**HOLE** [5] - 1037:22, 1057:9, 1057:22, 1069:13, 1077:4
**HOMES** [1] - 1091:20
**HONEYCUTT** [1] - 1007:12
**HONOR** [65] - 1010:8, 1010:9, 1010:13, 1012:5, 1026:4, 1026:25, 1027:25, 1029:1, 1030:3, 1043:19, 1045:1, 1049:23, 1049:25, 1050:5, 1050:17, 1052:7, 1054:1, 1058:15, 1061:6, 1061:14, 1062:4, 1062:10, 1062:14, 1063:16, 1063:23, 1070:19, 1071:16, 1073:7, 1077:11, 1082:6, 1082:11, 1082:15, 1083:23, 1086:19, 1087:5, 1087:8, 1087:9, 1087:12, 1088:2, 1088:16, 1091:8, 1091:16, 1093:20, 1096:5, 1096:15, 1097:4, 1097:18, 1097:23, 1098:4, 1098:9, 1100:24, 1107:5, 1107:15, 1108:12, 1112:11, 1113:1, 1113:15, 1113:24,

1114:1, 1116:2, 1118:5, 1121:4, 1121:21, 1121:25, 1122:17
**HONORABLE** [1] - 1006:8
**HOPE** [2] - 1083:6, 1096:21
**HOPE** [1] - 1006:14
**HOPEFULLY** [3] - 1027:9, 1038:5, 1042:11
**HORIZONTAL** [2] - 1067:7, 1115:7
**HOUR** [5] - 1037:6, 1068:9, 1086:12, 1097:3
**HOURS** [11] - 1047:3, 1068:17, 1080:13, 1080:17, 1080:20, 1081:21, 1088:17, 1088:21, 1088:23, 1091:23, 1107:5
**HOUSE** [6] - 1067:1, 1069:9, 1069:13, 1069:19, 1069:21, 1077:4
**HOUSEKEEPING** [2] - 1086:10, 1086:19
**HOW** [35] - 1010:12, 1015:8, 1017:2, 1017:4, 1021:22, 1022:19, 1042:5, 1042:10, 1049:8, 1049:14, 1053:17, 1072:5, 1072:9, 1072:11, 1072:17, 1075:6, 1077:3, 1083:17, 1091:22, 1092:25, 1097:10, 1105:5, 1112:3, 1112:16, 1113:12, 1116:6, 1116:15, 1117:2, 1118:8, 1118:23, 1119:5, 1120:8, 1120:21, 1123:3
**HOWEVER** [3] - 1042:12, 1071:12, 1122:8
**HS** [1] - 1030:11
**HUGE** [1] - 1022:8, 1022:20, 1047:10
**HUH** [12] - 1011:8, 1012:12, 1020:5, 1021:2, 1023:21, 1024:6, 1051:15, 1054:13, 1055:25, 1060:18, 1076:17,

1081:10
**HUMP** [2] - 1045:2, 1045:3
**HUNT** [1] - 1025:23
**HURRICANE** [16] - 1017:18, 1029:11, 1029:23, 1030:7, 1037:15, 1064:25, 1099:1, 1101:9, 1101:25, 1104:9, 1104:20, 1108:8, 1115:7, 1115:8, 1115:9, 1116:19
**HURRICANES** [1] - 1074:2
**HYDRAULIC** [5] - 1065:19, 1101:18, 1101:21, 1103:2
**HYDRAULICS** [1] - 1070:15
**HYDROGRAPH** [3] - 1055:21, 1055:24, 1059:1
**HYDROGRAPHS** [2] - 1076:14, 1077:17
**HYPOTHET** [6] - 1071:3, 1071:7, 1071:8, 1071:25, 1074:11, 1074:17
**HYPOTHETICAL** [3] - 1070:20, 1094:15
**HYPOTHETICALLY** [1] - 1071:16
**HYPOTHETICALS** [2] - 1040:22, 1041:22

## I

**I** [421] - 1009:1, 1010:1, 1010:9, 1010:13, 1010:23, 1011:3, 1011:9, 1011:13, 1011:15, 1011:18, 1011:19, 1012:13, 1012:19, 1013:11, 1013:13, 1014:19, 1015:12, 1015:15, 1015:19, 1016:23, 1017:3, 1017:11, 1017:14, 1017:16, 1017:21, 1018:5, 1019:1, 1019:22, 1021:10, 1021:15, 1021:17, 1022:18, 1022:20, 1022:22, 1022:24, 1023:11, 1023:12, 1025:3, 1025:7, 1025:10, 1025:12, 1025:16, 1025:22,

1026:10, 1026:12, 1026:16, 1026:17, 1026:18, 1026:20, 1027:1, 1027:2, 1027:12, 1027:14, 1027:16, 1027:17, 1027:19, 1027:25, 1028:1, 1028:2, 1028:3, 1028:5, 1028:9, 1028:10, 1028:14, 1028:20, 1028:21, 1028:23, 1028:24, 1029:6, 1029:14, 1029:25, 1030:2, 1030:9, 1030:17, 1030:24, 1031:3, 1031:4, 1031:5, 1031:9, 1031:12, 1031:21, 1031:23, 1032:18, 1032:20, 1034:21, 1035:23, 1035:24, 1036:9, 1036:10, 1036:12, 1036:15, 1036:16, 1037:11, 1037:16, 1037:18, 1037:22, 1038:20, 1038:22, 1039:2, 1039:16, 1039:24, 1040:16, 1041:1, 1041:4, 1041:5, 1042:5, 1042:9, 1042:17, 1042:25, 1043:1, 1043:18, 1048:12, 1048:18, 1048:20, 1048:22, 1049:19, 1049:22, 1049:25, 1050:7, 1050:11, 1050:18, 1050:24, 1051:9, 1052:8, 1052:16, 1052:23, 1053:3, 1053:7, 1053:15, 1053:23, 1054:1, 1054:7, 1054:8, 1054:14, 1054:15, 1054:17, 1054:18, 1054:19, 1054:24, 1055:4, 1055:9, 1055:11, 1055:14, 1055:23, 1056:14, 1056:18, 1056:19, 1058:5, 1058:10, 1058:11, 1058:12, 1059:8, 1059:10, 1059:17, 1059:19, 1059:25, 1060:5, 1060:21, 1060:24, 1061:10, 1061:13, 1062:4, 1062:8, 1062:11, 1062:13,

1062:14, 1062:15, 1062:16, 1063:23, 1063:24, 1064:6, 1064:9, 1064:10, 1064:12, 1064:13, 1064:17, 1065:2, 1065:3, 1065:11, 1065:13, 1065:25, 1066:4, 1066:9, 1066:12, 1066:23, 1067:5, 1067:11, 1067:12, 1067:18, 1067:21, 1068:22, 1069:6, 1069:14, 1070:2, 1070:5, 1070:6, 1070:7, 1070:19, 1070:23, 1071:1, 1071:3, 1071:4, 1071:5, 1071:8, 1071:16, 1071:21, 1071:23, 1071:25, 1072:6, 1072:14, 1072:15, 1072:16, 1072:17, 1073:4, 1073:8, 1073:9, 1074:5, 1077:11, 1077:14, 1077:19, 1078:1, 1078:3, 1078:6, 1078:19, 1079:2, 1079:11, 1079:13, 1079:17, 1079:18, 1080:4, 1081:2, 1081:3, 1082:6, 1082:8, 1082:9, 1082:16, 1082:18, 1083:3, 1083:4, 1083:6, 1083:11, 1083:23, 1083:25, 1084:6, 1084:7, 1084:8, 1084:18, 1084:22, 1084:23, 1084:24, 1085:3, 1085:5, 1085:12, 1085:14, 1085:16, 1085:20, 1086:1, 1086:7, 1086:9, 1087:1, 1087:2, 1087:11, 1087:16, 1088:2, 1088:3, 1089:7, 1090:16, 1090:18, 1090:19, 1091:1, 1091:2, 1091:4, 1091:5, 1091:14, 1091:23, 1092:7, 1093:13, 1093:15, 1093:17, 1093:19, 1093:21, 1093:25, 1094:9, 1094:12, 1094:19, 1096:7, 1096:8,

1096:9, 1096:19, 1096:21, 1096:23, 1097:4, 1097:20, 1097:25, 1098:3, 1099:14, 1099:21, 1101:4, 1102:4, 1102:18, 1103:4, 1103:15, 1103:23, 1103:25, 1104:3, 1104:4, 1104:5, 1104:6, 1105:8, 1106:2, 1106:17, 1106:24, 1107:2, 1107:3, 1107:15, 1107:20, 1107:23, 1108:11, 1108:12, 1109:14, 1109:15, 1109:24, 1110:3, 1110:9, 1113:1, 1113:6, 1113:10, 1113:13, 1113:15, 1113:20, 1114:6, 1114:10, 1114:12, 1115:12, 1115:21, 1115:22, 1115:24, 1116:2, 1116:16, 1116:20, 1117:7, 1117:8, 1117:24, 1118:3, 1118:18, 1118:22, 1119:2, 1120:2, 1120:14, 1120:15, 1120:21, 1120:25, 1121:2, 1121:3, 1121:4, 1121:12, 1121:21, 1122:17, 1122:23, 1122:24, 1123:12
**I'D** [2] - 1010:24, 1106:17
**I'LL** [10] - 1010:16, 1036:7, 1076:25, 1083:1, 1084:16, 1094:20, 1096:25, 1097:18, 1113:18, 1123:2
**I'M** [24] - 1012:3, 1019:22, 1023:13, 1025:17, 1026:10, 1026:17, 1034:20, 1040:16, 1044:7, 1046:21, 1058:5, 1058:11, 1059:11, 1062:14, 1062:16, 1075:25, 1080:14, 1088:6, 1093:13, 1093:23, 1113:17, 1116:5, 1117:12, 1118:8
**I'VE** [8] - 1053:24, 1064:25, 1079:9, 1084:18, 1085:2,

1085:9, 1097:19, 1107:4
**IBOS** [1] - 1008:16
**IBOS** [2] - 1123:12, 1123:22
**IDEA** [7] - 1043:12, 1067:8, 1067:19, 1070:8, 1082:18, 1083:17, 1097:25
**IDENTICAL** [1] - 1019:8
**IDENTIFIED** [1] - 1090:19
**IDENTIFY** [1] - 1115:7
**IF** [184] - 1011:17, 1011:25, 1012:4, 1012:7, 1012:8, 1013:5, 1013:18, 1013:21, 1015:22, 1015:23, 1018:23, 1021:10, 1021:23, 1022:18, 1023:22, 1024:3, 1024:13, 1025:6, 1025:12, 1025:25, 1026:3, 1026:22, 1028:17, 1028:20, 1029:10, 1030:13, 1032:1, 1032:5, 1032:11, 1032:24, 1033:7, 1033:13, 1033:14, 1037:11, 1037:19, 1037:21, 1038:1, 1039:16, 1040:11, 1040:15, 1041:9, 1041:25, 1042:6, 1042:14, 1042:15, 1042:18, 1043:12, 1044:17, 1044:22, 1045:2, 1045:15, 1045:25, 1046:18, 1046:19, 1046:22, 1047:6, 1047:8, 1049:12, 1050:2, 1050:8, 1050:10, 1050:11, 1050:14, 1050:15, 1051:12, 1052:1, 1052:11, 1052:19, 1052:20, 1053:7, 1053:14, 1054:14, 1056:18, 1056:20, 1056:22, 1057:6, 1057:7, 1057:20, 1058:5, 1058:10, 1058:12, 1058:20, 1058:25, 1059:19, 1060:5, 1060:15, 1060:22, 1061:24, 1062:1,

1062:25, 1063:13, 1064:19, 1066:22, 1066:24, 1067:1, 1067:5, 1067:7, 1067:10, 1067:11, 1067:19, 1067:24, 1068:1, 1068:2, 1068:3, 1068:8, 1068:20, 1068:24, 1069:5, 1069:9, 1069:14, 1069:17, 1069:19, 1070:16, 1070:23, 1071:5, 1071:8, 1071:16, 1071:18, 1072:7, 1073:16, 1073:20, 1073:22, 1074:1, 1074:2, 1074:8, 1074:17, 1074:18, 1074:20, 1074:23, 1075:1, 1077:11, 1077:19, 1078:22, 1079:1, 1079:9, 1079:13, 1080:23, 1081:11, 1081:12, 1081:13, 1081:21, 1082:2, 1082:11, 1082:17, 1088:3, 1090:7, 1090:16, 1091:6, 1091:9, 1091:12, 1091:13, 1093:13, 1096:5, 1096:11, 1097:2, 1100:19, 1100:22, 1102:4, 1102:5, 1105:12, 1106:17, 1106:25, 1108:10, 1108:13, 1110:11, 1113:16, 1115:12, 1115:13, 1116:15, 1118:8, 1118:23, 1120:2, 1121:17, 1121:24, 1122:22, 1123:1

**IHNC** [5] - 1062:23, 1063:10, 1089:24, 1096:1, 1096:12

**II** [2] - 1007:19, 1008:2

**ILET** [1] - 1088:16

**ILLUSTRATE** [1] - 1059:1

**ILLUSTRATES** [1] - 1034:24

**ILLUSTRATION** [3] - 1111:15, 1111:21, 1122:11

**IMAGINE** [1] - 1088:22

**IMMEDIATELY** [1] -

1086:21

**IMPACT** [16] - 1011:21, 1014:12, 1015:7, 1016:22, 1018:13, 1029:11, 1032:2, 1034:5, 1074:13, 1079:7, 1086:4, 1093:5, 1101:6, 1105:9, 1106:22, 1108:6

**IMPLEMENTED** [1] - 1016:2

**IMPLICATIONS** [3] - 1072:8, 1074:18, 1075:4

**IMPLIED** [1] - 1016:15

**IMPORTANT** [6] - 1015:12, 1015:15, 1015:16, 1028:10, 1102:5, 1108:12

**IMPRESSION** [1] - 1067:7

**IMPROPER** [2] - 1070:20, 1094:15

**IMPROPERLY** [1] - 1078:23

**IN** [377] - 1010:5, 1010:6, 1010:11, 1010:22, 1011:1, 1011:2, 1011:5, 1011:10, 1012:1, 1012:5, 1012:8, 1012:9, 1012:15, 1012:16, 1012:17, 1012:19, 1013:2, 1013:3, 1013:5, 1013:11, 1013:13, 1013:18, 1014:1, 1014:6, 1014:11, 1014:16, 1015:1, 1015:9, 1015:11, 1015:13, 1015:19, 1015:21, 1015:24, 1015:25, 1016:2, 1016:4, 1016:7, 1016:12, 1016:22, 1017:5, 1017:7, 1017:8, 1018:13, 1018:17, 1018:18, 1018:21, 1018:25, 1019:5, 1019:7, 1019:8, 1019:13, 1020:2, 1020:10, 1020:14, 1020:16, 1020:20, 1020:24, 1020:25, 1021:4, 1021:8, 1021:11, 1021:14, 1021:21, 1021:22, 1021:23,

1021:24, 1022:1, 1022:3, 1022:12, 1022:14, 1022:16, 1022:17, 1022:21, 1023:2, 1023:6, 1023:16, 1023:17, 1023:19, 1023:22, 1024:4, 1024:7, 1024:14, 1024:20, 1025:19, 1026:12, 1028:9, 1028:12, 1028:13, 1029:7, 1029:21, 1030:5, 1030:6, 1030:8, 1030:18, 1031:1, 1031:18, 1031:24, 1032:17, 1033:20, 1033:23, 1034:10, 1035:12, 1036:6, 1037:4, 1037:14, 1038:15, 1039:9, 1039:13, 1040:3, 1040:12, 1040:15, 1040:17, 1040:18, 1041:6, 1041:12, 1042:6, 1042:15, 1042:18, 1042:25, 1043:1, 1043:3, 1043:6, 1043:11, 1043:16, 1043:19, 1044:8, 1045:6, 1045:11, 1046:7, 1046:15, 1046:16, 1046:18, 1047:21, 1048:3, 1048:10, 1048:22, 1049:4, 1050:4, 1050:10, 1050:11, 1050:15, 1050:20, 1050:21, 1051:5, 1051:12, 1051:13, 1051:17, 1051:19, 1052:3, 1052:12, 1052:17, 1053:4, 1053:9, 1054:3, 1054:10, 1054:24, 1055:1, 1055:24, 1056:2, 1056:5, 1056:11, 1056:14, 1056:15, 1056:20, 1056:23, 1056:25, 1057:2, 1057:6, 1057:7, 1057:9, 1057:10, 1058:14, 1058:15, 1058:22, 1059:1, 1059:2, 1059:3, 1059:19, 1060:3, 1060:15, 1060:20, 1061:4, 1061:17, 1062:3, 1062:12, 1062:21, 1062:22,

1062:23, 1062:25, 1063:1, 1063:2, 1063:4, 1063:11, 1063:13, 1063:20, 1064:11, 1064:12, 1064:13, 1064:14, 1064:24, 1065:6, 1065:10, 1065:22, 1065:23, 1066:8, 1066:10, 1066:14, 1066:24, 1066:25, 1067:1, 1067:2, 1067:3, 1067:12, 1067:16, 1067:25, 1068:2, 1068:14, 1068:15, 1068:19, 1068:22, 1069:5, 1069:12, 1069:21, 1069:22, 1069:23, 1070:1, 1070:11, 1070:13, 1070:15, 1070:16, 1070:17, 1071:11, 1072:7, 1072:12, 1072:13, 1073:9, 1073:17, 1073:21, 1074:2, 1074:4, 1074:7, 1074:24, 1075:3, 1076:10, 1076:15, 1076:25, 1077:2, 1077:4, 1077:9, 1077:12, 1077:16, 1077:17, 1077:25, 1078:20, 1079:2, 1079:9, 1080:3, 1080:6, 1082:22, 1082:24, 1083:7, 1084:4, 1084:5, 1084:13, 1084:18, 1085:2, 1085:10, 1086:3, 1086:17, 1087:3, 1087:21, 1088:8, 1088:11, 1089:4, 1089:7, 1089:11, 1089:15, 1089:17, 1089:19, 1090:3, 1090:18, 1091:13, 1092:2, 1092:4, 1093:4, 1094:9, 1094:24, 1095:12, 1095:22, 1096:17, 1097:7, 1097:14, 1097:15, 1097:18, 1099:3, 1099:7, 1099:12, 1099:23, 1101:1, 1101:5, 1101:9, 1101:20, 1102:6, 1102:9, 1102:22, 1103:6, 1103:12, 1103:25, 1104:2,

1104:13, 1104:20, 1105:16, 1105:18, 1106:1, 1106:20, 1107:3, 1107:4, 1107:11, 1108:1, 1108:6, 1108:18, 1109:1, 1109:2, 1109:8, 1109:9, 1109:12, 1110:1, 1110:16, 1111:8, 1111:11, 1111:23, 1111:24, 1112:1, 1112:8, 1112:15, 1113:13, 1113:20, 1114:2, 1114:14, 1115:4, 1115:6, 1115:17, 1116:8, 1116:9, 1116:20, 1117:24, 1118:11, 1119:6, 1119:18, 1119:20, 1120:25, 1121:7, 1121:13, 1122:12, 1122:15, 1122:16, 1123:4, 1123:15

**IN-BETWEEN** [1] - 1022:16

**INCLUDE** [1] - 1041:2

**INCLUDED** [1] - 1043:3

**INCLUDING** [2] - 1088:12, 1088:15

**INCONSISTENT** [1] - 1113:19

**INCORPORATING** [1] - 1104:25

**INCORRECT** [1] - 1109:17

**INCREASE** [6] - 1064:19, 1064:25, 1068:1, 1069:20, 1074:24, 1119:9

**INCREASED** [3] - 1089:25, 1111:1, 1111:3

**INCREASES** [3] - 1041:17, 1119:15

**INCREASING** [1] - 1064:20

**INCREMENTAL** [6] - 1053:14, 1053:15, 1053:19, 1095:14, 1095:21, 1117:21

**INCREMENTS** [1] - 1115:21

**INDEED** [1] - 1074:23

**INDEPENDENT** [4] - 1060:11, 1061:22,

1088:15, 1099:19
**INDICATE** [2] -
1079:3, 1108:22
**INDICATED** [8] -
1015:9, 1060:6,
1064:4, 1065:1,
1068:14, 1076:13,
1111:24, 1111:25
**INDICATES** [2] -
1093:2, 1117:9
**INDICATING)** [1] -
1058:2
**INDUSTRIAL** [4] -
1059:23, 1095:22,
1099:7, 1099:9
**INFLUENCE** [5] -
1067:25, 1068:3,
1068:4, 1074:3,
1120:9
**INFLUENTIAL** [1] -
1017:15
**INFLUX** [1] - 1056:2
**INFORMATION** [4] -
1079:2, 1080:23,
1113:22, 1114:22
**INFORMED** [1] -
1049:13
**INITIAL** [1] - 1011:1
**INITIALLY** [2] -
1010:25, 1103:25
**INITIATING** [1] -
1099:3
**INNER** [6] - 1059:13,
1059:18, 1059:21,
1060:12, 1061:16,
1062:25
**INNER-HARBOR** [6]
- 1059:13, 1059:18,
1059:21, 1060:12,
1061:16, 1062:25
**INQUIRY** [1] -
1029:13
**INSET** [1] - 1116:11
**INSIDE** [2] - 1047:16,
1073:15
**INSIGHTS** [1] -
1015:25
**INSTABILITY** [2] -
1099:11, 1107:12
**INSTANCE** [3] -
1011:20, 1012:9,
1037:19
**INSTEAD** [2] -
1028:2, 1096:13
**INSURERS** [1] -
1007:22
**INTACT** [3] - 1041:9,
1041:23, 1044:22
**INTEGRITY** [1] -
1109:4

**INTEND** [1] -
1090:23
**INTENSITY** [2] -
1102:2, 1120:12
**INTENTION** [1] -
1052:17
**INTERACTIVE** [1] -
1096:3
**INTERDEPENDENT**
[1] - 1096:3
**INTERDISTRIBUTA
RY** [4] - 1107:19,
1111:10, 1119:1,
1121:1
**INTEREST** [1] -
1089:11
**INTERESTED** [5] -
1012:5, 1014:11,
1018:24, 1022:18,
1043:16
**INTERESTING** [1] -
1037:11
**INTERLOCK** [1] -
1077:2
**INTERMEDIATE** [1] -
1057:23
**INTERNAL** [1] -
1057:4
**INTERRUPT** [1] -
1066:9
**INTERRUPTED** [1] -
1032:23
**INTERSECTION** [1] -
1036:10
**INTERVENE** [1] -
1097:4
**INTO** [38] - 1017:2,
1023:25, 1024:3,
1025:5, 1025:14,
1025:19, 1028:5,
1028:12, 1029:16,
1030:14, 1030:25,
1031:4, 1037:22,
1043:13, 1052:21,
1059:20, 1063:7,
1068:21, 1069:11,
1069:12, 1070:6,
1074:22, 1074:25,
1075:17, 1079:5,
1080:10, 1080:14,
1082:12, 1085:16,
1092:23, 1098:12,
1103:13, 1108:13,
1108:19, 1109:1,
1113:2, 1113:7,
1119:16
**INTRODUCED** [1] -
1098:17
**INTRODUCES** [1] -
1033:5

**INTRUDE** [1] -
1104:15
**INTRUSION** [1] -
1098:17
**INVESTIGATING** [2]
- 1088:17, 1089:8
**INVESTIGATION** [2]
- 1088:15, 1089:10
**INVESTIGATIVE** [2] -
1088:14, 1088:21
**INVOLVE** [1] -
1083:20
**INVOLVES** [1] -
1073:14
**IPSA** [2] - 1094:9,
1094:17
**IS** [350] - 1010:10,
1011:18, 1011:20,
1011:22, 1011:24,
1012:5, 1013:2,
1013:16, 1014:5,
1015:15, 1015:16,
1016:22, 1017:4,
1018:21, 1019:2,
1022:5, 1022:8,
1022:19, 1022:21,
1022:22, 1022:24,
1022:25, 1023:7,
1023:9, 1023:16,
1023:19, 1023:22,
1023:24, 1024:14,
1025:10, 1025:21,
1025:23, 1026:4,
1026:7, 1026:15,
1026:16, 1026:19,
1026:23, 1027:2,
1027:8, 1027:18,
1027:20, 1027:23,
1028:3, 1028:6,
1028:8, 1028:11,
1028:22, 1028:24,
1030:12, 1030:13,
1030:21, 1030:22,
1032:15, 1032:16,
1032:17, 1033:4,
1033:6, 1033:13,
1033:15, 1033:25,
1034:7, 1034:15,
1034:16, 1035:18,
1035:20, 1035:21,
1036:2, 1036:5,
1036:10, 1036:22,
1036:23, 1037:1,
1037:12, 1037:17,
1038:9, 1038:19,
1038:20, 1039:3,
1039:17, 1039:19,
1039:22, 1040:10,
1040:11, 1040:17,
1040:18, 1041:10,

1041:14, 1042:8,
1042:17, 1042:18,
1042:21, 1043:3,
1043:7, 1043:12,
1043:13, 1043:25,
1044:13, 1045:3,
1046:1, 1046:5,
1046:10, 1047:2,
1047:7, 1047:11,
1047:12, 1047:16,
1048:10, 1048:18,
1049:16, 1049:20,
1050:5, 1050:13,
1050:14, 1051:6,
1051:11, 1051:16,
1051:17, 1051:22,
1051:23, 1052:10,
1052:12, 1052:17,
1053:1, 1053:2,
1053:3, 1053:7,
1053:15, 1054:5,
1054:15, 1054:23,
1056:2, 1056:10,
1056:11, 1056:18,
1056:25, 1057:2,
1057:9, 1057:10,
1057:22, 1057:24,
1058:1, 1058:3,
1058:7, 1058:10,
1058:11, 1058:23,
1060:9, 1061:5,
1061:6, 1061:7,
1061:8, 1064:20,
1065:19, 1066:14,
1066:21, 1066:22,
1066:24, 1067:1,
1067:3, 1067:8,
1067:14, 1067:23,
1068:5, 1068:11,
1068:25, 1069:1,
1069:8, 1069:9,
1069:10, 1069:14,
1069:16, 1069:21,
1069:22, 1070:15,
1070:19, 1070:20,
1071:2, 1071:8,
1072:3, 1072:11,
1073:2, 1073:16,
1073:18, 1073:21,
1073:23, 1074:12,
1074:15, 1074:17,
1075:13, 1075:21,
1076:11, 1077:4,
1077:13, 1077:14,
1077:21, 1078:1,
1078:13, 1078:16,
1078:20, 1078:21,
1078:22, 1079:3,
1079:20, 1080:2,
1080:22, 1080:23,
1081:4, 1081:11,

1081:12, 1081:13,
1081:17, 1081:23,
1082:3, 1082:21,
1083:12, 1083:15,
1083:18, 1084:3,
1084:7, 1084:9,
1084:12, 1085:6,
1085:13, 1085:22,
1086:2, 1086:13,
1088:5, 1088:6,
1088:7, 1088:17,
1088:20, 1090:16,
1091:6, 1091:8,
1091:24, 1092:1,
1092:5, 1092:22,
1092:25, 1093:3,
1093:7, 1093:16,
1095:1, 1095:7,
1095:17, 1096:5,
1096:7, 1096:9,
1097:11, 1097:24,
1098:5, 1098:7,
1098:15, 1099:6,
1099:19, 1099:20,
1100:17, 1100:19,
1100:21, 1100:24,
1101:1, 1101:2,
1101:9, 1101:17,
1101:19, 1101:21,
1101:25, 1102:14,
1102:15, 1102:22,
1102:23, 1102:24,
1103:5, 1103:8,
1103:16, 1104:11,
1104:12, 1104:18,
1104:19, 1105:13,
1105:14, 1105:23,
1106:17, 1107:11,
1107:23, 1108:12,
1109:20, 1110:1,
1110:6, 1110:8,
1111:5, 1111:14,
1111:16, 1111:17,
1111:21, 1112:12,
1113:25, 1114:10,
1114:17, 1114:19,
1114:21, 1114:24,
1115:1, 1115:2,
1115:22, 1115:24,
1116:6, 1116:8,
1116:16, 1116:17,
1117:7, 1118:16,
1119:11, 1119:13,
1119:15, 1119:23,
1120:5, 1120:11,
1121:6, 1121:16,
1122:4, 1122:6,
1122:10, 1122:13,
1122:15, 1122:20,
1122:25, 1123:2,
1123:14

**ISN'T** [22] - 1024:21, 1029:8, 1035:4, 1035:9, 1035:18, 1037:2, 1037:7, 1039:15, 1042:10, 1052:15, 1058:5, 1065:24, 1066:2, 1066:15, 1066:18, 1071:19, 1073:2, 1075:17, 1082:4, 1094:8, 1094:24, 1098:6

**ISOLATE** [1] - 1093:15

**ISSUE** [8] - 1028:19, 1071:20, 1072:11, 1072:12, 1078:23, 1091:8, 1096:18, 1109:12

**ISSUES** [2] - 1072:14, 1072:15

**IT** [290] - 1010:16, 1011:16, 1012:15, 1012:16, 1015:21, 1016:12, 1017:2, 1017:3, 1017:8, 1017:15, 1017:19, 1017:21, 1019:21, 1019:23, 1020:2, 1020:3, 1020:6, 1020:7, 1020:9, 1020:10, 1021:3, 1021:6, 1021:15, 1021:17, 1021:25, 1022:16, 1022:18, 1022:21, 1022:22, 1023:2, 1023:17, 1024:20, 1024:21, 1026:11, 1026:17, 1026:18, 1026:23, 1026:25, 1027:13, 1027:16, 1027:17, 1027:22, 1027:23, 1027:24, 1027:25, 1028:1, 1028:3, 1028:6, 1028:14, 1028:18, 1028:21, 1029:17, 1029:18, 1030:12, 1030:21, 1031:4, 1032:1, 1032:16, 1035:11, 1035:18, 1035:21, 1036:5, 1036:8, 1036:22, 1036:23, 1037:2, 1037:14, 1038:17, 1038:22, 1039:12, 1039:13, 1040:8, 1042:10, 1042:11, 1042:21, 1043:7, 1043:9,

1043:10, 1043:22, 1044:8, 1045:8, 1047:17, 1047:20, 1047:23, 1049:16, 1050:19, 1050:21, 1050:22, 1051:17, 1052:18, 1052:19, 1052:21, 1053:4, 1053:13, 1053:14, 1053:15, 1053:19, 1054:15, 1054:19, 1055:4, 1055:6, 1055:9, 1055:21, 1056:1, 1056:5, 1056:6, 1056:10, 1056:12, 1056:19, 1057:13, 1057:18, 1058:1, 1058:11, 1058:23, 1058:24, 1061:9, 1062:11, 1063:13, 1064:13, 1064:14, 1064:16, 1065:19, 1065:20, 1066:24, 1067:3, 1067:8, 1067:9, 1067:10, 1067:20, 1067:21, 1067:23, 1067:25, 1068:3, 1068:4, 1068:6, 1068:22, 1069:3, 1069:4, 1069:5, 1069:7, 1069:15, 1069:18, 1069:19, 1069:22, 1070:1, 1071:2, 1071:16, 1071:19, 1072:4, 1072:5, 1072:9, 1072:14, 1073:2, 1073:13, 1073:14, 1073:16, 1073:17, 1073:20, 1074:4, 1074:5, 1074:7, 1075:7, 1075:11, 1077:7, 1078:10, 1079:5, 1079:6, 1079:7, 1079:9, 1079:11, 1079:13, 1079:14, 1080:5, 1080:13, 1080:24, 1081:9, 1081:21, 1081:23, 1083:4, 1084:8, 1084:16, 1084:19, 1085:2, 1085:10, 1085:21, 1086:7, 1086:17, 1087:1, 1087:3, 1087:6, 1087:24, 1090:8, 1091:4, 1091:5, 1091:6, 1091:14, 1093:21, 1093:25, 1094:20,

1095:1, 1096:25, 1097:9, 1098:7, 1099:20, 1101:2, 1101:12, 1102:2, 1102:22, 1102:23, 1103:6, 1103:9, 1103:17, 1104:23, 1105:7, 1107:9, 1107:16, 1108:1, 1108:13, 1108:16, 1109:20, 1109:21, 1109:24, 1109:25, 1110:1, 1110:4, 1111:16, 1111:19, 1112:12, 1112:22, 1113:16, 1114:4, 1114:6, 1114:7, 1114:10, 1114:21, 1114:24, 1116:2, 1116:17, 1116:23, 1117:12, 1117:24, 1118:6, 1119:2, 1119:3, 1119:5, 1119:20, 1120:5, 1120:11, 1120:18, 1120:19, 1121:7, 1121:9, 1121:12, 1121:13, 1121:16, 1121:17, 1122:23, 1122:24, 1122:25, 1123:1, 1123:2

