1             UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF LOUISIANA

3

4

5   NORMAN ROBINSON, ET AL          *    DOCKET 06-CV-2268-K
                                    *
6   VERSUS                          *    NEW ORLEANS, LOUISIANA
                                    *
7   UNITED STATES OF AMERICA, ET AL *    APRIL 24, 2009
    * * * * * * * * * * * * * * * * *

8

9

10               VOLUME 5 - AFTERNOON SESSION
                 TRIAL PROCEEDINGS BEFORE THE
11             HONORABLE STANWOOD R. DUVAL JR.
                 UNITED STATES DISTRICT JUDGE
12

13

     APPEARANCES:
14

15   FOR THE PLAINTIFFS:         O'DONNELL & ASSOCIATES, PC
                                 BY:  PIERCE O'DONNELL, ESQ.
16                               550 SOUTH HOPE STREET, SUITE 1000
                                 LOS ANGELES, CALIFORNIA 90071
17

18   FOR THE PLAINTIFFS:         LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                                 BY:  JOSEPH M. BRUNO, ESQ.
19                                    L. SCOTT JOANEN, ESQ.
                                 855 BARONNE STREET
20                               NEW ORLEANS, LOUISIANA 70113

21
     FOR THE PLAINTIFFS:         THE ANDRY LAW FIRM, LLC
22                               BY:  JONATHAN B. ANDRY, ESQ.
                                      KEA SHERMAN, ESQ.
23                               610 BARONNE STREET
                                 NEW ORLEANS, LOUISIANA 70113
24

25

                         FINAL DAILY COPY

1    APPEARANCES (CONTINUED):

2

3    FOR THE PLAINTIFFS:          BARON & BUDD, PC
                                  BY:  THOMAS SIMS, ESQ.
                                  3102 OAK LAWN AVENUE, SUITE 1100
4                                 DALLAS, TEXAS 75219

5

6    FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
                                  BY:  JAMES P. ROY, ESQ.
                                  556 JEFFERSON STREET, SUITE 500
7                                 POST OFFICE BOX 3668
                                  LAFAYETTE, LOUISIANA 70502
8

9    FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
                                  BY:  FRANK C. DUDENHEFER JR., ESQ.
10                                601 POYDRAS STREET, SUITE 2655
                                  NEW ORLEANS, LOUISIANA 70130
11

12   FOR THE PLAINTIFFS:          DUMAS & ASSOCIATES LAW FIRM, LLC
                                  BY:  WALTER C. DUMAS, ESQ.
13                                LAWYER'S COMPLEX
                                  1261 GOVERNMENT STREET
14                                POST OFFICE BOX 1366
                                  BATON ROUGE, LOUISIANA 70821
15

16   FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT
                                  BY:  CALVIN C. FAYARD JR., ESQ.
17                                519 FLORIDA AVENUE S.W.
                                  DENHAM SPRINGS, LOUISIANA 70726
18

19   FOR THE PLAINTIFFS:          MICHAEL C. PALMINTIER, A PLC
                                  BY:  MICHAEL C. PALMINTIER, ESQ.
20                                     JOSHUA M. PALMINTIER, ESQ.
                                  618 MAIN STREET
21                                BATON ROUGE, LOUISIANA 70801

22

23   FOR THE PLAINTIFFS:          LAW OFFICE OF ELWOOD C. STEVENS JR.,
                                     A PLC
                                  BY:  ELWOOD C. STEVENS JR., ESQ.
24                                1205 VICTOR II BOULEVARD
                                  POST OFFICE BOX 2626
25                                MORGAN CITY, LOUISIANA 70381


                         FINAL DAILY COPY

1   APPEARANCES (CONTINUED):

2

3   FOR SUBROGATED INSURERS:     THE GILBERT FIRM
                                  BY:  ELISA T. GILBERT, ESQ.
                                       BRENDAN R. O'BRIEN, ESQ.
4                                 325 EAST 57TH STREET
                                  NEW YORK, NEW YORK 10022

5

6   ALSO PRESENT FOR             J. ROBERT WARREN II, ESQ.
       PLAINTIFFS:               ASHLEY E. PHILEN, ESQ.
7                                 MRGO LITIGATION GROUP
                                  600 CARONDELET STREET, SUITE 604
8                                 NEW ORLEANS, LOUISIANA 70130

9

    FOR THE DEFENDANT:           U.S. DEPARTMENT OF JUSTICE
10                                TORTS BRANCH, CIVIL DIVISION
                                  BY:  DANIEL M. BAEZA JR., ESQ.
11                                     JEFFREY PAUL EHRLICH, ESQ.
                                       TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                     MICHELE S. GREIF, ESQ.
                                       CONOR KELLS, ESQ.
13                                     PAUL MARC LEVINE, ESQ.
                                       JAMES F. MCCONNON JR., ESQ.
14                                     KARA K. MILLER, ESQ.
                                       RUPERT MITSCH, ESQ.
15                                     PETER G. MYER, ESQ.
                                       ROBIN D. SMITH, ESQ.
16                                     SARAH K. SOJA, ESQ.
                                       RICHARD R. STONE SR., ESQ.
17                                     JOHN WOODCOCK, ESQ.
                                  BENJAMIN FRANKLIN STATION
18                                P.O. BOX 888
                                  WASHINGTON, DC 20044

19

20  OFFICIAL COURT REPORTER:     TONI DOYLE TUSA, CCR, FCRR
                                  500 POYDRAS STREET, ROOM HB-406
21                                NEW ORLEANS, LOUISIANA 70130
                                  (504) 589-7778

22

23

24

    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25  PRODUCED BY COMPUTER.


                            FINAL DAILY COPY

1127

1    <u>I N D E X</u>

2                                              <u>PAGE</u>

3    ROBERT G. BEA

4         DIRECT EXAMINATION                   1128

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:17 | 1 | **AFTERNOON SESSION** |
| 13:17 | 2 | **(APRIL 24, 2009)** |
| 13:17 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 13:20 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:20 | 5 | **MR. O'DONNELL:**  YOUR HONOR, MR. STONE AND I WORKED |
| 13:20 | 6 | OUT THE ISSUES ON THAT SLIDE 14, I THINK, AND I APPRECIATE HIS |
| 13:20 | 7 | ACCOMMODATION. |
| 13:20 | 8 | **THE COURT:**  THANK YOU, SIR. |
| 13:20 | 9 | **MR. O'DONNELL:**  LET'S GO BACK TO SLIDE 14, PX-194, |
| 13:20 | 10 | PX-82. |
| 13:20 | 11 | **THE COURT:**  I TAKE IT WE MADE NO PROGRESS REFERENCE |
| 13:20 | 12 | THE NORTH AND SOUTH BREACH? |
| 13:20 | 13 | **MR. O'DONNELL:**  NO, BUT I DO HOPE TO MEET WITH |
| 13:20 | 14 | MR. SMITH AFTER TODAY OR HAVE A DIALOGUE ON THAT. |
| 13:20 | 15 | (WHEREUPON, **ROBERT G. BEA**, HAVING BEEN DULY SWORN, |
| 13:20 | 16 | TESTIFIED AS FOLLOWS.) |
| 13:20 | 17 | **DIRECT EXAMINATION** |
| 13:20 | 18 | **BY MR. O'DONNELL:** |
| 13:21 | 19 | **Q.**  SIR, ON SLIDE 14, MULTIPLE MODES OF LOSS OF PROTECTIVE |
| 13:21 | 20 | ELEVATIONS, JUST TO GET OUR HEADS BACK IN IT, YOU'RE DESCRIBING |
| 13:21 | 21 | THREE PHENOMENA THAT INFLUENCE THE LOWERING OF LEVEE CROWNS; |
| 13:21 | 22 | RIGHT? |
| 13:21 | 23 | **A.**  THAT'S CORRECT. |
| 13:21 | 24 | **Q.**  THE FIRST IS A REGIONAL ONE THAT YOU TOLD US ABOUT; RIGHT? |
| 13:21 | 25 | **A.**  THAT'S CORRECT. |

| | | |
|---|---|---|
| 13:21 | 1 | **Q.**   NOW WE'RE AT THE LEVEE OR THE BERM ITSELF ON CONSOLIDATION |
| 13:21 | 2 | SETTLEMENT.   I THINK WE BROKE RIGHT THERE, SO COULD WE PICK UP |
| 13:21 | 3 | FROM THERE, THE SECOND PROCESS THAT'S AT WORK HERE. |
| 13:21 | 4 | **A.**   THE SECOND PROCESS IS A TERM *PRIMARY CONSOLIDATION* OF THE |
| 13:21 | 5 | SEDIMENTS UNDER THE EARTHEN FLOOD PROTECTION STRUCTURE.   IT'S |
| 13:21 | 6 | ANALOGOUS TO SQUEEZING WATER OUT OF A SPONGE. |
| 13:21 | 7 | THE THIRD PROCESS I DESCRIBED EARLIER THIS MORNING, |
| 13:22 | 8 | LATERAL SQUEEZING, AND IT'S LIKE SQUEEZING TOOTHPASTE OUT OF A |
| 13:22 | 9 | TOOTHPASTE TUBE WITHOUT A CAP.   IN THIS CASE THE CAP IS |
| 13:22 | 10 | REPRESENTED BY THE MRGO CHANNEL. |
| 13:22 | 11 | **Q.**   WOULD IT BE FAIR TO SAY THE SECOND AND THIRD MORE LOCAL |
| 13:22 | 12 | PROCESSES ARE THE DOMINANT INFLUENCERS OF LOWERING? |
| 13:22 | 13 | **A.**   YES. |
| 13:22 | 14 | **Q.**   YOU'VE ALLOCATED 75 PERCENT TO THE CONSOLIDATED SETTLEMENT |
| 13:22 | 15 | VERSUS 25 PERCENT TO LATERAL SQUEEZING? |
| 13:22 | 16 | **A.**   CORRECT. |
| 13:22 | 17 | **Q.**   LET'S SEE WHERE WE HAVE SOME CONFIRMATION OF THAT.   LET'S |
| 13:22 | 18 | TURN TO SLIDE 15.   THIS IS PX-1114.   COULD YOU TELL US WHAT |
| 13:22 | 19 | THIS REPORT IS, SIR. |
| 13:22 | 20 | **A.**   IT'S A GEOTECHNICAL EXPLORATION PROGRAM AND REPORT |
| 13:22 | 21 | COMMISSIONED BY THE UNITED STATES ARMY CORPS OF ENGINEERS |
| 13:22 | 22 | INVESTIGATING EXPECTED SETTLEMENT BETWEEN BAYOU DUPRE AND BAYOU |
| 13:23 | 23 | BIENVENUE. |
| 13:23 | 24 | **Q.**   CONVENIENTLY, THAT'S THE AREA WE'RE FOCUSING ON; CORRECT? |
| 13:23 | 25 | **A.**   THAT'S CORRECT. |

| | | |
|---|---|---|
| 13:23 | 1 | **Q.**   NOW, WHEN WAS THIS REPORT PREPARED BY THE ARMY CORPS? |
| 13:23 | 2 | **A.**   2001. |
| 13:23 | 3 | **Q.**   WHAT IS A GEOTECHNICAL INVESTIGATION? |
| 13:23 | 4 | **A.**   ESSENTIALLY, DETERMINING THE NATURE OF THE SOIL MATERIALS |
| 13:23 | 5 | BENEATH THE SURFACE AND THEIR PERFORMANCE CHARACTERISTICS. |
| 13:23 | 6 | **Q.**   IS THIS AN EARLY DOCUMENT IN THE CYCLE OF BUILDING A |
| 13:23 | 7 | LEVEE? |
| 13:23 | 8 | **A.**   IN THIS PARTICULAR CASE, THIS IS A LATE DOCUMENT IN |
| 13:23 | 9 | BUILDING THE LEVEES. |
| 13:23 | 10 | **Q.**   WHY WERE THEY PREPARING THIS DOCUMENT?  WAS IT 2001? |
| 13:23 | 11 | **A.**   2001. |
| 13:23 | 12 | **Q.**   WHY WAS THIS BEING PREPARED BY THE CORPS? |
| 13:23 | 13 | **A.**   APPARENTLY, THEY ARE CONCERNED WITH THE CONTINUING |
| 13:23 | 14 | SETTLEMENTS OF THE EARTHEN FLOOD PROTECTION STRUCTURES. |
| 13:24 | 15 | **Q.**   OVER TIME, THE CORPS KNEW THAT THEY HAD SETTLEMENT? |
| 13:24 | 16 | **A.**   YES. |
| 13:24 | 17 | **Q.**   THEY KNEW IT WAS A PROBLEM? |
| 13:24 | 18 | **A.**   YES. |
| 13:24 | 19 | **Q.**   THEY HAD THE COST OF PROGRESSIVELY PUTTING LIFTS IN EVERY |
| 13:24 | 20 | SO OFTEN; RIGHT? |
| 13:24 | 21 | **A.**   YES. |
| 13:24 | 22 | **Q.**   WOULD IT BE FAIR TO SAY THAT WITHIN A SHORT PERIOD OF TIME |
| 13:24 | 23 | AFTER THEY GOT AN AREA OF THE EBSB TO THE DESIRED HEIGHT, IT |
| 13:24 | 24 | WOULD START SETTLING? |
| 13:24 | 25 | **A.**   THAT'S CORRECT. |

FINAL DAILY COPY

13:24   1   **Q.**   THUS PERHAPS ANOTHER APPLICATION OF THE MYTH OF SISYPHUS?

13:24   2   **A.**   YES.

13:24   3   **Q.**   NOW THAT WE HAVE BELABORED THAT, I WILL MOVE ON.  THE

13:24   4   CORPS DOES WHAT, BORINGS?  IS THAT WHAT THEY DO?  THEY BORE

13:24   5   INTO THE GROUND TO GET THEIR DATA?

13:24   6   **A.**   THEY COMMISSION CONTRACTORS TO DO IT MOST OF THE TIME.

13:24   7   SOMETIMES THE CORPS WILL PERFORM THOSE GEOTECHNICAL

13:24   8   EXPLORATIONS THEMSELVES.

13:24   9   **Q.**   LET'S GO TO SLIDE 16, WHICH IS FROM THIS REPORT, PX-114,

13:24   10   AND WE'RE ON PAGE 5.  TELL US THE SIGNIFICANCE OF THIS

13:25   11   DOCUMENT.

13:25   12        THE QUESTION IS:  DOES THIS CORROBORATE WHAT YOU'VE

13:25   13   CONCLUDED WITH REGARD TO THE 2.5 TO 5 FEET OF SUBSIDENCE OF THE

13:25   14   LEVEES ALONG REACH 2 THAT WE'RE SPEAKING OF BECAUSE OF LATERAL

13:25   15   DISPLACEMENT?

13:25   16   **A.**   YES, IT DOES.

13:25   17   **Q.**   WOULD YOU READ FOR THE COURT -- I THINK IT'S IMPORTANT --

13:25   18   THE YELLOW-HIGHLIGHTED PARAGRAPH 7 ON PAGE 5 OF PX-1114.

13:25   19   **A.**   SECTION 7 ENTITLED "SETTLEMENT":

13:25   20        "SETTLEMENT ESTIMATES BENEATH THE EARTHEN LEVEE BUILT

13:25   21   TO ELEVATION 20 NGVD WERE BASED ON CONSOLIDATION TEST DATA FROM

13:25   22   THE FOUR (4) NEW UNDISTURBED SOIL BORINGS TAKEN FOR THE

13:25   23   PROJECT.  THE COMPUTED SETTLEMENT WAS INCREASED BY 25 PERCENT

13:26   24   TO INCLUDE THE EFFECT OF POSSIBLE LATERAL DISPLACEMENT OF THE

13:26   25   FOUNDATION.  ADDITIONALLY, 10 PERCENT SHRINKAGE OF THE FILL

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:26 | 1 | MATERIALS WAS ADDED." |
| 13:26 | 2 | **Q.**   SO IF IT WAS 15.5 FEET AT THE SITE, HOW MUCH OF THE |
| 13:26 | 3 | 25 PERCENT SETTLEMENT WAS ATTRIBUTABLE TO THE LATERAL |
| 13:26 | 4 | SQUEEZING? |
| 13:26 | 5 | **A.**   TAKE 16 AND DIVIDE IT BY 4. |
| 13:26 | 6 | **Q.**   ABOUT 4 FEET? |
| 13:26 | 7 | **A.**   CORRECT. |
| 13:26 | 8 | **Q.**   THIS IS THE CORPS' OWN CALCULATION? |
| 13:26 | 9 | **A.**   THAT'S CORRECT. |
| 13:26 | 10 | **Q.**   OKAY.  SO AT THE TIME OF KATRINA, IF THIS LATERAL |
| 13:26 | 11 | DISPLACEMENT, LOWERING OF THE CROWN ELEVATION HAD NOT OCCURRED, |
| 13:26 | 12 | HOW HIGH WOULD THE CROWN BEEN AT KATRINA? |
| 13:26 | 13 | **MR. STONE:**  OBJECTION:  CALLS FOR SPECULATION. |
| 13:27 | 14 | **THE COURT:**  OVERRULED. |
| 13:27 | 15 | **BY MR. O'DONNELL:** |
| 13:27 | 16 | **Q.**   LET'S GO FOR A MOMENT TO SLIDE 6.  LET'S GO TO PX-74, |
| 13:27 | 17 | PAGE 152.  IS THIS A DOCUMENT YOU CREATED, SIR? |
| 13:27 | 18 | **A.**   YES, IT IS. |
| 13:27 | 19 | **Q.**   YOU'VE GOT DATA, KATRINA AS AN ELEVATION RANGE.  DID THAT |
| 13:27 | 20 | COME FROM THE CORPS? |
| 13:27 | 21 | **A.**   THAT'S CORRECT. |
| 13:27 | 22 | **Q.**   THE AREA WE'RE TALKING ABOUT, IS IT NOT THE SECOND ENTRY, |
| 13:27 | 23 | MRGO REACH 2 LEVEES, EBSB? |
| 13:27 | 24 | **A.**   THAT'S CORRECT. |
| 13:27 | 25 | **Q.**   WHAT WAS THE MAXIMUM SURGE HEIGHT? |

1133

| | | |
|---|---|---|
| 13:27 | 1 | **A.**   APPROXIMATELY 18 FEET. |
| 13:27 | 2 | **Q.**   WHAT WAS THE ACTUAL ELEVATION IN THIS AREA, THE RANGE THAT |
| 13:27 | 3 | WE SEE HERE? |
| 13:27 | 4 | **A.**   15 TO 20 FEET, BOTH ELEVATIONS REFERENCED TO NGVD 88. |
| 13:27 | 5 | **Q.**   SO IF YOU HAD A LEVEE THAT WAS ACTUALLY AT 15.5 FEET, AS |
| 13:28 | 6 | WE'VE BEEN DISCUSSING, AND YOU ADD BACK ABOUT 4 FEET, YOU GET |
| 13:28 | 7 | TO 19.5 FEET WITHOUT LATERAL DISPLACEMENT; CORRECT? |
| 13:28 | 8 | **A.**   CORRECT. |
| 13:28 | 9 | **Q.**   IF YOUR SURGE IS 18 FEET, IS MY MATH RIGHT YOU HAVE A |
| 13:28 | 10 | FOOT-AND-A-HALF MARGIN OF SAFETY? |
| 13:28 | 11 | **A.**   CORRECT. |
| 13:28 | 12 | **Q.**   DOES OVERTOPPING OCCUR? |
| 13:28 | 13 | **A.**   NO. |
| 13:28 | 14 | **Q.**   WOULD YOU THEN BE ABLE TO SAY, IN AN EXPERT OPINION, BUT |
| 13:28 | 15 | FOR LATERAL DISPLACEMENT AT THIS LOCATION OF 4 FEET, THERE |
| 13:28 | 16 | WOULD NOT HAVE BEEN ANY OVERTOPPING? |
| 13:28 | 17 | **A.**   CORRECT. |
| 13:28 | 18 | **Q.**   WOULD YOU ALSO BE ABLE TO SAY THERE WOULD NOT HAVE BEEN |
| 13:28 | 19 | BREACHING? |
| 13:28 | 20 | **A.**   CORRECT. |
| 13:28 | 21 | **Q.**   WOULD THAT BE TRUE THROUGHOUT THE CENTRAL ZONE WE'VE BEEN |
| 13:28 | 22 | TALKING ABOUT, ABOUT THE SIX MILES WE'VE BEEN TALKING ABOUT IN |
| 13:28 | 23 | THE MIDDLE OF REACH 2 BETWEEN THE BAYOUS BIENVENUE AND DUPRE? |
| 13:28 | 24 | **A.**   THAT WOULD DEPEND ON THE FORESHORE VEGETATION AND THE |
| 13:28 | 25 | NATURE OF THE VEGETATIVE COVERING ON THE TOP OF THE EARTHEN |

13:28   1   FLOOD PROTECTION STRUCTURES.

13:28   2   **Q.**   JUST ASSUME HYPOTHETICALLY THAT THE SALTWATER HAS DENUDED

13:29   3   THE AREA BETWEEN THE SOUTH BANK OF THE MRGO AND THE LEVEE SO

13:29   4   THERE ARE NO TREES OF ANY SIGNIFICANCE OR SHRUBS OR WHATEVER.

13:29   5   OKAY?  WOULD YOU DO THAT FOR ME?

13:29   6   **A.**   SURE.

13:29   7   **Q.**   WITH THE LOWER CROWN OF SOME 4 FEET AND NO TREES THERE,

13:29   8   WHAT'S THE LIKELY OUTCOME DURING KATRINA?

13:29   9   **A.**   IT'S CALLED "GOOD-BYE."

13:29   10  **Q.**   BUT IF YOU HAVE SOME VEGETATION THERE AND YOU DON'T HAVE

13:29   11  YOUR CROWNS GETTING SQUEEZED LIKE TOOTHPASTE DOWN 4 FEET,

13:29   12  WHAT'S THE OUTCOME?

13:29   13  **A.**   IT'S SURVIVAL.

13:29   14  **Q.**   LET'S GO TO SLIDE 17.  THE AREA WE'VE JUST BEEN TALKING

13:29   15  ABOUT, TO BE CLEAR, WAS KNOWN AS SITE 3; CORRECT, SIR?

13:29   16  **A.**   CORRECT.

13:29   17       **MR. O'DONNELL:**  JUST SO THE COURT CAN HAVE IN MIND

13:29   18  THE AREAS WE'RE TALKING ABOUT, LET'S GO BACK TO SLIDE 11 FOR A

13:29   19  MOMENT.  THAT'S SITE 3, YOUR HONOR.  WE'RE GOING TO MOSEY ON UP

13:30   20  IN SLIDE 17 TO WHAT'S BEEN CALLED BY US THE LOW SITE.

13:30   21  **BY MR. O'DONNELL:**

13:30   22  **Q.**   CAN YOU CHARACTERIZE ON SLIDE 17 THE LOCATION KNOWN AS THE

13:30   23  LOW SITE, SIR.

13:30   24  **A.**   WE'RE APPROACHING A SECTION OF THE EARTHEN FLOOD

13:30   25  PROTECTION STRUCTURE THAT HAS BEEN ENCROACHED ON BY THE MRGO

FINAL DAILY COPY

13:30   1   CHANNEL.  THE CREST ELEVATION OF THE EARTHEN FLOOD PROTECTION

13:30   2   STRUCTURE IS APPROXIMATELY 12 TO 13 FEET.  THE MRGO CHANNEL HAS

13:31   3   COME TO WITHIN APPROXIMATELY 150 FEET OF THE TOE OF THE EARTHEN

13:31   4   FLOOD PROTECTION STRUCTURE.

13:31   5   **Q.**   SO YOU'VE GOT A LEVEE THAT'S GONE FROM, WHAT, A 17.5

13:31   6   DESIGN HEIGHT --

13:31   7   **A.**   THAT'S CORRECT.

13:31   8   **Q.**   -- TO ABOUT 12.5?

13:31   9   **A.**   CORRECT.

13:31   10  **Q.**   YOU HAVE AN ENCROACHMENT THAT'S WITHIN HOW CLOSE TO THE

13:31   11  LEVEE?

13:31   12  **A.**   150 FEET, APPROXIMATELY.

13:31   13  **Q.**   WHAT'S THE NET EFFECT OF THIS COMBINATION WITH REGARD TO

13:31   14  THE SURVIVABILITY OF THIS AREA OF THE LEVEE DURING KATRINA?

13:31   15  **A.**   UNLESS THE ELEVATION WAS EXTENDED USING SHEET PILING, IT

13:31   16  WOULD MEAN EARLY WAVE SIDE BREACHING, OVERTOPPING EFFECTS.

13:31   17         **THE COURT:**  MR. O'DONNELL, COULD YOU MAYBE THROUGH

13:31   18  THE WITNESS HELP ORIENT US AS TO THE MARKERS WE'VE BEEN USING,

13:31   19  SOME PROXIMITY WHERE THIS IS LOCATED.

13:31   20         **MR. O'DONNELL:**  YES.

13:32   21  **BY MR. O'DONNELL:**

13:32   22  **Q.**   ARE WE STILL IN THE VICINITY OF THAT SIX-MILE STRETCH

13:32   23  BETWEEN BAYOU BIENVENUE ON THE NORTH AND BAYOU DUPRE ON THE

13:32   24  SOUTH, SIR?

13:32   25  **A.**   CORRECT.

| 13:32 | 1 | **Q.**   HAVE WE MOVED FROM SITE 3 A LITTLE BIT NORTHWARD, MIGRATED |
| 13:32 | 2 | NORTHWARD, SIR? |
| 13:32 | 3 | **A.**   CORRECT. |
| 13:32 | 4 | **THE COURT:**  TOWARDS BAYOU BIENVENUE? |
| 13:32 | 5 | **THE WITNESS:**  CORRECT. |
| 13:32 | 6 | **BY MR. O'DONNELL:** |
| 13:32 | 7 | **Q.**   WHAT'S THE APPROXIMATE DISTANCE BETWEEN SITE 3 AND THE LOW |
| 13:32 | 8 | SITE? |
| 13:32 | 9 | **A.**   TWO TO THREE MILES. |
| 13:32 | 10 | **Q.**   THAT WHOLE STRETCH BETWEEN THE TWO BAYOUS, AS YOUR HONOR |
| 13:32 | 11 | MENTIONS, IS ABOUT SIX MILES? |
| 13:32 | 12 | **A.**   THAT'S CORRECT. |
| 13:32 | 13 | **Q.**   ALL OF REACH 2 IS ABOUT 12 OR 13 MILES? |
| 13:32 | 14 | **A.**   CORRECT. |
| 13:32 | 15 | **Q.**   SO RIGHT IN THE CENTER, BASICALLY? |
| 13:32 | 16 | **A.**   CORRECT. |
| 13:32 | 17 | **Q.**   SO USING THE CORPS' NUMBERS FOR THE LOW SITE, THE |
| 13:32 | 18 | 25 PERCENT, DO WE HAVE ABOUT 5 FEET OF SETTLEMENT HERE AT THE |
| 13:32 | 19 | LOW SITE? |
| 13:33 | 20 | **A.**   THAT'S CORRECT. |
| 13:33 | 21 | **Q.**   AGAIN, IF WE'D BEEN AT THE 17.5-FOOT DESIGN ELEVATION AND |
| 13:33 | 22 | HADN'T HAD 5 FEET OF SETTLEMENT DOWN TO 12.5, WOULD WE HAVE HAD |
| 13:33 | 23 | THAT SAME MARGIN OF SAFETY WITH REGARD TO NO OVERTOPPING DURING |
| 13:33 | 24 | KATRINA? |
| 13:33 | 25 | **A.**   PLEASE REPEAT YOUR QUESTION. |

13:33    1    **Q.**   YES.   THIS LEVEE WENT DOWN TO 12.5 FEET; RIGHT?

13:33    2    **A.**   CORRECT.

13:33    3    **Q.**   AT ONE POINT IN TIME BEFORE KATRINA, IT WAS PRESUMABLY AT

13:33    4    17.5 FEET AUTHORIZED?

13:33    5    **A.**   CORRECT.

13:33    6    **Q.**   DO YOU ATTRIBUTE ANY OF THAT REDUCTION TO THE 25 PERCENT

13:33    7    LATERAL DISPLACEMENT FACTOR?

13:33    8    **A.**   CORRECT.

13:33    9    **Q.**   HOW MUCH?

13:33   10    **A.**   25 PERCENT.

13:33   11    **Q.**   PERCENT.   25 PERCENT OF 7.5 FEET IS APPROXIMATELY --

13:33   12    **A.**   2 FEET.

13:33   13    **Q.**   NOW, LET ME ASK YOU THIS.   LET'S GO TO SLIDE 18.   CAN YOU

13:33   14    TELL ME WHAT THAT IS?   THIS IS PX-1812.3?

13:34   15    **A.**   RIGHT.

13:34   16          **MR. O'DONNELL:**   JUST FOR THE RECORD -- I DIDN'T SAY

13:34   17    THIS -- THE PRIOR SLIDE 17 WAS PX-1812.2.

13:34   18    **BY MR. O'DONNELL:**

13:34   19    **Q.**   LET'S FOCUS NOW ON SLIDE 18.   WHAT ARE WE DEPICTING HERE,

13:34   20    SIR?

13:34   21    **A.**   A PARTICULARLY LOW SPOT, WHERE THE CREST ELEVATION IS

13:34   22    ABOUT 12.5 FEET, 5 FEET LOW.   TOTAL SUBSIDENCE AT THE LOCATION

13:34   23    WAS APPROXIMATELY 20 FEET.   THAT'S THE ACCUMULATED SETTLEMENT

13:34   24    WE DISCUSSED EARLIER THIS MORNING.   THE DISTANCE FROM THE TOE

13:34   25    OF THE EARTHEN FLOOD PROTECTION STRUCTURE TO THE WATER'S EDGE

| | | |
|---|---|---|
| 13:34 | 1 | IS APPROXIMATELY 150 FEET. |
| 13:34 | 2 | **THE COURT:** EXCUSE ME, MR. O'DONNELL. ALTHOUGH IT |
| 13:34 | 3 | MAY APPEAR MANIFESTLY EVIDENT, IS THERE A CORRELATION BETWEEN |
| 13:34 | 4 | THE ELEVATION OF THE LEVEE AS EXISTS HERE AND THE AMOUNT OF |
| 13:35 | 5 | EROSION THAT'S TAKEN PLACE TOWARDS THE LEVEE? |
| 13:35 | 6 | **THE WITNESS:** YES. |
| 13:35 | 7 | **BY MR. O'DONNELL:** |
| 13:35 | 8 | **Q.** CAN YOU TELL THE COURT WHY THESE TWO ARE IN TANDEM. |
| 13:35 | 9 | **A.** AS THE CHANNEL BANK ERODES CLOSER AND CLOSER TO THE LEVEE, |
| 13:35 | 10 | THE SQUEEZING PATH UNDER THE LEVEE TO THE CHANNEL IS |
| 13:35 | 11 | SHORTENING, WHICH MEANS THE MATERIAL CAN SQUEEZE QUICKER AND |
| 13:35 | 12 | MORE INTENSELY. |
| 13:35 | 13 | **THE COURT:** THANK YOU, SIR. |
| 13:35 | 14 | **BY MR. O'DONNELL:** |
| 13:35 | 15 | **Q.** BY THE WAY, JUST FOR CLARIFICATION, ON SLIDE 18, WHICH WE |
| 13:35 | 16 | WERE JUST TALKING ABOUT, IS THIS STILL IN THAT CENTRAL -- I'LL |
| 13:35 | 17 | CALL IT THE CENTRAL ZONE BETWEEN THAT 6 MILES IN THE MIDDLE OF |
| 13:35 | 18 | THIS 12-MILE STRETCH BETWEEN THE TWO BAYOUS? |
| 13:35 | 19 | **A.** CORRECT. |
| 13:35 | 20 | **Q.** I NOTICE THERE'S BEEN A SIGNIFICANT AMOUNT OF WIDENING. |
| 13:35 | 21 | YOU SAY THE WATER'S EDGE IS 150 FEET FROM THE LEVEE? |
| 13:35 | 22 | **A.** CORRECT. |
| 13:36 | 23 | **Q.** THAT'S THE TANDEM, THE COMBO, WHATEVER YOU WANT TO SAY, OF |
| 13:36 | 24 | THIS SITUATION YOU JUST DESCRIBED FOR THE COURT; RIGHT? |
| 13:36 | 25 | **A.** CORRECT. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:36 | 1 | **Q.**   MUCH LOWER LEVEES BECAUSE OF LATERAL DISPLACEMENT, AS WELL |
| 13:36 | 2 | AS EROSION OF THE BANK TOWARD THE LEVEE? |
| 13:36 | 3 | **A.**   AND THEY ARE CONNECTED. |
| 13:36 | 4 | **Q.**   OKAY.  LET'S GO TO 19.  THIS SLIDE IS A DEMONSTRATIVE. |
| 13:36 | 5 | IT'S ENTITLED "DIRECT CORRELATION BETWEEN LOSS OF PROTECTIVE |
| 13:36 | 6 | ELEVATION AND LEVEE FAILURE."  CAN YOU EXPLAIN THIS FORMULA OR |
| 13:36 | 7 | THIS GRAPHIC FOR THE COURT, PLEASE. |
| 13:36 | 8 | **A.**   "FORMULA" IS A GOOD WAY TO EXPRESS IT.  IT SAYS: |
| 13:36 | 9 | LOWER CROWN ELEVATION EQUALS:  (1) GREATER WAVE |
| 13:36 | 10 | DAMAGE; (2) GREATER OVERTOPPING; (3) GREATER FAILURE; |
| 13:36 | 11 | (4) GREATER FLOODING. |
| 13:36 | 12 | **Q.**   LET'S GO THROUGH EACH.  WE NOW HAVE A LOWER CROWN |
| 13:37 | 13 | ELEVATION, WHICH YOU SAY IS PARTLY ATTRIBUTABLE TO THE MRGO'S |
| 13:37 | 14 | ADVERSE EFFECT; CORRECT? |
| 13:37 | 15 | **A.**   CORRECT. |
| 13:37 | 16 | **Q.**   NOW WE WANT TO SEE WHAT THE IMPLICATIONS ARE OF THAT |
| 13:37 | 17 | DURING HURRICANE KATRINA; RIGHT? |
| 13:37 | 18 | **A.**   CORRECT. |
| 13:37 | 19 | **Q.**   WE'RE GOING TO GO INTO MORE DETAIL ON THIS, BUT LET'S |
| 13:37 | 20 | FIRST EXPLAIN WHAT YOU MEAN BY GREATER WAVE DAMAGE BECAUSE YOU |
| 13:37 | 21 | HAVE A LOWER CROWN. |
| 13:37 | 22 | **A.**   BECAUSE I CAN CRENELLATE THE CROWN OF A CASTLE EARLIER AND |
| 13:37 | 23 | EASIER. |
| 13:37 | 24 | **Q.**   THEREFORE, YOU CAN HAVE -- ONCE MORE INTO THE BREACHES, |
| 13:37 | 25 | MORE FREQUENT -- MORE BREACHES? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:37 | 1 | **A.**   THAT'S THE SECOND PART.   NOW THE SOLDIERS CAN COME THROUGH |
| 13:37 | 2 | THE BREACH IN THE FORM OF SURGE AND WAVE OVERTOPPING. |
| 13:37 | 3 | **Q.**   SO YOU, THEREFORE, HAVE, FIRST OF ALL, A LOWERED DEFENSE. |
| 13:37 | 4 | SECONDLY, YOU'VE NOW DAMAGED IT CRENELLATED IT? |
| 13:37 | 5 | **A.**   CORRECT. |
| 13:37 | 6 | **Q.**   WAS THAT CONVEYANCE I THINK DR. VRIJLING DESCRIBED -- |
| 13:37 | 7 | **A.**   CORRECT. |
| 13:37 | 8 | **Q.**   -- **WATER** GOING THROUGH?   TELL US, NO. 3, GREATER FAILURE. |
| 13:38 | 9 | **A.**   WELL, ONCE THE EROSION EFFECTS OF THE WATER HAVE BEGUN |
| 13:38 | 10 | ACTING ON THE EARTHEN FLOOD PROTECTION STRUCTURE, IT NATURALLY |
| 13:38 | 11 | IS A HIGHER PROBABILITY OF FAILURE. |
| 13:38 | 12 | **Q.**   AND FINALLY? |
| 13:38 | 13 | **A.**   ONCE I HAVE BREACHED THE SYSTEM, NOW I HAVE GREATER |
| 13:38 | 14 | POTENTIAL FOR LETTING WATER THROUGH. |
| 13:38 | 15 | **Q.**   IS THERE ANY SIGNIFICANT DIFFERENCE OF OPINION BETWEEN YOU |
| 13:38 | 16 | AND THE ARMY CORPS ABOUT THIS SEQUENCE OF EVENTS? |
| 13:38 | 17 | **A.**   ACTUALLY, WITH TIME, THE SEPARATION BETWEEN THESE VIEWS |
| 13:38 | 18 | HAS GRADUALLY CLOSED.   INITIALLY, WE WERE SEPARATED BY A VERY |
| 13:38 | 19 | LARGE MARGIN, BUT MORE RECENT WORK INDICATES THAT WE'RE |
| 13:38 | 20 | ACTUALLY CONVERGING. |
| 13:38 | 21 | **Q.**   LET'S TURN TO SLIDE 20, IF WE COULD, PLEASE. |
| 13:39 | 22 |        LET'S GO BACK FOR A MOMENT BEFORE WE MOVE ON. |
| 13:39 | 23 | DREDGING.   YOU ONCE TOLD ME THERE'S A TRIPLE WHAMMY THAT |
| 13:39 | 24 | RESULTS FROM THE DREDGING THAT OCCURRED HERE FOR THESE MANY |
| 13:39 | 25 | YEARS.   WHAT IS THAT? |

FINAL DAILY COPY

13:39   1   **A.**   WELL, THE DREDGING HAS THE EFFECT OF WIDENING THE CHANNEL,

13:39   2   GIVEN THE CHANNEL HAS NOT BEEN STABILIZED USING SOME METHOD.

13:39   3          GIVEN THAT THE DREDGING MATERIAL IS BEING USED TO

13:39   4   INCREASE THE ELEVATION OF EARTHEN FLOOD PROTECTION STRUCTURES,

13:39   5   I HAVE GREATER SQUEEZING PRESSURES.

13:39   6          THE THIRD WHAMMY IS ONCE I HAVE COMBINED THOSE THREE,

13:39   7   I HAVE A GREATLY ACCELERATED SETTLEMENT OF THE PROTECTED

13:39   8   ELEVATION OF THE FLOOD PROTECTION STRUCTURE.

13:40   9   **Q.**   HAS THE ARMY CORPS OF ENGINEERS, IN ITS RESEARCH, ACTUALLY

13:40   10  DOCUMENTED THE PHENOMENON OF LATERAL SQUEEZING THAT YOU'VE BEEN

13:40   11  DESCRIBING FOR THE COURT TODAY?

13:40   12  **A.**   INDEED, THEY HAVE.

13:40   13  **Q.**   LET'S, PLEASE, IF WE CAN, LOOK AT SLIDE 20.  THIS IS FROM

13:40   14  PX-72, PAGE 167.  IT'S BY THE CORPS.  I BELIEVE THE DATE IS

13:40   15  1967, DOCTOR.

13:40   16  **A.**   THAT'S CORRECT.

13:40   17  **Q.**   DID YOU TAKE A BASIC CORPS DOCUMENT AND PRETTIFY IT A

13:40   18  LITTLE BIT HERE, PUT SOME STUFF ON IT?

13:40   19  **A.**   I OBTAINED THE BASE FIGURE FROM THE PROFESSOR THAT

13:40   20  SUPERVISED MY LABORATORY GEOTECHNICAL EXPERIMENTAL WORK AT THE

13:40   21  UNIVERSITY OF FLORIDA IN 1959, PROFESSOR JOHN SCHMERTMANN.  HE

13:40   22  PROVIDED THE BASE FIGURE THAT COMES FROM A CORPS ENGINEERS

13:40   23  REPORT WRITTEN IN 1967.

13:41   24          THIS FIGURE WAS SENT TO ME AFTER WE HAD A DISCUSSION

13:41   25  HERE IN NEW ORLEANS IN MARCH 2007 CONCERNING THE POTENTIAL FOR

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:41 | 1 | LATERAL SQUEEZING ASSOCIATED WITH THE EXCAVATION FOR CHANNELS |
| 13:41 | 2 | AND THE ADJACENT CONSTRUCTION OF EARTHEN FLOOD PROTECTION |
| 13:41 | 3 | STRUCTURES. |
| 13:41 | 4 | Q.   THIS LOOKS A LOT LIKE THE GRAPH THAT YOU -- |
| 13:41 | 5 | MR. STONE:  YOUR HONOR, I BELIEVE THAT IS ALSO FROM |
| 13:41 | 6 | THE APRIL 3 REPORT.  I DON'T SEE IT UP ON THE SCREEN EITHER. |
| 13:41 | 7 | I'M LOOKING AT THE WRONG DOCUMENT.  I APOLOGIZE. |
| 13:41 | 8 | MR. O'DONNELL:  THAT'S OKAY. |
| 13:41 | 9 | THE COURT:  ARE WE OKAY, COUNSEL? |
| 13:41 | 10 | MR. STONE:  I APOLOGIZE, YOUR HONOR.  WE HAVE THE |
| 13:41 | 11 | WRONG DOCUMENT. |
| 13:41 | 12 | MR. O'DONNELL:  WE'RE ON SLIDE 20. |
| 13:41 | 13 | THE COURT:  THANK YOU. |
| 13:41 | 14 | BY MR. O'DONNELL: |
| 13:41 | 15 | Q.   SIR, THE BROWNISH MATERIAL HERE COMES FROM THAT CORPS |
| 13:42 | 16 | DOCUMENT; RIGHT? |
| 13:42 | 17 | A.   I HAVE COLORED IT BROWN -- PARDON ME -- IN BLACK AND |
| 13:42 | 18 | WHITE, AND YOU CAN SEE THE OUTLINE IS THE ORIGINAL DRAWING DONE |
| 13:42 | 19 | FOR THIS PROJECT. |
| 13:42 | 20 | Q.   THIS LOOKS A LOT LIKE THE ONE YOU DREW FOR US ON THAT |
| 13:42 | 21 | ILLUSTRATION YOU DID ON SLIDE 14, DOESN'T IT? |
| 13:42 | 22 | A.   THAT'S CORRECT. |
| 13:42 | 23 | Q.   FIRST, TELL US WHAT MUD LUMPS ARE. |
| 13:42 | 24 | A.   MUD LUMPS ARE SYMPTOMATIC OF THE SOIL BEING SQUEEZED FROM |
| 13:42 | 25 | UNDER THE EARTHEN FLOOD PROTECTION STRUCTURE.  IN THIS CASE |

FINAL DAILY COPY

| 13:42 | 1 | THERE ARE TWO OF THEM SHOWN BY THE VERTICAL RED ARROWS.  THAT |
|---|---|---|
| 13:42 | 2 | MATERIAL ENTERS THE EXCAVATED CHANNEL AND, MUCH LIKE MUD |
| 13:42 | 3 | SQUEEZING UP BETWEEN YOUR TOES, WE FORM MUD LUMPS IN THE CENTER |
| 13:42 | 4 | OF THE CHANNEL.  THIS PROVED TO BE A VERY SEVERE EFFECT FOR THE |
| 13:43 | 5 | CORPS BECAUSE THEY COULD NOT MAINTAIN THE ELEVATION OF THE |
| 13:43 | 6 | BOTTOM OF THE CHANNEL. |
| 13:43 | 7 | Q.   LET'S GO THROUGH.  I SEE OVER ON THE RIGHT "MARL LAYER." |
| 13:43 | 8 | DO YOU SEE THAT? |
| 13:43 | 9 | A.   YES, SIR. |
| 13:43 | 10 | Q.   I THINK YOU SAID THIS MORNING THAT'S ANOTHER WAY OF |
| 13:43 | 11 | DESCRIBING AN INTERDISTRIBUTARY LAYER? |
| 13:43 | 12 | A.   HIGHLY PLASTIC CLAYS. |
| 13:43 | 13 | Q.   THE LOWER RIGHT CORNER TO THE LEFT OF YOUR ARROW, I SEE |
| 13:43 | 14 | "PLASTIC SQUEEZE."  RIGHT? |
| 13:43 | 15 | A.   THAT'S CORRECT.  THAT'S WHAT IT'S TITLED. |
| 13:43 | 16 | Q.   IS THIS THE SAME AS CREEPING AND SQUEEZING AND LATERAL |
| 13:43 | 17 | DISPLACEMENT? |
| 13:43 | 18 | A.   YES, IT IS.  IN FACT, THE CREEPING PORTION OF THIS PROBLEM |
| 13:43 | 19 | IS WHAT PROFESSOR SCHMERTMANN AND I DID FOR MY LABORATORY |
| 13:43 | 20 | EXPERIMENTAL WORK IN 1959. |
| 13:43 | 21 | Q.   WHAT DOES IT MEAN BY SAYING "PLASTIC SQUEEZE"? |
| 13:44 | 22 | A.   THE PLASTIC SQUEEZE IS THE TOOTHPASTE COMING OUT OF THE |
| 13:44 | 23 | TOOTHPASTE TUBE, WHERE THE CAP HAS BEEN REMOVED. |
| 13:44 | 24 | Q.   SO WE SEE IN THIS FLORIDA CHANNEL -- RIGHT?  IT'S A |
| 13:44 | 25 | CHANNEL IN FLORIDA? |

| | | |
|---|---|---|
| 13:44 | 1 | **A.** THAT'S CORRECT.  NORTH OF KISSIMMEE. |
| 13:44 | 2 | **Q.** BANKS SIMILAR TO MRGO? |
| 13:44 | 3 | **A.** THAT'S CORRECT. |
| 13:44 | 4 | **Q.** WIDENING? |
| 13:44 | 5 | **A.** CORRECT. |
| 13:44 | 6 | **Q.** UNARMORED? |
| 13:44 | 7 | **A.** CORRECT. |
| 13:44 | 8 | **Q.** COULD BE THE MRGO? |
| 13:44 | 9 | **A.** CORRECT. |
| 13:44 | 10 | **Q.** GO TO SLIDE 21.  THIS IS FROM PX-72.  WE'RE ON PAGE 164. |
| 13:44 | 11 | THIS IS ALSO A 1967 CORPS DOCUMENT? |
| 13:44 | 12 | **A.** 1965 TEST. |
| 13:44 | 13 | **Q.** A '65 TEST; RIGHT? |
| 13:44 | 14 | **A.** CORRECT. |
| 13:44 | 15 | **Q.** TELL US WHAT WE SEE HERE. |
| 13:44 | 16 | **A.** THE CORPS OF ENGINEERS, BACK IN THE 1960S, WERE CONCERNED |
| 13:44 | 17 | WITH THE PERFORMANCE OF EARTHEN FLOOD PROTECTION STRUCTURES |
| 13:44 | 18 | (LEVEES) WHEN THEY WERE BUILT ADJACENT TO CHANNELS OR |
| 13:45 | 19 | EXCAVATIONS AT A TEST SITE APPROXIMATELY 10 MILES WEST OF |
| 13:45 | 20 | LAKE VERRETT.  THEY BUILT A LEVEE, INCREASED THE HEIGHT OF THE |
| 13:45 | 21 | LEVEE, AND AT THE SAME TIME INTENTIONALLY DUG A CHANNEL WITHIN |
| 13:45 | 22 | 200 FEET OF THE TOE OF A LEVEE.  THEY HIGHLY INSTRUMENTED THIS |
| 13:45 | 23 | LOCATION, WERE ABLE TO MEASURE THE SOIL DEFORMATIONS AS A |
| 13:45 | 24 | FUNCTION OF TIME. |
| 13:45 | 25 | SHOWN AT THE BOTTOM ARE MEASUREMENTS OF THAT LATERAL |

| | | |
|---|---|---|
| 13:45 | 1 | DISPLACEMENT, IF YOU WILL, SQUEEZING, AS A FUNCTION OF TIME. |
| 13:45 | 2 | THIS IS THAT CREEP EFFECT.  THE SOIL MOVES APPROXIMATELY |
| 13:45 | 3 | 3 FEET, BUT LATERALLY, BY THE END OF THE EXPERIMENTAL PERIOD, |
| 13:46 | 4 | CONSEQUENTLY LOWERING THE ELEVATION OF THE TOP OF THE LEVEE BY |
| 13:46 | 5 | APPROXIMATELY 3 FEET. |
| 13:46 | 6 | **Q.**   THE NUMBERS THERE ALONG THE HORIZONTAL ARE MONTHS AFTER |
| 13:46 | 7 | CONSTRUCTION? |
| 13:46 | 8 | **A.**   THAT'S CORRECT. |
| 13:46 | 9 | **Q.**   IS THAT 22 MONTHS? |
| 13:46 | 10 | **A.**   THAT'S CORRECT. |
| 13:46 | 11 | **Q.**   HAS THERE BEEN ANY SIGNIFICANT MOVEMENT? |
| 13:46 | 12 | **A.**   2 TO 3 FEET. |
| 13:46 | 13 | **Q.**   IN JUST 22 MONTHS? |
| 13:46 | 14 | **A.**   CORRECT. |
| 13:46 | 15 | **Q.**   IS THERE A HIGHER NUMBER THERE OR IS THAT THE HIGHER -- IS |
| 13:46 | 16 | THERE A 75? |
| 13:46 | 17 | **A.**   THAT'S A PROJECTION IN TIME TO A 75 MONTHS TIME PERIOD. |
| 13:46 | 18 | **Q.**   THAT WOULD BE HOW MANY FEET OVER 75 MONTHS? |
| 13:46 | 19 | **A.**   THAT WOULD BE 3 OVER 75, APPROXIMATELY. |
| 13:46 | 20 | **Q.**   JUST SO WE'RE CLEAR, WE'RE TALKING ABOUT THE LINE RIGHT |
| 13:46 | 21 | UNDER THE WORDS *ATCHAFALAYA BASIN*? |
| 13:46 | 22 | **A.**   THAT'S CORRECT. |
| 13:46 | 23 | **Q.**   BOTTOM LINE, DOES THIS FURTHER SUBSTANTIATE YOUR OPINION |
| 13:46 | 24 | THAT LATERAL DISPLACEMENT IS A FACTOR WHEN YOU HAVE A WATERWAY |
| 13:47 | 25 | NEXT TO A LEVEE? |

| | | |
|---|---|---|
| 13:47 | 1 | **A.**   YES. |
| 13:47 | 2 | **Q.**   JUST TO BE CLEAR, IS THERE A PICTURE OF THE WATERWAY IN |
| 13:47 | 3 | THE UPPER RIGHT CORNER WHERE IT SAYS "EXISTING WATERWAY"? |
| 13:47 | 4 | **A.**   YES. |
| 13:47 | 5 | **Q.**   LET'S GO NOW TO SLIDE 22, WHICH IS PX-59, ENTITLED |
| 13:47 | 6 | "GEOLOGICAL INVESTIGATION OF THE MISSISSIPPI RIVER GULF OUTLET |
| 13:47 | 7 | CHANNEL" DONE BY THE CORPS OF ENGINEERS IN VICKSBURG.  IS THAT |
| 13:47 | 8 | WHERE YOU WORKED? |
| 13:47 | 9 | **A.**   YES. |
| 13:47 | 10 | **Q.**   WOULD IT BE FAIR TO SAY, IN THE '50S AND '60S, THE |
| 13:47 | 11 | RESEARCHERS AT THE VICKSBURG WATERWAYS EXPERIMENT STATION WERE |
| 13:47 | 12 | CONSIDERED AMONG THE BEST AND THE BRIGHTEST AND ABLEST PEOPLE |
| 13:47 | 13 | IN THIS FIELD? |
| 13:47 | 14 | **A.**   YES. |
| 13:47 | 15 | **Q.**   WHAT WAS THIS GEOLOGICAL INVESTIGATION OF MRGO?  WHY WAS |
| 13:47 | 16 | IT DONE? |
| 13:47 | 17 | **A.**   THEY'RE CONCERNED WITH THE FUTURE EFFECTS OF THE |
| 13:47 | 18 | CONSTRUCTION OF THE MRGO, BOTH ON THE MRGO AND THE ADJACENT |
| 13:47 | 19 | ENVIRONMENT. |
| 13:47 | 20 | **Q.**   DID THEY, IN FACT, AS EARLY AS 1958, THESE CORPS |
| 13:48 | 21 | RESEARCHERS, DOCUMENT THIS PHENOMENON OF LATERAL DISPLACEMENT? |
| 13:48 | 22 | **A.**   YES, THEY DID. |
| 13:48 | 23 | **Q.**   LET'S TURN TO SLIDE 23.  IT'S PX-59.  IT'S PAGE 10 OF THE |
| 13:48 | 24 | DOCUMENT.  THERE'S TWO YELLOW-HIGHLIGHTED AREAS.  WOULD YOU |
| 13:48 | 25 | READ THOSE FOR THE COURT, PLEASE. |

| | | |
|---|---|---|
| 13:48 | 1 | **MR. O'DONNELL:**  CAN WE ENLARGE THEM, CARL? |
| 13:48 | 2 | **THE COURT:**  HE'S WORKING ON IT. |
| 13:48 | 3 | **MR. O'DONNELL:**  IT'S AN ANCIENT DOCUMENT.  I GUESS |
| 13:48 | 4 | IT'S HARDER TO DO AN ANCIENT DOCUMENT.  IT'S PARAGRAPH 25. |
| 13:48 | 5 | **THE COURT:**  THANK YOU. |
| 13:48 | 6 | **MR. O'DONNELL:**  I'M GOING TO READ IT, IF THAT'S OKAY, |
| 13:48 | 7 | YOUR HONOR. |
| 13:48 | 8 | **THE COURT:**  GO AHEAD. |
| 13:49 | 9 | **BY MR. O'DONNELL:** |
| 13:48 | 10 | **Q.**   PARAPHRASING: |
| 13:49 | 11 | AN EXAMINATION OF THE DETAILED SECTION A-A, (PLATES |
| 13:49 | 12 | 5-A TO 5-G) AND THE GENERALIZED SECTION Q-Q (PLATE 4) INDICATE |
| 13:49 | 13 | THAT AS MUCH AS 40 PERCENT OF THE BOTTOM AND SIDES OF THE |
| 13:49 | 14 | CHANNEL WILL CONSIST OF THESE INTERDISTRIBUTARY CLAYS. |
| 13:49 | 15 | **A.**   THAT'S CORRECT. |
| 13:49 | 16 | **Q.**   SO THEY KNEW BACK IN '58 WHAT THEY HAD THERE; RIGHT? |
| 13:49 | 17 | **A.**   INDEED. |
| 13:49 | 18 | **Q.**   SKIPPING DOWN: |
| 13:49 | 19 | FROM THE STANDPOINT OF SIDE SLOPES, THIS MAY APPEAR |
| 13:49 | 20 | DESIRABLE, BUT IT IS POSSIBLE THAT THE POORLY CONSOLIDATED, |
| 13:49 | 21 | HIGH-WATER CONTENT INTERDISTRIBUTARY CLAYS WILL TEND TO FLOW |
| 13:49 | 22 | LATERALLY INTO AN EXCAVATION, PARTICULARLY UNDER THE EXTRA |
| 13:49 | 23 | WEIGHT OF A SPOIL BANK. |
| 13:49 | 24 | **A.**   THAT IS CORRECT. |
| 13:49 | 25 | **Q.**   IS THIS EXACTLY WHAT YOU'RE SAYING? |

| | | |
|---|---|---|
| 13:49 | 1 | **A.**   THAT IS CORRECT. |
| 13:49 | 2 | **Q.**   THE CORPS WAS AWARE OF THIS PHENOMENA AT LEAST AS LATE AS |
| 13:49 | 3 | 1958? |
| 13:49 | 4 | **A.**   THAT IS CORRECT. |
| 13:50 | 5 | **Q.**   LET'S TURN TO SLIDE 24.  WAS THE CORPS AWARE OF THIS |
| 13:50 | 6 | PHENOMENON OF LATERAL DISPLACEMENT PRIOR TO EVEN CONSTRUCTING |
| 13:50 | 7 | THE MRGO? |
| 13:50 | 8 | **A.**   YES. |
| 13:50 | 9 | **Q.**   SLIDE 24 IS FROM PX-59, WHICH AGAIN IS THE 1958 GEOLOGICAL |
| 13:50 | 10 | INVESTIGATION FOR THE MRGO.  FIRST, TELL ME WHAT THIS SHOWS IN |
| 13:50 | 11 | TERMS OF THE LAYERS THAT WE CAN SEE DESCRIBED ON THE VERTICAL |
| 13:50 | 12 | AXIS ON THE LEFT, SIR, AND TELL US WHAT THIS IS DEPICTING. |
| 13:50 | 13 | **A.**   WELL, WE'RE LOOKING AT THE GEOLOGIC CROSS-SECTION |
| 13:50 | 14 | IDENTIFYING THE MATERIALS THAT ARE ENCOUNTERED AS YOU PROCEED |
| 13:50 | 15 | DEEPER BELOW THE EARTH SURFACE.  THERE'S A LAYER HERE THAT, AS |
| 13:50 | 16 | THEY IDENTIFY, IS DEPOSED IN CLAY WEDGES BETWEEN MAJOR |
| 13:51 | 17 | DISTRIBUTARIES, CLAY SEQUENCE INTERRUPTED BY SILTY OR SANDY |
| 13:51 | 18 | MATERIALS ASSOCIATED WITH MYRIAD SMALL DISTRIBUTARIES, BUT |
| 13:51 | 19 | OTHERWISE FAIRLY HOMOGENEOUS.  MATERIAL WILL PROBABLY DISPLACE |
| 13:51 | 20 | LATERALLY UNDER FAIRLY LIGHT LOADING. |
| 13:51 | 21 | **Q.**   THAT'S THE NOTATION THEY MAKE ON THE RIGHT; CORRECT? |
| 13:51 | 22 | **A.**   THAT'S CORRECT. |
| 13:51 | 23 | **Q.**   IT PROBABLY DID, DIDN'T IT? |
| 13:51 | 24 | **A.**   IT DID. |
| 13:51 | 25 | **Q.**   IN FACT, IT DID? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:51 | 1 | **A.**   YES. |
| 13:51 | 2 | **Q.**   AGAIN, THIS IS A 1958 CORPS STUDY OF THE MRGO ENVIRONMENT? |
| 13:51 | 3 | **A.**   WOULD YOU REPEAT THE QUESTION. |
| 13:51 | 4 | **Q.**   THIS IS A 1958 STUDY BY THE CORPS OF THE GEOLOGICAL |
| 13:51 | 5 | ENVIRONMENT THROUGH WHICH THE MRGO IS GOING TO BE CONSTRUCTED? |
| 13:51 | 6 | **A.**   YES. |
| 13:51 | 7 | **Q.**   LET'S MOVE NOW TO SLIDE 25.  IT'S PX-72, PAGES 169 TO 171. |
| 13:52 | 8 | IT'S ENTITLED "MUD LUMPS DEVELOP IN BORROW PITS ADJACENT TO |
| 13:52 | 9 | REPAIR EBSB'S." |
| 13:52 | 10 | CAN YOU TELL US, FIRST, WHAT YOU'RE TALKING ABOUT |
| 13:52 | 11 | HERE AND THEN HOW THAT CORRELATES WITH YOUR OPINION IN THIS |
| 13:52 | 12 | CASE ABOUT WHAT HAPPENS IN THE CHANNEL ITSELF IN TERMS OF |
| 13:52 | 13 | LATERAL DISPLACEMENT. |
| 13:52 | 14 | **A.**   THE SEQUENCE OF PHOTOGRAPHS COME FROM A SEQUENCE OF FIELD |
| 13:52 | 15 | TRIPS THAT WE MADE HERE STARTING IN SEPTEMBER OF 2005.  WE'VE |
| 13:52 | 16 | BEEN CLOSELY FOLLOWING HOW THE EARTHEN FLOOD PROTECTION |
| 13:52 | 17 | STRUCTURES, REACH 2, HAVE BEEN REPAIRED BY THE U.S. ARMY CORPS |
| 13:52 | 18 | OF ENGINEERS.  WE WERE AT THE SAME TIME CONCERNED WITH THE |
| 13:52 | 19 | POTENTIAL FOR THIS LATERAL SQUEEZING. |
| 13:52 | 20 | DURING ONE OF THE FIELD TRIPS -- AND THAT'S THE |
| 13:53 | 21 | PHOTOGRAPH SHOWN TO THE UPPER LEFT-HAND SIDE -- I'VE SHOWN THE |
| 13:53 | 22 | TOE OF THE EARTHEN BERM'S SPOIL BANK, IDENTIFIED AS EBSB, |
| 13:53 | 23 | RELATIVE TO A SOIL BORROW PIT ON THE PROTECTED SIDE.  THAT SOIL |
| 13:53 | 24 | BORROW PIT HAD BEEN USED TO OBTAIN SOME OF THE MATERIALS USED |
| 13:53 | 25 | TO REPAIR THE EBSB. |

13:53    1          INITIALLY, THE BOTTOM OF THAT SOIL BORROW PIT WAS

13:53    2    FLAT AND SANDY.  THE SECOND PHOTOGRAPH SHOWS WHAT WE ULTIMATELY

13:53    3    DETERMINED TO BE MUD LUMP ISLANDS THAT WERE SHOWING UP ABOVE

13:53    4    THE SURFACE OF THE WATER WITHIN THE SOIL BORROW PITS.  THESE

13:53    5    MUD LUMP ISLANDS ARE A VERY INTERESTING PHENOMENON IN THIS PART

13:54    6    OF THE WORLD.

13:54    7          MUD LUMPS SHOW UP AT THE MOUTHS OF THE RIVER.

13:54    8    SAILING VESSELS THAT USED TO COME UP THE RIVER WOULD ANCHOR IN

13:54    9    THE MOUTH OF THE RIVER AT NIGHT, WANTING TO PROCEED UP-CHANNEL

13:54   10    DURING THE DAYLIGHT.  THEY, IN THE MORNING, WOULD FIND

13:54   11    THEMSELVES ON DRY GROUND.  THE MUD HAD SHOVED UP FROM

13:54   12    APPROXIMATELY 500 FEET BELOW THE BOTTOM OF THE MISSISSIPPI

13:54   13    RIVER, FORMING THIS CLAY MUD ISLAND.  THIS IS A SMALLER VERSION

13:54   14    OF THE SAME PROCESS.  I HAD PREVIOUSLY ENCOUNTERED THIS IN WORK

13:54   15    THAT I DID WITH THE OIL INDUSTRY BETWEEN 1960 AND APPROXIMATELY

13:55   16    1980.

13:55   17          THE LOWER RIGHT-HAND ILLUSTRATION IS A BATHYMETRIC

13:55   18    SURVEY PERFORMED BY PROFESSOR KEMP, WHERE HE MEASURED THE

13:55   19    PROFILES AND CHARACTERISTICS OF MUD LUMPS.  I'VE SHOWN HOW THE

13:55   20    MATERIAL IS MIGRATING FROM UNDER THE EARTHEN FLOOD PROTECTION

13:55   21    STRUCTURE TO FORM THESE MINIATURE MUD LUMP ISLANDS.

13:55   22          **MR. STONE:**  YOUR HONOR, THIS LINE OF INQUIRY DOESN'T

13:55   23    SEEM TO BE RELEVANT.  I'M SURE IT'S UNINTENTIONAL, BUT THE DATE

13:55   24    IS CUT OFF OF THAT PHOTOGRAPH.  IT'S AN APRIL 1, 2008

13:55   25    PHOTOGRAPH, SO IT'S POST-KATRINA AND IT'S POSTREPAIR OF THE

13:55  1    LEVEES.  IT DOESN'T SEEM TO BE RELEVANT.

13:55  2            MR. O'DONNELL:  I'LL CLARIFY THAT.

13:55  3            THE COURT:  YOU'LL CLARIFY THAT?

13:55  4            MR. O'DONNELL:  YES.

13:55  5    BY MR. O'DONNELL:

13:55  6    Q.   SIR, YOU WEREN'T SUGGESTING THAT THIS WAS SOMETHING THAT

13:55  7    EXISTED BEFORE KATRINA, WERE YOU?

13:56  8    A.   I WAS NOT SUGGESTING, AS IT WAS DONE AFTER KATRINA.  THIS

13:56  9    IS AN EXPERIMENT UNDERWAY UNINTENTIONALLY.  SO WE WERE WATCHING

13:56  10   IT, ATTEMPTING TO SEE IF THE SQUEEZING PHENOMENON WOULD

13:56  11   MANIFEST ITSELF.  THIS WORK WAS REPORTED IN MY JANUARY 2009

13:56  12   EXPERT REPORT.

13:56  13   Q.   TO BE FAIR, THIS IS JUST ANOTHER WAY OF ILLUSTRATING WHAT

13:56  14   YOU'VE DESCRIBED GOES ON AT THE MRGO; RIGHT?

13:56  15   A.   THAT'S CORRECT.

13:56  16           MR. STONE:  ADDITIONALLY, THE DRAWING AT THE BOTTOM I

13:56  17   BELIEVE IS IN THE APRIL 3 REPORT THAT PLAINTIFFS --

13:56  18           THE COURT:  I'M GOING TO FIND THE CONCEPT RELEVANT

13:56  19   INSOFAR AS PURPORTEDLY TO CONFIRM THE PHENOMENON WE'VE BEEN

13:56  20   DISCUSSING.

13:56  21           MR. O'DONNELL:  I'M GOING TO WITHDRAW THE SLIDE.  TO

13:56  22   MAKE IT EASY, I'M WITHDRAWING THE SLIDE.

13:56  23           THE COURT:  THE SLIDE IS WITHDRAWN.

13:56  24           MR. O'DONNELL:  HE'S GOT THE TESTIMONY.  I CERTAINLY

13:56  25   DON'T WANT TO ENCROACH ON THAT APRIL REPORT, YOUR HONOR.

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:57 | 1 | **THE COURT:**  THE SLIDE HAS BEEN WITHDRAWN. |
| 13:57 | 2 | BY MR. O'DONNELL: |
| 13:57 | 3 | Q.   NOW, LET'S SUMMARIZE.  IN YOUR OPINION, WERE THERE |
| 13:57 | 4 | FEASIBLE MITIGATION MEASURES THAT THE CORPS COULD HAVE |
| 13:57 | 5 | UNDERTAKEN LONG BEFORE HURRICANE KATRINA AND, HAD THEY BEEN IN |
| 13:57 | 6 | PLACE BY KATRINA, WOULD HAVE PREVENTED OR AT LEAST SLOWED DOWN |
| 13:57 | 7 | THIS LATERAL DISPLACEMENT PROCESS? |
| 13:57 | 8 | A.   YES. |
| 13:57 | 9 | Q.   WHAT WERE THEY? |
| 13:57 | 10 | A.   PREVENT THE CHANNEL FROM WIDENING, ENCROACHING CLOSER AND |
| 13:57 | 11 | CLOSER TO THE EARTHEN FLOOD PROTECTION STRUCTURES, HAVE -- |
| 13:57 | 12 | **THE COURT:**  I'M SORRY TO INTERRUPT YOU, SIR.  WHEN |
| 13:57 | 13 | YOU SAY "PREVENT THE CHANNEL FROM WIDENING," WHAT WOULD BE THE |
| 13:57 | 14 | MECHANISM TO DO THAT? |
| 13:57 | 15 | **THE WITNESS:**  FORESHORE PROTECTION.  AND, IN FACT, |
| 13:57 | 16 | THE CORPS LATER INVOKES THAT FORESHORE PROTECTION IN SOME |
| 13:57 | 17 | AREAS. |
| 13:57 | 18 | **THE COURT:**  OKAY.  GO AHEAD, SIR.  GO AHEAD. |
| 13:57 | 19 | BY MR. O'DONNELL: |
| 13:57 | 20 | Q.   LET'S DO FORESHORE.  THAT'S JUST ARMORING THE BANKS; |
| 13:58 | 21 | RIGHT? |
| 13:58 | 22 | A.   THAT'S CORRECT. |
| 13:58 | 23 | Q.   THAT COULD BE PUTTING BIG STONES CALLED RIPRAP? |
| 13:58 | 24 | A.   CORRECT. |
| 13:58 | 25 | Q.   CONCRETE MATTRESSES? |

| | | |
|---|---|---|
| 13:58 | 1 | **A.**   CORRECT. |
| 13:58 | 2 | **Q.**   WHAT ARE SOME OF THE OTHER THINGS THEY THROW ON THERE? |
| 13:58 | 3 | **A.**   BOXES. |
| 13:58 | 4 | **Q.**   WE'RE TALKING ABOUT WAVE EROSION.  IF THE WAVES HAVE |
| 13:58 | 5 | SOMETHING TO BREAK AGAINST OTHER THAN THE UNCONSOLIDATED, |
| 13:58 | 6 | LOOSE, UNSTABLE DIRT ON THE BANKS, THE GRASS, THAT PREVENTS |
| 13:58 | 7 | EROSION; RIGHT? |
| 13:58 | 8 | **A.**   CERTAINLY.  AND THE CORPS OF ENGINEERS IS AN EXPERT ON |
| 13:58 | 9 | THAT TOPIC. |
| 13:58 | 10 | **Q.**   IS IT YOUR EXPERIENCE THAT IT'S HIGHLY EFFECTIVE? |
| 13:58 | 11 | **A.**   IT IS. |
| 13:58 | 12 | **Q.**   IF THEY HAD DONE THAT, I DON'T KNOW, 1975, WOULD THAT HAVE |
| 13:58 | 13 | BEEN EFFECTIVE WITH REGARD TO THE LATERAL DISPLACEMENT PROBLEM? |
| 13:58 | 14 | **A.**   YES. |
| 13:58 | 15 | **Q.**   SO WE'VE GOT THE STOPPING THE BANKS FROM WIDENING THROUGH |
| 13:58 | 16 | VARIOUS ARMORING TECHNIQUES YOU'VE TOLD THE COURT; RIGHT?  SO |
| 13:58 | 17 | WHAT ELSE COULD WE HAVE DONE? |
| 13:58 | 18 | **A.**   RESTRAIN FROM USING THE CHANNEL AS A BORROW PIT TO HELP |
| 13:58 | 19 | BUILD THE EARTHEN FLOOD PROTECTION STRUCTURES. |
| 13:58 | 20 | **Q.**   HOW ABOUT THE WAY THEY DREDGED?  COULD THAT HAVE HELPED |
| 13:59 | 21 | THE PROBLEM IF THEY HAD DREDGED DIFFERENTLY?  IN TERMS OF GOING |
| 13:59 | 22 | BELOW THE AUTHORIZED DEPTH, WOULD THAT HAVE HELPED? |
| 13:59 | 23 | **A.**   YES. |
| 13:59 | 24 | **Q.**   YOU SAID THEY WOULD GO BELOW THE AUTHORIZED DEPTH TO |
| 13:59 | 25 | BORROW FROM THE CHANNEL OR TO RAISE UP, LIFT UP THE LEVEE; |

1154

13:59    1    RIGHT?

13:59    2    **A.**   THAT'S CORRECT.

13:59    3    **Q.**   WHAT HAPPENS WHEN YOU GO BELOW THE AUTHORIZED DEPTH?

13:59    4    **A.**   IN THIS CASE YOU'VE OPENED UP A LARGER AREA FOR THE CLAY

13:59    5    TO SQUEEZE INTO.  THE CAP ON THE TOOTHPASTE TUBE IS MUCH

13:59    6    BIGGER.

13:59    7    **Q.**   IF THESE MEASURES HAD BEEN TAKEN IN THE MID '70S, WOULD

13:59    8    THEY HAVE BEEN ABLE TO BE IMPLEMENTED PROMPTLY?

13:59    9            **MR. STONE:**  OBJECTION:  SPECULATING.

13:59   10            **THE COURT:**  I UNDERSTAND.  WE'RE GOING TO HAVE A

13:59   11    GREAT DEAL OF SPECULATION FOR A GREAT MANY EXPERTS.  NONE OF

13:59   12    THEM ARE SPEAKING FROM MOUNT SINAI.  OVERRULED.

13:59   13            **THE WITNESS:**  PLEASE REPEAT YOUR QUESTION.

13:59   14    **BY MR. O'DONNELL:**

13:59   15    **Q.**   YES.  DO YOU BELIEVE THAT THE MEASURES YOU JUST DESCRIBED

13:59   16    FOR US WOULD HAVE BEEN EFFECTIVE IN PREVENTING OR RETARDING THE

14:00   17    WIDENING OF THE CHANNEL AND, THEREFORE, THE AMOUNT OF

14:00   18    DISPLACEMENT PHENOMENA?  CORRECT?

14:00   19    **A.**   CORRECT.

14:00   20            **THE COURT:**  DR. BEA, THE QUESTION I WOULD HAVE IS:

14:00   21    IN ORDER FOR THE CORPS TO MAINTAIN THE DEPTH OF THE CHANNEL FOR

14:00   22    NAVIGATIONAL PURPOSES, HOW WOULD IT HAVE ACCOMPLISHED THIS IF

14:00   23    NOT BY DREDGING, OR WAS THERE ANOTHER TYPE OF DREDGING THAT

14:00   24    COULD HAVE BEEN DONE THAT WOULD HAVE NOT IMPACTED THE SIDES OF

14:00   25    THE CHANNEL AS MUCH?

                              FINAL DAILY COPY

14:00    1              **THE WITNESS:**  THE MOST IMPORTANT ONE IS THE DEPTH OF

14:00    2    THE DREDGING.  IN SOME CASES THE DEPTH OF DREDGING WENT FAR

14:00    3    BEYOND THE 38 FEET REQUIRED FOR NAVIGATION PURPOSES.

14:00    4    BY MR. O'DONNELL:

14:00    5    Q.   IN FACT, YOU'VE SEEN STATISTICS IT WENT TO 60 AND 70 FEET?

14:00    6    A.   AND 80.

14:00    7              **MR. STONE:**  OBJECTION TO THIS LINE, YOUR HONOR.

14:00    8    THAT'S LEVEE DESIGN ISSUES.

14:00    9              **THE COURT:**  NO.  WE'RE DREDGING THE CHANNEL.

14:00   10              **MR. O'DONNELL:**  THE MRGO.

14:00   11              **MR. STONE:**  WELL, FOR A BORROW PIT.  THEY'RE USING

14:00   12    THE BORROW FOR THE LEVEES.

14:01   13              **THE COURT:**  I DON'T KNOW ABOUT THAT'S LEVEE DESIGN.

14:01   14    THAT'S WHERE YOU GET THE STUFF TO MAKE THE LEVEE.  THE DESIGN

14:01   15    IS THE INTEGRITY OF THE LEVEE.  I DON'T KNOW IF THE MATERIALS

14:01   16    COULD HAVE BEEN GOTTEN FROM ANYWHERE ELSE.  YOU MAY TALK ABOUT

14:01   17    THAT.  IT MAY HAVE BEEN THE ONLY EXIGENT WAY TO DO IT.

14:01   18                   I UNDERSTAND, BUT I'M GOING TO OVERRULE YOUR

14:01   19    OBJECTION, ALTHOUGH I UNDERSTAND.  BECAUSE IT IMPACTS THE MRGO,

14:01   20    A NAVIGATIONAL PROJECT, I'M GOING TO ALLOW IT.

14:01   21              **MR. O'DONNELL:**  LET ME FOLLOW UP, IF I MAY,

14:01   22    YOUR HONOR.

14:01   23    BY MR. O'DONNELL:

14:01   24    Q.   THEY NEED TO KEEP PUTTING MORE SOIL ON THE LEVEES BECAUSE

14:01   25    THEY'RE SETTLING; RIGHT?

                              FINAL DAILY COPY

| | | |
|---|---|---|
| 14:01 | 1 | **A.**   CORRECT. |
| 14:01 | 2 | **Q.**   25 PERCENT OF THAT SETTLEMENT IS, BECAUSE THE CHANNEL'S |
| 14:01 | 3 | WIDENING, WE HAVE LATERAL DISPLACEMENT; CORRECT? |
| 14:01 | 4 | **A.**   CORRECT. |
| 14:01 | 5 | **Q.**   ONE SOURCE THEY THINK IS, WELL, LET'S JUST CONVENIENTLY GO |
| 14:01 | 6 | INTO THE MIDDLE OF THE CHANNEL AND DREDGE OUT A BUNCH OF SPOIL, |
| 14:01 | 7 | MORE THAN WE NEED.  WE'LL GO TO 60, 70 FEET INSTEAD OF 38, |
| 14:02 | 8 | WHICH WE NEED FOR THE SHIPS, AND WE'LL DUMP IT ON THE LEVEE. |
| 14:02 | 9 | THAT'S ONE CHOICE; RIGHT? |
| 14:02 | 10 | **A.**   THAT'S CORRECT. |
| 14:02 | 11 | **Q.**   A FORESEEABLE CONSEQUENCE OF THIS, IN YOUR OPINION, IS YOU |
| 14:02 | 12 | ARE GOING TO HAVE MORE LATERAL DISPLACEMENT; CORRECT? |
| 14:02 | 13 | **A.**   CORRECT. |
| 14:02 | 14 | **Q.**   BUT THEY MAKE THAT CHOICE.  OKAY.  COULDN'T THEY HAVE |
| 14:02 | 15 | BROUGHT MATERIAL IN FROM SOMEWHERE ELSE? |
| 14:02 | 16 | **A.**   CERTAINLY.  THEY DID IN THE REPAIR OF THE LEVEES. |
| 14:02 | 17 | **Q.**   THAT'S MY POINT.  SO THEY DIDN'T GO MUCKING, DREDGING INTO |
| 14:02 | 18 | THE MRGO AFTER KATRINA; RIGHT? |
| 14:02 | 19 | **A.**   CORRECT. |
| 14:02 | 20 | **Q.**   THEY GOT IT FROM SOMEWHERE ELSE? |
| 14:02 | 21 | **A.**   CORRECT. |
| 14:02 | 22 | **Q.**   SO IT'S NOT LIKE THE ONLY PLACE IN THE WORLD YOU COULD |
| 14:02 | 23 | HAVE GOTTEN THE SPOIL WAS FROM THE GOOD OL' MRGO BOTTOM; |
| 14:02 | 24 | CORRECT? |
| 14:02 | 25 | **A.**   CORRECT. |

| | | |
|---|---|---|
| 14:02 | 1 | **Q.**   BRIEFLY, LET'S GO TO SLIDE 26.  THIS IS FROM PX-83, PAGES |
| 14:02 | 2 | 5 TO 6.  IT'S A MONTAGE.  CAN YOU EXPLAIN IT FOR US. |
| 14:03 | 3 | **A.**   IT'S MEANT TO ILLUSTRATE THE PROGRESSIVE WIDENING OF THE |
| 14:03 | 4 | CHANNEL FROM 1959 THROUGH 2008.  THE UPPER RIGHT-HAND PICTURE |
| 14:03 | 5 | OR PART OF THE GRAPH IS DIMENSIONING THE INCREASE IN WIDTH OF |
| 14:03 | 6 | THE CHANNEL.  IT'S GROWN FROM APPROXIMATELY 650 FEET TO |
| 14:03 | 7 | 3,700 FEET AT ITS WIDEST POINT IN THIS PART OF REACH 2 SOUTH OF |
| 14:03 | 8 | BAYOU BIENVENUE. |
| 14:03 | 9 | **Q.**   IS THERE A CORRELATION BETWEEN THIS SIGNIFICANT WIDENING |
| 14:03 | 10 | BEYOND THE AUTHORIZED 650 FEET AND THE BREACHES NOTED ON PX-83, |
| 14:03 | 11 | PAGES 5 TO 6? |
| 14:03 | 12 | **A.**   YES. |
| 14:03 | 13 | **Q.**   IS THAT COINCIDENTAL? |
| 14:03 | 14 | **A.**   NO. |
| 14:03 | 15 | **Q.**   WHY NOT? |
| 14:03 | 16 | **A.**   THE WIDENING OF THE CHANNEL LEADS TO, FIRST, AS WE'VE BEEN |
| 14:04 | 17 | DISCUSSING, LOSS IN PROTECTIVE ELEVATION; SECOND, IT OPENS UP |
| 14:04 | 18 | THE AREA OF WATER IN WHICH THE WAVES CAN REGENERATE AS THEY |
| 14:04 | 19 | APPROACH THE EARTHEN FLOOD PROTECTION STRUCTURE.  THE MIGRATION |
| 14:04 | 20 | OF THE CHANNEL TOWARDS THE EARTHEN FLOOD PROTECTION STRUCTURE |
| 14:04 | 21 | ALSO ACTS TO REMOVE THE VEGETATION ON THE FORESHORE THAT'S |
| 14:04 | 22 | ACTING TO REDUCE THE EFFECT OF THE INCOMING WAVES. |
| 14:04 | 23 | **Q.**   DID I SHOW YOU THIS MORNING AT BREAKFAST SOME EXCERPTS |
| 14:04 | 24 | FROM HIS HONOR'S QUESTIONS THAT HE'D LIKE TO HAVE ANSWERED -- |
| 14:04 | 25 | BY YOU MAYBE -- DURING EXAMINATION OF MR. FITZGERALD? |

14:04    1   **A.**   YES.

14:04    2           **MR. O'DONNELL:**  WITH THE COURT'S PERMISSION, I'M

14:04    3   GOING TO STATE YOUR QUESTION THAT WAS IN THE TRANSCRIPT, AND I

14:04    4   WILL ASK DR. BEA IF HE CAN ANSWER THE COURT'S QUESTION.

14:04    5   **BY MR. O'DONNELL:**

14:04    6   **Q.**   FIRST, FROM PAGES 79 AND 80:

14:05    7           "I WILL BE INTERESTED IN DISCUSSION AS TO THE

14:05    8   CORRELATION OF SIGNIFICANT BREACHES OR BREACHES VIS-À-VIS THE

14:05    9   SIGNIFICANT EROSION; THAT IS, WHERE THE EROSION IS MORE

14:05   10   SUBSTANTIAL, ARE THE BREACHES MORE SUBSTANTIAL."

14:05   11   **A.**   YES.

14:05   12   **Q.**   WHY?

14:05   13   **A.**   LOWER ELEVATION, EARLIER PENETRATION BY WAVES,

14:05   14   EXPLOITATION BY RISING SURGE WATER.

14:05   15   **Q.**   NEXT POINT ON PAGE 101:

14:05   16           "IT LOOKS TO ME THAT THE PRIMARY ISSUE VIS-À-VIS THE

14:05   17   REACH 2 IS NOT SO MUCH THE HEIGHT OF THE SURGE AS CREATED BY

14:05   18   THE MRGO AS THE WAVE FACTOR.  SO ALL OF THIS BECOMES, YOU KNOW,

14:05   19   DID THE WIDENING AND DEEPENING OF THE MRGO AND THE EROSION OF

14:05   20   THE WETLANDS CAUSE THE WAVES TO BE A THREAT."

14:05   21   **A.**   YES.

14:05   22   **Q.**   WE'LL BE DISCUSSING THAT MOMENTARILY; CORRECT?

14:05   23   **A.**   CORRECT.

14:05   24   **Q.**   THIRD, FROM PAGE 109:

14:05   25           "THE COURT UNDERSTANDS THAT INFERENTIALLY, BUT NOT IN

FINAL DAILY COPY

14:06  1  GREAT DETAIL, THAT THIS PHENOMENON CAN CAUSE SUBSIDENCE.  THE

14:06  2  COURT FURTHER UNDERSTANDS THAT I DON'T KNOW HOW MUCH IT WOULD

14:06  3  CAUSE, I DON'T KNOW WHAT EFFECT IT HAD ON THE ULTIMATE ISSUE IN

14:06  4  THIS CASE, AND I'M NOT SURE HOW MUCH, IF ANY, IT CAUSED THE

14:06  5  LEVEE TO SUBSIDE.  WE HAVEN'T GOTTEN WHAT IS THE PROXIMITY OF

14:06  6  LEVEES TO WHERE THE SPOIL WAS PLACED AND THIS PHENOMENON COULD

14:06  7  TAKE PLACE.  THERE'S DISTANCES INVOLVED."

14:06  8        NOW, WHAT DID YOU FIND TO BE THE CRITICAL FACTOR ON

14:06  9  ENCROACHMENT?  IF WE COULD GO BACK, JUST FOR A MOMENT, TO

14:06  10  PX-26 -- I'M SORRY.  SLIDE 26.  CAN WE HIGHLIGHT THE UPPER

14:06  11  RIGHT CORNER.  MAYBE NOT.

14:06  12        WE SAW EARLIER THAT THERE WERE STRETCHES WHERE IT HAD

14:07  13  WIDENED IT SIGNIFICANTLY; CORRECT?

14:07  14  A.   THAT'S CORRECT.

14:07  15  Q.   SO WHEN WE'VE GOT LIKE 2,500 THERE OR 3,700, IT FOLLOWS

14:07  16  THAT THE CHANNEL ON THE SOUTH SIDE HAS GOTTEN A LOT CLOSER TO

14:07  17  THE LEVEE; RIGHT?

14:07  18  A.   THAT'S CORRECT.

14:07  19  Q.   IN FACT, WE SAW SOME THAT WERE, WHAT, 150 FEET?

14:07  20  A.   THAT'S CORRECT.

14:07  21  Q.   SO WHAT HAVE YOU FOUND IN YOUR RESEARCH TO BE SORT OF A

14:07  22  CRITICAL BOUNDARY ONCE YOU GET TO HOW CLOSE YOU FIND THAT THERE

14:07  23  IS A SIGNIFICANT EFFECT IN TERMS OF BREACHING ALONG THIS AREA

14:07  24  OF REACH 2?

14:07  25  A.   APPROXIMATELY 500 FEET.

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:07 | 1 | **Q.**   THE CLOSER YOU GET TO 300 AND 200 FEET, THE MORE EXTREME |
| 14:07 | 2 | IS THE PROBLEM IN TERMS OF BREACHING? |
| 14:07 | 3 | **A.**   CORRECT. |
| 14:07 | 4 | **Q.**   THAT, IN PART, IS BECAUSE OF THE LATERAL DISPLACEMENT |
| 14:07 | 5 | PHENOMENON ACCELERATING? |
| 14:07 | 6 | **A.**   CORRECT. |
| 14:07 | 7 | **Q.**   LOWERING OF THE CROWNS; CORRECT? |
| 14:07 | 8 | **A.**   CORRECT. |
| 14:07 | 9 | **Q.**   I GUESS NO. 2 IS YOU'VE GOT LESS LAND FOR THE WAVES TO RUN |
| 14:07 | 10 | ALONG, RIGHT, SO THERE'S LESS FRICTION? |
| 14:07 | 11 | **A.**   CORRECT. |
| 14:07 | 12 | **Q.**   IF WE HAD THE VEGETATION THERE, WE'VE LOST THE VEGETATION? |
| 14:07 | 13 | **A.**   CORRECT. |
| 14:07 | 14 | **Q.**   SO THREE OF OUR SAFETY FACTORS HAVE BEEN ELIMINATED. |
| 14:08 | 15 | **A.**   THREE OF OUR COAST GUARD CUTTERS HAVE RAMMED THE LEVEES. |
| 14:08 | 16 | **Q.**   THE LAST QUESTION FROM HIS HONOR ON 110.  I'LL PARAPHRASE |
| 14:08 | 17 | IT.  HE'S TALKING ABOUT GRAPHS AND A SINKING OF A CROWN BY |
| 14:08 | 18 | 2.7 FEET BECAUSE OF LATERAL DISPLACEMENT AND CONTINUING: |
| 14:08 | 19 | "I ASSUME THAT THAT SINKING HAD AN EFFECT -- MADE THE |
| 14:08 | 20 | HURRICANE FLOOD PROTECTION BY EXTRINSIC NEGLIGENCE AND |
| 14:08 | 21 | THEREFORE 702C DOESN'T APPLY, AND BY THE WAY IT CAUSED FLOODING |
| 14:08 | 22 | OR THE LEVEES TO FAIL OR WHATEVER.  SO THERE'S A LOT THAT |
| 14:08 | 23 | HINGES ON THIS." |
| 14:08 | 24 | SO, ONCE AGAIN, I THINK THE THRUST OF THE COURT'S |
| 14:08 | 25 | INQUIRY IS THAT WHEN YOU LOWER THE PROTECTIVE CROWN -- RIGHT? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:08 | 1 | **A.**   CORRECT. |
| 14:08 | 2 | **Q.**   YOU'RE CREATING LOTS OF PROBLEMS DURING A HURRICANE; |
| 14:08 | 3 | RIGHT? |
| 14:08 | 4 | **A.**   CORRECT. |
| 14:08 | 5 | **Q.**   WE SAW THE GRAPHIC THAT I THINK ANSWERS HIS HONOR'S |
| 14:09 | 6 | QUESTION EARLIER, THE FORMULA.  LET'S GO TO SLIDE 19.  IS THIS |
| 14:09 | 7 | PRETTY MUCH, IN YOUR OPINION, THE COMPLETE ANSWER TO THAT |
| 14:09 | 8 | QUESTION? |
| 14:09 | 9 | **A.**   THAT'S CORRECT. |
| 14:09 | 10 | **Q.**   NOW I WANT TO TURN TO THE TOPIC OF WAVES.  I BELIEVE |
| 14:09 | 11 | PROFESSOR VRIJLING HAS DISCUSSED WAVES.  ARE YOU ASSUMING HIS |
| 14:09 | 12 | NUMBERS IN OUR DISCUSSION? |
| 14:09 | 13 | **A.**   THAT'S CORRECT. |
| 14:09 | 14 | **Q.**   PROFESSOR VRIJLING HAS DESCRIBED FOR US WHAT HAPPENED WHEN |
| 14:09 | 15 | THE WAVES HIT THE EBSB'S ALONG REACH 2, THE SCIENTIFIC OR |
| 14:09 | 16 | ENGINEERING OR PHYSICAL THINGS THAT HAPPENED.  OKAY, SIR? |
| 14:09 | 17 | **A.**   CORRECT. |
| 14:09 | 18 | **Q.**   ONE OF THE THINGS THAT YOU HAVE DETERMINED IS THAT THE |
| 14:09 | 19 | WIDTH OF THE CHANNEL HAS A DIRECT AND SIGNIFICANT EFFECT ON |
| 14:09 | 20 | WAVES? |
| 14:09 | 21 | **A.**   CORRECT. |
| 14:10 | 22 | **Q.**   THE SOURCE OF THE WAVES ARE WHERE?  LAKE BORGNE? |
| 14:10 | 23 | **A.**   CORRECT. |
| 14:10 | 24 | **Q.**   DURING THE TIME OF KATRINA IN THE EARLY MORNINGS OF |
| 14:10 | 25 | APRIL 29, 2005 [*SIC*], WHAT WERE THE WAVES IN LAKE BORGNE, |

| | | |
|---|---|---|
| 14:10 | 1 | APPROXIMATELY?  DO YOU REMEMBER? |
| 14:10 | 2 | **A.**   AT WHAT TIME IN THE MORNING? |
| 14:10 | 3 | **Q.**   YOU PICK IT. |
| 14:10 | 4 | **A.**   EARLY IN THE MORNING, THE WAVES ARE FROM 2 TO 3 FEET.  AS |
| 14:10 | 5 | THE STORM CROSSES THE MISSISSIPPI RIVER, NOW, THE WAVES BEGIN |
| 14:10 | 6 | TO GROW ULTIMATELY TO 9 FEET.  I'M REFERENCING WAVE HEIGHTS IN |
| 14:10 | 7 | THE CENTER OF THE MRGO CHANNEL MIDWAY ON THE REACH 2. |
| 14:10 | 8 | **Q.**   SO THEY MULTIPLIED BY A FACTOR OF THREE OR MORE FROM WHAT |
| 14:10 | 9 | THEY WERE IN LAKE BORGNE ONCE THEY START GOING ACROSS THAT |
| 14:10 | 10 | HURRICANE HIGHWAY YOU'VE DESCRIBED? |
| 14:10 | 11 | **A.**   CORRECT. |
| 14:10 | 12 | **THE COURT:**  JUST FOR THE RECORD, THE WORD *FETCH* HAS |
| 14:10 | 13 | BEEN USED SEVERAL TIMES, AND I HAVEN'T GOTTEN ANYONE TO |
| 14:11 | 14 | DESCRIBE IT.  IT'S CERTAINLY IN THE RECORD AND IN THE REPORTS, |
| 14:11 | 15 | BUT FOR THE RECORD, IF YOU WOULD PLEASE BRIEFLY DESCRIBE, FOR |
| 14:11 | 16 | THE PURPOSES OF THIS APPLICATION, WHAT FETCH IS. |
| 14:11 | 17 | **THE WITNESS:**  FETCH IS THE WIDTH OF THE OPEN WATER |
| 14:11 | 18 | THAT THE WIND BLOWS OVER TO AFFECT THE MOTION OF THE WATER. |
| 14:11 | 19 | **BY MR. O'DONNELL:** |
| 14:11 | 20 | **Q.**   NOW, WHEN THE WAVES APPROACH THE LEVEE, THE BERM, WHATEVER |
| 14:11 | 21 | YOU WANT TO CALL IT, ALONG REACH 2, DESCRIBE THE PHYSICAL OR |
| 14:11 | 22 | HYDRAULIC -- WHATEVER -- PHENOMENON, HYDRODYNAMIC PHENOMENON |
| 14:11 | 23 | FOR THE COURT AS THE WAVES ARE APPROACHING, BOTH BELOW THE |
| 14:11 | 24 | WATER AND ABOVE THE WATER. |
| 14:11 | 25 | **A.**   AS THE WAVES APPROACH THE TOE OF THE EARTHEN FLOOD |

| | | |
|---|---|---|
| 14:11 | 1 | PROTECTION STRUCTURE, THERE ARE SEVERAL IMPORTANT THINGS THAT |
| 14:12 | 2 | ARE HAPPENING.  PROFESSOR VRIJLING REFERRED TO SEVERAL OF THOSE |
| 14:12 | 3 | IN HIS REPORTS AND TESTIMONY THAT I HEARD THIS MORNING, BUT THE |
| 14:12 | 4 | FIRST ONE OF IMPORTANCE IS ASSOCIATED WITH THE WATER DEPTH. |
| 14:12 | 5 | AS THE WATER DEPTH DECREASES AS YOU APPROACH THE |
| 14:12 | 6 | SHORELINE, THE WAVE HEIGHTS TEND TO DECREASE BECAUSE OF WAVE |
| 14:12 | 7 | BREAKING.  THAT'S ESSENTIALLY A RELATIONSHIP BETWEEN THE WATER |
| 14:12 | 8 | DEPTH AND THE WAVE HEIGHT. |
| 14:12 | 9 | THE SECOND ONE, NOT AS IMPORTANT, IS RELATED TO THE |
| 14:12 | 10 | FRICTIONAL EFFECTS THAT ARE DEVELOPING BETWEEN THE MOTION OF |
| 14:12 | 11 | WATER AND THE BOTTOM THAT THE WATER IS ACTING ON.  THAT CAN |
| 14:13 | 12 | AFFECT THE WAVE HEIGHTS ALSO.  IN ADDITION, IF THE BOTTOM IS |
| 14:13 | 13 | MOVING, WHICH IT CAN DO, THAT ACTS TO FURTHER DECREASE THE WAVE |
| 14:13 | 14 | HEIGHTS. |
| 14:13 | 15 | THE NEXT THING THAT HAS TO BE WATCHED VERY CAREFULLY |
| 14:13 | 16 | IS VEGETATION BETWEEN THE DEEPWATER SECTION OF THE CHANNEL AND |
| 14:13 | 17 | THE FACE OF THE EARTHEN FLOOD PROTECTION STRUCTURE. |
| 14:13 | 18 | Q.   WHY DID WAVES OF 6 TO 9 FEET, THAT YOU'RE DESCRIBING, MAKE |
| 14:13 | 19 | A DIFFERENCE WITH REGARD TO WHAT HAPPENED TO THE EARTHEN |
| 14:13 | 20 | BERMS/LEVEES DURING KATRINA? |
| 14:13 | 21 | A.   THE EFFECT OF THE WAVES IN PROMOTING EROSION ON THE FRONT |
| 14:13 | 22 | SIDE IS A FUNCTION OF THE KINETIC AND POTENTIAL ENERGY |
| 14:14 | 23 | CONTAINED IN THE SEA STATE.  AS PROFESSOR VRIJLING SAID THIS |
| 14:14 | 24 | MORNING, THAT'S RELATED TO THE SQUARE OF THE WAVE HEIGHT. |
| 14:14 | 25 | GIVEN A PARTICULAR WAVE HEIGHT, FOR EXAMPLE, 9 FEET |

| | | |
|---|---|---|
| 14:14 | 1 | REFERENCING CENTER OF CHANNEL DEEP WATER, THE SQUARE OF THAT IS |
| 14:14 | 2 | 81.  IF I HAD 3 FEET, STILL REFERENCING CENTER OF CHANNEL, |
| 14:14 | 3 | THAT'S 9, RATIO OF 81 TO 9.  THE OTHER THING THAT SHOWS -- |
| 14:14 | 4 | **Q.**   ARE THE LEVEES BETTER OFF WITH A 9 THAN AN 81? |
| 14:14 | 5 | **A.**   VERY DEFINITELY. |
| 14:14 | 6 | **Q.**   CONTINUE. |
| 14:14 | 7 | **A.**   THE NEXT THING THAT -- |
| 14:14 | 8 | **Q.**   AT THE RISK OF STATING THE OBVIOUS, BUT WE NEED TO MAKE A |
| 14:14 | 9 | RECORD.  GO AHEAD. |
| 14:14 | 10 | **A.**   THE NEXT THING THAT SHOWS UP IS THE SOIL'S ERODIBILITY IS |
| 14:15 | 11 | A NONLINEAR FUNCTION OF THE VELOCITY SO THAT THE -- |
| 14:15 | 12 | **Q.**   COULD YOU EXPLAIN THAT FOR US. |
| 14:15 | 13 | **A.**   IT MEANS THAT IF I CHANGE THE VELOCITY BY A FACTOR OF 10, |
| 14:15 | 14 | I CAN CHANGE THE ERODIBILITY OF THE SOIL BY A FACTOR OF 100 SO |
| 14:15 | 15 | THAT -- |
| 14:15 | 16 | **THE COURT:**  IS THE 10-TO-1 RATIO THE VELOCITY TO |
| 14:15 | 17 | EROSION, IN ESSENCE? |
| 14:15 | 18 | **THE WITNESS:**  SO THERE'S TWO NOT LINEAR THINGS |
| 14:15 | 19 | HAPPENING HERE.  ONE'S A WAVE AMPLITUDE THAT WE'RE REFERENCING. |
| 14:15 | 20 | ALSO, THE WAVE PERIOD SHOWS UP TO BE OF IMPORTANCE.  THE NEXT |
| 14:15 | 21 | ONE IS THE RELATIONSHIP OF THE WAVE VELOCITIES, OF WATER |
| 14:15 | 22 | VELOCITY TO THE ERODIBILITY OF THE SOILS. |
| 14:15 | 23 | **BY MR. O'DONNELL:** |
| 14:15 | 24 | **Q.**   IS THERE SOME CORRELATION THERE OR EQUATION FOR THAT? |
| 14:15 | 25 | **A.**   THERE ARE EQUATIONS AND I WORK THOSE EQUATIONS.  MOST |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:16 | 1 | REPRESENT EXPERIMENTAL CORRELATIONS. |
| 14:16 | 2 | **THE COURT:**  EXPLAIN WHAT THAT MEANS.  *EXPERIMENTAL* |
| 14:16 | 3 | *CORRELATIONS* MEANS NOT IN THE FIELD DOING THE ACTUAL |
| 14:16 | 4 | REAL-TIME -- WELL, YOU MIGHT EXPLAIN IT.  EXPLAIN IT TO US. |
| 14:16 | 5 | **THE WITNESS:**  WELL, THERE ARE TWO LEVELS OF |
| 14:16 | 6 | EXPERIMENTS:  ONE IS, IN FACT, DONE IN THE FIELD.  THE CORPS OF |
| 14:16 | 7 | ENGINEERS HAS PERFORMED THESE EXPERIMENTS IN THE FIELD.  IT'S |
| 14:16 | 8 | ESSENTIALLY DIRECTING A HOSE DOWN AT THE SOIL, KNOW THE |
| 14:16 | 9 | VELOCITY OF IMPACT, AND MEASURE THE ERODIBILITY THAT'S |
| 14:16 | 10 | DEVELOPED IN THE SOIL.  THE SECOND WAY IS TO TAKE A SAMPLE OF |
| 14:16 | 11 | THE SOIL INTO THE LABORATORY, SUBJECT IT TO HYDRAULIC FLOW, AND |
| 14:16 | 12 | MEASURE THE LOSS OF SOIL. |
| 14:16 | 13 | **THE COURT:**  THANK YOU. |
| 14:16 | 14 | **BY MR. O'DONNELL:** |
| 14:16 | 15 | **Q.**   DID YOU RELY UPON SOME OF THE DUTCH MODELING BETWEEN |
| 14:16 | 16 | SCENARIO 2C AND THE NEUTRAL OR MITIGATING MRGO AND THE SCENARIO |
| 14:17 | 17 | 1 AS IS, KATRINA?  DID YOU DO THAT, PROVIDE THE WAVES? |
| 14:17 | 18 | **A.**   WOULD YOU REPEAT YOUR QUESTION, PLEASE. |
| 14:17 | 19 | **Q.**   I'M GOING TO ASK YOU TO ASSUME WHAT I THINK'S EVIDENCE. |
| 14:17 | 20 | OKAY?  THAT AN ANALYSIS USING MAXIMUM SIGNIFICANT WAVE HEIGHTS |
| 14:17 | 21 | AT REFERENCE LOCATION ON THE EBSB'S -- YOU KNOW WHAT I'M |
| 14:17 | 22 | TALKING ABOUT; RIGHT? |
| 14:17 | 23 | **A.**   CORRECT. |
| 14:17 | 24 | **Q.**   THAT WE HAD A 6-FOOT WAVE IN THE KATRINA AS IS, |
| 14:17 | 25 | SCENARIO 1, 6-FOOT.  OKAY? |

14:17    1    **A.**    THAT WOULD DEPEND ON THE TIME AND THE PLACE.

14:17    2    **Q.**    I WANT TO JUST ILLUSTRATE SOMETHING FOR THE COURT.

14:17    3    ASSUMING WE HAD A MAXIMUM SIGNIFICANT WAVE AT WHATEVER TIME IN

14:17    4    THE MORNING OF 6 FEET --

14:17    5    **A.**    6 FEET.  GOT IT.

14:17    6    **Q.**    LET'S ASSUME THAT THE NEUTRAL MRGO, SCENARIO 2C, SAID THAT

14:17    7    A MITIGATED MRGO WOULD HAVE HAD ONLY 2.2 FEET.  EXPLAIN FOR THE

14:17    8    COURT THE DIFFERENCE BETWEEN HAVING A MAXIMUM WAVE HEIGHT OF

14:18    9    6 FEET IN THAT CHANNEL AS OPPOSED TO 2.2 FEET IN TERMS OF THE

14:18    10   EFFECT ON THE LEVEE.

14:18    11   **A.**    THE VELOCITY EFFECT WOULD BE THE RATIO OF 36 TO 4 --

14:18    12   THAT'S 8 -- MULTIPLIED BY 10 --

14:18    13           **THE COURT:**  9; RIGHT?

14:18    14           **MR. O'DONNELL:**  I HAVE 6 FEET MAXIMUM VERSUS 2.2.

14:18    15           **THE COURT:**  36 TO 4?

14:18    16           **THE WITNESS:**  YOU'RE RIGHT.  YOU MIGHT WANT TO BECOME

14:18    17   AN ENGINEER.

14:18    18           **THE COURT:**  OH, NO.  THANK YOU.

14:18    19           **THE WITNESS:**  I'M SORRY.

14:18    20   **BY MR. O'DONNELL:**

14:18    21   **Q.**    START THE CALCULATION AGAIN.  ASSUMING A MAXIMUM HEIGHT

14:18    22   DURING THE STORM OF 6 FEET VERSUS A MITIGATED MRGO, SCENARIO

14:18    23   2C, WHERE YOU HAVE ONLY 2.2 FEET, OR A DIFFERENCE OF ABOUT

14:19    24   3.8 FEET, HOW DOES THAT AFFECT WHAT HAPPENS AT THAT LOCATION IN

14:19    25   THE MIDDLE OF THE EBSB ALONG REACH 2?

| | | |
|---|---|---|
| 14:19 | 1 | **A.**   WELL, THE VELOCITY EFFECT IS A RATIO THAT IS TWO NUMBERS. |
| 14:19 | 2 | APPROXIMATELY, YOU COULD SAY THE EFFECT ON ERODIBILITY WOULD BE |
| 14:19 | 3 | 10 TIMES THAT RATIO. |
| 14:19 | 4 | **Q.**   FOR ABOUT A 40- TO 50-FOLD INCREASE IN THE WAVE EROSION, |
| 14:19 | 5 | SCOUR, BREACHING EFFECTS? |
| 14:19 | 6 | **A.**   THAT'S CORRECT. |
| 14:19 | 7 | **Q.**   IS THAT CATASTROPHIC? |
| 14:19 | 8 | **A.**   IT CAN BE. |
| 14:19 | 9 | **THE COURT:**  MR. O'DONNELL, I DON'T WANT TO DISRUPT |
| 14:19 | 10 | YOUR EXAMINATION, NOR THE EXAMINATION OF THE GOVERNMENT.  THE |
| 14:19 | 11 | COURT DOESN'T WANT TO IMPOSE ITSELF TOO MUCH.  ARE THERE GOING |
| 14:19 | 12 | TO BE ANY QUESTIONS TO REFERENCE ANY CALCULATIONS BASED ON MRGO |
| 14:19 | 13 | AS AUTHORIZED, IN OTHER WORDS, THE SCENARIO-3 CALCULATIONS? |
| 14:20 | 14 | **BY MR. O'DONNELL:** |
| 14:20 | 15 | **Q.**   ARE YOU ABLE TO DO, SITTING THERE AT THE WITNESS STAND, A |
| 14:20 | 16 | CALCULATION OF -- |
| 14:20 | 17 | **THE COURT:**  WELL, IF HE HASN'T DONE THEM, THAT'S |
| 14:20 | 18 | OKAY. |
| 14:20 | 19 | **BY MR. O'DONNELL:** |
| 14:20 | 20 | **Q.**   HAVE YOU DONE A CALCULATION ON THE SAME HYPOTHETICAL I |
| 14:20 | 21 | JUST GAVE YOU OF WHAT THE WAVE HEIGHT WOULD HAVE BEEN UNDER A |
| 14:20 | 22 | SCENARIO 3? |
| 14:20 | 23 | **A.**   YES. |
| 14:20 | 24 | **Q.**   WHAT WAS IT? |
| 14:20 | 25 | **A.**   WE RAN A WIDE RANGE IN POTENTIAL WAVE CONDITIONS AT THE |

14:20   1   FACE OF THE EBSB STUDY SITE.  THOSE RANGES IN INCOMING WAVES

14:20   2   WOULD ENCOMPASS SCENARIO 1, 2C, AND 3.

14:20   3   **Q.**   CAN YOU ANSWER THE COURT'S QUESTION WITH REAL NUMBERS?

14:20   4   **A.**   I COULD IF I COULD ACCESS THE PARAMETRIC STUDY PORTION OF

14:21   5   OUR REPORT.

14:21   6           **THE COURT:**  YOU MAY WANT TO COME BACK TO THAT AND GO

14:21   7   THROUGH YOUR -- WHILE SOMEBODY ELSE IS LOOKING FOR IT.  THE

14:21   8   GOVERNMENT MAY BE GOING TO ASK HIM ABOUT THIS ANYHOW.  I DON'T

14:21   9   KNOW.

14:21   10          **MR. O'DONNELL:**  DURING THE BREAK -- I THINK WE WILL

14:21   11  HAVE A BREAK BEFORE I FINISH -- I'LL ASK DR. BEA TO ACCESS IT

14:21   12  AND GIVE YOU THE ANSWER.

14:21   13          **THE COURT:**  THANK YOU.

14:21   14  **BY MR. O'DONNELL:**

14:21   15  **Q.**   IF YOU HAVE A 50-FOLD INCREASE IN WAVE EROSION AND SCOUR

14:21   16  AND BREACHING EFFECTS, THE EXAMPLE WE JUST HAD, DOES THAT

14:21   17  INCREASE THE LIKELIHOOD OF BREACHING ON REACH 2 BEFORE

14:21   18  OVERTOPPING?

14:21   19  **A.**   CERTAINLY.

14:21   20  **Q.**   EXPLAIN THAT TO THE COURT.

14:21   21  **A.**   THE QUICKER THE EARTHEN FLOOD PROTECTION STRUCTURE IS

14:21   22  SUBJECTED TO HIGH EROSION ATTACK, GIVEN THAT THAT IS THE ONSET

14:21   23  OF THE STORM, THAT EROSIVE ATTACK CONTINUES TO INCREASE IN

14:21   24  INTENSITY.  THE DURATION IS LONGER AND HENCE THE EROSION

14:22   25  DAMAGE -- FATIGUE DAMAGE, IF YOU WILL -- IS GREATER, HENCE

| | | |
|---|---|---|
| 14:22 | 1 | PENETRATION OF THE CREST -- CRENELLATION -- HAPPENS EARLIER. |
| 14:22 | 2 | **Q.**   WOULD IT BE FAIR TO SAY, IN A MORE PROSAIC EXAMPLE, THE |
| 14:22 | 3 | DIFFERENCE BETWEEN HITTING IT WITH A GARDEN HOSE VERSUS A |
| 14:22 | 4 | HUGE -- I DON'T KNOW -- FIREHOSE? |
| 14:22 | 5 | **A.**   A GARDEN HOSE FOR A FEW MINUTES VERSUS A FIREHOSE FOR AN |
| 14:22 | 6 | HOUR. |
| 14:22 | 7 | **Q.**   IF THERE IS A BREACH ALONG REACH 2 EARLIER IN THE |
| 14:22 | 8 | SEQUENCE -- IN OTHER WORDS, BEFORE WE HIT MAXIMUM HEIGHT; |
| 14:22 | 9 | CORRECT, SIR -- WHAT EFFECT DOES THAT EARLIER ONSET HAVE IN THE |
| 14:22 | 10 | AMOUNT OF FLOODING ON THE BACK SIDE? |
| 14:22 | 11 | **A.**   WELL, THE EARLIER ONSET OF THE FLOODING LEADS TO FLOODING |
| 14:23 | 12 | OF THE POLDER BETWEEN THE REACH 2 EARTHEN FLOOD PROTECTION |
| 14:23 | 13 | STRUCTURE AND THE 40 ARPENT LEVEE. |
| 14:23 | 14 | **Q.**   WHEN YOU LOOKED AT THE 2C MITIGATOR OR NEUTRAL MRGO |
| 14:23 | 15 | RESULTS FOR WAVES, SIR, WHAT DID YOU FIND IN TERMS OF THE |
| 14:23 | 16 | SCENARIO 2C, WHERE YOU HAD ONLY 2.2 FEET VERSUS 6 FEET, IN |
| 14:23 | 17 | TERMS OF WHETHER OR NOT THERE WAS SIDE EROSION BEFORE |
| 14:23 | 18 | OVERTOPPING OR WHETHER THE STRUCTURE SURVIVED? |
| 14:23 | 19 | **A.**   WE FOUND NO RESULTS THAT INDICATED EITHER WAVE SIDE |
| 14:23 | 20 | EROSION OR OVERTOPPING EROSION FOR THE NEUTRAL MRGO IN CASE 2C. |
| 14:23 | 21 | **Q.**   SO THERE WAS NO CRENELLATION OR EROSION BEFORE |
| 14:23 | 22 | OVERTOPPING? |
| 14:23 | 23 | **A.**   CORRECT. |
| 14:23 | 24 | **Q.**   UNDER THE 2C MITIGATED OR NEUTRAL MRGO SCENARIO AND THE |
| 14:24 | 25 | TESTS THAT WERE DONE, IF THAT WAS, IN FACT, THE WAVE CONDITION, |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:24 | 1 | WOULD THERE HAVE BEEN CATASTROPHIC FLOODING? |
| 14:24 | 2 | **A.** NO. |
| 14:24 | 3 | **Q.** LET'S NOW PUT SOME MEAT ON THE BONES OF THIS DISCUSSION |
| 14:24 | 4 | AND GO TO SOME EXAMPLES OF THE TYPE OF EROSION THAT WE'RE DOING |
| 14:24 | 5 | HERE.  I WANT TO ASK YOU A QUESTION. |
| 14:24 | 6 | **THE COURT:**  HOLD ON ONE SECOND. |
| 14:25 | 7 | GO AHEAD, SIR. |
| 14:25 | 8 | **BY MR. O'DONNELL:** |
| 14:25 | 9 | **Q.** DR. BEA, YOU AND OTHER EXPERTS ON THE PLAINTIFFS' TEAM |
| 14:25 | 10 | HAVE RELIED UPON THE SCENARIO 2C MODELING RESULTS FOR |
| 14:25 | 11 | ESTIMATING WHAT WOULD HAVE HAPPENED DURING HURRICANE KATRINA IF |
| 14:25 | 12 | THE MRGO'S DEFECTS HAD BEEN MITIGATED; IS THAT CORRECT? |
| 14:25 | 13 | **A.** THAT'S CORRECT. |
| 14:25 | 14 | **Q.** SOMETIMES IT'S CALLED THE NEUTRAL MRGO? |
| 14:25 | 15 | **A.** THAT'S CORRECT. |
| 14:25 | 16 | **Q.** SOMEBODY ONCE CALLED IT THE "NO MRGO"; RIGHT? |
| 14:25 | 17 | **A.** NOT ME. |
| 14:25 | 18 | **Q.** BUT IT'S NOT REALLY A "NO MRGO," IS IT? |
| 14:25 | 19 | **A.** THAT'S CORRECT. |
| 14:25 | 20 | **Q.** IS IT FAIR TO SAY THAT IT'S A MRGO WITHOUT THE LOSS OF THE |
| 14:25 | 21 | WETLANDS? |
| 14:25 | 22 | **A.** THAT'S CORRECT. |
| 14:25 | 23 | **Q.** IS IT FAIR TO SAY THAT IT'S A MRGO WITH ITS BANKS AT |
| 14:25 | 24 | 650 FEET AND NOT 2,000 OR 3,700 FEET? |
| 14:25 | 25 | **A.** THAT'S CORRECT. |

14:25  1  **Q.**   IS IT FAIR TO SAY THAT IT'S A MRGO THAT HAS MITIGATED THE

14:25  2  FUNNEL EFFECT?

14:25  3  **A.**   THAT'S CORRECT.

14:25  4       **THE COURT:**  THEN I HAVE A MISUNDERSTANDING.  I'M SURE

14:26  5  THERE WILL BE A LOT OF CROSS-EXAMINATION ABOUT THIS.  MY

14:26  6  UNDERSTANDING WAS THAT THE MODELING WAS DONE WITHOUT THE MRGO.

14:26  7       **MR. O'DONNELL:**  NO, SIR.

14:26  8  BY MR. O'DONNELL:

14:26  9  **Q.**   DID YOU NEED A SURROGATE TO SEE WHAT WOULD HAPPEN IF THE

14:26  10 MRGO DID NO HARM, AS THE LAW, I THINK, REQUIRES?

14:26  11 **A.**   THE PROFESSION OF ENGINEERING REQUIRES THAT:  DO NO HARM.

14:26  12       **THE COURT:**  I'M NOT SAYING THAT THE 2C IS NOT A

14:26  13 FOUNDATION.  I'VE ALREADY RULED ON THAT IN LIMINE, THAT YOU CAN

14:26  14 LOOK AT WHAT IT WAS WITHOUT MRGO.  JUST AS A NOTE -- AND THE

14:26  15 COURT NEEDS TO UNDERSTAND THIS BETTER -- THE COURT IS

14:26  16 CONCERNED, BASED ON RULINGS OF THE COURT, THAT -- OF THE

14:26  17 DIFFERENCE BETWEEN THE MRGO AS AUTHORIZED -- AND WITH THE

14:26  18 WETLANDS IN PLACE, BUT THE MRGO AS AUTHORIZED AS OPPOSED TO

14:26  19 THERE BEING NO CHANNEL AT ALL.

14:26  20       **MR. O'DONNELL:**  IF I MAY COMMENT?

14:27  21       **THE COURT:**  CERTAINLY.  IT'S MORE OF A LEGAL ISSUE.

14:27  22       **MR. O'DONNELL:**  IT CAME UP IN THE CAUSATION MOTION

14:27  23 FOR SUMMARY JUDGMENT.

14:27  24       **THE COURT:**  IT CERTAINLY DID.

14:27  25       **MR. O'DONNELL:**  THE GOVERNMENT SEIZED AND TRIED TO

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:27 | 1 | PERSUADE THE COURT THAT THE PLAINTIFFS -- |
| 14:27 | 2 | **THE COURT:**  I'LL LET THE GOVERNMENT SPEAK TO THIS, BY |
| 14:27 | 3 | THE WAY, IF YOU WANT TO NOW. |
| 14:27 | 4 | **MR. O'DONNELL:**  THE PLAINTIFFS' NO-HARM SCENARIO WAS |
| 14:27 | 5 | REALLY SCENARIO 3.  WE ARGUED AND DR. BEA FILED A DECLARATION, |
| 14:27 | 6 | DR. KEMP -- WHO WILL BE HERE NEXT WEEK AND WHO WILL BE ABLE TO |
| 14:27 | 7 | ADDRESS SOME OF THESE OTHER ISSUES ON THE COURT'S MIND.  THEY |
| 14:27 | 8 | SAID, NO, NO, THE NO-NEGLIGENCE, NO-HARM SCENARIO IS 2C. |
| 14:27 | 9 | WHY?  WELL, FIRST, SCENARIO 3 DOESN'T ANSWER THE |
| 14:27 | 10 | QUESTION.  WE WANT TO KNOW WHAT THE EFFECT IS OF MRGO WHEN IT'S |
| 14:27 | 11 | MITIGATED. |
| 14:27 | 12 | **BY MR. O'DONNELL:** |
| 14:27 | 13 | **Q.**   3 IS NOT MITIGATED; CORRECT, DR. BEA? |
| 14:27 | 14 | **A.**   THAT IS CORRECT. |
| 14:27 | 15 | **Q.**   BUT 2C IS MITIGATED BECAUSE THE MRGO DOESN'T HAVE ANY |
| 14:27 | 16 | STORM EFFECT.  WE WANT A WATERWAY -- THAT WE THINK CONGRESS |
| 14:28 | 17 | MANDATED AND LOUISIANA LAW REQUIRES -- THAT DOESN'T FLOOD ITS |
| 14:28 | 18 | NEIGHBORS.  THE ONLY WAY YOU CAN DO THAT IS TO TAKE OUT THE |
| 14:28 | 19 | MRGO.  YOU'RE NOT SAYING THERE SHOULD BE NO MRGO.  IT'S NOT A |
| 14:28 | 20 | DISCRETIONARY FUNCTION PROBLEM.  IT'S JUST WHAT IS THE EFFECT. |
| 14:28 | 21 | YOU NEED A SURROGATE. |
| 14:28 | 22 | COULD YOU EXPLAIN THAT FOR THE COURT, DR. BEA. |
| 14:28 | 23 | **A.**   I THINK YOU DID IT VERY ELOQUENTLY. |
| 14:28 | 24 | **THE COURT:**  THE COURT'S ONLY CONCERN IS:  I'M |
| 14:28 | 25 | WONDERING, AS A PRACTICAL MATTER, WHAT THE WAVES WOULD BE WITH |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:28 | 1 | MRGO AS AUTHORIZED, WITH PRISTINE WETLANDS, AS OPPOSED TO NO |
| 14:28 | 2 | CHANNEL AT ALL. |
| 14:28 | 3 |     MR. O'DONNELL:  THAT'S A FAIR INQUIRY, BUT IT DOESN'T |
| 14:28 | 4 | GET US, I THINK, TO THE FINISH LINE FOR THIS REASON. |
| 14:28 | 5 |     THE COURT:  THAT'S GOING TO BE BRIEFING, PRIMARILY. |
| 14:28 | 6 | BY MR. O'DONNELL: |
| 14:28 | 7 | Q.  IS IT FAIR TO SAY, AS AN ENGINEER WHO CARES ABOUT THE |
| 14:28 | 8 | SAFETY OF THE POPULATION, YOU WANT TO PREVENT A CHANNEL IN THE |
| 14:28 | 9 | MIDDLE OF AN URBAN AREA FROM MORPHING FROM 650 FEET TO 2,500 TO |
| 14:28 | 10 | 3,700 FEET? |
| 14:28 | 11 | A.  CERTAINLY. |
| 14:28 | 12 | Q.  THAT'S FOR THE REASONS YOU'VE TOLD THE COURT TODAY ABOUT |
| 14:28 | 13 | WHAT YOU THINK THE IMPACTS ARE; RIGHT? |
| 14:29 | 14 | A.  YES. |
| 14:29 | 15 | Q.  WIDER FETCH, MORE HURRICANE HIGHWAY; RIGHT? |
| 14:29 | 16 | A.  YES. |
| 14:29 | 17 | Q.  HIGHER WAVES? |
| 14:29 | 18 | A.  YES. |
| 14:29 | 19 | Q.  A FOOT MORE OF SURGE? |
| 14:29 | 20 | A.  YES. |
| 14:29 | 21 | Q.  AS OPPOSED TO A MRGO THAT, AS AUTHORIZED, WAS 650 FEET; |
| 14:29 | 22 | RIGHT? |
| 14:29 | 23 | A.  CORRECT. |
| 14:29 | 24 | Q.  YOU DID NOT FIND THAT YOU HAVE THESE PROBLEMS OF WAVES AND |
| 14:29 | 25 | WAVE SIDE EROSION WHEN YOU KEEP IT AT ITS AUTHORIZED WIDTH; |

| | | |
|---|---|---|
| 14:29 | 1 | RIGHT? |
| 14:29 | 2 | **A.**   THAT'S CORRECT. |
| 14:29 | 3 | **Q.**   AND WHEN YOU KEEP THE WETLANDS IN? |
| 14:29 | 4 | **A.**   THAT'S CORRECT. |
| 14:29 | 5 | **Q.**   SO THE SIMILARITY BETWEEN SCENARIO 3 AND 2C IS YOU'VE GOT |
| 14:29 | 6 | WETLANDS; RIGHT? |
| 14:29 | 7 | **A.**   THAT'S EXTREMELY IMPORTANT. |
| 14:29 | 8 | **THE COURT:**  LET ME MAKE SURE I UNDERSTAND.  MY |
| 14:29 | 9 | UNDERSTANDING OF SCENARIO 3 -- AND I MAY BE INCORRECT, SO |
| 14:29 | 10 | PLEASE CORRECT ME -- IS THAT SCENARIO 3 WAS THE MRGO AS |
| 14:29 | 11 | AUTHORIZED IN 1965 AT 650 FEET WITH THE WETLANDS THAT WERE IN |
| 14:29 | 12 | EFFECT THAT WERE OSTENSIBLY THERE IN 1965.  THAT'S MY |
| 14:29 | 13 | UNDERSTANDING OF SCENARIO 3.  IS THAT CORRECT? |
| 14:30 | 14 | **THE WITNESS:**  THERE'S A MISSING PLAYER IN THIS |
| 14:30 | 15 | IDENTIFICATION OF SCENARIOS THAT PROFESSOR VRIJLING ALLUDED TO |
| 14:30 | 16 | THIS MORNING.  IT'S THE FORESHORE VEGETATION BETWEEN THE MRGO |
| 14:30 | 17 | CHANNEL AND THE FACE OF THE EARTHEN FLOOD PROTECTION |
| 14:30 | 18 | STRUCTURES. |
| 14:30 | 19 | **THE COURT:**  SO SCENARIO 3, THE DIFFERENCE WOULD BE, |
| 14:30 | 20 | THEN, SCENARIO 3 DOES NOT HAVE THAT VEGETATION? |
| 14:30 | 21 | **THE WITNESS:**  THAT'S CORRECT. |
| 14:30 | 22 | **THE COURT:**  ALL RIGHT.  WHAT DIFFERENCE IT ALL MAKES, |
| 14:30 | 23 | I ASSUME SOMEONE WILL TELL ME AT SOME POINT. |
| 14:30 | 24 | **THE WITNESS:**  IT'S A GREAT DEAL OF DIFFERENCE.  THE |
| 14:30 | 25 | INCOMING WAVE HEIGHTS FROM THE CHANNEL ARE REDUCED TO LESS THAN |

| | | |
|---|---|---|
| 14:30 | 1 | HALF OF THEIR HEIGHT BY THAT FORESHORE VEGETATION. |
| 14:30 | 2 | **BY MR. O'DONNELL:** |
| 14:30 | 3 | **Q.**   DESCRIBED BY DR. GAGLIANO AS THE ROUGHNESS OR FRICTION |
| 14:30 | 4 | FACTOR? |
| 14:30 | 5 | **A.**   THAT'S PART OF IT. |
| 14:30 | 6 | **Q.**   IT KNOCKS DOWN THE HEIGHT OF THE WATER AND THE WAVES? |
| 14:31 | 7 | **A.**   YES.  WELL KNOWN BY FISHERMEN THAT LIKE TO FISH IN SHALLOW |
| 14:31 | 8 | WATER WITH TREES. |
| 14:31 | 9 | **THE COURT:**  I'LL DROP THIS SUBJECT.  I'LL LEAVE THAT |
| 14:31 | 10 | FOR THE GOVERNMENT FOR CROSS-EXAMINATION.  IT'S JUST SOMETHING |
| 14:31 | 11 | ON THE COURT'S MIND THAT ALL OF YOU, I'M SURE, ARE AWARE OF. |
| 14:31 | 12 | **MR. O'DONNELL:**  IF IT'S ON YOUR MIND, IT'S ON MY |
| 14:31 | 13 | MIND. |
| 14:31 | 14 | **BY MR. O'DONNELL:** |
| 14:31 | 15 | **Q.**   LET'S TURN TO SLIDE 27, PLEASE.  THIS IS FROM PX-98.8, AND |
| 14:31 | 16 | THAT SHOWS THE BREACH LOCATIONS THAT HAVE BEEN PLOTTED; |
| 14:31 | 17 | CORRECT, SIR? |
| 14:31 | 18 | **A.**   CORRECT. |
| 14:31 | 19 | **Q.**   THE RED IS WHERE IT BREACHED? |
| 14:31 | 20 | **A.**   THAT'S CORRECT. |
| 14:31 | 21 | **Q.**   THE YELLOW IS WHERE IT SURVIVED? |
| 14:31 | 22 | **A.**   THAT'S CORRECT. |
| 14:31 | 23 | **Q.**   DO YOU FIND A CORRELATION ALONG REACH 2 WITH ALL THE RED |
| 14:31 | 24 | IN TERMS OF EXPOSURE TO WAVES? |
| 14:31 | 25 | **A.**   YES. |

| | | |
|---|---|---|
| 14:31 | 1 | **Q.**   WHAT IS THAT CORRELATION? |
| 14:31 | 2 | **A.**   THE CORRELATION SAYS THAT THE MORE INTENSE WAVE ACTION |
| 14:31 | 3 | THAT I HAVE, I TEND TO BE ABLE TO DEVELOP FRONT-TO-BACK |
| 14:32 | 4 | BREACHING.  WHERE THAT WAVE ACTION IS LESS INTENSE, I'M TENDING |
| 14:32 | 5 | TO EXPERIENCE BACK-TO-FRONT BREACHING. |
| 14:32 | 6 | **Q.**   EVEN IF WE DIDN'T HAVE ALL OF YOUR WISDOM IN YOUR SCIENCE |
| 14:32 | 7 | AND YOUR ENGINEERING, ONE COULD MAKE A CONCLUSION ON |
| 14:32 | 8 | CIRCUMSTANTIAL EVIDENCE THAT THOSE AREAS EXPOSED TO DIRECT WAVE |
| 14:32 | 9 | ATTACK ACROSS THIS HURRICANE HIGHWAY FARED A LOT WORSE THAN |
| 14:32 | 10 | AREAS THAT ARE YELLOW; CORRECT? |
| 14:32 | 11 | **A.**   THAT'S CORRECT. |
| 14:32 | 12 | **Q.**   FOR EXAMPLE, IN REACH 1/GIWW WE DON'T HAVE ANY WAVES, DO |
| 14:32 | 13 | WE? |
| 14:32 | 14 | **A.**   THAT'S CORRECT. |
| 14:32 | 15 | **Q.**   WE DIDN'T HAVE ANY DOWN ON THE VERRETT TO CAERNARVON SWING |
| 14:32 | 16 | OF THE LPV, DID WE? |
| 14:32 | 17 | **A.**   NOTHING SIGNIFICANT. |
| 14:32 | 18 | **Q.**   EVEN DOWN THAT LOWER PART, THAT STRETCH DOWN TO VERRETT |
| 14:32 | 19 | FROM THE CHANNEL, WE DIDN'T HAVE ANY EITHER, DID WE? |
| 14:32 | 20 | **A.**   THAT'S CORRECT. |
| 14:33 | 21 | **Q.**   28 ILLUSTRATES THE SAME SITUATION? |
| 14:33 | 22 | **A.**   THAT'S CORRECT. |
| 14:33 | 23 | **Q.**   YELLOW IS WHERE IT BREACHED; GREEN IS WHERE IT SURVIVED? |
| 14:33 | 24 | **A.**   CORRECT. |
| 14:33 | 25 | **Q.**   NOW I WANT TO GO TO A SPECIFIC LOCATION ON REACH 1, THE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:33 | 1 | ENTERGY PLANT.  LET'S STAY ON THAT SLIDE FOR A MOMENT.  CAN YOU |
| 14:33 | 2 | TELL US -- OR MAYBE THE COURT ALREADY KNOWS -- WHERE THE |
| 14:33 | 3 | ENTERGY PLANT IS. |
| 14:33 | 4 | **A.**   YOU'RE AT THE PARIS ROAD BRIDGE CROSSING OVER THE GIWW |
| 14:33 | 5 | MRGO CHANNEL. |
| 14:33 | 6 | **Q.**   DR. BEA, WOULD YOU SHOW US WHERE WE'RE TALKING ABOUT. |
| 14:33 | 7 | **A.**   (INDICATING) |
| 14:33 | 8 | **Q.**   SO THAT'S PARIS ROAD, AND THE ENTERGY PLANT WAS ON THE |
| 14:33 | 9 | NORTH SIDE OR THE SOUTH SIDE? |
| 14:33 | 10 | **A.**   IT'S ON THE EAST SIDE; THE NORTH SIDE OF THE CHANNEL. |
| 14:34 | 11 | **Q.**   SO IT'S ON THE NORTH SIDE OF THE GIWW/REACH 1? |
| 14:34 | 12 | **A.**   CORRECT. |
| 14:34 | 13 | **Q.**   FINE.  LET'S GO TO SLIDE 29.  IT'S PROBABLY A PHOTO |
| 14:34 | 14 | FAMILIAR TO THE COURT AND MOST PEOPLE IN THIS COURTROOM. |
| 14:34 | 15 | SLIDE 29 IS FROM PX-74, PAGE 24. |
| 14:34 | 16 | CAN YOU DESCRIBE WHAT'S GOING ON HERE, SIR. |
| 14:34 | 17 | **A.**   WAVES AND SURGE ARE PROPAGATING DOWN REACH 1.  AS WAVES |
| 14:34 | 18 | ARE PROPAGATING DOWN REACH 1, AS THE SURGE BEGINS TO BRING |
| 14:34 | 19 | THOSE WAVES TO THE TOP OF THE LEVEE, THEY ARE SWINGING THEIR |
| 14:34 | 20 | CREST PARALLEL TO THE LEVEE OR DECREASING THE ANGLE LIKE AN |
| 14:34 | 21 | INCOMING WAVE ON A BEACH DOES.  AT THAT POINT, THE WATER IS |
| 14:34 | 22 | RUSHING DOWN THE BACK SIDE OF THE LEVEE WITH VERY HIGH |
| 14:34 | 23 | INTENSITY. |
| 14:35 | 24 | **Q.**   SO THE MRGO IS UP HERE? |
| 14:35 | 25 | **A.**   THAT'S CORRECT. |

| | | |
|---|---|---|
| 14:35 | 1 | **Q.**   SO I'M LOOKING AT THIS FROM THE SOUTH TO THE NORTH? |
| 14:35 | 2 | **A.**   YOU'RE LOOKING FROM THE NORTH TO THE SOUTH. |
| 14:35 | 3 | **Q.**   I'M SORRY.  THE NORTH TO THE SOUTH. |
| 14:35 | 4 | LET'S GO TO SLIDE 30 FROM PX-74, PAGE 25.  ARE WE IN |
| 14:35 | 5 | THE SAME LOCATION WHERE I WAS ON THE PRIOR PHOTO, ON SLIDE 29? |
| 14:35 | 6 | **A.**   YES, YOU ARE.  YOU CAN TELL BY THE BRIDGE PIERS. |
| 14:35 | 7 | **Q.**   EXPLAIN TO ME WHAT'S GOING ON HERE, SIR. |
| 14:35 | 8 | **A.**   YOU HAVE AN EROSIVE FEATURE.  THIS IS THE START OF |
| 14:35 | 9 | BACK-TO-FRONT BREACHING.  THE GRASS HAS BEEN ERODED AND THE |
| 14:35 | 10 | SOIL HAS BEEN REMOVED.  IF THE FLOW HAD CONTINUED LONGER, WE |
| 14:35 | 11 | WOULD HAVE BREACHED BACK TO FRONT; BUT BECAUSE THE FLOW SURGE |
| 14:36 | 12 | ELEVATION DID NOT PERSIST LONG ENOUGH, THIS LEVEE SURVIVED. |
| 14:36 | 13 | **Q.**   NO WAVE EXPOSURE? |
| 14:36 | 14 | **A.**   IT HAD SMALL WAVES THAT WERE SHOWN IN A PREVIOUS |
| 14:36 | 15 | ILLUSTRATION. |
| 14:36 | 16 | **Q.**   WERE THEY OF THE MAGNITUDE OR AMPLITUDE OF WHAT WE SAW ON |
| 14:36 | 17 | REACH 2? |
| 14:36 | 18 | **A.**   ABSOLUTELY NOT.  THOSE WERE 1- AND 2-FOOT WAVES. |
| 14:36 | 19 | **Q.**   IS THAT SOMETIMES CALLED SCOUR? |
| 14:36 | 20 | **A.**   THAT'S CORRECT. |
| 14:36 | 21 | **Q.**   IS THAT THE TURBULENCE OF THE WATER WHEN IT'S COMING OVER |
| 14:36 | 22 | THE BERM? |
| 14:36 | 23 | **A.**   THAT'S CORRECT. |
| 14:36 | 24 | **Q.**   LET'S GO TO SLIDE 31, EXPLAIN TO HIS HONOR A COUPLE TYPES |
| 14:36 | 25 | OF BREACHING MECHANISMS.  SLIDE 31 IS CALLED BACK-TO-FRONT |

| | | |
|---|---|---|
| 14:36 | 1 | BREACHING.  IT'S FROM PX-72, PAGE 30.  CAN YOU EXPLAIN THIS ONE |
| 14:36 | 2 | FOR US PLEASE, SIR. |
| 14:36 | 3 | **A.**   WELL, IT'S A CARTOON SHOWING WHAT WE HAVE JUST SEEN, WHICH |
| 14:36 | 4 | IS, AS WATER IS FLOWING OVER THE TOP OF THIS EARTHEN FLOOD |
| 14:36 | 5 | PROTECTION STRUCTURE -- AND THIS IS A VERY GOOD NORTH SEA, |
| 14:37 | 6 | DUTCH DIKE THAT'S BEING OVERTOPPED WITH BOTH SURGE AND WAVES. |
| 14:37 | 7 | THE WATER RUSHES DOWN THE BACK SIDE.  THAT'S AN EROSIVE FORCE |
| 14:37 | 8 | ACTING AT THE CREST AND CLOSE TO THE TOE OF THE EARTHEN FLOOD |
| 14:37 | 9 | PROTECTION STRUCTURE, AND SINCE THAT TIME BEGAN THE PROCESS OF |
| 14:37 | 10 | BREACHING FROM BACK TO FRONT. |
| 14:37 | 11 | **Q.**   LET'S GO TO THE NEXT ONE, SLIDE 32. |
| 14:37 | 12 | **A.**   SLIDE 32, IT'S TAKEN FROM MY JULY -- |
| 14:37 | 13 | **Q.**   2008? |
| 14:37 | 14 | **A.**   I HAVE TROUBLE KEEPING UP WITH THEM. |
| 14:37 | 15 | **Q.**   SO MANY REPORTS. |
| 14:37 | 16 | **A.**   JULY 2008 REPORT.  I SELECTED TWO PHOTOGRAPHS FROM MY |
| 14:38 | 17 | COLLEAGUES IN CALIFORNIA.  IT ILLUSTRATES THE FRONT-TO-BACK |
| 14:38 | 18 | CRENELLATION PROCESS.  WE'VE EXPERIENCED THIS ON A LARGE NUMBER |
| 14:38 | 19 | OF OUR SACRAMENTO DELTA VALLEY LEVEES.  YOU CAN SEE THE WAVES |
| 14:38 | 20 | ACTING TO CRENELLATE.  THAT'S STEP ONE, WAVE EROSION THROUGH |
| 14:38 | 21 | THE LEVEE CREST. |
| 14:38 | 22 | STEP 2, TAKEN FROM A FARTHER DISTANCE BECAUSE THE |
| 14:38 | 23 | FLOOD FIGHTERS HAD TO RUN, SHOWS THAT ONCE THE WATER PENETRATES |
| 14:38 | 24 | THROUGH THE CRENELLATION, IT QUICKLY EXPLOITS THE BREACHES, AND |
| 14:38 | 25 | THAT'S FRONT-TO-BACK CRENELLATION.  RECENTLY, IT HAS RESULTED |

| | | |
|---|---|---|
| 14:38 | 1 | IN THE FAILURE OF TWO MAJOR LEVEES IN THE SACRAMENTO DELTA. |
| 14:38 | 2 | **Q.**   WOULD IT BE FAIR TO SAY THAT THE FRONTSIDE-TO-BACKSIDE, |
| 14:38 | 3 | BACKSIDE-TO-FRONTSIDE CRENELLATION EROSION WAS KNOWN TO THE |
| 14:39 | 4 | ARMY CORPS AT LEAST BY 1958? |
| 14:39 | 5 | **A.**   WITHOUT A DOUBT. |
| 14:39 | 6 | **Q.**   1966? |
| 14:39 | 7 | **A.**   WITHOUT A DOUBT. |
| 14:39 | 8 | **Q.**   THEREAFTER? |
| 14:39 | 9 | **A.**   YES. |
| 14:39 | 10 | **Q.**   WHEN IT CRENELLATES, IT DOESN'T NECESSARILY GO UNIFORMLY |
| 14:39 | 11 | ACROSS THE WHOLE TOP OF THE CROWN, DOES IT? |
| 14:39 | 12 | **A.**   THAT'S CORRECT. |
| 14:39 | 13 | **Q.**   WHY DOES IT FAIL HERE AND NOT HERE?  WHAT'S GOING ON? |
| 14:39 | 14 | **A.**   SUBTLE DIFFERENCES IN THE NATURE OF THE LEVEE ITSELF OR |
| 14:39 | 15 | WHAT'S IN FRONT OF THE LEVEE CAN LEAD TO THIS FOCUSING OF |
| 14:39 | 16 | DAMAGE.  AGAIN, THIS IS VERY MUCH LIKE PEOPLE THAT ARE |
| 14:39 | 17 | ATTACKING A CASTLE.  THEY WILL ATTACK A CASTLE AT ITS WEAKEST |
| 14:39 | 18 | POINT.  WATER IS VERY INTELLIGENT IN THE SENSE OF FINDING THE |
| 14:39 | 19 | WEAKEST POINT. |
| 14:39 | 20 | **Q.**   THAT'S WHY YOU HAVE VARIABLE RESULTS; CORRECT? |
| 14:39 | 21 | **A.**   THAT'S CORRECT. |
| 14:40 | 22 | **Q.**   LET'S TURN TO THE NEXT SLIDE, 33.  IT'S FROM PX-72, |
| 14:40 | 23 | PAGE 140, ENTITLED "FRONT TO BACK BREACH DEVELOPMENT."  IT'S |
| 14:40 | 24 | FROM EBERSOLE 2008; RIGHT? |
| 14:40 | 25 | **A.**   YES. |

| | | |
|---|---|---|
| 14:40 | 1 | **Q.**   IT'S FROM MR. EBERSOLE'S REPORT FOR THE GOVERNMENT IN THIS |
| 14:40 | 2 | CASE? |
| 14:40 | 3 | **A.**   YES. |
| 14:40 | 4 | **Q.**   EXPLAIN TO US, PLEASE, SIR, WHAT THIS IS DEPICTING. |
| 14:40 | 5 | **A.**   BRUCE EBERSOLE IS REFLECTING ON THE POTENTIAL FOR |
| 14:40 | 6 | FRONT-TO-BACK BREACH DEVELOPMENT.  HE'S DEPENDING ON PRE AND |
| 14:40 | 7 | POSTAERIAL LIDAR TO SHOW THE KINDS OF FEATURES THAT ARE |
| 14:40 | 8 | DEVELOPED.  AS THE WAVES ATTACK THE FRONT SIDE, IT'S A |
| 14:40 | 9 | SCALLOPING ACTION, WHERE THE STEEP PART OF THE BREACH IS FACING |
| 14:40 | 10 | THE SEA. |
| 14:40 | 11 | **Q.**   IT HASN'T MADE IT ALL THE WAY THROUGH YET; CORRECT? |
| 14:40 | 12 | **A.**   THAT'S CORRECT.  THIS IS JUST PRIOR TO CRENELLATION. |
| 14:41 | 13 | **Q.**   YOU ENGINEERS CAN SEEM TO GRAPHICALLY DEPICT ANYTHING, |
| 14:41 | 14 | CAN'T YOU? |
| 14:41 | 15 | **A.**   WE THINK GRAPHICALLY. |
| 14:41 | 16 | **Q.**   WELL, YOU THOUGHT VERY GRAPHICALLY IN THE NEXT SLIDE. |
| 14:41 | 17 | LET'S GO TO 34.  IT DIDN'T HAVE A PX ON IT.  WHAT IS IT? |
| 14:41 | 18 | **A.**   PX-75. |
| 14:41 | 19 | **Q.**   OKAY.  IT'S PX-75.  THANK YOU.  WHAT IS THIS, SIR? |
| 14:41 | 20 | **A.**   WELL, I CAPTURED TWO GRAPHICS FROM THE WORK DONE BY THE |
| 14:41 | 21 | DELFT TEAM, AS TESTIFIED AND DESCRIBED BY PROFESSOR VRIJLING. |
| 14:41 | 22 | AT THE TOP I'M SHOWING THE PROPAGATION OF WAVE HEIGHTS FROM |
| 14:41 | 23 | LAKE BORGNE DURING HURRICANE KATRINA AND REFERENCING WAVE RAY |
| 14:41 | 24 | 3, WHICH IS THE WAVE RAY THAT TERMINATES AT OUR STUDY SITE FOR |
| 14:42 | 25 | BREACHING, THE PEAK SIGNIFICANT WAVE HEIGHT IN CHANNEL. |

14:42   1           AS YOU'VE LEARNED, SIGNIFICANT WAVE HEIGHT IS THE
14:42   2   AVERAGE OF THE HIGHEST ONE-THIRD WAVE HEIGHTS, THEREBY
14:42   3   REFLECTING THE ENERGY AND THE SEA STATE.  AS YOU CAN SEE, THE
14:42   4   MRGO CHANNEL HAS A DEMONSTRATIVE EFFECT OF REGROWN WAVES COMING
14:42   5   IN FROM LAKE BORGNE AND ACHIEVES A PEAK SIGNIFICANT WAVE HEIGHT
14:42   6   OF 9 FEET.
14:42   7           THE LOWER PORTION OF THE DIAGRAM IS FOR THE SAME WAVE
14:42   8   RAY, ALTHOUGH IN THIS CASE WE HAVE MITIGATED THE EFFECT OF
14:42   9   CHANNELING BY KEEPING THE WATER DEPTH FROM LAKE BORGNE TO THE
14:42   10  TOE FACE OF THE LEVEE CONSTANT.  IN THIS CASE THE PEAK
14:42   11  SIGNIFICANT WAVE HEIGHTS DROPPED AS THEY APPROACHED THE FACE OF
14:43   12  THE EARTHEN FLOOD PROTECTION STUDIED LOCATION; THAT THE
14:43   13  COMPARABLE SIGNIFICANT WAVE HEIGHT IS 3 FEET, BUT THE RATIO OF
14:43   14  9 TO 3 IS THE WAVES ARE 9 TIMES MORE ENERGETIC AS THEY ARE
14:43   15  APPROACHING THE EARTHEN FLOOD PROTECTION STRUCTURES.
14:43   16          **MR. O'DONNELL:**  MAY I GO TO THE BLACKBOARD FOR A
14:43   17  MOMENT, YOUR HONOR?
14:43   18          **THE COURT:**  YES.  BY THE WAY, IF THE WITNESS OR ANY
14:43   19  OF THE ATTORNEYS NEED TO TAKE A BREAK AS WE GO ALONG, BEFORE
14:43   20  THE COURT ANNOUNCES IT, JUST LET ME KNOW.
14:43   21          **MR. O'DONNELL:**  THANK YOU.
14:43   22  **BY MR. O'DONNELL:**
14:43   23  **Q.**   YOU HAVE A SIGNIFICANT WAVE HEIGHT DURING KATRINA OF
14:43   24  9 FEET; RIGHT?
14:43   25  **A.**   YES.

FINAL DAILY COPY

14:43   1   Q.   WHEN IT STARTED IN LAKE BORGNE, YOU SAID IT WAS ONLY 2 OR
14:43   2   3 FEET; RIGHT?
14:43   3   A.   RIGHT.
14:43   4   Q.   IT ACTUALLY REGENERATES ONCE IT GETS INTO THE CHANNEL AND
14:44   5   GETS UP TO 9 FEET; RIGHT?
14:44   6   A.   CORRECT.
14:44   7          THE COURT:   THE SIGNIFICANT WAVE HEIGHT IN THE
14:44   8   CHANNEL WE'RE REFERRING TO AS THE MRGO?
14:44   9          THE WITNESS:   CORRECT.   SCENARIO 1.
14:44   10         THE COURT:   SCENARIO 1.
14:44   11  BY MR. O'DONNELL:
14:44   12  Q.   LAKE BORGNE; RIGHT?
14:44   13  A.   YES.
14:44   14  Q.   HERE WE HAVE 2 TO 3 FEET; RIGHT?  3 FEET.  NO, I'M IN
14:44   15  LAKE BORGNE.  I JUST WANT TO ILLUSTRATE SOMETHING FOR THE
14:44   16  COURT.
14:44   17         THE COURT:   HE WANTS TO MAKE SURE HE FIGURES IT
14:44   18  RIGHT.
14:44   19  BY MR. O'DONNELL:
14:44   20  Q.   THE SIGNIFICANT WAVE HEIGHT IN LAKE BORGNE UNDER THIS
14:44   21  EXAMPLE IS WHAT?
14:44   22  A.   LIKE 5 TO 6.
14:44   23  Q.   THAT'S OUT FURTHER?
14:44   24  A.   YES.
14:44   25  Q.   SO IT GETS CLOSER, IT REDUCES?

| | | |
|---|---|---|
| 14:44 | 1 | **A.**   NO.   IT STAYS CONSTANT UNTIL WE BEGIN TO ENCOUNTER THE |
| 14:44 | 2 | CHANNEL. |
| 14:44 | 3 | **Q.**   NOW WE GET THE CHANNEL; RIGHT? |
| 14:44 | 4 | **A.**   THEN IT GROWS. |
| 14:44 | 5 | **Q.**   THEN IT GROWS TO 9 FEET? |
| 14:44 | 6 | **A.**   THAT'S CORRECT. |
| 14:44 | 7 | **Q.**   IT'S REGENERATED; CORRECT? |
| 14:44 | 8 | **A.**   CORRECT. |
| 14:45 | 9 | **Q.**   WHY DOES IT GO, WHEN IT'S IN LAKE BORGNE, 5 TO 6 FEET; BUT |
| 14:45 | 10 | YET IT HITS THE WIDENED CHANNEL WITH A GREATER FETCH THAN |
| 14:45 | 11 | AUTHORIZED, WHY DOES IT GO TO 9 FEET? |
| 14:45 | 12 | **A.**   BECAUSE OF THE WIDTH OF OPEN WATER AND THE DEPTH OF THE |
| 14:45 | 13 | OPEN WATER, THE WIND CAN REGROW THE WAVES THAT ARE APPROACHING |
| 14:45 | 14 | THE SHORELINE.   THIS HAPPENS AT A BEACH WHEN WAVES COME ACROSS |
| 14:45 | 15 | THE BEACH, GO ACROSS THE SANDBAR, THEY HIT THE AREA BETWEEN THE |
| 14:45 | 16 | SANDBAR AND THE BEACH, AND THAT'S A GOOD AREA TO FISH IN.   THE |
| 14:45 | 17 | WAVES WILL REGROW UNTIL THEY CRASH ON THE FACE OF THE BEACH. |
| 14:45 | 18 | **Q.**   IS IT DEEPER IN THIS CHANNEL THAN IT IS OUT HERE? |
| 14:45 | 19 | **A.**   YES. |
| 14:45 | 20 | **Q.**   SO WIDTH MATTERS; RIGHT? |
| 14:45 | 21 | **A.**   AND DEPTH. |
| 14:45 | 22 | **Q.**   AND DEPTH MATTERS.   NOW, LET'S JUST DO THE MATH HERE.   SO |
| 14:45 | 23 | AS I UNDERSTAND THIS, I SQUARE THAT AND GET TO 81; RIGHT? |
| 14:45 | 24 | **A.**   THAT'S CORRECT. |
| 14:45 | 25 | **Q.**   I TAKE THE NEUTRAL OR MITIGATED MRGO NUMBER -- WHICH IS |

| | | |
|---|---|---|
| 14:46 | 1 | 3 FEET; RIGHT? |
| 14:46 | 2 | **A.**   THAT'S CORRECT. |
| 14:46 | 3 | **Q.**   I SQUARE THAT AND I GET 9 FEET? |
| 14:46 | 4 | **A.**   YES. |
| 14:46 | 5 | **Q.**   81 IS 9 TIMES GREATER THAN 9; CORRECT? |
| 14:46 | 6 | **A.**   YOU GET 100 PERCENT. |
| 14:46 | 7 | **THE COURT:**  AMAZING, MR. O'DONNELL. |
| 14:46 | 8 | **MR. O'DONNELL:**  THE COURT PROBABLY UNDERSTOOD IT, |
| 14:46 | 9 | BUT I JUST FELT -- |
| 14:46 | 10 | **THE COURT:**  NO, NO, NO.  IT'S GOOD TO DO THAT. |
| 14:46 | 11 | **MR. O'DONNELL:**  I WANTED TO ILLUSTRATE THE DIFFERENCE |
| 14:46 | 12 | IN LAKE BORGNE VERSUS THE CHANNEL. |
| 14:46 | 13 | **THE COURT:**  CERTAINLY. |
| 14:46 | 14 | **BY MR. O'DONNELL:** |
| 14:46 | 15 | **Q.**   IF YOU DREDGED DEEPER THAN YOU'RE SUPPOSED TO OR THAN |
| 14:46 | 16 | AUTHORIZED AND YOU GET THAT CHANNEL DOWN TO 50, 60, 70 FEET, |
| 14:46 | 17 | ARE YOU GOING TO INCREASE THE WAVE FACTOR? |
| 14:46 | 18 | **A.**   YES. |
| 14:46 | 19 | **Q.**   IF YOU HAVE A NINE-TIMES MORE ENERGETIC WAVE HITTING THE |
| 14:46 | 20 | REACH 2 BERMS, IS THAT A PROBLEM? |
| 14:46 | 21 | **A.**   YES. |
| 14:46 | 22 | **Q.**   HOW BIG A PROBLEM? |
| 14:46 | 23 | **A.**   9 TIMES 10, THAT'S CALLED 90. |
| 14:47 | 24 | **THE COURT:**  AGAIN, SUBJECT TO THE GOVERNMENT'S |
| 14:47 | 25 | CROSS-EXAMINATION -- MY CURIOSITY SOMETIMES OVERWHELMS ME.  IF |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:47 | 1 | YOU HAD A 650-FOOT CHANNEL, AND THEN LET'S SAY AT ONE POINT A |
| 14:47 | 2 | 3,000-FOOT CHANNEL -- AND JUST TO MAKE IT SIMPLE, EVEN THOUGH |
| 14:47 | 3 | IT'S NOT MATHEMATICALLY PRECISE -- IT'S A 5-TO-1 DIFFERENCE, IS |
| 14:47 | 4 | THERE A DIRECT CORRELATION WITH THAT RATIO TO THE BUILDUP -- |
| 14:47 | 5 | I'M SURE THERE ISN'T -- THE BUILDUP OF THE WAVES?  THAT IS, THE |
| 14:47 | 6 | 600 FEET AS TO 3,000 FEET, IS THERE -- |
| 14:47 | 7 | **THE WITNESS:**  ROUGHLY. |
| 14:47 | 8 | **THE COURT:**  I'M WONDERING ABOUT THE CORRELATION OF |
| 14:47 | 9 | THE RATIOS THERE. |
| 14:47 | 10 | **THE WITNESS:**  WELL, IT MEANS THE MORE OPEN WATER |
| 14:47 | 11 | YOU'VE GOT, YOU HAVE MORE TIME AND SPACE TO REGENERATE THE |
| 14:47 | 12 | WAVE.  SO IF THE OPEN WATER IS 600 FEET VERSUS 3,600 FEET, THE |
| 14:47 | 13 | WAVE WILL GROW MORE IN THE 600 FEET, BUT CERTAINLY NOT AS MUCH |
| 14:48 | 14 | AS THE 3,600.  WE KNOW THOSE ANSWERS AS SCENARIO 3. |
| 14:48 | 15 | **THE COURT:**  WE'LL GET TO THAT LATER ON. |
| 14:48 | 16 | **BY MR. O'DONNELL:** |
| 14:48 | 17 | **Q.**  IS THERE A SYNERGISTIC EFFECT IF YOU'VE ALSO GOT A MUCH |
| 14:48 | 18 | DEEPER CHANNEL? |
| 14:48 | 19 | **A.**  OF COURSE. |
| 14:48 | 20 | **Q.**  LET'S TURN TO THE FUNNEL.  I'M NOT GOING TO ASK A BUNCH OF |
| 14:48 | 21 | QUESTIONS ABOUT THE FUNNEL. |
| 14:48 | 22 | **THE COURT:**  WE'LL TAKE A BREAK AFTER THIS. |
| 14:48 | 23 | **MR. O'DONNELL:**  THIS IS ACTUALLY A GOOD TIME TO BREAK |
| 14:48 | 24 | IF YOU WANT, YOUR HONOR -- |
| 14:48 | 25 | **THE COURT:**  WE'LL DO IT NOW. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:48 | 1 | **MR. O'DONNELL:** -- A NATURAL BREAKING POINT. |
| 14:48 | 2 | **THE COURT:** 15 MINUTES. |
| 14:48 | 3 | **THE DEPUTY CLERK:** ALL RISE. |
| 14:59 | 4 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 15:14 | 5 | **THE DEPUTY CLERK:** ALL RISE. |
| 15:14 | 6 | COURT IS IN SESSION. PLEASE BE SEATED. |
| 15:14 | 7 | **THE COURT:** ARE YOU READY TO RESUME? |
| 15:14 | 8 | BY MR. O'DONNELL: |
| 15:14 | 9 | **Q.** DR. BEA, LET'S TURN TO SLIDE 35 FROM PX-83 ON PAGE 9, |
| 15:14 | 10 | FUNNEL, DO YOU SEE THAT? |
| 15:14 | 11 | **A.** YES, SIR. |
| 15:14 | 12 | **Q.** I BELIEVE THAT THE DUTCH REPORT SAYS THAT MRGO ADDED 2 TO |
| 15:14 | 13 | 3 FEET IN REACH 1? |
| 15:14 | 14 | **A.** THAT'S CORRECT. |
| 15:14 | 15 | **Q.** AND SAID ABOUT 3 FEET IN THE IHNC, WHERE WE ARE |
| 15:14 | 16 | INTERESTED? |
| 15:14 | 17 | **A.** THAT'S CORRECT. |
| 15:14 | 18 | **Q.** BUT DR. WESTERINK, FOR THE GOVERNMENT, GIVES US AN EXTRA |
| 15:14 | 19 | HALF FOOT AND SAYS IT'S 3 1/2 FEET? |
| 15:14 | 20 | **A.** CORRECT. |
| 15:14 | 21 | **Q.** NOW, IN TERMS OF DURATION OF FLOODING, WHAT DOES THE |
| 15:14 | 22 | MODELING SHOW IS THE DIFFERENCE BETWEEN AN UNMITIGATED AND A |
| 15:14 | 23 | MITIGATED MRGO IN TERMS OF HOW MANY HOURS LESS OR MORE |
| 15:14 | 24 | FLOODING? |
| 15:15 | 25 | **A.** TWO TO THREE HOURS MORE OF FLOODING. |

| | | |
|---|---|---|
| 15:15 | 1 | **Q.**  IS THAT ALONG REACH 1? |
| 15:15 | 2 | **A.**  ALONG REACH 1. |
| 15:15 | 3 | **Q.**  AS WELL AS THE IHNC? |
| 15:15 | 4 | **A.**  CORRECT. |
| 15:15 | 5 | **Q.**  NOW, WE KNOW THAT DEPTH MAKES A DIFFERENCE, WE KNOW THAT |
| 15:15 | 6 | WIDTH MAKES A DIFFERENCE, AND WE KNOW HEIGHT MAKES A DIFFERENCE |
| 15:15 | 7 | IN FLOODING OUTCOMES.  WHAT ABOUT THE DURATION OF FLOODING, |
| 15:15 | 8 | DOES THAT MAKE A DIFFERENCE? |
| 15:15 | 9 | **A.**  CERTAINLY. |
| 15:15 | 10 | **Q.**  AT THE RISK OF THE OBVIOUS, WHY? |
| 15:15 | 11 | **A.**  MORE DURATION, MORE FLOODING. |
| 15:15 | 12 | **Q.**  SO IF YOU USE THE BATHTUB ANALOGY? |
| 15:15 | 13 | **A.**  GOOD ONE. |
| 15:15 | 14 | **Q.**  FAIR ENOUGH.  YOU START FILLING UP THE BATHTUB; RIGHT? |
| 15:15 | 15 | **A.**  RIGHT. |
| 15:15 | 16 | **Q.**  BUT YOU ONLY KEEP THE WATER ON FOR -- MY BATHTUB -- ABOUT |
| 15:15 | 17 | FIVE MINUTES; RIGHT? |
| 15:15 | 18 | **A.**  OKAY. |
| 15:15 | 19 | **Q.**  BUT IF I KEEP IT ON FOR THREE HOURS, I HAVE A DIFFERENT |
| 15:15 | 20 | OUTCOME; RIGHT? |
| 15:15 | 21 | **A.**  INDEED. |
| 15:15 | 22 | **Q.**  WHAT YOU'VE GOT, AS I UNDERSTAND, YOU'VE GOT WATER FLOWING |
| 15:15 | 23 | OVER THE STRUCTURES; RIGHT? |
| 15:15 | 24 | **A.**  CORRECT. |
| 15:15 | 25 | **Q.**  IT FLOWS OVER FOR A HALF HOUR? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:15 | 1 | **A.**   CORRECT. |
| 15:15 | 2 | **Q.**   THAT'S A LOT DIFFERENT THAN FLOWING OVER FOR THREE OR FOUR |
| 15:15 | 3 | HOURS. |
| 15:15 | 4 | **A.**   EXACTLY. |
| 15:15 | 5 | **Q.**   IN TERMS OF WHAT HAPPENED ALONG REACH 2, DID YOUR STUDIES |
| 15:16 | 6 | SHOW THAT DELAYING THE ONSET OF OVERTOPPING MAKES A BIG |
| 15:16 | 7 | DIFFERENCE IN TERMS OF CATASTROPHIC FLOODING? |
| 15:16 | 8 | **A.**   FOR SURE. |
| 15:16 | 9 | **Q.**   WHAT'S THAT? |
| 15:16 | 10 | **A.**   IN THE LATTER CASE FIRST, IF YOU REFERENCE HURRICANE |
| 15:16 | 11 | KATRINA, IF YOU DELAY YOUR ONSET OF FLOODING TO BE THAT |
| 15:16 | 12 | ASSOCIATED WITH OVERTOPPING, YOU CAN EXPLAIN THE EARLY ARRIVAL |
| 15:16 | 13 | OF FLOODWATERS COMING FROM THAT DIRECTION IN CENTRAL |
| 15:16 | 14 | ST. BERNARD PARISH. |
| 15:16 | 15 | THE MODEL THAT IS ABLE TO EXPLAIN THAT CONDITION IS |
| 15:16 | 16 | THEN ASSOCIATED WITH WAVE ATTACK INITIATING BREACHING, |
| 15:17 | 17 | EXPLOITED BY WAVE AND SURGE OVERTOPPING, THEN ALLOWING WATER TO |
| 15:17 | 18 | FLOW INTO THAT 32,000-ACRE POLDER BETWEEN REACH 2 AND THE |
| 15:17 | 19 | 40 ARPENT LEVEE.  WHEN THAT HAPPENS, THEN WHEN THE HIGH SURGE |
| 15:17 | 20 | COMES, YOU CAN EXPLAIN THE REPORTED HIGH WATER IN ST. BERNARD |
| 15:17 | 21 | PARISH 8:00 TO 9:00 A.M. |
| 15:17 | 22 | **Q.**   IS YOUR FRONT-SIDE WAVE ATTACK THEORY CORROBORATED BY THE |
| 15:17 | 23 | TIMING OF THE FLOODING IN ST. BERNARD? |
| 15:17 | 24 | **A.**   CORRECT. |
| 15:17 | 25 | **Q.**   WHY IS THAT? |

| | | |
|---|---|---|
| 15:17 | 1 | **A.**   IT'S BECAUSE THAT'S THE MODEL THAT'S ABLE TO EXPLAIN THE |
| 15:17 | 2 | ONSET OF THIS EARLY BREACHING, FLOODING INTO THE POLDER, AND |
| 15:17 | 3 | THE CONSEQUENT OVERTOPPING OF THE POLDER INTO ST. BERNARD |
| 15:17 | 4 | PARISH. |
| 15:17 | 5 | **Q.**   IS THE MODELING ACTUALLY CORROBORATED BY REAL-TIME, ACTUAL |
| 15:18 | 6 | OBSERVATIONS? |
| 15:18 | 7 | **A.**   YES. |
| 15:18 | 8 | **Q.**   REAL-TIME IN KATRINA? |
| 15:18 | 9 | **A.**   YES.  IN FACT, THE OBSERVATIONS WERE REPORTED BY THE |
| 15:18 | 10 | INTERAGENCY PERFORMANCE EVALUATION TASK FORCE BUT LED BY THE |
| 15:18 | 11 | UNITED STATES ARMY CORPS OF ENGINEERS. |
| 15:18 | 12 | **Q.**   SO YOU AND THE IPET AGREE ON THAT POINT -- |
| 15:18 | 13 | **A.**   ON THE -- |
| 15:18 | 14 | **Q.**   -- TIMING. |
| 15:18 | 15 | **A.**   -- TIMING OF THE FLOODING IN ST. BERNARD PARISH. |
| 15:18 | 16 | **Q.**   LET'S JUST COMPLETE HERE.  SO IN TERMS OF DURATION OF |
| 15:18 | 17 | FLOODING, IF WE GO ALONG THE IHNC -- EXCUSE ME, REACH 1, GIWW, |
| 15:18 | 18 | WAS THERE OVERTOPPING TO THE NORTH? |
| 15:18 | 19 | **A.**   CORRECT. |
| 15:18 | 20 | **Q.**   WHICH FLOODED, AS PROFESSOR VRIJLING SAID, THE POPULATED |
| 15:18 | 21 | AREA OF NEW ORLEANS EAST? |
| 15:18 | 22 | **A.**   CORRECT. |
| 15:18 | 23 | **Q.**   WAS THERE OVERTOPPING ON THE SOUTH SIDE OF THE |
| 15:18 | 24 | GIWW/REACH 1 CHANNEL? |
| 15:18 | 25 | **A.**   CORRECT. |

| | | |
|---|---|---|
| 15:18 | 1 | **Q.**   FILLING INTO THE CENTRAL WETLANDS UNIT? |
| 15:18 | 2 | **A.**   CORRECT. |
| 15:18 | 3 | **Q.**   MAKING A MINOR CONTRIBUTION OF WATER IN PARTS OF LOWER |
| 15:18 | 4 | NINTH? |
| 15:18 | 5 | **A.**   CORRECT. |
| 15:19 | 6 | **Q.**   NOW, IF THE MITIGATING -- AS I UNDERSTAND YOUR TESTIMONY, |
| 15:19 | 7 | THE MITIGATED MRGO, SCENARIO 2C, SHOWS A DELAY IN ONSET OF |
| 15:19 | 8 | FLOODING; CORRECT? |
| 15:19 | 9 | **A.**   CORRECT. |
| 15:19 | 10 | **Q.**   OVERTOPPING.  I'M SORRY.  RIGHT? |
| 15:19 | 11 | **A.**   CORRECT. |
| 15:19 | 12 | **Q.**   TWO TO THREE HOURS DIFFERENT? |
| 15:19 | 13 | **A.**   IN TERMS OF THE DURATION OF OVERTOPPING. |
| 15:19 | 14 | **Q.**   RIGHT. |
| 15:19 | 15 |        **THE COURT:**  JUST FOR TRANSLATION PURPOSES, WHEN YOU |
| 15:19 | 16 | SAY THE MITIGATED MRGO, YOU'RE REFERRING TO SCENARIO 2C? |
| 15:19 | 17 |        **MR. O'DONNELL:**  YES, YOUR HONOR.  BY THE WAY, WE ARE |
| 15:19 | 18 | GOING TO ANSWER YOUR QUESTION ABOUT SCENARIO 3 IN A MINUTE, |
| 15:19 | 19 | YOUR HONOR.  WE JUST HAVEN'T GOTTEN THERE YET. |
| 15:19 | 20 | **BY MR. O'DONNELL:** |
| 15:19 | 21 | **Q.**   SO IF I HAVE A DELAY IN THE ONSET OF THE DURATION OF |
| 15:19 | 22 | OVERTOPPING, DOES THAT SPELL THE DIFFERENCE BETWEEN LOCALIZED |
| 15:19 | 23 | SURVIVABLE FLOODING AND CATASTROPHIC FLOODING? |
| 15:19 | 24 | **A.**   YES. |
| 15:19 | 25 | **Q.**   NOW, LET'S TALK ABOUT VEGETATION.  OKAY?  DOES VEGETATION, |

| | | |
|---|---|---|
| 15:19 | 1 | IN YOUR EXPERIENCE, HAVE A STORM SURGE AND WAVE-BUFFERING |
| 15:19 | 2 | EFFECT DURING A HURRICANE? |
| 15:19 | 3 | **A.**   YES. |
| 15:20 | 4 | **Q.**   LET'S TURN TO SLIDE 36, PLEASE.  NOW, THIS IS FROM PX-82. |
| 15:20 | 5 | YOU HAVE DESCRIBED THIS AS LIGHT -- I'M SORRY.  IT'S PX-82, |
| 15:20 | 6 | PAGE 195.  YOU DESCRIBE THIS AS LIGHT FRONTING VEGETATION. |
| 15:20 | 7 | **A.**   CORRECT. |
| 15:20 | 8 | **Q.**   FORGIVE ME.  WHAT DOES THAT MEAN, SIR? |
| 15:20 | 9 | **A.**   ALL RIGHT.  IT MEANS THAT THE HEIGHT, DENSITY, AND |
| 15:20 | 10 | FLEXIBILITY OF THE VEGETATION BETWEEN THE MRGO CHANNEL HERE, |
| 15:20 | 11 | SHOWN WITH ROCK RIPRAP PREVENTING FURTHER WIDENING OF THE |
| 15:20 | 12 | CHANNEL, THAT VEGETATION IS LIGHT, NOT VERY HIGH, APPROXIMATELY |
| 15:20 | 13 | 10 FEET.  BEHIND IT ARE THE REACH 2 EBSB. |
| 15:20 | 14 | **Q.**   THIS HAS NOW GOTTEN SOME PROTECTION; RIGHT? |
| 15:20 | 15 | **A.**   THAT'S CORRECT.  THAT'S FORESHORE PROTECTION. |
| 15:20 | 16 | **Q.**   IN THE '90S, LATE IN THE CYCLE? |
| 15:21 | 17 | **A.**   CORRECT. |
| 15:21 | 18 | **Q.**   THE BERM IS UP HERE? |
| 15:21 | 19 | **A.**   THAT'S CORRECT. |
| 15:21 | 20 | **Q.**   YOU HAVE DESCRIBED THIS AS LIGHT-FRONTING VEGETATION? |
| 15:21 | 21 | **A.**   YOU'RE POINTING TO THE VEGETATION BEHIND THE EBSB, THAT |
| 15:21 | 22 | HIGH STUFF.  THE LOWER STUFF IS THE FORESHORE VEGETATION. |
| 15:21 | 23 | **Q.**   SO THERE'S KIND OF A PERSPECTIVE ISSUE, BUT ONLY A LITTLE |
| 15:21 | 24 | BIT RIGHT HERE; RIGHT? |
| 15:21 | 25 | **A.**   THAT'S CORRECT. |

15:21   1   **Q.**   HAS IT GOT MUCH STORM-BUFFERING EFFECT?

15:21   2   **A.**   THAT'S CORRECT.  ABOUT MIDWAY REACH 2.

15:21   3   **Q.**   WHAT'S THE STORM-BUFFERING EFFECT OF THIS LIGHT

15:21   4   VEGETATION, THEN?

15:21   5   **A.**   YOU CAN SEE THAT ON THE NEXT ILLUSTRATION.

15:21   6   **Q.**   OKAY.  SLIDE 37, PX-74, PAGE 81, DENSE FRONTING

15:21   7   VEGETATION.

15:21   8   **A.**   THAT WILL SHOW OUR DESCRIPTION OF DENSE FRONTING

15:21   9   VEGETATION.  THIS IS TAKEN TO THE NORTH OF BAYOU BIENVENUE, SO

15:22   10   WE ARE ALONG REACH 1, WHERE THE SALINITY INTRUSION HAS NOT BEEN

15:22   11   AS SIGNIFICANT, AND WE HAVE GOT DENSE FRONTING VEGETATION.

15:22   12   **Q.**   IS THE MRGO OVER HERE?

15:22   13   **A.**   IT'S BEHIND THE TREES IN THE BACKGROUND.

15:22   14   **Q.**   THE LEVEE IS OVER HERE?

15:22   15   **A.**   YES.  WE ARE SIGNIFICANTLY OVERTOPPED.

15:22   16   **Q.**   JUST FOR THE COURT, THE LEVEE IS SOMEWHERE TO THE LEFT OF

15:22   17   THE SUV?

15:22   18   **A.**   BOB SANDERS, WITH THE CAMERA, IS STANDING ON THE LEVEE.

15:22   19   **Q.**   SO THE MRGO IS OVER HERE?

15:22   20   **A.**   THAT'S CORRECT, IN THE BACKGROUND.

15:22   21   **Q.**   IT'S GOT A PROTECTIVE BUFFER OR THICKNESS OF FRONTING

15:22   22   VEGETATION?

15:22   23   **A.**   CORRECT.

15:22   24   **Q.**   ABOUT HOW WIDE IS THAT?

15:22   25   **A.**   ABOUT 200 FEET.

| | | |
|---|---|---|
| 15:22 | 1 | **Q.**   DOES THAT HAVE A STORM-SURGE BUFFERING EFFECT IN TERMS OF |
| 15:22 | 2 | WAVES? |
| 15:22 | 3 | **A.**   YES, VERY DEFINITELY.  WE GATHERED SOME VERY INTERESTING |
| 15:23 | 4 | PHOTOGRAPHIC INFORMATION OF THAT WAVE-BUFFERING EFFECT DURING |
| 15:23 | 5 | HURRICANE GUSTAV.  A PHOTOGRAPHER WENT TO THE PARIS ROAD |
| 15:23 | 6 | BRIDGE, STATIONED HIMSELF UP ON THAT BRIDGE, AND PHOTOGRAPHED |
| 15:23 | 7 | THE WAVES PROPAGATING DOWN REACH 1.  THEY HAVE A VERY -- THE |
| 15:23 | 8 | VEGETATION THERE HAS A VERY SIGNIFICANT EFFECT AT ESSENTIALLY |
| 15:23 | 9 | ERASING THE WAVES. |
| 15:23 | 10 | **Q.**   TO ZERO? |
| 15:23 | 11 | **A.**   TO ZERO. |
| 15:23 | 12 | **Q.**   IS IT VERY HARD TO PLANT VEGETATION?  AS LONG AS YOU DON'T |
| 15:23 | 13 | HAVE SALTWATER ENVIRONMENT. |
| 15:23 | 14 | **A.**   WELL, IN THIS CASE GOD PLANTED THAT VEGETATION. |
| 15:23 | 15 | **Q.**   IT WASN'T A BOY SCOUT SERVICE PROJECT; THAT JUST HAPPENS |
| 15:23 | 16 | NATURALLY? |
| 15:23 | 17 | **A.**   YES. |
| 15:23 | 18 | **Q.**   LET'S GO TO SLIDE 38 FOR A MOMENT, PX-74.  BUT GOD CAN'T |
| 15:23 | 19 | WORK GOD'S WONDER IN A SALTWATER AQUATIC ENVIRONMENT; CORRECT? |
| 15:23 | 20 | **A.**   GOD WORKS DIFFERENT WONDERS IN A SALTWATER ENVIRONMENT. |
| 15:24 | 21 | **Q.**   BUT NOT AS WONDROUS IN TERMS OF SURGE AND WAVE BUFFERING |
| 15:24 | 22 | AS THAT DENSE VEGETATION WE SAW? |
| 15:24 | 23 | **A.**   WELL, SOMETIMES GOD CAN EVEN DO IT THERE WITH CORAL, WITH |
| 15:24 | 24 | THINGS THAT CAN SURVIVE SALTWATER.  THEY'RE KNOWN AROUND THE |
| 15:24 | 25 | WORLD AS MANGROVE SWAMPS.  THEY'RE ONE OF THE REASONS THAT OUR |

| | | |
|---|---|---|
| 15:24 | 1 | COASTLINES AROUND THE WORLD THAT ARE PROTECTED BY VEGETATION |
| 15:24 | 2 | DON'T MELT IN THE FACE OF STRONG STORMS OR TSUNAMIS UNLESS, |
| 15:24 | 3 | THROUGH SOME IGNORANCE, WE DESTROY THAT VEGETATION. |
| 15:24 | 4 | **Q.**   WERE THERE MANGROVES ALONG REACH 2 AT THE TIME OF KATRINA? |
| 15:24 | 5 | **A.**   NO. |
| 15:24 | 6 | **Q.**   OKAY.  LET'S LOOK AT SOME CALCULATIONS, SLIDE 38, PX-74. |
| 15:24 | 7 | WHAT'S THIS, SIR? |
| 15:24 | 8 | **A.**   WELL, WE HAVE TAKEN A LARGE AMOUNT OF FIELD EXPERIMENTAL |
| 15:25 | 9 | DATA THAT HAS ADDRESSED THE BUFFERING EFFECT OF VEGETATION ON |
| 15:25 | 10 | WAVE HEIGHTS AS A FUNCTION OF WIDTH OF THE VEGETATION.  THE |
| 15:25 | 11 | VERTICAL SCALE ON THE ILLUSTRATION AT THE TOP LEFT AND THE |
| 15:25 | 12 | BOTTOM RIGHT, THE VERTICAL SCALE IS THE INCOMING SIGNIFICANT |
| 15:25 | 13 | WAVE HEIGHT -- OR PARDON ME, THE SIGNIFICANT WAVE HEIGHT AT A |
| 15:25 | 14 | LOCATION DIVIDED BY THE INCOMING SIGNIFICANT WAVE HEIGHT.  THE |
| 15:25 | 15 | HORIZONTAL SCALE IS THE WIDTH OF THE VEGETATION.  IF YOU START |
| 15:25 | 16 | AT ZERO, THAT IS 1.0. |
| 15:25 | 17 | FOR THE LIGHT VEGETATION HERE DESCRIBED AS HAVING AN |
| 15:25 | 18 | AVERAGE DIAMETER OF 0.1 FEET, SEPARATION OUT TO OUT-DISTANCE OF |
| 15:26 | 19 | 1 FOOT AND A HEIGHT OF 5 FEET SAYS THAT -- VARIOUS THEORIES |
| 15:26 | 20 | WITH THAT INPUT INFORMATION SAY THAT WITH A 200-FOOT-WIDE |
| 15:26 | 21 | BUFFERING VEGETATION BATTURE THAT WE REDUCE THE WAVE HEIGHTS TO |
| 15:26 | 22 | 20 TO 30 PERCENT OF INCOMING WAVE HEIGHT. |
| 15:26 | 23 | FOR THE DENSE VEGETATION SHOWN TO THE RIGHT LOWER, |
| 15:26 | 24 | THE DENSE VEGETATION, AS YOU WOULD EXPECT, IS EVEN MORE |
| 15:26 | 25 | EFFECTIVE AT DESTROYING THE INCOMING WAVE HEIGHTS.  THE |

| | | |
|---|---|---|
| 15:26 | 1 | INCOMING WAVE HEIGHTS WITH A 200-FOOT BATTURE ARE REDUCED TO |
| 15:26 | 2 | LESS THAN 10 TO 15 PERCENT OF THE WAVE HEIGHTS ENTERING THE |
| 15:26 | 3 | BATTURE. |
| 15:26 | 4 | **Q.**   IS THAT SIGNIFICANT? |
| 15:26 | 5 | **A.**   VERY. |
| 15:26 | 6 | **Q.**   WHY IS THAT? |
| 15:27 | 7 | **A.**   BECAUSE WE ARE WORRIED, AS PROFESSOR VRIJLING SAID THIS |
| 15:27 | 8 | MORNING, ABOUT THE WAVES THAT ARRIVE AT THE FACE OF THE EARTHEN |
| 15:27 | 9 | FLOOD PROTECTION STRUCTURES.  IF YOU DON'T HAVE THIS |
| 15:27 | 10 | INTERVENING VEGETATION BUFFER, THE WAVES THAT COME FROM THE |
| 15:27 | 11 | DEEPWATER CHANNEL ARE ABLE TO PROPAGATE UNIMPEDED BY THE |
| 15:27 | 12 | VEGETATION TO THE FACE OF THE EARTHEN -- YES, TO THE FACE OF |
| 15:27 | 13 | THE EARTHEN FLOOD PROTECTION STRUCTURE.  IF YOU HAVE THAT |
| 15:27 | 14 | VEGETATION, THE WAVES MELT AWAY. |
| 15:27 | 15 | **Q.**   BASED ON YOUR OWN WORKING FOR THE CORPS AND READING |
| 15:27 | 16 | STUDIES, DID THE CORPS KNOW DECADES ABOVE KATRINA THE WAVE AND |
| 15:27 | 17 | STORM-SURGE BUFFERING EFFECTS OF VEGETATION LIKE YOU DESCRIBED? |
| 15:27 | 18 | **A.**   YES.  THE CORPS WAS ONE OF THE EARLIER RESEARCHERS AND |
| 15:27 | 19 | FOUNDER OF THIS EFFECT. |
| 15:27 | 20 | **Q.**   HOW DIFFICULT WOULD IT HAVE BEEN TO PUT DENSE VEGETATION |
| 15:28 | 21 | BETWEEN THE REACH 2 CHANNEL AND THE LPV STRUCTURES? |
| 15:28 | 22 | **A.**   WELL, THE DIFFICULTY WOULD BE PRINCIPALLY ASSOCIATED WITH |
| 15:28 | 23 | STOPPING THE SALTWATER INTRUSION AND STOPPING THE GROWTH OF THE |
| 15:28 | 24 | CHANNEL, REDUCING THE WIDTH OF DEFENDING VEGETATION. |
| 15:28 | 25 | **Q.**   SO THEY ARE INTERRELATED? |

FINAL DAILY COPY

15:28    1    **A.**    THEY ARE INTERRELATED.

15:28    2    **Q.**    WELL, IF YOU PUT A MOVABLE GATE OR BUBBLE OR WEIR DOWN

15:28    3    BAYOU LA LOUTRE, WOULD THAT BE A START?

15:28    4    **A.**    YES.  THAT'S WHAT WE ARE DOING RIGHT NOW.

15:28    5    **Q.**    IF YOU PUT STONE AND RIPRAP ALONG THE CHANNEL BANK, WOULD

15:28    6    THAT BE A START?

15:28    7    **A.**    YES.

15:28    8    **Q.**    WITHIN A SHORT PERIOD OF TIME, WOULD YOU THEN HAVE A

15:28    9    SITUATION OR AN ENVIRONMENT WHERE YOU COULD START PUTTING THAT

15:28   10    DENSE VEGETATION IN?

15:28   11    **A.**    YOU WOULDN'T HAVE TO START PUTTING IT IN; GOD WOULD PUT IT

15:28   12    IN FOR YOU.

15:28   13    **Q.**    I GUESS, IN THIS PART OF THE WORLD, THOSE KIND OF TREES

15:29   14    AND VEGETATION GROW NATURALLY?

15:29   15    **A.**    NATURALLY AND RAPIDLY.

15:29   16    **Q.**    IS THERE ANOTHER TYPE OF VEGETATION EFFECTIVE IN KNOCKING

15:29   17    DOWN SURGE AND WAVES KNOWN AS ROSEAU CANE?

15:29   18    **A.**    CERTAINLY.

15:29   19    **Q.**    I THINK DR. GAGLIANO AND, I UNDERSTAND, DR. DAY HAVE

15:29   20    TALKED ABOUT THAT.

15:29   21           LET'S LOOK FOR A MOMENT AT PX-1517, PLEASE, PAGE 26.

15:29   22    I BELIEVE THIS HAS BEEN PREVIOUSLY IDENTIFIED AS EARLY

15:29   23    CONSTRUCTION OF THE MRGO CIRCA 1958-1959 IN BAYOU MERCIER.  DO

15:30   24    YOU SEE THAT, SIR?

15:30   25    **A.**    YES.  THAT PHOTOGRAPH IS IN MY JULY 2008 EXPERT REPORT.

| | | |
|---|---|---|
| 15:30 | 1 | **Q.**   IS THAT ROSEAU CANE THAT IT'S CUTTING THROUGH? |
| 15:30 | 2 | **A.**   THE VEGETATION SPECIALISTS TELL ME THAT'S WHAT IT IS. |
| 15:30 | 3 | **Q.**   LET'S LOOK AT HOW THICK THAT THING CAN GET.  LET'S GO DOWN |
| 15:30 | 4 | TO PX-1517.2.  WE ARE GOING TO ZOOM IN. |
| 15:30 | 5 |        IN FACT, WE CAN SEE THE FELLOW STANDING UP IN HIS |
| 15:30 | 6 | BOAT THERE; CAN'T WE, SIR? |
| 15:30 | 7 | **A.**   YES, SIR. |
| 15:30 | 8 | **Q.**   I UNDERSTAND THAT ROSEAU CANE IS ABOUT 10 TO 12 FEET.  IS |
| 15:30 | 9 | THAT YOUR UNDERSTANDING? |
| 15:30 | 10 | **A.**   CORRECT. |
| 15:30 | 11 | **Q.**   IS THAT AN EFFECTIVE TYPE OF VEGETATION THAT USED TO EXIST |
| 15:30 | 12 | IN THESE ENVIRONMENTS BEFORE THE MRGO THAT, IF IT WERE STILL |
| 15:30 | 13 | THERE AT THE TIME OF KATRINA, WOULD HAVE HAD A POSITIVE EFFECT |
| 15:30 | 14 | IN DAMPENING OR BUFFERING STORM SURGE AND WAVES? |
| 15:30 | 15 | **A.**   CORRECT. |
| 15:30 | 16 | **Q.**   LET'S GO TO SLIDE 39, PX-72, PAGE 66.  DO YOU SEE THAT, |
| 15:31 | 17 | SIR? |
| 15:31 | 18 | **A.**   YES, SIR. |
| 15:31 | 19 | **Q.**   GRASS COVER? |
| 15:31 | 20 | **A.**   YES, SIR. |
| 15:31 | 21 | **Q.**   IT'S THE NEW ORLEANS EAST BACK LEVEE? |
| 15:31 | 22 | **A.**   EAST SEGMENT.  I TOOK THAT PHOTOGRAPH. |
| 15:31 | 23 | **Q.**   WHEN DID YOU TAKE IT? |
| 15:31 | 24 | **A.**   ON OCTOBER 4, 2005. |
| 15:31 | 25 | **Q.**   SO RIGHT AFTER KATRINA? |

| | | |
|---|---|---|
| 15:31 | 1 | **A.**   THAT'S CORRECT. |
| 15:31 | 2 | **Q.**   IS THIS ONE OF YOUR MANY VISITS TO NEW ORLEANS? |
| 15:31 | 3 | **A.**   YES.  ONE OF THE 35, INCLUDING THIS ONE. |
| 15:31 | 4 | **Q.**   WELL, YOU ARE CERTAINLY GOOD FOR THE LOCAL ECONOMY IF |
| 15:31 | 5 | NOTHING ELSE. |
| 15:31 | 6 | HOW DID THIS STRETCH OF THE LEVEE HOLD UP WITH THIS |
| 15:31 | 7 | DENSE GRASS COVER DURING KATRINA? |
| 15:31 | 8 | **A.**   THIS LEVEE WAS WHAT I CALLED ONE OF THE UNSUNG HEROES OF |
| 15:31 | 9 | THE FLOOD PROTECTION SYSTEM.  IT WAS SIGNIFICANTLY OVERTOPPED, |
| 15:31 | 10 | BUT IT SURVIVED WITHOUT ANY DISTRESS OR BREACHING. |
| 15:32 | 11 | **THE COURT:**  MR. O'DONNELL, WOULD IT BE A GREAT DEAL |
| 15:32 | 12 | OF TROUBLE TO SHOW A LARGER AREA WHERE WE CAN POINT OUT WHERE |
| 15:32 | 13 | THIS IS IN THE GRAND SCHEME OF THINGS? |
| 15:32 | 14 | **MR. O'DONNELL:**  OH, I WOULD, YOUR HONOR.  LET'S GO |
| 15:32 | 15 | BACK. |
| 15:32 | 16 | **THE COURT:**  I DON'T WANT TO SLOW YOU UP TOO MUCH. |
| 15:32 | 17 | **MR. O'DONNELL:**  NO, NOT AT ALL.  WE ARE ALMOST |
| 15:32 | 18 | FINISHED. |
| 15:32 | 19 | **BY MR. O'DONNELL:** |
| 15:32 | 20 | **Q.**   LET'S GO TO SLIDE 10.  NO, IT WON'T SHOW UP THERE. |
| 15:32 | 21 | **A.**   9? |
| 15:32 | 22 | **Q.**   LET'S GO TO 9.  COULD YOU TELL US -- |
| 15:32 | 23 | **THE COURT:**  YOU CAN POINT TO IT. |
| 15:32 | 24 | **THE WITNESS:**  WE ARE IN THIS STRETCH. |
| 15:32 | 25 | **THE COURT:**  THANK YOU. |

1200

| | | |
|---|---|---|
| 13:36 | 1 | **BY MR. O'DONNELL:** |
| 15:32 | 2 | **Q.**   HOW DID THAT STRETCH FARE THAT HAD THE DENSE COVER? |
| 15:32 | 3 | **A.**   IT WAS BEAUTIFUL. |
| 15:33 | 4 | **Q.**   ONE LAST THING ON VEGETATION AND WE'LL MOVE TO ANOTHER |
| 15:33 | 5 | TOPIC.  LET'S TURN TO SLIDE 40, PLEASE. |
| 15:33 | 6 | **A.**   YES, SIR. |
| 15:33 | 7 | **Q.**   THIS IS FROM PX-84, PAGE 19.  CAN YOU TELL US WHAT THIS |
| 15:33 | 8 | IS, SIR. |
| 15:33 | 9 | **A.**   WELL, IN ORDER TO CONDUCT THE FORENSIC ENGINEERING |
| 15:33 | 10 | EVALUATION OF THE PERFORMANCE OF THE EARTHEN FLOOD PROTECTION |
| 15:33 | 11 | STRUCTURES, WE HAD TO TAKE INTO ACCOUNT A SECOND FORM OF |
| 15:33 | 12 | IMPORTANT VEGETATION, AND THIS IS THE GRASS COVER ON THE FACES |
| 15:33 | 13 | OF THE EARTHEN FLOOD PROTECTION STRUCTURE. |
| 15:33 | 14 |            I SHOW THIS FOR WAVE ATTACK ON THE FRONT SIDE OF THE |
| 15:33 | 15 | EARTHEN FLOOD PROTECTION STRUCTURE.  I SHOW IT FOR THE |
| 15:33 | 16 | CONDITION OF GOOD GRASS DENSITY, MODERATE GRASS DENSITY, AND |
| 15:33 | 17 | POOR GRASS DENSITY.  ALL OF THESE ARE FOR SANDY SUBSTRATE. |
| 15:34 | 18 | BOTH THE GRASS DENSITY AND THE SUBSTRATE, THE SOIL THAT THE |
| 15:34 | 19 | GRASS ROOTS IN, HAS AN IMPORTANT EFFECT ON ITS ARMORING |
| 15:34 | 20 | ABILITY. |
| 15:34 | 21 |            YOU CAN SEE THAT FOR SIGNIFICANT WAVE HEIGHTS THAT |
| 15:34 | 22 | EXCEED, FOR EXAMPLE, 3 FEET, THEY HAVE A VERY, VERY SHORT TIME |
| 15:34 | 23 | TO LIFT OFF.  WHAT I MEAN BY "LIFT OFF" IS GRASS IS BEING |
| 15:34 | 24 | REMOVED, PULLED FROM THE SUBSTRATE, THEREBY EXPOSING UNDERLYING |
| 15:34 | 25 | SOILS TO THE DIRECT EROSIVE ATTACK FROM WATER.  GOOD GRASS |

15:34    1    DENSITY CAN SURVIVE FOR PERHAPS AN HOUR, AS CONTRASTED WITH A

15:34    2    HALF HOUR FOR THE POORER OF GRASS DENSITIES.

15:34    3    Q.    WHAT DIFFERENCE DOES IT MAKE IN TERMS OF THE PERFORMANCE

15:34    4    OF THE STRUCTURE, THAT HALF-HOUR DIFFERENCE?

15:34    5    A.    IT CAN BE A BORDER BETWEEN SURVIVAL AND FAILURE BECAUSE

15:35    6    THE EARTHEN FLOOD PROTECTION STRUCTURE HAS POTENTIALLY FOUR

15:35    7    TIMING COMPONENTS TO BREACHING.  TIME COMPONENT 1 IS

15:35    8    PENETRATION OF THE SURFACE.  TIME COMPONENT 2 IS PENETRATION OF

15:35    9    THE SUBSTRATE PROPAGATING FROM BACK TO FRONT.

15:35    10          THEN AT THAT POINT, I HAVE A THIRD TIME COMPONENT,

15:35    11   WHICH IS DESTRUCTION REMOVAL OF THE GRASS ON THE BACK SIDE,

15:35    12   THEREBY EXPOSING THOSE SOILS TO THE EROSIVE EFFECTS OF THE

15:35    13   WATER RUSHING DOWN THE BACK SIDE, AND THAT IS THE FOURTH TIME

15:35    14   COMPONENT.  THE SHORTER THAT YOU MAKE THESE TIME COMPONENTS,

15:35    15   THE SHORTER IS THE TIME TO BREACHING.

15:35    16   Q.    NOW, WERE THERE STRETCHES OF REACH 2 THAT DIDN'T HAVE

15:36    17   GRASS ON THE BERMS DURING KATRINA?

15:36    18   A.    AS FAR AS WE ARE ABLE TO DETERMINE, YES, THERE WERE SOME

15:36    19   STRETCHES, BUT PHOTOGRAPHIC INFORMATION PRIOR TO HURRICANE

15:36    20   KATRINA IS PRETTY SPOTTY, PARTICULARLY FOR CLOSE EXAMINATION.

15:36    21   WE HAD TO IN MOST CASES RELY ON POST-KATRINA FIELD-OBSERVATIONS

15:36    22   PHOTOGRAPHY TO DETERMINE WHAT THE GRASS COVER WAS AT THE TIME

15:36    23   OF KATRINA.

15:36    24   Q.    HAVE YOU FOUND ANY CORRELATION BETWEEN THE PRESENCE OF

15:36    25   GRASS COVER ON THIS CENTRAL ZONE THAT WE'VE BEEN TALKING ABOUT

15:36  1   BETWEEN BAYOU BIENVENUE AND BAYOU DUPRE AND HOW THE STRUCTURES

15:36  2   FARE?

15:36  3   **A.**   VERY DEFINITELY.  IN FACT, THERE'S A WONDERFUL VIDEO THAT

15:36  4   WAS TAKEN ON SEPTEMBER 13 AND 14 THAT WAS BEING PERFORMED

15:37  5   DURING THE CORPS OF ENGINEERS' AERIAL SURVEY OF DAMAGE OF

15:37  6   REACH 2.

15:37  7          OF PARTICULAR INTEREST, IN ADDITION TO THE

15:37  8   PHOTOGRAPHIC IMAGES, ARE THE TAPED TRANSCRIPT OF THE PILOT AND

15:37  9   SURVEYOR TALKING TO EACH OTHER AS THEY FLEW OVER THE WAR ZONE

15:37  10  OF REACH 2.  THE PILOT AND SURVEYOR ARE TALKING TO EACH OTHER

15:37  11  ABOUT HOW VARIABLE THE BREACHING WAS AND HOW SOMETIMES, WHEN

15:37  12  GRASS WAS VERY DENSE AND DEEP, THERE WASN'T ANY BREACHING.

15:37  13  **Q.**   DOES THAT CORRELATE WITH YOUR OWN INVESTIGATION?

15:37  14  **A.**   INDEED, IT DOES.

15:37  15  **Q.**   DOES THAT SURPRISE YOU AT ALL?

15:37  16  **A.**   NOT REALLY.

15:37  17  **Q.**   WHY?

15:37  18  **A.**   BECAUSE GRASS CAN ACT AS AN EXCELLENT ARMOR FOR EARTHEN

15:37  19  FLOOD PROTECTION SYSTEMS, AND THIS IS ONE OF THE TECHNOLOGIES

15:38  20  AND MIRACLES THAT THE DUTCH HAVE LEARNED MANY YEARS AGO AND

15:38  21  THAT THEY USED TO ARMOR THEIR DIKES THAT FACE THE WRATH OF THE

15:38  22  OPEN NORTH SEA.

15:38  23  **Q.**   IF YOU KNOW, WHY DID SOME STRETCHES OF REACH 2 HAVE GRASS

15:38  24  AND OTHERS DIDN'T HAVE GRASS?

15:38  25  **A.**   IN SOME CASES I'LL CALL IT IS "GRASS AT WORK," CHOOSING

| | | |
|---|---|---|
| 15:38 | 1 | WHERE IT WANTS TO GROW DENSELY.  IN SOME CASES, OTHER FORCES |
| 15:38 | 2 | ARE AT WORK.  FOR EXAMPLE, IN SOME AREAS WE FOUND NO GRASS |
| 15:38 | 3 | WHERE THE NUTRIA HAD CALLED IT HOME. |
| 15:38 | 4 | **Q.**   LET ME ASK YOU THIS QUESTION.  CAN YOU PLANT GRASS IN THIS |
| 15:38 | 5 | AREA, JUST THROW SEEDS OUT? |
| 15:38 | 6 | **A.**   WELL, CERTAINLY, AND THE CORPS HAS DONE IT AFTER HURRICANE |
| 15:39 | 7 | KATRINA SEVERAL TIMES IN AN ATTEMPT TO GET GRASS TO GROW ON |
| 15:39 | 8 | REACH 2 LEVEES. |
| 15:39 | 9 | **Q.**   BUT THERE WERE SPOTS BEFORE KATRINA, SECTIONS THAT DIDN'T |
| 15:39 | 10 | HAVE ANY GRASS? |
| 15:39 | 11 | **A.**   FROM EVERYTHING WE CONFER, THAT'S CORRECT. |
| 15:39 | 12 | **MR. O'DONNELL:**  MAY I APPROACH, YOUR HONOR? |
| 15:39 | 13 | **THE COURT:**  YES, YOU MAY. |
| 15:39 | 14 | **BY MR. O'DONNELL:** |
| 15:39 | 15 | **Q.**   SO THAT'S A FEASIBLE MITIGATION MEASURE TO PLANT GRASS, I |
| 15:39 | 16 | WOULD SAY; ISN'T IT? |
| 15:39 | 17 | **A.**   CORRECT. |
| 15:39 | 18 | **Q.**   WE TALKED A LOT ABOUT SCENARIO 2C AND SCENARIO 3.  DO YOU |
| 15:40 | 19 | UNDERSTAND THAT? |
| 15:40 | 20 | **A.**   YES. |
| 15:40 | 21 | **Q.**   THE COURT ASKED A QUESTION, AND WE ARE GOING TO TRY TO |
| 15:40 | 22 | ANSWER IT NOW.  OKAY.  WHEN PROFESSOR VRIJLING USES 2C AND 3, |
| 15:40 | 23 | IS THAT THE SAME 2C OF 3 OF DR. BOB BEA? |
| 15:40 | 24 | **A.**   IT'S THE INPUT TO BOB BEA'S 2C AND 3.  IT'S NOT THE |
| 15:40 | 25 | OUTPUT. |

15:40    1    **Q.**   OKAY.  SO INPUT, DR. VRIJLING HAD CERTAIN ASSUMPTIONS WHEN

15:40    2    HE MODELED WHAT HE CALLED 2C AND 3; CORRECT?

15:40    3    **A.**   CORRECT.

15:40    4    **Q.**   THAT GAVE DR. BEA OF BERKELEY SOME OUTPUT; CORRECT?

15:40    5    **A.**   THAT'S CORRECT.

15:40    6    **Q.**   DID YOU THEN TAKE THE OUTPUT FROM YOUR DUTCH COLLEAGUE AND

15:40    7    USE IT YOURSELF TO TEST CERTAIN ASSUMPTIONS FOR PARAMETERS?

15:40    8    **A.**   CORRECT.

15:40    9    **Q.**   WHAT'S A PARAMETRIC STUDY?

15:40   10    **A.**   A PARAMETRIC STUDY IS A STUDY TO DETERMINE WHAT EFFECTS

15:40   11    DIFFERENT OSTENSIBLY IMPORTANT PARAMETERS HAVE ON THE

15:41   12    PERFORMANCE OF THE STRUCTURE YOU'RE CONCERNED WITH.  THROUGH

15:41   13    THE PARAMETRIC STUDY, WE IDENTIFIED THOSE THAT HAVE VERY

15:41   14    IMPORTANT, SIGNIFICANT EFFECTS ON PERFORMANCE AND THOSE THAT

15:41   15    ARE INSIGNIFICANT AND, THEREFORE, CAN POTENTIALLY BE IGNORED.

15:41   16    **Q.**   WHAT DIFFERENCE, IF ANY, WERE THE PARAMETERS OR

15:41   17    ASSUMPTIONS FOR PROFESSOR VRIJLING AND DR. BEA IN 2C?

15:41   18    **A.**   WELL, THE IMPORTANT TRANSITION IS HIS FORESHORE VEGETATION

15:41   19    THAT COULD NOT BE CAPTURED IN DR. VRIJLING'S MODELING.  THAT'S

15:41   20    STEP 1.  IN SOME CASES, THE COARSENESS OF THE SIMULATION THAT

15:41   21    WAS BEING USED COULD NOT CAPTURE THE LOCAL BATHYMETRY OR

15:41   22    WATER-DEPTH CHARACTERISTICS IMMEDIATELY IN FRONT OF THE EARTHEN

15:42   23    FLOOD PROTECTION STRUCTURES.

15:42   24    **Q.**   *WATER DEPTH* IS A SIMPLER TERM FOR *BAROMETRIC*?

15:42   25    **A.**   *BATHYMETRIC*.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:42 | 1 | **Q.**   *BATHYMETRIC*.   IS THAT BOTTOMS? |
| 15:42 | 2 | **A.**   YES. |
| 15:42 | 3 | **Q.**   WHAT ABOUT THE BOTTOMS, THE CHARACTERISTICS OF THEM? |
| 15:42 | 4 | **A.**   THE PRINCIPAL CHARACTERISTICS ARE ITS ELEVATION AND ITS |
| 15:42 | 5 | INCLINATION. |
| 15:42 | 6 | **Q.**   DEPTH? |
| 15:42 | 7 | **A.**   CORRECT. |
| 15:42 | 8 | **Q.**   SLOPE? |
| 15:42 | 9 | **A.**   CORRECT. |
| 15:42 | 10 | **Q.**   UNDER THE WATER? |
| 15:42 | 11 | **A.**   CORRECT. |
| 15:42 | 12 | **Q.**   WHY IS THAT IMPORTANT TO WAVES? |
| 15:42 | 13 | **A.**   WELL, WAVES ARE SENSITIVE TO THE WATER DEPTH BECAUSE THEY |
| 15:42 | 14 | BREAK AS THEY GET INTO SHALLOWER WATER.  SO DEPENDING ON YOUR |
| 15:42 | 15 | POSITIONING OF THE BOTTOM, YOU CAN BREAK AND CHANGE THE WAVE |
| 15:42 | 16 | CHARACTERISTICS AS CONTRASTED AT THE BOTTOM WAS NOT THERE AT |
| 15:42 | 17 | ALL. |
| 15:42 | 18 | **Q.**   SO IF PROFESSOR VRIJLING HAD AN OUTPUT FOR SCENARIO 2C OF |
| 15:43 | 19 | 2.2 FEET WE SAW EARLIER -- |
| 15:43 | 20 | **A.**   RIGHT. |
| 15:43 | 21 | **Q.**   -- FOR A MAXIMUM WAVE HEIGHT, WOULD YOU THEN TAKE THAT |
| 15:43 | 22 | NUMBER AND, WITH THESE ADDITIONAL INPUTS, COME UP WITH YOUR OWN |
| 15:43 | 23 | CALCULATION? |
| 15:43 | 24 | **A.**   THAT'S CORRECT. |
| 15:43 | 25 | **Q.**   CAN YOU GIVE ME AN EXAMPLE HOW THAT WORKS IN 2C. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:43 | 1 | **A.**   WELL, FOR EXAMPLE, AT ONE LOCATION FOR 2C, IF YOU HAD -- |
| 15:43 | 2 | AND WE ARE TALKING ABOUT THE CONDITION FOR DENSE VEGETATION. |
| 15:43 | 3 | THE WAVE HEIGHT OF 2.2 FEET WITH A 200-FOOT FRONTING DENSE |
| 15:43 | 4 | VEGETATION, POTENTIALLY WOULD BE REDUCED TO 10 PERCENT OF THAT |
| 15:43 | 5 | VALUE FOR 0.2 FEET. |
| 15:43 | 6 | **Q.**   PRETTY SIGNIFICANT, HUH? |
| 15:43 | 7 | **A.**   YES.  WHEN YOU SQUARE IT, PARTICULARLY. |
| 15:43 | 8 | **Q.**   I'M NOT GOING TO DO IT, BUT IT'S SIGNIFICANT; RIGHT? |
| 15:43 | 9 | **A.**   IT'S .04 TO 4. |
| 15:43 | 10 | **Q.**   ALL RIGHT.  LET'S DO IT.  .04 TO 4. |
| 15:44 | 11 | **A.**   NO, THE OTHER WAY. |
| 15:44 | 12 |        **THE COURT:**  4 ON TOP. |
| 15:44 | 13 |        **MR. O'DONNELL:**  I DID THE SIMPLER ONE EARLIER, 3 AND |
| 15:44 | 14 | 9. |
| 15:44 | 15 |        **THE COURT:**  I UNDERSTAND WHERE THE 4 IS SUPPOSED TO |
| 15:44 | 16 | BE. |
| 15:44 | 17 | **BY MR. O'DONNELL:** |
| 15:44 | 18 | **Q.**   HOW MUCH MORE FORCE IS THAT, OR ENERGY? |
| 15:44 | 19 | **A.**   TEN TIMES. |
| 15:44 | 20 | **Q.**   SO THIS WAS AN IMPORTANT PARAMETER OR VARIABLE FOR YOU TO |
| 15:44 | 21 | DETERMINE; RIGHT? |
| 15:44 | 22 | **A.**   YES. |
| 15:44 | 23 | **Q.**   BECAUSE AS YOU SAID, IT'S IMPORTANT WHAT THE ENERGY IS |
| 15:44 | 24 | THAT'S HITTING THAT LEVEE; RIGHT? |
| 15:44 | 25 | **A.**   CORRECT. |

| | | |
|---|---|---|
| 15:44 | 1 | **Q.**   NOW, TELL ME SOMETHING ABOUT WATER DEPTHS AND THE |
| 15:44 | 2 | SENSITIVITY OF WHEN BOB BEA TAKES THE INPUT 2.2, OR THE OUTPUT |
| 15:44 | 3 | FOR YOUR INPUT, AND NOW YOU HAVE THIS SENSITIVITY ANALYSIS. |
| 15:44 | 4 | WHAT DOES THAT DO?  GIVE US AN EXAMPLE. |
| 15:44 | 5 | **A.**   WELL, FOR EXAMPLE, IF I DIDN'T PRESUME ANY FORESHORE |
| 15:44 | 6 | VEGETATION, MY MAXIMUM SIGNIFICANT WAVE HEIGHT IS LIMITED |
| 15:45 | 7 | SOLELY BY THE WATER DEPTH AND THE SLOPE. |
| 15:45 | 8 | WE USED TWO MODELS TO TEST THAT SENSITIVITY:  ONE WAS |
| 15:45 | 9 | THE ST WAVE MODEL DEVELOPED BY THE ARMY CORPS OF ENGINEERS; AND |
| 15:45 | 10 | THE OTHER WAS ALSO DEVELOPED BY THE ARMY CORPS OF ENGINEERS, A |
| 15:45 | 11 | RESEARCHER WORKING FOR THEM BY THE NAME OF CHARLES |
| 15:45 | 12 | BRETSCHNEIDER.  THIS WAS WAVE ATTENUATION RELATED TO WATER |
| 15:45 | 13 | DEPTH BASED ON MEASUREMENTS MADE IN LAKE OKEECHOBEE, FLORIDA. |
| 15:45 | 14 | **Q.**   IS THAT THE BRETSCHNEIDER OF BRETSCHNEIDER AND COLLINS? |
| 15:45 | 15 | **A.**   THAT'S THE SAME CHARLIE. |
| 15:45 | 16 | **Q.**   OKAY.  YOU USED BOTH OF THESE PROGRAMS OR WHATEVER, |
| 15:45 | 17 | MODELS? |
| 15:45 | 18 | **A.**   YES. |
| 15:45 | 19 | **Q.**   HOW DOES THAT IMPACT ON THE OUTPUT THAT YOU END UP WITH, |
| 15:45 | 20 | FACTORING IN ONLY BATHYMETRIC? |
| 15:46 | 21 | **A.**   WELL, BOTH ST WAVE AND BRETSCHNEIDER AGREE VERY CLOSELY. |
| 15:46 | 22 | AND, OF COURSE, THAT SHOULD MAKE SENSE BECAUSE THE CORPS |
| 15:46 | 23 | DEVELOPED BRETSCHNEIDER BACK IN THE 1950 PERIOD, AND ST WAVE |
| 15:46 | 24 | HAS BEEN DEVELOPED VERY RECENTLY.  SO THE CORPS HAS CAREFULLY |
| 15:46 | 25 | BROUGHT FORWARD THE PAST TECHNOLOGY TO THE PRESENT, AND THE |

| | | |
|---|---|---|
| 15:46 | 1 | RESULTS COMPARE VERY FAVORABLY. |
| 15:46 | 2 | THE RATIO OF THE WATER HEIGHT IN DEEP WATER TO |
| 15:46 | 3 | SHALLOW WATER AT THE TIME OF BREAKING IS APPROXIMATELY 0.5.  IT |
| 15:46 | 4 | REDUCES THE WAVE HEIGHT TO HALF FOR THE INCIDENT WAVE HEIGHT. |
| 15:46 | 5 | **Q.**   WHAT'S THE SIGNIFICANCE OF THAT? |
| 15:46 | 6 | **A.**   WELL, AGAIN, IT'S A FUNCTION OF APPROXIMATELY THE SQUARE |
| 15:46 | 7 | OF THE WAVE HEIGHTS THAT ARE CONCERNED.  IT'S VERY SIGNIFICANT, |
| 15:46 | 8 | WHICH MEANS AS YOU'RE STUDYING WAVES COMING INTO THE FACE OF |
| 15:47 | 9 | THE EARTHEN FLOOD PROTECTION STRUCTURE, THE WATER DEPTH IS |
| 15:47 | 10 | CHANGING AS A FUNCTION OF TIME CONTINUOUSLY.  SO YOU HAVE TO |
| 15:47 | 11 | START WHEN THE WATER DEPTH HAS BROUGHT THE WAVES TO THE FACE. |
| 15:47 | 12 | THEN, AS THE SURGE IS RISING, YOU CONTINUE TO STUDY |
| 15:47 | 13 | THE EROSIVE WAVE-BREAKING EFFECTS UNTIL THE TIME THAT THE SURGE |
| 15:47 | 14 | HAS BEGUN OVERTOPPING THE LEVEE.  AT THAT POINT IN TIME, YOU |
| 15:47 | 15 | SWITCH MODELS AND BEGIN TO FOCUS ON THE BACKSIDE EROSION. |
| 15:47 | 16 | **Q.**   THAT WILL HELP YOU DETERMINE WHAT THE IMPACT WILL BE ON |
| 15:47 | 17 | THE PERFORMANCE OF THE LEVEE? |
| 15:47 | 18 | **A.**   THAT'S CORRECT. |
| 15:47 | 19 | **Q.**   OKAY.  SO IN TERMS OF SCENARIO 3, IS THERE A VRIJLING |
| 15:47 | 20 | OUTPUT THAT'S USED BY DR. BEA AS AN INPUT? |
| 15:47 | 21 | **A.**   WE DIDN'T DO THAT IN A FORMAL WAY; THAT IS, WE DIDN'T TAKE |
| 15:48 | 22 | THE OUTPUT FROM 3, STEP THROUGH THESE TWO CATEGORIES, TO DEFINE |
| 15:48 | 23 | A NEW CASE TO STUDY THE BREACHING.  WHEN WE PERFORMED 2C AND |
| 15:48 | 24 | SCENARIO 1, WE USED A VERY WIDE RANGE IN INPUT WAVE |
| 15:48 | 25 | CHARACTERISTICS, AND THAT WIDE RANGE IN INPUT WAVE |

| | | |
|---|---|---|
| 15:48 | 1 | CHARACTERISTICS ENCOMPASSES BOTH 2C AND 3. |
| 15:48 | 2 | **Q.**   WHAT'S THE DIFFERENCE IN OUTCOMES? |
| 15:48 | 3 | **A.**   IN TERMS OF INCLUSION OF 1 AND 2, IT'S NOTHING. |
| 15:48 | 4 | **Q.**   ALL RIGHT.  EXPLAIN -- |
| 15:48 | 5 | **A.**   IT'S INSIGNIFICANT. |
| 15:48 | 6 | **Q.**   WHAT DOES THAT MEAN? |
| 15:48 | 7 | **A.**   IT MEANS IT DOESN'T CHANGE THE ANSWER CONCERNING WAVE |
| 15:48 | 8 | SIDE-ATTACK BREACHING. |
| 15:48 | 9 | **Q.**   IN THE SCENARIO 3, IS THERE ANY VEGETATION BETWEEN THE |
| 15:48 | 10 | CHANNEL AND THE LPV STRUCTURE? |
| 15:48 | 11 | **A.**   THERE IS IN THE WAY WE TREAT THOSE INCOMING WAVES. |
| 15:49 | 12 | **Q.**   SO IF WE WANTED TO KNOW, IN YOUR OPINION, WHICH SCENARIO |
| 15:49 | 13 | BEST REPRESENTS THE MRGO MITIGATED, NOT CAUSING ANY HARM, |
| 15:49 | 14 | NEUTRAL IN THAT REGARD, IS IT 2C OR 3? |
| 15:49 | 15 | **A.**   IT WOULD BE 2C AS THE MOST STRAIGHTFORWARD. |
| 15:49 | 16 | **THE COURT:**  OKAY.  YOU MIGHT HAVE TO EDUCATE THE |
| 15:49 | 17 | COURT.  I KNOW THE GOVERNMENT IS GOING TO BE A LOT MORE |
| 15:49 | 18 | PREPARED THAN THE COURT TO TALK TO YOU ABOUT IT.  I JUST WANT |
| 15:49 | 19 | TO GET SOME GENERAL THOUGHTS. |
| 15:49 | 20 | AS I UNDERSTAND DR. VRIJLING'S -- AND IT'S RIGHT |
| 15:49 | 21 | FROM HIS REPORT.  HOLD ON.  I WILL GET IT.  HE DESCRIBES 2C AS |
| 15:50 | 22 | FOLLOWS:  NO MRGO CHANNELS; FULL PRE-KATRINA COMPLEMENT OF LPV |
| 15:50 | 23 | FLOOD PROTECTION WORKS; AND PRISTINE WETLANDS. |
| 15:50 | 24 | IS THAT YOUR UNDERSTANDING? |
| 15:50 | 25 | **THE WITNESS:**  YES. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:50 | 1 | **THE COURT:**  SCENARIO 3 IS MRGO AS AUTHORIZED, AS 650 |
| 15:50 | 2 | TOP WIDTH, WITH FULL PRE-KATRINA COMPLEMENT OF FLOOD PROTECTION |
| 15:50 | 3 | WORKS, PRISTINE WETLANDS, WITH NO SURGE-REDUCTION PREVENTION. |
| 15:50 | 4 | **THE WITNESS:**  CORRECT. |
| 15:50 | 5 | **THE COURT:**  SO JUST TO SET THE STAGE, IT SEEMED THAT |
| 15:50 | 6 | THE ACTUAL HEIGHT OF THE WATER BETWEEN 3 AND 1 WAS VERY SIMILAR |
| 15:50 | 7 | IN MOST OF THE LOCATIONS YOU MEASURED. |
| 15:50 | 8 | **THE WITNESS:**  FOR REACH 2. |
| 15:51 | 9 | **THE COURT:**  FOR REACH 2.  CERTAINLY FOR REACH 2, AND |
| 15:51 | 10 | IT SEEMED TO BE IN THE SCENARIOS I SAW ON ALMOST ALL OF THEM. |
| 15:51 | 11 | DO YOU RECALL SEVERAL THAT WERE DIFFERENT? |
| 15:51 | 12 | **THE WITNESS:**  IN REACH 1, AS YOU APPROACH THE |
| 15:51 | 13 | INDUSTRIAL CANAL, THIS ADDITIONAL CONVEYANCE FORMED BY THE MRGO |
| 15:51 | 14 | INCREASES THE SURGE ELEVATION. |
| 15:51 | 15 | **THE COURT:**  I THINK THERE'S AN AGREEMENT ON THAT. |
| 15:51 | 16 | **THE WITNESS:**  YES. |
| 15:51 | 17 | **THE COURT:**  YES.  WITH WESTERINK AND -- |
| 15:51 | 18 | **THE WITNESS:**  EXACTLY. |
| 15:51 | 19 | **THE COURT:**  SO THERE'S AGREEMENT ON THAT, BUT WE WILL |
| 15:51 | 20 | CONFINE IT TO REACH 2.  WATER HEIGHTS WERE -- |
| 15:51 | 21 | **THE WITNESS:**  COMPARABLE. |
| 15:51 | 22 | **THE COURT:**  COMPARABLE.  SO THEN WHEN WE GET INTO THE |
| 15:51 | 23 | OTHER ASPECTS OF -- LET'S TALK ABOUT WAVES.  WE TALK ABOUT |
| 15:51 | 24 | WAVES AND THE REGENERATION OF WAVES.  IT WOULD SEEM RELEVANT, |
| 15:51 | 25 | AT LEAST FOR THE COURT IN ITS VERY UNINFORMED WAY, THAT THE |

FINAL DAILY COPY

15:52  1   650 FEET OF WIDTH AND DEPTH WOULD BE A FACTOR IN CALCULATING

15:52  2   THOSE WAVES.

15:52  3            **THE WITNESS:**  AND IT IS.

15:52  4            **THE COURT:**  IT IS.

15:52  5            **THE WITNESS:**  IT IS.

15:52  6            **THE COURT:**  BUT THAT FACTOR IS NOT INCLUDED IN THE 2C

15:52  7   SCENARIO, AS I UNDERSTAND IT.

15:52  8            **THE WITNESS:**  THAT'S CORRECT.  SO YOU HAVE A HIGHER

15:52  9   OR MORE INTENSE SEA STATE UNDER 3 AS OPPOSED TO 2C, AND THAT'S

15:52 10   DUE TO THE CHANNEL EFFECT.

15:52 11            **THE COURT:**  SO A COMPARISON OF THE WAVE HEIGHTS WITH

15:52 12   3 AND 2C -- WHEN I SAY THE "WAVE HEIGHTS," EVERY ASPECT OF THE

15:52 13   WAVES.  A LOT OF EMPHASIS, YESTERDAY, WAS MADE AS TO WHERE THE

15:52 14   WAVES IMPACT THE TOE OF THE LEVEE, AND THERE WAS A DISCUSSION

15:53 15   ABOUT THAT.  IF YOU LOOK AT 3, MRGO AS AUTHORIZED, IS THERE ANY

15:53 16   DIFFERENCE BETWEEN MRGO AS AUTHORIZED AND NO MRGO, OR THE MRGO

15:53 17   NEUTRAL OR WHATEVER WE ARE CALLING IT.

15:53 18            **THE WITNESS:**  2C?

15:53 19            **THE COURT:**  YES, 2C.

15:53 20            **THE WITNESS:**  THE WAVES, AS THEY ENTER THE FORESHORE

15:53 21   PROTECTION, ARE MORE INTENSE AFTER THEY COME THROUGH THAT

15:53 22   FILTER, BUT THE DIFFERENCE IS NOT VERY MUCH.

15:53 23            **THE COURT:**  THEN IS THERE A COMPARISON WITH THE MRGO

15:53 24   AS IT EXISTED AT THE TIME OF KATRINA, SCENARIO 1 AND 3?  WHAT'S

15:53 25   THE WAVE DIFFERENCE THERE WHEN YOU ADD IN THE WIDTH AND DEPTH

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:53 | 1 | OF THE CHANNEL AS IT EXISTED? |
| 15:53 | 2 | **THE WITNESS:**  YOU'RE REFERRING TO THE WAVES THAT |
| 15:54 | 3 | ARRIVE AT THE FACE OF THE EARTHEN FLOOD PROTECTION -- |
| 15:54 | 4 | **THE COURT:**  JUST FOR CONVENIENCE. |
| 15:54 | 5 | **THE WITNESS:**  IT'S A VERY SIGNIFICANT DIFFERENCE. |
| 15:54 | 6 | **THE COURT:**  YOU THINK THERE'S A SIGNIFICANT |
| 15:54 | 7 | DIFFERENCE? |
| 15:54 | 8 | **THE WITNESS:**  OH, I KNOW THERE IS. |
| 15:54 | 9 | **THE COURT:**  CAN YOU GIVE A QUANTIFICATION TO THAT? |
| 15:54 | 10 | CAN I ASK YOU, SIR, ARE YOU GOING TO BE ASKING |
| 15:54 | 11 | QUESTIONS ON THIS? |
| 15:54 | 12 | **MR. STONE:**  I HOPE TO, YOUR HONOR.  YES, SIR. |
| 15:54 | 13 | **THE COURT:**  I'LL STOP AT THIS POINT AND ALLOW THIS TO |
| 15:54 | 14 | BE THE GOVERNMENT'S CROSS-EXAMINATION. |
| 15:54 | 15 | **MR. STONE:**  DON'T WAIT FOR ME. |
| 13:34 | 16 | **BY MR. O'DONNELL:** |
| 15:54 | 17 | **Q.**   I HATE TO LEAVE A QUESTION PENDING.  CAN YOU QUANTIFY THE |
| 15:54 | 18 | DIFFERENCE BETWEEN WAVE EFFECT BETWEEN SCENARIO 1 KATRINA AS IT |
| 15:54 | 19 | WAS AND SCENARIO 3? |
| 15:54 | 20 | **A.**   AT THE FACE OF THE EBSB? |
| 15:54 | 21 | **Q.**   YES. |
| 15:54 | 22 | **A.**   WE COULD.  I HAVE NOT DONE THAT DIRECTLY YET. |
| 15:54 | 23 | **Q.**   IS IT SOMETHING YOU CAN DO WITH MATERIALS YOU HAVE HERE |
| 15:54 | 24 | TODAY? |
| 15:54 | 25 | **A.**   CORRECT. |

15:55  1  **Q.**   OKAY.  WE'LL SEE IF WE GET TIME TO DO THAT.  BUT YOU SAID

15:55  2  IT'S A SIGNIFICANT DIFFERENCE?

15:55  3  **A.**   YES.

15:55  4  **Q.**   LET'S GO TO SLIDE 41.  THIS IS FROM PX-83, PAGE 11.  AS I

15:55  5  UNDERSTAND IT, THIS --

15:55  6         **THE COURT:**  I'M LISTENING, SIR.  I'M JUST WRITING AND

15:55  7  LISTENING.

15:55  8  **BY MR. O'DONNELL:**

15:55  9  **Q.**   THIS SKETCH IS AN ATTEMPT TO ILLUSTRATE YOUR CONCLUSIONS

15:55  10 ON THE DIFFERENCES BETWEEN SCENARIO 1, KATRINA AS IS; AND A

15:55  11 MITIGATED OR NEUTRAL MRGO, SCENARIO 2C?

15:55  12 **A.**   THAT'S CORRECT.

15:55  13 **Q.**   AS THE STORM PROGRESSES ACROSS THE TERRAIN?

15:55  14 **A.**   CORRECT.

15:55  15 **Q.**   COULD YOU BRIEFLY DESCRIBE THE TOP ONE, THE WIDTH OF MRGO,

15:55  16 AND THE BOTTOM ONE WITH A MITIGATED MRGO.

15:55  17 **A.**   WELL, THE TOP ONE IS A CARTOON OF THE REALITIES OF

15:55  18 HURRICANE KATRINA, OR SO-CALLED SCENARIO 1.  WE DEGRADED THE

15:56  19 EBSB ELEVATIONS WITH THE CHANNEL.  WE HAVE DEGRADED THE

15:56  20 FRONTING VEGETATION WITH THE CHANNEL.  WE DEGRADED THE SURFACE

15:56  21 VEGETATION WITH THE CHANNEL.

15:56  22         EARLY BREACHING ENSUES, FOLLOWED BY THE SURGE,

15:56  23 EXPLOITATION, AND OVERTOPPING THAT FILLS IN APPROXIMATELY TWO

15:56  24 HOURS THE 40 ARPENT POLDER, OVERTOPPING ON THE 40 ARPENT LEVEE,

15:56  25 THEN FLUSHING THE REMAINING HIGH INCOMING SURGE WATERS INTO

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:56 | 1 | CHALMETTE. |
| 15:56 | 2 | **Q.**   WHAT'S THE BOTTOM SLIDE ILLUSTRATING? |
| 15:56 | 3 | **A.**   THE BOTTOM SLIDE IS SUMMARIZING ILLUSTRATING THE OUTCOME |
| 15:56 | 4 | FROM OUR ANALYSES OF SCENARIO 2C, WHERE THE FLOOD PROTECTION |
| 15:57 | 5 | STRUCTURES ARE AT THEIR INTACT ELEVATIONS, APPROXIMATELY 17 1/2 |
| 15:57 | 6 | FEET.  WE'VE HAVE GOT THE NATURAL DEFENDING FRONTING WETLANDS |
| 15:57 | 7 | ACTING TO DECREASE THE INCOMING STORM WAVES. |
| 15:57 | 8 |          AT THIS TIME WE ARE FACED WITH AN INTACT SYSTEM |
| 15:57 | 9 | SUBJECTED TO THE OVERTOPPING; FOR EXAMPLE, 18-FEET PEAK SURGE |
| 15:57 | 10 | VERSUS 17 1/2-FEET LEVEE CREST.  THE WATER FLOWS OVER, FILLS |
| 15:57 | 11 | THE 40 ARPENT POLDER, AND WE HAVE NO FLOODING IN CHALMETTE. |
| 15:57 | 12 | **Q.**   THE CENTRAL WETLANDS UNIT IS THE REGION IN THE LOWER SLIDE |
| 15:57 | 13 | CALLED "OVERTOPPED FLOODWATER"? |
| 15:57 | 14 | **A.**   THAT'S CORRECT. |
| 15:57 | 15 | **Q.**   IT DOESN'T FILL UP? |
| 15:57 | 16 | **A.**   THAT'S CORRECT. |
| 15:57 | 17 | **Q.**   IT DOESN'T OVERTAKE THE 40 ARPENT CANAL? |
| 15:58 | 18 | **A.**   THAT'S CORRECT. |
| 15:58 | 19 | **Q.**   NOW, I NOTICE THERE'S A DOTTED LINE WHERE THE MRGO WOULD |
| 15:58 | 20 | HAVE BEEN IN THIS PICTURE? |
| 15:58 | 21 | **A.**   THAT'S CORRECT. |
| 15:58 | 22 | **Q.**   NOW, IS IT YOUR OPINION, SIR, THAT, IF YOU HAD NATURAL |
| 15:58 | 23 | WETLANDS BETWEEN LAKE BORGNE AND MRGO -- CORRECT? |
| 15:58 | 24 | **A.**   CORRECT. |
| 15:58 | 25 | **Q.**   AND YOU HAVE THE MRGO AT 650 FEET, AND THEN YOU HAVE |

| | | |
|---|---|---|
| 15:58 | 1 | VEGETATION THAT EXISTS BETWEEN THE MRGO SOUTH CHANNEL AND THE |
| 15:58 | 2 | STRUCTURE -- RIGHT? |
| 15:58 | 3 | **A.**   CORRECT. |
| 15:58 | 4 | **Q.**   WHICH IS EFFECTIVELY ABSENT FROM SCENARIO 3; CORRECT? |
| 15:58 | 5 | **A.**   CORRECT. |
| 15:58 | 6 | **Q.**   ALL RIGHT.  IF YOU HAVE THAT SITUATION, WOULD YOU EVEN |
| 15:58 | 7 | HAVE OVERTOPPING? |
| 15:58 | 8 | **A.**   SOME. |
| 15:58 | 9 | **Q.**   WELL, THAT SOME WOULD THEN BE ABSORBED BY WHAT? |
| 15:58 | 10 | **A.**   THE POLDER BETWEEN REACH 2 AND THE 40 ARPENT LEVEE. |
| 15:58 | 11 | **Q.**   AND CHALMETTE AND LOWER NINTH WARD WOULD BE SPARED? |
| 15:58 | 12 | **A.**   CORRECT. |
| 15:58 | 13 | **Q.**   NOW, FOR HIS HONOR'S PURPOSES ON SCENARIO 3, I HOPE WE |
| 15:58 | 14 | MADE AN IMPORTANT DISTINCTION.  SCENARIO 3 DOESN'T REALLY HAVE |
| 15:59 | 15 | ROOM FOR THE VEGETATIVE BUFFER BETWEEN THE CHANNEL AND THE |
| 15:59 | 16 | BERM? |
| 15:59 | 17 | **A.**   THAT'S CORRECT. |
| 15:59 | 18 | **Q.**   EXPLAIN WHY. |
| 15:59 | 19 | **A.**   IT'S BECAUSE THE COARSENESS OF THE GRID UTILIZED BY THE |
| 15:59 | 20 | DUTCH MODELING TEAM, AS TESTIFIED TO BY DR. VRIJLING, WAS TOO |
| 15:59 | 21 | COARSE TO HAVE CAPTURED THAT LOCAL BATHYMETRIC VEGETATION |
| 15:59 | 22 | EFFECT. |
| 15:59 | 23 | **Q.**   SO IF SOMEONE WERE TO SAY TO YOU SCENARIO 3 IS MRGO AS |
| 15:59 | 24 | AUTHORIZED, IT DOESN'T HAVE ONE IMPORTANT VARIABLE, DOES IT? |
| 15:59 | 25 | **A.**   RIGHT. |

| | | |
|---|---|---|
| 15:59 | 1 | **Q.**   THE VEGETATION? |
| 15:59 | 2 | **A.**   RIGHT. |
| 15:59 | 3 | **Q.**   WHICH YOU, IN YOUR OPINION, HAVE SHOWN US FOR A HALF AN |
| 15:59 | 4 | HOUR HAS A DRAMATIC EFFECT; RIGHT? |
| 15:59 | 5 | **A.**   CORRECT. |
| 15:59 | 6 | **Q.**   SO IS 2C, THEN, THE BEST REPLICATION, IN YOUR OPINION, |
| 15:59 | 7 | WITH A SET OF CONDITIONS WHERE THE MRGO DOES NO HARM? |
| 15:59 | 8 | **A.**   CORRECT. |
| 15:59 | 9 | **Q.**   BECAUSE IT'S BEEN MITIGATED? |
| 15:59 | 10 | **A.**   CORRECT. |
| 15:59 | 11 | **Q.**   BECAUSE IT HAS SALTWATER NOT COMING IN? |
| 15:59 | 12 | **A.**   CORRECT. |
| 15:59 | 13 | **Q.**   IT HAS VEGETATION THRIVING ON BOTH SIDES OF THE CHANNEL? |
| 15:59 | 14 | **A.**   CORRECT. |
| 16:00 | 15 | **Q.**   IT HAS GRASS ON THE CHANNEL? |
| 16:00 | 16 | **A.**   CORRECT. |
| 16:00 | 17 | **Q.**   IT HAS A SURGE BARRIER AT THE IHNC? |
| 16:00 | 18 | **A.**   CORRECT. |
| 16:00 | 19 | **Q.**   AND YOU THINK THAT'S WHAT THE CORPS SHOULD HAVE DONE? |
| 16:00 | 20 | **A.**   CORRECT. |
| 16:00 | 21 | **Q.**   IF IT HAD DONE IT, WOULD WE HAVE HAD THE CATASTROPHE WE |
| 16:00 | 22 | HAD? |
| 16:00 | 23 | **A.**   NO. |
| 16:00 | 24 | **MR. O'DONNELL:**   I HOPE IN MY MODEST WAY I HAVE TRIED |
| 16:00 | 25 | TO EXPLAIN WHY WE THINK WHAT WE THINK ABOUT SCENARIO 3. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:00 | 1 | LET'S WRAP UP.  LET'S GO TO SLIDE 42.  MY |
| 16:00 | 2 | COLLEAGUES ARE PANTING OVER THERE THINKING, WELL, IF THE |
| 16:00 | 3 | ENGLISH MAJOR COULD HAVE EVER GOTTEN THAT POINT ACROSS TO YOU, |
| 16:00 | 4 | YOUR HONOR, AND HOPEFULLY I HAVE. |
| 16:00 | 5 | BY MR. O'DONNELL: |
| 16:00 | 6 | Q.   SIR, WHAT'S YOUR CONCLUSION ABOUT THE LOWER NINTH WARD? |
| 16:00 | 7 | A.   THE ADVERSE EFFECTS OF THE MRGO WERE PRIMARY FACTORS IN |
| 16:00 | 8 | THE CAUSATION OF THE CATASTROPHIC FLOODING. |
| 16:00 | 9 | Q.   I'M GOING TO GO INTO THAT A LITTLE BIT MORE IN A MOMENT. |
| 16:00 | 10 | AS TO REACH 1/GIWW? |
| 16:00 | 11 | A.   WITHOUT THE MULTIPLE ADVERSE EFFECTS OF THE MRGO, THERE |
| 16:00 | 12 | WOULD NOT HAVE BEEN CATASTROPHIC FLOODING OF THE NEW ORLEANS |
| 16:00 | 13 | EAST POLDER. |
| 16:01 | 14 | THE COURT:  LET ME ASK ABOUT THAT, MR. O'DONNELL. |
| 16:01 | 15 | ON THE NEW ORLEANS EAST POLDER, I'M TRYING TO |
| 16:01 | 16 | UNDERSTAND, AND I DON'T WANT TO GET INTO THE LEGAL THEORY. |
| 16:01 | 17 | BASICALLY, WHAT CAUSED NEW ORLEANS EAST TO FLOOD?  WE ARE |
| 16:01 | 18 | TALKING ABOUT NEW ORLEANS EAST HERE. |
| 16:01 | 19 | THE WITNESS:  YES. |
| 16:01 | 20 | THE COURT:  WHAT CAUSED IT TO FLOOD?  WAS IT THE |
| 16:01 | 21 | VOLUME OF WATER THAT OVERTOPPED THE LEVEES?  WAS IT THE |
| 16:01 | 22 | BREACHES?  WAS IT A COMBINATION? |
| 16:01 | 23 | THE WITNESS:  IT'S A COMBINATION, AND I'LL REFER TO |
| 16:01 | 24 | KATRINA TO START THE PICTURE CONTRAST. |
| 16:01 | 25 | THE EARLIEST BREACHES, FROM WHAT WE ARE ABLE TO |

FINAL DAILY COPY

1218

16:01  1  TELL, SHOW UP HERE IN THE NEW ORLEANS EAST BACK LEVEE, TO THE

16:02  2  EAST OF PUMP STATION 15, SO THAT'S BREACHING.

16:02  3          THERE'S ALSO A BREACH AT THE CSX RAILROAD

16:02  4  CROSSING INTERFACE WITH THE EARTHEN FLOOD PROTECTION STRUCTURE.

16:02  5  SO THAT'S JUST A LITTLE BIT HERE TO THE NORTH.  SO WATER IS

16:02  6  COMING IN THROUGH THERE.

16:02  7          WE BEGIN TO GET OVERTOPPING, A MINOR BREACH AT

16:02  8  THE AIR PRODUCTS PLANT; CONTINUED TO GET OVERTOPPING; A FEW

16:02  9  MINOR BREACHES PROPAGATE UP THE INDUSTRIAL CANAL.  WE DO HAVE A

16:02  10 BREACH BEHIND THE NEW ORLEANS AIRPORT, WITH THE WATER COMING

16:02  11 OVER THE LAKE PONTCHARTRAIN FRONTING LEVEES BREACHED AT A

16:02  12 CONCRETE WALL INTERSECTION.  THE WATER FLOWED INTO A LOW SPOT

16:03  13 OF AN UNDERPASS AND FLOODED NEW ORLEANS EAST FROM THAT

16:03  14 DIRECTION.  SO OUR PRIMARY CONTRIBUTIONS ARE OVERTOPPING

16:03  15 ACCOMPANIED WITH THIS MINOR BREACHING.

16:03  16         AS PROFESSOR VRIJLING POINTED OUT, THE BREACHING

16:03  17 HAPPENING BACK HERE IS FIRST FLOODING OR FILLING THIS ARMORING

16:03  18 POLDER LIKE A COMPARTMENT IN A SHIP, AND WE'VE GOT TO FILL THAT

16:03  19 AND OVERTOP IT BEFORE WE START PROPAGATING WATER TO ROBINSON.

16:03  20     **THE COURT:**  MY NEXT QUESTION IS:  HAD THERE BEEN NO

16:03  21 BREACHING, WOULD THERE HAVE BEEN SUBSTANTIAL FLOODING IN ALL OR

16:03  22 PART OF THE NEW ORLEANS EAST POLDER, INHABITED PORTION OF THAT

16:03  23 POLDER?

16:03  24     **THE WITNESS:**  THE FLOODING STUDIES THAT PROFESSOR

16:03  25 VRIJLING AND HIS COLLEAGUES PRODUCED SAY THE FLOODING IN

FINAL DAILY COPY

```
16:03    1   NEW ORLEANS EAST POLDER, IN THAT CASE, WOULD HAVE BEEN MINOR.
16:04    2           THE COURT:  WELL, IT HASN'T BEEN CLEAR TO ME.  ARE
16:04    3   YOU SAYING THAT THE BREACHES -- IS IT YOUR OPINION THAT THE
16:04    4   BREACHES WERE CAUSED -- THAT WITHOUT THE MRGO, THERE WOULD HAVE
16:04    5   BEEN NO BREACHES?  OR WOULD ANY OF THE BREACHES HAVE NOT
16:04    6   OCCURRED WITHOUT THE MRGO, IF THE MRGO NEVER WAS BUILT?
16:04    7           MR. O'DONNELL:  IT MIGHT DEPEND ON WHICH STRETCH
16:04    8   YOU'RE REFERRING TO, YOUR HONOR.
16:04    9           THE COURT:  THAT'S WHAT I'M SAYING.  I'M REAL CLEAR
16:04   10   ON ST. BERNARD AND THE LOWER NINTH WARD.  I'M NOT REAL CLEAR ON
16:04   11   NEW ORLEANS EAST.
16:04   12           MR. O'DONNELL:  MAY I DIRECT HIS ATTENTION,
16:04   13   YOUR HONOR, TO THE CITRUS BACK LEVEE SECTION?
16:04   14           THE COURT:  SURE.
09:59   15   BY MR. O'DONNELL:
16:04   16   Q.  DR. BEA, ON THE CITRUS BACK LEVEE, THERE WAS OVERTOPPING;
16:05   17   RIGHT?
16:05   18   A.  THAT'S CORRECT.
16:05   19   Q.  BECAUSE OF THE MRGO FUNNEL, YOU SAID IT WAS 2 TO 3 HOURS
16:05   20   EARLIER; RIGHT?
16:05   21   A.  AND APPROXIMATELY 2 FEET HIGHER.
16:05   22   Q.  HIGHER.  IS IT YOUR OPINION THAT --
16:05   23           THE COURT:  I GUESS I'M A LITTLE CONFUSED WITH THE
16:05   24   MODELING BECAUSE, AGAIN, I GO BACK TO SCENARIO 3.  IT LOOKED
16:05   25   LIKE EVEN IF THERE WERE NO MRGO -- ACCORDING TO THE MODELS THAT
```

| | | |
|---|---|---|
| 16:05 | 1 | I REMEMBER, EVEN IF THERE WERE NO MRGO, THE -- AND WITH THE |
| 16:05 | 2 | MRGO AS AUTHORIZED, THE HEIGHT SEEMED ABOUT THE SAME. |
| 16:05 | 3 | **MR. O'DONNELL:**  I THINK IT'S THE SOURCE WE MAY BE |
| 16:05 | 4 | FOCUSING ON, YOUR HONOR.  EXCUSE ME. |
| 16:05 | 5 | **THE COURT:**  I'M SURE YOU WILL BRIEF ALL OF THIS.  I |
| 16:05 | 6 | JUST WANT TO GET IT CLEAR BECAUSE NEW ORLEANS EAST IS A LOT |
| 16:05 | 7 | FUZZIER FOR ME. |
| 16:06 | 8 | **MR. O'DONNELL:**  ALL RIGHT, YOUR HONOR.  I THINK WE |
| 16:06 | 9 | HAVE THE ANSWER FROM THE DELFT REPORT.  LET'S TURN TO PX-105, |
| 16:06 | 10 | PAGE 39.  105, PAGE 39. |
| 16:06 | 11 | **BY MR. O'DONNELL:** |
| 16:06 | 12 | **Q.**   YOU'RE FAMILIAR WITH THIS CHART, ARE YOU NOT, SIR? |
| 16:06 | 13 | **A.**   YES. |
| 16:06 | 14 | **Q.**   IN THE LITTLE BOOK HERE, YOU PREPARED SLIDES 4 THROUGH 8 |
| 16:06 | 15 | FOR THE COURT BASED ON THIS, IN PART; CORRECT? |
| 16:06 | 16 | **A.**   TOTALLY ON THIS. |
| 16:06 | 17 | **MR. O'DONNELL:**  SO I THINK THIS WILL HELP THE COURT |
| 16:06 | 18 | WITH THESE QUESTIONS. |
| 16:06 | 19 | **THE COURT:**  I'VE LOOKED AT THIS.  I'M INTERESTED IN |
| 16:07 | 20 | SEEING IT EMPHASIZED AGAIN. |
| 23:59 | 21 | **BY MR. O'DONNELL:** |
| 16:07 | 22 | **Q.**   SIR, IN YOUR ANALYSIS, THE NEW ORLEANS EAST BACK LEVEE, DO |
| 16:07 | 23 | YOU SEE THAT?  THERE WAS WAVE AND SURGE BREACHING, THE MAIN |
| 16:07 | 24 | POINT OF ENTRY OF FLOODWATER INTO NEW ORLEANS EAST POLDER; |
| 16:07 | 25 | CORRECT? |

16:07   1   **A.**   THAT'S KATRINA CONDITION SCENARIO 1.

16:07   2   **Q.**   THAT'S WHAT WE BELIEVE HAPPENED; CORRECT?

16:07   3   **A.**   RIGHT.

16:07   4          **THE COURT:**  I SEE 2C THERE.  I UNDERSTAND THAT.  I'M

16:07   5   INTERESTED IN WATER LEVELS, WHERE THE WATER LEVELS -- DO YOU

16:07   6   RECALL, DR. BEA, IF THE WATER LEVELS FROM THE -- IF YOU DON'T

16:07   7   RECALL, THAT'S FINE.  THE WATER LEVELS AT THE VARIOUS POINTS IN

16:07   8   THE HYDROGRAPHS PROVIDED BY DR. VRIJLING -- IF I'M PRONOUNCING

16:07   9   IT RIGHT, PROFESSOR VRIJLING -- IF THEY WERE ANY DIFFERENT OR

16:07   10  SUBSTANTIALLY DIFFERENT OR SIGNIFICANTLY DIFFERENT BETWEEN

16:07   11  SCENARIO 1, REAL KATRINA; AND SCENARIO 3, MRGO AS AUTHORIZED?

16:07   12         **THE WITNESS:**  I DON'T RECALL.

16:07   13         **MR. O'DONNELL:**  I THINK WE CAN IN TERMS OF --

16:08   14         **THE COURT:**  YOU CAN BRIEF THAT IF HE DOESN'T RECALL

16:08   15  HIS INFORMATION, BUT IF YOU WANT TO ASK HIM A QUESTION.

16:08   16         **MR. O'DONNELL:**  DR. KEMP WILL BE HERE NEXT WEEK, AND

16:08   17  HE WILL BE INTERPRETING WATER LEVELS.

16:08   18  **BY MR. O'DONNELL:**

16:08   19  **Q.**   YES, DR. BEA.

16:08   20  **A.**   THE ANSWER TO YOUR QUESTION, JUDGE, IS CONTAINED IN MY

16:08   21  JULY EXPERT REPORT, DECLARATION 3, WHICH ADDRESSES THE KATRINA

16:08   22  NEUTRAL CONDITIONS.  IN THERE I SUMMARIZE THE INPUT HYDROGRAPHS

16:08   23  FROM THE DUTCH TEAM.

16:08   24         **THE COURT:**  RIGHT.  I UNDERSTAND THE KATRINA NEUTRAL

16:08   25  CONDITIONS.  I UNDERSTAND THAT.

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
| 16:08 | 1  | **THE WITNESS:**  IT ALSO SHOWS THE SCENARIO 3, AS I |
| 16:08 | 2  | RECALL. |
| 16:08 | 3  | **THE COURT:**  IT DOES.  I THINK ONE OF THEM. |
| 16:59 | 4  | **BY MR. O'DONNELL:** |
| 16:08 | 5  | **Q.**  CAN WE GO TO PX-74.  DO YOU KNOW WHAT PAGE IT'S ON? |
| 16:09 | 6  | **A.**  NO, I DON'T.  TOO MANY PAGES. |
| 16:09 | 7  | **THE COURT:**  THAT'S ALL RIGHT.  WE HAVE A LONG |
| 16:09 | 8  | CROSS-EXAMINATION AND YOU'LL HAVE REDIRECT. |
| 16:09 | 9  | **BY MR. O'DONNELL:** |
| 16:09 | 10 | **Q.**  LET'S GO BACK JUST FOR A MOMENT TO PX-105, PAGE 39.  THE |
| 16:09 | 11 | NEW ORLEANS EAST BACK LEVEE UNDER SCENARIO 1 HAD A MAXIMUM |
| 16:09 | 12 | SURGE OF 17 FEET; CORRECT? |
| 16:09 | 13 | **A.**  CORRECT. |
| 16:09 | 14 | **Q.**  KATRINA MITIGATED, 2C, WAS 16 FEET; RIGHT? |
| 16:09 | 15 | **THE COURT:**  I'VE GOT THOSE. |
| 16:09 | 16 | **THE WITNESS:**  HE'S GOT THAT. |
| 16:09 | 17 | **THE COURT:**  I UNDERSTAND THAT, BUT I WAS INTERESTED |
| 16:09 | 18 | IN -- |
| 16:09 | 19 | **THE WITNESS:**  3. |
| 16:09 | 20 | **THE COURT:**  YES, WITH WHAT ACTUALLY HAPPENED.  I |
| 16:09 | 21 | MEAN, NOT WHAT ACTUALLY -- THE RECONSTRUCTION OF WHAT ACTUALLY |
| 16:09 | 22 | HAPPENED WOULD HAVE HAPPENED HAD MRGO NOT BEEN WIDENED AND |
| 16:09 | 23 | DEGRADED ITSELF. |
| 16:09 | 24 | **MR. O'DONNELL:**  I THINK THAT DR. KEMP CAN INTERPRET |
| 16:09 | 25 | THAT FOR YOU, AND HE WILL, YOUR HONOR. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:10 | 1 | **THE COURT:**  ALL RIGHT. |
| 16:10 | 2 | BY MR. O'DONNELL: |
| 16:10 | 3 | **Q.**   LET'S GO TO SLIDE 45 -- WELL, BACK TO 44 FOR A MOMENT |
| 16:10 | 4 | BECAUSE WE WENT OFF THIS.  IS THIS YOUR CONCLUSION ON REACH 2, |
| 16:10 | 5 | SIR? |
| 16:10 | 6 | **A.**   YES, IT IS.  WITHOUT THE MULTIPLE ADVERSE EFFECTS OF THE |
| 16:10 | 7 | MRGO, THERE WOULD NOT HAVE BEEN CATASTROPHIC FLOODING OF THE |
| 16:10 | 8 | ST. BERNARD POLDER. |
| 16:10 | 9 | **Q.**   I'M NOW GOING TO ASK YOU, FOR THE COURT, TO SUMMARIZE, AS |
| 16:10 | 10 | TO THE IHNC REACH 1 AND REACH 2 IMPACTS OF THE MRGO, THE POINTS |
| 16:10 | 11 | OF AGREEMENT BETWEEN YOU AND THE DEFENSE EXPERTS AND WHERE |
| 16:10 | 12 | THERE'S A DISAGREEMENT. |
| 16:10 | 13 | LET'S GO TO 45.  WE ARE GOING TO GO TO THE IHNC. |
| 16:10 | 14 | **A.**   THE POINTS OF AGREEMENT ARE -- WE HAD 3 TO 3.5 FEET HIGHER |
| 16:10 | 15 | WATER LEVELS, SURGE.  BOTH SIDES AGREE WITH THAT. |
| 16:10 | 16 | INCREASED HYDRODYNAMIC PRESSURE ACTING ON THE FLOOD |
| 16:11 | 17 | WALLS, BOTH SIDES AGREE. |
| 16:11 | 18 | 2 TO 3 ADDITIONAL HOURS OF HIGH WATER, BOTH SIDES |
| 16:11 | 19 | AGREE. |
| 16:11 | 20 | SUBTERRANEAN ATTACK OF HYDRAULIC UPLIFT AND SEA BEACH |
| 16:11 | 21 | ACTING AT THE NORTH AND SOUTH BREACHES, THE SIDES DIFFER. |
| 16:11 | 22 | **THE COURT:**  SPEAKING OF THAT, DR. BEA, TO THE EXTENT |
| 16:11 | 23 | YOU RECALL, IT'S THE COURT'S UNDERSTANDING OF YOUR TESTIMONY |
| 16:11 | 24 | THAT THE NORTH AND SOUTH BREACHES CONTRIBUTED TO THE EXTENT OF |
| 16:11 | 25 | THE FLOODING BUT NOT DRAMATICALLY.  AM I CORRECT ABOUT THAT? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:11 | 1 | **THE WITNESS:**  IT DEPENDS ON HOW CLOSE YOU WERE TO THE |
| 16:11 | 2 | BREACHING. |
| 16:11 | 3 | **THE COURT:**  RIGHT.  THAT'S A VERY GOOD ANSWER.  A |
| 16:11 | 4 | VERY GOOD ANSWER. |
| 16:11 | 5 | **MR. O'DONNELL:**  WE HAVE ALL SEEN THE HOUSES. |
| 16:11 | 6 | **THE COURT:**  A VERY GOOD ANSWER.  AS TO THE ENTIRE |
| 16:11 | 7 | POLDER, WE'LL CALL IT. |
| 16:11 | 8 | **THE WITNESS:**  CORRECT. |
| 16:11 | 9 | **THE COURT:**  CERTAINLY, I UNDERSTAND IF YOU WERE RIGHT |
| 16:11 | 10 | THERE, IT WAS DEFINITELY NOT GOOD. |
| 16:11 | 11 | **BY MR. O'DONNELL:** |
| 16:11 | 12 | **Q.**  IS IT YOUR UNDERSTANDING FROM THE HYDROGRAPHS THAT THE |
| 16:12 | 13 | PREDOMINANT SOURCE OF FLOODING IS FROM REACH 2 THROUGH |
| 16:12 | 14 | ST. BERNARD INTO THE LOWER NINTH WARD? |
| 16:12 | 15 | **THE COURT:**  THAT WAS THE QUESTION. |
| 16:12 | 16 | **THE WITNESS:**  YES. |
| 16:12 | 17 | **BY MR. O'DONNELL:** |
| 16:12 | 18 | **Q.**  SOME 88 PERCENT, 90 PERCENT, DEPENDING ON THE EXPERT. |
| 16:12 | 19 | **A.**  YES. |
| 16:12 | 20 | **Q.**  OKAY.  LET'S JUST GO BRIEFLY TO THE -- THIS IS YOUR EBIA. |
| 16:12 | 21 | THEY DID EXCAVATIONS BETWEEN THE CHANNEL AND THE -- |
| 16:12 | 22 | **THE COURT:**  DO THE EXPERTS AGREE ON THAT, THE |
| 16:12 | 23 | STATEMENT YOU JUST MADE, THE 88 TO 90 PERCENT? |
| 16:12 | 24 | **MR. O'DONNELL:**  YES. |
| 16:12 | 25 | **THE COURT:**  ALL OF THE EXPERTS? |

| | | |
|---|---|---|
| 16:12 | 1 | **THE WITNESS:**  IT'S PRETTY GOOD. |
| 16:12 | 2 | **MR. O'DONNELL:**  WELL, WE'LL SHOW IT TO YOU ON MONDAY |
| 16:12 | 3 | OR TUESDAY, BUT I DON'T THINK THERE'S A SIGNIFICANT |
| 16:12 | 4 | DISAGREEMENT.  THAT'S THE STIPULATION I'M LOOKING FOR. |
| 16:12 | 5 | **THE COURT:**  EXACTLY.  YOU'RE WORKING ON IT. |
| 16:12 | 6 | **MR. O'DONNELL:**  WE ARE GOING TO WORK AT IT. |
| 23:59 | 7 | **BY MR. O'DONNELL:** |
| 16:12 | 8 | **Q.**   JUST BRIEFLY, IT IS YOUR CONCLUSION FROM YOUR STUDY THAT |
| 16:12 | 9 | THERE WAS A PHENOMENON THAT WENT ON AT THE IHNC SIDE THAT YOUR |
| 16:12 | 10 | COLLEAGUES FOR THE GOVERNMENT DON'T AGREE WITH; CORRECT?  THE |
| 16:12 | 11 | EBIA EXCAVATION? |
| 16:12 | 12 | **A.**   THEY HAVEN'T ADDRESSED IT. |
| 16:12 | 13 | **Q.**   I'LL GET TO THAT IN A MOMENT.  OKAY? |
| 16:13 | 14 | **THE COURT:**  WE ARE GOING TO HAVE AN OBJECTION. |
| 16:13 | 15 | **MR. STONE:**  THE EBIA IS NOT PART OF THE CASE. |
| 16:13 | 16 | **THE COURT:**  THIS IS TRUE.  IN THE MOTION IN LIMINE, I |
| 16:13 | 17 | DID STRUGGLE WITH IT, I MUST SAY, IN THE MOTION IN LIMINE, AS |
| 16:13 | 18 | TO HOW TO DEAL WITH IT.  I GUESS IF SOMEONE CAN SHOW NOT WHAT |
| 16:13 | 19 | CAUSED THE EBIA TO FAIL BUT THE EBIA, TO THE EXTENT IT |
| 16:13 | 20 | CONTRIBUTED TO THE FLOODING, I'VE GOT TO LOOK AT IT, IT SEEMS, |
| 16:13 | 21 | TO SOME DEGREE.  HOW DO I IGNORE IT COMPLETELY IN THIS CASE, I |
| 16:13 | 22 | GUESS IS WHAT I'M WONDERING. |
| 16:13 | 23 | **MR. STONE:**  DR. BEA HAS BEEN DEPOSED TWICE, AND IN |
| 16:13 | 24 | BOTH INSTANCES HE SAID THAT, EITHER UNDER SCENARIO 1 OR |
| 16:13 | 25 | SCENARIO 2C, THE EAST WALLS OF THE IHNC WOULD HAVE FAILED, AND |

FINAL DAILY COPY

1226

| | | |
|---|---|---|
| 16:13 | 1 | THAT'S NOT A MRGO ISSUE.  IF YOU TAKE THE MRGO OUT AND THE WALL |
| 16:13 | 2 | STILL FAILS, THEN IT'S NOT A PART OF THIS -- |
| 16:13 | 3 | **THE COURT:**  SO YOU'RE SAYING IT'S IRRELEVANT BECAUSE |
| 16:13 | 4 | OF HIS PREVIOUS TESTIMONY IN DEPOSITION -- |
| 16:14 | 5 | **MR. STONE:**  YES, SIR. |
| 16:14 | 6 | **THE COURT:**  -- THAT IT WOULD HAVE FAILED EVEN IF THE |
| 16:14 | 7 | MRGO WOULD HAVE NEVER BEEN CONSTRUCTED? |
| 16:14 | 8 | **MR. STONE:**  YES, SIR. |
| 16:14 | 9 | **BY MR. O'DONNELL:** |
| 16:14 | 10 | **Q.**  IS THAT, IN FACT, YOUR TESTIMONY, DR. BEA? |
| 16:14 | 11 | **A.**  IT IS. |
| 16:14 | 12 | **Q.**  NOW, LET ME ASK THIS.  IF THERE STILL HAD BEEN NO -- EBIA |
| 16:14 | 13 | DIDN'T HAPPEN.  FOR LEGAL PURPOSES, IT DOESN'T EXIST.  OKAY? |
| 16:14 | 14 | **A.**  OKAY. |
| 16:14 | 15 | **Q.**  IT'S GONE. |
| 16:14 | 16 | **A.**  GOT IT. |
| 16:14 | 17 | **Q.**  IT'S NOT A FACTOR. |
| 16:14 | 18 | **A.**  GOT IT. |
| 16:14 | 19 | **THE COURT:**  FROM HIS OBJECTION STANDPOINT, IF IT |
| 16:14 | 20 | WOULDN'T HAVE HAPPENED -- IF IT WOULD HAVE HAPPENED -- IF IT |
| 16:14 | 21 | WOULD HAVE HAPPENED ANYHOW, THE MRGO DOESN'T SEEM TO HAVE, AT |
| 16:14 | 22 | LEAST AS TO THOSE FLOOD WALLS -- I'M WONDERING WHAT THE |
| 16:14 | 23 | RELEVANCE IS. |
| 16:14 | 24 | **MR. O'DONNELL:**  WELL, I'M GOING TO ASK HIM A |
| 16:14 | 25 | QUESTION.  OKAY? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:14 | 1 | **THE COURT:** ALL RIGHT. |
| 16:14 | 2 | BY MR. O'DONNELL: |
| 16:14 | 3 | **Q.** YOU AND THE EXPERTS IDENTIFIED THREE MRGO IMPACTS THAT ARE |
| 16:14 | 4 | ON THE BOARD; CORRECT? |
| 16:14 | 5 | **A.** THAT'S CORRECT. |
| 16:14 | 6 | **Q.** IF WE TOOK SUBTERRANEAN ATTACK OUT, LET ME ASK YOU THIS: |
| 16:14 | 7 | WITHOUT THE SUBTERRANEAN ATTACK, ARE THE THREE OTHER MRGO |
| 16:14 | 8 | IMPACTS STILL A SUBSTANTIAL FACTOR IN THE DEMISE OF THOSE NORTH |
| 16:15 | 9 | AND SOUTH BREACHES? |
| 16:15 | 10 | **MR. STONE:** YOU KNOW, YOUR HONOR, MY OBJECTION HERE |
| 16:15 | 11 | IS, IF HE IS GOING TO CHANGE HIS TESTIMONY -- HE ADMITTED TO |
| 16:15 | 12 | YOU THAT HE HAS ALREADY DROPPED THAT FROM THE ALLEGATIONS. IF |
| 16:15 | 13 | HE IS GOING TO CHANGE HIS TESTIMONY ON THAT, THAT'S |
| 16:15 | 14 | OBJECTIONABLE AND IT SHOULDN'T BE ALLOWED. |
| 16:15 | 15 | **MR. O'DONNELL:** I OBJECT TO COUNSEL CHARACTERIZING |
| 16:15 | 16 | WHAT MY CLIENT'S OPINION IS. IN FACT, I BRIEFED THIS AND |
| 16:15 | 17 | SHOWED YOU. YOU DIDN'T GET A COMPLETE QUOTE FROM THE |
| 16:15 | 18 | TRANSCRIPT ONCE. I DON'T HAVE IT COMMITTED TO MEMORY, OKAY, |
| 16:15 | 19 | BUT -- |
| 16:15 | 20 | **THE COURT:** WELL, HE SAID THAT IS HIS OPINION RIGHT |
| 16:15 | 21 | HERE IN COURT, AS I UNDERSTAND IT -- LET ME MAKE IT CLEAR -- |
| 16:15 | 22 | THAT THE FLOOD WALLS AT THE IHNC WOULD HAVE FAILED REGARDLESS |
| 16:15 | 23 | OF THE MRGO. THAT'S MY UNDERSTANDING OF WHAT HE SAID. |
| 16:15 | 24 | **MR. O'DONNELL:** BUT DID THE MRGO ADVERSE IMPACTS PLAY |
| 16:15 | 25 | ANY ROLE IN THAT IS THE QUESTION. |

| | | |
|---|---|---|
| 16:15 | 1 | **BY MR. O'DONNELL:** |
| 16:15 | 2 | **Q.** THAT'S A DIFFERENT QUESTION, ISN'T IT, DR. BEA? |
| 16:15 | 3 | **A.** IT IS. |
| 16:15 | 4 | **MR. O'DONNELL:** I THINK I'M ENTITLED, AT LEAST, TO |
| 16:15 | 5 | GET THE ANSWER FOR THE RECORD. |
| 16:15 | 6 | **THE COURT:** YOU CAN GET IT FOR THE RECORD SUBJECT TO |
| 16:16 | 7 | THE OBJECTION, BUT -- IT'S GETTING METAPHYSICAL TO ME, BUT GO |
| 16:16 | 8 | AHEAD. IN OTHER WORDS, IF IT WOULD HAVE HAPPENED ANYHOW, EVEN |
| 16:16 | 9 | IF IT WOULD HAVE HAPPENED QUICKER, DOES IT MAKE ANY DIFFERENCE? |
| 16:16 | 10 | I DON'T KNOW. |
| 16:16 | 11 | **MR. O'DONNELL:** WELL, I THINK THE LAW OF CAUSATION, |
| 16:16 | 12 | WHETHER IT'S LOUISIANA OR ANYWHERE, IS SOMEWHAT METAPHYSICAL |
| 16:16 | 13 | WHEN WE ARE TRYING TO PARSE OUT SUBSTANTIAL -- |
| 16:16 | 14 | **THE COURT:** I'LL LET YOU GET IT INTO THE RECORD, |
| 16:16 | 15 | UNDERSTANDING THE COURT'S RESERVATIONS. |
| 16:16 | 16 | **MR. O'DONNELL:** I UNDERSTAND YOUR RESERVATIONS, |
| 16:16 | 17 | YOUR HONOR. |
| 23:59 | 18 | **BY MR. O'DONNELL:** |
| 16:16 | 19 | **Q.** SIR, WERE THE THREE OTHER IMPACTS HERE -- THE 3 AND 3 |
| 16:16 | 20 | 1/2-FEET HIGHER WATER, THE INCREASED HYDRODYNAMIC PRESSURE ON |
| 16:16 | 21 | FLOOD WALLS, AND THE TWO TO THREE ADDITIONAL HOURS OF HIGH |
| 16:16 | 22 | WATER -- FACTORS THAT LED TO THE DEMISE OF THE FLOOD WALLS ON |
| 16:16 | 23 | THE NORTH AND SOUTH BREACH EVEN IF THEY WEREN'T THE DOMINANT |
| 16:16 | 24 | FACTORS? |
| 16:16 | 25 | **A.** CORRECT. |

| | | |
|---|---|---|
| 16:16 | 1 | **Q.**   EXPLAIN THAT FOR THE COURT, PLEASE. |
| 16:16 | 2 | **A.**   THE TIME OF FAILURE FOR THE NORTH BREACH APPROXIMATELY |
| 16:16 | 3 | INITIATES AT 4:00 A.M.  FOR THE KATRINA SURGE CONDITION, THE |
| 16:16 | 4 | WATER LEVEL IS 9 FEET.  FOR THE KATRINA NEUTRAL CONDITION, THE |
| 16:17 | 5 | WATER LEVEL IS 5 FEET.  THE DIFFERENCE IS 4 FEET OF WATER.  IF |
| 16:17 | 6 | YOU COUNT THE TIME FROM THE INITIATION OF THE NORTH BREACH TO |
| 16:17 | 7 | THE TIME WATER LEVELS REACH 6 FEET, IT'S NINE HOURS FOR KATRINA |
| 16:17 | 8 | AND FIVE HOURS FOR KATRINA NEUTRAL. |
| 16:17 | 9 | **Q.**   SO IF YOU HAVE A FOUR-HOUR DIFFERENTIAL, IS THAT PLAYING A |
| 16:17 | 10 | ROLE, AT LEAST AS TO THE EXTENT OF FLOODING AS OPPOSED TO THE |
| 16:17 | 11 | CAUSE OF THE FLOODING? |
| 16:17 | 12 | **A.**   IT IS. |
| 16:17 | 13 | **Q.**   A DISTINCTION I THINK WE ARE ABLE TO MAKE IN THIS CASE. |
| 16:17 | 14 | **THE COURT:**  AS A BRIEFING NOTE, WHEN THIS IS BRIEFED, |
| 16:17 | 15 | THE IHNC, THE COURT IS INTERESTED, TO THE EXTENT THAT IT'S IN |
| 16:17 | 16 | THE RECORD, AS TO HOW MUCH FLOODING OCCURRED AS A RESULT OF |
| 16:17 | 17 | REACH 2, FOR SHORTHAND, IN THIS AREA, AND HOW MUCH IT WAS |
| 16:18 | 18 | EXACERBATED BY THE IHNC NORTH AND SOUTH BREACHES. |
| 16:18 | 19 | **MR. O'DONNELL:**  YOU THINK THAT -- |
| 16:18 | 20 | **THE COURT:**  THEN, WITHIN THAT, HOW MUCH THIS TIME |
| 16:18 | 21 | INTERVAL HAD WITH THE AMOUNT OF WATER, ETC. |
| 16:18 | 22 | **MR. O'DONNELL:**  IF THERE ARE TWO CONCURRENT CAUSES |
| 16:18 | 23 | ACTING UPON THE SAME PLACE, IF THAT'S THE FACTUAL RECORD, THEN |
| 16:18 | 24 | THE LAW OF LOUISIANA SHOULD ANSWER THE QUESTION. |
| 16:18 | 25 | **THE COURT:**  WE'LL FIGURE OUT THE LAW, BUT I'M |

| | | |
|---|---|---|
| 16:18 | 1 | INTERESTED IN THE FACTS AND THEN THE LAW; IN OTHER WORDS, HOW |
| 16:18 | 2 | MUCH WATER CAME INTO THIS AREA OF THE NINTH WARD, ETC., FROM |
| 16:18 | 3 | REACH 2, HOW MUCH WAS ADDED TO IT BY THESE BREACHES, AND THEN |
| 16:18 | 4 | ANY TIME INTERVAL YOU WANT.  THEN YOU CAN CERTAINLY ARGUE THE |
| 16:19 | 5 | LAW OF CAUSATION. |
| 16:19 | 6 | **MR. O'DONNELL:**  BUT RIGHT NOW I'M SLICING AND DICING |
| 16:19 | 7 | THE NORTH AND SOUTH BREACH TO SEE IF THERE MIGHT BE MULTIPLE |
| 16:19 | 8 | FACTORS THAT CONTRIBUTE TO IT.  EVEN THOUGH IT WOULD HAVE |
| 16:19 | 9 | OCCURRED WITHOUT THE MRGO, I'M TALKING ABOUT THE SEVERITY OF |
| 16:19 | 10 | FLOODING, WHICH GOES TO YOUR QUESTION. |
| 16:19 | 11 | **THE COURT:**  I UNDERSTAND, AND I'M ASKING YOU TO BRIEF |
| 16:19 | 12 | THAT WITH THE FACTS IN THE RECORD. |
| 16:19 | 13 | **MR. O'DONNELL:**  MAY I JUST COMPLETE MY RECORD ON |
| 16:19 | 14 | THIS? |
| 16:19 | 15 | **THE COURT:**  YOU MAY. |
| 16:19 | 16 | **MR. O'DONNELL:**  THANK YOU.  BUT WE'RE ALL ON THE SAME |
| 16:19 | 17 | PAGE. |
| 16:19 | 18 | **BY MR. O'DONNELL:** |
| 16:19 | 19 | **Q.**  AS TO THE NORTH BREACH, YOU SAID THERE'S A 4-FOOT |
| 16:19 | 20 | DIFFERENCE? |
| 16:19 | 21 | **A.**  CORRECT. |
| 16:19 | 22 | **Q.**  AND MORE WATER IS MORE HYDRODYNAMIC PRESSURE ON A FLOOD |
| 16:19 | 23 | WALL? |
| 16:19 | 24 | **A.**  CORRECT.  AT THE TIME OF FAILURE. |
| 16:19 | 25 | **Q.**  THAT'S A PRESSURE THAT CAUSES EARLIER FAILURE OF SOMETHING |

16:19    1    THAT WAS GOING TO FAIL ANYWAY?

16:19    2    **A.**    CORRECT.

16:19    3    **Q.**    IF IT FAILS EARLIER, AS WE SAW EARLIER IN THE CYCLE,

16:19    4    THERE'S MORE WATER FLOWING IN; RIGHT?

16:19    5    **A.**    CORRECT.

16:19    6    **Q.**    SO IF THERE HAD BEEN NO MRGO ADVERSE EFFECT, ALL RIGHT,

16:19    7    AND THE I-WALL WOULD HAVE FALLEN DOWN ANYWAY JUST BECAUSE

16:19    8    THERE'S MORE WATER FROM THE HURRICANE, WHAT YOU'RE SAYING IS

16:19    9    MRGO DOES CONTRIBUTE TO THE EXTENT OF FLOODING BECAUSE IT

16:20    10   INITIATES OR PROPAGATES THE FAILURE FOUR HOURS EARLIER?

16:20    11              **MR. STONE:**  OBJECTION, YOUR HONOR.  THAT IS

16:20    12   METAPHYSICAL BECAUSE IF A PLAT TELLS US THAT, WITH OR WITHOUT

16:20    13   THE MRGO, IT WOULD HAVE FAILED, HOW DO YOU PARSE WITHOUT MRGO?

16:20    14              **THE COURT:**  WELL, CERTAINLY, I CAN'T.  IF THE EXPERT

16:20    15   CAN, HE CAN CERTAINLY GIVE HIS ANSWER IF THE VOLUME OF WATER IS

16:20    16   LESS OR MORE.

16:20    17   **BY MR. O'DONNELL:**

16:20    18   **Q.**    IS THAT THE BOTTOM LINE, THERE'S LESS WATER?

16:20    19   **A.**    IT DEPENDS ON HOW YOU NEUTRALIZE THE MRGO.  IF YOU

16:20    20   NEUTRALIZE THE MRGO BY PUTTING A GATE AT THE MRGO AND THE GIWW,

16:20    21   SUCH AS WE ARE PRESENTLY DOING, YOU HAVE NO WATER LEVEL

16:20    22   INCREASE IN THE IHNC, YOU HAVE NO FAILURES AT THE LOWER NINTH

16:20    23   WARD.

16:20    24   **Q.**    LET'S EXPLORE THAT.  I MISSED THAT DETAIL.  I'M SORRY.  SO

16:20    25   A TRUE NEUTRAL MRGO, A MITIGATED MRGO, IN YOUR VIEW, STOPS THE

16:21    1   FUNNEL SURGE; RIGHT?

16:21    2   **A.**    CORRECT.

16:21    3   **Q.**    IF YOU DON'T HAVE FUNNEL SURGE, IT'S YOUR OPINION THAT THE

16:21    4   NORTH AND SOUTH BREACHES WOULD NOT HAVE OCCURRED?

16:21    5   **A.**    THEY COULDN'T HAVE.

16:21    6   **Q.**    BECAUSE?

16:21    7   **A.**    THERE'S NO HIGH WATER TO PUSH THOSE WALLS OVER.

16:21    8   **Q.**    SO THAT'S YOUR OPINION, THAT A TRUE MITIGATED MRGO DOESN'T

16:21    9   CAUSE THE TWO I-WALLS ON THE NORTH AND SOUTH TO FAIL?

16:21   10   **A.**    THAT'S CORRECT.

16:21   11   **Q.**    DOESN'T CONTRIBUTE TO ANY OF THE CATASTROPHIC FLOODING?

16:21   12   **A.**    THAT'S CORRECT.

16:21   13   **Q.**    UNDER THAT SCENARIO, THE ONLY SOURCE OF FLOODING AGREED

16:21   14   UPON BY ALL EXPERTS IN THIS CASE WOULD BE FROM REACH 2, WHERE

16:21   15   IT FLOWS INTO ST. BERNARD AND INTO THE LOWER NINTH?

16:21   16   **A.**    THAT'S CORRECT.

16:21   17         **THE COURT:**  THE IDEA IS, IF THE CORPS WOULD HAVE

16:21   18   CONSTRUCTED THIS EARLIER, IT MIGHT HAVE BEEN PREVENTED, THIS

16:21   19   SURGE BARRIER WE ARE TALKING ABOUT?

16:21   20         **MR. O'DONNELL:**  IN MY CLUMSY FASHION, I GUESS I

16:22   21   STUMBLED INTO WHAT I WAS TRYING TO INJECT --

16:22   22         **THE COURT:**  I'M SURE WE WILL HAVE AN ARGUMENT ABOUT

16:22   23   THAT WHEN WE GO AHEAD AND DO THE CORPS DEFENSES ABOUT

16:22   24   DISCRETIONARY FUNCTION, BUT I UNDERSTAND.

        25

| | | |
|---|---|---|
| 16:22 | 1 | **BY MR. O'DONNELL:** |
| 16:22 | 2 | **Q.**   BUT THE CORPS GIVES US A HALF A FOOT -- |
| 16:22 | 3 | **THE COURT:**  IT'S A NEGLIGENCE ISSUE THERE. |
| 23:59 | 4 | **BY MR. O'DONNELL:** |
| 16:22 | 5 | **Q.**   THE CORPS GIVES US A HALF A FOOT MORE WITH A NEUTRAL MRGO |
| 16:22 | 6 | THAN WE GIVE OURSELVES; RIGHT? |
| 16:22 | 7 | **A.**   RIGHT. |
| 16:22 | 8 | **Q.**   QUICKLY, LET'S GO TO NEW ORLEANS EAST AND THE MRGO |
| 16:22 | 9 | IMPACTS.  ALL THREE OF THESE ARE AGREED BY THE GOVERNMENT; |
| 16:22 | 10 | CORRECT? |
| 16:22 | 11 | **A.**   THAT'S CORRECT. |
| 16:22 | 12 | **Q.**   IS IT NOT A FACT -- IMPORTANT FOR THE COURT -- THAT NONE |
| 16:22 | 13 | OF THE DEFENSE EXPERTS HAVE FILED ANY EXPERT REPORTS THAT |
| 16:22 | 14 | EXPLAIN THE FLOODING IN NEW ORLEANS EAST?  IS THAT CORRECT? |
| 16:22 | 15 | **A.**   THAT'S CORRECT. |
| 16:22 | 16 | **THE COURT:**  WE HAVE AN OBJECTION OR A COMMENT OR |
| 16:22 | 17 | SOMETHING. |
| 16:22 | 18 | **MR. STONE:**  YES, YOUR HONOR.  I OBJECT TO THE WITNESS |
| 16:22 | 19 | CATEGORIZING WHAT THE GOVERNMENT AGREES TO IN THIS CASE.  HE |
| 16:22 | 20 | DOESN'T SPEAK FOR THE UNITED STATES. |
| 16:22 | 21 | **THE COURT:**  HE CAN SAY HE HAS REVIEWED THE EXPERT |
| 16:22 | 22 | REPORTS AND HAS SEEN NO CAUSATION OPINION ON NEW ORLEANS EAST. |
| 16:22 | 23 | **BY MR. O'DONNELL:** |
| 16:22 | 24 | **Q.**   THAT'S WHAT I'M ASKING.  IS THAT TRUE? |
| 16:23 | 25 | **A.**   THAT'S TRUE. |

FINAL DAILY COPY

16:23   1   **Q.**   YOU READ THEM ALL?

16:23   2   **A.**   YES.

16:23   3   **Q.**   SO ARE THESE THREE POINTS WE ARE GOING TO TICK OFF ON THE

16:23   4   IMPACT OF THE MRGO --

16:23   5          **MR. STONE:**  IT'S THE SAME OBJECTION, YOUR HONOR.

16:23   6   WHETHER HE SEES IT IN THE REPORT OR NOT, IF IT'S BEEN

16:23   7   DISCOUNTED BY SOMEONE, THERE'S -- THERE'S MORE TO THIS THAN

16:23   8   JUST WHAT DR. BEA HAS --

16:23   9          **THE COURT:**  I'M SURE THERE IS.  WHEN YOU PUT ON YOUR

16:23   10  CASE, I AM SURE I WILL SEE THAT.

16:23   11  **BY MR. O'DONNELL:**

16:23   12  **Q.**   WELL, LET'S GO THROUGH IT.  OKAY?  AT LEAST AS TO WHAT YOU

16:23   13  THINK.  TWO FEET HIGHER WATER LEVEL IF THE MRGO IS MITIGATED?

16:23   14  **A.**   CORRECT.

16:23   15  **Q.**   OR WITHOUT IT BEING MITIGATED; RIGHT?

16:23   16  **A.**   CORRECT.

16:23   17  **Q.**   OKAY.  AND ZERO --

16:23   18  **A.**   ZERO IF YOU MITIGATE IT WITH GATES.

16:23   19  **Q.**   ZERO; RIGHT?

16:23   20  **A.**   RIGHT.

16:23   21  **Q.**   BECAUSE THE SAME WATER THAT HITS THE IHNC HAS TO FIRST GO

16:23   22  THROUGH THE GIWW/REACH 1; RIGHT?

16:23   23  **A.**   RIGHT.

16:23   24  **Q.**   HOW ABOUT HOURS OF HIGH WATER, DURATION OF FLOODING?

16:23   25  **A.**   TWO TO THREE HOURS.

| | | |
|---|---|---|
| 16:23 | 1 | **Q.**   THAT, YOU EXPLAINED, MAKES A DIFFERENCE.  THE BATHTUB GETS |
| 16:24 | 2 | TURNED OFF EARLIER -- |
| 16:24 | 3 | **A.**   CORRECT. |
| 16:24 | 4 | **Q.**   -- OR GETS TURNED ON LATER, WHICHEVER. |
| 16:24 | 5 | **A.**   CORRECT. |
| 16:24 | 6 | **Q.**   FINALLY, THE FLOODING OF THE POPULATED AREA CAME FROM |
| 16:24 | 7 | OVERTOPPING OF CITRUS BACK LEVEE; IS THAT YOUR CONCLUSION? |
| 16:24 | 8 | **A.**   CORRECT. |
| 16:24 | 9 | **MR. O'DONNELL:**  WE'LL SHOW THE COURT HYDROGRAPHS NEXT |
| 16:24 | 10 | WEEK THAT SHOULD CONFIRM THAT.  OKAY? |
| 16:24 | 11 | **THE COURT:**  I'VE SEEN SOME OF THOSE. |
| 16:24 | 12 | **BY MR. O'DONNELL:** |
| 16:24 | 13 | **Q.**   FINALLY, REACH 2, MRGO IMPACTS, WOULD YOU JUST TAKE THE |
| 16:24 | 14 | COURT BRIEFLY THROUGH THAT. |
| 16:24 | 15 | **A.**   WELL, NO. 1 ON THE HIT PARADE, SALTWATER KILLED THE |
| 16:24 | 16 | PROTECTIVE VEGETATION.  CERTAINLY, MR. GAGLIANO'S TESTIMONY |
| 16:24 | 17 | POINTS OUT THE PAINFULNESS OF THAT MURDER. |
| 16:24 | 18 | LATERAL DISPLACEMENT CAUSED APPROXIMATELY 25 PERCENT |
| 16:24 | 19 | OF LOSS IN PROTECTIVE CREST HEIGHTS OF THE FLOOD PROTECTION |
| 16:24 | 20 | STRUCTURE, AS MUCH AS 5 FEET. |
| 16:24 | 21 | **Q.**   LET ME JUST STOP YOU THERE.  EVEN WITH A 33,000 WHATEVER |
| 16:24 | 22 | FOOT WIDE CHANNEL, RIGHT, AND EVEN IF THERE WAS NO VEGETATION |
| 16:25 | 23 | BETWEEN THE CHANNEL AND THE BERM -- WHICH YOU THINK AND |
| 16:25 | 24 | DR. GAGLIANO THINKS THERE SHOULD HAVE BEEN; RIGHT? |
| 16:25 | 25 | **A.**   YES. |

16:25  1  **Q.**   IF THE ONLY THING WE COULD HAVE KEPT PRESERVED AND HAD NO

16:25  2  LATERAL DISPLACEMENT WAS 5-FOOT HIGHER CROWN ELEVATIONS, WOULD

16:25  3  WE BE HERE TODAY, AT LEAST AS TO CHALMETTE AND LOWER NINTH

16:25  4  WARD?

16:25  5  **A.**   PLEASE REPEAT YOUR QUESTION.

16:25  6  **Q.**   THE POINT IS:   IF WE HAD 5 FEET MORE ELEVATION OF THE

16:25  7  CROWNS AS THEY ACTUALLY EXISTED AT KATRINA ALONG REACH 2 --

16:25  8  **A.**   RIGHT.

16:25  9  **Q.**   -- BUT WE DIDN'T HAVE ANY OF THE OTHER THINGS THAT WE

16:25  10  THINK WE SHOULD HAVE HAD, YOU KNOW, A NARROWER CHANNEL AND

16:25  11  VEGETATION, OKAY, IF WE JUST HAD OUR 5 MORE FEET, WOULD THAT

16:25  12  HAVE MADE A DIFFERENCE BETWEEN CATASTROPHE AND NONCATASTROPHE?

16:25  13  **A.**   YES.

16:25  14  **Q.**   JUST THAT ONE THING?

16:25  15  **A.**   YES.

16:25  16  **Q.**   FINALLY, WHAT'S YOUR LAST IMPACT OF THE MRGO?

16:25  17  **A.**   THE WIDE AND DEEP CHANNEL SURGES, A WAVE REGENERATION

16:25  18  BASIN, BOTH SIDES AGREE.

16:26  19  **Q.**   LET'S GO TO SLIDE 48.  WE HAVE HAD A LOT OF TESTIMONY FOR

16:26  20  THE COURT, DR. GAGLIANO.  I THINK PERHAPS DR. FITZGERALD, AS

16:26  21  WELL AS DR. DAY, HAVE TALKED ABOUT THESE FEASIBLE MITIGATION

16:26  22  MEASURES.  YOU UNDERSTAND SLIDE 48, WHAT THEY ARE; CORRECT,

16:26  23  SIR?

16:26  24  **A.**   THAT'S CORRECT.

16:26  25  **Q.**   DO YOU, AS WELL, BELIEVE THAT THESE WERE FEASIBLE

| | | |
|---|---|---|
| 16:26 | 1 | MITIGATION MEASURES -- |
| 16:26 | 2 | **A.**   INDEED. |
| 16:26 | 3 | **Q.**   -- THAT THE CORPS COULD HAVE DONE DECADES BEFORE KATRINA? |
| 16:26 | 4 | **A.**   CORRECT. |
| 16:26 | 5 | **Q.**   IN A TIMELY FASHION TO HAVE THEM EFFECTIVE IN PREVENTING |
| 16:26 | 6 | KATRINA? |
| 16:26 | 7 | **A.**   CORRECT. |
| 16:26 | 8 | **Q.**   NOW, ONE OF THE GOVERNMENT EXPERTS IN THIS CASE IS |
| 16:26 | 9 | MR. MOSHER; CORRECT? |
| 16:26 | 10 | **A.**   CORRECT. |
| 16:26 | 11 | **Q.**   HE HAS A CRITIQUE OF YOU, I BELIEVE? |
| 16:26 | 12 | **A.**   YES. |
| 16:26 | 13 | **Q.**   IN JUST 25 WORDS OR LESS, TELL US WHAT IT IS, AND WE ARE |
| 16:26 | 14 | GOING TO LET YOU RESPOND TO IT. |
| 16:26 | 15 | **A.**   DR. MOSHER CRITIQUES WORK THAT I HAVE DONE CONCERNING THE |
| 16:26 | 16 | PERMEABILITY, HYDRAULIC CONDUCTIVITY OF THE MARSH LAYERS OF |
| 16:27 | 17 | SOILS AT THE LOWER NINTH WARD INNER HARBOR NAVIGATIONAL CANAL. |
| 16:27 | 18 | HE ALSO DISAGREES WITH OUR EVALUATION OF THE FAILURE MECHANISM |
| 16:27 | 19 | EFFECTIVE IN THE DUPRE STRUCTURE WING-WALL EARTH STRUCTURE |
| 16:27 | 20 | FAILURE. |
| 16:27 | 21 | **Q.**   NOW, DOES HE BASE HIS CRITICISM OF YOU IN PART ON A |
| 16:27 | 22 | PHOTOGRAPH? |
| 16:27 | 23 | **A.**   YES, HE DOES. |
| 16:27 | 24 | **Q.**   LET'S LOOK AT SLIDE 50, PX-84, PAGE 93 [*SIC*].  TELL US |
| 16:27 | 25 | ABOUT THE PHOTO IN THE UPPER LEFT AND THE SUPPORT THAT |

| | | |
|---|---|---|
| 16:27 | 1 | MR. MOSHER BELIEVES IT GIVES HIM IN CRITICIZING YOU, AND THEN I |
| 16:27 | 2 | WILL ASK YOU SOME MORE -- |
| 16:27 | 3 | **MR. STONE:**  IT'S DR. MOSHER. |
| 16:27 | 4 | **MR. O'DONNELL:**  OH, FORGIVE ME.  DR. MOSHER. |
| 16:28 | 5 | **THE COURT:**  EVERYBODY HASN'T BEEN UNIFORM IN CALLING |
| 16:28 | 6 | DOCTORS "DOCTORS" IN THIS WHOLE CASE, SO YOU ARE NOT THE FIRST. |
| 16:28 | 7 | **MR. O'DONNELL:**  IT HELPS YOU GET A BETTER RESERVATION |
| 16:28 | 8 | IN A RESTAURANT, YOUR HONOR. |
| 23:59 | 9 | BY MR. O'DONNELL: |
| 16:28 | 10 | Q.   DR. BEA, TELL US ABOUT THE PHOTO IN THE UPPER LEFT CORNER. |
| 16:28 | 11 | A.   THE PHOTO IN THE UPPER LEFT CORNER IS TAKEN FROM |
| 16:28 | 12 | DR. MOSHER'S EXPERT REPORT DATED JANUARY -- PARDON ME, |
| 16:28 | 13 | DECEMBER 19, 2008.  IT SHOWS THE SEVERELY BREACHED STRUCTURE |
| 16:28 | 14 | WING-WALL PANEL MISSING, THE VERY LARGE EROSION FEATURE TO THE |
| 16:28 | 15 | LEFT OF THE PHOTOGRAPH.  HE CONCLUDES THAT THIS IS INDICATIVE |
| 16:28 | 16 | OF THE SEVERE EROSIVE BREACHING OF THAT AREA DUE TO HURRICANE |
| 16:28 | 17 | KATRINA. |
| 16:28 | 18 | Q.   HOW DOES HE USE THAT TO COUNTER-DISTINGUISH OR |
| 16:28 | 19 | DIFFERENTIATE OR CRITIQUE YOUR CONCLUSION ABOUT EROSION BEFORE |
| 16:29 | 20 | OVERTOPPING, OVERTOPPING, AND EROSION AFTER OVERTOPPING? |
| 16:29 | 21 | A.   WELL, HE DISAGREES WITH OUR EVALUATION OF DEVELOPMENT OF |
| 16:29 | 22 | THE FAILURE AT THIS LOCATION BASED ON THAT PHOTOGRAPH, AND THE |
| 16:29 | 23 | QUOTATION FROM HIS REPORT WAS ON THE PREVIOUS SLIDE. |
| 16:29 | 24 | Q.   IS, IN FACT, FIGURE 51 THE PHOTO THAT DR. MOSHER USED AS A |
| 16:29 | 25 | BASIS OF YOUR CRITIQUE, INDEED, A PHOTO OF THE BAYOU DUPRE |

| | | |
|---|---|---|
| 16:29 | 1 | STRUCTURE AFTER KATRINA, OR IS IT A PHOTO OF THIS STRUCTURE AT |
| 16:29 | 2 | SOME OTHER POINT IN TIME? |
| 16:29 | 3 | **A.**   IT'S A PHOTO OF THAT STRUCTURE AT ANOTHER POINT IN TIME. |
| 16:29 | 4 | **Q.**   THAT POINT IN TIME BEING WHEN? |
| 16:29 | 5 | **A.**   AFTER HURRICANE RITA, SEPTEMBER 24, 25. |
| 16:29 | 6 | **Q.**   2000 -- |
| 16:29 | 7 | **A.**   -- AND 5. |
| 16:29 | 8 | **Q.**   THAT'S THE HURRICANE THAT CAME AFTER KATRINA? |
| 16:29 | 9 | **A.**   THAT'S CORRECT. |
| 16:29 | 10 | **Q.**   ARE YOU FORTUNATE ENOUGH TO HAVE A PHOTOGRAPH OF WHAT THIS |
| 16:29 | 11 | STRUCTURE LOOKED LIKE AFTER KATRINA BUT BEFORE RITA? |
| 16:30 | 12 | **A.**   YES, I DO. |
| 16:30 | 13 | **THE COURT:**  IS THIS WHAT THE EXPERT REPORTS ALL REFER |
| 16:30 | 14 | TO AS A TRANSITION? |
| 16:30 | 15 | **MR. O'DONNELL:**  IT IS, YOUR HONOR. |
| 16:30 | 16 | **BY MR. O'DONNELL:** |
| 16:30 | 17 | **Q.**   EXPLAIN TRANSITION WHERE YOU HAVE A CHANNEL AND A BAYOU. |
| 16:30 | 18 | **A.**   THE TRANSACTION IS BETWEEN A HARD STRUCTURE, CONCRETE; AND |
| 16:30 | 19 | A SOFT STRUCTURE, DIRT. |
| 16:30 | 20 | **Q.**   THAT ALLOWS BOATS TO GO BACK AND FORTH? |
| 16:30 | 21 | **A.**   YES. |
| 16:30 | 22 | **Q.**   IT'S A GATE THAT OPENS AND CLOSES? |
| 16:30 | 23 | **A.**   YES.  IT'S A NAVIGATION WATER CONTROL. |
| 16:30 | 24 | **Q.**   SO FISHERMEN AND BOATERS STILL USE THE TWO BAYOUS, DUPRE |
| 16:30 | 25 | AND BIENVENUE? |

| | | |
|---|---|---|
| 16:30 | 1 | **A.**   YES.  LOTS OF TROUT. |
| 16:30 | 2 | **Q.**   SO THIS IS AN IMPORTANT STRUCTURE IN TERMS OF FLOOD |
| 16:30 | 3 | CONTROL; RIGHT? |
| 16:30 | 4 | **A.**   CORRECT. |
| 16:30 | 5 | **Q.**   BECAUSE WATER CAN ENTER THROUGH THERE INTO THE POPULATED |
| 16:30 | 6 | AREAS? |
| 16:30 | 7 | **A.**   CORRECT. |
| 16:30 | 8 | **Q.**   TELL US WHAT THE PHOTO ON THE LOWER RIGHT IS. |
| 16:30 | 9 | **A.**   THE PHOTO ON THE LOWER RIGHT WAS BROUGHT TO MY ATTENTION |
| 16:30 | 10 | BY A COLLEAGUE.  THE PHOTOGRAPH IS TAKEN THE MORNING AFTER |
| 16:30 | 11 | HURRICANE KATRINA, BEFORE HURRICANE RITA.  IT'S AN |
| 16:31 | 12 | ENVIRONMENTAL PROTECTION AGENCY PHOTOGRAPH THAT SHOWS A VERY |
| 16:31 | 13 | NARROW EROSION FEATURE IMMEDIATELY BETWEEN THE CONCRETE |
| 16:31 | 14 | WING-WALL AND THE SOFT EARTHEN STRUCTURE, BUT THERE'S A CHANNEL |
| 16:31 | 15 | THAT PARALLELS THE WING-WALL, GOES DOWN TO THE MAIN CHANNEL AT |
| 16:31 | 16 | DUPRE, SWINGS OUTWARD.  NOTE, ALSO, THAT THE MISSING CONCRETE |
| 16:31 | 17 | PANEL SHOWN BY DR. MOSHER IS NOT MISSING. |
| 16:31 | 18 | **Q.**   SO THIS SUGGESTS TO YOU THAT, INDEED, YOUR CONCLUSION IS |
| 16:31 | 19 | CORRECT THAT THERE WAS AN OVERTOPPING HERE? |
| 16:31 | 20 | **A.**   THAT IS CORRECT. |
| 16:31 | 21 | **Q.**   NOT BREACHING? |
| 16:31 | 22 | **A.**   THAT'S CORRECT. |
| 16:31 | 23 | **Q.**   A COUPLE MORE QUESTIONS.  I THINK THIS HAS BEEN COVERED, |
| 16:31 | 24 | BUT HAVE YOU NOTICED THAT THERE WERE LPV STRUCTURES THAT DID |
| 16:31 | 25 | NOT FAIL IN KATRINA? |

| | | |
|---|---|---|
| 16:31 | 1 | **A.**   YES. |
| 16:32 | 2 | **Q.**   IS THERE A COMMONALITY -- LET'S PICK THE 40 ARPENT CANAL |
| 16:32 | 3 | LEVEE.  DID THAT OVERTOP? |
| 16:32 | 4 | **A.**   SERIOUSLY. |
| 16:32 | 5 | **THE COURT:**  NOW, AN LPV STRUCTURE REGARDING -- THE |
| 16:32 | 6 | 40 ARPENT CANAL IS AN LPV STRUCTURE? |
| 16:32 | 7 | **MR. O'DONNELL:**  NO.  I'M GOING TO CONTRAST THAT IT'S |
| 16:32 | 8 | NOT. |
| 16:32 | 9 | **BY MR. O'DONNELL:** |
| 16:32 | 10 | **Q.**   IT'S A STATE LEVEE; RIGHT? |
| 16:32 | 11 | **A.**   THAT'S CORRECT. |
| 16:32 | 12 | **Q.**   BUT IT WAS DESIGNED YEARS AGO -- I THINK BEFORE THE LPV -- |
| 16:32 | 13 | TO PROVIDE SOME FLOOD PROTECTION TO CHALMETTE; CORRECT? |
| 16:32 | 14 | **A.**   VERY DEFINITELY. |
| 16:32 | 15 | **Q.**   OKAY.  SO LET'S FIRST START WITH THAT, THAT LEVEE, 40 |
| 16:32 | 16 | ARPENT; CORRECT? |
| 16:32 | 17 | **A.**   CORRECT. |
| 16:32 | 18 | **Q.**   OVERTOPPED? |
| 16:32 | 19 | **A.**   CORRECT. |
| 16:32 | 20 | **Q.**   YOU SAID SERIOUSLY? |
| 16:32 | 21 | **A.**   CORRECT. |
| 16:32 | 22 | **Q.**   BUT IT DIDN'T FAIL; RIGHT? |
| 16:32 | 23 | **A.**   THAT'S CORRECT.  NO BREACH. |
| 16:32 | 24 | **Q.**   OVERTOPPED BY 3 FEET? |
| 16:32 | 25 | **A.**   UP TO 4 1/2 FEET ESTIMATED. |

1242

| 16:32 | 1 | **Q.**   DID IT HAVE ANY WAVES THAT IT FRONTED OR ATTACKED IT? |
|---|---|---|
| 16:32 | 2 | **A.**   NONE. |
| 16:32 | 3 | **Q.**   DID IT HAVE GRASS PLANTED ON THE STRUCTURE? |
| 16:32 | 4 | **A.**   YES. |
| 16:32 | 5 | **Q.**   NOW, LET'S GO TO AN LPV STRUCTURE. |
| 16:32 | 6 | **MR. O'DONNELL:**  CAN WE PUT THE SLIDE UP ON THE SYSTEM |
| 16:33 | 7 | AGAIN.  I THINK IT'S 9.  LET'S GO TO 10.  THANK YOU CARL. |
| 16:33 | 8 | **BY MR. O'DONNELL:** |
| 16:33 | 9 | **Q.**   SLIDE 10, THE VIOLET-CHALMETTE EXTENSION RIGHT THERE, HOW |
| 16:33 | 10 | DID THAT FARE? |
| 16:33 | 11 | **A.**   IT DID BEAUTIFULLY. |
| 16:33 | 12 | **Q.**   WAS IT OVERTOPPED? |
| 16:33 | 13 | **A.**   YES. |
| 16:33 | 14 | **Q.**   ANY BREACHES? |
| 16:33 | 15 | **A.**   NO. |
| 16:33 | 16 | **Q.**   DID IT HAVE WAVE ATTACK? |
| 16:33 | 17 | **A.**   NO. |
| 16:33 | 18 | **Q.**   DID IT HAVE PROTECTIVE VEGETATION IN FRONT OF IT? |
| 16:33 | 19 | **A.**   YES. |
| 16:33 | 20 | **Q.**   ARE THERE SIMILARITIES BETWEEN WHAT HAPPENED HERE IN THE |
| 16:33 | 21 | VIOLET-CHALMETTE EXTENSION AND REACH 1? |
| 16:33 | 22 | **A.**   YES. |
| 16:33 | 23 | **Q.**   WHAT IS IT? |
| 16:33 | 24 | **A.**   THE SIMILARITY IS THE SAME ONE THAT I POINTED OUT EARLIER |
| 16:33 | 25 | WHERE, IN THE ABSENCE OF WAVE ACTION, EVEN THOUGH SERIOUSLY |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:33 | 1 | OVERTOPPED, THEY DON'T BREACH. |
| 16:33 | 2 | **Q.**  WHEN THE LPV WAS DESIGNED BY THE CORPS AND CONSTRUCTED |
| 16:34 | 3 | AFTER HURRICANE BETSY, IN YOUR OPINION, WAS IT DESIGNED AS A |
| 16:34 | 4 | BACKWATER FLOOD PROTECTION SYSTEM? |
| 16:34 | 5 | **A.**  YES. |
| 16:34 | 6 | **Q.**  DO YOU BASE THAT IN PART ON CORPS MANUALS THAT WERE USED |
| 16:34 | 7 | THAT YOU'RE FAMILIAR WITH? |
| 16:34 | 8 | **A.**  YES. |
| 16:34 | 9 | **Q.**  WELL, AS THE MRGO MORPHED, MRGO WIDENED FROM 650 FEET TO |
| 16:34 | 10 | 2,500 TO 3,700 FEET? |
| 16:34 | 11 | **A.**  YES. |
| 16:34 | 12 | **Q.**  AS THE PROTECTIVE VEGETATION DISAPPEARED? |
| 16:34 | 13 | **A.**  YES. |
| 16:34 | 14 | **Q.**  AS THE PROTECTIVE CROWN ELEVATION SHRANK BY UP TO 5 FEET? |
| 16:34 | 15 | **A.**  YES. |
| 16:34 | 16 | **Q.**  DID THE SEA COME TO THE LEVEES? |
| 16:34 | 17 | **A.**  YES. |
| 16:34 | 18 | **Q.**  WHAT WAS THE PREDICTABLE AND PREDICTED OUTCOME? |
| 16:34 | 19 | **A.**  BREACHING AND MISERABLE PERFORMANCE. |
| 16:34 | 20 | **MR. O'DONNELL:**  NO FURTHER QUESTIONS.  THANK YOU. |
| 16:34 | 21 | **THE COURT:**  MAY I HAVE A BRIEF CONFERENCE WITH |
| 16:34 | 22 | MR. O'DONNELL AND MR. STONE AND WHOEVER ELSE WANTS TO COME UP. |
| 16:34 | 23 | (WHEREUPON THERE WAS A CONFERENCE AT THE BENCH |
| 16:35 | 24 | OUTSIDE THE PRESENCE OF THE COURT REPORTER.) |
| 16:36 | 25 | **THE COURT:**  WE TALKED WITH COUNSEL.  IT'S BEEN A LONG |

FINAL DAILY COPY

16:36   1   DAY.  I'M SURE DR. BEA WILL BE HAPPY TOO.  HOPEFULLY, HE CAN

16:36   2   HAVE AN INTERREGNUM OF SORTS.  WE WILL COMMENCE AT 9:00 ON

16:36   3   MONDAY FOR CROSS-EXAMINATION OF DR. BEA.

16:36   4               MR. O'DONNELL, THANK YOU FOR A FINE

16:36   5   PRESENTATION.  I THANK THE GOVERNMENT FOR ITS VERY CIRCUMSPECT

16:36   6   OBJECTIONS.

16:36   7               **MR. O'DONNELL:**  I PROMISE YOU I WILL BE BACK,

16:36   8   YOUR HONOR.

16:36   9               **THE COURT:**  ALL RIGHT.  WE LOOK FORWARD TO SEEING

16:36  10   YOU.  EVERYBODY HAVE A NICE WEEKEND.

16:36  11               **MR. O'DONNELL:**  THANK YOU VERY MUCH.

16:36  12               **THE WITNESS:**  YOU TOO.

16:36  13               **THE COURT:**  WE ARE ADJOURNED UNTIL MONDAY AT 9:00.

16:36  14               **THE DEPUTY CLERK:**  ALL RISE.

16:36  15               (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.)

16:36  16                          * * *

16:36  17                      <u>**CERTIFICATE**</u>

16:36  18         I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT
16:36      REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT
16:36  19   OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE
16:36      AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND
16:36  20   UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE
16:36      ABOVE-ENTITLED AND NUMBERED MATTER.
16:36  21
16:36
16:36  22
16:36
16:36  23               <u>S/ TONI DOYLE TUSA</u>
16:36               TONI DOYLE TUSA, CCR, FCRR
16:36  24           OFFICIAL COURT REPORTER
16:36
16:36  25

                        FINAL DAILY COPY

'
'50S [1] 1146/10
'58 [1] 1147/16
'60S [1] 1146/10
'65 [1] 1144/13
'70S [1] 1154/7
'90S [1] 1192/16

.

.04 [2] 1206/9 1206/10

0

0.1 FEET [1] 1195/16
0.2 FEET [1] 1206/5
0.5 [1] 1208/3
06-CV-2268-K [1] 1124/5

1

1.0 [1] 1195/16
1/2 [3] 1187/19 1214/5 1241/25
1/2-FEET [2] 1214/10 1228/20
10 [12] 1144/19 1146/23 1164/13
  1166/12 1167/3 1185/23 1192/13 1196/2
  1198/8 1199/20 1242/7 1242/9
10 PERCENT [2] 1131/25 1206/4
10-TO-1 [1] 1164/16
100 [2] 1164/14 1185/6
1000 [1] 1124/16
10022 [1] 1126/4
101 [1] 1158/15
105 [3] 1220/9 1220/10 1222/10
109 [1] 1158/24
11 [2] 1134/18 1213/4
110 [1] 1160/16
1100 [1] 1125/3
1114 [2] 1229/18 1131/18
114 [1] 1131/9
12 [2] 1135/2 1136/13
12 FEET [1] 1198/8
12-MILE [1] 1138/18
12.5 [3] 1135/8 1136/22 1137/1
12.5 FEET [1] 1137/22
1205 [1] 1125/24
1261 [1] 1125/13
13 [1] 1202/4
13 FEET [1] 1135/2
13 MILES [1] 1136/13
1366 [1] 1125/14
14 [5] 1128/6 1128/9 1128/19 1142/21
  1202/4
140 [1] 1180/23
15 [4] 1129/18 1133/4 1187/2 1218/2
15 PERCENT [1] 1196/2
15.5 [1] 1132/2
15.5 FEET [1] 1133/5
150 FEET [5] 1135/3 1135/12 1138/1
  1138/21 1159/19
1517 [1] 1197/21
1517.2 [1] 1198/4
152 [1] 1132/17
16 [2] 1131/9 1132/5
16 FEET [1] 1222/14
164 [1] 1144/10
167 [1] 1141/14
169 [1] 1149/7
17 [6] 1134/14 1134/20 1134/22 1137/17
  1214/5 1214/10
17 FEET [1] 1222/12
17.5 [2] 1135/5 1137/4
17.5-FOOT [1] 1136/21
171 [1] 1149/7
18 [3] 1137/13 1137/19 1138/15
18 FEET [1] 1133/1 1133/9

18-FEET [1] 1214/9
1811 [1] 1118877
1812.3 [1] 1137/14
19 [4] 1139/4 1161/6 1200/7 1238/13
19.5 FEET [1] 1133/7
194 [1] 1228/9
195 [1] 1192/6
1950 [1] 1207/23
1958 [6] 1146/20 1148/3 1148/9 1149/2
  1149/4 1180/4
1958-1959 [1] 1197/23
1959 [4] 1141/21 1143/20 1157/4
  1197/23
1960 [1] 1150/15
1960S [1] 1144/16
1965 [3] 1144/12 1174/11 1174/12
1966 [1] 1180/6
1967 [3] 1141/15 1141/23 1144/11
1975 [1] 1153/12
1980 [1] 1150/16

2

2,000 [1] 1170/24
2,500 [3] 1159/15 1173/9 1243/10
2-FOOT [1] 1178/18
2.2 [3] 1166/14 1166/23 1207/2
2.2 FEET [5] 1166/7 1166/9 1169/16
  1205/19 1206/3
2.5 [1] 1131/13
2.7 FEET [1] 1160/18
20 [5] 1131/21 1140/21 1141/13 1142/12
  1195/22
20 FEET [2] 1133/4 1137/23
200 FEET [3] 1144/22 1160/1 1193/25
200-FOOT [2] 1196/1 1206/3
200-FOOT-WIDE [1] 1195/20
2000 [1] 1239/6
2001 [3] 1130/2 1130/10 1130/11
20044 [1] 1126/18
2005 [3] 1149/15 1161/25 1198/24
2007 [1] 1141/25
2008 [7] 1150/24 1157/4 1179/13
  1179/16 1180/24 1197/25 1238/13
2009 [3] 1124/7 1128/2 1151/11
21 [1] 1144/10
22 [3] 1145/9 1145/13 1146/5
23 [1] 1146/23
24 [6] 1124/7 1128/2 1148/5 1148/9
  1177/15 1239/5
25 [6] 1137/10 1147/4 1149/7 1178/4
  1237/13 1239/5
25 PERCENT [8] 1129/15 1131/23
  1132/3 1136/18 1137/6 1137/11 1156/2
  1235/18
26 [4] 1157/1 1159/10 1159/10 1197/21
2626 [1] 1125/24
2655 [1] 1125/10
27 [1] 1175/15
28 [1] 1176/21
29 [4] 1161/25 1177/13 1177/15 1178/5
2C [40] 1165/16 1166/6 1166/23 1168/2
  1169/14 1169/16 1169/20 1169/24
  1170/10 1171/12 1172/8 1172/15 1174/5
  1191/7 1191/16 1203/18 1203/22
  1203/23 1203/24 1204/2 1204/17
  1205/18 1205/25 1206/1 1208/23 1209/1
  1209/14 1209/15 1209/21 1211/6 1211/9
  1211/12 1211/18 1211/19 1213/11
  1214/4 1216/6 1221/4 1222/14 1225/25

3

3 FEET [8] 1145/3 1162/4 1182/13
  1183/2 1183/14 1185/1 1187/15 1200/22

3,000 FEET [1] 1186/6
3,500 FEET [1] 1186/6
3,600 [1] 1186/14
3,600 FEET [1] 1186/12
3,700 [2] 1159/15 1173/10
3,700 FEET [3] 1157/7 1170/24 1243/10
3.5 FEET [1] 1223/14
3.8 FEET [1] 1166/24
30 [2] 1178/4 1179/1
30 PERCENT [1] 1195/22
300 [1] 1160/1
31 [2] 1178/24 1178/25
3102 [1] 1125/3
32 [2] 1179/11 1179/12
32,000-ACRE [1] 1189/18
325 [1] 1126/4
33 [1] 1180/22
33,000 [1] 1235/21
34 [1] 1181/17
35 [2] 1187/9 1199/3
36 [3] 1166/11 1166/15 1192/4
3668 [1] 1125/7
37 [1] 1193/6
38 [3] 1156/7 1194/18 1195/6
38 FEET [1] 1155/3
39 [4] 1198/16 1220/10 1220/10 1222/10

4

4 FEET [2] 1133/6 1133/15
4-FOOT [1] 1230/19
40 [10] 1167/4 1169/13 1200/5 1213/24
  1213/24 1214/11 1214/17 1215/10
  1241/2 1241/15
40 ARPENT [2] 1189/19 1241/6
40 PERCENT [1] 1147/13
406 [1] 1126/20
41 [1] 1213/4
42 [1] 1217/1
44 [1] 1223/3
45 [2] 1223/3 1223/13
48 [2] 1236/19 1236/22
4:00 A.M [1] 1229/3

5

5 FEET [2] 1137/22 1229/5
5-A [1] 1147/12
5-FOOT [1] 1236/2
5-G [1] 1147/12
5-TO-1 [1] 1186/3
50 [2] 1185/16 1237/24
50-FOLD [2] 1167/4 1168/15
500 [2] 1125/6 1126/20
500 FEET [2] 1150/12 1159/25
504 [1] 1126/21
51 [1] 1238/24
519 [1] 1125/17
550 [1] 1124/16
556 [1] 1125/6
57TH [1] 1126/4
589-7778 [1] 1126/21
59 [3] 1146/5 1146/23 1148/9

6

6 FEET [5] 1166/4 1166/9 1166/22
  1169/16 1229/7
6-FOOT [2] 1165/24 1165/25
60 [3] 1155/5 1156/7 1185/16
600 [1] 1126/7
600 FEET [3] 1186/6 1186/12 1186/13
601 [1] 1125/10
604 [1] 1126/7
610 [1] 1124/23
618 [1] 1125/20
650 [1] 1210/1

**6**

650 FEET [9]  1157/6 1157/10 1170/24
 1173/9 1173/21 1174/11 1211/1 1214/25
 1243/9
650-FOOT [1]  1186/1
66 [1]  1198/16

**7**

7.5 [1]  1137/11
70 FEET [3]  1155/5 1156/7 1185/16
70113 [2]  1124/20 1124/23
70130 [3]  1125/10 1126/8 1126/21
702C [1]  1160/21
70381 [1]  1125/25
70502 [1]  1125/7
70726 [1]  1125/17
70801 [1]  1125/21
70821 [1]  1125/14
72 [6]  1141/14 1144/10 1149/7 1179/1
 1180/22 1198/16
74 [7]  1132/16 1177/15 1178/4 1193/6
 1194/18 1195/6 1222/5
75 [6]  1145/16 1145/17 1145/18 1145/19
 1181/18 1181/19
75 PERCENT [1]  1129/14
75219 [1]  1125/4
7778 [1]  1126/21
79 [1]  1158/6

**8**

80 [2]  1155/6 1158/6
81 [6]  1164/2 1164/3 1164/4 1184/23
 1185/5 1193/6
82 [3]  1128/10 1192/4 1192/5
83 [4]  1157/1 1157/10 1187/9 1213/4
84 [2]  1200/7 1237/24
855 [1]  1124/19
88 [3]  1133/4 1224/18 1224/23
888 [1]  1126/18
8:00 [1]  1189/21

**9**

9 FEET [10]  1162/6 1163/18 1163/25
 1182/6 1182/24 1183/5 1184/5 1184/11
 1185/3 1229/4
90 [2]  1185/23 1224/18
90 PERCENT [1]  1224/23
90071 [1]  1124/16
93 [1]  1237/24
98.8 [1]  1175/15
9:00 [2]  1189/21 1244/13
9:00 ON [1]  1244/2

**A**

A.M [2]  1189/21 1229/3
ABILITY [2]  1200/20 1244/19
ABLE [13]  1133/14 1133/18 1144/23
 1154/8 1167/15 1172/6 1176/3 1189/15
 1190/1 1196/11 1201/18 1217/25
 1229/13
ABLEST [1]  1146/12
ABOUT [70]  1128/24 1132/6 1132/22
 1133/6 1133/22 1133/22 1133/22
 1134/15 1134/18 1135/8 1136/11
 1136/13 1136/18 1137/22 1138/16
 1140/16 1145/20 1149/10 1149/12
 1153/4 1153/20 1155/13 1155/16
 1160/17 1165/22 1166/23 1167/4 1168/8
 1171/5 1173/7 1173/12 1177/6 1186/8
 1186/21 1187/15 1188/7 1188/16
 1191/18 1191/25 1193/2 1193/24
 1193/25 1196/8 1197/20 1198/8 1201/25
 1202/11 1203/18 1205/3 1206/2 1207/1
 1209/18 1210/23 1210/23 1211/15
 1216/22 1220/1 1221/21 1223/5 1223/9
 1223/25 1230/9 1232/19 1232/22
 1232/23 1234/24 1236/21 1237/25
 1238/10 1238/19
ABOVE [4]  1150/3 1162/24 1196/16
 1244/20
ABOVE-ENTITLED [1]  1244/20
ABSENCE [1]  1242/25
ABSENT [1]  1215/4
ABSOLUTELY [1]  1178/18
ABSORBED [1]  1215/9
ACCELERATED [1]  1141/7
ACCELERATING [1]  1160/5
ACCESS [2]  1168/4 1168/11
ACCOMMODATION [1]  1128/7
ACCOMPANIED [1]  1218/15
ACCOMPLISHED [1]  1154/22
ACCORDING [1]  1219/25
ACCOUNT [1]  1200/11
ACCUMULATED [1]  1137/23
ACHIEVES [1]  1182/5
ACRE [1]  1189/18
ACROSS [7]  1162/9 1176/9 1180/11
 1184/14 1184/15 1213/13 1217/3
ACT [1]  1202/18
ACTING [9]  1140/10 1157/22 1163/11
 1179/8 1179/20 1214/7 1223/16 1223/21
 1229/23
ACTION [4]  1176/2 1176/4 1181/9
 1242/25
ACTS [2]  1157/21 1163/13
ACTUAL [4]  1133/2 1165/5 1190/5
 1210/6
ACTUALLY [11]  1133/5 1140/17
 1140/20 1141/9 1183/4 1186/23 1190/5
 1222/20 1222/21 1222/21 1236/7
ADD [2]  1133/6 1211/25
ADDED [3]  1132/1 1187/12 1230/3
ADDITION [2]  1163/12 1202/7
ADDITIONAL [4]  1205/22 1210/13
 1223/18 1228/21
ADDITIONALLY [2]  1131/25 1151/16
ADDRESS [1]  1172/7
ADDRESSED [2]  1195/9 1225/12
ADDRESSES [1]  1221/21
ADJACENT [4]  1142/2 1144/18 1146/18
 1149/8
ADJOURNED [1]  1244/13
ADMITTED [1]  1227/11
ADVERSE [6]  1139/14 1217/7 1217/11
 1223/6 1227/24 1231/6
AERIAL [1]  1202/5
AFFECT [3]  1162/18 1163/12 1166/24
AFTER [17]  1128/14 1130/23 1141/24
 1145/6 1151/8 1156/18 1186/22 1198/25
 1203/6 1211/21 1238/20 1239/1 1239/5
 1239/8 1239/11 1240/10 1243/3
AFTER OVERTOPPING [1]  1238/20
AFTERNOON [1]  1124/10 1128/1
AGAIN [11]  1136/21 1148/9 1149/2
 1160/24 1166/21 1180/16 1185/24
 1208/6 1219/24 1220/20 1242/7
AGAINST [1]  1153/5
AGENCY [1]  1240/12
AGO [2]  1202/20 1241/12
AGREE [8]  1190/12 1207/21 1223/15
 1223/17 1223/19 1224/22 1225/10
 1236/18
AGREED [2]  1232/13 1233/9
AGREEMENT [4]  1210/15 1210/19
 1223/11 1223/14
AGREES [1]  1233/19
AHEAD [7]  1147/8 1152/18 1152/18
 1153/11 1206/9 1206/12 1238/12
AIR [1]  1218/8
AIRPORT [1]  1218/10
AL [2]  1124/5 1124/7
ALL [39]  1128/3 1136/13 1140/3 1158/18
 1171/19 1173/2 1174/22 1174/22
 1175/11 1175/23 1176/6 1181/11 1187/3
 1187/5 1192/9 1199/17 1200/17 1202/15
 1205/17 1206/10 1209/4 1210/10 1215/6
 1218/21 1220/5 1220/8 1222/7 1223/1
 1224/5 1224/25 1227/1 1230/16 1231/6
 1232/14 1233/9 1234/1 1239/13 1244/9
 1244/14
ALLEGATIONS [1]  1227/12
ALLOCATED [1]  1129/14
ALLOW [2]  1155/20 1212/13
ALLOWED [1]  1227/14
ALLOWING [1]  1189/17
ALLOWS [1]  1239/20
ALLUDED [1]  1174/15
ALMOST [2]  1199/17 1210/10
ALONG [18]  1131/14 1145/6 1159/23
 1160/10 1161/15 1162/21 1166/25
 1169/7 1175/23 1182/19 1188/1 1188/2
 1189/5 1190/17 1193/10 1195/4 1197/5
 1236/7
ALREADY [3]  1171/13 1177/2 1227/12
ALSO [13]  1126/6 1133/18 1142/5
 1144/11 1157/21 1163/12 1164/20
 1186/17 1207/10 1218/3 1222/1 1237/18
 1240/16
ALTHOUGH [3]  1138/2 1155/19 1182/8
AM [2]  1223/25 1234/10
AMAZING [1]  1185/7
AMERICA [1]  1124/7
AMIN [1]  1126/11
AMONG [1]  1146/12
AMOUNT [6]  1138/4 1138/20 1154/17
 1169/10 1195/8 1229/21
AMPLITUDE [2]  1164/19 1178/16
ANALOGOUS [1]  1129/6
ANALOGY [1]  1188/12
ANALYSES [1]  1214/4
ANALYSIS [3]  1165/20 1207/3 1220/22
ANCHOR [1]  1150/8
ANCIENT [2]  1147/3 1147/4
ANDRY [2]  1124/21 1124/22
ANGELES [1]  1124/16
ANGLE [1]  1177/20
ANNOUNCES [1]  1182/20
ANOTHER [7]  1131/1 1143/10 1151/13
 1154/23 1197/16 1200/4 1239/3
ANSWER [16]  1158/4 1161/7 1168/3
 1168/12 1172/9 1191/18 1203/22 1209/7
 1220/9 1221/20 1224/3 1224/4 1224/6
 1228/5 1229/24 1231/15
ANSWERED [1]  1157/24
ANSWERS [2]  1161/5 1186/14
ANY [32]  1133/16 1134/4 1137/6
 1140/15 1145/11 1159/4 1167/12
 1167/12 1172/15 1176/12 1176/15
 1176/19 1182/18 1199/10 1201/24
 1202/12 1203/10 1204/16 1207/5 1209/9
 1209/13 1211/15 1219/5 1221/9 1227/25
 1228/9 1230/4 1232/11 1233/13 1236/9
 1242/1 1242/14
ANYHOW [3]  1168/8 1226/21 1228/8
ANYONE [1]  1162/13
ANYTHING [1]  1181/13
ANYWAY [2]  1231/1 1231/7
ANYWHERE [2]  1155/16 1228/12
APOLOGIZE [2]  1142/7 1142/10

A

APPARENTLY [1] 1130/13
APPEAR [2] 1138/3 1147/19
APPEARANCES [3] 1124/13 1125/1 1126/1
APPLICATION [2] 1131/1 1162/16
APPLY [1] 1160/21
APPRECIATE [1] 1128/6
APPROACH [6] 1157/19 1162/20 1162/25 1163/5 1203/12 1210/12
APPROACHED [1] 1182/11
APPROACHING [4] 1134/24 1162/23 1182/15 1184/13
APPROXIMATE [1] 1136/7
APPROXIMATELY [25] 1133/1 1135/2 1135/3 1135/12 1137/11 1137/23 1138/1 1144/19 1145/2 1145/5 1145/19 1150/12 1150/15 1157/6 1159/25 1162/1 1167/2 1192/12 1208/3 1208/6 1213/23 1214/5 1219/21 1229/2 1235/18
APRIL [7] 1124/7 1128/2 1142/6 1150/24 1151/17 1151/25 1161/25
APRIL 1 [1] 1150/24
APRIL 29 [1] 1161/25
APRIL 3 [2] 1142/6 1151/17
AQUATIC [1] 1194/19
ARE [106] 1129/12 1130/13 1134/4 1135/22 1137/19 1138/8 1139/3 1139/16 1142/9 1142/23 1142/24 1143/1 1144/25 1145/6 1148/14 1150/5 1153/2 1154/12 1156/12 1158/10 1161/11 1161/22 1162/4 1162/23 1163/1 1163/2 1163/10 1164/4 1164/25 1165/5 1167/11 1167/15 1173/13 1174/25 1175/11 1176/10 1177/17 1177/18 1177/19 1178/4 1178/6 1180/16 1181/7 1182/14 1182/14 1184/13 1185/17 1187/7 1187/15 1191/17 1192/13 1193/10 1193/15 1195/1 1196/1 1196/7 1196/11 1196/25 1197/1 1197/4 1198/4 1199/4 1199/17 1199/24 1200/17 1201/18 1202/8 1202/10 1203/2 1203/21 1204/15 1205/4 1205/13 1206/2 1208/7 1211/17 1211/21 1212/10 1214/5 1214/8 1217/2 1217/17 1217/25 1218/14 1219/2 1220/12 1223/13 1223/14 1225/6 1225/14 1227/3 1227/7 1228/13 1229/13 1229/22 1231/21 1232/19 1233/9 1234/3 1234/3 1236/22 1237/13 1238/6 1239/10 1242/20 1244/13
AREA [20] 1129/24 1130/23 1132/22 1133/2 1134/3 1134/14 1135/14 1154/4 1157/18 1159/23 1173/9 1184/15 1184/16 1190/21 1199/12 1203/5 1229/17 1230/2 1235/6 1238/16
AREAS [7] 1134/18 1146/24 1152/17 1176/8 1176/10 1203/2 1240/6
ARGUE [1] 1230/4
ARGUED [1] 1172/5
ARGUMENT [1] 1232/22
ARMOR [2] 1202/18 1202/21
ARMORING [4] 1152/20 1153/16 1200/19 1218/17
ARMY [9] 1129/21 1130/1 1140/16 1141/9 1149/17 1180/4 1190/11 1207/9 1207/10
AROUND [2] 1194/24 1195/1
ARPENT [10] 1169/13 1189/19 1213/24 1213/24 1214/11 1214/17 1215/10 1241/2 1241/6 1241/16
ARRIVAL [1] 1189/12
ARRIVE [2] 1196/8 1212/3

ARROW [1] 1143/13
ARROWS [1] 1143/8877
AS [156]
ASHLEY [1] 1126/6
ASK [16] 1137/13 1158/4 1165/19 1168/8 1168/11 1170/5 1186/20 1203/4 1212/10 1217/14 1221/15 1223/9 1226/12 1226/24 1227/6 1238/2
ASKED [1] 1203/21
ASKING [3] 1212/10 1230/11 1233/24
ASPECT [1] 1211/12
ASPECTS [1] 1210/23
ASSOCIATED [6] 1142/1 1148/18 1163/4 1189/12 1189/16 1196/22
ASSOCIATES [2] 1124/15 1125/12
ASSUME [5] 1134/2 1160/19 1165/19 1166/6 1174/23
ASSUMING [3] 1161/11 1166/3 1166/21 1204/17
ASSUMPTIONS [3] 1204/1 1204/7 1204/17
AT [117] 1129/1 1129/3 1132/2 1132/10 1132/12 1133/5 1133/15 1136/18 1136/21 1137/3 1137/3 1137/22 1141/13 1141/20 1142/7 1144/19 1144/21 1144/25 1146/11 1148/2 1148/13 1149/18 1150/7 1150/9 1151/14 1151/16 1152/6 1157/7 1157/23 1162/2 1164/8 1165/8 1165/21 1166/3 1166/24 1167/15 1167/25 1169/14 1170/23 1171/14 1171/19 1173/2 1173/25 1174/11 1174/23 1177/4 1177/21 1178/1 1179/8 1180/4 1180/17 1181/22 1181/24 1184/14 1186/1 1186/4 1189/4 1195/4 1195/6 1195/11 1195/13 1195/16 1195/25 1196/8 1197/21 1198/3 1198/13 1199/17 1201/10 1201/22 1202/15 1202/25 1203/2 1205/16 1205/16 1206/1 1208/3 1208/14 1210/25 1211/15 1211/24 1212/3 1212/13 1212/20 1214/5 1214/8 1214/25 1216/17 1218/3 1218/7 1218/11 1220/19 1221/7 1223/21 1225/6 1225/9 1226/20 1226/21 1227/22 1228/4 1229/3 1229/10 1230/24 1231/20 1231/22 1234/12 1236/3 1236/7 1237/17 1237/24 1238/22 1239/1 1239/3 1240/15 1243/23 1244/2 1244/13
ATCHAFALAYA [1] 1145/21
ATTACK [14] 1168/22 1168/23 1176/9 1180/17 1181/8 1189/16 1189/22 1200/14 1200/25 1209/8 1223/20 1227/6 1227/7 1242/16
ATTACKED [1] 1242/1
ATTACKING [1] 1180/17
ATTEMPT [2] 1203/7 1213/9
ATTEMPTING [1] 1151/10
ATTENTION [2] 1219/12 1240/9
ATTENUATION [1] 1207/12
ATTORNEYS [1] 1182/19
ATTRIBUTABLE [2] 1132/3 1139/13
ATTRIBUTE [1] 1137/6
AUTHORIZED [20] 1137/4 1153/22 1153/24 1154/3 1157/10 1167/13 1171/17 1171/18 1173/1 1173/21 1173/25 1174/11 1184/11 1185/16 1210/1 1211/15 1211/16 1215/24 1220/2 1221/11
AVENUE [2] 1125/3 1125/17
AVERAGE [2] 1182/24 1195/18
AWARE [3] 1148/2 1148/5 1175/11
AWAY [1] 1196/14
AXIS [1] 1148/12

B

BACK [40] 1128/9 1128/20 1133/6

1134/18 1140/22 1144/16 1147/16 1159/9 1168/6 1174/18 1176/5 1177/22 1178/9 1178/11 1178/25 1179/7 1179/10 1179/17 1179/25 1180/23 1181/6 1198/21 1199/15 1201/9 1201/11 1201/13 1207/23 1218/1 1218/17 1219/13 1219/16 1219/24 1220/22 1222/10 1222/11 1223/3 1235/7 1239/20 1244/7
BACK-TO-FRONT [3] 1176/5 1178/9 1178/25
BACKGROUND [3] 1133/3 1193/20
BACKSIDE [3] 1180/2 1180/3 1208/15
BACKSIDE-TO-FRONTSIDE [1] 1180/3
BACKWATER [1] 1243/4
BAEZA [1] 1126/10
BANK [6] 1134/3 1138/9 1139/2 1147/23 1149/22 1197/5
BANKS [5] 1144/2 1152/20 1153/6 1153/15 1170/23
BAROMETRIC [1] 1204/24
BARON [1] 1125/2
BARONNE [2] 1124/19 1124/23
BARRIER [2] 1216/17 1232/19
BASE [4] 1141/19 1141/22 1237/21 1243/6
BASED [7] 1131/21 1167/12 1171/16 1196/15 1207/13 1220/15 1238/22
BASIC [1] 1141/17
BASICALLY [2] 1136/15 1217/17
BASIN [1] 1145/21 1236/18
BASIS [1] 1238/25
BATHTUB [4] 1188/12 1188/14 1188/16 1235/1
BATHYMETRIC [5] 1150/17 1204/25 1205/1 1207/20 1215/21
BATHYMETRY [1] 1204/21
BATON [1] 1125/14 1125/21
BATTURE [3] 1195/21 1196/1 1196/3
BAYOU [13] 1129/22 1129/22 1135/23 1135/23 1136/4 1157/8 1193/9 1197/3 1197/23 1202/1 1202/1 1238/25 1239/17
BAYOU MERCIER [1] 1197/23
BAYOUS [4] 1133/23 1136/10 1138/18 1239/24
BE [73] 1128/4 1129/11 1130/22 1133/14 1133/18 1133/21 1134/15 1143/4 1144/8 1145/18 1145/19 1146/2 1146/10 1149/5 1150/3 1150/23 1151/1 1151/13 1152/13 1152/23 1154/8 1158/7 1158/20 1158/22 1159/8 1159/21 1163/15 1164/20 1166/11 1167/2 1167/8 1167/12 1168/8 1169/2 1171/5 1172/6 1172/6 1172/19 1172/25 1173/5 1174/9 1174/19 1176/3 1180/2 1187/6 1189/11 1196/22 1197/3 1197/6 1199/11 1201/5 1204/15 1204/19 1206/4 1206/16 1208/16 1209/15 1209/17 1210/10 1211/1 1212/10 1212/14 1215/9 1215/11 1220/3 1221/16 1221/17 1227/14 1230/7 1232/14 1236/3 1244/1 1244/7
BEA [26] 1128/15 1154/20 1158/4 1168/11 1170/9 1172/5 1172/13 1172/22 1177/6 1187/9 1203/23 1204/4 1204/17 1207/2 1208/20 1219/16 1221/6 1221/19 1223/22 1225/23 1226/10 1228/2 1234/8 1238/10 1244/1 1244/3
BEA'S [1] 1203/24
BEACH [6] 1177/21 1184/14 1184/15 1184/16 1184/17 1223/20
BEAUTIFUL [1] 1200/3
BEAUTIFULLY [1] 1242/11
BECAUSE [36] 1131/14 1139/1 1139/20

**B**

BECAUSE... [33] 1139/22 1143/5 1155/19 1155/24 1156/2 1160/4 1160/18 1163/6 1172/15 1178/11 1179/22 1184/12 1190/1 1196/7 1201/5 1202/18 1205/13 1206/23 1207/22 1215/19 1216/9 1216/11 1219/19 1219/24 1220/6 1223/4 1226/3 1231/7 1231/9 1231/12 1232/6 1234/21 1240/5
BECOME [1] 1166/16
BECOMES [1] 1158/18
BEEN [64] 1128/15 1132/12 1133/6 1133/16 1133/18 1133/21 1133/22 1134/14 1134/20 1134/25 1135/18 1136/21 1138/20 1141/2 1141/10 1143/23 1145/11 1149/16 1149/17 1149/24 1151/19 1152/1 1152/5 1153/13 1154/7 1154/8 1154/16 1154/24 1155/16 1155/17 1157/16 1160/14 1162/13 1167/21 1170/17 1170/12 1175/16 1178/9 1178/10 1193/10 1196/20 1197/22 1217/12 1218/20 1218/21 1219/1 1219/2 1219/5 1222/22 1223/7 1225/23 1226/7 1226/12 1231/6 1232/18 1234/6 1235/24 1238/5 1240/23 1243/25
BEFORE [19] 1124/10 1137/3 1140/22 1151/7 1152/5 1168/11 1168/17 1169/8 1169/17 1169/21 1182/19 1198/12 1203/9 1218/19 1237/3 1238/19 1239/11 1240/11 1241/12
BEGAN [1] 1179/9
BEGIN [4] 1162/5 1184/1 1208/15 1218/7
BEGINS [1] 1177/18
BEGUN [2] 1140/9 1208/14
BEHIND [4] 1192/13 1192/21 1193/13 1218/10
BEING [10] 1130/12 1141/3 1142/24 1171/19 1179/6 1200/23 1202/4 1204/21 1234/15 1239/4
BELABORED [1] 1131/3
BELIEVE [10] 1141/14 1142/5 1151/17 1154/15 1161/10 1187/12 1197/22 1221/2 1236/25 1237/11
BELIEVES [1] 1238/1
BELOW [6] 1148/15 1150/12 1153/22 1153/24 1154/3 1162/23
BENCH [1] 1243/23
BENEATH [2] 1130/5 1131/20
BENJAMIN [1] 1126/17
BERKELEY [1] 1204/4
BERM [6] 1129/1 1162/20 1178/22 1192/18 1215/16 1235/23
BERM'S [1] 1149/22
BERMS [3] 1163/20 1185/20 1201/17
BERMS/LEVEES [1] 1163/20
BERNARD [9] 1189/14 1189/20 1189/23 1190/3 1190/15 1219/10 1223/8 1224/14 1232/15
BEST [4] 1146/12 1209/13 1216/6 1244/19
BETSY [1] 1243/3
BETTER [3] 1164/4 1171/15 1238/7
BETWEEN [53] 1129/22 1133/23 1134/3 1135/23 1136/7 1136/10 1138/3 1138/17 1138/18 1139/5 1140/15 1140/17 1143/3 1148/16 1150/15 1157/9 1163/7 1163/10 1163/16 1165/15 1166/8 1169/3 1169/12 1171/17 1174/5 1174/16 1184/15 1187/22 1189/18 1191/22 1192/10 1196/21 1201/5 1201/24 1202/1 1209/9

1210/6 1211/16 1212/18 1212/18 1213/10 1214/19 1215/17 1215/18 1215/15 1221/10 1223/11 1224/21 1235/23 1236/12 1239/18 1240/13 1242/20
BEYOND [2] 1155/3 1157/10
BIENVENUE [8] 1129/23 1133/23 1135/23 1136/4 1157/8 1193/9 1202/1 1239/25
BIG [3] 1152/23 1185/22 1189/6
BIGGER [1] 1154/6
BIT [5] 1136/1 1141/18 1192/24 1217/9 1218/5
BLACK [1] 1142/17
BLACKBOARD [1] 1182/16
BLOWS [1] 1162/18
BOARD [1] 1227/4
BOAT [1] 1198/6
BOATERS [1] 1239/24
BOATS [1] 1239/20
BOB [4] 1193/18 1203/23 1203/24 1207/2
BONES [1] 1170/3
BOOK [1] 1220/14
BORDER [1] 1201/5
BORE [1] 1131/4
BORGNE [13] 1161/22 1161/25 1162/9 1181/23 1182/5 1182/9 1183/1 1183/12 1183/15 1183/20 1184/9 1185/12 1214/23
BORINGS [2] 1131/4 1131/22
BORROW [9] 1149/8 1149/23 1149/24 1150/1 1150/4 1153/18 1153/25 1155/11 1155/12
BOTH [14] 1133/4 1146/18 1162/23 1179/6 1200/18 1207/16 1207/21 1209/1 1216/13 1223/15 1223/17 1223/18 1225/24 1236/18
BOTTOM [17] 1143/6 1144/25 1145/23 1147/13 1150/1 1150/12 1151/16 1156/23 1163/11 1163/12 1195/12 1205/15 1205/16 1213/16 1214/2 1214/3 1231/18
BOTTOMS [2] 1205/1 1205/3
BOULEVARD [1] 1125/24
BOUNDARY [1] 1159/22
BOX [4] 1125/7 1125/14 1125/24 1126/18
BOXES [1] 1153/3
BOY [1] 1194/15
BRANCH [1] 1126/10
BREACH [17] 1128/12 1140/2 1169/7 1175/16 1180/23 1181/6 1181/9 1218/3 1218/7 1218/10 1228/23 1229/2 1229/6 1230/7 1230/19 1241/23 1243/1
BREACHED [6] 1140/13 1175/19 1176/23 1178/11 1218/11 1238/13
BREACHES [11] 1139/24 1139/25 1157/10 1158/8 1158/8 1158/10 1179/24 1217/22 1217/25 1218/9 1219/3 1219/4 1219/5 1219/5 1223/21 1223/24 1227/9 1229/18 1230/3 1232/4 1242/14
BREACHING [33] 1133/19 1135/16 1159/23 1160/2 1167/5 1168/16 1168/17 1176/4 1176/5 1178/9 1178/25 1179/1 1179/10 1181/25 1189/16 1190/2 1199/10 1201/7 1201/15 1202/11 1202/12 1208/23 1209/8 1213/22 1218/2 1218/15 1218/16 1218/21 1220/23 1224/2 1238/16 1240/21 1243/19
BREAK [8] 1153/5 1168/10 1168/11 1182/19 1186/22 1186/23 1205/14 1205/15

BREAKFAST [1] 1157/23
BREAKING [4] 1185/21 1208/3 1208/13
BRENDAN [1] 1126/3
BRETSCHNEIDER [5] 1207/12 1207/14 1207/14 1207/21 1207/23
BRIDGE [4] 1177/4 1178/6 1194/6 1194/6
BRIEF [5] 1187/4 1220/5 1221/14 1230/11 1243/21
BRIEFED [2] 1227/16 1229/14
BRIEFING [2] 1173/5 1229/14
BRIEFLY [6] 1157/1 1162/15 1213/15 1224/20 1225/8 1235/14
BRIGHTEST [1] 1146/12
BRING [1] 1177/18
BROKE [1] 1129/2
BROUGHT [4] 1156/15 1207/25 1208/11 1240/9
BROWN [1] 1142/17
BROWNISH [1] 1142/15
BRUCE [1] 1181/5
BRUNO [2] 1124/18 1124/18
BUBBLE [1] 1197/2
BUDD [1] 1125/2
BUFFER [3] 1193/21 1196/10 1215/15
BUFFERING [10] 1192/1 1193/1 1193/3 1194/1 1194/4 1194/21 1195/9 1195/21 1196/17 1198/14
BUILD [1] 1153/19
BUILDING [2] 1130/6 1130/9
BUILDUP [2] 1186/4 1186/5
BUILT [4] 1131/20 1144/18 1144/20 1219/6
BUNCH [2] 1156/6 1186/20
BUT [59] 1128/13 1133/14 1134/10 1139/19 1140/19 1143/5 1147/20 1148/18 1150/23 1155/18 1156/14 1158/25 1162/15 1163/3 1164/8 1170/18 1171/18 1172/15 1173/3 1178/11 1182/13 1184/9 1185/9 1186/13 1187/18 1188/16 1188/19 1190/10 1192/23 1194/18 1194/21 1199/10 1201/19 1203/9 1206/8 1210/19 1211/6 1211/22 1213/1 1221/15 1222/17 1223/25 1225/3 1225/19 1227/19 1227/24 1228/7 1228/7 1229/25 1230/6 1230/16 1232/24 1233/2 1236/9 1239/11 1240/14 1240/24 1241/12 1241/22
BUT I [1] 1185/9
BYE [1] 1134/9

**C**

CAERNARVON [1] 1176/15
CALCULATING [1] 1211/1
CALCULATION [5] 1132/8 1166/21 1167/16 1167/20 1205/23
CALCULATION OF [1] 1167/16
CALCULATIONS [3] 1167/12 1167/13 1195/6
CALIFORNIA [2] 1124/16 1179/17
CALL [4] 1138/17 1162/21 1202/25 1224/7
CALLED [13] 1134/9 1134/20 1152/23 1170/14 1170/16 1178/19 1178/25 1185/23 1199/8 1203/3 1204/2 1213/18 1214/13
CALLING [2] 1211/17 1238/5
CALLS [1] 1132/13
CALVIN [1] 1125/16
CAME [4] 1171/22 1230/2 1235/6 1239/8
CAMERA [1] 1193/18
CAN [70] 1134/17 1134/22 1137/13

C

CAN... [67]  1138/8 1138/11 1139/6
1139/22 1139/24 1140/1 1141/13
1142/18 1147/1 1148/11 1149/10 1157/2
1157/18 1158/4 1159/1 1159/10 1163/11
1163/13 1164/14 1167/8 1168/3 1171/13
1172/18 1177/7 1176/1 1178/6 1179/1
1179/19 1180/15 1181/13 1182/3
1184/13 1189/12 1189/20 1193/5
1194/23 1194/24 1198/3 1198/5 1199/12
1199/23 1200/7 1200/21 1201/1 1201/5
1202/18 1203/4 1204/15 1205/15
1205/25 1212/9 1212/10 1212/17
1212/23 1221/13 1221/14 1222/5
1222/24 1225/18 1228/6 1230/4 1231/15
1231/15 1233/21 1240/5 1242/6 1244/1
CAN'T [4]  1181/14 1194/18 1198/6
1231/14
CANAL [6]  1210/13 1214/17 1218/9
1237/17 1241/2 1241/6
CANE [3]  1197/17 1198/1 1198/8
CAP [4]  1129/9 1129/9 1143/23 1154/5
CAPTURE [1]  1204/21
CAPTURED [3]  1181/20 1204/19
1215/21
CAREFULLY [2]  1163/15 1207/24
CARES [1]  1173/7
CARL [2]  1147/1 1242/7
CARONDELET [1]  1126/7
CARTOON [2]  1179/3 1213/17
CASE [22]  1129/9 1130/8 1142/25
1149/12 1154/4 1159/4 1169/20 1181/2
1182/8 1182/10 1189/10 1194/14
1208/23 1219/11 1225/15 1225/21
1229/13 1232/14 1233/19 1234/10
1237/8 1238/6
CASES [5]  1155/2 1201/21 1202/25
1203/1 1204/20
CASTLE [3]  1139/22 1180/17 1180/17
CATASTROPHE [2]  1216/21 1236/12
CATASTROPHIC [8]  1167/7 1170/1
1189/7 1191/23 1217/8 1217/12 1223/7
1232/11
CATEGORIES [1]  1208/22
CATEGORIZING [1]  1233/19
CAUSATION [5]  1171/22 1217/8
1228/11 1230/5 1233/22
CAUSE [5]  1158/20 1159/1 1159/3
1229/11 1232/9
CAUSED [7]  1159/4 1160/21 1217/17
1217/20 1219/4 1225/19 1235/18
CAUSES [2]  1229/22 1230/25
CAUSING [1]  1209/13
CCR [3]  1126/20 1244/18 1244/23
CENTER [5]  1136/15 1143/3 1162/7
1164/1 1164/2
CENTRAL [7]  1133/21 1138/16 1138/17
1189/13 1191/1 1201/25 1214/12
CERTAIN [2]  1204/1 1204/7
CERTAINLY [20]  1151/24 1153/8
1156/16 1162/14 1168/19 1171/21
1171/24 1173/11 1185/13 1186/13
1188/9 1197/18 1199/4 1203/6 1210/9
1224/9 1230/4 1231/14 1231/15 1235/16
CERTIFICATE [1]  1244/17
CERTIFY [1]  1244/19
CHALMETTE [7]  1214/1 1214/11
1215/11 1236/3 1241/13 1242/9 1242/21
CHANGE [6]  1164/13 1164/14 1205/15
1209/7 1227/11 1227/13
CHANGING [1]  1208/10
CHANNEL [83]  1129/10 1135/1 1135/2

1138/9 1138/10 1141/1 1141/2 1143/2
1143/4 1144/11 1145/7 1145/20 1146/3
1146/7 1147/14 1149/12 1150/9 1152/10
1152/13 1153/18 1153/25 1154/17
1154/21 1154/25 1155/9 1156/6 1157/4
1157/6 1157/16 1157/20 1159/16
1161/19 1162/7 1163/16 1164/1 1164/2
1166/9 1171/19 1173/2 1173/8 1174/17
1174/25 1176/19 1177/5 1177/10
1181/25 1182/4 1183/4 1183/8 1184/2
1184/3 1184/10 1184/18 1185/12
1185/16 1186/1 1186/2 1186/18 1190/24
1192/10 1192/12 1196/11 1196/21
1196/24 1197/5 1209/10 1211/10 1212/1
1213/19 1213/20 1213/21 1215/1
1215/15 1216/13 1216/15 1224/21
1235/22 1235/23 1236/10 1236/17
1239/17 1240/14 1240/15
CHANNEL HAS [1]  1141/2
CHANNEL'S [1]  1156/2
CHANNELING [1]  1182/9
CHANNELS [3]  1142/1 1144/18 1209/22
CHARACTERISTICS [8]  1130/5 1150/19
1204/22 1205/3 1205/4 1205/16 1208/25
1209/1
CHARACTERIZE [1]  1134/22
CHARACTERIZING [1]  1227/15
CHARLES [1]  1207/11
CHARLIE [1]  1207/15
CHART [1]  1220/12
CHOICE [2]  1156/9 1156/14
CHOOSING [1]  1202/25
CIRCA [1]  1197/23
CIRCUMSPECT [1]  1244/5
CIRCUMSTANTIAL [1]  1176/8
CITRUS [3]  1219/13 1219/16 1235/7
CITY [1]  1125/25
CIVIL [1]  1126/10
CLARIFICATION [1]  1138/15
CLARIFY [2]  1151/2 1151/3
CLAY [4]  1148/16 1148/17 1150/13
1154/4
CLAYS [3]  1143/12 1147/14 1147/21
CLEAR [8]  1134/15 1145/20 1146/2
1219/2 1219/9 1219/10 1220/6 1227/21
CLIENT'S [1]  1227/16
CLOSE [5]  1135/10 1159/22 1179/8
1201/20 1224/1
CLOSED [1]  1140/18
CLOSELY [2]  1149/16 1207/21
CLOSER [7]  1138/9 1138/9 1152/10
1152/11 1159/16 1160/1 1183/25
CLOSES [1]  1239/22
CLUMSY [1]  1232/20
COARSE [1]  1215/21
COARSENESS [1]  1204/20 1215/19
COAST [1]  1160/15
COAST GUARD [1]  1160/15
COASTLINES [1]  1195/1
COINCIDENTAL [1]  1157/13
COLLEAGUE [2]  1204/6 1240/10
COLLEAGUES [4]  1179/17 1217/2
1218/25 1225/10
COLLINS [1]  1207/14
COLORED [1]  1142/17
COMBINATION [3]  1135/13 1217/22
1217/23
COMBINED [1]  1141/6
COMBO [1]  1138/23
COME [12]  1132/20 1135/3 1140/1
1149/14 1150/8 1168/6 1184/14 1196/10
1205/22 1211/21 1243/16 1243/22
COMES [3]  1141/22 1142/15 1189/20

COMING [8]  1143/22 1178/21 1182/4
1178/25 1209/13 1208/5 1218/6 1218/10
COMMENCE [1]  1244/2
COMMENT [2]  1171/20 1233/16
COMMISSION [1]  1131/6
COMMISSIONED [1]  1129/21
COMMITTED [1]  1227/18
COMMONALITY [1]  1241/2
COMPARABLE [3]  1182/13 1210/21
1210/22
COMPARE [1]  1208/1
COMPARISON [2]  1211/11 1211/23
COMPARTMENT [1]  1218/18
COMPLEMENT [2]  1209/22 1210/2
COMPLETE [4]  1161/7 1190/16 1227/17
1230/13
COMPLETELY [1]  1225/21
COMPLEX [1]  1125/13
COMPONENT [4]  1201/7 1201/8
1201/10 1201/14
COMPONENTS [2]  1201/7 1201/14
COMPUTED [1]  1131/23
COMPUTER [1]  1126/25
CONCEPT [1]  1151/18
CONCERN [1]  1172/24
CONCERNED [7]  1130/13 1144/16
1146/17 1149/18 1171/16 1204/12
1208/7
CONCERNING [3]  1141/25 1209/7
1237/15
CONCLUDED [1]  1131/13
CONCLUDES [1]  1238/15
CONCLUSION [7]  1176/7 1217/6 1223/4
1225/8 1235/7 1238/19 1240/18
CONCLUSIONS [1]  1213/9
CONCRETE [5]  1152/25 1218/12
1239/18 1240/13 1240/16
CONCURRENT [1]  1229/22
CONDITION [7]  1169/25 1189/15
1200/16 1206/2 1221/1 1229/3 1229/4
CONDITIONS [4]  1167/25 1216/7
1221/22 1221/25
CONDUCT [1]  1200/9
CONDUCTIVITY [1]  1237/16
CONFER [1]  1203/11
CONFERENCE [2]  1243/21 1243/23
CONFINE [1]  1210/20
CONFIRM [2]  1151/19 1235/10
CONFIRMATION [1]  1129/17
CONFUSED [1]  1219/23
CONGRESS [1]  1172/16
CONNECTED [1]  1139/3
CONOR [1]  1126/12
CONSEQUENCE [1]  1156/11
CONSEQUENT [1]  1190/3
CONSEQUENTLY [1]  1145/4
CONSIDERED [1]  1146/12
CONSIST [1]  1147/14
CONSOLIDATED [2]  1129/14 1147/20
CONSOLIDATION [3]  1129/1 1129/4
1131/21
CONSTANT [2]  1182/10 1184/1
CONSTRUCTED [4]  1149/5 1226/7
1232/18 1243/2
CONSTRUCTING [1]  1148/6
CONSTRUCTION [4]  1142/2 1145/7
1146/18 1197/23
CONTAINED [2]  1163/23 1221/20
CONTENT [1]  1147/21
CONTINUE [2]  1164/6 1208/12
CONTINUED [4]  1125/1 1126/1 1178/10
1218/8
CONTINUES [1]  1168/23

**C**

CONTINUING [2] 1130/13 1160/18
CONTINUOUSLY [1] 1208/10
CONTRACTORS [1] 1131/6
CONTRAST [2] 1217/24 1241/7
CONTRASTED [2] 1201/1 1205/16
CONTRIBUTE [3] 1230/8 1231/9
1232/11
CONTRIBUTED [2] 1223/24 1225/20
CONTRIBUTION [1] 1191/3
CONTRIBUTIONS [1] 1218/14
CONTROL [2] 1239/23 1240/3
CONVENIENCE [1] 1212/4
CONVENIENTLY [2] 1129/24 1156/5
CONVERGING [1] 1140/20
CONVEYANCE [2] 1140/6 1210/13
CORAL [1] 1194/23
CORNER [5] 1143/13 1146/3 1159/11
1238/10 1238/11
CORPS [47] 1129/21 1130/1 1130/12
1130/15 1131/4 1131/7 1132/20 1140/16
1141/9 1141/14 1141/17 1141/22
1142/15 1143/5 1144/11 1144/16 1146/7
1146/20 1148/2 1148/5 1149/2 1149/4
1149/17 1152/4 1152/16 1153/8 1154/21
1165/6 1180/4 1190/11 1196/15 1196/16
1196/18 1202/5 1203/6 1207/9 1207/10
1207/22 1207/24 1216/19 1232/17
1232/23 1233/2 1233/5 1237/3 1243/2
1243/6
CORPS' [2] 1132/8 1136/17
CORRECT [252]
CORRELATE [1] 1202/13
CORRELATES [1] 1149/11
CORRELATION [11] 1138/3 1139/5
1157/9 1158/8 1164/24 1175/23 1176/1
1176/2 1186/4 1186/8 1201/24
CORRELATIONS [2] 1165/1 1165/3
CORROBORATE [1] 1131/12
CORROBORATED [2] 1189/22 1190/5
COST [1] 1130/19
COULD [30] 1129/2 1129/18 1135/17
1140/21 1143/5 1144/8 1152/4 1152/23
1153/17 1153/20 1154/24 1155/16
1156/22 1159/6 1159/9 1164/12 1167/2
1168/4 1168/4 1172/22 1176/7 1197/9
1199/22 1204/19 1204/21 1212/22
1213/15 1217/3 1236/1 1237/3
COULDN'T [2] 1156/14 1232/5
COUNSEL [3] 1142/9 1227/15 1243/25
COUNT [1] 1229/6
COUNTER [1] 1238/18
COUNTER-DISTINGUISH [1] 1238/18
COUPLE [2] 1178/24 1240/23
COURSE [2] 1186/19 1207/22
COURT [51] 1124/1 1126/20 1128/4
1131/17 1134/17 1138/8 1138/24 1139/7
1141/11 1146/25 1153/16 1158/25
1159/2 1162/23 1166/2 1166/8 1167/11
1168/20 1171/15 1171/15 1171/16
1172/1 1172/22 1173/12 1177/2 1177/14
1182/20 1183/16 1185/8 1187/4 1187/6
1193/16 1203/21 1209/17 1209/18
1210/25 1220/15 1220/17 1223/9
1227/21 1229/1 1229/15 1233/12 1235/9
1235/14 1236/20 1243/24 1244/15
1244/18 1244/18 1244/24
COURT'S [9] 1158/2 1158/4 1160/24
1168/3 1172/7 1172/24 1175/11 1223/23
1228/15
COURTROOM [1] 1177/14
COVER [6] 1198/19 1199/7 1200/2

1200/12 1201/22 1201/25
1203/5 1241/14 1237
COVERING [1] 1133/25
CRASH [1] 1184/17
CREATED [2] 1132/17 1158/17
CREATING [1] 1161/2
CREEP [1] 1145/2
CREEPING [3] 1143/16 1143/18
CRENELLATE [2] 1139/22 1179/20
CRENELLATED [1] 1140/4
CRENELLATES [1] 1180/10
CRENELLATION [7] 1169/1 1169/21
1179/18 1179/24 1179/25 1180/3
1181/12
CREST [8] 1135/1 1137/21 1169/1
1177/20 1179/8 1179/21 1214/10
1235/19
CRITICAL [2] 1159/8 1159/22
CRITICISM [1] 1237/21
CRITICIZING [1] 1238/1
CRITIQUE [3] 1237/11 1238/19 1238/25
CRITIQUES [1] 1237/15
CROSS [7] 1148/13 1171/5 1175/10
1185/25 1212/14 1222/8 1244/3
CROSS-EXAMINATION [6] 1171/5
1175/10 1185/25 1212/14 1222/8 1244/3
CROSS-SECTION [1] 1148/13
CROSSES [1] 1167/4
CROSSING [2] 1177/4 1218/4
CROWN [12] 1132/11 1132/12 1134/7
1139/9 1139/12 1139/21 1139/22
1160/17 1160/25 1180/11 1236/2
1243/14
CROWNS [4] 1128/21 1134/11 1160/7
1236/7
CSX [1] 1218/3
CURIOSITY [1] 1185/25
CUT [1] 1150/24
CUTTERS [1] 1160/15
CUTTING [1] 1198/1
CV [1] 1124/5
CYCLE [3] 1130/6 1192/16 1231/3

**D**

DALLAS [1] 1125/4
DAMAGE [6] 1139/10 1139/20 1168/25
1168/25 1180/16 1202/5
DAMAGED [1] 1140/4
DAMPENING [1] 1198/14
DANIEL [1] 1126/10
DATA [4] 1131/5 1131/21 1132/19
1195/9
DATE [2] 1141/14 1150/23
DATED [1] 1238/12
DAY [3] 1197/19 1236/21 1244/1
DAYLIGHT [1] 1150/10
DC [1] 1126/18
DEAL [4] 1154/11 1174/24 1199/11
1225/18
DECADES [2] 1196/16 1237/3
DECEMBER [1] 1238/13
DECEMBER 19 [1] 1238/13
DECLARATION [2] 1172/5 1221/21
DECREASE [3] 1163/6 1163/13 1214/7
DECREASES [1] 1163/5
DECREASING [1] 1177/20
DEEP [4] 1164/1 1202/12 1208/2
1236/17
DEEPENING [1] 1158/19
DEEPER [4] 1148/15 1184/18 1185/15
1186/18
DEEPWATER [2] 1163/16 1196/11
DEFECTS [1] 1170/12

DEFENDANT [1] 1126/9
DEFENDING [2] 1196/24 1145/6
DEFENSE [3] 1140/3 1223/11 1233/13
DEFENSES [1] 1232/23
DEFINE [1] 1208/22
DEFINITELY [5] 1164/5 1194/3 1202/3
1224/10 1241/14
DEFORMATIONS [1] 1144/23
DEGRADED [4] 1213/18 1213/19
1213/20 1222/23
DEGREE [1] 1225/21
DELAY [3] 1189/11 1191/7 1191/21
DELAYING [1] 1189/6
DELFT [2] 1181/21 1220/9
DELTA [2] 1179/19 1180/1
DEMISE [2] 1227/8 1228/22
DEMONSTRATIVE [2] 1139/4 1182/4
DENHAM [1] 1125/17
DENSE [13] 1193/6 1193/8 1193/11
1194/22 1195/23 1195/24 1196/20
1197/10 1199/7 1200/2 1202/12 1206/2
1206/3
DENSELY [1] 1203/1
DENSITIES [1] 1201/2
DENSITY [6] 1192/9 1200/16 1200/16
1200/17 1200/18 1201/1
DENUDED [1] 1134/2
DEPARTMENT [1] 1126/9
DEPEND [3] 1133/24 1166/1 1219/7
DEPENDING [3] 1181/6 1205/14
1224/18
DEPENDS [2] 1224/1 1231/19
DEPICT [1] 1181/13
DEPICTING [3] 1137/19 1148/12 1181/4
DEPOSED [2] 1148/16 1225/23
DEPOSITION [1] 1226/4
DEPTH [24] 1153/22 1153/24 1154/3
1154/21 1155/1 1155/2 1163/4 1163/5
1163/8 1182/9 1184/12 1184/21 1184/22
1188/5 1204/22 1204/24 1205/6 1205/13
1207/7 1207/13 1208/9 1208/11 1211/1
1211/25
DEPTHS [1] 1207/1
DESCRIBE [6] 1162/14 1162/15 1162/21
1177/16 1192/6 1213/15
DESCRIBED [14] 1129/7 1138/24
1140/6 1148/11 1151/14 1154/15
1161/14 1162/10 1175/3 1181/21 1192/5
1192/20 1195/17 1196/17
DESCRIBES [1] 1209/21
DESCRIBING [4] 1128/20 1141/11
1143/11 1163/18
DESCRIPTION [1] 1193/8
DESIGN [5] 1135/6 1136/21 1155/8
1155/13 1155/14
DESIGNED [3] 1241/12 1243/2 1243/3
DESIRABLE [1] 1147/20
DESIRED [1] 1130/23
DESTROY [1] 1195/3
DESTROYING [1] 1195/25
DESTRUCTION [1] 1201/11
DETAIL [3] 1139/19 1159/1 1231/24
DETAILED [1] 1147/11
DETERMINE [18] 1201/18 1201/22
1204/10 1206/21 1208/16
DETERMINED [2] 1150/3 1161/18
DETERMINING [1] 1130/4
DEVELOP [2] 1149/8 1176/3
DEVELOPED [6] 1165/10 1181/8 1207/9
1207/10 1207/23 1207/24
DEVELOPING [1] 1163/10
DEVELOPMENT [3] 1180/23 1181/6
1238/21

**D**

DIAGRAM [1] 1182/7
DIALOGUE [1] 1128/14
DIAMETER [1] 1195/18
DICING [1] 1230/6
DID [46] 1132/19 1141/17 1142/21
1143/19 1146/20 1146/22 1148/23
1148/24 1148/25 1150/15 1156/16
1157/23 1158/19 1159/8 1163/18
1165/15 1165/17 1169/15 1171/9
1171/10 1171/24 1172/23 1173/24
1176/16 1176/19 1178/12 1189/5
1196/16 1198/23 1199/6 1200/2 1202/23
1204/6 1206/13 1224/21 1225/17
1227/24 1240/24 1241/3 1242/1 1242/3
1242/10 1242/11 1242/16 1242/18
1243/16
DIDN'T [17] 1137/16 1148/23 1156/17
1176/6 1176/15 1176/19 1181/17
1201/16 1202/24 1203/9 1207/5 1208/21
1208/21 1226/13 1227/17 1236/9
1241/22
DIFFER [1] 1223/21
DIFFERENCE [34] 1140/15 1163/19
1166/8 1166/23 1169/3 1171/17 1174/19
1174/22 1174/24 1185/11 1186/3
1187/22 1188/5 1188/6 1188/6 1188/8
1189/7 1191/22 1201/3 1201/4 1204/16
1209/2 1211/16 1211/22 1211/25 1212/5
1212/7 1212/18 1213/2 1228/9 1229/5
1230/20 1235/1 1236/12
DIFFERENCES [2] 1180/14 1213/10
DIFFERENT [10] 1188/19 1189/2
1191/12 1194/20 1204/11 1210/11
1221/9 1221/10 1221/10 1228/2
DIFFERENTIAL [1] 1229/9
DIFFERENTIATE [1] 1238/19
DIFFERENTLY [1] 1153/21
DIFFICULT [1] 1196/20
DIFFICULTY [1] 1196/22
DIKE [1] 1179/6
DIKES [1] 1202/21
DIMENSIONING [1] 1157/5
DIRECT [7] 1128/17 1139/5 1161/19
1176/8 1186/4 1200/25 1219/12
DIRECTING [1] 1165/8
DIRECTION [2] 1189/13 1218/14
DIRECTLY [1] 1212/22
DIRT [2] 1153/6 1239/19
DISAGREEMENT [2] 1223/12 1225/4
DISAGREES [2] 1237/18 1238/21
DISAPPEARED [1] 1243/12
DISCOUNTED [1] 1234/7
DISCRETIONARY [2] 1172/20 1232/24
DISCUSSED [2] 1137/24 1161/11
DISCUSSING [4] 1133/6 1151/20
1157/17 1158/22
DISCUSSION [5] 1141/24 1158/7
1161/12 1170/3 1211/14
DISPLACE [1] 1148/19
DISPLACEMENT [22] 1131/15 1131/24
1132/11 1133/7 1133/15 1137/7 1139/1
1143/17 1145/1 1145/24 1146/21 1148/8
1149/13 1152/7 1153/13 1154/18 1156/3
1156/12 1160/4 1160/18 1235/18 1236/2
DISRUPT [1] 1167/9
DISTANCE [4] 1136/7 1137/24 1179/22
1195/18
DISTANCES [1] 1159/7
DISTINCTION [2] 1215/14 1229/13
DISTINGUISH [1] 1238/18
DISTRESS [1] 1199/10

DISTRIBUTARIES [2] 1148/17 1148/18
DISTRIBUTION [24] 1147/21 1148/20
1244/18 1244/18
DIVIDE [1] 1132/5
DIVIDED [1] 1195/14
DIVISION [1] 1230/6
DO [47] 1128/13 1131/4 1131/6 1134/5
1136/18 1137/6 1143/8 1147/4 1152/14
1152/20 1154/15 1155/17 1162/1
1163/13 1165/17 1167/15 1171/11
1172/18 1175/23 1176/12 1184/22
1185/10 1186/25 1187/10 1194/23
1197/23 1198/16 1203/18 1206/8
1206/10 1207/4 1208/21 1210/11
1212/23 1213/11 1214/22 1220/22 1221/5
1222/5 1224/22 1225/21 1231/13
1232/23 1236/25 1239/12 1243/6
1244/19
DOCKET [1] 1124/5
DOCTOR [1] 1141/15
DOCTORS [2] 1238/6 1238/6
DOCUMENT [14] 1130/6 1130/8
1130/10 1131/11 1132/17 1141/17
1142/7 1142/11 1142/16 1144/11
1146/21 1146/24 1147/3 1147/4
DOCUMENTED [1] 1141/10
DOES [36] 1131/4 1131/12 1131/16
1133/12 1143/21 1145/23 1166/24
1168/16 1169/9 1174/20 1177/21
1180/11 1180/13 1184/9 1184/11
1187/21 1188/8 1191/22 1191/25 1192/8
1194/1 1201/3 1202/13 1202/14 1202/15
1207/4 1207/19 1209/6 1215/24 1216/7
1222/3 1228/9 1231/9 1237/21 1237/23
1238/18
DOESN'T [21] 1142/21 1150/22 1151/1
1160/21 1167/11 1172/9 1172/15
1172/17 1173/3 1180/10 1209/7 1214/15
1214/17 1215/14 1215/24 1221/14
1226/13 1226/21 1232/8 1232/11
1233/20
DOING [4] 1165/3 1170/4 1197/4
1231/21
DOMENGEAUX [1] 1125/5
DOMINANT [2] 1129/12 1228/23
DON'T [27] 1134/10 1142/6 1151/25
1153/12 1155/13 1155/15 1159/2 1159/3
1167/9 1168/8 1169/4 1176/12 1194/12
1195/2 1196/9 1199/16 1212/15 1217/16
1221/6 1221/12 1226/2 1225/3 1225/10
1227/18 1228/10 1232/3 1243/1
DONE [19] 1142/18 1146/7 1146/16
1151/8 1153/12 1153/17 1154/24 1165/6
1167/17 1167/20 1169/25 1171/6
1181/20 1203/6 1212/22 1216/19
1216/21 1237/3 1237/15
DOTTED [1] 1214/19
DOUBT [2] 1180/5 1180/7
DOWN [22] 1134/11 1136/22 1137/1
1147/18 1152/6 1165/8 1175/6 1176/15
1176/18 1176/18 1177/17 1177/18
1177/22 1179/7 1185/16 1194/7 1197/2
1197/17 1198/3 1201/13 1231/7 1240/15
DOYLE [4] 1126/20 1244/18 1244/23
1244/23
DR [6] 1172/13 1187/9 1204/1 1204/19
1209/20 1238/4
DR. [41] 1140/6 1154/20 1158/4 1168/11
1170/9 1172/5 1172/6 1172/22 1175/3
1177/6 1187/18 1197/19 1197/19
1203/23 1204/4 1204/7 1208/20
1215/20 1219/16 1221/6 1221/8 1221/16
1221/19 1222/24 1223/22 1225/23

1226/10 1228/2 1234/8 1235/24 1236/20
1236/21 1236/22 1237/5 1238/3
1238/10 1238/12 1238/24 1240/17
1244/1 1244/3
DR. BEA [21] 1154/20 1158/4 1168/11
1170/9 1172/5 1172/22 1177/6 1204/4
1204/17 1208/20 1219/16 1221/6
1221/19 1223/22 1225/23 1226/10
1228/2 1234/8 1238/10 1244/1 1244/3
DR. BOB [1] 1203/23
DR. DAY [2] 1197/19 1236/21
DR. FITZGERALD [1] 1236/20
DR. GAGLIANO [4] 1175/3 1197/19
1235/24 1236/20
DR. KEMP [3] 1172/6 1221/16 1222/24
DR. MOSHER [4] 1237/15 1238/3
1238/24 1240/17
DR. MOSHER'S [1] 1238/12
DR. VRIJLING [3] 1140/6 1215/20
1221/8
DR. WESTERINK [1] 1187/18
DRAMATIC [1] 1216/4
DRAMATICALLY [1] 1223/25
DRAWING [2] 1142/18 1151/16
DREDGE [1] 1156/6
DREDGED [3] 1153/20 1153/21 1185/15
DREDGING [10] 1140/23 1140/24
1141/1 1141/3 1154/23 1154/23 1155/2
1155/2 1155/9 1156/17
DREW [1] 1142/20
DROP [1] 1175/9
DROPPED [2] 1182/11 1227/12
DRY [1] 1150/11
DUDENHEFER [2] 1125/9 1125/9
DUE [2] 1211/10 1238/16
DUG [1] 1144/21
DULY [1] 1128/15
DUMAS [2] 1125/12 1125/12
DUMP [1] 1156/8
DUPRE [8] 1129/22 1133/23 1135/23
1202/1 1237/19 1238/25 1239/24
1240/16
DURATION [8] 1168/24 1187/21 1188/7
1188/11 1190/16 1191/13 1191/21
1234/24
DURING [20] 1134/8 1135/14 1136/23
1139/17 1149/20 1150/10 1157/25
1161/2 1161/24 1163/20 1166/22
1168/10 1170/11 1181/23 1182/23
1192/2 1194/4 1199/7 1201/17 1202/5
1202/20 1204/6 1215/20 1221/23
DUTCH [7] 1165/5 1179/6 1187/12
1202/20 1204/6 1215/20 1221/23
DUVAL [1] 1124/11

**E**

EACH [3] 1139/12 1202/9 1202/10
EARLIER [21] 1129/7 1137/24 1139/22
1158/13 1159/12 1161/6 1169/1 1169/7
1169/9 1169/11 1196/18 1205/19
1206/13 1219/20 1230/25 1231/3 1231/3
1231/10 1232/18 1235/2 1242/24
EARLIEST [1] 1217/25
EARLY [9] 1130/6 1135/16 1146/20
1161/24 1162/4 1189/12 1190/2 1197/22
1213/22
EARTH [2] 1148/15 1237/19
EARTHEN [43] 1129/5 1130/14 1131/20
1133/25 1134/24 1135/1 1135/3 1137/25
1140/10 1141/4 1142/2 1142/25 1144/17
1149/16 1149/22 1150/20 1152/11
1153/19 1157/19 1157/20 1162/25
1163/17 1163/19 1168/21 1169/12
1174/17 1179/4 1179/8 1182/12 1182/15

# E

EARTHEN... [13]  1196/8 1196/12 1196/13 1200/10 1200/13 1200/15 1201/6 1202/18 1204/22 1208/9 1212/3 1218/4 1240/14
EASIER [1]  1139/23
EAST [23]  1126/4 1177/10 1190/21 1198/21 1198/22 1217/13 1217/15 1217/17 1217/18 1218/1 1218/2 1218/13 1218/22 1219/1 1219/11 1220/6 1220/22 1220/24 1222/11 1225/25 1233/8 1233/14 1233/22
EASTERN [2]  1124/2 1244/18
EASY [1]  1151/22
EBERSOLE [2]  1180/24 1181/5
EBERSOLE'S [1]  1181/1
EBIA [6]  1224/20 1225/11 1225/15 1225/19 1225/19 1226/12
EBSB [10]  1130/23 1132/23 1149/22 1149/25 1166/25 1168/1 1192/13 1192/21 1212/20 1213/19
EBSB'S [3]  1149/9 1161/15 1165/21
ECONOMY [1]  1199/4
EDGE [2]  1137/25 1138/21
EDUCATE [1]  1209/16
EDWARDS,LLC [1]  1125/5
EFFECT [40]  1131/24 1135/13 1139/14 1141/1 1143/4 1145/2 1157/22 1159/3 1159/23 1160/19 1161/19 1163/21 1166/10 1166/11 1167/1 1167/2 1169/9 1171/2 1172/10 1172/16 1172/20 1174/12 1182/4 1182/8 1186/17 1192/2 1193/1 1193/3 1194/1 1194/4 1194/8 1195/9 1196/19 1198/13 1200/19 1211/10 1212/18 1215/22 1216/4 1231/6
EFFECTIVE [8]  1153/10 1153/13 1154/16 1195/25 1197/16 1198/11 1237/5 1237/19
EFFECTIVELY [1]  1215/4
EFFECTS [14]  1135/16 1140/9 1146/17 1163/10 1167/5 1168/16 1196/17 1201/12 1204/10 1204/14 1208/13 1217/7 1217/11 1223/6
EHRLICH [1]  1126/11
EITHER [4]  1142/6 1169/19 1176/19 1225/24
EL [1]  1126/11
EL-AMIN [1]  1126/11
ELEVATION [23]  1131/21 1132/11 1132/19 1133/2 1135/1 1135/15 1136/21 1137/21 1138/4 1139/6 1139/9 1139/13 1141/4 1141/8 1143/5 1145/4 1157/17 1158/13 1178/12 1205/4 1210/14 1236/6 1243/14
ELEVATIONS [5]  1128/20 1133/4 1213/19 1214/5 1236/2
ELIMINATED [1]  1160/14
ELISA [1]  1126/3
ELOQUENTLY [1]  1172/23
ELSE [7]  1153/17 1155/16 1156/15 1156/20 1168/7 1199/5 1243/22
ELWOOD [2]  1125/22 1125/23
EMPHASIS [1]  1211/13
EMPHASIZED [1]  1220/20
ENCOMPASS [1]  1168/2
ENCOMPASSES [1]  1209/1
ENCOUNTER [1]  1184/1
ENCOUNTERED [2]  1148/14 1150/14
ENCROACH [1]  1151/25
ENCROACHED [1]  1134/25
ENCROACHING [1]  1152/10
ENCROACHMENT [2]  1135/10 1159/9

END [2]  1145/3 1207/19
ENERGETIC [2]  1184/21 1185/19
ENERGY [4]  1163/22 1182/3 1206/18 1206/23
ENGINEER [2]  1166/17 1173/7
ENGINEERING [4]  1161/16 1171/11 1176/7 1200/9
ENGINEERS [12]  1129/21 1141/9 1141/22 1144/16 1146/7 1149/18 1153/8 1165/7 1181/13 1190/11 1207/9 1207/10
ENGINEERS' [1]  1202/5
ENGLISH [1]  1217/3
ENLARGE [1]  1147/1
ENOUGH [3]  1178/12 1188/14 1239/10
ENSUES [1]  1213/22
ENTER [2]  1211/20 1240/5
ENTERGY [3]  1177/1 1177/3 1177/8
ENTERING [1]  1196/2
ENTERS [1]  1143/2
ENTIRE [1]  1224/6
ENTITLED [7]  1131/19 1139/5 1146/5 1149/8 1180/23 1228/4 1244/20
ENTRY [2]  1132/22 1220/24
ENVIRONMENT [7]  1146/19 1149/2 1149/5 1194/13 1194/19 1194/20 1197/9
ENVIRONMENTAL [1]  1240/12
ENVIRONMENTS [1]  1198/12
EQUALS [1]  1139/9
EQUATION [1]  1164/24
EQUATIONS [2]  1164/25 1164/25
ERASING [1]  1194/9
ERODED [1]  1178/9
ERODES [1]  1138/9
ERODIBILITY [5]  1164/10 1164/14 1164/22 1165/9 1167/2
EROSION [27]  1138/5 1139/2 1140/9 1153/4 1153/7 1158/9 1158/9 1158/19 1163/21 1164/17 1167/4 1168/15 1168/22 1168/24 1169/17 1169/20 1169/20 1169/21 1170/4 1173/25 1179/20 1180/3 1208/15 1238/14 1238/19 1238/20 1240/13
EROSIVE [7]  1168/23 1178/8 1179/7 1200/25 1201/12 1238/13 1238/16
ESQ [31]  1124/15 1124/18 1124/19 1124/22 1124/22 1125/3 1125/6 1125/9 1125/12 1125/16 1125/19 1125/20 1125/23 1126/3 1126/3 1126/6 1126/6 1126/10 1126/11 1126/11 1126/12 1126/12 1126/13 1126/13 1126/14 1126/14 1126/15 1126/15 1126/16 1126/16 1126/17
ESSENCE [1]  1164/17
ESSENTIALLY [4]  1130/4 1163/7 1165/8 1194/8
ESTIMATED [1]  1241/25
ESTIMATES [1]  1131/20
ESTIMATING [1]  1170/11
ET [2]  1124/5 1124/7
ETC [2]  1229/21 1230/2
EVALUATION [4]  1190/10 1200/10 1237/18 1238/21
EVEN [16]  1148/6 1176/6 1176/18 1186/2 1194/23 1195/24 1215/6 1219/25 1220/1 1226/6 1228/8 1228/23 1230/8 1235/21 1235/22 1242/25
EVENING [1]  1244/15
EVENTS [1]  1140/16
EVER [1]  1217/3
EVERY [2]  1130/19 1211/12
EVERYBODY [2]  1238/5 1244/10
EVERYTHING [1]  1203/11
EVIDENCE [2]  1165/19 1176/8

EVIDENT [1]  1138/3
EXACTLY [4]  1147/25 1189/4 1210/18 1225/5
EXAMINATION [12]  1128/17 1147/11 1157/25 1167/10 1167/10 1171/5 1175/10 1185/25 1201/20 1212/14 1222/8 1244/3
EXAMPLE [12]  1163/25 1168/16 1169/2 1176/12 1183/21 1200/22 1203/2 1205/25 1206/1 1207/4 1207/5 1214/9
EXAMPLES [1]  1170/4
EXCAVATED [1]  1143/2
EXCAVATION [3]  1142/1 1147/22 1225/11
EXCAVATIONS [2]  1144/19 1224/21
EXCEED [1]  1200/22
EXCELLENT [1]  1202/18
EXCERPTS [1]  1157/23
EXCUSE [3]  1138/2 1190/17 1220/4
EXIGENT [1]  1155/17
EXIST [2]  1198/11 1226/13
EXISTED [4]  1151/7 1211/24 1212/1 1236/7
EXISTING [1]  1146/3
EXISTS [2]  1138/4 1215/1
EXPECT [1]  1195/24
EXPECTED [1]  1129/22
EXPERIENCE [3]  1153/10 1176/5 1192/1
EXPERIENCED [1]  1179/18
EXPERIMENT [2]  1146/11 1151/9
EXPERIMENTAL [6]  1141/20 1143/20 1145/3 1165/1 1165/2 1195/8
EXPERIMENTS [2]  1165/6 1165/7
EXPERT [11]  1133/14 1151/12 1153/8 1197/25 1221/21 1224/18 1231/14 1233/13 1233/21 1238/12 1239/13
EXPERTS [9]  1154/11 1170/9 1223/11 1224/22 1224/25 1227/3 1232/14 1233/13 1237/8
EXPLAIN [24]  1139/6 1139/20 1157/2 1164/12 1165/2 1165/4 1165/4 1166/7 1168/20 1172/22 1178/7 1178/24 1179/1 1181/4 1189/12 1189/15 1189/20 1190/1 1209/4 1215/18 1216/25 1229/1 1233/14 1239/17
EXPLAINED [1]  1235/1
EXPLOITATION [2]  1158/14 1213/23
EXPLOITED [1]  1189/17
EXPLOITS [1]  1179/24
EXPLORATION [1]  1129/20
EXPLORATIONS [1]  1131/8
EXPLORE [1]  1231/24
EXPOSED [1]  1176/8
EXPOSING [2]  1200/24 1201/12
EXPOSURE [2]  1175/24 1178/13
EXPRESS [1]  1139/8
EXTENDED [1]  1135/15
EXTENSION [2]  1242/9 1242/21
EXTENT [6]  1223/22 1223/24 1225/19 1229/10 1229/15 1231/9
EXTRA [2]  1147/22 1187/18
EXTREME [1]  1160/1
EXTREMELY [1]  1174/7
EXTRINSIC [1]  1160/20

# F

FACE [15]  1163/17 1168/1 1174/17 1182/10 1182/11 1184/17 1195/2 1196/8 1196/12 1196/12 1202/21 1208/8 1208/11 1212/3 1212/20
FACED [1]  1214/8

Case 2:05-cv-04182-SRD-JCW Document 18877 Filed 05/27/09 Page 130 of 145

FACES [1] 1200/12
FACING [1] 1181/9
FACT [15] 1143/18 1146/20 1148/25
 1152/15 1155/5 1159/19 1165/6 1169/25
 1190/9 1198/5 1202/3 1226/10 1227/16
 1233/12 1238/24
FACTOR [13] 1137/7 1145/24 1158/18
 1159/8 1162/8 1164/13 1164/14 1175/4
 1185/17 1211/1 1211/6 1226/17 1227/8
FACTORING [1] 1207/20
FACTORS [5] 1160/14 1217/7 1228/22
 1228/24 1230/8
FACTS [2] 1230/1 1230/12
FACTUAL [1] 1229/23
FAIL [7] 1160/22 1180/13 1225/19
 1231/1 1232/9 1240/25 1241/22
FAILED [4] 1225/25 1226/6 1227/22
 1231/13
FAILS [2] 1226/2 1231/3
FAILURE [13] 1139/6 1139/10 1140/8
 1140/11 1180/1 1201/5 1229/2 1230/24
 1230/25 1231/10 1237/18 1237/20
 1238/22
FAILURES [1] 1231/22
FAIR [12] 1129/11 1130/22 1146/10
 1151/13 1169/2 1170/20 1170/23 1171/1
 1173/3 1173/7 1180/2 1188/14
FAIRLY [2] 1148/19 1148/20
FALLEN [1] 1231/7
FAMILIAR [3] 1177/14 1220/12 1243/7
FAR [2] 1155/2 1201/18
FARE [3] 1200/2 1202/2 1242/10
FARED [1] 1176/9
FARTHER [1] 1179/22
FASHION [2] 1232/20 1237/5
FATIGUE [1] 1168/25
FAVORABLY [1] 1208/1
FAYARD [2] 1125/16 1125/16
FCRR [3] 1126/20 1244/18 1244/23
FEASIBLE [4] 1152/4 1203/15 1236/21
 1236/25
FEATURE [3] 1178/8 1238/14 1240/13
FEATURES [1] 1181/7
FEET [117] 1131/13 1132/2 1132/6
 1133/1 1133/4 1133/5 1133/6 1133/7
 1133/9 1133/15 1134/7 1134/11 1135/2
 1135/3 1135/12 1136/18 1136/22 1137/1
 1137/4 1137/11 1137/12 1137/22
 1137/22 1137/23 1138/1 1138/21
 1144/22 1145/3 1145/5 1145/12 1145/18
 1150/12 1153/3 1155/5 1156/7 1157/6
 1157/7 1157/10 1159/19 1159/25 1160/1
 1160/18 1162/4 1162/6 1163/18 1163/25
 1164/2 1166/4 1166/5 1166/7 1166/9
 1166/9 1166/14 1166/22 1166/23
 1166/24 1169/16 1169/16 1170/24
 1170/24 1173/9 1173/10 1173/21
 1174/11 1182/6 1182/13 1182/24 1183/2
 1183/5 1183/14 1183/14 1184/5 1184/9
 1184/11 1185/1 1185/3 1185/16 1186/6
 1186/6 1186/12 1186/12 1186/13
 1187/13 1187/15 1187/19 1192/13
 1193/25 1195/18 1195/19 1198/8
 1200/22 1205/19 1206/3 1206/5 1211/1
 1214/6 1214/9 1214/10 1214/25 1219/21
 1222/12 1222/14 1223/14 1228/20
 1229/4 1229/5 1229/5 1229/7 1234/13
 1235/20 1236/6 1236/11 1241/24
 1241/25 1243/9 1243/10 1243/14
FELLOW [1] 1198/5
FELT [1] 1185/9

FETCH [5] 1162/12 1162/16 1162/17
 1173/6 1174/21 1175/1
FEW [2] 1169/5 1218/8
FIELD [8] 1146/13 1149/14 1149/20
 1165/3 1165/6 1165/7 1195/8 1201/21
FIELD-OBSERVATIONS [1] 1201/21
FIGHTERS [1] 1179/23
FIGURE [5] 1141/19 1141/22 1141/24
 1229/25 1238/24
FIGURES [1] 1183/17
FILED [1] 1172/5 1233/13
FILL [3] 1131/25 1214/15 1218/18
FILLING [3] 1188/14 1191/1 1218/17
FILLS [2] 1213/23 1214/10
FILTER [1] 1211/22
FINALLY [4] 1140/12 1235/6 1235/13
 1236/16
FIND [7] 1150/10 1151/18 1159/8
 1159/22 1169/15 1173/24 1175/23
FINDING [1] 1180/18
FINE [3] 1177/13 1221/7 1244/4
FINISH [2] 1168/11 1173/4
FINISHED [1] 1199/18
FIREHOSE [2] 1169/4 1169/5
FIRM [4] 1124/21 1125/9 1125/12
 1126/2
FIRST [15] 1128/24 1139/20 1140/3
 1142/23 1148/10 1149/10 1157/16
 1158/6 1163/4 1172/9 1189/10 1218/17
 1234/21 1238/6 1241/15
FISH [2] 1175/7 1184/16
FISHERMEN [2] 1175/7 1239/24
FITZGERALD [2] 1157/25 1236/20
FIVE [2] 1188/17 1229/8
FLAT [1] 1150/2
FLEW [1] 1202/9
FLEXIBILITY [1] 1192/10
FLOOD [58] 1129/5 1130/14 1134/1
 1134/24 1135/1 1135/4 1137/25 1140/10
 1141/4 1141/8 1142/2 1142/25 1144/17
 1149/16 1150/20 1152/11 1153/19
 1157/19 1157/20 1160/20 1162/25
 1163/17 1168/21 1169/12 1172/17
 1174/17 1179/4 1179/8 1179/23 1182/12
 1182/15 1196/9 1196/13 1199/9 1200/10
 1200/13 1200/15 1201/6 1202/19
 1204/23 1208/9 1209/23 1210/2 1212/3
 1214/4 1217/17 1217/20 1218/4 1223/16
 1226/22 1227/22 1228/21 1228/22
 1230/22 1235/19 1240/2 1241/13 1243/4
FLOODED [2] 1190/20 1218/13
FLOODING [42] 1139/11 1160/21
 1169/10 1169/11 1169/11 1170/1
 1187/21 1187/24 1187/25 1188/7 1188/7
 1188/11 1189/7 1189/11 1189/23 1190/2
 1190/15 1190/17 1191/8 1191/23
 1191/23 1214/11 1217/8 1217/12
 1218/17 1218/21 1218/24 1218/25
 1223/7 1223/25 1224/13 1225/20
 1229/10 1229/11 1229/16 1230/10
 1231/9 1232/11 1232/13 1233/14
 1234/24 1235/6
FLOODWATER [2] 1214/13 1220/24
FLOODWATERS [1] 1189/13
FLORIDA [5] 1125/17 1141/21 1143/24
 1143/25 1207/13
FLOW [5] 1147/21 1165/11 1178/10
 1178/11 1189/18
FLOWED [1] 1218/12
FLOWING [4] 1179/4 1188/22 1189/2
 1231/4
FLOWS [3] 1188/25 1214/10 1232/15
FLUSHING [1] 1213/25

FOCUS [2] 1137/19 1208/15
FOCUSSING [1] 1125/11 1220/4
FOLD [2] 1167/4 1168/15
FOLLOW [1] 1155/21
FOLLOWED [1] 1213/22
FOLLOWING [1] 1149/16
FOLLOWS [3] 1128/16 1159/15 1209/22
FOOT [18] 1133/10 1136/21 1165/24
 1165/25 1173/19 1178/18 1186/1 1186/2
 1187/19 1195/19 1195/20 1196/1 1206/3
 1230/19 1233/2 1233/5 1235/22 1236/2
FOOT-AND-A-HALF [1] 1133/10
FORCE [3] 1179/7 1190/10 1206/18
FORCES [1] 1203/1
FOREGOING [1] 1244/19
FORENSIC [1] 1200/9
FORESEEABLE [1] 1156/11
FORESHORE [12] 1133/24 1152/15
 1152/16 1152/20 1157/21 1174/16
 1175/1 1192/15 1192/22 1204/18 1207/5
 1211/20
FORGIVE [2] 1192/8 1238/4
FORM [4] 1140/2 1143/3 1150/21
 1200/11
FORMAL [1] 1208/21
FORMED [1] 1210/13
FORMING [1] 1150/13
FORMULA [3] 1139/6 1139/8 1161/6
FORTH [1] 1239/20
FORTUNATE [1] 1239/10
FORWARD [2] 1207/25 1244/9
FOUND [4] 1159/21 1169/19 1201/24
 1203/2
FOUNDATION [2] 1131/25 1171/13
FOUNDER [1] 1196/19
FOUR [5] 1131/22 1189/2 1201/6 1229/9
 1231/10
FOUR-HOUR [1] 1229/9
FOURTH [1] 1201/13
FRANK [1] 1125/9
FRANKLIN [1] 1126/17
FREQUENT [1] 1139/25
FRICTION [2] 1160/10 1175/3
FRICTIONAL [1] 1163/10
FROM MY [1] 1179/16
FRONT [18] 1163/21 1176/3 1176/5
 1178/9 1178/11 1178/25 1179/10
 1179/17 1179/25 1180/15 1180/23
 1181/6 1181/8 1189/22 1200/14 1201/9
 1204/22 1242/18
FRONT-SIDE [1] 1189/22
FRONT-TO-BACK [4] 1176/3 1179/17
 1179/25 1181/6
FRONTED [1] 1242/1
FRONTING [10] 1192/6 1192/20 1193/6
 1193/8 1193/11 1193/21 1206/3 1213/20
 1214/6 1218/11
FRONTSIDE [2] 1180/2 1180/3
FRONTSIDE-TO-BACKSIDE [1] 1180/2
FULL [2] 1209/22 1210/2
FUNCTION [9] 1144/24 1145/1 1163/22
 1164/11 1172/20 1195/10 1208/6
 1208/10 1232/24
FUNNEL [7] 1171/2 1186/20 1186/21
 1187/10 1219/19 1232/1 1232/3
FURTHER [6] 1145/23 1159/2 1163/13
 1183/23 1192/11 1243/20
FUTURE [1] 1146/17
FUZZIER [1] 1220/7

GAGLIANO [4] 1175/3 1197/19 1235/24
 1236/20

G

GAGLIANO'S [1]  1235/16
GARDEN [2]  1169/3 1169/5
GATE [3]  1197/2 1231/20 1239/22
GATES [1]  1234/18
GATHERED [1]  1194/3
GAVE [2]  1167/21 1204/4
GENERAL [1]  1209/19
GENERALIZED [1]  1147/12
GEOLOGIC [1]  1148/13
GEOLOGICAL [4]  1146/6 1146/15
1148/9 1149/4
GEOTECHNICAL [4]  1129/20 1130/3
1131/7 1141/20
GET [30]  1128/20 1131/5 1133/6
1155/14 1159/22 1160/1 1173/4 1184/3
1184/23 1185/3 1185/6 1185/16 1186/15
1198/3 1203/7 1205/14 1209/19 1209/21
1210/22 1213/1 1217/16 1218/7 1218/8
1220/6 1225/13 1227/17 1228/5 1228/6
1228/14 1238/7
GETS [5]  1183/4 1183/5 1183/25 1235/1
1235/4
GETTING [2]  1134/11 1228/7
GILBERT [2]  1126/2 1126/3
GIVE [6]  1168/12 1205/25 1207/4
1212/9 1231/15 1233/6
GIVEN [4]  1141/2 1141/3 1163/25
1168/22
GIVES [4]  1187/18 1233/2 1233/5
1238/1
GIWW [8]  1176/12 1177/4 1177/11
1190/17 1190/24 1217/10 1231/20
1234/22
GIWW/REACH [1]  1177/11
GIWW/REACH 1 [2]  1190/24 1234/22
GO [67]  1128/9 1131/9 1132/16 1132/16
1134/14 1134/18 1137/13 1139/4
1139/12 1139/19 1140/22 1143/7
1144/10 1146/5 1147/8 1152/18 1152/18
1153/24 1154/3 1156/5 1156/7 1156/7
1157/1 1159/9 1161/6 1164/9 1168/6
1170/4 1170/7 1176/25 1177/13 1178/4
1178/24 1179/11 1180/10 1181/17
1182/16 1182/19 1184/9 1184/11
1184/15 1190/17 1194/18 1198/3
1198/16 1199/14 1199/20 1199/22
1213/4 1217/1 1217/9 1219/24 1222/5
1222/10 1223/3 1223/13 1223/13
1224/20 1228/7 1232/23 1233/8 1234/12
1234/21 1236/19 1239/20 1242/5 1242/7
GOD [5]  1194/14 1194/18 1194/20
1194/23 1197/11
GOD'S [1]  1194/19
GOES [3]  1151/14 1230/10 1240/15
GOING [41]  1134/19 1139/19 1140/8
1147/6 1149/5 1151/18 1151/21 1153/21
1154/10 1155/18 1155/20 1156/12
1158/3 1162/9 1165/19 1167/11 1168/8
1173/5 1177/16 1178/7 1180/13 1185/17
1186/20 1191/18 1198/4 1203/21 1206/8
1209/17 1212/10 1217/9 1223/9 1223/13
1225/6 1225/14 1226/24 1227/11
1227/13 1231/1 1234/3 1237/14 1241/7
GONE [2]  1135/5 1226/15
GOOD [16]  1134/9 1139/8 1156/23
1179/5 1184/16 1185/10 1186/23
1188/13 1199/4 1200/16 1200/25 1224/3
1224/4 1224/6 1224/10 1225/1
GOOD-BYE [1]  1134/9
GOT [24]  1130/23 1132/19 1135/5
1151/24 1153/15 1156/20 1159/15

1160/9 1166/5 1174/5 1186/11 1186/17
1189/22 1191/4 1193/1 1193/3 1193/8
1193/21 1214/6 1218/18 1222/15
1222/16 1225/20 1226/16 1226/18
GOTTEN [8]  1155/16 1156/23 1159/5
1159/16 1162/13 1191/19 1192/14
1217/3
GOVERNMENT [14]  1125/13 1167/10
1168/8 1171/25 1172/2 1175/10 1181/1
1187/18 1209/17 1225/10 1233/9
1233/19 1237/8 1244/5
GOVERNMENT'S [2]  1185/24 1212/14
GRADUALLY [1]  1140/18
GRAND [1]  1199/13
GRAPH [2]  1142/4 1157/5
GRAPHIC [2]  1139/7 1161/5
GRAPHICALLY [3]  1181/13 1181/15
1181/16
GRAPHICS [1]  1181/20
GRAPHS [1]  1160/17
GRASS [29]  1153/6 1178/9 1198/19
1199/7 1200/12 1200/16 1200/16
1200/17 1200/18 1200/19 1200/23
1200/25 1201/2 1201/11 1201/17
1201/22 1201/25 1202/12 1202/18
1202/23 1202/24 1202/25 1203/2 1203/4
1203/7 1203/10 1203/15 1216/15 1242/3
GREAT [5]  1154/11 1154/11 1159/1
1174/24 1199/11
GREATER [11]  1139/9 1139/10 1139/10
1139/11 1139/20 1140/8 1140/13 1141/5
1168/25 1184/10 1185/5
GREATLY [1]  1141/7
GREEN [1]  1176/23
GREIF [1]  1126/12
GRID [1]  1215/19
GROUND [2]  1131/5 1150/11
GROUP [1]  1126/7
GROW [5]  1162/6 1186/13 1197/14
1203/1 1203/7
GROWN [1]  1157/6
GROWS [2]  1184/4 1184/5
GROWTH [1]  1196/23
GUARD [1]  1160/15
GUESS [7]  1147/3 1160/9 1197/13
1219/23 1225/18 1225/22 1232/20
GULF [1]  1146/6
GUSTAV [1]  1194/5

H

HAD [54]  1130/15 1130/19 1132/11
1133/5 1136/22 1136/22 1141/24
1147/16 1149/24 1150/17 1150/14
1152/5 1153/12 1153/21 1154/7 1159/3
1159/12 1160/12 1160/19 1164/2
1165/24 1166/3 1166/7 1168/16 1169/16
1170/12 1178/10 1178/14 1179/23
1186/1 1198/13 1200/2 1200/11 1201/21
1203/3 1204/1 1205/18 1206/1 1214/22
1216/21 1216/21 1216/22 1218/20
1222/11 1222/22 1223/14 1226/12
1229/21 1231/6 1236/1 1236/6 1236/10
1236/11 1236/19
HADN'T [1]  1136/22
HALF [10]  1133/10 1175/1 1187/19
1188/25 1201/2 1201/4 1208/4 1216/3
1233/2 1233/5
HALF-HOUR [1]  1201/4
HAND [3]  1149/21 1150/17 1157/4
HAPPEN [2]  1171/9 1226/13
HAPPENED [15]  1161/14 1161/16
1163/19 1170/11 1189/5 1221/2 1222/20
1222/22 1222/22 1226/20 1226/20

1226/21 1228/8 1228/9 1242/20
1228/19 1232/19 1231/3 1145/19
1218/17
HAPPENS [7]  1149/12 1154/3 1166/24
1169/1 1184/14 1189/19 1194/15
HAPPY [1]  1244/1
HARBOR [1]  1237/17
HARD [2]  1194/12 1239/18
HARDER [1]  1147/4
HARM [6]  1171/10 1171/11 1172/4
1172/8 1209/13 1216/7
HAS [48]  1134/2 1134/25 1135/2
1140/18 1141/1 1141/2 1141/9 1143/23
1145/11 1152/1 1159/16 1161/11
1161/14 1161/19 1162/12 1163/15
1165/7 1171/1 1178/9 1178/10 1179/25
1182/4 1192/14 1193/1 1193/10 1194/8
1195/9 1197/22 1200/19 1201/6 1203/6
1207/24 1207/24 1208/11 1208/14
1216/4 1216/11 1216/13 1216/15
1216/17 1225/23 1227/12 1233/21
1233/22 1234/8 1234/21 1237/11
1240/23
HASN'T [4]  1167/17 1181/11 1219/2
1238/5
HATE [1]  1212/17
HAVE [194]
HAVE HAPPENED [1]  1226/20
HAVEN'T [4]  1159/5 1162/13 1191/19
1225/12
HAVING [3]  1128/15 1166/8 1195/17
HB [1]  1126/20
HB-406 [1]  1126/20
HE [32]  1141/21 1150/18 1158/4
1167/17 1183/17 1183/17 1204/2 1204/2
1209/21 1221/14 1221/17 1222/25
1225/24 1227/11 1227/11 1227/12
1227/13 1227/20 1227/23 1231/15
1233/19 1233/21 1233/21 1234/6
1237/11 1237/18 1237/21 1237/23
1238/15 1238/18 1238/21 1244/1
HE'D [1]  1157/24
HE'S [5]  1147/2 1151/24 1160/17 1181/6
1222/16
HEADS [1]  1128/20
HEARD [1]  1163/3
HEIGHT [36]  1130/23 1132/25 1135/6
1144/20 1158/17 1163/8 1163/24
1163/25 1166/8 1166/21 1167/21 1169/8
1175/1 1175/6 1181/25 1182/1 1182/5
1182/13 1182/23 1183/7 1183/20 1188/6
1192/9 1195/13 1195/13 1195/14
1195/19 1195/22 1205/21 1206/3 1207/6
1208/2 1208/4 1208/4 1210/6 1220/2
HEIGHTS [20]  1162/6 1163/6 1163/12
1163/14 1165/20 1174/25 1181/22
1182/2 1182/11 1195/10 1195/21
1195/25 1196/1 1196/2 1200/21 1208/7
1210/20 1211/11 1211/12 1235/19
HELP [4]  1135/18 1153/18 1208/16
1220/17
HELPED [2]  1153/20 1153/22
HELPS [1]  1238/7
HENCE [2]  1168/24 1168/25
HERE [45]  1129/3 1133/3 1136/18
1137/19 1138/4 1140/24 1141/18
1141/25 1142/15 1144/15 1148/15
1149/11 1149/15 1164/19 1170/5 1172/6
1177/16 1177/24 1178/7 1180/13
1180/13 1183/14 1184/18 1184/22
1190/16 1192/10 1192/18 1192/24
1193/12 1193/14 1193/19 1195/17
1212/23 1217/18 1218/1 1218/5 1218/17

H

HERE... [8]  1220/14 1221/16 1227/10
1227/21 1228/19 1236/3 1240/19
1242/20
HEREBY [1]  1244/19
HEROES [1]  1199/8
HIGH [13]  1132/12 1147/21 1168/22
1177/22 1189/19 1189/20 1192/12
1192/22 1213/25 1223/18 1228/21
1232/7 1234/24
HIGH-WATER [1]  1147/21
HIGHER [11]  1140/11 1145/15 1145/15
1173/17 1211/8 1219/21 1219/22
1223/14 1228/20 1234/13 1236/2
HIGHEST [1]  1182/2
HIGHLIGHT [1]  1159/10
HIGHLIGHTED [2]  1131/18 1146/24
HIGHLY [3]  1143/12 1144/22 1153/10
HIGHWAY [3]  1162/10 1173/15 1176/9
HIM [4]  1168/8 1221/15 1226/24 1238/1
HIMSELF [1]  1194/6
HINGES [1]  1160/23
HIS [22]  1128/6 1157/24 1160/16 1161/5
1161/11 1163/3 1178/24 1198/5 1204/18
1209/21 1215/13 1218/25 1219/12
1221/15 1226/4 1226/19 1227/11
1227/13 1227/20 1231/15 1237/21
1238/23
HIS HONOR [1]  1178/24
HIS HONOR'S [3]  1157/24 1161/5
1215/13
HIT [4]  1161/15 1169/8 1184/15 1235/15
HITS [2]  1184/10 1234/21
HITTING [3]  1169/3 1185/19 1206/24
HOLD [3]  1170/6 1199/6 1209/21
HOME [1]  1203/3
HOMOGENEOUS [1]  1148/19
HONEYCUTT [1]  1125/16
HONOR [33]  1128/5 1134/19 1136/10
1142/5 1142/10 1147/7 1150/22 1151/25
1155/7 1155/22 1160/16 1178/24
1182/17 1186/24 1191/17 1191/19
1199/14 1203/12 1212/12 1217/4 1219/8
1219/13 1220/4 1220/8 1222/25 1227/10
1228/17 1231/11 1233/18 1234/5 1238/8
1239/15 1244/8
HONOR'S [3]  1157/24 1161/5 1215/13
HONORABLE [1]  1124/11
HOPE [5]  1124/16 1128/13 1212/12
1215/13 1216/24
HOPEFULLY [2]  1217/4 1244/1
HORIZONTAL [2]  1145/6 1195/15
HOSE [3]  1165/8 1169/3 1169/5
HOUR [7]  1169/6 1188/25 1201/1
1201/2 1201/4 1216/4 1229/9
HOURS [14]  1187/23 1187/25 1188/19
1189/3 1191/12 1213/24 1219/19
1223/18 1228/21 1229/7 1229/8 1231/10
1234/24 1234/25
HOUSES [1]  1224/5
HOW [40]  1132/2 1132/12 1135/10
1137/9 1145/18 1149/11 1149/16
1150/19 1153/20 1154/22 1159/2 1159/4
1159/22 1166/24 1185/22 1187/23
1193/24 1196/20 1198/3 1199/6 1200/2
1202/1 1202/11 1202/11 1205/25
1206/18 1207/19 1224/1 1225/18
1225/21 1229/16 1229/17 1229/20
1230/1 1230/3 1231/13 1231/19 1234/24
1238/18 1242/9
HUGE [1]  1169/4
HUH [1]  1206/6

HURRICANE [22]  1139/17 1152/5
1160/24 1168/7 1173/11 1173/15
1173/15 1176/9 1181/23 1189/10 1192/2
1194/5 1201/19 1203/6 1213/18 1231/8
1238/16 1239/5 1239/8 1240/11 1240/11
1243/3
HYDRAULIC [4]  1162/22 1165/11
1223/20 1237/16
HYDRODYNAMIC [4]  1162/22 1223/16
1228/20 1230/22
HYDROGRAPHS [4]  1221/8 1221/22
1224/12 1235/9
HYPOTHETICAL [1]  1167/20
HYPOTHETICALLY [1]  1134/2

I

I'LL [12]  1138/16 1151/2 1160/16
1168/11 1172/2 1175/9 1175/9 1202/25
1212/13 1217/23 1225/13 1228/14
I'M [59]  1142/7 1147/6 1150/23 1151/18
1151/21 1151/22 1152/12 1155/18
1155/20 1158/2 1159/4 1159/10 1162/6
1165/19 1165/21 1166/19 1171/4
1171/12 1172/24 1175/11 1176/4 1178/1
1178/3 1181/22 1183/14 1186/5 1186/8
1186/20 1191/10 1192/5 1206/8 1213/6
1213/6 1217/9 1217/15 1219/9 1219/9
1219/10 1219/23 1220/5 1220/19 1221/4
1221/8 1223/9 1225/4 1225/22 1226/22
1226/24 1228/4 1229/25 1230/6 1230/9
1230/11 1231/24 1232/22 1233/24
1234/9 1241/7 1244/1
I'VE [7]  1149/21 1150/19 1171/13
1220/19 1222/15 1225/20 1235/11
I-WALL [1]  1231/7
I-WALLS [1]  1232/9
IDEA [1]  1232/17
IDENTIFICATION [1]  1174/15
IDENTIFIED [4]  1149/22 1197/22
1204/13 1227/3
IDENTIFY [1]  1148/16
IDENTIFYING [1]  1148/14
IF [116]  1132/2 1132/10 1133/5 1133/9
1134/10 1136/21 1140/21 1141/13
1145/1 1147/6 1151/10 1153/4 1153/12
1153/21 1154/7 1154/22 1155/15
1155/21 1158/4 1159/4 1159/9 1160/12
1162/15 1163/12 1164/2 1164/13
1167/17 1168/4 1168/15 1168/25 1169/7
1169/25 1170/11 1171/9 1171/20 1172/3
1175/12 1176/6 1178/10 1182/18
1185/15 1185/19 1185/25 1186/12
1186/17 1186/24 1188/12 1188/19
1189/10 1189/11 1190/17 1191/6
1191/21 1195/15 1196/9 1196/13 1197/2
1197/5 1198/12 1199/4 1202/23 1204/16
1205/18 1206/1 1207/5 1209/12 1211/15
1213/1 1214/22 1215/6 1215/23 1216/21
1217/2 1219/6 1219/25 1220/1 1221/6
1221/6 1221/8 1221/9 1221/14 1221/15
1224/9 1225/18 1226/1 1226/6 1226/12
1226/19 1226/20 1226/20 1227/6
1227/11 1227/12 1228/8 1228/9 1228/23
1229/5 1229/9 1229/22 1229/23 1230/7
1231/3 1231/6 1231/12 1231/14 1231/15
1231/19 1232/3 1232/17 1234/6 1234/13
1234/18 1235/22 1236/1 1236/6 1236/11
IGNORANCE [1]  1195/3
IGNORE [1]  1225/21
IGNORED [1]  1204/15
IHNC [13]  1187/15 1188/3 1190/17
1216/17 1223/10 1223/13 1225/9
1225/25 1227/22 1229/15 1229/18

1231/22 1234/21
ILLUSTRATE [5]  1157/3 1166/2 1183/15
1185/11 1213/9
ILLUSTRATES [2]  1176/21 1179/17
ILLUSTRATING [3]  1151/13 1214/2
1214/3
ILLUSTRATION [5]  1142/21 1150/17
1178/15 1193/5 1195/11
IMAGES [1]  1202/8
IMMEDIATELY [2]  1204/22 1240/13
IMPACT [6]  1165/9 1207/19 1208/16
1211/14 1234/4 1236/16
IMPACTED [1]  1154/24
IMPACTS [9]  1155/19 1173/13 1223/10
1227/3 1227/8 1227/24 1228/19 1233/9
1235/13
IMPLEMENTED [1]  1154/8
IMPLICATIONS [1]  1139/16
IMPORTANCE [2]  1163/4 1164/20
IMPORTANT [17]  1131/17 1155/1
1163/1 1163/9 1174/7 1200/12 1200/19
1204/11 1204/14 1204/18 1205/12
1206/20 1206/23 1215/14 1215/24
1233/12 1240/2
IMPOSE [1]  1167/11
IN [324]
INCIDENT [1]  1208/4
INCLINATION [1]  1205/5
INCLUDE [1]  1131/24
INCLUDED [1]  1211/6
INCLUDING [1]  1199/3
INCLUSION [1]  1209/3
INCOMING [12]  1157/22 1168/1 1174/25
1177/21 1195/12 1195/14 1195/22
1195/25 1196/1 1209/11 1213/25 1214/7
INCORRECT [1]  1174/9
INCREASE [8]  1141/4 1157/5 1167/4
1168/15 1168/17 1168/23 1185/17
1231/22
INCREASED [4]  1131/23 1144/20
1223/16 1228/20
INCREASES [1]  1210/14
INDEED [7]  1141/12 1147/17 1188/21
1202/14 1237/2 1238/25 1240/18
INDICATE [1]  1147/12
INDICATED [1]  1169/19
INDICATES [1]  1140/19
INDICATING [1]  1177/7
INDICATIVE [1]  1238/15
INDUSTRIAL [1]  1210/13 1218/9
INDUSTRY [1]  1150/15
INFERENTIALLY [1]  1158/25
INFLUENCE [1]  1128/21
INFLUENCERS [1]  1199/18
INFORMATION [4]  1194/4 1195/20
1201/19 1221/15
INHABITED [1]  1218/22
INITIALLY [2]  1140/18 1150/1
INITIATES [1]  1229/3 1231/10
INITIATING [1]  1189/16
INITIATION [1]  1229/6
INJECT [1]  1232/21
INNER [1]  1237/17
INPUT [9]  1195/20 1203/24 1204/1
1207/2 1207/3 1208/20 1208/24 1208/25
1221/22
INPUTS [1]  1205/22
INQUIRY [3]  1150/22 1160/25 1173/3
INSIGNIFICANT [2]  1204/15 1209/5
INSOFAR [1]  1151/19
INSTANCES [1]  1225/24
INSTEAD [1]  1156/7

**I**

INSTRUMENTED [1] 1144/22
INSURERS [1] 1126/2
INTACT [2] 1214/5 1214/8
INTEGRITY [1] 1155/15
INTELLIGENT [1] 1180/18
INTENSE [4] 1176/2 1176/4 1211/9
1211/21
INTENSELY [1] 1138/12
INTENSITY [2] 1168/24 1177/23
INTENTIONALLY [1] 1144/21
INTERAGENCY [1] 1190/10
INTERDISTRIBUTARY [3] 1143/11
1147/14 1147/21
INTEREST [1] 1202/7
INTERESTED [7] 1158/7 1187/16
1220/19 1221/5 1222/17 1229/15 1230/1
INTERESTING [2] 1155/5 1194/3
INTERFACE [1] 1218/4
INTERPRET [1] 1222/24
INTERPRETING [1] 1221/17
INTERREGNUM [1] 1244/2
INTERRELATED [2] 1196/25 1197/1
INTERRUPT [1] 1152/12
INTERRUPTED [1] 1148/17
INTERSECTION [1] 1218/12
INTERVAL [2] 1229/21 1230/4
INTERVENING [1] 1196/10
INTO [29] 1131/5 1139/19 1139/24
1147/22 1154/5 1156/6 1156/17 1165/11
1183/4 1189/18 1190/2 1190/3 1191/1
1200/11 1205/14 1208/8 1210/22
1213/25 1217/9 1217/16 1218/12
1220/24 1224/14 1228/14 1230/2
1232/15 1232/15 1232/21 1240/5
INTRUSION [2] 1193/10 1196/23
INVESTIGATING [1] 1129/22
INVESTIGATION [5] 1130/3 1146/6
1146/15 1148/10 1202/13
INVOKES [1] 1152/16
INVOLVED [1] 1159/7
IPET [1] 1190/12
IRRELEVANT [1] 1226/3
IS [348]
ISLAND [1] 1150/13
ISLANDS [3] 1150/3 1150/5 1150/21
ISN'T [3] 1186/9 1203/16 1228/2
ISSUE [6] 1158/16 1159/3 1171/21
1192/23 1226/1 1233/3
ISSUES [3] 1128/6 1155/8 1172/7
IT [285]
IT'S [106] 1129/5 1129/8 1129/20
1131/17 1134/9 1134/13 1139/5 1141/14
1143/15 1143/24 1146/23 1146/23
1147/3 1147/4 1147/4 1149/7 1149/8
1150/23 1150/24 1150/25 1150/25
1153/10 1156/22 1157/2 1157/3 1157/6
1162/14 1165/7 1170/14 1170/18
1170/20 1170/23 1171/1 1171/21
1172/10 1172/19 1172/20 1174/16
1174/24 1175/10 1175/12 1177/5 12
1177/10 1177/11 1177/13 1178/21
1179/1 1179/3 1179/12 1180/22 1180/23
1181/1 1181/8 1181/19 1184/7 1184/9
1185/10 1186/3 1186/3 1187/19 1190/1
1192/5 1193/13 1193/21 1198/1 1198/21
1203/24 1203/24 1206/8 1206/9 1206/23
1208/6 1208/7 1209/3 1209/5 1209/20
1212/5 1213/2 1215/19 1216/9 1217/23
1220/3 1222/5 1223/23 1225/1 1226/2
1226/3 1226/15 1226/17 1228/7 1228/12
1229/7 1229/15 1232/3 1233/3 1234/5
1234/6 1238/3 1239/3 1239/22 1239/23
1240/1 1240/12 1240/24 1244/9 1244/9
ITS [11] 1141/9 1157/7 1170/23 1172/17
1173/25 1180/17 1200/19 1205/4 1205/4
1210/25 1244/5
ITSELF [6] 1129/1 1149/12 1151/11
1167/11 1180/14 1222/23

**J**

JAMES [2] 1125/6 1126/13
JANUARY [2] 1151/11 1238/12
JANUARY 2009 [1] 1151/11
JEFFERSON [1] 1125/6
JEFFREY [1] 1126/11
JOANEN [1] 1124/19
JOHN [2] 1126/17 1141/21
JONATHAN [1] 1124/22
JOSEPH [2] 1124/18 1124/18
JOSHUA [1] 1125/20
JR [7] 1124/11 1125/9 1125/16 1125/22
1125/23 1126/10 1126/13
JUDGE [2] 1124/11 1221/20
JUDGMENT [1] 1171/23
JULY [4] 1179/12 1179/16 1197/25
1221/21
JULY 2008 [2] 1179/16 1197/25
JUST [54] 1128/20 1134/2 1134/14
1134/17 1137/16 1138/15 1138/16
1138/24 1145/13 1145/20 1146/2
1151/13 1152/20 1154/15 1156/5 1159/9
1162/12 1166/2 1167/21 1168/16
1171/14 1172/20 1175/10 1179/3
1181/12 1182/20 1183/15 1184/22
1185/9 1186/2 1190/16 1191/15 1191/19
1193/16 1194/15 1203/5 1209/18 1210/5
1212/4 1213/6 1218/5 1220/6 1222/10
1224/20 1224/23 1225/8 1230/13 1231/7
1234/8 1235/13 1235/21 1236/11
1236/14 1237/13
JUSTICE [1] 1126/9

**K**

KALIMAH [1] 1126/11
KARA [1] 1126/14
KATRINA [59] 1132/10 1132/12 1132/19
1134/8 1135/14 1136/24 1137/3 1139/17
1150/25 1151/7 1151/8 1152/5 1152/6
1156/18 1161/24 1163/20 1165/17
1165/24 1170/11 1181/23 1182/23
1189/11 1190/8 1195/4 1196/16 1198/13
1198/25 1199/7 1201/17 1201/20
1210/2 1211/24 1212/18 1213/10
1213/18 1217/24 1221/1 1221/11
1221/21 1221/24 1222/14 1229/3 1229/4
1229/7 1229/8 1236/7 1237/3 1237/6
1238/17 1239/1 1239/8 1239/11 1240/11
1240/25
KEA [1] 1124/22
KEEP [5] 1155/24 1173/25 1174/3
1188/16 1188/19
KEEPING [1] 1179/14 1182/9
KELLS [1] 1126/12
KEMP [4] 1150/18 1172/6 1221/16
1222/24
KEPT [1] 1236/1
KILLED [1] 1235/15
KIND [2] 1192/23 1197/13
KINDS [1] 1181/7
KINETIC [1] 1163/22
KISSIMMEE [1] 1144/1
KNEW [3] 1130/15 1130/17 1147/16
KNOCKING [1] 1197/16
KNOCKS [2] 1175/6
KNOW [25] 1153/3 1155/8 1155/15
1158/18 1159/2 1159/3 1165/8 1165/21
1168/9 1169/4 1172/10 1182/20 1186/14
1188/5 1188/5 1188/6 1196/16 1202/23
1209/12 1209/17 1212/8 1222/5 1227/10
1228/10 1236/10
KNOWN [6] 1134/15 1134/22 1175/7
1180/3 1194/24 1197/17
KNOWS [1] 1177/2

**L**

LA [1] 1197/3
LA LOUTRE [1] 1197/3
LABORATORY [3] 1141/20 1143/19
1165/11
LAFAYETTE [1] 1125/7
LAKE [16] 1144/20 1161/22 1161/25
1162/9 1181/23 1182/5 1182/9 1183/1
1183/12 1183/15 1183/20 1184/9
1185/12 1207/13 1214/23 1218/11
LAKE BORGNE [12] 1161/22 1161/25
1162/9 1181/23 1182/5 1182/9 1183/12
1183/15 1183/20 1184/9 1185/12
1214/23
LAKE PONTCHARTRAIN [1] 1218/11
LAKE VERRETT [1] 1144/20
LAND [1] 1160/9
LARGE [4] 1140/19 1179/18 1195/8
1238/14
LARGER [2] 1154/4 1199/12
LAST [3] 1160/16 1200/4 1236/16
LATE [3] 1130/8 1148/2 1192/16
LATER [3] 1152/16 1186/15 1235/4
LATERAL [27] 1129/8 1129/15 1131/14
1131/24 1132/3 1132/10 1133/7 1133/15
1137/7 1139/1 1141/10 1142/1 1143/16
1144/25 1145/24 1146/21 1148/6
1149/13 1149/19 1152/7 1153/13 1156/3
1156/12 1160/4 1160/18 1235/18 1236/2
LATERALLY [3] 1145/3 1147/22 1148/20
LATTER [1] 1189/10
LAW [12] 1124/18 1124/21 1125/9
1125/12 1125/22 1171/10 1172/17
1228/11 1229/24 1229/25 1230/1 1230/5
LAWN [1] 1125/3
LAWYER'S [1] 1125/13
LAYER [3] 1143/7 1143/11 1148/15
LAYERS [2] 1148/11 1237/16
LEAD [1] 1180/15
LEADS [1] 1157/16 1169/11
LEARNED [2] 1182/1 1202/20
LEAST [9] 1148/2 1152/6 1180/4
1210/25 1226/22 1228/4 1229/10
1234/12 1236/3
LEAVE [2] 1175/9 1212/17
LED [2] 1190/10 1228/22
LEFT [9] 1143/13 1148/12 1149/21
1193/16 1195/11 1237/25 1238/10
1238/11 1238/15
LEFT-HAND [1] 1149/21
LEGAL [3] 1171/21 1217/16 1226/13
LESS [9] 1160/9 1160/10 1174/25
1176/4 1187/23 1196/2 1231/16 1231/18
1237/13
LET [13] 1137/13 1155/21 1172/2
1174/8 1182/20 1203/4 1217/14 1226/12
1227/6 1227/21 1228/14 1235/21
1237/14
LET'S [72] 1128/9 1129/17 1129/17
1131/9 1132/14 1133/16 1134/14
1134/18 1137/13 1137/19 1139/4
1139/12 1139/19 1140/21 1140/22

**L**

LET'S... [57]  1141/13 1143/7 1146/5
1146/23 1148/5 1149/7 1152/3 1152/20
1156/5 1157/1 1161/6 1166/6 1170/3
1175/15 1177/1 1177/13 1178/4 1178/24
1179/11 1180/22 1181/17 1184/22
1186/1 1186/20 1187/9 1190/16 1191/25
1192/4 1194/18 1195/6 1197/21 1198/3
1198/3 1198/16 1199/14 1199/20
1199/22 1200/5 1206/10 1210/23 1213/4
1217/1 1217/1 1220/9 1222/10 1223/3
1223/13 1224/20 1231/24 1233/8
1234/12 1236/19 1237/24 1241/2
1241/15 1242/5 1242/7
LETTING [1]  1140/14
LEVEE [64]  1128/21 1129/1 1130/7
1131/20 1133/5 1134/3 1135/5 1135/11
1135/14 1137/1 1138/4 1138/5 1138/9
1138/10 1138/21 1139/2 1139/6 1144/20
1144/21 1144/22 1145/4 1145/25
1153/25 1155/8 1155/13 1155/14
1155/15 1156/8 1159/5 1159/17 1162/20
1166/10 1169/13 1177/19 1177/20
1177/22 1178/12 1179/21 1180/14
1180/15 1182/10 1189/19 1193/14
1193/16 1193/18 1198/21 1199/6 1199/8
1206/24 1208/14 1208/17 1211/14
1213/24 1214/10 1215/10 1218/1
1219/13 1219/16 1220/22 1222/11
1235/7 1241/3 1241/10 1241/15
LEVEES [20]  1130/9 1131/14 1132/23
1139/1 1144/18 1151/1 1155/12 1155/24
1156/16 1159/6 1160/15 1160/22
1163/20 1164/4 1179/19 1180/1 1203/8
1217/21 1218/11 1243/16
LEVEL [4]  1229/4 1229/5 1231/21
1234/13
LEVELS [8]  1165/5 1221/5 1221/5
1221/6 1221/7 1221/17 1223/15 1229/7
LEVINE [1]  1126/13
LIDAR [1]  1181/7
LIFT [3]  1153/25 1200/23 1200/23
LIFTS [1]  1130/19
LIGHT [7]  1148/20 1192/5 1192/6
1192/12 1192/20 1193/3 1195/17
LIGHT-FRONTING [1]  1192/20
LIKE [16]  1129/8 1134/11 1142/4
1142/20 1143/2 1156/22 1157/24
1159/15 1175/7 1177/20 1180/16
1183/22 1196/17 1218/18 1219/25
1239/11
LIKELIHOOD [1]  1168/17
LIKELY [1]  1134/8
LIMINE [3]  1171/13 1225/16 1225/17
LIMITED [1]  1207/6
LINE [7]  1145/20 1145/23 1150/22
1155/7 1173/4 1214/19 1231/18
LINEAR [1]  1164/18
LISTENING [2]  1213/6 1213/7
LITIGATION [1]  1126/7
LITTLE [7]  1136/1 1141/18 1192/23
1217/9 1218/5 1219/23 1220/14
LLC [3]  1124/21 1125/9 1125/12
LOADING [1]  1148/20
LOCAL [4]  1129/11 1199/4 1204/21
1215/21
LOCALIZED [1]  1191/22
LOCATED [1]  1135/19
LOCATION [12]  1133/15 1134/22
1137/22 1144/23 1165/21 1166/24
1176/25 1178/5 1182/12 1195/14 1206/1
1238/22

LOCATIONS [2]  1175/16 1210/7
LONG-TERM [1]  1137/11 1137/11
1222/7 1243/25
LONGER [2]  1168/24 1178/10
LOOK [9]  1141/13 1171/14 1195/6
1197/21 1198/3 1211/15 1225/20
1237/24 1244/9
LOOKED [4]  1169/14 1219/24 1220/19
1239/11
LOOKING [6]  1142/7 1148/13 1168/7
1178/1 1178/2 1225/4
LOOKS [3]  1142/4 1142/20 1158/16
LOOSE [1]  1153/6
LOS [1]  1124/16
LOSS [6]  1128/19 1139/5 1157/17
1165/12 1170/20 1235/19
LOST [1]  1160/12
LOT [12]  1142/4 1142/20 1159/16
1160/22 1171/5 1176/9 1189/2 1203/18
1209/17 1211/13 1220/6 1236/19
LOTS [2]  1161/2 1240/1
LOUISIANA [16]  1124/2 1124/6 1124/20
1124/23 1125/7 1125/10 1125/14
1125/17 1125/21 1125/25 1126/8
1126/21 1172/17 1228/12 1229/24
1244/19
LOUTRE [1]  1197/3
LOW [8]  1134/20 1134/23 1136/7
1136/17 1136/19 1137/21 1137/22
1218/12
LOWER [25]  1134/7 1139/1 1139/9
1139/12 1139/21 1143/13 1150/17
1158/13 1160/25 1176/18 1182/7 1191/3
1192/22 1195/23 1214/12 1215/11
1217/6 1219/10 1224/14 1231/22
1232/15 1236/3 1237/17 1240/8 1240/9
LOWERED [1]  1140/3
LOWERING [5]  1128/21 1129/12
1132/11 1145/4 1160/7
LPV [10]  1176/16 1196/21 1209/10
1209/22 1240/24 1241/5 1241/6 1241/12
1242/5 1243/2
LUMP [3]  1150/3 1150/5 1150/21
LUMPS [6]  1142/23 1142/24 1143/3
1149/8 1152/7 1150/19

**M**

MADE [9]  1128/11 1149/15 1160/19
1181/11 1207/13 1211/13 1215/14
1224/23 1236/12
MAGNITUDE [1]  1178/16
MAIN [3]  1125/20 1220/23 1240/15
MAINTAIN [2]  1143/5 1154/21
MAJOR [3]  1148/16 1180/1 1217/3
MAKE [17]  1148/21 1151/22 1155/14
1156/14 1163/18 1164/8 1174/8 1176/7
1183/17 1186/2 1188/8 1201/3 1201/14
1207/22 1227/21 1228/9 1229/13
MAKES [6]  1174/22 1188/5 1188/6
1188/6 1189/6 1235/1
MAKING [1]  1191/3
MANDATED [1]  1172/17
MANGROVE [1]  1194/25
MANGROVES [1]  1195/4
MANIFEST [1]  1151/11
MANIFESTLY [1]  1138/5
MANUALS [1]  1243/6
MANY [8]  1140/24 1145/18 1154/11
1179/15 1187/23 1199/2 1202/20 1222/6
MARC [1]  1126/13
MARCH [1]  1141/25
MARCH 2007 [1]  1141/25
MARGIN [3]  1133/10 1136/23 1140/19

MARKERS [1]  1135/18
MARKS [1]  1237/16
MARSH [1]  1237/16
MATERIAL [7]  1138/11 1141/3 1142/15
1143/2 1148/19 1150/20 1156/15
MATERIALS [7]  1130/4 1132/1 1148/14
1148/18 1149/24 1155/15 1212/23
MATH [2]  1133/9 1184/22
MATHEMATICALLY [1]  1186/3
MATTER [2]  1172/25 1244/20
MATTERS [2]  1184/20 1184/22
MATTRESSES [1]  1152/25
MAXIMUM [10]  1132/25 1165/20 1166/3
1166/8 1166/14 1166/21 1169/8 1205/21
1207/6 1222/11
MAY [17]  1138/3 1147/19 1155/16
1155/17 1155/21 1168/6 1168/8 1171/20
1174/9 1182/16 1203/12 1203/13
1219/12 1220/3 1230/13 1230/15
1243/21
MAYBE [4]  1135/17 1157/25 1159/11
1177/2
MCCONNON [1]  1126/13
ME [36]  1134/5 1137/13 1137/14 1138/2
1140/23 1141/24 1142/17 1148/10
1155/21 1158/16 1170/17 1174/8
1174/10 1174/23 1178/7 1182/20
1185/25 1190/17 1192/8 1195/13 1198/2
1203/4 1205/25 1207/1 1212/15 1217/14
1219/2 1220/4 1220/7 1226/12 1227/6
1227/21 1228/7 1235/21 1238/4 1238/12
MEAN [7]  1135/16 1139/20 1143/21
1192/8 1200/23 1209/6 1222/21
MEANS [8]  1138/11 1164/13 1165/2
1165/3 1186/10 1192/9 1208/8 1209/7
MEANT [1]  1157/3
MEASURE [4]  1144/23 1165/9 1165/12
1203/15
MEASURED [2]  1150/18 1210/7
MEASUREMENTS [2]  1144/25 1207/13
MEASURES [5]  1152/4 1154/7 1154/15
1236/22 1237/1
MEAT [1]  1170/3
MECHANICAL [1]  1126/24
MECHANISM [2]  1152/14 1237/18
MECHANISMS [1]  1178/25
MEET [1]  1128/13
MELT [2]  1195/2 1196/14
MEMORY [1]  1227/18
MENTIONS [1]  1136/11
MERCIER [1]  1197/23
METAPHYSICAL [3]  1228/7 1228/12
1231/12
METHOD [1]  1141/2
MICHAEL [2]  1125/19 1125/19
MICHELE [1]  1126/12
MID [1]  1154/7
MIDDLE [5]  1133/23 1138/17 1156/6
1166/25 1173/9
MIDWAY [2]  1162/7 1193/2
MIGHT [6]  1165/4 1166/16 1209/16
1219/7 1230/7 1232/18
MIGRATED [1]  1136/1
MIGRATING [1]  1150/20
MIGRATION [1]  1157/19
MILE [2]  1135/22 1138/18
MILES [6]  1133/22 1136/9 1136/11
1136/13 1138/17 1144/19
MILLER [1]  1126/14
MIND [5]  1134/17 1172/7 1175/11
1175/12 1175/13
MINIATURE [1]  1150/21
MINOR [5]  1191/3 1218/7 1218/9

MINOR... [2] 1218/15 1219/1
MINUTE [1] 1191/18
MINUTES [3] 1169/5 1187/2 1188/17
MIRACLES [1] 1202/20
MISERABLE [1] 1243/19
MISSED [1] 1231/24
MISSING [4] 1174/14 1238/14 1240/16 1240/17
MISSISSIPPI [3] 1146/6 1150/12 1162/5
MISSISSIPPI RIVER [1] 1162/5
MISUNDERSTANDING [1] 1171/4
MITIGATE [1] 1234/18
MITIGATED [22] 1166/7 1166/22 1169/24 1170/12 1171/1 1172/11 1172/13 1172/15 1182/8 1184/25 1187/23 1191/7 1191/16 1209/13 1213/11 1213/16 1216/9 1222/14 1231/25 1232/8 1234/13 1234/15
MITIGATING [2] 1165/16 1191/6
MITIGATION [4] 1152/4 1203/15 1236/21 1237/1
MITIGATOR [1] 1169/14
MITSCH [1] 1126/14
MODEL [3] 1189/15 1190/1 1207/9
MODELED [1] 1204/2
MODELING [8] 1165/15 1170/10 1171/6 1187/22 1190/5 1204/19 1215/20 1219/24
MODELS [4] 1207/8 1207/17 1208/15 1219/25
MODERATE [1] 1200/16
MODES [1] 1128/19
MODEST [1] 1216/24
MOMENT [12] 1132/16 1134/19 1140/22 1159/9 1177/1 1182/17 1194/18 1197/21 1217/9 1222/10 1223/3 1225/13
MOMENTARILY [1] 1158/22
MONDAY [3] 1225/2 1244/3 1244/13
MONTAGE [1] 1157/2
MONTHS [5] 1145/6 1145/9 1145/13 1145/17 1145/18
MORE [45] 1129/11 1138/12 1139/19 1139/24 1139/25 1139/25 1140/19 1155/24 1156/7 1156/12 1158/9 1158/10 1160/1 1162/8 1169/2 1171/21 1173/15 1173/19 1176/2 1182/14 1185/19 1186/10 1186/11 1186/13 1187/23 1187/25 1188/11 1188/11 1195/24 1206/18 1209/17 1211/9 1211/21 1217/9 1230/22 1230/22 1231/4 1231/8 1231/16 1233/5 1234/7 1236/6 1236/11 1238/2 1240/23
MORGAN [1] 1125/25
MORNING [13] 1129/7 1137/24 1143/10 1150/10 1157/23 1162/2 1162/4 1163/3 1163/24 1166/4 1174/16 1196/8 1240/10
MORNINGS [1] 1161/24
MORPHED [1] 1243/9
MORPHING [1] 1173/9
MOSEY [1] 1134/19
MOSHER [7] 1237/9 1237/15 1238/1 1238/3 1238/4 1238/24 1240/17
MOSHER'S [1] 1238/12
MOST [7] 1131/6 1155/1 1164/25 1177/14 1201/21 1209/15 1210/7
MOTION [5] 1162/18 1163/10 1171/22 1225/16 1225/17
MOUNT [1] 1154/12
MOUTH [1] 1150/9
MOUTHS [1] 1150/7
MOVABLE [1] 1197/2

MOVE [4] 1131/3 1140/22 1149/7 1200/6
MOVED [1] 1136/1
MOVEMENT [1] 1145/11
MOVES [1] 1145/2
MOVING [1] 1163/13
MR [1] 1217/14
MR. [15] 1128/5 1128/14 1135/17 1138/2 1157/25 1167/9 1181/1 1185/7 1199/11 1235/16 1237/9 1238/1 1243/22 1243/22 1244/4
MR. EBERSOLE'S [1] 1181/1
MR. FITZGERALD [1] 1157/25
MR. GAGLIANO'S [1] 1235/16
MR. MOSHER [2] 1237/9 1238/1
MR. O'DONNELL [7] 1135/17 1138/2 1167/9 1185/7 1199/11 1243/22 1244/4
MR. SMITH [1] 1128/14
MR. STONE [2] 1128/5 1243/22
MRG0 [1] 1166/7
MRGO [121] 1126/7 1129/10 1132/23 1134/3 1134/25 1135/2 1144/2 1144/8 1146/15 1146/18 1146/18 1148/7 1148/10 1149/2 1149/5 1151/14 1155/10 1155/19 1156/18 1156/23 1158/18 1158/19 1162/7 1165/16 1166/6 1166/22 1167/12 1169/14 1169/20 1169/24 1170/14 1170/16 1170/18 1170/20 1170/23 1171/1 1171/6 1171/10 1171/14 1171/17 1171/18 1172/10 1172/15 1172/19 1172/19 1173/1 1173/21 1174/10 1174/16 1177/5 1177/24 1182/4 1183/8 1184/25 1187/12 1187/23 1191/7 1191/16 1192/10 1193/12 1193/19 1197/23 1198/12 1209/13 1209/22 1210/1 1210/13 1211/15 1211/16 1211/16 1211/16 1211/23 1213/11 1213/15 1213/16 1214/19 1214/23 1214/25 1215/1 1215/23 1216/7 1217/7 1217/11 1219/4 1219/6 1219/6 1219/19 1219/25 1220/1 1220/2 1221/11 1222/22 1223/7 1223/10 1226/1 1226/1 1226/7 1226/21 1227/3 1227/7 1227/23 1227/24 1230/9 1231/6 1231/9 1231/13 1231/13 1231/19 1231/20 1231/20 1231/25 1231/25 1232/8 1233/5 1233/8 1234/4 1234/13 1235/13 1236/16 1243/9 1243/9
MRGO ENVIRONMENT [1] 1149/2
MRGO'S [2] 1139/13 1170/12
MUCH [26] 1132/2 1137/9 1139/1 1143/2 1147/13 1154/5 1154/25 1158/17 1159/2 1159/4 1161/7 1167/11 1180/16 1186/13 1186/17 1193/1 1199/16 1206/18 1211/22 1229/16 1229/17 1229/20 1230/2 1230/3 1235/20 1244/11
MUCKING [1] 1156/17
MUD [12] 1142/23 1142/24 1143/2 1143/3 1149/8 1150/3 1150/5 1150/7 1150/11 1150/13 1150/19 1150/21
MULTIPLE [4] 1128/19 1217/11 1223/6 1230/7
MULTIPLIED [2] 1162/8 1166/12
MURDER [1] 1235/17
MUST [1] 1225/17
MY [26] 1133/9 1141/20 1143/19 1151/11 1156/17 1171/5 1174/8 1174/12 1175/12 1179/12 1179/16 1185/25 1188/16 1197/25 1207/6 1216/24 1217/1 1218/20 1221/20 1227/10 1227/16 1227/23 1230/13 1232/20 1240/9 1244/19
MYER [1] 1126/15
MYRIAD [1] 1148/18

MYTH [1] 1131/1

N

NAME [1] 1207/11
NARROW [1] 1240/13
NARROWER [1] 1236/10
NATURAL [3] 1187/1 1214/6 1214/22
NATURALLY [4] 1140/10 1194/16 1197/14 1197/15
NATURE [3] 1130/4 1133/25 1180/14
NAVIGATION [2] 1155/3 1239/23
NAVIGATIONAL [3] 1154/22 1155/20 1237/17
NECESSARILY [1] 1180/10
NEED [7] 1155/24 1156/7 1156/8 1164/8 1171/9 1172/21 1182/19
NEEDS [1] 1171/15
NEGLIGENCE [3] 1160/20 1172/8 1233/3
NEIGHBORS [1] 1172/18
NET [1] 1135/13
NEUTRAL [16] 1165/16 1166/6 1169/14 1169/20 1169/24 1170/14 1184/25 1209/14 1211/17 1213/11 1221/22 1221/24 1229/4 1229/8 1231/25 1233/5
NEUTRALIZE [2] 1231/19 1231/20
NEVER [2] 1219/6 1226/7
NEW [31] 1124/6 1124/20 1124/23 1125/10 1126/4 1126/4 1126/8 1126/21 1131/22 1141/25 1190/21 1198/21 1199/2 1208/23 1217/12 1217/15 1217/17 1217/18 1218/1 1218/10 1218/13 1218/22 1219/1 1219/11 1220/6 1220/22 1220/24 1222/11 1233/8 1233/14 1233/22
NEW ORLEANS [21] 1141/25 1190/21 1198/21 1199/2 1217/12 1217/15 1217/17 1217/18 1218/1 1218/10 1218/13 1218/22 1219/1 1219/11 1220/6 1220/22 1220/24 1222/11 1233/8 1233/14 1233/22
NEXT [14] 1145/25 1158/15 1163/15 1164/7 1164/10 1164/20 1172/6 1179/11 1180/22 1181/16 1193/5 1218/20 1221/16 1235/9
NGVD [2] 1131/21 1133/4
NICE [1] 1244/10
NIGHT [1] 1150/9
NINE [2] 1185/19 1229/7
NINE-TIMES [1] 1185/19
NINTH [10] 1191/4 1215/11 1217/6 1219/10 1224/14 1230/2 1231/22 1232/15 1236/3 1237/17
NO [61] 1128/11 1128/13 1133/13 1134/4 1134/7 1136/23 1155/9 1157/14 1160/9 1166/18 1169/19 1169/21 1170/2 1170/16 1170/18 1171/7 1171/10 1171/11 1171/19 1172/4 1172/8 1172/8 1172/18 1172/19 1173/1 1178/13 1183/14 1184/1 1185/10 1185/10 1185/10 1195/5 1199/17 1199/20 1203/2 1206/11 1209/22 1210/3 1211/16 1214/11 1216/7 1216/23 1218/20 1219/5 1219/25 1220/1 1222/6 1226/12 1231/6 1231/21 1231/22 1232/7 1233/22 1235/22 1236/3 1241/7 1241/23 1242/15 1242/17 1243/20
NO-HARM [2] 1172/4 1172/8
NO-NEGLIGENCE [1] 1172/8
NO. [2] 1140/8 1235/15
NO. 1 [1] 1235/15
NO. 3 [1] 1140/8
NONCATASTROPHE [1] 1236/12

**N**

NONE [3]  1154/11 1233/12 1242/2
NONLINEAR [1]  1164/11
NOR [1]  1167/10
NORMAN [1]  1124/5
NORTH [25]  1128/12 1135/23 1144/1
  1177/9 1177/10 1177/11 1178/1 1178/2
  1178/3 1179/5 1190/18 1193/9 1202/22
  1218/5 1223/21 1223/24 1227/8 1228/23
  1229/2 1229/6 1229/18 1230/7 1230/19
  1232/4 1232/9
NORTHWARD [2]  1136/1 1136/2
NOT [72]  1132/11 1132/22 1133/16
  1133/18 1141/2 1143/5 1151/8 1154/23
  1154/24 1156/22 1157/15 1158/17
  1158/25 1159/4 1159/11 1163/9 1164/18
  1165/3 1169/17 1170/17 1170/18
  1170/24 1171/12 1171/12 1172/13
  1172/19 1172/19 1173/24 1174/20
  1178/12 1178/18 1180/13 1186/3
  1186/13 1186/20 1192/12 1193/10
  1194/21 1199/17 1202/16 1203/24
  1204/19 1204/21 1205/16 1206/8
  1209/13 1211/6 1211/22 1212/22
  1216/11 1217/12 1219/5 1219/10
  1220/12 1222/21 1222/22 1223/7
  1223/25 1224/10 1225/15 1225/18
  1226/1 1226/2 1226/17 1232/4 1233/12
  1234/6 1238/6 1240/17 1240/21 1240/25
  1241/8
NOT A [1]  1226/2
NOTATION [1]  1148/21
NOTE [3]  1171/14 1229/14 1240/16
NOTED [1]  1157/10
NOTHING [3]  1176/17 1199/5 1209/3
NOTICE [2]  1138/20 1214/19
NOTICED [1]  1240/24
NOW [44]  1129/1 1130/1 1131/3
  1137/13 1137/19 1139/12 1139/16
  1140/1 1140/4 1140/13 1146/5 1149/7
  1152/3 1159/8 1161/10 1162/5 1162/20
  1170/3 1172/3 1176/25 1184/3 1184/22
  1186/25 1187/21 1188/5 1191/6 1191/25
  1192/4 1192/14 1197/4 1201/16 1203/22
  1207/1 1207/3 1214/9 1214/22 1215/13
  1223/9 1226/12 1230/6 1237/8 1237/21
  1241/5 1242/5
NUMBER [4]  1145/15 1179/18 1184/25
  1205/22
NUMBERED [1]  1244/20
NUMBERS [5]  1136/17 1145/6 1161/12
  1167/1 1168/3
NUTRIA [1]  1203/3

**O**

O'BRIEN [1]  1126/3
O'DONNELL [10]  1124/15 1124/15
  1135/17 1138/2 1167/9 1185/7 1199/11
  1217/14 1243/22 1244/4
OAK [1]  1125/3
OBJECT [2]  1227/15 1233/18
OBJECTION [11]  1132/13 1154/9
  1155/7 1155/19 1225/14 1226/19
  1227/10 1228/7 1231/11 1233/16 1234/5
OBJECTIONABLE [1]  1227/14
OBJECTIONS [1]  1244/6
OBSERVATIONS [3]  1190/6 1190/9
  1201/21
OBTAIN [1]  1149/24
OBTAINED [1]  1141/19
OBVIOUS [2]  1164/8 1188/10
OCCUR [1]  1133/12

OCCURRED [6]  1132/11 1140/24
  1219/6 1229/6 1230/7 1232/4
OCTOBER [1]  1198/24
OCTOBER 4 [1]  1198/24
OF PROTECTIVE [1]  1128/19
OFF [7]  1150/24 1164/4 1200/23
  1200/23 1223/4 1234/3 1235/2
OFFICE [4]  1125/7 1125/14 1125/22
  1125/24
OFFICES [1]  1124/18
OFFICIAL [3]  1126/20 1244/18 1244/24
OFTEN [1]  1130/20
OH [4]  1166/18 1199/14 1212/8 1238/4
OIL [1]  1150/15
OKAY [34]  1132/10 1134/5 1139/4
  1142/8 1142/9 1147/6 1152/18 1156/14
  1161/16 1165/20 1165/25 1167/18
  1181/19 1188/18 1191/25 1193/6 1195/6
  1203/22 1204/1 1207/16 1208/19
  1209/16 1213/1 1224/20 1225/13
  1226/13 1226/14 1226/25 1227/18
  1234/12 1234/17 1235/10 1236/11
  1241/15
OKEECHOBEE [1]  1207/13
OL' [1]  1156/23
ON [173]
ONCE [12]  1139/24 1140/9 1140/13
  1140/23 1141/6 1159/22 1160/24 1162/9
  1170/16 1179/23 1183/4 1227/18
ONE [39]  1128/24 1137/3 1142/20
  1149/20 1155/1 1156/5 1156/9 1161/18
  1163/4 1163/9 1164/21 1165/6 1170/6
  1176/7 1179/1 1179/11 1179/20 1182/2
  1186/1 1188/13 1194/25 1196/18 1199/2
  1199/3 1199/3 1199/8 1200/4 1202/19
  1206/1 1206/13 1207/8 1213/15 1213/16
  1213/17 1215/24 1222/3 1236/14 1237/8
  1242/24
ONE'S [1]  1164/19
ONE-THIRD [1]  1182/2
ONLY [13]  1155/17 1156/22 1166/7
  1166/23 1169/16 1172/18 1172/24
  1183/1 1188/16 1192/23 1207/20
  1232/13 1236/1
ONSET [8]  1168/22 1169/9 1169/11
  1189/6 1189/11 1190/2 1191/7 1191/21
OPEN [6]  1162/17 1184/12 1184/13
  1186/10 1186/12 1202/22
OPENED [1]  1154/4
OPENS [2]  1157/17 1239/22
OPINION [19]  1133/14 1140/15 1145/23
  1149/11 1152/3 1156/11 1161/7 1209/12
  1214/2 1216/3 1216/6 1219/3 1219/22
  1227/16 1227/20 1232/3 1232/8 1233/22
  1243/3
OPPOSED [6]  1166/9 1171/18 1173/1
  1173/21 1211/9 1229/10
OR [85]  1128/14 1129/1 1134/4 1134/4
  1136/13 1139/6 1144/18 1145/15
  1148/17 1152/6 1153/25 1154/16
  1154/23 1157/5 1158/8 1159/15 1160/22
  1160/22 1161/15 1161/16 1162/8
  1162/21 1164/24 1165/16 1166/23
  1169/14 1169/17 1169/18 1169/20
  1169/21 1169/24 1170/24 1175/3 1177/2
  1177/9 1177/20 1178/16 1180/14
  1182/18 1183/1 1184/25 1185/15
  1187/23 1189/2 1193/21 1195/2 1195/13
  1197/2 1197/2 1197/9 1198/14 1199/10
  1204/16 1204/21 1206/18 1206/20
  1207/2 1207/16 1209/14 1211/9 1211/16
  1211/17 1213/11 1213/18 1218/17
  1218/21 1219/5 1221/9 1221/10 1225/3

  1225/24 1228/12 1231/10 1231/12
  1232/9 1233/16 1233/18 1234/6
  1234/15 1235/4 1237/13 1238/18
  1238/19 1239/1 1242/1
ORDER [2]  1154/21 1200/9
ORIENT [1]  1135/18
ORIGINAL [1]  1142/18
ORLEANS [27]  1124/6 1124/20 1124/23
  1125/10 1126/8 1126/21 1141/25
  1190/21 1198/21 1199/2 1217/12
  1217/15 1217/17 1217/18 1218/1
  1218/10 1218/13 1218/22 1219/1
  1219/11 1220/6 1220/22 1220/24
  1222/11 1233/8 1233/14 1233/22
OSTENSIBLY [2]  1174/12 1204/11
OTHER [19]  1153/2 1153/5 1164/3
  1167/13 1169/8 1170/9 1172/7 1202/9
  1202/10 1203/1 1206/11 1207/10
  1210/23 1227/7 1228/8 1228/19 1230/1
  1236/9 1239/2
OTHERS [1]  1202/24
OTHERWISE [1]  1148/19
OUR [14]  1128/20 1160/14 1160/15
  1161/12 1168/5 1179/19 1181/24 1193/8
  1194/25 1214/4 1218/14 1236/11
  1237/18 1238/21
OURSELVES [1]  1233/6
OUT [19]  1128/6 1129/6 1129/8 1143/22
  1156/6 1172/18 1183/23 1184/18
  1195/18 1195/18 1199/12 1203/5
  1218/16 1226/1 1227/6 1228/13 1229/25
  1235/17 1242/24
OUT-DISTANCE [1]  1195/18
OUTCOME [5]  1134/8 1134/12 1188/20
  1214/3 1243/18
OUTCOMES [2]  1188/7 1209/2
OUTLET [1]  1146/6
OUTLINE [1]  1142/18
OUTPUT [6]  1203/25 1204/4 1204/6
  1205/18 1207/2 1207/19 1208/20
  1208/22
OUTSIDE [1]  1243/24
OUTWARD [1]  1240/16
OVER [19]  1130/15 1143/7 1145/18
  1145/19 1162/18 1177/4 1178/21 1179/4
  1188/23 1188/25 1189/2 1193/12
  1193/14 1193/19 1202/9 1214/10 1217/2
  1218/11 1232/7
OVERRULE [1]  1155/18
OVERRULED [2]  1132/14 1154/12
OVERTAKE [1]  1214/17
OVERTOP [2]  1218/19 1241/3
OVERTOPPED [9]  1179/6 1193/15
  1199/9 1214/13 1217/21 1241/18
  1241/24 1242/12 1243/1
OVERTOPPING [33]  1133/12 1133/16
  1135/16 1136/23 1139/10 1140/2
  1168/18 1169/18 1169/20 1169/22
  1189/6 1189/12 1189/17 1190/3 1190/18
  1190/23 1191/10 1191/13 1191/22
  1208/14 1213/23 1213/24 1214/9 1215/7
  1218/7 1218/8 1218/14 1219/16 1235/7
  1238/20 1238/20 1238/20 1240/19
OVERWHELMS [1]  1185/25
OWN [4]  1132/8 1196/15 1202/13
  1205/22

**P**

P.O [1]  1126/18
PAGE [26]  1127/2 1131/10 1131/18
  1132/17 1141/14 1144/10 1146/23
  1158/15 1158/24 1177/15 1178/4 1179/1
  1180/23 1187/9 1192/6 1193/6 1197/21

PAGE... [9] 1198/16 1200/7 1213/4
1220/10 1220/10 1222/5 1222/10
1230/17 1237/24
PAGE 140 [1] 1180/23
PAGE 152 [1] 1132/17
PAGES [5] 1149/7 1157/1 1157/11
1158/6 1222/6
PAINFULNESS [1] 1235/17
PALMINTIER [3] 1125/19 1125/19
1125/20
PANEL [2] 1238/14 1240/17
PANTING [1] 1217/2
PARADE [1] 1235/15
PARAGRAPH [2] 1131/18 1147/4
PARALLEL [1] 1177/20
PARALLELS [1] 1240/15
PARAMETER [1] 1206/20
PARAMETERS [3] 1204/7 1204/11
1204/16
PARAMETRIC [4] 1168/4 1204/9
1204/10 1204/13
PARAPHRASE [1] 1160/16
PARAPHRASING [1] 1147/10
PARDON [3] 1142/17 1195/13 1238/12
PARIS [3] 1177/4 1177/8 1194/5
PARISH [4] 1189/14 1189/21 1190/4
1190/15
PARSE [2] 1228/13 1231/13
PART [15] 1140/1 1150/5 1157/5 1157/7
1160/4 1175/5 1176/18 1181/9 1197/13
1218/22 1220/15 1225/15 1226/2
1237/21 1243/6
PARTICULAR [3] 1130/8 1163/25
1202/7
PARTICULARLY [4] 1137/21 1147/22
1201/20 1206/7
PARTLY [1] 1139/13
PARTS [1] 1191/3
PAST [1] 1207/25
PATH [1] 1138/10
PAUL [2] 1126/11 1126/13
PC [2] 1124/15 1125/2
PEAK [4] 1181/25 1182/5 1182/10
1214/9
PENDING [1] 1212/17
PENETRATES [1] 1179/23
PENETRATION [4] 1158/13 1169/1
1201/8 1201/8
PEOPLE [3] 1146/12 1177/14 1180/16
PERCENT [20] 1129/14 1129/15
1131/23 1131/25 1132/3 1136/18 1137/6
1137/10 1137/11 1137/11 1147/13
1156/2 1185/6 1195/22 1196/2 1206/4
1224/18 1224/18 1224/23 1235/18
PERFORM [1] 1131/7
PERFORMANCE [9] 1130/5 1144/17
1190/10 1200/10 1201/3 1204/12
1204/14 1208/17 1243/19
PERFORMED [4] 1150/18 1165/7
1202/4 1208/23
PERHAPS [3] 1131/1 1201/1 1236/20
PERIOD [6] 1130/22 1145/3 1145/17
1164/20 1197/8 1207/23
PERMEABILITY [1] 1237/16
PERMISSION [1] 1158/2
PERSIST [1] 1178/12
PERSPECTIVE [1] 1192/23
PERSUADE [1] 1172/1
PETER [1] 1126/15
PHENOMENA [3] 1128/21 1148/2
1154/18

PHENOMENON [12] 1141/10 1146/21
1149/6 1159/18 1177/5 1179/5 1179/6
1159/6 1160/5 1162/22 1162/22 1225/9
PHILEN [1] 1126/6
PHOTO [11] 1177/13 1178/5 1237/25
1238/10 1238/11 1238/24 1238/25
1239/1 1239/3 1240/8 1240/9
PHOTOGRAPH [12] 1149/21 1150/2
1150/24 1150/25 1197/25 1198/22
1237/22 1238/15 1238/22 1239/10
1240/10 1240/12
PHOTOGRAPHED [1] 1194/6
PHOTOGRAPHER [1] 1194/5
PHOTOGRAPHIC [3] 1194/4 1201/19
1202/8
PHOTOGRAPHS [2] 1149/14 1179/16
PHOTOGRAPHY [1] 1201/22
PHYSICAL [2] 1161/16 1162/21
PICK [3] 1129/2 1162/3 1241/2
PICTURE [4] 1146/2 1157/4 1214/20
1217/24
PIERCE [1] 1124/15
PIERS [1] 1178/6
PILING [1] 1135/15
PILOT [2] 1202/8 1202/10
PIT [5] 1149/23 1149/24 1150/1 1153/18
1155/11
PITS [2] 1149/8 1150/4
PLACE [7] 1138/5 1152/6 1156/22
1159/7 1166/1 1171/18 1229/23
PLACED [1] 1159/6
PLAINTIFFS [13] 1124/15 1124/18
1124/21 1125/2 1125/5 1125/9 1125/12
1125/16 1125/19 1125/22 1126/6
1151/17 1172/1
PLAINTIFFS' [2] 1170/9 1172/4
PLANT [7] 1177/1 1177/3 1177/8
1194/12 1203/4 1203/15 1218/8
PLANTED [2] 1194/14 1242/3
PLASTIC [4] 1143/12 1143/14 1143/21
1143/22
PLAT [1] 1231/12
PLATE [1] 1147/12
PLATES [1] 1147/11
PLAY [1] 1227/24
PLAYER [1] 1174/14
PLAYING [1] 1229/9
PLC [3] 1124/18 1125/19 1125/23
PLEASE [19] 1128/4 1136/25 1139/7
1140/21 1141/13 1146/25 1154/13
1162/15 1165/18 1174/10 1175/15
1179/2 1181/4 1187/6 1192/4 1197/21
1200/5 1229/1 1236/5
PLOTTED [1] 1175/16
POINT [22] 1137/3 1156/17 1157/7
1158/15 1174/23 1177/21 1180/18
1180/19 1186/1 1187/1 1190/12 1199/12
1199/23 1201/10 1208/14 1212/13
1217/3 1220/24 1236/6 1239/2 1239/3
1239/4
POINTED [2] 1218/16 1242/24
POINTING [1] 1192/21
POINTS [5] 1221/7 1223/10 1223/14
1234/3 1235/17
POLDER [16] 1169/12 1189/18 1190/2
1190/3 1213/24 1214/11 1215/10
1217/13 1217/15 1218/18 1218/22
1218/23 1219/1 1220/24 1223/8 1224/7
PONTCHARTRAIN [1] 1218/11
POOR [1] 1200/17
POORER [1] 1201/2
POORLY [1] 1147/20
POPULATED [3] 1190/20 1235/6 1240/5

POPULATION [1] 1173/8
POPULATIONS [2] 1173/8 1182/7
1218/22
POSITIONING [1] 1205/15
POSITIVE [1] 1198/13
POSSIBLE [2] 1131/24 1147/20
POST [5] 1125/7 1125/14 1125/24
1150/25 1201/21
POST-KATRINA [2] 1150/25 1201/21
POSTAERIAL [1] 1181/7
POSTREPAIR [1] 1150/25
POTENTIAL [6] 1140/14 1141/25
1149/19 1163/22 1167/25 1181/5
POTENTIALLY [3] 1201/6 1204/15
1206/4
POYDRAS [2] 1125/10 1126/20
PRACTICAL [1] 1172/25
PRE [3] 1181/6 1209/22 1210/2
PRE-KATRINA [2] 1209/22 1210/2
PRECISE [1] 1186/3
PREDICTABLE [1] 1243/18
PREDICTED [1] 1243/18
PREDOMINANT [1] 1224/13
PREPARED [4] 1130/1 1130/12 1209/18
1220/14
PREPARING [1] 1130/10
PRESENCE [2] 1201/24 1243/24
PRESENT [2] 1126/6 1207/25
PRESENTATION [1] 1244/5
PRESENTLY [1] 1231/21
PRESERVED [1] 1236/1
PRESSURE [4] 1223/16 1228/20
1230/22 1230/25
PRESSURES [1] 1141/5
PRESUMABLY [1] 1137/3
PRESUME [1] 1207/5
PRETTIFY [1] 1141/17
PRETTY [4] 1161/7 1201/20 1206/6
1225/1
PREVENT [3] 1152/10 1152/13 1173/8
PREVENTED [2] 1152/6 1232/18
PREVENTING [3] 1154/16 1192/11
1237/5
PREVENTION [1] 1210/3
PREVENTS [1] 1153/6
PREVIOUS [3] 1178/14 1226/4 1238/23
PREVIOUSLY [2] 1150/14 1197/22
PRIMARILY [1] 1173/5
PRIMARY [4] 1129/4 1158/16 1217/7
1218/14
PRINCIPAL [1] 1205/4
PRINCIPALLY [1] 1196/22
PRIOR [5] 1137/17 1148/6 1178/5
1181/12 1201/19
PRISTINE [3] 1173/1 1209/23 1210/3
PROBABILITY [1] 1140/11
PROBABLY [4] 1148/19 1148/23
1177/13 1185/8
PROBLEM [8] 1130/17 1143/18 1153/13
1153/21 1160/2 1172/20 1185/20
1185/22
PROBLEMS [2] 1161/2 1173/24
PROCEED [2] 1148/14 1150/9
PROCEEDINGS [3] 1124/10 1126/24
1244/20
PROCESS [7] 1129/3 1129/4 1129/7
1150/14 1152/7 1179/9 1179/18
PROCESSES [1] 1129/12
PRODUCED [2] 1126/25 1218/25
PRODUCTS [1] 1218/8
PROFESSION [1] 1171/11
PROFESSOR [18] 1141/19 1141/21
1143/19 1150/18 1161/11 1161/14

**P**

PROFESSOR... [12] 1163/2 1163/23 1174/15 1181/21 1190/20 1196/7 1203/22 1204/17 1205/18 1218/16 1218/24 1221/9
PROFILES [1] 1150/19
PROGRAM [1] 1129/20
PROGRAMS [1] 1207/16
PROGRESS [1] 1128/11
PROGRESSES [1] 1213/13
PROGRESSIVE [1] 1157/3
PROGRESSIVELY [1] 1130/19
PROJECT [4] 1131/23 1142/19 1155/20 1194/15
PROJECTION [1] 1145/17
PROMISE [1] 1244/7
PROMOTING [1] 1163/21
PROMPTLY [1] 1154/8
PRONOUNCING [1] 1221/8
PROPAGATE [2] 1196/11 1218/9
PROPAGATES [1] 1231/10
PROPAGATING [5] 1177/17 1177/18 1194/7 1201/9 1218/19
PROPAGATION [1] 1181/22
PROSAIC [1] 1169/2
PROTECTED [3] 1141/7 1149/23 1195/1
PROTECTION [53] 1129/5 1130/14 1134/1 1134/25 1135/1 1135/4 1137/25 1140/10 1141/4 1141/8 1142/2 1142/25 1144/17 1149/16 1150/20 1152/11 1152/15 1152/16 1153/19 1157/19 1157/20 1160/20 1163/1 1163/17 1168/21 1169/12 1174/17 1179/5 1179/9 1182/12 1182/15 1192/14 1192/15 1196/9 1196/13 1199/9 1200/10 1200/13 1200/15 1201/6 1202/19 1204/23 1208/9 1209/23 1210/2 1211/21 1212/3 1214/4 1218/4 1235/19 1240/12 1241/13 1243/4
PROTECTIVE [10] 1128/19 1139/5 1157/17 1160/25 1193/21 1235/16 1235/19 1242/18 1243/12 1243/14
PROVED [1] 1143/4
PROVIDE [2] 1165/17 1241/13
PROVIDED [2] 1141/22 1221/8
PROXIMITY [2] 1135/19 1159/5
PULLED [1] 1200/24
PUMP [1] 1218/2
PURPORTEDLY [1] 1151/19
PURPOSES [6] 1154/22 1155/3 1162/16 1191/15 1215/13 1226/13
PUSH [1] 1232/7
PUT [8] 1141/18 1170/3 1196/20 1197/2 1197/5 1197/11 1234/9 1242/6
PUTTING [6] 1130/19 1152/23 1155/24 1197/9 1197/11 1231/20
PX [40] 1128/9 1128/10 1129/18 1131/9 1131/18 1132/16 1137/14 1137/17 1141/14 1144/10 1146/5 1146/23 1148/9 1149/7 1157/1 1157/10 1159/10 1175/15 1177/15 1178/4 1179/1 1180/22 1181/17 1181/18 1181/19 1187/9 1192/4 1192/5 1193/6 1194/18 1195/6 1197/21 1198/4 1198/16 1200/7 1213/4 1220/9 1222/5 1222/10 1237/24
PX-105 [2] 1220/9 1222/10
PX-1114 [2] 1129/18 1131/18
PX-114 [1] 1131/9
PX-1517 [1] 1197/21
PX-1517.2 [1] 1198/4
PX-1812.2 [1] 1137/17
PX-1812.3 [1] 1137/14
PX-194 [1] 1128/9

PX-26 [1] 1159/10
PX-30 [1] 1146/23 1148/9
PX-72 [6] 1141/14 1144/10 1149/7 1179/1 1180/22 1198/16
PX-74 [7] 1132/16 1177/15 1178/4 1193/6 1194/18 1195/6 1222/5
PX-75 [2] 1181/18 1181/19
PX-82 [3] 1128/10 1192/4 1192/5
PX-83 [4] 1157/1 1157/10 1187/9 1213/4
PX-84 [2] 1200/7 1237/24
PX-98.8 [1] 1175/15

**Q**

Q-Q [1] 1147/12
QUANTIFICATION [1] 1212/9
QUANTIFY [1] 1212/17
QUESTION [28] 1131/12 1136/25 1149/3 1154/13 1154/20 1158/3 1158/4 1160/16 1161/6 1161/8 1165/18 1168/3 1170/5 1172/10 1191/18 1203/4 1203/21 1212/17 1218/20 1221/15 1221/20 1224/15 1226/25 1227/25 1228/2 1229/24 1230/10 1236/5
QUESTIONS [7] 1157/24 1167/12 1186/21 1212/11 1220/18 1240/23 1243/20
QUICKER [3] 1138/11 1168/21 1228/9
QUICKLY [2] 1179/24 1233/8
QUOTATION [1] 1238/23
QUOTE [1] 1227/17

**R**

RAILROAD [1] 1218/3
RAISE [1] 1153/25
RAMMED [1] 1160/15
RAN [1] 1167/25
RANGE [5] 1132/19 1133/2 1167/25 1208/24 1208/25
RANGES [1] 1168/1
RAPIDLY [1] 1197/15
RATIO [8] 1164/3 1164/16 1166/11 1167/1 1167/3 1182/13 1186/4 1208/2
RATIOS [1] 1186/9
RAY [3] 1181/23 1181/24 1182/8
REACH [60] 1131/14 1132/23 1133/23 1136/13 1149/17 1157/7 1158/17 1159/24 1161/15 1162/7 1162/21 1166/25 1168/17 1169/7 1169/12 1175/23 1176/12 1176/25 1177/11 1177/17 1177/18 1178/17 1185/20 1187/13 1188/1 1188/2 1189/5 1189/18 1190/17 1190/24 1192/13 1193/2 1193/10 1194/7 1195/4 1196/21 1201/16 1202/6 1202/10 1202/23 1203/8 1210/8 1210/9 1210/9 1210/12 1210/20 1215/10 1217/10 1223/4 1223/10 1223/10 1224/13 1229/7 1229/17 1230/3 1232/14 1234/22 1235/13 1236/7 1242/21
REACH 1 [10] 1177/17 1187/13 1188/1 1188/2 1190/17 1193/10 1194/7 1210/12 1223/10 1242/21
REACH 1/GIWW [2] 1176/12 1217/10
REACH 2 [40] 1131/14 1133/23 1136/13 1149/17 1157/7 1158/17 1159/24 1161/15 1162/7 1162/21 1166/25 1168/17 1169/7 1169/12 1175/23 1178/17 1185/20 1189/5 1189/18 1192/13 1193/2 1195/4 1196/21 1201/16 1202/6 1202/10 1202/23 1203/8 1210/8 1210/9 1210/20 1215/10 1223/4 1223/10 1229/7 1230/3 1232/14 1235/13 1236/7
READ [4] 1131/17 1146/25 1147/6

READING [1] 1234/1
READY [1] 1187/7
REAL [7] 1165/4 1168/3 1190/5 1190/8 1219/9 1219/10 1221/11
REAL-TIME [3] 1165/4 1190/5 1190/8
REALITIES [1] 1213/17
REALLY [4] 1170/18 1172/5 1202/16 1215/14
REASON [1] 1173/4
REASONS [2] 1173/12 1194/25
RECALL [7] 1210/11 1221/6 1221/7 1221/12 1221/14 1222/2 1223/23
RECENT [1] 1140/19
RECENTLY [2] 1179/25 1207/24
RECESS [2] 1187/4 1244/15
RECONSTRUCTION [1] 1222/21
RECORD [13] 1137/16 1162/12 1162/14 1162/15 1164/9 1228/5 1228/6 1228/14 1229/16 1229/23 1230/12 1230/13 1244/20
RECORDED [1] 1126/24
RED [3] 1143/1 1175/19 1175/23
REDIRECT [1] 1222/8
REDUCE [2] 1157/22 1195/21
REDUCED [3] 1174/25 1196/1 1206/4
REDUCES [2] 1183/25 1208/4
REDUCING [1] 1196/24
REDUCTION [2] 1137/6 1210/3
REFER [2] 1217/23 1239/13
REFERENCE [4] 1128/11 1165/21 1167/12 1189/10
REFERENCED [1] 1133/4
REFERENCING [5] 1162/6 1164/1 1164/2 1164/19 1181/23
REFERRED [1] 1163/2
REFERRING [4] 1183/8 1191/16 1212/2 1219/8
REFLECTING [2] 1181/5 1182/3
REGARD [6] 1131/13 1135/13 1136/23 1153/13 1163/19 1209/14
REGARDING [1] 1241/5
REGARDLESS [1] 1227/22
REGENERATE [2] 1157/18 1186/11
REGENERATED [1] 1184/7
REGENERATES [1] 1183/4
REGENERATION [2] 1210/24 1236/17
REGION [1] 1214/12
REGIONAL [1] 1128/24
REGROW [2] 1184/13 1184/17
REGROWN [1] 1182/4
RELATED [3] 1163/9 1163/24 1207/12
RELATIONSHIP [2] 1163/7 1164/21
RELATIVE [1] 1149/23
RELEVANCE [1] 1226/23
RELEVANT [4] 1150/23 1151/1 1151/18 1210/24
RELIED [1] 1170/10
RELY [2] 1165/15 1201/21
REMAINING [1] 1213/25
REMEMBER [2] 1162/1 1220/1
REMOVAL [1] 1201/11
REMOVE [1] 1157/21
REMOVED [3] 1143/23 1178/10 1200/24
REPAIR [3] 1149/9 1149/25 1156/16
REPAIRED [1] 1149/17
REPEAT [5] 1136/25 1149/3 1154/13 1165/18 1236/5
REPLICATION [1] 1216/6
REPORT [20] 1129/19 1129/20 1130/1 1131/9 1141/23 1142/6 1151/12 1151/17 1151/25 1168/5 1179/16 1181/1 1187/12 1197/25 1209/21 1220/9 1221/21 1234/6

R

REPORT... [2] 1238/12 1238/23
REPORTED [3] 1151/11 1189/20 1190/9
REPORTER [4] 1126/20 1243/24
1244/18 1244/24
REPORTS [6] 1162/14 1163/3 1179/15
1233/13 1233/22 1239/13
REPRESENT [1] 1165/1
REPRESENTED [1] 1229/10
REPRESENTS [1] 1209/13
REQUIRED [1] 1155/3
REQUIRES [3] 1171/10 1171/11
1172/17
RESEARCH [2] 1141/9 1159/21
RESEARCHER [1] 1207/11
RESEARCHERS [3] 1146/11 1146/21
1196/18
RESERVATION [1] 1238/7
RESERVATIONS [2] 1228/15 1228/16
RESPOND [1] 1237/14
RESTAURANT [1] 1238/8
RESTRAIN [1] 1153/18
RESULT [1] 1229/16
RESULTED [1] 1179/25
RESULTS [6] 1140/24 1169/15 1169/19
1170/10 1180/20 1208/1
RESUME [1] 1187/7
RETARDING [1] 1154/16
REVIEWED [1] 1233/21
RICHARD [1] 1126/16
RIGHT [118] 1128/22 1128/24 1129/2
1130/20 1133/9 1136/15 1137/1 1137/15
1138/24 1139/17 1142/16 1143/7
1143/13 1143/14 1143/24 1144/13
1145/20 1146/3 1147/16 1148/21
1150/17 1151/14 1152/21 1153/7
1153/16 1154/1 1155/25 1156/9 1156/18
1157/4 1159/11 1159/17 1160/10
1160/25 1161/3 1165/22 1166/13
1166/16 1170/16 1173/13 1173/15
1173/22 1174/1 1174/6 1174/22 1180/24
1182/24 1183/2 1183/3 1183/5 1183/12
1183/14 1183/18 1184/3 1184/20
1184/23 1185/1 1188/14 1188/15
1188/17 1188/20 1188/23 1191/10
1191/14 1192/9 1192/14 1192/24
1192/24 1195/12 1195/23 1197/4
1198/25 1205/20 1206/8 1206/10
1206/21 1206/24 1209/4 1209/20 1215/2
1215/6 1215/25 1216/2 1216/4 1219/17
1219/20 1220/8 1221/3 1221/9 1221/24
1222/7 1222/14 1223/1 1224/3 1224/9
1227/1 1227/20 1230/6 1231/4 1231/6
1232/1 1233/6 1233/7 1234/15 1234/19
1234/20 1234/22 1234/23 1235/22
1235/24 1236/8 1240/8 1240/8 1240/9
1241/10 1241/22 1242/9 1244/9
RIGHT-HAND [2] 1150/17 1157/4
RIPRAP [3] 1152/23 1192/11 1197/5
RISE [4] 1128/3 1187/3 1187/5 1244/14
RISING [2] 1158/14 1208/12
RISK [2] 1164/8 1188/10
RITA [3] 1239/5 1239/11 1240/11
RIVER [6] 1146/6 1150/7 1150/8 1150/9
1150/13 1162/5
ROAD [3] 1177/4 1177/8 1194/5
ROBERT [2] 1126/6 1128/15
ROBIN [1] 1126/15
ROBINSON [2] 1124/5 1218/19
ROCK [1] 1192/11
ROLE [2] 1227/25 1229/10
ROOM [2] 1126/20 1215/15

ROOTS [1] 1200/19
ROSS [1] 1180/8
ROUGE [2] 1125/14 1125/21
ROUGHLY [1] 1186/7
ROUGHNESS [1] 1175/3
ROY [2] 1125/5 1125/6
RULED [1] 1171/13
RULINGS [1] 1171/16
RUN [2] 1160/9 1179/23
RUPERT [1] 1126/14
RUSHES [1] 1179/7
RUSHING [2] 1177/22 1201/13

S

S.W [1] 1125/17
SACRAMENTO [2] 1179/19 1180/1
SAFETY [4] 1133/10 1136/23 1160/14
1173/8
SAID [17] 1143/10 1153/24 1163/23
1166/6 1172/8 1183/1 1187/15 1190/20
1196/7 1206/23 1213/1 1219/19 1225/24
1227/20 1227/23 1230/19 1241/20
SAILING [1] 1150/8
SALINITY [1] 1193/10
SALTWATER [8] 1134/2 1194/13
1194/19 1194/20 1194/24 1196/23
1216/11 1235/15
SAME [17] 1136/23 1143/16 1144/21
1149/18 1150/14 1167/20 1176/21
1178/5 1182/7 1203/23 1207/15 1220/2
1229/23 1230/16 1234/5 1234/21
1242/24
SAMPLE [1] 1165/10
SANDBAR [2] 1184/15 1184/16
SANDERS [1] 1193/18
SANDY [3] 1148/17 1150/2 1200/17
SARAH [1] 1126/16
SAW [8] 1159/12 1159/19 1161/5
1178/16 1194/22 1205/19 1210/10
1231/3
SAY [26] 1129/11 1130/22 1133/14
1133/18 1137/16 1138/21 1138/23
1139/13 1146/10 1152/13 1167/2 1169/2
1170/20 1170/23 1171/1 1173/7 1180/2
1186/1 1191/16 1195/20 1203/16
1211/12 1215/23 1218/25 1225/17
1233/21
SAYING [8] 1143/21 1147/25 1171/12
1172/19 1219/3 1219/9 1226/3 1231/8
SAYS [6] 1139/8 1146/3 1176/2 1187/12
1187/19 1195/19
SCALE [3] 1195/11 1195/12 1195/15
SCALLOPING [1] 1181/9
SCENARIO [57] 1165/16 1165/16
1165/25 1166/6 1166/22 1167/13
1167/22 1168/2 1169/16 1169/24
1170/10 1172/4 1172/5 1172/8 1172/9
1174/5 1174/9 1174/10 1174/13 1174/19
1174/20 1183/9 1183/10 1186/14 1191/7
1191/16 1191/18 1203/18 1203/18
1205/18 1208/19 1208/24 1209/9
1209/12 1210/1 1211/7 1211/24 1212/18
1212/19 1213/10 1213/11 1213/18
1214/4 1215/4 1215/13 1215/14 1215/23
1216/25 1219/24 1221/1 1221/11
1221/11 1222/1 1222/11 1225/24
1225/25 1232/13
SCENARIO 1 [2] 1165/25 1213/10
SCENARIO-3 [1] 1167/13
SCENARIOS [2] 1174/15 1210/10
SCHEME [1] 1199/13
SCHMERTMANN [2] 1141/21 1143/19
SCIENCE [1] 1176/6

SCIENTIFIC [1] 1161/15
SCOTT [1] 1124/19
SCOUR [3] 1167/5 1168/15 1178/19
SCOUT [1] 1194/15
SCREEN [1] 1142/6
SEA [8] 1163/23 1179/5 1181/10 1182/3
1202/22 1211/9 1223/20 1243/16
SEATED [2] 1128/4 1187/6
SECOND [11] 1129/3 1129/4 1129/11
1132/22 1140/1 1150/2 1157/17 1163/9
1165/10 1170/6 1200/11
SECONDLY [1] 1140/4
SECTION [7] 1131/19 1134/24 1147/11
1147/12 1148/13 1163/16 1219/13
SECTION A-A [1] 1147/11
SECTIONS [1] 1203/9
SEDIMENTS [1] 1129/5
SEE [26] 1129/17 1133/3 1139/16
1142/6 1142/18 1143/7 1143/8 1143/13
1143/24 1144/15 1148/11 1151/10
1171/9 1179/19 1182/3 1187/10 1193/5
1197/24 1198/5 1198/16 1200/21 1213/1
1220/23 1221/4 1230/7 1234/10
SEEDS [1] 1203/5
SEEING [2] 1220/20 1244/9
SEEM [5] 1150/23 1151/1 1181/13
1210/24 1226/21
SEEMED [3] 1210/5 1210/10 1220/2
SEEMS [1] 1225/20
SEEN [5] 1155/5 1179/3 1224/5 1233/22
1235/11
SEES [1] 1234/6
SEGMENT [1] 1198/22
SEIZED [1] 1171/25
SELECTED [1] 1179/16
SENSE [2] 1180/18 1207/22
SENSITIVE [1] 1205/13
SENSITIVITY [3] 1207/2 1207/3 1207/8
SENT [1] 1141/24
SEPARATED [1] 1140/18
SEPARATION [2] 1140/17 1195/18
SEPTEMBER [3] 1149/15 1202/4 1239/5
SEPTEMBER 13 [1] 1202/4
SEPTEMBER 24 [1] 1239/5
SEPTEMBER OF [1] 1149/15
SEQUENCE [5] 1140/16 1148/17
1149/14 1149/14 1169/8
SERIOUSLY [3] 1241/4 1241/20
1242/25
SERVICE [1] 1194/15
SESSION [4] 1124/10 1128/1 1128/4
1187/6
SET [2] 1210/5 1216/7
SETTLEMENT [13] 1129/2 1129/14
1129/22 1130/15 1131/19 1131/20
1131/23 1132/3 1136/18 1136/22
1137/23 1141/7 1156/2
SETTLEMENTS [1] 1130/14
SETTLING [2] 1130/24 1155/25
SEVERAL [5] 1162/13 1163/1 1163/2
1203/7 1210/11
SEVERE [2] 1143/4 1238/16
SEVERELY [1] 1238/13
SEVERITY [1] 1230/9
SHALLOW [2] 1175/7 1208/3
SHALLOWER [1] 1205/14
SHEET [1] 1135/15
SHERMAN [1] 1124/22
SHIP [1] 1218/18
SHIPS [1] 1156/8
SHORELINE [2] 1163/6 1184/14
SHORT [3] 1130/22 1197/8 1200/22
SHORTENING [1] 1138/11

S

Case 2:05-cv-04182-SRD-JCW   Document 18847   Filed 05/12/2009   Page 140 of 145

SHORTER [2]  1201/14 1201/15
SHORTHAND [1]  1229/17
SHOULD [7]  1172/19 1207/22 1216/19
1229/24 1235/10 1235/24 1236/10
SHOULDN'T [1]  1227/14
SHOVED [1]  1150/11
SHOW [15]  1150/7 1157/23 1177/6
1181/7 1187/22 1189/6 1193/8 1199/12
1199/20 1200/14 1200/15 1218/1 1225/2
1225/18 1235/9
SHOWED [1]  1227/17
SHOWING [3]  1150/3 1179/3 1181/22
SHOWN [10]  1143/1 1144/25 1149/21
1149/21 1150/19 1178/14 1192/11
1195/23 1216/3 1240/17
SHOWS [11]  1148/10 1150/2 1164/3
1164/10 1164/20 1175/16 1179/23
1191/7 1222/1 1238/13 1240/12
SHRANK [1]  1243/14
SHRINKAGE [1]  1131/25
SHRUBS [1]  1134/4
SIC [2]  1161/25 1237/24
SIDE [25]  1135/16 1147/19 1149/21
1149/23 1159/16 1163/22 1169/10
1169/17 1169/19 1173/25 1177/9 1177/9
1177/10 1177/10 1177/11 1177/22
1179/7 1181/8 1189/22 1190/23 1200/14
1201/11 1201/13 1209/8 1225/9
SIDE-ATTACK [1]  1209/8
SIDES [8]  1147/13 1154/24 1216/13
1223/15 1223/17 1223/18 1223/21
1236/18
SIGNIFICANCE [3]  1131/10 1134/4
1208/5
SIGNIFICANT [35]  1138/20 1140/15
1145/11 1157/9 1158/8 1158/9 1159/23
1161/19 1165/20 1166/3 1176/17
1181/25 1182/1 1182/5 1182/11 1182/13
1182/23 1183/7 1183/20 1193/11 1194/8
1195/12 1195/13 1195/14 1196/4
1200/21 1204/14 1206/6 1206/8 1207/6
1208/7 1212/5 1212/6 1213/2 1225/3
SIGNIFICANTLY [4]  1159/13 1193/15
1199/9 1221/10
SILTY [1]  1148/17
SIMILAR [2]  1144/2 1210/6
SIMILARITIES [1]  1242/20
SIMILARITY [2]  1174/5 1242/24
SIMPLE [1]  1186/2
SIMPLER [2]  1204/24 1206/13
SIMS [1]  1125/3
SIMULATION [1]  1204/20
SINAI [1]  1154/12
SINCE [1]  1179/9
SINKING [2]  1160/17 1160/19
SIR [50]  1128/8 1128/19 1129/19
1132/17 1134/15 1134/23 1135/24
1136/2 1137/20 1138/13 1142/15 1143/9
1148/12 1151/6 1152/12 1152/18
1161/16 1169/9 1169/15 1170/7 1171/7
1175/17 1177/16 1178/7 1179/2 1181/4
1181/19 1187/11 1192/8 1195/7 1197/24
1198/6 1198/7 1198/17 1198/18 1198/20
1200/6 1200/8 1212/10 1212/12 1213/6
1214/22 1217/6 1220/12 1220/22 1223/5
1226/5 1226/8 1228/19 1236/23
SISYPHUS [1]  1131/1
SITE [13]  1132/2 1134/15 1134/19
1134/20 1134/23 1136/1 1136/7 1136/8
1136/17 1136/19 1144/19 1168/1
1181/24

SITTING [1]  1167/15
SITUATION [7]  1188/17 1173/1 1207/25
1215/6
SIX [3]  1133/22 1135/22 1136/11
SIX-MILE [1]  1135/22
SKETCH [1]  1213/9
SKIPPING [1]  1147/18
SLICING [1]  1230/6
SLIDE [64]  1128/6 1128/9 1128/19
1129/18 1131/9 1132/16 1134/14
1134/18 1134/20 1134/22 1137/13
1137/17 1137/19 1138/15 1139/4
1140/21 1141/13 1142/12 1142/21
1144/10 1146/5 1146/23 1148/5 1148/9
1149/7 1151/21 1151/22 1151/23 1152/1
1157/1 1159/10 1161/6 1175/15 1177/1
1177/13 1177/15 1178/4 1178/5 1178/24
1178/25 1179/11 1179/12 1180/22
1181/16 1187/9 1192/4 1193/6 1194/18
1195/6 1198/16 1199/20 1200/5 1213/4
1214/2 1214/3 1214/12 1217/1 1223/3
1236/19 1236/22 1237/24 1238/23
1242/6 1242/9
SLIDE 29 [1]  1177/15
SLIDES [1]  1220/14
SLOPE [2]  1205/8 1207/7
SLOPES [1]  1147/19
SLOW [1]  1199/16
SLOWED [1]  1152/6
SMALL [2]  1148/18 1178/14
SMALLER [1]  1150/13
SMITH [2]  1126/15 1128/14
SO [87]  1129/2 1130/20 1132/2 1132/10
1133/5 1134/3 1134/17 1135/5 1136/15
1136/17 1140/3 1143/24 1145/20
1147/16 1150/25 1151/9 1153/15
1153/16 1156/17 1156/22 1158/17
1158/18 1159/15 1159/21 1160/10
1160/14 1160/22 1160/24 1162/8
1164/11 1164/14 1164/18 1169/21
1174/5 1174/9 1174/19 1177/8 1177/11
1177/24 1178/1 1179/15 1183/25
1184/20 1184/22 1186/12 1188/12
1190/12 1190/16 1191/21 1192/23
1193/9 1193/19 1196/25 1198/25
1203/15 1204/1 1205/14 1205/18
1206/20 1207/24 1208/10 1208/19
1209/12 1210/5 1210/19 1210/22 1211/8
1211/11 1213/18 1215/23 1216/6 1218/2
1218/5 1218/5 1218/14 1220/17 1226/3
1229/9 1231/6 1231/24 1232/8 1234/3
1238/6 1239/24 1240/2 1240/18 1241/15
SO-CALLED [1]  1213/18
SOFT [2]  1239/19 1240/14
SOIL [17]  1130/4 1131/22 1142/24
1144/23 1145/2 1149/23 1149/23 1150/1
1150/4 1155/24 1164/14 1165/8 1165/10
1165/11 1165/12 1178/10 1200/18
SOIL'S [1]  1164/13
SOILS [4]  1164/22 1200/25 1201/12
1237/17
SOJA [1]  1126/16
SOLDIERS [1]  1140/1
SOLELY [1]  1207/7
SOME [38]  1129/17 1134/7 1134/10
1135/19 1141/2 1141/18 1149/24
1152/16 1153/2 1155/2 1157/23 1159/19
1164/24 1165/15 1170/3 1170/4 1172/7
1174/23 1192/14 1194/3 1195/3 1195/6
1201/18 1202/23 1202/25 1203/1 1203/2
1204/4 1204/20 1209/19 1215/8 1215/9
1224/18 1225/21 1235/11 1238/2 1239/2
1241/13

SOMEBODY [2]  1168/7 1170/16
SOMEONE [4]  1184/2 1225/23 1225/18
1234/7
SOMETHING [9]  1151/6 1153/5 1166/2
1175/10 1183/15 1207/1 1212/23
1230/25 1233/17
SOMETIMES [6]  1131/7 1170/14
1178/19 1185/25 1194/23 1202/11
SOMEWHAT [1]  1228/12
SOMEWHERE [3]  1156/15 1156/20
1193/16
SORRY [7]  1152/12 1159/10 1166/19
1178/3 1191/10 1192/5 1231/24
SORT [1]  1159/21
SORTS [1]  1244/2
SOURCE [5]  1156/5 1161/22 1220/3
1224/13 1232/13
SOUTH [20]  1124/16 1128/12 1134/3
1135/24 1157/7 1159/16 1177/9 1178/1
1178/2 1178/3 1190/23 1215/1 1223/21
1223/24 1227/9 1228/23 1229/18 1230/7
1232/4 1232/9
SPACE [1]  1186/11
SPARED [1]  1215/11
SPEAK [2]  1172/2 1233/20
SPEAKING [3]  1131/14 1154/12 1223/22
SPECIALISTS [1]  1198/2
SPECIFIC [1]  1176/25
SPECULATING [1]  1154/9
SPECULATION [2]  1132/13 1154/11
SPELL [1]  1191/22
SPOIL [5]  1147/23 1149/22 1156/6
1156/23 1159/6
SPONGE [1]  1129/6
SPOT [2]  1137/21 1218/12
SPOTS [1]  1203/9
SPOTTY [1]  1201/20
SPRINGS [1]  1125/17
SQUARE [6]  1163/24 1164/1 1184/23
1185/3 1206/7 1208/6
SQUEEZE [5]  1138/11 1143/14 1143/21
1143/22 1154/5
SQUEEZED [2]  1134/11 1142/24
SQUEEZING [14]  1129/6 1129/8 1129/8
1129/15 1132/4 1138/10 1141/5 1141/10
1142/1 1143/3 1143/16 1145/1 1149/19
1151/10
SR [1]  1126/16
ST [3]  1207/9 1207/21 1207/23
ST. [9]  1189/14 1189/20 1189/23 1190/3
1190/15 1219/10 1223/8 1224/14
1232/15
ST. BERNARD [9]  1189/14 1189/20
1189/23 1190/3 1190/15 1219/10 1223/8
1224/14 1232/15
STABILIZED [1]  1141/2
STAGE [1]  1210/5
STAND [1]  1167/15
STANDING [2]  1193/18 1198/5
STANDPOINT [1]  1147/19 1226/19
STANWOOD [1]  1124/11
START [14]  1130/24 1162/9 1166/21
1178/8 1188/14 1195/15 1197/3 1197/6
1197/9 1197/11 1208/11 1217/24
1218/19 1241/15
STARTED [1]  1183/1
STARTING [1]  1149/15
STATE [5]  1158/3 1163/23 1182/3
1211/9 1241/10
STATEMENT [1]  1224/23
STATES [7]  1124/1 1124/7 1124/11
1129/21 1190/11 1233/20 1244/18
STATING [1]  1164/8

S

STATION [3] 1126/17 1146/11 1218/2
STATIONED [1] 1194/6
STATISTICS [1] 1155/5
STAY [1] 1177/1
STAYS [1] 1184/1
STEEP [1] 1181/9
STENOGRAPHY [1] 1126/24
STEP [4] 1179/20 1179/22 1204/20
1208/22
STEVENS [2] 1125/22 1125/23
STILL [8] 1135/22 1138/16 1164/2
1198/12 1226/2 1226/12 1227/8 1239/24
STIPULATION [1] 1225/4
STONE [4] 1126/16 1128/5 1197/5
1243/22
STONES [1] 1152/23
STOP [2] 1212/13 1235/21
STOPPING [3] 1153/15 1196/23
1196/23
STOPS [1] 1231/25
STORM [12] 1162/5 1166/22 1168/23
1172/16 1192/1 1193/1 1193/3 1194/1
1196/17 1198/14 1213/13 1214/7
STORM-BUFFERING [2] 1193/1 1193/3
STORM-SURGE [2] 1194/1 1196/17
STORMS [1] 1195/2
STRAIGHTFORWARD [1] 1209/15
STREET [10] 1124/16 1124/19 1124/23
1125/6 1125/10 1125/13 1125/20 1126/4
1126/7 1126/20
STRETCH [8] 1135/22 1136/10 1138/18
1176/18 1199/6 1199/24 1200/2 1219/7
STRETCHES [4] 1159/12 1201/16
1201/19 1202/23
STRONG [1] 1195/2
STRUCTURE [44] 1129/5 1134/25
1135/2 1135/4 1137/25 1140/10 1141/8
1142/25 1150/21 1157/19 1157/20
1163/1 1163/17 1168/21 1169/13
1169/18 1179/5 1179/9 1196/13 1200/13
1200/15 1201/4 1201/6 1204/12 1208/9
1209/10 1215/2 1218/4 1235/20 1237/19
1237/19 1238/13 1239/1 1239/1 1239/3
1239/11 1239/18 1239/19 1240/2
1240/14 1241/5 1241/6 1242/3 1242/5
STRUCTURES [18] 1130/14 1134/1
1141/4 1142/3 1144/17 1149/17 1152/11
1153/19 1174/18 1182/15 1188/23
1196/9 1196/21 1200/11 1202/1 1204/23
1214/5 1240/24
STRUGGLE [1] 1225/17
STUDIED [1] 1182/12
STUDIES [3] 1189/5 1196/16 1218/24
STUDY [12] 1149/2 1149/4 1168/1
1168/4 1181/24 1204/9 1204/10 1204/10
1204/13 1208/12 1208/23 1225/8
STUDYING [1] 1208/8
STUFF [4] 1141/18 1155/14 1192/22
1192/22
STUMBLED [1] 1232/21
SUBJECT [4] 1165/11 1175/9 1185/24
1228/6
SUBJECTED [2] 1168/22 1214/9
SUBROGATED [1] 1126/2
SUBSIDE [1] 1159/5
SUBSIDENCE [3] 1131/13 1137/22
1159/1
SUBSTANTIAL [5] 1158/10 1158/10
1218/21 1227/8 1228/13
SUBSTANTIALLY [1] 1221/10
SUBSTANTIATE [1] 1145/23

SUBSTRATE [4] 1200/17 1200/18
1200/20 1208/1
SUBTERRANEAN [3] 1223/20 1227/6
1227/7
SUBTLE [1] 1180/14
SUCH [1] 1231/21
SUGGESTING [2] 1151/6 1151/8
SUGGESTS [1] 1240/18
SUITE [5] 1124/16 1125/3 1125/6
1125/10 1126/7
SUMMARIZE [3] 1152/3 1221/22 1223/9
SUMMARIZING [1] 1214/3
SUMMARY [1] 1171/23
SUPERVISED [1] 1141/20
SUPPORT [1] 1237/25
SUPPOSED [2] 1185/15 1206/15
SURE [15] 1134/6 1150/23 1159/4
1171/4 1174/8 1175/11 1183/17 1186/5
1189/8 1219/14 1220/5 1232/22 1234/9
1234/10 1244/1
SURFACE [5] 1130/5 1148/15 1150/4
1201/8 1213/20
SURGE [33] 1132/25 1133/9 1140/2
1158/14 1158/17 1173/19 1177/17
1177/18 1178/11 1179/6 1189/17
1189/19 1192/1 1194/1 1194/21 1196/17
1197/17 1198/14 1208/12 1208/13
1210/3 1210/14 1213/22 1213/25 1214/9
1216/17 1220/23 1222/12 1223/15
1229/3 1232/1 1232/3 1232/19
SURGE-REDUCTION [1] 1210/3
SURGES [1] 1236/17
SURPRISE [1] 1202/15
SURROGATE [2] 1171/9 1172/21
SURVEY [2] 1150/18 1202/5
SURVEYOR [2] 1202/9 1202/10
SURVIVABILITY [1] 1135/14
SURVIVABLE [1] 1191/23
SURVIVAL [2] 1134/13 1201/5
SURVIVE [2] 1194/24 1201/1
SURVIVED [5] 1169/18 1175/21 1176/23
1178/12 1199/10
SUV [1] 1193/17
SWAMPS [1] 1194/25
SWING [1] 1176/15
SWINGING [1] 1177/19
SWINGS [1] 1240/16
SWITCH [1] 1208/15
SWORN [1] 1128/15
SYMPTOMATIC [1] 1142/24
SYNERGISTIC [1] 1186/17
SYSTEM [5] 1140/13 1199/9 1214/8
1242/6 1243/4
SYSTEMS [1] 1202/19

T

TAHEERAH [1] 1126/11
TAKE [16] 1128/11 1132/5 1141/17
1159/7 1165/10 1172/18 1182/19
1184/25 1186/22 1198/23 1200/11
1204/6 1205/21 1208/21 1226/1 1235/13
TAKEN [10] 1131/22 1138/5 1154/7
1179/12 1179/22 1193/9 1195/8 1202/4
1238/11 1240/10
TAKES [1] 1207/2
TALK [5] 1155/16 1191/25 1209/18
1210/23 1210/23
TALKED [4] 1197/20 1203/18 1236/21
1243/25
TALKING [19] 1132/22 1133/22 1133/22
1134/14 1134/18 1138/16 1145/20
1149/10 1153/4 1160/17 1165/22 1177/6
1201/25 1202/9 1202/10 1206/2 1217/18

1230/9 1232/19
TANDEM [1] 1148/16 1148/25
TAPED [1] 1202/8
TASK [1] 1190/10
TEAM [4] 1170/9 1181/21 1215/20
1221/23
TECHNIQUES [1] 1153/16
TECHNOLOGIES [1] 1202/19
TECHNOLOGY [1] 1207/25
TELL [22] 1129/18 1131/10 1137/14
1138/8 1140/8 1142/23 1144/15 1148/10
1148/12 1149/10 1174/23 1177/2 1178/6
1198/2 1199/22 1200/7 1207/1 1218/1
1237/13 1237/24 1238/10 1240/8
TELLS [1] 1231/12
TEN [1] 1206/19
TEND [3] 1147/21 1163/6 1176/3
TENDING [1] 1176/4
TERM [2] 1129/4 1204/24
TERMINATES [1] 1181/24
TERMS [22] 1148/11 1149/12 1153/21
1159/23 1160/2 1166/9 1169/15 1169/17
1175/24 1187/21 1187/23 1189/5 1189/7
1190/16 1191/13 1194/1 1194/21 1201/3
1208/19 1209/3 1221/13 1240/2
TERRAIN [1] 1213/13
TEST [6] 1131/21 1144/12 1144/13
1144/19 1204/7 1207/8
TESTIFIED [3] 1128/16 1181/21 1215/20
TESTIMONY [10] 1151/24 1163/3
1191/6 1223/23 1226/4 1226/10 1227/11
1227/13 1235/16 1236/19
TESTS [1] 1169/25
TEXAS [1] 1125/4
THAN [15] 1153/5 1156/7 1164/4
1174/25 1176/9 1184/10 1184/18 1185/5
1185/15 1185/15 1189/2 1196/2 1209/18
1233/6 1234/7
THANK [16] 1128/8 1138/13 1142/13
1147/5 1165/13 1166/18 1168/13
1181/19 1182/21 1199/25 1230/16
1242/7 1243/20 1244/4 1244/5 1244/11
THAT [456]
THAT SHOWS [1] 1164/3
THAT THE [1] 1164/11
THAT YOU [1] 1142/4
THAT'S [161]
THE HIGHER [1] 1145/15
THE WATER [1] 1221/5
THEIR [6] 1130/5 1131/5 1175/1
1177/19 1202/21 1214/5
THEM [11] 1143/1 1147/1 1154/12
1167/17 1179/14 1205/3 1207/11
1210/10 1222/3 1234/1 1237/5
THEMSELVES [2] 1131/8 1150/11
THEN [29] 1133/14 1149/11 1171/4
1174/20 1184/4 1184/5 1186/1 1189/16
1189/17 1189/19 1193/4 1197/8 1201/10
1204/6 1205/21 1208/12 1210/22
1211/23 1213/25 1214/25 1215/9 1216/6
1226/2 1229/20 1229/23 1230/1 1230/3
1230/4 1238/1
THEORIES [1] 1195/19
THEORY [2] 1189/22 1217/16
THERE [99] 1129/2 1129/3 1133/15
1133/18 1134/4 1134/7 1134/10 1138/3
1140/15 1143/1 1145/6 1145/11 1145/15
1145/15 1145/16 1146/2 1147/16 1152/3
1153/2 1154/23 1157/9 1159/12 1159/15
1159/22 1160/12 1163/1 1164/24
1164/24 1164/25 1165/5 1167/11
1167/15 1169/7 1169/17 1169/21 1170/1
1171/5 1171/19 1172/19 1174/12 1186/4

**T**

THERE... [58] 1186/5 1186/6 1186/9
1186/17 1190/18 1190/23 1191/19
1194/8 1194/23 1195/4 1197/16 1198/6
1198/13 1199/20 1201/16 1201/18
1202/12 1203/9 1205/16 1208/19 1209/9
1209/11 1211/14 1211/15 1211/23
1211/25 1212/8 1217/2 1217/11 1218/6
1218/20 1218/21 1219/4 1219/16
1219/25 1220/1 1220/23 1221/4 1221/22
1223/7 1224/10 1225/9 1226/12 1229/22
1230/7 1231/6 1233/3 1234/9 1235/21
1235/22 1235/24 1240/5 1240/19
1240/24 1241/2 1242/9 1242/20 1243/23
THERE ISN'T [1] 1186/5
THERE'S [26] 1138/20 1140/23 1146/24
1148/15 1159/7 1160/10 1160/22
1164/18 1174/14 1192/23 1202/3
1210/15 1210/19 1212/6 1214/19 1218/3
1223/12 1225/3 1230/19 1231/4 1231/8
1231/18 1232/7 1234/7 1234/7 1240/14
THEREAFTER [1] 1180/8
THEREBY [3] 1182/2 1200/24 1201/12
THEREFORE [5] 1139/24 1140/3
1154/17 1160/21 1204/15
THESE [23] 1138/8 1140/17 1140/24
1146/20 1147/14 1150/4 1150/21 1154/7
1165/7 1172/7 1173/24 1198/12 1200/17
1201/14 1205/22 1207/16 1208/22
1220/18 1230/3 1233/9 1234/3 1236/21
1236/25
THEY [67] 1130/10 1130/13 1130/15
1130/17 1130/19 1130/23 1131/4 1131/4
1131/6 1139/3 1141/12 1143/5 1144/18
1144/20 1144/22 1146/20 1146/22
1147/16 1147/16 1148/16 1148/21
1150/10 1152/5 1152/9 1153/2 1153/12
1153/20 1153/21 1153/24 1154/8
1155/24 1156/5 1156/14 1156/14
1156/16 1156/17 1156/20 1157/18
1162/8 1162/9 1162/9 1172/7 1177/19
1178/16 1180/17 1182/11 1182/14
1184/15 1184/17 1194/7 1196/25 1197/1
1200/22 1202/9 1202/21 1205/13
1205/14 1211/20 1211/21 1221/9
1224/21 1225/12 1228/23 1232/5 1236/7
1236/22 1243/1
THEY'RE [5] 1146/17 1155/11 1155/25
1194/24 1194/25
THICK [1] 1198/3
THICKNESS [1] 1193/21
THING [8] 1163/15 1164/3 1164/7
1164/10 1198/3 1200/4 1236/1 1236/14
THING THAT [1] 1164/7
THINGS [8] 1153/2 1161/16 1161/18
1163/1 1164/18 1194/24 1199/13 1236/9
THINK [39] 1128/6 1129/2 1131/17
1140/6 1143/10 1156/5 1160/24 1161/5
1168/10 1171/10 1172/16 1172/23
1173/4 1173/13 1181/15 1197/19
1210/15 1212/6 1216/19 1216/25
1216/25 1220/3 1220/8 1220/17 1221/13
1222/3 1222/24 1225/3 1228/4 1228/11
1229/13 1229/19 1234/13 1235/23
1236/10 1236/20 1240/23 1241/12
1242/7
THINK'S [1] 1165/19
THINKING [1] 1217/2
THINKS [1] 1235/24
THIRD [6] 1129/7 1129/11 1141/6
1158/24 1182/2 1201/10
THIS [204]

THOMAS [1] 1125/3
THOSE [19] 1131/17 1148/17 1149/24
1163/2 1164/25 1168/1 1176/8 1177/19
1178/18 1186/14 1197/13 1201/12
1204/13 1204/14 1209/11 1211/2
1222/15 1226/22 1227/8 1232/7 1235/11
THOUGH [3] 1186/2 1230/8 1242/25
THOUGHT [1] 1181/16
THOUGHTS [1] 1209/19
THREAT [1] 1158/20
THREE [17] 1128/21 1136/9 1141/6
1160/14 1160/15 1162/8 1187/25
1188/19 1189/2 1191/12 1227/3 1227/7
1228/19 1228/21 1233/9 1234/3 1234/25
THRIVING [1] 1216/13
THROUGH [25] 1135/17 1139/12 1140/1
1140/8 1140/14 1143/7 1149/5 1153/15
1157/4 1168/7 1179/20 1179/24 1181/11
1195/3 1198/1 1204/12 1208/22 1211/21
1218/6 1220/14 1224/13 1234/12
1234/22 1235/14 1240/5
THROUGHOUT [1] 1133/21
THROW [2] 1153/2 1203/5
THRUST [1] 1160/24
THUS [1] 1131/1
TICK [1] 1234/3
TIME [49] 1130/15 1130/22 1131/6
1132/10 1137/3 1140/17 1144/21
1144/24 1145/1 1145/17 1145/17
1149/18 1161/24 1162/2 1165/4 1166/1
1166/3 1179/9 1186/11 1186/23 1190/5
1190/8 1195/4 1197/8 1198/13 1200/22
1201/7 1201/8 1201/10 1201/13 1201/14
1201/15 1201/22 1208/3 1208/10
1208/13 1208/14 1211/24 1213/1 1214/8
1229/2 1229/6 1229/7 1229/20 1230/4
1230/24 1239/2 1239/3 1239/4
TIMELY [1] 1237/5
TIMES [8] 1162/13 1167/3 1182/14
1185/5 1185/19 1185/23 1203/7 1206/19
TIMING [1] 1189/23 1190/14 1190/15
1201/7
TITLED [1] 1143/15
TODAY [5] 1128/14 1141/11 1173/12
1212/24 1236/3
TOE [8] 1135/3 1137/24 1144/22
1149/22 1162/25 1179/8 1182/10
1211/14
TOES [1] 1143/3
TOLD [4] 1128/24 1140/23 1153/16
1173/12
TONI [4] 1126/20 1244/18 1244/23
1244/23
TOO [6] 1167/11 1199/16 1215/20
1222/6 1244/1 1244/12
TOOK [3] 1187/4 1198/22 1227/6
TOOTHPASTE [6] 1129/8 1129/9
1134/11 1143/22 1143/23 1154/5
TOP [11] 1133/25 1145/4 1177/19
1179/4 1180/11 1181/22 1195/11
1206/12 1210/2 1213/15 1213/17
TOPIC [3] 1153/9 1161/10 1200/5
TORTS [1] 1126/10
TOTAL [1] 1137/22
TOTALLY [1] 1220/16
TOWARD [1] 1139/2
TOWARDS [3] 1136/4 1138/5 1157/20
TRANSACTION [1] 1239/18
TRANSCRIPT [5] 1126/24 1158/3
1202/8 1227/18 1244/19
TRANSITION [3] 1204/18 1239/14
1239/17
TRANSLATION [1] 1191/15

TREAT [1] 1209/11
TREATMENT [1] 1155/8
TRIAGE [2] 1144/11 1144/13
1193/13 1197/13
TRIAL [1] 1124/10
TRIED [2] 1171/25 1216/24
TRIPLE [1] 1140/23
TRIPS [2] 1149/15 1149/20
TROUBLE [2] 1179/14 1199/12
TROUT [1] 1240/1
TRUE [7] 1133/21 1225/16 1231/25
1232/8 1233/24 1233/25 1244/19
TRY [1] 1203/21
TRYING [3] 1217/15 1228/13 1232/21
TRYING TO [1] 1232/21
TSUNAMIS [1] 1195/2
TUBE [3] 1129/9 1143/23 1154/5
TUESDAY [1] 1124/4
TURBULENCE [1] 1178/21
TURN [12] 1129/18 1140/21 1146/23
1148/5 1161/10 1175/15 1180/22
1186/20 1187/9 1192/4 1200/5 1220/9
TURNED [1] 1235/2 1235/4
TUSA [4] 1126/20 1244/18 1244/23
1244/23
TWICE [1] 1225/23
TWO [23] 1136/9 1136/10 1138/8
1138/18 1143/1 1146/24 1164/18 1165/5
1167/1 1179/16 1180/1 1181/20 1187/25
1191/12 1207/8 1208/22 1213/23
1228/21 1229/22 1232/9 1234/13
1234/25 1239/24
TYPE [4] 1154/23 1170/4 1197/16
1198/11
TYPES [1] 1178/24

**U**

U.S [2] 1126/9 1149/17
ULTIMATE [1] 1159/3
ULTIMATELY [2] 1150/2 1162/6
UNARMORED [1] 1144/6
UNCONSOLIDATED [1] 1153/5
UNDER [15] 1129/5 1138/10 1142/25
1145/21 1147/22 1148/20 1150/20
1167/21 1169/24 1183/20 1205/10
1211/9 1222/11 1225/24 1232/13
UNDERLYING [1] 1200/24
UNDERPASS [1] 1218/13
UNDERSTAND [26] 1154/10 1155/18
1155/19 1171/15 1174/8 1184/23
1188/22 1191/6 1197/19 1198/8 1203/19
1206/15 1209/20 1211/7 1213/5 1217/16
1221/4 1221/24 1221/25 1222/17 1224/9
1227/21 1228/16 1230/11 1232/24
1236/22
UNDERSTANDING [10] 1171/6 1174/9
1174/13 1198/9 1209/24 1223/23
1224/12 1227/23 1228/15 1244/20
UNDERSTANDS [2] 1158/25 1159/2
UNDERSTOOD [1] 1185/8
UNDERTAKEN [1] 1152/5
UNDERWAY [1] 1151/9
UNDISTURBED [1] 1131/22
UNIFORM [1] 1238/5
UNIFORMLY [1] 1180/10
UNIMPEDED [1] 1196/11
UNINFORMED [1] 1210/25
UNINTENTIONAL [1] 1150/23
UNINTENTIONALLY [1] 1151/9
UNIT [2] 1191/1 1214/12
UNITED [7] 1124/1 1124/7 1124/11
1129/21 1190/11 1233/20 1244/18
UNITED STATES [3] 1129/21 1190/11
1233/20

**U**

UNIVERSITY [1] 1141/21
UNLESS [2] 1135/15 1195/2
UNMITIGATED [1] 1187/22
UNSTABLE [1] 1153/6
UNSUNG [1] 1199/8
UNTIL [4] 1184/1 1184/17 1208/13
1244/13
UP [37] 1129/2 1134/19 1142/6 1143/3
1150/3 1150/7 1150/8 1150/9 1150/11
1153/25 1153/25 1154/4 1155/21
1157/17 1164/10 1164/20 1171/22
1177/24 1179/14 1183/5 1188/14
1192/18 1194/6 1198/5 1199/6 1199/16
1199/20 1205/22 1207/19 1214/15
1217/1 1218/1 1218/9 1241/25 1242/6
1243/14 1243/22
UP-CHANNEL [1] 1150/9
UPLIFT [1] 1223/20
UPON [4] 1165/15 1170/10 1229/23
1232/14
UPPER [7] 1146/3 1149/21 1157/4
1159/10 1237/25 1238/10 1238/11
URBAN [1] 1173/9
US [33] 1128/24 1129/18 1131/10
1134/20 1135/18 1140/8 1142/20
1142/23 1144/15 1148/12 1149/10
1154/16 1157/2 1161/14 1164/12 1165/4
1173/4 1177/2 1177/6 1179/2 1181/4
1187/18 1199/22 1200/7 1207/4 1216/3
1231/12 1233/2 1233/5 1237/13 1237/24
1238/10 1240/8
USE [4] 1188/12 1204/7 1238/18
1239/24
USED [14] 1141/3 1149/24 1149/24
1150/8 1162/13 1198/11 1202/21
1204/21 1207/8 1207/16 1208/20
1208/24 1238/24 1243/6
USES [1] 1203/22
USING [7] 1135/15 1135/18 1136/17
1141/2 1153/18 1155/11 1165/20
UTILIZED [1] 1215/19

**V**

VALLEY [1] 1179/19
VALUE [1] 1206/5
VARIABLE [4] 1180/20 1202/11 1206/20
1215/24
VARIOUS [3] 1153/16 1195/19 1221/7
VEGETATION [64] 1133/24 1134/10
1157/21 1160/12 1160/12 1163/16
1174/16 1174/20 1175/1 1191/25
1191/25 1192/6 1192/10 1192/12
1192/20 1192/21 1192/22 1193/4 1193/7
1193/9 1193/11 1193/22 1194/8 1194/12
1194/14 1194/22 1195/1 1195/3 1195/9
1195/10 1195/15 1195/17 1195/21
1195/23 1195/24 1196/10 1196/12
1196/14 1196/17 1196/20 1196/24
1197/10 1197/14 1197/16 1198/2
1198/11 1200/4 1200/12 1204/18 1206/2
1206/4 1207/6 1209/9 1213/20 1213/21
1215/1 1215/21 1216/1 1216/13 1235/16
1235/22 1236/11 1242/18 1243/12
VEGETATIVE [2] 1133/25 1215/15
VELOCITIES [1] 1164/21
VELOCITY [7] 1164/11 1164/13 1164/16
1164/22 1165/9 1166/11 1167/1
VERRETT [3] 1144/20 1176/15 1176/18
VERSION [1] 1150/13
VERSUS [10] 1124/6 1129/15 1166/14
1166/22 1169/3 1169/5 1169/16 1185/12

1186/12 1214/10
VERTICAL [1] 1188/7
VERY [40] 1140/18 1143/4 1150/5
1163/15 1164/5 1172/23 1177/22 1179/5
1180/16 1180/18 1181/16 1192/12
1194/3 1194/3 1194/7 1194/8 1194/12
1196/5 1200/22 1200/22 1202/3 1202/12
1204/13 1207/21 1207/24 1208/1 1208/7
1208/24 1210/6 1210/25 1211/22 1212/5
1224/3 1224/4 1224/6 1238/14 1240/12
1241/14 1244/5 1244/11
VESSELS [1] 1150/8
VICINITY [1] 1135/22
VICKSBURG [2] 1146/7 1146/11
VICTOR [1] 1125/24
VIDEO [1] 1202/3
VIEW [1] 1231/25
VIEWS [1] 1140/17
VIOLET [2] 1242/9 1242/21
VIOLET-CHALMETTE [2] 1242/9
1242/21
VIS [4] 1158/8 1158/8 1158/16 1158/16
VIS-À-VIS [2] 1158/8 1158/16
VISITS [1] 1199/2
VOLUME [3] 1124/10 1217/21 1231/15
VRIJLING [19] 1140/6 1161/11 1161/14
1163/2 1163/23 1174/15 1181/21
1190/20 1196/7 1203/22 1204/1 1204/17
1205/18 1208/19 1215/20 1218/16
1218/25 1221/8 1221/9
VRIJLING'S [2] 1204/19 1209/20

**W**

WAIT [1] 1212/15
WALL [8] 1218/12 1226/1 1230/23
1231/7 1237/19 1238/14 1240/14
1240/15
WALLS [8] 1223/17 1225/25 1226/22
1227/22 1228/21 1228/22 1232/7 1232/9
WALTER [1] 1125/12
WANT [24] 1138/23 1139/16 1151/25
1161/10 1162/21 1166/2 1166/16 1167/9
1167/11 1168/6 1170/5 1172/3 1172/10
1172/16 1173/8 1176/25 1183/15
1186/24 1199/16 1209/18 1217/16
1220/6 1221/15 1230/4
WANTED [2] 1185/11 1209/12
WANTING [1] 1150/9
WANTS [3] 1183/17 1203/1 1243/22
WAR [1] 1202/9
WARD [8] 1215/11 1217/6 1219/10
1224/14 1230/2 1231/23 1236/4 1237/17
WARREN [1] 1126/6
WAS [95] 1130/1 1130/10 1130/12
1130/17 1131/23 1132/1 1132/2 1132/3
1132/25 1133/2 1133/5 1134/15 1135/15
1137/3 1137/17 1137/23 1140/6 1141/24
1146/15 1146/15 1148/2 1148/5 1150/1
1151/6 1151/8 1151/8 1151/11 1154/23
1156/23 1158/3 1159/6 1167/24 1169/17
1169/21 1169/25 1171/6 1171/6 1171/14
1172/4 1173/21 1174/10 1177/8 1178/5
1180/3 1183/1 1190/18 1190/23 1196/18
1199/8 1199/9 1200/3 1201/22 1202/4
1202/4 1202/11 1202/12 1204/21
1205/16 1206/20 1207/8 1207/10
1207/12 1210/6 1211/3 1211/4
1212/19 1215/20 1217/20 1217/21
1217/22 1219/6 1219/16 1219/19
1220/23 1222/14 1222/17 1224/10
1224/15 1225/9 1229/17 1230/3 1231/1
1232/21 1235/22 1236/2 1238/23 1240/9

1240/19 1241/12 1242/12 1243/2 1243/3
1243/9 1243/18 1243/21 1244/15
WASHINGTON [1] 1126/18
WASN'T [2] 1194/15 1202/12
WATCHED [1] 1163/15
WATCHING [1] 1151/9
WATER [87] 1129/6 1140/8 1140/9
1140/14 1147/21 1150/4 1157/18
1158/14 1162/17 1162/18 1162/24
1162/24 1163/4 1163/5 1163/7 1163/11
1163/11 1164/1 1164/21 1175/6 1175/8
1177/21 1178/21 1179/4 1179/7 1179/23
1180/18 1182/9 1184/12 1184/13
1186/10 1186/12 1188/16 1188/22
1189/17 1189/20 1191/3 1200/25
1201/13 1204/22 1204/24 1205/10
1205/13 1205/14 1205/17 1207/7 1207/12
1208/2 1208/2 1208/3 1208/9 1208/11
1210/6 1210/20 1214/10 1217/21 1218/5
1218/10 1218/12 1218/19 1221/5 1221/5
1221/6 1221/7 1221/17 1223/15 1223/18
1228/20 1228/22 1229/4 1229/5 1229/5
1229/7 1229/21 1230/2 1230/22 1231/4
1231/8 1231/15 1231/18 1231/21 1232/7
1234/13 1234/21 1234/24 1239/23
1240/5
WATER'S [2] 1137/25 1138/21
WATER-DEPTH [1] 1204/22
WATERS [1] 1213/25
WATERWAY [4] 1145/24 1146/2 1146/3
1172/16
WATERWAYS [1] 1146/11
WAVE [93] 1135/16 1139/9 1139/20
1140/2 1153/4 1158/18 1162/6 1163/6
1163/6 1163/8 1163/12 1163/13 1163/24
1163/25 1164/19 1164/20 1164/21
1165/20 1165/24 1166/3 1166/8 1167/4
1167/21 1167/25 1168/15 1169/19
1169/25 1173/25 1174/25 1176/2 1176/4
1176/8 1177/21 1178/13 1179/20
1181/22 1181/23 1181/24 1181/25
1182/1 1182/2 1182/5 1182/7 1182/11
1182/13 1182/23 1183/7 1183/20
1185/17 1185/19 1186/12 1186/13
1189/16 1189/17 1189/22 1192/1 1194/4
1194/21 1195/10 1195/13 1195/13
1195/14 1195/21 1195/22 1195/23
1196/1 1196/2 1196/16 1200/14 1200/21
1205/15 1205/21 1206/3 1207/6 1207/9
1207/12 1207/21 1207/23 1208/4 1208/4
1208/7 1208/13 1208/24 1208/25 1209/7
1211/11 1211/12 1211/25 1212/18
1220/23 1236/17 1242/16 1242/25
WAVE-BREAKING [1] 1208/13
WAVE-BUFFERING [2] 1192/1 1194/4
WAVES [65] 1153/4 1157/18 1157/22
1158/13 1158/20 1160/9 1161/10
1161/11 1161/15 1161/20 1161/22
1161/25 1162/4 1162/5 1162/20 1162/23
1162/25 1163/18 1163/21 1165/17
1168/1 1169/15 1172/25 1173/17
1173/24 1175/6 1175/24 1176/12
1177/17 1177/17 1177/19 1178/14
1178/18 1179/6 1179/19 1181/8 1182/4
1182/14 1184/13 1184/14 1184/17
1186/5 1194/2 1194/7 1194/9 1196/8
1196/10 1196/14 1197/17 1198/14
1205/12 1205/13 1208/8 1208/11
1209/11 1210/23 1210/24 1210/24
1211/2 1211/13 1211/14 1211/20 1212/2
1214/7 1242/1
WAY [18] 1138/15 1139/8 1143/10
1151/13 1153/20 1155/17 1160/21

Case 2:05-cv-04182-SRD-JCW Document 1857 Filed 05/23/09 Page 144 of 145

WAY... [11] 1165/10 1172/3 1172/18
1181/11 1182/18 1191/17 1206/11
1208/21 1209/11 1210/25 1216/24
WE [170]
WE'D [1] 1136/21
WE'LL [12] 1156/7 1156/8 1158/22
1186/15 1186/22 1186/25 1200/4 1213/1
1224/7 1225/2 1229/25 1235/9
WE'RE [23] 1129/1 1129/24 1131/10
1131/14 1132/22 1134/18 1134/19
1134/24 1139/19 1140/19 1142/12
1144/10 1145/20 1145/20 1148/13
1153/4 1154/10 1155/9 1164/19 1170/4
1177/6 1183/8 1230/16
WE'VE [15] 1133/6 1133/21 1133/22
1134/14 1135/18 1149/15 1151/19
1153/15 1157/16 1159/15 1160/12
1179/18 1201/25 1214/6 1218/18
WEAKEST [2] 1180/17 1180/19
WEDGES [1] 1148/16
WEEK [3] 1172/6 1221/16 1235/10
WEEKEND [1] 1244/10
WEIGHT [1] 1147/23
WEIR [1] 1197/2
WELL [48] 1139/1 1140/9 1141/1
1148/13 1155/11 1156/5 1165/4 1165/5
1167/1 1167/17 1169/11 1172/9 1175/7
1179/3 1181/16 1181/20 1186/10 1188/3
1194/14 1194/23 1195/8 1196/22 1197/2
1199/4 1200/9 1203/6 1204/18 1205/13
1206/1 1207/5 1207/21 1208/6 1213/17
1215/9 1217/2 1219/2 1223/3 1225/2
1226/24 1227/20 1228/11 1231/14
1234/12 1235/15 1236/21 1236/25
1238/21 1243/9
WENT [6] 1137/1 1155/2 1155/5 1194/5
1223/4 1225/9
WERE [45] 1130/10 1131/21 1138/16
1140/18 1144/18 1144/23
1146/11 1149/18 1150/3 1151/7 1151/9
1152/3 1152/9 1159/12 1159/19 1161/25
1162/9 1169/25 1174/11 1174/12
1178/14 1178/16 1178/18 1190/9 1195/4
1198/12 1201/16 1201/18 1203/9
1204/16 1210/11 1210/20 1215/23
1217/7 1219/4 1219/25 1220/1 1221/9
1224/1 1224/9 1228/19 1236/25 1240/24
1243/6
WERE 1 [1] 1178/18
WEREN'T [2] 1151/6 1228/23
WEST [1] 1144/19
WESTERINK [2] 1187/18 1210/17
WETLANDS [13] 1158/20 1170/21
1171/18 1173/1 1174/3 1174/6 1174/11
1191/1 1209/23 1210/3 1214/6 1214/12
1214/23
WHAMMY [2] 1140/23 1141/6
WHAT [117] 1129/18 1130/3 1131/4
1131/4 1131/12 1132/25 1133/2 1135/5
1137/14 1137/19 1139/16 1139/20
1140/25 1142/23 1143/15 1143/19
1143/21 1144/15 1146/15 1147/16
1147/25 1148/10 1148/12 1149/10
1149/12 1150/2 1151/13 1152/9 1152/13
1153/2 1153/17 1154/3 1159/3 1159/5
1159/8 1159/19 1159/21 1161/14
1161/25 1162/2 1162/8 1162/16 1163/19
1165/2 1165/19 1165/21 1166/24
1167/21 1167/24 1169/9 1169/15
1170/11 1171/9 1171/14 1172/10
1172/20 1172/25 1173/13 1174/22

1176/1 1178/16 1179/3 1181/4 1181/17
1182/24 1183/22 1185/7 1187/11
1188/22 1189/5 1192/8 1197/4 1198/2
1199/8 1200/7 1200/23 1201/3 1201/22
1204/2 1204/10 1204/16 1205/3 1206/23
1207/4 1208/16 1209/6 1215/9 1216/19
1216/25 1217/17 1217/20 1217/25
1219/9 1221/2 1222/5 1222/20 1222/21
1222/21 1225/18 1225/22 1226/22
1227/16 1227/23 1231/8 1231/21
1233/19 1233/24 1234/8 1234/12
1236/22 1237/13 1239/10 1239/13
1240/8 1242/20 1242/23 1243/18
WHAT'S [19] 1134/8 1134/12 1134/20
1135/13 1136/7 1177/16 1177/8 1180/13
1180/15 1189/9 1193/3 1195/7 1204/9
1208/5 1209/2 1211/24 1214/2 1217/6
1236/16
WHATEVER [9] 1134/4 1138/23 1160/22
1162/20 1162/22 1166/3 1207/16
1211/17 1235/21
WHEN [38] 1130/1 1144/18 1145/24
1152/12 1154/3 1159/15 1160/25
1161/14 1162/20 1169/14 1172/10
1173/25 1174/3 1178/21 1180/10 1183/1
1184/9 1184/14 1189/19 1189/19
1191/15 1198/23 1202/11 1203/22
1204/1 1206/7 1207/2 1208/11 1208/23
1210/22 1211/12 1211/25 1228/13
1229/14 1232/23 1234/9 1239/4 1242/2
WHERE [40] 1129/17 1135/19 1137/21
1143/23 1146/3 1146/8 1150/18 1155/14
1158/9 1159/6 1159/12 1161/22 1166/23
1169/16 1175/19 1175/21 1176/4
1176/23 1176/23 1177/2 1177/6 1178/5
1181/9 1187/15 1193/10 1197/9 1199/12
1199/12 1203/1 1203/3 1206/15 1211/13
1214/4 1214/19 1216/7 1221/5 1223/11
1232/14 1239/17 1242/25
WHEREUPON [4] 1128/15 1187/4
1243/23 1244/15
WHETHER [4] 1169/17 1169/18 1228/12
1234/6
WHICH [23] 1131/9 1138/11 1138/15
1139/13 1146/5 1148/9 1149/5 1156/8
1157/18 1163/13 1179/3 1181/24
1184/25 1190/20 1201/11 1208/8
1209/12 1215/4 1216/3 1219/7 1221/21
1230/10 1235/23
WHICHEVER [1] 1235/4
WHILE [1] 1168/7
WHITE [1] 1142/18
WHO [3] 1172/6 1172/6 1173/7
WHOEVER [1] 1243/22
WHOLE [3] 1136/10 1180/11 1238/6
WHY [20] 1130/10 1130/12 1138/8
1146/15 1157/15 1158/12 1163/18
1172/9 1180/13 1180/20 1184/9 1184/11
1188/10 1189/25 1196/6 1202/17
1202/23 1205/12 1215/18 1216/25
WIDE [7] 1167/25 1193/24 1195/20
1208/24 1208/25 1235/22 1236/17
WIDENED [4] 1159/13 1184/10 1222/22
1243/9
WIDENING [13] 1138/20 1141/1 1144/4
1152/10 1152/13 1153/15 1154/17
1156/3 1157/3 1157/9 1157/16 1158/19
1192/11
WIDER [1] 1173/15
WIDEST [1] 1157/7
WIDTH [14] 1157/5 1161/19 1162/17
1173/25 1184/12 1184/20 1188/6
1195/10 1195/15 1196/24 1210/2 1211/1

1211/25 1213/15
1213/17 1213/18 1213/19 1213/20 1145/1 1147/1
1147/21 1148/19 1158/4 1158/7 1168/10
1168/25 1171/5 1172/6 1172/6 1174/23
1180/17 1184/17 1186/13 1193/8
1208/16 1208/16 1209/21 1210/19
1220/5 1220/17 1221/16 1221/17
1222/25 1232/22 1234/10 1238/2 1244/1
1244/2 1244/7
WIND [2] 1162/18 1184/13
WING [4] 1237/19 1238/14 1240/14
1240/15
WING-WALL [4] 1237/19 1238/14
1240/14 1240/15
WISDOM [1] 1176/6
WITHDRAW [1] 1151/21
WITHDRAWING [1] 1151/22
WITHDRAWN [2] 1151/23 1152/1
WITHIN [7] 1130/22 1135/3 1135/10
1144/21 1150/4 1197/8 1229/20
WITHOUT [17] 1129/9 1133/7 1170/20
1171/6 1171/14 1180/5 1180/7 1199/10
1217/11 1219/4 1219/6 1223/6 1227/7
1230/9 1231/12 1231/13 1234/15
WITNESS [4] 1135/18 1167/15 1182/18
1233/18
WON'T [1] 1199/20
WONDER [1] 1194/19
WONDERFUL [1] 1202/3
WONDERING [4] 1172/25 1186/8
1225/22 1226/22
WONDERS [1] 1194/20
WONDROUS [1] 1194/21
WOODCOCK [1] 1126/17
WORD [1] 1162/12
WORDS [6] 1145/21 1167/13 1169/8
1228/8 1230/1 1237/13
WORK [13] 1129/3 1140/19 1141/20
1143/20 1150/14 1151/11 1164/25
1181/20 1194/19 1202/25 1203/2 1225/6
1237/15
WORKED [2] 1128/5 1146/8
WORKING [4] 1147/2 1196/15 1207/11
1225/5
WORKS [4] 1194/20 1205/25 1209/23
1210/3
WORLD [5] 1150/6 1156/22 1194/25
1195/1 1197/13
WORRIED [1] 1196/7
WORSE [1] 1176/9
WOULD [95] 1129/11 1130/22 1130/24
1131/17 1132/12 1133/14 1133/16
1133/18 1133/18 1133/21 1133/24
1134/5 1135/16 1136/22 1145/18
1145/19 1146/10 1146/24 1149/3 1150/8
1150/10 1151/10 1152/6 1152/13
1153/12 1153/22 1153/24 1154/7
1154/16 1154/20 1154/22 1154/24
1159/2 1162/15 1165/18 1166/1 1166/7
1166/11 1167/2 1167/21 1168/2 1169/2
1170/1 1170/11 1171/9 1172/25 1174/19
1177/6 1177/11 1180/2 1195/24 1196/20
1196/22 1197/3 1197/5 1197/8 1197/11
1198/13 1199/11 1199/14 1203/16
1205/21 1206/4 1209/15 1210/24 1211/1
1214/19 1215/6 1215/9 1215/11 1216/21
1217/12 1218/21 1219/1 1219/4 1219/5
1222/22 1223/7 1225/25 1226/6 1226/7
1226/20 1226/21 1227/22 1228/8 1228/9
1230/8 1231/7 1231/13 1232/4 1232/14
1232/17 1235/13 1236/2 1236/11
WOULDN'T [2] 1197/11 1226/20
WRAP [1] 1217/1

# W

WRATH [1]  1202/21
WRIGHT [1]  1125/5
WRITING [1]  1213/6
WRITTEN [1]  1141/23
WRONG [2]  1142/7 1142/11

# Y

YEARS [3]  1140/25 1202/20 1241/12
YELLOW [5]  1131/18 1146/24 1175/21
1176/10 1176/23
YELLOW-HIGHLIGHTED [2]  1131/18
1146/24
YES [113]  1129/13 1130/16 1130/18
1130/21 1131/2 1131/16 1132/18
1135/20 1137/1 1138/6 1143/9 1143/18
1146/1 1146/4 1146/9 1146/14 1146/22
1148/8 1149/1 1149/6 1151/4 1152/8
1153/14 1153/23 1154/15 1157/12
1158/1 1158/11 1158/21 1167/23
1173/14 1173/16 1173/18 1173/20
1175/7 1175/25 1178/6 1180/9 1180/25
1181/3 1182/18 1182/25 1183/13
1183/24 1184/19 1185/4 1185/18
1185/21 1187/11 1190/7 1190/9 1191/17
1191/24 1192/3 1193/15 1194/3 1194/17
1196/12 1196/18 1197/4 1197/7 1197/25
1198/7 1198/18 1198/20 1199/3 1200/6
1201/18 1203/13 1203/20 1205/2 1206/7
1206/22 1207/18 1209/25 1210/16
1210/17 1211/19 1212/12 1212/21
1213/3 1217/19 1220/13 1221/19
1222/20 1223/6 1224/16 1224/19
1224/24 1226/5 1226/8 1233/18 1234/2
1235/25 1236/13 1236/15 1237/12
1237/23 1239/12 1239/21 1239/23
1240/1 1241/1 1242/4 1242/13 1242/19
1242/22 1243/5 1243/8 1243/11 1243/13
1243/15 1243/17
YESTERDAY [1]  1211/13
YET [4]  1181/11 1184/10 1191/19
1212/22
YORK [2]  1126/4 1126/4
YOU [304]
YOU'LL [2]  1151/3 1222/8
YOU'RE [21]  1128/20 1147/25 1149/10
1161/2 1163/18 1166/16 1172/19 1177/4
1178/2 1185/15 1191/16 1192/21
1204/12 1208/8 1212/2 1219/8 1220/12
1225/5 1226/3 1231/8 1243/7
YOU'VE [19]  1129/14 1131/12 1132/19
1135/5 1140/4 1141/10 1151/14 1153/16
1154/4 1155/5 1160/9 1162/10 1173/12
1174/5 1182/1 1186/11 1186/17 1188/22
1188/22
YOUR [99]  1128/5 1133/9 1134/11
1134/19 1136/10 1136/25 1142/5
1142/10 1143/3 1143/13 1145/23 1147/7
1149/11 1150/22 1151/25 1152/3
1153/10 1154/13 1155/7 1155/18
1155/22 1156/11 1158/3 1159/21 1161/7
1165/18 1167/10 1168/7 1175/12 1176/6
1176/6 1176/7 1182/17 1186/24 1189/5
1189/11 1189/22 1191/6 1191/17
1191/18 1191/19 1192/1 1196/15 1198/9
1199/2 1199/14 1202/13 1203/12 1204/6
1205/14 1205/22 1207/3 1209/12
1209/24 1212/12 1213/9 1214/22 1216/3
1216/6 1217/4 1217/6 1219/3 1219/8
1219/13 1219/22 1220/4 1220/8 1220/22
1221/20 1222/25 1223/4 1223/23
1224/12 1224/20 1225/8 1225/8 1225/9

1226/10 1227/10 1228/16 1228/17
1230/20 1231/1 1232/25 1233/3 1233/6
1233/18 1234/5 1234/9 1235/7 1236/5
1236/16 1238/8 1238/19 1238/25
1239/15 1240/18 1243/3 1244/8
YOUR HONOR [26]  1128/5 1134/19
1136/10 1142/5 1142/10 1147/7 1150/22
1155/22 1182/17 1186/24 1191/17
1191/19 1199/14 1203/12 1212/12
1219/13 1220/4 1220/8 1222/25 1228/17
1231/11 1233/18 1234/5 1238/8 1239/15
1244/8
YOURSELF [1]  1204/7

# Z

ZERO [6]  1194/10 1194/11 1195/16
1234/17 1234/18 1234/19
ZONE [4]  1133/21 1138/17 1201/25
1202/9
ZOOM [1]  1198/4