```
 1                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2   *********************************************************************
     NORMAN ROBINSON, ET AL
 3
                                      DOCKET NO. 06-CV-2268
 4   V.                               NEW ORLEANS, LOUISIANA
                                      MONDAY, APRIL 27, 2009
 5
     UNITED STATES OF AMERICA, ET AL
 6   *********************************************************************

 7
                      TRANSCRIPT OF TRIAL PROCEEDINGS
 8         HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                      UNITED STATES DISTRICT JUDGE
 9                    VOLUME 6 - MORNING SESSION

10

11   APPEARANCES:

12

13   FOR THE PLAINTIFF:           O'DONNELL & ASSOCIATES
                                  BY:  PIERCE O'DONNELL, ESQ.
                                  550 SOUTH HOPE STREET
14                                SUITE 1000
                                  LOS ANGELES, CA 90071-2627
15

16                                LAW OFFICE OF JOSEPH M. BRUNO
                                  BY:  JOSEPH M. BRUNO, ESQ.
17                                855 BARONNE ST.
                                  NEW ORLEANS, LA 70113
18

19                                THE ANDRY LAW FIRM
                                  BY:  JONATHAN B. ANDRY, ESQ.
20                                     KEA SHERMAN, ESQ.
                                  610 BARONNE ST.
21                                NEW ORLEANS, LA 70113

22
                                  BARON & BUDD
23                                BY:  THOMAS SIMS, ESQ.
                                  3102 OAK LAWN AVENUE, SUITE 1100
24                                DALLAS, TX 75219

25
```

```
 1                              DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                BY:  JAMES P. ROY, ESQ.
 2                              P. O. BOX 3668
                                556 JEFFERSON ST.
 3                              LAFAYETTE, LA 70502-3668

 4
                                THE DUDENHEFER LAW FIRM, LLC
 5                              BY:  FRANK C. DUDENHEFER, JR., ESQ.
                                601 POYDRAS ST., SUITE 2655
 6                              NEW ORLEANS, LA 70130-6004

 7
                                DUMAS & ASSOCIATES LAW FIRM
 8                              BY:  WALTER C. DUMAS, ESQ.
                                LAWYER'S COMPLEX
 9                              1261 GOVERNMENT STREET
                                P.O. BOX 1366
10                              BATON ROUGE, LA 70821-1366

11
                                FAYARD & HONEYCUTT
12                              BY:  CALVIN C. FAYARD, JR., ESQ.
                                519 FLORIDA AVENUE, S.W.
13                              DENHAM SPRINGS, LA 70726

14
                                MICHAEL C. PALMINTIER, A PLC
15                              BY:  MICHAEL C. PALMINTIER, ESQ.
                                     JOSHUA M. PALMINTIER, ESQ.
16                              618 MAIN STREET
                                BATON ROUGE, LA 70801-1910
17

18                              LAW OFFICE OF ELWOOD C. STEVENS, JR.
                                BY:  ELWOOD C. STEVENS, JR., ESQ.
19                              1205 VICTOR II BLVD.
                                P. O. BOX 2626
20                              MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:   THE GILBERT FIRM, LLC
                                BY:  ELISA T. GILBERT, ESQ.
23                                   BRENDAN R. O'BRIEN, ESQ.
                                325 EAST 57TH ST.
24                              NEW YORK, NY 10022

25
```

—FINAL DAILY COPY—

```
 1   ALSO PRESENT:                MRGO LITIGATION OFFICE
                                  BY:  J. ROBERT WARREN, II, ESQ.
 2                                     ASHLEY E. PHILEN, ESQ.
                                  600 CARONDELET STREET, SUITE 604
 3                                NEW ORLEANS, LA 70130

 4
     FOR THE DEFENDANT:           U. S. DEPARTMENT OF JUSTICE
 5                                TORTS BRANCH
                                  BY:  DANIEL MICHAEL BAEZA, JR.
 6                                     JEFFREY PAUL EHRLICH, ESQ.
                                       TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                     MICHELE S. GREIF, ESQ.
                                       CONOR KELLS, ESQ.
 8                                     PAUL MARC LEVINE, ESQ.
                                       JAMES F. MCCONNON, JR., ESQ.
 9                                     KARA K. MILLER, ESQ.
                                       RUPERT MITSCH, ESQ.
10                                     PETER G. MYER, ESQ.
                                       ROBIN D. SMITH, ESQ.
11                                     SARAH K. SOJA, ESQ.
                                       RICHARD R. STONE, SR., ESQ.
12                                     JOHN WOODCOCK, ESQ.
                                  P. O. BOX 888
13                                BENJAMIN FRANKLIN STATION
                                  WASHINGTON, DC 20044
14

15
     OFFICIAL COURT REPORTER:     KAREN A. IBOS, CCR, RPR, CRR
16                                500 POYDRAS STREET, ROOM HB-406
                                  NEW ORLEANS, LOUISIANA 70130
17                                (504) 589-7776

18
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
19   PRODUCED BY COMPUTER.

20

21

22

23

24

25
```

─── FINAL DAILY COPY ───

I N D E X

WITNESSES FOR THE PLAINTIFF:                    PAGE/LINE:


DR. ROBERT G. BEA


  CONTINUED DIRECT EXAMINATION BY MR. STEVENS      1251/23

  CROSS-EXAMINATION BY MR. STONE                   1269/7

FINAL DAILY COPY

P R O C E E D I N G S

(MONDAY, APRIL 27, 2009)

(MORNING SESSION)

THE DEPUTY CLERK:  COURT'S IN SESSION.  PLEASE BE SEATED.

THE COURT:  GOOD MORNING.

MR. STEVENS:  GOOD MORNING, YOUR HONOR.

THE COURT:  GOOD MORNING.

MR. STEVENS:  I AM ACTUALLY NOT PIERCE O'DONNELL, BUT I AM WEARING THIS COLORFUL POCKET SQUARE IN HIS HONOR.  I'VE BEEN TASKED WITH TAKING HIS PLACE TODAY TO DEFEND THE CROSS-EXAMINATION OF DR. BEA AND TO CONDUCT HIS REDIRECT.

I KNOW WHEN WE LEFT ON FRIDAY THAT WE WERE GOING TO COME BACK FOR CROSS-EXAM.  BUT IF THE COURT WOULD INDULGE ME FOR A MOMENT, I HAVE SOME HOUSEKEEPING MATTERS HERE, A COUPLE OF QUICK ISSUES THAT WOULD JUST TAKE A LITTLE WHILE.  AND I THINK IT'S GOING TO PAY DIVIDENDS DOWN THE LINE.  IT'S ANOTHER SUMMARY FOR US TO TRY TO KEEP TRACK OF ALL OF THE DIFFERENT SCENARIOS OF THE PARAMETRIC STUDIES.  AND --

THE COURT:  ABOUT HOW LONG DO YOU THINK THIS IS GOING TO TAKE?

MR. STEVENS:  15, 20 MINUTES.

THE COURT:  GOOD.

MR. STEVENS:  THANK YOU, JUDGE.

AND I ALSO WANT TO ADDRESS ONE OF THE COURT'S QUESTIONS

09:05:00 1    FROM FRIDAY AND ANOTHER ISSUE WITH THE NEW REPORT THAT CAME OUT

09:05:03 2    FRIDAY.  I WILL BEG THE COURT FOR A FEW MINUTES TO ASK DR. BEA A FEW

09:05:08 3    QUESTIONS ABOUT THE FIFTH AND FINAL REPORT OF THE NATIONAL ACADEMY

09:05:11 4    OF SCIENCES WHICH WAS JUST PUBLISHED ON FRIDAY EVENING.

09:05:14 5            MR. STONE:  YOUR HONOR, I WOULD LIKE TO RAISE A POINT

09:05:17 6    ABOUT THIS SUMMARY THAT COUNSEL IS ABOUT TO SPEAK ABOUT.  HE'LL

09:05:20 7    PROVIDE YOU THE SUMMARY, BUT IN THE LAST LINE SEEMS TO HAVE A STUDY

09:05:29 8    DONE BY DR. BEA, THE PURPOSE OF WHICH WAS TO DETERMINE WAVE

09:05:34 9    CHARACTERISTICS WITH MRGO DESIGN DIMENSIONS AS THEY ORIGINALLY WERE.

09:05:41 10           AND I HAVE NOT RECEIVED ANY DATA FROM THIS STUDY AND THIS

09:05:46 11   SEEMS TO BE A COMPLETE NEW ANALYSIS DONE DURING THE LITIGATION AT

09:05:50 12   THE TRIAL.  SO IT'S OBJECTIONABLE IN AND OF ITSELF.  THE REST OF THE

09:05:57 13   SUMMARY IS REASONABLY ACCEPTABLE, BUT THAT LAST LINE THERE IS ADDING

09:06:02 14   SOMETHING THAT IS BRAND NEW IN THIS LITIGATION AS FAR AS I KNOW.

09:06:07 15           MR. STEVENS:  YOUR HONOR, IF WE COULD, WE'LL TAKE THAT UP

09:06:09 16   WHEN WE GET TO IT, IF IT'S ALL RIGHT WITH THE COURT.  IT ACTUALLY IS

09:06:13 17   A RESPONSE TO THE COURT'S QUESTION ON FRIDAY TO TRY TO ANSWER --

09:06:16 18           THE COURT:  I UNDERSTAND THE COURT ASKED A QUESTION

09:06:18 19   BECAUSE I WAS CURIOUS ABOUT THE CALCULATIONS BASED ON 3 AS WELL AS

09:06:30 20   2C AND OF COURSE WE HAVE 1.  I WAS INTERESTED IN THAT.  AND I

09:06:36 21   UNDERSTAND THAT I ASKED A QUESTION, IT DOESN'T MEAN MERELY BECAUSE I

09:06:39 22   ASKED A QUESTION THAT THE EXPERT REPORT IS AUTOMATICALLY EXPANDED.

09:06:45 23   IT'S EITHER IN OR IT'S NOT.

09:06:46 24           AT THE SAME TIME, I AM STRUGGLING TO GET TO THE TRUTH OF

09:06:49 25   THE MATTER AND ALL DATA IS NICE.  I JUST DON'T WANT THE GOVERNMENT

09:06:52  1   TO BE UNDULY PREJUDICED WHERE IT WOULD AFFECT THEIR

09:06:55  2   CROSS-EXAMINATION.  SO I WOULD HAVE TO MAKE THAT DETERMINATION.

09:06:58  3        I AM GOING TO DEFER RULING ON THAT BUT I CERTAINLY NOTE

09:07:02  4   YOUR OBJECTION.

09:07:04  5        MR. STEVENS:  THANK YOU, VERY MUCH, YOUR HONOR.  I'LL TRY

09:07:07  6   TO LAY A FOUNDATION WHEN WE GET TO THAT.

09:07:11  7        FIRST LET ME SAY THIS:  THE CHART -- IF WE COULD HAVE

09:07:14  8   SLIDE ONE -- IS -- AND I'LL OFFER FOR THE COURT TWO EXTRA COPIES.

09:07:22  9   IT'S GOING TO BE ON THE SCREEN, SO IF YOU WANT TWO HARD COPIES.

09:07:28 10   I'VE PROVIDED IT TO OPPOSING COUNSEL.

09:07:30 11        WE KIND OF HAVE A BATTING ORDER, OUR LINEUP OUT OF ORDER.

09:07:35 12   IF WE COULD HAVE CALLED PAUL KEMP FIRST, DR. KEMP, WE COULD HAVE

09:07:38 13   MAYBE GOTTEN ALL OF THE DEFINITIONS AND PARAMETERS STRAIGHT FOR ALL

09:07:41 14   OF THESE DIFFERENT SCENARIOS BEFORE WE CALLED DR. BEA AND BEFORE WE

09:07:45 15   CALLED DR. VRIJLING.  SO YOU KNOW, WITH HINDSIGHT, PERHAPS WE SHOULD

09:07:50 16   HAVE DONE THAT BUT UNFORTUNATELY WE HAD TO SHUFFLE THEM DUE TO

09:07:53 17   SCHEDULES.

09:07:54 18        BUT HOPEFULLY THIS CHART WILL ASSIST THE COURT, ALL

09:07:57 19   COUNSEL, AND A REVIEWING COURT, AND FUTURE WITNESSES TO UNDERSTAND

09:08:00 20   AND KEEP DISTINCT ALL OF THESE DIFFERENT SCENARIOS.  SO IF NOTHING

09:08:06 21   ELSE, IT WILL PROMOTE CONSISTENCY FROM THIS POINT FORWARD.

09:08:09 22                    CONTINUED DIRECT EXAMINATION

09:08:09 23   BY MR. STEVENS:

09:08:10 24   Q.  SO LET ME ASK YOU, DR. BEA, DID YOU ASSIST ME THIS WEEKEND, AT

09:08:16 25   MY REQUEST, IN GOING THROUGH ALL OF THE VARIOUS SCENARIOS AND

09:08:19 1   BASICALLY EXPANDING WHAT USED TO BE FIGURE 5.2, OR TABLE 5.2, OF

09:08:26 2   YOUR REPORT?

09:08:27 3   A.   YES.

09:08:28 4   Q.   AND DOES THIS CHART THAT I HAVE ON THE SCREEN ACCURATELY REFLECT

09:08:35 5   WHAT EACH OF THE VARIOUS SCENARIOS CONSIDERS IN THE ALTERNATIVE

09:08:41 6   PARAMETRIC STUDIES?

09:08:43 7   A.   YES.

09:08:43 8   Q.   NOW, ESPECIALLY SINCE FRIDAY WE LEARNED THAT THERE'S A SEPARATE

09:08:49 9   2C FOR YOU AND A SEPARATE 2C FOR PROFESSOR VRIJLING, I WANTED TO

09:08:54 10  MAKE SURE WE ACCURATELY SUMMARIZED ALL OF THAT.

09:08:59 11  A.   YOU HAVE.

09:08:59 12  Q.   ALL RIGHT.   NOW, IN ASSESSING OR CONSIDERING ALL OF THESE

09:09:04 13  ALTERNATIVE PARAMETRIC STUDIES, WOULD ANY ONE OF THESE SCENARIOS IN

09:09:09 14  AND OF ITSELF PROVIDE THE FINAL ANSWERS ABOUT HOW MUCH FLOODING

09:09:13 15  OCCURRED IN ANY ONE PARTICULAR AREA?

09:09:15 16  A.   NO.   IT TAKES THE ENTIRE GROUP OF ANALYSES.

09:09:20 17  Q.   ARE THERE -- IS THERE ANY MEANS -- ARE THEY JUST A MEANS TO AN

09:09:25 18  END SORT OF A STEP-BY-STEP METHODOLOGY?

09:09:34 19  A.   THEY SHOULD WORK TO GET THE ANSWERS.

09:09:34 20  Q.   YOU MEAN IT'S KIND OF LIKE MY OLD HIGH SCHOOL MATH TEACHER,

09:09:36 21  MR. BOURGEOIS, YOU TURN IN A HOMEWORK ASSIGNMENT OR TEST RESULT AND

09:09:40 22  SAY THE ANSWER IS 12 FEET, HE WOULD SAY THAT MIGHT BE CORRECT BUT I

09:09:43 23  NEED YOU TO SHOW ME YOUR WORK.

09:09:45 24  A.   CORRECT.

09:09:45 25  Q.   AND IS THIS -- THE TABLE HERE, ALL OF THESE VARIOUS SCENARIOS,

FINAL DAILY COPY

09:09:48 1    THE THING YOU WOULD DO TO SHOW YOUR WORK --

09:09:51 2    A.  EXACTLY.

09:09:52 3    Q.  -- TO ARRIVE AT YOUR ULTIMATE CONCLUSIONS IN THIS CASE?

09:09:55 4           ALL RIGHT.  HOW IS IT THAT THESE ARE NOT ANSWERS IN AND OF

09:10:02 5    THEMSELVES?

09:10:03 6    A.  THEY ARE PIECES TO THE PUZZLE, AND YOU NEED TO UNDERSTAND THE

09:10:11 7    INFLUENCE OF THE PRIMARY PARAMETERS THAT INFLUENCE THE ULTIMATE

09:10:21 8    OUTCOME, FLOODING.

09:10:22 9    Q.  IN ORDER TO DETERMINE WHAT FLOODING OCCURRED AND HOW MUCH

09:10:26 10   FLOODING OCCURRED IN A CERTAIN POLDER AREA, WOULD YOU TAKE THIS

09:10:32 11   INFORMATION, FEED IT INTO A FLOODING MODEL, AND THEN DETERMINE WHAT

09:10:37 12   HAPPENED IN THAT POLDER?

09:10:38 13   A.  YOU TAKE THIS INFORMATION, FEED IT INTO A FLOOD SYSTEM COMPONENT

09:10:46 14   PERFORMANCE MODEL, AND THE OUTPUT FROM THAT MODEL GOES TO THE

09:10:52 15   FLOODING MODEL.

09:10:53 16   Q.  OKAY.  NOW, IN RESPONSE TO QUESTIONS FROM THE COURT -- AND I CAN

09:10:59 17   CERTAINLY UNDERSTAND HOW THIS IS CONFUSING BECAUSE, FRANKLY, CHARGED

09:11:02 18   WITH THIS DUTY AT THE LAST MINUTE, I WENT BACK AND REVIEWED SOME OF

09:11:05 19   IT AND I AM STILL A LITTLE BIT CONFUSED.

09:11:09 20          FOR EXAMPLE, ON FRIDAY, TOWARD THE END OF MR. O'DONNELL'S

09:11:13 21   DIRECT EXAMINATION, THE COURT ASKED FOR SOME CLARIFICATION.

09:11:23 22   MR. O'DONNELL ASKED YOU WHETHER OR NOT 2C HAD A GATE IN IT.  HE

09:11:30 23   ASKED YOU IF YOU CONSIDERED 2C AND DID IT HAVE A GATE AT THE THROAT

09:11:34 24   OF THE FUNNEL, AND YOU AGREED WITH IT.  RIGHT?  WELL, WHEN I LOOK AT

09:11:39 25   THE CHART AND I GO TO 2C, WHICH IS ALSO KNOWN AS A NEUTRAL MRGO AND

09:11:43 1    A DO-NO-HARM MRGO, I DON'T SEE A GATE.

09:11:48 2             CAN YOU EXPLAIN?   IS THERE A GATE THERE OR NOT?

09:11:50 3    A.  IN 2C THERE IS NOT A GATE.  I GET A ZERO FOR THAT ANSWER.

09:11:57 4    Q.  SO WHEN YOU AGREED WITH MR. O'DONNELL ON FRIDAY THAT THERE WAS A

09:12:01 5    GATE, THIS CHART WOULD HAVE BEEN HELPFUL?

09:12:04 6    A.  CORRECT.

09:12:04 7    Q.  NOW, WHETHER OR NOT THERE WAS ACTUALLY A GATE THERE IN THAT

09:12:08 8    SCENARIO, WAS THE EFFECT OF NOT HAVING A CHANNEL THE SAME -- IN

09:12:16 9    TERMS OF OCEANOGRAPHY AND WATER FLOW, WOULD IT BE THE SAME EFFECT AS

09:12:19 10   HAVING A GATE?

09:12:20 11   A.  CORRECT.

09:12:21 12   Q.  EXPLAIN THAT FOR US.

09:12:23 13   A.  WELL, WE HAVE TAKEN AWAY THE WATER CONVEYANCE DEVELOPED BY THE

09:12:29 14   MRGO CHANNEL ITSELF.

09:12:35 15   Q.  SO IF MR. O'DONNELL ASKED YOU TO ASSUME -- OR SUGGESTED THAT

09:12:40 16   THERE WAS NO GATE, HE ACTUALLY IS NOT TOTALLY WRONG?

09:12:49 17   A.  THAT'S CORRECT.

09:12:49 18   Q.  EFFECTIVELY THERE WAS NO GATE.  SO FOR A SECOND, I THOUGHT HE

09:12:51 19   WAS A MERE MORTAL BUT MAYBE HE IS NOT.  OKAY.

09:12:55 20            AND LET ME ASK YOU TO ADDRESS THIS.  IN TERMS OF WHAT THIS

09:13:02 21   CHART CAN DO -- WE'RE CALLING IT SLIDE ONE.  I WOULD LIKE TO ASSIGN

09:13:07 22   IT A PX NUMBER IF WE COULD.

09:13:09 23            MR. STEVENS:  ROB, WHAT WOULD BE OUR NEXT PX --

09:13:09 24            MR. WARREN:  2153.

09:13:09 25   BY MR. STEVENS:

───────── FINAL DAILY COPY ─────────

1255

09:13:11  1    Q.   2153.   2153 AND OFFER IT INTO EVIDENCE AS PX 2153.

09:13:19  2    A.   YES, SIR.

09:13:20  3              MR. STONE:   AND I OBJECT.

09:13:21  4              THE COURT:   SUBJECT TO THE GOVERNMENT'S OBJECTION, I AM

09:13:23  5    GOING TO ALLOW IT IN.

09:13:25  6              MR. STEVENS:   OKAY.   THANK YOU.

09:13:26  7              THE COURT:   AND THAT'S PARTICULARLY, AS I UNDERSTAND IT,

09:13:29  8    TO -- YOU MIGHT AT THIS TIME --

09:13:33  9              MR. STONE:   THE REST JUST SEEMS, YOUR HONOR, TO BE A

09:13:35 10    DESCRIPTION OF WHAT DR. BEA SAYS IS STUDIES THAT HE CLAIMS ARE DONE

09:13:41 11    IN THIS PARTICULAR ORDERS AND EVERYTHING THAT -- THAT'S NEW.

09:13:44 12              AND YOU MIGHT NOTICE AT THE BOTTOM THAT HE DOES NOT

09:13:49 13    COMPARE HIS SCENARIO 3 TO THE DUTCH SCENARIO 3, ALTHOUGH HE DOES DO

09:13:52 14    THE COMPARISONS IN OTHER INSTANCES HERE, SO THAT MAKES THE DOCUMENT

09:13:56 15    EVEN MORE SUSPECT TO ME.   IF HE CAN'T COMPARE THE DUTCH'S SCENARIO 3

09:14:00 16    TO HIS OWN SCENARIO 3 IN THIS DOCUMENT, THEN THAT'S ANOTHER FORM --

09:14:04 17              THE COURT:   I NOTE YOUR OBJECTION AND WILL AWAIT YOUR

09:14:09 18    CROSS-EXAMINATION.

09:14:09 19              MR. STEVENS:   THANK YOU, YOUR HONOR.

09:14:09 20    BY MR. STEVENS:

09:14:11 21    Q.   DR. BEA, IN CONNECTION WITH THE COURT'S QUESTIONS ON FRIDAY

09:14:14 22    ABOUT SOME CLARIFICATION FOR SCENARIO 3 AND WHAT EXACTLY HAPPENED IN

09:14:18 23    NEW ORLEANS EAST, DID YOU TAKE THE DATA AND INFORMATION THAT'S

09:14:24 24    ALREADY AVAILABLE TO EVERYONE IN THIS CASE THAT'S BEEN PRODUCED FOR

09:14:28 25    MONTHS IN THIS CASE AND ANALYZE SCENARIO 3?

09:14:32 1    A.   YES.   THERE WERE NO NEW UNDOCUMENTED ANALYSES.

09:14:38 2    Q.   AND DID YOU, IN CONNECTION WITH THAT, TAKE INTO CONSIDERATION

09:14:43 3    THE FEASIBLE MITIGATION MEASURES THAT DR. GAGLIANO TESTIFIED TO

09:14:49 4    DURING HIS DIRECT TESTIMONY?

09:14:50 5    A.   YES, I DID.

09:14:51 6    Q.   COULD I SEE SLIDE TWO, PLEASE.

09:14:57 7         IN CONNECTION WITH DR. GAGLIANO'S TESTIMONY, HE LISTED SIX

09:15:02 8    FEASIBLE MITIGATION MEASURES.

09:15:04 9    A.   CORRECT.

09:15:05 10   Q.   IN CONNECTION WITH YOUR ANALYSIS OF SCENARIO 3, YOU HAVE CIRCLED

09:15:09 11   NO. 2, THE SURGE BARRIER CONTROL STRUCTURE ACROSS THE GIWW AT THE

09:15:17 12   FUNNEL THROAT.

09:15:17 13   A.   CORRECT.

09:15:18 14   Q.   NOW, EXPLAIN TO THE COURT WHY YOU HAVE CIRCLED THAT FEASIBLE

09:15:23 15   MITIGATION MEASURE IN CONNECTION WITH YOUR ANALYSIS OF SCENARIO 3.

09:15:27 16   A.   TO DATE, WE HAD NOT INCLUDED THE EFFECT OF A GATE AT THAT

09:15:35 17   LOCATION OF THE FUNNEL; HENCE, SURGE WAS CONVEYED INTO REACH 1 AND

09:15:45 18   INTO THE IHNC.

09:15:48 19   Q.   SO WHEN YOU RESPONDED TO MR. O'DONNELL OR YOU AGREED WITH

09:15:56 20   MR. O'DONNELL THAT THERE WAS A GATE, IT'S THE SAME DIFFERENCE?

09:15:56 21   A.   THAT'S CORRECT.

09:15:56 22   Q.   NOW, TO HELP US UNDERSTAND, YOU TOLD US EARLIER THAT THIS

09:16:00 23   CHART -- THAT ANY ONE OF THESE PARAMETRIC STUDIES IN AND OF ITSELF

09:16:05 24   IS NOT AN ANSWER?

09:16:06 25   A.   THAT'S CORRECT.

09:16:07 1   Q.  CAN YOU SHOW ME SLIDE THREE, PLEASE.

09:16:10 2        YOU HAVE TO LOOK AT THE POLDER MODELS TO GET THE ANSWERS,

09:16:13 3   CORRECT?

09:16:13 4   A.  THAT'S CORRECT.

09:16:14 5   Q.  EXPLAIN -- THE THREE POLDERS ARE PRETTY OBVIOUS:  POLDER ONE,

09:16:22 6   CHALMETTE POLDER; POLDER TWO IS NEW ORLEANS EAST POLDER; AND THREE

09:16:26 7   IS THE LOWER NINTH WARD, CORRECT?

09:16:29 8   A.  THAT'S CORRECT.

09:16:29 9   Q.  NOW, IN CONNECTION WITH YOUR ANALYSIS OF SCENARIO 3 AND

09:16:32 10  SEPARATED BY POLDERS, WHAT DETERMINATIONS DID YOU MAKE ABOUT THE

09:16:36 11  EFFECTS OF SCENARIO 3 AND THE RESULTS?

09:16:40 12  A.  WELL, WE WERE ABLE THIS WEEKEND TO STEP POLDER BY POLDER, CASE

09:16:47 13  BY CASE TO EVALUATE PERFORMANCE BASED ON THE INPUT ALREADY PROVIDED

09:16:54 14  BY DR. VRIJLING.  AND THEN ONCE THAT WAS DONE, WE WERE ABLE TO

09:17:02 15  DETERMINE THE FLOODING BASED ON THAT PERFORMANCE AND BASED ON THE

09:17:10 16  INFORMATION PREVIOUSLY PROVIDED BY DR. VRIJLING.

09:17:14 17  Q.  AND WHAT DID YOU DETERMINE FOR THE CHALMETTE POLDER, POLDER

09:17:18 18  NO. 1?

09:17:18 19  A.  WELL, FOR CHALMETTE, THE PRINCIPLE THING THAT WE -- WOULD YOU

09:17:27 20  BACK UP TWO SLIDES, PLEASE?

09:17:30 21  Q.  SURE.

09:17:30 22  A.  THIS FIRST ONE IS CRITICAL, HENCE THE BACK UP.

09:17:38 23        THE KATRINA FLOODING DUE TO DESTRUCTION OF REACH 2 IS

09:17:42 24  WHERE WE GOT THE WATER.  THAT'S NOT THE NEW CONCLUSION.

09:17:48 25        NO. 2, MRGO CAUSED DESTRUCTION OF THE LEVEES BY LOWERING

09:17:53 1   PROTECTIVE ELEVATIONS CAUSED BY THE CHANNEL GROWTH (DREDGING,

09:17:58 2   LOADING, SQUEEZING, DREDGING CONTINUED) KILLED THE VEGETATION DUE TO

09:18:06 3   SALTWATER INTRUSION AND ALLOWING THE CHANNEL TO GROW AND ALLOW WAVE

09:18:10 4   REGENERATION.

09:18:12 5   Q.  NEXT SLIDE.

09:18:14 6   A.  THE LEVEES WOULD HAVE SURVIVED BUT FOR THE MRGO'S IMPACTS THAT

09:18:19 7   DEVELOPED AFTER CONSTRUCTION.  WITHOUT MRGO'S NEGATIVE IMPACTS,

09:18:24 8   CHALMETTE DOES NOT FLOOD.  THE OVERTOPPING WATER IS CONTAINED IN THE

09:18:31 9   40 ARPENT POLDER.

09:18:35 10          FEASIBLE MITIGATIONS HAVE BEEN IDENTIFIED AS MAINTAINING

09:18:40 11   CHANNEL WIDTH AND DEPTH, STOPPING THE SALTWATER INTRUSION AND

09:18:46 12   REDEVELOPING THE NATURAL VEGETATION DEFENSES.

09:18:49 13   Q.  NOW, BASED ON YOUR ANALYSIS OF SCENARIO 3, THE ANSWER IS FOR

09:18:55 14   SCENARIO 3?

09:18:56 15   A.  CHALMETTE POLDER, NO FLOODING.

09:18:59 16   Q.  ALL RIGHT.  DID YOU ANALYZE POLDER TWO, THE NEW ORLEANS EAST

09:19:02 17   POLDER?

09:19:03 18   A.  YES.

09:19:04 19   Q.  WHAT DID YOU DETERMINE?

09:19:05 20   A.  KATRINA FLOODWATER CAME FROM OVERTOPPING DUE TO THE FUNNEL.  AS

09:19:15 21   THE FUNNEL EFFECTS WERE RECOGNIZED BY THE USACE, CORPS OF ENGINEERS,

09:19:19 22   HAD THEIR RESPONSIBILITY TO MITIGATE ITS EFFECTS.

09:19:23 23   Q.  AND THAT KNOWLEDGE, IF YOU WILL, OF THE FUNNEL EFFECTS, WE'LL

09:19:27 24   COME BACK TO IN A MINUTE, BUT THAT'S NOT A NEW PHENOMENON FOR THE

09:19:32 25   CORPS OF ENGINEERS, IS IT?

09:19:33  1   A.  NO, IT'S -- IN FACT, THEY ALL FOUND THAT KNOWLEDGE EARLY AND

09:19:37  2   SUSTAINED WARNINGS OF THE FUNNEL AND THE CHANGING ENVIRONMENT WERE

09:19:41  3   CONSISTENTLY IGNORED.  FLOODING CAME FROM 40 YEARS OF IGNORING THE

09:19:46  4   MRGO'S NEGATIVE ENVIRONMENTAL IMPACTS.

09:19:50  5   Q.  AND BASED ON SCENARIO 3, WHAT IS THE ANSWER IN TERMS OF THE

09:19:55  6   FLOODING THAT WOULD OCCUR IN THE NEW ORLEANS EAST POLDER?

09:20:00  7   A.  THE ANSWER IS MINOR FLOODING FOR THE NEW ORLEANS EAST POLDER,

09:20:08  8   ONLY RAINFALL FLOODING IF WE REALIZE A GATE AT THE FUNNEL.

09:20:13  9   Q.  LIKEWISE, DID YOU DO A SIMILAR ANALYSIS OF SCENARIO 3 --

09:20:17 10   DR. BEA'S SCENARIO 3 -- FOR THE LOWER NINTH WARD?

09:20:19 11   A.  YES.

09:20:20 12   Q.  AND TELL US WHAT YOU FOUND.

09:20:22 13   A.  FOR THE LOWER NINTH WARD, THE FLOODING DURING KATRINA CAME

09:20:28 14   PRIMARILY THROUGH THE BACK DOOR.  THIS IS WATER COMING FROM THE

09:20:32 15   REACH 2 BREACHING AND OVERTOPPING.

09:20:36 16        SOME FLOODING CAME THROUGH THE FRONT DOOR, CERTAINLY FOR

09:20:39 17   THOSE PEOPLE DIRECTLY IN FRONT OF THE FRONT DOOR.  THERE WAS

09:20:44 18   OVERTOPPING AND WE HAD THE NORTH AND SOUTH BREACHES.

09:20:47 19   Q.  AND ACCORDING TO THE DEFENSE EXPERT, MR. STEVEN FITZGERALD, AS

09:20:54 20   MUCH AS 88 TO 90 PERCENT OF ALL OF THE WATER THAT ENDED UP IN THE

09:20:59 21   LOWER NINTH WARD CAME FROM THE BREACHES ALONG REACH 2 AND CAME

09:21:04 22   THROUGH THE CENTRAL WETLANDS UNIT AND OVER THE FLOOD WALL AT THE

09:21:09 23   NORTH EDGE OF THE LOWER NINTH WARD.

09:21:11 24        DO YOU AGREE WITH THAT CONCLUSION?

09:21:13 25   A.  YES, I DO, BASED ON THE FLOODING WORK DOCUMENTED BY PROFESSOR

09:21:19 1    VRIJLING.

09:21:21 2    Q.  AND WHAT WAS THE ANSWER, IF YOU WILL, FOR THE LOWER NINTH WARD?

09:21:27 3    A.  FOR THE LOWER NINTH WARD, AGAIN, MINOR FLOODING.  IF WE GAVE

09:21:33 4    THAT FUNNEL, WE WOULD HAVE RAINFALL FLOODING.

09:21:38 5    Q.  AND AS YOU TOLD US ON FRIDAY, BUT FOR THE MRGO OR IF THE MRGO

09:21:45 6    HAD BEEN MITIGATED, WE WOULD HAVE A FEW SHINGLES AND CARPET TO

09:21:49 7    REPLACE AS OPPOSED TO CATASTROPHIC FLOODING?

09:21:52 8    A.  THAT'S CORRECT.

09:21:53 9    Q.  IN ALL THREE POLDERS?

09:21:55 10   A.  THAT'S CORRECT.

09:21:55 11   Q.  AND THAT'S A RESULT OF THE NEGATIVE IMPACTS OF THE MRGO?

09:21:58 12   A.  THAT'S CORRECT.

09:21:59 13   Q.  NOW, ON FRIDAY, THE 24TH OF APRIL, 2009, THE NATIONAL ACADEMY OF

09:22:18 14   SCIENCE ISSUED ITS FIFTH AND FINAL REPORT ON THE NEW ORLEANS

09:22:28 15   HURRICANE PROTECTION SYSTEM.

09:22:28 16        DR. BEA, BEFORE WE TALK ABOUT THAT, LET ME ASK YOU THIS.

09:22:30 17   OUT OF ALL OF THE EXPERTS ON EITHER SIDE OF THIS CASE, ALL OF THE

09:22:34 18   ENGINEERS INVOLVED IN THIS LITIGATION, IS THERE ANY OTHER PERSON

09:22:38 19   BESIDES YOURSELF WHO IS AN ELECTED MEMBER OF THE NATIONAL ACADEMY OF

09:22:44 20   ENGINEERING?

09:22:45 21   A.  NO, THERE IS NOT.

09:22:47 22   Q.  AND IF YOU WOULD, IS IT A FACT THAT THE NATIONAL ACADEMY OF

09:22:54 23   ENGINEERING IN AMERICA IS SORT OF OUR NOBEL PRIZE FOR ENGINEERS?

09:22:57 24   A.  INDEED IT IS.

09:22:58 25   Q.  ARE YOU A FORENSIC ENGINEER?

09:23:00 1   A.   YES, I AM.

09:23:01 2   Q.   DO YOU SERVE ON THE FORENSIC ENGINEERING COMMITTEE FOR THE

09:23:06 3   AMERICAN SOCIETY OF CIVIL ENGINEERING?

09:23:08 4   A.   YES, FOR THE PAST FIVE YEARS.

09:23:11 5   Q.   AND TO YOUR KNOWLEDGE, IS ANY OTHER ENGINEER IN THIS CASE A

09:23:16 6   FORENSIC ENGINEER?

09:23:18 7   A.   TO MY KNOWLEDGE, NONE OF THE OTHER EXPERT ENGINEERS ARE

09:23:23 8   QUALIFIED FORENSIC ENGINEERS.

09:23:26 9   Q.   ARE ANY OF THE OTHER ENGINEERS IN THIS CASE DESIGN ENGINEERS?

09:23:33 10  A.   WITH THE EXCEPTION OF PROFESSOR VRIJLING, NO.

09:23:39 11  Q.   DR. MOSHER, DR. WOLFF, ENGINEERS FOR THE DEFENSE, NEITHER OF

09:23:42 12  THEM ARE FORENSIC ENGINEERS OR DESIGN ENGINEERS?

09:23:45 13  A.   TO MY KNOWLEDGE, THAT'S CORRECT.

09:23:47 14  Q.   LET ME ASK YOU THIS:  WOULD YOU AGREE THAT AS A FORENSIC

09:23:52 15  ENGINEER, AS THE CORPS' KNOWLEDGE ABOUT THE FUNNEL EFFECT INCREASED

09:24:00 16  OVER TIME, THAT THEIR OBLIGATION TO ACT WAS TRIGGERED?

09:24:06 17  A.   CERTAINLY.

09:24:07 18  Q.   AND THEIR OBLIGATION TO ACT INCREASED AS THEIR KNOWLEDGE

09:24:11 19  INCREASED?

09:24:11 20  A.   CERTAINLY.  THAT'S GOOD ENGINEERING.

09:24:15 21  Q.   SO, FOR EXAMPLE, AND JUST A FEW, DATING BACK TO THE SHORE

09:24:20 22  PROTECTION MANUAL '59, '61, AND '66, WOULD THAT HAVE BEEN NOTICED IF

09:24:26 23  PROMPT ACTION --

09:24:27 24  A.   YES.

09:24:27 25  Q.   -- REGARDING THE FUNNEL EFFECT?

09:24:29 1          HURRICANE BETSY ITS IN '65 --

09:24:31 2   A.   CERTAINLY.

09:24:32 3   Q.   -- WOULD THAT BE NOTICE OF THE FUNNEL EFFECT?

09:24:34 4          DR. GAGLIANO IN '72 WHEN HE WROTE HIS REPORT ABOUT

09:24:38 5   OPPOSING THE WIDENING PROJECT BECAUSE OF THE FUNNEL EFFECT?

09:24:41 6   A.   YES.

09:24:41 7   Q.   1988 RECON REPORT, 1998 BANK EROSION REPORT, AND OTHER EXAMPLES

09:24:51 8   DEMONSTRATE KNOWLEDGE, IN YOUR OPINION, WOULD TRIGGER THE NEED FOR

09:24:56 9   ACTION?

09:24:56 10  A.   CORRECT.

09:24:58 11  Q.   NOW, AS FAR AS YOU ARE AWARE, DR. BEA, HAVE YOU COME ACROSS

09:25:03 12  ANYTHING, ANY RECORDS, ANY REPORTS WHICH DEMONSTRATE THAT THE CORPS

09:25:09 13  OF ENGINEERS EVER CONDUCTED A COST BENEFIT ANALYSIS REGARDING THE

09:25:13 14  FUNNEL EFFECT OR ENGAGED IN ANY TYPE OF POLICY DECISION PROCESS FOR

09:25:18 15  MITIGATING?

09:25:20 16  A.   I HAVE NOT FOUND A SINGLE DOCUMENT.

09:25:22 17  Q.   NOW, THIS NEW REPORT THAT I WANT TO TALK ABOUT WHICH IS DATED

09:25:28 18  APRIL 24TH, 2009, AND WE'LL MARK FOR IDENTIFICATION AS PX NO. 2154

09:25:41 19  FROM THE NATIONAL ACADEMY -- THE NATIONAL ACADEMIES OF SCIENCE AND

09:25:49 20  ENGINEERING, THE NATIONAL RESEARCH COUNCIL, DOES IT SUPPORT YOUR

09:25:53 21  OPINION THAT KNOWLEDGE OF A HAZARD TRIGGERS AN OBLIGATION TO TAKE

09:25:59 22  CORRECTIVE ACTION?

09:26:00 23  A.   IT DOES.

09:26:01 24  Q.   CAN I SEE SLIDE 13 AND 14, PLEASE.  THIRTEEN.

09:26:11 25          THE COPY ON THE INTERNET IS NOT REAL GOOD, SO I HAD THEM

09:26:17 1   EXCERPT FROM PAGE 31 AND TYPE IT UP.  SO ON PAGE 31 OF THAT REPORT,

09:26:23 2   SLIDE 14, IT SAYS THAT THE LESSON LEARNED -- AND WOULD YOU READ FOR

09:26:29 3   US THE LESSON THAT THE NATIONAL ACADEMY OF SCIENCES, NATIONAL

09:26:33 4   ACADEMY OF ENGINEERING AND NATIONAL RESEARCH COUNCIL CONCLUDE SHOULD

09:26:37 5   HAVE BEEN LEARNED FROM THIS EXPERIENCE?

09:26:42 6   A.  "CHANGING ENVIRONMENTAL CONDITIONS CAN AFFECT THE PERFORMANCE

09:26:47 7   AND OPERATION OF LARGE HURRICANE AND FLOOD PROTECTION PROJECTS.

09:26:52 8   ADVANCES IN SCIENTIFIC AND ENGINEERING THEORIES AND METHODS MAY

09:26:58 9   RENDER PREVIOUS ASSUMPTIONS ON WHICH THESE PROJECTS WERE BASED

09:27:03 10  PARTLY OR FULLY OBSOLETE.  BECAUSE OF THESE CHANGES AND THE

09:27:09 11  IMPORTANT IMPLICATIONS THEY MAY HAVE FOR EXPECTED PERFORMANCE OF

09:27:13 12  PROTECTIVE STRUCTURES, A PROCESS SHOULD BE IMPLEMENTED TO ENSURE

09:27:19 13  PERIODIC REVIEW OF UNDERLYING ENVIRONMENTAL, SCIENTIFIC, AND

09:27:24 14  ENGINEERING FACTORS THAT AFFECT NEW ORLEANS HURRICANE PROTECTION

09:27:31 15  SYSTEM PERFORMANCE."

09:27:34 16  Q.  DR. BEA, IS THERE A NAME, IF YOU WILL, FOR AN ENGINEERING

09:27:41 17  PRINCIPLE EXPRESSED IN THIS LESSON AS REPORTED FROM THE NATIONAL

09:27:45 18  ACADEMY OF SCIENCES?

09:27:47 19  A.  YES, THERE IS.

09:27:48 20  Q.  AND WHAT IS THAT PRINCIPLE?

09:27:50 21  A.  IN BOOKS AND CLASSROOM, THIS IS KNOWN AS INTERACTIVE RISK

09:27:57 22  ASSESSMENT AND MANAGEMENT.  WE CALL IT THE OBSERVATIONAL METHOD.

09:28:05 23  Q.  AND OBSERVATIONAL METHOD, COULD YOU DESCRIBE FOR THE RECORD WHAT

09:28:09 24  THAT IS?

09:28:10 25  A.  IT'S A FOUR-STEP PROCESS OF PROCEEDING INITIALLY FROM DETECTION.

09:28:17 1    THIS IS ESSENTIALLY KEEPING YOURSELF ON GUARD SO THAT YOU CAN DETECT

09:28:24 2    EVOLVING DEVELOPING FLAWS, PERFORMANCE ABERRATIONS.  AND THIS IS

09:28:31 3    REALLY BECAUSE TRULY ENGINEERING CANNOT PREDICT EVERYTHING INTO THE

09:28:37 4    FUTURE.  AND FOR COMPLEX SYSTEMS, THERE ARE COMPONENTS THAT

09:28:44 5    SOMETIMES PROVIDE UNPLEASANT SURPRISES.  SO IF YOU DON'T HAVE

09:28:50 6    COGNIZANCE OF THOSE UNPLEASANT SURPRISES, DEFECTS, DANGER BEGINS TO

09:28:57 7    DEVELOP.

09:28:59 8         THE SECOND STEP, PERHAPS MOST CRITICAL AS WELL, IS ANALYZE

09:29:04 9    THAT INFORMATION.  THIS IS WHAT I CALL CORRECTLY CONNECTING THE

09:29:10 10   DOTS.  THIS IS TO EVALUATE THE OBSERVATIONS AND DATA TO DRAW VALID

09:29:16 11   CONCLUSIONS AS TO WHAT ARE THOSE POTENTIAL HAZARDS AND DEFECTS.

09:29:23 12        THE NEXT STEP SAYS DON'T STOP BECAUSE THIS IS THE ONE WE

09:29:29 13   FREQUENTLY DON'T DO.  IT SAYS CORRECT IT, DEVELOP AND IMPLEMENT

09:29:36 14   APPROPRIATE AND TIMELY MITIGATIONS FOR POTENTIAL HAZARDS AND

09:29:38 15   DEFECTS.  THIS IS THE ESSENCE OF THIS INTERACTIVE MANAGEMENT TO KEEP

09:29:45 16   ENGINEERING SYSTEMS PERFORMING WELL.  IT'S A LESSON WE'VE LEARNED

09:29:51 17   FROM THINGS LIKE COMMERCIAL AVIATION.

09:29:55 18        THE LAST STEP SAYS YOU CAN'T QUIT UNTIL YOU QUIT, WHICH

09:29:59 19   MEANS YOU REPEAT THE PROCESS THROUGHOUT THE ENTIRE LIFECYCLE UNTIL

09:30:08 20   THE STRUCTURE IS DECOMMISSIONED.

09:30:11 21   Q.  AND, DR. BEA, YOU TEACH ENGINEERING STUDENTS, YOU'RE A

09:30:16 22   PROFESSOR?

09:30:16 23   A.  I TRY.

09:30:17 24   Q.  YOU TEACH ENGINEERING STUDENTS AT BERKELEY AT THE PH.D. LEVEL,

09:30:20 25   DO YOU NOT?

09:30:20 1    A.   YES.  AND AM TAUGHT BY THEM, TOO.

09:30:23 2    Q.   IS THIS A CONCEPT THAT YOU'VE BEEN TEACHING FOR A LONG TIME?

09:30:25 3    A.   FORTY YEARS.

09:30:26 4    Q.   THIS IS NOT A NEW PRINCIPLE IN ENGINEERING, IS IT, SIR?

09:30:29 5    A.   ABSOLUTELY NOT.

09:30:30 6    Q.   AND ISN'T IT A FACT THAT THE RESPONSIBILITY OF ANY PRUDENT

09:30:38 7    ENGINEER, PARTICULARLY A GEOTECHNICAL ENGINEER IS TO MONITOR THE

09:30:43 8    STRUCTURES -- ON THE CASE OF A GEOTECHNICAL ENGINEER, THE EARTHEN

09:30:49 9    STRUCTURES THAT THEY BUILD AND RE-EVALUATE THEIR DESIGN IF THE

09:30:5410    ENVIRONMENT CHANGES OR HAZARDS BECOME MANIFEST OVER THE LIFE OF THE

09:30:5811    PROJECT?

09:30:5912    A.   YES.  THAT'S WHAT THE NATIONAL RESEARCH COUNCIL, NATIONAL

09:31:0413    ACADEMY OF ENGINEERING SAID MUST BE DONE TO GO FORWARD REASONABLY TO

09:31:1114    PROTECT THE GREATER NEW ORLEANS AREA.

09:31:1415    Q.   ARE YOU FAMILIAR WITH DR. JOHN CHRISTIAN?

09:31:1716    A.   YES.  HE IS A VERY GOOD FRIEND.

09:31:1917    Q.   AND WHO IS DR. JOHN CHRISTIAN?

09:31:2218    A.   DR. JOHN CHRISTIAN IS ONE OF THE LEADING GEOTECHNICAL ENGINEERS

09:31:2619    IN THE UNITED STATES AND IN THE WORLD.  HE IS A MEMBER OF THE

09:31:3120    NATIONAL ACADEMY OF ENGINEERING.  HE IS A BROTHER.

09:31:3721    Q.   AND IS HE A BELIEVER IN THE PRINCIPLE OF THIS ENGINEERING

09:31:4222    PRINCIPLE OF OBSERVATIONAL METHOD?

09:31:4423    A.   YES, HE IS.  IN FACT, HE DELIVERED RECENTLY ONE OF THE MOST

09:31:5124    IMPORTANT ARTICULATE PAPERS AND SETS OF PRESENTATIONS DEALING WITH

09:31:5725    THE IMPORTANCE OF THE OBSERVATIONAL METHOD.

09:31:59 1    Q.  AND WHAT IS YOUR UNDERSTANDING OF DR. CHRISTIAN'S MEANING OF

09:32:08 2    OBSERVATIONAL METHOD?

09:32:10 3    A.  WELL, AS IT SAYS, I SAT IN THE AUDIENCE AND HEARD HIM SAY THAT

09:32:15 4    THE OBSERVATIONAL METHOD DOES NOT MEAN WATCHING THE STRUCTURE FAIL.

09:32:23 5    Q.  SO JUDGE DUVAL, IN SOME OF HIS PREVIOUS WRITINGS AND RULINGS IN

09:32:29 6    THIS CASE WAS CORRECT NOT ONLY, IN OUR OPINION, FROM A LEGAL

09:32:31 7    PERSPECTIVE BUT ALSO FROM AN ENGINEERING PERSPECTIVE WHEN HE SAYS

09:32:35 8    THAT THE FAILURE TO RE-EVALUATE OR EXAMINE THE EFFECTS OVER 20 YEARS

09:32:40 9    OF OPERATION AND ACTIVITY OF THE MRGO MAY, IN FACT, BE A VIOLATION

09:32:45 10   OF A DUTY OWED BY THE CORPS?

09:32:48 11   A.  JUDGE DUVAL IS CORRECT.

09:32:56 12   Q.  NOW, YOU'VE WORKED FOR THE CORPS OF ENGINEERS BEFORE?

09:33:06 13   A.  YES.

09:33:06 14   Q.  AS A PRUDENT ENGINEER WITH THE MRGO, OVERSEEING THE MRGO OR

09:33:10 15   OPERATING THE MRGO, THAT TEAM OF ENGINEERS SHOULD HAVE BEEN

09:33:15 16   CONTINUOUSLY OBSERVING AND REEVALUATING THE GROWING THREAT OR

09:33:21 17   INCREASING RISK OF HARM TO THE PUBLIC OVER THE PAST 40 YEARS?

09:33:26 18   A.  WITHOUT A DOUBT THE OIL AND GAS INDUSTRY THAT SITS NEXT DOOR HAS

09:33:34 19   BEEN PLANNING THIS DANGEROUS DANCE WITH NATURE IN THE GULF OF MEXICO

09:33:40 20   PLATFORMS AND PIPELINES AND FLOATING SYSTEMS.  WHEN A SYSTEM IS PUT

09:33:46 21   IN PLACE, YOU BEGIN TO EXAMINE IT, REVISE IT TO UNIQUE CHANGING

09:33:53 22   CONDITIONS, AND THAT'S HOW THOSE STRUCTURES HAVE SERVED 50 OR MORE

09:33:58 23   YEARS IN THE OPEN GULF OF MEXICO WITHOUT FAILURE.

09:34:05 24        MR. STEVENS:  BEFORE I TENDER THE WITNESS, YOUR HONOR, I

09:34:07 25   APPRECIATE THE INDULGENCE, I WOULD LIKE FIRST TO OFFER INTO

09:34:12  1   EVIDENCE, AND I HAVE SLIDE ONE, THAT'S THE CHART, BUT I WOULD ALSO

09:34:17  2   LIKE TO OFFER INTO EVIDENCE SLIDES 13 AND 14, WHICH ARE THE EXCERPTS

09:34:22  3   FROM THE NATIONAL ACADEMY OF SCIENCE REPORT.

09:34:25  4           THE COURT:  WE KNOW THERE'S OBJECTION TO NO. 1 WHICH IS

09:34:28  5   PRESERVED FOR THE RECORD.

09:34:29  6           MR. STONE:  YES, YOUR HONOR.  AND WE ALSO OBJECT TO THE

09:34:31  7   HEARSAY IN THE NATIONAL ACADEMY OF SCIENCE ARTICLE.

09:34:36  8           THE COURT:  OKAY.  HOLD ON.  YOU MAY WANT AN AMPLIFY.

09:34:45  9           MR. STONE:  UNLESS WE CAN JUST HAVE THE ENTIRE REPORT

09:34:47 10   ADMITTED, YOUR HONOR.

09:34:47 11           THE COURT:  I THINK THAT'S FAIR.

09:34:49 12           MR. STEVENS:  THAT'S FINE.  NO PROBLEM.  WE'LL OFFER IT

09:34:50 13   AS -- WHAT WAS THAT NUMBER WE GAVE?

09:34:52 14           THE COURT:  LET THE ENTIRE REPORT BE PLACED IN THE RECORD.

09:34:58 15           THE LAW CLERK:  THE REPORT WILL BE 2154.

09:35:00 16           MR. STEVENS:  SO FOR THE RECORD, THE CHART IS 2153 AND THE

09:35:03 17   REPORT IS 2154.  THANK YOU.

09:35:03 18   BY MR. STEVENS:

09:35:10 19   Q.  NOW, BEFORE I SIT DOWN, DR. BEA, I HAVE TO ASK YOU SOMETHING,

09:35:15 20   SIR.

09:35:18 21           IN THIS CASE, YOU HAVE GENERATED IN EXCESS OF 2,300 PAGES

09:35:25 22   OF REPORTS AND DECLARATIONS.  I'VE BEEN TRYING CASES FOR 28 YEARS,

09:35:32 23   AND I DON'T KNOW IF I ADDED UP EVERY REPORT -- THE TOP TEN REPORTS

09:35:36 24   FROM THE TOP TEN CASES IN MY CAREER, AND I DON'T THINK THEY WOULD

09:35:39 25   ADD UP TO --

09:35:42  1          MR. STONE:  3196, YOUR HONOR.

09:35:43  2          THE COURT:  I THINK THE CROSS-EXAMINER IS WELL FAMILIAR

09:35:46  3  WITH WHAT'S HAPPENING.

09:35:46  4  BY MR. STEVENS:

09:35:47  5  Q.  THE TOP 20 EXPERTS IN THE TOP 20 CASES AND WE'LL EXPAND THAT.  I

09:35:52  6  DON'T KNOW THAT THEY'VE GENERATED THAT MANY PAGES OF REPORT OR

09:35:56  7  DECLARATIONS OR SUPPORTING DATA IN ALL OF MY CAREER.  SO I JUST HAVE

09:36:01  8  TO ASK YOU, WHAT WAS IT ABOUT THIS CASE THAT NECESSITATED THAT YOU

09:36:09  9  GENERATE THAT EXTENSIVE A WRITING OR BODY OF WRITINGS?

09:36:15  10  A.  WELL, I THINK YOU TOUCHED ON IT AT THE START WHEN YOU SAID YOU

09:36:24  11  CAN'T TURN IN AN ANSWER WITHOUT EXPLAINING IT.

09:36:24  12          MY DAD, WHO WAS A CAREER CORPS OF ENGINEERS OFFICER,

09:36:28  13  TAUGHT ME TO DO IT RIGHT OR DON'T DO IT.  AND BECAUSE THIS WAS SUCH

09:36:37  14  A HORRIBLE AND EXTENSIVE CATASTROPHE, WE COULDN'T BE SLOPPY.  AND

09:36:46  15  THERE WAS ANOTHER MORE IMPORTANT REASON:  WHEN I QUIT, I WANT TO

09:36:51  16  LEAVE MY PROFESSIONAL WORLD BETTER THAN WHEN I CAME.  I WANT WHAT WE

09:37:00  17  HAVE LEARNED TO BE TRANSFERRED TO THE FUTURE GENERATIONS OF

09:37:03  18  ENGINEERS SO WE DON'T MAKE THE SAME DAMN MISTAKES AGAIN.

09:37:11  19          A HUNDRED PAGES OF ALL THAT WAS WRITTEN FOR JUDGE DUVAL,

09:37:17  20  THE REST WAS WRITTEN FOR THOSE ENGINEERS, BUT SOME WERE WRITTEN FOR

09:37:22  21  THE INSTITUTIONAL ORGANIZATIONAL POLITICAL SYSTEM THAT MAKES THESE

09:37:29  22  THINGS WORK.  AND I THINK UNTIL WE GET THAT INSTITUTIONAL SYSTEM,

09:37:37  23  INCLUDING THE LAW, WORKING IN BEHALF OF HELPFUL, ACCEPTABLE FLOOD

09:37:47  24  PROTECTION, WE ARE DOOMED TO MORE OF THESE CATASTROPHES AND HORRIBLE

09:37:51  25  FLOODING.

09:37:54  1         MR. STEVENS:  THANK YOU VERY MUCH, DR. BEA.  I TENDER THE

09:37:57  2  WITNESS.  AND AGAIN, YOUR HONOR, I APPRECIATE YOUR INDULGENCE.

09:38:00  3         THE COURT:  THANK YOU, SIR.

09:38:01  4         GIVE YOU A LITTLE TIME TO SET UP, SIR.

09:38:04  5         MR. STONE:  I THINK WE'RE ALL SET, SIR.

09:38:06  6                        CROSS-EXAMINATION

09:38:06  7  BY MR. STONE:

09:38:07  8  Q.  DR. BEA, WHEN YOU WERE UNDER AN ACTIVE LICENSE, YOUR LICENSE WAS

09:38:12  9  FOR CIVIL ENGINEERING, WASN'T IT?

09:38:14 10  A.  I WAS LICENSED BUT FOR -- IN GENERAL AS A CIVIL ENGINEER HERE IN

09:38:21 11  THE STATE OF LOUISIANA, LICENSED ALSO AS A LAND SURVEYOR.

09:38:27 12  Q.  BUT THAT LICENSE DIDN'T DESIGNATE YOU AS A FORENSIC CIVIL

09:38:32 13  ENGINEER, DID IT?

09:38:33 14  A.  THERE ARE NO LICENSES ISSUED BY STATES TO THAT SPECIALTY.

09:38:39 15  Q.  I WANT TO ASK YOU ABOUT A COUPLE OF ANSWERS YOU GAVE ON FRIDAY.

09:38:45 16  ONE, THE QUESTION WAS, "DO YOU AND THE DEFENDANTS' EXPERTS AGREE FOR

09:38:50 17  THE MOST PART THAT THERE WOULD HAVE BEEN NO LPV FAILURES AND

09:38:54 18  FLOODING WITHOUT OVERTOPPING?"  AND YOUR ANSWER WAS, "THAT'S

09:38:57 19  CORRECT."

09:38:57 20  A.  THAT'S CORRECT.

09:38:58 21  Q.  CAN YOU EXPLAIN WHAT YOU MEAN BY THAT ANSWER?

09:39:00 22  A.  WE MEAN THAT THE SYSTEM, GIVEN APPROPRIATE MITIGATIONS FOR THE

09:39:09 23  NEGATIVE EFFECTS OF THE MRGO, WOULD HAVE PERFORMED ADMIRABLY.  THE

09:39:15 24  WORK THAT WE -- OR I SPENT THE ENTIRE WEEKEND DOING TO RESPOND TO

09:39:20 25  JUDGE DUVAL'S PERCEPTIVE QUESTIONS CONFIRMED THAT CONCLUSION.

09:39:25  1    Q.  I AM ONLY ASKING YOU WHAT YOU MEAN ABOUT THAT YOU BOTH AGREE

09:39:29  2    THAT THESE LEVEES FAILED DUE TO OVERTOPPING.  WHAT DO YOU MEAN BY

09:39:33  3    THAT?

09:39:34  4    A.  WELL, THE EXPERTS FOR BOTH THE DEFENSE AND THE PLAINTIFFS HAVE

09:39:38  5    CONCLUDED THAT OVERTOPPING WAS A SIGNIFICANT TRIGGER TO THE

09:39:47  6    BREACHING.  IN OUR CASE, WE CONCLUDE THAT FOR THE EARTHEN FLOOD

09:39:55  7    PROTECTION STRUCTURES ALONG REACH 2 OF THE MRGO, THAT APPROXIMATELY

09:39:56  8    55 PERCENT OF THE BREACHING WAS DUE TO BACK-TO-FRONT BREACHING.  THE

09:40:02  9    REMAINING 45 PERCENT WAS FRONT-TO-BACK BREACHING, INITIATED WITH A

09:40:09  10   FRONTAL SIDE WAVE ATTACK.

09:40:11  11   Q.  SO YOU HAVEN'T CHANGED YOUR OPINION IN THAT REGARD?

09:40:14  12   A.  NO.

09:40:14  13   Q.  OKAY.  THEN YOU WERE ASKED IF YOU HAVE FURTHER ACCEPTED THE

09:40:21  14   POSITION OF THE UNITED STATES OF AMERICA ARTICULATED THROUGHOUT THIS

09:40:24  15   CASE THAT THE LEVEES WERE COMPETENTLY DESIGNED ACCORDING TO THE THEN

09:40:28  16   EXISTING CONTEMPORANEOUS SPECIFICATIONS OF THE ARMY CORPS OF

09:40:32  17   ENGINEERS, AND YOU ANSWERED THAT IS CORRECT.

09:40:34  18   A.  THAT'S CORRECT.

09:40:35  19   Q.  SEVERAL INSTANCES IN THIS CASE YOU'VE COME INTO COURT WITH

09:40:40  20   DECLARATIONS AND YOU HAVE ARGUED THAT THESE LEVEES WERE EITHER PILES

09:40:45  21   OF DIRT OR THEY WERE WHAT YOU COINED AS AN EBSB OR SOMETHING OTHER

09:40:50  22   THAN A LEVEE.

09:40:51  23           AND YOU HAVE NOW ABANDONED THAT POSITION, CORRECT?

09:40:54  24   A.  THAT'S NOT CORRECT.

09:40:56  25   Q.  WELL, HOW DO YOU CONCLUDE, THEN, THAT THEY WERE COMPETENTLY

09:41:02 1    DESIGNED ACCORDING TO THE THEN EXISTING CONTEMPORANEOUS

09:41:07 2    SPECIFICATIONS OF THE CORPS OF ENGINEERS?

09:41:08 3    A.  IT TOOK ME A WHILE TO SORT IT OUT.  WHEN I FIRST ARRIVED HERE

09:41:16 4    INSPECTING THESE FLOOD PROTECTION STRUCTURES, I WAS STUNNED BY THE

09:41:26 5    CITY THAT I HAD LEFT.  THE AREA THAT I HAD SAILED IN AND FISHED IN

09:41:30 6    HAD CHANGED DRAMATICALLY.

09:41:34 7           WHEN THOSE STRUCTURES WERE CONFIGURED AND DESIGNED, NEW

09:41:40 8    ORLEANS USED TO BE 100 MILES FROM THE GULF OF MEXICO.  I HAD TO SAIL

09:41:45 9    THROUGH THE RIGOLETS A COUPLE OF DAYS TO MAKE IT TO THE OPEN GULF

09:41:50 10   WITH MY FAMILY.  BUT WHEN I COME BACK HERE IN 2005, THE GULF OF

09:41:58 11   MEXICO IS AT THE DOORSTEP OF THOSE PILES OF DIRT.

09:42:04 12          WHAT WAS A BACK WATER FLOOD DEFENSE SYSTEM HAS TURNED INTO

09:42:08 13   A COASTAL PROTECTION SYSTEM, BUT IT DIDN'T.  IT WAS LIKE STEERING A

09:42:17 14   SHIP DOWN A RIVER, PUTTING IT ON AUTOPILOT, GOING BELOW FOR A CUP OF

09:42:24 15   COFFEE.  THE RIVER CHANGES ITS COURSE, THE SHIP DOESN'T.  THE NEXT

09:42:31 16   STOP IS GROUNDED.

09:42:33 17          WE DID NOT ADAPT THE SYSTEM TO THE CHANGING ENVIRONMENTAL

09:42:37 18   CONDITIONS, AND THAT'S WHY I WAS SO SHOCKED.

09:42:43 19   Q.  THEN YOU DID NOT ACCEPT THE POSITION OF THE UNITED STATES OF

09:42:49 20   AMERICA ARTICULATED THROUGHOUT THIS CASE THAT THE LEVEES WERE

09:42:53 21   COMPETENTLY DESIGNED ACCORDING TO THE THEN EXISTING CONTEMPORANEOUS

09:42:56 22   SPECIFICATIONS OF THE ARMY CORPS OF ENGINEERS, BUT YOU TOLD THE

09:42:58 23   CORPS THAT YOU DID ACCEPT THAT ON FRIDAY, RIGHT?

09:43:01 24   A.  WELL, YOU'RE MISCONSTRUING MY ANSWER.  I ACCEPT WHAT YOU

09:43:05 25   ORIGINALLY DESIGNED.  AND IF WE DIDN'T CHANGE THE ENVIRONMENT, IT

09:43:12  1   PROBABLY WOULD STILL BE HAPPY.  IT'D STILL BE WORKING.  BUT WE

09:43:16  2   CHANGED THE ENVIRONMENT AFTER WE DESIGNED IT AND CONSTRUCTED IT, BUT

09:43:20  3   WE DIDN'T CHANGE IT.  WE LEFT IT EXPOSED, AND WE LEFT IT EXPOSED TO

09:43:26  4   NEW, MORE INTENSE ENVIRONMENTAL CONDITIONS.  AND KATRINA GOT TIRED

09:43:35  5   OF OUR ARROGANCE, OUR INDOLENCE, OUR IGNORANCE.

09:43:38  6   Q.  WELL, THEN, HAVE YOU ACCEPTED AS A FACT, AS YOU SAY ON FRIDAY,

09:43:44  7   THAT THESE LPV STRUCTURES DURING KATRINA PERFORMED AS EXPECTED?

09:43:48  8   A.  CERTAINLY.  THEY DISAPPEARED.

09:43:54  9   Q.  THE DESIGN PARAMETERS FOR THE LEVEE WAS FOR A 13-FOOT SURGE,

09:44:01 10   STILL WATER LEVEL, CORRECT, SIR?

09:44:03 11   A.  YES.

09:44:03 12   Q.  AND DIDN'T THE AREA SEE AN 18-FOOT SURGE?

09:44:08 13   A.  YES.

09:44:09 14   Q.  SO YOU HAVE BEEN UNABLE IN THIS LITIGATION TO PROVIDE US AN

09:44:14 15   ANALYSIS OF WHETHER THESE LEVEES WOULD HAVE WITHSTOOD A 13-FOOT

09:44:18 16   SURGE.  YOU HAVE NOT PROVIDED THAT TO US AT ANY TIME DURING THIS

09:44:21 17   LITIGATION.

09:44:21 18   A.  THAT'S NOT TRUE.

09:44:25 19   Q.  WHERE DID YOU PROVIDE THAT TO US?

09:44:26 20   A.  AS WE STEPPED THROUGH THE ANALYSES OF THE REACH 2 EARTHEN FLOOD

09:44:32 21   PROTECTION STRUCTURES, WE PROGRESSIVELY INCREASED THE WATER LEVEL

09:44:37 22   TOGETHER WITH THE APPROPRIATE WAVE ACTION.  AS YOU GO FROM SEA LEVEL

09:44:43 23   TO 18 FEET, YOU CROSS 13 FEET.  THE RESULTS ARE CONTAINED IN MY

09:44:50 24   EXPERT REPORTS.

09:44:53 25   Q.  SO YOUR CONTENTION IS THAT THEY WERE COMPETENTLY DESIGNED, FIRST

1273

09:45:03 1    OF ALL, CORRECT?

09:45:04 2    A.   FOR THOSE CONDITIONS.

09:45:06 3    Q.   AND THEY DIDN'T FAIL WITHIN THOSE CONDITIONS, THEY ONLY FAILED

09:45:11 4    UNDER THE KATRINA CONDITIONS, CORRECT?

09:45:14 5    A.   THAT'S CORRECT.

09:45:20 6    Q.   WERE YOU HERE WHEN DR. VRIJLING TESTIFIED?

09:45:24 7    A.   ONLY LAST MORNING OF HIS TESTIMONY.

09:45:27 8    Q.   AND DID YOU SEE THE SLIDES WHERE HE SHOWED HOW THE WATER FLOWED

09:45:31 9    IN TO THE NEW ORLEANS EAST BANK?

09:45:33 10           MR. STONE:   I'M SWITCHING BACK TO NEW ORLEANS EAST NOW,

09:45:36 11   YOUR HONOR.

09:45:37 12           THE WITNESS:   NO, I DIDN'T.

09:45:37 13           THE COURT:   THANK YOU, COUNSEL, FOR THE BENCHMARK.

09:45:40 14   BY MR. STONE:

09:45:40 15   Q.   DID YOU SEE THE SLIDES WHERE HE SHOWED THE FLOODING COMING IN

09:45:43 16   FROM THE BREACHES WEST -- EXCUSE ME -- EAST OF THE PUMPING STATION

09:45:48 17   ON THE NEW ORLEANS EAST BACK?

09:45:49 18   A.   NO, I DID NOT.

09:45:51 19   Q.   BUT THE MAJOR FAILURES THAT OCCURRED ON THE NEW ORLEANS EAST

09:45:55 20   BACK OCCURRED EAST OF THE PUMPING STATION, CORRECT, SIR?

09:45:58 21   A.   THAT'S CORRECT.   I'VE SO TESTIFIED.

09:46:01 22   Q.   LET'S LOOK AT PLAINTIFFS' SLIDE NO. 39 FROM LAST WEEK, PLEASE.

09:46:22 23           THAT'S A PICTURE THAT YOU SHOWED US IN THE COURTROOM ON

09:46:25 24   FRIDAY OF AN AREA OF DENSE GRASS ON THE NEW ORLEANS EAST BACK LEVEE,

09:46:30 25   CORRECT?

09:46:37 1    A.   CORRECT.

09:46:38 2    Q.   AND YOU CONCLUDED THAT THIS LEVEE PERFORMED WELL.

09:46:38 3         NOW, WHERE IS THIS LEVEE PICTURE TAKEN?

09:46:39 4    A.   IT'S TAKEN ABOUT MIDWAY BETWEEN THE INTERSECTION OF THE NEW

09:46:49 5    ORLEANS EAST BACK LEVEE WITH THE EAST-WEST TRANSOM SECTION OF THAT

09:46:57 6    LEVEE.  SO WE'RE PROCEEDING NORTH TOWARD LAKE PONTCHARTRAIN.  WE'RE

09:47:02 7    ABOUT MIDWAY.

09:47:03 8         THIS AREA HAD BEEN SERIOUSLY OVERTOPPED.  WE COULD TELL BY

09:47:09 9    THE DEBRIS COLLECTED ON THE BACK SIDE.  THE GRASS WAS -- AND BY THE

09:47:16 10   WAY, WE ARE NORTH OF THE INTERFACE BREACH AT THE CSX RAILROAD.  THE

09:47:26 11   AREA IS DENSELY COVERED WITH GRASS, IT HAS DEFENDING VEGETATION,

09:47:34 12   BOTH SIDES OF THE LEVEE.  THE WATER WAS OVER THE TOP CLEARLY BUT WAS

09:47:41 13   QUIET, AND THE LEVEE PERFORMED ABSOLUTELY BEAUTIFUL.  AND I DID TAKE

09:47:45 14   THAT PHOTOGRAPH.

09:47:46 15   Q.   WAS THIS PHOTOGRAPH TAKEN WEST OF THE PUMPING STATION ON THE NEW

09:47:52 16   ORLEANS EAST BACK?

09:47:52 17   A.   NO.

09:47:55 18   Q.   WHERE WAS IT TAKEN?

09:47:56 19   A.   AS I TRIED TO DESCRIBE, THE NEW ORLEANS EAST BACK LEVEE IS LIKE

09:48:05 20   A CARPENTER'S RIGHT ANGLE.  IT HAS A LEG THAT RUNS EAST-WEST AND HAS

09:48:14 21   A LEG THAT RUNS NORTH-SOUTH.  THIS IS ALONG THE NORTH-SOUTH LEG.

09:48:23 22        THE COURT:  I THINK WHEN THIS WAS PUT UP THE FIRST TIME, I

09:48:27 23   ASKED THAT IT BE SHOWN ON ANOTHER MAP SO I COULD GET IT IN MY HEAD

09:48:32 24   WHERE IT WAS.

09:48:34 25        IF YOU WANT TO DO THAT, MAYBE WE CAN ASK THE PLAINTIFFS,

09:48:38  1    IF YOU WANT TO.

09:48:38  2    BY MR. STONE:

09:48:39  3    Q.  I WAS UNDERSTANDING THAT IT WAS TAKEN ALONG THE NEW ORLEANS EAST

09:48:42  4    BACK LEVEE, THE EAST AND WEST LEVEE?

09:48:45  5    A.  NO, THAT'S INCORRECT.

09:48:48  6    Q.  SO IT'S THE NORTH-SOUTH LEVEE?

09:48:50  7    A.  THAT'S CORRECT.

09:48:51  8    Q.  AND THIS GRASS THEN -- LET'S BRING UP DR. FITZGERALD'S REPORT

09:49:08  9    2008.  IT'S JX 0195 AND THAT'S PAGE 4-5.

09:49:34  10             THE COURT:  ALL RIGHT.  THANK YOU, SIR.

09:49:42  11             THE LAW CLERK:  I'M SORRY, PAGE WHAT?

09:49:45  12             MR. STONE:  4-5.

09:49:46  13             IF YOU CAN BLOW UP THE UPPER LEFT-HAND QUARTER, PLEASE.

09:49:46  14    BY MR. STONE:

09:50:07  15    Q.  IS IT THAT NORTH-SOUTH SEGMENT THERE THAT'S WEST OF THE PURPLE

09:50:11  16    AND EAST OF THE PALE GREEN?

09:50:16  17    A.  IT'S WHERE I PUT THE --

09:50:18  18    Q.  IN THE UPPER RIGHT-HAND CORNER.

09:50:19  19    A.  I PUT THE ARROWS RIGHT THERE.  WE'RE RIGHT IN THIS SECTION

09:50:23  20    (INDICATING).

09:50:24  21    Q.  AND CAN WE SEE THE LEGEND OF THAT MAP.

09:50:34  22             THAT'S TAKEN ALONG AN AREA OF BRACKISH MARSH, ISN'T IT,

09:50:39  23    SIR?

09:50:39  24    A.  THAT'S CORRECT.

09:50:39  25    Q.  SO THIS PHOTOGRAPH DEMONSTRATES AND THIS GRASS DEMONSTRATES THAT

09:50:46 1    DENSE GRASS WILL GROW NEXT TO A BRACKISH MARSH, CORRECT?

09:50:50 2    A.  THAT'S CORRECT.

09:50:52 3    Q.  NOW, DIDN'T YOU TELL ME IN YOUR DEPOSITION THAT THE NEW ORLEANS

09:51:06 4    EAST BACK LEVEE EAST OF THE PUMPING STATION FAILED DUE TO SALINITY

09:51:09 5    DOING DAMAGE TO THE VEGETATION AND THE GRASS?

09:51:12 6    A.  AND THAT'S THE EAST-WEST TRANSOM SECTION TO THE EAST OF PUMP

09:51:18 7    STATION 15.

09:51:19 8    Q.  YES, SIR.

09:51:21 9    A.  YES.

09:51:21 10   Q.  OKAY.  THAT PHOTOGRAPH SHOWS THAT'S ALSO ALONG THE BRACKISH

09:51:28 11   MARSH, DOESN'T IT?

09:51:29 12   A.  YES.  BUT THE GRASS IS ROOTED IN TWO DIFFERENT SOILS.

09:51:35 13   Q.  GRASS WILL GROW ALONG THE BRACKISH MARSH ON THE LEVEE, IT WILL

09:51:38 14   GROW ALONG THE BRACKISH MARSH ON THE LEVEE, CORRECT?

09:51:38 15   A.  THAT'S NOT CORRECT.

09:51:42 16   Q.  I MEAN, WE ARE NOT TALKING ABOUT KILLING THE GRASS.

09:51:43 17   A.  THAT IS NOT CORRECT.

09:51:45 18   Q.  ARE YOU A GRASS EXPERT?

09:51:48 19   A.  YES.  AFTER MOWING MY LAWN HERE FOR 15 YEARS, I AM A GRASS

09:51:52 20   EXPERT.

09:51:53 21   Q.  HAVE YOU DONE ANY ANALYSES OUT THERE OF THE SALINITY THAT

09:52:00 22   ATTACKS THIS GRASS?

09:52:02 23   A.  NO.  BUT I CAN TELL THE DIFFERENCE BETWEEN CLAY AND SAND.

09:52:06 24   Q.  AND SALINITY IS WHAT YOU'RE TALKING ABOUT, RIGHT?

09:52:09 25   A.  NO.  I AM TALKING ALSO ABOUT SOIL, AND I AM TALKING ABOUT HOW

09:52:14  1   THE SOIL IS ABLE TO SUPPORT THE ROOT GROWTH FOR THE GRASS IN THE

09:52:21  2   ENVIRONMENT THAT WORKS OUT.  THE DENSE GRASS THAT WE SAW GENERALLY

09:52:26  3   WAS WHERE THE LEVEE HAD A HIGH CLAY CONTENT SO IT COULD RETAIN

09:52:36  4   WATER.  IF YOU PLANT GRASS IN SAND AND YOU DON'T GET RAINFALL, IT

09:52:41  5   DIES.

09:52:42  6   Q.  SO I ASKED YOU WHAT IT WAS ABOUT THE MRGO IN YOUR DEPOSITION

09:52:47  7   THAT CAUSED THE FAILURE OF THE NEW ORLEANS EAST BACK EAST OF THE

09:52:52  8   PUMPING STATION, CORRECT, SIR?

09:52:54  9   A.  THAT'S EAST-WEST -- YES, THE EAST-WEST LEG.

09:52:59 10   Q.  YES.

09:52:59 11         THE COURT:  COUNSEL, WOULD YOU MIND -- JUST TO HELP US, DO

09:53:02 12   YOU HAVE A POINTER WITH YOU?

09:53:04 13         MR. STONE:  NO, I DO NOT.  I'M SORRY, YOUR HONOR.

09:53:05 14         THE WITNESS:  THIS IS THE LEG THAT WE'RE TALKING ABOUT

09:53:08 15   (INDICATING).

09:53:08 16         THE COURT:  THIS IS WHAT WE ALL AGREE WE'RE TALKING ABOUT.

09:53:11 17         THE WITNESS:  YES.

09:53:12 18         MR. STEVENS:  YOUR HONOR, FOR THE RECORD, THAT'S THE NEW

09:53:14 19   ORLEANS BACK LEVEE WHERE HE'S POINTING AT THERE.

09:53:16 20         MR. STONE:  THE EAST-WEST BACK LEVEE.

09:53:19 21         THE COURT:  I MEANT THE AREA THERE, ARE WE TALKING ABOUT

09:53:21 22   THE ENTIRE AREA?

09:53:23 23         THE WITNESS:  JUST TO PUMP SECTION 15.

09:53:26 24         MR. STONE:  IT'S TECHNOLOGY.  I'LL HAVE TO FIGURE OUT HOW

09:53:29 25   TO USE IT.

09:53:30 1            THAT'S THE PART RIGHT IN THERE, RIGHT (INDICATING)?

09:53:32 2            THE WITNESS:  CHECK.

09:53:33 3            THE COURT:  OKAY.  GOOD.  THANK YOU.

09:53:35 4            MR. STONE:  THANK YOU, YOUR HONOR.

09:53:36 5  BY MR. STONE:

09:53:37 6  Q.  SO THE MRGO EFFECTS ON SALINITY IS THE ONLY ACTION OF THE MRGO

09:53:44 7  THAT CAUSED THAT FAILURE EAST OF THE PUMPING STATION, AND THAT'S

09:53:47 8  WHAT YOU TOLD ME IN YOUR DEPOSITION AS YOU STATED EARLIER, CORRECT,

09:53:52 9  SIR?

09:53:53 10  A.  PLEASE --

09:53:56 11  Q.  THE EFFECT -- I'LL REPHRASE IT.

09:53:58 12            THE EFFECT FROM THE MRGO THAT CAUSED THE FAILURE OF THAT

09:54:01 13  LEVEE --

09:54:02 14  A.  OF WHICH LEVEE?

09:54:04 15  Q.  THE NEW ORLEANS EAST BACK LEVEE.

09:54:05 16  A.  GOTCHA.

09:54:06 17  Q.  THIS ONE (INDICATING).

09:54:07 18  A.  GOTCHA.

09:54:13 19  Q.  -- EAST OF THE PUMPING STATION --

09:54:13 20  A.  RIGHT.

09:54:13 21  Q.  -- WAS SALINITY BROUGHT IN BY THE MRGO?

09:54:13 22  A.  THAT IS PART OF THE PICTURE.

09:54:14 23  Q.  BUT THIS IS MR. -- OR DR. DUNCAN FITZGERALD'S CHART HERE.  AND

09:54:25 24  IF YOU LOOK AT THE RED AREA, THAT'S SALT MARSH, RIGHT?

09:54:30 25  A.  WOULD YOU PUT A POINTER TO THE RED AREA YOU ARE REFERRING TO?

------------------- FINAL DAILY COPY -------------------

1279

09:54:39  1    Q.   SORRY, THIS ONE HERE (INDICATING).

09:54:41  2    A.   YES, THAT'S CORRECT.

09:54:41  3    Q.   THAT'S IN THE --

09:54:43  4    A.   AS YOU GET INTO THE THROAT OF THE FUNNEL THERE AT THE PARIS ROAD

09:54:48  5    BRIDGE, THAT'S WHAT IT IS.

09:54:49  6    Q.   RIGHT.

09:54:50  7              AND HE ATTRIBUTES THAT, I BELIEVE, TO SALT BROUGHT IN BY

09:54:53  8    THE MRGO, CORRECT?

09:54:54  9    A.   HE ATTRIBUTES -- WHAT'S "THAT" IN YOUR QUESTION?

09:54:59 10    Q.   THE RED AREA OF SALT MARSH.  DOES HE ATTRIBUTE THE SALT THAT'S

09:55:04 11    BROUGHT INTO THAT AREA, WHICH CHANGED IT FROM BRACKISH MARSH TO SALT

09:55:07 12    MARSH, AS PROVIDED BY THE MRGO?

09:55:09 13    A.   I BELIEVE SO.

09:55:12 14    Q.   OKAY.  SO NOW THE LEVEE RIGHT THROUGH HERE IS ABOVE BAYOU

09:55:19 15    BIENVENUE, RIGHT?

09:55:20 16    A.   YES.

09:55:20 17              THE COURT:  YOU'RE TALKING ABOUT THE REACH?

09:55:23 18              MR. STONE:   REACH 2, YOUR HONOR, ABOVE BAYOU BIENVENUE.

09:55:26 19              THE COURT:  JUST FOR THE RECORD.

09:55:29 20    BY MR. STONE:

09:55:29 21    Q.   AND THAT AREA IN THERE DIDN'T FAIL, DID IT, SIR?

09:55:32 22    A.   IT PERFORMED MAGNIFICENTLY.  WE STUDIED THE AREA IN DETAIL USING

09:55:39 23    THE APPROACH WE DID FOR THE REST OF THE SYSTEM.

09:55:39 24    Q.   AND YOU FOUND IT HAD GOOD GRASS?

09:55:40 25    A.   HAD GOOD GRASS AND THEY HAD GOOD SOIL.  GOOD COMBINATION THAT'S

09:55:47 1  STARTING TO SHOW UP HERE.

09:55:47 2  Q.  DOES THAT HELP US DETERMINE THAT GOOD GRASS CAN GROW NEXT TO A

09:55:52 3  SALT MARSH AREA?

09:55:53 4  A.  AS LONG AS WE GIVE IT SOMETHING TO GROW IN.

09:55:56 5  Q.  SO IF IT'S NOT GROWING, IT'S NOT BECAUSE OF THE SALT MARSH OR

09:56:02 6  THE BRACKISH MARSH, IT'S BECAUSE OF THE LEVEE MATERIAL, RIGHT?

09:56:04 7  A.  YOU CAN'T TELL THAT TO THE GRASS.  THE GRASS IS GROWING IN

09:56:09 8  RESPONSE TO THE ENVIRONMENT IT'S EMBEDDED IN.

09:56:14 9  Q.  IT'S A BASIC QUESTION FOR ME.  I AM TRYING TO FIGURE OUT IN THIS

09:56:18 10 LITIGATION -- AND I WANT TO DO THIS WITH FACTS.

09:56:21 11      I AM TRYING TO FIGURE OUT WHAT YOU CLAIM FROM MRGO CAUSED

09:56:25 12 FAILURES IN PARTICULAR PLACES.

09:56:28 13 A.  AND THAT'S FAIR.

09:56:29 14 Q.  IN THIS INSTANCE, YOU'VE TOLD ME THAT THE FAILURE HERE OCCURRED

09:56:32 15 DUE TO SALINITY, THE DAMAGE TO THE VEGETATION INCLUDING THE GRASS?

09:56:37 16 A.  AND THE FRONTING VEGETATION.  VEGETATION THAT DEFENDS THESE

09:56:43 17 LEVEES COMES IN SEVERAL FORMS.  RIGHT ALONG THE RIVER, THEY CALL

09:56:49 18 THAT FRONTING VEGETATION DEFENSE BATTURES.

09:56:54 19      THE EXTENT OF FRONT SIDE VEGETATION HAS A GREAT DEAL OF

09:56:59 20 EFFECT ON THE INCOMING WAVE ACTION.  SO IT'S MUCH MORE OF A STORY

09:57:06 21 THAN A STORY OF GRASS.

09:57:09 22 Q.  ALL RIGHT.  TAKE A LOOK UP THERE NOW, AND YOU SEE THAT THAT'S

09:57:20 23 BRACKISH MARSH, RIGHT, ALONG THE PORTION OF THAT NEW ORLEANS EAST

09:57:21 24 BACK THAT YOU CLAIM FAILED DUE TO INPUTS FROM THE MRGO, CORRECT?

09:57:25 25 A.  THE EAST-WEST SECTION, CORRECT.

09:57:27 1    Q.  OKAY.  THAT'S BRACKISH MARSH.

09:57:31 2         LET ME TAKE A LOOK AT DR. BEA'S DECLARATION NO. 1 THAT

09:57:41 3    SAYS DX 0451 AT PAGE 72.

09:58:09 4         NOW, THIS IS OUT OF YOUR DECLARATION, CORRECT, SIR?

09:58:12 5    A.  YES.

09:58:12 6    Q.  SO YOU'VE KNOWN SINCE AT LEAST JULY 2008 THAT THE ENTIRE AREA IN

09:58:17 7    THAT TRIANGLE WAS BRACKISH MARSH, CORRECT, IN THE 1950'S?

09:58:21 8    A.  THAT'S CORRECT.

09:58:21 9    Q.  AND THAT'S WHAT THE DATA AVAILABLE SAYS, BRACKISH MARSH?

09:58:26 10   A.  CORRECT.

09:58:27 11   Q.  SO THAT'S PRE-MRGO, AND THAT'S WHY YOU PUT THE IMAGE IN YOUR

09:58:35 12   REPORT, TO SHOW WHAT THE AREA LOOKED LIKE PRE-MRGO BECAUSE YOUR

09:58:40 13   NEUTRALITY POSITION MEANS THAT YOU HAVE TO BRING THE AREA BACK TO

09:58:43 14   NEUTRAL MRGO, CORRECT?

09:58:44 15   A.  THAT'S CORRECT.

09:58:46 16   Q.  SO IF YOU'RE BRINGING THE AREA BACK TO NEUTRAL MRGO BY TAKING

09:58:53 17   SOME SALINITY OUT OF THE AREA --

09:58:54 18   A.  RIGHT.

09:58:58 19   Q.  -- MRGO ISN'T PUTTING SALINITY IN THAT AREA AND CHANGING THE

09:59:01 20   ENVIRONMENT, IT IS STILL BRACKISH MARSH?

09:59:04 21   A.  AT THAT TIME, THAT'S CORRECT.

09:59:06 22   Q.  OKAY.

09:59:07 23   A.  FOR -- THE BLACK AND WHITE PHOTOGRAPHS SHOW THAT WITH CLARITY.

09:59:11 24   Q.  LET'S GO BACK TO DR. FITZGERALD'S REPORT 4-5 FOR A MOMENT.

09:59:24 25   THAT'S JX 0195.  THERE WE GO.  CAN YOU BLOW UP THE TRIANGLE AREA?

09:59:42  1    THAT'S GOOD.

09:59:43  2             NOW, IF YOU NOTICE THERE, DR. BEA, IN THE AREA THAT'S SALT

09:59:47  3    MARSH, YOU DIDN'T HAVE A FAILURE --

09:59:51  4             THE COURT:  FOR THE RECORD, WE'RE POINTING TO THE RED AT

09:59:58  5    THE INTERSECTION OF THE GIWW AND THE MRGO IN REACH 2.

10:00:03  6             MR. STONE:  DOWN TO BAYOU BIENVENUE, YOUR HONOR.

10:00:05  7             THE COURT:  DOWN TO BAYOU BIENVENUE, OKAY.

10:00:06  8    BY MR. STONE:

10:00:07  9    Q.  AND FROM BAYOU BIENVENUE DOWN TO BAYOU DUPRE, WHAT DO WE HAVE IN

10:00:11 10    THERE STILL TODAY, DR. BEA?

10:00:13 11    A.  SALT MARSH.

10:00:14 12    Q.  THAT'S NOT SALT MARSH, THAT'S BRACKISH MARSH.

10:00:17 13    A.  BRACKISH MARSH.

10:00:21 14    Q.  YES, SIR.

10:00:21 15    A.  THANK YOU.

10:00:22 16    Q.  BAYOU BIENVENUE DOWN TO BAYOU DUPRE IS STILL BRACKISH MARSH

10:00:25 17    TODAY.

10:00:25 18    A.  YES.

10:00:26 19    Q.  MR. MRGO HASN'T CHANGED IT FROM BRACKISH MARSH TO ANYTHING ELSE,

10:00:31 20    HAS IT?

10:00:31 21    A.  THAT'S CORRECT.

10:00:32 22    Q.  SO IF YOU DRAW ANY CONCLUSIONS IN THIS CASE THAT SALINITY CAUSED

10:00:35 23    THE FAILURES OF THE REACH 2 LEVEES, YOU HAVE TO HAVE SOME OTHER

10:00:40 24    EVIDENCE THAN WHAT'S BEEN BROUGHT IN BY THE MRGO, CORRECT?

10:00:48 25    A.  THAT'S CORRECT.

─── FINAL DAILY COPY ───

10:00:48 1    Q.  NOW, WHEN MRGO WAS CUT THROUGH AFTER ITS DESIGN AND DURING ITS

10:00:59 2    CONSTRUCTION, SALINITY COMES INTO THE AREA WHEREVER IT'S GOING TO

10:01:02 3    GO, RIGHT?

10:01:02 4    A.  CORRECT.  ULTIMATELY LAKE PONTCHARTRAIN.

10:01:06 5    Q.  AND DR. FITZGERALD HAS ANALYZED THAT, AND HE'S DETERMINED

10:01:15 6    THERE'S SOME SALINITY UP HERE.  AND WE KNOW THAT'S NOT A PART OF THE

10:01:15 7    BREACHING CONDITIONS THAT OCCURRED.  HE ALSO SHOWS THAT THERE'S SOME

10:01:20 8    SALINITY DOWN HERE.

10:01:21 9    A.  WHAT'S THE DATE OF TIME REFERENCE FOR THIS ILLUSTRATION?

10:01:25 10   Q.  THIS IS HIS 2008 REPORT.

10:01:27 11   A.  BUT WHAT'S THE TIME PERIOD THE MAP IS DRAWN TO DESCRIBE?

10:01:32 12   Q.  CAN YOU BRING THAT UP?  I'LL JUST LOOK THAT UP FOR YOU.

10:01:39 13   A.  HE'S SHOWING THE HABITAT FOR THE 2000'S.  THAT'S AFTER THE GO.

10:01:50 14        THE COURT:  WE HAVE A TECHNICAL GLITCH HERE WITH ONE OF

10:01:56 15   OUR COMPUTERS.  I HATE TO DO THIS, BUT WE'LL TAKE A BRIEF RECESS TO

10:02:00 16   GET IT FIXED.  SORRY.

10:10:44 17      (WHEREUPON, A RECESS WAS TAKEN.)

10:13:53 18      (OPEN COURT.)

10:13:57 19        THE COURT:  PLEASE BE SEATED.

10:14:01 20        THE DEPUTY CLERK:  COURT'S IN SESSION.

10:14:08 21        THE COURT:  SORRY ABOUT THE INTERRUPTION, COUNSEL.

10:14:14 22        MR. STONE:  NO PROBLEM, YOUR HONOR.

10:14:14 23   BY MR. STONE:

10:14:15 24   Q.  DR. BEA, YOU MENTIONED VEGETATION IN ADDITION TO GRASS EARLIER.

10:14:18 25   SO WHEN YOU'RE TALKING ABOUT DAMAGE TO VEGETATION CAUSED BY THE

10:14:21 1    MRGO, AT LEAST A PORTION OF THAT IS ALSO SALINITY THAT YOU'RE

10:14:25 2    TALKING ABOUT, RIGHT?

10:14:26 3    A.   CORRECT.

10:14:27 4    Q.   SO IF WE ESTABLISH THAT THE MRGO HASN'T APPRECIABLY INCREASED

10:14:36 5    THE SALINITY IN PARTICULAR AREAS, THEN THE VEGETATION IN THAT AREA

10:14:41 6    ISN'T AFFECTED BY SALINITY BROUGHT IN BY THE MRGO, CORRECT?

10:14:45 7    A.   YOU CAN'T CONCLUDE THAT FROM THIS MAP.

10:14:49 8    Q.   BUT LET ME HAVE AN ANSWER TO YOUR QUESTION FIRST.   THAT WAS

10:14:53 9    1997.   IT'S HARD TO READ IN THE LEGEND HERE, BUT IT SAYS MARSH TYPES

10:15:06 10   TAKEN --

10:15:07 11   A.   IT SAYS HABITAT MAP 2000.   THAT'S INCORRECT, SIR.

10:15:14 12   Q.   THAT'S A HABITAT MAP FOR 2000.

10:15:16 13   A.   THAT'S CORRECT, SIR.   YOU'RE LOOKING AT CURRENT CONDITIONS, NOT

10:15:21 14   AT 1950'S CONDITIONS.

10:15:24 15   Q.   RIGHT.   THAT'S THE POINT.

10:15:25 16   A.   YOU LOOK AT 1950'S CONDITIONS TO DRAW A CONCLUSION TO THIS ONE,

10:15:31 17   WHICH IS THE CHANGE.

10:15:35 18   Q.   WHAT WE'RE LOOKING AT HERE IS FOR CURRENT CONDITIONS TO

10:15:40 19   DETERMINE WHETHER THERE'S SALT MARSH IN THE AREA BROUGHT IN BY THE

10:15:43 20   MRGO, CORRECT, SIR?

10:15:44 21   A.   WELL --

10:15:46 22   Q.   THESE CURRENT CONDITIONS, SALT MARSH BY MRGO, YOU SAW FROM

10:15:53 23   DR. PENLAND'S IMAGE THAT IT'S ALL BRACKISH MARSH IN THERE IN THE

10:15:58 24   '50'S?

10:15:59 25   A.   I HAVE NOT SEEN A '50'S HABITAT MAP SHOWN TO ME THIS MORNING.

10:16:07 1   Q.  LET'S JUST PUT IT BACK UP.

10:16:12 2           THIS MAP, THIS CHART, THAT'S, YOU SAY, THE YEAR 2000,

10:16:18 3   RIGHT?

10:16:18 4   A.  THAT'S WHAT IT'S LABELED.

10:16:20 5   Q.  SO THAT'S CURRENT?

10:16:22 6   A.  THAT'S CORRECT.

10:16:28 7   Q.  AND IT HAS SALT MARSH IN THIS AREA (INDICATING)?

10:16:28 8   A.  THAT'S CORRECT.

10:16:29 9   Q.  SALT MARSH DOWN HERE (INDICATING)?

10:16:30 10  A.  CORRECT.

10:16:31 11  Q.  AND YOU WOULD ASSUME THAT THAT'S BROUGHT IN BY THE MRGO,

10:16:34 12  CORRECT?

10:16:34 13  A.  THAT'S CORRECT.

10:16:35 14  Q.  LET'S GO BACK TO DR. PENLAND'S -- IT'S IN DECLARATION ONE,

10:16:42 15  PAGE 72.  THIS IS DX 0451 AT PAGE 72.

10:16:53 16          THIS IS FROM YOUR REPORT OF JANUARY 11, 2008.  THIS IS THE

10:17:13 17  DR. PENLAND IMAGE THAT I WAS TALKING ABOUT.  THAT'S WHERE WE LOOKED

10:17:18 18  AT BRACKISH MARSH THIS MORNING, AND THAT'S IN THE 1950'S, CORRECT?

10:17:22 19  A.  THAT'S CORRECT.  NOW WE'RE LOOKING AT THE CORRECT BASE MAP.

10:17:25 20  Q.  SO SAME ISSUE THAT WE'VE ALREADY TALKED ABOUT RELATES TO

10:17:31 21  VEGETATION OTHER THAN GRASS, DOESN'T IT?

10:17:33 22  A.  THAT'S CORRECT.

10:17:34 23  Q.  IF MRGO DIDN'T BRING THE SALT INTO THE AREA FOR THE PARTICULAR

10:17:38 24  VEGETATION THAT YOU'RE TALKING ABOUT, THEN DAMAGE TO THAT VEGETATION

10:17:43 25  FROM SALT CANNOT BE ATTRIBUTED TO THE MRGO, CORRECT?

10:17:49  1    A.   WOULD YOU REPHRASE YOUR QUESTION, PLEASE?

10:17:50  2    Q.   YES.   IF MRGO DID NOT BRING THE SALT INTO THE AREA AND THAT

10:17:54  3    VEGETATION IS AFFECTED BY SALT, YOU CANNOT ATTRIBUTE THAT EFFECT TO

10:18:00  4    THE MRGO, CAN YOU?

10:18:00  5    A.   I THINK THAT'S CORRECT.

10:18:01  6    Q.   I'VE BEEN ASKED TO POINT OUT TO YOU WHERE THE BREACHING WAS.   WE

10:18:19  7    HAD BREACHING HERE, AND THAT CAUSED THE MAIN FLOODING FOR THAT

10:18:25  8    AREA -- IF WE CAN GET OUR CHART UP.

10:18:34  9          THIS IS WHERE THE MAIN FLOODING OCCURRED IN THIS AREA,

10:18:37 10    RIGHT, DR. BEA (INDICATING)?

10:18:41 11    A.   WOULD YOU --

10:18:42 12    Q.   CAME THROUGH THE BREACHES HERE JUST EAST OF --

10:18:47 13    A.   THAT EAST-WEST TRANSOM SECTION TO THE EAST OF PUMP STATION 15?

10:18:50 14    Q.   YES, SIR.

10:18:51 15    A.   THAT'S THE AREA THAT MELTED.

10:18:54 16    Q.   AND THE MAIN BREACHING DOWN HERE CAME IN FROM JUST SOUTH OF

10:18:59 17    THAT -- WHAT WE SAW EARLIER WAS SALT MARSH ALL THE WAY DOWN TO BAYOU

10:19:03 18    BIENVENUE, CORRECT?

10:19:04 19    A.   AND -- REFRAME YOUR QUESTION.   I WAS LOOKING AT THE GRAPH.

10:19:10 20    Q.   NO PROBLEM.   RIGHT HERE AROUND BAYOU BIENVENUE DOWN TO BAYOU

10:19:15 21    DUPRE WE HAD THE MAIN BREACHING ALONG REACH 2, CORRECT (INDICATING)?

10:19:18 22    A.   THAT'S CORRECT, SIR.

10:19:21 23    Q.   OKAY.   LET'S TALK A BIT ABOUT LATERAL DISPLACEMENT.   AND THAT IS

10:19:31 24    THE TERM OF ART, ISN'T IT?   IT'S LATERAL DISPLACEMENT, IT'S NOT

10:19:36 25    SQUEEZING, RIGHT?

10:19:37  1    A.  OH, IT'S CALLED SQUEEZING AS WELL.

10:19:38  2    Q.  BUT THAT'S NOT THE TERM OF ART IN THE INDUSTRY FOR THE EFFECT

10:19:44  3    THAT IS OCCURRING, IT'S CALLED LATERAL DISPLACEMENT, ISN'T IT?

10:19:48  4    A.  IT'S CALLED BOTH, AS I SAID.

10:19:50  5    Q.  I DON'T RECALL YOU BEING ASKED VERY MUCH ABOUT SHEET PILE DURING

10:19:57  6    YOUR DIRECT EXAMINATION ON FRIDAY, WERE YOU?

10:20:00  7    A.  NO.

10:20:00  8    Q.  ON JANUARY THE 30TH OF THIS YEAR, YOU IDENTIFIED THE AREAS

10:20:13  9    AFFECTED BY LATERAL DEFORMATION, OR SQUEEZING, OR DISPLACEMENT, AS

10:20:14 10    THE AREAS THAT HAD BEEN SHEET PILE REPAIRED DURING THE OPERATION AND

10:20:17 11    MAINTENANCE OF THE MRGO.  THAT'S TRUE, ISN'T IT?

10:20:20 12    A.  THOSE AREAS WERE SOME OF THE AREAS MOST AFFECTED, BUT THERE WERE

10:20:27 13    OTHER AREAS AFFECTED THAT DIDN'T GET SHEET PILE TREATMENT.

10:20:34 14    Q.  I ASKED YOU HOW YOU IDENTIFIED THE AREAS THAT HAD BEEN AFFECTED

10:20:40 15    BY THIS SQUEEZING WHEN I TOOK YOUR DEPOSITION JANUARY THE 30TH THIS

10:20:45 16    YEAR, AND YOU TOLD ME IT WAS THOSE AREAS THAT HAD BEEN SHEET PILE

10:20:50 17    REPAIRED; ISN'T THAT TRUE, SIR?

10:20:51 18    A.  THAT'S CORRECT.

10:20:51 19    Q.  OKAY.

10:20:53 20    A.  BUT NOT RESTRICTED TO THOSE AREAS.  YOU LATER ASKED ME HOW MUCH

10:20:59 21    OF LENGTH BETWEEN BIENVENUE AND DUPRE HAD BEEN AFFECTED, AND I SAID

10:21:07 22    APPROXIMATELY 30 PERCENT.

10:21:08 23    Q.  WE MAY JUST HAVE A MISUNDERSTANDING.

10:21:10 24         LET'S GO TO PAGE -- LET'S GO TO THE JANUARY 30TH

10:21:15 25    DEPOSITION OF DR. BEA, PAGE 82, STARTING WITH LINE 23.

10:21:29 1          AND DO YOU RECALL GIVING THIS DEPOSITION ON JANUARY THE

10:21:32 2     30TH, SIR?

10:21:32 3     A.  YES, SIR.

10:21:33 4     Q.  AND WE ASKED, "AND WHAT SPECIFIC LOCATIONS WERE -- WAS THE

10:21:54 5     SQUEEZING EFFECT OCCURRING THAT HAS SOME EFFECT ON THIS LITIGATION?"

10:21:58 6          YOUR ANSWER WAS, "WE COULD IDENTIFY THEM AS THE AREAS THAT

10:22:01 7     HAD BEEN SHEET PILE REPAIRED DURING THE OPERATION AND MAINTENANCE OF

10:22:04 8     THE MRGO."

10:22:04 9          IS THAT CORRECT, SIR?

10:22:05 10    A.  THAT'S CORRECT.

10:22:10 11    Q.  DO YOU REMEMBER WRITING -- WELL, I'LL COME BACK TO THAT.

10:22:17 12         IT'S ALSO YOUR OPINION THAT THOSE SHEET PILES DID NOT

10:22:20 13    BREACH DURING KATRINA, CORRECT?

10:22:22 14    A.  INCORRECT.

10:22:24 15    Q.  THEY BREACHED ON THE OUTFLOW FROM KATRINA?

10:22:27 16    A.  THANK YOU AND THAT'S CORRECT, SIR.

10:22:28 17    Q.  THEY DIDN'T BREACH DUE TO THE ASSAULT OF KATRINA, THEY BREACHED

10:22:32 18    LETTING THE WATER OUT.

10:22:33 19    A.  YOU'RE A GOOD ENGINEER AND THAT'S RIGHT.

10:22:35 20    Q.  NOW, THESE SHEET PILES DO NOT SHOW UP ON LIDAR, EITHER, DO THEY?

10:22:42 21    A.  THEY SHOW UP BUT IT'S A DIFFICULT SIGNAL TO I'LL CALL IT

10:22:47 22    RECTIFY.

10:22:48 23    Q.  LET'S SAY PHOTOGRAPHIC DEPICTIONS ON LIDAR, YOU'RE NOT LIKELY TO

10:22:53 24    SEE THE SHEET PILES IN THOSE DEPICTIONS, CORRECT?

10:22:54 25    A.  IT DEPENDS ON WHAT KIND OF FILTER IS BEING USED ON THE LIDAR

10:22:59 1    RECORDS.

10:23:00 2    Q.  LET'S LOOK AT PLAINTIFFS' SLIDE 17 FROM LAST FRIDAY, PLEASE.

10:23:13 3         NOW, YOU RECALL TALKING BEFORE ABOUT THIS ON FRIDAY?

10:23:17 4    A.  YES, SIR.

10:23:18 5    Q.  AND THIS LEVEE CREST IS 12 AND A HALF FEET, ISN'T IT?

10:23:23 6    A.  YES.  THAT'S THE SOIL.

10:23:25 7    Q.  YOU DIDN'T MEAN TO LEAVE THE IMPRESSION, THOUGH, THAT THAT CREST

10:23:29 8    WAS A 12-AND-A-HALF-FOOT CREST AND UNPROTECTED BY SHEET PILE, DID

10:23:38 9    YOU?

10:23:38 10   A.  CORRECT.

10:23:38 11   Q.  SO THAT WAS BROUGHT BACK UP BY SHEET PILE, CORRECT?

10:23:38 12   A.  YES, THAT'S CORRECT.

10:23:38 13   Q.  NOW, THAT IS LOCATED IN THIS AREA RIGHT ALONG HERE, CORRECT

10:23:43 14   (INDICATING)?

10:23:44 15   A.  YES.

10:23:46 16   Q.  THIS PHOTOGRAPH AND THIS DEPICTION DO NOT SHOW THE SHEET PILE ON

10:23:49 17   TOP OF THAT?

10:23:50 18   A.  THAT'S CORRECT.  IT'S PROBABLY BEEN FILTERED OUT TO SHOW THE

10:23:54 19   EARTHEN SUPPORT STRUCTURE.

10:23:55 20   Q.  SO JUST A BIT TO HELP US ALL UNDERSTAND THE LIDAR AND HOW IT

10:24:01 21   SHOWS UP.

10:24:05 22   A.  IT'S A VERY IMPORTANT POINT.

10:24:07 23   Q.  I'D LIKE TO TAKE YOU TO JX 0069, PAGE 14.

10:24:50 24         THE COURT:  JUST ONE SECOND, COUNSEL.

10:24:53 25         MR. STONE:  YES, SIR.

10:24:54 1            THE COURT:  LET ME GET SOMETHING CLARIFIED JUST TO MAKE

10:24:57 2   SURE THE COURT UNDERSTANDS THE SHEET PILING ISSUE AND THE TYPE OF

10:25:01 3   SHEET PILE AS OPPOSED TO SAY THE 17TH STREET CANAL, NOT PART OF THIS

10:25:06 4   CASE, SHEET PILE.

10:25:10 5            MAY I ASK THE WITNESS, IS THERE A DIFFERENCE BETWEEN THE

10:25:13 6   TWO?

10:25:13 7            THE WITNESS:  YEAH, IT'S A BIG DIFFERENCE.

10:25:15 8            THE COURT:  AND COULD YOU JUST FOR THE COURT TELL US WHAT

10:25:17 9   THAT DIFFERENCE IS?

10:25:19 10            THE WITNESS:  THE SHEET PILING ARE STICKING ABOVE THE TOP

10:25:24 11   OF THE LEVEE, SOME OF IT EMBEDDED BELOW THE LEVEE TO PROVIDE LATERAL

10:25:32 12   AND VERTICAL SUPPORT FOR THE SHEET PILING.  THEY DON'T PENETRATE

10:25:38 13   DEEP, SO IT'S MAINLY TRYING TO GET YOU PROTECTIVE ELEVATION FOR A

10:25:46 14   LOW SECTION.

10:25:46 15   BY MR. STONE:

10:25:46 16   Q.  I THINK THE IMPORTANT THING ABOUT THIS, DR. BEA, IS THAT THOSE

10:25:49 17   SHEET PILES RAISE THE LEVEL OF PROTECTION FOR THE AREA, RIGHT?

10:25:52 18   A.  CORRECT.

10:25:52 19   Q.  AND THEY DIDN'T FAIL ON THE ASSAULT OF KATRINA, CORRECT?

10:25:55 20   A.  THAT'S CORRECT.

10:25:56 21   Q.  SO THE CORPS OF ENGINEERS HAD ACTUALLY TAKEN AN ACTION

10:26:00 22   AFFIRMATIVELY TO RAISE THOSE AREAS THAT YOU IDENTIFIED AS SQUEEZING

10:26:04 23   AREAS BY PUTTING THE SHEET PILE IN TO INCREASE THE LEVEL OF

10:26:08 24   PROTECTION, CORRECT?

10:26:08 25   A.  YES, THAT'S CORRECT.

—— FINAL DAILY COPY ——

10:26:09 1        THE COURT:  AND THE SHEET PILE AREAS -- THE AREAS WHERE

10:26:12 2  THERE WAS SHEET PILING, THE LEVEES DID NOT BREACH?

10:26:16 3        THE WITNESS:  THE SHEET PILE DID NOT BREACH DURING THE

10:26:24 4  ONSLAUGHT OF THE STORM.  THERE WERE A FEW SHEET PILE INTERLOCKS

10:26:29 5  WHERE THEY JOIN TOGETHER THAT FAILED ON THE SUBSEQUENT BACKFLOWS.

10:26:34 6        THE COURT:  ALL RIGHT.

10:26:34 7  BY MR. STONE:

10:26:36 8  Q.  AND THIS IS FROM DR. BEA'S CAUSATION DECLARATION OF OCTOBER LAST

10:26:40 9  YEAR.  IT'S JX 0069 AT PAGE 14.

10:26:44 10        AND, DR. BEA, IN THIS YOU'VE IDENTIFIED THE SHEET PILE

10:26:48 11  AREAS AS THOSE IN BLUE, CORRECT?

10:26:51 12  A.  THAT'S CORRECT.

10:26:53 13        MR. STONE:  YOUR HONOR, IF YOU CAN RECALL THAT EARLIER OR

10:26:56 14  DR. BEA --

10:26:57 15        THE WITNESS:  WE'RE RIGHT THERE.

10:26:57 16  BY MR. STONE:

10:26:59 17  Q.  THE EARLIER INDENTATION THAT YOU SAW IN THE LIDAR PHOTO IS RIGHT

10:27:05 18  IN THAT AREA, CORRECT (INDICATING)?

10:27:06 19  A.  CORRECT.

10:27:06 20  Q.  THAT SHOWS A COMPLETE AREA OF SHEET PILE IN THERE?

10:27:09 21  A.  CORRECT.

10:27:10 22  Q.  THAT WAS PROTECTED?

10:27:17 23  A.  THAT WAS PARTIALLY PROTECTED.

10:27:18 24  Q.  AND THAT WAS ON THE ONSLAUGHT OF KATRINA.

10:27:18 25  A.  THE SHEET PILES WERE ON THE ORDER OF, FROM THE BEST WE COULD

1292

10:27:23 1    TELL, FIVE FEET ABOVE THE TOP OF THE SUPPORTING SOIL LEVEE.

10:27:29 2    Q.  FIVE FEET.  THAT TAKES IT UP TO 17 AND A HALF.  THAT'S YOUR

10:27:33 3    12-AND-A-HALF-FOOT AREA, DOESN'T IT?

10:27:35 4    A.  THAT'S CORRECT.

10:27:35 5    Q.  THAT'S THE TARGET ELEVATION FOR THIS SYSTEM, RIGHT?

10:27:37 6    A.  THAT'S CORRECT.

10:27:38 7    Q.  AND THIS SYSTEM WAS BUILT TO A TARGET ELEVATION AND TO A

10:27:41 8    SPECIFIC DESIGN WATER LEVEL AND WAS EXPECTED TO HOLD WITHIN THOSE,

10:27:45 9    CORRECT?

10:27:46 10   A.  THAT'S CORRECT.  AND IT DID.

10:27:53 11   Q.  LET'S TALK A LITTLE BIT MORE ABOUT THIS SQUEEZING EFFECT.  LET'S

10:28:07 12   LOOK AT YOUR -- PICTURE OF YOUR TEST SITE.  IT'S YOUR GRAPH.

10:28:11 13   PAGE 12 OF THE SLIDES FROM LAST WEEK.

10:28:21 14            ONE OF THE SIGNIFICANT ISSUES HERE, DR. BEA, IS THAT THE

10:28:24 15   CORPS WAS TRYING TO BUILD A LEVEE SYSTEM TO DEFEND AGAINST

10:28:27 16   SOMETHING, WASN'T IT?

10:28:28 17   A.  YES.

10:28:28 18   Q.  AND THE LAST THREE BIGGEST SURGE LEVELS THAT HAD EVER COME

10:28:36 19   THROUGH THIS AREA HAD COME THROUGH AT A MAXIMUM OF TEN FEET,

10:28:40 20   CORRECT?

10:28:41 21   A.  I THINK THAT THAT'S...

10:28:44 22   Q.  THAT'S BETSY RIGHT THERE AND THERE WERE TWO BEFORE IT

10:28:47 23   (INDICATING).

10:28:47 24   A.  THAT'S CORRECT.

10:28:48 25   Q.  AND THERE WERE TWO BEFORE IT WITH A TEN-FOOT SURGE?

10:28:51 1   A.   CORRECT.

10:28:52 2   Q.   AND I AM NOT GOING TO GO OFF INTO THE SPH AND PMH AND THAT STUFF

10:28:58 3   RIGHT NOW, BUT WE'RE GOING TO STAY WITH SQUEEZING.

10:29:01 4   A.   GOT IT.

10:29:01 5   Q.   BUT LET'S JUST LOOK AT THIS.   THIS IS YOUR TEST SITE.   AND WHILE

10:29:05 6   WE'RE ON IT, LET'S TRY TO DEVELOP A LITTLE BIT OF INFORMATION ABOUT

10:29:08 7   IT.

10:29:08 8         THE TARGET ELEVATION HERE IS 17 AND A HALF FEET FOR THE

10:29:11 9   CREST ELEVATION, CORRECT?

10:29:12 10   A.   CORRECT.

10:29:16 11   Q.   AND ORIGINALLY THERE WAS A LARGE BERM BUILT TO SUPPORT THE

10:29:22 12   LEVEE, CORRECT?

10:29:22 13   A.   CORRECT.

10:29:22 14   Q.   AND THAT'S DIRECTLY IN ACCORDANCE WITH DR. KAUFMAN'S ANALYSIS

10:29:28 15   THAT HE DID IN ATCHAFALAYA TESTING, CORRECT?

10:29:32 16   A.   CORRECT.

10:29:32 17   Q.   AND THEN THEY CAME IN WITH A LEVEE LIFT AND BROUGHT IT UP TO

10:29:38 18   12 FEET.   IT LOOKS LIKE 12 FEET TO ME.

10:29:41 19   A.   CLOSE.

10:29:41 20   Q.   NOW, THAT DOUBLE DIAMOND THERE, THAT DROP, DR. KAUFMAN REPORTS

10:29:47 21   OCCURS ALMOST IMMEDIATELY DURING THE CONSTRUCTION PROCESS, CORRECT?

10:29:50 22   A.   THAT'S CALLED PRIMARY CONSOLIDATION.

10:29:52 23   Q.   SO THAT'S NOT ATTRIBUTABLE TO THE SETTLEMENT THAT YOU'RE TALKING

10:29:56 24   ABOUT, THE THREE TYPES OF SETTLEMENT?

10:29:58 25   A.   THAT IS A PART OF THE THREE AND THAT'S NO. 2.

10:30:03 1    Q.   CONSOLIDATION OF THE SOILS WITHIN THE LEVEE MATERIALS, NOT

10:30:07 2    UNDERGROUND MATERIALS?

10:30:08 3    A.   CORRECT.

10:30:08 4    Q.   AND SQUEEZING IS AN UNDERGROUND PROCESS?

10:30:11 5    A.   THAT'S CORRECT.

10:30:13 6    Q.   SO THIS IS NOT ATTRIBUTABLE TO AN UNDERGROUND PROCESS?

10:30:20 7    A.   THAT'S CORRECT -- WELL, I HAVE TO RE-CORRECT YOU.  THE SOILS

10:30:23 8    WITHIN THE LIFT ARE SETTLING AND DUE TO THE INCREASE IN OVERBURDEN

10:30:29 9    PRESSURES, THE SOILS UNDER THAT LIFT ARE ALSO COMPRESSING.  WATER IS

10:30:37 10   BEING SQUEEZED OUT, THAT'S CONSOLIDATION.

10:30:39 11        SO YOU'RE SEEING THE EFFECT INITIALLY OF RAPID

10:30:42 12   CONSOLIDATION.  IT'S COMING FROM BOTH THE MATERIALS IN THE LIFT AND

10:30:48 13   UNDER THE LIFT.  THAT'LL SLOW DOWN IN THE PRIMARY CONSOLIDATION

10:30:54 14   PHASE UNTIL WE REACH THE SECONDARY CONSOLIDATION COMMONLY CALLED A

10:31:02 15   CREEP PHASE.

10:31:04 16   Q.   LET'S GO TO DX 0003 MOMENTARILY, AND WE'LL COME BACK TO THIS

10:31:18 17   SLIDE.  AND THAT'S PAGE 190.  DX 0003, PAGE 190.  IF WE COULD

10:31:53 18   HIGHLIGHT THAT LAST PARTIAL PARAGRAPH ON THE PAGE.  THIS IS

10:32:02 19   DR. KAUFMAN'S STABILITY OF ATCHAFALAYA LEVEES ARTICLE.

10:32:05 20        YOU'RE FAMILIAR WITH IT, RIGHT, DR. BEA?

10:32:07 21   A.   YES.

10:32:08 22   Q.   YOU SPOKE ABOUT IT LAST FRIDAY.

10:32:09 23        HERE HE SAYS THAT TYPICAL SETTLEMENT OBSERVATIONS ARE

10:32:11 24   SHOWN IN FIGURES 5, 8, AND 9.  THEY INDICATE THAT SOME INSTANTANEOUS

10:32:19 25   CONSOLIDATION OCCURS DURING CONSTRUCTION BUT THAT MOST OF THE

10:32:20  1    SETTLEMENT OCCURS AFTER CONSTRUCTION.

10:32:21  2             THAT'S WHAT HE'S TALKING ABOUT HERE AND THAT'S WHAT THE

10:32:24  3    DOUBLE DIAMOND SHOW, RIGHT?

10:32:25  4    A.   CORRECT.

10:32:26  5    Q.   LET'S GO BACK TO THE PREVIOUS SLIDE.   THAT'S SLIDE 12 FROM

10:32:31  6    PLAINTIFFS' LAST WEEK.

10:32:36  7             SO CONTINUING WITH THIS:   THOSE TWO FEET THERE DON'T COUNT

10:32:40  8    UNTIL YOU'RE 15 AND A HALF FEET.   REALLY WHAT MATTERS IS WHERE THAT

10:32:46  9    LEVEE WAS ON THE DAY OF KATRINA, DOESN'T IT?   THAT'S THE MOST

10:32:50 10    IMPORTANT ANALYSIS THAT YOU HAVE TO GO THROUGH.   WHERE WAS THE LEVEL

10:32:53 11    OF THE CREST OF THAT LEVEE ON THE DAY OF KATRINA, RIGHT, SIR?

10:32:57 12    A.   THAT'S ONLY PART OF THE PICTURE BUT A VERY IMPORTANT PART.

10:33:02 13    Q.   I KNOW YOU WANT TO KNOW HOW IT GOT TO WHATEVER CREST IT IS, BUT

10:33:07 14    WHAT MATTERS TO KATRINA AND THE PEOPLE OF NEW ORLEANS IS WHERE IT

10:33:11 15    WAS ON THE DAY THAT KATRINA ASSAULTED IT.

10:33:14 16    A.   BUT THAT'S ONLY ONE OF A NUMBER OF PARAMETERS THAT ARE IMPORTANT

10:33:19 17    TO THE PERFORMANCE OF THAT SECTION.

10:33:21 18    Q.   OKAY.   THIS IS YOUR TEST SITE?

10:33:24 19    A.   CORRECT.

10:33:24 20    Q.   THAT'S WHAT YOU'RE USING AS AN EVALUATION THAT YOU'RE GOING TO

10:33:27 21    APPLY TO SOME OF THE REST OF THE AREAS OF THE REACH 2 AND OTHER

10:33:32 22    LEVEES, CORRECT?

10:33:33 23    A.   THAT'S CORRECT.

10:33:37 24    Q.   SO AS OF 1971, THIS MATERIAL HAD SETTLED TWO FEET?

10:33:46 25    A.   CORRECT.

10:33:47 1   Q.   THAT'S OVER A PERIOD OF FIVE YEARS.   THE CORPS CAME IN WITH

10:33:53 2   ANOTHER LIFT TO BRING IT UP TO ABOUT 18 FEET IT APPEARS, RIGHT?

10:33:56 3   A.   CORRECT.

10:33:57 4   Q.   THAT'S ABOVE THE TARGET AREA?

10:34:00 5   A.   CORRECT.

10:34:01 6   Q.   AND THIS IS IN GOOD PRACTICE --

10:34:07 7   A.   VERY DEFINITELY.

10:34:08 8   Q.   -- IN THE GEOTECHNICAL COMMUNITY, CORRECT?

10:34:11 9   A.   THERE ARE SLOWLY INCREASING THE LOAD AND THE PURPOSE OF THAT IS

10:34:17 10  TO INCREASE THE SHEER STRENGTH OF THE SOILS THAT HAVE TO SUPPORT

10:34:23 11  THAT LOAD.   ESSENTIALLY IS THEY'RE ATTEMPTING TO STIFFEN UP THE BED

10:34:32 12  BEFORE YOU SIT ON IT.

10:34:32 13  Q.   THAT MATERIAL SETTLED AS WAS EXPECTED?

10:34:37 14  A.   RIGHT.

10:34:41 15  Q.   AND AS OF ABOUT 1980, ANOTHER LIFT CAME IN, CORRECT?

10:34:46 16  A.   THAT'S CORRECT.   BUT BACK TO THAT "AS EXPECTED", THE AMOUNT OF

10:34:53 17  SETTLEMENT HAPPENING WITH THESE LIFTS IS UNUSUALLY HIGH COMPARED TO

10:35:02 18  THE OTHER AREAS WHERE WE HAVE SIMILAR INFORMATION.

10:35:06 19  Q.   AND THAT'S ANTICIPATED AND THAT WAS ANTICIPATED BY DR. KAUFMAN

10:35:11 20  BACK IN 1967, WASN'T IT?

10:35:13 21  A.   I THINK YOU'RE TALKING ABOUT CONSOLIDATION SETTLEMENT, AND WHAT

10:35:20 22  YOU ARE INFERRING HERE IS THERE'S NONE OF THE LATERAL CREEP

10:35:23 23  HAPPENING.   THAT IS NOT A CORRECT CONCLUSION.

10:35:26 24  Q.   ALL RIGHT.   HAVE YOU CONCLUDED -- WELL, LET'S GO AHEAD WITH IT.

10:35:34 25  WE CAN LOOK AT THIS.   YOU HAVE ANOTHER SETTLEMENT HERE,

10:35:37 1   CONSOLIDATION, AND THEN ANOTHER LIFT COMES IN UP TO 20 AND A HALF

10:35:42 2   FEET?

10:35:42 3   A.   CORRECT.

10:35:43 4   Q.   LET'S LOOK AT THE PROCESS SINCE 1992.  NOW, 1992 TO 2005, THAT'S

10:35:50 5   A 13-YEAR PERIOD, ISN'T IT, SIR?

10:35:55 6   A.   SHE'S SETTLING.

10:35:55 7   Q.   AND IT SETTLED A FOOT AND A HALF DURING THAT PERIOD OF TIME,

10:35:59 8   RIGHT?

10:35:59 9   A.   SURE.  THE SOILS HAVE STIFFENED.

10:36:01 10  Q.   SO YOUR SQUEEZING THAT YOU ATTRIBUTE TO THIS SETTLEMENT, YOU

10:36:07 11  ATTRIBUTE A PORTION OF THE SETTLEMENT TO SQUEEZING AND --

10:36:10 12  A.   THAT'S CORRECT.

10:36:10 13  Q.   -- THAT'S TWENTY-FIVE PERCENT?

10:36:12 14  A.   THAT'S CORRECT.

10:36:12 15  Q.   AND 25 PERCENT OF A FOOT AND A HALF IS -- I'LL GIVE IT TO YOU --

10:36:18 16  FOUR AND A HALF INCHES.

10:36:19 17  A.   THERE YOU GO.

10:36:20 18  Q.   SO OVER 13 YEARS, THIS LEVEE -- IF YOU ARE CORRECT ABOUT

10:36:25 19  SQUEEZING -- HAS SETTLED ABOUT FOUR AND A HALF INCHES OVER 13 YEARS?

10:36:30 20  A.   THAT'S CORRECT.

10:36:31 21  Q.   IT WOULD HAVE TAKEN ABOUT 30-YEARS TO SETTLE A FOOT?

10:36:34 22  A.   THAT'S CORRECT.  BUT YOU'RE INFERRING THAT THERE'S BEEN NO

10:36:39 23  LATERAL SQUEEZING BEFORE THAT TIME.  THAT'S NOT A CORRECT

10:36:44 24  CONCLUSION.

10:36:45 25  Q.   WELL, IT ONLY MATTERS WHAT'S HAPPENING AT THE TIME OF KATRINA

10:36:49 1   NOW, DOESN'T IT?  WE MAY HAVE LOST 70 FEET OF CREST OVER THE YEARS,

10:36:54 2   BUT IF DURING THE LAST 13-YEARS THERE'S ONLY BEEN FOUR AND A HALF

10:37:00 3   INCHES OF SETTLEMENT CAUSED BY THE -- BY WHAT YOU'RE ATTRIBUTING THE

10:37:12 4   SETTLEMENT TO, THEN CAN YOU FAULT THE CORPS ON NOT HAVING CONSIDERED

10:37:14 5   FOUR AND A HALF INCHES OF LOSS OF LEVEE OUT THERE?

10:37:18 6   A.  I DON'T FAULT ANYONE.  I AM NOT A JUDGE.

10:37:21 7           BUT WHAT WE ARE TRYING TO UNDERSTAND IS HOW LATERAL

10:37:26 8   SQUEEZING AFFECTS THESE SITES DURING THEIR ENTIRE CAREER.  IT'S NOT

10:37:33 9   THE LAST STEP THAT A FORENSIC ENGINEER FOCUSES ON.  THE FORENSIC

10:37:41 10  ENGINEER HAS TO LOOK AT THE ENTIRE LIFECYCLE PERFORMANCE OF A

10:37:47 11  SYSTEM.  YOU CAN'T UNDERSTAND HOW YOU GOT THERE UNTIL YOU UNDERSTAND

10:37:52 12  HOW YOU GOT THERE.

10:37:53 13  Q.  NOW, ARE YOU FAMILIAR WITH THE CHALMETTE AREA GEOTECHNICAL

10:38:16 14  INVESTIGATION?

10:38:17 15  A.  OF WHAT DATE?

10:38:19 16  Q.  OF THE 2001.

10:38:21 17  A.  YES.  MR. SMITH REVIEWED THAT INVESTIGATION WITH ME IN THE

10:38:36 18  DEPOSITION HE HAD WITH ME.

10:38:39 19  Q.  AND YOU HAVE TESTIFIED IN DEPOSITION THAT THE PURPOSE OF THAT

10:38:45 20  PLAN WAS TO GIVE THE ENGINEER ADDITIONAL PARAMETERS WITH WHICH TO

10:38:48 21  EVALUATE THE DESIGN OF THE HEIGHTENED LEVEE, CORRECT, SIR?

10:38:51 22  A.  THAT'S CORRECT.

10:38:51 23  Q.  THE PLAN ITSELF CONTAINS A STABILITY ANALYSIS, DOESN'T IT?

10:39:00 24  A.  THAT'S CORRECT.  AND A SETTLEMENT ANALYSIS.

10:39:04 25  Q.  OKAY.  MY NEXT QUESTION, THANK YOU VERY MUCH, SIR.  THAT SECTION

10:39:10 1   DESCRIBES SETTLEMENT AND HAS GRAPHS DEMONSTRATING A STUDY OF SOIL

10:39:13 2   STRESSES ALL THE WAY DOWN TO 60 FEET, CORRECT?

10:39:16 3   A.  CORRECT.

10:39:16 4   Q.  THIS IS 19 -- SORRY.  THIS IS A 2001 DOCUMENT.

10:39:20 5         THIS IS A CORPS ANALYSIS FOR REACH 2, CORRECT?

10:39:25 6   A.  THAT'S CORRECT.

10:39:26 7   Q.  AND IN THAT ANALYSIS, THE CORPS DETERMINED THAT IT WOULD LIFT

10:39:29 8   THESE LEVEES BACK TO 20 AND A HALF FEET, CORRECT -- I'M SORRY,

10:39:34 9   20 FEET?

10:39:34 10  A.  I THINK THAT'S CORRECT.

10:39:35 11        THE COURT:  WHAT DOCUMENT NUMBER IS THAT, SIR?

10:39:38 12        MR. STONE:  I'M SORRY.  THAT'S --

10:39:45 13        THE COURT:  EXHIBIT NUMBER, I SHOULD SAY.

10:39:47 14        MR. STONE:  I HAVE IT HERE FOR YOU, YOUR HONOR.  I'M

10:40:00 15  SORRY, YOUR HONOR.  JX 0117.

10:40:04 16        THE COURT:  THANK YOU.

10:40:05 17        MR. STONE:  I WOULDN'T KNOW TO WHAT TO DO WITHOUT GUYS

10:40:08 18  LIKE MR. BAEZA.

10:40:11 19        THE COURT:  HELPS TO HAVE A TEAM.

10:40:14 20        MR. STONE:  THAT'S JX 017.

10:40:22 21        THE COURT:  17 OR 117?

10:40:23 22        MR. STONE:  I'M SORRY, 117.  IT'S CALLED THE CHALMETTE

10:40:30 23  AREA GEOTECH PLAN.

10:40:33 24        MR. STEVENS:  EXCUSE ME, CAN YOU CONFIRM THE NUMBER 17 OR

10:40:37 25  117?

─ FINAL DAILY COPY ─

10:40:38 1          MR. STONE:  117.

10:40:39 2          MR. STEVENS:  117, THANK YOU.

10:40:39 3

10:40:39 4          BY MR. STONE:

10:40:42 5   Q.  NOW, YOU SAW THE ARTICLE BY DR. KAUFMAN, YOU READ THAT ARTICLE

10:40:48 6   AND YOU ALSO REALIZED THAT KAUFMAN WAS THE CHIEF OF THE GEOLOGY

10:40:57 7   SOILS AND MATERIALS BRANCH OF THE DEPARTMENT OF ARMY IN 1967,

10:41:01 8   CORRECT?

10:41:01 9   A.  THAT'S CORRECT.

10:41:02 10  Q.  AND --

10:41:06 11  A.  HE WAS ONE OF THE LEADERS.

10:41:06 12  Q.  RIGHT.  AND THIS ARTICLE HAS STOOD THE TEST OF TIME, HASN'T IT?

10:41:15 13  A.  I CAN'T HEAR YOU.

10:41:15 14  Q.  THAT ARTICLE HAS STOOD THE TEST OF TIME.  IT'S STILL CITED TODAY

10:41:15 15  FOR THE BUILDING OF THESE WIDE STABILITY BERMS AND LEVEES ON THE

10:41:18 16  BERMS, CORRECT?

10:41:19 17  A.  THAT'S CORRECT.

10:41:19 18  Q.  NOW, KAUFMAN, AS HEAD OF GEOLOGY -- AS CHIEF OF GEOLOGY, ALSO

10:41:25 19  WAS INSTRUMENTAL IN THE BUILDING OF THE MRGO LEVEES, CORRECT, IN THE

10:41:29 20  '60'S?

10:41:31 21  A.  I DO NOT KNOW THAT HE WAS INSTRUMENTAL BECAUSE I NEVER SAW HIS

10:41:39 22  NAME SHOW UP IN THE TRAIL OF DESIGN DOCUMENTS.

10:41:44 23  Q.  YOU DO NOT KNOW WHETHER HE WAS OR NOT?

10:41:46 24  A.  THAT'S CORRECT.

10:41:55 25  Q.  BUT YOU DO KNOW THAT AT THAT TIME, 1967, THE CORPS HAD MORE THAN

─ FINAL DAILY COPY ─

10:41:59 1    25 YEARS IN THIS AREA OF ANALYZING THE GEOLOGY OF THIS AREA,

10:42:04 2    CORRECT?

10:42:05 3    A.   THEY WERE WORLD LEADERS.

10:42:08 4    Q.   AND ACTUALLY, A LITTLE BIT MORE ABOUT ATCHAFALAYA, THAT WAS A

10:42:14 5    TEST THAT OCCURRED ALONG THE GIWW, WASN'T IT?

10:42:18 6    A.   LET'S SEE.  I HAVE TO GET A GEOGRAPHY LESSON.  IT'S

10:42:28 7    APPROXIMATELY TEN MILES TO THE WEST OF LAKE VERRET IN THE

10:42:35 8    ATCHAFALAYA BASIN.

10:42:37 9    Q.   AND THEY WERE STUDYING LEVEES THAT WERE BEING BUILT ALONG THE

10:42:44 10   BANKS OF THE GIWW, CORRECT?

10:42:46 11   A.   THAT'S CORRECT.

10:42:47 12   Q.   NOW, I THINK YOU'VE TESTIFIED IN YOUR DEPOSITION THAT THE

10:42:51 13   POSSIBILITY OF SOIL SETTLEMENT BY ANY MEANS IS A DESIGN ISSUE; IS

10:42:58 14   THAT CORRECT, SIR?

10:42:59 15   A.   WELL, IT DEPENDS ON HOW THE SOIL SETTLEMENT IS BEING CAUSED.

10:43:16 16   Q.   MY QUESTION MAY BE MORE BASIC THAN THAT.  IF YOU'RE DESIGNING A

10:43:25 17   LEVEE --

10:43:25 18   A.   RIGHT.

10:43:25 19   Q.   -- THE POSSIBILITY OF SOIL SETTLEMENT FROM ANY MEANS IS A PART

10:43:29 20   OF THE ANALYSIS, ISN'T IT?

10:43:30 21   A.   NOT NECESSARILY.

10:43:34 22   Q.   YOU CAN IGNORE ISSUES RELATED TO SOIL SETTLEMENT AND STILL BE

10:43:42 23   ABLE TO DESIGN THE LEVEE?

10:43:43 24   A.   NO.  WHAT I'M SAYING IS YOU COULD DESIGN A LEVEE FOR A CERTAIN

10:43:50 25   LOCATION, DO EVALUATIONS OF SETTLEMENT AND HOW TO MANAGE IT THROUGH

10:43:59  1   THE END OF THE CONSTRUCTION PROCESS.  AT THAT POINT, SOMEONE DIGS A

10:44:06  2   CHANNEL NEXT TO YOU AND THE LEVEE BEGINS TO SETTLE INTO THE CHANNEL,

10:44:13  3   THE DESIGN HAS TO BE REDONE BECAUSE OF THE ADDITIONAL EFFECT OF A

10:44:21  4   NEARBY EXCAVATION.

10:44:22  5   Q.  OKAY.  AND IN 2001, THE CORPS DID THAT REDESIGN ANALYSIS, DIDN'T

10:44:28  6   IT?

10:44:28  7   A.  AND THEY PREDICTED APPROXIMATELY 25 PERCENT ADDITIONAL

10:44:34  8   SETTLEMENT DUE TO LATERAL SQUEEZING.

10:44:37  9   Q.  AND WHEN IS THAT REDESIGN SCHEDULED TO BE COMPLETED, 2017,

10:44:47 10   CORRECT?

10:44:47 11   A.  THAT'S CORRECT.

10:44:48 12   Q.  AND THE CORPS HAS ASKED FOR MONEY FROM CONGRESS, CORRECT?

10:44:51 13   A.  THAT'S CORRECT.

10:44:52 14   Q.  AND SO IT DOESN'T HAVE THE MONEY TO COMPLETE THE PROJECT YET, IS

10:44:56 15   THAT FAIR TO SAY?

10:44:57 16   A.  I DON'T KNOW.

10:45:04 17   Q.  BUT YOU DID KNOW AS OF THE TIME OF ILIT REPORT, CORRECT, SIR?

10:45:04 18   A.  I COULDN'T HEAR THE REPORT.  YOU SPOKE THE WORD TOO QUICKLY.

10:45:05 19   Q.  YOU DID KNOW AT THE TIME OF THE ILIT REPORT THAT THEY DIDN'T

10:45:09 20   HAVE THE MONEY TO COMPLETE THE PROJECT?

10:45:11 21   A.  THAT'S WHAT THEY SAID.

10:45:22 22   Q.  YOU TOLD US IN THE DEPOSITION 20 PERCENT OF THE LEVEES WERE

10:45:28 23   SUBJECTED TO THIS SQUEEZING EFFECT THAT YOU TALKED ABOUT?

10:45:30 24   A.  I THOUGHT IT WAS 30.

10:45:32 25   Q.  ACTUALLY I CAN TAKE YOU TO THAT, I BELIEVE, IF YOU WOULD LIKE

10:45:37  1   FOR ME TO.  ACTUALLY I THOUGHT I HAD THAT HERE.  I'LL COME BACK AND

10:46:08  2   I'LL PROVIDE THAT FOR YOU --

10:46:10  3   A.  THANK YOU.

10:46:12  4   Q.  -- DR. BEA, BUT LET'S SAY FOR RIGHT NOW YOU SAID 30.  IT'S

10:46:16  5   ACTUALLY MORE LIKE 14 PERCENT OF THE LEVEES THAT ARE COVERED BY THE

10:46:20  6   SHEET PILE, CORRECT?

10:46:22  7   A.  THAT'S CORRECT, BUT AS I SAID EARLIER --

10:46:27  8           THE COURT:  LET ME MAKE SURE I UNDERSTAND THIS BECAUSE --

10:46:32  9   OKAY.  ARE WE TALKING ABOUT THE LEVEES ALONG -- LET'S BREAK THIS

10:46:36 10   DOWN SO IT'S CLEAR.

10:46:37 11           ARE WE TALKING ABOUT THE LEVEES ALONG REACH 2?

10:46:40 12           MR. STONE:  YES, SIR.

10:46:40 13           THE WITNESS:  YES.

10:46:43 14           MR. STONE:  REACH 2.

10:46:43 15           THE COURT:  AND THERE'S AN ASSUMPTION YOU MAY BE CHANGING

10:46:45 16   THAT DR. BEA TESTIFIED THAT 30 PERCENT OF THE LEVEES OR LEVEE ALONG

10:46:52 17   REACH 2 WAS SUBJECT TO THIS LATERAL DISPLACEMENT EFFECT?

10:46:58 18           MR. STONE:  RIGHT.  IT'S PAGES --

10:46:59 19           THE COURT:  AND YOU ASKED A QUESTION -- GO AHEAD.

10:47:02 20           MR. STONE:  PAGE 733 AND 734 OF HIS REPORT.  IT'S NOT

10:47:06 21   REALLY CRUCIAL HERE THAT HE SAID 20 OR 30, I JUST WANT TO GIVE HIM

10:47:10 22   HIS NUMBERS.

10:47:11 23           THE COURT:  RIGHT.  OKAY.

10:47:12 24           AND THEN YOU WENT TO 14 PERCENT WHERE THERE WAS SHEET

10:47:15 25   PILING.  THAT'S WHERE THE COURT -- LET'S MAKE SURE WE DO OUR

10:47:18 1    PERCENTAGES CORRECTLY.  IS IT 14 PERCENT OF THE UNIVERSE, 14 PERCENT

10:47:20 2    OF THOSE THAT WERE LATERALLY DISPLACED?  I NEED TO UNDERSTAND THAT A

10:47:25 3    LITTLE BIT.

10:47:26 4           MR. STONE:  AND I THINK DR. BEA AND I WILL BOTH AGREE THAT

10:47:28 5    WE WANT TO GIVE YOU FACTS.

10:47:28 6           THE COURT:  YES.

10:47:29 7           MR. STONE:  THAT'S WHAT WE'RE LOOKING AT HERE.

10:47:31 8           THE COURT:  YES, THAT'S WHAT I NEED.

10:47:35 9    BY MR. STONE:

10:47:35 10   Q.  YOU SAY AT THIS POINT -- I CAN SHOW IT TO YOU IF YOU LIKE,

10:47:39 11   DR. BEA, BUT IT SAYS, "MY RECOLLECTION IS SOMETHING ON THE ORDER OF

10:47:42 12   20 PERCENT, 15 PERCENT."

10:47:43 13   A.  OKAY.  THANK YOU.

10:47:45 14   Q.  THAT'S NOT SUPER IMPORTANT HERE.  BUT THEN YOU THOUGHT YOU SAID

10:47:49 15   30 PERCENT.  BUT FRIDAY YOU SAID 50 PERCENT, RIGHT?

10:47:52 16   A.  THAT'S CORRECT.  WE CONTINUED TO WORK SINCE JANUARY AS I SAID IN

10:47:59 17   MY LAST DEPOSITION WITH YOU.

10:48:01 18   Q.  BUT NOW THAT'S AN EXPANSION OF THE NUMBER OF AREAS THAT YOU

10:48:05 19   CLAIM ARE SUBJECT TO THIS SQUEEZING EFFECT?

10:48:08 20   A.  AND THAT'S CORRECT.

10:48:18 21   Q.  SO ORIGINALLY YOU ONLY TALKED ABOUT 14 -- LET'S DO THE MATH.

10:48:18 22          THERE ARE 64,000 FEET OF STATIONS ALONG REACH 2.

10:48:22 23   A.  CORRECT.

10:48:23 24   Q.  AND YOU'VE GIVEN US A TABLE IN YOUR TECHNICAL REPORT THAT

10:48:27 25   SHOWS --

1305

10:48:27 1                 THE COURT:  DESCRIBE THAT.  64,000 FEET OF STATIONS, OKAY.

10:48:35 2                 MR. STONE:  BETWEEN BAYOU BIENVENUE AND DOWN TO DUPRE,

10:48:38 3      64,000 FEET.

10:48:39 4                 THE COURT:  ABOUT 12 MILES OR SO, APPROXIMATELY?

10:48:42 5                 MR. STONE:  YES, SIR.  I DIDN'T DO THAT MATH.  I ONLY

10:48:44 6      DID --

10:48:44 7                 THE COURT:  I AM DOING IT ROUGHLY, 12, 13 MILES, SOMETHING

10:48:47 8      LIKE THAT.

10:48:47 9                 THE WITNESS:  YES, SIR.

10:48:48 10                THE COURT:  SO WE HAVE 13 MILES AND THERE ARE STATIONS

10:48:52 11     ALONG THE WAY --

10:48:53 12                MR. STONE:  YES, SIR.

10:48:54 13                THE COURT:  -- WITHIN THAT, I'LL CALL IT JUST ROUGHLY

10:48:57 14     13 MILES.

10:48:58 15                MR. STONE:  LIKE THE DRAWING THAT WAS UP ON THE BOARD

10:49:00 16     WAS -- AM I RIGHT, DR. BEA, THAT WAS STATION 497 PLUS 00, RIGHT?

10:49:05 17                THE WITNESS:  THAT'S CORRECT.

10:49:06 18                THE COURT:  OKAY.

10:49:07 19     BY MR. STONE:

10:49:08 20     Q.  THE WAY WE DID THE MATH IS WE LOOKED AT YOUR TABLE THAT SHOWED

10:49:13 21     WHERE ALL THESE STATIONS WERE THAT HAD SHEET PILE.  YOU DIDN'T HAVE

10:49:16 22     A TOTAL IN THERE BUT WILL YOU TRUST ME TO TELL YOU THAT'S

10:49:20 23     8,740 FEET?

10:49:21 24     A.  OF COURSE.

10:49:21 25     Q.  DIVIDED BY 12 -- 64,000 GIVES YOU 14 PERCENT.

10:49:26 1    A.  I TRUST YOU IT'S RIGHT.

10:49:29 2              THE COURT:  SO ABOUT A MILE AND A HALF --

10:49:29 3              MR. STONE:  1.66, YOUR HONOR.

10:49:31 4              THE COURT:  -- OF THE 13 MILES -- SO THE COURT CAN

10:49:33 5    VISUALIZE THIS -- SHEET PILING INVOLVEMENT.

10:49:39 6              MR. STONE:  RIGHT.  THAT'S THE SAME 1.66 MILES THAT WE

10:49:43 7    UNDERSTOOD WHEN WE TALKED TO DR. BEA WAS AT ISSUE ON THE SQUEEZING

10:49:47 8    EFFECT.  THAT'S WHAT WE UNDERSTOOD.

10:49:50 9              THE COURT:  SO IT'S THE GOVERNMENT'S UNDERSTANDING AT THE

10:49:52 10   DEPOSITION THAT THE SQUEEZING EFFECT WAS LIMITED TO THE 1.66 MILES

10:49:56 11   THAT HAD SHEET PILE?

10:49:58 12             MR. STONE:  RIGHT.

10:49:59 13   BY MR. STONE:

10:49:59 14   Q.  BUT ON FRIDAY, YOU TOLD THE COURT IT'S 50 PERCENT OF THE AREA

10:50:02 15   OUT THERE THAT'S SUBJECT TO THE SQUEEZING EFFECT.

10:50:05 16             NOW, REMEMBER THE DRAWING WE HAD UP HERE?  THAT'S TYPICAL,

10:50:09 17   RIGHT?

10:50:10 18   A.  WELL, THAT DRAWING IS NOT THE LATEST DRAWING EVALUATION OF

10:50:17 19   PERFORMANCE ALONG REACH 2.  WE DID THE EVALUATION IN TWO PHASES.

10:50:25 20   THE FIRST PHASE WAS IN MY EXPERT REPORT OF JULY 2008.  THE SECOND

10:50:35 21   ONE IS IN MY EXPERT REPORT OF JANUARY 2009.

10:50:45 22   Q.  LET'S BRING THAT SLIDE NO. 12 BACK UP FROM LAST FRIDAY.

10:50:56 23             I BELIEVE FRIDAY YOU TOLD THE COURT THAT THAT WAS TYPICAL,

10:50:59 24   IT'S A TYPICAL SITE ALONG THERE.

10:51:02 25   A.  IT IS AND THAT'S THE REASON WE CHOSE IT.

10:51:03  1    Q.  THAT'S TYPICAL FOR EVERYTHING.  TYPICAL FOR YOUR SQUEEZING, TOO,

10:51:07  2    BECAUSE THAT'S WHAT YOU USED IT FOR.

10:51:09  3    A.  THAT'S NOT CORRECT BECAUSE TO UNDERSTAND THE SQUEEZING, WE HAD

10:51:14  4    TO LOOK AT AREAS THAT HAD PERFORMED DIFFERENTLY.  SO WE LOOKED AT

10:51:23  5    AREAS THAT WERE VERY CLOSE TO THE CHANNEL OF MRGO AND THOSE THAT

10:51:27  6    WERE MUCH MORE DISTANT FROM THE CHANNEL TO UNDERSTAND THE EFFECT OR

10:51:33  7    THE PROXIMITY OF THE CHANNEL TO THE SQUEEZING BY CONTRIBUTION OF

10:51:38  8    LOSS OF PROTECTIVE ELEVATION.  YOU CAN'T LOOK AT ONE PARAMETER AND

10:51:42  9    DRAW A CONCLUSION.

10:51:44 10    Q.  DID YOU DO A COMPARISON OF TIME PERIODS TO DETERMINE HOW MUCH

10:51:48 11    THE SQUEEZING EFFECT WAS WITH MRGO AND HOW MUCH IT WAS WITHOUT

10:51:52 12    MR. MRGO?

10:51:53 13    A.  YES, WE DID.

10:51:54 14    Q.  YOU DID?

10:51:54 15    A.  YES.

10:51:55 16    Q.  AND DID YOU CONCLUDE THAT BETWEEN 1980 AND 1985 IT'S THE SAME?

10:51:58 17    A.  THE CONTRIBUTION?

10:52:01 18    Q.  YES, SIR.

10:52:02 19    A.  IT CHANGES DEPENDING ON THE TIME PERIOD, THE LIFT AND THE

10:52:09 20    PROXIMITY OF THE CHANNEL TO THE TOE OF THE LEVEE.

10:52:14 21    Q.  I AM ASKING YOU ABOUT THE TIME PERIOD 1980 TO '85.

10:52:21 22    A.  AT THIS LOCATION?

10:52:22 23    Q.  WHEREVER YOU ELECTED TO LOOK AT IT.

10:52:25 24          DID THE SETTLEMENT WITH MRGO AND THE SETTLEMENT WITHOUT

10:52:29 25    MRGO SEEM TO YOU TO BE EQUAL DURING THE PERIOD 1980 TO 1985 WHEREVER

10:52:35 1   YOU DID YOUR ANALYSIS?

10:52:37 2   A.  I WOULD HAVE TO CONSULT MY DOCUMENTATION.  IS THAT WHAT YOU

10:52:45 3   WOULD LIKE ME TO DO?

10:52:47 4   Q.  NO, NOT RIGHT NOW, DR. BEA.

10:52:50 5           1985 TO 1992 DID YOU FIND THE SETTLEMENT TO BE

10:52:54 6   APPROXIMATELY THE SAME?

10:52:58 7   A.  I CAN'T COMMENT FOR THE REASON I STATED PREVIOUSLY.

10:53:01 8   Q.  OKAY.  YOU DO NOT RECALL?

10:53:03 9   A.  I DO NOT RECALL.  TOO MANY PAGES OF WORK.

10:53:07 10  Q.  SO YOU CAN'T TESTIFY HERE TODAY WHAT THE INCREMENTAL DIFFERENCE

10:53:13 11  IS DURING THE PERIOD 1980 TO 2005 FROM THE SETTLEMENT OF THE MRGO --

10:53:23 12  ATTRIBUTABLE TO THE MRGO AS OPPOSED TO SETTLEMENT WITHOUT THE MRGO?

10:53:26 13          MR. STEVENS:  OBJECTION, YOUR HONOR, THE WITNESS SAID HE

10:53:29 14  COULD ANSWER IT, HE JUST NEEDED A MINUTE TO FIND HIS REPORT.

10:53:32 15          THE COURT:  HE CAN'T TESTIFY HERE TODAY WITHOUT REFERRING

10:53:35 16  TO HIS INFORMATION.  WE ALL UNDERSTAND.

10:53:37 17          MR. STEVENS:  I WOULD ASK HE BE AFFORDED A MOMENT TO

10:53:40 18  REVIEW THE INFORMATION.

10:53:42 19          THE COURT:  IF YOU FEEL IT'S CRITICAL, YOU CAN ASK IT ON

10:53:45 20  REDIRECT.

10:53:46 21          I HAVE SOME QUESTIONS, AND THESE ARE GOING TO BE REAL

10:53:49 22  SIMPLE QUESTIONS BECAUSE THEY'RE COMING FROM A MORE SIMPLISTIC VIEW

10:53:54 23  OF THE CASE.

10:53:55 24          DR. BEA, IN THAT -- WELL, IF YOU REMEMBER.  WITHIN THE

10:54:00 25  I'LL CALL IT 12-MILE AREA -- AND I UNDERSTAND IT'S -- WHATEVER -- IN

10:54:05 1    THAT 12-MILE AREA, OBVIOUSLY THE CREST OF THE LEVEE VARIED IN HEIGHT

10:54:11 2    FROM ONE POINT TO ANOTHER.

10:54:13 3              THE WITNESS:  EXACTLY.

10:54:15 4              THE COURT:  DO YOU RECALL WHAT THE LOWEST POINT WAS?  NOT

10:54:19 5    PRECISELY.

10:54:21 6              THE WITNESS:  TWELVE FEET.

10:54:22 7              THE COURT:  AND WERE THERE SHEET PILES AT THAT 12-FOOT

10:54:26 8    LEVEL?

10:54:27 9              THE WITNESS:  YES.  THE SHEET PILES WERE A FIRST WAY TO

10:54:34 10   IDENTIFY WHERE THE CORPS HAD THEMSELVES IDENTIFIED UNUSUAL

10:54:35 11   SETTLEMENT.  THEY DIDN'T WANT TO REMOBILIZE ALL OF THE EQUIPMENT TO

10:54:40 12   DRAG IN SOIL.  IN THINKING THAT SOMETHING UNUSUAL WAS EXACERBATING

10:54:47 13   THE SETTLEMENT, PILING MORE DIRT WOULD ONLY MAKE IT WORSE.  SO AT

10:54:52 14   THAT POINT THEY CHOSE TO DRIVE SHEET PILING.

10:54:55 15             THE COURT:  AND WITH THE SHEET PILING, IT WAS STILL -- THE

10:55:00 16   HEIGHT AT THE TIME OF KATRINA WAS STILL 12 FEET?

10:55:04 17             THE WITNESS:  CORRECT -- WELL, NO, THE HEIGHT OF THE SOIL

10:55:06 18   WAS 12 FEET BUT THEY EXTENDED IT ANOTHER 5 FEET WITH THE TOPS OF THE

10:55:10 19   SHEETS.

10:55:11 20             THE COURT:  THAT'S WHAT I NEEDED TO UNDERSTAND.

10:55:13 21             AND AT ANY OF THOSE POINTS, WAS -- OR AT ALL OF THOSE

10:55:18 22   POINTS, IF THERE WAS A FAILURE, WAS THE MECHANISM OF FAILURE AS YOU

10:55:23 23   DESCRIBED WHEN I ASKED ABOUT SHEET PILINGS EARLIER?  IS THAT

10:55:26 24   CORRECT?

10:55:27 25             THE WITNESS:  AS LONG AS YOU DON'T COUNT OVERTOPPING AS A

10:55:30 1    MECHANISM OF FAILURE.

10:55:33 2              THE COURT:  ALL RIGHT.  I UNDERSTAND.

10:55:35 3              AND WERE THERE AREAS -- WHAT WAS THE -- WHAT WAS THE

10:55:40 4    LOWEST PART OF THE LEVEE ALONG THAT AREA WITHOUT -- THAT DID NOT

10:55:49 5    HAVE SHEET PILE?

10:55:50 6              THE WITNESS:  I WOULD HAVE TO CONSULT MY FIGURES, BUT

10:55:58 7    DR. MOSHER, EBERSOLE HAVE DOCUMENTED THAT FOR US IN THEIR EXPERT

10:56:07 8    REPORTS.

10:56:09 9              THE COURT:  OKAY.

10:56:11 10             THE WITNESS:  EARLY OVERTOPPING AND A BREACHING AT THE

10:56:16 11   EDGES, FOR EXAMPLE, OF THE SHEET PILE AREAS HAPPENED IN THE LOWEST

10:56:22 12   AREAS.

10:56:22 13             THE COURT:  MY QUESTION MAY BE A NAIVE ONE AND ONE THAT

10:56:25 14   I'M SURE COUNSEL FOR THE GOVERNMENT WILL FOLLOW-UP ON, BUT WHY WAS

10:56:30 15   MRGO A MECHANISM OF FAILURE FOR THE AREAS THAT WERE -- WHERE THE

10:56:37 16   LEVEE WAS LOW BUT IT HAD SHEET PILE PROTECTING UP TO THE DESIGNED

10:56:43 17   DEPTH, APPROXIMATELY?  WHY WAS THE MRGO A MECHANISM OF FAILURE AT

10:56:47 18   THOSE AREAS -- CONTRIBUTING TO THE MECHANISMS, EXCUSE ME,

10:56:51 19   CONTRIBUTING?

10:56:54 20             THE WITNESS:  IT DEPENDS ON WHERE YOU ARE ALONG THOSE

10:56:59 21   LENGTHS.  IF THOSE AREAS ARE LOW RELATIVE TO THE EGRESS OF THE

10:57:08 22   SYSTEM, THEN THAT'S THE FIRST PLACE THAT AS RISING WAVES AND WATER

10:57:13 23   ARE APPROACHING AT MORNING, THAT'S THE FIRST PLACE WHERE YOU BEGIN

10:57:18 24   TO GET OVERTOPPING AND EDGE EROSION AND BREACHING.

10:57:23 25             IN ESSENCE, WHERE THE WATER WILL FOCUS IS NOT ON THE TOPS

10:57:28  1    OF THE STEEL SHEET PILING BUT AT THE EDGES WHERE THE SHEET PILE MEET

10:57:34  2    THE EARTH LEVEE.  THIS IS THE ILLUSTRATION I AM REFERRING TO.

10:57:41  3            MR. STONE:  I'M GOING TO SHOW YOU A RORSCHACH TEST NOW,

10:57:44  4    YOUR HONOR.  YOU MAY NOT BE ABLE TO UNDERSTAND THIS ANY MORE THAN I

10:57:48  5    DO.

10:57:48  6            THE COURT:  I'M SURE THAT'S PROBABLY TRUE.

10:57:50  7    BY MR. STONE:

10:57:57  8    Q.  DR. BEA, CAN YOU TELL THE COURT WHAT THIS IS?

10:57:58  9    A.  THIS IS A PLOT OF ELEVATION.  WE WERE NEVER ABLE TO TELL FOR

10:57:59 10    SURE WHAT REFERENCE DATUM WAS BEING USED TO SHOW THAT ELEVATION.

10:58:06 11    AND AS THIS COURT HAS LEARNED, THERE ARE DIFFERENT BASELINE

10:58:09 12    REFERENCES FOR THE ELEVATION BUT WE, ON TRACKING, CONCLUDED IT

10:58:16 13    LIKELY WAS NAVD88.

10:58:23 14            ALONG THE HORIZONTAL SCALE, WE'RE LOOKING AT A DISTANCE

10:58:27 15    ALONG THE LEVEE CREST.  INITIALLY WE THOUGHT THIS MUST BE ON THE

10:58:34 16    MRGO SIDE LOOKING AT THE LEVEE, BUT IT'S ACTUALLY LOOKING FROM THE

10:58:41 17    PROTECTED SIDE SO THAT AT THE LEFT IS WHERE WE ARE AT WITH -- OR

10:58:48 18    CLOSE TO BAYOU BIENVENUE.

10:58:52 19            AS YOU MOVE DOWN THE LEVEE LOOKING OUT TOWARD LAKE BORGNE

10:58:58 20    IN BLUE, YOU'RE SEEING THE LIDAR-BASED LEVEE CREST ELEVATIONS

10:59:05 21    IDENTIFIED ON PRE-KATRINA IN BLUE AND POST-KATRINA IN RED.  AT THE

10:59:15 22    BOTTOM OF THE ILLUSTRATION CARTOONED ARE THE SECTIONS IN WHICH SHEET

10:59:22 23    PILING HAD BEEN INSTALLED.  WE CHECKED THE LOCATIONS WITH THE

10:59:28 24    EXCEPTION OF THE DARK SHEET PILING SHOWN DOWN THERE TO THE LEFT OF

10:59:33 25    NO. 6, BUT WE COULDN'T FIND A SHEET PILE THERE.  THE REST APPEARS TO

10:59:39  1    BE ACCURATE.

10:59:41  2              THE COURT:  COUNSEL, COULD YOU AGAIN FOR THE RECORD GIVE

10:59:44  3    ME THE EXHIBIT NUMBER FOR IT?

10:59:47  4              MR. STONE:  THAT IS JOINT EXHIBIT 0207, YOUR HONOR, AND

10:59:50  5    IT'S DR. BEA'S JANUARY 29, 2009, DECLARATION.  HE RELIES ON IT IN

10:59:57  6    THERE BUT IT'S CREATED BY DR. RESIO.

11:00:03  7              THE COURT:  YES.

11:00:03  8              COUNSEL, AT THIS TIME -- IT'S ABOUT 11.  I AM GOING TO GO

11:00:06  9    AHEAD AND TAKE ABOUT A TEN-MINUTE RECESS AND WE'LL CONTINUE ON.  ALL

11:00:11 10    RIGHT.

11:00:13 11        (WHEREUPON, A RECESS WAS TAKEN.)

11:01:03 12        (OPEN COURT.)

11:20:30 13              THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

11:20:35 14              MR. STONE:  YOUR HONOR, BEFORE WE BROKE, DR. BEA SAID HE

11:20:40 15    THOUGHT THIS WAS NAVD88, YOU'VE HEARD THAT TERM BEFORE.

11:20:40 16              THE COURT:  YES.

11:20:43 17              MR. STONE:  MR. MORRIS GAVE YOU NAVD88-2004.65, AND THAT'S

11:20:48 18    I THINK WHAT DR. BEA AND EVERYBODY IS TRYING TO MAINTAIN IS A

11:20:52 19    CONSTANT DATUM IN THIS CASE.

11:20:54 20              THE COURT:  OKAY.  THANK YOU.

11:20:59 21              MR. STONE:  YOUR HONOR, DO YOU HAVE ENOUGH INFORMATION ON

11:21:01 22    THIS LIDAR GRAPH BEFORE WE MOVE ON?

11:21:05 23              THE COURT:  YES.  THANK YOU FOR ASKING, COUNSEL.

11:21:08 24              MR. STONE:  YOU'RE WELCOME.

11:21:11 25    BY MR. STONE:

11:21:11  1    Q.  DR. BEA, THIS IS SLIDE NO. 10 FROM PLAINTIFFS' SLIDE LAST WEEK.

11:21:24  2    WE TALKED ABOUT THIS SQUEEZING EFFECT AND WHAT IT MEANS.  DO YOU

11:21:29  3    REMEMBER SHOWING THE COURT THAT LEVEE OUTLINE LAST FRIDAY?

11:21:33  4    A.  YES.

11:21:35  5            MR. STEVENS:  EXCUSE ME FOR ONE SECOND, YOUR HONOR, IT'S

11:21:38  6    PX 98.6.

11:21:40  7            THE COURT:  98.6.

11:21:43  8            MR. STEVENS:  I'M SORRY 98.3, I HAD MY GLASSES OFF.

11:21:58  9    SORRY.

11:21:58 10    BY MR. STONE:

11:21:58 11    Q.  I'D LIKE TO COMPARE THAT, JUST FOR A MOMENT, TO MR. MORRIS' --

11:22:04 12    DR. MORRIS -- MR. MORRIS' FIGURE 7-1 AND THAT'S IN EXHIBIT JX 0191.

11:22:18 13    EXHIBIT JX 0191 AT FIGURE 7-1 ON PAGE 18.  AND JUST BRING THAT UP BY

11:22:27 14    ITSELF.

11:22:32 15            I AM PUTTING THIS ONE UP BECAUSE IT HAS A TABLE IN IT TO

11:22:36 16    SHOW WHAT THOSE YELLOW AND GREEN AND RED LINES, I THINK DR. BEA MAY

11:22:39 17    HAVE TOLD YOU WHAT THEY WERE LAST WEEK.  HERE YOU HAVE A DEPICTION

11:22:46 18    FROM MR. MORRIS THAT GIVES YOU AN EXCELLENT EXAMPLE OF WHERE ALL OF

11:22:50 19    THESE DIFFERENT LEVEE HEIGHTS OCCUR.  AND YOU'VE GOT YELLOW MEANS

11:22:59 20    TWO FEET LOW AND GREEN MEANS LESS THAN ONE FEET LOW AND THEN THE RED

11:23:10 21    MEANS MORE THAN TWO FEET LOW, YOUR HONOR.

11:23:13 22            SO AS YOU'RE LOOKING AT THAT YOU CAN SEE THAT THOSE ALONG

11:23:17 23    THE MRGO, ALL ALONG THE MRGO HERE ARE NOT REMARKABLY DIFFERENT FROM

11:23:27 24    THOSE TO THE WEST -- I SHOULD BE ASKING THE WITNESS.

11:23:31 25            DR. BEA, IS IT FAIR TO SAY, DR. BEA, THAT THESE LEVEE

11:23:37 1  HEIGHTS ALONG THE MRGO ARE NOT APPRECIABLY DIFFERENT THAN THOSE

11:23:43 2  LEVEE HEIGHTS DOWN TO THE SOUTH, EAST AND WEST BETWEEN VERRET AND

11:23:49 3  CAERNARVON?

11:23:50 4  A.  WHEN YOU SAY NOT APPRECIABLY DIFFERENT, ARE YOU REFERRING SOLELY

11:23:56 5  TO THE ELEVATIONS?

11:23:58 6  Q.  YES, SIR.  IT'S LIKE YOU'VE GOT SOME THAT ARE GREATER THAN TWO

11:24:03 7  FEET DOWN, YOU HAVE SOME THAT ARE LESS THAN ONE FEET, ONE FOOT DOWN,

11:24:09 8  SOME THAT ARE LESS BETWEEN ONE AND THREE FEET?

11:24:11 9  A.  YES.

11:24:12 10  Q.  THE SAME KIND.  BUT DOWN HERE IN THE LOWER AREA YOU CAN'T

11:24:25 11  EXPLAIN THAT BY SQUEEZING INTO THE MRGO, CAN YOU?

11:24:25 12  A.  IN FACT IT'S NOT DUE TO SQUEEZING INTO THE MRGO, IT'S DUE TO

11:24:27 13  CONSOLIDATION OF THE UNDERLYING INTERDISTRIBUTARY CLAYS AND MARSH

11:24:34 14  MATERIALS.  WE'VE STUDIED THAT.

11:24:38 15  Q.  YOU'VE DONE A SCENARIO 2C THAT'S WHAT YOU'VE ALL ALONG CALLED

11:24:43 16  YOUR MRGO NEUTRAL, CORRECT, SIR?

11:24:47 17  A.  YES, SIR.

11:24:47 18  Q.  AND IN THAT YOU HAVE NOW TAKEN INTO ACCOUNT THIS SQUEEZING

11:24:54 19  EFFECT, CORRECT?

11:24:59 20  A.  THAT'S --

11:24:59 21  Q.  I AM NOT SAYING YOU HAVEN'T BEFORE OR ANYTHING, I AM JUST SAYING

11:25:03 22  THAT YOU HAVE TAKEN IT INTO ACCOUNT?

11:25:05 23  A.  AND WE TOOK IT INTO ACCOUNT BY RE-ESTABLISHING THE EARTHEN FLOOD

11:25:10 24  PROTECTION STRUCTURES TO THEIR DESIGN ELEVATIONS.

11:25:15 25  Q.  SO IF AN ELEVATION WAS AT 16 FEET, YOU RAISED IT TO 17 AND A

11:25:20  1    HALF FEET?

11:25:21  2    A.   THAT'S CORRECT.

11:25:21  3    Q.   SO YOU RAISED IT FOR 100 PERCENT OF THE SETTLEMENT THEN,

11:25:25  4    CORRECT?

11:25:26  5    A.   PLEASE REPEAT YOUR QUESTION.

11:25:30  6    Q.   THE AMOUNT THAT YOU RAISED THE LEVEE IN AN AREA THAT WAS AT

11:25:36  7    16 FEET, RAISING IT TO 17 AND A HALF FEET, YOU RAISED IT FOR THE

11:25:42  8    FULL AMOUNT THAT THAT LEVEE SETTLED, CORRECTLY?

11:25:45  9    A.   NO.   FOR EXAMPLE, IN ONE SECTION WHERE WE RAISED IT TO THE

11:25:55 10    DESIGN ELEVATION, THE TOTAL SETTLEMENT SINCE THE TIME THAT THE

11:26:00 11    CONSTRUCTION STARTED AMOUNTED TO 20 FEET.   SO IT WAS PILED UP,

11:26:07 12    SETTLED DOWN, PILED UP AGAIN, SETTLED DOWN UNTIL IT ARRIVED AT THAT

11:26:12 13    FINAL ELEVATION AND THEN WE INCREMENTED IT UP.   SO A LOT MORE

11:26:20 14    SETTLEMENT THAN THAT ONE LAST FEET, FOR EXAMPLE, HAPPENED.

11:26:24 15    Q.   BUT FOR THIS ANALYSIS THAT YOU'VE DONE HERE ABOUT THE HURRICANE

11:26:28 16    KATRINA CIRCUMSTANCES, WHAT YOU DID WAS YOU LOOKED AT THE CREST

11:26:31 17    ELEVATIONS ON THE DAY OF KATRINA, CORRECT?

11:26:33 18    A.   THAT'S SCENARIO 1, KATRINA AS WELL.

11:26:39 19    Q.   AND THEN THAT TOLD YOU WHAT THE LEVEE CREST ELEVATIONS WERE ON

11:26:44 20    AUGUST 29, 2005, CORRECT?

11:26:45 21    A.   CORRECT.

11:26:45 22    Q.   AND SO THEN TO DEVELOP YOUR MRGO NEUTRAL YOU RAISED, SAY, FOR

11:26:53 23    EXAMPLE, A 16-FOOT LEVEE LIKE YOUR TEST SITE TO 17 AND A HALF FEET?

11:26:57 24    A.   YES, SIR, YOU HAVE IT RIGHT.

11:26:58 25    Q.   SO YOU DIDN'T TAKE 25 PERCENT OF THE SETTLEMENT THAT HAD

11:27:04 1    OCCURRED AND JUST RAISE IT THAT MUCH TO ACCOUNT FOR THE -- WHAT YOU

11:27:08 2    CONCLUDE IS THE INPUT FROM MRGO, CORRECT?  YOU USED THE FULL

11:27:15 3    100 PERCENT?

11:27:17 4    A.  I THINK THAT'S NOT CORRECT.

11:27:25 5    Q.  I AM GOING TO HAVE TO ASK YOU TO EXPLAIN THAT, BECAUSE IT SEEMS

11:27:29 6    TO ME IF YOU HAVE A CREST ELEVATION OF 16 FEET AT THE TIME OF

11:27:33 7    KATRINA, AND THEN FOR A NEUTRAL CONDITION YOU RAISE IT ALL THE WAY

11:27:39 8    TO THE FULL 17 AND A HALF FEET, YOU'VE RAISED IT FOR 100 PERCENT OF

11:27:46 9    THE SETTLEMENT BACK TO THE TARGET ELEVATION, CORRECT?

11:27:46 10   A.  I'VE RAISED IT BACK TO THE TARGET ELEVATION, THAT'S CORRECT.

11:27:50 11   BUT THE LATERAL SQUEEZING IS DEVELOPING THROUGHOUT THE LIFE CYCLE.

11:27:57 12          BEFORE WE TOOK THE BREAK YOU ASKED ME HOW MUCH LATERAL

11:28:01 13   SQUEEZING OCCURRED DURING THE 1980 TO 2005 PERIOD; I CONSULTED MY

11:28:11 14   CALCULATIONS, APPROXIMATELY 25 PERCENT OCCURRED DURING THAT TIME

11:28:17 15   PERIOD.  HOWEVER, THE TIME PERIOD PRECEDING THE 1980'S IT WAS

11:28:25 16   50 PERCENT.  SO THE LATERAL SQUEEZING IS HAPPENING EARLY IN THE LIFE

11:28:31 17   OF THE CONSTRUCTION OF THE SYSTEM.

11:28:33 18   Q.  AND YOU CAN SEE THAT THOSE REVERBERATIONS, LET'S CALL THEM, HAVE

11:28:41 19   BEEN DAMPENED OUT?

11:28:42 20   A.  YES.

11:28:42 21   Q.  AS OF THE 1980'S TO THE 1990'S AND UP TO 2005?

11:28:46 22   A.  AND THAT'S WHAT IT SHOWS.

11:28:47 23   Q.  AND SO THAT'S WHY WHEN WE GET TO 1992 TO THE PERIOD UP TO 2005

11:28:53 24   YOU ONLY SEE FOUR AND A HALF INCHES OF THE SQUEEZING?

11:28:56 25   A.  WELL, AT THE SITE THAT WE STUDIED WAS FOUR FEET.

11:29:01 1    Q.  I AM TALKING ABOUT YOUR 25 PERCENT OF SETTLEMENT FOR THE PERIOD

11:29:08 2    1992 THROUGH 2005 -- I CAN PUT THE PICTURE BACK UP IF YOU WANT --

11:29:13 3    BUT THAT WAS ONE AND A HALF FEET, FOUR AND A HALF INCHES OF THAT WAS

11:29:17 4    ATTRIBUTABLE TO SQUEEZING IN YOUR OPINION, CORRECT, SIR?

11:29:22 5    A.  THAT'S CORRECT.

11:29:25 6            THE COURT:  DO YOU WANT TO GO BACK TO YOUR QUESTION?  AS I

11:29:28 7    UNDERSTAND IT, I MEAN, JUST WITHOUT BEING IN RAW NUMBERS, THIS

11:29:39 8    EXHIBIT AND THE HEIGHTS INVOLVED TAKE INTO CONSIDERATION ALL

11:29:44 9    SUBSIDENCE AND/OR SETTLEMENT, INCLUDING THROUGHOUT THE HISTORY OF

11:29:5010    THE PROJECT THE SUBSIDENCE AND/OR SETTLEMENT RELATING TO THIS

11:30:0211    LATERAL DISPLACEMENT PHENOMENON.

11:30:0612            THE WITNESS:  CORRECT.

11:30:0713            THE COURT:  THANK YOU.

11:30:0714    BY MR. STONE:

11:30:0815    Q.  WILL SO LET'S GO BACK A STEP FURTHER THAN THAT.  AND THAT IS IF

11:30:1216    YOU RAISE THE LEVEE FROM 16 TO 17 AND A HALF FEET, YOU RAISED IT ONE

11:30:1617    AND A HALF FEET, CORRECT?

11:30:1718    A.  UH-HUH.

11:30:1819    Q.  YOU DIDN'T JUST RAISE IT FOUR AND A HALF INCHES?

11:30:2120    A.  NO.

11:30:2121    Q.  SO TO GO TO MRGO NEUTRAL AND CREATE A SCENARIO THAT'S CALLED

11:30:2722    MRGO NEUTRAL, YOU ACTUALLY HELD AGAINST MRGO THAT OTHER THREE

11:30:3523    QUARTERS OF A FOOT AND A HALF, CORRECT, SIR?

11:30:3724    A.  NO.  ALL WE WERE DOING WAS SAYING IN ORDER TO PROPERLY MITIGATE

11:30:4425    THE FLOOD PROTECTION STRUCTURE THAT YOU NEEDED TO RE-ESTABLISH ITS

1318

| | |
|---|---|
| 11:30:50 | 1 | DESIGN ELEVATION. AND WE WEREN'T ATTEMPTING TO PROPORTION THAT |

11:30:50  1    DESIGN ELEVATION.  AND WE WEREN'T ATTEMPTING TO PROPORTION THAT

11:30:56  2    RE-ESTABLISHMENT TO ANY CAUSE BUT RATHER TO THE ACCUMULATION OF

11:31:01  3    CAUSES AND THE APPROPRIATE COMPENSATION FOR THOSE CAUSES.

11:31:11  4    Q.  SO LET ME SEE IF I UNDERSTAND WHAT THAT MEANS.  THAT MEANS THAT

11:31:13  5    YOU ACTUALLY CORRECTED THE LEVEE ITSELF?

11:31:21  6    A.  CORRECT.

11:31:21  7    Q.  AND YOU CORRECTED THE LEVEE FOR NORMAL LEVEE SETTLEMENT

11:31:21  8    CONDITIONS AND ALSO FOR CONDITIONS THAT YOU ATTRIBUTED TO THE MRGO,

11:31:24  9    CORRECT?

11:31:24 10    A.  THAT'S CORRECT.

11:31:24 11    Q.  AND YOU HAD TO DO THAT TO MAKE IT MRGO NEUTRAL, RIGHT?

11:31:28 12    A.  THAT'S CORRECT.

11:31:28 13    Q.  AND, IN FACT, TO MAKE YOUR MRGO NEUTRAL SCENARIO YOU ALSO HAD TO

11:31:34 14    IMPROVE THE GRASS, CORRECT?

11:31:36 15    A.  THE GRASS AND THE FORESHORE VEGETATION.

11:31:41 16    Q.  WELL, LET'S TALK ABOUT THE FORESHORE VEGETATION FOR A SECOND.

11:31:48 17    LET'S TAKE A LOOK AT DX 045, YOUR DECLARATION 1 OF JULY 11TH, 2008.

11:31:56 18    IT'S PAGE 86.  DID I SAY DX 0451?

11:32:08 19           LET ME ASK YOU IF I UNDERSTAND THIS DRAWING.  YOU'RE

11:32:19 20    SHOWING LAKE BORGNE HERE ON THE LEFT?

11:32:21 21    A.  CORRECT.

11:32:21 22    Q.  AND EARLIER TODAY WE SAW THE BRACKISH MARSH, CORRECT?

11:32:24 23    A.  CORRECT.

11:32:25 24    Q.  AND WE SAW THE FULL TRIANGLE FILLED WITH BRACKISH MARSH?

11:32:29 25    A.  CORRECT.

11:32:29  1  Q.  SO YOU'RE TAKING WATER FROM LAKE BORGNE TO THE BRACKISH MARSH

11:32:33  2  AND THEN YOU'RE COMING ACROSS THE MRGO AND THEN YOU'RE ADDING

11:32:37  3  VEGETATION IN THAT AREA?

11:32:39  4  A.  FOR THE NEUTRAL CASE, FOR THE SCENARIO 1 KATRINA AS WAS WE PUT

11:32:47  5  THE VEGETATION THAT WAS THERE.

11:32:53  6  Q.  OKAY.  SO THAT ACTUALLY MEANS THAT YOU ARE ADDING -- LET ME ASK

11:33:01  7  IT THIS WAY.  THE QUESTION WAS WRONG.

11:33:06  8          YOU'RE PUTTING DENSE VEGETATION RATHER THAN BRACKISH MARSH

11:33:10  9  VEGETATION, CORRECT?

11:33:14 10  A.  ON THE AREA SHOWN HERE IN GREEN, SEE THAT'S NOT MARSH MATERIAL,

11:33:24 11  THAT'S THE BERM MATERIAL THAT'S PUT IN FRONT OF THE EBSB OR LEVEE.

11:33:35 12  Q.  AND THAT'S DENSE VEGETATION, CORRECT?

11:33:36 13  A.  WE USE BOTH LIGHT AND DENSE.

11:33:38 14  Q.  YOU DID TWO DIFFERENT ANALYSES, BUT YOU PUT THIS VEGETATION IN

11:33:44 15  EVEN THOUGH BACK IN THE 50'S THAT AREA WOULD HAVE BEEN BRACKISH

11:33:47 16  MARSH, CORRECT?

11:33:48 17  A.  WELL, BACK IN THE 50'S THERE WASN'T HIGH GROUND FOR THAT

11:33:53 18  VEGETATION TO ESTABLISH ITSELF ON.

11:33:57 19  Q.  SO BECAUSE THE CORPS BUILT THE LEVEE THERE IT MADE GROUND

11:34:02 20  AVAILABLE TO HAVE VEGETATION ON?

11:34:03 21  A.  THAT'S CORRECT.

11:34:10 22  Q.  NOW, WHILE WE'RE TALKING ABOUT THAT, THE PURPOSE OF ADDING

11:34:12 23  VEGETATION THERE IN YOUR MRGO NEUTRAL SITUATION IS TO KNOCK THE

11:34:17 24  WAVES DOWN IN SCENARIO 2C, ISN'T IT?

11:34:21 25  A.  NO, I DIDN'T WORK THE PROBLEM THAT WAY.  WE ASKED WHAT WOULD THE

11:34:26 1   ENVIRONMENT BE IF YOU HAD WHAT HAD BEEN CONSTRUCTED, AND IT WAS

11:34:33 2   ABSENT SALINITY EFFECTS TO NOT FOSTER THE DEVELOPMENT OF THAT

11:34:40 3   NATURAL PROTECTED FEATURE.

11:34:42 4   Q.   I DON'T MEAN TO ATTRIBUTE ANYTHING TO YOU DIDN'T SAY ON THAT.

11:34:51 5   SO THE WAY YOU DID IT WAS YOU REALIZED THAT YOU THOUGHT YOU OUGHT TO

11:34:53 6   HAVE TO PUT THE VEGETATION IN AND THEN YOU DETERMINED WHAT THE

11:34:56 7   AFFECT WOULD BE OF THAT VEGETATION; IS THAT CORRECT?

11:34:59 8   A.   THE WAY WE STRUCTURED IT WAS WE DIDN'T "PUT IT IN" AS I SAID ON

11:35:08 9   FRIDAY.   WE PRESENTED THAT GOD/NATURE WOULD TAKE CARE OF THIS

11:35:13 10  NATURALLY, SO WE DIDN'T CONSTRUCT THE VEGETATION BUT RATHER RELIED

11:35:18 11  ON OUR VEGETATION EXPERTS TO TELL US WHAT SHOULD HAVE BEEN THERE

11:35:23 12  GIVEN THE HIGH GROUND AND THE ABSENCE OF NEGATIVE SALINITY AFFECTS.

11:35:33 13  Q.   SO WHAT EFFECT DOES THAT VEGETATION THAT YOU'VE PLACED IN THIS

11:35:42 14  SCENARIO 2C HAVE ON WAVES AS THEY APPROACH THE FACE OF THE LEVEE?

11:35:46 15  A.   IT DECREASES THE INTENSITY, ENERGY, AMPLITUDE OF WAVES.

11:35:53 16  Q.   BY 50 PERCENT, CORRECT, SIR?

11:35:56 17  A.   BY MORE THAN 50.   WE USED 50 AS A CONSERVATIVE LIKE VEGETATION

11:36:02 18  CHARACTERISTIC.   THE EXPECTED VALUE IS IN THE RANGE OF TEN PERCENT

11:36:08 19  TO 35 PERCENT, WE USED 50 PERCENT BY THE EFFECT OF FRONTING

11:36:16 20  VEGETATION HAS BEEN DEMONSTRATED WORLDWIDE TO BE AN EXTREMELY

11:36:22 21  EFFECTIVE DESTRUCTION OF WAVE ACTION.

11:36:25 22  Q.   SO YOU PUT THE VEGETATION IN AND THE EFFECT OF THAT VEGETATION

11:36:36 23  IS TO REDUCE THE WAVES POTENTIALLY MORE THAN 50 PERCENT BUT YOU USED

11:36:42 24  50 PERCENT AS YOUR NUMBER.   AND THAT MEANS THAT IN SCENARIO TWO WITH

11:36:47 25  LOWER WAVES YOU WOULD BE LESS LIKELY TO HAVE BREACHING OCCUR?

11:36:53  1    A.   THAT'S CORRECT.  ALSO FOR SCENARIO THREE.

11:36:59  2    Q.   I DON'T HAVE AN ANALYSIS FROM YOU ON SCENARIO 3, DO I, SIR?

11:37:01  3    A.   ACTUALLY, YOU DO.

11:37:03  4    Q.   OKAY.  TELL ME WHEN I GOT IT AND WHERE IT IS, I WOULD APPRECIATE

11:37:07  5    THAT?

11:37:08  6    A.   JULY THE 15TH, 2008, TECHNICAL REPORT 1 -- PARDON ME.

11:37:16  7    DECLARATION ONE AND TECHNICAL REPORT 1.

11:37:31  8    Q.   CAN YOU GIVE ME A PAGE NUMBER FOR THAT, DR. BEA?

11:37:34  9    A.   ARE YOU ASKING ME TO REMEMBER THE PAGE NUMBERS NOW?

11:37:38 10    Q.   YOU SAID DECLARATION NO. 1 OF JULY 14, 2008?

11:37:47 11    A.   YES, SIR.

11:37:48 12    Q.   IT'S ACTUALLY JULY 11TH WITHIN THAT, RIGHT, SIR?

11:37:51 13    A.   YES, SIR.

11:38:24 14          THE COURT:  WHERE ARE WE, COUNSEL?  ARE WE LOOKING FOR

11:38:27 15    SOMETHING?  HE SAID THAT HE FOUND IT, THAT YOU WANT TO ASK HIM WHERE

11:38:31 16    IT IS IN THERE?

11:38:32 17          MR. STONE:  I CAN MOVE ON, YOUR HONOR.  BUT I DON'T WANT

11:38:33 18    TO SHORT CHANGE THE WITNESS IF HE WANTS TO TALK ABOUT A COMPARISON

11:38:37 19    BETWEEN 1 AND 3 THAT HE'S GIVEN US SOMETIMES IN THE PAST, I WOULD BE

11:38:41 20    HAPPY TO HAVE HIM ADDRESS IT.

11:38:43 21          THE COURT:  IT WAS APPARENTLY NOT IN A TABLE.  BUT ANYWAY,

11:38:49 22    MAYBE IT WAS, I DON'T KNOW.

11:38:53 23          MR. STONE:  I JUST DON'T WANT TO SHORT CHANGE HIM.  I AM

11:38:57 24    READY TO MOVE ON.

11:38:57 25          THE COURT:  ALL RIGHT.  GO AHEAD, MOVE ON, COUNSEL.

11:39:02 1                    COUNSEL, CAN I ASK YOU A QUESTION?

11:39:04 2                    MR. STONE:  YES, SIR.

11:39:05 3                    THE COURT:  YOU MAY BE COMING BACK TO THE LATERAL

11:39:07 4     DISPLACEMENT ISSUE, ARE YOU MOVING ON TO OTHER ISSUES?  I HAVE A

11:39:15 5     COUPLE OF QUESTIONS ON THAT ISSUE.

11:39:20 6                    MR. STONE:  IF YOU ASK YOUR QUESTIONS, YOUR HONOR, I MIGHT

11:39:25 7     SHORTEN MY CROSS.

11:39:26 8                    THE COURT:  IT PROBABLY WOULDN'T.  I WISH THEY WOULD.

11:39:29 9                    IT'S MY UNDERSTANDING THAT THE CROWN OF THE LEVEE AT THE

11:39:32 10    POINT WE WERE LOOKING AT IT, AT THE EXEMPLAR POINT WAS 12 FEET.  THE

11:39:37 11    DIAGRAM WHERE IT WAS THE LOWER AREA WHERE IT WAS, THE CROWN OF THE

11:39:43 12    LEVEE WAS APPROXIMATELY 12 FEET.

11:39:45 13                   THE WITNESS:  YES.

11:39:46 14                   THE COURT:  AND THEN THE SHEET PILING WAS AN ADDITIONAL

11:39:48 15    FIVE FEET APPROXIMATELY MAKING, RENDERING THE LEVEE APPROXIMATELY 17

11:39:54 16    AND A HALF IN HEIGHT.  WOULD THEY CALL THE SHEET PILING PART OF THE

11:39:59 17    LEVEE?

11:40:00 18                   THE WITNESS:  THAT'S CORRECT.  BUT IT DOES NOT AGREE WITH

11:40:05 19    THE SURVEY INFORMATION SHOWN FROM CHAD MORRIS.

11:40:08 20                   THE COURT:  AND TELL ME ABOUT THAT.

11:40:10 21                   THE WITNESS:  WELL, THE SURVEY INFORMATION IN THAT AREA

11:40:15 22    SHOWS THE STRUCTURES ARE MORE THAN TWO FEET BELOW DESIGN ELEVATION.

11:40:21 23                   THE COURT:  OKAY.  SO DOES THAT MEAN RATHER THAN 17 IT

11:40:24 24    WOULD BE 15 WITH THE SHEET PILING?

11:40:26 25                   THE WITNESS:  THAT'S CORRECT.

11:40:30 1          THE COURT:  OKAY.  AND JUST TO CLEAR IT UP -- BECAUSE AS

11:40:36 2   YOU SAY WE DIDN'T TALK ABOUT SHEET PILING YESTERDAY -- YESTERDAY,

11:40:41 3   FRIDAY OR -- DOES THE SHEET PILING IN ANY WAY CONTRIBUTE TO THE

11:40:48 4   MECHANISM OF FAILURE OR IS IT SIMPLY THERE AS TO GIVE ADDITIONAL

11:40:52 5   HEIGHT?

11:40:55 6          THE WITNESS:  THE LATTER.

11:40:56 7          THE COURT:  OKAY.  AND THE SIGNIFICANCE OF SHOWING THAT

11:40:58 8   POINT IS THAT WITH THE SHEET PILING IT'S STILL TWO FEET LOWER?

11:41:04 9          THE WITNESS:  CORRECT.

11:41:04 10         THE COURT:  ALL RIGHT.  THAT'S WHAT THE COURT HAD MISSED.

11:41:07 11  THANK YOU.

11:41:08 12         MR. STONE:  DX 0003, BACK TO THE ATCHAFALAYA ARTICLE.

11:41:17 13         THE COURT:  THANK YOU.

11:41:24 14  BY MR. STONE:

11:41:25 15  Q.  I BELIEVE THAT IN YOUR DEPOSITION YOU TESTIFIED THAT YOU DIDN'T

11:41:29 16  OBSERVE ANY TILTING OF THE LEVEES THAT CAUSES ANY KIND OF SQUEEZING

11:41:37 17  EFFECT, CORRECT, SIR?

11:41:39 18  A.  THAT'S CORRECT BECAUSE THE LEVEES ARE VERY DEFORMABLE AND IT

11:41:46 19  WOULD BE VERY DIFFICULT TO DETECT TILTING IF IT HAPPENED, IT'S NOT A

11:41:53 20  RIGID STRUCTURE.

11:41:54 21  Q.  NOR DID YOU SEE ANY OTHER DEFORMITY OF THE LEVEE THAT WAS

11:41:57 22  ATTRIBUTABLE TOTAL SQUEEZING EFFECT, CORRECT?

11:42:00 23  A.  WELL, YOU CAN'T QUITE GET AT IT THAT WAY.  IF WE ENCOUNTERED AN

11:42:06 24  AREA THAT WAS UNUSUALLY LOW, THEN THE QUESTION SHIFTED TO WHY WAS

11:42:18 25  THAT AREA LOW WHEN OTHER AREAS REMOVED FROM CHANNEL WERE HIGH.  SO

11:42:20 1    IT WAS BEING DONE BY A CONTRASTING THE PERFORMANCE OF THE SYSTEM

11:42:26 2    STRUCTURES AS YOU WENT DOWN THE LENGTH OF REACH 2.

11:42:34 3    Q.  BUT IN THE DEPOSITION YOU INFORMED US THAT YOU WEREN'T ABLE TO

11:42:37 4    ATTRIBUTE ANY KIND OF DEFORMITY TO THE LEVEE TO THE SQUEEZING

11:42:42 5    EFFECT, CORRECT?

11:42:42 6    A.  AND YOU'RE REFERRING TO WHAT DATE?

11:42:45 7    Q.  I DON'T REMEMBER, BUT IT WAS EITHER JANUARY 30TH OR

11:42:50 8    FEBRUARY 27TH.

11:42:50 9    A.  YES, THAT WOULD BE CORRECT AT THAT TIME PERIOD.

11:42:53 10   Q.  YOU SPOKE A LITTLE BIT THIS MORNING AT THE BEGINNING OF THE

11:43:22 11   TRIAL ABOUT THE FUNNEL EFFECT.  DO YOU RECALL THAT, SIR?

11:43:23 12   A.  YES.

11:43:23 13   Q.  I'M ACTUALLY LOOKING HERE FOR THE SLIDE FROM LAST WEEK WHERE YOU

11:43:40 14   SHOWED A PICTURE OF THE FUNNEL EFFECT.  SOMEHOW I MISPLACED IT.

11:43:57 15   A.  THAT'S PX 83, PAGE NINE.  MR. STONE, IT'S PX 83, PAGE NINE.

11:44:14 16   Q.  THANK YOU DR. BEA.

11:44:31 17        THE FUNNEL EFFECT THAT YOU DESCRIBED IN THIS LITIGATION IS

11:44:34 18   CAUSED BY THE FLOODWALLS OF THE REACH 2 AND THE GIWW HURRICANE

11:44:38 19   PROTECTION SYSTEM, CORRECT, SIR?

11:44:39 20   A.  INCORRECT.

11:44:40 21   Q.  I THOUGHT YOU TOLD US THAT IN YOUR DEPOSITION OF JANUARY 30TH,

11:44:48 22   2009?

11:44:48 23   A.  THE FUNNEL HAS SEVERAL COMPONENTS BUT THE WALLS OF THE FUNNEL

11:44:58 24   ARE ALREADY BOARDING STRUCTURES.  THERE'S WATER CONVEYANCE THAT'S

11:45:02 25   REPRESENTED IN THE MRGO CHANNEL AND THE GULF INTRACOASTAL WATERWAY,

11:45:12 1    AS WELL AS WATER CONVEYANCE REPRESENTING IT BY LAKE BORGNE.  SO IT'S

11:45:18 2    AN ASSEMBLY OF COMPONENTS.

11:45:21 3    Q.  LET'S LOOK AT PAGE 59 OF THE JANUARY 30TH DEPOSITION, LINES 1

11:45:29 4    THROUGH 23.  DO YOU RECALL GIVING YOUR DEPOSITION ON JANUARY 30TH,

11:45:46 5    SIR?

11:45:46 6    A.  YES.

11:45:47 7    Q.  AND IN THIS YOU WERE ASKED, "THE FUNNEL EFFECT AS PER ITS

11:45:51 8    NAME" -- YOU GAVE THE ANSWER.  "THE FUNNEL EFFECT, AS PER ITS NAME,

11:45:54 9    IS ANALOGOUS TO A FUNNEL.  A FUNNEL HAS WALLS UP AT THE TOP.  Q. IS

11:46:00 10   THAT THE LEVEE WALLS FOR THIS FUNNEL?  A. LEVEE WALLS ALONG REACH 2

11:46:04 11   OF THE MRGO.  LEVEE WALLS ALONG REACH 1 PORTION ADJACENT TO THE

11:46:10 12   GIWW.  THE THROAT OF THE FUNNEL CONNECTED TO THE INNER-HARBOR

11:46:13 13   NAVIGATION CANAL."  AND THEN AT LINES 12 THROUGH 14 YOU SAY, "AS A

11:46:17 14   FAUCET FEEDING THAT FUNNEL IS THE CHANNEL OF THE MRGO, WHICH

11:46:21 15   CONNECTS DIRECTLY TO THE GULF OF MEXICO AND THE WATERS OF LAKE

11:46:24 16   BORGNE."  CORRECT, SIR?

11:46:25 17   A.  THAT'S CORRECT.

11:46:26 18   Q.  BUT THE FUNNEL ITSELF IS CREATED BY THE FLOODWALLS OF THE

11:46:32 19   HURRICANE PROTECTION SYSTEM, CORRECT?

11:46:33 20   A.  REPEAT YOUR QUESTION.

11:46:39 21   Q.  THE FUNNEL ITSELF, THAT YOU'VE DRAWN WITH THE YELLOW LINES IN PX

11:46:49 22   83 AT PAGE 9, THAT FUNNEL ITSELF IS CREATED BY THE FLOODWALLS OF THE

11:46:58 23   HURRICANE PROTECTION SYSTEM?

11:47:00 24   A.  AND I'D SAY, THE PHYSICAL WALLS OF THE FUNNEL, BUT THE

11:47:05 25   HYDROLOGIC COMPONENT OF THE FUNNEL IS MORE THAN ITS WALLS.

11:47:10  1   Q.  ARE YOU SAYING THAT THE MRGO ITSELF IS PART OF THE FUNNEL RATHER

11:47:23  2   THAN THE FAUCET FOR THE FUNNEL?

11:47:25  3   A.  THE MRGO IS A WATER CONVEYANCE THAT FEEDS INTO THIS PHYSICAL

11:47:33  4   ELEMENT WE HAVE CONSTRUCTED TOGETHER WITH THE GIWW AND LAKE BORGNE,

11:47:41  5   BUT THE MRGO CHANNEL IS A VERY LARGE INDUCTOR OF WATER INTO THAT

11:47:45  6   PHYSICAL SYSTEM.

11:47:47  7   Q.  NOW, YOU TESTIFIED IN DEPOSITION THAT THE CURRENT OF THE MRGO

11:47:55  8   WAS INSIGNIFICANT AS A FACTOR IN THE BREACHING OF THE LEVEES IN THIS

11:48:02  9   CASE?

11:48:02 10   A.  AND THAT'S CORRECT.  WE WERE SURPRISED.

11:48:07 11        MR. STONE:  I USED TO LIKE TO READ SPY NOVELS, YOUR HONOR.

11:48:11 12   LYNN DAYTON, HOOK, LINE AND SINKER.  AND HE HAD A SPY MASTER THAT

11:48:16 13   ALWAYS SAID FACTS TRUMP THE ACE OF HUNCHES.  I'VE ALWAYS LOOK LIKED

11:48:22 14   THAT, JUT WANTED TO SHARE THAT WITH YOU.

11:48:24 15        THE COURT:  THANK YOU.

11:48:26 16   BY MR. STONE:

11:48:27 17   Q.  SO THE FACT HERE IS, DR. BEA --

11:48:29 18        MR. STEVENS:  NO OBJECTION, YOUR HONOR.

11:48:32 19        THE COURT:  GOOD, GOOD.

11:48:33 20   BY MR. STONE:

11:48:33 21   Q.  THE FACT HERE IS, YOU DON'T HAVE A CURRENT AFFECT FOR THIS

11:48:38 22   KATRINA SITUATION THAT IS SIGNIFICANT?

11:48:43 23   A.  THAT'S NOT THE FACT.

11:48:45 24   Q.  WELL, I THOUGHT THAT'S WHAT YOU JUST SAID THAT IT'S

11:48:50 25   INSIGNIFICANT?

11:48:51 1    A.  WELL, IF I CAN STEP YOU THROUGH IT SO THAT WE BOTH CAN

11:48:58 2    UNDERSTAND.  AND IF I AM NOT HELPING YOU OR UNDERSTANDING, STOP ME,

11:49:04 3    PLEASE.

11:49:05 4         THE AFFECT OF THE CURRENT ON THE PERFORMANCE OF THE

11:49:12 5    EARTHEN FLOOD PROTECTION STRUCTURES TURNS OUT TO BE NOT SIGNIFICANT.

11:49:20 6    HOWEVER, THE CURRENT IS THE COMPONENT OF A MOVING WATER THAT IS

11:49:26 7    RESPONSIBLE FOR THE SURGE, AND SO CURRENT IS CONNECTED TO SURGE IS

11:49:33 8    CONNECTED TO OVERTOPPING AND DISCHARGES IN THIS INTEGRATED

11:49:39 9    HYDROLOGIC SYSTEM.

11:49:41 10   Q.  LET ME DO THIS WITH THE SURGE.  ARE YOU TALKING ABOUT HOW THE

11:49:46 11   GIWW AND THE MRGO CONVERGE THERE AT THE MOUTH OF THE FUNNEL AND ALL

11:49:53 12   OF THE WATER TRIES TO GET THROUGH THE FUNNEL AT THE SAME TIME?

11:49:57 13   A.  RIGHT.  BUT ALL OF IT, OF COURSE, CAN'T.

11:50:01 14   Q.  NOW, THAT'S A FUNCTION OF DESIGN, ISN'T IT?

11:50:04 15   A.  THAT'S THE FUNCTION OF THE CONFIGURATION OF THIS SYSTEM.

11:50:10 16   Q.  YOU'VE ALSO TESTIFIED THAT BACK IN THE 50'S THE CORPS OF

11:50:16 17   ENGINEERS HAD SOME OF THE BEST HYDROLOGIC ENGINEERS IN THE WORLD AND

11:50:26 18   IT'S NOT LIKELY THAT THEY WOULD NOT RECOGNIZE THAT IF YOU BRING TWO

11:50:30 19   WATERWAYS TOGETHER YOU WOULD HAVE A FUNNEL EFFECT, CORRECT, OF THAT

11:50:37 20   SORT?

11:50:37 21        MR. STEVENS:  I WANT TO OBJECT TO THIS ENTIRE LINE OF

11:50:39 22   QUESTIONS.  WE FILED A FORMAL MOTION PRIOR TO TODAY'S HEARING THAT

11:50:43 23   THE CORPS CANNOT AT THIS POINT, I MEAN THEY SHOULD BE JUDICIALLY

11:50:48 24   ESTOPPED FROM CHANGING HORSES.  ALL OF THIS ENTIRE --

11:50:49 25        THE COURT:  I'VE ALREADY -- I OVERRULED THAT.  I'VE

11:50:53 1   STRICKEN THAT MOTION, I THOUGHT IT WAS WITHDRAWN, AND I'LL ALLOW YOU

11:50:56 2   TO ASK THE QUESTION.

11:50:57 3           MR. STONE:  I WANT TO MAKE IT CLEAR BEFORE WE MOVE ON FROM

11:50:58 4   THIS, YOUR HONOR.  WE'RE NOT CHANGING OUR STORY, I AM ASKING DR. BEA

11:51:02 5   ABOUT HIS OPINIONS AND THE FACTS THAT ARE THE BASIS FOR THE

11:51:05 6   OPINIONS.  AND IN THIS INSTANCE, THE ISSUE IS ABOUT THE FUNNEL

11:51:09 7   EFFECT AND WHAT HE BELIEVES THE FACTS ARE AND WHAT HIS OPINIONS ARE

11:51:12 8   BASED UPON THAT.

11:51:13 9           THE COURT:  I AM GOING TO ALLOW YOU TO ASK THE QUESTION.

11:51:15 10           MR. STEVENS:  YOUR HONOR, HE SAID THE DESIGN OF THE MRGO

11:51:16 11   OR THE DESIGN OF THE LEVEE?  WE NEED TO CAREFULLY KEEP THAT

11:51:19 12   SEPARATED WHEN HE ASKS HIS QUESTIONS.

11:51:21 13           MR. STONE:  THIS IS CLEARY A MRGO DESIGN ISSUE.

11:51:25 14           MR. STEVENS:  SAME OBJECTION.  IF THE COURT PERMITS IT, BE

11:51:29 15   CONTINUING.

11:51:30 16           THE COURT:  ALL RIGHT.  I AM GOING ALLOW IT.

11:51:32 17           MR. STEVENS:  THANK YOU, JUDGE.

11:51:32 18   BY MR. STONE:

11:51:32 19   Q.  I SEE YOU NODDING YOUR HEAD, DR. BEA.  IT'S TRUE, IT'S CLEARLY A

11:51:38 20   MRGO DESIGN ISSUE, ISN'T IT?

11:51:39 21   A.  PLEASE REPEAT YOUR QUESTION.  I THINK I CAN ANSWER IT.

11:51:41 22   Q.  THE DESIGN OF THE MRGO THAT COMES IN AT A DIAGONAL THERE TO THE

11:51:46 23   GIWW WOULD BE EXPECTED TO CAUSE THOSE TWO STREAMS TO CONVERGE AND

11:51:52 24   TRY TO MOVE THROUGH THAT AREA TOGETHER SIMULTANEOUSLY?

11:51:55 25   A.  AND THAT'S CORRECT.  I REVIEWED A CORPS OF ENGINEERS REPORT

11:52:00 1    VICKSBURG THAT WAS CONCERNED WITH THE SALINITY INDUCTION AFFECTS OF

11:52:09 2    THE MRGO, AND THAT'S IN THE 1950'S ERA SO THAT THERE WERE CLEARLY

11:52:18 3    CONCERNED WITH THIS INDUCTION AFFECT CAUSED BY THE CONVERGENCE OF

11:52:23 4    WATERWAYS.  THEY RAN PHYSICAL EXPERIMENTS TO DEMONSTRATE THOSE

11:52:29 5    AFFECTS.

11:52:29 6    Q.  SO DISTINGUISHING BETWEEN THAT EFFECT AND A DESIGN EFFECT FOR

11:52:33 7    THE LEVEES IS THAT THE FLOODWALLS THEMSELVES CREATE THE SYSTEM THAT

11:52:39 8    THE WATER PILES UP AGAINST AND THAT THE SYSTEM IS UNABLE TO CONTROL

11:52:45 9    AND ALLOWS IT TO BE CORRALLED IN THAT CORNER, CORRECT, SIR?

11:52:55 10   A.  THAT'S CORRECT.  AND GIVEN THE EXACT PICTURE YOU HAVE JUST

11:52:58 11   PAINTED, GIVEN THAT YOU RECOGNIZE SHOULD HAVE THIS CONVERGENCE

11:53:06 12   AFFECT ON THE WATER, THEN AS I STATED THIS MORNING, IT'S INCUMBENT

11:53:11 13   ON THE ENGINEER TO TAKE APPROPRIATE, TIMELY, AGGRESSIVE ACTION TO

11:53:18 14   MITIGATE THAT AFFECT.

11:53:20 15   Q.  A COUPLE OF QUESTIONS ON DREDGING, YOUR HONOR.

11:53:26 16        MAINTENANCE DREDGING IS REQUIRED TO KEEP THE CHANNEL OPEN,

11:53:28 17   ISN'T IT, SIR?

11:53:33 18   A.  THAT IS CORRECT.

11:53:33 19   Q.  ISN'T IT TRUE THAT IN YOUR JANUARY DEPOSITION YOU STATED THAT

11:53:40 20   YOU TOOK ISSUE WITH THE PLACEMENT OF DREDGING SPOILS RATHER THAN THE

11:53:48 21   WAY THE DREDGING IS DONE?

11:53:48 22   A.  THAT IS CORRECT.

11:53:48 23   Q.  SO YOU'RE TALKING ABOUT -- THE QUESTION IS WITHDRAWN.

11:53:56 24        MR. STONE:  I'D LIKE TO MOVE ON TO A FEW QUESTIONS ON

11:53:58 25   DESIGN, YOUR HONOR.

FINAL DAILY COPY

11:53:59  1          THE COURT:  YES, SIR, THANK YOU.

11:54:00  2   BY MR. STONE:

11:54:02  3   Q.  IS IT FAIR TO SAY THAT CONGRESS AUTHORIZED THE CORPS TO BUILD TO

11:54:06  4   THE STANDARD PROJECT HURRICANE WHEN IT AUTHORIZED THESE LEVEES TO BE

11:54:10  5   BUILT DOWN IN THIS AREA?

11:54:11  6   A.  YES.  AND IN ADDITION THE PROBABLE MAXIMUM HURRICANE.

11:54:16  7   Q.  CONGRESS DECIDES BASED ON THE CORPS' RECOMMENDATION, CORRECT?

11:54:19  8   A.  THAT'S CORRECT.

11:54:20  9   Q.  AT THE TIME OF AUTHORIZATION THESE DESIGN CONDITIONS ARE

11:54:24 10   INTEGRATED INTO THE AUTHORIZATION; ISN'T THAT CORRECT?

11:54:27 11   A.  THAT'S CORRECT.

11:54:28 12   Q.  THE LEVEE DESIGN PARAMETERS WERE DEVELOPED FROM THE DATA

11:54:34 13   DESCRIBING THE STANDARD PROJECT HURRICANE, CORRECT, SIR?

11:54:38 14   A.  THAT'S CORRECT, BUT NOT ENTIRELY THE PICTURE.

11:54:44 15   Q.  YOU WANT TO TALK ABOUT PROBABLE MAXIMUM HURRICANE AND NOW IS

11:54:49 16   YOUR OPPORTUNITY.

11:54:50 17   A.  WELL --

11:54:50 18   Q.  THE PROBABLE MAXIMUM HURRICANE WAS DROPPED AS A DESIGN CRITERIA

11:54:54 19   BEFORE THE DESIGNS WERE COMPLETED; ISN'T THAT TRUE, SIR?

11:54:57 20   A.  YES, AND THAT'S A MYSTERIOUS DROP.  IN ITS PLACE COMES FACTORS

11:55:03 21   OF SAFETY.

11:55:06 22   Q.  THE STANDARD PROJECT HURRICANE DESCRIPTION INCLUDES:  A CENTRAL

11:55:13 23   PRESSURE OF 27.6 INCHES OF MERCURY, CORRECT, SIR?

11:55:17 24   A.  IF YOU'RE READING IT, IT MUST BE CORRECT.

11:55:23 25   Q.  IT'S RIGHT OUT OF HOUSE REPORT 89-231, I BELIEVE, THAT YOU WERE

11:55:28 1    PROVIDED AT YOUR NOVEMBER 2007 DEPOSITION.

11:55:31 2    A.  YES.

11:55:32 3    Q.  AND I THINK IT'S RIGHT, BUT BOTTOM LINE IS GOING TO BE HERE THAT

11:55:38 4    IN THIS INSTANCE HURRICANE KATRINA EXCEEDED ALL OF THE DESIGN

11:55:42 5    PARAMETERS OF THE STANDARD PROJECT HURRICANE, DIDN'T IT, SIR?

11:55:46 6    A.  HURRICANE KATRINA WENT ONSHORE ON THE MISSISSIPPI GULF COAST, IT

11:55:52 7    DID NOT COME ASHORE HERE.  YOU CAN HAVE A MAGNITUDE EIGHT EARTHQUAKE

11:56:00 8    IN LOS ANGELES AND SAN FRANCISCO DOESN'T FEEL IT.  IT'S IMPORTANT

11:56:06 9    THAT YOU PROPERLY UNDERSTAND KATRINA IN THE CONTEXT OF THE STANDARD

11:56:12 10   PROJECT HURRICANE THAT WAS PLACED TO DEVELOP DESIGN LEVEL CONDITIONS

11:56:20 11   INTENTIONALLY SEVERE.

11:56:22 12   Q.  LET'S GO BACK TO THE STANDARD PROJECT HURRICANE ITSELF FIRST.

11:56:25 13   A.  YES, SIR.

11:56:26 14   Q.  STANDARD PROJECT HURRICANE IS A REGIONAL ISSUE, ISN'T IT?  IT'S

11:56:34 15   DESIGNED FOR IT'S -- IT'S EVALUATED FOR THE REGION, NOT FOR THE

11:56:39 16   PARTICULAR PLACE THAT IT COMES ASHORE, RIGHT, SIR?

11:56:41 17   A.  IT'S EVALUATED FOR A REGION, BUT THEN THEY TRICKY PART IS TAKING

11:56:49 18   THE REGIONAL CONTEXT TO THE LOCAL AREA.  IF YOU TAKE THE STANDARD

11:56:55 19   PROJECT HURRICANE INTO THE AREA OF THE FUNNEL, DON'T RECOGNIZE THE

11:57:03 20   AFFECTS OF A FUNNEL, YOUR DESIGN CRITERIA ARE FLAWED FROM THE START.

11:57:06 21   Q.  LET'S GO BACK TO THE PARAMETERS OF THE STANDARD PROJECT

11:57:16 22   HURRICANE.

11:57:16 23   A.  YES, SIR.

11:57:17 24   Q.  YOU WERE TALKING ABOUT ANOTHER PARAMETER THAT IS MAXIMUM WIND

11:57:21 25   VELOCITY 100 MILES PER HOUR AT 30-MILE RADIUS, CORRECT, SIR?

11:57:25  1    A.   YES, SIR.

11:57:25  2    Q.   AND FOR THE CHALMETTE AREA THE ORIGINAL CALCULATION WAS FOR A

11:57:30  3    SURGE ELEVATION OF 11.9 FEET, CORRECT?

11:57:35  4    A.   I DON'T RECALL THAT FIGURE, BUT IF YOU CITE IT, I'M SURE IT'S

11:57:38  5    CORRECT.

11:57:39  6    Q.   I THINK IT'S FAIRLY ACCURATE, SIR.  AND 12.5 AT THE NEW ORLEANS

11:57:44  7    EAST BACK?

11:57:45  8    A.   SOUNDS CORRECT.

11:57:48  9    Q.   PROBABLE MAXIMUM HURRICANE SURGE ELEVATION WAS 12.6 FEET, A BIT

11:57:55 10    HIGHER THAN THE STANDARD PROJECT HURRICANE, CORRECT, SIR?

11:57:57 11    A.   I THINK THAT'S CORRECT.

11:57:59 12    Q.   THE NET LEVEE DESIGN GRADES WERE REVISED UPWARD IN DESIGN

11:58:06 13    MEMORANDUM NO. 3 TO PROTECT AGAINST A 13 FEET SURGE THOUGH; ISN'T

11:58:11 14    THAT CORRECT?

11:58:12 15    A.   THERE WAS BOTH SURGE AND WAVE RUN-UP THAT WERE BEING RECOGNIZED

11:58:19 16    AT THAT TIME.

11:58:24 17    Q.   THE STANDARD PROJECT HURRICANE AUTHORIZATION TELLS THE DESIGN

11:58:26 18    ENGINEER YOU CANNOT EXCEED THIS DESIGN ELEVATION BECAUSE IT IS

11:58:31 19    DETERMINED BY THE STANDARD PROJECT HURRICANE, CORRECT, SIR?

11:58:34 20    A.   PLEASE REPEAT YOUR QUESTION, IT HAD A LOT OF PARTS TO IT.

11:58:42 21    Q.   THE STANDARD PROJECT HURRICANE AUTHORIZATION TELLS THE DESIGN

11:58:47 22    ENGINEER YOU CANNOT EXCEED THIS DESIGN ELEVATION BECAUSE IT IS

11:58:51 23    DETERMINED BY THE STANDARD PROJECT HURRICANE, CORRECT?

11:58:54 24    A.   I DON'T RECOLLECT THAT THE DOCUMENT SAYS THAT TO THE DESIGN

11:59:03 25    ENGINEER.  THE DESIGN ENGINEER GUIDELINES, FOR EXAMPLE, FOR LEVEES

11:59:09 1   IN A SYSTEM LIKE THIS SAY THIS GUIDELINE IS FOR USE IN THE AREA OR

11:59:20 2   WITH APPLICATION OF APPROPRIATE JUDGMENT.  IT SAYS IT ON THE FRONT

11:59:25 3   PAGE.  SO IF THE ENGINEER SEES THAT THE INPUT DESIGN CONDITIONS ARE

11:59:32 4   NOT APPROPRIATE FOR THE PARTICULAR AREA, IT'S INCUMBENT UPON THE

11:59:37 5   ENGINEER TO TAKE CORRECTIVE ACTION AT THAT TIME.

11:59:41 6   Q.  LET'S BRING UP DR. BEA'S DEPOSITION OF NOVEMBER 2007, PAGE 113,

11:59:50 7   LINES THREE TO SEVEN.

11:59:54 8        DO YOU REMEMBER THAT DEPOSITION OF NOVEMBER 19, 2007,

12:00:14 9   DR. BEA?

12:00:14 10  A.  YES.  THAT WAS WHEN I MET MR. SMITH.

12:00:19 11  Q.  SO THE QUESTION WAS, "SO THE AUTHORIZATION TELLS THE DESIGN

12:00:26 12  ENGINEER YOU CANNOT EXCEED THIS DESIGN ELEVATION BECAUSE THE DESIGN

12:00:31 13  ELEVATION IS DETERMINED BY THE STANDARD PROJECT HURRICANE."  AND

12:00:32 14  YOUR ANSWER WAS "CORRECT".

12:00:34 15  A.  AND THAT'S THE PREMISE OF THE AUTHORIZATION, SURE.

12:00:39 16  Q.  THE STRUCTURES THAT WERE BREACHED BY HURRICANE KATRINA WERE

12:00:42 17  SUBJECTED TO GREATER HYDRAULIC FORCES THAN FOR WHICH THEY WERE

12:00:47 18  DESIGNED, CORRECT, SIR?

12:00:48 19  A.  THAT'S CORRECT.

12:00:55 20  Q.  THE DESIGN HURRICANE FOR NEW ORLEANS EAST BACK IS THE STANDARD

12:00:59 21  PROJECT HURRICANE SAME AS FOR REACH 2, CORRECT, SIR?

12:01:03 22  A.  THAT IS CORRECT.

12:01:09 23  Q.  THE DESIGN WATER LEVEL OF 13 FEET WAS EXCEEDED BY HURRICANE

12:01:09 24  KATRINA, CORRECT?

12:01:10 25  A.  THAT IS CORRECT.  AND ITS PREMISE THAT THE DESIGN CONDITIONS

12:01:19 1   ENVISIONED BACK AT THAT TIME WOULD NOT CHANGE, BUT UNFORTUNATELY WE

12:01:26 2   CHANGED THOSE CONDITIONS.  THE "DESIGN CONDITIONS" DIDN'T CHANGE AND

12:01:34 3   THAT BECAME A FATAL FLAW.

12:01:36 4   Q.  IF YOU'RE FACED WITH A DESIGN WATER LEVEL OF 13 FEET AND YOU'RE

12:01:51 5   BUILDING A LEVEE TO THAT DESIGN WATER LEVEL, THAT'S A GIVEN FOR YOU,

12:01:57 6   ISN'T IT?

12:01:58 7   A.  YES, SIR.

12:01:59 8   Q.  THE DESIGN OF THESE LEVEES WOULD BE EXPECTED -- LET ME WITHDRAW

12:02:06 9   THAT QUESTION.

12:02:07 10          BECAUSE THE MRGO WAS IN EXISTENCE WHEN THESE LEVEES WERE

12:02:12 11  BUILT AND THEY WERE BEING BUILT BASED ON THE HURRICANE BETSY

12:02:19 12  EXPECTATIONS, THE DESIGN OF THESE LEVEES WOULD BE EXPECTED TO

12:02:23 13  ACCOMMODATE THE MRGO, CORRECT, SIR?

12:02:27 14  A.  PLEASE REFORM YOUR QUESTION.  I THINK I HEARD A PREMISE ON

12:02:34 15  HURRICANE BETSY THAT IS NOT ACCURATE.

12:02:37 16  Q.  I WILL REMOVE THAT OUT.  BECAUSE MRGO WAS IN EXISTENCE WHEN THE

12:02:43 17  LEVEES WERE CONSTRUCTED, THE DESIGN OF THESE LEVEES WOULD BE

12:02:46 18  EXPECTED TO ACCOMMODATE THE MRGO, CORRECT, SIR?

12:02:47 19  A.  IT WOULD BE EXPECTED BUT I COULD NOT FIND THE EVIDENCE THAT IT

12:02:53 20  HAD.

12:02:53 21  Q.  IN ACCORDANCE WITH THE DESIGN -- THE QUESTION IS WITHDRAWN.

12:02:58 22          I THOUGHT THAT YOU ACCEPTED LAST FRIDAY THAT THESE LEVEES

12:03:07 23  WERE DESIGNED AND BUILT IN ACCORDANCE WITH THE CORPS GUIDELINES?

12:03:11 24  A.  AND I DID.

12:03:11 25  Q.  WELL, THAT SOUNDS LIKE TO ME A DIFFERENT ANSWER BECAUSE THOSE

12:03:24  1    GUIDELINES WOULD DO WHATEVER THEY HAD -- THE QUESTION IS WITHDRAWN.

12:03:31  2    I'LL MOVE ON.

12:03:34  3            IN ACCORDANCE WITH THE DESIGN, THE CORPS PLANTED GRASS AND

12:03:37  4    FERTILIZED THE CHALMETTE EXTENSION, CORRECT, SIR?

12:03:40  5    A.  I WASN'T THERE.

12:03:41  6    Q.  YOU SAID IT WAS IN YOUR DEPOSITION, YOU SAW THE EVIDENCE IN YOUR

12:03:47  7    DEPOSITION.  BUT I CAN BRING THAT UP FOR YOU, IF YOU WANT.

12:03:50  8    A.  IT'S NOT THAT.  IT'S BECAUSE THESE LEVEES ARE BEING BUILT IN

12:03:56  9    MULTIPLE LIFTS, EVERY TIME YOU PUT NEW LIFT ON TOP OF THE GRASS YOU

12:04:00 10    KILL IT.

12:04:06 11    Q.  THE LEVEE DESIGN DOCUMENTS WENT THROUGH THE ENDORSEMENT PROCESS

12:04:10 12    IN AN ATTEMPT TO FIND DESIGN FLAWS, CORRECT, SIR?

12:04:13 13    A.  PLEASE REPEAT YOUR QUESTION.

12:04:20 14    Q.  THE LEVEE DESIGN DOCUMENTS WENT THROUGH THE ENDORSEMENT PROCESS

12:04:24 15    IN AN ATTEMPT TO FIND DESIGN FLAWS?

12:04:27 16    A.  I HAVE NO KNOWLEDGE OF THAT PROCESS.

12:04:31 17    Q.  YOU'RE NOT AWARE THAT THEY WENT THROUGH AN ENDORSEMENT PROCESS

12:04:36 18    WHERE THEY WENT TO DIVISION AND HEADQUARTERS AND ALL OF THAT FOR

12:04:42 19    PEOPLE TO LOOK AT AND DETERMINE WHETHER THERE WERE ANY DESIGN FLAWS

12:04:51 20    IN THE DOCUMENTS?

12:04:51 21    A.  YES, I REMEMBER IN THE ORIGINAL DOCUMENTS BACK AND FORTH BETWEEN

12:04:51 22    THE PRIMARY DESIGNERS AND PEOPLE WITHIN THE CORPS WHO WERE

12:04:56 23    ATTEMPTING TO DETECT FLAWS AND DEFECTS.

12:04:59 24    Q.  AS OF JANUARY 30TH, 2009, YOU HAD NOT DETERMINED IF THE LEVEE

12:05:07 25    DESIGN WOULD WITHSTAND THE DESIGN SURGE WATER LEVEL, HAD YOU, SIR?

12:05:11 1    A.  REPEAT YOUR QUESTION.

12:05:13 2    Q.  AS OF JANUARY 30, 2009, YOU HAD NOT DETERMINED IF THE LEVEE

12:05:18 3    DESIGN WOULD WITHSTAND THE DESIGN SURGE WATER LEVEL, HAD YOU, SIR?

12:05:22 4    A.  WHEN YOU SAY LEVEE DESIGN, DO YOU MEAN THE ORIGINAL ONE OR THE

12:05:28 5    NEUTRALIZED ONE?  PLEASE DEFINE DESIGN, THE LEVEE DESIGN YOU'RE

12:05:33 6    REFERRING TO.

12:05:35 7    Q.  YOU WEREN'T ABLE TO PROVIDE ME ANY INFORMATION ALONG THAT LINE

12:05:39 8    ON JANUARY THE 30TH, 2009, WERE YOU?  THE QUESTION IS WITHDRAWN.

12:05:47 9              AS OF -- MY QUESTION IS AS OF JANUARY 30TH, 2009, YOU HAD

12:05:53 10   NOT DETERMINED IF THE LEVEE DESIGN FOR REACH 2 WOULD WITHSTAND THE

12:05:59 11   DESIGN SURGE WATER LEVEL, HAD YOU?

12:06:04 12   A.  DESIGN SURGE AND WATER LEVEL AS I EXPLAINED THIS MORNING BECAUSE

12:06:08 13   OF HOW WE ANALYZED THE SYSTEM FOR KATRINA, WE STEPPED THROUGH THE

12:06:17 14   STORM INCREASING WAVES AND SURGE AND THEREBY SIMULATED THE KINDS OF

12:06:24 15   CONDITIONS INTENDED FOR A DESIGN.  WE DID NOT SPECIFICALLY EXAMINE

12:06:30 16   THOSE DESIGN CONDITIONS FOR THE DESIGNED -- AS DESIGNED EARTHEN

12:06:38 17   FLOOD PROTECTION SURGES.

12:06:42 18   Q.  YOU WERE COLEADER OF THE INDEPENDENT LEVEE INVESTIGATION TEAM,

12:06:45 19   RIGHT?

12:06:46 20   A.  YES, SIR.

12:06:47 21   Q.  AND SO OPINIONS CAME OUT OF THAT INVESTIGATION, CORRECT, AND A

12:06:58 22   REPORT WAS WRITTEN?

12:06:59 23   A.  YES.

12:07:00 24   Q.  WRITTEN.  THANK YOU.  AND YOUR DEPOSITION WAS TAKEN IN JANUARY

12:07:06 25   OF 2009, BUT AS OF JANUARY 2009 YOU COULD NOT SAY THAT THE LEVEE

12:07:15 1   SYSTEM HERE FAILED WITHIN ITS STANDARD PROJECT HURRICANE DESIGN

12:07:19 2   PARAMETERS, COULD YOU, SIR?

12:07:21 3   A.   I COULDN'T.

12:07:22 4   Q.   YOU ALSO COULDN'T SAY WHETHER A STANDARD PROJECT HURRICANE WOULD

12:07:28 5   HAVE BREACHED THE LEVEES AS HURRICANE KATRINA DID, CORRECT, SIR?

12:07:31 6   A.   THAT'S CORRECT.

12:07:31 7   Q.   AND YOU DID NOT COMPARE HURRICANE KATRINA BREACHES AND

12:07:34 8   CONDITIONS TO STANDARD PROJECT HURRICANE OR PROBABLE MAXIMUM

12:07:39 9   HURRICANE CONDITIONS, CORRECT, SIR?

12:07:40 10  A.   THAT'S CORRECT.

12:07:41 11  Q.   BUT YOU DO KNOW THAT HURRICANE KATRINA EXCEEDED ALL THREE

12:07:45 12  STANDARD PROJECT HURRICANE PARAMETERS, CORRECT?

12:07:49 13  A.   THAT'S CORRECT.

12:07:51 14  Q.   THE STANDARD PROJECT HURRICANE EVOLVED TO REPRESENT THE MOST

12:07:56 15  SEVERE STORM THE GOVERNMENT SHOULD GUARD AGAINST WHEN DESIGNING

12:08:00 16  HURRICANE PROTECTION PROJECTS, CORRECT?

12:08:02 17  A.   THAT'S CORRECT.

12:08:03 18  Q.   AND THE STANDARD PROJECT HURRICANE TELLS THE CONDITIONS TO BE

12:08:08 19  EXPECTED ON THE UNPROTECTED SIDE OF THE LEVEE?

12:08:10 20  A.   THAT'S CORRECT.

12:08:13 21  Q.   TURNING TO SURGE NOW, YOUR HONOR.

12:08:17 22       IT'S YOUR OPINION THAT SURGE IS NOT THE ERODING

12:08:25 23  CHARACTERISTIC FOR THESE LEVEE UNTIL OVERTOPPING, CORRECT, SIR?

12:08:30 24  A.   THAT'S INCORRECT.  THE SURGE ACTS AS THE ELEVATOR FOR THE WAVE

12:08:36 25  ACTION ON THE FRONT SIDE, SO IT'S IN ESSENCE RAISING THE ATTACKING

```
12:08:42  1   ROTO-ROOTER.  IT BECOMES THE OR MOST IMPORTANT ACTIVE ELEMENT AS YOU
12:08:49  2   GO OVERTOPPING AND THEN START THE DOWN RUSH ON THE BACK SIDE.
12:08:56  3              MR. STONE:  DO YOU HAVE A QUESTION FOR ME, YOUR HONOR?
12:08:57  4              THE COURT:  I THINK MAYBE WE'LL TAKE A RECESS UNTIL 1:15.
12:09:01  5              MR. STONE:  THANK YOU, SIR.
12:09:03  6          (WHEREUPON, A LUNCH RECESS WAS TAKEN.)
12:09:05  7
          8                        *  *  *  *  *  *
          9
         10                   REPORTER'S CERTIFICATE
         11
         12       I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES
         13   DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY
         14   THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF
         15   MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN
         16   THE ABOVE-ENTITLED AND NUMBERED MATTER.
         17
         18
         19
         20
         21          _____
         22                 KAREN A. IBOS, CCR, RPR, CRR
         23                 OFFICIAL COURT REPORTER
         24
         25
```

FINAL DAILY COPY

**'**

**'59** [1] - 1261:22
**'61** [1] - 1261:22
**'65** [1] - 1262:1
**'66** [1] - 1261:22
**'72** [1] - 1262:4
**'85** [1] - 1307:21

**/**

**/23** [1] - 1248:6
**/7** [1] - 1248:7

**0**

**00** [1] - 1305:16
**0003** [3] - 1294:16, 1294:17, 1323:12
**0069** [2] - 1289:23, 1291:9
**0117** [1] - 1299:15
**017** [1] - 1299:20
**0191** [2] - 1313:12, 1313:13
**0195** [2] - 1275:9, 1281:25
**0207** [1] - 1312:4
**045** [1] - 1318:17
**0451** [3] - 1281:3, 1285:15, 1318:18
**06-CV-2268** [1] - 1245:3

**1**

**1** [14] - 1250:20, 1256:17, 1257:18, 1267:4, 1281:2, 1315:18, 1318:17, 1319:4, 1321:6, 1321:7, 1321:10, 1321:19, 1325:3, 1325:11
**1.66** [3] - 1306:3, 1306:6, 1306:10
**10** [1] - 1313:1
**100** [5] - 1271:8, 1315:3, 1316:3, 1316:8, 1331:25
**1000** [1] - 1245:14
**10022** [1] - 1246:24
**11** [2] - 1285:16, 1312:8
**11.9** [1] - 1332:3
**1100** [1] - 1245:23
**113** [1] - 1333:6
**117** [5] - 1299:21, 1299:22, 1299:25, 1300:1, 1300:2
**11TH** [2] - 1318:17,

1321:12
**12** [15] - 1252:22, 1289:5, 1292:13, 1293:18, 1295:5, 1305:4, 1305:7, 1305:25, 1306:22, 1309:16, 1309:18, 1322:10, 1322:12, 1325:13
**12-AND-A-HALF-FOOT** [2] - 1289:8, 1292:3
**12-FOOT** [1] - 1309:7
**12-MILE** [2] - 1308:25, 1309:1
**12.5** [1] - 1332:6
**12.6** [1] - 1332:9
**1205** [1] - 1246:19
**1261** [1] - 1246:9
**13** [12] - 1262:24, 1267:2, 1272:23, 1297:18, 1297:19, 1305:7, 1305:10, 1305:14, 1306:4, 1332:13, 1333:23, 1334:4
**13-FOOT** [2] - 1272:9, 1272:15
**13-YEAR** [1] - 1297:5
**13-YEARS** [1] - 1298:2
**1366** [1] - 1246:9
**14** [13] - 1262:24, 1263:2, 1267:2, 1289:23, 1291:9, 1303:5, 1303:24, 1304:1, 1304:21, 1305:25, 1321:10, 1325:13
**15** [8] - 1249:22, 1276:7, 1276:19, 1277:23, 1286:13, 1295:8, 1304:12, 1322:24
**15TH** [1] - 1321:6
**16** [4] - 1314:25, 1315:7, 1316:6, 1317:16
**16-FOOT** [1] - 1315:23
**17** [12] - 1289:2, 1292:2, 1293:8, 1299:21, 1299:24, 1314:25, 1315:7, 1315:23, 1316:8, 1317:16, 1322:15, 1322:23
**17TH** [1] - 1290:3
**18** [3] - 1272:23, 1296:2, 1313:13

**18-FOOT** [1] - 1272:12
**19** [2] - 1299:4, 1333:8
**190** [1] - 1294:17
**1950'S** [5] - 1281:7, 1284:14, 1284:16, 1285:18, 1329:2
**1967** [3] - 1296:20, 1300:7, 1300:25
**1971** [1] - 1295:24
**1980** [6] - 1296:15, 1307:16, 1307:21, 1307:25, 1308:11, 1316:13
**1980'S** [2] - 1316:15, 1316:21
**1985** [3] - 1307:16, 1307:25, 1308:5
**1988** [1] - 1262:7
**1990'S** [1] - 1316:21
**1992** [5] - 1297:4, 1308:5, 1316:23, 1317:2
**1997** [1] - 1284:9
**1998** [1] - 1262:7
**1:15** [1] - 1338:4

**2**

**2** [24] - 1256:11, 1257:23, 1257:25, 1259:15, 1259:21, 1270:7, 1272:20, 1279:18, 1282:5, 1282:23, 1286:21, 1293:25, 1295:21, 1299:5, 1303:11, 1303:14, 1303:17, 1304:22, 1306:19, 1324:2, 1324:18, 1325:10, 1333:21, 1336:10
**2,300** [1] - 1267:21
**20** [11] - 1249:22, 1266:8, 1268:5, 1297:1, 1299:8, 1299:9, 1302:22, 1303:21, 1304:12, 1315:11
**2000** [3] - 1284:11, 1284:12, 1285:2
**2000'S** [1] - 1283:13
**2001** [3] - 1298:16, 1299:4, 1302:5
**20044** [1] - 1247:13
**2005** [8] - 1271:10, 1297:4, 1308:11, 1315:20, 1316:13, 1316:21, 1316:23,

1317:2
**2007** [3] - 1331:1, 1333:6, 1333:8
**2008** [8] - 1275:9, 1281:6, 1283:10, 1285:16, 1306:20, 1318:17, 1321:6, 1321:10
**2009** [13] - 1245:4, 1249:2, 1260:13, 1262:18, 1306:21, 1312:5, 1324:22, 1335:24, 1336:2, 1336:8, 1336:9, 1336:25
**2017** [1] - 1302:9
**2153** [5] - 1254:24, 1255:1, 1267:16
**2154** [2] - 1262:18, 1267:15, 1267:17
**23** [2] - 1287:25, 1325:4
**24TH** [2] - 1260:13, 1262:18
**25** [6] - 1297:15, 1301:1, 1302:7, 1315:25, 1316:14, 1317:1
**2626** [1] - 1246:19
**2655** [1] - 1246:5
**27** [2] - 1245:4, 1249:2
**27.6** [1] - 1330:23
**27TH** [1] - 1324:8
**28** [1] - 1267:22
**29** [2] - 1312:5, 1315:20
**2C** [10] - 1250:20, 1252:9, 1253:22, 1253:23, 1253:25, 1254:3, 1314:15, 1319:24, 1320:14

**3**

**3** [19] - 1250:19, 1255:13, 1255:15, 1255:16, 1255:22, 1255:25, 1256:10, 1256:15, 1257:9, 1257:11, 1258:13, 1258:14, 1259:5, 1259:9, 1259:10, 1321:2, 1321:19, 1332:13
**30** [7] - 1287:22, 1302:24, 1303:4, 1303:16, 1303:21, 1304:15, 1336:2
**30-MILE** [1] - 1331:25

**30-YEARS** [1] - 1297:21
**30TH** [11] - 1287:8, 1287:15, 1287:24, 1288:2, 1324:7, 1324:21, 1325:3, 1325:4, 1335:24, 1336:8, 1336:9
**31** [2] - 1263:1
**3102** [1] - 1245:23
**3196** [1] - 1268:1
**325** [1] - 1246:23
**35** [1] - 1320:19
**3668** [1] - 1246:2
**39** [1] - 1273:22

**4**

**4-5** [3] - 1275:9, 1275:12, 1281:24
**40** [3] - 1258:9, 1259:3, 1266:17
**45** [1] - 1270:9
**497** [1] - 1305:16

**5**

**5** [2] - 1294:24, 1309:18
**5.2** [2] - 1252:1
**50** [10] - 1266:22, 1304:15, 1306:14, 1316:16, 1320:16, 1320:17, 1320:19, 1320:23, 1320:24
**50'S** [5] - 1284:24, 1284:25, 1319:15, 1319:17, 1327:16
**500** [1] - 1247:16
**504** [1] - 1247:17
**519** [1] - 1246:12
**55** [1] - 1270:8
**550** [1] - 1245:13
**556** [1] - 1246:2
**57TH** [1] - 1246:23
**589-7776** [1] - 1247:17
**59** [1] - 1325:3

**6**

**6** [2] - 1245:9, 1311:25
**60** [1] - 1299:2
**60'S** [1] - 1300:20
**600** [1] - 1247:2
**601** [1] - 1246:5
**604** [1] - 1247:2
**610** [1] - 1245:20
**618** [1] - 1246:16
**64,000** [4] - 1304:22,

1305:1, 1305:3,
1305:25

## 7

**7-1** [2] - 1313:12,
1313:13
**70** [1] - 1298:1
**70113** [2] - 1245:17,
1245:21
**70130** [2] - 1247:3,
1247:16
**70130-6004** [1] -
1246:6
**70381** [1] - 1246:20
**70502-3668** [1] -
1246:3
**70726** [1] - 1246:13
**70801-1910** [1] -
1246:16
**70821-1366** [1] -
1246:10
**72** [3] - 1281:3,
1285:15
**733** [1] - 1303:20
**734** [1] - 1303:20
**75219** [1] - 1245:24

## 8

**8** [1] - 1294:24
**8,740** [1] - 1305:23
**82** [1] - 1287:25
**83** [3] - 1324:15,
1325:22
**855** [1] - 1245:17
**86** [1] - 1318:18
**88** [1] - 1259:20
**888** [1] - 1247:12
**89-231** [1] - 1330:25

## 9

**9** [2] - 1294:24,
1325:22
**90** [1] - 1259:20
**90071-2627** [1] -
1245:14
**98.3** [1] - 1313:8
**98.6** [2] - 1313:6,
1313:7

## A

**A** [300] - 1246:14,
1247:15, 1249:14,
1249:15, 1249:16,
1250:2, 1250:5,
1250:7, 1250:11,
1250:17, 1250:18,
1250:21, 1250:22,
1251:6, 1251:11,

1251:19, 1252:8,
1252:9, 1252:17,
1252:18, 1252:21,
1253:10, 1253:11,
1253:13, 1253:19,
1253:22, 1253:23,
1253:25, 1254:1,
1254:2, 1254:3,
1254:4, 1254:7,
1254:8, 1254:10,
1254:18, 1254:19,
1254:22, 1255:9,
1256:16, 1256:20,
1258:24, 1259:8,
1259:9, 1260:6,
1260:11, 1260:22,
1260:25, 1261:5,
1261:14, 1261:21,
1262:13, 1262:16,
1262:21, 1263:12,
1263:16, 1263:25,
1264:16, 1264:21,
1265:2, 1265:4,
1265:6, 1265:7,
1265:8, 1265:16,
1265:19, 1265:20,
1265:21, 1266:6,
1266:9, 1266:10,
1266:14, 1266:18,
1266:20, 1268:9,
1268:12, 1268:14,
1268:19, 1269:4,
1269:10, 1269:11,
1269:12, 1269:15,
1270:5, 1270:9,
1270:22, 1271:3,
1271:9, 1271:12,
1271:13, 1271:14,
1272:6, 1272:9,
1272:15, 1273:23,
1274:20, 1274:21,
1276:1, 1276:18,
1276:19, 1277:3,
1277:12, 1278:25,
1280:2, 1280:9,
1280:19, 1280:20,
1280:21, 1280:22,
1281:2, 1281:24,
1282:3, 1283:6,
1283:14, 1283:15,
1283:17, 1284:1,
1284:12, 1284:16,
1284:25, 1286:23,
1287:23, 1288:19,
1288:21, 1289:5,
1289:8, 1289:20,
1289:22, 1290:5,
1290:7, 1290:13,
1291:4, 1291:20,
1292:2, 1292:7,
1292:11, 1292:15,

1292:19, 1292:25,
1293:6, 1293:8,
1293:11, 1293:17,
1293:25, 1294:14,
1295:8, 1295:12,
1295:16, 1296:1,
1296:23, 1297:1,
1297:5, 1297:7,
1297:11, 1297:15,
1297:16, 1297:19,
1297:21, 1297:23,
1298:2, 1298:5,
1298:6, 1298:9,
1298:10, 1298:23,
1298:24, 1299:1,
1299:4, 1299:5,
1299:8, 1299:19,
1301:4, 1301:6,
1301:13, 1301:16,
1301:19, 1301:24,
1302:1, 1302:3,
1303:19, 1304:2,
1304:24, 1305:22,
1306:2, 1306:24,
1307:9, 1307:10,
1308:14, 1308:17,
1308:22, 1309:9,
1309:22, 1309:25,
1310:10, 1310:13,
1310:15, 1310:17,
1311:3, 1311:9,
1311:14, 1311:25,
1312:9, 1312:11,
1312:18, 1313:11,
1313:15, 1313:17,
1314:15, 1314:25,
1315:7, 1315:13,
1315:23, 1316:6,
1316:7, 1316:8,
1316:24, 1317:3,
1317:15, 1317:16,
1317:17, 1317:19,
1317:21, 1317:23,
1318:16, 1318:17,
1320:17, 1321:8,
1321:18, 1321:21,
1322:1, 1322:4,
1322:16, 1323:19,
1324:1, 1324:10,
1324:14, 1325:9,
1325:10, 1325:13,
1326:3, 1326:5,
1326:8, 1326:12,
1326:21, 1327:6,
1327:14, 1327:19,
1327:22, 1328:13,
1328:19, 1328:22,
1328:25, 1329:6,
1329:15, 1329:24,
1330:18, 1330:20,
1330:22, 1331:7,

1331:14, 1331:17,
1331:20, 1332:2,
1332:9, 1332:13,
1332:20, 1333:1,
1334:3, 1334:4,
1334:5, 1334:14,
1334:25, 1336:15,
1336:21, 1337:4,
1338:3, 1338:4,
1338:6, 1338:12,
1338:14, 1338:22
**ABANDONED** [1] -
1270:23
**ABERRATIONS** [1] -
1264:2
**ABILITY** [1] -
1338:15
**ABLE** [8] - 1257:12,
1257:14, 1277:1,
1301:23, 1311:4,
1311:9, 1324:3,
1336:7
**ABOUT** [74] -
1249:20, 1250:3,
1250:6, 1250:19,
1252:14, 1255:22,
1257:10, 1260:16,
1261:15, 1262:4,
1262:17, 1268:8,
1269:15, 1270:1,
1274:4, 1274:7,
1276:16, 1276:24,
1276:25, 1277:6,
1277:14, 1277:16,
1277:21, 1279:17,
1283:21, 1283:25,
1284:2, 1285:17,
1285:20, 1285:24,
1286:23, 1287:5,
1289:3, 1290:16,
1292:11, 1293:6,
1293:24, 1294:22,
1295:2, 1296:2,
1296:15, 1296:21,
1297:18, 1297:19,
1297:21, 1301:4,
1302:23, 1303:9,
1303:11, 1304:21,
1305:4, 1306:2,
1307:21, 1309:23,
1312:8, 1312:9,
1313:2, 1315:15,
1317:1, 1318:16,
1319:22, 1321:18,
1322:20, 1323:2,
1324:11, 1327:10,
1328:5, 1328:6,
1329:23, 1330:15,
1331:24
**ABOVE** [6] -

1279:14, 1279:18,
1290:10, 1292:1,
1296:4, 1338:16
**ABOVE-ENTITLED**
[1] - 1338:16
**ABSENCE** [1] -
1320:12
**ABSENT** [1] - 1320:2
**ABSOLUTELY** [2] -
1265:5, 1274:13
**ACADEMIES** [1] -
1262:19
**ACADEMY** [12] -
1250:3, 1260:13,
1260:19, 1260:22,
1262:19, 1263:3,
1263:4, 1263:18,
1265:13, 1265:20,
1267:3, 1267:7
**ACCEPT** [3] -
1271:19, 1271:23,
1271:24
**ACCEPTABLE** [2] -
1250:13, 1268:23
**ACCEPTED** [3] -
1270:13, 1272:6,
1334:22
**ACCOMMODATE** [2]
- 1334:13, 1334:18
**ACCORDANCE** [4] -
1293:14, 1334:21,
1334:23, 1335:3
**ACCORDING** [4] -
1259:19, 1270:15,
1271:1, 1271:21
**ACCOUNT** [4] -
1314:18, 1314:22,
1314:23, 1316:1
**ACCUMULATION** [1]
- 1318:2
**ACCURATE** [3] -
1312:1, 1332:6,
1334:15
**ACCURATELY** [2] -
1252:4, 1252:10
**ACE** [1] - 1326:13
**ACROSS** [3] -
1256:11, 1262:11,
1319:2
**ACT** [2] - 1261:16,
1261:18
**ACTION** [11] -
1261:23, 1262:9,
1262:22, 1272:22,
1278:6, 1280:20,
1290:21, 1320:21,
1329:13, 1333:5,
1337:25
**ACTIVE** [2] - 1269:8,
1338:1

**ACTIVITY** [1] - 1266:9

**ACTS** [1] - 1337:24

**ACTUALLY** [16] - 1249:9, 1250:16, 1254:7, 1254:16, 1290:21, 1301:4, 1302:25, 1303:1, 1303:5, 1311:16, 1317:22, 1318:5, 1319:6, 1321:3, 1321:12, 1324:13

**ADAPT** [1] - 1271:17

**ADD** [1] - 1267:25

**ADDED** [1] - 1267:23

**ADDING** [4] - 1250:13, 1319:2, 1319:6, 1319:22

**ADDITION** [2] - 1283:24, 1330:6

**ADDITIONAL** [5] - 1298:20, 1302:3, 1302:7, 1322:14, 1323:4

**ADDRESS** [3] - 1249:25, 1254:20, 1321:20

**ADJACENT** [1] - 1325:11

**ADMIRABLY** [1] - 1269:23

**ADMITTED** [1] - 1267:10

**ADVANCES** [1] - 1263:8

**AFFECT** [9] - 1251:1, 1263:6, 1263:14, 1320:7, 1326:21, 1327:4, 1329:3, 1329:12, 1329:14

**AFFECTED** [7] - 1284:6, 1286:3, 1287:9, 1287:12, 1287:13, 1287:14, 1287:21

**AFFECTS** [5] - 1298:8, 1320:12, 1329:1, 1329:5, 1331:20

**AFFIRMATIVELY** [1] - 1290:22

**AFFORDED** [1] - 1308:17

**AFTER** [6] - 1258:7, 1272:2, 1276:19, 1283:1, 1283:13, 1295:1

**AGAIN** [5] - 1260:3, 1268:18, 1269:2, 1312:2, 1315:12

**AGAINST** [5] - 1292:15, 1317:22, 1329:8, 1332:13, 1337:15

**AGGRESSIVE** [1] - 1329:13

**AGREE** [7] - 1259:24, 1261:14, 1269:16, 1270:1, 1277:16, 1304:4, 1322:18

**AGREED** [3] - 1253:24, 1254:4, 1256:19

**AHEAD** [4] - 1296:24, 1303:19, 1312:9, 1321:25

**AL** [2] - 1245:2, 1245:5

**ALL** [53] - 1249:18, 1250:16, 1250:25, 1251:13, 1251:18, 1251:20, 1251:25, 1252:10, 1252:12, 1252:25, 1253:4, 1258:16, 1259:1, 1259:20, 1260:9, 1260:17, 1268:7, 1268:19, 1269:5, 1273:1, 1275:10, 1277:16, 1280:22, 1284:23, 1286:17, 1289:20, 1291:6, 1296:24, 1299:2, 1305:21, 1308:16, 1309:11, 1309:21, 1310:2, 1312:9, 1313:18, 1313:23, 1314:15, 1316:7, 1317:8, 1317:24, 1321:25, 1323:10, 1327:11, 1327:13, 1327:24, 1328:16, 1331:4, 1335:18, 1337:11

**ALLOW** [5] - 1255:5, 1258:3, 1328:1, 1328:9, 1328:16

**ALLOWING** [1] - 1258:3

**ALLOWS** [1] - 1329:9

**ALMOST** [1] - 1293:21

**ALONG** [32] - 1259:21, 1270:7, 1274:21, 1275:3, 1275:22, 1276:10, 1276:13, 1276:14, 1280:17, 1280:23,

1286:21, 1289:13, 1301:5, 1301:9, 1303:9, 1303:11, 1303:16, 1304:22, 1305:11, 1306:19, 1306:24, 1310:4, 1310:20, 1311:14, 1311:15, 1313:22, 1313:23, 1314:1, 1314:15, 1325:10, 1325:11, 1336:7

**ALREADY** [5] - 1255:24, 1257:13, 1285:20, 1324:24, 1327:25

**ALSO** [20] - 1247:1, 1249:25, 1253:25, 1266:7, 1267:1, 1267:6, 1269:11, 1276:10, 1276:25, 1283:7, 1284:1, 1288:12, 1294:9, 1300:6, 1300:18, 1318:8, 1318:13, 1321:1, 1327:16, 1337:4

**ALTERNATIVE** [2] - 1252:5, 1252:13

**ALTHOUGH** [1] - 1255:13

**ALWAYS** [2] - 1326:13

**AM** [31] - 1249:9, 1250:24, 1251:3, 1253:19, 1255:4, 1261:1, 1265:1, 1270:1, 1276:19, 1276:25, 1280:9, 1280:11, 1293:2, 1298:6, 1305:7, 1305:16, 1307:21, 1311:2, 1312:8, 1313:15, 1314:21, 1316:5, 1317:1, 1321:23, 1327:2, 1328:4, 1328:9, 1328:16

**AMERICA** [4] - 1245:5, 1260:23, 1270:14, 1271:20

**AMERICAN** [1] - 1261:3

**AMIN** [1] - 1247:6

**AMOUNT** [3] - 1296:16, 1315:6, 1315:8

**AMOUNTED** [1] - 1315:11

**AMPLIFY** [1] - 1267:8

**AMPLITUDE** [1] - 1320:15

**AN** [32] - 1252:17, 1256:24, 1260:19, 1262:21, 1263:16, 1266:7, 1267:8, 1268:11, 1269:8, 1270:21, 1272:12, 1272:14, 1273:24, 1275:22, 1284:8, 1290:21, 1294:4, 1294:6, 1295:20, 1303:15, 1304:18, 1313:18, 1314:25, 1315:6, 1320:20, 1321:2, 1322:14, 1323:23, 1325:2, 1335:12, 1335:15, 1335:17

**ANALOGOUS** [1] - 1325:9

**ANALYSES** [5] - 1252:16, 1256:1, 1272:20, 1276:21, 1319:14

**ANALYSIS** [19] - 1250:11, 1256:10, 1256:15, 1257:9, 1258:13, 1259:9, 1262:13, 1272:15, 1293:14, 1295:10, 1298:23, 1298:24, 1299:5, 1299:7, 1301:20, 1302:5, 1308:1, 1315:15, 1321:2

**ANALYZE** [3] - 1255:25, 1258:16, 1264:8

**ANALYZED** [2] - 1283:5, 1336:13

**ANALYZING** [1] - 1301:1

**AND** [453] - 1249:12, 1249:16, 1249:19, 1249:25, 1250:1, 1250:3, 1250:10, 1250:12, 1250:20, 1250:25, 1251:8, 1251:13, 1251:14, 1251:19, 1251:20, 1251:25, 1252:4, 1252:9, 1252:14, 1252:21, 1252:25, 1253:4, 1253:6, 1253:9, 1253:11, 1253:14, 1253:16, 1253:18, 1253:19, 1253:23, 1253:24, 1253:25, 1254:9,

1254:20, 1255:1, 1255:3, 1255:7, 1255:11, 1255:12, 1255:17, 1255:22, 1255:23, 1255:25, 1256:2, 1256:17, 1256:23, 1257:6, 1257:9, 1257:11, 1257:14, 1257:15, 1257:17, 1258:3, 1258:11, 1258:23, 1259:1, 1259:2, 1259:5, 1259:12, 1259:15, 1259:18, 1259:19, 1259:21, 1259:22, 1260:2, 1260:5, 1260:6, 1260:11, 1260:14, 1260:22, 1261:5, 1261:18, 1261:21, 1261:22, 1262:7, 1262:18, 1262:19, 1262:24, 1263:1, 1263:2, 1263:4, 1263:7, 1263:8, 1263:10, 1263:13, 1263:20, 1263:21, 1263:22, 1263:23, 1264:2, 1264:4, 1264:10, 1264:11, 1264:13, 1264:14, 1264:21, 1265:1, 1265:6, 1265:9, 1265:17, 1265:19, 1265:21, 1265:24, 1266:1, 1266:3, 1266:5, 1266:9, 1266:16, 1266:18, 1266:20, 1266:22, 1267:1, 1267:2, 1267:6, 1267:16, 1267:22, 1267:23, 1267:24, 1268:5, 1268:13, 1268:14, 1268:22, 1268:24, 1269:2, 1269:16, 1269:17, 1269:18, 1270:4, 1270:17, 1270:20, 1270:23, 1271:5, 1271:7, 1271:18, 1271:25, 1272:2, 1272:3, 1272:4, 1272:12, 1273:3, 1273:8, 1274:2, 1274:9, 1274:13, 1274:20, 1275:4, 1275:8, 1275:9, 1275:16, 1275:21, 1275:25, 1276:5, 1276:6, 1276:23, 1276:24,

1276:25, 1277:4, 1278:7, 1278:23, 1279:7, 1279:21, 1279:24, 1279:25, 1280:10, 1280:13, 1280:16, 1280:22, 1281:9, 1281:11, 1281:19, 1281:23, 1282:5, 1282:9, 1283:1, 1283:5, 1283:6, 1285:7, 1285:11, 1285:18, 1286:2, 1286:7, 1286:16, 1286:19, 1286:23, 1287:10, 1287:16, 1287:21, 1288:1, 1288:4, 1288:7, 1288:16, 1288:19, 1289:5, 1289:8, 1289:16, 1289:20, 1290:2, 1290:8, 1290:12, 1290:19, 1291:1, 1291:8, 1291:10, 1291:24, 1292:2, 1292:7, 1292:8, 1292:10, 1292:18, 1292:22, 1292:25, 1293:2, 1293:5, 1293:8, 1293:11, 1293:14, 1293:17, 1293:25, 1294:4, 1294:8, 1294:12, 1294:16, 1294:17, 1294:24, 1295:2, 1295:8, 1295:14, 1295:21, 1296:6, 1296:9, 1296:15, 1296:19, 1296:21, 1297:1, 1297:7, 1297:11, 1297:15, 1297:16, 1297:19, 1298:2, 1298:5, 1298:19, 1298:24, 1299:1, 1299:7, 1299:8, 1300:6, 1300:7, 1300:10, 1300:12, 1300:15, 1301:22, 1301:25, 1302:2, 1302:5, 1302:7, 1302:9, 1302:12, 1302:14, 1303:1, 1303:15, 1303:19, 1303:20, 1303:24, 1304:4, 1304:20, 1304:24, 1305:2, 1305:10, 1306:2, 1306:25, 1307:5, 1307:8, 1307:11, 1307:16,

1307:19, 1307:24, 1308:21, 1308:25, 1309:7, 1309:15, 1309:21, 1310:3, 1310:10, 1310:13, 1310:22, 1310:24, 1311:11, 1311:21, 1312:4, 1312:9, 1312:17, 1312:18, 1313:2, 1313:12, 1313:13, 1313:16, 1313:19, 1313:20, 1314:2, 1314:8, 1314:13, 1314:18, 1314:23, 1314:25, 1315:7, 1315:13, 1315:19, 1315:22, 1315:23, 1316:1, 1316:7, 1316:8, 1316:18, 1316:21, 1316:22, 1316:23, 1316:24, 1317:3, 1317:8, 1317:15, 1317:16, 1317:17, 1317:19, 1317:21, 1317:23, 1318:1, 1318:3, 1318:7, 1318:8, 1318:11, 1318:13, 1318:15, 1318:22, 1318:24, 1319:2, 1319:12, 1319:13, 1320:1, 1320:6, 1320:12, 1320:22, 1320:24, 1321:4, 1321:7, 1321:19, 1322:14, 1322:16, 1322:20, 1323:1, 1323:7, 1323:18, 1324:6, 1324:18, 1324:25, 1325:7, 1325:13, 1325:15, 1325:24, 1326:4, 1326:10, 1326:12, 1327:2, 1327:7, 1327:8, 1327:11, 1327:17, 1328:1, 1328:5, 1328:6, 1328:7, 1328:23, 1328:25, 1329:2, 1329:6, 1329:8, 1329:9, 1329:10, 1330:6, 1330:15, 1330:20, 1331:3, 1331:8, 1332:2, 1332:6, 1332:15, 1333:13, 1333:15, 1333:25, 1334:2, 1334:4, 1334:11, 1334:23, 1334:24, 1335:3, 1335:18, 1335:19,

1335:21, 1335:22, 1335:23, 1336:12, 1336:14, 1336:21, 1336:24, 1337:7, 1337:18, 1338:2, 1338:14, 1338:15, 1338:16
**AND/OR** [2] - 1317:9, 1317:10
**ANDRY** [2] - 1245:19, 1245:19
**ANGELES** [1] - 1331:8
**ANGELES** [1] - 1245:14
**ANGLE** [1] - 1274:20
**ANOTHER** [12] - 1249:17, 1250:1, 1255:16, 1268:15, 1274:23, 1296:2, 1296:15, 1296:25, 1297:1, 1309:2, 1309:18, 1331:24
**ANSWER** [19] - 1250:17, 1252:22, 1254:3, 1256:24, 1258:13, 1259:5, 1259:7, 1260:2, 1268:11, 1269:18, 1269:21, 1271:24, 1284:8, 1288:6, 1308:14, 1325:8, 1328:21, 1333:14, 1334:25
**ANSWERED** [1] - 1270:17
**ANSWERS** [5] - 1252:14, 1252:19, 1253:4, 1257:2, 1269:15
**ANTICIPATED** [2] - 1296:19
**ANY** [27] - 1250:10, 1252:13, 1252:15, 1252:17, 1256:23, 1260:18, 1261:5, 1261:9, 1262:12, 1262:14, 1265:6, 1272:16, 1276:21, 1282:22, 1301:13, 1301:19, 1309:21, 1311:4, 1318:2, 1323:3, 1323:16, 1323:21, 1324:4, 1335:19, 1336:7
**ANYONE** [1] - 1298:6
**ANYTHING** [4] - 1262:12, 1282:19, 1314:21, 1320:4
**ANYWAY** [1] -

1321:21
**APPARENTLY** [1] - 1321:21
**APPEARANCES** [1] - 1245:11
**APPEARS** [2] - 1296:2, 1311:25
**APPLICATION** [1] - 1333:2
**APPLY** [1] - 1295:21
**APPRECIABLY** [3] - 1284:4, 1314:1, 1314:4
**APPRECIATE** [3] - 1266:25, 1269:2, 1321:4
**APPROACH** [2] - 1279:23, 1320:14
**APPROACHING** [1] - 1310:23
**APPROPRIATE** [7] - 1264:14, 1269:22, 1272:22, 1318:3, 1329:13, 1333:2, 1333:4
**APPROXIMATELY** [11] - 1270:7, 1287:22, 1301:7, 1302:7, 1305:4, 1308:6, 1310:17, 1316:14, 1322:12, 1322:15
**APRIL** [1] - 1245:4
**APRIL** [3] - 1249:2, 1260:13, 1262:18
**ARE** [69] - 1252:17, 1253:4, 1253:6, 1255:10, 1257:5, 1260:25, 1261:7, 1261:9, 1261:12, 1262:11, 1264:4, 1264:11, 1265:15, 1267:2, 1268:24, 1269:14, 1272:23, 1274:10, 1276:16, 1276:18, 1277:21, 1278:25, 1290:10, 1294:8, 1294:9, 1294:23, 1295:16, 1296:9, 1296:22, 1297:18, 1298:7, 1298:13, 1303:5, 1303:9, 1303:11, 1304:19, 1304:22, 1305:10, 1308:21, 1310:20, 1310:21, 1310:23, 1311:11, 1311:17, 1311:22, 1313:23, 1314:1, 1314:4, 1314:6, 1314:7, 1314:8,

1319:6, 1321:9, 1321:14, 1322:4, 1322:22, 1323:18, 1324:24, 1326:1, 1327:10, 1328:5, 1328:7, 1330:9, 1331:20, 1333:3, 1335:8
**AREA** [66] - 1252:15, 1253:10, 1265:14, 1271:5, 1272:12, 1273:24, 1274:8, 1274:11, 1275:22, 1277:21, 1277:22, 1278:24, 1278:25, 1279:10, 1279:11, 1279:21, 1279:22, 1280:3, 1281:6, 1281:12, 1281:13, 1281:16, 1281:17, 1281:19, 1281:25, 1282:2, 1283:2, 1284:5, 1284:19, 1285:7, 1285:23, 1286:2, 1286:8, 1286:9, 1286:15, 1289:13, 1290:17, 1291:18, 1291:20, 1292:3, 1292:19, 1296:4, 1298:13, 1299:23, 1301:1, 1306:14, 1308:25, 1309:1, 1310:4, 1314:10, 1315:6, 1319:3, 1319:10, 1319:15, 1322:11, 1322:21, 1323:24, 1323:25, 1328:24, 1330:5, 1331:18, 1331:19, 1332:2, 1333:1, 1333:4
**AREAS** [27] - 1284:5, 1287:8, 1287:10, 1287:12, 1287:13, 1287:14, 1287:16, 1287:20, 1288:6, 1290:22, 1290:23, 1291:1, 1291:11, 1295:21, 1296:18, 1304:18, 1307:4, 1307:5, 1310:3, 1310:11, 1310:12, 1310:15, 1310:18, 1310:21, 1323:25
**ARGUED** [1] - 1270:20
**ARMY** [3] - 1270:16, 1271:22, 1300:7
**AROUND** [1] - 1286:20

**ARPENT** [1] - 1258:9
**ARRIVE** [1] - 1253:3
**ARRIVED** [2] - 1271:3, 1315:12
**ARROGANCE** [1] - 1272:5
**ARROWS** [1] - 1275:19
**ART** [2] - 1286:24, 1287:2
**ARTICLE** [7] - 1267:7, 1294:19, 1300:5, 1300:12, 1300:14, 1323:12
**ARTICULATE** [1] - 1265:24
**ARTICULATED** [2] - 1270:14, 1271:20
**AS** [99] - 1250:9, 1250:14, 1250:19, 1253:25, 1254:9, 1255:1, 1255:7, 1258:10, 1258:20, 1259:19, 1259:20, 1260:5, 1260:7, 1261:14, 1261:15, 1261:18, 1262:11, 1262:18, 1263:17, 1263:21, 1264:8, 1264:11, 1266:3, 1266:14, 1267:13, 1269:10, 1269:11, 1269:12, 1270:21, 1272:6, 1272:7, 1272:20, 1272:22, 1274:19, 1278:8, 1279:4, 1279:12, 1280:4, 1287:1, 1287:4, 1287:9, 1288:6, 1290:3, 1290:22, 1291:11, 1295:20, 1295:24, 1296:13, 1296:15, 1296:16, 1300:18, 1302:17, 1303:7, 1304:16, 1308:12, 1309:22, 1309:25, 1310:22, 1311:11, 1311:19, 1313:22, 1315:18, 1316:21, 1317:6, 1319:4, 1320:8, 1320:14, 1320:17, 1320:24, 1323:1, 1323:4, 1324:2, 1325:1, 1325:7, 1325:8, 1325:13, 1326:8, 1329:12, 1330:18, 1333:21, 1335:24, 1336:2, 1336:9,

1336:12, 1336:16, 1336:25, 1337:5, 1337:24, 1338:1
**ASHLEY** [1] - 1247:2
**ASHORE** [2] - 1331:7, 1331:16
**ASK** [20] - 1250:2, 1251:24, 1254:20, 1260:16, 1261:14, 1267:19, 1268:8, 1269:15, 1274:25, 1290:5, 1308:17, 1308:19, 1316:5, 1318:19, 1319:6, 1321:15, 1322:1, 1322:6, 1328:2, 1328:9
**ASKED** [21] - 1250:18, 1250:21, 1250:22, 1253:21, 1253:22, 1253:23, 1254:15, 1270:13, 1274:23, 1277:6, 1286:6, 1287:5, 1287:14, 1287:20, 1288:4, 1302:12, 1303:19, 1309:23, 1316:12, 1319:25, 1325:7
**ASKING** [6] - 1270:1, 1307:21, 1312:23, 1313:24, 1321:9, 1328:4
**ASKS** [1] - 1328:12
**ASSAULT** [2] - 1288:17, 1290:19
**ASSAULTED** [1] - 1295:15
**ASSEMBLY** [1] - 1325:2
**ASSESSING** [1] - 1252:12
**ASSESSMENT** [1] - 1263:22
**ASSIGN** [1] - 1254:21
**ASSIGNMENT** [1] - 1252:21
**ASSIST** [2] - 1251:18, 1251:24
**ASSOCIATES** [2] - 1245:12, 1246:7
**ASSUME** [2] - 1254:15, 1285:11
**ASSUMPTION** [1] - 1303:15
**ASSUMPTIONS** [1] - 1263:9
**AT** [106] - 1250:11, 1250:24, 1251:24,

1253:3, 1253:18, 1253:23, 1253:24, 1255:8, 1255:12, 1256:11, 1256:16, 1257:2, 1259:8, 1259:22, 1264:24, 1268:10, 1271:11, 1272:16, 1273:22, 1274:10, 1277:19, 1278:24, 1279:4, 1281:2, 1281:3, 1281:6, 1281:21, 1282:4, 1284:1, 1284:13, 1284:14, 1284:16, 1284:18, 1285:15, 1285:18, 1285:19, 1286:19, 1289:2, 1291:9, 1292:12, 1292:19, 1293:5, 1296:25, 1297:4, 1297:25, 1298:10, 1300:25, 1302:1, 1302:19, 1304:7, 1304:10, 1305:20, 1306:7, 1306:9, 1307:4, 1307:8, 1307:22, 1307:23, 1309:7, 1309:13, 1309:16, 1309:21, 1310:10, 1310:17, 1310:23, 1311:1, 1311:14, 1311:16, 1311:17, 1311:21, 1312:8, 1313:13, 1313:22, 1314:25, 1315:6, 1315:12, 1315:16, 1316:6, 1316:25, 1318:17, 1322:9, 1322:10, 1323:23, 1324:9, 1324:10, 1325:3, 1325:9, 1325:13, 1325:22, 1327:11, 1327:12, 1327:23, 1328:22, 1330:9, 1331:1, 1331:25, 1332:6, 1332:16, 1333:5, 1334:1, 1335:19
**ATCHAFALAYA** [5] - 1293:15, 1294:19, 1301:4, 1301:8, 1323:12
**ATTACK** [1] - 1270:10
**ATTACKING** [1] - 1337:25
**ATTACKS** [1] - 1276:22
**ATTEMPT** [2] -

1335:12, 1335:15
**ATTEMPTING** [3] - 1296:11, 1318:1, 1335:23
**ATTRIBUTABLE** [5] - 1293:23, 1294:6, 1308:12, 1317:4, 1323:22
**ATTRIBUTE** [6] - 1279:10, 1286:3, 1297:10, 1297:11, 1320:4, 1324:4
**ATTRIBUTED** [2] - 1285:25, 1318:8
**ATTRIBUTES** [2] - 1279:7, 1279:9
**ATTRIBUTING** [1] - 1298:3
**AUDIENCE** [1] - 1266:3
**AUGUST** [1] - 1315:20
**AUTHORIZATION** [6] - 1330:9, 1330:10, 1332:17, 1332:21, 1333:11, 1333:15
**AUTHORIZED** [2] - 1330:3, 1330:4
**AUTOMATICALLY** [1] - 1250:22
**AUTOPILOT** [1] - 1271:14
**AVAILABLE** [3] - 1255:24, 1281:9, 1319:20
**AVENUE** [2] - 1245:23, 1246:12
**AVIATION** [1] - 1264:17
**AWAIT** [1] - 1255:17
**AWARE** [2] - 1262:11, 1335:17
**AWAY** [1] - 1254:13

**B**

**B** [1] - 1245:19
**BACK** [57] - 1249:14, 1253:18, 1257:20, 1257:22, 1258:24, 1259:14, 1261:21, 1270:8, 1270:9, 1271:10, 1271:12, 1273:10, 1273:17, 1273:20, 1273:24, 1274:5, 1274:9, 1274:16, 1274:19, 1275:4, 1276:4, 1277:7, 1277:19, 1277:20, 1278:15, 1280:24, 1281:13,

1281:16, 1281:24, 1285:1, 1285:14, 1288:11, 1289:11, 1294:16, 1295:5, 1296:16, 1296:20, 1299:8, 1303:1, 1306:22, 1316:9, 1316:10, 1317:2, 1317:6, 1317:15, 1319:15, 1319:17, 1322:3, 1323:12, 1327:16, 1331:12, 1331:21, 1332:7, 1333:20, 1334:1, 1335:21, 1338:2
**BACK-TO-FRONT** [1] - 1270:8
**BACKFLOWS** [1] - 1291:5
**BAEZA** [2] - 1247:5, 1299:18
**BANK** [2] - 1262:7, 1273:9
**BANKS** [1] - 1301:10
**BARON** [1] - 1245:22
**BARONNE** [2] - 1245:17, 1245:20
**BARRIER** [1] - 1256:11
**BASE** [1] - 1285:19
**BASED** [12] - 1250:19, 1257:13, 1257:15, 1258:13, 1259:5, 1259:25, 1263:9, 1311:20, 1328:8, 1330:7, 1334:11
**BASELINE** [1] - 1311:11
**BASIC** [2] - 1280:9, 1301:16
**BASICALLY** [1] - 1252:1
**BASIN** [1] - 1301:8
**BASIS** [1] - 1328:5
**BATON** [2] - 1246:10, 1246:16
**BATTING** [1] - 1251:11
**BATTURES** [1] - 1280:18
**BAYOU** [13] - 1279:14, 1279:18, 1282:6, 1282:7, 1282:9, 1282:16, 1286:17, 1286:20, 1305:2, 1311:18
**BE** [60] - 1249:5, 1250:11, 1251:1, 1251:9, 1252:1,

1252:22, 1254:9, 1254:23, 1255:9, 1262:3, 1263:12, 1265:13, 1266:9, 1267:14, 1267:15, 1268:14, 1268:17, 1271:8, 1272:1, 1274:23, 1283:19, 1285:25, 1301:16, 1301:22, 1302:3, 1302:9, 1303:15, 1307:25, 1308:5, 1308:17, 1308:21, 1310:13, 1311:4, 1311:15, 1312:1, 1312:13, 1313:24, 1320:1, 1320:7, 1320:20, 1320:25, 1321:19, 1322:3, 1322:24, 1323:19, 1324:9, 1327:5, 1327:23, 1328:14, 1328:23, 1329:9, 1330:4, 1330:24, 1331:3, 1334:8, 1334:12, 1334:17, 1334:19, 1337:18

**BEA** [46] - 1248:5, 1249:12, 1250:2, 1250:8, 1251:14, 1251:24, 1255:10, 1255:21, 1260:16, 1262:11, 1263:16, 1264:21, 1267:19, 1269:1, 1269:8, 1282:2, 1282:10, 1283:24, 1286:10, 1287:25, 1290:16, 1291:10, 1291:14, 1292:14, 1294:20, 1303:4, 1303:16, 1304:4, 1304:11, 1305:16, 1306:7, 1308:4, 1308:24, 1311:8, 1312:14, 1312:18, 1313:1, 1313:16, 1313:25, 1321:8, 1324:16, 1326:17, 1328:4, 1328:19, 1333:9

**BEA'S** [5] - 1259:10, 1281:2, 1291:8, 1312:5, 1333:6

**BEAUTIFUL** [1] - 1274:13

**BECAME** [1] - 1334:3

**BECAUSE** [30] - 1250:19, 1250:21, 1253:17, 1262:5,

1263:10, 1264:3, 1264:12, 1268:13, 1280:5, 1280:6, 1281:12, 1300:21, 1302:3, 1303:8, 1307:2, 1307:3, 1308:22, 1313:15, 1316:5, 1319:19, 1323:1, 1323:18, 1332:18, 1332:22, 1333:12, 1334:10, 1334:16, 1334:25, 1335:8, 1336:12

**BECOME** [1] - 1265:10

**BECOMES** [1] - 1338:1

**BED** [1] - 1296:11

**BEEN** [30] - 1249:10, 1254:5, 1255:24, 1258:10, 1260:6, 1261:22, 1263:5, 1265:2, 1266:15, 1266:19, 1267:22, 1269:17, 1272:14, 1274:8, 1282:24, 1286:6, 1287:10, 1287:14, 1287:16, 1287:21, 1288:7, 1289:18, 1297:22, 1298:2, 1311:23, 1316:19, 1319:15, 1320:1, 1320:11, 1320:20

**BEFORE** [19] - 1245:8, 1251:14, 1260:16, 1266:12, 1266:24, 1267:19, 1289:3, 1292:22, 1292:25, 1296:12, 1297:23, 1312:14, 1312:15, 1312:22, 1314:21, 1316:12, 1328:3, 1330:19

**BEG** [1] - 1250:2

**BEGIN** [2] - 1266:21, 1310:23

**BEGINNING** [1] - 1324:10

**BEGINS** [2] - 1264:6, 1302:2

**BEHALF** [1] - 1268:23

**BEING** [11] - 1287:5, 1288:25, 1294:10, 1301:9, 1301:15, 1311:10, 1317:7, 1324:1, 1332:15, 1334:11, 1335:8

**BELIEVE** [6] -

1279:7, 1279:13, 1302:25, 1306:23, 1323:15, 1330:25

**BELIEVER** [1] - 1265:21

**BELIEVES** [1] - 1328:7

**BELOW** [3] - 1271:14, 1290:11, 1322:22

**BENCHMARK** [1] - 1273:13

**BENEFIT** [1] - 1262:13

**BENJAMIN** [1] - 1247:13

**BERKELEY** [1] - 1264:24

**BERM** [2] - 1293:11, 1319:11

**BERMS** [2] - 1300:15, 1300:16

**BESIDES** [1] - 1260:19

**BEST** [3] - 1291:25, 1327:17, 1338:14

**BETSY** [4] - 1262:1, 1292:22, 1334:11, 1334:15

**BETTER** [1] - 1268:16

**BETWEEN** [11] - 1274:4, 1276:23, 1287:21, 1290:5, 1305:2, 1307:16, 1314:2, 1314:8, 1321:19, 1329:6, 1335:21

**BIENVENUE** [11] - 1279:15, 1279:18, 1282:6, 1282:7, 1282:9, 1282:16, 1286:18, 1286:20, 1287:21, 1305:2, 1311:18

**BIG** [1] - 1290:7

**BIGGEST** [1] - 1292:18

**BIT** [9] - 1253:19, 1286:23, 1289:20, 1292:11, 1293:6, 1301:4, 1304:3, 1324:10, 1332:9

**BLACK** [1] - 1281:23

**BLOW** [2] - 1275:13, 1281:25

**BLUE** [3] - 1291:11, 1311:20, 1311:21

**BLVD** [1] - 1246:19

**BOARD** [1] - 1305:15

**BOARDING** [1] - 1324:24

**BODY** [1] - 1268:9

**BOOKS** [1] - 1263:21

**BORGNE** [6] - 1311:19, 1318:20, 1319:1, 1325:1, 1325:16, 1326:4

**BOTH** [9] - 1270:1, 1270:4, 1274:12, 1287:4, 1294:12, 1304:4, 1319:13, 1327:1, 1332:15

**BOTTOM** [3] - 1255:12, 1311:22, 1331:3

**BOURGEOIS** [1] - 1252:21

**BOX** [4] - 1246:2, 1246:9, 1246:19, 1247:12

**BRACKISH** [23] - 1275:22, 1276:1, 1276:10, 1276:13, 1276:14, 1279:11, 1280:6, 1280:23, 1281:1, 1281:7, 1281:9, 1281:20, 1282:12, 1282:13, 1282:16, 1282:19, 1284:23, 1285:18, 1318:22, 1318:24, 1319:1, 1319:8, 1319:15

**BRANCH** [2] - 1247:5, 1300:7

**BRAND** [1] - 1250:14

**BREACH** [5] - 1274:10, 1288:13, 1288:17, 1291:2, 1291:3

**BREACHED** [4] - 1288:15, 1288:17, 1333:16, 1337:5

**BREACHES** [5] - 1259:18, 1259:21, 1273:16, 1286:12, 1337:7

**BREACHING** [14] - 1259:15, 1270:6, 1270:8, 1270:9, 1283:7, 1286:6, 1286:7, 1286:16, 1286:21, 1310:10, 1310:24, 1320:25, 1326:8

**BREAK** [2] - 1303:9, 1316:12

**BRENDAN** [1] - 1246:23

**BRIDGE** [1] - 1279:5

**BRIEF** [1] - 1283:15

**BRING** [11] - 1275:8, 1281:13, 1283:12, 1285:23, 1286:2, 1296:2, 1306:22, 1313:13, 1327:18, 1333:6, 1335:7

**BRINGING** [1] - 1281:16

**BROKE** [1] - 1312:14

**BROTHER** [1] - 1265:20

**BROUGHT** [9] - 1278:21, 1279:7, 1279:11, 1282:24, 1284:6, 1284:19, 1285:11, 1289:11, 1293:17

**BRUNO** [2] - 1245:16, 1245:16

**BUDD** [1] - 1245:22

**BUILD** [3] - 1265:9, 1292:15, 1330:3

**BUILDING** [3] - 1300:15, 1300:19, 1334:5

**BUILT** [4] - 1292:7, 1293:11, 1301:9, 1319:19, 1330:5, 1334:11, 1334:23, 1335:8

**BUT** [91] - 1249:9, 1249:14, 1250:7, 1250:13, 1251:3, 1251:16, 1251:18, 1252:22, 1254:19, 1258:6, 1258:24, 1260:5, 1266:7, 1267:1, 1268:20, 1269:10, 1269:12, 1271:10, 1271:13, 1271:22, 1272:1, 1272:2, 1273:19, 1274:12, 1276:12, 1276:23, 1278:23, 1283:11, 1283:15, 1284:8, 1284:9, 1287:2, 1287:12, 1287:20, 1288:21, 1293:3, 1293:5, 1294:25, 1295:12, 1295:13, 1295:16, 1296:16, 1297:22, 1298:2, 1298:7, 1300:25, 1302:17, 1303:4, 1303:7, 1304:11, 1304:14, 1304:15, 1304:18, 1305:22, 1306:14,

1309:18, 1310:6,
1310:14, 1310:16,
1311:1, 1311:12,
1311:16, 1311:25,
1312:6, 1314:10,
1315:15, 1316:11,
1317:3, 1318:2,
1319:14, 1320:10,
1320:23, 1321:17,
1321:21, 1322:18,
1324:3, 1324:7,
1324:23, 1325:18,
1325:24, 1326:5,
1327:13, 1330:14,
1331:3, 1331:17,
1332:4, 1334:1,
1334:19, 1335:7,
1336:25, 1337:11
   **BY** [105] - 1245:13,
1245:16, 1245:19,
1245:23, 1246:1,
1246:5, 1246:8,
1246:12, 1246:15,
1246:18, 1246:22,
1247:1, 1247:5,
1250:8, 1251:23,
1252:18, 1254:13,
1254:25, 1255:20,
1257:10, 1257:12,
1257:13, 1257:14,
1257:16, 1257:25,
1258:1, 1258:21,
1259:25, 1265:1,
1266:10, 1267:18,
1268:4, 1269:7,
1269:14, 1269:21,
1270:2, 1271:4,
1273:14, 1274:8,
1274:9, 1275:2,
1275:14, 1278:5,
1278:21, 1279:7,
1279:12, 1279:20,
1281:16, 1282:8,
1282:24, 1283:23,
1283:25, 1284:6,
1284:19, 1284:22,
1285:11, 1286:3,
1287:9, 1287:15,
1289:8, 1289:11,
1290:15, 1290:23,
1291:7, 1291:16,
1296:19, 1298:3,
1300:4, 1300:5,
1301:13, 1303:5,
1304:9, 1305:19,
1305:25, 1306:13,
1307:7, 1311:7,
1312:6, 1312:25,
1313:10, 1313:13,
1314:11, 1314:23,
1317:14, 1320:16,

1320:17, 1320:19,
1323:14, 1324:1,
1324:18, 1325:1,
1325:18, 1325:22,
1326:16, 1326:20,
1328:18, 1329:3,
1330:2, 1332:19,
1332:23, 1333:13,
1333:16, 1333:23
   **BY** [4] - 1247:18,
1247:19, 1248:6,
1248:7

---

# C

   **C** [8] - 1246:5,
1246:8, 1246:12,
1246:14, 1246:15,
1246:18, 1246:18,
1249:1
   **CA** [1] - 1245:14
   **CAERNARVON** [1] -
1314:3
   **CALCULATION** [1] -
1332:2
   **CALCULATIONS** [2]
- 1250:19, 1316:14
   **CALL** [8] - 1263:22,
1264:9, 1280:17,
1288:21, 1305:13,
1308:25, 1316:18,
1322:16
   **CALLED** [11] -
1251:12, 1251:14,
1251:15, 1287:1,
1287:3, 1287:4,
1293:22, 1294:14,
1299:22, 1314:15,
1317:21
   **CALLING** [1] -
1254:21
   **CALVIN** [1] - 1246:12
   **CAME** [14] - 1250:1,
1258:20, 1259:3,
1259:13, 1259:16,
1259:21, 1268:16,
1286:12, 1286:16,
1293:17, 1296:1,
1296:15, 1336:21
   **CAN** [40] - 1253:16,
1254:2, 1254:21,
1257:1, 1262:24,
1263:6, 1264:1,
1267:9, 1269:21,
1274:25, 1275:13,
1275:21, 1276:23,
1280:2, 1281:25,
1283:12, 1286:4,
1286:8, 1291:13,
1296:25, 1298:4,
1299:24, 1301:22,

1302:25, 1304:10,
1306:4, 1308:19,
1311:8, 1313:22,
1314:11, 1316:18,
1317:2, 1321:8,
1321:17, 1322:1,
1327:1, 1328:21,
1331:7, 1335:7
   **CAN'T** [14] - 1255:15,
1264:18, 1268:11,
1280:7, 1284:7,
1298:11, 1300:13,
1307:8, 1308:7,
1308:10, 1308:15,
1314:10, 1323:23,
1327:13
   **CANAL** [2] - 1290:3,
1325:13
   **CANNOT** [7] -
1264:3, 1285:25,
1286:3, 1327:23,
1332:18, 1332:22,
1333:12
   **CARE** [1] - 1320:9
   **CAREER** [4] -
1267:24, 1268:7,
1268:12, 1298:8
   **CAREFULLY** [1] -
1328:11
   **CARONDELET** [1] -
1247:2
   **CARPENTER'S** [1] -
1274:20
   **CARPET** [1] - 1260:6
   **CARTOONED** [1] -
1311:22
   **CASE** [22] - 1253:3,
1255:24, 1255:25,
1257:12, 1257:13,
1260:17, 1261:5,
1261:9, 1265:8,
1266:6, 1267:21,
1268:8, 1270:6,
1270:15, 1270:19,
1271:20, 1282:22,
1290:4, 1308:23,
1312:19, 1319:4,
1326:9
   **CASES** [3] - 1267:22,
1267:24, 1268:5
   **CATASTROPHE** [1] -
1268:14
   **CATASTROPHES** [1]
- 1268:24
   **CATASTROPHIC** [1]
- 1260:7
   **CAUSATION** [1] -
1291:8
   **CAUSE** [2] - 1318:2,
1328:23

   **CAUSED** [13] -
1257:25, 1258:1,
1277:7, 1278:7,
1278:12, 1280:11,
1282:22, 1283:25,
1286:7, 1298:3,
1301:15, 1324:18,
1329:3
   **CAUSES** [3] -
1318:3, 1323:16
   **CCR** [3] - 1247:15,
1338:12, 1338:22
   **CENTRAL** [2] -
1259:22, 1330:22
   **CERTAIN** [2] -
1253:10, 1301:24
   **CERTAINLY** [7] -
1251:3, 1253:17,
1259:16, 1261:17,
1261:20, 1262:2,
1272:8
   **CERTIFICATE** [1] -
1338:10
   **CERTIFY** [1] -
1338:13
   **CHAD** [1] - 1322:19
   **CHALMETTE** [9] -
1257:6, 1257:17,
1257:19, 1258:8,
1258:15, 1298:13,
1299:22, 1332:2,
1335:4
   **CHANGE** [7] -
1271:25, 1272:3,
1284:17, 1321:18,
1321:23, 1334:1,
1334:2
   **CHANGED** [6] -
1270:11, 1271:6,
1272:2, 1279:11,
1282:19, 1334:2
   **CHANGES** [4] -
1263:10, 1265:10,
1271:15, 1307:19
   **CHANGING** [8] -
1259:2, 1263:6,
1266:21, 1271:17,
1281:19, 1303:15,
1327:24, 1328:4
   **CHANNEL** [16] -
1254:8, 1254:14,
1258:1, 1258:3,
1258:11, 1302:2,
1307:5, 1307:6,
1307:7, 1307:20,
1323:25, 1324:25,
1325:14, 1326:5,
1329:16
   **CHARACTERISTIC**
[2] - 1320:18, 1337:23

   **CHARACTERISTIC
S** [1] - 1250:9
   **CHARGED** [1] -
1253:17
   **CHART** [12] - 1251:7,
1251:18, 1252:4,
1253:25, 1254:5,
1254:21, 1256:23,
1267:1, 1267:16,
1278:23, 1285:2,
1286:8
   **CHECK** [1] - 1278:2
   **CHECKED** [1] -
1311:23
   **CHIEF** [2] - 1300:6,
1300:18
   **CHOSE** [2] -
1306:25, 1309:14
   **CHRISTIAN** [3] -
1265:15, 1265:17,
1265:18
   **CHRISTIAN'S** [1] -
1266:1
   **CIRCLED** [2] -
1256:10, 1256:14
   **CIRCUMSTANCES**
- 1315:16
   **CITE** [1] - 1332:4
   **CITED** [1] - 1300:14
   **CITY** [1] - 1246:20
   **CITY** [1] - 1271:5
   **CIVIL** [4] - 1261:3,
1269:9, 1269:10,
1269:12
   **CLAIM** [3] - 1280:11,
1280:24, 1304:19
   **CLAIMS** [1] -
1255:10
   **CLARIFICATION** [2]
- 1253:21, 1255:22
   **CLARIFIED** [1] -
1290:1
   **CLARITY** [1] -
1281:23
   **CLASSROOM** [1] -
1263:21
   **CLAY** [2] - 1276:23,
1277:3
   **CLAYS** [1] - 1314:13
   **CLEAR** [3] - 1303:10,
1323:1, 1328:3
   **CLEARLY** [3] -
1274:12, 1328:19,
1329:2
   **CLEARY** [1] -
1328:13
   **CLERK** [5] - 1249:5,
1267:15, 1275:11,
1283:20, 1312:13
   **CLOSE** [3] -

1293:19, 1307:5, 1311:18

**COAST** [1] - 1331:6

**COASTAL** [1] - 1271:13

**COFFEE** [1] - 1271:15

**COGNIZANCE** [1] - 1264:6

**COINED** [1] - 1270:21

**COLEADER** [1] - 1336:18

**COLLECTED** [1] - 1274:9

**COLORFUL** [1] - 1249:10

**COMBINATION** [1] - 1279:25

**COME** [11] - 1249:13, 1258:24, 1262:11, 1270:19, 1271:10, 1288:11, 1292:18, 1292:19, 1294:16, 1303:1, 1331:7

**COMES** [6] - 1280:17, 1283:2, 1297:1, 1328:22, 1330:20, 1331:16

**COMING** [6] - 1259:14, 1273:15, 1294:12, 1308:22, 1319:2, 1322:3

**COMMENT** [1] - 1308:7

**COMMERCIAL** [1] - 1264:17

**COMMITTEE** [1] - 1261:2

**COMMONLY** [1] - 1294:14

**COMMUNITY** [1] - 1296:8

**COMPARE** [4] - 1255:13, 1255:15, 1313:11, 1337:7

**COMPARED** [1] - 1296:17

**COMPARISON** [2] - 1307:10, 1321:18

**COMPARISONS** [1] - 1255:14

**COMPENSATION** [1] - 1318:3

**COMPETENTLY** [4] - 1270:15, 1270:25, 1271:21, 1272:25

**COMPLETE** [4] - 1250:11, 1291:20, 1302:14, 1302:20

**COMPLETED** [2] - 1302:9, 1330:19

**COMPLEX** [1] - 1246:8

**COMPLEX** [1] - 1264:4

**COMPONENT** [3] - 1253:13, 1325:25, 1327:6

**COMPONENTS** [3] - 1264:4, 1324:23, 1325:2

**COMPRESSING** [1] - 1294:9

**COMPUTER** [1] - 1247:19

**COMPUTERS** [1] - 1283:15

**CONCEPT** [1] - 1265:2

**CONCERNED** [2] - 1329:1, 1329:3

**CONCLUDE** [6] - 1263:4, 1270:6, 1270:25, 1284:7, 1307:16, 1316:2

**CONCLUDED** [4] - 1270:5, 1274:2, 1296:24, 1311:12

**CONCLUSION** [7] - 1257:24, 1259:24, 1269:25, 1284:16, 1296:23, 1297:24, 1307:9

**CONCLUSIONS** [3] - 1253:3, 1264:11, 1282:22

**CONDITION** [1] - 1316:7

**CONDITIONS** [26] - 1263:6, 1266:22, 1271:18, 1272:4, 1273:2, 1273:3, 1273:4, 1283:7, 1284:13, 1284:14, 1284:16, 1284:18, 1284:22, 1318:8, 1330:9, 1331:10, 1333:3, 1333:25, 1334:2, 1336:15, 1336:16, 1337:8, 1337:9, 1337:18

**CONDUCT** [1] - 1249:12

**CONDUCTED** [1] - 1262:13

**CONFIGURATION** [1] - 1327:15

**CONFIGURED** [1] - 1271:7

**CONFIRM** [1] - 1299:24

**CONFIRMED** [1] - 1269:25

**CONFUSED** [1] - 1253:19

**CONFUSING** [1] - 1253:17

**CONGRESS** [3] - 1302:12, 1330:3, 1330:7

**CONNECTED** [3] - 1325:12, 1327:7, 1327:8

**CONNECTING** [1] - 1264:9

**CONNECTION** [6] - 1255:21, 1256:2, 1256:7, 1256:10, 1256:15, 1257:9

**CONNECTS** [1] - 1325:15

**CONOR** [1] - 1247:7

**CONSERVATIVE** [1] - 1320:17

**CONSIDERATION** [2] - 1256:2, 1317:8

**CONSIDERED** [2] - 1253:23, 1298:4

**CONSIDERING** [1] - 1252:12

**CONSIDERS** [1] - 1252:5

**CONSISTENCY** [1] - 1251:21

**CONSISTENTLY** [1] - 1259:3

**CONSOLIDATION** [10] - 1293:22, 1294:1, 1294:10, 1294:12, 1294:13, 1294:14, 1294:25, 1296:21, 1297:1, 1314:13

**CONSTANT** [1] - 1312:19

**CONSTRUCT** [1] - 1320:10

**CONSTRUCTED** [4] - 1272:2, 1320:1, 1326:4, 1334:17

**CONSTRUCTION** [8] - 1258:7, 1283:2, 1293:21, 1294:25, 1295:1, 1302:1, 1315:11, 1316:17

**CONSULT** [2] - 1308:2, 1310:6

**CONSULTED** [1] - 1316:13

**CONTAINED** [2] -

1258:8, 1272:23

**CONTAINS** [1] - 1298:23

**CONTEMPORANE OUS** [3] - 1270:16, 1271:1, 1271:21

**CONTENT** [1] - 1277:3

**CONTENTION** [1] - 1272:25

**CONTEXT** [2] - 1331:9, 1331:18

**CONTINUE** [1] - 1312:9

**CONTINUED** [1] - 1248:6

**CONTINUED** [3] - 1251:22, 1258:2, 1304:16

**CONTINUING** [2] - 1295:7, 1328:15

**CONTINUOUSLY** [1] - 1266:16

**CONTRASTING** [1] - 1324:1

**CONTRIBUTE** [1] - 1323:3

**CONTRIBUTING** [2] - 1310:18, 1310:19

**CONTRIBUTION** [2] - 1307:7, 1307:17

**CONTROL** [2] - 1256:11, 1329:8

**CONVERGE** [2] - 1327:11, 1328:23

**CONVERGENCE** [2] - 1329:3, 1329:11

**CONVEYANCE** [4] - 1254:13, 1324:24, 1325:1, 1326:3

**CONVEYED** [1] - 1256:17

**COPIES** [2] - 1251:8, 1251:9

**COPY** [1] - 1262:25

**CORNER** [2] - 1275:18, 1329:9

**CORPS** [28] - 1258:21, 1258:25, 1262:12, 1266:10, 1266:12, 1268:12, 1270:16, 1271:2, 1271:22, 1271:23, 1290:21, 1292:15, 1296:1, 1298:4, 1299:5, 1299:7, 1300:25, 1302:5, 1302:12, 1309:10, 1319:19, 1327:16, 1327:23, 1328:25,

1330:3, 1334:23, 1335:3, 1335:22

**CORPS'** [2] - 1261:15, 1330:7

**CORRALLED** [1] - 1329:9

**CORRECT** [257] - 1252:22, 1252:24, 1254:6, 1254:11, 1254:17, 1256:9, 1256:13, 1256:21, 1256:25, 1257:3, 1257:4, 1257:7, 1257:8, 1260:8, 1260:10, 1260:12, 1261:13, 1262:10, 1264:13, 1266:6, 1266:11, 1269:19, 1269:20, 1270:17, 1270:18, 1270:23, 1270:24, 1272:10, 1273:1, 1273:4, 1273:5, 1273:20, 1273:21, 1273:25, 1274:1, 1275:7, 1275:24, 1276:1, 1276:2, 1276:14, 1276:15, 1276:17, 1277:8, 1278:8, 1279:2, 1279:8, 1280:24, 1280:25, 1281:4, 1281:7, 1281:8, 1281:10, 1281:14, 1281:15, 1281:21, 1282:21, 1282:24, 1282:25, 1283:4, 1284:3, 1284:6, 1284:13, 1284:20, 1285:6, 1285:8, 1285:10, 1285:12, 1285:13, 1285:18, 1285:19, 1285:22, 1285:25, 1286:5, 1286:18, 1286:21, 1286:22, 1287:18, 1288:9, 1288:10, 1288:13, 1288:16, 1288:24, 1289:10, 1289:11, 1289:12, 1289:13, 1289:18, 1290:18, 1290:19, 1290:20, 1290:24, 1290:25, 1291:11, 1291:12, 1291:18, 1291:19, 1291:21, 1292:4, 1292:6, 1292:9, 1292:10, 1292:20, 1292:24, 1293:1, 1293:9, 1293:10, 1293:12, 1293:13,

1293:15, 1293:16, 1293:21, 1294:3, 1294:5, 1294:7, 1295:4, 1295:19, 1295:22, 1295:23, 1295:25, 1296:3, 1296:5, 1296:8, 1296:15, 1296:16, 1296:23, 1297:3, 1297:12, 1297:14, 1297:18, 1297:20, 1297:22, 1297:23, 1298:21, 1298:22, 1298:24, 1299:2, 1299:3, 1299:5, 1299:6, 1299:8, 1299:10, 1300:8, 1300:9, 1300:16, 1300:17, 1300:19, 1300:24, 1301:2, 1301:10, 1301:11, 1301:14, 1302:10, 1302:11, 1302:12, 1302:13, 1302:17, 1303:6, 1303:7, 1304:16, 1304:20, 1304:23, 1305:17, 1307:3, 1309:17, 1309:24, 1314:16, 1314:19, 1315:2, 1315:4, 1315:17, 1315:20, 1315:21, 1316:2, 1316:4, 1316:9, 1316:10, 1317:4, 1317:5, 1317:12, 1317:17, 1317:23, 1318:6, 1318:9, 1318:10, 1318:12, 1318:14, 1318:21, 1318:22, 1318:23, 1318:25, 1319:9, 1319:12, 1319:16, 1319:21, 1320:7, 1320:16, 1321:1, 1322:18, 1322:25, 1323:9, 1323:17, 1323:18, 1323:22, 1324:5, 1324:9, 1324:19, 1325:16, 1325:17, 1325:19, 1326:10, 1327:19, 1328:25, 1329:9, 1329:10, 1329:18, 1329:22, 1330:7, 1330:8, 1330:10, 1330:11, 1330:13, 1330:14, 1330:23, 1330:24, 1331:25, 1332:3, 1332:5, 1332:8, 1332:10, 1332:11,

1332:14, 1332:19, 1332:23, 1333:18, 1333:19, 1333:21, 1333:22, 1333:24, 1333:25, 1334:13, 1334:18, 1335:4, 1335:12, 1336:21, 1337:5, 1337:6, 1337:9, 1337:10, 1337:12, 1337:13, 1337:16, 1337:17, 1337:20, 1337:23, 1338:14
**CORRECT"** [1] - 1333:14
**CORRECTED** [2] - 1318:5, 1318:7
**CORRECTIVE** [2] - 1262:22, 1333:5
**CORRECTLY** [3] - 1264:9, 1304:1, 1315:8
**COST** [1] - 1262:13
**COULD** [20] - 1250:15, 1251:7, 1251:12, 1254:22, 1256:6, 1263:23, 1274:8, 1274:23, 1277:3, 1288:6, 1290:8, 1291:25, 1294:17, 1301:24, 1308:14, 1312:2, 1334:19, 1336:25, 1337:2
**COULDN'T** [5] - 1268:14, 1302:18, 1311:25, 1337:3, 1337:4
**COUNCIL** [3] - 1262:20, 1263:4, 1265:12
**COUNSEL** [14] - 1250:6, 1251:10, 1251:19, 1273:13, 1277:11, 1283:21, 1289:24, 1310:14, 1312:2, 1312:8, 1312:23, 1321:14, 1321:25, 1322:1
**COUNT** [2] - 1295:7, 1309:25
**COUPLE** [5] - 1249:15, 1269:15, 1271:9, 1322:5, 1329:15
**COURSE** [4] - 1250:20, 1271:15, 1305:24, 1327:13
**COURT** [118] - 1245:1, 1249:6,

1249:8, 1249:14, 1249:20, 1249:23, 1250:2, 1250:16, 1250:18, 1251:8, 1251:18, 1251:19, 1253:16, 1253:21, 1255:4, 1255:7, 1255:17, 1256:14, 1267:4, 1267:8, 1267:11, 1267:14, 1268:2, 1269:3, 1270:19, 1273:13, 1274:22, 1275:10, 1277:11, 1277:16, 1277:21, 1278:3, 1279:17, 1279:19, 1282:4, 1282:7, 1283:14, 1283:18, 1283:19, 1283:21, 1289:24, 1290:1, 1290:2, 1290:8, 1291:1, 1291:6, 1299:11, 1299:13, 1299:16, 1299:19, 1299:21, 1303:8, 1303:15, 1303:19, 1303:23, 1303:25, 1304:6, 1304:8, 1305:1, 1305:4, 1305:7, 1305:10, 1305:13, 1305:18, 1306:2, 1306:4, 1306:9, 1306:14, 1306:23, 1308:15, 1308:19, 1309:4, 1309:7, 1309:15, 1309:20, 1310:2, 1310:9, 1310:13, 1311:6, 1311:8, 1311:11, 1312:2, 1312:7, 1312:12, 1312:16, 1312:20, 1312:23, 1313:3, 1313:7, 1317:6, 1317:13, 1321:14, 1321:21, 1321:25, 1322:3, 1322:8, 1322:14, 1322:20, 1322:23, 1323:1, 1323:7, 1323:10, 1323:13, 1326:15, 1326:19, 1327:25, 1328:9, 1328:14, 1328:16, 1330:1, 1338:4, 1338:12, 1338:13, 1338:23
**COURT** [1] - 1247:15
**COURT'S** [6] - 1249:5, 1249:25, 1250:17, 1255:21, 1283:20, 1312:13

**COURTROOM** [1] - 1273:23
**COVERED** [2] - 1274:11, 1303:5
**CREATE** [2] - 1317:21, 1329:7
**CREATED** [3] - 1312:6, 1325:18, 1325:22
**CREEP** [2] - 1294:15, 1296:22
**CREST** [13] - 1289:5, 1289:7, 1289:8, 1293:9, 1295:11, 1295:13, 1298:1, 1309:1, 1311:15, 1311:20, 1315:16, 1315:19, 1316:6
**CRITERIA** [2] - 1330:18, 1331:20
**CRITICAL** [3] - 1257:22, 1264:8, 1308:19
**CROSS** [1] - 1248:7
**CROSS** [8] - 1249:11, 1249:14, 1251:2, 1255:18, 1268:2, 1269:6, 1272:23, 1322:7
**CROSS-EXAM** [1] - 1249:14
**CROSS-EXAMINATION** [1] - 1248:7
**CROSS-EXAMINATION** [4] - 1249:11, 1251:2, 1255:18, 1269:6
**CROSS-EXAMINER** [1] - 1268:2
**CROWN** [2] - 1322:9, 1322:11
**CRR** [2] - 1247:15, 1338:22
**CRUCIAL** [1] - 1303:21
**CSX** [1] - 1274:10
**CUP** [1] - 1271:14
**CURIOUS** [1] - 1250:19
**CURRENT** [9] - 1284:13, 1284:18, 1284:22, 1285:5, 1326:7, 1326:21, 1327:4, 1327:6, 1327:7
**CUT** [1] - 1283:1
**CYCLE** [1] - 1316:11

# D

**D** [3] - 1247:10, 1248:2, 1249:1
**DAD** [1] - 1268:12
**DALLAS** [1] - 1245:24
**DAMAGE** [4] - 1276:5, 1280:15, 1283:25, 1285:24
**DAMN** [1] - 1268:18
**DAMPENED** [1] - 1316:19
**DANCE** [1] - 1266:19
**DANGER** [1] - 1264:6
**DANGEROUS** [1] - 1266:19
**DANIEL** [1] - 1247:5
**DARK** [1] - 1311:24
**DATA** [7] - 1250:10, 1250:25, 1255:23, 1264:10, 1268:7, 1281:9, 1330:12
**DATE** [4] - 1256:16, 1283:9, 1298:15, 1324:6
**DATED** [1] - 1262:17
**DATING** [1] - 1261:21
**DATUM** [2] - 1311:10, 1312:19
**DAY** [4] - 1295:9, 1295:11, 1295:15, 1315:17
**DAYS** [1] - 1271:9
**DAYTON** [1] - 1326:12
**DC** [1] - 1247:13
**DEAL** [1] - 1280:19
**DEALING** [1] - 1265:24
**DEBRIS** [1] - 1274:9
**DECIDES** [1] - 1330:7
**DECISION** [1] - 1262:14
**DECLARATION** [8] - 1281:2, 1281:4, 1285:14, 1291:8, 1312:5, 1318:17, 1321:7, 1321:10
**DECLARATIONS** [3] - 1267:22, 1268:7, 1270:20
**DECOMMISSIONED** [1] - 1264:20
**DECREASES** [1] - 1320:15
**DEEP** [1] - 1290:13

**DEFECTS** [4] - 1264:6, 1264:11, 1264:15, 1335:23
**DEFEND** [2] - 1249:11, 1292:15
**DEFENDANT** [1] - 1247:4
**DEFENDANTS'** [1] - 1269:16
**DEFENDING** [1] - 1274:11
**DEFENDS** [1] - 1280:16
**DEFENSE** [5] - 1259:19, 1261:11, 1270:4, 1271:12, 1280:18
**DEFENSES** [1] - 1258:12
**DEFER** [1] - 1251:3
**DEFINE** [1] - 1336:5
**DEFINITELY** [1] - 1296:7
**DEFINITIONS** [1] - 1251:13
**DEFORMABLE** [1] - 1323:18
**DEFORMATION** [1] - 1287:9
**DEFORMITY** [2] - 1323:21, 1324:4
**DELIVERED** [1] - 1265:23
**DEMONSTRATE** [3] - 1262:8, 1262:12, 1329:4
**DEMONSTRATED** [1] - 1320:20
**DEMONSTRATES** [2] - 1275:25
**DEMONSTRATING** [1] - 1299:1
**DENHAM** [1] - 1246:13
**DENSE** [6] - 1273:24, 1276:1, 1277:2, 1319:8, 1319:12, 1319:13
**DENSELY** [1] - 1274:11
**DEPARTMENT** [2] - 1247:4, 1300:7
**DEPENDING** [1] - 1307:19
**DEPENDS** [3] - 1288:25, 1301:15, 1310:20
**DEPICTION** [2] - 1289:16, 1313:17
**DEPICTIONS** [2] -

1288:23, 1288:24
**DEPOSITION** [25] - 1276:3, 1277:6, 1278:8, 1287:15, 1287:25, 1288:1, 1298:18, 1298:19, 1301:12, 1302:22, 1304:17, 1306:10, 1313:15, 1324:3, 1324:21, 1325:3, 1325:4, 1326:7, 1329:19, 1331:1, 1333:6, 1333:8, 1335:6, 1335:7, 1336:24
**DEPTH** [2] - 1258:11, 1310:17
**DEPUTY** [3] - 1249:5, 1283:20, 1312:13
**DESCRIBE** [4] - 1263:23, 1274:19, 1283:11, 1305:1
**DESCRIBED** [2] - 1309:23, 1324:17
**DESCRIBES** [1] - 1299:1
**DESCRIBING** [1] - 1330:13
**DESCRIPTION** [2] - 1255:10, 1330:22
**DESIGN** [72] - 1259:9, 1261:9, 1261:12, 1265:9, 1272:9, 1283:1, 1292:8, 1298:21, 1300:22, 1301:13, 1301:23, 1301:24, 1302:3, 1314:24, 1315:10, 1318:1, 1322:22, 1327:14, 1328:10, 1328:11, 1328:13, 1328:20, 1328:22, 1329:6, 1329:25, 1330:9, 1330:12, 1330:18, 1331:4, 1331:10, 1331:20, 1332:12, 1332:17, 1332:18, 1332:21, 1332:22, 1332:24, 1332:25, 1333:3, 1333:11, 1333:12, 1333:20, 1333:23, 1333:25, 1334:2, 1334:4, 1334:5, 1334:8, 1334:12, 1334:17, 1334:21, 1335:3, 1335:11, 1335:12, 1335:14, 1335:15,

1335:19, 1335:25, 1336:3, 1336:4, 1336:5, 1336:10, 1336:11, 1336:12, 1336:15, 1336:16, 1337:1
**DESIGNATE** [1] - 1269:12
**DESIGNED** [13] - 1270:15, 1271:1, 1271:7, 1271:21, 1271:25, 1272:2, 1272:25, 1310:16, 1331:15, 1333:18, 1334:23, 1336:16
**DESIGNERS** [1] - 1335:22
**DESIGNING** [2] - 1301:16, 1337:15
**DESIGNS** [1] - 1330:19
**DESTRUCTION** [3] - 1257:23, 1257:25, 1320:21
**DETAIL** [1] - 1279:22
**DETECT** [3] - 1264:1, 1323:19, 1335:23
**DETECTION** [1] - 1263:25
**DETERMINATION** [1] - 1251:2
**DETERMINATIONS** [1] - 1257:10
**DETERMINE** [10] - 1250:8, 1253:9, 1253:11, 1257:15, 1257:17, 1258:19, 1280:2, 1284:19, 1307:10, 1335:19
**DETERMINED** [9] - 1283:5, 1299:7, 1320:6, 1332:19, 1332:23, 1333:13, 1335:24, 1336:2, 1336:10
**DEVELOP** [5] - 1264:7, 1264:13, 1293:6, 1315:22, 1331:10
**DEVELOPED** [3] - 1254:13, 1258:7, 1330:12
**DEVELOPING** [2] - 1264:2, 1316:11
**DEVELOPMENT** [1] - 1320:2
**DIAGONAL** [1] - 1328:22
**DIAGRAM** [1] - 1322:11

**DIAMOND** [2] - 1293:20, 1295:3
**DID** [52] - 1251:24, 1253:23, 1255:23, 1256:2, 1256:5, 1257:10, 1257:17, 1258:16, 1258:19, 1259:9, 1269:13, 1271:17, 1271:19, 1271:23, 1272:19, 1273:8, 1273:15, 1273:18, 1274:13, 1279:21, 1279:23, 1286:2, 1288:12, 1289:8, 1291:2, 1291:3, 1292:10, 1293:15, 1302:5, 1302:17, 1302:19, 1305:6, 1305:20, 1306:19, 1307:10, 1307:13, 1307:14, 1307:16, 1307:24, 1308:1, 1308:5, 1310:4, 1315:16, 1318:18, 1319:14, 1320:5, 1323:21, 1331:7, 1334:24, 1336:15, 1337:5, 1337:7
**DIDN'T** [30] - 1269:12, 1271:13, 1271:25, 1272:3, 1272:12, 1273:3, 1273:12, 1276:3, 1279:21, 1282:3, 1285:23, 1287:13, 1288:17, 1289:7, 1290:19, 1302:5, 1302:19, 1305:5, 1305:21, 1309:11, 1315:25, 1317:19, 1319:25, 1320:4, 1320:8, 1320:10, 1323:2, 1323:15, 1331:5, 1334:2
**DIES** [1] - 1277:5
**DIFFERENCE** [6] - 1256:20, 1276:23, 1290:5, 1290:7, 1290:9, 1308:10
**DIFFERENT** [11] - 1249:18, 1251:14, 1251:20, 1276:12, 1311:11, 1313:19, 1313:23, 1314:1, 1314:4, 1319:14, 1334:25
**DIFFERENTLY** [1] - 1307:4
**DIFFICULT** [2] -

1288:21, 1323:19
**DIGS** [1] - 1302:1
**DIMENSIONS** [1] - 1250:9
**DIRECT** [4] - 1251:22, 1253:21, 1256:4, 1287:6
**DIRECT** [1] - 1248:6
**DIRECTLY** [3] - 1259:17, 1293:14, 1325:15
**DIRT** [3] - 1270:21, 1271:11, 1309:13
**DISAPPEARED** [1] - 1272:8
**DISCHARGES** [1] - 1327:8
**DISPLACED** [1] - 1304:2
**DISPLACEMENT** [7] - 1286:23, 1286:24, 1287:3, 1287:9, 1303:17, 1317:11, 1322:4
**DISTANCE** [1] - 1311:14
**DISTANT** [1] - 1307:6
**DISTINCT** [1] - 1251:20
**DISTINGUISHING** [1] - 1329:6
**DISTRICT** [5] - 1245:1, 1245:1, 1245:8, 1338:13
**DIVIDED** [1] - 1305:25
**DIVIDENDS** [1] - 1249:17
**DIVISION** [1] - 1335:18
**DO** [56] - 1249:20, 1253:1, 1254:1, 1254:21, 1255:13, 1259:9, 1259:24, 1259:25, 1261:2, 1264:13, 1264:25, 1268:13, 1269:16, 1270:2, 1270:25, 1274:25, 1277:11, 1277:13, 1280:10, 1282:9, 1283:15, 1288:1, 1288:11, 1288:20, 1289:16, 1299:17, 1300:21, 1300:23, 1300:25, 1301:25, 1303:25, 1304:21, 1305:5, 1307:10, 1308:3, 1308:8, 1308:9,

1309:4, 1311:5, 1312:21, 1313:2, 1317:6, 1318:11, 1321:2, 1321:3, 1324:11, 1325:4, 1327:10, 1333:8, 1335:1, 1336:4, 1337:11, 1338:3, 1338:13

**DO-NO-HARM** [1] - 1254:1

**DOCKET** [1] - 1245:3

**DOCUMENT** [6] - 1255:14, 1255:16, 1262:16, 1299:4, 1299:11, 1332:24

**DOCUMENTATION** [1] - 1308:2

**DOCUMENTED** [2] - 1259:25, 1310:7

**DOCUMENTS** [5] - 1300:22, 1335:11, 1335:14, 1335:20, 1335:21

**DOES** [13] - 1252:4, 1255:12, 1255:13, 1258:8, 1262:20, 1262:23, 1266:4, 1279:10, 1280:2, 1320:13, 1322:18, 1322:23, 1323:3

**DOESN'T** [10] - 1250:21, 1271:15, 1276:11, 1285:21, 1292:3, 1295:9, 1298:1, 1298:23, 1302:14, 1331:8

**DOING** [4] - 1269:24, 1276:5, 1305:7, 1317:24

**DOMENGEAUX** [1] - 1246:1

**DON'T** [27] - 1250:25, 1254:1, 1264:5, 1264:12, 1264:13, 1267:23, 1267:24, 1268:6, 1268:13, 1268:18, 1277:4, 1287:5, 1290:12, 1295:7, 1298:6, 1302:16, 1309:25, 1320:4, 1321:2, 1321:17, 1321:22, 1321:23, 1324:7, 1326:21, 1331:19, 1332:4, 1332:24

**DONE** [11] - 1250:8, 1250:11, 1251:16, 1255:10, 1257:14,

1265:13, 1276:21, 1314:15, 1315:15, 1324:1, 1329:21

**DOOMED** [1] - 1268:24

**DOOR** [4] - 1259:14, 1259:16, 1259:17, 1266:18

**DOORSTEP** [1] - 1271:11

**DOTS** [1] - 1264:10

**DOUBLE** [2] - 1293:20, 1295:3

**DOUBT** [1] - 1266:18

**DOWN** [28] - 1249:17, 1267:19, 1271:14, 1282:6, 1282:7, 1282:9, 1282:16, 1283:8, 1285:9, 1286:16, 1286:17, 1286:20, 1294:13, 1299:2, 1303:10, 1305:2, 1311:19, 1311:24, 1314:2, 1314:7, 1314:10, 1315:12, 1319:24, 1324:2, 1330:5, 1338:2

**DR** [80] - 1248:5, 1249:12, 1250:2, 1250:8, 1251:12, 1251:14, 1251:15, 1251:24, 1255:10, 1255:21, 1256:3, 1256:7, 1257:14, 1257:16, 1259:10, 1260:16, 1261:11, 1262:4, 1262:11, 1263:16, 1264:21, 1265:15, 1265:17, 1265:18, 1266:1, 1267:19, 1269:1, 1269:8, 1273:6, 1275:8, 1278:23, 1281:2, 1281:24, 1282:2, 1282:10, 1283:5, 1283:24, 1284:23, 1285:14, 1285:17, 1286:10, 1287:25, 1290:16, 1291:8, 1291:10, 1291:14, 1292:14, 1293:14, 1293:20, 1294:19, 1294:20, 1296:19, 1300:5, 1303:4, 1303:16, 1304:4, 1304:11, 1305:16, 1306:7, 1308:4, 1308:24, 1310:7, 1311:8,

1312:5, 1312:6, 1312:14, 1312:18, 1313:1, 1313:12, 1313:16, 1313:25, 1321:8, 1324:16, 1326:17, 1328:4, 1328:19, 1333:6, 1333:9

**DRAG** [1] - 1309:12

**DRAMATICALLY** [1] - 1271:6

**DRAW** [4] - 1264:10, 1282:22, 1284:16, 1307:9

**DRAWING** [5] - 1305:15, 1306:16, 1306:18, 1318:19

**DRAWN** [2] - 1283:11, 1325:21

**DREDGING** [6] - 1258:1, 1258:2, 1329:15, 1329:16, 1329:20, 1329:21

**DRIVE** [1] - 1309:14

**DROP** [2] - 1293:20, 1330:20

**DROPPED** [1] - 1330:18

**DUDENHEFER** [2] - 1246:4, 1246:5

**DUE** [14] - 1251:16, 1257:23, 1258:2, 1258:20, 1270:2, 1270:8, 1276:4, 1280:15, 1280:24, 1288:17, 1294:8, 1302:8, 1314:12

**DUMAS** [2] - 1246:7, 1246:8

**DUNCAN** [1] - 1278:23

**DUPRE** [5] - 1282:9, 1282:16, 1286:21, 1287:21, 1305:2

**DURING** [20] - 1250:11, 1256:4, 1259:13, 1272:7, 1272:16, 1283:1, 1287:5, 1287:10, 1288:7, 1288:13, 1291:3, 1293:21, 1294:25, 1297:7, 1298:2, 1298:8, 1307:25, 1308:11, 1316:13, 1316:14

**DUTCH** [1] - 1255:13

**DUTCH'S** [1] - 1255:15

**DUTY** [2] - 1253:18, 1266:10

**DUVAL** [4] - 1245:8, 1266:5, 1266:11, 1268:19

**DUVAL'S** [1] - 1269:25

**DX** [7] - 1281:3, 1285:15, 1294:16, 1294:17, 1318:17, 1318:18, 1323:12

**E** [4] - 1247:2, 1248:2, 1249:1

**EACH** [1] - 1252:5

**EARLIER** [9] - 1256:22, 1278:8, 1283:24, 1286:17, 1291:13, 1291:17, 1303:7, 1309:23, 1318:22

**EARLY** [3] - 1259:1, 1310:10, 1316:16

**EARTH** [1] - 1311:2

**EARTHEN** [7] - 1265:8, 1270:6, 1272:20, 1289:19, 1314:23, 1327:5, 1336:16

**EARTHQUAKE** [1] - 1331:7

**EAST** [1] - 1246:23

**EAST** [40] - 1255:23, 1257:6, 1258:16, 1259:6, 1259:7, 1273:9, 1273:10, 1273:16, 1273:17, 1273:19, 1273:20, 1273:24, 1274:5, 1274:16, 1274:19, 1274:20, 1275:3, 1275:4, 1275:16, 1276:4, 1276:6, 1277:7, 1277:9, 1277:20, 1280:7, 1278:15, 1278:19, 1280:23, 1280:25, 1286:12, 1286:13, 1314:2, 1332:7, 1333:20

**EAST-WEST** [8] - 1274:5, 1274:20, 1276:6, 1277:9, 1277:20, 1280:25, 1286:13

**EASTERN** [2] - 1245:1, 1338:13

**EBERSOLE** [1] - 1310:7

**EBSB** [2] - 1270:21, 1319:11

**DUVAL** [4] - 1245:8, 1266:5, 1266:11, 1268:19

**EDGE** [2] - 1259:23, 1310:24

**EDGES** [2] - 1310:11, 1311:1

**EDWARDS** [1] - 1246:1

**EFFECT** [43] - 1254:8, 1254:9, 1256:16, 1261:15, 1261:25, 1262:3, 1262:5, 1262:14, 1278:11, 1278:12, 1280:20, 1286:3, 1287:2, 1288:5, 1292:11, 1294:11, 1302:3, 1302:23, 1303:17, 1304:19, 1306:8, 1306:10, 1306:15, 1307:6, 1307:11, 1313:2, 1314:19, 1320:13, 1320:19, 1320:22, 1323:17, 1323:22, 1324:5, 1324:11, 1324:14, 1324:17, 1325:7, 1325:8, 1327:19, 1328:7, 1329:6

**EFFECTIVE** [1] - 1320:21

**EFFECTIVELY** [1] - 1254:18

**EFFECTS** [8] - 1257:11, 1258:21, 1258:22, 1258:23, 1266:8, 1269:23, 1278:6, 1320:2

**EGRESS** [1] - 1310:21

**EHRLICH** [1] - 1247:6

**EIGHT** [1] - 1331:7

**EITHER** [5] - 1250:23, 1260:17, 1270:20, 1288:20, 1324:7

**EL** [1] - 1247:6

**EL-AMIN** [1] - 1247:6

**ELECTED** [2] - 1260:19, 1307:23

**ELEMENT** [2] - 1326:4, 1338:1

**ELEVATION** [23] - 1290:13, 1292:5, 1292:7, 1293:8, 1293:9, 1307:8, 1311:9, 1311:10, 1311:12, 1314:25, 1315:10, 1315:13, 1316:6, 1316:9,

1316:10, 1318:1, 1322:22, 1332:3, 1332:9, 1332:18, 1332:22, 1333:12, 1333:13
**ELEVATIONS** [6] - 1258:1, 1311:20, 1314:5, 1314:24, 1315:17, 1315:19
**ELEVATOR** [1] - 1337:24
**ELISA** [1] - 1246:22
**ELSE** [2] - 1251:21, 1282:19
**ELWOOD** [2] - 1246:18, 1246:18
**EMBEDDED** [2] - 1280:8, 1290:11
**ENCOUNTERED** [1] - 1323:23
**END** [3] - 1252:18, 1253:20, 1302:1
**ENDED** [1] - 1259:20
**ENDORSEMENT** [3] - 1335:11, 1335:14, 1335:17
**ENERGY** [1] - 1320:15
**ENGAGED** [1] - 1262:14
**ENGINEER** [22] - 1260:25, 1261:5, 1261:6, 1261:15, 1265:7, 1265:8, 1266:14, 1269:10, 1269:13, 1288:19, 1298:9, 1298:10, 1298:20, 1329:13, 1332:18, 1332:22, 1332:25, 1333:3, 1333:5, 1333:12
**ENGINEERING** [20] - 1260:20, 1260:23, 1261:2, 1261:3, 1261:20, 1262:20, 1263:4, 1263:8, 1263:14, 1263:16, 1264:3, 1264:16, 1264:21, 1264:24, 1265:4, 1265:13, 1265:20, 1265:21, 1266:7, 1269:9
**ENGINEERS** [25] - 1258:21, 1258:25, 1260:18, 1260:23, 1261:7, 1261:8, 1261:9, 1261:11, 1261:12, 1262:13, 1265:18, 1266:12, 1266:15, 1268:12,

1268:18, 1268:20, 1270:17, 1271:2, 1271:22, 1290:21, 1327:17, 1328:25
**ENOUGH** [1] - 1312:21
**ENSURE** [1] - 1263:12
**ENTIRE** [11] - 1252:16, 1264:19, 1267:9, 1267:14, 1269:24, 1277:22, 1281:6, 1298:8, 1298:10, 1327:21, 1327:24
**ENTIRELY** [1] - 1330:14
**ENTITLED** [1] - 1338:16
**ENVIRONMENT** [8] - 1259:2, 1265:10, 1271:25, 1272:2, 1277:2, 1280:8, 1281:20, 1320:1
**ENVIRONMENTAL** [5] - 1259:4, 1263:6, 1263:13, 1271:17, 1272:4
**ENVISIONED** [1] - 1334:1
**EQUAL** [1] - 1307:25
**EQUIPMENT** [1] - 1309:11
**ERA** [1] - 1329:2
**ERODING** [1] - 1337:22
**EROSION** [2] - 1262:7, 1310:24
**ESPECIALLY** [1] - 1252:8
**ESQ** [29] - 1245:13, 1245:16, 1245:19, 1245:20, 1245:23, 1246:1, 1246:5, 1246:8, 1246:12, 1246:15, 1246:15, 1246:18, 1246:22, 1246:23, 1247:1, 1247:2, 1247:6, 1247:6, 1247:7, 1247:7, 1247:8, 1247:8, 1247:9, 1247:9, 1247:10, 1247:10, 1247:11, 1247:11, 1247:12
**ESSENCE** [3] - 1264:15, 1310:25, 1337:25
**ESSENTIALLY** [2] - 1264:1, 1296:11

**ESTABLISH** [3] - 1284:4, 1317:25, 1319:18
**ESTABLISHING** [1] - 1314:23
**ESTABLISHMENT** [1] - 1318:2
**ESTOPPED** [1] - 1327:24
**ET** [2] - 1245:2, 1245:5
**EVALUATE** [5] - 1257:13, 1264:10, 1265:9, 1266:8, 1298:21
**EVALUATED** [2] - 1331:15, 1331:17
**EVALUATION** [3] - 1295:20, 1306:18, 1306:19
**EVALUATIONS** [1] - 1301:25
**EVEN** [2] - 1255:15, 1319:15
**EVENING** [1] - 1250:4
**EVER** [2] - 1262:13, 1292:18
**EVERY** [2] - 1267:23, 1335:9
**EVERYBODY** [1] - 1312:18
**EVERYONE** [1] - 1255:24
**EVERYTHING** [3] - 1255:11, 1264:3, 1307:1
**EVIDENCE** [6] - 1255:1, 1267:1, 1267:2, 1282:24, 1334:19, 1335:6
**EVOLVED** [1] - 1337:14
**EVOLVING** [1] - 1264:2
**EXACERBATING** [1] - 1309:12
**EXACT** [1] - 1329:10
**EXACTLY** [3] - 1253:2, 1255:22, 1309:3
**EXAM** [1] - 1249:14
**EXAMINATION** [2] - 1248:6, 1248:7
**EXAMINATION** [7] - 1249:11, 1251:2, 1251:22, 1253:21, 1255:18, 1269:6, 1287:6
**EXAMINE** [3] -

1266:8, 1266:21, 1336:15
**EXAMINER** [1] - 1268:2
**EXAMPLE** [8] - 1253:20, 1261:21, 1310:11, 1313:18, 1315:9, 1315:14, 1315:23, 1332:25
**EXAMPLES** [1] - 1262:7
**EXCAVATION** [1] - 1302:4
**EXCEED** [3] - 1332:18, 1332:22, 1333:12
**EXCEEDED** [3] - 1331:4, 1333:23, 1337:11
**EXCELLENT** [1] - 1313:18
**EXCEPTION** [2] - 1261:10, 1311:24
**EXCERPT** [1] - 1263:1
**EXCERPTS** [1] - 1267:2
**EXCESS** [1] - 1267:21
**EXCUSE** [4] - 1273:16, 1299:24, 1310:18, 1313:5
**EXEMPLAR** [1] - 1322:10
**EXHIBIT** [6] - 1299:13, 1312:3, 1312:4, 1313:12, 1313:13, 1317:8
**EXISTENCE** [2] - 1334:10, 1334:16
**EXISTING** [3] - 1270:16, 1271:1, 1271:21
**EXPAND** [1] - 1268:5
**EXPANDED** [1] - 1250:22
**EXPANDING** [1] - 1252:1
**EXPANSION** [1] - 1304:18
**EXPECTATIONS** [1] - 1334:12
**EXPECTED** [12] - 1263:11, 1272:7, 1292:8, 1296:13, 1296:16, 1320:18, 1328:23, 1334:8, 1334:12, 1334:18, 1334:19, 1337:19
**EXPERIENCE** [1] -

1263:5
**EXPERIMENTS** [1] - 1329:4
**EXPERT** [9] - 1250:22, 1259:19, 1261:7, 1272:24, 1276:18, 1276:20, 1306:20, 1306:21, 1310:7
**EXPERTS** [5] - 1260:17, 1268:5, 1269:16, 1270:4, 1320:11
**EXPLAIN** [7] - 1254:2, 1254:12, 1256:14, 1257:5, 1269:21, 1314:11, 1316:5
**EXPLAINED** [1] - 1336:12
**EXPLAINING** [1] - 1268:11
**EXPOSED** [2] - 1272:3
**EXPRESSED** [1] - 1263:17
**EXTENDED** [1] - 1309:18
**EXTENSION** [1] - 1335:4
**EXTENSIVE** [2] - 1268:9, 1268:14
**EXTENT** [1] - 1280:19
**EXTRA** [1] - 1251:8
**EXTREMELY** [1] - 1320:20

## F

**F** [1] - 1247:8
**FACE** [1] - 1320:14
**FACED** [1] - 1334:4
**FACT** [11] - 1259:1, 1260:22, 1265:6, 1265:23, 1266:9, 1272:6, 1314:12, 1318:13, 1326:17, 1326:21, 1326:23
**FACTOR** [1] - 1326:8
**FACTORS** [2] - 1263:14, 1330:20
**FACTS** [5] - 1280:10, 1304:5, 1326:13, 1328:5, 1328:7
**FAIL** [4] - 1266:4, 1273:3, 1279:21, 1290:19
**FAILED** [6] - 1270:2, 1273:3, 1276:4,

1280:24, 1291:5, 1337:1

**FAILURE** [13] - 1266:8, 1266:23, 1277:7, 1278:7, 1278:12, 1280:14, 1282:3, 1309:22, 1310:1, 1310:15, 1310:17, 1323:4

**FAILURES** [4] - 1269:17, 1273:19, 1280:12, 1282:23

**FAIR** [5] - 1267:11, 1280:13, 1302:15, 1313:25, 1330:3

**FAIRLY** [1] - 1332:6

**FAMILIAR** [4] - 1265:15, 1268:2, 1294:20, 1298:13

**FAMILY** [1] - 1271:10

**FAR** [2] - 1250:14, 1262:11

**FATAL** [1] - 1334:3

**FAUCET** [2] - 1325:14, 1326:2

**FAULT** [2] - 1298:4, 1298:6

**FAYARD** [2] - 1246:11, 1246:12

**FEASIBLE** [4] - 1256:3, 1256:8, 1256:14, 1258:10

**FEATURE** [1] - 1320:3

**FEBRUARY** [1] - 1324:8

**FEED** [2] - 1253:11, 1253:13

**FEEDING** [1] - 1325:14

**FEEDS** [1] - 1326:3

**FEEL** [2] - 1308:19, 1331:8

**FEET** [56] - 1252:22, 1272:23, 1289:5, 1292:1, 1292:2, 1292:19, 1293:8, 1293:18, 1295:7, 1295:8, 1295:24, 1296:2, 1297:2, 1298:1, 1299:2, 1299:8, 1299:9, 1304:22, 1305:1, 1305:3, 1305:23, 1309:6, 1309:16, 1309:18, 1313:20, 1313:21, 1314:7, 1314:8, 1314:25, 1315:1, 1315:7, 1315:11, 1315:14,

1315:23, 1316:6, 1316:8, 1316:25, 1317:3, 1317:16, 1317:17, 1322:10, 1322:12, 1322:15, 1322:22, 1323:8, 1332:3, 1332:9, 1332:13, 1333:23, 1334:4

**FERTILIZED** [1] - 1335:4

**FEW** [6] - 1250:2, 1260:6, 1261:21, 1291:4, 1329:24

**FIFTH** [2] - 1250:3, 1260:14

**FIGURE** [7] - 1252:1, 1277:24, 1280:9, 1280:11, 1313:12, 1313:13, 1332:4

**FIGURES** [2] - 1294:24, 1310:6

**FILED** [1] - 1327:22

**FILLED** [1] - 1318:24

**FILTER** [1] - 1288:25

**FILTERED** [1] - 1289:18

**FINAL** [4] - 1250:3, 1252:14, 1260:14, 1315:13

**FIND** [6] - 1308:5, 1308:14, 1311:25, 1334:19, 1335:12, 1335:15

**FINE** [1] - 1267:12

**FIRM** [4] - 1245:19, 1246:4, 1246:7, 1246:22

**FIRST** [13] - 1251:7, 1251:12, 1257:22, 1266:25, 1271:3, 1272:25, 1274:22, 1284:8, 1306:20, 1309:9, 1310:22, 1310:23, 1331:12

**FISHED** [1] - 1271:5

**FITZGERALD** [2] - 1259:19, 1283:5

**FITZGERALD'S** [3] - 1275:8, 1278:23, 1281:24

**FIVE** [6] - 1261:4, 1292:1, 1292:2, 1296:1, 1297:13, 1322:15

**FIXED** [1] - 1283:16

**FLAW** [1] - 1334:3

**FLAWED** [1] - 1331:20

**FLAWS** [5] - 1264:2,

1335:12, 1335:15, 1335:19, 1335:23

**FLOATING** [1] - 1266:20

**FLOOD** [13] - 1253:13, 1258:8, 1259:22, 1263:7, 1268:23, 1270:6, 1271:4, 1271:12, 1272:20, 1314:23, 1317:25, 1327:5, 1336:17

**FLOODING** [24] - 1252:14, 1253:8, 1253:9, 1253:10, 1253:11, 1253:15, 1257:15, 1257:23, 1258:15, 1259:3, 1259:6, 1259:7, 1259:8, 1259:13, 1259:16, 1259:25, 1260:3, 1260:4, 1260:7, 1268:25, 1269:18, 1273:15, 1286:7, 1286:9

**FLOODWALLS** [4] - 1324:18, 1325:18, 1325:22, 1329:7

**FLOODWATER** [1] - 1258:20

**FLORIDA** [1] - 1246:12

**FLOW** [1] - 1254:9

**FLOWED** [1] - 1273:8

**FOCUS** [1] - 1310:25

**FOCUSES** [1] - 1298:9

**FOLLOW** [1] - 1310:14

**FOLLOW-UP** [1] - 1310:14

**FOOT** [6] - 1292:25, 1297:7, 1297:15, 1297:21, 1314:7, 1317:23

**FOR** [160] - 1245:12, 1246:22, 1247:4, 1248:4, 1249:14, 1249:17, 1250:2, 1251:8, 1251:13, 1252:9, 1253:20, 1253:21, 1254:3, 1254:12, 1254:18, 1255:22, 1255:24, 1257:17, 1257:19, 1258:6, 1258:13, 1258:24, 1259:7, 1259:10, 1259:13, 1259:16, 1260:2,

1260:3, 1260:5, 1260:23, 1261:2, 1261:4, 1261:11, 1261:21, 1262:8, 1262:14, 1262:18, 1263:2, 1263:11, 1263:16, 1263:23, 1264:4, 1264:14, 1265:2, 1266:12, 1267:5, 1267:16, 1267:22, 1268:19, 1268:20, 1269:9, 1269:10, 1269:16, 1269:22, 1270:4, 1270:6, 1271:14, 1272:9, 1273:2, 1273:13, 1276:19, 1277:1, 1277:18, 1279:19, 1279:23, 1280:9, 1281:23, 1281:24, 1282:4, 1283:9, 1283:12, 1283:13, 1284:12, 1284:18, 1285:23, 1286:7, 1287:2, 1290:8, 1290:12, 1290:13, 1290:17, 1292:5, 1293:8, 1299:5, 1299:14, 1300:15, 1301:24, 1302:12, 1303:1, 1303:2, 1303:4, 1307:1, 1307:2, 1308:7, 1310:7, 1310:11, 1310:14, 1310:15, 1311:9, 1311:12, 1312:2, 1312:3, 1312:22, 1313:5, 1313:11, 1315:3, 1315:7, 1315:9, 1315:14, 1315:15, 1315:22, 1316:1, 1316:7, 1316:8, 1317:1, 1318:3, 1318:7, 1318:8, 1318:16, 1319:4, 1319:17, 1321:1, 1321:8, 1321:14, 1324:13, 1325:10, 1326:2, 1326:21, 1327:7, 1328:5, 1329:6, 1331:15, 1331:17, 1332:2, 1332:25, 1333:1, 1333:4, 1333:17, 1333:20, 1333:21, 1334:5, 1335:7, 1335:18, 1336:10, 1336:13, 1336:15, 1336:16, 1337:23, 1337:24,

1338:3

**FORCES** [1] - 1333:17

**FOREGOING** [1] - 1338:14

**FORENSIC** [9] - 1260:25, 1261:2, 1261:6, 1261:8, 1261:12, 1261:14, 1269:12, 1298:9

**FORESHORE** [2] - 1318:15, 1318:16

**FORM** [1] - 1255:16

**FORMAL** [1] - 1327:22

**FORMS** [1] - 1280:17

**FORTH** [1] - 1335:21

**FORTY** [1] - 1265:3

**FORWARD** [2] - 1251:21, 1265:13

**FOSTER** [1] - 1320:2

**FOUND** [5] - 1259:1, 1259:12, 1262:16, 1279:24, 1321:15

**FOUNDATION** [1] - 1251:6

**FOUR** [9] - 1263:25, 1297:16, 1297:19, 1298:2, 1298:5, 1316:24, 1316:25, 1317:3, 1317:19

**FOUR-STEP** [1] - 1263:25

**FRANCISCO** [1] - 1331:8

**FRANK** [1] - 1246:5

**FRANKLIN** [1] - 1247:13

**FRANKLY** [1] - 1253:17

**FREQUENTLY** [1] - 1264:13

**FRIDAY** [27] - 1249:13, 1250:1, 1250:2, 1250:4, 1250:17, 1252:8, 1253:20, 1254:4, 1255:21, 1260:5, 1260:13, 1269:15, 1271:23, 1272:6, 1273:24, 1287:6, 1289:2, 1289:3, 1294:22, 1304:15, 1306:14, 1306:22, 1306:23, 1313:3, 1320:9, 1323:3, 1334:22

**FRIEND** [1] - 1265:16

**FROM** [64] - 1250:1,

1250:10, 1251:21, 1253:14, 1253:16, 1258:20, 1259:3, 1259:14, 1259:21, 1262:19, 1263:1, 1263:5, 1263:17, 1263:25, 1264:17, 1266:6, 1266:7, 1267:3, 1267:24, 1271:8, 1272:22, 1273:16, 1273:22, 1278:12, 1279:11, 1280:11, 1280:24, 1282:9, 1282:19, 1284:7, 1284:22, 1285:16, 1285:25, 1286:16, 1288:15, 1289:2, 1291:8, 1291:25, 1292:13, 1294:12, 1295:5, 1301:19, 1302:12, 1306:22, 1307:6, 1308:11, 1308:22, 1309:2, 1311:16, 1313:1, 1313:18, 1313:23, 1316:2, 1317:16, 1319:1, 1321:2, 1322:19, 1323:25, 1324:13, 1327:24, 1328:3, 1330:12, 1331:20, 1338:15

**FRONT** [9] - 1259:16, 1259:17, 1270:8, 1270:9, 1280:19, 1319:11, 1333:2, 1337:25

**FRONT-TO-BACK** [1] - 1270:9

**FRONTAL** [1] - 1270:10

**FRONTING** [3] - 1280:16, 1280:18, 1320:19

**FULL** [4] - 1315:8, 1316:2, 1316:8, 1318:24

**FULLY** [1] - 1263:10

**FUNCTION** [2] - 1327:14, 1327:15

**FUNNEL** [40] - 1253:24, 1256:12, 1256:17, 1258:20, 1258:21, 1258:23, 1259:2, 1259:8, 1260:4, 1261:15, 1261:25, 1262:3, 1262:5, 1262:14, 1279:4, 1324:11, 1324:14, 1324:17,

1324:23, 1325:7, 1325:8, 1325:9, 1325:10, 1325:12, 1325:14, 1325:18, 1325:21, 1325:22, 1325:24, 1325:25, 1326:1, 1326:2, 1327:11, 1327:12, 1327:19, 1328:6, 1331:19, 1331:20

**FURTHER** [2] - 1270:13, 1317:15

**FUTURE** [3] - 1251:19, 1264:4, 1268:17

## G

**G** [3] - 1247:10, 1248:5, 1249:1

**GAGLIANO** [2] - 1256:3, 1262:4

**GAGLIANO'S** [1] - 1256:7

**GAS** [1] - 1266:18

**GATE** [13] - 1253:22, 1253:23, 1254:1, 1254:2, 1254:3, 1254:5, 1254:7, 1254:10, 1254:16, 1254:18, 1256:16, 1256:20, 1259:8

**GAVE** [5] - 1260:3, 1267:13, 1269:15, 1312:17, 1325:8

**GENERAL** [1] - 1269:10

**GENERALLY** [1] - 1277:2

**GENERATE** [1] - 1268:9

**GENERATED** [2] - 1267:21, 1268:6

**GENERATIONS** [1] - 1268:17

**GEOGRAPHY** [1] - 1301:6

**GEOLOGY** [4] - 1300:6, 1300:18, 1301:1

**GEOTECH** [1] - 1299:23

**GEOTECHNICAL** [5] - 1265:7, 1265:8, 1265:18, 1296:8, 1298:13

**GET** [20] - 1250:16, 1250:24, 1251:6, 1252:19, 1254:3, 1257:2, 1268:22, 1274:23, 1277:4,

1279:4, 1283:16, 1286:8, 1287:13, 1290:1, 1290:13, 1301:6, 1310:24, 1316:23, 1323:23, 1327:12

**GILBERT** [2] - 1246:22, 1246:22

**GIVE** [9] - 1269:4, 1280:4, 1297:15, 1298:20, 1303:21, 1304:5, 1312:2, 1321:8, 1323:4

**GIVEN** [7] - 1269:22, 1304:24, 1320:12, 1321:19, 1329:10, 1329:11, 1334:5

**GIVES** [2] - 1305:25, 1313:18

**GIVING** [2] - 1288:1, 1325:4

**GIWW** [9] - 1256:11, 1282:5, 1301:5, 1301:10, 1324:18, 1325:12, 1326:4, 1327:11, 1328:23

**GLASSES** [1] - 1313:8

**GLITCH** [1] - 1283:14

**GO** [25] - 1253:25, 1265:13, 1272:22, 1281:24, 1281:25, 1283:3, 1283:13, 1285:14, 1287:24, 1293:2, 1294:16, 1295:5, 1295:10, 1296:24, 1297:17, 1303:19, 1312:8, 1317:6, 1317:15, 1317:21, 1321:25, 1331:12, 1331:21, 1338:2

**GOD/NATURE** [1] - 1320:9

**GOES** [1] - 1253:14

**GOING** [19] - 1249:13, 1249:16, 1249:20, 1251:3, 1251:9, 1251:25, 1255:5, 1271:14, 1283:2, 1293:2, 1293:3, 1295:20, 1308:21, 1311:3, 1312:8, 1316:5, 1328:9, 1328:16, 1331:3

**GOOD** [18] - 1249:6, 1249:7, 1249:8, 1249:23, 1261:20,

1262:25, 1265:16, 1278:3, 1279:24, 1279:25, 1280:2, 1282:1, 1288:19, 1296:6, 1326:19

**GOT** [9] - 1257:24, 1272:4, 1293:4, 1295:13, 1298:11, 1298:12, 1313:19, 1314:6, 1321:4

**GOTCHA** [2] - 1278:16, 1278:18

**GOTTEN** [1] - 1251:13

**GOVERNMENT** [1] - 1246:9

**GOVERNMENT** [3] - 1250:25, 1310:14, 1337:15

**GOVERNMENT'S** [2] - 1255:4, 1306:9

**GRADES** [1] - 1332:12

**GRAPH** [3] - 1286:19, 1292:12, 1312:22

**GRAPHS** [1] - 1299:1

**GRASS** [29] - 1273:24, 1274:9, 1274:11, 1275:8, 1275:25, 1276:1, 1276:5, 1276:12, 1276:13, 1276:16, 1276:18, 1276:19, 1276:22, 1277:1, 1277:2, 1277:4, 1279:24, 1279:25, 1280:2, 1280:7, 1280:15, 1280:21, 1283:24, 1285:21, 1318:14, 1318:15, 1335:3, 1335:9

**GREAT** [1] - 1280:19

**GREATER** [3] - 1265:14, 1314:6, 1333:17

**GREEN** [4] - 1275:16, 1313:16, 1313:20, 1319:10

**GREIF** [1] - 1247:7

**GROUND** [3] - 1319:17, 1319:19, 1320:12

**GROUNDED** [1] - 1271:16

**GROUP** [1] - 1252:16

**GROW** [6] - 1258:5, 1276:1, 1276:13, 1276:14, 1280:2, 1280:4

**GROWING** [3] - 1266:16, 1280:5, 1280:7

**GROWTH** [2] - 1258:1, 1277:1

**GUARD** [2] - 1264:1, 1337:15

**GUIDELINE** [1] - 1333:1

**GUIDELINES** [3] - 1332:25, 1334:23, 1335:1

**GULF** [8] - 1266:19, 1266:23, 1271:8, 1271:9, 1271:10, 1324:25, 1325:15, 1331:6

**GUYS** [1] - 1299:17

## H

**HABITAT** [4] - 1283:13, 1284:11, 1284:12, 1284:25

**HAD** [56] - 1251:16, 1253:22, 1256:16, 1258:22, 1259:18, 1260:6, 1262:25, 1271:5, 1271:6, 1271:8, 1274:8, 1277:3, 1279:24, 1279:25, 1286:7, 1286:21, 1287:10, 1287:14, 1287:16, 1287:21, 1288:7, 1290:21, 1292:18, 1292:19, 1295:24, 1298:18, 1300:25, 1303:1, 1305:21, 1306:11, 1306:16, 1307:3, 1307:4, 1309:10, 1310:16, 1311:23, 1313:8, 1315:25, 1318:11, 1318:13, 1320:1, 1323:10, 1326:12, 1327:17, 1332:20, 1334:20, 1335:1, 1335:24, 1335:25, 1336:2, 1336:3, 1336:9, 1336:11

**HALF** [25] - 1289:5, 1292:2, 1293:8, 1295:8, 1297:1, 1297:7, 1297:15, 1297:16, 1297:19, 1298:2, 1298:5, 1299:8, 1306:2, 1315:1, 1315:7, 1315:23, 1316:8, 1316:24, 1317:3,

1317:16, 1317:17, 1317:19, 1317:23, 1322:16

**HAND** [2] - 1275:13, 1275:18

**HAPPENED** [5] - 1253:12, 1255:22, 1310:11, 1315:14, 1323:19

**HAPPENING** [5] - 1268:3, 1296:17, 1296:23, 1297:25, 1316:16

**HAPPY** [2] - 1272:1, 1321:20

**HARBOR** [1] - 1325:12

**HARD** [2] - 1251:6, 1284:9

**HARM** [2] - 1254:1, 1266:17

**HAS** [22] - 1266:18, 1271:12, 1274:11, 1274:20, 1280:19, 1282:20, 1283:5, 1285:7, 1288:5, 1297:19, 1298:10, 1299:1, 1300:12, 1300:14, 1302:3, 1302:12, 1311:11, 1313:15, 1320:20, 1324:23, 1325:9

**HASN'T** [3] - 1282:19, 1284:4, 1300:12

**HATE** [1] - 1283:15

**HAVE** [108] - 1249:15, 1250:7, 1250:10, 1250:20, 1251:2, 1251:7, 1251:11, 1251:12, 1251:16, 1252:4, 1252:11, 1253:23, 1254:5, 1254:13, 1256:10, 1256:14, 1257:2, 1258:6, 1258:10, 1260:4, 1260:6, 1261:22, 1262:11, 1262:16, 1263:5, 1263:11, 1264:5, 1266:15, 1266:22, 1267:1, 1267:9, 1267:19, 1267:21, 1268:7, 1268:17, 1269:17, 1269:23, 1270:4, 1270:13, 1270:20, 1270:23, 1272:6, 1272:14, 1272:15, 1272:16, 1276:21,

1277:12, 1277:24, 1281:13, 1282:3, 1282:9, 1282:23, 1283:14, 1284:8, 1284:25, 1287:23, 1294:7, 1295:10, 1296:10, 1296:18, 1296:24, 1296:25, 1297:9, 1297:21, 1298:1, 1298:19, 1299:14, 1299:19, 1301:6, 1302:14, 1302:20, 1305:10, 1305:21, 1308:2, 1308:21, 1310:5, 1310:6, 1310:7, 1312:21, 1313:17, 1314:7, 1314:18, 1314:22, 1315:24, 1316:5, 1316:6, 1316:18, 1319:15, 1319:20, 1320:6, 1320:11, 1320:14, 1320:25, 1321:2, 1321:20, 1322:4, 1326:4, 1326:21, 1327:19, 1329:10, 1329:11, 1331:7, 1335:16, 1337:5, 1338:3

**HAVEN'T** [2] - 1270:11, 1314:21

**HAVING** [3] - 1254:8, 1254:10, 1298:4

**HAZARD** [1] - 1262:21

**HAZARDS** [3] - 1264:11, 1264:14, 1265:10

**HB-406** [1] - 1247:16

**HE** [44] - 1252:22, 1253:22, 1254:16, 1254:18, 1254:19, 1255:10, 1255:12, 1255:13, 1255:15, 1256:7, 1262:4, 1265:16, 1265:19, 1265:20, 1265:21, 1265:23, 1266:7, 1273:8, 1273:15, 1279:7, 1279:9, 1279:10, 1283:7, 1293:15, 1294:23, 1298:18, 1300:11, 1300:21, 1300:23, 1303:21, 1308:13, 1308:14, 1308:15, 1308:17, 1312:5, 1312:14, 1321:15, 1321:18, 1326:12,

1328:7, 1328:10, 1328:12

**HE'LL** [1] - 1250:6

**HE'S** [5] - 1277:19, 1283:5, 1283:13, 1295:2, 1321:19

**HEAD** [3] - 1274:23, 1300:18, 1328:19

**HEADQUARTERS** [1] - 1335:18

**HEAR** [2] - 1300:13, 1302:18

**HEARD** [4] - 1245:8, 1266:3, 1312:15, 1334:14

**HEARING** [1] - 1327:22

**HEARSAY** [1] - 1267:7

**HEIGHT** [5] - 1309:1, 1309:16, 1309:17, 1322:16, 1323:5

**HEIGHTENED** [1] - 1298:21

**HEIGHTS** [4] - 1313:19, 1314:1, 1314:2, 1317:8

**HELD** [1] - 1317:22

**HELP** [4] - 1256:22, 1277:11, 1280:2, 1289:20

**HELPFUL** [2] - 1254:5, 1268:23

**HELPING** [1] - 1327:2

**HELPS** [1] - 1299:19

**HENCE** [2] - 1256:17, 1257:22

**HERE** [50] - 1249:15, 1252:25, 1255:14, 1269:10, 1271:3, 1271:10, 1273:6, 1276:19, 1278:23, 1279:1, 1279:14, 1280:1, 1280:14, 1283:6, 1283:8, 1283:14, 1284:9, 1284:18, 1285:9, 1286:7, 1286:12, 1286:16, 1286:20, 1289:13, 1292:14, 1293:8, 1294:23, 1295:2, 1296:22, 1296:25, 1299:14, 1303:1, 1303:21, 1304:7, 1304:14, 1306:16, 1308:10, 1308:15, 1313:17, 1313:23, 1314:10, 1315:15, 1318:20,

1319:10, 1324:13, 1326:17, 1326:21, 1331:3, 1331:7, 1337:1

**HEREBY** [1] - 1338:13

**HIGH** [6] - 1252:20, 1277:3, 1296:17, 1319:17, 1320:12, 1323:25

**HIGHER** [1] - 1332:10

**HIGHLIGHT** [1] - 1294:18

**HIM** [5] - 1266:3, 1303:21, 1321:15, 1321:20, 1321:23

**HINDSIGHT** [1] - 1251:15

**HIS** [18] - 1249:10, 1249:11, 1249:12, 1255:13, 1255:16, 1256:4, 1262:4, 1266:5, 1273:7, 1283:10, 1300:21, 1303:20, 1303:22, 1308:14, 1308:16, 1328:5, 1328:7, 1328:12

**HISTORY** [1] - 1317:9

**HOLD** [2] - 1267:8, 1292:8

**HOMEWORK** [1] - 1252:21

**HONEYCUTT** [1] - 1246:11

**HONOR** [40] - 1249:7, 1249:10, 1250:5, 1250:15, 1251:5, 1255:9, 1255:19, 1266:24, 1267:6, 1267:10, 1268:1, 1269:2, 1273:11, 1277:13, 1277:18, 1278:4, 1279:18, 1282:6, 1283:22, 1291:13, 1299:14, 1299:15, 1306:3, 1308:13, 1311:4, 1312:4, 1312:14, 1312:21, 1313:5, 1313:21, 1321:17, 1322:6, 1326:11, 1326:18, 1328:4, 1328:10, 1329:15, 1329:25, 1337:21, 1338:3

**HONORABLE** [1] - 1245:8

**HOOK** [1] - 1326:12

**HOPE** [1] - 1245:13

**HOPEFULLY** [1] - 1251:18

**HORIZONTAL** [1] - 1311:14

**HORRIBLE** [2] - 1268:14, 1268:24

**HORSES** [1] - 1327:24

**HOUR** [1] - 1331:25

**HOUSE** [1] - 1330:25

**HOUSEKEEPING** [1] - 1249:15

**HOW** [24] - 1249:20, 1252:14, 1253:4, 1253:9, 1253:17, 1266:22, 1270:25, 1273:8, 1276:25, 1277:24, 1287:14, 1287:20, 1289:20, 1295:13, 1298:7, 1298:11, 1298:12, 1301:15, 1301:25, 1307:10, 1307:11, 1316:12, 1327:10, 1336:13

**HOWEVER** [2] - 1316:15, 1327:6

**HUH** [1] - 1317:18

**HUNCHES** [1] - 1326:13

**HUNDRED** [1] - 1268:19

**HURRICANE** [46] - 1260:15, 1262:1, 1263:7, 1263:14, 1315:15, 1324:18, 1325:19, 1325:23, 1330:4, 1330:6, 1330:13, 1330:15, 1330:18, 1330:22, 1331:4, 1331:5, 1331:6, 1331:10, 1331:12, 1331:14, 1331:19, 1331:22, 1332:9, 1332:10, 1332:17, 1332:19, 1332:21, 1332:23, 1333:13, 1333:16, 1333:20, 1333:21, 1333:23, 1334:11, 1334:15, 1337:1, 1337:4, 1337:5, 1337:7, 1337:8, 1337:9, 1337:11, 1337:12, 1337:14, 1337:16, 1337:18

**HYDRAULIC** [1] - 1333:17

**HYDROLOGIC** [3] - 1325:25, 1327:9, 1327:17

# I

**I** [249] - 1248:2, 1249:1, 1249:9, 1249:13, 1249:15, 1249:16, 1249:25, 1250:2, 1250:5, 1250:10, 1250:14, 1250:18, 1250:19, 1250:20, 1250:21, 1250:24, 1250:25, 1251:2, 1251:3, 1252:4, 1252:9, 1252:22, 1253:16, 1253:18, 1253:19, 1253:24, 1253:25, 1254:1, 1254:3, 1254:18, 1254:21, 1255:3, 1255:4, 1255:7, 1255:17, 1256:5, 1256:6, 1259:25, 1261:1, 1262:16, 1262:17, 1262:24, 1262:25, 1264:9, 1264:23, 1266:3, 1266:24, 1266:25, 1267:1, 1267:11, 1267:19, 1267:23, 1267:24, 1268:2, 1268:5, 1268:7, 1268:10, 1268:15, 1268:16, 1268:22, 1269:1, 1269:2, 1269:5, 1269:10, 1269:15, 1269:24, 1270:1, 1271:3, 1271:4, 1271:5, 1271:8, 1271:10, 1271:18, 1271:24, 1273:12, 1273:18, 1274:13, 1274:19, 1274:22, 1274:23, 1275:3, 1275:17, 1275:19, 1276:16, 1276:19, 1276:23, 1276:25, 1277:6, 1277:13, 1277:21, 1279:7, 1279:13, 1280:9, 1280:10, 1280:11, 1283:15, 1284:25, 1285:17, 1286:5, 1286:19, 1287:4, 1287:5, 1287:14, 1287:15, 1287:21, 1290:5, 1290:16, 1292:21, 1293:2,

1294:7, 1295:13, 1296:21, 1298:6, 1299:10, 1299:13, 1299:14, 1299:17, 1300:13, 1300:21, 1301:6, 1301:12, 1302:16, 1302:18, 1302:24, 1302:25, 1303:1, 1303:7, 1303:8, 1303:21, 1304:2, 1304:4, 1304:8, 1304:10, 1304:16, 1305:5, 1305:7, 1305:16, 1306:1, 1306:23, 1307:21, 1308:2, 1308:7, 1308:9, 1308:17, 1308:21, 1308:25, 1309:20, 1309:23, 1310:2, 1310:6, 1311:2, 1311:4, 1312:8, 1312:18, 1313:8, 1313:15, 1313:16, 1313:24, 1314:21, 1316:4, 1316:5, 1316:13, 1317:1, 1317:2, 1317:6, 1317:7, 1318:4, 1318:18, 1318:19, 1319:25, 1320:4, 1320:8, 1321:2, 1321:4, 1321:17, 1321:19, 1321:22, 1321:23, 1322:1, 1322:4, 1322:6, 1322:8, 1323:15, 1324:7, 1324:14, 1324:21, 1326:11, 1326:24, 1327:1, 1327:2, 1327:21, 1327:23, 1327:25, 1328:1, 1328:3, 1328:4, 1328:9, 1328:16, 1328:19, 1328:21, 1328:25, 1329:12, 1330:25, 1331:3, 1332:4, 1332:6, 1332:11, 1332:24, 1333:10, 1334:14, 1334:16, 1334:19, 1334:22, 1334:24, 1335:5, 1335:7, 1335:16, 1335:21, 1336:12, 1337:3, 1338:4, 1338:12

**I'D** [4] - 1289:23, 1313:11, 1325:24, 1329:24

**I'LL** [14] - 1251:5,

1251:8, 1277:24, 1278:11, 1283:12, 1288:11, 1288:21, 1297:15, 1303:1, 1303:2, 1305:13, 1308:25, 1328:1, 1335:2

**I'M** [14] - 1273:10, 1275:11, 1277:13, 1299:8, 1299:12, 1299:14, 1299:22, 1301:24, 1310:14, 1311:3, 1311:6, 1313:8, 1324:13, 1332:4

**I'VE** [9] - 1249:10, 1251:10, 1267:22, 1273:21, 1286:6, 1316:10, 1326:13, 1327:25

**IBOS** [1] - 1247:15

**IBOS** [2] - 1338:12, 1338:22

**IDENTIFICATION** [1] - 1262:18

**IDENTIFIED** [7] - 1258:10, 1287:8, 1287:14, 1290:22, 1291:10, 1309:10, 1311:21

**IDENTIFY** [2] - 1288:6, 1309:10

**IF** [72] - 1249:14, 1250:15, 1250:16, 1251:7, 1251:9, 1251:12, 1251:20, 1253:23, 1254:15, 1254:22, 1255:15, 1258:23, 1259:8, 1260:2, 1260:3, 1260:5, 1260:22, 1261:22, 1263:16, 1264:5, 1265:9, 1267:23, 1270:13, 1271:25, 1274:25, 1275:1, 1275:13, 1277:4, 1278:24, 1280:5, 1281:16, 1282:2, 1282:22, 1284:4, 1285:23, 1286:2, 1286:8, 1291:13, 1294:17, 1297:18, 1298:2, 1301:16, 1302:25, 1304:10, 1308:19, 1308:24, 1309:22, 1310:21, 1314:25, 1316:6, 1317:2, 1317:15, 1318:4, 1318:19, 1320:1,

1321:18, 1322:6, 1323:19, 1323:23, 1327:1, 1327:2, 1327:18, 1328:14, 1330:24, 1331:18, 1332:4, 1333:3, 1334:4, 1335:7, 1335:24, 1336:2, 1336:10

**IGNORANCE** [1] - 1272:5

**IGNORE** [1] - 1301:22

**IGNORED** [1] - 1259:3

**IGNORING** [1] - 1259:3

**IHNC** [1] - 1256:18

**II** [2] - 1246:19, 1247:1

**ILIT** [2] - 1302:17, 1302:19

**ILLUSTRATION** [3] - 1283:9, 1311:2, 1311:22

**IMAGE** [3] - 1281:11, 1284:23, 1285:17

**IMMEDIATELY** [1] - 1293:21

**IMPACTS** [4] - 1258:6, 1258:7, 1259:4, 1260:11

**IMPLEMENT** [1] - 1264:13

**IMPLEMENTED** [1] - 1263:12

**IMPLICATIONS** [1] - 1263:11

**IMPORTANCE** [1] - 1265:25

**IMPORTANT** [11] - 1263:11, 1265:24, 1268:15, 1289:22, 1290:16, 1295:10, 1295:12, 1295:16, 1304:14, 1331:8, 1338:1

**IMPRESSION** [1] - 1289:7

**IMPROVE** [1] - 1318:14

**IN** [269] - 1249:5, 1249:10, 1250:7, 1250:12, 1250:14, 1250:20, 1250:23, 1251:25, 1252:5, 1252:12, 1252:13, 1252:15, 1252:21, 1253:3, 1253:4, 1253:9, 1253:10,

1253:12, 1253:16, 1253:22, 1254:3, 1254:7, 1254:8, 1254:20, 1255:5, 1255:11, 1255:14, 1255:16, 1255:21, 1255:22, 1255:24, 1255:25, 1256:2, 1256:7, 1256:10, 1256:15, 1256:23, 1257:9, 1258:8, 1258:24, 1259:1, 1259:5, 1259:6, 1259:17, 1259:20, 1260:9, 1260:18, 1260:23, 1261:5, 1261:9, 1262:1, 1262:4, 1262:8, 1262:14, 1263:8, 1263:17, 1263:21, 1265:4, 1265:19, 1265:21, 1265:23, 1266:3, 1266:5, 1266:6, 1266:9, 1266:19, 1266:21, 1266:23, 1267:7, 1267:14, 1267:21, 1267:24, 1268:5, 1268:7, 1268:11, 1268:23, 1269:10, 1270:6, 1270:11, 1270:19, 1271:5, 1271:10, 1272:14, 1272:23, 1273:9, 1273:15, 1273:23, 1274:23, 1275:18, 1275:19, 1276:3, 1276:12, 1277:1, 1277:4, 1277:6, 1278:1, 1278:8, 1278:21, 1279:3, 1279:7, 1279:9, 1279:21, 1279:22, 1280:4, 1280:7, 1280:8, 1280:9, 1280:12, 1280:14, 1280:17, 1281:6, 1281:7, 1281:11, 1281:19, 1282:2, 1282:5, 1282:9, 1282:22, 1282:24, 1283:20, 1283:24, 1284:5, 1284:6, 1284:9, 1284:19, 1284:23, 1285:7, 1285:11, 1285:14, 1285:18, 1286:9, 1286:16, 1287:2, 1288:24, 1289:13, 1290:23, 1291:10, 1291:11, 1291:17,

1291:18, 1291:20, 1293:14, 1293:15, 1293:17, 1294:8, 1294:12, 1294:13, 1294:24, 1296:1, 1296:6, 1296:8, 1296:15, 1296:20, 1297:1, 1298:17, 1298:19, 1299:7, 1300:7, 1300:19, 1300:22, 1301:1, 1301:7, 1301:12, 1302:5, 1302:22, 1304:16, 1304:24, 1305:22, 1306:19, 1306:20, 1306:21, 1308:24, 1308:25, 1309:1, 1309:12, 1310:7, 1310:11, 1310:25, 1311:20, 1311:21, 1311:22, 1312:5, 1312:13, 1312:19, 1313:12, 1313:15, 1314:10, 1314:12, 1314:18, 1315:6, 1315:9, 1316:16, 1317:4, 1317:7, 1317:24, 1318:13, 1319:3, 1319:10, 1319:11, 1319:14, 1319:15, 1319:17, 1319:23, 1319:24, 1320:6, 1320:8, 1320:13, 1320:18, 1320:22, 1320:24, 1321:16, 1321:19, 1321:21, 1322:16, 1322:21, 1323:3, 1323:15, 1324:3, 1324:17, 1324:21, 1324:25, 1325:7, 1325:21, 1326:7, 1326:8, 1327:8, 1327:16, 1327:17, 1328:6, 1328:22, 1329:2, 1329:9, 1329:19, 1330:5, 1330:6, 1330:20, 1331:4, 1331:8, 1331:9, 1332:12, 1333:1, 1334:10, 1334:16, 1334:21, 1334:23, 1335:3, 1335:6, 1335:8, 1335:12, 1335:15, 1335:20, 1335:21, 1336:24, 1337:25, 1338:15

**INCHES** [8] - 1297:16, 1297:19, 1298:3, 1298:5,

1316:24, 1317:3, 1317:19, 1330:23
**INCLUDED** [1] - 1256:16
**INCLUDES** [1] - 1330:22
**INCLUDING** [3] - 1268:23, 1280:15, 1317:9
**INCOMING** [1] - 1280:20
**INCORRECT** [5] - 1275:5, 1284:11, 1288:14, 1324:20, 1337:24
**INCREASE** [3] - 1290:23, 1294:8, 1296:10
**INCREASED** [5] - 1261:15, 1261:18, 1261:19, 1272:21, 1284:4
**INCREASING** [3] - 1266:17, 1296:9, 1336:14
**INCREMENTAL** [1] - 1308:10
**INCREMENTED** [1] - 1315:13
**INCUMBENT** [2] - 1329:12, 1333:4
**INDEED** [1] - 1260:24
**INDENTATION** [1] - 1291:17
**INDEPENDENT** [1] - 1336:18
**INDICATE** [1] - 1294:24
**INDICATING** [7] - 1278:1, 1285:7, 1285:9, 1286:10, 1286:21, 1289:14, 1291:18
**INDICATING)** [5] - 1275:20, 1277:15, 1278:17, 1279:1, 1292:23
**INDOLENCE** [1] - 1272:5
**INDUCTION** [2] - 1329:1, 1329:3
**INDUCTOR** [1] - 1326:5
**INDULGE** [1] - 1249:14
**INDULGENCE** [2] - 1266:25, 1269:2
**INDUSTRY** [2] - 1266:18, 1287:2

**INFERRING** [2] - 1296:22, 1297:22
**INFLUENCE** [2] - 1253:7
**INFORMATION** [13] - 1253:11, 1253:13, 1255:23, 1257:16, 1264:9, 1293:6, 1296:18, 1308:16, 1308:18, 1312:21, 1322:19, 1322:21, 1336:7
**INFORMED** [1] - 1324:3
**INITIALLY** [3] - 1263:25, 1294:11, 1311:15
**INITIATED** [1] - 1270:9
**INNER** [1] - 1325:12
**INNER-HARBOR** [1] - 1325:12
**INPUT** [2] - 1257:13, 1316:2, 1333:3
**INPUTS** [1] - 1280:24
**INSIGNIFICANT** [2] - 1326:8, 1326:25
**INSPECTING** [1] - 1271:4
**INSTALLED** [1] - 1311:23
**INSTANCE** [3] - 1280:14, 1328:6, 1331:4
**INSTANCES** [2] - 1255:14, 1270:19
**INSTANTANEOUS** [1] - 1294:24
**INSTITUTIONAL** [1] - 1268:21, 1268:22
**INSTRUMENTAL** [2] - 1300:19, 1300:21
**INSURERS** [1] - 1246:22
**INTEGRATED** [2] - 1327:8, 1330:10
**INTENDED** [1] - 1336:15
**INTENSE** [1] - 1272:4
**INTENSITY** [1] - 1320:15
**INTENTIONALLY** [1] - 1331:11
**INTERACTIVE** [2] - 1263:21, 1264:15
**INTERDISTRIBUTA RY** [1] - 1314:13
**INTERESTED** [1] - 1250:20

**INTERFACE** [1] - 1274:10
**INTERLOCKS** [1] - 1291:4
**INTERNET** [1] - 1262:25
**INTERRUPTION** [1] - 1283:21
**INTERSECTION** [2] - 1274:4, 1282:5
**INTO** [28] - 1253:11, 1253:13, 1255:1, 1256:2, 1256:17, 1256:18, 1264:3, 1266:25, 1267:2, 1270:19, 1271:12, 1279:4, 1279:11, 1283:2, 1285:23, 1286:2, 1293:2, 1302:2, 1314:11, 1314:12, 1314:18, 1314:22, 1314:23, 1317:8, 1326:3, 1326:5, 1330:10, 1331:19
**INTRACOASTAL** [1] - 1324:25
**INTRUSION** [2] - 1258:3, 1258:11
**INVESTIGATION** [4] - 1298:14, 1298:17, 1336:18, 1336:21
**INVOLVED** [2] - 1260:18, 1317:8
**INVOLVEMENT** [1] - 1306:5
**IS** [224] - 1249:20, 1250:6, 1250:13, 1250:14, 1250:16, 1250:22, 1250:25, 1251:8, 1252:17, 1252:22, 1252:25, 1253:4, 1253:17, 1253:25, 1254:2, 1254:3, 1254:16, 1254:19, 1255:10, 1256:24, 1257:6, 1257:7, 1257:22, 1257:23, 1258:8, 1258:13, 1258:25, 1259:5, 1259:7, 1259:14, 1260:18, 1260:19, 1260:21, 1260:22, 1260:23, 1260:24, 1261:5, 1262:17, 1262:25, 1263:16, 1263:19, 1263:20, 1263:21, 1263:24, 1264:1, 1264:2, 1264:8,

1264:9, 1264:10, 1264:12, 1264:15, 1264:20, 1265:2, 1265:4, 1265:7, 1265:16, 1265:17, 1265:18, 1265:19, 1265:20, 1265:21, 1265:23, 1266:1, 1266:11, 1266:20, 1267:4, 1267:16, 1267:17, 1268:2, 1270:17, 1271:11, 1271:16, 1272:25, 1274:3, 1274:11, 1274:19, 1274:21, 1275:15, 1276:12, 1276:17, 1276:24, 1277:1, 1277:14, 1277:16, 1278:6, 1278:22, 1278:23, 1279:5, 1279:14, 1280:7, 1281:4, 1281:20, 1282:16, 1283:10, 1283:11, 1284:1, 1284:17, 1284:18, 1285:15, 1285:16, 1286:3, 1286:9, 1286:23, 1287:3, 1288:9, 1288:25, 1289:5, 1289:13, 1290:5, 1290:9, 1290:16, 1291:8, 1291:17, 1292:14, 1293:5, 1293:8, 1293:25, 1294:4, 1294:6, 1294:9, 1294:18, 1295:8, 1295:13, 1295:14, 1295:18, 1296:6, 1296:9, 1296:11, 1296:17, 1296:22, 1296:23, 1297:15, 1298:7, 1299:4, 1299:5, 1299:11, 1301:13, 1301:15, 1301:19, 1301:24, 1302:9, 1302:14, 1304:1, 1304:11, 1305:20, 1306:18, 1306:21, 1306:25, 1308:2, 1308:11, 1309:23, 1310:25, 1311:2, 1311:8, 1311:9, 1311:17, 1312:4, 1312:18, 1313:1, 1313:25, 1316:2, 1316:11, 1316:16, 1317:15, 1319:23, 1320:7, 1320:18, 1320:23, 1321:4,

1321:16, 1323:4,
1323:8, 1324:17,
1325:9, 1325:14,
1325:18, 1325:22,
1325:25, 1326:1,
1326:3, 1326:5,
1326:17, 1326:21,
1326:22, 1327:6,
1327:7, 1328:6,
1328:13, 1329:7,
1329:8, 1329:16,
1329:18, 1329:21,
1329:22, 1329:23,
1330:3, 1330:15,
1331:3, 1331:14,
1331:17, 1331:24,
1332:18, 1332:22,
1333:1, 1333:13,
1333:20, 1333:22,
1333:25, 1334:15,
1334:21, 1335:1,
1336:8, 1336:9,
1337:22, 1338:14

**ISN'T** [21] - 1265:6,
1275:22, 1281:19,
1284:6, 1286:24,
1287:3, 1287:11,
1287:17, 1289:5,
1297:5, 1301:20,
1319:24, 1327:14,
1328:20, 1329:17,
1329:19, 1330:10,
1330:19, 1331:14,
1332:13, 1334:6

**ISSUE** [12] - 1250:1,
1285:20, 1290:2,
1301:13, 1306:7,
1322:4, 1322:5,
1328:6, 1328:13,
1328:20, 1329:20,
1331:14

**ISSUED** [2] -
1260:14, 1269:14

**ISSUES** [4] -
1249:16, 1292:14,
1301:22, 1322:4

**IT** [247] - 1250:16,
1250:21, 1251:1,
1251:10, 1251:21,
1252:16, 1253:4,
1253:11, 1253:13,
1253:19, 1253:22,
1253:23, 1253:24,
1254:9, 1254:21,
1254:22, 1255:1,
1255:5, 1255:7,
1258:25, 1260:22,
1260:24, 1262:20,
1262:23, 1263:1,
1263:2, 1263:22,

1264:13, 1265:4,
1265:6, 1266:3,
1266:21, 1267:12,
1268:8, 1268:10,
1268:11, 1268:13,
1269:9, 1269:13,
1271:3, 1271:9,
1271:13, 1271:14,
1271:25, 1272:2,
1272:3, 1274:11,
1274:18, 1274:20,
1274:23, 1274:24,
1275:3, 1275:15,
1275:22, 1276:11,
1276:13, 1277:3,
1277:4, 1277:6,
1277:25, 1278:11,
1279:5, 1279:11,
1279:21, 1279:22,
1279:24, 1280:4,
1281:20, 1282:19,
1282:20, 1283:16,
1284:14, 1284:19,
1285:1, 1285:7,
1285:21, 1286:24,
1287:3, 1287:11,
1287:16, 1288:21,
1288:25, 1289:5,
1289:20, 1290:11,
1292:2, 1292:3,
1292:10, 1292:16,
1292:22, 1292:25,
1293:4, 1293:6,
1293:7, 1293:17,
1293:18, 1294:20,
1294:22, 1295:9,
1295:13, 1295:14,
1295:15, 1296:2,
1296:12, 1296:20,
1296:24, 1297:5,
1297:7, 1297:15,
1297:21, 1297:25,
1298:1, 1298:23,
1299:7, 1299:14,
1300:12, 1301:5,
1301:15, 1301:20,
1301:25, 1302:6,
1302:14, 1302:24,
1304:1, 1304:10,
1304:11, 1305:7,
1305:13, 1306:25,
1307:2, 1307:11,
1307:19, 1307:23,
1308:14, 1308:19,
1308:25, 1309:13,
1309:15, 1309:18,
1310:16, 1310:20,
1311:12, 1312:3,
1312:5, 1313:2,
1313:15, 1313:25,
1314:22, 1314:23,

1314:25, 1315:3,
1315:7, 1315:9,
1315:11, 1315:12,
1315:13, 1315:24,
1316:1, 1316:5,
1316:7, 1316:8,
1316:10, 1316:15,
1316:22, 1317:7,
1317:16, 1317:19,
1318:11, 1319:7,
1319:19, 1319:24,
1320:1, 1320:5,
1320:8, 1320:15,
1321:4, 1321:15,
1321:16, 1321:20,
1321:21, 1321:22,
1322:8, 1322:10,
1322:11, 1322:18,
1322:23, 1323:1,
1323:4, 1323:18,
1323:19, 1323:23,
1324:1, 1324:7,
1324:14, 1325:1,
1327:1, 1327:13,
1327:14, 1328:1,
1328:3, 1328:14,
1328:16, 1328:20,
1328:21, 1329:9,
1329:17, 1329:19,
1330:3, 1330:4,
1330:24, 1331:5,
1331:6, 1331:8,
1331:14, 1331:16,
1332:4, 1332:18,
1332:20, 1332:22,
1333:2, 1334:6,
1334:19, 1335:6,
1335:10, 1338:1

**IT'D** [1] - 1272:1
**IT'S** [91] - 1249:16,
1249:17, 1250:12,
1250:16, 1250:23,
1251:9, 1252:20,
1256:20, 1259:1,
1263:25, 1264:16,
1274:4, 1275:6,
1275:9, 1275:17,
1277:24, 1280:5,
1280:6, 1280:8,
1280:9, 1280:20,
1283:2, 1284:9,
1284:23, 1285:4,
1285:14, 1286:24,
1287:1, 1287:3,
1287:4, 1288:12,
1288:21, 1289:18,
1289:22, 1290:7,
1290:13, 1291:9,
1292:12, 1294:12,
1298:8, 1299:22,
1300:14, 1301:6,

1303:4, 1303:10,
1303:18, 1303:20,
1306:1, 1306:9,
1306:14, 1306:24,
1307:16, 1308:19,
1308:25, 1311:16,
1312:5, 1312:6,
1312:8, 1313:5,
1314:6, 1314:12,
1318:18, 1321:12,
1322:9, 1323:8,
1323:19, 1324:15,
1325:1, 1326:24,
1327:18, 1328:19,
1329:12, 1330:25,
1331:3, 1331:8,
1331:14, 1331:15,
1331:17, 1332:4,
1332:6, 1333:4,
1335:8, 1337:22,
1337:25

**ITS** [13] - 1258:22,
1260:14, 1262:1,
1271:15, 1283:1,
1317:25, 1325:7,
1325:8, 1325:25,
1330:20, 1333:25,
1337:1

**ITSELF** [13] -
1250:12, 1252:14,
1254:14, 1256:23,
1298:23, 1313:14,
1318:5, 1319:18,
1325:18, 1325:21,
1325:22, 1326:1,
1331:12

## J

**J** [1] - 1247:1
**JAMES** [2] - 1246:1,
1247:8
**JANUARY** [19] -
1285:16, 1287:8,
1287:15, 1287:24,
1288:1, 1304:16,
1306:21, 1312:5,
1324:7, 1324:21,
1325:3, 1325:4,
1329:19, 1335:24,
1336:2, 1336:8,
1336:9, 1336:24,
1336:25
**JEFFERSON** [1] -
1246:2
**JEFFREY** [1] -
1247:6
**JOHN** [4] - 1247:12,
1265:15, 1265:17,
1265:18
**JOIN** [1] - 1291:5

**JOINT** [1] - 1312:4
**JONATHAN** [1] -
1245:19
**JOSEPH** [2] -
1245:16, 1245:16
**JOSHUA** [1] -
1246:15
**JR** [1] - 1247:8
**JR** [6] - 1245:8,
1246:5, 1246:12,
1246:18, 1246:18,
1247:5
**JUDGE** [8] - 1245:8,
1249:24, 1266:5,
1266:11, 1268:19,
1269:25, 1298:6,
1328:17
**JUDGMENT** [1] -
1333:2
**JUDICIALLY** [1] -
1327:23
**JULY** [6] - 1281:6,
1306:20, 1318:17,
1321:6, 1321:10,
1321:12
**JUST** [34] - 1249:16,
1250:4, 1250:25,
1252:17, 1255:9,
1261:21, 1267:9,
1268:7, 1277:11,
1277:23, 1279:19,
1283:12, 1285:1,
1286:12, 1286:16,
1287:23, 1289:20,
1289:24, 1290:1,
1290:8, 1293:5,
1303:21, 1305:13,
1308:14, 1313:11,
1313:13, 1314:21,
1316:1, 1317:7,
1317:19, 1321:23,
1323:1, 1326:24,
1329:10
**JUSTICE** [1] - 1247:4
**JUT** [1] - 1326:14
**JX** [8] - 1275:9,
1281:25, 1289:23,
1291:9, 1299:15,
1299:20, 1313:12,
1313:13

## K

**K** [2] - 1247:9,
1247:11
**KALIMAH** [1] -
1247:6
**KARA** [1] - 1247:9
**KAREN** [2] -
1338:12, 1338:22
**KAREN** [1] - 1247:15

DAILY COPY

**KATRINA** [34] - 1257:23, 1258:20, 1259:13, 1272:4, 1272:7, 1273:4, 1288:13, 1288:15, 1288:17, 1290:19, 1291:24, 1295:9, 1295:11, 1295:14, 1295:15, 1297:25, 1309:16, 1311:21, 1315:16, 1315:17, 1315:18, 1316:7, 1319:4, 1326:22, 1331:4, 1331:6, 1331:9, 1333:16, 1333:24, 1336:13, 1337:5, 1337:7, 1337:11

**KAUFMAN** [5] - 1293:20, 1296:19, 1300:5, 1300:6, 1300:18

**KAUFMAN'S** [2] - 1293:14, 1294:19

**KEA** [1] - 1245:20

**KEEP** [5] - 1249:18, 1251:20, 1264:15, 1328:11, 1329:16

**KEEPING** [1] - 1264:1

**KELLS** [1] - 1247:7

**KEMP** [2] - 1251:12

**KILL** [1] - 1335:10

**KILLED** [1] - 1258:2

**KILLING** [1] - 1276:16

**KIND** [6] - 1251:11, 1252:20, 1288:25, 1314:10, 1323:16, 1324:4

**KINDS** [1] - 1336:14

**KNOCK** [1] - 1319:23

**KNOW** [18] - 1249:13, 1250:14, 1251:15, 1267:4, 1267:23, 1268:6, 1283:6, 1295:13, 1299:17, 1300:21, 1300:23, 1300:25, 1302:16, 1302:17, 1302:19, 1321:22, 1337:11

**KNOWLEDGE** [10] - 1258:23, 1259:1, 1261:5, 1261:7, 1261:13, 1261:15, 1261:18, 1262:8, 1262:21, 1335:16

**KNOWN** [3] - 1253:25, 1263:21,

1281:6

# L

**LA** [9] - 1245:17, 1245:21, 1246:3, 1246:6, 1246:10, 1246:13, 1246:16, 1246:20, 1247:3

**LABELED** [1] - 1285:4

**LAFAYETTE** [1] - 1246:3

**LAKE** [9] - 1274:6, 1283:4, 1301:7, 1311:19, 1318:20, 1319:1, 1325:1, 1325:15, 1326:4

**LAND** [1] - 1269:11

**LARGE** [3] - 1263:7, 1293:11, 1326:5

**LAST** [23] - 1250:7, 1250:13, 1253:18, 1264:18, 1273:7, 1273:22, 1289:2, 1291:8, 1292:13, 1292:18, 1294:18, 1294:22, 1295:6, 1298:2, 1298:9, 1304:17, 1306:22, 1313:1, 1313:3, 1313:17, 1315:14, 1324:13, 1334:22

**LATER** [1] - 1287:20

**LATERAL** [15] - 1286:23, 1286:24, 1287:3, 1287:9, 1290:11, 1296:22, 1297:23, 1298:7, 1302:8, 1303:17, 1316:11, 1316:12, 1316:16, 1317:11, 1322:3

**LATERALLY** [1] - 1304:2

**LATEST** [1] - 1306:18

**LATTER** [1] - 1323:6

**LAW** [8] - 1245:16, 1245:19, 1246:4, 1246:7, 1246:18, 1267:15, 1268:23, 1275:11

**LAWN** [1] - 1276:19

**LAWN** [1] - 1245:23

**LAWYER'S** [1] - 1246:8

**LAY** [1] - 1251:6

**LEADERS** [2] - 1300:11, 1301:3

**LEADING** [1] -

1265:18

**LEARNED** [6] - 1252:8, 1263:2, 1263:5, 1264:16, 1268:17, 1311:11

**LEAST** [2] - 1281:6, 1284:1

**LEAVE** [1] - 1268:16, 1289:7

**LEFT** [8] - 1249:13, 1271:5, 1272:3, 1275:13, 1311:17, 1311:24, 1318:20

**LEFT-HAND** [1] - 1275:13

**LEG** [5] - 1274:20, 1274:21, 1277:9, 1277:14

**LEGAL** [1] - 1266:6

**LEGEND** [2] - 1275:21, 1284:9

**LENGTH** [2] - 1287:21, 1324:2

**LENGTHS** [1] - 1310:21

**LESS** [4] - 1313:20, 1314:7, 1314:8, 1320:25

**LESSON** [5] - 1263:2, 1263:3, 1263:17, 1264:16, 1301:6

**LET** [15] - 1251:7, 1251:24, 1254:20, 1260:16, 1261:14, 1267:14, 1281:2, 1284:8, 1290:1, 1303:8, 1318:4, 1318:19, 1319:6, 1327:10, 1334:8

**LET'S** [32] - 1273:22, 1275:8, 1281:24, 1285:1, 1285:14, 1286:23, 1287:24, 1288:23, 1289:2, 1292:11, 1293:5, 1293:6, 1294:16, 1295:5, 1296:24, 1297:4, 1301:6, 1303:4, 1303:9, 1303:25, 1304:21, 1306:22, 1316:18, 1317:15, 1318:16, 1318:17, 1325:3, 1331:12, 1331:21, 1333:6

**LETTING** [1] - 1288:18

**LEVEE** [90] - 1270:22, 1272:9,

1273:24, 1274:2, 1274:3, 1274:5, 1274:6, 1274:12, 1274:13, 1274:19, 1275:4, 1275:6, 1276:4, 1276:13, 1276:14, 1277:3, 1277:19, 1277:20, 1278:13, 1278:14, 1278:15, 1279:14, 1280:6, 1289:5, 1290:11, 1292:1, 1292:15, 1293:12, 1293:17, 1294:1, 1295:9, 1295:11, 1297:18, 1298:5, 1298:21, 1301:17, 1301:23, 1301:24, 1302:2, 1303:16, 1307:20, 1309:1, 1310:4, 1310:16, 1311:2, 1311:15, 1311:16, 1311:19, 1311:20, 1313:3, 1313:19, 1313:25, 1314:2, 1315:6, 1315:8, 1315:19, 1315:23, 1317:16, 1318:5, 1318:7, 1319:11, 1319:19, 1320:14, 1322:9, 1322:12, 1322:15, 1322:17, 1323:21, 1324:4, 1325:10, 1325:11, 1328:11, 1330:12, 1332:12, 1334:5, 1335:11, 1335:14, 1335:24, 1336:2, 1336:4, 1336:5, 1336:10, 1336:18, 1336:25, 1337:19, 1337:23

**LEVEES** [35] - 1257:25, 1258:6, 1270:2, 1270:15, 1270:20, 1271:20, 1272:15, 1280:17, 1282:23, 1291:2, 1294:19, 1295:22, 1299:8, 1300:15, 1300:19, 1301:9, 1302:22, 1303:5, 1303:9, 1303:11, 1303:16, 1323:16, 1323:18, 1326:8, 1329:7, 1330:4, 1332:25, 1334:8, 1334:10, 1334:12, 1334:17, 1334:22, 1335:8, 1337:5

**LEVEL** [17] -

1264:24, 1272:10, 1272:21, 1272:22, 1290:17, 1290:23, 1292:8, 1295:10, 1309:8, 1331:10, 1333:23, 1334:4, 1334:5, 1335:25, 1336:3, 1336:11, 1336:12

**LEVELS** [1] - 1292:18

**LEVINE** [1] - 1247:8

**LICENSE** [3] - 1269:8, 1269:12

**LICENSED** [2] - 1269:10, 1269:11

**LICENSES** [1] - 1269:14

**LIDAR** [7] - 1288:20, 1288:23, 1288:25, 1289:20, 1291:17, 1311:20, 1312:22

**LIDAR-BASED** [1] - 1311:20

**LIFE** [3] - 1265:10, 1316:11, 1316:16

**LIFECYCLE** [2] - 1264:19, 1298:10

**LIFT** [11] - 1293:17, 1294:8, 1294:9, 1294:12, 1294:13, 1296:2, 1296:15, 1297:1, 1299:7, 1307:19, 1335:9

**LIFTS** [2] - 1296:17, 1335:9

**LIGHT** [1] - 1319:13

**LIKE** [26] - 1250:5, 1252:20, 1254:21, 1264:17, 1266:25, 1267:2, 1271:13, 1274:19, 1281:12, 1289:23, 1293:18, 1299:18, 1302:25, 1303:5, 1304:10, 1305:8, 1305:15, 1308:3, 1313:11, 1314:6, 1315:23, 1320:17, 1326:11, 1329:24, 1333:1, 1334:25

**LIKED** [1] - 1326:13

**LIKELY** [4] - 1288:23, 1311:13, 1320:25, 1327:18

**LIKEWISE** [1] - 1259:9

**LIMITED** [1] - 1306:10

**LINE** [8] - 1249:17,

1250:7, 1250:13, 1287:25, 1326:12, 1327:21, 1331:3, 1336:7
**LINES** [5] - 1313:16, 1325:3, 1325:13, 1325:21, 1333:7
**LINEUP** [1] - 1251:11
**LISTED** [1] - 1256:7
**LITIGATION** [9] - 1247:1, 1250:11, 1250:14, 1260:18, 1272:14, 1272:17, 1280:10, 1288:5, 1324:17
**LITTLE** [8] - 1249:16, 1253:19, 1269:4, 1292:11, 1293:6, 1301:4, 1304:3, 1324:10
**LLC** [2] - 1246:4, 1246:22
**LOAD** [2] - 1296:9, 1296:11
**LOADING** [1] - 1258:2
**LOCAL** [1] - 1331:18
**LOCATED** [1] - 1289:13
**LOCATION** [3] - 1256:17, 1301:25, 1307:22
**LOCATIONS** [2] - 1288:4, 1311:23
**LONG** [4] - 1249:20, 1265:2, 1280:4, 1309:25
**LOOK** [21] - 1253:24, 1257:2, 1273:22, 1278:24, 1280:22, 1281:2, 1283:12, 1284:16, 1289:2, 1292:12, 1293:5, 1296:25, 1297:4, 1298:10, 1307:4, 1307:8, 1307:23, 1318:17, 1325:3, 1326:13, 1335:19
**LOOKED** [5] - 1281:12, 1285:17, 1305:20, 1307:4, 1315:16
**LOOKING** [13] - 1284:13, 1284:18, 1285:19, 1286:19, 1304:7, 1311:14, 1311:16, 1311:19, 1313:22, 1321:14, 1322:10, 1324:13
**LOOKS** [1] - 1293:18

**LOS** [1] - 1331:8
**LOS** [1] - 1245:14
**LOSS** [2] - 1298:5, 1307:8
**LOST** [1] - 1298:1
**LOT** [2] - 1315:13, 1332:20
**LOUISIANA** [3] - 1245:1, 1269:11, 1338:13
**LOUISIANA** [2] - 1245:4, 1247:16
**LOW** [8] - 1290:14, 1310:16, 1310:21, 1313:20, 1313:21, 1323:24, 1323:25
**LOWER** [11] - 1257:7, 1259:10, 1259:13, 1259:21, 1259:23, 1260:2, 1260:3, 1314:10, 1320:25, 1322:11, 1323:8
**LOWERING** [1] - 1257:25
**LOWEST** [3] - 1309:4, 1310:4, 1310:11
**LPV** [2] - 1269:17, 1272:7
**LUNCH** [1] - 1338:6
**LYNN** [1] - 1326:12

# M

**M** [3] - 1245:16, 1245:16, 1246:15
**MADE** [1] - 1319:19
**MAGNIFICENTLY** [1] - 1279:22
**MAGNITUDE** [1] - 1331:7
**MAIN** [4] - 1286:7, 1286:9, 1286:16, 1286:21
**MAIN** [1] - 1246:16
**MAINLY** [1] - 1290:13
**MAINTAIN** [1] - 1312:18
**MAINTAINING** [1] - 1258:10
**MAINTENANCE** [3] - 1287:11, 1288:7, 1329:16
**MAJOR** [1] - 1273:19
**MAKE** [12] - 1251:2, 1252:10, 1257:10, 1268:18, 1271:9, 1290:1, 1303:8,

1303:25, 1309:13, 1318:11, 1318:13, 1328:3
**MAKES** [2] - 1255:14, 1268:21
**MAKING** [1] - 1322:15
**MANAGE** [1] - 1301:25
**MANAGEMENT** [2] - 1263:22, 1264:15
**MANIFEST** [1] - 1265:10
**MANUAL** [1] - 1261:22
**MANY** [2] - 1268:6, 1308:9
**MAP** [9] - 1274:23, 1275:21, 1283:11, 1284:7, 1284:11, 1284:12, 1284:25, 1285:2, 1285:19
**MARC** [1] - 1247:8
**MARK** [1] - 1262:18
**MARSH** [39] - 1275:22, 1276:1, 1276:11, 1276:13, 1276:14, 1278:24, 1279:10, 1279:11, 1279:12, 1280:3, 1280:5, 1280:6, 1280:23, 1281:1, 1281:7, 1281:9, 1281:20, 1282:3, 1282:11, 1282:12, 1282:13, 1282:16, 1282:19, 1284:9, 1284:19, 1284:22, 1284:23, 1285:7, 1285:9, 1285:18, 1286:17, 1314:13, 1318:22, 1318:24, 1319:1, 1319:8, 1319:10, 1319:16
**MASTER** [1] - 1326:12
**MATERIAL** [5] - 1280:6, 1295:24, 1296:13, 1319:10, 1319:11
**MATERIALS** [5] - 1294:1, 1294:2, 1294:12, 1300:7, 1314:14
**MATH** [4] - 1252:20, 1304:21, 1305:5, 1305:20
**MATTER** [2] - 1250:25, 1338:16
**MATTERS** [4] -

1249:15, 1295:8, 1295:14, 1297:25
**MAXIMUM** [7] - 1292:19, 1330:6, 1330:15, 1330:18, 1331:24, 1332:9, 1337:8
**MAY** [1] - 1263:8, 1263:11, 1266:9, 1267:8, 1287:23, 1290:5, 1298:1, 1301:16, 1303:15, 1310:13, 1311:4, 1313:16, 1322:3
**MAYBE** [5] - 1251:13, 1254:19, 1274:25, 1321:22, 1338:4
**MCCONNON** [1] - 1247:8
**ME** [50] - 1249:14, 1251:7, 1251:24, 1252:23, 1254:20, 1255:15, 1257:1, 1260:16, 1261:14, 1268:13, 1271:3, 1273:16, 1276:3, 1278:8, 1280:9, 1280:14, 1281:2, 1284:8, 1284:25, 1287:16, 1287:20, 1290:1, 1293:18, 1298:17, 1298:18, 1299:24, 1303:1, 1303:8, 1305:22, 1308:3, 1310:18, 1312:3, 1313:5, 1316:6, 1316:12, 1318:4, 1318:19, 1319:6, 1321:4, 1321:8, 1321:9, 1322:20, 1327:2, 1327:10, 1334:8, 1334:25, 1336:7, 1338:3
**MEAN** [14] - 1250:21, 1252:20, 1266:4, 1269:21, 1269:22, 1270:1, 1270:2, 1276:16, 1289:7, 1317:7, 1320:4, 1322:23, 1327:23, 1336:4
**MEANING** [1] - 1266:1
**MEANS** [14] - 1252:17, 1264:19, 1281:13, 1301:13, 1301:19, 1313:2, 1313:19, 1313:20,

1313:21, 1318:4, 1319:6, 1320:24
**MEANT** [1] - 1277:21
**MEASURE** [1] - 1256:15
**MEASURES** [2] - 1256:3, 1256:8
**MECHANICAL** [1] - 1247:18
**MECHANISM** [5] - 1309:22, 1310:1, 1310:15, 1310:17, 1323:4
**MECHANISMS** [1] - 1310:18
**MEET** [1] - 1311:1
**MELTED** [1] - 1286:15
**MEMBER** [2] - 1260:19, 1265:19
**MEMORANDUM** [1] - 1332:13
**MENTIONED** [1] - 1283:24
**MERCURY** [1] - 1330:23
**MERE** [1] - 1254:19
**MERELY** [1] - 1250:21
**MET** [1] - 1333:10
**METHOD** [6] - 1263:22, 1263:23, 1265:22, 1265:25, 1266:2, 1266:4
**METHODOLOGY** [1] - 1252:18
**METHODS** [1] - 1263:8
**MEXICO** [5] - 1266:19, 1266:23, 1271:8, 1271:11, 1325:15
**MICHAEL** [3] - 1246:14, 1246:15, 1247:5
**MICHELE** [1] - 1247:7
**MIDWAY** [2] - 1274:4, 1274:7
**MIGHT** [4] - 1252:22, 1255:8, 1255:12, 1322:6
**MILE** [1] - 1306:2
**MILES** [10] - 1271:8, 1301:7, 1305:4, 1305:7, 1305:10, 1305:14, 1306:4, 1306:6, 1306:10, 1331:25
**MILLER** [1] - 1247:9

DAILY COPY

**MIND** [1] - 1277:11
**MINOR** [2] - 1259:7, 1260:3
**MINUTE** [4] - 1253:18, 1258:24, 1308:14, 1312:9
**MINUTES** [2] - 1249:22, 1250:2
**MISCONSTRUING** [1] - 1271:24
**MISPLACED** [1] - 1324:14
**MISSED** [1] - 1323:10
**MISSISSIPPI** [1] - 1331:6
**MISTAKES** [1] - 1268:18
**MISUNDERSTANDI NG** [1] - 1287:23
**MITIGATE** [3] - 1258:22, 1317:24, 1329:14
**MITIGATED** [1] - 1260:6
**MITIGATING** [1] - 1262:15
**MITIGATION** [3] - 1256:3, 1256:8, 1256:15
**MITIGATIONS** [3] - 1258:10, 1264:14, 1269:22
**MITSCH** [1] - 1247:9
**MODEL** [4] - 1253:11, 1253:14, 1253:15
**MODELS** [1] - 1257:2
**MOMENT** [4] - 1249:15, 1281:24, 1308:17, 1313:11
**MOMENTARILY** [1] - 1294:16
**MONDAY** [1] - 1249:2
**MONDAY** [1] - 1245:4
**MONEY** [3] - 1302:12, 1302:14, 1302:20
**MONITOR** [1] - 1265:7
**MONTHS** [1] - 1255:25
**MORE** [21] - 1255:15, 1266:22, 1268:15, 1268:24, 1272:4, 1280:20, 1292:11, 1300:25, 1301:4,

1301:16, 1303:5, 1307:6, 1308:22, 1309:13, 1311:4, 1313:21, 1315:13, 1320:17, 1320:23, 1322:22, 1325:25
**MORGAN** [1] - 1246:20
**MORNING** [12] - 1245:9, 1249:3, 1249:6, 1249:7, 1249:8, 1273:7, 1284:25, 1285:18, 1310:23, 1324:10, 1329:12, 1336:12
**MORRIS** [4] - 1312:17, 1313:12, 1313:18, 1322:19
**MORRIS'** [2] - 1313:11, 1313:12
**MORTAL** [1] - 1254:19
**MOSHER** [2] - 1261:11, 1310:7
**MOST** [8] - 1264:8, 1265:23, 1269:17, 1287:12, 1294:25, 1295:9, 1337:14, 1338:1
**MOTION** [2] - 1327:22, 1328:1
**MOUTH** [1] - 1327:11
**MOVE** [9] - 1311:19, 1312:22, 1321:17, 1321:24, 1321:25, 1328:3, 1328:24, 1329:24, 1335:2
**MOVING** [2] - 1322:4, 1327:6
**MOWING** [1] - 1276:19
**MR** [2] - 1248:6, 1248:7
**MR** [128] - 1249:7, 1249:9, 1249:22, 1249:24, 1250:5, 1250:15, 1251:5, 1251:23, 1252:21, 1253:20, 1253:22, 1254:4, 1254:15, 1254:23, 1254:24, 1254:25, 1255:3, 1255:6, 1255:9, 1255:19, 1255:20, 1256:19, 1256:20, 1259:19, 1266:24, 1267:6, 1267:9, 1267:12, 1267:16, 1267:18, 1268:1, 1268:4, 1269:1,

1269:5, 1269:7, 1273:10, 1273:14, 1275:2, 1275:12, 1275:14, 1277:13, 1277:18, 1277:20, 1277:24, 1278:4, 1278:5, 1278:23, 1279:18, 1279:20, 1282:6, 1282:8, 1282:19, 1283:22, 1283:23, 1289:25, 1290:15, 1291:7, 1291:13, 1291:16, 1298:17, 1299:12, 1299:14, 1299:17, 1299:18, 1299:20, 1299:22, 1299:24, 1300:1, 1300:2, 1300:4, 1303:12, 1303:14, 1303:18, 1303:20, 1304:4, 1304:7, 1304:9, 1305:2, 1305:5, 1305:12, 1305:15, 1305:19, 1306:3, 1306:6, 1306:12, 1306:13, 1307:12, 1308:13, 1308:17, 1311:3, 1311:7, 1312:4, 1312:14, 1312:17, 1312:21, 1312:24, 1312:25, 1313:5, 1313:8, 1313:10, 1313:11, 1313:12, 1313:18, 1317:14, 1321:17, 1321:23, 1322:2, 1322:6, 1323:12, 1323:14, 1324:15, 1326:11, 1326:16, 1326:18, 1326:20, 1327:21, 1328:3, 1328:10, 1328:13, 1328:14, 1328:17, 1328:18, 1329:24, 1330:2, 1333:10, 1338:3, 1338:5
**MRGO** [90] - 1247:1, 1250:9, 1253:25, 1254:1, 1254:14, 1257:25, 1260:5, 1260:11, 1266:9, 1266:14, 1266:15, 1269:23, 1270:7, 1277:6, 1278:6, 1278:12, 1278:21, 1279:8, 1279:12, 1280:11, 1280:24, 1281:11, 1281:12, 1281:14, 1281:16, 1281:19, 1282:5,

1282:19, 1282:24, 1283:1, 1284:1, 1284:4, 1284:6, 1284:20, 1284:22, 1285:11, 1285:23, 1285:25, 1286:2, 1286:4, 1287:11, 1288:8, 1300:19, 1307:5, 1307:11, 1307:12, 1307:24, 1307:25, 1308:11, 1308:12, 1310:15, 1310:17, 1311:16, 1313:23, 1314:1, 1314:11, 1314:12, 1314:16, 1315:22, 1316:2, 1317:21, 1317:22, 1318:8, 1318:11, 1318:13, 1319:2, 1319:23, 1324:25, 1325:11, 1325:14, 1326:1, 1326:3, 1326:5, 1326:7, 1327:11, 1328:10, 1328:13, 1328:20, 1328:22, 1329:2, 1334:10, 1334:13, 1334:16, 1334:18
**MRGO'S** [3] - 1258:6, 1258:7, 1259:4
**MUCH** [14] - 1251:5, 1252:14, 1253:9, 1259:20, 1269:1, 1280:20, 1287:5, 1287:20, 1298:25, 1307:6, 1307:10, 1307:11, 1316:1, 1316:12
**MULTIPLE** [1] - 1335:9
**MUST** [3] - 1265:13, 1311:15, 1330:24
**MY** [28] - 1251:25, 1252:20, 1261:7, 1261:13, 1267:24, 1268:7, 1268:12, 1268:16, 1271:10, 1271:24, 1272:23, 1274:23, 1276:19, 1298:25, 1301:16, 1304:11, 1304:17, 1306:20, 1306:21, 1308:2, 1310:6, 1310:13, 1313:8, 1316:13, 1322:7, 1322:9, 1336:9, 1338:15
**MYER** [1] - 1247:10

**MYSTERIOUS** [1] - 1330:20

# N

**N** [2] - 1248:2, 1249:1
**NAIVE** [1] - 1310:13
**NAME** [4] - 1263:16, 1300:22, 1325:8
**NATIONAL** [16] - 1250:3, 1260:13, 1260:19, 1260:22, 1262:19, 1262:20, 1263:3, 1263:4, 1263:17, 1265:12, 1265:20, 1267:3, 1267:7
**NATURAL** [2] - 1258:12, 1320:3
**NATURALLY** [1] - 1320:10
**NATURE** [1] - 1266:19
**NAVD88** [2] - 1311:13, 1312:15
**NAVD88-2004.65** [1] - 1312:17
**NAVIGATION** [1] - 1325:13
**NEARBY** [1] - 1302:4
**NECESSARILY** [1] - 1301:21
**NECESSITATED** [1] - 1268:8
**NEED** [6] - 1252:23, 1253:6, 1262:8, 1304:2, 1304:8, 1328:11
**NEEDED** [3] - 1308:14, 1309:20, 1317:25
**NEGATIVE** [5] - 1258:7, 1259:4, 1260:11, 1269:23, 1320:12
**NEITHER** [1] - 1261:11
**NET** [1] - 1332:12
**NEUTRAL** [12] - 1253:25, 1281:14, 1281:16, 1314:16, 1315:22, 1316:7, 1317:21, 1317:22, 1318:11, 1318:13, 1319:4, 1319:23
**NEUTRALITY** [1] - 1281:13
**NEUTRALIZED** [1] - 1336:5

NEVER [2] - 1300:21, 1311:9

NEW [37] - 1250:1, 1250:11, 1250:14, 1255:11, 1255:23, 1256:1, 1257:6, 1257:24, 1258:16, 1258:24, 1259:6, 1259:7, 1260:14, 1262:17, 1263:14, 1265:4, 1265:14, 1271:7, 1272:4, 1273:9, 1273:10, 1273:17, 1273:19, 1273:24, 1274:4, 1274:15, 1274:19, 1275:3, 1276:3, 1277:7, 1277:18, 1278:15, 1280:23, 1295:14, 1332:6, 1333:20, 1335:9

NEW [7] - 1245:4, 1245:17, 1245:21, 1246:6, 1246:24, 1247:3, 1247:16

NEXT [9] - 1254:23, 1258:5, 1264:12, 1266:18, 1271:15, 1276:1, 1280:2, 1298:25, 1302:2

NICE [1] - 1250:25

NINE [2] - 1324:15

NINTH [7] - 1257:7, 1259:10, 1259:13, 1259:21, 1259:23, 1260:2, 1260:3

NO [46] - 1252:16, 1254:1, 1254:16, 1254:18, 1256:1, 1256:11, 1257:18, 1257:25, 1258:15, 1259:1, 1260:21, 1261:10, 1262:18, 1267:4, 1267:12, 1269:14, 1269:17, 1270:12, 1273:12, 1273:18, 1273:22, 1274:17, 1275:5, 1276:23, 1276:25, 1277:13, 1281:2, 1283:22, 1286:20, 1287:7, 1293:25, 1297:22, 1301:24, 1306:22, 1308:4, 1309:17, 1311:25, 1313:1, 1315:9, 1317:20, 1317:24, 1319:25, 1321:10, 1326:18, 1332:13, 1335:16

NO [1] - 1245:3

NOBEL [1] - 1260:23

NODDING [1] - 1328:19

NONE [2] - 1261:7, 1296:22

NOR [1] - 1323:21

NORMAL [1] - 1318:7

NORMAN [1] - 1245:2

NORTH [8] - 1259:18, 1259:23, 1274:6, 1274:10, 1274:21, 1275:6, 1275:15

NORTH-SOUTH [4] - 1274:21, 1275:6, 1275:15

NOT [109] - 1249:9, 1250:10, 1250:23, 1253:4, 1253:22, 1254:2, 1254:3, 1254:7, 1254:8, 1254:16, 1254:19, 1255:12, 1256:16, 1256:24, 1257:24, 1258:8, 1258:24, 1260:21, 1262:16, 1262:25, 1264:25, 1265:4, 1265:5, 1266:4, 1266:6, 1270:24, 1271:17, 1271:19, 1272:16, 1272:18, 1273:18, 1276:15, 1276:16, 1276:17, 1277:13, 1280:5, 1282:12, 1283:6, 1284:13, 1284:25, 1286:2, 1286:24, 1287:2, 1287:20, 1288:12, 1288:20, 1288:23, 1289:16, 1290:3, 1291:2, 1291:3, 1293:2, 1293:23, 1294:1, 1294:6, 1296:23, 1297:23, 1298:4, 1298:6, 1298:8, 1300:21, 1300:23, 1301:21, 1303:20, 1304:14, 1306:18, 1307:3, 1308:4, 1308:8, 1308:9, 1309:4, 1310:4, 1310:25, 1311:4, 1313:23, 1314:1, 1314:4, 1314:12, 1314:21, 1316:4, 1319:10,

1320:2, 1321:21, 1322:18, 1323:19, 1326:23, 1327:2, 1327:5, 1327:18, 1328:4, 1330:14, 1331:7, 1331:15, 1333:4, 1334:1, 1334:15, 1334:19, 1335:8, 1335:17, 1335:24, 1336:2, 1336:10, 1336:15, 1336:25, 1337:7, 1337:22

NOTE [2] - 1251:3, 1255:17

NOTHING [1] - 1251:20

NOTICE [3] - 1255:12, 1262:3, 1282:2

NOTICED [1] - 1261:22

NOVELS [1] - 1326:11

NOVEMBER [3] - 1331:1, 1333:6, 1333:8

NOW [46] - 1252:8, 1252:12, 1253:16, 1254:7, 1256:14, 1256:22, 1257:9, 1258:13, 1260:13, 1262:11, 1262:17, 1266:12, 1267:19, 1270:23, 1273:10, 1274:3, 1276:3, 1279:14, 1280:22, 1281:4, 1282:2, 1283:1, 1285:19, 1288:20, 1289:3, 1289:13, 1293:3, 1293:20, 1297:4, 1298:1, 1298:13, 1300:5, 1300:18, 1301:12, 1303:4, 1304:18, 1306:16, 1308:4, 1311:3, 1314:18, 1319:22, 1321:9, 1326:7, 1327:14, 1330:15, 1337:21

NUMBER [10] - 1254:22, 1267:13, 1295:16, 1299:11, 1299:13, 1299:24, 1304:18, 1312:3, 1320:24, 1321:8

NUMBERED [1] - 1338:16

NUMBERS [3] -

1303:22, 1317:7, 1321:9

NY [1] - 1246:24

## O

O [4] - 1246:2, 1246:19, 1247:12, 1249:1

O'BRIEN [1] - 1246:23

O'DONNELL [8] - 1245:12, 1245:13, 1249:9, 1253:22, 1254:4, 1254:15, 1256:19, 1256:20

O'DONNELL'S [1] - 1251:20

OAK [1] - 1245:23

OBJECT [3] - 1255:3, 1267:6, 1327:21

OBJECTION [7] - 1251:4, 1255:4, 1255:17, 1267:4, 1308:13, 1326:18, 1328:14

OBJECTIONABLE [1] - 1250:12

OBLIGATION [3] - 1261:16, 1261:18, 1262:21

OBSERVATIONAL [6] - 1263:22, 1263:23, 1265:22, 1265:25, 1266:2, 1266:4

OBSERVATIONS [2] - 1264:10, 1294:23

OBSERVE [1] - 1323:16

OBSERVING [1] - 1266:16

OBSOLETE [1] - 1263:10

OBVIOUS [1] - 1257:5

OBVIOUSLY [1] - 1309:1

OCCUR [3] - 1259:6, 1313:19, 1320:25

OCCURRED [12] - 1252:15, 1253:9, 1253:10, 1273:19, 1273:20, 1280:14, 1283:7, 1286:9, 1301:5, 1316:1, 1316:13, 1316:14

OCCURRING [2] - 1287:3, 1288:5

OCCURS [3] -

1293:21, 1294:25, 1295:1

OCEANOGRAPHY [1] - 1254:9

OCTOBER [1] - 1291:8

OF [475] - 1245:1, 1245:5, 1245:7, 1245:16, 1246:18, 1247:4, 1249:11, 1249:15, 1249:18, 1249:25, 1250:3, 1250:4, 1250:8, 1250:12, 1250:20, 1250:24, 1251:11, 1251:13, 1251:14, 1251:20, 1251:25, 1252:1, 1252:5, 1252:10, 1252:12, 1252:13, 1252:14, 1252:16, 1252:18, 1252:20, 1252:25, 1253:4, 1253:7, 1253:18, 1253:20, 1253:24, 1254:8, 1254:9, 1254:20, 1255:10, 1256:10, 1256:15, 1256:16, 1256:17, 1256:23, 1257:9, 1257:11, 1257:23, 1257:25, 1258:13, 1258:21, 1258:23, 1258:25, 1259:2, 1259:3, 1259:5, 1259:9, 1259:17, 1259:20, 1259:23, 1260:11, 1260:13, 1260:17, 1260:19, 1260:22, 1260:23, 1261:3, 1261:7, 1261:9, 1261:10, 1261:11, 1262:3, 1262:5, 1262:13, 1262:14, 1262:19, 1262:21, 1263:1, 1263:3, 1263:4, 1263:7, 1263:10, 1263:11, 1263:13, 1263:18, 1263:25, 1264:6, 1264:15, 1265:6, 1265:8, 1265:10, 1265:13, 1265:18, 1265:19, 1265:20, 1265:21, 1265:22, 1265:23, 1265:24, 1265:25, 1266:1, 1266:5, 1266:9, 1266:10, 1266:12, 1266:15, 1266:17, 1266:19, 1266:23,

1267:3, 1267:7,
1267:21, 1267:22,
1268:6, 1268:7,
1268:9, 1268:12,
1268:17, 1268:19,
1268:23, 1268:24,
1269:11, 1269:15,
1269:23, 1270:7,
1270:8, 1270:14,
1270:16, 1270:21,
1271:2, 1271:8,
1271:9, 1271:10,
1271:11, 1271:14,
1271:19, 1271:22,
1272:5, 1272:15,
1272:20, 1273:1,
1273:7, 1273:16,
1273:20, 1273:24,
1274:4, 1274:5,
1274:10, 1274:12,
1274:15, 1275:15,
1275:16, 1275:21,
1275:22, 1276:4,
1276:6, 1276:21,
1277:7, 1278:6,
1278:7, 1278:12,
1278:14, 1278:19,
1278:22, 1279:4,
1279:10, 1279:23,
1280:5, 1280:6,
1280:19, 1280:20,
1280:21, 1280:23,
1281:4, 1281:17,
1282:5, 1282:23,
1283:6, 1283:9,
1283:14, 1284:1,
1285:16, 1286:12,
1286:13, 1286:16,
1286:24, 1287:2,
1287:8, 1287:11,
1287:12, 1287:21,
1287:25, 1288:7,
1288:17, 1288:25,
1289:17, 1290:2,
1290:3, 1290:11,
1290:17, 1290:19,
1290:21, 1290:23,
1291:4, 1291:8,
1291:20, 1291:24,
1291:25, 1292:1,
1292:12, 1292:13,
1292:14, 1292:19,
1293:6, 1293:24,
1293:25, 1294:1,
1294:11, 1294:19,
1294:25, 1295:9,
1295:11, 1295:12,
1295:14, 1295:16,
1295:17, 1295:21,
1295:24, 1296:1,
1296:9, 1296:10,

1296:15, 1296:16,
1296:22, 1297:7,
1297:11, 1297:15,
1297:25, 1298:1,
1298:3, 1298:5,
1298:10, 1298:15,
1298:16, 1298:19,
1298:21, 1299:1,
1300:6, 1300:7,
1300:11, 1300:12,
1300:14, 1300:15,
1300:18, 1300:19,
1300:22, 1301:1,
1301:7, 1301:10,
1301:13, 1301:19,
1301:20, 1301:25,
1302:1, 1302:3,
1302:17, 1302:19,
1302:22, 1303:5,
1303:16, 1303:20,
1304:1, 1304:2,
1304:11, 1304:18,
1304:22, 1305:1,
1305:24, 1306:4,
1306:14, 1306:18,
1306:20, 1306:21,
1307:5, 1307:7,
1307:8, 1307:10,
1307:20, 1308:9,
1308:11, 1308:23,
1309:1, 1309:11,
1309:16, 1309:17,
1309:18, 1309:21,
1309:22, 1310:1,
1310:4, 1310:11,
1310:15, 1310:17,
1310:21, 1311:1,
1311:9, 1311:22,
1311:24, 1313:18,
1314:13, 1315:3,
1315:17, 1315:25,
1316:6, 1316:8,
1316:17, 1316:21,
1316:24, 1317:1,
1317:3, 1317:9,
1317:23, 1318:2,
1318:17, 1319:11,
1319:22, 1320:2,
1320:7, 1320:9,
1320:12, 1320:14,
1320:15, 1320:18,
1320:19, 1320:21,
1320:22, 1321:10,
1322:5, 1322:9,
1322:11, 1322:16,
1323:4, 1323:7,
1323:16, 1323:21,
1324:1, 1324:2,
1324:4, 1324:10,
1324:14, 1324:18,
1324:21, 1324:23,

1325:2, 1325:3,
1325:11, 1325:12,
1325:14, 1325:15,
1325:18, 1325:22,
1325:24, 1325:25,
1326:1, 1326:5,
1326:7, 1326:8,
1326:13, 1327:4,
1327:6, 1327:11,
1327:12, 1327:13,
1327:14, 1327:15,
1327:16, 1327:17,
1327:19, 1327:21,
1327:24, 1328:10,
1328:11, 1328:22,
1328:25, 1329:1,
1329:3, 1329:15,
1329:20, 1330:9,
1330:21, 1330:23,
1330:25, 1331:4,
1331:5, 1331:9,
1331:19, 1331:20,
1331:21, 1332:3,
1332:20, 1333:2,
1333:6, 1333:8,
1333:15, 1333:23,
1334:4, 1334:8,
1334:12, 1334:17,
1335:9, 1335:16,
1335:18, 1335:24,
1336:2, 1336:9,
1336:13, 1336:14,
1336:18, 1336:21,
1336:25, 1337:19,
1338:13, 1338:14,
1338:15
   **OFF** [2] - 1293:2,
1313:8
   **OFFER** [5] - 1251:8,
1255:1, 1266:25,
1267:2, 1267:12
   **OFFICE** [3] -
1245:16, 1246:18,
1247:1
   **OFFICER** [1] -
1268:12
   **OFFICIAL** [2] -
1338:12, 1338:23
   **OFFICIAL** [1] -
1247:15
   **OH** [1] - 1287:1
   **OIL** [1] - 1266:18
   **OKAY** [29] - 1253:16,
1254:19, 1255:6,
1267:8, 1270:13,
1276:10, 1278:3,
1279:14, 1281:1,
1281:22, 1282:7,
1286:23, 1287:19,
1295:18, 1298:25,

1302:5, 1303:9,
1303:23, 1304:13,
1305:1, 1305:18,
1308:8, 1310:9,
1312:20, 1319:6,
1321:4, 1322:23,
1323:1, 1323:7
   **OLD** [1] - 1252:20
   **ON** [120] - 1249:13,
1250:4, 1250:17,
1250:19, 1251:3,
1251:9, 1252:4,
1253:20, 1254:4,
1255:21, 1257:13,
1257:15, 1258:13,
1259:5, 1259:25,
1260:5, 1260:13,
1260:14, 1260:17,
1261:2, 1262:25,
1263:1, 1263:9,
1264:1, 1265:8,
1267:8, 1268:10,
1269:15, 1271:14,
1271:23, 1272:6,
1273:17, 1273:19,
1273:23, 1273:24,
1274:9, 1274:15,
1274:23, 1276:13,
1276:14, 1278:6,
1280:20, 1287:6,
1287:8, 1288:1,
1288:5, 1288:15,
1288:20, 1288:23,
1288:25, 1289:3,
1289:16, 1290:19,
1291:5, 1291:24,
1291:25, 1293:6,
1294:18, 1295:9,
1295:11, 1295:15,
1296:12, 1298:4,
1298:9, 1300:15,
1301:15, 1304:11,
1305:15, 1306:7,
1306:14, 1307:19,
1308:19, 1310:14,
1310:20, 1310:25,
1311:12, 1311:15,
1311:21, 1312:5,
1312:9, 1312:21,
1312:22, 1313:13,
1315:17, 1315:19,
1318:20, 1319:10,
1319:18, 1319:20,
1320:4, 1320:8,
1320:11, 1320:14,
1321:2, 1321:17,
1321:24, 1321:25,
1322:4, 1322:5,
1325:4, 1327:4,
1328:3, 1329:12,
1329:13, 1329:15,

1329:24, 1330:7,
1331:6, 1333:2,
1334:11, 1334:14,
1335:2, 1335:9,
1336:8, 1337:19,
1337:25, 1338:2
   **ONCE** [1] - 1257:14
   **ONE** [40] - 1249:25,
1251:8, 1252:13,
1252:15, 1254:21,
1256:23, 1257:5,
1257:22, 1264:12,
1265:18, 1265:23,
1267:1, 1269:16,
1278:17, 1279:1,
1283:14, 1284:16,
1285:14, 1289:24,
1292:14, 1295:16,
1300:11, 1306:21,
1307:8, 1309:2,
1310:13, 1313:5,
1313:15, 1313:20,
1314:7, 1314:8,
1315:9, 1315:14,
1317:3, 1317:16,
1321:7, 1336:4,
1336:5
   **ONLY** [14] - 1259:8,
1266:6, 1270:1,
1273:3, 1273:7,
1278:6, 1295:12,
1295:16, 1297:25,
1298:2, 1304:21,
1305:5, 1309:13,
1316:24
   **ONSHORE** [1] -
1331:6
   **ONSLAUGHT** [2] -
1291:4, 1291:24
   **OPEN** [5] - 1266:23,
1271:9, 1283:18,
1312:12, 1329:16
   **OPERATING** [1] -
1266:15
   **OPERATION** [4] -
1263:7, 1266:9,
1287:10, 1288:7
   **OPINION** [7] -
1262:8, 1262:21,
1266:6, 1270:11,
1288:12, 1317:4,
1337:22
   **OPINIONS** [4] -
1328:5, 1328:6,
1328:7, 1336:21
   **OPPORTUNITY** [1] -
1330:16
   **OPPOSED** [3] -
1260:7, 1290:3,
1308:12

DAILY COPY

OPPOSING [2] - 1251:10, 1262:5
OR [50] - 1250:23, 1252:1, 1252:12, 1252:21, 1253:22, 1254:2, 1254:7, 1254:15, 1256:19, 1260:5, 1261:12, 1262:14, 1263:10, 1265:10, 1266:8, 1266:14, 1266:16, 1266:22, 1268:6, 1268:7, 1268:9, 1268:13, 1269:24, 1270:21, 1278:23, 1280:5, 1287:9, 1291:13, 1299:21, 1299:24, 1300:23, 1303:16, 1303:21, 1305:4, 1307:6, 1309:21, 1311:17, 1314:21, 1319:11, 1323:3, 1323:4, 1324:7, 1327:2, 1328:11, 1333:1, 1336:4, 1337:8, 1338:1
ORDER [6] - 1251:11, 1253:9, 1291:25, 1304:11, 1317:24
ORDERS [1] - 1255:11
ORGANIZATIONAL [1] - 1268:21
ORIGINAL [3] - 1332:2, 1335:21, 1336:4
ORIGINALLY [4] - 1250:9, 1271:25, 1293:11, 1304:21
ORLEANS [26] - 1255:23, 1257:6, 1258:16, 1259:6, 1259:7, 1260:14, 1263:14, 1265:14, 1271:8, 1273:9, 1273:10, 1273:17, 1273:19, 1273:24, 1274:5, 1274:16, 1274:19, 1275:3, 1276:3, 1277:7, 1277:19, 1278:15, 1280:23, 1295:14, 1332:6, 1333:20
ORLEANS [6] - 1245:4, 1245:17, 1245:21, 1246:6, 1247:3, 1247:16
OTHER [16] -

1255:14, 1260:18, 1261:5, 1261:7, 1261:9, 1262:7, 1270:21, 1282:23, 1285:21, 1287:13, 1295:21, 1296:18, 1317:22, 1322:4, 1323:21, 1323:25
OUGHT [1] - 1320:5
OUR [13] - 1251:11, 1254:23, 1260:23, 1266:6, 1270:6, 1272:5, 1283:15, 1286:8, 1303:25, 1320:11, 1328:4
OUT [23] - 1250:1, 1251:11, 1260:17, 1271:3, 1276:21, 1277:2, 1277:24, 1280:9, 1280:11, 1281:4, 1281:17, 1286:6, 1288:18, 1289:18, 1294:10, 1298:5, 1306:15, 1311:19, 1316:19, 1327:5, 1330:25, 1334:16, 1336:21
OUTCOME [1] - 1253:8
OUTFLOW [1] - 1288:15
OUTLINE [1] - 1313:3
OUTPUT [1] - 1253:14
OVER [10] - 1259:22, 1261:16, 1265:10, 1266:8, 1266:17, 1274:12, 1296:1, 1297:18, 1297:19, 1298:1
OVERBURDEN [1] - 1294:8
OVERRULED [1] - 1327:25
OVERSEEING [1] - 1266:14
OVERTOPPED [1] - 1274:8
OVERTOPPING [13] - 1258:8, 1258:20, 1259:15, 1259:18, 1269:18, 1270:2, 1270:5, 1309:25, 1310:10, 1310:24, 1327:8, 1337:23, 1338:2
OWED [1] - 1266:10
OWN [1] - 1255:16

**P**

P [5] - 1246:1, 1246:2, 1246:19, 1247:12, 1249:1
P.O [1] - 1246:9
PAGE [26] - 1263:1, 1275:9, 1275:11, 1281:3, 1285:15, 1287:24, 1287:25, 1289:23, 1291:9, 1292:13, 1294:17, 1294:18, 1303:20, 1313:13, 1318:18, 1321:8, 1321:9, 1324:15, 1325:3, 1325:22, 1333:3, 1333:6
PAGE/LINE [1] - 1248:4
PAGES [5] - 1267:21, 1268:6, 1268:19, 1303:18, 1308:9
PAINTED [1] - 1329:11
PALE [1] - 1275:16
PALMINTIER [3] - 1246:14, 1246:15, 1246:15
PAPERS [1] - 1265:24
PARAGRAPH [1] - 1294:18
PARAMETER [2] - 1307:8, 1331:24
PARAMETERS [10] - 1251:13, 1253:7, 1272:9, 1295:16, 1298:20, 1330:12, 1331:5, 1331:21, 1337:2, 1337:12
PARAMETRIC [4] - 1249:18, 1252:6, 1252:13, 1256:23
PARDON [1] - 1321:6
PARIS [1] - 1279:4
PART [13] - 1269:17, 1278:1, 1278:22, 1283:6, 1290:3, 1293:25, 1295:12, 1301:19, 1310:4, 1322:16, 1326:1, 1331:17
PARTIAL [1] - 1294:18
PARTIALLY [1] - 1291:23
PARTICULAR [7] -

1252:15, 1255:11, 1280:12, 1284:5, 1285:23, 1331:16, 1333:4
PARTICULARLY [2] - 1255:7, 1265:7
PARTLY [1] - 1263:10
PARTS [1] - 1332:20
PAST [3] - 1261:4, 1266:17, 1321:19
PAUL [3] - 1247:6, 1247:8, 1251:12
PAY [1] - 1249:17
PENETRATE [1] - 1290:12
PENLAND [1] - 1285:17
PENLAND'S [2] - 1284:23, 1285:14
PEOPLE [4] - 1259:17, 1295:14, 1335:19, 1335:22
PER [3] - 1325:7, 1325:8, 1331:25
PERCENT [32] - 1259:20, 1270:8, 1270:9, 1287:22, 1297:13, 1297:15, 1302:7, 1302:22, 1303:5, 1303:16, 1303:24, 1304:1, 1304:12, 1304:15, 1305:25, 1306:14, 1315:3, 1315:25, 1316:3, 1316:8, 1316:14, 1316:16, 1317:1, 1320:16, 1320:18, 1320:19, 1320:23, 1320:24
PERCENTAGES [1] - 1304:1
PERCEPTIVE [1] - 1269:25
PERFORMANCE [12] - 1253:14, 1257:13, 1257:15, 1263:6, 1263:11, 1263:15, 1264:2, 1295:17, 1298:10, 1306:19, 1324:1, 1327:4
PERFORMED [6] - 1269:23, 1272:7, 1274:2, 1274:13, 1279:22, 1307:4
PERFORMING [1] - 1264:16
PERHAPS [2] - 1251:15, 1264:8

PERIOD [14] - 1283:11, 1296:1, 1297:5, 1297:7, 1307:19, 1307:21, 1307:25, 1308:11, 1316:13, 1316:15, 1316:23, 1317:1, 1324:9
PERIODIC [1] - 1263:13
PERIODS [1] - 1307:10
PERMITS [1] - 1328:14
PERSON [1] - 1260:18
PERSPECTIVE [2] - 1266:7
PETER [1] - 1247:10
PH.D [1] - 1264:24
PHASE [3] - 1294:14, 1294:15, 1306:20
PHASES [1] - 1306:19
PHENOMENON [2] - 1258:24, 1317:11
PHILEN [1] - 1247:2
PHOTO [1] - 1291:17
PHOTOGRAPH [5] - 1274:14, 1274:15, 1275:25, 1276:10, 1289:16
PHOTOGRAPHIC [1] - 1288:23
PHOTOGRAPHS [1] - 1281:23
PHYSICAL [4] - 1325:24, 1326:3, 1326:6, 1329:4
PICTURE [9] - 1273:23, 1274:3, 1278:22, 1292:12, 1295:12, 1317:2, 1324:14, 1329:10, 1330:14
PIECES [1] - 1253:6
PIERCE [2] - 1245:13, 1249:9
PILE [24] - 1287:5, 1287:10, 1287:13, 1287:16, 1288:7, 1289:8, 1289:11, 1289:16, 1290:3, 1290:4, 1290:23, 1291:1, 1291:3, 1291:4, 1291:10, 1291:20, 1303:6, 1305:21, 1306:11, 1310:5, 1310:11, 1310:16, 1311:1,

1311:25
   **PILED** [2] - 1315:11, 1315:12
   **PILES** [10] - 1270:20, 1271:11, 1288:12, 1288:20, 1288:24, 1290:17, 1291:25, 1309:7, 1309:9, 1329:8
   **PILING** [18] - 1290:2, 1290:10, 1290:12, 1291:2, 1303:25, 1306:5, 1309:13, 1309:14, 1309:15, 1311:1, 1311:23, 1311:24, 1322:14, 1322:16, 1322:24, 1323:2, 1323:3, 1323:8
   **PILINGS** [1] - 1309:23
   **PIPELINES** [1] - 1266:20
   **PLACE** [6] - 1249:11, 1266:21, 1310:22, 1310:23, 1330:20, 1331:16
   **PLACED** [3] - 1267:14, 1320:13, 1331:10
   **PLACEMENT** [1] - 1329:20
   **PLACES** [1] - 1280:12
   **PLAINTIFF** [2] - 1245:12, 1248:4
   **PLAINTIFFS** [2] - 1270:4, 1274:25
   **PLAINTIFFS'** [4] - 1273:22, 1289:2, 1295:6, 1313:1
   **PLAN** [3] - 1298:20, 1298:23, 1299:23
   **PLANNING** [1] - 1266:19
   **PLANT** [1] - 1277:4
   **PLANTED** [1] - 1335:3
   **PLATFORMS** [1] - 1266:20
   **PLC** [1] - 1246:14
   **PLEASE** [19] - 1249:5, 1256:6, 1257:1, 1257:20, 1262:24, 1273:22, 1275:13, 1278:10, 1283:19, 1286:1, 1289:2, 1312:13, 1315:5, 1327:3, 1328:21, 1332:20,

1334:14, 1335:13, 1336:5
   **PLOT** [1] - 1311:9
   **PLUS** [1] - 1305:16
   **PMH** [1] - 1293:2
   **POCKET** [1] - 1249:10
   **POINT** [14] - 1250:5, 1251:21, 1284:15, 1286:6, 1289:22, 1302:1, 1304:10, 1309:2, 1309:4, 1309:14, 1322:10, 1323:8, 1327:23
   **POINTER** [2] - 1277:12, 1278:25
   **POINTING** [2] - 1277:19, 1282:4
   **POINTS** [2] - 1309:21, 1309:22
   **POLDER** [17] - 1253:10, 1253:12, 1257:2, 1257:5, 1257:6, 1257:12, 1257:17, 1258:9, 1258:15, 1258:16, 1258:17, 1259:6, 1259:7
   **POLDERS** [3] - 1257:5, 1257:10, 1260:9
   **POLICY** [1] - 1262:14
   **POLITICAL** [1] - 1268:21
   **PONTCHARTRAIN** [2] - 1274:6, 1283:4
   **PORTION** [4] - 1280:23, 1284:1, 1297:11, 1325:11
   **POSITION** [4] - 1270:14, 1270:23, 1271:19, 1281:13
   **POSSIBILITY** [2] - 1301:13, 1301:19
   **POST** [1] - 1311:21
   **POST-KATRINA** [1] - 1311:21
   **POTENTIAL** [2] - 1264:11, 1264:14
   **POTENTIALLY** [1] - 1320:23
   **POYDRAS** [2] - 1246:5, 1247:16
   **PRACTICE** [1] - 1296:6
   **PRE** [3] - 1281:11, 1281:12, 1311:21
   **PRE-KATRINA** [1] - 1311:21

**PRE-MRGO** [2] - 1281:11, 1281:12
   **PRECEDING** [1] - 1316:15
   **PRECISELY** [1] - 1309:5
   **PREDICT** [1] - 1264:3
   **PREDICTED** [1] - 1302:7
   **PREJUDICED** [1] - 1251:1
   **PREMISE** [3] - 1333:15, 1333:25, 1334:14
   **PRESENT** [1] - 1247:1
   **PRESENTATIONS** [1] - 1265:24
   **PRESENTED** [1] - 1320:9
   **PRESERVED** [1] - 1267:5
   **PRESSURE** [1] - 1330:23
   **PRESSURES** [1] - 1294:9
   **PRETTY** [1] - 1257:5
   **PREVIOUS** [3] - 1263:9, 1266:5, 1295:5
   **PREVIOUSLY** [2] - 1257:16, 1308:7
   **PRIMARILY** [1] - 1259:14
   **PRIMARY** [4] - 1253:7, 1293:22, 1294:13, 1335:22
   **PRINCIPLE** [6] - 1257:19, 1263:17, 1263:20, 1265:4, 1265:21, 1265:22
   **PRIOR** [1] - 1327:22
   **PRIZE** [1] - 1260:23
   **PROBABLE** [5] - 1330:6, 1330:15, 1330:18, 1332:9, 1337:8
   **PROBABLY** [4] - 1272:1, 1289:18, 1311:6, 1322:8
   **PROBLEM** [4] - 1267:12, 1283:22, 1286:20, 1319:25
   **PROCEEDING** [2] - 1263:25, 1274:6
   **PROCEEDINGS** [2] - 1245:7, 1338:15
   **PROCEEDINGS** [1] - 1247:18

**PROCESS** [13] - 1262:14, 1263:12, 1263:25, 1264:19, 1293:21, 1294:4, 1294:6, 1297:4, 1302:1, 1335:11, 1335:14, 1335:16, 1335:17
   **PRODUCED** [1] - 1255:24
   **PRODUCED** [1] - 1247:19
   **PROFESSIONAL** [1] - 1268:16
   **PROFESSOR** [4] - 1252:9, 1259:25, 1261:10, 1264:22
   **PROGRESSIVELY** [1] - 1272:21
   **PROJECT** [27] - 1262:5, 1265:11, 1302:14, 1302:20, 1317:10, 1330:4, 1330:13, 1330:22, 1331:5, 1331:10, 1331:12, 1331:14, 1331:19, 1331:21, 1332:10, 1332:17, 1332:19, 1332:21, 1332:23, 1333:13, 1333:21, 1337:1, 1337:4, 1337:8, 1337:12, 1337:14, 1337:18
   **PROJECTS** [3] - 1263:7, 1263:9, 1337:16
   **PROMOTE** [1] - 1251:21
   **PROMPT** [1] - 1261:23
   **PROPERLY** [2] - 1317:24, 1331:9
   **PROPORTION** [1] - 1318:1
   **PROTECT** [2] - 1265:14, 1332:13
   **PROTECTED** [4] - 1291:22, 1291:23, 1311:17, 1320:3
   **PROTECTING** [1] - 1310:16
   **PROTECTION** [19] - 1260:15, 1261:22, 1263:7, 1263:14, 1268:24, 1270:7, 1271:4, 1271:13, 1272:21, 1290:17, 1290:24, 1314:24, 1317:25, 1324:19,

1325:19, 1325:23, 1327:5, 1336:17, 1337:16
   **PROTECTIVE** [4] - 1258:1, 1263:12, 1290:13, 1307:8
   **PROVIDE** [8] - 1250:7, 1252:14, 1264:5, 1272:14, 1272:19, 1290:11, 1303:2, 1336:7
   **PROVIDED** [6] - 1251:10, 1257:13, 1257:16, 1272:16, 1279:12, 1331:1
   **PROXIMITY** [2] - 1307:7, 1307:20
   **PRUDENT** [2] - 1265:6, 1266:14
   **PUBLIC** [1] - 1266:17
   **PUBLISHED** [1] - 1250:4
   **PUMP** [3] - 1276:6, 1277:23, 1286:13
   **PUMPING** [7] - 1273:16, 1273:20, 1274:15, 1276:4, 1277:8, 1278:7, 1278:19
   **PURPLE** [1] - 1275:15
   **PURPOSE** [4] - 1250:8, 1296:9, 1298:19, 1319:22
   **PUT** [15] - 1266:20, 1274:22, 1275:17, 1275:19, 1278:25, 1281:11, 1285:1, 1317:2, 1319:4, 1319:11, 1319:14, 1320:6, 1320:8, 1320:22, 1335:9
   **PUTTING** [5] - 1271:14, 1281:19, 1290:23, 1313:15, 1319:8
   **PUZZLE** [1] - 1253:6
   **PX** [8] - 1254:22, 1254:23, 1255:1, 1262:18, 1313:6, 1324:15, 1325:21

---

## Q

**Q** [1] - 1325:9
   **QUALIFIED** [1] - 1261:8
   **QUARTER** [1] - 1275:13
   **QUARTERS** [1] -

1317:23

**QUESTION** [35] - 1250:17, 1250:18, 1250:21, 1250:22, 1269:16, 1279:9, 1280:9, 1284:8, 1286:1, 1286:19, 1298:25, 1301:16, 1303:19, 1310:13, 1315:5, 1317:6, 1319:7, 1322:1, 1323:24, 1325:20, 1328:2, 1328:9, 1328:21, 1329:23, 1332:20, 1333:11, 1334:9, 1334:14, 1334:21, 1335:1, 1335:13, 1336:1, 1336:8, 1336:9, 1338:3

**QUESTIONS** [13] - 1249:25, 1250:3, 1253:16, 1255:21, 1269:25, 1308:21, 1308:22, 1322:5, 1322:6, 1327:22, 1328:12, 1329:15, 1329:24

**QUICK** [1] - 1249:15
**QUICKLY** [1] - 1302:18
**QUIET** [1] - 1274:13
**QUIT** [3] - 1264:18, 1268:15
**QUITE** [1] - 1323:23

# R

**R** [4] - 1245:8, 1246:23, 1247:11, 1249:1
**RADIUS** [1] - 1331:25
**RAILROAD** [1] - 1274:10
**RAINFALL** [3] - 1259:8, 1260:4, 1277:4
**RAISE** [7] - 1250:5, 1290:17, 1290:22, 1316:1, 1316:7, 1317:16, 1317:19
**RAISED** [9] - 1314:25, 1315:3, 1315:6, 1315:7, 1315:9, 1315:22, 1316:8, 1316:10, 1317:16
**RAISING** [2] - 1315:7, 1337:25
**RAN** [1] - 1329:4

**RANGE** [1] - 1320:18
**RAPID** [1] - 1294:11
**RATHER** [6] - 1318:2, 1319:8, 1320:10, 1322:23, 1326:1, 1329:20
**RAW** [1] - 1317:7
**RE** [6] - 1265:9, 1266:8, 1294:7, 1314:23, 1317:25, 1318:2
**RE-CORRECT** [1] - 1294:7
**RE-ESTABLISH** [1] - 1317:25
**RE-ESTABLISHING** [1] - 1314:23
**RE-ESTABLISHMENT** [1] - 1318:2
**RE-EVALUATE** [2] - 1265:9, 1266:8
**REACH** [2] - 1256:17, 1257:23, 1259:15, 1259:21, 1270:7, 1272:20, 1279:17, 1279:18, 1282:5, 1282:23, 1286:21, 1294:14, 1295:21, 1299:5, 1303:11, 1303:14, 1303:17, 1304:22, 1306:19, 1324:2, 1324:18, 1325:10, 1325:11, 1333:21, 1336:10
**READ** [4] - 1263:2, 1284:9, 1300:5, 1326:11
**READING** [1] - 1330:24
**READY** [1] - 1321:24
**REAL** [2] - 1262:25, 1308:21
**REALIZE** [1] - 1259:8
**REALIZED** [2] - 1300:6, 1320:5
**REALLY** [3] - 1264:3, 1295:8, 1303:21
**REASON** [3] - 1268:15, 1306:25, 1308:7
**REASONABLY** [2] - 1250:13, 1265:13
**RECALL** [10] - 1287:5, 1288:1, 1289:3, 1291:13, 1308:8, 1308:9, 1309:4, 1324:11,

1325:4, 1332:4
**RECEIVED** [1] - 1250:10
**RECENTLY** [1] - 1265:23
**RECESS** [6] - 1283:15, 1283:17, 1312:9, 1312:11, 1338:4, 1338:6
**RECOGNIZE** [3] - 1327:18, 1329:11, 1331:19
**RECOGNIZED** [2] - 1258:21, 1332:15
**RECOLLECT** [1] - 1332:24
**RECOLLECTION** [1] - 1304:11
**RECOMMENDATIO N** [1] - 1330:7
**RECON** [1] - 1262:7
**RECORD** [9] - 1263:23, 1267:5, 1267:14, 1267:16, 1277:18, 1279:19, 1282:4, 1312:2, 1338:15
**RECORDED** [1] - 1247:18
**RECORDS** [2] - 1262:12, 1289:1
**RECTIFY** [1] - 1288:22
**RED** [7] - 1278:24, 1278:25, 1279:10, 1282:4, 1311:21, 1313:16, 1313:20
**REDESIGN** [2] - 1302:5, 1302:9
**REDEVELOPING** [1] - 1258:12
**REDIRECT** [2] - 1249:12, 1308:20
**REDONE** [1] - 1302:3
**REDUCE** [1] - 1320:23
**REEVALUATING** [1] - 1266:16
**REFERENCE** [2] - 1283:9, 1311:10
**REFERENCES** [1] - 1311:12
**REFERRING** [6] - 1278:25, 1308:15, 1311:2, 1314:4, 1324:6, 1336:6
**REFLECT** [1] - 1252:4
**REFORM** [1] -

1334:14
**REFRAME** [1] - 1286:19
**REGARD** [1] - 1270:11
**REGARDING** [2] - 1261:25, 1262:13
**REGENERATION** [1] - 1258:4
**REGION** [2] - 1331:15, 1331:17
**REGIONAL** [2] - 1331:14, 1331:18
**RELATED** [1] - 1301:22
**RELATES** [1] - 1285:20
**RELATING** [1] - 1317:10
**RELATIVE** [1] - 1310:21
**RELIED** [1] - 1320:10
**RELIES** [1] - 1312:5
**REMAINING** [1] - 1270:9
**REMARKABLY** [1] - 1313:23
**REMEMBER** [8] - 1288:11, 1306:16, 1308:24, 1313:3, 1321:9, 1324:7, 1333:8, 1335:21
**REMOBILIZE** [1] - 1309:11
**REMOVE** [1] - 1334:16
**REMOVED** [1] - 1323:25
**RENDER** [1] - 1263:9
**RENDERING** [1] - 1322:15
**REPAIRED** [3] - 1287:10, 1287:17, 1288:7
**REPEAT** [7] - 1264:19, 1315:5, 1325:20, 1328:21, 1332:20, 1335:13, 1336:1
**REPHRASE** [2] - 1278:11, 1286:1
**REPLACE** [1] - 1260:7
**REPORT** [35] - 1250:1, 1250:3, 1250:22, 1252:2, 1260:14, 1262:4, 1262:7, 1262:17, 1263:1, 1267:3, 1267:9, 1267:14,

1267:15, 1267:17, 1267:23, 1268:6, 1275:8, 1281:12, 1281:24, 1283:10, 1285:16, 1302:17, 1302:18, 1302:19, 1303:20, 1304:24, 1306:20, 1306:21, 1308:14, 1321:6, 1321:7, 1328:25, 1330:25, 1336:22
**REPORTED** [1] - 1263:17
**REPORTER** [2] - 1338:12, 1338:23
**REPORTER** [1] - 1247:15
**REPORTER'S** [1] - 1338:10
**REPORTS** [6] - 1262:12, 1267:22, 1267:23, 1272:24, 1293:20, 1310:8
**REPRESENT** [1] - 1337:14
**REPRESENTED** [1] - 1324:25
**REPRESENTING** [1] - 1325:1
**REQUEST** [1] - 1251:25
**REQUIRED** [1] - 1329:16
**RESEARCH** [3] - 1262:20, 1263:4, 1265:12
**RESIO** [1] - 1312:6
**RESPOND** [1] - 1269:24
**RESPONDED** [1] - 1256:19
**RESPONSE** [3] - 1250:17, 1253:16, 1280:8
**RESPONSIBILITY** [2] - 1258:22, 1265:6
**RESPONSIBLE** [1] - 1327:7
**REST** [6] - 1250:12, 1255:9, 1268:20, 1279:23, 1295:21, 1311:25
**RESTRICTED** [1] - 1287:20
**RESULT** [2] - 1252:21, 1260:11
**RESULTS** [2] - 1257:11, 1272:23
**RETAIN** [1] - 1277:3
**REVERBERATION**

**S** [1] - 1316:18
**REVIEW** [2] - 1263:13, 1308:18
**REVIEWED** [3] - 1253:18, 1298:17, 1328:25
**REVIEWING** [1] - 1251:19
**REVISE** [1] - 1266:21
**REVISED** [1] - 1332:12
**RICHARD** [1] - 1247:11
**RIGHT** [74] - 1250:16, 1252:12, 1253:4, 1253:24, 1258:16, 1268:13, 1271:23, 1274:20, 1275:10, 1275:18, 1275:19, 1276:24, 1278:1, 1278:20, 1278:24, 1279:6, 1279:14, 1279:15, 1280:6, 1280:17, 1280:22, 1280:23, 1281:18, 1283:3, 1284:2, 1284:15, 1285:3, 1286:10, 1286:20, 1286:25, 1288:19, 1289:13, 1290:17, 1291:6, 1291:15, 1291:17, 1292:5, 1292:22, 1293:3, 1294:20, 1295:3, 1295:11, 1296:2, 1296:14, 1296:24, 1297:8, 1300:12, 1301:18, 1303:4, 1303:18, 1303:23, 1304:15, 1305:16, 1306:1, 1306:6, 1306:12, 1306:17, 1308:4, 1310:2, 1312:10, 1315:24, 1318:11, 1321:12, 1321:25, 1323:10, 1327:13, 1328:16, 1330:25, 1331:3, 1331:16, 1336:19
**RIGHT-HAND** [1] - 1275:18
**RIGID** [1] - 1323:20
**RIGOLETS** [1] - 1271:9
**RISING** [1] - 1310:22
**RISK** [2] - 1263:21, 1266:17
**RIVER** [3] - 1271:14, 1271:15, 1280:17

**ROAD** [1] - 1279:4
**ROB** [1] - 1254:23
**ROBERT** [2] - 1247:1, 1248:5
**ROBIN** [1] - 1247:10
**ROBINSON** [1] - 1245:2
**ROOM** [1] - 1247:16
**ROOT** [1] - 1277:1
**ROOTED** [1] - 1276:12
**ROOTER** [1] - 1338:1
**RORSCHACH** [1] - 1311:3
**ROTO** [1] - 1338:1
**ROTO-ROOTER** [1] - 1338:1
**ROUGE** [2] - 1246:10, 1246:16
**ROUGHLY** [2] - 1305:7, 1305:13
**ROY** [2] - 1246:1, 1246:1
**RPR** [2] - 1247:15, 1338:22
**RULING** [1] - 1251:3
**RULINGS** [1] - 1266:5
**RUN** [1] - 1332:15
**RUN-UP** [1] - 1332:15
**RUNS** [2] - 1274:20, 1274:21
**RUPERT** [1] - 1247:9
**RUSH** [1] - 1338:2

## S

**S** [3] - 1247:4, 1247:7, 1249:1
**S.W** [1] - 1246:12
**SAFETY** [1] - 1330:21
**SAID** [20] - 1265:13, 1268:10, 1287:4, 1287:21, 1302:21, 1303:4, 1303:7, 1303:21, 1304:14, 1304:15, 1304:16, 1308:13, 1312:14, 1320:8, 1321:10, 1321:15, 1326:13, 1326:24, 1328:10, 1335:6
**SAIL** [1] - 1271:8
**SAILED** [1] - 1271:5
**SALINITY** [18] - 1276:4, 1276:21, 1276:24, 1278:6,

1278:21, 1280:15, 1281:17, 1281:19, 1282:22, 1283:2, 1283:6, 1283:8, 1284:1, 1284:5, 1284:6, 1320:2, 1320:12, 1329:1
**SALT** [19] - 1278:24, 1279:7, 1279:10, 1279:11, 1280:3, 1280:5, 1282:2, 1282:11, 1282:12, 1284:19, 1284:22, 1285:7, 1285:9, 1285:23, 1285:25, 1286:2, 1286:3, 1286:17
**SALTWATER** [2] - 1258:3, 1258:11
**SAME** [13] - 1250:24, 1254:8, 1254:9, 1256:20, 1268:18, 1285:20, 1306:6, 1307:16, 1308:6, 1314:10, 1327:12, 1328:14, 1333:21
**SAN** [1] - 1331:8
**SAND** [2] - 1276:23, 1277:4
**SARAH** [1] - 1247:11
**SAT** [1] - 1266:3
**SAW** [9] - 1277:2, 1284:22, 1286:17, 1291:17, 1300:5, 1300:21, 1318:22, 1318:24, 1335:6
**SAY** [25] - 1251:7, 1252:22, 1266:3, 1272:6, 1285:2, 1288:23, 1290:3, 1299:13, 1302:15, 1303:4, 1304:10, 1313:25, 1314:4, 1315:22, 1318:18, 1320:4, 1323:2, 1325:13, 1325:24, 1330:3, 1333:1, 1336:4, 1336:25, 1337:4
**SAYING** [5] - 1301:24, 1314:21, 1317:24, 1326:1
**SAYS** [15] - 1255:10, 1263:2, 1264:12, 1264:13, 1264:18, 1266:3, 1266:7, 1281:3, 1281:9, 1284:9, 1284:11, 1294:23, 1304:11, 1332:24, 1333:2

**SCALE** [1] - 1311:14
**SCENARIO** [26] - 1254:8, 1255:13, 1255:15, 1255:16, 1255:22, 1255:25, 1256:10, 1256:15, 1257:9, 1257:11, 1258:13, 1258:14, 1259:5, 1259:9, 1259:10, 1314:15, 1315:18, 1317:21, 1318:13, 1319:4, 1319:24, 1320:14, 1320:24, 1321:1, 1321:2
**SCENARIOS** [7] - 1249:18, 1251:14, 1251:20, 1251:25, 1252:5, 1252:13, 1252:25
**SCHEDULED** [1] - 1302:9
**SCHEDULES** [1] - 1251:17
**SCHOOL** [1] - 1252:20
**SCIENCE** [4] - 1260:14, 1262:19, 1267:3, 1267:7
**SCIENCES** [3] - 1250:4, 1263:3, 1263:18
**SCIENTIFIC** [2] - 1263:8, 1263:13
**SCREEN** [2] - 1251:9, 1252:4
**SEA** [1] - 1272:22
**SEATED** [3] - 1249:5, 1283:19, 1312:13
**SECOND** [6] - 1254:18, 1264:8, 1289:24, 1306:20, 1313:5, 1318:16
**SECONDARY** [1] - 1294:14
**SECTION** [10] - 1274:5, 1275:19, 1276:6, 1277:23, 1280:25, 1286:13, 1290:14, 1295:17, 1298:25, 1315:9
**SECTIONS** [1] - 1311:22
**SEE** [17] - 1254:1, 1256:6, 1262:24, 1272:12, 1273:8, 1273:15, 1275:21, 1280:22, 1288:24, 1301:6, 1313:22,

1316:18, 1316:24, 1318:4, 1319:10, 1323:21, 1328:19
**SEEING** [2] - 1294:11, 1311:20
**SEEM** [1] - 1307:25
**SEEMS** [4] - 1250:7, 1250:11, 1255:9, 1316:5
**SEEN** [1] - 1284:25
**SEES** [1] - 1333:3
**SEGMENT** [1] - 1275:15
**SEPARATE** [2] - 1252:8, 1252:9
**SEPARATED** [2] - 1257:10, 1328:12
**SERIOUSLY** [1] - 1274:8
**SERVE** [1] - 1261:2
**SERVED** [1] - 1266:22
**SESSION** [5] - 1245:9, 1249:3, 1249:5, 1283:20, 1312:13
**SET** [2] - 1269:4, 1269:5
**SETS** [1] - 1265:24
**SETTLE** [2] - 1297:21, 1302:2
**SETTLED** [7] - 1295:24, 1296:13, 1297:7, 1297:19, 1315:8, 1315:12
**SETTLEMENT** [35] - 1293:23, 1293:24, 1294:23, 1295:1, 1296:17, 1296:21, 1296:25, 1297:10, 1297:11, 1298:3, 1298:4, 1298:24, 1299:1, 1301:13, 1301:15, 1301:19, 1301:22, 1301:25, 1302:8, 1307:24, 1308:5, 1308:11, 1308:12, 1309:11, 1309:13, 1315:3, 1315:10, 1315:14, 1315:25, 1316:9, 1317:1, 1317:9, 1317:10, 1318:7
**SETTLING** [2] - 1294:8, 1297:6
**SEVEN** [1] - 1333:7
**SEVERAL** [3] - 1270:19, 1280:17, 1324:23
**SEVERE** [2] -

1331:11, 1337:15
**SHARE** [1] - 1326:14
**SHE'S** [1] - 1297:6
**SHEER** [1] - 1296:10
**SHEET** [49] - 1287:5, 1287:10, 1287:13, 1287:16, 1288:7, 1288:12, 1288:20, 1288:24, 1289:8, 1289:11, 1289:16, 1290:2, 1290:3, 1290:4, 1290:10, 1290:12, 1290:17, 1290:23, 1291:1, 1291:2, 1291:3, 1291:4, 1291:10, 1291:20, 1291:25, 1303:6, 1303:24, 1305:21, 1306:5, 1306:11, 1309:7, 1309:9, 1309:14, 1309:15, 1309:23, 1310:5, 1310:11, 1310:16, 1311:1, 1311:22, 1311:24, 1311:25, 1322:14, 1322:16, 1322:24, 1323:2, 1323:3, 1323:8
**SHEETS** [1] - 1309:19
**SHERMAN** [1] - 1245:20
**SHIFTED** [1] - 1323:24
**SHINGLES** [1] - 1260:6
**SHIP** [2] - 1271:14, 1271:15
**SHOCKED** [1] - 1271:18
**SHORE** [1] - 1261:21
**SHORT** [2] - 1321:18, 1321:23
**SHORTEN** [1] - 1322:7
**SHOULD** [11] - 1251:15, 1252:19, 1263:4, 1263:12, 1266:15, 1299:13, 1313:24, 1320:11, 1327:23, 1329:11, 1337:15
**SHOW** [16] - 1252:23, 1253:1, 1257:1, 1280:1, 1281:12, 1281:23, 1288:20, 1288:21, 1289:16, 1289:18, 1295:3, 1300:22,

1304:10, 1311:3, 1311:10, 1313:16
**SHOWED** [5] - 1273:8, 1273:15, 1273:23, 1305:20, 1324:14
**SHOWING** [4] - 1283:13, 1313:3, 1318:20, 1323:7
**SHOWN** [6] - 1274:23, 1284:25, 1294:24, 1311:24, 1319:10, 1322:19
**SHOWS** [7] - 1276:10, 1283:7, 1289:21, 1291:20, 1304:25, 1316:22, 1322:22
**SHUFFLE** [1] - 1251:16
**SIDE** [9] - 1260:17, 1270:10, 1274:9, 1280:19, 1311:16, 1311:17, 1337:19, 1337:25, 1338:2
**SIDES** [1] - 1274:12
**SIGNAL** [1] - 1288:21
**SIGNIFICANCE** [1] - 1323:7
**SIGNIFICANT** [4] - 1270:5, 1292:14, 1326:22, 1327:5
**SIMILAR** [2] - 1259:9, 1296:18
**SIMPLE** [1] - 1308:22
**SIMPLISTIC** [1] - 1308:22
**SIMPLY** [1] - 1323:4
**SIMS** [1] - 1245:23
**SIMULATED** [1] - 1336:14
**SIMULTANEOUSLY** [1] - 1328:24
**SINCE** [5] - 1252:8, 1281:6, 1297:4, 1304:16, 1315:10
**SINGLE** [1] - 1262:16
**SINKER** [1] - 1326:12
**SIR** [87] - 1255:2, 1265:4, 1267:20, 1269:3, 1269:4, 1269:5, 1272:10, 1273:20, 1275:10, 1275:23, 1276:8, 1277:8, 1278:9, 1279:21, 1281:4,

1282:14, 1284:11, 1284:13, 1284:20, 1286:14, 1286:22, 1287:17, 1288:2, 1288:3, 1288:9, 1288:16, 1289:4, 1289:25, 1295:11, 1297:5, 1298:21, 1298:25, 1299:11, 1301:14, 1302:17, 1303:12, 1305:5, 1305:9, 1305:12, 1307:18, 1314:6, 1314:16, 1314:17, 1315:24, 1317:4, 1317:23, 1320:16, 1321:2, 1321:11, 1321:12, 1321:13, 1322:2, 1323:17, 1324:11, 1324:19, 1325:5, 1325:16, 1329:9, 1329:17, 1330:1, 1330:13, 1330:19, 1330:23, 1331:5, 1331:13, 1331:16, 1331:23, 1331:25, 1332:1, 1332:6, 1332:10, 1332:19, 1333:18, 1333:21, 1334:7, 1334:13, 1334:18, 1335:4, 1335:12, 1335:25, 1336:3, 1336:20, 1337:2, 1337:5, 1337:9, 1337:23, 1338:5
**SIT** [2] - 1267:19, 1296:12
**SITE** [6] - 1292:12, 1293:5, 1295:18, 1306:24, 1315:23, 1316:25
**SITES** [1] - 1298:8
**SITS** [1] - 1266:18
**SITUATION** [2] - 1319:23, 1326:22
**SIX** [1] - 1256:7
**SLIDE** [17] - 1251:8, 1254:21, 1256:6, 1257:1, 1258:5, 1262:24, 1263:2, 1267:1, 1273:22, 1289:2, 1294:17, 1295:5, 1306:22, 1313:1, 1324:13
**SLIDES** [5] - 1257:20, 1267:2, 1273:8, 1273:15, 1292:13
**SLOPPY** [1] -

1268:14
**SLOW** [1] - 1294:13
**SLOWLY** [1] - 1296:9
**SMITH** [3] - 1247:10, 1298:17, 1333:10
**SO** [100] - 1250:12, 1251:2, 1251:9, 1251:15, 1251:20, 1251:24, 1254:4, 1254:15, 1254:18, 1255:14, 1256:19, 1261:21, 1262:25, 1263:1, 1264:1, 1264:5, 1266:5, 1267:16, 1268:7, 1268:18, 1270:11, 1271:18, 1272:14, 1272:25, 1273:21, 1274:6, 1274:23, 1275:6, 1275:25, 1277:3, 1277:6, 1278:6, 1279:13, 1279:14, 1280:5, 1280:20, 1281:6, 1281:11, 1281:16, 1282:22, 1283:25, 1284:4, 1285:5, 1285:20, 1289:11, 1289:20, 1290:13, 1290:21, 1293:23, 1294:6, 1294:11, 1295:7, 1295:24, 1297:10, 1297:18, 1302:14, 1303:10, 1304:21, 1305:4, 1305:10, 1306:2, 1306:4, 1306:9, 1307:4, 1308:10, 1309:13, 1311:17, 1313:22, 1314:25, 1315:3, 1315:11, 1315:13, 1315:22, 1315:25, 1316:16, 1316:23, 1317:15, 1317:21, 1318:4, 1319:1, 1319:6, 1319:19, 1320:5, 1320:10, 1320:13, 1320:22, 1322:23, 1323:25, 1325:1, 1326:17, 1327:1, 1327:7, 1329:2, 1329:6, 1329:23, 1333:3, 1333:11, 1336:21, 1337:25
**SOCIETY** [1] - 1261:3
**SOIL** [12] - 1276:25, 1277:1, 1279:25,

1289:6, 1292:1, 1299:1, 1301:13, 1301:15, 1301:19, 1301:22, 1309:12, 1309:17
**SOILS** [7] - 1276:12, 1294:1, 1294:7, 1294:9, 1296:10, 1297:9, 1300:7
**SOJA** [1] - 1247:11
**SOLELY** [1] - 1314:4
**SOME** [21] - 1249:15, 1253:18, 1253:21, 1255:22, 1259:16, 1266:5, 1268:20, 1281:17, 1282:23, 1283:6, 1283:7, 1287:12, 1288:5, 1290:11, 1294:24, 1295:21, 1308:21, 1314:6, 1314:7, 1314:8, 1327:17
**SOMEHOW** [1] - 1324:14
**SOMEONE** [1] - 1302:1
**SOMETHING** [10] - 1250:14, 1267:19, 1270:21, 1280:4, 1290:1, 1292:16, 1304:11, 1305:7, 1309:12, 1321:15
**SOMETIMES** [2] - 1264:5, 1321:19
**SORRY** [12] - 1275:11, 1277:13, 1279:1, 1283:16, 1283:21, 1299:4, 1299:8, 1299:12, 1299:15, 1299:22, 1313:8, 1313:9
**SORT** [4] - 1252:18, 1260:23, 1271:3, 1327:20
**SOUNDS** [2] - 1332:8, 1334:25
**SOUTH** [1] - 1245:13
**SOUTH** [7] - 1259:18, 1274:21, 1275:6, 1275:15, 1286:16, 1314:2
**SPEAK** [1] - 1250:6
**SPECIALTY** [1] - 1269:14
**SPECIFIC** [2] - 1288:4, 1292:8
**SPECIFICALLY** [1] - 1336:15
**SPECIFICATIONS** [3] - 1270:16, 1271:2,

1271:22
**SPENT** [1] - 1269:24
**SPH** [1] - 1293:2
**SPOILS** [1] - 1329:20
**SPOKE** [3] -
1294:22, 1302:18,
1324:10
**SPRINGS** [1] -
1246:13
**SPY** [2] - 1326:11,
1326:12
**SQUARE** [1] -
1249:10
**SQUEEZED** [1] -
1294:10
**SQUEEZING** [37] -
1258:2, 1286:25,
1287:1, 1287:9,
1287:15, 1288:5,
1290:22, 1292:11,
1293:3, 1294:4,
1297:10, 1297:11,
1297:19, 1297:23,
1298:8, 1302:8,
1302:23, 1304:19,
1306:7, 1306:10,
1306:15, 1307:1,
1307:3, 1307:7,
1307:11, 1313:2,
1314:11, 1314:12,
1314:18, 1316:11,
1316:13, 1316:16,
1316:24, 1317:4,
1323:16, 1323:22,
1324:4
**SR** [1] - 1247:11
**ST** [5] - 1245:17,
1245:20, 1246:2,
1246:5, 1246:23
**STABILITY** [3] -
1294:19, 1298:23,
1300:15
**STANDARD** [22] -
1330:4, 1330:13,
1330:22, 1331:5,
1331:9, 1331:12,
1331:14, 1331:18,
1331:21, 1332:10,
1332:17, 1332:19,
1332:21, 1332:23,
1333:13, 1333:20,
1337:1, 1337:4,
1337:8, 1337:12,
1337:14, 1337:18
**STANWOOD** [1] -
1245:8
**START** [3] - 1268:10,
1331:20, 1338:2
**STARTED** [1] -
1315:11

**STARTING** [2] -
1280:1, 1287:25
**STATE** [1] - 1269:11
**STATED** [4] - 1278:8,
1308:7, 1329:12,
1329:19
**STATES** [8] - 1245:1,
1245:5, 1245:8,
1265:19, 1269:14,
1270:14, 1271:19,
1338:12
**STATION** [10] -
1273:16, 1273:20,
1274:15, 1276:4,
1276:7, 1277:8,
1278:7, 1278:19,
1286:13, 1305:16
**STATION** [1] -
1247:13
**STATIONS** [4] -
1304:22, 1305:1,
1305:10, 1305:21
**STAY** [1] - 1293:3
**STEEL** [1] - 1311:1
**STEERING** [1] -
1271:13
**STENOGRAPHY** [1]
- 1247:18
**STEP** [10] - 1252:18,
1257:12, 1263:25,
1264:8, 1264:12,
1264:18, 1298:9,
1317:15, 1327:1
**STEP-BY-STEP** [1] -
1252:18
**STEPPED** [2] -
1272:20, 1336:13
**STEVEN** [1] -
1259:19
**STEVENS** [32] -
1246:18, 1246:18,
1249:7, 1249:9,
1249:22, 1249:24,
1250:15, 1251:5,
1251:23, 1254:23,
1254:25, 1255:6,
1255:19, 1255:20,
1266:24, 1267:12,
1267:16, 1267:18,
1268:4, 1269:1,
1277:18, 1299:24,
1300:2, 1308:13,
1308:17, 1313:5,
1313:8, 1326:18,
1327:21, 1328:10,
1328:14, 1328:17
**STEVENS** [1] -
1248:6
**STICKING** [1] -
1290:10

**STIFFEN** [1] -
1296:11
**STIFFENED** [1] -
1297:9
**STILL** [12] - 1253:19,
1272:1, 1272:10,
1281:20, 1282:10,
1282:16, 1300:14,
1301:22, 1309:15,
1309:16, 1323:8
**STONE** [1] - 1248:7
**STONE** [80] -
1247:11, 1250:5,
1255:3, 1255:9,
1267:6, 1267:9,
1268:1, 1269:5,
1269:7, 1273:10,
1273:14, 1275:2,
1275:12, 1275:14,
1277:13, 1277:20,
1277:24, 1278:4,
1278:5, 1279:18,
1279:20, 1282:6,
1282:8, 1283:22,
1283:23, 1289:25,
1290:15, 1291:7,
1291:13, 1291:16,
1299:12, 1299:14,
1299:17, 1299:20,
1299:22, 1300:1,
1300:4, 1303:12,
1303:14, 1303:18,
1303:20, 1304:4,
1304:7, 1304:9,
1305:2, 1305:5,
1305:12, 1305:15,
1305:19, 1306:3,
1306:6, 1306:12,
1306:13, 1311:3,
1311:7, 1312:4,
1312:14, 1312:17,
1312:21, 1312:24,
1312:25, 1313:10,
1317:14, 1321:17,
1321:23, 1322:2,
1322:6, 1323:12,
1323:14, 1324:15,
1326:11, 1326:16,
1326:20, 1328:3,
1328:13, 1328:18,
1329:24, 1330:2,
1338:3, 1338:5
**STOOD** [2] -
1300:12, 1300:14
**STOP** [3] - 1264:12,
1271:16, 1327:2
**STOPPING** [1] -
1258:11
**STORM** [3] - 1291:4,
1336:14, 1337:15

**STORY** [3] -
1280:20, 1280:21,
1328:4
**STRAIGHT** [1] -
1251:13
**STREAMS** [1] -
1328:23
**STREET** [5] -
1245:13, 1246:9,
1246:16, 1247:2,
1247:16
**STREET** [1] - 1290:3
**STRENGTH** [1] -
1296:10
**STRESSES** [1] -
1299:2
**STRICKEN** [1] -
1328:1
**STRUCTURE** [6] -
1256:11, 1264:20,
1266:4, 1289:19,
1317:25, 1323:20
**STRUCTURED** [1] -
1320:8
**STRUCTURES** [15] -
1263:12, 1265:8,
1265:9, 1266:22,
1270:7, 1271:4,
1271:7, 1272:7,
1272:21, 1314:24,
1322:22, 1324:2,
1324:24, 1327:5,
1333:16
**STRUGGLING** [1] -
1250:24
**STUDENTS** [2] -
1264:21, 1264:24
**STUDIED** [3] -
1279:22, 1314:14,
1316:25
**STUDIES** [5] -
1249:19, 1252:6,
1252:13, 1255:10,
1256:23
**STUDY** [3] - 1250:7,
1250:10, 1299:1
**STUDYING** [1] -
1301:9
**STUFF** [1] - 1293:2
**STUNNED** [1] -
1271:4
**SUBJECT** [4] -
1255:4, 1303:17,
1304:19, 1306:15
**SUBJECTED** [2] -
1302:23, 1333:17
**SUBROGATED** [1] -
1246:22
**SUBSEQUENT** [1] -
1291:5

**SUBSIDENCE** [2] -
1317:9, 1317:10
**SUCH** [1] - 1268:13
**SUGGESTED** [1] -
1254:15
**SUITE** [4] - 1245:14,
1245:23, 1246:5,
1247:2
**SUMMARIZED** [1] -
1252:10
**SUMMARY** [4] -
1249:17, 1250:6,
1250:7, 1250:13
**SUPER** [1] - 1304:14
**SUPPORT** [6] -
1262:20, 1277:1,
1289:19, 1290:12,
1293:11, 1296:10
**SUPPORTING** [2] -
1268:7, 1292:1
**SURE** [11] - 1252:10,
1257:21, 1290:2,
1297:9, 1303:8,
1303:25, 1310:14,
1311:6, 1311:10,
1332:4, 1333:15
**SURGE** [22] -
1256:11, 1256:17,
1272:9, 1272:12,
1272:16, 1292:18,
1292:25, 1327:7,
1327:10, 1332:3,
1332:9, 1332:13,
1332:15, 1335:25,
1336:3, 1336:11,
1336:12, 1336:14,
1337:21, 1337:22,
1337:24
**SURGES** [1] -
1336:17
**SURPRISED** [1] -
1326:10
**SURPRISES** [2] -
1264:5, 1264:6
**SURVEY** [2] -
1322:19, 1322:21
**SURVEYOR** [1] -
1269:11
**SURVIVED** [1] -
1258:6
**SUSPECT** [1] -
1255:15
**SUSTAINED** [1] -
1259:2
**SWITCHING** [1] -
1273:10
**SYSTEM** [29] -
1253:13, 1260:15,
1263:15, 1266:20,
1268:21, 1268:22,

1269:22, 1271:12, 1271:13, 1271:17, 1279:23, 1292:5, 1292:7, 1292:15, 1298:11, 1310:22, 1316:17, 1324:1, 1324:19, 1325:19, 1325:23, 1326:6, 1327:9, 1327:15, 1329:7, 1329:8, 1333:1, 1336:13, 1337:1

**SYSTEMS** [3] - 1264:4, 1264:16, 1266:20

# T

**T** [1] - 1246:22

**TABLE** [6] - 1252:1, 1252:25, 1304:24, 1305:20, 1313:15, 1321:21

**TAHEERAH** [1] - 1247:6

**TAKE** [23] - 1249:16, 1249:21, 1250:15, 1253:10, 1253:13, 1255:23, 1256:2, 1262:21, 1274:13, 1280:22, 1281:2, 1283:15, 1289:23, 1302:25, 1312:9, 1315:25, 1317:8, 1318:17, 1320:9, 1329:13, 1331:18, 1333:5, 1338:4

**TAKEN** [16] - 1254:13, 1274:3, 1274:4, 1274:15, 1274:18, 1275:3, 1275:22, 1283:17, 1284:10, 1290:21, 1297:21, 1312:11, 1314:18, 1314:22, 1336:24, 1338:6

**TAKES** [2] - 1252:16, 1292:2

**TAKING** [4] - 1249:11, 1281:16, 1319:1, 1331:17

**TALK** [8] - 1260:16, 1262:17, 1286:23, 1292:11, 1318:16, 1321:18, 1323:2, 1330:15

**TALKED** [5] - 1285:20, 1302:23, 1304:21, 1306:7, 1313:2

**TALKING** [23] -

1276:16, 1276:24, 1276:25, 1277:14, 1277:16, 1277:21, 1279:17, 1283:25, 1284:2, 1285:17, 1285:24, 1289:3, 1293:23, 1295:2, 1296:21, 1303:9, 1303:11, 1317:1, 1319:22, 1327:10, 1329:23, 1331:24

**TARGET** [6] - 1292:5, 1292:7, 1293:8, 1296:4, 1316:9, 1316:10

**TASKED** [1] - 1249:10

**TAUGHT** [2] - 1265:1, 1268:13

**TEACH** [2] - 1264:21, 1264:24

**TEACHER** [1] - 1252:20

**TEACHING** [1] - 1265:2

**TEAM** [3] - 1266:15, 1299:19, 1336:18

**TECHNICAL** [4] - 1283:14, 1304:24, 1321:6, 1321:7

**TECHNOLOGY** [1] - 1277:24

**TELL** [13] - 1259:12, 1274:8, 1276:3, 1276:23, 1280:7, 1290:8, 1292:1, 1305:22, 1311:8, 1311:9, 1320:11, 1321:4, 1322:20

**TELLS** [4] - 1332:17, 1332:21, 1333:11, 1337:18

**TEN** [7] - 1267:23, 1267:24, 1292:19, 1292:25, 1301:7, 1312:9, 1320:18

**TEN-FOOT** [1] - 1292:25

**TEN-MINUTE** [1] - 1312:9

**TENDER** [2] - 1266:24, 1269:1

**TERM** [3] - 1286:24, 1287:2, 1312:15

**TERMS** [3] - 1254:9, 1254:20, 1259:5

**TEST** [9] - 1252:21, 1292:12, 1293:5, 1295:18, 1300:12, 1300:14, 1301:5,

1311:3, 1315:23

**TESTIFIED** [9] - 1256:3, 1273:6, 1273:21, 1298:19, 1301:12, 1303:16, 1323:15, 1326:7, 1327:16

**TESTIFY** [2] - 1308:10, 1308:15

**TESTIMONY** [3] - 1256:4, 1256:7, 1273:7

**TESTING** [1] - 1293:15

**THAN** [25] - 1268:16, 1270:22, 1280:21, 1282:24, 1285:21, 1300:25, 1301:16, 1311:4, 1313:20, 1313:21, 1314:1, 1314:6, 1314:7, 1315:14, 1317:15, 1319:8, 1320:17, 1320:23, 1322:22, 1322:23, 1325:25, 1326:2, 1329:20, 1332:10, 1333:17

**THANK** [29] - 1249:24, 1251:5, 1255:6, 1255:19, 1267:17, 1269:1, 1269:3, 1273:13, 1275:10, 1278:3, 1278:4, 1282:15, 1288:16, 1298:25, 1299:16, 1300:2, 1303:3, 1304:13, 1312:20, 1312:23, 1317:13, 1323:11, 1323:13, 1324:16, 1326:15, 1328:17, 1330:1, 1336:24, 1338:5

**THAT** [487] - 1249:13, 1249:16, 1250:1, 1250:6, 1250:13, 1250:14, 1250:15, 1250:20, 1250:21, 1250:22, 1251:2, 1251:3, 1251:6, 1251:16, 1252:4, 1252:8, 1252:10, 1252:22, 1253:4, 1253:7, 1253:12, 1253:14, 1254:3, 1254:4, 1254:7, 1254:12, 1254:15, 1255:10, 1255:11, 1255:12, 1255:14, 1256:2,

1256:3, 1256:14, 1256:16, 1256:20, 1256:22, 1256:23, 1257:14, 1257:15, 1257:19, 1258:6, 1258:23, 1259:1, 1259:6, 1259:20, 1259:24, 1260:4, 1260:16, 1260:22, 1261:14, 1261:16, 1261:22, 1262:3, 1262:12, 1262:17, 1262:21, 1263:1, 1263:2, 1263:3, 1263:14, 1263:20, 1263:24, 1264:1, 1264:4, 1264:9, 1265:2, 1265:6, 1265:9, 1266:3, 1266:8, 1266:13, 1266:15, 1266:18, 1267:13, 1268:5, 1268:6, 1268:8, 1268:9, 1268:19, 1268:21, 1268:22, 1269:12, 1269:14, 1269:17, 1269:21, 1269:22, 1269:24, 1269:25, 1270:1, 1270:2, 1270:3, 1270:5, 1270:6, 1270:7, 1270:11, 1270:15, 1270:17, 1270:20, 1270:23, 1270:25, 1271:5, 1271:20, 1271:23, 1272:7, 1272:16, 1272:19, 1272:25, 1273:19, 1273:23, 1274:2, 1274:5, 1274:14, 1274:20, 1274:21, 1274:23, 1274:25, 1275:3, 1275:15, 1275:21, 1275:25, 1276:3, 1276:10, 1276:17, 1276:21, 1277:2, 1277:7, 1277:14, 1277:7, 1278:12, 1278:22, 1279:7, 1279:9, 1279:11, 1279:21, 1280:2, 1280:7, 1280:14, 1280:16, 1280:18, 1280:22, 1280:23, 1280:24, 1281:2, 1281:6, 1281:7, 1281:13, 1281:19, 1281:21, 1281:23, 1282:22, 1283:5, 1283:7, 1283:12, 1284:1,

1284:4, 1284:5, 1284:7, 1284:8, 1284:23, 1285:11, 1285:17, 1285:20, 1285:24, 1286:2, 1286:3, 1286:7, 1286:13, 1286:15, 1286:17, 1286:23, 1287:3, 1287:10, 1287:13, 1287:14, 1287:16, 1287:17, 1288:5, 1288:6, 1288:9, 1288:11, 1288:12, 1289:7, 1289:11, 1289:13, 1289:17, 1290:9, 1290:16, 1290:22, 1291:5, 1291:13, 1291:17, 1291:18, 1291:20, 1291:22, 1291:23, 1291:24, 1292:2, 1292:14, 1292:18, 1292:21, 1293:2, 1293:15, 1293:20, 1293:23, 1293:25, 1294:9, 1294:18, 1294:23, 1294:24, 1294:25, 1295:8, 1295:10, 1295:11, 1295:15, 1295:16, 1295:17, 1295:20, 1296:9, 1296:10, 1296:11, 1296:13, 1296:16, 1296:19, 1296:23, 1297:7, 1297:10, 1297:22, 1297:23, 1298:9, 1298:17, 1298:19, 1298:25, 1299:7, 1299:11, 1300:5, 1300:6, 1300:14, 1300:21, 1300:25, 1301:4, 1301:5, 1301:9, 1301:12, 1301:14, 1301:16, 1302:1, 1302:5, 1302:9, 1302:15, 1302:19, 1302:23, 1302:25, 1303:1, 1303:2, 1303:5, 1303:16, 1303:21, 1304:2, 1304:4, 1304:18, 1304:24, 1305:1, 1305:5, 1305:8, 1305:13, 1305:15, 1305:16, 1305:20, 1305:21, 1306:6, 1306:10, 1306:11, 1306:18, 1306:22, 1306:23, 1307:4,

| | | | | |
|---|---|---|---|---|
| 1307:5, 1307:16, 1308:2, 1308:24, 1309:1, 1309:7, 1309:12, 1309:14, 1309:23, 1310:4, 1310:7, 1310:13, 1310:15, 1310:22, 1311:10, 1311:17, 1312:4, 1312:15, 1313:3, 1313:11, 1313:13, 1313:18, 1313:22, 1313:25, 1314:6, 1314:7, 1314:8, 1314:11, 1314:14, 1314:18, 1314:22, 1315:6, 1315:8, 1315:10, 1315:12, 1315:14, 1315:15, 1315:19, 1315:25, 1316:1, 1316:5, 1316:14, 1316:18, 1316:25, 1317:3, 1317:15, 1317:22, 1317:25, 1318:1, 1318:4, 1318:8, 1318:11, 1319:3, 1319:5, 1319:6, 1319:15, 1319:17, 1319:22, 1319:25, 1320:2, 1320:4, 1320:5, 1320:7, 1320:9, 1320:13, 1320:22, 1320:24, 1321:5, 1321:8, 1321:12, 1321:15, 1321:19, 1322:5, 1322:9, 1322:20, 1322:21, 1322:23, 1323:7, 1323:8, 1323:15, 1323:16, 1323:21, 1323:23, 1323:24, 1323:25, 1324:3, 1324:9, 1324:11, 1324:17, 1324:21, 1325:10, 1325:14, 1325:21, 1325:22, 1326:1, 1326:3, 1326:5, 1326:7, 1326:12, 1326:14, 1326:22, 1326:24, 1327:1, 1327:6, 1327:16, 1327:18, 1327:19, 1327:22, 1327:25, 1328:1, 1328:5, 1328:8, 1328:11, 1328:22, 1328:24, 1329:1, 1329:2, 1329:6, 1329:7, 1329:8, 1329:9, 1329:11, | 1329:14, 1329:18, 1329:19, 1329:22, 1330:3, 1330:10, 1330:19, 1330:25, 1331:3, 1331:9, 1331:10, 1331:16, 1331:24, 1332:4, 1332:14, 1332:15, 1332:16, 1332:24, 1333:3, 1333:5, 1333:8, 1333:10, 1333:16, 1333:22, 1333:25, 1334:1, 1334:3, 1334:5, 1334:9, 1334:15, 1334:16, 1334:19, 1334:22, 1334:25, 1335:7, 1335:8, 1335:16, 1335:17, 1335:18, 1336:7, 1336:21, 1336:25, 1337:11, 1337:22, 1338:14<br>**THAT'LL** [1] - 1294:13<br>**THAT'S** [218] - 1254:17, 1255:7, 1255:11, 1255:16, 1255:23, 1255:24, 1256:21, 1256:25, 1257:4, 1257:8, 1257:24, 1258:24, 1260:8, 1260:10, 1260:11, 1260:12, 1261:13, 1261:20, 1265:12, 1266:22, 1267:1, 1267:11, 1267:12, 1269:18, 1269:20, 1270:18, 1270:24, 1271:18, 1272:18, 1273:5, 1273:21, 1273:23, 1275:5, 1275:7, 1275:9, 1275:15, 1275:22, 1275:24, 1276:2, 1276:6, 1276:10, 1276:15, 1277:9, 1277:18, 1278:1, 1278:7, 1278:24, 1279:2, 1279:3, 1279:5, 1279:10, 1279:25, 1280:13, 1280:22, 1281:1, 1281:8, 1281:9, 1281:11, 1281:15, 1281:21, 1281:25, 1282:1, 1282:2, 1282:12, 1282:21, 1282:25, 1283:6, 1283:13, 1284:11, 1284:12, | 1284:13, 1284:15, 1285:2, 1285:4, 1285:5, 1285:6, 1285:8, 1285:11, 1285:13, 1285:17, 1285:18, 1285:19, 1285:22, 1286:5, 1286:15, 1286:22, 1287:2, 1287:11, 1287:18, 1288:10, 1288:16, 1288:19, 1289:6, 1289:12, 1289:18, 1290:20, 1290:25, 1291:12, 1292:2, 1292:4, 1292:5, 1292:6, 1292:10, 1292:22, 1292:24, 1293:14, 1293:22, 1293:23, 1293:25, 1294:5, 1294:7, 1294:10, 1294:17, 1295:2, 1295:5, 1295:9, 1295:12, 1295:16, 1295:20, 1295:23, 1296:1, 1296:4, 1296:16, 1296:19, 1297:4, 1297:12, 1297:13, 1297:14, 1297:20, 1297:22, 1297:23, 1298:22, 1298:24, 1299:6, 1299:10, 1299:12, 1299:20, 1300:9, 1300:17, 1300:24, 1301:11, 1302:11, 1302:13, 1302:21, 1303:7, 1303:25, 1304:7, 1304:8, 1304:14, 1304:16, 1304:18, 1304:20, 1305:17, 1305:22, 1306:6, 1306:8, 1306:15, 1306:16, 1306:25, 1307:1, 1307:2, 1307:3, 1309:20, 1310:22, 1310:23, 1311:6, 1312:17, 1313:12, 1314:15, 1314:20, 1315:2, 1315:18, 1316:4, 1316:10, 1316:22, 1316:23, 1317:5, 1317:21, 1318:10, 1318:12, 1319:10, 1319:11, 1319:12, 1319:21, 1321:1, 1322:18, 1322:25, 1323:10, 1323:18, 1324:15, 1324:24, 1325:17, | 1326:10, 1326:23, 1326:24, 1327:14, 1327:15, 1328:25, 1329:2, 1329:10, 1330:8, 1330:11, 1330:14, 1330:20, 1332:11, 1333:15, 1333:19, 1334:5, 1337:6, 1337:10, 1337:13, 1337:17, 1337:20, 1337:24<br>**THAT'S..** [1] - 1292:21<br>**THE** [1308] - 1245:8, 1245:12, 1245:19, 1246:4, 1246:22, 1247:4, 1248:4, 1249:5, 1249:6, 1249:8, 1249:11, 1249:14, 1249:17, 1249:18, 1249:20, 1249:23, 1249:25, 1250:1, 1250:2, 1250:3, 1250:7, 1250:8, 1250:11, 1250:12, 1250:16, 1250:17, 1250:18, 1250:19, 1250:22, 1250:24, 1250:25, 1251:7, 1251:8, 1251:9, 1251:13, 1251:18, 1251:25, 1252:4, 1252:5, 1252:14, 1252:16, 1252:19, 1252:22, 1252:25, 1253:1, 1253:6, 1253:7, 1253:14, 1253:16, 1253:18, 1253:20, 1253:21, 1253:23, 1253:24, 1253:25, 1254:8, 1254:9, 1254:13, 1255:4, 1255:7, 1255:9, 1255:12, 1255:13, 1255:14, 1255:15, 1255:17, 1255:21, 1255:23, 1256:3, 1256:11, 1256:14, 1256:16, 1256:17, 1256:18, 1256:20, 1257:2, 1257:5, 1257:7, 1257:10, 1257:11, 1257:13, 1257:15, 1257:17, 1257:19, 1257:22, 1257:23, 1257:24, 1257:25, 1258:1, 1258:2, 1258:3, 1258:6, 1258:8, 1258:11, 1258:12, | 1258:13, 1258:16, 1258:20, 1258:21, 1258:23, 1258:24, 1259:2, 1259:3, 1259:5, 1259:6, 1259:7, 1259:8, 1259:10, 1259:13, 1259:14, 1259:16, 1259:17, 1259:18, 1259:19, 1259:20, 1259:21, 1259:22, 1259:23, 1259:25, 1260:2, 1260:3, 1260:5, 1260:11, 1260:13, 1260:14, 1260:17, 1260:19, 1260:22, 1261:2, 1261:4, 1261:7, 1261:9, 1261:10, 1261:11, 1261:15, 1261:21, 1261:25, 1262:3, 1262:5, 1262:8, 1262:12, 1262:13, 1262:19, 1262:20, 1262:25, 1263:2, 1263:3, 1263:6, 1263:10, 1263:17, 1263:22, 1263:23, 1264:3, 1264:8, 1264:9, 1264:10, 1264:12, 1264:15, 1264:18, 1264:19, 1264:20, 1264:24, 1265:6, 1265:7, 1265:8, 1265:9, 1265:10, 1265:12, 1265:14, 1265:18, 1265:19, 1265:21, 1265:23, 1265:25, 1266:3, 1266:4, 1266:8, 1266:9, 1266:10, 1266:12, 1266:14, 1266:15, 1266:16, 1266:17, 1266:18, 1266:19, 1266:23, 1266:24, 1266:25, 1267:1, 1267:2, 1267:3, 1267:4, 1267:5, 1267:6, 1267:7, 1267:8, 1267:9, 1267:11, 1267:14, 1267:15, 1267:16, 1267:23, 1267:24, 1268:2, 1268:5, 1268:10, 1268:17, 1268:18, 1268:20, 1268:21, 1268:23, 1269:1, 1269:3, 1269:11, 1269:16, 1269:17, |

1269:22, 1269:23, 1269:24, 1270:4, 1270:5, 1270:6, 1270:7, 1270:8, 1270:13, 1270:14, 1270:15, 1270:16, 1271:1, 1271:2, 1271:4, 1271:5, 1271:8, 1271:9, 1271:10, 1271:11, 1271:15, 1271:17, 1271:19, 1271:20, 1271:21, 1271:22, 1271:25, 1272:2, 1272:9, 1272:12, 1272:20, 1272:21, 1272:22, 1272:23, 1273:4, 1273:8, 1273:9, 1273:12, 1273:13, 1273:15, 1273:16, 1273:17, 1273:19, 1273:20, 1273:23, 1273:24, 1274:4, 1274:5, 1274:9, 1274:10, 1274:12, 1274:13, 1274:15, 1274:19, 1274:21, 1274:22, 1274:25, 1275:3, 1275:4, 1275:6, 1275:10, 1275:11, 1275:13, 1275:15, 1275:16, 1275:17, 1275:18, 1275:19, 1275:21, 1276:3, 1276:4, 1276:5, 1276:6, 1276:10, 1276:12, 1276:13, 1276:14, 1276:16, 1276:21, 1276:23, 1277:1, 1277:2, 1277:3, 1277:6, 1277:7, 1277:9, 1277:11, 1277:14, 1277:16, 1277:17, 1277:18, 1277:20, 1277:21, 1277:22, 1277:23, 1278:1, 1278:2, 1278:3, 1278:6, 1278:7, 1278:11, 1278:12, 1278:15, 1278:19, 1278:21, 1278:22, 1278:24, 1278:25, 1279:3, 1279:4, 1279:8, 1279:10, 1279:12, 1279:14, 1279:17, 1279:19, 1279:22, 1279:23, 1280:5, 1280:6, 1280:7, 1280:8,

1280:14, 1280:15, 1280:16, 1280:17, 1280:19, 1280:20, 1280:23, 1280:24, 1280:25, 1281:6, 1281:7, 1281:9, 1281:11, 1281:12, 1281:13, 1281:16, 1281:17, 1281:19, 1281:23, 1281:25, 1282:2, 1282:4, 1282:5, 1282:7, 1282:23, 1282:24, 1283:2, 1283:6, 1283:9, 1283:11, 1283:13, 1283:14, 1283:19, 1283:20, 1283:21, 1283:25, 1284:4, 1284:5, 1284:6, 1284:9, 1284:15, 1284:17, 1284:19, 1284:23, 1285:2, 1285:11, 1285:16, 1285:18, 1285:19, 1285:23, 1285:25, 1286:2, 1286:4, 1286:6, 1286:7, 1286:9, 1286:12, 1286:13, 1286:15, 1286:16, 1286:17, 1286:19, 1286:21, 1286:24, 1287:2, 1287:8, 1287:10, 1287:11, 1287:12, 1287:14, 1287:15, 1287:24, 1288:1, 1288:4, 1288:6, 1288:7, 1288:8, 1288:15, 1288:17, 1288:18, 1288:24, 1288:25, 1289:6, 1289:7, 1289:16, 1289:18, 1289:20, 1289:24, 1290:1, 1290:2, 1290:3, 1290:5, 1290:7, 1290:8, 1290:10, 1290:11, 1290:12, 1290:16, 1290:17, 1290:19, 1290:21, 1290:23, 1291:1, 1291:2, 1291:3, 1291:4, 1291:5, 1291:6, 1291:10, 1291:15, 1291:17, 1291:24, 1291:25, 1292:1, 1292:5, 1292:13, 1292:14, 1292:18, 1293:2, 1293:8, 1293:11, 1293:21,

1293:23, 1293:24, 1293:25, 1294:1, 1294:7, 1294:8, 1294:9, 1294:11, 1294:12, 1294:13, 1294:14, 1294:18, 1294:25, 1295:2, 1295:5, 1295:9, 1295:10, 1295:11, 1295:12, 1295:14, 1295:15, 1295:17, 1295:21, 1296:1, 1296:4, 1296:8, 1296:9, 1296:10, 1296:11, 1296:16, 1296:18, 1296:22, 1297:4, 1297:9, 1297:11, 1297:25, 1298:1, 1298:2, 1298:3, 1298:4, 1298:9, 1298:10, 1298:13, 1298:16, 1298:17, 1298:19, 1298:20, 1298:21, 1298:23, 1299:2, 1299:7, 1299:11, 1299:13, 1299:16, 1299:19, 1299:21, 1299:22, 1299:24, 1300:5, 1300:6, 1300:7, 1300:11, 1300:12, 1300:14, 1300:15, 1300:19, 1300:22, 1300:25, 1301:1, 1301:5, 1301:7, 1301:9, 1301:10, 1301:12, 1301:15, 1301:19, 1301:20, 1301:23, 1302:1, 1302:2, 1302:3, 1302:5, 1302:12, 1302:14, 1302:17, 1302:18, 1302:19, 1302:20, 1302:22, 1303:5, 1303:8, 1303:9, 1303:11, 1303:13, 1303:15, 1303:16, 1303:19, 1303:23, 1303:25, 1304:1, 1304:6, 1304:8, 1304:11, 1304:18, 1304:21, 1305:1, 1305:4, 1305:7, 1305:9, 1305:10, 1305:11, 1305:13, 1305:15, 1305:17, 1305:18, 1305:20, 1306:2, 1306:4, 1306:6, 1306:7, 1306:9, 1306:10,

1306:14, 1306:15, 1306:16, 1306:18, 1306:19, 1306:20, 1306:23, 1306:25, 1307:3, 1307:5, 1307:6, 1307:7, 1307:11, 1307:16, 1307:17, 1307:19, 1307:20, 1307:21, 1307:24, 1307:25, 1308:5, 1308:6, 1308:7, 1308:10, 1308:11, 1308:12, 1308:13, 1308:15, 1308:18, 1308:19, 1308:23, 1308:24, 1309:1, 1309:3, 1309:4, 1309:6, 1309:7, 1309:9, 1309:10, 1309:11, 1309:13, 1309:15, 1309:16, 1309:17, 1309:18, 1309:20, 1309:22, 1309:25, 1310:2, 1310:3, 1310:4, 1310:6, 1310:9, 1310:10, 1310:11, 1310:13, 1310:14, 1310:15, 1310:16, 1310:17, 1310:18, 1310:20, 1310:21, 1310:22, 1310:23, 1310:25, 1311:1, 1311:2, 1311:6, 1311:8, 1311:12, 1311:14, 1311:15, 1311:16, 1311:17, 1311:19, 1311:20, 1311:21, 1311:22, 1311:23, 1311:24, 1311:25, 1312:2, 1312:3, 1312:7, 1312:13, 1312:16, 1312:20, 1312:23, 1313:3, 1313:7, 1313:20, 1313:23, 1313:24, 1314:1, 1314:2, 1314:5, 1314:10, 1314:11, 1314:12, 1314:13, 1314:23, 1315:3, 1315:6, 1315:7, 1315:9, 1315:10, 1315:15, 1315:16, 1315:17, 1315:19, 1315:25, 1316:1, 1316:2, 1316:6, 1316:7, 1316:8, 1316:9, 1316:10, 1316:11, 1316:12, 1316:13,

1316:15, 1316:16, 1316:17, 1316:21, 1316:23, 1316:24, 1316:25, 1317:1, 1317:2, 1317:6, 1317:8, 1317:9, 1317:10, 1317:12, 1317:13, 1317:16, 1317:25, 1318:2, 1318:3, 1318:5, 1318:7, 1318:8, 1318:14, 1318:15, 1318:16, 1318:20, 1318:22, 1318:24, 1319:1, 1319:2, 1319:4, 1319:5, 1319:7, 1319:10, 1319:11, 1319:15, 1319:17, 1319:19, 1319:22, 1319:23, 1319:25, 1320:2, 1320:5, 1320:6, 1320:8, 1320:10, 1320:12, 1320:14, 1320:15, 1320:18, 1320:19, 1320:22, 1320:23, 1321:6, 1321:9, 1321:14, 1321:18, 1321:19, 1321:21, 1321:25, 1322:3, 1322:8, 1322:9, 1322:10, 1322:11, 1322:13, 1322:14, 1322:15, 1322:16, 1322:18, 1322:19, 1322:20, 1322:21, 1322:22, 1322:23, 1322:24, 1322:25, 1323:1, 1323:3, 1323:6, 1323:7, 1323:8, 1323:9, 1323:10, 1323:12, 1323:13, 1323:16, 1323:18, 1323:21, 1323:24, 1324:1, 1324:2, 1324:3, 1324:4, 1324:10, 1324:11, 1324:13, 1324:14, 1324:17, 1324:18, 1324:23, 1324:25, 1325:3, 1325:7, 1325:8, 1325:9, 1325:10, 1325:11, 1325:12, 1325:14, 1325:15, 1325:18, 1325:21, 1325:22, 1325:24, 1325:25, 1326:1, 1326:2, 1326:3, 1326:4, 1326:5, 1326:7,

1326:8, 1326:13,
1326:15, 1326:17,
1326:19, 1326:21,
1326:23, 1327:4,
1327:6, 1327:7,
1327:10, 1327:11,
1327:12, 1327:15,
1327:16, 1327:17,
1327:23, 1327:25,
1328:2, 1328:5,
1328:6, 1328:7,
1328:9, 1328:10,
1328:11, 1328:14,
1328:16, 1328:22,
1329:1, 1329:2,
1329:3, 1329:7,
1329:8, 1329:10,
1329:12, 1329:13,
1329:16, 1329:20,
1329:21, 1329:23,
1330:1, 1330:3,
1330:4, 1330:6,
1330:7, 1330:9,
1330:10, 1330:12,
1330:13, 1330:14,
1330:18, 1330:19,
1330:22, 1331:4,
1331:5, 1331:6,
1331:9, 1331:12,
1331:15, 1331:18,
1331:19, 1331:20,
1331:21, 1332:2,
1332:6, 1332:10,
1332:12, 1332:17,
1332:19, 1332:21,
1332:23, 1332:24,
1332:25, 1333:1,
1333:2, 1333:3,
1333:4, 1333:11,
1333:12, 1333:13,
1333:15, 1333:16,
1333:20, 1333:23,
1333:25, 1334:2,
1334:8, 1334:10,
1334:11, 1334:12,
1334:13, 1334:16,
1334:17, 1334:18,
1334:19, 1334:21,
1334:23, 1335:1,
1335:3, 1335:4,
1335:6, 1335:9,
1335:11, 1335:14,
1335:20, 1335:21,
1335:22, 1335:24,
1335:25, 1336:2,
1336:3, 1336:4,
1336:5, 1336:8,
1336:10, 1336:13,
1336:14, 1336:16,
1336:18, 1336:25,
1337:5, 1337:14,

1337:15, 1337:18,
1337:19, 1337:22,
1337:24, 1337:25,
1338:1, 1338:2,
1338:4, 1338:14,
1338:15, 1338:16

**THEIR** [9] - 1251:1,
1258:22, 1261:16,
1261:18, 1265:9,
1298:8, 1310:7,
1314:24

**THEM** [6] - 1251:16,
1261:12, 1262:25,
1265:1, 1288:6,
1316:18

**THEMSELVES** [3] -
1253:5, 1309:10,
1329:7

**THEN** [34] - 1253:11,
1255:16, 1257:14,
1270:13, 1270:15,
1270:25, 1271:1,
1271:19, 1271:21,
1272:6, 1275:8,
1284:5, 1285:24,
1293:17, 1297:1,
1298:4, 1303:24,
1304:14, 1310:22,
1313:20, 1315:3,
1315:13, 1315:19,
1315:22, 1316:7,
1319:2, 1320:6,
1322:14, 1323:24,
1325:13, 1329:12,
1331:17, 1338:2

**THEORIES** [1] -
1263:8

**THERE** [78] -
1250:13, 1252:17,
1254:2, 1254:3,
1254:4, 1254:7,
1254:16, 1254:18,
1256:1, 1256:20,
1259:17, 1260:18,
1260:21, 1263:16,
1263:19, 1264:4,
1268:15, 1269:14,
1269:17, 1275:15,
1275:19, 1276:21,
1277:19, 1277:21,
1278:1, 1279:4,
1279:21, 1280:22,
1281:25, 1282:2,
1282:10, 1284:23,
1287:12, 1290:5,
1291:2, 1291:4,
1291:15, 1291:20,
1292:22, 1292:25,
1293:11, 1293:20,
1295:7, 1296:9,

1297:17, 1298:5,
1298:11, 1298:12,
1303:24, 1304:22,
1305:10, 1305:22,
1306:15, 1306:24,
1309:7, 1309:22,
1310:3, 1311:11,
1311:24, 1311:25,
1312:6, 1319:5,
1319:17, 1319:19,
1319:23, 1320:11,
1321:16, 1323:4,
1327:11, 1328:22,
1329:2, 1332:15,
1335:5, 1335:19

**THERE'S** [10] -
1252:8, 1267:4,
1283:6, 1283:7,
1284:19, 1296:22,
1297:22, 1298:2,
1303:15, 1324:24

**THEREBY** [1] -
1336:14

**THESE** [36] -
1251:14, 1251:20,
1252:12, 1252:13,
1252:25, 1253:4,
1256:23, 1263:9,
1263:10, 1268:21,
1268:24, 1270:2,
1270:20, 1271:4,
1272:7, 1272:15,
1280:16, 1284:22,
1288:20, 1296:17,
1298:8, 1299:8,
1300:15, 1305:21,
1308:21, 1313:19,
1313:25, 1330:4,
1330:9, 1334:8,
1334:10, 1334:12,
1334:17, 1334:22,
1335:8, 1337:23

**THEY** [47] - 1250:9,
1252:17, 1252:19,
1253:6, 1259:1,
1263:11, 1265:9,
1267:24, 1270:21,
1270:25, 1272:8,
1272:25, 1273:3,
1279:25, 1280:17,
1288:15, 1288:17,
1288:20, 1288:21,
1290:12, 1290:19,
1291:5, 1293:17,
1294:24, 1301:3,
1301:9, 1302:7,
1302:19, 1302:21,
1309:11, 1309:14,
1309:18, 1313:17,
1320:14, 1322:8,
1322:16, 1327:18,

1327:23, 1329:4,
1331:17, 1333:17,
1334:11, 1335:1,
1335:17, 1335:18

**THEY'RE** [2] -
1296:11, 1308:22

**THEY'VE** [1] - 1268:6

**THING** [3] - 1253:1,
1257:19, 1290:16

**THINGS** [2] -
1264:17, 1268:22

**THINK** [25] -
1249:16, 1249:20,
1267:11, 1267:24,
1268:2, 1268:10,
1268:22, 1269:5,
1274:22, 1286:5,
1290:16, 1292:21,
1296:21, 1299:10,
1301:12, 1304:4,
1312:18, 1313:16,
1316:4, 1328:21,
1331:3, 1332:6,
1332:11, 1334:14,
1338:4

**THINKING** [1] -
1309:12

**THIRTEEN** [1] -
1262:24

**THIS** [188] - 1249:10,
1249:20, 1250:6,
1250:10, 1250:14,
1251:7, 1251:18,
1251:21, 1251:24,
1252:4, 1252:25,
1253:3, 1253:10,
1253:13, 1253:17,
1253:18, 1254:5,
1254:20, 1255:8,
1255:11, 1255:16,
1255:24, 1255:25,
1256:22, 1257:12,
1257:22, 1259:14,
1260:16, 1260:17,
1260:18, 1261:5,
1261:9, 1261:14,
1262:17, 1263:5,
1263:17, 1263:21,
1264:1, 1264:2,
1264:9, 1264:10,
1264:12, 1264:15,
1265:2, 1265:4,
1265:21, 1266:6,
1266:19, 1267:21,
1268:8, 1268:13,
1270:14, 1270:19,
1271:20, 1272:14,
1272:16, 1274:2,
1274:3, 1274:8,
1274:15, 1274:21,

1274:22, 1275:8,
1275:19, 1275:25,
1276:22, 1277:14,
1277:16, 1278:17,
1278:23, 1279:1,
1280:9, 1280:10,
1280:14, 1281:4,
1282:22, 1283:9,
1283:10, 1283:15,
1284:7, 1284:16,
1284:25, 1285:2,
1285:7, 1285:15,
1285:16, 1285:18,
1286:9, 1287:8,
1287:15, 1288:1,
1288:5, 1289:3,
1289:5, 1289:13,
1289:16, 1290:3,
1290:16, 1291:8,
1291:10, 1292:5,
1292:7, 1292:11,
1292:19, 1293:5,
1294:6, 1294:16,
1294:18, 1295:7,
1295:18, 1295:24,
1296:6, 1296:25,
1297:10, 1297:18,
1299:4, 1299:5,
1300:12, 1301:1,
1302:23, 1303:8,
1303:9, 1303:17,
1304:10, 1304:19,
1306:5, 1307:22,
1311:2, 1311:4,
1311:8, 1311:9,
1311:11, 1311:15,
1312:8, 1312:15,
1312:19, 1312:22,
1313:1, 1313:2,
1313:15, 1314:18,
1315:15, 1317:7,
1317:10, 1318:19,
1319:7, 1319:14,
1320:9, 1320:13,
1324:10, 1324:17,
1325:7, 1325:10,
1326:3, 1326:8,
1326:21, 1327:8,
1327:10, 1327:15,
1327:21, 1327:23,
1327:24, 1328:4,
1328:6, 1328:13,
1329:3, 1329:11,
1329:12, 1330:5,
1331:4, 1332:18,
1332:22, 1333:1,
1333:12, 1336:12

**THOMAS** [1] -
1245:23

**THOSE** [37] -
1259:17, 1264:6,

1264:11, 1266:22, 1268:20, 1271:7, 1271:11, 1273:2, 1273:3, 1287:12, 1287:16, 1287:20, 1288:12, 1288:24, 1290:16, 1290:22, 1291:11, 1292:8, 1295:7, 1304:2, 1307:5, 1309:21, 1310:18, 1310:20, 1310:21, 1313:16, 1313:22, 1313:24, 1314:1, 1316:18, 1318:3, 1328:23, 1329:4, 1334:2, 1334:25, 1336:16

**THOUGH** [3] - 1289:7, 1319:15, 1332:13

**THOUGHT** [11] - 1254:18, 1302:24, 1303:1, 1304:14, 1311:15, 1312:15, 1320:5, 1324:21, 1326:24, 1328:1, 1334:22

**THREAT** [1] - 1266:16

**THREE** [12] - 1257:1, 1257:5, 1257:6, 1260:9, 1292:18, 1293:24, 1293:25, 1314:8, 1317:22, 1321:1, 1333:7, 1337:11

**THROAT** [4] - 1253:23, 1256:12, 1279:4, 1325:12

**THROUGH** [23] - 1251:25, 1259:14, 1259:16, 1259:22, 1271:9, 1272:20, 1279:14, 1283:1, 1286:12, 1292:19, 1295:10, 1301:25, 1317:2, 1325:4, 1325:13, 1327:1, 1327:12, 1328:24, 1335:11, 1335:14, 1335:17, 1336:13

**THROUGHOUT** [5] - 1264:19, 1270:14, 1271:20, 1316:11, 1317:9

**TILTING** [2] - 1323:16, 1323:19

**TIME** [34] - 1250:24, 1255:8, 1261:16, 1265:2, 1269:4,

1272:16, 1274:22, 1281:21, 1283:9, 1283:11, 1297:7, 1297:23, 1297:25, 1300:12, 1300:14, 1300:25, 1302:17, 1302:19, 1307:10, 1307:19, 1307:21, 1309:16, 1312:8, 1315:10, 1316:6, 1316:14, 1316:15, 1324:9, 1327:12, 1330:9, 1332:16, 1333:5, 1334:1, 1335:9

**TIMELY** [2] - 1264:14, 1329:13

**TIRED** [1] - 1272:4

**TO** [477] - 1249:11, 1249:12, 1249:13, 1249:17, 1249:18, 1249:20, 1249:25, 1250:2, 1250:5, 1250:6, 1250:7, 1250:8, 1250:11, 1250:16, 1250:17, 1250:24, 1251:1, 1251:2, 1251:3, 1251:6, 1251:9, 1251:10, 1251:16, 1251:19, 1252:1, 1252:9, 1252:17, 1252:19, 1252:23, 1253:1, 1253:3, 1253:6, 1253:9, 1253:14, 1253:16, 1253:25, 1254:15, 1254:20, 1254:21, 1255:4, 1255:5, 1255:8, 1255:9, 1255:13, 1255:15, 1255:16, 1255:24, 1256:3, 1256:14, 1256:16, 1256:19, 1256:22, 1257:2, 1257:12, 1257:13, 1257:14, 1257:23, 1258:2, 1258:3, 1258:20, 1258:22, 1258:24, 1259:19, 1259:20, 1260:6, 1260:7, 1261:5, 1261:7, 1261:13, 1261:16, 1261:18, 1261:21, 1262:17, 1262:21, 1263:12, 1264:6, 1264:10, 1264:11, 1264:15, 1265:7, 1265:13, 1266:8, 1266:17, 1266:21, 1266:25,

1267:2, 1267:4, 1267:6, 1267:19, 1267:25, 1268:8, 1268:13, 1268:15, 1268:17, 1268:24, 1269:4, 1269:14, 1269:15, 1269:24, 1270:2, 1270:5, 1270:8, 1270:9, 1270:15, 1271:1, 1271:3, 1271:8, 1271:9, 1271:17, 1271:21, 1272:3, 1272:14, 1272:16, 1272:19, 1272:23, 1273:9, 1273:10, 1274:19, 1274:25, 1275:1, 1276:1, 1276:4, 1276:5, 1276:6, 1277:1, 1277:11, 1277:23, 1277:24, 1277:25, 1278:25, 1279:7, 1279:11, 1280:1, 1280:2, 1280:4, 1280:7, 1280:8, 1280:9, 1280:10, 1280:11, 1280:15, 1280:24, 1281:12, 1281:13, 1281:16, 1281:24, 1282:4, 1282:6, 1282:7, 1282:9, 1282:16, 1282:19, 1282:23, 1283:2, 1283:11, 1283:15, 1283:24, 1283:25, 1284:8, 1284:9, 1284:16, 1284:18, 1284:25, 1285:14, 1285:20, 1285:24, 1285:25, 1286:3, 1286:6, 1286:13, 1286:17, 1286:20, 1287:20, 1287:24, 1288:11, 1288:17, 1288:21, 1288:23, 1289:7, 1289:18, 1289:20, 1289:23, 1290:1, 1290:3, 1290:11, 1290:13, 1290:22, 1290:23, 1292:2, 1292:7, 1292:8, 1292:15, 1293:2, 1293:3, 1293:6, 1293:11, 1293:17, 1293:18, 1293:23, 1294:6, 1294:7, 1294:8, 1294:16, 1295:5, 1295:10, 1295:13, 1295:14,

1295:17, 1295:20, 1295:21, 1296:2, 1296:10, 1296:11, 1296:16, 1296:17, 1297:1, 1297:4, 1297:10, 1297:11, 1297:15, 1297:21, 1298:4, 1298:7, 1298:10, 1298:20, 1299:2, 1299:8, 1299:17, 1299:19, 1301:6, 1301:7, 1301:22, 1301:23, 1301:25, 1302:2, 1302:3, 1302:8, 1302:9, 1302:14, 1302:15, 1302:20, 1302:23, 1302:25, 1303:1, 1303:17, 1303:21, 1303:24, 1304:2, 1304:5, 1304:10, 1304:16, 1304:19, 1305:2, 1305:22, 1306:7, 1306:10, 1306:15, 1307:3, 1307:4, 1307:5, 1307:6, 1307:7, 1307:10, 1307:20, 1307:21, 1307:23, 1307:25, 1308:2, 1308:3, 1308:5, 1308:11, 1308:12, 1308:14, 1308:16, 1308:17, 1308:21, 1309:2, 1309:9, 1309:11, 1309:14, 1309:20, 1310:6, 1310:16, 1310:18, 1310:21, 1310:24, 1311:2, 1311:3, 1311:4, 1311:9, 1311:10, 1311:18, 1311:24, 1311:25, 1312:8, 1312:18, 1313:11, 1313:15, 1313:24, 1313:25, 1314:2, 1314:5, 1314:12, 1314:24, 1314:25, 1315:7, 1315:9, 1315:11, 1315:22, 1315:23, 1316:1, 1316:5, 1316:6, 1316:8, 1316:9, 1316:10, 1316:13, 1316:21, 1316:23, 1317:4, 1317:6, 1317:10, 1317:16, 1317:21, 1317:24, 1317:25, 1318:1, 1318:2, 1318:8,

1318:11, 1318:13, 1319:1, 1319:18, 1319:20, 1319:23, 1320:2, 1320:4, 1320:5, 1320:6, 1320:11, 1320:19, 1320:20, 1320:23, 1320:25, 1321:9, 1321:15, 1321:18, 1321:20, 1321:23, 1321:24, 1322:3, 1322:4, 1323:1, 1323:3, 1323:4, 1323:12, 1323:19, 1323:24, 1324:3, 1324:4, 1324:6, 1325:9, 1325:11, 1325:12, 1325:15, 1326:11, 1326:14, 1327:5, 1327:7, 1327:8, 1327:12, 1327:21, 1327:22, 1328:2, 1328:3, 1328:9, 1328:11, 1328:22, 1328:23, 1328:24, 1329:4, 1329:8, 1329:9, 1329:13, 1329:16, 1329:24, 1330:3, 1330:4, 1330:15, 1331:3, 1331:10, 1331:12, 1331:18, 1331:21, 1332:13, 1332:20, 1332:24, 1333:5, 1333:7, 1333:17, 1334:5, 1334:12, 1334:18, 1334:25, 1335:12, 1335:15, 1335:18, 1335:19, 1335:23, 1336:6, 1336:7, 1337:8, 1337:14, 1337:18, 1337:21, 1338:14

**TODAY** [7] - 1249:11, 1282:10, 1282:17, 1300:14, 1308:10, 1308:15, 1318:22

**TODAY'S** [1] - 1327:22

**TOE** [1] - 1307:20

**TOGETHER** [5] - 1272:22, 1291:5, 1326:4, 1327:19, 1328:24

**TOLD** [12] - 1256:22, 1260:5, 1271:22, 1278:8, 1280:14, 1287:16, 1302:22,

1306:14, 1306:23, 1313:17, 1315:19, 1324:21

**TOO** [4] - 1265:1, 1302:18, 1307:1, 1308:9

**TOOK** [5] - 1271:3, 1287:15, 1314:23, 1316:12, 1329:20

**TOP** [10] - 1267:23, 1267:24, 1268:5, 1274:12, 1289:17, 1290:10, 1292:1, 1325:9, 1335:9

**TOPS** [2] - 1309:18, 1310:25

**TORTS** [1] - 1247:5

**TOTAL** [3] - 1305:22, 1315:10, 1323:22

**TOTALLY** [1] - 1254:16

**TOUCHED** [1] - 1268:10

**TOWARD** [3] - 1253:20, 1274:6, 1311:19

**TRACK** [1] - 1249:18

**TRACKING** [1] - 1311:12

**TRAIL** [1] - 1300:22

**TRANSCRIPT** [2] - 1245:7, 1338:14

**TRANSCRIPT** [1] - 1247:18

**TRANSFERRED** [1] - 1268:17

**TRANSOM** [3] - 1274:5, 1276:6, 1286:13

**TREATMENT** [1] - 1287:13

**TRIAL** [3] - 1245:7, 1250:12, 1324:11

**TRIANGLE** [3] - 1281:7, 1281:25, 1318:24

**TRICKY** [1] - 1331:17

**TRIED** [1] - 1274:19

**TRIES** [1] - 1327:12

**TRIGGER** [2] - 1262:8, 1270:5

**TRIGGERED** [1] - 1261:16

**TRIGGERS** [1] - 1262:21

**TRUE** [8] - 1272:18, 1287:11, 1287:17, 1311:6, 1328:19, 1329:19, 1330:19, 1338:14

**TRULY** [1] - 1264:3

**TRUMP** [1] - 1326:13

**TRUST** [2] - 1305:22, 1306:1

**TRUTH** [1] - 1250:24

**TRY** [6] - 1249:17, 1250:17, 1251:5, 1264:23, 1293:6, 1328:24

**TRYING** [7] - 1267:22, 1280:9, 1280:11, 1290:13, 1292:15, 1298:7, 1312:18

**TURN** [2] - 1252:21, 1268:11

**TURNED** [1] - 1271:12

**TURNING** [1] - 1337:21

**TURNS** [1] - 1327:5

**TWELVE** [1] - 1309:6

**TWENTY** [1] - 1297:13

**TWENTY-FIVE** [1] - 1297:13

**TWO** [22] - 1251:8, 1251:9, 1256:6, 1257:6, 1257:20, 1258:16, 1276:12, 1290:6, 1292:22, 1292:25, 1295:7, 1295:24, 1306:19, 1313:20, 1313:21, 1314:6, 1319:14, 1320:24, 1322:22, 1323:8, 1327:18, 1328:23

**TX** [1] - 1245:24

**TYPE** [3] - 1262:14, 1263:1, 1290:2

**TYPES** [2] - 1284:9, 1293:24

**TYPICAL** [6] - 1294:23, 1306:16, 1306:23, 1306:24, 1307:1

## U

**U** [1] - 1247:4

**UH** [1] - 1317:18

**UH-HUH** [1] - 1317:18

**ULTIMATE** [2] - 1253:3, 1253:7

**ULTIMATELY** [1] - 1283:4

**UNABLE** [2] - 1272:14, 1329:8

**UNDER** [4] - 1269:8, 1273:4, 1294:9, 1294:13

**UNDERGROUND** [3] - 1294:2, 1294:4, 1294:6

**UNDERLYING** [2] - 1263:13, 1314:13

**UNDERSTAND** [25] - 1250:18, 1250:21, 1251:19, 1253:6, 1253:17, 1255:7, 1256:22, 1289:20, 1298:7, 1298:11, 1303:8, 1304:2, 1307:3, 1307:6, 1308:16, 1308:25, 1309:20, 1310:2, 1311:4, 1317:7, 1318:4, 1318:19, 1327:2, 1331:9

**UNDERSTANDING** [6] - 1266:1, 1275:3, 1306:9, 1322:9, 1327:2, 1338:15

**UNDERSTANDS** [1] - 1290:2

**UNDERSTOOD** [2] - 1306:7, 1306:8

**UNDOCUMENTED** [1] - 1256:1

**UNDULY** [1] - 1251:1

**UNFORTUNATELY** [2] - 1251:16, 1334:1

**UNIQUE** [1] - 1266:21

**UNIT** [1] - 1259:22

**UNITED** [7] - 1245:1, 1245:5, 1245:8, 1265:19, 1270:14, 1271:19, 1338:12

**UNIVERSE** [1] - 1304:1

**UNLESS** [1] - 1267:9

**UNPLEASANT** [2] - 1264:5, 1264:6

**UNPROTECTED** [2] - 1289:8, 1337:19

**UNTIL** [9] - 1264:18, 1264:19, 1268:22, 1294:14, 1295:8, 1298:11, 1315:12, 1337:23, 1338:4

**UNUSUAL** [2] - 1309:10, 1309:12

**UNUSUALLY** [2] - 1296:17, 1323:24

**UP** [48] - 1250:15, 1257:20, 1257:22, 1259:20, 1263:1,

1267:23, 1267:25, 1269:4, 1274:22, 1275:8, 1275:13, 1280:1, 1280:22, 1281:25, 1283:6, 1283:12, 1285:1, 1286:8, 1288:20, 1288:21, 1289:11, 1289:21, 1292:2, 1293:17, 1296:2, 1296:11, 1297:1, 1300:22, 1305:15, 1306:16, 1306:22, 1310:14, 1310:16, 1313:13, 1313:15, 1315:11, 1315:12, 1315:13, 1316:21, 1316:23, 1317:2, 1323:1, 1325:9, 1329:8, 1332:15, 1333:6, 1335:7

**UPON** [2] - 1328:8, 1333:4

**UPPER** [2] - 1275:13, 1275:18

**UPWARD** [1] - 1332:12

**US** [22] - 1249:17, 1254:12, 1256:22, 1259:12, 1260:5, 1263:3, 1272:14, 1272:16, 1272:19, 1273:23, 1277:11, 1280:2, 1289:20, 1290:8, 1302:22, 1304:24, 1310:7, 1320:11, 1321:19, 1324:3, 1324:21

**USACE** [1] - 1258:21

**USE** [3] - 1277:25, 1319:13, 1333:1

**USED** [10] - 1252:1, 1271:8, 1288:25, 1307:2, 1311:10, 1316:2, 1320:17, 1320:19, 1320:23, 1326:11

**USING** [2] - 1279:22, 1295:20

## V

**V** [1] - 1245:4

**VALID** [1] - 1264:10

**VALUE** [1] - 1320:18

**VARIED** [1] - 1309:1

**VARIOUS** [3] - 1251:25, 1252:5, 1252:25

**VEGETATION** [36] - 1258:2, 1258:12,

1274:11, 1276:5, 1280:15, 1280:16, 1280:18, 1280:19, 1283:24, 1283:25, 1284:5, 1285:21, 1285:24, 1286:3, 1318:15, 1318:16, 1319:3, 1319:5, 1319:8, 1319:9, 1319:12, 1319:14, 1319:18, 1319:20, 1319:23, 1320:6, 1320:7, 1320:10, 1320:11, 1320:13, 1320:17, 1320:20, 1320:22

**VELOCITY** [1] - 1331:25

**VERRET** [2] - 1301:7, 1314:2

**VERTICAL** [1] - 1290:12

**VERY** [12] - 1251:5, 1265:16, 1269:1, 1287:5, 1289:22, 1295:12, 1296:7, 1298:25, 1307:5, 1323:18, 1323:19, 1326:5

**VICKSBURG** [1] - 1329:1

**VICTOR** [1] - 1246:19

**VIEW** [1] - 1308:22

**VIOLATION** [1] - 1266:9

**VISUALIZE** [1] - 1306:5

**VOLUME** [1] - 1245:9

**VRIJLING** [7] - 1251:15, 1252:9, 1257:14, 1257:16, 1260:1, 1261:10, 1273:6

## W

**WALL** [1] - 1259:22

**WALLS** [7] - 1324:23, 1325:9, 1325:10, 1325:11, 1325:24, 1325:25

**WALTER** [1] - 1246:8

**WANT** [24] - 1249:25, 1250:25, 1251:9, 1262:17, 1267:8, 1268:15, 1268:16, 1269:15, 1274:25, 1275:1, 1280:10, 1295:13, 1303:21,

1304:5, 1309:11,
1317:2, 1317:6,
1321:15, 1321:17,
1321:23, 1327:21,
1328:3, 1330:15,
1335:7

**WANTED** [2] -
1252:9, 1326:14

**WANTS** [1] - 1321:18

**WARD** [7] - 1257:7,
1259:10, 1259:13,
1259:21, 1259:23,
1260:2, 1260:3

**WARNINGS** [1] -
1259:2

**WARREN** [2] -
1247:1, 1254:24

**WAS** [155] - 1250:4,
1250:8, 1250:19,
1250:20, 1254:4,
1254:7, 1254:8,
1254:16, 1254:18,
1254:19, 1256:17,
1256:20, 1257:14,
1259:17, 1260:2,
1261:16, 1266:6,
1267:13, 1268:8,
1268:12, 1268:13,
1268:15, 1268:19,
1268:20, 1269:8,
1269:10, 1269:16,
1269:18, 1270:5,
1270:8, 1270:9,
1271:4, 1271:12,
1271:13, 1271:18,
1272:9, 1274:9,
1274:12, 1274:15,
1274:18, 1274:22,
1274:24, 1275:3,
1277:3, 1277:6,
1278:21, 1281:7,
1283:1, 1283:17,
1284:8, 1285:17,
1286:6, 1286:17,
1286:19, 1287:16,
1288:4, 1288:6,
1289:8, 1289:11,
1291:2, 1291:22,
1291:23, 1291:24,
1292:7, 1292:8,
1292:15, 1293:11,
1295:9, 1295:10,
1295:15, 1296:13,
1296:19, 1298:20,
1300:6, 1300:11,
1300:19, 1300:21,
1300:23, 1301:4,
1302:24, 1303:17,
1303:24, 1305:15,
1305:16, 1306:7,

1306:10, 1306:20,
1306:23, 1307:11,
1309:4, 1309:12,
1309:15, 1309:16,
1309:18, 1309:21,
1309:22, 1310:3,
1310:14, 1310:16,
1310:17, 1311:10,
1311:13, 1312:11,
1312:15, 1314:25,
1315:6, 1315:11,
1315:16, 1316:15,
1316:25, 1317:3,
1317:24, 1319:4,
1319:5, 1319:7,
1320:1, 1320:5,
1320:8, 1321:21,
1321:22, 1322:10,
1322:11, 1322:12,
1322:14, 1323:21,
1323:24, 1324:1,
1324:7, 1326:8,
1328:1, 1329:1,
1330:18, 1331:10,
1332:2, 1332:9,
1332:15, 1333:10,
1333:11, 1333:14,
1333:23, 1334:10,
1334:16, 1335:6,
1336:22, 1336:24,
1338:6

**WASHINGTON** [1] -
1247:13

**WASN'T** [6] - 1269:9,
1292:16, 1296:20,
1301:5, 1319:17,
1335:5

**WATCHING** [1] -
1266:4

**WATER** [33] -
1254:9, 1254:13,
1257:24, 1258:8,
1259:14, 1259:20,
1271:12, 1272:10,
1272:21, 1273:8,
1274:12, 1277:4,
1288:18, 1292:8,
1294:9, 1310:22,
1310:25, 1319:1,
1324:24, 1325:1,
1326:3, 1326:5,
1327:6, 1327:12,
1329:8, 1329:12,
1333:23, 1334:4,
1334:5, 1335:25,
1336:3, 1336:11,
1336:12

**WATERS** [1] -
1325:15

**WATERWAY** [1] -

1324:25

**WATERWAYS** [2] -
1327:19, 1329:4

**WAVE** [8] - 1250:8,
1258:3, 1270:10,
1272:22, 1280:20,
1320:21, 1332:15,
1337:24

**WAVES** [7] -
1310:22, 1319:24,
1320:14, 1320:15,
1320:23, 1320:25,
1336:14

**WAY** [14] - 1274:10,
1286:17, 1299:2,
1305:11, 1305:20,
1309:9, 1316:7,
1319:7, 1319:25,
1320:5, 1320:8,
1323:3, 1323:23,
1329:21

**WE** [144] - 1249:13,
1250:15, 1250:16,
1250:20, 1251:6,
1251:7, 1251:11,
1251:12, 1251:14,
1251:15, 1251:16,
1252:8, 1252:10,
1254:13, 1254:22,
1256:16, 1257:12,
1257:14, 1257:19,
1257:24, 1259:8,
1259:18, 1260:3,
1260:4, 1260:6,
1260:16, 1263:22,
1264:12, 1267:4,
1267:6, 1267:9,
1267:13, 1268:14,
1268:16, 1268:18,
1268:22, 1268:24,
1269:22, 1269:24,
1270:6, 1271:17,
1271:25, 1272:1,
1272:2, 1272:3,
1272:20, 1272:21,
1274:8, 1274:10,
1274:25, 1275:21,
1276:16, 1277:2,
1277:16, 1277:21,
1279:22, 1279:23,
1280:4, 1281:25,
1282:9, 1283:6,
1283:14, 1284:4,
1285:17, 1286:6,
1286:8, 1286:17,
1286:21, 1287:23,
1288:4, 1288:6,
1291:25, 1294:14,
1294:17, 1296:18,
1296:25, 1298:1,

1298:7, 1303:9,
1303:11, 1303:25,
1304:5, 1304:16,
1305:10, 1305:20,
1306:6, 1306:7,
1306:8, 1306:16,
1306:19, 1306:25,
1307:3, 1307:4,
1307:13, 1308:16,
1311:9, 1311:12,
1311:15, 1311:17,
1311:23, 1311:25,
1312:14, 1312:22,
1313:2, 1314:23,
1315:9, 1315:13,
1316:12, 1316:23,
1316:25, 1317:24,
1318:1, 1318:22,
1318:24, 1319:4,
1319:13, 1319:25,
1320:8, 1320:9,
1320:10, 1320:17,
1320:19, 1321:14,
1322:10, 1323:2,
1323:23, 1326:4,
1326:10, 1327:1,
1327:22, 1328:3,
1328:11, 1334:1,
1336:13, 1336:15

**WE'LL** [9] - 1250:15,
1258:23, 1262:18,
1267:12, 1268:5,
1283:15, 1294:16,
1312:9, 1338:4

**WE'RE** [17] -
1254:21, 1269:5,
1274:6, 1275:19,
1277:14, 1277:16,
1282:4, 1284:18,
1285:19, 1291:15,
1293:3, 1293:6,
1304:7, 1311:14,
1319:22, 1328:4

**WE'VE** [3] - 1264:16,
1285:20, 1314:14

**WEARING** [1] -
1249:10

**WEEK** [6] - 1273:22,
1292:13, 1295:6,
1313:1, 1313:17,
1324:13

**WEEKEND** [3] -
1251:24, 1257:12,
1269:24

**WELCOME** [1] -
1312:24

**WELL** [36] - 1250:19,
1253:24, 1254:13,
1257:12, 1257:19,
1264:8, 1264:16,

1266:3, 1268:2,
1268:10, 1270:4,
1270:25, 1271:24,
1272:6, 1274:2,
1284:21, 1287:1,
1288:11, 1294:7,
1296:24, 1297:25,
1301:15, 1306:18,
1308:24, 1309:17,
1315:18, 1316:25,
1318:16, 1319:17,
1322:21, 1323:23,
1325:1, 1326:24,
1327:1, 1330:17,
1334:25

**WENT** [8] - 1253:18,
1303:24, 1324:2,
1331:6, 1335:11,
1335:14, 1335:17,
1335:18

**WERE** [65] - 1249:13,
1250:9, 1256:1,
1257:12, 1257:14,
1258:21, 1259:2,
1263:9, 1268:20,
1269:8, 1270:13,
1270:15, 1270:20,
1270:21, 1270:25,
1271:7, 1271:20,
1272:25, 1273:6,
1287:6, 1287:12,
1288:4, 1291:4,
1291:25, 1292:22,
1292:25, 1301:3,
1301:9, 1302:22,
1304:2, 1305:21,
1307:5, 1307:6,
1309:7, 1309:9,
1310:3, 1310:15,
1311:9, 1313:17,
1315:19, 1317:24,
1322:10, 1323:25,
1325:7, 1326:10,
1329:2, 1330:12,
1330:19, 1330:25,
1331:24, 1332:12,
1332:15, 1333:16,
1333:17, 1334:10,
1334:11, 1334:17,
1334:23, 1335:19,
1335:22, 1336:8,
1336:18

**WEREN'T** [3] -
1318:1, 1324:3,
1336:7

**WEST** [15] - 1273:16,
1274:5, 1274:15,
1274:20, 1275:4,
1275:15, 1276:6,
1277:9, 1277:20,
1280:25, 1286:13,

1301:7, 1313:24, 1314:2

**WETLANDS** [1] - 1259:22

**WHAT** [90] - 1252:1, 1252:5, 1253:9, 1253:11, 1254:20, 1254:23, 1255:10, 1255:22, 1257:10, 1257:17, 1258:19, 1259:5, 1259:12, 1260:2, 1263:20, 1263:23, 1264:9, 1264:11, 1265:12, 1266:1, 1267:13, 1268:8, 1268:16, 1269:21, 1270:1, 1270:2, 1270:21, 1271:12, 1271:24, 1275:11, 1276:24, 1277:6, 1277:16, 1278:8, 1279:5, 1280:11, 1281:9, 1281:12, 1282:9, 1284:18, 1285:4, 1286:17, 1288:4, 1288:25, 1290:8, 1295:2, 1295:8, 1295:14, 1295:20, 1296:21, 1298:3, 1298:7, 1298:15, 1299:11, 1299:17, 1301:24, 1302:21, 1304:7, 1304:8, 1306:8, 1307:2, 1308:2, 1308:10, 1309:4, 1309:20, 1310:3, 1311:8, 1311:10, 1312:18, 1313:2, 1313:16, 1313:17, 1314:15, 1315:16, 1315:19, 1316:1, 1316:22, 1318:4, 1319:25, 1320:1, 1320:6, 1320:11, 1320:13, 1323:10, 1324:6, 1326:24, 1328:7

**WHAT'S** [6] - 1268:3, 1279:9, 1282:24, 1283:9, 1283:11, 1297:25

**WHATEVER** [3] - 1295:13, 1308:25, 1335:1

**WHEN** [35] - 1249:13, 1250:16, 1251:6, 1253:24, 1254:4, 1256:19, 1262:4, 1266:7,

1266:20, 1268:10, 1268:15, 1268:16, 1269:8, 1271:3, 1271:7, 1271:10, 1273:6, 1274:22, 1283:1, 1283:25, 1287:15, 1302:9, 1306:7, 1309:23, 1314:4, 1316:23, 1321:4, 1323:25, 1328:12, 1330:4, 1333:10, 1334:10, 1334:16, 1336:4, 1337:15

**WHERE** [39] - 1251:1, 1257:24, 1272:19, 1273:8, 1273:15, 1274:3, 1274:18, 1274:24, 1275:17, 1277:3, 1277:19, 1285:17, 1286:6, 1286:9, 1291:1, 1291:5, 1295:8, 1295:10, 1295:14, 1296:18, 1303:24, 1303:25, 1305:21, 1309:10, 1310:15, 1310:20, 1310:23, 1310:25, 1311:1, 1311:17, 1313:18, 1315:9, 1321:4, 1321:14, 1321:15, 1322:11, 1324:13, 1335:18

**WHEREUPON** [3] - 1283:17, 1312:11, 1338:6

**WHEREVER** [3] - 1283:2, 1307:23, 1307:25

**WHETHER** [7] - 1253:22, 1254:7, 1272:15, 1284:19, 1300:23, 1335:19, 1337:4

**WHICH** [16] - 1250:4, 1250:8, 1253:25, 1262:12, 1262:17, 1263:9, 1264:18, 1267:2, 1267:4, 1278:14, 1279:11, 1284:17, 1298:20, 1311:22, 1325:14, 1333:17

**WHILE** [4] - 1249:16, 1271:3, 1293:5, 1319:22

**WHITE** [1] - 1281:23

**WHO** [4] - 1260:19, 1265:17, 1268:12,

1335:22

**WHY** [7] - 1256:14, 1271:18, 1281:11, 1310:14, 1310:17, 1316:23, 1323:24

**WIDE** [1] - 1300:15

**WIDENING** [1] - 1262:5

**WIDTH** [1] - 1258:11

**WILL** [17] - 1250:2, 1251:18, 1251:21, 1255:17, 1258:23, 1260:2, 1263:16, 1267:15, 1276:1, 1276:13, 1304:4, 1305:22, 1310:14, 1310:25, 1317:15, 1334:16

**WIND** [1] - 1331:24

**WISH** [1] - 1322:8

**WITH** [70] - 1249:11, 1250:1, 1250:9, 1250:16, 1251:15, 1253:18, 1253:24, 1254:4, 1255:21, 1256:2, 1256:7, 1256:10, 1256:15, 1256:19, 1257:9, 1259:24, 1261:10, 1265:15, 1265:24, 1266:14, 1266:19, 1268:3, 1270:9, 1270:19, 1271:10, 1272:22, 1274:5, 1274:11, 1277:12, 1280:10, 1281:23, 1283:14, 1287:25, 1292:25, 1293:3, 1293:14, 1293:17, 1294:20, 1295:7, 1296:1, 1296:17, 1296:24, 1298:13, 1298:17, 1298:18, 1298:20, 1304:17, 1307:11, 1307:24, 1309:15, 1309:18, 1311:17, 1311:23, 1318:24, 1320:24, 1322:18, 1322:24, 1323:8, 1325:21, 1326:4, 1326:14, 1327:10, 1329:1, 1329:3, 1329:20, 1333:2, 1334:4, 1334:21, 1334:23, 1335:3

**WITHDRAW** [1] - 1334:8

**WITHDRAWN** [5] - 1328:1, 1329:23,

1334:21, 1335:1, 1336:8

**WITHIN** [9] - 1273:3, 1292:8, 1294:1, 1294:8, 1305:13, 1308:24, 1321:12, 1335:22, 1337:1

**WITHOUT** [12] - 1258:7, 1266:18, 1266:23, 1268:11, 1269:18, 1299:17, 1307:11, 1307:24, 1308:12, 1308:15, 1310:4, 1317:7

**WITHSTAND** [3] - 1335:25, 1336:3, 1336:10

**WITHSTOOD** [1] - 1272:15

**WITNESS** [33] - 1266:24, 1269:2, 1273:12, 1277:14, 1277:17, 1277:23, 1278:2, 1290:5, 1290:7, 1290:10, 1291:3, 1291:15, 1303:13, 1305:9, 1305:17, 1308:13, 1309:3, 1309:6, 1309:9, 1309:17, 1309:25, 1310:6, 1310:10, 1310:20, 1313:24, 1317:12, 1321:18, 1322:13, 1322:18, 1322:21, 1322:25, 1323:6, 1323:9

**WITNESSES** [2] - 1248:4, 1251:19

**WOLFF** [1] - 1261:11

**WOODCOCK** [1] - 1247:12

**WORD** [1] - 1302:18

**WORK** [9] - 1252:19, 1252:23, 1253:1, 1259:25, 1268:22, 1269:24, 1304:16, 1308:9, 1319:25

**WORKED** [1] - 1266:12

**WORKING** [2] - 1268:23, 1272:1

**WORKS** [1] - 1277:2

**WORLD** [4] - 1265:19, 1268:16, 1301:3, 1327:17

**WORLDWIDE** [1] - 1320:20

**WORSE** [1] - 1309:13

**WOULD** [69] - 1249:14, 1249:16, 1250:5, 1251:1, 1251:2, 1252:13, 1252:22, 1253:1, 1253:10, 1254:5, 1254:9, 1254:21, 1254:23, 1257:19, 1258:6, 1259:6, 1260:4, 1260:6, 1260:22, 1261:14, 1261:22, 1262:3, 1262:8, 1263:2, 1266:25, 1267:1, 1267:24, 1269:17, 1269:23, 1272:1, 1272:15, 1277:11, 1278:25, 1285:11, 1286:1, 1286:11, 1297:21, 1299:7, 1302:25, 1308:2, 1308:3, 1308:17, 1309:13, 1310:6, 1319:15, 1319:25, 1320:7, 1320:9, 1320:25, 1321:4, 1321:19, 1322:8, 1322:16, 1322:24, 1323:19, 1324:9, 1327:18, 1327:19, 1328:23, 1334:1, 1334:8, 1334:12, 1334:17, 1334:19, 1335:1, 1335:25, 1336:3, 1336:10, 1337:4

**WOULDN'T** [2] - 1299:17, 1322:8

**WRIGHT** [1] - 1246:1

**WRITING** [2] - 1268:9, 1288:11

**WRITINGS** [2] - 1266:5, 1268:9

**WRITTEN** [5] - 1268:19, 1268:20, 1336:22, 1336:24

**WRONG** [2] - 1254:16, 1319:7

**WROTE** [1] - 1262:4

---

**X**

**X** [1] - 1248:2

---

**Y**

**YEAH** [1] - 1290:7

**YEAR** [4] - 1285:2, 1287:8, 1287:16, 1291:9

**YEARS** [13] - 1259:3,

1261:4, 1265:3, 1266:8, 1266:17, 1266:23, 1267:22, 1276:19, 1296:1, 1297:18, 1297:19, 1298:1, 1301:1

**YELLOW** [3] - 1313:16, 1313:19, 1325:21

**YES** [84] - 1252:3, 1252:7, 1255:2, 1256:1, 1256:5, 1258:18, 1259:11, 1259:25, 1261:1, 1261:4, 1261:24, 1262:6, 1263:19, 1265:1, 1265:12, 1265:16, 1265:23, 1266:13, 1267:6, 1272:11, 1272:13, 1276:8, 1276:9, 1276:12, 1276:19, 1277:9, 1277:10, 1277:17, 1279:2, 1279:16, 1281:5, 1282:14, 1282:18, 1286:2, 1286:14, 1288:3, 1289:4, 1289:6, 1289:12, 1289:15, 1289:25, 1290:25, 1292:17, 1294:21, 1298:17, 1303:12, 1303:13, 1304:6, 1304:8, 1305:5, 1305:9, 1305:12, 1307:13, 1307:15, 1307:18, 1309:9, 1312:7, 1312:16, 1312:23, 1313:4, 1314:6, 1314:9, 1314:17, 1315:24, 1316:20, 1321:11, 1321:13, 1322:2, 1322:13, 1324:9, 1324:12, 1325:6, 1330:1, 1330:6, 1330:20, 1331:2, 1331:13, 1331:23, 1332:1, 1333:10, 1334:7, 1335:21, 1336:20, 1336:23

**YESTERDAY** [2] - 1323:2

**YET** [1] - 1302:14

**YORK** [1] - 1246:24

**YOU** [426] - 1249:20, 1249:24, 1250:7, 1251:5, 1251:9, 1251:15, 1251:24,

1252:9, 1252:11, 1252:20, 1252:21, 1252:23, 1253:1, 1253:6, 1253:10, 1253:13, 1253:22, 1253:23, 1253:24, 1254:2, 1254:4, 1254:15, 1254:20, 1255:6, 1255:8, 1255:12, 1255:19, 1255:23, 1256:2, 1256:10, 1256:14, 1256:19, 1256:22, 1257:1, 1257:2, 1257:10, 1257:17, 1257:19, 1258:16, 1258:19, 1258:23, 1259:9, 1259:12, 1259:24, 1260:2, 1260:5, 1260:16, 1260:22, 1260:25, 1261:2, 1261:14, 1262:11, 1263:2, 1263:16, 1263:23, 1264:1, 1264:5, 1264:18, 1264:19, 1264:21, 1264:24, 1264:25, 1265:15, 1266:21, 1267:8, 1267:17, 1267:19, 1267:21, 1268:8, 1268:10, 1269:1, 1269:3, 1269:4, 1269:8, 1269:12, 1269:15, 1269:16, 1269:21, 1270:1, 1270:2, 1270:11, 1270:13, 1270:17, 1270:20, 1270:21, 1270:23, 1270:25, 1271:19, 1271:22, 1271:23, 1271:24, 1272:6, 1272:14, 1272:16, 1272:19, 1272:22, 1272:23, 1273:6, 1273:8, 1273:13, 1273:15, 1273:23, 1274:2, 1274:25, 1275:1, 1275:10, 1275:13, 1276:3, 1276:18, 1276:21, 1277:4, 1277:6, 1277:11, 1277:12, 1278:3, 1278:4, 1278:8, 1278:24, 1278:25, 1279:4, 1279:24, 1280:7, 1280:11, 1280:22, 1280:24, 1281:11, 1281:13, 1281:25, 1282:2,

1282:3, 1282:15, 1282:22, 1282:23, 1283:12, 1283:24, 1284:7, 1284:16, 1284:22, 1285:2, 1285:11, 1286:1, 1286:3, 1286:4, 1286:6, 1286:11, 1287:5, 1287:6, 1287:8, 1287:14, 1287:16, 1287:20, 1288:1, 1288:11, 1288:16, 1289:3, 1289:7, 1289:9, 1289:23, 1290:8, 1290:13, 1290:22, 1291:13, 1291:17, 1294:7, 1294:22, 1295:10, 1295:13, 1296:12, 1296:22, 1296:24, 1296:25, 1297:10, 1297:15, 1297:17, 1297:18, 1298:4, 1298:11, 1298:12, 1298:13, 1298:19, 1298:25, 1299:14, 1299:16, 1299:24, 1300:2, 1300:5, 1300:6, 1300:13, 1300:23, 1300:25, 1301:22, 1301:24, 1302:2, 1302:17, 1302:18, 1302:19, 1302:22, 1302:23, 1302:25, 1303:2, 1303:3, 1303:4, 1303:15, 1303:19, 1303:24, 1304:5, 1304:10, 1304:13, 1304:14, 1304:15, 1304:17, 1304:18, 1304:21, 1305:21, 1305:22, 1305:25, 1306:1, 1306:14, 1306:23, 1307:2, 1307:8, 1307:10, 1307:14, 1307:16, 1307:21, 1307:23, 1307:25, 1308:1, 1308:2, 1308:5, 1308:8, 1308:10, 1308:19, 1308:24, 1309:4, 1309:22, 1309:25, 1310:20, 1310:23, 1311:3, 1311:4, 1311:8, 1311:19, 1312:2, 1312:17, 1312:20, 1312:21, 1312:23, 1313:2, 1313:17, 1313:18,

1313:22, 1314:4, 1314:7, 1314:10, 1314:11, 1314:18, 1314:21, 1314:22, 1314:25, 1315:3, 1315:6, 1315:7, 1315:16, 1315:19, 1315:22, 1315:24, 1315:25, 1316:1, 1316:2, 1316:5, 1316:6, 1316:7, 1316:12, 1316:18, 1316:24, 1317:2, 1317:6, 1317:13, 1317:16, 1317:19, 1317:22, 1317:25, 1318:5, 1318:7, 1318:8, 1318:11, 1318:13, 1318:19, 1319:6, 1319:14, 1320:1, 1320:4, 1320:5, 1320:6, 1320:22, 1320:23, 1320:25, 1321:2, 1321:3, 1321:8, 1321:9, 1321:10, 1321:15, 1322:1, 1322:3, 1322:4, 1322:6, 1323:2, 1323:11, 1323:13, 1323:15, 1323:21, 1323:23, 1324:2, 1324:3, 1324:10, 1324:11, 1324:13, 1324:16, 1324:17, 1324:21, 1325:4, 1325:7, 1325:8, 1325:13, 1326:1, 1326:7, 1326:14, 1326:15, 1326:21, 1326:24, 1327:1, 1327:2, 1327:10, 1327:18, 1327:19, 1328:1, 1328:9, 1328:17, 1328:19, 1329:10, 1329:11, 1329:19, 1329:20, 1330:1, 1330:15, 1330:25, 1331:7, 1331:9, 1331:18, 1331:24, 1332:4, 1332:18, 1332:22, 1333:8, 1333:12, 1334:5, 1334:22, 1335:6, 1335:7, 1335:9, 1335:24, 1335:25, 1336:2, 1336:3, 1336:4, 1336:7, 1336:8, 1336:9, 1336:11, 1336:18, 1336:24,

1336:25, 1337:2, 1337:4, 1337:7, 1337:11, 1338:1, 1338:3, 1338:5

**YOU'RE** [36] - 1264:21, 1271:24, 1276:24, 1279:17, 1281:16, 1283:25, 1284:1, 1284:13, 1285:24, 1288:19, 1288:23, 1293:23, 1294:11, 1294:20, 1295:8, 1295:20, 1296:21, 1297:22, 1298:3, 1301:16, 1311:20, 1312:24, 1313:22, 1318:19, 1319:1, 1319:2, 1319:8, 1324:6, 1329:23, 1330:24, 1334:4, 1335:17, 1336:5

**YOU'VE** [18] - 1265:2, 1266:12, 1270:19, 1280:14, 1281:6, 1291:10, 1301:12, 1304:24, 1312:15, 1313:19, 1314:6, 1314:15, 1315:15, 1316:8, 1320:13, 1325:21, 1327:16

**YOUR** [117] - 1249:7, 1250:5, 1250:15, 1251:4, 1251:5, 1252:2, 1252:23, 1253:1, 1253:3, 1255:9, 1255:17, 1255:19, 1256:10, 1256:15, 1257:9, 1258:13, 1261:5, 1262:8, 1262:20, 1266:1, 1266:24, 1267:6, 1267:10, 1268:1, 1269:2, 1269:8, 1269:18, 1270:11, 1272:25, 1273:11, 1276:3, 1277:6, 1277:13, 1277:18, 1278:4, 1278:8, 1279:9, 1279:18, 1281:4, 1281:11, 1281:12, 1282:6, 1283:22, 1284:8, 1285:16, 1286:1, 1286:19, 1287:6, 1287:15, 1288:6, 1288:12, 1291:13, 1292:2, 1292:12, 1293:5, 1295:18, 1297:10,

1299:14, 1299:15,
1301:12, 1304:24,
1305:20, 1306:3,
1307:1, 1308:1,
1308:13, 1311:4,
1312:4, 1312:14,
1312:21, 1313:5,
1313:21, 1314:16,
1315:5, 1315:22,
1315:23, 1317:1,
1317:4, 1317:6,
1318:13, 1318:17,
1319:23, 1320:24,
1321:17, 1322:6,
1323:15, 1324:21,
1325:4, 1325:20,
1326:11, 1326:18,
1328:4, 1328:10,
1328:19, 1328:21,
1329:15, 1329:19,
1329:25, 1330:16,
1331:1, 1331:20,
1332:20, 1333:14,
1334:14, 1335:6,
1335:13, 1336:1,
1336:24, 1337:21,
1337:22, 1338:3

**YOURSELF** [2] -
1260:19, 1264:1

## Z

**ZERO** [1] - 1254:3

DAILY COPY