1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4

5  NORMAN ROBINSON, ET AL          *    DOCKET 06-CV-2268-K
                                   *
6  VERSUS                          *    NEW ORLEANS, LOUISIANA
                                   *
7  UNITED STATES OF AMERICA, ET AL *    APRIL 27, 2009
   * * * * * * * * * * * * * * * * *

8

9

10              VOLUME 6 - AFTERNOON SESSION
                TRIAL PROCEEDINGS BEFORE THE
11          HONORABLE STANWOOD R. DUVAL JR.
                UNITED STATES DISTRICT JUDGE

12

13
   APPEARANCES:
14

15 FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                              BY:  PIERCE O'DONNELL, ESQ.
16                            550 SOUTH HOPE STREET, SUITE 1000
                              LOS ANGELES, CALIFORNIA 90071
17

18 FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                              BY:  JOSEPH M. BRUNO, ESQ.
19                                 L. SCOTT JOANEN, ESQ.
                              855 BARONNE STREET
20                            NEW ORLEANS, LOUISIANA 70113

21
   FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                            BY:  JONATHAN B. ANDRY, ESQ.
                                   KEA SHERMAN, ESQ.
23                            610 BARONNE STREET
                              NEW ORLEANS, LOUISIANA 70113
24

25


                      FINAL DAILY COPY

APPEARANCES (CONTINUED):

FOR THE PLAINTIFFS:          BARON & BUDD, PC
                             BY:  THOMAS SIMS, ESQ.
                             3102 OAK LAWN AVENUE, SUITE 1100
                             DALLAS, TEXAS 75219


FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
                             BY:  JAMES P. ROY, ESQ.
                             556 JEFFERSON STREET, SUITE 500
                             POST OFFICE BOX 3668
                             LAFAYETTE, LOUISIANA 70502


FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
                             BY:  FRANK C. DUDENHEFER JR., ESQ.
                             601 POYDRAS STREET, SUITE 2655
                             NEW ORLEANS, LOUISIANA 70130


FOR THE PLAINTIFFS:          DUMAS & ASSOCIATES LAW FIRM, LLC
                             BY:  WALTER C. DUMAS, ESQ.
                             LAWYER'S COMPLEX
                             1261 GOVERNMENT STREET
                             POST OFFICE BOX 1366
                             BATON ROUGE, LOUISIANA 70821


FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT
                             BY:  CALVIN C. FAYARD JR., ESQ.
                             519 FLORIDA AVENUE S.W.
                             DENHAM SPRINGS, LOUISIANA 70726


FOR THE PLAINTIFFS:          MICHAEL C. PALMINTIER, A PLC
                             BY:  MICHAEL C. PALMINTIER, ESQ.
                                  JOSHUA M. PALMINTIER, ESQ.
                             618 MAIN STREET
                             BATON ROUGE, LOUISIANA 70801


FOR THE PLAINTIFFS:          LAW OFFICE OF ELWOOD C. STEVENS JR.,
                               A PLC
                             BY:  ELWOOD C. STEVENS JR., ESQ.
                             1205 VICTOR II BOULEVARD
                             POST OFFICE BOX 2626
                             MORGAN CITY, LOUISIANA 70381




                         FINAL DAILY COPY

1    APPEARANCES (CONTINUED):

2

3    FOR SUBROGATED INSURERS:      THE GILBERT FIRM
                                   BY:  ELISA T. GILBERT, ESQ.
                                        BRENDAN R. O'BRIEN, ESQ.
4                                  325 EAST 57TH STREET
                                   NEW YORK, NEW YORK 10022

5

6    ALSO PRESENT FOR             J. ROBERT WARREN II, ESQ.
       PLAINTIFFS:                ASHLEY E. PHILEN, ESQ.
7                                 MRGO LITIGATION GROUP
                                  600 CARONDELET STREET, SUITE 604
8                                 NEW ORLEANS, LOUISIANA 70130

9

     FOR THE DEFENDANT:           U.S. DEPARTMENT OF JUSTICE
10                                TORTS BRANCH, CIVIL DIVISION
                                  BY:  DANIEL M. BAEZA JR., ESQ.
11                                     JEFFREY PAUL EHRLICH, ESQ.
                                       TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                     MICHELE S. GREIF, ESQ.
                                       CONOR KELLS, ESQ.
13                                     PAUL MARC LEVINE, ESQ.
                                       JAMES F. MCCONNON JR., ESQ.
14                                     KARA K. MILLER, ESQ.
                                       RUPERT MITSCH, ESQ.
15                                     PETER G. MYER, ESQ.
                                       ROBIN D. SMITH, ESQ.
16                                     SARAH K. SOJA, ESQ.
                                       RICHARD R. STONE SR., ESQ.
17                                     JOHN WOODCOCK, ESQ.
                                  BENJAMIN FRANKLIN STATION
18                                P.O. BOX 888
                                  WASHINGTON, DC 20044

19

20   OFFICIAL COURT REPORTER:     TONI DOYLE TUSA, CCR, FCRR
                                  500 POYDRAS STREET, ROOM HB-406
21                                NEW ORLEANS, LOUISIANA 70130
                                  (504) 589-7778

22

23

24

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25   PRODUCED BY COMPUTER.


                              FINAL DAILY COPY

1           **I N D E X**

2                                                              PAGE

3    ROBERT G. BEA

4         CROSS-EXAMINATION                                    1343

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FINAL DAILY COPY

| | | |
|---|---|---|
| 12:50 | 1 | **AFTERNOON SESSION** |
| 13:14 | 2 | **(APRIL 27, 2009)** |
| 13:14 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 13:14 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:22 | 5 | **THE COURT:**  YOU SEEM TO BE DOING VERY WELL ON TIME, |
| 13:22 | 6 | BUT WOULD YOU LIKE A TIME SUMMARY?  AS OF TODAY, 25 HOURS FOR |
| 13:22 | 7 | PLAINTIFF, 7.40 FOR DEFENDANTS. |
| 13:22 | 8 | (WHEREUPON, **ROBERT G. BEA**, HAVING BEEN DULY SWORN, |
| 13:22 | 9 | TESTIFIED AS FOLLOWS.) |
| 13:23 | 10 | **CROSS-EXAMINATION** |
| 13:23 | 11 | **BY MR. STONE:** |
| 13:23 | 12 | **Q.**  DR. BEA, I WOULD LIKE TO BRING UP SLIDE 50 FROM LAST |
| 13:23 | 13 | FRIDAY.  IT'S PX-84, PAGE 63.  IT ALSO HAS A PICTURE FROM |
| 13:23 | 14 | JX-212, PAGE 52 TO 53. |
| 13:23 | 15 | YOU BROUGHT UP THESE PICTURES LAST FRIDAY, AND YOU |
| 13:23 | 16 | TALKED ABOUT THEM.  YOU SEEMED TO THINK THAT DR. MOSHER HAD |
| 13:23 | 17 | MADE A MISTAKE IN INTERPRETING THE PICTURES. |
| 13:23 | 18 | **A.**  CORRECT. |
| 13:23 | 19 | **Q.**  AND I THINK YOU MADE A MISTAKE, SO LET'S SEE IF WE CAN |
| 13:23 | 20 | WORK IT OUT.  HOW'S THAT? |
| 13:23 | 21 | IF YOU SEE THIS UP IN THE LEFT-HAND CORNER, WHEN DO |
| 13:23 | 22 | YOU CLAIM THAT THAT PICTURE WAS TAKEN? |
| 13:23 | 23 | **A.**  I DON'T CLAIM WHEN IT WAS TAKEN.  IT WAS TAKEN AFTER |
| 13:23 | 24 | HURRICANE RITA. |
| 13:24 | 25 | **Q.**  OKAY.  THAT SHOWS A MISSING LEVEE SECTION? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:24 | 1 | **A.**   AND A MISSING CONCRETE WALL PANEL THAT WAS FOUND OUTSIDE |
| 13:24 | 2 | THE BREACH AREA TIPPED OVER TO THE MRGO DIRECTION. |
| 13:24 | 3 | **Q.**   OKAY, SIR.   THAT IS ON THE NORTH END OF THE BAYOU DUPRE |
| 13:24 | 4 | STRUCTURE? |
| 13:24 | 5 | **A.**   THAT'S CORRECT. |
| 13:24 | 6 | **Q.**   LET'S GO TO THE -- WELL, FIRST, DO YOU SEE THESE TWO |
| 13:24 | 7 | PILLBOXES? |
| 13:24 | 8 | **A.**   YES. |
| 13:24 | 9 | **Q.**   THOSE ARE ON THE MRGO SIDE OF THE PICTURE; RIGHT?   THAT'S |
| 13:24 | 10 | THE MRGO. |
| 13:24 | 11 | **A.**   YOU POINTED TO WHAT PART OF THE STRUCTURE? |
| 13:24 | 12 | **Q.**   THIS (INDICATING). |
| 13:24 | 13 | **A.**   YES, THAT'S ON THE GO SIDE. |
| 13:24 | 14 | **Q.**   AND THOSE LOOK LIKE PILLBOXES? |
| 13:24 | 15 | **A.**   YES. |
| 13:24 | 16 | **Q.**   LET'S GO TO THE OTHER PICTURE, REMEMBERING THAT WE ARE |
| 13:24 | 17 | LOOKING AT THE NORTH END IN THAT INSTANCE. |
| 13:24 | 18 | **A.**   THAT'S CORRECT. |
| 13:24 | 19 | **Q.**   NOW, IN THIS INSTANCE YOU SEE THAT THE PILOT IS HEADED |
| 13:25 | 20 | TOWARD THE PILLBOXES; CORRECT? |
| 13:25 | 21 | **A.**   WHAT IS HEADED TOWARD THE PILLBOXES? |
| 13:25 | 22 | **Q.**   THOSE ARE THE TWO PILLBOXES; RIGHT? |
| 13:25 | 23 | **A.**   CORRECT. |
| 13:25 | 24 | **Q.**   SO HE IS HEADED TOWARDS THEM? |
| 13:25 | 25 | **A.**   THAT'S RIGHT.   HE IS FLYING TOWARD THE MRGO. |

13:25    1    **Q.**   HE IS COMING FROM THE MRGO SIDE?

13:25    2    **A.**   NO.  HE IS FLYING TO THE MRGO.

13:25    3    **Q.**   LET'S GO BACK TO THE OTHER PICTURE.  MAYBE I'VE GOT IT

13:25    4    WRONG.  SO YOU HAVE GOT THE PILLBOXES ON THE MRGO SIDE.  SO IF

13:25    5    HE WAS OVER HERE, HE WOULD BE FLYING TOWARD THE MRGO, AND THE

13:25    6    PILLBOXES WOULD BE ON THE OTHER SIDE OF THE STRUCTURE; CORRECT,

13:25    7    SIR?

13:25    8    **A.**   CORRECT.

13:25    9    **Q.**   SO LET'S GO BACK TO THE NEXT PICTURE.  THESE ARE HARD TO

13:25    10   UNDERSTAND.  THAT'S WHY I --

13:25    11   **A.**   THAT'S WHY THEY HAVE TO BE LOOKED AT VERY CAREFULLY.

13:25    12   **Q.**   SO, HERE, THOSE PILLBOXES ARE ON -- HE'S COMING -- IT

13:26    13   LOOKS LIKE THE MRGO IN THE BACKGROUND, DOESN'T IT, BECAUSE THIS

13:26    14   IS RIGHT AFTER THE FLOODING OF KATRINA; RIGHT?

13:26    15   **A.**   THIS IS THE MRGO IN THE BACKGROUND.

13:26    16   **Q.**   WELL, IT CAN'T BE THE SAME STRUCTURE, THEN, BECAUSE YOU

13:26    17   CAN'T HAVE THE PILLBOXES ON OPPOSITE SIDES FOR THE SAME

13:26    18   STRUCTURE --

13:26    19            **THE COURT:**  DO YOU WANT TO ASK HIM THE QUESTION?  YOU

13:26    20   SAY, "ISN'T IT TRUE THAT THE PILLBOXES ARE ON THE OPPOSITE

13:26    21   SIDE?"  YOU CAN ASK HIM.

13:26    22            **MR. STONE:**  YES, SIR.

13:26    23   **BY MR. STONE:**

13:26    24   **Q.**   ISN'T IT TRUE THAT THE PILLBOXES --

13:26    25            **THE COURT:**  HE CAN ANSWER IT "NO" OR "YES" OR "I

| | | |
|---|---|---|
| 13:26 | 1 | DON'T KNOW." |
| 13:26 | 2 | **THE WITNESS:**  IT DOESN'T APPEAR SO TO ME. |
| 13:26 | 3 | **THE COURT:**  IN OTHER WORDS, YOUR OBSERVATION IS THAT |
| 13:26 | 4 | THE PILLBOXES SEEM TO BE RIGHT WHERE THEY SHOULD BE IN THE |
| 13:26 | 5 | EVENT THE MRGO IS IN THE TOP PART OF THE PICTURE? |
| 13:26 | 6 | **THE WITNESS:**  THAT'S CORRECT. |
| 13:26 | 7 | **BY MR. STONE:** |
| 13:26 | 8 | **Q.**  OKAY.  IGNORING MRGO FOR A MOMENT, THEN, DR. BEA, DOES THE |
| 13:27 | 9 | PILOT APPEAR TO BE FLYING TOWARD THOSE PILLBOXES, MOVING TOWARD |
| 13:27 | 10 | THE STRUCTURE FROM THIS SIDE? |
| 13:27 | 11 | **A.**  CORRECT. |
| 13:27 | 12 | **Q.**  LET'S GO BACK TO THE OTHER PICTURE. |
| 13:27 | 13 | **A.**  I'M NOT SURE IT'S THE PILOT'S HAND WE SEE. |
| 13:27 | 14 | **Q.**  SO HE WOULD BE COMING FROM THAT DIRECTION; CORRECT? |
| 13:27 | 15 | **A.**  THAT'S NOT WHAT I SAID. |
| 13:27 | 16 | **THE COURT:**  THAT'S NOT WHAT HE SAID.  HE HAS THE |
| 13:27 | 17 | PILOT POSITIONED, BY HIS TESTIMONY, GOING TOWARDS THE MRGO ON |
| 13:27 | 18 | THE -- BY HIS TESTIMONY, ON THE NON-MRGO SIDE OF THE STRUCTURE. |
| 13:27 | 19 | **MR. STONE:**  RIGHT, YOUR HONOR.  I'M TRYING TO GET -- |
| 13:27 | 20 | **THE COURT:**  THAT'S WHAT HE HAS TESTIFIED. |
| 13:27 | 21 | **MR. STONE:**  I DON'T WANT TO ARGUE.  I'M JUST TRYING |
| 13:27 | 22 | TO -- |
| 13:27 | 23 | **THE COURT:**  WELL, NO, I'M SAYING WHAT HE IS SAYING. |
| 13:27 | 24 | I'M NOT ARGUING.  THAT ISN'T WHAT HE SAID.  HE IS TESTIFYING -- |
| 13:27 | 25 | RIGHT OR WRONG -- THAT THE PILOT IS HEADED TOWARDS THE MRGO. |

| | | |
|---|---|---|
| 13:28 | 1 | IF YOU WANT TO CONTINUE ON THAT LINE, GO AHEAD, SIR. |
| 13:28 | 2 | **BY MR. STONE:** |
| 13:28 | 3 | **Q.**   I JUST WANT TO SEE IF I CAN FIND OUT EXACTLY HOW WE ORIENT |
| 13:28 | 4 | THESE PICTURES SO WE KNOW WHETHER THIS IS STILL -- WE KNOW THAT |
| 13:28 | 5 | THIS IS ON THE NORTH END IN THIS PICTURE; CORRECT? |
| 13:28 | 6 | **A.**   CORRECT. |
| 13:28 | 7 | **THE COURT:**  WHEN YOU SAY "THIS," FOR THE RECORD, YOU |
| 13:28 | 8 | MIGHT DESCRIBE IT. |
| 13:28 | 9 | **MR. STONE:**  YES, SIR.  IT'S THE MISSING FLOOD WALL |
| 13:28 | 10 | SECTION. |
| 13:28 | 11 | **THE COURT:**  IT'S THE FLOOD WALL SECTION ON THE -- |
| 13:28 | 12 | **MR. STONE:**  ON THE LEFT SIDE OF THE -- |
| 13:28 | 13 | **THE COURT:**  -- LEFT SIDE OF THIS PHOTOGRAPH, WHICH |
| 13:28 | 14 | WOULD BE TOWARDS THE -- THE DIRECTION WOULD BE -- |
| 13:28 | 15 | **MR. STONE:**  TO THE NORTH. |
| 13:28 | 16 | **THE COURT:**  -- TO THE NORTH. |
| 13:28 | 17 | **MR. STONE:**  YES, YOUR HONOR. |
| 13:28 | 18 | **BY MR. STONE:** |
| 13:28 | 19 | **Q.**   THE TWO PILLBOXES WOULD THEN BE ON THE EAST; CORRECT, SIR? |
| 13:28 | 20 | **A.**   CORRECT. |
| 13:28 | 21 | **THE COURT:**  THE TWO PILLBOXES ARE TO THE EAST OF THE |
| 13:28 | 22 | MISSING PORTION OF THE FLOOD -- |
| 13:28 | 23 | **MR. STONE:**  OF THE STRUCTURE, RIGHT, YOUR HONOR. |
| 13:28 | 24 | THEY ARE ON THE EASTERN SIDE OF THE -- |
| 13:29 | 25 | **THE COURT:**  RIGHT.  WE'VE GOT IT. |

FINAL DAILY COPY

13:29    1   **BY MR. STONE:**

13:29    2   **Q.**   ALL RIGHT.  LET'S GO TO THE OTHER PICTURE.  NOW, IF THIS

13:29    3   WERE THE NORTH SIDE -- IF THIS WERE THE NORTH SIDE -- THE

13:29    4   PILLBOXES WOULD BE ON THE OTHER SIDE OF THE STRUCTURE.  THEY

13:29    5   WOULD STILL BE ON THE EAST SIDE, WOULDN'T THEY, DR. BEA?

13:29    6   **A.**   THAT'S CORRECT.  IT SHOULD BE.

13:29    7   **Q.**   SO THE PILLBOXES HERE ARE ON THE EAST SIDE OF THE

13:29    8   STRUCTURE.  THEY ARE ON THE EAST SIDE IN THIS PICTURE ALSO;

13:29    9   CORRECT?

13:29   10   **A.**   I THINK THEY ARE.

13:29   11   **Q.**   SO THE PILOT IS FLYING TOWARD THE WEST?

13:29   12   **A.**   THE PILOT IS GOING TOWARD LAKE BORGNE AND MRGO.

13:29   13   **Q.**   HE IS HEADED WEST IN THIS PICTURE; CORRECT?

13:29   14   **A.**   BECAUSE THE SYSTEM IS AT AN ANGLE, TO KEEP THIS

13:29   15   COMMUNICATION CLEAR, THE PILOT IS HEADED TOWARD LAKE BORGNE AND

13:29   16   THE MRGO.  I PROVIDED A SECOND PHOTOGRAPH THAT'S TAKEN BEFORE

13:30   17   THEY GOT THIS CLOSE TO THE STRUCTURE THAT SHOWS THAT DIRECTION

13:30   18   OF FLIGHT.  IT'S INCLUDED IN MY JANUARY REPORT.

13:30   19   **Q.**   I'LL MOVE ON.  LET'S GO BACK TO SLIDE 12 FROM LAST

13:30   20   FRIDAY'S SLIDES.  IT'S PX-72, PAGE 35.  WE'LL SPEND A LITTLE

13:30   21   MORE TIME AT THE TEST SITE.

13:31   22            YOU STATED ON JANUARY 30, 2009, THAT YOUR STUDY SITE,

13:31   23   STATION 497+00 ON REACH 2, IS ONE OF YOUR 45 PERCENT OF

13:31   24   BREACHES THAT OCCURRED THROUGH FRONT-SIDE WAVE ATTACK; CORRECT,

13:31   25   SIR?

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:31 | 1 | **A.**   THAT'S CORRECT. |
| 13:31 | 2 | **Q.**   DO YOU STILL HOLD THAT OPINION TODAY? |
| 13:31 | 3 | **A.**   YES, I DO. |
| 13:31 | 4 | **MR. STONE:**  CAN WE BRING UP DX-0451 -- WE'LL KEEP |
| 13:31 | 5 | THAT HANDY BECAUSE WE'RE GOING TO GET IT TOO -- WHICH IS |
| 13:31 | 6 | DECLARATION 1, JULY 11, 2008, AT PAGE 18. |
| 13:31 | 7 | **BY MR. STONE:** |
| 13:31 | 8 | **Q.**   THAT IS A PICTURE OF YOUR STUDY SITE? |
| 13:31 | 9 | **A.**   THAT'S CORRECT. |
| 13:31 | 10 | **Q.**   THAT IS IN YOUR DECLARATION; CORRECT, SIR? |
| 13:31 | 11 | **A.**   CORRECT.  WE HAVE OTHER PHOTOGRAPHS AS WELL. |
| 13:32 | 12 | **Q.**   LET'S LOOK AT JX-0242, WHICH IS THE ILIT REPORT, AND WE'LL |
| 13:32 | 13 | LOOK AT CHAPTER 4, FIGURE 4.32.  THIS IS THE REPORT YOU |
| 13:32 | 14 | COAUTHORED; RIGHT? |
| 13:32 | 15 | **A.**   YES, BUT I DID NOT COAUTHOR THAT CHAPTER OR THAT FIGURE |
| 13:33 | 16 | CAPTION. |
| 13:33 | 17 | **Q.**   BUT IN THE ILIT REPORT, IN THE FIGURE HERE, IT SAYS THAT |
| 13:33 | 18 | THIS SITE WAS COMPLETELY SWEPT AWAY BY OVERTOPPING FROM |
| 13:33 | 19 | LAKE BORGNE; CORRECT? |
| 13:33 | 20 | **A.**   YOU'RE READING THE CAPTION CORRECTLY.  LATER IN THE |
| 13:33 | 21 | REPORT, DURING THE PERFORMANCE OF THE REACH 2 EARTHEN FLOOD |
| 13:33 | 22 | PROTECTION STRUCTURE, THAT PICTURE HAS ANOTHER CAPTION |
| 13:33 | 23 | IDENTIFIED TO ANOTHER LOCATION. |
| 13:33 | 24 | **Q.**   WHERE IS THAT IN THE REPORT?  DO YOU HAVE A REFERENCE TO |
| 13:33 | 25 | IT? |

13:33  1  **A.**   I CAN'T HEAR YOU.

13:33  2  **Q.**   DO YOU HAVE A REFERENCE TO THAT PAGE OF THE REPORT?

13:33  3  **A.**   I CAN FIND IT.  DO YOU WISH ME TO LOOK FOR IT?

13:33  4  **Q.**   THAT'S FINE.

13:33  5  **A.**   IT'S IN THE CHAPTER DEALING WITH THE PERFORMANCE OF THE

13:33  6  EARTHEN FLOOD PROTECTION STRUCTURES.  THE CAPTION OF THAT

13:34  7  PICTURE WAS PROVIDED BY MR. RUNE STORESUND, THE SAME STUDENT

13:34  8  WHO HAS ASSISTED ME IN THIS WORK AND PROVIDED THE CAPTION YOU

13:34  9  PREVIOUSLY SHOWED.

13:34  10  **Q.**   THAT'S THE SAME RUNE STORESUND WHO COAUTHORED DR. BRIAUD'S

13:34  11  REPORT ABOUT THE SOILS STUDY FOR YOUR TEST SITE?

13:34  12  **A.**   YES, SIR.

13:34  13  **Q.**   IT'S TRUE TODAY THAT MEMBERS OF THE ILIT DO NOT AGREE WITH

13:34  14  YOUR CURRENT OPINIONS ABOUT FRONT-SIDE WAVE ATTACK FOR THIS

13:34  15  SITE?  ISN'T IT TRUE?

13:34  16  **A.**   I HAVE NO KNOWLEDGE THAT THEY DISAGREE.  THEY HAVE NOT

13:34  17  TOLD ME THEY DISAGREE.

13:34  18         **MR. STONE:**  CAN WE GO TO PAGE 185, LINES 2 THROUGH 7,

13:34  19  OF THE JANUARY 30 DEPOSITION OF DR. BEA, PLEASE.  PAGE 185,

13:35  20  LINES 2 THROUGH 7.

13:35  21         **MR. STEVENS:**  YOUR HONOR, IT'S ALL IN THE INTEREST OF

13:35  22  MOVING THE CASE FORWARD, BUT CALLING UP DEPOSITION TESTIMONY

13:35  23  THEY HAVEN'T ASKED HIM ABOUT YET IS REALLY INAPPROPRIATE.

13:35  24         **THE COURT:**  WELL, HE'S ASKING, I ASSUME, IN RELATION

13:35  25  TO OTHER MEMBERS OF THE ILIT?

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:35 | 1 | **MR. STONE:**  YES, YOUR HONOR. |
| 13:35 | 2 | **THE COURT:**  OVERRULED. |
| 13:35 | 3 | BY MR. STONE: |
| 13:35 | 4 | Q.   YOU REMEMBER GIVING THIS ANSWER IN YOUR DEPOSITION; RIGHT? |
| 13:35 | 5 | MEMBERS OF YOUR ILIT TEAM REALLY DON'T AGREE WITH YOUR CURRENT |
| 13:35 | 6 | OR ANY OTHER -- OR THEY DON'T NECESSARILY AGREE WITH YOUR |
| 13:35 | 7 | CURRENT OPINIONS BECAUSE THEY DON'T REACH THOSE OPINIONS; |
| 13:35 | 8 | CORRECT? |
| 13:35 | 9 | A.   THAT'S CORRECT.  YOU SPECIFICALLY ASKED A QUESTION |
| 13:35 | 10 | CONCERNING WAVE-SIDE ATTACK.  THIS IS A GENERAL STATEMENT. |
| 13:36 | 11 | Q.   I'M ASKING THE QUESTIONS, BUT -- |
| 13:36 | 12 | **THE COURT:**  HE IS CLARIFYING HIS ANSWER, WHICH HE CAN |
| 13:36 | 13 | DO. |
| 13:36 | 14 | **THE WITNESS:**  EXACTLY. |
| 13:36 | 15 | BY MR. STONE: |
| 13:36 | 16 | Q.   IN YOUR DECLARATION DATED SEPTEMBER 17, 2007, WHICH I |
| 13:36 | 17 | BELIEVE TO BE JX-0010, THERE'S A FIGURE 2.  LET'S SEE IF WE CAN |
| 13:36 | 18 | BRING THAT UP.  DO YOU RECOGNIZE THAT AS A FIGURE FROM YOUR |
| 13:36 | 19 | REPORT, SIR? |
| 13:37 | 20 | A.   WHEN YOU SAY "YOUR REPORT" -- |
| 13:37 | 21 | Q.   I'M SORRY.  I MEAN YOUR DECLARATION OF SEPTEMBER 19, 2007. |
| 13:37 | 22 | A.   THAT LOOKS CORRECT. |
| 13:37 | 23 | Q.   SEPTEMBER 17. |
| 13:37 | 24 | A.   YES.  IT REFERENCES THE ILIT REPORT 2006. |
| 13:37 | 25 | Q.   IS THAT APPROXIMATELY WHERE YOUR TEST SITE IS? |

| | | |
|---|---|---|
| 13:37 | 1 | **A.**   A LITTLE BIT TO THE SOUTH, BUT CLOSE ENOUGH. |
| 13:37 | 2 | **Q.**   THE TABLE SHOWS THAT TO BE AN AREA OF OVERTOPPING; |
| 13:37 | 3 | CORRECT? |
| 13:37 | 4 | **A.**   THAT'S CORRECT.  OF COURSE, THE WATER FLOWED OVER |
| 13:38 | 5 | EVERYTHING THERE. |
| 13:38 | 6 | **Q.**   DR. BRIAUD, WHO DID THE SOIL ANALYSIS OF THE SOIL SAMPLES |
| 13:38 | 7 | FROM YOUR TEST SITE, PREPARED A REPORT -- OR ACTUALLY, A |
| 13:38 | 8 | JOURNAL ARTICLE, AND IT'S DX-0101.  WE ARE LOOKING AT TABLE 2. |
| 13:38 | 9 | THIS IS A PICTURE OF YOUR TEST SITE IN THE LOWER LEFT-HAND |
| 13:38 | 10 | CORNER, ISN'T IT, SIR? |
| 13:38 | 11 | **A.**   CORRECT. |
| 13:38 | 12 | **MR. STONE:**  LET ME HAVE A LITTLE BIT MORE OF THAT. |
| 13:39 | 13 | **BY MR. STONE:** |
| 13:39 | 14 | **Q.**   IT SHOWS THAT TO BE AN OVERTOPPED LEVEE, COMPLETELY |
| 13:39 | 15 | ERODED? |
| 13:39 | 16 | **A.**   CORRECT. |
| 13:39 | 17 | **Q.**   RUNE STORESUND, YOUR GRADUATE STUDENT, COAUTHORED THAT |
| 13:39 | 18 | JOURNAL ARTICLE WITH DR. BRIAUD? |
| 13:39 | 19 | **A.**   CORRECT.  IS THE CONCLUSION THAT YOU'RE TRYING TO REACH |
| 13:39 | 20 | THAT IT FAILED BECAUSE OF "OVERTOPPING" BY THE SURGE?  IF |
| 13:39 | 21 | THAT'S THE CONCLUSION YOU'RE ATTEMPTING TO REACH, IT'S AN |
| 13:39 | 22 | INCORRECT CONCLUSION. |
| 13:39 | 23 | **Q.**   WE'LL WORK ON THAT ISSUE, DR. BEA, AND SEE IF THAT WORKS |
| 13:39 | 24 | OUT.  I MEAN, IT'S YOUR OPINION. |
| 13:40 | 25 | **A.**   THAT'S WHY I'M HERE. |

FINAL DAILY COPY

1353

13:40  1  **Q.**   YOU TOOK A OIL SAMPLE FROM THAT TEST SITE, DIDN'T YOU?

13:40  2  **A.**   YES.  I DID PERSONALLY.  SEVERAL.  TWO MILK CARTONS FULL.

13:40  3  **Q.**   MILK CARTONS FULL?

13:40  4  **A.**   THE LARGE PLASTIC SQUARE CARTONS WERE FILLED WITH SOIL

13:40  5  SAMPLES FROM THIS SITE.

13:40  6  **Q.**   YOU TOOK THOSE SAMPLES BY A SHOVEL; CORRECT?

13:40  7  **A.**   THAT'S CORRECT.

13:40  8  **Q.**   SO YOU TOOK THEM NEAR THE SURFACE OF THE ERODED SECTION IN

13:40  9  HERE?

13:40  10  **A.**   FROM THE SHOULDERS OF THE BREACH.  SO WE GOT DOWN AS FAR

13:40  11  INTO THE BREACH AS WE COULD.

13:40  12  **Q.**   HOW DID YOU ESTABLISH THAT YOU HAD A REPRESENTATIVE SAMPLE

13:40  13  OF THE LEVEE MATERIALS?

13:41  14  **A.**   BY LOOKING AT THE SURROUNDING MATERIALS.

13:41  15  **Q.**   WAS THERE ANY DIFFICULTY INVOLVED IN THAT ANALYSIS OF

13:41  16  WHETHER OR NOT THEY --

13:41  17  **A.**   OF WHICH ANALYSIS?

13:41  18  **Q.**   OF WHETHER OR NOT THESE WERE SHOVELFULS OF A

13:41  19  REPRESENTATIVE SAMPLE.

13:41  20  **A.**   WELL, WE GATHERED SAMPLES FROM SEVERAL COMPARABLE SITES,

13:41  21  TESTED THEM UNDER COMPARABLE CONDITIONS, AND THEY PERFORMED IN

13:41  22  THE SENSE OF ERODIBILITY IN COMPARABLE WAYS.

13:41  23  **Q.**   I WANT TO STICK WITH THE SAMPLE THAT WAS TAKEN HERE, AND

13:41  24  THAT SAMPLE IS NUMBER S4; CORRECT?

13:41  25  **A.**   THAT'S CORRECT.

13:41   1   **Q.**   HOW DO YOU ACCOUNT FOR MATERIALS THAT HAD BEEN WASHED AWAY

13:41   2   DURING THE EROSION PROCESS?

13:41   3   **A.**   WELL, YOU CAN'T TEST WHAT'S NOT THERE, SO THE WORK WE WERE

13:41   4   DOING WAS TO SAY WE NEED TO SAMPLE MATERIALS CHARACTERISTIC OF

13:42   5   THE AREA THAT BREACHED.  SO WE WENT TO THE SHOULDERS OF THE

13:42   6   BREACH, BECAUSE THEY'RE THERE AND THEY WERE PART OF THE

13:42   7   EVOLUTION OF THE BREACHING, AND USED THOSE TO CHARACTERIZE THE

13:42   8   PERFORMANCE AT THE LOCATION.

13:42   9           WE THEN CORROBORATED THAT CHARACTERIZATION WITH THE

13:42   10  AVAILABLE SOIL BORING INFORMATION THAT THE CORPS OF ENGINEERS

13:42   11  HAD GATHERED AND HAD PROVIDED TO CORROBORATE OUR OBSERVATIONS.

13:43   12  **Q.**   WHEN DID YOU TAKE THIS SOIL SAMPLE AT YOUR TEST SITE?

13:43   13  **A.**   APPROXIMATELY JANUARY 2006.

13:43   14  **Q.**   THAT WAS AFTER BOTH HURRICANE KATRINA AND HURRICANE RITA?

13:43   15  **A.**   CORRECT.

13:43   16  **Q.**   SO THE EROSION THAT HAD OCCURRED THERE HAD OCCURRED FROM

13:43   17  BOTH HURRICANES?

13:43   18  **A.**   FROM WHAT WE COULD TELL, HURRICANE RITA HAD NOT AFFECTED

13:43   19  THIS SITE BECAUSE OF ELEVATION.

13:43   20  **Q.**   ITS RAIN HADN'T AFFECTED THE SITE?

13:43   21  **A.**   THERE HADN'T BEEN MUCH RAIN.  IT HAD BEEN A VERY DRY

13:43   22  SEASON.

13:43   23  **Q.**   ARE YOU AWARE THAT COHESIVE MATERIALS ARE THE MATERIALS

13:43   24  THAT ARE ADVECTED AND CARRIED AWAY FROM THIS SITE DUE TO

13:44   25  EROSION?

13:44   1   **A.**   BOTH KINDS OF MATERIALS ARE ADVECTED FROM THIS SITE.   THE

13:44   2   HEAVIER ONES, SAND, DROP OUT FIRST.   CLAY DOESN'T DROP OUT

13:44   3   UNTIL IT GETS FAR AWAY.   IT WORKS JUST LIKE THE

13:44   4   MISSISSIPPI RIVER SANDBAGS.

13:44   5   **Q.**   HAVE YOU EVER HEARD OF THE TERMS *ADVECTION* AND *DISPERSION*?

13:44   6   **A.**   YES, THANKS TO YOU.

13:44   7           **MR. STONE:**   I WILL ASK TO HAVE BROUGHT UP CHAPTER 5

13:44   8   OF THE *COASTAL ENGINEERING MANUAL*, AND THE EXHIBIT NUMBER IS

13:44   9   JX-0030.   THIS WILL BE AT ROMAN NUMERAL III, 5-38.

13:45   10   **BY MR. STONE:**

13:45   11   **Q.**   LET'S LOOK AT NO. 1 AT THE TOP, (A)(1).   YOU TEACH FROM

13:45   12   THIS MANUAL AT BERKELEY, DON'T YOU?

13:45   13   **A.**   I USED TO.

13:45   14   **Q.**   THIS IS THE MANUAL THAT APPLIES TO COASTAL ENGINEERING

13:45   15   THROUGHOUT THE UNITED STATES, THE MAIN MANUAL; CORRECT?

13:45   16   **A.**   IT'S ONE OF A SERIES.   IT'S A VERY GOOD ONE.

13:45   17   **Q.**   THIS SECTION INFORMS THE READER THAT:

13:45   18           COHESIVE SEDIMENTS ARE NOT TRANSPORTED AS BED LOAD

13:45   19   EXCEPT IN THE FORM OF FLUID MUD.   THEY ALMOST ALWAYS ARE

13:46   20   TRANSPORTED IN SUSPENSION, ADVECTED, CARRIED WITH THE AMBIENT

13:46   21   WATER AT THE FLOW VELOCITY, AND DISPERSED, MOVED FROM AREAS OF

13:46   22   HIGH SEDIMENT CONCENTRATION TO LOW BY MIXING, SUCH AS

13:46   23   TURBULENCE.

13:46   24           DO YOU AGREE WITH THAT STATEMENT?

13:46   25   **A.**   YES.

13:46    1    **Q.**   SO THAT SECTION OF THIS MANUAL IS TELLING YOU THAT

13:46    2    COHESIVE MATERIALS ARE COLLECTED BY THE WATER AND CARRIED AWAY

13:46    3    FROM A SITE?

13:46    4    **A.**   AND THAT'S CORRECT.  WE SAW THAT DURING THE PLACEMENT OF

13:46    5    THESE SOILS THAT FORM THE EARTHEN FLOOD PROTECTION STRUCTURES.

13:46    6    THE CORPS OF ENGINEERS SAMPLED THE EFFLUENT THAT WAS COMING UP

13:46    7    FROM THE BORROW PIT AREA, AND MOST OF THE COHESIVE SEDIMENT WAS

13:46    8    BEING CARRIED OUT WITH THAT EFFLUENT.  THAT HELPED US

13:47    9    UNDERSTAND WHY THERE WAS SUCH A HIGH SILT AND SAND CONTENT IN

13:47   10    THESE EARTHEN FLOOD PROTECTION STRUCTURES.

13:47   11    **Q.**   I'LL ASK YOU AGAIN, THEN:  HOW DO YOU KNOW THAT YOU HAD A

13:47   12    REPRESENTATIVE SAMPLE OF THE MATERIALS THAT WERE THERE BEFORE

13:47   13    THIS WAS ACTED ON BY HURRICANE KATRINA AND THE COHESIVE

13:47   14    MATERIALS IN SOME PART WERE ADVECTED AND DISPERSED?

13:47   15    **A.**   BECAUSE WE WERE SAMPLING FROM THE SHOULDERS, AND THEY HAD

13:47   16    NOT BEEN MOVED.  AND, IN FACT, IF THERE'S AN ERROR, WE ARE

13:47   17    ERRING ON -- WE WILL CALL IT THE MORE EROSION-RESISTANT.

13:47   18             BECAUSE THE QUESTION IS WHY WOULD THAT SHOULDER STOP

13:47   19    THERE, AND THE ANSWER IS USUALLY:  THE STORM STOPPED.

13:47   20    **Q.**   THOSE SHOULDERS HAD ALSO BEEN ACTED ON BY EROSION, HADN'T

13:47   21    THEY, SIR?

13:47   22    **A.**   THAT'S CORRECT BUT HAD NOT MOVED.

13:48   23    **Q.**   CLAY IS THE COHESIVE MATERIAL WE ARE TALKING ABOUT FOR THE

13:48   24    LESS --

13:48   25    **A.**   YES, SIR.

| | | |
|---|---|---|
| 13:48 | 1 | **Q.**   LET'S GO TO ROMAN NUMERAL III, 5-18, PARENTHETICAL A AT |
| 13:48 | 2 | THE TOP OF THE PAGE, THE LAST SENTENCE OF THAT SECTION.  SIR, |
| 13:48 | 3 | IT SAYS HERE, DOES IT NOT, THAT IT IS IMPORTANT TO RETRIEVE |
| 13:48 | 4 | INTACT SAMPLES THAT, TO THE EXTENT POSSIBLE, PRESERVE THE |
| 13:48 | 5 | NATURAL STRUCTURE OF THE COHESIVE SEDIMENT? |
| 13:48 | 6 | **A.**   INDEED, VERY IMPORTANT. |
| 13:49 | 7 | **Q.**   DID YOU DO ANYTHING TO RECONSTITUTE THESE SAMPLES OR HAVE |
| 13:49 | 8 | DR. BRIAUD RECONSTITUTE THE SAMPLES WHEN HE TOOK THEM TO BE |
| 13:49 | 9 | TESTED AT HIS LABORATORY AT TEXAS A&M? |
| 13:49 | 10 | **A.**   YES. |
| 13:49 | 11 | **Q.**   HOW DID YOU RECONSTITUTE THESE SAMPLES? |
| 13:49 | 12 | **A.**   WE TOOK THE GRAB-BAG SAMPLES AND PLACED THEM IN A SAMPLING |
| 13:49 | 13 | TUBE, COMPACTED THEM TO TWO DIFFERENT LEVELS OF COMPACTION: |
| 13:49 | 14 | ONE DESCRIBED AS LIGHT; THE OTHER DESCRIBED AS HEAVY. |
| 13:49 | 15 | **Q.**   IS THERE ANY PRECISION IN THIS EVALUATION? |
| 13:49 | 16 | LET ME ASK IT A DIFFERENT WAY.  WHAT IS THE DEGREE OF |
| 13:49 | 17 | PRECISION IN ANALYZING SOIL SAMPLES IN THIS MANNER? |
| 13:50 | 18 | **A.**   PRECISION TO PRODUCE WHAT ANSWER? |
| 13:50 | 19 | **Q.**   TO PRODUCE AN ANSWER THAT TELLS YOU WHETHER THESE SOIL |
| 13:50 | 20 | SAMPLES ARE REPRESENTATIVE AND TO TELL YOU WHAT ERODIBILITY |
| 13:50 | 21 | FACTORS THEY HAVE. |
| 13:50 | 22 | **A.**   THE ONLY WAY YOU CAN TELL THAT IS TO TAKE THE INFORMATION |
| 13:50 | 23 | FROM THE LABORATORY TESTING, COMBINE IT WITH THE REST OF THE |
| 13:50 | 24 | ANALYTICAL PROCEDURE, AND THEN COMPARE THAT ANSWER AGAINST |
| 13:50 | 25 | LABORATORY PERFORMANCE, FIELD PERFORMANCE, AND THE PERFORMANCE |

13:50   1   PREDICTED BY OTHER ESTABLISHED MODELS THAT DO THE SAME THING.

13:50   2   **Q.**   SO IT'S A MODELING PROCESS TO DO THIS; CORRECT?

13:50   3   **A.**   THAT'S CORRECT.

13:50   4   **Q.**   WHEN YOU USE THESE SAMPLES IN A MODEL, THE OUTPUT OF THE

13:51   5   MODEL IS AFFECTED BY WHETHER YOU HAVE A REPRESENTATIVE SAMPLE

13:51   6   OF THE AREA THAT YOU'RE STUDYING; CORRECT?

13:51   7   **A.**   THE ANSWER TO THAT IS YES, AND THE TEST OF THE FORENSIC

13:51   8   ENGINEER IS TO ASSURE THAT THE ANSWER EQUALS REALITY.

13:51   9   **Q.**   DO YOU RECALL PROVIDING THE SAMPLE THAT YOU COLLECTED BY

13:51   10   SHOVEL TO DR. BRIAUD AND THEN MEETING WITH HIM THAT EVENING AND

13:51   11   DISCUSSING YOUR FRONT-SIDE WAVE ATTACK MODEL?

13:51   12   **A.**   I DIDN'T TRANSFER THE SAMPLES TO DR. BRIAUD.  I

13:51   13   TRANSFERRED IT TO MS. CARMEN CHUNG, A SENIOR GRADUATE STUDENT,

13:51   14   UNIVERSITY OF CALIFORNIA AT BERKELEY.

13:51   15           THE TRANSFER TOOK PLACE AT LE PAVILLON'S PARKING LOT.

13:52   16   I TRANSPORTED THE TWO EGG CARTONS FULL OF THE SAMPLE TO THE

13:52   17   TRUNK OF HER CAR, WHEREAFTER IT WAS TAKEN TO TEXAS A&M AT

13:52   18   COLLEGE STATION, TEXAS.

13:52   19           I DID HAVE A DISCUSSION WITH DR. BRIAUD THE NIGHT

13:52   20   BEFORE CONCERNING WAVE ATTACK, FRONT SIDE, OF EARTHEN FLOOD

13:52   21   PROTECTION STRUCTURES.  A HEATED DISCUSSION.

13:52   22   **Q.**   LET'S TALK ABOUT THE DISCUSSION ITSELF.

13:52   23   **A.**   YES, SIR.

13:52   24   **Q.**   WITH DR. BRIAUD; RIGHT?

13:52   25   **A.**   YES.  I ADMIRE THAT MAN A GREAT DEAL.

13:52    1   **Q.**   YOU DISCUSSED THE EVALUATION OF THE ERODIBILITY OF THE

13:52    2   SOILS YOU HAD COLLECTED; CORRECT?

13:52    3   **A.**   CORRECT.

13:53    4   **Q.**   THEN YOU DISCUSSED HOW SUCH EVALUATIONS COULD BE USED IN A

13:53    5   DETERMINATION OF WAVE-INDUCED -- SURGE-INDUCED BREACHING OF THE

13:53    6   REACH 2 EBSB; CORRECT?

13:53    7   **A.**   WE HAD A FAR-RANGING DISCUSSION THAT NIGHT THAT INCLUDED

13:53    8   THAT AND SCOURING EROSION, THE GENERAL AREA OF THE PERFORMANCE

13:53    9   OF EARTHEN STRUCTURES SUBJECTED TO INTENSE WATER ATTACK.

13:53   10   **Q.**   I DON'T MEAN TO BE RUDE WHEN I TURN MY BACK ON YOU LIKE

13:53   11   THIS.  I'M LOOKING AT THE SCREEN.

13:53   12   **A.**   I'M HERE TO SERVE YOU.

13:53   13          **MR. STONE:**  CAN WE BRING UP DX-0101.  AGAIN, THAT'S

13:53   14   DR. BRIAUD'S STUDY.  LET'S FIND THE LAST SENTENCE BEFORE THE

13:53   15   CONCLUSION.  I'M SORRY.  I DON'T HAVE A PAGE NUMBER RIGHT NOW.

13:54   16   THE LAST LINE OF THE CONCLUSION.

13:53   17   **BY MR. STONE:**

13:53   18   **Q.**   NOW, THIS A JOURNAL ARTICLE THAT DR. BRIAUD WROTE ABOUT

13:54   19   THE SOIL SAMPLES HE HAD ANALYZED FOR YOU AND, I BELIEVE, FOR

13:54   20   ILIT; RIGHT?

13:54   21   **A.**   THAT'S CORRECT.

13:55   22   **Q.**   RUNE STORESUND, YOUR GRADUATE STUDENT, IS ALSO A COAUTHOR

13:55   23   OF THIS REPORT?

13:55   24   **A.**   I WORKED WITH RUNE STORESUND.  HE IS NOT MINE.

13:55   25   **Q.**   AFTER HAVING COMPLETED THE ARTICLE, DR. BEA, THE VERY LAST

13:55   1   SENTENCE OF THEIR REPORT STATES:  "THE POSSIBLE EROSION OF THE

13:55   2   LEVEES BY WAVE ATTACK PRIOR TO OVERTOPPING SHEET FLOW WAS NOT

13:55   3   STUDIED IN THIS WORK."  CORRECT?

13:55   4   **A.**   THAT'S CORRECT FOR THE ARTICLE AND THE EXAMPLE THAT HE

13:55   5   ADDRESSES IN THIS PAPER.

13:55   6   **Q.**   WHEN HE DID HIS SHEET-FLOW EROSION TESTING, HE TREATED THE

13:56   7   SHEET FLOW AS IF IT WERE OVER A FULL LEVEE; CORRECT?  A LEVEE

13:56   8   THAT HADN'T BEEN ERODED AWAY ON THE FRONT SIDE?

13:56   9   **A.**   THAT'S CORRECT.  HE CONCENTRATES HIS WORK ON THE SHEET

13:56   10  FLOW, BACK SIDE.

13:56   11  **Q.**   CAN YOU DESCRIBE FOR THE COURT HOW THIS EFA, THIS EROSION

13:56   12  FUNCTION APPARATUS OF DR. BRIAUD'S, WORKS SO WE UNDERSTAND

13:56   13  ABOUT THE SHEET FLOW AND HOW EROSION IS TESTED.

13:56   14  **A.**   SURE.  THE SAMPLE IS RECONSTITUTED INTO A SAMPLING TUBE.

13:56   15  THE SAMPLING TUBE IS PUT IN A FLUME OF WATER.  THE WATER IS

13:56   16  FLUSHED OVER THE TOP OF THE SAMPLING TUBE.  THE VELOCITY IN THE

13:56   17  FLUME IS RECORDED, AND THAT'S A THREE-STRING VELOCITY.

13:56   18  DR. BRIAUD AND HIS STUDENTS MEASURE THE AMOUNT OF MATERIAL

13:57   19  THAT'S REMOVED AS A FUNCTION OF TIME AND VELOCITY.

13:57   20          **THE COURT:**  SIMPLE ENOUGH.  JUST ONE SECOND, SIR.

13:57   21            JUST FOR REFERENCE, COUNSEL, I'M NOT SURE OF THE

13:57   22  SPELLING OF HIS NAME.  BRIAUD?

13:57   23          **MR. STONE:**  B-R-I-A-U-D.

13:57   24          **THE COURT:**  HE HAS NOT RENDERED AN EXPERT REPORT IN

13:57   25  THIS CASE, BUT HIS REPORTS ARE UTILIZED BY OTHER EXPERTS; IS

FINAL DAILY COPY

```
13:57    1   THAT CORRECT?

13:57    2          MR. STONE:  I THINK DR. BEA HAS USED IT ALONE, EXCEPT

13:58    3   FOR IT BEING USED FOR ILIT.

13:58    4          THE WITNESS:  DEFINE "IT" IN YOUR QUESTION.

13:58    5   BY MR. STONE:

13:58    6   Q.   HIS REPORTS AND HIS ANALYSIS THAT WERE USED FOR YOUR SOIL

13:58    7   SAMPLES, THOSE WERE PROVIDED TO ILIT AND TO YOU, AND THEN YOU

13:58    8   HAVE RELIED ON IT.  I GUESS, SINCE IT'S A JOURNAL ARTICLE,

13:58    9   OTHER PEOPLE HAVE.  IT HASN'T BEEN RELIED ON EXTENSIVELY IN

13:58   10   THIS LITIGATION EXCEPT BY DR. BEA.  CORRECT, SIR?

13:58   11   A.   I CAN'T SPEAK THAT GENERAL RESPONSE.  I CAN SPEAK THAT WE

13:58   12   HAVE RELIED ON IT.  I HAVE, SPECIFICALLY.

13:58   13          THE COURT:  I'VE GOT THAT IN CONTEXT.  THANK YOU.

13:58   14   BY MR. STONE:

13:58   15   Q.   THE REASON IT'S IMPORTANT HERE, DR. BEA, IS THAT YOU SAY

13:58   16   "FRONT-SIDE WAVE ATTACK"; OTHER PEOPLE SAY "OVERTOPPING."  THE

13:58   17   OVERTOPPING HAS -- LET ME ASK YOU THIS INSTEAD OF TELLING YOU.

13:58   18          THE COURT:  IT IS GOOD FOR YOU TO HIGHLIGHT THIS FOR

13:58   19   THE COURT.  I THINK IT'S A GOOD IDEA.  WE KNOW THAT, ALONG WITH

13:59   20   MANY OTHER ISSUES, ONE OF THE ISSUES IN THIS CASE IS THAT,

13:59   21   ALONG REACH 2, IT WAS THE PRIMARY MECHANISM FOR FAILURE,

13:59   22   FRONT-SIDE ATTACK OR EROSION OR BACK SIDE.  WE KNOW THAT THAT'S

13:59   23   AN ISSUE IN THE CASE.

13:59   24          MR. STONE:  THAT'S AN ISSUE, YES, SIR.

13:59   25          THE COURT:  IT HAS DIFFERENT, PERHAPS, LEGAL
```

| | | |
|---|---|---|
| 13:59 | 1 | PERMUTATIONS, WHICH WE WON'T GO INTO NOW, BUT WE ALL KNOW.  GO |
| 13:59 | 2 | AHEAD, SIR. |
| 13:59 | 3 | **MR. STONE:**  DR. BEA AND I ARE GOING TO EXPLORE THE |
| 13:59 | 4 | FACTS, NOT THE LAW. |
| 13:59 | 5 | **THE COURT:**  GOOD. |
| 13:59 | 6 | **BY MR. STONE:** |
| 13:59 | 7 | **Q.**   DR. BEA, THE FRONT-SIDE WAVE ATTACK, YOU HAVE MOMENTARY |
| 13:59 | 8 | WAVE IMPACTS, PERIODIC IMPACTS OCCURRING, OF COURSE, LESS OFTEN |
| 13:59 | 9 | THAN SHEET FLOW DOES OVER A SURFACE; CORRECT? |
| 14:00 | 10 | **A.**   WHEN YOU USE THAT TERM *IMPACT*, ARE YOU REFERRING TO THE |
| 14:00 | 11 | WATER'S VERTICAL VELOCITY OR PERPENDICULAR VELOCITIES TO THE |
| 14:00 | 12 | FACE OF THE STRUCTURE? |
| 14:00 | 13 | **Q.**   I HADN'T PLANNED TO GO HERE YET, BUT LET'S DO THIS.  OKAY? |
| 14:00 | 14 | YOU TREAT THE VELOCITY OF THE WAVES THAT APPROACH THE FACE OF |
| 14:00 | 15 | THE LEVEE AS A VELOCITY ISSUE RATHER THAN AN ENERGY ISSUE? |
| 14:00 | 16 | **A.**   THAT'S CORRECT. |
| 14:00 | 17 | **Q.**   WHILE YOU'RE DOING THAT, YOU'RE SAYING THAT YOUR MODEL |
| 14:00 | 18 | WILL DEMONSTRATE HOW AN ATTACK OCCURS ON THE FACE OF THE LEVEE? |
| 14:00 | 19 | **A.**   YES.  THE MODEL PREDICTS THE ACCUMULATION OF DAMAGE DUE TO |
| 14:00 | 20 | THE WAVE ATTACK ON THE FRONT SIDE OF THE LEVEE. |
| 14:00 | 21 | **Q.**   I THINK THE WAY YOU TRY TO DO THIS WITH THE INFORMATION |
| 14:00 | 22 | FROM DR. BRIAUD'S WORK IS YOU TREAT THE WAVE RUN-UP AND |
| 14:01 | 23 | RUN-DOWN ON THE LEVEE AS SHEET FLOW? |
| 14:01 | 24 | **A.**   CORRECT. |
| 14:01 | 25 | **Q.**   WHICH OTHER SCIENTISTS MAY DISAGREE WITH -- |

14:01  1  **A.**   AND THAT'S GOOD.

14:01  2  **Q.**   -- BUT THAT'S YOUR APPROACH.

14:01  3         BUT AS THESE WAVES REACH THE TOP OR APPROACH THE TOP

14:01  4  OF THE LEVEE, THERE IS AN ELEMENT OF A WAVE THAT CONTINUES TO

14:01  5  ATTACK THE LEVEE ON THE FRONT SIDE?

14:01  6  **A.**   RIGHT.

14:01  7  **Q.**   THEN THERE'S AN ELEMENT OF THE WAVE THAT GOES OVER THE TOP

14:01  8  AND DOWN THE BACK SIDE, AND THAT'S WAVE OVERTOPPING; CORRECT?

14:01  9  **A.**   WELL, NOT NECESSARILY.  THE PREMISE IN YOUR DESCRIPTION IS

14:01  10  THAT THE TOP OF THE LEVEE ORIGINALLY IS STILL AT THE ELEVATION.

14:01  11  WAVE ATTACK GENERALLY CHANGES THAT PICTURE BY LOWERING THE TOP

14:01  12  OF THE LEVEE, AND THAT'S CALLED THE PROCESS OF WAVE

14:01  13  CRENELLATION.  AT THAT POINT WATER IS ABLE TO ENTER THE

14:02  14  CRENELLATION EARLIER, EXPLOITING IT, AND LEADING TO EARLIER,

14:02  15  MORE INTENSE OVERTOPPING.  MR. EBERSOLE DISCUSSES THIS METHOD

14:02  16  OF DESTRUCTION EXTENSIVELY IN HIS EXPERT REPORT OF DECEMBER 19,

14:02  17  2008.

14:02  18  **Q.**   I'M HAVING TROUBLE WORKING AROUND TO THIS, BUT WHAT I'M

14:02  19  TRYING TO DO IS DEMONSTRATE OR ASK YOU HOW TO DEMONSTRATE THE

14:02  20  DIFFERENCE BETWEEN THE SHEET-FLOW ANALYSIS AND THE TURBULENCE

14:02  21  ANALYSIS THAT IS DIFFERENT THAN --

14:02  22         **THE COURT:**  MAYBE WE CAN DEFINE OUR TERMS FIRST.  WE

14:02  23  CAN HAVE A LITTLE GLOSSARY FOR THE COURT, THE COURT OF APPEAL,

14:02  24  ETC.  DR. BEA, WOULD YOU, AS INCISIVELY AS POSSIBLE, DESCRIBE

14:02  25  SHEET FLOW.

| | | |
|---|---|---|
| 14:02 | 1 | **THE WITNESS:**  STEADY FLOW OVER A PLANT SURFACE.  WE |
| 14:03 | 2 | CALL IT QUASI STEADY BECAUSE WHEN WATER FLOWS, IT'S NEVER |
| 14:03 | 3 | STEADY.  SO IT'S QUASI UNIDIRECTIONAL, AND THAT'S WHAT WE WOULD |
| 14:03 | 4 | CALL SHEET FLOW. |
| 14:03 | 5 | **THE COURT:**  NOW, COUNSEL HAD ASKED YOU QUESTIONS |
| 14:03 | 6 | ABOUT SHEET FLOW AS SOME FORM OF RUN-UP ON THE LEVEE.  CAN YOU |
| 14:03 | 7 | EXPLAIN THAT PERMUTATION, IF IT IS, OF SHEET FLOW. |
| 14:03 | 8 | **THE WITNESS:**  THAT PERMUTATION IS LIKE A CARPENTER |
| 14:03 | 9 | WHO IS SANDING A BOARD SURFACE AND PUSHES THE SANDER IN ONE |
| 14:03 | 10 | DIRECTION, REMOVING PART OF THE BOARD; BRINGS IT BACK; REMOVES |
| 14:03 | 11 | ANOTHER PART OF THE BOARD, AND YOU HAVE A THINNER BOARD.  THE |
| 14:03 | 12 | MORE YOU KEEP PUSHING BACK AND FORTH, THE THINNER THE BOARD. |
| 14:03 | 13 | **THE COURT:**  ACCORDING TO YOUR TESTIMONY, SHEET FLOW |
| 14:03 | 14 | CAN OCCUR WHILE RUNNING UP AND WHILE OVERTOP? |
| 14:03 | 15 | **THE WITNESS:**  EXACTLY. |
| 14:03 | 16 | **THE COURT:**  ALL RIGHT.  I UNDERSTAND THAT AS A |
| 14:03 | 17 | PRINCIPLE. |
| 14:04 | 18 | **MR. STONE:**  IT'S NOT AS SIMPLE AS THAT, YOUR HONOR, |
| 14:04 | 19 | BUT I'M GOING TO LET THE EXPERTS DISCUSS THAT WITH YOU. |
| 14:04 | 20 | **THE COURT:**  I UNDERSTAND THE CRENELLATION PRINCIPLE. |
| 14:04 | 21 | JUST AS AN ASIDE, I WAS LOOKING AT THE VERY |
| 14:04 | 22 | MODEST EARTHEN BERM IN FRONT OF MY PLACE AT GRAND ISLE.  THAT'S |
| 14:04 | 23 | REALLY NOT A LEVEE. |
| 14:04 | 24 | **THE WITNESS:**  THAT'S A LABORATORY TEST. |
| 14:04 | 25 | **THE COURT:**  I PROMISE YOU I WON'T HOLD THAT AGAINST |

FINAL DAILY COPY

14:04    1   ANYONE.  GO AHEAD.

14:04    2            **THE WITNESS:**  THAT'S HOW WE LEARN.

14:04    3            **THE COURT:**  GO AHEAD, SIR.

14:04    4   **BY MR. STONE:**

14:04    5   **Q.**   BUT IN YOUR PART OF THE ANALYSIS, YOU ALSO HAVE A

14:04    6   WAVE-BREAKING ACTIVITY ON THESE LEVEE FACES; CORRECT.

14:04    7   **A.**   THAT'S CORRECT.  ONE OF THE THINGS THAT THAT ACTIVITY DOES

14:04    8   IS TO CHANGE THE LEVEL OF COMPACTION THAT'S IN THE STRUCTURE

14:04    9   BEFORE THE WAVE ATTACK.  IT ACTS TO LIFT AND, I WILL CALL IT,

14:05   10   DISPERSE THE SEDIMENTS BEFORE THIS SHEET-FLOW ACTION CAN BEGIN.

14:05   11   **Q.**   BUT IT'S FAIR TO SAY, WITH THIS WAVE ATTACK, RATHER THAN

14:05   12   SHEET FLOW, OVER THE BACK SIDE OF THE LEVEE, THAT THE WAVE

14:05   13   ENERGY IS DISSIPATED OVER A SHORT DISTANCE AND WITHIN A SHORT

14:05   14   TIME, WHICH RESULTS IN RELATIVELY SMALL SURFACES EXPOSED FOR A

14:05   15   VERY SHORT PERIOD OF TIME, .01 TO .1 SECONDS, TO VERY HIGH

14:05   16   IMPACT PRESSURES, UP TO 150 KPA; CORRECT, SIR?

14:05   17   **A.**   I DON'T KNOW WHERE YOU GOT YOUR FIGURES, AND I DON'T KNOW

14:05   18   WHAT "SHORT" MEANS TO YOU.

14:05   19   **Q.**   YOU WERE ASKED THIS QUESTION ABOUT WHETHER YOU AGREED WITH

14:05   20   THESE STATEMENTS FROM STANZACK'S DISSERTATION.

14:05   21   **A.**   REPEAT YOUR QUESTION, PLEASE, NOW THAT YOU HAVE IDENTIFIED

14:05   22   STANZACK AND HIS EXPERIMENTS.

14:06   23   **Q.**   IT WAS A LITTLE COMPLEX WITHOUT IDENTIFYING IT, WASN'T IT?

14:06   24   **A.**   YES, IT WAS.

14:06   25   **Q.**   TALKING ABOUT THESE FRONT-SIDE WAVES THAT ARE ATTACKING

| | | |
|---|---|---|
| 14:06 | 1 | THE FACE OF THE LEVEE:  "THE WAVE ENERGY IS DISSIPATED OVER A |
| 14:06 | 2 | SHORT DISTANCE AND WITHIN A SHORT TIME, WHICH RESULTS IN |
| 14:06 | 3 | RELATIVELY SMALL SURFACES EXPOSED FOR A VERY SHORT PERIOD OF |
| 14:06 | 4 | TIME, .01 TO .1 SECONDS."  CORRECT? |
| 14:06 | 5 | **A.**   IF THAT'S WHAT STANZACK SAYS, HE IS REFERRING TO THE LOCAL |
| 14:06 | 6 | IMPACT FROM THE COLLAPSING CREST OF A WAVE.  THERE ARE |
| 14:06 | 7 | SUBSEQUENT CYCLES, AS THE JUDGE POINTED OUT, ASSOCIATED WITH |
| 14:06 | 8 | RUN-UP AND THE RUN-DOWN.  SO THE ENERGY OF A WAVE ISN'T ZERO |
| 14:06 | 9 | AFTER THAT INITIAL IMPACT. |
| 14:07 | 10 | **Q.**   CONSEQUENTLY, THE ACTUAL LOADING TIME, .1 TO .01 SECONDS, |
| 14:07 | 11 | IS SMALL IN COMPARISON TO THE TIME PERIOD BETWEEN THE LOADS; |
| 14:07 | 12 | CORRECT? |
| 14:07 | 13 | **A.**   THAT IS CORRECT. |
| 14:07 | 14 | **Q.**   NOW, FOR SHEET FLOW, YOU'RE TALKING CONSTANT FLOW ACROSS |
| 14:07 | 15 | THE BROAD SURFACE? |
| 14:07 | 16 | **A.**   NOT NECESSARILY CONSTANT.  IT CAN BE CHANGING IN |
| 14:07 | 17 | DIRECTIONS AND STILL BE SHEET FLOW, AS I'VE DESCRIBED IT. |
| 14:07 | 18 | **Q.**   BUT MORE AGGRESSIVE THAN WAVES BECAUSE IT COVERS A BROADER |
| 14:07 | 19 | SURFACE AND IS MORE CONSTANT FORCE? |
| 14:07 | 20 | **A.**   THE WAVES ARE CAUSING THIS UPFLOW AND DOWNFLOW.  IF THE |
| 14:07 | 21 | WATER HAD NO WAVES, THERE WOULD BE NO UPFLOW AND DOWNFLOW. |
| 14:07 | 22 | **Q.**   LET'S COMPLETELY SEPARATE THE TWO.  MAKE IT WAVES AND MAKE |
| 14:07 | 23 | IT SURGE OVERTOPPING. |
| 14:08 | 24 | **A.**   GOT IT. |
| 14:08 | 25 | **Q.**   YOU HAVE GOT THIS ATTACK ON THE FRONT SIDE WITH WAVES -- |

14:08   1   **A.**   AND WE HAVE COME TO CALL THAT FRONT-TO-BACK BREACHING.

14:08   2   **Q.**   I'M JUST TALKING ABOUT THE ATTACK.

14:08   3   **A.**   THAT'S WHAT I'M TALKING ABOUT.

14:08   4   **Q.**   I'M NOT TALKING ABOUT WHETHER IT BREACHES OR NOT.  WE'RE

14:08   5   TALKING --

14:08   6          **THE COURT:**  WE ARE NOT IN THE CASTLE YET.  WE ARE

14:08   7   TRYING TO GET IN.

14:08   8   **BY MR. STONE:**

14:08   9   **Q.**   WHAT I EXPECTED YOU TO SAY, DR. BEA, IS THAT IT'S TRUE

14:08   10   THAT THESE FRONT-SIDE WAVES, BECAUSE OF THEIR PERIODIC NATURE

14:08   11   AND THE MOMENTARY IMPACT, ARE LESS AGGRESSIVE THAN SHEET FLOW

14:08   12   DOWN THE BACK OF THE LEVEE.  IS THAT FAIR TO SAY?

14:08   13   **A.**   WELL, YOU SAID A GENERALITY IS FOR ALL GENERALITIES

14:08   14   DESTINED TO BE WRONG.  THAT WILL DEPEND ON THE DEPTH OF THE

14:08   15   SHEET FLOW ON THE BACK SIDE, THE VELOCITIES, THE CONFIGURATION

14:09   16   OF THE STRUCTURE ON THE BACK SIDE AND SIMILARLY FOR THE FRONT

14:09   17   SIDE.

14:09   18   **Q.**   SO IF YOU HAD A VERY SMALL WAVE ON THE FRONT AND YOU HAD

14:09   19   SHEET FLOW ON THE BACK OF SUBSTANTIAL AMOUNT, YOU'RE LIKELY TO

14:09   20   HAVE A MUCH HIGHER DEGREE OF SHEET-FLOW EROSION THAN YOU WOULD

14:09   21   FRONT-SIDE EROSION; CORRECT?

14:09   22   **A.**   WE CALL THAT BACK-TO-FRONT, AND THAT'S CORRECT.

14:09   23   **Q.**   IF YOU HAD A VERY HUGE WAVE ON THE FRONT AND VERY LITTLE

14:09   24   SHEET FLOW ON THE BACK, THAT WOULD BE A MORE AGGRESSIVE ATTACK

14:09   25   ON THE FRONT THAN ON THE BACK?

| | | |
|---|---|---|
| 14:09 | 1 | **A.**   RIGHT.  AND MR. EBERSOLE, IN HIS EXPERT REPORT, SHOWS SOME |
| 14:09 | 2 | CLASSIC ILLUSTRATIONS OF BOTH THE FRONT-TO-BACK AND THE |
| 14:09 | 3 | BACK-TO-FRONT. |
| 14:09 | 4 | **Q.**   I REMEMBER ONE OF THOSE, I THINK, SOUTH OF BAYOU DUPRE, A |
| 14:09 | 5 | 19-FOOT LEVEE; CORRECT, SIR? |
| 14:09 | 6 | **A.**   I CAN'T DO THE MIND MELD WITH YOU, SO I'M NOT SURE I KNOW |
| 14:10 | 7 | WHICH ONE YOU'RE REFERRING TO. |
| 14:10 | 8 | **Q.**   THE HIGHER THE LEVEE -- |
| 14:10 | 9 | **THE COURT:**  WE NEED LEONARD NIMOY. |
| 14:10 | 10 | **BY MR. STONE:** |
| 14:10 | 11 | **Q.**   THE HIGHER THE LEVEE, THE LONGER THE FRONT-SIDE WAVE |
| 14:10 | 12 | ATTACK, ALL THINGS BEING EQUAL; CORRECT, SIR? |
| 14:10 | 13 | **A.**   CORRECT. |
| 14:10 | 14 | **Q.**   OKAY.  I THINK DR. EBERSOLE SHOWS A PICTURE DOWN SOUTH OF |
| 14:10 | 15 | BAYOU BIENVENUE WHERE THERE'S CRENELLATION AT THE TOP OF A |
| 14:10 | 16 | 19-FOOT LEVEE.  DO YOU REMEMBER THAT PHOTOGRAPH? |
| 14:10 | 17 | **A.**   I CAN'T REMEMBER THE ELEVATION FOR THAT ILLUSTRATION. |
| 14:10 | 18 | **THE COURT:**  YOU DON'T HAVE THAT ONE, DO YOU? |
| 14:10 | 19 | **MR. STONE:**  YES, WE DO, YOUR HONOR. |
| 14:10 | 20 | **THE COURT:**  I DON'T WANT TO DISRUPT YOUR EXAM IF YOU |
| 14:10 | 21 | DON'T WANT TO SHOW THAT. |
| 14:10 | 22 | **MR. STONE:**  WE CAN BRING THAT UP. |
| 14:10 | 23 | **THE COURT:**  I DON'T CARE. |
| 14:10 | 24 | **THE WITNESS:**  MR. EBERSOLE HAD SIX IN HIS POWERPOINT |
| 14:10 | 25 | PRESENTATION.  THEY WERE SHOWING THE FRONT-TO-BACK CRENELLATION |

| | | |
|---|---|---|
| 14:10 | 1 | PROCESS.  SO I DON'T RECALL WHICH ONE OF THE SIX YOU'RE |
| 14:10 | 2 | REFERRING TO. |
| 14:10 | 3 | **BY MR. STONE:** |
| 14:11 | 4 | Q.   OUT OF ALL THE WORK YOU'VE DONE IN THIS CASE IN ANALYZING |
| 14:11 | 5 | FRONT-SIDE WAVE ATTACK AND TRYING TO DETERMINE WHETHER THESE |
| 14:11 | 6 | LEVEES WERE FAILED DUE TO FRONT-SIDE WAVE ATTACK, IS IT FAIR TO |
| 14:11 | 7 | SAY -- BIG QUESTION.  IS IT FAIR TO SAY THIS IS THE BOTTOM |
| 14:11 | 8 | LINE?  THIS IS FROM PAGE 134 OF YOUR DECLARATION 1 OF |
| 14:11 | 9 | JULY 2008, PARAGRAPH 111. |
| 14:12 | 10 | I'M SORRY.  I'M ON THE WRONG PAGE.  IT'S PAGE 134, |
| 14:12 | 11 | AND THE EXHIBIT NUMBER IS DX-0451.  PAGE 134, PARAGRAPH 114: |
| 14:12 | 12 | "ALL OF THE PARAMETRIC ANALYSES" -- AND DOES THAT |
| 14:12 | 13 | MEAN SCENARIO 1, SCENARIO 2, 3, 7, WHATEVER, ALL PARAMETRIC |
| 14:12 | 14 | ANALYSES THAT HAVE BEEN DONE? |
| 14:12 | 15 | A.   CORRECT. |
| 14:12 | 16 | Q.   -- "CONFIRM THAT LEVEES CONSTRUCTED OF GOOD MATERIALS, |
| 14:12 | 17 | COHESIVE, COMPACTED, WITH LOW ERODIBILITY, WOULD HAVE PERFORMED |
| 14:12 | 18 | SIGNIFICANTLY BETTER THAN ONE CONSTRUCTED OF HIGH ERODIBILITY |
| 14:12 | 19 | MATERIALS." |
| 14:12 | 20 | A.   AMEN. |
| 14:12 | 21 | Q.   "SUBJECTED TO THE SAME FRONT-SIDE WAVE ATTACKS, THE LEVEE |
| 14:12 | 22 | WITH GOOD MATERIALS WOULD HAVE EXPERIENCED INSIGNIFICANT |
| 14:12 | 23 | FRONT-SIDE EROSION." |
| 14:12 | 24 | A.   AMEN. |
| 14:13 | 25 | Q.   SO YOUR CONCLUSION, THEN, OUT OF THIS IS THAT THE LEVEES |

| | | |
|---|---|---|
| 14:13 | 1 | THAT FAILED DUE TO FRONT-SIDE ATTACK WEREN'T MADE OF GOOD |
| 14:13 | 2 | MATERIALS? |
| 14:13 | 3 | **A.**   NOT AT ALL, BECAUSE THE PERFORMANCE IS A FUNCTION OF THE |
| 14:13 | 4 | GEOMETRY OF THE SYSTEM AND THE NATURE OF THE ATTACK ON THIS -- |
| 14:13 | 5 | HYDRAULIC ATTACK ON THE SYSTEM.  SO YOU CAN'T PULL ONE THING |
| 14:13 | 6 | OUT OF THIS COMPLEX GUMBO AND EXPECT TO UNDERSTAND THE GUMBO. |
| 14:13 | 7 | **Q.**   I THOUGHT YOU TOOK CARE OF THAT WHEN YOU SAID "COHESIVE, |
| 14:13 | 8 | COMPACTED MATERIALS." |
| 14:13 | 9 | **A.**   THAT'S WHERE THE GEOMETRY OF THE STRUCTURES THAT WE |
| 14:13 | 10 | STUDIED -- WE STUDIED TWO GEOMETRIES.  ONE WAS AN ACTUAL ONE AT |
| 14:13 | 11 | THE STUDY SITE; AND THE OTHER ONE WAS THE INTENDED ONE, WITH |
| 14:13 | 12 | THIS ELEVATION OF 17 1/2 FEET.  THE ONE THAT WE STUDIED HAD AN |
| 14:14 | 13 | ELEVATION OF 16 FEET.  THE ELEVATION INFLUENCES THE PERFORMANCE |
| 14:14 | 14 | OF THE SYSTEM.  SO IT'S NOT JUST A SOILS ISSUE. |
| 14:14 | 15 | **Q.**   I THOUGHT YOU TOOK CARE OF THAT IN YOUR "ALL PARAMETRIC |
| 14:14 | 16 | ANALYSES"? |
| 14:14 | 17 | **A.**   I WOULD HAVE TO SEE IF WE ARE REFERRING TO ALL PARAMETRIC |
| 14:14 | 18 | ANALYSES THAT WE PERFORMED OR IF THIS A SUBCLASS OF THOSE |
| 14:14 | 19 | PARAMETRIC ANALYSES. |
| 14:14 | 20 | **THE COURT:**  LET ME SAY, WITHOUT COMMENTING ON THE |
| 14:14 | 21 | LEGAL ISSUE INVOLVED HERE, WHICH IS EVIDENT TO THE COURT, IT IS |
| 14:14 | 22 | CLEAR TO THE COURT IF THE BEST MATERIALS IN THE WORLD WERE |
| 14:15 | 23 | UTILIZED ON THE STRUCTURES THAT THERE WOULD HAVE BEEN LESS -- |
| 14:15 | 24 | THE COURT MAY BE WRONG ABOUT THIS, BUT THIS IS WHAT THE COURT |
| 14:15 | 25 | THINKS.  THERE WOULD BE LESS FRONT-SIDE EROSION THAN THE ACTUAL |

14:15   1   MATERIAL USED.  THAT'S MY UNDERSTANDING.  IF I'M WRONG ABOUT

14:15   2   THAT, I'M EXPECTING SOMEONE TO ENLIGHTEN ME.

14:15   3          **THE WITNESS:**  THE WAY TO CONFIRM THAT IS THE REACH 2

14:15   4   TAKES A TURN HEADED TO VERRETT.  THOSE WERE THE SAME MATERIALS,

14:15   5   SUBJECTED TO THE SAME STORM, ONLY ONE HAD WAVES AND THE OTHER

14:15   6   HAD NO WAVES.  THE ONE WITH NO WAVES SURVIVED BEAUTIFULLY.

14:15   7          **THE COURT:**  THE COURT UNDERSTANDS THE TESTIMONY AND

14:15   8   UNDERSTANDS ITS TASK.  I'M SURE WE WILL BE GETTING BRIEFS ON

14:15   9   BOTH SIDES ABOUT HOW 702C APPLIES HERE OR NOT.

14:16   10          **MR. STONE:**  MAY I HAVE A SECOND, YOUR HONOR?

14:16   11          **THE COURT:**  YOU MAY.

14:17   12   **BY MR. STONE:**

14:17   13   **Q.**   THIS MORNING COUNSEL PROVIDED THE COURT A LIST OF

14:17   14   ALTERNATE PARAMETRIC STUDIES.

14:17   15   **A.**   CORRECT.

14:17   16   **Q.**   THERE ARE SEVERAL OF THEM HERE.  I LOOK AT THAT AND I LOOK

14:17   17   HERE AND I SEE THAT YOU SAY "ALL OF THE PARAMETRIC ANALYSES."

14:17   18   THAT INCLUDES ALL OF THESE; RIGHT?

14:17   19   **A.**   THAT'S CORRECT.

14:17   20   **Q.**   SO THAT APPLIES TO ALL OF THE PARAMETRIC ANALYSES.  ALL OF

14:17   21   THESE ARE RELATED TO TRYING TO SEPARATE OUT MRGO; CORRECT?

14:18   22   TRYING TO SEPARATE OUT THE BENEFITS OR DETRIMENT OF THE MRGO?

14:18   23   **A.**   NO, THAT'S NOT CORRECT.  THE BASELINE WORK WAS DONE NOT

14:18   24   ASKING QUESTIONS ABOUT THE CONTRIBUTIONS OF THE MRGO.  WE

14:18   25   TREATED THE ENVIRONMENT AS EXISTED THAT MORNING OF AUGUST 29,

```
14:18    1   2005.
14:18    2            SO THE FIRST STEP IN THE FORENSIC ENGINEERING IS TO
14:18    3   UNDERSTAND HOW THE SYSTEM AS IT EXISTED PERFORMED.  THE STUDIES
14:18    4   DONE SUBSEQUENT TO THAT CALLED SCENARIO 1 WERE INTENDED TO
14:18    5   UNDERSTAND WHY THE SYSTEM PERFORMED IN THE MANNER IT DID.
14:18    6   Q.   I SEE THAT, SIR.  I BELIEVE I DO.  BUT EVERYTHING ELSE
14:19    7   SAYS "NO MRGO" OR "MRGO CHANNEL AS DESIGNED" OR "MRGO CHANNEL
14:19    8   AS DESIGNED."  SO, FOR EVERYTHING ELSE, YOU ARE DEALING WITH A
14:19    9   DIFFERENT SCENARIO RELATED TO MRGO; CORRECT?
14:19   10   A.   THAT'S CORRECT, AFTER NO. 1.
14:19   11   Q.   THIS PARAGRAPH ON PAGE 134 TELLS THE COURT AND EVERYONE
14:19   12   THAT THE DIFFERENCE IS THE ERODIBILITY OF THE MATERIALS IN THE
14:19   13   LEVEES?
14:19   14   A.   THAT'S FOR THE BREACHING OF THE SOIL PORTION OF THE
14:19   15   LEVEES.  THE BREACHING TIME FRAME, IF YOU WISH, THE FIRST PHASE
14:19   16   IS ASSOCIATED WITH REMOVAL OF THE SURFACE FOR THE LEVEE.  IF IT
14:19   17   HAS GRASS, THAT WOULD BE CALLED GRASS *FAILURE* OR *LIFTOFF*.
14:19   18            TIME FRAME 2 IS THE DAMAGE DONE TO THE LEVEE DURING
14:20   19   THE FRONT-TO-BACK ATTACK.
14:20   20            TIME FRAME 3 IS REMOVAL OF THE BACK-SURFACE DEFENSE.
14:20   21            TIME FRAME 4 IS THE BACK-TO-FRONT PERIOD.
14:20   22            SO WE HAVE TO STEP THROUGH ALL FOUR OF THOSE TIME
14:20   23   PERIODS TO ARRIVE AT THE UNDERSTANDING OF THE BREACHING
14:20   24   MECHANICS.  YOU ARE SEEING THE RESULTS OF THE SOIL TIME
14:20   25   FRAME 2.
```

14:20    1  **Q.**   ULTIMATELY, YOU CONCLUDE THAT, "SUBJECTED TO THE SAME

14:20    2  FRONT-SIDE WAVE ATTACKS, THE LEVEE WITH GOOD MATERIALS WOULD

14:20    3  HAVE EXPERIENCED INSIGNIFICANT FRONT-SIDE EROSION."

14:20    4  **A.**   THAT'S CORRECT.

14:20    5          **MR. STONE:**  THIS IS GOING TO TAKE SOME STRUCTURE,

14:20    6  YOUR HONOR, BECAUSE I WANT TO TALK TO THE WITNESS ABOUT HIS

14:20    7  FLOOD-SIDE WAVE-INDUCED EROSION MODEL, AND IT HAS ABOUT SIX

14:21    8  PARTS.

14:21    9          **THE COURT:**  ALL RIGHT.

14:21   10  **BY MR. STONE:**

14:21   11  **Q.**   DR. BEA, LET'S SEE IF I CAN DEFINE YOUR FLOOD-SIDE

14:21   12  WAVE-INDUCED EROSION MODEL.

14:21   13          NUMBER 1, YOU NEED TO DEFINE THE GEOMETRIC

14:21   14  CONFIGURATION OF THE CONTROL STRUCTURE.

14:21   15  **A.**   CORRECT.

14:21   16  **Q.**   BASICALLY, YOU ARE TALKING ABOUT THE LEVEE?

14:21   17  **A.**   AND WHAT'S AROUND IT.

14:21   18  **Q.**   SO WOULD YOU EXPLAIN WHAT THAT MEANS, THE GEOMETRIC

14:21   19  CONFIGURATION, PLEASE.

14:21   20  **A.**   IT WOULD MEAN THE GEOMETRIC CONFIGURATION OF THE LEVEE

14:21   21  ITSELF, THE FRONTING BERM, ANY VEGETATION THAT IS ASSOCIATED

14:21   22  WITH THE FLUID ATTACK ON THE LEVEE.

14:21   23  **Q.**   THE SECOND PART:  DEFINE THE HYDRODYNAMICS.  THAT'S

14:22   24  SIGNIFICANT WAVE HEIGHT, WAVE PERIOD, WAVE DIRECTION, STORM

14:22   25  SURGE, ALL DURING THE HURRICANE; CORRECT?

FINAL DAILY COPY

14:22    1    **A.**   YES, SIR.

14:22    2    **Q.**   NUMBER 3:  CHARACTERIZE THE GRASS COVER.

14:22    3    **A.**   YES.

14:22    4    **Q.**   THERE'S, ESSENTIALLY, MAINLY A TWO-PART ISSUE WITH THAT:

14:22    5    WHAT KIND OF GRASS DO YOU HAVE; HOW LONG DOES IT TAKE IT TO

14:22    6    LIFT OFF DURING AN ATTACK FROM A WAVE EITHER ON THE FRONT SIDE

14:22    7    OR THE BACK SIDE.  CORRECT?

14:22    8    **A.**   AS LONG AS YOU UNDERSTAND THAT IT'S MORE THAN JUST IF IT'S

14:22    9    BERMUDA GRASS OR RYE GRASS.  THE SUBSTRATE THAT THE GRASS IS

14:22    10   ROOTED IN IS IMPORTANT IN THAT PICTURE.

14:22    11   **Q.**   NUMBER 4:  CHARACTERIZE THE ERODIBILITY OF THE SOILS.

14:22    12   THAT DEPENDS ON HAVING A REPRESENTATIVE SAMPLE, DOESN'T IT,

14:23    13   SIR?

14:23    14   **A.**   YES, IT DOES.

14:23    15   **Q.**   NUMBER 5:  ANALYZE THE RUSH-UP, RUSH-DOWN, WAVE-INDUCED

14:23    16   SHEAR VELOCITIES ON THE FLOOD-SIDE FACE USING LS-DYNA.

14:23    17             **THE COURT:**  WHICH IS A COMPUTER PROGRAM, YOUR HONOR.

14:23    18             **MR. STONE:**  CAN I PAUSE THERE A MINUTE AND LET'S TALK

14:23    19   ABOUT LS-DYNA?

14:23    20             **THE COURT:**  YOU CERTAINLY MAY.

14:23    21   **BY MR. STONE:**

14:23    22   **Q.**   I HAVE AN EXAMPLE FROM *POPULAR MECHANICS*.  ALL RIGHT.

14:23    23   WHEN I FIRST LEARNED OF LS-DYNA, I HEARD IT WAS USED IN THE

14:23    24   AUTOMOBILE INDUSTRY.

14:23    25             **THE COURT:**  FOR THE COURT REPORTER -- SHE MAY HAVE

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:23 | 1 | THIS GLOSSARY ALREADY, BUT WOULD YOU MIND GIVING THE ACRONYM AS |
| 14:23 | 2 | IT IS. |
| 14:23 | 3 | **MR. STONE:**  IT'S L-S-D-Y-N-A.  I DON'T KNOW WHAT IT |
| 14:23 | 4 | MEANS. |
| 14:23 | 5 | **THE WITNESS:**  IT'S A SOPHISTICATED THREE-DIMENSIONAL |
| 14:23 | 6 | FINITE-ELEMENT COMPUTER PROGRAM USED TO ANALYZE THE FAILURE OF |
| 14:24 | 7 | THE WORLD TRADE CENTERS. |
| 14:24 | 8 | BY MR. STONE: |
| 14:24 | 9 | Q.   STILL COMPLEX, BUT A MUCH MORE SIMPLE VERSION WAS USED IN |
| 14:24 | 10 | THE AUTOMOBILE INDUSTRY.  YOU HAVE A FENDER.  YOU KNOW THE |
| 14:24 | 11 | GEOMETRY OF THE FENDER.  YOU KNOW THE STRUCTURE.  YOU KNOW THE |
| 14:24 | 12 | MATERIALS IT'S MADE OF.  YOU KNOW THE SPEED THAT IT'S MOVING |
| 14:24 | 13 | AT.  YOU KNOW EVERYTHING YOU NEED TO KNOW TO PUT THAT IN PLACE |
| 14:24 | 14 | IN TIME AND KNOW WHAT'S THERE.  THEN YOU'RE GOING TO HIT THAT |
| 14:24 | 15 | FENDER WITH ANOTHER FENDER, AND YOU KNOW THE SAME THINGS ABOUT |
| 14:24 | 16 | THE SECOND FENDER; RIGHT? |
| 14:24 | 17 | WELL, IF YOU HAVE THE COLLISION, YOUR LS-DYNA PROGRAM |
| 14:24 | 18 | SHOULD PREDICT THE DAMAGE TO BE DONE TO THE PARTICULAR FENDER |
| 14:24 | 19 | YOU'RE ANALYZING.  IS THIS A BASIC UNDERSTANDING OF THE WAY |
| 14:24 | 20 | LS-DYNA WORKS? |
| 14:25 | 21 | A.   LSDYNA IS A WAY TO, IN YOUR ANALOGY HYPOTHETICAL, COMPUTE |
| 14:25 | 22 | DAMAGE TO A PART OF AN AUTOMOBILE.  SO YOU NEED TO KNOW THE |
| 14:25 | 23 | CHARACTERISTICS OF THE BODIES THAT ARE COLLIDING, LIKE JUST AS |
| 14:25 | 24 | YOU HAVE STEPPED THROUGH FOR THIS LEVEE EXAMPLE TO THIS POINT. |
| 14:25 | 25 | YOU HAVE TO KNOW HOW FAST THEY ARE MOVING AND ALL THOSE |

| | | |
|---|---|---|
| 14:25 | 1 | CHARACTERISTICS.  AT THAT POINT, YOU CAN MODEL A CRASH. |
| 14:25 | 2 | **THE COURT:**  MAY I ASK YOU THIS?  THIS IS SIMPLE |
| 14:25 | 3 | CURIOSITY.  BEFORE COMPUTERS, IF ONE WERE TO ATTEMPT TO DO THIS |
| 14:25 | 4 | USING PHYSICS, MATHEMATICS, CHEMISTRY, AND METALLURGY, OR |
| 14:25 | 5 | WHATEVER ELSE YOU WOULD NEED, IT WOULD JUST TAKE A LOT LONGER, |
| 14:25 | 6 | BUT COULD THAT HAVE BEEN DONE USING THOSE DISCIPLINES? |
| 14:25 | 7 | **THE WITNESS:**  THAT'S HOW WE HAD TO DO IT WHEN I CAME |
| 14:26 | 8 | TO THE BUSINESS.  I WILL NOT TRUST A COMPUTER IF I CAN'T WORK |
| 14:26 | 9 | IT BY HAND.  I CALL THEM "HAND JOBS." |
| 14:26 | 10 | **BY MR. STONE:** |
| 14:26 | 11 | **Q.**   ONCE YOU HAVE THIS COLLISION AND YOUR COMPUTER MODEL TELLS |
| 14:26 | 12 | YOU HOW THAT FENDER IS GOING TO BE DEFORMED, THEN YOU CAN GO |
| 14:26 | 13 | INTO THE LABORATORY OR OUT INTO THE FIELD AND YOU CAN TRY TO |
| 14:26 | 14 | DUPLICATE THE COLLISION? |
| 14:26 | 15 | **A.**   USUALLY, I DO IT THE OTHER WAY.  I RUN AN EXPERIMENT AND I |
| 14:26 | 16 | DEVELOP A COMPUTER MODEL THAT WILL REPLICATE THE EXPERIMENT. |
| 14:26 | 17 | AT THAT POINT I HAVE GOT A CHANCE OF GENERALIZING THE |
| 14:26 | 18 | APPLICATION.  NO COMPUTER PROGRAMMER MODEL SHOULD BE DEVELOPED |
| 14:26 | 19 | BEFORE THE EXPERIMENTS ARE BROUGHT TO THE SURFACE. |
| 14:27 | 20 | **Q.**   DOING IT YOUR WAY, IF YOU DECIDE, THEN, THAT YOU WANT TO |
| 14:27 | 21 | COLLIDE AGAINST THIS DEFORMED FENDER AGAIN AND SEE WHAT WILL |
| 14:27 | 22 | HAPPEN, YOU HAVE TO PUT THE NEW FENDER GEOMETRY INTO YOUR |
| 14:27 | 23 | PROGRAM, DON'T YOU?  YOU HAVE GOT A DAMAGED FENDER NOW, AND |
| 14:27 | 24 | YOU'RE GOING TO HIT IT AGAIN AND SEE WHAT DAMAGE IT DOES THE |
| 14:27 | 25 | SECOND TIME; CORRECT? |

| | | |
|---|---|---|
| 14:27 | 1 | **A.**   SURE.   SURE.   IT'S ACCUMULATION OF DAMAGE.   IN THIS CASE |
| 14:27 | 2 | YOU ARE TRYING TO FOLLOW THE GEOMETRY OF THE CRUMPLED FENDER. |
| 14:27 | 3 | IN THE CASE OF THE CUMULATIVE DAMAGE ON THE EARTHEN PROTECTION |
| 14:27 | 4 | STRUCTURE, WE ARE NOT TRYING TO DO THAT AT ALL.   IT'S TOO |
| 14:27 | 5 | COMPLEX. |
| 14:27 | 6 | **Q.**   FOR THE FRONT-SIDE WAVE ATTACK -- |
| 14:27 | 7 | **A.**   YES, SIR. |
| 14:27 | 8 | **Q.**   I DIDN'T WANT TO GET INTO THE DETAILS YET, BUT LET'S DO |
| 14:27 | 9 | THAT RIGHT NOW.   I MEAN, FOR THE FRONT-SIDE WAVE ATTACK, THEN, |
| 14:27 | 10 | YOU DO NOT PUT IN THE NEW GEOMETRY AFTER YOU HAVE HAD THE FIRST |
| 14:28 | 11 | WAVE COLLISION WITH THE LEVEE SURFACE; CORRECT? |
| 14:28 | 12 | **A.**   THAT'S CORRECT.   THAT'S BECAUSE WE ARE USING A FATIGUE |
| 14:28 | 13 | DAMAGE ACCUMULATION APPROACH, MUCH AS IS USED IN COMMERCIAL |
| 14:28 | 14 | AVIATION, WHERE YOU DON'T TRACK THE LOCAL FEATURE; YOU TRACK |
| 14:28 | 15 | THE GENERAL PROGRESSION OF THE DAMAGE THROUGH THE MATERIAL |
| 14:28 | 16 | YOU'RE CONCERNED WITH.   IT'S CALLED FATIGUE DAMAGE MECHANICS. |
| 14:28 | 17 | **Q.**   STEP 6:   COMBINE THE ABOVE STEPS TO CALCULATE LATERAL |
| 14:28 | 18 | EROSION.   THIS IS CALLED THE CUMULATIVE DAMAGE STEP? |
| 14:28 | 19 | **A.**   YES, SIR.   PERFECT. |
| 14:29 | 20 | **Q.**   BEFORE WE GO BACK TO THIS, I WOULD LIKE TO START WITH SOME |
| 14:29 | 21 | OF YOUR CONCLUSIONS BEFORE WE DEVELOP YOUR MODELS AND DEAL WITH |
| 14:29 | 22 | YOUR CALCULATIONS AND EVERYTHING, AS MUCH AS WE CAN.   LET ME |
| 14:29 | 23 | TAKE YOU TO EXHIBIT DX-0207, PAGE 92.   THAT'S YOUR DECLARATION |
| 14:30 | 24 | OF JANUARY 29, 2009. |
| 14:30 | 25 | **A.**   YES, SIR. |

14:30    1    **Q.**   IN THIS REPORT, YOU STATE AT PARAGRAPH 139 -- AND WE'LL

14:30    2    TAKE A LOOK AT IT WHEN IT GETS UP -- PAGE 92.

14:30    3            THE SECOND FULL SENTENCE, DO YOU SEE THAT THAT STATES

14:30    4    FROM YOUR REPORT, "BOTH DEFENSE AND PLAINTIFFS' EXPERTS AGREE

14:30    5    THAT NO EROSION OCCURS WITH THE STORM SURGE BELOW AN ELEVATION

14:30    6    OF +13 FEET"?

14:30    7    **A.**   THAT'S THE GENERAL OBSERVATION WE DRAW.

14:31    8    **Q.**   THEN LET'S MOVE TO PAGE 100.  FIGURE 34 HERE SHOWS A RED

14:31    9    LINE, AND BENEATH THAT RED LINE THERE'S A CAPTION THAT SAYS:

14:31    10   "INSUFFICIENT WATER DEPTH FOR EROSION."  CORRECT, SIR?

14:31    11   **A.**   THAT'S CORRECT.

14:31    12   **Q.**   NOW, THAT'S AN IMPORTANT CONCLUSION IN THIS CASE, ISN'T

14:31    13   IT, BECAUSE IT LIMITS --

14:31    14   **A.**   IT'S A GENERALITY.

14:31    15   **Q.**   IT KIND OF GIVES US A GENERAL BOTTOM LEVEL FOR EROSION?

14:31    16   **A.**   NO, NOT A BOTTOM LEVEL.  A GENERALITY FOR THE REACH 2

14:31    17   PERFORMANCE.  THOSE ARE DIFFERENT THINGS.

14:31    18   **Q.**   SO YOU USED YOUR TEST SITE TO -- NO.  ACTUALLY, YOU READ

14:31    19   THE DEFENSE REPORTS.  YOU CONCLUDED YOU AGREED WITH THEM.  THEN

14:32    20   AS OF JANUARY 29 OF THIS YEAR, YOU CONCLUDED THAT THIS WAS AN

14:32    21   ACCURATE STATEMENT ON YOUR PART?

14:32    22   **A.**   FOR THE ENTIRE REACH 2 PERFORMANCE.

14:32    23   **Q.**   LET'S LOOK AT THE SAME EXHIBIT, WHICH IS DX-0207, AND WE

14:32    24   ARE GOING NOW TO TECHNICAL REPORT 2, PAGE 55.

14:32    25            **THE COURT:**  WHAT WAS THE NUMBER OF THE TECHNICAL

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:32 | 1 | REPORT? |
| 14:32 | 2 | **MR. STONE:**  THE EXPERT REPORT OF JANUARY 29. |
| 14:33 | 3 | **THE WITNESS:**  TECHNICAL REPORT OR DECLARATION? |
| 14:33 | 4 | **MR. STONE:**  DECLARATION.  IT'S JX-0207. |
| 14:33 | 5 | **THE COURT:**  HOLD ON ONE SECOND.  TECHNICAL REPORT 1? |
| 14:33 | 6 | I DIDN'T GET IT.  TECHNICAL REPORT 1?  I'M SORRY. |
| 14:33 | 7 | **MR. STONE:**  I'M SORRY, YOUR HONOR.  IT'S THE EXPERT |
| 14:33 | 8 | REPORT OF JANUARY 29, 2009.  IT'S TECHNICAL REPORT 2. |
| 14:33 | 9 | **THE COURT:**  NUMBER 2.  THANK YOU. |
| 14:33 | 10 | **MR. STEVENS:**  YOUR HONOR, IF WE COULD, FOR CONTEXT, |
| 14:33 | 11 | WHEN WE ARE CALLING UP LITTLE SECTIONS OF IT, IF HE COULD LET |
| 14:33 | 12 | THE WITNESS AT LEAST GET A COPY OF IT IN FRONT OF HIM.  I THINK |
| 14:33 | 13 | DR. BEA HAS HIS COMPUTER.  IT WOULDN'T TAKE BUT A SECOND. |
| 14:33 | 14 | **THE COURT:**  SURE. |
| 14:33 | 15 | **THE WITNESS:**  IT'S THE VALIDATION STUDY? |
| 14:33 | 16 | **MR. STONE:**  YES, SIR. |
| 14:33 | 17 | **THE WITNESS:**  THANK YOU.  GOT IT. |
| 14:33 | 18 | **BY MR. STONE:** |
| 14:34 | 19 | **Q.**   NOW, THIS VALIDATION STUDY WAS PERFORMED ANALYZING |
| 14:34 | 20 | SCENARIO 1; CORRECT? |
| 14:34 | 21 | **A.**  NO.  WE, IN THE VALIDATION STUDY, VALIDATED WITH |
| 14:34 | 22 | LABORATORY TEST RESULTS, INCLUDING THOSE FROM STEVEN HUGHES, |
| 14:34 | 23 | U.S. ARMY CORPS OF ENGINEERS, VICKSBURG.  WE CALIBRATED WITH |
| 14:34 | 24 | FIELD PERFORMANCE, INCLUDING HURRICANE GUSTAV AND HURRICANE |
| 14:34 | 25 | KATRINA.  WE CALIBRATED WITH OTHER ACCEPTED-IN-PRACTICE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:34 | 1 | ANALYTICAL MODELS THAT FAR TRANSCENDED CALIBRATION WITH |
| 14:34 | 2 | KATRINA.  YOU CAN'T CALIBRATE A GENERAL MODEL WITH ONE POINT. |
| 14:34 | 3 | **Q.**   I'M STICKING WITH YOUR CONCLUSIONS NOW.  WE'LL TALK ABOUT |
| 14:35 | 4 | VALIDATION AND CALIBRATION LATER IF WE NEED TO, DR. BEA. |
| 14:35 | 5 | **A.**   YES, SIR. |
| 14:35 | 6 | **Q.**   PAGE 55, HERE YOU SPECIFICALLY SAY -- |
| 14:35 | 7 | **THE COURT:**  ARE WE STILL ON TECHNICAL REPORT 2? |
| 14:35 | 8 | **MR. STONE:**  YES, YOUR HONOR, SECOND SENTENCE.  IT |
| 14:35 | 9 | GOES OVER TO THE NEXT PAGE. |
| 14:35 | 10 | **BY MR. STONE:** |
| 14:35 | 11 | **Q.**   "FOR AN EBSB WITH POOR GRASS DENSITY AND SANDY, HIGHLY |
| 14:35 | 12 | ERODIBLE, SUBSTRATE, THE ESTIMATED TIME TO FAILURE VIA THE |
| 14:35 | 13 | WAVE-INDUCED EROSION METHOD WAS DETERMINED TO BE ABOUT ONE HOUR |
| 14:35 | 14 | FOR EROSION OF THE TURF COVER AND THEN ANOTHER 30 MINUTES FOR |
| 14:35 | 15 | BREACH OF THE SAND CORE."  CORRECT? |
| 14:35 | 16 | **A.**   CORRECT. |
| 14:35 | 17 | **Q.**   OKAY.  SO THAT SEEMS TO GIVE US ANOTHER BENCHMARK. |
| 14:35 | 18 | **A.**   YES. |
| 14:35 | 19 | **Q.**   THAT IF YOU'RE LOOKING AT POOR GRASS AND SANDY CONDITIONS, |
| 14:35 | 20 | WHICH IS PROBABLY THE LOWEST LEVEL OF CONDITIONS WE ARE TALKING |
| 14:36 | 21 | ABOUT IN YOUR STUDIES HERE -- |
| 14:36 | 22 | **A.**   RIGHT. |
| 14:36 | 23 | **Q.**   -- THEN IT TAKES AN HOUR FOR GRASS LIFTOFF? |
| 14:36 | 24 | **A.**   CORRECT. |
| 14:36 | 25 | **THE COURT:**  YOU SAID "FOR GRASS LIFTOFF"? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:36 | 1 | **THE WITNESS:** FAILURE. |
| 14:36 | 2 | **BY THE COURT:** |
| 14:36 | 3 | **Q.** DR. BEA, DOES THAT MEAN THE GRASS HAS TO COME OFF BEFORE |
| 14:36 | 4 | EROSION STARTS TO OCCUR TO THE SURFACE OF THE LEVEE? |
| 14:36 | 5 | **A.** PRECISELY. IF THE GRASS ISN'T THERE, YOU START THAT |
| 14:36 | 6 | PROCESS IMMEDIATELY. |
| 14:36 | 7 | **MR. STONE:** I LOST MY SLIDES, YOUR HONOR, IF YOU |
| 14:36 | 8 | WOULD BEAR WITH ME JUST A SECOND, PLEASE. |
| 14:36 | 9 | **THE COURT:** YOU'RE DOING FINE. IT'S A LOT TO KEEP UP |
| 14:36 | 10 | WITH, SIR. |
| 14:36 | 11 | **BY MR. STONE:** |
| 14:36 | 12 | **Q.** LET'S GO BACK TO SLIDE 12 FROM FRIDAY. SO THIS IS A |
| 14:37 | 13 | 16-FOOT LEVEE YOU ARE USING AS YOUR TEST SITE, SIR? |
| 14:37 | 14 | **A.** YES, SIR. THAT'S THE INITIAL TEST SITE. WE LATER DID SIX |
| 14:37 | 15 | MORE. |
| 14:37 | 16 | **Q.** SO THE SURGE LEVEL OF 13 FEET IS -- THAT WOULD BE ABOUT |
| 14:37 | 17 | RIGHT THERE? |
| 14:37 | 18 | **A.** THAT'S CORRECT. |
| 14:37 | 19 | **Q.** THAT IS 3 FEET BELOW THE -- YOU HAVE 3 FEET THERE ABOVE |
| 14:37 | 20 | THE SURGE LEVEL OF 13 FEET FOR THE LEVEE TO ERODE IN? |
| 14:37 | 21 | **THE COURT:** YOU MEAN THE LEVEE AS DESIGNED? |
| 14:37 | 22 | **MR. STONE:** NO. AS IT STANDS ON THE DAY OF KATRINA. |
| 14:37 | 23 | **THE COURT:** THAT'S YOUR UNDERSTANDING OF WHAT THE RED |
| 14:38 | 24 | LINE IS? |
| 14:38 | 25 | **MR. STONE:** NO. THAT'S THE TARGET ELEVATION. |

| | | |
|---|---|---|
| 14:38 | 1 | **THE COURT:** THAT'S WHY I'M A LITTLE CONFUSED.  SO |
| 14:38 | 2 | YOU'RE TALKING ABOUT THE 15 FEET? |
| 14:38 | 3 | **MR. STONE:** THE ELEVATION IS 16. |
| 14:38 | 4 | **THE COURT:** 16.  OKAY. |
| 14:38 | 5 | **THE WITNESS:** THAT'S CORRECT. |
| 14:38 | 6 | **MR. STONE:** WE HAVE NO EROSION BELOW 13 FEET. |
| 14:38 | 7 | **THE COURT:** RIGHT.  I UNDERSTAND. |
| 14:38 | 8 | **MR. STONE:** SO I JUST WANT TO EXPLORE THIS WITH |
| 14:38 | 9 | DR. BEA AS CONCLUSIONS FROM HIS MODELS AND EVERYTHING AND SEE |
| 14:38 | 10 | IF WE CAN UNDERSTAND A BIT ABOUT -- |
| 14:38 | 11 | **THE COURT:** WE ARE ACCEPTING THE PREMISE THAT IF THE |
| 14:38 | 12 | WATER MARK, IN ESSENCE, IS 13 FEET -- IS THAT WHAT WE ARE |
| 14:38 | 13 | CALLING IT?  THE SURGE?  THE STILL WATER MARK? |
| 14:38 | 14 | **MR. STONE:** THE STILL WATER LEVEL. |
| 14:38 | 15 | **THE COURT:** THE STILL WATER LEVEL OF 13 FEET, WE ARE |
| 14:38 | 16 | ACCEPTING THAT PREMISE AS A GENERALITY.  I UNDERSTAND.  NOW WE |
| 14:38 | 17 | ARE GOING TO BEYOND. |
| 14:38 | 18 | **BY MR. STONE:** |
| 14:38 | 19 | **Q.** KEEPING IN MIND IT TAKES AN HOUR FOR THE GRASS LIFTOFF TO |
| 14:39 | 20 | OCCUR BEFORE YOU CAN START HAVING EROSION. |
| 14:39 | 21 | **A.** GIVEN THAT THERE'S GRASS THERE. |
| 14:39 | 22 | **Q.** YES.  WELL, WE HAVE ADOPTED WHAT YOU SAID HERE:  POOR |
| 14:39 | 23 | GRASS, SANDY SUBSTRATE. |
| 14:39 | 24 | **A.** NO GRASS, SANDY SUBSTRATE.  IF YOU HAVE GOT GRASS, WE |
| 14:39 | 25 | RANGE FROM POOR TO GOOD SANDY SUBSTRATE.  BUT IF THE SITE IS |

| | | |
|---|---|---|
| 14:39 | 1 | DENUDED OF GRASS, YOU'RE IMMEDIATELY EXPOSED TO EROSION OF THE |
| 14:39 | 2 | SOIL. |
| 14:39 | 3 | **Q.**   THIS LEVEE WAS WASHED AWAY, SO -- |
| 14:39 | 4 | **A.**   BUT ITS SHOULDERS TELL A TALE. |
| 14:39 | 5 | **Q.**   AND IT HAD POOR GRASS. |
| 14:39 | 6 | **A.**   OH, IN SOME CASES IT HAD NO GRASS.  I SHOW A PHOTOGRAPH |
| 14:39 | 7 | THAT I TOOK OF ONE OF THE SHOULDERS, BUT THERE IS NO GRASS |
| 14:39 | 8 | THERE. |
| 14:39 | 9 | **Q.**   BUT IT HAD BEEN COMPLETELY OVERTOPPED -- |
| 14:39 | 10 | **A.**   YES, THAT IS TRUE -- |
| 14:39 | 11 | **Q.**   -- AND HAD -- |
| 14:39 | 12 | **A.**   -- BUT IT ALSO HAD REGROWN SINCE THE STORM.  SO WE CAN'T |
| 14:39 | 13 | CREATE THE PRE-KATRINA CONDITION ACCURATELY. |
| 14:40 | 14 | **Q.**   SO I'M KIND OF STUCK HERE WITH YOUR STATEMENT OF POOR |
| 14:40 | 15 | GRASS AND SANDY SUBSTRATE, BECAUSE THAT LOOKS LIKE WHAT YOU |
| 14:40 | 16 | ANALYZED.  YOU MADE A DETERMINATION BASED ON POOR GRASS AND A |
| 14:40 | 17 | SANDY SUBSTRATE; RIGHT, SIR? |
| 14:40 | 18 | **A.**   FOR THE GRASS LIFTOFF, THAT'S CORRECT. |
| 14:40 | 19 | **Q.**   OKAY. |
| 14:40 | 20 | **A.**   IF THE GRASS LIFTOFF WASN'T PART OF IT, YOU GO STRAIGHT TO |
| 14:40 | 21 | THE SOIL EROSION. |
| 14:40 | 22 | **Q.**   I DON'T WANT TO GO OFF THIS SUBJECT BECAUSE I WANT TO MAKE |
| 14:40 | 23 | IT CLEAR TO THE COURT.  I DON'T WANT TO AVOID A FACT HERE.  IF |
| 14:40 | 24 | YOU THINK THERE'S A FACT HERE, I WANT YOU TO TELL THE COURT |
| 14:40 | 25 | WHAT YOU THINK THE FACT IS. |

| | | |
|---|---|---|
| 14:40 | 1 | **A.**   SIR, WE ARE HERE TO SERVE THE JUDGE. |
| 14:40 | 2 | **Q.**   IS THE ONLY EVIDENCE THAT YOU HAVE THAT THERE WAS NO GRASS |
| 14:40 | 3 | IN YOUR TEST SITE THE FACT THAT, AFTER THERE WAS EROSION AND |
| 14:40 | 4 | HURRICANE KATRINA HAD COMPLETELY OVERTOPPED IT AND HURRICANE |
| 14:40 | 5 | KATRINA HAD COME BACK OUT OF THERE, YOU DIDN'T FIND ANY GRASS |
| 14:41 | 6 | IN A PARTICULAR AREA IN THAT ERODED PLACE?  IS THAT THE ONLY |
| 14:41 | 7 | EVIDENCE THAT YOU HAVE? |
| 14:41 | 8 | **A.**   NO.  THE SHOULDERS HADN'T MOVED AND THE GRASS THAT -- FROM |
| 14:41 | 9 | EVERYTHING WE CAN TELL BEFORE -- THAT WAS THERE BEFORE THE |
| 14:41 | 10 | STORM WAS THERE AFTER THE STORM.  SO YOU CAN'T LOOK FOR GRASS |
| 14:41 | 11 | WHERE THERE'S A HOLE. |
| 14:41 | 12 | **Q.**   WELL, THANK YOU, THEN, BECAUSE, DR. BEA, THAT MEANS THAT |
| 14:41 | 13 | THAT GRASS HAD NOT LIFTED OFF, DOESN'T IT? |
| 14:41 | 14 | **A.**   THAT'S CORRECT. |
| 14:41 | 15 | **Q.**   IT WAS STILL THERE? |
| 14:41 | 16 | **A.**   THAT'S CORRECT. |
| 14:41 | 17 | **THE COURT:**  WHEN YOU SAY "THAT GRASS" -- |
| 14:41 | 18 | **THE WITNESS:**  THE STUFF ON THE SHOULDERS. |
| 14:41 | 19 | **MR. STONE:**  THE GRASS THAT HE STILL SEES THERE PROVES |
| 14:41 | 20 | THAT THE GRASS HADN'T LIFTED OFF, YOUR HONOR. |
| 14:41 | 21 | **THE WITNESS:**  THAT'S CORRECT. |
| 14:41 | 22 | **THE COURT:**  I THINK WE ALL AGREE.  THE LOCATION OF |
| 14:41 | 23 | THAT GRASS IS SIMPLY WHAT THE COURT -- THAT'S ON THE SHOULDER? |
| 14:41 | 24 | **THE WITNESS:**  CORRECT. |
| | 25 | |

14:41   1   **BY MR. STONE:**

14:41   2   **Q.**   SO WHEN YOU GO FROM 13 FEET TO 14 FEET AND THE SURGE RISES

14:42   3   TO 14 FEET -- WHEN THE SURGE RISES TO 14 FEET, YOU NO LONGER

14:42   4   HAVE EROSION BENEATH THE 14-FEET LEVEL; RIGHT?

14:42   5   **A.**   THAT'S INCORRECT.  LET ME EXPLAIN SO I DON'T CONFUSE YOU.

14:42   6   AS THE WATER LEVEL IS RISING, THE WAVES FIRST BEGIN TO MOW THE

14:42   7   GRASS.  MR. EBERSOLE PROVIDES SOME BEAUTIFUL PICTURES OF THE

14:42   8   GRASS MOWING ON THE FRONT SIDE.  THE VIDEOS THAT THE ARMY CORPS

14:42   9   OF ENGINEERS COMMISSIONED TAKEN ON SEPTEMBER 13 AND 14 OVER

14:42   10  THIS AREA CLEARLY SHOW THIS GRASS-MOWING EFFECT AT ELEVATIONS

14:42   11  12 TO 13 FEET.

14:42   12          WE SUBSEQUENTLY HAVE LEARNED THAT A GOOD PART OF THE

14:43   13  GRASS-MOWING EFFECT IS NOT ONLY DUE TO WATER BUT DEBRIS

14:43   14  ENTRAINED IN THE WATER.  I THINK DR. PAUL KEMP HAS TAUGHT ME

14:43   15  IT'S CALLED "RACK," MEANING THE STICKS AND THE STUFF.

14:43   16          SO YOU COULD TELL THERE WAS A SIGNATURE OF INITIATION

14:43   17  OF DAMAGE ABOUT AT THAT ELEVATION.  BUT ONCE THE PENETRATION

14:43   18  CRENELLATION OCCURS, WATER BEGINS TO MOVE THROUGH.  IT STARTS

14:43   19  THE BACK-TO-FRONT PHASE, AND YOU CAN ERODE THE SYSTEM DOWN TO

14:43   20  +6, WHICH THIS ILLUSTRATION SHOWS CLEARLY.  I'M POINTING AT IT.

14:43   21  **Q.**   BACK-TO-FRONT EROSION DOWN TO 6 FEET; RIGHT?

14:43   22  **A.**   FRONT TO BACK, BACK TO FRONT.  THE TWO PHASES WORK

14:43   23  TOGETHER.

14:43   24  **Q.**   I GUESS I SHOULD HAVE ASKED THE QUESTION THIS WAY:  AT

14:43   25  14 FEET THE SURGE IS NO LONGER CAUSING SIGNIFICANT EROSION

FINAL DAILY COPY

14:44    1   BELOW 14 FEET; IS THAT CORRECT, SIR?

14:44    2   **A.**   NO, THAT'S NOT CORRECT.

14:44    3   **Q.**   CAN WE GO TO THE FEBRUARY 27 DEPOSITION, PAGE 630, LINES

14:44    4   20 TO 24.

14:45    5          YOU RECALL THIS FEBRUARY 27 DEPOSITION; CORRECT,

14:45    6   DR. BEA?

14:45    7   **A.**   SAN FRANCISCO, 300 EMBARCADERO CENTER, YES.

14:45    8   **Q.**   YOU WERE ASKED:

14:45    9          "Question:  YOUR SURGE REACHES 13 FEET.  20 MINUTES

14:45   10          LATER, IT REACHES 14 FEET.  AFTER IT REACHES 14 FEET, IT

14:45   11          IS NO LONGER CAUSING WAVE EROSION ON THE AREA BELOW

14:45   12          14 FEET, IS IT?

14:45   13          "Answer:  NOT SIGNIFICANT."

14:45   14   **A.**   THAT'S CORRECT.  PREVIOUSLY, YOU DIDN'T SAY WAVE EROSION.

14:45   15   YOU CONNECTED IT TO SURGE.  THE SURGE CONTINUES TO WORK ON

14:45   16   THOSE WEAKNESSES.

14:45   17   **Q.**   I UNDERSTAND THAT, SIR.

14:45   18   **A.**   GOOD.

14:45   19   **Q.**   YOU ALSO START WAVE OVERTOPPING AT 14 FEET; CORRECT?

14:46   20   **A.**   THE WAVE RUN-UP IS BEGINNING TO SLOSH OVER THE BACK.

14:46   21   **Q.**   SO FROM 14 FEET ON, AN INCREMENTAL PORTION OF THE WAVE IS

14:46   22   BEGINNING TO GO OVER THE TOP, AND THAT AMOUNT INCREASES AS YOU

14:46   23   GO OVER THE TOP OF IT?

14:46   24          **THE COURT:**  JUST A MINUTE.

14:46   25          **MR. STEVENS:**  YOUR HONOR, IF WE COULD HAVE THE PAGE

| | | |
|---|---|---|
| 14:46 | 1 | BACK UP.  I THINK IT'S JUST A LITTLE UNFAIR.  I DON'T KNOW IF |
| 14:46 | 2 | THE WITNESS CAN READ FROM THAT FAR.  BUT, IN CONTEXT, THE LEVEE |
| 14:46 | 3 | IS ONLY 16 FEET -- OH, HE HAS HIS MONITOR.  OKAY.  HE IS NOT |
| 14:46 | 4 | ESTABLISHING THE LEVEL OF THE LEVEE CREST IN THIS QUESTION |
| 14:46 | 5 | SCENARIO. |
| 14:46 | 6 | **THE WITNESS:**  CORRECT. |
| 14:46 | 7 | **MR. STEVENS:**  THANK YOU. |
| 14:46 | 8 | **THE WITNESS:**  IT WAS A GENERAL QUESTION. |
| 14:46 | 9 | **MR. STONE:**  I DON'T WANT TO BE UNFAIR. |
| 14:46 | 10 | **THE COURT:**  THANK YOU, SIR.  I APPRECIATE YOUR |
| 14:46 | 11 | CORDIALITY. |
| 14:46 | 12 | **BY MR. STONE:** |
| 14:46 | 13 | **Q.**  LET'S SEE HOW FAST THESE WAVES ARE MOVING UP THE FACE OF |
| 14:46 | 14 | THIS 16-FOOT LEVEE, THE ONE THAT'S THE TEST SITE. |
| 14:47 | 15 | **A.**  WHICH WAVES, KATRINA OR ONE OF THE OTHER CASES? |
| 14:47 | 16 | **Q.**  YOUR SCENARIO 1. |
| 14:47 | 17 | **A.**  OKAY. |
| 14:47 | 18 | **THE COURT:**  THE ACTUAL -- |
| 14:47 | 19 | **MR. STONE:**  TAKE AS IT WAS.  THIS IS YOUR |
| 14:47 | 20 | DECLARATION 1, JULY 11, DX-0451, PAGE 50.  DR. BEA AND |
| 14:47 | 21 | YOUR HONOR, CAN YOU BOTH SEE THAT BETTER ON YOUR MONITOR? |
| 14:47 | 22 | **THE COURT:**  I CAN SEE IT FINE. |
| 14:47 | 23 | **THE WITNESS:**  I CAN SEE IT FINE. |
| 14:48 | 24 | **MR. STEVENS:**  MAY I ASK WHICH DOCUMENT THIS IS? |
| 14:48 | 25 | **MR. STONE:**  YES.  DECLARATION 1 OF JULY 11, 2008. |

FINAL DAILY COPY

14:48    1         **THE WITNESS:**  I THOUGHT YOU SAID JULY --

14:48    2  **BY MR. STONE:**

14:48    3  **Q.**   JULY 11, 2008.

14:48    4  **A.**   THANK YOU.

14:48    5  **Q.**   NOW, IN THE LOWER LEFT-HAND CORNER HERE, THIS IS THE SURGE

14:48    6  HEIGHT GRAPH FOR YOUR TEST SITE, ISN'T IT, SIR?

14:48    7  **A.**   THAT'S CORRECT.

14:48    8  **Q.**   LET'S LOOK AT WHERE 13 FEET IS.  SO 13 FEET COMES AT 6:00

14:48    9  IN THE MORNING; RIGHT?

14:48   10  **A.**   THAT'S CORRECT.

14:48   11  **Q.**   WHERE IS 16 FEET?

14:48   12  **A.**   ABOUT 7:00.

14:48   13  **Q.**   SO APPROXIMATELY AN HOUR IT TAKES TO GO FROM 13 FEET TO

14:48   14  16 FEET?

14:48   15  **A.**   WE THINK THE TEST SITE HAS BY THAT POINT CRENELLATED.  WE

14:48   16  HAVE COMPLETED THE FRONT-TO-BACK PHASE.

14:48   17  **Q.**   I KNOW.  I UNDERSTAND THAT THAT'S YOUR BELIEF.

14:49   18  **A.**   CORRECT.

14:49   19  **Q.**   BUT IF YOU LOOK AT THIS -- LET'S GO BACK TO THE NO. 12

14:49   20  SLIDE FROM FRIDAY, PX-72.  WE KNOW WE HAVE AN HOUR TO GO FROM

14:49   21  13 FEET TO 16 FEET; RIGHT?

14:49   22  **A.**   CORRECT.

14:49   23  **Q.**   YOU HAVE TO GET GRASS LIFTOFF SOMETIME IN THAT HOUR?

14:49   24  **A.**   CORRECT.

14:49   25  **Q.**   BUT YOU KNOW WHEN YOU GET TO 14 FEET, YOU NO LONGER HAVE

| | | |
|---|---|---|
| 14:49 | 1 | SIGNIFICANT EROSION OCCURRING BELOW 14 FEET.  THAT'S ONLY 20 |
| 14:49 | 2 | MINUTES. |
| 14:49 | 3 | **A.**   WE ARE TRACKING THE EROSION THROUGH THE FEATURE. |
| 14:49 | 4 | **Q.**   I KNOW THAT'S WHAT YOUR LS-DYNA DOES, BUT REMEMBER -- |
| 14:49 | 5 | **A.**   NO, LS-DYNA DOES NOT DO THAT. |
| 14:49 | 6 | **Q.**   YOU DON'T CHANGE THE LEVEE GEOMETRY EITHER AS YOU DO THIS. |
| 14:49 | 7 | YOU TOLD US THAT EARLIER. |
| 14:49 | 8 | **A.**   WE KEEP THE GEOMETRY CONSTANT. |
| 14:49 | 9 | **Q.**   OKAY.  YOU ALSO HAVE TO MOVE THE WAVE ATTACK UP THE FACE |
| 14:50 | 10 | OF THE LEVEE.  YOU TOLD US ABOUT THE ELEVATOR EARLIER. |
| 14:50 | 11 | **A.**   THAT'S CORRECT. |
| 14:50 | 12 | **Q.**   SO IT'S MOVING UP.  SO AT 14 FEET YOU HAVE ONLY HAD WAVES |
| 14:50 | 13 | ON THE FACE OF THIS ERODING FOR 20 MINUTES. |
| 14:50 | 14 | **A.**   OKAY.  GO ON. |
| 14:50 | 15 | **Q.**   AT THAT POINT THE WAVES START TO OVERTOP.  SO A PORTION IS |
| 14:50 | 16 | GOING OVER THE TOP.  SO YOU EVEN HAVE LESS OF A FRONT-SIDE WAVE |
| 14:50 | 17 | ATTACK. |
| 14:50 | 18 | **A.**   NO, THAT'S NOT TRUE. |
| 14:50 | 19 | **THE COURT:**  WE ARE GOING TO TAKE A 10-MINUTE RECESS |
| 14:50 | 20 | WITH "LESS OF A FRONT-SIDE WAVE ATTACK" AND, "NO, THAT'S NOT |
| 14:50 | 21 | TRUE." |
| 14:58 | 22 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 15:07 | 23 | **THE DEPUTY CLERK:**  ALL RISE. |
| 15:12 | 24 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| | 25 | |

FINAL DAILY COPY

15:12    1   **BY MR. STONE:**

15:12    2   **Q.**  LET'S GO BACK TO EXHIBIT 0451, PAGE 50.  THIS IS

15:12    3   DECLARATION 1, JULY 11, 2008.

15:13    4         **THE COURT:**  THIS IS DECLARATION 1 -- WE GOT IT.  WHAT

15:13    5   PAGE IS THAT, SIR?

15:13    6         **MR. STONE:**  THAT'S 50, YOUR HONOR.

15:13    7         **THE COURT:**  THANK YOU.

15:13    8         **MR. STEVENS:**  AGAIN, FOR CONTEXT, CAN YOU GIVE US AN

15:13    9   IDEA OF WHERE THIS IS ON THE PLANET, WHERE THIS HYDROGRAPH WAS

15:13   10   TAKEN?

15:13   11         **MR. STONE:**  IT'S AT HIS TEST SITE.

15:13   12   **BY MR. STONE:**

15:13   13   **Q.**  WE WERE TALKING ABOUT THIS BEFORE WE LEFT, AND I WAS

15:14   14   TRYING TO TALK TO YOU ABOUT SURGE ELEVATION 14 FEET.

15:14   15   **A.**  OKAY.  6:00.  YEAH, AROUND 6:00.

15:14   16   **Q.**  14 WOULD BE --

15:14   17         **THE COURT:**  14 WOULD BE ABOUT 6:00 --

15:14   18         **THE WITNESS:**  6:15.

15:14   19         **MR. STONE:**  6:15 OR 6:20 OR SO.

15:14   20         **THE COURT:**  AT LEAST.  A LITTLE LATER, MAYBE.  CLOSE

15:14   21   ENOUGH.  6:30, 6:20.

15:14   22         **THE WITNESS:**  THAT'S CLOSE.

15:14   23   **BY MR. STONE:**

15:14   24   **Q.**  I ASKED YOU ABOUT OVERTOPPING.

15:14   25   **A.**  YES.

| | | |
|---|---|---|
| 15:14 | 1 | **Q.**   WE KNOW FROM YOUR EARLIER TESTIMONY THAT OVERTOPPING |
| 15:14 | 2 | BEGINS AT 14 FEET. |
| 15:14 | 3 | **A.**   THAT WAS A -- |
| 15:14 | 4 | **Q.**   WAVE OVERTOPPING.  I'M SORRY.  WAVE OVERTOPPING. |
| 15:14 | 5 | **A.**   RIGHT.  THE FIGURES I THINK YOU WERE ASKING ME FOR WAS |
| 15:14 | 6 | WHEN DO WE GET GRASS LIFTOFF, FRONT SIDE.  THE WORK INDICATES |
| 15:14 | 7 | THAT'S COMPLETED ABOUT 4:30. |
| 15:15 | 8 | AT THAT POINT THE SECOND PHASE TAKES OVER.  THE WAVE |
| 15:15 | 9 | EROSION CRENELLATES THE CREST BY 5:30.  AT THAT POINT THE CREST |
| 15:15 | 10 | IS BEING LOWERED BY THE CRENELLATION PROCESS, AND THE WATER AT |
| 15:15 | 11 | THAT TIME STARTS TO FLOW STRONGLY DOWN THE BACK SIDE.  WE START |
| 15:15 | 12 | THE BACK-TO-FRONT PHASE AND COMPLETE THAT PHASE BETWEEN 6:00 TO |
| 15:15 | 13 | 6:30 AT THIS SITE WITH AN ELEVATION OF 16 FEET. |
| 15:15 | 14 | **Q.**   CAN WE GO BACK THROUGH THOSE NUMBERS? |
| 15:15 | 15 | **A.**   SURE. |
| 15:15 | 16 | **Q.**   YOU SAY THE BREACH OCCURS AT 5:30? |
| 15:15 | 17 | **A.**   THE CRENELLATION -- THAT'S THE PENETRATION OF THE CREST OF |
| 15:15 | 18 | THE LEVEE -- OCCURS BETWEEN 5:30, 5:45.  IT'S HARD TO READ THE |
| 15:15 | 19 | GRAPHS THAT CLOSELY, BUT 5:30.  IT WOULD BE AS LATE AS 6:00 IF |
| 15:16 | 20 | YOU HAD HIGHLY COMPACTED SOILS.  SO THERE'S YOUR 30-MINUTE TIME |
| 15:16 | 21 | RANGE, DEPENDING ON THE SOIL CHARACTERISTIC, AND BY 6:30 THE |
| 15:16 | 22 | SHOW IS OVER.  YOU HAVE NOW BREACHED THE SYSTEM DOWN TO THE |
| 15:16 | 23 | ELEVATION SHOWN ON YOUR EARLIER SLIDE. |
| 15:16 | 24 | **Q.**   BUT YOU ALSO TESTIFIED THAT YOU DIDN'T HAVE EROSION AT A |
| 15:16 | 25 | SURGE LEVEL BENEATH 13 FEET? |

| | | |
|---|---|---|
| 15:16 | 1 | **A.**   WE HAD GRASS LIFTOFF DURING THAT TIME PERIOD UP TO 4:45. |
| 15:16 | 2 | THAT'S ALSO IN THE REPORT.   I CALL YOUR ATTENTION TO FIGURE 92, |
| 15:17 | 3 | PAGE 109. |
| 15:17 | 4 | **Q.**   IS THAT THAT SAME DOCUMENT, SIR? |
| 15:17 | 5 | **A.**   IT'S THE PART 1 DECLARATION, JULY 2008. |
| 15:17 | 6 | **THE COURT:**  PAGE 109. |
| 15:17 | 7 | **MR. STEVENS:**  DO WE HAVE A PX NUMBER ON THAT? |
| 15:17 | 8 | **THE COURT:**  WHAT'S THE DECLARATION? |
| 15:17 | 9 | **THE LAW CLERK:**  IT'S PX-72. |
| 15:17 | 10 | **BY MR. STONE:** |
| 15:17 | 11 | **Q.**   DR. BEA, I WANTED TO ASK YOU ABOUT THESE, SO THIS WOULD BE |
| 15:17 | 12 | A GOOD TIME. |
| 15:17 | 13 | **THE COURT:**  CAN WE PUT THAT UP. |
| 15:18 | 14 | **MR. STONE:**  WE CAN DO IT THROUGH DX-0451, YOUR HONOR. |
| 15:18 | 15 | **THE COURT:**  EITHER WAY. |
| 15:18 | 16 | **MR. STONE:**  THAT'S DECLARATION 1, JULY 11, 2008, AT |
| 15:18 | 17 | PAGE 109. |
| 15:18 | 18 | **THE COURT:**  WHEN WE ASSEMBLE THE RECORD IN THIS -- |
| 15:18 | 19 | THE COURT OF APPEALS IS GOING TO HAVE QUITE ENOUGH TO DO.   IF |
| 15:18 | 20 | WE HAVE DUPLICATE EXHIBITS, MAYBE WE CAN MAKE THEM JOINT |
| 15:18 | 21 | EXHIBITS OR SOMETHING.   WE CAN SEE IF THERE ARE DUPLICATES. |
| 15:18 | 22 | WE'LL SEE. |
| 15:18 | 23 | **MR. STONE:**  I'VE NEVER USED TRIALDIRECTOR BEFORE. |
| 15:18 | 24 | THAT'S MY PROBLEM.   THAT WAS A CHALLENGE FOR ME. |
| 15:18 | 25 | **THE COURT:**  I'M SURE. |

| | | |
|---|---|---|
| 15:18 | 1 | **BY MR. STONE:** |
| 15:18 | 2 | **Q.**   DR. BEA, LET'S TAKE A LOOK AT THIS.  THE TIME AT THE |
| 15:18 | 3 | BOTTOM THERE, YOU HAVE A DASHED LINE THAT SAYS "VERY HIGH |
| 15:19 | 4 | ERODIBILITY, NO GRASS." |
| 15:19 | 5 | **A.**   THAT'S CORRECT. |
| 15:19 | 6 | **Q.**   THEN YOU HAVE A LINE THAT SAYS "VERY HIGH ERODIBILITY, |
| 15:19 | 7 | GOOD GRASS." |
| 15:19 | 8 | **A.**   THAT'S CORRECT. |
| 15:19 | 9 | **Q.**   AND "VERY HIGH ERODIBILITY, POOR GRASS." |
| 15:19 | 10 | **A.**   THAT'S CORRECT. |
| 15:19 | 11 | **Q.**   THE INFORMATION I GAVE YOU WAS ABOUT POOR GRASS, SANDY |
| 15:19 | 12 | SUBSTRATE, WHICH I GUESS YOU WOULD CONCLUDE IS HIGH |
| 15:19 | 13 | ERODIBILITY; RIGHT? |
| 15:19 | 14 | **A.**   THAT'S CORRECT.  THAT'S WHERE IT SHOWS IT STARTS THE |
| 15:19 | 15 | PENETRATION AT ABOUT, LOOKS LIKE, 4:15 AT ZERO LATERAL POINT. |
| 15:19 | 16 | **Q.**   YOU START EROSION? |
| 15:19 | 17 | **A.**   START SOIL EROSION. |
| 15:19 | 18 | **Q.**   AT 0415? |
| 15:19 | 19 | **A.**   LOOKS LIKES BETWEEN 4:15 AND 5:00, AND I STATED THAT |
| 15:19 | 20 | EARLIER. |
| 15:19 | 21 | **Q.**   OKAY. |
| 15:19 | 22 | **A.**   THE CURVE ALMOST SHOWED WHERE THE GRASS LIFTOFF HAS IT |
| 15:20 | 23 | TIMED.  THAT'S PX-72, PAGE 110 PDF. |
| 15:20 | 24 | **Q.**   BEFORE WE GO BACK TO THE HYDROGRAPH AND SEE WHERE THE |
| 15:20 | 25 | SURGE LEVEL WAS AT 4:00, TELL US A LITTLE BIT ABOUT THIS CHART |

FINAL DAILY COPY

15:20   1   THAT YOU HAVE HERE.  AREN'T YOU SHOWING HERE THAT THE EROSION

15:20   2   ACTUALLY BEGINS AT THE TOE OF THE LEVEE?

15:20   3   **A.**   THE LATERAL EROSION IS ZERO AT TIME PERIOD 3:00 FOR THE

15:20   4   CONDITION OF VERY HIGH ERODIBILITY, NO GRASS, STARTING TO

15:20   5   PENETRATE 10 FEET BY 3:30, AND THAT'S BECAUSE THE WAVES

15:20   6   RUSH-DOWN ARE ACCUMULATING THE LATERAL EROSION BY THAT TIME.

15:21   7        THE DELAY BETWEEN THAT LOWER LINE -- THIS ONE -- AND

15:21   8   THE NEXT ONE UP IS THE DIFFERENTIAL CAUSED BY THE GRASS.  SO

15:21   9   THE GRASS IS DELAYING THAT LIFTOFF, BUT THERE'S NO LATERAL

15:21   10  EROSION BY ABOUT 4:00.  SO IT REACHES 10 FEET ABOUT AN HOUR

15:21   11  LATER.  SO IT'S TAKING AN HOUR TO LIFT OFF THAT GRASS.

15:21   12  **Q.**   MY QUESTION WAS:  AREN'T YOU STARTING TO ERODE THE SOIL AT

15:21   13  ABOUT 4:15 AT THE LEVEE TOE?

15:21   14  **A.**   THE EROSION OF THE SOIL AT THE REFERENCE POINT IS ZERO AT

15:21   15  4:15.

15:21   16  **Q.**   SO AT, LET'S SAY, 5:00 YOU HAVE ERODED ABOUT 8 FEET JUST

15:22   17  ABOVE THE LEVEE TOE?

15:22   18  **A.**   THAT'S CORRECT.

15:22   19  **Q.**   LET'S GO BACK TO PAGE 50 OF THIS SAME DOCUMENT.  WE'RE

15:22   20  STILL IN DX-0451, YOUR JULY 11, 2008 DECLARATION 1 AT PAGE 50.

15:22   21  AT 4:15 -- LET'S CALL IT 5:00.  5:00, YOU HAVE 10 1/2 FEET OF

15:22   22  WATER?

15:22   23  **A.**   AND THE WAVES ARE RUNNING UP AND RUNNING DOWN.  THEY ARE

15:22   24  CRASHING ON THE FACE OF THE LEVEE, AND YOU'RE SEEING UPRUSH,

15:22   25  DOWNRUSH.

FINAL DAILY COPY

15:22   1   **Q.**   BUT YOU DON'T HAVE ANY EROSION BELOW 13-FEET SURGE LEVEL,

15:22   2   AND HERE --

15:22   3   **A.**   BETWEEN 12 AND 13 IS WHERE I SAID WE SAW THE MOWING THE

15:22   4   GRASS.   SO IT'S ABOUT AT THAT ELEVATION THE GENERAL OBSERVATION

15:23   5   WAS THERE'S WHERE WE START INITIATE BREACHING.

15:23   6   **Q.**   YOUR SURGE LEVEL HERE HAS NOT REACHED 13 FEET YET?

15:23   7   **A.**   NO, IT HAS NOT.

15:23   8   **Q.**   YOU STATED EARLIER THAT THERE'S NO EROSION BEFORE 13 FEET.

15:23   9   AND YOU AGREED, YOU SAY, WITH THE DEFENDANT'S EXPERTS ON THAT

15:23   10  POINT; RIGHT?

15:23   11  **A.**   THAT'S THE SOIL EROSION.

15:23   12  **Q.**   RIGHT.   BUT IN YOUR DRAWING THAT YOU HAD, YOU SHOW ABOUT

15:23   13  8 FEET OF EROSION BY THEN JUST ABOVE THE TOE OF THE LEVEE.

15:23   14  **A.**   LET'S GO BACK TO THE DRAWING, PLEASE.

15:23   15  **Q.**   109?

15:23   16  **A.**   THE ONE YOU'RE REFERRING TO.

15:23   17  **Q.**   IT'S STILL THE SAME EXHIBIT, DX-0451, JULY 11, 2008,

15:23   18  DECLARATION 1, PAGE 109.

15:23   19          **THE COURT:**  JUST TO MAKE SURE WE ARE ALL ON THE SAME

15:23   20  PAGE, WHICH RED LINE ARE YOU LOOKING AT?

15:23   21          **THE LAW CLERK:**  THAT'S PAGE 110, NOT 109, FOR THE

15:23   22  RECORD.

15:24   23          **MR. STONE:**  I'VE BEEN INFORMED THAT IT'S 110 RATHER

15:24   24  THAN 109.

15:24   25          **THE COURT:**  OKAY.  WE ARE LOOKING AT, FOR REFERENCE,

15:24   1   THE THREE RED LINES.

15:24   2          **MR. STONE:**  LET ME EXPLAIN SOMETHING, YOUR HONOR,

15:24   3   ABOUT THE DOCUMENTS.

15:24   4          **THE COURT:**  YES.

15:24   5          **MR. STONE:**  DR. BEA GAVE HIS REPORT ON JULY 11, 2008,

15:24   6   THEN ANOTHER ONE WHERE HE CORRECTED SOME -- MADE SOME EDITS BY

15:24   7   THE 14TH OF JULY.  I STARTED WORKING WITH THE JULY 11.  I HAD A

15:24   8   LOT OF TIME INVESTED, SO I DIDN'T MOVE TO HIS NEXT, BUT I'VE

15:24   9   NEVER GIVEN HIM A HARD TIME ABOUT HAVING HIS FIGURES OFF IN

15:24   10  HERE.  SO WE ARE WORKING WITH THE JULY 11, 2008 REPORT,

15:24   11  GENERALLY.  THERE'S A PAGE OR TWO DIFFERENCE BETWEEN THE

15:24   12  JULY 11 AND THE JULY 14.

15:24   13         **THE COURT:**  OKAY.

15:24   14         **MR. STONE:**  SO THAT MAY BE A CONFUSION FACTOR AT SOME

15:24   15  POINT.

15:24   16         **THE COURT:**  OKAY.

15:24   17  **BY MR. STONE:**

15:24   18  **Q.**   IT'S FIGURE 93 IN THIS REPORT.

15:24   19         **THE COURT:**  THE PAGE NUMBER IS 100?

15:25   20     **MR. STONE:**  109.

15:25   21         **THE COURT:**  I COULDN'T SEE IT.  I WANT TO MAKE SURE.

15:25   22  FOR THE RECORD, THERE ARE THREE RED LINES ON HERE DEPICTING

15:25   23  THREE DIFFERENT SCENARIOS.  I JUST WANT TO MAKE SURE WE ARE ON

15:25   24  THE SAME SCENARIO THAT THE RECORD NOTES.

        25

| | | |
|---|---|---|
| 15:25 | 1 | **BY MR. STONE:** |
| 15:25 | 2 | **Q.**   DR. BEA, YOU WANTED TO GO BACK TO THIS FIGURE TO EXPLAIN. |
| 15:25 | 3 | MY PREMISE OR THE WAY I SET THIS UP WAS THAT I SEE AT 5:00 YOU |
| 15:25 | 4 | HAVE APPROXIMATELY -- WELL, LET'S LOOK AT -- |
| 15:25 | 5 |         **THE COURT:**   AGAIN, ARE WE ON THE "VERY HIGH |
| 15:25 | 6 | ERODIBILITY, NO GRASS" LINE? |
| 15:25 | 7 |         **MR. STONE:**   WE'RE "VERY HIGH ERODIBILITY, POOR |
| 15:25 | 8 | GRASS." |
| 15:25 | 9 |         **THE COURT:**   "POOR GRASS." |
| 15:25 | 10 |         **THE WITNESS:**   THAT'S THIS ONE. |
| 15:25 | 11 | **BY MR. STONE:** |
| 15:25 | 12 | **Q.**   SO HERE, AT 5:00, YOU HAVE ABOUT 13 FEET OF EROSION? |
| 15:26 | 13 | **A.**   OF PENETRATION. |
| 15:26 | 14 | **Q.**   RIGHT, SIR? |
| 15:26 | 15 | **A.**   YES, SIR. |
| 15:26 | 16 | **Q.**   DID YOU WANT TO EXPLAIN SOMETHING?  BECAUSE HERE'S MY |
| 15:26 | 17 | PROBLEM WITH THIS DISCUSSION:  YOU HAVE 13 FEET OF EROSION AT |
| 15:26 | 18 | THIS POINT IN TIME? |
| 15:26 | 19 | **A.**   CORRECT. |
| 15:26 | 20 | **Q.**   BUT ALL THE EXPERTS AGREE THAT YOU CAN HAVE NO EROSION |
| 15:26 | 21 | UNDER 13 FEET. |
| 15:26 | 22 | **A.**   THAT'S A GENERALITY THAT APPLIED TO THE MOWING-THE-GRASS |
| 15:26 | 23 | OBSERVATION THAT I HAVE EXPLAINED SEVERAL TIMES. |
| 15:26 | 24 |         **THE COURT:**   LET ME MAKE SURE WE ARE TALKING ABOUT THE |
| 15:26 | 25 | SAME 13.  WHEN YOU TALK ABOUT 13 FEET OF WATER, THAT'S STILL |

15:26     1   WATER LEVEL?

15:26     2              **THE WITNESS:**  CORRECT.

15:26     3              **MR. STONE:**  YES, YOUR HONOR.

15:26     4              **THE COURT:**  YOU'RE TALKING ABOUT 13 FEET OF EROSION

15:26     5   HERE.

15:26     6              **THE WITNESS:**  RIGHT.

15:26     7              **THE COURT:**  I'M NOT QUITE SURE WHAT THAT MEANS.  YOU

15:26     8   DON'T MEAN IT'S PENETRATED 13 FEET INTO THE STRUCTURE, DO YOU?

15:26     9   I'M NOT QUITE SURE WHAT --

15:27    10              **THE WITNESS:**  THIS IS SAYING THAT FOR THE "HIGH

15:27    11   ERODIBILITY, GOOD GRASS" COVER WE HAVE PENETRATED INTO THE

15:27    12   STRUCTURE 13 FEET HORIZONTALLY.

15:27    13              **THE COURT:**  WE ARE TALKING ABOUT HORIZONTAL, RATHER

15:27    14   THAN VERTICALLY?

15:27    15              **THE WITNESS:**  AMEN, BROTHER.  THAT'S CRUCIAL.  AS YOU

15:27    16   CONTINUE THROUGH THE STORM, YOU PENETRATE THROUGH TO THE CREST

15:27    17   BY 5:30.  AT THAT POINT THE ACTION SHIFTS FROM THE FRONT SIDE

15:27    18   TO THE BACK SIDE, AND YOU START MOVING SOIL IN THAT MANNER.  BY

15:27    19   APPROXIMATELY 6:00, YOU FINISH THE SHOW.

15:27    20              **THE COURT:**  NOW I UNDERSTAND.  YOUR QUESTION WAS AT

15:27    21   13 FEET OF STILL WATER LEVEL THAT THERE WOULD BE NO EROSION ON

15:27    22   THE FRONT SIDE AS A GENERAL PRINCIPLE.  IS THAT WHAT YOU'RE --

15:27    23              **MR. STONE:**  UNDERNEATH THAT, THERE'S NO EROSION

15:27    24   ACCORDING TO HIS STATEMENT.  LET ME TAKE YOU BACK TO IT,

15:27    25   YOUR HONOR.

FINAL DAILY COPY

15:27    1           **THE COURT:**  I REMEMBER IT, AND I REMEMBER THE

15:28    2   TESTIMONY, AND I REMEMBER THE GRASS COVER.  SO YOU'RE ASKING

15:28    3   HIM HOW DOES THIS ALL LINE UP WITH THAT STATEMENT?

15:28    4           **MR. STONE:**  EXACTLY.  I'M ASKING HIM HOW YOU CAN HAVE

15:28    5   13 FEET OF EROSION AT A SURGE WATER LEVEL OF 10 FEET WHEN YOU

15:28    6   DON'T GET ANY EROSION BELOW 13 FEET.  SO HOW CAN THIS --

15:28    7           **THE COURT:**  THAT'S THE QUESTION.  YOU WANT HIM TO

15:28    8   ANSWER IT?

15:28    9           **MR. STONE:**  EXCUSE ME?

15:28   10           **THE COURT:**  YOU WANT HIM TO ANSWER THAT QUESTION OR

15:28   11   ATTEMPT TO ANSWER IT?

15:28   12           **MR. STONE:**  WELL, YES, PLEASE.

15:28   13   **BY MR. STONE:**

15:28   14   **Q.**   HOW DO YOU DO THAT?

15:28   15   **A.**   WELL, WOULD YOU PLEASE REPEAT THE QUESTION.  I THINK I GOT

15:28   16   LOST IN THE INTERCHANGE.

15:28   17           **THE COURT:**  HE'S SAYING, AS A GENERAL PRINCIPLE, 13

15:28   18   FEET OF WATER -- IF THERE'S ONLY 13 FEET OF STILL WATER LEVEL,

15:28   19   THERE IS NO FRONT-SIDE EROSION, AS A GENERAL PRINCIPLE.  IF

15:28   20   THERE'S ONLY 10 FEET OF STILL WATER LEVEL, HOW CAN THERE BE A

15:28   21   SUBSTANTIAL AMOUNT OF PENETRATION INTO THE LEVEE?  IT SEEMS TO

15:28   22   BE CONTRADICTORY.

15:28   23           **THE WITNESS:**  IN THIS CASE WE ARE DEALING WITH A

15:28   24   SPECIFIC SITE, WITH A SPECIFIC GEOMETRY, AND IN THIS CASE A

15:29   25   RANGE OF GRASS COVERS.  SO IT'S SAYING THAT WE ARE GETTING

| | | |
|---|---|---|
| 15:29 | 1 | GRASS LIFTOFF IN THIS CASE FOR POOR GRASS BY APPROXIMATELY 4:45 |
| 15:29 | 2 | OR 4:30, AND THAT BY 5:00 WE HAVE PENETRATED LATERALLY INTO THE |
| 15:29 | 3 | EARTH STRUCTURE APPROXIMATELY 15 FEET. |
| 15:29 | 4 | **THE COURT:**  SO IS THE ANOMALY HERE THAT TAKES AWAY |
| 15:29 | 5 | FROM THE GENERALITY THE POOR GRASS SCENARIO? |
| 15:29 | 6 | **THE WITNESS:**  AND THE FACT THAT EACH SECTION OF THE |
| 15:29 | 7 | LEVEE CROSS-SECTION IS UNIQUE TO THAT LOCATION. |
| 15:29 | 8 | **THE COURT:**  WHAT'S UNIQUE ABOUT THIS ONE THAT ALLOWED |
| 15:29 | 9 | THAT PENETRATION TO DEVIATE FROM THE GENERAL PRINCIPLE? |
| 15:29 | 10 | **THE WITNESS:**  THE ELEVATION OF THE BERM.  IT'S AT |
| 15:29 | 11 | +7 FEET, NOT 9 OR 10 FEET, AND SO YOU HAVE MORE INTENSE WAVE |
| 15:30 | 12 | ACTION THAT'S ABLE TO GET AT THE FACE OF THE LEVEE AT THIS |
| 15:30 | 13 | LOCATION. |
| 15:30 | 14 | **THE COURT:**  WHEN WE ARE TALKING ABOUT THE BERM, JUST |
| 15:30 | 15 | FOR THE RECORD, WOULD YOU EXPLAIN WHAT THE BERM IS VIS-À-VIS |
| 15:30 | 16 | THE ACTUAL LEVEE, WE'LL CALL IT. |
| 15:30 | 17 | **THE WITNESS:**  IT'S THE BEACH IN FRONT OF THE LEVEE |
| 15:30 | 18 | FORMED BY THE SPOIL. |
| 15:30 | 19 | **THE COURT:**  SO THERE ARE TWO ANOMALIES:  THE BERM AND |
| 15:30 | 20 | THE GRASS? |
| 15:30 | 21 | **THE WITNESS:**  YES, SIR. |
| 15:30 | 22 | **THE COURT:**  ALL RIGHT. |
| 15:30 | 23 | **THE WITNESS:**  PERFECT. |
| 15:30 | 24 | BY MR. STONE: |
| 15:30 | 25 | Q.   LET'S GO BACK TO THE FIRST STATEMENTS THAT I ASKED YOU |

FINAL DAILY COPY

| 15:30 | 1 | ABOUT, DR. BEA.  I SAID, AS OF PAGE 55 OF YOUR TECHNICAL |
| 15:30 | 2 | REPORT 2, YOU SAID THAT FOR POOR GRASS AND SANDY SUBSTRATE, |
| 15:30 | 3 | GRASS LIFTOFF TAKES AN HOUR.  THEN ON PAGE 92 OF YOUR REPORT -- |
| 15:30 | 4 | **A.**   MR. STONE, PLEASE REFER ME TO A DOCUMENT OR A FIGURE. |
| 15:31 | 5 | **Q.**   TECHNICAL REPORT 2, JANUARY 29 -- |
| 15:31 | 6 | **A.**   PLEASE SHOW IT. |
| 15:31 | 7 | **Q.**   EXCUSE ME? |
| 15:31 | 8 | **A.**   PLEASE SHOW IT TO ME. |
| 15:31 | 9 | **Q.**   OKAY.  IT'S JX-0207. |
| 15:31 | 10 | **THE COURT:**  THANK YOU, COUNSEL. |
| 15:31 | 11 | **THE WITNESS:**  THANK YOU. |
| 15:31 | 12 | **BY MR. STONE:** |
| 15:31 | 13 | **Q.**   I MEAN, AS AN ENGINEER, WHEN YOU'RE TELLING PEOPLE ABOUT |
| 15:31 | 14 | DETAILS OF ANALYSES AND INVESTIGATIONS, I'M ASSUMING THEY CAN |
| 15:31 | 15 | RELY ON WHAT YOU SAY IN THE WORDS. |
| 15:31 | 16 | **A.**   YOU BET. |
| 15:31 | 17 | **Q.**   SO THE WORDS HERE SPECIFICALLY STATE:  "FOR AN EBSB WITH |
| 15:31 | 18 | POOR GRASS DENSITY AND SANDY, HIGHLY ERODIBLE SUBSTRATE, THE |
| 15:31 | 19 | ESTIMATED TIME TO FAILURE VIA THE WAVE-INDUCED EROSION METHOD |
| 15:31 | 20 | WAS DETERMINED TO BE ABOUT ONE HOUR FOR EROSION OF THE TURF |
| 15:31 | 21 | COVER AND THEN ANOTHER 30 MINUTES FOR BREACH OF THE SAND CORE." |
| 15:31 | 22 | **A.**   OKAY. |
| 15:31 | 23 | **Q.**   CORRECT? |
| 15:31 | 24 | **A.**   YES.  THANK YOU. |
| 15:32 | 25 | **Q.**   AND THEN -- |

15:32    1    **A.**    THAT'S AN ACCURATE STATEMENT.

15:32    2    **Q.**    ALL RIGHT.  SAME EXHIBIT, JX-0207, JANUARY 29, 2009, AT

15:32    3    PAGE 92, I'M LOOKING AT ANOTHER STATEMENT THAT'S SPECIFIC.

15:32    4    IT'S NOT -- WELL, LET ME BACK UP A SECOND.

15:32    5             THIS IS PARAGRAPH 139, JX-0207, PAGE 92.  IT'S THE

15:32    6    DECLARATION.  THAT'S PARAGRAPH 139.  IT STATES:  "WITH RESPECT

15:32    7    TO TIMING OF THE BREACH DEVELOPMENT MECHANISMS, FIGURE 34 SHOWS

15:32    8    A TIME LINE OF STORM-SURGE ELEVATION.  BOTH DEFENSE AND

15:33    9    PLAINTIFFS' EXPERTS AGREE THAT NO EROSION OCCURS WITH THE STORM

15:33   10    SURGE BELOW AN ELEVATION OF +13 FEET."  DO YOU SEE THAT, SIR?

15:33   11    **A.**    YES.

15:33   12    **Q.**    THAT SEEMS PRETTY STRAIGHTFORWARD TO ME, THAT YOU HAVE

15:33   13    13 FEET, NO EROSION.

15:33   14    **A.**    THAT'S A GENERALITY.  THERE ARE LOCATIONS ALONG THE ENTIRE

15:33   15    REACH 2 WHERE THAT GENERALITY IS ACCEPTED.

15:33   16    **Q.**    THEN IT'S REACH 2 THAT WE ARE TALKING ABOUT, THE FULL

15:33   17    REACH OF REACH 2?

15:33   18    **A.**    AND WE'RE REFERRING TO GENERAL BEHAVIOR OF THE EARTHEN

15:33   19    FLOOD PROTECTION STRUCTURES IN THAT ENTIRE LENGTH.

15:33   20    **Q.**    YOU'RE SAYING IT DOES LOOK LIKE YOUR TEST SITE?

15:33   21    **A.**    WE ARE SAYING THE TEST SITE BREACHED EARLIER, AND THAT'S

15:33   22    DUE TO THE UNIQUENESS.  I RESPONDED TO THE JUDGE.  IT HAS GOT

15:34   23    THIS LOWER BERM.  DEEPER WATER COMES EARLIER.  THE WAVE ACTION

15:34   24    IS MORE INTENSE.  SO YOU CAN HAVE -- YOU CAN DROWN IN A STREAM

15:34   25    THAT'S 6 INCHES DEEP ON THE AVERAGE.

| | | |
|---|---|---|
| 15:34 | 1 | **Q.**   BUT YOU HAVE TO HAVE A SUFFICIENT WATER LEVEL FOR THE |
| 15:34 | 2 | EROSION TO OCCUR; CORRECT? |
| 15:34 | 3 | **A.**   THAT'S CORRECT. |
| 15:34 | 4 | **Q.**   HERE YOU SAY THAT -- THIS IS ON PAGE 100 OF THAT SAME |
| 15:34 | 5 | DOCUMENT.  THAT'S THE FIGURE 34 THAT YOU REFER TO.  YOU SAY, |
| 15:34 | 6 | "BELOW 13 FEET, INSUFFICIENT WATER DEPTH FOR EROSION."  THAT'S |
| 15:34 | 7 | 13 FEET NAVD88 JUST LIKE 13 FEET ANYWHERE ELSE; CORRECT, SIR? |
| 15:34 | 8 | **A.**   THAT'S CORRECT. |
| 15:34 | 9 | **Q.**   SO WHETHER YOU HAVE -- ALL RIGHT.  YOUR TEST SITE LEVEE |
| 15:34 | 10 | TOE IS AT 7 FEET; CORRECT? |
| 15:34 | 11 | **A.**   THAT'S CORRECT. |
| 15:34 | 12 | **Q.**   SO YOU ONLY HAVE 6 FEET OF WATER ACTUALLY UP ON THE FACE |
| 15:35 | 13 | OF THE LEVEE; CORRECT? |
| 15:35 | 14 | **A.**   AT WHAT TIME? |
| 15:35 | 15 | **Q.**   WELL, WHENEVER YOU HAVE 13 FEET OF WATER ON THE FACE OF |
| 15:35 | 16 | THE LEVEE. |
| 15:35 | 17 | **A.**   7 FEET, CORRECT. |
| 15:35 | 18 | **Q.**   YOU HAVE 6 FEET OF WATER ON THE FACE, 7-FOOT TOE; RIGHT? |
| 15:35 | 19 | **A.**   STILL WATER, RIGHT. |
| 15:35 | 20 | **Q.**   YOUR TEST SITE WAS A 7-FOOT TOE; RIGHT? |
| 15:35 | 21 | **A.**   THAT'S CORRECT. |
| 15:35 | 22 | **Q.**   SO YOU ONLY HAVE 6 FEET OF WATER ON THE LEVEE? |
| 15:35 | 23 | **A.**   THAT'S CORRECT. |
| 15:35 | 24 | **Q.**   YOU'RE CONCLUDING THAT THAT LEVEE STARTS TO BREACH AT -- |
| 15:35 | 25 | WHAT TIME WAS IT?  SOMETIME AROUND 5:00?  THIS IS -- |

15:35   1   **A.**   I HAVE CRENELLATE AT 5:30 AT THE TOE SITE FOR SCENARIO 1

15:35   2   FOR THE POOR GRASS COVER.

15:36   3             **THE COURT:**  I GUESS COUNSEL IS ASKING YOU:  THESE

15:36   4   SEEM TO BE MANIFESTLY CONTRADICTORY.

15:36   5             **THE WITNESS:**  WELL, SEE, THE FRUSTRATION THAT I'M

15:36   6   HAVING, YOU'RE PROBABLY SHARING.  THIS IS A GENERALITY APPLIED

15:36   7   TO THE ENTIRE REACH 2.  WHEN WE GO TO A SPECIFIC SITE, THERE

15:36   8   CAN BE THINGS THAT WILL BE BEHAVE DIFFERENTLY THAN THIS,

15:36   9   EITHER, QUOTE, BETTER OR NOT AS GOOD.

15:36   10            **THE COURT:**  I UNDERSTAND, SIR.  YOUR TESTIMONY IS

15:36   11  THAT THIS IS A GENERAL PROPOSITION --

15:36   12            **THE WITNESS:**  EXACTLY.

15:36   13            **THE COURT:**  -- THAT IS NOT NECESSARILY UNIFORM OVER

15:36   14  EVERY INCH OF THE ENTIRE REACH 2 OF THE MRGO?

15:36   15            **THE WITNESS:**  BLESS YOU.

15:36   16  **BY MR. STONE:**

15:36   17  **Q.**   SO THIS MEANS THAT THE TEST SITE THAT YOU CHOSE IS NOT

15:36   18  REPRESENTATIVE OF YOUR REACH 2 LEVEES; CORRECT?

15:36   19  **A.**   WE DIDN'T TAKE ANY SITE AS BEING REPRESENTATIVE.  THAT'S

15:37   20  WHY WE TOOK SEVEN SITES BY THE TIME WE WERE THROUGH.

15:37   21  **Q.**   IF YOU DO THIS ANALYSIS FOR REACH 2 AND IT'S A GENERAL

15:37   22  PRINCIPLE ACROSS -- WHAT DID YOU READ FROM THE DEFENDANT'S

15:37   23  EXPERT REPORTS THAT SUGGESTED TO YOU THAT YOU AGREED WITH THEM

15:37   24  ABOUT THIS GENERALITY?

15:37   25  **A.**   IT WAS THE OBSERVATIONS THAT MR. EBERSOLE WAS MAKING -- I

FINAL DAILY COPY

15:37  1  THINK DR. MOSHER AS WELL -- AS HE OBSERVED THE GRASS MOWING ON

15:37  2  THE FRONT SIDE OF THE EARTHEN FLOOD PROTECTION STRUCTURES.

15:37  3  THAT GRASS MOWING WAS IDENTIFIED TO SHOW UP AT ELEVATIONS

15:37  4  BETWEEN 12 AND 13 FEET.  NOW, IF WE HAVE MISQUOTED THEM OR

15:38  5  MISCONSTRUED THEM, I APOLOGIZE.

15:38  6  **Q.**   IN YOUR DEPOSITION OF FEBRUARY 27 OF THIS YEAR, YOU TOOK

15:38  7  SEVERAL SITES AND YOU STUDIED THEM TO MAKE THIS DETERMINATION;

15:38  8  CORRECT?

15:38  9  **A.**   WE STUDIED SEVEN SITES TO BE ABLE TO FINAGLE THE BREACHING

15:39  10  MECHANICS AT THOSE SITES, SAMPLING DIFFERENT KINDS OF BREACHING

15:39  11  BETWEEN BAYOU BIENVENUE AND THE LEVEE TURN TO VERRETT.

15:39  12       THAT WAS ACTUALLY AN IMPORTANT STEP BECAUSE SOME OF

15:39  13  THOSE SITES HAVE BREACHED BACK TO FRONT; SOME BREACHED FRONT TO

15:39  14  BACK; SOME DIDN'T BREACH AT ALL.  AS WE PERFORMED THE ANALYSES,

15:39  15  THE AGREEMENT BETWEEN THE ANALYSES AND THE OBSERVATIONS,

15:39  16  PHOTOGRAPHIC, TAKEN AT APPROPRIATE TIMES, SHOWED THAT WE HAD

15:39  17  PREDICTED CORRECTLY.

15:39  18       WE THEN USED THOSE BENCHMARKS TO FILL IN THE SPACES

15:39  19  BETWEEN THOSE SEVEN REFERENCE POINTS.  THE FUNDAMENTAL

15:40  20  CONCLUSION WE DERIVED IS, IF YOU HAVE GOT GOOD GRASS COVER, YOU

15:40  21  HAVE GOT GOOD VEGETATION DEFENSE IN FRONT, THE LEVEES WILL

15:40  22  SURVIVE.  AND THEY DID.

15:40  23  **Q.**   LET'S LOOK AT OVERTOPPING FOR THAT SECTION OF THE LEVEE.

15:40  24  LET'S LOOK AT OVERTOPPING FOR YOUR TEST SITE --

15:40  25  **A.**   THANK YOU.

FINAL DAILY COPY

| 15:40 | 1 | **Q.**   -- WHICH HAS THE 16-FOOT CREST.  IS IT FAIR TO SAY THAT |
|---|---|---|
| 15:41 | 2 | THE OVERTOPPING OCCURRED AT THAT 16-FOOT CREST AT ABOUT 7:00, |
| 15:41 | 3 | SURGE OVERTOPPING? |
| 15:41 | 4 | **A.**   WHAT ELEVATION ARE YOU PRESUMING THE CREST IS AT? |
| 15:41 | 5 | **Q.**   16 FEET. |
| 15:41 | 6 | **MR. STEVENS:**  CAN WE SEE THE DOCUMENT? |
| 15:41 | 7 | **THE WITNESS:**  I CAN'T SEE ANYTHING. |
| 15:41 | 8 | BY MR. STONE: |
| 15:41 | 9 | **Q.**   I'M SORRY.  BACK TO DECLARATION 1, DX-0451, IT'S AT |
| 15:41 | 10 | PAGE 50. |
| 15:42 | 11 | **A.**   THE REFERENCE FIGURE I'M LOOKING AT HERE FOR THE KATRINA |
| 15:42 | 12 | AS-WAS, BACK-TO-FRONT BREACH DEVELOPMENT TEST SITE IS COMPLETED |
| 15:42 | 13 | AT APPROXIMATELY 7:45 CENTRAL DAYLIGHT TIME, AND THAT'S FOR THE |
| 15:42 | 14 | SCENARIO 1 KATRINA AS-IS.  POOR GRASS COVER IS LIFTED OFF AT |
| 15:42 | 15 | THAT TIME PERIOD. |
| 15:42 | 16 | **Q.**   SO THE OVERTOPPING OCCURS AT? |
| 15:42 | 17 | **A.**   APPROXIMATELY 7:00 IF YOU ARE OVERTOPPING THROUGH THE |
| 15:42 | 18 | ORIGINAL CREST ELEVATION.  DUE TO THE LOCAL CRENELLATION, |
| 15:42 | 19 | YOU'RE ACTUALLY OVERTOPPING BEFORE THEN BECAUSE THE TOP OF THE |
| 15:43 | 20 | LEVEE HAS MOVED DOWN. |
| 15:43 | 21 | **Q.**   IF YOU HAVE AN OVERTOPPING AT 7:00, YOU HAVE AN |
| 15:43 | 22 | OVERTOPPING THERE AT THAT POINT BETWEEN A LITTLE AFTER 7:00 AND |
| 15:43 | 23 | A LITTLE BEFORE 9:00; RIGHT?  ABOUT AN HOUR AND 45 MINUTES OF |
| 15:43 | 24 | OVERTOPPING FOR THAT LEVEE? |
| 15:43 | 25 | **A.**   IF YOU CARRY IT TO PEAK OF THE SURGE, IS THAT WHAT YOU'RE |

| | | |
|---|---|---|
| 15:43 | 1 | REFERENCING?  I CAN'T TELL THE SECOND TIME YOU WERE |
| 15:43 | 2 | REFERENCING. |
| 15:43 | 3 | **Q.**   I'M LOOKING AT THIS ONE RIGHT HERE. |
| 15:43 | 4 | **A.**   OKAY.  SO YOU'RE LOOKING AT THE TIME WHEN THE SURGE DROPS |
| 15:43 | 5 | BELOW 16 FEET. |
| 15:43 | 6 | **Q.**   RIGHT.  SO THE TIME PERIOD THERE IS ABOUT AN HOUR AND 45 |
| 15:44 | 7 | MINUTES OR SO? |
| 15:44 | 8 | **A.**   SURE. |
| 15:44 | 9 | **Q.**   OKAY.  IF YOU ADD 4 1/2 INCHES TO THIS, DO YOU STILL HAVE |
| 15:44 | 10 | MORE THAN AN HOUR OF OVERTOPPING? |
| 15:44 | 11 | **A.**   I GUESS I'M HAVING TROUBLE WHY YOU'RE ADDING ELEVATION AND |
| 15:44 | 12 | NOT TAKING IT AWAY. |
| 15:44 | 13 | **Q.**   I'M ADDING THE 4 1/2 INCHES THAT YOU CLAIM THE LEVEE -- OR |
| 15:44 | 14 | THAT IS ATTRIBUTABLE, IN YOUR OPINION, TO SQUEEZING; CORRECT? |
| 15:44 | 15 | **A.**   I DIDN'T STATE IT THAT WAY.  THAT'S A MISCONSTRUING OF |
| 15:44 | 16 | WHAT I SAID.  THAT'S YOUR DEDUCTION FOR THE SQUEEZING |
| 15:44 | 17 | CONTRIBUTION TO THE SITE FROM 1980 TO THE CURRENT TIME PERIOD. |
| 15:44 | 18 | THAT'S NOT AN ACCURATE ANALYSIS. |
| 15:45 | 19 | **Q.**   LET ME ASK ANOTHER QUESTION FIRST.  IS IT FAIR TO SAY THAT |
| 15:45 | 20 | LEVEES THAT HAVE GOOD GRASS COVERING WILL HAVE BREACHED UNDER |
| 15:45 | 21 | YOUR SCENARIO 2C IF THE SUMMARY ELEVATION EXCEEDS THE CREST |
| 15:45 | 22 | ELEVATION FOR MORE THAN ONE HOUR? |
| 15:45 | 23 | **A.**   CORRECT. |
| 15:45 | 24 | **Q.**   THE SURGE HYDROGRAPHS SHOW THAT EITHER FOR 2C OR FOR |
| 15:45 | 25 | SCENARIO 1, THE SURGE IS APPROXIMATELY THE SAME; CORRECT? |

FINAL DAILY COPY

1408

| | | |
|---|---|---|
| 15:45 | 1 | **A.**   CORRECT. |
| 15:45 | 2 | **Q.**   SO EVEN IF YOU HAD GOOD GRASS COVERING HERE, THIS LEVEE |
| 15:45 | 3 | WOULD BREACH IF IT WAS OVERTOPPED FOR MORE THAN AN HOUR; |
| 15:45 | 4 | CORRECT? |
| 15:45 | 5 | **A.**   WITH WHAT KIND OF GRASS? |
| 15:45 | 6 | **Q.**   GOOD GRASS. |
| 15:45 | 7 | **A.**   WITH GOOD GRASS, IT DOESN'T BREACH.  YOU'RE NOT LOOKING AT |
| 15:45 | 8 | THE RESULTS.  THEY'RE IN PX-72, PDF PAGE 132. |
| 15:45 | 9 | **Q.**   LET'S GO TO YOUR -- |
| 15:46 | 10 | **MR. STEVENS:**  EXCUSE ME.  CAN WE CALL THAT EXHIBIT |
| 15:46 | 11 | UP, YOUR HONOR, PX-72? |
| 15:46 | 12 | **THE COURT:**  IF COUNSEL WANTS TO.  IT'S HIS -- YOU CAN |
| 15:46 | 13 | BRING IT UNDER REDIRECT IF YOU WANT.  MAKE A NOTE OF IT. |
| 15:46 | 14 | **MR. STONE:**  LET'S HAVE THAT.  I DON'T WANT TO -- I |
| 15:46 | 15 | THINK IT'S OUR -- |
| 15:46 | 16 | **THE COURT:**  I REMEMBER WHAT IT WAS.  PUT IT UP. |
| 15:46 | 17 | **BY MR. STONE:** |
| 15:46 | 18 | **Q.**   DX-0451 IS OURS, AND WHAT'S THE PAGE NUMBER? |
| 15:46 | 19 | **A.**   PX-72, PAGE 132, PDF PAGE REFERENCE. |
| 15:46 | 20 | **THE COURT:**  AFTER YOU FINISH THIS, COUNSEL, I'M GOING |
| 15:46 | 21 | TO HAVE A QUESTION BECAUSE I FORGET IT.  GO AHEAD. |
| 15:46 | 22 | **MR. STEVENS:**  DR. BEA, IS THERE ANOTHER PAGE NUMBER? |
| 15:47 | 23 | MAYBE THE PDF PAGE NUMBER IS -- |
| 15:47 | 24 | **THE WITNESS:**  IT'S THE JULY PART 1, PAGE 131, |
| 15:47 | 25 | FIGURE 115. |

| | | |
|---|---|---|
| 15:47 | 1 | **BY MR. STONE:** |
| 15:47 | 2 | **Q.**   I THINK PX-72 IS OUR DX-0451.  YOU SAID PAGE 132? |
| 15:47 | 3 | **A.**   YES, SIR. |
| 15:47 | 4 | **Q.**   IS IT TABLE 2? |
| 15:47 | 5 | **A.**   NO, IT'S A FIGURE.  IT SHOULD BE FIGURE 115. |
| 15:47 | 6 | **THE LAW CLERK:**  MINE WAS ON PAGE 131, BUT -- |
| 15:47 | 7 | **THE WITNESS:**  THERE'S A DIFFERENCE BETWEEN THE PDF |
| 15:47 | 8 | PAGE AND THE PAGE NUMBERING.  I'M QUOTING THE PDF PAGE. |
| 15:47 | 9 | **BY MR. STONE:** |
| 15:47 | 10 | **Q.**   WHAT'S THE DOCUMENT CALLED? |
| 15:47 | 11 | **A.**   THAT'S IT.  BEAUTIFUL. |
| 15:47 | 12 | **Q.**   I KNOW, BUT WHAT'S THE REPORT CALLED? |
| 15:47 | 13 | **A.**   IT'S THE JULY REPORT, PART 1.  THAT'S DECLARATION 1, |
| 15:47 | 14 | PAGE 131. |
| 15:48 | 15 | **Q.**   THIS IS ABOUT GRASS LIFTOFF? |
| 15:48 | 16 | **A.**   THAT'S CORRECT, FOR THE OVERTOPPING PHASE, SHOWS BOTH |
| 15:48 | 17 | SCENARIOS OF -- THE NEUTRAL SCENARIO.  WE RESOLVED THIS WEEKEND |
| 15:48 | 18 | TO QUIT USING THE DOWN-CENTER NUMBERS.  WE ARE GOING TO CALL |
| 15:48 | 19 | THEM "NEUTRAL" AND "AS WAS."  I'M SHOWING A "NEUTRAL" AND "AS |
| 15:48 | 20 | WAS" FOR THE DIFFERENT KINDS OF GRASS COVER -- |
| 15:48 | 21 | **Q.**   LET ME PUT THAT UP. |
| 15:48 | 22 | **A.**   -- AND THE OVERTOPPING. |
| 15:48 | 23 | **Q.**   IS THAT PAGE 130? |
| 15:48 | 24 | **A.**   PERFECT.  YOU HAVE GOT IT.  THE ONLY ONE THAT REACHES THE |
| 15:49 | 25 | DAMAGE RATIO OF 1, IMPLYING THE GRASS LIFTOFF, IS SCENARIO 1, |

15:49    1    THE HURRICANE KATRINA "AS WAS" AND AT GOOD GRASS COVER -- OR,

15:49    2    PARDON ME, POOR -- NOW I'M GETTING PUNCHY, BUT THAT'S ON POOR

15:49    3    GRASS COVER.  FOR GOOD GRASS COVERS AND ALL OF THE SCENARIO

15:49    4    NEUTRALIZED, THERE IS NO LIFTOFF, BACK SIDE.

15:49    5    **Q.**    LET'S GO TO DR. BEA'S DEPOSITION OF JANUARY 31, 2009, AT

15:49    6    PAGE 527, LINES 4 TO 9.  YOU WERE ASKED THERE:

15:50    7            "Question:  SO IT'S YOUR OPINION, SIR, THAT FOR

15:50    8        LEVEES THAT HAD GOOD GRASS COVERING, THEY WOULD HAVE

15:50    9        BREACHED UNDER SCENARIO 2C IF THE SURGE ELEVATION EXCEEDED

15:50   10        THEIR CREST ELEVATION FOR MORE THAN ONE HOUR?

15:50   11            "Answer:  THAT'S CORRECT."

15:50   12    **A.**    THAT'S CORRECT.  SO IN THIS CASE APPARENTLY THE REQUIRED

15:50   13    DAMAGE FOR TURF LIFTOFF HAS NOT HAPPENED AT THE STUDY SITE.

15:50   14    **Q.**    LET'S GO BACK TO DX-0451.

15:50   15            **MR. STONE:**  YOU HAD A QUESTION, YOUR HONOR, AND

15:50   16    THEN I'LL --

15:50   17            **THE COURT:**  I'LL WAIT UNTIL YOU FINISH THIS SEQUENCE

15:51   18    BECAUSE I DON'T WANT TO DISRUPT YOUR FLOW.

15:51   19    **BY MR. STONE:**

15:51   20    **Q.**    DX-0451, WHICH IS DECLARATION 1, JULY 11, 2008, AT

15:51   21    PAGE 50 --

15:51   22            **MR. STEVENS:**  WHILE WE HAVE A LULL -- AND I DON'T

15:51   23    MEAN TO BE DIFFICULT ABOUT THIS BECAUSE I GUESS, YOU KNOW,

15:51   24    TURNABOUT IS FAIR PLAY, BUT FOR THE LAST SET OF QUESTIONS, WHEN

15:52   25    MR. STONE WAS ASKING, HE IS COMPARING 1 TO 2C.  WELL, THERE'S A

FINAL DAILY COPY

15:52    1  GIANT DIFFERENCE IN THE LEVEE ELEVATIONS BETWEEN 1 AND 2C, BUT

15:52    2  HE'S NOT POINTING THAT OUT OR MAKING IT PART OF HIS

15:52    3  HYPOTHETICAL.  SO I WANT TO OBJECT TO THE FORM OF THE QUESTIONS

15:52    4  AS BEING NOT BASED ON ADEQUATE FACTS TO COMPARE TO WHEN YOU

15:52    5  DON'T PUT THAT IN FRONT OF THE WITNESS.

15:52    6          **THE COURT:**  I UNDERSTAND THE NATURE OF THE OBJECTION,

15:52    7  AND I'M SURE YOU WILL CLEAR ALL THAT UP IN A PELLUCID AND

15:52    8  DECISIVE FASHION IN REDIRECT.

15:52    9          **MR. STEVENS:**  WELL, I'LL DO MY VERY BEST, BUT I JUST

15:52   10  THOUGHT, AT THIS POINT IN THIS TRANSCRIPT, IT MAY BE 400 PAGES

15:52   11  FROM NOW BEFORE I GET TO ASK MY LUCID QUESTION.

15:52   12          **THE COURT:**  I HOPE NOT.  I HOPE NOT, FOR EVERYBODY'S

15:52   13  SAKE.

15:52   14  **BY MR. STONE:**

15:53   15  **Q.**   THAT'S A FAIR STATEMENT, THOUGH, ONE HOUR OVERTOPPING.  SO

15:53   16  IF I FIND A PLACE FOR YOU THAT HAS ONE HOUR OF OVERTOPPING

15:53   17  UNDER SCENARIO 2C, THE LEVEE WILL BREACH; CORRECT?

15:53   18          **THE COURT:**  WHEN WE ARE TALKING ABOUT OVERTOPPING, I

15:53   19  JUST -- I LIKE TO DEFINE MY TERMS.  NOT WAVE OVERTOPPING BUT

15:53   20  ACTUAL FLOW OVERTOPPING?  IS THERE A DIFFERENCE?

15:53   21          **THE WITNESS:**  YES.

15:53   22          **THE COURT:**  WORDS MEAN A LOT TO THE COURT, AND

15:53   23  *OVERTOPPING* COULD BE -- EVEN IN MY MIND THAT IS UNTRAINED IN A

15:53   24  SCIENTIFIC FASHION, I CAN UNDERSTAND THAT THERE WOULD BE

15:54   25  DIFFERENT TYPES OF OVERTOPPING.  I WANT TO MAKE SURE WHAT TYPE

1412

15:54   1   OF OVERTALKING WE ARE TALKING ABOUT.

15:54   2              ARE WE TALKING ABOUT OVERTOPPING WHEN WAVES

15:54   3   OVERLAP TO SOME DEGREE AND COME TO -- LET'S SAY A CERTAIN SIZE

15:54   4   WAVE, THAT PART OF THE WAVE GOES OVER AND PART OF THE WAVE

15:54   5   COMES DOWN, IS IT WHEN ALL THE WATER IS GOING OVER OR IS IT

15:54   6   WHEN PART -- WHAT'S OVERTOPPING?

15:54   7              I GUESS I WILL ASK DR. BEA.  WHAT'S OVERTOPPING?

15:54   8        **THE WITNESS:**  YOUR QUESTION IS AN EXCELLENT ONE, AND

15:54   9   YOU HAVE EXPRESSED IT CORRECTLY.  AS WAVES ARE GETTING CLOSE TO

15:54   10  THE TOP OF A STRUCTURE, THEY'RE SPLASHING OVER.  YOU SAW THAT

15:54   11  CLEARLY IN THIS AREA DURING HURRICANE GUSTAV.

15:54   12             THE REAL ACTION STARTS WHEN A SURGE AND WAVES --

15:54   13  BECAUSE YOU CAN'T SEPARATE THEM -- REACH NEAR THE CREST

15:54   14  ELEVATION OF THE STRUCTURE.  AT THAT TIME ACTION STARTS FLOWING

15:55   15  DOWN THE BACK SIDE, AND IT'S CALLED *RUN*.

15:55   16        **THE COURT:**  COUNSEL, YOU MAY BRING YOUR QUESTION AND

15:55   17  ASK ACCORDINGLY.

15:55   18        **THE WITNESS:**  ONE OTHER COMPLEXITY TO ADD TO THIS IS

15:55   19  THE CREST ELEVATION OF AN EARTHEN STRUCTURE DOESN'T STAY AT THE

15:55   20  POINT THAT IT STARTED.  BECAUSE THE CRENELLATION HAS LOWERED

15:55   21  THAT CREST ELEVATION, THE FLOW INTENSIFIES TO THAT POINT.

15:55   22  THAT'S WHY WE CALL IT BREACHING, LIKE BREACHING THE WALLS OF A

15:55   23  CASTLE.

15:55   24  **BY MR. STONE:**

15:55   25  **Q.**   LET'S TALK ABOUT WAVES FOR THE THIRD TIME, DR. BEA.

15:55  1          **THE COURT:**  I'M GOING TO ASK MY QUESTION.  IT HAS

15:55  2  NOTHING SPECIFICALLY TO DO WITH WHAT YOU JUST WENT OVER.

15:55  3              AT YOUR TEST SITE, THE LEVEE HEIGHT WAS 16 FEET;

15:56  4  IS THAT CORRECT?

15:56  5          **THE WITNESS:**  CORRECT.

15:56  6          **THE COURT:**  THE DESIGN HEIGHT WAS 17.5?

15:56  7          **THE WITNESS:**  CORRECT.

15:56  8          **THE COURT:**  WHY WAS THE LEVEE HEIGHT 16 RATHER THAN

15:56  9  17.5, TO YOUR KNOWLEDGE, AT THAT SITE?

15:56  10              LET ME ASK, OUT OF THAT 18 INCHES, HOW MUCH WAS

15:56  11  DUE TO -- OUT OF THE 18 INCHES THAT EXISTED AT THE TIME -- AND

15:56  12  THIS MAY BE AN UNANSWERABLE QUESTION, I'M BEGINNING TO

15:56  13  BELIEVE -- HOW MUCH WAS DUE TO LATERAL DISPLACEMENT?  WHAT

15:56  14  PERCENTAGE OF IT WOULD BE DUE TO LATERAL DISPLACEMENT?

15:56  15          **THE WITNESS:**  I COULD GIVE YOU A QUANTITATIVE ANSWER

15:56  16  IF I COULD REFER TO THE WORK YOU WOULDN'T ADMIT ON APRIL 3.

15:56  17  BUT BECAUSE I CAN'T REFER TO THAT, I CAN'T ANSWER YOUR

15:56  18  QUESTION.

15:57  19          **THE COURT:**  ALL RIGHT.  THAT'S FAIR ENOUGH.

15:57  20          **MR. STEVENS:**  YOUR HONOR, WITH ALL DUE RESPECT, THEY

15:57  21  HAVE OPENED THE DOOR BY ASKING THIS QUESTION.

15:57  22          **THE COURT:**  I UNDERSTAND.  WE MAY GET TO THAT.

15:57  23              LET'S LEAVE THAT ASIDE.  WHAT WOULD CAUSE THE

15:57  24  REMAINDER OF THE SHRINKAGE OF THE LEVEE?  OR SUBSIDENCE.

15:57  25  WHATEVER WORD WE WANT TO USE.  WHY WAS IT A FOOT AND A HALF AT

|       |    |                                                                          |
|-------|----|--------------------------------------------------------------------------|
| 15:57 | 1  | THAT POINT?  WHY WAS IT A FOOT AND A HALF LOWER?  IF WE TAKE              |
| 15:57 | 2  | OUT LATERAL DISPLACEMENT, IF WE ELIMINATE LATERAL DISPLACEMENT.           |
| 15:57 | 3  | THE WITNESS:  I CAN'T ANSWER THAT QUESTION.  I KNOW                       |
| 15:57 | 4  | THERE ARE THREE CONTRIBUTORS.  ONE IS THAT NORMAL SUBSIDENCE,             |
| 15:57 | 5  | 5 MILLIMETERS PER YEAR, APPROXIMATELY.  THERE IS A PRIMARY                |
| 15:57 | 6  | CONSOLIDATION, BUT AT THIS SITE THAT'S GOT TO BE ALMOST GONE.             |
| 15:57 | 7  | BECAUSE WE HAVE BEEN BUILDING THIS SITE FOR A LONG DAMN TIME --           |
| 15:57 | 8  | THE COURT:  RIGHT.                                                        |
| 15:57 | 9  | THE WITNESS:  -- SO THE NORMAL WATER-SQUEEZING IS                         |
| 15:57 | 10 | OVER.  IT TELLS ME THE PRIMARY PLAYER IS SQUEEZING.  AS LONG AS           |
| 15:58 | 11 | THAT CHANNEL IS NEARBY, WE --                                             |
| 15:58 | 12 | THE COURT:  EVEN THOUGH YOU HAVE NOT QUANTIFIED IT AT                     |
| 15:58 | 13 | LEAST FOR THE COURT RIGHT NOW, LOGIC DICTATES THAT IT HAD TO BE           |
| 15:58 | 14 | THAT?                                                                     |
| 15:58 | 15 | THE WITNESS:  THAT'S CORRECT.                                             |
| 15:58 | 16 | THE COURT:  ACCORDING TO YOUR TESTIMONY.  I                               |
| 15:58 | 17 | UNDERSTAND.                                                               |
| 15:58 | 18 | MR. STONE:  I UNDERSTOOD THE WITNESS THIS MORNING TO                      |
| 15:58 | 19 | SAY IT WAS 25 PERCENT, YOUR HONOR.                                        |
| 15:58 | 20 | THE WITNESS:  THAT'S A GENERALITY AGAIN.                                  |
| 15:58 | 21 | THE COURT:  WE ARE ABOUT READY TO PRY OPEN THE OTHER                      |
| 15:58 | 22 | REPORT, SIR, AT LEAST TO SOME DEGREE.                                     |
| 15:58 | 23 | THE WITNESS:  THAT'S THE REASON WE DID THE WORK.  YOU                     |
| 15:58 | 24 | CAN'T COME TO COURT AND GUESS.                                            |
| 15:58 | 25 | THE COURT:  THE COURT UNDERSTANDS THIS.  A FOOT AND A                     |

15:58    1   HALF LOWER THAN DESIGN -- AND WHATEVER LEGAL -- AND THAT THERE

15:58    2   ARE VARIOUS FACTORS THAT CAUSE IT.  IF WE LOOK AT THE NATURAL

15:59    3   SUBSIDENCE IN THE REGION AND WE LOOK OVER TIME AND THE LIFTS

15:59    4   THAT OCCURRED, IT DOESN'T EXPLAIN IT, BASED ON THE MILLIMETERS

15:59    5   INVOLVED WHEN THEY LIFTED IT.  IT DOES NOT EXPLAIN IT.  THERE

15:59    6   HAS TO BE SOMETHING ELSE INVOLVED.  THE COURT UNDERSTANDS THAT.

15:59    7   AS THE FRENCH SAY, IT'S A *MYSTÈRE* AT THIS POINT.

15:59    8   **BY MR. STONE:**

15:59    9   **Q.**   DR. BEA, IS IT FAIR TO SAY THAT THE SETTLEMENT WITH THE

15:59   10   MRGO AND THE SETTLEMENT WITHOUT THE MRGO STABILIZED AS OF 1980?

15:59   11   **A.**   NO, IT IS NOT.

15:59   12          **MR. STONE:**  YOUR HONOR, I GUESS THE REPORT IS IN.

15:59   13   IT'S THE WITHDRAWN DECLARATION, PX-2118, AND LOOK AT PAGE 39.

16:00   14          **MR. STEVENS:**  JUDGE, WE CAN INTRODUCE THE WHOLE

16:00   15   THING.  THAT WOULD BE FINE.

16:00   16          **THE COURT:**  WELL, LET'S DO IT.

16:00   17          **MR. STEVENS:**  I OFFER IT IN, YOUR HONOR, AS PX --

16:00   18          **THE COURT:**  IT'S SOMETHING ELSE FOR YOU TO BRIEF IN A

16:00   19   50-PAGE BRIEF.  YOU BETTER BE REALLY SMART WHEN YOU WRITE THESE

16:00   20   BRIEFS.  THAT'S ALL I CAN TELL YOU.  OKAY.  IT'S IN.

16:00   21          **MR. STEVENS:**  IT WAS PREVIOUSLY IDENTIFIED WITH A PX

16:00   22   NUMBER.

16:00   23          **MR. STONE:**  WE'VE GOT IT RIGHT HERE.  IT'S 2118.

16:00   24          **MR. STEVENS:**  2118.

16:00   25          **THE COURT:**  IT MAY MAKE MY RULING ON DR. RESIO A LOT

FINAL DAILY COPY

16:00   1   EASIER AS WELL.

16:00   2         **MR. STEVENS:**  YOUR HONOR, WE STILL RESERVE OUR RIGHT

16:00   3   TO -- WE DIDN'T OPEN THAT DOOR.

16:00   4         **THE COURT:**  WELL, I UNDERSTAND.  I KNOW YOU HAVE A

16:01   5   TIME.  DO YOU WANT TO TAKE A BRIEF RECESS?  ARE WE READY TO

16:02   6   KEEP ROLLING?

16:02   7         **MR. STONE:**  THIS IS A SUBSTANTIAL REPORT, YOUR HONOR.

16:02   8   I DON'T KNOW IF YOU COULD GIVE US A RECESS NOW SO WE COULD

16:02   9   EVALUATE THE REPORT BEFORE WE START ALL TALKING ABOUT IT,

16:02   10  BUT --

16:02   11        **THE COURT:**  WELL, YOU KNOW, LET'S MOVE ON.  LET'S

16:02   12  KEEP GOING.  THAT TIME IS GONE.

16:02   13        **MR. STONE:**  THIS IS ON PAGE 39.  I'M NOT SURE HOW TO

16:02   14  USE THE ELMO, BUT MAYBE I CAN PUT IT UP ON THERE.

16:02   15        **THE COURT:**  WE ARE GOING TO HELP YOU WITH THAT.  WE

16:02   16  ARE GOING TO SWITCH IT TO THE ELMO AND PUT IT RIGHT THERE.

16:02   17  **BY MR. STONE:**

16:03   18  **Q.**   IT'S PAGE 39, DR. BEA.

16:03   19  **A.**   YES, SIR.  YOUR QUESTION IS?

16:03   20  **Q.**   THE QUESTION WAS:  DIDN'T THE SETTLEMENT WITH THE MRGO AND

16:04   21  SETTLEMENT WITHOUT THE MRGO STABILIZE AS OF 1980?

16:04   22  **A.**   THE DIFFERENCE THROUGH THE LIFE CYCLE WAS APPROXIMATELY

16:04   23  4 1/2 FEET.  THAT'S THE BEST ESTIMATE VALUE.

16:04   24  **Q.**   WELL, IT LOOKS LIKE HERE IN 1980 TO 1985, YOU HAD A

16:04   25  SETTLEMENT OF 2.6 FEET WITH MRGO AND 2.6 FEET WITHOUT MRGO;

FINAL DAILY COPY

16:04    1    CORRECT?

16:04    2    **A.**    CORRECT.  THEN IT'S 4.21, 4.23.  SO WE WILL CALL IT 1992

16:04    3    TO 2001, IT'S THE SAME, AND A DITTO FOR 2001 TO 2005.  SO YOUR

16:04    4    BIG CONTRIBUTION FROM THE GO'S CHANNEL PROXIMITY TO THIS

16:04    5    LOCATION OCCURS BETWEEN 1967 AND 1980.

16:04    6    **Q.**    SINCE 1980, FOR THE LAST 25 YEARS BEFORE KATRINA, THE --

16:05    7    **A.**    THE SQUEEZING HAD STABILIZED.

16:05    8    **Q.**    HAD STABILIZED?

16:05    9    **A.**    CORRECT.

16:05    10            **THE COURT:**  I'M GOING TO BE REALLY CONFUSED ABOUT MY

16:05    11    16 FEET AND 2 FEET, BUT I MAY NEVER GET THAT ANSWER.

16:05    12            **MR. STONE:**  WELL, IT SOUNDS TO ME THE ANSWER IS THAT

16:05    13    IT HASN'T BEEN HAPPENING SINCE 1980.

16:05    14            **THE COURT:**  I KNOW, BUT IF THE LEVEE WAS CONSTRUCTED

16:05    15    BACK TO 18 FEET -- I'M JUST TELLING YOU THE COURT'S

16:05    16    CONUNDRUM -- TO DESIGN HEIGHT 17.5, HOW DID IT GET -- AFTER

16:05    17    1980, HOW DID IT GET TO BE 16 FEET?  I MEAN, THOSE ARE

16:05    18    QUESTIONS THAT VEX THE COURT.

16:05    19            **THE WITNESS:**  EXACTLY.

16:05    20            **THE COURT:**  THERE MAY NOT BE AN ANSWER HERE IN THIS

16:05    21    TRIAL BECAUSE YOU CERTAINLY HAVE GIVEN THAT EVIDENCE.  THERE

16:06    22    MAY BE A GREMLIN OUT THERE.  I DON'T KNOW.

16:06    23            **THE WITNESS:**  YOUR HONOR, THE ANSWER IS THE SQUEEZING

16:06    24    COMES WITH THE BIGGEST LIFTS.  IF YOU TAKE A LIGHT PERSON AND

16:06    25    HAVE THEM SIT ON THE EDGE OF A BED, IT'S VERY DIFFERENT THAN IF

| | | |
|---|---|---|
| 16:06 | 1 | YOU TAKE A 300-POUND PERSON AND SET THEM ON THE EDGE OF THE |
| 16:06 | 2 | SAME BED.  SO THE SQUEEZING IS BEING EXACERBATED OR DRIVEN BY |
| 16:06 | 3 | THE VERY HIGH INCREMENT IN WEIGHT.  AS THE INCREMENTS IN WEIGHT |
| 16:06 | 4 | DECREASE, THE SQUEEZING HAS TO DECREASE. |
| 16:06 | 5 | **THE COURT:**  RIGHT.  MY ONLY PROBLEM WAS APPARENTLY |
| 16:06 | 6 | THERE'S BEEN VERY LITTLE -- FROM THIS CHART, VERY LITTLE |
| 16:06 | 7 | DIFFERENCE FROM 1980 ON TO THE PRESENT DATE, YET THE LIFTS |
| 16:07 | 8 | OCCURRED.  SO IT WOULD HAVE TO BE WITHIN THE LIFT ITSELF, I |
| 16:07 | 9 | GUESS; IS THAT TRUE? |
| 16:07 | 10 | **THE WITNESS:**  THAT'S CORRECT.  NOW YOU GOT IT.  IT'S |
| 16:07 | 11 | THIS INTERSECTION OF THESE TWO PRIMARY PLAYERS.  IT TOOK US A |
| 16:07 | 12 | WHILE TO UNDERSTAND. |
| 16:07 | 13 | **BY MR. STONE:** |
| 16:07 | 14 | **Q.**   DR. BEA, WE ALSO SAW AN IMAGE THAT SHOWED -- FROM |
| 16:07 | 15 | MR. MORRIS.  WE SAW HIS IMAGE THAT SHOWED YELLOW AND GREEN AND |
| 16:07 | 16 | RED SPOTS WHERE THERE WAS NATURAL SUBSIDENCE FOR A FOOT TO |
| 16:07 | 17 | 2-FOOT OR MORE. |
| 16:07 | 18 | **A.**   I DON'T THINK HE IDENTIFIED IT TO ANY CAUSE. |
| 16:07 | 19 | **Q.**   I THINK YOU'RE RIGHT ABOUT THAT.  BUT AS FAR AS |
| 16:07 | 20 | SETTLEMENT, THERE IS -- THERE ARE OTHER ELEMENTS OF THE |
| 16:07 | 21 | SETTLEMENT AROUND THIS AREA; CORRECT? |
| 16:07 | 22 | **A.**   THAT'S CORRECT. |
| 16:07 | 23 | **Q.**   SO WHAT YOU'RE DOING HERE IS YOU'RE IDENTIFYING THE |
| 16:07 | 24 | DIFFERENCE BETWEEN WHAT THE SETTLEMENT WAS WITH MRGO AND WHAT |
| 16:07 | 25 | IT WOULD HAVE BEEN WITHOUT MRGO? |

FINAL DAILY COPY

16:07     1   **A.**    EXACTLY.

16:07     2   **Q.**    SO HERE, IF YOU TOOK MRGO COMPLETELY OUT OF THE PICTURE IN

16:08     3   '80 TO '85, YOU WOULD STILL HAVE 2.6 FEET OF SETTLEMENT DURING

16:08     4   THAT PERIOD?

16:08     5   **A.**    ANOTHER WAY YOU COULD LOOK AT IT IS IF YOU GO TO YOUR

16:08     6   MAGIC MACHINE THERE, FIGURE 11, PAGE 19 --

16:08     7             **THE COURT:**   YOU NEED TO GET OFF THE ELMO, SIR.

16:08     8   **BY MR. STONE:**

16:08     9   **Q.**    YOU'RE TALKING ABOUT THIS REPORT, DR. BEA?

16:08    10   **A.**    YES.  PERFECT.  SITE 2 IS A SITE -- WELL, THERE ARE TWO

16:08    11   PLOTS HERE.  I NEED TO EXPLAIN THE HORIZONTAL PLOT OR -- THE

16:09    12   HORIZONTAL SCALE IS THE DISTANCE ALONG REACH 2 FROM THE

16:09    13   BIENVENUE TO THE VERRETT TURN.

16:09    14             WE CHOSE TWO SITES -- WAIT.  PARDON ME.  I HAVE TO

16:09    15   DESCRIBE THE VERTICAL SCALE.  THERE ARE TWO VERTICAL SCALES.

16:09    16   UNFORTUNATELY, THE CAPTION ON MY LEFT-HAND SIDE HERE, IF YOU

16:09    17   COULD SLIDE THE FIGURE OVER TO PICK IT SO PEOPLE COULD SEE IT,

16:09    18   PLEASE, MR. STONE.

16:09    19   **Q.**    I'M SORRY.  WHICH WAY?

16:09    20   **A.**    I'M TRYING TO -- PERFECT.  YOU'RE IN THE RIGHT DIRECTION,

16:09    21   SIR.  KEEP PUSHING.  KEEP PULLING IT.

16:09    22             THAT'S THE WEST BANK EROSION FROM '65 TO 2005, AND

16:09    23   THAT'S REFERENCED WITH THOSE RED DOTS.  SO WE ARE SHOWING THE

16:10    24   DEVELOPING CORRELATION BETWEEN THE EROSION OF THE MRGO BANKS

16:10    25   AND THE PRE-KATRINA LEVEE HEIGHTS, WHICH ARE SHOWN IN BLUE.

| | | |
|---|---|---|
| 16:10 | 1 | IT SHOWS THAT THE HIGHEST ELEVATIONS IN THIS AREA ARE |
| 16:10 | 2 | THOSE THAT HAVE HAD THE LEAST EROSION OF THE CHANNEL BANKS. |
| 16:10 | 3 | THOSE THAT HAVE HAD THE HIGHEST EROSION OF THE MRGO CHANNEL |
| 16:10 | 4 | BANKS ARE THOSE THAT CORRELATE VERY WELL WITH THE LOWEST |
| 16:10 | 5 | ELEVATIONS.  THIS TURNS OUT TO BE CRUCIAL IN FORENSICS TO HELP |
| 16:10 | 6 | EXPLAIN WHY OVERTOPPING BREACHING WOULD BE ASSOCIATED WITH |
| 16:10 | 7 | THOSE LOW SITES.  THE LOW SITES ARE APPARENTLY BEING HEAVILY |
| 16:10 | 8 | INFLUENCED BY THE PROXIMITY OF THE MRGO CHANNEL. |
| 16:11 | 9 | **Q.**   THE POINT OF ALL OF THIS IS THAT, IF YOU TAKE MRGO OUT, |
| 16:11 | 10 | COMPLETELY OUT, YOU STILL HAVE THE SAME SETTLEMENT OUT THERE OF |
| 16:11 | 11 | THESE LEVEES; CORRECT? |
| 16:11 | 12 | **A.**   NO. |
| 16:11 | 13 | **Q.**   WELL, THAT'S WHAT THE TABLE THAT WE HAD UP BEFORE |
| 16:11 | 14 | SHOWED -- |
| 16:11 | 15 | **A.**   THAT'S ONLY TRUE FOR THAT LAST TIME PERIOD. |
| 16:11 | 16 | **Q.**   YOU MEAN FROM 1980 TO -- |
| 16:11 | 17 | **A.**   THAT'S NOT HOW YOU STATED IT, I DON'T BELIEVE, SIR.  YOU |
| 16:11 | 18 | MADE A GENERAL STATEMENT FOR THE ENTIRE LIFE CYCLE, AND THAT'S |
| 16:11 | 19 | NOT APPROPRIATE. |
| 16:11 | 20 | **Q.**   LET'S TALK ABOUT WAVES FOR A BIT. |
| 16:12 | 21 | **A.**   WHERE? |
| 16:12 | 22 | **Q.**   I'LL ASK YOU.  ARE YOU FINISHED WITH THIS REPORT?  I MEAN, |
| 16:12 | 23 | WE HAVE LOOKED AT THAT PAGE. |
| 16:12 | 24 | **A.**   IT'S ENTIRELY UP TO YOU AND THE JUDGE. |
| 16:12 | 25 | **Q.**   DO YOU AGREE WITH PROFESSOR VRIJLING'S TESTIMONY THAT |

| | | |
|---|---|---|
| 16:12 | 1 | WAVES NEAR THE LEVEE FACE ARE UNPREDICTABLE AND ALWAYS OPEN FOR |
| 16:12 | 2 | DISCUSSION? |
| 16:12 | 3 | **A.**   VERY DEFINITELY.  IT'S LIKE PEOPLE. |
| 16:12 | 4 | **Q.**   IS IT ALSO TRUE THAT UNSUBMERGED VEGETATION REDUCES WAVES? |
| 16:12 | 5 | **A.**   IT IS TRUE THAT SUBMERGED OR UNSUBMERGED VEGETATION HAVE |
| 16:12 | 6 | SIGNIFICANT IMPACT ON WAVE CHARACTERISTICS. |
| 16:13 | 7 | **Q.**   ARE YOU SAYING THAT EVEN AFTER THE VEGETATION IS SUBMERGED |
| 16:13 | 8 | AND THE SURGE LEVEL IS ABOVE THE VEGETATION, YOU STILL HAVE |
| 16:13 | 9 | EFFECT ON THE WAVES? |
| 16:13 | 10 | **A.**   YES. |
| 16:13 | 11 | **Q.**   HOW IS THAT QUANTIFIED, IN YOUR OPINION? |
| 16:13 | 12 | **A.**   IT INFLUENCES THE WAVE, I'LL CALL IT, DAMPING OR |
| 16:13 | 13 | DEGRADATION AS IT IS PROCEEDING OVER THE VEGETATION.  A GOOD |
| 16:13 | 14 | FISHERMAN KNOWS THIS BY WATCHING WAVES COME ACROSS GRASS THAT'S |
| 16:13 | 15 | SUBMERGED.  THE WAVES ARE BEING DAMPED OUT BY THE INTERACTION |
| 16:13 | 16 | WITH GRASS.  IT'S A PRINCIPAL WAY THAT WE PROTECT WETLANDS EVEN |
| 16:13 | 17 | IN HIGH TIDE AREAS.  IT'S THE WAY THAT NATURE PROTECTS THEM. |
| 16:13 | 18 | **Q.**   SWAN IS THE DUTCH MODEL THAT BRINGS THE WAVE TO THE LEVEE |
| 16:13 | 19 | SIDE OF THE MRGO WHERE YOU INCORPORATE THAT DATA INTO YOUR |
| 16:13 | 20 | MODEL; CORRECT? |
| 16:13 | 21 | **A.**   I LISTENED TO PROFESSOR VRIJLING'S TESTIMONY ON THURSDAY, |
| 16:14 | 22 | AND HE SAID THEIR WORK FINISHED AT MID-CHANNEL.  IT WAS AT THAT |
| 16:14 | 23 | POINT THE HAND-OFF HAPPENS FROM PROFESSOR VRIJLING TO MYSELF. |
| 16:14 | 24 | I TAKE IT FROM THAT POINT BY ENSURING THAT WE ARE |
| 16:14 | 25 | TREATING THE LOCAL BATHYMETRIC VEGETATION CHARACTERISTICS |

1422

16:14  1   APPROPRIATELY FOR THE DIFFERING CONDITIONS AND EVALUATE THE

16:14  2   PERFORMANCE OF THE STRUCTURES.  AFTER THAT IS COMPLETED, I THEN

16:14  3   HAND BACK TO PROFESSOR VRIJLING THE RESULTS FOR THE SUBSEQUENT

16:14  4   FLOODING ANALYSES.

16:14  5   **Q.**   WHEN YOU ADDED VEGETATION BETWEEN THE MRGO AND THE LEVEE

16:14  6   BERM, HOW DID THAT AFFECT YOUR SCENARIO 2C?

16:14  7   **A.**   IT ACTS TO REDUCE THE INCOMING WAVE HEIGHTS BY I'LL CALL

16:15  8   IT -- THE MOST SEVERE WOULD BE TO CUT THEM TO ONE-TENTH OF

16:15  9   THEIR INCOMING SIGNIFICANT WAVE HEIGHTS, 35 PERCENT; AND IF YOU

16:15  10  BECAME, I'LL CALL IT, VERY CONSERVATIVE, 50 PERCENT, WHICH

16:15  11  MEANS IT'S CUTTING THEM IN HALF.  IT IS THAT LATTER THAT I USED

16:15  12  FOR THE EVALUATION OF 2C.

16:15  13  **Q.**   YOU APPLIED THAT 50-PERCENT REDUCTION EVERYWHERE IN 2C;

16:15  14  CORRECT?

16:15  15  **A.**   THAT WOULD BE TRUE WHEREVER THAT TYPE OF VEGETATION WAS TO

16:15  16  BE EXPECTED.

16:15  17  **Q.**   THE WAVE EROSION MODEL APPLIES TO SIGNIFICANT WAVE

16:15  18  HEIGHTS; IS THAT TRUE?  YOUR WAVE EROSION MODEL APPLIES TO

16:15  19  SIGNIFICANT WAVE HEIGHTS; CORRECT?

16:15  20  **A.**   THAT'S THE PRIMARY DRIVER, BUT IT RECOGNIZES THAT THE

16:16  21  SIGNIFICANT WAVE HEIGHT IS A STATISTICAL MEASURE OF THE WAVE

16:16  22  HEIGHTS IN AN IRREGULAR SEA.  CORRECTIONS ARE INTRODUCED INTO

16:16  23  THE PROCEDURE TO RECOGNIZE IRREGULAR SEA CONDITIONS.

16:16  24          THE IMPORTANCE AND NECESSITY OF THIS WAS POINTED OUT

16:16  25  BY DR. RESIO IN HIS EXPERT REPORT AND IN THE WORK THAT WAS DONE

FINAL DAILY COPY

16:16     1    BY DR. RESIO AND OTHERS USING THE COULWAVE MODEL.

16:16     2    **Q.**    IS IT FAIR TO SAY THAT THE KEY RESULTS BETWEEN YOUR

16:16     3    SCENARIO 1 AND SCENARIO 2C IS THE IMPORTANT DIFFERENCE WAS

16:16     4    ASSOCIATED WITH THE INTENSITY OF THE WAVES; THE WAVE HEIGHTS

16:16     5    WERE SUBSTANTIALLY LOWER FOR THE NEUTRAL MRGO CONDITIONS, THIS

16:16     6    DIFFERENCE DUE PRIMARILY TO NATURAL VEGETATION AND BATHYMETRIC

16:16     7    EFFECTS ON THE INSTANT WAVES?

16:17     8    **A.**    THAT WOULD BE A NICE GENERALITY, BUT YOU HAVE TO OR SHOULD

16:17     9    RECOGNIZE THAT AT MID-CHANNEL THERE WERE ALREADY SIGNIFICANT

16:17    10    DIFFERENCES BETWEEN THE INCIDENT WAVE HEIGHTS.

16:17    11         THE INCIDENT WAVE HEIGHTS AT THAT POINT ON WAVE RAY 3

16:17    12    WERE 9 FEET FOR THAT SAME WAVE RAY, SAME POSITION FOR THE

16:17    13    NEUTRAL MRGO, BUT WAS 3 FEET.  TAKE THE SQUARE OF 9, AS

16:17    14    MR. O'DONNELL TRIED TO DO, YOU GET 81.  SQUARE 3 -- AND THAT'S

16:17    15    BECAUSE WE ARE TALKING ABOUT KINETIC ENERGY IN A WAVE.  YOU

16:17    16    HAVE GOT 9.  9 INTO 81 STILL SEEMS TO BE 9.

16:17    17         SO THE ENERGY THAT'S IN THE SCENARIO 1 IN KATRINA IS

16:18    18    NINE TIMES AS INTENSE AT THAT POINT AS THE NEUTRALIZED

16:18    19    CONDITION, RECOGNIZING THE DESTRUCTION OF THE NATURAL

16:18    20    VEGETATION AND PROTECTIVE STRUCTURES SEAWARD OF THE CHANNEL.

16:18    21    AT THAT POINT I TAKE THE 3-FOOT-HIGH SIGNIFICANT WAVE AND BRING

16:18    22    IT TO THE FACE OF THE LEVEES.

16:18    23    **Q.**    LET'S GO BACK A BIT AND TALK ABOUT THE GENERAL DESIGN

16:18    24    MEMORANDUM 3 ABOUT THE DESIGN OF THESE LEVEES.  THAT'S JX-0117.

16:18    25         **MR. STEVENS:**  AGAIN, YOUR HONOR, I OBJECT TO THE

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:19 | 1 | RELEVANCE OF THIS LINE OF QUESTIONS AS NOBODY IS CONTESTING |
| 16:19 | 2 | THAT THE LEVEES WERE NEGLIGENTLY DESIGNED.  ALL THE EXPERTS |
| 16:19 | 3 | AGREE THAT THEY PERFORMED AS DESIGNED.  THAT'S NOT PART OF OUR |
| 16:19 | 4 | CASE, AND THE DEFENDANT HAS NEVER DEFENDED ON THOSE GROUNDS. |
| 16:19 | 5 | **MR. STONE:**  THIS IS ABOUT THE STABILITY OF THOSE |
| 16:19 | 6 | LEVEES AND DISCUSSION WITHIN THE DESIGN MEMORANDUM THAT I WANT |
| 16:19 | 7 | TO SEE IF DR. BEA RECALLS THAT KAUFMAN WAS PART OF THIS DESIGN |
| 16:19 | 8 | TEAM.  ALSO, I WOULD LIKE TO SEE IF HE UNDERSTANDS THAT THERE |
| 16:19 | 9 | WAS PLANNED ANALYSIS OF THE LEVEES THAT WOULD TAKE OUT THE |
| 16:19 | 10 | FORESHORE COMPLETELY TO DETERMINE IF THERE WAS STABILITY OF |
| 16:19 | 11 | THESE LEVEES. |
| 16:19 | 12 | **THE COURT:**  SUBJECT TO THE OBJECTION, I'M GOING TO |
| 16:19 | 13 | ALLOW THE QUESTION. |
| 16:19 | 14 | **BY MR. STONE:** |
| 16:19 | 15 | **Q.**   JX-0117, GENERAL DESIGN MEMORANDUM, PAGE 18, PARAGRAPH 10, |
| 16:19 | 16 | IT SAYS, "WE SHALL CHECK THE FINAL LEVEE LOCATION FOR STABILITY |
| 16:20 | 17 | ASSUMING EROSION OF THE ENTIRE FORESHORE TO ELEVATION -3 AT |
| 16:21 | 18 | BOTTOM OF FORESHORE PROTECTION."  DO YOU SEE THAT DR. BEA? |
| 16:21 | 19 | **A.**   YES, SIR. |
| 16:21 | 20 | **Q.**   IT WAS APPROPRIATE FOR THEM TO DO THAT TO DETERMINE, IF |
| 16:21 | 21 | YOU LOST THE COMPLETE FORESHORE, YOU WOULD STILL HAVE A STABLE |
| 16:21 | 22 | LEVEE; CORRECT? |
| 16:21 | 23 | **A.**   WOULD YOU REPEAT YOUR QUESTION.  I THINK YOU WERE ASKING |
| 16:21 | 24 | ME IF IT WAS APPROPRIATE.  MY OPINION CONCERNING |
| 16:21 | 25 | APPROPRIATENESS DOESN'T MATTER.  THIS IS WHAT THEY DID. |

16:21   1   **Q.**   AT THIS POINT THE MEMORANDUM SAYS, "DESIGN ANALYSES

16:21   2   ACCOMPANYING THESE PLANS AND SPECIFICATIONS DEMONSTRATE THE

16:21   3   STABILITY OF THE FINAL LEVEE SECTION RECOMMENDED IN THE GDM

16:21   4   AGAINST FAILURE INTO THE MRGO WITH THE CHANNEL WIDENED TO THE

16:21   5   MAXIMUM WIDTH INCLUDING BOAT SLIPS."  CORRECT?

16:22   6   **A.**   YES, THAT'S CORRECTLY READ.

16:22   7   **Q.**   DID YOU EVALUATE ANY OF THIS WHEN YOU WERE DOING YOUR

16:22   8   ANALYSIS IN THIS CASE?

16:22   9   **A.**   DEFINE "THIS" IN YOUR QUESTION.

16:22   10   **Q.**   EITHER OF THESE POINTS MADE IN THIS GENERAL DESIGN

16:22   11   MEMORANDUM.

16:22   12   **A.**   YES.  THAT'S REPORTED IN MY JULY 2008 EXPERT REPORT,

16:22   13   DECLARATION 1, WHERE WE INVESTIGATED THE LATERAL STABILITY OF

16:22   14   THE EARTHEN FLOOD PROTECTION STRUCTURE IN THE VICINITY OF THE

16:22   15   SO-CALLED WAVE TEST SITE.

16:22   16        WE FOUND EVIDENCE THAT WHEN YOU RECOGNIZE THE

16:22   17   REDUCTION IN THE SOIL STRENGTH DUE TO CREEP EFFECTS, THAT THE

16:23   18   LATERAL STABILITY HAD A FACTOR OF SAFETY CLOSE TO UNITY FOR

16:23   19   LARGE SECTIONS OF THE LEVEE.  SO THIS WAS TELLING US THAT NOT

16:23   20   ONLY SHOULD WE BE CONCERNED WITH THE LOSS OF PROTECTIVE

16:23   21   ELEVATION TO THE SO-CALLED SQUEEZING, BUT THERE WAS AN

16:23   22   IMPORTANT IMPLICATION FOR THE STRENGTH, LATERAL STRENGTH OF THE

16:23   23   EARTHEN FLOOD PROTECTION STRUCTURES.

16:23   24   **Q.**   AND THEY ANALYZED THAT?

16:23   25   **A.**   APPARENTLY, THEY DID AND WE DID TOO.

FINAL DAILY COPY

16:23  1  **Q.**   AT THIS POINT IN THE DOCUMENT, IT SAYS, "FUTURE DESIGN

16:23  2  ANALYSES WILL DEAL WITH THE ABOVE CONSIDERATION FOR ALL LEVEES

16:23  3  LOCATED ALONG THE MRGO."  CORRECT, SIR?

16:24  4  **A.**   THAT'S CORRECTLY READ.

16:24  5  **Q.**   THAT IS WITHIN THE STANDARD OF CARE FOR DEALING WITH THIS

16:24  6  DESIGN ISSUE?

16:24  7  **A.**   IF IT'S ACTUALLY DONE.

16:24  8  **Q.**   PAGE 20 OF THE MAIN TEXT OF THIS DOCUMENT --

16:25  9       **THE COURT:**  THE WITNESS IS REQUESTING A BREAK, AND

16:25  10  I'M CERTAINLY GOING TO -- WE'LL TAKE A 10-MINUTE RECESS.

16:25  11       COULD I TALK TO COUNSEL FOR THE GOVERNMENT AND A

16:25  12  REPRESENTATIVE OF COUNSEL FOR PLAINTIFF JUST FOR A MINUTE.

16:25  13       **THE DEPUTY CLERK:**  ALL RISE.

16:25  14       (WHEREUPON THE COURT TOOK A BRIEF RECESS.)

16:30  15       **THE DEPUTY CLERK:**  ALL RISE.

16:42  16       COURT IS IN SESSION.  PLEASE BE SEATED.

16:43  17       **THE COURT:**  I'M GOING TO LET YOU ASK A FEW MORE

16:43  18  QUESTIONS, AND WHEN YOU ARE READY TO TAKE A BREAK FOR THE DAY,

16:43  19  WE WILL DO IT.

16:43  20       I HAVE A QUESTION.  IT STEMS SOMEWHAT FROM MY

16:43  21  CURIOSITY, AND IT MAY HAVE SOME BEARING ON THE CASE, SO I

16:43  22  WANTED MR. STONE TO HEAR IT AS WELL.

16:43  23       DR. BEA, IF IT'S AN INDECIPHERABLE QUESTION --

16:43  24  AND IT MAY WELL BE -- PLEASE JUST TELL THE COURT YOU CAN'T

16:43  25  ANSWER IT, AND I'LL KNOW THAT MEANS THE QUESTION DOESN'T MAKE

16:43   1   ANY SENSE.  NOW, LET ME SET IT UP BECAUSE IT'S BEEN BOTHERING

16:43   2   ME.

16:43   3               I'VE GOT THE GENERAL PROPOSITION THAT THE

16:43   4   LATERAL DISPLACEMENT PHENOMENON BASICALLY STOPPED IN 1980.  I

16:43   5   UNDERSTAND THAT.  I UNDERSTAND THAT THE NUMBER OF LIFTS AND THE

16:43   6   AMOUNT OF LIFTS STARTED DIMINISHING AFTER THAT TIME AS WELL.

16:43   7          THE WITNESS:  CORRECT.

16:43   8          THE COURT:  COUNSEL HAS MENTIONED 4.5 INCHES,

16:43   9   SOMETHING LIKE THAT, AS BEING THE 25 PERCENT.  WHAT I WAS

16:44   10  THINKING ABOUT IS BECAUSE OF THE NUMBER -- BECAUSE OF THE

16:44   11  SUBSIDENCE THAT TOOK PLACE FROM 1965 TO 1980, THERE HAD TO BE

16:44   12  MORE LIFTS THAN THERE WOULD NORMALLY HAVE BEEN IF WE HAD JUST

16:44   13  HAD NATURAL SUBSIDENCE.

16:44   14         THE WITNESS:  HEAVIER ONES.

16:44   15         THE COURT:  BECAUSE IN EACH LIFT THERE'S SUBSIDENCE

16:44   16  WITHIN THE LIFT, EVEN TAKING OUT THE PHENOMENON OF LATERAL

16:44   17  DISPLACEMENT, IS IT FAIR TO SAY -- AND I'M SURE THE DEFENSE

16:44   18  EXPERT WILL TALK ABOUT THAT.  IS IT FAIR TO SAY THAT THE RAW

16:44   19  NUMBER, TAKING JUST A SIMPLE 4.5, IS A FACILE WAY TO LOOK AT

16:44   20  THIS BECAUSE LATERAL SUBSIDENCE MAY HAVE CAUSED MORE LIFTS,

16:44   21  WHICH CAUSED MORE SUBSIDENCE WITHIN THE LIFTS?

16:44   22         THE WITNESS:  YES.

16:44   23         THE COURT:  IS THAT A FAIR STATEMENT?

16:44   24         THE WITNESS:  YOU HAVE NOT ONLY GOT A FAIR STATEMENT,

16:44   25  YOU HAVE GOT A FAIR ANALYSIS.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:45 | 1 | **THE COURT:** HOW CAN THAT BE CALCULATED TO DETERMINE |
| 16:45 | 2 | OVER THE CONTINUUM WHAT IS ATTRIBUTABLE TO THE SUBSIDENCE? |
| 16:45 | 3 | **THE WITNESS:** YES. WE HAVE DONE THOSE CALCULATIONS, |
| 16:45 | 4 | AND THE CALCULATIONS SHOW CLEARLY THAT IF YOU LET THE CHANNEL |
| 16:45 | 5 | OF THE MRGO GET TO WITHIN, ROUND NUMBERS, 300 FEET OF THE |
| 16:45 | 6 | SEAWARD TOE OF THE LEVEE, THAT AT THAT POINT YOU'RE SUBJECTING |
| 16:45 | 7 | THE LEVEE TO A SQUEEZING PHENOMENON. |
| 16:45 | 8 | IF YOU HAVE GREATER DISTANCE TO THE MRGO |
| 16:45 | 9 | CHANNEL, THE LEVEE DOESN'T, I'LL CALL IT, SQUEEZE. WHAT YOU'RE |
| 16:45 | 10 | SEEING THERE IS PRIMARY CONSOLIDATION OF THE SOFT SEDIMENTS |
| 16:46 | 11 | UNDER THE LEVEE ITSELF. THE TIPOFF TO US WAS THE CORRELATION |
| 16:46 | 12 | BETWEEN THE RESULTANT LEVEE AT THE END OF ITS LIFETIME WITH THE |
| 16:46 | 13 | MIGRATION OF THE CHANNEL DURING THAT TIME PERIOD. WHEN THE |
| 16:46 | 14 | CHANNEL WAS CLOSE, THE SUBSIDENCE WAS HIGH; WHEN THE CHANNEL |
| 16:46 | 15 | WAS DISTANCED, THERE WAS NO SUBSIDENCE DUE TO THE CHANNEL. |
| 16:46 | 16 | SO THAT HIGH AREAS WERE CORRELATED CLOSELY WITH |
| 16:46 | 17 | A LARGE DISTANCE FROM THE CHANNEL; LOW AREAS WERE CORRELATED |
| 16:46 | 18 | VERY WELL WITH A SMALL DISTANCE FROM THE CHANNEL. WE ANALYZED |
| 16:46 | 19 | IT AND THAT WAS CONFIRMED BY THE ANALYSES. WE ANALYZED ONE |
| 16:46 | 20 | SITE THAT WAS, I'LL CALL IT, A TALL PROUD SITE, THE MRGO |
| 16:46 | 21 | CHANNEL WAS DISTANT, AND THERE WAS NO DIFFERENTIAL ATTRIBUTABLE |
| 16:46 | 22 | TO SQUEEZING. WHEN WE WENT TO THE SITE THAT WAS CLOSED, A |
| 16:47 | 23 | DIFFERENTIAL ATTRIBUTABLE TO SQUEEZING WAS 30 PERCENT. |
| 16:47 | 24 | **THE COURT:** AT THE TIME OF KATRINA AT THIS SITE, IT |
| 16:47 | 25 | WAS 16 FEET. IS THERE ANY WAY TO CALCULATE THE PERCENTAGE |

1429

16:47   1   RELATED TO FACTORS RELATED TO LATERAL DISPLACEMENT BECAUSE IT

16:47   2   MAY HAVE CAUSED MORE LIFTS EARLY ON, WHICH THEN, WITHIN

16:47   3   THEMSELVES, COMPACTED AND THEN IT DECLINED?

16:47   4              IS THERE ANY WAY TO CALCULATE -- BECAUSE THE

16:47   5   COURT HAS TO -- TO DETERMINE IF THIS ULTIMATELY IS A FACTOR,

16:47   6   SUBJECT TO ALL THE LEGAL THINGS, I NEED TO KNOW HOW SIGNIFICANT

16:47   7   IT REALLY IS.  I'M THINKING ABOUT IT -- AND I MAY BE THINKING

16:47   8   INCORRECTLY -- BUT I'M TRYING TO THINK HOW MUCH OF A FACTOR IS

16:47   9   IT IN THE FINAL ANALYSIS.  IT MAY BE MORE THAN 4.50 INCHES, BUT

16:47   10  I DON'T HAVE ANYTHING ELSE IN THE RECORD TO TELL ME WHAT ELSE

16:47   11  IT WOULD BE.  THAT'S MY CONCERN.

16:48   12         **THE WITNESS:**  OR ESTIMATED IN THIS REPORT, IT WAS 2

16:48   13  TO 5 FEET CONTRIBUTION FROM THE PROXIMITY OF THE MRGO DURING

16:48   14  THE LIFE CYCLE OF THESE FLOOD PROTECTION STRUCTURES.

16:48   15         **THE COURT:**  HOW DO I CORRELATE THAT TO THE REAL TIME

16:48   16  OF KATRINA WHEN IT WAS 16 FEET?  THAT'S THE PROBLEM.

16:48   17         **MR. STONE:**  COULD I ASK THE COURT A QUESTION?

16:48   18         **THE COURT:**  YES.

16:48   19         **MR. STONE:**  DOESN'T IT ONLY MATTER IF IT'S MRGO THAT

16:48   20  CAUSED THIS?

16:48   21         **THE COURT:**  OH, ABSOLUTELY.  ABSOLUTELY.

16:48   22         **MR. STONE:**  SO IF DR. BEA IS CORRECT AND THAT, WITH

16:48   23  EITHER MRGO OR WITHOUT MRGO, AFTER 1980 YOU DO NOT HAVE A

16:48   24  DIFFERENCE IN SETTLEMENT, THEN DOESN'T THAT ANSWER THE

16:48   25  QUESTION?

FINAL DAILY COPY

16:48    1              **THE COURT:**  NO.  YOU TELL ME.  WHAT IS THE ANSWER?

16:48    2              **MR. STONE:**  WELL, THAT SEEMS TO BE THE ANSWER, THAT

16:48    3    IF YOU --

16:48    4              **THE COURT:**  WHAT'S THE ANSWER IN FEET AND IN INCHES?

16:48    5              **MR. STONE:**  I CAN'T TELL YOU THAT.

16:48    6              **THE COURT:**  WELL, NO, BECAUSE A LIFT AFTER 1980 MAY

16:49    7    HAVE BEEN ATTRIBUTABLE TO THE SUBSIDENCE AND THERE WAS

16:49    8    COMPACTION WITHIN THAT LIFT -- TO ME IT WOULD BE -- AGAIN, I'M

16:49    9    NOT A -- IT WOULD BE A FAIRLY COMPLEX MATHEMATICAL FORMULA TO

16:49   10    FIGURE OUT WHAT I'M THINKING BECAUSE YOU WOULD HAVE TO LOOK AT

16:49   11    MULTIPLE FACTORS TO DO AN ACTUAL CALCULATION.

16:49   12              I MAY BE WAY OFF BASE -- I UNDERSTAND THAT --

16:49   13    BUT I THINK THAT YOU WOULD HAVE TO LOOK AT THE NUMBER OF LIFTS,

16:49   14    THE AMOUNT OF LIFT, WHEN THE LIFT WAS, THE AMOUNT THAT WAS

16:49   15    ATTRIBUTABLE TO -- WELL, THE AMOUNT OF THE LIFT THAT WAS

16:49   16    ATTRIBUTABLE TO LATERAL SUBSIDENCE OR LATERAL DISPLACEMENT, AND

16:49   17    THEN FIGURE OUT WHAT THE COMPACTION WAS WITHIN THE LIFT,

16:49   18    BECAUSE IT WOULD HAVE COMPACTED EARLIER HAD THERE BEEN NO

16:49   19    LATERAL SUBSIDENCE.

16:49   20              IT'S A COMPLICATED QUESTION IN MY MIND THAT I

16:49   21    DON'T HAVE AN ANSWER TO.  IF I DON'T, I DON'T.  IT'S NOT IN THE

16:49   22    RECORD.

16:49   23              **THE WITNESS:**  WE DID THOSE ANALYSES.  WE PERFORMED

16:50   24    THE ANALYSES JUST AS YOU DESCRIBED IT.  WE STARTED AT THE TIME

16:50   25    OF THE CONSTRUCTION OF THESE STRUCTURES.  WE HAVE STEPPED

| | | |
|---|---|---|
| 16:50 | 1 | THROUGH ALL OF THE LIFTS, SO WE DIDN'T DO A SINGLE ANALYSIS. |
| 16:50 | 2 | STEPPING THROUGH -- AND SO AT EACH TIME WE CAN IDENTIFY THE |
| 16:50 | 3 | CONTRIBUTION OF REASONABLE SUBSIDENCE, NATURAL CONSOLIDATION, |
| 16:50 | 4 | AND SQUEEZING. |
| 16:50 | 5 | **THE COURT:**  I GUESS IT BOILS DOWN TO IN 2005, |
| 16:50 | 6 | AUGUST 29, WHY WAS THAT LEVEE 1 1/2 FEET LOWER THAN IT SHOULD |
| 16:50 | 7 | BE?  I'M NOT SURE WHAT, IF ANY, EFFECT THAT HAD ON THE -- I |
| 16:50 | 8 | HAVEN'T MADE THAT DETERMINATION YET -- FLOODING.  NOW, I KNOW |
| 16:50 | 9 | THAT IT'S NOT DUE SIMPLY TO REGIONAL SUBSIDENCE -4.5 INCHES.  I |
| 16:50 | 10 | KNOW IT'S NOT THAT SIMPLE.  THAT'S ALL I KNOW.  THAT'S MY ONLY |
| 16:51 | 11 | STATEMENT AND QUESTION. |
| 16:51 | 12 | COUNSEL, YOU CAN PROCEED.  I'M SURE IT TAKES |
| 16:51 | 13 | A LOT -- IT WOULD TAKE A MULTIPLE REGRESSION ANALYSIS TO DO IT |
| 16:51 | 14 | THE WAY I'M THINKING.  IT JUST CONCERNS ME. |
| 16:51 | 15 | **THE WITNESS:**  WE BURNED UP TWO COMPUTERS. |
| 16:51 | 16 | **MR. STONE:**  I'M TRYING NOT TO TESTIFY HERE.  OKAY? |
| 16:51 | 17 | **THE COURT:**  WELL, YOU CAN ARGUE BASED ON WHAT'S IN |
| 16:51 | 18 | THE RECORD. |
| 16:51 | 19 | **MR. STONE:**  TWO POINTS. |
| 16:51 | 20 | **THE COURT:**  YOU'RE ENTITLED TO MAKE YOUR POINTS. |
| 16:51 | 21 | **MR. STONE:**  NUMBER ONE, YOUR HONOR -- WELL, ACTUALLY, |
| 16:51 | 22 | THREE POINTS, THEN.  NUMBER ONE IS THAT IF YOU TAKE MRGO OUT |
| 16:51 | 23 | AND YOU HAVE THE SAME AMOUNT OF SETTLEMENT, THEN IT'S A LEVEE |
| 16:51 | 24 | ISSUE; IT'S NOT A MRGO ISSUE. |
| 16:51 | 25 | **THE COURT:**  THAT'S A NO-BRAINER. |

FINAL DAILY COPY

```
16:51    1              THE WITNESS:  AND WE DID THAT.

16:51    2              MR. STONE:  THAT MAY BE ENOUGH.  BUT IF IT'S NOT,

16:51    3    WHERE DO YOU FIND THE INFORMATION THAT THE CORPS HAS BEEN

16:52    4    WORKING WITH?  AND IT HAS A BIT MORE.  THE REAL DOCUMENT THAT

16:52    5    TELLS THE CORPS HOW THESE BIG BERMS HANDLE WEIGHT AND PUT THAT

16:52    6    LEVEE IN PLACE AND CONSOLIDATE THE SOIL AND PREVENT IT FROM

16:52    7    LIFTING OR SETTLING IS THE ATCHAFALAYA.

16:52    8              THE COURT:  WELL, HAD THERE BEEN NO LATERAL

16:52    9    SUBSIDENCE, WOULD THERE HAVE TO HAVE BEEN AS MANY LIFTS AT THE

16:52   10    SITE WE ARE TALKING ABOUT?

16:52   11              THE WITNESS:  NO.

16:52   12              THE COURT:  SO THAT'S ANSWER NO. 1 ACCORDING TO THIS

16:52   13    WITNESS.  I DON'T KNOW ANY WITNESS WHO WOULD SAY OTHERWISE

16:52   14    UNLESS THE SUBSIDENCE WAS ONGOING WITHIN THE LEVEE ITSELF.

16:52   15              MR. STONE:  THAT ONE I WILL LEAVE TO OUR EXPERT.

16:52   16              THE COURT:  GO AHEAD AND PROCEED.

16:52   17    BY MR. STONE:

16:52   18    Q.   DR. BEA, I ASKED YOU THIS MORNING IF YOU HAD DONE AN

16:52   19    ANALYSIS OF SCENARIO 3, AND YOU SAID THAT YOU HAD DONE ONE IN

16:53   20    YOUR JULY 15, 2008 TECHNICAL REPORT; IS THAT CORRECT?

16:53   21    A.   IN THE PARAMETERS WE HAD STUDIED THAT YOU HAD REFERRED TO

16:53   22    EARLIER, WE TREATED WAVE CONDITIONS THAT WERE CLOSELY SIMILAR

16:53   23    TO OR BRACKETED THE SO-CALLED SCENARIO 3.  I CALL IT THE

16:53   24    NEUTRAL WITH THE MRGO CHANNEL CONDITION.

16:53   25              WE DID NOT FOCUS ON THE -- I'LL CALL IT CARRYING THAT
```

16:53  1  FORWARD TO THAT CONDITION.  I WORKED SATURDAY AND SUNDAY ON

16:53  2  THAT TO ANSWER THE JUDGE'S QUESTION THAT HE POSED ON FRIDAY.

16:53  3  **Q.**   I MAY HAVE MISSTATED IT OR THERE MAY BE SOMETHING MISSING

16:53  4  HERE, BUT THE TRANSCRIPT SAYS "JULY 15, 2008 TECHNICAL REPORT

16:54  5  1," BUT DID YOU MEAN THE -- MY TECHNICAL REPORT 1.  I HAVE THE

16:54  6  JULY 11 HERE.  UNDER "HYDRODYNAMIC LOADING," PAGE 46, LET'S

16:54  7  LOOK AT THIS.  EXHIBIT DX-0451, TECHNICAL REPORT 1, PAGE 46.

16:54  8  **A.**   THAT'S AN ACCURATE STATEMENT OF WHAT I JUST SAID.

16:54  9  **Q.**   YOU SAID IT WAS NOT EVALUATED IN THAT STUDY?

16:54  10  **A.**   AT THIS TIME, THAT'S CORRECT.

16:54  11  **Q.**   NOW, WE RECEIVED A GROUP OF SLIDES THIS MORNING, AND

16:55  12  COUNSEL WENT THROUGH THE SLIDES.  IT LOOKS LIKE THE LAST LINE

16:55  13  OF THE ALTERNATE PARAMETRIC STUDIES DEALS WITH YOUR SCENARIO 3;

16:55  14  CORRECT, SIR?

16:55  15  **A.**   I'M ACCESSING THAT DOCUMENT.  THE LAST LINE, I BELIEVE, IS

16:55  16  PROFESSOR VRIJLING, BUT MAYBE I HAVE THE WRONG TABLE.

16:55  17  **Q.**   NOW, I APOLOGIZE, DR. BEA.  I MISSPOKE THIS MORNING.

16:55  18  COUNSEL GAVE ME THIS WITH VRIJLING'S INFORMATION ON THE BOTTOM,

16:55  19  BUT I LOOKED AT THE WRONG COPY, THE ONE THAT I HAD RECEIVED THE

16:55  20  NIGHT BEFORE.  SO THAT'S MY MISTAKE THERE.

16:55  21  **A.**   WE BOTH LOOKED AT THE SAME THING.

16:55  22  **Q.**   DR. VRIJLING IS ON YOUR CHART FINALLY.  NOW WE SEE.

16:56  23  **A.**   WELL, LET'S SEE, I REMAIN CONFUSED AS USUAL.  THE BOTTOM

16:56  24  LINE HERE IS DR. BEA.  THE ONE I HAVE IN FRONT OF ME HAS

16:56  25  PROFESSOR VRIJLING.

| | | |
|---|---|---|
| 16:56 | 1 | **Q.**   RIGHT.  I'M GOING TO TRY TO DO THIS AGAIN BECAUSE I JUST |
| 16:56 | 2 | GOT THIS.  MAINLY, I WANTED TO ASK YOU:  IN LOOKING AT YOUR |
| 16:56 | 3 | STUDY, IT SEEMS THAT YOU HAVE TO CHANGE THE GRASS -- |
| 16:56 | 4 | **A.**   CORRECT. |
| 16:56 | 5 | **Q.**   -- IN SCENARIO 3? |
| 16:56 | 6 | **A.**   CORRECT. |
| 16:56 | 7 | **Q.**   YOU HAVE TO CHANGE THE VEGETATION? |
| 16:56 | 8 | **A.**   CORRECT. |
| 16:56 | 9 | **Q.**   FORESHORE PROTECTION? |
| 16:56 | 10 | **A.**   CORRECT. |
| 16:56 | 11 | **Q.**   YOU CHANGE SOMETHING TO REDUCE SALINITY; CORRECT? |
| 16:57 | 12 | **A.**   OKAY. |
| 16:57 | 13 | **Q.**   IN THE END, YOU ALSO HAVE TO PUT UP A FLOODGATE THERE IN |
| 16:57 | 14 | THE MOUTH OF THE FUNNEL. |
| 16:57 | 15 | **A.**   THAT'S NOT APPROPRIATE FOR REACH 2.  THAT IS AN |
| 16:57 | 16 | APPROPRIATE DEFENSIVE MEASURE FOR THE NEW ORLEANS EAST POLDER, |
| 16:57 | 17 | AS THE JUDGE QUESTIONED; AND THE LOWER NINTH WARD POLDER, AS |
| 16:57 | 18 | THE JUDGE QUESTIONED. |
| 16:57 | 19 | **Q.**   OKAY.  BUT THAT IS ALSO ADDED TO YOUR SCENARIO 3, CORRECT, |
| 16:57 | 20 | THAT YOU HAD PUT THAT FLOODGATE UP? |
| 16:57 | 21 | **A.**   FOR THE ANALYSIS OF THE TWO POLDERS I CITED. |
| 16:57 | 22 | **Q.**   YOU HAVE SPOKEN IN THE PAST ABOUT THE FACT THAT THE MRGO |
| 16:57 | 23 | IS BEING CLOSED. |
| 16:57 | 24 | **A.**   YES. |
| 16:57 | 25 | **Q.**   AND THEY'RE STILL PUTTING UP A FLOODGATE; CORRECT? |

16:57  1  **A.**   THEY ARE PUTTING UP A BARRIER AT BAYOU LA LOUTRE AND

16:57  2  THEY'RE WELL UNDERWAY WITH THE DESIGN OF THE FLOODGATE AT THE

16:58  3  MOUTH OF THE FUNNEL.

16:58  4  **Q.**   SO WITHOUT MRGO IN THE PICTURE, YOU STILL NEED THE BARRIER

16:58  5  AT THE MOUTH OF THE FUNNEL BECAUSE OF THOSE FUNNEL WALLS;

16:58  6  CORRECT?

16:58  7  **A.**   YOU NEED IT BECAUSE OF THE CONFLUENCE OF THIS WATER THAT

16:58  8  COMES IN THERE.  I WILL CALL IT THE BARRIER.  IT SHOULD HAVE

16:58  9  BEEN THERE ALL ALONG.

16:58  10  **Q.**   BUT WITH MRGO NOT IN THE PICTURE -- REMEMBER, THE ISSUES

16:58  11  HERE ARE ABOUT WHETHER MRGO CAUSED SOMETHING OR DIDN'T CAUSE

16:58  12  SOMETHING.  WITH MRGO NOT IN THE PICTURE, YOU STILL HAVE TO PUT

16:58  13  THE BARRIER UP AT THE MOUTH OF THE FUNNEL; CORRECT?

16:58  14          **THE COURT:**  YOU HAVE AN OBJECTION?

16:58  15          **MR. STEVENS:**  YES, YOUR HONOR.  I'M GOING TO OBJECT

16:58  16  TO THE FORM OF THE QUESTION BECAUSE IT'S PUTTING THE CART

16:58  17  BEFORE THE HORSE.  HE IS NOT TALKING ABOUT -- THE BARRIER IS A

16:58  18  MITIGATION ISSUE.  IT'S NOT SOMETHING CAUSED BY THE MRGO.  IT'S

16:58  19  A MITIGATION MEASURE AVAILABLE TO MITIGATE.

16:59  20          **THE COURT:**  HE IS SAYING WITH THE BARRIER -- NOW, I

16:59  21  DON'T KNOW IF HE TALKED ABOUT THE MRGO AT 3,000 FEET AND

16:59  22  DEEPER, WITH THE MARSHES DEGRADED, OR THE MRGO -- I THINK THE

16:59  23  WITNESS TESTIFIED THE BARRIER SHOULD HAVE BEEN THERE -- HE IS

16:59  24  SAYING IT SHOULD HAVE BEEN THERE IN THE BEGINNING, AND IT'S

16:59  25  BEING PUT THERE NOW.  I GUESS WE NEED TO KNOW:  SHOULD IT HAVE

16:59   1    BEEN PUT THERE IF THERE HAD BEEN NO MRGO?

16:59   2              **MR. STONE:**  YES, YOUR HONOR.

16:59   3              **THE COURT:**  I'M GOING TO ALLOW HIM TO ASK THAT, IF HE

16:59   4    THINKS IT SHOULD HAVE BEEN PUT WITHOUT THE MRGO.

16:59   5    BY MR. STONE:

16:59   6    **Q.**   IS THAT TRUE?

16:59   7              **THE COURT:**  WITHOUT MRGO.  NO WIDENING OF THE GIWW OR

16:59   8    THE IHNC.

16:59   9    BY MR. STONE:

16:59   10   **Q.**   IS THAT TRUE?

16:59   11   **A.**   I HAVE NOT STUDIED THAT CONDITION AND, CONSEQUENTLY, I

16:59   12   CAN'T GUESS.

16:59   13             **MR. STONE:**  IS THIS A GOOD PLACE TO STOP, YOUR HONOR?

16:59   14             **THE COURT:**  YOU HAVE GOT IT.  IF I ASK ANY MORE

16:59   15   QUESTIONS LIKE I ASKED AGAIN, IT'S DEFINITELY TIME TO STOP.

16:59   16             EVERYBODY UNDERSTANDS THE COURT IS GOING TO

16:59   17   DESPERATELY TRY TO GET TO THE TRUTH OF THE MATTER AS BEST THE

17:00   18   COURT CAN WITH THE COURT'S LIMITED ABILITIES.  AND, OF COURSE,

17:00   19   THERE ARE A LOT OF LEGAL ISSUES.

17:00   20             SO BE THINKING ABOUT IT AS WE GO ALONG, YOUR

17:00   21   POST-TRIAL BRIEFING, IN HOW TO MAKE IT AS CLEAR AS POSSIBLE ON

17:00   22   THE REALLY ESSENTIAL ISSUES.  I'M GOING TO GIVE YOU SOME

17:00   23   GUIDANCE ON THAT, BUT IT'S GOING TO BE IMPORTANT.  WE ARE GOING

17:00   24   TO HAVE A LOT OF TOMORROW AND A LOT OF EXHIBITS.

17:00   25             **MR. STONE:**  DR. BEA AND I ARE TRYING TO WORK THROUGH

                                 FINAL DAILY COPY

17:00    1   THE FACTS, YOUR HONOR.

17:00    2              **THE COURT:**  GOOD.

17:00    3              **THE WITNESS:**  THANK YOU, MR. STONE.

17:00    4              **THE COURT:**  AS BEST THAT CAN BE DONE.  JUST SO

17:00    5   EVERYBODY KNOWS, BUT WITHOUT HOLDING YOU TO IT, ABOUT HOW MUCH

17:00    6   TIME DO WE HAVE WITH DR. BEA TOMORROW WOULD YOU GUESS?  MAKE IT

17:00    7   LIBERAL.

17:00    8              **MR. STONE:**  I'M HOPING I CAN FINISH BEFORE LUNCH.

17:00    9              **THE COURT:**  JUST TO HELP THE PLAINTIFFS.

17:00   10              **THE WITNESS:**  BLESS YOU.

17:00   11              **MR. STONE:**  IT DEPENDS ON WHAT PEOPLE TELL ME TO DO

17:00   12   TOMORROW.

17:00   13              **THE COURT:**  YES, I UNDERSTAND.  THANK YOU VERY MUCH.

17:00   14   WE WILL SEE YOU TOMORROW AT 9:00 SHARP.

17:00   15              **THE DEPUTY CLERK:**  ALL RISE.

17:00   16              (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.)

17:00   17                              * * *

17:00   18                         **CERTIFICATE**

17:00   19         I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT
17:00        REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT
17:00   20   OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE
17:00        AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND
17:00   21   UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE
17:00        ABOVE-ENTITLED AND NUMBERED MATTER.
17:00   22
17:00
17:00   23
17:00
17:00   24                         S/ TONI DOYLE TUSA
17:00                             TONI DOYLE TUSA, CCR, FCRR
17:00   25                         OFFICIAL COURT REPORTER




                         FINAL DAILY COPY

'65 [1]  1419/22
'80 [1]  1419/3
'85 [1]  1419/3

-

-3 [1]  1424/17
-4.5 INCHES [1]  1431/9

.

.01 [3]  1365/15 1366/4 1366/10
.1 [3]  1365/15 1366/4 1366/10

# 0

00 [1]  1348/23
0010 [1]  1351/17
0030 [1]  1355/9
0101 [2]  1352/8 1359/13
0117 [2]  1423/24 1424/15
0207 [6]  1377/23 1378/23 1379/4 1401/9 1402/2 1402/5
0242 [1]  1349/12
0415 [1]  1393/18
0451 [13]  1349/4 1369/11 1387/20 1390/2 1392/14 1394/20 1395/17 1406/9 1408/18 1409/2 1410/14 1410/20 1433/7
06-CV-2268-K [1]  1339/5

# 1

1/2 [5]  1370/12 1394/21 1407/9 1407/13 1431/6
10 [4]  1394/5 1394/21 1399/20 1424/15
10 FEET [3]  1394/10 1399/5 1400/11
10-MINUTE [2]  1389/19 1426/10
100 [3]  1378/8 1396/19 1403/4
1000 [1]  1339/16
10022 [1]  1341/4
109 [8]  1392/3 1392/6 1392/17 1395/15 1395/18 1395/21 1395/24 1396/20
11 [15]  1349/6 1387/20 1387/25 1388/3 1390/3 1392/16 1394/20 1395/17 1396/5 1396/7 1396/10 1396/12 1410/20 1419/6 1433/6
110 [3]  1393/23 1395/21 1395/23
1100 [1]  1340/3
111 [1]  1369/9
114 [1]  1369/11
115 [2]  1408/25 1409/5
12 [6]  1348/19 1381/12 1385/11 1388/19 1395/3 1405/4
1205 [1]  1340/24
1261 [1]  1340/13
13 [6]  1385/9 1395/3 1397/21 1397/25 1399/6 1399/17
13 FEET [32]  1378/6 1381/16 1381/20 1382/6 1382/12 1382/15 1385/2 1385/11 1386/9 1388/8 1388/8 1388/13 1388/21 1391/25 1395/6 1395/8 1397/12 1397/17 1397/25 1398/4 1398/8 1398/12 1398/21 1399/5 1399/18 1402/10 1402/13 1403/6 1403/7 1403/7 1403/15 1405/4
13-FEET [1]  1395/1
130 [1]  1409/23
131 [3]  1408/24 1409/6 1409/14
132 [3]  1408/8 1408/19 1409/2
134 [4]  1369/8 1369/10 1369/11 1372/11
1366 [1]  1340/14
139 [3]  1378/1 1402/5 1402/6
14 [4]  1385/9 1390/16 1390/17 1396/12
14 FEET [15]  1385/2 1385/3 1385/3 1385/25 1386/1 1386/10 1386/10 1386/12 1386/19 1386/21 1388/25 1389/1 1389/12 1390/14 1391/2

14-FEET [1]  1385/4
14-INCH [1]  1386/7
15 [2]  1432/20 1433/4
15 FEET [2]  1382/2 1400/3
150 [1]  1365/16
16 [4]  1382/3 1382/4 1387/3 1413/8
16 FEET [12]  1370/13 1388/11 1388/14 1388/21 1391/13 1406/5 1407/5 1413/3 1417/11 1417/17 1428/25 1429/16
16-FOOT [4]  1381/13 1387/14 1406/1 1406/2
17 [3]  1351/16 1351/23 1370/12
17.5 [3]  1413/6 1413/9 1417/16
18 [3]  1349/6 1357/1 1424/15
18 FEET [1]  1417/15
18 INCHES [2]  1413/10 1413/11
185 [2]  1350/18 1350/19
19 [3]  1351/21 1363/16 1419/6
19-FOOT [2]  1368/5 1368/16
1965 [1]  1427/11
1967 [1]  1417/5
1980 [14]  1407/17 1415/10 1416/21 1416/24 1417/5 1417/6 1417/13 1417/17 1418/7 1420/16 1427/4 1427/11 1429/23 1430/6
1985 [1]  1416/24
1992 [1]  1417/2

# 2

2-FOOT [1]  1418/17
2.6 FEET [3]  1416/25 1416/25 1419/3
20 [5]  1386/4 1386/9 1389/1 1389/13 1426/8
2001 [2]  1417/3 1417/3
20044 [1]  1341/18
2005 [4]  1372/1 1417/3 1419/22 1431/5
2006 [2]  1351/24 1354/13
2007 [2]  1351/16 1351/21
2008 [16]  1349/6 1363/17 1369/9 1387/25 1388/3 1390/3 1392/5 1392/16 1394/20 1395/17 1396/5 1396/10 1410/20 1425/12 1432/20 1433/4
2009 [7]  1339/7 1343/2 1348/22 1377/24 1379/8 1402/2 1410/5
2118 [3]  1415/13 1415/23 1415/24
212 [1]  1343/14
24 [1]  1386/4
25 [2]  1343/6 1417/6
25 PERCENT [2]  1414/19 1427/9
2626 [1]  1340/24
2655 [1]  1340/10
27 [5]  1339/7 1343/2 1386/3 1386/5 1405/6
29 [8]  1371/25 1377/24 1378/20 1379/2 1379/8 1401/5 1402/2 1431/6
2C [10]  1407/21 1407/24 1410/9 1410/25 1411/1 1411/17 1422/6 1422/12 1422/13 1423/3

# 3

3 FEET [1]  1423/13
3,000 FEET [1]  1435/21
3-FOOT-HIGH [1]  1423/21
30 [4]  1348/22 1350/19 1380/14 1401/21
30 PERCENT [1]  1428/23
30-MINUTE [1]  1391/20
300 [1]  1386/7
300 FEET [1]  1428/5
300-POUND [1]  1418/1
31 [1]  1410/5
3102 [1]  1340/3
325 [1]  1341/4
34 [3]  1378/8 1402/7 1403/5

35 [1]  1348/20
3668 [1]  1340/7
38 [1]  1355/9
39 [3]  1415/13 1416/13 1416/18
3:00 FOR [1]  1394/3
3:30 [1]  1394/5

# 4

4 1/2 [1]  1416/23
4.21 [1]  1417/2
4.23 [1]  1417/2
4.32 [1]  1349/13
4.5 [1]  1427/19
4.5 INCHES [1]  1427/8
4.50 [1]  1429/9
400 [1]  1411/10
406 [1]  1341/20
45 [2]  1406/23 1407/6
45 PERCENT [1]  1348/23
46 [2]  1433/6 1433/7
497 [1]  1348/23
4:00 [2]  1393/25 1394/10
4:15 [5]  1393/15 1393/19 1394/13 1394/15 1394/21
4:30 [2]  1391/7 1400/2
4:45 [2]  1392/1 1400/1

# 5

5 FEET [1]  1429/13
5 MILLIMETERS [1]  1414/5
5-18 [1]  1357/1
5-38 [1]  1355/9
50 [8]  1343/12 1387/20 1390/2 1390/6 1394/19 1394/20 1406/10 1410/21
50 PERCENT [1]  1422/10
50-PAGE [1]  1415/19
50-PERCENT [1]  1422/13
500 [2]  1340/6 1341/20
504 [1]  1341/21
519 [1]  1340/17
52 [1]  1343/14
527 [1]  1410/6
53 [1]  1343/14
55 [3]  1378/24 1380/6 1401/1
550 [1]  1339/16
556 [1]  1340/6
57TH [1]  1341/4
589-7778 [1]  1341/21
5:00 [6]  1393/19 1394/16 1394/21 1394/21 1397/12 1403/25
5:00 WE [1]  1400/2
5:00 YOU [1]  1397/3
5:30 [6]  1391/9 1391/16 1391/18 1391/19 1398/17 1404/1
5:45 [1]  1391/18

# 6

6 FEET [4]  1385/21 1403/12 1403/18 1403/22
6 INCHES [1]  1402/25
600 [1]  1341/7
601 [1]  1340/10
604 [1]  1341/7
610 [1]  1339/23
618 [1]  1340/20
63 [1]  1343/13
630 [1]  1386/3
6:00 [5]  1388/8 1390/15 1390/15 1390/17 1398/19
6:00 IF [1]  1391/19
6:00 TO [1]  1391/12
6:15 [2]  1390/18 1390/19
6:20 [2]  1390/19 1390/21

**6**

6:30 [3]  1390/21 1391/13 1391/21

**7**

7 FEET [3]  1400/11 1403/10 1403/17
7-FOOT [2]  1403/18 1403/20
7.40 [1]  1343/7
70113 [2]  1339/20 1339/23
70130 [3]  1340/10 1341/8 1341/21
702C [1]  1371/9
70381 [1]  1340/25
70502 [1]  1340/7
70726 [1]  1340/17
70801 [1]  1340/21
70821 [1]  1340/14
72 [8]  1348/20 1388/20 1392/9 1393/23
  1408/8 1408/11 1408/19 1409/2
75219 [1]  1340/4
7778 [1]  1341/21
7:00 [4]  1388/12 1406/2 1406/17
  1406/21
7:00 AND [1]  1406/22
7:45 [1]  1406/13

**8**

8 FEET [1]  1395/13
81 [2]  1423/14 1423/16
84 [1]  1343/13
855 [1]  1339/19
888 [1]  1341/18

**9**

9 FEET [1]  1423/12
90071 [1]  1339/16
92 [6]  1377/23 1378/2 1392/2 1401/3
  1402/3 1402/5
93 [1]  1396/18
9:00 [1]  1406/23
9:00 SHARP [1]  1437/14

**A**

A LOT [1]  1431/13
ABILITIES [1]  1436/18
ABILITY [1]  1437/20
ABLE [3]  1363/13 1400/12 1405/9
ABOUT [90]  1343/16 1350/11 1350/14
  1350/23 1356/23 1358/22 1359/18
  1360/13 1364/6 1365/19 1365/25 1367/2
  1367/3 1367/4 1370/24 1371/1 1371/9
  1371/24 1373/6 1373/7 1373/16 1374/19
  1375/15 1380/3 1380/13 1380/21
  1381/16 1382/2 1382/10 1385/17
  1388/12 1389/10 1390/13 1390/14
  1390/17 1390/24 1391/7 1392/11
  1393/11 1393/15 1393/25 1394/10
  1394/10 1394/13 1394/16 1395/4
  1395/12 1396/3 1396/9 1397/12 1397/24
  1397/25 1398/4 1398/13 1400/8 1400/14
  1401/1 1401/13 1401/20 1402/16
  1404/24 1406/2 1406/23 1407/6 1409/15
  1410/23 1411/18 1412/1 1412/2 1412/25
  1414/21 1416/9 1417/10 1418/19 1419/9
  1420/20 1423/15 1423/23 1423/24
  1424/5 1427/10 1427/18 1429/7 1432/10
  1434/22 1435/11 1435/17 1435/21
  1436/20 1437/5
ABOUT 6:00 [1]  1390/17
ABOVE [7]  1377/17 1381/19 1394/17
  1395/13 1421/8 1426/2 1437/21
ABOVE-ENTITLED [1]  1437/21
ABSOLUTELY [2]  1429/21 1429/21
ACCEPTED [2]  1379/25 1402/15
ACCEPTED-IN-PRACTICE [1]  1379/25

ACCEPTING [2]  1382/11 1382/16
ACCESSING [1]  1383/19
ACCOMPANYING [1]  1425/2
ACCORDING [4]  1364/13 1398/24
  1414/16 1432/12
ACCORDINGLY [1]  1412/17
ACCOUNT [1]  1354/1
ACCUMULATING [1]  1394/6
ACCUMULATION [3]  1362/19 1377/1
  1377/13
ACCURATE [4]  1378/21 1402/1 1407/18
  1433/8
ACCURATELY [1]  1383/13
ACRONYM [1]  1375/1
ACROSS [3]  1366/14 1404/22 1421/14
ACTED [2]  1356/13 1356/20
ACTION [6]  1365/10 1398/17 1400/12
  1402/23 1412/12 1412/14
ACTIVITY [2]  1365/6 1365/7
ACTS [2]  1365/9 1422/7
ACTUAL [7]  1366/10 1370/10 1370/25
  1387/18 1400/16 1411/20 1430/11
ACTUALLY [8]  1352/7 1378/18 1394/2
  1403/12 1405/12 1406/19 1426/7
  1431/21
ADD [2]  1407/9 1412/18
ADDED [2]  1422/5 1434/19
ADDING [2]  1407/11 1407/13
ADDRESSES [1]  1360/5
ADEQUATE [1]  1411/4
ADMIRE [1]  1358/25
ADMIT [1]  1413/16
ADOPTED [1]  1382/22
ADVECTED [4]  1354/24 1355/1 1355/20
  1356/14
ADVECTION [1]  1355/5
AFFECT [1]  1422/6
AFFECTED [3]  1354/18 1354/20 1358/5
AFTER [18]  1343/23 1345/14 1354/14
  1359/25 1366/9 1372/10 1377/10 1384/3
  1384/10 1386/10 1406/22 1408/20
  1417/16 1421/7 1422/2 1427/6 1429/23
  1430/6
AFTERNOON [2]  1339/10 1343/1
AGAIN [11]  1356/11 1359/13 1376/21
  1376/24 1390/8 1397/5 1414/20 1423/25
  1430/8 1434/1 1436/15
AGAINST [4]  1357/24 1364/25 1376/21
  1425/4
AGGRESSIVE [3]  1366/18 1367/11
  1367/24
AGREE [10]  1350/3 1351/5 1351/6
  1355/24 1378/4 1384/22 1397/20 1402/9
  1420/25 1424/3
AGREED [4]  1365/19 1378/19 1395/9
  1404/23
AGREEMENT [1]  1405/15
AHEAD [6]  1347/1 1362/2 1365/1 1365/3
  1428/21 1432/16
AL [2]  1339/5 1339/7
ALL [49]  1343/3 1348/2 1350/21 1362/1
  1364/16 1367/13 1368/12 1369/4
  1369/12 1369/13 1370/3 1370/15
  1370/17 1371/17 1371/18 1371/20
  1371/20 1372/22 1373/9 1373/25
  1374/22 1375/25 1377/4 1384/22
  1389/23 1395/19 1397/20 1399/3
  1400/22 1402/2 1403/9 1405/14 1410/3
  1411/7 1412/5 1413/19 1413/20 1415/20
  1416/9 1420/9 1424/2 1426/2 1426/13
  1426/15 1429/6 1431/1 1431/10 1435/9
  1437/15
ALLOW [2]  1424/13 1436/3

ALLOWED [1]  1400/8
ALMOST [3]  1350/17 1398/23 1414/6
ALONE [1]  1361/2
ALONG [7]  1361/19 1361/21 1402/14
  1419/12 1426/3 1435/9 1436/20
ALREADY [2]  1375/1 1423/9
ALSO [16]  1341/6 1343/13 1348/8
  1356/20 1359/22 1365/5 1383/12
  1386/19 1389/9 1391/24 1392/2 1418/14
  1421/4 1424/8 1434/13 1434/19
ALTERNATE [2]  1371/14 1433/13
ALWAYS [2]  1355/19 1421/1
AMBIENT [1]  1355/20
AMEN [3]  1369/20 1369/24 1398/15
AMERICA [1]  1339/7
AMIN [1]  1341/11
AMOUNT [9]  1360/18 1367/19 1386/22
  1399/21 1427/6 1430/14 1430/14
  1430/15 1431/23
ANALOGY [1]  1375/21
ANALYSES [16]  1369/12 1369/14
  1370/16 1370/18 1370/19 1371/17
  1371/20 1401/14 1405/14 1405/15
  1422/4 1425/1 1426/2 1428/19 1430/23
  1430/24
ANALYSIS [17]  1352/6 1353/15 1353/17
  1361/6 1363/20 1363/21 1365/5 1404/21
  1407/18 1424/9 1425/8 1427/25 1429/9
  1431/1 1431/13 1432/19 1434/21
ANALYTICAL [2]  1357/24 1380/1
ANALYZE [2]  1374/15 1375/6
ANALYZED [5]  1359/19 1383/16
  1425/24 1428/18 1428/19
ANALYZING [4]  1357/17 1369/4 1375/19
  1379/19
ANDRY [2]  1339/21 1339/22
ANGELES [1]  1339/16
ANGLE [1]  1348/14
ANOMALIES [1]  1400/19
ANOMALY [1]  1400/4
ANOTHER [12]  1349/22 1349/23
  1364/11 1375/15 1380/14 1380/17
  1396/6 1401/21 1402/3 1407/19 1408/22
  1419/5
ANSWER [27]  1345/25 1351/4 1351/12
  1356/19 1357/18 1357/19 1357/24
  1358/7 1358/8 1399/8 1399/10 1399/11
  1413/15 1413/17 1414/3 1417/11
  1417/12 1417/20 1417/23 1426/25
  1429/24 1430/1 1430/2 1430/4 1430/21
  1432/12 1433/2
ANY [16]  1351/6 1353/15 1357/15
  1373/21 1384/5 1395/1 1399/6 1404/19
  1418/18 1425/7 1427/1 1428/25 1429/4
  1431/7 1432/13 1436/14
ANYONE [1]  1365/1
ANYTHING [3]  1357/7 1406/7 1429/10
ANYWHERE [1]  1403/7
APOLOGIZE [2]  1405/5 1433/17
APPARATUS [1]  1360/12
APPARENTLY [4]  1410/12 1418/5
  1420/7 1425/25
APPEAL [1]  1363/23
APPEALS [1]  1392/19
APPEAR [2]  1346/2 1346/9
APPEARANCES [3]  1339/13 1340/1
  1341/1
APPLICATION [1]  1376/18
APPLIED [3]  1397/22 1404/6 1422/13
APPLIES [5]  1355/14 1371/9 1371/20
  1422/17 1422/18
APPRECIATE [1]  1387/10
APPROACH [4]  1362/14 1363/2 1363/3

**A**

APPROACH... [1] 1377/13
APPROPRIATE [6] 1405/16 1420/19 1424/20 1424/24 1434/15 1434/16
APPROPRIATELY [1] 1422/1
APPROPRIATENESS [1] 1424/25
APPROXIMATELY [12] 1351/25 1354/13 1388/13 1397/4 1398/19 1400/1 1400/3 1406/13 1406/17 1407/25 1414/5 1416/22
APRIL [3] 1339/7 1343/2 1413/16
APRIL 3 [1] 1413/16
ARE [113]
AREA [12] 1344/2 1352/2 1354/5 1356/7 1358/6 1359/8 1384/6 1385/10 1386/11 1412/11 1418/21 1420/1
AREAS [4] 1355/21 1421/17 1428/16 1428/17
AREN'T [2] 1394/1 1394/12
ARGUE [2] 1346/21 1431/17
ARGUING [1] 1346/24
ARMY [2] 1379/23 1385/8
AROUND [5] 1363/18 1373/17 1390/15 1403/25 1418/21
ARRIVE [1] 1372/23
ARTICLE [6] 1352/8 1352/18 1359/18 1359/25 1360/4 1361/8
AS [94] 1343/6 1343/9 1349/11 1351/18 1353/10 1353/11 1355/18 1355/22 1357/14 1357/14 1360/7 1360/19 1362/15 1362/23 1363/3 1363/24 1363/24 1364/6 1364/16 1364/18 1364/18 1364/21 1366/7 1366/17 1371/25 1372/3 1372/7 1372/8 1374/8 1374/8 1375/1 1375/23 1377/13 1377/22 1377/22 1378/20 1381/13 1381/21 1381/22 1382/9 1382/16 1385/6 1386/22 1387/19 1389/6 1391/19 1391/19 1398/15 1398/22 1399/17 1399/19 1401/1 1401/13 1404/9 1404/19 1405/1 1405/1 1405/14 1406/12 1406/14 1409/19 1409/19 1410/1 1411/4 1412/9 1414/10 1414/10 1415/7 1415/10 1415/17 1416/1 1416/21 1418/3 1418/19 1418/19 1421/13 1423/13 1423/18 1423/18 1424/1 1424/3 1426/22 1427/6 1427/9 1430/24 1432/9 1433/23 1434/17 1434/17 1436/17 1436/20 1436/21 1437/4
AS-IS [1] 1406/14
AS-WAS [1] 1406/12
ASHLEY [1] 1341/6
ASIDE [2] 1364/21 1413/23
ASK [22] 1345/19 1345/21 1355/7 1356/11 1357/16 1361/17 1363/19 1376/2 1387/24 1392/11 1407/19 1411/11 1412/7 1412/17 1413/1 1413/10 1420/22 1426/17 1429/17 1434/2 1436/3 1436/14
ASKED [11] 1350/23 1351/9 1364/5 1365/19 1385/24 1386/8 1390/24 1400/25 1410/6 1432/18 1436/15
ASKING [10] 1350/24 1351/11 1371/24 1391/5 1399/2 1399/4 1404/3 1410/25 1413/21 1424/23
ASSEMBLE [1] 1392/18
ASSISTED [1] 1350/8
ASSOCIATED [5] 1366/7 1372/16 1373/21 1420/6 1423/4
ASSOCIATES [2] 1339/15 1340/12
ASSUME [1] 1350/24
ASSUMING [2] 1401/14 1424/17

ASSURE [1] 1358/8
AT [105]
ATCHAFALAYA [1] 1432/7
ATTACK [33] 1348/24 1350/14 1351/10 1358/11 1358/20 1359/9 1360/2 1361/16 1361/22 1362/7 1362/18 1362/20 1363/5 1363/11 1365/9 1365/11 1366/25 1367/2 1367/24 1368/12 1369/5 1369/6 1370/1 1370/4 1370/5 1372/19 1373/22 1374/6 1377/6 1377/9 1389/9 1389/17 1389/20
ATTACKING [1] 1365/25
ATTACKS [2] 1369/21 1373/2
ATTEMPT [2] 1376/3 1399/11
ATTEMPTING [1] 1352/21
ATTENTION [1] 1392/2
ATTRIBUTABLE [7] 1407/14 1428/2 1428/21 1428/23 1430/7 1430/15 1430/16
AUGUST [2] 1371/25 1431/6
AUGUST 29 [2] 1371/25 1431/6
AUTOMOBILE [3] 1374/24 1375/10 1375/22
AVAILABLE [2] 1354/10 1435/19
AVENUE [2] 1340/3 1340/17
AVERAGE [1] 1402/25
AVIATION [1] 1377/14
AVOID [1] 1383/23
AWARE [1] 1354/23
AWAY [9] 1349/18 1354/1 1354/24 1355/3 1356/2 1360/8 1383/3 1400/4 1407/12

**B**

B-R-I-A-U-D [1] 1360/23
BACK [59] 1345/3 1345/9 1346/12 1348/19 1359/10 1360/10 1361/22 1363/8 1364/10 1364/12 1365/12 1367/1 1367/12 1367/15 1367/16 1367/19 1367/22 1367/24 1367/25 1368/2 1368/3 1368/25 1372/19 1372/20 1372/21 1374/7 1377/20 1381/12 1384/5 1385/19 1385/21 1385/22 1385/22 1386/20 1387/1 1388/16 1388/19 1390/2 1391/11 1391/12 1391/14 1393/24 1394/19 1395/14 1397/2 1398/18 1398/24 1400/25 1402/4 1405/13 1405/14 1406/9 1406/12 1410/4 1410/14 1412/15 1417/15 1422/3 1423/23
BACK-SURFACE [1] 1372/20
BACK-TO-FRONT [7] 1367/22 1368/3 1372/21 1385/19 1385/21 1391/12 1406/12
BACKGROUND [2] 1345/13 1345/15
BAEZA [1] 1341/10
BAG [1] 1357/12
BANK [1] 1419/22
BANKS [3] 1419/24 1420/2 1420/4
BARON [1] 1340/2
BARONNE [2] 1339/19 1339/23
BARRIER [7] 1435/1 1435/4 1435/8 1435/13 1435/17 1435/20 1435/23
BASE [1] 1430/12
BASED [4] 1383/16 1411/4 1415/4 1431/17
BASELINE [1] 1371/23
BASIC [1] 1375/19
BASICALLY [1] 1373/16 1427/4
BATHYMETRIC [2] 1421/25 1423/6
BATON [1] 1340/14 1340/21
BAYOU [5] 1344/3 1368/4 1368/15 1405/11 1435/1
BAYOU DUPRE [1] 1344/3
BAYOU LA LOUTRE [1] 1435/1

BE [94] 1343/4 1343/5 1345/5 1345/6 1345/11 1346/9 1346/13 1346/9 1346/14 1347/14 1347/14 1347/19 1348/4 1348/5 1348/6 1351/17 1352/2 1352/14 1355/9 1357/8 1359/10 1366/16 1366/17 1366/21 1367/14 1367/24 1370/24 1370/25 1371/8 1372/17 1375/18 1376/12 1376/18 1380/13 1381/16 1387/9 1389/24 1390/16 1390/17 1391/19 1392/11 1396/14 1398/21 1399/20 1399/22 1401/20 1404/4 1404/8 1404/8 1405/9 1409/5 1410/23 1411/10 1411/23 1411/24 1413/12 1413/14 1414/6 1414/13 1415/6 1415/15 1415/19 1417/10 1417/17 1417/20 1417/22 1418/8 1420/5 1420/6 1422/8 1422/15 1422/16 1423/8 1423/16 1425/20 1426/16 1426/24 1427/11 1428/1 1429/7 1429/9 1429/11 1430/2 1430/8 1430/9 1430/12 1431/7 1432/2 1433/3 1436/20 1436/23 1437/4
BEA [43] 1343/8 1343/12 1346/8 1348/5 1350/19 1352/23 1359/25 1361/2 1361/10 1361/15 1362/3 1362/7 1363/24 1367/9 1373/11 1379/13 1380/4 1381/3 1382/9 1384/12 1386/6 1387/20 1392/11 1393/2 1396/5 1397/2 1401/1 1408/22 1412/7 1412/25 1415/9 1416/18 1418/14 1419/9 1424/7 1424/18 1426/23 1429/22 1432/18 1433/17 1433/24 1436/25 1437/6
BEA'S [1] 1410/5
BEACH [1] 1400/17
BEAR [1] 1381/8
BEARING [1] 1426/21
BEAUTIFUL [2] 1385/7 1409/11
BEAUTIFULLY [1] 1371/6
BECAME [1] 1422/10
BECAUSE [47] 1345/13 1345/16 1348/14 1349/5 1351/7 1352/20 1354/6 1354/19 1356/15 1356/18 1364/2 1366/18 1367/10 1370/3 1373/6 1377/12 1378/13 1383/15 1383/22 1384/12 1394/5 1397/16 1405/12 1406/19 1408/21 1410/18 1410/23 1412/13 1412/20 1413/17 1414/7 1417/21 1423/15 1427/1 1427/10 1427/10 1427/15 1427/20 1429/1 1429/4 1430/6 1430/10 1430/18 1434/1 1435/5 1435/7 1435/16
BED [3] 1355/18 1417/25 1418/2
BEEN [30] 1343/8 1354/1 1354/21 1354/21 1356/16 1356/20 1360/8 1361/9 1369/14 1370/23 1376/6 1383/9 1395/23 1414/7 1417/13 1418/6 1418/25 1427/1 1427/12 1430/7 1430/18 1432/3 1432/8 1432/9 1435/9 1435/23 1435/24 1436/1 1436/1 1436/4
BEFORE [28] 1339/10 1348/16 1356/12 1358/20 1359/14 1365/9 1365/10 1376/3 1376/19 1377/20 1377/21 1381/3 1382/20 1384/9 1384/9 1390/13 1392/23 1393/24 1395/8 1406/19 1406/23 1411/11 1416/9 1417/6 1420/13 1433/20 1437/17 1437/8
BEGIN [2] 1365/10 1385/6
BEGINNING [4] 1386/20 1386/22 1413/12 1435/24
BEGINS [3] 1385/18 1391/2 1394/2
BEHAVE [1] 1404/8
BEHAVIOR [1] 1402/18
BEING [12] 1356/8 1361/3 1368/12

**B**

BEING... [9] 1391/10 1404/19 1411/4 1418/2 1420/7 1421/15 1427/9 1434/23 1435/25
BELIEF [1] 1388/17
BELIEVE [6] 1351/17 1359/19 1372/6 1413/13 1420/17 1433/15
BELOW [11] 1378/5 1381/19 1382/6 1386/1 1386/11 1389/1 1395/1 1399/6 1402/10 1403/6 1407/5
BENCHMARK [1] 1380/17
BENCHMARKS [1] 1405/18
BENEATH [3] 1378/9 1385/4 1391/25
BENEFITS [1] 1371/22
BENJAMIN [1] 1341/17
BERKELEY [2] 1355/12 1358/14
BERM [8] 1364/22 1373/21 1400/10 1400/14 1400/15 1400/19 1402/23 1422/6
BERMS [1] 1432/5
BERMUDA [1] 1374/9
BEST [6] 1370/22 1411/9 1416/23 1436/17 1437/4 1437/20
BET [1] 1401/16
BETTER [4] 1369/18 1387/21 1404/9 1415/19
BETWEEN [22] 1363/20 1366/11 1391/12 1391/18 1393/19 1394/7 1395/3 1396/11 1405/4 1405/11 1405/15 1405/19 1406/22 1409/7 1411/1 1417/5 1418/24 1419/24 1422/5 1423/2 1423/10 1428/12
BEYOND [1] 1382/17
BIENVENUE [3] 1368/15 1405/11 1419/13
BIG [3] 1369/7 1417/4 1432/5
BIGGEST [1] 1417/24
BIT [7] 1352/1 1352/12 1382/10 1393/25 1420/20 1423/23 1432/4
BLESS [2] 1404/15 1437/10
BLUE [1] 1419/25
BOARD [5] 1364/9 1364/10 1364/11 1364/11 1364/12
BOAT [1] 1425/5
BODIES [1] 1375/23
BOILS [1] 1431/5
BORGNE [3] 1348/12 1348/15 1349/19
BORING [1] 1354/10
BORROW [1] 1356/7
BOTH [10] 1354/14 1354/17 1355/1 1368/2 1371/9 1378/4 1387/21 1402/8 1409/16 1433/21
BOTHERING [1] 1427/1
BOTTOM [7] 1369/7 1378/15 1378/16 1393/3 1424/18 1433/18 1433/23
BOULEVARD [1] 1340/24
BOX [4] 1340/7 1340/14 1340/24 1341/18
BRACKETED [1] 1432/23
BRAINER [1] 1431/25
BRANCH [1] 1341/10
BREACH [14] 1344/2 1353/10 1353/11 1354/6 1380/15 1391/16 1401/21 1402/7 1403/24 1405/14 1406/12 1408/3 1408/7 1411/17
BREACHED [7] 1354/5 1391/22 1402/21 1405/13 1405/13 1407/20 1410/9
BREACHES [2] 1348/24 1367/4
BREACHING [12] 1354/7 1359/5 1367/1 1372/14 1372/15 1372/22 1395/5 1405/9 1405/10 1412/22 1412/22 1420/6
BREAK [2] 1426/9 1426/18

BREAKING [1] 1365/6
BREKDOWN [1] 1418/8
BRIAUD [10] 1352/6 1352/18 1357/8 1358/10 1358/12 1358/19 1358/24 1359/18 1360/18 1360/22
BRIAUD'S [4] 1350/10 1359/14 1360/12 1362/22
BRIEF [5] 1389/22 1415/18 1415/19 1416/5 1426/14
BRIEFING [1] 1436/21
BRIEFS [2] 1371/8 1415/20
BRING [8] 1343/12 1349/4 1351/18 1359/13 1368/22 1408/13 1412/16 1423/21
BRINGS [2] 1364/10 1421/18
BROAD [1] 1366/15
BROADER [1] 1366/18
BROTHER [1] 1398/15
BROUGHT [3] 1343/18 1355/7 1376/19
BRUNO [2] 1339/18 1339/18
BUDD [1] 1340/2
BUILDING [1] 1414/7
BURNED [1] 1431/15
BUSINESS [1] 1376/8
BUT [73] 1343/6 1349/15 1349/17 1350/22 1351/11 1352/1 1356/22 1360/25 1362/1 1362/13 1363/2 1363/3 1363/18 1364/19 1365/5 1365/11 1366/18 1370/24 1372/6 1375/1 1375/9 1376/6 1377/8 1379/13 1382/25 1383/4 1383/7 1383/9 1383/12 1385/13 1385/17 1387/2 1388/19 1388/25 1389/4 1391/19 1391/24 1394/9 1395/1 1395/12 1396/8 1397/20 1403/1 1409/6 1409/12 1410/2 1410/24 1411/1 1411/9 1411/19 1413/17 1414/6 1416/10 1416/14 1417/11 1417/14 1418/19 1422/20 1423/8 1423/13 1425/21 1429/8 1429/9 1430/13 1432/2 1433/4 1433/5 1433/16 1433/19 1434/19 1435/10 1436/23 1437/5

**C**

CALCULATE [3] 1377/17 1428/25 1429/4
CALCULATED [1] 1428/1
CALCULATION [1] 1430/11
CALCULATIONS [3] 1377/22 1428/3 1428/4
CALIBRATE [1] 1380/2
CALIBRATED [2] 1379/23 1379/25
CALIBRATION [2] 1380/1 1380/4
CALIFORNIA [2] 1339/16 1358/14
CALL [22] 1356/17 1364/2 1364/4 1365/9 1367/1 1367/22 1376/9 1392/2 1394/21 1400/16 1408/10 1409/18 1412/22 1417/2 1421/12 1422/7 1422/10 1428/9 1428/20 1432/23 1432/25 1435/8 1435/16
CALLED [12] 1363/12 1372/4 1372/17 1377/16 1377/18 1385/15 1409/10 1409/12 1412/15 1425/15 1425/21 1432/23
CALLED GRASS [1] 1372/17
CALLING [3] 1350/22 1379/11 1382/13
CALVIN [1] 1340/16
CAME [1] 1376/7
CAN [63] 1343/19 1345/21 1345/25 1347/3 1349/4 1350/3 1350/18 1351/12 1351/17 1357/22 1359/13 1360/11 1361/11 1363/22 1363/23 1364/6 1364/14 1365/10 1366/16 1368/22 1373/11 1374/18 1376/1 1376/12 1376/13 1377/22 1382/10 1382/20 1384/9 1385/19 1386/3 1387/2 1387/21

1387/22 1387/23 1390/8 1391/14 1392/13 1396/14 1397/11 1392/21
1397/20 1399/4 1399/6 1399/20 1401/14 1402/24 1402/24 1404/8 1406/6 1408/10 1408/12 1411/24 1415/14 1415/20 1416/14 1428/1 1431/2 1431/12 1431/12 1436/18 1437/4 1437/8
CAN'T [22] 1345/16 1345/17 1350/1 1354/3 1361/11 1368/6 1368/17 1370/5 1376/8 1380/22 1382/12 1384/10 1406/7 1407/1 1412/13 1413/17 1413/17 1414/3 1414/24 1426/24 1435/20 1436/12
CAPTION [7] 1349/16 1349/20 1349/22 1350/6 1350/8 1378/9 1419/16
CAR [1] 1358/17
CARE [4] 1368/23 1370/7 1370/15 1426/5
CAREFULLY [1] 1345/11
CARMEN [1] 1358/13
CARONDELET [1] 1341/7
CARPENTER [1] 1364/8
CARRIED [4] 1354/24 1355/20 1356/2 1356/8
CARRY [1] 1406/25
CARRYING [1] 1432/25
CART [1] 1435/16
CARTONS [4] 1353/2 1353/3 1353/4 1358/16
CASE [15] 1350/22 1360/25 1361/20 1361/23 1369/4 1377/1 1377/3 1378/12 1399/23 1399/24 1400/1 1410/12 1424/4 1425/8 1426/21
CASES [2] 1383/6 1387/15
CASTLE [2] 1367/6 1412/23
CAUSE [4] 1413/23 1415/2 1418/18 1435/11
CAUSED [7] 1394/8 1427/20 1427/21 1429/2 1429/20 1435/11 1435/18
CAUSING [3] 1366/20 1385/25 1386/11
CCR [3] 1341/20 1437/19 1437/24
CENTER [2] 1386/7 1409/18
CENTERS [1] 1375/7
CENTRAL [1] 1406/13
CERTAIN [1] 1412/3
CERTAINLY [3] 1374/20 1417/21 1426/10
CERTIFICATE [1] 1437/18
CERTIFY [1] 1437/20
CHALLENGE [1] 1392/24
CHANCE [1] 1376/17
CHANGE [5] 1365/8 1389/6 1434/3 1434/7 1434/11
CHANGES [1] 1363/11
CHANGING [1] 1366/16
CHANNEL [21] 1372/7 1372/7 1414/11 1417/4 1420/2 1420/3 1420/8 1421/22 1423/9 1423/20 1425/4 1428/4 1428/9 1428/13 1428/14 1428/14 1428/15 1428/17 1428/18 1428/21 1432/24
CHAPTER [4] 1349/13 1349/15 1350/5 1355/7
CHARACTERISTIC [2] 1354/4 1391/21
CHARACTERISTICS [4] 1375/23 1376/1 1421/6 1421/25
CHARACTERIZATION [1] 1354/9
CHARACTERIZE [3] 1354/7 1374/2 1374/11
CHART [3] 1393/25 1418/6 1433/22
CHECK [1] 1424/16
CHEMISTRY [1] 1376/4
CHOSE [2] 1404/17 1419/14
CHUNG [1] 1358/13
CITED [1] 1434/21

## C

CITY [1] 1340/25
CIVIL [1] 1341/10
CLAIM [3] 1343/22 1343/23 1407/13
CLARIFYING [1] 1351/12
CLASSIC [1] 1368/2
CLAY [2] 1355/2 1356/23
CLEAR [5] 1348/15 1370/22 1383/23
1411/7 1436/21
CLEARLY [4] 1385/10 1385/20 1412/11
1428/4
CLOSE [7] 1348/17 1352/1 1390/20
1390/22 1412/9 1425/18 1428/14
CLOSED [2] 1428/22 1434/23
CLOSELY [3] 1391/19 1428/16 1432/22
COASTAL [2] 1355/8 1355/14
COAUTHOR [2] 1349/15 1359/22
COAUTHORED [3] 1349/14 1350/10
1352/17
COHESIVE [9] 1354/23 1355/18 1356/2
1356/7 1356/13 1356/23 1357/5 1369/17
1370/7
COLLAPSING [1] 1366/6
COLLECTED [3] 1356/2 1358/9 1359/2
COLLEGE [1] 1358/18
COLLIDE [1] 1376/21
COLLIDING [1] 1375/23
COLLISION [4] 1375/17 1376/11
1376/14 1377/11
COMBINE [2] 1357/23 1377/17
COME [6] 1367/1 1381/3 1384/5 1412/3
1414/24 1421/14
COMES [5] 1388/8 1402/23 1412/5
1417/24 1435/8
COMING [4] 1345/1 1345/12 1346/14
1356/6
COMMENTING [1] 1370/20
COMMERCIAL [1] 1377/13
COMMISSIONED [1] 1385/9
COMMUNICATION [1] 1348/15
COMPACTED [6] 1357/13 1369/17
1370/8 1391/20 1429/3 1430/18
COMPACTION [2] 1357/13 1365/8
1430/8 1430/17
COMPARABLE [1] 1353/20 1353/21
1353/22
COMPARE [2] 1357/24 1411/4
COMPARING [1] 1410/25
COMPARISON [1] 1366/11
COMPLETE [2] 1391/12 1424/21
COMPLETED [5] 1359/25 1388/16
1391/7 1406/12 1422/2
COMPLETELY [8] 1349/18 1352/14
1366/22 1383/9 1384/4 1419/2 1420/10
1424/10
COMPLEX [6] 1340/13 1365/23 1370/6
1375/9 1377/5 1430/9
COMPLEXITY [1] 1412/18
COMPLICATED [1] 1430/20
COMPUTE [1] 1375/21
COMPUTER [8] 1341/25 1374/17
1375/6 1376/8 1376/11 1376/16 1376/18
1379/13
COMPUTERS [2] 1376/3 1431/15
CONCENTRATES [1] 1360/9
CONCENTRATION [1] 1355/22
CONCERN [1] 1429/11
CONCERNED [2] 1377/16 1425/20
CONCERNING [3] 1351/10 1358/20
1424/24
CONCERNS [1] 1431/14
CONCLUDE [2] 1373/1 1393/12

CONCLUDED [2] 1378/19 1378/20
CONCLUDING [1] 1387/4
CONCLUSION [8] 1352/19 1352/21
1352/22 1359/15 1359/16 1369/25
1378/12 1405/20
CONCLUSIONS [3] 1377/21 1380/3
1382/9
CONCRETE [1] 1344/1
CONDITION [6] 1383/13 1394/4 1423/19
1432/24 1433/1 1436/11
CONDITIONS [7] 1353/21 1380/19
1380/20 1422/1 1422/23 1423/5 1432/22
CONFIGURATION [4] 1367/15 1373/14
1373/19 1373/20
CONFIRM [2] 1369/16 1371/3
CONFIRMED [1] 1428/19
CONFLUENCE [1] 1435/7
CONFUSE [1] 1385/5
CONFUSED [3] 1382/1 1417/10 1433/23
CONFUSION [1] 1396/14
CONNECTED [1] 1386/15
CONOR [1] 1341/12
CONSEQUENTLY [2] 1366/10 1436/11
CONSERVATIVE [1] 1422/10
CONSIDERATION [1] 1426/2
CONSOLIDATE [1] 1432/6
CONSOLIDATION [3] 1414/6 1428/10
1431/3
CONSTANT [4] 1366/14 1366/16
1366/19 1389/8
CONSTRUCTED [3] 1369/16 1369/18
1417/14
CONSTRUCTION [1] 1430/25
CONTENT [1] 1356/9
CONTESTING [1] 1424/1
CONTEXT [4] 1361/13 1379/10 1387/2
1390/8
CONTINUE [2] 1347/1 1398/16
CONTINUED [2] 1340/1 1341/1
CONTINUES [2] 1363/4 1386/15
CONTINUUM [1] 1428/2
CONTRADICTORY [2] 1399/22 1404/4
CONTRIBUTION [4] 1407/17 1417/4
1429/13 1431/3
CONTRIBUTIONS [1] 1371/24
CONTRIBUTORS [1] 1414/4
CONTROL [1] 1373/14
CONUNDRUM [1] 1417/16
COPY [2] 1379/12 1433/19
CORDIALITY [1] 1387/11
CORE [1] 1380/15 1401/21
CORNER [3] 1343/21 1352/10 1388/5
CORPS [6] 1354/10 1356/6 1379/23
1385/8 1432/3 1432/5
CORRECT [167]
CORRECTED [1] 1396/6
CORRECTIONS [1] 1422/22
CORRECTLY [5] 1349/20 1405/17
1412/9 1425/6 1426/4
CORRELATE [2] 1420/4 1429/15
CORRELATED [2] 1428/16 1428/17
CORRELATION [2] 1419/24 1428/11
CORROBORATE [1] 1354/11
CORROBORATED [1] 1354/9
COULD [18] 1353/11 1354/18 1359/4
1376/6 1379/10 1379/11 1385/16
1386/25 1411/23 1413/15 1413/16
1416/8 1416/8 1419/15 1419/17 1419/17
1426/11 1429/17
COULDN'T [1] 1396/21
COULWAVE [1] 1423/1
COUNSEL [14] 1360/21 1364/5 1371/13
1401/10 1404/3 1408/12 1408/20

1412/16 1426/11 1426/12 1427/8
1430/8
COURSE [3] 1352/4 1362/8 1436/18
COURT [38] 1339/1 1341/20 1343/4
1360/11 1361/19 1363/23 1363/23
1370/21 1370/22 1370/24 1370/24
1371/7 1371/13 1372/11 1374/25
1383/23 1383/24 1384/23 1389/22
1389/24 1392/19 1411/22 1414/13
1414/24 1414/25 1415/6 1417/18
1426/14 1426/16 1426/24 1429/5
1429/17 1436/16 1436/18 1437/16
1437/19 1437/19 1437/25
COURT'S [2] 1417/15 1436/18
COVER [11] 1374/2 1380/14 1398/11
1399/2 1401/21 1404/2 1405/20 1406/14
1409/20 1410/1 1410/3
COVERING [3] 1407/20 1408/2 1410/8
COVERS [3] 1366/18 1399/25 1410/3
CRASH [1] 1376/1
CRASHING [1] 1394/24
CREATE [1] 1383/13
CREEP [1] 1425/17
CRENELLATE [1] 1404/1
CRENELLATED [1] 1388/15
CRENELLATES [1] 1391/9
CRENELLATION [10] 1363/13 1363/14
1364/20 1368/15 1368/25 1385/18
1391/10 1391/17 1406/18 1412/20
CREST [15] 1366/6 1387/4 1391/9
1391/9 1391/17 1398/16 1406/1 1406/2
1406/4 1406/18 1407/21 1410/10
1412/13 1412/19 1412/21
CROSS [2] 1343/10 1400/7
CROSS-EXAMINATION [1] 1343/10
CROSS-SECTION [1] 1400/7
CRUCIAL [2] 1398/15 1420/5
CRUMPLED [1] 1377/2
CUMULATIVE [2] 1377/3 1377/18
CURIOSITY [2] 1376/3 1426/21
CURRENT [4] 1350/14 1351/5 1351/7
1407/17
CURVE [1] 1393/22
CUT [1] 1422/8
CUTTING [1] 1422/11
CV [1] 1339/5
CYCLE [3] 1416/22 1420/18 1429/14
CYCLES [1] 1366/7

## D

DALLAS [1] 1340/4
DAMAGE [14] 1362/19 1372/18 1375/18
1375/22 1376/24 1377/1 1377/3 1377/13
1377/15 1377/16 1377/18 1385/17
1409/25 1410/13
DAMAGED [1] 1376/23
DAMN [1] 1414/7
DAMPED [1] 1421/15
DAMPING [1] 1421/12
DANIEL [1] 1341/10
DASHED [1] 1393/3
DATA [1] 1421/19
DATE [1] 1418/7
DATED [1] 1351/16
DAY [2] 1381/22 1426/18
DAYLIGHT [1] 1406/13
DC [1] 1341/18
DEAL [3] 1358/25 1377/21 1426/2
DEALING [4] 1350/5 1372/8 1399/23
1426/5
DEALS [1] 1433/13
DEBRIS [1] 1385/13
DECEMBER [1] 1363/16

D

DECEMBER 19 [1] 1363/16
DECIDE [1] 1376/20
DECISIVE [1] 1411/8
DECLARATION [23] 1349/6 1349/10
1351/16 1351/21 1369/8 1377/23 1379/3
1379/4 1387/20 1387/25 1390/3 1390/4
1392/5 1392/8 1392/16 1394/20 1395/18
1402/6 1406/9 1409/13 1410/20 1415/13
1425/13
DECLARATION 1 [1] 1387/20
DECLINED [1] 1429/3
DECREASE [2] 1418/4 1418/4
DEDUCTION [1] 1407/16
DEEP [1] 1402/25
DEEPER [2] 1402/23 1435/22
DEFENDANT [2] 1341/9 1424/4
DEFENDANT'S [1] 1395/9 1404/22
DEFENDANTS [1] 1343/7
DEFENDED [1] 1424/4
DEFENSE [6] 1372/20 1378/4 1378/19
1402/8 1405/21 1427/17
DEFENSIVE [1] 1434/16
DEFINE [7] 1361/4 1363/22 1373/11
1373/13 1373/23 1411/19 1425/9
DEFINITELY [2] 1421/3 1436/15
DEFORMED [2] 1376/12 1376/21
DEGRADATION [1] 1421/13
DEGRADED [1] 1435/22
DEGREE [4] 1357/16 1367/20 1412/3
1414/22
DELAY [1] 1394/7
DELAYING [1] 1394/9
DEMONSTRATE [4] 1362/18 1363/19
1363/19 1425/2
DENHAM [1] 1340/17
DENSITY [2] 1380/11 1401/18
DENUDED [1] 1383/1
DEPARTMENT [1] 1341/9
DEPEND [1] 1367/14
DEPENDING [1] 1391/21
DEPENDS [2] 1374/12 1437/11
DEPICTING [1] 1396/22
DEPOSITION [7] 1350/19 1350/22
1351/4 1386/3 1386/5 1405/6 1410/5
DEPTH [3] 1367/14 1378/10 1403/6
DERIVED [1] 1405/20
DESCRIBE [4] 1347/8 1360/11 1363/24
1419/15
DESCRIBED [4] 1357/14 1357/14
1366/17 1430/24
DESCRIPTION [1] 1363/9
DESIGN [13] 1413/6 1415/1 1417/16
1423/23 1423/24 1424/6 1424/7 1424/15
1425/1 1425/10 1426/1 1426/6 1435/2
DESIGNED [5] 1372/7 1372/8 1381/21
1424/2 1424/3
DESPERATELY [1] 1436/17
DESTINED [1] 1367/14
DESTRUCTION [2] 1363/16 1423/19
DETAILS [2] 1377/8 1401/14
DETERMINATION [4] 1359/5 1383/16
1405/7 1431/8
DETERMINE [5] 1369/5 1424/10
1424/20 1428/1 1429/5
DETERMINED [2] 1380/13 1401/20
DETRIMENT [1] 1371/22
DEVELOP [2] 1376/16 1377/21
DEVELOPED [1] 1376/18
DEVELOPING [1] 1419/24
DEVELOPMENT [2] 1402/7 1406/12
DEVIATE [1] 1400/9

DICTATES [1] 1414/13
DID [36] 1347/9 1348/9 1354/3 1354/9
1354/12 1357/7 1357/11 1358/19 1360/6
1372/5 1381/14 1397/16 1404/22
1405/22 1414/23 1417/16 1417/17
1422/6 1424/25 1425/7 1425/25 1425/25
1430/23 1432/1 1432/25 1433/5
DIDN'T [15] 1353/1 1358/12 1377/8
1379/6 1384/5 1386/14 1391/24 1396/8
1404/19 1405/14 1407/15 1416/3
1416/20 1431/1 1435/11
DIFFERENCE [12] 1363/20 1372/12
1396/11 1409/7 1411/1 1411/20 1416/22
1418/7 1418/24 1423/3 1423/6 1429/24
DIFFERENCES [1] 1423/10
DIFFERENT [11] 1357/13 1357/16
1361/25 1363/21 1372/9 1378/17
1396/23 1405/10 1409/20 1411/25
1417/25
DIFFERENTIAL [3] 1394/8 1428/21
1428/23
DIFFERENTLY [1] 1404/8
DIFFERING [1] 1422/1
DIFFICULT [1] 1410/23
DIFFICULTY [1] 1353/15
DIMENSIONAL [1] 1375/5
DIMINISHING [1] 1427/6
DIRECTION [7] 1344/2 1346/14 1347/14
1348/17 1364/10 1373/24 1419/20
DIRECTIONS [1] 1366/17
DISAGREE [3] 1350/16 1350/17
1362/25
DISCIPLINES [1] 1376/6
DISCUSS [1] 1364/19
DISCUSSED [2] 1359/1 1359/4
DISCUSSES [1] 1363/15
DISCUSSING [1] 1358/11
DISCUSSION [7] 1358/19 1358/21
1358/22 1359/7 1397/17 1421/2 1424/6
DISPERSE [1] 1365/10
DISPERSED [2] 1355/21 1356/14
DISPERSION [1] 1355/5
DISPLACEMENT [8] 1413/13 1413/14
1414/2 1414/2 1427/4 1427/17 1429/1
1430/16
DISRUPT [2] 1368/20 1410/18
DISSERTATION [1] 1365/20
DISSIPATED [2] 1365/13 1366/1
DISTANCE [6] 1365/13 1366/2 1419/12
1428/8 1428/17 1428/18
DISTANCED [1] 1428/15
DISTANT [1] 1428/21
DISTRICT [5] 1339/1 1339/2 1339/11
1437/19 1437/19
DITTO [1] 1417/3
DIVISION [1] 1341/10
DO [65] 1343/21 1344/6 1345/19 1349/2
1349/3 1349/24 1350/2 1350/3 1350/13
1351/13 1351/18 1354/1 1355/24
1356/11 1357/7 1358/1 1358/2 1358/9
1362/13 1362/21 1363/19 1368/6
1368/16 1368/18 1368/19 1372/6 1374/5
1376/3 1376/7 1376/15 1377/4 1377/8
1377/10 1378/3 1389/5 1389/6 1391/6
1392/7 1392/14 1392/19 1398/8 1399/14
1399/14 1402/10 1404/21 1407/9 1411/9
1413/2 1415/16 1416/5 1420/25 1423/14
1424/18 1424/20 1426/19 1429/15
1429/23 1430/11 1431/1 1431/13 1432/3
1434/1 1437/6 1437/11 1437/20
DOCKET [1] 1339/5
DOCUMENT [11] 1387/24 1392/4
1394/19 1401/4 1403/5 1406/6 1409/10

1426/1 1426/8 1432/4 1433/15
1433/16 1434/8 1437/3
DOES [14] 1346/8 1357/3 1362/9 1365/7
1369/12 1374/5 1374/14 1376/24 1381/3
1389/4 1389/5 1399/3 1402/20 1415/5
DOESN'T [13] 1345/13 1346/2 1355/2
1374/12 1384/13 1408/7 1412/19 1415/4
1424/25 1426/25 1428/9 1429/19
1429/24
DOING [7] 1343/5 1354/4 1362/17
1376/20 1381/9 1418/23 1425/7
DOMENGEAUX [1] 1340/5
DON'T [42] 1343/23 1346/1 1346/21
1351/5 1351/6 1351/7 1355/12 1359/10
1359/15 1365/17 1365/17 1368/18
1368/20 1368/21 1368/23 1369/1 1375/3
1376/23 1377/14 1383/22 1383/23
1385/5 1387/1 1387/9 1389/6 1395/1
1398/8 1399/6 1408/14 1410/18 1410/22
1411/5 1416/8 1417/22 1418/18 1420/17
1429/10 1430/21 1430/21 1430/21
1432/13 1435/21
DON'T AGREE [1] 1351/5
DONE [13] 1369/4 1369/14 1371/23
1372/4 1372/18 1375/18 1376/6 1422/25
1426/7 1428/3 1432/18 1432/19 1437/4
DOOR [2] 1413/21 1416/3
DOTS [1] 1419/23
DOWN [18] 1353/10 1362/23 1363/8
1366/8 1367/12 1368/14 1374/15
1385/19 1385/21 1391/11 1391/22
1394/6 1394/23 1406/20 1409/18 1412/5
1412/15 1431/5
DOWN-CENTER [1] 1409/18
DOWNFLOW [2] 1366/20 1366/21
DOWNRUSH [1] 1394/25
DOYLE [4] 1341/20 1437/19 1437/24
1437/24
DR [3] 1379/13 1381/3 1412/25
DR. [61] 1343/12 1343/16 1346/8 1348/5
1350/10 1350/19 1352/6 1352/18
1352/23 1357/8 1358/10 1358/12
1358/19 1358/24 1359/14 1359/18
1359/25 1360/12 1360/18 1361/2
1361/10 1361/15 1362/3 1362/7 1362/22
1363/24 1367/9 1368/14 1373/11 1380/4
1382/9 1384/12 1385/14 1386/6 1387/20
1392/11 1393/2 1396/5 1397/2 1401/1
1405/1 1408/22 1410/5 1412/7 1415/9
1415/25 1416/18 1418/14 1419/9
1422/25 1423/1 1424/7 1424/18 1426/23
1429/22 1432/18 1433/17 1433/22
1436/24 1436/25 1437/6
DR. BEA [39] 1343/12 1346/8 1348/5
1350/19 1352/23 1359/25 1361/2
1361/10 1361/15 1362/3 1362/7 1363/24
1367/9 1373/11 1380/4 1382/9 1384/12
1386/6 1387/20 1392/11 1393/2 1396/5
1397/2 1401/1 1408/22 1412/7 1415/9
1416/18 1418/14 1419/9 1424/7 1424/18
1426/23 1429/22 1432/18 1433/17
1433/24 1436/25 1437/6
DR. BEA'S [1] 1410/5
DR. BRIAUD [9] 1352/6 1352/18 1357/8
1358/10 1358/12 1358/19 1358/24
1359/18 1360/18
DR. BRIAUD'S [4] 1350/10 1359/14
1360/12 1362/22
DR. EBERSOLE [1] 1368/14
DR. MOSHER [2] 1343/16 1405/1
DR. PAUL [1] 1385/14
DR. RESIO [3] 1415/25 1422/25 1423/1
DR. VRIJLING [1] 1433/22

DRAW [1] 1378/7
DRAWING [2] 1395/12 1395/14
DRIVEN [1] 1418/2
DRIVER [1] 1422/20
DROP [2] 1355/2 1355/2
DROPS [1] 1407/4
DROWN [1] 1402/24
DRY [1] 1354/21
DUDENHEFER [2] 1340/9 1340/9
DUE [15] 1354/24 1362/19 1369/6
1370/1 1385/13 1402/22 1406/18
1413/11 1413/13 1413/14 1413/20
1423/6 1425/17 1428/15 1431/9
DULY [1] 1343/8
DUMAS [2] 1340/12 1340/12
DUPLICATE [2] 1376/14 1392/20
DUPLICATES [1] 1392/21
DUPRE [2] 1344/3 1368/4
DURING [11] 1349/21 1354/2 1356/4
1372/18 1373/25 1374/6 1392/1 1412/11
1419/3 1428/13 1429/13
DUTCH [1] 1421/18
DUVAL [1] 1339/11
DX [16] 1349/4 1352/8 1359/13 1369/11
1377/23 1378/23 1387/20 1392/14
1394/20 1395/17 1406/9 1408/18 1409/2
1410/14 1410/20 1433/7
DX-0101 [2] 1352/8 1359/13
DX-0207 [1] 1378/23
DX-0451 [11] 1349/4 1369/11 1387/20
1392/14 1394/20 1395/17 1406/9
1408/18 1409/2 1410/14 1410/20
DYNA [7] 1374/16 1374/19 1374/23
1375/17 1375/20 1389/4 1389/5

E

EACH [3] 1400/6 1427/15 1431/2
EARLIER [12] 1363/14 1363/14 1389/7
1389/10 1391/1 1391/23 1393/20 1395/8
1402/21 1402/23 1430/18 1432/22
EARLY [1] 1429/2
EARTH [1] 1400/3
EARTHEN [13] 1349/21 1350/6 1356/5
1356/10 1358/20 1359/9 1364/22 1377/3
1402/18 1405/2 1412/19 1425/14
1425/23
EASIER [1] 1416/1
EAST [7] 1341/4 1347/19 1347/21
1348/5 1348/7 1348/8 1434/16
EASTERN [3] 1339/2 1347/24 1437/19
EBERSOLE [6] 1363/15 1368/1 1368/14
1368/24 1385/7 1404/25
EBSB [3] 1359/6 1380/11 1401/17
EDGE [2] 1417/25 1418/1
EDITS [1] 1396/6
EDWARDS,LLC [1] 1340/5
EFA [1] 1360/11
EFFECT [4] 1385/10 1385/13 1421/9
1431/7
EFFECTS [2] 1423/7 1425/17
EFFLUENT [2] 1356/6 1356/8
EGG [1] 1330/6
EHRLICH [1] 1341/11
EITHER [7] 1374/6 1389/6 1392/15
1404/9 1407/24 1425/10 1429/23
EL [1] 1341/11
EL-AMIN [1] 1341/11
ELEMENT [3] 1363/4 1363/7 1375/6
ELEMENTS [1] 1418/20
ELEVATION [29] 1354/19 1363/10
1368/17 1370/12 1370/13 1370/13

1378/5 1381/25 1382/3 1385/17 1390/14
1395/12 1398/17 1401/9 1401/10 1401/11
1402/10 1406/4 1406/18 1407/11
1407/21 1407/22 1410/9 1410/10
1412/14 1412/19 1412/21 1424/17
1425/21
ELEVATIONS [5] 1385/10 1405/3
1411/1 1420/1 1420/5
ELEVATOR [1] 1389/10
ELIMINATE [1] 1414/2
ELISA [1] 1341/3
ELMO [3] 1416/14 1416/16 1419/7
ELSE [8] 1372/6 1372/8 1376/5 1403/7
1415/6 1415/18 1429/10 1429/10
ELWOOD [2] 1340/22 1340/23
EMBARCADERO [1] 1386/7
END [5] 1344/3 1344/17 1347/5 1428/12
1434/13
ENERGY [6] 1362/15 1365/13 1366/1
1366/8 1423/15 1423/17
ENGINEER [2] 1358/8 1401/13
ENGINEERING [1] 1355/8 1355/14
1372/2
ENGINEERS [4] 1354/10 1356/6
1379/23 1385/9
ENLIGHTEN [1] 1371/2
ENOUGH [6] 1352/1 1360/20 1390/21
1392/19 1413/19 1432/2
ENSURING [1] 1421/24
ENTER [1] 1363/13
ENTIRE [7] 1378/22 1402/14 1402/19
1404/7 1404/14 1420/18 1424/17
ENTIRELY [1] 1420/24
ENTITLED [2] 1431/20 1437/21
ENTRAINED [1] 1385/14
ENVIRONMENT [1] 1371/25
EQUAL [1] 1368/12
EQUALS [1] 1358/8
ERODE [3] 1381/20 1385/19 1394/12
ERODED [5] 1352/15 1353/8 1360/8
1384/6 1394/16
ERODIBILITY [15] 1353/22 1357/20
1359/1 1369/17 1369/18 1372/12
1374/11 1393/4 1393/6 1393/9 1393/13
1394/4 1397/6 1397/7 1398/11
ERODIBLE [2] 1380/12 1401/18
ERODING [1] 1389/13
EROSION [72] 1354/2 1354/16 1354/25
1356/17 1356/20 1359/8 1360/1 1360/6
1360/11 1360/13 1361/22 1367/20
1367/21 1369/23 1370/25 1373/3 1373/7
1373/12 1377/18 1378/5 1378/10
1378/15 1380/13 1381/14 1381/4 1382/6
1382/20 1383/1 1383/21 1384/3 1385/4
1385/21 1385/25 1386/11 1386/14
1389/1 1389/3 1391/9 1391/24 1393/16
1393/17 1394/1 1394/3 1394/6 1394/10
1394/14 1395/1 1395/8 1395/11 1395/13
1397/12 1397/17 1397/20 1398/4
1398/21 1398/23 1399/5 1399/6 1399/19
1401/19 1401/20 1402/9 1402/13 1403/2
1403/6 1419/22 1419/24 1420/2 1420/3
1422/17 1422/18 1424/17
EROSION BELOW [1] 1399/6
EROSION-RESISTANT [1] 1356/17
ERRING [1] 1356/17
ERROR [1] 1356/16
ESQ [31] 1339/15 1339/18 1339/19
1339/22 1339/22 1340/3 1340/6 1340/9
1340/12 1340/16 1340/19 1340/20
1340/23 1341/3 1341/3 1341/6 1341/6
1341/10 1341/11 1341/11 1341/12
1341/12 1341/13 1341/13 1341/14

1341/14 1341/15 1341/15 1341/16
1341/16
ESSENCE [1] 1382/12
ESSENTIAL [1] 1436/22
ESSENTIALLY [1] 1374/4
ESTABLISH [1] 1353/12
ESTABLISHED [1] 1358/1
ESTABLISHING [1] 1387/4
ESTIMATE [1] 1416/23
ESTIMATED [3] 1380/12 1401/19
1429/12
ET [2] 1339/5 1339/7
ETC [1] 1363/24
EVALUATE [3] 1416/9 1422/1 1425/7
EVALUATED [1] 1433/9
EVALUATION [3] 1357/15 1359/1
1422/12
EVALUATIONS [1] 1359/4
EVEN [7] 1389/16 1408/2 1411/23
1414/12 1421/7 1421/16 1427/16
EVENING [2] 1358/10 1437/16
EVENT [1] 1346/5
EVER [1] 1355/5
EVERY [1] 1404/14
EVERYBODY [2] 1436/16 1437/5
EVERYBODY'S [1] 1411/12
EVERYONE [1] 1372/11
EVERYTHING [7] 1352/5 1372/6 1372/8
1375/13 1377/22 1382/9 1384/9
EVERYWHERE [1] 1422/13
EVIDENCE [4] 1384/2 1384/7 1417/21
1425/16
EVIDENT [1] 1370/21
EVOLUTION [1] 1354/7
EXACERBATED [1] 1418/2
EXACTLY [7] 1347/3 1351/14 1364/15
1399/4 1404/12 1417/19 1419/1
EXAM [1] 1368/20
EXAMINATION [1] 1343/10
EXAMPLE [3] 1360/4 1374/22 1375/24
EXCEEDED [1] 1410/9
EXCEEDS [1] 1407/21
EXCELLENT [1] 1412/8
EXCEPT [3] 1355/19 1361/2 1361/10
EXCUSE [3] 1399/9 1401/7 1408/10
EXHIBIT [9] 1355/8 1369/11 1377/23
1378/23 1390/2 1395/17 1402/2 1408/10
1433/7
EXHIBIT 0451 [1] 1390/2
EXHIBIT DX-0207 [1] 1377/23
EXHIBIT DX-0451 [1] 1433/7
EXHIBITS [3] 1392/20 1392/21 1436/24
EXISTED [3] 1371/25 1372/3 1413/11
EXPECT [1] 1370/6
EXPECTED [2] 1367/9 1422/16
EXPECTING [1] 1371/2
EXPERIENCED [2] 1369/22 1373/3
EXPERIMENT [2] 1376/15 1376/16
EXPERIMENTS [2] 1365/22 1376/19
EXPERT [10] 1360/24 1363/16 1368/1
1379/2 1379/7 1404/23 1422/25 1425/12
1427/18 1432/15
EXPERTS [7] 1360/25 1364/19 1378/4
1395/9 1397/20 1402/9 1424/2
EXPLAIN [11] 1364/7 1373/18 1385/5
1396/2 1397/2 1397/16 1400/15 1415/4
1415/5 1419/11 1420/6
EXPLAINED [1] 1397/23
EXPLOITING [1] 1363/14
EXPLORE [2] 1362/3 1382/8
EXPOSED [3] 1365/14 1366/3 1383/1
EXPRESSED [1] 1412/9
EXTENSIVELY [2] 1361/9 1363/16

**E**

EXTENT [1] 1357/4

**F**

FACE [15] 1362/12 1362/14 1362/18
1366/1 1374/16 1387/13 1389/9 1389/13
1394/24 1400/12 1403/12 1403/15
1403/18 1421/1 1423/22
FACES [1] 1365/6
FACILE [1] 1427/19
FACT [7] 1356/16 1383/23 1383/24
1383/25 1384/3 1400/6 1434/22
FACTOR [4] 1396/14 1425/18 1429/5
1429/8
FACTORS [1] 1357/21 1415/2 1429/1
1430/11
FACTS [3] 1362/4 1411/4 1437/1
FAILED [3] 1352/20 1369/6 1427/1
FAILURE [7] 1361/21 1372/17 1375/6
1380/12 1381/1 1401/19 1425/4
FAIR [16] 1365/11 1367/12 1369/6
1369/7 1406/1 1407/19 1410/24 1411/15
1413/19 1415/9 1423/2 1427/17 1427/18
1427/23 1427/24 1427/25
FAIRLY [1] 1430/9
FAR [6] 1353/10 1355/3 1359/7 1380/1
1387/2 1418/19
FAR-RANGING [1] 1359/7
FASHION [2] 1411/8 1411/24
FAST [2] 1375/25 1387/13
FATIGUE [2] 1377/12 1377/16
FAYARD [2] 1340/16 1340/16
FCRR [3] 1341/20 1437/19 1437/24
FEATURE [2] 1377/14 1389/3
FEBRUARY [3] 1386/3 1386/5 1405/6
FEBRUARY 27 [3] 1386/3 1386/5
1405/6
FEET [98] 1370/12 1370/13 1378/6
1381/16 1381/19 1381/19 1381/20
1382/2 1382/6 1382/12 1382/15 1385/2
1385/2 1385/3 1385/3 1385/4 1385/11
1385/21 1385/25 1386/1 1386/9 1386/10
1386/10 1386/12 1386/19 1386/21
1387/3 1388/8 1388/8 1388/11 1388/13
1388/14 1388/21 1388/21 1388/25
1389/1 1389/12 1390/14 1391/2 1391/13
1391/25 1394/5 1394/10 1394/16
1394/21 1395/1 1395/6 1395/8 1395/13
1397/12 1397/17 1397/21 1397/25
1398/4 1398/8 1398/12 1398/21 1399/5
1399/5 1399/6 1399/18 1399/18 1399/20
1400/3 1400/11 1400/11 1402/10
1402/13 1403/6 1403/7 1403/7 1403/10
1403/12 1403/15 1403/17 1403/18
1403/22 1405/4 1406/5 1407/5 1413/3
1416/23 1416/25 1416/25 1417/11
1417/11 1417/15 1417/17 1419/3
1423/12 1423/13 1428/5 1428/25
1429/13 1429/16 1430/4 1431/6 1435/21
FENDER [11] 1375/10 1375/11 1375/15
1375/15 1375/16 1375/18 1376/12
1376/21 1376/22 1376/23 1377/2
FEW [1] 1426/17
FIELD [3] 1357/25 1376/13 1379/24
FIGURE [20] 1349/13 1349/15 1349/17
1351/17 1351/18 1378/8 1392/2 1396/18
1397/2 1401/4 1402/7 1403/5 1406/11
1408/25 1409/5 1409/5 1419/6 1419/17
1430/10 1430/17
FIGURE 115 [1] 1408/25
FIGURES [3] 1365/17 1391/5 1396/9
FILL [1] 1405/18

FILLED [1] 1353/4
FINAL [3] 1424/16 1425/3 1429/9
FINALLY [1] 1433/22
FIND [6] 1347/3 1350/3 1359/14 1384/5
1411/16 1432/3
FINE [5] 1350/4 1381/9 1387/22 1387/23
1415/15
FINISH [4] 1398/19 1408/20 1410/17
1437/8
FINISHED [2] 1420/22 1421/22
FINITE [1] 1375/6
FINITE-ELEMENT [1] 1375/6
FIRM [4] 1339/21 1340/9 1340/12
1341/2
FIRST [10] 1344/6 1355/2 1363/22
1372/2 1372/15 1374/23 1377/10 1385/6
1400/25 1407/19
FISHERMAN [1] 1421/14
FLIGHT [1] 1348/18
FLOOD [16] 1347/9 1347/11 1347/22
1349/21 1350/6 1356/5 1356/10 1358/20
1373/7 1373/11 1374/16 1402/19 1405/2
1425/14 1425/23 1429/14
FLOOD-SIDE [3] 1373/7 1373/11
1374/16
FLOODGATE [4] 1434/13 1434/20
1434/25 1435/2
FLOODING [3] 1345/14 1422/4 1431/8
FLORIDA [1] 1340/17
FLOW [29] 1355/21 1360/2 1360/6
1360/7 1360/10 1360/13 1362/9 1362/23
1363/20 1363/25 1364/1 1364/4 1364/6
1364/7 1364/13 1365/10 1365/12
1366/14 1366/14 1366/17 1367/11
1367/15 1367/19 1367/20 1367/24
1391/11 1410/18 1411/20 1412/21
FLOWED [1] 1352/4
FLOWING [1] 1412/14
FLOWS [1] 1364/2
FLUID [2] 1355/19 1373/22
FLUME [2] 1360/15 1360/17
FLUSHED [1] 1360/16
FLYING [5] 1344/25 1345/2 1345/5
1346/9 1348/11
FOCUS [1] 1432/25
FOLLOW [1] 1377/2
FOLLOWS [1] 1343/9
FOOT [14] 1368/5 1368/16 1381/13
1387/14 1403/18 1403/20 1406/1 1406/2
1413/25 1414/1 1414/25 1418/16
1418/17 1423/21
FORCE [1] 1366/19
FOREGOING [1] 1437/20
FORENSIC [2] 1358/7 1372/2
FORENSICS [1] 1420/5
FORESHORE [5] 1424/10 1424/17
1424/18 1424/21 1434/9
FORGET [1] 1408/21
FORM [5] 1355/19 1356/5 1364/6
1411/3 1435/16
FORMED [1] 1400/18
FORMULA [1] 1430/9
FORTH [1] 1364/12
FORWARD [2] 1350/22 1433/1
FOUND [2] 1344/1 1425/16
FOUR [1] 1372/22
FRAME [5] 1372/15 1372/18 1372/20
1372/21 1372/25
FRAME 2 [1] 1372/25
FRANCISCO [1] 1386/7
FRANK [1] 1340/9
FRANKLIN [1] 1341/17

FRENCH [1] 1415/7
FRIDAY [3] 1413/10 1413/16
1388/20 1433/2
FRIDAY'S [1] 1433/22
FRONT [60] 1348/24 1350/14 1358/11
1358/20 1360/8 1361/16 1361/22 1362/7
1362/20 1363/5 1364/22 1365/25
1366/25 1367/1 1367/10 1367/16
1367/18 1367/21 1367/22 1367/23
1367/25 1368/2 1368/3 1368/11 1368/25
1369/5 1369/6 1369/21 1369/23 1370/1
1370/25 1372/19 1372/21 1373/2 1373/3
1374/6 1377/6 1377/9 1379/12 1385/8
1385/19 1385/21 1385/22 1385/22
1388/16 1389/16 1389/20 1391/6
1391/12 1398/17 1398/22 1399/19
1400/17 1405/2 1405/13 1405/13
1405/21 1406/12 1411/5 1433/24
FRONT-SIDE [23] 1348/24 1350/14
1358/11 1361/16 1361/22 1362/7
1365/25 1367/10 1367/21 1368/11
1369/5 1369/6 1369/21 1369/23 1370/1
1370/25 1373/2 1373/3 1377/6 1377/9
1389/16 1389/20 1399/19
FRONT-TO-BACK [5] 1367/1 1368/2
1368/25 1372/19 1388/16
FRONTING [1] 1373/21
FRUSTRATION [1] 1404/5
FULL [6] 1353/2 1353/3 1358/16 1360/7
1378/3 1402/16
FUNCTION [3] 1360/12 1360/19 1370/3
FUNDAMENTAL [1] 1405/19
FUNNEL [5] 1434/14 1435/3 1435/5
1435/5 1435/13
FUTURE [1] 1426/1

**G**

GATHERED [2] 1353/20 1354/11
GAVE [3] 1393/11 1396/5 1433/18
GDM [1] 1425/3
GENERAL [21] 1351/10 1359/8 1361/11
1377/15 1378/7 1378/15 1380/2 1387/8
1395/4 1398/22 1399/17 1399/19 1400/9
1402/18 1404/11 1404/21 1420/18
1423/23 1424/15 1425/10 1427/3
GENERALITIES [1] 1367/13
GENERALITY [12] 1367/13 1378/14
1378/16 1382/16 1397/22 1400/5
1402/14 1402/15 1404/6 1404/24
1414/20 1423/8
GENERALIZING [1] 1376/17
GENERALLY [2] 1363/11 1396/11
GEOMETRIC [3] 1373/13 1373/18
1373/20
GEOMETRIES [1] 1370/10
GEOMETRY [9] 1370/4 1370/9 1375/11
1376/22 1377/2 1377/10 1389/6 1389/8
1399/24
GET [20] 1346/19 1349/5 1367/7 1377/8
1379/6 1379/12 1388/23 1388/25 1391/6
1399/6 1400/12 1411/11 1413/22
1417/11 1417/16 1417/17 1419/7
1423/14 1428/5 1436/17
GETS [2] 1355/3 1378/2
GETTING [4] 1371/8 1399/25 1410/2
1412/9
GIANT [1] 1411/1
GILBERT [2] 1341/2 1341/3
GIVE [5] 1380/17 1390/8 1413/15
1416/8 1436/22
GIVEN [3] 1382/21 1396/9 1417/21
GIVES [1] 1378/15
GIVING [2] 1351/4 1375/1

# G

GIWW [1] 1436/7
GLOSSARY [2] 1363/23 1375/1
GO [45] 1344/6 1344/13 1344/16 1345/3
1345/9 1346/12 1347/1 1348/2 1348/19
1350/18 1352/17 1362/1 1362/1 1362/13
1365/1 1365/3 1376/12 1377/20 1381/12
1383/20 1383/22 1385/2 1386/3 1386/22
1386/23 1388/13 1388/19 1388/20
1389/14 1390/2 1391/14 1393/24
1394/19 1395/14 1397/2 1400/25 1404/7
1408/9 1408/21 1410/5 1410/14 1419/5
1423/23 1432/16 1436/20
GO'S [1] 1417/4
GOES [3] 1363/7 1380/9 1412/4
GOING [32] 1346/17 1348/12 1349/5
1362/3 1364/19 1373/5 1375/14 1376/12
1376/24 1378/24 1382/17 1389/16
1389/19 1392/19 1408/20 1409/18
1412/5 1413/1 1416/12 1416/15 1416/16
1417/10 1424/12 1426/10 1426/17
1434/1 1435/15 1436/3 1436/16 1436/22
1436/23 1436/23
GONE [2] 1414/6 1416/12
GOOD [28] 1355/16 1361/18 1361/19
1362/5 1363/1 1369/16 1369/22 1370/1
1373/2 1382/25 1385/12 1386/18
1392/12 1393/7 1398/11 1404/9 1405/20
1405/21 1407/20 1408/2 1408/6 1408/7
1410/1 1410/3 1410/8 1421/14 1436/13
1437/2
GOT [28] 1345/3 1345/4 1347/25
1348/17 1353/10 1361/13 1365/17
1366/24 1366/25 1376/17 1376/23
1379/17 1382/24 1390/4 1399/15
1402/22 1405/20 1405/21 1409/24
1414/6 1415/23 1418/10 1423/16 1427/3
1427/24 1427/25 1434/2 1436/14
GOVERNMENT [2] 1340/13 1426/11
GRAB [1] 1357/12
GRAB-BAG [1] 1357/12
GRADUATE [3] 1352/17 1358/13
1359/22
GRAND [1] 1364/22
GRAND ISLE [1] 1364/22
GRAPH [1] 1388/6
GRAPHS [1] 1391/19
GRASS [86] 1372/17 1372/17 1374/2
1374/5 1374/9 1374/9 1374/9 1380/11
1380/19 1380/23 1380/25 1381/3 1381/5
1382/19 1382/21 1382/23 1382/24
1382/24 1383/1 1383/5 1383/6 1383/7
1383/15 1383/16 1383/18 1383/20
1384/2 1384/5 1384/8 1384/10 1384/13
1384/17 1384/19 1384/20 1384/23
1385/7 1385/8 1385/10 1385/13 1388/23
1391/6 1392/1 1393/4 1393/7 1393/9
1393/11 1393/22 1394/4 1394/8 1394/9
1394/11 1395/4 1397/6 1397/8 1397/9
1397/22 1398/11 1399/2 1399/25 1400/1
1400/1 1400/5 1400/20 1401/2 1401/3
1401/18 1404/2 1405/1 1405/3 1405/20
1406/14 1407/20 1408/2 1408/5 1408/6
1408/7 1409/15 1409/20 1409/25 1410/1
1410/3 1410/3 1410/8 1421/14 1421/16
1434/3
GRASS-MOWING [2] 1385/10 1385/13
GREAT [1] 1358/25
GREATER [1] 1428/8
GREEN [1] 1418/15
GREIF [1] 1341/12
GREMLIN [1] 1417/22

GROUNDS [1] 1424/4
GROUP [4] 1421/14 1424/9 1424/14
1429/1
GUESS [14] 1361/8 1385/24 1393/12
1404/3 1407/11 1410/23 1412/7 1414/24
1415/12 1418/9 1431/5 1435/25 1436/12
1437/6
GUIDANCE [1] 1436/23
GUMBO [2] 1370/6 1370/6
GUSTAV [2] 1379/24 1412/11

# H

HAD [65] 1343/16 1353/12 1354/1
1354/11 1354/11 1354/16 1354/16
1354/18 1354/21 1356/11 1356/15
1356/20 1356/22 1359/2 1359/7 1359/19
1364/5 1366/21 1367/18 1367/18
1367/23 1368/24 1370/12 1371/5 1371/6
1376/7 1377/10 1383/5 1383/6 1383/9
1383/11 1383/12 1384/4 1384/5 1384/13
1389/12 1391/20 1392/1 1395/12 1396/7
1405/16 1408/2 1410/8 1410/15 1414/13
1416/24 1417/7 1417/8 1420/2 1420/3
1420/13 1425/18 1427/11 1427/12
1427/13 1430/18 1431/7 1432/8 1432/18
1432/19 1432/21 1432/21 1433/19
1434/20 1436/1
HADN'T [7] 1354/20 1354/21 1356/20
1360/8 1362/13 1384/8 1384/20
HALF [4] 1413/25 1414/1 1415/1
1422/11
HAND [9] 1343/21 1346/13 1352/9
1376/9 1376/9 1388/5 1419/16 1421/23
1422/3
HAND-OFF [1] 1421/23
HANDLE [1] 1432/5
HANDY [1] 1349/5
HAPPEN [1] 1376/22
HAPPENED [1] 1410/13
HAPPENING [1] 1417/13
HAPPENS [1] 1421/23
HARD [3] 1345/9 1391/18 1396/9
HAS [34] 1343/13 1346/16 1346/20
1349/22 1350/8 1360/24 1361/2 1361/17
1361/25 1372/17 1373/7 1379/13 1381/3
1385/14 1387/3 1388/15 1393/22 1395/6
1395/7 1402/22 1406/1 1406/20 1410/13
1411/16 1412/20 1413/1 1415/6 1418/4
1424/4 1427/8 1429/5 1432/3 1432/4
1433/24
HASN'T [2] 1361/9 1417/13
HAVE [170]
HAVEN'T [2] 1350/23 1431/8
HAVING [8] 1343/8 1350/25 1363/18
1374/12 1382/20 1396/9 1404/6 1407/11
HB [1] 1341/20
HB-406 [1] 1341/20
HE [42] 1344/24 1344/25 1345/1 1345/2
1345/5 1345/5 1345/25 1346/14 1346/16
1346/16 1346/20 1346/23 1346/24
1346/24 1348/13 1351/12 1351/12
1357/8 1359/19 1359/24 1360/4 1360/6
1360/6 1360/9 1360/24 1366/5 1379/11
1384/19 1387/3 1387/3 1396/6 1405/1
1410/25 1418/18 1421/22 1424/8 1433/2
1435/17 1435/20 1435/21 1435/23
HE'S [4] 1345/12 1350/24 1399/17
1411/2
HEADED [7] 1344/19 1344/21 1344/24
1346/25 1348/13 1348/15 1371/4
HEAR [2] 1357/11 1359/4 1360/11
HEARD [2] 1355/5 1374/23
HEATED [1] 1358/21

HEAVIER [2] 1355/2 1427/14
HEAVILY [1] 1357/14
HEAVY [1] 1357/14
HEIGHT [7] 1373/24 1388/6 1413/3
1413/6 1413/8 1417/16 1422/21
HEIGHTS [9] 1419/25 1422/7 1422/9
1422/18 1422/19 1422/22 1423/4
1423/10 1423/11
HELP [3] 1416/15 1420/5 1437/9
HELPED [1] 1356/8
HER [1] 1358/17
HERE [50] 1345/5 1345/12 1348/7
1349/17 1352/25 1353/9 1353/23 1357/3
1359/12 1361/15 1362/13 1370/21
1371/9 1371/16 1371/17 1378/8 1380/6
1380/21 1382/22 1383/14 1383/23
1383/24 1384/1 1388/5 1394/1 1394/1
1395/2 1395/6 1396/10 1396/22 1397/12
1398/5 1400/4 1401/17 1403/4 1406/11
1407/3 1408/2 1415/23 1416/24 1417/20
1418/23 1419/2 1419/11 1419/16
1431/16 1433/4 1433/6 1433/24 1435/11
HERE'S [1] 1397/16
HEREBY [1] 1437/20
HIGH [17] 1355/22 1356/9 1365/15
1369/18 1393/3 1393/6 1393/9 1393/12
1394/4 1397/5 1397/7 1398/10 1418/3
1421/17 1423/21 1428/14 1428/16
HIGHER [3] 1367/20 1368/8 1368/11
HIGHEST [2] 1420/1 1420/3
HIGHLIGHT [1] 1361/18
HIGHLY [3] 1380/11 1391/20 1401/18
HIM [11] 1345/19 1345/21 1350/23
1358/10 1379/12 1396/9 1399/3 1399/4
1399/7 1399/10 1436/3
HIS [28] 1346/17 1346/18 1351/12
1357/9 1360/6 1360/9 1360/18 1360/22
1360/25 1361/6 1361/6 1363/16 1365/22
1368/1 1368/24 1373/6 1379/13 1382/9
1387/3 1390/11 1396/5 1396/8 1396/9
1398/24 1408/12 1411/2 1418/15
1422/25
HIT [2] 1375/14 1376/24
HOLD [3] 1349/2 1364/25 1379/5
HOLDING [1] 1437/5
HOLE [1] 1384/11
HONEYCUTT [1] 1340/16
HONOR [37] 1346/19 1347/17 1347/23
1350/21 1351/1 1364/18 1368/19
1371/10 1373/6 1374/17 1379/7 1379/10
1380/8 1381/7 1384/20 1386/25 1387/21
1390/6 1392/14 1396/2 1398/3 1398/25
1408/11 1410/15 1413/20 1414/19
1415/12 1415/17 1416/2 1416/7 1417/23
1423/25 1431/21 1435/15 1436/2
1436/13 1437/1
HONORABLE [1] 1339/11
HOPE [3] 1339/16 1411/12 1411/12
HOPING [1] 1437/8
HORIZONTAL [3] 1398/13 1419/11
1419/12
HORIZONTALLY [1] 1398/12
HORSE [1] 1435/17
HOUR [18] 1380/13 1380/23 1382/19
1388/13 1388/20 1388/23 1394/10
1394/11 1401/3 1401/20 1406/23 1407/6
1407/10 1407/22 1408/3 1410/10
1411/15 1411/16
HOURS [1] 1343/6
HOW [38] 1347/3 1353/12 1354/1
1356/11 1357/11 1359/4 1360/11
1360/13 1362/18 1363/19 1365/2 1371/9
1372/3 1374/5 1375/25 1376/7 1376/12

## H

HOW... [21] 1387/13 1399/3 1399/4
1399/6 1399/14 1399/20 1413/10
1413/13 1416/13 1417/16 1417/17
1420/17 1421/11 1422/6 1428/1 1429/6
1429/8 1429/15 1432/5 1436/21 1437/5
HOW'S [1] 1343/20
HUGE [1] 1367/23
HUGHES [1] 1379/22
HURRICANE [12] 1343/24 1354/14
1354/14 1354/18 1356/13 1373/25
1379/24 1379/24 1384/4 1384/4 1410/1
1412/11
HURRICANES [1] 1354/17
HYDRAULIC [1] 1370/5
HYDRODYNAMIC [1] 1433/6
HYDRODYNAMICS [1] 1373/23
HYDROGRAPH [2] 1390/9 1393/24
HYDROGRAPHS [1] 1407/24
HYPOTHETICAL [2] 1375/21 1411/3

## I

I'LL [13] 1348/19 1356/11 1410/16
1410/17 1411/9 1420/22 1421/12 1422/7
1422/10 1426/25 1428/9 1428/20
1432/25
I'M [73] 1346/13 1346/19 1346/21
1346/23 1346/24 1351/11 1351/21
1352/25 1359/11 1359/12 1359/15
1360/21 1363/18 1363/18 1364/19
1367/2 1367/3 1367/4 1368/6 1369/10
1369/10 1371/1 1371/2 1371/8 1379/6
1379/7 1380/3 1382/1 1383/14 1385/20
1391/4 1392/25 1398/7 1398/9 1399/4
1401/14 1402/3 1404/5 1406/9 1406/11
1407/3 1407/11 1407/13 1408/20 1409/8
1409/19 1410/2 1411/7 1413/1 1413/12
1416/13 1417/10 1417/15 1419/19
1419/20 1424/12 1426/10 1426/17
1427/17 1429/7 1429/8 1430/8 1430/10
1431/7 1431/12 1431/14 1431/16
1433/15 1434/1 1435/15 1436/3 1436/22
1437/8
I'VE [7] 1345/3 1361/13 1366/17
1392/23 1395/23 1396/8 1427/3
IDEA [2] 1361/19 1390/9
IDENTIFIED [5] 1349/23 1365/21 1405/3
1415/21 1418/18
IDENTIFY [1] 1431/2
IDENTIFYING [2] 1365/23 1418/23
IF [100]
IGNORING [1] 1346/8
IHNC [1] 1436/8
II [2] 1340/24 1341/6
III [2] 1355/9 1357/1
ILIT [9] 1349/12 1349/17 1350/13
1350/25 1351/5 1351/24 1359/20 1361/3
1361/7
ILLUSTRATION [2] 1368/17 1385/20
ILLUSTRATIONS [1] 1368/2
IMAGE [2] 1418/14 1418/15
IMMEDIATELY [2] 1381/6 1383/1
IMPACT [6] 1362/10 1365/16 1366/6
1366/9 1367/11 1421/6
IMPACTS [2] 1362/8 1362/8
IMPLICATION [1] 1425/22
IMPLYING [1] 1409/25
IMPORTANCE [1] 1422/24
IMPORTANT [9] 1357/3 1357/6 1361/15
1374/10 1378/12 1405/12 1423/3
1425/22 1436/23
IN [196]

INAPPROPRIATE [1] 1350/23
INCOINCI... [1] 1404/14
INCHES [9] 1402/25 1407/9 1407/13
1413/10 1413/11 1427/8 1429/9 1430/4
1431/9
INCIDENT [2] 1423/10 1423/11
INCISIVELY [1] 1363/24
INCLUDED [2] 1348/18 1359/7
INCLUDES [1] 1371/18
INCLUDING [3] 1372/9 1379/24 1425/5
INCOMING [1] 1422/7 1422/9
INCORPORATE [1] 1421/19
INCORRECT [2] 1352/22 1385/5
INCORRECTLY [1] 1429/8
INCREASES [1] 1386/22
INCREMENT [1] 1418/3
INCREMENTAL [1] 1386/21
INCREMENTS [1] 1418/3
INDECIPHERABLE [1] 1426/23
INDEED [1] 1357/6
INDICATES [1] 1391/6
INDICATING [1] 1344/12
INDUCED [7] 1359/5 1359/5 1373/7
1373/12 1374/15 1380/13 1401/19
INDUSTRY [2] 1374/24 1375/10
INFLUENCED [1] 1420/8
INFLUENCES [2] 1370/13 1421/12
INFORMATION [6] 1354/10 1357/22
1362/21 1393/11 1432/3 1433/18
INFORMED [1] 1395/23
INFORMS [1] 1355/17
INITIAL [2] 1366/9 1381/14
INITIATE [1] 1395/5
INITIATION [1] 1385/16
INSIGNIFICANT [2] 1369/22 1373/3
INSTANCE [2] 1344/17 1344/19
INSTANT [1] 1423/7
INSTEAD [1] 1361/17
INSUFFICIENT [2] 1378/10 1403/6
INSURERS [1] 1341/2
INTACT [1] 1357/4
INTENDED [2] 1370/11 1372/4
INTENSE [5] 1359/9 1363/15 1400/11
1402/24 1423/18
INTENSIFIES [1] 1412/21
INTENSITY [1] 1423/4
INTERACTION [1] 1421/15
INTERCHANGE [1] 1399/16
INTEREST [1] 1350/21
INTERPRETING [1] 1343/17
INTERSECTION [1] 1418/11
INTO [15] 1353/11 1360/14 1362/1
1376/13 1376/13 1376/22 1377/8 1398/8
1398/11 1399/21 1400/2 1421/19
1422/22 1423/16 1425/4
INTRODUCE [1] 1415/14
INTRODUCED [1] 1422/22
INVESTED [1] 1396/8
INVESTIGATED [1] 1425/13
INVESTIGATIONS [1] 1401/14
INVOLVED [4] 1353/15 1370/21 1415/5
1415/6
IRREGULAR [2] 1422/22 1422/23
IS [281]
IS DIFFERENT [1] 1363/21
ISLE [1] 1364/22
ISN'T [9] 1345/20 1345/24 1346/24
1350/15 1352/10 1366/8 1378/12 1381/5
1388/6
ISSUE [12] 1352/23 1361/23 1361/24
1362/15 1362/15 1370/14 1370/21
1374/4 1426/6 1431/24 1431/24 1435/18
ISSUES [5] 1361/20 1361/20 1435/10

1436/19 1436/22
IT'S [101]
ITS [4] 1354/20 1371/8 1383/4 1428/12
ITSELF [5] 1358/22 1373/21 1418/8
1428/11 1432/14

## J

JAMES [2] 1340/6 1341/13
JANUARY [11] 1348/18 1348/22
1350/19 1354/13 1377/24 1378/20
1379/2 1379/8 1401/5 1402/2 1410/5
JANUARY 2006 [1] 1354/13
JANUARY 29 [6] 1377/24 1378/20
1379/2 1379/8 1401/5 1402/2
JANUARY 30 [2] 1348/22 1350/19
JANUARY 31 [1] 1410/5
JEFFERSON [1] 1340/6
JEFFREY [1] 1341/11
JOANEN [1] 1339/19
JOBS [1] 1376/9
JOHN [1] 1341/17
JOINT [1] 1392/20
JONATHAN [1] 1339/22
JOSEPH [2] 1339/18 1339/18
JOSHUA [1] 1340/20
JOURNAL [4] 1352/8 1352/18 1359/18
1363/8
JR [7] 1339/11 1340/9 1340/16 1340/22
1340/23 1341/10 1341/13
JUDGE [8] 1339/11 1366/7 1384/1
1402/22 1415/14 1420/24 1434/17
1434/18
JUDGE'S [1] 1433/2
JULY [24] 1349/6 1369/9 1387/20
1387/25 1388/1 1388/3 1390/3 1392/5
1392/16 1394/20 1395/17 1396/5 1396/7
1396/7 1396/10 1396/12 1396/12
1408/24 1409/13 1410/20 1425/12
1432/20 1433/4 1433/6
JULY 11 [13] 1349/6 1387/20 1387/25
1390/3 1392/16 1394/20 1395/17 1396/5
1396/7 1396/10 1396/12 1410/20 1433/6
JULY 14 [1] 1396/12
JULY 15 [2] 1432/20 1433/4
JULY 2008 [3] 1369/9 1392/5 1425/12
JUST [35] 1346/21 1347/3 1355/3
1360/20 1360/21 1364/21 1367/2
1370/14 1374/8 1375/23 1376/5 1381/8
1382/8 1386/24 1387/1 1394/16 1395/13
1395/19 1396/23 1400/14 1403/7 1411/9
1411/19 1413/2 1417/15 1426/12
1426/24 1427/12 1427/19 1430/24
1431/14 1433/8 1434/1 1437/4 1437/9
JUSTICE [1] 1341/9
JX [10] 1343/14 1349/12 1351/17 1355/9
1379/4 1401/9 1402/2 1402/5 1423/24
1424/15
JX-0010 [1] 1351/17
JX-0030 [1] 1355/9
JX-0117 [2] 1423/24 1424/15
JX-0207 [4] 1379/4 1401/9 1402/2
1402/5
JX-0242 [1] 1349/12
JX-212 [1] 1343/14

## K

KALIMAH [1] 1341/11
KARA [1] 1341/14
KATRINA [18] 1345/14 1354/14 1356/13
1379/25 1380/2 1381/22 1383/13 1384/4
1384/5 1387/15 1406/11 1406/14 1410/1
1417/6 1419/25 1423/17 1428/24

**K**

KATRINA... [1] 1429/16
KAUFMAN [1] 1424/7
KEA [1] 1339/22
KEEP [9] 1348/14 1349/4 1364/12
1381/9 1389/8 1416/6 1416/12 1419/21
1419/21
KEEPING [1] 1382/19
KELLS [1] 1341/12
KEMP [1] 1385/14
KEY [1] 1423/2
KIND [4] 1374/5 1378/15 1383/14
1408/5
KINDS [3] 1355/1 1405/10 1409/20
KINETIC [1] 1423/15
KNOW [43] 1346/1 1347/4 1347/4
1356/11 1361/19 1361/22 1362/1
1365/17 1365/17 1368/6 1375/3 1375/10
1375/11 1375/11 1375/12 1375/13
1375/13 1375/14 1375/15 1375/22
1375/25 1387/1 1388/17 1388/20
1388/25 1389/4 1391/1 1409/12 1410/23
1414/3 1416/4 1416/6 1416/11 1417/14
1417/22 1426/25 1429/6 1431/8 1431/10
1431/10 1432/13 1435/21 1435/25
KNOWLEDGE [2] 1350/16 1413/9
KNOWS [2] 1421/14 1437/5
KPA [1] 1365/16

**L**

L-S-D-Y-N-A [1] 1375/3
LA [1] 1435/1
LABORATORY [6] 1357/9 1357/23
1357/25 1364/24 1376/13 1379/22
LAFAYETTE [1] 1340/7
LAKE [3] 1348/12 1348/15 1349/19
LAKE BORGNE [3] 1348/12 1348/15
1349/19
LARGE [3] 1353/4 1425/19 1428/17
LAST [12] 1343/12 1343/15 1348/19
1357/2 1359/14 1359/16 1359/25
1410/24 1417/6 1420/15 1433/12
1433/15
LATE [1] 1391/19
LATER [6] 1349/20 1380/4 1381/14
1386/10 1390/20 1394/11
LATERAL [20] 1377/17 1393/15 1394/3
1394/6 1394/9 1413/13 1413/14 1414/2
1414/2 1425/13 1425/18 1425/22 1427/4
1427/16 1427/20 1429/1 1430/16
1430/16 1430/19 1432/8
LATERALLY [1] 1400/2
LATTER [1] 1422/11
LAW [6] 1339/18 1339/21 1340/9
1340/12 1340/22 1362/4
LAWN [1] 1340/3
LAWYER'S [1] 1340/13
LE [1] 1358/15
LE PAVILLON'S [1] 1358/15
LEADING [1] 1363/14
LEARN [1] 1365/2
LEARNED [2] 1374/23 1385/12
LEAST [5] 1379/12 1390/20 1414/13
1414/22 1420/2
LEAVE [2] 1413/23 1432/15
LEFT [7] 1343/21 1347/12 1347/13
1352/9 1388/5 1391/16 1419/16
LEFT-HAND [4] 1343/21 1352/9 1388/5
1419/16
LEGAL [5] 1361/25 1370/21 1415/1
1429/6 1436/19
LENGTH [1] 1402/19

LEONARD [1] 1368/9
LESS [7] 1359/16 1367/13 1367/16
1370/23 1370/25 1389/16 1389/20
LET [18] 1352/12 1357/16 1361/17
1364/19 1370/20 1377/22 1379/11
1385/5 1396/2 1397/24 1398/24 1402/4
1407/19 1409/21 1413/10 1426/17
1427/1 1428/4
LET'S [49] 1343/19 1344/6 1344/16
1345/3 1345/9 1346/12 1348/2 1348/19
1349/12 1351/17 1355/11 1357/1
1358/22 1359/14 1362/13 1366/22
1373/11 1374/18 1377/8 1378/8 1378/23
1381/12 1387/13 1388/8 1388/19 1390/2
1393/2 1394/16 1394/19 1394/21
1395/14 1397/4 1400/25 1405/23
1405/24 1408/9 1408/14 1410/5 1410/14
1412/3 1412/25 1413/23 1415/16
1416/11 1416/11 1420/20 1423/23
1433/6 1433/23
LEVEE [87] 1343/25 1352/14 1353/13
1360/7 1360/7 1362/15 1362/18 1362/20
1362/23 1363/4 1363/5 1363/10 1363/12
1364/6 1364/23 1365/6 1365/12 1366/1
1367/12 1368/5 1368/8 1368/11 1368/16
1369/21 1372/16 1372/18 1373/2
1373/16 1373/20 1373/22 1375/24
1377/11 1381/4 1381/13 1381/20
1381/21 1383/3 1387/2 1387/4 1387/14
1389/6 1389/10 1391/18 1394/2 1394/13
1394/17 1394/24 1395/13 1399/21
1400/7 1400/12 1400/16 1400/17 1403/9
1403/13 1403/16 1403/22 1403/24
1405/11 1405/23 1406/20 1406/24
1407/13 1408/2 1411/1 1411/17 1413/3
1413/8 1413/24 1417/14 1419/25 1421/1
1421/18 1422/5 1424/16 1424/22 1425/7
1425/19 1426/8 1428/7 1428/9 1428/11
1428/12 1431/6 1431/23 1432/6 1432/14
LEVEES [18] 1360/2 1369/6 1369/16
1369/25 1372/13 1372/15 1404/18
1405/21 1407/20 1410/8 1420/11
1423/22 1423/24 1424/2 1424/6 1424/9
1424/11 1426/2
LEVEL [22] 1365/8 1378/15 1378/16
1380/20 1381/16 1381/20 1382/14
1382/15 1385/4 1385/6 1387/4 1391/25
1393/25 1395/1 1395/6 1398/1 1398/21
1399/5 1399/18 1399/20 1403/1 1421/8
LEVELS [1] 1357/13
LEVINE [1] 1341/13
LIBERAL [1] 1437/7
LIFE [3] 1416/22 1420/18 1429/14
LIFETIME [1] 1428/12
LIFT [12] 1365/9 1374/6 1394/11 1418/8
1427/15 1427/16 1430/6 1430/8 1430/14
1430/14 1430/15 1430/17
LIFTED [4] 1384/13 1384/20 1406/14
1415/5
LIFTING [1] 1432/7
LIFTOFF [17] 1372/17 1380/23 1380/25
1382/19 1383/18 1383/20 1388/23
1391/6 1392/1 1393/22 1394/9 1400/1
1401/3 1409/15 1409/25 1410/4 1410/13
LIFTS [12] 1415/3 1417/24 1418/7
1427/5 1427/6 1427/12 1427/20 1427/21
1429/2 1430/13 1431/1 1432/9
LIGHT [2] 1357/14 1417/24
LIKE [21] 1343/6 1343/12 1344/14
1345/13 1355/3 1359/10 1364/8 1375/23
1377/20 1383/15 1393/15 1402/20
1403/7 1411/19 1412/22 1416/24 1421/3
1424/8 1427/9 1433/12 1436/15

LIKELY [1] 1367/19
LIMITED [1] 1436/18
LIMITS [1] 1378/13
LINE [17] 1347/1 1359/16 1369/8 1378/9
1378/9 1381/24 1393/3 1393/6 1394/7
1395/20 1397/6 1399/3 1402/8 1424/1
1433/12 1433/15 1433/24
LINES [6] 1350/18 1350/20 1386/3
1396/1 1396/22 1410/6
LIST [1] 1371/13
LISTENED [1] 1421/21
LITIGATION [2] 1341/7 1361/10
LITTLE [15] 1348/20 1352/1 1352/12
1363/23 1365/23 1367/23 1379/11
1382/1 1387/1 1390/20 1393/25 1406/22
1406/23 1418/6 1418/6
LLC [3] 1339/21 1340/9 1340/12
LOAD [1] 1355/18
LOADING [2] 1366/10 1433/6
LOADS [1] 1366/11
LOCAL [4] 1366/5 1377/14 1406/18
1421/25
LOCATED [1] 1426/3
LOCATION [7] 1349/23 1354/8 1384/22
1400/7 1400/13 1417/5 1424/16
LOCATIONS [1] 1402/14
LOGIC [1] 1414/13
LONG [4] 1374/5 1374/8 1414/7 1414/10
LONGER [6] 1368/11 1376/5 1385/3
1385/25 1386/11 1388/25
LOOK [25] 1344/14 1349/12 1349/13
1350/3 1355/11 1371/16 1371/16 1378/2
1378/23 1384/10 1388/8 1388/19 1393/2
1397/4 1402/20 1405/23 1405/24 1415/2
1415/3 1415/13 1419/5 1427/19 1430/10
1430/13 1433/7
LOOK AT [1] 1397/4
LOOKED [4] 1345/11 1420/23 1433/19
1433/21
LOOKING [14] 1344/17 1352/8 1353/14
1359/11 1364/21 1380/19 1395/20
1395/25 1402/3 1406/11 1407/3 1407/4
1408/7 1434/2
LOOKS [7] 1345/13 1351/22 1383/15
1393/15 1393/19 1416/24 1433/12
LOS [1] 1339/16
LOSS [1] 1425/20
LOST [3] 1381/7 1399/16 1424/21
LOT [10] 1358/15 1376/5 1381/9 1396/8
1411/22 1415/25 1431/1 1435/19
1436/24 1436/24
LOUISIANA [13] 1339/2 1339/6 1339/20
1339/23 1340/7 1340/10 1340/14
1340/17 1340/21 1340/25 1341/8
1341/21 1437/20
LOUTRE [1] 1435/1
LOW [5] 1355/22 1369/17 1420/7 1420/7
1428/17
LOWER [9] 1352/9 1388/5 1394/7
1402/23 1414/1 1415/1 1423/5 1431/6
1434/17
LOWERED [2] 1391/10 1412/20
LOWERING [1] 1363/11
LOWEST [2] 1380/20 1420/4
LS [7] 1374/16 1374/19 1374/23 1375/17
1375/20 1389/4 1389/5
LS-DYNA [7] 1374/16 1374/19 1374/23
1375/17 1375/20 1389/4 1389/5
LSDYNA [1] 1375/21
LUCID [1] 1411/11
LULL [1] 1410/22
LUNCH [1] 1437/8

## M

MACHINE [1]  1419/6
MADE [9]  1343/17 1343/19 1370/1
1375/12 1383/16 1396/6 1420/18
1425/10 1431/8
MAGIC [1]  1419/6
MAIN [3]  1340/20 1355/15 1426/8
MAINLY [2]  1374/4 1434/2
MAKE [16]  1366/22 1366/22 1383/22
1392/20 1395/19 1396/21 1396/23
1397/24 1405/7 1408/13 1411/25
1415/25 1426/25 1431/20 1436/21
1437/6
MAKING [2]  1404/25 1411/2
MAN [1]  1358/25
MANIFESTLY [1]  1404/4
MANNER [3]  1357/17 1372/5 1398/18
MANUAL [5]  1355/8 1355/12 1355/14
1355/15 1356/1
MANY [2]  1361/20 1432/9
MARC [1]  1341/13
MARK [2]  1382/12 1382/13
MARSHES [1]  1435/22
MATERIAL [4]  1356/23 1360/18 1371/1
1377/15
MATERIALS [20]  1353/13 1353/14
1354/1 1354/4 1354/23 1354/23 1355/1
1356/2 1356/12 1356/14 1369/16
1369/19 1369/22 1370/2 1370/8 1370/22
1371/4 1372/12 1373/2 1375/12
MATHEMATICAL [1]  1430/9
MATHEMATICS [1]  1376/4
MATTER [4]  1424/25 1429/19 1436/17
1437/21
MAXIMUM [1]  1425/5
MAY [28]  1362/25 1370/24 1371/10
1371/11 1374/20 1374/25 1376/2
1387/24 1396/14 1411/10 1412/16
1413/12 1413/22 1415/25 1417/11
1417/20 1417/22 1426/21 1426/24
1427/20 1429/2 1429/7 1429/9 1430/6
1430/12 1432/2 1433/3 1433/3
MAYBE [7]  1345/3 1363/22 1390/20
1392/20 1408/23 1416/14 1433/16
MCCONNON [1]  1341/13
ME [42]  1346/2 1350/3 1350/8 1350/17
1352/12 1357/16 1361/17 1370/20
1371/2 1377/22 1381/8 1385/5 1385/14
1391/5 1392/4 1396/3 1397/24 1398/24
1399/9 1401/4 1401/7 1401/8 1402/4
1402/12 1407/19 1408/10 1409/21
1410/2 1413/10 1414/10 1417/12
1419/14 1424/24 1427/1 1427/2 1429/10
1430/1 1430/8 1431/14 1433/18 1433/24
1437/11
MEAN [16]  1351/21 1352/24 1359/10
1369/13 1373/20 1377/9 1381/3 1381/21
1398/8 1401/13 1410/23 1411/22
1417/17 1420/16 1420/22 1433/5
MEANING [1]  1385/15
MEANS [8]  1365/18 1373/18 1375/4
1384/12 1398/7 1404/17 1422/11
1426/25
MEASURE [4]  1360/18 1422/21 1434/16
1435/19
MECHANICAL [1]  1341/24
MECHANICS [4]  1372/24 1374/22
1377/16 1405/10
MECHANISM [1]  1361/21
MECHANISMS [1]  1402/7
MEETING [1]  1358/10
MELD [1]  1368/6

MEMBERS [3]  1350/13 1350/25 1351/5
MEMORANDUM [1]  1373/24
1424/15 1425/1 1425/11
MENTIONED [1]  1427/8
METALLURGY [1]  1376/4
METHOD [3]  1363/15 1380/13 1401/19
MICHAEL [2]  1340/19 1340/19
MICHELE [1]  1341/12
MID [2]  1421/22 1423/9
MID-CHANNEL [2]  1421/22 1423/9
MIGHT [1]  1347/8
MIGRATION [1]  1428/13
MILK [2]  1353/2 1353/3
MILLER [1]  1341/14
MILLIMETERS [2]  1414/5 1415/4
MIND [5]  1368/6 1375/1 1382/19
1411/23 1430/20
MINE [2]  1359/24 1409/6
MINUTE [6]  1374/18 1386/24 1389/19
1391/20 1426/10 1426/12
MINUTES [7]  1380/14 1386/9 1389/2
1389/13 1401/21 1406/23 1407/7
MISCONSTRUED [1]  1405/5
MISCONSTRUING [1]  1407/15
MISQUOTED [1]  1405/4
MISSING [5]  1343/25 1344/1 1347/9
1347/22 1433/3
MISSISSIPPI [1]  1355/4
MISSISSIPPI RIVER [1]  1355/4
MISSPOKE [1]  1433/17
MISSTATED [1]  1433/3
MISTAKE [3]  1343/17 1343/19 1433/20
MITIGATE [1]  1435/19
MITIGATION [2]  1435/18 1435/19
MITSCH [1]  1341/14
MIXING [1]  1355/22
MODEL [17]  1358/4 1358/5 1358/11
1362/17 1362/19 1373/7 1373/12 1376/1
1376/11 1376/16 1376/18 1380/2
1421/18 1421/20 1422/17 1422/18
1423/1
MODELING [1]  1358/2
MODELS [4]  1358/1 1377/21 1380/1
1382/9
MODEST [1]  1364/22
MOMENT [1]  1346/8
MOMENTARY [1]  1362/7 1367/11
MONITOR [2]  1387/3 1387/21
MORE [26]  1348/21 1352/12 1356/17
1363/15 1364/12 1366/18 1366/19
1367/24 1374/8 1375/9 1381/15 1400/11
1402/24 1407/10 1407/22 1408/3
1410/10 1417/8 1426/17 1427/12
1427/20 1427/21 1429/2 1429/9 1432/4
1436/14
MORGAN [1]  1340/25
MORNING [7]  1371/13 1371/25 1388/9
1414/18 1432/18 1433/11 1433/17
MORRIS [1]  1418/15
MOSHER [2]  1343/16 1405/1
MOST [2]  1356/7 1422/8
MOUTH [4]  1434/14 1435/3 1435/5
1435/13
MOVE [6]  1348/19 1378/8 1385/18
1389/9 1396/8 1416/11
MOVED [5]  1355/21 1356/16 1356/22
1384/8 1406/20
MOVING [7]  1346/9 1350/22 1375/12
1375/25 1387/13 1389/12 1398/18
MOW [1]  1385/6
MOWING [7]  1385/8 1385/10 1385/13
1395/3 1397/22 1405/1 1405/3
MOWING-THE-GRASS [1]  1397/22

MR. [13]  1350/7 1363/15 1368/1
1405/24 1405/24 1405/7 1410/25 1410/25
1418/15 1419/18 1423/14 1426/22
1437/3
MR. EBERSOLE [5]  1363/15 1368/1
1368/24 1385/7 1404/25
MR. MORRIS [1]  1418/15
MR. O'DONNELL [1]  1423/14
MR. RUNE [1]  1350/7
MR. STONE [5]  1401/4 1410/25 1419/18
1426/22 1437/3
MRGO [66]  1341/7 1344/2 1344/9
1344/10 1344/25 1345/1 1345/2 1345/4
1345/5 1345/13 1345/15 1346/5 1346/8
1346/17 1346/18 1346/25 1348/12
1348/16 1371/21 1371/22 1371/24
1372/7 1372/7 1372/7 1372/9 1404/14
1415/10 1415/10 1416/20 1416/21
1416/25 1416/25 1418/24 1418/25
1419/2 1419/24 1420/3 1420/8 1420/9
1421/19 1422/5 1423/5 1423/13 1425/4
1426/3 1428/5 1428/8 1428/20 1429/13
1429/19 1429/23 1429/23 1431/22
1431/24 1432/24 1434/22 1435/4
1435/10 1435/11 1435/12 1435/18
1435/21 1435/22 1436/1 1436/4 1436/7
MS. [1]  1358/13
MS. CARMEN [1]  1358/13
MUCH [10]  1354/21 1367/20 1375/9
1377/13 1377/22 1413/10 1413/13
1429/8 1437/5 1437/13
MUD [1]  1355/19
MULTIPLE [2]  1430/11 1431/13
MY [27]  1348/18 1359/10 1364/22
1371/1 1381/7 1392/24 1394/12 1397/3
1397/16 1411/9 1411/11 1411/19
1411/23 1413/1 1415/25 1417/10 1418/5
1419/16 1424/24 1425/12 1426/20
1429/11 1430/20 1431/10 1433/5
1433/20 1437/20
MYER [1]  1341/15
MYSELF [1]  1421/23
MYSTÈRE [1]  1415/7

## N

NAME [1]  1360/22
NATURAL [7]  1357/5 1415/2 1418/16
1423/6 1423/19 1427/13 1431/3
NATURE [4]  1367/10 1370/4 1411/6
1421/17
NAVD88 [1]  1403/7
NEAR [3]  1353/8 1412/13 1421/1
NEARBY [1]  1414/11
NECESSARILY [4]  1351/6 1363/9
1366/16 1404/13
NECESSITY [1]  1422/24
NEED [13]  1354/4 1368/9 1373/13
1375/13 1375/22 1376/5 1380/4 1419/7
1419/11 1429/6 1435/4 1435/7 1435/25
NEGLIGENTLY [1]  1424/2
NEUTRAL [6]  1409/17 1409/19 1409/19
1423/5 1423/13 1432/24
NEUTRALIZED [2]  1410/4 1423/18
NEVER [5]  1364/2 1392/23 1396/9
1417/11 1424/4
NEW [11]  1339/6 1339/20 1339/23
1340/10 1341/4 1341/4 1341/8 1341/21
1376/22 1377/10 1434/16
NEW ORLEANS [1]  1434/16
NEXT [4]  1345/9 1380/9 1394/8 1396/8
NICE [1]  1423/8
NIGHT [3]  1358/19 1359/7 1433/20
NIMOY [1]  1368/9

**N**

NINE [1] 1423/18
NINTH [1] 1434/17
NO [58] 1345/2 1345/25 1346/23
1350/16 1366/21 1366/21 1371/6 1371/6
1371/23 1372/7 1376/18 1378/5 1378/16
1378/18 1379/21 1381/22 1381/25
1382/6 1382/24 1383/6 1383/7 1384/2
1384/8 1385/3 1385/25 1386/2 1386/11
1388/19 1388/25 1389/5 1389/18
1389/20 1393/4 1394/4 1394/9 1395/7
1395/8 1397/6 1397/20 1398/21 1398/23
1399/19 1402/9 1402/13 1409/5 1410/4
1415/11 1420/12 1428/15 1428/21
1430/1 1430/6 1430/18 1431/25 1432/8
1432/11 1436/1 1436/7
NO-BRAINER [1] 1431/25
NO. [3] 1355/11 1372/10 1432/12
NO. 1 [3] 1355/11 1372/10 1432/12
NOBODY [1] 1424/1
NON [1] 1346/18
NON-MRGO [1] 1346/18
NORMAL [2] 1414/4 1414/9
NORMALLY [1] 1427/12
NORMAN [1] 1339/5
NORTH [7] 1344/3 1344/17 1347/5
1347/15 1347/16 1348/3 1348/3
NOT [91] 1346/13 1346/15 1346/16
1346/24 1349/15 1350/13 1350/16
1353/16 1353/18 1354/3 1354/18
1355/18 1356/16 1356/22 1357/3
1359/24 1360/2 1360/21 1360/24 1362/4
1363/9 1364/18 1364/23 1366/16 1367/4
1367/4 1367/6 1368/6 1370/3 1370/14
1371/9 1371/23 1371/23 1376/8 1377/4
1377/10 1378/16 1384/13 1385/13
1386/2 1386/13 1387/3 1389/5 1389/18
1389/20 1395/6 1395/7 1395/21 1398/7
1398/9 1400/11 1402/4 1404/9 1404/13
1404/17 1407/12 1407/18 1408/7
1410/13 1411/2 1411/4 1411/12 1411/12
1411/19 1414/12 1415/5 1415/11
1416/13 1417/20 1420/17 1420/19
1424/3 1425/19 1427/24 1429/23 1430/9
1430/21 1431/7 1431/9 1431/10 1431/16
1431/24 1432/2 1432/25 1433/9 1434/15
1435/10 1435/12 1435/17 1435/18
1436/11
NOTE [1] 1408/13
NOTES [1] 1396/24
NOTHING [1] 1413/2
NOW [31] 1344/19 1348/2 1359/15
1359/18 1362/1 1364/5 1365/21 1366/14
1376/23 1377/9 1378/12 1378/24
1379/19 1380/3 1382/16 1388/5 1391/22
1398/20 1405/4 1410/2 1411/11 1414/13
1416/8 1418/10 1427/1 1431/8 1433/11
1433/17 1433/22 1435/20 1435/25
NUMBER [22] 1353/24 1355/8 1359/15
1369/11 1373/13 1374/2 1374/11
1374/15 1378/25 1379/9 1392/7 1396/19
1408/18 1408/22 1408/23 1415/22
1427/5 1427/10 1427/19 1430/13
1431/21 1431/22
NUMBERED [1] 1437/21
NUMBERING [1] 1409/8
NUMBERS [3] 1391/14 1409/18 1428/5
NUMERAL [2] 1355/9 1357/1

**O**

O'BRIEN [1] 1341/3
O'DONNELL [3] 1339/15 1339/15

1423/14
OAK [1] 1385/1
OBJECT [3] 1411/3 1423/25 1435/15
OBJECTION [3] 1411/6 1424/12
1435/14
OBSERVATION [4] 1346/3 1378/7
1395/4 1397/23
OBSERVATIONS [3] 1354/11 1404/25
1405/15
OBSERVED [1] 1405/1
OCCUR [4] 1364/14 1381/4 1382/20
1403/2
OCCURRED [6] 1348/24 1354/16
1354/16 1406/2 1415/4 1418/8
OCCURRING [2] 1362/8 1389/1
OCCURS [8] 1362/18 1378/5 1385/18
1391/16 1391/18 1402/9 1406/16 1417/5
OFF [11] 1374/6 1381/3 1383/22
1384/13 1384/20 1394/11 1396/9
1406/14 1419/7 1421/23 1430/12
OFFER [1] 1415/17
OFFICE [4] 1340/7 1340/14 1340/22
1340/24
OFFICES [1] 1339/18
OFFICIAL [3] 1341/20 1437/19 1437/25
OFTEN [1] 1362/8
OH [3] 1383/6 1387/3 1429/21
OIL [1] 1353/1
OKAY [25] 1343/25 1344/3 1346/8
1362/13 1368/14 1380/17 1382/4
1383/19 1387/3 1387/17 1389/9 1389/14
1390/15 1393/21 1395/25 1396/13
1396/16 1401/9 1401/22 1407/4 1407/9
1415/20 1431/16 1434/12 1434/19
ON [129]
ONCE [2] 1376/11 1385/17
ONE [52] 1348/23 1355/16 1355/16
1357/14 1360/20 1361/20 1364/9 1365/7
1368/4 1368/7 1368/18 1369/1 1369/18
1370/5 1370/10 1370/10 1370/11
1370/11 1370/12 1371/5 1371/6 1376/3
1379/5 1380/2 1380/13 1383/7 1387/14
1387/15 1394/7 1394/8 1395/16 1396/6
1397/10 1400/8 1401/20 1407/3 1407/22
1409/24 1410/10 1411/15 1411/16
1412/8 1412/18 1414/4 1422/8 1428/19
1431/21 1431/22 1432/15 1432/19
1433/19 1433/24
ONE-TENTH [1] 1422/8
ONES [2] 1355/2 1427/14
ONGOING [1] 1432/14
ONLY [19] 1357/22 1371/5 1384/2
1384/6 1385/13 1387/3 1389/1 1389/12
1399/18 1399/20 1403/12 1403/22
1409/24 1418/5 1420/15 1425/20
1427/24 1429/19 1431/10
OPEN [3] 1414/21 1416/3 1421/1
OPENED [1] 1413/21
OPINION [6] 1349/2 1352/24 1407/14
1410/7 1421/11 1424/24
OPINIONS [3] 1350/14 1351/7 1351/7
OPPOSITE [2] 1345/17 1345/20
OR [61] 1345/25 1345/25 1346/25
1349/15 1351/6 1351/6 1352/7 1353/16
1353/18 1357/7 1361/22 1361/22
1362/11 1363/3 1363/19 1367/4 1370/18
1371/9 1371/22 1372/7 1372/7 1372/17
1374/7 1374/9 1376/4 1376/13 1379/3
1387/15 1390/19 1390/19 1392/21
1396/11 1397/3 1399/10 1400/2 1400/11
1401/4 1404/9 1405/4 1407/7 1407/13
1407/24 1410/1 1411/2 1412/5 1413/24
1418/2 1418/17 1419/11 1421/5 1421/12

1423/8 1429/12 1429/23 1430/16 1432/7
1432/23 1433/23 1436/4 1436/7
ORIENT [1] 1347/3
ORIGINAL [1] 1406/18
ORIGINALLY [1] 1363/10
ORLEANS [7] 1339/6 1339/20 1339/23
1340/10 1341/8 1341/21 1434/16
OTHER [25] 1344/16 1345/3 1345/6
1346/3 1346/12 1348/2 1348/4 1349/11
1350/25 1351/6 1357/14 1358/1 1360/25
1361/9 1361/16 1361/20 1362/25
1370/11 1371/5 1376/15 1379/25
1387/15 1412/18 1414/21 1418/20
OTHERS [1] 1423/1
OTHERWISE [1] 1432/13
OUR [7] 1354/11 1363/22 1408/15
1409/2 1416/2 1424/3 1432/15
OURS [1] 1408/18
OUT [31] 1343/20 1347/3 1352/24
1355/2 1355/2 1356/8 1366/7 1369/4
1369/25 1370/6 1371/21 1371/22
1376/13 1384/5 1411/2 1413/10 1413/11
1414/2 1417/22 1419/2 1420/5 1420/9
1420/10 1420/10 1421/15 1422/24
1424/9 1427/16 1430/10 1430/17
1431/22
OUTPUT [1] 1358/4
OUTSIDE [1] 1344/1
OVER [29] 1344/2 1345/5 1352/4 1360/7
1360/16 1362/9 1363/7 1364/1 1365/12
1365/13 1366/1 1380/9 1385/9 1386/20
1386/22 1386/23 1389/16 1391/8
1391/22 1404/13 1412/4 1412/5 1412/10
1413/2 1414/10 1415/3 1419/17 1421/13
1428/2
OVERLAP [1] 1412/3
OVERRULED [1] 1351/2
OVERTALKING [1] 1412/1
OVERTOP [2] 1364/14 1389/15
OVERTOPPED [4] 1352/14 1383/9
1384/4 1408/3
OVERTOPPING [38] 1349/18 1352/2
1352/20 1360/2 1361/16 1361/17 1363/8
1363/15 1366/23 1386/19 1390/24
1391/1 1391/4 1391/4 1405/23 1405/24
1406/2 1406/3 1406/16 1406/17 1406/19
1406/21 1406/22 1406/24 1407/10
1409/16 1409/22 1411/15 1411/16
1411/18 1411/19 1411/20 1411/23
1411/25 1412/2 1412/6 1412/7 1420/6

**P**

P.O [1] 1341/18
PAGE [69] 1342/2 1343/13 1343/14
1348/20 1349/6 1350/2 1350/18 1350/19
1357/2 1359/15 1369/8 1369/10 1369/10
1369/11 1372/11 1377/23 1378/2 1378/8
1378/24 1380/6 1380/9 1386/3 1386/25
1387/20 1390/2 1390/5 1392/3 1392/6
1392/17 1393/23 1394/19 1394/20
1395/18 1395/20 1395/21 1396/11
1396/19 1401/1 1401/3 1402/3 1402/5
1403/4 1406/10 1408/8 1408/18 1408/19
1408/19 1408/22 1408/23 1408/24
1409/2 1409/6 1409/8 1409/8 1409/8
1409/14 1409/23 1410/6 1410/21
1415/13 1415/19 1416/13 1416/18
1419/6 1420/23 1424/15 1426/8 1433/6
1433/7
PAGE 131 [1] 1409/14
PAGE 50 [2] 1406/10 1410/21
PAGES [1] 1411/10
PALMINTIER [3] 1340/19 1340/19

P

PALMINTIER... [1] 1340/20
PANEL [1] 1344/1
PAPER [1] 1360/5
PARAGRAPH [7] 1369/9 1369/11 1372/11 1378/1 1402/5 1402/6 1424/15
PARAMETERS [1] 1432/21
PARAMETRIC [9] 1369/12 1369/13 1370/15 1370/17 1370/19 1371/14 1371/17 1371/20 1433/13
PARDON [2] 1410/2 1419/14
PARENTHETICAL [1] 1357/1
PARKING [1] 1358/15
PART [22] 1344/11 1346/5 1354/6 1356/14 1364/10 1364/11 1365/5 1373/23 1374/4 1375/22 1378/21 1383/20 1385/12 1392/5 1408/24 1409/13 1411/2 1412/4 1412/4 1412/6 1424/3 1424/7
PARTICULAR [2] 1375/18 1384/6
PARTS [1] 1373/8
PAST [1] 1434/22
PAUL [3] 1341/11 1341/13 1385/14
PAUSE [1] 1374/18
PAVILLON'S [1] 1358/15
PC [2] 1339/15 1340/2
PDF [6] 1393/23 1408/8 1408/19 1408/23 1409/7 1409/8
PEAK [1] 1406/25
PELLUCID [1] 1411/7
PENETRATE [2] 1394/5 1398/16
PENETRATED [3] 1398/8 1398/11 1400/2
PENETRATION [6] 1385/17 1391/12 1393/15 1397/13 1399/21 1400/9
PEOPLE [6] 1361/9 1361/16 1401/13 1419/17 1421/3 1437/11
PER [1] 1414/5
PERCENT [7] 1348/23 1414/19 1422/9 1422/10 1422/13 1427/9 1428/23
PERCENTAGE [2] 1413/14 1428/25
PERFECT [5] 1377/19 1400/23 1409/24 1419/10 1419/20
PERFORMANCE [13] 1349/21 1350/5 1354/8 1357/25 1357/25 1357/25 1359/8 1370/3 1370/13 1378/17 1378/22 1379/24 1422/2
PERFORMED [9] 1353/21 1369/17 1370/18 1372/3 1372/5 1379/19 1405/14 1424/3 1430/23
PERHAPS [1] 1361/25
PERIOD [13] 1365/15 1366/3 1366/11 1372/21 1373/24 1392/1 1394/3 1406/15 1407/6 1407/17 1419/4 1420/15 1428/13
PERIODIC [2] 1362/8 1367/10
PERIODS [1] 1372/23
PERMUTATION [2] 1364/7 1364/8
PERMUTATIONS [1] 1362/1
PERPENDICULAR [1] 1362/11
PERSON [2] 1417/24 1418/1
PERSONALLY [1] 1353/2
PETER [1] 1341/15
PHASE [7] 1372/15 1385/19 1388/16 1391/8 1391/12 1391/12 1409/16
PHASES [1] 1385/22
PHENOMENON [3] 1427/4 1427/16 1428/7
PHILEN [1] 1341/6
PHOTOGRAPH [4] 1347/13 1348/16 1368/16 1383/6
PHOTOGRAPHIC [1] 1405/16
PHOTOGRAPHS [1] 1349/11

PHYSICS [1] 1376/4
PICTURE [23] 1343/13 1343/22 1344/9 1344/16 1345/3 1345/9 1346/5 1346/12 1347/5 1348/2 1348/8 1348/13 1349/8 1349/22 1350/7 1352/9 1363/11 1368/14 1374/10 1419/2 1435/4 1435/10 1435/12
PICTURES [4] 1343/15 1343/17 1347/4 1385/7
PIERCE [1] 1339/15
PILLBOXES [17] 1344/7 1344/14 1344/20 1344/21 1344/22 1345/4 1345/6 1345/12 1345/17 1345/20 1345/24 1346/4 1346/9 1347/19 1347/21 1348/4 1348/7
PILOT [7] 1344/19 1346/9 1346/17 1346/25 1348/11 1348/12 1348/15
PILOT'S [1] 1346/13
PIT [1] 1356/7
PLACE [8] 1358/15 1364/22 1375/13 1384/6 1411/16 1427/11 1432/6 1436/13
PLACED [1] 1357/12
PLACEMENT [1] 1356/4
PLAINTIFF [2] 1343/7 1426/12
PLAINTIFFS [12] 1339/15 1339/18 1339/21 1340/2 1340/5 1340/9 1340/12 1340/16 1340/19 1340/22 1341/6 1437/9
PLAINTIFFS' [1] 1378/4 1402/9
PLANET [1] 1390/9
PLANNED [2] 1362/13 1424/9
PLANS [1] 1425/2
PLANT [1] 1364/1
PLASTIC [1] 1353/4
PLAY [1] 1410/24
PLAYER [1] 1414/10
PLAYERS [1] 1418/11
PLC [3] 1339/18 1340/19 1340/23
PLEASE [15] 1343/4 1350/19 1365/21 1373/19 1381/8 1389/24 1395/14 1399/12 1399/15 1401/4 1401/6 1401/8 1419/18 1426/16 1426/24
PLOT [1] 1419/11
PLOTS [1] 1419/11
POINT [30] 1363/13 1375/24 1376/1 1376/17 1380/2 1388/15 1389/15 1391/8 1391/9 1393/15 1394/14 1395/10 1396/15 1397/18 1398/17 1406/22 1411/10 1412/20 1412/21 1414/1 1415/7 1420/9 1421/23 1421/24 1423/11 1423/18 1423/21 1425/11 1426/1 1428/6
POINTED [3] 1344/11 1366/7 1422/24
POINTING [2] 1385/20 1411/2
POINTS [5] 1405/19 1425/10 1431/19 1431/20 1431/22
POLDER [2] 1434/16 1434/17
POLDERS [1] 1434/21
POOR [19] 1380/11 1380/19 1382/22 1382/25 1383/5 1383/14 1383/16 1393/9 1393/11 1397/7 1397/9 1400/1 1400/5 1401/2 1401/18 1404/2 1406/14 1410/2 1410/2
POPULAR [1] 1374/22
PORTION [4] 1347/22 1372/14 1386/21 1389/15
POSED [1] 1433/2
POSITION [1] 1423/12
POSITIONED [1] 1346/17
POSSIBLE [4] 1357/4 1360/1 1363/24 1436/21
POST [4] 1340/7 1340/14 1340/24 1436/21
POST-TRIAL [1] 1436/21
POUND [1] 1418/1

POWERPOINT [1] 1368/24
POWERPOINTS... [1] 1368/20
PRACTICE [1] 1379/25
PRE [2] 1383/13 1419/25
PRE-KATRINA [2] 1383/13 1419/25
PRECISELY [1] 1381/5
PRECISION [3] 1357/15 1357/17 1357/18
PREDICT [1] 1375/18
PREDICTED [2] 1358/1 1405/17
PREDICTS [1] 1362/19
PREMISE [4] 1363/9 1382/11 1382/16 1397/3
PREPARED [1] 1352/7
PRESENT [2] 1341/6 1418/7
PRESENTATION [1] 1368/25
PRESERVE [1] 1357/4
PRESSURES [1] 1365/16
PRESUMING [1] 1406/4
PRETTY [1] 1402/12
PREVENT [1] 1432/6
PREVIOUSLY [3] 1350/9 1386/14 1415/21
PRIMARILY [1] 1423/6
PRIMARY [6] 1361/21 1414/5 1414/10 1418/11 1422/20 1428/10
PRINCIPAL [1] 1421/16
PRINCIPLE [7] 1364/17 1364/20 1398/22 1399/17 1399/19 1400/9 1404/22
PRIOR [1] 1360/2
PROBABLY [2] 1380/20 1404/6
PROBLEM [4] 1392/24 1397/17 1418/5 1429/16
PROCEDURE [2] 1357/24 1422/23
PROCEED [2] 1431/12 1432/16
PROCEEDING [1] 1421/13
PROCEEDINGS [3] 1339/10 1341/24 1437/21
PROCESS [6] 1354/2 1358/2 1363/12 1369/1 1381/6 1391/10
PRODUCE [2] 1357/18 1357/19
PRODUCED [1] 1341/25
PROFESSOR [6] 1420/25 1421/21 1421/23 1422/3 1433/16 1433/25
PROGRAM [4] 1374/17 1375/6 1375/17 1376/23
PROGRAMMER [1] 1376/18
PROGRESSION [1] 1377/15
PROMISE [1] 1364/25
PROPOSITION [2] 1404/11 1427/3
PROTECT [1] 1421/16
PROTECTION [13] 1349/22 1350/6 1356/5 1356/10 1358/21 1377/3 1402/19 1405/2 1424/18 1425/14 1425/23 1429/14 1434/9
PROTECTIVE [2] 1423/20 1425/20
PROTECTS [1] 1421/17
PROUD [1] 1428/20
PROVES [1] 1384/19
PROVIDED [6] 1348/16 1350/7 1350/8 1354/11 1361/7 1371/13
PROVIDES [1] 1385/7
PROVIDING [1] 1358/9
PROXIMITY [3] 1417/4 1420/8 1429/13
PRY [1] 1414/21
PULL [1] 1370/5
PULLING [1] 1419/21
PUNCHY [1] 1410/2
PUSHES [1] 1364/9
PUSHING [2] 1364/12 1419/21
PUT [17] 1360/15 1375/13 1376/22 1377/10 1392/13 1408/16 1409/21

**P**

PUT... [10] 1411/5 1416/14 1416/16
1432/5 1434/13 1434/20 1435/12
1435/25 1436/1 1436/4
PUTTING [3] 1434/25 1435/1 1435/16
PX [13] 1343/13 1348/20 1388/20
1392/7 1392/9 1393/23 1408/8 1408/11
1408/19 1409/2 1415/13 1415/17
1415/21
PX-2118 [1] 1415/13
PX-72 [8] 1348/20 1388/20 1392/9
1393/23 1408/8 1408/11 1408/19 1409/2
PX-84 [1] 1343/13

**Q**

QUANTIFIED [2] 1414/12 1421/11
QUANTITATIVE [1] 1413/15
QUASI [2] 1364/2 1364/3
QUESTION [40] 1345/19 1351/9
1356/18 1361/4 1365/19 1365/21 1369/7
1385/24 1387/4 1387/8 1394/12 1398/20
1399/7 1399/10 1399/15 1407/19
1408/21 1410/15 1411/11 1412/8
1412/16 1413/1 1413/12 1413/18
1413/21 1414/3 1416/19 1416/20
1424/13 1424/23 1425/9 1426/20
1426/23 1426/25 1429/17 1429/25
1430/20 1431/11 1433/2 1435/16
QUESTIONED [2] 1434/17 1434/18
QUESTIONS [9] 1351/11 1364/5
1371/24 1410/24 1411/3 1417/18 1424/1
1426/18 1436/15
QUIT [1] 1409/18
QUITE [3] 1392/19 1398/7 1398/9
QUOTE [1] 1404/9
QUOTING [1] 1409/8

**R**

RACK [1] 1385/15
RAIN [2] 1354/20 1354/21
RANGE [3] 1382/25 1391/21 1399/25
RANGING [1] 1359/7
RATHER [5] 1362/15 1365/11 1395/23
1398/13 1413/8
RATIO [1] 1409/25
RAW [1] 1427/18
RAY [2] 1423/11 1423/12
REACH [22] 1348/23 1349/21 1351/7
1352/19 1352/21 1359/6 1361/21 1363/3
1371/3 1378/16 1378/22 1402/15
1402/16 1402/17 1402/17 1404/7
1404/14 1404/18 1404/21 1412/13
1419/12 1434/15
REACH 2 [15] 1348/23 1349/21 1359/6
1361/21 1371/3 1378/16 1378/22
1402/15 1402/16 1404/7 1404/14
1404/18 1404/21 1419/12 1434/15
REACHED [1] 1395/6
REACHES [5] 1386/9 1386/10 1386/10
1394/10 1409/24
READ [6] 1378/18 1387/2 1391/18
1404/22 1425/6 1426/4
READER [1] 1355/17
READING [1] 1349/20
READY [3] 1414/21 1416/5 1426/18
REAL [3] 1412/12 1429/15 1432/4
REALITY [1] 1358/8
REALLY [7] 1350/23 1351/5 1364/23
1415/19 1417/10 1429/7 1436/22
REASON [2] 1361/15 1414/23
REASONABLE [1] 1431/3
RECALL [3] 1358/9 1369/1 1386/5
RECALLS [1] 1424/7

RECEIVED [2] 1433/11 1433/19
RECESS [3] 1419/18 2 1416/5 1436/7
1416/8 1426/10 1426/14 1437/16
RECOGNIZE [4] 1351/18 1422/23
1423/9 1425/16
RECOGNIZES [1] 1422/20
RECOGNIZING [1] 1423/19
RECOMMENDED [1] 1425/3
RECONSTITUTE [3] 1357/7 1357/8
1357/11
RECONSTITUTED [1] 1360/14
RECORD [10] 1347/7 1392/18 1395/22
1396/22 1396/24 1400/15 1429/10
1430/22 1431/18 1437/21
RECORDED [2] 1341/24 1360/17
RED [8] 1378/8 1378/9 1381/23 1395/20
1396/1 1396/22 1418/16 1419/23
REDIRECT [2] 1408/13 1411/8
REDUCE [2] 1422/7 1434/11
REDUCES [1] 1421/4
REDUCTION [2] 1422/13 1425/17
REFER [4] 1401/4 1403/5 1413/16
1413/17
REFERENCE [8] 1349/24 1350/2
1360/21 1394/14 1395/25 1405/19
1406/11 1408/19
REFERENCED [1] 1419/23
REFERENCES [1] 1351/24
REFERENCING [1] 1407/1 1407/2
REFERRED [1] 1432/21
REFERRING [7] 1362/10 1366/5 1368/7
1369/2 1370/17 1395/16 1402/18
REGION [1] 1415/3
REGIONAL [1] 1431/9
REGRESSION [1] 1431/13
REGROWN [1] 1383/12
RELATED [4] 1371/21 1372/9 1429/1
1429/1
RELATION [1] 1350/24
RELATIVELY [2] 1365/14 1366/3
RELEVANCE [1] 1424/1
RELIED [3] 1361/8 1361/9 1361/12
RELY [1] 1401/15
REMAIN [1] 1433/23
REMAINDER [1] 1413/24
REMEMBER [10] 1351/4 1368/4
1368/16 1368/17 1389/4 1399/1 1399/1
1399/2 1408/16 1435/10
REMEMBER GIVING [1] 1351/4
REMEMBERING [1] 1344/16
REMOVAL [2] 1372/16 1372/20
REMOVED [1] 1360/19
REMOVES [1] 1364/10
REMOVING [1] 1364/10
RENDERED [1] 1360/24
REPEAT [3] 1365/21 1399/15 1424/23
REPLICATE [1] 1376/16
REPORT [50] 1348/18 1349/12 1349/13
1349/17 1349/21 1349/24 1350/2
1350/11 1351/19 1351/20 1351/24
1352/7 1359/23 1360/1 1360/24 1363/16
1368/1 1378/1 1378/4 1378/24 1379/1
1379/2 1379/3 1379/5 1379/6 1379/8
1379/8 1380/7 1392/2 1396/5 1396/10
1396/18 1401/2 1401/3 1401/5 1409/12
1409/13 1414/22 1415/12 1416/7 1416/9
1419/9 1420/22 1422/25 1425/12
1429/12 1432/20 1433/4 1433/5 1433/7
REPORT 2 [1] 1401/2
REPORTED [1] 1425/12
REPORTER [4] 1341/20 1374/25
1437/19 1437/25
REPORTS [4] 1360/25 1361/6 1378/19

1404/23
REPRESENTATIVE [3] 1352/12 1353/19
1356/12 1357/20 1358/5 1374/12
1404/18 1404/19 1426/12
REQUESTING [1] 1426/9
REQUIRED [1] 1410/12
RESERVE [1] 1416/2
RESIO [3] 1415/25 1422/25 1423/1
RESISTANT [1] 1356/17
RESOLVED [1] 1409/17
RESPECT [2] 1402/6 1413/20
RESPONDED [1] 1402/22
RESPONSE [1] 1361/11
REST [1] 1357/23
RESULTANT [1] 1428/12
RESULTS [7] 1365/14 1366/2 1372/24
1379/22 1408/8 1422/3 1423/2
RETRIEVE [1] 1357/3
RICHARD [1] 1341/16
RIGHT [57] 1344/9 1344/22 1344/25
1345/14 1345/14 1346/4 1346/19
1346/25 1347/23 1347/25 1348/2
1349/14 1351/4 1358/24 1359/15
1359/20 1363/6 1364/16 1368/1 1371/18
1373/9 1374/22 1375/16 1377/9 1380/22
1381/17 1382/7 1383/17 1385/4 1385/21
1388/9 1388/21 1391/5 1393/13 1395/10
1395/12 1397/14 1398/6 1400/22 1402/2
1403/9 1403/18 1403/19 1403/20
1406/23 1407/3 1407/6 1413/19 1414/8
1414/13 1415/23 1416/2 1416/16 1418/5
1418/19 1419/20 1434/1
RISE [5] 1343/3 1389/23 1426/13
1426/15 1437/15
RISES [2] 1385/2 1385/3
RISING [1] 1385/6
RITA [3] 1343/24 1354/14 1354/18
RIVER [1] 1355/4
ROBERT [2] 1341/6 1343/8
ROBIN [1] 1341/15
ROBINSON [1] 1339/5
ROLLING [1] 1416/6
ROMAN [2] 1355/9 1357/1
ROOM [1] 1341/20
ROOTED [1] 1374/10
ROUGE [2] 1340/14 1340/21
ROUND [1] 1428/5
ROY [2] 1340/5 1340/6
RUDE [1] 1359/10
RULING [1] 1415/25
RUN [8] 1362/22 1362/23 1364/6 1366/8
1366/8 1376/15 1386/20 1412/15
RUN-DOWN [2] 1362/23 1366/8
RUN-UP [4] 1362/22 1364/6 1366/8
1386/20
RUNE [5] 1350/7 1350/10 1352/17
1359/22 1359/24
RUNNING [3] 1364/14 1394/23 1394/23
RUPERT [1] 1341/14
RUSH [3] 1374/15 1374/15 1394/6
RUSH-DOWN [2] 1374/15 1394/6
RUSH-UP [1] 1374/15
RYE [1] 1374/9

**S**

S.W [1] 1340/17
S4 [1] 1353/24
SAFETY [1] 1425/18
SAID [17] 1346/15 1346/16 1346/24
1367/13 1370/7 1380/25 1382/22 1388/1
1395/3 1401/1 1401/2 1407/16 1409/2
1421/22 1432/19 1433/8 1433/9
SAKE [1] 1411/13

SALINITY [1] 1434/11
SAME [27] 1345/16 1345/17 1350/7
1350/10 1358/1 1369/21 1371/4 1371/5
1373/1 1375/15 1378/23 1392/4 1394/19
1395/17 1395/19 1396/24 1397/25
1402/2 1403/4 1407/25 1417/3 1418/2
1420/10 1423/12 1423/12 1431/23
1433/21
SAMPLE [13] 1353/1 1353/12 1353/19
1353/23 1353/24 1354/4 1354/12
1356/12 1358/5 1358/9 1358/16 1360/14
1374/12
SAMPLED [1] 1356/6
SAMPLES [15] 1352/6 1353/5 1353/6
1353/20 1357/4 1357/7 1357/8 1357/11
1357/12 1357/17 1357/20 1358/4
1358/12 1359/19 1361 1/7
SAMPLING [6] 1356/15 1357/12
1360/14 1360/15 1360/16 1405/10
SAN [1] 1386/7
SAN FRANCISCO [1] 1386/7
SAND [4] 1355/2 1356/9 1380/15
1401/21
SANDBAGS [1] 1355/4
SANDER [1] 1364/9
SANDING [1] 1364/9
SANDY [10] 1380/11 1380/19 1382/23
1382/24 1382/25 1383/15 1383/17
1393/11 1401/2 1401/18
SARAH [1] 1341/16
SATURDAY [1] 1433/1
SAW [5] 1356/4 1395/3 1412/10 1418/14
1418/15
SAY [32] 1345/20 1347/7 1351/20
1354/4 1361/15 1361/16 1365/11 1367/9
1367/12 1369/7 1369/7 1370/20 1371/17
1380/6 1384/17 1386/14 1391/16
1394/16 1395/9 1401/15 1403/4 1403/5
1406/1 1407/19 1412/3 1414/19 1415/7
1415/9 1423/2 1427/17 1427/18 1432/13
SAYING [11] 1346/23 1346/23 1362/17
1398/10 1399/17 1399/25 1402/20
1402/21 1421/7 1435/20 1435/24
SAYS [11] 1349/17 1357/3 1366/5
1372/7 1378/9 1393/3 1393/6 1424/16
1425/1 1426/1 1433/4
SCALE [2] 1419/12 1419/15
SCALES [1] 1419/15
SCENARIO [27] 1369/13 1369/13
1372/4 1372/9 1379/20 1387/5 1387/16
1396/24 1400/5 1404/1 1406/14 1407/21
1407/25 1409/17 1409/25 1410/3 1410/9
1411/17 1422/6 1423/3 1423/3 1423/17
1432/19 1432/23 1433/13 1434/5
1434/19
SCENARIOS [2] 1396/23 1409/17
SCIENTIFIC [1] 1411/24
SCIENTISTS [1] 1362/25
SCOTT [1] 1339/19
SCOURING [1] 1359/8
SCREEN [1] 1359/11
SEA [2] 1422/22 1422/23
SEASON [1] 1354/22
SEATED [3] 1343/4 1389/24 1426/16
SEAWARD [2] 1423/20 1428/6
SECOND [14] 1346/18 1360/20 1371/10
1373/23 1375/16 1376/25 1378/3 1379/5
1379/13 1380/8 1381/8 1391/8 1402/4
1407/1
SECONDS [3] 1365/15 1366/4 1366/10
SECTION [11] 1343/25 1347/10 1347/11

1353/8 1355/17 1356/1 1357/2 1400/6
1400/6 1405/21 1435/7
SECTIONS [2] 1379/11 1425/19
SEDIMENT [3] 1355/22 1356/7 1357/5
SEDIMENTS [3] 1355/18 1365/10
1428/10
SEE [36] 1343/19 1343/21 1344/6
1344/19 1346/13 1347/3 1351/17
1352/23 1370/17 1371/17 1372/6
1373/11 1376/21 1376/24 1378/3 1382/9
1387/13 1387/21 1387/22 1387/23
1392/21 1392/22 1393/24 1396/21
1397/3 1402/10 1404/5 1406/6 1406/7
1419/17 1424/7 1424/8 1424/18 1433/22
1433/23 1437/14
SEEING [3] 1372/24 1394/24 1428/10
SEEM [3] 1343/5 1346/4 1404/4
SEEMED [1] 1343/16
SEEMS [6] 1380/17 1399/21 1402/12
1423/16 1430/2 1434/3
SEES [1] 1384/19
SENIOR [1] 1358/13
SENSE [2] 1353/22 1427/1
SENTENCE [5] 1357/2 1359/14 1360/1
1378/3 1380/8
SEPARATE [4] 1366/22 1371/21
1371/22 1412/13
SEPTEMBER [4] 1351/16 1351/21
1351/23 1385/9
SEPTEMBER 13 [1] 1385/9
SEPTEMBER 17 [2] 1351/16 1351/23
SEPTEMBER 19 [1] 1351/21
SEQUENCE [1] 1410/17
SERIES [1] 1355/16
SERVE [2] 1359/12 1384/1
SESSION [5] 1339/10 1343/1 1343/4
1389/24 1426/16
SET [4] 1397/3 1410/24 1418/1 1427/1
SETTLEMENT [12] 1415/9 1415/10
1416/20 1416/21 1416/25 1418/20
1418/21 1418/24 1419/3 1420/10
1429/24 1431/23
SETTLING [1] 1432/7
SEVEN [3] 1404/20 1405/9 1405/19
SEVERAL [5] 1353/2 1353/20 1371/16
1397/23 1405/7
SEVERE [1] 1422/8
SHALL [1] 1424/16
SHARING [1] 1404/6
SHARP [1] 1437/14
SHE [1] 1374/25
SHEAR [1] 1374/16
SHEET [22] 1360/2 1360/6 1360/7
1360/9 1360/13 1362/9 1362/23 1363/20
1363/25 1364/4 1364/6 1364/7 1364/13
1365/10 1365/12 1366/14 1366/17
1367/11 1367/15 1367/19 1367/20
1367/24
SHEET-FLOW [4] 1360/6 1363/20
1365/10 1367/20
SHERMAN [1] 1339/22
SHIFTS [1] 1398/17
SHORT [7] 1365/13 1365/13 1365/15
1365/18 1366/2 1366/2 1366/7
SHOULD [14] 1346/4 1348/6 1375/18
1376/18 1385/24 1409/5 1423/8 1425/20
1431/6 1435/8 1435/23 1435/24 1435/25
1436/4
SHOULDER [2] 1356/18 1384/23
SHOULDERS [8] 1353/10 1354/5
1356/15 1356/20 1383/4 1383/7 1384/8
1384/18
SHOVEL [2] 1353/6 1358/10

SHOVELFULS [1] 1353/18
SHOW [3] 1368/21 1383/10 1385/10
1391/22 1395/12 1398/19 1401/6 1401/8
1405/3 1407/24 1428/4
SHOWED [6] 1350/9 1393/22 1405/16
1418/14 1418/15 1420/14
SHOWING [4] 1368/25 1394/1 1409/19
1419/23
SHOWN [2] 1391/23 1419/25
SHOWS [12] 1343/25 1348/17 1352/2
1352/14 1368/1 1368/14 1378/8 1385/20
1393/14 1402/7 1410/16 1420/1
SHRINKAGE [1] 1413/24
SIDE [69] 1344/9 1344/13 1345/1 1345/4
1345/6 1345/21 1346/10 1346/18
1347/12 1347/13 1347/24 1348/3 1348/3
1348/4 1348/5 1348/7 1348/8 1348/24
1350/14 1351/10 1358/11 1358/20
1360/8 1360/10 1361/16 1361/22
1361/22 1362/7 1362/20 1363/5 1363/8
1365/12 1365/25 1366/25 1367/10
1367/15 1367/16 1367/17 1367/21
1368/11 1369/5 1369/6 1369/21 1369/23
1370/1 1370/25 1373/2 1373/3 1373/7
1373/11 1374/6 1374/7 1374/16 1377/6
1377/9 1385/8 1389/16 1389/20 1391/6
1391/11 1398/17 1398/18 1398/22
1399/19 1405/2 1410/4 1412/15 1419/16
1421/19
SIDES [2] 1345/17 1371/9
SIGNATURE [1] 1385/16
SIGNIFICANT [12] 1373/24 1385/25
1386/13 1389/1 1421/6 1422/9 1422/17
1422/19 1422/21 1423/9 1423/21 1429/6
SIGNIFICANTLY [1] 1369/18
SILT [1] 1356/9
SIMILAR [1] 1432/22
SIMILARLY [1] 1367/16
SIMPLE [6] 1360/20 1364/18 1375/9
1376/2 1427/19 1431/10
SIMPLY [2] 1384/23 1431/9
SIMS [1] 1340/3
SINCE [4] 1361/8 1383/12 1417/6
1417/13
SINGLE [1] 1431/1
SIR [59] 1344/3 1345/7 1345/22 1347/1
1347/9 1347/19 1348/25 1349/10
1350/12 1351/19 1352/10 1356/21
1356/25 1357/2 1358/23 1360/20
1361/10 1361/24 1362/2 1365/3 1365/16
1368/5 1368/12 1372/6 1374/1 1374/13
1377/7 1377/19 1377/25 1378/10
1379/16 1380/5 1381/10 1381/13
1381/14 1383/17 1384/1 1386/1 1386/17
1387/10 1388/6 1390/5 1392/4 1397/14
1397/15 1400/21 1402/10 1403/7
1404/10 1409/3 1410/7 1414/22 1416/19
1419/7 1419/21 1420/17 1424/19 1426/3
1433/14
SIT [1] 1417/25
SITE [53] 1348/21 1348/22 1349/8
1349/18 1350/11 1350/15 1351/25
1352/7 1352/9 1353/1 1353/5 1354/12
1354/19 1354/20 1354/24 1355/1 1356/3
1370/11 1378/18 1381/13 1381/14
1382/25 1384/3 1387/14 1388/6 1388/15
1390/11 1391/13 1399/24 1402/20
1402/21 1403/9 1403/20 1404/1 1404/7
1404/17 1404/19 1405/24 1406/12
1407/17 1410/13 1413/3 1413/9 1414/6
1414/7 1419/10 1419/10 1425/15
1428/20 1428/20 1428/22 1428/24
1432/10

S

SITES [9] 1353/20 1404/20 1405/7
 1405/9 1405/10 1405/13 1419/14 1420/7
 1420/7
SIX [4] 1368/24 1369/1 1373/7 1381/14
SIZE [1] 1412/3
SLIDE [6] 1343/12 1348/19 1381/12
 1388/20 1391/23 1419/17
SLIDES [4] 1348/20 1381/7 1433/11
 1433/12
SLIPS [1] 1425/5
SLOSH [1] 1386/20
SMALL [5] 1365/14 1366/3 1366/11
 1367/18 1428/18
SMART [1] 1415/19
SMITH [1] 1341/15
SO [111]
SO-CALLED [3] 1425/15 1425/21
 1432/23
SOFT [1] 1428/10
SOIL [21] 1352/6 1352/6 1353/4 1354/10
 1354/12 1357/17 1357/19 1359/19
 1361/6 1372/14 1372/24 1383/2 1383/21
 1391/21 1393/17 1394/12 1394/14
 1395/11 1398/18 1425/17 1432/6
SOILS [6] 1350/11 1356/5 1359/2
 1370/14 1374/11 1391/20
SOJA [1] 1341/16
SOME [17] 1356/14 1364/6 1368/1
 1373/5 1377/20 1383/6 1385/7 1396/6
 1396/6 1396/14 1405/12 1405/13
 1405/14 1412/3 1414/22 1426/21
 1436/22
SOMEONE [1] 1371/2
SOMETHING [11] 1392/21 1396/2
 1397/16 1415/6 1415/18 1427/9 1433/3
 1434/11 1435/11 1435/12 1435/18
SOMETIME [2] 1388/23 1403/25
SOMEWHAT [1] 1426/20
SOPHISTICATED [1] 1375/5
SORRY [8] 1351/21 1359/15 1369/10
 1379/6 1379/7 1391/4 1406/9 1419/19
SOUNDS [1] 1417/12
SOUTH [4] 1339/16 1352/1 1368/4
 1368/14
SPACES [1] 1405/18
SPEAK [2] 1361/11 1361/11
SPECIFIC [4] 1399/24 1399/24 1402/3
 1404/7
SPECIFICALLY [5] 1351/9 1361/12
 1380/6 1401/17 1413/2
SPECIFICATIONS [1] 1425/2
SPEED [1] 1375/12
SPELLING [1] 1360/22
SPEND [1] 1348/20
SPLASHING [1] 1412/10
SPOIL [1] 1400/18
SPOKEN [1] 1434/22
SPOTS [1] 1418/16
SPRINGS [1] 1340/17
SQUARE [3] 1353/4 1423/13 1423/14
SQUEEZE [1] 1428/9
SQUEEZING [13] 1407/14 1407/16
 1414/9 1414/10 1417/7 1417/23 1418/2
 1418/4 1425/21 1428/7 1428/22 1428/23
 1431/4
SR [1] 1341/16
STABILITY [6] 1424/5 1424/10 1424/16
 1425/3 1425/13 1425/18
STABILIZE [1] 1417/2
STABILIZED [3] 1415/10 1417/7 1417/8
STABLE [1] 1424/21

STANDARD [1] 1426/5
STANDPOINT [1] 1425/11
STANWOOD [1] 1339/11
STANZACK [2] 1365/22 1366/5
STANZACK'S [1] 1365/20
START [11] 1377/20 1381/5 1382/20
 1386/19 1389/15 1391/11 1393/16
 1393/17 1395/5 1398/18 1416/9
STARTED [4] 1396/7 1412/20 1427/6
 1430/24
STARTING [2] 1394/4 1394/12
STARTS [7] 1381/4 1385/18 1391/11
 1393/14 1403/24 1412/12 1412/14
STATE [3] 1378/1 1401/17 1407/15
STATED [4] 1348/22 1393/19 1395/8
 1420/17
STATEMENT [14] 1351/10 1355/24
 1378/21 1383/14 1398/24 1399/3 1402/1
 1402/3 1411/15 1420/18 1427/23
 1427/24 1431/11 1433/8
STATEMENTS [2] 1365/20 1400/25
STATES [8] 1339/1 1339/7 1339/11
 1355/15 1360/1 1378/3 1402/6 1437/19
STATION [3] 1341/17 1348/23 1358/18
STATISTICAL [1] 1422/21
STAY [1] 1412/19
STEADY [3] 1364/1 1364/2 1364/3
STEMS [1] 1426/20
STENOGRAPHY [1] 1341/24
STEP [5] 1372/2 1372/22 1377/17
 1377/18 1405/12
STEPPED [2] 1375/24 1430/25
STEPPING [1] 1431/2
STEPS [1] 1377/17
STEVEN [1] 1379/22
STEVENS [2] 1340/22 1340/23
STICK [1] 1353/23
STICKING [1] 1380/3
STICKS [1] 1385/15
STILL [29] 1347/4 1348/5 1349/2
 1363/10 1366/17 1375/9 1380/7 1382/13
 1382/14 1382/15 1384/15 1384/19
 1394/20 1395/17 1397/25 1398/21
 1399/18 1399/20 1403/19 1407/9 1416/2
 1419/3 1420/10 1421/8 1423/16 1424/21
 1434/25 1435/4 1435/12
STONE [6] 1341/16 1401/4 1410/25
 1419/18 1426/22 1437/3
STOP [3] 1356/18 1436/13 1436/15
STOPPED [2] 1356/19 1427/4
STORESUND [5] 1350/7 1350/10
 1352/17 1359/22 1359/24
STORM [10] 1356/19 1371/5 1373/24
 1378/5 1383/12 1384/10 1384/10
 1398/16 1402/8 1402/9
STORM-SURGE [1] 1402/8
STRAIGHT [1] 1383/20
STRAIGHTFORWARD [1] 1402/12
STREAM [1] 1402/24
STREET [10] 1339/16 1339/19 1339/23
 1340/6 1340/10 1340/13 1340/20 1341/4
 1341/7 1341/20
STRENGTH [3] 1425/17 1425/22
 1425/22
STRING [1] 1360/17
STRONGLY [1] 1391/11
STRUCTURE [27] 1344/4 1344/11
 1345/6 1345/16 1345/18 1346/10
 1346/18 1347/23 1348/4 1348/8 1348/17
 1349/22 1357/5 1362/12 1365/8 1367/16
 1373/5 1373/14 1375/11 1377/4 1398/8
 1398/12 1400/3 1412/10 1412/14
 1412/19 1425/14

STRUCTURES [14] 1350/6 1356/5
 1359/10 1366/2 1367/9 1370/2 1370/23
 1402/19 1405/2 1422/2 1423/20 1425/23
 1429/14 1430/25
STUCK [1] 1383/14
STUDENT [4] 1350/7 1352/17 1358/13
 1359/22
STUDENTS [1] 1360/18
STUDIED [8] 1360/3 1370/10 1370/10
 1370/12 1405/7 1405/9 1432/21 1436/11
STUDIES [4] 1371/14 1372/3 1380/21
 1433/13
STUDY [11] 1348/22 1349/8 1350/11
 1359/14 1370/11 1379/15 1379/19
 1379/21 1410/13 1433/9 1434/3
STUDYING [1] 1358/6
STUFF [2] 1384/18 1385/15
SUBCLASS [1] 1370/18
SUBJECT [3] 1383/22 1424/12 1429/6
SUBJECTED [4] 1359/9 1369/21 1371/5
 1373/1
SUBJECTING [1] 1428/6
SUBMERGED [3] 1421/5 1421/7
 1421/15
SUBROGATED [1] 1341/2
SUBSEQUENT [3] 1366/7 1372/4
 1422/3
SUBSEQUENTLY [1] 1385/12
SUBSIDENCE [19] 1413/24 1414/4
 1415/3 1418/16 1427/11 1427/13
 1427/15 1427/20 1427/21 1428/2
 1428/14 1428/15 1430/7 1430/16
 1430/19 1431/3 1431/9 1432/9 1432/14
SUBSTANTIAL [3] 1367/19 1399/21
 1416/7
SUBSTANTIALLY [1] 1423/5
SUBSTRATE [10] 1374/9 1380/12
 1382/23 1382/24 1382/25 1383/15
 1383/17 1393/12 1401/2 1401/10
SUCH [3] 1355/22 1356/9 1359/4
SUFFICIENT [1] 1403/1
SUGGESTED [1] 1404/23
SUITE [5] 1339/16 1340/3 1340/6
 1340/10 1341/7
SUMMARY [2] 1343/6 1407/21
SUNDAY [1] 1433/1
SURE [23] 1346/13 1360/14 1360/21
 1368/6 1371/8 1377/1 1377/1 1379/14
 1391/15 1392/25 1395/19 1396/21
 1396/23 1397/24 1398/7 1398/9 1407/8
 1411/7 1411/25 1416/13 1427/17 1431/7
 1431/12
SURFACE [11] 1353/8 1362/9 1364/1
 1364/9 1366/15 1366/19 1372/16
 1372/20 1376/19 1377/11 1381/4
SURFACES [2] 1365/14 1366/3
SURGE [31] 1352/20 1359/5 1366/23
 1373/25 1378/5 1381/16 1381/20
 1382/13 1385/2 1385/3 1385/25 1386/9
 1386/15 1386/15 1388/5 1390/14
 1391/25 1393/25 1395/1 1395/6 1399/5
 1402/8 1402/10 1406/3 1406/25 1407/4
 1407/24 1407/25 1410/9 1412/12 1421/8
SURGE-INDUCED [1] 1359/5
SURROUNDING [1] 1353/14
SURVIVE [1] 1405/22
SURVIVED [1] 1371/6
SUSPENSION [1] 1355/20
SWAN [1] 1421/18
SWEPT [1] 1349/18
SWITCH [1] 1416/16
SWORN [1] 1343/8
SYSTEM [8] 1348/14 1370/4 1370/5

S

SYSTEM... [5] 1370/14 1372/3 1372/5 1385/19 1391/22

T

TABLE [5] 1352/2 1352/8 1409/4 1420/13 1433/16
TABLE 2 [1] 1352/8
TAHEERAH [1] 1341/11
TAKE [26] 1354/12 1357/22 1373/5 1374/5 1376/5 1377/23 1378/2 1379/13 1387/19 1389/19 1393/2 1398/24 1404/19 1414/1 1416/5 1417/24 1418/1 1420/9 1421/24 1423/13 1423/21 1424/9 1426/10 1426/18 1431/13 1431/22
TAKEN [9] 1343/22 1343/23 1343/23 1348/16 1353/23 1358/17 1385/9 1390/10 1405/16
TAKES [8] 1371/4 1380/23 1382/19 1388/13 1391/8 1400/4 1401/3 1431/12
TAKING [4] 1394/11 1407/12 1427/16 1427/19
TALE [1] 1383/4
TALK [11] 1358/22 1373/6 1374/18 1380/3 1390/14 1397/25 1412/25 1420/20 1423/23 1426/11 1427/18
TALKED [2] 1343/16 1435/21
TALKING [24] 1356/23 1365/25 1366/14 1367/2 1367/3 1367/4 1367/5 1373/16 1380/20 1382/2 1390/13 1397/24 1398/4 1398/13 1400/14 1402/16 1411/18 1412/1 1412/2 1416/9 1419/9 1423/15 1432/10 1435/17
TALL [1] 1428/20
TARGET [1] 1381/25
TASK [1] 1371/8
TAUGHT [1] 1385/14
TEACH [1] 1355/11
TEAM [2] 1351/5 1424/8
TECHNICAL [13] 1378/24 1378/25 1379/3 1379/5 1379/6 1379/8 1380/7 1401/1 1401/5 1432/20 1433/4 1433/5 1433/7
TELL [15] 1354/18 1357/20 1357/22 1383/4 1383/24 1384/9 1385/16 1393/25 1407/1 1415/20 1426/24 1429/10 1430/1 1430/5 1437/11
TELLING [5] 1356/1 1361/17 1401/13 1417/15 1425/19
TELLS [5] 1357/19 1372/11 1376/11 1414/10 1432/5
TENTH [1] 1422/8
TERM [1] 1362/10
TERMS [3] 1355/5 1363/22 1411/19
TEST [28] 1348/21 1350/11 1351/25 1352/7 1352/9 1353/1 1354/3 1354/12 1358/7 1364/24 1378/18 1379/22 1381/13 1381/14 1384/3 1387/14 1388/6 1388/15 1390/11 1402/20 1402/21 1403/9 1403/20 1404/17 1405/24 1406/12 1413/3 1425/15
TESTED [3] 1353/21 1357/9 1360/13
TESTIFIED [4] 1343/9 1346/20 1391/24 1435/23
TESTIFY [1] 1431/16
TESTIFYING [1] 1346/24
TESTIMONY [11] 1346/17 1346/18 1350/22 1364/13 1371/7 1391/1 1399/2 1404/10 1414/16 1420/25 1421/21
TESTING [2] 1357/23 1360/6
TEXAS [4] 1340/4 1357/9 1358/17 1358/18

TEXT [1] 1426/8
THAN [20] 1341/16 1346/9 1364/6 1365/11 1366/18 1367/11 1367/20 1367/25 1369/18 1370/25 1374/8 1395/24 1398/14 1404/8 1407/10 1407/22 1408/3 1410/10 1413/8 1415/1 1417/25 1427/12 1429/9 1431/6
THANK [14] 1361/13 1379/9 1379/17 1384/12 1387/7 1387/10 1388/4 1390/7 1401/10 1401/11 1401/24 1405/25 1437/3 1437/13
THANKS [1] 1355/6
THAT [487]
THAT PAGE [1] 1409/23
THAT'S [169]
THE BARRIER [1] 1435/20
THEIR [5] 1360/1 1367/10 1410/10 1421/22 1422/9
THEM [23] 1343/16 1344/24 1353/8 1353/21 1357/8 1357/12 1357/13 1371/16 1376/9 1378/19 1392/20 1404/23 1405/4 1405/5 1405/7 1409/19 1412/13 1417/25 1418/1 1421/17 1422/8 1422/11 1424/20
THEMSELVES [1] 1429/3
THEN [38] 1345/16 1346/8 1347/19 1354/9 1356/11 1357/24 1358/10 1359/4 1361/7 1363/7 1369/25 1375/14 1376/12 1376/20 1377/9 1378/8 1378/19 1380/14 1380/23 1384/12 1393/6 1395/13 1396/6 1401/3 1401/21 1401/25 1402/16 1405/18 1406/19 1410/16 1417/2 1422/2 1429/2 1429/3 1429/24 1430/17 1431/22 1431/23
THEN I'LL [1] 1410/16
THERE [90] 1352/5 1353/15 1354/3 1354/6 1354/16 1354/21 1356/9 1356/12 1356/19 1357/15 1363/4 1366/6 1366/21 1370/23 1370/25 1371/16 1374/18 1375/14 1381/5 1381/17 1381/19 1382/21 1383/7 1383/8 1384/2 1384/3 1384/5 1384/9 1384/10 1384/15 1384/19 1385/16 1392/21 1393/3 1396/22 1398/21 1399/19 1400/19 1400/19 1402/14 1404/7 1406/22 1407/6 1408/22 1410/4 1410/6 1411/20 1411/24 1414/4 1414/5 1415/1 1415/5 1416/14 1416/16 1417/20 1417/21 1417/22 1418/16 1418/20 1418/20 1419/6 1419/10 1419/15 1420/10 1423/9 1424/8 1424/10 1425/21 1427/11 1427/12 1428/10 1428/15 1428/21 1428/25 1429/4 1430/7 1430/18 1432/8 1432/9 1433/3 1433/20 1434/13 1435/8 1435/9 1435/23 1435/24 1436/1 1436/11 1436/19
THERE'S [21] 1351/17 1356/16 1363/7 1368/15 1374/4 1378/9 1382/21 1383/24 1384/11 1391/20 1394/9 1395/5 1395/8 1396/11 1398/23 1399/18 1399/20 1409/7 1410/25 1418/6 1427/15
THESE [32] 1343/15 1344/6 1345/9 1347/4 1353/18 1356/5 1356/10 1357/7 1357/11 1357/19 1358/4 1363/3 1365/6 1365/20 1365/25 1367/10 1369/5 1371/18 1371/21 1387/13 1392/11 1404/3 1415/19 1418/11 1420/11 1423/24 1424/11 1425/2 1425/10 1429/14 1430/25 1432/5
THEY [34] 1345/11 1346/4 1347/24 1348/4 1348/5 1348/8 1348/10 1348/17 1350/16 1350/16 1350/17 1350/23 1351/6 1351/7 1353/16 1353/21 1354/6 1355/19 1356/15 1356/21 1357/21

1368/25 1375/25 1394/23 1401/14 1405/22 1418/24 1419/5 1424/3 1424/25 1425/24 1425/25 1435/1
THEY'RE [5] 1354/6 1408/8 1412/10 1434/25 1435/2
THING [1] 1358/1 1370/5 1415/15 1433/21
THINGS [6] 1365/7 1368/12 1375/15 1378/17 1404/8 1429/6
THINK [26] 1343/16 1343/19 1348/10 1361/2 1361/19 1362/21 1368/4 1368/14 1379/12 1383/24 1383/25 1384/22 1385/14 1387/1 1388/15 1391/5 1399/15 1405/1 1408/15 1409/2 1418/18 1418/19 1423/5 1429/8 1430/13 1435/22
THINKING [6] 1427/10 1429/7 1429/7 1430/10 1431/14 1436/20
THINKS [2] 1370/25 1436/4
THINNER [2] 1364/11 1364/12
THIRD [1] 1412/25
THIS [208]
THOMAS [1] 1340/3
THOSE [35] 1344/9 1344/14 1344/22 1345/12 1346/9 1351/7 1353/6 1354/7 1356/20 1361/7 1368/4 1370/18 1371/4 1372/22 1375/25 1376/6 1378/17 1379/22 1386/16 1391/14 1405/10 1405/13 1405/18 1405/19 1417/17 1419/23 1420/2 1420/3 1420/4 1420/7 1424/4 1424/5 1428/3 1430/23 1435/5
THOUGH [2] 1411/15 1414/12
THOUGHT [4] 1370/7 1370/15 1388/1 1411/10
THREE [7] 1360/17 1375/5 1396/1 1396/22 1396/23 1414/4 1431/22
THREE-DIMENSIONAL [1] 1375/5
THREE-STRING [1] 1360/17
THROUGH [19] 1348/24 1350/18 1350/20 1372/22 1375/24 1377/15 1385/18 1389/3 1391/14 1392/14 1398/16 1398/16 1404/20 1406/17 1416/22 1431/1 1431/2 1433/12 1436/25
THROUGHOUT [1] 1355/15
THURSDAY [1] 1421/21
TIDE [1] 1421/17
TIME [57] 1343/5 1343/6 1348/21 1360/19 1365/14 1365/15 1366/2 1366/4 1366/10 1366/11 1372/15 1372/18 1372/20 1372/21 1372/22 1372/24 1375/14 1376/25 1380/12 1391/11 1391/20 1392/1 1392/12 1393/2 1394/3 1394/6 1396/8 1396/9 1397/18 1401/19 1402/8 1403/14 1403/25 1404/20 1406/13 1406/15 1407/1 1407/4 1407/6 1407/17 1412/14 1412/25 1413/11 1414/7 1415/3 1415/6 1416/12 1420/15 1427/6 1428/13 1428/24 1429/15 1430/24 1431/2 1433/10 1436/15 1437/6
TIMED [1] 1393/23
TIMES [3] 1397/23 1405/16 1423/18
TIMING [1] 1402/7
TIPOFF [1] 1428/11
TIPPED [1] 1344/2
TODAY [3] 1343/6 1349/2 1350/13
TOE [9] 1394/2 1394/13 1394/17 1395/13 1403/10 1403/18 1403/20 1404/1 1428/6
TOGETHER [1] 1385/23
TOLD [3] 1350/17 1389/7 1389/10
TOMORROW [4] 1436/24 1437/6 1437/12 1437/14
TONI [4] 1341/20 1437/19 1437/24 1437/24

**T**

TOO [3]  1349/5 1377/4 1425/25
TOOK [16]  1353/1 1353/6 1353/8 1357/8
1357/12 1358/15 1370/7 1370/15 1383/7
1389/22 1404/20 1405/6 1418/11 1419/2
1426/14 1427/11
TOP [15]  1346/5 1355/11 1357/2
1360/16 1363/3 1363/3 1363/7 1363/10
1363/11 1368/15 1386/22 1386/23
1389/16 1406/19 1412/10
TORTS [1]  1341/10
TOWARD [9]  1344/20 1344/21 1344/25
1345/5 1346/9 1346/9 1348/11 1348/12
1348/15
TOWARDS [4]  1344/24 1346/17 1346/25
1347/14
TRACK [2]  1377/14 1377/14
TRACKING [1]  1389/3
TRADE [1]  1375/7
TRANSCENDED [1]  1380/1
TRANSCRIPT [4]  1341/24 1411/10
1433/4 1437/20
TRANSFER [2]  1358/12 1358/15
TRANSFERRED [1]  1358/13
TRANSPORTED [3]  1355/18 1355/20
1358/16
TREAT [2]  1362/14 1362/22
TREATED [3]  1360/6 1371/25 1432/22
TREATING [1]  1421/25
TRIAL [3]  1339/10 1417/21 1436/21
TRIALDIRECTOR [1]  1392/23
TRIED [1]  1423/14
TROUBLE [2]  1363/18 1407/11
TRUE [17]  1345/20 1345/24 1350/13
1350/15 1367/9 1383/10 1389/18
1389/21 1418/9 1420/15 1421/4 1421/5
1422/15 1422/18 1436/6 1436/10
1437/20
TRUNK [1]  1358/17
TRUST [1]  1376/8
TRUTH [1]  1436/17
TRY [4]  1362/21 1376/13 1434/1
1436/17
TRYING [15]  1346/19 1346/21 1352/19
1363/19 1367/7 1369/5 1371/21 1371/22
1377/2 1377/4 1390/14 1419/20 1429/8
1431/16 1436/25
TUBE [4]  1357/13 1360/14 1360/15
1360/16
TURBULENCE [2]  1355/23 1363/20
TURF [3]  1380/14 1401/20 1410/13
TURN [4]  1359/10 1371/4 1405/11
1419/13
TURNABOUT [1]  1410/24
TURNS [1]  1420/5
TUSA [4]  1341/20 1437/19 1437/24
1437/24
TWO [20]  1344/6 1344/22 1347/19
1347/21 1353/2 1357/13 1358/16
1366/22 1370/10 1374/4 1385/22
1396/11 1400/19 1418/11 1419/10
1419/14 1419/15 1431/15 1431/19
1434/21
TWO-PART [1]  1374/4
TYPE [2]  1411/25 1422/15
TYPES [1]  1411/25

**U**

U.S [2]  1341/9 1379/23
ULTIMATELY [2]  1373/1 1429/5
UNANSWERABLE [1]  1413/12
UNDER [8]  1353/21 1397/21 1407/20
1408/13 1410/9 1411/17 1428/11 1433/6
UNDERNEATH [1]  1358/9
UNDERSTAND [26]  1345/10 1356/9
1360/12 1364/16 1364/20 1370/6 1372/3
1372/5 1374/8 1382/7 1382/10 1382/16
1386/17 1388/17 1398/20 1404/10
1411/6 1411/24 1413/22 1414/17 1416/4
1418/12 1427/5 1427/5 1430/12 1437/13
UNDERSTANDING [5]  1371/1 1372/23
1375/19 1381/23 1437/21
UNDERSTANDS [6]  1371/7 1371/8
1414/25 1415/6 1424/8 1436/16
UNDERSTOOD [1]  1414/18
UNDERWAY [1]  1435/2
UNFAIR [2]  1387/1 1387/9
UNFORTUNATELY [1]  1419/16
UNIDIRECTIONAL [1]  1364/3
UNIFORM [1]  1404/13
UNIQUE [2]  1400/7 1400/8
UNIQUENESS [1]  1402/22
UNITED [5]  1339/1 1339/7 1339/11
1355/15 1437/19
UNITED STATES [1]  1355/15
UNITY [1]  1425/18
UNIVERSITY [1]  1358/14
UNLESS [1]  1432/14
UNPREDICTABLE [1]  1421/1
UNSUBMERGED [2]  1421/4 1421/5
UNTIL [2]  1355/3 1410/17
UNTRAINED [1]  1411/23
UP [47]  1343/12 1343/15 1343/21
1349/4 1350/22 1351/18 1355/7 1356/6
1359/13 1362/22 1364/6 1364/11 1364/14
1365/16 1366/8 1368/22 1374/15 1378/2
1379/11 1381/9 1386/20 1387/1 1387/13
1389/9 1389/12 1392/1 1392/13 1394/8
1394/23 1397/3 1399/13 1402/4 1403/12
1405/3 1408/11 1408/16 1409/21 1411/7
1416/14 1420/13 1420/24 1427/1
1431/15 1434/13 1434/20 1434/25
1435/1 1435/13
UPFLOW [1]  1366/20 1366/21
UPRUSH [1]  1394/24
US [11]  1356/8 1358/15 1380/17 1389/7
1389/10 1390/8 1393/25 1416/8 1418/11
1425/19 1428/11
USE [4]  1358/4 1362/10 1413/25
1416/14
USED [15]  1354/7 1355/13 1359/4
1361/2 1361/3 1361/6 1371/1 1374/23
1375/6 1375/9 1377/13 1378/18 1392/23
1405/18 1422/11
USING [7]  1374/16 1376/4 1376/6
1377/12 1381/13 1409/18 1423/1
USUAL [1]  1433/23
USUALLY [2]  1356/19 1376/15
UTILIZED [2]  1360/25 1370/23

**V**

VALIDATED [1]  1379/21
VALIDATION [4]  1379/15 1379/19
1379/21 1380/4
VALUE [1]  1416/23
VARIOUS [1]  1415/2
VEGETATION [13]  1373/21 1405/21
1421/4 1421/5 1421/7 1421/8 1421/13
1421/25 1422/5 1422/15 1423/6 1423/20
1434/7
VELOCITIES [3]  1362/11 1367/15
1374/16
VELOCITY [7]  1355/21 1360/16 1360/17
1360/19 1362/11 1362/14 1362/15
VERRETT [3]  1371/4 1405/11 1419/13

VERSION [1]  1375/9
VERTICAL [3]  1362/11 1419/15 1419/15
VERTICALLY [1]  1398/14
VERY [29]  1343/5 1345/11 1354/21
1355/16 1357/6 1359/25 1364/21
1365/1 1365/5 1366/3 1367/18
1367/23 1367/23 1393/3 1393/6 1393/9
1394/4 1397/5 1397/7 1411/9 1417/25
1418/3 1418/6 1418/6 1420/4 1421/3
1422/10 1428/18 1437/13
VEX [1]  1417/18
VIA [2]  1380/12 1401/19
VICINITY [1]  1425/14
VICKSBURG [1]  1379/23
VICTOR [1]  1340/24
VIDEOS [1]  1385/8
VIS [2]  1400/15 1400/15
VIS-À-VIS [1]  1400/15
VOLUME [1]  1339/10
VRIJLING [5]  1421/23 1422/3 1433/16
1433/22 1433/25
VRIJLING'S [3]  1420/25 1421/21
1433/18

**W**

WAIT [2]  1410/17 1419/14
WALL [3]  1344/1 1347/9 1347/11
WALLS [2]  1412/22 1435/5
WALTER [1]  1340/12
WANT [29]  1345/19 1346/21 1347/1
1347/3 1353/23 1368/20 1368/21 1373/6
1376/20 1377/8 1382/8 1383/22 1383/22
1383/23 1383/24 1387/9 1396/21
1396/23 1397/16 1399/7 1399/10
1408/13 1408/14 1410/18 1411/3
1411/25 1413/25 1416/5 1424/6
WANTED [4]  1392/11 1397/2 1426/22
1434/2
WANTS [1]  1408/12
WARD [1]  1434/17
WARREN [1]  1341/6
WAS [117]
WASHED [2]  1354/1 1383/3
WASHINGTON [1]  1341/18
WASN'T [2]  1365/23 1383/20
WATCHING [1]  1421/14
WATER [38]  1352/4 1355/21 1356/2
1359/9 1360/15 1360/15 1363/13 1364/2
1366/21 1378/10 1382/12 1382/13
1382/14 1382/15 1385/6 1385/13
1385/14 1385/18 1391/10 1394/22
1397/25 1398/1 1398/21 1399/5 1399/18
1399/18 1399/20 1402/23 1403/1 1403/6
1403/12 1403/15 1403/18 1403/19
1403/22 1412/5 1414/9 1435/7
WATER'S [1]  1362/11
WATER-SQUEEZING [1]  1414/9
WAVE [80]  1348/24 1350/14 1351/10
1358/11 1358/20 1359/5 1360/2 1361/16
1362/7 1362/8 1362/20 1362/22 1363/4
1363/7 1363/8 1363/11 1363/12 1365/6
1365/9 1365/11 1365/12 1366/1 1366/6
1366/8 1367/18 1367/23 1368/11 1369/5
1369/6 1369/21 1373/2 1373/7 1373/12
1373/24 1373/24 1373/24 1374/6
1374/15 1377/6 1377/9 1377/11 1380/13
1386/11 1386/14 1386/19 1386/20
1386/21 1389/9 1389/16 1389/20 1391/4
1391/4 1391/8 1400/11 1401/19 1402/23
1411/19 1412/4 1412/4 1412/4 1421/6
1421/12 1421/18 1422/7 1422/9 1422/17
1422/17 1422/18 1422/19 1422/21

W

WAVE... [10]  1422/21 1423/4 1423/10
1423/11 1423/11 1423/12 1423/15
1423/21 1425/15 1432/22
WAVE-BREAKING [1]  1365/6
WAVE-INDUCED [6]  1359/5 1373/7
1373/12 1374/15 1380/13 1401/19
WAVE-SIDE [1]  1351/10
WAVES [31]  1362/14 1363/3 1365/25
1366/18 1366/20 1366/21 1366/22
1366/25 1367/10 1371/5 1371/6 1371/6
1385/6 1387/13 1387/15 1389/12
1389/15 1394/5 1394/23 1412/2 1412/9
1412/12 1412/25 1420/20 1421/1 1421/4
1421/9 1421/14 1421/15 1423/4 1423/7
WAY [21]  1357/16 1357/22 1362/21
1371/3 1375/19 1375/21 1376/15
1376/20 1385/24 1392/15 1397/3
1407/15 1419/15 1419/19 1421/16
1421/17 1427/19 1428/25 1429/4
1430/12 1431/14
WAYS [1]  1353/22
WE [202]
WE'LL [9]  1348/20 1349/4 1349/12
1352/23 1378/1 1380/3 1392/22 1400/16
1426/10
WE'RE [5]  1349/5 1367/4 1394/19
1397/7 1402/18
WE'VE [2]  1347/25 1415/23
WEAKNESSES [1]  1386/16
WEEKEND [1]  1409/17
WEIGHT [3]  1418/3 1418/3 1432/5
WELL [43]  1343/5 1344/6 1345/16
1346/23 1349/11 1350/24 1353/20
1354/3 1363/9 1367/13 1375/17 1382/22
1384/12 1397/4 1399/12 1399/15 1402/4
1403/15 1404/5 1405/1 1410/25 1411/9
1415/16 1416/4 1416/11 1416/24
1417/12 1419/10 1420/4 1420/13
1426/22 1426/24 1427/6 1428/18 1430/2
1430/6 1430/15 1431/17 1431/21 1432/8
1433/23 1435/2
WENT [4]  1354/5 1413/2 1428/22
1433/12
WERE [34]  1348/3 1348/3 1353/4
1353/18 1354/3 1354/6 1356/12 1356/14
1356/15 1360/7 1361/6 1361/7 1365/19
1368/25 1369/6 1370/22 1371/4 1372/4
1376/3 1386/8 1390/13 1391/5 1404/20
1407/1 1410/6 1423/5 1423/9 1423/12
1424/2 1424/23 1425/7 1428/16 1428/17
1432/22
WEREN'T [1]  1370/1
WEST [3]  1348/11 1348/13 1419/22
WETLANDS [1]  1421/16
WHAT [64]  1344/11 1344/21 1346/15
1346/16 1346/20 1346/23 1346/24
1354/18 1357/16 1357/18 1357/20
1363/18 1364/3 1365/18 1366/5 1367/3
1367/9 1370/24 1373/18 1374/5 1375/3
1376/21 1376/24 1378/25 1381/23
1382/12 1382/22 1383/15 1383/25
1384/23 1389/4 1390/4 1398/7 1398/9
1398/22 1400/15 1401/15 1403/14
1403/25 1404/22 1406/4 1406/25
1407/16 1408/5 1408/16 1411/25 1413/2
1413/13 1413/23 1418/23 1418/24
1418/24 1420/13 1424/25 1427/9 1428/2
1428/9 1429/10 1430/1 1430/10 1430/17
1431/7 1433/8 1437/11
WHAT'S [12]  1354/3 1373/17 1375/14
1392/8 1400/8 1408/18 1409/10 1409/12

1412/6 1412/7 1430/4 1431/17
WHATEVER [4]  1389/9 1389/12 1403/19
1415/1
WHEN [46]  1343/21 1343/22 1347/7
1351/20 1354/12 1357/8 1358/4 1359/10
1360/6 1362/10 1364/2 1370/7 1374/23
1376/7 1378/2 1379/11 1384/17 1385/2
1385/3 1388/25 1391/6 1392/18 1397/25
1399/5 1400/14 1401/13 1404/7 1407/4
1410/24 1411/4 1411/18 1412/2 1412/5
1412/6 1412/12 1415/5 1415/19 1422/5
1425/7 1425/16 1426/18 1428/13
1428/14 1428/22 1429/16 1430/14
WHENEVER [1]  1403/15
WHERE [24]  1346/4 1349/24 1351/25
1365/17 1368/15 1370/9 1377/14
1384/11 1388/8 1388/11 1390/9 1390/9
1393/14 1393/22 1393/24 1395/3 1395/5
1396/6 1402/15 1418/16 1420/21
1421/19 1425/13 1432/3
WHEREAFTER [1]  1358/17
WHEREUPON [4]  1343/8 1389/22
1426/14 1437/16
WHEREVER [1]  1422/15
WHETHER [10]  1347/4 1353/16 1353/18
1357/19 1358/5 1365/19 1367/4 1369/5
1403/9 1435/11
WHICH [28]  1347/13 1349/5 1349/12
1351/12 1351/16 1353/17 1362/1
1362/25 1365/14 1366/2 1368/7 1369/1
1370/21 1374/17 1378/23 1380/20
1385/20 1387/15 1387/24 1393/12
1395/20 1406/1 1410/20 1419/19
1419/25 1422/10 1427/21 1429/2
WHILE [5]  1362/17 1364/14 1364/14
1410/22 1418/12
WHO [5]  1350/8 1350/10 1352/6 1364/9
1432/13
WHOLE [1]  1415/14
WHY [15]  1345/10 1345/11 1352/25
1356/9 1356/18 1372/5 1382/1 1404/20
1407/11 1412/22 1413/8 1413/25 1414/1
1420/6 1431/6
WIDENED [1]  1425/4
WIDENING [1]  1436/7
WIDTH [1]  1425/5
WILL [23]  1355/7 1355/9 1356/17
1362/18 1365/9 1367/14 1371/8 1376/8
1376/16 1376/21 1404/8 1405/21
1407/20 1411/7 1411/17 1412/7 1417/2
1426/2 1426/19 1427/18 1432/15 1435/8
1437/14
WISH [2]  1350/3 1372/15
WITHDRAWN [1]  1415/13
WITHIN [12]  1365/13 1366/2 1418/8
1424/6 1426/5 1427/16 1427/21 1428/5
1429/2 1430/8 1432/13 1432/14
WITHOUT [11]  1365/23 1370/20
1415/10 1416/21 1416/25 1418/25
1429/23 1435/4 1436/4 1436/7 1437/5
WITNESS [9]  1373/6 1379/12 1387/2
1411/5 1414/18 1426/9 1432/13 1432/13
1435/23
WON'T [2]  1362/1 1364/25
WOODCOCK [1]  1341/17
WORD [1]  1361/22
WORDS [4]  1346/3 1401/15 1401/17
1411/22
WORK [18]  1343/20 1350/8 1352/23
1354/3 1360/3 1360/9 1362/22 1369/4
1371/23 1376/8 1385/22 1386/15 1391/6
1413/16 1414/23 1421/22 1422/25
1436/25

WORKED [2]  1359/24 1433/1
WORKING [4]  1363/1 1396/9 1396/10
1432/4
WORKS [4]  1352/23 1355/3 1360/12
1375/20
WORLD [2]  1370/22 1375/7
WOULD [67]  1343/6 1343/12 1345/5
1345/6 1346/14 1347/14 1347/14
1347/19 1348/4 1348/5 1356/18 1363/24
1364/3 1366/21 1367/20 1367/24
1369/17 1369/22 1370/17 1370/23
1370/25 1372/17 1373/2 1373/18
1373/20 1375/1 1376/5 1376/5 1377/20
1381/8 1381/16 1390/16 1390/17
1391/19 1392/11 1393/12 1398/21
1399/15 1400/15 1408/3 1410/8 1411/24
1413/14 1413/23 1415/15 1418/8
1418/25 1419/3 1420/6 1422/8 1422/15
1423/8 1424/8 1424/9 1424/21 1424/23
1427/12 1429/11 1430/8 1430/9 1430/10
1430/13 1430/18 1431/13 1432/9
1432/13 1437/6
WOULDN'T [3]  1348/5 1379/13 1413/16
WRIGHT [1]  1340/5
WRITE [1]  1415/19
WRONG [8]  1345/4 1346/25 1367/14
1369/10 1370/24 1371/1 1433/16
1433/19
WROTE [1]  1359/18

Y

YEAH [1]  1390/15
YEAR [3]  1378/20 1405/6 1414/5
YEARS [1]  1417/6
YELLOW [1]  1418/15
YES [62]  1344/8 1344/13 1344/15
1345/22 1345/25 1347/9 1347/17 1349/3
1349/15 1350/12 1351/1 1351/24 1353/2
1355/6 1355/25 1356/25 1357/10 1358/7
1358/23 1358/25 1361/24 1362/19
1365/24 1368/19 1374/1 1374/3 1374/14
1377/7 1377/19 1377/25 1379/16 1380/5
1380/8 1380/18 1381/14 1382/22
1383/10 1386/7 1387/25 1390/25 1396/4
1397/15 1398/3 1399/12 1400/21
1401/24 1402/11 1409/3 1411/21
1416/19 1419/10 1421/10 1424/19
1425/6 1425/12 1427/22 1428/3 1429/19
1434/24 1435/15 1436/2 1437/13
YET [7]  1350/23 1362/13 1367/6 1377/8
1395/6 1418/7 1431/8
YORK [2]  1341/4 1341/4
YOU [417]
YOU'RE [40]  1349/20 1352/19 1352/21
1358/6 1362/17 1362/17 1366/14
1367/19 1368/7 1369/1 1375/14 1375/19
1376/24 1377/16 1380/19 1381/9 1382/2
1383/1 1394/24 1395/16 1398/4 1398/22
1399/2 1401/13 1402/20 1403/24 1404/6
1406/19 1406/25 1407/4 1407/11 1408/7
1418/19 1418/23 1418/23 1419/9
1419/20 1428/6 1428/9 1431/20
YOU'VE [1]  1369/4
YOUR [147]
YOUR HONOR [21]  1346/19 1347/17
1347/23 1371/10 1373/6 1379/7 1380/8
1381/7 1387/21 1390/6 1392/14 1396/2
1398/3 1398/25 1410/15 1414/19
1417/23 1431/21 1436/2 1436/13 1437/1

Z

ZERO [4]  1366/8 1393/15 1394/3
1394/14