1    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
2    ********************************************************************
     NORMAN ROBINSON, ET AL
3
                                    DOCKET NO. 06-CV-2268
4    V.                             NEW ORLEANS, LOUISIANA
                                    TUESDAY, APRIL 28, 2009
5
     UNITED STATES OF AMERICA, ET AL
6    ********************************************************************

7
              TRANSCRIPT OF TRIAL PROCEEDINGS
8      HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
              UNITED STATES DISTRICT JUDGE
9              VOLUME 7 - MORNING SESSION

10

11   APPEARANCES:

12

13   FOR THE PLAINTIFF:          O'DONNELL & ASSOCIATES
                                 BY:  PIERCE O'DONNELL, ESQ.
                                 550 SOUTH HOPE STREET
14                               SUITE 1000
                                 LOS ANGELES, CA 90071-2627
15

16                               LAW OFFICE OF JOSEPH M. BRUNO
                                 BY:   JOSEPH M. BRUNO, ESQ.
17                               855 BARONNE ST.
                                 NEW ORLEANS, LA 70113
18

19                               THE ANDRY LAW FIRM
                                 BY:   JONATHAN B. ANDRY, ESQ.
20                                     KEA SHERMAN, ESQ.
                                 610 BARONNE ST.
21                               NEW ORLEANS, LA 70113

22
                                 BARON & BUDD
23                               BY:  THOMAS SIMS, ESQ.
                                 3102 OAK LAWN AVENUE, SUITE 1100
24                               DALLAS, TX 75219

25

                    ─ DAILY COPY ─

```
 1                                    DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                      BY:  JAMES P. ROY, ESQ.
 2                                    P. O. BOX 3668
                                      556 JEFFERSON ST.
 3                                    LAFAYETTE, LA 70502-3668

 4
                                      THE DUDENHEFER LAW FIRM, LLC
 5                                    BY:  FRANK C. DUDENHEFER, JR., ESQ.
                                      601 POYDRAS ST., SUITE 2655
 6                                    NEW ORLEANS, LA 70130-6004

 7
                                      DUMAS & ASSOCIATES LAW FIRM
 8                                    BY:  WALTER C. DUMAS, ESQ.
                                      LAWYER'S COMPLEX
 9                                    1261 GOVERNMENT STREET
                                      P.O. BOX 1366
10                                    BATON ROUGE, LA 70821-1366

11
                                      FAYARD & HONEYCUTT
12                                    BY:  CALVIN C. FAYARD, JR., ESQ.
                                      519 FLORIDA AVENUE, S.W.
13                                    DENHAM SPRINGS, LA 70726

14
                                      MICHAEL C. PALMINTIER, A PLC
15                                    BY:  MICHAEL C. PALMINTIER, ESQ.
                                           JOSHUA M. PALMINTIER, ESQ.
16                                    618 MAIN STREET
                                      BATON ROUGE, LA 70801-1910
17

18                                    LAW OFFICE OF ELWOOD C. STEVENS, JR.
                                      BY:  ELWOOD C. STEVENS, JR., ESQ.
19                                    1205 VICTOR II BLVD.
                                      P. O. BOX 2626
20                                    MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:         THE GILBERT FIRM, LLC
                                      BY:  ELISA T. GILBERT, ESQ.
23                                         BRENDAN R. O'BRIEN, ESQ.
                                      325 EAST 57TH ST.
24                                    NEW YORK, NY 10022

25
```

— DAILY COPY —

```
 1   ALSO PRESENT:                MRGO LITIGATION OFFICE
                                  BY:  J. ROBERT WARREN, II, ESQ.
 2                                     ASHLEY E. PHILEN, ESQ.
                                  600 CARONDELET STREET, SUITE 604
 3                                NEW ORLEANS, LA 70130

 4
     FOR THE DEFENDANT:           U. S. DEPARTMENT OF JUSTICE
 5                                TORTS BRANCH
                                  BY:  DANIEL MICHAEL BAEZA, JR.
 6                                     JEFFREY PAUL EHRLICH, ESQ.
                                       TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                     MICHELE S. GREIF, ESQ.
                                       CONOR KELLS, ESQ.
 8                                     PAUL MARC LEVINE, ESQ.
                                       JAMES F. MCCONNON, JR., ESQ.
 9                                     KARA K. MILLER, ESQ.
                                       RUPERT MITSCH, ESQ.
10                                     PETER G. MYER, ESQ.
                                       ROBIN D. SMITH, ESQ.
11                                     SARAH K. SOJA, ESQ.
                                       RICHARD R. STONE, SR., ESQ.
12                                     JOHN WOODCOCK, ESQ.
                                  P. O. BOX 888
13                                BENJAMIN FRANKLIN STATION
                                  WASHINGTON, DC 20044
14

15
     OFFICIAL COURT REPORTER:     KAREN A. IBOS, CCR, RPR, CRR
16                                500 POYDRAS STREET, ROOM HB-406
                                  NEW ORLEANS, LOUISIANA 70130
17                                (504) 589-7776

18
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
19   PRODUCED BY COMPUTER.

20

21

22

23

24

25
```

1

<u>I N D E X</u>

2

3

4   <u>WITNESSES FOR THE PLAINTIFFS:</u>                    <u>PAGE/LINE:</u>

5

6   DR. ROBERT G. BEA

7

8      CONTINUED CROSS-EXAMINATION BY MR. STONE          1443/2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>P R O C E E D I N G S</u>

(TUESDAY, APRIL 28, 2009)

(MORNING SESSION)

09:01:47  THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

09:01:54  MR. STONE:  YOUR HONOR, BEFORE WE START THIS MORNING, APPARENTLY I HAD A HICCUP IN MY EXHIBIT LIST YESTERDAY.

09:01:59  THE COURT:  QUITE UNDERSTANDABLE.

09:02:01  MR. STONE:  AND I WOULD LIKE TO MAKE SURE THAT I'VE GOT IT RIGHT.  I BELIEVE THE COURT HAS THE RIGHT REFERENCE NUMBERS FOR THE EXHIBITS BUT I DON'T THINK I HAD THEM YESTERDAY.

09:02:11  I WAS REFERRING TO JOINT EXHIBIT 0117, WHICH IS THE CHALMETTE GEOTECH AREA PLAN BY THAT NUMBER, BUT THAT NUMBER SHOULD BE DX 1715 RATHER THAN JX 0117.

09:02:34  THE COURT:  YES, SIR.

09:02:36  MR. STONE:  AND THE CHALMETTE DM3 1966, THE EXHIBIT NUMBER SHOULD BE DX 1719.  I WAS ALSO REFERRING TO THAT ONE YESTERDAY AS JX 0117.

09:02:57  AND I DON'T BELIEVE WE REFERRED TO THE 1968 PLAN, CHALMETTE DM3, BUT THAT EXHIBIT NUMBER IS 1729.

09:03:10  I BELIEVE THOSE WERE ALL OF THE CHANGES I HAD TO MAKE.

09:03:12  THE COURT:  THANK YOU.

09:03:17  MR. STONE:  I'M SORRY, THERE'S ONE MORE.  THE COASTAL ENGINEERING MANUAL, AND I REFERRED TO THAT AS JX 0030, AND THE EXHIBIT NUMBER IS DX 0412C AS IN CHARLIE.

                    CONTINUED CROSS-EXAMINATION

BY MR. STONE:

Q.  DR. BEA, THIS MORNING I WOULD LIKE TO TALK TO YOU ABOUT THE

RESULTS OF YOUR EROSION TESTING AND GRASS LIFT-OFF MODELS AND THEIR

IMPACT AT YOUR STUDY SITE, STATION 497, IN THE CONTEXT OF YOUR

SCENARIO 1 ANALYSIS.

A.  YES, SIR.

Q.  CAN WE BRING A SLIDE FROM LAST FRIDAY, SLIDE NO. 12, BACK UP,

PLEASE.  THIS IS FROM PX 72, PAGE 35.

        DO YOU REMEMBER YESTERDAY WE DISCUSSED THERE BEING -- IT

TAKING ONE HOUR FOR GRASS LIFT OFF FOR POOR GRASS SANDY SUBSTRATE?

A.  I REMEMBER THE DISCUSSION.

Q.  AND YOU ARRIVED AT THAT CONCLUSION AS A RESULT OF APPLYING YOUR

EROSION TESTING MODEL, CORRECT?

A.  YOU CAN'T GET GRASS LIFT OFF FROM THE EROSION TESTING FLUENT

RESULTS AS PART OF THE EROSION ANALYSIS MODEL.

Q.  BUT IT IS A RESULT OF YOUR MODELS?

A.  THAT'S CORRECT.

Q.  YOU WERE ALSO ASKED QUESTIONS ABOUT YOUR FIGURE IN YOUR REPORT

THAT SHOWED THAT THERE WAS NO EROSION BENEATH 13 FEET OF SURGE,

CORRECT, YESTERDAY?

A.  THAT WAS THE GENERAL FIGURE DRAWN FOR PERFORMANCE OF THE LEVEES

ALONG REACH 2.

Q.  NOW, THIS 13-FOOT SURGE LEVEL ALSO APPLIES TO YOUR STATION 497,

DOESN'T IT?

09:06:40  1    A.   THE WATER DOES COME TO THAT ELEVATION, YES.

09:06:40  2    Q.   I AM ASKING IF YOUR DETERMINATION THAT THERE IS NO EROSION BELOW

09:06:46  3    13 FEET APPLIES TO STATION 497?

09:06:48  4    A.   GIVE ME A FEW MINUTES TO CONSULT MY NOTES, PLEASE.

09:06:56  5              MR. STONE:   I HAVE NO PROBLEM, YOUR HONOR.

09:06:57  6              THE COURT:   THANK YOU.   GO AHEAD, SIR.

09:07:57  7              THE WITNESS:   I HAVE MY NOTES.   WOULD YOU REPEAT YOUR

09:08:00  8    QUESTION.

09:08:00  9    BY MR. STONE:

09:08:02 10    Q.   THAT 13-FOOT LEVEL WITH NO EROSION BELOW 13 FEET APPLIES AT YOUR

09:08:08 11    STATION 497 TEST SITE, SIR, CORRECT?

09:08:39 12              CAN I SHOW YOU THAT IN YOUR DEPOSITION, WOULD THAT HELP?

09:08:43 13    A.   I AM REVIEWING DETAILS AT THIS MINUTE.

09:08:54 14              THAT WATER ELEVATION AT THE TIME OF LIFT OFF IS PLUS 12.

09:09:01 15    Q.   THAT WAS NOT MY QUESTION.

09:09:03 16    A.   I'M SORRY.

09:09:04 17    Q.   MY QUESTION WAS:   DOES THE 13-FOOT SURGE LEVEL AND NO EROSION

09:09:11 18    UNDERNEATH THAT, DOES THAT ANALYSIS APPLY TO SITE 497?

09:09:16 19    A.   I AM FINDING YOUR QUESTION CONFUSING AND ASK YOU IF YOU WOULD TO

09:09:27 20    REFORM IT.   I AM NOT BEING EVASIVE, ATTEMPTING TO UNDERSTAND CLEARLY

09:09:34 21    YOUR QUESTION.

09:09:35 22    Q.   CAN WE HAVE PAGE 610 OF THE JANUARY 31ST DEPOSITION, PLEASE,

09:09:43 23    LINES 1 THROUGH 13 -- I'M SORRY, FEBRUARY 27TH DEPOSITION, LINES 1

09:09:49 24    THROUGH 13.

09:10:17 25              DO YOU REMEMBER GIVING YOUR DEPOSITION ON FEBRUARY 27TH,

09:10:20  1    SIR?

09:10:20  2    A.  YES, SIR.

09:10:20  3    Q.  AND AT THAT DEPOSITION, THESE QUESTIONS AND ANSWERS WERE GIVEN:

09:10:27  4    "IN PHASE I YOU DETERMINED THAT THE STORM SURGE BELOW ELEVATION

09:10:31  5    13 FEET, THERE WAS NO EROSION AT STATION 497, CORRECT?"  AND YOUR

09:10:35  6    ANSWER WAS, "FOR THE BASELINE CONDITIONS."  CORRECT?

09:10:40  7    A.  CORRECT.

09:10:40  8    Q.  AND BASELINE CONDITIONS, THAT MEANS SCENARIO 1, CORRECT, SIR?

09:10:44  9    A.  THAT'S CORRECT.

09:10:45 10    Q.  SO THERE'S ALSO NO GRASS LIFT OFF AT THAT POINT, CORRECT?

09:10:54 11    A.  IT SAYS IT DEPENDS ON WHETHER OR NOT THERE'S GRASS.

09:10:55 12    Q.  AND YOU WERE ASKED, "OKAY.  BUT THAT'S ALL IT WOULD DEPEND ON?"

09:10:59 13    AND YOU ANSWERED, "CORRECT."

09:11:00 14    A.  THAT'S CORRECT.

09:11:00 15    Q.  AND THE NEXT QUESTION WAS, "IF THERE'S NO GRASS, YOU WOULDN'T

09:11:04 16    HAVE ANY EROSION.  IF THERE IS GRASS, YOU WOULDN'T HAVE ANY GRASS

09:11:12 17    LIFT OFF, CORRECT?"

09:11:15 18    A.  AND I ANSWERED CORRECT, BUT IF THERE IS NO GRASS AND THE

09:11:22 19    VELOCITIES ARE SIGNIFICANT, YOU WOULD HAVE THE INITIATION OF

09:11:25 20    EROSION.

09:11:26 21    Q.  SCENARIO 1, YOU'RE TALKING ABOUT THE HIGHEST VELOCITIES HERE,

09:11:32 22    RIGHT, BECAUSE THOSE ARE THE ONES THAT YOU'RE LOOKING AT FOR KATRINA

09:11:37 23    AS WAS, CORRECT?

09:11:41 24    A.  REPEAT YOUR QUESTION.

09:11:43 25    Q.  IF -- THIS ANALYSIS APPLIES TO SCENARIO 1 --

— DAILY COPY —

09:11:46 1   A.  THAT'S CORRECT.

09:11:47 2   Q.  -- WHICH IS THE WAY WE STARTED THIS DISCUSSION.  YOU'RE LOOKING

09:11:49 3   AT THE HIGHEST VELOCITIES THAT WE'RE DEALING WITH IN THIS

09:11:55 4   LITIGATION, RIGHT, THAT'S KATRINA AS WAS?

09:11:56 5   A.  BUT THOSE ARE NOT THE HIGHEST VELOCITIES THAT WE'RE REFERRING TO

09:12:01 6   AT 12 TO 13 FEET.

09:12:03 7   Q.  BUT YOUR EROSION MODEL APPLIES AND AT 13 FEET AT STATION 497,

09:12:09 8   YOU TELL ME THAT THERE WAS NO EROSION BELOW 13 FEET.  ISN'T THAT

09:12:14 9   WHAT YOU TOLD ME IN THAT DEPOSITION?

09:12:16 10   A.  AND -- YES, THAT'S CORRECT.  YOU CAN READ THAT CLEARLY.

09:12:20 11   Q.  ALL RIGHT.

09:12:22 12   A.  HOWEVER, I ADDED THAT FOR THE CASE OF NO GRASS, THERE WOULD BE

09:12:30 13   OBVIOUSLY EROSION INITIATION.

09:12:33 14   Q.  ACTUALLY, YOU WERE ASKED THAT SAME THING RIGHT IN THAT, AND THAT

09:12:38 15   SAYS, "IF THERE'S NO GRASS, YOU WOULDN'T HAVE ANY EROSION.  IF THERE

09:12:43 16   IS GRASS, YOU WOULDN'T HAVE GRASS LIFT OFF."  AND YOU ANSWERED

09:12:46 17   "CORRECT."

09:12:46 18   A.  AND THAT IS A 0D ANSWER.

09:12:52 19   Q.  I DON'T UNDERSTAND THAT, BUT...

09:12:53 20         THE COURT:  WELL, I UNDERSTAND IT.  I MEAN, IT'S

09:12:57 21   INCONCEIVABLE TO THIS COURT THAT WITHOUT GRASS, THERE WOULD HAVE

09:12:59 22   BEEN NO EROSION AT ALL.  JUST BY COMMON SENSE.  I DON'T NEED THE

09:13:06 23   FORMULA.  IT DEFIES LOGIC, COMMON SENSE, EMPIRICAL KNOWLEDGE OF THE

09:13:13 24   WORLD.

09:13:13 25         MR. STONE:  I WILL ASK IT AS SIGNIFICANT EROSION IF THAT

09:13:16 1    WOULD ASSIST.

09:13:17 2              THE COURT:  THAT HELPS.

09:13:18 3    BY MR. STONE:

09:13:18 4    Q.  THERE IS NO SIGNIFICANT EROSION, DR. BEA.  I DON'T MEAN TO LIMIT

09:13:22 5    TO YOU TO ABSOLUTELY NONE.

09:13:24 6    A.  PLEASE DEFINE "SIGNIFICANT."  FEET?  INCHES?  MILLIMETERS?

09:13:30 7    Q.  IN THE DRAWINGS YOU SHOWED US YESTERDAY --

09:13:32 8    A.  PLEASE DEFINE "SIGNIFICANT," SIR.

09:13:34 9    Q.  IN THE DRAWINGS YOU SHOWED US YESTERDAY --

09:13:36 10   A.  YES.

09:13:37 11   Q.  -- YOU SUGGESTED THAT THERE WAS 13 FEET OF EROSION BY ABOUT

09:13:43 12   4:15 A.M. OR 5:00 A.M.  DO YOU RECALL THAT?

09:13:49 13             THAT'S MORE THAN SIGNIFICANT IS WHAT I'M TRYING TO ASK

09:13:52 14   ABOUT, MORE THAN INSIGNIFICANT?

09:13:55 15   A.  WE HAD FOR THE CASE OF NO GRASS COVER, APPROXIMATELY 13 FEET OF

09:14:07 16   LATERAL EROSION BY 4:00 A.M.  THAT'S WHAT THE RESULTS SHOWED IN MY

09:14:15 17   JULY DECLARATION.

09:14:15 18             THE COURT:  SO WHAT YOU'RE SAYING IS, THAT ANSWER YOU GAVE

09:14:18 19   DOES NOT COMPORT TO WHAT YOU ARE TESTIFYING HERE TODAY?

09:14:22 20             THE WITNESS:  I GAVE MYSELF A "B".

09:14:25 21             MR. STEVENS:  YOUR HONOR, IF I MIGHT JUST IN FAIRNESS,

09:14:28 22   WE'RE TALKING ABOUT A COMPOUND QUESTION AT PAGE 610 OF A

09:14:32 23   DEPOSITION --

09:14:32 24             THE COURT:  I UNDERSTAND WHAT WE'RE TALKING ABOUT, BUT I'M

09:14:34 25   LOOKING AT IT AND IT SAYS WHAT IT SAYS.  YOU CAN POINT OUT SOMETHING

09:14:37  1   ELSE IF IT CLARIFIES IT.

09:14:39  2             MR. STEVENS:  THANK YOU.

09:14:40  3             THE WITNESS:  MR. STONE, I DID NOT MEAN TO MISLEAD YOU

09:14:44  4   WITH THAT STATEMENT.  I OBVIOUSLY DID.  THE RESULTS STAND AS

09:14:50  5   DOCUMENTED.

09:14:51  6   BY MR. STONE:

09:14:52  7   Q.  I DON'T ACCUSE YOU OF ANYTHING, DR. BEA, I AM SIMPLY TRYING TO

09:15:00  8   FIGURE OUT WHAT WE'RE TALKING ABOUT HERE.

09:15:00  9   A.  AND YOU'RE NOT ACCUSING ME, MR. STONE.  I THINK WE TRUST EACH

09:15:02 10   OTHER TO TELL THE TRUTH.

09:15:03 11   Q.  IS IT FAIR TO SAY THAT THE SURGE IS NOT THE SOURCE OF ERODING

09:15:07 12   CHARACTERISTICS UNTIL OVERTOPPING?

09:15:10 13   A.  THE SURGE ITSELF, THAT'S CORRECT.  BUT THE SURGE IS ACTING AS

09:15:20 14   THE ESCALATOR FOR THE WAVE ACTION OF THE FRONT SIDE.

09:15:23 15   Q.  AND THE SURGE IN THIS CASE IS NOT PARTICULARLY IN DISPUTE,

09:15:30 16   CORRECT, SIR?

09:15:30 17   A.  FOR THE FRONT SIDE EROSION.  AFTER OVERTOPPING, SURGE BECOMES

09:15:36 18   CRUCIAL.

09:15:36 19   Q.  I AM TRYING --

09:15:38 20   A.  THAT THEN CONNECTS TO THE ELEVATIONS OF THE PROTECTIVE

09:15:42 21   STRUCTURES.  IF THEY'RE HIGH, THEN THE AMOUNT OF SURGE OVERTOPPING

09:15:47 22   IS SMALL OR PERHAPS NOT EVEN ANYTHING.

09:15:53 23             THE COURT:  WHAT YOU'RE TRYING TO ESTABLISH IS THAT THERE

09:15:55 24   IS NOT A LOT OF DISAGREEMENT AS TO WHAT THE ACTUAL ELEVATION OF THE

09:15:59 25   SURGE WAS.  IS THAT YOUR --

09:16:01  1          MR. STONE:  YES, YOUR HONOR.

09:16:02  2          THE WITNESS:  THAT'S TRUE.  THERE'S NOT MUCH DISAGREEMENT

09:16:05  3  ON ITS PEAK, APPROXIMATELY 18 FEET, IN THIS AREA.  BUT AMONGST THE

09:16:12  4  OCEANOGRAPHERS, THERE IS A SIGNIFICANT DISAGREEMENT AS TO ITS TIMING

09:16:17  5  AND TO ITS TIME CHARACTERISTICS.

09:16:23  6          OF PARTICULAR CONCERN TO THIS OCEAN ENGINEER WAS A VERY

09:16:27  7  LARGE SECOND HUMP SURGE THAT SHOWS UP IN THE CORPS OF ENGINEERS'

09:16:34  8  RESULTS AS COMPARED WITH THE SURGE HYDROGRAPH DEVELOPED BY THE DUTCH

09:16:44  9  TEAM.  THERE ARE SIGNIFICANT DIFFERENCES IN THOSE HYDROGRAPHS.

09:16:44 10  BY MR. STONE:

09:16:49 11  Q.  AND THAT WILL BE EXPLAINED TO YOU, DR. BEA, IN THE GOVERNMENT'S

09:16:52 12  CASE IN CHIEF.

09:16:53 13  A.  THANK YOU, SIR.

09:16:54 14  Q.  I'LL TAKE A LITTLE SIDE TRIP.  THERE GOES A BUNNY RABBIT, YOUR

09:17:07 15  HONOR.

09:17:07 16          WHAT IS THE SIGNIFICANCE OF THAT SECOND HUMP TO YOU IN

09:17:11 17  THAT SURGE HYDROGRAPH, DR. BEA?

09:17:13 18  A.  VERY IMPORTANT.  IF IT'S REALLY THERE AND GIVEN THAT THE BREACH

09:17:21 19  SILL DENTS ARE BELOW THOSE ELEVATIONS, THE DURATION OF FLOODING IS

09:17:25 20  MUCH, MUCH LONGER.

09:17:28 21  Q.  DO YOU KNOW WHETHER THAT -- DO YOU KNOW WHEN THAT SECOND SURGE

09:17:34 22  PEAK OCCURS?

09:17:35 23  A.  YES, I CAN TELL YOU FOR THE DUTCH RESULTS.  APPROXIMATELY

09:17:48 24  1:00 P.M. CENTRAL DAYLIGHT TIME.

09:17:53 25  Q.  THAT'S IN THE AFTERNOON, CORRECT, SIR?

09:17:55 1   A.   THAT'S WHAT 1:00 P.M. IS, YES, SIR.

09:17:58 2   Q.   IS IT FAIR TO SAY THAT AS THE WAVES RIDE THE SURGE UP THE FACE

09:18:02 3   OF THE LEVEE, THERE IS NO FURTHER SURFACE ATTACK UNDERNEATH THE

09:18:08 4   SURGE?  AND I'LL QUOTE YOU ON THIS, I THINK, DR. BEA, "THE SANDER

09:18:15 5   HAS MOVED UP THE SLOPE."

09:18:17 6   A.   THAT IS CORRECT.  BUT AS ALSO POINTED OUT IN MY EXPERT REPORT,

09:18:24 7   BASED ON THE RECENT LABORATORY TESTS PUBLISHED BY THE U.S. ARMY

09:18:34 8   CORPS OF ENGINEERS, DR. STEVEN HUGHES, HE'S CONSIDERING THE

09:18:36 9   PERFORMANCE OF POTENTIAL ARMORING ON THE FRONT SIDE CONSISTING OF

09:18:44 10  CONCRETE MATS FOR THE REHABILITATED REACH 2 LEVEES.  HE SHOWS VERY

09:18:53 11  CLEARLY THAT THOSE MATS UPLIFT FAIL ARE AN ISSUE -- FAILURE ROLLUP

09:18:58 12  AS HE TERMS IT -- AFTER SURGE OVERTOPPING, AND THE UPLIFT OF THE

09:19:07 13  CONCRETE MATS IS HAPPENING ON THE SEAWARD TOE OF THE LEVEE.

09:19:09 14  Q.   DR. BEA, WE'RE GOING TO FOCUS ON YOUR FRONT SIDE WAVE ATTACK FOR

09:19:14 15  THE MOMENT.

09:19:14 16  A.   AND THAT'S WHERE I AM.

09:19:15 17  Q.   NOT OVERTOPPING YET.  WE'LL GET TO THAT.

09:19:18 18  A.   BUT IN THIS CASE, THERE IS STILL SIGNIFICANT ACTION ON THE WAVE

09:19:24 19  SIDE AFTER SURGE OVERTOPPING.

09:19:26 20  Q.   LET'S GO TO PAGE 331, LINE 17 TO 24 OF THE FEBRUARY 27, 2009,

09:19:55 21  DEPOSITION -- SORRY, JANUARY 31ST DEPOSITION.  AND WE'RE LOOKING AT

09:20:20 22  LINES 17 THROUGH 24.

09:20:48 23       MR. STEVENS:  YOUR HONOR, IF I MIGHT, I OBJECT TO

09:20:51 24  MR. STONE BRINGING UP A DEPOSITION BEFORE HE ASKS THE WITNESS THE

09:20:55 25  QUESTION.

09:20:55  1          THE COURT:  I THINK HE'S ASKED HIM THE QUESTION.  IS THAT

09:20:57  2   RIGHT, MR. STONE?

09:20:59  3          MR. STONE:  YES, YOUR HONOR.

09:20:59  4          THE COURT:  AND THE QUESTION TO MY UNDERSTANDING IS:  WHAT

09:21:00  5   IS IT ABOUT THE WAVE HEIGHT, THE ENERGY AND HE'S MENTIONED THE CORPS

09:21:04  6   REPORT -- EXCUSE ME -- WHETHER THE FRONT ATTACK IS ABATED -- I AM

09:21:10  7   NOT SAYING IT EXACTLY RIGHT -- AFTER THE SURGE, AFTER OVERTOPPING.

09:21:13  8   WE'RE GETTING INTO OVERTOPPING AS OPPOSED TO RUN-UP, AND HE IS GOING

09:21:17  9   TO TRY TO CLARIFY.  I AM GOING TO ALLOW HIM TO DO THIS.

09:21:21 10          GO AHEAD.

09:21:22 11   BY MR. STONE:

09:21:23 12   Q.  DR. BEA, WHAT I AM TRYING TO DO HERE IS TRYING TO UNDERSTAND HOW

09:21:26 13   THE SURGE MOVES UP THE FACE OF THE LEVEE TO THE TOP OF THE LEVEE.

09:21:29 14   A.  GOTCHA.

09:21:30 15   Q.  AND I WANT TO TRY TO FIGURE OUT HOW THE WAVES AFFECT THAT LEVEE

09:21:34 16   AS THAT SURGE MOVES UP THE FACE OF THE LEVEE.

09:21:36 17   A.  AND I DREW A PICTURE PERSONALLY THAT I PUT IN MY JANUARY '09

09:21:42 18   EXPERT REPORT TO SHOW THAT TO YOU.  AND IT INDEED BEHAVES AS A

09:21:50 19   SANDING BLOCK MOVING UP AND DOWN THE FACE OF THE LEVEE.

09:21:54 20   Q.  BUT YOU'RE TALKING ABOUT AS THE SURGE -- AS THE SURGE LEVEL

09:21:58 21   RISES, THE WAVE CONTINUES TO ACT ON TOP OF THE SURGE?

09:22:01 22          THE COURT:  DO YOU WANT TO GET TO THE QUESTION?  THAT

09:22:04 23   MIGHT BE --

09:22:04 24          THE WITNESS:  THAT'S CORRECT.

09:22:04 25          THE COURT:  GET TO THE QUESTION IN THE DEPOSITION.

09:22:06 1    BY MR. STONE:

09:22:07 2    Q.  I ASKED -- YOU WERE ASKED -- I MEAN, YOU PROVIDED INFORMATION TO

09:22:09 3    US AT THE DEPOSITION WHERE YOU SAID, "AS THE WAVES ARE MOVING UP THE

09:22:13 4    FACE, THE WAVE CONDITIONS ARE CHANGING BECAUSE THE WATER IS GETTING

09:22:17 5    DEEPER."  AND I SAY, "RIGHT.  GOT YOU.  AND THERE'S NO FURTHER

09:22:24 6    SURFACE ATTACK UNDERNEATH WHERE THE WATER IS ABOVE THAT SURFACE

09:22:24 7    POINT?"  AND YOUR ANSWER WAS, "OUR SANDER HAS MOVED UP THE SLOPE."

09:22:29 8    A.  AND THAT'S A CORRECT QUOTE.

09:22:30 9    Q.  OKAY.  SO LET'S GO BACK TO SLIDE 12 FROM LAST FRIDAY, AND LET'S

09:22:38 10   LOOK AT THE NUMBERS, BECAUSE WHAT I AM WORKING WITH HERE, DR. BEA,

09:22:42 11   IS YOUR 13-FOOT SURGE LEVEL, I AM WORKING WITH YOUR ONE-HOUR GRASS

09:22:47 12   LIFT OFF, THEN A HALF HOUR TO GET EROSION AFTER THAT ACCORDING TO

09:22:53 13   YOUR REPORT, AND ALSO WE HAVE A TIME PERIOD OF ABOUT AN HOUR BETWEEN

09:22:59 14   13 FEET AND 16 FEET, AND THE SURGE MOVES UP ALL THREE FEET IN ONE

09:23:04 15   HOUR, FROM 13 TO 16.  THOSE ARE THE FACTS THAT I AM LOOKING AT, AND

09:23:10 16   THESE FACTS ARE FROM YOUR REPORT.

09:23:12 17        SO IF WE'RE DOING THIS, HERE IS WHERE KATRINA HIT, RIGHT?

09:23:19 18   A.  YES, SIR.

09:23:19 19   Q.  THAT WAS AT 16 FEET ON THE LEVEE CREST?

09:23:22 20   A.  CORRECT.

09:23:23 21   Q.  AND WE START WITH A SURGE LEVEL HERE OF 13 FEET WITH NO

09:23:28 22   SIGNIFICANT, NO APPRECIABLE GRASS LIFT OFF OR EROSION BELOW THAT

09:23:34 23   POINT.

09:23:35 24   A.  WE'VE GOT -- WHAT GRASS CONDITION ARE YOU PRESUMING?

09:23:39 25   Q.  POOR GRASS, SANDY SUBSTRATE.

09:23:41  1   A.   GOTCHA.

09:23:44  2   Q.   NOW, THEN BETWEEN 13 AND 14 FEET, YOUR SURGE MOVES UP IN

09:23:51  3   20 MINUTES.

09:23:51  4   A.   CORRECT.

09:23:52  5   Q.   SO YOU DON'T HAVE GRASS LIFT OFF DURING THAT 20 MINUTES, DO YOU?

09:23:56  6   A.   THE ANALYSES SHOW THAT WE HAVE GRASS LIFT OFF AT 4 --

09:24:03  7   APPROXIMATELY -- 45 A.M.

09:24:05  8   Q.   I UNDERSTAND THAT THAT'S WHAT THAT SHOWS, AND WE'LL GO TO THOSE

09:24:08  9   TABLES.  WE'LL GO BACK TO THOSE TABLES AT PAGE 109.  BUT FOR RIGHT

09:24:12 10   NOW, STICK WITH ME ON THIS, SIR.

09:24:14 11   A.   I AM NOT LOOKING AT TABLES, I AM LOOKING AT THE GRAPHICAL

09:24:17 12   SUMMARY OF RESULTS FOR GRASS LIFT OFF AT THE TEST SITE OF -- FOR

09:24:23 13   KATRINA AS-WAS CONDITIONS.

09:24:24 14   Q.   YES, SIR.  I AM LOOKING AT WHAT I SEE AS THE LOGIC OF YOUR -- I

09:24:31 15   AM LOOKING AT CONCLUSIONS THAT HAVE COME FROM YOUR MODELS.

09:24:33 16   A.   I AM, TOO.

09:24:34 17   Q.   AND I AM TRYING TO LOOK AT THOSE CONCLUSIONS LOGICALLY AND SEE

09:24:37 18   WHAT THEY TELL ME ABOUT -- AND I AM TRYING TO FIND OUT WHAT THEY

09:24:43 19   TELL ME ABOUT WHAT'S HAPPENING TO THE FACE OF THAT LEVEE.  THAT'S

09:24:46 20   ALL I WANT TO DO HERE.

09:24:48 21          SO IF WE GO FROM 13 TO 14, THE SURGE HAS RISEN ONE FOOT IN

09:24:53 22   20 MINUTES.  TWENTY MINUTES IS NOT LONG ENOUGH TIME TO GET GRASS

09:24:56 23   LIFT OFF.  CORRECT, SIR?

09:25:01 24          THE COURT:  CAN YOU SHOW ME WHERE WE GO ON THAT GRAPH FROM

09:25:11 25   13 TO 14?  IS THERE A LINE MARKING ON THAT GRAPH?

09:25:11 1          MR. STONE:  I AM JUST USING THIS.  I CAN SHOW YOU WHERE

09:25:12 2  THE SURGE HYDROGRAPH SHOWS THAT THE WATER MOVES UP.

09:25:14 3          THE COURT:  OKAY.  YOU'RE, IN ESSENCE, VIRTUALLY PLACING

09:25:17 4  THE HYDROGRAPH ON THAT CHART, USING THAT CHART AS --

09:25:21 5          MR. STONE:  YES, SIR.

09:25:22 6          THE COURT:  I UNDERSTAND.  I JUST WANTED THAT CLEAR FOR

09:25:24 7  THE RECORD.  I UNDERSTAND.  I UNDERSTAND.

09:25:26 8          THE WITNESS:  MR. STONE, I AM REFERENCING THE DUTCH

09:25:29 9  HYDROGRAPH FOR THE SURGE KATRINA AS-WAS CONDITIONS AND MY ANALYSES

09:25:37 10 OF GRASS LIFT OFF.  THE ANALYSES OF GRASS LIFT OFF -- AND I CAN GIVE

09:25:45 11 YOU A PX PAGE NUMBER IF YOU WISH -- OCCURS AT APPROXIMATELY

09:25:52 12 4:45 A.M.  THE SURGE ELEVATION IS APPROXIMATELY 12 FEET.  AT THAT

09:26:01 13 POINT, THE GRASS HAS DISAPPEARED AT THE TEST SITE.

09:26:08 14          THEN, IN THE NEXT HOUR AFTER 4:45, WHICH WOULD CARRY US

09:26:14 15 APPROXIMATELY TO 6:00 A.M., THE SURGE HYDROGRAPH IS SHOWING

09:26:21 16 APPROXIMATELY 13 FEET OF ELEVATION.

09:26:25 17 BY MR. STONE:

09:26:26 18 Q.  I'VE ONLY GONE THROUGH WHAT YOU TOLD ME IN YOUR DEPOSITION AND

09:26:29 19 WHAT I'VE EVALUATED FROM YOUR REPORTS HERE.  IF YOU HAVE ANOTHER

09:26:33 20 OPINION SOMEWHERE ELSE ABOUT SOMETHING ELSE, WE'LL TALK ABOUT THAT

09:26:37 21 ANY TIME YOU WANT.

09:26:38 22 A.  IT'S IN MY --

09:26:39 23 Q.  LET'S STICK WITH THIS PART HERE BECAUSE --

09:26:42 24 A.  ALL I AM QUOTING ARE IN MY EXPERT REPORTS, SIR.

09:26:45 25 Q.  LET'S GO TO PAGE 50 OF EXHIBIT DX 0451, DECLARATION NO. 1,

09:26:56  1    JULY 11, 2008, AND LOOK AT YOUR SURGE HYDROGRAPH.

09:27:06  2              BUT FIRST, WOULD YOU GIVE US THAT PAGE NUMBER IN THE DUTCH

09:27:09  3    REPORT, PLEASE, SIR?

09:27:11  4    A.  PAGE NUMBER IN THE DUTCH REPORT?  I WILL SEARCH FOR IT.

09:27:24  5              MR. STEVENS:  YOUR HONOR, IF I MIGHT, THIS IS REPETITIVE.

09:27:26  6    WE WENT OVER THIS YESTERDAY.  THIS IS THE SAME THING YOU ASKED ABOUT

09:27:29  7    WHEN YOU ASKED HIM IS THIS 13 FEET A GENERALITY COMPARED TO A

09:27:35  8    SPECIFIC RESULT.  AND IT'S JUST REDUNDANT, REPETITIVE, AND --

09:27:39  9              MR. STONE:  I APOLOGIZE FOR TAKING EXTRA TIME, BUT I AM

09:27:41 10    GOING OVER IT.

09:27:42 11              THE COURT:  THE COURT IS GOING TO RULE -- HE'S MADE AN

09:27:45 12    OBJECTION.  LET ME RULE ON IT.  IF YOU WANT TO RESPOND, THAT'S FINE,

09:27:48 13    TO ME NOT TO EACH OTHER.

09:27:49 14              YOUR RESPONSE TO ME ABOUT HIS OBJECTION?

09:27:51 15              MR. STONE:  I'M GOING OVER IT TODAY BECAUSE I THOUGHT IT

09:27:54 16    WAS INCORRECTLY PRESENTED YESTERDAY AND I DIDN'T HAVE THE ACCURATE

09:27:57 17    INFORMATION AT THAT TIME, SO I WANT TO FILL OUT THE RECORD WITH

09:28:01 18    SOMETHING THAT'S CORRECT.

09:28:01 19              THE COURT:  I WILL ALLOW THE QUESTION AND OVERRULE THE

09:28:03 20    OBJECTION.

09:28:04 21              MR. STONE:  THANK YOU, YOUR HONOR.

09:28:50 22              THE WITNESS:  MR. STONE?

09:28:52 23    BY MR. STONE:

09:28:53 24    Q.  YES.

09:28:53 25    A.  ON PAGE 56 OF MY JULY 2008 EXPERT REPORT, DECLARATION ONE, IS A

                                    — DAILY COPY —

09:29:05 1    SUMMARY OF THE WAVE CONDITIONS AND SURGE CONDITIONS FOR KATRINA

09:29:10 2    AS-WAS BASED ON THE DUTCH MODELING.

09:29:19 3    Q.   AND I ASKED YOU ABOUT THE OUTCOME OF YOUR DUTCH MODELING

09:29:23 4    REGARDING THE 13-FOOT SURGE LEVEL AND THE ONE HOUR OF TIME THAT IT

09:29:30 5    TAKES FOR GRASS LIFT OFF.   I'VE ASKED YOU ABOUT THAT AND YOU'VE

09:29:35 6    GIVEN ME THAT INFORMATION, SIR.

09:29:38 7    A.   SO YOU ALREADY HAVE THE ANSWER YOU NEEDED TO YOUR QUESTION.

09:29:42 8    Q.   I AM ASKING YOU NOW ABOUT THE MOVEMENT UP THE FACE FROM THE

09:29:48 9    13-FOOT SURGE LEVEL TO THE 16-FOOT CREST ELEVATION OF YOUR TEST

09:29:53 10   SITE.

09:29:53 11   A.   RIGHT.

09:29:53 12   Q.   I WANT TO TEST WHETHER YOUR SCENARIO 1 IS PROPERLY PREDICTED BY

09:29:59 13   YOUR MODEL OUTCOMES.   THAT'S WHY WE'RE DOING THIS EXERCISE, SIR.

09:30:04 14   A.   HOW DO YOU PROPOSE TO DETERMINE PROPERLY PREDICTED?   DO YOU KNOW

09:30:12 15   THE TIMING OF BREACHING?

09:30:14 16   Q.   I'LL ASK THE QUESTIONS.

09:30:15 17          THE COURT:   HE IS GOING TO ASK YOU QUESTIONS AND YOU'LL

09:30:18 18   ATTEMPT TO ANSWER THEM.

09:30:19 19          THE WITNESS:   THANK YOU.

09:30:20 20          THE COURT:   AND THE COURT WILL MAKE A DETERMINATION.   THE

09:30:22 21   COURT HAS TO DETERMINE SOME OF THIS.   IT MAY REQUIRE A DIVINING ROD.

09:30:27 22          GO AHEAD.

09:30:27 23   BY MR. STONE:

09:30:33 24   Q.   IN THE LOWER -- LET'S SEE.   WE ARE AT PAGE 50 OF DX 0451,

09:30:42 25   DECLARATION NO. 1, JULY 11, 2008.

09:30:45 1    A.   THANK YOU.

09:30:46 2    Q.   AND WE SPOKE ABOUT THIS FOR A MOMENT YESTERDAY.  AT 13 FEET,

09:30:53 3    THAT OCCURS ABOUT 0600 CENTRAL DAYLIGHT TIME, CORRECT, SIR?

09:30:59 4    A.   THAT'S CORRECT.

09:31:00 5    Q.   AND THEN 16 FEET, YOU SAID, OCCURS AT ABOUT SEVEN -- IT'S A

09:31:05 6    LITTLE PAST SEVEN IT LOOKS LIKE.

09:31:07 7    A.   CORRECT.

09:31:08 8    Q.   CORRECT.  SO A BIT OVER AN HOUR FOR THE SURGE TO MOVE UP THE

09:31:14 9    SLOPE OF THAT LEVEE FACE?

09:31:16 10   A.   THAT'S CORRECT SO FAR.

09:31:18 11   Q.   AND IT TAKES AN HOUR FOR GRASS LIFT OFF?

09:31:21 12   A.   THE GRASS IS ALREADY LIFTED OFF AT 4:45 A.M. APPROXIMATELY.

09:31:31 13   Q.   YOU SAID --

09:31:33 14          THE COURT:  DO YOU WANT TO KNOW HOW HE RECONCILES?

09:31:36 15          MR. STONE:  YES, I WOULD LIKE TO KNOW THAT, YOUR HONOR.

09:31:37 16          THE COURT:  HOW HE RECONCILED WHAT IS PICTURED IN THE

09:31:39 17   GRAPH VIS-A-VIS WHAT YOU ARE TESTIFYING TO NOW.  AND YOU MIGHT WANT

09:31:44 18   TO BREAK THAT DOWN.  I KNOW YOU'RE TRYING TO DO THAT.

09:31:47 19          MR. STONE:  IF YOU HAVE -- IF IT TAKES AN HOUR FOR GRASS

09:31:51 20   LIFT OFF AND YOU GET NEITHER GRASS LIFT OFF NOR EROSION --

09:31:56 21          THE COURT:  I AM SORRY TO INTERRUPT YOU, I APOLOGIZE.

09:32:00 22   THIS ONE LOOKS LIKE IT IS -- ARE WE TALKING ABOUT ON THIS CHART

09:32:05 23   LOCATION 1, LOCATION 2, OR LOCATION 3?

09:32:08 24          MR. STONE:  I'M SORRY.  THIS IS THE ONE IN THE LOWER

09:32:11 25   LEFT-HAND CORNER AND IT'S SCENARIO 1.

09:32:13  1                    THE COURT:  RIGHT HERE (INDICATING).

09:32:14  2                    MR. STONE:  YES, SIR.  AND IT'S NO. 3.

09:32:22  3                    THE COURT:  THANK YOU.  I APOLOGIZE FOR THE INTERRUPTION.

09:32:22  4                    MR. STONE:  NO PROBLEM, YOUR HONOR.  DR. BEA HAS TESTIFIED

09:32:22  5     THAT THAT'S THE CLOSEST SURGE HYDROGRAPH TO HIS TEST SITE AND THAT

09:32:26  6     THIS IS FROM THE DUTCH REPORT.

09:32:26  7     BY MR. STONE:

09:32:28  8     Q.  RIGHT?

09:32:29  9     A.  AND THAT'S CORRECT, SIR.

09:32:32 10     Q.  SO THE QUESTION AT THIS POINT IS:  WITH ONE HOUR FOR GRASS LIFT

09:32:38 11     OFF, A BASE OF 13-FEET SURGE LEVEL, HOW DO YOU GET GRASS LIFT OFF --

09:32:44 12     I AM NOT TALKING ABOUT EROSION YET, I AM TALKING ABOUT GRASS LIFT

09:32:49 13     OFF ON THE FACE OF THE LEVEE FOR YOUR SCENARIO 1 ANALYSIS?

09:32:51 14     A.  THE GRASS LIFT OFF -- AND THIS IS THE EXPECTED VALUE FOR A

09:33:11 15     SIGNIFICANT WAVE HEIGHT OF THREE FEET -- HAPPENS IN A TIME PERIOD OF

09:33:22 16     0.5 HOURS.  THE ONLY WAY THAT THE GRASS DOESN'T LIFT OFF IS IF THE

09:33:30 17     SIGNIFICANT -- OR THE SIGNIFICANT WAVE HEIGHT IS LESS THAN TWO FEET.

09:33:39 18              AND THE SIGNIFICANT WAVE HEIGHTS FOR HURRICANE KATRINA ARE

09:33:43 19     IN EXCESS OF THOSE VALUES, SO YOUR PREMISE OF ONE HOUR TO GRASS LIFT

09:33:49 20     OFF IS NOT A CORRECT PREMISE FOR THE TEST SITE.

09:33:52 21     Q.  LET'S SEE IF WE CAN EVALUATE THAT ANALYSIS.  DID YOU SAY THAT IT

09:33:59 22     TAKES A HALF HOUR WITH A SIGNIFICANT WAVE HEIGHT OF THREE FEET FOR

09:34:04 23     GRASS LIFT OFF?

09:34:06 24     A.  POOR GRASS IN A SANDY SUBSTRATE, CORRECT, SIR.

09:34:10 25     Q.  POOR GRASS, SANDY SUBSTRATE?

09:34:12 1    A.   CORRECT, SIR.

09:34:13 2    Q.   NOW, THAT'S DIFFERENT THAN WHAT YOU TOLD ME THIS MORNING ABOUT

09:34:16 3    THE ONE HOUR FOR GRASS LIFT OFF, ISN'T IT?

09:34:18 4    A.   WELL, I DON'T THINK I TOLD YOU ONE HOUR FOR GRASS LIFT OFF.  I

09:34:23 5    THINK YOU PREMISED ONE HOUR FOR GRASS LIFT OFF AS PART OF YOUR

09:34:28 6    QUESTION, BUT WE COULD EXAMINE THE RECORD TO SEE IF I AM MISTAKEN.

09:34:33 7    Q.   WE WENT THROUGH THAT YESTERDAY AND I REFERRED TO YOUR REPORT AND

09:34:36 8    THAT'S WHERE I RECEIVED THE ONE HOUR.  BUT LET'S DEAL WITH YOUR HALF

09:34:39 9    HOUR.

09:34:42 10          IF YOUR WAVE MOVES UP THE FACE OF THE LEVEE, YOU DO NOT

09:34:46 11   HAVE GRASS LIFT OFF BETWEEN 13 AND 14 FEET EVEN IN THIS NEW

09:34:54 12   SITUATION THAT YOU'VE RAISED FOR ME BECAUSE IT MOVES UP IN

09:34:57 13   20 MINUTES YOU SAID YESTERDAY.

09:34:59 14   A.   PLEASE TELL ME WHAT ELEVATION AND WAVE HEIGHT YOU ARE REFERRING

09:35:05 15   TO AND I WILL ANSWER BY REFERRING TO THE GRASS LIFT OFF THAT WE HAVE

09:35:13 16   SHOWN YOU IN MY EXPERT REPORT.

09:35:16 17          THE COURT:  AS I UNDERSTAND IT, DR. BEA, AND PLEASE

09:35:19 18   CORRECT THE COURT TO CLARIFY YOUR TESTIMONY, IF THE WAVE HEIGHT --

09:35:25 19   IF A SIGNIFICANT WAVE HEIGHT -- AND I ASSUME THAT MEANS -- FIRST LET

09:35:31 20   ME ASK, AT WHAT POINT.  IS TWO FEET -- AT WHAT POINT DO WE LOOK AT

09:35:38 21   THE SIGNIFICANT WAVE HEIGHT VIS-A-VIS THE LEVEE?

09:35:41 22          THE WITNESS:  EVERY STEP UP THE LEVEE DEPENDING ON WHERE

09:35:49 23   THE GRASS IS BEING IMPACTED ACCUMULATES DAMAGE, AND WHEN THAT DAMAGE

09:35:52 24   ACCUMULATES TO ONE, GRASS LIFT OFF OCCURS, SO THE GRASS LIFT OFF IS

09:35:58 25   A PRODUCT OF THE HISTORY OF WAVE ACTION THAT HAS MOATED.

09:36:05 1            THE COURT:  AS I UNDERSTOOD ONE OF YOUR ANSWERS PREVIOUSLY

09:36:10 2   VERY RECENTLY, IF YOU USE A TWO-FOOT SIGNIFICANT WAVE HEIGHT, THEN

09:36:15 3   GRASS LIFT OFF IS APPROXIMATELY AN HOUR ON THE SURFACE IN GRASS

09:36:26 4   WE'RE TALKING ABOUT?  TWO-FOOT; IS THAT CORRECT?

09:36:29 5            THE WITNESS:  THAT'S CORRECT.  EXACTLY.

09:36:30 6            THE COURT:  AND IF THE SIGNIFICANT WAVE HEIGHT IS THREE

09:36:32 7   FEET, THAT ACCELERATES THE --

09:36:34 8            THE WITNESS:  DAMAGE.

09:36:35 9            THE COURT:  -- DAMAGE TO HALF THAT, HALF THE TIME?

09:36:39 10           THE WITNESS:  THE LAWN MOWER IS GOING FASTER AROUND THE

09:36:43 11  GRASS.

09:36:43 12           THE COURT:  SO IT'S A QUESTION OF -- IN DIVINING -- IN THE

09:36:47 13  DIVINING ROD, I'M GOING TO HAVE TO USE THIS -- WHAT I DETERMINE TO

09:36:50 14  BE, AFTER HEARING ALL THE EXPERTS, ACCORDING TO YOUR TESTIMONY, THE

09:36:55 15  SIGNIFICANT WAVE HEIGHT IF ALL OF THIS IS CORRECT TO BEGIN WITH.

09:36:59 16           THE WITNESS:  CORRECT.

09:36:59 17           THE COURT:  I UNDERSTAND THAT MUCH THUS FAR.

09:37:01 18           THE WITNESS:  A GOOD DEAL OF SKEPTICISM IS WELL DUE.

09:37:06 19           THE COURT:  THE COURT WAS BLESSED WITH THAT AT BIRTH.

09:37:08 20           GO AHEAD.

09:37:10 21  BY MR. STONE:

09:37:11 22  Q.  THIS NEW SCENARIO THAT YOU JUST RAISED --

09:37:13 23  A.  I HAVEN'T RAISED A NEW SCENARIO.  THAT'S INCORRECT.

09:37:18 24  Q.  I REFER TO A HALF A FOOT FOR GRASS -- I MEAN .5 HOURS FOR GRASS

09:37:21 25  LIFT OFF.

─ DAILY COPY ─

09:37:22 1            THE COURT:  RIGHT.

09:37:23 2             THE WITNESS:  THAT'S NOT A NEW SCENARIO.  THE INFORMATION

09:37:26 3    HAS BEEN DOCUMENTED SINCE LAST JULY, SIR.

09:37:26 4    BY MR. STONE:

09:37:28 5    Q.  IN OUR DISCUSSION TODAY, YOU PROVIDED TO ME JUST NOW THAT IT

09:37:33 6    WILL TAKE 5/10THS OF AN HOUR FOR GRASS LIFT OFF RATHER THAN THE HOUR

09:37:38 7    THAT I DREW FROM YOUR REPORT.  ISN'T THAT TRUE?

09:37:42 8    A.  YOU'RE DRAWING FIGURES FROM DIFFERENT PLACES THAT IMPLY

09:37:48 9    DIFFERENT RESULTS, AND I THINK IT'S BECAUSE YOU ARE NOT MAKING A

09:37:52 10   VALID COMPARISON.

09:37:53 11   Q.  I AM TALKING ABOUT YOUR TEST SITE.

09:37:57 12   A.  YEAH, I AM TALKING ABOUT THE TEST SITE HASN'T MOVED SINCE THIS

09:38:02 13   QUESTIONING STARTED.

09:38:03 14   Q.  IF AT YOUR TEST SITE IT NOW TAKES .5 FOR GRASS LIFT OFF --

09:38:10 15   A.  FOR THE SPECIFIED WAVE HEIGHT, SIR.

09:38:13 16   Q.  WHATEVER WAVE HEIGHT, IF YOU'RE MOVING UP FROM 13 TO 14 FEET, IN

09:38:19 17   LESS THAN HALF AN HOUR, YOU DO NOT HAVE GRASS LIFT OFF BETWEEN 13

09:38:23 18   AND 14 FEET.  ISN'T THAT TRUE, SIR?

09:38:25 19   A.  NO.

09:38:34 20   Q.  CAN YOU EXPLAIN THAT ANSWER BECAUSE IF IT TAKES A HALF HOUR FOR

09:38:37 21   GRASS LIFT OFF AND YOU'VE MOVED ONE FOOT UP THE SURFACE IN

09:38:42 22   20 MINUTES, YOU HAVEN'T HAD ENOUGH TIME FOR GRASS LIFT OFF YET.

09:38:47 23   CORRECT, SIR?

09:38:48 24   A.  MR. STONE, WE LOOK AT THE WATER LEVEL --

09:38:57 25            THE COURT:  TO GET THE CLEAR DISTINCTION -- THIS DOESN'T

09:39:04 1   DEPICT EVERYTHING.  I UNDERSTAND THAT THIS IS NOT -- YOU ALREADY

09:39:12 2   TESTIFIED GRASS LIFT OFF OCCURRED -- TOTAL GRASS LIFT OFF OCCURRED

09:39:17 3   AT WHAT TIME?

09:39:18 4             THE WITNESS:  4:45.

09:39:20 5             THE COURT:  4:45.

09:39:21 6             THE WITNESS:  AT THE TEST SITE.

09:39:23 7             THE COURT:  ACCORDING TO YOUR UNDERSTANDING, BASED ON ALL

09:39:25 8   OF THE INFORMATION, WHAT WAS YOUR UNDERSTANDING OF THE STILL WATER

09:39:30 9   LEVEL AT THAT TIME?

09:39:34 10            THE WITNESS:  THAT'S SHOWN ON THIS ILLUSTRATION.

09:39:34 11            THE COURT:  AND TELL THE COURT WHAT THAT IS.

09:39:38 12            THE WITNESS:  ABOUT 11 FEET.

09:39:38 13            THE COURT:  ABOUT 11 FEET.  SO WE'RE TALKING ABOUT

09:39:41 14   DIFFERENT PREMISES HERE.  I UNDERSTAND, COUNSEL.  HE IS SAYING THE

09:39:45 15   GRASS LIFT OFF OCCURRED BEFORE YOUR 13 TO 16-FOOT RISE.  THAT'S WHAT

09:39:52 16   HE IS SAYING.  AND, OF COURSE, YOU'RE ENTITLED TO TEST THAT PREMISE

09:39:56 17   AS BEST YOU CAN.

09:40:02 18            MR. STONE:  CAN I HAVE ONE SECOND.

09:40:02 19            THE COURT:  I THINK THAT'S WHAT HE'S SAYING AND I HOPE --

09:40:04 20   I AM NOT SAYING THE COURT FINDS THAT AS A FACT, BUT THAT'S WHAT HE

09:40:09 21   IS SAYING.

09:40:09 22            MR. STONE:  I UNDERSTAND, YOUR HONOR.

09:40:10 23            MAY I HAVE ONE MINUTE?

09:40:12 24            THE COURT:  YES, YOU CERTAINLY MAY.

09:41:03 25   BY MR. STONE:

09:41:04  1    Q.  YOU TESTIFIED THAT THE ONLY WAY THAT THE GRASS DOESN'T LIFT OFF

09:41:08  2    IS IF THE SIGNIFICANT -- OR THE SIGNIFICANT WAVE HEIGHT IS LESS THAN

09:41:12  3    TWO FEET, CORRECT?

09:41:20  4    A.  REPEAT YOUR QUESTION, PLEASE, SIR.

09:41:23  5           THE COURT:  HE SAID THAT THE ONLY WAY THE GRASS DOESN'T

09:41:26  6    LIFT OFF AT ALL IS IF THE SIGNIFICANT WAVE HEIGHT IS LESS THAN TWO

09:41:30  7    FEET.  IS THAT TRUE OR NOT?

09:41:32  8           THE WITNESS:  THAT'S NOT TRUE.

09:41:37  9    BY MR. STONE:

09:41:37 10    Q.  AND I'LL MOVE ON FROM HERE, THEN, BECAUSE THAT'S APPARENTLY

09:41:41 11    WHAT -- I MEAN, THAT'S WHAT I THOUGHT HE SAID.

09:41:45 12    A.  MR. STONE --

09:41:45 13    Q.  I AM GOING TO GO BACK TO THE DISCUSSION WE WERE HAVING EARLIER

09:41:49 14    BASED ON THE --

09:41:49 15    A.  MR. STONE, IF I COULD REFER TO THE GRASS LIFT OFF THAT WE USED

09:41:55 16    FOR OUR ANALYSES, IT'S A FIGURE IN MY JULY DECLARATION NO. 1 AND

09:42:08 17    IT'S FIGURE 70, PAGE 85.  I THINK EXAMINING THAT FIGURE WILL HELP

09:42:16 18    YOU UNDERSTAND, AND THE JUDGE PARTICULARLY, THIS GRASS LIFT OFF

09:42:22 19    DISCUSSION.

09:42:23 20    Q.  I'D RATHER NOT DO THAT, DR. BEA.

09:42:26 21           THE COURT:  IT'S YOUR EXAMINATION AND YOU MAY MOVE ON.

09:42:30 22           MR. STONE:  I'D RATHER NOT DO THAT.

09:42:30 23    BY MR. STONE:

09:42:33 24    Q.  I WANT TO GO BACK TO YOUR -- I'LL JUST ASK YOU:  WHOSE WAVE

09:42:41 25    VALUES ARE YOU USING FOR YOUR GRASS LIFT OFF?

09:42:44 1    A.   THE DUTCH.

09:42:49 2    Q.   AND YOU'RE CLAIMING THAT THE DUTCH HAVE PROVIDED VALUES FOR

09:42:53 3    4:00 A.M.?

09:42:54 4    A.   FOR WAVE HEIGHTS.

09:42:56 5    Q.   FOR WAVE HEIGHTS.

09:42:58 6         AT WHAT POINT, AT THE L POINT, T POINT, OR D POINT OF THE

09:43:04 7    WAVE?

09:43:04 8    A.   D.

09:43:05 9    Q.   D?

09:43:06 10   A.   D AS IN DOG.  THAT MEANS D.

09:43:09 11        NOW, PROFESSOR VRIJLING TESTIFIED TO YOU THAT'S THE WAVE

09:43:17 12   HEIGHT POINT AT WHICH HE PASSES THE INPUT TO ME TO BE PROCESSED TO

09:43:18 13   BRING IT TO THE FACE OF THE LEVEE.

09:43:20 14   Q.   SO HE GIVES YOU A WAVE HEIGHT AT D?

09:43:23 15   A.   CORRECT.

09:43:23 16   Q.   AND YOU'RE APPLYING IT HERE.  AND THAT'S DEEP WATER --

09:43:27 17   A.   NO, I DO NOT APPLY THE DEEP WATER.  I TRANSFORM THAT WAVE HEIGHT

09:43:31 18   AS A FUNCTION OF WATER DEPTH AND VEGETATION CONDITIONS TO THE FACE

09:43:34 19   OF THE LEVEE.

09:43:35 20   Q.   AND THE WAVE HEIGHT IS LESS AS YOU GET CLOSER TO THE FACE OF THE

09:43:39 21   LEVEE, CORRECT?

09:43:40 22   A.   THAT'S CORRECT, IN GENERAL.

09:43:42 23   Q.   SO IF YOU'RE TAKING THEIR DEEP WATER, YOU'RE NOT RELYING ON

09:43:48 24   THEIR WAVE HEIGHTS AT THE FACE OF THE LEVEE THEN?

09:43:52 25   A.   YOU CAN'T BECAUSE OF THE GRIDDING IN THEIR MODEL IS TOO COARSE

09:43:59 1    TO CAPTURE THE LOCAL BATHYMETRIC VEGETATION CONDITIONS, SO WE HAVE

09:44:03 2    TO VERY CAREFULLY STEP THEIR LEVEE INTO THE APPROPRIATE POINT OF

09:44:08 3    IMPACT ON THE LEVEE.  SO IT IS DEADLIER.

09:44:18 4    Q.  IN FACT, THEY DON'T SHOW HEIGHTS, WAVE HEIGHTS AT THE LEVEE AT

09:44:22 5    4:00 A.M., DO THEY?

09:44:23 6    A.  I THINK THAT'S AN INCORRECT STATEMENT.

09:44:27 7    Q.  IT'LL BE IN THEIR REPORTS, CORRECT?

09:44:30 8    A.  YES, IT IS.  THAT'S WHERE ALL THIS COMES FROM.

09:44:35 9    Q.  I WANT TO GO BACK TO WHAT WE WERE TALKING ABOUT EARLIER THIS

09:44:37 10   MORNING ABOUT THE 13 FEET TO THE 16 FEET.  AND I WANT TO ASSUME FOR

09:44:41 11   THE SAKE OF ARGUMENT, A HYPOTHETICAL FOR YOU, DR. BEA, THAT IF YOU

09:44:47 12   HAVE A 13-FOOT SURGE WATER LEVEL AND YOU MOVE ON UP TO 14 FEET IN

09:44:58 13   20 MINUTES, IF IT TAKES AN HOUR FOR GRASS LIFT OFF, YOU WOULD NOT

09:45:03 14   HAVE GRASS LIFT OFF, TRUE?

09:45:05 15         THE COURT:  HE IS GOING TO SAY DEPENDING ON THE WAVE

09:45:07 16   HEIGHT.  EVEN IF THE WAVE HEIGHTS ARE THREE FEET, IT'S ALL GOING TO

09:45:12 17   BE DEPENDING ON THE WAVE HEIGHT.

09:45:13 18         I AM JUST TELLING YOU, YOU NEED TO FRAME YOUR QUESTION SO

09:45:15 19   THAT YOU GET EXACTLY WHAT YOU WANT.

09:45:19 20         MR. STONE:  THANK YOU, YOUR HONOR.

09:45:21 21   BY MR. STONE:

09:45:21 22   Q.  LET'S GO BACK TO THE .5 FOR A MINUTE AND JUST ASSUME DR. BEA IS

09:45:25 23   CORRECT WITH THE .5 JUST FOR THE SAKE OF ARGUMENT.

09:45:25 24         THE COURT:  I UNDERSTAND THAT.

09:45:29 25         THE WITNESS:  WHAT'S THE WAVE HEIGHT IN YOUR PREMISE, SIR?

09:45:32 1    BY MR. STONE:

09:45:32 2    Q.  I AM ASKING YOU -- YOU STATED TO THE COURT THAT YOU WOULD GET

09:45:34 3    WAVE LIFT OFF IN .5 HOURS WITH A SIGNIFICANT WAVE HEIGHT OF THREE

09:45:39 4    FEET OR WHATEVER, CORRECT, SIR?

09:45:41 5    A.  TWO FEET.

09:45:42 6    Q.  TWO FEET?

09:45:42 7          SO IF YOU HAVE A TWO-FOOT WAVE HEIGHT HERE AND --

09:45:48 8    A.  I MISSPOKE.  I APOLOGIZE.

09:45:49 9          THE COURT:  IT WAS THREE FEET.

09:45:50 10         THE WITNESS:  IT WAS THREE.  MY VISION IS BAD CLOSE.

09:45:55 11   BY MR. STONE:

09:45:56 12   Q.  LET'S GO WITH THREE FEET.

09:46:02 13   A.  APOLOGY.

09:46:02 14   Q.  I AM DOING MY BEST TO DEAL WITH YOUR NUMBERS.  I DON'T WANT TO

09:46:02 15   GIVE YOU MY NUMBERS.

09:46:02 16   A.  AND I AM DOING MY BEST TO BE ACCURATE.

09:46:03 17   Q.  BUT IF YOU HAVE TO -- IF IT TAKES A HALF HOUR TO GET GRASS LIFT

09:46:09 18   OFF UNDER YOUR ANALYSIS, YOU DO NOT GET GRASS LIFT OFF BETWEEN 13

09:46:14 19   AND 14 FEET, CORRECT, SIR?

09:46:17 20         THE COURT:  IT'S A HYPOTHETICAL QUESTION NOW.  AND YOU

09:46:22 21   ASSUME THAT GRASS LIFT OFF HAS NOT YET OCCURRED AND YOU ASSUME THAT

09:46:26 22   THE -- BETWEEN 13 AND 14 FEET TAKES HOW LONG, SIR?  I WAS GOING TO

09:46:33 23   ASK YOU.

09:46:35 24         MR. STONE:  TWENTY MINUTES.

09:46:36 25         THE COURT:  TWENTY MINUTES.  THEN YOU WOULD NOT HAVE GRASS

09:46:38 1    LIFT OFF WITHIN THAT 20 MINUTES EVEN WITH A THREE-FOOT WAVE,

09:46:42 2    HYPOTHETICALLY.

09:46:47 3          THE WITNESS:  THE HYPOTHETICAL HAS TO BE ANSWERED IS THE

09:46:50 4    GRASS IS ACCUMULATING DAMAGE FROM WAVE UPRUSHES AND DOWN RUSHES, AND

09:46:57 5    SO BY THE TIME YOU'VE REACHED THAT ELEVATION, YOU HAVE ALREADY

09:47:01 6    PARTIALLY MOWED THE GRASS TO FAILURE.  AND IF IN THAT LAST STEP YOU

09:47:09 7    ACCUMULATE ENOUGH DAMAGE TO LIFT IT OFF, IT WILL FAIL.

09:47:14 8          SO YOU CAN'T LOOK AT JUST ONE FRAME OF MOVING PICTURE IN

09:47:17 9    CONCLUDING WHAT'S IN THE MOVING PICTURE.  THERE'S WHERE THIS

09:47:23 10   DIFFICULTY IS COMING FROM.

09:47:23 11   BY MR. STONE:

09:47:24 12   Q.  LET ME ASK ANOTHER HYPOTHETICAL.  BETWEEN 14 FEET AND 15 FEET,

09:47:30 13   YOU HAVE A SIGNIFICANT WAVE HEIGHT OF THREE FEET, CORRECT, OR DO YOU

09:47:36 14   HAVE A HIGHER SIGNIFICANT WAVE HEIGHT NOW?

09:47:37 15   A.  I WILL TELL YOU WHAT THE SIGNIFICANT WAVE HEIGHT IS IF YOU WILL

09:47:41 16   GIVE ME A FEW MINUTES.

09:47:58 17   Q.  CAN I DIRECT YOU TO SOMETHING THAT MIGHT HELP OUT WITH THAT,

09:48:01 18   DR. BEA?

09:48:03 19   A.  NO.

09:48:04 20   Q.  OKAY.

09:48:04 21         THE COURT:  LET ME SAY WHAT I THINK IS IN THE RECORD NOW.

09:48:07 22   I REMEMBER DR. VRIJLING'S TESTIMONY AND I REMEMBER THAT -- I

09:48:13 23   REMEMBER AT LEAST, NOT SPECIFICALLY BUT GENERALLY WHAT THE T WAVES

09:48:16 24   WERE AND THE D WAVES WERE.  AND I REMEMBER HIM -- THERE'S BEEN SOME

09:48:23 25   EQUIVOCATION ABOUT THE T WAVE NUMBER MAY NOT BE ACCURATE.

09:48:25  1          I UNDERSTAND THAT IN DOING HIS ULTIMATE OPINION, DR. BEA

09:48:31  2   USED THE D WAVE HEIGHT AND EXTRAPOLATED IT BASED ON CERTAIN FACTORS

09:48:36  3   TO THE LEVEE AND THEN UP THE LEVEE.

09:48:37  4          THAT'S WHAT -- I'VE GOT THAT MUCH SO FAR.

09:48:41  5          MR. STONE:  I BELIEVE DOCTOR --

09:48:42  6          THE WITNESS:  AND YOU'RE CORRECT.

09:48:44  7          MR. STONE:  I BELIEVE DR. BEA WOULD ALSO TELL YOU THAT

09:48:47  8   THERE IS A 20 TO 30 PERCENT UNCERTAINTY RATE IN THE SWAN MODELING

09:48:50  9   THAT HE TAKES FROM DR. VRIJLING.

09:48:51 10   BY MR. STONE:

09:48:54 11   Q.  ISN'T THAT TRUE, SIR?  SO THERE'S UNCERTAINTY --

09:49:02 12   A.  DURING THE TIME PERIOD THE SURGE MOVES FROM 14 TO 15 FEET, THE

09:49:09 13   SIGNIFICANT WAVE HEIGHT AT THE FACE OF THE LEVEE CHANGES FROM

09:49:20 14   FOUR-FEET TO FIVE-FEET SIGNIFICANT WAVE HEIGHT.

09:49:20 15          THE COURT:  AND, DR. BEA, WOULD YOU BE SO KIND AS TO

09:49:22 16   APPRISE THE COURT AS TO WHAT YOU'RE LOOKING AT TO GET THAT

09:49:25 17   INFORMATION SO IF THE COURT EVER WANTS TO LOOK AT IT, IT MAY?

09:49:39 18          SORRY TO MAKE YOU WORK SO HARD.

09:49:41 19          THE WITNESS:  IT'S ALL OF THOSE DAMN PAGES.  I AM ON

09:49:45 20   PAGE 56, FIGURE 43, MY JULY EXPERT REPORT, DECLARATION 1.

09:49:52 21          THE COURT:  THANK YOU.

09:49:59 22          THE WITNESS:  I HAVE A PX NUMBER IF THAT WOULD HELP YOU.

09:50:03 23          THE COURT:  FIGURE 43, THAT'S IT.  THAT'S THE FIGURE.  I

09:50:06 24   AM LOOKING AT IT.

09:50:09 25   BY MR. STONE:

09:50:09  1   Q.  SO NOW YOU'RE TALKING ABOUT MORE THAN FOUR FEET OF SIGNIFICANT

09:50:12  2   WAVE HEIGHT BETWEEN 14 AND 15 FEET, CORRECT, SIR?

09:50:18  3   A.  AS I SAID, FOUR TO FIVE-FEET SIGNIFICANT WAVE HEIGHT.

09:50:20  4   Q.  SO IF WE GO BACK TO 14 -- NOW, WE'RE LOOKING AT SURGE LEVEL 14

09:50:27  5   TO 15 FEET, TALKING ABOUT ANOTHER 20 MINUTES DECLINE, RIGHT?

09:50:31  6   A.  FROM 14 TO 15?

09:50:33  7   Q.  RIGHT.

09:50:34  8   A.  CORRECT.

09:50:34  9   Q.  BUT IF YOU HAVE A FOUR-FOOT SIGNIFICANT WAVE HEIGHT, TWO FEET OF

09:50:40 10   THAT ARE GOING OVER THE TOP OF THE LEVEE, ISN'T IT?

09:50:46 11   A.  WHAT DID YOU JUST SAY?

09:50:46 12   Q.  IF YOU HAVE A 14-FOOT LEVEL AND YOU HAVE A FOUR-FOOT SIGNIFICANT

09:50:53 13   WAVE HEIGHT --

09:50:54 14   A.  CORRECT.

09:50:55 15   Q.  -- TWO FEET OF THAT WAVE ARE GOING OVER THE TOP OF THE LEVEE AT

09:50:58 16   14 FEET, CORRECT?

09:50:59 17   A.  HOW DID YOU DEDUCE THAT?

09:51:02 18   Q.  WELL, IT'S FOUR FEET HIGH, THE LEVEE IS TWO FEET HIGH.

09:51:06 19   A.  IT BREAKS ON THE FACE OF THE LEVEE AND HAS A RUSH-UP.  THAT'S

09:51:12 20   OCEANOGRAPHY 101.

09:51:17 21   Q.  IT'S TWO FEET ABOVE THE STILL WATER LEVEL, SO IT'S ONLY A

09:51:21 22   TWO-FOOT HIGH WAVE; IS THAT --

09:51:24 23   A.  NO, SIR, THAT'S NOT CORRECT.  IT ADDS AN AMPLITUDE OF TWO FEET,

09:51:29 24   DOUBLE THE AMPLITUDE, THAT'S WAVE HEIGHT.  IF IT'S A CYCLOIDAL WAVE

09:51:35 25   SHAPE AND ADDS FOUR FEET, TWO PLUS TWO EQUALS FOUR.

09:51:41 1              THE COURT:  SO YOUR QUESTION IS -- IF THE WAVE HEIGHT IS

09:51:47 2   FOUR FEET, IS THAT WHAT YOU'RE SAYING, AND THE WAVE HEIGHT IS

09:51:53 3   MEETING THE LEVEE AT -- 16 FEET YOU WERE SAYING?

09:51:58 4              MR. STONE:  14 TO 16, YOUR HONOR.

09:52:00 5              THE COURT:  -- 14 TO 16, THEN HE IS SAYING WHY WOULDN'T

09:52:04 6   THERE BE TWO FEET OF OVERTOPPING ON THE LEVEE AT THAT POINT, AND

09:52:08 7   YOUR ANSWER IS?

09:52:10 8              THE WITNESS:  BECAUSE THE WAVE IS SPLASHING OVER, AND SO

09:52:14 9   INSTANTANEOUSLY IT COULD BE MORE OR LESS THAN TWO FEET.

09:52:14 10  BY MR. STONE:

09:52:19 11  Q.  REGARDLESS OF HOW THAT WORKS, YOU HAVE HAD IT -- IT'S GOING TO

09:52:22 12  CLIMB THAT LEVEE FACE IN ONE HOUR, ISN'T IT?

09:52:26 13  A.  FROM 14 TO 15?

09:52:34 14  Q.  FROM 13 TO 16.

09:52:57 15              MR. STONE:  I'LL MOVE ON PRETTY SOON HERE, YOUR HONOR.

09:53:00 16  JUST ONE OR TWO MORE QUESTIONS AND I'LL JUST MOVE ON.

09:53:03 17              THE COURT:  THAT'S OKAY.

09:53:21 18              THE WITNESS:  OKAY.  I THINK I HAVE THE PICTURE OF SURGE

09:53:26 19  AND SIGNIFICANT WAVE HEIGHTS AS WE MOVE FROM 13 TO 16-FOOT SURGE

09:53:33 20  ELEVATION.  BUT AS A THREE-HOUR TIME PERIOD, THE SIGNIFICANT WAVE

09:53:39 21  HEIGHT AT THE FACE OF THE LEVEE IS CHANGING FROM FOUR-FOOT

09:53:45 22  SIGNIFICANT TO 5.5 FEET SIGNIFICANT.  FOR A FIVE-FOOT SIGNIFICANT

09:53:56 23  WAVE HEIGHT ON THE POOR GRASS, SANDY SUBSTRATE, THE GRASS LIFT OFF

09:54:02 24  OCCURS IN JUST A FEW MINUTES.

09:54:02 25  BY MR. STONE:

DAILY COPY

09:54:08  1    Q.  AFTER GRASS LIFT OFF, YOU STILL NEED 30 MINUTES FOR THE EROSION

09:54:13  2    TO OCCUR, DON'T YOU, TO HAVE A BREACHING CONDITION?

09:54:17  3    A.  NO, SIR.  BECAUSE AS SOON AS THE GRASS LIFTS OFF, THE EROSION

09:54:23  4    STARTS AT THAT POINT IN TIME; AND, OF COURSE, AS MORE TIME GOES ON,

09:54:31  5    THERE'S MORE EROSION.

09:54:34  6    Q.  AS THAT WAVE CLIMBS THE FACE OF THE LEVEE --

09:54:38  7    A.  YES, SIR.

09:54:40  8    Q.  -- AT SOME POINT THE WAVE STARTS TO OVERTOP THE LEVEE AND A PART

09:54:44  9    OF THAT WAVE NO LONGER AFFECTS THE FACE OF THE LEVEE, CORRECT, SIR?

09:54:51 10    A.  I THINK THAT'S NOT CORRECT.  LET ME SEE IF I CAN HELP YOU,

09:54:56 11    MR. STONE.  OUR RESULTS SHOW THAT FOR THE POOR GRASS COVER, HIGH

09:55:13 12    ERODIBILITY SOIL, WE PENETRATE THROUGH THE LEVEE CREST AT 5:30 A.M.

09:55:19 13    CDT.

09:55:23 14         AT THAT POINT NOW THE SURGE ELEVATION AT THE TOP OF THE --

09:55:31 15    OR AT THE SILL CAUSED BY THE WAVE BREACHING, THAT'S WHERE THE

09:55:37 16    FRONT-TO-BACK BREACHING ACTION ANALYSIS STOPS.  THE WATER NOW CAN

09:55:44 17    FOCUS INTO THE BREACH AND WITHIN EXPLOIT THE BREACH OF MOVING FROM

09:55:50 18    BACK TO FRONT.

09:55:54 19         MR. STONE:  I'M MOVING ON, YOUR HONOR, TO AN ISSUE RAISED

09:55:57 20    LAST FRIDAY --

09:55:58 21         THE COURT:  THANK YOU.

09:56:02 22         MR. STONE:  -- IN THE DIRECT EXAMINATION.

09:56:02 23    BY MR. STONE:

09:56:04 24    Q.  DO YOU REMEMBER DISCUSSING SIGNIFICANT WAVE HEIGHTS LAST FRIDAY

09:56:09 25    AND TALKING ABOUT HOW SIX-FOOT SIGNIFICANT WAVE HEIGHTS RELATIVE TO

09:56:19 1    WAVE ATTACK EROSION AND SCOUR POTENTIAL CREATES SOMETHING LIKE, I

09:56:26 2    CAN'T REMEMBER, IS IT A 50 OR 80-FOOT INCREASE IN WAVE EROSION?

09:56:33 3            YOU AND MR. O'DONNELL WERE TALKING ABOUT THIS AND YOU SAID

09:56:37 4    THAT THESE LARGE WAVES WERE CAUSING A HUGE AMOUNT OF EROSION?

09:56:43 5    A.  AND THEY DO, YES, SIR.

09:56:44 6    Q.  CAN I TAKE YOU TO EXHIBIT 0451.  IT'S YOUR TECHNICAL REPORT,

09:57:13 7    JULY 11, 2008, AT PAGES 48 TO 49.

09:57:40 8    A.  WOULD YOU PLEASE RECITE THE DOCUMENT AGAIN.  I AM NOT SEEING THE

09:57:51 9    TABLE ON MY --

09:57:51 10   Q.  IT'S YOUR TECHNICAL REPORT NO. 1, JULY 11, 2008.

09:57:53 11   A.  THANK YOU.

09:57:53 12   Q.  PAGES 48 AND 49.

09:58:07 13   A.  THOSE ARE PAGE NUMBERS IN THE DOCUMENT OR PDF PAGES?

09:58:13 14   Q.  THEY'RE IN YOUR REPORT, PAGE 48 TO 49.

09:58:17 15   A.  THANK YOU.

09:58:20 16   Q.  AND THEY'RE UP ON THE SCREEN.

09:58:38 17           I'LL ASK YOU THAT IF YOU YOU'RE TALKING ABOUT A

09:58:40 18   SIGNIFICANT WAVE HEIGHT OF 4.1 ACCORDING TO YOUR TABLE HERE, YOU'RE

09:58:44 19   LOOKING AT -- I AM OFF ON THE TABLE MYSELF.

09:58:49 20           IF YOU'RE TALKING ABOUT A SIGNIFICANT WAVE HEIGHT OF SIX

09:58:56 21   FEET, THAT OCCURS AT ABOUT 0800, DOESN'T IT, SIR?

09:59:00 22   A.  THAT'S CORRECT.

09:59:00 23   Q.  SO THAT'S ALSO AT A SURGE WATER LEVEL OF 17.8 FEET?

09:59:08 24   A.  THAT'S CORRECT.

09:59:09 25   Q.  SO THAT'S AT THE VERY HEIGHT OF THE SURGE, ISN'T IT?

A.   YES.  AND MORE OVERTOPPING NOW AT THE STUDY SITE.

Q.   RIGHT.  SO THAT SIX-FOOT SIGNIFICANT WAVE HEIGHT IS ONLY

ATTACKING THE VERY HIGHEST LEVEES OUT THERE AT THAT POINT, CORRECT?

A.   I CAN'T GENERALIZE QUITE THAT QUICKLY BECAUSE I AM RESPONDING TO

YOUR QUESTION RELATIVE TO THE STUDY SITE.

Q.   WELL, IT'S WELL OVERTOPPED AT THAT POINT, ISN'T IT?

A.   WHAT'S "IT" IN YOUR QUESTION, PLEASE, SIR?

Q.   THE STUDY SITE, SIR, HAS BEEN WELL OVERTOPPED AT THAT POINT,

CORRECT?

A.   YES, SIR.

Q.   IN FACT, IT'S OVERTOPPED BY 1.8 FEET, CORRECT?

A.   THAT'S CORRECT.

Q.   SO YOU DON'T HAVE A SIX-FOOT SIGNIFICANT WAVE HEIGHT AFFECTING

THE FACE OF THAT LEVEE, DO YOU?

A.   THAT'S CORRECT -- WELL, I HAVE TO WATCH OUT.  I'M SORRY, I

MISSPOKE.  THAT SIX FOOT HIGH WAVE, AS IT'S APPROACHING THE LEVEE,

THE WATER MOTIONS PROPAGATE TO THE BOTTOM.  AND AS SOON AS IT SENSES

THE LEVEE, THE WATER IS STILL MOVING FROM THE TOE ALL THE WAY TO THE

CREST.  AND THAT'S WHY DR. STEVEN HUGHES EXPERIMENTALLY FOUND HIS

CONCRETE MATTRESS ROLL UP FROM THE WAVE SITE TOE AFTER OVERTOPPING.

          SO THE ACTION OF THE WATER DOESN'T STOP JUST BECAUSE THE

WAVE HAS REACHED AND IS OVER THE TOP OF THE LEVEE FROM THE TIME IT

COMES IN UNTIL IT SWEEPS OVER.  THE ENTIRE WATER COLUMN IS UNDER

MOTION.

Q.   YOU ALSO HAVE OVERTOPPING BEFORE 0730 ON THAT LEVEE, CORRECT?

10:01:10  1    A.  THAT'S CORRECT.

10:01:31  2             AND I THINK IT'S WELL TO NOTE AS THE JUDGE ASKED YESTERDAY

10:01:36  3    THAT WE BE CLEAR ABOUT WHAT WE'RE TALKING ABOUT CONCERNING

10:01:42  4    OVERTOPPING.  WE HAVE SURGE OVERTOPPING AND WE HAVE WAVE

10:01:49  5    OVERTOPPING.  BUT THOSE TWO THINGS ARE ADDITIVE IN CERTAIN CASES

10:02:00  6    WHEN WE HAVE EXCEEDED THE CREST ELEVATION OF EITHER THE LEVEE OR THE

10:02:02  7    CRENELLATION THAT HAS BEEN FORMED DURING THE BREACHING PROCESS.

10:02:08  8    Q.  LET ME ASK YOU A COUPLE OF QUESTIONS ABOUT SCENARIO 2C.

10:02:13  9    A.  YES, SIR.

10:02:15 10    Q.  AS LONG AS THE MRGO IS IN PLACE, IN YOUR OPINION, THERE ARE

10:02:24 11    EFFECTS ON THE WAVES AND YOU HAVE TO ERASE THE CHANNEL TO HAVE A

10:02:29 12    NEUTRAL MRGO SCENARIO, CORRECT?

10:02:34 13    A.  OH, NO.  WE HAVE RUN RESULTS FOR THE PREVIOUSLY CITED

10:02:47 14    SCENARIO 2C WHICH, AS PROFESSOR VRIJLING TESTIFIED, EFFECTIVELY

10:02:55 15    PHYSICALLY REMOVES THE CHANNEL AS A WAY TO MITIGATE THE HYDRODYNAMIC

10:03:06 16    EFFECTS OF THE PRESENCE OF THE CHANNEL.

10:03:08 17             WE ALSO RAN ANALYSES FOR SCENARIO 3 WHICH RECOGNIZES THE

10:03:16 18    PRESENCE OF THE CHANNEL.  THE INCOMING SIGNIFICANT WAVE HEIGHTS FOR

10:03:22 19    SCENARIO 3 ARE SOMEWHAT MORE INTENSE THAN THOSE FOR SCENARIO 2C, AND

10:03:31 20    THAT'S BECAUSE OF THE OPEN WIDTH OF WATER FOR THE MANDATED MRGO

10:03:41 21    CHANNEL.

10:03:44 22             THE EROSIVE BREACHING EFFECTS AT THE FACE OF THE EARTHEN

10:03:51 23    FLOOD PROTECTION STRUCTURES IS NOT SIGNIFICANTLY DIFFERENT FROM

10:03:58 24    SCENARIO 2C TO SCENARIO 3.

10:04:03 25    Q.  YOU SAID YOU RAN SCENARIO 3.  DID YOU RUN IT OR DID THE DUTCH

10:04:08  1    RUN IT?

10:04:09  2    A.   THE DUTCH RUN THE HYDRODYNAMICS TO THE CENTER OF THE CHANNEL.

10:04:14  3    AT THAT POINT, AS PREVIOUSLY DISCUSSED, IT'S INCUMBENT ON ME TO

10:04:19  4    APPROPRIATELY BRING THEM INTO THE STUDY SITE, RECOGNIZING THE LOCAL

10:04:26  5    BATHYMETRIC AND VEGETATION CONDITIONS.

10:04:29  6           THAT'S THE WORK ON SCENARIO 3 THAT I DID THIS SATURDAY AND

10:04:35  7    SUNDAY TO ENABLE US TO RESPOND TO THE JUDGE'S QUESTION POSED ON

10:04:40  8    FRIDAY.

10:04:42  9    Q.   SO THAT'S THIS WEEKEND THAT YOU DID THAT WORK, CORRECT, THE

10:04:48 10    SCENARIO 3 RUN THAT YOU'RE TALKING ABOUT IN THIS DISCUSSION?

10:04:51 11    A.   NO.   THAT WORK STANDS ON THE SHOULDERS OF THAT 10,000 HOURS I

10:05:00 12    HAD EXPENDED DOING THIS WORK TO THIS POINT.

10:05:14 13           MR. STONE:   IF THERE'S BEEN AN ANALYSIS DONE THAT'S A

10:05:17 14    COMPUTER RUN, LS-DYNA, OR OTHERWISE, WE WOULD LIKE TO HAVE THAT

10:05:22 15    PRODUCED, YOUR HONOR.

10:05:24 16           THE WITNESS:   I DID NOT DO ANY NEW COMPUTER CALCULATIONS

10:05:28 17    BECAUSE THE BREADTH OF THE PARAMETRIC STUDIES THAT WE HAVE DONE HAS

10:05:33 18    BEEN SO BROAD, I COULD TAKE THE SCENARIO 3 CONDITIONS WITH THE

10:05:41 19    EXISTING INFORMATION AND DRAW THE CONCLUSIONS THAT WE STATED ON

10:05:43 20    MONDAY MORNING.

10:05:43 21    BY MR. STONE:

10:05:46 22    Q.   OKAY.   LET'S GO BACK FOR A SECOND HERE.   IN OCTOBER OF LAST YEAR

10:05:49 23    YOU TOLD THE COURT IN A DECLARATION RESPONDING TO THE GOVERNMENT'S

10:05:54 24    MOTION FOR SUMMARY JUDGMENT THAT YOU COULDN'T DO A SCENARIO 3

10:05:59 25    ANALYSIS, DIDN'T YOU?

10:06:02 1   A.  I WOULD LIKE TO SEE THAT DOCUMENT AND THE SECTION YOU'RE

10:06:09 2   REFERRING TO BEFORE I RESPOND.

10:06:18 3   Q.  LET'S GO TO EXHIBIT JX 0069.

10:06:45 4        MR. STEVENS:  DO YOU HAVE A COPY OF THE FULL DOCUMENT,

10:06:48 5   MR. STONE?

10:06:50 6        MR. STONE:  PAGE 5.  IT'S IN THE EXHIBITS.

10:07:08 7   BY MR. STONE:

10:07:09 8   Q.  THIS DOCUMENT SEEMS TO BE REPLETE WITH STATEMENTS THAT YOU'RE

10:07:12 9   NOT DOING A SCENARIO 3 ANALYSIS, ISN'T IT?

10:07:16 10  A.  PLEASE CITE PAGE, PARAGRAPH --

10:07:19 11  Q.  I AM TALKING ABOUT --

10:07:22 12  A.  PLEASE CITE PAGE AND PARAGRAPH SO I CAN RESPOND ACCURATELY TO

10:07:26 13  YOUR QUESTION, PLEASE.

10:07:28 14  Q.  LET'S LOOK AT ONE PAGE HERE AND THAT'S PAGE 5 --

10:07:31 15       MR. STEVENS:  EXCUSE ME, YOUR HONOR.  EXCUSE ME.  IF I

10:07:34 16  COULD GET THE WHOLE DOCUMENT -- THE WITNESS IS ASKING FOR THE WHOLE

10:07:36 17  DOCUMENT.

10:07:36 18       THE COURT:  FIRST HE SAYS DOES HE RECALL -- YOU CAN ASK

10:07:39 19  HIM, WITHOUT REFERRING TO THE DOCUMENT, DO YOU REMEMBER IF YOU SAID

10:07:42 20  ANYTHING.  IF YOU DID, YOU CAN SAY, YES, NO, OR I HAVE TO REFER TO

10:07:45 21  THE DOCUMENT, IT WAS A LONG TIME AGO AND I NEED TO LOOK AT IT.

10:07:48 22       THE WITNESS:  AND THAT'S HOW I RESPONDED.

10:07:51 23       THE COURT:  AND I THINK THAT'S HOW HE'S ANSWERING.

10:07:53 24       IF YOU CAN POINT HIM TO SOMETHING IN THE DOCUMENT THAT

10:07:55 25  GIVES HIM THE GENERAL TENURE OF IT, THAT WOULD BE GREAT.

10:07:58 1          THE WITNESS:  EXACTLY.

10:08:33 2   BY MR. STONE:

10:08:34 3   Q.  ARE YOU AT PAGE 5?

10:09:44 4   A.  WHICH PAGE?

10:10:34 5          THE COURT:  YES, SIR, ARE YOU PREPARED TO MOVE ON?

10:10:37 6          MR. STONE:  YES, YOUR HONOR, WE'VE PROVIDED THE WITNESS AN

10:10:39 7   EXTRA COPY.

10:10:40 8          THE COURT:  THANK YOU.

10:10:40 9          THE WITNESS:  THANK YOU, SIR.

10:10:42 10          MR. STONE:  MY QUESTION IS WITHDRAWN.  LET ME ASK IT IN A

10:10:45 11   DIFFERENT WAY.

10:10:46 12   BY MR. STONE:

10:10:46 13   Q.  YOU HAVE THE DOCUMENT IN FRONT OF YOU NOW, SIR, AND IN THAT

10:10:49 14   DOCUMENT YOU TALK ABOUT YOUR NEUTRAL MRGO CONDITIONS, CORRECT?

10:10:52 15   A.  THAT'S CORRECT.  AND THAT'S ATTRIBUTED TO SCENARIO 2C.

10:10:56 16   Q.  RIGHT.  AND IN THIS DOCUMENT YOU ESSENTIALLY DISTANCE YOURSELF

10:11:03 17   FROM SCENARIO 3 AND DIDN'T APPLY SCENARIO 3, CORRECT?

10:11:08 18   A.  THAT'S CORRECT BECAUSE SCENARIO 3 DOES NOT MITIGATE ALL OF THE

10:11:12 19   NEGATIVE EFFECTS OF THE MRGO.

10:11:16 20   Q.  I GUESS MY POINT IS THAT THIS WAS OCTOBER 22 OF LAST YEAR, AND

10:11:22 21   THAT'S ABOUT SIX MONTHS AGO, SIR, AND YOU KNEW AS OF THIS DATE WHEN

10:11:26 22   YOU WERE PREPARING THIS DOCUMENT THAT YOU WERE OPPOSING WITH YOUR

10:11:31 23   DECLARATION A MOTION FOR SUMMARY JUDGMENT ON THE ISSUES OF SCENARIOS

10:11:40 24   1, 2, AND 3, CORRECT?

10:11:46 25   A.  NO.

10:11:49  1    Q.  WERE YOU OPPOSING A MOTION FOR SUMMARY JUDGMENT ON CAUSATION?

10:11:52  2            MR. STEVENS:  YOUR HONOR, THIS IS IMPROPER QUESTIONS FOR

10:11:54  3    THE WITNESS.

10:11:56  4            THE COURT:  I AM GOING TO ALLOW THE QUESTION.

10:11:59  5            THIS IS ONE OF THE THINGS THAT I AM GOING TO HAVE TO

10:12:01  6    UNDERSTAND IN THIS CASE BECAUSE, AS THE COURT UNDERSTANDS THAT THE

10:12:06  7    MRGO, SUCH AS IT WAS, AS BAD AN IDEA AS IT MAY HAVE BEEN OR MAY NOT

10:12:12  8    HAVE BEEN, WAS IN PLACE IN 1965 AND HAS AN AUTHORIZED -- THE COURT

10:12:22  9    HAS NOT BEEN BLESSED WITH A PLETHORA OF INFORMATION ABOUT SCENARIO 3

10:12:22 10    WHICH IS, FOR CERTAIN LEGAL REASONS, IMPORTANT TO THE COURT UNLESS I

10:12:28 11    CAN BE CONVINCED THAT SCENARIO -- SOMEHOW THAT SCENARIO 2C COVERS

10:12:33 12    IT.  BUT I AM NOT.  I AM NOT CONVINCED OF THAT BECAUSE I AM LOOKING

10:12:37 13    AT REALITY, LEGALLY AS WELL AS ACTUAL REALITY.

10:12:42 14            MR. STONE:  THANK YOU.

10:12:42 15            THE COURT:  I AM STILL STRUGGLING WITH IT, SO I WILL ALLOW

10:12:45 16    THE QUESTION.

10:12:47 17            MR. STEVENS:  IT WASN'T ABOUT THE QUESTION, IT WAS

10:12:48 18    ABOUT -- THE QUESTION WAS ABOUT WHETHER HE KNEW HE WAS OPPOSED --

10:12:49 19            THE COURT:  I UNDERSTAND.  I'M GOING TO ALLOW THE

10:12:50 20    QUESTION.  OF COURSE HE KNEW IT.  I MEAN, IT'S NOT A MYSTERY.

10:12:54 21            THE WITNESS:  RIGHT.

10:12:56 22    BY MR. STONE:

10:12:56 23    Q.  SO FOR SIX MONTHS YOU HAVE NOT EVALUATED THAT PROPOSITION AND

10:13:02 24    PROVIDED US WITH A REPORT THAT ADDRESSES SCENARIO 3, CORRECT?

10:13:09 25    A.  THAT'S CORRECT.

10:13:14 1        THE PREMISE AT THE TIME OF THIS DOCUMENT WAS WE WERE

10:13:19 2   LOOKING AT AS-WAS PERFORMANCE KATRINA SCENARIO 1 AND WE WERE LOOKING

10:13:28 3   AT A MITIGATED MRGO IDENTIFIED AS SCENARIO 2C.  SCENARIO 3, WITH THE

10:13:39 4   CHANNEL IN PLACE, THE OCEANOGRAPHY WAS DONE EXPLICITLY TO ADDRESS

10:13:45 5   THAT SCENARIO.

10:13:47 6        WHEN THE JUDGE RAISED THE QUESTION AND SAID, WELL, YOU MAY

10:13:52 7   THINK YOU HAVE PROPERLY MITIGATED IT FOR 2C, BUT I WOULD LIKE YOU TO

10:13:57 8   TELL ME HOW, IF YOU PUT THE CHANNEL BACK IN, HOW IT AFFECTS THE

10:14:05 9   PERFORMANCE OF THOSE FLOOD PROTECTION STRUCTURES ALONG REACH 2.

10:14:10 10       TO THAT END, I DEVOTED SATURDAY AND SUNDAY, AND THE ANSWER

10:14:15 11  CAME BACK THAT IT HAD NO SIGNIFICANT EFFECT TO CHANGE THE

10:14:21 12  PERFORMANCE OF THE FLOOD PROTECTION STRUCTURES ALONG REACH 2.  THOSE

10:14:28 13  STRUCTURES WOULD SURVIVE OVERTOPPING, WE WOULD FILL UP THE 40 ARPENT

10:14:36 14  POLDER, AND WE WOULD HAVE A FEW WET CARPETS IN ST. BERNARD PARISH.

10:14:44 15  THAT'S THE ANSWER.

10:14:49 16       THE COURT:  BY THE WAY, JUST FOR THE RECORD, THE COURT HAD

10:14:51 17  NOT -- JUST TO BE FAIR TO EVERYBODY, THE COURT HAD NOT RENDERED ITS

10:14:57 18  DECISION ON THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT NOR THE

10:15:00 19  PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT ON THE DISCRETIONARY

10:15:04 20  FUNCTION EXCEPTION, I DON'T THINK, IN JANUARY OF 2009.  I THINK IT

10:15:08 21  WAS AFTER THAT.  I KNOW IT WAS AFTER THAT.

10:15:10 22       MR. STONE:  ON THIS WE BELIEVE IT WAS THIS PAST WEEK, YOUR

10:15:13 23  HONOR, OR VERY RECENTLY I THINK IT WAS.

10:15:15 24       THE COURT:  NO, I AM TALKING ABOUT THE -- WHEN I RULED ON

10:15:18 25  THE DISCRETIONARY FUNCTION EXCEPTION IN WHICH WE GOT INTO DESIGN AND

10:15:24 1  CONSTRUCTION AS OPPOSED TO OPERATION AND MAINTENANCE AND THE TIME

10:15:27 2  CONTINUUM.

10:15:28 3          MR. STONE:  YES, YOUR HONOR.

10:15:30 4          THE COURT:  LEGAL THEORIES AND FACTUAL THEORIES MAY HAVE

10:15:35 5  TO ADAPT TO THE COURT'S RULING.

10:15:36 6          MR. STONE:  STILL WORKING ON THE FACTS, YOUR HONOR.

10:15:38 7          THE COURT:  ALL RIGHT.  JUST GETTING THAT IN THE RECORD.

10:15:40 8          THE WITNESS:  THANK YOU.

10:15:41 9          MR. STEVENS:  IF IT HELPS, THE DATE OF YOUR RULING WAS

10:15:48 10  MARCH 20TH, DOCUMENT 18212, I BELIEVE.

10:15:48 11          THE COURT:  THANK YOU.

10:15:49 12  BY MR. STONE:

10:15:49 13  Q.  DR. BEA, IT'S YOUR OPINION THAT YOU CANNOT HAVE A NEUTRAL MRGO,

10:15:53 14  ISN'T IT?

10:15:54 15  A.  NO.  MR. STONE, IT'S INCUMBENT ON THE ENGINEER TO MITIGATE THOSE

10:16:09 16  NON-NEUTRAL EFFECTS, AND I TRIED TO EXPLAIN THAT AS THE

10:16:17 17  OBSERVATIONAL METHOD AND SO HAS THE NATIONAL ACADEMY OF ENGINEERING.

10:16:21 18  Q.  I WOULD LIKE TO LOOK AT PAGE 187 OF DR. BEA'S JANUARY 31

10:16:27 19  DEPOSITION, LINE 4 THROUGH PAGE 188, LINE 1.

10:16:49 20          THE COURT:  THE COURT IS GOING TO HAVE SOME QUESTIONS

10:16:50 21  AFTER YOU'RE FINISHED.

10:17:02 22          MR. STONE:  I'M SORRY, THAT REFERENCE SHOULD BE PAGE 192,

10:17:05 23  LINES 8 TO 9.

10:17:12 24          THE COURT:  WHILE WE'RE ON THIS, I HAVE TO FOLLOW THIS

10:17:14 25  LINE OF QUESTIONS.  IT'S SIGNIFICANT.  DR. BEA, I AM GOING TO ASK

— DAILY COPY —

10:17:17  1    YOU TO THINK ABOUT THE ANSWER BEFORE I ASK IT.

10:17:22  2            AS I UNDERSTOOD WHAT YOU JUST SAID REFERENCE SCENARIO 3,

10:17:36  3    THAT -- WHICH IS THE MRGO AS IT EXISTED AT THE TIME OF KATRINA.

10:17:41  4            THE WITNESS:  IT'S NOT SCENARIO 3.

10:17:43  5            THE COURT:  OKAY.  EXCUSE ME, SCENARIO 3 IS -- NO, NO.

10:17:47  6    SCENARIO 3 IS THE MRGO AS IT -- FORGIVE ME -- AS IT WAS AUTHORIZED.

10:17:54  7            THE WITNESS:  I WILL ALWAYS FORGIVE YOU.

10:17:56  8            THE COURT:  THANK YOU.  THANK YOU.

10:17:57  9            AND AS AUTHORIZED, YOUR TESTIMONY IS THAT BASICALLY

10:18:01 10    ST. BERNARD PARISH AND THE LOWER NINTH WARD, LEAVING OUT THE IHNC,

10:18:07 11    WOULD NOT HAVE FLOODED?

10:18:08 12            THE WITNESS:  CORRECT.

10:18:09 13            THE COURT:  SO IMPLICIT IN THAT IS THAT THE WIDENING AND

10:18:13 14    THE EROSION CAUSED IT TO FLOOD?

10:18:16 15            THE WITNESS:  YOU GOT IT.

10:18:17 16            THE COURT:  I GOT IT.  ALL RIGHT.  I UNDERSTAND.

10:18:20 17            THE WITNESS:  YOU HAVE CONNECTED THE DOTS CORRECTLY.

10:18:22 18            THE COURT:  THOSE ARE FAIRLY EASY DOTS TO CONNECT.  I GOT

10:18:25 19    A LITTLE DYSLEXIC.  THANK YOU.

10:18:27 20    BY MR. STONE:

10:18:28 21    Q.  SO YOU WERE ASKED AT THIS DEPOSITION, "Q. SO YOU CAN'T HAVE A

10:18:33 22    NEUTRAL MRGO?"  AND YOU ANSWERED, "OF COURSE YOU CAN'T."

10:18:35 23    A.  THAT'S BECAUSE YOU'RE REFERRING TO THE MRGO ITSELF.

10:18:40 24    Q.  OKAY.  NOW, YOU HAVE NOT MODELLED A NEUTRAL MRGO IN THIS CASE

10:18:47 25    AND KEPT THE MRGO IN ITS ORIGINAL FOOTPRINT IN THE PICTURE, HAVE

10:18:52 1    YOU, SIR?

10:18:52 2    A.  YES.  I THINK I'VE REPEATEDLY, MR. STONE, SAID THAT'S WHAT I

10:18:58 3    DEVOTED BOTH SATURDAY AND SUNDAY -- NO JAZZ FEST HERE -- TO RESPOND

10:19:03 4    TO THE JUDGE'S QUESTION ABOUT HOW PERFORMANCE WOULD BE AFFECTED BY

10:19:09 5    THE MRGO ON ITS AUTHORIZED ALIGNMENT AND WIDTH AND DEPTH.  AND

10:19:16 6    THAT'S WHAT I STEPPED THROUGH, AND THE RESULTS ARE NOT SIGNIFICANTLY

10:19:21 7    DIFFERENT FROM SCENARIO 2C.

10:19:24 8         AND THE CONCLUSION IS WE DON'T BREACH.  WE DO HAVE

10:19:33 9    OVERTOPPING, BUT IT'S NOT SIGNIFICANT BECAUSE THE LEVEES ARE NOT

10:19:36 10   WHAT THEY WERE BEFORE KATRINA.  THEY HAVE TO BE MITIGATED TO RESPOND

10:19:40 11   TO THE LOWERING PROTECTIVE ELEVATIONS.  AND WE PUT THEM AT 17 AND A

10:19:47 12   HALF FEET.

10:19:48 13        GIVEN THAT, WITH AN 18-FOOT SURGE, YOU HAVE A HALF A FOOT

10:19:53 14   OF OVERFLOW FOR A VERY SHORT PERIOD OF TIME.  YOU BARELY FILL UP THE

10:19:57 15   POLDER, AND THAT LEADS TO THE WET CARPETS.

10:20:02 16   Q.  NOWHERE DO YOU --

10:20:06 17        MR. STONE:  I AM MOVING TO SCENARIO 3 FOR A MOMENT, YOUR

10:20:09 18   HONOR.

10:20:09 19        THE COURT:  YES, SIR.

10:20:10 20   BY MR. STONE:

10:20:10 21   Q.  NOWHERE DO YOU ADDRESS SCENARIO 3 BREACHING, DO YOU, SIR?

10:20:16 22        THE COURT:  YOU MEAN IN HIS REPORTS?

10:20:18 23        MR. STONE:  REPORTS -- WELL, YEAH, ANYTHING I'VE HAD

10:20:20 24   ACCESS TO, YOUR HONOR.

10:20:22 25        THE COURT:  OKAY.

DAILY COPY

10:20:23  1          THE WITNESS:  THE CONDITIONS THAT WE EXAMINED FOR

10:20:27  2  SCENARIO 1 -- AND BY THE WAY, SCENARIO 1 WAS NOT JUST ONE SET OF

10:20:35  3  SURGE AND WAVES, MR. STONE.  SCENARIO 1 CONSISTED OF A WHOLE SERIES

10:20:47  4  OF SURGES, FOR EXAMPLE, THOSE FROM U.S. ARMY CORPS OF ENGINEERS IPET

10:20:54  5  STUDY, BUT WE HAD SURGE AND WAVES FROM TEAM LOUISIANA, LOUISIANA

10:21:01  6  STATE UNIVERSITY STUDY, WE HAD SURGE AND WAVES FROM THE DUTCH STUDY.

10:21:05  7          SO FOR SCENARIO 1, WE HAD A WIDE RANGE IN POTENTIAL

10:21:10  8  CONDITIONS.  AND IT WAS INCUMBENT ON ME TO ANALYZE ALL OF THOSE

10:21:16  9  CONDITIONS TO BEGIN TO UNDERSTAND THE POTENTIAL ERROR RATES

10:21:20 10  ASSOCIATED WITH ANY ONE SCENARIO.

10:21:24 11          AS WE MOVED TO SCENARIO 2C, WE DID A SIMILAR THING.  WE

10:21:30 12  HAD A WIDE RANGE IN SURGE AND WAVES AND THOSE POTENTIAL CONDITIONS

10:21:35 13  SO THAT WE COULD UNDERSTAND THE POTENTIAL ERROR RATES OR UNCERTAINTY

10:21:40 14  RATES ASSOCIATED WITH THE PREDICTED RESULTS.

10:21:43 15          WHEN THE JUDGE ASKED EXPLICITLY FOR SOME GUIDANCE OR HELP

10:21:48 16  TO UNDERSTAND SCENARIO 3, I USED THE DUTCH RESULTS, BROUGHT THEM TO

10:21:55 17  THE STUDY SITE, AND WITH THE PARAMETERS THAT I PREVIOUSLY DESCRIBED,

10:22:02 18  WAS ABLE TO THEN EXTRACT FROM EXISTING RESULTS THAT YOU HAVE BECAUSE

10:22:08 19  THERE'S BEEN NO NEW RESULTS, WHAT THE PERFORMANCE WOULD BE.

10:22:13 20  BY MR. STONE:

10:22:13 21  Q.  I ASKED YOU IF YOU HAD DONE A BREACHING ANALYSIS FOR SCENARIO 3,

10:22:17 22  AND IT'S MY UNDERSTANDING THAT YOU SAID YOU HAVE NOT.

10:22:22 23  A.  THIS WEEKEND THAT'S WHAT I DID.

10:22:25 24  Q.  AND YOU HADN'T DONE IT BEFORE THEN?

10:22:27 25  A.  I HAD DONE IT PARAMETRICALLY.

10:22:32  1           MR. STONE:  YOUR HONOR, I WOULD LIKE TO BRING UP A

10:22:34  2  DOCUMENT THAT THE COURT WAS PROVIDED EARLIER.  IT'S THE FINAL MRGO

10:22:39  3  REPORT, JOURNAL FORMAT V8, JUNE 2008, IT'S NOT MARKED AS AN EXHIBIT.

10:22:48  4           MR. STEVENS:  IT'S PX 2154.

10:22:51  5           MR. STONE:  NO, IT'S DIFFERENT.  I BELIEVE YOU HAVE A COPY

10:22:53  6  OF IT.

10:22:57  7           THE COURT:  I TELL YOU WHAT, WHY DON'T WE TAKE A RECESS SO

10:22:59  8  YOU CAN GET THAT STRAIGHT.  TAKE A TEN-MINUTE RECESS.  GOOD FOR

10:23:02  9  EVERYBODY.

10:23:03 10      (WHEREUPON, A RECESS WAS TAKEN.)

10:23:03 11      (OPEN COURT.)

10:42:23 12           THE DEPUTY CLERK:  ALL RISE, PLEASE.  THE COURT'S IN

10:42:33 13  SESSION, PLEASE BE SEATED.

10:42:35 14           MR. STEVENS:  TO AVOID CONFUSING THE RECORD ANYMORE THAN I

10:42:39 15  HAVE ALREADY, JUDGE.  WHEN MR. STONE MENTIONED A DOCUMENT A MOMENT

10:42:42 16  AGO THAT HE WAS ABOUT TO GO INTO, I THOUGHT HE WAS REFERRING TO

10:42:45 17  FRIDAY'S REPORT, FRIDAY'S FINAL REPORT PX 2154.  DURING THE BREAK I

10:42:51 18  AM TOLD THAT'S NOT THE DOCUMENT, SO I WANT TO PUT THAT ON THE RECORD

10:42:54 19  SO WE DON'T GO OFF ON THE WRONG NUMBER.

10:42:57 20           I AM TOLD IT'S AN IMPEACHMENT DOCUMENT THAT'S NOT ON THE

10:43:02 21  EXHIBIT LIST, SO I WOULD LIKE THE OPPORTUNITY TO FIND OUT WHAT IT IS

10:43:04 22  THEY INTEND TO IMPEACH HIM WITH OR WHY IT IS THAT HE NEEDS TO

10:43:08 23  IMPEACH ANYTHING AT THIS POINT AND SEE THE DOCUMENT.

10:43:10 24  BY MR. STONE:

10:43:11 25  Q.  DR. BEA, ONE FURTHER QUESTION:  HAVE YOU EVER DONE CUMULATIVE

10:43:13  1    EROSION ANALYSIS FOR SCENARIO 3?

10:43:15  2    A.  NOT EXPLICITLY FOR SCENARIO 3.  AS I EXPLAINED, WE HAVE

10:43:22  3    ENCOMPASSED THE SCENARIO 3 CONDITIONS WITH PREVIOUS CUMULATIVE

10:43:29  4    EROSION ANALYSIS.

10:43:34  5             MR. STONE:  MAY I PRESENT THIS TO THE CLERK.

10:43:34  6             THE COURT:  YES, SIR, YOU MAY.

10:43:37  7             MR. STONE:  I THINK WE DID THIS IN ADVANCE BUT IT'S GOTTEN

10:43:40  8    MISPLACED OR SOMETHING.

10:43:40  9             THE LAW CLERK:  IT WAS TAKEN BACK YESTERDAY.

10:43:49 10    BY MR. STONE:

10:43:50 11    Q.  I SHOW YOU WHAT YOU PROVIDED TO US AT ONE OF YOUR RECENT

10:43:54 12    DEPOSITIONS AS A RELIANCE MATERIAL, AND IT SEEMS TO BE FROM

10:44:05 13    JUNE 2008.  AND I'D LIKE TO LOOK AT PAGES 111 AND 112, PLEASE.

10:44:11 14    A.  MAY I HAVE A COPY OF IT, PLEASE?

10:44:14 15             MR. STONE:  I DON'T HAVE ANOTHER COPY.

10:44:17 16             THE COURT:  IS IT GOING TO BE GOING UP THERE?

10:44:17 17             MR. STONE:  IT'S GOING TO BE THERE.

10:44:19 18             THE COURT:  OKAY.  I'LL GIVE YOU THIS ONE, SIR.

10:44:22 19             THE WITNESS:  THANK YOU.

10:44:23 20             MR. STEVENS:  THE PAGE -- WE HAVE JUST A BLANK COVER PAGE.

10:44:25 21    CAN WE KNOW WHAT THE DOCUMENT IS?

10:44:27 22             MR. STONE:  THIS IS HOW WE GOT IT.

10:44:30 23             THE COURT:  IT'S A BLANK COVER PAGE BUT -- IT'S

10:44:35 24    INFORMATION YOU RECEIVED FROM DR. BEA AT A DEPOSITION.

10:44:38 25             MR. STONE:  AT A DEPOSITION AND IT WAS PROVIDED TO US AS

10:44:40 1    RELIANCE MATERIALS, YOUR HONOR.

10:44:44 2              THE COURT:  OKAY.

10:44:44 3              MR. STEVENS:  FOR THE RECORD, HE PRODUCED ABOUT 30 CDS OF

10:44:44 4    RELIANCE MATERIAL, SO...

10:44:49 5              THE COURT:  I UNDERSTAND.

10:44:49 6              MR. STONE:  HE PRODUCED THEM TO US, TOO.

10:44:51 7              THE WITNESS:  I GAVE YOU EVERYTHING I HAD.

10:44:54 8    BY MR. STONE:

10:44:54 9    Q.  WELL, I WOULD LIKE TO LOOK AT THESE TABLES BECAUSE IT APPEARS TO

10:44:57 10   ME THAT YOU DID DO A CUMULATIVE EROSION ANALYSIS FOR SCENARIO 3.

10:45:03 11   AND IT ALSO APPEARS THAT THE CONDITIONS ARE WORSE FOR SCENARIO 3

10:45:06 12   THAN FOR SCENARIO 1, BUT LET'S GO THROUGH THE TABLES.

10:45:09 13   A.  PLEASE TELL ME WHAT PAGE AND TABLE YOU'RE REFERRING TO, SIR.

10:45:13 14   Q.  THIS IS FROM PAGE 111 AND WE'LL START WITH TABLE 14.

10:45:17 15             MR. STEVENS:  OBJECTION, FOUNDATION, YOUR HONOR.  THERE IS

10:45:18 16   NO FOUNDATION THAT HE DID ANYTHING.  WE DON'T EVEN KNOW WHO WROTE

10:45:27 17   THIS PAPER.

10:45:28 18             THE COURT:  WELL, HE'S REPRESENTED TO THE COURT THAT

10:45:28 19   DR. BEA PROVIDED IT TO HIM.  I'D LIKE TO KNOW A LITTLE BIT MORE

10:45:32 20   ABOUT THEM OTHER THAN -- YOU SAID RELIANCE DOCUMENTS, DID HE PRODUCE

10:45:35 21   THEM, DID HE GET THEM FROM SOMEONE ELSE.  WE CAN JUST DEAL WITH IT

10:45:39 22   THAT WAY.

10:45:40 23             MR. STONE:  LET ME DO A LITTLE BIT ON THE LS-DYNA, I'LL

10:45:45 24   ASK THE WITNESS A COUPLE OF QUESTIONS.

10:45:46 25             THE COURT:  ALL RIGHT.

BY MR. STONE:

Q.  DR. BEA, YOU DON'T HAVE FORMAL TRAINING USING LS-DYNA, DO YOU?

A.  I HAVE FORMAL TRAINING IN THE PREDECESSORS THAT LED TO LS-DYNA. THE CURRENT VERSION OF LS-DYNA I DO NOT HAVE FORMAL TRAINING IN THAT VERSION.

Q.  YOU HAVE A GRADUATE STUDENT WORKING WITH YOU ON THESE ISSUES AND HE'S THE PERSON WHO DOES THE LS-DYNA COMPUTER RUNS, CORRECT?

A.  THAT'S CORRECT.

Q.  THAT'S MR. STORESUND?

A.  THAT'S CORRECT.

Q.  IF THERE'S A COMPUTER RUN FROM WHICH DATA IS EXTRACTED USING LS-DYNA, YOU WOULD RECEIVE THAT DATA FROM MR. STORESUND, CORRECT?

A.  I WOULD PROVIDE MR. STORESUND WITH THE INPUT INFORMATION, HE WOULD PERFORM THE ANALYSES, THEN PROVIDE ME WITH THE RESULTS OF THE ANALYSES, AND IT'S AT THAT POINT THAT I TAKE OVER WITH THINGS LIKE HAND CALCULATIONS.

Q.  SO IF THERE'S A TABLE THAT'S PROVIDED THAT PURPORTS TO BE FROM LS-DYNA, IT MAY PARTIALLY BE YOUR WORK, IT MAY PARTIALLY BE HIS WORK.  BUT IT'S YOUR RELIANCE MATERIAL, CORRECT, SIR?

A.  WOULD YOU DEFINE THE TERM, PLEASE, WHEN YOU USE "RELIANCE" --

        THE COURT:  WHEN WE USE A TERM LIKE THAT, WE HAVE TO THEN FIND OUT PRECISELY DID HE OR DID HE NOT -- I KNOW HE GAVE IT TO YOU AS RELIANCE DOCUMENTS, BUT TO WHAT EXTENT DID HE RELY ON IT, IN WHAT ASPECT DID HE RELY ON IT.

        THE WITNESS:  EXACTLY.

10:47:25 1        THE COURT:  LET'S ESTABLISH THAT -- THIS IS SOMETHING HE

10:47:28 2   PROVIDED TO YOU THAT WAS APPARENTLY WORKED ON BY THE GRADUATE

10:47:32 3   ASSISTANT AS WELL AS HIMSELF TO SOME DEGREE.

10:47:35 4        THE WITNESS:  THE REASON FOR THAT, MR. STONE, AS WE

10:47:42 5   PERFORMED THESE ANALYSES I CAUGHT SEVERAL ERRORS IN ANALYSES SO THEY

10:47:47 6   HAD TO BE CORRECTED AND REPEATED AND IT WAS ONLY WHEN WE HAD ASSURED

10:47:52 7   OURSELVES THAT WE HAD VALID INFORMATION THAT IT REACHED THE EXPERT

10:47:57 8   REPORT DECLARATIONS.

10:48:00 9   BY MR. STONE:

10:48:01 10  Q.  WELL, I WOULD ASK YOU TO LOOK THROUGH THIS REPORT AND TELL ME IF

10:48:04 11  IT IS NOT YOUR REPORT, SIR?

10:48:06 12  A.  PLEASE PROVIDE ME WITH A COVER TO THE REPORT.

10:48:10 13  Q.  A COPY OF THE REPORT.

10:48:11 14       THE COURT:  MY PATIENCE FOR THIS IS GETTING REALLY,

10:48:14 15  REALLY, REALLY SHORT.  IT WAS PROVIDED TO YOU --

10:48:21 16       MR. STONE:  IT WAS PROVIDED TO US.

10:48:22 17       THE COURT:  I AM GOING ACCEPT AS AN OFFICER OF THE COURT

10:48:29 18  THAT IT WAS PROVIDED TO YOU DURING DR. BEA'S DEPOSITION.  NOW, HE

10:48:29 19  MAY NOT KNOW EVERYTHING THAT'S IN THERE SINCE THERE WERE MANY, MANY

10:48:32 20  CDS AND I'M SURE HE DOESN'T HAVE THEM COMMITTED TO MEMORY, I

10:48:35 21  UNDERSTAND THAT.

10:48:36 22       WHY DON'T WE GET DOWN TO THE NITTY-GRITTY AND ASK HIM

10:48:38 23  ABOUT THIS THING.

10:48:38 24  BY MR. STONE:

10:48:39 25  Q.  I WANTED TO FIND OUT IF -- I ASKED THE QUESTION WHETHER YOU HAD

10:48:45  1   DONE A CUMULATIVE EROSION ANALYSIS FOR SCENARIO 3, AND WHEN WE

10:48:53  2   LOOKED AT THIS IT APPEARS THAT YOU HAVE DONE SUCH A CUMULATIVE

10:48:57  3   EROSION ANALYSIS AND COMPARED IT TO SCENARIO 1.

10:49:00  4   A.  AND YOU'RE REFERRING TO TABLE 14?

10:49:03  5   Q.  YES, SIR.  STARTING AT TABLE 14 AND THROUGH TABLE 19 ON PAGE 113

10:49:13  6   OF THIS REPORT.

10:49:15  7           THE COURT:  WHY DON'T WE LET DR. BEA LOOK AT THAT FOR A

10:49:18  8   MOMENT.

10:49:19  9           MR. STONE:  THAT'S FINE, YOUR HONOR.

10:49:19 10           THE WITNESS:  THANK YOU, YOUR HONOR.

10:49:19 11       (WHEREUPON, THE WITNESS REVIEWS THE DOCUMENT.)

10:49:57 12           THE WITNESS:  AND YOUR QUESTION IS, SIR?  I THINK I AM

10:49:59 13   PREPARED TO ANSWER.

10:50:02 14   BY MR. STONE:

10:50:04 15   Q.  LET'S LOOK AT TABLE 14 AT TIME 0430.  YOUR MODEL CONCLUDES THAT

10:50:15 16   CUMULATIVE EROSION, LATERAL EROSION FOR SCENARIO 1 WOULD BE 20 FEET,

10:50:20 17   DOESN'T IT, SIR?

10:50:23 18   A.  THAT'S CORRECT.

10:50:24 19   Q.  ALL RIGHT.  LET'S GO TO -- AND THAT'S FOR -- WELL, LET'S STICK

10:50:29 20   WITH THAT TABLE FOR A MOMENT.  THAT'S FOR VERY HIGH ERODIBILITY EBSB

10:50:37 21   MATERIALS, CORRECT?

10:50:38 22   A.  THAT'S CORRECT.

10:50:38 23   Q.  AND IF WE GO TO TABLE 17 AT 0430 TIME, WE SHOW A CUMULATIVE

10:50:45 24   EROSION RATE OF 29.3 FEET, CORRECT?

10:50:49 25   A.  THAT'S CORRECT.

10:50:49  1   Q.  AND THAT IS FOR SCENARIO 3 HYDRODYNAMICS?

10:50:54  2   A.  THAT IS INCORRECT.

10:50:56  3          THE COURT:  I'M SORRY, I JUST LOST YOU.

10:50:58  4          MR. STONE:  I AM LOOKING AT TABLE 17, YOUR HONOR.

10:51:00  5          THE COURT:  OH, TABLE 14 IS ON THE SCREEN, NOT ON MINE AND

10:51:05  6   I DON'T HAVE A BOOK.  THERE WE GO.  THANK YOU, I APPRECIATE IT.

10:51:08  7   THANK YOU.  NOW WE'RE ALL ON THE SAME PAGE.

10:51:13  8   BY MR. STONE:

10:51:16  9   Q.  AND THE CAPTION SAYS "DETERMINATION OF EROSION ON EBSB FLOOD

10:51:22 10   FACE FOR SCENARIO 3 HYDRODYNAMICS (PERFECT MRGO) AND VERY HIGH

10:51:28 11   ERODIBILITY EBSB MATERIALS."  RIGHT?

10:51:31 12   A.  AND YOUR QUESTION FOR ME IS?

10:51:33 13   Q.  LET ME FIRST ASK YOU:  ISN'T THAT A DIRECT COMPARISON FOR

10:51:36 14   SCENARIO 3, ISN'T THIS TABLE A DIRECT COMPARISON OF SCENARIO 3 RUNS

10:51:41 15   TO SCENARIO 1 RUNS AS SHOWN IN TABLE 14?

10:51:43 16   A.  IT IS NOT A VALID COMPARISON.  THE INPUT HYDRODYNAMIC CONDITIONS

10:51:50 17   BEING USED FOR THESE ANALYSES ARE NOT THE APPROPRIATE SCENARIO 3

10:51:55 18   INPUT HYDRODYNAMICS.

10:52:00 19   Q.  WELL, THESE TABLES ESTABLISH THAT YOU COULD RUN THE TESTS, DON'T

10:52:10 20   THEY?

10:52:10 21   A.  YES, THEY DO.  AND AS I PREVIOUSLY STATED THIS MORNING, WE

10:52:11 22   STUDIED A VERY WIDE RANGE IN SURGE AND WAVE CONDITIONS.  THE INPUT

10:52:16 23   WAVE CONDITIONS USED FOR THE TABLE IN FRONT OF YOU ARE NOT

10:52:21 24   APPROPRIATE FOR SCENARIO 3.

10:52:24 25   Q.  BUT YOUR TABLE SAYS THAT IT IS A SCENARIO 3 STUDY, CORRECT?

10:52:30  1          MR. STEVENS:  OBJECTION, THIS IS ARGUMENTATIVE, THE

10:52:31  2   WITNESS HAS SAID IT'S NOT.

10:52:34  3          THE COURT:  OVERRULED.

10:52:35  4   BY MR. STONE:

10:52:36  5   Q.  I WANT TO LOOK AT YOUR COMPARISON OF THE TWO.  YOU'VE CLEARLY

10:52:39  6   DONE SOME SORT OF AN ANALYSIS HERE TO TRY TO DETERMINE IF CUMULATIVE

10:52:45  7   EROSION IN SCENARIO 3 WOULD BE WORSE OR BETTER THAN IT WOULD BE IN

10:52:48  8   SCENARIO 1, CORRECT?

10:52:49  9   A.  IT'S CALLED SCENARIO 3, AND AT THIS TIME THE SCENARIO 3 INPUT

10:52:56 10   WAVE CONDITIONS HAVE NOT BEEN PROPERLY TRANSFORMED FOR THE SHALLOW

10:53:02 11   WATER AND VEGETATION EFFECTS.  AND YOU CAN DETERMINE THAT BY LOOKING

10:53:08 12   AT TABLE 9, PAGE 74.

10:53:22 13          THE COURT:  HOLD ON JUST A SECOND.

10:53:30 14          THE WITNESS:  THE PEAK WAVE HEIGHT SHOWN THERE AT 0730 IS

10:53:34 15   5.8-FEET SIGNIFICANT WAVE HEIGHT, THAT IS NOT A CORRECT WAVE HEIGHT

10:53:41 16   FOR THE TRUE SCENARIO 3.

10:53:45 17   BY MR. STONE:

10:53:46 18   Q.  AT WHAT TIME WAS THAT, SIR?

10:53:47 19   A.  AT 0730.

10:53:55 20   Q.  THE WAVE HEIGHT THERE THOUGH IS LESS THAN IT IS FOR YOUR 0730

10:53:59 21   FOR YOUR SCENARIO 1, CORRECT?

10:54:01 22   A.  THAT'S CORRECT.

10:54:01 23   Q.  AND THAT'S THE WAY IT WORKS IN YOUR ANALYSES THAT YOU WOULD

10:54:06 24   EXPECT TO HAVE A LOWER WAVE HEIGHT FOR SCENARIO 3 THAN FOR SCENARIO

10:54:11 25   1, CORRECT?

10:54:11 1    A.  MUCH LOWER.  AND LOWER THAN 5.8 FEET.  IN FACT, IT'S ABOUT 1.5

10:54:20 2    FEET.

10:54:20 3    Q.  SO ESSENTIALLY -- LET ME UNDERSTAND WHAT YOU'RE SAYING.  YOU

10:54:24 4    FOUND THAT YOU DID NOT HAVE THE CORRECT INFORMATION WHEN YOU

10:54:28 5    OBTAINED THESE NUMBERS BECAUSE YOU HAD A LOWER SIGNIFICANT WAVE

10:54:35 6    HEIGHT THAN YOU SHOULD HAVE OR A HIGHER, WHICH IS IT?

10:54:38 7    A.  IT'S HIGHER.  AND HENCE THIS IS NOT A VALID COMPARISON OF

10:54:45 8    SCENARIO 1 AND 3.

10:54:47 9    Q.  AND AT THAT POINT YOU ELECTED NOT TO RE-RUN THE SCENARIO 3

10:54:51 10   ANALYSIS WITH THE CORRECT DATA?

10:54:54 11   A.  I THINK THAT'S CORRECT.

10:54:56 12   Q.  BUT YOU COULD HAVE DONE IT, COULDN'T YOU?

10:54:59 13   A.  SURE.

10:54:59 14   Q.  BUT IF WE HAD ONLY THIS TO GO ON AND WE LOOKED AT THIS AND WE

10:55:04 15   DECIDED, OKAY.  WE'LL EITHER DO THIS OR NOT, I AM LOOKING AT A

10:55:08 16   SUBSTANTIALLY HIGHER CUMULATIVE LATERAL EROSION RATE FOR SCENARIO 3

10:55:12 17   THAN FOR SCENARIO 1, CORRECT, SIR?

10:55:15 18   A.  THAT'S CORRECT.  AND THAT'S WHY I ASKED THE QUESTION CONCERNING

10:55:18 19   THE DEFINITION OF RELIANCE DOCUMENT.  I DID NOT RELY ON THIS

10:55:25 20   DOCUMENT TO REACH CONCLUSIONS CONCERNING SCENARIO 3 BECAUSE THE

10:55:36 21   INPUT OCEANOGRAPHIC CONDITIONS ARE INCORRECT IN THIS DOCUMENT.

10:55:37 22   Q.  BUT WHEN YOU SAW THAT THAT CUMULATIVE EROSION RATE WAS HIGHER

10:55:41 23   FOR SCENARIO 3 THAN SCENARIO 1, YOU DIDN'T WANT TO LOOK AT THE

10:55:46 24   CORRECT DATA, YOU DROPPED THIS LIKE A HOT POTATO, DIDN'T YOU?

10:55:51 25        MR. STEVENS:  OBJECTION, YOUR HONOR.

DAILY COPY

```
10:55:52  1              THE WITNESS:  NO, SIR.
10:55:52  2              THE COURT:  STAND WHEN YOU OBJECT.
10:55:54  3              MR. STEVENS:  YES, YOUR HONOR.  OBJECT TO FORM --
10:55:56  4              THE COURT:  OVERRULED.  IT'S CROSS-EXAMINATION AND I AM
10:55:58  5     GOING TO ALLOW IT.
10:55:59  6              THE WITNESS:  MR. STONE --
10:56:00  7              THE COURT:  WHAT WAS THE ANSWER?
10:56:01  8              THE WITNESS:  I SAID NO, SIR.  I DON'T COOK NUMBERS TO
10:56:05  9     REACH CONCLUSIONS.  UNLIKE SOME OF THE EXPERTS I HAVE SEEN.
10:56:22 10              MR. STONE:  SORRY, YOUR HONOR, I MISPLACED MY NOTES.
10:56:28 11              THE WITNESS:  ARE WE THROUGH WITH THIS DOCUMENT?
10:56:31 12              MR. STONE:  I THINK WE ARE FINISHED WITH THAT DOCUMENT.
10:56:33 13              THE COURT:  ALL RIGHT.  THANK YOU, SIR.  AND THANK YOU,
10:56:36 14     SIR.
10:56:48 15              MR. STONE:  CAN I HAVE A MINUTE, YOUR HONOR, I'VE JUST
10:56:50 16     MISPLACED MY NOTES HERE SOMEHOW.
10:56:53 17              THE COURT:  I CAN UNDERSTAND THAT.
10:57:15 18              MR. STONE:  SORRY, YOUR HONOR.
10:57:19 19     BY MR. STONE:
10:57:19 20     Q.  OKAY.  LET'S TALK ABOUT GRASS LIFT OFF.  JUST STRAIGHT GRASS
10:57:23 21     LIFT OFF.  THIS MAY BE HELPFUL FOR ALL OF US TO UNDERSTAND THE
10:57:28 22     INDUSTRY INFORMATION ABOUT IT.
10:57:30 23     A.  IN WHAT CONDITION, PLEASE?
10:57:32 24     Q.  LET ME ASK THE QUESTIONS --
10:57:35 25              THE COURT:  IF YOU CAN ASK IT PROPERLY, ARE WE TALKING
```

10:57:36 1    ABOUT GRASS LIFT OFF IN GENERAL AND THEN YOU'LL ASK HOPEFULLY

10:57:40 2    SPECIFIC QUESTIONS ABOUT IT.

10:57:41 3              MR. STONE:  YES, YOUR HONOR.

10:57:42 4              THE WITNESS:  THANK YOU.

10:57:43 5              MR. STONE:  IF WE NEED SPECIFICS.

10:57:45 6    BY MR. STONE:

10:57:46 7    Q.  IS IT FAIR TO SAY, SIR, THAT THERE IS DISAGREEMENT IN THE

10:57:49 8    COASTAL ENGINEERING COMMUNITY ABOUT GRASS LIFT OFF TIMES?

10:57:52 9    A.  YES.  IF YOU HAD TWO ENGINEERS IN THE SAME ROOM ASKING A

10:58:03 10   QUESTION ABOUT A POINT, YOU WILL HAVE AT LEAST FOUR OPINIONS.

10:58:10 11   Q.  THERE'S NO INTERNATIONAL STANDARD EITHER, IS THERE, SIR?

10:58:13 12   A.  NO, SIR.  THERE'S NOT AN INTERNATIONAL STANDARD FOR VERY MANY

10:58:17 13   THINGS.

10:58:17 14   Q.  AND YOU DO NOT KNOW IF THERE WAS A STANDARD FOR GRASS LIFT OFF

10:58:21 15   IN THE UNITED STATES PRIOR TO KATRINA, DO YOU?

10:58:26 16   A.  I DIDN'T HAVE SUCH KNOWLEDGE.  THE CORPS OF ENGINEERS HAS

10:58:29 17   PRODUCED SOME VERY USEFUL DOCUMENTS THAT PERTAIN TO GRASS LIFT OFF.

10:58:37 18   Q.  LET'S BRING UP THE DEPOSITION FROM JANUARY 31ST, PAGE 399, LINES

10:58:56 19   1 TO 6, PLEASE.

10:59:42 20              AND AT THAT DEPOSITION YOU WERE ASKED:  "AND IS IT TRUE

10:59:45 21   THAT THERE WAS NO STANDARD FOR LIFT OFF OF GRASS IN THE U.S. PRIOR

10:59:50 22   TO KATRINA?"  AND YOUR ANSWER, "I WOULD NOT KNOW."  CORRECT?

10:59:53 23   A.  PLEASE LET ME READ THE ENTIRE SECTION SO I CAN RESPOND IN

10:59:59 24   CONTEXT TO THE ANSWER.  CAN SOMEONE SUPPLY ME WITH A WRITTEN

11:00:09 25   DOCUMENT I CAN READ?

11:00:12 1            MR. STONE:  BLOW IT UP LINES 1 THROUGH 10 OR 12.

11:00:17 2            THE WITNESS:  I WANT TO SEE THE PRECEDING PAGE, PLEASE.

11:00:27 3            THE COURT:  THANK YOU.

11:00:32 4   BY MR. STONE:

11:00:33 5   Q.  IS IT FAIR TO SAY THAT YOU DON'T THINK ANY GUIDANCE IN THE CORPS

11:00:38 6   OF ENGINEERS'S MANUALS ABOUT GRASS LIFT OFF APPLIED TO WHERE THE

11:00:41 7   LEVEES WERE DAMAGED?

11:00:48 8            THE QUESTION IS WITHDRAWN.  NOT A VERY GOOD QUESTION.

11:00:52 9            LET ME ASK --

11:00:54 10  A.  MR. STONE, THE PROBLEM IN MAKING COMPARISONS ABOUT GRASS LIFT

11:01:01 11  OFF, THERE ARE DESIGN GUIDELINES TO HELP ENGINEERS DO CONSERVATIVE

11:01:10 12  THINGS WITH REGARD TO THE ARMORING PROPERTIES OF GRASS.  THAT'S NOT

11:01:18 13  THE QUESTION BECAUSE THE FORENSIC ENGINEER HAS TO KNOW WHAT THOSE

11:01:24 14  CONDITIONS ARE WITHOUT IMPLICIT OR EXPLICIT FACTORS OF SAFETY.

11:01:31 15  DESIGN CURVES INCLUDE FACTORS OF SAFETY.  IN THE CASE OF GRASS, WE

11:01:37 16  FOUND FACTORS OF SAFETY BETWEEN TWO AND TEN.

11:01:43 17  Q.  YOUR GRASS LIFT OFF MODEL THAT YOU DETERMINED GRASS LIFT OFF

11:01:49 18  TIMES FROM IS AN AGGREGATION MODEL, ISN'T IT, SIR?

11:01:55 19  A.  THAT IS CORRECT.

11:01:56 20  Q.  AND TO GET AN OUTCOME FROM YOUR GRASS MODEL, HOW ACCURATE THAT

11:02:06 21  OUTCOME IS WILL DEPEND ON HOW WELL YOU HAVE SELECTED THE GRASS COVER

11:02:09 22  THAT IS IN PLACE ON THE LEVEE SURFACE THAT YOU'RE ANALYZING,

11:02:12 23  CORRECT?

11:02:13 24  A.  CERTAINLY.

11:02:14 25  Q.  AND IT'S TRUE THAT THERE'S STILL NO UNIFIED STATE OF THE

11:02:19   1   PRACTICE ABOUT HOW TO TREAT THIS GRASS LIFT OFF PROBLEM, CORRECT?

11:02:22   2   A.  AND THAT'S CORRECT, SIR.

11:02:23   3   Q.  LET'S GO TO YOUR TECHNICAL REPORT NO. 4, AND THAT'S JX 0207,

11:02:51   4   TECHNICAL REPORT NO. 4, JANUARY 2009.  AND I AM GOING TO HAVE

11:03:03   5   TROUBLE FINDING THIS RIGHT NOW, YOUR HONOR, BECAUSE IT'S AT THE END,

11:03:06   6   IT'S IN THE APPENDICES AND THEY'RE NOT PAGE NUMBERED I THINK.  SO

11:03:12   7   LET'S GO TO THE END OF THAT TECHNICAL REPORT NO. 4.

11:03:20   8            THE WITNESS:  MY COPY HAS PAGE NUMBERS.

11:03:25   9   BY MR. STONE:

11:03:26  10   Q.  WELL, DR. BEA, WHAT I AM LOOKING FOR IS THE DEPICTION YOU HAVE

11:03:29  11   WITH ALL OF THE RED DOTS THAT AT 0730 ON THE DAY OF KATRINA YOU SHOW

11:03:34  12   THAT GRASS LIFT OFF HAS OCCURRED.

11:03:37  13   A.  AT WHAT LOCATION?

11:03:39  14   Q.  ALL ALONG REACH 2.

11:03:41  15   A.  AT WHAT LOCATION?  REACH 2 IS A LOT OF LOCATIONS.

11:03:44  16   Q.  RIGHT.  I AM SAYING THAT THE RED DOTS ARE ALL ALONG --

11:03:49  17            THE COURT:  SO IT'S A DEPICTION OF GRASS LIFT OFF OF ALL

11:03:51  18   OF OR A SUBSTANTIAL PORTION OF REACH 2?

11:03:56  19            MR. STONE:  YES, YOUR HONOR.  I THOUGHT IT WAS

11:03:59  20   INSTRUCTIVE.  SO LET ME SEE IF I CAN HELP FIND THAT.

11:04:08  21            THE LAW CLERK:  IT'S PHASE II ANALYSIS OF MRGO TECHNICAL

11:04:11  22   REPORT NO. 4.

11:04:59  23            MR. STONE:  I APOLOGIZE ABOUT THIS, YOUR HONOR, I HAD A

11:05:01  24   LITTLE TROUBLE FINDING SOME OF THESE IN THESE APPENDICES.

11:05:13  25            THE COURT:  DO YOU REMEMBER WHERE IT WAS IN RELATION TO

11:05:13  1    THE CREST SOIL BORINGS?

11:05:13  2            MR. STONE:  I THINK I AM GOING TO BE ABLE TO FIND IT RIGHT

11:05:15  3    HERE.

11:05:18  4            THE COURT:  IS THIS IT RIGHT HERE, SIR?  IS WHAT YOU HAVE

11:05:21  5    UP THERE, THAT'S NOT IT?

11:05:22  6            MR. STONE:  NO, YOUR HONOR.  I THINK THEY'VE GOT IT AND

11:05:24  7    IT'LL BE UP IN ONE SECOND.

11:05:30  8            THE COURT:  WOULD IT BE THE ONE THAT SAYS GRASS ARMOR

11:05:33  9    DAMAGE AT 730?

11:05:35 10            MR. STONE:  YES, YOUR HONOR.

11:05:37 11            THE COURT:  I HAVE IT HERE.

11:05:37 12            THE WITNESS:  PRECEDING ON 630.

11:05:40 13            THE COURT:  AND THERE IS NOT A PAGE NUMBER ON IT.  AND

11:05:45 14    THERE'S SEVERAL GRASS ARMOR DAMAGE.

11:05:50 15            THE WITNESS:  EXACTLY.  WE'RE STEPPING WITH TIME THROUGH

11:05:51 16    THE STORM.

11:05:52 17            THE COURT:  YES.  SO YOU CAN SHOW THEM WHERE IT IS ON

11:06:02 18    THIS.

11:06:02 19            MR. STONE:  RIGHT, WE'RE LOOKING AT THE BOTTOM DRAWING,

11:06:05 20    YOUR HONOR.

11:06:07 21            THE COURT:  YES.  OKAY.

11:06:10 22            MR. STONE:  AND I'M HOPING WE'LL BE ABLE TO SEE THE COLORS

11:06:13 23    AND EVERYTHING ON THIS.  IF YOU HAVE IT IN FRONT OF YOU, IT'LL BE A

11:06:17 24    BETTER LOOK AT THAT.

11:06:19 25    BY MR. STONE:

11:06:19 1   Q.  DR. BEA, IT LOOKS TO ME LIKE AT ALMOST EVERY SITE BETWEEN BAYOU

11:06:24 2   BIENVENUE AND BAYOU DUPRE YOU SHOW BETWEEN OR MORE THAN 86 PERCENT

11:06:36 3   GRASS LIFT OFF IF IT'S A RED DOT.

11:06:47 4   A.  YOU'RE INTERPRETING IT CORRECTLY.

11:06:49 5   Q.  SO IF I WERE TO LOOK AT THE PICTURES ALONG THIS REACH 2 THAT

11:06:55 6   WERE TAKEN AFTER HURRICANE KATRINA, I SHOULDN'T SEE VERY MUCH GRASS

11:06:59 7   OUT THERE, SHOULD I?

11:07:01 8   A.  THAT'S NOT WHAT THIS IS ATTEMPTING TO SAY.  IT'S ATTEMPTING TO

11:07:06 9   SAY THAT FOR THE PRESUMED GRASS COVER THAT THIS IS THE AMOUNT OF

11:07:12 10  DAMAGE THAT IT WOULD HAVE ACCUMULATED AT THAT TIME POINT.  BECAUSE

11:07:19 11  THE GRASS IS NOT THE SAME ALONG THIS ENTIRE LENGTH, YOU CANNOT DRAW

11:07:26 12  THE CONCLUSION YOU JUST DREW.

11:07:29 13  Q.  WHAT'S THE POINT OF THIS DEPICTION THEN?

11:07:32 14  A.  WE'RE TRYING TO UNDERSTAND GIVEN A TYPE OF GRASS COVER HOW MUCH

11:07:38 15  WOULD WE -- OF THE REACH 2 LEVEE WOULD WE HAVE LIFTED OFF BY THAT

11:07:45 16  TIME PERIOD.

11:07:46 17        THE COURT:  WHAT'S THE PRESUMPTION OF THE GRASS COVERING

11:07:51 18  THIS ONE WE'RE LOOKING AT RIGHT NOW, WHAT'S THE QUALITY OR

11:07:54 19  CHARACTERIZATION OF THE GRASS?

11:07:57 20        THE WITNESS:  SPARSE, GRASS COVER; WE ALSO DID MODERATE

11:08:01 21  WITH A SANDY SUBSTRATE.

11:08:01 22  BY MR. STONE:

11:08:12 23  Q.  THE TIME, REMEMBER, IS 0730, RIGHT?

11:08:14 24  A.  CORRECT.

11:08:15 25  Q.  AND WE WERE DISCUSSING SIX O'CLOCK UNTIL SEVEN O'CLOCK THIS

11:08:19  1    MORNING WHEN WE WERE TALKING ABOUT YOUR TEST SITE, CORRECT?

11:08:22  2    A.  THAT'S CORRECT.  AND LOOKING AT OVERTOPPING CONDITIONS.  WE'RE

11:08:33  3    NOT LOOKING AT GRASS COVER REMOVAL ON WAVE SIDE.

11:08:38  4    Q.  THANK YOU, SIR.

11:08:40  5    A.  YOU BET.

11:08:41  6         MR. STONE:  MOVING TO A LITTLE DISCUSSION OF SOILS, YOUR

11:08:44  7    HONOR.

11:08:46  8         THE COURT:  YES.  THANK YOU.

11:08:49  9    BY MR. STONE:

11:08:49 10    Q.  THE SOIL PROPERTIES ARE INPUT INFORMATION INTO OUR ANALYTICAL

11:08:53 11    MODEL, CORRECT?

11:08:54 12    A.  CORRECT.

11:08:54 13    Q.  THE ANALYTICAL MODEL ITSELF DOES NOT PROVIDE THOSE SOIL

11:09:03 14    PROPERTIES?

11:09:03 15    A.  I WISH IT COULD.

11:09:03 16    Q.  NOW, THE MRGO WAS DREDGED TO OBTAIN MATERIALS FOR LEVEE

11:09:07 17    CONSTRUCTION, WASN'T IT?

11:09:08 18    A.  YES, IT WAS.

11:09:09 19    Q.  SO WHEN THE MRGO WAS ORIGINALLY BUILT IT WAS TREATED AS A SOURCE

11:09:17 20    OF MATERIALS TO ESTABLISH A BERM NEXT TO THE MRGO, CORRECT?

11:09:24 21    A.  WOULD YOU REPEAT YOUR QUESTION.

11:09:26 22    Q.  THE MATERIALS WERE BROUGHT OUT OF THE MRGO AND ESTABLISHED A

11:09:29 23    BERM ON THE WEST SIDE OF THE MRGO, CORRECT?

11:09:31 24    A.  THAT'S CORRECT.

11:09:35 25    Q.  AND THAT WAS DONE TO AVOID HAULING THOSE MATERIALS AWAY AND TO

11:09:39 1    STABILIZE THE SOILS ON THE WESTERN SIDE OF THE MRGO, CORRECT?

11:09:41 2    A.  I WOULD HAVE TO SPECULATE AS TO WHAT THE PURPOSES WERE FOR THE

11:09:47 3    PLACEMENT OF THE SPOIL BANK ON THAT SIDE, AND I DO NOT HAVE THAT

11:09:52 4    KNOWLEDGE.

11:09:53 5    Q.  IS IT TRUE THAT THE SOILS ALONG REACH 2 ARE HIGHLY VARIABLE?

11:09:58 6    A.  ALL SOILS ARE HIGHLY VARIABLE.

11:10:01 7    Q.  THERE IS NO TYPICAL SOIL ALONG THAT REACH, CORRECT?

11:10:05 8    A.  HOW DO YOU DEFINE THE TERM "TYPICAL"?

11:10:08 9    Q.  I GUESS I GOT MY QUESTION ANSWERED BEFORE THAT WITH VARIABLE,

11:10:12 10   DIDN'T I, SIR?

11:10:14 11   A.  ALL SOILS ARE VARIABLE.  IF YOU WISH TO DEFINE TYPICAL AS MOST

11:10:21 12   LIKELY SOIL CHARACTERISTIC YOU'RE CONCERNED WITH STATISTICALLY,

11:10:28 13   PARABLASTICALLY YOU CAN DO THAT.

11:10:30 14   Q.  YOU SPENT TIME LOOKING AT THE SOIL BORING LOGS THAT ARE AT THE

11:10:36 15   END OF YOUR TECHNICAL REPORT NO. 4 JULY 29, 2009; HAVEN'T YOU, SIR?

11:10:43 16   A.  YES, SIR.

11:10:44 17   Q.  AND SO YOU'RE AWARE THAT THOSE CORE SOILS ARE PREDOMINANTLY FAT

11:10:51 18   CLAYS, CORRECT?

11:10:52 19   A.  THAT'S A MISNOMER AND IT CAME AS WE DIGITIZED THOSE RECORDS.  WE

11:10:58 20   FOUND CASE AFTER CASE AFTER CASE WHERE IT IS DRAWN,

11:11:04 21    AND DESCRIBED AS FAT CLAY.  IT HAS MORE THAN 50 PERCENT SAND AND

11:11:12 22   SILT CONTENT, BUT IT IS DESCRIBED AS FAT CLAY.  YOU HAVE TO LOOK AT

11:11:17 23   THE DETAILS.  THE FINE PRINT IS IMPORTANT IN THIS CASE.

11:11:22 24   Q.  SO IF WE LOOK AT THE SOIL BORINGS, THEY WILL TELL US PRECISELY

11:11:26 25   WHAT THE PREDOMINANT MATERIALS ARE IN THOSE SOIL BORINGS, CORRECT?

11:11:30 1   A.   ONLY AT THAT LOCATION, THAT IS CORRECT.  BUT PRECISION IS NOT IN

11:11:36 2   GEOTECHNICAL ENGINEERING TERMS LIKE ADDING NUMBERS.

11:11:44 3   Q.   CAN YOU SAY THAT THE LEVEES ARE HIGHLY HETEROGENOUS WITH RESPECT

11:11:48 4   TO TOPOGRAPHY?

11:11:50 5   A.   THAT'S CORRECT.

11:11:57 6   Q.   AND THE SAME IS TRUE WITH RESPECT TO CREST ELEVATIONS, CORRECT?

11:12:01 7   A.   WITHIN THE RANGES OF THE INFORMATION WE HAVE A GOOD KNOWLEDGE OF

11:12:12 8   THE PREKATRINA I'LL CALL THEM TOPOGRAPHIC CHARACTERISTICS, AND THE

11:12:20 9   EXPERT WITNESS CHAD MORRIS HAS CARRIED YOU THROUGH THE BACKGROUND

11:12:30 10  INFORMATION I AM TALKING ABOUT.

11:12:30 11  Q.   THE SAME IS TRUE WITH RESPECT TO GRASS COVER CHARACTERISTICS,

11:12:36 12  CORRECT, SIR?

11:12:37 13  A.   PLEASE REPEAT YOUR QUESTION REGARDING THE GRASS COVER.

11:12:40 14  Q.   GRASS COVER CHARACTERISTICS ARE HIGHLY HETEROGENOUS ALONG

11:12:46 15  REACH 2?

11:12:47 16  A.   YES, SIR.

11:12:50 17  Q.   THE SAME IS TRUE OF SOIL ERODIBILITY CHARACTERISTICS ALONG REACH

11:12:56 18  2, CORRECT, SIR?

11:12:56 19  A.   YES, SIR.

11:12:57 20  Q.   IS IT ALSO TRUE THAT CLAY SEDIMENTS ARE READILY CARRIED BY WATER

11:13:03 21  AND TRANSPORTED LONG DISTANCES BY RUSHING, MOVING WATER THUS

11:13:10 22  "LEAVING THE SCENE OF THE CRIME"?

11:13:12 23  A.   YES.  THAT'S WHY THE FLUMES FROM THE MISSISSIPPI RIVER PENETRATE

11:13:17 24  SO FAR OUT INTO THE GULF OF MEXICO.

11:13:19 25  Q.   DR. BEA, CORRECT ME IF I'M WRONG ON THIS, BUT YOU HAVE DEVELOPED

11:13:31 1    YOUR SCENARIO 2C BY IMPROVING -- IN PART -- BY IMPROVING THE GRASS

11:13:40 2    ON THE LEVEES; IS THAT TRUE?

11:13:44 3    A.  THAT'S TRUE.

11:13:45 4    Q.  IF YOU ARE WRONG ABOUT THE GRASS, IF YOUR ANALYSIS OF THE GRASS

11:13:50 5    IS WRONG, HAVE YOU DONE A BREACHING ANALYSIS WITH THE GRASS AS IT

11:13:58 6    EXISTED IN SCENARIO 1 FOR YOU ARE SCENARIO 2C MODEL?

11:14:01 7    A.  FOR WHAT GRASS CONDITION?

11:14:03 8    Q.  THE GRASS CONDITIONS THAT EXISTS IN SCENARIO 2C, WHATEVER THEY

11:14:08 9    WERE ON THE DAY OF KATRINA.

11:14:13 10   A.  YOU CONFUSE ME WITH YOUR QUESTION, BUT IF YOU'LL CARRY ME

11:14:16 11   THROUGH A REFRAMED QUESTION IN A LOGICAL WAY SO I CAN GET THE

11:14:24 12   PARAMETERS STRAIGHT IN MY MIND, I'LL ANSWER YOUR QUESTION DIRECTLY.

11:14:27 13   Q.  LET ME REPHRASE IT.  DID YOU PERFORM A BREACHING ANALYSIS USING

11:14:33 14   THE SURGE AND WAVE CONDITIONS IN SCENARIO 2C BUT THE TURF CONDITIONS

11:14:40 15   OF THE LEVEE IN SCENARIO 1?

11:14:41 16   A.  NO.  IT WOULD NOT BE AN APPROPRIATE COMPARISON.

11:14:47 17        MR. STONE:  ALL RIGHT.  TURNING NOW, YOUR HONOR, TO

11:14:49 18   ERODIBILITY AND EROSION.

11:14:54 19        THE COURT:  THANK YOU, SIR.

11:14:55 20   BY MR. STONE:

11:14:56 21   Q.  DR. BEA, IS IT TRUE THAT THERE IS LITTLE AGREEMENT WITHIN THE

11:14:59 22   PROFESSION REGARDING THE EVALUATION OF EROSION RATES?

11:15:03 23   A.  I CANNOT COMMENT ON SUCH A GENERAL QUESTION.  WITHIN THE

11:15:13 24   PROFESSION THERE'S FREQUENTLY LITTLE AGREEMENT AMONGST THE

11:15:17 25   PROFESSIONALS, BUT YOU HAVE TO BE SPECIFIC ABOUT WHICH PROFESSIONALS

11:15:21 1    FOR WHAT PROVINCE AND PINPOINT I CAN RESPOND.

11:15:32 2    Q.  BEFORE KATRINA, WAS THERE ANY UNIFORM WAY TO APPLY CRITERIA FROM

11:15:37 3    EXISTING MANUALS TO ASCERTAIN EROSION RATES?

11:15:42 4    A.  I COULDN'T FIND IT.

11:15:43 5    Q.  IS THERE A GREAT DEAL OF UNCERTAINTY IN SUCH AN ANALYSIS?

11:15:47 6    A.  OF COURSE.

11:15:47 7    Q.  AND, IN FACT, YOUR EROSION ANALYSIS IS IT HAS AN UNCERTAINTY

11:15:55 8    FACTOR 50 TO 100 PERCENT; IS THAT CORRECT?

11:16:01 9    A.  AS LONG AS YOU PROPERLY DEFINE THE UNCERTAINTY FACTOR TO MEAN

11:16:02 10   THE COEFFICIENT OF VARIATION WHICH IS DEFINED AS THE AVERAGE VALUE

11:16:08 11   DIVIDED BY THE STANDARD -- PARDON ME.  THE STANDARD DEVIATION

11:16:13 12   DIVIDED BY THE AVERAGE OR EXPECTED VALUE, THAT UNCERTAINTY IS

11:16:18 13   APPROXIMATELY 50 PERCENT.

11:16:21 14   Q.  TO 100 PERCENT?

11:16:23 15   A.  IT CAN GET AS HIGH AS 100 PERCENT WHEN ALL OF THESE VARIABLES

11:16:28 16   ARE AT THEIR UPPER LIMIT.

11:16:32 17        THE COURT:  JUST FOR THE RECORD, STANDARD DEVIATION, WOULD

11:16:36 18   YOU JUST BRIEFLY DESCRIBE THAT SINCE IT'S A COMPONENT OF THE

11:16:41 19   ANALYSIS?

11:16:42 20        THE WITNESS:  I CALL IT THE STANDARD DEVIATION, THE

11:16:45 21   FATNESS INDEX.  IT SAYS HOW WIDELY THE DISTRIBUTION IS COMPARED TO

11:16:53 22   ITS CENTER OF GRAVITY, IT'S LIKE A MOMENT OF INERTIA.  THE

11:17:01 23   NON-DIMENSIONAL MEASURE BECAUSE IT'S A STANDARD DEVIATION DIVIDED BY

11:17:05 24   THE MEAN VALUE IS THE COEFFICIENT OF VARIATION; SO YOU DON'T HAVE TO

11:17:09 25   HAVE UNITS, IT TELLS YOU WHAT THE UNCERTAINTY IS AND YOU SAY, WELL,

11:17:14  1     GIVE ME SOME EXAMPLES SO I CAN HAVE AN INDEX TO TELL.

11:17:19  2             THE YIELD STRENGTH OF STEEL, HIGHLY CONTROLLED PROPERTY,

11:17:23  3     HAS A COEFFICIENT VARIATION BETWEEN 8 AND 12 PERCENT.  AND YOU SAY,

11:17:30  4     WELL, WHY IS THERE ANY VARIABILITY AT ALL?  AND IT'S, LET'S SAY THE

11:17:41  5     JAPANESE MANUFACTURER A VERY HIGH QUALITY STEEL.  SO IF YOU GO TO A

11:17:42  6     STEEL SOURCE WHERE THEY'RE NOT CONTROLLING THE CARBON AND THOSE

11:17:45  7     THINGS AS WELL, YOU WILL BE AT THE 12 PERCENT END.

11:17:48  8             THE COURT:  AND NOW TO THE LAYMAN, EXPLAIN, IF SOMETHING

11:17:55  9     LET'S SAY THE SOIL WE'RE TALKING ABOUT OR WHATEVER HAS A STANDARD,

11:17:58 10     HAS 100 PERCENT FACTOR, WHAT DOES THAT MEAN IN REAL TERMS?

11:18:04 11             THE WITNESS:  WELL, THE SOIL SHEER STRENGTH, FOR EXAMPLE,

11:18:09 12     IN A HIGHLY UNIFORM MATERIAL LIKE A CLAY WOULD BE EXPECTED TO HAVE A

11:18:15 13     COEFFICIENT OF VARIATION BETWEEN 25 AND 35 PERCENT.  IF I GO TO A

11:18:23 14     CALCAREOUS SOIL, WHICH WOULD BE LIKE THE BEACHES IN THE YUCATAN

11:18:28 15     PENINSULA BECAUSE IT IS MUCH MORE VARIABLE, THAT SOIL HAS

11:18:32 16     COEFFICIENTS OF VARIATION FROM 50 TO IN EXCESS OF 100 PERCENT.

11:18:37 17             THE COURT:  AND IF SOMETHING -- LET'S TAKE 100 PERCENT.

11:18:40 18     WHAT DOES IT MEAN WITH THE ERODIBILITY BETWEEN THE TWO, 0 TO

11:18:45 19     100 PERCENT, WHAT DOES THAT MEAN?

11:18:48 20             THE WITNESS:  EXCELLENT QUESTION.  THE DISTRIBUTIONS WE'RE

11:18:52 21     TALKING ABOUT RIGHT NOW, MOST PEOPLE THINK THAT, WELL, IT'S A NORMAL

11:18:59 22     DISTRIBUTION LIKE A BELL CURVE.  BUT UNFORTUNATELY A BELL CURVE HAS

11:19:06 23     INFINITE TAILS, THAT IS --

11:19:10 24             THE COURT:  (DEMONSTRATING).

11:19:10 25             THE WITNESS:  EXACTLY.  AND UNFORTUNATELY NATURE DOESN'T

11:19:19 1    BELIEVE BELL CURVES, SO THERE ARE WHAT WE CALL TRUNCATIONS, AND

11:19:19 2    THOSE TRUNCATIONS SAY, WELL, THE ONLY WAY YOU CAN GO TO INFINITY ON

11:19:22 3    AN EROSION RATE IS IF YOU'RE TRYING TO ERODE A BRICK THAT IS -- IT

11:19:28 4    WOULD TAKE FOREVER AND YOU WOULD NEVER ERODE IT.  SO WHAT YOU CAN

11:19:33 5    GAIN FROM THIS STANDARD DEVIATION IS AN UNDERSTANDING OF HOW THE

11:19:38 6    UNCERTAINTY IS CLUSTERED WITHIN THAT STANDARD DEVIATION RANGE PLUS

11:19:43 7    OR MINUS.

11:19:44 8            THE COURT:  THANK YOU, SIR.

11:19:48 9            THE WITNESS:  IT TOOK ME 60-YEARS TO UNDERSTAND THAT.

11:19:50 10           MR. STONE:  I PROMISE YOUR HONOR THAT I WILL NOT ASK HIM

11:19:53 11   WHETHER IT'S A NORMAL DISTRIBUTION OR A LOG-NORMAL DISTRIBUTION.

11:19:56 12           THE WITNESS:  WELL, THAT'S AN EASY ANSWER AND YOU ALREADY

11:20:00 13   KNOW BECAUSE --

11:20:01 14           THE COURT:  HE DIDN'T ASK.

11:20:04 15           THE WITNESS:  A LOG-NORMAL DISTRIBUTION IS A NORMAL

11:20:10 16   DISTRIBUTION OF LOGARITHMS, AND THAT'S A WONDERFUL THING BECAUSE YOU

11:20:15 17   CAN'T GET A VALUE LESS THAN ZERO, UNLESS YOU TRY HARD.

11:20:21 18   BY MR. STONE:

11:20:22 19   Q.  SIR, IS IT TRUE THAT -- QUESTION IS WITHDRAWN.

11:20:26 20           IS IT TRUE THAT YOU HAVE NO EVIDENCE THAT THERE WERE AREAS

11:20:29 21   OF LEVEES ERODED BEFORE HURRICANE KATRINA THAT HAD NOT BEEN

11:20:34 22   REPAIRED?

11:20:35 23   A.  REPEAT YOUR QUESTION.

11:20:39 24   Q.  IS IT TRUE THAT YOU HAVE NO EVIDENCE THAT THERE WERE AREAS OF

11:20:44 25   LEVEES ERODED BEFORE HURRICANE KATRINA THAT HAD NOT BEEN PREPARED?

11:20:49 1    A.   ERODED BY WHAT?

11:20:51 2    Q.   BY WHATEVER.

11:20:52 3    A.   THAT'S NOT TRUE.  WE HAVE LOW AREAS, FOR EXAMPLE, BETWEEN THE

11:20:58 4    SHEET PILE REPAIRED AREAS.  AND THAT'S AN INTERESTING QUESTION FOR

11:21:07 5    SOMEONE TO ANSWER WHY WEREN'T THEY REPAIRED.

11:21:17 6    Q.   IF A LEVEE HAS BEEN WASHED AWAY, YOU HAVE NO REMAINING EVIDENCE

11:21:23 7    OF CRENELLATION AT THAT SITE, CORRECT, SIR?

11:21:25 8    A.   INCORRECT.  THE CRENELLATION HAS SHOULDERS.

11:21:40 9    Q.   I GUESS I DIDN'T USE A PROPER TERM HERE.  CRENELLATION I MEANT

11:21:44 10   WAS THE CASTELLATED EFFECT THAT YOU TALKED TO THE JUDGE ABOUT

11:21:47 11   BEFORE.

11:21:48 12   A.   AND DOESN'T THE CASTELLATED EFFECT HAS A HIGH AND LOW POINT AND

11:21:52 13   ISN'T THERE A SHOULDER THERE THAT THE ARCHERS USED TO HIDE BEHIND?

11:21:57 14   SO, YES, THE SHOULDERS ARE THERE.

11:21:59 15   Q.   LET ME ASK IT THIS WAY.

11:22:01 16   A.   YES, SIR.

11:22:01 17   Q.   IF IT'S A CRENELLATION ON THE CREST OF THE LEVEE AND THE CREST

11:22:06 18   OF THE LEVEE IS ERODED AWAY, YOU HAVE NO REMAINING PHYSICAL EVIDENCE

11:22:10 19   OF CRENELLATION AT THE SITE, CORRECT?

11:22:13 20   A.   THAT'S CORRECT.

11:22:14 21   Q.   OKAY.  THANK YOU.

11:22:15 22        THE COURT:  I GOT THAT, I CAN UNDERSTAND THAT.

11:22:18 23        MR. STONE:  SORRY, YOUR HONOR, COULDN'T RESIST.

11:22:20 24        THE WITNESS:  ME TOO.

11:22:21 25        THE COURT:  GETTING IN MY REALM.  IF IT'S GONE, IT'S HARD

11:22:31  1    TO SEE IT.

11:22:31  2    BY MR. STONE:

11:22:31  3    Q.  NOW, YOU HAVE NOT DEFINED FOR ANY PARTICULAR AREAS POOR, GOOD OR

11:22:36  4    VERY GOOD GRASS, HAVE YOU?

11:22:41  5    A.  THAT'S INCORRECT.  AT THE STUDY SITE BECAUSE I TOOK THE

11:22:47  6    PHOTOGRAPHS WHICH YOU HAVE SEEN, BOTH IN REPORTS AND IN THE

11:22:54  7    DOCUMENTS I HAVE PRODUCED AT YOUR REQUEST, YOU'LL SEE THAT WE HAVE

11:23:01  8    EVIDENCE OF GRASS COVER AT MANY SITES.  AND THANKFULLY YOU PROVIDED

11:23:10  9    UPON REPEATED REQUESTS VIDEOTAPES TAKEN SEPTEMBER THE 13TH AND 14TH

11:23:22 10    THAT FLEW OVER THE ENTIRE REACH 2 LEVEES, AND THOSE VIDEOS BOTH DOWN

11:23:29 11    LOOKING HIGH RESOLUTION AND FORWARD LOOKING HIGH RESOLUTION GIVE US

11:23:33 12    A GREAT DEAL OF INSIGHT INTO THE GRASS COVER CONDITIONS AS OF THAT

11:23:39 13    DAY.

11:23:44 14    Q.  THOSE PHOTOGRAPHS ARE CONTAINED GENERALLY IN MR. EBERSOLE'S

11:23:48 15    REPORT, CORRECT?

11:23:49 16    A.  THOSE ARE FRAME CAPTURES FROM THE VIDEOS I AM REFERRING TO.  TO

11:23:55 17    GET AN UNDERSTANDING OF THE CONTINUITY YOU HAVE TO VIEW THE ENTIRE

11:24:00 18    VIDEO.  YOU CAN'T LOOK AT ONE FRAME OF A MOTION PICTURE AND CONCLUDE

11:24:05 19    WHAT THE MOTION PICTURE IS ABOUT.

11:24:07 20    Q.  BUT IF ANYONE WANTS TO LOOK AT WHAT WE HAVE AVAILABLE TO US IN

11:24:12 21    THE COURTROOM OR IN THIS CASE TO SEE PICTURES OF KATRINA DAMAGE

11:24:18 22    RIGHT AFTER KATRINA, THERE ARE A LOT OF PICTURES IN MR. EBERSOLE'S

11:24:24 23    REPORT THAT DEPICT THAT, RIGHT?

11:24:25 24    A.  THERE ARE SELECTED -- THERE ARE MANY PICTURES AND THOSE ARE VERY

11:24:29 25    USEFUL.  EVEN MORE USEFUL ARE THESE VIDEOS.

11:24:32  1    Q.  IS IT TRUE THAT THERE WAS NO REQUIREMENT FOR PROTECTED SIDE

11:24:46  2    ARMORING TO PREVENT EROSION IN THE 2000 ENGINEERING MANUAL DESIGN

11:24:54  3    AND CONSTRUCTION OF LEVEES?

11:24:56  4    A.  I WOULD HAVE TO LOOK AT THAT MANUAL TO RESPOND, BUT I THINK THAT

11:25:03  5    MANUAL DOES HAVE A PROVISION FOR THE -- I THINK IT'S TERMED RIVER

11:25:12  6    SIDE WATER FLOW CONDITION.  AND IT PRESCRIBES THE NECESSITY OF

11:25:19  7    PROTECTION FOR EARTHEN SYSTEMS.  THIS IS WHY YOUR RIVER LEVEES ARE

11:25:25  8    SO WELL PROTECTED ON THE RIVER SIDE.  BUT THIS IS ACTUALLY A VERY

11:25:31  9    IMPORTANT POINT BECAUSE THE RIVER LEVEE ENGINEERS KNOW ABOUT

11:25:39 10    PROTECTING BOTH THE FRONT SIDE AND THE BACK SIDE.  AND THEY DO IN

11:25:45 11    GENERAL A GOOD JOB.

11:25:49 12            FOR THE REACH 2 LEVEES, WE HAD NO CONSTRUCTED INTENTIONAL

11:25:56 13    FRONT SIDE OR BACK SIDE PROTECTION BUT WE HAD UNARMORED DREDGE SPOIL

11:26:05 14    THAT WAS PROTECTING ST. BERNARD PARISH BETWEEN BAYOUS BIENVENUE AND

11:26:10 15    THE TURN TO VERRET.

11:26:14 16            MR. STONE:  TURNING NOW, YOUR HONOR, TO VALIDATION OF

11:26:18 17    TECHNICAL MODELS.

11:26:19 18            THE COURT:  THANK YOU.

11:26:20 19    BY MR. STONE:

11:26:35 20    Q.  I WOULD LIKE TO SHOW YOU, DR. BEA, EXHIBIT NUMBER JX 0207, YOUR

11:26:48 21    JANUARY 2009 DECLARATION AT PAGE 26.

11:27:09 22            MR. STEVENS:  CAN WE GET A COPY OF THE DOCUMENT FOR HIM,

11:27:12 23    THE WHOLE DOCUMENT SO HE CAN LOOK AT IT IN CONTEXT?

11:27:16 24            MR. STONE:  I HAVE NO OBJECTION, YOUR HONOR.

11:27:17 25            THE COURT:  LET'S SEE IF HE HAS TO.  IF HE ASKS FOR IT

DAILY COPY

11:27:21 1    WE'LL GET IT FOR HIM.

11:27:21 2              MR. STONE:  I AM GOING TO ASK ABOUT HIS DEFINITIONS OF

11:27:24 3    VALIDITY AND RELIABILITY FROM THAT PAGE.

11:27:27 4              THE COURT:  LET'S SEE WHAT IT IS FIRST BEFORE WE HAUL UP

11:27:31 5    THE DOCUMENT.

11:27:32 6              MR. STEVENS:  THANK YOU.

11:27:41 7    BY MR. STONE:

11:27:42 8    Q.  OKAY.  IF YOU CAN HIGHLIGHT THE SECTION ON VALIDITY.

11:28:01 9              SIR, THIS IS YOUR DEFINITION OF I BELIEVE VALIDITY FROM

11:28:05 10   YOUR REPORT?

11:28:07 11   A.  IT IS FROM MY REPORT, THE DEFINITION CAME AS I WAS WORKING FOR

11:28:15 12   NASA ON THE COLUMBIA ACCIDENT.

11:28:26 13   Q.  IT SAYS:  "BEING SUPPORTED BY OBJECTIVE TRUTH OR GENERALLY

11:28:27 14   ACCEPTED AUTHORITY, BASED ON FLAWLESS REASONING AND SOLID GROUND,

11:28:31 15   WELL GROUNDED, SOUND, HAVING A CONCLUSION CORRECTLY DERIVED FROM

11:28:35 16   PREMISES, COGENT AND CONVINCING."  CORRECT?

11:28:38 17   A.  YES, SIR.

11:28:38 18   Q.  SO THAT'S THE STANDARD THAT YOU WOULD THINK SHOULD BE APPLIED TO

11:28:42 19   EITHER YOUR FLOOD SIDE, WAVE INDUCED EROSION MODEL OR YOUR GRASS

11:28:49 20   LIFT OFF MODEL, CORRECT?

11:28:50 21   A.  THAT IS A STANDARD AND THAT'S THE STANDARD I HOLD MYSELF TO.

11:28:54 22   Q.  OKAY.  AND THEN THE TERM RELIABILITY, WHICH IS THE NEXT SECTION.

11:29:09 23   YOU DEFINE RELIABLE AS:  "SUITABLE OR FIT TO BE RELIED UPON,

11:29:14 24   TRUSTWORTHY, WORTHY OF FULL CONFIDENCE, DEPENDABLE.  A RELIABLE

11:29:18 25   METHOD IS ONE THAT YIELDS VALID AND CONSISTENT RESULTS UPON REPEATED

1510

11:29:22 1    USE.  A RELIABLE METHOD IS SUITABLE FOR ITS INTENDED PURPOSE."

11:29:27 2    A.  YES, SIR.

11:29:27 3    Q.  LET'S LOOK AT THOSE TWO CONCEPTS FOR A MOMENT.  AND LET'S GO

11:29:31 4    BACK TO THAT DOCUMENT I SHOWED YOU WHERE WE HAD A COMPARISON OF YOUR

11:29:37 5    LS-DYNA READOUT FROM SCENARIO 1 AND SCENARIO 3.

11:29:40 6    A.  OKAY.

11:29:41 7    Q.  AND YOU CONCLUDE THAT YOUR LS-DYNA MODEL SATISFIES THE BOTH

11:29:45 8    VALID AND RELIABLE CONCEPTS, RIGHT?

11:29:47 9    A.  THE LS-DYNA IS ONE COMPONENT IN THE MULTI-STEP MODEL THAT YOU

11:29:54 10   DESCRIBED YESTERDAY.  SO YOU NOT ONLY HAVE TO HAVE VALIDITY OF THE

11:30:00 11   LS-DYNA COMPONENT, BUT YOU HAVE TO HAVE VALIDITY OF ALL OF THE OTHER

11:30:04 12   STEPS.

11:30:05 13   Q.  BUT IT HAS BEEN YOUR OPINION IN THIS CASE THAT THE -- LET'S GIVE

11:30:11 14   THE FULL NAME FOR THE ANALYSIS.  QUESTION IS WITHDRAWN.

11:30:16 15            IT'S BEEN YOUR OPINION IN THIS CASE THAT YOUR MODEL THAT

11:30:23 16   TESTS FOR FLOOD-SIDE WAVE-INDUCED EROSION IS VALID AND RELIABLE,

11:30:29 17   CORRECT?

11:30:30 18   A.  THAT'S CORRECT.  AND IT COULD NOT COME TO THIS COURT OTHERWISE.

11:30:36 19   Q.  SO IF YOU TOOK THE CONDITIONS FROM SCENARIO 3 THAT APPLIED FOR

11:30:41 20   AN ANALYSIS TO SCENARIO 1, YOU COULD DO THAT WITH THIS MODEL, RIGHT?

11:30:45 21   A.  AS LONG AS THOSE SCENARIO 3 CONDITIONS WERE APPROPRIATE FOR THE

11:30:50 22   CONTEXT OF THOSE CONDITIONS.

11:30:56 23   Q.  SO ALL THAT WOULD BE REQUIRED IS FOR YOU TO DO THE SAME ANALYSIS

11:31:00 24   TO DETERMINE WHETHER YOU HAD THE RIGHT CONDITIONS FOR SCENARIO 3 AS

11:31:04 25   YOU HAVE DONE FOR SCENARIO 2 AND FOR SCENARIO 1, CORRECT?

11:31:08  1    A.  THAT'S CORRECT.  AND THAT'S THE WORK I DID THIS PAST WEEKEND.

11:31:12  2    Q.  LET ME ASK YOU ABOUT A METHOD AND PRACTICE.

11:31:19  3    A.  SURE.

11:31:20  4    Q.  LET'S TURN TO PAGE 30, SAME REPORT.  I'D LIKE FOR YOU TO READ

11:31:34  5    THE UNDERLINED PORTION OF PARAGRAPH 47, AND EXPLAIN WHAT THAT MEANS.

11:31:41  6    A.  "DEVELOPING A REASONABLE UNDERSTANDING OF THE FAILURE

11:31:45  7    DEVELOPMENT PROCESS IS NOT SO MUCH ABOUT GATHERING DATA AND

11:31:56  8    INFORMATION AS IT IS ABOUT PROPERLY ANALYZING AND UNDERSTANDING THE

11:32:01  9    DATA AND INFORMATION."

11:32:04 10         ESSENTIALLY WHAT THAT SENTENCE IS TRYING TO SAY IS THAT

11:32:10 11    FREQUENTLY WE GATHER A LOT OF INFORMATION, DATA, AND DRAW FROM THAT

11:32:18 12    INCORRECT CONCLUSIONS.  THE REAL TEST IS PROPERLY ANALYZING AND

11:32:26 13    UNDERSTANDING THAT DATA.

11:32:28 14         YESTERDAY YOU DREW, RE-DREW OUR ATTENTION TO THIS TENSION

11:32:35 15    ABOUT THE PHOTOGRAPHS AT BAYOU DUPRE.  LAST NIGHT I WENT BACK,

11:32:42 16    RE-EXAMINED THE PHOTOGRAPHS BECAUSE, ONE, I WAS CONCERNED WITH

11:32:48 17    MISLEADING THIS COURT; TWO, I WAS CONCERNED WITH IMPUGNING THE

11:32:54 18    DEDUCTIONS OF A COLLEAGUE REED MOSHER.  ALL OF THE INFORMATION I

11:33:00 19    COULD ASSEMBLE SAID THAT THE DIRECTIONS THAT WE CONCLUDED YESTERDAY

11:33:04 20    WERE CORRECT.

11:33:06 21         SO, MR. STONE, I DON'T STOP ANALYZING AND UNDERSTANDING

11:33:11 22    THE DATA AND INFORMATION UNTIL I STOP.

11:33:18 23    Q.  A FEW MOMENTS AGO YOU TOLD US THAT YOU DID SOME MODELING OF

11:33:21 24    SCENARIO 3 THIS WEEKEND.  I MAY HAVE MISUNDERSTOOD THAT.

11:33:25 25    A.  IT WASN'T MODELING, IT WAS ANALYSIS.  I WAS USING EXISTING

11:33:28 1    RESULTS TO DRAW THE CONCLUSIONS WE BROUGHT FORWARD TO THIS COURT

11:33:33 2    MONDAY MORNING.

11:33:33 3    Q.  DID YOU PROVIDE THAT INFORMATION TO THE DUTCH FOR A RE-ANALYSIS

11:33:38 4    OF FLOODING?

11:33:39 5    A.  I DIDN'T HAVE TO.

11:33:42 6    Q.  YOU DIDN'T -- YOU DID NOT?

11:33:46 7    A.  THAT'S CORRECT, I'M SORRY TO NOT BE RESPONSIVE.  PROFESSOR

11:33:56 8    VRIJLING HAD ALREADY RETURNED HOME.

11:34:11 9    Q.  LET'S GO TO PAGE 41 IN THE SAME DOCUMENT THAT WE'RE IN RIGHT

11:34:15 10   NOW.  PARAGRAPH 70 IN THREE PLACES IN THAT PARAGRAPH YOU TALK

11:34:29 11   ABOUT -- WELL, LET'S GO WITH THE FIRST SENTENCE FIRST HERE.  IT

11:34:32 12   SAYS:  "THE FLOOD-SIDE WAVE-INDUCED EROSION METHOD CONSISTS OF THE

11:34:40 13   AGGREGATION OF MULTIPLE SCIENTIFIC AND ENGINEERING STATE OF THE

11:34:42 14   PRACTICE AND STATE OF THE ART METHODS THAT HAVE A PROVEN TRACK

11:34:49 15   RECORDS, ARE WELL-PUBLISHED, AND ARE WELL ACCEPTED WITHIN THE

11:34:53 16   ENGINEERING COMMUNITY."

11:34:55 17            CAN YOU DESCRIBE FOR THE COURT HOW MANY OF THESE DIFFERENT

11:34:59 18   SCIENTIFIC AND ENGINEERING PRACTICES THAT YOU'VE HAD TO AGGREGATE TO

11:35:04 19   DEVELOP YOUR MODEL?

11:35:09 20   A.  FOR -- WHEN YOU USE THE TERM "THE MODEL", YOU ARE REFERRING TO

11:35:13 21   THE WAVE SIDE EROSION MODEL?

11:35:17 22   Q.  YES, SIR.  THAT'S ONE AND I AM GOING TO ASK YOU THE SAME

11:35:21 23   QUESTION ABOUT YOUR GRASS LIFT OFF MODEL.

11:35:23 24   A.  I PROBABLY USED SOMETHING ON THE ORDER OF 50 SOURCES TO COMPILE

11:35:28 25   THE INFORMATION FOR BOTH FRONT-TO-BACK WAVE SIDE ATTACK AND

11:35:33 1  BACK-TO-FRONT OVERTOPPING ATTACK.  IT WAS A LONG, HARD PROCESS.

11:35:42 2  Q.  AND WOULD YOU PROVIDE THE SAME ANSWER, PLEASE, FOR YOUR GRASS

11:35:46 3  LIFT OFF MODEL.

11:35:48 4  A.  YES, CERTAINLY.  IT'S PART OF THE MODEL.

11:35:52 5  Q.  SO IT'S ALSO AN AGGREGATE MODEL WITHIN THE MODEL, CORRECT, SIR?

11:35:57 6  A.  THAT'S CORRECT.

11:35:58 7  Q.  SO WHAT MULTIPLE SCIENTIFIC AND ENGINEERING PRACTICES DID YOU

11:36:02 8  USE IN THAT MODEL?

11:36:03 9  A.  WITHIN THE GRASS LIFT OFF?

11:36:07 10  Q.  YES, SIR.

11:36:08 11  A.  WE USED SOURCES FROM HERE IN THE UNITED STATES, FOR EXAMPLE, THE

11:36:12 12  DEPARTMENT OF AGRICULTURE CONCERNED WITH EROSION OF CHANNELS; THE

11:36:17 13  FEDERAL HIGHWAY ADMINISTRATION, BECAUSE THEY'RE WORRIED ABOUT

11:36:22 14  EROSION UNDER CULVERTS; WE TURNED TO THE VICKSBURG U.S. ARMY CORPS

11:36:29 15  OF ENGINEERS, WE REFERRED TO THEIR INFORMATION; WE WENT TO THE

11:36:33 16  UNITED KINGDOM, GATHERED THEIR INFORMATION; WE WENT, AS ALWAYS, TO

11:36:39 17  THE NETHERLANDS, GATHERED THEIR INFORMATION; WE WENT TO JAPAN, DID A

11:36:45 18  SIMILAR THING TO DEVELOP THIS AGGREGATION; AND I HAD FURNISHED ALL

11:36:50 19  OF THOSE DOCUMENTS TO YOU ON A GREAT BIG STACK OF CDS.

11:37:14 20      MR. STONE:  OKAY.  MORE ON VALIDATION.  WE'RE STILL THERE,

11:37:16 21  YOUR HONOR.

11:37:17 22      THE COURT:  OKAY.

11:37:20 23      MR. STONE:  THIS IS JUST A LIST OF ISSUES RELATED TO

11:37:23 24  VALIDATION AND IN NO PARTICULAR ORDER RIGHT NOW.

11:37:27 25  BY MR. STONE:

1514

11:37:31  1    Q.  FOR LS-DYNA, ONE OF YOUR INPUTS WAS A MONOCHROMATIC WAVE,

11:37:35  2    CORRECT, SIR?

11:37:36  3    A.  CORRECT.

11:37:36  4    Q.  BUT THE WAVES THAT STRIKE THE LEVEE FACE ARE IRREGULAR WAVES,

11:37:41  5    CORRECT?

11:37:42  6    A.  CORRECT.

11:37:42  7    Q.  MUCH MORE COMPLEX THAN MONOCHROMATIC?

11:37:45  8    A.  CORRECT.

11:37:46  9    Q.  YOUR LS-DYNA IS A TWO-DIMENSIONAL MODEL, CORRECT?

11:37:52 10    A.  CORRECT.

11:37:53 11    Q.  COULWAVE IS A THREE-DIMENSIONAL MODEL?

11:37:57 12    A.  CORRECT.

11:37:57 13    Q.  THAT'S A MODEL THAT THE COURT MIGHT NOT HAVE HEARD OF YET,

11:38:06 14    BUT --

11:38:06 15            THE COURT:  OH, YES.  I READ THE EXPERT REPORT.  I'VE

11:38:06 16    HEARD IT, THAT DOESN'T MEAN THE COURT UNDERSTANDS THE NUANCES OF

11:38:08 17    COULWAVE AS OPPOSED TO ANY OTHER MODEL.  BUT I HAVE HEARD OF IT AND

11:38:12 18    READ ABOUT IT.

11:38:13 19            THE WITNESS:  YOU'LL GET THERE.

11:38:14 20    BY MR. STONE:

11:38:15 21    Q.  YESTERDAY WE SPOKE A LITTLE BIT TOGETHER ABOUT LEVEE GEOMETRY,

11:38:19 22    CORRECT, FROM LS-DYNA AND YOU --

11:38:21 23    A.  LS-DYNA DOES NOT PRODUCE LEVEE CONFIGURATION, IT'S INPUT TO

11:38:25 24    LS-DYNA.

11:38:26 25    Q.  THANK YOU FOR CORRECTING ME.  AS AN INPUT TO LS-DYNA, YOU DO NOT

1515

11:38:32 1    CHANGE THE LEVEE GEOMETRY PERIODICALLY AS THE TEST IS DONE THROUGH

11:38:38 2    THE LEVEE, CORRECT?

11:38:39 3    A.   CORRECT.  AND YOUR CRUMPLED FENDER QUESTIONING LEADS TO THAT

11:38:44 4    CONCLUSION AND DID.

11:38:46 5    Q.   INITIALLY YOU HAD ONE STUDY LOCATION, WHICH WAS SITE 497+00,

11:38:54 6    CORRECT?

11:38:54 7    A.   YES, SIR.

11:38:55 8    Q.   AND YOU APPLIED THE STUDY LOCATION'S OUTCOMES TO OTHER LOCATIONS

11:38:59 9    THROUGH CALCULATION, CORRECT?

11:39:00 10   A.   SUBSEQUENTLY.

11:39:02 11   Q.   YOU DID NOT RE-RUN LS-DYNA MODELS FOR YOUR PHASE II ANALYSIS,

11:39:09 12   DID YOU?

11:39:09 13   A.   YES, WE DID.

11:39:15 14   Q.   SO WHEN YOU DID THAT, THEN YOU APPLIED THOSE NEW LS-DYNA

11:39:19 15   ANALYSES OUTPUTS TO THE REACH 2 SYSTEM IN ITS ENTIRETY?

11:39:23 16   A.   NO.  JUST TO THE SPECIFIC SITE THAT WAS BEING STUDIED IN THE

11:39:28 17   END.  I THINK WE HAD SEVEN SITES WHERE WE PERFORMED THOSE ANALYSES,

11:39:33 18   AND THEY'RE SUMMARIZED IN MY JANUARY 2009 EXPERT REPORT.

11:39:41 19   Q.   LIKE SITES A THROUGH F?

11:39:41 20   A.   YES, SIR.

11:39:42 21   Q.   AND SO THE REST OF THE SITES YOU STILL RELY ON YOUR PHASE I

11:39:46 22   ANALYSIS FROM LS-DYNA?

11:39:47 23   A.   NO.  THAT'S WHY YOU, I THINK, ASKED AND I HOPE I AM NOT GETTING

11:39:53 24   CONFUSED, AS WE EXPANDED FROM SITE 1 BECAUSE GEOMETRY AND VEGETATION

11:40:01 25   CONDITIONS ARE CHANGING, WE HAVE TO REPEAT THOSE ANALYSES.  AND THE

11:40:09 1  SUMMARY OF THOSE, THAT RANGE OF CONDITIONS ARE EXPLAINED AS OUR

11:40:16 2  PARAMETRIC VARIABLES.

11:40:23 3  Q.  IN TECHNICAL REPORT NO. 2, JANUARY 29TH OF THIS YEAR YOU DID

11:40:30 4  ANALYTICAL STUDIES FOR LS-DYNA, CORRECT?

11:40:34 5  A.  THAT'S CORRECT.

11:40:36 6  Q.  AND YOU'RE TRYING TO ESTABLISH THAT LS-DYNA IS VALID?

11:40:41 7  A.  THAT'S CORRECT.

11:40:43 8  Q.  BUT THOSE ANALYTICAL STUDIES DO NOT ADDRESS ALL OF THE

11:40:48 9  PARAMETERS INPUT INTO LS-DYNA, DO THEY?

11:40:51 10  A.  NO, THEY DON'T.  I WISH THEY DID.

11:40:53 11  Q.  IS IT TRUE THAT ANALYTICAL MODELS ARE LIKE A CHAIN AND WILL

11:41:00 12  BREAK AT THE WEAK LINK?

11:41:02 13  A.  YOU HAVE IT.  THAT IS CORRECT.

11:41:22 14  Q.  THE COULWAVE MODEL HAS BEEN VALIDATED CLASSICALLY GOOD

11:41:28 15  VALIDATION, CORRECT, SIR?

11:41:35 16  A.  IT'S BEEN VALIDATED USING AVAILABLE INFORMATION.  ONE OF THE

11:41:37 17  INTERESTING THINGS THAT COULWAVE FACES, JUST AS WE DO WITH LS-DYNA,

11:41:42 18  NONE OF THESE MODELS HAVE BEEN "VALIDATED" WITH EXTREME

11:41:49 19  OCEANOGRAPHIC CONDITIONS CHARACTERISTIC OF THOSE EXPERIENCED DURING

11:41:53 20  HURRICANE KATRINA.  SO WE VALIDATE AS WELL AS WE CAN WITH

11:42:01 21  HIGH-QUALITY DATA.

11:42:02 22       AND BY THE WAY, THAT'S AN IMPORTANT STEP TO LOOK OUT FOR

11:42:06 23  BECAUSE ALL DATA IS NOT GOOD DATA.

11:42:10 24       WE GO AS FAR AS WE CAN TO ASSURE OURSELVES THAT WE'VE GOT

11:42:15 25  A METHOD THAT MEETS THE TEST OF VALIDITY AND RELIABILITY.

11:42:20 1    Q.  NOW THE DUTCH HAVE A MODEL CALLED DELFT, D-E-L-F-T, 3D AND

11:42:27 2    THAT'S AVAILABLE FOR USE BUT THEY REJECTED YOUR REQUEST FOR IT,

11:42:32 3    CORRECT?

11:42:32 4    A.  THAT IS INCORRECT.  I HAVE NOT HAD AN INSTANCE WHERE WE HAVEN'T

11:42:40 5    BEEN ABLE TO AS ASK THE DUTCH FOR ASSISTANCE AND IN MANY CASES

11:42:46 6    THEY'VE PROVIDED IT WITHOUT OBLIGATION OR CHARGE.  THEY'VE BEEN TRUE

11:42:54 7    BROTHERS.  AND SISTERS.

11:43:12 8    Q.  LET'S GO TO YOUR DEPOSITION OF JANUARY 31, 2009, PAGE 390.  AND

11:43:39 9    THAT WOULD BE LINES 5 TO 24.

11:43:49 10          IN THAT DEPOSITION YOU WERE ASKED AT LINE 8:  "WHY DID YOU

11:43:55 11   NOT LOOK INTO DELFT 3D BEFORE YOU DECIDED TO GO OFF WITH LS-DYNA?"

11:44:00 12   YOU ANSWERED:  "WE DID."

11:44:01 13   A.  YES.

11:44:02 14   Q.  "Q. AND WHY DID YOU REJECT DELFT 3 FOR USE OF LS-DYNA?"  AND YOU

11:44:07 15   ANSWERED:  "WE DIDN'T.  THEY DID."

11:44:09 16   A.  THEY TOLD US IT COULDN'T DO THE WORK.

11:44:12 17   Q.  QUESTION, LINE 17:  "OKAY.  WHAT WAS THEIR REASONING, IF YOU

11:44:18 18   KNOW?"  AND YOU SAY:  "BECAUSE THEY COULDN'T COMPLETE THE ENTIRE

11:44:23 19   ANALYSIS.  THEY COULD COMPLETE THE FLUID MECHANICS INTERACTION PART,

11:44:26 20   BUT THAT'S ONLY THE START OF THE SHOW."  IS THAT CORRECT?

11:44:29 21   A.  THAT'S CORRECT.

11:44:33 22          MR. STEVENS:  THERE IS MORE TO THAT ANSWER, YOUR HONOR, IF

11:44:36 23   WE MIGHT --

11:44:36 24          MR. STONE:  YOU'RE WELCOME TO READ IT.

11:44:38 25          MR. STEVENS:  -- IT'S 23 AND 24.

11:44:40  1           MR. STONE:  HE CAN READ IT, THERE'S NO OBJECTION.

11:44:42  2           THE COURT:  IF YOU WANT TO READ IT.

11:44:43  3           THE WITNESS:  JUST KEEP READING.

11:44:45  4           THE COURT:  IF YOU SHOW IT -- WHAT IT MEANS TO THE

11:44:52  5  COURT -- I DON'T THINK IT MEANS ANYTHING TO ME RIGHT NOW BECAUSE

11:44:55  6  IT'S NOT PART OF THE ANALYSES THAT ARE GOING TO BE PRESENTED TO ME.

11:44:59  7  THAT'S PRETTY MUCH IT.

11:45:03  8           MR. STONE:  IS THIS A GOOD STOPPING POINT FOR LUNCH, YOUR

11:45:06  9  HONOR?

11:45:06 10           THE COURT:  I DON'T KNOW HOW MUCH MORE DO YOU HAVE WITH

11:45:08 11  THIS MAN?

11:45:09 12           MR. STONE:  WELL, IT'S PROBABLY GOING TO BE 45 MINUTES OR

11:45:11 13  AN HOUR OR SO MORE.

11:45:16 14           THE COURT:  OKAY.  AGAIN --

11:45:18 15           MR. STONE:  I AM NOT REALLY CERTAIN.

11:45:21 16           THE COURT:  YOU HAVE TO DETERMINE YOUR TIME AS YOU SEE

11:45:27 17  FIT.  BUT I AM GOING TO ENFORCE, PRIMARILY ENFORCE THESE TIME

11:45:27 18  LIMITATIONS THAT I THINK AFTER HEARING ALL OF THIS THAT IT'S

11:45:31 19  REASONABLE.  SO REALIZE HOW MUCH TIME WE'RE TAKING.  I AM NOT SAYING

11:45:35 20  I AM GOING COMPLETELY RIGID, BUT IT'S GOING TO BE SOMEWHAT RIGID.

11:45:40 21           WITH THAT AMBIGUITY, WE WILL RECESS.  I HAVE A LITTLE

11:45:46 22  EXTRA WORK TO DO SO WE'LL RECESS UNTIL 1:15.

11:45:53 23           MR. STONE:  AND I'LL SEE IF I CAN SHORTEN THIS UP BETWEEN

11:45:55 24  THEN.

11:45:55 25           THE COURT:  NO, NO, NO, YOU'VE DONE FINE.  I KNEW THIS

```
11:45:58  1    WOULD OBVIOUSLY TAKE A LONG TIME.
11:45:59  2              MR. STONE:  THANK YOU, YOUR HONOR.
11:46:04  3              THE DEPUTY CLERK:  ALL RISE.
11:46:06  4              THE COURT:  RECESS UNTIL 1:15.
11:46:09  5         (WHEREUPON, A LUNCH RECESS WAS TAKEN.)
          6
          7                      * * * * * *
          8
          9              REPORTER'S CERTIFICATE
         10
         11      I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES
         12  DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY
         13  THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF
         14  MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN
         15  THE ABOVE-ENTITLED AND NUMBERED MATTER.
         16
         17
         18              _____
         19              KAREN A. IBOS, CCR, RPR, CRR
         20              OFFICIAL COURT REPORTER
         21
         22
         23
         24
         25
```

**'**

**'09** [1] - 1451:17

**/**

**/1** [1] - 1441:8

**0**

**0** [1] - 1504:18
**0.5** [1] - 1458:16
**0030** [1] - 1442:24
**0069** [1] - 1476:3
**0117** [3] - 1442:12, 1442:14, 1442:18
**0207** [2] - 1496:3, 1508:20
**0412C** [1] - 1442:25
**0430** [2] - 1489:15, 1489:23
**0451** [3] - 1454:25, 1456:24, 1472:6
**06-CV-2268** [1] - 1438:3
**0600** [1] - 1457:3
**0730** [6] - 1473:25, 1491:14, 1491:19, 1491:20, 1496:11, 1498:23
**0800** [1] - 1472:21
**0D** [1] - 1446:18

**1**

**1** [40] - 1443:6, 1444:23, 1445:8, 1445:21, 1445:25, 1454:25, 1456:12, 1456:25, 1457:23, 1457:25, 1458:13, 1463:16, 1468:20, 1472:10, 1477:24, 1479:2, 1480:19, 1483:2, 1483:3, 1483:7, 1486:12, 1489:3, 1489:16, 1490:15, 1491:8, 1491:21, 1491:25, 1492:8, 1492:17, 1492:23, 1494:19, 1495:1, 1502:6, 1502:15, 1510:5, 1510:20, 1510:25, 1515:24
**1.5** [1] - 1492:1
**1.8** [1] - 1473:11
**10** [1] - 1495:1
**10,000** [1] - 1475:11
**100** [7] - 1503:8, 1503:14, 1503:15, 1504:10, 1504:16, 1504:17, 1504:19
**1000** [1] - 1438:14
**10022** [1] - 1439:24
**101** [1] - 1469:20
**109** [1] - 1453:9
**11** [6] - 1455:1, 1456:25, 1462:12, 1462:13, 1472:7, 1472:10
**1100** [1] - 1438:23
**111** [2] - 1485:13, 1486:14
**112** [1] - 1485:13
**113** [1] - 1489:5
**12** [8] - 1443:8, 1444:14, 1446:6, 1452:9, 1454:12, 1495:1, 1504:3, 1504:7
**1205** [1] - 1439:19
**1261** [1] - 1439:9
**13** [29] - 1443:20, 1444:3, 1444:10, 1444:23, 1444:24, 1445:5, 1446:6, 1446:7, 1446:8, 1447:11, 1447:15, 1452:14, 1452:15, 1452:21, 1453:2, 1453:21, 1453:25, 1454:16, 1455:7, 1457:2, 1459:11, 1461:16, 1461:17, 1462:15, 1465:10, 1466:18, 1466:22, 1470:14, 1470:19
**13-FEET** [1] - 1458:11
**13-FOOT** [7] - 1443:24, 1444:10, 1444:17, 1452:11, 1456:4, 1456:9, 1465:12
**1366** [1] - 1439:9
**13TH** [1] - 1507:9
**14** [25] - 1453:2, 1453:21, 1453:25, 1459:11, 1461:16, 1461:18, 1465:12, 1466:19, 1466:22, 1467:12, 1468:12, 1469:2, 1469:4, 1469:6, 1469:16, 1470:4, 1470:5, 1470:13, 1486:14, 1489:4, 1489:5, 1489:15, 1490:5, 1490:15
**14-FOOT** [1] - 1469:12

**14TH** [1] - 1507:9
**15** [6] - 1467:12, 1468:12, 1469:2, 1469:5, 1469:6, 1470:13
**16** [9] - 1452:14, 1452:15, 1452:19, 1457:5, 1465:10, 1470:3, 1470:4, 1470:5, 1470:14
**16-FOOT** [3] - 1456:9, 1462:15, 1470:19
**17** [6] - 1450:20, 1450:22, 1482:11, 1489:23, 1490:4, 1517:17
**17.8** [1] - 1472:23
**1715** [1] - 1442:14
**1719** [1] - 1442:17
**1729** [1] - 1442:20
**18** [1] - 1449:3
**18-FOOT** [1] - 1482:13
**18212** [1] - 1480:10
**187** [1] - 1480:18
**188** [1] - 1480:19
**19** [1] - 1489:5
**192** [1] - 1480:22
**1965** [1] - 1478:8
**1966** [1] - 1442:16
**1968** [1] - 1442:19
**1:00** [2] - 1449:24, 1450:1
**1:15** [2] - 1518:22, 1519:4

**2**

**2** [19] - 1443:23, 1450:10, 1457:23, 1477:24, 1479:9, 1479:12, 1496:14, 1496:15, 1496:18, 1498:5, 1498:15, 1500:5, 1501:15, 1501:18, 1507:10, 1508:12, 1510:25, 1515:15, 1516:3
**20** [10] - 1453:3, 1453:5, 1453:22, 1459:13, 1461:22, 1465:13, 1467:1, 1468:8, 1469:5, 1489:16
**2000** [1] - 1508:2
**20044** [1] - 1440:13
**2008** [7] - 1455:1, 1455:25, 1456:25, 1472:7, 1472:10, 1484:3, 1485:13
**2009** [9] - 1438:4, 1442:2, 1450:20, 1479:20, 1496:4, 1500:15, 1508:21, 1515:18, 1517:8
**20TH** [1] - 1480:10
**2154** [2] - 1484:4, 1484:17
**22** [1] - 1477:20
**23** [1] - 1517:25
**24** [4] - 1450:20, 1450:22, 1517:9, 1517:25
**25** [1] - 1504:13
**26** [1] - 1508:21
**2626** [1] - 1439:19
**2655** [1] - 1439:5
**27** [1] - 1450:20
**27TH** [1] - 1444:23, 1444:25
**28** [2] - 1438:4, 1442:2
**29** [1] - 1500:15
**29.3** [1] - 1489:24
**29TH** [1] - 1516:3
**2C** [14] - 1474:8, 1474:14, 1474:19, 1474:24, 1477:15, 1478:11, 1479:3, 1479:7, 1482:7, 1483:11, 1502:1, 1502:6, 1502:8, 1502:14

**3**

**3** [55] - 1457:23, 1458:2, 1474:17, 1474:19, 1474:24, 1474:25, 1475:6, 1475:10, 1475:18, 1475:24, 1476:9, 1477:17, 1477:18, 1477:24, 1478:9, 1478:24, 1479:3, 1481:2, 1481:4, 1481:5, 1481:6, 1482:17, 1482:21, 1483:16, 1483:21, 1485:1, 1485:2, 1485:3, 1486:10, 1486:11, 1489:1, 1490:1, 1490:10, 1490:14, 1490:17, 1490:24, 1490:25, 1491:7, 1491:9, 1491:16, 1491:24, 1492:8, 1492:9, 1492:16, 1492:20, 1492:23, 1510:5,

1510:19, 1510:21, 1510:24, 1511:24, 1517:14
**30** [4] - 1468:8, 1471:1, 1486:3, 1511:4
**31** [2] - 1480:18, 1517:8
**3102** [1] - 1438:23
**31ST** [1] - 1444:22, 1450:21, 1494:18
**325** [1] - 1439:23
**331** [1] - 1450:20
**35** [2] - 1443:9, 1504:13
**3668** [1] - 1439:2
**390** [1] - 1517:8
**399** [1] - 1494:18
**3D** [2] - 1517:1, 1517:11

**4**

**4** [7] - 1453:6, 1480:19, 1496:3, 1496:4, 1496:7, 1496:22, 1500:15
**4.1** [1] - 1472:18
**40** [1] - 1479:13
**41** [1] - 1512:9
**43** [2] - 1468:20, 1468:23
**45** [2] - 1453:7, 1518:12
**47** [1] - 1511:5
**48** [3] - 1472:7, 1472:12, 1472:14
**49** [3] - 1472:7, 1472:12, 1472:14
**497** [7] - 1443:5, 1443:24, 1444:3, 1444:11, 1444:18, 1445:5, 1446:7
**497+00** [1] - 1515:5
**4:00** [3] - 1447:16, 1464:3, 1465:5
**4:15** [1] - 1447:12
**4:45** [5] - 1454:12, 1454:14, 1457:12, 1462:4, 1462:5

**5**

**5** [9] - 1460:24, 1461:14, 1465:22, 1465:23, 1466:3, 1476:6, 1476:14, 1477:3, 1517:9
**5.5** [1] - 1470:22
**5.8** [1] - 1492:1
**5.8-FEET** [1] -

1491:15
**5/10THS** [1] - 1461:6
**50** [8] - 1454:25,
1456:24, 1472:2,
1500:21, 1503:8,
1503:13, 1504:16,
1512:24
**500** [1] - 1440:16
**504** [1] - 1440:17
**519** [1] - 1439:12
**550** [1] - 1438:13
**556** [1] - 1439:2
**56** [2] - 1455:25,
1468:20
**57TH** [1] - 1439:23
**589-7776** [1] -
1440:17
**5:00** [1] - 1447:12
**5:30** [1] - 1447:12

**6**

**6** [1] - 1494:19
**60-YEARS** [1] -
1505:9
**600** [1] - 1440:2
**601** [1] - 1439:5
**604** [1] - 1440:2
**610** [3] - 1438:20,
1444:22, 1447:22
**618** [1] - 1439:16
**630** [1] - 1497:12
**6:00** [1] - 1454:15

**7**

**7** [1] - 1438:9
**70** [2] - 1463:17,
1512:10
**70113** [2] - 1438:17,
1438:21
**70130** [2] - 1440:3,
1440:16
**70130-6004** [1] -
1439:6
**70381** [1] - 1439:20
**70502-3668** [1] -
1439:3
**70726** [1] - 1439:13
**70801-1910** [1] -
1439:16
**70821-1366** [1] -
1439:10
**72** [1] - 1443:9
**730** [1] - 1497:9
**74** [1] - 1491:12
**75219** [1] - 1438:24

**8**

**8** [3] - 1480:23,

1504:3, 1517:10
**80-FOOT** [1] - 1472:2
**85** [1] - 1463:17
**855** [1] - 1438:17
**86** [1] - 1498:2
**888** [1] - 1440:12

**9**

**9** [2] - 1480:23,
1491:12
**90071-2627** [1] -
1438:14

**A**

**A** [254] - 1439:14,
1440:15, 1442:7,
1443:8, 1443:13,
1443:17, 1444:4,
1446:18, 1447:20,
1447:22, 1448:24,
1449:4, 1449:6,
1449:14, 1450:24,
1451:17, 1451:18,
1452:8, 1452:12,
1452:13, 1452:21,
1453:25, 1454:11,
1455:7, 1455:25,
1456:20, 1456:21,
1457:2, 1457:5,
1457:8, 1457:17,
1458:11, 1458:14,
1458:15, 1458:20,
1458:22, 1458:24,
1459:19, 1459:21,
1459:25, 1460:2,
1460:12, 1460:18,
1460:23, 1460:24,
1461:2, 1461:9,
1461:20, 1462:20,
1463:16, 1464:14,
1464:18, 1465:11,
1465:12, 1465:22,
1466:3, 1466:7,
1466:17, 1466:20,
1467:1, 1467:13,
1467:14, 1467:16,
1468:8, 1468:22,
1469:9, 1469:12,
1469:19, 1469:21,
1469:24, 1470:20,
1470:22, 1470:24,
1471:2, 1471:8,
1472:2, 1472:4,
1472:17, 1472:20,
1472:23, 1473:13,
1474:8, 1474:11,
1474:15, 1475:13,
1475:22, 1475:23,
1475:24, 1476:4,

1476:9, 1476:21,
1477:10, 1477:23,
1478:1, 1478:9,
1478:20, 1478:24,
1479:3, 1479:14,
1480:13, 1481:19,
1481:21, 1481:24,
1482:11, 1482:13,
1482:14, 1482:17,
1483:3, 1483:7,
1483:11, 1483:12,
1483:21, 1484:1,
1484:5, 1484:7,
1484:8, 1484:10,
1484:15, 1485:12,
1485:14, 1485:20,
1485:23, 1485:24,
1485:25, 1486:10,
1486:19, 1486:23,
1486:24, 1487:6,
1487:11, 1487:17,
1487:21, 1488:12,
1488:13, 1489:1,
1489:2, 1489:7,
1489:20, 1489:23,
1490:6, 1490:13,
1490:14, 1490:16,
1490:22, 1490:25,
1491:13, 1491:15,
1491:24, 1492:5,
1492:6, 1492:7,
1492:15, 1492:24,
1493:15, 1494:9,
1494:10, 1494:14,
1494:24, 1495:8,
1496:15, 1496:17,
1496:18, 1496:23,
1497:13, 1497:23,
1498:3, 1498:14,
1498:21, 1499:6,
1499:19, 1499:20,
1499:22, 1500:19,
1501:7, 1502:5,
1502:11, 1502:13,
1502:23, 1503:5,
1503:18, 1503:22,
1503:23, 1504:3,
1504:5, 1504:9,
1504:12, 1504:13,
1504:21, 1504:22,
1505:3, 1505:11,
1505:15, 1505:16,
1505:17, 1506:6,
1506:9, 1506:12,
1506:13, 1506:17,
1507:12, 1507:18,
1507:22, 1508:5,
1508:8, 1508:11,
1508:22, 1509:15,
1509:21, 1509:24,
1510:1, 1510:3,

1510:4, 1511:2,
1511:6, 1511:11,
1511:18, 1511:23,
1512:3, 1512:14,
1513:1, 1513:17,
1513:19, 1513:23,
1514:1, 1514:9,
1514:11, 1514:13,
1514:21, 1515:19,
1516:11, 1516:25,
1517:1, 1518:8,
1518:21, 1519:1,
1519:5, 1519:11,
1519:13, 1519:19
**A.M** [10] - 1447:12,
1447:16, 1453:7,
1454:12, 1454:15,
1457:12, 1464:3,
1465:5, 1471:12
**ABATED** [1] - 1451:6
**ABILITY** [1] -
1519:14
**ABLE** [4] - 1483:18,
1497:2, 1497:22,
1517:5
**ABOUT** [91] - 1443:3,
1443:19, 1445:21,
1447:11, 1447:14,
1447:22, 1447:24,
1448:8, 1451:5,
1451:20, 1452:13,
1453:18, 1453:19,
1454:20, 1455:6,
1455:14, 1456:3,
1456:5, 1456:8,
1457:2, 1457:3,
1457:5, 1457:22,
1458:12, 1459:2,
1460:4, 1461:11,
1461:12, 1462:12,
1462:13, 1465:9,
1465:10, 1467:25,
1469:1, 1469:5,
1471:25, 1472:3,
1472:17, 1472:20,
1472:21, 1474:3,
1474:8, 1475:10,
1476:11, 1477:14,
1477:21, 1478:9,
1478:17, 1478:18,
1479:24, 1481:1,
1482:4, 1484:16,
1486:3, 1486:20,
1488:23, 1492:1,
1493:20, 1493:22,
1494:1, 1494:2,
1494:8, 1494:10,
1495:6, 1495:10,
1496:1, 1496:23,
1499:1, 1501:10,

1502:4, 1502:25,
1504:9, 1504:21,
1506:10, 1507:19,
1508:9, 1509:2,
1511:2, 1511:7,
1511:8, 1511:15,
1512:11, 1512:23,
1513:13, 1514:18,
1514:21
**ABOVE** [3] - 1452:6,
1469:21, 1519:15
**ABOVE-ENTITLED**
[1] - 1519:15
**ABSOLUTELY** [1] -
1447:5
**ACADEMY** [1] -
1480:17
**ACCELERATES** [1] -
1460:7
**ACCEPT** [1] -
1488:17
**ACCEPTED** [2] -
1509:14, 1512:15
**ACCESS** [1] -
1482:24
**ACCIDENT** [1] -
1509:12
**ACCORDING** [4] -
1452:12, 1460:14,
1462:7, 1472:18
**ACCUMULATE** [1] -
1467:7
**ACCUMULATED** [1]
- 1498:10
**ACCUMULATES** [2]
- 1459:23, 1459:24
**ACCUMULATING** [1]
- 1467:4
**ACCURATE** [4] -
1455:16, 1466:16,
1467:25, 1495:20
**ACCURATELY** [1] -
1476:12
**ACCUSE** [1] - 1448:7
**ACCUSING** [1] -
1448:9
**ACT** [1] - 1451:21
**ACTING** [1] -
1448:13
**ACTION** [5] -
1448:14, 1450:18,
1459:25, 1471:16,
1473:21
**ACTUAL** [2] -
1448:24, 1478:13
**ACTUALLY** [2] -
1446:14, 1508:8
**ADAPT** [1] - 1480:5
**ADDED** [1] - 1446:12
**ADDING** [1] - 1501:2

**ADDITIVE** [1] - 1474:5
**ADDRESS** [3] - 1479:4, 1482:21, 1516:8
**ADDRESSES** [1] - 1478:24
**ADDS** [2] - 1469:23, 1469:25
**ADMINISTRATION** [1] - 1513:13
**ADVANCE** [1] - 1485:7
**AFFECT** [1] - 1451:15
**AFFECTED** [1] - 1482:4
**AFFECTING** [1] - 1473:13
**AFFECTS** [2] - 1471:9, 1479:8
**AFTER** [18] - 1448:17, 1450:12, 1450:19, 1451:7, 1452:12, 1454:14, 1460:14, 1471:1, 1473:20, 1479:21, 1480:21, 1498:6, 1500:20, 1507:22, 1518:18
**AFTERNOON** [1] - 1449:25
**AGAIN** [2] - 1472:8, 1518:14
**AGGREGATE** [2] - 1512:18, 1513:5
**AGGREGATION** [3] - 1495:18, 1512:13, 1513:18
**AGO** [4] - 1476:21, 1477:21, 1484:16, 1511:23
**AGREEMENT** [2] - 1502:21, 1502:24
**AGRICULTURE** [1] - 1513:12
**AHEAD** [4] - 1444:6, 1451:10, 1456:22, 1460:20
**AL** [2] - 1438:2, 1438:5
**ALIGNMENT** [1] - 1482:5
**ALL** [42] - 1442:21, 1445:12, 1446:11, 1446:22, 1452:14, 1453:20, 1454:24, 1460:14, 1460:15, 1462:7, 1463:6, 1465:8, 1465:16,

1468:19, 1473:18, 1477:18, 1480:7, 1481:16, 1483:8, 1484:12, 1486:25, 1489:19, 1490:7, 1493:13, 1493:21, 1496:11, 1496:14, 1496:16, 1496:17, 1500:6, 1500:11, 1502:17, 1503:15, 1504:4, 1510:11, 1510:23, 1511:18, 1513:18, 1516:8, 1516:23, 1518:18, 1519:3
**ALLOW** [6] - 1451:9, 1455:19, 1478:4, 1478:15, 1478:19, 1493:5
**ALMOST** [1] - 1498:1
**ALONG** [11] - 1443:23, 1479:9, 1479:12, 1496:14, 1496:16, 1498:5, 1498:11, 1500:5, 1500:7, 1501:14, 1501:17
**ALREADY** [7] - 1456:7, 1457:12, 1462:1, 1467:5, 1484:15, 1505:12, 1512:8
**ALSO** [15] - 1440:1, 1442:17, 1443:19, 1443:24, 1445:10, 1450:6, 1452:13, 1468:7, 1472:23, 1473:25, 1474:17, 1486:11, 1498:20, 1501:20, 1513:5
**ALWAYS** [2] - 1481:7, 1513:16
**AM** [72] - 1444:2, 1444:13, 1444:19, 1444:20, 1448:7, 1448:19, 1450:16, 1451:6, 1451:9, 1451:12, 1452:10, 1452:11, 1452:15, 1453:11, 1453:14, 1453:15, 1453:16, 1453:17, 1453:18, 1454:1, 1454:8, 1454:24, 1455:9, 1456:8, 1457:21, 1458:12, 1459:6, 1461:11, 1461:12, 1462:20, 1463:13, 1465:18, 1466:2, 1466:14, 1466:16,

1468:19, 1468:24, 1472:8, 1472:19, 1473:4, 1476:11, 1478:4, 1478:5, 1478:12, 1478:15, 1479:24, 1480:25, 1482:17, 1484:18, 1484:20, 1488:17, 1489:12, 1490:4, 1492:15, 1493:4, 1496:4, 1496:10, 1496:16, 1497:2, 1501:10, 1507:16, 1509:2, 1512:22, 1515:23, 1518:15, 1518:17, 1518:19, 1518:20
**AMBIGUITY** [1] - 1518:21
**AMERICA** [1] - 1438:5
**AMIN** [1] - 1440:6
**AMONGST** [2] - 1449:3, 1502:24
**AMOUNT** [3] - 1448:21, 1472:4, 1498:9
**AMPLITUDE** [2] - 1469:23, 1469:24
**AN** [40] - 1450:11, 1452:13, 1455:11, 1457:8, 1457:11, 1457:19, 1460:3, 1461:6, 1461:17, 1465:6, 1465:13, 1469:23, 1471:19, 1475:13, 1477:6, 1478:7, 1478:8, 1482:13, 1484:3, 1484:20, 1488:17, 1491:6, 1494:12, 1495:18, 1495:20, 1502:16, 1503:5, 1503:7, 1504:1, 1505:3, 1505:5, 1505:12, 1506:4, 1507:17, 1510:20, 1513:5, 1514:25, 1516:22, 1517:4, 1518:13
**ANALYSES** [15] - 1453:6, 1454:9, 1454:10, 1463:16, 1474:17, 1487:14, 1487:15, 1488:5, 1490:17, 1491:23, 1515:15, 1515:17, 1515:25, 1518:6
**ANALYSIS** [34] - 1443:6, 1443:16,

1444:18, 1445:25, 1458:13, 1458:21, 1466:18, 1471:16, 1475:13, 1475:25, 1476:9, 1483:21, 1485:1, 1485:4, 1486:10, 1489:1, 1489:3, 1491:6, 1492:10, 1496:21, 1502:4, 1502:5, 1502:13, 1503:5, 1503:7, 1503:19, 1510:14, 1510:20, 1510:23, 1511:25, 1512:3, 1515:11, 1515:22, 1517:19
**ANALYTICAL** [5] - 1499:10, 1499:13, 1516:4, 1516:8, 1516:11
**ANALYZE** [1] - 1483:8
**ANALYZING** [4] - 1495:22, 1511:8, 1511:12, 1511:21
**AND** [371] - 1442:9, 1442:16, 1442:19, 1442:24, 1443:4, 1443:13, 1444:17, 1444:19, 1445:3, 1445:5, 1445:8, 1445:12, 1445:13, 1445:15, 1445:18, 1446:7, 1446:10, 1446:14, 1446:16, 1446:18, 1447:25, 1448:9, 1448:15, 1449:5, 1449:11, 1449:18, 1450:4, 1450:12, 1450:16, 1450:21, 1451:4, 1451:5, 1451:8, 1451:15, 1451:17, 1451:18, 1451:19, 1452:5, 1452:7, 1452:8, 1452:9, 1452:13, 1452:14, 1452:15, 1452:21, 1453:2, 1453:8, 1453:17, 1453:18, 1454:9, 1454:10, 1454:18, 1455:1, 1455:8, 1455:16, 1455:19, 1456:1, 1456:3, 1456:4, 1456:5, 1456:17, 1456:20, 1457:2, 1457:5, 1457:11, 1457:17, 1457:20, 1457:25, 1458:2, 1458:5, 1458:9,

1458:14, 1458:18, 1459:7, 1459:11, 1459:14, 1459:15, 1459:17, 1459:19, 1459:23, 1460:6, 1461:9, 1461:18, 1461:21, 1462:11, 1462:16, 1462:19, 1463:10, 1463:16, 1463:18, 1463:21, 1464:2, 1464:16, 1464:18, 1464:20, 1465:10, 1465:12, 1465:22, 1466:7, 1466:16, 1466:19, 1466:20, 1466:21, 1466:22, 1467:4, 1467:6, 1467:12, 1467:22, 1467:24, 1468:2, 1468:3, 1468:6, 1468:15, 1469:2, 1469:12, 1469:19, 1469:25, 1470:2, 1470:6, 1470:8, 1470:16, 1470:19, 1471:4, 1471:8, 1471:17, 1471:25, 1472:1, 1472:3, 1472:5, 1472:12, 1472:16, 1473:1, 1473:17, 1473:19, 1473:22, 1474:2, 1474:4, 1474:11, 1474:19, 1475:5, 1475:6, 1475:19, 1476:1, 1476:12, 1476:14, 1476:21, 1476:22, 1476:23, 1477:13, 1477:15, 1477:16, 1477:17, 1477:20, 1477:21, 1477:24, 1478:8, 1478:23, 1479:2, 1479:6, 1479:10, 1479:14, 1479:25, 1480:1, 1480:4, 1480:16, 1480:17, 1481:9, 1481:10, 1481:13, 1481:22, 1481:25, 1482:3, 1482:5, 1482:6, 1482:8, 1482:11, 1482:15, 1483:2, 1483:3, 1483:5, 1483:6, 1483:8, 1483:12, 1483:17, 1483:22, 1483:24, 1484:23, 1485:12, 1485:13, 1485:25, 1486:11, 1486:13, 1486:14,

1487:6, 1487:15,
1488:6, 1488:10,
1488:20, 1488:22,
1489:1, 1489:3,
1489:4, 1489:5,
1489:12, 1489:19,
1489:23, 1490:1,
1490:5, 1490:9,
1490:10, 1490:12,
1490:21, 1490:22,
1491:9, 1491:11,
1491:23, 1492:1,
1492:7, 1492:8,
1492:9, 1492:14,
1492:18, 1493:4,
1493:13, 1494:1,
1494:14, 1494:20,
1494:22, 1495:16,
1495:20, 1495:25,
1496:2, 1496:3,
1496:4, 1496:6,
1497:6, 1497:13,
1497:22, 1497:23,
1498:2, 1498:25,
1499:2, 1499:22,
1499:25, 1500:3,
1500:17, 1500:19,
1500:21, 1501:6,
1501:8, 1501:21,
1502:14, 1502:18,
1503:1, 1503:7,
1503:25, 1504:3,
1504:4, 1504:6,
1504:8, 1504:13,
1504:17, 1504:25,
1505:1, 1505:4,
1505:12, 1505:16,
1506:4, 1506:12,
1506:17, 1507:6,
1507:8, 1507:9,
1507:10, 1507:11,
1507:18, 1507:24,
1508:3, 1508:6,
1508:10, 1508:14,
1509:3, 1509:14,
1509:16, 1509:21,
1509:22, 1509:25,
1510:3, 1510:5,
1510:7, 1510:8,
1510:16, 1510:18,
1510:25, 1511:1,
1511:2, 1511:5,
1511:7, 1511:8,
1511:9, 1511:11,
1511:12, 1511:21,
1511:22, 1512:13,
1512:14, 1512:15,
1512:18, 1512:22,
1512:25, 1513:2,
1513:7, 1513:18,
1513:24, 1514:17,

1514:22, 1515:3,
1515:4, 1515:8,
1515:18, 1515:21,
1515:23, 1515:24,
1515:25, 1516:6,
1516:11, 1516:22,
1516:25, 1517:1,
1517:5, 1517:7,
1517:8, 1517:14,
1517:18, 1517:25,
1518:23, 1519:13,
1519:14, 1519:15

**ANDRY** [2] -
1438:19, 1438:19

**ANGELES** [1] -
1438:14

**ANOTHER** [4] -
1454:19, 1467:12,
1469:5, 1485:15

**ANSWER** [21] -
1445:6, 1446:18,
1447:18, 1452:7,
1456:7, 1456:18,
1459:15, 1461:20,
1470:7, 1479:10,
1479:15, 1481:1,
1489:13, 1493:7,
1494:22, 1494:24,
1502:12, 1505:12,
1506:5, 1513:2,
1517:22

**ANSWERED** [8] -
1445:13, 1445:18,
1446:16, 1467:3,
1481:22, 1500:9,
1517:12, 1517:15

**ANSWERING** [1] -
1476:23

**ANSWERS** [2] -
1445:3, 1460:1

**ANY** [11] - 1445:16,
1446:15, 1454:21,
1475:16, 1483:10,
1495:5, 1503:2,
1504:4, 1507:3,
1514:17

**ANYMORE** [1] -
1484:14

**ANYONE** [1] -
1507:20

**ANYTHING** [7] -
1448:7, 1448:22,
1476:20, 1482:23,
1484:23, 1486:16,
1518:5

**APOLOGIZE** [5] -
1455:9, 1457:21,
1458:3, 1466:8,
1496:23

**APOLOGY** [1] -

1466:13
**APPARENTLY** [3] -
1442:7, 1463:10,
1488:2

**APPEARANCES** [1] -
1438:11

**APPEARS** [3] -
1486:9, 1486:11,
1489:2

**APPENDICES** [2] -
1496:6, 1496:24

**APPLIED** [5] -
1495:6, 1509:18,
1510:19, 1515:8,
1515:14

**APPLIES** [5] -
1443:24, 1444:3,
1444:10, 1445:25,
1446:7

**APPLY** [4] - 1444:18,
1464:17, 1477:17,
1503:2

**APPLYING** [2] -
1443:13, 1464:16

**APPRECIABLE** [1] -
1452:22

**APPRECIATE** [1] -
1490:6

**APPRISE** [1] -
1468:16

**APPROACHING** [1] -
1473:16

**APPROPRIATE** [5] -
1465:2, 1490:17,
1490:24, 1502:16,
1510:21

**APPROPRIATELY**
[1] - 1475:4

**APPROXIMATELY**
[11] - 1447:15, 1449:3,
1449:23, 1453:7,
1454:11, 1454:12,
1454:15, 1454:16,
1457:12, 1460:3,
1503:13

**APRIL** [1] - 1442:2

**APRIL** [1] - 1438:4

**ARCHERS** [1] -
1506:13

**ARE** [73] - 1445:19,
1445:22, 1446:5,
1447:19, 1449:9,
1449:19, 1450:11,
1452:3, 1452:4,
1452:15, 1452:16,
1452:24, 1454:24,
1456:24, 1457:17,
1457:22, 1458:18,
1459:14, 1461:9,
1463:25, 1465:16,

1469:10, 1469:15,
1472:13, 1474:5,
1474:10, 1474:19,
1477:3, 1477:5,
1481:18, 1482:6,
1482:9, 1486:11,
1490:17, 1490:23,
1492:21, 1493:11,
1493:12, 1493:25,
1495:11, 1495:14,
1496:16, 1499:10,
1500:5, 1500:6,
1500:11, 1500:14,
1500:17, 1500:25,
1501:3, 1501:14,
1501:20, 1502:4,
1502:6, 1503:16,
1505:1, 1506:14,
1507:14, 1507:16,
1507:22, 1507:24,
1507:25, 1508:7,
1512:15, 1512:20,
1514:4, 1515:25,
1516:1, 1516:11,
1518:6

**AREA** [2] - 1442:13,
1449:3

**AREAS** [5] -
1505:20, 1505:24,
1506:3, 1506:4,
1507:3

**ARGUMENT** [2] -
1465:11, 1465:23

**ARGUMENTATIVE**
[1] - 1491:1

**ARMOR** [2] - 1497:8,
1497:14

**ARMORING** [3] -
1450:9, 1495:12,
1508:2

**ARMY** [3] - 1450:7,
1483:4, 1513:14

**AROUND** [1] -
1460:10

**ARPENT** [1] -
1479:13

**ARRIVED** [1] -
1443:13

**ART** [1] - 1512:14

**AS** [114] - 1442:17,
1442:24, 1442:25,
1443:13, 1443:16,
1445:23, 1446:4,
1446:25, 1448:4,
1448:13, 1448:24,
1449:4, 1449:8,
1450:2, 1450:6,
1450:12, 1451:8,
1451:16, 1451:18,
1451:20, 1452:3,

1453:13, 1453:14,
1454:4, 1454:9,
1456:2, 1459:5,
1459:17, 1460:1,
1462:17, 1462:20,
1464:10, 1464:18,
1464:20, 1468:15,
1468:16, 1469:3,
1470:19, 1470:20,
1471:3, 1471:4,
1471:6, 1473:16,
1473:17, 1474:2,
1474:10, 1474:14,
1474:15, 1475:3,
1477:21, 1478:6,
1478:7, 1478:13,
1479:2, 1479:3,
1480:1, 1480:16,
1481:2, 1481:3,
1481:6, 1481:9,
1483:11, 1484:3,
1485:2, 1485:12,
1485:25, 1487:23,
1488:3, 1488:4,
1488:17, 1490:15,
1490:21, 1499:19,
1500:2, 1500:11,
1500:19, 1500:21,
1500:22, 1502:5,
1503:9, 1503:10,
1503:15, 1504:7,
1507:12, 1509:11,
1509:23, 1510:21,
1510:24, 1511:8,
1513:16, 1514:17,
1514:25, 1515:1,
1515:24, 1516:1,
1516:17, 1516:20,
1516:24, 1517:5,
1518:16

**AS-WAS** [4] -
1453:13, 1454:9,
1456:2, 1479:2

**ASCERTAIN** [1] -
1503:3

**ASHLEY** [1] - 1440:2

**ASK** [30] - 1444:19,
1446:25, 1447:13,
1456:16, 1456:17,
1459:20, 1463:24,
1466:23, 1467:12,
1472:17, 1474:8,
1476:18, 1477:10,
1480:25, 1481:1,
1486:24, 1488:10,
1488:22, 1490:13,
1493:24, 1493:25,
1494:1, 1495:9,
1505:10, 1505:14,
1506:15, 1509:2,
1511:2, 1512:22,

1517:5

**ASKED** [19] - 1443:19, 1445:12, 1446:14, 1451:1, 1452:2, 1455:6, 1455:7, 1456:3, 1456:5, 1474:2, 1481:21, 1483:15, 1483:21, 1488:25, 1492:18, 1494:20, 1515:23, 1517:10

**ASKING** [5] - 1444:2, 1456:8, 1466:2, 1476:16, 1494:9

**ASKS** [2] - 1450:24, 1508:25

**ASPECT** [1] - 1487:24

**ASSEMBLE** [1] - 1511:19

**ASSIST** [1] - 1447:1

**ASSISTANCE** [1] - 1517:5

**ASSISTANT** [1] - 1488:3

**ASSOCIATED** [2] - 1483:10, 1483:14

**ASSOCIATES** [2] - 1438:12, 1439:7

**ASSUME** [5] - 1459:19, 1465:10, 1465:22, 1466:21

**ASSURE** [1] - 1516:24

**ASSURED** [1] - 1488:6

**AT** [156] - 1443:5, 1443:13, 1444:10, 1444:13, 1444:14, 1445:3, 1445:5, 1445:10, 1445:22, 1446:3, 1446:6, 1446:7, 1446:22, 1447:22, 1447:25, 1450:21, 1452:3, 1452:10, 1452:15, 1452:19, 1453:6, 1453:9, 1453:11, 1453:12, 1453:14, 1453:15, 1453:17, 1454:11, 1454:12, 1454:13, 1455:1, 1455:17, 1456:24, 1457:2, 1457:5, 1457:12, 1458:10, 1459:20, 1460:19, 1461:14, 1461:24, 1462:3, 1462:6, 1462:9, 1463:6, 1464:6, 1464:12,

1464:14, 1464:24, 1465:4, 1467:8, 1467:23, 1468:13, 1468:16, 1468:17, 1468:24, 1469:4, 1469:15, 1470:3, 1470:6, 1470:21, 1471:4, 1471:8, 1471:12, 1471:14, 1471:15, 1472:7, 1472:19, 1472:21, 1472:23, 1472:25, 1473:1, 1473:3, 1473:6, 1473:8, 1474:22, 1475:3, 1476:14, 1476:21, 1477:3, 1478:13, 1479:1, 1479:2, 1479:3, 1480:18, 1481:3, 1481:21, 1482:11, 1484:23, 1485:11, 1485:13, 1485:24, 1485:25, 1486:9, 1487:15, 1489:2, 1489:5, 1489:7, 1489:15, 1489:23, 1490:4, 1491:5, 1491:9, 1491:12, 1491:14, 1491:18, 1491:19, 1492:9, 1492:14, 1492:15, 1492:23, 1494:10, 1494:20, 1496:5, 1496:11, 1496:13, 1496:15, 1497:9, 1497:19, 1497:24, 1498:1, 1498:5, 1498:10, 1498:18, 1499:2, 1499:3, 1500:14, 1500:22, 1500:24, 1501:1, 1503:16, 1504:4, 1504:7, 1506:7, 1506:19, 1507:5, 1507:7, 1507:8, 1507:18, 1507:20, 1508:4, 1508:21, 1508:23, 1510:3, 1511:15, 1516:12, 1517:10

**ATTACK** [7] - 1450:3, 1450:14, 1451:6, 1452:6, 1472:1, 1512:25, 1513:1

**ATTACKING** [1] - 1473:3

**ATTEMPT** [1] - 1456:18

**ATTEMPTING** [3] - 1444:20, 1498:8

**ATTENTION** [1] - 1511:14

**ATTRIBUTED** [1] - 1477:15

**AUTHORITY** [1] - 1509:14

**AUTHORIZED** [4] - 1478:8, 1481:6, 1481:9, 1482:5

**AVAILABLE** [3] - 1507:20, 1516:16, 1517:2

**AVENUE** [2] - 1438:23, 1439:12

**AVERAGE** [2] - 1503:10, 1503:12

**AVOID** [2] - 1484:14, 1499:25

**AWARE** [1] - 1500:17

**AWAY** [3] - 1499:25, 1506:6, 1506:18

## B

**B** [1] - 1438:19
**B"** [1] - 1447:20
**BACK** [20] - 1443:8, 1452:9, 1453:9, 1463:13, 1463:24, 1465:9, 1465:22, 1469:4, 1471:16, 1471:18, 1475:22, 1479:8, 1479:11, 1485:9, 1508:10, 1508:13, 1510:4, 1511:15, 1512:25, 1513:1

**BACK-TO-FRONT** [1] - 1513:1

**BACKGROUND** [1] - 1501:9

**BAD** [2] - 1466:10, 1478:7

**BAEZA** [1] - 1440:5
**BANK** [1] - 1500:3
**BARELY** [1] - 1482:14

**BARON** [1] - 1438:22
**BARONNE** [2] - 1438:17, 1438:20
**BASE** [1] - 1458:11
**BASED** [6] - 1450:7, 1456:2, 1462:7, 1463:14, 1468:2, 1509:14

**BASELINE** [2] - 1445:6, 1445:8

**BASICALLY** [1] - 1481:9

**BATHYMETRIC** [2] - 1465:1, 1475:5
**BATON** [2] - 1439:10, 1439:16
**BAYOU** [3] - 1498:1, 1498:2, 1511:15
**BAYOUS** [1] - 1508:14
**BE** [55] - 1442:5, 1442:14, 1442:17, 1446:12, 1449:11, 1451:23, 1460:14, 1464:12, 1465:7, 1465:17, 1466:16, 1467:3, 1467:25, 1468:15, 1470:6, 1470:9, 1474:3, 1476:8, 1476:25, 1478:11, 1479:17, 1480:22, 1482:4, 1482:10, 1483:19, 1484:13, 1485:12, 1485:16, 1485:17, 1487:17, 1487:18, 1488:6, 1489:16, 1491:7, 1493:21, 1497:2, 1497:7, 1497:8, 1497:22, 1497:23, 1502:16, 1502:25, 1504:7, 1504:12, 1504:14, 1509:18, 1509:23, 1510:23, 1512:7, 1517:9, 1518:6, 1518:12, 1518:20

**BEA** [31] - 1441:6, 1443:3, 1447:4, 1448:7, 1449:11, 1449:17, 1450:4, 1450:14, 1451:12, 1452:10, 1458:4, 1459:17, 1463:20, 1465:11, 1465:22, 1467:18, 1468:1, 1468:7, 1468:15, 1480:13, 1480:25, 1484:25, 1485:24, 1486:19, 1487:2, 1489:7, 1496:10, 1498:1, 1501:25, 1502:21, 1508:20

**BEA'S** [2] - 1480:18, 1488:18
**BEACHES** [1] - 1504:14
**BECAUSE** [40] - 1445:22, 1452:4, 1452:10, 1454:23, 1455:15, 1459:12, 1461:9, 1461:20,

1463:10, 1464:25, 1470:8, 1471:3, 1473:4, 1473:21, 1474:20, 1475:17, 1477:18, 1478:6, 1478:12, 1481:23, 1482:9, 1483:18, 1486:9, 1492:5, 1492:20, 1495:13, 1496:5, 1498:10, 1503:23, 1504:15, 1505:13, 1505:16, 1507:5, 1508:9, 1511:16, 1513:13, 1515:24, 1516:23, 1517:18, 1518:5

**BECOMES** [1] - 1448:17
**BEEN** [22] - 1446:22, 1461:3, 1467:24, 1473:8, 1474:7, 1475:13, 1475:18, 1478:7, 1478:8, 1478:9, 1483:19, 1491:10, 1505:21, 1505:25, 1506:6, 1510:13, 1510:15, 1516:14, 1516:16, 1516:18, 1517:5, 1517:6

**BEFORE** [16] - 1438:8, 1442:6, 1450:24, 1462:15, 1473:25, 1476:2, 1481:1, 1482:10, 1483:24, 1500:9, 1503:2, 1505:21, 1505:25, 1506:11, 1509:4, 1517:11

**BEGIN** [2] - 1460:15, 1483:9
**BEHAVES** [1] - 1451:18
**BEHIND** [1] - 1506:13
**BEING** [6] - 1443:10, 1444:20, 1459:23, 1490:17, 1509:13, 1515:16
**BELIEVE** [10] - 1442:10, 1442:19, 1442:21, 1468:5, 1468:7, 1479:22, 1480:10, 1484:5, 1505:1, 1509:9
**BELL** [3] - 1504:22, 1505:1
**BELOW** [6] - 1444:2, 1444:10, 1445:4, 1446:8, 1449:19,

DAILY COPY

1452:22
**BENEATH** [1] - 1443:20
**BENJAMIN** [1] - 1440:13
**BERM** [2] - 1499:20, 1499:23
**BERNARD** [3] - 1479:14, 1481:10, 1508:14
**BEST** [4] - 1462:17, 1466:14, 1466:16, 1519:13
**BET** [1] - 1499:5
**BETTER** [2] - 1491:7, 1497:24
**BETWEEN** [17] - 1452:13, 1453:2, 1459:11, 1461:17, 1466:18, 1466:22, 1467:12, 1469:2, 1495:16, 1498:1, 1498:2, 1504:3, 1504:13, 1504:18, 1506:3, 1508:14, 1518:23
**BIENVENUE** [2] - 1498:2, 1508:14
**BIG** [1] - 1513:19
**BIRTH** [1] - 1460:19
**BIT** [4] - 1457:8, 1486:19, 1486:23, 1514:21
**BLANK** [2] - 1485:20, 1485:23
**BLESSED** [2] - 1460:19, 1478:9
**BLOCK** [1] - 1451:19
**BLOW** [1] - 1495:1
**BLVD** [1] - 1439:19
**BOOK** [1] - 1490:6
**BORING** [1] - 1500:14
**BORINGS** [3] - 1497:1, 1500:24, 1500:25
**BOTH** [6] - 1482:3, 1507:6, 1507:10, 1508:10, 1510:7, 1512:25
**BOTTOM** [2] - 1473:17, 1497:19
**BOX** [4] - 1439:2, 1439:9, 1439:19, 1440:12
**BRANCH** [1] - 1440:5
**BREACH** [4] - 1449:18, 1471:17, 1482:8

**BREACHING** [10] - 1456:15, 1471:2, 1471:15, 1471:16, 1474:7, 1474:22, 1482:21, 1483:21, 1502:5, 1502:13
**BREADTH** [1] - 1475:17
**BREAK** [3] - 1457:18, 1484:17, 1516:12
**BREAKS** [1] - 1469:19
**BRENDAN** [1] - 1439:23
**BRICK** [1] - 1505:3
**BRIEFLY** [1] - 1503:18
**BRING** [5] - 1443:8, 1464:13, 1475:4, 1484:1, 1494:18
**BRINGING** [1] - 1450:24
**BROAD** [1] - 1475:18
**BROTHERS** [1] - 1517:7
**BROUGHT** [3] - 1483:16, 1499:22, 1512:1
**BRUNO** [2] - 1438:16, 1438:16
**BUDD** [1] - 1438:22
**BUILT** [1] - 1499:19
**BUNNY** [1] - 1449:14
**BUT** [59] - 1442:11, 1442:13, 1442:20, 1443:17, 1445:12, 1445:18, 1446:5, 1446:7, 1447:24, 1448:13, 1449:3, 1450:6, 1450:18, 1451:20, 1453:9, 1455:2, 1455:9, 1459:6, 1459:8, 1462:20, 1466:17, 1467:23, 1469:9, 1470:20, 1474:5, 1478:12, 1479:7, 1482:9, 1483:5, 1485:7, 1485:23, 1486:12, 1487:19, 1487:23, 1490:25, 1492:12, 1492:14, 1492:22, 1500:22, 1501:1, 1501:25, 1502:10, 1502:14, 1502:25, 1504:22, 1507:20, 1508:4, 1508:8, 1508:13, 1510:11, 1510:13,

1514:4, 1514:14, 1514:17, 1516:8, 1517:2, 1517:20, 1518:17, 1518:20
**BUT..** [1] - 1446:19
**BY** [3] - 1440:18, 1440:19, 1441:8
**BY** [99] - 1438:13, 1438:16, 1438:19, 1438:23, 1439:1, 1439:5, 1439:8, 1439:12, 1439:15, 1439:18, 1439:22, 1440:1, 1440:5, 1442:13, 1443:2, 1444:9, 1446:22, 1447:3, 1447:11, 1447:16, 1448:6, 1449:8, 1449:10, 1450:7, 1451:11, 1452:1, 1454:17, 1455:23, 1456:12, 1456:23, 1458:7, 1459:15, 1460:21, 1461:4, 1462:25, 1463:9, 1463:23, 1465:21, 1466:1, 1466:11, 1467:5, 1467:11, 1468:10, 1468:25, 1470:10, 1470:25, 1471:15, 1471:23, 1473:11, 1475:21, 1476:7, 1477:2, 1477:12, 1478:22, 1479:16, 1480:12, 1481:20, 1482:4, 1482:20, 1482:3, 1483:20, 1484:24, 1485:10, 1486:8, 1487:1, 1488:2, 1488:9, 1488:24, 1489:14, 1490:8, 1491:4, 1491:11, 1491:17, 1493:19, 1494:6, 1495:4, 1496:9, 1497:25, 1498:15, 1498:22, 1499:9, 1501:20, 1501:21, 1502:1, 1502:20, 1503:11, 1503:12, 1503:23, 1505:18, 1506:1, 1506:2, 1507:2, 1508:19, 1509:7, 1509:13, 1513:25, 1514:20, 1516:22

## C

**C** [8] - 1439:5,

1439:8, 1439:12, 1439:14, 1439:15, 1439:18, 1439:18, 1442:1
**CA** [1] - 1438:14
**CALCAREOUS** [1] - 1504:14
**CALCULATION** [1] - 1515:9
**CALCULATIONS** [2] - 1475:16, 1487:16
**CALL** [3] - 1501:8, 1503:20, 1505:1
**CALLED** [2] - 1491:9, 1517:1
**CALVIN** [1] - 1439:12
**CAME** [3] - 1479:11, 1500:19, 1509:11
**CAN** [51] - 1443:8, 1444:12, 1444:22, 1446:10, 1447:25, 1449:23, 1453:24, 1454:1, 1454:10, 1458:21, 1461:20, 1462:17, 1462:18, 1467:17, 1471:10, 1471:16, 1472:6, 1476:12, 1476:18, 1476:20, 1476:24, 1478:11, 1484:8, 1485:21, 1486:21, 1491:11, 1493:15, 1493:17, 1493:25, 1494:23, 1494:24, 1494:25, 1496:20, 1497:17, 1500:13, 1501:3, 1502:11, 1503:1, 1503:15, 1504:1, 1505:2, 1505:4, 1506:22, 1508:22, 1508:23, 1509:8, 1512:17, 1516:20, 1516:24, 1518:1, 1518:23
**CAN'T** [9] - 1443:15, 1464:25, 1467:8, 1472:2, 1473:4, 1481:21, 1481:22, 1505:17, 1507:18
**CANNOT** [3] - 1480:13, 1498:11, 1502:23
**CAPTION** [1] - 1490:9
**CAPTURE** [1] - 1465:1
**CAPTURES** [1] - 1507:16
**CARBON** [1] - 1504:6

**CAREFULLY** [1] - 1465:2
**CARONDELET** [1] - 1440:2
**CARPETS** [2] - 1479:14, 1482:15
**CARRIED** [2] - 1501:9, 1501:20
**CARRY** [2] - 1454:14, 1502:10
**CASE** [15] - 1446:12, 1447:15, 1448:15, 1449:12, 1450:18, 1478:6, 1481:24, 1495:15, 1500:20, 1500:23, 1507:21, 1510:13, 1510:15
**CASES** [2] - 1474:5, 1517:5
**CASTELLATED** [2] - 1506:10, 1506:12
**CAUGHT** [1] - 1488:5
**CAUSATION** [1] - 1478:1
**CAUSED** [2] - 1471:15, 1481:14
**CAUSING** [1] - 1472:4
**CCR** [3] - 1440:15, 1519:11, 1519:19
**CDS** [3] - 1486:3, 1488:20, 1513:19
**CDT** [1] - 1471:13
**CENTER** [2] - 1475:2, 1503:22
**CENTRAL** [2] - 1449:24, 1457:3
**CERTAIN** [4] - 1468:2, 1474:5, 1478:10, 1518:15
**CERTAINLY** [3] - 1462:24, 1495:24, 1513:4
**CERTIFICATE** [1] - 1519:9
**CERTIFY** [1] - 1519:12
**CHAD** [1] - 1501:9
**CHAIN** [1] - 1516:11
**CHALMETTE** [3] - 1442:13, 1442:16, 1442:20
**CHANGE** [2] - 1479:11, 1515:1
**CHANGES** [2] - 1442:21, 1468:13
**CHANGING** [3] - 1452:4, 1470:21, 1515:25
**CHANNEL** [8] -

1474:11, 1474:15, 1474:16, 1474:18, 1474:21, 1475:2, 1479:4, 1479:8

**CHANNELS** [1] - 1513:12

**CHARACTERISTIC** [2] - 1500:12, 1516:19

**CHARACTERISTICS** [6] - 1448:12, 1449:5, 1501:8, 1501:11, 1501:14, 1501:17

**CHARACTERIZATION** [1] - 1498:19

**CHARGE** [1] - 1517:6

**CHARLIE** [1] - 1442:25

**CHART** [3] - 1454:4, 1457:22

**CHIEF** [1] - 1449:12

**CITE** [2] - 1476:10, 1476:12

**CITED** [1] - 1474:13

**CITY** [1] - 1439:20

**CLAIMING** [1] - 1464:2

**CLARIFIES** [1] - 1448:1

**CLARIFY** [2] - 1451:9, 1459:18

**CLASSICALLY** [1] - 1516:14

**CLAY** [4] - 1500:21, 1500:22, 1501:20, 1504:12

**CLAYS** [1] - 1500:18

**CLEAR** [3] - 1454:6, 1461:25, 1474:3

**CLEARLY** [4] - 1444:20, 1446:10, 1450:11, 1491:5

**CLERK** [6] - 1442:5, 1484:12, 1485:5, 1485:9, 1496:21, 1519:3

**CLIMB** [1] - 1470:12

**CLIMBS** [1] - 1471:6

**CLOSE** [1] - 1466:10

**CLOSER** [1] - 1464:20

**CLOSEST** [1] - 1458:5

**CLUSTERED** [1] - 1505:6

**COARSE** [1] - 1464:25

**COASTAL** [2] - 1442:23, 1494:8

**COEFFICIENT** [4] - 1503:10, 1503:24, 1504:3, 1504:13

**COEFFICIENTS** [1] - 1504:16

**COGENT** [1] - 1509:16

**COLLEAGUE** [1] - 1511:18

**COLORS** [1] - 1497:22

**COLUMBIA** [1] - 1509:12

**COLUMN** [1] - 1473:23

**COME** [3] - 1444:1, 1453:15, 1510:18

**COMES** [2] - 1465:8, 1473:23

**COMING** [1] - 1467:10

**COMMENT** [1] - 1502:23

**COMMITTED** [1] - 1488:20

**COMMON** [2] - 1446:22, 1446:23

**COMMUNITY** [2] - 1494:8, 1512:16

**COMPARED** [4] - 1449:8, 1455:7, 1489:3, 1503:21

**COMPARISON** [8] - 1461:10, 1490:13, 1490:14, 1490:16, 1491:5, 1492:7, 1502:16, 1510:4

**COMPARISONS** [1] - 1495:10

**COMPILE** [1] - 1512:24

**COMPLETE** [2] - 1517:18, 1517:19

**COMPLETELY** [1] - 1518:20

**COMPLEX** [1] - 1439:8

**COMPLY** [1] - 1514:7

**COMPONENT** [3] - 1503:18, 1510:9, 1510:11

**COMPORT** [1] - 1447:19

**COMPOUND** [1] - 1447:22

**COMPUTER** [4] - 1475:14, 1475:16, 1487:7, 1487:11

**COMPUTER** [1] -

1440:19

**CONCEPTS** [2] - 1510:3, 1510:8

**CONCERN** [1] - 1449:6

**CONCERNED** [4] - 1500:12, 1511:16, 1511:17, 1513:12

**CONCERNING** [3] - 1474:3, 1492:18, 1492:20

**CONCLUDE** [2] - 1507:18, 1510:7

**CONCLUDED** [1] - 1511:19

**CONCLUDES** [1] - 1489:15

**CONCLUDING** [1] - 1467:9

**CONCLUSION** [5] - 1443:13, 1482:8, 1498:12, 1509:15, 1515:4

**CONCLUSIONS** [7] - 1453:15, 1453:17, 1475:19, 1492:20, 1493:9, 1511:12, 1512:1

**CONCRETE** [3] - 1450:10, 1450:13, 1473:20

**CONDITION** [5] - 1452:24, 1471:2, 1493:23, 1502:7, 1508:6

**CONDITIONS** [36] - 1445:6, 1445:8, 1452:4, 1453:13, 1454:9, 1456:1, 1464:18, 1465:1, 1475:5, 1475:18, 1477:14, 1483:1, 1483:8, 1483:9, 1483:12, 1485:3, 1486:11, 1490:16, 1490:22, 1490:23, 1491:10, 1492:21, 1495:14, 1499:2, 1502:8, 1502:14, 1507:12, 1510:19, 1510:21, 1510:22, 1510:24, 1515:25, 1516:1, 1516:19

**CONFIDENCE** [1] - 1509:24

**CONFIGURATION** [1] - 1514:23

**CONFUSE** [1] - 1502:10

**CONFUSED** [1] -

1515:24

**CONFUSING** [2] - 1444:19, 1484:14

**CONNECT** [1] - 1481:18

**CONNECTED** [1] - 1481:17

**CONNECTS** [1] - 1448:20

**CONOR** [1] - 1440:7

**CONSERVATIVE** [1] - 1495:11

**CONSIDERING** [1] - 1450:8

**CONSISTED** [1] - 1483:3

**CONSISTENT** [1] - 1509:25

**CONSISTING** [1] - 1450:9

**CONSISTS** [1] - 1512:12

**CONSTRUCTED** [1] - 1508:12

**CONSTRUCTION** [3] - 1480:1, 1499:17, 1508:3

**CONSULT** [1] - 1444:4

**CONTAINED** [1] - 1507:14

**CONTENT** [1] - 1500:22

**CONTEXT** [1] - 1443:5, 1494:24, 1508:23, 1510:22

**CONTINUED** [1] - 1441:8

**CONTINUED** [1] - 1443:1

**CONTINUES** [1] - 1451:21

**CONTINUITY** [1] - 1507:17

**CONTINUUM** [1] - 1480:2

**CONTROLLED** [1] - 1504:2

**CONTROLLING** [1] - 1504:6

**CONVINCED** [2] - 1478:11, 1478:12

**CONVINCING** [1] - 1509:16

**COOK** [1] - 1493:8

**COPY** [8] - 1476:4, 1477:7, 1484:5, 1485:14, 1485:15, 1488:13, 1496:8, 1508:22

**CORE** [1] - 1500:17

**CORNER** [1] - 1457:25

**CORPS** [7] - 1449:7, 1450:8, 1451:5, 1483:4, 1494:16, 1495:5, 1513:14

**CORRECT** [161] - 1443:14, 1443:18, 1443:21, 1444:11, 1445:5, 1445:6, 1445:7, 1445:8, 1445:9, 1445:10, 1445:13, 1445:14, 1445:17, 1445:18, 1445:23, 1446:1, 1446:10, 1446:17, 1448:13, 1448:16, 1449:25, 1450:6, 1451:24, 1452:8, 1452:20, 1453:4, 1453:23, 1455:18, 1457:3, 1457:4, 1457:7, 1457:8, 1457:10, 1458:9, 1458:20, 1458:24, 1459:1, 1459:18, 1460:4, 1460:5, 1460:15, 1460:16, 1461:23, 1463:3, 1464:15, 1464:21, 1464:22, 1465:7, 1465:23, 1466:4, 1466:19, 1467:13, 1468:6, 1469:2, 1469:8, 1469:14, 1469:16, 1469:23, 1471:9, 1471:10, 1472:22, 1472:24, 1473:3, 1473:9, 1473:11, 1473:12, 1473:15, 1473:25, 1474:1, 1474:12, 1475:9, 1477:14, 1477:15, 1477:17, 1477:18, 1477:24, 1478:24, 1478:25, 1481:12, 1487:7, 1487:8, 1487:10, 1487:12, 1487:19, 1489:18, 1489:21, 1489:22, 1489:24, 1489:25, 1490:25, 1491:8, 1491:15, 1491:21, 1491:22, 1491:25, 1492:4, 1492:10, 1492:11, 1492:17, 1492:18, 1492:24, 1494:22, 1495:19, 1495:23, 1496:1, 1496:2,

1498:24, 1499:1, 1499:2, 1499:11, 1499:12, 1499:20, 1499:23, 1499:24, 1500:1, 1500:7, 1500:18, 1500:25, 1501:1, 1501:5, 1501:6, 1501:12, 1501:18, 1501:25, 1503:8, 1506:7, 1506:19, 1506:20, 1507:15, 1509:16, 1509:20, 1510:17, 1510:18, 1510:25, 1512:7, 1513:5, 1513:6, 1514:2, 1514:3, 1514:5, 1514:6, 1514:8, 1514:9, 1514:10, 1514:12, 1514:22, 1515:2, 1515:3, 1515:6, 1515:9, 1516:4, 1516:5, 1516:7, 1516:13, 1516:15, 1517:3, 1517:20, 1517:21, 1519:13

**CORRECTED** [1] - 1488:6

**CORRECTING** [1] - 1514:25

**CORRECTLY** [3] - 1481:17, 1498:4, 1509:15

**COULD** [13] - 1459:6, 1463:15, 1470:9, 1475:18, 1476:16, 1483:13, 1490:19, 1492:12, 1499:15, 1510:18, 1510:20, 1511:19, 1517:19

**COULDN'T** [6] - 1475:24, 1492:12, 1503:4, 1506:23, 1517:16, 1517:18

**COULWAVE** [4] - 1514:11, 1514:17, 1516:14, 1516:17

**COUNSEL** [1] - 1462:14

**COUPLE** [2] - 1474:8, 1486:24

**COURSE** [5] - 1462:16, 1471:4, 1478:20, 1481:22, 1503:6

**COURT** [167] - 1438:1, 1442:8,

1442:10, 1442:15, 1442:22, 1444:6, 1446:20, 1446:21, 1447:2, 1447:18, 1447:24, 1448:23, 1451:1, 1451:4, 1451:22, 1451:25, 1453:24, 1454:3, 1454:6, 1455:11, 1455:19, 1456:17, 1456:20, 1456:21, 1457:14, 1457:16, 1457:21, 1458:1, 1458:3, 1459:17, 1459:18, 1460:1, 1460:6, 1460:9, 1460:12, 1460:17, 1460:19, 1461:1, 1461:25, 1462:5, 1462:7, 1462:11, 1462:13, 1462:19, 1462:20, 1462:24, 1463:5, 1463:21, 1465:15, 1465:24, 1466:2, 1466:9, 1466:20, 1466:25, 1467:21, 1468:15, 1468:16, 1468:17, 1468:21, 1468:23, 1470:1, 1470:5, 1470:17, 1471:21, 1475:23, 1476:18, 1476:23, 1477:5, 1477:8, 1478:4, 1478:6, 1478:8, 1478:10, 1478:15, 1478:19, 1479:16, 1479:17, 1479:24, 1480:4, 1480:7, 1480:11, 1480:20, 1480:24, 1481:5, 1481:8, 1481:13, 1481:16, 1481:18, 1482:19, 1482:22, 1482:25, 1484:2, 1484:7, 1484:11, 1485:6, 1485:16, 1485:18, 1485:23, 1486:2, 1486:5, 1486:18, 1486:25, 1487:21, 1488:1, 1488:14, 1488:17, 1489:7, 1490:3, 1490:5, 1491:3, 1491:13, 1493:2, 1493:4, 1493:7, 1493:13, 1493:17, 1493:25, 1495:3, 1496:17, 1496:25, 1497:4, 1497:8, 1497:11, 1497:13,

1497:17, 1497:21, 1498:17, 1499:8, 1502:19, 1503:17, 1504:8, 1504:17, 1504:24, 1505:8, 1505:14, 1506:22, 1506:25, 1508:18, 1508:25, 1509:4, 1510:18, 1511:17, 1512:1, 1512:17, 1513:22, 1514:13, 1514:15, 1514:16, 1518:2, 1518:4, 1518:5, 1518:10, 1518:14, 1518:16, 1518:25, 1519:4, 1519:11, 1519:12, 1519:20

**COURT** [1] - 1440:15

**COURT'S** [3] - 1442:5, 1480:5, 1484:12

**COURTROOM** [1] - 1507:21

**COVER** [15] - 1447:15, 1471:11, 1485:20, 1485:23, 1488:12, 1495:21, 1498:9, 1498:14, 1498:20, 1499:3, 1501:11, 1501:13, 1501:14, 1507:8, 1507:12

**COVERING** [1] - 1498:17

**COVERS** [1] - 1478:11

**CREATES** [1] - 1472:1

**CRENELLATION** [6] - 1474:7, 1506:7, 1506:8, 1506:9, 1506:17, 1506:19

**CREST** [9] - 1452:19, 1456:9, 1471:12, 1473:19, 1474:6, 1497:1, 1501:6, 1506:17

**CRIME** [1] - 1501:22

**CRITERIA** [1] - 1503:2

**CROSS** [1] - 1441:8

**CROSS** [2] - 1443:1, 1493:4

**CROSS-EXAMINATION** [1] - 1441:8

**CROSS-EXAMINATION** [2] - 1443:1, 1493:4

**CRR** [2] - 1440:15, 1519:19

**CRUCIAL** [1] - 1448:18

**CRUMPLED** [1] - 1515:3

**CULVERTS** [1] - 1513:14

**CUMULATIVE** [10] - 1484:25, 1485:3, 1486:10, 1489:1, 1489:2, 1489:16, 1489:23, 1491:6, 1492:16, 1492:22

**CURRENT** [1] - 1487:4

**CURVE** [2] - 1504:22

**CURVES** [2] - 1495:15, 1505:1

**CYCLOIDAL** [1] - 1469:24

## D

**D** [11] - 1440:10, 1441:1, 1442:1, 1464:6, 1464:8, 1464:9, 1464:10, 1464:14, 1467:24, 1468:2

**DALLAS** [1] - 1438:24

**DAMAGE** [10] - 1459:23, 1460:8, 1460:9, 1467:4, 1467:7, 1497:9, 1497:14, 1498:10, 1507:21

**DAMAGED** [1] - 1495:7

**DAMN** [1] - 1468:19

**DANIEL** [1] - 1440:5

**DATA** [12] - 1487:11, 1487:12, 1492:10, 1492:24, 1511:7, 1511:9, 1511:11, 1511:13, 1511:22, 1516:21, 1516:23

**DATE** [2] - 1477:21, 1480:9

**DAY** [3] - 1496:11, 1502:9, 1507:13

**DAYLIGHT** [2] - 1449:24, 1457:3

**DC** [1] - 1440:13

**DEADLIER** [1] - 1465:3

**DEAL** [6] - 1459:8, 1460:18, 1466:14, 1486:21, 1503:5,

1507:12

**DEALING** [1] - 1446:3

**DECIDED** [2] - 1492:15, 1517:11

**DECISION** [1] - 1479:18

**DECLARATION** [9] - 1447:17, 1454:25, 1455:25, 1456:25, 1463:16, 1468:20, 1475:23, 1477:23, 1508:21

**DECLARATIONS** [1] - 1488:8

**DECLINE** [1] - 1469:5

**DEDUCE** [1] - 1469:17

**DEDUCTIONS** [1] - 1511:18

**DEEP** [3] - 1464:16, 1464:17, 1464:23

**DEEPER** [1] - 1452:5

**DEFENDANT** [1] - 1440:4

**DEFIES** [1] - 1446:23

**DEFINE** [7] - 1447:6, 1447:8, 1487:20, 1500:8, 1500:11, 1503:9, 1509:23

**DEFINED** [2] - 1503:10, 1507:3

**DEFINITION** [3] - 1492:19, 1509:9, 1509:11

**DEFINITIONS** [1] - 1509:2

**DEGREE** [1] - 1488:3

**DELFT** [4] - 1517:1, 1517:11, 1517:14

**DEMONSTRATING)** [1] - 1504:24

**DENHAM** [1] - 1439:13

**DENTS** [1] - 1449:19

**DEPARTMENT** [2] - 1440:4, 1513:12

**DEPEND** [2] - 1445:12, 1495:21

**DEPENDABLE** [1] - 1509:24

**DEPENDING** [3] - 1459:22, 1465:15, 1465:17

**DEPENDS** [1] - 1445:11

**DEPICT** [2] - 1462:1, 1507:23

**DEPICTION** [3] -

1496:10, 1496:17, 1498:13

**DEPOSITION** [22] - 1444:12, 1444:22, 1444:23, 1444:25, 1445:3, 1446:9, 1447:23, 1450:21, 1450:24, 1451:25, 1452:3, 1454:18, 1480:19, 1481:21, 1485:24, 1485:25, 1488:18, 1494:18, 1494:20, 1517:8, 1517:10

**DEPOSITIONS** [1] - 1485:12

**DEPTH** [2] - 1464:18, 1482:5

**DEPUTY** [3] - 1442:5, 1484:12, 1519:3

**DERIVED** [1] - 1509:15

**DESCRIBE** [2] - 1503:18, 1512:17

**DESCRIBED** [4] - 1483:17, 1500:21, 1500:22, 1510:10

**DESIGN** [4] - 1479:25, 1495:11, 1495:15, 1508:2

**DETAILS** [2] - 1444:13, 1500:23

**DETERMINATION** [3] - 1444:2, 1456:20, 1490:9

**DETERMINE** [7] - 1456:14, 1456:21, 1460:13, 1491:6, 1491:11, 1510:24, 1518:16

**DETERMINED** [2] - 1445:4, 1495:17

**DEVELOP** [2] - 1512:19, 1513:18

**DEVELOPED** [2] - 1449:8, 1501:25

**DEVELOPING** [1] - 1511:6

**DEVELOPMENT** [1] - 1511:7

**DEVIATION** [6] - 1503:11, 1503:17, 1503:20, 1503:23, 1505:5, 1505:6

**DEVOTED** [2] - 1479:10, 1482:3

**DID** [43] - 1448:3, 1448:4, 1458:21, 1469:11, 1469:17,

1474:25, 1475:6, 1475:9, 1475:16, 1476:20, 1483:11, 1483:23, 1485:7, 1486:10, 1486:16, 1486:20, 1486:21, 1487:22, 1487:23, 1487:24, 1492:4, 1492:19, 1498:20, 1502:13, 1511:1, 1511:23, 1512:3, 1512:6, 1513:7, 1513:17, 1515:4, 1515:11, 1515:12, 1515:13, 1515:14, 1516:3, 1516:10, 1517:10, 1517:12, 1517:14, 1517:15

**DIDN'T** [12] - 1455:16, 1475:25, 1477:17, 1492:23, 1492:24, 1494:16, 1500:10, 1505:14, 1506:9, 1512:5, 1512:6, 1517:15

**DIFFERENCES** [1] - 1449:9

**DIFFERENT** [9] - 1459:2, 1461:8, 1461:9, 1462:14, 1474:23, 1477:11, 1482:7, 1484:5, 1512:17

**DIFFICULTY** [1] - 1467:10

**DIGITIZED** [1] - 1500:19

**DIMENSIONAL** [3] - 1503:23, 1514:9, 1514:11

**DIRECT** [4] - 1467:17, 1471:22, 1490:13, 1490:14

**DIRECTIONS** [1] - 1511:19

**DIRECTLY** [1] - 1502:12

**DISAGREEMENT** [4] - 1448:24, 1449:2, 1449:4, 1494:7

**DISAPPEARED** [1] - 1454:13

**DISCRETIONARY** [2] - 1479:19, 1479:25

**DISCUSSED** [2] - 1443:10, 1475:3

**DISCUSSING** [2] - 1471:24, 1498:25

**DISCUSSION** [7] - 1443:12, 1446:2,

1461:5, 1463:13, 1463:19, 1475:10, 1499:6

**DISPUTE** [1] - 1448:15

**DISTANCE** [1] - 1477:16

**DISTANCES** [1] - 1501:21

**DISTINCTION** [1] - 1461:25

**DISTRIBUTION** [6] - 1503:21, 1504:22, 1505:11, 1505:15, 1505:16

**DISTRIBUTIONS** [1] - 1504:20

**DISTRICT** [5] - 1438:1, 1438:1, 1438:8, 1519:12

**DIVIDED** [3] - 1503:11, 1503:12, 1503:23

**DIVINING** [3] - 1456:21, 1460:12, 1460:13

**DM3** [2] - 1442:16, 1442:20

**DO** [59] - 1443:10, 1444:25, 1447:12, 1449:21, 1451:9, 1451:12, 1451:22, 1453:5, 1453:20, 1456:14, 1457:14, 1457:18, 1458:11, 1459:10, 1459:20, 1461:17, 1463:20, 1463:22, 1464:17, 1465:5, 1466:18, 1467:13, 1471:24, 1472:5, 1473:14, 1475:16, 1475:24, 1476:4, 1476:19, 1482:8, 1482:16, 1482:21, 1486:10, 1486:23, 1487:2, 1487:4, 1490:21, 1492:15, 1494:14, 1494:15, 1495:11, 1496:25, 1500:3, 1500:8, 1500:13, 1508:10, 1510:20, 1510:23, 1514:25, 1516:8, 1516:9, 1516:17, 1517:16, 1518:10, 1518:22, 1519:12

**DOCKET** [1] - 1438:3

**DOCTOR** [1] - 1468:5

**DOCUMENT** [34] - 1472:8, 1472:13, 1476:1, 1476:4, 1476:8, 1476:16, 1476:17, 1476:19, 1476:21, 1476:24, 1477:13, 1477:14, 1477:16, 1477:22, 1479:1, 1480:10, 1484:2, 1484:15, 1484:18, 1484:20, 1484:23, 1485:21, 1489:11, 1492:19, 1492:20, 1492:21, 1493:11, 1493:12, 1494:25, 1508:22, 1508:23, 1509:5, 1510:4, 1512:9

**DOCUMENTED** [2] - 1448:5, 1461:3

**DOCUMENTS** [5] - 1486:20, 1487:23, 1494:17, 1507:7, 1513:19

**DOES** [13] - 1444:1, 1444:17, 1444:18, 1447:19, 1476:18, 1477:18, 1487:7, 1499:13, 1504:10, 1504:18, 1504:19, 1508:5, 1514:23

**DOESN'T** [12] - 1443:25, 1458:16, 1461:25, 1463:1, 1463:5, 1472:21, 1473:21, 1488:20, 1489:17, 1504:25, 1506:12, 1514:16

**DOG** [1] - 1464:10

**DOING** [7] - 1452:17, 1456:13, 1466:14, 1466:16, 1468:1, 1475:12, 1476:9

**DOMENGEAUX** [1] - 1439:1

**DON'T** [30] - 1442:11, 1442:19, 1446:19, 1446:22, 1447:4, 1448:7, 1453:5, 1459:4, 1465:4, 1466:14, 1471:2, 1473:13, 1479:20, 1482:8, 1484:7, 1484:19, 1485:15, 1486:16, 1487:2, 1488:22, 1489:7, 1490:6, 1490:19, 1493:8, 1495:5, 1503:24, 1511:21, 1516:10,

1518:5, 1518:10

**DONE** [16] - 1475:13, 1475:17, 1479:4, 1483:21, 1483:24, 1483:25, 1484:25, 1489:1, 1489:2, 1491:6, 1492:12, 1499:25, 1502:5, 1510:25, 1515:1, 1518:25

**DOT** [1] - 1498:3

**DOTS** [4] - 1481:17, 1481:18, 1496:11, 1496:16

**DOUBLE** [1] - 1469:24

**DOWN** [5] - 1451:19, 1457:18, 1467:4, 1488:22, 1507:10

**DR** [37] - 1441:6, 1443:3, 1447:4, 1448:7, 1449:11, 1449:17, 1450:4, 1450:8, 1450:14, 1451:12, 1452:10, 1458:4, 1459:17, 1463:20, 1465:11, 1465:22, 1467:18, 1467:22, 1468:1, 1468:7, 1468:9, 1468:15, 1473:19, 1480:13, 1480:18, 1480:25, 1484:25, 1485:24, 1486:19, 1487:2, 1488:18, 1489:7, 1496:10, 1498:1, 1501:25, 1502:21, 1508:20

**DRAW** [4] - 1475:19, 1498:11, 1511:11, 1512:1

**DRAWING** [2] - 1461:8, 1497:19

**DRAWINGS** [2] - 1447:7, 1447:9

**DRAWN** [2] - 1443:22, 1500:20

**DREDGE** [1] - 1508:13

**DREDGED** [1] - 1499:16

**DREW** [5] - 1451:17, 1461:7, 1498:12, 1511:14

**DROPPED** [1] - 1492:24

**DUDENHEFER** [2] - 1439:4, 1439:5

**DUE** [1] - 1460:18

**DUMAS** [2] - 1439:7,

1439:8
  **DUPRE** [2] - 1498:2, 1511:15
  **DURATION** [1] - 1449:19
  **DURING** [6] - 1453:5, 1468:12, 1474:7, 1484:17, 1488:18, 1516:19
  **DUTCH** [17] - 1449:8, 1449:23, 1454:8, 1455:2, 1455:4, 1456:2, 1456:3, 1458:6, 1464:1, 1464:2, 1474:25, 1475:2, 1483:6, 1483:16, 1512:3, 1517:1, 1517:5
  **DUVAL** [1] - 1438:8
  **DX** [5] - 1442:14, 1442:17, 1442:25, 1454:25, 1456:24
  **DYNA** [27] - 1475:14, 1486:23, 1487:2, 1487:3, 1487:4, 1487:7, 1487:12, 1487:18, 1510:5, 1510:7, 1510:9, 1510:11, 1514:1, 1514:9, 1514:22, 1514:23, 1514:24, 1514:25, 1515:11, 1515:14, 1515:22, 1516:4, 1516:6, 1516:9, 1516:17, 1517:11, 1517:14
  **DYSLEXIC** [1] - 1481:19

## E

  **E** [4] - 1440:2, 1441:1, 1442:1
  **EACH** [2] - 1448:9, 1455:13
  **EARLIER** [3] - 1463:13, 1465:9, 1484:2
  **EARTHEN** [2] - 1474:22, 1508:7
  **EAST** [1] - 1439:23
  **EASTERN** [2] - 1438:1, 1519:12
  **EASY** [2] - 1481:18, 1505:12
  **EBERSOLE'S** [2] - 1507:14, 1507:22
  **EBSB** [3] - 1489:20, 1490:9, 1490:11
  **EDWARDS** [1] - 1439:1

  **EFFECT** [3] - 1479:11, 1506:10, 1506:12
  **EFFECTIVELY** [1] - 1474:14
  **EFFECTS** [6] - 1474:11, 1474:16, 1474:22, 1477:19, 1480:16, 1491:11
  **EHRLICH** [1] - 1440:6
  **EITHER** [4] - 1474:6, 1492:15, 1494:11, 1509:19
  **EL** [1] - 1440:6
  **EL-AMIN** [1] - 1440:6
  **ELECTED** [1] - 1492:9
  **ELEVATION** [12] - 1444:1, 1444:14, 1445:4, 1448:24, 1454:12, 1454:16, 1456:9, 1459:14, 1467:5, 1470:20, 1471:14, 1474:6
  **ELEVATIONS** [4] - 1448:20, 1449:19, 1482:11, 1501:6
  **ELISA** [1] - 1439:22
  **ELSE** [4] - 1448:1, 1454:20, 1486:21
  **ELWOOD** [2] - 1439:18, 1439:18
  **EMPIRICAL** [1] - 1446:23
  **ENABLE** [1] - 1475:7
  **ENCOMPASSED** [1] - 1485:3
  **END** [6] - 1479:10, 1496:5, 1496:7, 1500:15, 1504:7, 1515:17
  **ENERGY** [1] - 1451:5
  **ENFORCE** [2] - 1518:17
  **ENGINEER** [3] - 1449:6, 1480:15, 1495:13
  **ENGINEERING** [9] - 1442:24, 1480:17, 1494:8, 1501:2, 1508:2, 1512:13, 1512:16, 1512:18, 1513:7
  **ENGINEERS** [7] - 1450:8, 1483:4, 1494:9, 1494:16, 1495:11, 1508:9, 1513:15
  **ENGINEERS'** [1] -

  1449:7
  **ENGINEERS'S** [1] - 1495:6
  **ENOUGH** [3] - 1453:22, 1461:22, 1467:7
  **ENTIRE** [6] - 1473:23, 1494:23, 1498:11, 1507:10, 1507:17, 1517:18
  **ENTIRETY** [1] - 1515:15
  **ENTITLED** [2] - 1462:16, 1519:15
  **EQUALS** [1] - 1469:25
  **EQUIVOCATION** [1] - 1467:25
  **ERASE** [1] - 1474:11
  **ERODE** [2] - 1505:3, 1505:4
  **ERODED** [4] - 1505:21, 1505:25, 1506:1, 1506:18
  **ERODIBILITY** [6] - 1471:12, 1489:20, 1490:11, 1501:17, 1502:18, 1504:18
  **ERODING** [1] - 1448:11
  **EROSION** [56] - 1443:4, 1443:14, 1443:15, 1443:16, 1443:20, 1444:2, 1444:10, 1444:17, 1445:5, 1445:16, 1445:20, 1446:7, 1446:8, 1446:13, 1446:15, 1446:22, 1446:25, 1447:4, 1447:11, 1447:16, 1448:17, 1452:12, 1452:22, 1457:20, 1458:12, 1471:1, 1471:3, 1471:5, 1472:1, 1472:2, 1472:4, 1481:14, 1485:1, 1485:4, 1486:10, 1489:1, 1489:3, 1489:16, 1489:24, 1490:9, 1491:7, 1492:16, 1492:22, 1502:18, 1502:22, 1503:3, 1503:7, 1505:3, 1508:2, 1509:19, 1510:16, 1512:12, 1512:21, 1513:12, 1513:14
  **EROSIVE** [1] -

  1474:22
  **ERROR** [2] - 1483:9, 1483:13
  **ERRORS** [1] - 1488:5
  **ESCALATOR** [1] - 1448:14
  **ESQ** [29] - 1438:13, 1438:16, 1438:19, 1438:20, 1438:23, 1439:1, 1439:5, 1439:8, 1439:12, 1439:15, 1439:15, 1439:18, 1439:22, 1439:23, 1440:1, 1440:2, 1440:6, 1440:6, 1440:6, 1440:7, 1440:7, 1440:8, 1440:8, 1440:9, 1440:9, 1440:10, 1440:10, 1440:11, 1440:11, 1440:12
  **ESSENCE** [1] - 1454:3
  **ESSENTIALLY** [3] - 1477:16, 1492:3, 1511:10
  **ESTABLISH** [5] - 1448:23, 1488:1, 1490:19, 1499:20, 1516:6
  **ESTABLISHED** [1] - 1499:22
  **ET** [2] - 1438:2, 1438:5
  **EVALUATE** [1] - 1458:21
  **EVALUATED** [2] - 1454:19, 1478:23
  **EVALUATION** [1] - 1502:22
  **EVASIVE** [1] - 1444:20
  **EVEN** [6] - 1448:22, 1459:11, 1465:16, 1467:1, 1486:16, 1507:25
  **EVER** [2] - 1468:17, 1484:25
  **EVERY** [2] - 1459:22, 1498:1
  **EVERYBODY** [2] - 1479:17, 1484:9
  **EVERYTHING** [4] - 1462:1, 1486:7, 1488:19, 1497:23
  **EVIDENCE** [5] - 1505:20, 1505:24, 1506:6, 1506:18, 1507:8

  **EXACTLY** [7] - 1451:7, 1460:5, 1465:19, 1477:1, 1487:25, 1497:15, 1504:25
  **EXAMINATION** [1] - 1441:8
  **EXAMINATION** [4] - 1443:1, 1463:21, 1471:22, 1493:4
  **EXAMINE** [1] - 1459:6
  **EXAMINED** [2] - 1483:1, 1511:16
  **EXAMINING** [1] - 1463:17
  **EXAMPLE** [4] - 1483:4, 1504:11, 1506:3, 1513:11
  **EXAMPLES** [1] - 1504:1
  **EXCEEDED** [1] - 1474:6
  **EXCELLENT** [1] - 1504:20
  **EXCEPTION** [2] - 1479:20, 1479:25
  **EXCESS** [2] - 1458:19, 1504:16
  **EXCUSE** [4] - 1451:6, 1476:15, 1481:5
  **EXERCISE** [1] - 1456:13
  **EXHIBIT** [11] - 1442:7, 1442:12, 1442:16, 1442:20, 1442:25, 1454:25, 1472:6, 1476:3, 1484:3, 1484:21, 1508:20
  **EXHIBITS** [2] - 1442:11, 1476:6
  **EXISTED** [2] - 1481:3, 1502:6
  **EXISTING** [4] - 1475:19, 1483:18, 1503:3, 1511:25
  **EXISTS** [1] - 1502:8
  **EXPANDED** [1] - 1515:24
  **EXPECT** [1] - 1491:24
  **EXPECTED** [3] - 1458:14, 1503:12, 1504:12
  **EXPENDED** [1] - 1475:12
  **EXPERIENCED** [1] - 1516:19

DAILY COPY

**EXPERIMENTALLY** [1] - 1473:19
**EXPERT** [10] - 1450:6, 1451:18, 1454:24, 1455:25, 1459:16, 1468:20, 1488:7, 1501:9, 1514:15, 1515:18
**EXPERTS** [2] - 1460:14, 1493:9
**EXPLAIN** [4] - 1461:20, 1480:16, 1504:8, 1511:5
**EXPLAINED** [3] - 1449:11, 1485:2, 1516:1
**EXPLICIT** [1] - 1495:14
**EXPLICITLY** [3] - 1479:4, 1483:15, 1485:2
**EXPLOIT** [1] - 1471:17
**EXTENT** [1] - 1487:23
**EXTRA** [3] - 1455:9, 1477:7, 1518:22
**EXTRACT** [1] - 1483:18
**EXTRACTED** [1] - 1487:11
**EXTRAPOLATED** [1] - 1468:2
**EXTREME** [1] - 1516:18

# F

**F** [2] - 1440:8, 1515:19
**FACE** [24] - 1450:2, 1451:13, 1451:16, 1451:19, 1452:4, 1453:19, 1456:8, 1457:9, 1458:13, 1459:10, 1464:13, 1464:18, 1464:20, 1464:24, 1468:13, 1469:19, 1470:12, 1470:21, 1471:6, 1471:9, 1473:14, 1474:22, 1490:10, 1514:4
**FACES** [1] - 1516:17
**FACT** [5] - 1462:20, 1465:4, 1473:11, 1492:1, 1503:7
**FACTOR** [3] - 1503:8, 1503:9, 1504:10
**FACTORS** [4] -

1468:2, 1495:14, 1495:15, 1495:16
**FACTS** [3] - 1452:15, 1452:16, 1480:6
**FACTUAL** [1] - 1480:4
**FAIL** [2] - 1450:11, 1467:7
**FAILURE** [3] - 1450:11, 1467:6, 1511:6
**FAIR** [5] - 1448:11, 1450:2, 1479:17, 1494:7, 1495:5
**FAIRLY** [1] - 1481:18
**FAIRNESS** [1] - 1447:21
**FAR** [5] - 1457:10, 1460:17, 1468:4, 1501:24, 1516:24
**FASTER** [1] - 1460:10
**FAT** [3] - 1500:17, 1500:21, 1500:22
**FATNESS** [1] - 1503:21
**FAYARD** [2] - 1439:11, 1450:20
**FEBRUARY** [3] - 1444:23, 1444:25, 1450:20
**FEDERAL** [1] - 1513:13
**FEET** [76] - 1443:20, 1444:3, 1444:10, 1445:5, 1446:6, 1446:7, 1446:8, 1447:6, 1447:11, 1447:15, 1449:3, 1452:14, 1452:19, 1452:21, 1453:2, 1454:12, 1454:16, 1455:7, 1457:2, 1457:5, 1458:15, 1458:17, 1458:22, 1459:11, 1459:20, 1460:7, 1461:16, 1461:18, 1462:12, 1462:13, 1463:3, 1463:7, 1465:10, 1465:12, 1465:16, 1466:4, 1466:5, 1466:6, 1466:9, 1466:12, 1466:19, 1466:22, 1467:12, 1467:13, 1468:12, 1468:14, 1469:1, 1469:2, 1469:3, 1469:5, 1469:9, 1469:15, 1469:16,

1469:18, 1469:21, 1469:23, 1469:25, 1470:2, 1470:3, 1470:6, 1470:9, 1470:22, 1472:21, 1472:23, 1473:11, 1482:12, 1489:16, 1489:24, 1492:1, 1492:2
**FENDER** [1] - 1515:3
**FEST** [1] - 1482:3
**FEW** [5] - 1444:4, 1467:16, 1470:24, 1479:14, 1511:23
**FIGURE** [10] - 1443:19, 1443:22, 1448:8, 1451:15, 1463:16, 1463:17, 1468:20, 1468:23
**FIGURES** [1] - 1461:8
**FILL** [3] - 1455:17, 1479:13, 1482:14
**FINAL** [2] - 1484:2, 1484:17
**FIND** [7] - 1453:18, 1484:21, 1487:22, 1488:25, 1496:20, 1497:2, 1503:4
**FINDING** [3] - 1444:19, 1496:5, 1496:24
**FINDS** [1] - 1462:20
**FINE** [4] - 1455:12, 1489:9, 1500:23, 1518:25
**FINISHED** [2] - 1480:21, 1493:12
**FIRM** [4] - 1438:19, 1439:4, 1439:7, 1439:22
**FIRST** [7] - 1455:2, 1459:19, 1476:18, 1490:13, 1509:4, 1512:11
**FIT** [2] - 1509:23, 1518:17
**FIVE** [3] - 1468:14, 1469:3, 1470:22
**FIVE-FEET** [2] - 1468:14, 1469:3
**FIVE-FOOT** [1] - 1470:22
**FLAWLESS** [1] - 1509:14
**FLEW** [1] - 1507:10
**FLOOD** [8] - 1474:23, 1479:9, 1479:12, 1481:14, 1490:9, 1509:19,

1510:16, 1512:12
**FLOOD-SIDE** [2] - 1510:16, 1512:12
**FLOODED** [1] - 1481:11
**FLOODING** [2] - 1449:19, 1512:4
**FLORIDA** [1] - 1439:12
**FLOW** [1] - 1508:6
**FLUENT** [1] - 1443:15
**FLUID** [1] - 1517:19
**FLUMES** [1] - 1501:23
**FOCUS** [2] - 1450:14, 1471:17
**FOLLOW** [1] - 1480:24
**FOOT** [17] - 1453:21, 1460:2, 1460:4, 1460:24, 1461:21, 1466:7, 1467:1, 1469:9, 1469:12, 1469:22, 1470:21, 1470:22, 1471:25, 1473:2, 1473:13, 1473:16, 1482:13
**FOOTPRINT** [1] - 1481:25
**FOR** [167] - 1438:12, 1439:22, 1440:4, 1441:4, 1442:10, 1443:11, 1443:22, 1445:6, 1445:22, 1446:12, 1447:15, 1448:14, 1448:17, 1449:23, 1450:10, 1450:14, 1453:9, 1453:12, 1454:6, 1454:9, 1455:4, 1455:9, 1456:1, 1456:5, 1457:2, 1457:8, 1457:11, 1457:19, 1458:3, 1458:10, 1458:13, 1458:14, 1458:18, 1458:20, 1458:22, 1459:3, 1459:4, 1459:5, 1459:12, 1460:24, 1461:6, 1461:14, 1461:15, 1461:20, 1461:22, 1463:16, 1463:25, 1464:2, 1464:4, 1464:5, 1465:10, 1465:11, 1465:13, 1465:22, 1465:23, 1470:22, 1471:1, 1471:11, 1474:13,

1474:17, 1474:18, 1474:19, 1474:20, 1475:22, 1475:24, 1476:16, 1477:23, 1478:1, 1478:2, 1478:10, 1478:23, 1479:7, 1479:16, 1479:18, 1479:19, 1482:14, 1482:17, 1483:1, 1483:4, 1483:7, 1483:15, 1483:21, 1484:8, 1485:1, 1485:2, 1486:3, 1486:10, 1486:11, 1486:12, 1488:4, 1488:14, 1489:1, 1489:7, 1489:16, 1489:19, 1489:20, 1490:1, 1490:10, 1490:12, 1490:13, 1490:17, 1490:23, 1490:24, 1491:10, 1491:16, 1491:20, 1491:21, 1491:24, 1492:16, 1492:17, 1492:23, 1493:21, 1494:12, 1494:14, 1494:21, 1496:10, 1498:9, 1499:16, 1500:2, 1502:6, 1502:7, 1503:1, 1503:17, 1504:11, 1506:3, 1506:4, 1507:3, 1508:1, 1508:5, 1508:7, 1508:12, 1508:22, 1508:25, 1509:1, 1509:11, 1510:1, 1510:3, 1510:14, 1510:16, 1510:19, 1510:21, 1510:23, 1510:24, 1510:25, 1511:4, 1512:3, 1512:17, 1512:20, 1512:25, 1513:2, 1513:11, 1514:1, 1514:25, 1515:11, 1516:4, 1516:22, 1517:2, 1517:5, 1517:14, 1518:8
**FOREGOING** [1] - 1519:13
**FORENSIC** [1] - 1495:13
**FOREVER** [1] - 1505:4
**FORGIVE** [2] - 1481:6, 1481:7
**FORM** [1] - 1493:3

**FORMAL** [3] - 1487:2, 1487:3, 1487:4
**FORMAT** [1] - 1484:3
**FORMED** [1] - 1474:7
**FORMULA** [1] - 1446:23
**FORWARD** [2] - 1507:11, 1512:1
**FOUND** [4] - 1473:19, 1492:4, 1495:16, 1500:20
**FOUNDATION** [2] - 1486:15, 1486:16
**FOUR** [11] - 1468:14, 1469:1, 1469:3, 1469:9, 1469:12, 1469:18, 1469:25, 1470:2, 1470:21, 1494:10
**FOUR-FEET** [1] - 1468:14
**FOUR-FOOT** [3] - 1469:9, 1469:12, 1470:21
**FRAME** [4] - 1465:18, 1467:8, 1507:16, 1507:18
**FRANK** [1] - 1439:5
**FRANKLIN** [1] - 1440:13
**FREQUENTLY** [2] - 1502:24, 1511:11
**FRIDAY** [5] - 1443:8, 1452:9, 1471:20, 1471:24, 1475:8
**FRIDAY'S** [2] - 1484:17
**FROM** [65] - 1443:8, 1443:9, 1443:15, 1452:9, 1452:15, 1452:16, 1453:15, 1453:21, 1453:24, 1454:19, 1456:8, 1458:6, 1461:7, 1461:8, 1461:16, 1463:10, 1465:8, 1467:4, 1467:10, 1468:9, 1468:12, 1468:13, 1469:6, 1470:13, 1470:14, 1470:19, 1470:21, 1471:17, 1473:18, 1473:20, 1473:22, 1474:23, 1477:17, 1482:7, 1483:4, 1483:5, 1483:6, 1483:18, 1485:12, 1485:24, 1486:14,

1486:21, 1487:11, 1487:12, 1487:17, 1494:18, 1495:18, 1495:20, 1501:23, 1503:2, 1504:16, 1505:5, 1507:16, 1509:3, 1509:9, 1509:11, 1509:15, 1510:5, 1510:19, 1511:11, 1513:11, 1514:22, 1515:22, 1515:24, 1519:14
**FRONT** [14] - 1448:14, 1448:17, 1450:9, 1450:14, 1451:6, 1471:16, 1471:18, 1477:13, 1490:23, 1497:23, 1508:10, 1508:13, 1512:25, 1513:1
**FRONT-TO-BACK** [2] - 1471:16, 1512:25
**FULL** [3] - 1476:4, 1509:24, 1510:14
**FUNCTION** [2] - 1464:18, 1479:20, 1479:25
**FURNISHED** [1] - 1513:18
**FURTHER** [3] - 1450:3, 1452:5, 1484:25

# G

**G** [3] - 1440:10, 1441:6, 1442:1
**GAIN** [1] - 1505:5
**GATHER** [1] - 1511:11
**GATHERED** [2] - 1513:16, 1513:17
**GATHERING** [1] - 1511:7
**GAVE** [4] - 1447:18, 1447:20, 1486:7, 1487:22
**GENERAL** [6] - 1443:22, 1464:22, 1476:25, 1494:1, 1502:23, 1508:11
**GENERALITY** [1] - 1455:7
**GENERALIZE** [1] - 1473:4
**GENERALLY** [3] - 1467:23, 1507:14, 1509:13
**GEOMETRY** [3] - 1514:21, 1515:1, 1515:24

**GEOTECH** [1] - 1442:13
**GEOTECHNICAL** [1] - 1501:2
**GET** [27] - 1443:15, 1450:17, 1451:22, 1451:25, 1452:12, 1453:22, 1457:20, 1458:11, 1461:25, 1464:20, 1465:19, 1466:2, 1466:17, 1466:18, 1468:16, 1476:16, 1484:8, 1486:21, 1488:22, 1495:20, 1502:11, 1503:15, 1505:17, 1507:17, 1508:22, 1509:1, 1514:19
**GETTING** [6] - 1451:8, 1452:4, 1480:7, 1488:14, 1506:25, 1515:23
**GILBERT** [2] - 1439:22, 1439:22
**GIVE** [9] - 1444:4, 1454:10, 1455:2, 1466:15, 1467:16, 1485:18, 1504:1, 1507:11, 1510:13
**GIVEN** [5] - 1445:3, 1449:18, 1456:6, 1482:13, 1498:14
**GIVES** [2] - 1464:14, 1476:25
**GIVING** [1] - 1444:25
**GO** [37] - 1444:6, 1450:20, 1451:10, 1452:9, 1453:8, 1453:9, 1453:21, 1453:24, 1454:25, 1456:22, 1460:20, 1463:13, 1463:24, 1465:9, 1465:22, 1466:12, 1469:4, 1475:22, 1476:3, 1484:16, 1484:19, 1486:12, 1489:19, 1489:23, 1490:6, 1492:14, 1496:3, 1496:7, 1504:5, 1504:13, 1505:2, 1510:3, 1512:9, 1512:11, 1516:24, 1517:8, 1517:11
**GOES** [2] - 1449:14, 1471:4
**GOING** [35] - 1450:14, 1451:8, 1451:9, 1455:10, 1455:11, 1455:15,

1456:17, 1460:10, 1460:13, 1463:13, 1465:15, 1465:16, 1466:22, 1469:10, 1469:15, 1470:11, 1478:4, 1478:5, 1478:19, 1480:20, 1480:25, 1485:16, 1485:17, 1488:17, 1493:5, 1496:4, 1497:2, 1509:2, 1512:22, 1518:6, 1518:12, 1518:17, 1518:20
**GONE** [2] - 1454:18, 1506:25
**GOOD** [10] - 1460:18, 1484:8, 1495:8, 1501:7, 1507:3, 1507:4, 1508:11, 1516:14, 1516:23, 1518:8
**GOT** [13] - 1442:9, 1452:5, 1452:24, 1468:4, 1479:25, 1481:15, 1481:16, 1481:18, 1485:22, 1497:6, 1500:9, 1506:22, 1516:24
**GOTCHA** [2] - 1451:14, 1453:1
**GOTTEN** [1] - 1485:7
**GOVERNMENT** [1] - 1439:9
**GOVERNMENT'S** [3] - 1449:11, 1475:23, 1479:18
**GRADUATE** [2] - 1487:6, 1488:2
**GRAPH** [3] - 1453:24, 1453:25, 1457:17
**GRAPHICAL** [1] - 1453:11
**GRASS** [125] - 1443:4, 1443:11, 1443:15, 1445:10, 1445:11, 1445:15, 1445:16, 1445:18, 1446:12, 1446:15, 1446:16, 1446:21, 1447:15, 1452:11, 1452:22, 1452:24, 1452:25, 1453:5, 1453:6, 1453:12, 1453:22, 1454:10, 1454:13, 1456:5, 1457:11, 1457:12, 1457:19, 1457:20, 1458:10, 1458:11,

1458:12, 1458:14, 1458:16, 1458:19, 1458:23, 1458:24, 1458:25, 1459:3, 1459:4, 1459:5, 1459:11, 1459:15, 1459:23, 1459:24, 1460:3, 1460:11, 1460:24, 1461:6, 1461:14, 1461:17, 1461:21, 1461:22, 1462:2, 1462:15, 1463:1, 1463:5, 1463:15, 1463:18, 1463:25, 1465:13, 1465:14, 1466:17, 1466:18, 1466:21, 1466:25, 1467:4, 1467:6, 1470:23, 1471:1, 1471:3, 1471:11, 1493:20, 1494:1, 1494:8, 1494:14, 1494:17, 1494:21, 1495:6, 1495:10, 1495:12, 1495:15, 1495:17, 1495:20, 1495:21, 1496:1, 1496:12, 1496:17, 1497:8, 1497:14, 1498:3, 1498:6, 1498:9, 1498:11, 1498:14, 1498:17, 1498:19, 1498:20, 1499:3, 1501:11, 1501:13, 1501:14, 1502:1, 1502:4, 1502:5, 1502:7, 1502:8, 1507:4, 1507:8, 1507:12, 1509:19, 1512:23, 1513:2, 1513:9
**GRAVITY** [1] - 1503:22
**GREAT** [4] - 1476:25, 1503:5, 1507:12, 1513:19
**GREIF** [1] - 1440:7
**GRIDDING** [1] - 1464:25
**GRITTY** [1] - 1488:22
**GROUND** [1] - 1509:14
**GROUNDED** [1] - 1509:15
**GUESS** [3] - 1477:20, 1500:9, 1506:9
**GUIDANCE** [2] - 1483:15, 1495:5

**GUIDELINES** [1] - 1495:11
**GULF** [1] - 1501:24

# H

**HAD** [38] - 1442:7, 1442:11, 1442:21, 1447:15, 1461:22, 1470:11, 1475:12, 1479:11, 1479:16, 1479:17, 1482:23, 1483:5, 1483:6, 1483:7, 1483:12, 1483:21, 1483:25, 1486:7, 1488:6, 1488:7, 1488:25, 1492:5, 1492:14, 1494:9, 1496:23, 1505:21, 1505:25, 1508:12, 1508:13, 1510:4, 1510:24, 1512:8, 1512:18, 1513:18, 1515:5, 1515:17, 1517:4
**HADN'T** [1] - 1483:24
**HALF** [11] - 1452:12, 1458:22, 1459:8, 1460:9, 1460:24, 1461:17, 1461:20, 1466:17, 1482:12, 1482:13
**HAND** [2] - 1457:25, 1487:16
**HAPPENING** [2] - 1450:13, 1453:19
**HAPPENS** [1] - 1458:15
**HARD** [4] - 1468:18, 1505:17, 1506:25, 1513:1
**HAS** [38] - 1442:10, 1450:5, 1452:7, 1453:21, 1454:13, 1456:21, 1458:4, 1459:25, 1461:3, 1466:21, 1467:3, 1469:19, 1473:8, 1473:22, 1474:7, 1475:17, 1478:8, 1478:9, 1480:17, 1491:2, 1494:16, 1495:13, 1496:8, 1496:12, 1500:21, 1501:9, 1503:7, 1504:10, 1504:15, 1504:22, 1506:6, 1506:8, 1506:12, 1508:25, 1510:13, 1516:14

**HASN'T** [1] - 1461:12
**HAUL** [1] - 1509:4
**HAULING** [1] - 1499:25
**HAVE** [150] - 1444:5, 1444:7, 1444:22, 1445:16, 1445:19, 1446:15, 1446:16, 1446:21, 1452:13, 1453:5, 1453:6, 1453:15, 1454:19, 1455:16, 1456:7, 1457:19, 1459:11, 1459:15, 1460:13, 1461:17, 1462:18, 1462:23, 1464:2, 1465:1, 1465:12, 1465:14, 1466:7, 1466:17, 1466:25, 1467:5, 1467:13, 1467:14, 1468:22, 1469:9, 1469:12, 1470:11, 1470:18, 1471:2, 1473:13, 1473:15, 1473:25, 1474:4, 1474:6, 1474:11, 1474:13, 1475:14, 1475:17, 1476:4, 1476:20, 1477:13, 1478:5, 1478:7, 1478:8, 1478:23, 1479:7, 1479:14, 1480:4, 1480:13, 1480:20, 1480:24, 1481:11, 1481:17, 1481:21, 1481:24, 1481:25, 1482:8, 1482:10, 1482:13, 1483:18, 1483:22, 1484:5, 1484:15, 1484:25, 1485:2, 1485:14, 1485:15, 1485:20, 1487:2, 1487:3, 1487:4, 1487:6, 1487:21, 1488:20, 1489:2, 1490:6, 1491:10, 1491:24, 1492:4, 1492:6, 1492:12, 1493:9, 1493:15, 1494:10, 1494:16, 1495:21, 1496:4, 1496:10, 1497:4, 1497:11, 1497:23, 1498:10, 1498:15, 1500:2, 1500:3, 1500:22, 1501:7, 1501:25, 1502:5, 1502:25, 1503:24, 1503:25, 1504:1, 1504:12,

1505:20, 1505:24, 1506:3, 1506:6, 1506:18, 1507:3, 1507:4, 1507:6, 1507:7, 1507:17, 1507:20, 1508:4, 1508:5, 1508:24, 1510:10, 1510:11, 1510:25, 1511:24, 1512:5, 1512:14, 1514:13, 1514:17, 1515:25, 1516:13, 1516:18, 1517:1, 1517:4, 1518:10, 1518:16, 1518:21
**HAVEN'T** [4] - 1460:23, 1461:22, 1500:15, 1517:4
**HAVING** [2] - 1463:13, 1509:15
**HB-406** [1] - 1440:16
**HE** [44] - 1450:10, 1450:12, 1450:24, 1451:8, 1456:17, 1457:14, 1457:16, 1462:14, 1462:16, 1462:20, 1463:5, 1463:11, 1464:12, 1464:14, 1465:15, 1468:9, 1470:5, 1476:18, 1478:18, 1478:20, 1484:16, 1484:22, 1486:3, 1486:6, 1486:16, 1486:20, 1486:21, 1487:13, 1487:22, 1487:23, 1487:24, 1488:1, 1488:18, 1488:20, 1505:14, 1508:23, 1508:25, 1518:1
**HE'S** [8] - 1450:8, 1451:1, 1451:5, 1455:11, 1462:19, 1476:23, 1486:18, 1487:7
**HEARD** [4] - 1438:8, 1514:13, 1514:16, 1514:17
**HEARING** [2] - 1460:14, 1518:18
**HEIGHT** [50] - 1451:5, 1458:16, 1458:17, 1458:22, 1459:14, 1459:18, 1459:19, 1459:21, 1460:2, 1460:6, 1460:15, 1461:15, 1461:16, 1463:2, 1463:6, 1464:12,

1464:14, 1464:17, 1464:20, 1465:16, 1465:17, 1465:25, 1466:3, 1466:7, 1467:13, 1467:14, 1467:15, 1468:2, 1468:13, 1468:14, 1469:2, 1469:3, 1469:9, 1469:13, 1469:24, 1470:1, 1470:2, 1470:21, 1470:23, 1472:18, 1472:20, 1472:25, 1473:2, 1473:13, 1491:14, 1491:15, 1491:20, 1491:24, 1492:6
**HEIGHTS** [11] - 1458:18, 1464:4, 1464:5, 1464:24, 1465:4, 1465:16, 1470:19, 1471:24, 1471:25, 1474:18
**HELP** [8] - 1444:12, 1463:17, 1467:17, 1468:22, 1471:10, 1483:15, 1495:11, 1496:20
**HELPFUL** [1] - 1493:21
**HELPS** [2] - 1447:2, 1480:9
**HENCE** [1] - 1492:7
**HERE** [28] - 1445:21, 1447:19, 1448:8, 1451:12, 1452:10, 1452:17, 1452:21, 1453:20, 1454:19, 1454:23, 1458:1, 1462:14, 1463:10, 1464:16, 1466:7, 1470:15, 1472:18, 1475:22, 1476:14, 1482:3, 1491:6, 1493:16, 1497:3, 1497:4, 1497:11, 1506:9, 1512:11, 1513:11
**HEREBY** [1] - 1519:12
**HETEROGENOUS** [2] - 1501:3, 1501:14
**HICCUP** [1] - 1442:7
**HIDE** [1] - 1506:13
**HIGH** [14] - 1447:21, 1469:18, 1469:22, 1471:11, 1473:16, 1489:20, 1490:10, 1503:15, 1504:5, 1506:12, 1507:11,

1516:21
**HIGH-QUALITY** [1] - 1516:21
**HIGHER** [5] - 1467:14, 1492:6, 1492:7, 1492:16, 1492:22
**HIGHEST** [4] - 1445:21, 1446:3, 1446:5, 1473:3
**HIGHLIGHT** [1] - 1509:8
**HIGHLY** [6] - 1500:5, 1500:6, 1501:3, 1501:14, 1504:2, 1504:12
**HIGHWAY** [1] - 1513:13
**HIM** [13] - 1451:1, 1451:9, 1455:7, 1467:24, 1476:19, 1476:24, 1476:25, 1484:22, 1486:19, 1488:22, 1505:10, 1508:22, 1509:1
**HIMSELF** [1] - 1488:3
**HIS** [7] - 1455:14, 1458:5, 1468:1, 1473:19, 1482:22, 1487:18, 1509:2
**HISTORY** [1] - 1459:25
**HIT** [1] - 1452:17
**HOLD** [2] - 1491:13, 1509:21
**HOME** [1] - 1512:8
**HONEYCUTT** [1] - 1439:11
**HONOR** [53] - 1442:6, 1444:5, 1447:21, 1449:1, 1449:15, 1450:23, 1451:3, 1455:5, 1455:21, 1457:15, 1458:4, 1462:22, 1465:20, 1470:4, 1470:15, 1471:19, 1475:15, 1476:15, 1477:6, 1478:2, 1479:23, 1480:3, 1480:6, 1482:18, 1482:24, 1484:1, 1486:1, 1486:15, 1489:9, 1489:10, 1490:4, 1492:25, 1493:3, 1493:10, 1493:15, 1493:18, 1494:3, 1496:5, 1496:19, 1496:23,

1497:6, 1497:10,
1497:20, 1499:7,
1502:17, 1505:10,
1506:23, 1508:16,
1508:24, 1513:21,
1517:22, 1518:9,
1519:2
  **HONORABLE** [1] -
1438:8
  **HOPE** [2] - 1462:19,
1515:23
  **HOPE** [1] - 1438:13
  **HOPEFULLY** [1] -
1494:1
  **HOPING** [1] -
1497:22
  **HOT** [1] - 1492:24
  **HOUR** [28] - 1443:11,
1452:11, 1452:12,
1452:13, 1452:15,
1454:14, 1456:4,
1457:8, 1457:11,
1457:19, 1458:10,
1458:19, 1458:22,
1459:3, 1459:4,
1459:5, 1459:8,
1459:9, 1460:3,
1461:6, 1461:17,
1461:20, 1465:13,
1466:17, 1470:12,
1470:20, 1518:13
  **HOURS** [4] -
1458:16, 1460:24,
1466:3, 1475:11
  **HOW** [26] - 1451:12,
1451:15, 1456:14,
1457:14, 1457:16,
1458:11, 1466:22,
1469:17, 1470:11,
1471:25, 1476:22,
1476:23, 1479:8,
1482:4, 1485:22,
1495:20, 1495:21,
1496:1, 1498:14,
1500:8, 1503:21,
1505:5, 1512:17,
1518:10, 1518:19
  **HOWEVER** [1] -
1446:12
  **HUGE** [1] - 1472:4
  **HUGHES** [2] -
1450:8, 1473:19
  **HUMP** [2] - 1449:7,
1449:16
  **HURRICANE** [5] -
1458:18, 1498:6,
1505:21, 1505:25,
1516:20
  **HYDRODYNAMIC**
[2] - 1474:15, 1490:16

**HYDRODYNAMICS**
[4] - 1475:2, 1490:1,
1490:10, 1490:18
  **HYDROGRAPH** [8] -
1449:8, 1449:17,
1454:2, 1454:4,
1454:9, 1454:15,
1455:1, 1458:5
  **HYDROGRAPHS** [1]
- 1449:9
  **HYPOTHETICAL** [4]
- 1465:11, 1466:20,
1467:3, 1467:12
  **HYPOTHETICALLY**
[1] - 1467:2

# I

  **I** [358] - 1441:1,
1442:1, 1442:7,
1442:9, 1442:10,
1442:11, 1442:12,
1442:17, 1442:19,
1442:21, 1442:24,
1443:3, 1443:12,
1444:2, 1444:5,
1444:7, 1444:12,
1444:13, 1444:19,
1444:20, 1445:4,
1445:18, 1446:12,
1446:19, 1446:20,
1446:22, 1446:25,
1447:4, 1447:20,
1447:21, 1447:24,
1448:3, 1448:4,
1448:7, 1448:9,
1448:19, 1449:23,
1450:4, 1450:16,
1450:23, 1451:1,
1451:6, 1451:9,
1451:12, 1451:15,
1451:17, 1452:2,
1452:5, 1452:10,
1452:11, 1452:15,
1453:8, 1453:11,
1453:14, 1453:16,
1453:17, 1453:18,
1453:20, 1454:1,
1454:6, 1454:7,
1454:8, 1454:10,
1454:24, 1455:4,
1455:5, 1455:9,
1455:15, 1455:16,
1455:17, 1455:19,
1456:3, 1456:8,
1456:12, 1457:15,
1457:18, 1457:21,
1458:3, 1458:12,
1459:4, 1459:6,
1459:7, 1459:8,
1459:15, 1459:17,

1459:19, 1460:1,
1460:13, 1460:17,
1460:23, 1460:24,
1461:7, 1461:9,
1461:11, 1461:12,
1462:1, 1462:14,
1462:18, 1462:19,
1462:20, 1462:22,
1462:23, 1463:11,
1463:13, 1463:15,
1463:17, 1463:24,
1464:17, 1465:6,
1465:9, 1465:10,
1465:18, 1465:24,
1466:2, 1466:8,
1466:14, 1466:16,
1466:22, 1467:15,
1467:17, 1467:21,
1467:22, 1467:24,
1468:1, 1468:5,
1468:7, 1468:19,
1468:22, 1468:23,
1469:3, 1470:18,
1471:10, 1472:1,
1472:6, 1472:8,
1472:19, 1473:4,
1473:15, 1474:2,
1475:6, 1475:11,
1475:16, 1475:18,
1476:1, 1476:2,
1476:11, 1476:12,
1476:15, 1476:20,
1476:21, 1476:22,
1476:23, 1477:20,
1478:4, 1478:5,
1478:10, 1478:12,
1478:15, 1478:19,
1478:20, 1479:7,
1479:10, 1479:20,
1479:21, 1479:23,
1479:24, 1480:10,
1480:16, 1480:18,
1480:24, 1480:25,
1481:1, 1481:2,
1481:7, 1481:16,
1481:18, 1482:2,
1482:6, 1482:17,
1483:16, 1483:17,
1483:21, 1483:23,
1483:25, 1484:1,
1484:5, 1484:7,
1484:14, 1484:16,
1484:17, 1484:18,
1484:20, 1484:21,
1485:2, 1485:5,
1485:7, 1485:11,
1485:14, 1485:15,
1486:5, 1486:7,
1486:9, 1487:3,
1487:4, 1487:13,
1487:15, 1487:22,

1488:5, 1488:10,
1488:17, 1488:20,
1488:25, 1489:12,
1490:3, 1490:4,
1490:6, 1490:21,
1491:5, 1492:11,
1492:15, 1492:18,
1492:19, 1493:4,
1493:8, 1493:9,
1493:10, 1493:12,
1493:15, 1493:17,
1494:16, 1494:22,
1494:23, 1494:25,
1495:2, 1496:4,
1496:6, 1496:10,
1496:16, 1496:19,
1496:20, 1496:23,
1497:2, 1497:6,
1497:11, 1498:5,
1498:6, 1498:7,
1499:15, 1500:2,
1500:3, 1500:9,
1500:10, 1501:10,
1502:11, 1502:23,
1503:1, 1503:4,
1503:20, 1504:1,
1504:13, 1505:10,
1506:9, 1506:22,
1507:5, 1507:7,
1507:16, 1508:4,
1508:5, 1508:20,
1508:24, 1509:2,
1509:9, 1509:11,
1509:21, 1510:4,
1511:1, 1511:15,
1511:16, 1511:17,
1511:18, 1511:21,
1511:22, 1511:24,
1511:25, 1512:5,
1512:22, 1512:24,
1513:18, 1514:15,
1514:17, 1515:17,
1515:21, 1515:23,
1516:10, 1517:4,
1518:5, 1518:10,
1518:15, 1518:17,
1518:18, 1518:19,
1518:20, 1518:21,
1518:23, 1518:25,
1519:11
  **I'D** [5] - 1463:20,
1463:22, 1485:13,
1486:19, 1511:4
  **I'LL** [13] - 1449:14,
1450:4, 1456:16,
1463:10, 1463:24,
1470:15, 1470:16,
1472:17, 1485:18,
1486:23, 1501:8,
1502:12, 1518:23
  **I'M** [17] - 1442:23,

1444:16, 1444:23,
1447:13, 1447:24,
1455:15, 1457:24,
1460:13, 1471:19,
1473:15, 1478:19,
1480:22, 1488:20,
1490:3, 1497:22,
1501:25, 1512:7
  **I'VE** [9] - 1442:9,
1454:18, 1454:19,
1456:5, 1468:4,
1482:2, 1482:23,
1493:15, 1514:15
  **IBOS** [2] - 1519:11,
1519:19
  **IBOS** [1] - 1440:15
  **IDEA** [1] - 1478:7
  **IDENTIFIED** [1] -
1479:3
  **IF** [103] - 1444:2,
1444:19, 1445:15,
1445:16, 1445:18,
1445:25, 1446:15,
1446:25, 1447:21,
1448:1, 1448:21,
1449:18, 1450:23,
1452:17, 1453:21,
1454:11, 1454:19,
1455:5, 1455:12,
1457:19, 1458:16,
1458:21, 1459:6,
1459:10, 1459:18,
1459:19, 1460:2,
1460:6, 1460:15,
1461:14, 1461:16,
1461:20, 1463:2,
1463:6, 1463:15,
1464:23, 1465:11,
1465:13, 1465:16,
1466:7, 1466:17,
1467:6, 1467:15,
1468:17, 1468:22,
1469:4, 1469:9,
1469:12, 1469:24,
1470:1, 1471:10,
1472:17, 1472:20,
1475:13, 1476:15,
1476:19, 1476:20,
1476:24, 1479:8,
1480:9, 1483:21,
1487:11, 1487:17,
1488:10, 1488:25,
1489:23, 1491:6,
1492:14, 1493:25,
1494:5, 1494:9,
1494:14, 1496:20,
1497:23, 1498:3,
1498:5, 1500:11,
1500:24, 1501:25,
1502:4, 1502:10,

1504:5, 1504:8, 1504:13, 1504:17, 1505:3, 1506:6, 1506:17, 1506:25, 1507:20, 1508:25, 1509:8, 1510:19, 1517:17, 1517:22, 1518:2, 1518:4, 1518:23

**IHNC** [1] - 1481:10

**II** [4] - 1439:19, 1440:1, 1496:21, 1515:11

**ILLUSTRATION** [1] - 1462:10

**IMPACT** [2] - 1443:5, 1465:3

**IMPACTED** [1] - 1459:23

**IMPEACH** [2] - 1484:22, 1484:23

**IMPEACHMENT** [1] - 1484:20

**IMPLICIT** [2] - 1481:13, 1495:14

**IMPLY** [1] - 1461:8

**IMPORTANT** [5] - 1449:18, 1478:10, 1500:23, 1508:9, 1516:22

**IMPROPER** [1] - 1478:2

**IMPROVING** [2] - 1502:1

**IMPUGNING** [1] - 1511:17

**IN** [179] - 1442:5, 1442:7, 1442:25, 1443:5, 1443:19, 1444:12, 1445:4, 1446:3, 1446:9, 1446:14, 1447:7, 1447:9, 1447:16, 1447:21, 1448:15, 1449:3, 1449:7, 1449:9, 1449:11, 1449:12, 1449:16, 1449:25, 1450:6, 1450:18, 1451:17, 1451:25, 1452:14, 1453:2, 1453:21, 1454:3, 1454:14, 1454:18, 1454:22, 1454:24, 1455:2, 1455:4, 1456:24, 1457:16, 1457:24, 1458:15, 1458:19, 1458:24, 1459:11, 1459:12, 1459:16, 1460:3, 1460:12,

1461:5, 1461:16, 1461:21, 1463:16, 1464:10, 1464:22, 1464:25, 1465:4, 1465:7, 1465:12, 1465:25, 1466:3, 1467:6, 1467:8, 1467:9, 1467:21, 1468:1, 1468:8, 1470:12, 1470:24, 1471:4, 1471:22, 1472:2, 1472:13, 1472:14, 1473:7, 1473:11, 1473:23, 1474:5, 1474:10, 1475:10, 1475:22, 1475:23, 1476:6, 1476:24, 1477:10, 1477:13, 1477:16, 1478:6, 1478:8, 1479:4, 1479:8, 1479:14, 1479:20, 1479:25, 1480:7, 1481:13, 1481:24, 1481:25, 1482:22, 1483:7, 1483:12, 1484:12, 1485:7, 1487:3, 1487:4, 1487:23, 1488:5, 1488:19, 1490:15, 1490:22, 1490:23, 1491:7, 1491:23, 1492:1, 1492:21, 1493:23, 1494:1, 1494:7, 1494:9, 1494:15, 1494:21, 1494:23, 1495:5, 1495:10, 1495:15, 1495:22, 1496:6, 1496:24, 1496:25, 1497:7, 1497:23, 1500:23, 1500:25, 1501:1, 1502:1, 1502:6, 1502:8, 1502:11, 1502:12, 1502:14, 1502:15, 1503:5, 1503:7, 1504:10, 1504:12, 1504:14, 1504:16, 1506:25, 1507:6, 1507:14, 1507:20, 1507:21, 1507:22, 1508:2, 1508:10, 1508:23, 1510:9, 1510:13, 1510:15, 1512:9, 1512:10, 1513:8, 1513:11, 1513:24, 1515:15, 1515:16, 1515:18, 1516:3, 1517:5, 1517:10, 1519:14

**INCHES** [1] - 1447:6

**INCLUDE** [1] - 1495:15

**INCOMING** [1] - 1474:18

**INCONCEIVABLE** [1] - 1446:21

**INCORRECT** [8] - 1460:23, 1465:6, 1490:2, 1492:21, 1506:8, 1507:5, 1511:12, 1517:4

**INCORRECTLY** [1] - 1455:16

**INCREASE** [1] - 1472:2

**INCUMBENT** [3] - 1475:3, 1480:15, 1483:8

**INDEED** [1] - 1451:18

**INDEX** [2] - 1503:21, 1504:1

**INDICATING)** [1] - 1458:1

**INDUCED** [3] - 1509:19, 1510:16, 1512:12

**INDUSTRY** [1] - 1493:22

**INERTIA** [1] - 1503:22

**INFINITE** [1] - 1504:23

**INFINITY** [1] - 1505:2

**INFORMATION** [27] - 1452:2, 1455:17, 1456:6, 1461:2, 1462:8, 1468:17, 1475:19, 1478:9, 1485:24, 1487:13, 1488:7, 1492:4, 1493:22, 1499:10, 1501:7, 1501:10, 1511:8, 1511:9, 1511:11, 1511:18, 1511:22, 1512:3, 1512:25, 1513:15, 1513:16, 1513:17, 1516:16

**INITIALLY** [1] - 1515:5

**INITIATION** [2] - 1445:19, 1446:13

**INPUT** [11] - 1464:12, 1487:13, 1490:16, 1490:18, 1490:22, 1491:9, 1492:21, 1499:10, 1514:23, 1514:25, 1516:9

**INPUTS** [1] - 1514:1

**INSIGHT** [1] - 1507:12

**INSIGNIFICANT** [1] - 1447:14

**INSTANCE** [1] - 1517:4

**INSTANTANEOUSLY** [1] - 1470:9

**INSTRUCTIVE** [1] - 1496:20

**INSURERS** [1] - 1439:22

**INTEND** [1] - 1484:22

**INTENDED** [1] - 1510:1

**INTENSE** [1] - 1474:19

**INTENTIONAL** [1] - 1508:12

**INTERACTION** [1] - 1517:19

**INTERESTING** [2] - 1506:4, 1516:17

**INTERNATIONAL** [2] - 1494:11, 1494:12

**INTERPRETING** [1] - 1498:4

**INTERRUPT** [1] - 1457:21

**INTERRUPTION** [1] - 1458:3

**INTO** [11] - 1451:8, 1465:2, 1471:17, 1475:4, 1479:25, 1484:16, 1499:10, 1501:24, 1507:12, 1516:9, 1517:11

**IPET** [1] - 1483:4

**IRREGULAR** [1] - 1514:4

**IS** [239] - 1442:12, 1442:20, 1442:25, 1443:9, 1443:17, 1444:2, 1444:14, 1445:16, 1445:18, 1446:2, 1446:16, 1446:18, 1447:4, 1447:13, 1447:18, 1448:11, 1448:13, 1448:15, 1448:22, 1448:23, 1448:24, 1448:25, 1449:4, 1449:16, 1449:19, 1450:1, 1450:2, 1450:3, 1450:6, 1450:13, 1450:18, 1451:1, 1451:4, 1451:5, 1451:6,

1451:8, 1451:12, 1452:4, 1452:6, 1452:11, 1452:17, 1453:22, 1453:25, 1454:12, 1454:15, 1455:5, 1455:6, 1455:7, 1455:11, 1455:25, 1456:12, 1456:17, 1457:12, 1457:16, 1457:22, 1457:24, 1458:6, 1458:10, 1458:14, 1458:16, 1458:17, 1458:20, 1459:20, 1459:23, 1459:24, 1460:3, 1460:4, 1460:6, 1460:10, 1460:15, 1460:18, 1462:1, 1462:11, 1462:14, 1462:16, 1462:21, 1463:2, 1463:6, 1463:7, 1464:20, 1464:25, 1465:3, 1465:8, 1465:15, 1465:22, 1466:10, 1467:3, 1467:4, 1467:10, 1467:15, 1467:21, 1468:8, 1469:18, 1469:22, 1470:1, 1470:2, 1470:5, 1470:7, 1470:8, 1470:21, 1472:2, 1473:2, 1473:18, 1473:22, 1473:23, 1474:10, 1474:23, 1476:16, 1477:10, 1477:20, 1478:2, 1478:5, 1478:10, 1480:20, 1481:3, 1481:5, 1481:6, 1481:9, 1481:13, 1482:8, 1484:21, 1484:22, 1485:16, 1485:21, 1485:22, 1486:14, 1486:15, 1487:11, 1488:1, 1488:11, 1488:14, 1489:12, 1490:1, 1490:2, 1490:5, 1490:12, 1490:16, 1490:25, 1491:1, 1491:14, 1491:15, 1491:20, 1492:6, 1492:7, 1494:7, 1494:11, 1494:20, 1495:5, 1495:8, 1495:18, 1495:19, 1495:21, 1495:22, 1496:10, 1496:15, 1497:4, 1497:13,

1497:17, 1498:8, 1498:9, 1498:11, 1498:23, 1500:5, 1500:7, 1500:20, 1500:22, 1500:23, 1501:1, 1501:6, 1501:11, 1501:17, 1501:20, 1502:2, 1502:5, 1502:21, 1503:5, 1503:7, 1503:8, 1503:10, 1503:12, 1503:21, 1503:24, 1503:25, 1504:4, 1504:15, 1504:23, 1505:3, 1505:5, 1505:6, 1505:15, 1505:19, 1505:20, 1505:24, 1506:18, 1507:19, 1508:1, 1508:7, 1508:8, 1509:4, 1509:9, 1509:11, 1509:21, 1509:22, 1509:25, 1510:1, 1510:9, 1510:14, 1510:16, 1510:23, 1511:7, 1511:8, 1511:10, 1511:12, 1513:23, 1514:9, 1514:11, 1515:1, 1516:6, 1516:11, 1516:13, 1516:23, 1517:4, 1517:20, 1517:22, 1518:8, 1519:13

**ISN'T** [15] - 1446:8, 1459:3, 1461:7, 1461:18, 1468:11, 1469:10, 1470:12, 1472:25, 1473:6, 1476:9, 1480:14, 1490:13, 1490:14, 1495:18, 1506:13

**ISSUE** [2] - 1450:11, 1471:19

**ISSUES** [3] - 1477:23, 1487:6, 1513:23

**IT** [220] - 1442:9, 1443:10, 1443:17, 1443:25, 1444:20, 1445:11, 1445:12, 1446:20, 1446:23, 1446:25, 1447:25, 1448:1, 1448:11, 1450:2, 1450:12, 1451:5, 1451:7, 1451:18, 1455:4, 1455:10, 1455:12, 1455:15, 1456:4, 1456:21, 1457:6,

1457:11, 1457:19, 1457:22, 1458:21, 1459:3, 1459:12, 1459:17, 1461:5, 1461:14, 1461:20, 1464:13, 1464:16, 1465:3, 1465:8, 1465:13, 1466:9, 1466:10, 1466:17, 1467:7, 1468:2, 1468:17, 1468:23, 1468:24, 1469:10, 1469:19, 1469:23, 1470:9, 1470:11, 1470:12, 1472:2, 1472:21, 1472:25, 1473:6, 1473:7, 1473:17, 1473:22, 1473:23, 1474:25, 1475:1, 1476:9, 1476:21, 1476:25, 1477:10, 1478:7, 1478:12, 1478:15, 1478:17, 1478:20, 1479:7, 1479:8, 1479:11, 1479:20, 1479:21, 1479:22, 1479:23, 1480:9, 1480:14, 1481:1, 1481:3, 1481:6, 1481:14, 1481:15, 1481:16, 1483:8, 1483:24, 1483:25, 1484:6, 1484:21, 1484:22, 1485:9, 1485:12, 1485:14, 1485:16, 1485:22, 1485:25, 1486:9, 1486:11, 1486:19, 1486:21, 1487:18, 1487:22, 1487:23, 1487:24, 1488:6, 1488:7, 1488:11, 1488:15, 1488:16, 1488:18, 1489:2, 1489:3, 1489:17, 1490:6, 1490:16, 1490:25, 1491:7, 1491:20, 1491:23, 1492:6, 1492:12, 1493:5, 1493:22, 1493:25, 1494:2, 1494:7, 1494:20, 1495:1, 1495:5, 1495:18, 1496:19, 1496:25, 1497:2, 1497:4, 1497:5, 1497:6, 1497:8, 1497:11, 1497:13, 1497:17, 1497:23, 1498:1, 1498:4,

1498:10, 1499:15, 1499:17, 1499:18, 1499:19, 1500:5, 1500:19, 1500:20, 1500:21, 1500:22, 1501:20, 1502:5, 1502:13, 1502:16, 1502:21, 1503:4, 1503:7, 1503:15, 1503:20, 1503:21, 1503:25, 1504:15, 1504:18, 1505:3, 1505:4, 1505:9, 1505:19, 1505:20, 1505:24, 1506:15, 1507:1, 1508:1, 1508:6, 1508:23, 1508:25, 1509:1, 1509:4, 1509:11, 1509:13, 1510:13, 1510:18, 1511:8, 1511:25, 1512:11, 1513:1, 1514:16, 1514:17, 1514:18, 1516:11, 1516:13, 1517:2, 1517:6, 1517:16, 1517:24, 1518:1, 1518:2, 1518:4, 1518:5, 1518:7

**IT'LL** [3] - 1465:7, 1497:7, 1497:23

**IT'S** [78] - 1446:20, 1449:18, 1454:22, 1455:8, 1457:5, 1457:25, 1458:2, 1460:12, 1461:9, 1463:16, 1463:17, 1463:21, 1465:16, 1466:20, 1468:19, 1469:18, 1469:21, 1469:24, 1470:11, 1472:6, 1472:10, 1473:6, 1473:11, 1473:16, 1474:2, 1475:3, 1476:6, 1478:20, 1480:13, 1480:15, 1480:25, 1481:4, 1482:9, 1483:22, 1484:2, 1484:3, 1484:4, 1484:5, 1484:20, 1485:7, 1485:17, 1485:23, 1487:15, 1487:19, 1491:2, 1491:9, 1492:1, 1492:7, 1493:4, 1495:25, 1496:5, 1496:6, 1496:17, 1496:21, 1498:3, 1498:8, 1503:18,

1503:22, 1503:23, 1504:4, 1504:21, 1505:11, 1506:17, 1506:25, 1508:5, 1510:15, 1513:4, 1513:5, 1514:23, 1516:16, 1517:25, 1518:6, 1518:12, 1518:18, 1518:20

**ITS** [9] - 1449:3, 1449:4, 1449:5, 1479:17, 1481:25, 1482:5, 1503:22, 1510:1, 1515:15

**ITSELF** [3] - 1448:13, 1481:23, 1499:13

## J

**J** [1] - 1440:1

**JAMES** [2] - 1439:1, 1440:8

**JANUARY** [11] - 1444:22, 1450:21, 1451:17, 1479:20, 1480:18, 1494:18, 1496:4, 1508:21, 1515:18, 1516:3, 1517:8

**JAPAN** [1] - 1513:17

**JAPANESE** [1] - 1504:5

**JAZZ** [1] - 1482:3

**JEFFERSON** [1] - 1439:2

**JEFFREY** [1] - 1440:6

**JOB** [1] - 1508:11

**JOHN** [1] - 1440:12

**JOINT** [1] - 1442:12

**JONATHAN** [1] - 1438:19

**JOSEPH** [2] - 1438:16, 1438:16

**JOSHUA** [1] - 1439:15

**JOURNAL** [1] - 1484:3

**JR** [1] - 1440:8

**JR** [6] - 1438:8, 1439:5, 1439:12, 1439:18, 1439:18, 1440:5

**JUDGE** [7] - 1438:8, 1463:18, 1474:2, 1479:6, 1483:15, 1484:15, 1506:10

**JUDGE'S** [2] - 1475:7, 1482:4

1503:22, 1503:23, 1504:4, 1504:21, 1505:11, 1506:17, 1506:25, 1508:5, 1510:15, 1513:4, 1513:5, 1514:23, 1516:16, 1517:25, 1518:6, 1518:12, 1518:18, 1518:20

**JUDGEMENT** [1] - 1479:19

**JUDGMENT** [4] - 1475:24, 1477:23, 1478:1, 1479:18

**JULY** [10] - 1447:17, 1455:1, 1455:25, 1456:25, 1461:3, 1463:16, 1468:20, 1472:7, 1472:10, 1500:15

**JUNE** [2] - 1484:3, 1485:13

**JUST** [35] - 1446:22, 1447:21, 1454:1, 1454:6, 1455:8, 1460:22, 1461:5, 1463:24, 1465:18, 1465:22, 1465:23, 1467:8, 1469:11, 1470:16, 1470:24, 1473:21, 1479:16, 1479:17, 1480:7, 1481:2, 1483:2, 1485:20, 1486:21, 1490:3, 1491:13, 1493:15, 1493:20, 1498:12, 1503:17, 1503:18, 1513:23, 1515:16, 1516:17, 1518:3

**JUSTICE** [1] - 1440:4

**JX** [6] - 1442:14, 1442:17, 1442:24, 1476:3, 1496:3, 1508:20

## K

**K** [2] - 1440:9, 1440:11

**KALIMAH** [1] - 1440:6

**KARA** [1] - 1440:9

**KAREN** [2] - 1519:11, 1519:19

**KAREN** [1] - 1440:15

**KATRINA** [21] - 1445:22, 1446:4, 1452:17, 1453:13, 1454:9, 1456:1, 1458:18, 1479:2, 1481:3, 1482:10, 1494:15, 1494:22, 1496:11, 1498:6, 1502:9, 1503:2, 1505:21, 1505:25, 1507:21, 1507:22, 1516:20

**KEA** [1] - 1438:20

**KEEP** [1] - 1518:3

**KELLS** [1] - 1440:7
**KEPT** [1] - 1481:25
**KIND** [1] - 1468:15
**KINGDOM** [1] -
1513:16
**KNEW** [4] - 1477:21,
1478:18, 1478:20,
1518:25
**KNOW** [19] -
1449:21, 1456:14,
1457:14, 1457:15,
1457:18, 1479:21,
1485:21, 1486:16,
1486:19, 1487:22,
1488:19, 1494:14,
1494:22, 1495:13,
1505:13, 1508:9,
1517:18, 1518:10
**KNOWLEDGE** [4] -
1446:23, 1494:16,
1500:4, 1501:7

# L

**L** [1] - 1464:6
**LA** [9] - 1438:17,
1438:21, 1439:3,
1439:6, 1439:10,
1439:13, 1439:16,
1439:20, 1440:3
**LABORATORY** [1] -
1450:7
**LAFAYETTE** [1] -
1439:3
**LARGE** [2] - 1449:7,
1472:4
**LAST** [9] - 1443:8,
1452:9, 1461:3,
1467:6, 1471:20,
1471:24, 1475:22,
1477:20, 1511:15
**LATERAL** [3] -
1447:16, 1489:16,
1492:16
**LAW** [7] - 1438:16,
1438:19, 1439:4,
1439:7, 1439:18,
1485:9, 1496:21
**LAWN** [1] - 1460:10
**LAWN** [1] - 1438:23
**LAWYER'S** [1] -
1439:8
**LAYMAN** [1] - 1504:8
**LEADS** [2] - 1482:15,
1515:3
**LEAST** [2] - 1467:23,
1494:10
**LEAVING** [2] -
1481:10, 1501:22
**LED** [1] - 1487:3

**LEFT** [1] - 1457:25
**LEFT-HAND** [1] -
1457:25
**LEGAL** [2] - 1478:10,
1480:4
**LEGALLY** [1] -
1478:13
**LENGTH** [1] -
1498:11
**LESS** [8] - 1458:17,
1461:17, 1463:2,
1463:6, 1464:20,
1470:9, 1491:20,
1505:17
**LET** [18] - 1455:12,
1459:19, 1467:12,
1467:21, 1471:10,
1474:8, 1477:10,
1486:23, 1489:7,
1490:13, 1492:3,
1493:24, 1494:23,
1495:9, 1496:20,
1502:13, 1506:15,
1511:2
**LET'S** [34] - 1450:20,
1452:9, 1454:23,
1454:25, 1456:24,
1458:21, 1459:8,
1465:22, 1466:12,
1475:22, 1476:3,
1476:14, 1486:12,
1488:1, 1489:15,
1489:19, 1493:20,
1494:18, 1496:3,
1496:7, 1504:4,
1504:9, 1504:17,
1508:25, 1509:4,
1510:3, 1510:13,
1511:4, 1512:9,
1512:11, 1517:8
**LEVEE** [55] - 1450:3,
1450:13, 1451:13,
1451:15, 1451:16,
1451:19, 1452:19,
1453:19, 1457:9,
1458:13, 1459:10,
1459:21, 1459:22,
1464:13, 1464:19,
1464:21, 1464:24,
1465:2, 1465:3,
1465:4, 1468:3,
1468:13, 1469:10,
1469:15, 1469:18,
1469:19, 1470:3,
1470:6, 1470:12,
1470:21, 1471:6,
1471:8, 1471:9,
1471:12, 1473:14,
1473:16, 1473:18,
1473:22, 1473:25,

1474:6, 1495:22,
1498:15, 1499:16,
1502:15, 1506:6,
1506:17, 1506:18,
1508:9, 1514:4,
1514:21, 1514:23,
1515:1, 1515:2
**LEVEES** [13] -
1443:22, 1450:10,
1473:3, 1482:9,
1495:7, 1501:3,
1502:2, 1505:21,
1505:25, 1507:10,
1508:3, 1508:7,
1508:12
**LEVEL** [16] -
1443:24, 1444:10,
1444:17, 1451:20,
1452:11, 1452:21,
1456:4, 1456:9,
1458:11, 1461:24,
1462:9, 1465:12,
1469:4, 1469:12,
1469:21, 1472:23
**LEVINE** [1] - 1440:8
**LIFT** [77] - 1443:4,
1443:11, 1443:15,
1444:14, 1445:10,
1445:17, 1446:16,
1452:12, 1452:22,
1453:5, 1453:6,
1453:12, 1453:23,
1454:10, 1456:5,
1457:11, 1457:20,
1458:10, 1458:11,
1458:12, 1458:14,
1458:16, 1458:19,
1458:23, 1459:3,
1459:4, 1459:5,
1459:11, 1459:15,
1459:24, 1460:3,
1460:25, 1461:6,
1461:14, 1461:17,
1461:21, 1461:22,
1462:2, 1462:15,
1463:1, 1463:6,
1463:15, 1463:18,
1463:25, 1465:13,
1465:14, 1466:3,
1466:17, 1466:18,
1466:21, 1467:1,
1467:7, 1470:23,
1471:1, 1493:20,
1493:21, 1494:1,
1494:8, 1494:14,
1494:17, 1494:21,
1495:6, 1495:10,
1495:17, 1496:1,
1496:12, 1496:17,
1498:3, 1509:20,
1512:23, 1513:3,

1513:9
**LIFT-OFF** [1] -
1443:4
**LIFTED** [2] -
1457:12, 1498:15
**LIFTS** [1] - 1471:3
**LIKE** [28] - 1442:9,
1443:3, 1457:6,
1457:15, 1457:22,
1472:1, 1475:14,
1476:1, 1479:7,
1480:18, 1484:1,
1484:21, 1485:13,
1486:9, 1486:19,
1487:15, 1487:21,
1492:24, 1498:1,
1501:2, 1503:22,
1504:12, 1504:14,
1504:22, 1508:20,
1511:4, 1515:19,
1516:11
**LIKELY** [1] - 1500:12
**LIMIT** [2] - 1447:4,
1503:16
**LIMITATIONS** [1] -
1518:18
**LINE** [7] - 1450:20,
1453:25, 1480:19,
1480:25, 1517:10,
1517:17
**LINES** [7] - 1444:23,
1450:22, 1480:23,
1494:18, 1495:1,
1517:9
**LINK** [1] - 1516:12
**LIST** [3] - 1442:7,
1484:21, 1513:23
**LITIGATION** [2] -
1440:1, 1446:4
**LITTLE** [11] -
1449:14, 1457:6,
1481:19, 1486:19,
1486:23, 1496:24,
1499:6, 1502:21,
1502:24, 1514:21,
1518:21
**LLC** [2] - 1439:4,
1439:22
**LOCAL** [2] - 1465:1,
1475:4
**LOCATION** [7] -
1457:23, 1496:13,
1496:15, 1501:1,
1515:5
**LOCATION'S** [1] -
1515:8
**LOCATIONS** [2] -
1496:15, 1515:8
**LOG** [2] - 1505:11,
1505:15

**LOG-NORMAL** [2] -
1505:11, 1505:15
**LOGARITHMS** [1] -
1505:16
**LOGIC** [2] - 1446:23,
1453:14
**LOGICAL** [1] -
1502:11
**LOGICALLY** [1] -
1453:17
**LOGS** [1] - 1500:14
**LONG** [9] - 1453:22,
1466:22, 1474:10,
1476:21, 1501:21,
1503:9, 1510:21,
1513:1, 1519:1
**LONGER** [2] -
1449:20, 1471:9
**LOOK** [28] - 1452:10,
1453:17, 1455:1,
1459:20, 1461:24,
1467:8, 1468:17,
1476:14, 1476:21,
1480:18, 1485:13,
1486:9, 1488:10,
1489:7, 1489:15,
1491:5, 1492:23,
1497:24, 1498:5,
1500:22, 1500:24,
1507:18, 1507:20,
1508:4, 1508:23,
1510:3, 1516:22,
1517:11
**LOOKED** [2] -
1489:2, 1492:14
**LOOKING** [27] -
1445:22, 1446:2,
1447:25, 1450:21,
1452:15, 1453:11,
1453:14, 1453:15,
1468:16, 1468:24,
1469:4, 1472:19,
1478:12, 1479:2,
1490:4, 1491:11,
1492:15, 1496:10,
1497:19, 1498:18,
1499:2, 1499:3,
1500:14, 1507:11
**LOOKS** [3] - 1457:6,
1457:22, 1498:1
**LOS** [1] - 1438:14
**LOST** [1] - 1490:3
**LOT** [4] - 1448:24,
1496:15, 1507:22,
1511:11
**LOUISIANA** [4] -
1438:1, 1483:5,
1519:12
**LOUISIANA** [2] -
1438:4, 1440:16

**LOW** [2] - 1506:3, 1506:12
**LOWER** [7] - 1456:24, 1457:24, 1481:10, 1491:24, 1492:1, 1492:5
**LOWERING** [1] - 1482:11
**LS** [27] - 1475:14, 1486:23, 1487:2, 1487:3, 1487:4, 1487:7, 1487:12, 1487:18, 1510:5, 1510:7, 1510:9, 1510:11, 1514:1, 1514:9, 1514:22, 1514:23, 1514:24, 1514:25, 1515:11, 1515:14, 1515:22, 1516:4, 1516:6, 1516:9, 1516:17, 1517:11, 1517:14
**LS-DYNA** [27] - 1475:14, 1486:23, 1487:2, 1487:3, 1487:4, 1487:7, 1487:12, 1487:18, 1510:5, 1510:7, 1510:9, 1510:11, 1514:1, 1514:9, 1514:22, 1514:23, 1514:24, 1514:25, 1515:11, 1515:14, 1515:22, 1516:4, 1516:6, 1516:9, 1516:17, 1517:11, 1517:14
**LUNCH** [2] - 1518:8, 1519:5

# M

**M** [3] - 1438:16, 1438:16, 1439:15
**MADE** [1] - 1455:11
**MAIN** [1] - 1439:16
**MAINTENANCE** [1] - 1480:1
**MAKE** [4] - 1442:9, 1442:21, 1456:20, 1468:18
**MAKING** [2] - 1461:9, 1495:10
**MAN** [1] - 1518:11
**MANDATED** [1] - 1474:20
**MANUAL** [4] - 1442:24, 1508:2, 1508:4, 1508:5
**MANUALS** [2] - 1495:6, 1503:3

**MANUFACTURER** [1] - 1504:5
**MANY** [7] - 1488:19, 1494:12, 1507:8, 1507:24, 1512:17, 1517:5
**MARC** [1] - 1440:8
**MARCH** [1] - 1480:10
**MARKED** [1] - 1484:3
**MARKING** [1] - 1453:25
**MATERIAL** [4] - 1485:12, 1486:4, 1487:19, 1504:12
**MATERIALS** [8] - 1486:1, 1489:21, 1490:11, 1499:16, 1499:20, 1499:22, 1499:25, 1500:25
**MATS** [3] - 1450:10, 1450:11, 1450:13
**MATTER** [1] - 1519:15
**MATTRESS** [1] - 1473:20
**MAY** [18] - 1456:21, 1462:23, 1462:24, 1463:21, 1467:25, 1468:17, 1478:7, 1479:6, 1480:4, 1485:5, 1485:6, 1485:14, 1487:18, 1488:19, 1493:21, 1511:24
**MCCONNON** [1] - 1440:8
**ME** [61] - 1444:4, 1446:8, 1446:9, 1448:9, 1451:6, 1453:10, 1453:18, 1453:19, 1453:24, 1454:18, 1455:12, 1455:13, 1455:14, 1456:6, 1459:2, 1459:12, 1459:14, 1459:20, 1461:5, 1464:12, 1467:12, 1467:16, 1467:21, 1471:10, 1474:8, 1475:3, 1476:15, 1477:10, 1479:8, 1481:5, 1481:6, 1483:8, 1486:10, 1486:13, 1486:23, 1487:14, 1488:10, 1488:12, 1490:12, 1490:13, 1492:3, 1493:24, 1494:23, 1494:24, 1495:9,

1496:20, 1498:1, 1501:25, 1502:10, 1502:13, 1503:11, 1504:1, 1505:9, 1506:15, 1506:24, 1511:2, 1514:25, 1518:5, 1518:6
**MEAN** [14] - 1446:20, 1447:4, 1448:3, 1452:2, 1460:24, 1463:11, 1478:20, 1482:22, 1503:9, 1503:24, 1504:10, 1504:18, 1504:19, 1514:16
**MEANS** [6] - 1445:8, 1459:19, 1464:10, 1511:5, 1518:4, 1518:5
**MEANT** [1] - 1506:9
**MEASURE** [1] - 1503:23
**MECHANICAL** [1] - 1440:18
**MECHANICS** [1] - 1517:19
**MEETING** [1] - 1470:3
**MEETS** [1] - 1516:25
**MEMORY** [1] - 1488:20
**MENTIONED** [2] - 1451:5, 1484:15
**METHOD** [6] - 1480:17, 1509:25, 1510:1, 1511:2, 1512:12, 1516:25
**METHODS** [1] - 1512:14
**MEXICO** [1] - 1501:24
**MICHAEL** [3] - 1439:14, 1439:15, 1440:5
**MICHELE** [1] - 1440:7
**MIGHT** [8] - 1447:21, 1450:23, 1451:23, 1455:5, 1457:17, 1467:17, 1514:13, 1517:23
**MILLER** [1] - 1440:9
**MILLIMETERS** [1] - 1447:6
**MIND** [1] - 1502:12
**MINE** [1] - 1490:5
**MINUS** [1] - 1505:7
**MINUTE** [5] - 1444:13, 1462:23, 1465:22, 1484:8,

1493:15
**MINUTES** [16] - 1444:4, 1453:3, 1453:5, 1453:22, 1459:13, 1461:22, 1465:13, 1466:24, 1466:25, 1467:1, 1467:16, 1469:5, 1470:24, 1471:1, 1518:12
**MISLEAD** [1] - 1448:3
**MISLEADING** [1] - 1511:17
**MISNOMER** [1] - 1500:19
**MISPLACED** [3] - 1485:8, 1493:10, 1493:16
**MISSISSIPPI** [1] - 1501:23
**MISSPOKE** [2] - 1466:8, 1473:16
**MISTAKEN** [1] - 1459:6
**MISUNDERSTOOD** [1] - 1511:24
**MITIGATE** [3] - 1474:15, 1477:18, 1480:15
**MITIGATED** [3] - 1479:3, 1479:7, 1482:10
**MITSCH** [1] - 1440:9
**MOATED** [1] - 1459:25
**MODEL** [33] - 1443:14, 1443:16, 1446:7, 1456:13, 1464:25, 1489:15, 1495:17, 1495:18, 1495:20, 1499:11, 1499:13, 1502:6, 1509:19, 1509:20, 1510:7, 1510:9, 1510:15, 1510:20, 1512:19, 1512:20, 1512:21, 1512:23, 1513:3, 1513:4, 1513:5, 1513:8, 1514:9, 1514:11, 1514:13, 1514:17, 1516:14, 1517:1
**MODELING** [5] - 1456:2, 1456:3, 1468:8, 1511:23, 1511:25
**MODELLED** [1] - 1481:24
**MODELS** [7] -

1443:4, 1443:17, 1453:15, 1508:17, 1515:11, 1516:11, 1516:18
**MODERATE** [1] - 1498:20
**MOMENT** [8] - 1450:15, 1457:2, 1482:17, 1484:15, 1489:8, 1489:20, 1503:22, 1510:3
**MOMENTS** [1] - 1511:23
**MONDAY** [2] - 1475:20, 1512:2
**MONOCHROMATIC** [2] - 1514:1, 1514:7
**MONTHS** [2] - 1477:21, 1478:23
**MORE** [20] - 1442:23, 1447:13, 1447:14, 1469:1, 1470:9, 1470:16, 1471:4, 1471:5, 1473:1, 1474:19, 1486:19, 1498:2, 1500:21, 1504:15, 1507:25, 1513:20, 1514:7, 1517:22, 1518:10, 1518:13
**MORGAN** [1] - 1439:20
**MORNING** [10] - 1438:9, 1442:3, 1442:6, 1443:3, 1459:2, 1465:10, 1475:20, 1490:21, 1499:1, 1512:2
**MORRIS** [1] - 1501:9
**MOSHER** [1] - 1511:18
**MOST** [2] - 1500:11, 1504:21
**MOTION** [8] - 1473:24, 1475:24, 1477:23, 1478:1, 1479:18, 1479:19, 1507:18, 1507:19
**MOTIONS** [1] - 1473:17
**MOVE** [8] - 1457:8, 1463:10, 1463:21, 1465:12, 1470:15, 1470:16, 1470:19, 1477:5
**MOVED** [5] - 1450:5, 1452:7, 1461:12, 1461:21, 1483:11
**MOVEMENT** [1] - 1456:8

**MOVES** [8] - 1451:13, 1451:16, 1452:14, 1453:2, 1454:2, 1459:10, 1459:12, 1468:12
**MOVING** [11] - 1451:19, 1452:3, 1461:16, 1467:8, 1467:9, 1471:17, 1471:19, 1473:18, 1482:17, 1499:6, 1501:21
**MOWED** [1] - 1467:6
**MOWER** [1] - 1460:10
**MR** [1] - 1441:8
**MR** [187] - 1442:6, 1442:9, 1442:16, 1442:23, 1443:2, 1444:5, 1444:9, 1446:25, 1447:3, 1447:21, 1448:2, 1448:3, 1448:6, 1448:9, 1449:1, 1449:10, 1450:23, 1450:24, 1451:2, 1451:3, 1451:11, 1452:1, 1454:1, 1454:5, 1454:8, 1454:17, 1455:5, 1455:9, 1455:15, 1455:21, 1455:22, 1455:23, 1456:23, 1457:15, 1457:19, 1457:24, 1458:2, 1458:4, 1458:7, 1460:21, 1461:4, 1461:24, 1462:18, 1462:22, 1462:25, 1463:9, 1463:12, 1463:15, 1463:22, 1463:23, 1465:20, 1465:21, 1466:1, 1466:11, 1466:24, 1467:11, 1468:5, 1468:7, 1468:10, 1468:25, 1470:4, 1470:10, 1470:15, 1470:25, 1471:11, 1471:19, 1471:22, 1471:23, 1472:3, 1475:13, 1475:21, 1476:4, 1476:5, 1476:6, 1476:7, 1476:15, 1477:2, 1477:6, 1477:10, 1477:12, 1478:2, 1478:14, 1478:17, 1478:22, 1479:22, 1480:3, 1480:6,

1480:9, 1480:12, 1480:15, 1480:22, 1481:20, 1482:2, 1482:17, 1482:20, 1482:23, 1483:3, 1483:20, 1484:1, 1484:4, 1484:5, 1484:14, 1484:15, 1484:24, 1485:5, 1485:7, 1485:10, 1485:15, 1485:17, 1485:20, 1485:22, 1485:25, 1486:3, 1486:6, 1486:8, 1486:15, 1486:23, 1487:1, 1487:9, 1487:12, 1487:13, 1488:4, 1488:9, 1488:16, 1488:24, 1489:9, 1489:14, 1490:4, 1490:8, 1491:1, 1491:4, 1491:17, 1492:25, 1493:3, 1493:6, 1493:10, 1493:12, 1493:15, 1493:18, 1493:19, 1494:3, 1494:5, 1494:6, 1495:1, 1495:4, 1495:10, 1496:9, 1496:19, 1496:23, 1497:2, 1497:6, 1497:10, 1497:19, 1497:22, 1497:25, 1498:22, 1499:6, 1499:9, 1502:17, 1502:20, 1505:10, 1505:18, 1506:23, 1507:2, 1507:14, 1507:22, 1508:16, 1508:19, 1508:22, 1508:24, 1509:2, 1509:6, 1509:7, 1511:21, 1513:20, 1513:23, 1513:25, 1514:20, 1517:22, 1517:24, 1517:25, 1518:1, 1518:8, 1518:12, 1518:15, 1518:23, 1519:2
**MRGO** [25] - 1440:1, 1474:10, 1474:12, 1474:20, 1477:14, 1477:19, 1478:7, 1479:3, 1480:13, 1481:3, 1481:6, 1481:22, 1481:23, 1481:24, 1481:25, 1482:5, 1484:2, 1490:10, 1496:21, 1499:16, 1499:19,

1499:20, 1499:22, 1499:23, 1500:1
**MUCH** [14] - 1449:2, 1449:20, 1460:17, 1468:4, 1492:1, 1498:6, 1498:14, 1504:15, 1511:7, 1514:7, 1518:7, 1518:10, 1518:19
**MULTI** [1] - 1510:9
**MULTI-STEP** [1] - 1510:9
**MULTIPLE** [2] - 1512:13, 1513:7
**MY** [34] - 1442:7, 1444:4, 1444:7, 1444:15, 1444:17, 1447:16, 1450:6, 1451:4, 1451:17, 1454:9, 1454:22, 1454:24, 1455:25, 1459:16, 1463:16, 1466:10, 1466:14, 1466:15, 1466:16, 1468:20, 1472:9, 1477:10, 1477:20, 1483:22, 1488:14, 1493:10, 1493:16, 1496:8, 1500:9, 1502:12, 1506:25, 1509:11, 1515:18, 1519:14
**MYER** [1] - 1440:10
**MYSELF** [3] - 1447:20, 1472:19, 1509:21
**MYSTERY** [1] - 1478:20

# N

**N** [2] - 1441:1, 1442:1
**NAME** [1] - 1510:14
**NASA** [1] - 1509:12
**NATIONAL** [1] - 1480:17
**NATURE** [1] - 1504:25
**NECESSITY** [1] - 1508:6
**NEED** [5] - 1446:22, 1465:18, 1471:1, 1476:21, 1494:5
**NEEDED** [1] - 1456:7
**NEEDS** [1] - 1484:22
**NEGATIVE** [1] - 1477:19
**NEITHER** [1] - 1457:20
**NETHERLANDS** [1] -

1513:17
**NEUTRAL** [6] - 1474:12, 1477:14, 1480:13, 1480:16, 1481:22, 1481:24
**NEVER** [1] - 1505:4
**NEW** [7] - 1438:4, 1438:17, 1438:21, 1439:6, 1439:24, 1440:3, 1440:16
**NEW** [7] - 1459:11, 1460:22, 1460:23, 1461:2, 1475:16, 1483:19, 1515:14
**NEXT** [4] - 1445:15, 1454:14, 1499:20, 1509:22
**NIGHT** [1] - 1511:15
**NINTH** [1] - 1481:10
**NITTY** [1] - 1488:22
**NITTY-GRITTY** [1] - 1488:22
**NO** [1] - 1438:3
**NO** [75] - 1443:8, 1443:20, 1444:2, 1444:5, 1444:10, 1444:17, 1445:5, 1445:10, 1445:15, 1445:18, 1446:8, 1446:12, 1446:15, 1446:22, 1447:4, 1447:15, 1450:3, 1452:5, 1452:21, 1452:22, 1454:25, 1456:25, 1458:2, 1458:4, 1461:19, 1463:16, 1464:17, 1467:19, 1469:23, 1471:3, 1471:9, 1472:10, 1474:13, 1475:11, 1476:20, 1477:25, 1479:11, 1479:24, 1480:15, 1481:5, 1482:3, 1483:19, 1484:5, 1486:16, 1493:1, 1493:8, 1494:11, 1494:12, 1494:21, 1495:25, 1496:3, 1496:4, 1496:7, 1496:22, 1497:6, 1500:7, 1500:15, 1502:16, 1505:20, 1505:24, 1506:6, 1506:18, 1508:1, 1508:12, 1508:24, 1513:24, 1515:16, 1515:23, 1516:3, 1516:10, 1518:1, 1518:25

**NON** [2] - 1480:16, 1503:23
**NON-DIMENSIONAL** [1] - 1503:23
**NON-NEUTRAL** [1] - 1480:16
**NONE** [2] - 1447:5, 1516:18
**NOR** [2] - 1457:20, 1479:18
**NORMAL** [5] - 1504:21, 1505:11, 1505:15
**NORMAN** [1] - 1438:2
**NOT** [118] - 1444:15, 1444:20, 1445:11, 1446:5, 1447:19, 1448:3, 1448:9, 1448:11, 1448:15, 1448:22, 1448:24, 1449:2, 1450:17, 1451:7, 1453:11, 1453:22, 1455:13, 1458:12, 1458:20, 1459:10, 1461:2, 1461:9, 1461:17, 1462:1, 1462:20, 1463:7, 1463:8, 1463:20, 1463:22, 1464:17, 1464:23, 1465:13, 1466:18, 1466:21, 1466:25, 1467:23, 1467:25, 1469:23, 1471:10, 1472:8, 1474:23, 1475:16, 1476:9, 1477:18, 1478:7, 1478:9, 1478:12, 1478:20, 1478:23, 1479:17, 1481:4, 1481:11, 1481:24, 1482:6, 1482:9, 1483:2, 1483:22, 1484:3, 1484:18, 1484:20, 1485:2, 1487:4, 1487:22, 1488:11, 1488:19, 1490:5, 1490:16, 1490:17, 1490:23, 1491:2, 1491:10, 1491:15, 1492:4, 1492:7, 1492:9, 1492:15, 1492:19, 1494:12, 1494:14, 1494:22, 1495:8, 1495:12, 1496:6, 1497:5, 1497:13, 1498:8, 1498:11,

1499:3, 1499:13, 1500:3, 1501:1, 1502:16, 1504:6, 1505:10, 1505:21, 1505:25, 1506:3, 1507:3, 1510:10, 1510:18, 1511:7, 1512:6, 1512:7, 1514:13, 1514:23, 1514:25, 1515:11, 1515:23, 1516:8, 1516:23, 1517:4, 1517:11, 1518:6, 1518:15, 1518:19

**NOTE** [1] - 1474:2

**NOTES** [4] - 1444:4, 1444:7, 1493:10, 1493:16

**NOW** [33] - 1443:24, 1453:2, 1453:10, 1456:8, 1457:17, 1459:2, 1461:5, 1461:14, 1464:11, 1466:20, 1467:14, 1467:21, 1469:1, 1469:4, 1471:14, 1471:16, 1473:1, 1477:13, 1481:24, 1488:18, 1490:7, 1496:5, 1498:18, 1499:16, 1502:17, 1504:8, 1504:21, 1507:3, 1508:16, 1512:10, 1513:24, 1517:1, 1518:5

**NOWHERE** [2] - 1482:16, 1482:21

**NUANCES** [1] - 1514:16

**NUMBER** [13] - 1442:13, 1442:16, 1442:20, 1442:25, 1454:11, 1455:2, 1455:4, 1467:25, 1468:22, 1484:19, 1497:13, 1508:20

**NUMBERED** [2] - 1496:6, 1519:15

**NUMBERS** [9] - 1442:10, 1452:10, 1466:14, 1466:15, 1472:13, 1492:5, 1493:8, 1496:8, 1501:2

**NY** [1] - 1439:24

# O

**O** [4] - 1439:2, 1439:19, 1440:12, 1442:1

**O'BRIEN** [1] - 1439:23

**O'CLOCK** [2] - 1498:25

**O'DONNELL** [3] - 1438:12, 1438:13, 1472:3

**OAK** [1] - 1438:23

**OBJECT** [3] - 1450:23, 1493:2, 1493:3

**OBJECTION** [8] - 1455:12, 1455:14, 1455:20, 1486:15, 1491:1, 1492:25, 1508:24, 1518:1

**OBJECTIVE** [1] - 1509:13

**OBLIGATION** [1] - 1517:6

**OBSERVATIONAL** [1] - 1480:17

**OBTAIN** [1] - 1499:16

**OBTAINED** [1] - 1492:5

**OBVIOUSLY** [3] - 1446:13, 1448:4, 1519:1

**OCCUR** [1] - 1471:2

**OCCURRED** [5] - 1462:2, 1462:15, 1466:21, 1496:12

**OCCURS** [7] - 1449:22, 1454:11, 1457:3, 1457:5, 1459:24, 1470:24, 1472:21

**OCEAN** [1] - 1449:6

**OCEANOGRAPHE RS** [1] - 1449:4

**OCEANOGRAPHIC** [2] - 1492:21, 1516:19

**OCEANOGRAPHY** [2] - 1469:20, 1479:4

**OCTOBER** [2] - 1475:22, 1477:20

**OF** [307] - 1438:1, 1438:5, 1438:7, 1438:16, 1439:18, 1440:4, 1442:21, 1443:4, 1443:5, 1443:13, 1443:16, 1443:17, 1443:20, 1443:22, 1444:14, 1444:22, 1445:19, 1446:12, 1446:23, 1447:11, 1447:15, 1447:22, 1448:7, 1448:11, 1448:14,

1448:20, 1448:21, 1448:24, 1449:6, 1449:7, 1449:16, 1449:19, 1450:3, 1450:8, 1450:9, 1450:12, 1450:13, 1450:20, 1451:13, 1451:16, 1451:19, 1451:21, 1452:13, 1452:21, 1453:12, 1453:14, 1453:19, 1454:10, 1454:16, 1454:25, 1455:25, 1456:1, 1456:3, 1456:4, 1456:9, 1456:15, 1456:21, 1456:24, 1457:9, 1458:11, 1458:13, 1458:15, 1458:19, 1458:22, 1459:5, 1459:10, 1459:25, 1460:1, 1460:12, 1460:15, 1460:18, 1461:6, 1462:8, 1462:16, 1464:6, 1464:13, 1464:18, 1464:19, 1464:20, 1464:24, 1464:25, 1465:2, 1465:11, 1465:23, 1466:3, 1467:8, 1467:13, 1468:13, 1468:19, 1469:1, 1469:9, 1469:10, 1469:15, 1469:19, 1469:23, 1470:6, 1470:11, 1470:18, 1470:21, 1471:4, 1471:6, 1471:9, 1471:14, 1471:17, 1472:4, 1472:18, 1472:20, 1472:23, 1472:25, 1473:14, 1473:21, 1473:22, 1474:6, 1474:8, 1474:16, 1474:18, 1474:20, 1474:22, 1475:2, 1475:11, 1475:17, 1475:22, 1476:4, 1476:25, 1477:13, 1477:18, 1477:19, 1477:20, 1477:21, 1477:23, 1478:5, 1478:9, 1478:12, 1478:20, 1479:1, 1479:9, 1479:12, 1479:20, 1480:9, 1480:17, 1480:18, 1480:25, 1481:3, 1481:22, 1482:14, 1483:2, 1483:3,

1483:4, 1483:8, 1484:6, 1485:11, 1485:14, 1486:3, 1486:24, 1487:4, 1487:14, 1488:13, 1488:17, 1489:6, 1489:24, 1490:9, 1490:14, 1490:23, 1491:5, 1491:6, 1492:7, 1492:19, 1493:9, 1493:21, 1494:16, 1494:21, 1495:6, 1495:12, 1495:14, 1495:15, 1495:16, 1495:25, 1496:7, 1496:11, 1496:15, 1496:17, 1496:18, 1496:21, 1496:24, 1497:23, 1498:9, 1498:13, 1498:14, 1498:15, 1498:17, 1498:19, 1499:6, 1499:20, 1499:22, 1499:23, 1500:1, 1500:3, 1500:15, 1501:7, 1501:17, 1501:22, 1501:24, 1502:4, 1502:9, 1502:15, 1502:22, 1503:5, 1503:6, 1503:10, 1503:15, 1503:18, 1503:22, 1503:24, 1504:2, 1504:13, 1504:16, 1505:5, 1505:16, 1505:21, 1505:24, 1506:7, 1506:17, 1506:18, 1506:19, 1507:8, 1507:12, 1507:17, 1507:18, 1507:21, 1507:22, 1508:3, 1508:6, 1508:16, 1508:22, 1509:2, 1509:9, 1509:24, 1510:4, 1510:10, 1510:11, 1510:22, 1511:5, 1511:6, 1511:11, 1511:18, 1511:23, 1512:4, 1512:12, 1512:13, 1512:14, 1512:17, 1512:24, 1513:4, 1513:12, 1513:15, 1513:19, 1513:23, 1514:1, 1514:13, 1514:16, 1514:17, 1515:21, 1516:1, 1516:3, 1516:8, 1516:16, 1516:18, 1516:19, 1516:25,

1517:8, 1517:14, 1517:20, 1518:6, 1518:18, 1519:12, 1519:13, 1519:14

**OFF** [83] - 1443:4, 1443:11, 1443:15, 1444:14, 1445:10, 1445:17, 1446:16, 1452:12, 1452:22, 1453:5, 1453:6, 1453:12, 1453:23, 1454:10, 1456:5, 1457:11, 1457:12, 1457:20, 1458:11, 1458:13, 1458:14, 1458:16, 1458:20, 1458:23, 1459:3, 1459:4, 1459:5, 1459:11, 1459:15, 1459:24, 1460:3, 1460:25, 1461:6, 1461:14, 1461:17, 1461:21, 1461:22, 1462:2, 1462:15, 1463:1, 1463:6, 1463:15, 1463:18, 1463:25, 1465:13, 1465:14, 1466:3, 1466:18, 1466:21, 1467:1, 1467:7, 1470:23, 1471:1, 1471:3, 1472:19, 1484:19, 1493:20, 1493:21, 1494:1, 1494:8, 1494:14, 1494:17, 1494:21, 1495:6, 1495:11, 1495:17, 1496:1, 1496:12, 1496:17, 1498:3, 1498:15, 1509:20, 1512:23, 1513:3, 1513:9, 1517:11

**OFFICE** [3] - 1438:16, 1439:18, 1440:1

**OFFICER** [1] - 1488:17

**OFFICIAL** [2] - 1519:11, 1519:20

**OFFICIAL** [1] - 1440:15

**OH** [3] - 1474:13, 1490:5, 1514:15

**OKAY** [23] - 1445:12, 1452:9, 1454:3, 1467:20, 1470:17, 1470:18, 1475:22, 1481:5, 1481:24, 1482:25, 1485:18,

1486:2, 1492:15, 1493:20, 1497:21, 1506:21, 1509:8, 1509:22, 1510:6, 1513:20, 1513:22, 1517:17, 1518:14

**ON** [105] - 1444:25, 1445:11, 1445:12, 1449:3, 1450:4, 1450:7, 1450:9, 1450:13, 1450:14, 1450:18, 1451:21, 1452:19, 1453:10, 1453:24, 1453:25, 1454:4, 1455:12, 1455:25, 1456:2, 1457:22, 1458:13, 1459:22, 1460:3, 1462:7, 1462:10, 1463:10, 1463:14, 1463:21, 1464:23, 1465:3, 1465:12, 1465:15, 1465:17, 1468:2, 1468:19, 1469:19, 1470:6, 1470:15, 1470:16, 1470:23, 1471:4, 1471:19, 1472:9, 1472:16, 1472:19, 1473:25, 1474:11, 1475:3, 1475:6, 1475:7, 1475:11, 1475:19, 1477:5, 1477:23, 1478:1, 1479:18, 1479:19, 1479:22, 1479:24, 1480:6, 1480:15, 1480:24, 1482:5, 1483:8, 1484:18, 1484:19, 1484:20, 1486:23, 1487:6, 1487:23, 1487:24, 1488:2, 1489:5, 1490:5, 1490:7, 1490:9, 1491:13, 1492:14, 1492:19, 1495:21, 1495:22, 1496:11, 1497:12, 1497:13, 1497:17, 1497:23, 1499:3, 1499:23, 1500:1, 1500:3, 1501:25, 1502:2, 1502:9, 1502:23, 1505:2, 1506:17, 1508:8, 1509:8, 1509:12, 1509:14, 1512:24, 1513:19, 1513:20, 1515:21

**ONE** [42] - 1442:17, 1442:23, 1443:11,

1452:11, 1452:14, 1453:21, 1455:25, 1456:4, 1457:22, 1457:24, 1458:10, 1458:19, 1459:3, 1459:4, 1459:5, 1459:8, 1459:24, 1460:1, 1461:21, 1462:18, 1462:23, 1467:8, 1470:12, 1470:16, 1476:14, 1478:5, 1483:2, 1483:10, 1484:25, 1485:11, 1485:18, 1497:7, 1497:8, 1498:18, 1507:18, 1509:25, 1510:9, 1511:16, 1512:22, 1514:1, 1515:5, 1516:16

**ONE-HOUR** [1] - 1452:11

**ONES** [1] - 1445:22

**ONLY** [12] - 1454:18, 1458:16, 1463:1, 1463:5, 1469:21, 1473:2, 1488:6, 1492:14, 1501:1, 1505:2, 1510:10, 1517:20

**OPEN** [2] - 1474:20, 1484:11

**OPERATION** [1] - 1480:1

**OPINION** [6] - 1454:20, 1468:1, 1474:10, 1480:13, 1510:13, 1510:15

**OPINIONS** [1] - 1494:10

**OPPORTUNITY** [1] - 1484:21

**OPPOSED** [4] - 1451:8, 1478:18, 1480:1, 1514:17

**OPPOSING** [2] - 1477:22, 1478:1

**OR** [48] - 1445:11, 1447:12, 1448:22, 1452:22, 1457:23, 1458:17, 1463:2, 1463:7, 1464:6, 1466:4, 1467:13, 1470:9, 1470:16, 1471:15, 1472:2, 1472:13, 1474:6, 1474:25, 1475:14, 1476:20, 1478:7, 1479:23, 1483:13, 1483:15, 1484:22,

1485:8, 1487:22, 1491:7, 1492:6, 1492:15, 1495:1, 1495:14, 1496:18, 1498:2, 1498:18, 1503:12, 1504:9, 1505:7, 1505:11, 1507:3, 1507:21, 1508:13, 1509:13, 1509:19, 1509:23, 1517:6, 1518:12, 1518:13

**ORDER** [2] - 1512:24, 1513:24

**ORIGINAL** [1] - 1481:25

**ORIGINALLY** [1] - 1499:19

**ORLEANS** [6] - 1438:4, 1438:17, 1438:21, 1439:6, 1440:3, 1440:16

**OTHER** [6] - 1448:10, 1455:13, 1486:20, 1510:11, 1514:17, 1515:8

**OTHERWISE** [2] - 1475:14, 1510:18

**OUR** [7] - 1452:7, 1461:5, 1463:16, 1471:11, 1499:10, 1511:14, 1516:1

**OURSELVES** [2] - 1488:7, 1516:24

**OUT** [17] - 1447:25, 1448:8, 1450:6, 1451:15, 1453:18, 1455:17, 1467:17, 1473:3, 1473:15, 1481:10, 1484:21, 1487:22, 1488:25, 1498:7, 1499:22, 1501:24, 1516:22

**OUTCOME** [3] - 1456:3, 1495:20, 1495:21

**OUTCOMES** [2] - 1456:13, 1515:8

**OUTPUTS** [1] - 1515:15

**OVER** [11] - 1455:6, 1455:10, 1455:15, 1457:8, 1469:10, 1469:15, 1470:8, 1473:22, 1473:23, 1487:15, 1507:10

**OVERFLOW** [1] - 1482:14

**OVERRULE** [1] - 1455:19

**OVERRULED** [2] - 1491:3, 1493:4

**OVERTOP** [1] - 1471:8

**OVERTOPPED** [3] - 1473:6, 1473:8, 1473:11

**OVERTOPPING** [19] - 1448:12, 1448:17, 1448:21, 1450:12, 1450:17, 1450:19, 1451:7, 1451:8, 1470:6, 1473:1, 1473:20, 1473:25, 1474:4, 1474:5, 1479:13, 1482:9, 1499:2, 1513:1

---

# P

**P** [5] - 1439:1, 1439:2, 1439:19, 1440:12, 1442:1

**P.M** [2] - 1449:24, 1450:1

**P.O** [1] - 1439:9

**PAGE** [43] - 1443:9, 1444:22, 1447:22, 1450:20, 1453:9, 1454:11, 1454:25, 1455:2, 1455:4, 1455:25, 1456:24, 1463:17, 1468:20, 1472:13, 1472:14, 1476:6, 1476:10, 1476:12, 1476:14, 1477:3, 1477:4, 1480:18, 1480:19, 1480:22, 1485:20, 1485:23, 1486:13, 1486:14, 1489:5, 1490:7, 1491:12, 1494:18, 1495:2, 1496:6, 1496:8, 1497:13, 1508:21, 1509:3, 1511:4, 1512:9, 1517:8

**PAGE/LINE** [1] - 1441:4

**PAGES** [5] - 1468:19, 1472:7, 1472:12, 1472:13, 1485:13

**PALMINTIER** [3] - 1439:14, 1439:15, 1439:15

**PAPER** [1] - 1486:17

**PARABLASTICALLY** [1] - 1500:13

**PARAGRAPH** [5] - 1476:10, 1476:12,

1511:5, 1512:10

**PARAMETERS** [3] - 1483:17, 1502:12, 1516:9

**PARAMETRIC** [2] - 1475:17, 1516:2

**PARAMETRICALLY** [1] - 1483:25

**PARDON** [1] - 1503:11

**PARISH** [3] - 1479:14, 1481:10, 1508:14

**PART** [8] - 1443:16, 1454:23, 1459:5, 1471:8, 1502:1, 1513:4, 1517:19, 1518:6

**PARTIALLY** [3] - 1467:6, 1487:18

**PARTICULAR** [3] - 1449:6, 1507:3, 1513:24

**PARTICULARLY** [2] - 1448:15, 1463:18

**PASSES** [1] - 1464:12

**PAST** [3] - 1457:6, 1479:22, 1511:1

**PATIENCE** [1] - 1488:14

**PAUL** [2] - 1440:6, 1440:8

**PDF** [1] - 1472:13

**PEAK** [3] - 1449:3, 1449:22, 1491:14

**PENETRATE** [2] - 1471:12, 1501:23

**PENINSULA** [1] - 1504:15

**PEOPLE** [1] - 1504:21

**PERCENT** [14] - 1468:8, 1498:2, 1500:21, 1503:8, 1503:13, 1503:14, 1503:15, 1504:3, 1504:7, 1504:10, 1504:13, 1504:16, 1504:17, 1504:19

**PERFECT** [1] - 1490:10

**PERFORM** [2] - 1487:14, 1502:13

**PERFORMANCE** [7] - 1443:22, 1450:9, 1479:2, 1479:9, 1479:12, 1482:4, 1483:19

**PERFORMED** [2] -

1488:5, 1515:17
**PERHAPS** [1] - 1448:22
**PERIOD** [6] - 1452:13, 1458:15, 1468:12, 1470:20, 1482:14, 1498:16
**PERIODICALLY** [1] - 1515:1
**PERSON** [1] - 1487:7
**PERSONALLY** [1] - 1451:17
**PERTAIN** [1] - 1494:17
**PETER** [1] - 1440:10
**PHASE** [4] - 1445:4, 1496:21, 1515:11, 1515:21
**PHILEN** [1] - 1440:2
**PHOTOGRAPHS** [4] - 1507:6, 1507:14, 1511:15, 1511:16
**PHYSICAL** [1] - 1506:18
**PHYSICALLY** [1] - 1474:15
**PICTURE** [7] - 1451:17, 1467:8, 1467:9, 1470:18, 1481:25, 1507:18, 1507:19
**PICTURED** [1] - 1457:16
**PICTURES** [4] - 1498:5, 1507:21, 1507:22, 1507:24
**PIERCE** [1] - 1438:13
**PILE** [1] - 1506:4
**PINPOINT** [1] - 1503:1
**PLACE** [4] - 1474:10, 1478:8, 1479:4, 1495:22
**PLACEMENT** [1] - 1500:3
**PLACES** [2] - 1461:8, 1512:10
**PLACING** [1] - 1454:3
**PLAINTIFF** [1] - 1438:12
**PLAINTIFFS** [1] - 1441:4
**PLAINTIFFS'** [1] - 1479:19
**PLAN** [2] - 1442:13, 1442:19
**PLC** [1] - 1439:14
**PLEASE** [28] -

1442:5, 1443:9, 1444:4, 1444:22, 1447:6, 1447:8, 1455:3, 1459:14, 1459:17, 1463:4, 1472:8, 1473:7, 1476:10, 1476:12, 1476:13, 1484:12, 1484:13, 1485:13, 1485:14, 1486:13, 1487:20, 1488:12, 1493:23, 1494:19, 1494:23, 1495:2, 1501:13, 1513:2
**PLETHORA** [1] - 1478:9
**PLUS** [3] - 1444:14, 1469:25, 1505:6
**POINT** [34] - 1445:10, 1447:25, 1452:7, 1452:23, 1454:13, 1458:10, 1459:20, 1464:6, 1464:12, 1465:2, 1470:6, 1471:4, 1471:8, 1471:14, 1473:3, 1473:6, 1473:8, 1475:3, 1475:12, 1476:24, 1477:20, 1484:23, 1487:15, 1492:9, 1494:10, 1498:10, 1498:13, 1506:12, 1508:9, 1518:8
**POINTED** [1] - 1450:6
**POLDER** [2] - 1479:14, 1482:15
**POOR** [7] - 1443:11, 1452:25, 1458:24, 1458:25, 1470:23, 1471:11, 1507:3
**PORTION** [2] - 1496:18, 1511:5
**POSED** [1] - 1475:7
**POTATO** [1] - 1492:24
**POTENTIAL** [6] - 1450:9, 1472:1, 1483:7, 1483:9, 1483:12, 1483:13
**POYDRAS** [2] - 1439:5, 1440:16
**PRACTICE** [3] - 1496:1, 1511:2, 1512:14
**PRACTICES** [2] - 1512:18, 1513:7
**PRECEDING** [2] - 1495:2, 1497:12

**PRECISELY** [2] - 1487:22, 1500:24
**PRECISION** [1] - 1501:1
**PREDECESSORS** [1] - 1487:3
**PREDICTED** [3] - 1456:12, 1456:14, 1483:14
**PREDOMINANT** [1] - 1500:25
**PREDOMINANTLY** [1] - 1500:17
**PREKATRINA** [1] - 1501:8
**PREMISE** [5] - 1458:19, 1458:20, 1462:16, 1465:25, 1479:1
**PREMISED** [1] - 1459:5
**PREMISES** [2] - 1462:14, 1509:16
**PREPARED** [3] - 1477:5, 1489:13, 1505:25
**PREPARING** [1] - 1477:22
**PRESCRIBES** [1] - 1508:6
**PRESENCE** [2] - 1474:16, 1474:18
**PRESENT** [2] - 1440:1, 1485:5
**PRESENTED** [2] - 1455:16, 1518:6
**PRESUMED** [1] - 1498:9
**PRESUMING** [1] - 1452:24
**PRESUMPTION** [1] - 1498:17
**PRETTY** [2] - 1470:15, 1518:7
**PREVENT** [1] - 1508:2
**PREVIOUS** [1] - 1485:3
**PREVIOUSLY** [5] - 1460:1, 1474:13, 1475:3, 1483:17, 1490:21
**PRIMARILY** [1] - 1518:17
**PRINT** [1] - 1500:23
**PRIOR** [2] - 1494:15, 1494:21
**PROBABLY** [2] - 1512:24, 1518:12
**PROBLEM** [4] -

1444:5, 1458:4, 1495:10, 1496:1
**PROCEEDINGS** [1] - 1440:18
**PROCEEDINGS** [2] - 1438:7, 1519:14
**PROCESS** [3] - 1474:7, 1511:7, 1513:1
**PROCESSED** [1] - 1464:12
**PRODUCE** [2] - 1486:20, 1514:23
**PRODUCED** [5] - 1475:15, 1486:3, 1486:6, 1494:17, 1507:7
**PRODUCED** [1] - 1440:19
**PRODUCT** [1] - 1459:25
**PROFESSION** [2] - 1502:22, 1502:24
**PROFESSIONALS** [2] - 1502:25
**PROFESSOR** [3] - 1464:11, 1474:14, 1512:7
**PROMISE** [1] - 1505:10
**PROPAGATE** [1] - 1473:17
**PROPER** [1] - 1506:9
**PROPERLY** [8] - 1456:12, 1456:14, 1479:7, 1491:10, 1493:25, 1503:9, 1511:8, 1511:12
**PROPERTIES** [3] - 1495:12, 1499:10, 1499:14
**PROPERTY** [1] - 1504:2
**PROPOSE** [1] - 1456:14
**PROPOSITION** [1] - 1478:23
**PROTECTED** [2] - 1508:1, 1508:8
**PROTECTING** [2] - 1508:10, 1508:14
**PROTECTION** [5] - 1474:23, 1479:9, 1479:12, 1508:7, 1508:13
**PROTECTIVE** [2] - 1448:20, 1482:11
**PROVEN** [1] - 1512:14
**PROVIDE** [6] -

1487:13, 1487:14, 1488:12, 1499:13, 1512:3, 1513:2
**PROVIDED** [16] - 1452:2, 1461:5, 1464:2, 1477:6, 1478:24, 1484:2, 1485:11, 1485:25, 1486:19, 1487:17, 1488:2, 1488:15, 1488:16, 1488:18, 1507:8, 1517:6
**PROVINCE** [1] - 1503:1
**PROVISION** [1] - 1508:5
**PUBLISHED** [2] - 1450:7, 1512:15
**PURPORTS** [1] - 1487:17
**PURPOSE** [1] - 1510:1
**PURPOSES** [1] - 1500:2
**PUT** [4] - 1451:17, 1479:8, 1482:11, 1484:18
**PX** [5] - 1443:9, 1454:11, 1468:22, 1484:4, 1484:17

## Q

**Q** [2] - 1481:21, 1517:14
**QUALITY** [3] - 1498:18, 1504:5, 1516:21
**QUESTION** [57] - 1444:8, 1444:15, 1444:17, 1444:19, 1444:21, 1445:15, 1445:24, 1447:22, 1450:25, 1451:1, 1451:4, 1451:22, 1451:25, 1455:19, 1456:7, 1458:10, 1459:6, 1460:12, 1463:4, 1465:18, 1466:20, 1470:1, 1473:5, 1473:7, 1475:7, 1476:13, 1477:10, 1478:4, 1478:16, 1478:17, 1478:18, 1478:20, 1479:6, 1482:4, 1484:25, 1488:25, 1489:12, 1490:12, 1492:18, 1494:10, 1495:8, 1495:13, 1499:21, 1500:9,

1501:13, 1502:10,
1502:11, 1502:12,
1502:23, 1504:20,
1505:19, 1505:23,
1506:4, 1510:14,
1512:23, 1517:17
**QUESTIONING** [2] -
1461:13, 1515:3
**QUESTIONS** [12] -
1443:19, 1445:3,
1456:16, 1456:17,
1470:16, 1474:8,
1478:2, 1480:20,
1480:25, 1486:24,
1493:24, 1494:2
**QUICKLY** [1] -
1473:4
**QUITE** [2] - 1442:8,
1473:4
**QUOTE** [2] - 1450:4,
1452:8
**QUOTING** [1] -
1454:24

# R

**R** [4] - 1438:8,
1439:23, 1440:11,
1442:1
**RABBIT** [1] -
1449:14
**RAISED** [5] -
1459:12, 1460:22,
1460:23, 1471:19,
1479:6
**RAN** [2] - 1474:17,
1474:25
**RANGE** [5] - 1483:7,
1483:12, 1490:22,
1505:6, 1516:1
**RANGES** [1] - 1501:7
**RATE** [5] - 1468:8,
1489:24, 1492:16,
1492:22, 1505:3
**RATES** [5] - 1483:9,
1483:13, 1483:14,
1502:22, 1503:3
**RATHER** [4] -
1442:14, 1461:6,
1463:20, 1463:22
**RE** [5] - 1492:9,
1511:14, 1511:16,
1512:3, 1515:11
**RE-ANALYSIS** [1] -
1512:3
**RE-DREW** [1] -
1511:14
**RE-EXAMINED** [1] -
1511:16
**RE-RUN** [2] - 1492:9,
1515:11

**REACH** [18] -
1443:23, 1450:10,
1479:9, 1479:12,
1492:20, 1493:9,
1496:14, 1496:15,
1496:18, 1498:5,
1498:15, 1500:5,
1500:7, 1501:15,
1501:17, 1507:10,
1508:12, 1515:15
**REACHED** [3] -
1467:5, 1473:22,
1488:7
**READ** [9] - 1446:10,
1494:23, 1494:25,
1511:4, 1514:15,
1514:18, 1517:24,
1518:1, 1518:2
**READILY** [1] -
1501:20
**READING** [1] -
1518:3
**READOUT** [1] -
1510:5
**REAL** [2] - 1504:10,
1511:12
**REALITY** [2] -
1478:13
**REALIZE** [1] -
1518:19
**REALLY** [5] -
1449:18, 1488:14,
1488:15, 1518:15
**REALM** [1] - 1506:25
**REASON** [1] - 1488:4
**REASONABLE** [2] -
1511:6, 1518:19
**REASONING** [2] -
1509:14, 1517:17
**REASONS** [1] -
1478:10
**RECALL** [2] -
1447:12, 1476:18
**RECEIVE** [1] -
1487:12
**RECEIVED** [2] -
1459:8, 1485:24
**RECENT** [2] -
1450:7, 1485:11
**RECENTLY** [2] -
1460:2, 1479:23
**RECESS** [7] -
1484:7, 1484:8,
1484:10, 1518:21,
1518:22, 1519:4,
1519:5
**RECITE** [1] - 1472:8
**RECOGNIZES** [1] -
1474:17
**RECOGNIZING** [1] -

1475:4
**RECONCILED** [1] -
1457:16
**RECONCILES** [1] -
1457:14
**RECORD** [11] -
1454:7, 1455:17,
1459:6, 1467:21,
1479:16, 1480:7,
1484:14, 1484:18,
1486:3, 1503:17,
1519:14
**RECORDED** [1] -
1440:18
**RECORDS** [2] -
1500:19, 1512:15
**RED** [3] - 1496:11,
1496:16, 1498:3
**REDUNDANT** [1] -
1455:8
**REED** [1] - 1511:18
**REFER** [3] - 1460:24,
1463:15, 1476:20
**REFERENCE** [3] -
1442:10, 1480:22,
1481:2
**REFERENCING** [1] -
1454:8
**REFERRED** [4] -
1442:19, 1442:24,
1459:7, 1513:15
**REFERRING** [13] -
1442:12, 1442:17,
1446:5, 1459:14,
1459:15, 1476:2,
1476:19, 1481:23,
1484:16, 1486:13,
1489:4, 1507:16,
1512:20
**REFORM** [1] -
1444:20
**REFRAMED** [1] -
1502:11
**REGARD** [1] -
1495:12
**REGARDING** [3] -
1456:4, 1501:13,
1502:22
**REGARDLESS** [1] -
1470:11
**REHABILITATED** [1]
- 1450:10
**REJECT** [1] -
1517:14
**REJECTED** [1] -
1517:2
**RELATED** [1] -
1513:23
**RELATION** [1] -
1496:25

**RELATIVE** [2] -
1471:25, 1473:5
**RELIABILITY** [3] -
1509:3, 1509:22,
1516:25
**RELIABLE** [5] -
1509:23, 1509:24,
1510:1, 1510:8,
1510:16
**RELIANCE** [8] -
1485:12, 1486:1,
1486:4, 1486:20,
1487:19, 1487:20,
1487:23, 1492:19
**RELIED** [1] - 1509:23
**RELY** [4] - 1487:23,
1487:24, 1492:19,
1515:21
**RELYING** [1] -
1464:23
**REMAINING** [2] -
1506:6, 1506:18
**REMEMBER** [12] -
1443:10, 1443:12,
1444:25, 1467:22,
1467:23, 1467:24,
1471:24, 1472:2,
1476:19, 1496:25,
1498:23
**REMOVAL** [1] -
1499:3
**REMOVES** [1] -
1474:15
**RENDERED** [1] -
1479:17
**REPAIRED** [3] -
1505:22, 1506:4,
1506:5
**REPEAT** [7] -
1444:7, 1445:24,
1463:4, 1499:21,
1501:13, 1505:23,
1515:25
**REPEATED** [3] -
1488:6, 1507:9,
1509:25
**REPEATEDLY** [1] -
1482:2
**REPETITIVE** [2] -
1455:5, 1455:8
**REPHRASE** [1] -
1502:13
**REPLETE** [1] -
1476:8
**REPORT** [40] -
1443:19, 1450:6,
1451:6, 1451:18,
1452:13, 1452:16,
1455:3, 1455:4,
1455:25, 1458:6,

1459:7, 1459:16,
1461:7, 1468:20,
1472:6, 1472:10,
1472:14, 1478:24,
1484:3, 1484:17,
1488:8, 1488:10,
1488:11, 1488:12,
1488:13, 1489:6,
1496:3, 1496:4,
1496:7, 1496:22,
1500:15, 1507:15,
1507:23, 1509:10,
1509:11, 1511:4,
1514:15, 1515:18,
1516:3
**REPORTER** [1] -
1440:15
**REPORTER** [2] -
1519:11, 1519:20
**REPORTER'S** [1] -
1519:9
**REPORTS** [6] -
1454:19, 1454:24,
1465:7, 1482:22,
1482:23, 1507:6
**REPRESENTED** [1] -
1486:18
**REQUEST** [2] -
1507:7, 1517:2
**REQUESTS** [1] -
1507:9
**REQUIRE** [1] -
1456:21
**REQUIRED** [1] -
1510:23
**REQUIREMENT** [1] -
1508:1
**RESIST** [1] - 1506:23
**RESOLUTION** [1] -
1507:11
**RESPECT** [3] -
1501:3, 1501:6,
1501:11
**RESPOND** [9] -
1455:12, 1475:7,
1476:2, 1476:12,
1482:3, 1482:10,
1494:23, 1503:1,
1508:4
**RESPONDED** [1] -
1476:22
**RESPONDING** [2] -
1473:4, 1475:23
**RESPONSE** [1] -
1455:14
**RESPONSIVE** [1] -
1512:7
**REST** [1] - 1515:21
**RESULT** [3] -
1443:13, 1443:17,

1455:8
**RESULTS** [18] -
1443:4, 1443:16,
1447:16, 1448:4,
1449:8, 1449:23,
1453:12, 1461:9,
1471:11, 1474:13,
1482:6, 1483:14,
1483:16, 1483:18,
1483:19, 1487:14,
1509:25, 1512:1
**RETURNED** [1] -
1512:8
**REVIEWING** [1] -
1444:13
**REVIEWS** [1] -
1489:11
**RICHARD** [1] -
1440:11
**RIDE** [1] - 1450:2
**RIGHT** [43] -
1442:10, 1445:22,
1446:4, 1446:11,
1446:14, 1451:2,
1451:7, 1452:5,
1452:17, 1453:9,
1456:11, 1458:1,
1458:8, 1461:1,
1469:5, 1469:7,
1473:2, 1477:16,
1478:21, 1480:7,
1481:16, 1486:25,
1489:19, 1490:11,
1493:13, 1496:5,
1496:16, 1497:2,
1497:4, 1497:19,
1498:18, 1498:23,
1502:17, 1504:21,
1507:22, 1507:23,
1510:8, 1510:20,
1510:24, 1512:9,
1513:24, 1518:5
**RIGID** [2] - 1518:20
**RISE** [3] - 1462:15,
1484:12, 1519:3
**RISEN** [1] - 1453:21
**RISES** [1] - 1451:21
**RIVER** [5] - 1501:23,
1508:5, 1508:7,
1508:8, 1508:9
**ROBERT** [2] -
1440:1, 1441:6
**ROBIN** [1] - 1440:10
**ROBINSON** [1] -
1438:2
**ROD** [2] - 1456:21,
1460:13
**ROLL** [1] - 1473:20
**ROLLUP** [1] -
1450:11

**ROOM** [1] - 1494:9
**ROOM** [1] - 1440:16
**ROUGE** [2] -
1439:10, 1439:16
**ROY** [2] - 1439:1,
1439:1
**RPR** [2] - 1440:15,
1519:19
**RULE** [2] - 1455:11,
1455:12
**RULED** [1] - 1479:24
**RULING** [2] - 1480:5,
1480:9
**RUN** [11] - 1451:8,
1474:13, 1474:25,
1475:1, 1475:2,
1475:10, 1475:14,
1487:11, 1490:19,
1492:9, 1515:11
**RUN-UP** [1] - 1451:8
**RUNS** [2] - 1487:7,
1490:14, 1490:15
**RUPERT** [1] - 1440:9
**RUSH** [1] - 1469:19
**RUSH-UP** [1] -
1469:19
**RUSHES** [1] - 1467:4
**RUSHING** [1] -
1501:21

# S

**S** [3] - 1440:4,
1440:7, 1442:1
**S.W** [1] - 1439:12
**SAFETY** [3] -
1495:14, 1495:15,
1495:16
**SAID** [18] - 1452:3,
1457:5, 1457:13,
1459:13, 1463:5,
1463:11, 1469:3,
1472:3, 1474:25,
1476:19, 1479:6,
1481:2, 1482:2,
1483:22, 1486:20,
1491:2, 1493:8,
1511:19
**SAKE** [2] - 1465:11,
1465:23
**SAME** [13] - 1446:14,
1455:6, 1490:7,
1494:9, 1498:11,
1501:6, 1501:11,
1501:17, 1510:23,
1511:4, 1512:9,
1512:22, 1513:2
**SAND** [1] - 1500:21
**SANDER** [2] -
1450:4, 1452:7

**SANDING** [1] -
1451:19
**SANDY** [6] -
1443:11, 1452:25,
1458:24, 1458:25,
1470:23, 1498:21
**SARAH** [1] - 1440:11
**SATISFIES** [1] -
1510:7
**SATURDAY** [3] -
1475:6, 1479:10,
1482:3
**SAW** [1] - 1492:22
**SAY** [20] - 1448:11,
1450:2, 1452:5,
1458:21, 1465:15,
1467:21, 1469:11,
1476:20, 1494:7,
1495:5, 1498:8,
1498:9, 1501:3,
1503:25, 1504:3,
1504:4, 1504:9,
1505:2, 1511:10,
1517:18
**SAYING** [13] -
1447:18, 1451:7,
1462:14, 1462:16,
1462:19, 1462:20,
1462:21, 1470:2,
1470:3, 1470:5,
1492:3, 1496:16,
1518:19
**SAYS** [11] - 1445:11,
1446:15, 1447:25,
1476:18, 1490:9,
1490:25, 1497:8,
1503:21, 1509:13,
1512:12
**SCENARIO** [98] -
1443:6, 1445:8,
1445:21, 1445:25,
1456:12, 1457:25,
1458:13, 1460:22,
1460:23, 1461:2,
1474:8, 1474:12,
1474:14, 1474:17,
1474:19, 1474:24,
1474:25, 1475:6,
1475:10, 1475:18,
1475:24, 1476:9,
1477:15, 1477:17,
1477:18, 1478:9,
1478:11, 1478:24,
1479:2, 1479:3,
1479:5, 1481:2,
1481:4, 1481:5,
1481:6, 1482:7,
1482:17, 1482:21,
1483:2, 1483:3,
1483:7, 1483:10,

1483:11, 1483:16,
1483:21, 1485:1,
1485:2, 1485:3,
1486:10, 1486:11,
1486:12, 1489:1,
1489:3, 1489:16,
1490:1, 1490:10,
1490:14, 1490:15,
1490:17, 1490:24,
1490:25, 1491:7,
1491:8, 1491:9,
1491:16, 1491:21,
1491:24, 1492:8,
1492:9, 1492:16,
1492:17, 1492:20,
1492:23, 1502:1,
1502:6, 1502:8,
1502:14, 1502:15,
1510:5, 1510:19,
1510:20, 1510:21,
1510:24, 1510:25,
1511:24
**SCENARIOS** [1] -
1477:23
**SCENE** [1] - 1501:22
**SCIENTIFIC** [3] -
1512:13, 1512:18,
1513:7
**SCOUR** [1] - 1472:1
**SCREEN** [2] -
1472:16, 1490:5
**SEARCH** [1] - 1455:4
**SEATED** [2] -
1442:5, 1484:13
**SEAWARD** [1] -
1450:13
**SECOND** [7] -
1449:7, 1449:16,
1449:21, 1462:18,
1475:22, 1491:13,
1497:7
**SECTION** [4] -
1476:1, 1494:23,
1509:8, 1509:22
**SEDIMENTS** [1] -
1501:20
**SEE** [19] - 1453:14,
1453:17, 1456:24,
1458:21, 1459:6,
1471:10, 1476:1,
1484:23, 1495:2,
1496:20, 1497:22,
1498:6, 1507:1,
1507:7, 1507:21,
1508:25, 1509:4,
1518:16, 1518:23
**SEEING** [1] - 1472:8
**SEEMS** [2] - 1476:8,
1485:12
**SEEN** [2] - 1493:9,

1507:6
**SELECTED** [2] -
1495:21, 1507:24
**SENSE** [2] - 1446:22,
1446:23
**SENSES** [1] -
1473:17
**SENTENCE** [2] -
1511:10, 1512:11
**SEPTEMBER** [1] -
1507:9
**SERIES** [1] - 1483:3
**SESSION** [4] -
1438:9, 1442:3,
1442:5, 1484:13
**SET** [1] - 1483:2
**SEVEN** [4] - 1457:5,
1457:6, 1498:25,
1515:17
**SEVERAL** [2] -
1488:5, 1497:14
**SHALLOW** [1] -
1491:10
**SHAPE** [1] - 1469:25
**SHEER** [1] - 1504:11
**SHEET** [1] - 1506:4
**SHERMAN** [1] -
1438:20
**SHORT** [2] -
1482:14, 1488:15
**SHORTEN** [1] -
1518:23
**SHOULD** [6] -
1442:13, 1442:17,
1480:22, 1492:6,
1498:7, 1509:18
**SHOULDER** [1] -
1506:13
**SHOULDERS** [3] -
1475:11, 1506:8,
1506:14
**SHOULDN'T** [1] -
1498:6
**SHOW** [15] -
1444:12, 1451:18,
1453:6, 1453:24,
1454:1, 1465:4,
1471:11, 1485:11,
1489:23, 1496:11,
1497:17, 1498:2,
1508:20, 1517:20,
1518:4
**SHOWED** [5] -
1443:20, 1447:7,
1447:9, 1447:16,
1510:4
**SHOWING** [1] -
1454:15
**SHOWN** [4] -
1459:16, 1462:10,

1490:15, 1491:14

**SHOWS** [4] - 1449:7, 1450:10, 1453:8, 1454:2

**SIDE** [22] - 1448:14, 1448:17, 1449:14, 1450:9, 1450:14, 1450:19, 1499:3, 1499:23, 1500:1, 1500:3, 1508:1, 1508:6, 1508:8, 1508:10, 1508:13, 1509:19, 1510:16, 1512:12, 1512:21, 1512:25

**SIGNIFICANCE** [1] - 1449:16

**SIGNIFICANT** [50] - 1445:19, 1446:25, 1447:4, 1447:6, 1447:8, 1447:13, 1449:4, 1449:9, 1450:18, 1452:22, 1458:15, 1458:17, 1458:18, 1458:22, 1459:19, 1459:21, 1460:2, 1460:6, 1460:15, 1463:2, 1463:6, 1466:3, 1467:13, 1467:14, 1467:15, 1468:13, 1468:14, 1469:1, 1469:3, 1469:9, 1469:12, 1470:19, 1470:20, 1470:22, 1471:24, 1471:25, 1472:18, 1472:20, 1473:2, 1473:13, 1474:18, 1479:11, 1480:25, 1482:9, 1491:15, 1492:5

**SIGNIFICANTLY** [2] - 1474:23, 1482:6

**SILL** [2] - 1449:19, 1471:15

**SILT** [1] - 1500:22

**SIMILAR** [2] - 1483:11, 1513:18

**SIMPLY** [1] - 1448:7

**SIMS** [1] - 1438:23

**SINCE** [4] - 1461:3, 1461:12, 1488:19, 1503:18

**SIR** [97] - 1442:15, 1443:7, 1444:6, 1444:11, 1445:1, 1445:2, 1445:8, 1447:8, 1448:16, 1449:13, 1449:25, 1450:1, 1452:18,

1453:10, 1453:14, 1453:23, 1454:5, 1454:24, 1455:3, 1456:6, 1456:13, 1457:3, 1458:2, 1458:9, 1458:24, 1459:1, 1461:3, 1461:15, 1461:18, 1461:23, 1463:4, 1465:25, 1466:4, 1466:19, 1466:22, 1468:11, 1469:2, 1469:23, 1471:3, 1471:7, 1471:9, 1472:5, 1472:21, 1473:7, 1473:8, 1473:10, 1474:9, 1477:5, 1477:9, 1477:13, 1477:21, 1482:1, 1482:19, 1482:21, 1485:6, 1485:18, 1486:13, 1487:19, 1488:11, 1489:5, 1489:12, 1489:17, 1491:18, 1492:17, 1493:1, 1493:8, 1493:13, 1493:14, 1494:7, 1494:11, 1494:12, 1495:18, 1496:2, 1497:4, 1499:4, 1500:10, 1500:15, 1500:16, 1501:12, 1501:16, 1501:18, 1501:19, 1502:19, 1505:8, 1505:19, 1506:7, 1506:16, 1509:9, 1509:17, 1510:2, 1512:22, 1513:5, 1513:10, 1514:2, 1515:7, 1515:20, 1516:15

**SISTERS** [1] - 1517:7

**SITE** [26] - 1443:5, 1444:11, 1444:18, 1453:12, 1454:13, 1456:10, 1458:5, 1458:20, 1461:11, 1461:12, 1461:14, 1462:6, 1473:1, 1473:5, 1473:8, 1473:20, 1475:4, 1483:17, 1498:1, 1499:1, 1506:7, 1506:19, 1507:5, 1515:5, 1515:16, 1515:24

**SITES** [4] - 1507:8, 1515:17, 1515:19, 1515:21

**SITUATION** [1] - 1459:12

**SIX** [8] - 1471:25, 1472:20, 1473:2, 1473:13, 1473:16, 1477:21, 1478:23, 1498:25

**SIX-FOOT** [3] - 1471:25, 1473:2, 1473:13

**SKEPTICISM** [1] - 1460:18

**SLIDE** [3] - 1443:8, 1452:9

**SLOPE** [3] - 1450:5, 1452:7, 1457:9

**SMALL** [1] - 1448:22

**SMITH** [1] - 1440:10

**SO** [89] - 1445:10, 1447:18, 1452:9, 1452:17, 1453:5, 1453:21, 1455:17, 1456:7, 1457:8, 1457:10, 1458:10, 1458:19, 1459:24, 1460:12, 1462:13, 1464:14, 1464:23, 1465:1, 1465:3, 1465:18, 1466:7, 1467:5, 1467:8, 1468:4, 1468:11, 1468:15, 1468:17, 1468:18, 1469:1, 1469:4, 1469:21, 1470:1, 1470:8, 1472:23, 1472:25, 1473:2, 1473:13, 1473:21, 1475:9, 1475:18, 1476:12, 1478:15, 1478:23, 1480:17, 1481:13, 1481:21, 1483:7, 1483:13, 1484:7, 1484:18, 1484:19, 1484:21, 1487:17, 1488:5, 1492:3, 1494:23, 1496:6, 1496:17, 1496:20, 1497:17, 1498:5, 1499:19, 1500:17, 1500:24, 1501:24, 1502:11, 1503:24, 1504:1, 1504:5, 1505:1, 1505:4, 1506:14, 1508:8, 1508:23, 1509:18, 1510:10, 1510:19, 1510:23, 1511:7, 1511:21, 1513:5, 1513:7, 1515:14,

1515:21, 1516:20, 1518:13, 1518:19, 1518:22

**SO..** [1] - 1486:4

**SOIL** [14] - 1471:12, 1497:1, 1499:10, 1499:13, 1500:7, 1500:12, 1500:14, 1500:24, 1500:25, 1501:17, 1504:9, 1504:11, 1504:14, 1504:15

**SOILS** [6] - 1499:6, 1500:1, 1500:5, 1500:6, 1500:11, 1500:17

**SOJA** [1] - 1440:11

**SOLID** [1] - 1509:14

**SOME** [12] - 1456:21, 1467:24, 1471:8, 1480:20, 1483:15, 1488:3, 1491:6, 1493:9, 1494:17, 1496:24, 1504:1, 1511:23

**SOMEHOW** [2] - 1478:11, 1493:16

**SOMEONE** [3] - 1486:21, 1494:24, 1506:5

**SOMETHING** [11] - 1447:25, 1454:20, 1455:18, 1467:17, 1472:1, 1476:24, 1485:8, 1488:1, 1504:8, 1504:17, 1512:24

**SOMEWHAT** [2] - 1474:19, 1518:20

**SOMEWHERE** [1] - 1454:20

**SOON** [3] - 1470:15, 1471:3, 1473:17

**SORRY** [14] - 1442:23, 1444:16, 1444:23, 1450:21, 1457:21, 1457:24, 1468:18, 1473:15, 1480:22, 1490:3, 1493:10, 1493:18, 1506:23, 1512:7

**SORT** [1] - 1491:6

**SOUND** [1] - 1509:15

**SOURCE** [3] - 1448:11, 1499:19, 1504:6

**SOURCES** [2] - 1512:24, 1513:11

**SOUTH** [1] - 1438:13

**SPARSE** [1] -

1498:20

**SPECIFIC** [4] - 1455:8, 1494:2, 1502:25, 1515:16

**SPECIFICALLY** [1] - 1467:23

**SPECIFICS** [1] - 1494:5

**SPECIFIED** [1] - 1461:15

**SPECULATE** [1] - 1500:2

**SPENT** [1] - 1500:14

**SPLASHING** [1] - 1470:8

**SPOIL** [2] - 1500:3, 1508:13

**SPOKE** [2] - 1457:2, 1514:21

**SPRINGS** [1] - 1439:13

**SR** [1] - 1440:11

**ST** [5] - 1438:17, 1438:20, 1439:2, 1439:5, 1439:23

**ST** [3] - 1479:14, 1481:10, 1508:14

**STABILIZE** [1] - 1500:1

**STACK** [1] - 1513:19

**STAND** [2] - 1448:4, 1493:2

**STANDARD** [15] - 1494:11, 1494:12, 1494:14, 1494:21, 1503:11, 1503:17, 1503:20, 1503:23, 1504:9, 1505:5, 1505:6, 1509:18, 1509:21

**STANDS** [1] - 1475:11

**STANWOOD** [1] - 1438:8

**START** [4] - 1442:6, 1452:21, 1486:14, 1517:20

**STARTED** [2] - 1446:2, 1461:13

**STARTING** [1] - 1489:5

**STARTS** [2] - 1471:4, 1471:8

**STATE** [4] - 1483:6, 1495:25, 1512:13, 1512:14

**STATED** [3] - 1466:2, 1475:19, 1490:21

**STATEMENT** [2] - 1448:4, 1465:6

DAILY COPY

**STATEMENTS** [1] - 1476:8

**STATES** [6] - 1438:1, 1438:5, 1438:8, 1494:15, 1513:11, 1519:11

**STATION** [6] - 1443:5, 1443:24, 1444:3, 1444:11, 1445:5, 1446:7

**STATION** [1] - 1440:13

**STATISTICALLY** [1] - 1500:12

**STEEL** [3] - 1504:2, 1504:5, 1504:6

**STENOGRAPHY** [1] - 1440:18

**STEP** [5] - 1459:22, 1465:2, 1467:6, 1510:9, 1516:22

**STEPPED** [1] - 1482:6

**STEPPING** [1] - 1497:15

**STEPS** [1] - 1510:12

**STEVEN** [2] - 1450:8, 1473:19

**STEVENS** [23] - 1439:18, 1439:18, 1447:21, 1448:2, 1450:23, 1455:5, 1476:4, 1476:15, 1478:2, 1478:17, 1480:9, 1484:4, 1484:14, 1485:20, 1486:3, 1486:15, 1491:1, 1492:25, 1493:3, 1508:22, 1509:6, 1517:22, 1517:25

**STICK** [3] - 1453:10, 1454:23, 1489:19

**STILL** [10] - 1450:18, 1462:8, 1469:21, 1471:1, 1473:18, 1478:15, 1480:6, 1495:25, 1513:20, 1515:21

**STONE** [161] - 1440:11, 1442:6, 1442:9, 1442:16, 1442:23, 1443:2, 1444:5, 1444:9, 1446:25, 1447:3, 1448:3, 1448:6, 1448:9, 1449:1, 1449:10, 1450:24, 1451:2, 1451:3, 1451:11, 1452:1,

1454:1, 1454:5, 1454:8, 1454:17, 1455:9, 1455:15, 1455:21, 1455:22, 1455:23, 1456:23, 1457:15, 1457:19, 1457:24, 1458:2, 1458:4, 1458:7, 1460:21, 1461:4, 1461:24, 1462:18, 1462:22, 1462:25, 1463:9, 1463:12, 1463:15, 1463:22, 1463:23, 1465:20, 1465:21, 1466:1, 1466:11, 1466:24, 1467:11, 1468:5, 1468:7, 1468:10, 1468:25, 1470:4, 1470:10, 1470:15, 1470:25, 1471:11, 1471:19, 1471:22, 1471:23, 1475:13, 1475:21, 1476:5, 1476:6, 1476:7, 1477:2, 1477:6, 1477:10, 1477:12, 1478:14, 1478:22, 1479:22, 1480:3, 1480:6, 1480:12, 1480:15, 1480:22, 1481:20, 1482:2, 1482:17, 1482:20, 1482:23, 1483:3, 1483:20, 1484:1, 1484:5, 1484:15, 1484:24, 1485:5, 1485:7, 1485:10, 1485:15, 1485:17, 1485:22, 1485:25, 1486:6, 1486:8, 1486:23, 1487:1, 1488:4, 1488:9, 1488:16, 1488:24, 1489:9, 1489:14, 1490:4, 1490:8, 1491:4, 1491:17, 1493:6, 1493:10, 1493:12, 1493:15, 1493:18, 1493:19, 1494:3, 1494:5, 1494:6, 1495:1, 1495:4, 1495:10, 1496:9, 1496:19, 1496:23, 1497:2, 1497:6, 1497:10, 1497:19, 1497:22, 1497:25, 1498:22, 1499:6, 1499:9, 1502:17, 1502:20, 1505:10, 1505:18,

1506:23, 1507:2, 1508:16, 1508:19, 1508:24, 1509:2, 1509:7, 1511:21, 1513:20, 1513:23, 1513:25, 1514:20, 1517:24, 1518:1, 1518:8, 1518:12, 1518:15, 1518:23, 1519:2

**STONE** [1] - 1441:8

**STOP** [3] - 1473:21, 1511:21, 1511:22

**STOPPING** [1] - 1518:8

**STOPS** [1] - 1471:16

**STORESUND** [3] - 1487:9, 1487:12, 1487:13

**STORM** [2] - 1445:4, 1497:16

**STRAIGHT** [3] - 1484:8, 1493:20, 1502:12

**STREET** [5] - 1438:13, 1439:9, 1439:16, 1440:2, 1440:16

**STRENGTH** [2] - 1504:2, 1504:11

**STRIKE** [1] - 1514:4

**STRUCTURES** [5] - 1448:21, 1474:23, 1479:9, 1479:12, 1479:13

**STRUGGLING** [1] - 1478:15

**STUDENT** [1] - 1487:6

**STUDIED** [2] - 1490:22, 1515:16

**STUDIES** [3] - 1475:17, 1516:4, 1516:8

**STUDY** [13] - 1443:5, 1473:1, 1473:5, 1473:8, 1475:4, 1483:5, 1483:6, 1483:17, 1490:25, 1507:5, 1515:5, 1515:8

**SUBROGATED** [1] - 1439:22

**SUBSEQUENTLY** [1] - 1515:10

**SUBSTANTIAL** [1] - 1496:18

**SUBSTANTIALLY** [1] - 1492:16

**SUBSTRATE** [6] -

1443:11, 1452:25, 1458:24, 1458:25, 1470:23, 1498:21

**SUCH** [5] - 1478:7, 1489:2, 1494:16, 1502:23, 1503:5

**SUGGESTED** [1] - 1447:11

**SUITABLE** [2] - 1509:23, 1510:1

**SUITE** [4] - 1438:14, 1438:23, 1439:5, 1440:2

**SUMMARIZED** [1] - 1515:18

**SUMMARY** [8] - 1453:12, 1456:1, 1475:24, 1477:23, 1478:1, 1479:18, 1479:19, 1516:1

**SUNDAY** [1] - 1475:7, 1479:10, 1482:3

**SUPPLY** [1] - 1494:24

**SUPPORTED** [1] - 1509:13

**SURE** [4] - 1442:9, 1488:20, 1492:13, 1511:3

**SURFACE** [6] - 1450:3, 1452:6, 1460:3, 1461:21, 1495:22

**SURGE** [57] - 1443:20, 1443:24, 1444:17, 1445:4, 1448:11, 1448:13, 1448:15, 1448:17, 1448:21, 1448:25, 1449:7, 1449:8, 1449:17, 1449:21, 1450:2, 1450:4, 1450:12, 1450:19, 1451:7, 1451:13, 1451:16, 1451:20, 1451:21, 1452:11, 1452:14, 1452:21, 1453:2, 1453:21, 1454:2, 1454:9, 1454:12, 1454:15, 1455:1, 1456:1, 1456:4, 1456:9, 1457:8, 1458:5, 1458:11, 1465:12, 1468:12, 1469:4, 1470:18, 1470:19, 1471:14, 1472:23, 1472:25, 1474:4, 1482:13, 1483:3,

1483:5, 1483:6, 1483:12, 1490:22, 1502:14

**SURGES** [1] - 1483:4

**SURVIVE** [1] - 1479:13

**SWAN** [1] - 1468:8

**SWEEPS** [1] - 1473:23

**SYSTEM** [1] - 1515:15

**SYSTEMS** [1] - 1508:7

## T

**T** [4] - 1439:22, 1464:6, 1467:23, 1467:25

**TABLE** [19] - 1472:9, 1472:18, 1472:19, 1486:13, 1486:14, 1487:17, 1489:4, 1489:5, 1489:15, 1489:20, 1489:23, 1490:4, 1490:5, 1490:14, 1490:15, 1490:23, 1490:25, 1491:12

**TABLES** [6] - 1453:9, 1453:11, 1486:9, 1486:12, 1490:19

**TAHEERAH** [1] - 1440:6

**TAILS** [1] - 1504:23

**TAKE** [10] - 1449:14, 1461:6, 1472:6, 1475:18, 1484:7, 1484:8, 1487:15, 1504:17, 1505:4, 1519:1

**TAKEN** [5] - 1484:10, 1485:9, 1498:6, 1507:9, 1519:5

**TAKES** [10] - 1456:5, 1457:11, 1457:19, 1458:22, 1461:14, 1461:20, 1465:13, 1466:17, 1466:22, 1468:9

**TAKING** [4] - 1443:11, 1455:9, 1464:23, 1518:19

**TALK** [5] - 1443:3, 1454:20, 1477:14, 1493:20, 1512:10

**TALKED** [1] - 1506:10

**TALKING** [28] - 1445:21, 1447:22, 1447:24, 1448:8,

1451:20, 1457:22,
1458:12, 1460:4,
1461:11, 1461:12,
1462:13, 1465:9,
1469:1, 1469:5,
1471:25, 1472:3,
1472:17, 1472:20,
1474:3, 1475:10,
1476:11, 1479:24,
1493:25, 1499:1,
1501:10, 1504:9,
1504:21

**TEAM** [2] - 1449:9,
1483:5

**TECHNICAL** [9] -
1472:6, 1472:10,
1496:3, 1496:4,
1496:7, 1496:21,
1500:15, 1508:17,
1516:3

**TELL** [15] - 1446:8,
1448:10, 1449:23,
1453:18, 1453:19,
1459:14, 1462:11,
1467:15, 1468:7,
1479:8, 1484:7,
1486:13, 1488:10,
1500:24, 1504:1

**TELLING** [1] -
1465:18

**TELLS** [1] - 1503:25

**TEN** [2] - 1484:8,
1495:16

**TEN-MINUTE** [1] -
1484:8

**TENSION** [1] -
1511:14

**TENURE** [1] -
1476:25

**TERM** [6] - 1487:20,
1487:21, 1500:8,
1506:9, 1509:22,
1512:20

**TERMED** [1] - 1508:5

**TERMS** [3] -
1450:12, 1501:2,
1504:10

**TEST** [16] - 1444:11,
1453:12, 1454:13,
1456:9, 1456:12,
1458:5, 1458:20,
1461:11, 1461:12,
1461:14, 1462:6,
1462:16, 1499:1,
1511:12, 1515:1,
1516:25

**TESTIFIED** [5] -
1458:4, 1462:2,
1463:1, 1464:11,
1474:14

**TESTIFYING** [2] -
1447:19, 1457:17

**TESTIMONY** [4] -
1459:18, 1460:14,
1467:22, 1481:9

**TESTING** [3] -
1443:4, 1443:14,
1443:15

**TESTS** [3] - 1450:7,
1490:19, 1510:16

**THAN** [26] - 1442:14,
1447:13, 1447:14,
1458:17, 1459:2,
1461:6, 1461:17,
1463:2, 1463:6,
1469:1, 1470:9,
1474:19, 1484:14,
1486:12, 1486:20,
1491:7, 1491:20,
1491:24, 1492:1,
1492:6, 1492:17,
1492:23, 1498:2,
1500:21, 1505:17,
1514:7

**THANK** [38] -
1442:22, 1444:6,
1448:2, 1449:13,
1455:21, 1456:19,
1457:1, 1458:3,
1465:20, 1468:21,
1471:21, 1472:11,
1472:15, 1477:8,
1477:9, 1478:14,
1480:8, 1480:11,
1481:8, 1481:19,
1485:19, 1489:10,
1490:6, 1490:7,
1493:13, 1494:4,
1495:3, 1499:4,
1499:8, 1502:19,
1505:8, 1506:21,
1508:18, 1509:6,
1514:25, 1519:2

**THANKFULLY** [1] -
1507:8

**THAT** [389] - 1442:9,
1442:13, 1442:17,
1442:20, 1442:24,
1443:13, 1443:20,
1443:22, 1444:1,
1444:2, 1444:10,
1444:12, 1444:14,
1444:15, 1444:18,
1445:3, 1445:4,
1445:8, 1445:10,
1445:22, 1446:3,
1446:5, 1446:8,
1446:9, 1446:10,
1446:12, 1446:14,
1446:18, 1446:19,

1446:21, 1446:25,
1447:2, 1447:11,
1447:12, 1447:18,
1448:4, 1448:11,
1448:20, 1448:23,
1448:25, 1449:7,
1449:11, 1449:16,
1449:17, 1449:18,
1449:21, 1450:2,
1450:6, 1450:11,
1450:17, 1451:1,
1451:15, 1451:16,
1451:17, 1451:18,
1451:22, 1452:6,
1452:12, 1452:15,
1452:19, 1452:22,
1453:5, 1453:6,
1453:8, 1453:15,
1453:19, 1453:24,
1453:25, 1454:2,
1454:4, 1454:6,
1454:12, 1454:20,
1455:2, 1455:17,
1456:4, 1456:5,
1456:6, 1457:3,
1457:9, 1457:15,
1457:18, 1458:5,
1458:16, 1458:21,
1459:7, 1459:12,
1459:15, 1459:19,
1459:23, 1459:25,
1460:4, 1460:7,
1460:9, 1460:17,
1460:19, 1460:22,
1461:5, 1461:7,
1461:8, 1461:18,
1461:20, 1462:1,
1462:9, 1462:11,
1462:16, 1462:20,
1463:1, 1463:5,
1463:7, 1463:15,
1463:17, 1463:20,
1463:22, 1464:2,
1464:10, 1464:17,
1465:11, 1465:19,
1465:24, 1466:2,
1466:21, 1467:1,
1467:5, 1467:6,
1467:17, 1467:22,
1468:1, 1468:4,
1468:7, 1468:9,
1468:11, 1468:16,
1468:22, 1469:10,
1469:15, 1469:17,
1469:22, 1470:2,
1470:6, 1470:11,
1470:12, 1471:4,
1471:6, 1471:9,
1471:11, 1471:14,
1472:4, 1472:17,
1472:21, 1473:2,

1473:3, 1473:4,
1473:6, 1473:8,
1473:14, 1473:16,
1473:25, 1474:3,
1474:7, 1475:3,
1475:6, 1475:9,
1475:10, 1475:11,
1475:14, 1475:17,
1475:19, 1475:24,
1476:1, 1476:8,
1476:24, 1476:25,
1477:13, 1477:20,
1477:22, 1478:5,
1478:6, 1478:11,
1478:12, 1478:23,
1478:24, 1479:5,
1479:10, 1479:11,
1479:21, 1480:7,
1480:13, 1480:16,
1480:22, 1481:3,
1481:9, 1481:13,
1482:13, 1482:15,
1483:1, 1483:13,
1483:17, 1483:18,
1483:22, 1484:2,
1484:8, 1484:16,
1484:18, 1484:22,
1486:10, 1486:11,
1486:16, 1486:18,
1486:22, 1487:3,
1487:4, 1487:12,
1487:15, 1487:17,
1487:21, 1488:1,
1488:2, 1488:4,
1488:7, 1488:18,
1488:21, 1489:2,
1489:7, 1489:15,
1489:20, 1490:1,
1490:2, 1490:13,
1490:19, 1490:25,
1491:11, 1491:15,
1491:18, 1491:23,
1492:4, 1492:9,
1492:22, 1493:12,
1493:17, 1494:7,
1494:17, 1494:20,
1494:21, 1495:5,
1495:17, 1495:19,
1495:20, 1495:22,
1495:25, 1496:7,
1496:11, 1496:12,
1496:16, 1496:20,
1497:8, 1497:24,
1498:5, 1498:9,
1498:10, 1498:15,
1499:25, 1500:3,
1500:5, 1500:7,
1500:9, 1500:13,
1500:14, 1500:17,
1501:1, 1501:3,
1501:20, 1502:2,

1502:8, 1502:21,
1503:8, 1503:12,
1503:18, 1504:10,
1504:15, 1504:19,
1504:21, 1504:23,
1505:3, 1505:6,
1505:9, 1505:10,
1505:19, 1505:20,
1505:21, 1505:24,
1505:25, 1506:7,
1506:10, 1506:13,
1506:22, 1507:7,
1507:10, 1507:12,
1507:23, 1508:1,
1508:4, 1508:14,
1509:3, 1509:18,
1509:21, 1509:25,
1510:4, 1510:7,
1510:9, 1510:13,
1510:15, 1510:19,
1510:20, 1510:23,
1511:5, 1511:10,
1511:11, 1511:13,
1511:19, 1511:23,
1511:24, 1512:3,
1512:9, 1512:10,
1512:14, 1512:18,
1513:8, 1514:4,
1514:13, 1514:16,
1515:3, 1515:14,
1515:16, 1516:1,
1516:6, 1516:11,
1516:13, 1516:17,
1516:24, 1516:25,
1517:4, 1517:9,
1517:10, 1517:20,
1517:22, 1518:6,
1518:18, 1518:21,
1519:13

**THAT'S** [128] -
1443:18, 1445:9,
1445:12, 1445:14,
1446:1, 1446:4,
1446:10, 1447:13,
1447:16, 1448:13,
1449:2, 1449:25,
1450:1, 1450:16,
1451:24, 1452:8,
1453:8, 1453:19,
1455:12, 1455:18,
1456:13, 1457:4,
1457:10, 1458:5,
1458:9, 1459:2,
1459:8, 1460:5,
1460:23, 1461:2,
1462:10, 1462:15,
1462:19, 1462:20,
1463:8, 1463:10,
1463:11, 1464:11,
1464:16, 1464:22,
1465:6, 1465:8,

| | | | | |
|---|---|---|---|---|
| 1468:4, 1468:23, 1469:19, 1469:23, 1469:24, 1470:17, 1471:10, 1471:15, 1472:22, 1472:23, 1472:24, 1472:25, 1473:12, 1473:15, 1473:19, 1474:1, 1474:20, 1475:6, 1475:9, 1475:13, 1476:14, 1476:22, 1476:23, 1477:15, 1477:18, 1477:21, 1478:25, 1479:15, 1481:23, 1482:2, 1482:6, 1483:23, 1484:18, 1484:20, 1487:8, 1487:9, 1487:10, 1487:17, 1488:19, 1489:9, 1489:18, 1489:19, 1489:20, 1489:22, 1489:25, 1491:22, 1491:23, 1492:11, 1492:18, 1495:12, 1496:2, 1496:3, 1497:5, 1498:8, 1499:2, 1499:24, 1500:19, 1501:5, 1501:23, 1502:3, 1505:12, 1505:16, 1506:3, 1506:4, 1506:20, 1507:5, 1509:18, 1509:21, 1510:18, 1511:1, 1512:7, 1512:22, 1513:6, 1514:13, 1515:23, 1516:5, 1516:7, 1516:22, 1517:2, 1517:20, 1517:21, 1518:7 | 1446:5, 1446:12, 1446:20, 1446:22, 1446:23, 1447:2, 1447:7, 1447:9, 1447:15, 1447:16, 1447:18, 1447:20, 1447:24, 1448:3, 1448:4, 1448:10, 1448:11, 1448:13, 1448:14, 1448:15, 1448:17, 1448:20, 1448:21, 1448:23, 1448:24, 1449:2, 1449:3, 1449:7, 1449:8, 1449:11, 1449:16, 1449:18, 1449:19, 1449:23, 1449:25, 1450:2, 1450:3, 1450:4, 1450:5, 1450:7, 1450:8, 1450:9, 1450:10, 1450:12, 1450:13, 1450:15, 1450:18, 1450:20, 1450:24, 1451:1, 1451:4, 1451:5, 1451:6, 1451:7, 1451:13, 1451:15, 1451:16, 1451:19, 1451:20, 1451:21, 1451:22, 1451:24, 1451:25, 1452:3, 1452:4, 1452:6, 1452:7, 1452:10, 1452:14, 1452:15, 1452:19, 1453:6, 1453:11, 1453:12, 1453:14, 1453:19, 1453:21, 1453:24, 1454:2, 1454:3, 1454:4, 1454:6, 1454:7, 1454:8, 1454:9, 1454:10, 1454:12, 1454:13, 1454:14, 1454:15, 1455:2, 1455:4, 1455:6, 1455:11, 1455:16, 1455:17, 1455:19, 1455:22, 1456:1, 1456:2, 1456:3, 1456:4, 1456:7, 1456:8, 1456:9, 1456:15, 1456:16, 1456:17, 1456:19, 1456:20, 1456:24, 1457:8, 1457:12, 1457:14, 1457:16, 1457:21, 1457:24, 1458:1, 1458:3, 1458:5, 1458:6, 1458:10, | 1458:13, 1458:14, 1458:16, 1458:17, 1458:18, 1458:20, 1459:3, 1459:6, 1459:8, 1459:10, 1459:15, 1459:17, 1459:18, 1459:21, 1459:22, 1459:23, 1459:24, 1459:25, 1460:1, 1460:3, 1460:5, 1460:6, 1460:7, 1460:8, 1460:9, 1460:10, 1460:12, 1460:14, 1460:16, 1460:17, 1460:18, 1460:19, 1461:1, 1461:2, 1461:6, 1461:12, 1461:15, 1461:21, 1461:24, 1461:25, 1462:4, 1462:5, 1462:6, 1462:7, 1462:8, 1462:10, 1462:11, 1462:12, 1462:13, 1462:14, 1462:19, 1462:20, 1462:24, 1463:1, 1463:2, 1463:5, 1463:6, 1463:8, 1463:13, 1463:14, 1463:15, 1463:18, 1463:21, 1464:1, 1464:2, 1464:6, 1464:11, 1464:12, 1464:13, 1464:17, 1464:18, 1464:19, 1464:20, 1464:24, 1464:25, 1465:1, 1465:2, 1465:3, 1465:4, 1465:10, 1465:11, 1465:15, 1465:16, 1465:17, 1465:22, 1465:23, 1465:24, 1465:25, 1466:2, 1466:9, 1466:10, 1466:20, 1466:22, 1466:25, 1467:3, 1467:5, 1467:6, 1467:9, 1467:15, 1467:21, 1467:23, 1467:24, 1467:25, 1468:2, 1468:3, 1468:6, 1468:8, 1468:12, 1468:13, 1468:15, 1468:16, 1468:17, 1468:19, 1468:21, 1468:22, 1468:23, 1469:10, 1469:15, 1469:18, 1469:19, 1469:21, 1469:24, | 1470:1, 1470:2, 1470:3, 1470:5, 1470:6, 1470:8, 1470:17, 1470:18, 1470:20, 1470:21, 1470:23, 1471:1, 1471:3, 1471:6, 1471:8, 1471:9, 1471:11, 1471:12, 1471:14, 1471:15, 1471:16, 1471:17, 1471:21, 1471:22, 1472:8, 1472:13, 1472:16, 1472:19, 1472:25, 1473:1, 1473:3, 1473:5, 1473:8, 1473:14, 1473:16, 1473:17, 1473:18, 1473:20, 1473:21, 1473:22, 1473:23, 1474:2, 1474:6, 1474:7, 1474:10, 1474:11, 1474:13, 1474:15, 1474:16, 1474:17, 1474:18, 1474:20, 1474:22, 1474:25, 1475:2, 1475:4, 1475:6, 1475:7, 1475:9, 1475:11, 1475:16, 1475:17, 1475:18, 1475:19, 1475:23, 1476:1, 1476:4, 1476:6, 1476:16, 1476:18, 1476:19, 1476:21, 1476:22, 1476:23, 1476:24, 1476:25, 1477:1, 1477:5, 1477:6, 1477:8, 1477:9, 1477:13, 1477:18, 1477:19, 1477:23, 1478:3, 1478:4, 1478:5, 1478:6, 1478:8, 1478:10, 1478:15, 1478:16, 1478:17, 1478:18, 1478:19, 1478:21, 1479:1, 1479:3, 1479:4, 1479:6, 1479:8, 1479:10, 1479:11, 1479:12, 1479:13, 1479:15, 1479:16, 1479:17, 1479:18, 1479:19, 1479:24, 1479:25, 1480:1, 1480:4, 1480:5, 1480:6, 1480:7, 1480:8, 1480:9, 1480:11, 1480:15, | 1480:16, 1480:17, 1480:20, 1480:24, 1481:1, 1481:3, 1481:4, 1481:5, 1481:6, 1481:7, 1481:8, 1481:10, 1481:12, 1481:13, 1481:14, 1481:15, 1481:16, 1481:17, 1481:18, 1481:23, 1481:25, 1482:4, 1482:5, 1482:6, 1482:8, 1482:9, 1482:11, 1482:14, 1482:15, 1482:19, 1482:22, 1482:25, 1483:1, 1483:2, 1483:6, 1483:9, 1483:13, 1483:14, 1483:15, 1483:16, 1483:17, 1483:19, 1484:2, 1484:7, 1484:12, 1484:14, 1484:17, 1484:18, 1484:19, 1484:20, 1484:21, 1484:23, 1485:3, 1485:5, 1485:6, 1485:9, 1485:16, 1485:18, 1485:19, 1485:20, 1485:21, 1485:23, 1486:2, 1486:3, 1486:5, 1486:7, 1486:11, 1486:12, 1486:18, 1486:23, 1486:24, 1486:25, 1487:3, 1487:4, 1487:7, 1487:13, 1487:14, 1487:20, 1487:21, 1487:25, 1488:1, 1488:2, 1488:4, 1488:7, 1488:12, 1488:13, 1488:14, 1488:17, 1488:22, 1488:25, 1489:7, 1489:10, 1489:11, 1489:12, 1490:3, 1490:5, 1490:7, 1490:9, 1490:16, 1490:17, 1490:19, 1490:22, 1490:23, 1491:1, 1491:3, 1491:5, 1491:9, 1491:10, 1491:13, 1491:14, 1491:16, 1491:20, 1491:23, 1492:4, 1492:9, 1492:10, 1492:18, 1492:19, 1492:20, 1492:23, 1493:1, 1493:2, |
| **THE** [1013] - 1438:8, 1438:12, 1438:19, 1439:4, 1439:22, 1440:4, 1441:4, 1442:5, 1442:8, 1442:10, 1442:12, 1442:15, 1442:16, 1442:19, 1442:21, 1442:22, 1442:23, 1442:24, 1443:3, 1443:5, 1443:12, 1443:15, 1443:16, 1443:22, 1444:1, 1444:6, 1444:7, 1444:14, 1444:17, 1444:22, 1445:4, 1445:6, 1445:15, 1445:18, 1445:19, 1445:21, 1445:22, 1446:2, 1446:3, | | | | |

| | | | | |
|---|---|---|---|---|
| 1493:4, 1493:6, 1493:7, 1493:8, 1493:9, 1493:11, 1493:13, 1493:17, 1493:21, 1493:24, 1493:25, 1494:4, 1494:7, 1494:9, 1494:15, 1494:16, 1494:18, 1494:21, 1494:23, 1494:24, 1495:2, 1495:3, 1495:5, 1495:6, 1495:8, 1495:10, 1495:12, 1495:13, 1495:15, 1495:21, 1495:22, 1495:25, 1496:5, 1496:6, 1496:7, 1496:8, 1496:10, 1496:11, 1496:16, 1496:17, 1496:21, 1496:25, 1497:1, 1497:4, 1497:8, 1497:11, 1497:12, 1497:13, 1497:15, 1497:16, 1497:17, 1497:19, 1497:21, 1497:22, 1498:5, 1498:9, 1498:11, 1498:12, 1498:13, 1498:15, 1498:17, 1498:18, 1498:19, 1498:20, 1498:23, 1499:8, 1499:10, 1499:13, 1499:16, 1499:19, 1499:20, 1499:22, 1499:23, 1500:1, 1500:2, 1500:3, 1500:5, 1500:8, 1500:14, 1500:23, 1500:24, 1500:25, 1501:3, 1501:6, 1501:7, 1501:8, 1501:9, 1501:11, 1501:13, 1501:17, 1501:22, 1501:23, 1501:24, 1502:1, 1502:2, 1502:4, 1502:5, 1502:8, 1502:9, 1502:11, 1502:14, 1502:15, 1502:19, 1502:21, 1502:22, 1502:23, 1502:24, 1503:9, 1503:10, 1503:11, 1503:12, 1503:17, 1503:18, 1503:20, 1503:21, 1503:22, 1503:24, 1503:25, 1504:2, 1504:4, 1504:6, 1504:7, | 1504:8, 1504:9, 1504:11, 1504:14, 1504:17, 1504:18, 1504:20, 1504:24, 1504:25, 1505:2, 1505:5, 1505:8, 1505:9, 1505:12, 1505:14, 1505:15, 1506:3, 1506:8, 1506:10, 1506:12, 1506:13, 1506:14, 1506:17, 1506:18, 1506:19, 1506:22, 1506:24, 1506:25, 1507:5, 1507:6, 1507:9, 1507:10, 1507:12, 1507:16, 1507:17, 1507:19, 1507:21, 1508:2, 1508:5, 1508:6, 1508:8, 1508:9, 1508:10, 1508:12, 1508:15, 1508:18, 1508:22, 1508:23, 1508:25, 1509:4, 1509:5, 1509:8, 1509:11, 1509:12, 1509:18, 1509:21, 1509:22, 1510:7, 1510:9, 1510:10, 1510:11, 1510:13, 1510:14, 1510:19, 1510:21, 1510:23, 1510:24, 1511:1, 1511:5, 1511:6, 1511:8, 1511:12, 1511:15, 1511:16, 1511:17, 1511:18, 1511:19, 1511:22, 1512:1, 1512:3, 1512:9, 1512:11, 1512:12, 1512:13, 1512:14, 1512:15, 1512:17, 1512:20, 1512:21, 1512:22, 1512:24, 1512:25, 1513:2, 1513:4, 1513:5, 1513:9, 1513:11, 1513:12, 1513:14, 1513:15, 1513:17, 1513:22, 1514:4, 1514:13, 1514:15, 1514:16, 1514:19, 1515:1, 1515:2, 1515:8, 1515:15, 1515:16, 1515:21, 1515:25, 1516:8, 1516:12, 1516:14, 1516:16, 1516:22, 1516:25, 1517:1, 1517:5, | 1517:16, 1517:18, 1517:19, 1517:20, 1518:2, 1518:3, 1518:4, 1518:6, 1518:10, 1518:14, 1518:16, 1518:25, 1519:3, 1519:4, 1519:13, 1519:14, 1519:15<br><br>**THEIR** [11] - 1443:4, 1464:23, 1464:24, 1464:25, 1465:2, 1465:7, 1503:16, 1513:15, 1513:16, 1513:17, 1517:17<br><br>**THEM** [12] - 1442:11, 1456:18, 1475:4, 1482:11, 1483:16, 1486:6, 1486:20, 1486:21, 1488:20, 1497:17, 1501:8<br><br>**THEN** [21] - 1448:20, 1448:21, 1452:12, 1453:2, 1454:14, 1457:5, 1460:2, 1463:10, 1464:24, 1466:25, 1468:3, 1470:5, 1483:18, 1483:24, 1487:14, 1487:21, 1494:1, 1498:13, 1509:22, 1515:14, 1518:24<br><br>**THEORIES** [2] - 1480:4<br><br>**THERE** [58] - 1443:10, 1443:20, 1444:2, 1445:5, 1445:16, 1445:18, 1446:8, 1446:12, 1446:15, 1446:21, 1447:4, 1447:11, 1448:23, 1449:4, 1449:9, 1449:14, 1449:18, 1450:3, 1450:18, 1453:25, 1468:8, 1470:6, 1473:3, 1474:10, 1485:16, 1485:17, 1486:15, 1488:19, 1490:6, 1491:14, 1491:20, 1494:7, 1494:11, 1494:14, 1494:21, 1495:11, 1497:5, 1497:13, 1498:7, 1500:7, 1502:21, 1503:2, 1503:5, 1504:4, 1505:1, 1505:20, 1505:24, 1506:13, 1506:14, 1507:22, | 1507:24, 1508:1, 1513:20, 1514:19, 1517:22<br><br>**THERE'S** [21] - 1442:23, 1445:10, 1445:11, 1445:15, 1446:15, 1449:2, 1452:5, 1467:9, 1467:24, 1468:11, 1471:5, 1475:13, 1483:19, 1487:11, 1487:17, 1494:11, 1494:12, 1495:25, 1497:14, 1502:24, 1518:1<br><br>**THESE** [16] - 1445:3, 1452:16, 1472:4, 1486:9, 1487:6, 1488:5, 1490:17, 1490:19, 1492:5, 1496:24, 1503:15, 1507:25, 1512:17, 1516:18, 1518:17<br><br>**THEY** [23] - 1453:18, 1465:4, 1465:5, 1472:5, 1482:10, 1484:22, 1488:5, 1490:20, 1490:21, 1500:24, 1502:8, 1506:5, 1508:10, 1516:9, 1516:10, 1517:2, 1517:15, 1517:16, 1517:18, 1517:19<br><br>**THEY'RE** [7] - 1448:21, 1472:14, 1472:16, 1496:6, 1504:6, 1513:13, 1515:18<br><br>**THEY'VE** [3] - 1497:6, 1517:6<br><br>**THING** [6] - 1446:14, 1455:6, 1483:11, 1488:23, 1505:16, 1513:18<br><br>**THINGS** [7] - 1474:5, 1478:5, 1487:15, 1494:13, 1495:12, 1504:7, 1516:17<br><br>**THINK** [37] - 1442:11, 1448:9, 1450:4, 1451:1, 1459:4, 1459:5, 1461:9, 1462:19, 1463:17, 1465:6, 1467:21, 1470:18, 1471:10, 1474:2, 1476:23, 1479:7, 1479:20, 1479:23, 1481:1, 1482:2, | 1485:7, 1489:12, 1492:11, 1493:12, 1495:5, 1496:6, 1497:2, 1497:6, 1504:21, 1508:4, 1508:5, 1509:18, 1515:17, 1515:23, 1518:5, 1518:18<br><br>**THIS** [131] - 1442:6, 1443:3, 1443:9, 1443:24, 1444:13, 1445:25, 1446:2, 1446:3, 1446:21, 1448:15, 1449:3, 1449:6, 1450:4, 1450:18, 1451:9, 1452:17, 1453:10, 1454:1, 1454:23, 1455:5, 1455:6, 1455:7, 1456:13, 1456:21, 1457:2, 1457:22, 1457:24, 1458:6, 1458:10, 1458:14, 1459:2, 1459:11, 1460:13, 1460:15, 1460:22, 1461:12, 1461:25, 1462:1, 1462:10, 1463:18, 1465:8, 1465:9, 1467:9, 1472:3, 1475:6, 1475:9, 1475:10, 1475:12, 1476:8, 1477:16, 1477:20, 1477:21, 1477:22, 1478:2, 1478:5, 1478:6, 1479:1, 1479:22, 1480:24, 1481:21, 1481:24, 1483:23, 1484:23, 1485:5, 1485:7, 1485:18, 1485:22, 1486:14, 1486:17, 1488:1, 1488:10, 1488:14, 1488:23, 1489:2, 1489:6, 1490:14, 1490:21, 1491:1, 1491:9, 1492:7, 1492:14, 1492:15, 1492:19, 1492:21, 1492:24, 1493:11, 1493:21, 1496:1, 1496:5, 1496:23, 1497:4, 1497:18, 1497:23, 1498:5, 1498:8, 1498:9, 1498:11, 1498:13, 1498:18, 1498:25, 1500:23, 1501:25, 1505:5, 1506:15, 1507:21, |

1508:7, 1508:8, 1509:9, 1510:13, 1510:15, 1510:18, 1510:20, 1511:1, 1511:14, 1511:17, 1511:24, 1512:1, 1513:18, 1513:23, 1516:3, 1518:8, 1518:11, 1518:18, 1518:23, 1518:25

**THOMAS** [1] - 1438:23

**THOSE** [44] - 1442:21, 1445:22, 1446:5, 1449:9, 1449:19, 1450:11, 1452:15, 1453:8, 1453:9, 1453:17, 1458:19, 1468:19, 1472:13, 1474:5, 1474:19, 1479:9, 1479:12, 1480:15, 1481:18, 1483:4, 1483:8, 1483:12, 1495:13, 1499:13, 1499:25, 1500:17, 1500:19, 1500:25, 1504:6, 1505:2, 1507:10, 1507:14, 1507:16, 1507:24, 1510:3, 1510:21, 1510:22, 1513:19, 1515:14, 1515:17, 1515:25, 1516:1, 1516:8, 1516:19

**THOUGH** [1] - 1491:20

**THOUGHT** [4] - 1455:15, 1463:11, 1484:16, 1496:19

**THREE** [14] - 1452:14, 1458:15, 1458:22, 1460:6, 1465:16, 1466:3, 1466:9, 1466:10, 1466:12, 1467:1, 1467:13, 1470:20, 1512:10, 1514:11

**THREE-DIMENSIONAL** [1] - 1514:11

**THREE-FOOT** [1] - 1467:1

**THREE-HOUR** [1] - 1470:20

**THROUGH** [19] - 1444:23, 1444:24, 1450:22, 1454:18, 1459:7, 1471:12, 1480:19, 1482:6,

1486:12, 1488:10, 1489:5, 1493:11, 1495:1, 1497:15, 1501:9, 1502:11, 1515:1, 1515:9, 1515:19

**THUS** [2] - 1460:17, 1501:21

**TIME** [39] - 1444:14, 1449:5, 1449:24, 1452:13, 1453:22, 1454:21, 1455:9, 1455:17, 1456:4, 1457:3, 1458:15, 1460:9, 1461:22, 1462:3, 1462:9, 1467:5, 1468:12, 1470:20, 1471:4, 1473:22, 1476:21, 1479:1, 1480:1, 1481:3, 1482:14, 1489:15, 1489:23, 1491:9, 1491:18, 1497:15, 1498:10, 1498:16, 1498:23, 1500:14, 1518:16, 1518:17, 1518:19, 1519:1

**TIMES** [2] - 1494:8, 1495:18

**TIMING** [2] - 1449:4, 1456:15

**TO** [447] - 1442:9, 1442:12, 1442:17, 1442:19, 1442:21, 1442:24, 1443:3, 1443:24, 1444:1, 1444:3, 1444:4, 1444:18, 1444:19, 1444:20, 1445:25, 1446:5, 1446:6, 1446:21, 1447:4, 1447:5, 1447:13, 1447:19, 1448:3, 1448:7, 1448:10, 1448:11, 1448:20, 1448:23, 1448:24, 1449:4, 1449:5, 1449:6, 1449:11, 1449:16, 1450:2, 1450:14, 1450:17, 1450:20, 1450:23, 1451:4, 1451:8, 1451:9, 1451:12, 1451:13, 1451:15, 1451:18, 1451:21, 1451:22, 1451:25, 1452:2, 1452:9, 1452:12, 1452:15, 1453:8, 1453:9,

1453:17, 1453:18, 1453:19, 1453:20, 1453:21, 1453:22, 1453:25, 1454:15, 1454:25, 1455:7, 1455:11, 1455:12, 1455:13, 1455:14, 1455:17, 1456:7, 1456:9, 1456:12, 1456:14, 1456:17, 1456:18, 1456:21, 1457:8, 1457:14, 1457:15, 1457:17, 1457:18, 1457:21, 1458:5, 1458:19, 1459:6, 1459:7, 1459:15, 1459:18, 1459:24, 1460:9, 1460:13, 1460:14, 1460:15, 1460:24, 1461:5, 1461:16, 1461:25, 1462:7, 1462:15, 1462:16, 1463:13, 1463:15, 1463:24, 1464:11, 1464:12, 1464:13, 1464:18, 1464:20, 1465:1, 1465:2, 1465:9, 1465:10, 1465:12, 1465:15, 1465:16, 1465:18, 1465:22, 1466:2, 1466:14, 1466:16, 1466:17, 1466:22, 1467:3, 1467:6, 1467:7, 1467:17, 1468:3, 1468:8, 1468:12, 1468:14, 1468:15, 1468:16, 1468:17, 1468:18, 1469:3, 1469:4, 1469:5, 1469:6, 1470:4, 1470:5, 1470:11, 1470:13, 1470:14, 1470:19, 1470:22, 1471:2, 1471:8, 1471:16, 1471:18, 1471:19, 1471:25, 1472:6, 1472:7, 1472:14, 1472:18, 1473:4, 1473:5, 1473:15, 1473:17, 1473:18, 1474:2, 1474:11, 1474:15, 1474:24, 1475:2, 1475:3, 1475:7, 1475:12, 1475:14, 1475:23, 1476:1, 1476:2, 1476:3, 1476:8, 1476:12, 1476:19,

1476:20, 1476:21, 1476:24, 1477:5, 1477:15, 1478:4, 1478:5, 1478:10, 1478:19, 1479:4, 1479:7, 1479:10, 1479:11, 1479:17, 1480:1, 1480:5, 1480:15, 1480:16, 1480:18, 1480:20, 1480:23, 1480:24, 1480:25, 1481:1, 1481:14, 1481:18, 1481:23, 1482:3, 1482:4, 1482:10, 1482:11, 1482:15, 1482:17, 1482:24, 1483:8, 1483:9, 1483:11, 1483:16, 1483:18, 1484:1, 1484:14, 1484:16, 1484:18, 1484:21, 1484:22, 1485:5, 1485:11, 1485:12, 1485:13, 1485:16, 1485:17, 1485:25, 1486:6, 1486:9, 1486:13, 1486:18, 1486:19, 1487:3, 1487:17, 1487:21, 1487:22, 1487:23, 1488:2, 1488:3, 1488:6, 1488:10, 1488:12, 1488:15, 1488:16, 1488:18, 1488:20, 1488:22, 1488:25, 1489:3, 1489:4, 1489:13, 1489:19, 1489:23, 1490:15, 1491:5, 1491:6, 1491:24, 1492:9, 1492:14, 1492:20, 1492:23, 1493:3, 1493:5, 1493:8, 1493:21, 1494:7, 1494:15, 1494:17, 1494:19, 1494:22, 1494:24, 1495:2, 1495:5, 1495:6, 1495:11, 1495:12, 1495:13, 1495:20, 1496:1, 1496:3, 1496:4, 1496:7, 1496:25, 1497:2, 1497:22, 1498:1, 1498:5, 1498:8, 1498:14, 1499:6, 1499:16, 1499:20, 1499:25, 1500:2, 1500:11, 1500:22, 1501:4,

1501:6, 1501:11, 1502:17, 1502:25, 1503:2, 1503:3, 1503:8, 1503:9, 1503:14, 1503:21, 1503:24, 1504:1, 1504:5, 1504:8, 1504:12, 1504:13, 1504:16, 1504:18, 1505:2, 1505:3, 1505:9, 1506:5, 1506:10, 1506:13, 1507:1, 1507:16, 1507:17, 1507:20, 1507:21, 1508:2, 1508:4, 1508:15, 1508:16, 1508:20, 1508:25, 1509:2, 1509:18, 1509:21, 1509:23, 1510:4, 1510:10, 1510:11, 1510:18, 1510:20, 1510:23, 1510:24, 1511:4, 1511:10, 1511:14, 1512:1, 1512:3, 1512:5, 1512:7, 1512:9, 1512:18, 1512:20, 1512:22, 1512:24, 1512:25, 1513:1, 1513:14, 1513:15, 1513:16, 1513:17, 1513:18, 1513:19, 1513:23, 1514:17, 1514:23, 1514:25, 1515:3, 1515:8, 1515:15, 1515:16, 1515:25, 1516:6, 1516:22, 1516:24, 1517:5, 1517:8, 1517:9, 1517:11, 1517:22, 1517:24, 1518:2, 1518:4, 1518:5, 1518:6, 1518:12, 1518:16, 1518:17, 1518:20, 1518:22, 1519:13

**TODAY** [3] - 1447:19, 1455:15, 1461:5

**TOE** [3] - 1450:13, 1473:18, 1473:20

**TOGETHER** [1] - 1514:21

**TOLD** [9] - 1446:9, 1454:18, 1459:2, 1459:4, 1475:23, 1484:18, 1484:20, 1511:23, 1517:16

**TOO** [4] - 1453:16,

1464:25, 1486:6, 1506:24

**TOOK** [3] - 1505:9, 1507:5, 1510:19

**TOP** [6] - 1451:13, 1451:21, 1469:10, 1469:15, 1471:14, 1473:22

**TOPOGRAPHIC** [1] - 1501:8

**TOPOGRAPHY** [1] - 1501:4

**TORTS** [1] - 1440:5

**TOTAL** [1] - 1462:2

**TRACK** [1] - 1512:14

**TRAINING** [3] - 1487:2, 1487:3, 1487:4

**TRANSCRIPT** [2] - 1438:7, 1519:13

**TRANSCRIPT** [1] - 1440:18

**TRANSFORM** [1] - 1464:17

**TRANSFORMED** [1] - 1491:10

**TRANSPORTED** [1] - 1501:21

**TREAT** [1] - 1496:1

**TREATED** [1] - 1499:19

**TRIAL** [1] - 1438:7

**TRIED** [1] - 1480:16

**TRIP** [1] - 1449:14

**TROUBLE** [2] - 1496:5, 1496:24

**TRUE** [26] - 1449:2, 1461:7, 1461:18, 1463:7, 1463:8, 1465:14, 1468:11, 1491:16, 1494:20, 1495:25, 1500:5, 1501:6, 1501:11, 1501:17, 1501:20, 1502:2, 1502:3, 1502:21, 1505:19, 1505:20, 1505:24, 1506:3, 1508:1, 1516:11, 1517:6, 1519:13

**TRUNCATIONS** [2] - 1505:1, 1505:2

**TRUST** [1] - 1448:9

**TRUSTWORTHY** [1] - 1509:24

**TRUTH** [2] - 1448:10, 1509:13

**TRY** [4] - 1451:9, 1451:15, 1491:6, 1505:17

**TRYING** [13] - 1447:13, 1448:7, 1448:19, 1448:23, 1451:12, 1453:17, 1453:18, 1457:18, 1498:14, 1505:3, 1511:10, 1516:6

**TUESDAY** [1] - 1438:4

**TUESDAY** [1] - 1442:2

**TURF** [1] - 1502:14

**TURN** [2] - 1508:15, 1511:4

**TURNED** [1] - 1513:14

**TURNING** [2] - 1502:17, 1508:16

**TWENTY** [3] - 1453:22, 1466:24, 1466:25

**TWO** [28] - 1458:17, 1459:20, 1460:2, 1460:4, 1463:3, 1463:6, 1466:5, 1466:6, 1466:7, 1469:9, 1469:15, 1469:18, 1469:21, 1469:22, 1469:23, 1469:25, 1470:6, 1470:9, 1470:16, 1474:5, 1491:5, 1494:9, 1495:16, 1504:18, 1510:3, 1511:17, 1514:9

**TWO-DIMENSIONAL** [1] - 1514:9

**TWO-FOOT** [4] - 1460:2, 1460:4, 1466:7, 1469:22

**TX** [1] - 1438:24

**TYPE** [1] - 1498:14

**TYPICAL** [3] - 1500:7, 1500:8, 1500:11

## U

**U** [1] - 1440:4

**U.S** [4] - 1450:7, 1483:4, 1494:21, 1513:14

**ULTIMATE** [1] - 1468:1

**UNARMORED** [1] - 1508:13

**UNCERTAINTY** [9] - 1468:8, 1468:11, 1483:13, 1503:5, 1503:7, 1503:9,

1503:12, 1503:25, 1505:6

**UNDER** [3] - 1466:18, 1473:23, 1513:14

**UNDERLINED** [1] - 1511:5

**UNDERNEATH** [3] - 1444:18, 1450:3, 1452:6

**UNDERSTAND** [31] - 1444:20, 1446:19, 1446:20, 1447:24, 1451:12, 1453:8, 1454:6, 1454:7, 1459:17, 1460:17, 1462:1, 1462:14, 1462:22, 1463:18, 1465:24, 1468:1, 1478:6, 1478:19, 1481:16, 1483:9, 1483:13, 1483:16, 1486:5, 1488:21, 1492:3, 1493:17, 1493:21, 1498:14, 1505:9, 1506:22

**UNDERSTANDABLE** [1] - 1442:8

**UNDERSTANDING** [11] - 1451:4, 1462:7, 1462:8, 1483:22, 1505:5, 1507:17, 1511:6, 1511:8, 1511:13, 1511:21, 1519:14

**UNDERSTANDS** [2] - 1478:6, 1514:16

**UNDERSTOOD** [2] - 1460:1, 1481:2

**UNFORTUNATELY** [2] - 1504:22, 1504:25

**UNIFIED** [1] - 1495:25

**UNIFORM** [2] - 1503:2, 1504:12

**UNITED** [7] - 1438:1, 1438:5, 1438:8, 1494:15, 1513:11, 1513:16, 1519:11

**UNITS** [1] - 1503:25

**UNIVERSITY** [1] - 1483:6

**UNLESS** [2] - 1478:10, 1505:17

**UNLIKE** [1] - 1493:9

**UNTIL** [6] - 1448:12, 1473:23, 1498:25, 1511:22, 1518:22, 1519:4

**UP** [36] - 1443:8,

1449:7, 1450:2, 1450:5, 1450:24, 1451:8, 1451:13, 1451:16, 1451:19, 1452:3, 1452:7, 1452:14, 1453:2, 1454:2, 1456:8, 1457:8, 1459:10, 1459:12, 1459:22, 1461:16, 1461:21, 1465:12, 1468:3, 1469:19, 1472:16, 1473:20, 1479:13, 1482:14, 1484:1, 1485:16, 1494:18, 1495:1, 1497:5, 1497:7, 1509:4, 1518:23

**UPLIFT** [2] - 1450:11, 1450:12

**UPON** [3] - 1507:9, 1509:23, 1509:25

**UPPER** [1] - 1503:16

**UPRUSHES** [1] - 1467:4

**US** [17] - 1447:7, 1447:9, 1452:3, 1454:14, 1455:2, 1475:7, 1478:24, 1485:11, 1485:25, 1486:6, 1488:16, 1493:21, 1500:24, 1507:11, 1507:20, 1511:23, 1517:16

**USE** [10] - 1460:2, 1460:13, 1487:20, 1487:21, 1506:9, 1510:1, 1512:20, 1513:8, 1517:2, 1517:14

**USED** [8] - 1463:15, 1468:2, 1483:16, 1490:17, 1490:23, 1506:13, 1512:24, 1513:11

**USEFUL** [3] - 1494:17, 1507:25

**USING** [8] - 1454:1, 1454:4, 1463:25, 1487:2, 1487:11, 1502:13, 1511:25, 1516:16

## V

**V** [1] - 1438:4

**V8** [1] - 1484:3

**VALID** [8] - 1461:10, 1488:7, 1490:16, 1492:7, 1509:25, 1510:8, 1510:16,

1516:6

**VALIDATE** [1] - 1516:20

**VALIDATED** [3] - 1516:14, 1516:16, 1516:18

**VALIDATION** [4] - 1508:16, 1513:20, 1513:24, 1516:15

**VALIDITY** [6] - 1509:3, 1509:8, 1509:9, 1510:10, 1510:11, 1516:25

**VALUE** [5] - 1458:14, 1503:10, 1503:12, 1503:24, 1505:17

**VALUES** [3] - 1458:19, 1463:25, 1464:2

**VARIABILITY** [1] - 1504:4

**VARIABLE** [5] - 1500:5, 1500:6, 1500:9, 1500:11, 1504:15

**VARIABLES** [2] - 1503:15, 1516:2

**VARIATION** [5] - 1503:10, 1503:24, 1504:3, 1504:13, 1504:16

**VEGETATION** [5] - 1464:18, 1465:1, 1475:5, 1491:11, 1515:24

**VELOCITIES** [4] - 1445:19, 1445:21, 1446:3, 1446:5

**VERRET** [1] - 1508:15

**VERSION** [2] - 1487:4, 1487:5

**VERY** [20] - 1449:6, 1449:18, 1450:10, 1460:2, 1465:2, 1472:25, 1473:3, 1479:23, 1482:14, 1489:20, 1490:10, 1490:22, 1494:12, 1494:17, 1495:8, 1498:6, 1504:5, 1507:4, 1507:24, 1508:8

**VICKSBURG** [1] - 1513:14

**VICTOR** [1] - 1439:19

**VIDEO** [1] - 1507:18

**VIDEOS** [3] - 1507:10, 1507:16,

1507:25
**VIDEOTAPES** [1] - 1507:9
**VIEW** [1] - 1507:17
**VIRTUALLY** [1] - 1454:3
**VIS** [4] - 1457:17, 1459:21
**VIS-A-VIS** [2] - 1457:17, 1459:21
**VISION** [1] - 1466:10
**VOLUME** [1] - 1438:9
**VRIJLING** [4] - 1464:11, 1468:9, 1474:14, 1512:8
**VRIJLING'S** [1] - 1467:22

# W

**WALTER** [1] - 1439:8
**WANT** [19] - 1451:15, 1451:22, 1453:20, 1454:21, 1455:12, 1455:17, 1456:12, 1457:14, 1457:17, 1463:24, 1465:9, 1465:10, 1465:19, 1466:14, 1484:18, 1491:5, 1492:23, 1495:2, 1518:2
**WANTED** [2] - 1454:6, 1488:25
**WANTS** [2] - 1468:17, 1507:20
**WARD** [1] - 1481:10
**WARREN** [1] - 1440:1
**WAS** [83] - 1442:12, 1442:17, 1443:20, 1443:22, 1444:15, 1444:17, 1445:5, 1445:6, 1445:15, 1445:23, 1446:4, 1446:8, 1447:11, 1448:25, 1449:6, 1452:7, 1452:19, 1453:13, 1454:9, 1455:16, 1456:2, 1460:19, 1462:8, 1466:9, 1466:10, 1466:22, 1476:21, 1477:20, 1478:7, 1478:8, 1478:17, 1478:18, 1479:1, 1479:2, 1479:4, 1479:21, 1479:22, 1479:23, 1480:9, 1481:6, 1483:2, 1483:8, 1483:18,

1484:2, 1484:10, 1484:16, 1485:9, 1485:25, 1488:2, 1488:6, 1488:15, 1488:16, 1488:18, 1491:18, 1492:22, 1493:7, 1494:14, 1494:21, 1496:19, 1496:25, 1499:16, 1499:18, 1499:19, 1499:25, 1503:2, 1506:10, 1508:1, 1508:14, 1509:11, 1511:16, 1511:17, 1511:25, 1513:1, 1514:1, 1515:5, 1515:16, 1517:17, 1519:5
**WASHED** [1] - 1506:6
**WASHINGTON** [1] - 1440:13
**WASN'T** [3] - 1478:17, 1499:17, 1511:25
**WATCH** [1] - 1473:15
**WATER** [24] - 1444:1, 1444:14, 1452:4, 1452:6, 1454:2, 1461:24, 1462:8, 1464:16, 1464:17, 1464:18, 1464:23, 1465:12, 1469:21, 1471:16, 1472:23, 1473:17, 1473:18, 1473:21, 1473:23, 1474:20, 1491:11, 1501:20, 1501:21, 1508:6
**WAVE** [98] - 1448:14, 1450:14, 1450:18, 1451:5, 1451:21, 1452:4, 1456:1, 1458:15, 1458:17, 1458:18, 1458:22, 1459:10, 1459:14, 1459:18, 1459:19, 1459:21, 1459:25, 1460:2, 1460:6, 1460:15, 1461:15, 1461:16, 1463:2, 1463:6, 1463:24, 1464:4, 1464:5, 1464:7, 1464:11, 1464:14, 1464:17, 1464:20, 1464:24, 1465:4, 1465:15, 1465:16, 1465:17, 1465:25, 1466:3, 1466:7, 1467:1,

1467:4, 1467:13, 1467:14, 1467:15, 1467:25, 1468:2, 1468:13, 1468:14, 1469:2, 1469:3, 1469:9, 1469:13, 1469:15, 1469:22, 1469:24, 1470:1, 1470:2, 1470:8, 1470:19, 1470:20, 1470:23, 1471:6, 1471:8, 1471:9, 1471:15, 1471:24, 1471:25, 1472:1, 1472:2, 1472:18, 1472:20, 1473:2, 1473:13, 1473:16, 1473:20, 1473:22, 1474:4, 1474:18, 1490:22, 1490:23, 1491:10, 1491:14, 1491:15, 1491:20, 1491:24, 1492:5, 1499:3, 1502:14, 1509:19, 1510:16, 1512:12, 1512:21, 1512:25, 1514:1
**WAVE-INDUCED** [2] - 1510:16, 1512:12
**WAVES** [13] - 1450:2, 1451:15, 1452:3, 1467:23, 1467:24, 1472:4, 1474:11, 1483:3, 1483:5, 1483:6, 1483:12, 1514:4
**WAY** [16] - 1446:2, 1458:16, 1463:1, 1463:5, 1473:18, 1474:15, 1477:11, 1479:16, 1483:2, 1486:22, 1491:23, 1502:11, 1503:2, 1505:2, 1506:15, 1516:22
**WE** [128] - 1442:6, 1442:19, 1443:8, 1443:10, 1444:22, 1446:2, 1447:15, 1448:9, 1452:13, 1452:21, 1453:6, 1453:21, 1453:24, 1455:6, 1456:24, 1457:2, 1457:22, 1458:21, 1459:6, 1459:7, 1459:15, 1459:20, 1461:24, 1463:13, 1463:15, 1465:1, 1465:9, 1469:4, 1470:19, 1471:12, 1474:3,

1474:4, 1474:6, 1474:13, 1474:17, 1475:14, 1475:17, 1475:19, 1479:1, 1479:2, 1479:13, 1479:14, 1479:22, 1479:25, 1482:8, 1482:11, 1483:1, 1483:5, 1483:6, 1483:7, 1483:11, 1483:13, 1484:7, 1484:19, 1485:2, 1485:7, 1485:20, 1485:21, 1485:22, 1486:16, 1486:21, 1487:21, 1488:4, 1488:6, 1488:7, 1488:22, 1489:1, 1489:7, 1489:23, 1490:6, 1490:21, 1492:14, 1493:11, 1493:12, 1493:25, 1494:5, 1495:15, 1498:15, 1498:20, 1498:25, 1499:1, 1500:19, 1500:24, 1501:7, 1505:1, 1506:3, 1507:7, 1507:20, 1508:12, 1508:13, 1508:22, 1509:4, 1510:4, 1511:11, 1511:19, 1512:1, 1513:11, 1513:14, 1513:15, 1513:16, 1513:17, 1514:21, 1515:13, 1515:17, 1515:24, 1515:25, 1516:17, 1516:20, 1516:24, 1517:4, 1517:12, 1517:15, 1517:23, 1518:21
**WE'LL** [9] - 1450:17, 1453:8, 1453:9, 1454:20, 1486:14, 1492:15, 1497:22, 1509:1, 1518:22
**WE'RE** [26] - 1446:3, 1446:5, 1447:22, 1447:24, 1448:8, 1450:14, 1450:21, 1451:8, 1452:17, 1456:13, 1460:4, 1462:13, 1469:4, 1474:3, 1480:24, 1490:7, 1497:15, 1497:19, 1498:14, 1498:18, 1499:2, 1504:9, 1504:20, 1512:9, 1513:20, 1518:19

**WE'VE** [3] - 1452:24, 1477:6, 1516:24
**WEAK** [1] - 1516:12
**WEEK** [1] - 1479:22
**WEEKEND** [4] - 1475:9, 1483:23, 1511:1, 1511:24
**WELCOME** [1] - 1517:24
**WELL** [34] - 1446:20, 1459:4, 1460:18, 1469:18, 1473:6, 1473:8, 1473:15, 1474:2, 1478:13, 1479:6, 1482:23, 1486:9, 1486:18, 1488:3, 1488:10, 1489:19, 1490:19, 1495:21, 1496:10, 1503:25, 1504:4, 1504:7, 1504:11, 1504:21, 1505:2, 1505:12, 1508:8, 1509:15, 1512:11, 1512:15, 1516:20, 1518:12
**WELL-PUBLISHED** [1] - 1512:15
**WENT** [6] - 1455:6, 1459:7, 1511:15, 1513:15, 1513:16, 1513:17
**WERE** [35] - 1442:21, 1443:19, 1445:3, 1445:12, 1446:14, 1452:2, 1463:13, 1465:9, 1467:24, 1470:3, 1472:3, 1472:4, 1477:22, 1478:1, 1479:1, 1479:2, 1481:21, 1482:10, 1488:19, 1494:20, 1495:7, 1498:5, 1498:6, 1498:25, 1499:1, 1499:22, 1500:2, 1502:9, 1505:20, 1505:24, 1510:21, 1511:20, 1517:10
**WEREN'T** [1] - 1506:5
**WEST** [1] - 1499:23
**WESTERN** [1] - 1500:1
**WET** [2] - 1479:14, 1482:15
**WHAT** [90] - 1446:9, 1447:13, 1447:16, 1447:18, 1447:19, 1447:24, 1447:25,

1448:8, 1448:23, 1448:24, 1449:16, 1450:1, 1451:4, 1451:12, 1452:10, 1452:24, 1453:8, 1453:14, 1453:18, 1454:18, 1454:19, 1457:16, 1457:17, 1459:2, 1459:14, 1459:20, 1460:13, 1462:3, 1462:8, 1462:11, 1462:15, 1462:19, 1462:20, 1463:11, 1464:6, 1465:9, 1465:19, 1467:15, 1467:21, 1467:23, 1468:4, 1468:16, 1469:11, 1470:2, 1474:3, 1481:2, 1482:2, 1482:6, 1482:10, 1483:19, 1483:23, 1484:7, 1484:21, 1485:11, 1485:21, 1486:13, 1487:23, 1491:18, 1492:3, 1493:7, 1493:23, 1495:13, 1496:10, 1496:13, 1496:15, 1497:4, 1498:8, 1500:2, 1500:25, 1502:7, 1503:1, 1503:25, 1504:10, 1504:18, 1504:19, 1505:1, 1505:4, 1506:1, 1507:19, 1507:20, 1509:4, 1511:5, 1511:10, 1513:7, 1517:17, 1518:4

**WHAT'S** [7] - 1453:19, 1465:25, 1467:9, 1473:7, 1498:13, 1498:17, 1498:18

**WHATEVER** [5] - 1461:16, 1466:4, 1502:8, 1504:9, 1506:2

**WHEN** [21] - 1449:21, 1455:7, 1459:23, 1474:6, 1477:21, 1479:6, 1479:24, 1483:15, 1484:15, 1487:20, 1487:21, 1488:6, 1489:1, 1492:4, 1492:22, 1493:2, 1499:1, 1499:19, 1503:15, 1512:20, 1515:14

**WHERE** [19] - 1450:16, 1452:3, 1452:6, 1452:17, 1453:24, 1454:1, 1459:8, 1459:22, 1465:8, 1467:9, 1471:15, 1495:6, 1496:25, 1497:17, 1500:20, 1504:6, 1510:4, 1515:17, 1517:4

**WHEREUPON** [3] - 1484:10, 1489:11, 1519:5

**WHETHER** [8] - 1445:11, 1449:21, 1451:6, 1456:12, 1478:18, 1488:25, 1505:11, 1510:24

**WHICH** [18] - 1442:12, 1446:2, 1454:14, 1464:12, 1474:14, 1474:17, 1477:4, 1478:10, 1479:25, 1481:3, 1487:11, 1492:6, 1502:25, 1503:10, 1504:14, 1507:6, 1509:22, 1515:5

**WHILE** [1] - 1480:24

**WHO** [2] - 1486:16, 1487:7

**WHOLE** [4] - 1476:16, 1483:3, 1508:23

**WHOSE** [1] - 1463:24

**WHY** [15] - 1456:13, 1470:5, 1473:19, 1484:7, 1484:22, 1488:22, 1489:7, 1492:18, 1501:23, 1504:4, 1506:5, 1508:7, 1515:23, 1517:10, 1517:14

**WIDE** [3] - 1483:7, 1483:12, 1490:22

**WIDELY** [1] - 1503:21

**WIDENING** [1] - 1481:13

**WIDTH** [2] - 1474:20, 1482:5

**WILL** [20] - 1446:25, 1449:11, 1455:4, 1455:19, 1456:20, 1459:15, 1461:6, 1463:17, 1467:7, 1467:15, 1478:15, 1481:7, 1494:10,

1495:21, 1500:24, 1504:7, 1505:10, 1516:11, 1518:21

**WISH** [4] - 1454:11, 1499:15, 1500:11, 1516:10

**WITH** [70] - 1444:10, 1446:3, 1448:4, 1449:8, 1452:10, 1452:11, 1452:21, 1453:10, 1454:23, 1455:17, 1458:10, 1458:22, 1459:8, 1460:15, 1460:19, 1465:23, 1466:3, 1466:12, 1466:14, 1467:1, 1467:17, 1475:18, 1476:8, 1477:22, 1478:9, 1478:15, 1478:24, 1479:3, 1482:13, 1483:10, 1483:14, 1483:17, 1484:22, 1485:3, 1486:14, 1486:21, 1487:6, 1487:13, 1487:14, 1487:15, 1488:12, 1489:20, 1492:10, 1493:11, 1493:12, 1494:24, 1495:12, 1496:11, 1497:15, 1498:21, 1500:9, 1500:12, 1501:3, 1501:6, 1501:11, 1502:5, 1502:10, 1504:18, 1510:20, 1511:16, 1511:17, 1512:11, 1513:12, 1516:17, 1516:18, 1516:20, 1517:11, 1518:10, 1518:21

**WITHDRAWN** [4] - 1477:10, 1495:8, 1505:19, 1510:14

**WITHIN** [9] - 1467:1, 1471:17, 1501:7, 1502:21, 1502:23, 1505:6, 1512:15, 1513:5, 1513:9

**WITHOUT** [4] - 1446:21, 1476:19, 1495:14, 1517:6

**WITNESS** [75] - 1444:7, 1447:20, 1448:3, 1449:2, 1450:24, 1451:24, 1454:8, 1455:22, 1456:19, 1459:22, 1460:5, 1460:8, 1460:10, 1460:16,

1460:18, 1461:2, 1462:4, 1462:6, 1462:10, 1462:12, 1463:8, 1465:25, 1466:10, 1467:3, 1468:6, 1468:19, 1468:22, 1470:8, 1470:18, 1475:16, 1476:16, 1476:22, 1477:1, 1477:6, 1477:9, 1478:3, 1478:21, 1480:8, 1481:4, 1481:7, 1481:12, 1481:15, 1481:17, 1483:1, 1485:19, 1486:7, 1486:24, 1487:25, 1488:4, 1489:10, 1489:11, 1489:12, 1491:2, 1491:14, 1493:1, 1493:6, 1493:8, 1493:11, 1494:4, 1495:2, 1496:8, 1497:12, 1497:15, 1498:20, 1501:9, 1503:20, 1504:11, 1504:20, 1504:25, 1505:9, 1505:12, 1505:15, 1506:24, 1514:19, 1518:3

**WITNESSES** [1] - 1441:4

**WONDERFUL** [1] - 1505:16

**WOODCOCK** [1] - 1440:12

**WORK** [10] - 1468:18, 1475:6, 1475:9, 1475:11, 1475:12, 1487:18, 1487:19, 1511:1, 1517:16, 1518:22

**WORKED** [1] - 1488:2

**WORKING** [5] - 1452:10, 1452:11, 1480:6, 1487:6, 1509:11

**WORKS** [2] - 1470:11, 1491:23

**WORLD** [1] - 1446:24

**WORRIED** [1] - 1513:13

**WORSE** [2] - 1486:11, 1491:7

**WORTHY** [1] - 1509:24

**WOULD** [63] -

1442:9, 1443:3, 1444:7, 1444:12, 1444:19, 1445:12, 1445:19, 1446:12, 1446:21, 1447:1, 1454:14, 1455:2, 1457:15, 1465:13, 1466:2, 1466:25, 1468:7, 1468:15, 1468:22, 1472:8, 1475:14, 1476:1, 1476:25, 1479:7, 1479:13, 1479:14, 1480:18, 1481:11, 1482:4, 1483:19, 1484:1, 1484:21, 1486:9, 1487:12, 1487:13, 1487:14, 1487:20, 1488:10, 1489:16, 1491:7, 1491:23, 1494:22, 1497:8, 1498:10, 1498:15, 1499:21, 1500:2, 1502:16, 1503:17, 1504:12, 1504:14, 1505:4, 1508:4, 1508:20, 1509:18, 1510:23, 1513:2, 1517:9, 1519:1

**WOULDN'T** [5] - 1445:15, 1445:16, 1446:15, 1446:16, 1470:5

**WRIGHT** [1] - 1439:1

**WRITTEN** [1] - 1494:24

**WRONG** [4] - 1484:19, 1501:25, 1502:4, 1502:5

**WROTE** [1] - 1486:16

---

**X**

**X** [1] - 1441:1

---

**Y**

**YEAH** [2] - 1461:12, 1482:23

**YEAR** [3] - 1475:22, 1477:20, 1516:3

**YES** [57] - 1442:15, 1443:7, 1444:1, 1445:2, 1446:10, 1447:10, 1449:1, 1449:23, 1450:1, 1451:3, 1452:18, 1453:14, 1454:5, 1455:24, 1457:15,

1458:2, 1462:24,
1465:8, 1471:7,
1472:5, 1473:1,
1473:10, 1474:9,
1476:20, 1477:5,
1477:6, 1480:3,
1482:2, 1482:19,
1485:6, 1489:5,
1490:21, 1493:3,
1494:3, 1494:9,
1496:19, 1497:10,
1497:17, 1497:21,
1499:8, 1499:18,
1500:16, 1501:16,
1501:19, 1501:23,
1506:14, 1506:16,
1509:17, 1510:2,
1512:22, 1513:4,
1513:10, 1514:15,
1515:7, 1515:13,
1515:20, 1517:13
   **YESTERDAY** [18] -
1442:7, 1442:11,
1442:17, 1443:10,
1443:21, 1447:7,
1447:9, 1455:6,
1455:16, 1457:2,
1459:7, 1459:13,
1474:2, 1485:9,
1510:10, 1511:14,
1511:19, 1514:21
   **YET** [5] - 1450:17,
1458:12, 1461:22,
1466:21, 1514:13
   **YIELD** [1] - 1504:2
   **YIELDS** [1] - 1509:25
   **YORK** [1] - 1439:24
   **YOU** [408] - 1442:22,
1443:3, 1443:10,
1443:13, 1443:15,
1443:19, 1444:6,
1444:7, 1444:12,
1444:19, 1444:25,
1445:4, 1445:12,
1445:13, 1445:15,
1445:16, 1445:19,
1446:8, 1446:9,
1446:10, 1446:14,
1446:15, 1446:16,
1447:5, 1447:7,
1447:9, 1447:11,
1447:12, 1447:18,
1447:19, 1447:25,
1448:2, 1448:3,
1448:7, 1449:11,
1449:13, 1449:16,
1449:21, 1449:23,
1450:4, 1451:18,
1451:22, 1452:2,
1452:3, 1452:5,

1452:24, 1453:5,
1453:24, 1454:1,
1454:11, 1454:18,
1454:19, 1454:21,
1455:2, 1455:6,
1455:7, 1455:12,
1455:21, 1456:3,
1456:5, 1456:7,
1456:8, 1456:14,
1456:17, 1456:19,
1457:1, 1457:5,
1457:13, 1457:14,
1457:17, 1457:19,
1457:20, 1457:21,
1458:3, 1458:11,
1458:21, 1459:2,
1459:4, 1459:5,
1459:10, 1459:13,
1459:14, 1459:16,
1460:2, 1460:22,
1461:5, 1461:9,
1461:17, 1461:20,
1461:22, 1462:1,
1462:17, 1462:24,
1463:1, 1463:18,
1463:21, 1463:24,
1463:25, 1464:11,
1464:14, 1464:20,
1464:25, 1465:11,
1465:12, 1465:13,
1465:18, 1465:19,
1465:20, 1466:2,
1466:7, 1466:15,
1466:17, 1466:18,
1466:20, 1466:21,
1466:23, 1466:25,
1467:5, 1467:6,
1467:8, 1467:13,
1467:15, 1467:17,
1468:7, 1468:15,
1468:18, 1468:21,
1468:22, 1469:9,
1469:11, 1469:12,
1469:17, 1470:3,
1470:11, 1471:1,
1471:2, 1471:10,
1471:21, 1471:24,
1472:3, 1472:6,
1472:8, 1472:11,
1472:15, 1472:17,
1473:13, 1473:14,
1473:25, 1474:8,
1474:11, 1474:25,
1475:9, 1475:23,
1475:24, 1475:25,
1476:4, 1476:18,
1476:19, 1476:20,
1476:24, 1477:3,
1477:5, 1477:8,
1477:9, 1477:13,
1477:14, 1477:16,

1477:21, 1477:22,
1478:1, 1478:14,
1478:23, 1479:6,
1479:7, 1479:8,
1480:8, 1480:11,
1480:13, 1481:1,
1481:2, 1481:7,
1481:8, 1481:15,
1481:17, 1481:19,
1481:21, 1481:22,
1481:24, 1482:1,
1482:13, 1482:14,
1482:16, 1482:21,
1482:22, 1483:18,
1483:21, 1483:22,
1483:24, 1484:5,
1484:7, 1484:8,
1484:25, 1485:6,
1485:11, 1485:18,
1485:19, 1485:24,
1486:7, 1486:10,
1486:20, 1487:2,
1487:6, 1487:12,
1487:20, 1487:22,
1488:2, 1488:10,
1488:15, 1488:18,
1488:25, 1489:2,
1489:10, 1490:3,
1490:6, 1490:7,
1490:13, 1490:19,
1490:23, 1491:11,
1491:23, 1492:3,
1492:4, 1492:5,
1492:6, 1492:9,
1492:12, 1492:22,
1492:23, 1492:24,
1493:2, 1493:13,
1493:25, 1494:4,
1494:9, 1494:10,
1494:14, 1494:15,
1494:20, 1495:3,
1495:5, 1495:17,
1495:21, 1496:10,
1496:11, 1496:25,
1497:4, 1497:17,
1497:23, 1498:2,
1498:11, 1498:12,
1499:4, 1499:5,
1499:8, 1499:21,
1500:8, 1500:11,
1500:13, 1500:14,
1500:15, 1500:22,
1501:3, 1501:9,
1501:25, 1502:4,
1502:5, 1502:6,
1502:10, 1502:13,
1502:19, 1502:25,
1503:9, 1503:18,
1503:24, 1503:25,
1504:3, 1504:5,
1504:7, 1505:2,

1505:4, 1505:8,
1505:12, 1505:16,
1505:17, 1505:20,
1505:24, 1506:6,
1506:10, 1506:18,
1506:21, 1507:3,
1507:4, 1507:6,
1507:8, 1507:17,
1507:18, 1508:18,
1508:20, 1509:6,
1509:8, 1509:18,
1509:23, 1510:4,
1510:7, 1510:9,
1510:10, 1510:11,
1510:19, 1510:20,
1510:23, 1510:24,
1510:25, 1511:2,
1511:4, 1511:14,
1511:23, 1512:3,
1512:6, 1512:10,
1512:17, 1512:20,
1512:22, 1513:2,
1513:7, 1513:19,
1514:22, 1514:25,
1515:5, 1515:8,
1515:11, 1515:12,
1515:14, 1515:21,
1515:23, 1516:3,
1516:13, 1517:10,
1517:11, 1517:12,
1517:14, 1517:17,
1517:18, 1518:2,
1518:4, 1518:10,
1518:16, 1519:2
   **YOU'LL** [5] -
1456:17, 1494:1,
1502:10, 1507:7,
1514:19
   **YOU'RE** [38] -
1445:21, 1445:22,
1446:2, 1447:18,
1448:9, 1448:23,
1451:20, 1454:3,
1457:18, 1461:8,
1461:16, 1462:16,
1464:2, 1464:16,
1464:23, 1468:6,
1468:16, 1469:1,
1470:2, 1472:17,
1472:18, 1472:20,
1475:10, 1476:1,
1476:8, 1480:21,
1481:23, 1486:13,
1489:4, 1492:3,
1495:22, 1498:4,
1500:12, 1500:17,
1505:3, 1516:6,
1517:24
   **YOU'VE** [7] - 1456:5,
1459:12, 1461:21,
1467:5, 1491:5,

1512:18, 1518:25
   **YOUR** [177] - 1442:6,
1443:4, 1443:5,
1443:13, 1443:17,
1443:19, 1443:24,
1444:2, 1444:5,
1444:7, 1444:10,
1444:12, 1444:19,
1444:21, 1444:25,
1445:5, 1445:24,
1446:7, 1447:21,
1448:25, 1449:1,
1449:14, 1450:14,
1450:23, 1451:3,
1452:7, 1452:11,
1452:13, 1452:16,
1453:2, 1453:14,
1453:15, 1454:18,
1454:19, 1455:1,
1455:5, 1455:14,
1455:21, 1456:3,
1456:7, 1456:9,
1456:12, 1456:13,
1457:15, 1458:4,
1458:13, 1458:19,
1459:5, 1459:7,
1459:8, 1459:10,
1459:18, 1460:1,
1460:14, 1461:7,
1461:11, 1461:14,
1462:7, 1462:8,
1462:15, 1462:22,
1463:4, 1463:21,
1463:24, 1463:25,
1465:18, 1465:20,
1465:25, 1466:14,
1466:18, 1470:1,
1470:4, 1470:7,
1470:15, 1471:19,
1472:6, 1472:10,
1472:14, 1472:18,
1473:5, 1473:7,
1474:10, 1475:15,
1476:13, 1476:15,
1477:6, 1477:14,
1477:22, 1478:2,
1479:22, 1480:3,
1480:6, 1480:9,
1480:13, 1481:9,
1482:17, 1482:24,
1484:1, 1485:11,
1486:1, 1486:15,
1487:18, 1487:19,
1488:11, 1489:9,
1489:10, 1489:12,
1489:15, 1490:4,
1490:12, 1490:25,
1491:5, 1491:20,
1491:21, 1491:23,
1492:25, 1493:3,
1493:10, 1493:15,

1493:18, 1494:3,
1494:22, 1495:17,
1495:20, 1496:3,
1496:5, 1496:19,
1496:23, 1497:6,
1497:10, 1497:20,
1499:1, 1499:6,
1499:21, 1500:15,
1501:13, 1502:1,
1502:4, 1502:10,
1502:12, 1502:17,
1503:7, 1505:10,
1505:23, 1506:23,
1507:7, 1508:7,
1508:16, 1508:20,
1508:24, 1509:9,
1509:10, 1509:19,
1510:4, 1510:7,
1510:13, 1510:15,
1512:19, 1512:23,
1513:2, 1513:21,
1514:1, 1514:9,
1515:3, 1515:11,
1515:21, 1517:2,
1517:8, 1517:22,
1518:8, 1518:16,
1519:2
  **YOURSELF** [1] -
1477:16
  **YUCATAN** [1] -
1504:14

## Z

**ZERO** [1] - 1505:17