1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

5    NORMAN ROBINSON, ET AL        *   DOCKET 06-CV-2268-K
                                   *
6    VERSUS                        *   NEW ORLEANS, LOUISIANA
                                   *
7    UNITED STATES OF AMERICA, ET AL *  APRIL 28, 2009
     * * * * * * * * * * * * * * * * *

8

9

10                 VOLUME 7 - AFTERNOON SESSION
                   TRIAL PROCEEDINGS BEFORE THE
11              HONORABLE STANWOOD R. DUVAL JR.
                   UNITED STATES DISTRICT JUDGE

12

13

     APPEARANCES:
14

15   FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                                BY:  PIERCE O'DONNELL, ESQ.
16                              550 SOUTH HOPE STREET, SUITE 1000
                                LOS ANGELES, CALIFORNIA 90071
17

18   FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                                BY:  JOSEPH M. BRUNO, ESQ.
19                                   L. SCOTT JOANEN, ESQ.
                                855 BARONNE STREET
20                              NEW ORLEANS, LOUISIANA 70113

21
     FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                              BY:  JONATHAN B. ANDRY, ESQ.
                                     KEA SHERMAN, ESQ.
23                              610 BARONNE STREET
                                NEW ORLEANS, LOUISIANA 70113
24

25

                        FINAL DAILY COPY

1   APPEARANCES (CONTINUED):

2

3   FOR THE PLAINTIFFS:        BARON & BUDD, PC
                               BY:  THOMAS SIMS, ESQ.
                               3102 OAK LAWN AVENUE, SUITE 1100
4                              DALLAS, TEXAS 75219

5

6   FOR THE PLAINTIFFS:        DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
                               BY:  JAMES P. ROY, ESQ.
                               556 JEFFERSON STREET, SUITE 500
7                              POST OFFICE BOX 3668
                               LAFAYETTE, LOUISIANA 70502
8

9   FOR THE PLAINTIFFS:        THE DUDENHEFER LAW FIRM, LLC
                               BY:  FRANK C. DUDENHEFER JR., ESQ.
10                             601 POYDRAS STREET, SUITE 2655
                               NEW ORLEANS, LOUISIANA 70130
11

12  FOR THE PLAINTIFFS:        DUMAS & ASSOCIATES LAW FIRM, LLC
                               BY:  WALTER C. DUMAS, ESQ.
13                             LAWYER'S COMPLEX
                               1261 GOVERNMENT STREET
14                             POST OFFICE BOX 1366
                               BATON ROUGE, LOUISIANA 70821
15

16  FOR THE PLAINTIFFS:        FAYARD & HONEYCUTT
                               BY:  CALVIN C. FAYARD JR., ESQ.
17                             519 FLORIDA AVENUE S.W.
                               DENHAM SPRINGS, LOUISIANA 70726
18

19  FOR THE PLAINTIFFS:        MICHAEL C. PALMINTIER, A PLC
                               BY:  MICHAEL C. PALMINTIER, ESQ.
20                                  JOSHUA M. PALMINTIER, ESQ.
                               618 MAIN STREET
21                             BATON ROUGE, LOUISIANA 70801

22

23  FOR THE PLAINTIFFS:        LAW OFFICE OF ELWOOD C. STEVENS JR.,
                                A PLC
                               BY:  ELWOOD C. STEVENS JR., ESQ.
24                             1205 VICTOR II BOULEVARD
                               POST OFFICE BOX 2626
25                             MORGAN CITY, LOUISIANA 70381


                       FINAL DAILY COPY

1522

1    APPEARANCES (CONTINUED):

2

3    FOR SUBROGATED INSURERS:    THE GILBERT FIRM
                                 BY:  ELISA T. GILBERT, ESQ.
                                      BRENDAN R. O'BRIEN, ESQ.
4                                325 EAST 57TH STREET
                                 NEW YORK, NEW YORK 10022

5

6    ALSO PRESENT FOR           J. ROBERT WARREN II, ESQ.
       PLAINTIFFS:              ASHLEY E. PHILEN, ESQ.
7                               MRGO LITIGATION GROUP
                                600 CARONDELET STREET, SUITE 604
8                               NEW ORLEANS, LOUISIANA 70130

9

     FOR THE DEFENDANT:         U.S. DEPARTMENT OF JUSTICE
10                              TORTS BRANCH, CIVIL DIVISION
                                BY:  DANIEL M. BAEZA JR., ESQ.
11                                   JEFFREY PAUL EHRLICH, ESQ.
                                     TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                   MICHELE S. GREIF, ESQ.
                                     CONOR KELLS, ESQ.
13                                   PAUL MARC LEVINE, ESQ.
                                     JAMES F. MCCONNON JR., ESQ.
14                                   KARA K. MILLER, ESQ.
                                     RUPERT MITSCH, ESQ.
15                                   PETER G. MYER, ESQ.
                                     ROBIN D. SMITH, ESQ.
16                                   SARAH K. SOJA, ESQ.
                                     RICHARD R. STONE SR., ESQ.
17                                   JOHN WOODCOCK, ESQ.
                                BENJAMIN FRANKLIN STATION
18                              P.O. BOX 888
                                WASHINGTON, DC 20044
19

20   OFFICIAL COURT REPORTER:   TONI DOYLE TUSA, CCR, FCRR
                                500 POYDRAS STREET, ROOM HB-406
21                              NEW ORLEANS, LOUISIANA 70130
                                (504) 589-7778
22

23

24

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25   PRODUCED BY COMPUTER.



                              FINAL DAILY COPY

1                            **I N D E X**

2                                                              PAGE

3    ROBERT G. BEA
            CROSS-EXAMINATION                        1524
4           REDIRECT EXAMINATION                     1541
            RECROSS-EXAMINATION                      1584
5
     SCOTT TAYLOR
6           VOIR DIRE                                1588
            DIRECT EXAMINATION                       1595
7           CROSS-EXAMINATION                        1618

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                         FINAL DAILY COPY

| | | |
|---|---|---|
| 12:53 | 1 | **AFTERNOON SESSION** |
| 12:57 | 2 | **(APRIL 28, 2009)** |
| 12:57 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 13:20 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:20 | 5 | **THE COURT:**  PLEASE PROCEED. |
| 13:20 | 6 | (WHEREUPON, **ROBERT G. BEA**, HAVING BEEN DULY SWORN, |
| 13:20 | 7 | TESTIFIED AS FOLLOWS.) |
| 13:20 | 8 | **CROSS-EXAMINATION** |
| 13:20 | 9 | BY MR. STONE: |
| 13:20 | 10 | **Q.**  DR. BEA, YOUR LS-DYNA MODEL DOES NOT ACCOUNT FOR THE |
| 13:20 | 11 | DIFFERENT VECTORS OF WATER PARTICLES IN THE COLUMN AS THE WATER |
| 13:20 | 12 | COLUMN APPROACHES THE FACE OF THE LEVEE, DOES IT? |
| 13:21 | 13 | **A.**  IT IS CAPABLE OF TRACKING ALL OF THE VECTORS IN TWO |
| 13:21 | 14 | DIMENSIONS.  WE TRACK THE VECTORS THAT ARE PARALLEL TO THE FACE |
| 13:21 | 15 | OF THE STRUCTURE. |
| 13:21 | 16 | **Q.**  YOU DO NOT USE, IN THOSE LS-DYNA MODELS, ANY BOTTOM SHEAR |
| 13:21 | 17 | STRESS CALCULATIONS, DO YOU? |
| 13:21 | 18 | **A.**  THAT IS CORRECT. |
| 13:21 | 19 | **Q.**  IN ORDER TO CALIBRATE YOUR MODEL AGAINST -- LET'S TALK |
| 13:21 | 20 | ABOUT THE EROSION MODEL IN ITS ENTIRETY.  IN ORDER TO CALIBRATE |
| 13:21 | 21 | YOUR EROSION MODEL AGAINST ANOTHER MODEL, YOU HAVE TO HAVE A |
| 13:21 | 22 | MODEL THAT HAS A TRUE TIME OF EROSION AS ITS OUTPUT; CORRECT? |
| 13:21 | 23 | **A.**  PLEASE DEFINE, WHEN YOU USE THAT TERM, A *TRUE TIME* OF |
| 13:21 | 24 | OUTPUT. |
| 13:21 | 25 | **Q.**  IT HAS TO BE AN ACCURATE OUTPUT NUMBER SO THAT YOU CAN |

13:22  1  DETERMINE WHETHER YOU'RE CALIBRATING AGAINST AN ACCURATE

13:22  2  OUTPUT.

13:22  3  **A.**   WE'RE CALIBRATING OUR PREDICTION WITH A PREDICTION FROM AN

13:22  4  ALTERNATIVE MODEL.  THE POINT OF WHETHER OR NOT IT'S ACCURATE

13:22  5  FOR THE POINT OF COMPARISON WOULD REQUIRE HIGH-QUALITY FIELD

13:22  6  DATA FOR THAT TEST CONDITION.

13:22  7  **Q.**   IT'S TRUE THAT YOU ARE UNABLE TO IDENTIFY ANY INDUSTRY

13:22  8  STANDARD HERE IN THE U.S. THAT ADDRESSES WAVE-INDUCED EROSION

13:22  9  FLOOD SIDE OF EARTHEN FLOOD-PROTECTION STRUCTURES; CORRECT,

13:22  10  SIR?

13:22  11  **A.**   NOT QUITE CORRECT.  THE CORPS OF ENGINEERS, IN YOUR

13:22  12  CURRENT *COASTAL ENGINEERING MANUAL*, IDENTIFIES A TECHNIQUE

13:22  13  DEVELOPED TO EVALUATE A BEACH DUNE MIGRATION IN ADVANCE OF A

13:23  14  STORM WAVE ATTACK.  WE USE THAT MODEL TO HELP US VALIDATE THE

13:23  15  WAVE-SIDE EROSION ANALYSES THAT YOU HAVE IDENTIFIED AS LS-DYNA.

13:23  16  **Q.**   I'D LIKE TO LOOK AT THE FEBRUARY 27 DEPOSITION OF DR. BEA

13:23  17  AT PAGE 654, PLEASE, LINES 20 TO 23.

13:24  18  **A.**   PAGE NUMBER, MR. STONE?

13:24  19  **Q.**   20 TO 23, SIR.

13:24  20        **THE COURT:**  THAT'S THE LINES?

13:24  21        **MR. STONE:**  I'M SORRY.  654, LINES 20 TO 23.

13:24  22        **THE WITNESS:**  WHAT PAGE, SIR?

13:24  23  **BY MR. STONE:**

13:24  24  **Q.**   PAGE 654.

13:24  25  **A.**   THANK YOU.

13:24    1    **Q.**   ON FEBRUARY 27, YOU STATED:

13:24    2         "Question:  I'M UNABLE TO IDENTIFY ANY INDUSTRY

13:24    3         STANDARD HERE IN THE UNITED STATES THAT ADDRESSES

13:24    4         WAVE-INDUCED EROSION FLOOD SIDE OF EARTHEN FLOOD

13:25    5         PROTECTION STRUCTURES."

13:25    6    **A.**   CORRECT.

13:25    7    **Q.**   SIR, DO YOU CONCLUDE THAT THE RECENT USACE GUIDELINES DO

13:25    8    NOT DEFINE "AN ACCEPTED INDUSTRY STANDARD TO PERFORM SUCH

13:25    9    ANALYSES"?

13:25    10   **A.**   PLEASE DEFINE WHICH GUIDELINES YOU ARE REFERENCING.

13:25    11   **Q.**   DO ANY USACE GUIDELINES CURRENTLY DEFINE AN ACCEPTED

13:25    12   INDUSTRY STANDARD TO PERFORM SUCH ANALYSES?

13:25    13   **A.**   I DO NOT HAVE SUCH KNOWLEDGE.

13:25    14   **Q.**   IT'S FAIR TO SAY THAT YOUR AGGREGATED FLOOD-SIDE

13:25    15   WAVE-INDUCED EROSION METHOD HAS NOT BEEN ACCEPTED AS A STATE OF

13:25    16   PRACTICE WITHIN EITHER THE U.S. OR EUROPE; ISN'T THAT TRUE,

13:25    17   SIR?

13:25    18   **A.**   STATE OF PRACTICE TO DO WHAT?

13:25    19   **Q.**   WHAT IT'S PURPORTED TO DO.

13:26    20   **A.**   IT'S PURPORTED TO ENABLE THE INVESTIGATOR TO PERFORM

13:26    21   FORENSIC ENGINEERING ANALYSES OF THE PERFORMANCE OF THESE

13:26    22   PARTICULAR EARTHEN FLOOD PROTECTION STRUCTURES.  WHEN YOU REFER

13:26    23   TO THE STATE OF PRACTICE, MR. STONE, YOU ARE REFERRING TO THE

13:26    24   STATE OF PRACTICE FOR DESIGN.  DESIGN ENGINEERING IS

13:26    25   DEFINITIVELY DIFFERENT THAN FORENSIC ENGINEERING, SIR.

FINAL DAILY COPY

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
| 13:26 | 1  | **Q.**  LET'S LOOK AT THE FEBRUARY 27, 2009 DEPOSITION, PAGE 655,      |
| 13:26 | 2  | LINES 13 TO 18.  FEBRUARY 27, YOU WERE ASKED THE FOLLOWING            |
| 13:27 | 3  | QUESTION:                                                              |
| 13:27 | 4  | "Question:  WELL, HOW -- IDENTIFY HOW IT'S BEEN --                     |
| 13:27 | 5  | HOW YOUR FLOOD-SIDE WAVE-INDUCED EROSION METHOD, AS IT'S               |
| 13:27 | 6  | PUT TOGETHER AS AN APPLICATION HERE, HAS BEEN ACCEPTED AS              |
| 13:27 | 7  | A STATE OF THE PRACTICE EITHER HERE IN THE UNITED STATES               |
| 13:27 | 8  | OR IN EUROPE.                                                          |
| 13:27 | 9  | "Answer:  IT HAS NOT BEEN ACCEPTED IN EITHER                           |
| 13:27 | 10 | LOCATION."                                                             |
| 13:27 | 11 | CORRECT, SIR?                                                          |
| 13:27 | 12 | **A.**  THAT'S CORRECT, BECAUSE IT'S NOT INTENDED TO BE A              |
| 13:27 | 13 | STATE-OF-PRACTICE MODEL.  YOU DON'T ASK A DESIGN ENGINEER TO           |
| 13:27 | 14 | PERFORM BRAIN SURGERY.                                                 |
| 13:27 | 15 | **Q.**  BASICALLY, WHAT I'M ASKING ABOUT HERE, SIR:  HAS YOUR          |
| 13:27 | 16 | MODEL THAT WE JUST DISCUSSED GAINED GENERAL ACCEPTANCE IN THE          |
| 13:27 | 17 | RELEVANT SCIENTIFIC ENGINEERING COMMUNITY?                             |
| 13:27 | 18 | **A.**  WOULD YOU REPEAT THE INTRO TO YOUR QUESTION.  I COULDN'T       |
| 13:27 | 19 | HEAR THE WORDS.                                                        |
| 13:27 | 20 | **Q.**  YOUR MODEL THAT WE'RE TALKING ABOUT HERE, YOUR                 |
| 13:27 | 21 | WAVE-INDUCED EROSION METHOD --                                         |
| 13:28 | 22 | **A.**  YES.                                                           |
| 13:28 | 23 | **Q.**  -- HAS IT GAINED GENERAL ACCEPTANCE IN THE RELEVANT            |
| 13:28 | 24 | SCIENTIFIC ENGINEERING COMMUNITY?                                      |
| 13:28 | 25 | **A.**  I CAN ONLY JUDGE AS GENERAL ACCEPTANCE BY THE PUBLICATIONS     |

FINAL DAILY COPY

1528

| 13:28 | 1 | WE HAVE GONE THROUGH IN PEER-REVIEWED JOURNAL PUBLICATIONS. |

13:28   1   WE HAVE GONE THROUGH IN PEER-REVIEWED JOURNAL PUBLICATIONS.

13:28   2   THERE ARE TWO WHICH ARE IN PRESS AT THE PRESENT TIME.  THEY

13:28   3   HAVE UNDERGONE EXTENSIVE PEER REVIEW, AND SO I CAN ONLY JUDGE

13:28   4   THE GENERAL ACCEPTANCE THROUGH THAT LIMITED EXPERIENCE.

13:28   5          GENERAL ACCEPTANCE IS GENERALLY RECOGNIZED ONCE IT

13:28   6   HAS BEEN PUBLISHED IN AN INDUSTRY GUIDELINE OR STANDARD.

13:28   7   INDUSTRY GUIDELINES AND STANDARDS ARE GENERALLY INTENDED FOR

13:28   8   DESIGN PRACTICE ENGINEERING.  FORENSIC ENGINEERING MODELING IS

13:29   9   NOT A THING THAT YOU NORMALLY SEE SHOW UP IN DESIGN ENGINEERING

13:29   10  PRACTICE GUIDELINES.  YOU SEE THAT SHOW UP IN RESEARCH

13:29   11  PUBLICATIONS, AND THOSE ARE ONES THAT WE HAVE BEEN ABLE TO

13:29   12  ACHIEVE SINCE THIS WORK HAS BEEN COMPLETED.

13:29   13         BY THE WAY, WE'VE BEEN SEARCHING FOR THE SIMILAR

13:29   14  KINDS OF PEER-REVIEWED JOURNAL PUBLICATIONS COMING FROM THE

13:29   15  DEFENSE WITNESS, AND WE HAVE NOT BEEN ABLE TO FIND A SINGLE

13:29   16  ONE.

13:29   17  Q.  IT'S NOT POSSIBLE TO CALIBRATE YOUR MODEL, IS IT, SIR?

13:29   18  A.  THAT IS NOT CORRECT.

13:29   19  Q.  LET'S LOOK AT THE JANUARY 30 DEPOSITION, PAGE 246,

13:30   20  LINE 23, TO PAGE 247, LINE 7.

13:30   21  A.  I DON'T HAVE THAT DEPOSITION HERE.  IS IT POSSIBLE TO GET

13:30   22  A COPY?

13:30   23         MR. STEVENS:  WHICH DATE, RICHARD?

13:30   24         MR. STONE:  IT'S JANUARY 30.

13:30   25         MR. STEVENS:  PAGE?

13:30    1              **MR. STONE:**  PAGE 246.

13:30    2              **THE WITNESS:**  THANK YOU.

13:30    3    BY MR. STONE:

13:30    4    Q.   AT LINE 3 ON THE SECOND PAGE THERE, YOU WERE ASKED:

13:30    5              "Question:  YOU STATE THAT NO DETAILED SITE-SPECIFIC

13:31    6         MODEL CALIBRATION WAS PERFORMED FOR THIS STUDY DUE TO THE

13:31    7         LACK OF ACTUAL DATA DURING HURRICANE KATRINA."

13:31    8              CORRECT?

13:31    9    A.   THAT'S CORRECT.

13:31   10    Q.   LET'S TALK ABOUT UNCERTAINTIES IN MODELS.

13:31   11    A.   YES, SIR.  I LOVE THAT TOPIC.

13:31   12    Q.   THERE ARE BASICALLY TWO TYPES OF UNCERTAINTIES THAT YOU

13:31   13    HAVE DISCUSSED WITH US ABOUT THESE MODELS; CORRECT?

13:31   14    A.   THERE ARE FOUR TYPES OF UNCERTAINTIES.  I HAVE IDENTIFIED,

13:31   15    TO THE BEST OF MY MEMORY, TWO OF THOSE WITH YOU.

13:31   16    Q.   THAT WAS HYDRODYNAMIC DEMAND UNCERTAINTIES?  THAT'S ONE OF

13:31   17    THOSE TYPES OF UNCERTAINTIES; RIGHT, SIR?

13:31   18    A.   NO.  IF I COULD BE MORE PRECISE FOR YOU, THE FIRST TYPE OF

13:31   19    UNCERTAINTY IS DEFINED AS, IN GENERAL, IN PRACTICE, ALEATORY.

13:31   20    THAT MEANS ITS NATURAL VARIABILITY OR UNCERTAINTY IS

13:32   21    INFORMATION INSENSITIVE, SO THAT TAKING MORE SOIL BORINGS OR

13:32   22    GATHERING MORE DATA ON THE WAVE CHARACTERISTICS DOES NOT DO

13:32   23    ANYTHING EFFECTIVE TO REDUCE THAT UNCERTAINTY.

13:32   24              TYPE 2 UNCERTAINTY IS DEFINED AS EPISTEMIC.  THAT

13:32   25    MEANS IT'S RELATED TO UNCERTAINTIES INTRODUCED BY THE

| | | |
|---|---|---|
| 13:32 | 1 | ANALYTICAL MODELS, BOTH QUALITATIVE AND QUANTITATIVE.  IT IS |
| 13:32 | 2 | INFORMATION-SENSITIVE AND YOU CAN IMPACT THE UNCERTAINTY BY |
| 13:32 | 3 | GATHERING HIGH-QUALITY DATA, PROPERLY ANALYZING IT, AND |
| 13:32 | 4 | CORRECTING YOUR MODEL FOR WHAT WE CALL MODEL BIAS. |
| 13:33 | 5 | THERE ARE TWO OTHER KINDS OF UNCERTAINTIES THAT |
| 13:33 | 6 | PERVADE THIS WORK.  TYPE 3 IS TERMED HUMAN AND ORGANIZATIONAL |
| 13:33 | 7 | PERFORMANCE, AND THAT MEANS THAT NO MATTER HOW GOOD ANY OF US |
| 13:33 | 8 | ARE, WE ARE SUBJECT TO PERFORMANCE VARIABILITY.  THAT'S A WAY |
| 13:33 | 9 | TO SAY THAT I MAKE MISTAKES.  I MAKE MORE MISTAKES DUE |
| 13:33 | 10 | SOMETIMES TO THE PRESENCE OF THE ORGANIZATIONS THAT I WORK IN |
| 13:33 | 11 | AND FOR.  THE ORGANIZATIONAL CULTURES AND INFLUENCES ARE AN |
| 13:33 | 12 | EXTREMELY IMPORTANT PERFORMANCE-SHAPING FACTOR ON WHAT PEOPLE |
| 13:33 | 13 | DO OR DON'T DO. |
| 13:33 | 14 | THE FOURTH TYPE OF UNCERTAINTY IS INFORMATION ACCESS |
| 13:33 | 15 | AND UTILIZATION.  THIS IS DIVIDED IN TWO SUBCATEGORIES.  THE |
| 13:33 | 16 | SUBCATEGORY FIRST WE CALL UNKNOWN KNOWABLES.  IT MEANS THE |
| 13:34 | 17 | INFORMATION EXISTS, BUT FOR SOME REASON YOU FAIL TO ACCESS IT. |
| 13:34 | 18 | A POPULAR REASON IS CALLED ARROGANCE. |
| 13:34 | 19 | THE NEXT ONE IN THIS CATEGORY -- AND WE OR I |
| 13:34 | 20 | PUBLISHED THIS BEFORE DONALD RUMSFELD USED THE TERM -- IS |
| 13:34 | 21 | UNKNOWN UNKNOWABLES.  I CALL THIS LOOK OUT FOR FLYING COWS. |
| 13:34 | 22 | YOU'RE UNABLE TO PREDICT IT.  THERE'S NO WAY FOR YOU TO COPE |
| 13:34 | 23 | WITH THIS UNCERTAINTY OTHER THAN THROUGH OBSERVATIONAL METHODS, |
| 13:34 | 24 | WHICH SAYS YOU'RE ON THE LOOKOUT FOR FAILURE; YOU GATHER DATA |
| 13:34 | 25 | SO THAT YOU UNDERSTAND WHAT IS STARTING TO FAIL; YOU ANALYZE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:34 | 1 | THAT DATA APPROPRIATELY; AND, MOST IMPORTANT, YOU TAKE |
| 13:35 | 2 | APPROPRIATE, TIMELY, AND EFFECTIVE CORRECTIVE ACTION TO |
| 13:35 | 3 | FORESTALL THAT FAILURE.  IT'S CALLED INTERACTIVE RISK |
| 13:35 | 4 | ASSESSMENT AND MANAGEMENT.  IN CORPS OF ENGINEER TERMINOLOGY, |
| 13:35 | 5 | IT'S CALLED ADAPTIVE RISK ASSESSMENT AND MANAGEMENT. |
| 13:35 | 6 | **Q.**  IS IT FAIR TO SAY THAT ALL OF THE TYPES OF UNCERTAINTIES |
| 13:35 | 7 | CONSIDERED, THE PEAK SIGNIFICANT WAVE HEIGHT COMING FROM SWAN, |
| 13:35 | 8 | THE UNCERTAINTIES WILL FALL IN THE RANGE OF 20 TO 30 PERCENT? |
| 13:35 | 9 | **A.**  THAT'S CORRECT.  IT'S NOT JUST SWAN; IT'S ALL OF THE |
| 13:35 | 10 | OCEANOGRAPHIC MODELS THAT I'VE DEALT WITH DURING MY 56 YEARS OF |
| 13:35 | 11 | PROFESSIONAL EXPERIENCE. |
| 13:35 | 12 | **MR. STONE:**  I'M GOING TO BOUNCE BACK FOR A SECOND, |
| 13:35 | 13 | YOUR HONOR, TO SCENARIO 2C WITH ONE QUESTION, BASICALLY. |
| 13:36 | 14 | **THE COURT:**  YES, SIR.  THANK YOU. |
| 13:36 | 15 | BY MR. STONE: |
| 13:36 | 16 | **Q.**  DR. BEA, WITH GOOD GRASS COVER, A LEVEE WILL BREACH UNDER |
| 13:36 | 17 | YOUR SCENARIO 2C IF THE SURGE ELEVATION EXCEEDS THE CREST |
| 13:36 | 18 | ELEVATION FOR MORE THAN ONE HOUR; CORRECT? |
| 13:36 | 19 | **A.**  COULD I PLEASE REQUEST DOCUMENT PX-2153 TITLED |
| 13:36 | 20 | "ALTERNATIVE PARAMETRIC STUDIES." |
| 13:36 | 21 | **Q.**  IF YOUR COUNSEL HAS THAT, SIR.  IF YOU CAN REFER IT TO ME |
| 13:36 | 22 | IN YOUR DECLARATION, I CAN HAVE IT PUT UP. |
| 13:36 | 23 | **A.**  PX-2153, AND THAT WAY, AS WE REFER TO SCENARIOS, WE CAN BE |
| 13:36 | 24 | ON THE SAME PAGE. |
| 13:36 | 25 | **MR. STEVENS:**  JUDGE, WE OFFERED IT YESTERDAY MORNING. |

| | | |
|---|---|---|
| 13:36 | 1 | HE OBJECTED AT THAT TIME.  YOU DEFERRED RULING UNTIL LATER.  IT |
| 13:37 | 2 | HASN'T ACTUALLY BEEN RULED ON. |
| 13:37 | 3 | **THE WITNESS:**  THANK YOU. |
| 13:37 | 4 | **THE COURT:**  I ADMITTED IT, COUNSEL. |
| 13:37 | 5 | **MR. STEVENS:**  I'M SORRY.  I THOUGHT YOU DEFERRED |
| 13:37 | 6 | RULING. |
| 13:37 | 7 | **THE COURT:**  NO, I DID NOT. |
| 13:37 | 8 | **BY MR. STONE:** |
| 13:37 | 9 | **Q.**   DO YOU RECALL THE QUESTION, DR. BEA? |
| 13:37 | 10 | **A.**   NO.  YOU WERE STARTING, I THINK, TO SCENARIO 2C. |
| 13:37 | 11 | **Q.**   YEAH.  I WANTED TO ASK IF, WITH GOOD GRASS COVER, A LEVEE |
| 13:38 | 12 | WILL BREACH UNDER SCENARIO 2C IF THE SURGE ELEVATION EXCEEDS |
| 13:38 | 13 | THE CREST ELEVATION FOR MORE THAN ONE HOUR? |
| 13:38 | 14 | **A.**   NO. |
| 13:38 | 15 | **Q.**   I'D LIKE YOU TO LOOK AT DEPOSITION FEBRUARY 27, 2009, |
| 13:38 | 16 | PAGE 527. |
| 13:38 | 17 | **THE COURT:**  LET'S JUST SHOW IT UP THERE AND WE'LL SEE |
| 13:38 | 18 | IF WE HAVE TO LOOK AT THE WHOLE THING.  LET'S MOVE ON.  LET'S |
| 13:38 | 19 | GET TO IT. |
| 13:38 | 20 | **BY MR. STONE:** |
| 13:38 | 21 | **Q.**   PAGE 527, LINES -- |
| 13:38 | 22 | **A.**   WHAT PAGE, MR. STONE? |
| 13:38 | 23 | **Q.**   527, LINES 4 TO 9.  THAT IS THE JANUARY 31 DEPOSITION. |
| 13:39 | 24 | **A.**   I'M CATCHING UP WITH YOU. |
| 13:39 | 25 | **Q.**   IT'S LINES 4 TO 9. |

FINAL DAILY COPY

1533

| | | |
|---|---|---|
| 13:39 | 1 | **A.**   YES, SIR. |
| 13:39 | 2 | **Q.**   I OBVIOUSLY HAVE THE WRONG PAGE.  IT'S PAGE 527. |
| 13:39 | 3 | **A.**   WHAT? |
| 13:39 | 4 | **Q.**   PAGE 527, LINES 4 TO 9.  YOU WERE ASKED: |
| 13:39 | 5 | "Question:  SO IT'S YOUR OPINION, SIR, THAT THE |
| 13:39 | 6 | LEVEES THAT HAD GOOD GRASS COVERING, THEY WOULD HAVE |
| 13:39 | 7 | BREACHED UNDER SCENARIO 2C IF THE SURGE ELEVATION EXCEEDED |
| 13:39 | 8 | THEIR CREST ELEVATION FOR MORE THAN ONE HOUR? |
| 13:39 | 9 | "Answer:  THAT'S CORRECT." |
| 13:39 | 10 | RIGHT, SIR? |
| 13:39 | 11 | **A.**   I'M REVIEWING THAT PAGE.  THANK YOU. |
| 13:40 | 12 | THE STATEMENT IS TRUE FOR THE CONTEXT THAT WE WERE |
| 13:40 | 13 | DISCUSSING, AND THAT WAS A GENERAL CONDITION, WHERE THE SURGE |
| 13:40 | 14 | ELEVATION WOULD EXCEED THEIR CREST ELEVATION FOR MORE THAN ONE |
| 13:40 | 15 | HOUR WITH A SUBSTANTIAL SURGE ACTING.  THAT'S CORRECT. |
| 13:40 | 16 | MR. STONE, TO HELP YOU AND THIS COURT UNDERSTAND |
| 13:40 | 17 | THAT, WHEN WE USED SCENARIO 2C, THE ELEVATIONS OF THE TOP OF |
| 13:41 | 18 | THE EARTHEN FLOOD PROTECTION STRUCTURES WERE PLACED AT |
| 13:41 | 19 | ELEVATION 17.5, THEIR DESIGN TARGET ELEVATION.  THE OVERTOPPING |
| 13:41 | 20 | WOULD HAVE BEEN, AT THE PEAK OF THE SURGE, ABOUT A HALF A FOOT |
| 13:41 | 21 | OVERTOPPING FOR A SHORT PERIOD OF TIME THAT YOU CAN GAIN BY |
| 13:41 | 22 | LOOKING AT THE DUTCH HYDROGRAPH.  THEY WOULD NOT BREACH GIVEN |
| 13:41 | 23 | GOOD, DENSE GRASS COVER ON THE BACK DUE TO SURGE OVERTOPPING. |
| 13:42 | 24 | **MR. STONE:**  I'M SWITCHING NOW, YOUR HONOR, FOR A FEW |
| 13:42 | 25 | MINUTES TO THE DISCUSSION OF EXPECTATIONS OF ENGINEERS. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:42 | 1 | **BY MR. STONE:** |
| 13:42 | 2 | **Q.**   IS IT FAIR TO SAY THAT WHEN ENGINEERS SELECT BETWEEN TYPES |
| 13:42 | 3 | OF MATERIALS TO BE INVOLVED IN THE BUILDING OF SOMETHING, SUCH |
| 13:42 | 4 | AS THESE LEVEES, THEY HAVE TO EVALUATE BOTH ECONOMICS AND |
| 13:42 | 5 | FEASIBILITY? |
| 13:42 | 6 | **A.**   YES, VERY DEFINITELY, IN ADDITION TO MANY OTHER IMPORTANT |
| 13:42 | 7 | CONSTRAINTS, SUCH AS ENVIRONMENTAL IMPACTS, ETC. |
| 13:42 | 8 | **Q.**   FOR THE CORPS OF ENGINEERS TO BUILD A PROJECT, IT INVOLVES |
| 13:42 | 9 | THE INPUT OF THE STATE AND LOCAL AUTHORITIES? |
| 13:42 | 10 | **A.**   YES. |
| 13:42 | 11 | **Q.**   CAN YOU STATE THAT IT IS PART OF THE RESPONSIBILITY OF THE |
| 13:42 | 12 | ENGINEERS TO PARTICIPATE IN THE COLLABORATION ON THE DECISION? |
| 13:43 | 13 | **A.**   IN GENERAL, WE PROVIDE, IF WE'RE DOING OUR JOB CORRECTLY, |
| 13:43 | 14 | ACCURATE, CREDIBLE INFORMATION TO DECISION MAKERS, WHO HAVE THE |
| 13:43 | 15 | RESPONSIBILITY FOR THE CONSEQUENCES OF THOSE DECISIONS.  WE ARE |
| 13:43 | 16 | INFORMATION PROVIDERS IN GENERAL.  WE ARE, IN GENERAL, NOT |
| 13:43 | 17 | DECISION MAKERS.  OUR PRIMARY CREDO SHOULD BE:  DO NO HARM. |
| 13:43 | 18 | **Q.**   THAT'S THE HIPPOCRATIC OATH, ISN'T IT, SIR? |
| 13:43 | 19 | **A.**   THAT'S ALSO OUR ENGINEERING OATH, SIR. |
| 13:43 | 20 | **Q.**   DO THE ENGINEERS PARTICIPATE IN THE DISCUSSIONS WITH STATE |
| 13:43 | 21 | AND LOCAL AUTHORITIES ABOUT THE NEEDS FOR THE PROJECTS AND THE |
| 13:43 | 22 | WAYS THAT THEY WILL BE BUILT? |
| 13:43 | 23 | **A.**   YES.  IN THE CASE OF THESE PARTICULAR FLOOD PROTECTION |
| 13:43 | 24 | STRUCTURES, LOCAL CORPS OF ENGINEERS PEOPLE, LIKE AL NAOMI, |
| 13:44 | 25 | HAVE SPENT A GOOD PART OF THEIR LIFETIME INTERFACING WITH THE |

| | | |
|---|---|---|
| 13:44 | 1 | LOCAL PEOPLE IN AN ATTEMPT TO TRANSFER GOOD INFORMATION TO |
| 13:44 | 2 | ENHANCE DECISION MAKERS WITHIN GOVERNMENT REPRESENTING THE |
| 13:44 | 3 | PEOPLE FOR AND BY THE PEOPLE TO REACH WISE DECISIONS.  THAT'S |
| 13:44 | 4 | LIKE WALTER BAUMY AS WELL. |
| 13:44 | 5 | **MR. STONE:**  WE'RE GETTING CLOSE, YOUR HONOR. |
| 13:44 | 6 | **THE COURT:**  THANK YOU, SIR. |
| 13:44 | 7 | **BY MR. STONE:** |
| 13:44 | 8 | **Q.**   LET'S DROP BACK FOR A FEW MINUTES TO SOME OF THE |
| 13:44 | 9 | DISCUSSIONS WE HAD THIS MORNING ABOUT WAVES.  YOU MADE A |
| 13:44 | 10 | STATEMENT THIS MORNING ABOUT WAVE HEIGHTS AT 4:45 A.M.  CAN YOU |
| 13:44 | 11 | TELL US:  WHAT'S THE WAVE HEIGHT AT THE TIME OF GRASS LIFTOFF |
| 13:45 | 12 | AT 4:45 A.M.? |
| 13:45 | 13 | **A.**   I COULD WITH REFERENCE TO THE CITED EXPERT REPORTS JULY |
| 13:45 | 14 | 2008.  IN FACT, YOU WERE LOOKING AT THE TABLE FOR SCENARIO 1 |
| 13:45 | 15 | EARLIER THIS MORNING. |
| 13:45 | 16 | **Q.**   HELP ME WITH THE REFERENCE A BIT MORE, IF YOU COULD, |
| 13:45 | 17 | PLEASE, SIR.  WAS IT TECHNICAL REPORT 1? |
| 13:45 | 18 | **A.**   I BELIEVE SO. |
| 13:45 | 19 | **Q.**   WAS THAT YOUR TWO TABLES THERE AT PAGES 48 AND 49? |
| 13:45 | 20 | **A.**   I'M GETTING THERE.  I THINK YOU'RE EXACTLY RIGHT ON.  WHAT |
| 13:46 | 21 | PAGE DID YOU IDENTIFY? |
| 13:46 | 22 | **Q.**   I THINK IT'S 48 AND 49, SIR.  THIS IS TABLE 3, WHICH |
| 13:46 | 23 | APPEARS ON PAGE 48 THAT WE HAVE UP.  THIS IS STRICTLY ABOUT |
| 13:46 | 24 | INFORMATION.  WE JUST WANT TO KNOW WHAT YOUR WAVE HEIGHT AT THE |
| 13:46 | 25 | TIME OF THE GRASS LIFTOFF IS. |

13:46   1   **A.**   BETWEEN 2.0 AND 2.1 SIGNIFICANT FEET, SIGNIFICANT WAVE

13:47   2   HEIGHT.

13:47   3   **Q.**   WHAT WAS THE SURGE HEIGHT AT THAT TIME?  10.1 FEET?

13:47   4   **A.**   IT RANGED FROM 10.1 TO 11.0 BETWEEN 0430 AND 0500.

13:47   5   **Q.**   WHAT IS THE ELEVATION OF THE TOE OF THE LEVEE AT THE TEST

13:47   6   SITE?  IS THAT 7 FEET?

13:47   7   **A.**   YES, SIR.  EXCELLENT MEMORY.

13:47   8   **Q.**   WHAT IS THE WATER DEPTH AT THE TOE OF THE LEVEE AT 4:45?

13:47   9   **A.**   WE COULD TAKE 11 FEET, ADD 7 FEET -- PARDON ME.  TAKE

13:47   10   11 FEET, SUBTRACT 7 FEET, AND THAT WOULD GIVE YOU THE MEAN

13:47   11   WATER DEPTH AT THAT TIME.  THAT'S 4 FEET.

13:47   12   **Q.**   CAN YOU HAVE A 2 FOOT -- EXCUSE ME.  YOUR TABLE SHOWS

13:48   13   5:00 IS THE 11 FEET; CORRECT, SIR?

13:48   14   **A.**   YES.  THAT'S THE REASON I HAD REFERENCED IT.  IT'S VERY

13:48   15   CLOSE TO THE TIME WE DISCUSSED EARLIER THIS MORNING FOR

13:48   16   COMPLETION OF GRASS LIFTOFF FOR THE POOR GRASS CONDITION AT

13:48   17   THIS TEST SITE.

13:48   18   **Q.**   OKAY.  THANK YOU.

13:49   19        DR. BEA, I'D LIKE TO DIRECT YOU TO YOUR DECLARATION

13:49   20   1.  THIS IS DX-0451.  IT'S YOUR DECLARATION OF JULY 11, 2008 AT

13:49   21   PAGE 174.

13:49   22   **A.**   PAGE NUMBER AGAIN, PLEASE?

13:49   23   **Q.**   174.  I WANT TO ASK YOU ABOUT A STATEMENT YOU MADE EARLIER

13:50   24   TODAY OR YESTERDAY FROM THAT PAGE.  I BELIEVE YOU STATED THAT

13:50   25   THE LOW STABILITY FACTORS OF SAFETY AROUND UNITY, 1.0, IS AN

| | | |
|---|---|---|
| 13:50 | 1 | INDICATOR OF LATERAL SQUEEZING; IS THAT CORRECT? |
| 13:50 | 2 | **A.**   THIS IS AN INDICATION OF THE FACTOR OF SAFETY RELATING TO |
| 13:50 | 3 | LATERAL SQUEEZING AND LATERAL STABILITY.  AS YOU CAN TELL, FOR |
| 13:50 | 4 | THESE LEVEE CROWN ELEVATIONS BETWEEN 16.5, IT IS APPROXIMATELY |
| 13:50 | 5 | 18 FEET.  THAT FACTOR OF SAFETY RANGES FROM APPROXIMATELY 1.1 |
| 13:50 | 6 | TO .8. |
| 13:50 | 7 | **Q.**   ON PAGE 176 -- DID I INTERRUPT YOU?  PAGE 176, FIGURE |
| 13:51 | 8 | 161 -- |
| 13:51 | 9 | **A.**   YES, SIR. |
| 13:51 | 10 | **Q.**   -- THIS FIGURE SHOWS THE RESULTS OF YOUR CALCULATIONS; |
| 13:51 | 11 | RIGHT? |
| 13:51 | 12 | **A.**   THAT'S CORRECT, FOR LATERAL STABILITY. |
| 13:51 | 13 | **Q.**   DID YOU REDUCE THE SOIL SHEAR STRENGTH IN THE CALCULATION |
| 13:51 | 14 | USING THE DATA IN FIGURE 111 IN THE JULY DECLARATION? |
| 13:51 | 15 | **A.**   PLEASE REPEAT YOUR QUESTION. |
| 13:51 | 16 | **Q.**   FIGURE 161.  I WILL REPEAT THAT. |
| 13:51 | 17 | **A.**   THANK YOU. |
| 13:51 | 18 | **Q.**   DID YOU REDUCE THE SOIL SHEAR STRENGTH IN THIS CALCULATION |
| 13:51 | 19 | USING THE DATA IN FIGURE 161? |
| 13:51 | 20 | **A.**   WHAT DATA ARE YOU REFERRING TO IN 161? |
| 13:51 | 21 | **Q.**   ANY THAT'S IN THERE. |
| 13:51 | 22 | **A.**   THIS IS A GRAPHING OF THE FAILURE SURFACE FOR THE TWO |
| 13:51 | 23 | CONDITIONS IDENTIFIED.  THE SHEAR STRENGTHS ARE, AS YOU'RE |
| 13:52 | 24 | PUTTING IT, IN THE SOIL REDUCED TO RECOGNIZE THE LONG-TERM |
| 13:52 | 25 | STRAIN LOADING EFFECTS, AND THAT'S A CREEP DOMAIN OF LOADING ON |

13:52   1    THE SOIL.  MUCH AS IT IS FOR ME, THE MORE LOAD AND LONGER YOU

13:52   2    PUT THAT LOAD ON MY SHOULDERS, I TEND TO GET WEAKER.  SOIL IS

13:52   3    VERY MUCH LIKE PEOPLE, AND IT TOO GETS WEAKER.  IT STARTS TO

13:52   4    DEFORM.  IF YOU KEEP THAT LOAD ON LONG ENOUGH, IT WILL FAIL,

13:52   5    AND I WILL TOO.

13:52   6    **Q.**   I JUST WANTED TO FIND OUT IF YOU REDUCED THE SOIL SHEAR

13:52   7    STRENGTH IN ANY WAY IN YOUR CALCULATIONS THERE.

13:52   8    **A.**   I'M SORRY THAT I DID NOT DIRECTLY ANSWER YOUR QUESTION.

13:52   9    YES, I DID, SIR.

13:52   10   **Q.**   HOW DID YOU --

13:52   11   **A.**   THAT WAS THE -- THAT WAS WHY I PERFORMED EXPERIMENTS WITH

13:53   12   DR. SCHMERTMANN AT THE UNIVERSITY OF FLORIDA FOR TWO YEARS.

13:53   13   **Q.**   HOW DID YOU REDUCE THE SHEAR STRENGTH?

13:53   14   **A.**   IT'S SHOWN HERE THERE IS A .7 FACTOR, A REDUCTION APPLIED

13:53   15   TO THE SHEAR STRENGTHS, AND WE INVESTIGATED IT FOR .7 AND .6.

13:53   16   THAT'S SHOWN TO THE LEFT OF THE FIGURES.

13:53   17   **Q.**   DR. BEA, HAVE YOU BEEN PAID APPROXIMATELY $2 MILLION FOR

13:53   18   YOUR TESTIMONY IN THIS CASE?

13:53   19   **A.**   THAT IS INCORRECT.

13:53   20   **Q.**   HOW MUCH HAVE YOU BEEN PAID FOR YOUR TESTIMONY OR FOR YOUR

13:54   21   WORK IN THIS CASE?

13:54   22            **THE COURT:**  HIS TESTIMONY IS --

13:54   23            **MR. STONE:**  I JUST WANT TO KNOW THE NUMBER.  I DON'T

13:54   24   WANT TO PUT ANY KIND OF NEGATIVE --

13:54   25            **THE COURT:**  FOR ALL THE WORK HE'S DONE FROM THE

FINAL DAILY COPY

1539

13:54   1    BEGINNING TO NOW?

13:54   2          MR. SMITH:  EXACTLY, YOUR HONOR.

13:54   3          THE WITNESS:  APPROXIMATELY $1 MILLION.  2,000 HOURS

13:54   4    TIMES $600 PER HOUR IS $1,200,000.  THAT INCLUDES BILLINGS FOR

13:54   5    WHICH I'VE NOT BEEN PAID TO THIS POINT.

13:54   6    BY MR. STONE:

13:54   7    Q.   I THOUGHT YOU TOLD US IN YOUR DEPOSITIONS THIS YEAR THAT

13:54   8    YOU HAD BEEN PAID UPWARDS OF $2 MILLIONS IN THIS CASE?

13:54   9    A.   I DON'T BELIEVE THAT COULD BE ACCURATE.  MY WIFE WOULD NOT

13:55   10   HAVE TOLD ME OTHERWISE.  SHE'S THE ACCOUNTANT AND CHIEF

13:55   11   EXECUTIVE OFFICER.

13:55   12         MR. STONE:  YOUR HONOR, BEFORE I GET OFF THE SUBJECTS

13:55   13   HERE WITH DR. BEA, I'D LIKE TO ASK YOU FOR GUIDANCE ABOUT THAT

13:55   14   DOCUMENT THAT WAS PUT INTO EVIDENCE YESTERDAY AFTERNOON THAT WE

13:55   15   RECEIVED ON APRIL 3.

13:55   16             AT THIS TIME OR WHEN I'M COMPLETED WITH DR. BEA,

13:55   17   I'M ASSUMING THAT YOU WILL ALLOW THE PLAINTIFFS TO ASK

13:55   18   QUESTIONS ABOUT THAT DOCUMENT.  I JUST WANT TO HAVE AN IDEA OF

13:55   19   WHETHER I SHOULD GO AHEAD NOW AND ASK QUESTIONS OR BE ALLOWED

13:55   20   TO ASK THEM ON CROSS.

13:55   21         THE COURT:  RIGHT NOW, AS FAR AS I'M CONCERNED, I'M

13:55   22   HOPING TO OPEN THE DOOR ONLY A BIT.  SINCE YOU DON'T KNOW WHAT

13:55   23   THEY'RE GOING TO ASK, THE MORE YOU ASK, THE MORE IT OPENS.

13:55   24         MR. STONE:  WILL YOU ALLOW ME TO ASK THIS IF THEY

13:56   25   DON'T COVER IT WHEN THEY'RE DONE?

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:56 | 1 | **THE COURT:** I DON'T KNOW WHAT THAT IS. LIKE DR. BEA, |
| 13:56 | 2 | I NEED MY TERMS DEFINED BEFORE I ANSWER THE THING. THEN I'D |
| 13:56 | 3 | HAVE TO ALLOW THEM TO COME BACK AFTER THAT BECAUSE THEY GET THE |
| 13:56 | 4 | LAST SAY HERE. SO LET ME PLAY IT BY EAR WITH THE IDEA, THEN |
| 13:56 | 5 | WE'LL TRY TO BE FAIR. |
| 13:56 | 6 | **MR. STONE:** THANK YOU, YOUR HONOR. |
| 13:56 | 7 | COUNSEL, A WARNING TO YOU: DON'T GET TOO MUCH |
| 13:56 | 8 | INTO THAT APRIL 3 REPORT. |
| 13:56 | 9 | **MR. STEVENS:** I DON'T PLAN ON OPENING THE DOOR. ON |
| 13:56 | 10 | THAT NOTE, JUDGE, HE OPENED THE DOOR; WE'RE JUST GOING INTO THE |
| 13:56 | 11 | FOYER. |
| 13:56 | 12 | **THE COURT:** IT MAY JUST BE ACROSS THE THRESHOLD. |
| 13:57 | 13 | **MR. STONE:** NOTHING FURTHER AT THIS TIME, YOUR HONOR. |
| 13:57 | 14 | **THE COURT:** THANK YOU VERY MUCH. |
| 13:57 | 15 | OKAY. REDIRECT? |
| 13:57 | 16 | **MR. STEVENS:** IF WE COULD HAVE A BRIEF RECESS TO TRY |
| 13:57 | 17 | TO GET OUR STUFF TOGETHER. |
| 13:57 | 18 | **THE COURT:** HOW BRIEF A RECESS DO YOU NEED? |
| 13:57 | 19 | **MR. STEVENS:** ABOUT 30 MINUTES. 20, 30 MINUTES. |
| 13:57 | 20 | IT'S TWO DAYS OF CROSS-EXAMINATION. |
| 13:57 | 21 | **THE COURT:** OH, I MISUNDERSTOOD. YOU DON'T NEED 20 |
| 13:57 | 22 | OR 30 MINUTES TO GET READY? |
| 13:57 | 23 | **MR. STEVENS:** YES, SIR. WE NEED ABOUT A 15- OR |
| 13:57 | 24 | 20-MINUTE BREAK TO ORGANIZE OUR REDIRECT. WE'RE CLOSE. |
| 13:57 | 25 | **THE COURT:** WE'LL TAKE A 15-MINUTE BREAK FOR THE |

| | | |
|---|---|---|
| 13:57 | 1 | REDIRECT.  YOU SHOULD HAVE BEEN DOING THAT ALL ALONG.  YOU HAD |
| 13:57 | 2 | ALL LAST NIGHT. |
| 13:57 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 13:57 | 4 | **THE COURT:**  THE HOURS, MY LIBERAL ENFORCEABILITY IS |
| 13:58 | 5 | BECOMING MORE CONSERVATIVE. |
| 13:58 | 6 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 14:10 | 7 | **THE DEPUTY CLERK:**  ALL RISE. |
| 14:25 | 8 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 14:25 | 9 | **MR. STEVENS:**  YOUR HONOR, THANK YOU VERY MUCH.  THAT |
| 14:25 | 10 | 15 MINUTES WAS VERY MUCH APPRECIATED.  WE'VE COVERED A LOT OF |
| 14:25 | 11 | STUFF TODAY AND I NEEDED TO INSERT IT IN MY OUTLINE. |
| 14:25 | 12 | **REDIRECT EXAMINATION** |
| 14:25 | 13 | **BY MR. STEVENS:** |
| 14:25 | 14 | **Q.**  DR. BEA, I KNOW YOU'D LIKE TO GET BACK TO CALIFORNIA HERE |
| 14:25 | 15 | SOON. |
| 14:26 | 16 | **A.**  NOT NECESSARILY.  I LOVE THIS PART OF THE WORLD. |
| 14:26 | 17 | **Q.**  WE APPRECIATE IT VERY MUCH.  WE APPRECIATE YOUR SACRIFICE |
| 14:26 | 18 | FOR BEING HERE. |
| 14:26 | 19 | LET ME ASK YOU -- I'M GOING TO START BY SHOWING THREE |
| 14:26 | 20 | QUICK SLIDES, AND THEY WERE THE SAME SLIDES THAT MR. O'DONNELL |
| 14:26 | 21 | USED WITH YOU AT THE OPENING OF YOUR DIRECT TESTIMONY ON FRIDAY |
| 14:26 | 22 | MORNING.  I WANT TO KNOW IF THESE THREE SLIDES STILL -- I'M NOT |
| 14:26 | 23 | GOING TO READ THEM VERBATIM, BUT DO THESE THREE SLIDES STILL |
| 14:26 | 24 | REPRESENT YOUR OPINIONS IN THIS CASE? |
| 14:26 | 25 | **A.**  THEY DO. |

1542

14:26    1    **Q.**   HAS ANYTHING THAT'S BEEN BROUGHT OUT ON CROSS-EXAMINATION

14:26    2    OVER THE LAST DAY AND A HALF CHANGED ANY OF THE OPINIONS YOU

14:26    3    OFFERED AT THE OUTSET OF THIS CASE?

14:26    4    **A.**   THESE OPINIONS HAVE NOT CHANGED.

14:26    5    **Q.**   IN A NUTSHELL, IS IT STILL YOUR OPINION THAT MULTIPLE

14:26    6    COAST GUARD CUTTERS BUT FOR WHICH THERE WOULD HAVE BEEN NO

14:26    7    CATASTROPHIC FLOODING OF NEW ORLEANS EAST, THE LOWER NINE, OR

14:26    8    ST. BERNARD PARISH?

14:26    9    **A.**   THAT IS CORRECT.

14:26    10   **Q.**   I'D LIKE TO REVISIT CROSS-EXAMINATION A LITTLE BIT.  THEN

14:27    11   WE'RE GOING TO DO SOME OTHER THINGS.

14:27    12          IN NEW ORLEANS EAST, FIRST, THE DEFENDANT, WHEN

14:27    13   CROSS-EXAMINING YOU, TOOK YOU TO SOME AREAS WHERE THERE WERE

14:27    14   BREACHES ON THE FAR EAST OF NEW ORLEANS EAST.

14:27    15   **A.**   CORRECT.

14:27    16   **Q.**   THEY DIDN'T TAKE YOU TO THE TWO BREACHES ON THE CITRUS

14:27    17   LEVEE, DID THEY?

14:27    18   **A.**   CORRECT.

14:27    19   **Q.**   NOW, DID A SINGLE DROP OF WATER ENTER ANYONE'S HOMES IN

14:27    20   NEW ORLEANS EAST FROM THE BREACHES TO THE FAR-EAST BACK LEVEES?

14:27    21   **A.**   NOT TO MY KNOWLEDGE.

14:27    22   **Q.**   DID THE DAMAGES IN NEW ORLEANS EAST DEVELOP BECAUSE OF THE

14:27    23   CITRUS LEVEE BREACHES AND OVERTOPPING?

14:27    24   **A.**   THAT'S CORRECT, IN ADDITION TO SOME BREACHING ON THE

14:27    25   INDUSTRIAL CANAL, EAST SIDE.

| | | |
|---|---|---|
| 14:27 | 1 | **Q.**   WERE THOSE BREACHES AND OVERTOPPINGS, IN YOUR OPINION, |
| 14:27 | 2 | CAUSED BY THE MRGO? |
| 14:28 | 3 | **A.**   YES. |
| 14:28 | 4 | **Q.**   OR SIGNIFICANTLY CONTRIBUTED TO BY THE MRGO? |
| 14:28 | 5 | **A.**   THAT'S CORRECT. |
| 14:28 | 6 | **MR. STONE:**  OBJECTION:  MOVE TO STRIKE IF THAT WAS |
| 14:28 | 7 | ABOUT THE IHNC BECAUSE THAT'S NOT PART OF THE CASE. |
| 14:28 | 8 | **THE WITNESS:**  NEW ORLEANS EAST -- |
| 14:28 | 9 | **THE COURT:**  JUST A MINUTE.  LET ME RULE ON THE |
| 14:28 | 10 | OBJECTION. |
| 14:28 | 11 | YOUR OBJECTION IS THAT THE IHNC IS NOT PART OF |
| 14:28 | 12 | THE CASE? |
| 14:28 | 13 | **MR. STONE:**  YES, YOUR HONOR, BECAUSE THE EBIA WAS THE |
| 14:28 | 14 | ONLY THING THAT WAS LEFT, AND THAT WAS TAKEN OUT OF THE CASE |
| 14:28 | 15 | BECAUSE THEY WEREN'T ALLOWED TO AMEND THE COMPLAINT.  DR. BEA |
| 14:28 | 16 | TESTIFIED LAST FRIDAY THAT THE EAST WALLS OF THE IHNC WOULD |
| 14:28 | 17 | HAVE FAILED WHETHER OR NOT MRGO WAS IN THE PICTURE. |
| 14:28 | 18 | **THE COURT:**  WE'VE BEEN THROUGH THIS ON CROSS.  I'M |
| 14:28 | 19 | GOING TO ALLOW THE QUESTION SUBJECT TO YOUR OBJECTION.  IT |
| 14:28 | 20 | WASN'T QUITE THAT CLEAR TO ME.  GO AHEAD. |
| 14:28 | 21 | **BY MR. STEVENS:** |
| 14:28 | 22 | **Q.**   IF YOU WOULD PROCEED WITH YOUR ANSWER. |
| 14:28 | 23 | **A.**   WOULD YOU REPEAT YOUR QUESTION, SIR. |
| 14:28 | 24 | **Q.**   SURE.  WAS THE MRGO A SUBSTANTIAL CONTRIBUTING FACTOR IN |
| 14:29 | 25 | CAUSING THE BREACHES ON THE CITRUS LEVEE AND THE BREACH ALONG |

| | | |
|---|---|---|
| 14:29 | 1 | THE IHNC THAT YOU MENTIONED? |
| 14:29 | 2 | **A.**   THAT'S TO THE NORTH OF THE INTERSECTION.  ANSWER:  YES. |
| 14:29 | 3 | **Q.**   NEW ORLEANS EAST, THE PREDOMINANT CAUSE OF WATER IN THAT |
| 14:29 | 4 | AREA WAS THE CITRUS BACK LEVEE AND OVERTOPPING? |
| 14:29 | 5 | **A.**   THAT'S CORRECT, AND IT HAD HAPPENED BEFORE.  WE LIVED TWO |
| 14:29 | 6 | BLOCKS FROM MR. ROBINSON IN 1965.  THAT'S HURRICANE BETSY. |
| 14:29 | 7 | **Q.**   THE FUNNEL EFFECT, AS FAR AS NEW ORLEANS EAST IS |
| 14:29 | 8 | CONCERNED, THE CORPS -- ARE YOU FAMILIAR WITH ANYTHING WHERE |
| 14:29 | 9 | THE CORPS STUDIED THE FUNNEL EFFECT BEFORE 1968? |
| 14:29 | 10 | **THE COURT:**  WE'VE BEEN THROUGH THIS, COUNSEL.  LET'S |
| 14:29 | 11 | MOVE ON.  IT'S MY UNDERSTANDING OF HIS TESTIMONY, IN A SUMMARY, |
| 14:29 | 12 | COMPARING ALL THE SCENARIOS, THAT AS TO NEW ORLEANS EAST, THE |
| 14:30 | 13 | CORPS, AS A PREVENTIVE MEASURE -- THIS IS HIS -- SHOULD HAVE |
| 14:30 | 14 | PUT UP A FLOODGATE. |
| 14:30 | 15 | **THE WITNESS:**  YES. |
| 14:30 | 16 | **THE COURT:**  THAT BECOMES A QUESTION, IN BRIEFING, |
| 14:30 | 17 | WHETHER THAT'S A DISCRETIONARY FUNCTION EXCEPTION OR NOT; IF, |
| 14:30 | 18 | IN FACT, I FIND IT'S HYDROLOGICALLY CORRECT. |
| 14:30 | 19 | **BY MR. STEVENS:** |
| 14:30 | 20 | **Q.**   DR. BEA, DID YOU TESTIFY IT WAS INCUMBENT ON AN ENGINEER |
| 14:30 | 21 | TO TAKE APPROPRIATE, TIMELY, AND AGGRESSIVE ACTION TO MITIGATE |
| 14:30 | 22 | THAT FUNNEL EFFECT IN NEW ORLEANS EAST? |
| 14:30 | 23 | **A.**   I DID.  I EXPRESSED IT BY THE ENGINEERING STANDARD OF CARE |
| 14:30 | 24 | IS THE SAME AS THE HIPPOCRATIC OATH:  DO NO HARM THROUGHOUT THE |
| 14:30 | 25 | LIFE CYCLE OF THE ENGINEERED SYSTEM. |

| | | |
|---|---|---|
| 14:30 | 1 | **Q.**   WITH REGARD TO THE IHNC AND THE LOWER NINTH WARD, ARE THE |
| 14:31 | 2 | NORTH AND SOUTH BREACHES, IN YOUR OPINION, REALLY RELEVANT TO |
| 14:31 | 3 | THE ULTIMATE FLOODING THAT OCCURRED IN THE IHNC? |
| 14:31 | 4 | **A.**   NO, THEY ARE NOT; BUT THEY ARE VERY IMPORTANT TO THE |
| 14:31 | 5 | PEOPLE THAT LIVED IMMEDIATELY IN FRONT OF -- BEHIND THOSE |
| 14:31 | 6 | BREACHES. |
| 14:31 | 7 | **Q.**   I UNDERSTAND.  WOULD THE LOWER NINTH WARD HAVE FLOODED TO |
| 14:31 | 8 | A 10- OR 12-FOOT DEPTH IN A FEW HOURS ANYWAY AS A RESULT OF |
| 14:31 | 9 | FLOODWATERS FROM REACH 2 OF THE MRGO? |
| 14:31 | 10 | **A.**   YES. |
| 14:31 | 11 | **MR. STONE:**  OBJECTION.  I RAISE MY OBJECTION AS A |
| 14:31 | 12 | CONTINUING OBJECTION TO THE DISCUSSION OF THESE BREACHES OF THE |
| 14:31 | 13 | NORTH AND SOUTH. |
| 14:31 | 14 | **THE COURT:**  WE HAD A LONG DISCUSSION.  THERE'S A LOT |
| 14:31 | 15 | ABOUT IT IN THE TRANSCRIPT THAT I NEED TO DIGEST, SO I'M GOING |
| 14:31 | 16 | TO OVERRULE YOUR OBJECTION SUBJECT TO MY READING THAT AGAIN. |
| 14:31 | 17 | YOU'RE ASKING HIM WOULD THE FLOODING -- YOU MEAN IN THE ENTIRE |
| 14:32 | 18 | POLDER? |
| 14:32 | 19 | **MR. STEVENS:**  YES. |
| 14:32 | 20 | **BY MR. STEVENS:** |
| 14:32 | 21 | **Q.**   WOULD THE FLOODING IN THE ENTIRE POLDER OF THE LOWER NINTH |
| 14:32 | 22 | WARD HAVE FLOODED ANYWAY, EVEN WITHOUT THE NORTH AND SOUTH |
| 14:32 | 23 | BREACH? |
| 14:32 | 24 | **A.**   THAT'S CORRECT. |
| 14:32 | 25 | **Q.**   IN YOUR OPINION WHAT WOULD BE THE TIME DIFFERENTIAL |

14:32    1   BETWEEN WHEN IT STARTED TO FLOOD AND WHEN IT WOULD HAVE FLOODED
14:32    2   ANYWAY?
14:32    3   **A.**   SEVERAL HOURS.
14:32    4         **THE COURT:**  WHEN WE'RE TALKING ABOUT THE LOWER NINTH
14:32    5   WARD, JUST SO THE COURT -- I THINK I KNOW THE ANSWER TO THIS.
14:32    6   DOES THIS CLAIM ALSO INCLUDE SOMETHING OTHER THAN THE LOWER
14:32    7   NINTH WARD AND THE NINTH WARD?  DOES IT INCLUDE WHAT WE'LL CALL
14:32    8   THE UPPER NINTH WARD?
14:32    9         **MR. STEVENS:**  NO, YOUR HONOR.  THAT'S A DIFFERENT
14:32   10   SECTION.  JUST THE LOWER NINTH WARD BELOW THE --
14:32   11         **THE COURT:**  THE CLAIM INCLUDES THE UPPER NINTH WARD.
14:32   12         **MR. STEVENS:**  -- GIWW, YES.
14:32   13         **THE COURT:**  WE'RE TALKING ABOUT THE LOWER NINTH WARD.
14:32   14         **MR. STEVENS:**  FACTUALLY, YES, SIR.
14:32   15   **BY MR. STEVENS:**
14:32   16   **Q.**   IS IT ALSO YOUR OPINION AND DO YOU AGREE WITH THE DEFENSE
14:32   17   EXPERT, MR. STEVEN FITZGERALD, THAT 88 TO 90 PERCENT OF THE
14:33   18   WATER IN THE LOWER NINTH WARD ALL CAME FROM REACH 2 BREACHES
14:33   19   ALONG THE MRGO?
14:33   20         **THE COURT:**  AS YOU KNOW, WHEN COUNSEL STANDS, WAIT TO
14:33   21   ANSWER UNTIL I RULE.
14:33   22         **MR. STONE:**  I OBJECT TO THE LEADING QUESTIONS.
14:33   23         **THE COURT:**  I'M GOING TO ALLOW THE LEADING QUESTIONS.
14:33   24   I'M GOING TO ALLOW YOU TO LEAD YOUR EXPERTS AS WELL.
        25

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:33 | 1 | **BY MR. STEVENS:** |
| 14:33 | 2 | **Q.**   IS THAT YOUR OPINION? |
| 14:33 | 3 | **MR. STONE:**  IT'S ALSO OUTSIDE THE SCOPE OF THE CROSS, |
| 14:33 | 4 | YOUR HONOR. |
| 14:33 | 5 | **THE COURT:**  OVERRULED.  I THINK IT'S WITHIN THE SCOPE |
| 14:33 | 6 | OF THE -- GOD KNOWS HOW I'M GOING TO REMEMBER WHAT WAS IN THE |
| 14:33 | 7 | SCOPE OF THE CROSS.  BUT I THINK, LIBERALLY CONSTRUED, IT WAS |
| 14:33 | 8 | IN THE SCOPE OF THE CROSS. |
| 14:33 | 9 | **BY MR. STEVENS:** |
| 14:33 | 10 | **Q.**   DO YOU AGREE WITH THAT, SIR? |
| 14:33 | 11 | **A.**   I DO. |
| 14:33 | 12 | **THE COURT:**  THE DIRECT WAS PRETTY LONG, TOO.  I'M NOT |
| 14:33 | 13 | PICKING ON YOU, SIR. |
| 14:33 | 14 | **MR. STEVENS:**  IT WASN'T ALL ME. |
| 14:33 | 15 | **BY MR. STEVENS:** |
| 14:33 | 16 | **Q.**   LET'S TALK ABOUT REACH 2 AND WHAT I LOOSELY REFER TO AS |
| 14:33 | 17 | THE BREACH ZONE.  I WANT TO GET US ALL SORT OF REORIENTED HERE. |
| 14:33 | 18 | CAN I SEE SLIDE 4, WHICH WAS PREVIOUSLY FIGURE 2.3 IN |
| 14:34 | 19 | CONNECTION WITH DR. DUNCAN FITZGERALD'S TESTIMONY, MARKED AS |
| 14:34 | 20 | PX-96.1.  THE UPPER REACH 2, BAYOU BIENVENUE, MILEPOST 59 DOWN |
| 14:34 | 21 | TO 53, JUST BELOW BAYOU DUPRE, THAT'S WHAT I'M LOOKING FOR. |
| 14:34 | 22 | **A.**   YES, SIR. |
| 14:34 | 23 | **Q.**   THAT'S THE AREA I WANT TO TALK ABOUT DURING WHAT I CALL |
| 14:34 | 24 | THE BREACH ZONE. |
| 14:34 | 25 | **A.**   CORRECT. |

```
14:34    1   Q.   PX-96.1.  IS IT STILL YOUR OPINION TODAY -- LET ME TAKE US

14:35    2   BACK.  IS IT STILL YOUR OPINION TODAY THAT THE BREACHES AND THE

14:35    3   FLOODING IN ST. BERNARD PARISH WERE THE RESULT OF 40 YEARS OF

14:35    4   INACTION BY THE CORPS OF ENGINEERS?

14:35    5   A.   YES.

14:35    6   Q.   NOW, CAN WE HAVE SLIDE 5.  THIS SLIDE, WHICH HAS

14:35    7   PREVIOUSLY BEEN MARKED AS PX-2138.2 AND INTRODUCED IN

14:35    8   CONNECTION WITH THE TESTIMONY OF DR. FITZGERALD, WE DESCRIBE OR

14:35    9   DISPLAY THE SAME ZONE AS MILE MARKERS 53 TO 59 --

14:35   10        THE COURT:  HOLD ON ONE SECOND, COUNSEL.

14:35   11             IS THIS IN DR. FITZGERALD'S REPORT?

14:36   12        MR. STEVENS:  NO.  IT'S ACTUALLY IN STEVEN

14:36   13   FITZGERALD'S REPORT, AND IT WAS USED IN DR. FITZGERALD'S

14:36   14   TESTIMONY.

14:36   15        THE COURT:  WE WOULD LIKE A HARD COPY.

14:36   16             THE GOOD DR. BEA HAS GIVEN US A COPY.  ONE

14:36   17   SECOND.

14:36   18   BY MR. STEVENS:

14:36   19   Q.   JUST TO ORIENT US, BAYOU BIENVENUE IS THE FIRST VERTICAL

14:36   20   RED BOX ON THE LEFT, MILEPOST 59, ON THE FIRST MAP.  BAYOU

14:37   21   DUPRE IS THE FIRST VERTICAL RED BOX ON THE RIGHT, MILEPOST 53.

14:37   22   THAT IS THE BREACH ZONE, IF YOU WILL --

14:37   23   A.   CORRECT.

14:37   24   Q.   -- ALONG REACH 2 OF THE MRGO; CORRECT?

14:37   25   A.   THAT'S CORRECT.
```

FINAL DAILY COPY

14:37  1  **Q.**   NOW, I'M GOING TO ASK YOU FIRST:  HAVE YOU MADE A

14:37  2  CORRELATION BETWEEN THE WIDTH OF THE CHANNEL AND THE

14:37  3  PRE-KATRINA LEVEE HEIGHTS?

14:37  4  **A.**   YES.

14:37  5  **Q.**   DOES THIS EXHIBIT SHOW PRE-KATRINA LEVEE HEIGHTS BETWEEN

14:37  6  BAYOU BIENVENUE AND BAYOU DUPRE?

14:37  7  **A.**   YES.

14:37  8  **Q.**   ON THAT DIAGRAM THERE'S A RED LINE.  I NEED A LASER

14:37  9  POINTER SO I CAN HELP THE COURT SEE WHERE I'M REFERRING TO.

14:37  10  THANK YOU.

14:37  11       THE RED LINE IS THE 17.5-FOOT DESIGN HEIGHT FOR THE

14:37  12  LEVEES; IS THAT CORRECT?

14:37  13  **A.**   THAT'S CORRECT.

14:37  14  **Q.**   SO THE LEVEE CREST HEIGHTS DESCRIBED IN BLUE OR DEPICTED

14:38  15  IN BLUE, THOSE ARE PRE-KATRINA LEVEE HEIGHTS; CORRECT?

14:38  16  **A.**   INCLUDED AND FOR THE SHEET PILE OR REPAIR AREAS, THE SHEET

14:38  17  PILING.

14:38  18  **Q.**   THAT COMES FROM THE DEFENSE EXPERT, MR. FITZGERALD?

14:38  19  **A.**   THAT'S CORRECT.

14:38  20  **Q.**   ANY GIANT DISAGREEMENT ABOUT THE PRE-KATRINA LEVEE HEIGHTS

14:38  21  BETWEEN BAYOU BIENVENUE AND BAYOU DUPRE?

14:38  22  **A.**   THAT'S CORRECT.

14:38  23  **Q.**   THERE'S NO DISPUTE ABOUT THAT?

14:38  24  **A.**   SEEMS TO BE NONE.

14:38  25  **Q.**   AGAIN, YOU MENTIONED SHEET PILES.  THE GRAY DASHED LINES

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:38 | 1 | AT THE BOTTOM OF THAT CHART SHOW THE ZONES OR SECTIONS WHERE |
| 14:38 | 2 | SHEET PILING WAS INSTALLED PRIOR TO KATRINA? |
| 14:38 | 3 | **A.**   THAT'S CORRECT. |
| 14:38 | 4 | **Q.**   HAVE YOU MADE ANY CORRELATION BETWEEN PRE-KATRINA LEVEE |
| 14:38 | 5 | HEIGHTS AND BREACHES? |
| 14:38 | 6 | **A.**   YES. |
| 14:38 | 7 | **Q.**   TELL THE COURT WHAT THAT CORRELATION IS. |
| 14:38 | 8 | **A.**   THE LOWER THE LEVEE HEIGHT, THE MORE INTENSE THE |
| 14:38 | 9 | BREACHING.  THAT'S SHOWN VERY WELL BY THIS ILLUSTRATION.  IT |
| 14:38 | 10 | WAS A WAR ZONE AFTER KATRINA. |
| 14:39 | 11 | **Q.**   IS IT NOT A FACT THAT THE LOWEST LEVEE HEIGHTS, THE LOWEST |
| 14:39 | 12 | PRE-KATRINA LEVEE HEIGHTS BETWEEN BAYOU BIENVENUE AND BAYOU |
| 14:39 | 13 | DUPRE WERE ALSO THE AREAS THAT HAD THE MOST SIGNIFICANT |
| 14:39 | 14 | BREACHING? |
| 14:39 | 15 | **A.**   THAT'S CORRECT. |
| 14:39 | 16 | **Q.**   THE RED DASHED LINES ON THIS CHART SHOW THE SILL, IF YOU |
| 14:39 | 17 | WILL, THE BOTTOM DEPTH OF THE BREACH AFTER KATRINA? |
| 14:39 | 18 | **A.**   THAT'S CORRECT. |
| 14:39 | 19 | **Q.**   NOW, I UNDERSTAND THEY'RE ALL SQUARE, ALTHOUGH THEY MIGHT |
| 14:39 | 20 | NOT HAVE BEEN PERFECTLY SQUARE IN REALITY. |
| 14:39 | 21 | **A.**   GOD DIDN'T WORK IN SQUARES. |
| 14:39 | 22 | **Q.**   THIS GIVES THE WIDTH OF THE BREACH AND THE DEPTH OF THE |
| 14:39 | 23 | BREACH? |
| 14:39 | 24 | **A.**   CORRECT. |
| 14:39 | 25 | **Q.**   SO THE ONE I'M POINTING AT, THE FIRST ONE JUST AT BAYOU |

FINAL DAILY COPY

1551

| | | |
|---|---|---|
| 14:39 | 1 | BIENVENUE APPEARS TO BE FROM 17.5 DOWN TO 10.  THAT IS ABOUT A |
| 14:39 | 2 | 7-AND-A-HALF-FOOT DEEP BREACH IN THE LEVEE? |
| 14:40 | 3 | **A.**   THAT IS CORRECT. |
| 14:40 | 4 | **Q.**   IS IT A FACT THAT THESE AREAS WHERE THERE WAS SHEET PILING |
| 14:40 | 5 | INSTALLED BEFORE KATRINA THAT THE LEVEE ELEVATION THAT IS USED |
| 14:40 | 6 | INCLUDES THE SHEET PILING? |
| 14:40 | 7 | **A.**   THAT'S CORRECT. |
| 14:40 | 8 | **Q.**   HAVE YOU EXAMINED OR EXPLORED WHAT THE GROUND LEVELS WERE |
| 14:40 | 9 | AT THOSE SHEET PILE LOCATIONS? |
| 14:40 | 10 | **A.**   YES. |
| 14:40 | 11 | **Q.**   WHAT WERE THOSE AS COMPARED TO THE LEVEES -- I MEAN THE |
| 14:40 | 12 | SHEET PILES? |
| 14:40 | 13 | **A.**   2 TO 5 FEET LOWER. |
| 14:40 | 14 | **Q.**   THAN THE SHEET PILES? |
| 14:40 | 15 | **A.**   THAT'S CORRECT. |
| 14:40 | 16 | **Q.**   IS IT ALSO A FACT, DR. BEA, THAT EVEN WHERE THERE WAS |
| 14:40 | 17 | SHEET PILE -- FOR EXAMPLE, I'LL USE, ACCORDING TO THIS CHART, |
| 14:40 | 18 | STATION 4500, THE FIRST SECTION WITH SHEET PILING.  AT STATION |
| 14:40 | 19 | 4500, EVEN THERE THE SHEET PILING -- THE TOP ELEVATION OF THE |
| 14:40 | 20 | SHEET PILING PRIOR TO KATRINA DID NOT REACH 17.5 FEET? |
| 14:41 | 21 | **A.**   YES.  IT WAS -- |
| 14:41 | 22 | **Q.**   IT WAS -- I'M SORRY. |
| 14:41 | 23 | **A.**   IT WAS LOWER.  AS I TESTIFIED EARLIER, THAT DREW OUR |
| 14:41 | 24 | ATTENTION IMMEDIATELY.  THE QUESTION WAS:  IF THEY ESTABLISHED |
| 14:41 | 25 | IT BACK TO THE DESIGN ELEVATION, WHY WAS IT NOW BELOW? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:41 | 1 | **Q.**   AS A MATTER OF FACT, AS I'M LOOKING AT THIS CHART AND I GO |
| 14:41 | 2 | TO EACH OF THE SHEET PILE LOCATIONS, EACH OF THE FOUR BETWEEN |
| 14:41 | 3 | BAYOU BIENVENUE AND BAYOU DUPRE, NOT A SINGLE ONE OF THOSE |
| 14:41 | 4 | ELEVATIONS REACHED FULL DESIGN HEIGHT OF 17.5 FEET AT THE TIME |
| 14:41 | 5 | OF KATRINA? |
| 14:41 | 6 | **A.**   THAT'S CORRECT. |
| 14:41 | 7 | **Q.**   CAN YOU EXPLAIN FOR US WHY THE SHEET PILING WOULD BE LOWER |
| 14:41 | 8 | THAN 17.5 FEET PRIOR TO KATRINA. |
| 14:41 | 9 | **A.**   WELL, WE FOUND A VERY STRONG CORRELATION OF THE ELEVATIONS |
| 14:41 | 10 | BEFORE KATRINA WITH HOW CLOSE THE MRGO CHANNEL HAD COME TO THE |
| 14:41 | 11 | STRUCTURES. |
| 14:42 | 12 | **Q.**   WE'RE GOING TO EXPLORE PROXIMITY TO THE CHANNEL IN JUST |
| 14:42 | 13 | ONE SECOND, BUT BEAR WITH ME.  I FORGOT TO DO SOMETHING.  LET |
| 14:42 | 14 | ME ASK YOU THIS:  BEYOND OR TO THE SOUTH OF BAYOU DUPRE, ALL |
| 14:42 | 15 | THE LEVEE CRESTS APPEAR TO BE ABOVE THE RED LINE; THAT IS, |
| 14:42 | 16 | ABOVE 17.5 FEET? |
| 14:42 | 17 | **THE COURT:**  VIRTUALLY. |
| 14:42 | 18 | **MR. STEVENS:**  WELL, VIRTUALLY.  THANK YOU, |
| 14:42 | 19 | YOUR HONOR. |
| 14:42 | 20 | **BY MR. STEVENS:** |
| 14:42 | 21 | **Q.**   VIRTUALLY ALL OF THEM? |
| 14:42 | 22 | **A.**   THE ANSWER IS YES.  THAT REMARKABLE DIFFERENCE DREW OUR |
| 14:42 | 23 | ATTENTION IMMEDIATELY.  THERE ARE SOME LOW SPOTS. |
| 14:42 | 24 | **Q.**   THEY WERE LOW BY INCHES OR A FOOT OR SO? |
| 14:42 | 25 | **A.**   CORRECT. |

1553

| | | |
|---|---|---|
| 14:42 | 1 | **Q.**   ON THE FINAL SECTION OF SHEET PILING SHOWN ON THIS |
| 14:42 | 2 | DIAGRAM, WHICH WOULD BE A LITTLE SOUTH, A FEW THOUSAND FEET |
| 14:42 | 3 | SOUTH OF BAYOU DUPRE, THAT IS A VERY LOW PRE-KATRINA LEVEE |
| 14:43 | 4 | CREST.  DO YOU KNOW WHAT THAT IS? |
| 14:43 | 5 | **A.**   YES. |
| 14:43 | 6 | **Q.**   TELL US. |
| 14:43 | 7 | **A.**   WOULD YOU REPEAT YOUR QUESTION. |
| 14:43 | 8 | **Q.**   SURE.  THIS LAST SECTION OF SHEET PILE, WHICH HAS A |
| 14:43 | 9 | PRE-KATRINA -- THE BOTTOM DEPTH IN THE MIDDLE THERE, A |
| 14:43 | 10 | SUBSTANTIAL DEPTH OF ABOUT PROBABLY 4 OR 5 FEET -- |
| 14:43 | 11 | **A.**   YES. |
| 14:43 | 12 | **Q.**   WHAT IS THAT? |
| 14:43 | 13 | **A.**   WELL, THAT'S A LOW SECTION THAT HAD BEEN REPAIRED WITH |
| 14:43 | 14 | SHEET PILING. |
| 14:43 | 15 | **Q.**   AND WAS STILL 4 OR 5 FEET BELOW DESIGN GRADE? |
| 14:43 | 16 | **A.**   WHICH, AGAIN, DREW OUR ATTENTION TO THE SHEET PILE AREAS. |
| 14:43 | 17 | OUR QUESTION WAS THAT THE SYSTEM HAD BEEN CONSTRUCTED |
| 14:43 | 18 | UNIFORMLY, I'LL CALL IT, SO WHY THIS REMARKABLE DIFFERENCE AS |
| 14:43 | 19 | YOU PROCEEDED DOWN REACH 2 TOWARD THE VERRETT TURN. |
| 14:44 | 20 | **Q.**   LET ME ASK YOU THIS, DR. BEA:  DOES THE FACT THAT THE |
| 14:44 | 21 | SHEET PILING ELEVATIONS WERE LOWER THAN DESIGN GRADE BY 2, 3, |
| 14:44 | 22 | AND IN THAT CASE 4 OR 5 FEET INDICATE THAT THERE WAS SETTLEMENT |
| 14:44 | 23 | OF THE SHEET PILE FROM THE TIME IT WAS INSTALLED UNTIL THE TIME |
| 14:44 | 24 | OF KATRINA? |
| 14:44 | 25 | **A.**   THAT'S CORRECT. |

| | |
|---|---|
| 14:44 | 1 |
| 14:44 | 2 |
| 14:44 | 3 |
| 14:44 | 4 |
| 14:44 | 5 |
| 14:45 | 6 |
| 14:45 | 7 |
| 14:45 | 8 |
| 14:45 | 9 |
| 14:45 | 10 |
| 14:45 | 11 |
| 14:45 | 12 |
| 14:45 | 13 |
| 14:45 | 14 |
| 14:45 | 15 |
| 14:45 | 16 |
| 14:45 | 17 |
| 14:45 | 18 |
| 14:45 | 19 |
| 14:45 | 20 |
| 14:45 | 21 |
| 14:45 | 22 |
| 14:46 | 23 |
| 14:46 | 24 |
| 14:46 | 25 |

**Q.**   NOW, DID YOU MAKE A CORRELATION BETWEEN CHANNEL WIDTH AND PRE-KATRINA LEVEE CREST ELEVATIONS?

**A.**   YES.

**Q.**   IF WE COULD HAVE SLIDE 6.  THIS IS PX-96.31.

          **THE COURT:**  WOULD IT BE INCLUDED IN ANY REPORT?  I KNOW WE'VE SEEN THAT.

          **MR. STEVENS:**  THIS WAS DR. DUNCAN FITZGERALD'S REPORT, WHERE HE DEMONSTRATED THE CHANNEL WIDTH.

          **THE COURT:**  THERE ARE A LOT OF SCOTSMEN IN THIS.

          **MR. STEVENS:**  YES.  WE HAVE ANOTHER FITZGERALD COMING.  HE'S DUNCAN FITZGERALD WITH A CAPITAL "G," YOUR HONOR.

**BY MR. STEVENS:**

**Q.**   DR. BEA, 96.31, THIS DEMONSTRATES THE CHANNEL WIDTH ALONG REACH 2 FROM MILEPOST 59, THE TOP OF BAYOU BIENVENUE, DOWN TO MILEPOST 56 OR SO.  IT KIND OF GOES OFF THE BOTTOM OF MY SCREEN DOWN THERE.  59 HERE AT THE TOP OF BIENVENUE, AND BIENVENUE COMES BACK IN AROUND MILEPOST 56 OR SO; CORRECT?

**A.**   THAT'S CORRECT.

**Q.**   THEN THE GREEN ON THE LEVEE, AS WE RECALL FROM DR. DUNCAN FITZGERALD'S TESTIMONY, IS THAT'S THE AREAS WHERE THE BREACHES OCCURRED?

**A.**   THAT'S CORRECT.

**Q.**   IF WE GO BACK TO THE PREVIOUS SLIDE, WE'RE LOOKING AT THE ZONE FROM BAYOU BIENVENUE DOWN TO WHERE IT COMES BACK INTO THE CHANNEL ABOUT HERE; IS THAT CORRECT?

FINAL DAILY COPY

14:46   1   **A.**   THAT'S CORRECT.  A HIGH CORRELATION OF LOW ELEVATION AND

14:46   2   BREACHING.

14:46   3   **Q.**   THE NEXT SLIDE, PLEASE.  THAT CHANNEL WIDTH, ACCORDING TO

14:46   4   DR. FITZGERALD, IS THREE TIMES THE AUTHORIZED WIDTH OF THE

14:46   5   CHANNEL; CORRECT?

14:46   6   **A.**   THAT'S CORRECT.

14:46   7   **Q.**   NEXT SLIDE.

14:46   8               **THE COURT:**  THAT'S THE AVERAGE CHANNEL.

14:46   9               **MR. STEVENS:**  YES.  THANK YOU, YOUR HONOR.  THE

14:46   10   DETAILS ARE IN THE CHART HERE, BUT YOU'RE RIGHT.  ABSOLUTELY.

14:46   11               **THE COURT:**  RIGHT.

14:46   12               **MR. STEVENS:**  AVERAGE OF 1,320 FEET IS THE TOTAL

14:46   13   AVERAGE, PLUS YOU ADD THE 650 OF THE ORIGINAL CHANNEL.  TOTAL

14:46   14   CHANNEL WIDTH AVERAGES 1,970 FEET, WHICH IS APPROXIMATELY THREE

14:46   15   TIMES THE 650.  YOU'RE ABSOLUTELY CORRECT.

14:46   16   **BY MR. STEVENS:**

14:46   17   **Q.**   NEXT SLIDE, SLIDE 9.  NOW, THIS IS FROM BAYOU DUPRE AT

14:47   18   MILEPOST 56 OR SO DOWN TO -- IT'S ACTUALLY 53 DOWN TO

14:47   19   MILEPOST 49.

14:47   20   **A.**   THAT'S CORRECT.

14:47   21   **Q.**   IN THAT ZONE THAT'S THE HIGHER ELEVATIONS ON THE FIRST

14:47   22   CHART, MOST OF WHICH WERE ABOVE THE 17.5-FOOT DESIGN HEIGHT?

14:47   23   **A.**   RIGHT.  NEAR THE 17.5-FOOT HEIGHT.

14:47   24   **Q.**   THIS SECTION, COINCIDENTALLY, DID YOU MAKE A CORRELATION

14:47   25   ABOUT CHANNEL WIDTH AND LEVEE CREST?

FINAL DAILY COPY

1556

| | | |
|---|---|---|
| 14:47 | 1 | **A.**   YES. |
| 14:47 | 2 | **Q.**   WHAT IS THAT CORRELATION? |
| 14:47 | 3 | **A.**   WHEN THE CHANNEL WIDTH HAS NOT ENCROACHED CLOSE TO THE |
| 14:47 | 4 | TOES OF THE FLOOD PROTECTION STRUCTURE, IT STOOD TALL AND PROUD |
| 14:47 | 5 | AND PERFORMED WELL. |
| 14:47 | 6 | **Q.**   SO THIS SECTION HAD MINIMAL OR MINOR BREACHES; CORRECT? |
| 14:48 | 7 | **A.**   THAT'S CORRECT. |
| 14:48 | 8 | **Q.**   PRE-KATRINA LEVEE HEIGHTS THAT WERE AT OR ABOVE DESIGN |
| 14:48 | 9 | ELEVATIONS? |
| 14:48 | 10 | **A.**   THAT'S CORRECT. |
| 14:48 | 11 | **Q.**   AND THE PROXIMITY TO THE CHANNEL, IT WAS NOT AS WIDE |
| 14:48 | 12 | THERE? |
| 14:48 | 13 | **A.**   THAT'S CORRECT.  THE EARTHEN FLOOD PROTECTION STRUCTURES |
| 14:48 | 14 | ARE BUILT FROM THE SAME DREDGED SPOIL. |
| 14:48 | 15 | **THE COURT:**  DR. BEA, AS I UNDERSTAND IT, THEN, THE |
| 14:48 | 16 | MORE INSIDIOUS EROSION WOULD BE THE EROSION -- IF I'M AT THE |
| 14:48 | 17 | BOTTOM OF THIS PHOTOGRAPH LOOKING UP TOWARDS THE MRGO, IT WOULD |
| 14:48 | 18 | BE TO THE LEFT? |
| 14:48 | 19 | **THE WITNESS:**  THAT'S CORRECT.  THAT'S WHERE THE TOP |
| 14:48 | 20 | OF THE TOOTHPASTE TUBE IS. |
| 14:48 | 21 | **BY MR. STEVENS:** |
| 14:49 | 22 | **Q.**   ON SLIDE 5, I JUST WANTED TO ASK YOU THIS:  YOU TOLD US IN |
| 14:49 | 23 | YOUR DIRECT TESTIMONY THAT ONE OF THE THINGS YOU DID WHEN YOU |
| 14:49 | 24 | BEGAN YOUR INVESTIGATION AFTER KATRINA WAS YOU LOOKED FOR AREAS |
| 14:49 | 25 | WHERE THERE WAS SHEET PILING BECAUSE THAT WOULD DEMONSTRATE TO |

| | | |
|---|---|---|
| 14:50 | 1 | YOU AN AREA WHERE THE CORPS KNEW THAT THEY HAD A PROBLEM WITH |
| 14:50 | 2 | LEVEE CREST OR THE PROTECTIVE ELEVATIONS OF THE LEVEES. |
| 14:50 | 3 | **A.**   THAT IS CORRECT. |
| 14:50 | 4 | **Q.**   WHILE YOU WERE AT, SAY, THIS LOCATION ON EXHIBIT 2138.2 AT |
| 14:50 | 5 | STATION 4500, THE FIRST SHEET PILE LOCATION, THEN YOU VISITED |
| 14:50 | 6 | THE NEXT ONE AS WELL, THE 5500 SHEET PILE LOCATION 1,000 FEET |
| 14:50 | 7 | AWAY? |
| 14:50 | 8 | **A.**   YES, SIR. |
| 14:50 | 9 | **Q.**   THERE WERE SEVERAL LEVEE CREST ELEVATIONS BELOW DESIGN |
| 14:50 | 10 | GRADE BETWEEN THOSE TWO PLACES? |
| 14:50 | 11 | **A.**   YES. |
| 14:50 | 12 | **Q.**   WE COULD DO THE SAME THING ALL THE WAY DOWN TO BAYOU |
| 14:50 | 13 | BIENVENUE.  EVERYWHERE THERE WAS SHEET PILE, YOU'D WORK YOUR |
| 14:50 | 14 | WAY DOWN AND YOU WOULD NOTICE THAT, IN BETWEEN, THERE WERE |
| 14:50 | 15 | ELEVATIONS THAT WERE BELOW DESIGN GRADE AND BELOW PROTECTIVE |
| 14:50 | 16 | ELEVATIONS? |
| 14:50 | 17 | **A.**   AND I COMMENTED THIS MORNING THAT IT MYSTIFIED US WHY SOME |
| 14:50 | 18 | AREAS HAD BEEN REPAIRED AND OTHERS HAD BEEN IGNORED. |
| 14:51 | 19 | **Q.**   WOULD A REASONABLY COMPETENT ENGINEER HAVE BEEN OBLIGATED |
| 14:51 | 20 | TO RECTIFY OR ELIMINATE THOSE RISKS WHEN THEY PUT SHEET PILE AT |
| 14:51 | 21 | THE OTHERS? |
| 14:51 | 22 | **A.**   THAT'S CORRECT. |
| 14:51 | 23 | **Q.**   YOU ALSO TOLD US YESTERDAY THAT IN ADDITION TO CORRELATING |
| 14:51 | 24 | PRE-KATRINA LEVEE CRESTS WITH CHANNEL WIDENING, YOU ALSO |
| 14:51 | 25 | CORRELATED PRE-KATRINA -- EXCUSE ME.  YOU CORRELATED PROXIMITY |

| | | |
|---|---|---|
| 14:51 | 1 | TO THE TOE OF THE LEVEE AND THE WATER? |
| 14:51 | 2 | **A.**   THAT'S CORRECT. |
| 14:51 | 3 | **Q.**   DID YOUR ANALYSIS HOLD TRUE IN THIS SECTION THAT'S SHOWN |
| 14:51 | 4 | ON 2138 BETWEEN BIENVENUE AND DUPRE, THE MAJOR BREACHES ALONG |
| 14:51 | 5 | REACH 2, THAT THAT AREA ALSO HAS THE CLOSEST PROXIMITY TO THE |
| 14:51 | 6 | WATER'S EDGE? |
| 14:52 | 7 | **A.**   THAT'S CORRECT. |
| 14:52 | 8 | **Q.**   WOULD THAT BE AN OBSERVABLE PHENOMENA? |
| 14:52 | 9 | **A.**   YES.  AND WE OBSERVED IT. |
| 14:52 | 10 | **Q.**   I THINK DR. FITZGERALD TESTIFIED THAT IT WOULD HAVE |
| 14:52 | 11 | PROGRESSED TO WIDEN AT THE RATE OF A FOOTBALL FIELD EVERY 10 |
| 14:52 | 12 | YEARS. |
| 14:52 | 13 | **A.**   THAT'S HARD TO IGNORE. |
| 14:52 | 14 | **Q.**   CAN I SEE SLIDE 9.  JUST FOR THE RECORD, SO WE KNOW WHAT |
| 14:52 | 15 | THESE NUMBERS MEAN, THE BLUE NUMBER IS THE WIDENING AFTER OR |
| 14:52 | 16 | BEYOND AUTHORIZED WIDTH FROM THE GREEN LINE GOING TO THE RIGHT |
| 14:52 | 17 | TOWARDS THE EAST BANK; CORRECT?  THAT'S HOW MUCH IT HAS |
| 14:52 | 18 | EXPANDED BEYOND AUTHORIZED DIMENSIONS? |
| 14:52 | 19 | **A.**   CORRECT. |
| 14:52 | 20 | **Q.**   THE RED NUMBER HEADED TO THE LEFT ON THE DIAGRAM, OR TO |
| 14:52 | 21 | THE WEST TOWARD THE LEVEE, IS THE VALUE, IF YOU WILL, OF HOW |
| 14:52 | 22 | MUCH THE CHANNEL HAS WIDENED TOWARD THE LEVEE? |
| 14:53 | 23 | **A.**   CORRECT. |
| 14:53 | 24 | **THE COURT:**  JUST A MINUTE. |
| 14:53 | 25 | THANK YOU.  SORRY. |

| | | |
|---|---|---|
| 14:53 | 1 | **BY MR. STEVENS:** |
| 14:54 | 2 | **Q.**   INCIDENTALLY, JUST SORT OF ONE OF THOSE INTERESTING FACTS |
| 14:54 | 3 | WHILE WE'RE AT THIS PART OF THE RECORD, THE DISTANCE FROM THE |
| 14:54 | 4 | CENTERLINE OF THE LEVEE TO THE NEAR EDGE OF THE GREEN LINE WAS |
| 14:54 | 5 | ABOUT 770 FEET, AS I RECALL. |
| 14:54 | 6 | **A.**   CORRECT. |
| 14:54 | 7 | **Q.**   YOUR -- |
| 14:54 | 8 | **THE COURT:**  YOU MEAN AT THE TIME OF -- |
| 14:54 | 9 | **MR. STEVENS:**  AT THE TIME OF CONSTRUCTION. |
| 14:54 | 10 | **THE COURT:**  THAT'S ALL I WANTED TO KNOW. |
| 14:54 | 11 | **MR. STEVENS:**  FROM THE CENTERLINE OF THE LEVEE TO THE |
| 14:54 | 12 | NEAR GREEN LINE, THE AUTHORIZED EAST LINE OF THE CHANNEL, YES, |
| 14:54 | 13 | SIR. |
| 14:54 | 14 | **THE COURT:**  RIGHT. |
| 14:54 | 15 | **BY MR. STEVENS:** |
| 14:54 | 16 | **Q.**   YOUR CORRELATION OF PROXIMITY TO THE WATER'S EDGE IS FROM |
| 14:54 | 17 | THE TOE OF THE LEVEE -- |
| 14:54 | 18 | **A.**   THAT'S CORRECT. |
| 14:54 | 19 | **Q.**   -- NOT THE CENTERLINE? |
| 14:54 | 20 | **A.**   THAT'S CORRECT. |
| 14:54 | 21 | **Q.**   THE LEVEE IS 100 FEET WIDE TOE TO TOE? |
| 14:54 | 22 | **A.**   APPROXIMATELY. |
| 14:54 | 23 | **Q.**   SO CENTERLINE TO THE TOE NEAREST THE CHANNEL WOULD BE |
| 14:54 | 24 | 50 FEET? |
| 14:54 | 25 | **A.**   CORRECT. |

| | | |
|---|---|---|
| 14:54 | 1 | **Q.**   IF YOU WANTED TO KNOW THE DISTANCE TO THAT GREEN LINE, |
| 14:54 | 2 | YOU'D SUBTRACT THAT NUMBER FROM 720? |
| 14:55 | 3 | **A.**   CORRECT. |
| 14:55 | 4 | **Q.**   VERY GOOD.  NOW, ANOTHER JUST SORT OF FACT -- |
| 14:55 | 5 | INCIDENTALLY, DR. BEA, WHEN THEY DREDGED IN THE CHANNEL, |
| 14:55 | 6 | OPERATION AND MAINTENANCE DREDGING OF THE MRGO NAVIGATIONAL |
| 14:55 | 7 | CHANNEL AND THEY PLACED THE DREDGE ON THE BANK, WOULD THAT |
| 14:55 | 8 | DREDGING PROJECT OR SPOILS OF THAT DREDGING PROJECT KILL |
| 14:55 | 9 | VEGETATION? |
| 14:55 | 10 | **A.**   YES.  I REFERRED TO THAT YESTERDAY. |
| 14:55 | 11 | **Q.**   THE SIGNIFICANCE OF KILLING VEGETATION HAS AN IMPACT THAT |
| 14:55 | 12 | WE'VE HEARD OVER AND OVER ON WAVE ATTACK AND MAKES THE LEVEE |
| 14:55 | 13 | MORE VULNERABLE TO EROSION AND WAVES? |
| 14:55 | 14 | **A.**   THAT'S CORRECT. |
| 14:55 | 15 | **Q.**   DOES IT ALSO INFLUENCE WAVE ENERGY? |
| 14:55 | 16 | **A.**   IT'S THE WIDTH OF THE CHANNEL THAT'S CONTRIBUTING TO THE |
| 14:55 | 17 | INCREASE IN WAVE ENERGY WITHIN THE CHANNEL ZONE. |
| 14:56 | 18 | **Q.**   CAN WE GO BACK TO SLIDE 6, THE SECTION WHERE IT WAS WIDEST |
| 14:56 | 19 | AND THE LEVEE CRESTS WERE LOWEST. |
| 14:56 | 20 | NOW, ON AUGUST 29, 2005, AN 18-FOOT SURGE MEETS |
| 14:56 | 21 | HURRICANE-FORCE WINDS ALL ALONG THIS SECTION OF THE MRGO SHOWN |
| 14:56 | 22 | IN EXHIBIT 96.31, DOES IT NOT? |
| 14:56 | 23 | **A.**   YES. |
| 14:56 | 24 | **Q.**   WOULD THIS SECTION BE A PARTICULARLY VULNERABLE PLACE |
| 14:56 | 25 | WHERE LEVEES ARE LOWEST?  WERE THERE LEVEES AS LOW AS 12 FEET |

| 14:56 | 1 | ALONG THIS SECTION? |
| 14:56 | 2 | **A.**   YES. |
| 14:56 | 3 | **Q.**   WHERE THE CHANNEL IS WIDE -- THREE TIMES ITS AUTHORIZED |
| 14:56 | 4 | WIDTH -- AND WHERE DREDGED SPOILS HAVE BEEN ADDED TO THE BANK, |
| 14:56 | 5 | PERIODICALLY KILLING VEGETATION? |
| 14:56 | 6 | **A.**   YES. |
| 14:56 | 7 | **Q.**   IS IT NOT ALSO A COINCIDENCE THAT IN THAT SECTION OF THE |
| 14:57 | 8 | MRGO, THE WATER'S EDGE IS IN CLOSEST PROXIMITY TO THE TOE OF |
| 14:57 | 9 | THE LEVEE? |
| 14:57 | 10 | **THE COURT:**  ARE YOU ASKING WHETHER IT'S A |
| 14:57 | 11 | COINCIDENCE? |
| 14:57 | 12 | **BY MR. STEVENS:** |
| 14:57 | 13 | **Q.**   IS IT ALSO A FACT -- |
| 14:57 | 14 | **A.**   I SHOULD HAVE CAUGHT THAT ONE TOO. |
| 14:57 | 15 | **THE COURT:**  GO AHEAD. |
| 14:57 | 16 | **MR. STEVENS:**  TO ADD INSULT TO INJURY, TO REMOVE THE |
| 14:57 | 17 | FINAL LIFE RAFT -- |
| 14:57 | 18 | **THE COURT:**  I DON'T KNOW IF YOU GOT YOUR QUESTION |
| 14:57 | 19 | OUT. |
| 14:57 | 20 | **BY MR. STEVENS:** |
| 14:57 | 21 | **Q.**   ALL THOSE THINGS COMBINED, DO THEY ADD UP TO CREATE A |
| 14:57 | 22 | SITUATION WHERE THE REACH 2 LEVEES WERE PARTICULARLY VULNERABLE |
| 14:57 | 23 | TO HURRICANE FORCE WINDS AND WAVE ACTION? |
| 14:57 | 24 | **A.**   YES. |
| 14:57 | 25 | **Q.**   AND THE WAVE ACTION THAT WOULD HAVE COME AT THAT POINT |

| | | |
|---|---|---|
| 14:57 | 1 | WOULD HAVE BEEN SIGNIFICANTLY ENHANCED WAVE ACTION? |
| 14:57 | 2 | **A.**   THAT'S CORRECT. |
| 14:57 | 3 | **Q.**   IT MIGHT BE A GOOD PLACE TO DO IT NOW.  LET ME ASK YOU |
| 14:57 | 4 | ABOUT THAT BECAUSE THAT ISSUE HAS COME UP A BUNCH TODAY.  I HAD |
| 14:58 | 5 | INSERTED THIS IN MY NOTES HERE. |
| 14:58 | 6 | YOU WERE ASKED AT LENGTH ABOUT WAVE ACTION AND GRASS |
| 14:58 | 7 | LIFTOFF. |
| 14:58 | 8 | **A.**   CORRECT. |
| 14:58 | 9 | **Q.**   YOU WERE BROUGHT TO A CHART THAT TALKED ABOUT 13-FOOT |
| 14:58 | 10 | GENERALITY OF WATER LEVELS AND HOW YOU DETERMINED THAT AND WHY. |
| 14:58 | 11 | I'D LIKE YOU TO EXPLAIN. |
| 14:58 | 12 | **A.**   WELL, THE 12 TO 13 ELEVATION RANGE WAS HIGHLIGHTED IN |
| 14:58 | 13 | PARTICULAR IN THE EXPERT WORK DONE BY MR. EBERSOLE, ALSO BY |
| 14:58 | 14 | DR. REED MOSHER.  THEIR ANALYSIS OF THE GRASS APPEARANCE ON THE |
| 14:58 | 15 | WAVE SIDE HAD INDICATED THAT WE HAD MOWED THE GRASS AT ABOUT |
| 14:59 | 16 | ELEVATION 12 TO 13.  SO THAT BECAME A MARKER, IF YOU WILL, FOR |
| 14:59 | 17 | THE ONSET OF THE GRASS DESTRUCTION; HOWEVER, THAT |
| 14:59 | 18 | CHARACTERISTIC WAS HIGHLY VARIABLE AS YOU MOVED FROM BAYOU |
| 14:59 | 19 | BIENVENUE TO BAYOU DUPRE. |
| 14:59 | 20 | **Q.**   SO IS IT FAIR TO LOOK AT ONE SPECIFIC SPOT AS A GENERAL |
| 14:59 | 21 | REPRESENTATION AND THEN APPLY THAT EVERYWHERE? |
| 14:59 | 22 | **A.**   NO, IT'S NOT. |
| 14:59 | 23 | **Q.**   IT DEPENDS ON THE LOCATION; ISN'T THAT A FACT? |
| 14:59 | 24 | **A.**   IT DEPENDS ON THE LOCATION AND MANY SPECIFIC ELEMENTS AT |
| 14:59 | 25 | THAT LOCATION. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:59 | 1 | **Q.**   THANK YOU.  NOW, THIS WAVE ACTION THAT YOU WERE ALSO ASKED |
| 14:59 | 2 | ABOUT, SIGNIFICANT WAVE HEIGHTS AND THE WATER LEVEL MOVING FROM |
| 14:59 | 3 | 13 TO 15 FEET IN A PERIOD OF 20 OR 30 MINUTES OR AN HOUR, |
| 14:59 | 4 | WHATEVER THE EXACT DETAILS WERE, THAT'S A DYNAMIC SITUATION, IS |
| 14:59 | 5 | IT NOT? |
| 15:00 | 6 | **A.**   VERY. |
| 15:00 | 7 | **Q.**   AS THE WATER LEVEL MOVES FROM 13- TO 15-FEET SURGE AND THE |
| 15:00 | 8 | SIGNIFICANT WAVE HEIGHTS GO FROM 2 TO 3 TO 4 TO 5 FEET, THAT |
| 15:00 | 9 | CHANGES THE INTENSITY OF THE ATTACK ON THE FACE OF THE LEVEE, |
| 15:00 | 10 | DOES IT NOT? |
| 15:00 | 11 | **A.**   THAT'S RIGHT.  IT'S GETTING WORSE, NOT BETTER. |
| 15:00 | 12 | **Q.**   NOW, THE ACTION OF THE WAVES ABOVE AND BELOW THE WATER -- |
| 15:00 | 13 | I'M NOT GOING TO BELABOR THE POINT, BUT IS IT JUST FAIR TO SAY |
| 15:00 | 14 | THAT THEY ARE AT LEAST EQUALLY DESTRUCTIVE? |
| 15:00 | 15 | **A.**   THAT'S CORRECT. |
| 15:00 | 16 | **Q.**   YOU MENTIONED A STUDY BY A PERSON NAMED HUGHES THAT SAID |
| 15:00 | 17 | THAT AS THE WAVE ACTION ROLLED UP THE LEVEE, IF YOU WILL -- |
| 15:00 | 18 | PARDON MY GENERAL DESCRIPTION, IF YOU WILL -- |
| 15:00 | 19 | **A.**   THAT'S A PERFECT DESCRIPTION. |
| 15:00 | 20 | **Q.**   -- IT ROLLED UP CEMENT REVETMENT MATS, OR CEMENT |
| 15:00 | 21 | PROTECTIVE MATS, ALONG THE LEVEE? |
| 15:00 | 22 | **A.**   STARTING AT THE TOE AFTER THE SURGE WAS OVER THE TOP OF |
| 15:00 | 23 | THE LEVEE. |
| 15:01 | 24 | **Q.**   WHICH, ACCORDING TO SOME, MIGHT DISSIPATE THE INTENSITY OF |
| 15:01 | 25 | THE WAVES BEHIND IT, BUT YOU APPARENTLY DISAGREE? |

15:01  1   **A.**   THAT'S CORRECT.

15:01  2   **Q.**   APPARENTLY, DR. HUGHES WOULD AGREE WITH YOU AND DISAGREE

15:01  3   WITH THE PRIOR --

15:01  4   **A.**   HE SHOWED PHOTOGRAPHS OF THE ROLL-UP AFTER OVERTOPPING,

15:01  5   WHERE THE ROLL-UP OF THE CARPET, CONCRETE MATTRESS IS HAPPENING

15:01  6   ON THE WAVE SIDE OF THE LEVEE.

15:01  7   **Q.**   I'M GOING TO ASK A REALLY DUMB QUESTION, BUT I TRUST THAT

15:01  8   IF THE WAVE INTENSITY WERE SIGNIFICANT ENOUGH TO ROLL UP CEMENT

15:01  9   MATS, IT WOULD LIKEWISE BE SUFFICIENT TO CAUSE GRASS LIFTOFF?

15:01  10  **A.**   THAT'S CORRECT.  I POINTED THAT OUT IN MY EXPERT REPORT.

15:01  11  **Q.**   I'LL MOVE ON.  THEY TRADED THE SANDPAPER FOR A BULLDOZER,

15:01  12  DIDN'T THEY?

15:01  13  **A.**   YES, IT DID.

15:01  14  **Q.**   I SAY "THEY."  THE WAVE INTENSITY, AS IT INCREASED, THE

15:01  15  WATER LEVEL INCREASED.  THE SURGE INCREASED.  THE SIGNIFICANT

15:02  16  WAVE HEIGHT INCREASED.  IT MOVED UP AND OVER THE LEVEE.  THE

15:02  17  SAND PAPER WAS TRADED IN FOR A BULLDOZER?

15:02  18  **A.**   WE WENT FROM 400 GRIT TO SAND.

15:02  19  **Q.**   YOU LOST ME?

15:02  20  **A.**   IT'S VERY FINE SANDPAPER THAT YOU USE TO POLISH THE

15:02  21  SURFACE.  SO AS THIS INTENSITY IS INCREASING, YOU'RE GOING TO

15:02  22  COARSER AND COARSER SANDPAPER.

15:02  23         **THE COURT:**  COUNSEL HAS OBVIOUSLY NOT SANDED A GREAT

15:02  24  DEAL.

15:02  25         **MR. STEVENS:**  BACK IN THE DAY, NOW THAT YOU MENTION

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:02 | 1 | IT. |
| 15:02 | 2 | **THE WITNESS:**  MY DAD TAUGHT ME TO BE A CARPENTER. |
| 15:02 | 3 | **MR. STEVENS:**  I COME FROM A LONG LINE OF POTATO |
| 15:02 | 4 | FARMERS.  WE DIDN'T DO THAT. |
| 15:02 | 5 | **BY MR. STEVENS:** |
| 15:02 | 6 | **Q.**   LET'S CHANGE SUBJECTS FOR A MINUTE.  LET'S TALK ABOUT |
| 15:02 | 7 | SUBSIDENCE, A TOTAL SUBSIDENCE CAUSED BY THE MRGO NAVIGATION |
| 15:02 | 8 | PROJECT TO, AS YOU REFERRED TO IT, "THE VICTIMIZED LEVEE." |
| 15:03 | 9 | **A.**   THE VICTIM, NOT THE CAUSE. |
| 15:03 | 10 | **Q.**   DR. BEA, IN YOUR SUPPLEMENTAL REPORT, GOING ON THE |
| 15:03 | 11 | THRESHOLD HERE, IN THE TECHNICAL REPORTS AND CALCULATIONS THAT |
| 15:03 | 12 | YOU -- |
| 15:03 | 13 | **THE COURT:**  THIS IS SOMETHING BEYOND WHAT COUNSEL |
| 15:03 | 14 | TALKED ABOUT? |
| 15:03 | 15 | **MR. STEVENS:**  I THOUGHT THAT'S WHAT HE TALKED ABOUT. |
| 15:03 | 16 | **THE COURT:**  I'M SAYING:  IS IT? |
| 15:03 | 17 | **MR. STEVENS:**  WELL, NO, YOUR HONOR.  THIS IS EXACTLY |
| 15:03 | 18 | WHAT HE TALKED ABOUT.  THIS IS THE EXACT TOPIC:  TOTAL |
| 15:03 | 19 | SUBSIDENCE. |
| 15:03 | 20 | **THE COURT:**  OKAY.  HE HAD A CHART FROM THE REPORT.  I |
| 15:03 | 21 | REMEMBER. |
| 15:03 | 22 | **MR. STEVENS:**  YES, SIR.  THAT'S THE EXACT CHART I |
| 15:03 | 23 | WANT TO TALK ABOUT. |
| 15:03 | 24 | **MR. STONE:**  IT WAS THE TABLE, YOUR HONOR. |
| 15:03 | 25 | **THE COURT:**  THE TABLE IS WHAT IT WAS.  YOU'RE RIGHT. |

FINAL DAILY COPY

15:03  1          **MR. STEVENS:**  AND WHATEVER CALCULATIONS ARE

15:03  2  ASSOCIATED WITH IT.

15:03  3  **BY MR. STEVENS:**

15:03  4  **Q.**   IS IT A FACT THAT THAT REPORT, YOUR EFFORT IN THAT REPORT,

15:03  5  THAT SUPPLEMENTAL REPORT, WAS A SCIENTIFIC ATTEMPT BY YOU TO

15:03  6  CARVE OUT THAT PART OF LEVEE CREST SUBSIDENCE -- LPE, AS YOU

15:04  7  PREFER TO CALL IT; LOSS OF PROTECTIVE ELEVATION, LPE.  WAS IT

15:04  8  YOUR INTENT TO PARSE OUT THE LOSS OF LPE OR LPE CAUSED BY

15:04  9  LATERAL DISPLACEMENT FROM OTHER POTENTIAL CAUSES?  TRUE?

15:04  10  **A.**   CORRECT.

15:04  11  **Q.**   OKAY.  WHEN YOU DID THIS, WERE YOU GIVEN INFORMATION ABOUT

15:04  12  DREDGING OPERATION AND MAINTENANCE, DREDGING ACTIVITIES THAT

15:04  13  HAD OCCURRED IN THE MRGO?

15:04  14  **A.**   ONLY ON THE DREDGING HISTORY WITHIN THE CHANNEL.

15:04  15  **Q.**   DID YOU FACTOR INTO YOUR ANALYSIS OF LPE CAUSED BY LATERAL

15:04  16  DISPLACEMENT THE WEIGHTING OR LOADING THAT WOULD HAVE COME FROM

15:04  17  DREDGING SPOILS ALONG REACH 2 OF THE MRGO?

15:05  18  **A.**   ONLY TO THE EXTENT OF THE INCLUSION OF THOSE DREDGED

15:05  19  SPOILS IN THE CONSTRUCTION HISTORY OF THE LEVEE ITSELF.  WE DID

15:05  20  NOT INCLUDE THE OTHER SPOIL MATERIAL THAT WAS DEPOSITED, THAT

15:05  21  WAS NOT INCORPORATED INTO THE LEVEE ITSELF.

15:05  22  **Q.**   SO THE OPERATION AND MAINTENANCE DREDGING ACTIVITIES WERE

15:05  23  NOT INCLUDED IN YOUR CALCULATIONS; RIGHT?

15:05  24  **A.**   IN TERMS OF THAT DIFFERENCE IN SOIL, THAT IS CORRECT.

15:05  25  **Q.**   NOW, YOU CALCULATED TOTAL SUBSIDENCE TO BE 15 TO 20 FEET

15:05    1    IN THE AREAS AFFECTED BY LATERAL DISPLACEMENT OR SQUEEZING?

15:05    2    **A.**    THAT'S CORRECT.

15:05    3    **Q.**    IF WE COULD SEE SLIDE 6 AGAIN.  THE WIDENED CHANNEL

15:05    4    SECTION ALONG THE BREACH ZONE, IS THAT ALSO AN AREA AFFECTED BY

15:05    5    SQUEEZING?

15:05    6    **A.**    YES.

15:06    7    **Q.**    THIS AREA INCLUDES, ALONG HERE, 25 TO 50 PERCENT OF

15:06    8    REACH 2 LEVEES, DOES IT NOT?

15:06    9    **A.**    THAT'S CORRECT.

15:06   10    **Q.**    NOW, THE 25 PERCENT THAT YOU CALCULATED, DID YOU CALCULATE

15:06   11    THE SUBSIDENCE IN THE LEVEE CREST?  WHAT DID YOU DETERMINE, OR

15:06   12    WHAT WAS THE BASIS FOR YOUR OPINION THAT YOU GAVE THAT

15:06   13    25 PERCENT OF SUBSIDENCE AND LEVEE CREST ELEVATIONS, LPE, IS

15:06   14    ATTRIBUTABLE TO THE MRGO?

15:06   15    **A.**    WE RAN THE ANALYSES WITH THE HISTORY OF THE CHANNEL'S

15:06   16    EVOLUTION AND THE HISTORY OF THE EVOLUTION OF THE EARTHEN FLOOD

15:06   17    PROTECTION STRUCTURES, AND THEN WE COMPLETELY REMOVED THE MRGO,

15:06   18    RAN THAT SAME HISTORY.  THE DIFFERENCE BETWEEN THOSE TWO

15:06   19    PICTURES WOULD TELL YOU DIRECTLY WHAT THE MRGO CHANNEL HAD

15:06   20    CONTRIBUTED TO THE LOSS OF PROTECTIVE ELEVATION.

15:07   21    **Q.**    AGAIN, THAT'S 15 TO 20 FEET TOTAL?

15:07   22    **A.**    TOTAL, CORRECT.

15:07   23    **Q.**    TIMES THE 25 PERCENT; RIGHT?

15:07   24    **A.**    THAT'S CORRECT.

15:07   25    **Q.**    THAT'S 4 TO 5 FEET OF LPE --

FINAL DAILY COPY

15:07    1    **A.**    CORRECT.

15:07    2    **Q.**    -- ATTRIBUTABLE TO THE MRGO --

15:07    3    **A.**    THAT'S CORRECT.

15:07    4    **Q.**    -- AND LATERAL DISPLACEMENT OR SQUEEZING?

15:07    5    **A.**    THAT'S CORRECT.

15:07    6             **THE COURT:**  NOW, TO GET THIS CLEAR --

15:07    7             **THE WITNESS:**  STEP BY STEP.

15:07    8             **THE COURT:**  -- IF THE LEVEE HAPPENED TO BE AT A

15:07    9    SPECIFIC POINT, 12 FEET AT THE TIME OF KATRINA -- AND I KNOW

15:07   10    YOU JUST TESTIFIED IT'S 4 TO 5 FEET.  HAVE YOU DONE ANY

15:07   11    CALCULATION TO TELL ME, BASED ON THE NUMBER OF LIFTS THAT TOOK

15:07   12    PLACE AT THAT POINT, IF THERE EVER WERE ANY -- MAYBE I SHOULD

15:08   13    USE ONE, 16.  LET'S TAKE 16 FEET.  AND THERE HAD BEEN A NUMBER

15:08   14    OF LIFTS OVER THE PERIOD OF TIME THAT THE LEVEE EXISTED,

15:08   15    SEVERAL, CAN YOU TELL ME WHAT PORTION OF THAT 1.5 FEET FROM

15:08   16    DESIGN HEIGHT COULD BE ATTRIBUTABLE TO LATERAL SUBSIDENCE?  I

15:08   17    UNDERSTAND THE OVER TIME, 4 TO 5 FEET.  IF THE CORPS ATTEMPTED

15:08   18    TO REMEDIATE THAT BY LIFTS, IS THERE ANY WAY TO CALCULATE THAT.

15:08   19    THERE MAY NOT BE.  I DON'T KNOW.

15:08   20             **THE WITNESS:**  WELL, THE TIME GRAPHS ARE PRESENTED IN

15:08   21    MY APRIL 3 EXPERT REPORT.  WE START WITH THE MRGO CHANNEL AT

15:08   22    ITS AUTHORIZED ALIGNMENT.  THEN WE STEP THROUGH THE TIME

15:09   23    HISTORY OF THE LIFTS AND THE MIGRATION OF THE CHANNEL AND

15:09   24    IDENTIFIED IN THERE WHAT IS ATTRIBUTABLE TO SQUEEZING AND

15:09   25    CONSOLIDATION OF THE SETTLEMENTS -- OR OF THE CONSOLIDATION OF

FINAL DAILY COPY

15:09  1  THE SEDIMENTS UNDER THE EARTHEN LEVEE.

15:09  2           WE THEN PRESENT THE SAME TIME SEQUENCE WITHOUT

15:09  3  THE PRESENCE OF THE MRGO.  SO YOU CAN IDENTIFY TIME PERIOD BY

15:09  4  TIME PERIOD WHAT THE GO IS CONTRIBUTING TO THE LOSS OF

15:09  5  PROTECTIVE ELEVATION.  AT THE END OF THE HISTORY, AT THE SITE 1

15:09  6  THAT I STUDIED, THAT DIFFERENCE IS 4.5 FEET, APPROXIMATELY,

15:09  7  ATTRIBUTABLE TO SQUEEZING.

15:10  8           WE ALSO STUDIED A SITE THAT HAD NOT LOST

15:10  9  SIGNIFICANT PROTECTIVE ELEVATION, STEPPED THROUGH THE SAME

15:10  10  HISTORY, AND YOU COULDN'T FIND AN LATERAL SQUEEZING

15:10  11  CONTRIBUTION.  THAT TOLD US IT WAS WORKING, TELLING US THE

15:10  12  TRUTH.

15:10  13           **THE COURT:**  SO, I GUESS, IF THERE HAD BEEN NO LATERAL

15:10  14  SQUEEZING, THE 16-FOOT LEVEE, OVER TIME, WOULD HAVE BEEN NONE.

15:10  15  BUT THERE WOULD STILL HAVE BEEN NO LIFTS; IT WOULD BE

15:10  16  20.5 FEET?

15:10  17           **THE WITNESS:**  YOU'VE GOT IT.

15:10  18  **BY MR. STEVENS:**

15:10  19  **Q.**   DR. BEA, BASED ON YOUR IN-DEPTH ANALYSIS, DID IT MATCH THE

15:10  20  CORPS OF ENGINEERS' OWN CALCULATIONS FROM THEIR STUDY IN 2001

15:10  21  ABOUT THIS 25 PERCENT SUBSIDENCE IN LEVEE DEPTH?

15:10  22  **A.**   YES.  IT AMAZED US.

15:10  23  **Q.**   WHAT IS THE SIGNIFICANCE OF THAT FACT?

15:10  24  **A.**   WELL, I THINK THAT THE LEVEE BUILDERS, GEOTECHNICAL

15:11  25  ENGINEERS IN THIS PART OF THE WORLD HAD KNOWN ABOUT THIS

15:11   1   PHENOMENON FOR YEARS.

15:11   2   **Q.**   LET ME ASK YOU ANOTHER WAY FOR PURPOSES OF THIS CASE --

15:11   3   ACTUALLY, IN YOUR PROFESSIONAL OPINION, PERIOD, IS IT YOUR

15:11   4   OPINION THAT THE MRGO NAVIGATIONAL PROJECT ITSELF IS

15:11   5   RESPONSIBLE FOR CAUSING A TOTAL OF 4 OR 5 FEET LOSS OF

15:11   6   PROTECTIVE ELEVATION IN THE LEVEES ALONG REACH 2?

15:11   7   **A.**   THAT'S CORRECT.

15:11   8   **Q.**   NOW, YOU SHOWED US THAT -- YOU ANSWERED IT.  I WANT TO ASK

15:11   9   YOU ABOUT THAT ONE EXAMPLE THAT MR. STONE ASKED YOU ABOUT ON

15:11   10   THAT SAME POINT.  I THINK IT MAY HELP THE JUDGE'S QUESTION, AS

15:11   11   WELL, IN TERMS OF TOTAL SUBSIDENCE IN THAT ONE LOCATION WHERE,

15:11   12   PRE-KATRINA, THE LEVEE HEIGHT -- EXCUSE ME -- AS DESIGNED, IT

15:11   13   WAS 17.5 AND THAT IT HAD DROPPED TO 16 FEET.  IF YOU APPLIED

15:11   14   THAT 25 PERCENT ANTICIPATED LATERAL -- THAT IS ATTRIBUTABLE TO

15:12   15   LATERAL DISPLACEMENT; RIGHT?  IT WOULD BE ONLY BE 1.5 FEET,

15:12   16   18 INCHES, TIMES 25 PERCENT?

15:12   17   **A.**   THAT'S THE HYPOTHETICAL THAT MR. STONE DEVELOPED.

15:12   18   **Q.**   NOW, THAT'S A GRAPHIC ABOUT A SINGLE TEST AT A SINGLE

15:12   19   SITE, ISN'T IT, SIR?

15:12   20   **A.**   AND A SINGLE TIME PERIOD.

15:12   21   **Q.**   IT'S A SNAPSHOT?

15:12   22   **A.**   IT'S A FRAME FROM A MOVING PICTURE, AND YOU CAN'T SEE THE

15:12   23   MOVIE FROM ONE FRAME.

15:12   24   **Q.**   IS THAT GOOD SCIENCE OR EVEN GOOD LOGIC TO USE THAT

15:12   25   APPROACH TO ARRIVE AT THE CONCLUSION THAT ONLY 4 INCHES IS

15:12   1   ATTRIBUTABLE TO THE MRGO?

15:12   2   **A.**   IN MY WORLD THAT'S CALLED JUNK SCIENCE, JUNK ENGINEERING,

15:12   3   NOT ADMISSIBLE IN ANY COURT.

15:12   4   **Q.**   AGAIN, YOUR OPINION IS THAT THE WHOLE AMOUNT IS 4 OR 5

15:12   5   FEET; AND BUT FOR THAT 4 OR 5 FEET OF SUBSIDENCE CAUSED BY

15:13   6   LATERAL DISPLACEMENT, THE LEVEES WOULD HAVE BEEN, AT THE TIME

15:13   7   OF KATRINA, AT OR ABOVE DESIGN ELEVATIONS?

15:13   8   **A.**   THAT IS CORRECT.

15:13   9   **Q.**   LIKEWISE, WOULD IT BE A MISAPPLICATION OR A

15:13   10   MISINTERPRETATION OF YOUR DATA TO SUGGEST THAT LATERAL

15:13   11   DISPLACEMENT HAS STOPPED SINCE 1980?

15:13   12   **A.**   THAT IS CORRECT.

15:13   13   **Q.**   THAT IS CORRECT THAT IT WOULD BE A MISAPPLICATION?

15:13   14   **A.**   IT'S A MISAPPLICATION.

15:13   15   **Q.**   I KIND OF ASKED ONE OF THOSE INSIDE/OUTSIDE QUESTIONS.

15:13   16   **A.**   THE TOOTHPASTE TOP IS STILL OFF.  WE STILL HAVE THE FORCE.

15:13   17   **Q.**   TO MAKE SURE WE'VE GOT THIS STRAIGHT, IT IS A

15:13   18   MISAPPLICATION OR MISINTERPRETATION OF YOUR DATA, YOUR RESULTS

15:13   19   TO SAY THAT LATERAL DISPLACEMENT STOPPED IN 1980?

15:14   20   **A.**   THAT'S CORRECT.

15:14   21           **THE COURT:**   JUST SO THE COURT CAN BE CLEAR, I RECALL

15:14   22   SEEING AN EXHIBIT, A CHART, A TABLE THAT INDICATED AFTER 1980,

15:14   23   CERTAINLY, THE SUBSIDENCE OF THE LEVEES DUE TO ANY CAUSE

15:14   24   APPEARED TO BE *DE MINIMIS* AND IN PARTICULAR RELATED TO LATERAL

15:14   25   DISPLACEMENT.  DO YOU RECALL THAT?

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:14 | 1 | THE WITNESS:  YES. |
| 15:14 | 2 | THE COURT:  IN LIGHT OF THAT EXHIBIT, CAN YOU |
| 15:14 | 3 | ELUCIDATE A LITTLE BIT -- |
| 15:14 | 4 | THE WITNESS:  THE SQUEEZING? |
| 15:14 | 5 | THE COURT:  -- ON YOUR ANSWER AS TO WHY IS THERE |
| 15:14 | 6 | STILL LATERAL DISPLACEMENT IF THERE'S BEEN NO DISCERNIBLE |
| 15:14 | 7 | EFFECT ON THE HEIGHT OF THE LEVEL. |
| 15:14 | 8 | THE WITNESS:  WHAT IT'S TELLING YOU IS THIS PROCESS |
| 15:14 | 9 | IS TIME AND RATE DEPENDENT.  SO THAT IN THIS CASE WE ARE AT A |
| 15:14 | 10 | TIME PERIOD WHEN IT'S STILL SQUEEZING, BUT WE'RE NOT SEEING |
| 15:14 | 11 | SIGNIFICANT CONTRIBUTION TO THE LOSS IN PROTECTIVE ELEVATION. |
| 15:15 | 12 | IF YOU DO SOMETHING TO UPSET THE SYSTEM, LOAD IT MORE, THE RATE |
| 15:15 | 13 | OF THE LATERAL SQUEEZING, SQUEEZING OF THE TOOTHPASTE OUT OF |
| 15:15 | 14 | THE TUBE, WILL BE HASTENED AND YOU WILL SEE MORE EVIDENCE OF |
| 15:15 | 15 | LOSS OF PROTECTIVE ELEVATION. |
| 15:15 | 16 | THE COURT:  WOULD ONE REASON BE BECAUSE THERE WERE |
| 15:15 | 17 | MORE LIFTS BEFORE 1980 THAN AFTER 1980? |
| 15:15 | 18 | THE WITNESS:  YES. |
| 15:15 | 19 | MR. STEVENS:  I WANT TO TALK ABOUT DREDGING NOW.  ARE |
| 15:15 | 20 | YOU DONE, YOUR HONOR? |
| 15:15 | 21 | THE COURT:  YES. |
| 15:15 | 22 | BY MR. STEVENS: |
| 15:15 | 23 | Q.  I WANT TO TALK ABOUT DREDGING NOW.  I WANT TO ASK YOU |
| 15:15 | 24 | AGAIN:  THAT TABLE THAT WE'RE TALKING ABOUT DID NOT INCLUDE A |
| 15:15 | 25 | SINGLE CUBIC YARD OF DREDGED MATERIAL FROM OPERATION AND |

| | | |
|---|---|---|
| 15:15 | 1 | MAINTENANCE DREDGING PLACED ON TOP OF THE SHORELINE OF THE |
| 15:15 | 2 | MRGO? |
| 15:15 | 3 | **A.**   YES.  AND THAT WAS A FLAW IN MY ANALYSIS.  I SHOULD HAVE |
| 15:15 | 4 | RECOGNIZED THAT THERE HAD TO BE SOMETHING KILLING THAT |
| 15:15 | 5 | VEGETATION, AND THAT HAD TO BE SALTY SEDIMENT.  IF I'D JUST |
| 15:16 | 6 | CONNECTED THAT DOT, I WOULD HAVE SAID, "WELL, THERE'S |
| 15:16 | 7 | ADDITIONAL SEDIMENT COMING INTO THIS SCENE THAT IS NOT IN OUR |
| 15:16 | 8 | ANALYSIS."  IT TURNS OUT IT'S NOT A TRIVIAL AMOUNT OF SEDIMENT. |
| 15:16 | 9 | **Q.**   DR. BEA, I APOLOGIZE.  WE GOT YOU THE BEST DREDGING |
| 15:16 | 10 | INFORMATION WE COULD MUSTER FROM CONTRACTS AND REPORTS.  IT'S |
| 15:16 | 11 | NOT AS PRECISE AS YOU MIGHT NEED FOR A DETAILED CALCULATION |
| 15:16 | 12 | THAT YOU'RE ACCUSTOMED TO MAKING, BUT IT DOES CERTAINLY, I |
| 15:16 | 13 | THINK, AFFORD -- OR WOULD YOU AGREE AFFORD US AN OPPORTUNITY TO |
| 15:16 | 14 | AT LEAST ESTIMATE IN A REASONABLE WAY THE AMOUNT OF MATERIALS |
| 15:16 | 15 | DREDGED FROM THE MRGO REACH 2? |
| 15:16 | 16 | **A.**   YES. |
| 15:16 | 17 | **Q.**   YOU'VE LOOKED AT THAT? |
| 15:16 | 18 | **A.**   YES. |
| 15:16 | 19 | **THE COURT:**  IS THAT THE STIPULATION? |
| 15:16 | 20 | **MR. STEVENS:**  THE DREDGING SUMMARY? |
| 15:16 | 21 | **THE COURT:**  YES. |
| 15:16 | 22 | **MR. STEVENS:**  IT'S IN AS PX-0206. |
| 15:16 | 23 | **THE COURT:**  IS THAT WHAT YOU'RE REFERRING TO? |
| 15:17 | 24 | **MR. STEVENS:**  YES, SIR. |
| | 25 | |

FINAL DAILY COPY

15:17  1  **BY MR. STEVENS:**

15:17  2  **Q.**   IF WE COULD SEE SLIDE 11.  THIS IS A SUBSET OF THAT

15:17  3  EXHIBIT THAT WE PUT ON WITH DR. FITZGERALD AS 0206-1.  IT'S

15:17  4  OPERATION AND MAINTENANCE DREDGING ALONE, MRGO REACH 2,

15:17  5  MILEPOST 47 UP TO 60, WHICH IS BASICALLY AN AREA BELOW BAYOU

15:17  6  DUPRE, WHERE WE WERE LOOKING AT THAT NARROWED SECTION, UP

15:17  7  THROUGH BAYOU BIENVENUE AND ALL THE WAY -- MILEPOST 60 IS AT

15:17  8  THE 150 BEND, WHERE YOU COME INTO THE FLOW OF THE GIWW.

15:17  9         NOW, THIS INFORMATION, THIS TOTAL OF 24,410,295 CUBIC

15:17  10 YARDS OF DREDGED MATERIAL CAME FROM THE MRGO REACH 2 BETWEEN

15:17  11 1963 TO 2004?

15:17  12 **A.**   THAT'S CORRECT.

15:17  13         **MR. STEVENS:**  FOR THE RECORD, THESE FIRST GOVERNMENT

15:17  14 CONTRACT NUMBERS AND THE FIRST TWO DIGITS IN THE CONTRACT

15:17  15 NUMBER I THINK WE CAN AGREE ARE THE YEAR IN WHICH IT WAS LET.

15:18  16 IT MAY NOT BE THE EXACT YEAR WHEN IT WAS DONE, BUT IT WAS

15:18  17 WITHIN A YEAR.

15:18  18 **BY MR. STEVENS:**

15:18  19 **Q.**   OF THAT 24 MILLION, 7.4 MILLION -- OR 7.5 WAS DISPOSED OF

15:18  20 ELSEWHERE, AND THE BALANCE OF 16,962,575 CUBIC YARDS OF

15:18  21 SEDIMENT WAS DEPOSITED ALONG THE WEST BANK OF THE MRGO REACH 2?

15:18  22 **A.**   WE'LL CALL IT 17 MILLION CUBIC YARDS.

15:18  23 **Q.**   JUST TO GIVE US A LITTLE PERSPECTIVE ABOUT VOLUME, HAVE I

15:18  24 ASKED YOU TO DETERMINE WHAT IS THE VOLUME IN CUBIC YARDS THAT

15:18  25 IT WOULD TAKE TO FILL UP THE NEW ORLEANS SUPERDOME?

| 15:18 | 1 | **A.**   YES. |
| 15:18 | 2 | **Q.**   WHAT IS THAT VOLUME? |
| 15:18 | 3 | **A.**   ABOUT 5 MILLION CUBIC YARDS. |
| 15:18 | 4 | **Q.**   SO IF WE'RE LOOKING AT 17 MILLION CUBIC YARDS, WE'RE |
| 15:19 | 5 | TALKING ABOUT THREE AND A HALF TIMES THE VOLUME OF THE |
| 15:19 | 6 | NEW ORLEANS SUPERDOME IN MRGO DREDGED SPOILS? |
| 15:19 | 7 | **A.**   THAT'S CORRECT.  THAT'S A LOT OF DIRT. |
| 15:19 | 8 | **Q.**   BY COMPARISON, HOW MUCH VOLUME OF DIRT WOULD IT TAKE -- |
| 15:19 | 9 | AND I HAVE ASKED YOU TO CALCULATE THIS.  HOW MUCH VOLUME OF |
| 15:19 | 10 | DIRT WOULD IT TAKE FOR THE LEVEE ITSELF, THAT SAME SECTION, |
| 15:19 | 11 | 13 MILES OF LEVEE, TO BUILD A LEVEE 17.5 FEET HIGH BY 100 FEET |
| 15:19 | 12 | WIDE?  WHAT IS THE VOLUME OF DIRT INVOLVED IN CONSTRUCTION OF |
| 15:19 | 13 | THE LEVEE? |
| 15:19 | 14 | **A.**   APPROXIMATELY 2.2 MILLION CUBIC YARDS; CALL IT A |
| 15:19 | 15 | HALF-SUPERDOME. |
| 15:19 | 16 | **Q.**   AT GREAT RISK OF BEING EMBARRASSED WITH MY MATH, DR. BEA, |
| 15:19 | 17 | HELP ME WITH THIS.  IF THE NEW ORLEANS SUPERDOME IS HOW MANY? |
| 15:20 | 18 | 5.5? |
| 15:20 | 19 | **A.**   5 MILLION.  IT KEEPS OUR NUMBERS EASY. |
| 15:20 | 20 | **Q.**   5 MILLION CUBIC YARDS.  THE AMOUNT DREDGED FROM THE CANAL |
| 15:20 | 21 | WAS 17 MILLION? |
| 15:20 | 22 | **A.**   17. |
| 15:20 | 23 | **Q.**   FROM REACH 2? |
| 15:20 | 24 | **A.**   CORRECT. |
| 15:20 | 25 | **THE COURT:**  THAT'S REALLY THE AMOUNT DISPOSED. |

FINAL DAILY COPY

1576

| | | |
|---|---|---|
| 15:20 | 1 | **THE WITNESS:** DISPOSED. |
| 15:20 | 2 | **MR. STEVENS:** THANK YOU, YOUR HONOR. |
| 15:20 | 3 | BY MR. STEVENS: |
| 15:20 | 4 | Q.   DISPOSED OF ON THE WEST BANK ALONG REACH 2, THAT WOULD |
| 15:20 | 5 | LOAD, WOULD IT NOT? |
| 15:20 | 6 | A.   YES. |
| 15:20 | 7 | Q.   WHAT IMPACT WOULD THAT 17 MILLION CUBIC YARDS OF MATERIAL |
| 15:20 | 8 | HAVE ON LATERAL DISPLACEMENT? |
| 15:20 | 9 | A.   THAT'S AN ELEPHANT ON THE BED. |
| 15:20 | 10 | Q.   AN ELEPHANT ON THE BED IS NOT INCLUDED IN THE CHART THAT |
| 15:20 | 11 | IS SHOWN IN YOUR SUPPLEMENTAL REPORT BECAUSE YOU DIDN'T FACTOR |
| 15:21 | 12 | THAT IN? |
| 15:21 | 13 | A.   THAT'S CORRECT. |
| 15:21 | 14 | Q.   THAT IS NOT A PARAMETER IN YOUR STUDY? |
| 15:21 | 15 | A.   THAT'S CORRECT.  SOMEONE MIGHT ASK WHY DIDN'T WE.  WE |
| 15:21 | 16 | COULDN'T ACCURATELY DETERMINE WHERE THE SPOIL HAD BEEN PUT.  SO |
| 15:21 | 17 | RATHER THAN FAKE NUMBERS, WE DECIDED TO OMIT IT. |
| 15:21 | 18 | Q.   INCIDENTALLY, THE 2.2 -- |
| 15:21 | 19 | A.   IN THE LEVEE ITSELF. |
| 15:21 | 20 | Q.   RIGHT.  THE LEVEE ITSELF IS 2.2 -- |
| 15:21 | 21 | A.   CORRECT. |
| 15:21 | 22 | Q.   -- MILLION CUBIC YARDS FOR 13 MILES; RIGHT? |
| 15:21 | 23 | A.   CORRECT.  ALL OF THIS IS REFERENCED TO THAT. |
| 15:21 | 24 | Q.   THAT IS ONE HALF OF ONE SUPERDOME; RIGHT? |
| 15:21 | 25 | A.   SUPERDOME, CORRECT. |

FINAL DAILY COPY

1577

15:21   1   **Q.**   JUST FOR SCALE, ONE HALF OF ONE SUPERDOME IS WHAT IT TOOK

15:21   2   TO BUILD 13 MILES OF LEVEE, 17 FEET HIGH, 100 FEET WIDE?

15:22   3   **A.**   THAT IS CORRECT.

15:22   4   **Q.**   THE CORPS OF ENGINEERS DREDGED FROM 1963 TO AS RECENT AS

15:22   5   2004 AND PUT FIVE FULL SUPERDOMES, TEN TIMES AS MUCH AS --

15:22   6               **THE COURT:**   NOT FIVE FULL SUPERDOMES.

15:22   7               **MR. STEVENS:**   THANK YOU.   I WARNED YOU TO WATCH ME.

15:22   8               **THE COURT:**   YOU ALREADY HAVE THIS IN.   I'VE GOT IT.

15:22   9   LET'S MOVE ON.

15:22   10              **THE WITNESS:**   MR. STEVENS --

15:22   11              **THE COURT:**   UNLESS THE SUPERDOME IS SHRINKING TOO.

15:22   12              **THE WITNESS:**   MR. STEVENS, DON'T TRY TO BECOME AN

15:22   13   ENGINEER.

15:22   14              **MR. STEVENS:**   I WAS A LIBERAL ARTS MAJOR FOR A VERY

15:22   15   GOOD REASON.   MR. BOURGEOIS KNEW WHAT HE WAS TALKING ABOUT.

15:22   16   **BY MR. STEVENS:**

15:23   17   **Q.**   I KNOW WHAT I WANTED TO ADD TO OUR DESCRIPTION, AND I

15:23   18   WON'T GO TO THE BOARD TO DO IT.   JUST FOR THE RECORD, SO WE GET

15:23   19   ANOTHER IDEA ABOUT SCALE:   DREDGED SPOILS, ARE YOU FAMILIAR

15:23   20   WITH HOW MUCH THEY WEIGH?

15:23   21   **A.**   YES.   I WORKED ON A CORPS OF ENGINEERS DREDGE FOR A

15:23   22   SUMMER.

15:23   23   **Q.**   WHAT DOES A CUBIC FOOT OF DREDGED SPOIL WEIGH?

15:23   24   **A.**   APPROXIMATELY 100 POUNDS PER CUBIC FOOT.   THAT INCLUDES

15:23   25   THE SOIL AND THE WATER.

| | | |
|---|---|---|
| 15:23 | 1 | **Q.**   THESE ARE IN CUBIC YARDS; CORRECT? |
| 15:23 | 2 | **A.**   THAT'S CORRECT. |
| 15:23 | 3 | **Q.**   A CUBIC YARD IS HOW MANY SQUARE FEET OR CUBIC FEET? |
| 15:23 | 4 | **A.**   27 CUBIC FEET PER CUBIC YARD.  SO YOU CAN TAKE YOUR CUBIC |
| 15:23 | 5 | YARDS, PUT TWO ZEROS ONTO THE FIGURE, AND YOU HAVE WEIGHT. |
| 15:23 | 6 | **Q.**   SO IT WOULD BE 2,700 POUNDS? |
| 15:23 | 7 | **A.**   YES. |
| 15:23 | 8 | **Q.**   PER CUBIC YARD? |
| 15:24 | 9 | **A.**   CORRECT. |
| 15:24 | 10 | **Q.**   TIMES 16,900,000? |
| 15:24 | 11 | **A.**   THAT'S THE ELEPHANT ON THE BED. |
| 15:24 | 12 | **Q.**   A BIG ONE.  NOW, IS IT REASONABLE TO CONCLUDE, DR. BEA, |
| 15:24 | 13 | THAT WITH THESE VOLUMES OF SPOIL WE'VE BEEN DISCUSSING -- |
| 15:24 | 14 | 2.2 MILLION CUBIC YARDS FOR THE LEVEE, 17 MILLION CUBIC YARDS |
| 15:24 | 15 | FOR THE OPERATION AND MAINTENANCE DREDGING FROM THE MRGO -- |
| 15:24 | 16 | THAT THOSE VOLUMES OF THINGS ON THE SHORE WOULD HAVE ACTUALLY |
| 15:24 | 17 | INCREASED LATERAL DISPLACEMENT OF THE LEVEE FOUNDATIONS INTO |
| 15:24 | 18 | THE MRGO CHANNEL? |
| 15:24 | 19 | **A.**   THAT IS CORRECT. |
| 15:24 | 20 | **Q.**   THAT 4- TO 5-FOOT CALCULATED AMOUNT FOR LOWERED PROTECTIVE |
| 15:24 | 21 | ELEVATIONS CAUSED BY THE OPERATION AND MAINTENANCE OF THE MRGO, |
| 15:24 | 22 | WITH THAT ADDED TO IT, WITH THESE VOLUMES ADDED TO IT, WOULD |
| 15:25 | 23 | DEMONSTRATE THAT YOUR OPINION THAT IT'S A TOTAL OF 4 TO 5 FEET |
| 15:25 | 24 | OF LPE IS A CONSERVATIVE NUMBER? |
| 15:25 | 25 | **A.**   VERY CONSERVATIVE. |

| | | |
|---|---|---|
| 15:25 | 1 | **Q.**   LIKEWISE, SPEAKING OF CONSERVATIVE -- FOR SCENARIO 2C THAT |
| 15:25 | 2 | WE'VE TALKED ABOUT FOR SO LONG, ALSO KNOWN AS THE NEUTRAL MRGO, |
| 15:25 | 3 | ALSO KNOWN AS -- PURSUANT TO THE CHART WE INTRODUCED, IN THAT |
| 15:25 | 4 | SCENARIO, YOU ONLY BROUGHT -- CAN I HAVE THE FIRST SLIDE, |
| 15:25 | 5 | NO. 5. |
| 15:25 | 6 |          WHEN YOU DID THE NEUTRAL MRGO, YOU BROUGHT ALL THE |
| 15:25 | 7 | LEVEES BACK TO DESIGN ELEVATION ONLY; CORRECT? |
| 15:25 | 8 | **A.**   YES. |
| 15:25 | 9 | **Q.**   17.5 FEET.  IF WE REPLACED THE 4- TO 5-FOOT OF LEVEE CREST |
| 15:26 | 10 | SUBSIDENCE CAUSED BY THE MRGO'S LATERAL DISPLACEMENT, ISN'T IT |
| 15:26 | 11 | TRUE THAT MANY AREAS ALONG REACH 2 WOULD HAVE CREST ELEVATIONS, |
| 15:26 | 12 | LIKE THE JUDGE SO ABLY NOTED, IN EXCESS OF 20 FEET? |
| 15:26 | 13 | **A.**   YES. |
| 15:26 | 14 | **Q.**   AND THERE WOULD'VE BEEN NO FLOODING FROM HURRICANE |
| 15:26 | 15 | KATRINA? |
| 15:26 | 16 | **A.**   YES. |
| 15:26 | 17 | **Q.**   SO 2C GIVES THE CORPS A BREAK.  IT ACTUALLY GIVES THEM THE |
| 15:26 | 18 | BENEFIT OF THE DOUBT BECAUSE THE DUTCH ONLY USED 17.5 FEET |
| 15:26 | 19 | ELEVATION, EVEN THOUGH THE DIRT AND THE GROUND ELEVATIONS WERE |
| 15:26 | 20 | MUCH LOWER AT THE SHEET PILE LOCATIONS; RIGHT? |
| 15:26 | 21 | **A.**   REPEAT YOUR PREMISE. |
| 15:26 | 22 | **Q.**   SO 2C GIVES THE CORPS THE BENEFIT OF THE DOUBT BECAUSE, IN |
| 15:26 | 23 | THE MODELS WHERE THE SHEET PILE ELEVATIONS ARE 17.5 FEET BUT |
| 15:26 | 24 | THE GROUND ELEVATION ASSOCIATED WITH THAT SHEET PILE MAY BE AS |
| 15:26 | 25 | LOW AS 10 OR 12 OR 15 FEET, IT ASSUMED A FLAT 17.5 FEET |

| | | |
|---|---|---|
| 15:27 | 1 | EVERYWHERE? |
| 15:27 | 2 | **A.**   THAT'S FOR MY SCENARIO 2C. |
| 15:27 | 3 | **Q.**   DR. BEA, I JUST HAVE A COUPLE OF MORE THINGS AND I'M ABOUT |
| 15:27 | 4 | DONE.  LET ME ASK YOU THIS.  I'VE ASKED YOU ABOUT THE EXTENSIVE |
| 15:27 | 5 | LENGTH OF ALL YOUR REPORTS AND DECLARATIONS AND WRITINGS THAT |
| 15:27 | 6 | YOU'VE DONE IN THIS CASE.  THE IPET REPORT ITSELF WAS 7,500 |
| 15:27 | 7 | PAGES COMPARED TO YOUR 3,100 PAGES; FAIR?  AM I CORRECT ON |
| 15:27 | 8 | THAT? |
| 15:27 | 9 | **A.**   YES. |
| 15:27 | 10 | **Q.**   DID IPET EVALUATE WAVES? |
| 15:27 | 11 | **A.**   THEY LOOKED AT GENERATION OF WAVES BUT NOT AT THE EFFECT |
| 15:27 | 12 | OF WAVES ON THE PERFORMANCE OF THE EARTHEN FLOOD PROTECTION |
| 15:28 | 13 | STRUCTURES. |
| 15:28 | 14 | **Q.**   DID IPET EVALUATE FUNNEL EFFECT? |
| 15:28 | 15 | **A.**   NO. |
| 15:28 | 16 | **Q.**   DID IPET EVALUATE LOSS OF VEGETATION? |
| 15:28 | 17 | **A.**   NO. |
| 15:28 | 18 | **Q.**   SALINITY? |
| 15:28 | 19 | **A.**   NO. |
| 15:28 | 20 | **Q.**   WIDENING OF THE CHANNEL? |
| 15:28 | 21 | **A.**   NO. |
| 15:28 | 22 | **Q.**   DISTANCE OR PROXIMITY BETWEEN THE TOE OF THE LEVEE AND THE |
| 15:28 | 23 | WATER'S EDGE? |
| 15:28 | 24 | **A.**   NO. |
| 15:28 | 25 | **Q.**   DID THEY EVALUATE LATERAL DISPLACEMENT? |

| | | |
|---|---|---|
| 15:28 | 1 | **A.**  NO. |
| 15:28 | 2 | **Q.**  IN YOUR OPINION DID IPET CONDUCT A FORENSIC EVALUATION |
| 15:28 | 3 | SUFFICIENT TO ENABLE THEM TO EVEN OFFER AN OPINION ON WHAT |
| 15:28 | 4 | NEGATIVE IMPACT THE MRGO NAVIGATION CHANNEL HAD ON CAUSING THE |
| 15:28 | 5 | FLOODING OF NEW ORLEANS EAST, THE LOWER NINTH WARD, OR |
| 15:28 | 6 | ST. BERNARD PARISH? |
| 15:28 | 7 | **A.**  ABSOLUTELY NOT. |
| 15:28 | 8 | **Q.**  YOU WERE ASKED TODAY ABOUT YOUR METHODOLOGY AND THE |
| 15:29 | 9 | RELIABILITY OF YOUR RESULTS. |
| 15:29 | 10 | **A.**  YES. |
| 15:29 | 11 | **Q.**  I WANT TO ASK YOU SOME MORE ABOUT THAT.  HAVE YOU |
| 15:29 | 12 | PUBLISHED INTERNATIONALLY ON LS-DYNA? |
| 15:29 | 13 | **A.**  YES. |
| 15:29 | 14 | **Q.**  HAVE YOU PUBLISHED ON COULWAVE AND WHICH MODEL IS |
| 15:29 | 15 | APPROPRIATE TO USE IN WHICH SETTING OR WHICH SITUATION? |
| 15:29 | 16 | **A.**  NOT ON COULWAVE, BUT CERTAINLY ON OUR WAVE EROSION |
| 15:29 | 17 | APPROACH AND MODEL. |
| 15:29 | 18 | **Q.**  HAVE YOU PUBLISHED INTERNATIONALLY ON MODELING OF WAVE AND |
| 15:29 | 19 | EROSION IMPACTS? |
| 15:29 | 20 | **A.**  YES. |
| 15:29 | 21 | **Q.**  IN THIS CASE, AS BETWEEN THE APPLICATION OF LS-DYNA AND |
| 15:29 | 22 | THE APPLICATION OF COULWAVE, WHICH IS THE MOST APPROPRIATE |
| 15:29 | 23 | MODEL THAT WE CAN RELY UPON FOR THE MOST RELIABLE RESULT? |
| 15:29 | 24 | **A.**  FOR THE FRONT-SIDE WAVE ATTACK, THE COMPARISONS WE'VE BEEN |
| 15:29 | 25 | ABLE TO DO BETWEEN LS-DYNA AND COULWAVE -- AND THESE ARE |

| | | |
|---|---|---|
| 15:29 | 1 | DOCUMENTED IN MY VALIDATION REPORT -- THOSE COMPARISONS HAVE |
| 15:30 | 2 | BEEN EXCELLENT.  IT TELLS US THAT IF YOU HANDLE THE PHYSICS |
| 15:30 | 3 | RIGHT, WHAT YOU CALL THE PHYSICS, BE IT LS-DYNA OR COULWAVE |
| 15:30 | 4 | DOESN'T MAKE IT ANY DIFFERENCE, AS THE JUDGE POINTED OUT. |
| 15:30 | 5 | **Q.**   ARE THE METHODS AND PRACTICES THAT YOU APPLIED AND THE |
| 15:30 | 6 | INFORMATION AND DATA YOU RELIED UPON IN THIS CASE OF THE TYPE |
| 15:30 | 7 | AND NATURE ORDINARILY AND CUSTOMARILY RELIED UPON BY EXPERTS IN |
| 15:30 | 8 | YOUR FIELD? |
| 15:30 | 9 | **A.**   YES.  FORENSIC ENGINEERING -- |
| 15:30 | 10 | **Q.**   YES. |
| 15:30 | 11 | **A.**   -- NOT DESIGN. |
| 15:30 | 12 | **Q.**   THANK YOU.  I'M GOING TO ASK YOU A SPECIFIC QUESTION. |
| 15:30 | 13 | DR. BEA, DO YOU HAVE AN OPINION TO A REASONABLE DEGREE OF |
| 15:31 | 14 | ENGINEERING CERTAINTY -- FORENSIC ENGINEERING CERTAINTY, I |
| 15:31 | 15 | SHOULD ADD -- THAT IN 1965, IMMEDIATELY FOLLOWING THE |
| 15:31 | 16 | CONSTRUCTION OF THE MRGO, ANY MINIMALLY COMPETENT ENGINEER |
| 15:31 | 17 | WOULD'VE RECOGNIZED THAT THE MRGO PRESENTED A DANGER TO THE |
| 15:31 | 18 | CITY OF NEW ORLEANS IN THE EVENT OF A HURRICANE PASSING EAST OF |
| 15:31 | 19 | THE CITY? |
| 15:31 | 20 | **A.**   ANY MINIMALLY COMPETENT ENGINEER WOULD RECOGNIZE IT, AND |
| 15:31 | 21 | MANY MINIMALLY COMPETENT ENGINEERS DID RECOGNIZE IT AND |
| 15:31 | 22 | DOCUMENTED THAT RECOGNITION.  NO EFFECTIVE, TIMELY CORRECTIVE |
| 15:31 | 23 | ACTION WAS TAKEN.  THAT'S THE CATASTROPHE OF HURRICANE KATRINA |
| 15:31 | 24 | TO THE GREATER NEW ORLEANS AREA. |
| 15:31 | 25 | **Q.**   WAS THIS TRAGEDY COMPLETELY PREVENTIBLE? |

```
15:31   1   A.   YES.

15:32   2            MR. STEVENS:  DR. BEA, I JUST WANT TO SAY THANK YOU.

15:32   3   THANK YOU VERY MUCH.  IT'S BEEN MY PLEASURE TO MEET YOU, SIR.

15:32   4   I'VE GOT TO SAY YOU'VE BEEN VERY PATIENT WITH ME.  I'M SLOW BUT

15:32   5   EDUCABLE.  I WANT TO APOLOGIZE FROM ALL OF US FOR CAUSING YOU

15:32   6   TO HAVE TO CANCEL A CLASS FOR THE FIRST TIME IN 20 YEARS SO

15:32   7   THAT YOU COULD STAY OVER AND TESTIFY HERE TODAY.  THANK YOU

15:32   8   VERY MUCH, DR. BEA.

15:32   9            BEFORE I STOP, YOUR HONOR, I'D LIKE TO OFFER,

15:32  10   FILE, AND INTRODUCE INTO EVIDENCE THE SLIDES THAT WE SHOWED

15:32  11   WITH DR. BEA, WHICH WERE NOT OBJECTED TO.

15:32  12            THE COURT:  LET THEM BE ADMITTED.

15:32  13            MR. STONE:  NO OBJECTION, YOUR HONOR.

15:32  14            MR. STEVENS:  I'D LIKE TO OFFER WHAT I USED YESTERDAY

15:32  15   MORNING AT THE END OF OUR DIRECT EXAM.  IT'S THE CHART AGAIN.

15:33  16   IT'S 2153 --

15:33  17            THE COURT:  IT'S IN.

15:33  18            MR. STEVENS:  IT'S THE SLIDES THAT WENT WITH IT.

15:33  19            THE COURT:  ANY OBJECTION, COUNSEL?

15:33  20            MR. STONE:  NO, YOUR HONOR.

15:33  21            THE COURT:  SUBJECT TO YOUR PREVIOUS OBJECTION.

15:33  22            MR. STONE:  NO, YOUR HONOR.

15:33  23            THE COURT:  LET THEM BE ADMITTED.

15:33  24            I USUALLY DON'T ALLOW RECROSS.  BUT UNDER THESE

15:33  25   CIRCUMSTANCES, I'M GOING TO ALLOW IT.
```

15:33   1                    **RECROSS-EXAMINATION**

15:33   2   **BY MR. STONE:**

15:33   3   **Q.**   DR. BEA, OUT OF OVER 3,000 PAGES OF REPORTS AND ALL OF THE

15:33   4   TESTIMONY YOU'VE GIVEN HERE UP TO MR. STEVENS' LAST QUESTION,

15:33   5   YOU HAVE NEVER ONCE STATED THAT YOU ARE PROVIDING AN OPINION TO

15:33   6   A REASONABLE DEGREE OF EITHER ENGINEERING OR SCIENTIFIC

15:33   7   CERTAINTY, HAVE YOU?

15:33   8   **A.**   THAT'S NOT ACCURATE.  NO.

15:33   9             **MR. STONE:**  NOTHING FURTHER, YOUR HONOR.

15:33   10            **THE COURT:**  YOU CAN HANDLE THAT IN THE BRIEFING, I

15:33   11   ASSUME.  THANK YOU, SIR.

15:33   12            **THE WITNESS:**  YOUR HONOR, MR. STONE, I'D LIKE TO

15:33   13   THANK YOU.  MR. STEVENS, I'D LIKE TO SAY THANK YOU TO YOU TOO.

15:34   14   TO MY EXPERT COLLEAGUES, I WANT TO SAY THANKS TO ALL OF YOU.

15:34   15   JUDGE DUVAL, THANK YOU.

15:34   16            **THE COURT:**  YES, SIR.  THANK YOU.

15:34   17            **MR. STONE:**  YOUR HONOR, WE'RE GETTING TOGETHER A LIST

15:34   18   OF EXHIBITS TO OFFER INTO EVIDENCE.

15:34   19            **THE COURT:**  SHOULD WE TAKE A RECESS, THEN?

15:34   20            **MR. STONE:**  YES, YOUR HONOR.

15:34   21            **THE COURT:**  HOW LONG, MR. STONE?

15:34   22            **MR. STONE:**  THEY SHOULD HAVE IT.  YOU CAN GO FORWARD

15:34   23   IF YOU WANT.

15:34   24            **THE COURT:**  IT'S A GOOD SEGUE TO BREAK.  WE'LL TAKE A

15:34   25   10- OR 15 MINUTE BREAK.

| | | |
|---|---|---|
| 15:34 | 1 | **MR. ANDRY:**  DO YOU HAVE A PREFERENCE TO GO TO 5:30 OR |
| 15:34 | 2 | 5:00 TODAY?  WE HAVE MR. TAYLOR.  I ALSO HAVE MR. RODRIGUEZ, |
| 15:34 | 3 | WHO'S OUTSIDE, TO DO HIM ALSO.  I THINK THAT WE'LL TAKE ABOUT |
| 15:34 | 4 | AN HOUR ON DIRECT WITH MR. TAYLOR.  IT'S MY UNDERSTANDING THAT |
| 15:34 | 5 | IT WOULD BE ABOUT 45 MINUTES, SO IT WOULD BE RIGHT AT ABOUT TWO |
| 15:34 | 6 | HOURS, WHICH WOULD PUT US APPROXIMATELY OVER THE 5:30 MARK.  I |
| 15:35 | 7 | DIDN'T REALIZE WHAT TIME IT WAS.  I'LL JUST TELL MR. RODRIGUEZ |
| 15:35 | 8 | TO COME BACK TOMORROW MORNING.  WE'LL DO HIM EITHER TOMORROW |
| 15:35 | 9 | MORNING OR TOMORROW AFTERNOON. |
| 15:35 | 10 | **THE COURT:**  WHO DO YOU HAVE COMING IN? |
| 15:35 | 11 | **MR. ANDRY:**  I HAVE MR. TAYLOR, YOUR HONOR, WHO IS THE |
| 15:35 | 12 | EXPERT ADJUSTER, WHO WE CAN DO FAIRLY QUICKLY. |
| 15:35 | 13 | **THE COURT:**  OKAY.  DO YOU THINK WE COULD DO IT IN AN |
| 15:35 | 14 | HOUR? |
| 15:35 | 15 | **MR. ANDRY:**  WE COULD DO IT IN AN HOUR AND A HALF, |
| 15:35 | 16 | YOUR HONOR.  IF YOU'D LIKE TO QUIT BY 5:00, WE CAN PROBABLY |
| 15:35 | 17 | SPEED UP THE EXAM. |
| 15:35 | 18 | **THE COURT:**  WE'LL GET IT DONE. |
| 15:35 | 19 | OKAY.  THANK YOU VERY MUCH, SIR.  HAVE A SAFE |
| 15:35 | 20 | TRIP BACK. |
| 15:35 | 21 | IS THAT ALL RIGHT WITH THE GOVERNMENT?  NO |
| 15:35 | 22 | PROBLEM.  OKAY.  WE'LL DO MR. TAYLOR.  WE'RE IN RECESS FOR TEN |
| 15:35 | 23 | MINUTES.  GET YOUR EXHIBITS READY. |
| 15:35 | 24 | **THE DEPUTY CLERK:**  ALL RISE. |
| 15:35 | 25 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |

```
15:42   1              THE DEPUTY CLERK:  ALL RISE.
15:53   2                   COURT IS IN SESSION.  PLEASE BE SEATED.
15:53   3              MR. ANDRY:  GOOD AFTERNOON, YOUR HONOR.  AT THIS TIME
15:53   4   THE PLAINTIFFS WOULD LIKE TO CALL MR. SCOTT TAYLOR.
15:53   5              MR. STONE:  YOUR HONOR, COULD I MOVE THESE EXHIBITS
15:53   6   IN, AND I'LL GET RIGHT OUT OF YOUR WAY.
15:54   7              THE COURT:  ABSOLUTELY.
15:54   8              MR. STONE:  DX-0451, DX-1715, DX-1719, DX-0101,
15:54   9   DX-0412C, DX-0003.
15:54  10                   WE DON'T HAVE AN EXHIBIT NUMBER FOR THE
15:54  11   IMPEACHMENT DOCUMENT TODAY, YOUR HONOR.  I CAN GET WITH THE
15:54  12   CLERK AND GET A NUMBER FOR IT.
15:54  13              THE COURT:  ALL RIGHT.
15:54  14              MR. STONE:  JX-0117, JX-0069, JX-0207, JX-0010,
15:54  15   JX-0118, JX-0116, JX-0195, JX-0242, JX-0191.
15:54  16              THE COURT:  THANK YOU, SIR.  SUBJECT TO ANY
15:55  17   OBJECTIONS PREVIOUSLY URGED, LET THEM BE ADMITTED.
15:55  18              MR. STEVENS:  THE ONE IMPEACHMENT DOCUMENT,
15:55  19   YOUR HONOR, WE WOULD REURGE OUR OBJECTION TO THAT ON GROUNDS
15:55  20   THAT IT IS OBVIOUSLY A DRAFT OF SOMEBODY ELSE'S WORK THAT'S NOT
15:55  21   SIGNED, AND THE DOCTOR EXPLAINED IT ON THE STAND.
15:55  22              THE COURT:  I WILL LET IT BE INTRODUCED INTO EVIDENCE
15:55  23   OVER YOUR OBJECTION.
15:55  24              MR. STONE:  THANK YOU, YOUR HONOR.
15:55  25              MR. ANDRY:  YOUR HONOR, JUST SO I CAN GAUGE MY
```

```
15:55    1   EXAMINATION OF MR. TAYLOR, DO YOU WANT TO GO UNTIL 5:30 TODAY
15:55    2   OR 5:00?
15:55    3           THE COURT:  WE'LL GO TO 5:30.
15:55    4           MR. ANDRY:  I CAN FINISH MR. TAYLOR AND GET THE
15:55    5   EVIDENCE IN.
15:55    6           THE COURT:  YES.  LET'S GO AHEAD AND TRY AND GET IT
15:55    7   DONE.
15:55    8           MR. ANDRY:  OKAY.  THANK YOU, YOUR HONOR.
15:55    9   MR. TAYLOR, OBVIOUSLY, IS AN EXPERT ADJUSTER.  IN CONJUNCTION
15:55   10   WITH THE COURT'S DIRECTIVE EARLIER, HE WILL BE TESTIFYING ABOUT
15:55   11   THE DAMAGES SUSTAINED BY THE REPRESENTATIVE PLAINTIFFS.  IN
15:55   12   CONJUNCTION WITH HIS TESTIMONY, WE WILL TALK ABOUT EXHIBITS
15:55   13   JX-59, WHICH IS HIS CV; PX-1709, WHICH IS HIS FLOOD ASSESSMENT
15:56   14   REPORT FOR TANYA SMITH'S RESIDENCE; PX-714, WHICH IS
15:56   15   MR. TAYLOR'S REPORT FOR ANTHONY FRANZ AND THE FRANZ RESIDENCE;
15:56   16   PX-716, WHICH IS MR. NORMAN ROBINSON'S RESIDENCE, THE REPORT ON
15:56   17   HIS RESIDENCE.
15:56   18           WE PREVIOUSLY OFFERED EXHIBITS 1719 AND 1720,
15:56   19   PX-1719 AND PX-1720, WHICH WERE THE REPORTS ON MR. LATTIMORE'S
15:56   20   RESIDENCE.  WE PREVIOUSLY OFFERED PX-1723, WHICH WAS THE
15:56   21   LATTIMORE & ASSOCIATES REPORT.  AT THE DEPOSITION IT CAME ABOUT
15:56   22   THAT THERE WAS A MATHEMATICAL ERROR IN THOSE REPORTS.  SO FOR
15:56   23   THE CONVENIENCE OF THE COURT AND THE RECORD PURPOSES, WE ARE
15:56   24   GOING TO WITHDRAW EXHIBITS PX-1719 AND 1720 AND SUBMIT A
15:56   25   CORRECTED REPORT, WHICH WOULD BE PX-2157, FOR THE LATTIMORE
```

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:57 | 1 | PROPERTY.  WE ARE GOING TO WITHDRAW PX-1723 AND REPLACE THAT |
| 15:57 | 2 | WITH PX-2156 -- |
| 15:57 | 3 | **THE COURT:**  THANK YOU, SIR. |
| 15:57 | 4 | **MR. ANDRY:**  -- WHICH IS THE LATTIMORE & ASSOCIATES |
| 15:57 | 5 | REPORT.  I HAVE SHARED THOSE WITH MR. MYER, COUNSEL FOR THE |
| 15:57 | 6 | DEFENDANTS. |
| 15:57 | 7 | **MR. MYER:**  NO OBJECTION, YOUR HONOR.  THEY ARE JUST |
| 15:57 | 8 | CORRECTING MATHEMATICAL STUFF. |
| 15:57 | 9 | **THE COURT:**  THANK YOU, SIR. |
| 15:57 | 10 | (WHEREUPON **SCOTT TAYLOR**, HAVING BEEN DULY SWORN, |
| 15:57 | 11 | TESTIFIED AS FOLLOWS.) |
| 15:57 | 12 | **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND |
| 15:57 | 13 | CORRECT SPELLING FOR THE RECORD. |
| 15:57 | 14 | **THE WITNESS:**  SCOTT TAYLOR, S-C-O-T-T, T-A-Y-L-O-R. |
| 15:57 | 15 | **VOIR DIRE** |
| 15:57 | 16 | BY MR. ANDRY: |
| 15:57 | 17 | Q.   MR. TAYLOR, HOW ARE YOU CURRENTLY EMPLOYED? |
| 15:57 | 18 | A.   I WORK FOR ADVANCED ADJUSTING IN AMARILLO, TEXAS. |
| 15:57 | 19 | Q.   WHAT TYPE OF BUSINESS IS ADVANCED ADJUSTING IN? |
| 15:57 | 20 | A.   IT'S IN THE INSURANCE CLAIMS ADJUSTMENT BUSINESS. |
| 15:57 | 21 | Q.   WHAT POSITION DO YOU HOLD WITH ADVANCED ADJUSTING? |
| 15:57 | 22 | A.   I'M THE OPERATIONS MANAGER FOR THAT COMPANY. |
| 15:57 | 23 | Q.   IN CONJUNCTION WITH YOUR TESTIMONY TODAY, DID YOU PROVIDE |
| 15:58 | 24 | US WITH A COPY OF YOUR CURRICULUM VITAE? |
| 15:58 | 25 | A.   YES, I DID. |

| | | |
|---|---|---|
| 15:58 | 1 | **MR. ANDRY:**  CARL, COULD YOU PULL UP JX-59, PLEASE. |
| 15:58 | 2 | **BY MR. ANDRY:** |
| 15:58 | 3 | **Q.**   MR. TAYLOR, IS THAT YOUR CURRICULUM VITAE THAT YOU |
| 15:58 | 4 | PROVIDED TO US? |
| 15:58 | 5 | **A.**   YES, IT IS. |
| 15:58 | 6 | **Q.**   RATHER THAN GO THROUGH ALL OF THAT, LET ME JUST TOUCH ON A |
| 15:58 | 7 | FEW HIGH POINTS.  HOW LONG HAVE YOU BEEN ADJUSTING PROPERTIES? |
| 15:58 | 8 | **A.**   FOR OVER 20 YEARS. |
| 15:58 | 9 | **Q.**   HOW MANY PROPERTIES WOULD YOU SAY THAT YOU HAVE ADJUSTED |
| 15:58 | 10 | IN YOUR CAREER? |
| 15:58 | 11 | **A.**   OVER 1200. |
| 15:58 | 12 | **Q.**   IN DOING THOSE 1200 ADJUSTMENTS, DO YOU APPLY THE SAME |
| 15:58 | 13 | METHODOLOGY TO EVERY ONE THAT YOU DO? |
| 15:58 | 14 | **A.**   YES.  GENERALLY SPEAKING, I DO. |
| 15:58 | 15 | **Q.**   HAVE YOU HAD OCCASION IN YOUR CURRENT POSITION OR IN |
| 15:58 | 16 | ANOTHER POSITION TO REVIEW THE ADJUSTMENTS DONE BY OTHERS FOR |
| 15:58 | 17 | THEIR CORRECTNESS OR VERACITY? |
| 15:58 | 18 | **A.**   YES. |
| 15:58 | 19 | **Q.**   APPROXIMATELY HOW MANY TIMES HAVE YOU REVIEWED THE |
| 15:59 | 20 | ADJUSTMENTS OF OTHERS? |
| 15:59 | 21 | **A.**   BETWEEN 3,000 AND 4,000. |
| 15:59 | 22 | **Q.**   IN THIS CASE YOU WERE CALLED UPON TO ADJUST PROPERTIES |
| 15:59 | 23 | THAT WERE DAMAGED BY A CATASTROPHIC EVENT.  IS THAT CONSISTENT |
| 15:59 | 24 | WITH THE TYPE OF PRACTICE THAT YOU HAVE HAD ADJUSTING IN YOUR |
| 15:59 | 25 | CAREER? |

| | | |
|---|---|---|
| 15:59 | 1 | **A.**   YES, IT IS. |
| 15:59 | 2 | **Q.**   DID YOU ADJUST ANY KATRINA HOMES? |
| 15:59 | 3 | **A.**   YES, I DID. |
| 15:59 | 4 | **Q.**   APPROXIMATELY HOW MANY KATRINA HOMES DID YOU ADJUST? |
| 15:59 | 5 | **A.**   I PERSONALLY DID WELL OVER 500 AND WAS INVOLVED AS A |
| 15:59 | 6 | LEADER OF OVER A THOUSAND. |
| 15:59 | 7 | **Q.**   IN THOSE, DID YOU APPLY THE SAME METHODOLOGY FOR EACH OF |
| 15:59 | 8 | THE HOUSES THAT YOU ADJUSTED? |
| 15:59 | 9 | **A.**   YES. |
| 15:59 | 10 | **Q.**   DID YOU ALSO ADJUST CONTENTS FOR A BUSINESS PRIOR TO THE |
| 15:59 | 11 | LATTIMORE & ASSOCIATES ADJUSTMENT? |
| 15:59 | 12 | **A.**   YES. |
| 15:59 | 13 | **Q.**   COULD YOU BRIEFLY DESCRIBE TO THE COURT THE TYPE OF |
| 15:59 | 14 | METHODOLOGY THAT YOU USE IN DOING AN ADJUSTMENT OF A RESIDENCE |
| 16:00 | 15 | FOR STRUCTURAL DAMAGE. |
| 16:00 | 16 | **A.**   I USE A PROCEDURE THAT IS OUTLINED WITH FIVE POINTS IN IT. |
| 16:00 | 17 | THE FIRST ONE IS THAT I DIAGRAM.  WHEN I REACH THE INTERIOR OF |
| 16:00 | 18 | A HOME, I BEGIN DIAGRAMMING.  PRECEDENT TO THAT, I HAVE TO TAKE |
| 16:00 | 19 | A PHOTO OF THE FRONT OF THE LOSS IN ORDER TO IDENTIFY |
| 16:00 | 20 | EVERYTHING THAT FOLLOWS IN MY CAMERA IS ATTACHED TO THAT LOSS. |
| 16:00 | 21 | THEN, AS I GET INSIDE, I FIRST BEGIN WITH AN INTERVIEW, THEN I |
| 16:00 | 22 | START WITH MY DIAGRAM. |
| 16:00 | 23 | SO AFTER I FIND OUT FROM THE RESIDENT WHAT THEY |
| 16:00 | 24 | CONCEDE THE DAMAGES TO BE, OR PERCEIVE THEM TO BE, AND |
| 16:00 | 25 | INTERVIEW THEM FOR OTHER ISSUES THAT ARE SURROUNDING THE |

16:00    1   LOSS -- WHETHER THEY WERE THERE, THE CIRCUMSTANCES, THE

16:00    2   CONDITION PRIOR TO THE LOSS, THOSE KINDS OF THINGS -- THEN I

16:00    3   BEGIN THE DIAGRAMMING PROCESS BECAUSE I NEED TO DETERMINE THE

16:01    4   EXACT LOCATION OF EVERYTHING IN THE HOME.  SO AT THAT POINT I

16:01    5   DIAGRAM THE ENTIRE INTERIOR OF THE FLOOR PLAN WITH A

16:01    6   BIRD'S-EYE-VIEW APPROACH TO IT.

16:01    7          SO I COME UP WITH THAT INITIALLY, IDENTIFY ALL THE

16:01    8   ROOMS, AS THE HOMEOWNER MIGHT IDENTIFY THEM AS WELL, AND LIST

16:01    9   THEM IN THE SAME ORDER THAT I DIAGRAM THEM.  THEN I GO BACK AND

16:01   10   I BEGIN THE PROCESS OF ASSESSING THE DAMAGE.

16:01   11          THE FIRST THING I WILL DO AFTER THAT IS FIRST

16:01   12   DETERMINE THE SIZE OF EACH OF THOSE ROOMS.  SO I DO SOME

16:01   13   DIMENSIONS.  I USE LASER-DIMENSIONING DEVICES IN ORDER TO DO

16:01   14   THAT.  ONCE I'M FINISHED WITH THE DIMENSIONS OF THAT PARTICULAR

16:01   15   ROOM, THEN I GO TO THE DOCUMENTATION OF THE DAMAGES, WHERE I

16:01   16   WILL LIST ALL THE DAMAGES THAT I SEE IN THAT ROOM.

16:01   17          AT THAT POINT I WILL TAKE DIGITAL PHOTOGRAPHS, AND I

16:01   18   WILL ALSO WRITE DOWN HOW WE ARE TO PROCEED, WHAT THE METHOD FOR

16:02   19   RESTORING WOULD BE FOR THOSE PARTICULAR DAMAGES.  SO I WILL

16:02   20   WRITE ALL OF THAT IN THE SAME ROOM BEFORE MOVING ON TO THE NEXT

16:02   21   ROOM, AND I DO THAT IN SEQUENCE SO THAT EVERYTHING FOLLOWS IN

16:02   22   THE SAME SEQUENCE THAT I LISTED THE ROOMS, AS WELL AS THE

16:02   23   PHOTOS.  THAT'S JUST THE INTERIOR.

16:02   24          THEN I FOLLOW A SIMILAR PROCEDURE OUTSIDE AFTER I

16:02   25   FINISH THAT.  WHEN I GET DONE WITH THE OUTSIDE AND THE ROOF,

| | | |
|---|---|---|
| 16:02 | 1 | THEN I'M PRETTY MUCH DONE.  THE EXCEPTION OF THAT IS WHEN I |
| 16:02 | 2 | NEED TO BE IN THE ATTIC, AND I PUT THAT IN PLACE AFTER I FINISH |
| 16:02 | 3 | THE INTERIOR, USUALLY. |
| 16:02 | 4 | **Q.**   AFTER YOU LEAVE ONE SITE AND DO ALL THE TESTS THAT YOU |
| 16:02 | 5 | JUST EXPLAINED, WHEN YOU SAY DAMAGE TO A STRUCTURE, WHAT NUMBER |
| 16:02 | 6 | OR WHAT DAMAGE ARE YOU ASCERTAINING? |
| 16:02 | 7 | **A.**   WHEN I'M SPEAKING OF THOSE DAMAGES, I'M TALKING ABOUT THE |
| 16:02 | 8 | PHYSICAL DAMAGES TO THE PROPERTY ITSELF, THE STRUCTURAL |
| 16:02 | 9 | DAMAGES, STRUCTURAL AND COSMETIC BOTH, THAT NEED TO BE DEALT |
| 16:02 | 10 | WITH IN ORDER TO INDEMNIFY THE HOMEOWNER, PUT THEM BACK LIKE |
| 16:03 | 11 | THEY WERE BEFORE. |
| 16:03 | 12 | **Q.**   SO THAT WOULD BE THE REPLACEMENT COST VALUE, TO THE EXTENT |
| 16:03 | 13 | THE STRUCTURE COULD BE REPAIRED; IS THAT CORRECT? |
| 16:03 | 14 | **A.**   YES.  IT'S BASED UPON THOSE NUMBERS, WHAT IT WOULD COST TO |
| 16:03 | 15 | RESTORE THEM IN TODAY'S MARKET. |
| 16:03 | 16 | **Q.**   WHEN YOU DETERMINE THE CONTENTS DAMAGE, WHAT METHODOLOGY |
| 16:03 | 17 | DO YOU EMPLOY IN DETERMINING THE AMOUNT OF DAMAGE FOR CONTENTS |
| 16:03 | 18 | THAT WERE DESTROYED? |
| 16:03 | 19 | **A.**   THERE'S A COUPLE OF DIFFERENT METHODS.  IF I'M SUPPLIED |
| 16:03 | 20 | WITH AN EXHAUSTIVE LIST OF CONTENTS, THEN I CAN BEGIN WITH |
| 16:03 | 21 | THAT.  ONCE I HAVE LOOKED AT THOSE AND ASSESSED THE VALUE OF |
| 16:03 | 22 | THAT, THEN I CAN COMPARE THAT TO A STANDARDIZED PERCENTAGE OF |
| 16:03 | 23 | THE VALUE OF THE HOME BECAUSE WE FIND THAT, GENERALLY SPEAKING, |
| 16:03 | 24 | PEOPLE HAVE IN THEIR HOME AT LEAST 50 PERCENT OF THE VALUE OF |
| 16:03 | 25 | THEIR HOME IN CONTENTS.  SO WE USE A 50 PERCENT NUMBER AS A |

16:03    1    BENCHMARK UPON WHICH TO DETERMINE WHETHER THEY HAVE COME CLOSE

16:03    2    TO BEING ACCURATE IN THEIR ASSESSMENT OF THEIR PARTICULAR

16:04    3    CONTENTS FOR THAT HOME.

16:04    4    **Q.**    DID I UNDERSTAND THAT CORRECTLY, THAT SOMETIMES YOU BEGIN

16:04    5    WITH THE LIST OF CONTENTS AND SOMETIMES YOU GO BEYOND THE LIST

16:04    6    OF CONTENTS AND ADD IN ADDITIONAL CONTENTS DAMAGE?

16:04    7    **A.**    YES.  SOMETIMES WE FIND THAT THE HOMEOWNERS HAVE A

16:04    8    TENDENCY TO FORGET ITEMS.  THEY THINK IN TERMS OF RETAIL ITEMS

16:04    9    ONLY, IN TERMS OF "WHAT CAN I GO OUT AND REPLACE?  WHAT DO I

16:04   10    NEED TO GO OUT AND BUY?  WHAT'S THIS WORTH IF I WERE TO SELL

16:04   11    IT?"  SO THEY BEGIN TO THINK LIKE THAT INSTEAD OF THINKING IN

16:04   12    TERMS OF "WHAT IS IN MY HOUSE THAT I USE EVERY DAY?"

16:04   13            NOBODY THINKS OF IRONING BOARDS AND CLEANING SUPPLIES

16:04   14    AND FILTERS FOR THEIR AIR CONDITIONERS AND THINGS LIKE THAT,

16:04   15    THINGS THAT ARE STORED IN THEIR HOME.  THEY DON'T EVEN THINK OF

16:04   16    MANY OF THE THINGS THAT ARE STORED IN THEIR ATTIC.  THERE'S A

16:04   17    LOT OF THINGS THAT ARE MISSING FROM THOSE LISTS.  GENERALLY

16:04   18    SPEAKING, THEY ARE IN A CONDITION AFTER A LOSS, A CATASTROPHIC

16:05   19    LOSS, OF NOT THINKING AS CLEARLY AS THEY MIGHT IN OTHER LESS

16:05   20    STRENUOUS CIRCUMSTANCES.

16:05   21            SO I USE THAT AS A BENCHMARK TO DETERMINE IF THEY ARE

16:05   22    CLOSE OR IF THEY ARE WAY OFF OR IF WE NEED TO LOOK A LITTLE BIT

16:05   23    DEEPER INTO IT.

16:05   24    **Q.**    HAVE YOU ALSO PERFORMED ADJUSTMENTS WHERE YOU HAVE BEEN

16:05   25    ASKED TO DETERMINE ALE, OR ADDITIONAL LIVING EXPENSES, THAT

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:05 | 1 | WOULD BE DUE THE INDIVIDUAL AS A RESULT OF BEING OUT OF THEIR |
| 16:05 | 2 | HOME OR HAVING THEIR HOME DESTROYED? |
| 16:05 | 3 | **A.**   YES, I HAVE. |
| 16:05 | 4 | **Q.**   WHAT METHODOLOGY DO YOU EMPLOY TO DETERMINE THE ALE |
| 16:05 | 5 | DAMAGES SUSTAINED BY AN INDIVIDUAL FOR BEING DISPLACED FROM |
| 16:05 | 6 | THEIR HOME? |
| 16:05 | 7 | **A.**   IF IT'S AN INSURANCE ADJUSTMENT, THEN I USE WHATEVER IS |
| 16:05 | 8 | LISTED IN THE POLICY.  BUT IN CASES SUCH AS THIS, THEN WE LOOK |
| 16:05 | 9 | AT WHAT IS THE NORMAL AMOUNT THAT IS LISTED IN THAT POLICY. |
| 16:05 | 10 | AGAIN, THERE'S AN ISO FORM FOR THOSE POLICIES THAT |
| 16:05 | 11 | USUALLY ASCRIBE 20 PERCENT OF THE VALUE OF THE HOME TO ALE, AND |
| 16:06 | 12 | BY DOING IT THAT WAY, YOU CAN ALSO FIND OUT -- BUT THAT IS |
| 16:06 | 13 | GENERALLY DESIGNED TO REIMBURSE THE HOMEOWNER FOR EXPENSES UP |
| 16:06 | 14 | TO A YEAR. |
| 16:06 | 15 | **MR. ANDRY:**   AT THIS POINT, YOUR HONOR, WE WOULD LIKE |
| 16:06 | 16 | TO OFFER MR. SCOTT TAYLOR AS AN EXPERT ADJUSTER. |
| 16:06 | 17 | **THE COURT:**   ANY OBJECTION, SIR? |
| 16:06 | 18 | **MR. MYER:**   NO, YOUR HONOR, WE HAVE NO OBJECTION THAT |
| 16:06 | 19 | HE IS AN EXPERT INSURANCE ADJUSTER.  WE WILL HAVE SOME |
| 16:06 | 20 | ARGUMENTS ABOUT THE PROPRIETY OF USING AN INSURANCE ADJUSTER TO |
| 16:06 | 21 | ASSESS LEGAL DAMAGES, BUT WE'LL ACCEPT HIM AS AN EXPERT |
| 16:06 | 22 | ADJUSTER. |
| 16:06 | 23 | **THE COURT:**   THANK YOU, SIR. |
| | 24 | |
| | 25 | |

FINAL DAILY COPY

16:06  1                    **DIRECT EXAMINATION**

16:06  2    **BY MR. ANDRY:**

16:06  3    **Q.**   MR. TAYLOR, WHAT IS IT YOU WERE TASKED TO DO BY THE

16:06  4    PLAINTIFFS IN THIS CASE?

16:06  5    **A.**   I WAS TASKED TO ASSESS THE PHYSICAL DAMAGES AND ADD TO

16:06  6    THAT THE ADDITIONAL LIVING EXPENSES THAT WOULD BE NORMAL AND

16:06  7    THE CONTENTS OF THOSE RESIDENCES AND THE BUSINESS.

16:07  8    **Q.**   WERE YOU ASKED TO DO THAT FOR TANYA SMITH'S RESIDENCE,

16:07  9    ANTHONY AND LUCILLE FRANZ'S RESIDENCE, MR. KENT LATTIMORE'S

16:07  10   RESIDENCE, NORMAN ROBINSON AND MONICA ROBINSON'S RESIDENCE, AND

16:07  11   TO PROVIDE CONTENTS AND STRUCTURE DAMAGES FOR LATTIMORE &

16:07  12   ASSOCIATES' BUSINESS PROPERTY?

16:07  13   **A.**   YES, I WAS.

16:07  14   **Q.**   COULD YOU BRIEFLY TELL THE COURT WHAT YOU DID TO DETERMINE

16:07  15   AND ADJUST THE DAMAGES SUSTAINED BY THE FRANZES AT THEIR

16:07  16   RESIDENCE FOR THE STRUCTURE.

16:07  17   **A.**   I USED THE SAME METHOD THAT I DESCRIBED EARLIER TO

16:07  18   APPROACH THE HOME.  I TOOK PHOTOS OF THE FRONT OF THE HOME.

16:07  19   THERE WAS NOBODY THERE IN ORDER TO INTERVIEW AT THAT TIME.  SO

16:07  20   I PROCEEDED TO GO INTO THE INTERIOR AND DID IT LEVEL BY LEVEL

16:07  21   BECAUSE IT'S A MULTILEVEL HOME.  THERE'S A LIVE-IN BASEMENT TO

16:08  22   THAT RESIDENCE AND A FIRST FLOOR THAT'S ELEVATED ABOUT SIX

16:08  23   FEET.  I DID ALL OF THAT AND THEN LOOKED INTO THE ATTIC, AS

16:08  24   WELL, AND BEGAN TO ASSESS THAT AS WELL.

16:08  25              I FOUND THAT IT WAS AN OLDER HOME.  IT WAS IN A

16:08   1   CONDITION THAT WAS SOMEWHAT SURPRISING DUE TO THE TIME THAT HAD

16:08   2   GONE BY.  IT HAD BEEN LEFT INTACT SINCE THE FLOOD.  THERE WAS

16:08   3   VIRTUALLY NOTHING CHANGED.  THERE HAD BEEN NO DEMOLITION DONE.

16:08   4   THERE HAD BEEN NOTHING TO TAKE AWAY CONTENTS.  THEY WERE STILL

16:08   5   IN PLACE.  THERE WERE ELECTRONIC GEAR STILL IN ROOMS.

16:08   6        IT WAS RATHER SURPRISING BECAUSE OF THE NUMBER OF

16:08   7   CLAIMS THAT WE -- OR ACTUAL ADJUSTMENTS THAT I'VE DONE AND NOT

16:08   8   SEEN THAT, ESPECIALLY AS FAR ALONG AS IT HAD BEEN.

16:08   9   **Q.**   DID YOU CALCULATE A DAMAGE AMOUNT FOR THE STRUCTURE FOR

16:09   10  ANTHONY AND LUCILLE FRANZ'S PROPERTY?

16:09   11  **A.**   YES, I DID.

16:09   12  **Q.**   IS THAT NUMBER CONTAINED IN YOUR REPORT THAT YOU HAVE

16:09   13  PREVIOUSLY ISSUED?

16:09   14  **A.**   YES.  YES, IT IS.

16:09   15  **Q.**   THAT BEING ANTHONY AND LUCILLE FRANZ, WHICH IS PX-1714?

16:09   16  **A.**   I'M NOT IS FAMILIAR WITH THE PX NUMBERS, BUT YES.

16:09   17  **Q.**   DID YOU ALSO DETERMINE A VALUE FOR THE CONTENTS DAMAGE AT

16:09   18  ANTHONY AND LUCILLE FRANZ'S HOUSE?

16:09   19  **A.**   YES, I DID.

16:09   20  **Q.**   DID YOU EMPLOY THE SAME METHODOLOGY THAT YOU USED THAT YOU

16:09   21  DESCRIBED TO THE COURT EARLIER --

16:09   22  **A.**   YES.

16:09   23  **Q.**   -- IN DETERMINING THAT AMOUNT?

16:09   24  **A.**   I USED A PERCENTAGE APPROACH WITH THE FRANZES DUE TO

16:09   25  SEVERAL FACTORS.  FIRST OF ALL, THEY DID NOT -- I DID NOT HAVE

16:09    1    A LIST TO GO BY INITIALLY.  I WOULD HAVE THOUGHT, BASED ON WHAT

16:09    2    I OBSERVED THERE, THAT THEY PROBABLY HAD NOT BEEN ABLE TO

16:09    3    PROVIDE A VERY DETAILED LIST SINCE THEY HAD ABANDONED ALMOST

16:09    4    EVERYTHING.

16:09    5         CLEARLY, HAD THEY BEEN BACK THERE FROM TIME TO TIME,

16:10    6    IT WOULD HAVE CHANGED.  YOU WOULDN'T HAVE SEEN ALL THOSE THINGS

16:10    7    THERE.  SO I PRESUME THAT THEY HAVE PROBABLY NOT SPENT A LOT OF

16:10    8    TIME LOOKING THROUGH THEIR CONTENTS TO DETERMINE WHAT THEY HAD.

16:10    9    A 50 PERCENT VALUE WOULD HAVE BEEN, AT LEAST, FAIR IN A

16:10   10    SITUATION LIKE THAT CONSIDERING THAT THEY HAD MANY, MANY YEARS

16:10   11    OF LIVING THERE.

16:10   12         THAT WAS CLEARLY AN OLDER RESIDENCE.  IT HAD

16:10   13    ACCUMULATED A LARGE AMOUNT OF POSSESSIONS THAT WERE STILL

16:10   14    THERE.  AS A RESULT, THE 50 PERCENT BARRIER OR BENCHMARK THAT

16:10   15    WE USE WOULD HAVE BEEN MORE THAN FAIR, AT LEAST TO THE ONE

16:10   16    PAYING.

16:10   17    Q.   LET ME ASK YOU:  USING THE FORMULAIC VERSION TO DETERMINE

16:10   18    CONTENTS, IF YOU WILL, IS THAT SOMETHING THAT'S WIDELY ACCEPTED

16:10   19    BY EXPERT APPRAISERS -- EXCUSE ME, EXPERT ADJUSTERS COMMONLY

16:11   20    USED IN THE PRACTICE IN ADJUSTING HOMES IN THE THOUSANDS THAT

16:11   21    YOU HAVE DONE?

16:11   22    A.   YES, IT IS.  IT'S DESCRIBED AS AN ISO FORM APPROACH TO

16:11   23    DOING ADJUSTMENTS.  IN THE LICENSING PORTION OF BECOMING AN

16:11   24    INSURANCE ADJUSTER, IT'S CLEARLY STATED THAT IN THE ISO FORMS,

16:11   25    EXTANT OF ANY PERSONAL INPUT TO CHANGE THOSE NUMBERS, THOSE

| | | |
|---|---|---|
| 16:11 | 1 | PERCENTAGES WOULD BE ACCURATE. |
| 16:11 | 2 | **Q.**   IN GOING BACK A LITTLE BIT, MR. FRANZ TESTIFIED THE OTHER |
| 16:11 | 3 | DAY, LAST WEDNESDAY, THAT HIS GRANDMOTHER HAD MADE DESIGNS -- I |
| 16:11 | 4 | THINK THEY CALL THEM VENETIAN DESIGNS OR GILDED DESIGNS -- IN |
| 16:11 | 5 | THE PLASTER OF THE HOUSE.  DID YOU TAKE THAT INTO ACCOUNT WHEN |
| 16:11 | 6 | YOU CALCULATED THE DAMAGES FOR THE FRANZ RESIDENCE? |
| 16:11 | 7 | **A.**   YES, I DID.  VENETIAN PLASTER IS MUCH MORE EXPENSIVE |
| 16:11 | 8 | BECAUSE IT'S A STAMPED PATTERN THAT HAS TO BE DONE BY SOMEBODY |
| 16:11 | 9 | THAT'S QUALIFIED AS AN ARTISAN OF PLASTER, AND THAT'S MUCH MORE |
| 16:12 | 10 | EXPENSIVE THAN MERE PLASTERING AND SMOOTHING OF SURFACES WITH |
| 16:12 | 11 | LATH AND PLASTER. |
| 16:12 | 12 | **Q.**   WAS YOUR DAMAGE AMOUNT FOR THE FRANZ PROPERTY, SINCE IT'S |
| 16:12 | 13 | STILL IN THE SAME POSITION IT WAS BEFORE THE STORM, A DAMAGE |
| 16:12 | 14 | AMOUNT TO REBUILD THE STRUCTURE CURRENTLY AS IT WAS AT THE TIME |
| 16:12 | 15 | OF THE STORM? |
| 16:12 | 16 | **A.**   IT WAS DESIGNED TO PUT THEM BACK IN AT LEAST AS GOOD A |
| 16:12 | 17 | CONDITION AS THEY WERE BEFORE, WITH SIMILAR MATERIALS, YES. |
| 16:12 | 18 | **Q.**   THAT'S COMMONLY KNOWN AS THE REPLACEMENT COST VALUE? |
| 16:12 | 19 | **A.**   IT IS THE REPLACEMENT COST VALUE OF INDEMNIFYING THE |
| 16:12 | 20 | CLIENT, OR THE HOMEOWNER. |
| 16:12 | 21 | **Q.**   DID YOU ALSO DETERMINE THE ADDITIONAL LIVING EXPENSE |
| 16:12 | 22 | DAMAGES SUSTAINED BY THE FRANZES AS A RESULT OF BEING OUTSIDE |
| 16:12 | 23 | OF THEIR HOUSE? |
| 16:12 | 24 | **A.**   I DID.  I ASSESSED THEM FOR ONE YEAR.  AGAIN, BASED ON THE |
| 16:13 | 25 | 20 PERCENT RULE, THAT SHOULD BE ADEQUATE TO COVER ONE YEAR'S |

| | | |
|---|---|---|
| 16:13 | 1 | EXPENSES. |
| 16:13 | 2 | **Q.**   IS THE CONTENTS DAMAGE AMOUNT THAT YOU DETERMINED FOR THE |
| 16:13 | 3 | FRANZES CONTAINED IN YOUR REPORT THAT YOU PREVIOUSLY SUBMITTED |
| 16:13 | 4 | TO US AND THAT WE HAVE INTRODUCED TO THE COURT AS EVIDENCE? |
| 16:13 | 5 | **A.**   YES, IT IS. |
| 16:13 | 6 | **Q.**   IS YOUR DAMAGE AMOUNT FOR THE FRANZES FOR ALE CONTAINED IN |
| 16:13 | 7 | THE REPORT WHICH YOU HAVE PREVIOUSLY GIVEN TO US AND WE HAVE |
| 16:13 | 8 | INTRODUCED AS EVIDENCE IN THE CASE? |
| 16:13 | 9 | **A.**   YES, IT IS. |
| 16:13 | 10 | **Q.**   MOVING ON TO THE ROBINSON PROPERTY, DID YOU ADJUST AND |
| 16:13 | 11 | DETERMINE DAMAGE AT THE ROBINSON PROPERTY? |
| 16:13 | 12 | **A.**   YES, I DID. |
| 16:13 | 13 | **Q.**   DID YOU OBSERVE DAMAGE AT THE ROBINSON PROPERTY? |
| 16:13 | 14 | **A.**   YES, I DID.  IT WAS A BIT OF A DIFFERENT SITUATION THERE |
| 16:13 | 15 | IN THAT THE HOME WAS NOT ACCESSIBLE INSIDE AT THAT TIME BECAUSE |
| 16:14 | 16 | IT HAD NOT -- APPARENTLY, IT WAS NOT OWNED BY THE ROBINSONS |
| 16:14 | 17 | ANYMORE AT THAT TIME. |
| 16:14 | 18 |      SO, LOOKING AT IT, I HAD TO TAKE BEST-ESTIMATING |
| 16:14 | 19 | PRACTICES THAT I HAVE USED THROUGHOUT NEW ORLEANS TO DETERMINE |
| 16:14 | 20 | THE KINDS OF DAMAGES THAT WERE INSIDE INITIALLY AND THEN GAIN |
| 16:14 | 21 | NEW PHOTOS OF THE PROPERTY AFTER KATRINA THAT I COULD NOT GET |
| 16:14 | 22 | MYSELF IN ORDER TO CONFIRM THE DAMAGES THAT I ASSESSED. |
| 16:14 | 23 |      I CAME UP WITH A NUMBER THAT WAS REPRESENTATIVE OF |
| 16:14 | 24 | THE SAME SQUARE FOOTAGE BECAUSE I COULD TAKE DIMENSIONS FROM |
| 16:14 | 25 | THE OUTSIDE AS WELL AS I CAN FROM THE INSIDE.  I CAN SEE THE |

16:14  1  CLEAR EVIDENCE OF FLOODING AND WATER MARKS THAT WERE ALL AROUND

16:14  2  THE HOME, STILL LEFT ON EXTERIORS OF THE BUILDINGS WHERE THEY

16:14  3  HAD NOT BEEN -- WHERE THEY HAD ETCHED THEMSELVES INTO THE

16:15  4  BUILDINGS, BOTH ON THAT PROPERTY AND ON NEIGHBORING PROPERTIES

16:15  5  THAT WERE STILL GUTTED AT THAT TIME, WHERE I DID HAVE ACCESS.

16:15  6         AS A MATTER OF FACT, MANY OF MY PHOTOS ARE TAKEN FROM

16:15  7  OTHER PROPERTIES AND NEARBY SHOWING THE DAMAGES IN THE SAME

16:15  8  PHOTO THAT I SHOWED THE ROBINSON HOME IN THE BACKGROUND.  SO TO

16:15  9  DEMONSTRATE PROXIMITY, I USED THAT PRACTICE.  I WAS ABLE TO

16:15  10  DEMONSTRATE 4- TO 5-FOOT WATERLINES IN THERE, SO THAT I KNEW

16:15  11  THAT WE HAD A SERIOUS SITUATION THAT I HAD SEEN IN MANY, MANY

16:15  12  OTHER HOMES.

16:15  13  Q.   LET ME ASK YOU THIS:  MR. ROBINSON TESTIFIED THAT HE

16:15  14  DIDN'T -- WELL, HE DIDN'T THINK THAT HE OBSERVED WATER DAMAGE

16:15  15  ON THE SECOND FLOOR OF HIS HOUSE, BUT I NOTICED IN YOUR REPORT

16:15  16  THAT YOU INCLUDED DAMAGE TO RESTORE THE ENTIRE ROBINSON

16:15  17  STRUCTURE.  COULD YOU TELL US WHY YOU HAD THAT AMOUNT OF DAMAGE

16:15  18  EVEN THOUGH MR. ROBINSON DIDN'T SEE OR DIDN'T THINK THAT HE SAW

16:16  19  WATER DAMAGE ON THE SECOND FLOOR.

16:16  20  A.   WELL, THERE WERE SEVERAL REASONS WHY WE DO SOMETHING LIKE

16:16  21  THAT.  FIRST OF ALL, THERE WAS ROOF DAMAGE IN THERE ON THE

16:16  22  HOME, SO AS A RESULT IT WAS CLEAR THERE WAS WATER THAT HAD COME

16:16  23  FROM THE TOP AS WELL AS FROM THE BOTTOM.  BUT MOST OF THE

16:16  24  DAMAGE HAD COME AS A RESULT OF A 5-FOOT WATERLINE THAT HAD NOT

16:16  25  GONE AWAY; IT HAD STAYED THERE.  THERE WAS A RESTING WATERLINE

| | | |
|---|---|---|
| 16:16 | 1 | INSIDE THE NEIGHBORING STRUCTURES AND EVEN ON THE EXTERIOR OF |
| 16:16 | 2 | THAT HOME THAT DEMONSTRATED THAT THERE HAD BEEN STANDING WATER |
| 16:16 | 3 | FOR QUITE SOME TIME. |
| 16:16 | 4 | AS A RESULT, I WOULD HAVE EXPECTED WICKING TO OCCUR |
| 16:16 | 5 | IN THE SHEETROCK BECAUSE IT WAS A NEWER HOME AND SHEETROCK IS |
| 16:16 | 6 | VERY THIRSTY, LIKE A STRAW.  IT DRAWS WATER STRAIGHT UP GIVEN |
| 16:16 | 7 | THE OPPORTUNITY WHERE IT WOULD REST FOR ANY AMOUNT OF TIME. |
| 16:16 | 8 | IT WILL NOT ONLY JUST DRAW THE WATER UP, BUT ONCE |
| 16:17 | 9 | THAT WATER IS DRAWN UP, THEN IT INFESTS WITH MOLD AFTER A |
| 16:17 | 10 | RELATIVELY SHORT AMOUNT OF DAYS AFTER THAT.  SO YOU END UP |
| 16:17 | 11 | STARTING TO SEE MOLD CREEPING AND REACHING UP TO THE CEILING |
| 16:17 | 12 | AND EVEN BEYOND.  WE'LL FIND THAT WICKING CAN OCCUR CLEAN UP TO |
| 16:17 | 13 | THE CEILING VERY EASILY, AND YOU CAN SEE THE MOLD ON THE |
| 16:17 | 14 | CEILINGS AND OTHER THINGS IN SOME OF THE PHOTOS. |
| 16:17 | 15 | Q.   DO YOU HAVE ANY PHOTOS IN PARTICULAR? |
| 16:17 | 16 | A.   THERE WERE A COUPLE THAT I HAD LOOKED AT, THAT WERE |
| 16:17 | 17 | PROVIDED FOR ME TO LOOK AT TO SEE EXACTLY HOW HIGH IT WAS AND |
| 16:17 | 18 | VERIFY MY ESTIMATION OF THAT NUMBER.  I DON'T KNOW THE NUMBER |
| 16:17 | 19 | OR THE NAME OF THAT PHOTO, BUT I THINK WE HAD -- I'VE LOOKED AT |
| 16:17 | 20 | THAT SEVERAL TIMES.  IT WASN'T JUST ONE; THERE WERE SEVERAL. |
| 16:17 | 21 | Q.   WE LOOKED AT SOME PHOTOGRAPHS OF THE ROBINSON PROPERTY. |
| 16:17 | 22 | A.   YES. |
| 16:17 | 23 | MR. ANDRY:  COULD YOU PULL UP 1496. |
| 16:17 | 24 | THE WITNESS:  BUT YOU SEE THIS KIND OF DAMAGE -- |
| | 25 | |

FINAL DAILY COPY

16:17    1   **BY MR. ANDRY:**

16:18    2   **Q.**   DO LIKE THAT PHOTOGRAPH AS AN EXAMPLE?

16:18    3   **A.**   MAJOR REPAIR THAT -- NO, THAT'S NOT THE ONE I WAS SPEAKING

16:18    4   OF.

16:18    5         THERE'S A DISTINCTION SOMETIMES, IF YOU HAVE

16:18    6   SHEETROCK ON ONE SURFACE AND A HARD SURFACE SOMEWHERE ELSE IN

16:18    7   THE SAME VICINITY, WHERE YOU CAN SEE HOW FAR THE WICKING HAS

16:18    8   OCCURRED.

16:18    9         THE WICKING OCCURS WHEN WATER RESTS.  THAT WOULD

16:18   10   BE -- THE DIFFERENCE BETWEEN THIS KIND OF DAMAGE AND THE KIND

16:18   11   THAT YOU SEE IN JUST STREET-LEVEL FLOODING, LIKE IN THE

16:18   12   MAY-TYPE STREET FLOODS THAT WE SOMETIMES SEE HERE WHERE IT

16:18   13   WOULD GO LIKE, SAY, 3 FEET OR LESS AND THEN JUST DISSIPATE VERY

16:18   14   QUICKLY, THE DAMAGE IN THOSE CASES WOULD BE MUCH LESS BECAUSE

16:18   15   IT DOESN'T INVOLVE THE WICKING AND DRAWING OF THE MOISTURE UP

16:18   16   BEYOND THE 4-FOOT LEVEL.

16:19   17   **Q.**   WHEN YOU SAY STREET FLOODING, WHAT YOU'RE SPEAKING OF, I

16:19   18   GUESS, IS WHEN THEY HAVE A RAIN FLOOD IN NEW ORLEANS, AND IT

16:19   19   FLOODS FROM THE STREETS INTO THE HOMES?

16:19   20   **A.**   YES.

16:19   21   **Q.**   AND THEN WATER GOES AWAY?

16:19   22   **A.**   AND THEN IT GOES AWAY VERY QUICKLY AFTERWARDS.

16:19   23   **Q.**   WHEN YOU SAY "3 FEET," WHAT'S THE PURPOSE OR -- IS THERE

16:19   24   SOME DISTINCTION IN 3 OR 4 FEET?

16:19   25   **A.**   THERE IS A DISTINCTION IN THAT IF WATER GOES BELOW THE

FINAL DAILY COPY

1603

16:19   1   4-FOOT MARK, THEN THERE'S A NATURAL BREAK IN SHEETROCK AT THE

16:19   2   4-FOOT LEVEL THAT DETERMINES WHETHER YOU'RE GOING TO HAVE TO

16:19   3   TAKE ALL THE WALLS OUT OR JUST HALF THE WALLS OUT, BECAUSE

16:19   4   SHEETROCK IS GENERALLY APPLIED HORIZONTALLY.  IT'S 12-BY-4

16:19   5   SHEETS OR 8-BY-4 SHEETS, DEPENDING ON THE BUILDER.

16:19   6            ARE YOU STILL LOOKING FOR THAT PHOTO?

16:19   7   **Q.**   31, PLEASE.  PAGE 31 OF 1496.  COULD YOU DESCRIBE WHAT

16:20   8   YOU'RE TALKING ABOUT ABOUT THE WICKING PHENOMENON.

16:20   9   **A.**   YES.  IF YOU LOOK, YOU CAN SEE THAT THE PHOTO ON THE RIGHT

16:20   10   PORTION IS AN AREA WHERE THE WATER HAS DRAWN CONSIDERABLY

16:20   11   HIGHER.  YOU SEE A GRAY MARK NEARLY TO THE CEILING.  VERSUS ON

16:20   12   THE LEFT, IN THE PASSAGEWAY NEXT TO THE STAIRS, IT'S ONLY AT

16:20   13   ABOUT 5 FEET.  SO BECAUSE THERE'S A CLEAR DISTINCTION, YOU HAVE

16:20   14   TO ASK YOURSELF:  WHY IS THAT?

16:20   15            WELL, THAT'S WHERE WATER HAS DRAWN ITSELF UP THE WALL

16:20   16   AND HAS NOW CREATED A MOLD SITUATION BECAUSE IT'S SATURATED THE

16:20   17   WALL AND IT'S GONE ALL THE WAY TO THE CEILING IN SOME CASES AND

16:20   18   IT'S CREATED DAMAGE IN THE CEILINGS.  THE CEILINGS IN THIS ONE

16:20   19   WOULD HAVE HAD TO GO, TOO, BECAUSE THEY WOULD MOLD JUST FROM

16:20   20   THE SPORES AND THE EXPOSURE THERE.  THOSE SPORES TRAVEL ALL

16:20   21   THROUGH THE HOME, SO THEY WOULD BE ALL THROUGHOUT THE HOUSE.

16:20   22   **Q.**   SO FROM AN AMOUNT-OF-DAMAGE PERSPECTIVE, WHICH IS WHAT YOU

16:20   23   ARE AN EXPERT IN AND YOU'RE ASKED TO CALCULATE, THERE'S A

16:21   24   DIFFERENCE BETWEEN STANDING WATER IN THE HOUSE AND WATER THAT

16:21   25   COMES IN AND OUT OF THE HOUSE OF A RELATIVELY SHORT DURATION?

16:21    1   **A.**   YES.  BECAUSE WHAT THEY WOULD DO IN A SITUATION WHERE THEY

16:21    2   COULD GET IN THERE QUICKLY AND DO WHAT WE CALL DEMOLITION IS

16:21    3   THEY CAN TEAR OUT THE AFFECTED AREAS AND PREVENT THE GROWTH OF

16:21    4   MOLD AND OTHER ISSUES AND THE WICKING AS WELL.  SO THERE IS NO

16:21    5   WICKING WHEN YOU HAVE REMOVED THE WATER AND YOU HAVE REMOVED

16:21    6   THE WET SHEETROCK AND INSULATION AND ANYTHING ELSE THAT'S AT A

16:21    7   LOWER LEVEL.

16:21    8          **MR. ANDRY:**  FOR PURPOSES OF THE RECORD, YOUR HONOR,

16:21    9   THAT PHOTOGRAPH I WILL NUMBER AND CALL PX-1496.21.

16:21   10   **BY MR. ANDRY:**

16:21   11   **Q.**   SO, IN THE ROBINSON PROPERTY, YOU WERE ASKED TO CALCULATE

16:21   12   THE COST OF RESTORATION OF THE PROPERTY; ISN'T THAT CORRECT?

16:21   13   **A.**   YES.

16:21   14   **Q.**   THAT'S, IN FACT, WHAT YOU DID CALCULATE?

16:21   15   **A.**   YES.

16:22   16   **Q.**   IS THAT NUMBER CONTAINED IN THE REPORT YOU PREVIOUSLY

16:22   17   SUBMITTED TO ME THAT WE PROVIDED TO THE COURT AND WE OFFERED

16:22   18   INTO THIS RECORD AS EVIDENCE?

16:22   19   **A.**   YES, IT IS.

16:22   20   **Q.**   DID YOU ALSO DETERMINE A NUMBER FOR THE CONTENTS DAMAGE TO

16:22   21   THE ROBINSONS?

16:22   22   **A.**   YES, I DID.

16:22   23   **Q.**   DID YOU EMPLOY THE SAME METHODOLOGY YOU DISCUSSED BEFORE?

16:22   24   **A.**   YES.  THERE WAS NOT MUCH TO GO BY AS FAR AS A COMPLETED

16:22   25   LIST, AND WE USED PERCENTAGES ON THAT PROPERTY.

16:22   1   **Q.**   AGAIN, IS THAT CONSISTENT WITH WIDELY ACCEPTED ADJUSTING

16:22   2   PRACTICES THAT ARE NORMALLY EMPLOYED IN THE FIELD BY EXPERT

16:22   3   ADJUSTERS?

16:22   4   **A.**   YES, IT IS.  AS A MATTER OF A FACT, THAT POINT EVEN CAME

16:22   5   OUT IN A CLASS THAT I TAUGHT LAST WEEK -- OR TWO WEEKS AGO,

16:22   6   EXCUSE ME, WHERE A CLAIMS MANAGER FROM ANOTHER COMPANY ACTUALLY

16:22   7   WAS THERE TO LEARN THE SOFTWARE PORTION OF IT BUT VERIFIED

16:22   8   THOSE SAME PERCENTAGES.  BECAUSE WE HAD ADJUSTERS ASKING, YOU

16:23   9   KNOW, "HOW DO YOU KNOW HOW MUCH TO PUT IN THERE?"  NEWER

16:23   10  ADJUSTERS WERE ASKING.  ONE OF THE VETERANS ACTUALLY

16:23   11  VOLUNTEERED THOSE EXACT SAME NUMBERS IN MY CLASS.  SO I WAS

16:23   12  ABLE TO -- AND IT'S NOT JUST THAT.  YOU SEE THAT WIDELY USED.

16:23   13  IT IS WIDELY USED.

16:23   14  **Q.**   DID MRS. ROBINSON PROVIDE YOU WITH A LIST OF CONTENTS OF

16:23   15  THE HOUSE?

16:23   16  **A.**   NOT THAT I SAW INITIALLY.  I COMPARED SOME THINGS THAT I

16:23   17  SAW LATER AGAINST MY NUMBERS AND FOUND THAT THEY WERE, AGAIN,

16:23   18  NOT COMPLETE AND THERE WERE SEVERAL ITEMS -- EVEN THERE WERE

16:23   19  CATEGORIES OF ITEMS THAT WERE MISSING.

16:23   20  **Q.**   DID YOU INCLUDE A CONTENTS DAMAGE AMOUNT THAT YOU

16:23   21  DETERMINED IN THE REPORT THAT WE HAVE OFFERED INTO EVIDENCE

16:23   22  CONCERNING THE ROBINSON PROPERTY?

16:23   23  **A.**   YES.

16:23   24  **Q.**   DID YOU ALSO DETERMINE AN ADDITIONAL LIVING EXPENSE AMOUNT

16:23   25  FOR THE ROBINSONS IN CONJUNCTION WITH YOUR ADJUSTMENT OF THEIR

FINAL DAILY COPY

| 16:23 | 1 | CLAIM? |
| 16:23 | 2 | **A.**   YES, I DID. |
| 16:23 | 3 | **Q.**   DID YOU APPLY THE SAME METHODOLOGY THAT YOU HAVE DESCRIBED |
| 16:24 | 4 | PREVIOUSLY? |
| 16:24 | 5 | **A.**   YES, I DID. |
| 16:24 | 6 | **Q.**   IS THE AMOUNT DETERMINED BY YOU FOR THE ADDITIONAL LIVING |
| 16:24 | 7 | EXPENSES FOR THE ROBINSONS CONTAINED IN YOUR REPORT THAT WE |
| 16:24 | 8 | OFFERED INTO EVIDENCE IN THIS CASE? |
| 16:24 | 9 | **A.**   YES, IT IS. |
| 16:24 | 10 | **Q.**   DID YOU ALSO ADJUST AND DETERMINE AN AMOUNT FOR THE |
| 16:24 | 11 | STRUCTURAL DAMAGE TO MS. TANYA SMITH'S RESIDENCE? |
| 16:24 | 12 | **A.**   YES, I DID. |
| 16:24 | 13 | **Q.**   HOW DID YOU FIND MS. SMITH'S RESIDENCE WHEN YOU WENT TO |
| 16:24 | 14 | HER HOUSE? |
| 16:24 | 15 | **A.**   WHEN I ARRIVED AT THE HOME, IT HAD NOT ONLY BEEN DESTROYED |
| 16:24 | 16 | ONCE BUT TWICE, THE SECOND TIME BY FIRE.  SO THERE WERE CINDERS |
| 16:24 | 17 | WHERE THERE SHOULD HAVE BEEN A HOME.  THERE WAS STILL SOME |
| 16:24 | 18 | STRUCTURE TO IT.  THERE WAS PLENTY OF STRUCTURE THERE, BUT -- |
| 16:24 | 19 | THE WALLS AND FRAMING WERE PRETTY MUCH INTACT BUT CRISPED |
| 16:25 | 20 | PRETTY NICELY, AND THE ROOF WAS COMPLETELY GONE. |
| 16:25 | 21 | **Q.**   WERE YOU ABLE TO DETERMINE A NUMBER FOR DAMAGES FROM THE |
| 16:25 | 22 | FLOODING AS OPPOSED TO THE FIRE AT MS. SMITH'S RESIDENCE? |
| 16:25 | 23 | **A.**   YES.  BASED ON, AGAIN, OBSERVABLE FLOOD MARKS THAT WERE IN |
| 16:25 | 24 | THE AREA AND ON THE PROPERTY AS WELL, THAT WERE STILL THERE IN |
| 16:25 | 25 | THE DIRECT VICINITY.  SO WE WERE ABLE TO, AGAIN, ASSESS THAT WE |

16:25    1    NOT ONLY HAD THE ISSUE OF 4-FOOT DOWN, BUT WE HAD 5 FEET AND

16:25    2    ABOVE, WITH THE WICKING EVENT OCCURRING THERE AS WELL.

16:25    3    **Q.**    DID MS. SMITH GIVE YOU RECEIPTS FOR HER REBUILDING OF THE

16:25    4    HOUSE THAT SHE DID HERSELF?

16:25    5    **A.**    THERE WERE SOME RECEIPTS.  THERE WAS QUITE AN EXTENSIVE

16:25    6    PILE OF RECEIPTS INVOLVED IN THAT, IN THE SMITH HOUSE.

16:26    7    **Q.**    DID YOU DO A REPLACEMENT COST VALUATION FOR DAMAGES FOR

16:26    8    MS. SMITH'S RESIDENCE?

16:26    9    **A.**    YES, I DID.

16:26   10    **Q.**    DID YOU LIMIT YOUR -- WELL, LET ME ASK YOU THIS:  HOW DID

16:26   11    MS. SMITH'S RECEIPTS PLAY INTO YOUR ANALYSIS, OR DID YOU

16:26   12    CONSIDER THEM IN YOUR ANALYSIS?

16:26   13    **A.**    OH, I ALWAYS CONSIDER ALL THE RECEIPTS.  WHEN I LOOK AT

16:26   14    THINGS LIKE THAT, I ASK MYSELF IF THAT IS EVERYTHING THERE IS

16:26   15    OR IF THAT IS MORE THAN THERE SHOULD BE, AND I DO AN EVALUATION

16:26   16    BASED UPON THE SOFTWARE THAT I USE.

16:26   17            WE USE AN XACTIMATE SOFTWARE.  THAT'S THE NAME OF THE

16:26   18    TYPE OF SOFTWARE.  IT'S SPELLED WITH AN "X," X-A-C-T-I-M-A-T-E.

16:26   19    IT IS THE STANDARD FOR ASSESSING DAMAGES.  IT'S USED NOT ONLY

16:26   20    BY THE INSURANCE INDUSTRY BUT BY CONSTRUCTION PEOPLE AND

16:26   21    REMODELERS AS WELL.  IT IS ACCEPTED AS THE STANDARD FOR THAT.

16:26   22            WHAT MAKES IT STAND APART IS THE FACT THAT IT HAS

16:27   23    BETTER THAN 30,000 CONSTRUCTION ITEMS LISTED IN IT THAT ALLOW

16:27   24    YOU TO GET PRESENT MARKET-DAY CONDITION PRICES FOR EVERY TYPE

16:27   25    OF CONSTRUCTION ITEM, INCLUDING THE LABOR COST TO PUT THAT IN

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:27 | 1 | IN THE MARKET YOU ARE WORKING.  THOSE ARE UPDATED PRICE LISTS |
| 16:27 | 2 | THAT OCCUR FOR EVERY ZIP CODE IN THE UNITED STATES EVERY |
| 16:27 | 3 | QUARTER.  SO THERE'S AN EXTENSIVE AMOUNT OF RESEARCH INTO THE |
| 16:27 | 4 | PRICING OF THOSE TYPES OF THINGS. |
| 16:27 | 5 | ONCE DONE WITH PROPER DIMENSIONING, WHICH I HAVE |
| 16:27 | 6 | DESCRIBED EARLIER THAT I USE LASER DEVICES TO MEASURE, THEN I |
| 16:27 | 7 | CAN BE VERY CONFIDENT OF MY NUMBERS WITHOUT REGARD TO WHAT |
| 16:27 | 8 | SOMEBODY ELSE MIGHT PROVIDE. |
| 16:27 | 9 | BUT ONCE I LOOK AT THAT AND SEE THAT THERE MAY BE |
| 16:27 | 10 | SOME OTHER ISSUES THAT ARE INVOLVED IN ADDITION TO THE PRICING |
| 16:27 | 11 | THAT I HAVE GOT -- MAYBE THEY HAVE OTHER THINGS THAT ARE IN THE |
| 16:27 | 12 | HOME THAT I DIDN'T FIND, BUT I COULD FIND THOSE IN RECEIPTS AT |
| 16:28 | 13 | TIMES OR A DESCRIPTION OR AN INTERVIEW.  SO THAT'S WHY ALL |
| 16:28 | 14 | THOSE PRACTICES ARE USED IN CONJUNCTION WITH THE SOFTWARE. |
| 16:28 | 15 | Q.  YOU TESTIFIED EARLIER YOU DON'T USE CONTENTS LISTS BECAUSE |
| 16:28 | 16 | VERY OFTEN, DUE TO THE STRESS OF THE EVENT OR SOME OTHER |
| 16:28 | 17 | REASON, THE LENGTH OF TIME THAT THE RESIDENTS HAD BEEN IN THE |
| 16:28 | 18 | PROPERTY, THAT THE LIST OF CONTENTS IS NOT CORRECT. |
| 16:28 | 19 | IS IT YOUR OPINION AS AN EXPERT ADJUSTER THAT THE |
| 16:28 | 20 | XACTIMATE SOFTWARE PROVIDES A BETTER NUMBER OR A BETTER |
| 16:28 | 21 | ESTIMATE OF THE REPLACEMENT COST DAMAGES THAN A LIST OF |
| 16:28 | 22 | RECEIPTS COMPILED BY THE HOMEOWNER IN CONJUNCTION WITH THE |
| 16:28 | 23 | REBUILDING OF THE HOUSE? |
| 16:28 | 24 | A.  WELL, IF WE CAN SEPARATE OUT THE TWO ISSUES, ONE BEING |
| 16:28 | 25 | CONTENTS AND THE OTHER BEING STRUCTURE, THEN ON THE SIDE OF THE |

16:28    1   STRUCTURE, I WOULD SAY ABSOLUTELY, YES, THAT YOU CAN DO THAT

16:28    2   VERY THING.

16:28    3           HOWEVER, WHEN IT COMES TO CONTENTS, THERE IS A

16:28    4   SUPPLEMENT TO XACTIMATE CALLED XACTCONTENTS IN WHICH THERE ARE

16:28    5   OVER 100,000 ITEMS LISTED IN THAT, WHEN YOU CAN GO AND LOOK UP

16:29    6   CONTENTS THROUGH THAT.  HOWEVER, IT IS STILL THIN ON HOUSEHOLD

16:29    7   GOODS THAT ARE NOT GENERALLY REPLACEABLE IN A RETAIL

16:29    8   ESTABLISHMENT.  SO YOU'RE STILL NOT DEALING WITH ALL OF THE

16:29    9   THINGS THAT ARE NECESSARY.

16:29   10           IF SOMEONE WERE TO REALLY WORK OUT A CONTENTS LIST

16:29   11   AND LIST EVERYTHING THAT THEY HAD IN THEIR HOME, THEY MIGHT BE

16:29   12   AMAZED AT HOW EXTENSIVE THAT LIST REALLY IS AND THE COST OF IT.

16:29   13   ASK YOURSELF WHAT IT COSTS YOU WHEN YOU MOVE FROM ONE HOME TO

16:29   14   ANOTHER.  THAT'S A GOOD EXAMPLE OF THE KINDS OF THINGS THAT YOU

16:29   15   END UP REPLACING BECAUSE YOU DIDN'T THINK ABOUT THAT.  NONE OF

16:29   16   THOSE WOULD HAVE BEEN ON YOUR LIST.

16:29   17   Q.   LET ME ASK YOU A QUESTION.  DID YOU DETERMINE REPLACEMENT

16:29   18   COST VALUE FOR TANYA SMITH'S RESIDENCE CONSISTENT WITH THE

16:29   19   DAMAGES SUSTAINED AT THE RESIDENCE OR TO THE RESIDENCE FROM THE

16:29   20   FLOODING FROM HURRICANE KATRINA?

16:29   21   A.   YES.

16:29   22   Q.   IS THAT NUMBER OR THAT AMOUNT OF DAMAGE CONTAINED IN YOUR

16:30   23   REPORT FOR MS. TANYA SMITH THAT WE HAVE OFFERED INTO EVIDENCE

16:30   24   IN THIS MATTER?

16:30   25   A.   YES, IT IS.

FINAL DAILY COPY

1610

16:30    1    **Q.**   NOW, WE KIND OF GOT INTO CONTENTS.  IT'S MY UNDERSTANDING

16:30    2    THAT MS. SMITH ALSO PREPARED A LIST OF CONTENTS, AND I GUESS

16:30    3    SHE KIND OF TALKED ABOUT IT A LITTLE BIT.

16:30    4         THERE WAS SOME QUESTIONING OF MS. SMITH ABOUT HOW SHE

16:30    5    HAD A MAYTAG REFRIGERATOR AND REPLACED IT WITH A SUBZERO, OR

16:30    6    SOMETHING TO THAT EFFECT.

16:30    7    **A.**   RIGHT.

16:30    8    **Q.**   I THINK MR. MYER SAID THAT SHE WAS TRYING TO MAKE LEMONADE

16:30    9    OUT OF LEMONS.  IN YOUR EXPERIENCE IN DETERMINING CONTENTS

16:30    10   VALUE, IS IT RELEVANT WHAT THE HOMEOWNER DOES SUBSEQUENT TO

16:30    11   RECEIVING THE MONEY FOR DAMAGES?  DO YOU HAVE ANY THOUGHT ABOUT

16:30    12   THAT IN PERFORMING YOUR ANALYSIS?

16:30    13   **A.**   MY ANALYSIS IS BASED ON WHAT THE TOTAL AMOUNT OF CONTENTS

16:30    14   IS WORTH, NOT INDIVIDUAL ITEMS, BECAUSE IT'S SO SUBJECTIVE AS

16:30    15   TO HOW THEY WOULD SPEND THAT MONEY.

16:31    16        BUT IF YOU LOOK AT -- YOU MIGHT FIND IN SOME CASES

16:31    17   THAT, TO REPLACE ONE ITEM, YOU WOULD END UP SPENDING UP MORE

16:31    18   THAN YOU WOULD INITIALLY.  ON ANOTHER THING, YOU MIGHT SPEND

16:31    19   LESS BECAUSE IT COSTS LESS NOW TO BUY IT.  A COMPUTER DOESN'T

16:31    20   COST $5,000 TO BUY A HOME COMPUTER; BUT TO REPLACE A

16:31    21   COUNTERTOP, YOU HAVE TO SPEND MORE, OR TO REPLACE A

16:31    22   REFRIGERATOR IT COSTS MORE.

16:31    23        SO THERE'S A GIVE-AND-TAKE ON THAT, AND YOU COME UP

16:31    24   WITH A FAIR AMOUNT AND GENERALLY ALLOW THE HOMEOWNER TO DECIDE

16:31    25   HOW THEY ARE GOING TO DISBURSE THOSE FUNDS.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:31 | 1 | **Q.**   SO IF MS. SMITH BOUGHT A MORE EXPENSIVE REFRIGERATOR AND |
| 16:31 | 2 | RANGE, THAT WOULD BE OF NO MOMENT TO YOU IN YOUR CALCULATION OF |
| 16:31 | 3 | THE AMOUNT OF DAMAGES FOR CONTENTS THAT SHE SUSTAINED AS A |
| 16:31 | 4 | RESULT OF HURRICANE KATRINA? |
| 16:31 | 5 | **A.**   WELL, IT WOULDN'T BE UNLESS I BASED EVERYTHING THAT I DID |
| 16:31 | 6 | ON HER PARTICULAR LIST AND I HAD NO OTHER INPUT ON THAT.  IT |
| 16:31 | 7 | WOULD ALSO HAVE TO SHOW ME THAT IN THE CASE OF AN EXPENSIVE |
| 16:32 | 8 | REFRIGERATOR THAT IT WAS SOMETHING THAT SHE WAS CONSISTENTLY |
| 16:32 | 9 | DOING ACROSS THE BOARD ON ALL HER ITEMS.  FROM WHAT I SAW, THAT |
| 16:32 | 10 | WAS NOT THE CASE AT ALL. |
| 16:32 | 11 | **Q.**   WELL, DID YOU DETERMINE A CONTENTS NUMBER OR A DAMAGES |
| 16:32 | 12 | AMOUNT FOR THE CONTENTS FOR MS. SMITH'S RESIDENCE? |
| 16:32 | 13 | **A.**   YES. |
| 16:32 | 14 | **Q.**   DID YOU INCLUDE THAT AMOUNT IN YOUR REPORT FOR MS. SMITH'S |
| 16:32 | 15 | RESIDENCE THAT WE HAVE PREVIOUSLY OFFERED INTO EVIDENCE IN THIS |
| 16:32 | 16 | CASE? |
| 16:32 | 17 | **A.**   YES, I DID. |
| 16:32 | 18 | **Q.**   DID YOU ALSO DETERMINE AN AMOUNT OF ADDITIONAL LIVING |
| 16:32 | 19 | EXPENSES FOR MS. SMITH? |
| 16:32 | 20 | **A.**   YES, I DID. |
| 16:32 | 21 | **Q.**   DID YOU USE THE SAME METHODOLOGY THAT YOU HAVE PREVIOUSLY |
| 16:32 | 22 | DESCRIBED IN DETERMINING THE ADDITIONAL LIVING EXPENSES AMOUNT |
| 16:32 | 23 | FOR MS. SMITH? |
| 16:32 | 24 | **A.**   YES, I DID.  ONE CAVEAT TO THAT -- AND IT ESPECIALLY SEEMS |
| 16:32 | 25 | TO BE PERTINENT IN THE CASE OF THE FRANZ HOME -- IN THAT WHEN |

16:32   1   YOU HAVE SOMEBODY THAT'S LIVED IN A HOME FOR A LONG TIME SUCH

16:33   2   AS THAT, THAT THEY NOT ONLY HAVE THE NORMAL ADDITIONAL LIVING

16:33   3   EXPENSES THAT MIGHT BE INCURRED, BUT BECAUSE THEY END UP MOVING

16:33   4   FROM THE AREA, THEIR ENTIRE LIFE HAS BEEN DISHEVELED, AND ALL

16:33   5   OF THE NORMAL THINGS THAT THEY DO AND THE WAY THAT THEY LIVE

16:33   6   THEIR LIVES IS NOW MORE EXPENSIVE BECAUSE THEY ARE HAVING TO

16:33   7   REESTABLISH PATTERNS FROM A DISTANCE.

16:33   8          SOME OF THESE THINGS CAN'T BE DONE.  THEY END UP

16:33   9   DRIVING BACK AND FORTH TO THEIR OLD HAUNTS, THEIR OLD

16:33   10  NEIGHBORHOODS.  THEIR TRAVEL EXPENSES INCREASE.  THEIR RENTS

16:33   11  OBVIOUSLY INCREASE TREMENDOUSLY BECAUSE THEY DIDN'T HAVE RENT

16:33   12  IN A HOME THAT THEY OWNED OUTRIGHT.  THEY DIDN'T HAVE TO

16:33   13  REESTABLISH ALL NEW CONTENTS FOR THAT AND CONTINUE TO BUY ALL

16:33   14  THE THINGS THAT ARE CONSIDERED NORMAL LIVING EXPENSES.  NOW

16:33   15  THEY ARE HAVING TO REPLACE ALL OF THAT AS WELL.

16:33   16         SO IT GETS INTO WHAT ARE YOU DOING WITH THE MONEY

16:34   17  THAT YOU HAVE IN YOUR POCKET NOW VERSUS WHAT DID YOU DO WITH IT

16:34   18  BEFORE, WHAT'S THE DIFFERENCE BETWEEN YOUR NORMAL LIVING

16:34   19  EXPENSES AND YOUR NEW LIVING EXPENSES.  THOSE ARE THE

16:34   20  ADDITIONAL LIVING EXPENSES.

16:34   21  **Q.**   DID YOU REACH THAT DETERMINATION -- FOR EXAMPLE, MS. SMITH

16:34   22  AND HER CHILDREN HAD TO MOVE, HAD TO BUY ALL NEW CLOTHES, HAD

16:34   23  TO LIVE IN AN APARTMENT FOR A YEAR WHEN THEY COULD HAVE BEEN

16:34   24  LIVING IN THEIR HOUSE.  IS THAT WHAT YOU'RE SPEAKING OF?

16:34   25  **A.**   YES.  THOSE ARE THE KINDS OF THINGS THAT HAPPEN.


FINAL DAILY COPY

| | | |
|---|---|---|
| 16:34 | 1 | **Q.**   SIMILARLY, MR. ANTHONY FRANZ IS NOW PAYING $675 A MONTH IN |
| 16:34 | 2 | RENT; WHEREAS, IN HIS HOUSE HE WAS LIVING IN ON ST. CLAUDE, HE |
| 16:34 | 3 | NEVER PAID RENT.  IS THAT WHAT YOU'RE TALKING ABOUT? |
| 16:34 | 4 | **A.**   RIGHT, AND THE OTHER EXTENUATING CIRCUMSTANCES THAT, |
| 16:34 | 5 | GENERALLY, WHEN WE PUT THOSE NUMBERS IN, WE ARE RATHER |
| 16:34 | 6 | CONSERVATIVE IN A SITUATION LIKE THIS BECAUSE OF THE FACT THAT |
| 16:34 | 7 | THEY ARE BASED UPON A ONE-YEAR STUDY OF WHAT IT'S GOING TO COST |
| 16:34 | 8 | SOMEBODY TO LIVE OUTSIDE OF THEIR NORMAL LIVING ENVIRONMENT. |
| 16:34 | 9 | THIS HAS GONE ON MUCH LONGER THAN A YEAR IN ALL THE |
| 16:34 | 10 | CASES AS FAR AS I UNDERSTAND.  THE ALE WOULD NOT HAVE BEEN |
| 16:35 | 11 | EXTENDED NORMALLY IN AN INSURANCE SITUATION, BUT THIS ISN'T |
| 16:35 | 12 | INSURANCE; THIS IS SOMETHING ELSE.  ALE WOULD BE JUST THE BARE |
| 16:35 | 13 | MINIMUM TO COVER THEIR EXPENSES. |
| 16:35 | 14 | **Q.**   SO THE NUMBERS YOU HAVE IN YOUR REPORT FOR THE RESPECTIVE |
| 16:35 | 15 | PLAINTIFFS FOR ALE, IS IT YOUR BELIEF THAT THAT'S A |
| 16:35 | 16 | CONSERVATIVE NUMBER AND IT SHOULD ACTUALLY BE MORE GIVEN THE |
| 16:35 | 17 | DYNAMICS OF THIS SITUATION. |
| 16:35 | 18 | **A.**   YES, BUT I DIDN'T WANT TO WAIVER FROM STANDARD PRACTICES |
| 16:35 | 19 | FOR AN ADJUSTER. |
| 16:35 | 20 | **Q.**   SO GOING BACK TO MS. SMITH'S RESIDENCE, DID YOU DETERMINE |
| 16:35 | 21 | A SPECIFIC ALE AMOUNT FOR HER THAT SHE SUSTAINED AS A RESULT OF |
| 16:35 | 22 | BEING DISPLACED FROM HER HOME IN HURRICANE KATRINA? |
| 16:35 | 23 | **A.**   YES. |
| 16:35 | 24 | **Q.**   IS THAT ALE AMOUNT CONTAINED IN THE REPORT PERTAINING TO |
| 16:35 | 25 | MS. TANYA SMITH'S RESIDENCE THAT WE HAVE PREVIOUSLY OFFERED |

| | | |
|---|---|---|
| 16:35 | 1 | INTO EVIDENCE? |
| 16:35 | 2 | **A.**   YES. |
| 16:35 | 3 | **Q.**   NOW, TURNING TO MR. LATTIMORE'S BUSINESS, YOU WERE NOT |
| 16:35 | 4 | ASKED TO -- OR WERE YOU ASKED TO PERFORM A LOSS OF USE FOR |
| 16:36 | 5 | MR. LATTIMORE'S BUSINESS? |
| 16:36 | 6 | **A.**   NO, BECAUSE IT'S A DIFFERENT -- IT'S A DIFFERENT STRUCTURE |
| 16:36 | 7 | IN THE WAY THAT YOU APPROACH BUSINESS LOSSES.  IT TAKES QUITE A |
| 16:36 | 8 | BIT OF INVESTIGATION IN ORDER TO DETERMINE BUSINESS LOSSES |
| 16:36 | 9 | VERSUS ACTUAL LIVING EXPENSES. |
| 16:36 | 10 | **Q.**   MY QUESTION, THOUGH, MORE POINTED, IS THAT:  THE |
| 16:36 | 11 | PLAINTIFFS DIDN'T ASK YOU TO PERFORM A BUSINESS LOSS CLAIM FOR |
| 16:36 | 12 | MR. LATTIMORE; CORRECT? |
| 16:36 | 13 | **A.**   NOT IN THAT CASE, NO, THEY DID NOT. |
| 16:36 | 14 | **Q.**   BUT YOU WERE ASKED TO PERFORM AN ANALYSIS OF THE DAMAGES |
| 16:36 | 15 | TO THE STRUCTURE AND THE DAMAGES TO THE CONTENTS OF |
| 16:36 | 16 | MR. LATTIMORE'S BUSINESS, LATTIMORE & ASSOCIATES; RIGHT? |
| 16:36 | 17 | **A.**   YES.  YES, I WAS. |
| 16:36 | 18 | **Q.**   IN DETERMINING THE VALUE FOR THE STRUCTURE FOR LATTIMORE & |
| 16:36 | 19 | ASSOCIATES, DID YOU USE THE SAME METHODOLOGY THAT YOU DESCRIBED |
| 16:36 | 20 | EARLIER AND THAT WE HAVE TALKED DURING YOUR EXAMINATION? |
| 16:36 | 21 | **A.**   YES, I DID. |
| 16:36 | 22 | **Q.**   I'M GOING BACK TO A POINT YOU MADE EARLIER.  SINCE |
| 16:37 | 23 | MR. LATTIMORE'S BUSINESS PROPERTY WAS A RAISED STRUCTURE, WOULD |
| 16:37 | 24 | IT HAVE MADE A DIFFERENCE AS FAR AS THE AMOUNT OF DAMAGES IF IT |
| 16:37 | 25 | HAD A FOOT OF WATER OR, SAY, 2 FEET OF WATER, AS OPPOSED TO 5 |

| | | |
|---|---|---|
| 16:37 | 1 | FEET? |
| 16:37 | 2 | **A.**   YES.  BEING A RAISED STRUCTURE, IF IT WERE CASUAL FLOODING |
| 16:37 | 3 | THAT DIDN'T REACH MORE THAN A FOOT OR SO, IT WOULD NOT HAVE |
| 16:37 | 4 | AFFECTED THE INTERIOR OF THE HOME AT ALL, OR THE BUSINESS AT |
| 16:37 | 5 | ALL, BECAUSE IT WOULDN'T HAVE REACHED INSIDE.  IT WOULD HAVE |
| 16:37 | 6 | BEEN CONTAINED UNDERNEATH.  WITH SOME MODEST AMOUNT OF WORK, |
| 16:37 | 7 | COMPARABLY SPEAKING, IT WOULD HAVE BEEN HANDLED VERY |
| 16:37 | 8 | EFFICIENTLY AND QUICKLY.  BUT WITH A LARGE RESTING WATERLINE, |
| 16:37 | 9 | THEN EVEN THE RAISED FOOT AND A HALF OR SO THAT IT HAD TO IT |
| 16:37 | 10 | WAS NOT GOING TO HELP MUCH. |
| 16:37 | 11 | **Q.**   WELL, LET ME ASK YOU:  DID YOU DETERMINE AN AMOUNT FOR THE |
| 16:37 | 12 | STRUCTURE DAMAGES SUSTAINED BY MR. LATTIMORE AT HIS BUSINESS, |
| 16:38 | 13 | LATTIMORE & ASSOCIATES, IN CONJUNCTION WITH THE DAMAGES FROM |
| 16:38 | 14 | HURRICANE KATRINA FLOODING? |
| 16:38 | 15 | **A.**   YES, I DID. |
| 16:38 | 16 | **Q.**   DID YOU INCLUDE THAT AMOUNT IN YOUR EXPERT REPORT THAT YOU |
| 16:38 | 17 | HAVE PREVIOUSLY PROVIDED TO US AND THAT WE HAVE OFFERED INTO |
| 16:38 | 18 | EVIDENCE IN THIS MATTER? |
| 16:38 | 19 | **A.**   YES, I DID. |
| 16:38 | 20 | **Q.**   DID YOU ALSO DETERMINE A DAMAGE AMOUNT FOR THE CONTENTS AT |
| 16:38 | 21 | THE LATTIMORE & ASSOCIATES BUSINESS SITE? |
| 16:38 | 22 | **A.**   YES, I DID. |
| 16:38 | 23 | **Q.**   WERE YOU PROVIDED A LIST OF THE CONTENTS FOR |
| 16:38 | 24 | MR. LATTIMORE, OR DID YOU USE A FORMULAIC TYPE OF ANALYSIS THAT |
| 16:38 | 25 | YOU HAVE DISCUSSED? |

16:38    1   **A.**   I USED A FORMULAIC ANALYSIS FOR THIS BUSINESS, THE

16:38    2   LATTIMORE & ASSOCIATES ESTIMATE.

16:38    3   **Q.**   WAS THAT THE SAME FORMULAIC ANALYSIS THAT YOU HAVE

16:38    4   DESCRIBED TO US EARLIER DURING THIS EXAMINATION?

16:38    5   **A.**   YES.  YES, IT WAS.

16:38    6   **Q.**   DID YOU INCLUDE THE AMOUNT FOR CONTENTS DAMAGE IN THE

16:39    7   REPORT ON THE LATTIMORE & ASSOCIATES PROPERTY THAT WE HAVE

16:39    8   OFFERED INTO EVIDENCE IN THIS MATTER?

16:39    9   **A.**   YES, I DID.

16:39   10   **Q.**   NOW, MOVING TO THE LATTIMORE RESIDENCE, WERE YOU ABLE TO

16:39   11   OBSERVE MR. LATTIMORE'S HOUSE TRAILER?

16:39   12   **A.**   NO, I WAS NOT.

16:39   13   **Q.**   WHY IS THAT?

16:39   14   **A.**   BECAUSE IT HAD BEEN REMOVED BY FEMA.  THEY HAD

16:39   15   ESTABLISHED -- ALL OF THE TRAILERS THAT WERE IN THAT AREA, THE

16:39   16   MOBILE HOMES HAD BEEN DESTROYED AND WERE MOVED AWAY, AND IT HAD

16:39   17   BECOME AN ACTUAL FEMA TRAILER PARK.

16:39   18   **Q.**   HOW, THEN, DID YOU DETERMINE THE AMOUNT OF DAMAGE

16:39   19   SUSTAINED BY MR. LATTIMORE TO THE STRUCTURE OF HIS RESIDENCE?

16:39   20   **A.**   BY VERIFYING THE SIZE OF THE HOME.  YOU CAN DO THAT

16:39   21   THROUGH LOOKING AT THE WAY IT WAS SET UP AND THE NEW STRUCTURES

16:39   22   THAT ARE THERE.  THEY'RE CONSISTENT WITH ALL THE OTHER ONES

16:39   23   RIGHT UP THE ROW.  SO ALL OF THE HOMES WERE THE SAME SIZE.  BY

16:39   24   THE TESTIMONY OF THE LATTIMORES AND BY COMPARING IT TO WHAT WAS

16:40   25   THERE NOW, THEY WERE THE SAME SIZE.

FINAL DAILY COPY

16:40   1          THOSE NUMBERS WERE USED TO DETERMINE THE SQUARE

16:40   2   FOOTAGE AND THE KINDS OF THINGS BROKEN DOWN IN A NORMAL

16:40   3   SINGLE-WIDE TRAILER.

16:40   4   **Q.**   DID YOU HAVE OCCASION TO SPEAK WITH MR. LATTIMORE IN

16:40   5   CONJUNCTION WITH YOUR DETERMINATION AS TO THE VALUATION OF

16:40   6   STRUCTURE DAMAGE TO HIS HOUSE TRAILER AT 2100 MARCELLE DRIVE?

16:40   7   **A.**   I SPOKE TO HIM, BUT I DID NOT CONSULT WITH HIM ABOUT THE

16:40   8   NUMBERS FOR THE DAMAGES, BECAUSE I LIKE TO USE MY OWN ANALYSIS

16:40   9   OF THAT AND USE MY PRACTICES TO DETERMINE THAT RATHER THAN A

16:40   10   SUGGESTION.

16:40   11   **Q.**   DID YOU DETERMINE A REPLACEMENT COST VALUE DAMAGE AMOUNT

16:40   12   FOR MR. LATTIMORE'S RESIDENCE?

16:40   13   **A.**   YES, I DID.

16:40   14   **Q.**   DID YOU INCLUDE THE REPLACEMENT COST VALUE AMOUNT FOR

16:40   15   MR. LATTIMORE'S RESIDENCE IN YOUR REPORT THAT WE HAVE SUBMITTED

16:40   16   INTO EVIDENCE IN THIS CASE?

16:40   17   **A.**   YES, I DID.

16:40   18   **Q.**   DID YOU ALSO DETERMINE A CONTENTS AMOUNT FOR THE DAMAGED

16:41   19   CONTENTS THAT MR. LATTIMORE HAD AT HIS RESIDENCE AT 2100

16:41   20   MARCELLE DRIVE?

16:41   21   **A.**   YES, I DID.

16:41   22   **Q.**   DID YOU USE THE SAME METHODOLOGY THAT WE HAVE DESCRIBED

16:41   23   PREVIOUSLY?

16:41   24   **A.**   NO.   IN THE LATTIMORE TRAILER, HE HAD PROVIDED A LIST OF

16:41   25   ITEMS THAT WERE QUITE UNIQUE IN THAT THEY WERE SPECIALIZED

| | | |
|---|---|---|
| 16:41 | 1 | EQUIPMENT FOR SCUBA AND OTHER THINGS THAT WERE VERY EXPENSIVE |
| 16:41 | 2 | AND WOULD HAVE GONE BEYOND THE NORMAL PRACTICES OF A |
| 16:41 | 3 | 50-PERCENT-OF-THE-VALUE-OF-THE-HOME ANALYSIS, BECAUSE YOU HAD |
| 16:41 | 4 | TWO EXTENUATING CIRCUMSTANCES HERE:  SPECIALIZED EQUIPMENT |
| 16:41 | 5 | THAT'S EXPENSIVE, AND A DEPRECIATED VALUE OF THE HOME ITSELF |
| 16:41 | 6 | BECAUSE MOBILE HOMES HAVE A LOWER PER-SQUARE-FOOT VALUE TO THEM |
| 16:41 | 7 | THAN A STICK-BUILT OR FOUNDATION-TYPE HOME. |
| 16:41 | 8 | **Q.**   SO IN THE ANALYSIS OF THE CONTENTS DAMAGE FOR |
| 16:41 | 9 | MR. LATTIMORE'S RESIDENCE, YOU USED THE ACTUAL LIST OR ITEMS |
| 16:42 | 10 | PROVIDED TO YOU BY MR. LATTIMORE AS OPPOSED TO A FORMULAIC |
| 16:42 | 11 | VERSION? |
| 16:42 | 12 | **A.**   YES, I DID. |
| 16:42 | 13 | **Q.**   DID YOU INCLUDE THE CONTENTS DAMAGE FOR MR. LATTIMORE'S |
| 16:42 | 14 | RESIDENCE IN THE EXPERT REPORT THAT YOU PROVIDED IN THIS CASE |
| 16:42 | 15 | THAT WE HAVE SUBMITTED INTO EVIDENCE? |
| 16:42 | 16 | **A.**   YES, I DID. |
| 16:42 | 17 | **MR. ANDRY:**  I HAVE NO OTHER QUESTIONS, YOUR HONOR. |
| 16:42 | 18 | **THE COURT:**  THANK YOU, SIR. |
| 16:42 | 19 | **CROSS-EXAMINATION** |
| 00:59 | 20 | **BY MR. MYER:** |
| 16:42 | 21 | **Q.**   MR. TAYLOR, TO LOOK AT A FEW MORE THINGS IN YOUR CV, IN |
| 16:42 | 22 | FACT, YOU TOOK A B.A. IN MUSIC FROM HARDIN-SIMMONS UNIVERSITY |
| 16:42 | 23 | IN ABILENE IN 1984? |
| 16:42 | 24 | **A.**   YES, I DID. |
| 16:42 | 25 | **Q.**   YOU WENT INTO THE MINISTRY FOR 20 YEARS AFTER THAT, |

FINAL DAILY COPY

Note

| | | |
|---|---|---|
| 16:42 | 1 | WORKING PART-TIME AS A CARPENTER TO SUPPLEMENT YOUR INCOME? |
| 16:43 | 2 | **A.**   YES, I DID. |
| 16:43 | 3 | **Q.**   YOU WERE ORDAINED AS A SOUTHERN BAPTIST MINISTER AFTER YOU |
| 16:43 | 4 | TOOK A MASTER OF DIVINITY AT SOUTHEASTERN BAPTIST THEOLOGICAL |
| 16:43 | 5 | SEMINARY IN WAKE FOREST, NORTH CAROLINA, IN 1995? |
| 16:43 | 6 | **A.**   I WAS ORDAINED, ACTUALLY, IN 1985 AND WAS IN THE MINISTRY |
| 16:43 | 7 | ALL DURING THAT TIME, UP THROUGH THE TIME I WENT AND INCLUDING |
| 16:43 | 8 | THE TIME I WAS IN THE SEMINARY. |
| 16:43 | 9 | **Q.**   I BEG YOUR PARDON.  MY MISTAKE. |
| 16:43 | 10 | **A.**   NOT A PROBLEM. |
| 16:43 | 11 | **Q.**   BUT THE MINISTRY WAS YOUR FULL-TIME JOB THROUGH THE 1990S? |
| 16:43 | 12 | **A.**   YES, IT WAS. |
| 16:43 | 13 | **Q.**   THEN AS YOUR PART-TIME JOB IN CONSTRUCTION TOOK MORE TIME, |
| 16:43 | 14 | YOU GOT MORE INTO WRITING CONTRACTS -- |
| 16:43 | 15 | **MR. ANDRY:**  OBJECTION, YOUR HONOR, AS TO THE |
| 16:43 | 16 | RELEVANCE.  HE IS ALREADY ACCEPTED AS AN EXPERT APPRAISER.  SO |
| 16:43 | 17 | THE RELEVANCE OF WHETHER HE WAS A MINISTER UP INTO THE '90S |
| 16:43 | 18 | OR -- |
| 16:43 | 19 | **THE COURT:**  I'M GOING TO ALLOW HIM TO GO INTO HIS |
| 16:43 | 20 | BACKGROUND TO SOME DEGREE, ALTHOUGH A *DAUBERT* CHALLENGE WAS NOT |
| 16:43 | 21 | MADE.  CORRECT? |
| 16:43 | 22 | **MR. MYER:**  THANK YOU, YOUR HONOR. |
| 16:43 | 23 | **THE COURT:**  FOR THE RECORD, I WILL ALLOW IT IN GOING |
| 16:43 | 24 | TO THE WEIGHT OF THE OPINIONS RENDERED. |
| | 25 | |

| | | |
|---|---|---|
| 16:44 | 1 | **BY MR. MYER:** |
| 16:44 | 2 | **Q.**   AS CONSTRUCTION TOOK MORE OF YOUR TIME, YOU DID MORE |
| 16:44 | 3 | WRITING CONTRACTS AND CONSTRUCTION MANAGEMENT THAN ACTUAL |
| 16:44 | 4 | CONSTRUCTION WORK IN THE LATTER PART OF -- |
| 16:44 | 5 | **A.**   AS THE MINISTRY TOOK MORE TIME. |
| 16:44 | 6 | **Q.**   OKAY. |
| 16:44 | 7 | **A.**   YES.  AS THE MINISTRY TOOK MORE TIME, NOT AS THE |
| 16:44 | 8 | CONSTRUCTION TOOK MORE TIME. |
| 16:44 | 9 | **Q.**   OKAY.  THEN IN 2004 YOU DECIDED TO TAKE IT A STEP FURTHER |
| 16:44 | 10 | AND GO INTO INSURANCE ADJUSTING, SO YOU TOOK A CLASS IN DALLAS |
| 16:44 | 11 | IN 2005; RIGHT? |
| 16:44 | 12 | **A.**   YES, I DID. |
| 16:44 | 13 | **Q.**   THE TRAINING IN 2005 WAS A ONE-WEEK COURSE IN DALLAS RUN |
| 16:44 | 14 | BY AN OLD-TIME ADJUSTER NAMED GEORGE, WHOSE LAST NAME YOU HAD |
| 16:44 | 15 | FORGOTTEN AT YOUR DEPOSITION? |
| 16:44 | 16 | **A.**   EPPS.  I CAN GIVE YOU THAT NAME.  EPPS. |
| 16:44 | 17 | **Q.**   GEORGE ADAMS? |
| 16:44 | 18 | **A.**   EPPS, E-P-P-S. |
| 16:44 | 19 | **Q.**   ALL RIGHT.  BUT THE POINT IS IT WAS A ONE-WEEK COURSE IN |
| 16:44 | 20 | 2005 THAT GOT YOU INTO ADJUSTING? |
| 16:44 | 21 | **A.**   GOT INTO ACTUAL ADJUSTING. |
| 16:44 | 22 | **Q.**   YOU'RE CURRENTLY LICENSED AS AN INSURANCE ADJUSTER ONLY IN |
| 16:44 | 23 | FLORIDA; RIGHT? |
| 16:44 | 24 | **A.**   NO.  I'M LICENSED IN SOUTH CAROLINA AND FLORIDA. |
| 16:44 | 25 | **Q.**   WELL, YOU TOLD ME IN YOUR DEPOSITION THAT YOUR LICENSES IN |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:44 | 1 | SOUTH CAROLINA AND TEXAS HAD LAPSED AND WOULD NEED RENEWING. |
| 16:45 | 2 | **A.**   WELL, IT HAS BEEN RENEWED SINCE THEN. |
| 16:45 | 3 | **Q.**   SO YOU'VE RENEWED IT SINCE FEBRUARY 4? |
| 16:45 | 4 | **A.**   RIGHT.  BECAUSE ANY ADDITIONAL LICENSE THAT I NEED IN |
| 16:45 | 5 | ORDER TO OPERATE IN OTHER STATES WOULD BE CONTINGENT UPON ME |
| 16:45 | 6 | HAVING A VALID SOUTH CAROLINA LICENSE, SO I DIDN'T WANT TO |
| 16:45 | 7 | LEAVE THAT LAPSED. |
| 16:45 | 8 | **Q.**   ALL RIGHT.  YOU HAVE NEVER BEEN LICENSED IN LOUISIANA, BUT |
| 16:45 | 9 | YOU HAVE LOOKED INTO GETTING CREDENTIALS THROUGH RECIPROCITY? |
| 16:45 | 10 | **A.**   YES.  RECIPROCITY WITH THE LOUISIANA -- LOUISIANA WILL |
| 16:45 | 11 | ACTUALLY ACCEPT RECIPROCITY FROM MANY STATES, INCLUDING |
| 16:45 | 12 | SOUTH CAROLINA. |
| 16:45 | 13 | **Q.**   THE LICENSES YOU NOW HOLD AND ANY LICENSES YOU HAVE HELD |
| 16:45 | 14 | ARE FOR INSURANCE ADJUSTING, NOT REAL ESTATE SALES OR |
| 16:45 | 15 | APPRAISALS? |
| 16:45 | 16 | **A.**   ABSOLUTELY. |
| 16:45 | 17 | **Q.**   IN FACT, YOU DON'T WORK IN REAL ESTATE SALES OR APPRAISAL |
| 16:45 | 18 | AND NEVER HAVE? |
| 16:45 | 19 | **A.**   NO, I DON'T. |
| 16:45 | 20 | **Q.**   WHEN YOU WERE HIRED TO WORK ON THIS CASE, YOU WEREN'T TOLD |
| 16:45 | 21 | WHAT NUMBERS YOU WERE BEING ASKED TO ESTIMATE OR CALCULATE; THE |
| 16:45 | 22 | LAWYERS JUST LEFT THAT TO YOU? |
| 16:45 | 23 | **A.**   YES, THAT'S TRUE. |
| 16:46 | 24 | **Q.**   YOU HAD NO DISCUSSION WITH ANY OF THE LAWYERS ABOUT |
| 16:46 | 25 | DAMAGES UNDER THE LAW OR WHAT YOU SHOULD CALCULATE IN THAT |

16:46    1    CONTEXT?

16:46    2    **A.**    THAT'S RIGHT.

16:46    3    **Q.**    YOU TEACH A COURSE THAT YOU WROTE IN USING THE SOFTWARE

16:46    4    CALLED XACTIMATE; RIGHT?

16:46    5    **A.**    I TEACH A COURSE IN PRACTICAL ADJUSTER TRAINING THAT I

16:46    6    WROTE MYSELF, AND I ALSO TEACH A COURSE ON USING THE SOFTWARE

16:46    7    XACTIMATE.   THERE'S TWO SEPARATE COURSES.

16:46    8    **Q.**    THE POINT OF THAT TRAINING, INDEED, THE POINT OF THE

16:46    9    XACTIMATE SOFTWARE IS TO USE THE COMPUTER TO DETERMINE WHAT'S

16:46    10   REQUIRED TO RECONSTRUCT THE SITE OF A LOSS?

16:46    11   **A.**    YES, IT IS.

16:46    12   **Q.**    TO TALK ABOUT SOME INSURANCE TERMINOLOGY THAT YOU USED IN

16:46    13   YOUR REPORT AND YOUR DEPOSITION ON DIRECT HERE, *REPLACEMENT*

16:46    14   *COST VALUE*, OR RCV, IS AN INSURANCE COVERAGE THAT WOULD PAY AN

16:46    15   INSURED WHAT IT WOULD COST TO TAKE A HOUSE AS IT HAS BEEN

16:46    16   AFFECTED BY WHATEVER CATASTROPHE HAS HIT IT, DO WHATEVER

16:46    17   DEMOLITION IS REQUIRED, THEN DO WHATEVER CONSTRUCTION IS

16:47    18   REQUIRED TO PUT IT BACK IN THE SHAPE IT WAS IN BEFORE THE

16:47    19   CATASTROPHE HAPPENED?

16:47    20   **A.**    THAT'S CORRECT.

16:47    21   **Q.**    *ACTUAL CASH VALUE* OR ACV COVERAGE WOULD PUT THE MONEY IN

16:47    22   THE INSURED'S POCKET TO GO AND BUY A COMPARABLE HOUSE THAT THE

16:47    23   ADJUSTER AGREES WOULD BE COMPARABLE TO WHAT WAS LOST IN THE

16:47    24   REAL ESTATE MARKET AS IT EXISTS AT THE TIME THE LOSS IS PAID,

16:47    25   SO LONG AS IT INCORPORATES A DEPRECIATION BASED ON MAINTENANCE

| | | |
|---|---|---|
| 16:47 | 1 | LEVELS AND SEVERAL OTHER FACTORS? |
| 16:47 | 2 | **A.**   I WOULD SAY, GENERALLY SPEAKING, THAT'S CORRECT.  I CAN |
| 16:47 | 3 | THINK OF EXCEPTIONS, BUT THAT WOULD BE CORRECT. |
| 16:47 | 4 | **Q.**   THAT WAS THE WORDING WE WENT OVER IN THE DEPOSITION? |
| 16:47 | 5 | **A.**   YES. |
| 16:47 | 6 | **Q.**   YEAH. |
| 16:47 | 7 | **A.**   YEAH, I RECALL WE WENT OVER THAT FOR QUITE SOMETIME BEFORE |
| 16:47 | 8 | WE FINALLY ARRIVED AT SOMETHING THAT WE COULD AGREE UPON. |
| 16:47 | 9 | **Q.**   RIGHT.  IN FACT, WHERE A POLICY IS ACTUAL CASH VALUE |
| 16:47 | 10 | COVERAGE, YOU QUITE OFTEN RUN INTO PROBLEMS WITH POLICY LIMITS |
| 16:47 | 11 | ON DEVASTATED HOMES BECAUSE THE COST OF PUTTING IT BACK LIKE IT |
| 16:48 | 12 | WAS, IN LIKE KIND AND QUALITY, IS ASTRONOMICAL COMPARED TO THE |
| 16:48 | 13 | AMOUNT OF ACV COVERAGE ON THE HOUSE? |
| 16:48 | 14 | **A.**   THAT IS POSSIBLE THAT'S TRUE, YES.  BUT THERE'S A PROBLEM |
| 16:48 | 15 | WITH ASSESSING IT LIKE THAT IN THAT, IN A HOME THAT'S BEEN |
| 16:48 | 16 | OWNED BY SOMEBODY, ESPECIALLY IF THEY HAD BEEN THERE A WHILE, |
| 16:48 | 17 | ALMOST IN EVERY CASE IT'S GOING TO BE A POLICY THAT IS AN RCV |
| 16:48 | 18 | POLICY, AND SO I WOULD NEVER ASSESS IT AS AN ACV APPROACH. |
| 16:48 | 19 | **Q.**   NO, SIR.  OKAY.  BUT I'M JUST GOING FOR THE DIFFERENCE |
| 16:48 | 20 | BETWEEN WHAT RCV AND ACV ARE. |
| 16:48 | 21 | **A.**   I SEE. |
| 16:48 | 22 | **Q.**   IN ESSENCE, I COULD BUY MY HOUSE AGAIN DOWN THE STREET |
| 16:48 | 23 | CHEAPER THAN I COULD REPAIR IT, RIGHT, IN MOST CASES? |
| 16:48 | 24 | **A.**   OFTEN THAT IS THE CASE. |
| 16:48 | 25 | **Q.**   EACH OF THE REPORTS YOU DID IS AN RCV CALCULATION? |

1624

| | | |
|---|---|---|
| 16:48 | 1 | **A.**   YES, IT IS. |
| 16:48 | 2 | **Q.**   ESSENTIALLY, YOU USED THE XACTIMATE PROGRAM TO FIGURE THE |
| 16:49 | 3 | AMOUNT IT WOULD TAKE TO RECONSTRUCT THE FIVE PROPERTIES TO THE |
| 16:49 | 4 | CONDITION THEY WERE IN PRIOR TO KATRINA? |
| 16:49 | 5 | **A.**   YES.  BUT MY GOAL, WHEN I'M DOING AN ASSESSMENT LIKE THAT, |
| 16:49 | 6 | IS TO INDEMNIFY THE OWNER, WHOEVER THAT IS, IN ORDER TO PUT |
| 16:49 | 7 | THEM BACK LIKE THEY WERE. |
| 16:49 | 8 | **Q.**   TO RECONSTRUCT THEIR HOUSE? |
| 16:49 | 9 | **A.**   IN LIKE KIND AND QUALITY, YES. |
| 16:49 | 10 | **Q.**   TO BE MORE SPECIFIC, AGAIN, THE LANGUAGE THAT WE AGREED ON |
| 16:49 | 11 | IN YOUR DEPOSITION, WHAT YOU HAVE DONE IN CONSTRUCTING THESE |
| 16:49 | 12 | REPORTS IS YOU HAVE GONE INTO THE BUILDINGS; MEASURED THEM; |
| 16:49 | 13 | IDENTIFIED AS BEST YOU COULD ALL THE FIXTURES, STRUCTURES, |
| 16:49 | 14 | ELECTRICAL OUTLETS, COMPONENTS; AND USING THE XACTIMATE |
| 16:49 | 15 | PROGRAM, FIGURED WHAT XACTIMATE BELIEVES IT WILL COST TO |
| 16:49 | 16 | DECONSTRUCT THE BUILDINGS AND THEN PUT THEM BACK TOGETHER AS |
| 16:49 | 17 | THEY LOOKED ON AUGUST 28, 2005? |
| 16:49 | 18 | **A.**   THAT WOULD BE CORRECT. |
| 16:49 | 19 | **Q.**   AS ANOTHER CONCEPT FROM THE WORLD OF INSURANCE, THE |
| 16:49 | 20 | STATEMENT THAT "HOMEOWNERS HAVE CONTENTS REGULARLY AMOUNTING TO |
| 16:50 | 21 | 50 PERCENT OF THE VALUE OF THE HOUSE" IS FROM THE ISO FORMS |
| 16:50 | 22 | THAT CONTAIN THE BASIC LANGUAGE AND PRESUMPTIONS FROM WHICH |
| 16:50 | 23 | INSURANCE POLICIES ARE WRITTEN? |
| 16:50 | 24 | **A.**   YES. |
| 16:50 | 25 | **Q.**   THE *50 PERCENT OF THE VALUE OF THE HOUSE* RULE IS A |

16:50   1   STANDARD USED BY BROKERS OR THOSE WHO WRITE POLICIES TO

16:50   2   DETERMINE HOW MUCH COVERAGE THEY WILL ALLOW; RIGHT?

16:50   3   **A.**   I WOULD SAY IT'S MORE AN ISSUE WITH THE AGENTS AND THE

16:50   4   HOMEOWNERS, AS THEY COLLABORATE, RATHER THAN THE BROKERS OR

16:50   5   UNDERWRITERS.

16:50   6   **Q.**   WELL, AS AN EXAMPLE, IF I APPROACH AN AGENT OR BROKER

16:50   7   SEEKING HOMEOWNERS INSURANCE, AND AN ASSESSOR VALUES MY HOUSE

16:50   8   AT $200,000 AS RCV, THEN ABSENT EVIDENCE THAT I HAVE PERSONAL

16:50   9   PROPERTY WORTH MORE THAN $100,000, THE MAXIMUM PERSONAL

16:50   10  PROPERTY COVERAGE OF THE INSURER WOULD NORMALLY BE WILLING TO

16:50   11  GIVE ME IS $100,000?

16:50   12  **A.**   WELL, I WOULDN'T SAY THAT AT ALL BECAUSE IT'S JUST A

16:50   13  STRICT ISO FORM ASSUMPTION.  ALMOST IN EVERY CASE, THEY OFFER

16:51   14  EXTENDED COVERAGE, AND IT'S NOT JUST A -- IT'S NOT A FLAT

16:51   15  AMOUNT THAT'S DECIDED UPON.  IT'S AN AGREED-UPON AMOUNT.

16:51   16  WHATEVER AMOUNT OF COVERAGE THEY WANT FOR CONTENTS, THEY CAN

16:51   17  BUY AT THAT POINT.

16:51   18  **Q.**   THE DEFAULT, THOUGH, THAT -- I MEAN, THE WHOLE POINT OF

16:51   19  THE 50 PERCENT RULE IS THAT, AS THE DEFAULT, IF I GO TO GET A

16:51   20  POLICY, THAT'S WHAT I'M GOING TO GET IS PERSONAL PROPERTY

16:51   21  COVERAGE WORTH 50 PERCENT OF THE RCV?

16:51   22  **A.**   IF YOU WENT IN TO PURCHASE INSURANCE AND YOU HAD NO IDEA

16:51   23  WHAT YOU NEEDED FOR ANY OF IT, THAT WOULD BE A SUGGESTION THAT

16:51   24  WOULD BE LIKELY TO HAVE BEEN MADE BY AN AGENT, YES.

16:51   25  **Q.**   THAT'S THE POINT OF THE RULE?

| | | |
|---|---|---|
| 16:51 | 1 | **A.**   EXACTLY. |
| 16:51 | 2 | **Q.**   YOU CAN'T CITE US TO ANY PUBLISHED PEER-REVIEWED, |
| 16:51 | 3 | STATISTICALLY ANALYZED STUDY THAT HAS LOOKED AT ACTUAL CONTENTS |
| 16:51 | 4 | OF HOUSES TO JUDGE WHETHER THERE'S ANY STATISTICAL VALIDITY TO |
| 16:51 | 5 | THE ASSUMPTION THAT THE CONTENTS ARE WORTH 50 PERCENT OF A |
| 16:51 | 6 | HOUSE'S VALUE? |
| 16:52 | 7 | **A.**   I DON'T HAVE ANY STUDY THAT WOULD SHOW THAT, NO. |
| 16:52 | 8 | **Q.**   EVEN IF THERE WERE A STATISTICAL VALIDITY TO THAT RULE |
| 16:52 | 9 | THAT THE CONTENTS ARE WORTH 50 PERCENT OF THE HOUSE'S VALUE, IT |
| 16:52 | 10 | WOULD BE VERY, VERY RARE THAT, IN FACT, THE ACTUAL CONTENTS OF |
| 16:52 | 11 | A PARTICULAR HOUSE WERE WORTH EXACTLY 50 PERCENT OF THE VALUE |
| 16:52 | 12 | OF THAT HOUSE? |
| 16:52 | 13 | **A.**   NOT ON AN RCV BASIS, YOU'RE CORRECT. |
| 16:52 | 14 | **Q.**   THE FACT THAT ALTERNATIVE [SIC] LIVING EXPENSES IS |
| 16:52 | 15 | 20 PERCENT OF RCV IS THE SAME SORT OF RULE.  IT COMES FROM THE |
| 16:52 | 16 | CONCEPT THAT, IF I GO TO A BROKER AND WANT TO INSURE MY HOUSE |
| 16:52 | 17 | AGAINST MAJOR CATASTROPHES, THEY WILL GIVE ME COVERAGE TO PAY |
| 16:52 | 18 | MY LIVING EXPENSES WHILE MY HOUSE IS BEING REPAIRED, AND THAT |
| 16:52 | 19 | WOULD NORMALLY BE 20 PERCENT OF THE RCV OF THE HOUSE? |
| 16:52 | 20 | **A.**   YES. |
| 16:52 | 21 | **Q.**   ALE, THE ALTERNATIVE LIVING EXPENSES COVERED BY THAT |
| 16:52 | 22 | 20 PERCENT, WOULD INCLUDE LODGING, FOOD, HOUSING, LAUNDRY, DRY |
| 16:52 | 23 | CLEANING, TRANSPORTATION, AND ANYTHING ELSE I COULD COME UP |
| 16:52 | 24 | WITH OTHER THAN ENTERTAINMENT? |
| 16:52 | 25 | **A.**   RIGHT.  NOT JUST TEMPORARY BUT PERMANENT LODGING AS WELL. |

| | | |
|---|---|---|
| 16:53 | 1 | **Q.**   YOU LOOKED AT THE PLAINTIFFS' HOUSES AND LATTIMORE'S |
| 16:53 | 2 | OFFICE IN LATE FEBRUARY AND EARLY MARCH 2008; RIGHT? |
| 16:53 | 3 | **A.**   YES. |
| 16:53 | 4 | **Q.**   YOU SAW ALL FIVE BUILDINGS IN A TWO-DAY PERIOD AND YOU |
| 16:53 | 5 | CAN'T REMEMBER WHAT ORDER YOU LOOKED AT THEM? |
| 16:53 | 6 | **A.**   I COULD PROBABLY REASSESS IT.  I MEAN, AT THIS MOMENT IT |
| 16:53 | 7 | DOESN'T COME TO MIND EXACTLY WHICH ONE WAS FIRST, SECOND, AND |
| 16:53 | 8 | THIRD, NO. |
| 16:53 | 9 | **Q.**   YOU SPENT TWO HOURS IN EACH HOME ON AVERAGE? |
| 16:53 | 10 | **A.**   ON AVERAGE, YES. |
| 16:53 | 11 | **Q.**   OF COURSE, MR. LATTIMORE'S TRAILER HOME WAS GONE, SO YOU |
| 16:53 | 12 | JUST SPOKE TO MR. LATTIMORE ABOUT THE LOSSES THERE? |
| 16:53 | 13 | **A.**   WELL, NO.  I WENT TO THE LOCATION, WHICH WAS ADJACENT TO |
| 16:53 | 14 | THE LATTIMORE & ASSOCIATES BUILDING, AND STUDIED IT AND TOOK |
| 16:53 | 15 | PHOTOS OF ALL SURROUNDING THINGS AND LOOKED AT WATERLINES AND |
| 16:53 | 16 | DEMONSTRATED TO MY SATISFACTION THAT IT, IN FACT, HAD BEEN |
| 16:53 | 17 | UNDERWATER, AT LEAST PARTIALLY, SIGNIFICANTLY AND WAS |
| 16:53 | 18 | LEGITIMATELY DESTROYED.  BECAUSE MOBILE HOMES DO NOT SUSTAIN, |
| 16:54 | 19 | YOU KNOW, STRUCTURAL INTEGRITY VERY WELL UNDER THOSE |
| 16:54 | 20 | CIRCUMSTANCES. |
| 16:54 | 21 | **Q.**   IT WAS GONE? |
| 16:54 | 22 | **A.**   YES. |
| 16:54 | 23 | **Q.**   THE TRAILER WAS NOT THERE? |
| 16:54 | 24 | **A.**   YES. |
| 16:54 | 25 | **Q.**   IN ALL THE PROPERTIES, NO ONE WAS PRESENT IN ANY OF THE |

| | | |
|---|---|---|
| 16:54 | 1 | PROPERTIES WHEN YOU WERE THERE EXCEPT THE TENANT IN |
| 16:54 | 2 | MR. LATTIMORE'S BUILDING? |
| 16:54 | 3 | **A.**   THAT'S CORRECT. |
| 16:54 | 4 | **Q.**   TO TALK SPECIFICALLY ABOUT TANYA SMITH'S HOUSE, XACTIMATE |
| 16:54 | 5 | PRODUCED A BASIC REPORT FOR HER HOUSE, CONCERNING HER HOUSE; |
| 16:54 | 6 | RIGHT? |
| 16:54 | 7 | **A.**   YES, I USED XACTIMATE. |
| 16:54 | 8 | **Q.**   LOOKING AT THE REPORT THAT WE GOT IN FEBRUARY, THE NUMBER |
| 16:54 | 9 | YOU CAME UP WITH FOR PHYSICAL DAMAGES IS $165,784 -- |
| 16:54 | 10 | **A.**   UH-HUH. |
| 16:54 | 11 | **Q.**   -- WHICH IS XACTIMATE'S ESTIMATE OF WHAT IT WOULD COST TO |
| 16:54 | 12 | DO WHATEVER DEMOLITION AND RECONSTRUCTION IT WOULD TAKE TO PUT |
| 16:54 | 13 | THE PHYSICAL STRUCTURE OF THE HOUSE BACK IN THE CONDITION IT |
| 16:54 | 14 | WAS BEFORE KATRINA; RIGHT? |
| 16:54 | 15 | **A.**   I CAN'T STIPULATE AS TO THE NUMBERS BECAUSE I DON'T HAVE |
| 16:54 | 16 | THEM IN FRONT OF ME, BUT -- I CAN'T DO THAT PRECISELY. |
| 16:55 | 17 | **Q.**   WELL, THAT IS THE NUMBER IN YOUR REPORT -- |
| 16:55 | 18 | **MR. MYER:**  DO WE HAVE THE REPORT? |
| 16:55 | 19 | **MR. ANDRY:**  WE CAN PULL IT UP.  CARL, 1709. |
| 16:55 | 20 | **MR. MYER:**  WE DON'T HAVE THAT. |
| 16:55 | 21 | **MR. ANDRY:**  PX-1709. |
| 16:55 | 22 | **MR. MYER:**  THAT WOULD BE GREAT.  I BELIEVE IT'S THE |
| 16:55 | 23 | NEXT PAGE. |
| 16:55 | 24 | **BY MR. MYER:** |
| 16:55 | 25 | **Q.**   HERE WE GO.  THE NUMBER FOR DWELLING:  $165,784.04. |

FINAL DAILY COPY

16:55  1  **A.**   YES.

16:55  2  **Q.**   THAT'S WHAT XACTIMATE BELIEVES IT WOULD COST TO REBUILD

16:55  3  HER HOUSE; RIGHT?

16:55  4  **A.**   YES.

16:55  5  **Q.**   THE NEXT NUMBER DOWN, $22,716.39, THAT'S WHAT IT BELIEVES

16:55  6  IT WOULD COST TO REBUILD THE OUTBUILDINGS AND THE POOL; RIGHT?

16:56  7  **A.**   YES.

16:56  8  **Q.**   SO ALL TOLD, ADDING THOSE TWO NUMBERS UP, I GET

16:56  9  $188,510.39, WHICH IS WHAT XACTIMATE THINKS IT WOULD COST TO

16:56  10  REBUILD TANYA SMITH'S HOUSE.

16:56  11  **A.**   UH-HUH.

16:56  12  **Q.**   IS IT YOUR TESTIMONY TODAY THAT YOU DID CONSIDER THE

16:56  13  RECEIPTS MS. SMITH PROVIDED IN ESTIMATING THE LOSS TO HER

16:56  14  DWELLING?

16:56  15  **A.**   I DID CONSIDER THEM, YES.

16:56  16  **Q.**   I THINK WE HAVE --

16:56  17       **MR. MYER:**  CAN WE PULL UP IN HIS DEPOSITION PAGES 138

16:56  18  THROUGH 140.

16:56  19       **MR. ANDRY:**  I DON'T HAVE THAT TECHNOLOGY.

16:56  20       **MR. MYER:**  I THINK WE HAVE IT.  WE ARE GOING TO ZERO

16:56  21  IN STARTING ON LINE 7 ON PAGE 138.

16:56  22       **MR. ANDRY:**  YOUR HONOR, COULD WE ASK THAT HE PUT IT

16:56  23  ON THE ELMO SO THE WITNESS CAN SEE.

16:57  24       **THE COURT:**  HE'S GOT IT RIGHT HERE.  THANK YOU,

16:57  25  COUNSEL.

16:57   1   **BY MR. MYER:**

16:57   2   **Q.**   SPEAKING ABOUT THAT STACK OF RECEIPTS -- I'M LEADING INTO

16:57   3   A QUESTION FROM THE DEPOSITION.

16:57   4           **MR. ANDRY:**  YOUR HONOR, OBJECTION.  IT'S IMPROPER USE

16:57   5   OF A DEPOSITION.  TO MERELY READ TO THE WITNESS OUT OF HIS

16:57   6   DEPOSITION WITHOUT SHOWING HE HAS MADE AN INCONSISTENT

16:57   7   STATEMENT OR TO EVEN COME CLOSE -- I DON'T EVEN KNOW IF WE HAVE

16:57   8   A QUESTION BEFORE THE WITNESS, BUT JUST TO READ FOR HIM OUT OF

16:57   9   HIS DEPOSITION IS AN IMPROPER USE OF A DEPOSITION.

16:57   10          **THE COURT:**  ARE YOU INTENDING TO IMPEACH THE WITNESS

16:57   11  ON SOMETHING HE HAS PREVIOUSLY TESTIFIED?

16:57   12          **MR. MYER:**  YES, YOUR HONOR.  HE TESTIFIED HERE THAT

16:57   13  HE DID CONSIDER THE RECEIPTS THAT MS. SMITH GAVE HIM, AND I'M

16:57   14  GOING TO READ TO YOU RIGHT HERE THAT HE TOLD ME IN HIS

16:57   15  DEPOSITION HE DIDN'T.

16:57   16          **THE COURT:**  OKAY.

16:57   17          **MR. MYER:**  ALSO, YOUR HONOR, I WOULD POINT OUT THAT

16:57   18  HE IS -- UNDER 801(D)(2)(C), HE IS THEIR EXPERT, AND ANYTHING

16:57   19  HE SAID IN HIS DEPOSITION WAS SAID IN THE COURSE OF HIS

16:58   20  EMPLOYMENT BY THEM, SO IT'S STATEMENT OF A PARTY OPPONENT.

16:58   21  THIS IS IMPEACHMENT.  THIS IS A PRIOR INCONSISTENT UNDER

16:58   22  801(D)(1), YOUR HONOR.

16:58   23          **THE COURT:**  WHATEVER IT IS, YOU CAN IMPEACH A

16:58   24  WITNESS.  YOU DON'T NEED 801 --

16:58   25          **MR. ANDRY:**  I DON'T THINK IT'S 801 WHATEVER IT IS.

                            FINAL DAILY COPY

16:58   1          **THE COURT:**  IF HE MADE A PRIOR INCONSISTENT

16:58   2   STATEMENT, YOU MAY DISPLAY IT TO HIM.  IF HE HASN'T, IF YOU'RE

16:58   3   STATING THAT HE HASN'T MADE A PRIOR INCONSISTENT STATEMENT,

16:58   4   THEN WE GET INTO 801(D)(2).

16:58   5          **MR. MYER:**  HE HAS IN THIS CASE, YOUR HONOR.  HE HAS

16:58   6   MADE A PRIOR INCONSISTENT STATEMENT.

16:58   7   **BY MR. MYER:**

16:58   8   **Q.**   WE ARE GOING TO START WITH LINE 7, WHEN I WAS ASKING HIM

16:58   9   ABOUT THESE VERY RECEIPTS THAT HE HAS NOW SAID HE CONSIDERED,

16:58   10  AND I SAID:

16:58   11         "Question:  DID YOU -- OKAY.  DID YOU MAKE ANY

16:58   12      ATTEMPT TO TAKE ANY EXPENSE FROM IN THERE AND INCORPORATE

16:58   13      IT INTO YOUR REPORT?

16:58   14         "Answer:  NOT ON SMITH'S, NO.

16:58   15         "Question:  OKAY.

16:58   16         "Answer:  NOW, NOTHING -- BECAUSE I FELT LIKE WHAT I

16:58   17      HAD PUT TOGETHER WAS ACTUALLY GOING TO ACTUALLY DO THE JOB

16:59   18      VERSUS JUST A PILE OF RECEIPTS.  THERE'S NO METHOD IN

16:59   19      THAT.  YOU KNOW, JUST ACTUALLY SAYING AND THEN TRYING TO

16:59   20      WORK THAT RECEIPT BACK INTO THE BUILDING PROGRAM.

16:59   21         "Question:  OKAY.  BUT IF YOU REACHED A POINT WHERE

16:59   22      THERE WAS SOME ITEM IN YOUR REPORT FOR WHICH THERE WAS A

16:59   23      RECEIPT IN THIS STACK, YOU DIDN'T COMPARE THE COSTS AS

16:59   24      BETWEEN WHAT SHE SPENT AT HOME DEPOT TO WHAT YOU HAD

16:59   25      ESTIMATED HERE?

| | | |
|---|---|---|
| 16:59 | 1 | "Answer:  IT'S APPLES AND ORANGES IS THE PROBLEM. |
| 16:59 | 2 | BECAUSE SHE MIGHT HAVE BOUGHT, FOR EXAMPLE, A STACK OF |
| 16:59 | 3 | LUMBER THAT GOES INTO SIX DIFFERENT PROJECTS" -- |
| 16:59 | 4 | **THE COURT:**  SOMEBODY IS HAVING TO TAKE THIS DOWN. |
| 16:59 | 5 | YOU MIGHT WANT TO SLOW UP A LITTLE IF YOU WANT IT IN THE |
| 16:59 | 6 | RECORD. |
| 16:59 | 7 | **MR. MYER:**  YES.  I CAN GIVE HER THIS COPY. |
| 16:59 | 8 | **THE COURT:**  THAT WOULD BE HELPFUL. |
| 00:59 | 9 | **BY MR. MYER:** |
| 17:00 | 10 | **Q.**  CONTINUING: |
| 16:59 | 11 | "Answer:  SO IF YOU WERE TO TAKE THAT AND -- FOR |
| 16:59 | 12 | EXAMPLE, I COULD TAKE, YOU KNOW, I HAVE GOT 84 |
| 16:59 | 13 | TWO-BY-FOURS THAT ARE USED AS STUDS TO FRAME A HOUSE WITH, |
| 17:00 | 14 | IF I TURN AROUND AND TAKE THAT SAME 84 TWO-BY-FOURS AND |
| 17:00 | 15 | TRY AND FIT THEM INTO ONE ROOM, IT'S NOT GOING TO WORK |
| 17:00 | 16 | BECAUSE I DON'T NEED 84 TWO-BY-FOURS.  I ONLY NEED 18 IN |
| 17:00 | 17 | THAT ROOM AND THE OTHERS GO SOMEWHERE ELSE.  THEY GO TO A |
| 17:00 | 18 | DIFFERENT PART OF THE PROJECT.  AND SO CONSTRUCTING -- |
| 17:00 | 19 | CONSTRUCTING AN ESTIMATE FROM THAT, FROM SOMETHING LIKE |
| 17:00 | 20 | THAT AFTER THE FACT, VIRTUALLY IMPOSSIBLE." |
| 17:00 | 21 | **A.**  EXCUSE ME.  HOW IS THAT INCONSISTENT? |
| 17:00 | 22 | **Q.**  WELL, YOU DIDN'T USE ANY OF THE NUMBERS FROM HER RECEIPTS |
| 17:00 | 23 | IN COMING UP WITH YOUR REPORT, DID YOU? |
| 17:00 | 24 | **A.**  NOT FOR THE PROPERTY DAMAGES, NO. |
| 17:00 | 25 | **Q.**  IS IT YOUR TESTIMONY TODAY THAT YOU DID NOT ADOPT |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:00 | 1 | MS. SMITH'S CONTENT LIST IN CONSTRUCTING YOUR REPORT? |
| 17:00 | 2 | **A.**   I DIDN'T ADOPT IT IN CONSTRUCTING THE REPORT.  NO, I |
| 17:00 | 3 | DIDN'T ADOPT IT.  I USED IT IN CONJUNCTION WITH MY NORMAL |
| 17:00 | 4 | PRACTICES OF TAKING THE 20 PERCENT -- I MEAN, THE 50 PERCENT IN |
| 17:00 | 5 | CONTENTS. |
| 17:00 | 6 |          I ALWAYS CONSIDER ANYTHING THAT'S IN FRONT OF ME.  I |
| 17:01 | 7 | THINK I STATED THAT EARLIER, THAT I CONSIDER WHATEVER IS HANDED |
| 17:01 | 8 | TO ME. |
| 17:01 | 9 | **Q.**   ALL RIGHT.  NOW WE'RE GOING TO GO TO PAGE 123 OF YOUR |
| 17:01 | 10 | DEPOSITION, STARTING AT LINE 23. |
| 17:01 | 11 |          **THE COURT:**  BY THE WAY, THERE'S AN INTERESTING |
| 17:01 | 12 | QUESTION AS TO WHETHER AN EXPERT WITNESS IS, IN FACT, AN AGENT |
| 17:01 | 13 | UNDER 801(D), BUT WE WILL GO INTO THAT -- |
| 17:01 | 14 |          **MR. PALMINTIER:**  WE DON'T ACQUIESCE IN THAT, |
| 17:01 | 15 | YOUR HONOR. |
| 17:01 | 16 |          **MR. MYER:**  THIS IS AN INCONSISTENT.  HE'S TESTIFIED |
| 17:01 | 17 | TODAY THAT HE DID NOT ADOPT MS. SMITH'S CONTENT LIST. |
| 17:01 | 18 |          **THE COURT:**  RIGHT. |
| 17:01 | 19 | **BY MR. MYER:** |
| 17:01 | 20 | **Q.**   WE ARE TALKING ABOUT THE CONTENT LIST HERE WHEN WE GET TO |
| 17:01 | 21 | LINE 23 ON PAGE 123, AND I ASKED: |
| 17:01 | 22 |          "Question:  THAT RAISES A QUESTION.  THE NUMBERS THAT |
| 17:01 | 23 |      ARE HERE" -- MEANING THE NUMBERS IN YOUR REPORT -- "WHO |
| 17:01 | 24 |      GENERATED THOSE NUMBERS? |
| 17:01 | 25 |          "Answer:  THE NUMBERS ON THESE LISTS ARE GENERATED BY |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:01 | 1 | THE HOMEOWNER AND, THEREFORE, THEY WERE LEFT EXTANT |
| 17:01 | 2 | BECAUSE I SURVEYED THEM AND WENT THROUGH THEM AND I FOUND |
| 17:02 | 3 | THAT THEY SEEMED TO BE -- THEY SEEMED TO BE PRETTY MUCH IN |
| 17:02 | 4 | LINE WITH THE KINDS OF THINGS THAT I HAVE SEEN WHERE WE |
| 17:02 | 5 | ACTUALLY PRICED THEM OUT DIRECTLY." |
| 17:02 | 6 | **MR. ANDRY:**  AND AGAIN, YOUR HONOR, OBJECTION.  IT'S |
| 17:02 | 7 | IMPROPER USE OF A DEPOSITION.  THAT'S EXACTLY WHAT HE SAID HE |
| 17:02 | 8 | DID. |
| 17:02 | 9 | **THE COURT:**  YES.  I'M NOT QUITE SURE WHAT THE |
| 17:02 | 10 | INCONSISTENCY IS.  I MAY HAVE MISSED SOMETHING. |
| 17:02 | 11 | **MR. MYER:**  HE ADOPTED LINE FOR LINE.  IN FACT, HE |
| 17:02 | 12 | SAYS THAT IN THE -- HE TOLD US ON DIRECT THAT HE DID NOT USE |
| 17:02 | 13 | THE PRICE SHE HAD GIVEN HIM.  HE TOLD ME IN THE DEPOSITION THAT |
| 17:02 | 14 | HE ADOPTED LINE FOR LINE THE LIST THAT MS. SMITH HANDWROTE FOR |
| 17:02 | 15 | HIM. |
| 17:02 | 16 | **MR. ANDRY:**  I THINK, YOUR HONOR, HE TESTIFIED THAT HE |
| 17:02 | 17 | CONSIDERED THEM AS PART OF HIS ANALYSIS.  SOMETIMES HE USED |
| 17:02 | 18 | THEM; SOMETIMES HE DIDN'T.  SOME HE GAVE GREATER WEIGHT TO. |
| 17:02 | 19 | THAT'S NOT AN INCONSISTENT STATEMENT. |
| 17:02 | 20 | **THE COURT:**  I UNDERSTAND THAT THERE'S A DISPUTE OVER |
| 17:02 | 21 | WHETHER IT'S INCONSISTENT.  ULTIMATELY, WITH THE TRANSCRIPT AND |
| 17:02 | 22 | THE BRIEFS, I WILL MAKE A DETERMINATION. |
| 01:59 | 23 | BY MR. MYER: |
| 17:03 | 24 | Q.   TO HAMMER HOME THE POINT, YOUR HONOR, WE WILL GO TO PAGES |
| 17:03 | 25 | 126 TO 127, BEGINNING AT LINE 17: |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:03 | 1 | "Question:  AND THESE -- THE VALUES HERE -- I KNOW |
| 17:03 | 2 | JUST OFF THE TOP OF THINGS THAT THE CONTENTS TOTAL THAT |
| 17:03 | 3 | TANYA CAME UP WHEN SHE WROTE THE LIST ON EXHIBIT 1-B SEEMS |
| 17:03 | 4 | TO MATCH THE CONTENTS TOTAL HERE -- |
| 17:03 | 5 | "Answer:  YES, IT DOES. |
| 17:03 | 6 | "Question:  -- IN YOUR REPORT.  SO, IN FACT, YOU |
| 17:03 | 7 | ACCEPTED HER NUMBERS LINE FOR LINE? |
| 17:03 | 8 | "Answer:  I DID ACCEPT HER NUMBERS IN THIS CASE |
| 17:03 | 9 | BECAUSE I THOUGHT IT WAS A PRETTY WELL THOUGHT OUT LIST." |
| | 10 | SO, IN FACT, THE NUMBER THAT WE HAD UP THERE OF |
| 17:03 | 11 | $143,000 IS THE SAME NUMBER THAT WAS ON THE TOP OF TANYA |
| 17:03 | 12 | SMITH'S LIST WHEN SHE TOTALED IT UP; RIGHT? |
| 17:04 | 13 | **A.**  WELL, IT GOES CONSISTENT WITH WHAT I SAID, TOO, IN THAT |
| 17:04 | 14 | THE 50 PERCENT IS A BARE MINIMUM OF THAT.  APPARENTLY, IF YOU |
| 17:04 | 15 | LOOK AT THESE NUMBERS, IT'S ACTUALLY HIGHER THAN 50 PERCENT. |
| 17:04 | 16 | IF THEY CAN LIST MORE THAN 50 PERCENT, I'M NOT GOING TO GO |
| 17:04 | 17 | BEYOND THAT. |
| 17:04 | 18 | **Q.**  OKAY.  YOU ADOPTED HER NUMBERS BECAUSE, AS YOU EXPLAINED |
| 17:04 | 19 | IN YOUR DEPOSITION, IN YOUR EXPERIENCE INSURANCE CARRIERS |
| 17:04 | 20 | RARELY FIGHT THE HOMEOWNER OR CHALLENGE THEIR INTEGRITY; RIGHT? |
| 17:04 | 21 | **A.**  I SAID WHAT?  THAT INSURANCE CARRIERS RARELY FIGHT THE |
| 17:04 | 22 | HOMEOWNER? |
| 17:04 | 23 | **MR. ANDRY:**  AGAIN, YOUR HONOR -- |
| 17:04 | 24 | **THE COURT:**  THIS COURT HAS BEEN IN AN UNPARALLEL |
| 17:04 | 25 | UNIVERSE FOR THE LAST FOUR YEARS, THIS WHOLE COURT.  GO AHEAD. |

FINAL DAILY COPY

17:04    1          **MR. MYER:**  IN THE ADJUSTING WORLD, YOUR HONOR.

17:04    2          **THE WITNESS:**  I CAN SAY, IF I SAID THAT, I WAS

17:04    3   CONFUSED AT THE MOMENT BECAUSE THAT IS --

17:04    4          **THE COURT:**  THE ONLY REASON I SAID THAT, COUNSEL, IS

17:04    5   WE HAVE HAD A LITTLE BIT OF INSURANCE LITIGATION.

17:04    6          **MR. MYER:**  I KNOW, YOUR HONOR.

17:05    7          **THE COURT:**  MY COLLEAGUES HAVE HAD MORE OF IT THAN I

17:05    8   HAVE HAD, BUT I'M DOING MY PENANCE.

00:59    9   **BY MR. MYER:**

17:05    10  **Q.**   WELL, AGAIN, JUST TO GET IT IN THE RECORD, TO CONTINUE

17:05    11  WHERE WE WERE TALKING THERE ABOUT --

17:05    12         **MR. ANDRY:**  YOUR HONOR, FOR PURPOSES OF FACILITATING

17:05    13  US GETTING OUT OF HERE AT LEAST BY 5:30, I WOULD JUST LIKE TO

17:05    14  MAKE A STANDING OBJECTION TO COUNSEL READING OUT OF THE

17:05    15  DEPOSITION WHENEVER HE FEELS IT APPROPRIATE AS AN IMPROPER USE

17:05    16  OF THE DEPOSITION.

17:05    17         **THE COURT:**  I'M ASSUMING WE ARE STILL ON THE LIST

17:05    18  VERSUS THE 50 PERCENT ISSUE.

17:05    19         **MR. MYER:**  YES, YOUR HONOR.

17:05    20         **THE COURT:**  WE ARE ON MS. SMITH?

17:05    21         **MR. MYER:**  WE'RE ON MS. SMITH.

17:05    22         **THE COURT:**  I THINK HE HAS ACKNOWLEDGED THAT HE USED

17:05    23  MS. SMITH'S LIST IN TOTO, AND HE HAS EXPLAINED WHY, BUT IF YOU

17:05    24  WANT TO GO INTO SOMETHING ELSE, THAT'S FINE.

17:05    25         MR. SMITH.

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:05 | 1 | **MR. SMITH:** YOUR HONOR, COULD WE HAVE A BRIEF |
| 17:06 | 2 | SIDEBAR? |
| 17:06 | 3 | **THE COURT:** YES, SIR. |
| 17:06 | 4 | (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD AT THE |
| 17:06 | 5 | BENCH.) |
| 17:06 | 6 | **MR. SMITH:** WE HAVE BEEN ATTEMPTING FOR THE LAST HALF |
| 17:06 | 7 | HOUR TO FILE A MOTION FOR AN ORDER TO SHOW CAUSE WHY MR. ANDRY |
| 17:06 | 8 | AND HIS ASSOCIATE, MS. SHERMAN, SHOULD NOT BE DISQUALIFIED FROM |
| 17:06 | 9 | REPRESENTING THE PLAINTIFFS IN THIS CASE AS A RESULT OF |
| 17:06 | 10 | MS. SHERMAN'S PRIOR REPRESENTATION OF JEFFERSON PARISH, ONE OF |
| 17:06 | 11 | THE DEFENDANTS IN THIS LITIGATION, WHO IS PART OF A JOINT |
| 17:07 | 12 | DEFENSE AGREEMENT WITH THE UNITED STATES. |
| 17:07 | 13 | **THE COURT:** ONE OF THE DEFENDANTS IN THE -- EXCUSE |
| 17:07 | 14 | ME, BUT JEFFERSON PARISH WAS IN THE -- |
| 17:07 | 15 | **MR. SMITH:** LEVEE. |
| 17:07 | 16 | **THE COURT:** THIS ISN'T ABOUT LEVEE -- |
| 17:07 | 17 | **MR. SMITH:** NO.  SHE'S APPEARED AT DEPOSITIONS IN |
| 17:07 | 18 | THIS CASE REPRESENTING BOTH PLAINTIFFS AND JEFFERSON PARISH. |
| 17:07 | 19 | **THE COURT:** IN THIS CASE, JEFFERSON PARISH -- I'M A |
| 17:07 | 20 | LITTLE CONFUSED. |
| 17:07 | 21 | **MR. SMITH:** THEY HAVE BEEN NOTICED IN SOME OF THE |
| 17:07 | 22 | DEPOSITIONS WE ARE TAKING. |
| 17:07 | 23 | **THE COURT:** JOINT DEPOSITIONS IN ALL THE CASES? |
| 17:07 | 24 | **MR. ANDRY:** MAY I RESPOND, YOUR HONOR?  THIS IS A |
| 17:07 | 25 | FARCE.  TO COME AT THIS MOMENT IS TELLING, BUT LET ME EXPLAIN |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:07 | 1 | TO YOU, YOUR HONOR.  BEFORE MS. SHERMAN WAS HIRED, SHE ASKED |
| 17:07 | 2 | HER EMPLOYER IF THAT WAS AN ISSUE.  IT WAS MY UNDERSTANDING |
| 17:07 | 3 | WHEN SHE CAME TO WORK FOR ME THAT WAS NOT AN ISSUE BECAUSE SHE |
| 17:08 | 4 | DID NOT PARTICIPATE IN ANY DISCUSSIONS AND DIDN'T DO ANYTHING. |
| 17:08 | 5 | SHE JUST MONITORED THE DEPOSITIONS; NOT EVEN IN THIS CASE. |
| 17:08 | 6 | **THE COURT:**  THERE'S NO WAY I CAN TAKE THAT UP AT THIS |
| 17:08 | 7 | INSTANT. |
| 17:08 | 8 | **MR. SMITH:**  I JUST WANTED YOU TO BE AWARE OF IT, |
| 17:08 | 9 | YOUR HONOR.  WE HAVE THE MOTION HERE.  WE HAVEN'T FILED IT |
| 17:08 | 10 | BECAUSE WE HAVE BEEN HAVING TROUBLE WITH OUR INTERNET |
| 17:08 | 11 | CONNECTION. |
| 17:08 | 12 | **MR. DUDENHEFER:**  COUNSEL JUST HANDED A SEALED |
| 17:08 | 13 | ENVELOPE TO MR. ANDRY.  ARE WE SUPPOSED TO OPEN IT? |
| 17:08 | 14 | **THE COURT:**  THAT'S UP TO COUNSEL. |
| 17:08 | 15 | **MR. ANDRY:**  THIS TYPE OF TACTICS IN THIS FASHION ARE |
| 17:08 | 16 | TELLING OF THE CHARACTER OF THE LAWYERS THAT WE ARE GOING |
| 17:08 | 17 | AGAINST RATHER THAN BRINGING THIS ABOUT IN AN OPEN AND OBVIOUS |
| 17:08 | 18 | WAY AND FILING A MOTION AND ADDRESSING IT.  I THINK THE FACTS |
| 17:08 | 19 | WILL SHOW -- I'M CONFIDENT THAT THE FACTS WILL SHOW THAT THE |
| 17:08 | 20 | MOTION IS NOTHING MORE THAN A LOW-LEVEL TACTIC IN ORDER TO GAIN |
| 17:08 | 21 | GROUND IN LITIGATION. |
| 17:08 | 22 | **THE COURT:**  I UNDERSTAND YOU'RE TAKING UMBRAGE.  I |
| 17:08 | 23 | UNDERSTAND THAT, BUT WE NEED TO DO IT WHEN WE ARE ON THE RECORD |
| 17:09 | 24 | WITH AS MUCH CIVILITY AS POSSIBLE.  I'M NOT SURE WHAT THIS HAS |
| 17:09 | 25 | TO DO IN THE GRAND SCHEME OF THINGS, BUT THE COURT HAS LOTS TO |

17:09   1   DO, AND THIS WILL BE ONE MORE THING THE COURT HAS TO DO.  I'M

17:09   2   GOING TO BE CONDUCTING THIS TRIAL.  IF IT'S FILED NOW, I JUST

17:09   3   CAN'T RULE LIKE THAT.  WE WOULD HAVE TO HAVE A HEARING.

17:09   4           **MR. DUDENHEFER:**  MAY WE OPEN THE ENVELOPE?

17:09   5           **THE COURT:**  I CERTAINLY CAN'T PREVENT YOU FROM

17:09   6   OPENING IT.

17:09   7           **MR. DUDENHEFER:**  CAN I OPEN IT?

17:09   8           **MR. SMITH:**  I GAVE IT TO HIM.

17:09   9           **MR. ANDRY:**  WHAT'S IN THE ENVELOPE?

17:09   10          **MR. DUDENHEFER:**  THIS IS SILLY.  MAY I MAKE A

17:09   11  SUGGESTION?  LET'S TAKE A LOOK AT HOW THIS IMPACTS THE TRIAL,

17:09   12  LET'S MAKE SOME COMMENTS, LOOK AT IT RATIONALLY, AND WE'LL

17:09   13  ADDRESS IT TO THE COURT EARLY TOMORROW MORNING.

17:09   14          **THE COURT:**  ABSOLUTELY.  THERE'S NO WAY YOU CAN

17:09   15  ADDRESS IT NOW.  YOU'VE GOT TO LOOK AT THE MOTION.  I DON'T

17:09   16  KNOW IF IT'S BEEN FILED.

17:09   17          **MR. DUDENHEFER:**  IT USED TO BE CALLED AMBUSH.

17:10   18          **THE COURT:**  I TELL YOU WHAT:  I DO NOT HAVE TIME TO

17:10   19  TAKE IT UP SUMMARILY.  WE ARE GOING TO MOVE ON WITH THIS CASE.

17:10   20  WE WILL HAVE TO HAVE A SPECIAL HEARING.  THERE'S A LOT OF OTHER

17:10   21  ATTORNEYS HERE AS WELL.

17:10   22          **MR. DUDENHEFER:**  I UNDERSTAND, YOUR HONOR.

17:10   23          **THE COURT:**  I'M NOT SURE WHAT THE REAL POINT OF ALL

17:10   24  THIS IS, FRANKLY.  I HOPE IT'S NOT SOUND AND FURY SIGNIFYING

17:10   25  NOTHING.  THIS COURT WILL NOT BE HAPPY FOR ANYBODY.  THIS SEEMS

FINAL DAILY COPY

1640

| 17:10 | 1 | LIKE A PIMPLE ON AN ELEPHANT TO ME, SUPERFICIALLY, BUT IT |

17:10   1   LIKE A PIMPLE ON AN ELEPHANT TO ME, SUPERFICIALLY, BUT IT

17:10   2   REALLY DOES IN THIS CASE.  I DON'T KNOW IF IT'S TRYING TO

17:10   3   TAINT -- YOU'LL HAVE TO EVENTUALLY TELL ME -- IF MR. ANDRY IS

17:10   4   DISQUALIFIED -- LET'S SAY I GRANT YOUR MOTION.

17:10   5          **MR. SMITH:**  YOUR HONOR, WE HAVEN'T ASKED FOR HIM TO

17:10   6   BE DISQUALIFIED.  WE HAVE ASKED FOR AN ORDER DIRECTING HIM TO

17:10   7   SHOW CAUSE WHY HE SHOULDN'T BE.

17:10   8          **THE COURT:**  I'M TRYING TO FIGURE OUT THE EFFECT ON

17:10   9   THE TRIAL AND HOW MUCH TIME I HAVE TO DEVOTE TO IT AND

17:11   10  EVERYBODY ELSE DOES.  I'M TRYING TO DO A LOT OF THINGS.  THIS

17:11   11  ISN'T THE ONLY THING I HAVE TO DO.  WHAT EFFECT DOES IT HAVE ON

17:11   12  THE TRIAL?  LET'S SAY I DISQUALIFY HIM; I GRANT IT.  WHAT

17:11   13  HAPPENS TO THE TRIAL?

17:11   14         **MR. SMITH:**  YOUR HONOR, I DON'T KNOW ALL THE

17:11   15  RAMIFICATIONS FOR THIS.  WE DON'T HAVE ALL THE FACTS YET.  WE

17:11   16  BECAME AWARE OF THIS CONFLICT, OR POTENTIAL CONFLICT, LATE LAST

17:11   17  WEEK.  WE SOUGHT GUIDANCE FROM OUR PROFESSIONAL RESPONSIBILITY

17:11   18  ADVISORY OFFICE.  WE JUST RECEIVED THEIR REPORT TODAY ADVISING

17:11   19  US TO GO AHEAD AND FILE THIS.  IT'S AN ISSUE FOR THE COURT TO

17:11   20  LOOK INTO.  IT'S NOT SOMETHING FOR US TO DETERMINE.  WE CAN'T

17:11   21  DO IT.  WE DON'T KNOW THE FACTS.

17:11   22         **MR. PALMINTIER:**  IS THE ATTORNEY GENERAL AWARE OF

17:11   23  THIS?

17:11   24         **MR. ANDRY:**  MS. SHERMAN HAS BEEN EMPLOYED BY MY

17:11   25  OFFICE IN THIS LITIGATION FOR A YEAR AND A HALF.  ALL OF THESE

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:11 | 1 | LAWYERS HAVE BEEN IN DEPOSITIONS, INCLUDING MR. EHRLICH, WHO |
| 17:12 | 2 | NOW HANDS ME THIS LITTLE LETTER SAYING HE INTENDS TO RAISE THE |
| 17:12 | 3 | CONFLICT.  THIS IS NOTHING MORE THAN A TRIAL PLOY.  THEY HAVE |
| 17:12 | 4 | KNOWN OF HER EXISTENCE.  THEY HAVE KNOWN ALL OF THE FACTS, |
| 17:12 | 5 | YOUR HONOR, WAY BEFORE -- |
| 17:12 | 6 | **THE COURT:**  I'M GOING TO MOVE ON.  I'M AWARE OF IT |
| 17:12 | 7 | NOW. |
| 17:12 | 8 | (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD IN |
| 17:12 | 9 | OPEN COURT.) |
| 17:12 | 10 | **MR. SMITH:**  YOUR HONOR, CAN WE FILE THIS IN COURT? |
| 17:12 | 11 | **THE COURT:**  YOU CAN FILE IT WHEREVER YOU WANT, BUT |
| 17:12 | 12 | I'M NOT FERRYING IT DOWN TO ANYWHERE.  YOU CAN FILE IT WHERE |
| 17:12 | 13 | YOU WANT, AND I'M NOT GUARANTEEING YOU IT'S GOING TO BE |
| 17:12 | 14 | PROPERLY FILED.  YOU KNOW, I HAVE GOT PLENTY TO DO. |
| 17:12 | 15 | **MR. SMITH:**  YOUR HONOR, I'D LIKE THE RECORD TO |
| 17:12 | 16 | REFLECT THAT I'M TENDERING IT TO -- |
| 17:12 | 17 | **THE COURT:**  YOU CAN TENDER IT TO WHO YOU WANT, BUT |
| 17:12 | 18 | THAT DOESN'T MEAN IT'S GOING TO BE STAMPED.  THERE'S A WAY TO |
| 17:12 | 19 | FILE THINGS IN THIS COURTROOM.  THE COURT IS NOT IN AN |
| 17:12 | 20 | ACCOMMODATING FRAME OF MIND.  YOU KNOW, I'M NOT SURE IF THE |
| 17:12 | 21 | COURTROOM DEPUTY IS GOING TO CARRY IT DOWN AND GIVE IT TO THE |
| 17:12 | 22 | APPROPRIATE AUTHORITIES WHO CAN GET IT FILED, BUT SHE CAN |
| 17:12 | 23 | ACCEPT IT AND WE WILL TALK ABOUT IT. |
| 17:12 | 24 | **MR. SMITH:**  THANK YOU, YOUR HONOR. |
| 17:13 | 25 | **THE COURT:**  AS IF WE DON'T HAVE ENOUGH TO DO IN THIS |

FINAL DAILY COPY

17:13  1    GIGANTIC LITIGATION, MY GOODNESS GRACIOUS.

17:13  2             **MR. ANDRY:**  YOUR HONOR, AGAIN, TO DO THIS AT 5:15

17:13  3    AFTER A WEEK AND A HALF OF TRIAL, I --

17:13  4             **THE COURT:**  YOU CAN PUT THAT IN YOUR RESPONSE.  I'M

17:13  5    NOT SURE WHEN I'M GOING TO BE ABLE TO TAKE IT UP, AND I'M NOT

17:13  6    SURE WHAT EFFECT, IF ANY, IT HAS ON WHAT THIS COURT IS GOING TO

17:13  7    DO IN THIS TRIAL.  I'M NOT SURE WHAT IT ALL MEANS.

17:13  8             IF THE GOVERNMENT FEELS IT WAS ETHICALLY BOUND

17:13  9    TO DO IT UPON KNOWLEDGE IT RECEIVED TODAY AND DID NOT HAVE THIS

17:13  10   KNOWLEDGE BEFORE TRIAL, IF IT'S A DELAYED ETHICAL REACTION, I

17:13  11   DON'T KNOW.  I'LL HAVE TO FIND ALL OF THAT OUT.  WHY NOW?  WHY

17:13  12   NOT BEFORE?  DID THE KNOWLEDGE JUST COME?  I DON'T KNOW WHAT

17:13  13   EFFECT IT HAS IF MR. ANDRY IS DISQUALIFIED FROM THIS TRIAL AT

17:13  14   THIS POINT.

17:13  15            **MR. PALMINTIER:**  WELL, THERE ALSO IS THE ISSUE,

17:13  16   YOUR HONOR, AS TO WHETHER THAT ACTION AT THIS POINT IN THE

17:14  17   TRIAL ISN'T A CONCOMITANT VIOLATION OF PROFESSIONAL ETHICS.  SO

17:14  18   IT MAY BE INCUMBENT ON US TO DIRECT THAT KIND OF A QUESTION

17:14  19   TOWARD THEM.

17:14  20            **THE COURT:**  YOU ARE GOING TO HAVE TO DO IT AFTER THIS

17:14  21   TRIAL IS OVER WITH BECAUSE I'M GOING TO GET ON WITH THE

17:14  22   BUSINESS OF THE UNITED STATES GOVERNMENT, AS I SEE IT, IN THE

17:14  23   UNITED STATES COURT AND GET THIS TRIAL DONE.  YOU CAN HAVE YOUR

17:14  24   LITTLE WHAT I CALL RIGHT NOW GIGANTICALLY OBSCURE SKIRMISHES AT

17:14  25   SOME OTHER TIME.

| 17:14 | 1 | THE COURT HAS A LOT OF OTHER THINGS TO DO, AND |
|---|---|---|
| 17:14 | 2 | I'M GOING TO GET THIS TRIAL DONE.  I FIND THIS AT THE PRESENT |
| 17:14 | 3 | TIME MONUMENTALLY INSIGNIFICANT.  HOWEVER, IF IT'S A |
| 17:14 | 4 | MERITORIOUS MOTION, I WILL LOOK AT IT.  IF YOU HAVE A DEFENSE, |
| 17:14 | 5 | I WILL LOOK AT IT.  IN THE GRAND SCHEME OF THINGS IN THIS |
| 17:14 | 6 | TRIAL, I DON'T SEE IT AFFECTING WHETHER THE GOVERNMENT IS |
| 17:14 | 7 | LIABLE OR IT ISN'T, WHETHER THE DISCRETIONARY FUNCTION APPLIES |
| 17:14 | 8 | OR NOT, ANY OF THE DEFENSES, ANY OF THE TESTIMONY, ETC. |
| 17:14 | 9 | IF IT'S AN OBSTRUCTIONIST TACTIC, WE WILL HAVE |
| 17:15 | 10 | TO FIND THAT OUT.  IF IT'S SOMETHING THEY FELT ETHICALLY |
| 17:15 | 11 | OBLIGATED TO DO, THAT'S SOMETHING ELSE.  ONE MUST DO THAT, AND |
| 17:15 | 12 | WE WILL HAVE TO FIND OUT WHY NOW.  BUT, AGAIN, THE COURT IS |
| 17:15 | 13 | GOING TO GET ON WITH THE BUSINESS OF THIS TRIAL. |
| 17:15 | 14 | WHETHER MR. ANDRY'S ASSOCIATE WAS INVOLVED WITH |
| 17:15 | 15 | JEFFERSON PARISH IN A CONSOLIDATED LITIGATION -- IT'S |
| 17:15 | 16 | CONSOLIDATED FOR TRIAL PURPOSES ONLY.  YOU BETTER UNDERSTAND |
| 17:15 | 17 | WHAT KIND OF UMBRELLA WE ARE UNDER.  I HOPE EVERYBODY DOES. |
| 17:15 | 18 | THIS IS THE *ROBINSON* CASE, SEPARATE AND DISTINCT.  SO, YOU |
| 17:15 | 19 | KNOW, IT WAS CONSOLIDATED FOR THE CONVENIENCE OF THE PARTIES; |
| 17:15 | 20 | AND FOR TRIAL PURPOSES, ABSOLUTELY NOT. |
| 17:15 | 21 | SO THE COURT HAS TO KEEP ITS EYE ON THE BIG |
| 17:15 | 22 | BALL, AND I HOPE TO GOODNESS WE DON'T GET LOSS IN A MORASS OF |
| 17:15 | 23 | PICAYUNISHNESS.  I WON'T.  IF YOU DO, YOU CAN DO IT AFTER THIS |
| 17:15 | 24 | TRIAL IS OVER WITH UNLESS SOMEBODY CAN TELL ME, "JUDGE, THIS IS |
| 17:16 | 25 | INCREDIBLY SIGNIFICANT AND IT MUST BE DECIDED NOW, AND HERE'S |

| | | |
|---|---|---|
| 17:16 | 1 | WHY:  IT IS A MONUMENTAL, EARTH-SHATTERING EVENT THAT AFFECTS |
| 17:16 | 2 | THE TRIAL."  IF YOU CAN'T ARTICULATE THAT IN SOME CONCISE |
| 17:16 | 3 | FASHION, I SURE CERTAINLY AM NOT GOING TO DO IT RIGHT NOW.  YOU |
| 17:16 | 4 | CAN FILE YOUR BRIEF, WE'LL GET A BRIEFING SCHEDULE, AND THIS |
| 17:16 | 5 | TRIAL IS GOING ON. |
| 17:16 | 6 | YES, SIR. |
| 17:16 | 7 | **MR. MYER:**  ARE WE READY TO KEEP GOING?  WE HAVE NOW |
| 17:16 | 8 | GOTTEN TO THE -- |
| 17:16 | 9 | **THE COURT:**  MY COURTESY LEVEL HAS JUST GONE DOWN. |
| 17:16 | 10 | JUST LET ME UNDERSTAND THAT.  THE WAY I FEEL ABOUT THIS -- NOT |
| 17:16 | 11 | MY FAIRNESS LEVEL, BUT WE ARE GOING TO MOVE ON.  ANYTHING THAT |
| 17:16 | 12 | I FIND A LITTLE BIT OUT, I'M GOING TO -- IF IT'S PLAINTIFF, |
| 17:16 | 13 | DEFENDANT, WHOEVER IT IS, THE PLAYING FIELD HAS NOW GOTTEN |
| 17:16 | 14 | WHERE I'M NOT GOING TO TOLERATE ANY KIND OF PETTINESS, ANY KIND |
| 17:16 | 15 | OF VEX FROM ANYBODY.  WE ARE GOING TO GET ON WITH THE BUSINESS |
| 17:17 | 16 | OF THIS TRIAL.  IF SOMEBODY CAN'T TELL ME WHY SOMETHING ISN'T |
| 17:17 | 17 | SIGNIFICANT, I FIND IT SIMPLY APPALLING AND EGREGIOUS.  LET'S |
| 17:17 | 18 | MOVE ON. |
| 17:17 | 19 | **BY MR. MYER:** |
| 17:17 | 20 | **Q.**  WE'RE NOW AT THE ALTERNATIVE LIVING EXPENSES AS YOU |
| 17:17 | 21 | CALCULATED FOR TANYA SMITH'S CLAIM.  TO COME UP WITH THAT |
| 17:17 | 22 | NUMBER FOR TANYA SMITH'S ALTERNATIVE LIVING EXPENSES, YOU |
| 17:17 | 23 | INTERVIEWED MS. SMITH AND ASKED SOME GENERAL QUESTIONS LIKE, |
| 17:17 | 24 | "DID YOU GO OUT A LOT?"  RIGHT? |
| 17:17 | 25 | **A.**  JUST AS A POINT OF CORRECTION:  IT'S "ADDITIONAL LIVING |

FINAL DAILY COPY

17:17    1    EXPENSES," RATHER THAN "ALTERNATIVE."

17:17    2    **Q.**    OKAY.

17:17    3    **A.**    I WOULD HAVE ASKED QUESTIONS LIKE THAT AND MANY MORE.

17:17    4    **Q.**    BUT THE ALE CALCULATION WAS NOT BASED ON ANY TABULATION OR

17:17    5    DELINEATION OF WHAT NIGHTS MS. SMITH SPENT IN A HOTEL OR IN AN

17:17    6    APARTMENT OR ANYWHERE ELSE?

17:17    7    **A.**    HAD I ADDED UP ALL THE NIGHTS THAT SHE WAS NOT JUST IN A

17:17    8    HOTEL BUT ALSO IN A RENTAL UNIT AND IN OTHER -- FOR THE TIME

17:17    9    BEING, IT WOULD HAVE FAR EXCEEDED THE AMOUNT THAT WAS PUT IN

17:18    10   THERE AT 20 PERCENT.

17:18    11   **Q.**    YOU SAW NO RECEIPTS?

17:18    12   **A.**    THERE WERE RECEIPTS.  THERE WERE SOME RECEIPTS THAT I HAD

17:18    13   GONE THROUGH.  IT MADE IT VERY CLEAR TO ME THAT I SAW SOME

17:18    14   RECEIPTS, AND I DON'T KNOW -- I CAN'T DELINEATE THOSE RECEIPTS

17:18    15   AT THIS MOMENT.  I DON'T KNOW WHICH WAS FOR WHICH BECAUSE I

17:18    16   DON'T HAVE THEM IN FRONT OF ME AND WE HAVEN'T DISCUSSED THAT,

17:18    17   AT LEAST NOT RECENTLY.  SO AS FAR AS MY MEMORY IS CONCERNED, I

17:18    18   CAN'T TELL YOU WHICH RECEIPTS I WAS LOOKING AT.

17:18    19   **Q.**    BASICALLY, YOU JUST SAID MS. SMITH TOLD YOU, YOU KNOW, "WE

17:18    20   HAD TO GO OUT AT TIMES," AND YOU ACCEPTED HER CLAIMS ON FACE

17:18    21   VALUE; RIGHT?

17:18    22   **A.**    WELL, IT'S PRETTY OBVIOUS THEY HAD TO GO OUT IF THEY DON'T

17:18    23   HAVE A HOME TO LIVE IN.

17:18    24            **THE COURT:**  OKAY.  WE HAVE GOT MS. SMITH.  WHAT ELSE

17:18    25   DO YOU WANT TO ESTABLISH?  I UNDERSTAND THAT HE USED A LIST.

FINAL DAILY COPY

17:18   1   ARE WE ON SOMETHING ELSE?

17:18   2   **BY MR. MYER:**

17:18   3   **Q.**   WELL, YOU CHARACTERIZED YOUR APPROACH TO CALCULATING

17:18   4   MS. SMITH'S ALE CLAIMS BY SAYING YOU FIND A NICE ROUND NUMBER,

17:19   5   AND IF IT'S IN THE REALM OF NORMALCY, YOU FIGURE YOU ARE IN THE

17:19   6   ACTUAL REALM OF WHAT INSURERS MIGHT EXPECT TO PAY FOR SUCH A

17:19   7   CLAIM; RIGHT?

17:19   8   **A.**   I BELIEVE I SAID SOMETHING LIKE THAT, YES.

17:19   9   **Q.**   NOW, WHEN YOU LOOKED AT THE FRANZES' HOUSE, YOU

17:19   10  RECOMMENDED THAT THEY START OVER WITH THE HOUSE; RIGHT?

17:19   11  **A.**   I DID, BECAUSE OF THE STRUCTURAL DAMAGE TO IT.  IT WAS

17:19   12  FOUNDATIONALLY COMPROMISED.

17:19   13  **Q.**   SO IN TERMS BORROWED FROM AN AUTOMOBILE CLAIM, YOU FIGURED

17:19   14  THE HOUSE WAS *TOTALED*; RIGHT?

17:19   15  **A.**   IT WAS -- WELL, IF YOU WANT TO USE THAT TERM.

17:19   16  **Q.**   SO YOU RAN AN XACTIMATE PRINTOUT ON THE HOUSE AND STARTED

17:19   17  LOOKING AT WHAT IT WOULD COST TO RECONSTRUCT IT; RIGHT?

17:19   18  **A.**   NO.  I BUILD THE XACTIMATE TOTAL ROOM BY ROOM AND PIECE BY

17:19   19  PIECE, AND IT PRODUCES A NUMBER IN THE END.

17:19   20  **Q.**   BUT YOU TESTIFIED IN YOUR DEPOSITION, "THE VALUE OF THE

17:19   21  HOME OVERALL WAS PROBABLY EXCEEDED BY THE REPAIRS LONG BEFORE I

17:19   22  GOT FINISHED."

17:19   23  **A.**   YES, IT WAS, BECAUSE IT KEEPS A RUNNING TOTAL.  IT DOES

17:20   24  KEEP A RUNNING TOTAL.

17:20   25          BUT IN THIS CASE, WE HAD PLASTER, VENETIAN PLASTER.

FINAL DAILY COPY

| 17:20 | 1 | WE HAD OTHER THINGS IN IT THAT WERE VERY EXPENSIVE MATERIALS TO |
|---|---|---|
| 17:20 | 2 | WORK IN TODAY'S MARKET.  WHEN YOU HAVE THOSE KINDS OF THINGS, |
| 17:20 | 3 | IT BECOMES NEAR IMPOSSIBLE TO DO IT AT THE SAME COST THAT THEY |
| 17:20 | 4 | DID IT ORIGINALLY.  YOU JUST CAN'T DO IT.  IT'S MUCH CHEAPER TO |
| 17:20 | 5 | REDO. |
| 17:20 | 6 | **Q.**   YOU PUT IN YOUR DEPOSITION, "WE COULD GET THEM IN A NICE |
| 17:20 | 7 | HOME FOR A PRETTY GOOD AMOUNT OF MONEY LESS THAN WHAT |
| 17:20 | 8 | EVENTUALLY I HAD ARRIVED AT IN MY CALCULATION." |
| 17:20 | 9 | **A.**   THAT WOULD BE TRUE. |
| 17:20 | 10 | **Q.**   IN FACT, YOU USED YOUR PERSONAL DISCRETION IN WRITING THIS |
| 17:20 | 11 | ESTIMATE TO TRY TO ENSURE THE FRANZES RECOVERED THE DAMAGES YOU |
| 17:20 | 12 | BELIEVED THEY SHOULD; RIGHT? |
| 17:20 | 13 | **A.**   I USED PERSONAL DISCRETION -- |
| 17:20 | 14 | **MR. ANDRY:**  OBJECTION TO THE FORM OF THE QUESTION. |
| 17:20 | 15 | **THE WITNESS:**  -- TO SEE TO IT THAT THEY RECEIVED |
| 17:20 | 16 | CERTAIN -- |
| 17:20 | 17 | **THE COURT:**  SIR, WHEN YOU HEAR AN ATTORNEY OBJECT, |
| 17:20 | 18 | STOP ANSWERING. |
| 17:20 | 19 | **MR. ANDRY:**  IT'S ARGUMENTATIVE TO THE EXTENT HE SAID |
| 17:20 | 20 | THAT "YOU WROTE THE ESTIMATE IN ORDER TO GIVE THEM THE DAMAGES |
| 17:20 | 21 | THAT YOU THINK THEY SHOULD RECEIVE." |
| 17:20 | 22 | **THE COURT:**  I'M GOING TO ALLOW THE QUESTION. |
| 17:20 | 23 | **THE WITNESS:**  IN ORDER TO GIVE THEM THE DAMAGES |
| 17:21 | 24 | THAT -- IT'S NOT MY POINT TO DETERMINE THE TOTAL DAMAGES THAT |
| 17:21 | 25 | THEY RECEIVE.  SO, NO, I DON'T KNOW EXACTLY HOW YOU PHRASED |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:21 | 1 | THAT, BUT IF YOU MEAN TO SAY THAT I WAS USING MY DISCRETION TO |
| 17:21 | 2 | TRY TO REACH A NUMBER, NO, THAT'S NOT THE CASE. |
| 01:59 | 3 | **BY MR. MYER:** |
| 17:21 | 4 | **Q.**   WELL, LOOK AT YOUR DEPOSITION STARTING ON PAGE 151, |
| 17:21 | 5 | LINE 12.  YOU'RE TALKING ABOUT CONSTRUCTING THIS REPORT AND YOU |
| 17:21 | 6 | SAID: |
| 17:21 | 7 |         "Answer:  AND I LISTENED TO THOSE TRANSCRIPTS -- I |
| 17:21 | 8 |      MEAN, I DIDN'T LISTEN TO THEM.  I READ THEM ON HIS |
| 17:21 | 9 |      DEPOSITION AND I THOUGHT THESE ARE VERY HUMBLE PEOPLE. |
| 17:21 | 10 |      THEY JUST LOST THEIR LIVES IN THIS -- IN THIS TRAGEDY. |
| 17:21 | 11 |      THEY HAVEN'T YET BEEN BACK TO THE HOUSE AS FAR AS I KNOW. |
| 17:21 | 12 |      AND THEY -- THEY WERE DEVASTATED.  SO I -- I USED |
| 17:21 | 13 |      DISCRETION.  I WROTE THIS TO A POINT THAT I SAID, IF THEY |
| 17:21 | 14 |      RECOVER THOSE DAMAGES THAT I HAVE PUT IN THERE, THEY WILL |
| 17:22 | 15 |      BE ABLE TO HAVE SOMETHING THAT THEY CAN BE PROUD OF |
| 17:22 | 16 |      AGAIN." |
| 17:22 | 17 |         RIGHT, SIR? |
| 17:22 | 18 | **A.**   YES, I SAID THAT IN THE DEPOSITION.  DOES THAT NECESSARILY |
| 17:22 | 19 | MEAN THAT I WAS GIVING THEM FURTHER LATITUDE THAN THEY SHOULD |
| 17:22 | 20 | HAVE BASED ON THE DAMAGES I SAW?  NO. |
| 17:22 | 21 | **Q.**   THE NUMBER OF $120,000 FOR THE CONTENTS OF THE HOUSE COMES |
| 17:22 | 22 | FROM "A COMBINATION OF THE SQUARE FOOTAGES THAT WE'RE DEALING |
| 17:22 | 23 | WITH AND THE FACT THAT, WHEN I WAS IN THERE, EVERY ROOM WAS |
| 17:22 | 24 | CRAMMED FULL OF POSSESSIONS." |
| 17:22 | 25 |         RIGHT? |

| | | |
|---|---|---|
| 17:22 | 1 | **A.**   YES. |
| 17:22 | 2 | **Q.**   THE VALUE YOU CAME UP WITH FOR THEIR POSSESSIONS, TOO, WAS |
| 17:22 | 3 | BASED ON YOUR DISCRETION, NOT ON THE VALUE OF ANY PARTICULAR |
| 17:22 | 4 | ITEMS; RIGHT? |
| 17:22 | 5 | **A.**   THAT'S CORRECT. |
| 17:22 | 6 | **Q.**   THE ALTERNATIVE LIVING -- THE ADDITIONAL LIVING EXPENSES |
| 17:22 | 7 | NUMBER FOR THE FRANZES IS NOT BASED ON ANY RECEIPTS OR ACTUAL |
| 17:22 | 8 | DATES BUT A NICE ROUND NUMBER THAT'S NOT UNREASONABLE IN YOUR |
| 17:22 | 9 | MIND; RIGHT? |
| 17:22 | 10 | **A.**   IT IS NOT UNREASONABLE IN MY MIND, NO. |
| 17:22 | 11 | **Q.**   THE REPORT ON THE ROBINSON HOME IS AN XACTIMATE RUN THAT |
| 17:22 | 12 | ESTIMATES THE COST OF DOING SELECTED DEMOLITION AS REQUIRED IN |
| 17:22 | 13 | RECONSTRUCTING THE HOUSE ON MAYO TO THE CONDITION IT WAS IN |
| 17:23 | 14 | BEFORE HURRICANE KATRINA; RIGHT? |
| 17:23 | 15 | **A.**   YES. |
| 17:23 | 16 | **Q.**   IS IT YOUR TESTIMONY TODAY THAT THE VALUE IN YOUR REPORT |
| 17:23 | 17 | FOR THE ROBINSON HOUSE FOR THE CONTENTS WAS CALCULATED BY A |
| 17:23 | 18 | PERCENTAGE OF RCV RATHER THAN THE LIST PROVIDED BY |
| 17:23 | 19 | MRS. ROBINSON? |
| 17:23 | 20 | **A.**   WELL, I BELIEVE SO, YES. |
| 17:23 | 21 | **Q.**   WE'LL NEED TO LOOK AT YOUR DEPOSITION, PAGE 159, STARTING |
| 17:23 | 22 | AT LINE 9.  WE GOT TO THIS POINT IN TALKING ABOUT THE ROBINSON |
| 17:23 | 23 | REPORT AND I SAID: |
| 17:23 | 24 | "Question:  CONTENTS, AGAIN, DID YOU HAVE A -- I |
| 17:23 | 25 | THINK THEY HAD -- |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:23 | 1 | "Answer:  THEY DID PROVIDE A DETAILED LIST. |
| 17:23 | 2 | "Question:  ALL RIGHT.  AND AGAIN -- |
| 17:23 | 3 | "Answer:  AND AGAIN I INSERTED ROOM BY ROOM INTO |
| 17:23 | 4 | THE -- INTO THE ESTIMATE.  AND THAT'S ONE OF THE REASONS |
| 17:23 | 5 | IT TOOK SO MUCH COLLABORATION BECAUSE THIS HOUSE WAS |
| 17:23 | 6 | ACTUALLY SOLD PRIOR TO OUR ARRIVAL ON THE SCENE AND WE |
| 17:24 | 7 | WERE UNABLE TO ACCESS THE INTERIOR.  AND SO WE HAD TO |
| 17:24 | 8 | BASICALLY GET THE NUMBER OF ROOMS AND THE BASIC SIZES OF |
| 17:24 | 9 | THE ROOMS FROM THEM AND THEN TAKE MY EXTERNAL MEASUREMENTS |
| 17:24 | 10 | AND MAKE SURE THAT IT ALL FIT INSIDE THE HOUSE. |
| 17:24 | 11 | "Question:  RIGHT. |
| 17:24 | 12 | "Answer:  AND ONCE THEY FIT IN THERE, YOU KNOW THAT |
| 17:24 | 13 | YOUR SQUARE FOOTAGE, WHILE ONE ROOM MAY END UP BEING |
| 17:24 | 14 | BIGGER THAN IT'S SUPPOSED TO BE, THE NEXT ROOM IS GOING TO |
| 17:24 | 15 | BE SMALLER. |
| 17:24 | 16 | "Question:  RIGHT. |
| 17:24 | 17 | "Answer:  THEY END UP ULTIMATELY -- IF I HAVE THE |
| 17:24 | 18 | SAME NUMBER OF ROOMS, THEN I'LL HAVE THE SAME SQUARE |
| 17:24 | 19 | FOOTAGE OF WALLS." |
| 17:24 | 20 | AND THAT KIND OF THING, AND I POINTED OUT THAT THERE |
| 17:24 | 21 | WAS A GLITCH -- |
| 17:24 | 22 | **THE COURT:**  WHERE ARE WE GOING, COUNSEL?  I MEAN -- |
| 17:24 | 23 | **MR. MYER:**  YOUR HONOR, WITH THIS ONE ALSO, HE ADOPTED |
| 17:24 | 24 | LINE FOR LINE THE NUMBERS THAT MRS. ROBINSON GAVE HIM AS THE |
| 17:24 | 25 | CONTENTS LIST. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:24 | 1 | **THE WITNESS:**  YOUR HONOR, MAY I EXPLAIN THAT WITH A |
| 17:24 | 2 | LITTLE BIT OF -- MAYBE I CAN BRING SOME CLARITY TO THIS. |
| 17:24 | 3 | **THE COURT:**  ALL RIGHT. |
| 17:24 | 4 | **THE WITNESS:**  WHEN IT COMES TO COMING UP WITH THE |
| 17:24 | 5 | NUMBER OF 50 PERCENT FOR CONTENTS, THAT IS A BENCHMARK.  I |
| 17:25 | 6 | ALWAYS COMPARE A LIST AGAINST THAT BECAUSE THE BENCHMARK IS A |
| 17:25 | 7 | CONSERVATIVE BENCHMARK THAT WE HAVE USED IN THIS INDUSTRY FOR |
| 17:25 | 8 | SOME TIME.  BECAUSE OF THAT, IF A LIST THAT I HAVE ACTUALLY |
| 17:25 | 9 | EXCEEDS THAT BENCHMARK, THEN IT BECOMES A BETTER REASONABLE |
| 17:25 | 10 | AMOUNT OF DAMAGES, BECAUSE I COULD STILL FIND THINGS THEY DID |
| 17:25 | 11 | NOT REMEMBER TO PUT ON THAT LIST. |
| 17:25 | 12 | REMEMBERING PRECISELY WHICH ONE I USED THE LIST |
| 17:25 | 13 | AND COMPARING IT AGAINST TO, I ALWAYS COMPARE THEM AGAINST IT. |
| 17:25 | 14 | I MAY HAVE MISSPOKEN AT SOME POINT IN SAYING, WELL, NO, I ONLY |
| 17:25 | 15 | USED THE 50 PERCENT MARK ON THAT ONE VERSUS -- BECAUSE I'M NOT |
| 17:25 | 16 | LOOKING AT MY TRANSCRIPT.  I'M NOT LOOKING AT THE ACTUAL |
| 17:25 | 17 | ESTIMATES TO BE ABLE TO VERIFY WHICH ONE WAS WHICH WHEN YOU ARE |
| 17:25 | 18 | DEALING WITH FIVE DIFFERENT ONES. |
| 17:25 | 19 | I KNOW I ALWAYS COMPARE THE 50 PERCENT BENCHMARK |
| 17:25 | 20 | AGAINST LISTS.  TO ME THAT JUST LEADS -- IT'S POSSIBLE I COULD |
| 17:25 | 21 | HAVE MISSPOKEN ON A PARTICULAR ONE OF THOSE PROPERTIES AS TO |
| 17:25 | 22 | HOW FAR I COMPARED THAT LIST VERSUS USE THE 50 PERCENT |
| 17:26 | 23 | BENCHMARK. |
| 17:26 | 24 | **THE COURT:**  COUNSEL, YOU MAY PROCEED, BUT I |
| 17:26 | 25 | UNDERSTAND THE DIRECTION YOU ARE GOING. |

| | | |
|---|---|---|
| 17:26 | 1 | **BY MR. MYER:** |
| 17:26 | 2 | **Q.**   FOR THOSE ON WHICH YOU USE THE CONTENTS LIST, YOU DIDN'T |
| 17:26 | 3 | DO ANY MORE INVESTIGATION ABOUT THE VALUE OF THE ITEMS LISTED |
| 17:26 | 4 | ON THE LIST; RIGHT? |
| 17:26 | 5 | **A.**   NO, I DID NOT. |
| 17:26 | 6 | **Q.**   YOU DIDN'T LOOK FOR ANY PRICES; YOU JUST ACCEPTED THE |
| 17:26 | 7 | VALUE THEY ASSIGNED TO THOSE ITEMS LINE FOR LINE? |
| 17:26 | 8 | **A.**   YES, I DID. |
| 17:26 | 9 | **Q.**   TO THE EXTENT THAT YOU USED ANYTHING ABOUT THE 50 PERCENT, |
| 17:26 | 10 | ALL YOU WERE LOOKING FOR WAS WHETHER THE ITEMS THAT THEY HAD |
| 17:26 | 11 | LISTED EXCEEDED 50 PERCENT OF THE RCV? |
| 17:26 | 12 | **A.**   GENERALLY SPEAKING, THAT IS TRUE. |
| 17:26 | 13 | **Q.**   THE ROBINSONS GAVE YOU SOME RECEIPTS WITH REGARD TO THEIR |
| 17:26 | 14 | ADDITIONAL LIVING EXPENSES FOR CAR REPAIRS AND FURNITURE |
| 17:26 | 15 | REFURBISHING, BUT THE RECEIPTS WEREN'T THE BASIS OF WHAT YOU |
| 17:26 | 16 | DID IN CALCULATING THE ALE FOR THEM; RIGHT? |
| 17:26 | 17 | **A.**   THAT IS CORRECT. |
| 17:26 | 18 | **Q.**   THE TRAILER IN WHICH MR. LATTIMORE LIVED WAS GONE WHEN YOU |
| 17:26 | 19 | VISITED THE SITE ON FEBRUARY 28, 2008; RIGHT? |
| 17:26 | 20 | **A.**   THAT'S CORRECT. |
| 17:26 | 21 | **Q.**   SO TO COME UP WITH A NUMBER FOR THAT, YOU DID AN XACTIMATE |
| 17:26 | 22 | RUN ON WHAT IT WOULD COST TO REBUILD A STRUCTURE OF THE SAME |
| 17:27 | 23 | DIMENSIONS; RIGHT? |
| 17:27 | 24 | **A.**   YES, I DID. |
| 17:27 | 25 | **Q.**   AS WITH THE OTHER PLAINTIFFS, THE VALUES CLAIMED FOR |

17:27  1  MR. LATTIMORE'S PROPERTY -- $10,000 WORTH OF GUNS; A $4,500

17:27  2  ROLEX WATCH; A $4,500 PIROGUE; A $6,000 BOX OF JEWELRY; $10,000

17:27  3  WORTH OF DIVING EQUIPMENT; AND $10,000 WORTH OF RELOADING

17:27  4  EQUIPMENT -- THOSE VALUES WERE ALL GIVEN TO YOU BY

17:27  5  MR. LATTIMORE; RIGHT?

17:27  6  **A.**   YES, THEY WERE.

17:27  7  **Q.**   TO VERIFY THE VALUES THAT MR. LATTIMORE GAVE YOU, YOU

17:27  8  QUESTIONED HIM, BUT HE INSISTED THAT EVERYTHING WAS AS WAS AND

17:27  9  THOSE WERE ACCURATE NUMBERS, AND YOU TOOK IT NO FURTHER; RIGHT?

17:27  10  **A.**   THAT'S CORRECT.

17:27  11  **Q.**   YOU DIDN'T GET A PRECISE LIST OF WHAT GUNS WERE IN THE

17:27  12  COLLECTION?

17:27  13  **A.**   NO, I DID NOT.

17:27  14  **Q.**   YOU CAN'T EVEN REMEMBER WHAT MR. LATTIMORE TOLD YOU ABOUT

17:27  15  THAT $6,500 WORTH OF JEWELRY -- $6,000 WORTH OF JEWELRY?

17:27  16  **A.**   I CERTAINLY CAN'T REMEMBER WHAT HE TOLD ME NOW.

17:27  17  **Q.**   MR. LATTIMORE DESCRIBED THE CONTENTS OF THE BUILDING TO

17:28  18  YOU AS COPIERS -- OF HIS BUSINESS OFFICE TO YOU AS COPIERS AND

17:28  19  COMPUTERS AND JUST SAID, "ALL THE MACHINES I HAD IN THERE WERE

17:28  20  WORTH $50,000."  RIGHT?

17:28  21  **A.**   THAT'S WHAT HE SAID.

17:28  22  **Q.**   HE GAVE YOU NO LINE-ITEM LIST, BREAKDOWN, OR DESCRIPTION

17:28  23  BEYOND THAT?

17:28  24  **A.**   NO, HE DID NOT, BUT IN THIS CASE I ALSO -- TO BE

17:28  25  CONSISTENT WITH THE WAY I TREATED HIM, I WENT AHEAD AND USED

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:28 | 1 | HIS FIGURE OF $50,000, AND IT WAS LESS THAN THE 50 PERCENT OF |
| 17:28 | 2 | THE DAMAGES.  I TRIED TO BE FAIR AND CONSISTENT IN THE WAY THAT |
| 17:28 | 3 | I APPROACHED IT. |
| 17:28 | 4 | **Q.**   WITH REGARD TO MR. LATTIMORE'S ADDITIONAL LIVING EXPENSES, |
| 17:28 | 5 | YOU SAW NO RECEIPTS OR BREAKDOWN OF HIS EXPENSES OR ANY |
| 17:28 | 6 | DOCUMENTATION OF ANY SORT? |
| 17:28 | 7 | **A.**   I DID NOT. |
| 17:28 | 8 | **Q.**   SPECIFICALLY, YOU SAW NO DOCUMENTATION FOR THE ITEM YOU |
| 17:28 | 9 | LISTED AS $7,000 IN MOTEL AND RESTAURANT EXPENSES, BUT JUST |
| 17:28 | 10 | TALKED WITH HIM ABOUT THE NATURE OF WHAT HE DID AND HOW LONG HE |
| 17:28 | 11 | DID IT; RIGHT? |
| 17:28 | 12 | **A.**   YES. |
| 17:28 | 13 | **MR. MYER:**  NOTHING FURTHER, YOUR HONOR, EXCEPT I NEED |
| 17:29 | 14 | TO MAKE ONE -- WELL, I'LL SEE IF THERE'S ANY REDIRECT.  I HAVE |
| 17:29 | 15 | SOMETHING TO DO AFTER, AN OFFER OF PROOF AFTER WE ARE DONE WITH |
| 17:29 | 16 | THIS WITNESS. |
| 17:29 | 17 | **THE COURT:**  DID I MAKE A RULING THAT KEPT SOMETHING |
| 17:29 | 18 | OUT OF THE EVIDENCE? |
| 17:29 | 19 | **MR. MYER:**  YES, YOUR HONOR.  I CAN MAKE IT RIGHT NOW. |
| 17:29 | 20 | THERE WERE TWO EXHIBITS, DX -- |
| 17:29 | 21 | **THE COURT:**  WAS THAT IN OUR ORIGINAL MOTION IN |
| 17:29 | 22 | LIMINE, THE THOUSAND OR SO OBJECTIONS? |
| 17:29 | 23 | **MR. MYER:**  NO, YOUR HONOR -- YEAH.  THIS WAS LAST |
| 17:29 | 24 | WEEK WHEN -- |
| 17:29 | 25 | **THE COURT:**  WHEN WE RULED ON ALL OF THE MOTIONS IN |

| | | |
|---|---|---|
| 17:29 | 1 | LIMINE?  IS THAT WHERE THIS COMES FROM? |
| 17:29 | 2 | **MR. MYER:**  YES. |
| 17:29 | 3 | **THE COURT:**  OKAY.  I DON'T REMEMBER THEM ALL. |
| 17:29 | 4 | **MR. MYER:**  ALL RIGHT.  I'LL GO AHEAD AND DO IT, THEN. |
| 17:29 | 5 | I HAVE AN OFFER OF PROOF.  THE DOCUMENTS SUBMITTED AS EXHIBITS |
| 17:29 | 6 | DX-0032 AND DX-0033 WERE PROVIDED BY THIS WITNESS, WHO |
| 17:29 | 7 | REPRESENTED THEM WITH HIS REPORTS TO BE INTERNET ADVERTISEMENTS |
| 17:29 | 8 | OFFERING MOBILE HOMES FOR SALE IN SOUTHERN LOUISIANA IN EARLY |
| 17:30 | 9 | 2008. |
| 17:30 | 10 | EACH OF THE MOBILE HOMES FOR SALE WAS SLIGHTLY |
| 17:30 | 11 | LARGER AND NEWER THAN THE ONE LOST BY PLAINTIFF KENT LATTIMORE, |
| 17:30 | 12 | MAKING THE OPERABLES COMPARABLE IN REAL ESTATE PARLANCE.  THEY |
| 17:30 | 13 | WERE IDENTIFIED AS EXTRACTS OF COMMERCIAL PUBLIC -- WELL, THEY |
| 17:30 | 14 | WERE IDENTIFIED AS INTERNET PRINTOUTS, WHICH WOULD MAKE THEM |
| 17:30 | 15 | COMMERCIAL PUBLICATIONS EXEMPTED FROM THE HEARSAY RULE BY |
| 17:30 | 16 | FEDERAL RULE OF EVIDENCE 803(17).  AS COMPARABLES, EXHIBITS 32 |
| 17:30 | 17 | AND 33 MIGHT ASSIST IN THE CALCULATION OF DAMAGES. |
| 17:30 | 18 | **THE COURT:**  THANK YOU, SIR. |
| 17:30 | 19 | **MR. ANDRY:**  MAY I RESPOND TO THE PROFFER, YOUR HONOR? |
| 17:30 | 20 | **THE COURT:**  YES, YOU MAY. |
| 17:30 | 21 | **MR. ANDRY:**  FOR THE PURPOSES OF THE PROFFER, THOSE |
| 17:30 | 22 | DOCUMENTS WERE OFFERED AT A DEPOSITION WITH ABSOLUTELY NO |
| 17:30 | 23 | FOUNDATION.  THEY WERE THE WORD OF COUNSEL THAT HE PULLED OFF |
| 17:30 | 24 | OF THE INTERNET.  TO THAT EXTENT, THEY DO NOT QUALIFY AS 80317 |
| 17:30 | 25 | OR WHATEVER, EXCEPTION TO THE HEARSAY RULE.  THEY ARE CLEAR AND |

| | | |
|---|---|---|
| 17:30 | 1 | BLATANT HEARSAY.  SOME OF THEM WERE HEARSAY WITHIN HEARSAY AND |
| 17:30 | 2 | WERE PROPERLY EXCLUDED BY YOUR HONOR. |
| 17:30 | 3 | **THE COURT:**  IT'S A PROFFER. |
| 17:31 | 4 | **MR. MYER:**  YES, YOUR HONOR.  THEY WERE PRODUCED BY |
| 17:31 | 5 | HIM.  THERE WAS NO OBJECTION TO AUTHENTICITY.  THE ONLY |
| 17:31 | 6 | OBJECTION WAS HEARSAY.  THEY ARE BUSINESS RECORDS IF THEY ARE |
| 17:31 | 7 | WHAT HE TOLD US THEY WERE. |
| 17:31 | 8 | **MR. ANDRY:**  WE DON'T HAVE ANY REDIRECT, YOUR HONOR. |
| 17:31 | 9 | **THE COURT:**  SIR, YOU MAY STEP DOWN.  THANK YOU VERY |
| 17:31 | 10 | MUCH. |
| 17:31 | 11 | **MR. MYER:**  WITH THAT, YOUR HONOR, I HAVE ONE LAST |
| 17:31 | 12 | THING.  I HAVE AN EXHIBIT OF OUR OWN.  WE ARE GOING TO OFFER A |
| 17:31 | 13 | REBUTTAL EXHIBIT.  I BELIEVE IT WAS PROVIDED TO THE COURT.  IT |
| 17:31 | 14 | WILL BE DX-1739, AND IT'S A SUMMARY UNDER FEDERAL RULE OF |
| 17:31 | 15 | EVIDENCE 1006 OF THE RECEIPTS THAT MS. SMITH GAVE US LISTING |
| 17:31 | 16 | WHAT SHE ACTUALLY DID SPEND, EVEN WITH HER SUBZERO AND HER |
| 17:31 | 17 | GRANITE COUNTERTOPS, ON REFURBISHING HER HOUSE. |
| 17:31 | 18 | **MR. ANDRY:**  YOUR HONOR, IT'S MY UNDERSTANDING THAT |
| 17:31 | 19 | UNDER RULE 1006 THAT THERE AT LEAST HAS TO BE SOME SORT OF -- |
| 17:31 | 20 | **THE COURT:**  IT DOES. |
| 17:31 | 21 | **MR. ANDRY:**  -- PREFACE TO OFFERING IT TO SHOW THAT IT |
| 17:31 | 22 | IS, IN FACT, A SUMMARY OF THE EVIDENCE THAT IS TOO VOLUMINOUS |
| 17:32 | 23 | TO LIST. |
| 17:32 | 24 | WE WOULD SUBMIT TO YOUR HONOR THAT THIS DOES NOT |
| 17:32 | 25 | FALL WITHIN THE SUMMARY RULE BECAUSE THE EXHIBIT IS NOT TOO |

FINAL DAILY COPY

```
17:32    1   VOLUMINOUS FOR THE COURT TO ADD UP.  IT'S ONLY ABOUT AN INCH
17:32    2   AND A HALF THICK.  NOTWITHSTANDING, TO THE EXTENT THAT THIS IS
17:32    3   THE EXACT DOCUMENTS THAT WE HAVE OFFERED AND A SUMMARY OF THESE
17:32    4   DOCUMENTS, WE DON'T HAVE AN ISSUE WITH IT.
17:32    5            MR. MYER:  PX-1713 IS THE STACK OF EXHIBITS THAT
17:32    6   MS. SMITH GAVE ME.
17:32    7            THE COURT:  I'M GOING TO ALLOW IT IN.  EVEN THOUGH IT
17:32    8   MAY NOT PRISTINELY FIT INTO THE FOUNDATION FOR 1006, AS A
17:32    9   PRACTICAL MATTER, IT WILL ASSIST THE COURT.
17:32   10            MR. ANDRY:  THAT'S WHAT I WAS GETTING TO, YOUR HONOR.
17:32   11            THE COURT:  THANK YOU VERY MUCH.  I'M GOING TO
17:32   12   OVERRULE THE OBJECTION AND ALLOW IT IN.
17:32   13            AT THIS TIME WE ARE NOT GOING TO HAVE ANY OTHER
17:32   14   WITNESSES.  LET'S TALK ABOUT THIS OTHER ISSUE.  THE COURT IS
17:32   15   TREATING THIS TRIAL, UNDERSTAND, LIKE IT'S A VERY PRECIOUS
17:32   16   THING BECAUSE TIME IS PRECIOUS.  THE TRIAL IS PREDOMINANTLY ON
17:33   17   THE COURT'S MIND, TO GET IT DONE IN A REASONABLE AND FAIR
17:33   18   FASHION, FROM THE PLAINTIFFS' CASE TO THE GOVERNMENT'S CASE, SO
17:33   19   IT CAN BE FINALLY SUBMITTED AND THE COURT CAN COMMENCE WORKING
17:33   20   ON IT.  ANYTHING THAT GOES TO THE DISRUPTION OF THE TRIAL, THE
17:33   21   COURT IS VERY SENSITIVE ABOUT.
17:33   22            AT THE SAME TIME, THINGS HAPPEN DURING A TRIAL.
17:33   23   I'M NOT SURE AT ALL, SINCE I KNOW NOTHING ABOUT IT, ABOUT THE
17:33   24   SIGNIFICANCE OF ANY OF THIS TO THE TRIAL.  LEAVING YOU ASIDE,
17:33   25   MR. ANDRY, THE TRIAL IS MY PRIMARY CONCERN, AND ANYTHING THAT
```

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:33 | 1 | WOULD TAINT THE TRIAL, BECAUSE WE HAVE ALL WORKED SO HARD TO |
| 17:33 | 2 | GET HERE.  I DON'T THINK IT DOES, BUT THAT'S SIMPLY A VISCERAL |
| 17:34 | 3 | REACTION TO WHAT I UNDERSTAND HAS TAKEN PLACE, AND I DON'T HAVE |
| 17:34 | 4 | ALL THE FACTS. |
| 17:34 | 5 | THE COURT DOESN'T HAVE A LOT OF TIME, AND I'M |
| 17:34 | 6 | NOT GOING TO TAKE ANY TIME AWAY FROM OUR TRIAL TIME ON THIS. |
| 17:34 | 7 | SO DOES ANYBODY HAVE ANY SUGGESTIONS AS TO HOW THE COURT CAN |
| 17:34 | 8 | ADDRESS THIS MOTION TO DISQUALIFY AND ANY THOUGHTS ANYBODY |
| 17:34 | 9 | MIGHT HAVE ON THE EFFECT ON THE TRIAL; THAT IS, WHAT IF I RULE |
| 17:34 | 10 | FIVE DAYS FROM NOW, TEN DAYS, THAT MR. ANDRY IS DISQUALIFIED? |
| 17:34 | 11 | DOES THAT MEAN THAT THE QUESTIONING HE HAS DONE THIS FAR -- I'M |
| 17:34 | 12 | JUST THINKING OUT LOUD -- IS RETROACTIVELY EXPUNGED?  DOES IT |
| 17:34 | 13 | MEAN HE CAN'T DO ANYTHING IN THE FUTURE?  WHAT EFFECT DOES IT |
| 17:34 | 14 | HAVE ON THE TRIAL, ASSUMING THAT I WOULD GRANT IT?  HE HASN'T |
| 17:34 | 15 | HAD A CHANCE TO DEFEND IT. |
| 17:34 | 16 | MR. DUDENHEFER.  AND I'M WILLING TO HEAR FROM |
| 17:34 | 17 | ANYBODY. |
| 17:34 | 18 | **MR. DUDENHEFER:**  IF I MAY, YOUR HONOR, WE HAVE GOT |
| 17:34 | 19 | THIS MOTION SITTING OVER HERE THAT WE HAVE NOT YET SEEN OR BEEN |
| 17:35 | 20 | HANDED. |
| 17:35 | 21 | **THE COURT:**  RIGHT. |
| 17:35 | 22 | **MR. DUDENHEFER:**  SO I HAVE NO IDEA WHAT ITS CONTENT |
| 17:35 | 23 | IS. |
| 17:35 | 24 | **THE COURT:**  YOU KNOW IT'S A MOTION TO DISQUALIFY |
| 17:35 | 25 | MR. ANDRY BASED ON, APPARENTLY, AN ASSOCIATE IN HIS OFFICE'S |

FINAL DAILY COPY

17:35    1   PRIOR ASSOCIATION WITH SOMEBODY ELSE.

17:35    2          **MR. DUDENHEFER:**  JEFFERSON PARISH, AND THERE'S SOME

17:35    3   ALLEGED JOINT DEFENSE AGREEMENT.  I PRESUME THE MOTION'S GOT A

17:35    4   COPY OF THE JOINT DEFENSE AGREEMENT.  I PRESUME THE ATTORNEY

17:35    5   GENERAL OF THE UNITED STATES HAS AUTHORIZED THE FILING OF THIS

17:35    6   MOTION.  I UNDERSTAND THERE ARE ETHICAL IMPLICATIONS.

17:35    7          JUDGE BECHTLE ONCE SAID, "I DON'T KNOW HOW TO

17:35    8   DEAL WITH ANYTHING OTHER THAN PAPERS FILED IN CONFORMITY WITH

17:35    9   THE FEDERAL RULES."  SO WHAT I THINK WE NEED TO DO, YOUR HONOR,

17:35   10   IS, IF THEY WANT TO FILE THE MOTION, FILE IT, SERVE IT ON US,

17:35   11   LET US TAKE A LOOK AT IT.  THERE ARE A LOT OF IMPLICATIONS TO

17:35   12   THE MOTION, ALTHOUGH I SOMEWHAT FEEL HIGHLY SUSPECT AT ITS

17:35   13   TIMING AT THIS POINT.  HAVING SAID THAT, JUDGE, I DON'T HAVE

17:35   14   MORE OF A REACTION TO THIS ISSUE.

17:35   15          **THE COURT:**  TELL ME WHAT YOU THINK THE IMPLICATIONS

17:35   16   WOULD BE.

17:35   17          **MR. DUDENHEFER:**  JUDGE, THEY CAN BE SIGNIFICANT OR

17:35   18   THEY CAN BE DIMINIMUS.  I DON'T KNOW -- AT THIS POINT IT'S

17:36   19   IMPOSSIBLE -- I CAN UNDERSTAND BEING CONCERNED AS TO THE

17:36   20   ULTIMATE IMPLICATIONS OF THIS MOTION, BUT IT'S ALMOST LIKE

17:36   21   LET'S KIND OF WAIT TO WORRY TO UNDERSTAND -- AT LEAST FOR 24

17:36   22   HOURS, UNTIL TOMORROW MORNING -- TO UNDERSTAND, JUDGE, WHAT IT

17:36   23   IS WE ARE DEALING WITH.

17:36   24          **THE COURT:**  IT RELATES TO MR. ANDRY AND MR. ANDRY

17:36   25   ALONE, AS I UNDERSTAND IT.

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:36 | 1 | **MR. DUDENHEFER:**  THAT IS THE BASIS OF WHAT MR. SMITH |
| 17:36 | 2 | SAID. |
| 17:36 | 3 | **THE COURT:**  I'M THINKING OUT LOUD BECAUSE I'M GOING |
| 17:36 | 4 | TO BE CONCERNED ABOUT IT.  IF IT'S A VALID MOTION AND HE IS |
| 17:36 | 5 | DISQUALIFIED, WHAT DOES IT DO TO THIS TRIAL?  THAT'S MY NUMBER |
| 17:36 | 6 | ONE CONCERN, MR. ANDRY. |
| 17:36 | 7 | THE GOVERNMENT, I AM CONCERNED ABOUT EACH OF |
| 17:36 | 8 | YOU, BUT YOU ARE QUITE SECONDARY TO THE ACTUAL TRIAL AND THE |
| 17:36 | 9 | TIME AND EFFORT THAT ALL OF US HAVE EXPENDED ON THIS.  IT'S NOT |
| 17:36 | 10 | A JURY; IT'S A JUDGE.  SO WHAT EFFECT DOES A DISQUALIFICATION |
| 17:36 | 11 | IN MIDSTREAM HAVE TO THE TRIAL ITSELF? |
| 17:37 | 12 | **MR. DUDENHEFER:**  YOUR HONOR, I MIGHT SUGGEST THAT YOU |
| 17:37 | 13 | ASK THAT QUESTION OF THE GOVERNMENT.  WHAT DO THEY INTEND TO DO |
| 17:37 | 14 | ASSUMING MR. ANDRY IS DISQUALIFIED?  YOU KNOW, IS THIS A SETUP |
| 17:37 | 15 | MOTION?  I MEAN, IT'S PRETTY CLEAR IT'S THE 800-POUND GORILLA, |
| 17:37 | 16 | WHATEVER YOU WANT TO CALL IT.  IS THIS A SETUP MOTION FOR SOME |
| 17:37 | 17 | FURTHER MOTION PRACTICE?  IF IT IS, THEN I THINK, IN FAIRNESS |
| 17:37 | 18 | TO THE COURT, THAT HAS TO BE DISCLOSED. |
| 17:37 | 19 | **THE COURT:**  I'M GOING TO WANT SOMETHING FROM THE |
| 17:37 | 20 | GOVERNMENT OTHER THAN THAT SO I CAN UNDERSTAND HOW MUCH TIME I |
| 17:37 | 21 | NEED -- IF I DO NEED TO -- IF IT'S SO CRITICAL -- IF IT'S |
| 17:37 | 22 | CRITICAL TO THIS TRIAL AND THE VIABILITY OF THIS TRIAL -- I'M |
| 17:37 | 23 | TRYING TO THINK THROUGH IT, AND I CAN'T COME UP WITH AN ANSWER. |
| 17:37 | 24 | BUT IF IT IS -- BECAUSE I DON'T REALLY KNOW ENOUGH ABOUT IT. |
| 17:37 | 25 | I'M TRYING TO THINK, IF HE WERE DISQUALIFIED, WHAT EFFECT IT |

| 17:37 | 1 | WOULD HAVE ON THIS TRIAL.  I'M NOT CERTAIN IF IT WOULD HAVE ANY |
| 17:37 | 2 | EFFECT. |
| 17:37 | 3 | IF I DISQUALIFY HIM TOMORROW, LET'S SAY -- I'M |
| 17:38 | 4 | NOT SAYING I'M GOING TO DO THAT, BUT I NEED TO KNOW THE |
| 17:38 | 5 | CONSEQUENCES IT'S GOING TO HAVE -- I THINK YOU'RE RIGHT.  I |
| 17:38 | 6 | NEED TO KNOW THE CONSEQUENCES FROM THE GOVERNMENT'S STANDPOINT. |
| 17:38 | 7 | IF THEY SAY THEY DON'T KNOW, HONESTLY, TO ME, AS OFFICERS OF |
| 17:38 | 8 | THE COURT, I WILL ACCEPT THAT, AND I'LL HAVE TO FIND OUT THE |
| 17:38 | 9 | ANSWER SOMEHOW.  BUT I AM INTERESTED IN THAT. |
| 17:38 | 10 | I'LL ASK THE GOVERNMENT AT THIS POINT DO YOU |
| 17:38 | 11 | HAVE ANY IDEA -- AND YOU UNDERSTAND WHAT MY CONCERN IS.  IT'S |
| 17:38 | 12 | NOT ABOUT MR. ANDRY; IT'S ABOUT THE TRIAL.  WHEN I SAY "NOT |
| 17:38 | 13 | ABOUT MR. ANDRY," OF COURSE, I'M CONCERNED ABOUT EVERYBODY IN |
| 17:38 | 14 | HERE AT SOME LEVEL. |
| 17:38 | 15 | MR. SMITH:  YOUR HONOR, WE DON'T KNOW THE |
| 17:38 | 16 | IMPLICATIONS OF THIS BECAUSE WE DON'T KNOW THE DIMENSIONS OF |
| 17:38 | 17 | IT.  WHAT WE KNOW WE HAVE SET FORTH IN THESE PAPERS, WHICH I AM |
| 17:38 | 18 | INFORMED HAVE NOW BEEN ELECTRONICALLY FILED AND SERVED ON ALL |
| 17:38 | 19 | PARTIES IN THIS LITIGATION. |
| 17:38 | 20 | WE HAVE BEEN DILIGENTLY DOING AS MUCH RESEARCH |
| 17:39 | 21 | INTO THIS AS WE COULD DO ON OUR OWN PRIOR TO FILING THIS.  WE |
| 17:39 | 22 | KNOW THIS IS NOT -- THIS IS A SERIOUS MATTER, AND WE DIDN'T |
| 17:39 | 23 | FEEL LIKE WE COULD JUST DO IT UNTIL WE WERE SURE OF SOME FACTS. |
| 17:39 | 24 | SO THE FACTS THAT WE HAVE BEEN ABLE TO ASCERTAIN ARE SET FORTH |
| 17:39 | 25 | IN OUR PAPERS. |

FINAL DAILY COPY

17:39   1        WE FEEL CERTAIN, AS MR. ANDRY SUGGESTED, THERE

17:39   2   ARE MORE FACTS OF WHICH WE ARE NOT AWARE, AND I THINK -- WE

17:39   3   FEEL LIKE, BECAUSE IT'S A POTENTIAL CONFLICT OF INTEREST, THAT

17:39   4   IT WAS INCUMBENT UPON US TO MAKE THE COURT AWARE OF IT.

17:39   5        **THE COURT:**  WHAT HAPPENS IF YOU ARE RIGHT AND

17:39   6   MR. ANDRY IS DISQUALIFIED?  I GUESS I NEED TO KNOW.  FRANKLY, I

17:39   7   CAN'T THINK THROUGH IT AT THIS POINT WHAT EFFECT DOES IT HAVE

17:39   8   ON THE TRIAL TO THIS POINT.  MR. ANDRY HAS QUESTIONED THE

17:39   9   PLAINTIFFS AND HE HAS QUESTIONED -- I'M TALKING ABOUT FROM THE

17:39   10  TRIAL ITSELF.  HE HAS QUESTIONED THE PLAINTIFFS AND HE HAS

17:39   11  QUESTIONED THIS WITNESS.

17:40   12       NOW, DOES IT SOMEHOW LEACH OVER TO EVERYTHING

17:40   13  ELSE, AND TO WHAT EXTENT, AND WHAT REMEDIES SHOULD THE COURT

17:40   14  DO?  I DON'T KNOW.  THE REASON I WAS SO UPSET, FRANKLY, IS IT

17:40   15  COULD AFFECT ALL OF THIS WORK, WHICH WOULD BE GIGANTICALLY

17:40   16  UNFORTUNATE.  BECAUSE IT PROBABLY, IN SUBSTANCE, HAS NO EFFECT

17:40   17  ON WHAT THE WITNESSES HAVE SAID, WHAT THE QUESTIONS HAVE BEEN

17:40   18  FROM THE GOVERNMENT, AND WHAT THE QUESTIONS HAVE BEEN FROM THE

17:40   19  PLAINTIFF.

17:40   20       SO I GUESS WHAT FRUSTRATES ME IS, AS A

17:40   21  SUBSTANTIVE MATTER, I CAN'T SEE ANY KNOWLEDGE GAINED THROUGH

17:40   22  JEFFERSON PARISH ABOUT THE THINGS THAT HAVE HAPPENED HERE, OR

17:40   23  WHOEVER IT IS.  I DON'T KNOW A THING ABOUT IT.  I GUESS, IF

17:40   24  IT'S FORM OVER SUBSTANCE, THAT'S ONE THING.  THAT DOESN'T

17:40   25  MEAN -- AND I DON'T HAVE TO DIRECT MYSELF TO IT, BUT I NEED TO

FINAL DAILY COPY

```
17:40    1    KNOW.

17:40    2                   THE COURT RESOURCES ARE VERY VALUABLE AND VERY

17:41    3    LIMITED, AND WE HAVE PEOPLE COMING FROM ALL OVER TO TESTIFY.  I

17:41    4    NEED TO KNOW, IN THE GRAND SCHEME OF THINGS, WHEN DO I HAVE TO

17:41    5    ADDRESS THIS TO PRESERVE THE INTEGRITY OF THE TRIAL SO THAT THE

17:41    6    TRIAL -- AGAIN, THIS IS NOT BASED ON ANY RESEARCH OR LOOKING AT

17:41    7    THE MOTION.  I DON'T THINK -- THIS IS VERY SUPERFICIAL -- THAT

17:41    8    IT WOULD DISRUPT THE TRIAL SO THAT IT WOULD HAVE TO BE REDONE

17:41    9    AND WE WOULD HAVE TO START OVER.  I DON'T THINK THAT'S SO.  I

17:41   10    JUST DON'T THINK -- I CAN'T SAY THAT.

17:41   11           MR. DUDENHEFER:  IF I COULD SUGGEST THAT IT MAY BE

17:41   12    THAT THE GOVERNMENT, WHICH HAS PRETTY SIGNIFICANT RESOURCES,

17:41   13    OUGHT TO BE THE ONE TO ADDRESS THAT QUESTION AT THIS POINT.

17:41   14    ASSUME THAT THERE WAS --

17:41   15           THE COURT:  I'M GOING TO ADDRESS IT TONIGHT MYSELF,

17:41   16    JUST LOOKING UP ON WESTLAW "MOTION TO DISQUALIFY DURING A TRIAL

17:41   17    AND EFFECT ON TRIAL" AND SEE WHAT I CAN FIND.

17:42   18           MR. DUDENHEFER:  WE'LL DO THE SAME, YOUR HONOR.

17:42   19           THE COURT:  BECAUSE I NEED TO KNOW WHEN DO I GIVE YOU

17:42   20    TIME TO FILE A BRIEF TO RESPOND TO THE MOTION TO DISQUALIFY, IS

17:42   21    THERE A REASON FOR ME TO SUSPEND THE TRIAL -- I CAN TELL YOU

17:42   22    THE GOVERNMENT IS GOING TO HAVE TO GIVE ME A REASON, OR

17:42   23    SOMEBODY, BECAUSE MY INCLINATION IS ABSOLUTELY NOT.  THE COURT

17:42   24    OF APPEALS --

17:42   25           MR. PALMINTIER:  YOUR HONOR, THERE'S ALSO THE
```

FINAL DAILY COPY

17:42   1   QUESTION OF FURTHER DISCOVERY TO DETERMINE THE BASIS OF THEIR

17:42   2   ARGUMENT.

17:42   3           **THE COURT:**  WE HAVEN'T LOOKED AT IT YET.

17:42   4           **MR. PALMINTIER:**  I KNOW.  THEY DIDN'T PROVIDE US WITH

17:42   5   A COPY OF IT.

17:42   6           **THE COURT:**  THEY HAVE COPIES.  IT MAY BE AS SIMPLE

17:42   7   AS --

17:42   8           **MR. SMITH:**  HERE ARE YOUR COPIES.

17:42   9           **MR. PALMINTIER:**  THANK YOU.

17:42  10           **MR. DUDENHEFER:**  YOUR HONOR, THIS COULD BE ANYTHING

17:42  11   FROM --

17:42  12           **THE COURT:**  I'VE BEEN INVOLVED WITH LOTS OF MOTIONS

17:42  13   TO DISQUALIFY.  GENERALLY, THEY'RE BEFORE THE TRIAL.  THE

17:42  14   EFFECT OF IT DURING TRIAL OF ONE OF A PLETHORA, A SQUADRON, A

17:43  15   BATTALION OF LAWYERS, I HAVE NO IDEA.  WHAT THE ASSOCIATION IS

17:43  16   AMONG ALL THE LAWYERS, YOU KNOW, IT MAY BE -- I JUST DON'T SEE

17:43  17   IT AFFECTING THE SUBSTANCE OF THIS TRIAL.  I CANNOT POSSIBLY

17:43  18   SEE HOW IT WOULD.

17:43  19           **MR. STEVENS:**  YOUR HONOR, I HEARD MR. SMITH SAY, "WE

17:43  20   ARE NOT REALLY SURE WHAT THE CONSEQUENCES ARE BECAUSE WE HAVE

17:43  21   NOT ASCERTAINED THE FACTS," AND THAT JUMPS OUT AS IF YOU

17:43  22   HAVEN'T --

17:43  23           **THE COURT:**  WE ARE NOT ARGUING THE MOTION NOW.  LET

17:43  24   ME JUST TELL YOU THE REASON I'M SITTING HERE TALKING WITH YOU,

17:43  25   EVEN IF IT'S ON THE RECORD, IT'S RATHER INFORMAL.  I'M JUST

| | | |
|---|---|---|
| 17:43 | 1 | TELLING YOU MY DEEP AND ABIDING CONCERN IS THE TRIAL AND THE |
| 17:43 | 2 | AMOUNT OF EFFORT NOT ONLY I HAVE PUT IN BUT ALL OF YOU HAVE PUT |
| 17:43 | 3 | IN AND THE WITNESSES HAVE PUT IN, AND THE TIME AND MONEY SPENT. |
| 17:43 | 4 | I CAN'T IMAGINE THAT THIS DISQUALIFICATION MOTION WOULD AFFECT |
| 17:43 | 5 | THE TRIAL TO ANY SIGNIFICANT DEGREE. |
| 17:44 | 6 | **MR. DUDENHEFER:**  I HAVE TO THINK, YOUR HONOR -- |
| 17:44 | 7 | **THE COURT:**  I COULD BE WRONG. |
| 17:44 | 8 | **MR. DUDENHEFER:**  I UNDERSTAND.  BUT I HAVE TO THINK, |
| 17:44 | 9 | YOUR HONOR, AT THIS POINT THAT THE GOVERNMENT, BEING |
| 17:44 | 10 | REPRESENTED THROUGH OFFICERS OF THE COURT, IF THEY FELT LIKE |
| 17:44 | 11 | THE ENTIRE TRIAL WAS IN JEOPARDY, THAT THEY WOULD HAVE AN |
| 17:44 | 12 | OBLIGATION TO POINT THAT OUT TO THE COURT AND NOT LAY IN THE |
| 17:44 | 13 | GAVEL.  SO I THINK -- |
| 17:44 | 14 | **THE COURT:**  WELL, I WOULD HOPE THEY WOULD TELL ME. |
| 17:44 | 15 | **MR. DUDENHEFER:**  -- THAT'S THE RESPONSIBLE THING TO |
| 17:44 | 16 | DO. |
| 17:44 | 17 | **THE COURT:**  I THINK MR. SMITH, AS AN OFFICER OF THE |
| 17:44 | 18 | COURT, IF HE TELLS ME HE DOESN'T KNOW THE CONSEQUENCES, I'M |
| 17:44 | 19 | GOING TO ASSUME HE DOESN'T, BECAUSE HE HAS CERTAINLY NEVER BEEN |
| 17:44 | 20 | DISINGENUOUS WITH ME, AND I ASSUME HE IS NOT BEING AT THIS |
| 17:44 | 21 | TIME. |
| 17:44 | 22 | **MR. SMITH:**  THANK YOU, YOUR HONOR. |
| 17:44 | 23 | **MR. DUDENHEFER:**  I THINK THE POINT IS, YOUR HONOR, |
| 17:44 | 24 | THAT WE SHOULD TAKE A LOOK AT THESE PAPERS TONIGHT.  I THINK |
| 17:44 | 25 | WESTLAW MAY BE OVERHEATED, BUT WE CAN DO THAT AND TAKE A LOOK. |

FINAL DAILY COPY

| 17:44 | 1 | **THE COURT:**  MAYBE WE'LL START COURT -- WELL, TONI I'M |
| 17:44 | 2 | SORRY, BUT WE BETTER START AT -- YOU KNOW, WE ARE GOING TO HAVE |
| 17:44 | 3 | TO DISCUSS THIS ISSUE.  I HAVE CRIMINAL MATTERS AT 9:00. |
| 17:45 | 4 | THANK YOU, SHEENA.  I KNOW WHY SHEENA WAS |
| 17:45 | 5 | LOOKING AT ME. |
| 17:45 | 6 | WE'LL HAVE TO START AT 9:30 WHATEVER HAPPENS, |
| 17:45 | 7 | AND I MAY IN THE MORNING SAY WHAT I HAVE SAID WHEN I WAS MORE |
| 17:45 | 8 | UPSET THAN I AM NOW:  WE ARE GOING TO PROCEED, AND I WILL RULE |
| 17:45 | 9 | ON THE MOTION WHEN I RULE ON THE MOTION.  WHICH IS PRETTY MUCH |
| 17:45 | 10 | WHAT I'M INCLINED TO DO BECAUSE, OTHERWISE, A RULING WOULD BE |
| 17:45 | 11 | VASTLY SUPERFICIAL SINCE I HAVEN'T SEEN YOUR RESPONSE.  THERE'S |
| 17:45 | 12 | NO WAY I CAN DO IT.  I HAVE TOO MUCH ON MY PLATE. |
| 17:45 | 13 | **MR. DUDENHEFER:**  WE WILL BE HERE AT 9:30 PREPARED TO |
| 17:45 | 14 | ASSESS THIS TO THE EXTENT WE ARE ABLE. |
| 17:45 | 15 | **THE COURT:**  IT LOOKS LIKE A VERY THICK MOTION. |
| 17:45 | 16 | **MR. STEVENS:**  IN THE INTERIM, YOUR HONOR -- |
| 17:45 | 17 | **THE COURT:**  AFTER I GET THROUGH WITH THE MANDAMUS |
| 17:45 | 18 | RESPONSE, I'LL DO THIS. |
| 17:45 | 19 | **MR. STEVENS:**  IN THE INTERIM, SINCE THEY HAVEN'T |
| 17:45 | 20 | ASCERTAINED THE FACTS, IT'S A PRELIMINARY POTENTIAL CONFLICT, |
| 17:45 | 21 | COULD WE ASK FOR AN ORDER THAT THIS NOT BE PUBLISHED, THAT THEY |
| 17:46 | 22 | DON'T PUT THIS IN THE NEWSPAPER OR ANYTHING AND BRING ALL THIS |
| 17:46 | 23 | PRESSURE ON SOMEBODY, ONLY TO FIND OUT TOMORROW, WHEN THEY |
| 17:46 | 24 | LEARN THE FACTS, THAT IT'S ALL IRRELEVANT AND IT MEANS NOTHING. |
| 17:46 | 25 | **THE COURT:**  I DON'T GENERALLY PUT GAG ORDERS IN CIVIL |

| | | |
|---|---|---|
| 17:46 | 1 | CASES, BUT WHY DON'T YOU ASK THEM IF THEY -- |
| 17:46 | 2 | **MR. PALMINTIER:**  I'M SURE THEY WILL AGREE TO DO THAT. |
| 17:46 | 3 | THEY WOULDN'T NOT WANT TO DO THAT. |
| 17:46 | 4 | **MR. STEVENS:**  WELL, IT'S NOW FILED OF RECORD, AND I |
| 17:46 | 5 | THINK MAYBE -- YES, IT'S ALREADY ON CM/ECF. |
| 17:46 | 6 | **THE COURT:**  IT'S A MATTER OF RECORD, SO USE YOUR |
| 17:46 | 7 | DISCRETION.  IT WON'T HAVE ANY EFFECT ON A JURY OR ON ME. |
| 17:46 | 8 | WHATEVER THEY SAY, WHAT'S GOING TO HAVE AN EFFECT IS THE LAW |
| 17:46 | 9 | AND THE ARGUMENT.  I JUST WOULD LIKE A LITTLE MORE COHERENT -- |
| 17:46 | 10 | IN THE MORNING, I EXPECT FROM THE GOVERNMENT A MORE COHERENT |
| 17:46 | 11 | DISCUSSION AS TO WHAT EFFECT THIS HAS ON THIS TRIAL AND WHAT |
| 17:46 | 12 | THEY RECOMMEND THE COURT SHOULD DO AND WHY, LIKEWISE FROM THE |
| 17:46 | 13 | PLAINTIFFS. |
| 17:46 | 14 | **MR. DUDENHEFER:**  YES, YOUR HONOR. |
| 17:46 | 15 | **THE COURT:**  AS IF WE DIDN'T HAVE ENOUGH ISSUES, AND |
| 17:46 | 16 | THIS DOES SEEM -- AND DON'T FORGET THESE CASES -- PLEASE KEEP |
| 17:47 | 17 | IN MIND THIS IS NOT THE SAME CASE AS THE LEVEE.  I DON'T KNOW |
| 17:47 | 18 | ANYTHING ABOUT A JOINT DEFENSE AGREEMENT.  ALL I KNOW IS, IN |
| 17:47 | 19 | THIS UMBRELLA, ALL OF THESE CASES ARE SEPARATE.  WE DID SOME |
| 17:47 | 20 | THINGS FOR CONVENIENCE OF THE PARTIES, AND THE GOVERNMENT AS |
| 17:47 | 21 | WELL, SO THAT DISCOVERY COULD BE NOT MULTIPLE DISCOVERY, TO TRY |
| 17:47 | 22 | TO CONSOLIDATE IT IN THAT REGARD, BUT THE CASES ARE SEPARATE |
| 17:47 | 23 | AND PRISTINE. |
| 17:47 | 24 | THAT DOESN'T MEAN, IF SOMEBODY HAS A CONFLICT IN |
| 17:47 | 25 | THE RESPONDER CASE OR THE BARGE OR ONE OF THE OTHER INSURANCE |

FINAL DAILY COPY

17:47    1    CATEGORIES, THAT THEY ARE CONFLICTED OUT OF -- IF ONE OF THEM

17:47    2    IS IN THE BARGE, THEY DON'T ALL LEACH OVER TO EACH OTHER IS

17:47    3    WHAT I'M SAYING.  AGAIN, I DON'T KNOW THE BASIS OF THE MOTION.

17:47    4    KEEP IN MIND THE NATURE OF THIS UMBRELLA.  IT'S NOT ONE CASE.

17:47    5    IT'S A BUNCH OF DIFFERENT CASES.

17:47    6              MR. PALMINTIER:  YOUR HONOR, WE UNDERSTAND, AND WE

17:47    7    UNDERSTAND THE COURT'S DESIRE TO PROTECT IT.  YOU HAVE, I

17:48    8    THINK, AMONG ALL OF US, A CHOIR LISTENING TO YOU.  BUT HAVING

17:48    9    SOME FAMILIARITY WITH THIS KIND OF CONDUCT AND IN TERMS OF

17:48   10    THESE KINDS OF PROCEDURES, I SUGGEST TO YOU THAT, AMONG OTHER

17:48   11    THINGS, WHAT THE GOVERNMENT HAS DONE BY THIS AGGRESSIVE ACT IS

17:48   12    TO EXPOSE ITSELF TO A RESPONSE.  I KNOW THE COURT DOESN'T LIKE

17:48   13    THAT IDEA, AND WE DON'T INTEND TO DO THAT --

17:48   14              THE COURT:  LET ME SAY THIS.  ONCE I DECIDE -- I'M

17:48   15    PROBABLY GOING TO DECIDE TONIGHT WITHOUT ANY OF YOUR HELP --

17:48   16    WHAT THIS DISQUALIFICATION MEANS, IF I DECIDE IT DOESN'T TAINT

17:48   17    THE TRIAL, I'LL DECIDE IT AFTER THE -- YOU KNOW, I'LL DECIDE IT

17:48   18    WHEN I'M GOOD AND READY.  IF I DECIDE IT IMPACTS THE TRIAL,

17:48   19    THEN I WILL HAVE TO TAKE IT UP, AND IT'S GOING TO BE ON A

17:48   20    SUPER-ACCELERATED BASIS.  IT MAY BE AT MIDNIGHT.

17:48   21              MR. PALMINTIER:  WE ARE DEALING WITH A YOUNG WOMAN'S

17:48   22    PROFESSIONAL STANDING, FRANKLY, YOUR HONOR, AND THIS IS NOT

17:48   23    SOMETHING WE SHOULD TAKE LIGHTLY.

17:48   24              THE COURT:  WELL, I UNDERSTAND.  I'M NOT TAKING THAT

17:48   25    LIGHTLY, BUT LET ME SAY THIS:  THAT PROFESSIONAL STANDING COMES

FINAL DAILY COPY

1669

17:49    1  | SECOND TO THE INTEGRITY OF THIS TRIAL.  THAT'S WHAT I'M TRYING

17:49    2  | TO SAY.  IF I'M SATISFIED THAT THIS DOES NOT AFFECT THE

17:49    3  | INTEGRITY OF THIS TRIAL, THEN I HAVE GOT PLENTY TO DO, AND I'M

17:49    4  | GOING TO FOCUS ON THIS TRIAL.  IT WILL BE DECIDED WHEN I AM

17:49    5  | GOOD AND READY, IF I DECIDE THAT.

17:49    6  |          **MR. PALMINTIER:**  THANK YOU, JUDGE.

17:49    7  |          **MR. SMITH:**  THANK YOU, YOUR HONOR.

17:49    8  |          **THE COURT:**  I EXPECT SOMETHING TOMORROW FROM THE

17:49    9  | GOVERNMENT ABOUT, "JUDGE, THESE ARE WHAT WE THINK THE

17:49   10  | CONSEQUENCES ARE."  IF YOU STILL DON'T KNOW TOMORROW, IT'S

17:49   11  | GOING TO BE DECIDED AFTER THE TRIAL UNLESS I FIND SOMETHING ON

17:49   12  | WESTLAW TONIGHT.  WE ARE ADJOURNED.

17:49   13  |          **THE DEPUTY CLERK:**  ALL RISE.

17:49   14  |          (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.)

17:49   15  |                        * * *

17:49   16  |                     **CERTIFICATE**

17:49   17  |          I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

17:49   18  | REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT

17:49   19  | OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE

17:49   20  | AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND

17:49   21  | UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE

17:49   22  | ABOVE-ENTITLED AND NUMBERED MATTER.

17:49   23  |
17:49

17:49   24  |

17:49   25  |                          S/ TONI DOYLE TUSA
17:49        |                          TONI DOYLE TUSA, CCR, FCRR
             |                          OFFICIAL COURT REPORTER

                        FINAL DAILY COPY

## $

$1 [1] 1539/3
$1 MILLION [1] 1539/3
$1,200,000 [1] 1539/4
$10,000 [3] 1653/1 1653/2 1653/3
$100,000 [2] 1625/9 1625/11
$120,000 [1] 1648/21
$143,000 [1] 1635/11
$165,784 [1] 1628/9
$165,784.04 [1] 1628/25
$188,510.39 [1] 1629/9
$2 [2] 1538/17 1539/8
$2 MILLION [1] 1538/17
$2 MILLIONS [1] 1539/8
$200,000 [1] 1625/8
$22,716.39 [1] 1629/5
$4,500 [2] 1653/1 1653/2
$5,000 [1] 1610/20
$50,000 [2] 1653/20 1654/1
$6,000 [2] 1653/2 1653/15
$6,500 [1] 1653/15
$600 [1] 1539/4
$675 [1] 1613/1
$7,000 [1] 1654/9

## '

'90S [1] 1619/17

## .

.6 [1] 1538/15
.7 [2] 1538/14 1538/15
.8 [1] 1537/6

## 0

0003 [1] 1586/9
0010 [1] 1586/14
0032 [1] 1655/6
0033 [1] 1655/6
0069 [1] 1586/14
0101 [1] 1586/8
0116 [1] 1586/15
0117 [1] 1586/14
0118 [1] 1586/15
0191 [1] 1586/15
0195 [1] 1586/15
0206 [1] 1573/22
0206-1 [1] 1574/3
0207 [1] 1586/14
0242 [1] 1586/15
0412C [1] 1586/9
0430 [1] 1536/4
0451 [2] 1536/20 1586/8
0500 [1] 1536/4
06-CV-2268-K [1] 1520/5

## 1

1,000 [1] 1557/6
1,320 FEET [1] 1555/12
1,970 FEET [1] 1555/14
1.0 [1] 1536/25
1.1 [1] 1537/5
1.5 FEET [2] 1568/15 1570/15
10 [5] 1545/8 1551/1 1558/11 1579/25 1584/25
10.1 [1] 1536/4
10.1 FEET [1] 1536/3
100 [3] 1559/21 1575/11 1577/24
100 FEET [1] 1577/2
100,000 [1] 1609/5
1000 [1] 1520/16
10022 [1] 1522/4
1006 [3] 1656/15 1656/19 1657/8
11 [2] 1536/20 1574/2

11 FEET [3] 1536/9 1536/10 1536/13 1536/16
1100 [1] 1521/3
111 [1] 1537/14
12 [4] 1562/12 1562/16 1579/25 1648/5
12 FEET [2] 1560/25 1568/9
12-BY-4 [1] 1603/4
12-FOOT [1] 1545/8
1200 [2] 1589/11 1589/12
1205 [1] 1521/24
123 [2] 1633/9 1633/21
126 [1] 1634/25
1261 [1] 1521/13
127 [1] 1634/25
13 [5] 1527/2 1562/12 1562/16 1563/3 1563/7
13 MILES [3] 1575/11 1576/22 1577/2
13-FOOT [1] 1562/9
1366 [1] 1521/14
138 [2] 1629/17 1629/21
140 [1] 1629/18
1496 [2] 1601/23 1603/7
1496.21 [1] 1604/9
15 [5] 1540/23 1541/10 1566/25 1567/21 1584/25
15 FEET [2] 1563/3 1579/25
15-FEET [1] 1563/7
15-MINUTE [1] 1540/25
150 [1] 1574/8
151 [1] 1648/4
159 [1] 1649/21
16 [1] 1568/13
16 FEET [2] 1568/13 1570/13
16,900,000 [1] 1578/10
16,962,575 CUBIC [1] 1574/20
16-FOOT [1] 1569/14
16.5 [1] 1537/4
161 [4] 1537/8 1537/16 1537/19 1537/20
17 [3] 1575/22 1634/25 1655/16
17 FEET [1] 1577/2
17 MILLION [2] 1575/21 1578/14
17 MILLION CUBIC [3] 1574/22 1575/4 1576/7
17.5 [7] 1533/19 1551/1 1552/16 1570/13 1575/11 1579/23 1579/25
17.5 FEET [5] 1551/20 1552/4 1552/8 1579/9 1579/18
17.5-FOOT [3] 1549/11 1555/22 1555/23
1709 [3] 1587/13 1628/19 1628/21
1713 [1] 1657/5
1714 [1] 1596/15
1715 [1] 1586/8
1719 [4] 1586/8 1587/18 1587/19 1587/24
1720 [3] 1587/18 1587/19 1587/24
1723 [2] 1587/20 1588/1
1739 [1] 1656/14
174 [2] 1536/21 1536/23
176 [2] 1537/7 1537/7
18 [2] 1527/2 1632/16
18 FEET [1] 1537/5
18 INCHES [1] 1570/16
18-FOOT [1] 1560/20
1963 [2] 1574/11 1577/4
1965 [2] 1544/6 1582/15
1968 [1] 1544/9
1980 [5] 1571/11 1571/19 1571/22 1572/17 1572/17
1984 [1] 1618/23
1985 [1] 1619/6
1990S [1] 1619/11
1995 [1] 1619/5

## 2

2,000 [1] 1539/3
2,700 POUNDS [1] 1578/6
2.0 [1] 1536/1
2.1 [1] 1536/1
2.2 [2] 1576/18 1576/20
2.2 MILLION CUBIC [2] 1575/14 1578/14
2.3 [1] 1547/18
20 [10] 1525/17 1525/19 1525/21 1531/8 1540/19 1540/21 1563/3 1583/6 1589/8 1618/25
20 FEET [3] 1566/25 1567/21 1579/12
20 PERCENT [7] 1594/11 1598/25 1626/15 1626/19 1626/22 1633/4 1645/10
20-MINUTE [1] 1540/24
20.5 FEET [1] 1569/16
2001 [1] 1569/20
2004 [3] 1574/11 1577/5 1620/9
20044 [1] 1522/18
2005 [5] 1560/20 1620/11 1620/13 1620/20 1624/17
2008 [5] 1535/14 1536/20 1627/2 1652/19 1655/9
2009 [4] 1520/7 1524/2 1527/1 1532/15
2100 [2] 1617/6 1617/19
2138 [1] 1558/4
2138.2 [2] 1548/7 1558/5
2153 [3] 1531/19 1531/23 1583/16
2156 [1] 1588/2
2157 [1] 1587/25
23 [6] 1525/17 1525/19 1525/21 1528/20 1633/10 1633/21
24 [1] 1659/21
24 MILLION [1] 1574/19
24,410,295 CUBIC [1] 1574/9
246 [2] 1528/19 1529/1
247 [1] 1528/20
25 [1] 1567/7
25 PERCENT [6] 1567/10 1567/13 1567/23 1569/21 1570/14 1570/16
2626 [1] 1521/24
2655 [1] 1521/10
27 [5] 1525/16 1526/1 1527/1 1527/2 1532/15
27 CUBIC [1] 1578/4
28 [4] 1520/7 1524/2 1624/17 1652/19
29 [1] 1560/20
2C [10] 1531/13 1531/17 1532/10 1532/12 1533/7 1533/17 1579/1 1579/17 1579/22 1580/2

## 3

3,000 [2] 1584/3 1589/21
3,100 [1] 1580/7
30 [6] 1528/19 1528/24 1540/19 1540/19 1540/22 1563/3
30 PERCENT [1] 1531/8
30,000 [1] 1607/23
31 [3] 1532/23 1603/7 1603/7
3102 [1] 1521/3
32 [1] 1655/16
325 [1] 1522/4
33 [1] 1655/17
3668 [1] 1521/7

## 4

4,000 [1] 1589/21
4-FOOT [4] 1602/16 1603/1 1603/2 1607/1
4.5 FEET [1] 1569/6
40 [1] 1548/3

**4**

400 [1] 1564/18
406 [1] 1522/20
45 [1] 1585/5
4500 [3] 1551/18 1551/19 1557/5
47 [1] 1574/5
48 [3] 1535/19 1535/22 1535/23
49 [3] 1535/19 1535/22 1555/19
4:45 [1] 1536/8
4:45 A.M [2] 1535/10 1535/12

**5**

5 FEET [5] 1551/13 1553/15 1553/22 1563/8 1568/10
5 MILLION [1] 1575/19
5 MILLION CUBIC [2] 1575/3 1575/20
5-FOOT [4] 1578/20 1579/9 1600/10 1600/24
5.5 [1] 1575/18
50 [1] 1652/11
50 FEET [1] 1559/24
50 PERCENT [23] 1567/7 1592/24 1592/25 1597/9 1597/14 1624/21 1624/25 1625/19 1625/21 1626/5 1626/9 1626/11 1633/4 1635/14 1635/15 1635/16 1636/18 1651/5 1651/15 1651/19 1651/22 1652/9 1654/1
50-PERCENT-OF-THE-VALUE-OF-THE-HOME [1] 1618/3
500 [3] 1521/6 1522/20 1590/5
504 [1] 1522/21
519 [1] 1521/17
527 [5] 1532/16 1532/21 1532/23 1533/2 1533/4
53 [4] 1547/21 1548/9 1548/21 1555/18
550 [1] 1520/16
5500 [1] 1557/6
556 [1] 1521/6
56 [4] 1531/10 1554/15 1554/17 1555/18
57TH [1] 1522/4
589-7778 [1] 1522/21
59 [7] 1547/20 1548/9 1548/20 1554/14 1554/16 1587/13 1589/1
5:00 [2] 1585/16 1587/2
5:00 IS [1] 1536/13
5:00 TODAY [1] 1585/2
5:15 [1] 1642/4
5:30 [5] 1585/1 1585/6 1587/1 1587/3 1636/13

**6**

60 [2] 1574/5 1574/7
600 [1] 1522/7
601 [1] 1521/10
604 [1] 1522/7
610 [1] 1520/23
618 [1] 1521/20
650 [2] 1555/13 1555/15
654 [3] 1525/17 1525/21 1525/24
655 [1] 1527/1

**7**

7 FEET [3] 1536/6 1536/9 1536/10
7,500 [1] 1580/6
7-AND-A-HALF-FOOT [1] 1551/2
7.4 MILLION [1] 1574/19
7.5 [1] 1574/19
70113 [2] 1520/20 1520/23
70130 [3] 1521/10 1522/8 1522/21
70381 [1] 1521/25
70502 [1] 1521/7
70726 [1] 1521/17
70801 [1] 1521/21

70821 [1] 1521/14
714 [1] 1587/7
716 [1] 1587/16
720 [1] 1560/2
75219 [1] 1521/4
770 FEET [1] 1559/5
7778 [1] 1522/21

**8**

8-BY-4 [1] 1603/5
800-POUND [1] 1660/15
801 [6] 1630/18 1630/22 1630/24 1630/25 1631/4 1633/13
803 [1] 1655/16
80317 [1] 1655/24
84 [3] 1632/12 1632/14 1632/16
855 [1] 1520/19
88 [1] 1546/17
888 [1] 1522/18

**9**

90 PERCENT [1] 1546/17
90071 [1] 1520/16
96.1 [2] 1547/20 1548/1
96.31 [3] 1554/4 1554/13 1560/22
9:00 [1] 1666/3
9:30 [2] 1666/6 1666/13

**A**

A.M [2] 1535/10 1535/12
ABANDONED [1] 1597/3
ABIDING [1] 1665/1
ABILENE [1] 1618/23
ABILITY [1] 1669/20
ABLE [14] 1528/11 1528/15 1581/25 1597/2 1600/9 1605/12 1606/21 1606/25 1616/10 1642/5 1648/15 1651/17 1661/24 1666/14
ABLY [1] 1579/12
ABOUT [110] 1524/20 1527/15 1527/20 1529/10 1529/13 1533/20 1534/21 1535/9 1535/10 1535/23 1536/23 1539/13 1539/18 1540/19 1540/23 1543/7 1545/15 1546/4 1546/13 1547/16 1547/23 1549/20 1549/23 1551/1 1553/10 1554/25 1555/25 1559/5 1562/4 1562/6 1562/9 1562/15 1563/2 1565/6 1565/14 1565/15 1565/18 1565/23 1566/11 1569/21 1569/25 1570/9 1570/9 1570/18 1572/19 1572/23 1572/24 1574/23 1575/3 1575/5 1577/15 1577/19 1579/2 1580/3 1580/4 1581/8 1581/11 1585/3 1585/5 1585/5 1587/10 1587/12 1587/21 1592/7 1594/20 1595/22 1603/8 1603/8 1603/13 1609/15 1610/3 1610/4 1610/11 1613/3 1617/7 1621/24 1622/12 1627/12 1628/4 1630/2 1631/9 1633/20 1636/11 1637/16 1638/17 1641/23 1644/10 1648/5 1649/22 1652/3 1652/9 1653/14 1654/10 1657/1 1657/14 1657/21 1657/23 1657/23 1660/4 1660/7 1660/24 1661/12 1661/12 1661/13 1661/13 1662/9 1662/22 1662/23 1667/18 1669/9
ABOVE [8] 1552/15 1552/16 1555/22 1556/8 1563/12 1571/7 1607/2 1669/22
ABOVE-ENTITLED [1] 1669/22
ABSENT [1] 1625/8
ABSOLUTELY [10] 1555/10 1555/15 1581/7 1586/7 1609/1 1621/16 1639/14 1643/20 1655/22 1663/23
ACCELERATED [1] 1668/20
ACCEPT [5] 1594/21 1621/11 1635/8 1641/23 1661/8

ACCEPTANCE [5] 1527/16 1527/23 1527/25 1528/2 1528/7
ACCEPTED [12] 1526/8 1526/11 1526/15 1527/6 1527/9 1597/18 1605/1 1607/21 1619/16 1635/7 1645/20 1652/6
ACCESS [4] 1530/14 1530/17 1600/5 1650/7
ACCESSIBLE [1] 1599/15
ACCOMMODATING [1] 1641/20
ACCORDING [3] 1551/17 1555/3 1563/24
ACCOUNT [2] 1524/10 1598/5
ACCOUNTANT [1] 1539/10
ACCUMULATED [1] 1597/13
ACCURATE [9] 1524/25 1525/1 1525/4 1534/14 1539/9 1584/8 1593/2 1598/1 1653/9
ACCURATELY [1] 1576/16
ACCUSTOMED [1] 1573/12
ACHIEVE [1] 1528/12
ACKNOWLEDGED [1] 1636/22
ACQUIESCE [1] 1633/14
ACROSS [2] 1540/12 1611/9
ACT [1] 1668/11
ACTING [1] 1533/15
ACTION [11] 1531/2 1544/21 1561/23 1561/25 1562/1 1562/6 1563/1 1563/12 1563/17 1582/23 1642/16
ACTIVITIES [2] 1566/12 1566/22
ACTUAL [15] 1529/7 1596/7 1614/9 1616/17 1618/9 1620/3 1620/21 1622/21 1623/9 1626/3 1626/10 1646/6 1649/7 1651/16 1660/8
ACTUALLY [19] 1532/2 1548/12 1555/18 1570/3 1578/16 1579/17 1605/6 1605/10 1613/16 1619/6 1621/11 1631/7 1631/17 1631/19 1634/5 1635/15 1650/6 1651/8 1656/16
ACV [4] 1622/21 1623/13 1623/18 1623/20
ADAMS [1] 1620/17
ADAPTIVE [1] 1531/5
ADD [9] 1536/9 1555/13 1561/16 1561/21 1577/17 1582/15 1593/6 1595/5 1657/1
ADDED [4] 1561/4 1578/22 1578/22 1645/7
ADDING [1] 1629/8
ADDITION [4] 1534/6 1542/24 1557/23 1608/10
ADDITIONAL [16] 1573/7 1593/6 1593/25 1595/6 1598/21 1605/24 1606/6 1611/18 1611/22 1612/2 1612/20 1621/4 1644/25 1649/6 1652/14 1654/4
ADDRESS [6] 1639/13 1639/15 1658/8 1663/5 1663/13 1663/15
ADDRESSES [2] 1525/8 1526/3
ADDRESSING [1] 1638/18
ADEQUATE [1] 1598/25
ADJACENT [1] 1627/13
ADJOURNED [1] 1669/12
ADJUST [7] 1589/22 1590/2 1590/4 1590/10 1595/15 1599/10 1606/10
ADJUSTED [2] 1589/9 1590/8
ADJUSTER [13] 1585/12 1587/9 1594/16 1594/19 1594/20 1594/22 1597/24 1608/19 1613/19 1620/14 1620/22 1622/5 1622/12
ADJUSTERS [4] 1597/19 1605/3 1605/8 1605/10
ADJUSTING [12] 1588/18 1588/19 1588/21 1589/7 1589/24 1597/20 1605/1 1620/10 1620/20 1620/21 1621/14

A

ADJUSTING... [1]  1636/1
ADJUSTMENT [5]  1588/20 1590/11 1590/14 1594/7 1605/25
ADJUSTMENTS [6]  1589/12 1589/16 1589/20 1593/24 1596/7 1597/23
ADMISSIBLE [1]  1571/3
ADMITTED [4]  1532/4 1583/12 1583/23 1586/17
ADOPT [4]  1632/25 1633/2 1633/3 1633/17
ADOPTED [4]  1634/11 1634/14 1635/18 1650/23
ADVANCE [1]  1525/13
ADVANCED [3]  1588/18 1588/19 1588/21
ADVERTISEMENTS [1]  1655/7
ADVISING [1]  1640/18
ADVISORY [1]  1640/18
AFFECT [3]  1662/15 1665/4 1669/2
AFFECTED [5]  1567/1 1567/4 1604/3 1615/4 1622/16
AFFECTING [2]  1643/6 1664/17
AFFECTS [1]  1644/1
AFFORD [2]  1573/13 1573/13
AFTER [29]  1540/3 1550/10 1550/17 1556/24 1558/15 1563/22 1564/4 1571/22 1572/17 1590/23 1591/11 1591/24 1592/2 1592/4 1593/18 1599/21 1601/9 1601/10 1618/25 1619/3 1632/20 1642/3 1642/20 1643/23 1654/15 1654/15 1666/17 1668/17 1669/11
AFTERNOON [5]  1520/10 1524/1 1539/14 1585/9 1586/3
AFTERWARDS [1]  1602/22
AGAIN [28]  1536/22 1545/16 1549/25 1553/16 1557/3 1567/21 1571/4 1572/24 1583/15 1594/10 1598/24 1605/1 1605/17 1606/23 1606/25 1623/22 1624/10 1634/6 1635/23 1636/10 1642/2 1643/12 1648/16 1649/24 1650/2 1650/3 1663/6 1668/3
AGAINST [10]  1524/19 1524/21 1525/1 1605/17 1626/17 1638/17 1651/6 1651/13 1651/13 1651/20
AGENT [3]  1625/6 1625/24 1633/12
AGENTS [1]  1625/3
AGGREGATED [1]  1526/14
AGGRESSIVE [2]  1544/21 1668/11
AGO [1]  1605/5
AGREE [7]  1546/16 1547/10 1564/2 1573/13 1574/15 1623/8 1667/2
AGREED [2]  1624/10 1625/15
AGREED-UPON [1]  1625/15
AGREEMENT [4]  1637/12 1659/3 1659/4 1667/18
AGREES [1]  1622/23
AHEAD [8]  1539/19 1543/20 1561/15 1587/6 1635/25 1640/19 1653/25 1655/4
AIR [1]  1593/14
AL [3]  1520/5 1520/7 1534/24
ALE [13]  1593/25 1594/4 1594/11 1599/6 1613/10 1613/12 1613/15 1613/21 1613/24 1626/21 1645/4 1646/4 1652/16
ALEATORY [1]  1529/19
ALIGNMENT [1]  1568/22
ALL [105]  1524/3 1524/13 1531/6 1531/9 1538/25 1541/1 1541/2 1541/3 1541/7 1544/12 1546/18 1547/14 1547/17 1550/19 1552/14 1552/21 1557/12 1559/10 1560/21 1561/21 1574/7

1576/23 1579/6 1580/5 1583/5 1584/3 1584/6 1585/8 1585/8 1585/22 1586/6 1586/13 1589/6 1591/7 1591/16 1591/20 1592/4 1595/23 1596/25 1597/6 1600/1 1600/21 1603/3 1603/17 1603/20 1603/21 1607/13 1608/13 1609/8 1611/9 1611/10 1612/4 1612/13 1612/13 1612/15 1612/22 1613/9 1615/4 1615/5 1616/15 1616/22 1616/23 1619/7 1620/19 1621/8 1624/13 1625/12 1627/4 1627/15 1627/25 1629/8 1633/9 1637/23 1639/23 1640/14 1640/15 1640/25 1641/4 1642/7 1642/11 1645/7 1650/2 1650/10 1651/3 1652/10 1653/4 1653/19 1654/25 1655/3 1655/4 1657/23 1658/1 1658/4 1660/9 1661/18 1662/15 1663/3 1664/16 1665/2 1666/22 1666/24 1667/18 1667/19 1668/2 1668/8 1669/13
ALLEGED [1]  1659/3
ALLOW [16]  1539/17 1539/24 1540/3 1543/19 1546/23 1546/24 1583/24 1583/25 1607/23 1610/24 1619/19 1619/23 1625/2 1647/22 1657/7 1657/12
ALLOWED [2]  1539/19 1543/15
ALMOST [4]  1597/3 1623/17 1625/13 1659/20
ALONE [2]  1574/4 1659/25
ALONG [17]  1541/1 1543/25 1546/19 1548/24 1554/13 1558/4 1560/21 1561/1 1563/21 1566/17 1567/4 1567/7 1570/6 1574/21 1576/4 1579/11 1596/8
ALREADY [3]  1577/8 1619/16 1667/5
ALSO [42]  1522/6 1534/19 1546/6 1546/16 1547/3 1550/13 1551/16 1557/23 1557/24 1558/5 1560/15 1561/7 1561/13 1562/13 1563/1 1567/4 1569/8 1579/2 1579/3 1585/2 1585/3 1590/10 1591/18 1593/24 1594/12 1596/17 1598/21 1604/20 1605/24 1606/10 1610/2 1611/7 1611/18 1615/20 1617/18 1622/6 1630/17 1642/15 1645/8 1650/23 1653/24 1663/25
ALTERNATIVE [8]  1525/4 1531/20 1626/14 1626/21 1644/20 1644/22 1645/1 1649/6
ALTHOUGH [3]  1550/19 1619/20 1659/12
ALWAYS [5]  1607/13 1633/6 1651/6 1651/13 1651/19
AM [7]  1580/7 1644/3 1660/7 1661/9 1661/17 1666/8 1669/4
AMARILLO [1]  1588/18
AMAZED [2]  1569/22 1609/12
AMBUSH [1]  1639/17
AMEND [1]  1543/15
AMERICA [1]  1520/7
AMIN [1]  1522/11
AMONG [3]  1664/16 1668/8 1668/10
AMOUNT [53]  1571/4 1573/8 1573/14 1575/20 1575/25 1578/20 1592/17 1594/9 1596/9 1596/23 1597/13 1598/12 1598/14 1599/2 1599/6 1600/17 1601/7 1601/10 1603/22 1605/20 1605/24 1606/6 1606/10 1608/3 1609/22 1610/13 1610/24 1611/3 1611/12 1611/14 1611/18 1611/22 1613/21 1613/24 1614/24 1615/6 1615/11 1615/16 1615/20 1616/6 1616/18 1617/11 1617/14 1617/18 1623/13 1624/3 1625/15 1625/15 1625/16 1645/9 1647/7 1651/10 1665/2
AMOUNT-OF-DAMAGE [1]  1603/22
AMOUNTING [1]  1624/20

ANALYSES [5]  1525/15 1526/9 1526/12 1565/21 1566/19
ANALYSIS [18]  1558/3 1562/14 1566/15 1569/19 1573/3 1573/8 1607/11 1607/12 1610/12 1610/13 1614/14 1615/24 1616/1 1616/3 1617/8 1618/3 1618/8 1634/17
ANALYTICAL [1]  1530/1
ANALYZE [1]  1530/25
ANALYZED [1]  1626/3
ANALYZING [1]  1530/3
ANDRY [18]  1520/21 1520/22 1637/7 1638/13 1640/3 1642/13 1657/25 1658/10 1658/25 1659/24 1659/24 1660/6 1660/14 1661/12 1661/13 1662/1 1662/6 1662/8
ANDRY'S [1]  1643/14
ANGELES [1]  1520/16
ANOTHER [10]  1524/21 1554/10 1560/4 1570/2 1577/19 1589/16 1605/6 1609/14 1610/18 1624/19
ANSWER [10]  1538/8 1540/2 1543/22 1544/2 1546/5 1546/21 1552/22 1572/5 1660/23 1661/9
ANSWERED [1]  1570/8
ANSWERING [1]  1647/18
ANTHONY [6]  1587/15 1595/9 1596/10 1596/15 1596/18 1613/1
ANTICIPATED [1]  1570/14
ANY [66]  1524/16 1525/7 1526/2 1526/11 1530/7 1537/21 1538/7 1538/24 1542/2 1549/20 1550/4 1554/5 1568/10 1568/12 1568/18 1571/3 1571/23 1582/4 1582/16 1582/20 1583/19 1586/16 1590/2 1594/17 1597/25 1601/7 1601/15 1610/11 1621/4 1621/13 1621/24 1625/23 1626/2 1626/4 1626/7 1627/25 1631/11 1631/12 1632/22 1638/4 1642/6 1643/8 1643/8 1644/14 1644/14 1645/4 1649/3 1649/7 1652/3 1652/6 1654/5 1654/6 1654/14 1656/8 1657/13 1657/24 1658/6 1658/7 1658/8 1661/1 1661/11 1662/21 1663/6 1665/5 1667/7 1668/15
ANYBODY [5]  1639/25 1644/15 1658/7 1658/8 1658/17
ANYMORE [1]  1599/17
ANYONE'S [1]  1542/19
ANYTHING [17]  1529/23 1542/1 1544/8 1604/6 1626/23 1630/18 1633/6 1638/4 1644/11 1652/9 1657/20 1657/25 1658/13 1659/8 1664/10 1666/22 1667/18
ANYWAY [3]  1545/8 1545/22 1546/2
ANYWHERE [2]  1641/12 1645/6
APART [1]  1607/22
APARTMENT [2]  1612/23 1645/6
APOLOGIZE [2]  1573/9 1583/5
APPALLING [1]  1644/17
APPARENTLY [5]  1563/25 1564/2 1599/16 1635/14 1658/25
APPEALS [1]  1663/24
APPEAR [1]  1552/15
APPEARANCE [1]  1562/14
APPEARANCES [3]  1520/13 1521/1 1522/1
APPEARED [2]  1571/24 1637/17
APPEARS [2]  1535/23 1551/1
APPLES [1]  1632/1
APPLICATION [3]  1527/6 1581/21 1581/22
APPLIED [4]  1538/14 1570/13 1582/5 1603/4
APPLIES [1]  1643/7

**A**

APPLY [4]  1562/21 1589/12 1590/7
1606/3
APPRAISAL [1]  1621/17
APPRAISALS [1]  1621/15
APPRAISER [1]  1619/16
APPRAISERS [1]  1597/19
APPRECIATE [2]  1541/17 1541/17
APPRECIATED [1]  1541/10
APPROACH [10]  1570/25 1581/17
1591/6 1595/18 1596/24 1597/22 1614/7
1623/18 1625/6 1646/3
APPROACHED [1]  1654/3
APPROACHES [1]  1524/12
APPROPRIATE [6]  1531/2 1544/21
1581/15 1581/22 1636/15 1641/22
APPROPRIATELY [1]  1531/1
APPROXIMATELY [12]  1537/4 1537/5
1538/17 1539/3 1555/14 1559/22 1569/6
1575/14 1577/24 1585/6 1589/19 1590/4
APRIL [5]  1520/7 1524/2 1539/15 1540/8
1568/21
APRIL 3 [3]  1539/15 1540/8 1568/21
ARE [136]  1524/14 1525/7 1526/10
1526/23 1528/2 1528/2 1528/7 1528/11
1529/12 1529/14 1530/5 1530/8 1530/8
1530/11 1534/15 1534/16 1537/20
1537/23 1544/8 1545/1 1545/4 1545/4
1549/15 1552/23 1554/9 1555/10
1556/14 1560/25 1561/10 1563/14
1566/1 1568/20 1572/9 1572/19 1574/15
1577/19 1578/1 1579/23 1581/25 1582/5
1584/5 1587/23 1588/1 1588/7 1588/17
1590/25 1591/18 1592/6 1593/15
1593/16 1593/17 1593/18 1593/21
1593/22 1600/6 1603/6 1603/23 1605/2
1608/1 1608/1 1608/10 1608/11 1608/14
1609/4 1609/7 1609/9 1610/25 1612/6
1612/14 1612/15 1612/16 1612/19
1612/25 1613/5 1613/7 1616/22 1621/14
1623/20 1624/23 1626/5 1626/9 1629/20
1630/10 1631/8 1632/13 1633/20
1633/23 1633/25 1636/17 1636/20
1637/22 1638/13 1638/15 1638/16
1638/23 1639/19 1642/20 1643/17
1644/7 1644/11 1644/15 1646/1 1646/5
1648/9 1650/22 1651/17 1651/25
1654/15 1655/25 1656/6 1656/6 1656/12
1657/13 1659/6 1659/11 1659/23 1660/8
1661/24 1662/1 1662/2 1662/5 1663/2
1664/8 1664/20 1664/20 1664/23 1666/2
1666/8 1666/14 1667/19 1667/22 1668/1
1668/21 1669/9 1669/10 1669/12
AREA [12]  1544/4 1547/23 1557/1
1558/5 1567/4 1567/7 1574/5 1582/24
1603/10 1606/24 1612/4 1616/15
AREAS [11]  1542/13 1549/16 1550/13
1551/4 1553/16 1554/20 1556/24
1557/18 1567/1 1579/11 1604/3
ARGUING [1]  1664/23
ARGUMENT [2]  1664/2 1667/9
ARGUMENTATIVE [1]  1647/19
ARGUMENTS [1]  1594/20
AROUND [4]  1536/25 1554/17 1600/1
1632/14
ARRIVAL [1]  1650/6
ARRIVE [1]  1570/25
ARRIVED [3]  1606/15 1623/8 1647/8
ARROGANCE [1]  1530/18
ARTICULATE [1]  1644/2
ARTISAN [1]  1598/9
ARTS [1]  1577/14

AS [203]
ASCERTAIN [1]  1657/21
ASCERTAINED [2]  1664/21 1666/20
ASCERTAINING [1]  1592/6
ASCRIBE [1]  1594/11
ASHLEY [1]  1522/6
ASIDE [1]  1657/24
ASK [38]  1527/13 1532/11 1536/23
1539/13 1539/17 1539/19 1539/20
1539/23 1539/23 1539/24 1541/19
1549/1 1552/14 1553/20 1556/22 1562/3
1564/7 1570/2 1570/8 1572/23 1576/15
1580/4 1581/11 1582/12 1597/17
1600/13 1603/14 1607/10 1607/14
1609/13 1609/17 1614/11 1615/11
1629/22 1660/13 1661/10 1666/21
1667/1
ASKED [25]  1527/2 1529/4 1533/4
1562/6 1563/1 1570/9 1571/15 1574/24
1575/9 1580/4 1581/8 1593/25 1595/8
1603/23 1604/11 1614/4 1614/4 1614/14
1621/21 1633/21 1638/1 1640/5 1640/6
1644/23 1645/3
ASKING [6]  1527/15 1545/17 1561/10
1605/8 1605/10 1631/8
ASSESS [6]  1594/21 1595/5 1595/24
1606/25 1623/18 1666/14
ASSESSED [3]  1592/21 1598/24
1599/22
ASSESSING [3]  1591/10 1607/19
1623/15
ASSESSMENT [5]  1531/4 1531/5
1587/13 1593/2 1624/5
ASSESSOR [1]  1625/7
ASSIGNED [1]  1652/7
ASSIST [2]  1655/17 1657/9
ASSOCIATE [3]  1637/8 1643/14
1658/25
ASSOCIATED [2]  1566/2 1579/24
ASSOCIATES [12]  1520/15 1521/12
1587/21 1588/4 1590/11 1614/16
1614/19 1615/13 1615/21 1616/2 1616/7
1627/14
ASSOCIATES' [1]  1595/12
ASSOCIATION [2]  1659/1 1664/20
ASSUME [4]  1584/11 1663/14 1665/19
1665/20
ASSUMED [1]  1579/25
ASSUMING [4]  1539/17 1636/17
1658/14 1660/14
ASSUMPTION [2]  1625/13 1626/5
ASTRONOMICAL [1]  1623/12
AT [199]
ATTACHED [1]  1590/20
ATTACK [4]  1525/14 1560/12 1563/9
1581/24
ATTEMPT [1]  1535/1 1566/5 1631/12
ATTEMPTED [1]  1568/17
ATTEMPTING [1]  1637/6
ATTENTION [3]  1551/24 1552/23
1553/16
ATTIC [1]  1592/2 1593/16 1595/23
ATTORNEY [3]  1640/22 1647/17 1659/4
ATTORNEYS [1]  1659/3
ATTRIBUTABLE [7]  1567/14 1568/2
1568/16 1568/24 1569/7 1570/14 1571/1
AUGUST [2]  1560/20 1624/17
AUGUST 28 [1]  1624/17
AUGUST 29 [1]  1560/20
AUTHENTICITY [1]  1656/5
AUTHORITIES [3]  1534/9 1534/21
1641/22
AUTHORIZED [7]  1555/4 1558/16

1558/18 1559/12 1561/3 1568/22 1659/5
1659/8 1660/5 1660/6
AVENUE [2]  1521/3 1521/17
AVERAGE [5]  1555/8 1555/12 1555/13
1627/9 1627/10
AVERAGES [1]  1555/14
AWARE [6]  1638/8 1640/16 1640/22
1641/6 1662/2 1662/4
AWAY [7]  1557/7 1596/4 1600/25
1602/21 1602/22 1616/16 1658/6

**B**

B.A [1]  1618/22
BACK [32]  1531/12 1533/23 1535/8
1540/3 1541/14 1542/20 1544/4 1548/2
1551/25 1554/17 1554/23 1554/24
1560/18 1564/25 1579/7 1585/8 1585/20
1591/9 1592/10 1597/5 1598/2 1598/16
1612/9 1613/20 1614/22 1622/18
1623/11 1624/7 1624/16 1628/13
1631/20 1648/11
BACKGROUND [2]  1600/8 1619/20
BAEZA [1]  1522/10
BALANCE [1]  1574/20
BALL [1]  1643/22
BANK [5]  1558/17 1560/7 1561/4
1574/21 1576/4
BAPTIST [2]  1619/3 1619/4
BAPTIST MINISTER [1]  1619/3
BARE [2]  1613/12 1635/14
BARGE [2]  1667/25 1668/2
BARON [1]  1521/2
BARONNE [2]  1520/19 1520/23
BARRIER [1]  1597/14
BASEMENT [1]  1595/21
BASED [17]  1568/11 1569/19 1592/14
1597/1 1598/24 1606/23 1607/16
1610/13 1611/5 1613/7 1622/25 1645/4
1648/20 1649/3 1649/7 1658/25 1663/6
BASEMENT [1]  1595/21
BASIC [3]  1624/22 1628/5 1650/8
BASICALLY [6]  1527/15 1529/12
1531/13 1574/5 1645/19 1650/8
BASIS [7]  1567/12 1626/13 1652/15
1660/1 1664/1 1668/3 1668/20
BATON [2]  1521/14 1521/21
BATTALION [1]  1664/15
BAUMY [1]  1535/4
BAYOU [23]  1547/20 1547/21 1548/19
1548/20 1549/6 1549/6 1549/21 1549/21
1550/12 1550/12 1550/25 1552/3 1552/3
1552/14 1553/3 1554/14 1554/24
1555/17 1557/12 1562/18 1562/19
1574/5 1574/7
BE [144]  1524/4 1524/25 1527/12
1529/18 1531/23 1534/3 1534/17
1534/22 1539/9 1539/19 1540/5 1540/12
1541/8 1545/25 1549/24 1551/1 1552/7
1552/15 1553/2 1554/5 1556/16 1556/18
1558/8 1559/23 1560/24 1562/3 1564/9
1565/2 1566/25 1568/8 1568/16 1568/19
1569/15 1570/15 1570/15 1571/9
1571/13 1571/21 1571/24 1572/14
1572/16 1573/4 1573/5 1574/16 1578/6
1579/24 1582/3 1583/12 1583/23 1585/5
1585/5 1586/2 1586/17 1586/22 1587/10
1587/25 1590/24 1590/24 1591/19
1592/2 1592/9 1592/12 1592/13 1594/1
1595/6 1598/1 1598/8 1598/25 1602/10
1602/14 1603/21 1607/15 1608/7 1608/9
1609/11 1611/2 1611/5 1611/25 1612/3
1612/8 1613/12 1613/16 1621/5 1622/23
1623/3 1623/17 1624/10 1624/18
1625/10 1625/23 1625/24 1626/10

B

BE... [52] 1626/19 1628/22 1632/8
1634/3 1634/3 1637/8 1638/8 1639/1
1639/2 1639/17 1639/25 1640/6 1640/7
1641/13 1641/18 1642/5 1642/18
1643/25 1647/9 1648/15 1648/15
1650/14 1650/15 1651/17 1653/24
1654/2 1655/7 1656/14 1656/19 1657/19
1659/16 1659/17 1659/18 1660/4
1660/18 1662/15 1663/8 1663/11
1663/13 1664/6 1664/10 1664/16 1665/7
1665/25 1666/10 1666/13 1666/21
1667/21 1668/19 1668/20 1669/4
1669/11

BEA [30] 1524/6 1524/10 1525/16
1531/16 1532/9 1536/19 1538/17
1539/13 1539/16 1540/1 1541/14
1543/15 1544/20 1548/16 1551/16
1553/20 1554/13 1556/15 1560/5
1565/10 1569/19 1573/9 1575/16
1578/12 1580/3 1582/13 1583/2 1583/8
1583/11 1584/3

BEACH [1] 1525/13

BEAR [1] 1552/13

BECAME [2] 1562/16 1640/16

BECAUSE [77] 1527/12 1540/3 1542/22
1543/7 1543/13 1543/15 1556/25 1562/4
1572/16 1576/11 1579/18 1579/22
1591/3 1592/23 1595/21 1596/6 1598/8
1599/15 1599/24 1601/5 1602/14 1603/3
1603/13 1603/16 1603/19 1604/1 1605/8
1608/15 1609/15 1610/14 1610/19
1612/3 1612/6 1612/11 1613/6 1614/6
1615/5 1616/14 1617/8 1618/3 1618/6
1621/4 1623/11 1625/12 1627/18
1628/15 1631/16 1632/2 1632/16 1634/2
1635/9 1635/18 1636/3 1638/3 1638/10
1642/21 1645/15 1646/11 1646/23
1650/5 1651/6 1651/8 1651/10 1651/15
1656/25 1657/16 1658/1 1660/3 1660/24
1661/16 1662/3 1662/16 1663/19
1663/23 1664/20 1665/19 1666/10

BECHTLE [1] 1659/7

BECOME [2] 1577/12 1616/17

BECOMES [3] 1544/16 1647/3 1651/9

BECOMING [2] 1541/5 1597/23

BED [3] 1576/9 1576/10 1578/11

BEEN [90] 1524/6 1526/15 1527/4
1527/6 1527/9 1528/6 1528/11 1528/12
1528/13 1528/15 1532/2 1533/20
1538/17 1538/20 1539/5 1539/8 1541/1
1542/1 1542/6 1543/18 1544/10 1548/7
1550/20 1553/13 1553/17 1557/18
1557/18 1557/19 1561/4 1562/1 1568/13
1569/13 1569/14 1569/15 1571/6 1572/6
1576/16 1578/13 1579/14 1581/24
1582/2 1583/3 1583/4 1588/10 1589/7
1593/24 1596/2 1596/3 1596/4 1596/8
1597/2 1597/5 1597/9 1597/15 1600/3
1601/2 1606/15 1606/17 1608/17
1609/16 1612/4 1612/23 1613/10 1615/6
1615/7 1616/14 1616/16 1621/2 1621/8
1622/15 1623/15 1623/16 1625/24
1627/16 1635/24 1637/6 1637/21
1638/10 1639/16 1640/24 1641/1
1648/11 1658/19 1661/18 1661/20
1661/24 1662/17 1662/18 1664/12
1665/19

BEFORE [27] 1520/10 1530/20 1539/12
1540/2 1544/5 1544/9 1551/5 1552/10
1572/17 1583/9 1591/20 1592/11
1598/13 1598/17 1604/23 1612/18
1622/18 1623/7 1628/14 1630/8 1638/1
1641/9 1646/20 1648/1 1646/5 1649/8
1649/14 1664/13

BEG [1] 1619/9

BEGAN [2] 1556/24 1595/24

BEGIN [7] 1590/18 1590/21 1591/3
1591/10 1592/20 1593/4 1593/11

BEGINNING [2] 1539/1 1634/25

BEHIND [2] 1545/5 1563/25

BEING [18] 1541/18 1575/16 1593/2
1594/1 1594/5 1596/15 1598/22 1608/24
1608/25 1613/22 1615/2 1621/21
1626/18 1645/9 1663/13 1659/19 1665/9
1665/20

BELABOR [1] 1563/13

BELIEF [1] 1613/15

BELIEVE [7] 1535/18 1536/24 1539/9
1628/22 1646/8 1649/20 1656/13

BELIEVED [1] 1647/12

BELIEVES [3] 1624/15 1629/2 1629/5

BELOW [10] 1546/10 1547/21 1551/25
1553/15 1557/9 1557/15 1557/15
1563/12 1574/5 1602/25

BENCH [1] 1637/5

BENCHMARK [9] 1593/1 1593/21
1597/14 1651/5 1651/6 1651/7 1651/9
1651/19 1651/23

BEND [1] 1574/8

BENEFIT [2] 1579/18 1579/22

BENJAMIN [1] 1522/17

BERNARD [3] 1542/8 1548/3 1581/6

BEST [5] 1529/15 1573/9 1599/18
1624/13 1669/20

BEST-ESTIMATING [1] 1599/18

BETSY [1] 1544/6

BETTER [7] 1563/11 1607/23 1608/20
1608/20 1643/6 1651/9 1666/2

BETWEEN [26] 1534/2 1536/1 1536/4
1537/4 1546/1 1549/2 1549/5 1549/21
1550/4 1550/12 1552/2 1554/1 1557/10
1557/14 1558/4 1567/18 1574/10
1580/22 1581/21 1581/25 1589/21
1602/10 1603/24 1612/18 1623/20
1631/24

BEYOND [10] 1552/14 1558/16 1558/18
1565/13 1593/5 1601/12 1602/16 1618/2
1635/17 1653/23

BIAS [1] 1530/4

BIENVENUE [15] 1547/20 1548/19
1549/6 1549/21 1550/12 1551/1 1552/3
1554/14 1554/16 1554/16 1554/24
1557/13 1558/4 1562/19 1574/7

BIG [2] 1578/12 1643/21

BIGGER [1] 1650/14

BILLINGS [1] 1539/4

BIRD'S [1] 1591/6

BIRD'S-EYE-VIEW [1] 1591/6

BIT [12] 1535/16 1539/22 1542/10
1572/3 1593/22 1598/2 1599/14 1610/3
1614/8 1636/5 1644/12 1651/2

BLATANT [1] 1656/1

BLOCKS [1] 1544/6

BLUE [3] 1549/14 1549/15 1558/15

BOARD [2] 1577/18 1611/9

BOARDS [1] 1593/13

BORINGS [1] 1529/21

BORROWED [1] 1646/13

BOTH [5] 1530/1 1534/4 1592/9 1600/4
1637/18

BOTTOM [7] 1524/16 1550/1 1550/17
1553/9 1554/15 1556/17 1600/23

BOUGHT [2] 1611/1 1632/2

BOULEVARD [1] 1521/24

BOUNCE [1] 1531/12

BOURGEOIS [1] 1577/15

BOX [7] 1521/7 1521/14 1521/24
1522/18 1548/20 1548/21 1653/2

BRAIN [1] 1527/18

BRANCH [1] 1522/10

BREACH [13] 1531/16 1532/12 1533/22
1543/25 1545/23 1547/17 1547/24
1548/22 1550/17 1550/22 1550/23
1551/2 1567/4

BREACHED [1] 1533/7

BREACHES [15] 1542/14 1542/16
1542/20 1542/23 1543/1 1543/25 1545/2
1545/6 1545/12 1546/18 1548/2 1550/5
1554/20 1556/6 1558/4

BREACHING [4] 1542/24 1550/9
1550/14 1555/2

BREAK [6] 1540/24 1540/25 1579/17
1584/24 1584/25 1603/1

BREAKDOWN [2] 1653/22 1654/5

BRENDAN [1] 1522/3

BRIEF [7] 1540/16 1540/18 1541/6
1585/25 1637/1 1644/4 1663/20

BRIEFING [3] 1544/16 1584/10 1644/4

BRIEFLY [2] 1590/13 1595/14

BRIEFS [1] 1634/22

BRING [2] 1651/2 1666/22

BRINGING [1] 1638/17

BROKEN [1] 1617/2

BROKER [2] 1625/6 1626/16

BROKERS [2] 1625/1 1625/4

BROUGHT [4] 1542/1 1562/9 1579/4
1579/6

BRUNO [2] 1520/18 1520/18

BUDD [1] 1521/2

BUILD [4] 1534/8 1575/11 1577/2
1646/18

BUILDER [1] 1603/5

BUILDERS [1] 1569/24

BUILDING [5] 1534/3 1627/14 1628/2
1631/20 1663/17

BUILDINGS [5] 1600/2 1600/4 1624/12
1624/16 1627/4

BUILT [3] 1534/22 1556/14 1618/7

BULLDOZER [2] 1564/11 1564/17

BUNCH [2] 1562/4 1668/5

BUSINESS [21] 1588/19 1588/20
1590/10 1595/7 1595/12 1614/3 1614/5
1614/7 1614/8 1614/11 1614/16 1614/23
1615/4 1615/12 1615/21 1616/1 1642/22
1643/13 1644/15 1653/18 1656/6

BUT [95] 1530/17 1541/23 1542/6
1545/4 1547/7 1552/13 1555/10 1563/13
1563/25 1564/7 1569/15 1571/5 1572/10
1573/12 1574/16 1579/23 1580/11
1581/16 1583/4 1583/24 1594/8 1594/12
1594/21 1596/16 1600/15 1600/23
1601/8 1601/19 1601/24 1605/7 1606/16
1606/18 1606/19 1607/1 1607/20 1608/9
1608/12 1610/16 1610/20 1612/3
1613/11 1613/18 1614/14 1615/8 1617/7
1619/11 1620/19 1621/8 1623/3 1623/14
1623/19 1624/25 1626/25 1628/16 1630/8
1631/21 1633/13 1636/8 1636/23
1637/14 1637/25 1638/23 1638/25
1640/1 1641/11 1641/17 1641/22
1643/12 1644/11 1645/4 1645/8 1646/20
1646/25 1648/1 1649/8 1651/24 1652/15
1653/8 1653/24 1654/9 1658/2 1659/20
1660/8 1660/24 1661/4 1661/9 1662/25
1665/2 1665/8 1665/25 1666/4 1667/1
1667/22 1668/8 1668/25

**B**

BUY [8] 1593/10 1610/19 1610/20 1612/13 1612/22 1622/22 1623/22 1625/17

**C**

CALCULATE [9] 1567/10 1568/18 1575/9 1596/9 1603/23 1604/11 1604/14 1621/21 1621/25
CALCULATED [6] 1566/25 1567/10 1578/20 1598/6 1644/21 1649/17
CALCULATING [2] 1646/3 1652/16
CALCULATION [9] 1537/13 1537/18 1568/11 1573/11 1611/2 1623/25 1645/4 1647/8 1655/17
CALCULATIONS [7] 1524/17 1537/10 1538/7 1565/11 1566/1 1566/23 1569/20
CALIBRATE [3] 1524/19 1524/20 1528/17
CALIBRATING [2] 1525/1 1525/3
CALIBRATION [1] 1529/6
CALIFORNIA [2] 1520/16 1541/14
CALL [16] 1530/4 1530/16 1530/21 1546/7 1547/23 1553/18 1566/7 1574/22 1575/14 1582/3 1586/4 1598/4 1604/2 1604/9 1642/24 1660/16
CALLED [8] 1530/18 1531/3 1531/5 1571/2 1589/22 1609/4 1622/4 1639/17
CALVIN [1] 1521/16
CAME [9] 1546/18 1574/10 1587/21 1599/23 1605/4 1628/9 1635/3 1638/3 1649/2
CAMERA [1] 1590/20
CAN [87] 1524/25 1527/25 1528/3 1530/2 1531/21 1531/22 1531/23 1533/21 1534/11 1535/10 1536/12 1537/3 1547/18 1548/6 1549/9 1552/7 1558/14 1560/18 1568/15 1569/3 1571/21 1572/2 1574/15 1578/4 1579/4 1581/23 1584/10 1584/22 1585/12 1585/16 1586/11 1586/25 1587/4 1592/20 1592/22 1593/9 1594/12 1599/25 1599/25 1601/12 1601/13 1602/7 1603/9 1604/3 1608/7 1608/24 1609/1 1609/5 1616/20 1620/16 1623/2 1625/16 1628/19 1629/17 1629/23 1630/23 1632/7 1635/16 1636/2 1638/6 1639/7 1639/14 1641/10 1641/11 1641/12 1641/17 1641/22 1641/22 1642/4 1642/23 1643/23 1643/24 1644/4 1648/15 1651/2 1654/19 1657/19 1657/19 1658/7 1659/17 1659/18 1659/19 1660/20 1663/17 1663/21 1665/25 1666/12
CAN'T [22] 1570/22 1612/8 1626/2 1627/5 1628/15 1628/16 1639/3 1639/5 1640/20 1644/2 1644/16 1645/14 1645/18 1647/4 1653/14 1653/16 1658/13 1660/23 1662/7 1662/21 1663/10 1665/4
CANAL [2] 1542/25 1575/20
CANCEL [1] 1583/6
CANNOT [1] 1664/17
CAPABLE [1] 1524/13
CAPITAL [1] 1554/11
CAR [1] 1652/14
CARE [1] 1544/23
CAREER [2] 1589/10 1589/25
CARL [2] 1589/1 1628/19
CAROLINA [5] 1619/5 1620/24 1621/1 1621/6 1621/12
CARONDELET [1] 1522/7

CARPENTER [2] 1565/2 1619/1
CARRIED [1] 1541/6
CARRIERS [2] 1635/19 1635/21
CARRY [1] 1641/21
CARVE [1] 1566/6
CASE [47] 1534/23 1538/18 1538/21 1539/8 1541/24 1542/3 1543/7 1543/12 1543/14 1553/22 1570/2 1572/9 1580/6 1581/21 1582/6 1589/22 1595/4 1599/8 1606/8 1611/7 1611/10 1611/16 1611/25 1614/13 1617/16 1618/14 1621/20 1623/17 1623/24 1625/13 1631/5 1635/8 1637/9 1637/18 1637/19 1638/5 1639/19 1640/2 1643/18 1646/25 1648/2 1653/24 1657/18 1657/18 1667/17 1667/25 1668/4
CASES [12] 1594/8 1602/14 1603/17 1610/16 1613/10 1623/23 1637/23 1667/1 1667/16 1667/19 1667/22 1668/5
CASH [2] 1622/21 1623/9
CASUAL [1] 1615/2
CATASTROPHE [3] 1582/23 1622/16 1622/19
CATASTROPHES [1] 1626/17
CATASTROPHIC [3] 1542/7 1589/23 1593/18
CATCHING [1] 1532/24
CATEGORIES [2] 1605/19 1668/1
CATEGORY [1] 1530/19
CAUGHT [1] 1561/14
CAUSE [6] 1544/3 1564/9 1565/9 1571/23 1637/7 1640/7
CAUSED [7] 1543/2 1565/7 1566/8 1566/15 1571/5 1578/21 1579/10
CAUSES [1] 1566/9
CAUSING [4] 1543/25 1570/5 1581/4 1583/5
CAVEAT [1] 1611/24
CCR [3] 1522/20 1669/17 1669/25
CEILING [4] 1601/11 1601/13 1603/11 1603/17
CEILINGS [3] 1601/14 1603/18 1603/18
CEMENT [3] 1563/20 1563/20 1564/8
CENTERLINE [4] 1559/4 1559/11 1559/19 1559/23
CERTAIN [3] 1647/16 1661/1 1662/1
CERTAINLY [7] 1571/23 1573/12 1581/16 1639/5 1644/3 1653/16 1665/19
CERTAINTY [3] 1582/14 1582/14 1584/7
CERTIFICATE [1] 1669/16
CERTIFY [1] 1669/19
CHALLENGE [2] 1619/20 1635/20
CHANCE [1] 1658/15
CHANGE [2] 1565/6 1597/25
CHANGED [4] 1542/2 1542/4 1596/3 1597/6
CHANGES [1] 1563/9
CHANNEL [32] 1549/2 1552/10 1552/12 1554/1 1554/8 1554/13 1554/25 1555/3 1555/5 1555/8 1555/13 1555/14 1555/25 1556/3 1556/11 1557/24 1558/22 1559/12 1559/23 1560/5 1560/7 1560/16 1560/17 1561/3 1566/14 1567/3 1567/19 1568/21 1568/23 1578/18 1580/20 1581/4
CHANNEL'S [1] 1567/15
CHARACTER [1] 1638/16
CHARACTERISTIC [1] 1562/18
CHARACTERISTICS [1] 1529/22
CHARACTERIZED [1] 1646/3
CHART [13] 1550/1 1550/16 1551/17 1552/1 1555/10 1555/22 1562/9 1565/20 1565/22 1571/22 1576/10 1579/3

1583/15
CARPETING [1] 1601/17
CHIEF [1] 1539/10
CHILDREN [1] 1612/22
CHOIR [1] 1668/8
CINDERS [1] 1606/16
CIRCUMSTANCES [6] 1583/25 1591/1 1593/20 1613/4 1618/4 1627/20
CITE [1] 1626/2
CITED [1] 1535/13
CITRUS [4] 1542/16 1542/23 1543/25 1544/4
CITY [3] 1521/25 1582/18 1582/19
CIVIL [2] 1522/10 1666/25
CIVILITY [1] 1638/24
CLAIM [7] 1546/6 1546/11 1606/1 1614/11 1644/21 1646/7 1646/13
CLAIMED [1] 1652/25
CLAIMS [5] 1588/20 1596/7 1605/6 1645/20 1646/4
CLARITY [1] 1652/2
CLASS [4] 1583/6 1605/5 1605/11 1620/10
CLAUDE [1] 1613/2
CLEAN [1] 1601/12
CLEANING [2] 1593/13 1626/23
CLEAR [9] 1543/20 1568/6 1571/21 1600/1 1600/22 1603/13 1645/13 1655/25 1660/15
CLEARLY [4] 1593/19 1597/5 1597/12 1597/24
CLERK [1] 1586/12
CLIENT [1] 1598/20
CLOSE [8] 1535/5 1536/15 1540/24 1552/10 1556/3 1593/1 1593/22 1630/7
CLOSEST [2] 1558/5 1561/8
CLOTHES [1] 1612/22
CM [1] 1667/5
CM/ECF [1] 1667/5
COARSER [2] 1564/22 1564/22
COAST [1] 1542/6
COAST GUARD [1] 1542/6
COASTAL [1] 1525/12
CODE [1] 1608/2
COHERENT [2] 1667/9 1667/10
COINCIDENCE [2] 1561/7 1561/11
COINCIDENTALLY [1] 1555/24
COLLABORATE [1] 1625/4
COLLABORATION [2] 1534/12 1650/5
COLLEAGUES [1] 1584/14 1636/7
COLLECTION [1] 1653/12
COLUMN [2] 1524/11 1524/12
COMBINATION [1] 1648/22
COMBINED [1] 1561/21
COME [21] 1540/3 1552/10 1561/25 1562/4 1565/3 1566/16 1574/8 1585/8 1591/7 1593/1 1600/22 1600/24 1610/23 1626/23 1627/7 1630/7 1637/25 1642/12 1644/21 1652/21 1660/23
COMES [10] 1549/18 1554/17 1554/24 1603/25 1609/3 1626/15 1648/21 1651/4 1655/1 1668/25
COMING [8] 1528/14 1531/7 1554/11 1573/7 1585/10 1632/23 1651/4 1663/3
COMMENCE [1] 1657/19
COMMENTED [1] 1557/17
COMMENTS [1] 1639/12
COMMERCIAL [2] 1655/13 1655/15
COMMONLY [2] 1597/19 1598/18
COMMUNITY [2] 1527/17 1527/24
COMPANY [2] 1588/22 1605/6
COMPARABLE [3] 1622/22 1622/23 1655/12

COMPARABLES [1]  1655/16
COMPARABLY [1]  1615/7
COMPARE [5]  1592/22 1631/23 1651/6 1651/13 1651/19
COMPARED [5]  1551/11 1580/7 1605/16 1623/12 1651/22
COMPARING [3]  1544/12 1616/24 1651/13
COMPARISON [2]  1525/5 1575/8
COMPARISONS [2]  1581/24 1582/1
COMPETENT [4]  1557/19 1582/16 1582/20 1582/21
COMPILED [1]  1608/22
COMPLAINT [1]  1543/15
COMPLETE [1]  1605/18
COMPLETED [3]  1528/12 1539/16 1604/24
COMPLETELY [3]  1567/17 1582/25 1606/20
COMPLETION [1]  1536/16
COMPLEX [1]  1521/13
COMPONENTS [1]  1624/14
COMPROMISED [1]  1646/12
COMPUTER [4]  1522/25 1610/19 1610/20 1622/9
COMPUTERS [1]  1653/19
CONCEDE [1]  1590/24
CONCEPT [2]  1624/19 1626/16
CONCERN [4]  1657/25 1660/6 1661/11 1665/1
CONCERNED [7]  1539/21 1544/8 1645/17 1659/19 1660/4 1660/7 1661/13
CONCERNING [2]  1605/22 1628/5
CONCISE [1]  1644/2
CONCLUDE [2]  1526/7 1578/12
CONCLUSION [1]  1570/25
CONCOMITANT [1]  1642/17
CONCRETE [1]  1564/5
CONDITION [11]  1525/6 1533/13 1536/16 1591/2 1593/18 1596/1 1598/17 1607/24 1624/4 1628/13 1649/13
CONDITIONERS [1]  1593/14
CONDITIONS [1]  1537/23
CONDUCT [2]  1581/2 1668/9
CONDUCTING [1]  1639/2
CONFIDENT [2]  1608/7 1638/19
CONFIRM [1]  1599/22
CONFLICT [6]  1640/16 1640/16 1641/3 1662/3 1666/20 1667/24
CONFLICTED [1]  1668/1
CONFORMITY [1]  1659/8
CONFUSED [2]  1636/3 1637/20
CONJUNCTION [9]  1587/9 1587/12 1588/23 1605/25 1608/14 1608/22 1615/13 1617/5 1633/3
CONNECTED [1]  1573/6
CONNECTION [3]  1547/19 1548/8 1638/11
CONOR [1]  1522/12
CONSEQUENCES [6]  1534/15 1661/5 1661/6 1664/20 1665/18 1669/10
CONSERVATIVE [7]  1541/5 1578/24 1578/25 1579/1 1613/6 1613/16 1651/7
CONSIDER [7]  1607/12 1607/13 1629/12 1629/15 1630/13 1633/6 1633/7
CONSIDERABLY [1]  1603/10
CONSIDERED [4]  1531/7 1612/14 1631/9 1634/17
CONSIDERING [1]  1597/10
CONSISTENT [7]  1589/23 1605/1 1609/18 1616/22 1635/13 1653/25

1654/2
CONSISTENTLY [1]  1554/8
CONSOLIDATE [1]  1667/22
CONSOLIDATED [3]  1643/15 1643/16 1643/19
CONSOLIDATION [2]  1568/25 1568/25
CONSTRAINTS [1]  1534/7
CONSTRUCTED [1]  1553/17
CONSTRUCTING [6]  1624/11 1632/18 1632/19 1633/1 1633/2 1648/5
CONSTRUCTION [13]  1559/9 1566/19 1575/12 1582/16 1607/20 1607/23 1607/25 1619/13 1620/2 1620/3 1620/4 1620/8 1622/17
CONSTRUED [1]  1547/7
CONSULT [1]  1617/7
CONTAIN [1]  1624/22
CONTAINED [8]  1596/12 1599/3 1599/6 1604/16 1606/7 1609/22 1613/24 1615/6
CONTENT [4]  1633/1 1633/17 1633/20 1658/22
CONTENTS [57]  1590/10 1592/16 1592/17 1592/20 1592/25 1593/3 1593/5 1593/6 1593/6 1595/7 1595/11 1596/4 1596/17 1597/8 1597/18 1599/2 1604/20 1605/14 1605/20 1608/15 1608/18 1608/25 1609/3 1609/6 1609/10 1610/1 1610/2 1610/9 1610/13 1611/3 1611/11 1611/12 1612/13 1614/15 1615/20 1615/23 1616/6 1617/18 1617/19 1618/8 1618/13 1624/20 1625/16 1626/3 1626/5 1626/9 1626/10 1633/5 1635/2 1635/4 1648/21 1649/17 1649/24 1650/25 1651/5 1652/2 1653/17
CONTEXT [2]  1533/12 1622/1
CONTINGENT [1]  1621/5
CONTINUE [2]  1612/13 1636/10
CONTINUED [2]  1521/1 1522/1
CONTINUING [2]  1545/12 1632/10
CONTRACT [2]  1574/14 1574/14
CONTRACTS [3]  1573/10 1619/14 1620/3
CONTRIBUTED [2]  1543/4 1567/20
CONTRIBUTING [3]  1543/24 1560/16 1569/4
CONTRIBUTION [2]  1569/11 1572/11
CONVENIENCE [3]  1587/23 1643/19 1667/20
COPE [1]  1530/22
COPIERS [1]  1653/18 1653/18
COPIES [2]  1664/6 1664/8
COPY [7]  1528/22 1548/15 1548/16 1588/24 1632/7 1659/4 1664/5
CORPS [15]  1525/11 1531/4 1534/8 1534/24 1544/8 1544/9 1544/13 1548/4 1557/1 1568/17 1569/20 1577/4 1577/21 1579/17 1579/22
CORRECT [123]  1524/18 1524/22 1525/9 1525/11 1526/6 1527/11 1527/12 1528/18 1529/8 1529/9 1529/13 1531/9 1531/18 1533/9 1533/15 1536/13 1537/1 1537/12 1542/9 1542/15 1542/18 1542/24 1543/5 1544/5 1544/18 1545/24 1547/25 1548/23 1548/24 1548/25 1549/12 1549/13 1549/15 1549/19 1549/22 1550/3 1550/15 1550/18 1550/24 1551/3 1551/7 1551/15 1552/6 1552/25 1553/25 1554/17 1554/18 1554/22 1554/25 1555/1 1555/5 1555/6 1555/15 1555/20 1556/6 1556/7 1556/10 1556/13 1556/14 1557/3 1557/22 1558/2 1558/7 1558/17 1558/19 1558/23 1559/6 1559/18 1559/20 1559/25 1560/3

1560/14 1562/2 1562/8 1563/15 1564/1 1564/9 1566/10 1567/2 1567/9 1567/22 1567/24 1568/1 1568/3 1568/5 1570/7 1571/8 1571/12 1571/13 1571/20 1574/12 1575/7 1575/24 1576/13 1576/15 1576/21 1576/23 1576/25 1577/3 1578/1 1578/2 1578/9 1578/19 1579/7 1580/7 1588/13 1592/13 1604/12 1608/18 1614/12 1619/21 1622/20 1623/2 1623/3 1624/18 1626/13 1628/3 1649/5 1652/17 1652/20 1653/10 1669/20
CORRECTED [1]  1587/25
CORRECTING [2]  1530/4 1588/8
CORRECTION [1]  1644/25
CORRECTIVE [2]  1531/2 1582/22
CORRECTLY [2]  1534/13 1593/4
CORRECTNESS [1]  1589/17
CORRELATED [2]  1557/25 1557/25
CORRELATING [1]  1557/23
CORRELATION [9]  1549/2 1550/4 1550/7 1552/9 1554/1 1555/1 1555/24 1556/2 1559/16
COSMETIC [1]  1592/9
COST [26]  1592/12 1592/14 1598/18 1598/19 1604/12 1607/7 1607/25 1608/21 1609/12 1609/18 1610/20 1613/7 1617/11 1617/14 1622/14 1622/15 1623/11 1624/15 1628/11 1629/2 1629/6 1629/9 1646/17 1647/3 1649/12 1652/22
COSTS [4]  1609/13 1610/19 1610/22 1631/23
COULD [49]  1529/18 1531/19 1535/13 1535/16 1536/9 1539/9 1540/16 1554/4 1557/12 1567/3 1568/16 1573/10 1574/2 1583/7 1585/13 1585/15 1586/5 1589/1 1590/13 1592/13 1595/14 1599/21 1599/24 1600/17 1601/23 1603/7 1604/2 1608/12 1612/23 1623/8 1623/22 1623/23 1624/13 1626/23 1627/6 1629/22 1632/12 1637/1 1647/6 1651/10 1651/20 1661/21 1661/23 1662/15 1663/11 1664/10 1665/7 1666/21 1667/21
COULDN'T [3]  1527/18 1569/10 1576/16
COULWAVE [5]  1581/14 1581/16 1581/22 1581/25 1582/3
COUNSEL [18]  1531/21 1532/4 1540/7 1544/10 1546/20 1548/10 1564/23 1565/13 1583/19 1588/5 1629/25 1636/4 1636/14 1638/12 1638/14 1650/22 1651/24 1655/23
COUNTERTOP [1]  1610/21
COUNTERTOPS [1]  1656/17
COUPLE [3]  1580/3 1592/19 1601/16 1622/5 1622/6 1627/11 1630/19 1661/13
COURSES [1]  1622/7
COURT [58]  1520/1 1522/20 1524/4 1533/16 1541/6 1541/8 1546/5 1549/9 1550/7 1571/3 1571/21 1585/25 1586/2 1587/23 1590/13 1595/14 1596/21 1599/4 1604/17 1635/24 1635/25 1638/25 1639/1 1639/13 1639/25 1640/19 1641/9 1641/10 1641/19 1642/6 1642/23 1643/1 1643/12 1643/21 1656/13 1657/1 1657/9 1657/14 1657/19 1657/21 1658/5 1658/7 1660/18 1661/8 1662/4 1662/13 1663/2 1663/23 1665/10 1665/12 1665/18 1666/1 1667/12 1668/12 1669/14 1669/17 1669/18 1669/25

COURT'S [3] 1587/10 1657/17 1668/7
COURTESY [1] 1644/9
COURTROOM [2] 1641/19 1641/21
COVER [6] 1531/16 1532/11 1533/23
  1539/25 1598/25 1613/13
COVERAGE [10] 1622/14 1622/21
  1623/10 1623/13 1625/2 1625/10
  1625/14 1625/16 1625/21 1626/17
COVERED [2] 1541/10 1626/21
COVERING [1] 1533/6
COWS [1] 1530/21
CRAMMED [1] 1648/24
CREATE [1] 1561/21
CREATED [2] 1603/16 1603/18
CREDENTIALS [1] 1621/9
CREDIBLE [1] 1534/14
CREDO [1] 1534/17
CREEP [1] 1537/25
CREEPING [1] 1601/11
CREST [15] 1531/17 1532/13 1533/8
  1533/14 1549/14 1553/4 1554/2 1555/25
  1557/2 1557/9 1566/6 1567/11 1567/13
  1579/9 1579/11
CRESTS [3] 1552/15 1557/24 1560/19
CRIMINAL [1] 1666/3
CRISPED [1] 1606/19
CRITICAL [2] 1660/21 1660/22
CROSS [11] 1524/8 1539/20 1540/20
  1542/1 1542/10 1542/13 1543/18 1547/3
  1547/7 1547/8 1618/19
CROSS-EXAMINATION [5] 1524/8
  1540/20 1542/1 1542/10 1618/19
CROSS-EXAMINING [1] 1542/13
CROWN [1] 1537/4
CUBIC [22] 1572/25 1574/9 1574/20
  1574/22 1574/24 1575/3 1575/4 1575/14
  1575/20 1576/7 1576/22 1577/23
  1577/24 1578/1 1578/3 1578/3 1578/4
  1578/4 1578/4 1578/8 1578/14 1578/14
CULTURES [1] 1530/11
CURRENT [2] 1525/12 1589/15
CURRENTLY [4] 1526/11 1588/17
  1598/14 1620/22
CURRICULUM [2] 1588/24 1589/3
CUSTOMARILY [1] 1582/7
CUTTERS [1] 1542/6
CV [3] 1520/5 1587/13 1618/21
CYCLE [1] 1544/25

D

DAD [1] 1565/2
DALLAS [3] 1521/4 1620/10 1620/13
DAMAGE [38] 1590/15 1591/10 1592/5
  1592/6 1592/16 1592/17 1593/6 1596/9
  1596/17 1598/12 1598/13 1599/2 1599/6
  1599/11 1599/13 1600/14 1600/16
  1600/17 1600/19 1600/21 1600/24
  1601/24 1602/14 1602/14 1603/18
  1603/22 1604/20 1605/20 1606/11
  1609/22 1615/20 1616/6 1616/18 1617/6
  1617/11 1618/8 1618/13 1646/11
DAMAGED [2] 1589/23 1617/18
DAMAGES [45] 1542/22 1587/11
  1590/24 1591/15 1591/16 1591/19
  1592/7 1592/8 1592/9 1594/5 1594/21
  1595/5 1595/11 1595/15 1598/6 1598/22
  1599/20 1599/22 1600/7 1606/21 1607/7
  1607/19 1608/21 1609/19 1610/11
  1611/3 1611/11 1614/14 1614/15
  1614/24 1615/12 1615/13 1617/8
  1621/25 1628/9 1632/24 1647/11

  1647/20 1647/23 1647/24 1648/14
  1649/9 1656/11 1658/1 1657/11
DANGER [1] 1582/17
DANIEL [1] 1522/10
DASHED [2] 1549/25 1550/16
DATA [12] 1525/6 1529/7 1529/22
  1530/3 1530/24 1531/1 1537/14 1537/19
  1537/20 1571/10 1571/18 1582/6
DATE [1] 1528/23
DATES [1] 1649/8
DAUBERT [1] 1619/20
DAY [6] 1542/2 1564/25 1593/12 1598/3
  1607/24 1627/4
DAYS [4] 1540/20 1601/10 1658/10
  1658/10
DC [1] 1522/18
DE [1] 1571/24
DE MINIMIS [1] 1571/24
DEAL [2] 1564/24 1659/8
DEALING [5] 1609/8 1648/22 1651/18
  1659/23 1668/21
DEALT [2] 1531/10 1592/9
DECIDE [8] 1610/24 1668/14 1668/15
  1668/16 1668/17 1668/17 1668/18
  1669/5
DECIDED [6] 1576/17 1620/9 1625/15
  1643/25 1669/4 1669/11
DECISION [4] 1534/12 1534/14 1534/17
  1535/2
DECISIONS [2] 1534/15 1535/3
DECLARATION [4] 1531/22 1536/19
  1536/20 1537/14
DECLARATIONS [1] 1580/5
DECONSTRUCT [1] 1624/16
DEEP [2] 1551/2 1665/1
DEEPER [1] 1593/23
DEFAULT [2] 1625/18 1625/19
DEFEND [1] 1658/15
DEFENDANT [3] 1522/9 1542/12
  1644/13
DEFENDANTS [3] 1588/6 1637/11
  1637/13
DEFENSE [8] 1528/15 1546/16 1549/18
  1637/12 1643/4 1659/3 1659/4 1667/18
DEFENSES [1] 1643/8
DEFERRED [2] 1532/1 1532/5
DEFINE [4] 1524/23 1526/8 1526/10
  1526/11
DEFINED [3] 1529/19 1529/24 1540/2
DEFINITELY [1] 1534/6
DEFINITIVELY [1] 1526/25
DEFORM [1] 1538/4
DEGREE [4] 1582/13 1584/6 1619/20
  1665/5
DELAYED [1] 1642/10
DELINEATE [1] 1645/14
DELINEATION [1] 1645/5
DEMAND [1] 1529/16
DEMOLITION [5] 1596/3 1604/2 1622/17
  1628/12 1649/12
DEMONSTRATE [4] 1556/25 1578/23
  1600/9 1600/10
DEMONSTRATED [3] 1554/8 1601/2
  1627/16
DEMONSTRATES [1] 1554/13
DENHAM [1] 1521/17
DENSE [1] 1533/23
DEPARTMENT [1] 1522/9
DEPENDENT [1] 1572/9
DEPENDING [1] 1603/5
DEPENDS [2] 1562/23 1562/24
DEPICTED [1] 1549/14
DEPOSITED [2] 1566/20 1574/21

DEPOSITION [33] 1525/16 1527/1
  1529/19 1529/22 1532/1 1532/23
  1587/21 1620/15 1620/25 1622/13
  1623/4 1624/11 1629/17 1630/3 1630/5
  1630/6 1630/9 1630/9 1630/15 1630/19
  1633/10 1634/7 1634/13 1635/19
  1636/15 1636/16 1646/20 1647/6 1648/4
  1648/9 1648/18 1649/21 1655/22
DEPOSITIONS [6] 1539/7 1637/17
  1637/22 1637/23 1638/5 1641/1
DEPOT [1] 1631/24
DEPRECIATED [1] 1618/5
DEPRECIATION [1] 1622/25
DEPTH [9] 1536/8 1536/11 1545/8
  1550/17 1550/22 1553/9 1553/10
  1569/19 1569/21
DEPUTY [1] 1641/21
DESCRIBE [3] 1548/8 1590/13 1603/7
DESCRIBED [11] 1549/14 1595/17
  1596/21 1597/22 1606/3 1608/6 1611/22
  1614/19 1616/4 1617/22 1653/17
DESCRIPTION [5] 1563/18 1563/19
  1577/17 1608/13 1653/22
DESIGN [19] 1526/24 1526/24 1527/13
  1528/8 1528/9 1533/19 1549/11 1551/25
  1552/4 1553/15 1553/21 1555/22 1556/8
  1557/9 1557/15 1568/16 1571/7 1579/7
  1582/11
DESIGNED [3] 1570/12 1594/13
  1598/16
DESIGNS [3] 1598/3 1598/4 1598/4
DESIRE [1] 1668/7
DESTROYED [5] 1592/18 1594/2
  1606/15 1616/16 1627/18
DESTRUCTION [1] 1562/17
DESTRUCTIVE [1] 1563/14
DETAILED [4] 1529/5 1573/11 1597/3
  1650/1
DETAILS [2] 1555/10 1563/4
DETERMINATION [3] 1612/21 1617/5
  1634/22
DETERMINE [39] 1525/1 1567/11
  1574/24 1576/16 1591/3 1591/12
  1592/16 1593/1 1593/21 1593/25 1594/4
  1595/14 1596/17 1597/8 1597/17
  1598/21 1599/11 1599/19 1604/20
  1605/24 1606/10 1606/21 1609/17
  1611/11 1611/18 1613/20 1614/8
  1615/11 1615/20 1616/18 1617/1 1617/9
  1617/11 1617/18 1622/9 1625/2 1640/20
  1647/24 1664/1
DETERMINED [4] 1562/10 1599/2
  1605/21 1606/6
DETERMINES [1] 1603/2
DETERMINING [5] 1592/17 1596/23
  1610/9 1611/22 1614/18
DEVASTATED [2] 1623/11 1648/12
DEVELOP [1] 1542/22
DEVELOPED [2] 1525/13 1570/17
DEVICES [2] 1591/13 1608/6
DEVOTE [1] 1640/9
DIAGRAM [7] 1549/8 1553/2 1558/20
  1590/17 1590/22 1591/5 1591/9
DIAGRAMMING [2] 1590/18 1591/3
DID [157]
DIDN'T [33] 1542/16 1550/21 1564/12
  1565/4 1576/11 1576/15 1585/7 1600/14
  1600/14 1600/18 1600/18 1608/12
  1609/15 1612/11 1612/12 1613/18
  1614/11 1615/3 1621/6 1630/15 1631/23
  1632/22 1633/2 1633/3 1634/18 1638/4
  1648/8 1652/2 1652/6 1653/11 1661/22
  1664/4 1667/15

DIFFERENCE [11] 1552/22 1553/18 1566/24 1567/18 1569/6 1582/4 1602/10 1603/24 1612/18 1614/24 1623/19
DIFFERENT [11] 1524/11 1526/25 1546/9 1592/19 1599/14 1614/6 1614/6 1632/3 1632/18 1651/18 1668/5
DIFFERENTIAL [1] 1545/25
DIGEST [1] 1545/15
DIGITAL [1] 1591/17
DIGITS [1] 1574/14
DILIGENTLY [1] 1661/20
DIMENSIONING [2] 1591/13 1608/5
DIMENSIONS [7] 1524/14 1558/18 1591/13 1591/14 1599/24 1652/23 1661/16
DIMINIMUS [1] 1659/18
DIRE [1] 1588/15
DIRECT [12] 1536/19 1541/21 1547/12 1556/23 1583/15 1585/4 1595/1 1606/25 1622/13 1634/12 1642/18 1662/25
DIRECTING [1] 1640/6
DIRECTION [1] 1651/25
DIRECTIVE [1] 1587/10
DIRECTLY [3] 1538/8 1567/19 1634/5
DIRT [5] 1575/7 1575/8 1575/10 1575/12 1579/19
DISAGREE [2] 1563/25 1564/2
DISAGREEMENT [1] 1549/20
DISBURSE [1] 1610/25
DISCERNIBLE [1] 1572/6
DISCLOSED [1] 1660/18
DISCOVERY [3] 1664/1 1667/21 1667/21
DISCRETION [6] 1647/10 1647/13 1648/1 1648/13 1649/3 1667/7
DISCRETIONARY [2] 1544/17 1643/7
DISCUSS [1] 1666/3
DISCUSSED [6] 1527/16 1529/13 1536/15 1604/23 1615/25 1645/16
DISCUSSING [2] 1533/13 1578/13
DISCUSSION [5] 1533/25 1545/12 1545/14 1621/24 1667/11
DISCUSSIONS [3] 1534/20 1535/9 1638/4
DISHEVELED [1] 1612/4
DISINGENUOUS [1] 1665/20
DISPLACED [2] 1594/5 1613/22
DISPLACEMENT [14] 1566/9 1566/16 1567/1 1568/4 1570/15 1571/6 1571/11 1571/19 1571/25 1572/6 1576/8 1578/17 1579/10 1580/25
DISPLAY [2] 1548/9 1631/2
DISPOSED [4] 1574/19 1575/25 1576/1 1576/4
DISPUTE [2] 1549/23 1634/20
DISQUALIFICATION [3] 1660/10 1665/4 1668/16
DISQUALIFIED [9] 1637/8 1640/4 1640/6 1642/13 1658/10 1660/5 1660/14 1660/25 1662/6
DISQUALIFY [7] 1640/12 1658/8 1658/24 1661/3 1663/16 1663/20 1664/13
DISRUPT [1] 1663/8
DISRUPTION [1] 1657/20
DISSIPATE [2] 1524/3 1602/13
DISTANCE [4] 1559/3 1560/1 1580/22 1612/7
DISTINCT [1] 1643/18
DISTINCTION [4] 1602/5 1602/24 1602/25 1603/13

DISTRICT [5] 1520/1 1520/2 1520/11 1669/08 1669/11
DIVIDED [1] 1530/15
DIVING [1] 1653/3
DIVINITY [1] 1619/4
DIVISION [1] 1522/10
DO [130] 1524/16 1524/17 1526/7 1526/7 1526/11 1526/13 1526/18 1526/19 1529/22 1530/13 1530/13 1532/9 1534/17 1534/20 1540/18 1541/23 1541/25 1542/11 1544/24 1546/16 1547/10 1547/11 1552/13 1553/4 1557/12 1561/21 1562/3 1565/4 1571/25 1572/12 1577/18 1581/25 1582/13 1585/1 1585/3 1585/8 1585/10 1585/12 1585/13 1585/13 1585/15 1585/22 1587/1 1588/21 1589/12 1589/13 1589/14 1591/11 1591/12 1591/13 1591/21 1592/4 1592/17 1593/9 1594/4 1595/3 1595/8 1600/20 1601/15 1602/2 1604/1 1604/2 1605/9 1607/7 1607/15 1609/1 1610/11 1612/5 1612/17 1616/20 1622/16 1622/17 1627/18 1628/12 1628/16 1628/18 1631/17 1638/4 1638/23 1638/25 1639/1 1639/1 1639/18 1640/10 1640/11 1640/21 1641/14 1641/25 1642/2 1642/7 1642/9 1642/20 1643/1 1643/11 1643/11 1643/23 1643/23 1644/3 1645/25 1647/3 1647/4 1652/3 1654/15 1655/4 1655/24 1658/13 1659/9 1660/5 1660/13 1660/13 1660/21 1661/4 1661/10 1661/21 1661/23 1662/14 1663/4 1663/18 1663/19 1665/16 1665/25 1666/10 1666/12 1666/18 1667/2 1667/3 1667/12 1668/13 1669/3 1669/19
DOCKET [1] 1520/5
DOCTOR [1] 1586/21
DOCUMENT [5] 1531/19 1539/14 1539/18 1586/11 1586/18
DOCUMENTATION [3] 1591/15 1654/6 1654/8
DOCUMENTED [2] 1582/1 1582/22
DOCUMENTS [4] 1655/5 1655/22 1657/3 1657/4
DOES [34] 1524/10 1524/12 1529/22 1546/6 1546/7 1549/5 1553/20 1560/15 1560/22 1563/10 1567/8 1573/12 1577/23 1610/10 1635/5 1640/2 1640/10 1640/11 1643/17 1646/23 1648/18 1656/20 1656/24 1658/2 1658/7 1658/11 1658/12 1658/13 1660/5 1660/10 1662/7 1662/12 1667/16 1669/2
DOESN'T [12] 1582/4 1602/15 1610/19 1627/7 1641/18 1658/5 1662/24 1665/18 1665/19 1667/24 1668/12 1668/16
DOING [12] 1534/13 1541/1 1589/12 1590/14 1594/12 1597/23 1611/9 1612/16 1624/5 1636/8 1649/12 1661/20
DOMAIN [1] 1537/25
DOMENGEAUX [1] 1521/5
DON'T [73] 1527/13 1528/21 1530/13 1538/23 1539/9 1539/22 1539/25 1540/1 1540/7 1540/9 1540/21 1561/18 1568/19 1577/12 1583/24 1586/10 1593/15 1601/18 1608/15 1621/17 1621/19 1626/7 1628/15 1628/20 1629/19 1630/7 1630/24 1630/25 1632/16 1633/14 1639/15 1640/2 1640/14 1640/15 1640/21 1641/25 1642/11 1642/12 1643/6 1643/22 1645/14 1645/15 1645/16 1645/22 1647/25 1655/3 1656/8 1657/4 1658/2 1658/3 1659/17 1659/13

1659/18 1660/24 1661/7 1661/15 1662/9 1662/15 1662/17 1662/25 1663/7 1663/9 1663/10 1664/16 1666/22 1666/25 1667/1 1667/16 1667/17 1668/2 1668/3 1668/13 1669/10
DONALD [1] 1530/20
DONE [26] 1538/25 1539/25 1562/13 1568/10 1572/20 1574/16 1580/4 1580/6 1585/18 1587/7 1589/16 1591/25 1592/1 1596/3 1596/7 1597/21 1598/8 1608/5 1612/8 1624/11 1642/23 1643/2 1654/15 1657/17 1658/11 1668/11
DOOR [3] 1539/22 1540/9 1540/10
DOT [1] 1573/6
DOUBT [2] 1579/18 1579/22
DOWN [20] 1547/20 1551/1 1553/19 1554/14 1554/16 1554/24 1555/18 1555/18 1557/12 1557/14 1591/18 1607/1 1617/2 1623/22 1629/5 1632/4 1641/12 1641/21 1644/9 1656/9
DOYLE [4] 1522/20 1669/17 1669/24 1669/25
DR [3] 1554/7 1560/5 1584/3
DR. [38] 1524/10 1525/16 1531/16 1532/9 1536/19 1538/12 1538/17 1539/13 1539/16 1540/1 1541/14 1543/15 1544/20 1547/19 1548/8 1548/11 1548/14 1549/16 1551/6 1553/20 1554/13 1554/19 1555/4 1556/15 1558/10 1562/14 1564/2 1565/10 1569/19 1573/9 1574/3 1575/16 1578/12 1580/3 1582/13 1583/2 1583/8 1583/11
DR. BEA [27] 1524/10 1525/16 1531/16 1532/9 1536/19 1538/17 1539/13 1539/16 1540/1 1541/14 1543/15 1544/20 1548/16 1551/16 1553/20 1554/13 1556/15 1565/10 1569/19 1573/9 1575/16 1578/12 1580/3 1582/13 1583/2 1583/8 1583/11
DR. DUNCAN [2] 1547/19 1554/19
DR. FITZGERALD [4] 1548/8 1555/4 1558/10 1574/3
DR. FITZGERALD'S [2] 1548/11 1548/13
DR. HUGHES [1] 1564/2
DR. REED [1] 1562/14
DR. SCHMERTMANN [1] 1538/12
DRAFT [1] 1586/20
DRAW [1] 1601/8
DRAWING [1] 1602/15
DRAWN [3] 1601/9 1603/10 1603/15
DRAWS [1] 1601/6
DREDGE [2] 1560/7 1577/21
DREDGED [12] 1556/14 1560/5 1561/4 1566/18 1572/25 1573/15 1574/10 1575/6 1575/20 1577/4 1577/19 1577/23
DREDGING [15] 1560/6 1560/8 1560/8 1566/12 1566/12 1566/14 1566/17 1566/22 1572/19 1572/23 1573/1 1573/9 1573/20 1574/4 1578/15
DREW [3] 1551/23 1552/22 1553/16
DRIVE [2] 1617/6 1617/20
DRIVING [1] 1612/9
DROP [2] 1535/8 1542/19
DROPPED [1] 1570/13
DRY [1] 1626/22
DUDENHEFER [3] 1521/9 1521/9 1658/16
DUE [8] 1529/6 1530/9 1533/23 1571/23 1594/1 1596/1 1596/24 1608/16
DULY [1] 1524/6 1588/10
DUMAS [2] 1521/12 1521/12

D

DUMB [1] 1564/7
DUNCAN [4] 1547/19 1554/7 1554/11 1554/19
DUNE [1] 1525/13
DUPRE [12] 1547/21 1548/21 1549/6 1549/21 1550/13 1552/3 1552/14 1553/3 1555/17 1558/4 1562/19 1574/6
DURATION [1] 1603/25
DURING [9] 1529/7 1531/10 1547/23 1614/20 1616/4 1619/7 1657/22 1663/16 1664/14
DUTCH [2] 1533/22 1579/18
DUVAL [2] 1520/11 1584/15
DWELLING [2] 1628/25 1629/14
DX [11] 1536/20 1586/8 1586/8 1586/8 1586/8 1586/9 1586/9 1654/20 1655/6 1655/6 1656/14
DX-0003 [1] 1586/9
DX-0032 [1] 1655/6
DX-0033 [1] 1655/6
DX-0101 [1] 1586/8
DX-0412C [1] 1586/9
DX-0451 [2] 1536/20 1586/8
DX-1715 [1] 1586/8
DX-1719 [1] 1586/8
DX-1739 [1] 1656/14
DYNA [7] 1524/10 1524/16 1525/15 1581/12 1581/21 1581/25 1582/3
DYNAMIC [1] 1563/4
DYNAMICS [1] 1613/17

E

E-P-P-S [1] 1620/18
EACH [9] 1552/2 1552/2 1590/7 1591/12 1623/25 1627/9 1655/10 1660/7 1668/2
EAR [1] 1540/4
EARLIER [13] 1535/15 1536/15 1536/23 1551/23 1587/10 1595/17 1596/21 1608/6 1608/15 1614/20 1614/22 1616/4 1633/7
EARLY [3] 1627/2 1639/13 1655/8
EARTH [1] 1644/1
EARTH-SHATTERING [1] 1644/1
EARTHEN [8] 1525/9 1526/4 1526/22 1533/18 1556/13 1567/16 1569/1 1580/12
EASILY [1] 1601/13
EAST [19] 1522/4 1542/7 1542/12 1542/14 1542/14 1542/20 1542/20 1542/22 1542/25 1543/8 1543/16 1544/3 1544/7 1544/12 1544/22 1558/17 1559/12 1581/5 1582/18
EASTERN [2] 1520/2 1669/18
EASY [1] 1575/19
EBERSOLE [1] 1562/13
EBIA [1] 1543/13
ECF [1] 1667/5
ECONOMICS [1] 1534/4
EDGE [5] 1558/6 1559/4 1559/16 1561/8 1580/23
EDUCABLE [1] 1583/5
EDWARDS,LLC [1] 1521/5
EFFECT [23] 1544/7 1544/9 1544/22 1572/7 1580/11 1580/14 1610/6 1640/8 1640/11 1642/6 1642/13 1658/9 1658/13 1660/10 1660/25 1661/2 1662/7 1662/16 1663/17 1664/14 1667/7 1667/8 1667/11
EFFECTIVE [3] 1529/23 1531/2 1582/22
EFFECTS [1] 1537/25
EFFICIENTLY [1] 1615/8
EFFORT [3] 1566/4 1660/9 1665/2

EGREGIOUS [1] 1644/17
EHRDOMS [1] 1523/8
EITHER [5] 1526/16 1527/7 1527/9 1584/6 1585/8
EL [1] 1522/11
EL-AMIN [1] 1522/11
ELECTRICAL [1] 1624/14
ELECTRONIC [1] 1596/5
ELECTRONICALLY [1] 1661/18
ELEMENTS [1] 1562/24
ELEPHANT [4] 1576/9 1576/10 1578/11 1640/1
ELEVATED [1] 1595/22
ELEVATION [27] 1531/17 1531/18 1532/12 1532/13 1533/7 1533/8 1533/14 1533/14 1533/19 1533/19 1536/5 1551/5 1551/19 1551/25 1555/1 1562/12 1562/16 1566/7 1567/20 1569/5 1569/9 1570/6 1572/11 1572/15 1579/7 1579/19 1579/24
ELEVATIONS [18] 1533/17 1537/4 1552/4 1552/9 1553/21 1554/2 1555/21 1556/9 1557/2 1557/9 1557/15 1557/16 1567/13 1571/7 1578/21 1579/11 1579/19 1579/23
ELIMINATE [1] 1557/20
ELISA [1] 1522/3
ELMO [1] 1629/23
ELSE [14] 1602/6 1604/6 1608/8 1613/12 1626/23 1632/17 1636/24 1640/10 1643/11 1645/6 1645/24 1646/1 1659/1 1662/13
ELSE'S [1] 1586/20
ELSEWHERE [1] 1574/20
ELUCIDATE [1] 1572/3
ELWOOD [2] 1521/22 1521/23
EMBARRASSED [1] 1575/16
EMPLOY [4] 1592/17 1594/4 1596/20 1604/23
EMPLOYED [3] 1588/17 1605/2 1640/24
EMPLOYER [1] 1638/2
EMPLOYMENT [1] 1630/20
ENABLE [2] 1526/20 1581/3
ENCROACHED [1] 1556/3
END [10] 1569/5 1583/15 1601/10 1609/15 1610/17 1612/3 1612/8 1646/19 1650/13 1650/17
ENERGY [2] 1560/15 1560/17
ENFORCEABILITY [1] 1541/4
ENGINEER [7] 1527/13 1531/4 1544/20 1557/19 1577/13 1582/16 1582/20
ENGINEERED [1] 1544/25
ENGINEERING [16] 1525/12 1526/21 1526/24 1526/25 1527/17 1527/24 1528/8 1528/8 1528/9 1534/19 1544/23 1571/2 1582/9 1582/14 1582/14 1584/6
ENGINEERS [12] 1525/11 1533/25 1534/2 1534/8 1534/12 1534/20 1534/24 1548/4 1569/25 1577/4 1577/21 1582/21
ENGINEERS' [1] 1569/20
ENHANCE [1] 1535/2
ENHANCED [1] 1562/1
ENOUGH [5] 1538/4 1564/8 1641/25 1660/24 1667/15
ENSURE [1] 1647/11
ENTER [1] 1542/19
ENTERTAINMENT [1] 1626/24
ENTIRE [6] 1545/17 1545/21 1591/5 1600/16 1612/4 1665/11
ENTIRETY [1] 1524/20
ENTITLED [1] 1669/22
ENVELOPE [3] 1638/13 1639/4 1639/9
ENVIRONMENT [1] 1613/8

ENVIRONMENTAL [1] 1534/7
ENVISION [1] 1669/6
EPPS [3] 1620/16 1620/16 1620/18
EQUALLY [1] 1563/14
EQUIPMENT [4] 1618/1 1618/4 1653/3 1653/4
EROSION [14] 1524/20 1524/21 1524/22 1525/8 1525/15 1526/4 1526/15 1527/5 1527/21 1556/16 1556/16 1560/13 1581/16 1581/19
ERROR [1] 1587/22
ESPECIALLY [3] 1596/8 1611/24 1623/16
ESQ [31] 1520/15 1520/18 1520/19 1520/22 1520/22 1521/3 1521/6 1521/9 1521/12 1521/16 1521/19 1521/20 1521/23 1522/3 1522/3 1522/6 1522/10 1522/11 1522/11 1522/12 1522/12 1522/13 1522/13 1522/14 1522/14 1522/15 1522/15 1522/16 1522/16 1522/17
ESSENCE [1] 1623/22
ESSENTIALLY [1] 1624/2
ESTABLISH [1] 1645/25
ESTABLISHED [2] 1551/24 1616/15
ESTABLISHMENT [1] 1609/8
ESTATE [4] 1621/14 1621/17 1622/24 1655/12
ESTIMATE [9] 1573/14 1608/21 1616/2 1621/21 1628/11 1632/19 1647/11 1647/20 1650/4
ESTIMATED [1] 1631/25
ESTIMATES [2] 1649/12 1651/17
ESTIMATING [2] 1599/18 1629/13
ESTIMATION [1] 1601/18
ET [2] 1520/5 1520/7
ETC [2] 1534/7 1643/5
ETCHED [1] 1600/3
ETHICAL [2] 1642/10 1659/6
ETHICALLY [2] 1642/8 1643/10
ETHICS [1] 1642/17
EUROPE [2] 1526/16 1527/8
EVALUATE [6] 1525/13 1534/4 1580/10 1580/14 1580/16 1580/25
EVALUATION [2] 1581/2 1607/15
EVEN [21] 1545/22 1551/16 1551/19 1570/24 1579/19 1581/3 1593/15 1600/18 1601/1 1601/12 1605/4 1605/18 1615/9 1626/8 1630/7 1630/7 1638/5 1653/14 1656/16 1657/7 1664/25
EVENING [1] 1669/14
EVENT [5] 1582/18 1589/23 1607/2 1608/16 1644/1
EVENTUALLY [2] 1640/3 1647/8
EVER [1] 1568/12
EVERY [9] 1558/11 1589/13 1593/12 1607/24 1608/2 1608/2 1623/17 1625/13 1648/23
EVERYBODY [3] 1640/10 1643/17 1661/13
EVERYTHING [9] 1590/20 1591/4 1591/21 1597/4 1607/14 1609/11 1611/5 1653/8 1662/12
EVERYWHERE [3] 1557/13 1562/21 1580/1
EVIDENCE [24] 1539/14 1572/14 1583/10 1584/18 1586/22 1587/5 1599/4 1599/8 1600/1 1604/18 1605/21 1606/8 1609/23 1611/15 1614/1 1615/18 1616/8 1617/16 1618/15 1625/8 1654/18 1655/16 1656/15 1656/22
EVOLUTION [2] 1567/16 1567/16
EXACT [7] 1563/4 1565/18 1565/22

**E**

EXACT... [4] 1574/16 1591/4 1605/11 1657/3
EXACTLY [9] 1535/20 1539/2 1565/17 1601/17 1626/1 1626/11 1627/7 1634/7 1647/25
EXAM [2] 1583/15 1585/17
EXAMINATION [11] 1524/8 1540/20 1541/12 1542/1 1542/10 1584/1 1587/1 1595/1 1614/20 1616/4 1618/19
EXAMINED [1] 1551/8
EXAMINING [1] 1542/13
EXAMPLE [8] 1551/17 1570/9 1602/2 1609/14 1612/21 1625/6 1632/2 1632/12
EXCEED [1] 1533/14
EXCEEDED [4] 1533/7 1645/9 1646/21 1652/11
EXCEEDED 50 [1] 1652/11
EXCEEDS [3] 1531/17 1532/12 1651/9
EXCELLENT [2] 1536/7 1582/2
EXCEPT [2] 1628/1 1654/13
EXCEPTION [3] 1544/17 1592/1 1655/25
EXCEPTIONS [1] 1623/3
EXCESS [1] 1579/12
EXCLUDED [1] 1656/2
EXCUSE [7] 1536/12 1557/25 1570/12 1597/19 1605/6 1632/21 1637/13
EXECUTIVE [1] 1539/11
EXEMPTED [1] 1655/15
EXHAUSTIVE [1] 1592/20
EXHIBIT [11] 1549/5 1557/4 1560/22 1571/22 1572/2 1574/3 1586/10 1635/3 1656/12 1656/13 1656/25
EXHIBIT 1-B [1] 1635/3
EXHIBIT 2138.2 [1] 1557/4
EXHIBIT 96.31 [1] 1560/22
EXHIBITS [10] 1584/18 1585/23 1586/5 1587/12 1587/18 1587/24 1654/20 1655/5 1655/16 1657/5
EXHIBITS 1719 [1] 1587/18
EXISTED [1] 1568/14
EXISTENCE [1] 1641/4
EXISTS [2] 1530/17 1622/24
EXPANDED [1] 1558/18
EXPECT [3] 1646/6 1667/10 1669/8
EXPECTATIONS [1] 1533/25
EXPECTED [1] 1601/4
EXPENDED [1] 1660/9
EXPENSE [3] 1598/21 1605/24 1631/12
EXPENSES [26] 1593/25 1594/13 1595/6 1599/1 1606/7 1611/19 1611/22 1612/3 1612/10 1612/14 1612/19 1612/19 1612/20 1613/13 1614/9 1626/14 1626/18 1626/21 1644/20 1644/22 1645/1 1649/6 1652/14 1654/4 1654/5 1654/9
EXPENSIVE [8] 1598/7 1598/10 1611/1 1611/7 1612/6 1618/1 1618/5 1647/1
EXPERIENCE [4] 1528/4 1531/11 1610/9 1635/19
EXPERIMENTS [1] 1538/11
EXPERT [22] 1535/13 1546/17 1549/18 1562/13 1564/10 1568/21 1584/14 1585/12 1587/9 1594/16 1594/19 1594/21 1597/19 1597/19 1603/23 1605/2 1608/19 1615/16 1618/14 1619/16 1630/18 1633/12
EXPERTS [2] 1546/24 1582/7
EXPLAIN [4] 1552/7 1562/11 1637/25 1651/1
EXPLAINED [4] 1586/21 1592/5 1635/18

1636/23
EXPLORED [1] 1551/8
EXPOSE [1] 1668/12
EXPOSURE [1] 1603/20
EXPRESSED [1] 1544/23
EXPUNGED [1] 1658/12
EXTANT [2] 1597/25 1634/1
EXTENDED [2] 1613/11 1625/14
EXTENSIVE [5] 1528/3 1580/4 1607/5 1608/3 1609/12
EXTENT [8] 1566/18 1592/12 1647/19 1652/9 1655/24 1657/2 1662/13 1666/14
EXTENUATING [2] 1613/4 1618/4
EXTERIOR [1] 1601/1
EXTERIORS [1] 1600/2
EXTERNAL [1] 1650/9
EXTRACTS [1] 1655/13
EXTREMELY [1] 1530/12
EYE [2] 1591/6 1643/21

**F**

FACE [4] 1524/12 1524/14 1563/9 1645/20
FACILITATING [1] 1636/12
FACT [31] 1535/14 1544/18 1550/11 1551/4 1551/16 1552/1 1553/20 1560/4 1561/13 1562/23 1566/4 1569/23 1600/6 1604/14 1605/4 1607/22 1613/6 1618/22 1621/17 1623/9 1626/10 1626/14 1627/16 1632/20 1633/12 1634/11 1635/6 1635/10 1647/10 1648/23 1656/22
FACTOR [7] 1530/12 1537/2 1537/5 1538/14 1543/24 1566/15 1576/11
FACTORS [3] 1536/25 1596/25 1623/1
FACTS [13] 1559/2 1638/18 1638/19 1640/15 1640/21 1641/4 1658/4 1661/23 1661/24 1662/2 1664/21 1666/20 1666/24
FACTUALLY [1] 1546/14
FAIL [3] 1530/17 1530/25 1538/4
FAILED [1] 1543/17
FAILURE [3] 1530/24 1531/3 1537/22
FAIR [12] 1526/14 1531/6 1534/2 1540/5 1562/20 1563/13 1580/7 1597/9 1597/15 1610/24 1654/2 1657/17
FAIRLY [1] 1585/12
FAIRNESS [2] 1644/11 1660/17
FAKE [1] 1576/17
FALL [2] 1531/8 1656/25
FAMILIAR [3] 1544/8 1577/19 1596/16
FAMILIARITY [1] 1668/9
FAR [14] 1539/21 1542/14 1542/20 1544/7 1596/8 1602/7 1604/24 1613/10 1614/24 1645/9 1645/17 1648/11 1651/22 1658/11
FAR-EAST [1] 1542/20
FARCE [1] 1637/25
FARMERS [1] 1565/4
FASHION [3] 1638/15 1644/3 1657/18
FAYARD [2] 1521/16 1521/16
FCRR [3] 1522/20 1669/17 1669/25
FEASIBILITY [1] 1534/5
FEBRUARY [9] 1525/16 1526/1 1527/1 1527/2 1532/15 1621/3 1627/2 1628/8 1652/19
FEBRUARY 27 [5] 1525/16 1526/1 1527/1 1527/2 1532/15
FEBRUARY 28 [1] 1652/19
FEBRUARY 4 [1] 1621/3
FEDERAL [3] 1655/16 1656/14 1659/9
FEEL [5] 1644/10 1659/12 1661/23

1662/1 1662/3
FEELS [2] 1636/16 1642/11
FEET [66] 1536/1 1536/3 1536/6 1536/9 1536/9 1536/10 1536/10 1536/11 1536/13 1537/5 1551/13 1551/20 1552/4 1552/8 1552/16 1553/2 1553/10 1553/15 1553/22 1555/12 1555/14 1557/6 1559/5 1559/21 1559/24 1560/25 1563/3 1563/7 1563/8 1566/25 1567/21 1567/25 1568/9 1568/10 1568/13 1568/15 1568/17 1569/6 1569/16 1570/5 1570/13 1570/15 1571/5 1571/5 1575/11 1575/11 1577/2 1577/2 1578/3 1578/3 1578/4 1578/23 1579/9 1579/12 1579/18 1579/23 1579/25 1579/25 1595/23 1602/13 1602/23 1602/24 1603/13 1607/1 1614/25 1615/1
FELT [3] 1631/16 1643/10 1665/10
FEMA [2] 1616/14 1616/17
FERRYING [1] 1641/12
FEW [6] 1533/24 1535/8 1545/8 1553/2 1589/7 1618/21
FIELD [5] 1525/5 1558/11 1582/8 1605/2 1644/13
FIGHT [2] 1635/20 1635/21
FIGURE [11] 1537/7 1537/10 1537/14 1537/16 1537/19 1547/18 1578/5 1624/2 1640/8 1646/5 1654/1
FIGURED [2] 1624/15 1646/13
FIGURES [1] 1538/16
FILE [11] 1583/10 1637/7 1640/19 1641/10 1641/11 1641/12 1641/19 1644/4 1659/10 1659/10 1663/20
FILED [8] 1638/9 1639/2 1639/16 1641/14 1641/22 1659/8 1661/18 1667/4
FILING [3] 1638/18 1659/5 1661/21
FILL [1] 1574/25
FILTERS [1] 1593/14
FINAL [2] 1553/1 1561/17
FINALLY [1] 1623/8 1657/19
FIND [25] 1528/15 1538/6 1544/18 1569/10 1590/23 1592/23 1593/7 1594/12 1601/12 1606/13 1608/12 1608/12 1610/16 1642/11 1643/2 1643/10 1643/12 1644/12 1644/17 1646/4 1651/10 1661/8 1663/17 1666/23 1669/11
FINE [2] 1564/20 1636/24
FINISH [3] 1587/4 1591/25 1592/2
FINISHED [2] 1591/14 1646/22
FIRE [2] 1606/16 1606/22
FIRM [4] 1520/21 1521/9 1521/12 1522/2
FIRST [23] 1529/18 1530/16 1542/12 1548/19 1548/20 1548/21 1549/1 1550/25 1551/18 1555/21 1557/5 1574/13 1574/14 1579/4 1583/6 1590/17 1590/21 1591/11 1591/11 1595/22 1596/25 1600/21 1627/7
FIT [4] 1632/15 1650/10 1650/12 1657/8
FITZGERALD [8] 1546/17 1548/8 1549/18 1554/10 1554/11 1555/4 1558/10 1574/3
FITZGERALD'S [6] 1547/19 1548/11 1548/13 1548/13 1554/7 1554/20
FIVE [7] 1577/5 1577/6 1590/16 1624/3 1627/4 1651/18 1658/10
FIXTURES [1] 1624/13
FLAT [2] 1579/25 1625/14
FLAW [1] 1573/3
FLOOD [18] 1525/9 1525/9 1526/4 1526/4 1526/14 1526/22 1527/5 1533/18 1534/23 1546/1 1556/4 1556/13 1567/16

**F**

FLOOD... [5] 1580/12 1587/13 1596/2
1602/18 1606/23
FLOOD-PROTECTION [1] 1525/9
FLOOD-SIDE [2] 1526/14 1527/5
FLOODED [3] 1545/7 1545/22 1546/1
FLOODGATE [1] 1544/14
FLOODING [14] 1542/7 1545/3 1545/17
1545/21 1548/3 1579/14 1581/5 1600/1
1602/11 1602/17 1606/22 1609/20
1615/2 1615/14
FLOODS [2] 1602/12 1602/19
FLOODWATERS [1] 1545/9
FLOOR [4] 1591/5 1595/22 1600/15
1600/19
FLORIDA [1] 1521/17 1538/12 1620/23
1620/24
FLOW [1] 1574/8
FLYING [1] 1530/21
FOCUS [1] 1669/4
FOLLOW [1] 1591/24
FOLLOWING [4] 1527/2 1582/15 1637/4
1641/8
FOLLOWS [4] 1524/7 1588/11 1590/20
1591/21
FOOD [1] 1626/22
FOOT [25] 1533/20 1536/12 1545/8
1549/11 1551/2 1552/24 1555/22
1555/23 1560/20 1562/9 1569/14
1577/23 1577/24 1578/20 1579/9
1600/10 1600/24 1602/16 1603/1 1603/2
1607/1 1614/25 1615/3 1615/9 1618/6
FOOTAGE [4] 1599/24 1617/2 1650/13
1650/19
FOOTAGES [1] 1648/22
FOOTBALL [1] 1558/11
FORCE [3] 1560/21 1561/23 1571/16
FOREGOING [1] 1669/19
FORENSIC [6] 1526/21 1526/25 1528/8
1581/2 1582/9 1582/14
FOREST [1] 1619/5
FORESTALL [1] 1531/3
FORGET [2] 1593/8 1667/16
FORGOT [1] 1552/13
FORGOTTEN [1] 1620/15
FORM [5] 1594/10 1597/22 1625/13
1647/14 1662/24
FORMS [1] 1597/24 1624/21
FORMULAIC [5] 1597/17 1615/24
1616/1 1616/3 1618/10
FORTH [3] 1612/9 1661/17 1661/24
FORWARD [1] 1584/22
FOUND [4] 1552/9 1595/25 1605/17
1634/2
FOUNDATION [3] 1618/7 1655/23
1657/8
FOUNDATION-TYPE [1] 1618/7
FOUNDATIONALLY [1] 1646/12
FOUNDATIONS [1] 1578/17
FOUR [3] 1529/14 1552/2 1635/25
FOURS [3] 1632/13 1632/14 1632/16
FOURTH [1] 1530/14
FOYER [1] 1540/11
FRAME [4] 1570/22 1570/23 1632/13
1641/20
FRAMING [1] 1606/19
FRANK [1] 1521/9
FRANKLIN [1] 1522/17
FRANKLY [4] 1639/24 1662/6 1662/14
1668/22
FRANZ [8] 1587/15 1587/15 1596/15
1598/2 1598/6 1598/12 1611/25 1613/1

FRANZ'S [3] 1595/9 1596/10 1596/18
FRANZES... [1] 1588/9 1596/24 1598/2 1599/2
1599/3 1599/6 1647/11 1649/7
FRANZES' [1] 1646/9
FRIDAY [2] 1541/21 1543/16
FRONT [7] 1545/5 1581/24 1590/19
1595/18 1628/16 1633/6 1645/16
FRONT-SIDE [1] 1581/24
FRUSTRATES [1] 1662/20
FULL [6] 1542/4 1577/5 1577/6 1588/12
1619/11 1648/24
FULL-TIME [1] 1619/11
FUNCTION [2] 1544/17 1643/7
FUNDS [1] 1610/25
FUNNEL [4] 1544/7 1544/9 1544/22
1580/14
FURNITURE [1] 1652/14
FURTHER [8] 1540/13 1584/9 1620/9
1648/19 1653/9 1654/13 1660/17 1664/1
FURY [1] 1639/24
FUTURE [1] 1658/13

**G**

GAG [1] 1666/25
GAIN [3] 1533/21 1599/20 1638/20
GAINED [3] 1527/16 1527/23 1662/21
GATHER [1] 1530/24
GATHERING [2] 1529/22 1530/3
GAUGE [1] 1586/25
GAVE [10] 1567/12 1630/13 1634/18
1639/8 1650/24 1652/13 1653/7 1653/22
1656/15 1657/6
GAVEL [1] 1665/13
GEAR [1] 1596/5
GENERAL [15] 1527/16 1527/23
1527/25 1528/4 1528/5 1529/19 1533/13
1534/13 1534/16 1534/16 1562/20
1563/18 1640/22 1644/23 1659/5
GENERALITY [1] 1562/10
GENERALLY [14] 1528/5 1528/7
1589/14 1592/23 1593/17 1594/13
1603/4 1609/7 1610/24 1613/5 1623/2
1652/12 1664/13 1666/25
GENERATED [2] 1633/24 1633/25
GENERATION [1] 1580/11
GEORGE [2] 1620/14 1620/17
GEOTECHNICAL [1] 1569/24
GET [44] 1528/21 1532/19 1538/2
1539/12 1540/3 1540/7 1540/17 1540/22
1541/14 1547/17 1568/6 1577/18
1585/18 1585/23 1586/6 1586/11
1586/12 1587/4 1587/6 1590/21 1591/25
1599/21 1604/2 1607/24 1625/19
1625/20 1629/8 1631/4 1633/20 1636/10
1641/22 1642/21 1642/23 1643/2
1643/13 1643/22 1644/4 1644/15 1647/6
1650/8 1653/11 1657/17 1658/2 1666/17
GETS [2] 1538/3 1612/16
GETTING [7] 1535/5 1535/20 1563/11
1584/17 1621/9 1636/13 1657/10
GIANT [1] 1549/20
GIGANTIC [1] 1642/1
GIGANTICALLY [1] 1642/24 1662/15
GILBERT [2] 1522/2 1522/3
GILDED [1] 1598/4
GIVE [13] 1536/10 1574/23 1607/3
1610/23 1620/16 1625/11 1626/17
1632/7 1641/21 1647/20 1647/23
1663/19 1663/22
GIVE-AND-TAKE [1] 1610/23
GIVEN [9] 1533/22 1548/16 1566/11
1584/4 1599/7 1601/6 1613/16 1634/13
1653/4

GIVES [4] 1550/22 1579/17 1579/17
1579/22
GIVING [1] 1648/19
GIWW [2] 1546/12 1574/8
GLITCH [1] 1650/21
GO [45] 1539/19 1543/20 1552/1
1554/23 1560/18 1561/15 1563/8 1569/4
1577/18 1584/22 1585/1 1587/1 1587/3
1587/6 1589/6 1591/9 1591/15 1593/5
1593/9 1593/10 1595/20 1597/1 1602/13
1603/19 1604/24 1609/5 1619/19
1620/10 1622/22 1625/19 1626/16
1628/25 1632/17 1632/17 1633/9
1633/13 1634/24 1635/16 1635/25
1636/24 1640/19 1644/24 1645/20
1645/22 1655/4
GOAL [1] 1624/5
GOD [2] 1547/6 1550/21
GOES [7] 1554/15 1602/21 1602/22
1602/25 1632/3 1635/13 1657/20
GOING [84] 1531/12 1539/23 1540/10
1541/19 1541/23 1542/11 1543/19
1545/15 1546/23 1546/24 1547/6 1549/1
1552/12 1558/16 1563/13 1564/7
1564/21 1565/10 1582/12 1583/25
1587/24 1588/1 1598/2 1603/2 1610/25
1613/7 1613/20 1614/22 1615/10
1619/19 1619/23 1623/17 1623/19
1625/20 1629/20 1630/14 1631/8
1631/17 1632/15 1633/9 1635/16
1638/16 1639/2 1639/19 1641/6 1641/13
1641/18 1641/21 1642/5 1642/6 1642/20
1642/21 1643/2 1643/13 1644/3 1644/5
1644/7 1644/11 1644/12 1644/14
1644/15 1647/22 1650/14 1650/22
1651/25 1656/12 1657/7 1657/11
1657/13 1658/6 1660/3 1660/19 1661/4
1661/5 1663/15 1663/22 1665/19 1666/2
1666/8 1667/8 1668/15 1668/19 1669/4
1669/11
GONE [13] 1528/1 1596/2 1600/25
1603/17 1606/20 1613/9 1618/2 1624/12
1627/11 1627/21 1644/9 1645/13
1652/18
GOOD [20] 1530/7 1531/16 1532/11
1533/6 1533/23 1534/25 1535/1 1548/16
1560/4 1562/3 1570/24 1570/24 1577/15
1584/24 1586/3 1598/16 1609/14 1647/7
1668/18 1669/5
GOODNESS [2] 1642/1 1643/22
GOODS [1] 1609/7
GORILLA [1] 1660/15
GOT [22] 1561/18 1569/17 1571/17
1573/9 1577/8 1583/4 1608/11 1610/1
1619/14 1620/20 1620/21 1628/8
1629/24 1632/12 1639/15 1641/14
1645/24 1646/22 1649/22 1658/18
1659/3 1669/3
GOTTEN [2] 1644/8 1644/13
GOVERNMENT [19] 1521/13 1535/2
1574/13 1585/21 1642/8 1642/22 1643/6
1660/7 1660/13 1660/20 1661/10
1662/18 1663/12 1663/22 1665/9
1667/10 1667/20 1668/11 1669/9
GOVERNMENT'S [2] 1657/18 1661/6
GRACIOUS [1] 1642/1
GRADE [4] 1553/15 1553/21 1557/10
1557/15
GRAND [3] 1638/25 1643/5 1663/4
GRANDMOTHER [1] 1598/3
GRANITE [1] 1656/17
GRANT [3] 1640/4 1640/12 1658/14
GRAPHIC [1] 1570/18

## G

GRAPHING [1] 1537/22
GRAPHS [1] 1568/20
GRASS [13] 1531/16 1532/11 1533/6
1533/23 1535/11 1535/25 1536/16
1536/16 1562/6 1562/14 1562/15
1562/17 1564/9
GRAY [2] 1549/25 1603/11
GREAT [3] 1564/23 1575/16 1628/22
GREATER [2] 1582/24 1634/18
GREEN [5] 1554/19 1558/16 1559/4
1559/12 1560/1
GREIF [1] 1522/12
GRIT [1] 1564/18
GROUND [4] 1551/8 1579/19 1579/24
1638/21
GROUNDS [1] 1586/19
GROUP [1] 1522/7
GROWTH [1] 1604/3
GUARANTEEING [1] 1641/13
GUARD [1] 1542/6
GUESS [6] 1569/13 1602/18 1610/2
1662/6 1662/20 1662/23
GUIDANCE [2] 1539/13 1640/17
GUIDELINE [1] 1528/6
GUIDELINES [5] 1526/7 1526/10
1526/11 1528/7 1528/10
GUNS [2] 1653/1 1653/11
GUTTED [1] 1600/5

## H

HAD [104] 1533/6 1535/9 1536/14
1539/8 1541/1 1544/5 1545/14 1550/13
1552/10 1553/13 1553/17 1556/6 1557/1
1557/18 1557/18 1562/4 1562/15
1562/15 1565/20 1566/13 1567/19
1568/13 1569/8 1569/13 1569/25
1570/13 1573/4 1573/5 1576/16 1581/4
1589/15 1589/24 1596/1 1596/2 1596/3
1596/4 1596/8 1597/2 1597/3 1597/5
1597/8 1597/10 1597/12 1598/3 1599/16
1599/18 1600/3 1600/3 1600/11 1600/11
1600/17 1600/22 1600/24 1600/24
1600/25 1601/2 1601/16 1601/19
1603/19 1605/8 1606/15 1607/1 1607/1
1608/17 1609/11 1610/5 1611/6 1612/22
1612/22 1612/22 1614/25 1615/9
1616/14 1616/14 1616/16 1616/16
1617/19 1617/24 1618/3 1620/14 1621/1
1621/24 1623/16 1625/22 1627/16
1631/17 1631/24 1634/13 1635/10
1636/5 1636/7 1636/8 1645/7 1645/12
1645/20 1646/22 1646/25 1647/1 1647/8
1649/25 1650/7 1652/10 1653/19
1658/15
HALF [14] 1533/20 1542/2 1551/2
1575/5 1575/15 1576/24 1577/1 1585/15
1603/3 1615/9 1637/6 1640/25 1642/3
1657/2
HALF-SUPERDOME [1] 1575/15
HAMMER [1] 1634/24
HANDED [3] 1633/7 1638/12 1658/20
HANDLE [2] 1582/2 1584/10
HANDLED [1] 1615/7
HANDS [1] 1641/2
HANDWROTE [1] 1634/14
HAPPEN [2] 1612/25 1657/22
HAPPENED [4] 1544/5 1568/8 1622/19
1662/22
HAPPENING [1] 1564/5
HAPPENS [3] 1640/13 1662/5 1666/6
HAPPY [1] 1639/25

HARD [4] 1548/15 1558/13 1602/6
1659/10
HARDIN [1] 1618/22
HARDIN-SIMMONS [1] 1618/22
HARM [2] 1534/17 1544/24
HAS [67] 1524/22 1524/25 1526/15
1527/6 1527/9 1527/15 1527/23 1528/6
1528/12 1531/21 1542/1 1548/6 1548/16
1553/8 1556/3 1558/5 1558/17 1558/22
1560/11 1562/4 1564/23 1571/11 1598/8
1602/7 1603/10 1603/15 1603/16
1607/22 1612/4 1613/9 1621/2 1622/15
1622/16 1626/3 1630/6 1630/11 1631/5
1631/5 1631/9 1635/24 1636/22 1636/23
1638/24 1638/25 1639/1 1640/24 1642/6
1642/13 1643/1 1643/21 1644/9 1644/13
1656/19 1658/3 1658/11 1659/5 1660/18
1662/8 1662/9 1662/10 1662/10 1662/16
1663/12 1665/19 1667/11 1667/24
1668/11
HASN'T [4] 1532/2 1631/2 1631/3
1658/14
HASTENED [1] 1572/14
HAUNTS [1] 1612/9
HAVE [289]
HAVEN'T [8] 1638/9 1640/5 1645/16
1648/11 1664/3 1664/22 1666/11
1666/19
HAVING [10] 1524/6 1588/10 1594/2
1612/6 1612/13 1621/6 1632/4 1638/10
1659/13 1668/8
HB [1] 1522/20
HB-406 [1] 1522/20
HE [81] 1532/1 1540/10 1554/8 1564/4
1565/15 1565/18 1565/20 1577/15
1587/10 1594/19 1600/13 1600/14
1600/14 1600/18 1613/2 1613/2 1617/24
1619/16 1619/17 1629/22 1630/6
1630/11 1630/12 1630/13 1630/14
1630/15 1630/18 1630/18 1630/19
1631/1 1631/2 1631/3 1631/5 1631/5
1631/9 1631/9 1633/17 1634/7 1634/7
1634/11 1634/11 1634/12 1634/12
1634/13 1634/14 1634/16 1634/16
1634/17 1634/18 1634/18 1636/15
1636/22 1636/22 1636/23 1640/7 1641/2
1645/25 1647/19 1650/23 1653/8
1653/16 1653/21 1653/22 1653/24
1654/10 1654/10 1655/23 1656/7
1658/11 1658/13 1658/14 1660/4
1660/25 1662/9 1662/10 1662/10
1665/18 1665/18 1665/19 1665/19
1665/20
HE'S [4] 1538/25 1554/11 1629/24
1633/16
HEADED [1] 1558/20
HEAR [3] 1527/19 1647/17 1658/16
HEARD [2] 1560/12 1664/19
HEARING [2] 1639/3 1639/20
HEARSAY [6] 1655/15 1655/25 1656/1
1656/1 1656/1 1656/6
HEIGHT [14] 1531/7 1535/11 1535/24
1536/2 1536/3 1549/11 1550/8 1552/4
1555/22 1555/23 1564/16 1568/16
1570/12 1572/7
HEIGHTS [12] 1531/10 1549/3 1549/5
1549/14 1549/15 1549/20 1550/5
1550/11 1550/12 1556/8 1563/2 1563/8
HELD [3] 1621/13 1637/4 1641/8
HELP [8] 1525/14 1533/16 1535/16
1549/9 1570/10 1575/17 1615/10
1668/15
HELPFUL [1] 1632/8

HER [22] 1606/14 1607/3 1611/6 1611/9
1628/5 1628/5 1628/5
1629/3 1629/13 1632/7 1632/22 1635/7
1635/8 1635/18 1638/2 1641/4 1645/20
1656/16 1656/16 1656/17
HERE [43] 1525/8 1526/3 1527/6 1527/7
1527/15 1527/20 1528/21 1538/14
1539/13 1540/4 1541/14 1541/18
1547/17 1554/16 1554/25 1555/10
1562/5 1565/11 1567/7 1583/7 1584/4
1602/12 1618/4 1622/13 1628/25
1629/24 1630/12 1630/14 1631/25
1633/20 1633/23 1635/1 1635/4 1636/13
1638/9 1639/21 1658/2 1658/19 1661/14
1662/22 1664/8 1664/24 1666/13
HERE'S [1] 1643/25
HEREBY [1] 1669/19
HERSELF [1] 1607/4
HIGH [7] 1525/5 1530/3 1555/1 1575/11
1577/2 1589/7 1601/17
HIGH-QUALITY [2] 1525/5 1530/3
HIGHER [3] 1555/21 1603/11 1635/15
HIGHLIGHTED [1] 1562/12
HIGHLY [2] 1562/18 1659/12
HIM [23] 1545/17 1585/3 1585/8
1594/21 1617/7 1617/7 1619/19 1630/8
1630/13 1631/2 1631/8 1634/13 1634/15
1639/8 1640/5 1640/6 1640/12 1650/24
1653/8 1653/25 1654/10 1656/5 1661/3
HIPPOCRATIC [2] 1534/18 1544/24
HIRED [2] 1621/20 1638/1
HIS [29] 1538/22 1544/11 1544/13
1587/12 1587/13 1587/13 1587/17
1598/3 1600/15 1613/2 1615/12 1616/19
1617/6 1617/19 1619/19 1629/17 1630/5
1630/9 1630/14 1630/19 1630/19
1634/17 1637/8 1648/8 1653/18 1654/1
1654/5 1655/7 1658/25
HISTORY [8] 1566/14 1566/19 1567/15
1567/16 1567/18 1568/23 1569/5
1569/10
HIT [1] 1622/16
HOLD [4] 1548/10 1558/3 1588/21
1621/13
HOME [46] 1590/18 1591/4 1592/23
1592/24 1592/25 1593/3 1593/15 1594/2
1594/2 1594/6 1594/11 1595/18 1595/18
1595/21 1595/25 1599/15 1600/2 1600/8
1600/22 1601/2 1601/5 1603/21 1606/15
1606/17 1608/12 1609/11 1609/13
1610/20 1611/25 1612/1 1612/12
1613/22 1615/4 1616/20 1618/3 1618/5
1618/7 1623/15 1627/9 1627/11 1631/24
1634/24 1645/23 1646/21 1647/7
1649/11
HOME DEPOT [1] 1631/24
HOMEOWNER [10] 1591/8 1592/10
1594/13 1598/20 1608/22 1610/10
1610/24 1634/1 1635/20 1635/22
HOMEOWNERS [4] 1593/7 1624/20
1625/4 1625/7
HOMES [13] 1542/19 1590/2 1590/4
1597/20 1600/12 1602/19 1616/16
1616/23 1618/6 1623/11 1627/18 1655/8
1655/10
HONESTLY [1] 1661/7
HONEYCUTT [1] 1521/16
HONOR [100] 1531/13 1533/24 1535/5
1539/2 1539/12 1540/6 1540/13 1541/9
1543/13 1546/9 1547/4 1552/19 1554/11
1555/9 1565/17 1565/24 1572/20 1576/2
1583/9 1583/13 1583/20 1583/22 1584/9
1584/12 1584/17 1584/20 1585/11

HONOR... [73]  1585/16 1586/3 1586/5
1586/11 1586/19 1586/24 1586/25
1587/8 1588/7 1594/15 1594/18 1604/8
1618/17 1619/15 1619/22 1629/22
1630/4 1630/12 1630/17 1630/22 1631/5
1633/15 1634/6 1634/16 1634/24
1635/23 1636/1 1636/6 1636/12 1636/19
1637/1 1637/24 1638/1 1638/9 1639/22
1640/5 1640/14 1641/5 1641/10 1641/15
1641/24 1642/2 1642/16 1650/23 1651/1
1654/13 1654/19 1654/23 1655/19
1656/2 1656/4 1656/8 1656/11 1656/18
1656/24 1657/10 1658/18 1659/9
1660/12 1661/15 1663/18 1663/25
1664/10 1664/19 1665/6 1665/9 1665/22
1665/23 1666/16 1667/14 1668/6
1668/22 1669/7
HONORABLE [1]  1520/11
HOPE [5]  1520/16 1639/24 1643/17
1643/22 1665/14
HOPING [1]  1539/22
HORIZONTALLY [1]  1603/4
HOTEL [2]  1645/5 1645/8
HOUR [10]  1531/18 1532/13 1533/8
1533/15 1539/4 1563/3 1585/4 1585/14
1585/15 1637/7
HOURS [7]  1539/3 1541/4 1545/8
1546/3 1585/6 1627/9 1659/22
HOUSE [48]  1593/12 1596/18 1598/5
1598/23 1600/15 1603/21 1603/24
1603/25 1605/15 1606/14 1607/4 1607/6
1608/23 1612/24 1613/2 1616/11 1617/6
1622/15 1622/22 1623/13 1623/22
1624/8 1624/21 1624/25 1625/7 1626/11
1626/12 1626/16 1626/18 1626/19
1628/4 1628/5 1628/5 1628/13 1629/3
1629/10 1632/13 1646/9 1646/10
1646/14 1646/16 1648/11 1648/21
1649/13 1649/17 1650/5 1650/10
1656/17
HOUSE'S [2]  1626/6 1626/9
HOUSEHOLD [1]  1609/6
HOUSES [3]  1590/8 1626/4 1627/1
HOUSING [1]  1626/22
HOW [47]  1527/4 1527/4 1527/5 1530/7
1538/10 1538/13 1538/20 1540/18
1547/6 1552/10 1558/17 1558/21
1562/10 1575/8 1575/9 1575/17 1577/20
1578/3 1584/21 1588/17 1589/7 1589/9
1589/19 1590/4 1591/18 1601/17 1602/7
1605/9 1605/9 1606/13 1607/10 1609/12
1610/4 1610/15 1610/25 1616/18 1625/2
1632/21 1639/11 1640/9 1647/25
1651/22 1654/10 1658/7 1659/7 1660/20
1664/18
HOWEVER [4]  1562/17 1609/3 1609/6
1643/3
HUGHES [2]  1563/16 1564/2
HUH [2]  1628/10 1629/11
HUMAN [1]  1530/6
HUMBLE [1]  1648/9
HURRICANE [12]  1529/7 1544/6
1560/21 1561/23 1579/14 1582/18
1582/23 1609/20 1611/4 1613/22
1615/14 1649/14
HURRICANE-FORCE [1]  1560/21
HYDRODYNAMIC [1]  1529/16
HYDROGRAPH [1]  1533/22
HYDROLOGICALLY [1]  1544/18
HYPOTHETICAL [1]  1570/17

I'D [13]  1525/16 1532/15 1536/19
1539/13 1540/2 1542/10 1562/11 1573/5
1583/9 1583/14 1584/12 1584/13
1641/15
I'LL [14]  1551/17 1553/18 1564/11
1585/7 1586/6 1642/11 1650/18 1654/14
1655/4 1661/8 1661/10 1666/18 1668/17
1668/17
I'M [109]  1525/21 1526/2 1527/15
1531/12 1532/5 1532/24 1533/11
1533/24 1535/20 1538/8 1539/16
1539/17 1539/21 1539/21 1541/19
1541/22 1543/18 1545/15 1546/23
1546/24 1547/6 1547/12 1547/21 1549/1
1549/9 1550/25 1551/22 1552/1 1556/16
1563/13 1564/7 1565/16 1580/3 1582/12
1583/4 1583/25 1588/22 1591/14 1592/1
1592/7 1592/7 1592/19 1596/16 1614/22
1619/19 1620/24 1623/19 1624/5
1625/20 1630/2 1630/13 1634/9 1635/16
1636/8 1636/17 1637/19 1638/19
1638/24 1639/1 1639/23 1640/8 1640/10
1641/6 1641/6 1641/12 1641/13 1641/16
1641/20 1642/4 1642/5 1642/5 1642/7
1642/21 1643/2 1644/12 1644/14
1647/22 1651/15 1651/16 1657/7
1657/11 1657/23 1658/5 1658/11
1658/16 1660/3 1660/3 1660/19 1660/22
1660/25 1661/1 1661/3 1661/4 1661/13
1662/9 1663/5 1664/24 1664/25
1665/15 1666/1 1666/7 1667/2 1668/3
1668/14 1668/18 1668/24 1669/1 1669/2
1669/3
I'VE [8]  1531/10 1539/5 1577/8 1580/4
1583/4 1596/7 1601/19 1664/12
IDEA [8]  1539/18 1540/4 1577/19
1625/22 1658/22 1661/11 1664/15
1668/13
IDENTIFIED [7]  1525/15 1529/14
1537/23 1568/24 1624/13 1655/13
1655/14
IDENTIFIES [1]  1525/12
IDENTIFY [8]  1525/7 1526/2 1527/4
1525/21 1569/3 1590/19 1591/7 1591/8
IF [140]  1529/18 1531/17 1531/21
1531/21 1532/11 1532/12 1532/18
1533/7 1534/13 1535/16 1538/4 1538/6
1539/24 1540/16 1541/22 1543/6
1543/22 1544/17 1548/22 1550/16
1551/24 1554/4 1554/23 1556/16
1558/21 1560/1 1561/18 1562/16
1563/17 1563/18 1564/8 1567/3 1568/8
1568/12 1568/17 1569/13 1570/13
1572/6 1572/12 1573/5 1574/2 1575/4
1575/17 1579/9 1582/2 1584/23 1585/16
1592/19 1593/10 1593/21 1593/22
1593/22 1594/7 1597/18 1602/5 1602/25
1603/9 1607/14 1607/15 1608/24
1609/10 1610/16 1611/1 1614/24 1615/2
1623/16 1625/6 1625/19 1625/22 1626/8
1626/16 1630/7 1631/1 1631/2 1631/2
1631/21 1632/5 1632/11 1632/14
1635/14 1635/16 1636/2 1636/23 1638/2
1639/2 1639/16 1640/2 1640/3 1640/18
1641/25 1642/6 1642/8 1642/10 1642/13
1643/3 1643/4 1643/9 1643/10 1643/23
1644/2 1644/12 1644/16 1645/22 1646/5
1646/15 1648/1 1648/13 1650/17 1651/8
1654/14 1656/6 1658/9 1658/18 1659/10
1660/4 1660/17 1660/21 1660/21
1660/21 1660/24 1660/25 1661/1 1661/3

1661/7 1662/5 1662/23 1663/11 1664/21
1664/25 1665/10 1665/18 1667/1
1667/15 1667/24 1668/1 1668/16
1668/18 1669/2 1669/5 1669/10
IF THEY [1]  1661/7
IGNORE [1]  1558/13
IGNORED [1]  1557/18
IHNC [6]  1543/7 1543/11 1543/16
1544/1 1545/1 1545/3
II [2]  1521/24 1522/6
ILLUSTRATION [1]  1550/9
IMAGINE [1]  1665/4
IMMEDIATELY [4]  1545/5 1551/24
1552/23 1582/15
IMPACT [4]  1530/2 1560/11 1576/7
1581/4
IMPACTS [4]  1534/7 1581/19 1639/11
1668/18
IMPEACH [2]  1630/10 1630/23
IMPEACHMENT [3]  1586/11 1586/18
1630/21
IMPLICATIONS [5]  1659/6 1659/11
1659/15 1659/20 1661/16
IMPORTANT [4]  1530/12 1531/1 1534/6
1545/4
IMPOSSIBLE [3]  1632/20 1647/3
1659/19
IMPROPER [4]  1630/4 1630/9 1634/7
1636/15
IN [573]
IN-DEPTH [1]  1569/19
INACTION [1]  1548/4
INCH [1]  1657/1
INCHES [3]  1552/24 1570/16 1570/25
INCIDENTALLY [3]  1559/2 1560/5
1576/18
INCLINATION [1]  1663/23
INCLINED [1]  1666/10
INCLUDE [11]  1546/6 1546/7 1566/20
1572/24 1605/20 1611/14 1615/16
1616/6 1617/14 1618/13 1626/22
INCLUDED [5]  1549/16 1554/5 1566/23
1576/10 1600/16
INCLUDES [5]  1539/4 1546/11 1551/6
1567/7 1577/24
INCLUDING [4]  1607/25 1619/7 1621/11
1641/1
INCLUSION [1]  1566/18
INCOME [1]  1619/1
INCONSISTENCY [1]  1634/10
INCONSISTENT [9]  1630/6 1630/21
1631/1 1631/3 1631/6 1632/21 1633/16
1634/19 1634/21
INCORPORATE [1]  1631/12
INCORPORATED [1]  1566/21
INCORPORATES [1]  1622/25
INCORRECT [1]  1538/19
INCREASE [3]  1560/17 1612/10 1612/11
INCREASED [5]  1564/14 1564/15
1564/15 1564/16 1578/17
INCREASING [1]  1564/21
INCREDIBLY [1]  1643/25
INCUMBENT [3]  1544/20 1642/18
1662/4
INCURRED [1]  1612/3
INDEED [1]  1622/8
INDEMNIFY [1]  1592/10 1624/6
INDEMNIFYING [1]  1598/19
INDICATE [1]  1553/22
INDICATED [2]  1562/15 1571/22
INDICATION [1]  1537/2
INDICATOR [1]  1537/1
INDIVIDUAL [3]  1594/1 1594/5 1610/14

Case 2:05-cv-04182-SRD-JCW Document 15849-8 Filed 05/22/08 Page 165 of 181

**I**

INDUCED [5] 1525/8 1526/4 1526/15
1527/5 1527/21
INDUSTRIAL [1] 1542/25
INDUSTRY [8] 1525/7 1526/2 1526/8
1526/12 1528/6 1528/7 1607/20 1651/7
INFESTS [1] 1601/9
INFLUENCE [1] 1560/15
INFLUENCES [1] 1530/11
INFORMAL [1] 1664/25
INFORMATION [12] 1529/21 1530/2
1530/14 1530/17 1534/14 1534/16
1535/1 1535/24 1566/11 1573/10 1574/9
1582/6
INFORMATION-SENSITIVE [1] 1530/2
INFORMED [1] 1661/18
INITIALLY [5] 1591/7 1597/1 1599/20
1605/16 1610/18
INJURY [1] 1561/16
INPUT [3] 1534/9 1597/25 1611/6
INSENSITIVE [1] 1529/21
INSERT [1] 1541/11
INSERTED [2] 1562/5 1650/3
INSIDE [8] 1571/15 1590/21 1599/15
1599/20 1599/25 1601/1 1615/5 1650/10
INSIDE/OUTSIDE [1] 1571/15
INSIDIOUS [1] 1556/16
INSIGNIFICANT [1] 1643/3
INSISTED [1] 1653/8
INSTALLED [3] 1550/2 1551/5 1553/23
INSTANT [1] 1638/7
INSTEAD [1] 1593/11
INSULATION [1] 1604/6
INSULT [1] 1561/16
INSURANCE [21] 1588/20 1594/7
1594/19 1594/20 1587/24 1607/20
1613/11 1613/12 1620/10 1620/22
1621/14 1622/12 1622/14 1624/19
1624/23 1625/7 1625/22 1635/19
1635/21 1636/5 1667/25
INSURE [1] 1626/16
INSURED [1] 1622/15
INSURED'S [1] 1622/22
INSURER [1] 1625/10
INSURERS [2] 1522/2 1646/6
INTACT [2] 1596/2 1606/19
INTEGRITY [5] 1627/19 1635/20 1663/5
1669/1 1669/3
INTEND [2] 1660/13 1668/13
INTENDED [2] 1527/12 1528/7
INTENDING [1] 1630/10
INTENDS [1] 1641/2
INTENSE [1] 1550/8
INTENSITY [5] 1563/9 1563/24 1564/8
1564/14 1564/21
INTENT [1] 1566/8
INTERACTIVE [1] 1531/3
INTEREST [1] 1662/3
INTERESTED [1] 1661/9
INTERESTING [2] 1559/2 1633/11
INTERFACING [1] 1534/25
INTERIM [1] 1666/16 1666/19
INTERIOR [7] 1590/17 1591/5 1591/23
1592/3 1595/20 1615/4 1650/7
INTERNATIONALLY [2] 1581/12
1581/18
INTERNET [4] 1638/10 1655/7 1655/14
1655/24
INTERRUPT [1] 1537/7
INTERSECTION [1] 1544/2
INTERVIEW [4] 1590/21 1590/25
1595/19 1608/13

INTERVIEWED [1] 1644/23
INTO [15] 1531/14 1549/3 1549/10
1554/24 1566/15 1566/21 1573/7 1574/8
1578/17 1583/10 1584/18 1586/22
1593/23 1595/20 1595/23 1598/5 1600/3
1602/19 1604/18 1605/21 1606/8
1607/11 1608/3 1609/23 1610/1 1611/15
1612/16 1614/1 1615/17 1616/8 1617/16
1618/15 1618/25 1619/14 1619/17
1619/19 1620/10 1620/20 1620/21
1621/9 1623/10 1624/12 1630/2 1631/4
1631/13 1631/20 1632/3 1632/15
1633/13 1636/24 1640/20 1650/3 1650/4
1657/8 1661/21
INTRO [1] 1527/18
INTRODUCE [1] 1583/10
INTRODUCED [6] 1529/25 1548/7
1579/3 1586/22 1599/4 1599/8
INVESTIGATED [1] 1538/15
INVESTIGATION [3] 1556/24 1614/8
1652/3
INVESTIGATOR [1] 1526/20
INVOLVE [1] 1602/15
INVOLVED [2] 1534/3 1575/12 1590/5
1607/6 1608/10 1643/14 1664/12
INVOLVES [1] 1534/8
IPET [5] 1580/6 1580/10 1580/14
1580/16 1581/2
IRONING [1] 1593/13
IRRELEVANT [1] 1666/24
IS [367]
ISN'T [12] 1526/16 1534/18 1562/23
1570/19 1579/10 1604/12 1613/11
1637/16 1640/11 1642/17 1643/7
1644/16
ISO [5] 1594/10 1597/22 1597/24
1624/21 1625/13
ISSUE [12] 1562/4 1607/1 1625/3
1636/18 1638/2 1638/3 1640/19 1642/15
1657/4 1657/14 1659/14 1666/3
ISSUED [1] 1596/13
ISSUES [5] 1590/25 1604/4 1608/10
1608/24 1667/15
IT [469]
IT'S [141] 1525/4 1525/7 1526/14
1526/19 1526/20 1527/4 1527/5 1527/12
1528/17 1528/24 1529/25 1531/3 1531/5
1531/9 1531/9 1532/25 1533/2 1533/5
1535/22 1536/14 1536/20 1538/14
1540/20 1544/11 1544/18 1547/3 1547/5
1548/12 1555/18 1560/16 1561/10
1562/22 1563/11 1564/20 1568/10
1570/21 1570/22 1571/14 1572/8
1572/10 1573/8 1573/10 1573/22 1574/3
1578/23 1583/3 1583/15 1583/16
1583/17 1583/18 1584/24 1585/4
1588/20 1592/14 1594/7 1595/21
1597/22 1597/24 1598/8 1598/12 1603/4
1603/12 1603/16 1603/17 1603/18
1605/12 1607/18 1607/19 1610/1
1610/14 1613/7 1614/6 1614/6 1623/17
1625/3 1625/12 1625/14 1625/14
1625/15 1628/22 1630/4 1630/20
1630/25 1632/1 1632/15 1634/6 1634/21
1635/15 1639/2 1639/16 1639/24 1640/2
1640/19 1640/20 1641/13 1641/18
1642/10 1643/3 1643/9 1643/10 1643/15
1644/12 1644/25 1645/22 1646/5 1647/4
1647/19 1647/24 1650/14 1651/20
1656/3 1656/14 1656/18 1657/1 1657/15
1658/24 1659/18 1659/20 1660/4 1660/9
1660/10 1660/15 1660/15 1660/21
1660/21 1661/5 1661/11 1661/12 1662/3

1662/24 1664/25 1664/25 1666/20
1666/24 1667/4 1667/5 1668/4
1668/5 1668/19 1669/10
ITEM [5] 1607/25 1610/17 1631/22
1653/22 1654/8
ITEMS [14] 1593/8 1593/8 1605/18
1605/19 1607/23 1609/5 1610/4 1611/9
1617/25 1618/9 1649/4 1652/3 1652/7
1652/10
ITS [8] 1524/20 1524/22 1529/20 1561/3
1568/22 1643/21 1658/22 1659/12
ITSELF [13] 1566/19 1566/21 1570/4
1575/10 1576/19 1576/20 1580/6 1592/8
1603/15 1618/5 1660/11 1662/10
1668/12

**J**

JAMES [2] 1521/6 1522/13
JANUARY [3] 1528/19 1528/24 1532/23
JANUARY 30 [2] 1528/19 1528/24
JANUARY 31 [1] 1532/23
JEFFERSON [8] 1521/6 1637/10
1637/14 1637/18 1637/19 1643/15
1659/2 1662/22
JEFFREY [1] 1522/11
JEOPARDY [1] 1665/11
JEWELRY [3] 1653/2 1653/15 1653/15
JOANEN [1] 1520/19
JOB [4] 1534/13 1619/11 1619/13
1631/17
JOHN [1] 1522/17
JOINT [5] 1637/11 1637/23 1659/3
1659/4 1667/18
JONATHAN [1] 1520/22
JOSEPH [2] 1520/18 1520/18
JOSHUA [1] 1521/20
JOURNAL [2] 1528/1 1528/14
JR [7] 1520/11 1521/9 1521/16 1521/22
1521/23 1522/10 1522/13
JUDGE [17] 1520/11 1527/25 1528/3
1531/25 1540/10 1579/12 1582/4
1584/15 1626/4 1643/24 1659/7 1659/13
1659/17 1659/22 1660/10 1669/6 1669/9
JUDGE'S [1] 1570/10
JULY [3] 1535/13 1536/20 1537/14
JULY 11 [1] 1536/20
JUMPS [1] 1664/21
JUNK [2] 1571/2 1571/2
JURY [2] 1660/10 1667/7
JUST [81] 1527/16 1531/9 1532/17
1535/24 1538/6 1538/23 1539/18
1540/10 1540/12 1543/9 1546/5 1546/10
1547/21 1548/19 1550/25 1552/12
1556/22 1558/14 1558/24 1559/2 1560/4
1563/13 1568/10 1571/21 1573/5
1574/23 1577/1 1577/18 1580/3 1583/2
1585/7 1586/25 1588/7 1589/6 1591/23
1592/5 1601/8 1601/20 1602/11 1602/13
1603/3 1603/19 1605/12 1613/12
1621/22 1623/19 1625/12 1625/14
1626/25 1627/12 1630/8 1631/18
1631/19 1635/2 1636/10 1636/13 1638/5
1638/8 1638/12 1639/2 1640/18 1642/12
1644/9 1644/10 1644/25 1645/7 1645/19
1647/4 1648/10 1651/20 1652/6 1653/19
1654/9 1658/12 1661/23 1663/10
1663/16 1664/16 1664/24 1664/25
1667/9
JUST A [1] 1625/14
JUSTICE [1] 1522/9
JX [11] 1586/14 1586/14 1586/14
1586/14 1586/15 1586/15 1586/15
1586/15 1586/15 1587/13 1589/1

Case 2:05-cv-04182-SRD-JCW Document 19881-13 Filed 05/22/09 Page 166 of 181

## J

JX-0010 [1]  1586/14
JX-0069 [1]  1586/14
JX-0116 [1]  1586/15
JX-0117 [1]  1586/14
JX-0118 [1]  1586/15
JX-0191 [1]  1586/15
JX-0195 [1]  1586/15
JX-0207 [1]  1586/14
JX-0242 [1]  1586/15
JX-59 [2]  1587/13 1589/1

## K

KALIMAH [1]  1522/11
KARA [1]  1522/14
KATRINA [38]  1529/7 1549/3 1549/5
1549/15 1549/20 1550/2 1550/4 1550/10
1550/12 1550/17 1551/5 1551/20 1552/5
1552/8 1552/10 1553/3 1553/9 1553/24
1554/2 1556/8 1556/24 1557/24 1557/25
1568/9 1570/12 1571/7 1579/15 1582/23
1590/2 1590/4 1599/21 1609/20 1611/4
1613/22 1615/14 1624/4 1628/14
1649/14
KEA [1]  1520/22
KEEP [6]  1538/4 1643/21 1644/7
1646/24 1667/16 1668/4
KEEPS [2]  1575/19 1646/23
KELLS [1]  1522/12
KENT [2]  1595/9 1655/11
KEPT [1]  1654/17
KILL [1]  1560/8
KILLING [3]  1560/11 1561/5 1573/4
KIND [17]  1538/24 1554/15 1571/15
1601/24 1602/10 1602/10 1610/1 1610/3
1623/12 1624/9 1642/9 1643/17
1644/14 1644/14 1650/20 1659/21
1668/9
KINDS [10]  1528/14 1530/5 1591/2
1599/20 1609/14 1612/25 1617/2 1634/4
1647/2 1668/10
KNEW [3]  1557/1 1577/15 1600/10
KNOW [72]  1535/24 1538/23 1539/22
1540/1 1541/14 1541/22 1546/5 1546/20
1553/4 1554/6 1558/14 1559/10 1560/1
1561/18 1568/9 1568/19 1577/17
1601/18 1605/9 1605/9 1627/19 1630/7
1631/19 1632/12 1635/1 1636/6 1639/16
1640/2 1640/14 1640/21 1641/14
1641/20 1642/11 1642/12 1643/19
1645/14 1645/15 1645/19 1647/25
1648/11 1650/12 1651/19 1657/23
1658/24 1659/7 1659/18 1660/14
1660/24 1661/4 1661/6 1661/7 1661/15
1661/16 1661/17 1661/22 1662/6
1662/14 1662/23 1663/1 1663/4 1663/19
1664/4 1664/16 1665/18 1666/2 1666/4
1667/17 1667/18 1668/3 1668/12
1668/17 1669/10
KNOWABLES [1]  1530/16
KNOWLEDGE [6]  1526/13 1542/21
1642/9 1642/10 1642/12 1662/21
KNOWN [6]  1569/25 1579/2 1579/3
1598/18 1641/4 1641/4
KNOWS [1]  1547/6

## L

LABOR [1]  1607/25
LACK [1]  1529/7
LAFAYETTE [1]  1521/7
LANGUAGE [2]  1624/10 1624/22
LAPSED [2]  1621/1 1621/7
LARGE [2]  1597/13 1615/8

LARGER [1]  1655/11
LASER [1]  1591/13 1608/6
LASER-DIMENSIONING [1]  1591/13
LAST [14]  1540/4 1541/2 1542/2
1543/16 1553/8 1584/4 1598/3 1605/5
1620/14 1635/25 1637/6 1640/16
1654/23 1656/11
LATE [2]  1627/2 1640/16
LATER [2]  1532/1 1605/17
LATERAL [23]  1537/1 1537/3 1537/3
1537/12 1566/9 1566/15 1567/1 1568/4
1568/16 1569/10 1569/13 1570/14
1570/15 1571/6 1571/10 1571/19
1571/24 1572/6 1572/13 1576/8 1578/17
1579/10 1580/25
LATH [1]  1598/11
LATITUDE [1]  1648/19
LATTER [1]  1620/4
LATTIMORE [28]  1587/21 1587/25
1588/4 1590/11 1595/11 1614/12
1614/16 1614/18 1615/12 1615/13
1615/21 1615/24 1616/2 1616/7 1616/10
1616/19 1617/4 1617/19 1617/24
1618/10 1627/12 1627/14 1652/18
1653/5 1653/7 1653/14 1653/17 1655/11
LATTIMORE'S [16]  1587/19 1595/9
1614/3 1614/5 1614/16 1614/23 1616/11
1617/12 1617/15 1618/9 1618/13 1627/1
1627/11 1628/2 1653/1 1654/4
LATTIMORES [1]  1616/24
LAUNDRY [1]  1626/22
LAW [7]  1520/18 1520/21 1521/9
1521/12 1521/22 1621/25 1667/8
LAWN [1]  1521/3
LAWYER'S [1]  1521/13
LAWYERS [6]  1621/22 1621/24 1638/16
1641/1 1664/15 1664/16
LAY [1]  1665/12
LEACH [2]  1662/12 1668/2
LEAD [1]  1546/24
LEADER [1]  1590/6
LEADING [3]  1546/22 1546/23 1630/2
LEADS [1]  1651/20
LEARN [2]  1605/7 1666/24
LEAST [11]  1563/14 1573/14 1592/24
1597/9 1597/15 1598/16 1627/17
1636/13 1645/17 1656/19 1659/21
LEAVE [2]  1592/4 1621/7
LEAVING [1]  1657/24
LEFT [10]  1538/16 1543/14 1548/20
1556/18 1558/20 1596/2 1600/2 1603/12
1621/22 1634/1
LEGAL [1]  1594/21
LEGITIMATELY [1]  1627/18
LEMONADE [1]  1610/9
LEMONS [1]  1610/9
LENGTH [3]  1562/6 1580/5 1608/17
LESS [7]  1593/19 1602/13 1602/14
1610/19 1610/19 1647/7 1654/1
LET [26]  1540/4 1541/19 1543/9 1548/1
1552/13 1553/20 1562/3 1570/2 1574/15
1580/4 1583/12 1583/23 1586/17
1586/22 1589/6 1597/17 1600/13
1607/10 1609/17 1615/11 1637/25
1644/10 1659/11 1664/23 1668/14
1668/25
LET'S [23]  1524/19 1527/1 1528/19
1529/10 1532/17 1532/18 1532/18
1535/8 1544/10 1547/16 1565/6 1565/6
1568/13 1577/9 1587/6 1639/11 1639/12
1640/4 1640/12 1644/17 1657/14
1659/21 1661/3
LETTER [1]  1641/2

LEVEE [73]  1524/12 1531/16 1532/11
1539/1 1539/3 1540/4 1542/17 1542/23
1543/25 1544/4 1549/3 1549/5 1549/14
1549/15 1549/20 1550/4 1550/8 1550/11
1550/12 1551/2 1551/5 1552/15 1553/3
1554/2 1554/19 1555/25 1556/8 1557/2
1557/9 1557/24 1558/1 1558/21 1558/22
1559/4 1559/11 1559/17 1559/21
1560/12 1560/19 1561/9 1563/9 1563/17
1563/21 1563/23 1564/6 1564/16 1565/8
1566/6 1566/19 1566/21 1567/11
1567/13 1568/8 1568/14 1569/1 1569/14
1569/21 1569/24 1570/12 1575/10
1575/11 1575/11 1575/13 1576/19
1576/20 1577/2 1578/14 1578/17 1579/9
1580/22 1637/15 1637/16 1667/17
LEVEES [14]  1533/6 1534/4 1542/20
1549/12 1551/11 1557/2 1560/25
1560/25 1561/22 1567/8 1570/6 1571/6
1571/23 1579/7
LEVEL [14]  1563/2 1563/7 1564/15
1572/7 1595/20 1595/20 1602/11
1602/16 1603/2 1604/7 1638/20 1644/9
1644/11 1661/14
LEVELS [3]  1551/8 1562/10 1623/1
LEVINE [1]  1522/13
LIABLE [1]  1643/7
LIBERAL [2]  1541/4 1577/14
LIBERALLY [1]  1547/7
LICENSE [2]  1621/6 1621/6
LICENSED [3]  1620/22 1620/24 1621/8
LICENSES [3]  1620/25 1621/13 1621/13
LICENSING [1]  1597/23
LIFE [3]  1544/25 1561/17 1612/4
LIFETIME [1]  1534/25
LIFTOFF [5]  1535/11 1535/25 1536/16
1562/7 1564/9
LIFTS [6]  1568/11 1568/14 1568/18
1568/23 1569/15 1572/17
LIGHT [1]  1572/2
LIGHTLY [2]  1668/23 1668/25
LIKE [55]  1525/16 1532/15 1534/24
1535/4 1536/19 1538/3 1539/13 1540/1
1541/14 1542/10 1548/15 1562/11
1579/12 1583/9 1583/14 1584/12
1584/13 1585/16 1586/4 1592/10
1593/11 1593/14 1594/15 1597/10
1600/20 1601/6 1602/2 1602/11 1602/13
1607/14 1613/6 1617/8 1623/11 1623/12
1623/15 1624/5 1624/7 1624/9 1631/16
1632/19 1636/13 1639/3 1640/1 1641/15
1644/23 1645/3 1646/8 1657/15 1659/20
1661/23 1662/3 1665/10 1666/15 1667/9
1668/12
LIKELY [1]  1625/24
LIKEWISE [4]  1564/9 1571/9 1579/1
1667/12
LIMINE [2]  1654/22 1655/1
LIMIT [1]  1607/10
LIMITED [2]  1528/4 1663/3
LIMITS [1]  1623/10
LINE [31]  1528/20 1528/20 1529/4
1549/8 1549/11 1552/15 1558/16 1559/4
1559/12 1559/12 1560/1 1565/3 1629/21
1631/8 1633/10 1633/21 1634/4 1634/11
1634/11 1634/14 1634/14 1634/25
1635/7 1635/7 1648/5 1649/22 1650/24
1650/24 1652/7 1652/7 1653/22
LINE 12 [1]  1648/5
LINE 23 [1]  1528/20
LINE-ITEM [1]  1653/22
LINES [10]  1525/17 1525/20 1525/21
1527/2 1532/21 1532/23 1532/25 1533/4

L
LINES... [2] 1549/25 1550/16
LIST [45] 1584/17 1591/8 1591/16
1592/20 1593/5 1593/5 1597/1 1597/3
1604/25 1605/14 1608/18 1608/21
1609/10 1609/11 1609/12 1609/16
1610/2 1611/6 1615/23 1617/24 1618/9
1633/1 1633/17 1633/20 1634/14 1635/3
1635/9 1635/12 1635/16 1636/17
1636/23 1645/25 1649/18 1650/1
1650/25 1651/6 1651/8 1651/11 1651/12
1651/22 1652/2 1652/4 1653/11 1653/22
1656/23
LISTED [8] 1591/22 1594/8 1594/9
1607/23 1609/5 1652/3 1652/11 1654/9
LISTEN [1] 1648/8
LISTENED [1] 1648/7
LISTENING [1] 1668/8
LISTING [1] 1656/15
LISTS [5] 1593/17 1608/1 1608/15
1633/25 1651/20
LITIGATION [8] 1522/7 1636/5 1637/11
1638/21 1640/25 1642/1 1643/15
1661/19
LITTLE [15] 1542/10 1553/2 1572/3
1574/23 1593/22 1598/2 1610/3 1632/5
1636/5 1637/20 1641/2 1642/24 1644/12
1651/2 1667/9
LITTLE SOUTH [1] 1553/2
LIVE [5] 1595/21 1612/5 1612/23 1613/8
1645/23
LIVE-IN [1] 1595/21
LIVED [4] 1544/5 1545/5 1612/1 1652/18
LIVES [2] 1612/6 1648/10
LIVING [27] 1593/25 1595/6 1597/11
1598/21 1605/24 1606/6 1611/18
1611/22 1612/2 1612/14 1612/18
1612/19 1612/20 1612/24 1613/2 1613/8
1614/9 1626/14 1626/18 1626/21
1644/20 1644/22 1644/25 1649/6 1649/6
1652/14 1654/4
LLC [3] 1520/21 1521/9 1521/12
LOAD [5] 1538/1 1538/2 1538/4 1572/12
1576/5
LOADING [3] 1537/25 1537/25 1566/16
LOCAL [4] 1534/9 1534/21 1534/24
1535/1
LOCATION [10] 1527/10 1557/4 1557/5
1557/6 1562/23 1562/24 1562/25
1570/11 1591/4 1627/13
LOCATIONS [3] 1551/9 1552/2 1579/20
LODGING [2] 1626/22 1626/25
LOGIC [1] 1570/24
LONG [12] 1537/24 1538/4 1545/14
1547/12 1565/3 1579/2 1584/21 1589/7
1612/1 1622/25 1646/21 1654/10
LONG-TERM [1] 1537/24
LONGER [2] 1538/1 1613/9
LOOK [29] 1525/16 1527/1 1528/19
1530/21 1532/15 1532/18 1562/20
1593/22 1594/8 1601/17 1603/9 1607/13
1608/9 1609/5 1610/16 1618/21 1635/15
1639/11 1639/12 1639/15 1640/20
1643/4 1643/5 1648/4 1649/21 1652/6
1659/11 1665/24 1665/25
LOOKED [16] 1556/24 1573/17 1580/11
1592/21 1595/23 1601/16 1601/19
1601/21 1621/9 1624/17 1626/3 1627/1
1627/5 1627/15 1646/9 1664/3
LOOKING [21] 1533/22 1535/14 1547/21
1552/1 1554/23 1556/17 1574/6 1575/4
1597/8 1599/18 1603/6 1616/21 1628/8

1645/18 1646/17 1651/16 1651/16
1652/20 1662/17 1663/8 1666/7
LOOKOUT [1] 1530/24
LOOKS [1] 1666/15
LOOSELY [1] 1547/16
LOS [1] 1520/16
LOSS [20] 1566/7 1566/8 1567/20
1569/4 1570/5 1572/11 1572/15 1580/16
1590/19 1590/20 1591/1 1591/2 1593/18
1593/19 1614/4 1614/11 1622/10
1622/24 1629/13 1643/22
LOSSES [3] 1614/7 1614/8 1627/12
LOST [5] 1564/19 1569/8 1622/23
1648/10 1655/11
LOT [12] 1541/10 1545/14 1554/9
1575/7 1593/17 1597/7 1639/20 1640/10
1643/1 1644/24 1658/5 1659/11
LOTS [2] 1638/25 1664/12
LOUD [2] 1658/12 1660/3
LOUISIANA [17] 1520/2 1520/6 1520/20
1520/23 1521/7 1521/10 1521/14
1521/17 1521/21 1521/25 1522/8
1522/21 1521/8 1621/10 1621/10 1655/8
1669/19
LOVE [2] 1529/11 1541/16
LOW [9] 1536/25 1552/23 1552/24
1553/3 1553/13 1555/1 1560/25 1579/25
1638/20
LOW-LEVEL [1] 1638/20
LOWER [18] 1542/7 1545/1 1545/7
1545/21 1546/4 1546/6 1546/10 1546/13
1546/18 1550/8 1551/13 1551/23 1552/7
1553/21 1579/24 1602/11 1604/7 1618/6
LOWERED [1] 1578/20
LOWEST [4] 1550/11 1550/11 1560/19
1560/25
LPE [8] 1566/6 1566/7 1566/8 1566/8
1566/15 1567/13 1567/25 1578/24
LS [7] 1524/10 1524/16 1525/15 1581/12
1581/21 1581/25 1582/3
LS-DYNA [7] 1524/10 1524/16 1525/15
1581/12 1581/21 1581/25 1582/3
LUCILLE [4] 1595/9 1596/10 1596/15
1596/18
LUMBER [1] 1632/3

M
MACHINES [1] 1653/19
MADE [14] 1535/9 1536/23 1549/1
1550/4 1598/3 1614/22 1614/24 1619/21
1625/24 1630/6 1631/1 1631/3 1631/6
1645/13
MAIN [1] 1521/20
MAINTENANCE [8] 1560/6 1566/12
1566/22 1573/1 1574/4 1578/15 1578/21
1622/25
MAJOR [4] 1558/4 1577/14 1602/3
1626/17
MAKE [18] 1530/9 1530/9 1554/1
1555/24 1571/17 1582/4 1610/8 1631/11
1634/22 1636/14 1639/10 1639/12
1650/10 1654/14 1654/17 1654/19
1655/14 1662/4
MAKERS [3] 1534/14 1534/17 1535/2
MAKES [2] 1560/12 1607/22
MAKING [2] 1573/12 1655/12
MANAGEMENT [3] 1531/4 1531/5
1620/3
MANAGER [2] 1588/22 1605/6
MANDAMUS [1] 1666/17
MANUAL [1] 1525/12
MANY [17] 1534/6 1562/24 1575/17
1578/3 1579/11 1582/21 1589/9 1589/19

1590/4 1593/16 1597/10 1597/10 1600/6
1609/11 1615/2 1672 of 181 1615/3
MAP [1] 1548/20
MARC [1] 1522/13
MARCELLE [2] 1617/6 1617/20
MARCH [1] 1627/2
MARCH 2008 [1] 1627/2
MARK [4] 1585/6 1603/1 1603/11
1651/15
MARKED [2] 1547/19 1548/7
MARKER [1] 1562/16
MARKERS [1] 1619/4
MARKET [5] 1592/15 1607/24 1608/1
1622/24 1647/2
MARKET-DAY [1] 1607/24
MARKS [2] 1600/1 1606/23
MASTER [1] 1619/4
MATCH [2] 1569/19 1635/4
MATERIAL [4] 1566/20 1572/25 1574/10
1576/7
MATERIALS [4] 1534/3 1573/14 1598/17
1647/1
MATH [1] 1575/16
MATHEMATICAL [2] 1587/22 1588/8
MATS [3] 1563/20 1563/21 1564/9
MATTER [12] 1530/7 1552/1 1600/6
1605/4 1609/24 1615/18 1616/8 1657/9
1661/22 1662/21 1667/6 1669/22
MATTERS [1] 1666/3
MATTRESS [1] 1564/5
MAXIMUM [1] 1625/9
MAY [28] 1540/12 1568/19 1570/10
1574/16 1579/24 1602/12 1608/9 1631/2
1634/10 1637/24 1639/4 1639/10
1642/18 1650/13 1651/1 1651/14
1651/24 1655/19 1655/20 1656/9 1657/8
1658/18 1663/11 1664/6 1664/16
1665/25 1666/7 1668/20
MAY-TYPE [1] 1602/12
MAYBE [5] 1568/12 1608/11 1651/2
1666/1 1667/5
MAYO [1] 1649/13
MAYTAG [1] 1610/5
MCCONNON [1] 1522/13
ME [76] 1531/1 1535/16 1536/9
1536/12 1538/1 1539/10 1539/24 1540/4
1541/19 1543/9 1543/20 1547/14 1548/1
1552/13 1552/14 1553/20 1557/25
1562/3 1564/19 1565/2 1568/11 1568/15
1570/2 1570/12 1575/17 1577/7 1580/4
1583/4 1589/6 1597/17 1597/19 1600/13
1601/17 1604/17 1605/6 1607/10
1609/17 1611/7 1615/11 1620/25 1621/5
1625/11 1626/17 1628/16 1630/14
1632/21 1633/6 1633/8 1634/13 1637/14
1637/25 1638/3 1640/1 1640/3 1641/2
1643/24 1644/10 1644/16 1645/13
1645/16 1651/20 1653/16 1657/6
1659/15 1661/7 1662/20 1663/21
1663/22 1664/24 1665/14 1665/18
1665/20 1666/5 1667/7 1668/14 1668/25
MEAN [18] 1536/10 1545/17 1551/11
1558/15 1559/8 1625/18 1627/6 1633/4
1641/18 1648/7 1648/8 1648/19 1650/22
1658/11 1658/13 1660/15 1662/25
1667/24
MEANING [1] 1633/23
MEANS [7] 1529/20 1529/25 1530/7
1530/16 1642/7 1666/24 1668/16
MEASURE [2] 1544/13 1608/6
MEASURED [1] 1624/12
MEASUREMENTS [1] 1650/9
MECHANICAL [1] 1522/24

MEET [1]  1583/3
MEETS [1]  1560/20
MEMORY [3]  1529/15 1536/7 1645/17
MENTION [1]  1564/25
MENTIONED [3]  1544/1 1549/25
1563/16
MERE [1]  1598/10
MERELY [1]  1630/5
MERITORIOUS [1]  1643/4
METHOD [6]  1526/15 1527/5 1527/21
1591/18 1595/17 1631/18
METHODOLOGY [12]  1581/8 1589/13
1590/7 1590/14 1592/16 1594/4 1596/20
1604/23 1606/3 1611/21 1614/19
1617/22
METHODS [3]  1530/23 1582/5 1592/19
MICHAEL [2]  1521/19 1521/19
MICHELE [1]  1522/12
MIDDLE [1]  1553/9
MIDNIGHT [1]  1668/20
MIDSTREAM [1]  1660/11
MIGHT [18]  1550/19 1562/3 1563/24
1573/11 1576/15 1591/8 1593/19 1608/8
1609/11 1610/16 1610/18 1612/3 1632/2
1632/5 1646/6 1655/17 1658/9 1660/12
MIGRATION [2]  1525/13 1568/23
MILE [1]  1548/9
MILEPOST [10]  1547/20 1548/20
1548/21 1554/14 1554/15 1554/17
1555/18 1555/19 1574/5 1574/7
MILEPOST 49 [1]  1555/19
MILES [3]  1575/11 1576/22 1577/2
MILLER [1]  1522/14
MILLION [15]  1538/17 1539/3 1574/19
1574/19 1574/22 1575/3 1575/4 1575/14
1575/19 1575/20 1575/21 1576/7
1576/22 1578/14 1578/14
MILLIONS [1]  1539/8
MIND [7]  1627/7 1641/20 1649/9
1649/10 1657/17 1667/17 1668/4
MINIMAL [1]  1556/6
MINIMALLY [3]  1582/16 1582/20
1582/21
MINIMIS [1]  1571/24
MINIMUM [2]  1613/13 1635/14
MINISTER [2]  1619/3 1619/17
MINISTRY [5]  1618/25 1619/6 1619/11
1620/5 1620/7
MINOR [1]  1556/6
MINUTE [6]  1540/24 1540/25 1543/9
1558/24 1565/6 1584/25
MINUTES [9]  1533/25 1535/8 1540/19
1540/19 1540/22 1541/10 1563/3 1585/5
1585/23
MISAPPLICATION [4]  1571/9 1571/13
1571/14 1571/18
MISINTERPRETATION [2]  1571/10
1571/18
MISSED [1]  1634/10
MISSING [2]  1593/17 1605/19
MISSPOKEN [2]  1651/14 1651/21
MISTAKE [1]  1619/9
MISTAKES [2]  1530/9 1530/9
MISUNDERSTOOD [1]  1540/21
MITIGATE [1]  1544/21
MITSCH [1]  1522/14
MOBILE [5]  1616/16 1618/6 1627/18
1655/8 1655/10
MODEL [18]  1524/10 1524/19 1524/20
1524/21 1524/21 1524/22 1525/4
1525/14 1527/13 1527/16 1527/20

1528/17 1529/6 1530/4 1530/4 1581/14
1581/21 1581/25
MODELING [2]  1528/8 1581/18
MODELS [6]  1524/16 1529/10 1529/13
1530/1 1531/10 1579/23
MODEST [1]  1615/6
MOISTURE [1]  1602/15
MOLD [6]  1601/9 1601/11 1601/13
1603/16 1603/19 1604/4
MOMENT [5]  1611/2 1627/6 1636/3
1637/25 1645/15
MONEY [6]  1610/11 1610/15 1612/16
1622/21 1647/7 1665/3
MONICA [1]  1595/10
MONITORED [1]  1638/5
MONTH [1]  1613/1
MONUMENTAL [1]  1644/1
MONUMENTALLY [1]  1643/3
MORASS [1]  1643/22
MORE [56]  1529/18 1529/21 1529/22
1530/9 1531/18 1532/13 1533/8 1533/14
1535/16 1538/1 1539/23 1539/23 1541/5
1550/8 1556/16 1560/13 1572/12
1572/14 1572/17 1580/3 1581/11
1597/15 1598/7 1598/9 1607/15 1610/17
1610/21 1610/22 1611/1 1612/6 1613/16
1614/10 1615/3 1618/21 1619/13
1619/14 1620/2 1620/2 1620/5 1620/7
1620/8 1624/10 1625/3 1625/9 1635/16
1636/7 1638/20 1639/1 1641/3 1645/3
1652/3 1659/14 1662/2 1666/7 1667/9
1667/10
MORGAN [1]  1521/25
MORNING [14]  1531/25 1535/9 1535/10
1535/15 1536/15 1541/22 1557/17
1583/15 1585/8 1585/9 1639/13 1659/22
1666/7 1667/10
MOSHER [1]  1562/14
MOST [7]  1531/1 1550/13 1555/22
1581/22 1581/23 1600/23 1623/23
MOTEL [1]  1654/9
MOTION [28]  1637/7 1638/9 1638/18
1638/20 1639/15 1640/4 1643/4 1654/21
1658/8 1658/19 1658/24 1659/6 1659/10
1659/12 1659/20 1660/4 1660/15
1660/16 1660/17 1663/7 1663/16
1663/20 1664/23 1665/4 1666/9 1666/9
1666/15 1668/3
MOTION'S [1]  1659/3
MOTIONS [2]  1654/25 1664/12
MOVE [12]  1532/18 1543/6 1544/11
1564/11 1577/9 1586/5 1609/13 1612/22
1639/19 1644/11 1644/11 1644/18
MOVED [3]  1562/18 1564/16 1616/16
MOVES [1]  1563/7
MOVIE [1]  1570/23
MOVING [6]  1563/2 1570/22 1591/20
1599/10 1612/3 1616/10
MOWED [1]  1562/15
MR [2]  1585/7 1636/25
MR. [90]  1525/18 1526/23 1532/22
1533/16 1541/20 1544/6 1546/17
1549/18 1562/13 1570/9 1570/17
1577/10 1577/12 1577/15 1584/4
1584/12 1584/13 1584/21 1585/2 1585/2
1585/4 1585/11 1585/22 1586/4 1587/1
1587/4 1587/9 1587/15 1587/16 1587/19
1588/5 1588/17 1589/3 1594/16 1595/3
1595/9 1598/2 1600/13 1600/18 1610/8
1613/1 1614/3 1614/5 1614/12 1614/16
1614/23 1615/12 1616/24 1616/11
1616/19 1617/4 1617/12 1617/15
1617/19 1618/9 1618/10 1618/13

1618/21 1627/11 1627/12 1628/2 1637/7
1639/13 1640/18 1643/5 1643/13 1643/14
1652/18 1653/1 1653/5 1653/7 1653/14
1653/17 1654/4 1657/25 1658/10
1658/16 1658/25 1659/24 1659/24
1660/1 1660/6 1660/14 1661/12 1661/13
1662/1 1662/6 1662/8 1664/19 1665/17
MR. ANDRY [16]  1637/7 1638/13 1640/3
1642/13 1657/25 1658/10 1658/25
1659/24 1659/24 1660/6 1660/14
1661/12 1661/13 1662/1 1662/6 1662/8
MR. ANDRY'S [1]  1643/14
MR. ANTHONY [1]  1613/1
MR. BOURGEOIS [1]  1577/15
MR. DUDENHEFER [1]  1658/16
MR. EBERSOLE [1]  1562/13
MR. EHRLICH [1]  1641/1
MR. FITZGERALD [1]  1549/18
MR. FRANZ [1]  1598/2
MR. KENT [1]  1595/9
MR. LATTIMORE [12]  1614/12 1615/12
1615/24 1616/19 1617/4 1617/19
1618/10 1652/18 1653/5 1653/7 1653/14
1653/17
MR. LATTIMORE ABOUT [1]  1627/12
MR. LATTIMORE'S [14]  1587/19 1614/3
1614/5 1614/16 1614/23 1616/11
1617/12 1617/15 1618/9 1618/13
1627/11 1628/2 1653/1 1654/4
MR. MYER [2]  1588/5 1610/8
MR. NORMAN [1]  1587/16
MR. O'DONNELL [1]  1541/20
MR. ROBINSON [3]  1544/6 1600/13
1600/18
MR. RODRIGUEZ [1]  1585/2
MR. SCOTT [2]  1586/4 1594/16
MR. SMITH [3]  1660/1 1664/19 1665/17
MR. STEVEN [1]  1546/17
MR. STEVENS [3]  1577/10 1577/12
1584/13
MR. STEVENS' [1]  1584/4
MR. STONE [8]  1525/18 1526/23
1532/22 1533/16 1570/9 1570/17
1584/12 1584/21
MR. TAYLOR [11]  1585/2 1585/4
1585/11 1585/22 1587/1 1587/4 1587/9
1588/17 1589/3 1595/3 1618/21
MR. TAYLOR'S [1]  1587/15
MRGO [38]  1522/7 1543/2 1543/4
1543/17 1543/24 1545/9 1546/19
1548/24 1552/10 1556/17 1560/6
1560/21 1561/8 1565/7 1566/13 1566/17
1567/14 1567/17 1567/19 1568/2
1568/21 1569/3 1570/4 1571/1 1573/2
1573/15 1574/4 1574/10 1574/21 1575/6
1578/15 1578/18 1578/21 1579/2 1579/6
1581/4 1582/16 1582/17
MRGO'S [1]  1579/10
MRS. [3]  1605/14 1649/19 1650/24
MRS. ROBINSON [1]  1605/14 1649/19
1650/24
MS [4]  1611/12 1611/14 1611/19
1611/23
MS. [32]  1606/11 1606/13 1606/22
1607/3 1607/8 1607/11 1609/23 1610/2
1610/4 1611/1 1612/21 1613/20 1613/25
1629/13 1630/13 1633/1 1633/17
1634/14 1636/20 1636/21 1636/23
1637/8 1637/10 1638/1 1640/24 1644/23
1645/5 1645/19 1645/24 1646/4 1656/15
1657/6
MS. SHERMAN [3]  1637/8 1638/1
1640/24

# M

MS. SHERMAN'S [1] 1637/10
MS. SMITH [16] 1607/3 1610/2 1610/4
1611/1 1612/21 1629/13 1630/13
1634/14 1636/20 1636/21 1644/23
1645/5 1645/19 1645/24 1656/15 1657/6
MS. SMITH'S [9] 1606/13 1606/22
1607/8 1607/11 1613/20 1633/1 1633/17
1636/23 1646/4
MS. TANYA [3] 1606/11 1609/23
1613/25
MUCH [39] 1538/1 1538/3 1538/20
1540/7 1540/14 1541/9 1541/10 1541/17
1558/17 1558/22 1575/8 1575/9 1577/5
1577/20 1579/20 1583/3 1583/8 1585/19
1592/1 1598/7 1598/9 1602/14 1604/24
1605/9 1606/19 1613/9 1615/10 1625/2
1634/3 1638/24 1640/9 1647/4 1650/5
1656/10 1657/11 1660/20 1661/20
1666/9 1666/12
MUCH AS [1] 1577/5
MULTILEVEL [1] 1595/21
MULTIPLE [2] 1542/5 1667/21
MUSIC [1] 1618/22
MUST [2] 1643/11 1643/25
MUSTER [1] 1573/10
MY [70] 1529/15 1531/10 1538/2 1539/9
1540/2 1541/4 1541/11 1542/21 1544/11
1545/11 1545/16 1554/15 1562/5
1563/18 1564/10 1565/2 1568/21 1571/2
1573/3 1575/16 1580/2 1582/1 1583/3
1584/14 1585/4 1586/25 1590/20
1590/22 1593/12 1600/6 1601/18
1605/11 1605/17 1608/7 1610/1 1610/13
1614/10 1617/8 1617/9 1619/9 1623/22
1624/5 1625/7 1626/16 1626/18 1626/18
1627/16 1633/3 1636/7 1636/8 1638/2
1640/24 1642/1 1644/9 1644/11 1645/17
1647/8 1647/24 1648/1 1649/10 1650/9
1651/16 1656/18 1657/25 1660/5
1661/11 1663/23 1665/1 1666/12
1669/20
MYER [3] 1522/15 1588/5 1610/8
MYSELF [5] 1599/22 1607/14 1622/6
1662/25 1663/15
MYSTIFIED [1] 1557/17

# N

NAME [5] 1588/12 1601/19 1607/17
1620/14 1620/16
NAMED [2] 1563/16 1620/14
NAOMI [1] 1534/24
NARROWED [1] 1574/6
NATURAL [2] 1529/20 1603/1
NATURE [3] 1582/7 1654/10 1668/4
NAVIGATION [2] 1565/7 1581/4
NAVIGATIONAL [2] 1560/6 1570/4
NEAR [4] 1555/23 1559/4 1559/12
1647/3
NEARBY [1] 1600/7
NEAREST [1] 1559/23
NEARLY [1] 1603/11
NECESSARILY [2] 1541/16 1648/18
NECESSARY [1] 1609/9
NEED [29] 1540/2 1540/18 1540/21
1540/23 1545/15 1549/8 1573/11 1591/3
1592/2 1592/9 1593/10 1593/22 1621/1
1621/4 1630/24 1632/16 1632/16
1638/23 1649/21 1654/13 1659/9
1660/21 1660/21 1661/4 1661/6 1662/6
1662/25 1663/4 1663/19
NEEDED [2] 1541/11 1625/23

NEEDS [1] 1534/21
NEGATIVE [3] 1538/23 1581/2 1659/13
NEIGHBORHOOD [1] 1615/1
NEIGHBORHOODS [1] 1612/10
NEIGHBORING [2] 1600/4 1601/1
NEUTRAL [2] 1579/2 1579/6
NEVER [6] 1584/5 1613/3 1621/8
1621/18 1623/18 1665/19
NEW [31] 1520/6 1520/20 1520/23
1521/10 1522/4 1522/4 1522/8 1522/21
1542/7 1542/12 1542/14 1542/20
1542/22 1543/8 1544/3 1544/7 1544/12
1544/22 1574/25 1575/6 1575/17 1581/5
1582/18 1582/24 1599/19 1599/21
1602/18 1612/13 1612/19 1612/22
1616/21
NEW ORLEANS [17] 1542/7 1542/12
1542/14 1542/20 1542/22 1543/8 1544/3
1544/7 1544/12 1544/22 1574/25 1575/6
1581/5 1582/18 1582/24 1599/19
1602/18
NEW ORLEANS SUPERDOME [1]
1575/17
NEWER [3] 1601/5 1605/9 1655/11
NEWSPAPER [1] 1666/22
NEXT [10] 1530/19 1555/3 1555/7
1555/17 1557/6 1591/20 1603/12
1628/23 1629/5 1650/14
NICE [3] 1646/4 1647/6 1649/8
NICELY [1] 1606/20
NIGHT [1] 1541/2
NIGHTS [2] 1645/5 1645/7
NINE [1] 1542/7
NINTH [12] 1545/1 1545/7 1545/21
1546/4 1546/7 1546/7 1546/8 1546/10
1546/11 1546/13 1546/18 1581/5
NO [82] 1529/5 1529/18 1530/7 1530/22
1532/7 1532/10 1532/14 1534/17 1542/6
1544/24 1545/4 1546/9 1548/12 1549/23
1562/22 1565/17 1569/13 1569/15
1572/6 1579/14 1580/15 1580/17
1580/19 1580/21 1580/24 1581/1
1582/22 1583/13 1583/20 1583/22
1584/8 1585/21 1588/7 1594/18 1594/18
1596/3 1602/3 1604/4 1611/2 1611/6
1614/6 1614/13 1616/12 1617/24
1618/17 1620/24 1621/19 1621/24
1623/19 1625/22 1626/7 1627/8 1627/13
1627/25 1631/14 1631/18 1632/24
1633/2 1637/17 1638/6 1639/14 1645/11
1646/18 1647/25 1648/2 1648/20
1649/10 1651/14 1652/5 1653/9 1653/13
1653/22 1653/24 1654/5 1654/8 1654/23
1655/22 1656/5 1658/22 1662/16
1664/15 1666/12
NO. [1] 1579/5
NO. 5 [1] 1579/5
NOBODY [2] 1593/13 1595/19
NONE [3] 1549/24 1569/14 1609/15
NORMAL [10] 1594/9 1595/6 1612/2
1612/5 1612/14 1612/18 1613/8 1617/2
1618/2 1633/3
NORMALCY [1] 1646/5
NORMALLY [5] 1528/9 1605/2 1613/11
1625/10 1626/19
NORMAN [3] 1520/5 1587/16 1595/10
NORTH [5] 1544/2 1545/2 1545/13
1545/22 1619/5
NORTH CAROLINA [1] 1619/5
NOT [197]
NOTE [1] 1540/10
NOTED [1] 1579/12
NOTES [1] 1562/5
NOTHING [11] 1540/13 1584/9 1596/3

1596/4 1631/16 1638/20 1639/25 1641/3
1659/13 1662/1 1666/24
NOTICE [1] 1557/14
NOTICED [2] 1600/15 1637/21
NOTWITHSTANDING [1] 1657/2
NOW [61] 1533/24 1539/1 1539/19
1539/21 1542/19 1548/6 1549/1 1550/19
1551/25 1554/1 1555/17 1560/4 1560/20
1562/3 1563/1 1563/12 1564/25 1566/25
1567/10 1568/6 1570/8 1570/18 1572/19
1572/23 1574/9 1578/12 1603/16 1610/1
1610/19 1612/6 1612/14 1612/17 1613/1
1614/3 1616/10 1616/25 1621/13 1631/9
1631/16 1633/9 1639/2 1639/15 1641/2
1641/7 1642/11 1642/24 1643/12
1643/25 1644/3 1644/7 1644/13 1644/20
1646/9 1653/16 1654/19 1658/10
1661/18 1662/12 1664/23 1666/8 1667/4
NUMBER [46] 1524/25 1525/18 1536/22
1538/23 1558/15 1558/20 1560/2
1568/11 1568/13 1574/15 1578/24
1586/10 1586/12 1592/5 1592/25 1596/6
1596/12 1599/23 1601/18 1601/18
1604/9 1604/16 1604/20 1606/21
1608/20 1609/22 1611/11 1613/16
1628/8 1628/17 1628/25 1629/5 1635/10
1635/11 1644/22 1646/4 1646/19 1648/2
1648/21 1649/7 1649/8 1650/8 1650/18
1651/5 1652/21 1660/5
NUMBERED [1] 1669/22
NUMBERS [28] 1558/15 1574/14
1575/19 1576/17 1592/14 1596/16
1597/25 1605/11 1605/17 1608/7 1613/5
1613/14 1617/1 1617/8 1621/21 1628/15
1629/8 1632/22 1633/22 1633/23
1633/24 1633/25 1635/7 1635/8 1635/15
1635/18 1650/24 1653/9
NUTSHELL [1] 1542/5

# O

O'BRIEN [1] 1522/3
O'DONNELL [3] 1520/15 1520/15
1541/20
OAK [1] 1521/3
OATH [3] 1534/18 1534/19 1544/24
OBJECT [2] 1546/22 1647/17
OBJECTED [2] 1532/1 1583/11
OBJECTION [24] 1543/6 1543/10
1543/11 1543/19 1545/11 1545/11
1545/12 1545/16 1583/13 1583/19
1583/21 1586/19 1586/23 1588/7
1594/17 1594/18 1619/15 1630/4 1634/6
1636/14 1647/14 1656/5 1656/6 1657/12
OBJECTIONS [2] 1586/17 1654/22
OBLIGATED [2] 1557/19 1643/11
OBLIGATION [1] 1665/12
OBSCURE [1] 1642/24
OBSERVABLE [2] 1558/8 1606/23
OBSERVATIONAL [1] 1530/23
OBSERVE [2] 1599/13 1616/11
OBSERVED [3] 1558/9 1597/2 1600/14
OBSTRUCTIONIST [1] 1643/9
OBVIOUS [2] 1638/17 1645/22
OBVIOUSLY [5] 1533/2 1564/23
1586/20 1587/9 1612/11
OCCASION [2] 1589/15 1617/4
OCCUR [3] 1601/4 1601/12 1608/2
OCCURRED [4] 1545/3 1554/21
1566/13 1602/8
OCCURRING [1] 1607/2
OCCURS [1] 1602/9
OCEANOGRAPHIC [1] 1531/10
OFF [6] 1539/12 1554/15 1571/16

Q

OFF... [3]  1593/22 1635/2 1655/23
OFFER [9]  1581/3 1583/9 1583/14
1584/18 1594/16 1625/13 1654/15
1655/5 1656/12
OFFERED [14]  1531/25 1542/3 1587/18
1587/20 1604/17 1605/21 1606/8
1609/23 1611/15 1613/25 1615/17
1616/8 1655/22 1657/3
OFFERING [2]  1655/8 1656/21
OFFICE [8]  1521/7 1521/14 1521/22
1521/24 1627/2 1640/18 1640/25
1653/18
OFFICE'S [1]  1658/25
OFFICER [2]  1539/11 1665/17
OFFICERS [2]  1661/7 1665/10
OFFICES [1]  1520/18
OFFICIAL [3]  1522/20 1669/17 1669/25
OFTEN [3]  1608/16 1623/10 1623/24
OH [2]  1540/21 1607/13
OKAY [19]  1536/18 1540/15 1565/20
1566/11 1585/13 1585/19 1585/22
1587/8 1620/6 1620/9 1623/19 1630/16
1631/11 1631/15 1631/21 1635/18
1645/2 1645/24 1655/3
OLD [3]  1612/9 1612/9 1620/14
OLD-TIME [1]  1620/14
OLDER [2]  1595/25 1597/12
OMIT [1]  1576/17
ON [207]
ONCE [11]  1528/5 1584/5 1591/14
1592/21 1601/8 1606/16 1608/5 1608/9
1650/12 1659/7 1668/14
ONE [73]  1528/16 1529/16 1530/19
1531/13 1531/18 1532/13 1533/8
1533/14 1548/10 1548/16 1550/25
1550/25 1552/3 1552/13 1556/23 1557/6
1559/2 1561/14 1562/20 1568/13 1570/9
1570/11 1570/23 1571/15 1572/16
1576/24 1576/24 1577/1 1577/1 1578/12
1586/18 1589/13 1590/17 1592/4
1597/15 1598/24 1598/25 1601/20
1602/3 1602/6 1603/18 1605/10 1608/24
1609/13 1610/17 1611/24 1613/7
1620/13 1620/19 1627/7 1627/25
1632/15 1637/10 1637/13 1639/1
1643/11 1650/4 1650/13 1650/23
1651/12 1651/15 1651/17 1651/21
1654/14 1655/11 1656/11 1660/6
1662/24 1663/13 1664/14 1667/25
1668/1 1668/4
ONE-WEEK [2]  1620/13 1620/19
ONE-YEAR [1]  1613/7
ONES [3]  1528/11 1616/22 1651/18
ONLY [28]  1527/25 1528/3 1539/22
1543/14 1566/14 1566/18 1570/15
1570/25 1579/14 1579/7 1579/18 1593/9
1601/8 1603/12 1606/15 1607/1 1607/19
1612/2 1620/22 1632/16 1636/4 1640/11
1643/16 1651/14 1656/5 1657/1 1665/2
1666/23
ONSET [1]  1562/17
ONTO [1]  1578/5
OPEN [6]  1539/22 1638/13 1638/17
1639/4 1639/7 1641/9
OPENED [1]  1540/10
OPENING [3]  1540/9 1541/21 1639/6
OPENS [1]  1539/23
OPERABLES [1]  1655/12
OPERATE [1]  1621/5
OPERATION [7]  1560/6 1566/12
1566/22 1572/25 1574/4 1578/15

1578/21
OPERATIONS [1]  1568/22
OPINION [19]  1533/5 1542/5 1543/1
1545/2 1545/25 1546/16 1547/2 1548/1
1548/2 1567/12 1570/3 1570/4 1571/4
1578/23 1581/2 1581/3 1582/13 1584/5
1608/19
OPINIONS [4]  1541/24 1542/2 1542/4
1619/24
OPPONENT [1]  1630/20
OPPORTUNITY [2]  1573/13 1601/7
OPPOSED [3]  1606/22 1614/25 1618/10
OR [142]  1525/4 1526/16 1527/8 1528/6
1529/20 1529/21 1530/13 1530/19
1536/24 1538/20 1539/16 1539/19
1540/22 1540/23 1542/7 1543/4 1543/17
1544/17 1545/8 1548/8 1549/14 1549/16
1550/1 1551/8 1552/14 1552/24 1552/24
1553/10 1553/15 1553/22 1554/15
1554/17 1555/18 1556/6 1556/8 1557/2
1557/20 1558/15 1558/20 1560/8 1563/3
1563/3 1563/20 1566/8 1566/16 1567/1
1567/11 1568/4 1568/25 1570/5 1570/24
1571/4 1571/5 1571/7 1571/9 1571/18
1573/13 1574/19 1578/3 1579/25
1579/25 1580/22 1581/5 1581/15 1582/3
1584/6 1584/25 1585/1 1585/9 1587/2
1589/15 1589/17 1590/24 1592/6
1593/22 1593/22 1593/25 1594/2 1596/7
1597/14 1598/4 1598/20 1600/18
1601/19 1602/13 1602/23 1602/24
1603/3 1603/5 1605/5 1607/11 1607/15
1608/13 1608/13 1608/16 1608/20
1609/19 1609/22 1610/5 1610/21
1611/11 1614/4 1614/25 1615/3 1615/4
1615/9 1615/24 1618/7 1618/9 1619/18
1621/14 1621/17 1621/21 1621/25
1622/14 1622/21 1625/1 1625/4 1625/6
1630/7 1635/20 1640/16 1643/7 1643/8
1645/4 1645/5 1645/6 1649/7 1653/22
1654/5 1654/5 1654/22 1655/25 1658/19
1659/17 1662/22 1663/6 1663/22
1666/22 1667/7 1667/25 1667/25
ORANGES [1]  1632/1
ORDAINED [2]  1619/3 1619/6
ORDER [18]  1524/19 1524/20 1590/19
1591/9 1591/13 1592/10 1595/19
1599/22 1614/8 1621/5 1624/6 1627/5
1637/7 1638/20 1640/6 1647/20 1647/23
1666/21
ORDERS [1]  1666/25
ORDINARILY [1]  1582/7
ORGANIZATIONAL [2]  1530/6 1530/11
ORGANIZATIONS [1]  1530/10
ORGANIZE [1]  1540/24
ORIENT [1]  1548/19
ORIGINAL [2]  1555/13 1654/21
ORIGINALLY [1]  1647/4
ORLEANS [24]  1520/6 1520/20 1520/23
1521/10 1522/8 1522/21 1542/7 1542/12
1542/14 1542/20 1542/22 1543/8 1544/3
1544/7 1544/12 1544/22 1574/25 1575/6
1575/17 1581/5 1582/18 1582/24
1599/19 1602/18
OTHER [39]  1530/5 1530/23 1534/6
1542/11 1546/6 1566/9 1566/20 1590/25
1593/19 1598/2 1600/7 1600/12 1601/14
1604/4 1608/10 1608/11 1608/16
1608/25 1611/6 1613/4 1616/22 1618/1
1618/17 1621/5 1623/1 1626/24 1639/20
1642/25 1643/1 1645/8 1647/1 1652/25
1657/13 1657/14 1659/8 1660/20
1667/25 1668/2 1668/10

OTHERS [5]  1557/18 1557/21 1589/16
1599/20 1602/17
OTHERWISE [2]  1539/10 1666/10
OUGHT [1]  1663/13
OUR [24]  1525/3 1534/13 1534/17
1534/19 1540/17 1540/24 1551/23
1552/22 1553/16 1553/17 1573/7
1575/19 1577/17 1581/16 1583/15
1586/19 1638/10 1640/17 1650/6
1654/21 1656/12 1658/6 1661/21
1661/25
OUT [50]  1530/21 1538/6 1542/1
1543/14 1561/19 1564/10 1566/6 1566/8
1572/13 1573/8 1582/4 1584/3 1586/6
1590/23 1593/9 1593/10 1594/1 1594/12
1603/3 1603/3 1603/25 1604/3 1605/5
1608/24 1609/10 1610/9 1630/5 1630/8
1630/17 1634/5 1635/9 1636/13 1636/14
1640/8 1642/11 1643/10 1643/12
1644/12 1644/24 1645/20 1645/22
1650/20 1654/18 1658/12 1660/3 1661/8
1664/21 1665/12 1666/23 1668/1
OUTBUILDINGS [1]  1629/6
OUTLETS [1]  1624/14
OUTLINE [1]  1541/11
OUTLINED [1]  1590/16
OUTPUT [4]  1524/22 1524/24 1524/25
1525/2
OUTRIGHT [1]  1612/12
OUTSET [1]  1542/3
OUTSIDE [8]  1547/3 1571/15 1585/3
1591/24 1591/25 1598/22 1599/25
1613/8
OVER [29]  1542/2 1560/12 1560/12
1563/22 1564/16 1568/14 1568/17
1569/14 1583/7 1584/3 1585/6 1586/23
1589/8 1589/11 1590/5 1590/6 1609/5
1623/4 1623/7 1634/20 1642/21 1643/24
1646/10 1658/19 1662/12 1662/24
1663/3 1663/9 1668/2
OVERALL [1]  1646/21
OVERHEATED [1]  1665/25
OVERRULE [2]  1545/16 1657/12
OVERRULED [1]  1547/5
OVERTOPPING [6]  1533/19 1533/21
1533/23 1542/23 1544/4 1564/4
OVERTOPPINGS [1]  1543/1
OWN [4]  1569/20 1617/8 1656/12
1661/21
OWNED [3]  1599/16 1612/12 1623/16
OWNER [1]  1624/6

P

P.O [1]  1522/18
PAGE [33]  1523/2 1525/17 1525/18
1525/22 1525/24 1527/1 1528/19
1528/20 1528/25 1529/1 1529/4 1531/24
1532/16 1532/21 1532/22 1533/2 1533/2
1533/4 1533/11 1535/21 1535/23
1536/21 1536/22 1536/24 1537/7 1537/7
1603/7 1628/23 1629/21 1633/9 1633/21
1648/4 1649/21
PAGE 527 [1]  1532/16
PAGES [6]  1535/19 1580/7 1580/7
1584/3 1629/17 1634/24
PAID [6]  1538/17 1538/20 1539/5 1539/8
1613/3 1622/24
PALMINTIER [3]  1521/19 1521/19
1521/20
PAPER [1]  1564/17
PAPERS [4]  1659/8 1661/17 1661/25
1665/24
PARALLEL [1]  1524/14

P

PARAMETER [1] 1576/14
PARAMETRIC [1] 1531/20
PARDON [3] 1536/9 1563/18 1619/9
PARISH [10] 1542/8 1548/3 1581/6
1637/10 1637/14 1637/18 1637/19
1643/15 1659/2 1662/22
PARK [1] 1616/17
PARLANCE [1] 1655/12
PARSE [1] 1566/8
PART [14] 1534/11 1534/25 1541/16
1543/7 1543/11 1559/3 1566/6 1569/25
1619/1 1619/13 1620/4 1632/18 1634/17
1637/11
PART-TIME [2] 1619/1 1619/13
PARTIALLY [1] 1627/17
PARTICIPATE [3] 1534/12 1534/20
1638/4
PARTICLES [1] 1524/11
PARTICULAR [12] 1526/22 1534/23
1562/13 1571/24 1591/14 1591/19
1593/2 1601/15 1611/6 1626/11 1649/3
1651/21
PARTICULARLY [2] 1560/24 1561/22
PARTIES [3] 1643/19 1661/19 1667/20
PARTY [1] 1630/20
PASSAGEWAY [1] 1603/12
PASSING [1] 1582/18
PATIENT [1] 1583/4
PATTERN [1] 1598/8
PATTERNS [1] 1612/7
PAUL [2] 1522/11 1522/13
PAY [3] 1622/14 1626/17 1646/6
PAYING [2] 1597/16 1613/1
PC [2] 1520/15 1521/2
PEAK [2] 1531/7 1533/20
PEER [4] 1528/1 1528/3 1528/14 1626/2
PEER-REVIEWED [3] 1528/1 1528/14
1626/2
PENANCE [1] 1636/8
PEOPLE [11] 1530/12 1534/24 1535/1
1535/3 1535/3 1538/3 1545/5 1592/24
1607/20 1648/9 1663/3
PER [5] 1539/4 1577/24 1578/4 1578/8
1618/6
PER-SQUARE-FOOT [1] 1618/6
PERCEIVE [1] 1590/24
PERCENT [40] 1531/8 1546/17 1567/7
1567/10 1567/13 1567/23 1569/21
1570/14 1570/16 1592/24 1592/25
1594/11 1597/9 1597/14 1598/25 1618/3
1624/21 1624/25 1625/19 1625/21
1626/5 1626/9 1626/11 1626/15 1626/19
1626/22 1633/4 1633/4 1635/14 1635/15
1635/16 1636/18 1645/10 1651/5
1651/15 1651/19 1651/22 1652/9
1652/11 1654/1
PERCENTAGE [3] 1592/22 1596/24
1649/18
PERCENTAGES [3] 1598/1 1604/25
1605/8
PERFECT [1] 1563/19
PERFECTLY [1] 1550/20
PERFORM [7] 1526/8 1526/12 1526/20
1527/14 1614/4 1614/11 1614/14
PERFORMANCE [2] 1526/21 1530/7
1530/8 1530/12 1580/12
PERFORMANCE-SHAPING [1] 1530/12
PERFORMED [4] 1529/6 1538/11
1556/5 1593/24
PERFORMING [1] 1610/12
PERIOD [9] 1533/21 1563/3 1568/14

PERIODICALLY [1] 1561/5
PERMANENT [1] 1626/25
PERSON [1] 1563/16
PERSONAL [6] 1597/25 1625/8 1625/9
1625/20 1647/10 1647/13
PERSONALLY [1] 1625/22
PERSPECTIVE [2] 1574/23 1603/22
PERTAINING [1] 1613/24
PERTINENT [1] 1611/25
PERVADE [1] 1530/6
PETER [1] 1522/15
PETTINESS [1] 1644/14
PHENOMENA [1] 1558/8
PHENOMENON [2] 1570/1 1603/8
PHILEN [1] 1522/6
PHOTO [5] 1590/19 1600/8 1601/19
1603/6 1603/9
PHOTOGRAPH [3] 1556/17 1602/2
1604/9
PHOTOGRAPHS [3] 1564/4 1591/17
1601/21
PHOTOS [7] 1591/23 1595/18 1599/21
1600/6 1601/14 1601/15 1627/15
PHRASED [1] 1647/25
PHYSICAL [4] 1592/8 1595/5 1628/9
1628/13
PHYSICS [2] 1582/2 1582/3
PICAYUNISHNESS [1] 1643/23
PICKING [1] 1547/13
PICTURE [2] 1543/17 1570/22
PICTURES [1] 1567/19
PIECE [2] 1646/18 1646/19
PIERCE [1] 1520/15
PILE [16] 1549/16 1551/9 1551/17
1552/2 1553/8 1553/16 1553/23 1557/5
1557/6 1557/13 1557/20 1579/20
1579/23 1579/24 1607/6 1631/18
PILES [3] 1549/25 1551/12 1551/14
PILING [12] 1549/17 1550/2 1551/4
1551/6 1551/18 1551/19 1551/20 1552/7
1553/1 1553/14 1553/21 1556/25
PIMPLE [1] 1640/1
PIROGUE [1] 1653/2
PLACE [6] 1560/24 1562/3 1568/12
1592/2 1596/5 1658/3
PLACED [3] 1533/18 1560/7 1573/1
PLACES [1] 1557/10
PLAINTIFF [3] 1644/12 1655/11 1662/19
PLAINTIFFS [23] 1520/15 1520/18
1520/21 1521/2 1521/5 1521/9 1521/12
1521/16 1521/19 1521/22 1522/6
1539/17 1586/4 1587/11 1595/4 1613/15
1614/11 1637/9 1637/18 1652/25 1662/9
1662/10 1667/13
PLAINTIFFS' [2] 1627/1 1667/18
PLAN [2] 1540/9 1591/5
PLASTER [6] 1598/5 1598/7 1598/9
1598/11 1646/25 1646/25
PLASTERING [1] 1598/10
PLATE [1] 1666/12
PLAY [2] 1540/4 1607/11
PLAYING [1] 1644/13
PLC [3] 1520/18 1521/19 1521/23
PLEASE [16] 1524/4 1524/5 1524/23
1525/17 1526/10 1531/19 1535/17
1536/22 1537/15 1541/8 1555/3 1586/2
1588/12 1589/1 1603/7 1667/16
PLEASURE [1] 1583/3
PLENTY [3] 1606/18 1641/14 1669/3
PLETHORA [1] 1664/14
PLOY [1] 1641/3

PLUS [1] 1555/13
PLYWOOD [2] 1661/21 1662/22
POINT [39] 1525/4 1525/5 1539/5
1561/25 1563/13 1568/9 1568/12
1570/10 1591/4 1591/17 1594/15 1605/4
1614/22 1620/19 1622/8 1622/8 1625/17
1625/18 1625/25 1630/17 1631/21
1634/24 1639/23 1642/14 1642/16
1644/25 1647/24 1648/13 1649/22
1651/14 1659/13 1659/18 1661/10
1662/7 1662/8 1663/13 1665/9 1665/12
1665/23
POINTED [4] 1564/10 1582/4 1614/10
1650/20
POINTER [1] 1549/9
POINTING [1] 1550/25
POINTS [2] 1589/7 1590/16
POLDER [2] 1545/18 1545/21
POLICIES [3] 1594/10 1624/23 1625/1
POLICY [7] 1594/8 1594/9 1623/9
1623/10 1623/17 1623/18 1625/20
POLISH [1] 1564/20
POOL [1] 1629/6
POOR [1] 1536/16
POPULAR [1] 1530/18
PORTION [4] 1568/15 1597/23 1603/10
1605/7
POSITION [4] 1588/21 1589/15 1589/16
1598/13
POSSESSIONS [3] 1597/13 1648/24
1649/2
POSSIBLE [5] 1528/17 1528/21 1623/14
1638/24 1651/20
POSSIBLY [1] 1664/17
POST [3] 1521/7 1521/14 1521/24
POTATO [1] 1565/3
POTENTIAL [4] 1566/9 1640/16 1662/3
1666/20
POUND [1] 1660/15
POUNDS [2] 1577/24 1578/6
POYDRAS [2] 1521/10 1522/20
PRACTICAL [2] 1622/5 1657/9
PRACTICE [13] 1526/16 1526/18
1526/23 1526/24 1527/7 1527/13 1528/8
1528/10 1529/19 1589/24 1597/20
1600/9 1660/17
PRACTICES [8] 1582/5 1599/19 1605/2
1608/14 1613/18 1617/9 1618/2 1633/4
PRE [13] 1549/3 1549/5 1549/15
1549/20 1550/4 1550/12 1553/3 1553/9
1554/2 1556/8 1557/24 1557/25 1570/12
PRE-KATRINA [13] 1549/3 1549/5
1549/15 1549/20 1550/4 1550/12 1553/3
1553/9 1554/2 1556/8 1557/24 1557/25
1570/12
PRECEDENT [1] 1590/18
PRECIOUS [2] 1657/15 1657/16
PRECISE [3] 1529/18 1573/11 1653/11
PRECISELY [2] 1628/16 1651/12
PREDICT [1] 1530/22
PREDICTION [2] 1525/3 1525/3
PREDOMINANT [1] 1544/3
PREDOMINANTLY [1] 1657/16
PREFACE [1] 1656/21
PREFER [1] 1566/7
PREFERENCE [1] 1585/1
PRELIMINARY [1] 1666/20
PREMISE [1] 1579/21
PREPARED [2] 1610/2 1666/13
PRESENCE [2] 1530/10 1569/3
PRESENT [6] 1522/6 1528/2 1569/2
1607/24 1627/25 1643/2
PRESENTED [2] 1568/20 1582/17

P
PRESERVE [1]  1663/5
PRESS [1]  1528/2
PRESSURE [1]  1666/23
PRESUME [3]  1597/7 1659/3 1659/4
PRESUMPTIONS [1]  1624/22
PRETTY [11]  1547/12 1592/1 1606/19
1606/20 1634/3 1635/9 1645/22 1647/7
1660/15 1663/12 1666/9
PREVENT [2]  1604/3 1639/5
PREVENTIBLE [1]  1582/25
PREVENTIVE [1]  1544/13
PREVIOUS [2]  1554/23 1583/21
PREVIOUSLY [16]  1547/18 1548/7
1586/17 1587/18 1587/20 1596/13
1599/3 1599/7 1604/16 1606/4 1611/15
1611/21 1613/25 1615/17 1617/23
1630/11
PRICE [2]  1608/1 1634/13
PRICED [1]  1634/5
PRICES [2]  1607/24 1652/6
PRICING [2]  1608/4 1608/10
PRIMARY [2]  1534/17 1657/25
PRINTOUT [1]  1646/16
PRINTOUTS [1]  1655/14
PRIOR [15]  1550/2 1551/20 1552/8
1564/3 1590/10 1591/2 1624/4 1630/21
1631/1 1631/3 1631/6 1637/10 1650/6
1659/1 1661/21
PRISTINE [1]  1667/23
PRISTINELY [1]  1657/8
PROBABLY [8]  1553/10 1585/16 1597/2
1597/7 1627/6 1646/21 1662/16 1668/15
PROBLEM [5]  1557/1 1585/22 1619/10
1623/14 1632/1
PROBLEMS [1]  1623/10
PROCEDURE [2]  1590/16 1591/24
PROCEDURES [1]  1668/10
PROCEED [5]  1524/5 1543/22 1591/18
1651/24 1666/8
PROCEEDED [2]  1553/19 1595/20
PROCEEDINGS [5]  1520/10 1522/24
1637/4 1641/8 1669/21
PROCESS [3]  1572/8 1591/3 1591/10
PRODUCED [3]  1522/25 1628/5 1656/4
PRODUCES [1]  1646/19
PROFESSIONAL [6]  1531/11 1570/3
1640/17 1642/17 1668/22 1668/25
PROFFER [3]  1655/19 1655/21 1656/3
PROGRAM [3]  1624/2 1624/15 1631/20
PROGRESSED [1]  1558/11
PROJECT [6]  1534/8 1560/8 1560/8
1565/8 1570/4 1632/18
PROJECTS [2]  1534/21 1632/3
PROOF [2]  1654/15 1655/5
PROPER [1]  1608/5
PROPERLY [3]  1530/3 1641/14 1656/2
PROPERTIES [9]  1589/7 1589/9
1589/22 1600/4 1600/7 1624/3 1627/25
1628/1 1651/21
PROPERTY [24]  1588/1 1592/8 1595/12
1596/10 1598/12 1599/10 1599/11
1599/13 1599/22 1600/4 1601/21
1604/11 1604/12 1604/25 1605/22
1606/24 1608/18 1614/23 1616/7 1625/9
1625/10 1625/20 1632/24 1653/1
PROPRIETY [1]  1594/20
PROTECT [1]  1668/7
PROTECTION [9]  1525/9 1526/5
1526/22 1533/18 1534/23 1556/4
1556/13 1567/17 1580/12
PROTECTIVE [11]  1557/2 1557/15
1563/21 1566/7 1567/20 1569/5 1569/9
1570/6 1572/1 1573/11 1573/17
PROUD [2]  1556/4 1648/15
PROVIDE [8]  1534/13 1588/23 1595/11
1597/3 1605/14 1608/8 1650/1 1664/4
PROVIDED [12]  1589/4 1601/17
1604/17 1615/17 1615/23 1617/24
1618/10 1618/14 1629/13 1649/18
1655/6 1656/13
PROVIDERS [1]  1534/16
PROVIDES [1]  1608/20
PROVIDING [1]  1584/5
PROXIMITY [8]  1552/12 1556/17
1557/25 1558/5 1559/16 1561/8 1580/22
1600/9
PUBLIC [1]  1655/13
PUBLICATIONS [5]  1527/25 1528/1
1528/11 1528/14 1655/15
PUBLISHED [7]  1528/6 1530/20 1581/12
1581/14 1581/18 1626/2 1666/21
PULL [4]  1589/1 1601/23 1628/19
1629/17
PULLED [1]  1655/23
PURCHASE [1]  1625/22
PURPORTED [2]  1526/19 1526/20
PURPOSE [1]  1602/23
PURPOSES [7]  1570/2 1587/23 1604/8
1636/12 1643/16 1643/20 1655/21
PURSUANT [1]  1579/3
PUT [35]  1527/6 1531/22 1538/2
1538/24 1539/14 1544/14 1557/20
1574/3 1576/16 1577/5 1578/5 1585/6
1592/2 1592/10 1598/16 1605/9 1607/25
1613/5 1622/18 1622/21 1624/6 1624/16
1628/12 1629/22 1631/17 1642/4 1645/9
1647/6 1648/14 1651/11 1665/2 1665/2
1665/3 1666/22 1666/25
PUTTING [2]  1537/24 1623/11
PX [22]  1531/19 1531/23 1547/20
1548/1 1548/7 1554/4 1573/22 1587/13
1587/14 1587/16 1587/19 1587/19
1587/20 1587/24 1587/25 1588/1 1588/2
1596/15 1596/16 1604/9 1628/21 1657/5
PX-0206 [1]  1573/22
PX-1496.21 [1]  1604/9
PX-1709 [2]  1587/13 1628/21
PX-1713 [1]  1657/5
PX-1714 [1]  1596/15
PX-1719 [2]  1587/19 1587/24
PX-1720 [1]  1587/19
PX-1723 [2]  1587/20 1588/1
PX-2138.2 [1]  1548/7
PX-2153 [2]  1531/19 1531/23
PX-2156 [1]  1588/2
PX-2157 [1]  1587/25
PX-714 [1]  1587/14
PX-716 [1]  1587/16
PX-96.1 [2]  1547/20 1548/1
PX-96.31 [1]  1554/4

Q
QUALIFIED [1]  1598/9
QUALIFY [1]  1655/24
QUALITATIVE [1]  1530/1
QUALITY [4]  1525/5 1530/3 1623/12
1624/9
QUANTITATIVE [1]  1530/1
QUARTER [1]  1608/3
QUESTION [29]  1527/3 1527/18
1531/13 1532/9 1537/15 1538/8 1543/19
1543/23 1544/14 1552/24 1553/7
1553/17 1561/18 1564/7 1570/10
1582/12 1584/4 1609/17 1614/10 1630/3
1630/8 1633/12 1633/22 1642/18
1664/1
QUESTIONED [5]  1653/8 1662/8 1662/9
1662/10 1662/11
QUESTIONING [2]  1610/4 1658/11
QUESTIONS [10]  1539/18 1539/19
1546/22 1546/23 1571/15 1618/17
1644/23 1645/3 1662/17 1662/18
QUICK [1]  1541/20
QUICKLY [5]  1585/12 1602/14 1602/22
1604/2 1615/8
QUIT [1]  1585/16
QUITE [10]  1525/11 1543/20 1601/3
1607/5 1614/7 1617/25 1623/7 1623/10
1634/9 1660/8

R
RAFT [1]  1561/17
RAIN [1]  1602/18
RAISE [2]  1545/11 1641/2
RAISED [3]  1614/23 1615/2 1615/9
RAISES [1]  1633/22
RAMIFICATIONS [1]  1640/15
RAN [3]  1567/15 1567/18 1646/16
RANGE [3]  1531/8 1562/12 1611/2
RANGED [1]  1536/4
RANGES [1]  1537/5
RARE [1]  1626/10
RARELY [2]  1635/20 1635/21
RATE [3]  1558/11 1572/9 1572/12
RATHER [10]  1576/17 1589/6 1596/6
1613/5 1617/9 1625/4 1638/17 1645/1
1649/18 1664/25
RATIONALLY [1]  1639/12
RCV [11]  1622/14 1623/17 1623/20
1623/25 1625/8 1625/21 1626/13
1626/15 1626/19 1649/18 1652/11
REACH [25]  1535/3 1545/9 1546/18
1547/16 1547/20 1548/24 1551/20
1553/19 1554/14 1558/5 1561/22
1566/17 1567/8 1570/6 1573/15 1574/4
1574/10 1574/21 1575/23 1576/4
1579/11 1590/17 1612/21 1615/3 1648/2
REACH 2 [18]  1545/9 1546/18 1547/16
1548/24 1553/19 1554/14 1558/5
1561/22 1566/17 1567/8 1570/6 1573/15
1574/4 1574/10 1574/21 1575/23 1576/4
1579/11
REACHED [3]  1552/4 1615/5 1631/21
REACHING [1]  1601/11
REACTION [3]  1642/10 1658/3 1659/14
READ [3]  1521/23 1630/5 1630/8
1630/14 1648/8
READING [2]  1545/16 1636/14
READY [5]  1540/22 1585/23 1644/7
1668/18 1669/5
REAL [5]  1621/14 1621/17 1622/24
1639/23 1655/12
REALITY [1]  1550/20
REALIZE [1]  1585/7
REALLY [8]  1545/2 1564/7 1575/25
1609/10 1609/12 1640/2 1660/24
1664/20
REALM [2]  1646/5 1646/6
REASON [11]  1530/17 1530/18 1536/14
1572/16 1577/15 1608/17 1636/4
1662/14 1663/21 1663/22 1664/24
REASONABLE [6]  1573/14 1578/12
1582/13 1584/6 1651/9 1657/17
REASONABLY [1]  1557/19
REASONS [2]  1600/20 1650/4
REASSESS [1]  1627/6

R

REBUILD [5] 1598/14 1629/2 1629/6
1629/10 1652/22
REBUILDING [2] 1607/3 1608/23
REBUTTAL [1] 1656/13
RECALL [6] 1532/9 1554/19 1559/5
1571/21 1571/25 1623/7
RECEIPT [2] 1631/20 1631/23
RECEIPTS [24] 1607/3 1607/5 1607/6
1607/11 1607/13 1608/12 1608/22
1629/13 1630/2 1630/13 1631/9 1631/18
1632/22 1645/11 1645/12 1645/12
1645/14 1645/14 1645/18 1649/7
1652/13 1652/15 1654/5 1656/15
RECEIVE [2] 1647/21 1647/25
RECEIVED [4] 1539/15 1640/18 1642/9
1647/15
RECEIVING [1] 1610/11
RECENT [2] 1526/7 1577/4
RECENTLY [1] 1645/17
RECESS [7] 1540/16 1540/18 1541/6
1584/19 1585/22 1585/25 1669/14
RECIPROCITY [3] 1621/9 1621/10
1621/11
RECOGNITION [1] 1582/22
RECOGNIZE [3] 1537/24 1582/20
1582/21
RECOGNIZED [3] 1528/5 1573/4
1582/17
RECOMMEND [1] 1667/12
RECOMMENDED [1] 1646/10
RECONSTRUCT [4] 1622/10 1624/3
1624/8 1646/17
RECONSTRUCTING [1] 1649/13
RECONSTRUCTION [1] 1628/12
RECORD [17] 1558/14 1559/3 1574/13
1577/18 1587/23 1588/13 1604/8
1604/18 1619/23 1632/6 1636/10
1638/23 1641/15 1664/25 1667/4 1667/6
1669/21
RECORDED [1] 1522/24
RECORDS [1] 1656/6
RECOVER [1] 1648/14
RECOVERED [1] 1647/11
RECROSS [2] 1583/24 1584/1
RECROSS-EXAMINATION [1] 1584/1
RECTIFY [1] 1557/20
RED [7] 1548/20 1548/21 1549/8
1549/11 1550/16 1552/15 1558/20
REDIRECT [6] 1540/15 1540/24 1541/1
1541/12 1654/14 1656/8
REDO [1] 1647/5
REDONE [1] 1663/8
REDUCE [4] 1529/23 1537/13 1537/18
1538/13
REDUCED [2] 1537/24 1538/6
REDUCTION [1] 1538/14
REED [1] 1562/14
REESTABLISH [2] 1612/7 1612/13
REFER [4] 1526/22 1531/21 1531/23
1547/16
REFERENCE [2] 1535/13 1535/16
REFERENCED [2] 1536/14 1576/23
REFERENCING [1] 1526/10
REFERRED [2] 1560/10 1565/8
REFERRING [4] 1526/23 1537/20
1549/9 1573/23
REFLECT [1] 1641/16
REFRIGERATOR [4] 1610/5 1610/22
1611/1 1611/8
REFURBISHING [2] 1652/15 1656/17
REGARD [5] 1545/1 1608/7 1652/13

1654/4 1667/22
REIMBURSE [1] 1594/13
RELATED [2] 1529/25 1571/24
RELATES [1] 1659/24
RELATING [1] 1537/2
RELATIVELY [2] 1601/10 1603/25
RELEVANCE [2] 1619/16 1619/17
RELEVANT [4] 1527/17 1527/23 1545/2
1610/10
RELIABILITY [1] 1581/9
RELIABLE [1] 1581/23
RELIED [2] 1582/6 1582/7
RELOADING [1] 1653/3
RELY [1] 1581/23
REMARKABLE [2] 1552/22 1553/18
REMEDIATE [1] 1568/18
REMEDIES [1] 1662/13
REMEMBER [7] 1547/6 1565/21 1627/5
1651/11 1653/14 1653/16 1655/3
REMEMBERING [1] 1651/12
REMODELERS [1] 1607/21
REMOVE [1] 1561/16
REMOVED [4] 1567/17 1604/5 1604/5
1616/14
RENDERED [1] 1619/24
RENEWED [1] 1621/2 1621/3
RENEWING [1] 1621/1
RENT [3] 1612/11 1613/2 1613/3
RENTAL [1] 1645/8
RENTS [1] 1612/10
REORIENTED [1] 1547/17
REPAIR [3] 1549/16 1602/3 1623/23
REPAIRED [4] 1553/13 1557/18 1592/13
1626/18
REPAIRS [2] 1646/21 1652/14
REPEAT [6] 1527/18 1537/15 1537/16
1543/23 1553/7 1579/21
REPLACE [6] 1588/1 1593/9 1610/17
1610/20 1610/21 1612/15
REPLACEABLE [1] 1609/7
REPLACED [2] 1579/9 1610/5
REPLACEMENT [9] 1592/12 1598/18
1598/19 1607/7 1608/21 1609/17
1617/11 1617/14 1622/13
REPLACING [1] 1609/15
REPORT [54] 1535/17 1540/8 1548/11
1548/13 1554/5 1554/8 1564/10 1565/10
1565/20 1566/4 1566/4 1566/5 1568/21
1576/11 1580/6 1582/1 1587/14 1587/15
1587/16 1587/21 1587/25 1588/5
1596/12 1599/3 1599/7 1600/15 1604/16
1605/21 1606/7 1609/23 1611/14
1613/14 1613/24 1615/16 1616/7
1617/15 1618/14 1622/13 1628/5 1628/8
1628/17 1628/18 1631/13 1631/22
1632/23 1633/1 1633/2 1633/2 1635/6
1640/18 1648/5 1649/11 1649/16
1649/23
REPORTER [3] 1522/20 1669/18
1669/25
REPORTS [10] 1535/13 1565/11
1573/10 1580/5 1584/3 1587/19 1587/22
1623/25 1624/12 1655/7
REPRESENT [1] 1541/24
REPRESENTATION [2] 1562/21
1637/10
REPRESENTATIVE [1] 1587/11 1599/23
REPRESENTED [2] 1655/7 1665/10
REPRESENTING [3] 1535/2 1637/9
1637/18
REQUEST [1] 1531/19
REQUIRE [1] 1525/5

REQUIRED [4] 1622/10 1622/17
1623/18 1646/12
RESEARCH [4] 1528/10 1608/3 1661/20
1663/6
RESIDENCE [32] 1587/14 1587/15
1587/16 1587/17 1587/20 1590/14
1595/8 1595/9 1595/10 1595/10 1595/16
1595/22 1597/12 1598/6 1606/11
1606/13 1606/22 1607/8 1609/18
1609/19 1609/19 1611/12 1611/15
1613/20 1613/25 1616/10 1616/19
1617/12 1617/15 1617/19 1618/9
1618/14
RESIDENCES [1] 1595/7
RESIDENT [1] 1590/23
RESIDENTS [1] 1608/17
RESOURCES [2] 1663/2 1663/12
RESPECTIVE [1] 1613/14
RESPOND [3] 1637/24 1655/19 1663/20
RESPONDER [1] 1667/25
RESPONSE [4] 1642/4 1666/11 1666/18
1668/12
RESPONSIBILITY [3] 1534/11 1534/15
1640/17
RESPONSIBLE [2] 1570/5 1665/15
REST [1] 1601/7
RESTAURANT [1] 1654/9
RESTING [2] 1600/25 1615/8
RESTORATION [1] 1604/12
RESTORE [2] 1592/15 1600/16
RESTORING [1] 1591/19
RESTS [1] 1602/9
RESULT [12] 1545/8 1548/3 1581/23
1594/1 1597/14 1598/22 1600/22
1600/24 1601/4 1611/4 1613/21 1637/9
RESULTS [3] 1537/10 1571/18 1581/9
RETAIL [2] 1593/8 1609/7
RETROACTIVELY [1] 1658/12
REURGE [1] 1586/19
REVETMENT [1] 1563/20
REVIEW [2] 1528/3 1589/16
REVIEWED [4] 1528/1 1528/14 1589/19
1626/2
REVIEWING [1] 1533/11
REVISIT [1] 1542/10
RICHARD [2] 1522/16 1528/23
RIGHT [83] 1529/17 1533/10 1535/20
1537/11 1539/21 1548/21 1555/10
1555/11 1555/23 1558/16 1559/14
1563/11 1565/25 1566/23 1567/23
1570/15 1576/20 1576/22 1576/24
1579/20 1582/3 1585/5 1585/21 1586/6
1586/13 1603/9 1610/7 1613/4 1614/16
1616/23 1620/11 1620/19 1620/23
1621/4 1621/8 1622/2 1622/4 1623/9
1623/23 1625/2 1626/25 1627/2 1628/6
1628/14 1629/3 1629/6 1629/24 1630/14
1633/9 1633/18 1635/12 1635/20
1642/24 1644/3 1644/24 1645/21 1646/7
1646/10 1646/14 1646/17 1647/12
1648/17 1648/25 1649/4 1649/9 1649/14
1650/2 1650/11 1650/16 1651/3 1652/4
1652/16 1652/19 1652/23 1653/5 1653/9
1653/20 1654/11 1654/19 1655/4
1658/21 1661/5 1662/5
RISE [6] 1524/3 1541/3 1541/7 1585/24
1586/1 1669/13
RISK [3] 1531/3 1531/5 1575/16
RISKS [1] 1557/20
ROBERT [2] 1522/6 1524/6
ROBIN [1] 1522/15
ROBINSON [20] 1520/5 1544/6 1595/10
1599/10 1599/11 1599/13 1600/8

## R

ROBINSON... [13] 1600/13 1600/16
1600/18 1601/21 1604/11 1605/14
1605/22 1643/18 1649/11 1649/17
1649/19 1649/22 1650/24
ROBINSON'S [2] 1587/16 1595/10
ROBINSONS [5] 1599/16 1604/21
1605/25 1606/7 1652/13
RODRIGUEZ [2] 1585/2 1585/7
ROLEX [1] 1653/2
ROLL [3] 1564/4 1564/5 1564/8
ROLL-UP [2] 1564/4 1564/5
ROLLED [2] 1563/17 1563/20
ROOF [3] 1591/25 1600/21 1606/20
ROOM [14] 1522/20 1591/15 1591/16
1591/20 1591/21 1632/15 1632/17
1646/18 1646/18 1648/23 1650/3 1650/3
1650/13 1650/14
ROOMS [7] 1591/8 1591/12 1591/22
1596/5 1650/8 1650/9 1650/18
ROUGE [1] 1521/14 1521/21
ROUND [2] 1646/4 1649/8
ROW [1] 1616/23
ROY [2] 1521/5 1521/6
RULE [18] 1543/9 1546/21 1598/25
1624/25 1625/19 1625/25 1626/8
1626/15 1639/3 1655/15 1655/16
1655/25 1656/14 1656/19 1656/25
1658/9 1666/8 1666/9
RULE 1006 [1] 1656/19
RULED [2] 1532/2 1654/25
RULES [1] 1659/9
RULING [4] 1532/1 1532/6 1654/17
1666/10
RUMSFELD [1] 1530/20
RUN [4] 1620/13 1623/10 1649/11
1652/22
RUNNING [2] 1646/23 1646/24
RUPERT [1] 1522/14

## S

S-C-O-T-T [1] 1588/14
S.W [1] 1521/17
SACRIFICE [1] 1541/17
SAFE [1] 1585/19
SAFETY [3] 1536/25 1537/2 1537/5
SAID [26] 1563/16 1573/6 1610/8
1630/19 1630/19 1631/9 1631/10 1634/7
1635/13 1635/21 1636/2 1636/4 1645/19
1646/8 1647/19 1648/6 1648/13 1648/18
1649/23 1653/19 1653/21 1659/7
1659/13 1660/2 1662/17 1666/7
SALE [2] 1655/8 1655/10
SALES [2] 1621/14 1621/17
SALINITY [1] 1580/18
SALTY [1] 1573/5
SAME [42] 1531/24 1541/20 1544/24
1548/9 1556/14 1557/12 1567/18 1568/2
1569/9 1570/10 1575/10 1589/12 1590/7
1591/9 1591/20 1591/22 1595/17
1596/20 1598/13 1599/24 1600/7 1602/7
1604/23 1605/8 1605/11 1606/3 1611/21
1614/19 1616/3 1616/23 1616/25
1617/22 1626/15 1632/14 1635/11
1647/3 1650/18 1650/18 1652/22
1657/22 1663/18 1667/17
SAND [2] 1564/17 1564/18
SANDED [1] 1564/23
SANDPAPER [3] 1564/11 1564/20
1564/22
SARAH [1] 1522/16
SATISFACTION [1] 1627/16

SATISFIED [1] 1669/2
SATISFYING [1] 1669/8
SAW [10] 1600/18 1605/16 1605/17
1611/9 1627/4 1645/11 1645/13 1648/20
1654/5 1654/8
SAY [37] 1526/14 1530/9 1531/6 1534/2
1540/4 1557/4 1563/13 1564/14 1571/19
1583/2 1583/4 1584/13 1584/14 1591/19
1592/5 1602/13 1602/17 1602/23 1609/1
1614/25 1623/2 1625/3 1625/12 1636/2
1640/4 1640/12 1648/1 1661/3 1661/7
1661/12 1663/10 1664/19 1666/7 1667/8
1668/14 1668/25 1669/2
SAYING [7] 1565/16 1631/19 1641/2
1646/4 1651/14 1661/4 1668/3
SAYS [2] 1530/24 1634/12
SCALE [2] 1577/1 1577/19
SCENARIO [10] 1531/13 1531/17
1532/10 1532/12 1533/7 1533/17
1535/14 1579/1 1579/4 1580/2
SCENARIOS [2] 1531/23 1544/12
SCENE [2] 1573/7 1650/6
SCHEDULE [1] 1644/4
SCHEME [3] 1638/25 1643/5 1663/4
SCHMERTMANN [1] 1538/12
SCIENCE [2] 1570/24 1571/2
SCIENTIFIC [4] 1527/17 1527/24 1566/5
1584/6
SCOPE [4] 1547/3 1547/5 1547/7
1547/8
SCOTSMEN [1] 1554/9
SCOTT [5] 1520/19 1586/4 1588/10
1588/14 1594/16
SCREEN [1] 1554/15
SCUBA [1] 1618/1
SEALED [1] 1638/12
SEARCHING [1] 1528/13
SEATED [3] 1524/4 1541/8 1586/2
SECOND [10] 1529/4 1531/12 1548/10
1548/17 1552/13 1600/15 1600/19
1606/16 1627/7 1669/1
SECONDARY [1] 1660/8
SECTION [16] 1546/10 1551/18 1553/1
1553/8 1553/13 1555/24 1556/6 1558/3
1560/18 1560/21 1560/24 1561/1 1561/7
1567/4 1574/6 1575/10
SECTIONS [1] 1550/1
SEDIMENT [4] 1573/5 1573/7 1573/8
1574/21
SEDIMENTS [1] 1569/1
SEE [34] 1528/9 1528/10 1532/17
1547/18 1549/9 1558/14 1567/3 1570/22
1572/14 1574/2 1591/16 1599/25
1600/18 1601/11 1601/13 1601/17
1601/24 1602/7 1602/11 1602/12 1603/9
1603/11 1605/12 1608/9 1623/21
1629/23 1642/22 1643/6 1647/15
1654/14 1662/21 1663/17 1664/16
1664/18
SEEING [2] 1571/22 1572/10
SEEKING [1] 1625/7
SEEM [1] 1667/16
SEEMED [2] 1634/3 1634/3
SEEMS [4] 1549/24 1611/24 1635/3
1639/25
SEEN [7] 1554/6 1596/8 1597/6 1600/11
1634/4 1658/19 1666/17
SEGUE [1] 1584/24
SELECT [1] 1534/2
SELECTED [1] 1649/12
SELL [1] 1593/10
SEMINARY [2] 1619/5 1619/8
SENSITIVE [2] 1530/2 1657/21

SEPARATE [5] 1608/24 1622/7 1643/18
1655/19 1662/2
SEQUENCE [3] 1569/2 1591/21 1591/22
SERIOUS [2] 1600/11 1661/22
SERVE [1] 1659/10
SERVED [1] 1661/18
SESSION [5] 1520/10 1524/1 1524/4
1541/8 1586/2
SET [3] 1616/21 1661/17 1661/24
SETTING [1] 1581/15
SETTLEMENT [1] 1553/22
SETTLEMENTS [1] 1568/25
SETUP [2] 1660/14 1660/16
SEVERAL [9] 1546/3 1557/9 1568/15
1596/25 1600/20 1601/20 1601/20
1605/18 1623/1
SHAPE [1] 1622/18
SHAPING [1] 1530/12
SHARED [1] 1588/5
SHATTERING [1] 1644/1
SHE [19] 1607/4 1610/3 1610/4 1610/8
1611/3 1611/8 1613/21 1631/24 1632/2
1634/13 1635/3 1635/12 1638/1 1638/3
1638/3 1638/5 1641/22 1645/7 1656/16
SHE'S [2] 1539/10 1637/17
SHEAR [7] 1524/16 1537/13 1537/18
1537/23 1538/6 1538/13 1538/15
SHEENA [2] 1666/4 1666/4
SHEET [29] 1549/16 1549/16 1549/25
1550/2 1551/4 1551/6 1551/9 1551/12
1551/14 1551/17 1551/18 1551/19
1551/20 1552/2 1552/7 1553/1 1553/8
1553/14 1553/16 1553/21 1553/23
1556/25 1557/5 1557/6 1557/13 1557/20
1579/20 1579/23 1579/24
SHEETROCK [6] 1601/5 1601/5 1602/6
1603/1 1603/4 1604/6
SHEETS [2] 1603/5 1603/5
SHERMAN [4] 1520/22 1637/8 1638/1
1640/24
SHERMAN'S [1] 1637/10
SHORE [1] 1578/16
SHORELINE [1] 1573/1
SHORT [3] 1533/21 1601/10 1603/25
SHOULD [23] 1534/17 1539/19 1541/1
1544/13 1561/14 1568/12 1573/3
1582/15 1584/19 1584/22 1598/25
1606/17 1607/15 1613/16 1621/25
1637/8 1647/12 1647/21 1648/19
1662/13 1665/24 1667/12 1668/23
SHOULDERS [1] 1538/2
SHOULDN'T [1] 1640/7
SHOW [13] 1528/9 1528/10 1532/17
1549/5 1550/1 1550/16 1611/7 1626/7
1637/7 1638/19 1638/19 1640/7 1656/21
SHOWED [4] 1564/4 1570/8 1583/10
1600/8
SHOWING [3] 1541/19 1600/7 1630/6
SHOWN [7] 1538/14 1538/16 1550/9
1553/1 1558/3 1560/21 1576/11
SHOWS [2] 1536/12 1537/10
SHRINKING [1] 1577/11
SIC [1] 1626/14
SIDE [10] 1525/9 1525/15 1526/4
1526/14 1527/5 1542/25 1562/15 1564/6
1581/24 1608/25
SIDEBAR [1] 1637/2
SIGNED [1] 1586/21
SIGNIFICANCE [3] 1560/11 1569/23
1657/24
SIGNIFICANT [15] 1531/7 1536/1
1536/1 1550/13 1563/2 1563/8 1564/8
1564/15 1569/9 1572/11 1643/25

Case 2:05-cv-04182-SRD-JCW Document 15831-55 Filed 05/22/08 Page 175 of 181

SIGNIFICANT... [4] 1644/17 1659/17 1663/12 1665/5
SIGNIFICANTLY [3] 1543/4 1562/1 1627/17
SIGNIFYING [1] 1639/24
SILL [1] 1550/16
SILLY [1] 1639/10
SIMILAR [3] 1528/13 1591/24 1598/17
SIMILARLY [1] 1613/1
SIMMONS [1] 1618/22
SIMPLE [1] 1664/6
SIMPLY [2] 1644/17 1658/2
SIMS [1] 1521/3
SINCE [12] 1528/12 1539/22 1571/11 1596/2 1597/3 1598/12 1614/22 1621/2 1621/3 1657/23 1666/11 1666/19
SINGLE [8] 1528/15 1542/19 1552/3 1570/18 1570/18 1570/20 1572/25 1617/3
SINGLE-WIDE [1] 1617/3
SIR [53] 1525/10 1525/19 1525/22 1526/7 1526/17 1526/25 1527/11 1527/15 1528/17 1529/11 1529/17 1531/14 1531/21 1533/1 1533/5 1533/10 1534/18 1534/19 1535/6 1535/17 1535/22 1536/7 1536/13 1537/9 1538/9 1540/23 1543/23 1546/14 1547/10 1547/13 1547/22 1557/8 1559/13 1565/22 1570/19 1573/24 1583/3 1584/11 1584/14 1585/19 1586/16 1588/3 1588/9 1594/17 1594/23 1618/18 1623/19 1637/3 1644/6 1647/17 1648/17 1655/18 1656/9
SITE [10] 1529/5 1536/6 1536/17 1569/5 1569/8 1570/19 1592/4 1615/21 1622/10 1652/19
SITE-SPECIFIC [1] 1529/5
SITTING [2] 1658/19 1664/24
SITUATION [11] 1561/22 1563/4 1581/15 1597/10 1599/14 1600/11 1603/16 1604/1 1613/6 1613/11 1613/17
SIX [2] 1595/22 1632/3
SIZE [4] 1591/12 1616/20 1616/23 1616/25
SIZES [1] 1650/8
SKIRMISHES [1] 1642/24
SLIDE [15] 1547/18 1548/6 1548/6 1554/4 1554/23 1555/3 1555/7 1555/17 1555/17 1556/22 1558/14 1560/18 1567/3 1574/2 1579/4
SLIDES [6] 1541/20 1541/20 1541/22 1541/23 1583/10 1583/18
SLIGHTLY [1] 1655/10
SLOW [2] 1583/4 1632/5
SMALLER [1] 1650/15
SMITH [25] 1522/15 1607/3 1607/6 1609/23 1610/2 1610/4 1611/1 1611/19 1611/23 1612/21 1629/13 1630/13 1634/14 1636/20 1636/21 1636/25 1644/23 1645/5 1645/19 1645/24 1656/15 1657/6 1660/1 1664/19 1665/17
SMITH'S [22] 1587/14 1595/8 1606/11 1606/13 1606/22 1607/8 1607/11 1609/18 1611/12 1611/14 1613/20 1613/25 1628/4 1629/10 1631/14 1633/1 1633/17 1635/12 1636/23 1644/21 1644/22 1646/4
SMOOTHING [1] 1598/10
SNAPSHOT [1] 1570/21
SO [123] 1524/25 1528/3 1529/21 1530/25 1533/5 1535/18 1540/4 1545/15

1546/5 1549/9 1549/14 1550/25 1552/24 1553/8 1554/11 1554/21 1554/23 1556/6 1558/14 1559/23 1562/16 1562/20 1564/21 1566/22 1569/3 1569/13 1571/21 1572/9 1575/4 1576/16 1577/18 1578/4 1578/6 1579/2 1579/12 1579/17 1579/22 1583/6 1585/5 1586/25 1587/22 1590/23 1591/4 1591/7 1591/12 1591/19 1591/21 1592/12 1592/25 1593/11 1593/21 1595/19 1597/7 1599/18 1600/8 1600/10 1600/22 1601/10 1603/13 1603/21 1603/22 1604/4 1604/11 1605/11 1606/16 1606/25 1608/3 1608/13 1609/8 1610/14 1610/23 1611/1 1612/16 1613/14 1613/20 1615/9 1616/9 1616/22 1618/10 1619/20 1620/18 1621/3 1621/6 1622/25 1623/18 1627/11 1629/8 1629/23 1630/20 1632/1 1632/18 1635/6 1635/10 1642/17 1643/18 1643/21 1645/17 1646/13 1646/16 1647/25 1648/12 1649/20 1650/5 1650/7 1652/21 1654/22 1657/18 1658/1 1658/7 1658/22 1659/9 1660/10 1660/20 1660/21 1661/24 1662/14 1662/20 1663/5 1663/8 1663/9 1665/13 1665/5 1667/6 1667/21
SOFTWARE [9] 1605/7 1607/16 1607/17 1607/18 1608/14 1608/20 1622/3 1622/6 1622/9
SOIL [9] 1529/21 1537/13 1537/18 1537/24 1538/1 1538/2 1538/6 1566/24 1577/25
SOJA [1] 1522/16
SOLD [1] 1650/6
SOME [48] 1530/17 1535/8 1542/11 1542/13 1542/24 1552/23 1557/17 1563/24 1581/11 1591/12 1594/19 1601/3 1601/14 1601/21 1602/24 1603/17 1605/16 1606/17 1607/5 1608/10 1608/16 1610/4 1610/16 1612/8 1615/6 1619/20 1622/12 1631/22 1634/18 1637/21 1639/12 1642/25 1644/2 1644/23 1645/12 1645/13 1651/2 1651/8 1651/14 1652/13 1656/1 1656/19 1659/2 1660/16 1661/14 1661/23 1667/19 1668/9
SOMEBODY [13] 1586/20 1598/8 1608/8 1612/1 1613/8 1623/16 1632/4 1643/24 1644/16 1659/1 1663/23 1666/23 1667/24
SOMEHOW [2] 1661/9 1662/12
SOMEONE [2] 1576/15 1609/10
SOMETHING [29] 1534/3 1546/6 1552/13 1565/13 1572/12 1573/4 1597/18 1600/20 1610/6 1611/8 1613/12 1623/8 1630/11 1632/19 1634/10 1636/24 1640/20 1643/10 1643/11 1644/16 1646/1 1646/8 1648/15 1654/15 1654/17 1660/19 1668/23 1669/8 1669/11
SOMETIME [1] 1623/7
SOMETIMES [8] 1530/10 1593/4 1593/5 1593/7 1602/5 1602/12 1634/17 1634/18 1634/24
SOMEWHAT [2] 1596/1 1659/12
SOMEWHERE [2] 1602/6 1632/17
SOON [1] 1541/15
SORRY [6] 1525/21 1532/5 1538/8 1551/22 1558/25 1666/2
SORT [6] 1547/17 1559/2 1560/4 1626/15 1654/6 1656/19
SOUGHT [1] 1640/17
SOUND [1] 1639/24
SOUTH [11] 1520/16 1545/2 1545/13

1545/22 1552/14 1553/2 1553/3 1620/24 1621/1
SOUTH CAROLINA [4] 1620/24 1621/1 1621/6 1621/12
SOUTHEASTERN [1] 1619/4
SOUTHERN [2] 1619/3 1655/8
SPEAK [1] 1617/4
SPEAKING [12] 1579/1 1589/14 1592/7 1592/23 1593/18 1602/3 1602/17 1612/24 1615/7 1623/2 1630/2 1652/12
SPECIAL [1] 1639/20
SPECIALIZED [2] 1617/25 1618/4
SPECIFIC [7] 1529/5 1562/20 1562/24 1568/9 1582/12 1613/21 1624/10
SPECIFICALLY [2] 1628/4 1654/8
SPEED [1] 1585/17
SPELLED [1] 1607/18
SPELLING [1] 1588/13
SPEND [4] 1610/15 1610/18 1610/21 1656/16
SPENDING [1] 1610/17
SPENT [6] 1534/25 1597/7 1627/9 1631/24 1645/5 1665/3
SPOIL [5] 1556/14 1566/20 1576/16 1577/23 1578/13
SPOILS [6] 1560/8 1561/4 1566/17 1566/19 1575/6 1577/19
SPOKE [2] 1617/7 1627/12
SPORES [2] 1603/20 1603/20
SPOT [1] 1562/20
SPOTS [1] 1552/23
SPRINGS [1] 1521/17
SQUADRON [1] 1664/14
SQUARE [9] 1550/19 1550/20 1578/3 1599/24 1617/1 1618/6 1648/22 1650/13 1650/18
SQUARES [1] 1550/21
SQUEEZING [13] 1537/1 1537/3 1567/1 1567/5 1568/4 1568/24 1569/7 1569/10 1569/14 1572/4 1572/10 1572/13 1572/13
SR [1] 1522/16
ST. [4] 1542/8 1548/3 1581/6 1613/2
ST. BERNARD [3] 1542/8 1548/3 1581/6
ST. CLAUDE [1] 1613/2
STABILITY [3] 1536/25 1537/3 1537/12
STACK [4] 1630/2 1631/23 1632/2 1657/5
STAIRS [1] 1603/12
STAMPED [2] 1598/8 1641/18
STAND [2] 1586/21 1607/22
STANDARD [10] 1525/8 1526/3 1526/8 1526/12 1528/6 1544/23 1607/19 1607/21 1613/18 1625/1
STANDARDIZED [1] 1592/22
STANDARDS [1] 1528/7
STANDING [5] 1601/2 1603/24 1636/14 1668/22 1668/25
STANDPOINT [1] 1661/6
STANDS [1] 1546/20
STANWOOD [1] 1520/11
START [9] 1541/19 1568/21 1590/22 1631/8 1646/10 1663/9 1666/1 1666/2 1666/6
STARTED [2] 1546/1 1646/16
STARTING [8] 1530/25 1532/10 1563/22 1601/11 1629/21 1633/10 1648/4 1649/21
STARTS [1] 1538/3
STATE [11] 1526/15 1526/18 1526/23 1526/24 1527/7 1527/13 1529/5 1534/9 1534/11 1534/20 1588/12
STATE-OF-PRACTICE [1] 1527/13

**S**

STATED [5] 1526/1 1536/24 1584/5 1597/24 1633/7
STATEMENT [10] 1533/12 1535/10 1536/23 1624/20 1630/7 1630/20 1631/2 1631/3 1631/6 1634/19
STATES [13] 1520/1 1520/7 1520/11 1526/3 1527/7 1608/2 1621/5 1621/11 1637/12 1642/22 1642/23 1659/5 1669/18
STATING [1] 1631/3
STATION [4] 1522/17 1551/18 1551/18 1557/5
STATISTICAL [2] 1626/4 1626/8
STATISTICALLY [1] 1626/3
STAY [1] 1583/7
STAYED [1] 1600/25
STENOGRAPHY [1] 1522/24
STEP [5] 1568/7 1568/7 1568/22 1620/9 1656/9
STEPPED [1] 1569/9
STEVEN [2] 1546/17 1548/12
STEVENS [5] 1521/22 1521/23 1577/10 1577/12 1584/13
STEVENS' [1] 1584/4
STICK [1] 1618/7
STICK-BUILT [1] 1618/7
STILL [25] 1541/22 1541/23 1542/5 1548/1 1548/2 1553/15 1569/15 1571/16 1571/16 1572/6 1572/10 1596/4 1596/5 1597/13 1598/13 1600/2 1600/5 1603/6 1606/17 1606/24 1609/6 1609/8 1636/17 1651/10 1669/10
STIPULATE [1] 1628/15
STIPULATION [1] 1573/19
STONE [9] 1522/16 1525/18 1526/23 1532/22 1533/16 1570/9 1570/17 1584/12 1584/21
STOOD [1] 1556/4
STOP [2] 1583/9 1647/18
STOPPED [2] 1571/11 1571/19
STORED [2] 1593/15 1593/16
STORM [3] 1525/14 1598/13 1598/15
STRAIGHT [2] 1571/17 1601/6
STRAIN [1] 1537/25
STRAW [1] 1601/6
STREET [14] 1520/16 1520/19 1520/23 1521/6 1521/10 1521/13 1521/20 1522/4 1522/7 1522/20 1602/11 1602/12 1602/17 1623/22
STREET-LEVEL [1] 1602/11
STREETS [1] 1602/19
STRENGTH [4] 1537/13 1537/18 1538/7 1538/13
STRENGTHS [2] 1537/23 1538/15
STRENUOUS [1] 1593/20
STRESS [2] 1524/17 1608/16
STRICT [1] 1625/13
STRICTLY [1] 1535/23
STRIKE [1] 1543/6
STRONG [1] 1552/9
STRUCTURAL [6] 1590/15 1592/8 1592/9 1606/11 1627/19 1646/11
STRUCTURE [23] 1524/15 1556/4 1592/5 1592/13 1595/11 1595/16 1596/9 1598/14 1600/17 1606/18 1606/18 1608/25 1609/1 1614/6 1614/15 1614/18 1614/23 1615/2 1615/12 1616/19 1617/6 1628/13 1652/22
STRUCTURES [12] 1525/9 1526/5 1526/22 1533/18 1534/24 1552/11 1556/13 1567/17 1580/13 1601/1

1616/21 1624/13
STUDIED [4] 1544/8 1569/6 1569/8 1627/14
STUDIES [1] 1531/20
STUDS [1] 1632/13
STUDY [7] 1529/6 1563/16 1569/20 1576/14 1613/7 1626/3 1626/7
STUFF [3] 1540/17 1541/11 1588/8
SUBCATEGORIES [1] 1530/15
SUBCATEGORY [1] 1530/16
SUBJECT [5] 1530/8 1543/19 1545/16 1583/21 1586/16
SUBJECTIVE [1] 1610/14
SUBJECTS [2] 1539/12 1565/6
SUBMIT [2] 1587/24 1656/24
SUBMITTED [6] 1599/3 1604/17 1617/15 1618/15 1655/5 1657/19
SUBROGATED [1] 1522/2
SUBSEQUENT [1] 1610/10
SUBSET [1] 1574/2
SUBSIDENCE [13] 1565/7 1565/7 1565/19 1566/6 1566/25 1567/11 1567/13 1568/16 1569/21 1570/11 1571/5 1571/23 1579/10 16...
SUBSIDENCE IN [1] 1569/21
SUBSTANCE [3] 1662/16 1662/24 1664/17
SUBSTANTIAL [3] 1533/15 1543/24 1553/10
SUBSTANTIVE [1] 1662/21
SUBTRACT [2] 1536/10 1560/2
SUBZERO [2] 1610/5 1656/16
SUCH [8] 1526/8 1526/12 1526/13 1534/3 1534/7 1594/8 1612/1 1646/6
SUFFICIENT [2] 1564/9 1581/3
SUGGEST [4] 1571/10 1660/12 1663/11 1668/10
SUGGESTED [1] 1662/1
SUGGESTION [3] 1617/10 1625/23 1639/11
SUGGESTIONS [1] 1658/7
SUITE [5] 1520/16 1521/3 1521/6 1521/10 1522/7
SUMMARILY [1] 1639/19
SUMMARY [6] 1544/11 1573/20 1656/14 1656/22 1656/25 1657/3
SUMMER [1] 1577/22
SUPER [1] 1668/20
SUPER-ACCELERATED [1] 1668/20
SUPERDOME [8] 1574/25 1575/6 1575/15 1575/17 1576/24 1576/25 1577/1 1577/11
SUPERDOMES [2] 1577/5 1577/6
SUPERFICIAL [2] 1663/7 1666/11
SUPERFICIALLY [1] 1640/1
SUPPLEMENT [1] 1609/4 1619/1
SUPPLEMENTAL [3] 1565/10 1566/5 1576/11
SUPPLIED [1] 1592/19
SUPPLIES [1] 1593/13
SUPPOSED [2] 1638/13 1650/14
SURE [16] 1543/24 1553/8 1571/17 1634/9 1638/24 1639/23 1641/20 1642/5 1642/6 1642/7 1644/3 1650/10 1657/23 1661/23 1664/20 1667/2
SURFACE [4] 1537/22 1564/21 1602/6 1602/6
SURFACES [1] 1598/10
SURGE [9] 1531/17 1532/12 1533/7 1533/13 1533/15 1533/20 1533/23 1536/3 1560/20 1563/7 1563/22 1564/15
SURGERY [1] 1527/14
SURPRISING [2] 1596/1 1596/6

SURROUNDING [2] 1590/25 1627/15
SUSPECT [1] 1659/12
SUSPEND [1] 1663/21
SUSTAIN [1] 1627/18
SUSTAINED [9] 1587/11 1594/5 1595/15 1598/22 1609/19 1611/3 1613/21 1615/12 1616/19
SWAN [2] 1531/7 1531/9
SWITCHING [1] 1533/24
SWORN [2] 1524/6 1588/10
SYSTEM [3] 1544/25 1553/17 1572/12

**T**

T-A-Y-L-O-R [1] 1588/14
TABLE [7] 1535/14 1535/22 1536/12 1565/24 1565/25 1571/22 1572/24
TABLES [1] 1535/19
TABULATION [1] 1645/4
TACTIC [2] 1638/20 1643/9
TACTICS [1] 1638/15
TAHEERAH [1] 1522/11
TAINT [3] 1640/3 1658/1 1668/16
TAKE [43] 1531/1 1536/9 1536/9 1540/25 1542/16 1544/21 1548/1 1568/13 1574/25 1575/8 1575/10 1578/4 1584/19 1584/24 1585/3 1590/18 1591/17 1596/4 1598/5 1599/18 1599/24 1603/3 1610/23 1620/9 1622/15 1624/3 1628/12 1631/12 1632/4 1632/11 1632/12 1632/14 1638/6 1639/11 1639/19 1642/5 1650/9 1658/6 1659/11 1665/24 1665/25 1668/19 1668/23
TAKEN [4] 1543/14 1582/23 1600/6 1658/3
TAKES [1] 1614/7
TAKING [5] 1529/21 1633/4 1637/22 1638/22 1668/24
TALK [13] 1524/19 1529/10 1547/16 1547/23 1565/6 1565/23 1572/19 1572/23 1587/12 1622/12 1628/4 1641/23 1657/14
TALKED [8] 1562/9 1565/14 1565/15 1565/18 1579/2 1610/3 1614/20 1654/10
TALKING [15] 1527/20 1546/4 1546/13 1572/24 1575/5 1577/15 1592/7 1603/8 1613/3 1633/20 1636/11 1648/5 1649/22 1662/9 1664/24
TALL [1] 1556/4
TANYA [12] 1587/14 1595/8 1606/11 1609/18 1609/23 1613/25 1628/4 1629/10 1635/3 1635/11 1644/21 1644/22
TARGET [1] 1533/19
TASKED [2] 1595/3 1595/5
TAUGHT [2] 1565/2 1605/5
TAYLOR [15] 1585/2 1585/4 1585/11 1585/22 1586/4 1587/1 1587/4 1587/9 1588/10 1588/14 1588/17 1589/3 1594/16 1595/3 1618/21
TAYLOR'S [1] 1587/15
TEACH [3] 1622/3 1622/5 1622/6
TEAR [1] 1604/3
TECHNICAL [2] 1535/17 1565/11
TECHNIQUE [1] 1525/12
TECHNOLOGY [1] 1629/19
TELL [19] 1535/11 1537/3 1550/7 1553/6 1567/19 1568/11 1568/15 1585/7 1595/14 1600/17 1639/18 1640/3 1643/24 1644/16 1645/18 1659/15 1663/21 1664/24 1665/14
TELLING [5] 1569/11 1572/8 1637/25 1638/16 1665/1

TELLS [2] 1582/2 1665/18
TEMPORARY [1] 1626/25
TEN [3] 1577/5 1585/22 1658/10
TENANT [1] 1628/1
TEND [1] 1538/2
TENDENCY [1] 1593/8
TENDER [1] 1641/17
TENDERING [1] 1641/16
TERM [4] 1524/23 1530/20 1537/24
1646/15
TERMED [1] 1530/6
TERMINOLOGY [2] 1531/4 1622/12
TERMS [8] 1540/2 1566/24 1570/11
1593/8 1593/9 1593/12 1646/13 1668/9
TEST [4] 1525/6 1536/5 1536/17
1570/18
TESTIFIED [14] 1524/7 1543/16 1551/23
1558/10 1568/10 1588/11 1598/2
1600/13 1608/15 1630/11 1630/12
1633/16 1634/16 1646/20
TESTIFY [3] 1544/20 1583/7 1663/3
TESTIFYING [1] 1587/10
TESTIMONY [18] 1538/18 1538/20
1538/22 1541/21 1544/11 1547/19
1548/8 1548/14 1554/20 1556/23 1584/4
1587/12 1588/23 1616/24 1629/12
1632/25 1643/8 1649/16
TESTS [1] 1592/4
TEXAS [3] 1521/4 1588/18 1621/1
THAN [44] 1526/25 1530/23 1531/18
1532/13 1533/8 1533/14 1546/6 1551/14
1552/8 1553/21 1572/17 1576/17 1589/6
1597/15 1598/10 1607/15 1607/23
1608/21 1610/18 1613/9 1615/3 1617/9
1618/7 1620/3 1623/23 1625/4 1625/9
1626/24 1635/15 1635/16 1636/7
1638/17 1638/20 1641/3 1645/1 1647/7
1648/19 1649/18 1650/14 1654/1
1655/11 1659/8 1660/20 1666/8
THANK [46] 1525/25 1529/2 1531/14
1532/3 1533/11 1535/6 1536/18 1537/17
1540/6 1540/14 1541/9 1549/10 1552/18
1555/9 1558/25 1563/1 1576/2 1577/7
1582/12 1583/2 1583/3 1583/7 1584/11
1584/13 1584/13 1584/15 1584/16
1585/19 1586/16 1586/24 1587/8 1588/3
1588/9 1594/23 1618/18 1619/22
1629/24 1641/24 1655/18 1656/9
1657/11 1664/9 1665/22 1666/4 1669/6
1669/7
THANKS [1] 1584/14
THAT [815]
THAT'S [148] 1525/20 1527/12 1529/9
1529/16 1530/8 1531/9 1533/9 1533/15
1534/18 1534/19 1535/3 1536/11
1536/14 1537/12 1537/21 1537/25
1538/16 1542/1 1542/24 1543/5 1543/7
1544/2 1544/5 1544/6 1544/17 1545/24
1546/9 1547/21 1547/23 1548/25
1549/13 1549/19 1549/22 1550/3 1550/9
1550/15 1550/18 1551/7 1551/15 1552/6
1553/13 1553/25 1554/18 1554/20
1554/22 1555/1 1555/6 1555/8 1555/20
1555/21 1556/7 1556/10 1556/13
1556/19 1556/19 1557/22 1558/2 1558/3
1558/7 1558/13 1558/17 1559/10
1559/18 1559/20 1560/14 1560/16
1562/2 1563/4 1563/11 1563/15 1563/19
1564/1 1564/10 1565/15 1565/22 1567/2
1567/9 1567/21 1567/24 1567/25 1568/3
1568/5 1570/7 1570/17 1570/18 1571/2
1571/20 1574/12 1575/7 1575/7 1575/25
1576/6 1576/11 1578/1 1577/8 1577/19
1580/2 1582/23 1584/8 1586/20 1591/23
1595/22 1597/18 1598/9 1598/9 1598/18
1602/3 1603/15 1604/6 1604/14 1607/17
1608/13 1609/14 1612/1 1613/15 1618/5
1621/23 1622/2 1622/20 1623/2 1623/14
1623/15 1625/15 1625/20 1625/25
1628/3 1629/2 1629/5 1633/6 1634/7
1634/19 1636/24 1638/14 1643/11
1648/2 1649/5 1649/8 1650/4 1652/20
1653/10 1653/21 1657/10 1658/2 1660/5
1662/24 1663/9 1665/15 1669/1
THE LEVEE [1] 1570/12
THE PRIOR [1] 1564/3
THEIR [39] 1533/8 1533/14 1533/19
1534/25 1562/14 1569/20 1589/17
1592/24 1592/25 1593/2 1593/2 1593/14
1593/15 1593/16 1594/1 1594/2 1594/6
1595/15 1597/8 1598/23 1605/25
1609/11 1612/4 1612/6 1612/9 1612/9
1612/10 1612/10 1612/24 1613/8
1613/13 1624/8 1630/18 1635/20
1640/18 1648/10 1649/2 1652/13 1664/1
THEM [51] 1539/20 1540/3 1541/23
1552/21 1579/17 1581/3 1583/12
1583/23 1586/17 1590/24 1590/25
1591/8 1591/9 1591/21 1591/9 1592/15
1598/4 1598/16 1598/24 1607/12 1618/6
1624/7 1624/12 1624/16 1627/5 1628/16
1629/15 1630/20 1632/15 1634/2 1634/2
1634/5 1634/17 1634/18 1642/19
1645/16 1647/6 1647/20 1647/23 1648/8
1648/8 1648/19 1650/9 1651/13 1652/16
1655/3 1655/7 1655/14 1656/1 1667/1
1668/1
THEMSELVES [1] 1600/3
THEN [48] 1540/2 1540/4 1542/10
1554/19 1556/15 1557/5 1562/21
1567/17 1568/22 1569/2 1584/19
1590/21 1590/21 1591/2 1591/9 1591/15
1591/24 1592/1 1592/20 1592/22 1594/7
1594/8 1595/23 1599/20 1601/9 1602/13
1602/21 1602/22 1603/1 1608/6 1608/25
1615/9 1616/18 1619/13 1620/9 1621/2
1622/17 1624/16 1625/8 1631/4 1631/19
1650/9 1650/18 1651/9 1655/4 1660/17
1669/9 1669/3
THEOLOGICAL [1] 1619/4
THERE [116] 1528/2 1529/4 1529/12
1529/14 1530/5 1532/17 1535/19
1535/20 1537/21 1538/7 1538/14 1542/6
1542/13 1551/4 1551/16 1551/19
1552/23 1553/9 1553/22 1554/9 1554/16
1556/12 1556/25 1557/9 1557/13
1557/14 1560/25 1568/12 1568/13
1568/18 1568/19 1568/24 1569/13
1569/15 1572/5 1572/16 1573/4 1579/14
1587/22 1591/1 1595/19 1595/19 1596/2
1596/3 1596/4 1596/5 1597/2 1597/5
1597/7 1597/11 1597/14 1599/14
1600/10 1600/20 1600/21 1600/21
1600/22 1600/25 1600/25 1601/2
1601/16 1601/20 1602/23 1602/25
1603/20 1604/2 1604/4 1604/24 1605/7
1605/9 1605/18 1605/18 1606/16
1606/17 1606/17 1606/18 1606/18
1606/24 1607/2 1607/5 1607/5 1607/14
1607/15 1608/9 1609/3 1609/4 1610/4
1616/22 1616/25 1623/16 1626/8
1627/12 1627/23 1628/1 1631/12
1631/22 1631/22 1635/10 1636/11
1642/15 1645/10 1645/12 1645/12
1648/14 1648/23 1650/12 1650/20
1659/11 1662/1 1663/14 1663/21
THERE'S [30] 1530/22 1545/14 1549/8
1549/23 1572/6 1573/6 1592/19 1593/16
1594/10 1595/21 1602/5 1603/1 1603/13
1603/23 1608/3 1610/23 1622/7 1623/14
1626/4 1631/18 1633/11 1634/20 1638/6
1639/14 1639/20 1641/18 1654/14
1659/2 1663/25 1666/1
THEREFORE [1] 1634/1
THESE [33] 1526/21 1529/13 1534/4
1534/23 1537/4 1541/22 1541/23 1542/4
1545/12 1551/4 1558/15 1574/13 1578/1
1578/13 1578/22 1581/25 1583/24
1586/5 1612/8 1624/11 1631/9 1633/25
1635/1 1635/15 1640/25 1648/9 1657/3
1661/17 1665/24 1667/16 1667/19
1668/10 1669/9
THEY [155]
THEY'RE [5] 1539/23 1539/25 1550/19
1616/22 1664/13
THICK [2] 1657/2 1666/15
THIN [1] 1609/6
THING [16] 1528/9 1532/18 1540/2
1543/14 1557/12 1591/11 1609/2
1610/18 1639/1 1640/11 1650/20
1656/12 1657/16 1662/23 1662/24
1665/15
THINGS [41] 1542/11 1556/23 1561/21
1578/16 1580/3 1591/2 1593/14 1593/15
1593/16 1593/17 1597/6 1601/14
1605/16 1607/14 1608/4 1608/11 1609/9
1609/14 1612/5 1612/8 1612/14 1612/25
1617/2 1618/1 1618/21 1627/15 1634/4
1635/2 1638/25 1640/10 1641/19 1643/1
1643/5 1647/1 1647/2 1651/10 1657/22
1662/22 1663/4 1667/20 1668/11
THINK [53] 1532/10 1535/20 1535/22
1546/5 1547/5 1547/7 1558/10 1569/24
1570/10 1573/13 1574/15 1585/3
1585/13 1593/8 1593/11 1593/15 1598/4
1600/14 1600/18 1601/19 1609/15
1610/8 1623/3 1629/16 1629/20 1630/25
1633/7 1634/16 1636/22 1638/18
1647/21 1649/25 1658/2 1659/9 1659/15
1660/17 1660/23 1660/25 1661/5 1662/2
1662/7 1663/7 1663/9 1663/10 1665/6
1665/8 1665/13 1665/17 1665/23
1665/24 1667/5 1668/8 1669/9
THINK WE [1] 1585/13
THINKING [4] 1593/11 1593/19 1658/12
1660/3
THINKS [2] 1593/13 1629/9
THIRD [1] 1627/8
THIRSTY [1] 1601/6
THIS [266]
THOMAS [1] 1521/3
THOSE [64] 1524/16 1528/11 1529/15
1529/17 1534/15 1543/1 1545/5 1549/15
1551/9 1551/11 1552/3 1557/10 1557/20
1559/2 1561/21 1566/18 1567/18
1571/15 1578/16 1582/1 1587/22 1588/5
1589/12 1590/7 1591/2 1591/12 1591/19
1592/7 1592/14 1592/21 1593/17
1594/10 1595/7 1597/6 1597/25 1597/25
1602/14 1603/20 1605/8 1605/11 1608/1
1608/4 1608/12 1608/14 1609/16
1610/25 1612/19 1612/25 1613/5 1617/1
1625/1 1627/19 1629/8 1633/24 1645/14
1647/2 1648/7 1648/14 1651/21 1652/2
1652/7 1653/4 1653/9 1655/21
THOUGH [5] 1579/19 1600/18 1614/10

**T**

THOUGH... [2]  1625/18 1657/7
THOUGHT [8]  1532/5 1539/7 1565/15 1597/1 1610/11 1635/9 1635/9 1648/9
THOUGHTS [1]  1658/8
THOUSAND [3]  1553/2 1590/6 1654/22
THOUSAND FEET [1]  1553/2
THOUSANDS [1]  1597/20
THREE [7]  1541/19 1541/22 1541/23 1555/4 1555/14 1561/3 1575/5
THRESHOLD [2]  1540/12 1565/11
THROUGH [24]  1528/1 1528/4 1530/23 1543/18 1544/10 1568/22 1569/9 1574/7 1589/6 1597/8 1603/21 1609/6 1616/21 1619/7 1619/11 1621/9 1629/18 1634/2 1645/13 1660/23 1662/7 1662/21 1665/10 1666/17
THROUGHOUT [3]  1544/24 1599/19 1603/21
TIME [78]  1524/22 1524/23 1528/2 1532/1 1533/21 1535/11 1535/25 1536/3 1536/11 1536/15 1539/16 1540/13 1545/25 1552/4 1553/23 1553/23 1559/8 1559/9 1568/9 1568/14 1568/17 1568/20 1568/22 1569/2 1569/3 1569/4 1569/14 1570/20 1571/6 1572/9 1572/10 1583/6 1585/7 1586/3 1595/19 1596/1 1597/5 1597/5 1597/8 1598/14 1599/15 1599/17 1600/5 1601/3 1601/7 1606/16 1608/17 1612/1 1619/1 1619/7 1619/7 1619/8 1619/11 1619/13 1619/13 1620/2 1620/5 1620/7 1620/8 1620/14 1622/24 1639/18 1640/9 1642/25 1643/3 1645/8 1651/8 1657/13 1657/16 1657/22 1658/5 1658/6 1658/6 1660/9 1660/20 1663/20 1665/3 1665/21
TIMELY [3]  1531/2 1544/21 1582/22
TIMES [13]  1539/4 1555/4 1555/15 1561/3 1567/23 1570/16 1575/6 1577/5 1578/10 1589/19 1601/20 1608/13 1645/20
TIMING [1]  1659/13
TITLED [1]  1531/19
TODAY [17]  1536/24 1541/11 1548/1 1548/2 1562/4 1581/8 1583/7 1585/2 1586/11 1587/1 1588/23 1629/12 1632/25 1633/17 1640/18 1642/9 1649/16
TODAY'S [2]  1592/15 1647/2
TOE [10]  1536/5 1536/8 1558/1 1559/17 1559/21 1559/21 1559/23 1561/8 1563/22 1580/22
TOES [1]  1556/4
TOGETHER [5]  1527/6 1540/17 1584/17 1624/16 1631/17
TOLD [15]  1539/7 1539/10 1556/22 1557/23 1569/11 1620/25 1621/20 1629/8 1630/14 1634/12 1634/13 1645/19 1653/14 1653/16 1656/7
TOLERATE [1]  1644/14
TOMORROW [9]  1585/8 1585/8 1585/9 1639/13 1659/22 1661/3 1666/23 1669/8 1669/10
TONI [5]  1522/20 1666/1 1669/17 1669/24 1669/25
TONIGHT [4]  1663/15 1665/24 1668/15 1669/12
TOO [13]  1538/3 1538/5 1540/7 1547/12 1561/14 1577/11 1584/13 1603/19 1635/13 1649/2 1656/22 1656/25 1666/12
TOOK [17]  1541/6 1542/13 1568/11

1577/1 1585/25 1595/18 1618/22 1619/4 1619/10 1620/1 1620/5 1620/7 1620/9 1620/10 1627/14 1650/5 1653/9
TOOTHPASTE [3]  1556/20 1571/16 1572/13
TOP [11]  1533/17 1551/19 1554/14 1554/16 1556/19 1563/22 1571/16 1573/1 1600/23 1635/2 1635/11
TOPIC [2]  1529/11 1565/18
TORTS [1]  1522/10
TOTAL [18]  1555/12 1555/13 1565/7 1565/18 1566/25 1567/21 1567/22 1570/5 1570/11 1574/9 1578/23 1610/13 1635/2 1635/4 1646/18 1646/23 1646/24 1647/24
TOTALED [2]  1635/12 1646/14
TOTO [1]  1589/6
TOUCH [1]  1589/6
TOWARD [4]  1553/19 1558/21 1558/22 1642/19
TOWARDS [2]  1556/17 1558/17
TRACK [1]  1524/14
TRACKING [1]  1524/13
TRADED [2]  1564/11 1564/17
TRAGEDY [2]  1582/25 1648/10
TRAILER [8]  1616/11 1616/17 1617/3 1617/6 1617/24 1627/11 1627/23 1652/18
TRAILERS [1]  1616/15
TRAINING [3]  1613/20 1622/5 1622/8
TRANSCRIPT [5]  1522/24 1545/15 1634/21 1651/16 1669/20
TRANSCRIPTS [1]  1648/7
TRANSFER [1]  1535/1
TRANSPORTATION [1]  1626/23
TRAVEL [2]  1603/20 1612/10
TREATED [1]  1653/25
TREATING [1]  1657/15
TREMENDOUSLY [1]  1612/11
TRIAL [61]  1520/10 1639/2 1639/11 1640/9 1640/12 1640/13 1641/3 1642/3 1642/7 1642/10 1642/13 1642/17 1642/21 1642/23 1643/2 1643/6 1643/13 1643/16 1643/20 1643/24 1644/2 1644/5 1644/16 1657/15 1657/16 1657/20 1657/22 1657/24 1657/25 1658/1 1658/6 1658/9 1658/14 1660/5 1660/8 1660/11 1660/22 1660/22 1661/1 1661/12 1662/8 1662/10 1663/5 1663/6 1663/8 1663/16 1663/17 1663/21 1664/13 1664/14 1664/17 1665/1 1665/5 1665/11 1667/11 1668/17 1668/18 1669/1 1669/3 1669/4 1669/11
TRIED [1]  1654/2
TRIP [1]  1585/20
TRIVIAL [1]  1573/8
TROUBLE [1]  1638/10
TRUE [13]  1524/22 1524/23 1525/7 1526/16 1533/12 1558/3 1566/9 1579/11 1621/23 1623/14 1647/9 1652/12 1669/19
TRUST [1]  1564/7
TRUST THAT [1]  1564/7
TRUTH [1]  1569/12
TRY [8]  1540/5 1540/16 1577/12 1587/6 1632/15 1647/11 1648/2 1667/21
TRYING [8]  1610/8 1631/19 1640/2 1640/8 1640/10 1660/23 1660/25 1669/1
TUBE [2]  1556/20 1572/14
TURN [2]  1553/19 1632/14
TURNING [1]  1614/3
TURNS [1]  1573/8
TUSA [4]  1522/20 1669/17 1669/24

1669/25
1619/10 1620/1 1620/5 1620/7
TWO [28]  1524/13 1528/2 1529/12 1529/15 1530/5 1530/15 1535/19 1537/22 1538/12 1540/20 1542/16 1544/5 1557/10 1567/18 1574/14 1578/5 1585/5 1605/5 1608/24 1618/4 1622/7 1627/4 1627/9 1629/8 1632/13 1632/14 1632/16 1654/20
TWO-BY-FOURS [3]  1632/13 1632/13 1632/16
TWO-DAY [1]  1627/4
TYPE [14]  1529/18 1529/24 1530/6 1530/14 1582/6 1588/19 1589/24 1590/13 1602/12 1607/18 1607/24 1615/24 1618/7 1638/15
TYPES [6]  1529/12 1529/14 1529/17 1531/6 1534/2 1608/4

**U**

U.S [3]  1522/9 1525/8 1526/16
UH [2]  1628/10 1629/11
UH-HUH [2]  1628/10 1629/11
ULTIMATE [2]  1545/3 1659/20
ULTIMATELY [2]  1634/21 1650/17
UMBRAGE [1]  1638/22
UMBRELLA [3]  1643/17 1667/19 1668/4
UNABLE [4]  1525/7 1526/2 1530/22 1650/7
UNCERTAINTIES [9]  1529/10 1529/12 1529/14 1529/16 1529/17 1529/25 1530/5 1531/6 1531/8
UNCERTAINTY [7]  1529/19 1529/20 1529/23 1529/24 1530/2 1530/14 1530/23
UNDER [13]  1531/16 1532/12 1533/7 1569/1 1583/24 1621/25 1627/19 1630/18 1630/21 1633/13 1643/17 1656/14 1656/19
UNDERGONE [1]  1528/3
UNDERNEATH [1]  1615/6
UNDERSTAND [29]  1530/25 1533/16 1545/7 1550/19 1556/15 1568/17 1593/4 1613/10 1634/20 1638/22 1638/23 1639/22 1643/16 1644/10 1645/25 1651/25 1657/15 1658/3 1659/6 1659/19 1659/21 1659/22 1659/25 1660/20 1661/11 1665/8 1668/6 1668/7 1668/24
UNDERSTANDING [6]  1544/11 1585/4 1610/1 1638/2 1656/18 1669/21
UNDERWATER [1]  1627/17
UNDERWRITERS [1]  1625/5
UNFORTUNATE [1]  1662/16
UNIFORMLY [1]  1553/18
UNIQUE [1]  1617/25
UNIT [1]  1645/8
UNITED [11]  1520/1 1520/7 1520/11 1526/3 1527/7 1608/2 1637/12 1642/22 1642/23 1659/5 1669/18
UNITED STATES [7]  1526/3 1527/7 1608/2 1637/12 1642/22 1642/23 1659/5
UNITY [1]  1536/25
UNIVERSE [1]  1635/25
UNIVERSITY [2]  1538/12 1618/22
UNKNOWABLES [1]  1530/21
UNKNOWN [2]  1530/16 1530/21
UNLESS [4]  1577/11 1611/5 1643/24 1669/11
UNPARALLEL [1]  1635/24
UNREASONABLE [2]  1649/8 1649/10
UNTIL [6]  1532/1 1546/21 1553/23 1587/1 1659/22 1661/23
UP [70]  1528/9 1528/10 1531/22

**U**

UP... [67] 1532/17 1532/24 1535/23
1544/14 1556/17 1561/21 1562/4
1563/17 1563/20 1564/4 1564/5 1564/8
1564/16 1574/5 1574/6 1574/25 1584/4
1585/17 1589/1 1591/7 1594/13 1599/23
1601/6 1601/8 1601/9 1601/10 1601/11
1601/12 1601/23 1602/15 1603/15
1609/5 1609/15 1610/17 1610/17
1610/23 1612/3 1612/8 1616/21 1616/23
1619/7 1619/17 1626/23 1628/9 1628/19
1629/8 1629/17 1632/5 1632/23 1635/3
1635/10 1635/12 1638/6 1638/14
1639/19 1642/5 1644/21 1645/7 1649/2
1650/13 1650/17 1651/4 1652/21 1657/1
1660/23 1663/16 1668/19
UPDATED [1] 1608/1
UPON [14] 1581/23 1582/6 1582/7
1589/22 1592/14 1593/1 1607/16 1613/7
1621/5 1623/8 1625/15 1625/15 1642/9
1662/4
UPPER [3] 1546/8 1546/11 1547/20
UPSET [3] 1572/12 1662/14 1666/8
UPWARDS [1] 1539/8
URGED [1] 1586/17
US [44] 1525/14 1529/13 1530/7
1535/11 1539/7 1547/17 1548/1 1548/16
1548/19 1552/7 1553/6 1556/22 1557/17
1557/23 1569/11 1569/11 1569/22
1570/8 1573/13 1574/23 1582/2 1583/5
1585/6 1588/24 1589/4 1599/4 1599/7
1600/17 1615/17 1616/4 1626/2 1634/12
1636/13 1640/19 1640/20 1642/18
1656/7 1656/15 1659/10 1659/11 1660/9
1662/4 1664/4 1668/8
USACE [2] 1526/7 1526/11
USE [38] 1524/16 1524/23 1525/14
1551/17 1564/20 1568/13 1570/24
1581/15 1590/14 1590/16 1591/13
1592/25 1593/12 1593/21 1594/7
1597/15 1607/16 1607/17 1608/6
1608/15 1611/21 1614/4 1614/19
1615/24 1617/8 1617/9 1617/22 1622/9
1630/4 1630/9 1632/22 1634/7 1634/12
1636/15 1646/15 1651/22 1652/2 1667/6
USED [39] 1530/20 1533/17 1541/21
1548/13 1551/5 1579/18 1583/14
1595/17 1596/20 1596/24 1597/20
1599/19 1600/9 1604/25 1605/12
1605/13 1607/19 1608/14 1616/1 1617/1
1618/9 1622/12 1624/2 1625/1 1628/7
1632/13 1633/3 1634/17 1636/22
1639/17 1645/25 1647/10 1647/13
1648/12 1651/7 1651/12 1651/15 1652/9
1653/25
USING [8] 1537/14 1537/19 1594/20
1597/17 1622/3 1622/6 1624/14 1648/1
USUALLY [3] 1583/24 1592/3 1594/11
UTILIZATION [1] 1530/15

**V**

VALID [2] 1621/6 1660/4
VALIDATE [1] 1525/14
VALIDATION [1] 1582/1
VALIDITY [2] 1626/4 1626/8
VALUABLE [1] 1663/2
VALUATION [2] 1607/7 1617/5
VALUE [33] 1558/21 1592/12 1592/21
1592/23 1592/24 1594/11 1596/17
1597/9 1598/18 1598/19 1609/18
1610/10 1614/18 1617/11 1617/14
1618/3 1618/5 1618/6 1622/14 1622/21
1623/9 1624/21 1624/25 1626/6 1626/9
1630/6 1648/3 1648/5 1649/11 1649/12
1649/16 1652/3 1652/7
VALUES [5] 1625/7 1635/1 1652/25
1653/4 1653/7
VARIABILITY [2] 1529/20 1530/8
VARIABLE [1] 1562/18
VASTLY [1] 1666/11
VECTORS [3] 1524/11 1524/13 1524/14
VEGETATION [5] 1560/9 1560/11
1561/5 1573/5 1580/16
VENETIAN [3] 1598/4 1598/7 1646/25
VERACITY [1] 1589/17
VERBATIM [1] 1541/23
VERIFIED [1] 1605/7
VERIFY [3] 1601/18 1651/17 1653/7
VERIFYING [1] 1616/20
VERRETT [1] 1553/19
VERSION [2] 1597/17 1618/11
VERSUS [8] 1520/6 1603/11 1612/17
1614/9 1631/18 1636/18 1651/15
1651/22
VERTICAL [2] 1548/19 1548/21
VERY [45] 1534/6 1536/14 1538/3
1540/14 1541/9 1541/10 1541/17 1545/4
1550/9 1552/9 1553/3 1560/4 1563/6
1564/20 1577/14 1578/25 1583/3 1583/4
1583/8 1585/19 1597/3 1601/6 1601/13
1602/13 1602/22 1608/7 1608/16 1609/2
1615/7 1618/1 1626/10 1626/10 1627/19
1631/9 1645/13 1647/1 1648/9 1656/9
1657/11 1657/15 1657/21 1663/2 1663/2
1663/7 1666/15
VETERANS [1] 1605/10
VEX [1] 1644/15
VIABILITY [1] 1660/22
VICINITY [2] 1602/7 1606/25
VICTIM [1] 1565/9
VICTIMIZED [1] 1565/8
VICTOR [1] 1521/24
VIEW [1] 1591/6
VIOLATION [1] 1642/17
VIRTUALLY [5] 1552/17 1552/18
1552/21 1596/3 1632/20
VISCERAL [1] 1658/2
VISITED [2] 1557/5 1652/19
VITAE [2] 1588/24 1589/3
VOIR [1] 1589/17
VOLUME [8] 1520/10 1574/23 1574/24
1575/2 1575/5 1575/8 1575/9 1575/12
VOLUMES [3] 1578/13 1578/16 1578/22
VOLUMINOUS [2] 1656/22 1657/1
VOLUNTEERED [1] 1605/11
VULNERABLE [3] 1560/13 1560/24
1561/22

**W**

WAIT [2] 1546/20 1659/21
WAIVER [1] 1613/18
WAKE [1] 1619/5
WALL [2] 1603/15 1603/17
WALLS [5] 1543/16 1603/3 1603/3
1606/19 1650/19
WALTER [2] 1521/12 1535/4
WANT [35] 1535/24 1536/23 1538/23
1538/24 1539/18 1541/22 1547/17
1547/23 1565/23 1570/8 1572/19
1572/23 1572/23 1581/11 1583/2 1583/5
1584/14 1584/23 1587/1 1613/18 1621/6
1625/16 1626/16 1632/5 1632/5 1636/24
1641/11 1641/13 1641/17 1645/25
1646/15 1659/10 1660/16 1660/19
1667/3

WANTED [7] 1532/11 1538/6 1556/22
1582/17 1584/8 1607/8 1641/13
WAR [1] 1550/10
WARD [12] 1545/1 1545/7 1545/22
1546/5 1546/7 1546/7 1546/8 1546/10
1546/13 1546/13 1546/18 1581/5
WARNED [1] 1577/7
WARNING [1] 1540/7
WARREN [1] 1522/6
WAS [194]
WASHINGTON [1] 1522/18
WASN'T [3] 1543/20 1547/14 1601/20
WATCH [2] 1577/7 1653/2
WATER [32] 1524/11 1524/11 1536/8
1536/11 1542/19 1544/3 1546/18 1558/1
1562/10 1563/2 1563/7 1563/12 1564/15
1577/25 1600/1 1600/14 1600/19
1600/22 1601/2 1601/6 1601/8 1601/9
1602/9 1602/21 1602/25 1603/10
1603/15 1603/24 1603/24 1604/5
1614/25 1614/25
WATER'S [4] 1558/6 1559/16 1561/8
1580/23
WATERLINE [3] 1600/24 1600/25
1615/8
WATERLINES [2] 1600/10 1627/15
WAVE [32] 1525/8 1525/14 1525/15
1526/4 1526/15 1527/5 1527/21 1529/22
1531/7 1535/10 1535/11 1535/24 1536/1
1560/12 1560/15 1560/17 1561/23
1561/25 1562/1 1562/6 1562/15 1563/1
1563/2 1563/8 1563/17 1564/6 1564/8
1564/14 1564/16 1581/16 1581/18
1581/24
WAVE-INDUCED [5] 1525/8 1526/4
1526/15 1527/5 1527/21
WAVE-SIDE [1] 1525/15
WAVES [7] 1535/9 1560/13 1563/12
1563/25 1580/10 1580/11 1580/12
WAY [28] 1528/13 1530/8 1530/22
1531/23 1538/7 1557/12 1557/14
1568/18 1570/2 1573/14 1574/7 1586/6
1593/22 1594/12 1603/17 1612/5 1614/7
1616/21 1633/11 1638/6 1638/18
1639/14 1641/5 1641/18 1644/10
1653/25 1654/2 1666/12
WAYS [1] 1534/22
WE [250]
WE'LL [19] 1532/17 1540/5 1540/25
1546/7 1574/22 1584/24 1585/3 1585/8
1585/18 1585/22 1587/3 1594/21
1601/12 1639/12 1644/4 1649/21
1653/18 1666/1 1666/6
WE'RE [22] 1525/3 1527/20 1534/13
1535/5 1540/10 1540/24 1542/11 1546/4
1546/13 1552/12 1554/23 1559/3
1572/10 1572/24 1575/4 1575/4 1584/17
1585/22 1633/9 1636/21 1644/20
1648/22
WE'VE [10] 1528/13 1541/10 1543/18
1544/10 1554/6 1560/12 1571/17
1578/13 1579/2 1581/24
WEAKER [2] 1538/2 1538/3
WEDNESDAY [1] 1598/3
WEEK [6] 1605/5 1620/13 1620/19
1640/17 1642/3 1654/24
WEEKS [1] 1605/5
WEIGH [2] 1577/20 1577/23
WEIGHT [3] 1578/5 1619/24 1634/18
WEIGHTING [1] 1566/16
WELL [62] 1527/4 1535/4 1546/24
1550/9 1552/9 1552/18 1553/13 1556/5
1557/6 1562/12 1565/17 1568/20

## W

WELL... [50]  1569/24 1570/11 1573/6
1590/5 1591/8 1591/22 1595/24 1595/24
1599/25 1600/14 1600/20 1600/23
1603/15 1604/4 1606/24 1607/2 1607/10
1607/21 1608/24 1611/5 1611/11
1612/15 1615/11 1620/25 1621/2 1625/6
1625/12 1626/25 1627/13 1627/19
1628/17 1632/22 1635/9 1635/13
1636/10 1639/21 1642/15 1645/22
1646/3 1646/15 1648/4 1649/20 1651/14
1654/14 1655/13 1665/14 1666/1 1667/4
1667/21 1668/24
WENT [11]  1564/18 1583/18 1606/13
1618/25 1619/7 1623/4 1623/7 1625/22
1627/13 1634/2 1653/25
WERE [122]  1527/2 1529/4 1532/10
1533/4 1533/12 1533/18 1535/14
1541/20 1542/13 1543/1 1548/3 1550/13
1551/8 1551/11 1552/24 1553/21
1555/22 1556/8 1557/4 1557/9 1557/15
1557/15 1560/19 1560/25 1561/22
1562/6 1562/9 1563/1 1563/4 1564/8
1566/11 1566/22 1568/12 1572/16
1574/6 1579/19 1581/8 1583/11 1587/19
1589/22 1589/23 1591/1 1592/11
1592/18 1593/10 1595/3 1595/8 1596/4
1596/5 1597/13 1598/17 1599/20 1600/1
1600/5 1600/20 1601/16 1601/16
1601/20 1604/11 1605/10 1605/17
1605/18 1605/18 1605/19 1606/16
1606/19 1606/21 1606/23 1606/24
1606/25 1607/5 1609/10 1614/3 1614/4
1614/14 1615/2 1615/23 1616/10
1616/15 1616/16 1616/23 1616/25
1617/1 1617/25 1617/25 1618/1 1619/3
1621/20 1621/21 1624/4 1624/7 1626/8
1626/11 1628/1 1632/11 1634/1 1636/11
1637/4 1641/8 1645/12 1645/12 1647/1
1648/12 1650/7 1652/10 1653/4 1653/6
1653/9 1653/11 1653/19 1654/20 1655/6
1655/13 1655/14 1655/22 1655/23
1656/1 1656/2 1656/4 1656/7 1660/25
1661/23
WEREN'T [3]  1543/15 1621/20 1652/15
WEST [3]  1558/21 1574/21 1576/4
WESTLAW [3]  1663/16 1665/25 1669/12
WET [1]  1604/6
WHAT [171]
WHAT'S [7]  1535/11 1593/10 1602/23
1612/18 1622/9 1639/9 1667/8
WHATEVER [15]  1563/4 1566/1 1594/7
1622/16 1622/16 1622/17 1625/16
1628/12 1630/23 1630/25 1633/7
1655/25 1660/16 1666/6 1667/8
WHEN [67]  1524/23 1526/22 1533/17
1534/2 1539/16 1539/25 1542/12 1546/1
1546/1 1546/4 1546/20 1556/3 1556/23
1557/20 1560/5 1566/11 1572/10
1574/16 1579/6 1590/17 1591/25 1592/1
1592/5 1592/7 1592/16 1598/5 1602/9
1602/17 1602/18 1602/23 1604/5
1606/13 1606/15 1607/13 1609/3 1609/5
1609/13 1611/25 1612/23 1613/5
1621/20 1624/5 1628/1 1631/8 1633/20
1635/3 1635/12 1638/3 1638/23 1642/5
1646/9 1647/2 1647/17 1648/23 1651/4
1651/17 1652/18 1654/24 1654/25
1661/12 1663/4 1663/19 1666/7 1666/9
1666/23 1668/18 1669/4
WHENEVER [1]  1636/15
WHERE [45]  1533/13 1542/13 1544/8

1549/9 1550/1 1551/4 1551/16 1554/8
1555/20 1556/14 1556/15 1556/25
1557/1 1560/18 1560/25 1561/3 1561/4
1561/22 1564/5 1570/11 1574/6 1574/8
1576/16 1579/23 1591/15 1593/24
1600/2 1600/3 1600/5 1601/7 1602/7
1602/12 1603/10 1603/15 1604/1 1605/6
1606/17 1623/9 1631/21 1634/4 1636/11
1641/12 1644/14 1650/22 1655/1
WHEREAS [1]  1613/2
WHEREUPON [7]  1524/6 1541/6
1585/25 1588/10 1637/4 1641/8 1669/14
WHEREVER [1]  1641/11
WHETHER [18]  1525/1 1525/4 1539/19
1543/17 1544/17 1561/10 1591/1 1593/1
1603/2 1619/17 1626/4 1633/12 1634/21
1642/16 1643/6 1643/7 1643/14 1654/21
WHICH [57]  1526/10 1528/2 1528/23
1530/24 1535/22 1539/5 1542/6 1547/18
1548/6 1553/2 1553/8 1553/16 1555/14
1555/22 1563/24 1574/5 1574/15
1581/14 1581/15 1581/15 1581/22
1583/11 1585/6 1587/13 1587/13
1587/14 1587/16 1587/19 1587/20
1587/25 1588/4 1593/1 1596/15 1599/7
1603/22 1608/5 1609/4 1624/22 1627/7
1627/13 1628/11 1629/9 1631/22
1645/15 1645/15 1645/18 1651/12
1651/17 1651/17 1652/2 1652/18
1655/14 1661/17 1662/2 1662/15
1663/12 1666/9
WHILE [5]  1557/4 1559/3 1623/16
1626/18 1650/13
WHO [11]  1534/14 1585/10 1585/11
1585/12 1625/1 1633/23 1637/11 1641/1
1641/17 1641/22 1655/6
WHO'S [1]  1585/3
WHOEVER [3]  1624/6 1644/13 1662/23
WHOLE [4]  1532/18 1571/4 1625/18
1635/25
WHOSE [1]  1620/14
WHY [24]  1538/11 1551/25 1552/7
1553/18 1557/17 1562/10 1572/5
1576/15 1600/17 1600/20 1603/14
1608/13 1616/13 1636/23 1637/7 1640/7
1642/11 1642/11 1643/12 1644/1
1644/16 1666/4 1667/1 1667/12
WICKING [9]  1601/4 1601/12 1602/7
1602/9 1602/15 1603/8 1604/4 1604/5
1607/2
WIDE [6]  1556/11 1559/21 1561/3
1575/12 1577/2 1617/3
WIDELY [4]  1597/18 1605/1 1605/12
1605/13
WIDEN [1]  1558/11
WIDENED [2]  1558/22 1567/3
WIDENING [3]  1557/24 1558/15 1580/20
WIDEST [1]  1560/18
WIDTH [13]  1549/2 1550/22 1554/1
1554/8 1554/13 1555/3 1555/4 1555/1
1555/25 1556/3 1558/16 1560/16 1561/4
WIFE [1]  1539/9
WILL [56]  1531/8 1531/16 1532/12
1534/22 1537/16 1538/4 1538/5 1539/17
1539/24 1548/22 1550/17 1558/21
1562/16 1563/17 1563/18 1572/14
1572/14 1586/22 1587/10 1587/12
1591/11 1591/16 1591/17 1591/18
1591/19 1594/19 1597/18 1601/8 1604/9
1619/23 1621/10 1624/15 1625/2
1626/17 1633/13 1634/22 1634/24
1638/19 1638/19 1639/1 1639/20
1639/23 1641/23 1643/4 1643/5 1643/9

1643/12 1648/14 1656/14 1657/9 1661/8
1666/13 1666/23 1667/8 1668/1
WILLING [2]  1625/10 1658/16
WINDS [2]  1560/21 1561/23
WISE [1]  1535/3
WITHDRAW [2]  1587/24 1588/1
WITHIN [8]  1526/16 1535/2 1547/5
1560/17 1566/14 1574/17 1656/1
1656/25
WITHOUT [5]  1545/22 1569/2 1608/7
1630/6 1668/15
WITNESS [10]  1528/15 1629/23 1630/5
1630/8 1630/10 1630/24 1633/12
1654/16 1655/6 1662/11
WITNESSES [3]  1657/14 1662/17
1665/3
WOMAN'S [1]  1668/21
WON'T [3]  1577/18 1643/23 1667/7
WOODCOCK [1]  1522/17
WORD [1]  1655/23
WORDING [1]  1653/4
WORDS [1]  1527/19
WORK [20]  1528/12 1530/6 1530/10
1538/21 1538/25 1550/21 1557/13
1562/13 1586/20 1588/18 1609/10
1615/6 1620/4 1621/17 1621/20 1631/20
1632/15 1638/3 1647/2 1662/15
WORKED [2]  1577/21 1658/1
WORKING [4]  1569/11 1608/1 1619/1
1657/19
WORLD [5]  1541/16 1569/25 1571/2
1624/19 1636/1
WORRY [1]  1659/21
WORSE [1]  1563/11
WORTH [13]  1593/10 1610/14 1625/9
1625/21 1626/5 1626/9 1626/11 1653/1
1653/3 1653/3 1653/15 1653/15 1653/20
WOULD [152]
WOULD'VE [2]  1579/14 1582/17
WOULDN'T [5]  1597/6 1611/5 1615/5
1625/12 1667/3
WRIGHT [1]  1521/5
WRITE [3]  1591/18 1591/20 1625/1
WRITING [3]  1619/14 1620/3 1647/10
WRITINGS [1]  1580/5
WRITTEN [1]  1624/23
WRONG [2]  1533/2 1665/7
WROTE [5]  1622/3 1622/6 1635/3
1647/20 1648/13

## X

X-A-C-T-I-M-A-T-E [1]  1607/18
XACTCONTENTS [1]  1609/4
XACTIMATE [17]  1607/17 1608/20
1609/4 1622/4 1622/7 1622/9 1624/2
1624/14 1624/15 1628/4 1628/7 1629/2
1629/9 1646/16 1646/18 1649/11
1652/21
XACTIMATE'S [1]  1628/11

## Y

YARD [4]  1572/25 1578/3 1578/4 1578/8
YARDS [14]  1574/10 1574/20 1574/22
1574/24 1575/3 1575/4 1575/14 1575/20
1576/7 1576/22 1578/1 1578/5 1578/14
1578/14
YEAH [4]  1532/11 1623/6 1623/7
1654/23
YEAR [10]  1539/7 1574/15 1574/16
1574/17 1594/14 1598/24 1612/23
1613/7 1613/9 1640/25
YEAR'S [1]  1598/25
YEARS [10]  1531/10 1538/12 1548/3

Y

YEARS... [7]  1558/12 1570/1 1583/6
1589/8 1597/10 1618/25 1635/25
YES [188]
YESTERDAY [6]  1531/25 1536/24
1539/14 1557/23 1560/10 1583/14
YET [4]  1640/15 1648/11 1658/19
1664/3
YORK [2]  1522/4 1522/4
YOU [610]
YOU'D [4]  1541/14 1557/13 1560/2
1585/16
YOU'LL [1]  1640/3
YOU'RE [25]  1525/1 1530/22 1530/24
1535/20 1537/23 1545/17 1555/10
1555/15 1564/21 1565/25 1573/12
1573/23 1602/17 1603/2 1603/8 1603/23
1609/8 1612/24 1613/3 1620/22 1626/13
1631/2 1638/22 1648/5 1661/5
YOU'VE [7]  1569/17 1573/17 1580/6
1583/4 1584/4 1621/3 1639/15
YOUNG [1]  1668/21
YOUR [259]
YOUR HONOR [72]  1531/13 1533/24
1535/5 1539/2 1539/12 1540/6 1540/13
1541/9 1543/13 1546/9 1547/4 1552/19
1554/11 1555/9 1572/20 1576/2 1583/9
1583/13 1583/20 1583/22 1584/9
1584/12 1584/17 1584/20 1586/3 1586/5
1586/11 1586/19 1586/24 1588/7
1594/15 1594/18 1604/8 1619/15 1630/4
1630/12 1630/17 1631/5 1633/15
1634/16 1635/23 1636/1 1636/6 1636/12
1636/19 1637/24 1638/1 1638/9 1639/22
1640/5 1640/14 1641/5 1641/10 1641/24
1642/16 1650/23 1651/1 1654/13
1654/19 1655/19 1656/8 1656/11
1656/18 1656/24 1657/10 1659/9
1661/15 1665/6 1665/9 1665/22 1667/14
1668/6
YOURSELF [2]  1603/14 1609/13

Z

ZERO [1]  1629/20
ZEROS [1]  1578/5
ZIP [1]  1608/2
ZONE [9]  1547/17 1547/24 1548/9
1548/22 1550/10 1554/24 1555/21
1560/17 1567/4
ZONES [1]  1550/1