**IT'LL** [1] - 1027:9

**IT'S** [130] - 1010:10, 1012:15, 1013:13, 1015:12, 1015:13, 1015:16, 1017:1, 1017:7, 1021:20, 1022:1, 1022:21, 1024:7, 1024:9, 1024:12, 1026:13, 1026:14, 1026:19, 1029:12, 1032:19, 1032:20, 1033:16, 1033:25, 1034:18, 1034:19, 1035:25, 1036:2, 1036:16, 1036:18, 1037:3, 1037:18, 1038:15, 1049:19, 1049:20, 1050:18, 1051:17, 1051:19, 1051:23, 1052:16, 1052:21, 1053:7, 1054:3, 1054:19, 1054:22, 1054:25, 1055:8, 1056:9, 1057:1, 1057:12, 1057:23, 1057:25, 1058:14, 1058:22, 1062:18, 1062:21, 1063:13,

1064:15, 1065:9, 1065:22, 1066:23, 1067:2, 1068:8, 1068:16, 1069:5, 1071:3, 1071:7, 1071:13, 1071:18, 1072:4, 1072:23, 1074:11, 1075:25, 1076:6, 1078:4, 1078:7, 1078:9, 1079:11, 1081:2, 1081:5, 1082:11, 1082:22, 1083:13, 1083:25, 1084:18, 1085:1, 1085:12, 1089:4, 1091:4, 1091:5, 1091:6, 1092:7, 1093:20, 1094:3, 1094:15, 1096:6, 1102:11, 1102:23, 1107:6, 1108:18, 1108:23, 1110:3, 1110:9, 1110:10, 1111:22, 1114:5, 1114:11, 1115:4, 1115:23, 1116:1, 1116:5, 1116:18, 1116:20, 1117:16, 1117:18, 1117:20, 1119:19, 1120:25, 1121:17, 1122:1, 1122:6, 1122:9, 1122:22, 1123:1, 1123:2

**ITS** [13] - 1024:17, 1037:13, 1067:3, 1077:16, 1093:5, 1095:13, 1101:9, 1103:11, 1104:11, 1105:21, 1106:22, 1112:18, 1114:24

**ITSELF** [4] - 1072:25, 1093:4, 1094:24, 1095:20

# J

**J** [3] - 1008:2, 1023:18, 1023:19

**JACKSONVILLE** [1] - 1104:6

**JAMES** [2] - 1007:2, 1008:9

**JANET** [3] - 1055:5, 1075:14, 1079:20

**JANUARY** [4] - 1106:14, 1109:12, 1109:23, 1110:10

**JEFFERSON** [1] - 1007:3

**JEFFREY** [1] -

1008:6

**JOANNES** [1] - 1086:2

**JOB** [1] - 1063:24

**JOHANNES** [1] - 1009:4

**JOHN** [1] - 1008:12

**JOINT** [1] - 1086:2

**JONATHAN** [1] - 1006:20

**JOSEPH** [2] - 1006:16, 1006:17

**JOSHUA** [1] - 1007:16

**JOURNAL** [1] - 1086:2

**JOURNALED** [1] - 1089:1

**JR** [1] - 1008:9

**JR** [6] - 1006:8, 1007:5, 1007:12, 1007:18, 1007:19, 1008:6

**JUDGE** [37] - 1006:9, 1027:12, 1029:17, 1031:5, 1031:12, 1043:16, 1055:9, 1062:13, 1064:8, 1064:9, 1071:3, 1071:21, 1072:19, 1073:4, 1077:18, 1077:19, 1078:6, 1079:10, 1079:24, 1080:2, 1080:9, 1082:16, 1083:2, 1083:11, 1083:12, 1083:13, 1084:5, 1084:24, 1085:5, 1085:6, 1085:15, 1085:17, 1085:24, 1086:5, 1086:9, 1121:16, 1121:17

**JUDGMENT** [1] - 1084:6

**JULY** [6] - 1056:16, 1076:3, 1106:18, 1107:17, 1109:8, 1114:3

**JUMBLE** [1] - 1026:6

**JUMP** [1] - 1037:19

**JUMPS** [1] - 1022:3

**JURIDICAL** [1] - 1094:19

**JUST** [104] - 1010:23, 1011:13, 1012:5, 1012:7, 1012:9, 1012:11, 1013:11, 1016:5, 1016:7, 1016:24, 1021:20, 1021:24, 1023:18,

1024:7, 1026:16,
1026:25, 1028:2,
1028:17, 1028:23,
1033:11, 1039:2,
1039:24, 1042:14,
1042:15, 1042:17,
1042:25, 1043:8,
1044:1, 1044:2,
1044:5, 1045:10,
1045:25, 1046:4,
1046:22, 1046:23,
1052:16, 1052:18,
1052:23, 1054:1,
1054:7, 1054:16,
1054:22, 1055:19,
1055:21, 1056:20,
1057:21, 1059:8,
1059:17, 1060:24,
1064:15, 1066:1,
1066:5, 1066:8,
1066:9, 1067:1,
1067:8, 1067:10,
1069:15, 1071:3,
1071:19, 1071:21,
1072:16, 1075:13,
1075:24, 1077:11,
1077:25, 1078:3,
1078:9, 1078:19,
1079:12, 1079:13,
1079:24, 1080:24,
1081:7, 1082:9,
1083:3, 1085:11,
1086:11, 1086:12,
1087:13, 1087:17,
1087:18, 1089:4,
1093:13, 1093:15,
1094:11, 1104:16,
1106:20, 1107:2,
1107:6, 1107:9,
1108:23, 1110:1,
1110:7, 1114:6,
1115:18, 1117:24,
1120:5, 1120:18,
1121:13
**JUSTICE** [1] - 1008:5
**JX** [3] - 1034:13,
1034:18, 1112:12

# K

**K** [5] - 1008:9,
1008:11, 1009:4,
1024:13
**KALIMAH** [1] -
1008:7
**KARA** [1] - 1008:9
**KAREN** [2] -
1123:12, 1123:22
**KAREN** [1] - 1008:16
**KATRINA** [34] -
1017:19, 1029:12,

1029:24, 1030:7,
1030:20, 1037:15,
1038:15, 1044:8,
1088:15, 1089:2,
1089:9, 1089:12,
1092:19, 1095:15,
1095:20, 1095:22,
1099:24, 1100:6,
1100:19, 1101:2,
1102:1, 1103:1,
1104:10, 1106:23,
1108:8, 1111:5,
1111:12, 1112:18,
1112:25, 1115:7,
1116:1, 1116:11,
1116:17, 1116:19
**KEA** [1] - 1006:20
**KEEP** [1] - 1079:14
**KEEPING** [2] -
1024:18, 1088:2
**KELLS** [1] - 1008:8
**KEPT** [1] - 1120:19
**KILL** [1] - 1054:3
**KINDS** [1] - 1022:3
**KNEW** [2] - 1079:6,
1079:15
**KNOCK** [1] - 1080:14
**KNOTS** [1] - 1068:8
**KNOW** [34] -
1014:19, 1016:2,
1016:6, 1018:5,
1021:22, 1022:18,
1023:24, 1027:17,
1031:13, 1040:23,
1042:5, 1042:6,
1042:18, 1044:17,
1048:20, 1049:19,
1053:16, 1054:22,
1056:2, 1071:23,
1072:14, 1078:1,
1083:11, 1084:9,
1085:22, 1086:9,
1091:4, 1091:5,
1091:22, 1095:15,
1096:7, 1096:9,
1110:11, 1118:2
**KNOWLEDGE** [6] -
1014:3, 1014:4,
1083:18, 1090:25,
1091:3, 1113:11
**KNOWN** [8] - 1079:6,
1079:15, 1088:16,
1096:2, 1104:20,
1105:23, 1107:23,
1108:3

# L

**L** [3] - 1011:22,
1029:21, 1030:6
**LA** [9] - 1006:18,

1006:21, 1007:3,
1007:6, 1007:10,
1007:13, 1007:17,
1007:20, 1008:3
**LACK** [1] - 1084:10
**LAFAYETTE** [1] -
1007:3
**LAKE** [10] - 1021:13,
1023:25, 1024:1,
1083:24, 1084:1,
1084:4, 1084:7,
1084:10, 1084:11,
1084:13
**LARGE** [3] - 1022:3,
1102:5, 1103:12
**LARGEST** [1] -
1081:3
**LAST** [17] - 1010:24,
1011:2, 1011:4,
1023:15, 1029:6,
1058:25, 1059:9,
1059:10, 1065:8,
1066:21, 1069:6,
1075:14, 1076:4,
1076:6, 1077:6,
1089:1, 1107:4
**LATER** [11] -
1027:13, 1049:23,
1064:20, 1072:3,
1072:12, 1091:6,
1104:3, 1104:5,
1111:14, 1111:18,
1112:22
**LATERAL** [24] -
1092:22, 1093:3,
1093:10, 1093:19,
1093:21, 1093:24,
1098:21, 1105:23,
1106:3, 1106:7,
1106:14, 1106:22,
1107:18, 1108:6,
1108:25, 1111:8,
1111:10, 1112:4,
1113:12, 1114:25,
1117:5, 1118:9,
1119:11, 1120:10
**LATERALLY** [1] -
1119:16
**LAUNCH** [1] - 1104:6
**LAW** [17] - 1006:16,
1006:19, 1007:5,
1007:8, 1007:18,
1034:20, 1034:22,
1054:17, 1055:4,
1055:6, 1055:9,
1075:25, 1076:3,
1076:5, 1076:7,
1086:15, 1094:9
**LAWN** [1] - 1006:24
**LAWYER** [3] -

1037:17, 1059:9,
1098:5
**LAWYER'S** [1] -
1007:9
**LAYER** [3] - 1022:21,
1107:19, 1111:10
**LAYERS** [1] - 1109:1
**LEAD** [1] - 1101:23
**LEADING** [2] -
1101:12, 1101:15
**LEADS** [4] - 1074:23,
1074:24, 1093:24,
1122:5
**LEAST** [5] - 1048:22,
1082:3, 1092:4,
1093:22, 1104:19
**LEAVE** [1] - 1044:1,
1044:5, 1054:7
**LEFT** [10] - 1010:20,
1010:23, 1010:25,
1012:9, 1013:18,
1040:13, 1040:15,
1058:22, 1063:1,
1122:4
**LEFT-HAND** [5] -
1012:9, 1013:18,
1040:13, 1040:15,
1122:4
**LEGACIES** [3] -
1109:22, 1110:6,
1110:16
**LEGAL** [1] - 1094:16
**LENGTH** [2] -
1107:12, 1119:9
**LENGTHS** [1] -
1025:19
**LENGTHY** [1] -
1022:17
**LESS** [14] - 1011:6,
1016:17, 1017:1,
1017:15, 1018:11,
1021:22, 1023:9,
1023:10, 1023:23,
1024:19, 1024:21,
1039:3, 1068:3,
1070:2
**LESSER** [1] -
1047:22
**LET** [23] - 1011:16,
1012:4, 1016:7,
1029:20, 1030:1,
1031:23, 1037:20,
1051:12, 1054:16,
1058:12, 1067:19,
1069:5, 1073:18,
1079:2, 1079:9,
1083:3, 1085:2,
1085:12, 1087:6,
1105:25, 1110:11,
1115:12, 1119:23

**LET'S** [75] - 1012:4,
1012:7, 1012:11,
1015:10, 1018:12,
1018:23, 1018:24,
1018:25, 1019:20,
1019:21, 1023:15,
1023:16, 1023:18,
1029:18, 1030:18,
1030:19, 1034:13,
1034:14, 1035:6,
1035:7, 1038:8,
1039:1, 1039:7,
1039:18, 1043:24,
1043:25, 1044:5,
1045:10, 1045:11,
1046:22, 1046:24,
1047:7, 1056:18,
1056:19, 1057:5,
1057:11, 1057:12,
1057:20, 1058:19,
1066:20, 1074:11,
1074:14, 1075:12,
1077:23, 1078:18,
1079:20, 1080:4,
1080:9, 1080:22,
1081:21, 1097:17,
1098:11, 1100:22,
1105:12, 1106:25,
1108:10, 1108:23,
1109:15, 1112:24,
1114:19, 1115:17,
1116:5, 1118:8,
1118:16, 1121:10,
1121:20, 1121:24
**LEVEE** [134] -
1011:5, 1012:14,
1012:17, 1014:9,
1015:17, 1019:7,
1019:25, 1020:9,
1020:14, 1020:19,
1021:3, 1021:7,
1021:14, 1022:8,
1024:16, 1024:23,
1024:24, 1025:2,
1025:5, 1025:7,
1025:8, 1025:17,
1025:25, 1026:2,
1026:3, 1026:5,
1026:8, 1027:5,
1029:8, 1029:10,
1029:11, 1029:12,
1029:24, 1030:7,
1030:16, 1030:22,
1031:2, 1031:3,
1031:6, 1031:7,
1031:14, 1031:22,
1032:3, 1032:6,
1032:7, 1032:10,
1032:11, 1034:5,
1034:6, 1034:7,
1035:11, 1037:1,

1037:2, 1040:6, 1040:9, 1040:10, 1041:10, 1041:23, 1041:25, 1042:8, 1042:19, 1043:9, 1044:14, 1044:18, 1044:22, 1044:23, 1045:7, 1045:12, 1045:16, 1045:20, 1046:5, 1046:7, 1046:12, 1046:16, 1046:24, 1046:25, 1048:19, 1049:4, 1049:20, 1050:5, 1050:23, 1051:1, 1051:6, 1051:7, 1052:3, 1052:5, 1055:17, 1055:21, 1057:13, 1057:17, 1058:7, 1064:17, 1065:2, 1065:3, 1069:7, 1069:9, 1070:13, 1070:16, 1070:17, 1070:24, 1070:25, 1071:6, 1071:11, 1071:12, 1071:18, 1072:7, 1072:12, 1072:13, 1072:20, 1072:22, 1072:24, 1073:14, 1074:19, 1075:19, 1077:1, 1077:7, 1078:10, 1078:22, 1079:8, 1079:15, 1085:8, 1088:15, 1093:9, 1111:1, 1111:2, 1111:4, 1111:11

**LEVEES** [22] - 1031:19, 1032:12, 1040:23, 1041:9, 1048:21, 1057:4, 1057:24, 1070:22, 1080:14, 1081:5, 1081:11, 1082:2, 1085:22, 1093:14, 1094:6, 1094:8, 1094:22, 1094:24, 1095:10, 1099:19, 1100:14, 1104:2

**LEVEL** [28] - 1018:9, 1028:13, 1033:4, 1033:12, 1033:13, 1033:15, 1033:16, 1033:25, 1042:18, 1043:14, 1045:9, 1051:16, 1056:11, 1056:13, 1059:5, 1062:21, 1063:11, 1064:11, 1064:20, 1067:13, 1067:14,

1067:21, 1070:3, 1078:15, 1078:16, 1101:20, 1101:21

**LEVELS** [6] - 1028:11, 1047:22, 1049:7, 1068:1, 1069:25, 1074:3

**LEVINE** [1] - 1008:8

**LIDAR** [1] - 1111:22

**LIES** [5] - 1040:17, 1047:16, 1095:9, 1095:10, 1095:12

**LIFETIME** [1] - 1088:25

**LIFT** [1] - 1118:2

**LIFTED** [1] - 1022:23

**LIFTS** [1] - 1117:21

**LIGHT** [1] - 1014:13

**LIKE** [35] - 1010:10, 1010:23, 1010:24, 1011:13, 1013:11, 1026:11, 1027:14, 1035:25, 1054:14, 1055:5, 1056:1, 1065:3, 1065:10, 1066:1, 1066:5, 1067:11, 1070:5, 1070:6, 1070:19, 1072:19, 1074:1, 1083:23, 1085:16, 1088:3, 1101:25, 1102:11, 1102:19, 1104:14, 1104:16, 1104:18, 1106:17, 1108:16, 1115:21, 1117:16, 1119:12

**LIMITED** [2] - 1071:15, 1084:7

**LINE** [18] - 1013:3, 1013:5, 1019:3, 1019:22, 1028:8, 1042:19, 1044:19, 1107:15, 1107:16, 1112:11, 1112:12, 1112:13, 1114:11, 1116:16, 1116:17, 1116:18

**LINES** [3] - 1043:1, 1053:6, 1115:7

**LINK** [1] - 1111:6

**LISTS** [1] - 1115:5

**LIT** [1] - 1064:9

**LITIGATION** [1] - 1008:1

**LITTLE** [35] - 1012:5, 1018:11, 1020:15, 1023:10, 1027:12, 1027:14, 1028:10, 1028:13, 1028:15, 1030:10, 1036:9,

1040:15, 1047:9, 1048:22, 1049:3, 1057:18, 1057:23, 1064:10, 1064:20, 1064:24, 1066:24, 1067:15, 1067:24, 1069:4, 1086:10, 1086:11, 1086:12, 1100:22, 1107:6, 1107:9, 1117:8, 1117:13, 1118:17

**LIVES** [2] - 1058:15, 1097:16

**LLC** [2] - 1007:5, 1007:22

**LOCATED** [1] - 1014:5

**LOCATION** [41] - 1011:6, 1011:7, 1012:11, 1013:16, 1014:8, 1015:4, 1017:3, 1019:18, 1019:22, 1019:23, 1020:13, 1021:12, 1023:23, 1023:24, 1023:25, 1024:20, 1024:21, 1030:21, 1035:8, 1035:11, 1037:5, 1037:24, 1038:8, 1039:9, 1040:5, 1041:10, 1041:25, 1044:14, 1046:24, 1052:15, 1055:15, 1056:3, 1058:8, 1060:22, 1061:17, 1115:1, 1115:6, 1115:17, 1117:3

**LOCATIONS** [19] - 1011:14, 1013:12, 1013:22, 1014:2, 1014:12, 1017:18, 1019:2, 1020:25, 1032:5, 1034:24, 1038:3, 1038:4, 1045:13, 1046:5, 1046:8, 1076:15, 1076:20, 1106:11

**LOCK** [2] - 1097:12, 1099:10

**LOCKED** [1] - 1028:12

**LOGO** [1] - 1103:14

**LONG** [4] - 1015:17, 1040:4, 1040:7, 1063:13

**LONGER** [3] - 1069:2, 1086:11, 1099:4

**LOOK** [34] - 1010:24,

1012:7, 1012:8, 1013:12, 1013:18, 1013:21, 1015:19, 1017:2, 1017:3, 1017:4, 1018:12, 1021:15, 1021:21, 1023:15, 1023:18, 1024:13, 1027:23, 1027:24, 1027:25, 1035:23, 1035:24, 1042:7, 1044:18, 1045:15, 1045:25, 1046:23, 1068:21, 1069:8, 1075:9, 1078:22, 1081:3, 1082:23, 1105:12, 1107:8

**LOOKED** [6] - 1045:1, 1054:11, 1055:19, 1055:21, 1060:6, 1107:23

**LOOKING** [10] - 1011:3, 1018:6, 1019:22, 1020:24, 1034:9, 1034:10, 1035:2, 1036:13, 1111:18, 1119:7

**LOOKS** [3] - 1055:5, 1056:1, 1115:21

**LOQUITUR** [2] - 1094:9, 1094:17

**LOS** [1] - 1006:15

**LOSS** [3] - 1111:1, 1122:1, 1122:5

**LOT** [13] - 1022:23, 1039:3, 1043:13, 1054:25, 1070:10, 1072:14, 1078:4, 1085:10, 1093:14, 1096:25, 1114:11, 1114:12, 1118:25

**LOUISIANA** [2] - 1006:2, 1123:13

**LOUISIANA** [2] - 1006:4, 1008:17

**LOW** [9] - 1025:8, 1047:2, 1104:12, 1104:13, 1105:17, 1105:19, 1111:2, 1115:2

**LOWER** [16] - 1035:18, 1045:21, 1046:1, 1047:22, 1062:22, 1063:7, 1063:11, 1078:9, 1078:10, 1078:14, 1078:16, 1088:19, 1090:14, 1097:13, 1105:15, 1122:15

**LOWERED** [6] -

1042:1, 1098:21, 1105:21, 1106:6, 1106:10, 1109:9

**LOWERING** [10] - 1092:18, 1092:25, 1093:2, 1093:6, 1093:9, 1108:6, 1111:11, 1112:3, 1113:13, 1118:23

**LOWERS** [1] - 1043:13

**LOWEST** [2] - 1081:5, 1111:4

**LPV** [16] - 1089:16, 1090:4, 1092:5, 1092:12, 1095:13, 1098:20, 1099:2, 1099:7, 1099:11, 1099:16, 1100:18, 1100:24, 1101:1, 1104:19, 1105:6, 1106:23

**LUNCH** [4] - 1086:12, 1086:18, 1097:3, 1123:6

**M**

**M** [3] - 1006:16, 1006:17, 1007:16

**MA'AM** [1] - 1076:6

**MACRO** [1] - 1051:22

**MADE** [14] - 1028:14, 1064:7, 1064:10, 1064:13, 1070:22, 1074:20, 1078:10, 1078:11, 1078:14, 1092:3, 1098:20, 1119:8, 1119:19

**MAGNIFYING** [1] - 1053:19

**MAIN** [4] - 1028:8, 1064:10, 1075:16, 1075:21

**MAIN** [1] - 1007:16

**MAINTAIN** [1] - 1119:16

**MAINTAINED** [5] - 1037:6, 1037:13, 1039:14, 1039:21, 1095:4

**MAINTAINING** [1] - 1024:17

**MAINTENANCE** [1] - 1119:17

**MAJOR** [3] - 1088:11, 1093:25, 1094:4

**MAKE** [24] - 1017:13, 1018:8, 1030:17,

1031:3, 1032:1, 1033:14, 1036:9, 1038:6, 1045:10, 1052:20, 1053:19, 1067:21, 1068:21, 1069:6, 1070:5, 1071:17, 1078:19, 1083:1, 1084:5, 1085:12, 1085:14, 1086:12, 1089:19, 1107:2

**MAKES** [2] - 1043:10, 1064:16

**MAKING** [2] - 1014:10, 1077:21

**MAN** [4] - 1092:3, 1098:20, 1119:8, 1119:19

**MAN-MADE** [4] - 1092:3, 1098:20, 1119:8, 1119:19

**MANAGED** [1] - 1089:1

**MANAGEMENT** [1] - 1088:8

**MANNER** [1] - 1102:9

**MANUAL** [1] - 1049:1

**MANY** [1] - 1111:4

**MAP** [3] - 1017:4, 1021:24, 1100:24

**MAPS** [1] - 1015:25

**MARC** [1] - 1008:8

**MARCH** [1] - 1010:22

**MARK** [2] - 1070:6, 1082:12

**MARKED** [1] - 1115:23

**MARKERS** [1] - 1086:17

**MARKING** [1] - 1054:24

**MARL** [2] - 1108:3

**MARSH** [5] - 1064:23, 1066:24, 1080:16, 1085:14, 1108:25

**MARSHES** [1] - 1064:13

**MARSHLANDS** [1] - 1098:16

**MASSIVELY** [1] - 1040:23

**MATERIAL** [5] - 1118:1, 1119:1, 1119:15, 1120:11, 1122:10

**MATERIALLY** [1] - 1099:8

**MATERIALS** [1] - 1102:16

**MATHEMATICAL** [1] - 1011:21

**MATRIX** [1] - 1107:8

**MATTER** [4] - 1071:18, 1086:10, 1086:19, 1123:16

**MAXIMUM** [5] - 1011:7, 1011:11, 1036:13, 1037:12, 1038:23

**MAY** [31] - 1014:16, 1014:19, 1021:25, 1027:19, 1027:24, 1028:1, 1032:22, 1034:5, 1036:5, 1040:20, 1040:21, 1052:14, 1058:15, 1062:15, 1065:13, 1069:19, 1070:12, 1071:4, 1072:11, 1075:9, 1082:22, 1083:12, 1085:5, 1086:11, 1086:13, 1086:16, 1088:3, 1088:4, 1090:16, 1109:23, 1114:13

**MAYBE** [13] - 1016:6, 1022:9, 1022:21, 1023:10, 1043:22, 1048:20, 1060:15, 1065:11, 1067:10, 1069:3, 1079:3, 1081:19, 1114:14

**MCCONNON** [1] - 1008:9

**ME** [58] - 1011:16, 1012:4, 1016:7, 1023:11, 1025:1, 1026:23, 1028:14, 1029:14, 1029:20, 1031:2, 1031:23, 1036:22, 1037:20, 1037:22, 1038:21, 1039:24, 1040:3, 1040:15, 1041:21, 1047:9, 1051:4, 1051:12, 1052:23, 1053:7, 1053:10, 1054:3, 1055:2, 1056:1, 1058:5, 1058:12, 1070:11, 1071:19, 1072:5, 1072:9, 1073:9, 1075:20, 1077:19, 1078:2, 1079:9, 1079:10, 1082:23, 1082:24, 1083:3,

1083:5, 1085:2, 1093:12, 1093:23, 1096:4, 1105:25, 1108:16, 1114:14, 1115:12, 1117:7, 1119:23, 1120:23, 1122:22

**MEAN** [8] - 1024:23, 1052:16, 1062:11, 1072:3, 1079:11, 1094:9, 1095:12, 1101:20

**MEANING** [1] - 1117:12

**MEANS** [8] - 1012:3, 1032:16, 1041:4, 1071:8, 1091:1, 1091:5, 1091:14

**MEASURE** [1] - 1040:5

**MEASURED** [1] - 1051:13

**MECHANICAL** [1] - 1008:19

**MECHANICAL** [2] - 1073:22, 1073:24

**MECHANICS** [1] - 1115:4

**MECHANISM** [2] - 1043:9, 1089:15

**MECHANISMS** [1] - 1089:23

**MEDIEVAL** [1] - 1103:10

**MEDIUM** [1] - 1068:2

**MEDIUM-SIZED** [1] - 1068:2

**MEER** [1] - 1025:24

**MEET** [1] - 1058:4

**MEETING** [1] - 1058:23

**MEETS** [1] - 1056:11

**MEMBERS** [3] - 1061:20, 1099:23, 1100:4

**MENTIONED** [1] - 1025:22

**MERE** [1] - 1113:20

**MERELY** [1] - 1072:1

**METHOD** [1] - 1027:3

**METHODOLOGY** [1] - 1089:5

**MICHAEL** [3] - 1007:15, 1007:15, 1008:6

**MICHELE** [1] - 1008:7

**MIDDLE** [3] - 1019:8, 1036:6, 1065:10

**MIDDLING** [1] - 1116:8

**MIDWAY** [1] - 1052:14

**MIGHT** [9] - 1021:24, 1022:4, 1027:23, 1028:18, 1058:9, 1073:16, 1074:4, 1074:5, 1094:17

**MILES** [2] - 1068:8, 1068:9

**MILLER** [1] - 1008:9

**MILLIMETERS** [2] - 1122:7, 1122:9

**MIND** [2] - 1088:18, 1120:25

**MINE** [1] - 1087:16, 1107:3

**MINIMAL** [1] - 1046:16

**MINUTE** [4] - 1053:17, 1086:11, 1094:11, 1110:7

**MINUTES** [4] - 1028:25, 1062:7, 1063:17, 1093:5

**MISLEADING** [2] - 1026:13, 1026:19

**MISSED** [1] - 1114:12

**MISSISSIPPI** [1] - 1104:4

**MISTAKE** [2] - 1032:1, 1036:16

**MISUNDERSTOOD** [1] - 1071:4

**MITSCH** [1] - 1008:10

**MODE** [1] - 1089:15

**MODEL** [17] - 1016:22, 1017:17, 1025:5, 1025:9, 1025:15, 1025:18, 1025:21, 1027:3, 1030:14, 1030:15, 1043:3, 1065:6, 1069:23, 1077:3, 1081:8

**MODELLED** [3] - 1016:7, 1075:23, 1076:11

**MODES** [2] - 1075:23, 1122:1

**MOMENT** [7] - 1016:1, 1062:2, 1065:21, 1076:25, 1090:16, 1110:20, 1118:11

**MORE** [60] - 1010:15, 1013:7, 1014:3,

**MIDDLING** [1] - 1116:8

1014:22, 1015:16, 1016:22, 1017:1, 1020:6, 1020:15, 1020:20, 1020:25, 1021:21, 1021:22, 1022:25, 1033:3, 1035:25, 1037:6, 1039:12, 1045:10, 1053:14, 1053:15, 1053:19, 1061:16, 1062:14, 1062:15, 1065:10, 1066:24, 1066:25, 1067:3, 1067:15, 1068:21, 1068:22, 1068:23, 1068:25, 1069:3, 1069:16, 1074:6, 1078:4, 1081:21, 1082:8, 1084:24, 1085:13, 1086:1, 1089:8, 1096:19, 1098:18, 1104:15, 1105:18, 1111:14, 1118:25, 1119:20, 1119:24, 1120:1, 1120:5, 1120:12, 1121:1, 1121:12, 1121:21

**MORGAN** [1] - 1007:20

**MORNING** [12] - 1006:9, 1010:3, 1010:8, 1056:2, 1059:2, 1068:16, 1087:9, 1087:10, 1090:11, 1090:12, 1091:18, 1091:19

**MORRIS** [1] - 1111:23

**MOSHER** [1] - 1085:17

**MOST** [16] - 1014:25, 1016:4, 1022:14, 1028:25, 1029:12, 1029:16, 1032:5, 1036:5, 1037:3, 1040:10, 1046:11, 1070:3, 1089:24, 1092:11, 1097:20, 1111:5

**MOVE** [15] - 1020:18, 1054:3, 1057:11, 1068:16, 1070:6, 1075:12, 1077:23, 1078:18, 1079:20, 1082:12, 1085:11, 1091:5, 1096:14, 1096:25, 1100:22

**MOVED** [1] - 1033:8

**MOVEMENT** [1] -

1065:9
**MOVING** [9] -
1032:15, 1032:17,
1032:20, 1057:10,
1059:3, 1059:15,
1059:16, 1068:11,
1102:22
**MR** [5] - 1009:5,
1009:6, 1009:9,
1009:10, 1009:11
**MR** [263] - 1010:6,
1010:8, 1010:13,
1010:19, 1011:17,
1011:18, 1012:4,
1012:6, 1022:1,
1022:11, 1023:5,
1025:23, 1026:4,
1026:5, 1026:10,
1026:15, 1026:17,
1026:25, 1027:10,
1027:11, 1027:25,
1028:3, 1028:20,
1029:1, 1029:5,
1030:3, 1030:4,
1032:22, 1033:19,
1034:3, 1034:16,
1034:18, 1034:21,
1034:23, 1035:22,
1036:12, 1036:16,
1036:17, 1037:25,
1038:7, 1039:6,
1039:24, 1040:2,
1042:13, 1043:15,
1043:24, 1044:4,
1048:8, 1048:10,
1048:13, 1049:17,
1049:25, 1050:5,
1050:6, 1050:17,
1051:3, 1052:1,
1052:6, 1052:9,
1053:23, 1054:1,
1054:3, 1054:6,
1054:18, 1054:21,
1054:22, 1055:5,
1055:8, 1055:10,
1055:13, 1058:15,
1058:18, 1061:2,
1061:6, 1061:13,
1061:15, 1062:4,
1062:8, 1062:10,
1062:13, 1062:14,
1062:18, 1062:20,
1063:15, 1063:21,
1063:23, 1064:2,
1064:3, 1065:24,
1066:9, 1066:13,
1067:5, 1068:13,
1070:6, 1070:7,
1070:9, 1070:10,
1070:19, 1070:20,
1071:1, 1071:3,

1071:7, 1071:12,
1071:21, 1071:25,
1072:6, 1072:19,
1073:1, 1073:4,
1073:5, 1073:7,
1073:11, 1074:10,
1075:12, 1075:15,
1075:24, 1076:2,
1076:4, 1076:6,
1076:8, 1076:9,
1076:10, 1077:3,
1077:10, 1077:11,
1077:18, 1077:19,
1077:21, 1077:22,
1077:25, 1078:3,
1078:6, 1078:8,
1078:24, 1079:3,
1079:9, 1079:13,
1079:18, 1079:19,
1079:24, 1080:1,
1081:2, 1081:6,
1081:20, 1081:25,
1082:1, 1082:6,
1082:8, 1082:11,
1082:20, 1082:22,
1082:25, 1083:2,
1083:5, 1083:11,
1083:23, 1084:3,
1084:6, 1084:12,
1084:17, 1084:20,
1084:22, 1084:24,
1085:5, 1085:11,
1085:22, 1086:9,
1086:10, 1086:19,
1086:21, 1087:1,
1087:5, 1087:6,
1087:8, 1087:9,
1087:11, 1087:14,
1087:16, 1088:2,
1088:5, 1090:10,
1090:16, 1090:18,
1090:22, 1091:8,
1091:16, 1093:12,
1093:16, 1093:19,
1093:23, 1094:3,
1094:5, 1094:15,
1094:19, 1094:21,
1096:5, 1096:11,
1096:15, 1096:21,
1096:25, 1097:3,
1097:6, 1097:18,
1097:23, 1098:1,
1098:4, 1098:7,
1098:9, 1098:10,
1107:2, 1107:4,
1107:10, 1107:22,
1108:10, 1108:15,
1109:18, 1109:19,
1110:3, 1110:5,
1110:8, 1110:9,

1110:13, 1110:15,
1112:11, 1112:14,
1113:1, 1113:6,
1113:10, 1113:15,
1113:18, 1113:20,
1113:24, 1114:3,
1114:5, 1114:8,
1114:13, 1114:14,
1114:16, 1115:20,
1115:24, 1116:1,
1116:4, 1117:1,
1117:11, 1117:14,
1117:25, 1118:4,
1118:7, 1118:15,
1118:22, 1119:2,
1119:4, 1120:17,
1120:25, 1121:3,
1121:5, 1121:21,
1121:23, 1122:17,
1122:19, 1122:24
**MRGO** [86] - 1008:1,
1014:8, 1016:1,
1022:3, 1023:17,
1024:11, 1028:11,
1031:18, 1038:16,
1039:17, 1043:18,
1044:9, 1045:2,
1045:6, 1045:15,
1046:7, 1047:12,
1047:19, 1048:1,
1048:10, 1048:14,
1052:14, 1059:22,
1060:17, 1064:13,
1064:18, 1064:19,
1064:24, 1067:3,
1067:8, 1067:11,
1067:15, 1067:16,
1067:19, 1068:2,
1068:22, 1068:24,
1069:2, 1069:4,
1069:10, 1075:3,
1076:15, 1079:1,
1079:5, 1079:14,
1079:16, 1086:5,
1089:19, 1090:1,
1090:15, 1091:21,
1092:1, 1092:17,
1092:19, 1092:24,
1093:1, 1093:2,
1093:9, 1095:10,
1095:12, 1095:14,
1095:20, 1095:23,
1096:17, 1097:7,
1097:15, 1098:17,
1099:6, 1099:9,
1105:9, 1105:20,
1107:13, 1108:18,
1109:1, 1109:7,
1109:22, 1110:6,
1110:16, 1110:25,
1111:1, 1111:6,

1111:9, 1112:4,
1119:13
**MRGO'S** [8] -
1089:17, 1089:19,
1090:3, 1090:7,
1095:16, 1097:11,
1099:24, 1107:17
**MUCH** [31] - 1015:8,
1015:24, 1018:3,
1021:16, 1022:19,
1043:19, 1044:9,
1045:3, 1045:7,
1046:6, 1048:15,
1050:7, 1051:2,
1069:16, 1072:19,
1075:12, 1083:8,
1085:24, 1092:25,
1104:14, 1104:15,
1104:16, 1107:4,
1112:3, 1112:16,
1113:12, 1117:2,
1117:3, 1118:8,
1120:21, 1122:9
**MULTIPLE** [1] -
1122:1
**MUSIC** [1] - 1083:9
**MUST** [3] - 1021:19,
1022:7, 1085:4
**MY** [35] - 1022:24,
1023:2, 1027:6,
1027:12, 1030:17,
1030:24, 1036:16,
1039:2, 1052:6,
1052:10, 1061:6,
1065:22, 1067:6,
1070:7, 1071:8,
1072:16, 1074:16,
1074:17, 1077:17,
1077:23, 1079:12,
1084:12, 1084:22,
1085:1, 1085:24,
1090:25, 1091:12,
1091:24, 1096:22,
1103:5, 1104:1,
1114:10, 1115:18,
1123:15
**MYER** [1] - 1008:10
**MYSELF** [2] -
1016:24, 1107:3
**MYTH** [2] - 1120:13,
1121:6

# N

**N** [2] - 1009:1,
1010:1
**NAME** [2] - 1054:17,
1087:23
**NASTY** [1] - 1067:19
**NATURAL** [2] -
1092:3, 1098:15

**NAVIGATION** [8] -
1059:13, 1059:18,
1059:21, 1060:12,
1061:17, 1062:25,
1097:11, 1110:25
**NEAR** [6] - 1025:25,
1026:2, 1038:19,
1038:20, 1057:1,
1074:9
**NEARER** [1] - 1058:3
**NECESSARILY** [1] -
1033:10
**NECESSARY** [3] -
1011:17, 1086:12,
1113:17
**NEED** [16] - 1018:9,
1026:8, 1031:5,
1035:23, 1050:13,
1052:11, 1054:17,
1071:19, 1072:16,
1075:10, 1082:12,
1093:13, 1093:15,
1107:2, 1109:18,
1122:17
**NEEDED** [3] -
1031:25, 1072:21,
1104:25
**NEEDS** [2] - 1074:8,
1084:9
**NEGLIGIBLE** [1] -
1068:4
**NEIGHBORHOOD**
[2] - 1073:17, 1073:21
**NERVOUS** [3] -
1028:14, 1030:13,
1067:18
**NERVOUSNESS** [2]
- 1067:6, 1067:12
**NET** [1] - 1092:16
**NEUTRAL** [2] -
1047:13, 1076:15
**NEVER** [3] - 1048:1,
1086:4, 1121:7
**NEW** [7] - 1006:4,
1006:18, 1006:21,
1007:6, 1007:24,
1008:3, 1008:17
**NEW** [20] - 1015:24,
1015:25, 1016:17,
1018:8, 1028:24,
1029:10, 1042:6,
1042:10, 1054:10,
1056:16, 1058:16,
1064:10, 1075:17,
1083:7, 1088:18,
1089:12, 1090:14,
1091:7, 1101:1
**NEXT** [12] - 1039:1,
1039:7, 1042:25,
1057:5, 1058:19,

1067:5, 1080:9, 1083:19, 1084:5, 1098:24, 1108:23, 1111:17
**NICE** [2] - 1053:4, 1119:21
**NICELY** [1] - 1052:18
**NIGHT** [1] - 1064:7
**NIGHTMARE** [1] - 1098:4
**NINE** [4] - 1039:17, 1044:24, 1055:16, 1058:20
**NINTH** [7] - 1062:22, 1063:7, 1063:12, 1088:19, 1090:14, 1097:13, 1105:15
**NO** [93] - 1012:11, 1012:18, 1014:19, 1015:12, 1016:4, 1017:8, 1018:8, 1019:4, 1019:18, 1021:17, 1024:8, 1025:10, 1025:16, 1025:17, 1029:9, 1029:25, 1030:9, 1031:12, 1035:16, 1035:18, 1036:1, 1039:17, 1041:3, 1041:4, 1041:7, 1043:4, 1043:6, 1043:22, 1048:6, 1051:18, 1052:17, 1053:3, 1060:14, 1061:7, 1061:24, 1062:4, 1062:24, 1063:15, 1064:7, 1065:22, 1066:11, 1067:14, 1069:4, 1069:10, 1070:7, 1070:8, 1076:22, 1076:25, 1077:6, 1078:4, 1078:7, 1080:22, 1081:13, 1081:17, 1082:3, 1082:8, 1082:15, 1082:18, 1083:16, 1083:17, 1084:4, 1084:13, 1086:23, 1087:4, 1089:7, 1089:25, 1090:5, 1092:7, 1092:12, 1095:1, 1095:8, 1097:3, 1097:16, 1097:25, 1098:4, 1098:7, 1100:24, 1109:2, 1109:18, 1109:22, 1110:10, 1110:16, 1113:6, 1116:3, 1120:14,

1122:21
**NO** [1] - 1006:4
**NODS** [1] - 1041:12
**NON** [1] - 1115:2
**NON-SHEET** [1] - 1115:2
**NONE** [2] - 1020:14, 1091:10
**NOON** [2] - 1059:2, 1121:22
**NOR** [1] - 1115:3
**NORMAL** [1] - 1073:15
**NORMAN** [7] - 1006:3, 1054:12, 1058:7, 1058:10, 1059:1, 1059:4, 1075:15
**NORTH** [2] - 1096:2, 1097:7
**NORTHEAST** [1] - 1057:14
**NOT** [120] - 1012:3, 1015:12, 1015:15, 1016:12, 1016:21, 1019:3, 1021:15, 1022:8, 1022:21, 1023:22, 1024:7, 1025:2, 1025:17, 1026:2, 1026:20, 1027:16, 1028:1, 1028:18, 1028:23, 1029:8, 1029:10, 1031:10, 1031:19, 1032:15, 1032:19, 1033:25, 1034:4, 1035:25, 1041:1, 1043:3, 1045:7, 1046:19, 1048:3, 1048:21, 1048:22, 1049:13, 1050:1, 1050:4, 1050:15, 1051:1, 1051:4, 1051:6, 1051:16, 1051:17, 1052:6, 1052:14, 1052:16, 1052:24, 1053:1, 1053:7, 1053:25, 1054:19, 1058:10, 1060:3, 1060:9, 1060:14, 1060:25, 1061:10, 1061:16, 1061:22, 1061:24, 1062:13, 1062:25, 1067:19, 1067:21, 1068:20, 1069:3, 1069:23, 1070:1, 1072:22, 1077:15, 1078:15, 1079:3, 1081:7, 1082:17,

1082:18, 1084:3, 1084:7, 1085:1, 1089:4, 1090:6, 1090:16, 1091:1, 1091:6, 1092:2, 1092:7, 1094:10, 1094:12, 1095:1, 1095:2, 1095:10, 1095:18, 1095:19, 1095:20, 1096:6, 1096:12, 1098:3, 1098:7, 1099:22, 1102:6, 1103:5, 1104:16, 1106:4, 1106:8, 1106:12, 1107:15, 1109:4, 1113:4, 1113:7, 1113:14, 1113:19, 1115:2, 1115:23, 1117:20, 1120:14, 1122:21
**NOTE** [5] - 1037:11, 1073:8, 1082:24, 1083:1, 1110:1
**NOTED** [3] - 1043:19, 1045:1, 1115:8
**NOTES** [2] - 1028:21, 1107:2
**NOTHING** [2] - 1081:16, 1091:16
**NOW** [38] - 1020:24, 1021:10, 1023:11, 1037:24, 1040:20, 1043:16, 1045:1, 1054:3, 1057:7, 1063:17, 1069:8, 1069:9, 1070:10, 1070:15, 1074:11, 1075:4, 1079:11, 1082:24, 1091:4, 1091:5, 1091:6, 1094:6, 1095:15, 1097:2, 1097:17, 1100:22, 1101:4, 1103:8, 1104:18, 1105:8, 1105:12, 1105:20, 1106:17, 1109:23, 1111:14, 1112:1, 1112:24, 1118:8
**NUMBER** [7] - 1039:16, 1070:8, 1071:9, 1079:22, 1110:3, 1117:20, 1118:11
**NUMBERED** [1] - 1123:16
**NUMBERS** [3] - 1018:6, 1065:3,

1082:9
**NUMEROUS** [1] - 1088:24
**NUTSHELL** [1] - 1097:14
**NY** [1] - 1007:24

## O

**O** [4] - 1007:2, 1007:20, 1008:13, 1010:1
**O'BRIEN** [1] - 1007:23
**O'CLOCK** [19] - 1017:20, 1017:22, 1031:19, 1032:5, 1036:11, 1036:19, 1036:20, 1036:21, 1039:12, 1039:13, 1039:16, 1040:3, 1040:4, 1040:7, 1044:24, 1055:16, 1057:6, 1059:2, 1068:15
**O'DONNELL** [74] - 1006:13, 1006:13, 1087:9, 1087:11, 1087:14, 1087:16, 1088:2, 1088:5, 1090:10, 1090:18, 1093:12, 1093:16, 1093:19, 1093:23, 1094:3, 1094:5, 1094:19, 1094:21, 1096:11, 1096:21, 1096:25, 1097:3, 1097:6, 1097:18, 1098:1, 1098:4, 1098:7, 1098:9, 1098:10, 1107:2, 1107:4, 1107:10, 1107:22, 1108:10, 1108:15, 1109:18, 1109:19, 1110:3, 1110:5, 1110:9, 1110:15, 1112:11, 1112:14, 1113:6, 1113:10, 1113:18, 1113:24, 1114:3, 1114:5, 1114:8, 1114:13, 1114:16, 1115:20, 1115:24, 1116:1, 1116:4, 1117:1, 1117:11, 1117:14, 1117:25, 1118:4, 1118:7, 1118:15, 1118:22, 1119:2, 1119:4, 1120:17, 1120:25, 1121:3, 1121:5,

1121:21, 1121:23, 1122:19, 1122:24
**O'DONNELL** [2] - 1009:9, 1009:11
**OAK** [1] - 1006:24
**OBJECT** [6] - 1049:25, 1052:19, 1070:19, 1083:22, 1083:23, 1122:17
**OBJECTION** [26] - 1026:4, 1026:7, 1026:10, 1026:12, 1026:16, 1026:17, 1026:21, 1026:23, 1061:1, 1061:5, 1061:6, 1071:4, 1073:6, 1073:8, 1073:10, 1079:3, 1082:14, 1087:4, 1094:11, 1094:13, 1096:5, 1096:20, 1113:1, 1113:15, 1123:3
**OBJECTIONS** [1] - 1084:20
**OBJECTIVELY** [1] - 1052:17
**OBLIGATION** [1] - 1075:8
**OBLIGED** [1] - 1075:6
**OBSERVATIONS** [2] - 1108:21, 1109:5
**OBVIOUSLY** [1] - 1011:19
**OCCUR** [1] - 1112:18
**OCCURRED** [15] - 1024:4, 1030:19, 1039:8, 1040:21, 1041:7, 1043:18, 1052:3, 1055:15, 1059:22, 1063:1, 1072:1, 1089:18, 1090:7, 1091:25, 1096:17
**OCCURRING** [1] - 1056:24
**OCCURS** [4] - 1043:6, 1045:3, 1055:24, 1056:1
**OCEAN** [1] - 1088:9
**OCEANOGRAPHIC** [2] - 1100:5, 1101:6
**OF** [514] - 1006:2, 1006:6, 1006:8, 1006:16, 1007:18, 1008:5, 1010:7, 1010:24, 1011:13, 1011:18, 1011:21, 1011:24, 1012:13,

1012:15, 1012:16,
1012:19, 1012:22,
1012:23, 1013:4,
1013:9, 1013:19,
1013:22, 1013:23,
1013:25, 1014:3,
1014:4, 1014:8,
1014:11, 1014:12,
1014:20, 1014:23,
1015:2, 1015:13,
1015:17, 1015:19,
1016:3, 1016:18,
1016:20, 1017:2,
1017:5, 1017:7,
1017:9, 1017:12,
1017:13, 1017:14,
1017:18, 1018:10,
1018:13, 1018:21,
1019:8, 1019:14,
1020:14, 1021:6,
1021:25, 1022:2,
1022:3, 1022:8,
1022:9, 1022:13,
1022:15, 1022:22,
1022:23, 1023:17,
1023:23, 1025:10,
1025:19, 1025:22,
1025:23, 1026:11,
1026:13, 1027:4,
1027:17, 1027:20,
1028:2, 1028:6,
1028:8, 1028:10,
1028:15, 1029:11,
1030:11, 1030:12,
1030:13, 1030:15,
1030:22, 1031:1,
1031:3, 1031:6,
1031:10, 1031:17,
1031:19, 1031:25,
1032:3, 1032:6,
1032:7, 1032:9,
1032:11, 1032:12,
1032:16, 1033:5,
1033:6, 1033:7,
1033:8, 1033:14,
1034:5, 1034:7,
1034:10, 1034:16,
1035:7, 1035:11,
1035:12, 1036:4,
1036:25, 1037:2,
1037:5, 1037:6,
1038:5, 1038:8,
1039:3, 1039:14,
1040:8, 1040:9,
1040:10, 1040:13,
1040:16, 1042:1,
1042:2, 1042:11,
1042:19, 1043:1,
1043:5, 1043:6,
1043:9, 1043:13,
1044:2, 1044:12,

1044:23, 1045:16,
1045:25, 1046:8,
1046:18, 1046:19,
1046:20, 1046:22,
1047:2, 1047:6,
1047:16, 1047:20,
1048:10, 1048:16,
1049:2, 1050:20,
1050:21, 1050:22,
1050:23, 1051:6,
1051:13, 1051:16,
1051:17, 1051:24,
1052:3, 1052:21,
1052:24, 1053:4,
1053:8, 1054:7,
1054:8, 1054:15,
1054:18, 1055:15,
1055:16, 1056:1,
1056:2, 1056:5,
1056:6, 1056:15,
1057:8, 1057:20,
1058:16, 1058:19,
1058:20, 1059:1,
1059:8, 1059:17,
1059:21, 1059:22,
1059:23, 1060:8,
1060:16, 1061:7,
1061:20, 1061:22,
1061:23, 1061:24,
1061:25, 1062:2,
1063:2, 1063:11,
1064:12, 1064:13,
1064:17, 1065:1,
1065:4, 1065:8,
1065:10, 1065:16,
1065:17, 1065:23,
1066:14, 1067:1,
1067:6, 1067:8,
1067:16, 1067:23,
1068:1, 1068:2,
1068:5, 1068:10,
1069:12, 1069:15,
1069:18, 1069:20,
1069:21, 1070:1,
1070:2, 1070:3,
1070:10, 1070:13,
1070:16, 1070:17,
1071:18, 1072:7,
1072:14, 1072:22,
1072:24, 1073:23,
1074:3, 1074:4,
1074:12, 1074:13,
1074:15, 1074:18,
1074:21, 1074:23,
1075:4, 1075:5,
1075:14, 1075:16,
1075:21, 1077:2,
1077:6, 1077:17,
1078:10, 1078:20,
1078:21, 1079:5,
1080:11, 1082:13,

1083:2, 1083:13,
1083:16, 1084:10,
1085:10, 1085:14,
1085:17, 1085:19,
1086:5, 1086:9,
1086:17, 1086:22,
1086:23, 1087:3,
1087:12, 1087:15,
1088:3, 1088:6,
1088:7, 1088:9,
1088:10, 1088:14,
1088:17, 1088:18,
1088:21, 1088:24,
1088:25, 1089:2,
1089:5, 1089:11,
1089:15, 1089:16,
1089:23, 1090:4,
1090:6, 1090:13,
1090:15, 1090:25,
1091:9, 1091:13,
1091:20, 1091:24,
1092:5, 1092:9,
1092:17, 1092:18,
1092:22, 1092:25,
1093:2, 1093:4,
1093:5, 1093:9,
1093:14, 1094:24,
1096:1, 1096:6,
1096:12, 1096:25,
1097:19, 1097:20,
1098:4, 1098:15,
1098:20, 1098:25,
1099:11, 1099:15,
1099:16, 1099:21,
1099:23, 1100:2,
1100:4, 1100:8,
1100:9, 1100:10,
1100:11, 1100:13,
1100:16, 1101:1,
1101:2, 1101:4,
1101:5, 1101:10,
1101:13, 1101:17,
1101:25, 1102:2,
1102:15, 1102:16,
1102:17, 1102:18,
1102:19, 1102:21,
1103:8, 1103:10,
1103:14, 1103:17,
1103:21, 1103:22,
1104:4, 1104:9,
1104:19, 1104:23,
1104:24, 1105:1,
1105:2, 1105:8,
1105:9, 1105:10,
1105:14, 1105:20,
1105:21, 1105:22,
1105:25, 1106:3,
1106:5, 1106:6,
1106:9, 1106:10,
1106:14, 1106:17,
1106:21, 1106:23,

1107:11, 1107:18,
1108:5, 1108:7,
1108:11, 1108:21,
1108:25, 1109:2,
1109:3, 1109:4,
1109:6, 1109:7,
1109:8, 1109:9,
1109:10, 1109:16,
1109:22, 1110:1,
1110:6, 1110:16,
1110:17, 1110:25,
1111:1, 1111:2,
1111:4, 1111:5,
1111:6, 1111:9,
1111:10, 1111:12,
1111:14, 1111:15,
1111:21, 1111:24,
1112:2, 1112:3,
1112:16, 1112:18,
1112:24, 1113:4,
1113:10, 1113:11,
1113:12, 1113:13,
1113:21, 1114:8,
1114:22, 1115:3,
1115:4, 1115:5,
1115:6, 1115:12,
1115:17, 1115:21,
1116:8, 1116:9,
1116:11, 1116:12,
1116:19, 1117:5,
1117:21, 1117:22,
1118:1, 1118:3,
1118:5, 1118:8,
1118:23, 1119:8,
1119:9, 1119:12,
1119:24, 1120:8,
1120:13, 1121:11,
1122:1, 1122:3,
1122:4, 1122:5,
1122:6, 1122:10,
1122:12, 1123:13,
1123:14, 1123:15
**OFF** [16] - 1010:20,
1010:23, 1010:25,
1015:9, 1016:20,
1017:12, 1017:13,
1020:6, 1021:1,
1021:3, 1021:6,
1022:6, 1058:11,
1075:10, 1078:6,
1117:16
  **OFFER** [2] - 1085:16,
1087:3
  **OFFERED** [3] -
1027:16, 1085:18,
1086:22
  **OFFERING** [1] -
1086:7
  **OFFICE** [4] -
1006:16, 1007:18,

1008:1, 1055:1
  **OFFICIAL** [2] -
1123:12, 1123:23
  **OFFICIAL** [1] -
1008:16
  **OH** [8] - 1012:21,
1014:22, 1016:9,
1016:11, 1035:19,
1036:12, 1036:14,
1059:11
  **OKAY** [29] - 1010:17,
1014:22, 1016:11,
1029:4, 1034:20,
1036:14, 1038:19,
1040:1, 1055:12,
1066:12, 1070:18,
1071:2, 1078:18,
1079:20, 1082:10,
1082:17, 1084:15,
1087:19, 1093:8,
1101:7, 1101:8,
1105:9, 1105:10,
1105:20, 1108:13,
1110:12, 1112:25,
1114:24, 1117:15
  **OLD** [1] - 1059:9
  **OLDER** [1] - 1025:22
  **OMIT** [1] - 1033:14
  **ON** [165] - 1010:13,
1010:16, 1010:25,
1011:20, 1014:11,
1014:20, 1015:7,
1015:8, 1015:9,
1015:11, 1015:14,
1015:21, 1015:24,
1018:13, 1018:21,
1021:15, 1022:5,
1022:16, 1024:3,
1024:13, 1026:3,
1026:17, 1026:23,
1026:25, 1027:22,
1028:19, 1029:11,
1029:17, 1030:16,
1031:1, 1031:3,
1031:19, 1031:22,
1031:23, 1032:2,
1032:15, 1033:5,
1033:7, 1034:5,
1034:6, 1034:7,
1035:6, 1037:1,
1037:24, 1038:5,
1039:7, 1040:4,
1040:5, 1040:9,
1042:15, 1043:19,
1045:11, 1046:24,
1048:21, 1049:11,
1050:6, 1050:9,
1050:14, 1050:15,
1050:22, 1051:7,
1052:18, 1054:9,

1054:14, 1055:11,
1055:14, 1055:16,
1055:23, 1056:12,
1056:19, 1056:20,
1057:5, 1057:6,
1057:9, 1057:11,
1057:24, 1058:3,
1058:19, 1058:23,
1059:3, 1059:15,
1059:16, 1059:22,
1060:1, 1060:12,
1062:1, 1063:24,
1064:9, 1065:5,
1065:8, 1065:12,
1065:13, 1067:5,
1067:13, 1068:20,
1072:5, 1072:12,
1074:13, 1074:19,
1075:5, 1076:13,
1078:18, 1078:25,
1079:20, 1080:2,
1080:3, 1083:23,
1084:14, 1085:13,
1086:13, 1086:21,
1087:13, 1088:12,
1089:9, 1091:3,
1091:5, 1091:7,
1091:9, 1091:12,
1093:5, 1093:10,
1093:12, 1093:19,
1095:21, 1096:1,
1096:14, 1096:18,
1097:1, 1098:5,
1099:2, 1099:6,
1099:22, 1099:24,
1100:5, 1100:22,
1101:6, 1102:2,
1102:19, 1103:20,
1104:6, 1104:24,
1105:9, 1106:15,
1106:18, 1106:22,
1107:1, 1107:16,
1108:11, 1109:23,
1109:25, 1111:11,
1111:17, 1112:1,
1113:14, 1114:13,
1117:16, 1117:17,
1119:5, 1119:9,
1121:10, 1122:23,
1123:3
  **ONCE** [10] - 1037:17,
1057:22, 1073:20,
1074:6, 1075:23,
1077:6, 1077:23,
1095:6, 1101:14,
1119:2
  **ONE** [63] - 1015:23,
1018:17, 1018:18,
1022:25, 1024:20,
1025:22, 1026:20,
1028:11, 1030:11,

1030:12, 1033:3,
1035:18, 1035:20,
1036:5, 1037:16,
1039:3, 1047:8,
1053:8, 1054:1,
1054:10, 1054:15,
1054:18, 1055:19,
1059:8, 1060:15,
1061:16, 1062:14,
1062:15, 1062:18,
1066:9, 1071:9,
1075:19, 1078:13,
1078:21, 1081:2,
1081:21, 1084:24,
1086:1, 1086:10,
1087:3, 1087:18,
1089:4, 1089:7,
1089:15, 1095:15,
1098:24, 1102:18,
1105:20, 1106:17,
1107:7, 1110:23,
1113:12, 1114:5,
1115:8, 1115:19,
1117:12, 1119:11,
1121:10, 1121:21
  **ONES** [2] - 1025:22,
1081:3
  **ONLY** [23] - 1015:13,
1015:16, 1016:15,
1019:5, 1032:15,
1032:19, 1036:5,
1047:13, 1053:3,
1057:12, 1060:6,
1061:16, 1061:24,
1066:24, 1066:25,
1067:20, 1068:20,
1083:18, 1084:3,
1085:14, 1087:4,
1110:2, 1114:13
  **ONSET** [3] -
1038:23, 1044:12,
1100:9
  **OPEN** [7] - 1029:3,
1050:3, 1050:8,
1050:10, 1063:19,
1071:19
  **OPENED** [1] -
1103:12
  **OPENING** [2] -
1021:13, 1024:1
  **OPINE** [3] - 1050:14,
1050:15, 1099:22
  **OPINED** [1] - 1050:6
  **OPINION** [15] -
1016:23, 1023:2,
1023:7, 1026:11,
1059:19, 1060:7,
1060:11, 1060:19,
1061:3, 1062:21,
1091:6, 1097:15,

1109:8, 1114:24,
1119:6
  **OPINIONS** [11] -
1050:9, 1090:23,
1091:9, 1091:10,
1098:12, 1099:15,
1099:21, 1100:8,
1101:5, 1105:20,
1106:15
  **OPPOSED** [3] -
1011:22, 1090:2,
1102:10
  **OPPOSING** [1] -
1087:4
  **OPTION** [1] - 1075:6
  **OPTIONS** [1] -
1075:7
  **OR** [79] - 1017:12,
1017:24, 1018:1,
1021:22, 1021:24,
1022:16, 1024:18,
1025:6, 1025:10,
1026:11, 1029:15,
1029:16, 1030:15,
1030:25, 1031:5,
1031:6, 1032:12,
1040:22, 1041:25,
1043:1, 1043:10,
1044:1, 1057:13,
1057:24, 1058:7,
1059:8, 1060:9,
1060:15, 1061:9,
1061:12, 1062:23,
1064:14, 1064:20,
1065:2, 1065:6,
1065:11, 1067:15,
1068:8, 1068:9,
1068:21, 1069:4,
1073:2, 1073:14,
1074:5, 1075:3,
1077:15, 1078:22,
1079:6, 1079:15,
1080:7, 1080:14,
1081:19, 1082:17,
1086:13, 1089:15,
1092:1, 1096:17,
1099:16, 1100:10,
1102:8, 1103:2,
1103:15, 1103:19,
1104:13, 1104:20,
1107:11, 1108:16,
1109:3, 1112:17,
1113:2, 1116:23,
1118:2, 1118:5,
1119:25, 1120:9,
1121:14
  **ORDER** [4] - 1031:1,
1070:11, 1075:3,
1076:15
  **ORGANIZE** [1] -

1097:20
  **ORIENT** [2] -
1079:24, 1081:7
  **ORIGIN** [2] - 1067:6,
1103:8
  **ORIGINALLY** [1] -
1069:3
  **ORLEANS** [6] -
1006:4, 1006:18,
1006:21, 1007:6,
1008:3, 1008:17
  **ORLEANS** [12] -
1042:6, 1042:10,
1054:10, 1056:16,
1058:16, 1064:11,
1075:17, 1083:7,
1088:19, 1089:12,
1090:14, 1101:1
  **OTHER** [35] -
1017:19, 1018:7,
1031:18, 1035:21,
1036:23, 1038:20,
1039:3, 1041:6,
1041:25, 1048:3,
1050:15, 1052:4,
1052:12, 1057:24,
1058:3, 1058:23,
1061:17, 1061:20,
1072:12, 1075:19,
1078:13, 1079:2,
1079:8, 1079:9,
1081:3, 1083:10,
1083:14, 1086:8,
1088:22, 1089:19,
1099:21, 1099:23,
1103:20, 1122:25
  **OTHERS** [2] -
1023:1, 1036:6
  **OTHERWISE** [5] -
1077:20, 1090:2,
1093:17, 1093:20,
1107:23
  **OUR** [19] - 1010:10,
1025:14, 1029:13,
1039:25, 1055:1,
1062:1, 1062:3,
1063:17, 1067:16,
1080:23, 1083:18,
1084:20, 1088:2,
1093:2, 1097:16,
1097:20, 1105:8,
1110:1, 1115:17
  **OURSELVES** [2] -
1079:25, 1081:7
  **OUT** [24] - 1011:19,
1021:24, 1031:1,
1033:13, 1037:18,
1038:2, 1039:2,
1048:3, 1051:17,
1051:19, 1056:9,

1056:10, 1056:12,
1061:7, 1063:1,
1068:16, 1072:1,
1072:15, 1097:16,
1103:10, 1118:11,
1119:12, 1120:3,
1121:4
  **OUTCOME** [2] -
1042:12, 1093:10
  **OUTCOMES** [1] -
1030:10
  **OUTPUT** [2] -
1017:21, 1017:22
  **OUTPUTS** [1] -
1017:17
  **OUTSIDE** [1] -
1043:13
  **OVER** [27] - 1014:10,
1025:5, 1030:14,
1035:11, 1035:19,
1037:1, 1047:3,
1064:12, 1064:23,
1069:11, 1069:18,
1077:7, 1078:1,
1078:10, 1078:20,
1079:2, 1080:14,
1080:18, 1081:12,
1088:10, 1088:24,
1089:1, 1117:3,
1117:22, 1121:10,
1121:13, 1121:14
  **OVERALL** [1] -
1061:25
  **OVERBURDEN** [1] -
1119:10
  **OVERFLOW** [3] -
1040:9, 1043:20,
1081:13
  **OVERFLOWING** [1]
- 1040:11
  **OVERLAP** [1] -
1099:21
  **OVERTOP** [1] -
1029:16
  **OVERTOPPED** [3] -
1058:1, 1095:6,
1100:19
  **OVERTOPPING** [65]
- 1025:6, 1030:15,
1031:1, 1031:5,
1032:2, 1034:5,
1034:6, 1034:9,
1034:25, 1035:3,
1035:8, 1035:20,
1038:12, 1039:8,
1039:9, 1039:20,
1040:4, 1040:7,
1042:19, 1043:18,
1044:13, 1047:3,
1048:16, 1049:2,

1049:8, 1049:9,
1049:12, 1049:24,
1051:6, 1051:7,
1051:13, 1051:22,
1052:13, 1052:24,
1053:5, 1053:9,
1055:17, 1056:9,
1056:12, 1057:15,
1057:16, 1057:24,
1058:6, 1065:7,
1076:19, 1080:23,
1080:25, 1081:3,
1081:4, 1082:4,
1089:22, 1089:23,
1090:3, 1092:13,
1092:15, 1092:16,
1098:23, 1099:3,
1100:10, 1100:11,
1101:14, 1111:4
  **OVERVIEW** [2] -
1053:4, 1111:22
  **OVERWHELMED** [2]
- 1095:13, 1095:16
  **OWN** [6] - 1022:1,
1060:8, 1061:22,
1084:5, 1117:2

**P**

  **P** [5] - 1007:2,
1007:2, 1007:20,
1008:13, 1010:1
  **P.O** [1] - 1007:10
  **PAGE** [69] - 1010:24,
1011:14, 1012:8,
1013:11, 1013:13,
1018:21, 1018:23,
1021:10, 1021:15,
1023:15, 1030:18,
1034:14, 1034:20,
1034:21, 1035:7,
1038:9, 1039:1,
1039:7, 1042:15,
1043:25, 1045:11,
1046:24, 1047:6,
1054:15, 1055:3,
1055:5, 1055:7,
1055:8, 1056:18,
1056:19, 1057:5,
1058:20, 1065:21,
1075:12, 1075:14,
1076:4, 1076:6,
1079:24, 1080:4,
1080:5, 1080:9,
1080:22, 1106:25,
1107:1, 1108:10,
1108:23, 1109:15,
1109:16, 1109:23,
1110:2, 1110:4,
1110:9, 1110:20,
1111:17, 1112:11,

1114:19, 1118:16,
1121:25
  **PAGE/LINE** [1] -
1009:2
  **PAGES** [2] -
1112:13, 1114:8
  **PAID** [1] - 1088:22
  **PAIN** [1] - 1120:22
  **PALMINTIER** [3] -
1007:15, 1007:15,
1007:16
  **PANEL** [1] - 1089:5
  **PAPER** [7] - 1027:12,
1027:14, 1028:6,
1067:5, 1067:23,
1068:21
  **PARAGRAPH** [8] -
1042:16, 1042:25,
1043:1, 1083:19,
1084:5, 1085:11,
1108:11, 1110:23
  **PARALLEL** [2] -
1069:16, 1102:10
  **PARIS** [1] - 1075:20
  **PARISH** [2] -
1088:19, 1090:13
  **PARLANCE** [1] -
1026:13
  **PART** [15] - 1015:13,
1022:9, 1025:13,
1031:12, 1040:10,
1065:8, 1066:21,
1069:24, 1072:17,
1088:14, 1089:24,
1092:4, 1092:11,
1096:6, 1113:21
  **PARTICULAR** [2] -
1116:12, 1119:6
  **PARTICULARLY** [2]
- 1015:6, 1102:8
  **PARTS** [2] - 1087:15,
1122:3
  **PASS** [8] - 1017:11,
1019:3, 1019:13,
1019:21, 1019:23,
1021:16, 1065:4,
1073:18
  **PASSAGE** [1] -
1021:20
  **PASSED** [1] -
1032:12
  **PASSES** [2] -
1020:13, 1021:17
  **PASSING** [2] -
1022:9, 1056:10
  **PAST** [1] - 1097:18
  **PATCH** [1] - 1015:13
  **PATH** [1] - 1120:10
  **PATIENCE** [3] -
1053:24, 1085:24

  **PATTERN** [1] -
1022:5
  **PAUL** [2] - 1008:6,
1008:8
  **PEAKED** [1] - 1056:4
  **PEER** [2] - 1089:1,
1089:3
  **PEERS** [1] - 1089:5
  **PEOPLE** [3] -
1064:17, 1083:10,
1114:13
  **PER** [24] - 1035:12,
1035:25, 1036:2,
1036:18, 1036:25,
1037:4, 1037:5,
1039:13, 1039:14,
1044:9, 1048:15,
1048:16, 1049:14,
1051:16, 1051:19,
1122:7, 1122:9
  **PERCENT** [25] -
1016:20, 1016:21,
1017:12, 1017:13,
1018:18, 1018:19,
1019:17, 1019:20,
1019:24, 1020:7,
1020:15, 1020:18,
1021:3, 1021:6,
1022:12, 1023:2,
1023:6, 1023:19,
1024:14, 1036:4,
1112:21, 1112:23,
1118:10, 1118:12
  **PERFORMANCE** [5]
- 1085:19, 1092:5,
1105:1, 1105:2,
1106:21
  **PERFORMED** [4] -
1018:14, 1085:23,
1100:19, 1109:3
  **PERHAPS** [1] -
1042:14
  **PERIOD** [4] - 1037:6,
1056:6, 1117:22,
1118:4
  **PERMISSION** [1] -
1082:17
  **PERMITTED** [1] -
1032:22
  **PERPENDICULAR**
[2] - 1069:15, 1102:9
  **PERSON** [1] - 1075:2
  **PERSONALLY** [1] -
1025:12
  **PETER** [1] - 1008:10
  **PHASES** [1] - 1088:9
  **PHENOMENA** [1] -
1028:15
  **PHENOMENON** [6] -
1032:15, 1102:19,

1105:23, 1106:14,
1112:18, 1112:25
  **PHILEN** [1] - 1008:2
  **PHOTOGRAPHS** [1]
- 1015:25
  **PICKED** [1] -
1037:18
  **PICKING** [1] - 1081:2
  **PICTORIAL** [1] -
1043:17
  **PICTURE** [18] -
1013:21, 1014:22,
1015:23, 1047:14,
1047:20, 1051:24,
1052:21, 1052:22,
1053:6, 1061:12,
1061:25, 1064:22,
1068:25, 1069:6,
1069:8, 1096:17,
1110:20, 1120:7
  **PICTURED** [1] -
1052:17
  **PIERCE** [1] -
1006:13
  **PILE** [2] - 1077:1,
1077:2
  **PILED** [1] - 1115:2
  **PILLAR** [1] - 1103:17
  **PIPELINE** [1] -
1069:21
  **PIT** [1] - 1119:18
  **PITS** [1] - 1109:6
  **PLACE** [4] - 1027:20,
1072:13, 1092:10,
1117:21
  **PLACED** [2] -
1071:6, 1115:5
  **PLACES** [1] -
1103:25
  **PLAINTIFF** [4] -
1006:13, 1009:2,
1086:16, 1087:11
  **PLAINTIFF'S** [1] -
1086:22
  **PLAINTIFFS** [7] -
1050:3, 1050:9,
1050:16, 1062:12,
1086:14, 1086:15,
1097:14
  **PLAINTIFFS'** [4] -
1090:6, 1091:20,
1100:5, 1100:9
  **PLAN** [1] - 1029:10
  **PLANET** [2] -
1084:14, 1114:14
  **PLANNED** [1] -
1090:8
  **PLANT** [2] - 1077:1,
1078:13
  **PLAY** [3] - 1089:17,

1098:6, 1098:7
  **PLC** [1] - 1007:15
  **PLEASE** [23] -
1010:5, 1027:15,
1029:4, 1030:2,
1033:12, 1055:12,
1063:20, 1065:21,
1068:20, 1078:7,
1079:10, 1082:11,
1083:19, 1084:25,
1087:23, 1108:11,
1108:23, 1110:4,
1110:24, 1113:25,
1117:15, 1121:2,
1121:24
  **PLUNGE** [2] -
1032:2, 1032:9
  **PLUNGING** [1] -
1032:7
  **POINT** [32] -
1012:13, 1027:9,
1037:2, 1038:2,
1039:2, 1043:18,
1044:8, 1044:18,
1045:2, 1045:7,
1045:16, 1045:25,
1046:7, 1046:23,
1052:14, 1057:14,
1061:16, 1065:2,
1065:4, 1065:14,
1071:6, 1072:1,
1078:19, 1084:12,
1085:12, 1085:14,
1098:15, 1123:1,
1123:2
  **POINTER** [1] -
1058:12
  **POINTING** [1] -
1011:19
  **POINTS** [2] -
1067:12, 1116:18
  **POLDER** [14] -
1043:13, 1056:15,
1057:12, 1064:17,
1069:23, 1074:6,
1075:14, 1075:17,
1075:25, 1076:2,
1079:21, 1080:2,
1080:7, 1105:16
  **POLDERS** [1] -
1070:1
  **POLICE** [1] -
1110:18
  **POLITICAL** [1] -
1094:3
  **PONTCHARTRAIN**
[7] - 1083:25, 1084:1,
1084:4, 1084:7,
1084:10, 1084:11,
1084:13

**POOR** [1] - 1092:5
**POPULATED** [1] - 1111:6
**POPULATION** [1] - 1075:5
**PORTION** [1] - 1115:4
**PORTIONS** [1] - 1111:4
**POSE** [1] - 1070:17
**POSED** [2] - 1070:21, 1073:23
**POSES** [1] - 1073:13
**POSITION** [3] - 1046:19, 1081:11, 1100:13
**POSITIONED** [1] - 1021:23
**POSITIONING** [1] - 1119:8
**POSSESSION** [1] - 1033:6
**POSSIBLE** [3] - 1010:10, 1050:7, 1051:2
**POST** [3] - 1088:15, 1089:9, 1103:1
**POTENTIAL** [3] - 1052:14, 1101:15, 1102:24
**POTENTIALLY** [1] - 1102:4
**POYDRAS** [2] - 1007:6, 1008:16
**PRACTICE** [2] - 1085:1, 1088:2
**PRE** [2] - 1024:11, 1113:19
**PRE-APRIL** [1] - 1113:19
**PRE-MRGO** [1] - 1024:11
**PRECAUTIONS** [1] - 1109:3
**PRECEDING** [1] - 1012:8
**PRECISE** [1] - 1053:20
**PRECISELY** [2] - 1116:14, 1117:23
**PREDATE** [1] - 1122:25
**PREDATING** [1] - 1112:25
**PREDOMINANT** [3] - 1034:6, 1040:5, 1040:8
**PREDOMINANTLY** [3] - 1037:1, 1093:16, 1093:22

**PREEXIST** [1] - 1071:15
**PREEXISTENT** [1] - 1048:11
**PREFER** [1] - 1065:11
**PRESENT** [1] - 1008:1
**PRESENTED** [2] - 1019:14, 1052:12
**PRESENTLY** [1] - 1091:13
**PRESENTS** [1] - 1072:15
**PRESSURE** [4] - 1060:1, 1060:22, 1119:10, 1119:15
**PRESSURES** [1] - 1101:21
**PRESUME** [1] - 1031:9
**PRETTY** [1] - 1113:21
**PREVENTING** [1] - 1057:2
**PREVIOUS** [2] - 1014:10, 1016:25
**PREVIOUSLY** [1] - 1099:1
**PRIMARY** [4] - 1068:5, 1075:23, 1089:23, 1092:16
**PRINCIPALLY** [1] - 1099:2
**PRIOR** [7] - 1055:15, 1056:3, 1086:21, 1106:13, 1113:22, 1115:17, 1121:11
**PRO** [1] - 1088:22
**PROBABLY** [3] - 1010:15, 1097:3, 1121:1
**PROBLEM** [4] - 1055:1, 1064:22, 1117:25, 1121:6
**PROCEED** [2] - 1055:12, 1087:19
**PROCEEDINGS** [1] - 1008:19
**PROCEEDINGS** [2] - 1006:8, 1123:15
**PROCESS** [6] - 1010:6, 1089:17, 1104:12, 1108:5, 1111:15, 1120:9
**PRODUCED** [1] - 1118:18
**PRODUCED** [1] - 1008:19
**PRODUCING** [1] -

1098:18
**PRODUCTION** [1] - 1054:20
**PRODUCTS** [1] - 1077:1
**PROFESSIONAL** [1] - 1023:12
**PROFESSOR** [106] - 1010:20, 1011:7, 1011:16, 1012:7, 1013:16, 1015:7, 1015:11, 1017:20, 1018:15, 1020:4, 1020:16, 1020:20, 1023:7, 1024:5, 1024:14, 1025:1, 1025:21, 1029:6, 1030:1, 1030:5, 1030:18, 1031:11, 1031:12, 1031:15, 1031:17, 1032:8, 1033:21, 1034:4, 1034:24, 1035:9, 1035:15, 1036:16, 1036:19, 1037:7, 1037:11, 1037:20, 1038:8, 1038:10, 1039:10, 1039:15, 1040:3, 1040:24, 1041:15, 1041:22, 1042:9, 1043:21, 1044:20, 1044:24, 1046:2, 1046:8, 1046:13, 1046:21, 1047:4, 1047:16, 1047:17, 1047:21, 1048:5, 1048:25, 1049:5, 1049:10, 1049:18, 1049:24, 1051:4, 1051:8, 1051:12, 1051:17, 1051:20, 1051:22, 1052:10, 1052:15, 1053:2, 1054:2, 1054:4, 1054:12, 1055:14, 1056:14, 1056:22, 1056:24, 1058:5, 1059:6, 1059:10, 1059:23, 1060:1, 1060:6, 1060:11, 1060:15, 1061:16, 1062:21, 1063:5, 1063:8, 1064:3, 1065:13, 1068:14, 1070:10, 1073:12, 1075:9, 1075:17, 1077:12, 1077:13, 1078:11, 1080:6, 1081:8, 1083:5, 1088:6, 1099:1

**PROFESSOR'S** [2] - 1028:21, 1083:15
**PROGRESS** [1] - 1069:18
**PROGRESSES** [2] - 1057:14, 1068:7
**PROGRESSING** [1] - 1057:12, 1064:23
**PROGRESSION** [3] - 1056:15, 1057:8, 1116:20
**PROGRESSIVELY** [1] - 1102:16
**PROJECT** [5] - 1075:7, 1097:11, 1097:12, 1099:10, 1104:20
**PROMISE** [1] - 1082:8
**PROMISED** [1] - 1082:9
**PRONOUNCE** [1] - 1119:2
**PROOF** [3] - 1071:8, 1094:8, 1094:24
**PROPAGATED** [1] - 1021:13
**PROPER** [1] - 1015:23
**PROPERLY** [2] - 1075:4, 1095:4
**PROPERTY** [1] - 1090:6
**PROTECT** [1] - 1072:21
**PROTECTED** [6] - 1052:5, 1103:19, 1105:10, 1106:10, 1109:7, 1116:9
**PROTECTION** [25] - 1072:20, 1085:7, 1092:23, 1095:4, 1095:8, 1101:6, 1101:10, 1101:13, 1101:22, 1102:3, 1102:7, 1102:22, 1102:24, 1103:9, 1104:1, 1104:13, 1104:18, 1104:24, 1105:2, 1105:15, 1106:21, 1111:23, 1119:8, 1119:19, 1122:8
**PROTECTIONS** [1] - 1106:7
**PROTECTIVE** [10] - 1092:18, 1092:25, 1098:15, 1098:20, 1101:14, 1105:22, 1109:10, 1112:3,

1122:1, 1122:5
**PROVIDE** [2] - 1090:23, 1096:23
**PROVIDED** [2] - 1111:22, 1113:2
**PROXIMITY** [2] - 1110:25, 1111:21
**PUBLIC** [2] - 1089:11, 1122:11
**PUBLICATION** [1] - 1122:11
**PUBLICATIONS** [3] - 1088:24, 1088:25
**PUBLISH** [5] - 1082:17, 1082:22, 1084:24, 1085:5, 1089:2
**PUMP** [1] - 1104:2
**PUNCH** [1] - 1102:11
**PUNISHMENT** [1] - 1120:19
**PURPOSE** [7] - 1013:25, 1022:14, 1028:6, 1028:8, 1074:12, 1084:15
**PURPOSES** [4] - 1031:10, 1051:6, 1052:24, 1072:16
**PUSH** [2] - 1119:20, 1120:18
**PUT** [16] - 1017:21, 1029:16, 1047:8, 1054:14, 1064:17, 1067:5, 1067:12, 1070:16, 1070:24, 1098:5, 1098:11, 1100:23, 1108:23, 1109:25, 1110:4, 1119:25
**PUTTING** [3] - 1070:13, 1070:16, 1086:17
**PX** [29] - 1010:24, 1012:8, 1013:13, 1034:13, 1034:18, 1054:15, 1054:21, 1056:18, 1065:21, 1075:12, 1079:20, 1082:11, 1082:22, 1083:12, 1085:6, 1097:19, 1100:24, 1106:17, 1107:11, 1109:13, 1109:18, 1110:9, 1114:1, 1114:19, 1116:5, 1118:16, 1121:25

## Q

**QUARRELED** [1] - 1106:9

**QUARTER** [1] - 1118:13

**QUARTERS** [1] - 1037:6

**QUESTION** [39] - 1011:15, 1015:6, 1022:11, 1022:24, 1026:19, 1026:22, 1027:1, 1029:6, 1029:20, 1030:2, 1030:17, 1031:21, 1051:9, 1052:6, 1052:10, 1053:7, 1054:1, 1059:8, 1059:9, 1060:25, 1061:9, 1061:10, 1061:13, 1062:15, 1062:18, 1065:13, 1066:10, 1069:9, 1070:15, 1073:2, 1074:12, 1074:16, 1089:21, 1089:25, 1090:5, 1094:13, 1119:23, 1121:4

**QUESTIONS** [12] - 1037:20, 1054:8, 1059:9, 1059:10, 1059:17, 1062:5, 1063:15, 1075:15, 1082:8, 1089:14, 1112:2, 1113:12

**QUICK** [2] - 1028:22, 1086:19

**QUICKLY** [3] - 1013:7, 1057:10, 1078:13

**QUITE** [7] - 1030:2, 1038:19, 1038:20, 1082:18, 1102:18, 1114:10, 1121:7

---

**R**

**R** [4] - 1006:8, 1007:23, 1008:12, 1010:1

**RAISE** [2] - 1087:20, 1109:23

**RAISED** [1] - 1059:5

**RAISES** [1] - 1101:20

**RAMMING** [1] - 1099:16

**RANGE** [3] - 1017:18, 1046:6, 1047:2

**RAPIDLY** [2] - 1056:4, 1064:25

**RATE** [17] - 1013:3, 1035:12, 1037:12, 1038:23, 1041:17, 1041:19, 1042:3,

---

1042:4, 1042:19, 1044:7, 1047:3, 1047:24, 1048:18, 1049:8, 1056:1, 1099:4, 1100:10

**RATES** [7] - 1034:25, 1043:20, 1051:6, 1051:13, 1053:5, 1074:4, 1081:5

**RATHER** [5] - 1026:20, 1027:3, 1027:4, 1028:6, 1113:10

**RAW** [1] - 1117:20

**RAY** [12] - 1014:15, 1019:2, 1019:10, 1019:13, 1020:18, 1020:22, 1020:25, 1021:12

**RAYS** [3] - 1013:12, 1017:7, 1017:11

**RE** [1] - 1113:16

**RE-URGE** [1] - 1113:16

**REACH** [36] - 1030:10, 1031:17, 1031:20, 1032:6, 1035:4, 1038:9, 1040:23, 1046:16, 1047:17, 1048:10, 1063:4, 1064:24, 1069:13, 1089:23, 1089:24, 1093:14, 1093:17, 1093:20, 1093:22, 1095:21, 1095:22, 1096:14, 1099:2, 1099:6, 1102:19, 1103:2, 1105:22, 1106:21, 1108:5, 1108:7, 1109:7, 1111:11, 1112:16, 1115:4, 1118:24, 1119:9

**REACHED** [5] - 1054:12, 1059:4, 1060:22, 1099:23, 1106:6

**REACHES** [2] - 1044:9, 1046:19

**REACHING** [1] - 1067:1

**READ** [15] - 1041:1, 1054:24, 1060:5, 1085:9, 1085:20, 1086:6, 1086:7, 1087:2, 1108:13, 1108:16, 1108:17, 1108:24, 1110:23, 1114:14

**READING** [2] -

---

1037:11, 1041:4

**REAL** [3] - 1038:16, 1044:8, 1083:16

**REALISTIC** [1] - 1022:25

**REALITY** [1] - 1069:25

**REALLY** [6] - 1022:18, 1022:19, 1030:13, 1050:24, 1054:19, 1060:14

**REASON** [5] - 1017:3, 1021:19, 1047:16, 1056:7, 1079:2

**REASONABLE** [2] - 1051:24, 1062:3

**REASONABLY** [1] - 1103:19

**REASONING** [2] - 1028:9, 1059:25

**REBOUND** [1] - 1117:17

**RECALCULATED** [1] - 1067:14

**RECALCULATIONS** [1] - 1014:15

**RECALL** [4] - 1043:21, 1058:15, 1059:19, 1059:25

**RECAP** [1] - 1078:9

**RECEIVED** [1] - 1089:10

**RECENT** [2] - 1014:25, 1016:4

**RECESS** [9] - 1028:19, 1028:20, 1028:25, 1029:2, 1062:7, 1063:17, 1063:18, 1123:4, 1123:6

**RECOMMEND** [1] - 1075:2

**RECONSTRUCT** [1] - 1107:7

**RECORD** [7] - 1033:11, 1060:3, 1077:21, 1087:24, 1108:13, 1117:24, 1123:15

**RECORDED** [1] - 1008:19

**RED** [3] - 1037:16, 1105:18, 1119:7

**REDIRECT** [7] - 1010:14, 1010:15, 1010:16, 1027:22, 1050:9, 1063:22, 1064:1

**REDIRECT** [1] -

---

1009:6

**REDIRECTION** [2] - 1027:17, 1027:20

**REDUCE** [8] - 1018:17, 1019:17, 1019:20, 1019:24, 1020:6, 1023:6, 1064:24, 1101:23

**REDUCED** [9] - 1013:2, 1013:5, 1018:18, 1018:19, 1022:8, 1022:20, 1023:22, 1024:19, 1024:20

**REDUCES** [1] - 1067:21

**REDUCING** [2] - 1019:5, 1024:7

**REDUCTION** [25] - 1012:1, 1015:14, 1015:15, 1015:16, 1016:21, 1016:24, 1017:1, 1017:5, 1017:8, 1019:4, 1019:24, 1020:14, 1020:15, 1020:18, 1020:24, 1020:25, 1021:11, 1022:20, 1022:23, 1023:3, 1023:11, 1023:19, 1024:14, 1024:17, 1070:3

**REED** [1] - 1085:17

**REEVALUATION** [1] - 1013:25

**REFER** [1] - 1033:23

**REFERENCE** [12] - 1011:13, 1042:14, 1046:22, 1049:1, 1049:7, 1049:14, 1049:18, 1068:14, 1104:19, 1111:25, 1115:18, 1116:1

**REFERENCING** [1] - 1084:10

**REFERRED** [4] - 1027:21, 1085:9, 1096:8, 1101:17

**REFERRING** [5] - 1010:10, 1084:3, 1087:15, 1101:20, 1110:2

**REFINEMENT** [1] - 1113:20

**REFLECT** [2] - 1016:3, 1052:14

**REFLECTED** [2] - 1013:3, 1045:6

**REFLECTS** [1] - 1016:17

---

1009:6

**REGARD** [8] - 1086:4, 1089:21, 1099:24, 1100:9, 1101:9, 1104:9, 1106:6, 1114:25

**REGARDLESS** [1] - 1042:11

**REGENERATE** [1] - 1069:2

**REGION** [1] - 1065:6

**REGIONAL** [2] - 1122:6, 1122:9

**REGRESSION** [1] - 1116:23

**REGURGITATE** [1] - 1079:13

**RELATE** [1] - 1033:10

**RELATED** [5] - 1011:24, 1012:15, 1021:20, 1049:2, 1089:2

**RELATES** [1] - 1119:6

**RELATIONSHIP** [2] - 1012:22, 1013:4

**RELATIVELY** [2] - 1047:2, 1054:20

**RELEVANCE** [5] - 1083:13, 1083:24, 1084:1, 1084:10, 1101:9

**RELEVANT** [6] - 1029:13, 1078:1, 1083:25, 1085:13, 1089:16, 1121:1

**RELIABILITY** [1] - 1060:8

**RELIABLE** [1] - 1022:14

**RELIANCE** [1] - 1085:13

**RELIED** [2] - 1099:23, 1100:4

**RELY** [1] - 1068:20

**RELYING** [1] - 1113:14

**REMAIN** [1] - 1056:6

**REMAINED** [2] - 1041:9, 1044:22

**REMEDIATED** [1] - 1090:7

**REMEMBER** [3] - 1015:8, 1063:1, 1121:2

**REMOVE** [2] - 1047:19, 1102:16

**REPEAT** [3] - 1025:3, 1025:10, 1109:6

DAILY COPY

REPEATING [1] - 1029:14

REPHRASE [2] - 1026:22, 1027:1

REPHRASING [1] - 1030:24

REPORT [46] - 1010:22, 1013:12, 1018:22, 1030:18, 1034:10, 1034:13, 1034:15, 1034:16, 1041:1, 1041:4, 1042:15, 1045:11, 1050:4, 1050:6, 1050:8, 1050:10, 1050:15, 1050:17, 1050:22, 1051:5, 1054:23, 1054:24, 1055:2, 1066:10, 1075:14, 1086:17, 1087:15, 1103:1, 1107:3, 1107:8, 1109:13, 1109:17, 1109:18, 1109:22, 1110:2, 1110:10, 1110:16, 1113:2, 1113:7, 1113:19, 1113:21, 1114:2, 1114:3, 1114:19, 1122:18

REPORTED [1] - 1061:25

REPORTER [2] - 1123:12, 1123:23

REPORTER [1] - 1008:16

REPORTER'S [1] - 1123:10

REPORTS [11] - 1050:1, 1050:2, 1054:19, 1060:6, 1087:17, 1105:25, 1106:13, 1106:14, 1106:18, 1113:11, 1114:9

REPRESENT [5] - 1040:13, 1040:21, 1049:22, 1113:6, 1113:18

REPRESENTATION [1] - 1030:22

REPRESENTED [3] - 1011:9, 1040:17, 1119:13

REQUIRED [1] - 1074:13

REQUIREMENTS [1] - 1049:11

REQUIRES [1] - 1022:19

RES [2] - 1094:9, 1094:17

RESEARCH [5] - 1104:3, 1107:17, 1110:17, 1110:21, 1113:14

RESERVE [2] - 1084:20, 1123:3

RESIDE [1] - 1059:5

RESIDENCE [5] - 1054:12, 1058:8, 1058:10, 1059:2, 1059:4

RESIO [1] - 1022:1

RESIST [1] - 1104:25

RESISTING [1] - 1101:23

RESPECT [3] - 1014:15, 1014:16, 1015:6

RESPECTFULLY [1] - 1084:6

RESPONSE [1] - 1062:24

REST [1] - 1056:25

RESTATE [2] - 1094:19, 1094:20

RESTORED [2] - 1039:15, 1039:17

RESTORING [2] - 1024:11, 1024:18

RESULT [3] - 1055:16, 1059:21, 1111:22

RESULTED [1] - 1109:1

RESULTING [3] - 1107:18, 1108:5, 1111:9

RESULTS [2] - 1038:2, 1089:18

REVEAL [1] - 1070:21

REVIEWED [4] - 1089:1, 1089:3, 1089:5, 1105:25

REVISED [1] - 1014:23

REVISION [2] - 1014:20, 1016:17

RICHARD [1] - 1008:12

RIGHT [60] - 1012:3, 1015:2, 1015:9, 1015:11, 1016:3, 1016:8, 1016:10, 1016:17, 1017:22, 1019:4, 1019:15, 1022:6, 1023:4, 1025:1, 1032:5,

1036:18, 1037:5, 1037:24, 1045:9, 1048:9, 1049:18, 1052:8, 1054:21, 1056:20, 1057:9, 1058:23, 1062:19, 1064:16, 1064:17, 1066:18, 1067:11, 1068:18, 1075:21, 1076:8, 1076:16, 1076:20, 1077:4, 1077:10, 1078:11, 1078:16, 1078:24, 1079:11, 1079:23, 1081:1, 1081:2, 1081:14, 1081:25, 1082:14, 1082:25, 1083:12, 1087:20, 1090:20, 1094:2, 1116:18, 1117:11, 1118:4, 1119:22, 1120:3, 1123:4

RIGHT-HAND [1] - 1057:9

RISE [7] - 1043:19, 1044:19, 1055:15, 1056:1, 1056:8, 1068:1, 1101:20

RISES [4] - 1041:13, 1044:8, 1056:12, 1117:21

RISING [3] - 1067:25, 1068:1, 1118:3

RISK [2] - 1073:13, 1088:8

ROAD [3] - 1057:13, 1058:1, 1075:20

ROADS [1] - 1057:24

ROBERT [6] - 1008:2, 1009:8, 1087:11, 1087:21, 1087:25

ROBIN [3] - 1008:11, 1075:13, 1079:20

ROBINSON [7] - 1006:3, 1054:12, 1058:7, 1059:1, 1059:4, 1061:20, 1075:15

ROBINSON'S [2] - 1058:10, 1077:3

ROCK [2] - 1120:16, 1120:18

ROLE [1] - 1089:16

ROLL [2] - 1073:15, 1093:12

ROOM [1] - 1119:17

ROOM [1] - 1008:16

ROOTER [1] -

1103:2

ROTO [1] - 1103:2

ROTO-ROOTER [1] - 1103:2

ROUGE [2] - 1007:10, 1007:17

ROUTINELY [1] - 1031:14

ROY [1] - 1007:1, 1007:2

RPR [2] - 1008:16, 1123:22

RULE [3] - 1026:23, 1026:25, 1122:23

RULED [1] - 1026:17

RULES [1] - 1094:13

RULING [1] - 1123:3

RUN [10] - 1014:17, 1030:25, 1031:4, 1038:16, 1044:8, 1065:6, 1065:12, 1065:17, 1066:2, 1066:10

RUN-UP [6] - 1030:25, 1031:4, 1065:12, 1065:17, 1066:2, 1066:10

RUNS [1] - 1023:25

RUNUP [11] - 1025:6, 1025:14, 1025:20, 1026:2, 1026:5, 1026:8, 1027:3, 1027:4, 1029:16, 1030:15

RUPERT [1] - 1008:10

RUSHING [1] - 1104:14

## S

S [4] - 1008:5, 1008:7, 1010:1, 1068:24

S.W [1] - 1007:13

S1 [1] - 1030:19

SADLY [1] - 1042:10

SAFETY [9] - 1031:6, 1070:17, 1073:13, 1074:18, 1075:4, 1075:5, 1079:14, 1105:1, 1105:3

SAID [17] - 1015:12, 1015:15, 1019:1, 1025:10, 1028:10, 1030:24, 1032:9, 1032:25, 1049:16, 1050:18, 1058:22, 1065:16, 1066:2, 1066:5, 1071:3,

1091:10, 1116:8

SAKE [2] - 1011:13, 1046:22

SALT [1] - 1074:15

SALTWATER [1] - 1098:16

SAME [21] - 1012:16, 1012:20, 1012:21, 1013:11, 1020:22, 1024:12, 1031:9, 1038:15, 1038:24, 1047:24, 1052:22, 1062:22, 1063:11, 1065:24, 1068:24, 1069:8, 1070:20, 1075:1, 1089:18, 1107:1, 1116:7

SAND [1] - 1103:5

SARAH [1] - 1008:11

SAVE [3] - 1042:6, 1042:10, 1096:25

SAW [5] - 1011:3, 1043:16, 1059:1, 1110:20, 1117:7

SAY [25] - 1026:9, 1029:14, 1029:15, 1029:19, 1039:16, 1039:18, 1042:25, 1043:1, 1050:21, 1057:12, 1060:3, 1060:16, 1061:8, 1061:9, 1067:24, 1081:17, 1084:8, 1085:4, 1089:7, 1093:17, 1093:20, 1093:23, 1094:9, 1094:17, 1107:16

SAYING [7] - 1026:16, 1035:19, 1061:11, 1072:23, 1079:17, 1084:4

SAYS [7] - 1083:17, 1083:18, 1083:20, 1084:5, 1091:25, 1092:4, 1095:15

SCALE [11] - 1035:23, 1035:24, 1051:10, 1051:11, 1051:16, 1051:22, 1051:23, 1051:24, 1052:1, 1067:14

SCALED [5] - 1051:6, 1052:24, 1053:3, 1053:4, 1116:2

SCALING [1] - 1051:21

SCATTERED [4] - 1014:16, 1016:5, 1016:15, 1019:14

**SCENARIO** [37] - 1010:12, 1010:21, 1010:22, 1011:1, 1011:5, 1012:9, 1015:1, 1018:24, 1019:7, 1028:13, 1028:14, 1035:15, 1035:20, 1036:19, 1036:22, 1037:9, 1039:12, 1039:17, 1039:18, 1042:7, 1043:6, 1047:11, 1047:12, 1048:8, 1066:15, 1067:15, 1069:24, 1070:2, 1070:11, 1070:12, 1076:18, 1076:22, 1077:9

**SCENARIOS** [16] - 1010:11, 1015:2, 1018:12, 1018:15, 1022:12, 1022:24, 1035:17, 1036:23, 1038:3, 1038:16, 1044:9, 1046:20, 1047:8, 1053:5, 1063:1, 1063:2

**SCIENCE** [1] - 1094:3

**SCOUR** [3] - 1102:12, 1102:14, 1102:15

**SCREEN** [1] - 1054:14

**SCRIPT** [1] - 1097:23

**SCRIPTED** [1] - 1098:3

**SEA** [2] - 1048:4, 1049:2

**SEATED** [3] - 1010:5, 1029:4, 1063:20

**SECOND** [23] - 1035:12, 1035:25, 1036:2, 1036:18, 1036:25, 1037:4, 1037:5, 1039:13, 1039:14, 1039:24, 1043:2, 1044:10, 1048:16, 1049:14, 1051:16, 1051:20, 1055:8, 1064:22, 1068:24, 1075:24, 1087:13, 1087:18, 1122:15

**SECONDLY** [3] - 1074:1, 1074:23, 1100:4

**SECONDS** [2] - 1028:18, 1082:20

**SECTION** [5] - 1064:12, 1083:13, 1107:11, 1111:23, 1112:16

**SEE** [72] - 1012:4, 1013:18, 1013:21, 1014:21, 1017:4, 1017:7, 1017:11, 1018:23, 1019:1, 1019:15, 1019:18, 1020:14, 1020:19, 1020:22, 1020:24, 1021:17, 1022:3, 1022:19, 1022:20, 1023:22, 1023:23, 1024:16, 1024:25, 1027:14, 1034:9, 1035:7, 1035:19, 1038:12, 1038:22, 1039:8, 1039:20, 1042:8, 1044:6, 1044:19, 1045:1, 1045:15, 1046:1, 1046:5, 1046:10, 1046:11, 1046:23, 1047:2, 1047:10, 1047:14, 1048:14, 1053:17, 1056:14, 1056:25, 1057:9, 1057:15, 1057:16, 1057:22, 1057:24, 1058:3, 1058:12, 1058:23, 1064:19, 1065:8, 1076:18, 1077:23, 1079:9, 1079:13, 1080:2, 1083:16, 1085:12, 1087:16, 1093:4, 1111:14, 1115:12, 1115:22

**SEEING** [2] - 1019:2, 1115:21

**SEEMS** [1] - 1065:10

**SEEN** [1] - 1118:20

**SELECTED** [2] - 1047:9, 1088:12

**SENDS** [2] - 1056:3, 1056:5

**SENSE** [5] - 1067:2, 1069:22, 1069:24, 1074:7, 1089:4

**SENSITIVITY** [3] - 1015:20, 1016:23, 1016:25

**SENTENCE** [1] - 1043:2

**SEPARATE** [8] - 1010:12, 1061:7, 1067:19, 1068:20, 1072:15, 1079:4,

1086:24, 1105:1

**SEPARATELY** [1] - 1061:24

**SEQUENCE** [4] - 1057:20, 1058:6, 1058:20, 1099:4

**SERIES** [3] - 1056:14, 1056:23, 1097:19

**SERIOUS** [3] - 1032:1, 1052:15, 1092:12

**SERIOUSLY** [1] - 1092:2

**SESSION** [5] - 1006:9, 1010:3, 1010:5, 1027:17, 1063:20

**SET** [7] - 1010:22, 1030:8, 1040:17, 1056:15, 1087:12, 1104:23, 1105:6

**SETS** [1] - 1049:7

**SETTLED** [1] - 1117:10

**SETTLEMENT** [8] - 1111:1, 1115:10, 1117:3, 1117:9, 1117:21, 1118:9, 1119:10, 1121:11

**SEVEN** [13] - 1017:22, 1035:21, 1035:25, 1036:23, 1039:12, 1044:20, 1057:11, 1066:1, 1066:8, 1066:14, 1110:4, 1110:23, 1111:14

**SEVERAL** [7] - 1025:22, 1059:10, 1088:14, 1096:3, 1103:25, 1106:13, 1119:10

**SEVERE** [1] - 1095:20

**SHALLOW** [4] - 1030:10, 1066:25, 1069:11, 1069:18

**SHAPE** [2] - 1053:6, 1065:8

**SHARE** [2] - 1064:8

**SHARK** [1] - 1054:5

**SHE** [1] - 1095:16

**SHEENA** [1] - 1075:10

**SHEET** [4] - 1077:1, 1077:2, 1087:2, 1115:2

**SHERMAN** [1] - 1006:20

**SHIFT** [1] - 1030:14

**SHIFTS** [2] - 1101:15, 1119:17

**SHIP** [3] - 1057:12, 1073:19

**SHIPS** [2] - 1073:18

**SHOOT** [1] - 1103:15

**SHORE** [1] - 1073:15

**SHORTENED** [1] - 1120:11

**SHORTER** [1] - 1114:11

**SHORTLY** [1] - 1044:23

**SHOTS** [3] - 1057:5, 1058:19, 1058:25

**SHOULD** [17] - 1042:7, 1063:24, 1066:2, 1066:5, 1066:17, 1074:2, 1074:17, 1074:20, 1074:22, 1074:25, 1075:8, 1076:5, 1079:3, 1079:6, 1079:15, 1087:1, 1092:9

**SHOW** [15] - 1018:25, 1027:13, 1043:22, 1049:22, 1051:23, 1058:6, 1072:6, 1072:18, 1072:19, 1072:24, 1076:25, 1113:10, 1116:11, 1116:15, 1119:11

**SHOWED** [2] - 1042:22, 1080:9

**SHOWING** [4] - 1105:16, 1111:23, 1114:24, 1116:20

**SHOWN** [10] - 1018:21, 1035:17, 1043:20, 1051:5, 1056:22, 1105:16, 1105:17, 1105:18, 1115:7, 1119:11

**SHOWS** [8] - 1030:12, 1044:1, 1044:7, 1045:12, 1078:9, 1082:3, 1116:19, 1116:23

**SHRINK** [1] - 1047:20

**SIDE** [31] - 1032:3, 1037:2, 1037:3, 1040:4, 1040:9, 1040:10, 1042:2, 1043:10, 1050:23, 1052:3, 1052:4, 1057:9, 1057:24,

1058:1, 1058:3, 1058:22, 1058:23, 1059:23, 1095:8, 1095:21, 1096:1, 1096:12, 1101:10, 1101:12, 1101:15, 1102:12, 1102:21, 1103:20, 1104:17, 1122:4

**SIGN** [1] - 1118:3

**SIGNIFICANCE** [3] - 1011:18, 1101:25, 1104:9

**SIGNIFICANT** [9] - 1010:21, 1011:10, 1030:7, 1066:14, 1092:18, 1108:6, 1108:7, 1109:1, 1109:9

**SIMILAR** [4] - 1020:14, 1020:24, 1109:5, 1118:20

**SIMPLE** [2] - 1044:13, 1083:20

**SIMPLY** [4] - 1027:4, 1044:13, 1072:6, 1077:15

**SIMS** [1] - 1006:23

**SIMULATED** [1] - 1056:14

**SIMULATION** [2] - 1076:1, 1076:2

**SIMULATIONS** [1] - 1056:16

**SINCE** [6] - 1012:5, 1018:24, 1028:23, 1030:19, 1049:13, 1065:13

**SINK** [1] - 1073:24

**SIR** [46] - 1010:6, 1034:15, 1042:12, 1055:12, 1060:24, 1062:6, 1070:4, 1076:7, 1078:5, 1086:20, 1087:10, 1087:20, 1090:20, 1091:1, 1093:18, 1094:6, 1094:14, 1096:4, 1097:14, 1097:22, 1098:11, 1099:12, 1101:1, 1101:2, 1105:10, 1105:13, 1106:13, 1107:9, 1107:11, 1107:16, 1109:20, 1110:6, 1110:13, 1110:18, 1111:15, 1112:25, 1113:16, 1113:23, 1113:25, 1114:20, 1118:17,

1119:5, 1120:7, 1121:24, 1122:2

**SISYPHUS** [2] - 1120:13, 1121:6

**SISYPHUS'** [1] - 1120:21

**SITE** [5] - 1109:7, 1116:7, 1116:8, 1116:12, 1118:1

**SITTING** [2] - 1117:16, 1117:17

**SITUATION** [1] - 1066:22

**SIX** [8] - 1011:6, 1017:18, 1017:24, 1036:5, 1036:7, 1036:23, 1057:6, 1068:17

**SIXTEEN** [2] - 1116:14, 1116:15

**SIZE** [12] - 1013:2, 1017:9, 1017:14, 1020:14, 1022:2, 1024:7, 1030:22, 1046:19, 1047:20, 1064:24, 1065:1, 1068:2

**SIZED** [1] - 1068:2

**SIZES** [4] - 1015:4, 1018:21, 1061:23, 1062:1

**SKETCH** [1] - 1064:10

**SKIP** [1] - 1019:20

**SLEEP** [2] - 1088:16, 1114:17

**SLIDE** [16] - 1078:7, 1080:22, 1098:11, 1100:24, 1105:12, 1105:13, 1113:25, 1114:19, 1115:17, 1115:20, 1116:5, 1116:6, 1118:16, 1121:24

**SLIDES** [4] - 1065:22, 1077:23, 1087:12, 1097:19

**SLIGHT** [1] - 1052:13

**SLIGHTLY** [4] - 1010:11, 1015:4, 1039:22, 1039:23

**SLOPE** [2] - 1049:11, 1065:5

**SLOW** [1] - 1068:4

**SMALL** [9] - 1015:13, 1015:17, 1022:9, 1036:5, 1047:23, 1053:16, 1054:19, 1054:20

**SMALLER** [4] -

1018:3, 1045:3, 1047:19, 1057:4

**SMALLS** [1] - 1030:11

**SMITH** [90] - 1008:11, 1010:6, 1010:8, 1010:13, 1010:19, 1011:17, 1011:18, 1012:4, 1012:6, 1022:11, 1023:5, 1026:5, 1026:10, 1026:15, 1026:17, 1026:25, 1027:10, 1027:25, 1028:20, 1029:1, 1029:5, 1030:3, 1030:4, 1033:19, 1034:3, 1034:16, 1034:18, 1034:21, 1034:23, 1035:22, 1036:12, 1036:16, 1036:17, 1037:25, 1038:7, 1039:6, 1039:24, 1040:2, 1042:13, 1043:15, 1043:24, 1044:4, 1048:8, 1048:10, 1048:13, 1049:17, 1050:5, 1050:6, 1050:17, 1051:3, 1052:1, 1052:6, 1052:9, 1053:23, 1054:3, 1054:3, 1054:6, 1054:18, 1054:22, 1055:10, 1055:13, 1058:15, 1058:18, 1061:2, 1061:13, 1061:15, 1062:4, 1062:8, 1062:10, 1062:14, 1062:18, 1062:20, 1063:15, 1064:3, 1070:10, 1070:19, 1073:5, 1073:7, 1075:15, 1076:10, 1077:11, 1077:18, 1077:21, 1082:15, 1083:23, 1084:6, 1084:20, 1084:22, 1087:5, 1087:6

**SMITH** [1] - 1009:5

**SMITH'S** [1] - 1079:3

**SO** [146] - 1011:18, 1011:25, 1012:7, 1012:15, 1012:22, 1013:2, 1013:12, 1014:11, 1014:15, 1015:4, 1015:12, 1015:15, 1015:18, 1015:24, 1016:10,

1016:17, 1016:25, 1017:7, 1018:5, 1018:8, 1019:7, 1019:17, 1019:23, 1021:18, 1021:23, 1021:25, 1022:8, 1022:21, 1023:6, 1025:25, 1028:14, 1028:18, 1028:20, 1030:12, 1031:4, 1032:5, 1032:17, 1032:19, 1033:1, 1033:3, 1033:16, 1034:1, 1035:6, 1035:11, 1036:3, 1036:8, 1036:18, 1038:6, 1041:5, 1041:6, 1041:9, 1041:13, 1041:21, 1042:12, 1043:5, 1044:2, 1044:5, 1044:17, 1045:15, 1046:6, 1047:14, 1047:19, 1048:1, 1048:20, 1050:14, 1050:24, 1051:22, 1051:23, 1052:19, 1052:20, 1052:22, 1052:23, 1053:16, 1053:19, 1057:22, 1058:23, 1059:14, 1060:11, 1062:1, 1063:10, 1064:15, 1064:20, 1064:22, 1065:11, 1065:25, 1066:5, 1066:12, 1066:17, 1066:21, 1066:22, 1067:2, 1067:6, 1067:15, 1067:20, 1067:25, 1068:16, 1068:20, 1069:1, 1069:3, 1069:8, 1069:16, 1069:21, 1069:23, 1070:5, 1071:15, 1071:16, 1073:15, 1073:18, 1073:23, 1074:7, 1075:7, 1075:12, 1077:23, 1078:14, 1079:7, 1079:24, 1080:2, 1080:13, 1081:11, 1082:18, 1084:8, 1084:18, 1085:1, 1089:4, 1091:4, 1091:10, 1095:9, 1096:9, 1096:17, 1097:10, 1097:14, 1102:6, 1105:3, 1111:8, 1113:20, 1115:24, 1117:2,

1118:3, 1118:4, 1119:16, 1119:19, 1120:2, 1120:11

**SOBEK** [1] - 1081:8

**SOFT** [1] - 1092:23

**SOIL** [2] - 1109:6, 1115:5

**SOILEAU** [1] - 1065:24

**SOILS** [1] - 1119:8

**SOJA** [1] - 1008:11

**SOLDIERS** [2] - 1104:14, 1104:16

**SOME** [35] - 1010:9, 1012:15, 1014:19, 1015:22, 1016:25, 1017:2, 1019:14, 1020:25, 1034:5, 1040:12, 1040:20, 1045:10, 1046:15, 1050:11, 1051:24, 1054:9, 1056:6, 1056:25, 1057:15, 1063:2, 1064:4, 1068:3, 1073:22, 1073:24, 1074:1, 1076:14, 1086:7, 1086:17, 1094:6, 1094:22, 1104:4, 1107:12, 1108:18, 1112:24, 1119:18

**SOMEONE** [2] - 1050:20, 1077:15

**SOMETHING** [16] - 1028:24, 1031:14, 1042:11, 1049:4, 1049:20, 1052:17, 1053:18, 1057:2, 1072:23, 1072:24, 1086:16, 1087:14, 1092:22, 1107:20, 1118:20, 1119:24

**SOMETIME** [1] - 1059:2

**SOMETIMES** [3] - 1064:16, 1101:17, 1108:3

**SOMEWHERE** [2] - 1022:16, 1114:11

**SONG** [1] - 1059:9

**SOON** [1] - 1065:4

**SORRY** [14] - 1019:22, 1026:10, 1034:20, 1036:12, 1044:7, 1062:14, 1062:16, 1075:25, 1080:14, 1086:2, 1093:13, 1116:5, 1118:8, 1120:24

**SORT** [6] - 1044:2,

1054:8, 1069:12, 1101:4, 1110:6, 1116:8

**SOUNDED** [1] - 1026:11

**SOURCES** [2] - 1075:16, 1075:21

**SOUTH** [1] - 1006:14

**SOUTH** [2] - 1096:2, 1097:7

**SPEAK** [3] - 1050:1, 1096:5, 1096:7

**SPEAKING** [5] - 1029:9, 1069:1, 1078:20, 1093:22, 1103:21

**SPECIALIST** [2] - 1022:19, 1088:7

**SPECIFIC** [2] - 1013:22, 1052:2

**SPECIFICALLY** [3] - 1045:15, 1052:3, 1052:6

**SPECIFICATIONS** [1] - 1100:16

**SPEED** [2] - 1068:5, 1068:10

**SPELL** [1] - 1087:24

**SPENT** [4] - 1070:10, 1088:16, 1089:8, 1091:23

**SPH** [2] - 1104:20, 1105:5

**SPOIL** [2] - 1098:18, 1121:14

**SPOT** [2] - 1087:3, 1104:13

**SPOTS** [1] - 1104:13

**SPREADS** [2] - 1056:9, 1056:10

**SPRINGS** [1] - 1007:13

**SQUARE** [6] - 1011:24, 1012:19, 1012:22, 1012:23, 1013:9, 1021:24

**SQUARED** [1] - 1012:18

**SQUARES** [3] - 1011:25, 1021:22, 1021:23

**SQUEEZE** [1] - 1120:2

**SQUEEZES** [1] - 1119:20

**SQUEEZING** [10] - 1092:22, 1093:3, 1093:5, 1108:25, 1119:12, 1119:25, 1120:1, 1120:11

**SR** [1] - 1008:12

**ST** [5] - 1080:7, 1080:11, 1088:19, 1090:13, 1105:15

**ST** [5] - 1006:17, 1006:21, 1007:3, 1007:6, 1007:24

**STABILITY** [4] - 1031:6, 1073:23, 1108:21, 1109:4

**STABLE** [2] - 1033:15, 1033:16

**STAND** [2] - 1083:14, 1098:5

**STANDARD** [2] - 1104:19, 1104:20

**STANDS** [1] - 1094:12

**STANWOOD** [1] - 1006:8

**START** [5] - 1027:17, 1043:9, 1065:5, 1108:11, 1119:7

**STARTED** [7] - 1015:12, 1028:9, 1047:15, 1080:7, 1080:10, 1080:24, 1081:11

**STARTING** [3] - 1040:11, 1082:3, 1122:4

**STARTS** [7] - 1057:13, 1057:18, 1067:8, 1068:15, 1068:16, 1081:22

**STATE** [5] - 1086:7, 1087:23, 1110:17, 1113:10

**STATED** [1] - 1099:1

**STATES** [8] - 1006:1, 1006:6, 1006:9, 1065:23, 1083:15, 1088:11, 1100:13, 1123:12

**STATION** [1] - 1008:13

**STATIONS** [1] - 1104:2

**STENOGRAPHY** [1] - 1008:19

**STEPS** [3] - 1053:15, 1053:16, 1053:17

**STEVENS** [7] - 1007:18, 1007:19, 1086:10, 1086:19, 1086:21, 1087:1, 1087:8

**STICK** [1] - 1050:2

**STICKY** [1] - 1107:25

**STILL** [13] - 1015:24,

1031:3, 1033:2, 1033:4, 1033:12, 1033:13, 1033:25, 1034:1, 1034:2, 1041:14, 1044:14, 1058:22, 1068:3

**STIPULATE** [1] - 1096:11

**STIPULATION** [3] - 1096:15, 1096:22, 1096:24

**STONE** [15] - 1008:12, 1090:16, 1090:22, 1091:8, 1091:16, 1094:15, 1096:5, 1096:15, 1097:23, 1110:8, 1110:13, 1113:1, 1113:15, 1114:14, 1122:17

**STONE** [1] - 1009:10

**STOP** [1] - 1065:13

**STOPPED** [1] - 1059:14

**STORM** [7] - 1040:22, 1067:25, 1068:1, 1068:3, 1068:4, 1068:6, 1099:3

**STRAIGHT** [3] - 1013:3, 1013:5, 1039:25

**STREET** [5] - 1006:14, 1007:9, 1007:16, 1008:3, 1008:16

**STRENGTH** [1] - 1105:2

**STRESSES** [2] - 1100:5, 1101:6

**STRETCH** [3] - 1015:17, 1022:8, 1108:7

**STRICTLY** [1] - 1029:9

**STRIKE** [2] - 1025:2, 1029:8

**STRIKING** [1] - 1032:11

**STRONG** [1] - 1053:1

**STRONGLY** [1] - 1046:12

**STRUCTURE** [14] - 1049:9, 1073:13, 1073:23, 1074:4, 1102:3, 1102:5, 1102:9, 1102:25, 1104:13, 1105:2, 1106:23, 1111:24,

1117:10, 1122:8

**STRUCTURES** [30] - 1049:2, 1074:9, 1085:19, 1089:16, 1090:4, 1092:5, 1092:23, 1095:5, 1098:20, 1099:2, 1099:7, 1099:11, 1099:17, 1100:18, 1101:7, 1101:13, 1101:22, 1102:3, 1102:7, 1102:22, 1103:9, 1105:16, 1105:17, 1105:18, 1106:21, 1109:10, 1116:9, 1119:9, 1119:19

**STUCK** [1] - 1072:2

**STUDIED** [3] - 1048:25, 1050:21, 1086:4

**STUDIES** [4] - 1061:18, 1068:21, 1079:21, 1089:2

**STUDY** [21] - 1013:19, 1013:22, 1015:11, 1015:19, 1015:20, 1016:23, 1016:25, 1018:13, 1022:19, 1023:10, 1033:21, 1048:20, 1048:22, 1049:16, 1067:23, 1074:2, 1088:11, 1088:12, 1106:20, 1109:5, 1115:3

**STUDYING** [1] - 1091:23

**STUFF** [3] - 1080:3, 1082:13, 1100:23

**SUBJECT** [3] - 1059:16, 1073:9, 1097:4

**SUBROGATED** [1] - 1007:22

**SUBSIDENCE** [9] - 1093:10, 1093:14, 1093:19, 1093:22, 1093:24, 1098:22, 1113:13, 1122:6, 1122:10

**SUBSTANTIAL** [5] - 1059:22, 1060:20, 1061:4, 1090:3, 1111:10

**SUBTERRANEAN** [1] - 1099:10

**SUCH** [8] - 1021:11, 1025:12, 1026:23, 1052:18, 1053:4,

1057:25, 1064:13, 1106:15

**SUCK** [1] - 1069:12

**SUCKED** [1] - 1043:13

**SUCKING** [1] - 1070:1

**SUDDEN** [1] - 1055:15

**SUGGEST** [1] - 1084:12

**SUGGESTED** [1] - 1077:19

**SUGGESTS** [1] - 1085:7

**SUITE** [4] - 1006:14, 1006:24, 1007:6, 1008:3

**SUMMARIZE** [3] - 1098:14, 1110:17, 1110:20

**SUMMARIZED** [1] - 1098:11

**SUMMARY** [4] - 1086:23, 1088:3, 1110:6, 1114:10

**SUPPLEMENTAL** [2] - 1010:22, 1054:18

**SUPPORTS** [1] - 1114:24

**SUPPOSED** [1] - 1115:22

**SURE** [9] - 1012:3, 1014:19, 1030:17, 1036:9, 1054:19, 1082:18, 1091:1, 1111:20, 1113:17

**SURFACE** [3] - 1032:16, 1032:20, 1122:16

**SURGE** [45] - 1028:11, 1032:6, 1032:11, 1033:24, 1033:25, 1041:11, 1041:13, 1041:14, 1044:7, 1044:17, 1044:22, 1045:6, 1046:15, 1046:18, 1056:3, 1059:20, 1059:25, 1060:17, 1060:20, 1060:23, 1061:4, 1061:7, 1064:11, 1064:20, 1067:13, 1067:14, 1067:21, 1068:11, 1068:15, 1068:16, 1076:18, 1078:15, 1078:16, 1090:1, 1090:2, 1095:14, 1095:22, 1098:18,

1099:8, 1100:9, 1101:9, 1101:14, 1115:8, 1115:9

**SURGES** [1] - 1046:19

**SURGING** [1] - 1056:5

**SURPRISED** [1] - 1017:14

**SURROUNDING** [1] - 1105:15

**SURVEY** [2] - 1111:22, 1122:12

**SUSPEND** [1] - 1102:16

**SWAMPS** [1] - 1098:16

**SWAN** [2] - 1025:7, 1030:10

**SWIM** [1] - 1033:7

**SWORN** [1] - 1087:21

**SYNOPSIZED** [1] - 1085:20

**SYSTEM** [7] - 1095:13, 1095:17, 1101:1, 1104:18, 1104:25, 1105:6, 1105:15

**SYSTEMS** [1] - 1101:11

# T

**T** [1] - 1007:23

**TABLE** [5] - 1011:4, 1012:7, 1031:18, 1045:11, 1045:12

**TABLES** [3] - 1017:4, 1030:6, 1031:19

**TABULATIONS** [1] - 1086:23

**TAHEERAH** [1] - 1008:7

**TAKE** [22] - 1017:12, 1020:6, 1021:1, 1021:3, 1021:6, 1022:6, 1025:7, 1025:13, 1028:25, 1029:15, 1030:24, 1031:4, 1036:7, 1042:25, 1048:3, 1062:7, 1063:17, 1078:4, 1082:20, 1086:17, 1107:15, 1121:12

**TAKEN** [7] - 1015:8, 1029:2, 1063:18, 1074:25, 1109:3, 1112:1, 1123:6

**TAKES** [3] - 1024:3, 1081:21, 1107:9

**TAKING** [3] - 1010:24, 1016:20, 1027:20

**TALK** [4] - 1046:18, 1046:19, 1050:12, 1093:21

**TALKED** [1] - 1017:16

**TALKING** [11] - 1027:2, 1030:19, 1031:24, 1036:10, 1048:7, 1048:8, 1070:10, 1089:3, 1093:13, 1093:14, 1100:23

**TAN** [20] - 1014:12, 1014:16, 1014:18, 1015:9, 1016:5, 1016:12, 1016:20, 1017:12, 1018:17, 1019:4, 1019:5, 1019:14, 1019:21, 1019:23, 1020:13, 1021:16, 1021:17, 1021:20, 1023:6, 1023:22

**TASTE** [1] - 1037:18

**TAXPAYER** [1] - 1119:22

**TEAM** [9] - 1016:3, 1022:13, 1061:20, 1076:11, 1087:14, 1088:15, 1099:24, 1100:5, 1118:19

**TEAMS** [1] - 1088:14

**TEARING** [1] - 1104:17

**TECH** [1] - 1109:18

**TECHNICAL** [3] - 1109:22, 1110:10, 1110:16

**TELL** [16] - 1028:5, 1031:2, 1053:7, 1062:8, 1071:14, 1071:19, 1072:5, 1088:20, 1102:14, 1112:6, 1112:8, 1114:24, 1119:5, 1120:21, 1122:15, 1122:23

**TELLING** [2] - 1060:25, 1079:12

**TEN** [8] - 1028:25, 1044:9, 1056:4, 1059:2, 1062:7, 1063:17, 1068:16, 1082:20

**TEND** [2] - 1030:9,

1030:11

**TENDER** [1] - 1090:18

**TENDERED** [2] - 1050:25, 1088:8

**TENTH** [1] - 1052:21

**TENTHS** [2] - 1051:13, 1051:17

**TENURED** [1] - 1088:6

**TERM** [3] - 1026:20, 1103:8

**TERMINAL** [1] - 1075:20

**TERMINATION** [1] - 1044:12

**TERMS** [9] - 1014:11, 1023:16, 1031:24, 1101:5, 1101:10, 1115:17, 1116:8, 1116:9, 1121:8

**TERRAIN** [1] - 1075:3

**TESTED** [1] - 1040:10

**TESTIFIED** [10] - 1031:23, 1040:16, 1044:12, 1055:11, 1055:14, 1059:19, 1077:12, 1087:21, 1096:16, 1118:21

**TESTIFY** [5] - 1050:25, 1051:1, 1085:18, 1089:8, 1089:21

**TESTIMONY** [11] - 1028:1, 1030:21, 1050:8, 1068:15, 1083:15, 1085:22, 1086:12, 1086:22, 1088:3, 1096:17, 1105:9

**THAN** [36] - 1011:6, 1013:3, 1017:19, 1022:25, 1023:23, 1024:19, 1024:21, 1026:20, 1027:3, 1027:4, 1028:6, 1028:13, 1030:7, 1030:23, 1037:6, 1037:14, 1039:12, 1045:3, 1054:25, 1061:11, 1066:14, 1067:1, 1067:12, 1067:15, 1069:4, 1073:4, 1074:7, 1078:4, 1079:8, 1086:12, 1089:8, 1094:3, 1096:19,

1105:18, 1121:1, 1122:9

**THANK** [35] - 1023:4, 1029:1, 1029:4, 1030:3, 1034:22, 1053:22, 1055:9, 1062:4, 1062:6, 1062:10, 1063:15, 1070:4, 1073:4, 1075:9, 1075:12, 1076:7, 1076:8, 1077:18, 1083:8, 1084:17, 1085:15, 1085:24, 1086:5, 1087:6, 1087:8, 1094:2, 1098:9, 1104:8, 1110:13, 1113:16, 1113:23, 1113:24, 1116:1, 1118:6, 1118:14

**THANKS** [1] - 1066:12

**THAT** [484] - 1010:10, 1010:12, 1011:1, 1011:4, 1011:9, 1011:14, 1011:15, 1011:18, 1012:3, 1012:5, 1012:13, 1012:15, 1012:25, 1013:3, 1013:22, 1014:1, 1014:5, 1014:16, 1014:21, 1015:9, 1015:11, 1015:23, 1015:25, 1016:1, 1016:4, 1016:15, 1016:20, 1016:21, 1016:22, 1016:24, 1017:8, 1017:11, 1017:14, 1017:16, 1018:5, 1018:13, 1018:23, 1019:2, 1019:21, 1021:13, 1021:18, 1021:20, 1021:25, 1022:4, 1022:5, 1022:22, 1022:23, 1023:7, 1023:12, 1023:22, 1024:3, 1024:4, 1024:16, 1024:21, 1025:1, 1025:2, 1025:4, 1025:13, 1025:16, 1025:18, 1025:21, 1026:7, 1026:10, 1026:12, 1026:13, 1026:19, 1027:2, 1027:8, 1027:14, 1027:24, 1028:9, 1028:12, 1028:14, 1029:7, 1029:8, 1029:12,

1029:15, 1029:16, 1029:20, 1029:21, 1030:5, 1030:8, 1030:12, 1030:13, 1030:21, 1030:25, 1031:9, 1031:10, 1031:12, 1031:14, 1031:17, 1031:18, 1031:25, 1032:16, 1033:4, 1033:5, 1033:6, 1033:8, 1034:4, 1034:13, 1034:15, 1034:17, 1035:2, 1035:4, 1035:6, 1035:8, 1035:9, 1035:19, 1035:20, 1037:1, 1037:2, 1037:4, 1037:7, 1037:12, 1038:12, 1039:4, 1039:8, 1039:9, 1039:15, 1039:20, 1040:3, 1040:8, 1040:16, 1040:17, 1040:18, 1040:21, 1040:23, 1041:1, 1041:6, 1041:17, 1041:19, 1041:22, 1042:12, 1042:18, 1042:21, 1043:1, 1043:12, 1043:13, 1043:16, 1043:18, 1043:20, 1043:21, 1044:8, 1044:22, 1045:2, 1045:3, 1045:6, 1045:25, 1046:1, 1046:5, 1046:6, 1047:6, 1047:7, 1047:15, 1047:16, 1047:23, 1048:1, 1048:4, 1048:14, 1048:15, 1048:18, 1048:23, 1048:25, 1049:4, 1049:7, 1049:9, 1049:13, 1049:14, 1049:18, 1049:19, 1049:20, 1050:8, 1050:9, 1050:24, 1050:25, 1051:4, 1051:8, 1051:16, 1051:19, 1051:23, 1051:24, 1052:13, 1052:15, 1052:18, 1052:19, 1052:23, 1053:4, 1053:5, 1053:6, 1053:14, 1053:16, 1054:14, 1054:24, 1055:15, 1055:21, 1055:23, 1056:1, 1056:3,

1056:4, 1056:7, 1056:8, 1056:11, 1056:14, 1056:20, 1057:6, 1057:18, 1058:1, 1058:3, 1058:14, 1058:15, 1058:23, 1059:2, 1059:3, 1059:5, 1059:19, 1059:22, 1059:25, 1060:3, 1060:5, 1060:6, 1060:7, 1060:9, 1060:16, 1060:19, 1060:20, 1060:22, 1061:3, 1061:11, 1061:17, 1062:1, 1062:8, 1062:21, 1063:1, 1063:7, 1063:10, 1063:25, 1064:4, 1064:9, 1064:14, 1064:16, 1064:20, 1065:6, 1065:9, 1065:16, 1065:19, 1065:24, 1066:2, 1066:3, 1066:15, 1066:18, 1066:22, 1066:25, 1067:2, 1067:3, 1067:5, 1067:7, 1067:19, 1068:11, 1068:15, 1068:22, 1069:19, 1069:20, 1069:21, 1069:22, 1070:7, 1070:11, 1070:12, 1070:21, 1071:19, 1072:1, 1072:2, 1072:7, 1072:15, 1072:16, 1072:19, 1072:21, 1073:23, 1074:7, 1074:12, 1074:14, 1074:18, 1074:19, 1074:20, 1074:25, 1075:1, 1075:2, 1075:4, 1075:8, 1075:17, 1075:21, 1076:5, 1076:11, 1076:18, 1076:25, 1077:4, 1077:14, 1077:21, 1078:3, 1078:4, 1078:15, 1078:21, 1078:22, 1079:5, 1079:6, 1080:6, 1080:13, 1080:22, 1080:23, 1081:8, 1081:11, 1081:22, 1082:2, 1082:4, 1082:7, 1082:13, 1083:15, 1084:12, 1084:15, 1084:22, 1084:23,

| | | | | |
|---|---|---|---|---|
| 1085:7, 1085:13, 1085:22, 1086:4, 1087:2, 1088:20, 1089:3, 1089:5, 1089:22, 1089:25, 1090:2, 1090:5, 1090:19, 1091:1, 1091:8, 1091:12, 1091:25, 1092:1, 1092:4, 1092:5, 1092:8, 1092:9, 1092:10, 1092:11, 1093:2, 1093:7, 1093:15, 1093:16, 1094:8, 1094:12, 1094:19, 1094:24, 1095:4, 1095:7, 1095:15, 1095:16, 1095:17, 1095:21, 1096:12, 1096:15, 1096:16, 1096:21, 1097:2, 1097:4, 1097:24, 1098:3, 1098:12, 1099:7, 1099:15, 1099:19, 1099:21, 1100:14, 1100:17, 1100:18, 1100:19, 1100:21, 1100:23, 1101:17, 1102:20, 1102:23, 1103:16, 1103:17, 1103:18, 1104:9, 1104:11, 1104:22, 1104:24, 1105:1, 1105:5, 1105:9, 1105:20, 1105:23, 1106:14, 1107:8, 1107:16, 1107:17, 1107:23, 1108:5, 1108:18, 1108:23, 1109:4, 1109:8, 1109:20, 1110:1, 1110:2, 1110:8, 1110:21, 1110:23, 1111:4, 1112:15, 1112:25, 1113:2, 1113:3, 1113:6, 1113:18, 1113:21, 1114:2, 1114:17, 1115:2, 1115:3, 1115:5, 1115:7, 1115:19, 1115:24, 1116:6, 1116:11, 1116:15, 1116:16, 1117:5, 1117:9, 1117:15, 1118:6, 1118:8, 1118:11, 1118:18, 1118:21, 1119:10, 1119:16, 1119:25, 1120:5, 1120:19, 1120:20, | 1120:25, 1121:3, 1121:10, 1121:16, 1122:5, 1122:18, 1122:20, 1122:24, 1122:25, 1123:14 **THAT'S** [106] - 1010:15, 1011:16, 1012:1, 1013:17, 1014:8, 1014:10, 1016:2, 1016:14, 1018:8, 1018:24, 1019:21, 1022:25, 1023:13, 1026:8, 1026:20, 1026:22, 1026:23, 1027:6, 1029:9, 1029:17, 1031:7, 1031:14, 1032:14, 1034:13, 1035:1, 1035:5, 1035:14, 1040:17, 1040:19, 1042:7, 1042:21, 1042:23, 1045:6, 1045:9, 1046:3, 1046:11, 1046:21, 1047:9, 1049:1, 1049:4, 1050:12, 1050:15, 1051:5, 1051:21, 1052:6, 1055:1, 1056:15, 1057:2, 1060:10, 1065:5, 1065:20, 1066:4, 1066:22, 1066:23, 1067:13, 1067:22, 1070:5, 1071:1, 1071:6, 1071:9, 1071:22, 1072:8, 1072:12, 1073:3, 1077:17, 1079:1, 1079:17, 1079:22, 1080:25, 1081:12, 1082:6, 1082:17, 1084:7, 1084:8, 1085:14, 1087:5, 1091:14, 1092:2, 1092:14, 1095:3, 1095:8, 1095:18, 1096:19, 1097:5, 1100:24, 1103:7, 1105:16, 1105:24, 1108:13, 1109:17, 1109:21, 1109:22, 1112:11, 1114:18, 1115:14, 1115:16, 1115:25, 1116:3, 1119:7, 1119:11, 1120:4, 1122:14, 1122:21 **THE** [1911] - 1006:8, 1006:13, 1006:19, 1007:5, 1007:22, | 1008:5, 1009:2, 1010:5, 1010:6, 1010:9, 1010:11, 1010:12, 1010:15, 1010:17, 1010:20, 1010:24, 1011:4, 1011:7, 1011:10, 1011:13, 1011:14, 1011:15, 1011:16, 1011:18, 1011:19, 1011:20, 1011:21, 1011:22, 1011:24, 1011:25, 1012:1, 1012:3, 1012:7, 1012:13, 1012:14, 1012:16, 1012:17, 1012:18, 1012:19, 1012:21, 1012:22, 1012:23, 1013:2, 1013:4, 1013:5, 1013:9, 1013:12, 1013:13, 1013:16, 1013:18, 1013:21, 1013:22, 1013:23, 1013:25, 1014:1, 1014:3, 1014:4, 1014:5, 1014:6, 1014:8, 1014:11, 1014:12, 1014:13, 1014:15, 1014:16, 1014:18, 1014:20, 1014:22, 1014:23, 1015:2, 1015:6, 1015:7, 1015:8, 1015:9, 1015:11, 1015:13, 1015:14, 1015:15, 1015:22, 1015:23, 1015:25, 1016:1, 1016:4, 1016:8, 1016:12, 1016:15, 1016:17, 1016:20, 1016:22, 1016:25, 1017:1, 1017:2, 1017:3, 1017:4, 1017:5, 1017:8, 1017:9, 1017:11, 1017:12, 1017:13, 1017:14, 1017:16, 1017:18, 1018:3, 1018:6, 1018:8, 1018:9, 1018:10, 1018:12, 1018:13, 1018:17, 1018:18, 1018:19, 1018:21, 1019:2, 1019:3, 1019:4, 1019:5, 1019:7, 1019:8, 1019:13, 1019:14, 1019:17, 1019:20, 1019:21, 1019:22, 1019:23, | 1019:24, 1019:25, 1020:2, 1020:3, 1020:9, 1020:10, 1020:13, 1020:14, 1020:15, 1020:16, 1020:18, 1020:19, 1020:20, 1020:22, 1021:1, 1021:3, 1021:4, 1021:6, 1021:7, 1021:8, 1021:11, 1021:12, 1021:13, 1021:14, 1021:16, 1021:17, 1021:19, 1021:20, 1021:23, 1021:25, 1022:2, 1022:4, 1022:5, 1022:6, 1022:8, 1022:9, 1022:10, 1022:11, 1022:13, 1022:14, 1022:15, 1022:16, 1022:17, 1022:19, 1022:22, 1022:24, 1022:25, 1023:2, 1023:4, 1023:6, 1023:9, 1023:15, 1023:16, 1023:17, 1023:22, 1023:24, 1024:4, 1024:7, 1024:11, 1024:12, 1024:14, 1024:16, 1024:17, 1024:18, 1024:23, 1024:24, 1025:1, 1025:2, 1025:3, 1025:4, 1025:5, 1025:7, 1025:8, 1025:13, 1025:19, 1025:22, 1025:23, 1025:24, 1026:2, 1026:3, 1026:5, 1026:7, 1026:8, 1026:12, 1026:13, 1026:16, 1026:17, 1026:19, 1026:21, 1026:22, 1027:1, 1027:2, 1027:4, 1027:5, 1027:7, 1027:8, 1027:12, 1027:16, 1027:17, 1027:19, 1027:20, 1027:21, 1028:1, 1028:2, 1028:5, 1028:6, 1028:7, 1028:8, 1028:9, 1028:10, 1028:11, 1028:13, 1028:15, 1028:17, 1028:21, 1028:22, 1028:25, 1029:4, 1029:6, 1029:7, 1029:8, 1029:11, | 1029:12, 1029:15, 1029:16, 1029:17, 1029:20, 1029:23, 1029:24, 1030:1, 1030:5, 1030:6, 1030:7, 1030:8, 1030:11, 1030:12, 1030:14, 1030:15, 1030:16, 1030:21, 1030:22, 1030:24, 1031:1, 1031:2, 1031:3, 1031:5, 1031:6, 1031:8, 1031:9, 1031:18, 1031:19, 1031:22, 1032:2, 1032:3, 1032:6, 1032:7, 1032:9, 1032:11, 1032:12, 1032:14, 1032:15, 1032:16, 1032:19, 1032:20, 1032:22, 1032:24, 1033:1, 1033:2, 1033:3, 1033:4, 1033:5, 1033:6, 1033:7, 1033:8, 1033:10, 1033:11, 1033:13, 1033:14, 1033:15, 1033:16, 1033:17, 1033:18, 1033:25, 1034:2, 1034:5, 1034:6, 1034:7, 1034:10, 1034:15, 1034:16, 1034:17, 1034:19, 1034:20, 1034:22, 1034:24, 1035:2, 1035:7, 1035:11, 1035:17, 1035:18, 1035:20, 1035:21, 1035:23, 1036:4, 1036:5, 1036:6, 1036:9, 1036:10, 1036:13, 1036:14, 1036:15, 1036:23, 1037:1, 1037:2, 1037:3, 1037:12, 1037:16, 1037:17, 1037:18, 1037:20, 1037:22, 1037:24, 1038:1, 1038:4, 1038:5, 1038:6, 1038:8, 1038:15, 1038:19, 1038:20, 1038:23, 1038:24, 1039:1, 1039:2, 1039:3, 1039:5, 1039:7, 1039:16, 1039:20, 1039:24, 1040:4, 1040:8, 1040:9, 1040:10, |

| | | | | |
|---|---|---|---|---|
| 1040:12, 1040:13, 1040:15, 1040:16, 1040:17, 1040:18, 1040:22, 1040:23, 1041:2, 1041:9, 1041:10, 1041:11, 1041:12, 1041:13, 1041:14, 1041:17, 1041:19, 1041:23, 1041:25, 1042:1, 1042:2, 1042:3, 1042:7, 1042:8, 1042:9, 1042:11, 1042:14, 1042:15, 1042:17, 1042:18, 1042:19, 1042:21, 1042:23, 1042:25, 1043:1, 1043:2, 1043:3, 1043:8, 1043:9, 1043:10, 1043:11, 1043:12, 1043:13, 1043:16, 1043:17, 1043:18, 1043:19, 1043:20, 1043:23, 1043:24, 1043:25, 1044:5, 1044:6, 1044:7, 1044:8, 1044:9, 1044:12, 1044:13, 1044:14, 1044:17, 1044:19, 1044:22, 1044:23, 1045:1, 1045:2, 1045:3, 1045:6, 1045:7, 1045:9, 1045:11, 1045:12, 1045:15, 1045:20, 1045:25, 1046:4, 1046:7, 1046:12, 1046:16, 1046:18, 1046:19, 1046:20, 1046:22, 1046:24, 1046:25, 1047:2, 1047:6, 1047:8, 1047:9, 1047:11, 1047:12, 1047:14, 1047:16, 1047:19, 1047:20, 1047:23, 1048:1, 1048:2, 1048:3, 1048:7, 1048:9, 1048:10, 1048:11, 1048:12, 1048:14, 1049:1, 1049:8, 1049:11, 1049:13, 1049:14, 1049:16, 1049:24, 1050:2, 1050:3, 1050:6, 1050:8, 1050:10, 1050:13, 1050:15, 1050:18, 1050:20, 1050:21, 1050:22, | 1050:23, 1051:10, 1051:11, 1051:21, 1051:24, 1052:1, 1052:3, 1052:8, 1052:11, 1052:12, 1052:13, 1052:14, 1052:18, 1052:20, 1052:21, 1052:22, 1053:2, 1053:3, 1053:4, 1053:5, 1053:6, 1053:7, 1053:8, 1053:10, 1053:11, 1053:12, 1053:13, 1053:15, 1053:17, 1053:18, 1053:21, 1053:22, 1053:24, 1053:25, 1054:2, 1054:3, 1054:5, 1054:8, 1054:10, 1054:11, 1054:12, 1054:14, 1054:16, 1054:17, 1054:18, 1054:23, 1054:24, 1054:25, 1055:1, 1055:2, 1055:3, 1055:4, 1055:5, 1055:6, 1055:7, 1055:8, 1055:9, 1055:12, 1055:16, 1055:17, 1055:19, 1055:21, 1055:23, 1056:1, 1056:2, 1056:3, 1056:7, 1056:9, 1056:10, 1056:11, 1056:12, 1056:13, 1056:14, 1056:15, 1056:19, 1056:22, 1056:25, 1057:1, 1057:2, 1057:3, 1057:5, 1057:7, 1057:9, 1057:12, 1057:13, 1057:14, 1057:16, 1057:17, 1057:20, 1057:21, 1057:22, 1057:24, 1057:25, 1058:1, 1058:3, 1058:4, 1058:6, 1058:7, 1058:17, 1058:19, 1058:20, 1058:22, 1058:23, 1058:25, 1059:1, 1059:2, 1059:3, 1059:4, 1059:9, 1059:12, 1059:17, 1059:20, 1059:21, 1059:22, 1059:23, 1060:1, 1060:3, 1060:8, 1060:12, 1060:16, 1060:17, 1060:23, | 1060:24, 1060:25, 1061:5, 1061:7, 1061:8, 1061:9, 1061:10, 1061:11, 1061:12, 1061:13, 1061:16, 1061:20, 1061:22, 1061:24, 1061:25, 1062:1, 1062:2, 1062:6, 1062:11, 1062:12, 1062:16, 1062:19, 1062:21, 1062:22, 1062:23, 1062:25, 1063:4, 1063:7, 1063:10, 1063:11, 1063:17, 1063:20, 1063:21, 1063:24, 1064:3, 1064:8, 1064:9, 1064:10, 1064:11, 1064:12, 1064:13, 1064:14, 1064:15, 1064:17, 1064:18, 1064:19, 1064:22, 1064:23, 1064:24, 1064:25, 1065:1, 1065:2, 1065:3, 1065:4, 1065:5, 1065:8, 1065:9, 1065:10, 1065:11, 1065:12, 1065:16, 1065:19, 1065:20, 1065:23, 1065:24, 1066:1, 1066:4, 1066:5, 1066:8, 1066:9, 1066:11, 1066:12, 1066:14, 1066:17, 1066:20, 1066:21, 1066:22, 1066:25, 1067:2, 1067:3, 1067:5, 1067:6, 1067:7, 1067:8, 1067:10, 1067:12, 1067:13, 1067:14, 1067:16, 1067:17, 1067:18, 1067:19, 1067:21, 1067:25, 1068:1, 1068:2, 1068:5, 1068:6, 1068:7, 1068:8, 1068:10, 1068:11, 1068:15, 1068:16, 1068:20, 1068:21, 1068:24, 1068:25, 1069:1, 1069:2, 1069:6, 1069:7, 1069:8, 1069:9, 1069:10, 1069:11, 1069:12, 1069:13, 1069:14, 1069:15, 1069:16, 1069:17, | 1069:18, 1069:19, 1069:20, 1069:21, 1069:22, 1069:23, 1069:24, 1069:25, 1070:1, 1070:2, 1070:4, 1070:5, 1070:12, 1070:13, 1070:15, 1070:16, 1070:17, 1070:18, 1070:20, 1070:21, 1070:23, 1070:24, 1070:25, 1071:2, 1071:4, 1071:5, 1071:6, 1071:10, 1071:11, 1071:12, 1071:13, 1071:15, 1071:18, 1071:21, 1071:23, 1071:25, 1072:1, 1072:2, 1072:3, 1072:5, 1072:7, 1072:9, 1072:11, 1072:12, 1072:13, 1072:14, 1072:20, 1072:21, 1072:22, 1072:23, 1072:24, 1073:2, 1073:3, 1073:5, 1073:8, 1073:9, 1073:13, 1073:15, 1073:16, 1073:17, 1073:18, 1073:19, 1073:20, 1073:21, 1073:23, 1073:24, 1074:2, 1074:3, 1074:4, 1074:7, 1074:9, 1074:12, 1074:13, 1074:14, 1074:17, 1074:18, 1074:20, 1074:21, 1074:22, 1074:23, 1074:24, 1075:2, 1075:3, 1075:4, 1075:5, 1075:6, 1075:7, 1075:8, 1075:10, 1075:14, 1075:16, 1075:17, 1075:19, 1075:20, 1075:23, 1075:24, 1075:25, 1076:2, 1076:3, 1076:4, 1076:5, 1076:6, 1076:7, 1076:10, 1076:11, 1076:13, 1076:22, 1077:1, 1077:3, 1077:6, 1077:7, 1077:9, 1077:12, 1077:13, 1077:14, 1077:16, 1077:17, 1077:21, 1077:25, 1078:4, 1078:7, 1078:9, | 1078:10, 1078:13, 1078:15, 1078:16, 1078:19, 1078:20, 1078:21, 1078:22, 1078:25, 1079:1, 1079:2, 1079:4, 1079:5, 1079:11, 1079:14, 1079:15, 1079:16, 1079:17, 1079:20, 1079:21, 1079:22, 1080:2, 1080:3, 1080:5, 1080:6, 1080:9, 1080:10, 1080:13, 1080:14, 1080:15, 1080:16, 1080:17, 1080:18, 1080:23, 1080:24, 1080:25, 1081:3, 1081:4, 1081:5, 1081:8, 1081:9, 1081:11, 1081:12, 1081:17, 1081:18, 1081:19, 1081:22, 1081:24, 1082:2, 1082:7, 1082:10, 1082:13, 1082:14, 1082:18, 1082:21, 1082:23, 1083:1, 1083:4, 1083:6, 1083:8, 1083:9, 1083:13, 1083:14, 1083:15, 1083:17, 1083:18, 1083:22, 1084:1, 1084:3, 1084:5, 1084:9, 1084:12, 1084:14, 1084:15, 1084:18, 1084:22, 1085:1, 1085:2, 1085:6, 1085:8, 1085:9, 1085:10, 1085:11, 1085:12, 1085:14, 1085:17, 1085:18, 1085:19, 1085:20, 1085:22, 1086:4, 1086:5, 1086:6, 1086:11, 1086:13, 1086:15, 1086:16, 1086:17, 1086:18, 1086:20, 1086:22, 1086:23, 1086:25, 1087:6, 1087:10, 1087:11, 1087:12, 1087:13, 1087:15, 1087:18, 1087:20, 1087:23, 1087:24, 1087:25, 1088:4, 1088:7, 1088:10, 1088:11, 1088:12, 1088:13, 1088:14, 1088:15, |

1088:17, 1088:18,
1088:19, 1088:22,
1088:24, 1089:1,
1089:3, 1089:5,
1089:9, 1089:10,
1089:11, 1089:12,
1089:14, 1089:15,
1089:16, 1089:18,
1089:19, 1089:21,
1089:23, 1089:24,
1089:25, 1090:1,
1090:2, 1090:3,
1090:4, 1090:5,
1090:6, 1090:7,
1090:13, 1090:15,
1090:18, 1090:20,
1091:3, 1091:8,
1091:10, 1091:12,
1091:13, 1091:20,
1091:21, 1091:25,
1092:1, 1092:4,
1092:5, 1092:9,
1092:11, 1092:15,
1092:16, 1092:19,
1092:23, 1092:24,
1092:25, 1093:1,
1093:2, 1093:4,
1093:5, 1093:9,
1093:10, 1093:11,
1093:12, 1093:13,
1093:18, 1093:21,
1094:2, 1094:8,
1094:9, 1094:11,
1094:12, 1094:13,
1094:17, 1094:24,
1094:25, 1095:3,
1095:6, 1095:9,
1095:10, 1095:12,
1095:13, 1095:14,
1095:15, 1095:16,
1095:20, 1095:21,
1095:22, 1095:23,
1096:1, 1096:2,
1096:4, 1096:6,
1096:7, 1096:11,
1096:12, 1096:13,
1096:17, 1096:19,
1096:21, 1096:23,
1097:2, 1097:3,
1097:5, 1097:7,
1097:11, 1097:12,
1097:14, 1097:15,
1097:18, 1097:22,
1097:23, 1097:25,
1098:1, 1098:2,
1098:3, 1098:4,
1098:5, 1098:6,
1098:8, 1098:11,
1098:12, 1098:15,
1098:16, 1098:17,
1098:20, 1098:22,

1098:25, 1099:2,
1099:3, 1099:6,
1099:7, 1099:8,
1099:9, 1099:11,
1099:12, 1099:15,
1099:16, 1099:19,
1099:24, 1100:2,
1100:4, 1100:8,
1100:10, 1100:13,
1100:14, 1100:15,
1100:16, 1100:22,
1100:24, 1101:1,
1101:2, 1101:10,
1101:12, 1101:14,
1101:15, 1101:17,
1101:19, 1101:20,
1101:21, 1101:22,
1101:25, 1102:2,
1102:6, 1102:9,
1102:15, 1102:16,
1102:18, 1102:19,
1102:21, 1102:24,
1103:1, 1103:2,
1103:5, 1103:8,
1103:10, 1103:11,
1103:12, 1103:13,
1103:14, 1103:15,
1103:17, 1103:20,
1103:21, 1103:22,
1103:25, 1104:1,
1104:3, 1104:4,
1104:6, 1104:8,
1104:11, 1104:12,
1104:13, 1104:14,
1104:15, 1104:16,
1104:17, 1104:18,
1104:19, 1104:20,
1104:24, 1105:1,
1105:2, 1105:5,
1105:6, 1105:8,
1105:9, 1105:10,
1105:14, 1105:15,
1105:20, 1105:21,
1105:22, 1105:25,
1106:1, 1106:3,
1106:5, 1106:6,
1106:7, 1106:9,
1106:10, 1106:14,
1106:17, 1106:21,
1106:22, 1106:23,
1107:1, 1107:3,
1107:4, 1107:6,
1107:8, 1107:11,
1107:12, 1107:13,
1107:17, 1107:18,
1107:20, 1108:5,
1108:7, 1108:11,
1108:12, 1108:13,
1108:14, 1108:18,
1108:19, 1108:20,
1108:21, 1108:25,

1109:1, 1109:2,
1109:3, 1109:4,
1109:5, 1109:6,
1109:7, 1109:8,
1109:9, 1109:15,
1109:16, 1109:17,
1109:22, 1109:23,
1109:25, 1110:2,
1110:3, 1110:6,
1110:7, 1110:10,
1110:11, 1110:14,
1110:16, 1110:17,
1110:20, 1110:23,
1110:25, 1111:1,
1111:2, 1111:4,
1111:5, 1111:6,
1111:8, 1111:9,
1111:10, 1111:11,
1111:17, 1111:21,
1111:23, 1111:24,
1112:2, 1112:3,
1112:4, 1112:8,
1112:12, 1112:16,
1112:18, 1113:2,
1113:3, 1113:4,
1113:6, 1113:7,
1113:9, 1113:10,
1113:11, 1113:12,
1113:13, 1113:14,
1113:15, 1113:16,
1113:19, 1113:20,
1113:23, 1114:2,
1114:4, 1114:6,
1114:10, 1114:11,
1114:13, 1114:14,
1114:22, 1115:5,
1115:7, 1115:9,
1115:10, 1115:12,
1115:17, 1115:18,
1115:21, 1115:22,
1115:25, 1116:1,
1116:3, 1116:7,
1116:9, 1116:11,
1116:12, 1116:16,
1116:18, 1116:22,
1116:23, 1116:25,
1117:2, 1117:7,
1117:8, 1117:9,
1117:12, 1117:16,
1117:17, 1117:18,
1117:19, 1117:20,
1117:23, 1117:24,
1117:25, 1118:1,
1118:3, 1118:6,
1118:9, 1118:12,
1118:13, 1118:14,
1118:18, 1118:20,
1118:23, 1118:25,
1119:7, 1119:8,
1119:9, 1119:11,

1119:13, 1119:15,
1119:16, 1119:18,
1119:19, 1119:22,
1119:24, 1119:25,
1120:1, 1120:2,
1120:7, 1120:8,
1120:9, 1120:10,
1120:13, 1120:15,
1120:16, 1120:18,
1120:21, 1120:23,
1120:24, 1121:2,
1121:4, 1121:6,
1121:7, 1121:11,
1121:14, 1122:3,
1122:4, 1122:5,
1122:6, 1122:8,
1122:10, 1122:13,
1122:15, 1122:18,
1122:22, 1123:2,
1123:14, 1123:15,
1123:16

**THEIR** [11] - 1011:11,
1024:11, 1024:18,
1050:22, 1060:8,
1071:13, 1098:20,
1101:6, 1101:23,
1101:24, 1114:15

**THEM** [24] - 1011:4,
1015:25, 1026:6,
1044:2, 1060:7,
1060:9, 1060:19,
1064:7, 1070:6,
1070:8, 1082:12,
1082:24, 1087:3,
1089:2, 1096:8,
1097:19, 1098:14,
1107:3, 1112:6,
1112:8, 1114:14,
1118:5

**THEMSELVES** [1] -
1099:19

**THEN** [77] - 1011:16,
1013:6, 1013:21,
1015:12, 1018:12,
1020:2, 1020:6,
1020:15, 1020:18,
1020:20, 1021:6,
1021:21, 1022:3,
1022:7, 1024:3,
1024:13, 1025:5,
1025:12, 1025:13,
1027:24, 1028:9,
1029:16, 1033:14,
1037:20, 1037:22,
1039:1, 1042:8,
1044:10, 1044:12,
1044:22, 1047:6,
1050:8, 1050:14,
1051:12, 1052:8,
1055:7, 1056:1,
1056:9, 1056:10,

1057:11, 1057:13,
1057:25, 1058:19,
1058:24, 1058:25,
1059:1, 1059:8,
1063:13, 1064:13,
1064:15, 1064:19,
1065:4, 1066:21,
1066:23, 1067:9,
1067:12, 1067:15,
1067:17, 1067:18,
1067:25, 1069:5,
1069:10, 1069:16,
1070:22, 1074:2,
1074:25, 1080:18,
1083:18, 1085:16,
1087:1, 1091:14,
1100:15, 1104:15,
1117:16, 1122:15

**THERE** [79] - 1011:7,
1011:20, 1014:19,
1014:21, 1015:22,
1015:23, 1016:4,
1016:17, 1022:15,
1022:25, 1024:1,
1025:22, 1026:4,
1028:10, 1035:17,
1038:1, 1040:7,
1040:12, 1040:20,
1041:7, 1043:2,
1045:11, 1046:15,
1047:7, 1047:22,
1052:17, 1054:16,
1056:2, 1056:20,
1057:2, 1057:4,
1057:9, 1057:17,
1057:19, 1061:7,
1066:24, 1067:1,
1067:23, 1068:25,
1069:1, 1069:9,
1069:10, 1069:14,
1069:16, 1070:3,
1072:11, 1073:14,
1073:16, 1074:1,
1075:3, 1075:16,
1076:8, 1077:4,
1082:3, 1084:9,
1085:7, 1085:13,
1089:4, 1092:12,
1092:18, 1092:20,
1096:3, 1096:8,
1096:10, 1101:19,
1104:19, 1106:20,
1110:11, 1114:13,
1115:6, 1115:8,
1115:9, 1117:3,
1118:1, 1119:23,
1119:25, 1121:6,
1121:11

**THERE'S** [20] -
1017:8, 1019:4,
1021:11, 1023:25,

1025:6, 1026:7,
1039:3, 1052:13,
1056:25, 1060:25,
1072:13, 1072:14,
1074:15, 1081:13,
1091:7, 1093:14,
1094:10, 1094:11,
1121:17
  **THEREABOUTS** [1] -
1080:7
  **THEREBY** [3] -
1098:23, 1099:3,
1099:8
  **THEREFORE** [4] -
1031:4, 1050:20,
1098:18, 1114:12
  **THESE** [44] - 1011:9,
1013:12, 1014:2,
1014:12, 1015:14,
1016:2, 1016:3,
1017:7, 1017:18,
1022:2, 1030:6,
1030:10, 1040:20,
1040:22, 1041:1,
1041:6, 1041:22,
1042:2, 1043:5,
1043:17, 1044:1,
1045:13, 1046:8,
1046:10, 1046:11,
1046:23, 1056:23,
1057:23, 1059:14,
1070:6, 1076:14,
1076:19, 1077:24,
1082:9, 1082:12,
1082:23, 1083:3,
1083:20, 1087:2,
1092:25, 1096:16,
1100:18, 1108:20
  **THEY** [63] - 1010:13,
1012:21, 1014:17,
1014:18, 1015:24,
1018:9, 1025:8,
1030:10, 1031:21,
1032:7, 1032:9,
1032:11, 1041:23,
1046:16, 1047:10,
1054:22, 1058:4,
1060:22, 1064:23,
1064:24, 1065:5,
1065:20, 1067:24,
1071:13, 1071:14,
1072:1, 1072:2,
1072:4, 1072:20,
1072:21, 1074:20,
1079:6, 1079:8,
1079:15, 1082:2,
1084:13, 1086:3,
1086:4, 1091:3,
1094:6, 1094:22,
1095:6, 1099:15,

1099:18, 1100:20,
1102:5, 1102:8,
1102:13, 1103:15,
1104:19, 1105:3,
1106:4, 1106:8,
1106:12, 1113:2,
1113:5, 1121:7,
1121:9, 1121:12
  **THEY'LL** [1] -
1071:14
  **THEY'RE** [11] -
1021:22, 1067:19,
1082:24, 1087:17,
1089:1, 1092:2,
1100:19, 1102:6,
1102:8, 1113:2,
1116:7
  **THICK** [2] - 1085:13,
1087:17
  **THING** [8] - 1020:22,
1044:5, 1050:15,
1057:23, 1065:24,
1066:20, 1081:22,
1121:10
  **THINGS** [4] - 1050:4,
1050:7, 1101:19,
1104:24
  **THINK** [58] -
1010:13, 1011:3,
1011:9, 1013:13,
1015:15, 1015:19,
1016:24, 1017:11,
1017:16, 1017:21,
1018:5, 1019:1,
1021:18, 1022:18,
1025:7, 1026:12,
1028:23, 1029:6,
1030:2, 1035:23,
1036:10, 1037:18,
1038:20, 1040:16,
1041:5, 1042:17,
1042:25, 1043:1,
1043:18, 1048:18,
1050:18, 1053:23,
1054:8, 1055:11,
1055:14, 1055:23,
1056:14, 1056:19,
1058:5, 1062:8,
1065:25, 1066:12,
1066:23, 1067:8,
1067:22, 1077:12,
1081:4, 1083:25,
1093:19, 1096:19,
1102:18, 1103:15,
1108:12, 1119:2,
1120:15, 1121:21,
1122:24
  **THINKING** [1] -
1079:12
  **THIRD** [4] - 1030:11,

1042:15, 1085:11,
1115:8
  **THIRTY** [1] - 1112:21
  **THIS** [242] - 1010:11,
1011:3, 1013:11,
1013:13, 1013:16,
1013:25, 1015:9,
1016:17, 1016:22,
1017:3, 1018:13,
1018:22, 1020:24,
1021:24, 1022:9,
1022:18, 1025:10,
1025:16, 1025:17,
1027:9, 1027:16,
1027:20, 1028:4,
1028:17, 1028:19,
1028:24, 1030:18,
1031:3, 1031:10,
1031:18, 1033:10,
1033:23, 1034:16,
1034:24, 1035:2,
1035:8, 1035:11,
1037:11, 1037:17,
1037:24, 1038:6,
1038:9, 1039:9,
1039:18, 1040:5,
1040:6, 1040:9,
1040:13, 1040:15,
1040:17, 1040:18,
1041:14, 1041:25,
1042:9, 1042:15,
1042:17, 1043:25,
1044:1, 1044:14,
1044:18, 1045:2,
1045:10, 1046:4,
1046:23, 1047:2,
1047:16, 1048:1,
1048:10, 1049:23,
1049:25, 1050:1,
1050:3, 1050:8,
1050:10, 1050:11,
1050:12, 1050:13,
1050:14, 1050:21,
1050:22, 1050:24,
1051:4, 1051:16,
1051:22, 1052:1,
1052:23, 1053:8,
1053:18, 1053:23,
1054:7, 1054:15,
1054:18, 1055:5,
1055:15, 1055:24,
1057:8, 1057:14,
1058:5, 1058:6,
1058:11, 1058:25,
1059:21, 1060:15,
1064:7, 1064:11,
1065:14, 1066:14,
1066:17, 1067:6,
1069:7, 1069:24,
1070:19, 1070:20,
1071:14, 1072:5,

1072:9, 1072:17,
1072:22, 1073:5,
1073:9, 1074:2,
1074:12, 1074:13,
1074:14, 1074:21,
1075:13, 1076:13,
1077:13, 1077:15,
1077:25, 1078:1,
1079:7, 1079:8,
1079:20, 1080:2,
1080:3, 1080:23,
1081:2, 1081:4,
1082:3, 1082:20,
1082:21, 1083:3,
1083:12, 1083:13,
1083:14, 1083:24,
1083:25, 1084:6,
1085:2, 1085:6,
1085:9, 1085:17,
1086:3, 1086:13,
1087:2, 1089:7,
1089:8, 1089:15,
1089:17, 1091:4,
1091:7, 1091:9,
1091:23, 1091:24,
1091:25, 1092:2,
1092:3, 1092:5,
1092:21, 1092:22,
1096:18, 1097:11,
1097:24, 1098:6,
1099:4, 1099:6,
1099:7, 1099:12,
1100:14, 1101:1,
1103:5, 1105:13,
1105:14, 1105:22,
1106:1, 1106:17,
1107:11, 1108:5,
1108:12, 1109:5,
1109:8, 1109:12,
1110:1, 1110:6,
1110:20, 1111:5,
1111:14, 1111:15,
1111:18, 1111:21,
1111:24, 1112:1,
1112:18, 1112:25,
1113:13, 1113:25,
1114:19, 1114:22,
1115:1, 1115:4,
1115:5, 1115:12,
1116:8, 1116:12,
1117:3, 1117:7,
1118:4, 1118:17,
1118:23, 1119:11,
1119:23, 1119:24,
1120:10, 1121:6,
1121:25, 1122:2,
1122:6, 1122:11,
1122:12, 1122:16,
1122:17, 1122:22,
1123:3
  **THOMAS** [1] -

1006:23
  **THOSE** [33] -
1014:17, 1018:6,
1018:7, 1018:21,
1025:25, 1032:2,
1032:6, 1033:20,
1033:23, 1034:13,
1056:20, 1059:3,
1060:12, 1060:16,
1060:20, 1061:4,
1061:23, 1062:23,
1064:6, 1081:11,
1082:2, 1087:2,
1095:4, 1097:20,
1099:21, 1099:22,
1100:6, 1103:19,
1104:24, 1106:11,
1109:10
  **THOUGH** [6] -
1023:9, 1031:14,
1034:4, 1052:23,
1082:24, 1115:22
  **THOUGHT** [4] -
1016:15, 1078:3,
1083:3, 1092:9
  **THOUSANDS** [1] -
1054:25
  **THREAT** [1] -
1070:17
  **THREATENED** [4] -
1069:21, 1073:17,
1073:21, 1073:23
  **THREATENING** [1] -
1037:3
  **THREATS** [1] -
1064:10
  **THREE** [22] -
1010:11, 1018:12,
1018:15, 1018:25,
1022:11, 1022:24,
1028:10, 1028:11,
1035:17, 1037:6,
1043:1, 1047:3,
1053:5, 1059:6,
1064:10, 1075:21,
1076:19, 1089:14,
1089:18, 1090:18,
1112:8, 1122:3
  **THRESHOLD** [1] -
1049:7
  **THRESHOLDS** [2] -
1048:21, 1049:24
  **THROUGH** [29] -
1014:18, 1017:12,
1019:4, 1019:13,
1019:21, 1019:23,
1020:13, 1021:13,
1021:16, 1021:17,
1021:20, 1041:2,
1046:10, 1047:23,

1048:4, 1049:23,
1054:23, 1054:25,
1068:11, 1069:18,
1090:17, 1097:11,
1098:21, 1104:14,
1105:22, 1107:15,
1112:24, 1120:8,
1120:10
  **THROUGHOUT** [2] -
1041:23, 1100:14
  **THUS** [1] - 1085:3
  **TIDE** [2] - 1033:9,
1103:6
  **TIE** [1] - 1083:3
  **TILL** [1] - 1087:16
  **TIME** [44] - 1014:10,
1016:25, 1017:19,
1018:10, 1024:12,
1028:23, 1038:1,
1042:19, 1054:3,
1056:4, 1056:6,
1056:23, 1057:5,
1058:20, 1070:10,
1072:3, 1074:14,
1075:1, 1081:21,
1085:2, 1085:17,
1086:8, 1089:8,
1091:11, 1092:10,
1096:23, 1096:25,
1100:9, 1101:2,
1102:17, 1106:23,
1107:9, 1109:8,
1111:5, 1111:12,
1112:18, 1113:11,
1115:6, 1116:11,
1117:3, 1117:12,
1117:22, 1121:13,
1121:14
  **TIMELINE** [1] -
1115:12
  **TIMELY** [1] - 1106:13
  **TIMES** [9] - 1012:1,
1012:14, 1012:18,
1012:25, 1017:18,
1018:7, 1103:10
  **TIMING** [2] -
1061:18, 1071:25
  **TIMINGS** [1] -
1061:23
  **TITLED** [2] - 1049:2,
1054:19
  **TO** [625] - 1010:10,
1010:12, 1010:16,
1010:23, 1010:24,
1011:13, 1011:14,
1011:16, 1011:21,
1011:22, 1011:24,
1012:7, 1012:11,
1012:15, 1012:23,
1013:11, 1013:25,

1014:15, 1014:16,
1015:6, 1015:18,
1015:19, 1016:22,
1017:3, 1017:4,
1017:15, 1018:8,
1018:23, 1018:24,
1019:13, 1019:15,
1019:22, 1019:23,
1019:25, 1020:2,
1020:3, 1020:9,
1020:10, 1020:11,
1020:18, 1020:19,
1021:1, 1021:3,
1021:4, 1021:5,
1021:7, 1021:8,
1021:10, 1021:11,
1021:12, 1021:14,
1021:15, 1021:20,
1021:21, 1022:18,
1022:19, 1023:10,
1023:15, 1023:16,
1024:11, 1025:3,
1025:4, 1025:5,
1025:7, 1025:9,
1025:11, 1025:19,
1025:25, 1026:5,
1026:8, 1026:18,
1026:22, 1026:23,
1027:1, 1027:13,
1027:14, 1027:22,
1027:23, 1028:1,
1028:2, 1028:3,
1028:5, 1028:8,
1028:9, 1028:14,
1028:22, 1028:23,
1028:24, 1028:25,
1029:10, 1029:11,
1029:13, 1029:14,
1029:17, 1029:23,
1030:6, 1030:9,
1030:11, 1030:15,
1030:17, 1030:18,
1030:19, 1030:22,
1031:1, 1031:3,
1031:5, 1031:10,
1031:25, 1032:22,
1033:4, 1033:8,
1033:10, 1033:23,
1034:9, 1034:13,
1035:3, 1035:6,
1035:7, 1035:23,
1035:24, 1036:22,
1037:11, 1037:18,
1037:19, 1037:22,
1038:2, 1038:6,
1038:8, 1039:1,
1039:2, 1039:3,
1039:7, 1039:19,
1039:25, 1042:1,
1042:6, 1042:7,
1042:10, 1042:14,

1043:9, 1043:10,
1043:11, 1043:20,
1043:23, 1043:24,
1043:25, 1044:3,
1044:8, 1044:10,
1044:17, 1044:19,
1045:10, 1046:6,
1046:23, 1046:24,
1047:6, 1047:15,
1047:20, 1048:3,
1048:4, 1048:19,
1049:8, 1049:9,
1049:12, 1049:14,
1049:22, 1050:1,
1050:2, 1050:3,
1050:7, 1050:8,
1050:11, 1050:12,
1050:13, 1050:14,
1050:17, 1050:18,
1050:19, 1050:25,
1051:1, 1051:13,
1051:23, 1052:2,
1052:4, 1052:11,
1052:13, 1052:19,
1053:8, 1053:13,
1053:18, 1053:19,
1054:3, 1054:7,
1054:8, 1054:11,
1054:14, 1054:22,
1054:25, 1055:2,
1055:7, 1055:16,
1055:23, 1056:1,
1056:4, 1056:5,
1056:6, 1056:7,
1056:8, 1056:12,
1056:13, 1056:18,
1056:19, 1056:22,
1057:3, 1057:5,
1057:7, 1057:11,
1057:13, 1057:14,
1057:15, 1057:17,
1057:18, 1057:20,
1057:21, 1057:25,
1058:4, 1058:19,
1058:25, 1059:5,
1059:15, 1059:16,
1060:12, 1060:16,
1060:25, 1061:3,
1061:7, 1061:13,
1062:2, 1062:6,
1062:8, 1062:12,
1062:18, 1063:21,
1064:6, 1064:8,
1064:10, 1064:15,
1064:25, 1065:2,
1065:5, 1065:11,
1066:4, 1066:9,
1066:17, 1066:20,
1066:23, 1067:2,
1067:6, 1067:8,
1067:9, 1067:11,

1068:16, 1068:20,
1068:25, 1069:2,
1069:7, 1069:8,
1069:11, 1069:15,
1069:16, 1069:17,
1069:19, 1069:21,
1069:25, 1070:5,
1070:6, 1070:8,
1070:11, 1070:12,
1070:17, 1070:19,
1070:22, 1071:19,
1071:25, 1072:2,
1072:6, 1072:9,
1072:11, 1072:15,
1072:17, 1072:18,
1072:19, 1072:21,
1072:24, 1073:3,
1073:9, 1073:13,
1073:18, 1073:24,
1074:5, 1074:6,
1074:13, 1074:16,
1074:18, 1074:23,
1074:24, 1075:1,
1075:3, 1075:6,
1075:8, 1075:9,
1075:10, 1075:12,
1076:15, 1077:1,
1077:2, 1077:7,
1077:23, 1077:24,
1077:25, 1078:1,
1078:2, 1078:4,
1078:6, 1078:9,
1078:19, 1078:20,
1078:22, 1079:3,
1079:5, 1079:6,
1079:8, 1079:13,
1079:14, 1079:15,
1080:4, 1080:9,
1080:13, 1080:15,
1080:16, 1080:22,
1081:7, 1081:8,
1081:9, 1081:17,
1081:22, 1082:3,
1082:9, 1082:12,
1082:13, 1082:17,
1082:19, 1082:23,
1082:24, 1083:15,
1083:22, 1083:23,
1083:24, 1083:25,
1084:1, 1084:3,
1084:7, 1084:8,
1084:9, 1084:10,
1084:20, 1084:24,
1085:2, 1085:9,
1085:11, 1085:12,
1085:14, 1085:16,
1085:18, 1086:1,
1086:4, 1086:12,
1086:16, 1086:21,
1087:14, 1087:15,
1088:3, 1088:11,

1088:12, 1088:20,
1089:2, 1089:21,
1089:25, 1090:1,
1090:2, 1090:4,
1090:5, 1090:16,
1090:17, 1090:23,
1091:4, 1091:6,
1092:8, 1092:19,
1093:1, 1093:3,
1093:8, 1093:9,
1093:13, 1093:15,
1093:24, 1093:25,
1094:8, 1094:25,
1095:6, 1095:20,
1096:5, 1096:7,
1096:8, 1096:9,
1096:11, 1096:13,
1097:2, 1097:4,
1097:12, 1097:20,
1098:5, 1098:12,
1099:2, 1099:10,
1099:21, 1099:22,
1099:24, 1100:9,
1100:15, 1100:22,
1100:23, 1101:4,
1101:5, 1101:9,
1101:13, 1101:15,
1101:16, 1101:17,
1101:20, 1101:22,
1101:23, 1102:10,
1102:16, 1102:24,
1103:9, 1103:10,
1103:11, 1103:15,
1103:18, 1103:19,
1103:25, 1104:1,
1104:3, 1104:6,
1104:8, 1104:9,
1104:12, 1104:15,
1104:16, 1104:23,
1104:25, 1105:3,
1105:8, 1105:12,
1105:17, 1106:6,
1106:13, 1106:17,
1106:25, 1107:1,
1107:2, 1107:7,
1107:9, 1107:15,
1107:16, 1107:17,
1108:10, 1108:12,
1108:13, 1108:16,
1108:19, 1108:23,
1109:3, 1109:5,
1109:6, 1109:15,
1109:16, 1109:25,
1110:1, 1110:2,
1110:17, 1111:1,
1111:3, 1111:9,
1111:14, 1112:2,
1112:4, 1112:12,
1112:13, 1112:15,
1112:17, 1112:18,
1113:6, 1113:10,

DAILY COPY

1113:11, 1113:13, 1113:18, 1113:25, 1114:6, 1114:19, 1114:25, 1115:2, 1115:3, 1115:10, 1115:13, 1115:17, 1115:19, 1115:22, 1116:5, 1116:6, 1116:15, 1116:16, 1116:18, 1116:19, 1117:2, 1117:5, 1117:12, 1117:20, 1118:9, 1118:16, 1118:20, 1118:22, 1118:23, 1119:6, 1119:8, 1119:10, 1119:11, 1119:16, 1119:17, 1119:18, 1119:21, 1120:18, 1121:12, 1121:14, 1121:17, 1121:22, 1121:24, 1122:5, 1122:10, 1122:17, 1122:18, 1122:23, 1123:14

**TODAY** [11] - 1030:21, 1088:20, 1089:4, 1090:24, 1090:25, 1091:11, 1097:15, 1097:21, 1098:12, 1100:23, 1106:13

**TOE** [14] - 1019:7, 1019:17, 1020:2, 1020:10, 1020:15, 1020:19, 1021:4, 1021:8, 1023:24, 1029:16, 1065:2, 1065:4, 1111:25

**TOGETHER** [3] - 1026:6, 1028:15, 1058:4

**TOLD** [6] - 1018:5, 1042:17, 1043:2, 1063:24, 1072:9, 1102:15

**TOO** [7] - 1015:11, 1022:9, 1025:8, 1032:14, 1053:1, 1107:4, 1120:23

**TOOK** [5] - 1031:12, 1080:13, 1080:17, 1083:14, 1117:21

**TOOTHPASTE** [3] - 1119:12, 1120:2

**TOP** [18] - 1032:6, 1032:12, 1033:5, 1033:7, 1035:7, 1035:11, 1044:5, 1044:7, 1049:11,

1057:5, 1058:20, 1069:8, 1078:10, 1081:12, 1103:17, 1119:13, 1120:18

**TOPIC** [4] - 1053:23, 1054:7, 1059:15, 1121:21

**TOPICS** [2] - 1054:9, 1089:3

**TOPOGRAPHY** [1] - 1100:2

**TORTIOUS** [1] - 1073:5

**TORTS** [1] - 1008:5

**TOTAL** [3] - 1040:16, 1115:10, 1117:8

**TOTALLY** [2] - 1047:14, 1062:13

**TOUCHED** [1] - 1054:9

**TOW** [1] - 1033:8

**TOWARDS** [1] - 1024:1

**TRAGEDY** [1] - 1088:13

**TRANSCRIPT** [2] - 1006:8, 1123:14

**TRANSCRIPT** [1] - 1008:19

**TRANSLATE** [2] - 1025:19, 1026:18

**TRANSLATING** [1] - 1026:17

**TRANSLATION** [1] - 1031:3

**TRAVEL** [2] - 1069:11, 1120:10

**TRAVERSE** [1] - 1090:21

**TRAVERSE** [1] - 1009:10

**TREES** [8] - 1014:16, 1015:7, 1015:14, 1016:5, 1016:16, 1022:15, 1022:22

**TRIAL** [5] - 1006:8, 1061:20, 1084:21, 1091:7, 1098:5

**TRIED** [9] - 1025:3, 1028:14, 1035:24, 1050:7, 1051:1, 1066:4, 1067:6, 1069:6, 1074:5

**TROUBLE** [1] - 1069:11

**TRUE** [14] - 1061:21, 1062:21, 1063:13, 1065:24, 1066:15, 1081:13, 1082:4, 1092:6, 1092:7,

1093:16, 1115:24, 1122:20, 1122:21, 1123:14

**TRULY** [1] - 1054:7

**TRUSTEE** [1] - 1070:7

**TRY** [7] - 1011:16, 1027:13, 1072:15, 1105:3, 1112:2, 1118:22, 1121:14

**TRYING** [6] - 1025:11, 1026:18, 1072:6, 1072:18, 1072:19, 1093:25

**TUBE** [1] - 1119:12

**TUESDAY** [1] - 1086:21

**TURBULENCE** [1] - 1102:20

**TURBULENT** [2] - 1102:23

**TURN** [6] - 1035:6, 1042:14, 1105:8, 1106:25, 1108:10, 1109:15

**TUTORIAL** [1] - 1100:22

**TWENTY** [1] - 1118:12

**TWENTY-FIVE** [1] - 1118:12

**TWO** [32] - 1011:6, 1011:25, 1012:1, 1023:23, 1024:19, 1024:21, 1028:11, 1032:12, 1035:21, 1038:20, 1044:2, 1056:23, 1057:5, 1058:25, 1075:16, 1078:14, 1078:16, 1080:13, 1080:17, 1080:20, 1081:21, 1089:2, 1089:10, 1089:16, 1093:8, 1096:1, 1101:19, 1105:18, 1115:6, 1118:13, 1121:25, 1122:25

**TWO-FIVE** [1] - 1118:13

**TX** [1] - 1006:24

**TYPE** [1] - 1102:2

**TYPES** [1] - 1104:24

**TYPICAL** [1] - 1115:3

## U

**U** [1] - 1008:5

**U.S** [1] - 1025:23

**UH** [14] - 1011:8,

1012:12, 1020:5, 1021:2, 1023:21, 1024:6, 1051:15, 1054:13, 1055:25, 1060:18, 1076:17, 1081:10, 1081:15

**UH-HUH** [12] - 1011:8, 1012:12, 1020:5, 1021:2, 1023:21, 1024:6, 1051:15, 1054:13, 1055:25, 1060:18, 1076:17, 1081:10

**UH-UH** [1] - 1081:15

**ULTIMATE** [4] - 1022:13, 1023:16, 1038:5, 1105:2

**UNALTERABLE** [2] - 1071:14, 1072:4

**UNARMORED** [1] - 1098:25

**UNCHANGEABLE** [1] - 1072:4

**UNCONCERNED** [1] - 1062:13

**UNDER** [13] - 1035:15, 1035:17, 1036:18, 1036:22, 1037:9, 1039:12, 1040:18, 1066:15, 1066:17, 1076:18, 1086:24, 1092:23, 1101:22

**UNDERLYING** [1] - 1108:25

**UNDERSTAND** [30] - 1011:18, 1011:19, 1026:10, 1027:2, 1030:17, 1031:21, 1032:17, 1032:18, 1032:20, 1036:10, 1041:1, 1048:12, 1051:9, 1052:8, 1052:16, 1060:21, 1061:10, 1066:23, 1070:23, 1072:16, 1086:7, 1092:8, 1093:21, 1093:25, 1114:8, 1114:10, 1115:12, 1117:24, 1118:3, 1119:3

**UNDERSTANDING** [6] - 1027:6, 1027:8, 1064:17, 1077:17, 1120:20, 1123:15

**UNDERSTANDS** [1] - 1043:8

**UNDERSTOOD** [2] - 1032:24, 1036:15

**UNDERWATER** [1] -

1033:7

**UNFORTUNATELY** [1] - 1042:9

**UNIT** [1] - 1080:17

**UNITED** [8] - 1006:1, 1006:6, 1006:9, 1065:23, 1083:15, 1088:11, 1100:13, 1123:12

**UNIVERSE** [1] - 1091:14

**UNIVERSITY** [3] - 1088:6, 1088:7, 1089:11

**UNLESS** [4] - 1028:17, 1060:3, 1091:7, 1119:22

**UNLIKE** [1] - 1103:5

**UNLUCKY** [1] - 1021:24

**UNPROTECTED** [1] - 1073:16

**UNTIL** [6] - 1022:7, 1093:17, 1094:13, 1096:9, 1123:3, 1123:5

**UP** [53] - 1011:17, 1021:22, 1022:23, 1025:4, 1030:25, 1031:4, 1031:23, 1044:5, 1044:8, 1046:4, 1047:8, 1050:8, 1050:10, 1052:11, 1052:19, 1053:17, 1054:8, 1054:14, 1057:22, 1057:25, 1058:22, 1058:24, 1059:5, 1063:14, 1064:7, 1064:9, 1065:6, 1065:9, 1065:12, 1065:17, 1065:21, 1066:2, 1066:10, 1067:5, 1080:15, 1097:19, 1098:11, 1100:24, 1103:12, 1107:17, 1107:23, 1108:23, 1109:12, 1110:4, 1113:11, 1115:13, 1117:16, 1118:5, 1119:11, 1120:16, 1120:18, 1123:3

**UPLIFT** [2] - 1101:18, 1101:21

**UPLIFTS** [1] - 1118:2

**UPON** [9] - 1043:6, 1044:13, 1078:15, 1079:15, 1088:10, 1094:13, 1099:23,

1100:4, 1105:5
**UPPER** [7] - 1013:18, 1040:13, 1040:15, 1047:8, 1069:24, 1070:3, 1122:4
**UPROAR** [1] - 1062:12
**UPS** [3] - 1103:14, 1103:18, 1118:2
**UPWARD** [1] - 1056:5
**URGE** [1] - 1113:16
**US** [30] - 1011:13, 1018:5, 1021:11, 1033:23, 1043:5, 1051:16, 1054:16, 1062:2, 1064:22, 1067:24, 1070:11, 1084:20, 1086:13, 1087:13, 1087:15, 1091:8, 1098:14, 1101:4, 1102:14, 1102:20, 1107:1, 1107:7, 1108:16, 1110:11, 1113:2, 1114:24, 1116:15, 1119:5, 1122:2, 1122:15
**USACE** [3] - 1108:19, 1109:3, 1109:6
**USE** [6] - 1025:18, 1049:4, 1053:8, 1070:11, 1097:20, 1119:18
**USED** [13] - 1015:23, 1021:25, 1022:25, 1049:20, 1065:16, 1066:1, 1066:5, 1077:24, 1085:2, 1099:12, 1103:10, 1103:15, 1118:18
**USING** [3] - 1026:19, 1097:19, 1097:24
**USUAL** [2] - 1073:4, 1085:1
**UTILIZED** [1] - 1052:2

---

## V

**V** [1] - 1006:4
**VAGUENESS** [1] - 1061:6
**VALDEZ** [1] - 1088:13
**VALOR** [1] - 1113:21
**VALUE** [4] - 1030:21, 1065:11, 1065:16
**VALUES** [8] -

1011:9, 1014:17, 1014:23, 1019:7, 1029:21, 1030:5, 1030:8, 1031:8
**VAN** [1] - 1025:24
**VARIANCE** [1] - 1046:16
**VARIOUS** [2] - 1045:13, 1099:16
**VEGETATION** [10] - 1014:1, 1014:3, 1014:4, 1014:20, 1015:21, 1015:23, 1015:24, 1016:1, 1023:9, 1074:16
**VERGE** [1] - 1021:23
**VERIFICATION** [1] - 1061:22
**VERSION** [4] - 1023:18, 1023:19, 1024:13
**VERSIONS** [1] - 1018:25
**VERSUS** [1] - 1102:11
**VERTICAL** [3] - 1052:20, 1067:13, 1093:24
**VERY** [30] - 1015:16, 1021:16, 1022:21, 1028:25, 1030:10, 1043:19, 1046:7, 1052:13, 1058:11, 1062:8, 1063:1, 1064:25, 1068:4, 1071:14, 1075:13, 1076:15, 1077:14, 1078:13, 1083:8, 1085:3, 1085:5, 1085:24, 1088:5, 1089:3, 1094:19, 1095:25, 1103:14, 1114:6, 1118:20, 1118:25
**VESSELS** [1] - 1048:4
**VICKSBURG** [1] - 1104:3
**VICTIM** [2] - 1095:10, 1112:17
**VICTOR** [1] - 1007:19
**VIDEOTAPE** [1] - 1080:10
**VIEW** [2] - 1069:8, 1111:8
**VIRTUE** [1] - 1105:21
**VISIBLE** [1] - 1033:7
**VOIR** [1] - 1009:9
**VOIR** [2] - 1090:9,

1090:16
**VOLUME** [8] - 1006:9, 1039:3, 1040:16, 1050:13, 1050:20, 1050:21, 1050:22, 1110:1
**VOLUMES** [5] - 1040:21, 1041:6, 1043:6, 1087:17
**VRIJLING** [4] - 1009:4, 1027:11, 1029:6, 1099:1

---

## W

**WAIT** [5] - 1030:1, 1063:13, 1082:7, 1087:16
**WALL** [2] - 1103:12, 1104:17
**WALLS** [5] - 1060:1, 1060:12, 1060:16, 1061:11, 1103:12
**WALTER** [1] - 1007:8
**WANT** [41] - 1026:22, 1026:23, 1028:1, 1028:2, 1028:3, 1028:5, 1028:19, 1030:17, 1039:2, 1039:25, 1042:6, 1043:23, 1054:7, 1054:22, 1055:2, 1062:8, 1062:11, 1068:20, 1078:1, 1078:19, 1079:13, 1080:4, 1082:9, 1082:23, 1082:24, 1084:8, 1084:24, 1085:12, 1086:1, 1097:2, 1099:21, 1101:4, 1105:8, 1107:3, 1109:25, 1114:6, 1117:24, 1121:7, 1121:17
**WANTED** [5] - 1017:3, 1044:17, 1064:8, 1078:6, 1085:14
**WANTS** [1] - 1096:11
**WAR** [1] - 1014:10
**WARD** [7] - 1062:22, 1063:7, 1063:12, 1088:19, 1090:14, 1097:13, 1105:15
**WARDS** [1] - 1072:13
**WARN** [1] - 1068:22
**WARREN** [1] - 1008:2
**WAS** [141] - 1010:25, 1011:7, 1013:25,

1014:5, 1014:21, 1014:22, 1015:8, 1015:11, 1015:18, 1015:21, 1015:22, 1015:23, 1015:24, 1016:1, 1016:4, 1016:12, 1016:15, 1016:17, 1017:14, 1018:13, 1021:14, 1022:13, 1022:16, 1022:20, 1022:25, 1025:10, 1026:12, 1027:16, 1027:17, 1028:13, 1029:2, 1029:7, 1032:6, 1035:11, 1036:12, 1037:16, 1039:12, 1039:13, 1039:16, 1040:5, 1040:7, 1040:12, 1043:9, 1043:16, 1045:9, 1045:20, 1046:7, 1046:25, 1048:10, 1050:19, 1052:23, 1054:18, 1054:19, 1055:16, 1056:4, 1059:22, 1059:25, 1060:20, 1061:4, 1061:25, 1062:1, 1062:3, 1062:8, 1062:11, 1062:22, 1063:18, 1067:16, 1067:18, 1067:20, 1069:3, 1069:4, 1069:23, 1070:1, 1070:21, 1070:22, 1071:5, 1071:11, 1072:13, 1074:20, 1075:19, 1078:23, 1079:5, 1079:7, 1079:18, 1082:7, 1084:22, 1085:7, 1085:8, 1085:13, 1085:18, 1087:21, 1089:15, 1090:8, 1092:2, 1092:3, 1092:7, 1092:8, 1092:18, 1092:20, 1095:3, 1095:7, 1095:13, 1095:15, 1095:20, 1096:14, 1097:7, 1097:9, 1103:9, 1103:13, 1103:18, 1103:23, 1104:1, 1104:3, 1104:5, 1104:22, 1104:23, 1105:20, 1109:4, 1109:8, 1111:8, 1112:3, 1112:22, 1113:19, 1115:8, 1115:10,

1116:12, 1117:8, 1118:1, 1118:18, 1120:19, 1121:13, 1121:14, 1123:6
**WASH** [1] - 1073:19
**WASHINGTON** [1] - 1008:14
**WASN'T** [3] - 1050:25, 1072:21, 1076:22
**WATER** [98] - 1012:17, 1012:18, 1018:9, 1018:10, 1019:8, 1020:3, 1020:10, 1020:16, 1020:20, 1021:4, 1021:8, 1024:25, 1025:2, 1028:13, 1029:8, 1029:15, 1030:10, 1030:11, 1030:12, 1030:14, 1031:8, 1032:15, 1032:16, 1033:4, 1033:12, 1033:13, 1033:15, 1033:16, 1033:25, 1034:2, 1036:25, 1037:1, 1039:3, 1041:14, 1042:18, 1043:13, 1043:14, 1044:14, 1047:22, 1047:23, 1050:20, 1050:22, 1055:15, 1055:16, 1056:3, 1056:8, 1056:9, 1056:10, 1056:11, 1057:2, 1057:10, 1058:3, 1059:5, 1062:21, 1063:4, 1063:11, 1066:5, 1066:25, 1068:1, 1068:11, 1069:10, 1069:12, 1069:17, 1069:25, 1070:3, 1074:3, 1074:6, 1074:25, 1075:16, 1075:21, 1076:10, 1076:11, 1076:13, 1076:22, 1077:3, 1077:7, 1077:17, 1078:13, 1078:15, 1080:3, 1080:10, 1080:13, 1080:18, 1081:12, 1081:22, 1101:20, 1102:15, 1102:20, 1102:22, 1104:11, 1104:14, 1104:16, 1108:1, 1110:25
**WATER'S** [1] - 1078:9

**WATERS** [2] - 1059:3, 1059:4

**WAVE** [88] - 1010:21, 1011:10, 1011:19, 1011:21, 1011:22, 1011:25, 1012:14, 1012:16, 1012:17, 1012:18, 1013:2, 1013:4, 1015:4, 1015:15, 1017:17, 1019:3, 1021:11, 1022:1, 1025:12, 1025:13, 1025:14, 1025:19, 1025:20, 1026:2, 1026:5, 1026:8, 1027:2, 1027:3, 1027:4, 1028:11, 1029:16, 1029:17, 1029:23, 1030:6, 1030:7, 1030:14, 1030:15, 1030:16, 1030:24, 1030:25, 1031:1, 1031:3, 1031:4, 1031:5, 1031:25, 1032:1, 1032:15, 1033:6, 1049:2, 1064:11, 1064:22, 1065:6, 1065:8, 1065:10, 1065:12, 1065:17, 1066:1, 1066:2, 1066:5, 1066:8, 1066:10, 1066:15, 1068:11, 1069:1, 1069:2, 1073:14, 1073:15, 1074:3, 1074:24, 1076:18, 1083:16, 1084:4, 1084:10, 1084:13, 1095:21, 1101:12, 1101:14, 1102:2, 1111:3

**WAVES** [64] - 1011:11, 1013:23, 1014:12, 1017:5, 1017:9, 1018:3, 1018:10, 1018:13, 1020:14, 1021:12, 1022:6, 1024:19, 1025:1, 1025:2, 1025:4, 1026:1, 1026:2, 1026:3, 1026:5, 1026:8, 1029:7, 1029:8, 1029:11, 1029:12, 1029:15, 1030:22, 1031:18, 1032:2, 1032:6, 1032:14, 1033:14, 1033:17, 1033:18, 1034:5, 1064:22, 1065:1,

1065:4, 1066:17, 1066:21, 1068:25, 1073:19, 1078:15, 1083:17, 1083:25, 1084:2, 1084:4, 1086:4, 1090:1, 1090:2, 1095:14, 1098:19, 1099:8, 1100:9, 1101:21, 1101:25, 1102:3, 1102:5, 1102:6, 1102:12, 1102:19, 1102:21, 1103:17

**WAVES'** [1] - 1018:21

**WAY** [22] - 1011:21, 1016:22, 1020:9, 1029:17, 1029:18, 1036:4, 1037:22, 1050:11, 1052:12, 1052:18, 1053:4, 1058:1, 1058:11, 1061:7, 1063:7, 1064:14, 1065:19, 1065:20, 1066:4, 1071:13, 1104:11, 1104:12

**WAYS** [1] - 1099:2

**WDSU** [1] - 1081:22

**WE** [222] - 1010:20, 1010:23, 1010:25, 1011:3, 1011:9, 1012:4, 1012:7, 1012:8, 1013:12, 1014:11, 1015:4, 1015:12, 1015:23, 1016:2, 1016:23, 1016:24, 1016:25, 1017:2, 1017:4, 1017:16, 1017:21, 1018:8, 1018:23, 1019:1, 1019:13, 1019:15, 1020:13, 1020:18, 1020:22, 1020:24, 1020:25, 1021:3, 1021:10, 1022:5, 1022:17, 1023:10, 1023:22, 1023:23, 1023:24, 1024:3, 1024:13, 1024:16, 1025:3, 1025:4, 1025:5, 1025:6, 1025:7, 1025:10, 1025:23, 1027:21, 1027:24, 1027:25, 1028:12, 1028:20, 1028:24, 1029:15, 1029:16, 1030:9, 1030:13, 1031:12, 1031:24,

1031:25, 1033:23, 1034:9, 1035:2, 1035:7, 1037:19, 1038:12, 1038:17, 1039:8, 1039:20, 1040:22, 1042:12, 1042:14, 1042:15, 1043:16, 1043:22, 1044:1, 1044:2, 1044:5, 1044:17, 1044:18, 1044:21, 1045:1, 1045:15, 1046:5, 1046:10, 1046:11, 1046:18, 1046:19, 1046:22, 1047:2, 1047:6, 1047:19, 1048:14, 1048:15, 1050:2, 1050:8, 1052:18, 1052:19, 1053:3, 1053:4, 1054:10, 1054:14, 1054:23, 1054:25, 1055:7, 1055:19, 1055:21, 1056:14, 1056:18, 1056:20, 1057:6, 1057:15, 1058:13, 1058:22, 1058:25, 1059:1, 1059:14, 1059:20, 1061:24, 1063:17, 1064:9, 1064:20, 1065:1, 1065:5, 1065:21, 1067:13, 1067:15, 1067:17, 1067:23, 1069:8, 1070:12, 1071:19, 1072:15, 1075:9, 1076:13, 1076:14, 1076:18, 1076:19, 1076:22, 1076:25, 1077:6, 1077:11, 1077:23, 1078:23, 1079:24, 1080:2, 1080:3, 1080:9, 1080:13, 1080:17, 1080:23, 1080:24, 1081:3, 1081:7, 1082:12, 1082:22, 1083:12, 1083:17, 1083:20, 1084:4, 1085:6, 1086:11, 1086:13, 1086:16, 1086:22, 1087:3, 1087:14, 1087:19, 1089:3, 1091:8, 1092:22, 1093:21, 1094:9, 1096:8, 1096:14, 1097:16, 1097:18, 1099:22, 1100:22, 1100:23, 1103:10,

1103:11, 1105:12, 1106:25, 1107:8, 1108:10, 1108:11, 1109:15, 1109:18, 1109:23, 1110:20, 1113:6, 1113:21, 1113:22, 1115:3, 1116:15, 1118:8, 1119:17, 1119:18, 1121:17, 1122:22, 1123:3

**WE'D** [1] - 1082:12

**WE'LL** [17] - 1014:21, 1017:2, 1017:7, 1017:11, 1018:23, 1026:9, 1039:7, 1046:23, 1086:17, 1093:4, 1096:15, 1107:7, 1111:18, 1114:4, 1118:11, 1122:25

**WE'RE** [27] - 1014:10, 1017:4, 1018:24, 1019:3, 1028:23, 1029:10, 1030:19, 1037:24, 1048:8, 1050:2, 1059:15, 1060:3, 1066:8, 1072:19, 1076:8, 1087:15, 1091:10, 1093:14, 1093:16, 1093:22, 1098:12, 1102:15, 1110:11, 1111:14, 1120:6, 1123:4

**WE'VE** [4] - 1013:13, 1050:25, 1053:23, 1068:14

**WEAKEN** [1] - 1103:11

**WEATHER** [1] - 1083:9

**WEIGHT** [4] - 1101:23, 1119:9, 1119:24, 1120:1

**WELL** [32] - 1012:17, 1016:7, 1016:23, 1018:12, 1019:20, 1026:24, 1032:20, 1035:8, 1035:9, 1037:13, 1037:20, 1039:14, 1039:21, 1051:12, 1056:19, 1063:25, 1071:7, 1071:10, 1072:23, 1075:7, 1089:13, 1094:17, 1096:11, 1103:10, 1104:11, 1104:23, 1104:25, 1109:24, 1114:10,

1118:25, 1119:7, 1122:3

**WELL-MAINTAINED** [3] - 1037:13, 1039:14, 1039:21

**WENT** [2] - 1015:14, 1042:4

**WERE** [56] - 1010:6, 1010:20, 1011:3, 1011:5, 1011:11, 1013:12, 1014:1, 1014:11, 1014:23, 1018:3, 1022:15, 1029:12, 1031:10, 1031:11, 1031:19, 1031:24, 1033:8, 1040:23, 1042:10, 1043:20, 1045:12, 1045:16, 1046:15, 1046:16, 1047:10, 1049:12, 1053:14, 1055:23, 1059:3, 1059:12, 1060:16, 1061:18, 1072:1, 1072:2, 1075:1, 1083:17, 1089:23, 1090:3, 1094:8, 1094:24, 1095:4, 1095:10, 1096:3, 1096:8, 1098:16, 1098:21, 1100:5, 1100:14, 1102:5, 1103:21, 1108:18, 1110:16, 1111:4, 1112:2, 1112:15, 1113:21

**WEST** [2] - 1057:3, 1058:4

**WESTERINK** [1] - 1086:3

**WET** [1] - 1093:11

**WETLANDS** [9] - 1024:4, 1024:11, 1024:18, 1037:14, 1039:15, 1039:17, 1080:17, 1098:16

**WHAT** [130] - 1011:18, 1011:22, 1012:3, 1014:5, 1014:10, 1014:11, 1015:18, 1015:19, 1017:1, 1018:6, 1018:12, 1018:24, 1019:1, 1022:13, 1023:15, 1025:10, 1025:21, 1026:16, 1027:17, 1027:21, 1027:23, 1028:2, 1028:3, 1028:6,

1029:14, 1029:19, 1030:19, 1031:5, 1031:7, 1033:10, 1033:14, 1033:23, 1035:21, 1038:15, 1039:16, 1040:12, 1041:10, 1042:5, 1042:6, 1042:8, 1042:17, 1043:2, 1045:12, 1045:15, 1046:5, 1046:10, 1046:21, 1047:9, 1049:8, 1049:11, 1049:16, 1049:23, 1050:13, 1050:21, 1050:22, 1052:13, 1052:16, 1054:8, 1054:19, 1054:22, 1054:23, 1059:1, 1060:12, 1060:21, 1061:25, 1064:8, 1068:25, 1070:5, 1070:8, 1071:1, 1071:2, 1072:7, 1072:17, 1072:18, 1074:8, 1074:17, 1077:24, 1078:25, 1079:3, 1079:7, 1079:14, 1079:15, 1079:17, 1088:17, 1089:15, 1089:16, 1090:13, 1091:1, 1091:4, 1091:5, 1091:14, 1091:20, 1092:7, 1092:8, 1092:9, 1092:15, 1092:21, 1093:8, 1095:3, 1095:7, 1095:12, 1096:1, 1096:7, 1096:9, 1100:5, 1101:4, 1101:9, 1101:25, 1102:14, 1103:8, 1103:16, 1104:9, 1104:22, 1105:13, 1106:20, 1107:23, 1112:6, 1112:20, 1112:22, 1114:24, 1116:6, 1116:8, 1120:6, 1122:15, 1122:23, 1122:25

**WHAT'S** [9] - 1037:11, 1051:23, 1056:22, 1056:24, 1057:7, 1058:21, 1079:22, 1084:1, 1119:5

**WHATEVER** [8] - 1022:15, 1077:16, 1078:11, 1078:14, 1081:23, 1083:9,

1103:16, 1110:1
**WHEN** [55] - 1010:20, 1011:3, 1011:10, 1013:2, 1014:25, 1016:1, 1017:4, 1017:11, 1018:3, 1019:13, 1019:17, 1019:20, 1019:24, 1020:6, 1020:18, 1020:25, 1021:6, 1021:12, 1021:15, 1022:6, 1025:9, 1030:10, 1031:24, 1032:2, 1034:9, 1035:3, 1036:25, 1044:17, 1044:19, 1045:1, 1046:10, 1047:19, 1051:7, 1051:13, 1052:3, 1054:11, 1058:6, 1061:11, 1064:24, 1067:18, 1068:22, 1072:21, 1078:1, 1079:5, 1087:15, 1093:21, 1094:11, 1095:7, 1102:8, 1103:10, 1103:12, 1104:18, 1117:7, 1118:21, 1121:10

**WHENEVER** [1] - 1091:5

**WHERE** [39] - 1010:23, 1010:25, 1013:12, 1013:22, 1017:7, 1019:2, 1019:21, 1019:23, 1021:21, 1022:8, 1037:18, 1046:24, 1047:10, 1056:5, 1059:4, 1065:1, 1065:9, 1070:22, 1075:16, 1076:10, 1076:11, 1076:13, 1079:18, 1080:2, 1080:3, 1081:3, 1081:4, 1081:5, 1095:9, 1103:15, 1103:24, 1104:4, 1104:6, 1107:12, 1116:16, 1116:18, 1117:7, 1118:11, 1121:7

**WHEREUPON** [4] - 1029:2, 1063:18, 1087:21, 1123:6

**WHETHER** [9] - 1017:12, 1029:7, 1040:20, 1040:22, 1060:8, 1060:19,

1061:3, 1073:2, 1076:15
**WHICH** [56] - 1010:25, 1011:6, 1012:8, 1018:17, 1018:18, 1019:3, 1019:13, 1019:14, 1020:13, 1021:12, 1022:25, 1023:19, 1023:24, 1023:25, 1024:13, 1025:23, 1026:18, 1027:12, 1034:15, 1034:24, 1043:3, 1043:6, 1043:18, 1044:19, 1047:2, 1047:3, 1047:11, 1047:12, 1047:13, 1048:10, 1048:18, 1049:7, 1054:24, 1055:15, 1056:3, 1056:18, 1058:19, 1059:20, 1067:13, 1067:16, 1071:7, 1072:20, 1080:17, 1085:6, 1086:2, 1088:17, 1093:24, 1100:24, 1101:20, 1101:22, 1110:8, 1111:17, 1113:17, 1114:2, 1118:16

**WHILE** [7] - 1030:11, 1035:21, 1046:15, 1066:8, 1069:14, 1087:14, 1103:19

**WHITE** [2] - 1054:5, 1105:16

**WHO** [8] - 1015:22, 1050:21, 1088:22, 1089:5, 1089:7, 1103:5, 1114:14, 1121:17

**WHOLE** [2] - 1044:5, 1078:14

**WHY** [21] - 1017:3, 1021:11, 1027:24, 1031:21, 1037:20, 1050:14, 1053:1, 1056:8, 1064:8, 1065:3, 1065:5, 1066:23, 1067:21, 1070:23, 1071:19, 1078:1, 1095:2, 1095:19, 1108:17, 1114:17, 1122:24

**WIDE** [3] - 1048:14, 1050:3, 1074:8

**WIDEN** [2] - 1069:5

**WIDENED** [2] - 1074:15, 1098:25

**WIDENING** [6] - 1072:22, 1105:21, 1107:13, 1107:17, 1111:9, 1120:8

**WIDENS** [1] - 1120:10

**WIDER** [4] - 1067:3, 1067:21, 1069:2, 1073:20

**WIDTH** [6] - 1062:2, 1064:14, 1067:7, 1068:22, 1069:10, 1069:20

**WILL** [44] - 1010:13, 1017:1, 1017:2, 1027:12, 1029:14, 1031:9, 1032:14, 1038:1, 1038:20, 1042:11, 1045:2, 1049:8, 1049:9, 1049:23, 1051:7, 1058:4, 1063:13, 1063:17, 1066:24, 1067:9, 1068:1, 1069:10, 1069:12, 1069:20, 1069:22, 1069:25, 1070:7, 1073:14, 1073:17, 1073:18, 1073:19, 1082:20, 1086:6, 1086:7, 1089:7, 1089:14, 1089:21, 1093:19, 1096:23, 1097:20, 1113:6, 1113:11, 1113:17, 1118:23

**WIN** [1] - 1072:17

**WIND** [31] - 1015:8, 1015:14, 1015:15, 1016:20, 1016:24, 1017:5, 1017:8, 1017:12, 1017:13, 1018:13, 1018:17, 1018:18, 1018:19, 1019:4, 1019:5, 1019:17, 1019:20, 1019:24, 1020:6, 1021:1, 1021:6, 1022:6, 1022:8, 1022:16, 1022:19, 1022:22, 1023:6, 1023:19, 1023:22, 1024:14

**WINDS** [1] - 1064:25

**WINER** [2] - 1083:14, 1086:3

**WISH** [1] - 1026:18, 1042:9

**WISHES** [1] - 1038:2

**WITH** [80] - 1012:4,

1013:25, 1014:15, 1015:6, 1015:21, 1022:9, 1023:18, 1025:1, 1027:12, 1028:15, 1031:7, 1037:13, 1038:21, 1039:14, 1039:20, 1040:3, 1041:21, 1046:12, 1048:14, 1048:21, 1049:1, 1049:13, 1049:14, 1049:15, 1049:18, 1051:4, 1051:8, 1052:23, 1054:10, 1060:9, 1062:23, 1064:8, 1066:2, 1067:20, 1070:11, 1071:12, 1071:25, 1072:2, 1075:19, 1080:10, 1083:24, 1084:6, 1086:4, 1088:2, 1089:21, 1092:1, 1093:17, 1095:10, 1096:17, 1097:19, 1098:17, 1099:15, 1099:24, 1100:9, 1101:9, 1103:14, 1103:19, 1104:4, 1104:9, 1105:9, 1106:5, 1106:6, 1106:9, 1107:20, 1108:1, 1111:24, 1113:4, 1114:6, 1114:25, 1117:21, 1119:1, 1119:24, 1120:6, 1120:12, 1120:13, 1121:6, 1123:4

**WITHDRAW** [2] - 1061:13, 1113:15

**WITHDRAWN** [1] - 1113:3

**WITHDREW** [1] - 1113:21

**WITHHELD** [1] - 1057:23

**WITHIN** [1] - 1013:22

**WITHOUT** [17] - 1018:6, 1028:5, 1033:16, 1042:8, 1044:2, 1062:23, 1063:10, 1075:3, 1089:18, 1090:3, 1092:1, 1092:12, 1095:16, 1095:20, 1096:17, 1119:13

**WITHSTAND** [1] - 1049:9

**WITNESS** [53] - 1009:2, 1010:9,

1010:17, 1011:24,
1022:17, 1023:2,
1027:2, 1027:7,
1028:8, 1032:22,
1032:24, 1033:1,
1033:3, 1033:13,
1033:17, 1035:18,
1036:14, 1038:4,
1039:5, 1041:12,
1043:12, 1049:23,
1049:25, 1050:12,
1050:19, 1050:24,
1053:10, 1053:12,
1053:15, 1053:21,
1053:25, 1061:10,
1066:11, 1068:7,
1068:10, 1070:5,
1077:15, 1081:18,
1083:8, 1087:25,
1093:18, 1097:23,
1108:13, 1113:9,
1114:14, 1115:25,
1116:22, 1116:25,
1117:19, 1117:23,
1118:13, 1120:23,
1121:2

**WITNESSES** [1] -
1062:1

**WONDER** [1] -
1021:10

**WOODCOCK** [1] -
1008:12

**WOODS** [1] -
1022:10

**WORDS** [6] - 1041:6,
1048:3, 1052:4,
1052:12, 1079:9,
1089:19

**WORK** [9] - 1049:4,
1049:7, 1049:14,
1049:18, 1088:21,
1089:9, 1089:12,
1093:2, 1103:24

**WORKED** [3] -
1103:25, 1104:4,
1104:6

**WORLD'S** [1] -
1104:4

**WORRIED** [1] -
1102:4

**WORSE** [1] - 1094:3

**WORST** [1] - 1098:4

**WOULD** [122] -
1010:9, 1010:23,
1011:13, 1012:1,
1012:8, 1012:13,
1012:14, 1012:16,
1012:19, 1012:21,
1012:22, 1013:5,
1013:11, 1013:13,

1014:12, 1016:20,
1016:21, 1016:24,
1018:6, 1019:1,
1022:22, 1023:2,
1023:6, 1023:11,
1023:12, 1024:19,
1024:20, 1025:12,
1026:13, 1027:14,
1028:18, 1028:21,
1029:7, 1030:24,
1031:7, 1031:17,
1032:6, 1032:9,
1033:7, 1033:8,
1033:12, 1033:20,
1033:23, 1034:4,
1034:17, 1036:8,
1037:5, 1037:12,
1040:3, 1040:8,
1040:9, 1041:7,
1041:21, 1042:2,
1042:3, 1044:19,
1044:23, 1048:18,
1051:4, 1053:13,
1054:14, 1056:20,
1060:19, 1061:3,
1061:11, 1062:22,
1063:11, 1067:11,
1068:22, 1070:5,
1070:6, 1070:11,
1070:19, 1073:24,
1075:2, 1075:7,
1076:15, 1079:7,
1080:6, 1081:4,
1082:16, 1082:17,
1083:23, 1084:6,
1085:16, 1087:23,
1088:3, 1089:7,
1089:18, 1090:2,
1090:6, 1091:12,
1091:25, 1092:12,
1092:22, 1096:16,
1096:21, 1096:25,
1097:2, 1097:14,
1097:16, 1098:14,
1103:11, 1107:16,
1108:16, 1110:4,
1110:23, 1111:19,
1112:12, 1113:25,
1114:2, 1117:15,
1119:5, 1119:20,
1121:24

**WOULDN'T** [11] -
1014:17, 1029:20,
1030:5, 1031:17,
1031:20, 1031:21,
1032:7, 1032:11,
1040:5, 1041:21,
1051:8

**WRIGHT** [1] - 1007:1

**WRITE** [1] - 1106:13

**WRITING** [1] -

1103:1

**WRITTEN** [1] -
1083:14

**WRONG** [7] -
1019:22, 1040:16,
1058:5, 1080:4,
1109:15, 1110:3,
1110:9

**WROTE** [2] - 1110:3,
1114:8

**WVUE** [2] - 1081:24,
1081:25

---

## X

**X** [1] - 1009:1

## Y

**YEAH** [143] -
1011:12, 1012:10,
1012:21, 1013:5,
1014:3, 1014:7,
1014:14, 1014:22,
1014:24, 1015:1,
1015:3, 1015:21,
1016:9, 1016:13,
1016:19, 1017:6,
1017:10, 1017:14,
1017:21, 1017:23,
1017:25, 1018:2,
1018:8, 1018:16,
1018:20, 1019:9,
1019:16, 1019:19,
1020:1, 1020:8,
1020:12, 1020:23,
1021:21, 1022:1,
1022:7, 1023:2,
1023:8, 1023:10,
1023:14, 1024:2,
1024:10, 1024:12,
1025:19, 1027:7,
1029:9, 1029:22,
1031:16, 1032:4,
1032:9, 1033:22,
1033:25, 1034:8,
1035:10, 1035:19,
1035:24, 1036:3,
1037:3, 1037:10,
1037:16, 1037:17,
1038:4, 1038:11,
1038:14, 1038:19,
1038:22, 1038:25,
1039:5, 1040:10,
1040:14, 1040:25,
1041:5, 1041:8,
1042:5, 1042:21,
1042:24, 1044:25,
1045:14, 1045:19,
1045:22, 1045:24,
1047:25, 1048:8,

1048:22, 1049:3,
1049:6, 1049:11,
1049:21, 1051:11,
1051:21, 1052:11,
1053:1, 1055:20,
1056:9, 1056:17,
1057:4, 1059:7,
1059:24, 1060:2,
1061:19, 1063:3,
1063:6, 1063:9,
1065:20, 1066:7,
1066:16, 1066:19,
1068:10, 1070:14,
1074:20, 1075:18,
1075:22, 1076:24,
1077:5, 1080:12

**YEAR** [6] - 1011:2,
1011:4, 1091:9,
1091:24, 1122:7,
1122:9

**YEARS** [5] - 1085:1,
1085:2, 1089:2,
1115:22, 1121:10

**YELLOW** [1] -
1105:18

**YEP** [3] - 1041:20,
1044:11, 1045:9

**YES** [154] - 1010:6,
1012:21, 1012:24,
1013:1, 1013:8,
1013:10, 1013:15,
1013:17, 1013:20,
1013:24, 1014:10,
1015:5, 1018:4,
1019:6, 1019:12,
1020:5, 1020:17,
1020:21, 1021:9,
1023:21, 1024:6,
1024:12, 1024:15,
1024:23, 1027:16,
1028:20, 1031:9,
1032:18, 1032:21,
1033:3, 1033:25,
1034:12, 1035:1,
1035:5, 1035:14,
1036:12, 1036:21,
1036:22, 1037:8,
1039:11, 1040:19,
1041:16, 1041:18,
1041:24, 1043:7,
1043:24, 1044:16,
1044:21, 1045:5,
1045:17, 1046:3,
1046:9, 1046:14,
1046:21, 1047:1,
1047:5, 1047:18,
1048:17, 1051:10,
1053:2, 1053:11,
1053:12, 1053:21,
1055:14, 1055:18,

1055:22, 1057:16,
1057:22, 1058:9,
1058:17, 1059:14,
1059:15, 1060:2,
1060:3, 1060:4,
1060:10, 1061:21,
1062:16, 1064:5,
1065:15, 1065:18,
1073:1, 1073:7,
1075:6, 1076:2,
1076:4, 1076:6,
1076:7, 1076:12,
1076:21, 1077:19,
1078:12, 1078:17,
1080:8, 1080:19,
1080:21, 1081:18,
1081:19, 1082:5,
1085:20, 1086:20,
1086:25, 1088:4,
1092:20, 1094:2,
1094:7, 1094:14,
1094:23, 1096:4,
1097:9, 1097:22,
1098:13, 1099:18,
1099:20, 1100:12,
1101:3, 1102:13,
1103:23, 1104:21,
1105:4, 1105:11,
1106:16, 1106:19,
1106:24, 1107:14,
1108:2, 1108:4,
1108:9, 1108:14,
1109:11, 1109:14,
1110:13, 1111:13,
1112:5, 1112:19,
1114:21, 1117:6,
1117:19, 1118:14,
1118:22, 1120:1,
1120:7, 1121:9

**YESTERDAY** [23] -
1010:20, 1010:23,
1010:25, 1011:3,
1011:9, 1017:16,
1018:5, 1025:3,
1025:8, 1025:10,
1025:11, 1025:22,
1029:25, 1031:23,
1040:12, 1054:9,
1059:12, 1067:6,
1067:16, 1068:15,
1070:21, 1076:14,
1080:10

**YET** [2] - 1053:25,
1096:8

**YORK** [1] - 1007:24

**YOU** [467] - 1010:6,
1010:10, 1011:2,
1011:4, 1011:15,
1011:16, 1011:25,
1012:19, 1013:18,
1013:21, 1013:22,

| | | | | |
|---|---|---|---|---|
| 1014:25, 1015:7, | 1042:6, 1042:7, | 1067:5, 1067:7, | 1107:16, 1108:5, | 1015:11, 1015:18, |
| 1015:14, 1015:18, | 1042:8, 1042:17, | 1067:10, 1067:11, | 1108:16, 1108:17, | 1015:19, 1016:3, |
| 1015:19, 1016:7, | 1042:18, 1042:21, | 1067:25, 1068:1, | 1109:12, 1109:25, | 1016:10, 1016:18, |
| 1016:15, 1017:12, | 1042:25, 1043:1, | 1068:2, 1068:3, | 1110:4, 1110:11, | 1017:16, 1021:15, |
| 1017:17, 1017:19, | 1043:8, 1043:12, | 1068:20, 1068:22, | 1110:13, 1110:16, | 1022:1, 1022:4, |
| 1017:22, 1018:5, | 1043:21, 1043:23, | 1069:5, 1069:7, | 1110:23, 1111:19, | 1022:12, 1022:13, |
| 1018:10, 1018:13, | 1044:12, 1045:1, | 1069:17, 1069:19, | 1112:2, 1112:6, | 1023:7, 1026:4, |
| 1018:15, 1018:17, | 1045:2, 1045:12, | 1069:20, 1070:4, | 1112:8, 1112:15, | 1026:7, 1026:23, |
| 1018:18, 1018:19, | 1045:16, 1045:25, | 1070:11, 1070:14, | 1112:17, 1112:20, | 1026:25, 1027:25, |
| 1019:17, 1019:18, | 1046:1, 1046:21, | 1070:16, 1070:23, | 1112:22, 1113:10, | 1028:22, 1029:1, |
| 1019:20, 1019:24, | 1047:8, 1047:9, | 1070:24, 1071:1, | 1113:16, 1113:17, | 1030:3, 1030:21, |
| 1020:6, 1021:6, | 1047:10, 1047:14, | 1071:8, 1071:14, | 1113:18, 1113:23, | 1031:9, 1031:21, |
| 1021:10, 1021:18, | 1047:15, 1047:19, | 1071:18, 1071:21, | 1113:24, 1113:25, | 1033:20, 1034:10, |
| 1021:21, 1021:22, | 1047:20, 1047:22, | 1072:7, 1072:9, | 1114:8, 1114:14, | 1035:3, 1037:18, |
| 1021:25, 1022:2, | 1048:3, 1048:4, | 1072:17, 1072:18, | 1114:17, 1115:18, | 1037:21, 1038:2, |
| 1022:3, 1022:6, | 1048:7, 1048:18, | 1073:4, 1073:5, | 1116:2, 1116:8, | 1038:15, 1038:16, |
| 1022:7, 1022:9, | 1049:4, 1049:11, | 1073:6, 1073:22, | 1116:15, 1117:5, | 1041:1, 1041:4, |
| 1022:11, 1022:18, | 1049:12, 1049:15, | 1074:2, 1074:8, | 1117:15, 1118:2, | 1043:10, 1045:11, |
| 1022:20, 1022:23, | 1049:18, 1049:22, | 1074:16, 1075:1, | 1118:4, 1118:6, | 1049:4, 1049:23, |
| 1023:4, 1023:6, | 1050:10, 1050:11, | 1075:2, 1075:8, | 1118:9, 1118:14, | 1049:25, 1050:5, |
| 1023:11, 1023:13, | 1050:13, 1050:18, | 1075:9, 1075:10, | 1118:16, 1118:23, | 1050:17, 1051:5, |
| 1024:23, 1024:25, | 1050:24, 1051:4, | 1075:12, 1075:15, | 1119:2, 1119:5, | 1051:9, 1052:6, |
| 1025:1, 1025:3, | 1051:8, 1051:24, | 1075:23, 1076:7, | 1119:7, 1119:9, | 1053:19, 1053:24, |
| 1025:4, 1025:9, | 1052:1, 1052:11, | 1076:8, 1076:10, | 1119:20, 1119:23, | 1054:1, 1054:11, |
| 1025:12, 1025:15, | 1052:16, 1052:19, | 1076:14, 1076:25, | 1120:5, 1120:7, | 1056:15, 1058:15, |
| 1025:17, 1025:18, | 1052:20, 1052:23, | 1077:18, 1078:3, | 1120:13, 1120:21, | 1059:19, 1059:25, |
| 1025:25, 1026:1, | 1053:3, 1053:4, | 1078:20, 1079:4, | 1121:10, 1121:24, | 1060:5, 1060:19, |
| 1026:3, 1026:8, | 1053:5, 1053:6, | 1079:6, 1079:12, | 1122:2, 1122:23 | 1061:3, 1061:6, |
| 1026:22, 1027:1, | 1053:8, 1053:12, | 1079:14, 1080:2, | **YOU'LL** [3] - | 1061:10, 1061:13, |
| 1027:14, 1027:22, | 1053:16, 1053:18, | 1080:6, 1080:9, | 1017:11, 1082:19, | 1061:18, 1061:22, |
| 1027:23, 1027:24, | 1053:22, 1054:9, | 1081:17, 1082:8, | 1093:23 | 1062:4, 1062:10, |
| 1028:3, 1028:5, | 1055:2, 1055:9, | 1082:9, 1082:17, | **YOU'RE** [33] - | 1062:14, 1062:21, |
| 1028:6, 1028:17, | 1055:11, 1055:14, | 1082:23, 1082:24, | 1019:5, 1028:18, | 1063:1, 1063:2, |
| 1028:18, 1028:24, | 1055:23, 1056:1, | 1083:2, 1083:6, | 1029:14, 1033:11, | 1063:15, 1063:23, |
| 1029:1, 1029:4, | 1056:7, 1056:22, | 1083:8, 1083:11, | 1035:19, 1036:18, | 1066:10, 1066:20, |
| 1029:6, 1029:7, | 1056:25, 1057:7, | 1083:16, 1084:5, | 1041:10, 1042:5, | 1067:1, 1068:14, |
| 1029:14, 1029:19, | 1057:9, 1057:16, | 1084:17, 1084:20, | 1048:3, 1048:21, | 1070:19, 1071:16, |
| 1029:20, 1030:2, | 1057:20, 1057:22, | 1085:12, 1085:15, | 1048:24, 1049:1, | 1072:17, 1073:6, |
| 1030:3, 1030:5, | 1057:24, 1058:3, | 1085:22, 1085:24, | 1049:13, 1053:10, | 1073:7, 1076:11, |
| 1030:17, 1030:24, | 1058:21, 1058:23, | 1086:5, 1086:7, | 1061:11, 1063:21, | 1077:3, 1077:11, |
| 1031:7, 1031:10, | 1059:10, 1059:12, | 1087:6, 1087:8, | 1065:13, 1071:5, | 1080:3, 1081:8, |
| 1031:11, 1031:14, | 1059:19, 1060:3, | 1087:16, 1087:23, | 1072:23, 1072:24, | 1081:13, 1082:6, |
| 1031:17, 1031:20, | 1060:5, 1060:6, | 1088:4, 1088:20, | 1075:6, 1082:21, | 1082:11, 1082:15, |
| 1031:23, 1032:1, | 1060:7, 1060:8, | 1088:22, 1090:23, | 1083:5, 1083:22, | 1082:16, 1082:21, |
| 1032:9, 1032:17, | 1060:11, 1060:13, | 1091:13, 1091:22, | 1086:7, 1093:12, | 1083:23, 1084:5, |
| 1032:21, 1033:1, | 1060:21, 1060:25, | 1092:4, 1092:11, | 1093:13, 1094:2, | 1085:24, 1086:1, |
| 1033:2, 1033:3, | 1061:17, 1061:18, | 1094:2, 1094:12, | 1100:23, 1107:6, | 1086:19, 1087:5, |
| 1033:6, 1033:7, | 1061:22, 1061:23, | 1095:12, 1095:15, | 1110:2, 1119:22 | 1087:8, 1087:9, |
| 1033:8, 1033:12, | 1062:4, 1062:6, | 1096:23, 1097:2, | **YOU'VE** [13] - | 1087:12, 1087:14, |
| 1033:13, 1033:14, | 1062:8, 1062:10, | 1098:1, 1098:9, | 1016:7, 1043:2, | 1087:20, 1087:23, |
| 1033:15, 1033:20, | 1062:16, 1063:1, | 1098:11, 1098:14, | 1043:5, 1049:13, | 1088:2, 1088:16, |
| 1034:4, 1034:22, | 1063:4, 1063:11, | 1099:21, 1099:22, | 1050:12, 1050:19, | 1091:8, 1091:16, |
| 1034:25, 1035:19, | 1063:13, 1063:15, | 1099:23, 1100:4, | 1083:6, 1085:3, | 1093:20, 1096:5, |
| 1035:23, 1036:12, | 1063:25, 1064:3, | 1100:8, 1100:13, | 1099:12, 1099:15, | 1096:15, 1097:4, |
| 1036:25, 1037:14, | 1064:4, 1064:6, | 1100:18, 1101:4, | 1106:6, 1107:17, | 1097:15, 1097:18, |
| 1037:18, 1037:20, | 1064:8, 1064:12, | 1102:20, 1103:3, | 1110:21 | 1097:23, 1098:4, |
| 1037:22, 1038:15, | 1064:15, 1064:19, | 1103:23, 1103:24, | **YOUR** [155] - 1010:8, | 1098:9, 1098:11, |
| 1038:20, 1040:3, | 1065:4, 1065:8, | 1104:8, 1105:25, | 1010:9, 1010:13, | 1100:24, 1101:5, |
| 1040:5, 1040:16, | 1065:13, 1065:16, | 1106:13, 1106:18, | 1010:22, 1011:1, | 1103:21, 1105:8, |
| 1041:21, 1042:5, | 1066:1, 1066:5, | 1106:20, 1106:22, | 1012:5, 1014:25, | 1105:20, 1106:9, |
| | 1066:9, 1066:10, | 1107:12, 1107:15, | 1015:8, 1015:10, | 1106:15, 1107:5, |

1107:15, 1108:12,
1109:8, 1109:12,
1110:17, 1111:8,
1112:1, 1112:11,
1113:1, 1113:15,
1113:24, 1113:25,
1114:19, 1114:24,
1116:2, 1118:5,
1119:6, 1121:4,
1121:21, 1121:24,
1122:17, 1123:3
  **YOURSELF** [2] -
1060:7, 1067:11

## Z

**Z** [1] - 1117:20
  **ZERO** [16] - 1022:12,
1022:16, 1023:19,
1038:19, 1038:20,
1043:19, 1044:8,
1044:10, 1044:19,
1064:14, 1067:9,
1068:25, 1069:10,
1075:6, 1105:17,
1111:25
  **ZOOM** [4] - 1042:15,
1043:25, 1045:11,
1056:20