```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2   ***********************************************************
     NORMAN ROBINSON, ET AL
 3
                                    DOCKET NO. 06-CV-2268
 4   V.                             NEW ORLEANS, LOUISIANA
                                    WEDNESDAY, APRIL 29, 2009
 5
     UNITED STATES OF AMERICA, ET AL
 6   ***********************************************************

 7
                    TRANSCRIPT OF TRIAL PROCEEDINGS
 8        HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                    UNITED STATES DISTRICT JUDGE
 9                  VOLUME 8 - MORNING SESSION

10

11   APPEARANCES:

12

13   FOR THE PLAINTIFF:        O'DONNELL & ASSOCIATES
                               BY:  PIERCE O'DONNELL, ESQ.
                               550 SOUTH HOPE STREET
14                             SUITE 1000
                               LOS ANGELES, CA 90071-2627
15

16                             LAW OFFICE OF JOSEPH M. BRUNO
                               BY:   JOSEPH M. BRUNO, ESQ.
17                             855 BARONNE ST.
                               NEW ORLEANS, LA 70113
18

19                             THE ANDRY LAW FIRM
                               BY:   JONATHAN B. ANDRY, ESQ.
20                                   KEA SHERMAN, ESQ.
                               610 BARONNE ST.
21                             NEW ORLEANS, LA 70113

22
                               BARON & BUDD
23                             BY:  THOMAS SIMS, ESQ.
                               3102 OAK LAWN AVENUE, SUITE 1100
24                             DALLAS, TX 75219

25
```

```
 1                              DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                BY:  JAMES P. ROY, ESQ.
 2                              P. O. BOX 3668
                                556 JEFFERSON ST.
 3                              LAFAYETTE, LA 70502-3668

 4
                                THE DUDENHEFER LAW FIRM, LLC
 5                              BY:  FRANK C. DUDENHEFER, JR., ESQ.
                                601 POYDRAS ST., SUITE 2655
 6                              NEW ORLEANS, LA 70130-6004

 7
                                DUMAS & ASSOCIATES LAW FIRM
 8                              BY:  WALTER C. DUMAS, ESQ.
                                LAWYER'S COMPLEX
 9                              1261 GOVERNMENT STREET
                                P.O. BOX 1366
10                              BATON ROUGE, LA 70821-1366

11
                                FAYARD & HONEYCUTT
12                              BY:  CALVIN C. FAYARD, JR., ESQ.
                                519 FLORIDA AVENUE, S.W.
13                              DENHAM SPRINGS, LA 70726

14
                                MICHAEL C. PALMINTIER, A PLC
15                              BY:  MICHAEL C. PALMINTIER, ESQ.
                                     JOSHUA M. PALMINTIER, ESQ.
16                              618 MAIN STREET
                                BATON ROUGE, LA 70801-1910
17

18                              LAW OFFICE OF ELWOOD C. STEVENS, JR.
                                BY:  ELWOOD C. STEVENS, JR., ESQ.
19                              1205 VICTOR II BLVD.
                                P. O. BOX 2626
20                              MORGAN CITY, LA 70381

21

22  FOR SUBROGATED INSURERS:    THE GILBERT FIRM, LLC
                                BY:  ELISA T. GILBERT, ESQ.
23                                   BRENDAN R. O'BRIEN, ESQ.
                                325 EAST 57TH ST.
24                              NEW YORK, NY 10022

25
```

— DAILY COPY —

```
 1    ALSO PRESENT:                 MRGO LITIGATION OFFICE
                                    BY:  J. ROBERT WARREN, II, ESQ.
 2                                       ASHLEY E. PHILEN, ESQ.
                                    600 CARONDELET STREET, SUITE 604
 3                                  NEW ORLEANS, LA 70130

 4
      FOR THE DEFENDANT:            U. S. DEPARTMENT OF JUSTICE
 5                                  TORTS BRANCH
                                    BY:  DANIEL MICHAEL BAEZA, JR.
 6                                       JEFFREY PAUL EHRLICH, ESQ.
                                         TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                       MICHELE S. GREIF, ESQ.
                                         CONOR KELLS, ESQ.
 8                                       PAUL MARC LEVINE, ESQ.
                                         JAMES F. MCCONNON, JR., ESQ.
 9                                       KARA K. MILLER, ESQ.
                                         RUPERT MITSCH, ESQ.
10                                       PETER G. MYER, ESQ.
                                         ROBIN D. SMITH, ESQ.
11                                       SARAH K. SOJA, ESQ.
                                         RICHARD R. STONE, SR., ESQ.
12                                       JOHN WOODCOCK, ESQ.
                                    P. O. BOX 888
13                                  BENJAMIN FRANKLIN STATION
                                    WASHINGTON, DC 20044
14

15
      OFFICIAL COURT REPORTER:     KAREN A. IBOS, CCR, RPR, CRR
16                                 500 POYDRAS STREET, ROOM HB-406
                                   NEW ORLEANS, LOUISIANA 70130
17                                 (504) 589-7776

18
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
19    PRODUCED BY COMPUTER.

20

21

22

23

24

25
```

—— DAILY COPY ——

P R O C E E D I N G S

(WEDNESDAY, APRIL 29, 2009)

(MORNING SESSION)

09:37:24       THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

09:37:28       THE COURT:  GOOD MORNING.  I INTEND TO TAKE UP THIS

09:37:32 MATTER, AND I KNOW IT'S SHORT NOTICE, EVERYTHING HAS BEEN SHORT

09:37:35 NOTICE, BUT THIS TRIAL IS GOING TO BE GOING ON.  IN THE EVENT THAT I

09:37:40 FIND THAT THE ATTORNEYS ARE NOT DISQUALIFIED, I HAVE REVIEWED THE

09:37:43 MATTER, I DO NOT THINK -- AND I THINK THAT IT CAN BE TAKEN UP NOW.

09:37:50       THE GOVERNMENT I KNOW JUST GOT THE OPPOSITION, IT CAN GET

09:37:54 ANYTHING IT WANTS TO SAY ON THE RECORD QUICKLY NOW.

09:37:58       MR. SMITH:  YOUR HONOR, WE WOULD LIKE A HALF AN HOUR TO

09:38:00 STUDY THEIR PAPERS.

09:38:01       THE COURT:  HALF AN HOUR IS A PRETTY REASONABLE REQUEST.

09:38:04 I AM GOING TO GRANT IT, A REASONABLE REQUEST I MUST GRANT.

09:38:09       MR. SMITH:  THANK YOU.

09:38:11       THE COURT:  DONE.  HALF AN HOUR, WE WILL COME BACK AT TEN.

09:38:14       THE DEPUTY CLERK:  ALL RISE, PLEASE.

09:38:16     (WHEREUPON, A RECESS WAS TAKEN.)

10:05:17     (OPEN COURT.)

10:05:27       THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

10:05:32       THE COURT:  OKAY.  GOOD MORNING.  LET ME START OUT BY

10:05:38 SAYING HOW THE HEARING WILL BE CONDUCTED, AND IT'S THE COURT'S VIEW

10:05:46 THAT THE GOVERNMENT HAS THE BURDEN.  I AM GOING TO LET THE

DAILY COPY

10:05:48 1    GOVERNMENT GO FIRST AND I AM GOING TO LET THE GOVERNMENT REBUT IF IT

10:05:53 2    WISHES TO REBUT.  IT'S GOING TO BE DONE BY NOON AND RULED ON BY

10:06:00 3    NOON.

10:06:03 4          FIRST, LET ME TELL YOU THE COURT'S CONCERNS.  SOME OF THEM

10:06:11 5    ARE IN AN E-MAIL WE SENT LAST NIGHT ABOUT 11 O'CLOCK OR SO, WHICH

10:06:15 6    WILL BE CONVERTED TO A MINUTE ENTRY THAT WE E-MAILED TO THE PARTIES.

10:06:21 7          BUT THIS IS, AS WE ALL KNOW, A HIGHLY COMPLEX LEGAL AND

10:06:30 8    FACTUAL CASE.  IT HAS BEEN CERTAINLY THE COURT'S EMPHASIS, AND THIS

10:06:39 9    MOTION, HOWEVER IT'S RESOLVED, WILL NOT HAVE ANY AFFECT ON THE

10:06:42 10   COURT'S ANALYSIS OF THE VERY COMPLEX LEGAL AND FACTUAL ISSUES IN

10:06:50 11   THIS CASE.  JUST TO LET EVERYONE KNOW, NO MATTER WHAT THE OTHER

10:06:57 12   ASPECTS OF IT IS.

10:06:59 13         LET'S TRY AS BEST WE CAN, INCLUDING ME, TO KEEP THIS AS

10:07:09 14   IMPERSONAL AS POSSIBLE UNDER THE CIRCUMSTANCES.

10:07:14 15         HERE IS THE COURT'S PROBLEM:  ONE, THE COURT IS NOT AWARE

10:07:21 16   OF THE SPECIFIC FACTS RELATING TO THIS ALLEGED CONFLICT OF INTEREST,

10:07:29 17   EXCEPT TO THE EXTENT THAT I'VE NOW READ THE GOVERNMENT'S MOTION AND

10:07:33 18   THE PLAINTIFFS' RESPONSE.  BUT I AM VERY, VERY, VERY AWARE OF THE

10:07:40 19   VARIOUS LAWSUITS INVOLVING THE KATRINA LITIGATION, OBVIOUSLY.

10:07:48 20         I HAVE REVIEWED THE JOINT DEFENSE AGREEMENT, AND IN ORDER

10:07:55 21   FOR THE CANNONS OF ETHICS TO TO APPLY, MS. SHERMAN -- IS THAT THE

10:08:00 22   CORRECT PRONUNCIATION -- SHERMAN MUST BE, IN ESSENCE THE GOVERNMENT

10:08:05 23   MUST BE HER CLIENT THE WAY I READ IT, AND CLEARLY ON THE JOINT

10:08:09 24   DEFENSE AGREEMENT THE GOVERNMENT IS NOT.  SO I AM BEFUDDLED BY THAT.

10:08:15 25   THIS SPECIFIC PARAGRAPH 17 SPECIFICALLY OF THE JOINT DEFENSE

10:08:22 1   AGREEMENT MAKES IT CLEAR, MANIFESTS THAT NO ONE IS ANYBODY'S CLIENT,

10:08:27 2   OTHER THAN THE ONE THEY REPRESENT IN THE AGREEMENT.

10:08:31 3         RULE 1.9, THE INTEREST INVOLVED HAS TO BE ADVERSE TO THE

10:08:38 4   CLIENT WHICH IS AT THE TIME WAS JEFFERSON PARISH.  SO I AM CONCERNED

10:08:42 5   ABOUT THAT.  I DIDN'T SEE IT IN THE MOTION.

10:08:45 6         TWO:  I AM A LITTLE LESS CONCERNED ABOUT PARAGRAPH 20

10:08:49 7   WHICH DEALS WITH CONFLICT OF INTEREST.  THE PLAINTIFFS MAY ARGUE IT,

10:08:57 8   IT'S NOT AS CLEAR TO ME AS THE CLIENT PROVISION BUT IT INTERESTS ME.

10:09:04 9   WE MAY NOT BE GETTING INTO THE FACTS YET, THAT'S FOR YOU TO TELL ME.

10:09:08 10  AND AS STATED IN MY E-MAIL LAST NIGHT, I AM INTERESTED IN

10:09:14 11  THE TIMING OF THIS.  IT WAS HARD TO RECONSTRUCT THIS LAST NIGHT, BUT

10:09:21 12  WE WENT THROUGH ALL OF THE DEPOSITION NOTICES AND SAW WHO ATTENDED

10:09:28 13  AND IT WAS A BUNCH, ALL WHO ATTENDED AND IT APPEARS -- BECAUSE SOME

10:09:34 14  OF THE PAGES WERE MISSING -- THEY WERE SKEWED IN THE SUBMISSION SO

10:09:40 15  IT WAS HARD TO ASCERTAIN UNDER SOME WHO APPEARED ON BEHALF OF THE

10:09:42 16  GOVERNMENT.  I SIMPLY AM TRYING TO FIND OUT WHEN THE ALLEGED

10:09:46 17  CONFLICT WAS NOTED BY THE GOVERNMENT OR SHOULD HAVE BEEN NOTED BY

10:09:52 18  THE GOVERNMENT.  AND I NOTICED THERE'S SOMETHING IN THE PLAINTIFFS'

10:09:56 19  BRIEF ABOUT THAT, THOSE ARE SIGNIFICANT ISSUES.

10:09:59 20  AND THEN IN THE FINAL ANALYSIS, OF COURSE, WHAT PORTION OF

10:10:03 21  THE JOINT DEFENSE AGREEMENT, WHAT CONFIDENT -- IF RELEVANT, WHAT

10:10:10 22  PORTION -- WHAT INFORMATION COVERED BY THE JOINT DEFENSE AGREEMENT

10:10:15 23  WAS DIVULGED TO MS. SHERMAN AND TO WHAT EXTENT, AS I STATED, THAT

10:10:23 24  SHE SHARED THAT, IF ANY, WITH MR. ANDRY -- I NOTICE THERE IS AN

10:10:27 25  AFFIDAVIT TO THE EFFECT THAT IT WAS NOT, BUT I WANT TO HEAR IT.  AND

10:10:32  1    DID IT GO FURTHER UP THE LINE TO ANY OTHER PLAINTIFFS' ATTORNEYS.

10:10:37  2            THOSE ARE THE THINGS I AM INTERESTED IN.  AND WE'RE GOING

10:10:40  3    TO DO THIS IN A COMPRESSED FASHION.  THIS IS THE SEVENTH DAY OF THIS

10:10:45  4    TRIAL.  I SPENT A MONTH, I MEAN NIGHT AND DAY READING ALL OF THESE,

10:10:54  5    READING THE DEPOSITION, SYNOPSIZING THEM MYSELF; READING THE EXPERT

10:10:59  6    REPORTS, SYNOPSIZING IT MYSELF.  WE HAVE A LOT ELSE GOING ON AND IT

10:11:04  7    IS IN THE INTEREST OF JUSTICE THAT THIS CASE GO TO TRIAL, GET

10:11:10  8    DECIDED EVENTUALLY.  IT'S GOING TO BE A VERY DIFFICULT DECISION

10:11:12  9    REQUIRING A LOT OF TIME ON THE COURT, AND GET TO THE COURT OF

10:11:15 10    APPEAL, WHICH IS MY JOB.  THIS CAN GO RIGHT ALONG WITH IT.

10:11:20 11            BUT I DARE SAY, WHEN ALL IS SAID AND DONE THAT THE ISSUES

10:11:27 12    FOR THE COURT OF APPEAL, THE MORE VEXING ISSUES, HOWEVER I RULE FOR

10:11:31 13    THE DEFENDANT OR FOR THE PLAINTIFF, DISCRETIONARY FUNCTION

10:11:35 14    EXCEPTION, 702C ISSUES, AND THE SCIENCE WHICH WE HAVE AND THE

10:11:43 15    FACTUAL TESTIMONY AND EXPERT TESTIMONY, WHICH WE HAVE BEEN HAVING

10:11:49 16    THUS FAR AND WHICH WE WILL HAVE IN THE DAYS TO COME, HOPEFULLY

10:11:54 17    WITHOUT TOO MANY MORE INTERRUPTIONS LIKE THIS OR ANYMORE HOPEFULLY.

10:11:58 18            BUT WITH ALL OF THAT SAID, I WOULD LIKE THE GOVERNMENT TO

10:12:04 19    START OFF AND THEN WE'LL HAVE THE PLAINTIFFS AND THE GOVERNMENT WITH

10:12:10 20    REBUTTAL.

10:12:12 21            MR. SMITH:  GOOD MORNING.  THANK YOU, YOUR HONOR.

10:12:18 22            THE COURT:  YES, SIR.

10:12:19 23            MR. SMITH:  THE UNITED STATES ENTERED INTO A JOINT DEFENSE

10:12:24 24    AGREEMENT WITH JEFFERSON PARISH, AMONG OTHER PARTIES, TO THE IN RE:

10:12:29 25    KATRINA CANAL BREACHES --

10:12:31 1          THE COURT:  MR. SMITH, I AM SO SORRY TO INTERRUPT YOU

10:12:34 2     RIGHT NOW.  I THOUGHT I HAD THE AGREEMENT ON MY DESK, THE JOINT

10:12:37 3     DEFENSE AGREEMENT, IT WAS SUPPOSED TO BE HERE AND IT'S NOT.  AND

10:12:48 4     IT'S THE COURT'S FAULT.  I HAD IT IN MY HAND AND DIDN'T BRING IT

10:12:53 5     OUT.  THIS IS GOOD BECAUSE I HAD UNDERLINED SOMETHING.

10:12:58 6          ALL RIGHT.  YES, SIR.  I'M SORRY, GO AHEAD.

10:13:00 7          MR. SMITH:  YES, YOUR HONOR.  THANK YOU.  WE ENTERED INTO

10:13:02 8     A JOINT DEFENSE AGREEMENT WITH JEFFERSON PARISH AND OTHER PARTIES TO

10:13:08 9     THE IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION.  WE

10:13:13 10    ENTERED INTO A JOINT DEFENSE AGREEMENT IN THE LEVEE CATEGORY AND

10:13:16 11    ALSO WITH CERTAIN DEFENDANTS IN THE MRGO CATEGORY.  THE JOINT

10:13:20 12    DEFENSE AGREEMENT THAT'S RELEVANT HERE IS THE ONE THAT WAS ENTERED

10:13:24 13    INTO WITH OTHER PARTIES WHO WERE DEFENDANTS IN THE LEVEE TRACK OF

10:13:30 14    THIS CONSOLIDATED LITIGATION.

10:13:31 15         THE PURPOSE OF THOSE JOINT DEFENSE AGREEMENTS WAS TO ALLOW

10:13:36 16    THE DEFENDANTS TO SHARE CONFIDENCES AND SECRETS AND CONFIDENTIAL

10:13:42 17    INFORMATION WITH OTHER DEFENDANTS SO THAT WE COULD BENEFIT FROM EACH

10:13:46 18    OTHER'S INFORMATION AND KNOWLEDGE IN PREPARING OUR OWN DEFENSES IN

10:13:51 19    THIS CASE AND IN OTHERS.  AND AS A RESULT OF THAT JOINT DEFENSE

10:13:57 20    AGREEMENT, THERE WERE NUMEROUS STRATEGY SESSIONS THAT WERE HELD

10:14:01 21    INVOLVING COUNSEL FOR VARIOUS DEFENDANTS, INCLUDING JEFFERSON

10:14:06 22    PARISH.  AND INCLUDING SPECIFICALLY MS. KEA SHERMAN, WHOSE

10:14:13 23    PARTICIPATION AS A REPRESENTATIVE, A LAWYER REPRESENTING JEFFERSON

10:14:17 24    PARISH IS WHAT PROMPTED THE DEFENDANTS'S MOTION.

10:14:24 25         WE'RE AWARE OF JUST ONE AT THE PRESENT TIME, OF JUST ONE

10:14:31  1   STRATEGY SESSION INVOLVING THE CLASS ACTION EXPERT THAT WAS A JOINT

10:14:35  2   EXPERT FOR THE UNITED STATES AND OTHER DEFENDANTS THAT WAS ATTENDED

10:14:40  3   BY MS. SHERMAN.  THERE MAY HAVE BEEN OTHERS.  WE DON'T KNOW HOW MANY

10:14:46  4   STRATEGY SESSIONS SHE MAY HAVE ATTENDED OR OTHER ATTORNEYS FROM THE

10:14:49  5   LAW FIRM THAT EMPLOYED HER MAY HAVE ATTENDED.  AND WE DO NOT

10:14:54  6   BELIEVE -- I KNOW THE COURT THINKS THAT IT CAN RESOLVE THIS MATTER

10:14:58  7   TODAY, BUT WE DO NOT BELIEVE THAT THERE'S BEEN AN ADEQUATE

10:15:01  8   OPPORTUNITY FOR US TO DEVELOP THE RECORD CONCERNING ANY POSSIBLE

10:15:05  9   PREJUDICE THAT THE UNITED STATES MAY HAVE INCURRED AS A RESULT OF

10:15:09 10   MS. SHERMAN'S CHANGE IN EMPLOYMENT.

10:15:11 11        THE COURT:  WOULD YOU START OFF BY TELLING ME WHY YOU'RE

10:15:13 12   HER CLIENT UNDER RULE 1.9?

10:15:16 13        MR. SMITH:  WE ARE NOT HER CLIENT, YOUR HONOR.

10:15:17 14        THE COURT:  HOW DOES 1.9 APPLY?  HOW DO THE RULES OF

10:15:20 15   ETHICS APPLY?

10:15:22 16        MR. SMITH:  YOUR HONOR, WE THINK THAT SHE AND MR. ANDRY,

10:15:25 17   HIS FIRM ARE DISQUALIFIED BY VIRTUE OF THE JOINT DEFENSE AGREEMENT,

10:15:30 18   NOT BECAUSE SHE REPRESENTED THE UNITED STATES --

10:15:33 19        THE COURT:  YOU MENTIONED 1.9 IN YOUR BRIEF AND THAT

10:15:36 20   DOESN'T SEEM TO APPLY.  DO YOU HAVE ANY CASES ON A JOINT DEFENSE

10:15:40 21   AGREEMENT?

10:15:40 22        MR. SMITH:  I DO HAVE A CASE, YOUR HONOR, IT'S A FIFTH

10:15:40 23   CASE.

10:15:40 24        THE COURT:  OKAY.  WHAT'S THAT?

10:15:42 25        MR. SMITH:  WILSON P. ABRAHAM CONSTRUCTION CORPORATION V.

DAILY COPY

10:15:46  1   <u>ARMCO STEEL CORPORATION</u>, 559 F.2D 250.

10:15:53  2              THE COURT:  OKAY.  LET ME GET THAT.  559 F.2D --

10:15:57  3              MR. SMITH:  250, FIFTH CIRCUIT, 1977.  QUOTING FROM PAGE

10:16:02  4   253:  "JUST AS AN ATTORNEY WOULD NOT BE ALLOWED TO PROCEED AGAINST

10:16:07  5   HIS FORMER CLIENT IN A CAUSE OF ACTION SUBSTANTIALLY RELATED TO THE

10:16:11  6   MATTERS IN WHICH HE PREVIOUSLY REPRESENTED THAT CLIENT, AN ATTORNEY

10:16:16  7   SHOULD ALSO NOT BE ALLOWED TO PROCEED AGAINST A CODEFENDANT OF A

10:16:19  8   FORMER CLIENT WHEREIN THE SUBJECT MATTER OF THE PRESENT CONTROVERSY

10:16:24  9   IS SUBSTANTIALLY RELATED."

10:16:26 10              THE COURT:  IS THERE A CODEFENDANT HERE NAMED JEFFERSON

10:16:30 11   PARISH?

10:16:30 12              MR. SMITH:  THERE IS, YOUR HONOR.

10:16:31 13              THE COURT:  IN THE ROBINSON CASE?

10:16:33 14              MR. SMITH:  NO, IN THE <u>IN RE:  KATRINA CANAL BREACHES</u>

10:16:36 15   <u>CONSOLIDATED</u> --

10:16:36 16              THE COURT:  MR. SMITH, THAT IS SO FASCICLED, YOU KNOW

10:16:39 17   BETTER THAN THAT.  I HAVE RESPONDERS IN THAT, I HAVE DREDGERS IN

10:16:42 18   THAT, AND WHAT DO THEY HAVE TO DO WITH THE ISSUES IN THIS CASE?

10:16:47 19              MR. SMITH:  YOUR HONOR --

10:16:47 20              THE COURT:  LET ME FINISH.  THIS IS AN UMBRELLA WITH EIGHT

10:16:50 21   CATEGORIES.  MANY OF THEM ARE ONLY HERE BECAUSE THEY HAVE INSURANCE,

10:16:56 22   BECAUSE OF THE DISCOVERY REFERENCED LEVEE BREACHES.  THE LEVEE

10:16:58 23   BREACHES AT THE 17TH STREET CANAL DON'T HAVE A WIT TO DO WITH, YOU

10:17:06 24   CAN MAYBE EDUCATE ME, WITH THIS CASE.

10:17:06 25              SO BECAUSE IT'S CONSOLIDATED, SIR, IT DOES NOT MAKE IT

10:17:13 1   SUBSTANTIALLY RELATED.  IT WAS CONSOLIDATED, MANY DIFFERENT TYPES OF

10:17:15 2   LITIGATION BARELY RELATED TO EACH OTHER AT ALL, IF AT ALL, WERE

10:17:20 3   INCLUDED UNDER THIS UMBRELLA, WISELY OR NOT, TO ACCOMMODATE AND

10:17:25 4   ASSIST THE PARTIES AND THE COURT IN CERTAIN DISCOVERY ISSUES.

10:17:31 5          SO DON'T JUST TELL ME 4182, THAT IS FASCICLED.  TELL ME

10:17:37 6   WHY THEY'RE SUBSTANTIALLY RELATED.  YOU GAVE ME A CASE -- WHICH I

10:17:41 7   DON'T RECALL WAS IN THE BRIEF.  IF IT WAS, I MISSED IT -- ABOUT

10:17:45 8   JOINT DEFENSE AGREEMENTS BECAUSE I AM INTERESTED IN THAT BECAUSE THE

10:17:47 9   CANNONS OF ETHICS DON'T SEEM TO APPLY TO THIS PARTICULAR INCIDENT.

10:17:51 10         BUT GO AHEAD AND YOU WERE READING A QUOTE.  I DON'T KNOW

10:17:55 11  IF YOU FINISHED.

10:17:56 12         MR. SMITH:  YES, YOUR HONOR, JUST TO CONTINUE.  "THE

10:17:57 13  ATTORNEY SHOULD NOT BE ALLOWED TO PROCEED AGAINST A CODEFENDANT OF A

10:18:01 14  FORMER CLIENT WHEREIN THE SUBJECT MATTER OF THE PRESENT CONTROVERSY

10:18:05 15  IS SUBSTANTIALLY RELATED TO THE MATTERS IN WHICH THE ATTORNEY WAS

10:18:09 16  PREVIOUSLY INVOLVED, AND WHEREIN CONFIDENTIAL EXCHANGES OF

10:18:14 17  INFORMATION TOOK PLACE BETWEEN THE VARIOUS CODEFENDANTS IN

10:18:17 18  PREPARATION OF A JOINT DEFENSE."

10:18:18 19         THE COURT:  OKAY.

10:18:19 20         MR. SMITH:  IN RESPONSE TO YOUR HONOR'S COMMENTS, I WOULD

10:18:23 21  RESPECTFULLY SUGGEST THAT THIS IS NOT A FASCICLE ARGUMENT THAT I AM

10:18:29 22  PRESENTING HERE.

10:18:30 23         THE COURT:  I AM NOT SAYING THAT IS, WHEN YOU USE 4182

10:18:33 24  IT'S FASCICLED.  YOU TELL ME HOW -- WHAT WAS RELATED TO THE CLASS

10:18:38 25  CERTIFICATION.  TELL ME WHAT WAS RELATED -- LET ME FINISH MY

10:18:41 1    QUESTION, SIR -- WHAT WAS RELATED TO THE CLASS CERTIFICATION ISSUE

10:18:44 2    IN LEVEE, HOW IT RELATES TO THE ISSUES I'VE BEEN HEARING HERE IN THE

10:18:48 3    MRGO HOW IT'S SUBSTANTIALLY RELATED, AND YOU TELL ME HOW THAT IS.

10:18:52 4          THAT'S A LEGITIMATE QUESTION AND THAT'S CERTAINLY NOT

10:18:55 5    FASCICLED IF IT'S SUBSTANTIALLY RELATED.

10:18:57 6          MR. SMITH:  YOUR HONOR, I WOULD LIKE TO READ TO YOU FROM

10:19:00 7    THE PLAINTIFFS' RESTATED LEVEE MASTER CONSOLIDATED CLASS ACTION

10:19:04 8    COMPLAINT.

10:19:05 9          THE COURT:  OKAY.

10:19:06 10         MR. SMITH:  NOT THE COMPLAINT IN THIS ACTION, BUT THE

10:19:08 11   COMPLAINT IN THE LEVEE CATEGORY, AND IT WAS IN THE LEVEE CATEGORY

10:19:13 12   THAT THIS JOINT DEFENSE AGREEMENT WAS EXECUTED.

10:19:15 13         THE COURT:  I UNDERSTAND THAT.  I AM SAYING -- I

10:19:17 14   UNDERSTAND THAT.  I GOT THAT.

10:19:20 15         MR. SMITH:  I AM READING FROM THE INTRODUCTION TO THIS

10:19:22 16   LEVEE MASTER CLASS ACTION RESTATED CONSOLIDATED COMPLAINT.  IT'S

10:19:28 17   PARAGRAPH ONE, MIDWAY THROUGH THE FIRST PARAGRAPH, "THROUGH THE

10:19:32 18   FAULT AND NEGLIGENCE OF DEFENDANTS, KATRINA'S SURGE RUSHED FROM THE

10:19:37 19   GULF OF MEXICO THROUGH THE MISSISSIPPI GULF OUTLET (MRGO) AND

10:19:42 20   CONVERGED WITH ANOTHER STORM SURGE RUSHING FROM LAKE BORGNE THROUGH

10:19:48 21   THE GIWW.  THE COMBINED SURGE WAS THEN FUNNELED INTO THE JOINT

10:19:52 22   MRGO-GIWW, OTHERWISE KNOWN AS REACH ONE OF THE MRGO, INUNDATING THE

10:19:58 23   HEART OF THE CITY OF NEW ORLEANS FROM THE EAST BY OVERWHELMING

10:20:01 24   LEVEES, FLOODWALLS, AND/OR SPOIL BANKS THAT HAD BEEN NEGLIGENTLY

10:20:05 25   DESIGNED, CONSTRUCTED, MAINTAINED, UNDERMINED, WEAKENED, INSPECTED

10:20:09  1  AND/OR OPERATED BY THE DEFENDANTS.

10:20:14  2          YOUR HONOR, I RESPECTFULLY SUGGEST THAT THAT'S WHAT YOUR

10:20:17  3  HONOR HAS BEEN HEARING EVIDENCE ABOUT FOR THE LAST SEVEN-DAYS.

10:20:19  4          THE COURT:  WELL, SIR, WE HAVE -- YOU'RE TELLING ME THAT

10:20:27  5  WE'RE BEING -- THAT THE MRGO WAS INVOLVED IN -- THE FAILURE OF THE

10:20:34  6  MRGO WAS INVOLVED IN -- FIRST, WAS IT INVOLVED IN THE CLASS

10:20:39  7  CERTIFICATION ISSUE --

10:20:40  8          MR. SMITH:  YES.

10:20:41  9          THE COURT:  -- THE FAILURE OF THE MRGO.

10:20:43 10          MR. SMITH:  YOUR HONOR, THE SPECIFIC --

10:20:44 11          THE COURT:  EXCUSE ME, WHEN I SAY THE FAILURE OF THE MRGO,

10:20:47 12  THE ALLEGED DEFECTS OF THE MRGO.

10:20:49 13          AS I RECALL THE LEVEE CASE, WHICH YOU GOT OUT ON 702C

10:20:53 14  IMMUNITY, IT INVOLVED THE OUTFALL CANALS, THAT'S WHY YOU'RE NOT IN

10:20:57 15  THE LEVEE CASE ANYMORE.  IT DIDN'T INVOLVE THE MRGO.  SO YOU CAN

10:21:00 16  READ THAT HEADING BUT I KNOW WHAT THE CASE IS ABOUT AND YOU KNOW

10:21:03 17  WHAT IT'S ABOUT, SO PLEASE UNDERSTAND THAT WHAT YOU JUST READ

10:21:11 18  DOESN'T -- THEN WHY ARE YOU STILL -- WHY ARE YOU NOT IN THE LEVEE

10:21:13 19  CASE IF IT INVOLVES THE MRGO BECAUSE I FOUND THE MRGO, RIGHT OR

10:21:17 20  WRONG, 702C IMMUNITY DIDN'T APPLY.

10:21:20 21          SO YOU TELL ME HOW READING ME A BLURB FROM THERE HOW

10:21:24 22  THAT'S SUBSTANTIALLY RELATED TO THIS CASE.

10:21:27 23          PLUS, I'D LIKE TO EVENTUALLY HEAR AND I AM GOING TO LET

10:21:31 24  YOU, IF YOU WANT, PUT HER ON THE STAND AND ASK HER WHAT CONFIDENTIAL

10:21:34 25  INFORMATION SHE RECEIVED RELATING, RELATING TO THE ISSUES IN THIS

10:21:39 1    CASE THAT WERE CONFIDENTIAL.  IN THIS ROBINSON CASE.  AND THEN WE'LL

10:21:43 2    GO FROM THERE.

10:21:45 3          OKAY.  I UNDERSTAND YOU READ THE BLURB, I KNOW WHAT IT WAS

10:21:48 4    ABOUT.  AND YOU'RE NOT IN THE CASE ANYMORE BECAUSE YOU'RE DISMISSED,

10:21:52 5    YOU'RE NOT IN IT, YOU WON.  SO FAR.  AND IF THE MRGO WERE INVOLVED,

10:22:03 6    YOU WOULDN'T.  SO THAT'S ABOUT THE OUTFALL CANALS.  GO AHEAD, SIR.

10:22:06 7          MR. SMITH:  YOUR HONOR MAY RECALL THAT THERE WERE

10:22:10 8    ALLEGATIONS CONCERNING THIS PARAGRAPH THAT I JUST READ TO YOU AND

10:22:14 9    THAT THOSE ALLEGATIONS WERE TRANSFERRED FROM THE LEVEE MASTER

10:22:18 10   COMPLAINT INTO THE MRGO.  SO THOSE ALLEGATIONS WERE PART OF THE

10:22:24 11   LEVEE SUIT AT THE TIMES THAT MS. SHERMAN WAS REPRESENTING JEFFERSON

10:22:30 12   PARISH.

10:22:30 13         THE COURT:  I DON'T KNOW THOSE TIMES.

10:22:32 14         MR. SMITH:  AND THOSE CLAIMS ARE THE CLAIMS THAT ARE BEING

10:22:38 15   LITIGATED NOW IN THIS CASE.

10:22:38 16         THE COURT:  OKAY.

10:22:39 17         MR. SMITH:  I WOULD FURTHER SUGGEST, YOUR HONOR, THERE'S A

10:22:43 18   SECOND CASE I WOULD LIKE YOUR HONOR TO CONSIDER SINCE YOU'VE ASKED

10:22:47 19   FOR CASES.

10:22:47 20         THE COURT:  OKAY.

10:22:48 21         MR. SMITH:  IN RE:  GABAPENTIN PATENT LITIGATION,

10:23:01 22   407 F.SUPP.2D 607, THAT'S THE DISTRICT OF NEW JERSEY, 2005.

10:23:08 23         THE COURT:  OKAY.

10:23:10 24         MR. SMITH:  AND AT PAGES 613 AND 614, THE COURT SETS FORTH

10:23:15 25   ITS HOLDING STATING THAT:  "BECAUSE THE TERMS OF THE JOINT DEFENSE

10:23:21 1    AGREEMENT REVEAL A CLEAR INTENT THAT ANY VOLUNTARILY SHARED

10:23:27 2    INFORMATION WOULD REMAIN CONFIDENTIAL AND BE PROTECTED, THE

10:23:33 3    NON-CLIENT COULD ASSERT A CONFLICT OF INTEREST."

10:23:36 4          SO IN RESPONSE TO YOUR HONOR'S OBSERVATION, IT'S NOT OUR

10:23:40 5    CONTENTION AND WE DON'T THINK THE FACTS SUPPORT A FINDING THAT

10:23:44 6    MS. SHERMAN OR HER FIRM WERE REPRESENTING THE UNITED STATES, BUT OUR

10:23:51 7    ARGUMENT IS BASED UPON THE FACT THAT WE ENTERED INTO THIS JOINT

10:23:55 8    DEFENSE AGREEMENT AND CERTAIN CONFIDENCES WERE SHARED PURSUANT TO

10:23:59 9    THAT JOINT DEFENSE AGREEMENT IN THE UNDERSTANDING THAT THOSE

10:24:02 10   CONFIDENCES WOULD NOT BE SHARED WITH NON-PARTIES TO THE AGREEMENT.

10:24:06 11         THE COURT:  DO YOU AGREE THAT THE CLASS CERTIFICATION

10:24:08 12   ISSUE IN THE MRGO DOESN'T HAVE A WIT TO DO WITH THE ISSUES IN THIS

10:24:12 13   CASE, SIR?  AND IF YOU DON'T AGREE, PLEASE ARTICULATE WHY.

10:24:17 14         MR. SMITH:  I DO DISAGREE, YOUR HONOR.  AND HERE IS THE

10:24:21 15   REASON WHY.  MR. KUHLMEIER OR DR. KUHLMEIER, I AM NOT SURE.

10:24:26 16         THE COURT:  WE'LL CALL HIM DOCTOR.

10:24:28 17         MR. SMITH:  THE EXPERT THAT MS. SHERMAN PARTICIPATED IN

10:24:31 18   HIS PREP SESSION, WAS AN EXPERT IN MODELING INTERNAL FLOODING, AND

10:24:42 19   HE WOULD HAVE BEEN CONCERNED ABOUT INFLOWS FROM THE IHNC, THE SAME

10:24:49 20   SORTS OF FLOODING THAT OCCURRED AS A RESULT OF INFLOWS INTO THE IHNC

10:24:54 21   IN THIS CASE.

10:24:57 22         MY POINT, YOUR HONOR, WOULD BE THE BROADER POINT, I THINK,

10:25:01 23   WHICH IS BECAUSE CONFIDENCES WERE SHARED WITH OTHER MEMBERS OF THE

10:25:07 24   DEFENSE, MEMBERS OF THE JOINT DEFENSE AGREEMENT, OTHER PARTIES TO

10:25:11 25   THE JOINT DEFENSE AGREEMENT, IT WOULD BE IMPOSSIBLE FOR MS. SHERMAN

10:25:16 1  TO KNOW WHETHER SHE RECEIVED CONFIDENTIALLY DISCLOSED INFORMATION

10:25:22 2  FROM OTHER MEMBERS OF THE JOINT DEFENSE AGREEMENT BECAUSE WE -- IT

10:25:25 3  WOULDN'T NECESSARILY HAVE COME DIRECTLY FROM THE UNITED STATES OR

10:25:28 4  FROM AN EMPLOYEE OF THE UNITED STATES OR A WITNESS FOR THE UNITED

10:25:34 5  STATES BECAUSE WE WOULD -- WE'VE TALKED TO OTHER PEOPLE AND THEY

10:25:37 6  TALKED TO OTHER PEOPLE THAT ARE PARTS OF THE JOINT DEFENSE

10:25:40 7  AGREEMENT.

10:25:40 8       THE COURT:  AND EVENTUALLY I HAVE TO DETERMINE HOW THOSE

10:25:43 9  CONFIDENCES RELATE TO WHETHER THEY REACH 2 LEVEES AND THE MRGO

10:25:49 10  FAILED, THE ISSUES BECAUSE OF ONE THING OR ANOTHER, WHETHER NEW

10:25:55 11  ORLEANS EAST WAS INVOLVED, I DON'T RECALL NEW ORLEANS EAST BEING

10:25:57 12  INVOLVED IN THE -- OR JEFFERSON PARISH FOR THAT MATTER.  JEFFERSON

10:26:03 13  PARISH WAS NOT INVOLVED CERTAINLY IN THE MRGO OR ROBINSON.

10:26:08 14       MR. SMITH:  THAT'S TRUE, YOUR HONOR.

10:26:10 15       THE COURT:  ALL RIGHT.  AND WHAT HAPPENED, AND I DON'T

10:26:13 16  REMEMBER, WHAT HAPPENED TO JEFFERSON PARISH IN THE LEVEE LITIGATION?

10:26:19 17  I JUST DON'T REMEMBER.

10:26:20 18       MR. SMITH:  YOUR HONOR, I DON'T KNOW WHETHER THEY WERE

10:26:22 19  ACTUALLY A DEFENDANT IN THE LEVEE CATEGORY.

10:26:24 20       THE COURT:  I DON'T THINK THEY WERE BUT I AM NOT POSITIVE.

10:26:26 21  AND IF YOU DON'T KNOW, THAT'S FINE.

10:26:28 22       MR. SMITH:  WE DID THOUGH CHECK THE DOCKET THIS MORNING

10:26:31 23  AND WE DO KNOW THAT THEY WERE A PARTY IN THIS BROAD CATEGORY.

10:26:35 24       THE COURT:  THEY WERE REMOVED, I KNOW, AND THIS IS -- I AM

10:26:39 25  NOT QUESTIONING YOU HERE, I AM SIMPLY TRYING TO RECREATE MY OWN

DAILY COPY

10:26:43 1   MEMORY BECAUSE WE DIDN'T HAVE TIME, AS YOURSELF, WE HAVE TIME

10:26:46 2   CONSTRAINTS.  AS I RECALL, I WAS TRYING TO FIGURE HOW JEFFERSON

10:26:51 3   PARISH FIGURED INTO THE SCHEME OF THINGS HERE, THE FORMER CLIENT OF

10:26:55 4   MS. SHERMAN.

10:26:55 5          AND AS I RECALL, IT WAS REMOVED FROM -- ONE GROUP OF CASES

10:26:59 6   WERE REMOVED FROM STATE COURT AND WE REMANDED THEM, THEY WERE

10:27:03 7   REMOVED AGAIN AND WE REMANDED THEM.  REMANDED THEM UNDER CAFA.  THEY

10:27:11 8   WERE REMOVED UNDER CAFA AND WE'VE NOW REMANDED IT TWICE.  THAT'S MY

10:27:14 9   RECOLLECTION.

10:27:14 10         NOW, I DON'T REMEMBER WHETHER THEY WERE AN ORIGINAL

10:27:19 11  DEFENDANT -- I KNOW IN THE RESPONDER CASE THEY WERE, BUT I AM NOT --

10:27:23 12  SO THEY WERE PROBABLY UNDER THE UMBRELLA IN THE RESPONDER CASE AND I

10:27:28 13  DISMISSED THEM.

10:27:29 14         MR. SMITH:  I'VE ACTUALLY BEEN HANDED A COUPLE OF CASE

10:27:32 15  NUMBER, CIVIL ACTION NUMBERS.  I THINK THESE WERE CASES THAT FILED

10:27:37 16  BY MR. GAMBLE SO THEY WEREN'T CLASS ACTIONS.

10:27:39 17         THE COURT:  RIGHT.

10:27:40 18         MR. SMITH:  BUT THEY WERE IN THE LEVEE CATEGORY.

10:27:44 19         THE COURT:  THOSE ARE NOW IN JEFFERSON PARISH?

10:27:46 20         MR. SMITH:  I THINK YOUR HONOR -- NO, I THINK YOUR HONOR

10:27:48 21  ACTUALLY GRANTED A MOTION TO DISMISS.

10:27:51 22         THE COURT:  I MAY HAVE.

10:27:52 23         MR. SMITH:  SIMS WAS ONE CASE.

10:27:55 24         THE COURT:  I HONESTLY DON'T REMEMBER.

10:27:57 25         MR. SMITH:  THE CIVIL ACTION NUMBER IS 06-5116.

1687

| | |
|---|---|
| 10:28:34 | 1 |

10:28:34  1    THE COURT:  YES, SIR.  WE ARE TRYING TO GET INFORMATION
10:28:36  2  OURSELVES.
10:28:37  3    MR. SMITH:  I UNDERSTAND, YOUR HONOR.  THE SECOND CASE
10:28:39  4  THAT I BELIEVE THE UNITED STATES AND JEFFERSON PARISH WERE
10:28:44  5  DEFENDANTS IN IS THE DEPASS CASE, D-E --
10:28:49  6    THE COURT:  THAT'S THE ONE, I KNOW THAT WAS REMOVED AND,
10:28:52  7  AS I RECALL, REMOVED AND REMANDED.
10:28:55  8    MR. SMITH:  AND THAT CIVIL ACTION NUMBER IS 06-5127.
10:29:00  9    THE COURT:  I COULDN'T REMAND YOU, SO I MAY BE GETTING --
10:29:05 10  IT'S HARD THERE HAVE BEEN SO MANY.
10:29:06 11    MR. SMITH:  YEAH.  IN THAT CASE, IN THOSE CASES NEGLIGENT
10:29:12 12  CONSTRUCTION, OPERATION AND MAINTENANCE OF THE IHNC WAS ALLEGED, AS
10:29:17 13  WELL AS THE SPECIFIC ALLEGATION THAT COMPROMISE OF A PORTION OF THE
10:29:23 14  FLOOD CONTROL SYSTEM REFERENCED DUE TO ITS PROXIMITY TO THE MRGO.
10:29:29 15    THE COURT:  DO YOU KNOW WHEN THE COURT, YOU MAY HAVE THE
10:29:34 16  DATE, WHEN THE COURT SEPARATED THE MRGO FROM THE LEVEE, ANYTHING
10:29:45 17  RELATING TO THE MRGO FROM THE LEVEE ALLEGATIONS?
10:29:47 18    MR. SMITH:  I'M SORRY, YOUR HONOR, I DON'T RECALL.
10:29:50 19    THE COURT:  THOSE DATES COULD BECOME IMPORTANT.
10:29:52 20    MR. SMITH:  I JUST DON'T RECALL WHEN THAT OCCURRED.
10:29:55 21    THE COURT:  ALL RIGHT.  AND THE JOINT DEFENSE AGREEMENT
10:29:59 22  WAS ENTERED INTO ON?  LET'S JUST GET THAT.
10:30:08 23    MR. ROY:  YOUR HONOR --
10:30:09 24    THE COURT:  SOMETIME IN JULY OF '07.  AT LEAST THAT'S WHAT
10:30:13 25  IT LOOKS LIKE.

DAILY COPY

10:30:14 1          MR. SMITH:  YES, YOUR HONOR, I THINK THAT'S CORRECT.

10:30:14 2          THE COURT:  OKAY.

10:30:18 3          MR. SMITH:  I THINK THAT -- WHY THOSE CASES ARE

10:30:23 4  SUBSTANTIALLY RELATED TO THIS CASE IS THAT THE FACTS AS WE'VE CITED

10:30:29 5  IN SOME OF THESE SPECIFIC CASES ARE SIMILAR AND INVOLVE SOME OF THE

10:30:32 6  SIMILAR ALLEGATIONS THAT WE'RE LITIGATING IN THIS CASE, THEY BOTH

10:30:37 7  IMPLICATED THE LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION

10:30:43 8  SYSTEM --

10:30:45 9          THE COURT:  THAT DATE WAS JANUARY 30TH, 2008, BY THE WAY,

10:30:48 10 THAT WE SEPARATED OUT.

10:30:50 11         MR. SMITH:  -- THEY BOTH INVOLVED ALLEGATIONS CONCERNING

10:30:53 12 THE MRGO AND THEN THEY RAISED THE SAME SORTS OF JURISDICTIONAL LEGAL

10:30:59 13 DEFENSES THAT WE'VE ASSERTED IN THIS CASE CONCERNING THE

10:31:02 14 DISCRETIONARY FUNCTION EXCEPTION AND FLOOD CONTROL.

10:31:07 15         THE COURT:  NONE OF THAT WOULD BE A SECRET, I DON'T THINK.

10:31:09 16 BUT ANY WAY.

10:31:10 17         MR. SMITH:  I AM NOT SURE THAT WE WOULD HAVE SHARED ANY

10:31:12 18 CONFIDENCES WITH RESPECT TO THOSE WITH OTHER PARTIES EITHER, YOUR

10:31:15 19 HONOR.

10:31:15 20         THE COURT:  THANK YOU.  THAT'S WHAT I'M INTERESTED IN,

10:31:18 21 SHARING CONFIDENCES.

10:31:20 22         MR. SMITH:  I WOULD THINK NOT.

10:31:21 23         THE COURT:  THAT'S WHAT IMPLICATES A JOINT DEFENSE

10:31:23 24 AGREEMENT IF CONFIDENCE WAS SHARED, I UNDERSTAND.

10:31:25 25         MR. SMITH:  AND MANY OF THE WITNESSES IN THIS CASE WERE

10:31:29 1    ALSO WITNESSES IN THE LEVEE AND THE MRGO CATEGORIES AS WELL.  AND I

10:31:35 2    THINK FRANKLY MS. SHERMAN'S CONTINUED ATTENDANCE AT THE DEPOSITIONS

10:31:41 3    THAT WERE TAKEN IN ROBINSON IN THE MRGO CATEGORY AND THE LEVEE

10:31:48 4    CATEGORY SHOW THAT HER CLIENT, AT THAT TIME JEFFERSON PARISH,

10:31:51 5    BELIEVED THERE WAS ENOUGH RELATIONSHIP BETWEEN WHAT WAS GOING ON IN

10:31:55 6    THIS LITIGATION AND THEIR OWN LITIGATION TO WARRANT HAVING HER

10:31:59 7    ATTEND THESE DEPOSITIONS AND MONITOR THEM FOR THEM.

10:32:05 8            THE COURT:  I SEE.  MR. SMITH, AGAIN, I DON'T WANT TO

10:32:13 9    INTERRUPT YOU IN A FLOW.  ONE OF THE THINGS I WAS INTERESTED IS WHEN

10:32:17 10   THE GOVERNMENT BECAME -- YOU SHOULD HAVE KNOWN, AND I'VE LOOKED AT,

10:32:20 11   I HAVE SOME --

10:32:21 12           MR. SMITH:  YEAH, I'LL JUST ADDRESS THAT NOW, YOUR HONOR,

10:32:23 13   SINCE YOU'VE RAISED IT BECAUSE I THINK IT'S A CLEAR ISSUE.

10:32:30 14           THE THING WE'VE DISCOVERED IN TALKING TO THE ATTORNEYS ON

10:32:30 15   OUR TEAM IS THAT SOME ATTORNEYS UNDERSTOOD THAT SHE REPRESENTED

10:32:35 16   JEFFERSON PARISH AND OTHER ATTORNEYS BELIEVED THAT SHE REPRESENTED

10:32:39 17   THE PLAINTIFFS.  BUT NO ONE THAT WE'VE -- AND I'VE ASKED EVERYBODY

10:32:44 18   ON OUR TRIAL TEAM TO TELL ME IF THEY WERE AWARE OF THIS -- NO ONE

10:32:48 19   KNEW THAT SHE REPRESENTED BOTH.  IN OTHER WORDS, IN SOME

10:32:52 20   DEPOSITIONS --

10:32:53 21           THE COURT:  BUT NOT AT THE SAME TIME.

10:32:54 22           MR. SMITH:  NOT AT THE SAME TIME, BUT NOBODY KNEW THAT SHE

10:32:58 23   HAD GONE FROM EMPLOYMENT BY A DEFENDANT IN THESE CASES TO EMPLOYMENT

10:33:04 24   BY THE PLAINTIFFS.

10:33:05 25           THE COURT:  DID YOU HAVE AN OPPORTUNITY TO READ THE

DAILY COPY

```
10:33:06  1    AFFIDAVIT IN THE OPPOSITION?

10:33:08  2             MR. SMITH:  I DID, I DID READ THAT.  AND SPECIFICALLY THE

10:33:11  3    ONE BY MR. SULLIVAN I BELIEVE.

10:33:14  4             THE COURT:  YOUR MEMORY IS BETTER THAN MINE.

10:33:16  5             MR. SMITH:  AND HE REFERENCED SOME JOKING ABOUT THE SWITCH

10:33:20  6    IN MS. SHERMAN'S EMPLOYMENT.  I HAVE TO SAY, YOUR HONOR, IF I WAS

10:33:27  7    PRESENT WHEN THAT JOKING WAS GOING ON, IT WENT OVER MY HEAD.  I

10:33:32  8    DIDN'T KNOW MS. SHERMAN'S NAME, FRANKLY, UNTIL THIS ISSUE WAS

10:33:34  9    BROUGHT TO MY ATTENTION AT TRIAL.  I SAW HER AT DEPOSITIONS.  I

10:33:39 10    DON'T BELIEVE I EVER SPOKE TO HER MYSELF.

10:33:43 11             THE COURT:  YEAH, YOU WERE AT THE DEPOSITION OF WALTER

10:33:46 12    BAUMY --

10:33:48 13             MR. SMITH:  LAST OCTOBER.  YEAH, WE HAD THE 30(B)(6)

10:33:52 14    DEPOSITION OF THE CORPS OF ENGINEERS IN LATE SEPTEMBER AND EARLY

10:33:55 15    OCTOBER, AND SHE WAS IN ATTENDANCE AT THOSE DEPOSITIONS, AND IT WAS

10:33:58 16    OBVIOUS TO ME AT THAT TIME SHE WAS CONFERRING AND CONSULTING WITH

10:34:04 17    PLAINTIFFS' COUNSEL.

10:34:06 18             THE COURT:  I MISSPOKE, SIR.  I SHOULD HAVE SAID GREGORY

10:34:13 19    MILLER.

10:34:15 20             MR. SMITH:  WELL --

10:34:16 21             THE COURT:  AND MR. PODANY AND DR. DAY.

10:34:19 22             MR. SMITH:  THOSE WERE ALL WITNESSES IN THE 30(B)(6)

10:34:22 23    DEPOSITION THAT TOOK PLACE OVER A PERIOD OF I THINK THREE WEEKS.

10:34:25 24             THE COURT:  AND YOU SAW THEN THAT SHE WAS CONFERRING WITH

10:34:28 25    THE PLAINTIFFS.
```

10:34:28  1          MR. SMITH:  RIGHT.  SO I DIDN'T KNOW HER NAME.  SHE WAS --

10:34:32  2  I DIDN'T, FRANKLY I DIDN'T KNOW IF SHE WAS AN ATTORNEY OR PARALEGAL,

10:34:35  3  BUT SHE WAS ASSISTING IN THE TAKING OF THE DEPOSITION.  AND OTHER

10:34:43  4  ATTORNEYS HAD PREVIOUSLY BEEN AT DEPOSITIONS IN WHICH THEY WERE

10:34:45  5  AWARE THAT SHE REPRESENTED JEFFERSON PARISH.  BUT THAT INFORMATION

10:34:50  6  JUST DIDN'T -- IT NEVER CAME TOGETHER UNTIL WE GOT TO TRIAL.

10:34:57  7          THE COURT:  THANK YOU, SIR.

10:34:59  8          MR. SMITH:  AND WHEN WE CAME TO TRIAL, ONE OF THE MEMBERS

10:35:01  9  OF OUR TEAM WENT OVER AND ASKED MS. SHERMAN, JUST COMMENTED THAT HE

10:35:07 10  THOUGHT SHE HAD REPRESENTED JEFFERSON PARISH PREVIOUSLY AND THEN

10:35:11 11  THAT'S HOW WE BASICALLY BECAME AWARE OF THIS, IT WAS DURING THE

10:35:14 12  FIRST WEEK OF TRIAL JUST OUT OF CURIOSITY BECAUSE SHE WAS SEATED ON

10:35:21 13  THE SIDE WITH THE PLAINTIFFS.

10:35:22 14          THE COURT:  HER AFFIDAVIT INDICATED SOMEBODY KNEW IT WELL

10:35:28 15  BEFORE.

10:35:28 16          MR. SMITH:  THE AFFIDAVIT SAYS THERE WAS JOKING GOING ON

10:35:33 17  AND I THINK THAT --

10:35:33 18          THE COURT:  IT CLEARLY IMPLIES KNOWLEDGE.

10:35:36 19          MR. SMITH:  WE CAN FILE DECLARATIONS, YOUR HONOR, IF YOU

10:35:38 20  NEED AFFIDAVITS FROM OUR ATTORNEYS.

10:35:39 21          THE COURT:  I MEAN, UNLESS YOU CONTEST THAT UNLESS YOU SAY

10:35:43 22  SOMEBODY'S FILED SOMETHING FALSELY WITH THIS COURT, WHICH WHOEVER IT

10:35:46 23  IS IS GOING TO BE IN TROUBLE.

10:35:48 24          MR. SMITH:  I JUST THINK IT MAY BE A DIFFERENCE OF

10:35:50 25  MISUNDERSTANDING.  I THINK THE INFERENCE THAT WAS MADE WAS THAT WE

DAILY COPY

10:35:52 1    WERE AWARE OF IT BECAUSE WE WERE PRESENT.  BUT FRANKLY, IT WASN'T

10:35:59 2    IMPORTANT.  I MEAN, TO ME AT THE TIME IF THIS WAS GOING ON I WAS NOT

10:36:02 3    THINKING ABOUT THIS BECAUSE IT JUST WASN'T WHAT I WAS THERE TO DO.

10:36:07 4            THE COURT:  I UNDERSTAND.

10:36:11 5            MR. SMITH:  AS I'VE SAID, I'VE INQUIRED OF OUR WHOLE TEAM

10:36:15 6    AND NO ONE HAS INDICATED THAT THEY WERE AWARE OF THIS BEFORE WE GOT

10:36:19 7    HERE LAST WEEK.

10:36:20 8            THE COURT:  AT THE DEPOSITION AND NOBODY -- THEY DIDN'T GO

10:36:24 9    THROUGH A ROLE CALL WHO YOU REPRESENT, THAT KIND OF THING?

10:36:27 10           MR. SMITH:  YOU KNOW, USUALLY WHAT HAPPENS AT THE

10:36:31 11   DEPOSITION IS THEY SEND AROUND A SIGN-IN SHEET AND PEOPLE SIGN IN.

10:36:34 12   BUT I DON'T KNOW THAT -- I HAVEN'T PAID ATTENTION TO WHO SIGNS IN AS

10:36:39 13   WHOM.

10:36:39 14           THE COURT:  I'M SURE THERE IS A CASE OUT THERE, MR. SMITH,

10:36:41 15   BUT I HAVEN'T FOUND ONE YET, AND I'M SURE THEY'RE OUT THERE, WHERE

10:36:45 16   THE MOTION TO DISQUALIFY WAS FILED THIS LATE INTO THE TRIAL.

10:36:49 17   USUALLY IT'S ON THE EVE OF TRIAL OR BEFORE, AND THERE MAY BE GOOD

10:36:53 18   REASON, I CAN I AM NOT PREJUDGING THAT, I NEED TO HEAR EVERYTHING.

10:36:57 19           MR. SMITH:  I DO THINK --

10:36:59 20           THE COURT:  I DIDN'T FIND A CASE.

10:37:01 21           MR. SMITH:  FRANKLY, IN TRYING TO EXPLAIN THIS TO THE

10:37:03 22   PEOPLE BACK IN WASHINGTON, IN A TYPICAL CASE NOT INVOLVING SO MANY

10:37:07 23   PARTIES YOU KNOW WHO IS IN THE ROOM AND YOU KNOW WHO THEY REPRESENT;

10:37:11 24   BUT IN THIS CASE, AS YOU POINTED OUT, WE'VE GOT INSURERS, WE'VE GOT

10:37:16 25   BARGE PEOPLE, AND PEOPLE SHOW UP FOR THESE DEPOSITIONS TO OBSERVE

10:37:24 1    AND IT'S OF NO INTEREST TO THE ATTORNEY TAKING THE DEPOSITION OR

10:37:26 2    DEFENDING THE DEPOSITION TO KNOW THE SPECIFIC REPRESENTATION OF

10:37:31 3    EVERY PERSON THAT'S IN THE ROOM AT THAT TIME.  WE ALL KNOW THAT

10:37:34 4    THERE WILL BE DIFFERENT PEOPLE SHOWING UP FOR DIFFERENT DEPOSITIONS,

10:37:37 5    AND WE JUST ACCEPT THAT FACT AND GO ON.

10:37:41 6         AND I THINK THAT'S BECAUSE THIS IS SO UNUSUAL IN THAT

10:37:45 7    SENSE, IT SEEMS -- IT SEEMS IMPLAUSIBLE, IF YOU WILL, ON ITS FACE

10:37:50 8    THAT NO ONE COULD HAVE RECOGNIZED OR DID RECOGNIZE THIS BEFORE WE

10:37:54 9    GOT TO TRIAL.  BUT THAT'S MY REPRESENTATION TO THE COURT IS THAT'S

10:37:59 10   MY UNDERSTANDING OF WHAT HAPPENED.

10:38:01 11        THE COURT:  ALL RIGHT.  I ACCEPT THAT.

10:38:19 12        MR. SMITH:  YOUR HONOR, THE LAST POINT I THINK I WOULD

10:38:30 13   LIKE TO ADDRESS IS THE POINT THAT --

10:38:35 14        THE COURT:  WHAT ABOUT -- GO AHEAD, WE MAY BE ON THE SAME

10:38:39 15   PAGE -- PARAGRAPH 20 OF THE JOINT DEFENSE AGREEMENT, THAT'S A

10:38:44 16   CONFLICT OF INTEREST PROVISION, WHAT'S YOUR INTERPRETATION OF IT?

10:38:47 17        MR. SMITH:  YES, YOUR HONOR, THE WAIVER.

10:38:48 18        THE COURT:  YES.

10:38:50 19        MR. SMITH:  I JUST READ IT SPECIFICALLY BECAUSE I THINK

10:38:54 20   YOU HAVE TO GO TO THE TERMS, YOU KNOW, OF THE AGREEMENT TO

10:38:57 21   DETERMINE -- TO INTERPRET IT OBVIOUSLY, IT'S GOVERNED BY ITS TERMS.

10:39:02 22   AND WHAT IT SAYS IN PARAGRAPH 20 IS:  "ANY CONFLICT OF INTEREST

10:39:06 23   ARISING OUT OF THE SHARING OF PROTECTED INFORMATION UNDER THIS

10:39:10 24   AGREEMENT IS WAIVED.  EACH PARTY AND ITS COUNSEL EXPRESSLY WAIVE ANY

10:39:13 25   RIGHT TO SEEK THE DISQUALIFICATION OF COUNSEL FOR ANY OTHER PARTY OR

10:39:18  1   PARTIES TO THIS AGREEMENT IN THE LITIGATION OR IN ANY SUBSTANTIALLY

10:39:22  2   RELATED FUTURE LITIGATION," AND THIS IS THE PHRASE I THINK THAT I

10:39:28  3   THINK IS WHY WE DON'T BELIEVE THIS HAS BEEN WAIVED, "ON THE GROUNDS

10:39:31  4   THAT SUCH ATTORNEY HAS RECEIVED PROTECTED INFORMATION SHARED UNDER

10:39:35  5   THIS AGREEMENT.  THE PARTIES TO THIS AGREEMENT EXPRESSLY AGREE NOT

10:39:41  6   TO SEEK SUCH DISQUALIFICATION OF AN ATTORNEY UNDER ANY APPLICABLE

10:39:45  7   STATUTE OR CODE, WHETHER EXISTING OR PROPOSED, UNDER ANY FORMAL OR

10:39:49  8   INFORMAL RULE OF COURT OR UNDER ANY STATE OR FEDERAL COMMON LAW

10:39:53  9   RULE..."  AND THEN IT GOES ON.

10:39:57 10          BUT THE POINT IS THAT OUR MOTION ASKING THE COURT TO ENTER

10:40:02 11   AN ORDER FOR THE PLAINTIFFS TO SHOW CAUSE WHY MS. SHERMAN AND

10:40:07 12   MR. ANDRY SHOULD NOT BE DISQUALIFIED, WAS NOT BASED UPON THE FACT

10:40:11 13   THAT SHE RECEIVED INFORMATION FROM US UNDER THE JOINT DEFENSE

10:40:20 14   AGREEMENT.  IF SHE WERE STILL REPRESENTING JEFFERSON PARISH AND WE

10:40:21 15   WERE IN LITIGATION WITH JEFFERSON PARISH AND THEY WERE ATTEMPTING TO

10:40:25 16   USE -- WE COULDN'T SAY, OH, THIS FIRM, HER FIRM CAN'T BE -- HAS TO

10:40:31 17   BE RECUSED OR DISQUALIFIED IN THIS LITIGATION BECAUSE WE WERE

10:40:38 18   MEMBERS OF THIS JOINT DEFENSE AGREEMENT.  THE PARTIES ENTERED INTO

10:40:40 19   THESE JOINT DEFENSE AGREEMENTS AWARE THAT OUR INTERESTS WEREN'T

10:40:43 20   PERFECTLY ALIGNED AND THAT AT SOME POINT IN THIS LITIGATION WE VERY

10:40:47 21   WELL MIGHT BE LITIGATING AGAINST EACH OTHER.  AND SO WE NEEDED A

10:40:52 22   PROVISION WRITTEN IN HERE THAT WOULD REFLECT THE REALTY THAT IF

10:40:57 23   LATER ON WE FOUND OURSELVES ON OPPOSITE SIDES OF THE FENCE, ALL OF

10:41:01 24   THESE FIRMS THAT ALL OF THESE PARTIES HAD RETAINED WEREN'T GOING TO

10:41:06 25   BE DISQUALIFIED AND NO LONGER BE ALLOWED.

1695

10:41:08 1          SO IT'S NOT HER RECEIPT OF THE INFORMATION, YOUR HONOR,

10:41:10 2   IT'S THE FACT THAT SHE RECEIVED INFORMATION AND NOW IS EMPLOYED BY

10:41:14 3   THE PLAINTIFFS.

10:41:15 4          AND, FRANKLY, AS YOUR HONOR HAS POINTED OUT, IT'S THE

10:41:21 5   POTENTIAL CONFLICT OF INTEREST THAT ARISES.  WE DON'T KNOW WHETHER

10:41:23 6   SHE RECEIVED ANY OF THIS CONFIDENTIAL INFORMATION, WE DON'T KNOW

10:41:27 7   WHETHER SHE DISCLOSED ANY OF IT TO HER PRESENT EMPLOYER, AND WE

10:41:30 8   DON'T KNOW IF THE PLAINTIFFS HAVE BENEFITED FROM THAT.  BUT I THINK

10:41:36 9   TO KNOW THAT REQUIRES MORE THAN CAN BE ASCERTAINED THIS MORNING.

10:41:40 10         THE COURT:  WE'RE GOING TO HAVE HER UNDER OATH AND

10:41:43 11   ASCERTAIN HER THIS MORNING AND THIS TRIAL IS GOING TO GO ON.  SO...

10:41:47 12         MR. SMITH:  THAT'S ALL I HAVE AT THIS TIME.

10:41:48 13         THE COURT:  I KNOW IT'S TOUGH TO UNDERSTAND, BUT YOU'LL

10:41:51 14   HAVE YOUR SHOT TO QUESTION HER UNDER OATH.  AND IT'S NOT QUITE AS

10:41:54 15   DIFFICULT AS DECIDING WHAT HAPPENED TO THE MRGO AND WE'RE GOING TO

10:41:57 16   DO THIS MORNING.

10:41:58 17         MR. SMITH:  YOUR HONOR, I HAVE SOME MORE CASE, I'M SORRY.

10:42:00 18   I WAS HANDED AND I SHOULD HAVE GIVEN THIS TO YOU EARLIER.

10:42:04 19         THE COURT:  UNFORTUNATELY THEY WEREN'T IN YOUR ORIGINAL

10:42:06 20   MEMORANDUM.  GO AHEAD.  WE DIDN'T HAVE A CHANCE TO LOOK AT THEM LAST

10:42:10 21   NIGHT OR WE WOULD HAVE.

10:42:11 22         MR. SMITH:  I'M SORRY, YES, I WAS JUST TOLD THAT WE LOOKED

10:42:14 23   FOR THESE IN RESPONSE TO THE E-MAIL WE RECEIVED LAST NIGHT.

10:42:16 24         THE COURT:  RIGHT, RIGHT.  BECAUSE I WAS CONCERNED ABOUT

10:42:20 25   1.9 SINCE THAT WAS THE LIGHT MOTIF OF YOUR ORIGINAL MEMORANDUM.  GO

DAILY COPY

10:42:24 1   AHEAD.  IT'S NOW MORPHED.

10:42:26 2         MR. SMITH:  SURE.  IN BROWN & WILLIAMSON TOBACCO

10:42:31 3   CORPORATION V. DANIEL INTERNATIONAL CORPORATION, 563 F.2D 671, FIFTH

10:42:42 4   CIRCUIT, 1977 AT PAGE 673.  THE FIFTH CIRCUIT STATES THIS:

10:42:51 5   "APPELLATE HAS STANDING TO SEEK DISQUALIFICATION EVEN THOUGH IT IS

10:42:55 6   NOT AN AGREED CLIENT BECAUSE ITS ATTORNEYS ARE AUTHORIZED TO REPORT

10:43:01 7   ANY ETHICAL VIOLATIONS IN THIS CASE."

10:43:05 8         IT WAS IN THAT VEIN THAT WE MADE THE COURT AWARE OF THIS

10:43:09 9   INFORMATION.

10:43:10 10        THE COURT:  I UNDERSTAND THAT BUT YOU FIRST HAVE TO FIND

10:43:12 11   AN ETHICAL VIOLATION AND 1.9 IS OUT, YOU HAVEN'T MENTIONED ANOTHER

10:43:16 12   PROVISION OF THE CODE OF ETHICS THAT APPLIES.  I UNDERSTAND YOUR

10:43:19 13   STANDING, I AM NOT TALKING ABOUT THAT.  I AM WONDERING WHAT

10:43:22 14   SPECIFIC, OTHER THAN THE JOINT DEFENSE AGREEMENT, ANY ARTICLE OF THE

10:43:25 15   CODE OF ETHICS WOULD BE INTERESTING TO ME OTHER THAN 1.9.  WHICH WAS

10:43:35 16   NOT IN YOUR ORIGINAL BRIEF.

10:43:41 17        MR. SMITH:  YES, YOUR HONOR.  THE POINT I THINK WOULD BE

10:43:44 18   THE CONFLICT -- IT WOULDN'T BE A CONFLICT WITH US, IT WOULD BE A

10:43:49 19   CONFLICT BETWEEN JEFFERSON PARISH AND THE PLAINTIFFS.  IN OTHER

10:43:51 20   WORDS, IT'S NOT THAT --

10:43:53 21        THE COURT:  IF JEFFERSON PARISH HAS A DOG IN THIS HUNT, I

10:43:56 22   DON'T KNOW WHAT IT IS IN THE ROBINSON CASE.  THERE'S NOT ONE PIECE

10:44:00 23   OF JEFFERSON PARISH THAT'S INVOLVED.  HOW IS ITS INTEREST ADVERSE TO

10:44:09 24   WHAT HAPPENS TO THE MRGO?  AND IT'S AN ETHICAL -- YOU MENTIONED

10:44:09 25   ETHICAL --

1697

10:44:10 1        MY QUESTION, YOU MENTIONED ETHICAL VIOLATION, THERE MAY BE

10:44:14 2   A VIOLATION OF THE DEFENSE AGREEMENT, JOINT DEFENSE AGREEMENT, I

10:44:17 3   HAVEN'T DECIDED THAT YET; AND THAT TO ME IS THE THRUST OF YOUR

10:44:22 4   MOTION BECAUSE I HAVE -- I AM NOT -- I DON'T SEE AN ETHICAL

10:44:27 5   VIOLATION AT THIS TIME.

10:44:28 6        MR. SMITH:  YOUR HONOR, THE QUESTION, ONE QUESTION THAT

10:44:34 7   COULD BE ASKED WAS WHETHER SHE RECEIVED A WAIVER FROM JEFFERSON

10:44:40 8   PARISH.

10:44:40 9        THE COURT:  WHY DOES SHE NEED A WAIVER UNDER 1.9 WHEN

10:44:45 10  JEFFERSON PARISH'S INTERESTS ARE NOT ADVERSELY AFFECTED BY THIS

10:44:48 11  CASE.

10:44:48 12       MR. SMITH:  THEY MAY FEEL THAT THEY ARE, YOUR HONOR, I

10:44:51 13  MEAN --

10:44:51 14       THE COURT:  I DON'T CARE WHAT THEY FEEL, THEY'RE NOT.

10:44:54 15  THEY'RE NOT IN IT, THEY'RE NOT AFFECTED.  THERE'S NOT A PART OF

10:44:58 16  JEFFERSON PARISH THAT'S INVOLVED IN THE MRGO.

10:44:59 17       MR. SMITH:  BUT IF --

10:45:01 18       THE COURT:  I UNDERSTAND.  THAT'S YOUR POINT, YOUR POINT

10:45:04 19  IS THAT SHE SHOULD HAVE A WAIVER UNDER 1.9.

10:45:07 20       MR. SMITH:  RIGHT.  AND AS I READ HER DECLARATION, IT

10:45:09 21  APPEARS SHE DID NOT GET A WAIVER FROM JEFFERSON PARISH.  THERE'S NO

10:45:13 22  MENTION WHETHER SHE RECEIVED A WAIVER FROM THE PLAINTIFFS CONCERNING

10:45:16 23  HER CHANGE IN EMPLOYMENT.

10:45:18 24       THE COURT:  I'M ASSUMING THERE IS NONE.  THERE ARE NONE.

10:45:23 25       MR. SMITH:  THERE IS NO EVIDENCE THAT SHE OBTAINED A

1698

10:45:25 1   WAIVER FROM ANY OF THE OTHER PARTIES TO THE JOINT DEFENSE AGREEMENT

10:45:28 2   EITHER, OR EVEN INFORMED THEM THAT SHE WAS GOING TO BE LEAVING HER

10:45:32 3   EMPLOYMENT AS ONE, AS A REPRESENTATIVE OF ONE PARTY.

10:45:36 4         THE COURT:  I'VE SEEN NO EVIDENCE TO THE CONTRARY AND

10:45:39 5   UNTIL REBUTTED, I AGREE.  OR UNLESS REBUTTED.  AND I AM GOING TO

10:45:48 6   GIVE YOU THE LAST SHOT.

10:45:49 7         MR. SMITH:  JUST A COUPLE MORE CASES, YOUR HONOR.

10:45:51 8         THE COURT:  SURE.

10:45:53 9         MR. SMITH:  IN RE:  GOPMAN, G-O-P-M-A-N, 531 F.2D 262,

10:46:01 10  THAT'S A FIFTH CIRCUIT CASE, 1976.  THIS IS A QUOTE:  "WHEN AN

10:46:08 11  ATTORNEY DISCOVERS A POSSIBLE ETHICAL VIOLATION CONCERNING A MATTER

10:46:12 12  BEFORE THE COURT, HE IS NOT ONLY AUTHORIZED BUT IS IN FACT OBLIGATED

10:46:16 13  TO BRING THE PROBLEM TO THAT COURT'S ATTENTION."

10:46:18 14        THE COURT:  THE COURT AGREES WITH THAT, THAT IS THE LAW

10:46:21 15  ABSOLUTELY.  I AM WELL FAMILIAR WITH IT.  THERE ARE MULTITUDE OF

10:46:25 16  CITATIONS.

10:46:26 17        MR. SMITH:  I WON'T GIVE YOU ANYMORE CASES.

10:46:28 18        THE COURT:  THAT IS IN FACT THE LAW, AT LEAST I THINK IT

10:46:31 19  IS THE LAW.

10:46:32 20        MR. SMITH:  AND WE FELT LIKE WHETHER THE UNITED STATES HAS

10:46:37 21  BEEN PREJUDICED IN THIS MATTER, IT'S NOT APPARENT.  IT WAS NOT

10:46:42 22  APPARENT TO US, IT WASN'T -- THIS WAS NOT BROUGHT TO THE COURT'S

10:46:46 23  ATTENTION BECAUSE WE HAVE EVIDENCE THAT WE HAVE BEEN PREJUDICED, IT

10:46:55 24  WAS BROUGHT TO THE COURT'S ATTENTION BECAUSE THERE WAS A CHANGE IN

10:46:55 25  EMPLOYMENT WE WERE UNAWARE OF UNTIL WE GOT TO TRIAL AND IT SEEMED

10:46:56 1    LIKE IT WAS A POTENTIAL CONFLICT OF INTEREST.

10:46:58 2            THE COURT:  I UNDERSTAND AND YOU ARE OBTAINED TO DO IT,

10:47:02 3    YOU ARE CORRECT.  THE COURT RECOGNIZES THAT AND THAT IS THE TRUTH.

10:47:09 4            MR. SMITH:  THAT'S ALL AT THIS TIME, YOUR HONOR.

10:47:11 5            THE COURT:  THANK YOU, MR. SMITH.  WHO IS GOING TO HANDLE

10:47:14 6    THIS FOR THE PLAINTIFFS?  ALTHOUGH RIGHT NOW -- AND THE COURT DID

10:47:22 7    NOTE AND MR. SMITH CAN TALK ABOUT IT LATER, A FOOTNOTE WHICH REALLY

10:47:26 8    GOT THE COURT'S ATTENTION AND COMPELLED THE COURT TO STAY UP A

10:47:31 9    LITTLE LATER THAN IT WANTED TO, WAS THE FOOTNOTE ABOUT ALL

10:47:35 10   PLAINTIFFS' ATTORNEYS, MEANING -- AGAIN, AS YOU KNOW, THE COURT IS

10:47:40 11   INTERESTED IN GETTING THIS FAIRLY TRIED AND TO THE COURT OF APPEAL

10:47:43 12   IN SOME KIND OF TIMELY FASHION.  AND IF ALL OF THE PLAINTIFFS'

10:47:47 13   ATTORNEYS ARE DISQUALIFIED, THAT WILL BE A REAL PROBLEM.  SO I SAW A

10:47:50 14   FOOTNOTE, IT WAS JUST A FOOTNOTE, AND PROBABLY OUT OF AN ABUNDANCE

10:47:55 15   OF CAUTION BUT IT CAUGHT MY ATTENTION.  GO AHEAD, SIR.

10:47:58 16           MR. ROY:  THANK YOU, YOUR HONOR.  JIM ROY COURT APPOINTED

10:48:00 17   LIAISON COUNSEL FOR THE MRGO PSLC, AND ALSO SPEAKING TODAY ON BEHALF

10:48:06 18   OF THE ENTIRE ROBINSON TRIAL TEAM.

10:48:08 19           FIRST, LET ME MAKE A COUPLE OF OBSERVATIONS, YOUR HONOR.

10:48:12 20           THE COURT:  YES, SIR, I AM LISTENING TO YOU.

10:48:14 21           MR. ROY:  OUR ETHICS COUNSEL, BASILE UDDO, WHOSE

10:48:19 22   DECLARATION WE FURNISHED THE COURT THIS MORNING, WOULD HAVE BEEN

10:48:22 23   HERE HIMSELF.  WE WANT TO MAKE IT CLEAR, THE ONLY REASON THAT HE IS

10:48:25 24   NOT IS HE HAD A MEDICAL PROCEDURE REQUIRING HIM TO HAVE A DRIVER TO

10:48:28 25   TAKE HIM FROM THE FACILITY THIS MORNING.  AND IF FOR ANY REASON

10:48:33  1    ANYONE OBJECTS TO THE AFFIDAVIT BEING FILED, THEN WE WOULD OFFER IT

10:48:37  2    IN THE FORM OF A SUPPLEMENTAL LEGAL BRIEFING, BECAUSE THE

10:48:39  3    OBSERVATIONS ARE IMPORTANT SINCE OF COURSE MR. UDDO SPECIALIZES IN

10:48:44  4    THE FIELD OF ETHICS LAW.  AND CONCLUDES THAT UNDER THE SCENARIOS

10:48:48  5    PRESENTED, THERE IS NO ETHICS CONFLICT AT ALL.

10:48:51  6            THE SECOND OBSERVATION:  OUR OVERALL IN RE:  KATRINA

10:48:55  7    PLAINTIFF LIAISON COUNSEL, MR. BRUNO, WHILE HE HAS BEEN WORKING ALL

10:48:59  8    DAY YESTERDAY AND TODAY TO PREPARE FOR THE FIRST WITNESS, EXPERT

10:49:04  9    WITNESS PRESUMABLY TO BE CALLED BY THE EXPERT -- BY THE DEFENSE,

10:49:08 10    HOPEFULLY TOMORROW, NEVERTHELESS PUT ON A COAT AND TIE THIS MORNING

10:49:15 11    AND WAS HEADED OVER HERE AND GOT IN AN AUTOMOBILE ACCIDENT

10:49:18 12            THE COURT:  THIS CASE MAY BE HAUNTED.  IT MAY BE ONE OF

10:49:21 13    THOSE CASES THAT'S ACTUALLY HAUNTED.

10:49:23 14            MR. ROY:  HE IS NOT HURT BUT WE PREVAILED UPON HIM TO GO

10:49:30 15    BACK AND CONTINUE TO PREPARE FOR THAT EXPERT, BUT HE IS AVAILABLE

10:49:30 16    SHOULD THIS COURT NEED HIM ON 10, 15 MINUTES NOTICE.

10:49:32 17            THE THIRD THING:  MS. SHERMAN AND MR. ANDRY ARE PREPARED

10:49:37 18    TO ANSWER ANY QUESTIONS.  WE WOULD SUBMIT THOUGH, YOUR HONOR, WITH

10:49:39 19    ALL DUE RESPECT, RATHER THAN SUBMITTING THEM TO BLIND FISHING

10:49:41 20    EXPEDITIONS OF THE GOVERNMENT ON THE STAND, WE WOULD SUBMIT THAT

10:49:44 21    YOUR HONOR MIGHT BE THE APPROPRIATE PARTY TO ACTUALLY QUESTION THEM

10:49:47 22    AS A NEUTRAL; BUT THAT, OF COURSE, IS IN YOUR DISCRETION, WHICHEVER

10:49:51 23    WAY.

10:49:52 24            THE COURT:  THANK YOU, SIR.

10:49:53 25            MR. ROY:  FACTUAL OBSERVATIONS.  FIRST OF ALL, GOODNESS

10:50:00  1    ONLY KNOWS HOW MANY DOZENS OF, IF NOT HUNDREDS, IF NOT THOUSANDS OF

10:50:06  2    INDIVIDUAL LAWSUITS, INCLUDING MANY CLASS ACTIONS, WERE FILED BY

10:50:11  3    MANY DIFFERENT INDIVIDUALS.  YOUR HONOR RECALLS, AND I FORGET THE

10:50:16  4    EXACT DATES, IT STRIKES ME AS EARLY 2006, I BELIEVE WHEN YOU IMPOSED

10:50:22  5    CMO NO. 4, THAT A COUPLE OF THINGS HAPPENED.  YOU FIRST APPOINTED A

10:50:27  6    MRGO PSLC, WHICH INCLUDES MYSELF, MR. ANDRY, MR. O'DONNELL AND MAX

10:50:35  7    SCHULTZ'S PARTNER IN FLORIDA, AND YOU SEPARATELY APPOINTED FOR THE

10:50:39  8    LEVEE DIVISION OF THE IN RE:  KATRINA MR. MEUNIER AS ITS PSLC

10:50:46  9    LIAISON, AND A NUMBER OF OTHER INDIVIDUALS TO THAT COMMITTEE.

10:50:50 10         YOU ALSO INSTRUCTED US EACH TO DECIDE TO FILE A MASTER

10:50:58 11    CLASS COMPLAINT ON BEHALF OF THE LEVEE THAT WAS THAT PSLC'S INITIAL

10:51:04 12    TASK LEVEE, AND YOU INSTRUCTED THE MRGO PSLC TO FILE ITS MASTER

10:51:09 13    CLASS COMPLAINT.  SO YOU, YOUR HONOR DID NOT HAVE TO DEAL WITH

10:51:14 14    DOZENS, IF NOT A MULTITUDE, YOU WOULD HAVE IT UNDER ONE UMBRELLA

10:51:20 15    SEPARATELY.

10:51:21 16         AT THE TIME THAT THESE WERE FILED, THE LEVEE MASTER CLASS

10:51:24 17    COMPLAINT THAT WAS FILED BY YOUR COURT APPOINTED PSLC FOR LEVEE

10:51:28 18    FILED AND IT BASICALLY PICKED UP ALLEGATIONS INVOLVING LEVEES TO THE

10:51:36 19    WEST OF THE IHNC.  THERE WAS A VERY SMALL PART OF I BELIEVE THE

10:51:42 20    UPPER NINTH WARD THAT YOUR HONOR LATER WHEN YOU RULED ON THE 702C

10:51:47 21    MOTION BY THE GOVERNMENT AND DISMISSED THE GOVERNMENT FROM THE LEVEE

10:51:52 22    CASE, YOU CARVED OUT THAT SMALL DISCRETE AREA OF THE UPPER NINTH

10:51:58 23    WARD AND CONSOLIDATED THAT INTO THE MRGO.  AND THE MRGO MASTER CLASS

10:52:04 24    FILED BY YOUR COURT APPOINTED COMMITTEE ALSO, IN FACT, FILED AND IT

10:52:16 25    REPRESENTED EVERYTHING TO THE EAST OF THE IHNC.

DAILY COPY

10:52:16  1          I CAN TELL YOU WITH CERTAINTY THAT THE ROBINSON PLAINTIFFS

10:52:18  2  NEVER SUED JEFFERSON PARISH, I CAN TELL YOU WITH CERTAINTY THAT THE

10:52:22  3  MRGO PSLC NEVER SUED, EVER, E-V-E-R, SUED JEFFERSON PARISH, AND I

10:52:30  4  CAN TELL YOU WITH 99 PERCENT, BUT I CAN'T SAY CERTAINTY, YOUR HONOR,

10:52:34  5  BECAUSE I HAVE NOT PERSONALLY -- I WAS NOT A MEMBER OF THE LEVEE

10:52:37  6  GROUP SO I DON'T KNOW FOR SURE, BUT IT HAS BEEN REPRESENTED TO ME

10:52:41  7  AND I AM FAIRLY CERTAIN THAT THE LEVEE DIVISION OF THIS COURT

10:52:46  8  APPOINTED PSLC NEVER SUED JEFFERSON PARISH EITHER.

10:52:50  9          THESE ARE THE THREE -- FIRST, I DON'T BELIEVE THE LEVEE IS

10:52:55 10  IN ANY WAY RELATED TO THE MRGO OR ROBINSON; BUT EVEN IF IT WERE,

10:53:01 11  JEFFERSON PARISH WAS NEVER A DEFENDANT.

10:53:04 12          NOW, I APOLOGIZE FOR TAKING THE TIME TO REFRESH.

10:53:07 13          THE COURT:  QUITE ALL RIGHT.  ALL OF THAT IS IMPORTANT.

10:53:10 14          MR. ROY:  AT EVERY DEPOSITION, TO MY KNOWLEDGE, THAT WAS

10:53:15 15  TAKEN IN EITHER THE MRGO OR ROBINSON, IT WAS PRETTY MUCH STANDARD

10:53:22 16  PRACTICE -- I CANNOT REPRESENT TO THE COURT THAT IT WAS DONE EVERY

10:53:24 17  TIME, WE'RE HAVING IT RESEARCHED RIGHT NOW.  BUT I BELIEVE THAT

10:53:29 18  PRIOR TO COURT STARTED -- THE DEPOSITIONS COMMENCING ON VIDEOTAPE

10:53:35 19  EVERYONE WENT AROUND THE TABLE IDENTIFYING THEMSELVES BY NAME AND

10:53:39 20  WHO THEY WERE THERE REPRESENTING.  THERE WAS NO GUESSWORK, YOUR

10:53:42 21  HONOR, THERE WERE NO DOTS TO CONNECT.  ANYBODY REASONABLY PAYING

10:53:46 22  ATTENTION TO WHAT WAS GOING ON HAD TO BE AWARE OF WHO WAS THERE FOR

10:53:49 23  WHO.

10:53:51 24          NUMBER TWO:  THE ASSERTION BY MR. SMITH THAT THE FIRST

10:53:59 25  KNOWLEDGE THAT THE GOVERNMENT LAWYERS OR ANY OF THEM HAD OF KEA

10:54:06  1    SHERMAN'S REPRESENTATION PREVIOUSLY OF -- WELL, THAT SHE NOW WAS

10:54:12  2    INVOLVED WITH THE ROBINSON TRIAL TEAM OR THE MRGO TRIAL TEAM, MRGO

10:54:16  3    GROUP, WAS DURING THIS TRIAL WE BELIEVE IS JUST SIMPLY PATENTLY

10:54:20  4    UNTRUE.  THAT MAY BE MR. SMITH'S RECOLLECTION.

10:54:23  5         ROBIN, I AM NOT SUGGESTING YOU ARE PERPETRATING ANYTHING

10:54:26  6    INTENTIONALLY, THAT'S NOT MY PURPOSE OF STATING IT.  BUT I BELIEVE

10:54:29  7    THE FACTS WILL BELIE THAT.  AND MR. ANDRY IS PREPARED TO, IF YOUR

10:54:36  8    HONOR WISH, DIRECTLY ADDRESS IT.

10:54:38  9         I ONLY HAVE THREE MORE COMMENTS INVOLVING THE CASES CITED.

10:54:41 10        FIRST, THE ABRAHAM V. ARMCO CASE THAT WAS CITED BY

10:54:47 11    MR. SMITH, 559 F.2D 250 AT 253 IS WHERE I WOULD LIKE YOUR HONOR TO

10:54:52 12    LOOK.  THIS INVOLVED A CASE ALLEGING CONSPIRACY.  AND, IN FACT,

10:55:01 13    SUBSETS OF THE RELATED LITIGATION, NOT RELATED BUT THE UNDERLYING

10:55:10 14    FACTS INVOLVED A CRIMINAL CONSPIRACY.

10:55:10 15        THE COURT:  THE COURT HAPPENS TO BE -- THE COURT WAS A

10:55:12 16    LAWYER ONCE AND REMEMBERS THAT.

10:55:14 17        MR. ROY:  SO THIS IS A VERY, VERY, VERY, VERY SPECIAL

10:55:17 18    PRONOUNCEMENT OF THE FIFTH CIRCUIT IN ADDRESSING A CIVIL JOINT

10:55:23 19    DEFENSE AGREEMENT IN THE CONTEXT OF ALLEGATIONS OF A CIVIL

10:55:28 20    CONSPIRACY THAT ARISE OUT OF AN ALLEGED CRIMINAL CONSPIRACY.  AND

10:55:33 21    EXACTLY WHAT THE FIFTH CIRCUIT SAID WAS THE FOLLOWING:  "IN A JOINT

10:55:39 22    DEFENSE OF A CONSPIRACY CHARGE, THE COUNSEL OF EACH DEFENDANT IS, IN

10:55:45 23    EFFECT, THE COUNSEL OF ALL FOR THE PURPOSES OF INVOKING THE

10:55:48 24    ATTORNEY-CLIENT PRIVILEGE IN ORDER TO SHIELD MUTUALLY SHARED

10:55:51 25    CONFIDENCES."

10:55:52 1          WE AGREE.  THE COURT SAID IT.  BUT IT WAS IN THAT NARROW

10:55:56 2  FACTUAL PATTERN, CIVIL CONSPIRACY ARISING OUT OF CRIMINAL CONSPIRACY

10:56:01 3  JOINT DEFENSE AGREEMENT.  AND THE COURT, OUR FIFTH CIRCUIT, OF

10:56:07 4  COURSE, SAID AT THAT SAME PAGE:  "HERE THERE IS NO PRESUMPTION THAT

10:56:12 5  CONFIDENTIAL INFORMATION WAS EXCHANGED AS THERE WAS NO DIRECT

10:56:16 6  ATTORNEY-CLIENT RELATIONSHIP."  IN THIS CASE, "MR. SUSSMAN SHOULD

10:56:20 7  NOT BE DISQUALIFIED UNLESS THE TRIAL COURT SHOULD DETERMINE THAT

10:56:23 8  MR. SUSSMAN WAS ACTUALLY PRIVY TO CONFIDENTIAL INFORMATION."

10:56:27 9          THAT'S IN A CRIMINAL -- A CIVIL CONSPIRACY CASE ARISING

10:56:30 10 OUT OF A CRIMINAL.  THAT'S, OF COURSE, NOT WHAT WE HAVE NOW.  WE'RE

10:56:33 11 NOT AWARE NOR HAVE WE EVER ALLEGED NOR ARE WE AWARE OF ANY

10:56:37 12 ALLEGATION WITH THE POSSIBLE EXCEPTION OF ONE TOTALLY UNRELATED

10:56:41 13 PLAINTIFF, WHO I WILL NOT NAME, BUT WHO MY UNDERSTANDING IS, IN

10:56:45 14 FACT, MAY HAVE MADE CONSPIRACY ALLEGATIONS.

10:56:48 15         OTHER THAN THAT ONE, CERTAINLY NO ONE IN THE MRGO,

10:56:52 16 CERTAINLY NO ONE IN ROBINSON, AND THIS TRIAL TEAM HAS EVER MADE

10:56:56 17 CONSPIRACY ALLEGATIONS AND WE HAVE NO INTENTIONS OF DOING SO.

10:57:03 18         THE STEPNEY CASE, WHICH I BELIEVE WAS ALSO RAISED BY MR.

10:57:07 19 SMITH, 246 F.SUPP.2D 1069, WHICH IS NORTHERN DISTRICT OF CALIFORNIA;

10:57:13 20 BUT NEVERTHELESS IT IS RELEVANT AND IT IS ARGUABLY INFERENTIALLY

10:57:20 21 APPLICABLE TO THE CIRCUMSTANCES.  IT BASICALLY HOLDS:  WHILE JOINT

10:57:25 22 DEFENSE AGREEMENT DOES IMPOSE A DUTY OF CONFIDENTIALITY, THAT DUTY

10:57:29 23 IS LIMITED IN THAT THE SHOWING REQUIRED TO ESTABLISH A CONFLICT OF

10:57:33 24 INTEREST ARISING FROM PRIOR PARTICIPATION IS SIGNIFICANTLY HIGHER.

10:57:36 25         AND THAT'S THE POINT I WANT TO MAKE IS THAT IT'S NOT THE

10:57:40 1   ORDINARY BURDEN OF SHOWING A CONFLICT, IT'S NOT THE ORDINARY BURDEN

10:57:45 2   OF A CRIMINAL CONTEXT IN A CIVIL OVERLAY CONSPIRACY LIKE OUR FIFTH

10:57:51 3   CIRCUIT ADDRESSED, IT'S A SPECIAL HIGHER BURDEN AND WE AWAIT

10:57:55 4   MR. ROBIN SMITH'S AND TEAM PROVING THAT.

10:57:58 5          FINALLY, THE LAST CASE CITED WHICH WAS THE, ACTUALLY IS

10:58:05 6   THE STEPNEY CASE, I AM REPEATING MYSELF.  IT REPEATS THE WHOLE LINE

10:58:05 7   OF CASES, YOUR HONOR, THAT START WITH FRED WEBER V. SHELL OIL, AN

10:58:10 8   EIGHTH CIRCUIT CASE AND A NUMBER OF OTHER STRING CITES.

10:58:13 9          BUT THE BOTTOM LINE IS WE'RE HERE, MR. ANDRY AND

10:58:17 10  MS. SHERMAN ARE PREPARED TO ANSWER ANY QUESTIONS THE COURT MAY HAVE.

10:58:20 11  AND WHEN ALL OF THAT IS DONE, IF YOU PERMIT US TO CONTINUE, I AM

10:58:23 12  PREPARED TO ROLL WITHOUT BREAKING TO THE DIRECT TESTIMONY OF

10:58:27 13  DR. PAUL KEMP.

10:58:27 14         THE COURT:  OKAY.  DO YOU HAVE A DATE WHERE YOU THINK THE

10:58:30 15  GOVERNMENT KNEW OR SHOULD HAVE KNOWN OF THE REPRESENTATION OF --

10:58:37 16         MR. ROY:  YES, YOUR HONOR.

10:58:38 17         THE COURT:  -- MS. SHERMAN.

10:58:40 18         MR. ROY:  YES, YOUR HONOR, OCTOBER THE 2ND OF 2008.

10:58:49 19         THE COURT:  THAT WAS THE DEPOSITION --

10:58:51 20         MR. ROY:  THIS IS VOLUME I, YOUR HONOR, THE RULE 30(B)(6)

10:58:54 21  DEPOSITION OF THE UNITED STATES OF AMERICA THROUGH GREG MILLER, ITS

10:59:01 22  DESIGNEE, REPORTED BY THE COURT REPORTER JOE FAIRBANKS.  I ACTUALLY

10:59:05 23  THOUGHT WE HAD ATTACHED THIS TO MR. ANDRY'S OPPOSITION, BUT WE'VE

10:59:09 24  GOT -- WE HAVE THE WHOLE DEPOSITION HERE IF NECESSARY.

10:59:11 25         THE COURT:  YOU HAVE IN THE OPPOSITION YOU HAVE SOME OF

— DAILY COPY —

10:59:15 1  IT, SOME DEPOSITION.  YOU HAVE THE DEPOSITION OF -- NO, NO, IT'S

10:59:21 2  SOMETHING ELSE.

10:59:23 3        MR. ROY:  YOUR HONOR, I AM ADVISED THAT THESE ARE IN

10:59:27 4  ADDITION BEYOND WHAT WE EARLIER FURNISHED THE COURT.  SO WE WOULD

10:59:29 5  LIKE TO SUPPLEMENT THE RECORD, IF YOU WOULD THEN, WITH THE OCTOBER

10:59:33 6  2ND, 2008 30(B)(6) DEPOSITION, THE FRONT PAGES WITH THE APPEARANCES

10:59:40 7  OF VOLUME I, THAT'S IN RE:  PERTAINS TO MRGO AND ROBINSON; VOLUME

10:59:45 8  III, 30(B)(6) DEPOSITION JOHN SAIA THE DESIGNEE.  THIS SHOWS KEA

11:00:03 9  SHERMAN IS PRESENT, ALTHOUGH ON THAT IT DOES NOT SHOW WHO SHE IS

11:00:06 10 REPRESENTING.  I AM WAITING TO SEE IF WE CAN GET THE ACTUAL

11:00:09 11 DEPOSITIONS UP HERE.

11:00:10 12        THE COURT:  IT SHOWS SHE IS REPRESENTING PLAINTIFFS ON

11:00:14 13 OCTOBER 2ND, WE'VE GONE OVER THE DEPOSITION NOTICE.  ON OCTOBER 2ND,

11:00:18 14 2008, MS. SHERMAN IS SHOWN AS REPRESENTING PLAINTIFFS AND FOR THE

11:00:22 15 CORPS MR. SMITH, CONOR KELLS -- AND EXCUSE ME IF I MISPRONOUNCE

11:00:26 16 THIS, JENNIFER LABRADETTE (PHONETIC).

11:00:29 17        MR. ROY:  AND THEN GREGORY MILLER DEPOSITION --

11:00:32 18        THE COURT:  THAT'S ONE I THINK OCTOBER 2ND I WAS TALKING

11:00:35 19 ABOUT, GREGORY MILLER.

11:00:37 20        MR. ROY:  SO WE HAVE OCTOBER 2ND, TWO ON OCTOBER 2ND OF

11:00:40 21 '08, VOLUME II AND III; AND THEN WE HAVE GREG MILLER TAKEN

11:00:44 22 OCTOBER 16TH -- EXCUSE ME, APRIL 16TH OF '08.  WHICH -- TO TELL YOU

11:00:59 23 THE TRUTH, YOUR HONOR, I AM NOT REAL SURE WHY IT WAS HANDED TO ME.

11:01:01 24        THE COURT:  THAT'S THE TIME THAT YOU THINK THEY KNEW OR

11:01:08 25 SHOULD HAVE KNOWN?

11:01:08 1          MR. ROY:  WE BELIEVE THAT'S OCTOBER AND WE BELIEVE

11:01:08 2   MR. ANDRY, IF YOUR HONOR PUTS HIM ON THE STAND, MR. ANDRY IS

11:01:10 3   PREPARED TO FURTHER CLARIFY THE MATTER WITH OTHER MATTERS NOT

11:01:13 4   INCLUDED IN THIS AFFIDAVIT AS TO WHEN ACTUAL CONVERSATIONS TOOK

11:01:18 5   PLACE THAT CLEARLY ESTABLISH.  MAY I RETURN THE MIKE OVER, YOUR

11:01:23 6   HONOR?

11:01:23 7          THE COURT:  YES.

11:01:24 8          MR. ANDRY:  YOUR HONOR, AS WE SAT THIS MORNING, I WAS

11:01:26 9   REMINDED OF AN E-MAIL EXCHANGE THAT I HAD WITH MR. ROBIN SMITH

11:01:29 10  APPROXIMATELY A YEAR AGO.  THERE WAS AN ISSUE IN THE SAVOYE MATTER

11:01:32 11  WHICH IS BEING PENDING BEFORE JUDGE FELDMAN NOW AS TO WHETHER IT

11:01:37 12  WILL BE DISMISSED OR WHETHER IT WAS GOING TO BE OPEN.  I INSTRUCTED

11:01:40 13  MS. SHERMAN TO INVESTIGATE THE CLOSURE PLAN OF THE CORPS.

11:01:44 14         IN DOING SO, SHE APPARENTLY LEFT A VOICE MAIL MESSAGE ON A

11:01:48 15  CORPS EMPLOYEE'S VOICE MAIL, JUST ATTEMPTING TO FIND OUT PUBLICLY

11:01:53 16  AVAILABLE INFORMATION, NOTHING SURREPTITIOUS.  I RECEIVED AN E-MAIL

11:01:57 17  CORRESPONDENCE FROM MR. ROBIN SMITH INDICATING TO ME -- AND I AM

11:02:00 18  TRYING TO SEARCH MY E-MAILS TO FIND IT, YOUR HONOR, AND I WILL

11:02:02 19  SUBMIT IT TO THE COURT.  I RECEIVED AN E-MAIL FROM MR. ROBIN SMITH

11:02:06 20  SAYING ONE OF YOUR EMPLOYEES, MS. SHERMAN, LEFT A VOICE MAIL MESSAGE

11:02:11 21  ON A CORPS EMPLOYEE'S VOICE MAIL, AND THEY CAN'T DO THAT WITHOUT THE

11:02:15 22  CORPS BEING PRESENT.

11:02:17 23         I APOLOGIZED TO MR. SMITH, I EXPLAINED TO HIM THAT IT WAS

11:02:19 24  AN ERROR AND I WOULD INSTRUCT MR. SMITH TO FOREGO ANY ATTEMPTS TO

11:02:25 25  CONTACT CORPS EMPLOYEES TO GAIN INFORMATION.  AT THAT POINT --

11:02:28  1          THE COURT:  MS. SHERMAN.

11:02:29  2          MR. ANDRY:  EXCUSE ME, I'M SORRY, MS. SHERMAN.  AT THAT

11:02:33  3  POINT UNEQUIVOCALLY MR. SMITH AND I DISCUSSED MS. SHERMAN'S

11:02:37  4  PARTICIPATION IN THIS CASE AND EMPLOYMENT WITH MY FIRM, AND I WILL

11:02:40  5  PROVIDE THE COURT THE E-MAILS ASSOCIATED.

11:02:42  6          THE COURT:  WELL, I AM GOING TO ASK THE GOVERNMENT,

11:02:46  7  MR. SMITH, DURING MR. ANDRY'S PRESENTATION -- I AM GOING TO LET YOU

11:02:51  8  HAVE A REBUTTAL AFTER EVERYTHING.  I JUST WANT TO ASK YOU,

11:02:55  9  MR. ANDRY'S PRESENTATION, WOULD YOU AS AN OFFICER OF THE COURT

11:03:01 10  ACCEPT WHAT HE IS DOING HERE OR WOULD YOU PREFER HIM TO BE SWORN?

11:03:04 11          MR. SMITH:  THAT IS FINE.  I DON'T HAVE ANY PROBLEM WITH

11:03:08 12  THAT.

11:03:09 13          THE COURT:  MR. ANDRY, YOU MIGHT WANT TO GIVE YOUR --

11:03:11 14  MR. ROY HAD -- I AM GOING TO ASK YOU SOME QUESTIONS AND AS AN

11:03:18 15  OFFICER OF THE COURT, AS YOU KNOW, YOUR LICENSE DEPENDS ON THE

11:03:22 16  VERACITY THEREOF.

11:03:24 17          MR. ANDRY:  YES, YOUR HONOR.

11:03:28 18          THE COURT:  WHEN DID YOU FIRST EMPLOY MS. SHERMAN?

11:03:30 19          MR. ANDRY:  MAY 1ST OF 2008, YOUR HONOR.

11:03:36 20          THE COURT:  YOU WERE AWARE THAT SHE HAD REPRESENTED THE

11:03:40 21  PARISH OF JEFFERSON PRIOR TO YOUR RETAINING HER?

11:03:46 22          MR. ANDRY:  YES, YOUR HONOR.

11:03:46 23          THE COURT:  DID YOU DISCUSS ANY POTENTIAL CONFLICT OF

11:03:51 24  INTEREST AT THAT POINT?

11:03:52 25          MR. ANDRY:  YES, I DID.  AND ASKED MS. SHERMAN TO CONTACT

11:03:56 1   HER EMPLOYER IN JEFFERSON PARISH, IF NEED BE, IF THEY THOUGHT

11:03:59 2   NECESSARY TO DETERMINE IF THERE WAS A CONFLICT OR A POTENTIAL

11:04:02 3   CONFLICT.

11:04:03 4            THE COURT:  GO AHEAD.

11:04:05 5            MR. ANDRY:  AND I WAS INFORMED THAT THERE WAS NONE.

11:04:15 6            THE COURT:  WHAT CASES RELATING TO THE UMBRELLA HAS SHE

11:04:24 7   BEEN WORKING ON?

11:04:25 8            MR. ANDRY:  SHE'S BEEN WORKING ON ROBINSON V. THE UNITED

11:04:29 9   STATES AND SEVERAL OTHER, A FEW OTHER MASS TORT CASES THAT I HAVE IN

11:04:33 10  MY OFFICE.

11:04:34 11           THE COURT:  BUT INSOFAR AS THIS UMBRELLA BEFORE THIS COURT

11:04:41 12  OR ANYTHING RELATING TO LEVEE BREACHES, YOU'RE TELLING ME SHE'S ONLY

11:04:48 13  WORKED ON THE ROBINSON CASE?

11:04:51 14           MR. ANDRY:  YES, YOUR HONOR.  AND AS A POINT OF FACT, I AM

11:04:54 15  NOT INVOLVED, NOR HAVE I EVER BEEN INVOLVED, NOR HAS MY FIRM BEEN

11:04:56 16  INVOLVED IN ANY OF THE LEVEE CASES.

11:05:01 17           THE COURT:  TO THE BEST OF YOUR KNOWLEDGE AND BELIEF, DID

11:05:04 18  MS. SHERMAN GIVE YOU ANY INFORMATION, AND I AM NOT TALKING ABOUT --

11:05:08 19  I AM NOT GOING TO TRY TO DETERMINE WHAT IT IS YET -- ANY INFORMATION

11:05:12 20  RELATING TO ANYTHING THAT MIGHT HAVE EMANATED FROM THE LITIGATION

11:05:22 21  JEFFERSON PARISH WAS IN THAT MAY RELATE TO THE LEVEE, THE LEVEE

11:05:27 22  CASES IN THIS COURT?

11:05:28 23           MR. ANDRY:  NO, YOUR HONOR.

11:05:29 24           THE COURT:  THAT'S STILL IN THIS COURT I MIGHT SAY, THE

11:05:32 25  GOVERNMENT IS NOT IN IT BUT IT'S STILL HERE.  OKAY.

```
11:05:36  1          HOLD ON ONE SECOND.  MR. ANDRY, WHO INFORMED YOU THAT
11:06:13  2  THERE WAS NO CONFLICT OF INTEREST?
11:06:15  3          MR. ANDRY:  MS. SHERMAN TOLD ME IS THAT SHE HAD CHECKED IT
11:06:19  4  OUT WITH HER SUPERIOR ATTORNEY, THAT THEY DID NOT HAVE AN ISSUE WITH
11:06:23  5  HER COMING TO WORK AT MY FIRM.
11:06:25  6          THE COURT:  THEY BEING?
11:06:26  7          MR. ANDRY:  THEY BEING HER EMPLOYER, BURGLASS AND
11:06:30  8  TANKERSLEY DID NOT HAVE AN ISSUE ACCORDING TO HER SUPERIOR ATTORNEY.
11:06:34  9          THE COURT:  THERE ARE NO WAIVERS -- AND I AM GOING TO
11:06:37 10  ACCEPT FOR THE RECORD WE HAVE NO WAIVERS FROM JEFFERSON PARISH, FROM
11:06:42 11  OBVIOUSLY THE CORPS OR ANYONE ELSE, SIGNED WAIVERS, OR THE
11:06:46 12  PLAINTIFFS; IS THAT CORRECT?
11:06:47 13          MR. ANDRY:  THAT'S CORRECT, YOUR HONOR.
11:06:48 14          THE COURT:  LET'S GET EVERYTHING ON THE RECORD HERE.  WERE
11:06:55 15  YOU AWARE THAT THERE WAS A JOINT DEFENSE AGREEMENT?
11:06:58 16          MR. ANDRY:  NO, YOUR HONOR.
11:06:59 17          THE COURT:  WHEN DID YOU FIRST BECOME AWARE?
11:07:02 18          MR. ANDRY:  WHEN I READ THE MOTION WHEN IT WAS HANDED TO
11:07:04 19  ME YESTERDAY AFTERNOON AT 5:30.
11:07:12 20          THE COURT:  I DON'T THINK I HAVE ANYMORE QUESTIONS.
11:07:20 21  MR. SMITH, I THINK THE BEST WAY TO DO THIS IS, IF THERE'S ANYTHING
11:07:24 22  YOU WANT ME TO EXPLORE WITH MR. ANDRY I WILL DO SO.
11:07:32 23          MR. SMITH:  NO, YOUR HONOR.
11:07:32 24          THE COURT:  ALL RIGHT.  THANK YOU, MR. ANDRY.
11:07:32 25          MR. ANDRY:  THANK YOU, YOUR HONOR.
```

11:07:33  1            THE COURT:  IF WE COULD HEAR FROM MS. SHERMAN.

11:07:35  2            MR. ROY:  YES, YOUR HONOR.

11:08:01  3            THE COURT:  OKAY.  DO YOU WANT TO STATE YOUR NAME FOR THE

11:08:03  4    RECORD.

11:08:03  5            MS. SHERMAN:  YES, YOUR HONOR.  KEA SHERMAN.

11:08:05  6            THE COURT:  AND I ASSUME YOU'RE LICENSED TO PRACTICE LAW

11:08:08  7    WITHIN THE STATE OF LOUISIANA?

11:08:09  8            MS. SHERMAN:  YES, YOUR HONOR.

11:08:10  9            THE COURT:  WHEN DID YOU RECEIVE YOUR LICENSE?

11:08:12 10            MS. SHERMAN:  APRIL OF '06.

11:08:16 11            THE COURT:  AND YOU WENT WITH MR. ANDRY'S FIRM IN MAY OF

11:08:23 12    '08?

11:08:24 13            MS. SHERMAN:  MAY OF 2008, MAY 1ST.

11:08:28 14            THE COURT:  AND WHAT PERIOD OF TIME DID YOU OR YOUR FIRM

11:08:32 15    REPRESENT JEFFERSON PARISH, IF YOU KNOW?

11:08:34 16            MS. SHERMAN:  I BEGAN WORKING WITH BURGLASS AND TANKERSLEY

11:08:38 17    JULY OF 2007, AND SO WHEN I STARTED WORKING WITH THEM I BELIEVE THEY

11:08:42 18    MAY HAVE ALREADY BEEN A CLIENT OF THE FIRM.

11:08:44 19            THE COURT:  SO YOUR WORK WITH THAT FIRM THAT REPRESENTED

11:08:47 20    JEFFERSON PARISH WAS FROM JULY UNTIL MAY OF THE NEXT -- JULY '07 TO

11:08:55 21    MAY OF '08?

11:08:57 22            MS. SHERMAN:  TO THE END OF APRIL OF '08, YES, SIR.

11:09:00 23            THE COURT:  OKAY.  WHEN DID YOU FIRST BECOME AWARE OF THE

11:09:04 24    JOINT DEFENSE AGREEMENT.

11:09:05 25            MS. SHERMAN:  YESTERDAY, WHEN I READ THE MOTION.

                              ─ DAILY COPY ─

11:09:08  1          THE COURT:  SO YOU WERE NOT AWARE OF ANY JOINT DEFENSE

11:09:10  2  AGREEMENT WHEN YOU WERE WORKING --

11:09:13  3          MS. SHERMAN:  NO, YOUR HONOR.

11:09:17  4          THE COURT:  WHEN YOU WENT TO THE -- LET'S TALK ABOUT THE

11:09:20  5  MEETING WITH -- AND I'LL CALL HIM DOCTOR, WE DON'T WANT TO INSULT

11:09:24  6  HIM SO, MR. SMITH AND I ARE BOTH NOT CERTAIN WHAT HIS CREDENTIALS

11:09:29  7  ARE.  IS THAT DR.  --

11:09:33  8          MR. SMITH:  KUHLMEIER, K-U-H-L-M-E-I-E-R.

11:09:40  9          THE COURT:  WHEN YOU WERE -- DO YOU RECALL THE MEETING

11:09:42 10  WITH DR. KUHLMEIER?

11:09:46 11          MS. SHERMAN:  YES, YOUR HONOR.

11:09:47 12          THE COURT:  AND I AM NOT SURE WITHOUT HOW MUCH -- THIS IS

11:09:50 13  WHERE IT GETS TOUGH.  WITHOUT TELLING ME -- WE MIGHT HAVE TO GO IN

11:09:58 14  CAMERA UNFORTUNATELY; BUT, IF I DO GO IN CAMERA, LET ME ASK YOU

11:10:07 15  THIS -- AND I HATE TO CLEAR THE COURTROOM -- IF I DO GO IN CAMERA,

11:10:12 16  CAN WE AGREE ON WHO CAN STAY?  DOES THE GOVERNMENT HAVE ANY VIEW ON

11:10:17 17  THAT?

11:10:22 18          MR. SMITH:  YOUR HONOR, I THINK ANY COUNSEL FOR MEMBERS OF

11:10:29 19  THE PARTIES TO THE JOINT DEFENSE AGREEMENT COULD BE PRESENT, BUT I

11:10:32 20  WOULD OBJECT TO THE PRESENCE OF ANY --

11:10:34 21          THE COURT:  I'M AFRAID I WOULD HAVE TO -- THAT COULD BE A

11:10:37 22  BIND, BUT I THINK I HAVE TO DO THAT.

11:10:39 23          MR. ROY:  YOUR HONOR, I THINK I AGREE.

11:10:41 24          THE COURT:  ALL RIGHT.  WE'RE GOING TO NOW AT THIS POINT,

11:10:43 25  SORRY, WE'RE GOING TO ASK ALL PERSONS OTHER THAN THOSE REPRESENTING

11:10:48 1   PARTIES TO THE JOINT DEFENSE AGREEMENT WILL HAVE TO STEP OUT, AND

11:10:56 2   THAT INCLUDES THE PLAINTIFFS.

11:10:56 3        (WHEREUPON, A PORTION OF THE HEARING WAS HELD IN CAMERA.)

11:29:31 4        (OPEN COURT.)

11:29:31 5             THE COURT:  OKAY.  WOULD THE PLAINTIFF LIKE TO CLOSE OUT

11:29:38 6   OR HAS THE PLAINTIFF COMPLETED ITS PRESENTATION?

11:29:41 7             MR. ROY:  YOUR HONOR, IN THE ABSENCE OF HAVING A COAT TUG

11:29:47 8   OR BE TOLD TO THE CONTRARY, I THINK WE'VE SAID EVERYTHING WE NEED TO

11:29:50 9   SAY.  UNLESS WE'RE GIVEN AN OPPORTUNITY TO REBUT WHAT YOU CAN'T TELL

11:29:54 10  US.

11:29:58 11            THE COURT:  MR. SMITH.

11:30:01 12            MR. ROY:  OR UNLESS THE COURT HAS ANY QUESTIONS, YOUR

11:30:03 13  HONOR.

11:30:03 14            THE COURT:  NOT AT THIS TIME, NO, SIR.

11:30:05 15            MR. SMITH:  YOUR HONOR, JUST WANT TO CLARIFY ONE POINT,

11:30:08 16  WHICH I MAY HAVE MUDDIED BY MY LACK OF APPRECIATION FOR OUR ARGUMENT

11:30:13 17  SET FORTH IN OUR PAPERS.  THIS IS SOMETHING YOU WERE INTERESTED IN

11:30:15 18  INITIALLY ABOUT RULE 1.9 OF THE LOUISIANA RULES OF PROFESSIONAL

11:30:20 19  CONDUCT.

11:30:21 20            THE COURT:  YES.

11:30:21 21            MR. SMITH:  SUBSECTION "A" SAYS:  "A LAWYER WHO HAS

11:30:25 22  FORMERLY REPRESENTED A CLIENT IN A MATTER SHALL NOT THEREAFTER

11:30:29 23  REPRESENT ANOTHER PERSON IN THE SAME OR A SUBSTANTIALLY RELATED

11:30:34 24  MATTER IN WHICH THAT PERSON'S INTERESTS ARE MATERIALLY ADVERSE TO

11:30:38 25  THE INTERESTS OF THE FORMER CLIENT --

11:30:41  1          THE COURT:  WAIT, I AM READING LOUISIANA 1.9 --

11:30:45  2          MR. SMITH:  SUBSECTION "A".

11:30:47  3          THE COURT:  OKAY.

11:30:48  4          MR. SMITH:  "UNLESS THE FORMER CLIENT GIVES INFORMED

11:30:51  5  CONSENT CONFIRMED IN WRITING."

11:30:53  6          THE COURT:  IT'S MATERIALLY ADVERSE.

11:30:55  7          MR. SMITH:  YES, YOUR HONOR, I AGREE.  WE ESTABLISHED THAT

11:30:57  8  THERE WAS NO WRITTEN CONSENT.

11:30:59  9          AND MY ONLY POINT WOULD BE THIS POINT, WHICH IS JEFFERSON

11:31:02 10  PARISH ISN'T HERE TODAY, THEY HAVEN'T BEEN HEARD FROM --

11:31:05 11          THE COURT:  THEY ARE HERE?

11:31:07 12          MR. SMITH:  NO, THEY'RE NOT HERE TODAY.

11:31:08 13          THE COURT:  I'M SORRY.

11:31:09 14          MR. SMITH:  AND SO THEIR VIEWS -- MS. SHERMAN, YOU KNOW,

11:31:13 15  IS NOT FULLY AWARE OF WHAT JEFFERSON PARISH'S INTERESTS MAY HAVE

11:31:18 16  BEEN BECAUSE OF HER LIMITED ROLE IN THIS LITIGATION REPRESENTING

11:31:25 17  THEM AND WITHOUT KNOWING WHAT THEIR VIEW OF THE MATTER, WHETHER THEY

11:31:29 18  THINK THEIR INTERESTS WERE MATERIAL ADVERSE AFFECTED SEEMS TO

11:31:37 19  ME IT'S -- THAT'S OUR ARGUMENT, YOUR HONOR, I THINK THAT NEEDS TO BE

11:31:40 20  LOOKED INTO.  THANK YOU.

11:31:41 21          THE COURT:  ALL RIGHT.  THANK YOU.  GIVE THE COURT A

11:31:46 22  SECOND AND I AM GOING TO RULE ON THE MOTION.  AND IT CAN GO ON UP

11:31:57 23  WITH A LOT OF OTHER THINGS THAT WILL BE GOING TO MY DEAR COLLEAGUES

11:32:00 24  NEXT DOOR.  GIVE ME A SECOND.  I'VE GOT MORE PAPER THAN I NEED, I

11:32:20 25  CAN TELL YOU THAT.  I GOT IT, OKAY.

11:32:26  1        IT'S GOING TO BE RATHER INFORMAL, EVEN THOUGH IT'S A

11:32:29  2  SERIOUS MATTER.  FIRST, BEFORE I RULE:  ANY DISRUPTION OF THE TRIAL

11:32:40  3  THAT'S SIGNIFICANT AFFECTS ALL OF US, AND -- BUT THAT DOESN'T MEAN

11:32:49  4  THE DISRUPTION ISN'T ON OCCASION NECESSARY.  THE COURT'S GOING TO

11:33:02  5  ACCEPT THE GOVERNMENT'S POINT THAT IT IN GOOD FAITH THOUGHT THERE

11:33:06  6  MIGHT BE A POTENTIAL CONFLICT OF INTEREST OR A POTENTIAL VIOLATION

11:33:10  7  OF THE JOINT DEFENSE AGREEMENT AND APPRISED THE COURT ACCORDINGLY.

11:33:17  8  SO THE COURT'S GOING TO ASSUME THIS MOTION WAS MADE IN GOOD FAITH,

11:33:22  9  AS THERE IS AN OBLIGATION IF ONE IN GOOD FAITH BELIEVES THAT THERE

11:33:27 10  IS AN ETHICAL ISSUES, OF COURSE IT MUST BE BROUGHT TO THE COURT.

11:33:36 11        AND FURTHER, ALTHOUGH THE JOINT DEFENSE AGREEMENT IS

11:33:43 12  NOT -- DOESN'T STRICTLY FIT UNDER THE RUBRIC OF THE CODE OF ETHICS,

11:33:50 13  THE COURT UNDERSTANDS THE CASES CITED AND ACCEPTS THE FACT THAT

11:33:56 14  THERE COULD HAVE BEEN A POTENTIAL VIOLATION THEREOF.

11:34:00 15        SO THE UNITED STATES SEEKS TO DISQUALIFY PLAINTIFFS'

11:34:06 16  ATTORNEYS KEA SHERMAN AND JONATHAN B. ANDRY, AND THE UNITED STATES

11:34:11 17  ASSERTS THAT THE DISQUALIFICATION IS APPROPRIATE BECAUSE MS. SHERMAN

11:34:14 18  PREVIOUSLY REPRESENTED JEFFERSON PARISH AND SHE SPECIFICALLY

11:34:17 19  REPRESENTED THEM DURING -- IN THE LEVEE PORTION OF THIS VAST AND

11:34:25 20  MYRIAD LITIGATION THAT HAPPENS TO BE UNDER THIS UMBRELLA.

11:34:32 21        IN PARTICULAR, THE GOVERNMENT ALLEGES THAT MS. SHERMAN

11:34:38 22  PARTICIPATED IN DISCUSSIONS WITH THE ATTORNEY WITH THE UNITED STATES

11:34:40 23  PURSUANT TO A JOINT DEFENSE AGREEMENT, WHICH IS IN THE RECORD.  AND

11:34:48 24  THE JOINT DEFENSE AGREEMENT WAS ENTERED INTO BY THE UNITED STATES,

11:34:51 25  JEFFERSON PARISH, THE BOARD OF COMMISSIONERS OF THE ORLEANS PARISH

11:34:56 1    LEVEE DISTRICT, THE SEWERAGE & WATER BOARD OF NEW ORLEANS, AND THE

11:34:59 2    BOARD OF COMMISSIONERS OF THE EAST JEFFERSON LEVEE DISTRICT, AND THE

11:35:03 3    STATE OF LOUISIANA'S DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT

11:35:05 4    AND THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS.

11:35:09 5        THE THRUST OF THE MOTION AS I ORIGINALLY PERCEIVED IT FROM

11:35:19 6    THE GOVERNMENT WAS THAT THERE WAS A POTENTIAL VIOLATION OF RULE

11:35:22 7    1.9(A) OF THE LOUISIANA RULES OF PROFESSIONAL CONDUCT, WHICH STATES:

11:35:28 8    A LAWYER WHO HAS FORMERLY REPRESENTED A CLIENT IN A MATTER SHALL NOT

11:35:31 9    THEREAFTER REPRESENT ANOTHER PERSON IN THE SAME OR A SUBSTANTIALLY

11:35:34 10   RELATED MATTER IN WHICH THAT PERSON'S INTEREST ARE MATERIALLY

11:35:38 11   ADVERSE TO THE INTERESTS OF THE FORMER CLIENT UNLESS THE FORMER

11:35:41 12   CLIENT GIVES INFORMED CONSENT, CONFIRMED IN WRITING."

11:35:50 13       THE COURT IS -- HOW CAN I SAY THIS?  THE COURT IS AS

11:35:54 14   FAMILIAR WITH THIS LITIGATION AND THE NUANCE OF IT AS IT IS WITH ITS

11:36:03 15   OWN WITHERING AND DEBILITATED PHYSIOLOGY.  JEFFERSON PARISH HAS

11:36:19 16   ABSOLUTELY NOTHING TO DO IN THIS ROBINSON LITIGATION.  IT HAS NOT

11:36:24 17   AND NEVER HAS BEEN AND PROBABLY NEVER WILL BE A DEFENDANT IN THIS

11:36:30 18   CASE.  THE PERSONS WHO ARE AGGRIEVED DO NOT LIVE IN JEFFERSON

11:36:42 19   PARISH, IT'S EITHER ST. BERNARD OR ORLEANS, I THINK I AM CORRECT.

11:36:49 20       MOREOVER, THE ALLEGED MALEFACTOR, THAT IS THE MRGO, HAS

11:36:53 21   NOTHING TO DO WITH JEFFERSON PARISH, IT DIDN'T HAVE ANY OBLIGATION,

11:36:57 22   IT DIDN'T DIG IT, IT DIDN'T HAVE ANY OBLIGATION TO MAINTAIN IT.

11:37:00 23   IT'S COMPLETELY DIFFERENT.  THEREFORE, I FIND THAT, ONE, ITS

11:37:06 24   INTERESTS AREN'T MATERIALLY AFFECTED.  AND RULE 1.9 DOESN'T APPLY.

11:37:23 25       MOREOVER -- AND THAT'S WHOSE INTEREST WE HAVE TO LOOK AT,

11:37:27  1    JEFFERSON PARISH, BECAUSE THAT WOULD BE THE FORMER CLIENT UNDER 1.9

11:37:32  2    AS THE JOINT DEFENSE AGREEMENT, PARAGRAPH 17 CLEARLY PROVIDES THAT

11:37:35  3    THE PARTY, THE ATTORNEYS THERETO ARE NOT CLIENTS FOR ANY OTHER PARTY

11:37:40  4    OF THE JOINT DEFENSE AGREEMENT.

11:37:45  5         NOW AS TO THE JOINT DEFENSE AGREEMENT SETS UP CERTAIN

11:37:49  6    PROTOCOLS WHERE ONE IS NOT TO DIVULGE ANY CONFIDENTIAL INFORMATION

11:37:56  7    RECEIVED TO ANY PARTY WHO IS NOT A PARTY TO THE JOINT DEFENSE

11:38:01  8    AGREEMENT.  THE COURT FINDS IN THIS CASE AS A FACT THAT THAT WAS NOT

11:38:08  9    DONE, THAT THERE WAS NO CONFIDENTIAL INFORMATION DIVULGED BY

11:38:20 10    MS. SHERMAN TO ANYONE ELSE, INCLUDING MR. ANDRY, THAT SHE MAY HAVE

11:38:26 11    RECEIVED FROM THE DEFENDANTS, FROM THE SIGNATORIES TO THE JOINT

11:38:33 12    DEFENSE AGREEMENT.

11:38:42 13         THEREFORE, THE COURT NOT ONLY FINDS NO ETHICAL VIOLATION

11:38:45 14    BUT NO VIOLATION OF THE JOINT DEFENSE AGREEMENT'S TERMS.  ANY

11:38:49 15    INFORMATION SHE MAY HAVE RECEIVED, ALBEIT ONE WAS PRIMARILY RELATED

11:38:59 16    TO A CLASS ACTION CERTIFICATION HEARING IN THE LEVEE, WHICH IS,

11:39:09 17    SHALL WE SAY, GALACTICALLY ATTENUATED FROM THE ISSUES IN THIS CASE

11:39:14 18    BY THE COURT'S LIGHTS.

11:39:25 19         THE COURT FURTHER FINDS THAT ALTHOUGH THIS IS MURKIER

11:39:33 20    THAN -- A DISQUALIFICATION FILED SEVEN DAYS INTO TRIAL, HOWEVER I

11:39:44 21    FOUND IN GOOD FAITH, IS SIMPLY NOT TIMELY BASED ON THE RAW FACTS

11:39:49 22    THAT I HAVE BEFORE ME.  CLEARLY MS. SHERMAN ATTENDED DEPOSITIONS AND

11:39:58 23    A MEETING, AT LEAST ONE MEETING, WITH GOVERNMENT ATTORNEYS WHILE SHE

11:40:03 24    WAS REPRESENTING JEFFERSON PARISH.  SHE ALSO ATTENDED DEPOSITIONS,

11:40:10 25    CERTAINLY AS EARLY AS OCTOBER 2ND, 2008, WHEN SHE WAS REPRESENTING

DAILY COPY

11:40:19  1    PLAINTIFFS' INTEREST WHERE GOVERNMENT ATTORNEYS WERE PRESENT.   THERE

11:40:23  2    IS EVIDENCE IN THE RECORD THAT THIS WAS EVEN DISCUSSED.

11:40:30  3            SO I UNDERSTAND WHAT MR. SMITH SAID ABOUT WE HAVE A LOT OF

11:40:34  4    ATTORNEYS AND SOMETIMES IT'S NOT ALL -- IT'S A LITTLE DIFFICULT TO

11:40:41  5    DECIDE WHO'S WHO, BUT BASED ON THE NUMBER OF DEPOSITIONS, AND THERE

11:40:46  6    WERE SEVERAL, AND THE NUMBER OF ENCOUNTERS BOTH BEFORE -- WHILE

11:40:50  7    REPRESENTING JEFFERSON AND THEN WHILE REPRESENTING THE PLAINTIFF,

11:40:53  8    THE GOVERNMENT KNEW OR CERTAINLY SHOULD HAVE KNOWN ABOUT A POTENTIAL

11:40:59  9    DISQUALIFICATION.

11:40:59 10            AND, FRANKLY, TO DO IT, THE COURT FINDS IT IS UNTIMELY TO

11:41:05 11    DO IT, AS AN ANCILLARY FINDING, TO FILE THIS MOTION TO DISQUALIFY

11:41:13 12    SEVEN DAYS INTO THIS TRIAL CONSIDERING THE SIGNIFICANCE ITSELF.   THE

11:41:21 13    FIRST TIME THERE WAS A WISP, SHOULD HAVE BEEN A WISP OF A POTENTIAL

11:41:24 14    CONFLICT, IT SHOULD HAVE BEEN FILED.

11:41:27 15            AGAIN, THIS IS AN ANCILLARY RULING, BUT THE COURTS HAVE

11:41:30 16    FOUND THAT IMPLIED WAIVERS WHEN A MOTION TO DISQUALIFY WAS NOT

11:41:35 17    TIMELY MADE, AND I'M CITING CITY OF EL PASO V. SALAS-PORRAS SOULE,

11:41:45 18    6 F.SUPP.2D 616 AT 621, THAT'S WESTERN DISTRICT OF TEXAS 1998, IT

11:41:53 19    STATES:   A MOTION TO DISQUALIFY SHOULD BE MADE WITH REASONABLE

11:41:55 20    PROMPTNESS AFTER A PARTY DISCOVERS THE FACTS PLED IN THE MOTION.   A

11:41:59 21    LITIGANT MAY NOT DELAY FILING OF A MOTION TO DISQUALIFY IN ORDER TO

11:42:02 22    USE THE MOTION LATER AS A TOOL TO DEPRIVE HIS OPPONENT OF COUNSEL OF

11:42:06 23    HIS CHOICE AFTER SUBSTANTIAL PREPARATION OF THE CASE HAS BEEN

11:42:08 24    COMPLETED.

11:42:09 25            SO THIS IS NOT ONLY AFTER SUBSTANTIAL PREPARATION, THIS IS

11:42:11  1    AFTER SEVEN DAYS OF TRIAL.  THE COURT JUST FINDS -- AGAIN, THIS IS

11:42:25  2    MURKIER THAN MY OTHER FINDINGS, BUT I DO FIND, FRANKLY, THAT

11:42:33  3    MS. SHERMAN HAS BEEN EVIDENT, SHOULD HAVE BEEN EVIDENT TO THE

11:42:36  4    GOVERNMENT SINCE OCTOBER THE 2ND.  THEY KNEW SHE WAS REPRESENTING

11:42:41  5    JEFFERSON BEFORE AND THEY KNEW SHE WAS REPRESENTING THE PLAINTIFFS

11:42:43  6    IN OCTOBER, IT'S NOW, WELL, ALMOST MAY, AND WE'RE INTO THE TRIAL.

11:42:54  7            I THINK ON THE EVE OF TRIAL I PROBABLY WOULD HAVE FOUND IT

11:42:56  8    AT LEAST PERHAPS TIMELY BUT NOT NOW.  BUT THAT'S SECONDARY TO MY

11:43:01  9    FINDING THAT THERE IS NO ETHICAL VIOLATION, THERE IS NO VIOLATION OF

11:43:05 10    THE JOINT DEFENSE AGREEMENT, THERE IS NO POSSIBLE, EVEN IN THE MOST,

11:43:12 11    THE MOST IMAGINATIVE OF LAWYERS, ADVERSE INTEREST TO JEFFERSON

11:43:20 12    PARISH IN THIS ROBINSON LITIGATION, OF WHICH THE COURT IS FAMILIAR

11:43:21 13    WITH, AS WELL AS ALL OF THE OTHER CASES UNDER THE UMBRELLA.

11:43:31 14            I AM LOOKING AT THE DEPOSITION LIST AND I AM GOING TO TAKE

11:43:40 15    MR. SMITH -- MR. SMITH IS A MAN OF INTEGRITY AND I AM GOING TO TAKE

11:43:48 16    HIM AT HIS WORD, OF COURSE.  BUT MS. -- I HAVE ON THE LIST PROVIDED

11:43:51 17    BY THE GOVERNMENT, I MIGHT SAY, THAT SHE ATTENDED A GOOD MANY

11:44:05 18    DEPOSITIONS WHILE REPRESENTING JEFFERSON PARISH.  AND ALTHOUGH I

11:44:12 19    DON'T HAVE ALL OF THE PAGES SHOWING WHAT GOVERNMENT ATTORNEYS WERE

11:44:16 20    PRESENT, IF ANY, CERTAINLY ON NOVEMBER 27TH, 2007, SHE APPEARED,

11:44:24 21    MR. SMITH AND MR. WOODCOCK WERE THERE; ON MARCH 4TH, 2008 -- EXCUSE

11:44:30 22    ME, WE DON'T KNOW THE SUBMISSION PAGE.  ON MARCH 5TH, 2008, KEITH

11:44:37 23    LIDDLE AND JESSICA SULLIVAN.  AND I UNDERSTAND SHE WAS MONITORING

11:44:42 24    FOR JEFFERSON PARISH AND IT MAY NOT HAVE BEEN MANIFESTLY EVIDENT.

11:44:52 25            BUT JUST FOR THE RECORD, AND AGAIN ON MARCH 5TH, 2008

11:44:56 1   KEITH LIDDLE AND JESSICA SULLIVAN; ON MARCH 31ST, 2008 SARAH SOJA,

11:45:09 2   RICHARD STONE AND MITCH MARZONI (PHONETIC); ON APRIL 1ST, 2008 WE

11:45:16 3   KNOW RITA TROTTER WAS THERE; WE ARE MISSING SOME PAGES.  APRIL 3RD,

11:45:23 4   2008, PAUL LEVINE, JACK WOODCOCK AND KEITH LIDDLE, I THINK IT'S

11:45:29 5   L-I-D-D-L-E; APRIL 4TH, 2008 PAUL LEVINE AND KEITH LIDDLE; APRIL

11:45:37 6   7TH, 2008, JOHN WOODCOCK AND JEFFREY EHRLICH, E-H-R-L-I-C-H;

11:45:43 7   APRIL 9TH, 2008, ROBIN SMITH AND MITCH MARZONI.  APRIL 11, 2008,

11:45:48 8   KEITH LIDDLE AND PAUL LEVINE; APRIL 14TH, 2008 MICHELLE GREIF AND

11:45:54 9   KARA MILLER.

11:45:57 10          AND, FRANKLY, THERE'S A LOT MORE.  SO SHE -- I AM NOT

11:46:00 11  GOING TO GO THROUGH THEM ALL.  SO...

11:46:04 12          AND THEN SHE APPEARED ON OCTOBER 2ND, 2008, REPRESENTING

11:46:12 13  PLAINTIFFS, MR. SMITH WAS THERE, ROBIN SMITH, CONOR KELLS AND AGAIN

11:46:18 14  JENNIFER LABRADETTE.  ON OCTOBER 8TH I DON'T HAVE WHO WAS THERE,

11:46:24 15  MR. PODANY, BECAUSE THE PAGES WE RECEIVED DON'T HAVE THE SUBMISSION.

11:46:30 16          MR. STEVENS:  WE'RE PRINTING THOSE UP NOW, YOUR HONOR.

11:46:31 17          THE COURT:  THE POINT IS CERTAINLY AS EARLY AS

11:46:34 18  OCTOBER 2ND, AND THAT'S ON THE TIMELINESS ISSUE WHICH I FEEL IS

11:46:38 19  FRANKLY NOT AS DEFINITIVE AT ALL AS THE OTHER ISSUES WHICH I HAVE

11:46:43 20  FOUND.

11:46:44 21          AND FOR THOSE REASONS, I DENY THE MOTION FOR

11:46:48 22  DISQUALIFICATION.  I AM ASSUMING IT WILL BE ANOTHER MATTER THAT CAN

11:46:57 23  BE TAKEN UP AT ANOTHER LEVEL WHEN THIS TRIAL IS OVER WITH.

11:47:03 24          MR. ROY:  YOUR HONOR, IN CONNECTION WITH YOUR RULING, WE

11:47:08 25  WOULD ASK PERMISSION, UNLESS MR. SMITH OBJECTS TO, AFTER COURT TODAY

11:47:12   1   PUT THE 13 DEPOSITION, TOTAL DEPOSITIONS, THE 13 THAT WE'VE LOCATED

11:47:17   2   INTO THE RECORD FOR THAT PURPOSE THAT --

11:47:21   3           THE COURT:  YOU MEAN FOR THE PAGES SO WE'LL KNOW WHO WAS

11:47:23   4   PRESENT?

11:47:24   5           MR. ROY:  IT MAKES SENSE, THE 13 WE BELIEVE MS. SHERMAN

11:47:27   6   WAS ACTUALLY CLEARLY REPRESENTING --

11:47:29   7           THE COURT:  ANY OBJECTION, MR. SMITH?

11:47:31   8           MR. ROY:  -- THE PLAINTIFFS.

11:47:32   9           MR. SMITH:  NO, YOUR HONOR.

11:47:33  10           THE COURT:  ALL RIGHT.

11:47:34  11           MR. ROY:  AND, YOUR HONOR, AT YOUR PLEASURE I AM PREPARED

11:47:38  12   TO START DR. KEMP NOW AND BREAK FOR LUNCH OR DO WHATEVER YOU WANT.

11:47:47  13           THE COURT:  WE'RE GOING TO BREAK FOR LUNCH AND START AT

11:47:47  14   ONE O'CLOCK.

11:47:47  15           MR. ROY:  THANK YOU, YOUR HONOR.

11:47:47  16        (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

          17

          18                    *  *  *  *  *  *

          19

          20

          21

          22

          23

          24

          25

```
 1
 2                    REPORTER'S CERTIFICATE
 3
 4      I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES
 5  DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY
 6  THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF
 7  MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN
 8  THE ABOVE-ENTITLED AND NUMBERED MATTER.
 9
10
11
12                    KAREN A. IBOS, CCR, RPR, CRR
13                    OFFICIAL COURT REPORTER
14
15
16
17
18
19
20
21
22
23
24
25
```

DAILY COPY

**'**

**'06** [1] - 1711:10
**'07** [2] - 1687:24, 1711:20
**'08** [5] - 1706:21, 1706:22, 1711:12, 1711:21, 1711:22

# 0

**06-5116** [1] - 1686:25
**06-5127** [1] - 1687:8
**06-CV-2268** [1] - 1670:3

# 1

**1.9** [13] - 1675:3, 1678:12, 1678:14, 1678:19, 1695:25, 1696:11, 1696:15, 1697:9, 1697:19, 1713:18, 1714:1, 1716:24, 1717:1
**1.9(A** [1] - 1716:7
**10** [1] - 1700:16
**1000** [1] - 1670:14
**10022** [1] - 1671:24
**1069** [1] - 1704:19
**11** [2] - 1674:5, 1720:7
**1100** [1] - 1670:23
**1205** [1] - 1671:19
**1261** [1] - 1671:9
**13** [3] - 1721:1, 1721:5
**1366** [1] - 1671:9
**14TH** [1] - 1702:8
**15** [1] - 1700:16
**16TH** [1] - 1706:22
**17** [2] - 1674:25, 1717:2
**17TH** [1] - 1679:23
**1976** [1] - 1698:10
**1977** [2] - 1679:3, 1696:4
**1998** [1] - 1718:18
**1ST** [3] - 1708:19, 1711:13, 1720:2

# 2

**2** [1] - 1685:9
**20** [3] - 1675:6, 1693:15, 1693:22
**20044** [1] - 1672:13
**2005** [1] - 1683:22
**2006** [1] - 1701:4
**2007** [2] - 1711:17, 1719:20

**2008** [19] - 1688:9, 1705:18, 1706:6, 1706:14, 1708:19, 1711:13, 1717:25, 1719:21, 1719:22, 1719:25, 1720:1, 1720:2, 1720:4, 1720:5, 1720:6, 1720:7, 1720:8, 1720:12
**2009** [2] - 1670:4, 1673:2
**246** [1] - 1704:19
**250** [3] - 1679:1, 1679:3, 1703:11
**253** [2] - 1679:4, 1703:11
**262** [1] - 1698:9
**2626** [1] - 1671:19
**2655** [1] - 1671:5
**27TH** [1] - 1719:20
**29** [2] - 1670:4, 1673:2
**2ND** [11] - 1705:18, 1706:6, 1706:13, 1706:18, 1706:20, 1717:25, 1719:4, 1720:12, 1720:18

# 3

**30(B)(6** [5] - 1690:13, 1690:22, 1705:20, 1706:6, 1706:8
**30TH** [1] - 1688:9
**3102** [1] - 1670:23
**31ST** [1] - 1720:1
**325** [1] - 1671:23
**3668** [1] - 1671:2
**3RD** [1] - 1720:3

# 4

**4** [1] - 1701:5
**407** [1] - 1683:22
**4182** [2] - 1680:5, 1680:23
**4TH** [2] - 1719:21, 1720:5

# 5

**500** [1] - 1672:16
**504** [1] - 1672:17
**519** [1] - 1671:12
**531** [1] - 1698:9
**550** [1] - 1670:13
**556** [1] - 1671:2
**559** [3] - 1679:1, 1679:2, 1703:11
**563** [1] - 1696:3

**57TH** [1] - 1671:23
**589-7776** [1] - 1672:17
**5:30** [1] - 1710:19
**5TH** [2] - 1719:22, 1719:25

# 6

**6** [1] - 1718:18
**600** [1] - 1672:2
**601** [1] - 1671:5
**604** [1] - 1672:2
**607** [1] - 1683:22
**610** [1] - 1670:20
**613** [1] - 1683:24
**614** [1] - 1683:24
**616** [1] - 1718:18
**618** [1] - 1671:16
**621** [1] - 1718:18
**671** [1] - 1696:3
**673** [1] - 1696:4

# 7

**70113** [2] - 1670:17, 1670:21
**70130** [2] - 1672:3, 1672:16
**70130-6004** [1] - 1671:6
**702C** [4] - 1676:14, 1682:13, 1682:20, 1701:20
**70381** [1] - 1671:20
**70502-3668** [1] - 1671:3
**70726** [1] - 1671:13
**70801-1910** [1] - 1671:16
**70821-1366** [1] - 1671:10
**75219** [1] - 1670:24
**7TH** [1] - 1720:6

# 8

**8** [1] - 1670:9
**855** [1] - 1670:17
**888** [1] - 1672:12
**8TH** [1] - 1720:14

# 9

**90071-2627** [1] - 1670:14
**99** [1] - 1702:4
**9TH** [1] - 1720:7

# A

**A** [181] - 1671:14,

1672:15, 1673:13, 1673:15, 1673:16, 1673:20, 1674:6, 1674:7, 1675:6, 1675:13, 1676:3, 1676:4, 1676:6, 1676:8, 1676:9, 1676:23, 1677:8, 1677:10, 1677:19, 1677:23, 1678:1, 1678:9, 1678:20, 1678:22, 1679:5, 1679:7, 1679:10, 1679:23, 1680:6, 1680:10, 1680:13, 1680:18, 1680:21, 1681:4, 1682:21, 1683:17, 1684:1, 1684:3, 1684:5, 1684:12, 1684:20, 1685:4, 1685:19, 1685:23, 1686:14, 1686:21, 1687:13, 1688:15, 1688:23, 1689:9, 1689:13, 1689:23, 1690:23, 1691:24, 1692:9, 1692:11, 1692:14, 1692:20, 1692:22, 1693:15, 1694:21, 1695:20, 1696:18, 1696:21, 1697:2, 1697:7, 1697:9, 1697:15, 1697:19, 1697:21, 1697:22, 1697:25, 1698:3, 1698:7, 1698:10, 1698:11, 1698:24, 1699:1, 1699:7, 1699:8, 1699:13, 1699:14, 1699:19, 1699:24, 1700:2, 1700:10, 1700:22, 1701:5, 1701:9, 1701:10, 1701:14, 1701:19, 1702:5, 1702:11, 1703:12, 1703:14, 1703:15, 1703:17, 1703:18, 1703:19, 1703:21, 1703:22, 1704:9, 1704:10, 1704:22, 1704:23, 1705:1, 1705:2, 1705:3, 1705:8, 1705:14, 1707:10, 1707:14, 1707:20, 1707:21, 1708:8, 1709:2, 1709:9, 1709:14, 1710:15, 1711:18, 1712:21, 1713:3,

1713:7, 1713:21, 1713:22, 1713:23, 1714:21, 1714:23, 1714:24, 1715:1, 1715:6, 1715:14, 1715:23, 1716:6, 1716:8, 1716:9, 1716:17, 1717:7, 1717:8, 1717:16, 1717:20, 1717:23, 1718:3, 1718:4, 1718:8, 1718:13, 1718:16, 1718:19, 1718:20, 1718:21, 1718:22, 1719:15, 1719:17, 1720:10, 1721:16, 1722:4, 1722:6, 1722:12
**A"** [1] - 1714:2
**ABILITY** [1] - 1722:7
**ABOUT** [24] - 1674:5, 1675:5, 1675:6, 1675:19, 1680:7, 1682:3, 1682:16, 1682:17, 1683:4, 1683:6, 1684:19, 1690:5, 1692:3, 1693:14, 1695:24, 1696:13, 1699:7, 1699:9, 1706:19, 1709:18, 1712:4, 1713:18, 1718:3, 1718:8
**ABOVE** [1] - 1722:8
**ABOVE-ENTITLED** [1] - 1722:8
**ABRAHAM** [2] - 1678:25, 1703:10
**ABSENCE** [1] - 1713:7
**ABSOLUTELY** [2] - 1698:15, 1716:16
**ABUNDANCE** [1] - 1699:14
**ACCEPT** [5] - 1693:5, 1693:11, 1708:10, 1710:10, 1715:5
**ACCEPTS** [1] - 1715:13
**ACCIDENT** [1] - 1700:11
**ACCOMMODATE** [1] - 1680:3
**ACCORDING** [1] - 1710:8
**ACCORDINGLY** [1] - 1715:7
**ACTION** [9] - 1678:1, 1679:5, 1681:7,

1681:10, 1681:16, 1686:15, 1686:25, 1687:8, 1717:16
**ACTIONS** [2] - 1686:16, 1701:2
**ACTUAL** [2] - 1706:10, 1707:4
**ACTUALLY** [9] - 1685:19, 1686:14, 1686:21, 1700:13, 1700:21, 1704:8, 1705:5, 1705:22, 1721:6
**ADDITION** [1] - 1706:4
**ADDRESS** [3] - 1689:12, 1693:13, 1703:8
**ADDRESSED** [1] - 1705:3
**ADDRESSING** [1] - 1703:18
**ADEQUATE** [1] - 1678:7
**ADVERSE** [7] - 1675:3, 1696:23, 1713:24, 1714:6, 1714:18, 1716:11, 1719:11
**ADVERSELY** [1] - 1697:10
**ADVISED** [1] - 1706:3
**AFFECT** [1] - 1674:9
**AFFECTED** [4] - 1697:10, 1697:15, 1714:18, 1716:24
**AFFECTS** [1] - 1715:3
**AFFIDAVIT** [6] - 1675:25, 1690:1, 1691:14, 1691:16, 1700:1, 1707:4
**AFFIDAVITS** [1] - 1691:20
**AFRAID** [1] - 1712:21
**AFTER** [6] - 1708:8, 1718:20, 1718:23, 1718:25, 1719:1, 1720:25
**AFTERNOON** [1] - 1710:19
**AGAIN** [7] - 1686:7, 1689:8, 1699:10, 1718:15, 1719:1, 1719:25, 1720:13
**AGAINST** [4] - 1679:4, 1679:7, 1680:13, 1694:21

**AGGRIEVED** [1] - 1716:18
**AGO** [1] - 1707:10
**AGREE** [8] - 1684:11, 1684:13, 1694:5, 1698:5, 1704:1, 1712:16, 1712:23, 1714:7
**AGREED** [1] - 1696:6
**AGREEMENT** [56] - 1674:20, 1674:24, 1675:1, 1675:2, 1675:21, 1675:22, 1676:24, 1677:2, 1677:3, 1677:8, 1677:10, 1677:12, 1677:20, 1678:17, 1678:21, 1681:12, 1684:1, 1684:8, 1684:9, 1684:10, 1684:24, 1684:25, 1685:2, 1685:7, 1687:21, 1688:24, 1693:15, 1693:20, 1693:24, 1694:1, 1694:5, 1694:14, 1694:18, 1696:14, 1697:2, 1698:1, 1703:19, 1704:3, 1704:22, 1710:15, 1711:24, 1712:2, 1712:19, 1713:1, 1715:7, 1715:11, 1715:23, 1715:24, 1717:2, 1717:4, 1717:5, 1717:8, 1717:12, 1719:10
**AGREEMENT'S** [1] - 1717:14
**AGREEMENTS** [3] - 1677:15, 1680:8, 1694:19
**AGREES** [1] - 1698:14
**AHEAD** [8] - 1677:6, 1680:10, 1683:6, 1693:14, 1695:20, 1696:1, 1699:15, 1709:4
**AL** [2] - 1670:2, 1670:5
**ALBEIT** [1] - 1717:15
**ALIGNED** [1] - 1694:20
**ALL** [40] - 1673:19, 1674:7, 1675:12, 1675:13, 1676:4, 1676:11, 1676:18, 1677:6, 1680:2, 1685:15, 1687:21,

1690:22, 1693:3, 1693:11, 1694:23, 1694:24, 1695:12, 1699:4, 1699:9, 1699:12, 1700:5, 1700:7, 1700:19, 1700:25, 1702:13, 1703:23, 1705:11, 1710:24, 1712:24, 1712:25, 1714:21, 1715:3, 1718:4, 1719:13, 1719:19, 1720:11, 1720:19, 1721:10
**ALLEGATION** [2] - 1687:13, 1704:12
**ALLEGATIONS** [10] - 1683:8, 1683:9, 1683:10, 1687:17, 1688:6, 1688:11, 1701:18, 1703:19, 1704:14, 1704:17
**ALLEGED** [7] - 1674:16, 1675:16, 1682:12, 1687:12, 1703:20, 1704:11, 1716:20
**ALLEGES** [1] - 1715:21
**ALLEGING** [1] - 1703:12
**ALLOW** [1] - 1677:15
**ALLOWED** [4] - 1679:4, 1679:7, 1680:13, 1694:25
**ALMOST** [1] - 1719:6
**ALONG** [1] - 1676:10
**ALREADY** [1] - 1711:18
**ALSO** [9] - 1672:1, 1677:11, 1679:7, 1689:1, 1699:17, 1701:10, 1701:24, 1704:18, 1717:24
**ALTHOUGH** [5] - 1699:6, 1706:9, 1715:11, 1717:19, 1719:18
**AM** [55] - 1673:16, 1673:25, 1674:1, 1674:18, 1674:24, 1675:4, 1675:6, 1675:10, 1675:16, 1676:2, 1677:1, 1680:8, 1680:21, 1680:23, 1681:13, 1681:15, 1682:23, 1684:15, 1685:20, 1685:24, 1685:25, 1686:11, 1688:17,

1692:18, 1696:13, 1697:4, 1698:5, 1698:15, 1699:20, 1702:7, 1703:5, 1705:6, 1705:11, 1706:3, 1706:10, 1706:23, 1707:17, 1708:6, 1708:7, 1708:14, 1709:14, 1709:18, 1709:19, 1710:9, 1712:12, 1714:1, 1714:22, 1716:19, 1719:14, 1719:15, 1720:10, 1720:22, 1721:11
**AMERICA** [2] - 1670:5, 1705:21
**AMIN** [1] - 1672:6
**AMONG** [1] - 1676:24
**AN** [39] - 1673:13, 1673:15, 1673:18, 1674:5, 1675:24, 1678:7, 1679:4, 1679:6, 1679:20, 1684:18, 1685:4, 1686:10, 1689:25, 1691:2, 1694:6, 1694:11, 1696:6, 1696:11, 1696:24, 1697:4, 1698:10, 1699:14, 1700:11, 1703:20, 1705:7, 1707:9, 1707:10, 1707:16, 1707:19, 1707:24, 1708:9, 1708:14, 1710:4, 1710:8, 1713:9, 1715:9, 1715:10, 1718:11, 1718:15
**ANALYSIS** [2] - 1674:10, 1675:20
**ANCILLARY** [2] - 1718:11, 1718:15
**AND** [292] - 1673:7, 1673:10, 1673:24, 1674:1, 1674:2, 1674:7, 1674:8, 1674:10, 1674:17, 1674:20, 1674:23, 1675:10, 1675:12, 1675:13, 1675:18, 1675:20, 1675:23, 1675:25, 1676:2, 1676:4, 1676:6, 1676:9, 1676:11, 1676:14, 1676:15, 1676:16, 1676:19, 1677:3, 1677:4, 1677:8, 1677:10,

1677:16, 1677:18, 1677:19, 1677:22, 1678:2, 1678:5, 1678:16, 1678:19, 1679:18, 1680:3, 1680:4, 1680:10, 1680:16, 1681:3, 1681:4, 1681:11, 1681:18, 1681:19, 1682:16, 1682:23, 1682:24, 1683:1, 1683:4, 1683:5, 1683:8, 1683:14, 1683:24, 1684:2, 1684:5, 1684:8, 1684:13, 1684:14, 1684:18, 1685:5, 1685:8, 1685:9, 1685:15, 1685:21, 1685:23, 1685:24, 1686:5, 1686:6, 1686:7, 1686:8, 1686:12, 1687:4, 1687:6, 1687:7, 1687:8, 1687:12, 1687:21, 1688:5, 1688:7, 1688:12, 1688:14, 1688:25, 1689:1, 1689:3, 1689:6, 1689:7, 1689:10, 1689:16, 1689:17, 1690:2, 1690:5, 1690:14, 1690:15, 1690:16, 1690:21, 1690:24, 1691:3, 1691:8, 1691:9, 1691:10, 1691:17, 1692:6, 1692:8, 1692:11, 1692:15, 1692:17, 1692:23, 1692:25, 1693:1, 1693:5, 1693:6, 1693:22, 1693:24, 1694:2, 1694:9, 1694:11, 1694:14, 1694:15, 1694:20, 1694:21, 1694:25, 1695:2, 1695:4, 1695:7, 1695:10, 1695:11, 1695:14, 1695:15, 1695:18, 1696:11, 1696:19, 1696:24, 1697:3, 1697:20, 1698:4, 1698:5, 1698:20, 1698:25, 1699:2, 1699:3, 1699:6, 1699:7, 1699:8, 1699:11, 1699:12, 1699:14, 1699:17, 1699:25,

1700:4, 1700:8,
1700:10, 1700:11,
1700:15, 1700:17,
1701:3, 1701:6,
1701:7, 1701:9,
1701:12, 1701:18,
1701:21, 1701:23,
1701:24, 1702:3,
1702:7, 1702:19,
1703:7, 1703:12,
1703:16, 1703:20,
1704:3, 1704:16,
1704:17, 1704:20,
1704:25, 1705:3,
1705:4, 1705:8,
1705:9, 1705:11,
1706:7, 1706:14,
1706:15, 1706:17,
1706:21, 1707:1,
1707:17, 1707:18,
1707:21, 1707:24,
1708:3, 1708:4,
1708:14, 1708:25,
1709:5, 1709:9,
1709:14, 1709:17,
1709:18, 1710:7,
1710:9, 1711:6,
1711:11, 1711:14,
1711:16, 1711:17,
1712:5, 1712:6,
1712:12, 1712:15,
1713:1, 1714:9,
1714:14, 1714:17,
1714:22, 1715:3,
1715:7, 1715:11,
1715:13, 1715:16,
1715:18, 1715:19,
1715:23, 1716:1,
1716:2, 1716:3,
1716:4, 1716:14,
1716:15, 1716:17,
1716:24, 1716:25,
1717:22, 1718:4,
1718:5, 1718:6,
1718:7, 1718:10,
1718:17, 1719:5,
1719:6, 1719:14,
1719:15, 1719:18,
1719:21, 1719:23,
1719:24, 1719:25,
1720:1, 1720:2,
1720:4, 1720:5,
1720:6, 1720:7,
1720:8, 1720:10,
1720:12, 1720:13,
1720:18, 1720:21,
1721:11, 1721:12,
1721:13, 1722:6,
1722:7, 1722:8
**AND/OR** [2] -
1681:24, 1682:1

**ANDRY** [33] -
1670:19, 1670:19,
1675:24, 1678:16,
1694:12, 1700:17,
1701:6, 1703:7,
1705:9, 1707:2,
1707:8, 1708:2,
1708:13, 1708:17,
1708:19, 1708:22,
1708:25, 1709:5,
1709:8, 1709:14,
1709:23, 1710:1,
1710:3, 1710:7,
1710:13, 1710:16,
1710:18, 1710:22,
1710:24, 1710:25,
1715:16, 1717:10
**ANDRY'S** [4] -
1705:23, 1708:7,
1708:9, 1711:11
**ANGELES** [1] -
1670:14
**ANOTHER** [7] -
1681:20, 1685:10,
1696:11, 1713:23,
1716:9, 1720:22,
1720:23
**ANSWER** [2] -
1700:18, 1705:10
**ANY** [46] - 1674:9,
1675:24, 1676:1,
1678:8, 1678:20,
1684:1, 1688:16,
1688:17, 1693:22,
1693:24, 1693:25,
1694:1, 1694:6,
1694:7, 1694:8,
1695:6, 1695:7,
1696:7, 1696:14,
1698:1, 1699:25,
1700:18, 1702:10,
1702:25, 1704:11,
1705:10, 1707:24,
1708:11, 1708:23,
1709:16, 1709:18,
1709:19, 1712:1,
1712:16, 1712:18,
1712:20, 1713:12,
1715:2, 1716:21,
1716:22, 1717:3,
1717:6, 1717:7,
1717:14, 1719:20,
1721:7
**ANYBODY** [1] -
1702:21
**ANYBODY'S** [1] -
1675:1
**ANYMORE** [5] -
1676:17, 1682:15,
1683:4, 1698:17,

1710:20
**ANYONE** [3] -
1700:1, 1710:11,
1717:10
**ANYTHING** [6] -
1673:12, 1687:16,
1703:5, 1709:12,
1709:20, 1710:21
**APOLOGIZE** [1] -
1702:12
**APOLOGIZED** [1] -
1707:23
**APPARENT** [2] -
1698:21, 1698:22
**APPARENTLY** [1] -
1707:14
**APPEAL** [3] -
1676:10, 1676:12,
1699:11
**APPEARANCES** [2] -
1670:11, 1706:6
**APPEARED** [3] -
1675:15, 1719:20,
1720:12
**APPEARS** [2] -
1675:13, 1697:21
**APPELLATE** [1] -
1696:5
**APPLICABLE** [2] -
1694:6, 1704:21
**APPLIES** [1] -
1696:12
**APPLY** [7] - 1674:21,
1678:14, 1678:15,
1678:20, 1680:9,
1682:20, 1716:24
**APPOINTED** [6] -
1699:16, 1701:5,
1701:7, 1701:17,
1701:24, 1702:8
**APPRECIATION** [1] -
1713:16
**APPRISED** [1] -
1715:7
**APPROPRIATE** [2] -
1700:21, 1715:17
**APPROXIMATELY**
[1] - 1707:10
**APRIL** [11] - 1673:2,
1706:22, 1711:10,
1711:22, 1720:2,
1720:3, 1720:5,
1720:7, 1720:8
**APRIL** [1] - 1670:4
**ARE** [40] - 1673:9,
1674:5, 1675:19,
1676:2, 1678:13,
1678:17, 1679:21,
1682:18, 1683:14,
1685:6, 1686:19,

1687:1, 1688:3,
1688:5, 1696:6,
1697:10, 1697:12,
1697:24, 1698:15,
1699:2, 1699:3,
1699:13, 1700:3,
1700:17, 1702:9,
1703:5, 1704:11,
1705:10, 1706:3,
1710:9, 1712:6,
1712:7, 1713:24,
1714:11, 1716:10,
1716:18, 1717:3,
1720:3
**AREA** [1] - 1701:22
**AREN'T** [1] - 1716:24
**ARGUABLY** [1] -
1704:20
**ARGUE** [1] - 1675:7
**ARGUMENT** [4] -
1680:21, 1684:7,
1713:16, 1714:19
**ARISE** [1] - 1703:20
**ARISES** [1] - 1695:5
**ARISING** [4] -
1693:23, 1704:2,
1704:9, 1704:24
**ARMCO** [2] - 1679:1,
1703:10
**AROUND** [2] -
1692:11, 1702:19
**ARTICLE** [1] -
1696:14
**ARTICULATE** [1] -
1684:13
**AS** [63] - 1673:18,
1674:13, 1674:14,
1675:8, 1675:10,
1675:23, 1677:19,
1677:23, 1678:9,
1679:4, 1681:22,
1682:13, 1684:20,
1686:1, 1686:2,
1686:5, 1687:7,
1687:12, 1687:13,
1688:4, 1689:1,
1692:5, 1692:12,
1692:24, 1695:4,
1695:14, 1695:15,
1697:20, 1698:3,
1699:10, 1700:22,
1701:4, 1701:8,
1704:5, 1706:14,
1707:4, 1707:8,
1707:11, 1708:9,
1708:14, 1708:15,
1709:11, 1709:14,
1715:9, 1716:5,
1716:13, 1716:14,
1717:2, 1717:5,

1717:8, 1717:25,
1718:11, 1718:22,
1719:13, 1720:17,
1720:19
**ASCERTAIN** [2] -
1675:15, 1695:11
**ASCERTAINED** [1] -
1695:9
**ASHLEY** [1] - 1672:2
**ASK** [7] - 1682:24,
1708:6, 1708:8,
1708:14, 1712:14,
1712:25, 1720:25
**ASKED** [5] -
1683:18, 1689:17,
1691:9, 1697:7,
1708:25
**ASKING** [1] -
1694:10
**ASPECTS** [1] -
1674:12
**ASSERT** [1] - 1684:3
**ASSERTED** [1] -
1688:13
**ASSERTION** [1] -
1702:24
**ASSERTS** [1] -
1715:17
**ASSIST** [1] - 1680:4
**ASSISTING** [1] -
1691:3
**ASSOCIATED** [1] -
1708:5
**ASSOCIATES** [2] -
1670:12, 1671:7
**ASSUME** [2] -
1711:6, 1715:8
**ASSUMING** [2] -
1697:24, 1720:22
**AT** [53] - 1673:18,
1675:4, 1677:25,
1679:23, 1680:2,
1683:11, 1683:24,
1687:24, 1689:2,
1689:4, 1689:10,
1689:21, 1689:22,
1690:9, 1690:11,
1690:15, 1690:16,
1691:4, 1692:2,
1692:8, 1692:10,
1693:3, 1694:20,
1695:12, 1695:20,
1696:4, 1697:5,
1698:18, 1699:4,
1700:5, 1701:16,
1702:14, 1703:11,
1704:4, 1707:25,
1708:2, 1708:24,
1710:5, 1710:19,
1712:24, 1713:14,

1716:25, 1717:23, 1718:18, 1719:8, 1719:14, 1719:16, 1720:19, 1720:23, 1721:11, 1721:13

**ATTACHED** [1] - 1705:23

**ATTEMPTING** [2] - 1694:15, 1707:15

**ATTEMPTS** [1] - 1707:24

**ATTEND** [1] - 1689:7

**ATTENDANCE** [2] - 1689:2, 1690:15

**ATTENDED** [8] - 1675:12, 1675:13, 1678:2, 1678:4, 1678:5, 1717:22, 1717:24, 1719:17

**ATTENTION** [8] - 1690:9, 1692:12, 1698:13, 1698:23, 1698:24, 1699:8, 1699:15, 1702:22

**ATTENUATED** [1] - 1717:17

**ATTORNEY** [14] - 1679:4, 1679:6, 1680:13, 1680:15, 1691:2, 1693:1, 1694:4, 1694:6, 1698:11, 1703:24, 1704:6, 1710:4, 1710:8, 1715:22

**ATTORNEY-CLIENT** [2] - 1703:24, 1704:6

**ATTORNEYS** [17] - 1673:9, 1676:1, 1678:4, 1689:14, 1689:15, 1689:16, 1691:4, 1691:20, 1696:6, 1699:10, 1699:13, 1715:16, 1717:3, 1717:23, 1718:1, 1718:4, 1719:19

**AUTHORIZED** [2] - 1696:6, 1698:12

**AUTOMOBILE** [1] - 1700:11

**AVAILABLE** [2] - 1700:15, 1707:16

**AVENUE** [2] - 1670:23, 1671:12

**AWAIT** [1] - 1705:3

**AWARE** [19] - 1674:15, 1674:18, 1677:25, 1689:18, 1691:5, 1691:11,

1692:1, 1692:6, 1694:19, 1696:8, 1702:22, 1704:11, 1708:20, 1710:15, 1710:17, 1711:23, 1712:1, 1714:15

# B

**B** [2] - 1670:19, 1715:16

**BACK** [3] - 1673:18, 1692:22, 1700:15

**BAEZA** [1] - 1672:5

**BANKS** [1] - 1681:24

**BARELY** [1] - 1680:2

**BARGE** [1] - 1692:25

**BARON** [1] - 1670:22

**BARONNE** [2] - 1670:17, 1670:20

**BASED** [4] - 1684:7, 1694:12, 1717:21, 1718:5

**BASICALLY** [3] - 1691:11, 1701:18, 1704:21

**BASILE** [1] - 1699:21

**BATON** [2] - 1671:10, 1671:16

**BAUMY** [1] - 1690:12

**BE** [69] - 1673:5, 1673:8, 1673:10, 1673:22, 1673:24, 1674:2, 1674:6, 1674:22, 1674:23, 1675:3, 1675:9, 1676:8, 1677:3, 1679:4, 1679:7, 1680:13, 1684:2, 1684:10, 1684:22, 1684:25, 1687:9, 1688:15, 1691:23, 1691:24, 1692:17, 1693:4, 1693:14, 1694:12, 1694:16, 1694:17, 1694:21, 1694:25, 1695:9, 1696:15, 1696:17, 1696:18, 1697:1, 1697:7, 1698:2, 1699:13, 1700:9, 1700:12, 1700:21, 1702:22, 1703:4, 1703:15, 1704:7, 1707:12, 1708:10, 1709:1, 1712:19, 1712:21, 1713:8, 1714:9, 1714:19, 1714:23, 1715:1, 1715:6, 1715:10, 1715:20, 1716:17,

1717:1, 1718:19, 1720:22, 1720:23

**BECAME** [2] - 1689:10, 1691:11

**BECAUSE** [34] - 1675:13, 1677:5, 1678:18, 1679:21, 1679:22, 1679:25, 1680:8, 1682:19, 1683:4, 1683:25, 1684:23, 1685:2, 1685:5, 1685:10, 1686:1, 1689:13, 1691:12, 1692:1, 1692:3, 1693:6, 1693:19, 1694:17, 1695:24, 1696:6, 1697:4, 1698:23, 1698:24, 1700:2, 1702:5, 1714:16, 1715:17, 1717:1, 1720:15

**BECOME** [3] - 1687:19, 1710:17, 1711:23

**BEEN** [34] - 1673:7, 1674:8, 1675:17, 1676:15, 1678:3, 1678:7, 1681:2, 1681:24, 1682:3, 1684:19, 1686:14, 1687:10, 1691:4, 1694:3, 1698:21, 1698:23, 1699:22, 1700:7, 1702:6, 1709:7, 1709:8, 1709:15, 1711:18, 1714:10, 1714:16, 1715:14, 1716:17, 1718:13, 1718:14, 1718:23, 1719:3, 1719:24

**BEFORE** [12] - 1670:8, 1691:15, 1692:6, 1692:17, 1693:8, 1698:12, 1707:11, 1709:11, 1715:2, 1717:22, 1718:6, 1719:5

**BEFUDDLED** [1] - 1674:24

**BEGAN** [1] - 1711:16

**BEHALF** [3] - 1675:15, 1699:17, 1701:11

**BEING** [8] - 1682:5, 1683:14, 1685:11, 1700:1, 1707:11, 1707:22, 1710:6, 1710:7

**BELIE** [1] - 1703:7

**BELIEF** [1] - 1709:17

**BELIEVE** [17] - 1678:6, 1678:7, 1687:4, 1690:3, 1690:10, 1694:3, 1701:4, 1701:19, 1702:9, 1702:17, 1703:3, 1703:6, 1704:18, 1707:1, 1711:17, 1721:5

**BELIEVED** [2] - 1689:5, 1689:16

**BELIEVES** [1] - 1715:9

**BENEFIT** [1] - 1677:17

**BENEFITED** [1] - 1695:8

**BENJAMIN** [1] - 1672:13

**BERNARD** [1] - 1716:19

**BEST** [4] - 1674:13, 1709:17, 1710:21, 1722:6

**BETTER** [2] - 1679:17, 1690:4

**BETWEEN** [3] - 1680:17, 1689:5, 1696:19

**BEYOND** [1] - 1706:4

**BIND** [1] - 1712:22

**BLIND** [1] - 1700:19

**BLURB** [2] - 1682:21, 1683:3

**BLVD** [1] - 1671:19

**BOARD** [4] - 1715:25, 1716:1, 1716:2, 1716:4

**BORGNE** [1] - 1681:20

**BOTH** [5] - 1688:6, 1688:11, 1689:19, 1712:6, 1718:6

**BOTTOM** [1] - 1705:9

**BOX** [4] - 1671:2, 1671:9, 1671:19, 1672:12

**BRANCH** [1] - 1672:5

**BREACHES** [6] - 1676:25, 1677:9, 1679:14, 1679:22, 1679:23, 1709:12

**BREAK** [2] - 1721:12, 1721:13

**BREAKING** [1] -

1705:12

**BRENDAN** [1] - 1671:23

**BRIEF** [4] - 1675:19, 1678:19, 1680:7, 1696:16

**BRIEFING** [1] - 1700:2

**BRING** [2] - 1677:4, 1698:13

**BROAD** [1] - 1685:23

**BROADER** [1] - 1684:22

**BROUGHT** [4] - 1690:9, 1698:22, 1698:24, 1715:10

**BROWN** [1] - 1696:2

**BRUNO** [3] - 1670:16, 1670:16, 1700:7

**BUDD** [1] - 1670:22

**BUNCH** [1] - 1675:13

**BURDEN** [4] - 1673:25, 1705:1, 1705:3

**BURGLASS** [2] - 1710:7, 1711:16

**BUT** [62] - 1673:8, 1674:7, 1674:18, 1675:8, 1675:11, 1675:25, 1676:11, 1676:18, 1678:7, 1680:10, 1681:10, 1682:16, 1684:6, 1685:20, 1686:11, 1686:18, 1688:16, 1689:17, 1689:21, 1689:22, 1691:3, 1691:5, 1692:1, 1692:12, 1692:15, 1692:24, 1693:9, 1694:10, 1695:8, 1695:13, 1696:10, 1697:17, 1698:12, 1699:15, 1700:14, 1700:15, 1700:22, 1702:4, 1702:6, 1702:10, 1702:17, 1703:6, 1703:13, 1704:1, 1704:13, 1704:20, 1705:9, 1705:23, 1709:11, 1709:25, 1712:14, 1712:19, 1712:22, 1715:3, 1717:14, 1718:5, 1718:15, 1719:2, 1719:8, 1719:16, 1719:25

**BY** [2] - 1672:18, 1672:19

**BY** [49] - 1670:13, 1670:16, 1670:19, 1670:23, 1671:1, 1671:5, 1671:8, 1671:12, 1671:15, 1671:18, 1671:22, 1672:1, 1672:5, 1673:23, 1674:2, 1674:24, 1675:17, 1675:22, 1678:3, 1678:11, 1678:17, 1681:23, 1682:1, 1686:16, 1688:9, 1689:23, 1689:24, 1690:3, 1693:21, 1695:2, 1697:10, 1700:9, 1701:2, 1701:17, 1701:21, 1701:24, 1702:19, 1702:24, 1703:10, 1704:18, 1705:22, 1713:16, 1715:24, 1717:9, 1717:18, 1719:17

## C

**C** [8] - 1671:5, 1671:8, 1671:12, 1671:14, 1671:15, 1671:18, 1671:18, 1673:1
**CA** [1] - 1670:14
**CAFA** [2] - 1686:7, 1686:8
**CALIFORNIA** [1] - 1704:19
**CALL** [3] - 1684:16, 1692:9, 1712:5
**CALLED** [1] - 1700:9
**CALVIN** [1] - 1671:12
**CAME** [2] - 1691:6, 1691:8
**CAMERA** [4] - 1712:14, 1712:15, 1713:3
**CAN** [21] - 1673:10, 1673:11, 1674:13, 1676:10, 1678:6, 1679:24, 1682:15, 1691:19, 1692:18, 1695:9, 1699:7, 1702:1, 1702:2, 1702:4, 1706:10, 1712:16, 1714:22, 1714:25, 1716:13, 1720:22
**CAN'T** [4] - 1694:16, 1702:4, 1707:21, 1713:9
**CANAL** [4] -

1676:25, 1677:9, 1679:14, 1679:23
**CANALS** [2] - 1682:14, 1683:6
**CANNONS** [2] - 1674:21, 1680:9
**CANNOT** [1] - 1702:16
**CARE** [1] - 1697:14
**CARONDELET** [1] - 1672:2
**CARVED** [1] - 1701:22
**CASE** [58] - 1674:8, 1674:11, 1676:7, 1677:19, 1678:22, 1678:23, 1679:13, 1679:18, 1679:24, 1680:6, 1682:13, 1682:15, 1682:16, 1682:19, 1682:22, 1683:1, 1683:4, 1683:15, 1683:18, 1684:13, 1684:21, 1686:11, 1686:12, 1686:14, 1686:23, 1687:3, 1687:5, 1687:11, 1688:4, 1688:6, 1688:13, 1688:25, 1692:14, 1692:20, 1692:22, 1692:24, 1695:17, 1696:7, 1696:22, 1697:11, 1698:10, 1700:12, 1701:22, 1703:10, 1703:12, 1704:6, 1704:9, 1704:18, 1705:5, 1705:6, 1705:8, 1708:4, 1709:13, 1716:18, 1717:8, 1717:17, 1718:23
**CASES** [19] - 1678:20, 1683:19, 1686:5, 1686:15, 1687:11, 1688:3, 1688:5, 1689:23, 1698:7, 1698:17, 1700:13, 1703:9, 1705:7, 1709:6, 1709:9, 1709:16, 1709:22, 1715:13, 1719:13
**CATEGORIES** [2] - 1679:21, 1689:1
**CATEGORY** [9] - 1677:10, 1677:11, 1681:11, 1685:19, 1685:23, 1686:18, 1689:3, 1689:4

**CAUGHT** [1] - 1699:15
**CAUSE** [2] - 1679:5, 1694:11
**CAUTION** [1] - 1699:15
**CCR** [3] - 1672:15, 1722:4, 1722:12
**CERTAIN** [6] - 1677:11, 1680:4, 1684:8, 1702:7, 1712:6, 1717:5
**CERTAINLY** [9] - 1674:8, 1681:4, 1685:13, 1704:15, 1704:16, 1717:25, 1718:8, 1719:20, 1720:17
**CERTAINTY** [3] - 1702:1, 1702:2, 1702:4
**CERTIFICATE** [1] - 1722:2
**CERTIFICATION** [5] - 1680:25, 1681:1, 1682:7, 1684:11, 1717:16
**CERTIFY** [1] - 1722:5
**CHANCE** [1] - 1695:20
**CHANGE** [3] - 1678:10, 1697:23, 1698:24
**CHARGE** [1] - 1703:22
**CHECK** [1] - 1685:22
**CHECKED** [1] - 1710:3
**CHOICE** [1] - 1718:23
**CIRCUIT** [9] - 1679:3, 1696:4, 1698:10, 1703:18, 1703:21, 1704:3, 1705:3, 1705:8
**CIRCUMSTANCES** [2] - 1674:14, 1704:21
**CITATIONS** [1] - 1698:16
**CITED** [5] - 1688:4, 1703:9, 1703:10, 1705:5, 1715:13
**CITES** [1] - 1705:8
**CITING** [1] - 1718:17
**CITY** [2] - 1681:23, 1718:17
**CITY** [1] - 1671:20
**CIVIL** [8] - 1686:15, 1686:25, 1687:8,

1703:18, 1703:19, 1704:2, 1704:9, 1705:2
**CLAIMS** [2] - 1683:14
**CLARIFY** [2] - 1707:3, 1713:15
**CLASS** [14] - 1678:1, 1680:24, 1681:1, 1681:7, 1681:16, 1682:6, 1684:11, 1686:16, 1701:2, 1701:11, 1701:13, 1701:16, 1701:23, 1717:16
**CLEAR** [6] - 1675:1, 1675:8, 1684:1, 1689:13, 1699:23, 1712:15
**CLEARLY** [6] - 1674:23, 1691:18, 1707:5, 1717:2, 1717:22, 1721:6
**CLERK** [3] - 1673:5, 1673:19, 1673:22
**CLIENT** [24] - 1674:23, 1675:1, 1675:4, 1675:8, 1678:12, 1678:13, 1679:5, 1679:6, 1679:8, 1680:14, 1684:3, 1686:3, 1689:4, 1696:6, 1703:24, 1704:6, 1711:18, 1713:22, 1713:25, 1714:4, 1716:8, 1716:11, 1716:12, 1717:1
**CLIENTS** [1] - 1717:3
**CLOSE** [1] - 1713:5
**CLOSURE** [1] - 1707:13
**CMO** [1] - 1701:5
**COAT** [2] - 1700:10, 1713:7
**CODE** [4] - 1694:7, 1696:12, 1696:15, 1715:12
**CODEFENDANT** [3] - 1679:7, 1679:10, 1680:13
**CODEFENDANTS** [1] - 1680:17
**COLLEAGUES** [1] - 1714:23
**COMBINED** [1] - 1681:21
**COME** [3] - 1673:18, 1676:16, 1685:3

**COMING** [1] - 1710:5
**COMMENCING** [1] - 1702:18
**COMMENTED** [1] - 1691:9
**COMMENTS** [2] - 1680:20, 1703:9
**COMMISSIONERS** [3] - 1715:25, 1716:2, 1716:4
**COMMITTEE** [2] - 1701:9, 1701:24
**COMMON** [1] - 1694:8
**COMPELLED** [1] - 1699:8
**COMPLAINT** [8] - 1681:8, 1681:10, 1681:11, 1681:16, 1683:10, 1701:11, 1701:13, 1701:17
**COMPLETED** [2] - 1713:6, 1718:24
**COMPLETELY** [1] - 1716:23
**COMPLEX** [1] - 1671:8
**COMPLEX** [2] - 1674:7, 1674:10
**COMPRESSED** [1] - 1676:3
**COMPROMISE** [1] - 1687:13
**COMPUTER** [1] - 1672:19
**CONCERNED** [4] - 1675:4, 1675:6, 1684:19, 1695:24
**CONCERNING** [6] - 1678:8, 1683:8, 1688:11, 1688:13, 1697:22, 1698:11
**CONCERNS** [1] - 1674:4
**CONCLUDES** [1] - 1700:4
**CONDUCT** [2] - 1713:19, 1716:7
**CONDUCTED** [1] - 1673:24
**CONFERRING** [2] - 1690:16, 1690:24
**CONFIDENCE** [1] - 1688:24
**CONFIDENCES** [8] - 1677:16, 1684:8, 1684:10, 1684:23, 1685:9, 1688:18, 1688:21, 1703:25
**CONFIDENT** [1] -

1675:21
**CONFIDENTIAL** [10] - 1677:16, 1680:16, 1682:24, 1683:1, 1684:2, 1695:6, 1704:5, 1704:8, 1717:6, 1717:9
**CONFIDENTIALITY** [1] - 1704:22
**CONFIDENTIALLY** [1] - 1685:1
**CONFIRMED** [2] - 1714:5, 1716:12
**CONFLICT** [20] - 1674:16, 1675:7, 1675:17, 1684:3, 1693:16, 1693:22, 1695:5, 1696:18, 1696:19, 1699:1, 1700:5, 1704:23, 1705:1, 1708:23, 1709:2, 1709:3, 1710:2, 1715:6, 1718:14
**CONNECT** [1] - 1702:21
**CONNECTION** [1] - 1720:24
**CONOR** [3] - 1672:7, 1706:15, 1720:13
**CONSENT** [3] - 1714:5, 1714:8, 1716:12
**CONSIDER** [1] - 1683:18
**CONSIDERING** [1] - 1718:12
**CONSOLIDATED** [8] - 1677:9, 1677:14, 1679:15, 1679:25, 1680:1, 1681:7, 1681:16, 1701:23
**CONSPIRACY** [11] - 1703:12, 1703:14, 1703:20, 1703:22, 1704:2, 1704:9, 1704:14, 1704:17, 1705:2
**CONSTRAINTS** [1] - 1686:2
**CONSTRUCTED** [1] - 1681:25
**CONSTRUCTION** [2] - 1678:25, 1687:12
**CONSULTING** [1] - 1690:16
**CONTACT** [2] - 1707:25, 1708:25
**CONTENTION** [1] - 1684:5

**CONTEST** [1] - 1691:21
**CONTEXT** [2] - 1703:19, 1705:2
**CONTINUE** [3] - 1680:12, 1700:15, 1705:11
**CONTINUED** [1] - 1689:2
**CONTRARY** [2] - 1698:4, 1713:8
**CONTROL** [2] - 1687:14, 1688:14
**CONTROVERSY** [2] - 1679:8, 1680:14
**CONVERGED** [1] - 1681:20
**CONVERSATIONS** [1] - 1707:4
**CONVERTED** [1] - 1674:6
**CORPORATION** [4] - 1678:25, 1679:1, 1696:3
**CORPS** [8] - 1690:14, 1706:15, 1707:13, 1707:15, 1707:21, 1707:22, 1707:25, 1710:11
**CORRECT** [7] - 1674:22, 1688:1, 1699:3, 1710:12, 1710:13, 1716:19, 1722:6
**CORRESPONDENCE** [1] - 1707:17
**COULD** [9] - 1677:17, 1684:3, 1687:19, 1693:8, 1697:7, 1711:1, 1712:19, 1712:21, 1715:14
**COULDN'T** [2] - 1687:9, 1694:16
**COUNSEL** [1] - 1677:21, 1690:17, 1693:24, 1693:25, 1699:17, 1699:21, 1700:7, 1703:22, 1703:23, 1712:18, 1718:22
**COUPLE** [4] - 1686:14, 1698:7, 1699:19, 1701:5
**COURSE** [7] - 1675:20, 1700:3, 1700:22, 1704:4, 1704:10, 1715:10, 1719:16
**COURT** [1] - 1672:15

**COURT** [207] - 1670:1, 1673:6, 1673:15, 1673:18, 1673:21, 1673:23, 1674:15, 1676:9, 1676:12, 1676:22, 1677:1, 1678:6, 1678:11, 1678:14, 1678:19, 1678:24, 1679:2, 1679:10, 1679:13, 1679:16, 1679:20, 1680:4, 1680:19, 1680:23, 1681:9, 1681:13, 1682:4, 1682:9, 1682:11, 1683:13, 1683:16, 1683:20, 1683:23, 1683:24, 1684:11, 1684:16, 1685:8, 1685:15, 1685:20, 1685:24, 1686:6, 1686:17, 1686:19, 1686:22, 1686:24, 1687:1, 1687:6, 1687:9, 1687:15, 1687:16, 1687:19, 1687:21, 1687:24, 1688:2, 1688:9, 1688:15, 1688:20, 1688:23, 1688:8, 1689:21, 1689:25, 1690:4, 1690:11, 1690:18, 1690:21, 1690:24, 1691:7, 1691:14, 1691:18, 1691:21, 1691:22, 1692:4, 1692:8, 1692:14, 1692:20, 1693:9, 1693:11, 1693:14, 1693:18, 1694:8, 1694:10, 1695:10, 1695:13, 1695:19, 1695:24, 1696:8, 1696:10, 1696:21, 1697:9, 1697:14, 1697:18, 1697:24, 1698:4, 1698:8, 1698:12, 1698:14, 1698:18, 1699:2, 1699:3, 1699:5, 1699:6, 1699:8, 1699:10, 1699:11, 1699:16, 1699:20, 1699:22, 1700:12, 1700:16, 1700:24, 1701:17, 1701:24, 1702:7, 1702:13, 1702:16, 1702:18, 1703:15, 1704:1, 1704:3, 1704:7,

1705:10, 1705:14, 1705:17, 1705:19, 1705:22, 1705:25, 1706:4, 1706:12, 1706:18, 1706:24, 1707:7, 1707:19, 1708:1, 1708:5, 1708:6, 1708:9, 1708:13, 1708:15, 1708:18, 1708:20, 1708:23, 1709:4, 1709:6, 1709:11, 1709:17, 1709:22, 1709:24, 1710:6, 1710:9, 1710:14, 1710:17, 1710:20, 1710:24, 1711:1, 1711:3, 1711:6, 1711:9, 1711:11, 1711:14, 1711:19, 1711:23, 1712:1, 1712:4, 1712:9, 1712:12, 1712:21, 1712:24, 1713:4, 1713:5, 1713:11, 1713:12, 1713:14, 1713:20, 1714:1, 1714:3, 1714:6, 1714:11, 1714:13, 1714:21, 1715:7, 1715:10, 1715:13, 1716:13, 1717:8, 1717:13, 1717:19, 1718:10, 1719:1, 1719:12, 1720:17, 1720:25, 1721:3, 1721:7, 1721:10, 1721:13, 1722:4, 1722:5, 1722:13
**COURT'S** [15] - 1673:5, 1673:22, 1673:24, 1674:4, 1674:8, 1674:10, 1674:15, 1677:4, 1698:13, 1698:22, 1698:24, 1699:8, 1715:4, 1715:8, 1717:18
**COURTROOM** [1] - 1712:15
**COURTS** [1] - 1718:15
**COVERED** [1] - 1675:22
**CREDENTIALS** [1] - 1712:6
**CRIMINAL** [6] - 1703:14, 1703:20, 1704:2, 1704:9, 1704:10, 1705:2

**CRR** [2] - 1672:15, 1722:12
**CURIOSITY** [1] - 1691:12

# D

**D** [2] - 1672:10, 1673:1
**DALLAS** [1] - 1670:24
**DANIEL** [2] - 1672:5, 1696:3
**DARE** [1] - 1676:11
**DATE** [3] - 1687:16, 1688:9, 1705:14
**DATES** [2] - 1687:19, 1701:4
**DAY** [4] - 1676:3, 1676:4, 1690:21, 1700:8
**DAYS** [5] - 1676:16, 1682:3, 1717:20, 1718:12, 1719:1
**DC** [1] - 1672:13
**DE** [1] - 1687:5
**DEAL** [1] - 1701:13
**DEALS** [1] - 1675:7
**DEAR** [1] - 1714:23
**DEBILITATED** [1] - 1716:15
**DECIDE** [2] - 1701:10, 1718:5
**DECIDED** [2] - 1676:8, 1697:3
**DECIDING** [1] - 1695:15
**DECISION** [1] - 1676:8
**DECLARATION** [2] - 1697:20, 1699:22
**DECLARATIONS** [1] - 1691:19
**DEFECTS** [1] - 1682:12
**DEFENDANT** [8] - 1672:4, 1676:13, 1685:19, 1686:11, 1689:23, 1702:11, 1703:22, 1716:17
**DEFENDANTS** [10] - 1677:11, 1677:13, 1677:16, 1677:17, 1677:21, 1678:2, 1681:18, 1682:1, 1687:5, 1717:11
**DEFENDANTS'S** [1] - 1677:24
**DEFENDING** [1] - 1693:2

**DEFENSE** [56] - 1674:20, 1674:24, 1674:25, 1675:21, 1675:22, 1676:23, 1677:3, 1677:8, 1677:10, 1677:12, 1677:15, 1677:19, 1678:17, 1678:20, 1680:8, 1680:18, 1681:12, 1683:25, 1684:8, 1684:9, 1684:24, 1684:25, 1685:2, 1685:6, 1687:21, 1688:23, 1693:15, 1694:13, 1694:18, 1694:19, 1696:14, 1697:2, 1698:1, 1700:9, 1703:19, 1703:22, 1704:3, 1704:22, 1710:15, 1711:24, 1712:1, 1712:19, 1713:1, 1715:7, 1715:11, 1715:23, 1715:24, 1717:2, 1717:4, 1717:5, 1717:7, 1717:12, 1717:14, 1719:10

**DEFENSES** [2] - 1677:18, 1688:13

**DEFINITIVE** [1] - 1720:19

**DELAY** [1] - 1718:21

**DENHAM** [1] - 1671:13

**DENY** [1] - 1720:21

**DEPARTMENT** [2] - 1672:4, 1716:3

**DEPASS** [1] - 1687:5

**DEPENDS** [1] - 1708:15

**DEPOSITION** [22] - 1675:12, 1676:5, 1690:11, 1690:14, 1690:23, 1691:3, 1692:8, 1692:11, 1693:1, 1693:2, 1702:14, 1705:19, 1705:21, 1705:24, 1706:1, 1706:6, 1706:8, 1706:13, 1706:17, 1719:14, 1721:1

**DEPOSITIONS** [15] - 1689:2, 1689:7, 1689:20, 1690:9, 1690:15, 1691:4, 1692:25, 1693:4, 1702:18, 1706:11, 1717:22, 1717:24,

1718:5, 1719:18, 1721:1

**DEPRIVE** [1] - 1718:22

**DEPUTY** [3] - 1673:5, 1673:19, 1673:22

**DESIGNED** [1] - 1681:25

**DESIGNEE** [2] - 1705:22, 1706:8

**DESK** [1] - 1677:2

**DETERMINE** [5] - 1685:8, 1693:21, 1704:7, 1709:2, 1709:19

**DEVELOP** [1] - 1678:8

**DEVELOPMENT** [1] - 1716:3

**DID** [19] - 1676:1, 1685:22, 1689:25, 1690:2, 1693:8, 1697:21, 1699:6, 1701:13, 1708:18, 1708:23, 1708:25, 1709:17, 1710:4, 1710:8, 1710:17, 1711:9, 1711:14, 1711:23

**DIDN'T** [16] - 1675:5, 1677:4, 1682:15, 1682:20, 1686:1, 1690:8, 1691:1, 1691:2, 1691:6, 1692:8, 1692:20, 1695:20, 1716:21, 1716:22

**DIFFERENCE** [1] - 1691:24

**DIFFERENT** [5] - 1680:1, 1693:4, 1701:3, 1716:23

**DIFFICULT** [3] - 1676:8, 1695:15, 1718:4

**DIG** [1] - 1716:22

**DIRECT** [2] - 1704:5, 1705:12

**DIRECTLY** [2] - 1685:3, 1703:8

**DISAGREE** [1] - 1684:14

**DISCLOSED** [2] - 1685:1, 1695:7

**DISCOVERED** [1] - 1689:14

**DISCOVERS** [2] - 1698:11, 1718:20

**DISCOVERY** [2] -

1679:22, 1680:4

**DISCRETE** [1] - 1701:22

**DISCRETION** [1] - 1700:22

**DISCRETIONARY** [2] - 1676:13, 1688:14

**DISCUSS** [1] - 1708:23

**DISCUSSED** [2] - 1708:3, 1718:2

**DISCUSSIONS** [1] - 1715:22

**DISMISS** [1] - 1686:21

**DISMISSED** [4] - 1683:4, 1686:13, 1701:21, 1707:12

**DISQUALIFICATION** [7] - 1693:25, 1694:6, 1696:5, 1715:17, 1717:20, 1718:9, 1720:22

**DISQUALIFIED** [7] - 1673:9, 1678:17, 1694:12, 1694:17, 1694:25, 1699:13, 1704:7

**DISQUALIFY** [6] - 1692:16, 1715:15, 1718:11, 1718:16, 1718:19, 1718:21

**DISRUPTION** [2] - 1715:2, 1715:4

**DISTRICT** [10] - 1670:1, 1670:1, 1670:8, 1683:22, 1704:19, 1716:1, 1716:2, 1718:18, 1722:5

**DIVISION** [2] - 1701:8, 1702:7

**DIVULGE** [1] - 1717:6

**DIVULGED** [2] - 1675:23, 1717:9

**DO** [36] - 1673:10, 1676:3, 1678:5, 1678:7, 1678:14, 1678:20, 1678:22, 1679:18, 1679:23, 1684:11, 1684:12, 1684:14, 1685:23, 1687:15, 1692:3, 1692:19, 1695:16, 1699:2, 1705:14, 1707:21, 1710:21, 1710:22, 1711:3, 1712:9, 1712:14, 1712:15, 1712:22,

1716:16, 1716:18, 1716:21, 1718:10, 1718:11, 1719:12, 1721:12, 1722:5

**DOCKET** [1] - 1670:3

**DOCKET** [1] - 1685:22

**DOCTOR** [2] - 1684:16, 1712:5

**DOES** [6] - 1678:14, 1679:25, 1697:9, 1704:22, 1706:9, 1712:16

**DOESN'T** [6] - 1678:20, 1682:18, 1684:12, 1715:3, 1715:12, 1716:24

**DOG** [1] - 1696:21

**DOING** [3] - 1704:17, 1707:14, 1708:10

**DOMENGEAUX** [1] - 1671:1

**DON'T** [39] - 1678:3, 1679:23, 1680:5, 1680:7, 1680:9, 1680:10, 1683:13, 1684:5, 1684:13, 1685:11, 1685:15, 1685:17, 1685:18, 1685:20, 1685:21, 1686:10, 1686:24, 1687:18, 1687:20, 1688:15, 1689:8, 1690:10, 1692:12, 1694:3, 1695:5, 1695:6, 1695:8, 1696:22, 1697:4, 1697:14, 1702:6, 1702:9, 1708:11, 1710:20, 1712:5, 1719:19, 1719:22, 1720:14, 1720:15

**DONE** [6] - 1673:18, 1674:2, 1676:11, 1702:16, 1705:11, 1717:9

**DOOR** [1] - 1714:24

**DOTS** [1] - 1702:21

**DOZENS** [2] - 1701:1, 1701:14

**DR** [6] - 1684:15, 1690:21, 1705:13, 1712:7, 1712:10, 1721:12

**DREDGERS** [1] - 1679:17

**DRIVER** [1] - 1699:24

**DUDENHEFER** [2] - 1671:4, 1671:5

**DUE** [2] - 1687:14, 1700:19

**DUMAS** [2] - 1671:7, 1671:8

**DURING** [4] - 1691:11, 1703:3, 1708:7, 1715:19

**DUTY** [2] - 1704:22

**DUVAL** [1] - 1670:8

# E

**E** [14] - 1672:2, 1673:1, 1674:5, 1674:6, 1675:10, 1695:23, 1707:9, 1707:16, 1707:18, 1707:19, 1708:5, 1712:8

**E-MAIL** [6] - 1674:5, 1675:10, 1695:23, 1707:9, 1707:16, 1707:19

**E-MAILED** [1] - 1674:6

**E-MAILS** [2] - 1707:18, 1708:5

**EACH** [6] - 1677:17, 1680:2, 1693:24, 1694:21, 1701:10, 1703:22

**EARLIER** [2] - 1695:18, 1706:4

**EARLY** [4] - 1690:14, 1701:4, 1717:25, 1720:17

**EAST** [1] - 1671:23

**EAST** [5] - 1681:23, 1685:11, 1701:25, 1716:2

**EASTERN** [2] - 1670:1, 1722:5

**EDUCATE** [1] - 1679:24

**EDWARDS** [1] - 1671:1

**EFFECT** [2] - 1675:25, 1703:23

**EHRLICH** [3] - 1672:6, 1720:6

**EIGHT** [1] - 1679:20

**EIGHTH** [1] - 1705:8

**EITHER** [5] - 1688:18, 1698:2, 1702:8, 1702:15, 1716:19

**EL** [2] - 1672:6, 1718:17

**EL-AMIN** [1] - 1672:6

**ELISA** - 1671:22

**ELSE** [4] - 1676:6, 1706:2, 1710:11, 1717:10
**ELWOOD** [2] - 1671:18, 1671:18
**EMANATED** [1] - 1709:20
**EMPHASIS** [1] - 1674:8
**EMPLOY** [1] - 1708:18
**EMPLOYED** [2] - 1678:5, 1695:2
**EMPLOYEE** [1] - 1685:4
**EMPLOYEE'S** [2] - 1707:15, 1707:21
**EMPLOYEES** [2] - 1707:20, 1707:25
**EMPLOYER** [3] - 1695:7, 1709:1, 1710:7
**EMPLOYMENT** [8] - 1678:10, 1689:23, 1690:6, 1697:23, 1698:3, 1698:25, 1708:4
**ENCOUNTERS** [1] - 1718:6
**END** [1] - 1711:22
**ENGINEERS** [1] - 1690:14
**ENOUGH** [1] - 1689:5
**ENTER** [1] - 1694:10
**ENTERED** [8] - 1676:23, 1677:7, 1677:10, 1677:12, 1684:7, 1687:22, 1694:18, 1715:24
**ENTIRE** [1] - 1699:18
**ENTITLED** [1] - 1722:8
**ENTRY** [1] - 1674:6
**ERROR** [1] - 1707:24
**ESQ** [29] - 1670:13, 1670:16, 1670:19, 1670:20, 1670:23, 1671:1, 1671:5, 1671:8, 1671:12, 1671:15, 1671:15, 1671:18, 1671:22, 1671:23, 1672:1, 1672:2, 1672:6, 1672:6, 1672:7, 1672:7, 1672:8, 1672:8, 1672:9, 1672:9, 1672:10, 1672:10, 1672:11, 1672:11, 1672:12

**ESSENCE** [1] - 1674:22
**ESTABLISH** [2] - 1704:23, 1707:5
**ESTABLISHED** [1] - 1714:7
**ET** [2] - 1670:2, 1670:5
**ETHICAL** [10] - 1696:7, 1696:11, 1696:24, 1696:25, 1697:1, 1697:4, 1698:11, 1715:10, 1717:13, 1719:9
**ETHICS** [9] - 1674:21, 1678:15, 1680:9, 1696:12, 1696:15, 1699:21, 1700:4, 1700:5, 1715:12
**EVE** [2] - 1692:17, 1719:7
**EVEN** [6] - 1696:5, 1698:2, 1702:10, 1715:1, 1718:2, 1719:10
**EVENT** [1] - 1673:8
**EVENTUALLY** [3] - 1676:8, 1682:23, 1685:8
**EVER** [6] - 1690:10, 1702:3, 1704:11, 1704:16, 1709:15
**EVERY** [3] - 1693:3, 1702:14, 1702:16
**EVERYBODY** [1] - 1689:17
**EVERYONE** [2] - 1674:11, 1702:19
**EVERYTHING** [6] - 1673:7, 1692:18, 1701:25, 1708:8, 1710:14, 1713:8
**EVIDENCE** [5] - 1682:3, 1697:25, 1698:4, 1698:23, 1718:2
**EVIDENT** [3] - 1719:3, 1719:24
**EXACT** [1] - 1701:4
**EXACTLY** [1] - 1703:21
**EXCEPT** [1] - 1674:17
**EXCEPTION** [3] - 1676:14, 1688:14, 1704:12
**EXCHANGE** [1] - 1707:9
**EXCHANGED** [1] -

1704:5
**EXCHANGES** [1] - 1680:16
**EXCUSE** [5] - 1682:11, 1706:15, 1706:22, 1708:2, 1719:21
**EXECUTED** [1] - 1681:12
**EXISTING** [1] - 1694:7
**EXPEDITIONS** [1] - 1700:20
**EXPERT** [9] - 1676:5, 1676:15, 1678:1, 1678:2, 1684:17, 1684:18, 1700:8, 1700:9, 1700:15
**EXPLAIN** [1] - 1692:21
**EXPLAINED** [1] - 1707:23
**EXPLORE** [1] - 1710:22
**EXPRESSLY** [2] - 1693:24, 1694:5
**EXTENT** [2] - 1674:17, 1675:23

## F

**F** [1] - 1672:8
**F.2D** [5] - 1679:1, 1679:2, 1696:3, 1698:9, 1703:11
**F.SUPP.2D** [3] - 1683:22, 1704:19, 1718:18
**FACE** [1] - 1693:7
**FACILITY** [1] - 1699:25
**FACT** [12] - 1684:7, 1693:5, 1694:12, 1695:2, 1698:12, 1698:18, 1701:24, 1703:12, 1704:14, 1709:14, 1715:13, 1717:8
**FACTS** [8] - 1674:16, 1675:9, 1684:5, 1688:4, 1703:7, 1703:14, 1717:21, 1718:20
**FACTUAL** [5] - 1674:8, 1674:10, 1676:15, 1700:25, 1704:2
**FAILED** [1] - 1685:10
**FAILURE** [3] - 1682:5, 1682:9,

1682:11
**FAIRBANKS** [1] - 1705:22
**FAIRLY** [2] - 1699:11, 1702:7
**FAITH** [4] - 1715:5, 1715:8, 1715:9, 1717:21
**FALSELY** [1] - 1691:22
**FAMILIAR** [3] - 1698:15, 1716:14, 1719:12
**FAR** [2] - 1676:16, 1683:5
**FASCICLE** [1] - 1680:21
**FASCICLED** [4] - 1679:16, 1680:5, 1680:24, 1681:5
**FASHION** [2] - 1676:3, 1699:12
**FAULT** [2] - 1677:4, 1681:18
**FAYARD** [2] - 1671:11, 1671:12
**FEDERAL** [1] - 1694:8
**FEEL** [3] - 1697:12, 1697:14, 1720:18
**FELDMAN** [1] - 1707:11
**FELT** [1] - 1698:20
**FENCE** [1] - 1694:23
**FEW** [1] - 1709:9
**FIELD** [1] - 1700:4
**FIFTH** [9] - 1678:22, 1679:3, 1696:3, 1696:4, 1698:10, 1703:18, 1703:21, 1704:3, 1705:2
**FIGURE** [1] - 1686:2
**FIGURED** [1] - 1686:3
**FILE** [4] - 1691:19, 1701:10, 1701:12, 1718:11
**FILED** [9] - 1686:15, 1691:22, 1692:16, 1700:1, 1701:2, 1701:16, 1701:17, 1701:18, 1701:24, 1717:20, 1718:14
**FILING** [1] - 1718:21
**FINAL** [1] - 1675:20
**FINALLY** [1] - 1705:5
**FIND** [8] - 1673:9, 1675:16, 1692:20, 1696:10, 1707:15, 1707:18, 1716:23,

1719:2
**FINDING** [3] - 1684:5, 1718:11, 1719:9
**FINDINGS** [1] - 1719:2
**FINDS** [5] - 1717:8, 1717:13, 1717:19, 1718:10, 1719:1
**FINE** [2] - 1685:21, 1708:11
**FINISH** [2] - 1679:20, 1680:25
**FINISHED** [1] - 1680:11
**FIRM** [16] - 1670:19, 1671:4, 1671:7, 1671:22, 1678:5, 1678:17, 1684:6, 1694:16, 1708:4, 1709:15, 1710:5, 1711:11, 1711:14, 1711:18, 1711:19
**FIRMS** [1] - 1694:24
**FIRST** [18] - 1674:1, 1674:4, 1681:17, 1682:6, 1691:12, 1696:10, 1699:19, 1700:8, 1700:25, 1701:5, 1702:9, 1702:24, 1703:10, 1708:18, 1710:17, 1711:23, 1715:2, 1718:13
**FISHING** [1] - 1700:19
**FIT** [1] - 1715:12
**FLOOD** [2] - 1687:14, 1688:14
**FLOODING** [2] - 1684:18, 1684:20
**FLOODWALLS** [1] - 1681:24
**FLORIDA** [1] - 1701:7
**FLORIDA** [1] - 1671:12
**FLOW** [1] - 1689:9
**FOLLOWING** [1] - 1703:21
**FOOTNOTE** [4] - 1699:7, 1699:9, 1699:14
**FOR** [47] - 1670:12, 1671:22, 1672:4, 1674:21, 1675:9, 1676:12, 1676:13, 1677:21, 1678:2, 1678:8, 1682:3, 1683:19, 1684:25,

1685:4, 1685:12, 1689:7, 1692:25, 1693:4, 1693:25, 1694:11, 1695:23, 1699:6, 1699:17, 1699:25, 1700:8, 1700:15, 1701:7, 1701:17, 1702:6, 1702:12, 1702:22, 1703:23, 1706:14, 1710:10, 1711:3, 1712:18, 1713:16, 1717:3, 1719:24, 1719:25, 1720:21, 1721:2, 1721:3, 1721:12, 1721:13

**FOREGO** [1] - 1707:24

**FOREGOING** [1] - 1722:6

**FORGET** [1] - 1701:3

**FORM** [1] - 1700:2

**FORMAL** [1] - 1694:7

**FORMER** [9] - 1679:5, 1679:8, 1680:14, 1686:3, 1713:25, 1714:4, 1716:11, 1717:1

**FORMERLY** [2] - 1713:22, 1716:8

**FORTH** [2] - 1683:24, 1713:17

**FOUND** [7] - 1682:19, 1692:15, 1694:23, 1717:21, 1718:16, 1719:7, 1720:20

**FRANK** [1] - 1671:5

**FRANKLIN** [1] - 1672:13

**FRANKLY** [10] - 1689:2, 1690:8, 1691:2, 1692:1, 1692:21, 1695:4, 1718:10, 1719:2, 1720:10, 1720:19

**FRED** [1] - 1705:7

**FROM** [43] - 1677:17, 1678:4, 1679:3, 1681:6, 1681:15, 1681:18, 1681:20, 1681:23, 1682:21, 1683:2, 1683:9, 1684:19, 1685:2, 1685:3, 1685:4, 1686:5, 1686:6, 1687:16, 1687:17, 1689:23, 1690:20, 1694:13, 1695:8, 1697:7, 1697:21,

1697:22, 1698:1, 1699:25, 1701:21, 1704:24, 1707:17, 1707:19, 1709:20, 1710:10, 1711:1, 1711:20, 1714:10, 1716:5, 1717:11, 1717:17, 1722:7

**FRONT** [1] - 1706:6

**FULLY** [1] - 1714:15

**FUNCTION** [2] - 1676:13, 1688:14

**FUNNELED** [1] - 1681:21

**FURNISHED** [2] - 1699:22, 1706:4

**FURTHER** [5] - 1676:1, 1683:17, 1707:3, 1715:11, 1717:19

**FUTURE** [1] - 1694:2

# G

**G** [2] - 1672:10, 1673:1

**GABAPENTIN** [1] - 1683:21

**GAIN** [1] - 1707:25

**GALACTICALLY** [1] - 1717:17

**GAMBLE** [1] - 1686:16

**GAVE** [1] - 1680:6

**GET** [9] - 1673:11, 1676:7, 1676:9, 1679:2, 1687:1, 1687:22, 1697:21, 1706:10, 1710:14

**GETS** [1] - 1712:13

**GETTING** [3] - 1675:9, 1687:9, 1699:11

**GILBERT** [2] - 1671:22, 1671:22

**GIVE** [6] - 1698:6, 1698:17, 1708:13, 1709:18, 1714:21, 1714:24

**GIVEN** [2] - 1695:18, 1713:9

**GIVES** [2] - 1714:4, 1716:12

**GIWW** [2] - 1681:21, 1681:22

**GO** [23] - 1674:1, 1676:1, 1676:7, 1676:10, 1677:6, 1680:10, 1683:2, 1683:6, 1692:8, 1693:5, 1693:14,

1693:20, 1695:11, 1695:20, 1695:25, 1699:15, 1700:14, 1709:4, 1712:13, 1712:14, 1712:15, 1714:22, 1720:11

**GOES** [1] - 1694:9

**GOING** [40] - 1673:8, 1673:16, 1673:25, 1674:1, 1674:2, 1676:2, 1676:6, 1676:8, 1682:23, 1689:5, 1690:7, 1691:16, 1691:23, 1692:2, 1694:24, 1695:10, 1695:11, 1695:15, 1698:2, 1698:5, 1699:5, 1702:22, 1707:12, 1708:6, 1708:7, 1708:14, 1709:19, 1710:9, 1712:24, 1712:25, 1714:22, 1714:23, 1715:1, 1715:4, 1715:8, 1719:14, 1719:15, 1720:11, 1721:13

**GONE** [2] - 1689:23, 1706:13

**GOOD** [10] - 1673:6, 1673:23, 1676:21, 1677:5, 1692:17, 1715:5, 1715:8, 1715:9, 1717:21, 1719:17

**GOODNESS** [1] - 1700:25

**GOPMAN** [2] - 1698:9

**GOT** [14] - 1673:11, 1681:14, 1682:13, 1691:6, 1692:6, 1692:24, 1693:9, 1698:25, 1699:8, 1700:11, 1705:24, 1714:24, 1714:25

**GOVERNED** [1] - 1693:21

**GOVERNMENT** [1] - 1671:9

**GOVERNMENT** [28] - 1673:11, 1673:25, 1674:1, 1674:22, 1674:24, 1675:16, 1675:17, 1675:18, 1676:18, 1676:19, 1689:10, 1700:20, 1701:21, 1702:25, 1705:15, 1708:6, 1709:25, 1712:16,

1715:21, 1716:6, 1717:23, 1718:1, 1718:8, 1719:4, 1719:17, 1719:19

**GOVERNMENT'S** [2] - 1674:17, 1715:5

**GRANT** [2] - 1673:16

**GRANTED** [1] - 1686:21

**GREG** [2] - 1705:21, 1706:21

**GREGORY** [3] - 1690:18, 1706:17, 1706:19

**GREIF** [2] - 1672:7, 1720:8

**GROUNDS** [1] - 1694:3

**GROUP** [3] - 1686:5, 1702:6, 1703:3

**GUESSWORK** [1] - 1702:20

**GULF** [2] - 1681:19

# H

**H** [1] - 1712:8

**HAD** [17] - 1677:2, 1677:4, 1677:5, 1681:24, 1689:23, 1690:13, 1691:4, 1691:10, 1694:24, 1699:24, 1702:22, 1702:25, 1705:23, 1707:9, 1708:14, 1708:20, 1710:3

**HALF** [3] - 1673:13, 1673:15, 1673:18

**HAND** [1] - 1677:4

**HANDED** [4] - 1686:14, 1695:18, 1706:23, 1710:18

**HANDLE** [1] - 1699:5

**HAPPENED** [5] - 1685:15, 1685:16, 1693:10, 1695:15, 1701:5

**HAPPENS** [4] - 1692:10, 1696:24, 1703:15, 1715:20

**HARD** [3] - 1675:11, 1675:15, 1687:10

**HAS** [28] - 1673:7, 1673:25, 1674:8, 1675:3, 1682:3, 1692:6, 1694:3, 1694:4, 1694:16, 1695:4, 1696:5, 1696:21, 1698:20, 1700:7, 1702:6, 1704:16, 1709:6,

1709:15, 1713:6, 1713:12, 1713:21, 1716:8, 1716:15, 1716:16, 1716:17, 1716:20, 1718:23, 1719:3

**HATE** [1] - 1712:15

**HAUNTED** [2] - 1700:12, 1700:13

**HAVE** [108] - 1673:9, 1674:9, 1674:20, 1675:17, 1676:6, 1676:14, 1676:15, 1676:16, 1676:19, 1678:3, 1678:4, 1678:5, 1678:9, 1678:20, 1678:22, 1679:17, 1679:18, 1679:21, 1679:23, 1682:4, 1684:12, 1684:19, 1685:3, 1685:8, 1686:1, 1686:22, 1687:10, 1687:15, 1688:17, 1689:10, 1689:11, 1689:25, 1690:6, 1690:18, 1693:8, 1693:20, 1695:8, 1695:10, 1695:12, 1695:14, 1695:17, 1695:18, 1695:20, 1695:21, 1696:10, 1697:4, 1697:19, 1698:23, 1699:22, 1699:24, 1701:13, 1701:14, 1702:5, 1703:9, 1704:10, 1704:11, 1704:14, 1704:17, 1705:10, 1705:14, 1705:15, 1705:24, 1705:25, 1706:20, 1706:21, 1706:25, 1708:8, 1708:11, 1709:9, 1709:15, 1709:20, 1710:4, 1710:8, 1710:10, 1710:20, 1711:18, 1712:13, 1712:16, 1712:21, 1712:22, 1713:1, 1713:16, 1714:15, 1715:14, 1716:21, 1716:22, 1716:25, 1717:10, 1717:15, 1717:22, 1718:3, 1718:8, 1718:13, 1718:14, 1718:15, 1719:3, 1719:7, 1719:16, 1719:19, 1719:24, 1720:14, 1720:15,

1720:19
**HAVEN'T** [5] -
1692:12, 1692:15,
1696:11, 1697:3,
1714:10
**HAVING** [4] -
1676:15, 1689:6,
1702:17, 1713:7
**HB-406** [1] - 1672:16
**HE** [11] - 1679:6,
1684:19, 1690:5,
1691:9, 1698:12,
1699:23, 1699:24,
1700:7, 1700:14,
1700:15, 1708:10
**HEAD** [1] - 1690:7
**HEADED** [1] -
1700:11
**HEADING** [1] -
1682:16
**HEAR** [4] - 1675:25,
1682:23, 1692:18,
1711:1
**HEARD** [2] - 1670:8,
1714:10
**HEARING** [5] -
1673:24, 1681:2,
1682:3, 1713:3,
1717:16
**HEART** [1] - 1681:23
**HELD** [2] - 1677:20,
1713:3
**HER** [29] - 1674:23,
1678:5, 1678:12,
1678:13, 1682:24,
1684:6, 1689:4,
1689:6, 1690:9,
1690:10, 1691:1,
1691:14, 1694:16,
1695:1, 1695:7,
1695:10, 1695:11,
1695:14, 1697:20,
1697:23, 1698:2,
1708:21, 1709:1,
1710:4, 1710:5,
1710:7, 1710:8,
1714:16
**HERE** [24] - 1674:15,
1677:3, 1677:12,
1679:10, 1679:21,
1680:22, 1681:2,
1686:3, 1692:7,
1694:22, 1699:23,
1700:11, 1704:4,
1705:9, 1705:24,
1706:11, 1708:10,
1709:25, 1710:14,
1714:10, 1714:11,
1714:12

**HEREBY** [1] - 1722:5
**HIGHER** [2] -
1704:24, 1705:3
**HIGHLY** [1] - 1674:7
**HIM** [11] - 1684:16,
1699:24, 1699:25,
1700:14, 1700:16,
1707:2, 1707:23,
1708:10, 1712:5,
1712:6, 1719:16
**HIMSELF** [1] -
1699:23
**HIS** [7] - 1678:17,
1679:5, 1684:18,
1712:6, 1718:22,
1718:23, 1719:16
**HOLD** [1] - 1710:1
**HOLDING** [1] -
1683:25
**HOLDS** [1] - 1704:21
**HONESTLY** [1] -
1686:24
**HONEYCUTT** [1] -
1671:11
**HONOR** [87] -
1673:13, 1676:21,
1677:7, 1678:13,
1678:16, 1678:22,
1679:12, 1679:19,
1680:12, 1681:6,
1682:2, 1682:3,
1682:10, 1683:7,
1683:17, 1683:18,
1684:14, 1684:22,
1685:14, 1685:18,
1686:20, 1687:3,
1687:18, 1687:23,
1688:1, 1688:19,
1689:12, 1690:6,
1691:19, 1693:12,
1693:17, 1695:1,
1695:4, 1695:17,
1696:17, 1697:6,
1697:12, 1698:7,
1699:4, 1699:16,
1699:19, 1700:18,
1700:21, 1701:3,
1701:13, 1701:20,
1702:4, 1702:21,
1703:8, 1703:11,
1705:7, 1705:16,
1705:18, 1705:20,
1706:3, 1706:23,
1707:2, 1707:6,
1707:8, 1707:18,
1708:17, 1708:19,
1708:22, 1709:14,
1709:23, 1710:13,
1710:16, 1710:23,
1710:25, 1711:2,

1711:5, 1711:8,
1712:3, 1712:11,
1712:18, 1712:23,
1713:7, 1713:13,
1713:15, 1714:7,
1714:19, 1720:16,
1720:24, 1721:9,
1721:11, 1721:15
**HONOR'S** [2] -
1680:20, 1684:4
**HONORABLE** [1] -
1670:8
**HOPE** [1] - 1670:13
**HOPEFULLY** [3] -
1676:16, 1676:17,
1700:10
**HOUR** [3] - 1673:13,
1673:15, 1673:18
**HOW** [17] - 1673:24,
1678:3, 1678:14,
1680:24, 1681:2,
1681:3, 1682:21,
1685:8, 1686:2,
1691:11, 1696:23,
1701:1, 1712:12,
1716:13
**HOWEVER** [3] -
1674:9, 1676:12,
1717:20
**HUNDREDS** [1] -
1701:1
**HUNT** [1] - 1696:21
**HURRICANE** [1] -
1688:7
**HURT** [1] - 1700:14

---

# I

**I** [299] - 1673:1,
1673:6, 1673:7,
1673:8, 1673:9,
1673:10, 1673:11,
1673:16, 1673:25,
1674:1, 1674:18,
1674:20, 1674:23,
1674:24, 1675:4,
1675:5, 1675:6,
1675:10, 1675:16,
1675:18, 1675:23,
1675:24, 1675:25,
1676:2, 1676:4,
1676:11, 1676:12,
1676:18, 1677:1,
1677:2, 1677:4,
1677:5, 1678:6,
1678:22, 1679:17,
1680:6, 1680:7,
1680:8, 1680:10,
1680:20, 1680:21,
1680:23, 1681:6,
1681:13, 1681:14,

1681:15, 1682:2,
1682:11, 1682:13,
1682:16, 1682:19,
1682:23, 1683:3,
1683:8, 1683:13,
1683:17, 1683:18,
1684:14, 1684:15,
1684:22, 1685:8,
1685:11, 1685:15,
1685:17, 1685:18,
1685:20, 1685:24,
1685:25, 1686:2,
1686:5, 1686:10,
1686:11, 1686:12,
1686:15, 1686:20,
1686:22, 1686:24,
1687:3, 1687:4,
1687:6, 1687:7,
1687:9, 1687:18,
1687:20, 1688:1,
1688:3, 1688:15,
1688:17, 1688:22,
1688:24, 1689:1,
1689:8, 1689:9,
1689:11, 1689:13,
1690:2, 1690:3,
1690:6, 1690:7,
1690:9, 1690:10,
1690:18, 1690:23,
1691:1, 1691:2,
1691:17, 1691:21,
1691:24, 1691:25,
1692:2, 1692:3,
1692:4, 1692:12,
1692:15, 1692:18,
1692:19, 1692:20,
1693:6, 1693:11,
1693:12, 1693:19,
1694:2, 1695:8,
1695:12, 1695:13,
1695:17, 1695:18,
1695:22, 1695:24,
1696:10, 1696:12,
1696:13, 1696:17,
1696:21, 1697:2,
1697:4, 1697:12,
1697:14, 1697:18,
1697:20, 1698:5,
1698:15, 1698:17,
1698:18, 1699:2,
1699:13, 1699:20,
1701:3, 1701:4,
1701:19, 1702:1,
1702:2, 1702:3,
1702:4, 1702:5,
1702:6, 1702:7,
1702:9, 1702:12,
1702:16, 1702:17,
1703:5, 1703:6,
1703:9, 1703:11,
1704:13, 1704:18,

1704:25, 1705:6,
1705:11, 1705:20,
1705:22, 1706:3,
1706:7, 1706:10,
1706:15, 1706:18,
1706:23, 1707:5,
1707:8, 1707:9,
1707:12, 1707:16,
1707:17, 1707:18,
1707:19, 1707:23,
1707:24, 1708:3,
1708:4, 1708:6,
1708:7, 1708:8,
1708:11, 1708:14,
1708:25, 1709:5,
1709:9, 1709:14,
1709:15, 1709:18,
1709:19, 1709:24,
1710:9, 1710:18,
1710:20, 1710:21,
1710:22, 1711:6,
1711:16, 1711:17,
1711:25, 1712:6,
1712:8, 1712:12,
1712:14, 1712:15,
1712:18, 1712:19,
1712:21, 1712:22,
1712:23, 1713:8,
1713:16, 1714:1,
1714:7, 1714:19,
1714:22, 1714:24,
1714:25, 1715:2,
1716:5, 1716:13,
1716:19, 1716:23,
1717:20, 1717:22,
1718:3, 1719:2,
1719:7, 1719:14,
1719:15, 1719:16,
1719:17, 1719:18,
1719:23, 1720:4,
1720:10, 1720:14,
1720:18, 1720:19,
1720:21, 1720:22,
1721:11, 1722:4
**I'D** [1] - 1682:23
**I'LL** [2] - 1689:12,
1712:5
**I'M** [12] - 1677:6,
1687:18, 1688:20,
1692:14, 1692:15,
1695:17, 1695:22,
1697:24, 1708:2,
1712:21, 1714:13,
1718:17
**I'VE** [9] - 1674:17,
1681:2, 1686:14,
1689:10, 1689:17,
1692:5, 1698:4,
1714:24
**IBOS** [2] - 1722:4,

1722:12
**IBOS** [1] - 1672:15
**IDENTIFYING** [1] - 1702:19
**IF** [47] - 1674:1, 1675:21, 1675:24, 1680:2, 1680:7, 1680:11, 1681:5, 1682:19, 1682:24, 1683:5, 1684:13, 1685:21, 1688:24, 1689:18, 1690:6, 1691:2, 1691:19, 1692:2, 1693:7, 1694:14, 1694:22, 1695:8, 1696:21, 1697:17, 1699:12, 1699:25, 1701:1, 1701:14, 1702:10, 1703:7, 1705:11, 1705:24, 1706:5, 1706:10, 1706:15, 1707:2, 1709:1, 1709:2, 1710:21, 1711:1, 1711:15, 1712:14, 1712:15, 1715:9, 1719:20
**IHNC** [5] - 1684:19, 1684:20, 1687:12, 1701:19, 1701:25
**II** [3] - 1671:19, 1672:1, 1706:21
**III** [2] - 1706:8, 1706:21
**IMAGINATIVE** [1] - 1719:11
**IMMUNITY** [2] - 1682:14, 1682:20
**IMPERSONAL** [1] - 1674:14
**IMPLAUSIBLE** [1] - 1693:7
**IMPLICATED** [1] - 1688:7
**IMPLICATES** [1] - 1688:23
**IMPLIED** [1] - 1718:16
**IMPLIES** [1] - 1691:18
**IMPORTANT** [4] - 1687:19, 1692:2, 1700:3, 1702:13
**IMPOSE** [1] - 1704:22
**IMPOSED** [1] - 1701:4
**IMPOSSIBLE** [1] - 1684:25
**IN** [214] - 1673:5,

1673:8, 1673:22, 1674:5, 1674:10, 1674:20, 1674:22, 1675:2, 1675:5, 1675:10, 1675:14, 1675:18, 1675:20, 1676:2, 1676:3, 1676:7, 1676:16, 1676:24, 1677:4, 1677:9, 1677:10, 1677:11, 1677:13, 1677:18, 1677:19, 1678:10, 1678:19, 1679:5, 1679:6, 1679:13, 1679:14, 1679:17, 1679:18, 1680:4, 1680:7, 1680:8, 1680:15, 1680:17, 1680:20, 1681:2, 1681:10, 1681:11, 1682:5, 1682:6, 1682:14, 1682:18, 1682:25, 1683:1, 1683:4, 1683:5, 1683:15, 1683:21, 1684:4, 1684:9, 1684:12, 1684:17, 1684:18, 1684:21, 1685:12, 1685:13, 1685:16, 1685:19, 1685:23, 1686:11, 1686:12, 1686:18, 1686:19, 1687:5, 1687:11, 1687:24, 1688:5, 1688:6, 1688:13, 1688:20, 1688:25, 1689:1, 1689:3, 1689:5, 1689:9, 1689:14, 1689:19, 1689:23, 1690:1, 1690:6, 1690:14, 1690:15, 1690:22, 1691:3, 1691:4, 1691:23, 1692:11, 1692:12, 1692:21, 1692:22, 1692:23, 1692:24, 1693:3, 1693:6, 1693:22, 1694:1, 1694:15, 1694:17, 1694:20, 1694:22, 1695:19, 1695:23, 1696:2, 1696:7, 1696:8, 1696:16, 1696:19, 1696:21, 1696:22, 1697:15, 1697:16, 1697:23, 1698:9, 1698:12, 1698:18, 1698:21, 1698:24, 1699:11, 1699:12,

1700:2, 1700:3, 1700:6, 1700:11, 1700:22, 1701:7, 1701:8, 1701:24, 1702:10, 1702:15, 1703:12, 1703:18, 1703:19, 1703:21, 1703:22, 1703:24, 1704:1, 1704:6, 1704:9, 1704:13, 1704:15, 1704:16, 1704:23, 1705:2, 1705:25, 1706:3, 1706:7, 1707:4, 1707:10, 1707:14, 1708:4, 1709:1, 1709:9, 1709:16, 1709:21, 1709:22, 1709:24, 1709:25, 1711:11, 1712:13, 1712:14, 1712:15, 1713:3, 1713:7, 1713:17, 1713:22, 1713:23, 1713:24, 1714:5, 1714:16, 1715:5, 1715:8, 1715:9, 1715:19, 1715:21, 1715:22, 1715:23, 1716:8, 1716:9, 1716:10, 1716:12, 1716:16, 1716:17, 1716:18, 1717:8, 1717:16, 1717:17, 1717:21, 1718:2, 1718:20, 1718:21, 1719:6, 1719:10, 1719:12, 1720:24, 1722:7
**INCIDENT** [1] - 1680:9
**INCLUDED** [2] - 1680:3, 1707:4
**INCLUDES** [2] - 1701:6, 1713:2
**INCLUDING** [5] - 1674:13, 1677:21, 1677:22, 1701:2, 1717:10
**INCURRED** [1] - 1678:9
**INDICATED** [2] - 1691:14, 1692:6
**INDICATING** [1] - 1707:17
**INDIVIDUAL** [1] - 1701:2
**INDIVIDUALS** [2] - 1701:3, 1701:9
**INFERENCE** [1] - 1691:25

**INFERENTIALLY** [1] - 1704:20
**INFLOWS** [2] - 1684:19, 1684:20
**INFORMAL** [2] - 1694:8, 1715:1
**INFORMATION** [25] - 1675:22, 1677:17, 1677:18, 1680:17, 1682:25, 1684:2, 1685:1, 1687:1, 1691:5, 1693:23, 1694:4, 1694:13, 1695:1, 1695:2, 1695:6, 1696:9, 1704:5, 1704:8, 1707:16, 1707:25, 1709:18, 1709:19, 1717:6, 1717:9, 1717:15
**INFORMED** [5] - 1698:2, 1709:5, 1710:1, 1714:4, 1716:12
**INITIAL** [1] - 1701:11
**INITIALLY** [1] - 1713:18
**INQUIRED** [1] - 1692:5
**INSOFAR** [1] - 1709:11
**INSPECTED** [1] - 1681:25
**INSTRUCT** [1] - 1707:24
**INSTRUCTED** [3] - 1701:10, 1701:12, 1707:12
**INSULT** [1] - 1712:5
**INSURANCE** [1] - 1679:21
**INSURERS** [2] - 1671:22, 1692:24
**INTEGRITY** [1] - 1719:15
**INTEND** [1] - 1673:6
**INTENT** [1] - 1684:1
**INTENTIONALLY** [1] - 1703:6
**INTENTIONS** [1] - 1704:17
**INTEREST** [19] - 1674:16, 1675:3, 1675:7, 1676:7, 1684:3, 1693:1, 1693:16, 1693:22, 1695:5, 1696:23, 1699:1, 1704:24, 1708:24, 1710:2, 1715:6, 1716:10,

1716:25, 1718:1, 1719:11
**INTERESTED** [7] - 1675:10, 1676:2, 1680:8, 1688:20, 1689:9, 1699:11, 1713:17
**INTERESTING** [1] - 1696:15
**INTERESTS** [9] - 1675:8, 1694:19, 1697:10, 1713:24, 1713:25, 1714:15, 1714:18, 1716:11, 1716:24
**INTERNAL** [1] - 1684:18
**INTERNATIONAL** [1] - 1696:3
**INTERPRET** [1] - 1693:21
**INTERPRETATION** [1] - 1693:16
**INTERRUPT** [2] - 1677:1, 1689:9
**INTERRUPTIONS** [1] - 1676:17
**INTO** [20] - 1675:9, 1676:23, 1677:7, 1677:10, 1677:13, 1681:21, 1683:10, 1684:7, 1684:20, 1686:3, 1687:22, 1692:16, 1694:18, 1701:23, 1714:20, 1715:24, 1717:20, 1718:12, 1719:6, 1721:2
**INTRODUCTION** [1] - 1681:15
**INUNDATING** [1] - 1681:22
**INVESTIGATE** [1] - 1707:13
**INVOKING** [1] - 1703:23
**INVOLVE** [2] - 1682:15, 1688:5
**INVOLVED** [19] - 1675:3, 1680:16, 1682:5, 1682:6, 1682:14, 1683:5, 1685:11, 1685:12, 1685:13, 1688:11, 1696:23, 1697:16, 1703:2, 1703:12, 1703:14, 1709:15, 1709:16
**INVOLVES** [1] - 1682:19

**INVOLVING** [6] - 1674:19, 1677:21, 1678:1, 1692:22, 1701:18, 1703:9

**IS** [144] - 1673:8, 1673:15, 1674:7, 1674:12, 1674:15, 1674:21, 1674:24, 1675:1, 1675:4, 1675:24, 1676:3, 1676:7, 1676:10, 1676:11, 1677:5, 1677:12, 1677:24, 1679:9, 1679:10, 1679:12, 1679:16, 1679:20, 1680:5, 1680:15, 1680:21, 1680:23, 1681:3, 1682:16, 1684:7, 1684:14, 1684:23, 1685:24, 1686:25, 1687:5, 1687:8, 1688:4, 1689:9, 1689:15, 1690:4, 1691:23, 1692:11, 1692:14, 1692:23, 1693:6, 1693:9, 1693:13, 1693:22, 1693:24, 1694:2, 1694:3, 1694:10, 1695:2, 1695:11, 1696:5, 1696:11, 1696:22, 1696:23, 1697:3, 1697:19, 1697:24, 1697:25, 1698:10, 1698:12, 1698:14, 1698:18, 1698:19, 1699:3, 1699:5, 1699:10, 1699:23, 1699:24, 1700:5, 1700:14, 1700:15, 1700:22, 1702:9, 1702:13, 1703:3, 1703:7, 1703:11, 1703:17, 1703:22, 1704:4, 1704:13, 1704:19, 1704:20, 1704:23, 1704:24, 1704:25, 1705:5, 1705:9, 1705:11, 1705:20, 1706:9, 1706:12, 1706:14, 1707:2, 1707:11, 1708:10, 1708:11, 1709:19, 1709:25, 1710:3, 1710:12, 1710:21, 1712:7, 1712:12, 1713:17, 1714:9, 1714:15, 1715:9, 1715:10, 1715:11,

1715:17, 1715:23, 1716:13, 1716:14, 1716:20, 1717:6, 1717:7, 1717:16, 1717:19, 1717:21, 1718:2, 1718:10, 1718:15, 1718:25, 1719:1, 1719:9, 1719:10, 1719:12, 1719:15, 1720:17, 1720:18, 1720:23, 1722:6

**ISN'T** [2] - 1714:10, 1715:4

**ISSUE** [9] - 1681:1, 1682:7, 1684:12, 1689:13, 1690:8, 1707:10, 1710:4, 1710:8, 1720:18

**ISSUES** [14] - 1674:10, 1675:19, 1676:11, 1676:12, 1676:14, 1679:18, 1680:4, 1681:2, 1682:25, 1684:12, 1685:10, 1715:10, 1717:17, 1720:19

**IT** [139] - 1673:10, 1673:11, 1673:12, 1673:16, 1674:1, 1674:8, 1674:12, 1674:23, 1675:1, 1675:5, 1675:7, 1675:8, 1675:11, 1675:13, 1675:15, 1675:25, 1676:1, 1676:6, 1676:10, 1677:3, 1677:4, 1678:6, 1679:25, 1680:1, 1680:7, 1681:2, 1681:11, 1682:6, 1682:14, 1682:15, 1682:19, 1683:3, 1683:5, 1684:25, 1685:2, 1686:5, 1686:8, 1687:25, 1689:13, 1690:7, 1690:15, 1691:6, 1691:11, 1691:14, 1691:18, 1691:22, 1691:24, 1692:1, 1692:3, 1693:7, 1693:16, 1693:19, 1693:21, 1693:22, 1694:9, 1695:7, 1696:5, 1696:8, 1696:18, 1696:22, 1697:15, 1697:20, 1698:15, 1698:18, 1698:21, 1698:22, 1698:23,

1698:25, 1699:1, 1699:2, 1699:7, 1699:9, 1699:14, 1699:15, 1699:23, 1700:1, 1700:12, 1701:4, 1701:14, 1701:18, 1701:24, 1702:6, 1702:10, 1702:15, 1702:16, 1702:17, 1703:6, 1703:8, 1704:1, 1704:20, 1704:21, 1705:6, 1706:1, 1706:9, 1706:12, 1706:23, 1707:11, 1707:12, 1707:18, 1707:19, 1707:23, 1709:19, 1709:25, 1710:3, 1710:18, 1712:13, 1714:22, 1714:25, 1715:5, 1715:10, 1716:5, 1716:14, 1716:16, 1716:21, 1716:22, 1718:10, 1718:11, 1718:14, 1718:18, 1719:7, 1719:24, 1720:22, 1721:5

**IT'S** [45] - 1673:7, 1673:24, 1674:2, 1674:9, 1675:8, 1676:8, 1677:3, 1677:4, 1678:22, 1679:25, 1680:24, 1681:3, 1681:5, 1681:16, 1682:17, 1684:4, 1687:10, 1689:13, 1692:17, 1693:1, 1693:21, 1695:1, 1695:2, 1695:4, 1695:13, 1695:14, 1696:1, 1696:20, 1696:24, 1698:21, 1704:25, 1705:1, 1705:3, 1706:1, 1709:25, 1714:6, 1714:19, 1715:1, 1716:19, 1716:23, 1718:4, 1719:6, 1720:4

**ITS** [13] - 1683:25, 1687:14, 1693:7, 1693:21, 1693:24, 1696:6, 1696:23, 1701:8, 1701:12, 1705:21, 1713:6, 1716:14, 1716:23

**ITSELF** [1] - 1718:12

## J

**J** [1] - 1672:1
**JACK** [1] - 1720:4
**JAMES** [2] - 1671:1, 1672:8
**JANUARY** [1] - 1688:9
**JEFFERSON** [51] - 1675:4, 1676:24, 1677:8, 1677:21, 1677:23, 1679:10, 1683:11, 1685:12, 1685:16, 1686:2, 1686:19, 1687:4, 1689:4, 1689:16, 1691:5, 1691:10, 1694:14, 1694:15, 1696:19, 1696:21, 1696:23, 1697:7, 1697:10, 1697:16, 1697:21, 1702:2, 1702:3, 1702:8, 1702:11, 1708:21, 1709:1, 1709:21, 1710:10, 1711:15, 1711:20, 1714:9, 1714:15, 1715:18, 1715:25, 1716:2, 1716:15, 1716:18, 1716:21, 1717:1, 1717:24, 1718:7, 1719:5, 1719:11, 1719:18, 1719:24
**JEFFERSON** [1] - 1671:2
**JEFFREY** [2] - 1672:6, 1720:6
**JENNIFER** [2] - 1706:16, 1720:14
**JERSEY** [1] - 1683:22
**JESSICA** [2] - 1719:23, 1720:1
**JIM** [1] - 1699:16
**JOB** [1] - 1676:10
**JOE** [1] - 1705:22
**JOHN** [3] - 1672:12, 1706:8, 1720:6
**JOINT** [55] - 1674:20, 1674:23, 1674:25, 1675:21, 1675:22, 1676:23, 1677:2, 1677:8, 1677:10, 1677:11, 1677:15, 1677:19, 1678:1, 1678:17, 1678:20, 1680:8, 1680:18, 1681:12, 1681:21, 1683:25, 1684:7, 1684:9, 1684:24,

1684:25, 1685:2, 1685:6, 1687:21, 1688:23, 1693:15, 1694:13, 1694:18, 1694:19, 1696:14, 1697:2, 1698:1, 1703:18, 1703:21, 1704:3, 1704:21, 1710:15, 1711:24, 1712:1, 1712:19, 1713:1, 1715:7, 1715:11, 1715:23, 1715:24, 1717:2, 1717:4, 1717:5, 1717:7, 1717:11, 1717:14, 1719:10
**JOKING** [3] - 1690:5, 1690:7, 1691:16
**JONATHAN** [2] - 1670:19, 1715:16
**JOSEPH** [2] - 1670:16, 1670:16
**JOSHUA** [1] - 1671:15
**JR** [6] - 1670:8, 1671:5, 1671:12, 1671:18, 1671:18, 1672:5
**JR** [1] - 1672:8
**JUDGE** [2] - 1670:8, 1707:11
**JULY** [4] - 1687:24, 1711:17, 1711:17, 1711:20
**JURISDICTIONAL** [1] - 1688:12
**JUST** [29] - 1673:11, 1674:11, 1677:25, 1679:4, 1680:5, 1680:12, 1682:17, 1683:8, 1685:17, 1687:20, 1687:22, 1689:12, 1691:6, 1691:9, 1691:12, 1691:24, 1692:3, 1693:5, 1693:19, 1695:22, 1698:7, 1699:14, 1703:3, 1707:15, 1708:8, 1713:15, 1719:1, 1719:25
**JUSTICE** [2] - 1672:4, 1676:7

## K

**K** [3] - 1672:9, 1672:11, 1712:8
**K-U-H-L-M-E-I-E-R** [1] - 1712:8
**KALIMAH** [1] - 1672:6

**KARA** [2] - 1672:9, 1720:9
**KAREN** [2] - 1722:4, 1722:12
**KAREN** [1] - 1672:15
**KATRINA** [6] - 1674:19, 1676:25, 1677:9, 1679:14, 1700:6, 1701:8
**KATRINA'S** [1] - 1681:18
**KEA** [6] - 1670:20, 1677:22, 1702:25, 1706:8, 1711:5, 1715:16
**KEEP** [1] - 1674:13
**KEITH** [5] - 1719:22, 1720:1, 1720:4, 1720:5, 1720:8
**KELLS** [3] - 1672:7, 1706:15, 1720:13
**KEMP** [2] - 1705:13, 1721:12
**KIND** [2] - 1692:9, 1699:12
**KNEW** [8] - 1689:19, 1689:22, 1691:14, 1705:15, 1706:24, 1718:8, 1719:4, 1719:5
**KNOW** [44] - 1673:7, 1673:11, 1674:7, 1674:11, 1678:3, 1678:6, 1679:16, 1680:10, 1682:16, 1683:3, 1683:13, 1685:1, 1685:18, 1685:21, 1685:23, 1685:24, 1686:11, 1687:6, 1687:15, 1690:8, 1691:1, 1691:2, 1692:10, 1692:12, 1692:23, 1693:2, 1693:3, 1693:20, 1695:5, 1695:6, 1695:8, 1695:9, 1695:13, 1696:22, 1699:10, 1702:6, 1708:15, 1711:15, 1714:14, 1719:22, 1720:3, 1721:3
**KNOWING** [1] - 1714:17
**KNOWLEDGE** [5] - 1677:18, 1691:18, 1702:14, 1702:25, 1709:17
**KNOWN** [5] - 1681:22, 1689:10,

1705:15, 1706:25, 1718:8
**KNOWS** [1] - 1701:1
**KUHLMEIER** [4] - 1684:15, 1712:8, 1712:10

**L**

**L** [1] - 1712:8
**LA** [9] - 1670:17, 1670:21, 1671:3, 1671:6, 1671:10, 1671:13, 1671:16, 1671:20, 1672:3
**LABRADETTE** [2] - 1706:16, 1720:14
**LACK** [1] - 1713:16
**LAFAYETTE** [1] - 1671:3
**LAKE** [2] - 1681:20, 1688:7
**LAST** [11] - 1674:5, 1675:10, 1675:11, 1682:3, 1690:13, 1692:7, 1693:12, 1695:20, 1695:23, 1698:6, 1705:5
**LATE** [2] - 1690:14, 1692:16
**LATER** [5] - 1694:23, 1699:7, 1699:9, 1701:20, 1718:22
**LAW** [12] - 1670:16, 1670:19, 1671:4, 1671:7, 1671:18, 1678:5, 1694:8, 1698:14, 1698:18, 1698:19, 1700:4, 1711:6
**LAWN** [1] - 1670:23
**LAWSUITS** [2] - 1674:19, 1701:2
**LAWYER** [4] - 1677:23, 1703:16, 1713:21, 1716:8
**LAWYER'S** [1] - 1671:8
**LAWYERS** [2] - 1702:25, 1719:11
**LEAST** [4] - 1687:24, 1698:18, 1717:23, 1719:8
**LEAVING** [1] - 1698:2
**LEFT** [2] - 1707:14, 1707:20
**LEGAL** [4] - 1674:7, 1674:10, 1688:12, 1700:2
**LEGITIMATE** [1] -

1681:4
**LESS** [1] - 1675:6
**LET** [12] - 1673:23, 1673:25, 1674:1, 1674:4, 1674:11, 1679:2, 1679:20, 1680:25, 1682:23, 1699:19, 1708:7, 1712:14
**LET'S** [4] - 1674:13, 1687:22, 1710:14, 1712:4
**LEVEE** [38] - 1677:10, 1677:13, 1679:22, 1681:2, 1681:7, 1681:11, 1681:16, 1682:13, 1682:15, 1682:18, 1683:9, 1683:11, 1685:16, 1685:19, 1686:18, 1687:16, 1687:17, 1689:1, 1689:3, 1701:8, 1701:11, 1701:12, 1701:16, 1701:17, 1701:21, 1702:5, 1702:7, 1702:9, 1709:12, 1709:16, 1709:21, 1715:19, 1716:1, 1716:2, 1717:16
**LEVEES** [3] - 1681:24, 1685:9, 1701:18
**LEVEL** [1] - 1720:23
**LEVINE** [4] - 1672:8, 1720:4, 1720:5, 1720:8
**LIAISON** [3] - 1699:17, 1700:7, 1701:9
**LICENSE** [2] - 1708:15, 1711:9
**LICENSED** [1] - 1711:6
**LIDDLE** [6] - 1719:23, 1720:1, 1720:4, 1720:5, 1720:8
**LIGHT** [1] - 1695:25
**LIGHTS** [1] - 1717:18
**LIKE** [14] - 1673:13, 1676:17, 1676:18, 1681:6, 1682:23, 1683:18, 1687:25, 1693:13, 1698:20, 1699:1, 1703:11, 1705:2, 1706:5, 1713:5
**LIMITED** [2] -

1704:23, 1714:16
**LINE** [3] - 1676:1, 1705:6, 1705:9
**LIST** [2] - 1719:14, 1719:16
**LISTENING** [1] - 1699:20
**LITIGANT** [1] - 1718:21
**LITIGATED** [1] - 1683:15
**LITIGATING** [2] - 1688:6, 1694:21
**LITIGATION** [21] - 1672:1, 1674:19, 1677:9, 1677:14, 1680:2, 1683:21, 1685:16, 1689:6, 1694:1, 1694:2, 1694:15, 1694:17, 1694:20, 1703:13, 1709:20, 1714:16, 1715:20, 1716:14, 1716:16, 1719:12
**LITTLE** [3] - 1675:6, 1699:9, 1718:4
**LIVE** [1] - 1716:18
**LLC** [2] - 1671:4, 1671:22
**LOCATED** [1] - 1721:1
**LONGER** [1] - 1694:25
**LOOK** [3] - 1695:20, 1703:12, 1716:25
**LOOKED** [3] - 1689:10, 1695:22, 1714:20
**LOOKING** [1] - 1719:14
**LOOKS** [1] - 1687:25
**LOS** [1] - 1670:14
**LOT** [5] - 1676:6, 1676:9, 1714:23, 1718:3, 1720:10
**LOUISIANA** [6] - 1670:1, 1711:7, 1713:18, 1714:1, 1716:7, 1722:5
**LOUISIANA** [2] - 1670:4, 1672:16
**LOUISIANA'S** [1] - 1716:3
**LUNCH** [3] - 1721:12, 1721:13, 1721:16

**M**

**M** [4] - 1670:16,

1670:16, 1671:15, 1712:8
**MADE** [7] - 1691:25, 1696:8, 1704:14, 1704:16, 1715:8, 1718:17, 1718:19
**MAIL** [10] - 1674:5, 1675:10, 1695:23, 1707:9, 1707:14, 1707:15, 1707:16, 1707:19, 1707:20, 1707:21
**MAILED** [1] - 1674:6
**MAILS** [2] - 1707:18, 1708:5
**MAIN** [1] - 1671:16
**MAINTAIN** [1] - 1716:22
**MAINTAINED** [1] - 1681:25
**MAINTENANCE** [1] - 1687:12
**MAKE** [4] - 1679:25, 1699:19, 1699:23, 1704:25
**MAKES** [2] - 1675:1, 1721:5
**MALEFACTOR** [1] - 1716:20
**MAN** [1] - 1719:15
**MANIFESTLY** [1] - 1719:24
**MANIFESTS** [1] - 1675:1
**MANY** [11] - 1676:17, 1678:3, 1679:21, 1680:1, 1687:10, 1688:25, 1692:22, 1701:1, 1701:2, 1703:1, 1719:17
**MARC** [1] - 1672:8
**MARCH** [4] - 1719:21, 1719:22, 1719:25, 1720:1
**MARZONI** [2] - 1720:2, 1720:7
**MASS** [1] - 1709:9
**MASTER** [7] - 1681:7, 1681:16, 1683:9, 1701:10, 1701:12, 1701:16, 1701:23
**MATERIAL** [1] - 1714:18
**MATERIALLY** [4] - 1713:24, 1714:6, 1716:10, 1716:24
**MATTER** [19] - 1673:7, 1673:10, 1674:11, 1678:6,

1679:8, 1680:14, 1685:12, 1698:11, 1698:21, 1707:3, 1707:10, 1713:22, 1713:24, 1714:17, 1715:2, 1716:8, 1716:10, 1720:22, 1722:8

**MATTERS** [3] - 1679:6, 1680:15, 1707:3

**MAX** [1] - 1701:6

**MAY** [36] - 1675:7, 1675:9, 1678:3, 1678:4, 1678:5, 1678:9, 1683:7, 1686:22, 1687:9, 1687:15, 1691:24, 1692:17, 1693:14, 1697:1, 1697:12, 1700:12, 1703:4, 1704:14, 1705:10, 1707:5, 1708:19, 1709:21, 1711:11, 1711:13, 1711:18, 1711:20, 1711:21, 1713:16, 1714:15, 1717:10, 1717:15, 1718:21, 1719:6, 1719:24

**MAYBE** [1] - 1679:24

**MCCONNON** [1] - 1672:8

**ME** [44] - 1673:23, 1674:4, 1674:13, 1675:8, 1675:9, 1678:11, 1679:2, 1679:20, 1679:24, 1680:5, 1680:6, 1680:24, 1680:25, 1681:3, 1682:4, 1682:11, 1682:21, 1689:18, 1690:16, 1692:2, 1696:15, 1697:3, 1699:19, 1701:4, 1702:6, 1706:15, 1706:22, 1706:23, 1707:17, 1708:2, 1709:12, 1710:3, 1710:19, 1710:22, 1712:13, 1712:14, 1714:19, 1714:24, 1717:22, 1719:22

**MEAN** [6] - 1676:4, 1691:21, 1692:2, 1697:13, 1715:3, 1721:3

**MEANING** [1] - 1699:10

**MECHANICAL** [1] - 1672:18

**MEDICAL** [1] - 1699:24

**MEETING** [4] - 1712:5, 1712:9, 1717:23

**MEMBER** [1] - 1702:5

**MEMBERS** [6] - 1684:23, 1684:24, 1685:2, 1691:8, 1694:18, 1712:18

**MEMORANDUM** [2] - 1695:20, 1695:25

**MEMORY** [2] - 1686:1, 1690:4

**MENTION** [1] - 1697:22

**MENTIONED** [4] - 1678:19, 1696:11, 1696:24, 1697:1

**MESSAGE** [2] - 1707:14, 1707:20

**MEUNIER** [1] - 1701:8

**MEXICO** [1] - 1681:19

**MICHAEL** [3] - 1671:14, 1671:15, 1672:5

**MICHELE** [1] - 1672:7

**MICHELLE** [1] - 1720:8

**MIDWAY** [1] - 1681:17

**MIGHT** [8] - 1694:21, 1700:21, 1708:13, 1709:20, 1709:24, 1712:13, 1715:6, 1719:17

**MIKE** [1] - 1707:5

**MILLER** [7] - 1672:9, 1690:19, 1705:21, 1706:17, 1706:19, 1706:21, 1720:9

**MINE** [1] - 1690:4

**MINUTE** [1] - 1674:6

**MINUTES** [1] - 1700:16

**MISPRONOUNCE** [1] - 1706:15

**MISSED** [1] - 1680:7

**MISSING** [2] - 1675:14, 1720:3

**MISSISSIPPI** [1] - 1681:19

**MISSPOKE** [1] - 1690:18

**MISUNDERSTANDI NG** [1] - 1691:25

**MITCH** [2] - 1720:2, 1720:7

**MITSCH** [1] - 1672:9

**MODELING** [1] - 1684:18

**MONITOR** [1] - 1689:7

**MONITORING** [1] - 1719:23

**MONTH** [1] - 1676:4

**MORE** [8] - 1676:12, 1676:17, 1695:9, 1695:17, 1698:7, 1703:9, 1714:24, 1720:10

**MOREOVER** [2] - 1716:20, 1716:25

**MORGAN** [1] - 1671:20

**MORNING** [13] - 1670:9, 1673:3, 1673:6, 1673:23, 1676:21, 1685:22, 1695:9, 1695:11, 1695:16, 1699:22, 1699:25, 1700:10, 1707:8

**MORPHED** [1] - 1696:1

**MOST** [2] - 1719:10, 1719:11

**MOTIF** [1] - 1695:25

**MOTION** [21] - 1674:9, 1674:17, 1675:5, 1677:24, 1686:21, 1692:16, 1694:10, 1697:4, 1701:21, 1710:18, 1711:25, 1714:22, 1715:8, 1716:5, 1718:11, 1718:16, 1718:19, 1718:20, 1718:21, 1718:22, 1720:21

**MR** [192] - 1673:13, 1673:17, 1675:24, 1676:21, 1676:23, 1677:1, 1677:7, 1678:13, 1678:16, 1678:22, 1678:25, 1679:3, 1679:12, 1679:14, 1679:16, 1679:19, 1680:12, 1680:20, 1681:6, 1681:10, 1681:15, 1682:8, 1682:10, 1683:7, 1683:14, 1683:17, 1683:21,

1683:24, 1684:14, 1684:15, 1684:17, 1685:14, 1685:18, 1685:22, 1686:14, 1686:16, 1686:18, 1686:20, 1686:23, 1686:25, 1687:3, 1687:8, 1687:11, 1687:18, 1687:20, 1687:23, 1688:1, 1688:3, 1688:11, 1688:17, 1688:22, 1688:25, 1689:8, 1689:12, 1689:22, 1690:2, 1690:3, 1690:5, 1690:13, 1690:20, 1690:21, 1690:22, 1691:1, 1691:8, 1691:16, 1691:19, 1691:24, 1692:5, 1692:10, 1692:14, 1692:19, 1692:21, 1693:12, 1693:17, 1693:19, 1694:12, 1695:12, 1695:17, 1695:22, 1696:2, 1696:17, 1697:6, 1697:12, 1697:17, 1697:20, 1697:25, 1698:7, 1698:9, 1698:17, 1698:20, 1699:4, 1699:5, 1699:7, 1699:16, 1699:21, 1700:3, 1700:7, 1700:14, 1700:17, 1700:25, 1701:6, 1701:8, 1702:14, 1702:24, 1703:4, 1703:7, 1703:11, 1703:17, 1704:6, 1704:8, 1704:18, 1705:4, 1705:9, 1705:16, 1705:18, 1705:20, 1705:23, 1706:3, 1706:15, 1706:17, 1706:20, 1707:1, 1707:2, 1707:8, 1707:9, 1707:17, 1707:19, 1707:23, 1707:24, 1708:2, 1708:3, 1708:7, 1708:9, 1708:11, 1708:13, 1708:14, 1708:17, 1708:19, 1708:22, 1708:25, 1709:15, 1709:8, 1709:14, 1709:23, 1710:1, 1710:3, 1710:7, 1710:13, 1710:16,

1710:18, 1710:21, 1710:22, 1710:23, 1710:24, 1710:25, 1711:2, 1711:11, 1712:6, 1712:8, 1712:18, 1712:23, 1713:7, 1713:11, 1713:12, 1713:15, 1713:21, 1714:2, 1714:4, 1714:7, 1714:12, 1714:14, 1717:10, 1718:3, 1719:15, 1719:21, 1720:13, 1720:15, 1720:16, 1720:24, 1720:25, 1721:5, 1721:7, 1721:8, 1721:9, 1721:11, 1721:15

**MRGO** [41] - 1672:1, 1677:11, 1681:3, 1681:19, 1681:22, 1682:5, 1682:6, 1682:9, 1682:11, 1682:12, 1682:15, 1682:19, 1683:5, 1683:10, 1684:12, 1685:9, 1685:13, 1687:14, 1687:16, 1687:17, 1688:12, 1689:1, 1689:3, 1695:15, 1696:24, 1697:16, 1699:17, 1701:6, 1701:12, 1701:23, 1702:3, 1702:10, 1702:15, 1703:2, 1704:15, 1706:7, 1716:20

**MRGO-GIWW** [1] - 1681:22

**MS** [46] - 1674:21, 1675:23, 1677:22, 1678:3, 1678:10, 1683:11, 1684:6, 1684:17, 1684:25, 1686:4, 1689:2, 1690:6, 1690:8, 1691:9, 1694:11, 1700:17, 1705:10, 1705:17, 1706:14, 1707:13, 1707:20, 1708:1, 1708:2, 1708:3, 1708:18, 1708:25, 1709:18, 1710:3, 1711:1, 1711:5, 1711:8, 1711:10, 1720:13, 1711:16, 1711:22, 1711:25, 1712:3, 1712:11, 1714:14, 1715:17, 1715:21,

1717:10, 1717:22, 1719:3, 1719:16, 1721:5
**MUCH** [2] - 1702:15, 1712:12
**MUDDIED** [1] - 1713:16
**MULTITUDE** [2] - 1698:15, 1701:14
**MURKIER** [2] - 1717:19, 1719:2
**MUST** [4] - 1673:16, 1674:22, 1674:23, 1715:10
**MUTUALLY** [1] - 1703:24
**MY** [28] - 1675:10, 1676:10, 1677:2, 1677:4, 1680:25, 1684:22, 1685:25, 1686:8, 1690:7, 1690:9, 1693:9, 1693:10, 1697:1, 1699:15, 1702:14, 1703:6, 1704:13, 1707:18, 1708:4, 1709:10, 1709:15, 1710:5, 1713:16, 1714:9, 1714:23, 1719:2, 1719:8, 1722:7
**MYER** [1] - 1672:10
**MYRIAD** [1] - 1715:20
**MYSELF** [5] - 1676:5, 1676:6, 1690:10, 1701:6, 1705:6

# N

**N** [1] - 1673:1
**NAME** [5] - 1690:8, 1691:1, 1702:19, 1704:13, 1711:3
**NAMED** [1] - 1679:10
**NARROW** [1] - 1704:1
**NECESSARILY** [1] - 1685:3
**NECESSARY** [3] - 1705:24, 1709:2, 1715:4
**NEED** [7] - 1691:20, 1692:18, 1697:9, 1700:16, 1709:1, 1713:8, 1714:24
**NEEDED** [1] - 1694:21
**NEEDS** [1] - 1714:19
**NEGLIGENCE** [1] -

1681:18
**NEGLIGENT** [1] - 1687:11
**NEGLIGENTLY** [1] - 1681:24
**NEUTRAL** [1] - 1700:22
**NEVER** [7] - 1691:6, 1702:2, 1702:3, 1702:8, 1702:11, 1716:17
**NEVERTHELESS** [2] - 1700:10, 1704:20
**NEW** [7] - 1670:4, 1670:17, 1670:21, 1671:6, 1671:24, 1672:3, 1672:16
**NEW** [6] - 1681:23, 1683:22, 1685:10, 1685:11, 1716:1, 1716:4
**NEXT** [2] - 1711:20, 1714:24
**NIGHT** [6] - 1674:5, 1675:10, 1675:11, 1676:4, 1695:21, 1695:23
**NINTH** [2] - 1701:20, 1701:22
**NO** [1] - 1670:3
**NO** [41] - 1674:11, 1675:1, 1679:14, 1686:20, 1689:17, 1689:18, 1692:6, 1693:1, 1693:8, 1694:25, 1697:21, 1697:25, 1698:4, 1700:5, 1701:5, 1702:20, 1702:21, 1704:4, 1704:5, 1704:15, 1704:16, 1704:17, 1706:1, 1709:23, 1710:2, 1710:9, 1710:10, 1710:16, 1710:23, 1712:3, 1713:14, 1714:8, 1714:12, 1717:9, 1717:13, 1717:14, 1719:9, 1719:10, 1721:9
**NOBODY** [2] - 1689:22, 1692:8
**NON** [2] - 1684:3, 1684:10
**NON-CLIENT** [1] - 1684:3
**NON-PARTIES** [1] - 1684:10
**NONE** [4] - 1688:15, 1697:24, 1709:5

**NOON** [2] - 1674:2, 1674:3
**NOR** [4] - 1704:11, 1709:15
**NORMAN** [1] - 1670:2
**NORTHERN** [1] - 1704:19
**NOT** [112] - 1673:9, 1673:10, 1674:9, 1674:15, 1674:24, 1675:8, 1675:9, 1675:25, 1677:3, 1678:5, 1678:7, 1678:13, 1678:18, 1679:4, 1679:7, 1679:25, 1680:3, 1680:13, 1680:21, 1680:23, 1681:4, 1681:10, 1682:14, 1682:18, 1683:4, 1683:5, 1684:4, 1684:10, 1684:15, 1685:13, 1685:20, 1685:25, 1686:11, 1688:17, 1688:22, 1689:21, 1689:22, 1692:2, 1692:18, 1692:22, 1694:5, 1694:12, 1695:1, 1695:14, 1696:6, 1696:13, 1696:16, 1696:20, 1696:22, 1697:4, 1697:10, 1697:14, 1697:15, 1697:21, 1698:12, 1698:21, 1698:22, 1699:24, 1700:14, 1701:1, 1701:13, 1701:14, 1702:5, 1703:5, 1703:6, 1703:13, 1704:7, 1704:10, 1704:11, 1704:13, 1704:25, 1706:9, 1706:23, 1707:3, 1709:15, 1709:18, 1709:19, 1709:25, 1710:4, 1710:8, 1712:1, 1712:6, 1712:12, 1713:14, 1713:22, 1714:12, 1714:15, 1715:12, 1716:8, 1716:16, 1716:18, 1717:3, 1717:6, 1717:7, 1717:8, 1717:13, 1717:21, 1718:4, 1718:16, 1718:21, 1718:25, 1719:8,

1719:24, 1720:10, 1720:19
**NOTE** [1] - 1699:7
**NOTED** [2] - 1675:17
**NOTHING** [3] - 1707:16, 1716:16, 1716:21
**NOTICE** [5] - 1673:7, 1673:8, 1675:24, 1700:16, 1706:13
**NOTICED** [1] - 1675:18
**NOTICES** [1] - 1675:12
**NOVEMBER** [1] - 1719:20
**NOW** [23] - 1673:10, 1673:12, 1674:17, 1677:2, 1683:15, 1686:8, 1686:10, 1686:19, 1689:12, 1695:2, 1696:1, 1699:6, 1702:12, 1702:17, 1703:1, 1704:10, 1707:11, 1712:24, 1717:5, 1719:6, 1719:8, 1720:16, 1721:12
**NUANCE** [1] - 1716:14
**NUMBER** [8] - 1686:15, 1686:25, 1687:8, 1701:9, 1702:24, 1705:8, 1718:5, 1718:6
**NUMBERED** [1] - 1722:8
**NUMBERS** [1] - 1686:15
**NUMEROUS** [1] - 1677:20
**NY** [1] - 1671:24

# O

**O** [4] - 1671:2, 1671:19, 1672:12, 1673:1
**O'BRIEN** [1] - 1671:23
**O'CLOCK** [2] - 1674:5, 1721:14
**O'DONNELL** [3] - 1670:12, 1670:13, 1701:6
**OAK** [1] - 1670:23
**OATH** [2] - 1695:10, 1695:14
**OBJECT** [1] - 1712:20
**OBJECTION** [1] -

1721:7
**OBJECTS** [2] - 1700:1, 1720:25
**OBLIGATED** [1] - 1698:12
**OBLIGATION** [3] - 1715:9, 1716:21, 1716:22
**OBSERVATION** [2] - 1684:4, 1700:6
**OBSERVATIONS** [3] - 1699:19, 1700:3, 1700:25
**OBSERVE** [1] - 1692:25
**OBTAINED** [2] - 1697:25, 1699:2
**OBVIOUS** [1] - 1690:16
**OBVIOUSLY** [3] - 1674:19, 1693:21, 1710:11
**OCCASION** [1] - 1715:4
**OCCURRED** [2] - 1684:20, 1687:20
**OCTOBER** [17] - 1690:13, 1690:15, 1705:18, 1706:5, 1706:13, 1706:18, 1706:20, 1706:22, 1707:1, 1717:25, 1719:4, 1719:6, 1720:12, 1720:14, 1720:18
**OF** [287] - 1670:1, 1670:5, 1670:7, 1670:16, 1671:18, 1672:4, 1674:4, 1674:10, 1674:12, 1674:16, 1674:18, 1674:21, 1674:25, 1675:7, 1675:11, 1675:12, 1675:14, 1675:15, 1675:20, 1676:3, 1676:4, 1676:7, 1676:9, 1676:12, 1676:18, 1677:13, 1677:15, 1677:19, 1677:25, 1678:9, 1678:14, 1678:17, 1679:5, 1679:7, 1679:8, 1679:21, 1679:22, 1680:1, 1680:9, 1680:13, 1680:14, 1680:16, 1680:18, 1681:18, 1681:19, 1681:22, 1681:23, 1682:5, 1682:9,

1682:11, 1682:12, 1683:10, 1683:22, 1683:25, 1684:3, 1684:20, 1684:23, 1684:24, 1685:2, 1685:4, 1685:6, 1685:10, 1686:3, 1686:5, 1686:14, 1687:12, 1687:13, 1687:24, 1688:5, 1688:12, 1688:15, 1688:25, 1689:9, 1689:18, 1690:11, 1690:14, 1690:23, 1691:3, 1691:8, 1691:9, 1691:11, 1691:12, 1691:24, 1692:1, 1692:5, 1692:6, 1692:9, 1692:17, 1693:1, 1693:2, 1693:10, 1693:15, 1693:16, 1693:20, 1693:22, 1693:23, 1693:25, 1694:6, 1694:8, 1694:18, 1694:23, 1694:24, 1695:1, 1695:5, 1695:6, 1695:7, 1695:25, 1696:8, 1696:12, 1696:14, 1696:15, 1696:23, 1697:2, 1697:3, 1697:15, 1698:1, 1698:3, 1698:15, 1698:25, 1699:1, 1699:11, 1699:12, 1699:14, 1699:15, 1699:18, 1699:19, 1700:2, 1700:3, 1700:4, 1700:12, 1700:20, 1700:22, 1700:25, 1701:1, 1701:5, 1701:8, 1701:9, 1701:11, 1701:19, 1701:22, 1701:25, 1702:5, 1702:7, 1702:13, 1702:22, 1702:25, 1703:1, 1703:6, 1703:13, 1703:18, 1703:19, 1703:20, 1703:22, 1703:23, 1704:2, 1704:3, 1704:10, 1704:11, 1704:12, 1704:17, 1704:19, 1704:22, 1704:23, 1705:1, 1705:2, 1705:7, 1705:8, 1705:11, 1705:12, 1705:15, 1705:18,

1705:21, 1705:25, 1706:1, 1706:7, 1706:20, 1706:22, 1707:9, 1707:13, 1707:20, 1708:9, 1708:15, 1708:19, 1708:21, 1708:23, 1709:14, 1709:16, 1709:17, 1710:2, 1711:7, 1711:10, 1711:11, 1711:13, 1711:14, 1711:17, 1711:18, 1711:20, 1711:21, 1711:22, 1711:23, 1712:1, 1712:18, 1712:20, 1713:3, 1713:7, 1713:16, 1713:18, 1713:25, 1714:15, 1714:16, 1714:17, 1714:23, 1715:2, 1715:3, 1715:6, 1715:7, 1715:10, 1715:12, 1715:19, 1715:25, 1716:1, 1716:2, 1716:3, 1716:4, 1716:5, 1716:6, 1716:7, 1716:11, 1716:14, 1717:4, 1717:14, 1718:3, 1718:5, 1718:6, 1718:13, 1718:17, 1718:18, 1718:21, 1718:22, 1718:23, 1719:1, 1719:7, 1719:9, 1719:11, 1719:12, 1719:13, 1719:15, 1719:16, 1719:19, 1722:5, 1722:6, 1722:7

**OFF** [2] - 1676:19, 1678:11

**OFFER** [1] - 1700:1

**OFFICE** [4] - 1670:16, 1671:18, 1672:1, 1709:10

**OFFICER** [2] - 1708:9, 1708:15

**OFFICIAL** [1] - 1672:15

**OFFICIAL** [2] - 1722:4, 1722:13

**OH** [1] - 1694:16

**OIL** [1] - 1705:7

**OKAY** [17] - 1673:23, 1678:24, 1679:2, 1680:19, 1681:9, 1683:3, 1683:16, 1683:20, 1683:23,

1688:2, 1705:14, 1709:25, 1711:3, 1711:23, 1713:5, 1714:3, 1714:25

**ON** [68] - 1673:8, 1673:12, 1674:2, 1674:9, 1674:23, 1675:15, 1676:6, 1676:9, 1677:2, 1678:20, 1682:13, 1682:24, 1687:22, 1689:5, 1689:14, 1689:18, 1690:7, 1691:12, 1691:16, 1692:2, 1692:17, 1693:5, 1693:7, 1693:14, 1694:3, 1694:9, 1694:23, 1695:11, 1699:17, 1700:10, 1700:16, 1700:20, 1701:11, 1701:20, 1702:18, 1702:22, 1706:9, 1706:12, 1706:13, 1706:20, 1707:2, 1707:14, 1707:21, 1708:15, 1709:7, 1709:8, 1709:13, 1710:1, 1710:14, 1712:16, 1714:22, 1715:4, 1717:21, 1718:5, 1719:7, 1719:16, 1719:20, 1719:21, 1719:22, 1719:25, 1720:1, 1720:2, 1720:12, 1720:14, 1720:18

**ONCE** [1] - 1703:16

**ONE** [40] - 1674:15, 1675:1, 1675:2, 1677:12, 1677:25, 1681:17, 1681:22, 1685:10, 1686:5, 1686:23, 1687:6, 1689:9, 1689:17, 1689:18, 1690:3, 1691:8, 1692:6, 1692:15, 1693:8, 1696:22, 1697:6, 1698:3, 1700:12, 1701:14, 1704:12, 1704:15, 1704:16, 1706:18, 1707:20, 1710:1, 1713:15, 1715:9, 1716:23, 1717:6, 1717:15, 1717:23, 1721:14

**ONLY** [9] - 1679:21, 1698:12, 1699:23, 1701:1, 1703:9, 1709:12, 1714:9,

1717:13, 1718:25

**OPEN** [3] - 1673:21, 1707:12, 1713:4

**OPERATED** [1] - 1682:1

**OPERATION** [1] - 1687:12

**OPPONENT** [1] - 1718:22

**OPPORTUNITY** [3] - 1678:8, 1689:25, 1713:9

**OPPOSITE** [1] - 1694:23

**OPPOSITION** [4] - 1673:11, 1690:1, 1705:23, 1705:25

**OR** [51] - 1674:5, 1675:17, 1676:13, 1676:17, 1678:4, 1680:3, 1682:19, 1684:6, 1684:15, 1685:3, 1685:4, 1685:10, 1685:12, 1685:13, 1691:2, 1692:17, 1693:1, 1693:8, 1693:25, 1694:1, 1694:7, 1694:8, 1694:17, 1695:21, 1698:2, 1698:5, 1702:10, 1702:15, 1702:25, 1703:2, 1705:15, 1706:24, 1707:12, 1708:10, 1709:2, 1709:12, 1710:11, 1711:14, 1713:6, 1713:8, 1713:12, 1713:23, 1715:6, 1716:9, 1716:16, 1718:8, 1721:12

**ORDER** [4] - 1674:20, 1694:11, 1703:24, 1718:21

**ORDINARY** [2] - 1705:1

**ORIGINAL** [4] - 1686:10, 1695:19, 1695:25, 1696:16

**ORIGINALLY** [1] - 1716:5

**ORLEANS** [6] - 1670:4, 1670:17, 1670:21, 1671:6, 1672:3, 1672:16

**ORLEANS** [7] - 1681:23, 1685:11, 1715:25, 1716:1, 1716:4, 1716:19

**OTHER** [37] -

1674:11, 1675:2, 1676:1, 1676:24, 1677:8, 1677:13, 1677:17, 1678:2, 1678:4, 1680:2, 1684:23, 1684:24, 1685:2, 1685:5, 1685:6, 1688:18, 1689:16, 1689:19, 1691:3, 1693:25, 1694:21, 1696:14, 1696:15, 1696:19, 1698:1, 1701:9, 1704:15, 1705:8, 1707:3, 1709:9, 1712:25, 1714:23, 1717:3, 1719:2, 1719:13, 1720:19

**OTHER'S** [1] - 1677:18

**OTHERS** [2] - 1677:19, 1678:3

**OTHERWISE** [1] - 1681:22

**OUR** [17] - 1677:18, 1684:4, 1684:6, 1689:15, 1689:18, 1691:9, 1691:20, 1692:5, 1694:10, 1694:19, 1699:21, 1700:6, 1704:3, 1705:2, 1713:16, 1713:17, 1714:19

**OURSELVES** [2] - 1687:2, 1694:23

**OUT** [21] - 1673:23, 1675:16, 1677:5, 1682:13, 1688:10, 1691:12, 1692:14, 1692:15, 1692:24, 1693:23, 1695:4, 1696:11, 1699:14, 1701:22, 1703:20, 1704:2, 1704:10, 1707:15, 1710:4, 1713:1, 1713:5

**OUTFALL** [2] - 1682:14, 1683:6

**OUTLET** [1] - 1681:19

**OVER** [7] - 1690:7, 1690:23, 1691:9, 1700:11, 1706:13, 1707:5, 1720:23

**OVERALL** [1] - 1700:6

**OVERLAY** [1] - 1705:2

**OVERWHELMING** [1] - 1681:23

**OWN** [4] - 1677:18, 1685:25, 1689:6, 1716:15

# P

**P** [6] - 1671:1, 1671:2, 1671:19, 1672:12, 1673:1, 1678:25
**P.O** [1] - 1671:9
**PAGE** [5] - 1679:3, 1693:15, 1696:4, 1704:4, 1719:22
**PAGES** [7] - 1675:14, 1683:24, 1706:6, 1719:19, 1720:3, 1720:15, 1721:3
**PAID** [1] - 1692:12
**PALMINTIER** [3] - 1671:14, 1671:15, 1671:15
**PAPER** [1] - 1714:24
**PAPERS** [2] - 1673:14, 1713:17
**PARAGRAPH** [8] - 1674:25, 1675:6, 1681:17, 1683:8, 1693:15, 1693:22, 1717:2
**PARALEGAL** [1] - 1691:2
**PARISH** [47] - 1675:4, 1676:24, 1677:8, 1677:22, 1677:24, 1679:11, 1683:12, 1685:12, 1685:13, 1685:16, 1686:3, 1686:19, 1687:4, 1689:4, 1689:16, 1691:5, 1691:10, 1694:14, 1694:15, 1696:19, 1696:21, 1696:23, 1697:8, 1697:16, 1697:21, 1702:2, 1702:3, 1702:8, 1702:11, 1708:21, 1709:1, 1709:21, 1710:10, 1711:15, 1711:20, 1714:10, 1715:18, 1715:25, 1716:15, 1716:19, 1716:21, 1717:1, 1717:24, 1719:12, 1719:18, 1719:24
**PARISH'S** [2] - 1697:10, 1714:15
**PART** [3] - 1683:10, 1697:15, 1701:19

**PARTICIPATED** [2] - 1684:17, 1715:22
**PARTICIPATION** [3] - 1677:23, 1704:24, 1708:4
**PARTICULAR** [2] - 1680:9, 1715:21
**PARTIES** [16] - 1674:6, 1676:24, 1677:8, 1677:13, 1680:4, 1684:10, 1684:24, 1688:18, 1692:23, 1694:1, 1694:5, 1694:18, 1694:24, 1698:1, 1712:19, 1713:1
**PARTNER** [1] - 1701:7
**PARTS** [1] - 1685:6
**PARTY** [10] - 1685:23, 1693:24, 1693:25, 1698:3, 1700:21, 1717:3, 1717:7, 1718:20
**PASO** [1] - 1718:17
**PATENT** [1] - 1683:21
**PATENTLY** [1] - 1703:3
**PATTERN** [1] - 1704:2
**PAUL** [6] - 1672:6, 1672:8, 1705:13, 1720:4, 1720:5, 1720:8
**PAYING** [1] - 1702:21
**PENDING** [1] - 1707:11
**PEOPLE** [7] - 1685:5, 1685:6, 1692:11, 1692:22, 1692:25, 1693:4
**PERCEIVED** [1] - 1716:5
**PERCENT** [1] - 1702:4
**PERFECTLY** [1] - 1694:20
**PERHAPS** [1] - 1719:8
**PERIOD** [2] - 1690:23, 1711:14
**PERMISSION** [1] - 1720:25
**PERMIT** [1] - 1705:11
**PERPETRATING** [1] - 1703:5
**PERSON** [3] -

1693:3, 1713:23, 1716:9
**PERSON'S** [2] - 1713:24, 1716:10
**PERSONALLY** [1] - 1702:5
**PERSONS** [2] - 1712:25, 1716:18
**PERTAINS** [1] - 1706:7
**PETER** [1] - 1672:10
**PHILEN** [1] - 1672:2
**PHONETIC** [1] - 1720:2
**PHONETIC)** [1] - 1706:16
**PHRASE** [1] - 1694:2
**PHYSIOLOGY** [1] - 1716:15
**PICKED** [1] - 1701:18
**PIECE** [1] - 1696:22
**PIERCE** [1] - 1670:13
**PLACE** [3] - 1680:17, 1690:23, 1707:5
**PLAINTIFF** [7] - 1670:12, 1676:13, 1700:7, 1704:13, 1713:5, 1713:6, 1718:7
**PLAINTIFFS** [20] - 1675:7, 1676:19, 1689:17, 1689:24, 1690:25, 1691:13, 1694:11, 1695:3, 1695:8, 1696:19, 1697:22, 1699:6, 1702:1, 1706:12, 1706:14, 1710:12, 1713:2, 1719:5, 1720:13, 1721:8
**PLAINTIFFS'** [9] - 1674:18, 1675:18, 1676:1, 1681:7, 1690:17, 1699:10, 1699:12, 1715:15, 1718:1
**PLAN** [1] - 1707:13
**PLC** [1] - 1671:14
**PLEASE** [5] - 1673:5, 1673:19, 1673:22, 1682:17, 1684:13
**PLEASURE** [1] - 1721:11
**PLED** [1] - 1718:20
**PLUS** [1] - 1682:23
**PODANY** [2] - 1690:21, 1720:15
**POINT** [20] -

1684:22, 1693:12, 1693:13, 1694:10, 1694:20, 1696:17, 1697:18, 1704:25, 1707:25, 1708:3, 1708:24, 1709:14, 1712:24, 1713:15, 1714:9, 1715:5, 1720:17
**POINTED** [2] - 1692:24, 1695:4
**PONTCHARTRAIN** [1] - 1688:7
**PORRAS** [1] - 1718:17
**PORT** [1] - 1716:4
**PORTION** [5] - 1675:20, 1675:22, 1687:13, 1713:3, 1715:19
**POSITIVE** [1] - 1685:20
**POSSIBLE** [5] - 1674:14, 1678:8, 1698:11, 1704:12, 1719:10
**POTENTIAL** [10] - 1695:5, 1699:1, 1708:23, 1709:2, 1715:6, 1715:14, 1716:6, 1718:8, 1718:13
**POYDRAS** [2] - 1671:5, 1672:16
**PRACTICE** [2] - 1702:16, 1711:6
**PREFER** [1] - 1708:10
**PREJUDGING** [1] - 1692:18
**PREJUDICE** [1] - 1678:9
**PREJUDICED** [2] - 1698:21, 1698:23
**PREP** [1] - 1684:18
**PREPARATION** [3] - 1680:18, 1718:23, 1718:25
**PREPARE** [2] - 1700:8, 1700:15
**PREPARED** [6] - 1700:17, 1703:7, 1705:10, 1705:12, 1707:3, 1721:11
**PREPARING** [1] - 1677:18
**PRESENCE** [1] - 1712:20
**PRESENT** [13] - 1672:1, 1677:25,

1679:8, 1680:14, 1690:7, 1692:1, 1695:7, 1706:9, 1707:22, 1712:19, 1718:1, 1719:20, 1721:4
**PRESENTATION** [3] - 1708:7, 1708:9, 1713:6
**PRESENTED** [1] - 1700:5
**PRESENTING** [1] - 1680:22
**PRESUMABLY** [1] - 1700:9
**PRESUMPTION** [1] - 1704:4
**PRETTY** [2] - 1673:15, 1702:15
**PREVAILED** [1] - 1700:14
**PREVIOUSLY** [6] - 1679:6, 1680:16, 1691:4, 1691:10, 1703:1, 1715:18
**PRIMARILY** [1] - 1717:15
**PRINTING** [1] - 1720:16
**PRIOR** [3] - 1702:18, 1704:24, 1708:21
**PRIVILEGE** [1] - 1703:24
**PRIVY** [1] - 1704:8
**PROBABLY** [4] - 1686:12, 1699:14, 1716:17, 1719:7
**PROBLEM** [4] - 1674:15, 1698:13, 1699:13, 1708:11
**PROCEDURE** [1] - 1699:24
**PROCEED** [3] - 1679:4, 1679:7, 1680:13
**PROCEEDINGS** [2] - 1670:7, 1722:7
**PROCEEDINGS** [1] - 1672:18
**PRODUCED** [1] - 1672:19
**PROFESSIONAL** [2] - 1713:18, 1716:7
**PROMPTED** [1] - 1677:24
**PROMPTNESS** [1] - 1718:20
**PRONOUNCEMENT** [1] - 1703:18
**PRONUNCIATION**

[1] - 1674:22
**PROPOSED** [1] - 1694:7
**PROTECTED** [3] - 1684:2, 1693:23, 1694:4
**PROTECTION** [1] - 1688:7
**PROTOCOLS** [1] - 1717:6
**PROVIDE** [1] - 1708:5
**PROVIDED** [1] - 1719:16
**PROVIDES** [1] - 1717:2
**PROVING** [1] - 1705:4
**PROVISION** [4] - 1675:8, 1693:16, 1694:22, 1696:12
**PROXIMITY** [1] - 1687:14
**PSLC** [7] - 1699:17, 1701:6, 1701:8, 1701:12, 1701:17, 1702:3, 1702:8
**PSLC'S** [1] - 1701:11
**PUBLICLY** [1] - 1707:15
**PURPOSE** [3] - 1677:15, 1703:6, 1721:2
**PURPOSES** [1] - 1703:23
**PURSUANT** [2] - 1684:8, 1715:23
**PUT** [3] - 1682:24, 1700:10, 1721:1
**PUTS** [1] - 1707:2

# Q

**QUESTION** [7] - 1681:1, 1681:4, 1695:14, 1697:1, 1697:6, 1700:21
**QUESTIONING** [1] - 1685:25
**QUESTIONS** [5] - 1700:18, 1705:10, 1708:14, 1710:20, 1713:12
**QUICKLY** [1] - 1673:12
**QUITE** [2] - 1695:14, 1702:13
**QUOTE** [2] - 1680:10, 1698:10
**QUOTING** [1] -

1679:3

# R

**R** [5] - 1670:8, 1671:23, 1672:11, 1673:1, 1712:8
**RAISED** [3] - 1688:12, 1689:13, 1704:18
**RATHER** [2] - 1700:19, 1715:1
**RAW** [1] - 1717:21
**RE** [8] - 1676:24, 1677:9, 1679:14, 1683:21, 1698:9, 1700:6, 1701:8, 1706:7
**REACH** [2] - 1681:22, 1685:9
**READ** [13] - 1674:17, 1674:23, 1681:6, 1682:16, 1682:17, 1683:3, 1683:8, 1689:25, 1690:2, 1693:19, 1697:20, 1710:18, 1711:25
**READING** [7] - 1676:4, 1676:5, 1680:10, 1681:15, 1682:21, 1714:1
**REAL** [2] - 1699:13, 1706:23
**REALLY** [1] - 1699:7
**REALTY** [1] - 1694:22
**REASON** [4] - 1684:15, 1692:18, 1699:23, 1699:25
**REASONABLE** [3] - 1673:15, 1673:16, 1718:19
**REASONABLY** [1] - 1702:21
**REASONS** [1] - 1720:21
**REBUT** [3] - 1674:1, 1674:2, 1713:9
**REBUTTAL** [2] - 1676:20, 1708:8
**REBUTTED** [2] - 1698:5
**RECALL** [10] - 1680:7, 1682:13, 1683:7, 1685:11, 1686:2, 1686:5, 1687:7, 1687:18, 1687:20, 1712:9
**RECALLS** [1] - 1701:3
**RECEIPT** [1] -

1695:1
**RECEIVE** [1] - 1711:9
**RECEIVED** [15] - 1682:25, 1685:1, 1694:4, 1694:13, 1695:2, 1695:6, 1695:23, 1697:7, 1697:22, 1707:16, 1707:19, 1717:7, 1717:11, 1717:15, 1720:15
**RECESS** [2] - 1673:20, 1721:16
**RECOGNIZE** [1] - 1693:8
**RECOGNIZED** [1] - 1693:8
**RECOGNIZES** [1] - 1699:3
**RECOLLECTION** [2] - 1686:9, 1703:4
**RECONSTRUCT** [1] - 1675:11
**RECORD** [11] - 1673:12, 1678:8, 1706:5, 1710:10, 1710:14, 1711:4, 1715:23, 1718:2, 1719:25, 1721:2, 1722:7
**RECORDED** [1] - 1672:18
**RECREATE** [1] - 1685:25
**RECUSED** [1] - 1694:17
**REFERENCED** [3] - 1679:22, 1687:14, 1690:5
**REFLECT** [1] - 1694:22
**REFRESH** [1] - 1702:12
**RELATE** [2] - 1685:9, 1709:21
**RELATED** [20] - 1679:5, 1679:9, 1680:1, 1680:2, 1680:6, 1680:15, 1680:24, 1680:25, 1681:1, 1681:3, 1681:5, 1682:22, 1688:4, 1694:2, 1702:10, 1703:13, 1713:23, 1716:10, 1717:15
**RELATES** [1] - 1681:2
**RELATING** [7] -

1674:16, 1682:25, 1687:17, 1709:6, 1709:12, 1709:20
**RELATIONSHIP** [2] - 1689:5, 1704:6
**RELEVANT** [3] - 1675:21, 1677:12, 1704:20
**REMAIN** [1] - 1684:2
**REMAND** [1] - 1687:9
**REMANDED** [5] - 1686:6, 1686:7, 1686:8, 1687:7
**REMEMBER** [4] - 1685:16, 1685:17, 1686:10, 1686:24
**REMEMBERS** [1] - 1703:16
**REMINDED** [1] - 1707:9
**REMOVED** [7] - 1685:24, 1686:5, 1686:6, 1686:7, 1686:8, 1687:6, 1687:7
**REPEATING** [1] - 1705:6
**REPEATS** [1] - 1705:6
**REPORT** [1] - 1696:6
**REPORTED** [1] - 1705:22
**REPORTER** [1] - 1672:15
**REPORTER** [3] - 1705:22, 1722:4, 1722:13
**REPORTER'S** [1] - 1722:2
**REPORTS** [1] - 1676:6
**REPRESENT** [7] - 1675:2, 1692:9, 1692:23, 1702:16, 1711:15, 1713:23, 1716:9
**REPRESENTATION** [4] - 1693:2, 1693:9, 1703:1, 1705:15
**REPRESENTATIVE** [2] - 1677:23, 1698:3
**REPRESENTED** [15] - 1678:18, 1679:6, 1689:15, 1689:16, 1689:19, 1691:5, 1691:10, 1701:25, 1702:6, 1708:20, 1711:19, 1713:22, 1715:18, 1715:19,

1716:8
**REPRESENTING** [19] - 1677:23, 1683:11, 1684:6, 1694:14, 1702:20, 1706:10, 1706:12, 1706:14, 1712:25, 1714:16, 1717:24, 1717:25, 1718:7, 1719:4, 1719:5, 1719:18, 1720:12, 1721:6
**REQUEST** [2] - 1673:15, 1673:16
**REQUIRED** [1] - 1704:23
**REQUIRES** [1] - 1695:9
**REQUIRING** [2] - 1676:9, 1699:24
**RESEARCHED** [1] - 1702:17
**RESOLVE** [1] - 1678:6
**RESOLVED** [1] - 1674:9
**RESPECT** [2] - 1688:18, 1700:19
**RESPECTFULLY** [2] - 1680:21, 1682:2
**RESPONDER** [2] - 1686:11, 1686:12
**RESPONDERS** [1] - 1679:17
**RESPONSE** [4] - 1674:18, 1680:20, 1684:4, 1695:23
**RESTATED** [2] - 1681:7, 1681:16
**RESULT** [3] - 1677:19, 1678:9, 1684:20
**RETAINED** [1] - 1694:24
**RETAINING** [1] - 1708:21
**RETURN** [1] - 1707:5
**REVEAL** [1] - 1684:1
**REVIEWED** [2] - 1673:9, 1674:20
**RICHARD** [2] - 1672:11, 1720:2
**RIGHT** [20] - 1676:10, 1677:2, 1677:6, 1682:19, 1685:15, 1686:17, 1687:21, 1691:1, 1693:11, 1693:25, 1695:24, 1697:20, 1699:6, 1702:13,

1702:17, 1710:24,
1712:24, 1714:21,
1721:10
  **RISE** [1] - 1673:19
  **RITA** [1] - 1720:3
  **ROBERT** [1] - 1672:1
  **ROBIN** [8] - 1672:10,
1703:5, 1705:4,
1707:9, 1707:17,
1707:19, 1720:7,
1720:13
  **ROBINSON** [17] -
1670:2, 1679:13,
1683:1, 1685:13,
1689:3, 1696:22,
1699:18, 1702:1,
1702:10, 1702:15,
1703:2, 1704:16,
1706:7, 1709:8,
1709:13, 1716:16,
1719:12
  **ROLE** [2] - 1692:9,
1714:16
  **ROLL** [1] - 1705:12
  **ROOM** [1] - 1672:16
  **ROOM** [2] - 1692:23,
1693:3
  **ROUGE** [2] -
1671:10, 1671:16
  **ROY** [27] - 1671:1,
1671:1, 1687:23,
1699:16, 1699:21,
1700:14, 1700:25,
1702:14, 1703:17,
1705:16, 1705:18,
1705:20, 1706:3,
1706:17, 1706:20,
1707:1, 1708:14,
1711:2, 1712:23,
1713:7, 1713:12,
1720:24, 1721:5,
1721:8, 1721:11,
1721:15
  **RPR** [2] - 1672:15,
1722:12
  **RUBRIC** [1] -
1715:12
  **RULE** [10] - 1675:3,
1676:12, 1678:12,
1694:8, 1705:20,
1713:18, 1714:22,
1715:2, 1716:6,
1716:24
  **RULE..** [1] - 1694:9
  **RULED** [2] - 1674:2,
1701:20
  **RULES** [3] - 1678:14,
1713:18, 1716:7
  **RULING** [2] -
1718:15, 1720:24

  **RUPERT** [1] - 1672:9
  **RUSHED** [1] -
1681:18
  **RUSHING** [1] -
1681:20

## S

  **S** [3] - 1672:4,
1672:7, 1673:1
  **S.W** [1] - 1671:12
  **SAIA** [1] - 1706:8
  **SAID** [9] - 1676:11,
1676:18, 1690:18,
1692:5, 1703:21,
1704:1, 1704:4,
1713:8, 1718:3
  **SALAS** [1] - 1718:17
  **SALAS-PORRAS** [1]
- 1718:17
  **SAME** [8] - 1684:19,
1688:12, 1689:21,
1689:22, 1693:14,
1704:4, 1713:23,
1716:9
  **SARAH** [2] -
1672:11, 1720:1
  **SAT** [1] - 1707:8
  **SAVOYE** [1] -
1707:10
  **SAW** [4] - 1675:12,
1690:9, 1690:24,
1699:13
  **SAY** [12] - 1673:12,
1676:11, 1682:11,
1690:6, 1691:21,
1694:16, 1702:4,
1709:24, 1713:9,
1716:13, 1717:17,
1719:17
  **SAYING** [4] -
1673:24, 1680:23,
1681:13, 1707:20
  **SAYS** [3] - 1691:16,
1693:22, 1713:21
  **SCENARIOS** [1] -
1700:4
  **SCHEME** [1] -
1686:3
  **SCHULTZ'S** [1] -
1701:7
  **SCIENCE** [1] -
1676:14
  **SEARCH** [1] -
1707:18
  **SEATED** [3] -
1673:5, 1673:22,
1691:12
  **SECOND** [6] -
1683:18, 1687:3,

1700:6, 1710:1,
1714:22, 1714:24
  **SECONDARY** [1] -
1719:8
  **SECRET** [1] -
1688:15
  **SECRETS** [1] -
1677:16
  **SEE** [4] - 1675:5,
1689:8, 1697:4,
1706:10
  **SEEK** [3] - 1693:25,
1694:6, 1696:5
  **SEEKS** [1] - 1715:15
  **SEEM** [2] - 1678:20,
1680:9
  **SEEMED** [1] -
1698:25
  **SEEMS** [3] - 1693:7,
1714:18
  **SEEN** [1] - 1698:4
  **SEND** [1] - 1692:11
  **SENSE** [2] - 1693:7,
1721:5
  **SENT** [1] - 1674:5
  **SEPARATED** [2] -
1687:16, 1688:10
  **SEPARATELY** [2] -
1701:7, 1701:15
  **SEPTEMBER** [1] -
1690:14
  **SERIOUS** [1] -
1715:2
  **SESSION** [6] -
1670:9, 1673:3,
1673:5, 1673:22,
1678:1, 1684:18
  **SESSIONS** [2] -
1677:20, 1678:4
  **SET** [1] - 1713:17
  **SETS** [2] - 1683:24,
1717:5
  **SEVEN** [4] - 1682:3,
1717:20, 1718:12,
1719:1
  **SEVEN-DAYS** [1] -
1682:3
  **SEVENTH** [1] -
1676:3
  **SEVERAL** [2] -
1709:9, 1718:6
  **SEWERAGE** [1] -
1716:1
  **SHALL** [3] - 1713:22,
1716:8, 1717:17
  **SHARE** [1] - 1677:16
  **SHARED** [9] -
1675:24, 1684:1,
1684:8, 1684:10,
1684:23, 1688:17,

1688:24, 1694:4,
1703:24
  **SHARING** [2] -
1688:21, 1693:23
  **SHE** [51] - 1675:24,
1678:4, 1678:16,
1678:18, 1682:25,
1685:1, 1689:15,
1689:16, 1689:19,
1689:22, 1690:15,
1690:16, 1690:24,
1691:1, 1691:2,
1691:3, 1691:5,
1691:10, 1691:12,
1694:13, 1694:14,
1695:2, 1695:6,
1695:7, 1697:7,
1697:9, 1697:19,
1697:21, 1697:22,
1697:25, 1698:2,
1703:1, 1706:9,
1706:12, 1707:14,
1708:20, 1709:6,
1710:3, 1715:18,
1717:10, 1717:15,
1717:23, 1717:24,
1717:25, 1719:4,
1719:5, 1719:17,
1719:20, 1719:23,
1720:10, 1720:12
  **SHE'S** [2] - 1709:8,
1709:12
  **SHEET** [1] - 1692:11
  **SHELL** [1] - 1705:7
  **SHERMAN** [45] -
1670:20, 1674:21,
1674:22, 1675:23,
1677:22, 1678:3,
1683:11, 1684:6,
1684:17, 1684:25,
1686:4, 1691:9,
1694:11, 1700:17,
1705:10, 1705:17,
1706:9, 1706:14,
1707:13, 1707:20,
1708:1, 1708:2,
1708:18, 1708:25,
1709:18, 1710:3,
1711:1, 1711:5,
1711:8, 1711:10,
1711:13, 1711:16,
1711:22, 1711:25,
1712:3, 1712:11,
1714:14, 1715:16,
1715:17, 1715:21,
1717:10, 1717:22,
1719:3, 1721:5
  **SHERMAN'S** [6] -
1678:10, 1689:2,
1690:6, 1690:8,

1703:1, 1708:3
  **SHIELD** [1] - 1703:24
  **SHORT** [2] - 1673:7
  **SHOT** [2] - 1695:14,
1698:6
  **SHOULD** [18] -
1675:17, 1679:7,
1680:13, 1689:10,
1690:18, 1694:12,
1695:18, 1697:19,
1700:16, 1704:6,
1704:7, 1705:15,
1706:25, 1718:8,
1718:13, 1718:14,
1718:19, 1719:3
  **SHOW** [4] - 1689:4,
1692:25, 1694:11,
1706:9
  **SHOWING** [4] -
1693:4, 1704:23,
1705:1, 1719:19
  **SHOWN** [1] -
1706:14
  **SHOWS** [2] - 1706:8,
1706:12
  **SIDE** [1] - 1691:13
  **SIDES** [1] - 1694:23
  **SIGN** [2] - 1692:11
  **SIGN-IN** [1] -
1692:11
  **SIGNATORIES** [1] -
1717:11
  **SIGNED** [1] -
1710:11
  **SIGNIFICANCE** [1] -
1718:12
  **SIGNIFICANT** [2] -
1675:19, 1715:3
  **SIGNIFICANTLY** [1]
- 1704:24
  **SIGNS** [1] - 1692:12
  **SIMILAR** [2] -
1688:5, 1688:6
  **SIMPLY** [4] -
1675:16, 1685:25,
1703:3, 1717:21
  **SIMS** [2] - 1670:23,
1686:23
  **SINCE** [5] - 1683:18,
1689:13, 1695:25,
1700:3, 1719:4
  **SIR** [15] - 1676:22,
1677:6, 1679:25,
1681:1, 1682:4,
1683:6, 1684:13,
1687:1, 1690:18,
1691:7, 1699:15,
1699:20, 1700:24,
1711:22, 1713:14
  **SKEWED** [1] -

1675:14
**SMALL** [2] - 1701:19,
1701:22
**SMITH** [122] -
1672:10, 1673:13,
1673:17, 1676:21,
1676:23, 1677:1,
1677:7, 1678:13,
1678:16, 1678:22,
1678:25, 1679:3,
1679:12, 1679:14,
1679:16, 1679:19,
1680:12, 1680:20,
1681:6, 1681:10,
1681:15, 1682:8,
1682:10, 1683:7,
1683:14, 1683:17,
1683:21, 1683:24,
1684:14, 1684:17,
1685:14, 1685:18,
1685:22, 1686:14,
1686:18, 1686:20,
1686:23, 1686:25,
1687:3, 1687:8,
1687:11, 1687:18,
1687:20, 1688:1,
1688:3, 1688:11,
1688:17, 1688:22,
1688:25, 1689:8,
1689:12, 1689:22,
1690:2, 1690:5,
1690:13, 1690:20,
1690:22, 1691:1,
1691:8, 1691:16,
1691:19, 1691:24,
1692:5, 1692:10,
1692:21, 1693:12,
1693:17, 1693:19,
1695:12, 1695:17,
1695:22, 1696:2,
1696:17, 1697:6,
1697:12, 1697:17,
1697:20, 1697:25,
1698:7, 1698:9,
1698:17, 1698:20,
1699:4, 1699:5,
1699:7, 1702:24,
1703:11, 1704:19,
1706:15, 1707:9,
1707:17, 1707:19,
1707:23, 1707:24,
1708:3, 1708:7,
1708:11, 1710:21,
1710:23, 1712:6,
1712:8, 1712:18,
1713:11, 1713:15,
1713:21, 1714:2,
1714:4, 1714:7,
1714:12, 1714:14,
1718:3, 1719:15,

1719:21, 1720:7,
1720:13, 1720:25,
1721:7, 1721:9
**SMITH'S** [2] -
1703:4, 1705:4
**SO** [45] - 1674:5,
1674:24, 1675:4,
1675:14, 1677:1,
1677:17, 1679:16,
1679:25, 1680:5,
1682:15, 1682:17,
1682:21, 1683:5,
1683:6, 1683:10,
1684:4, 1686:12,
1686:16, 1687:9,
1687:10, 1691:1,
1692:22, 1693:6,
1694:21, 1695:1,
1699:13, 1701:13,
1702:6, 1703:17,
1704:17, 1706:4,
1706:20, 1707:14,
1710:22, 1711:17,
1711:19, 1712:1,
1712:6, 1714:14,
1715:8, 1715:15,
1718:3, 1718:25,
1720:10, 1721:3
**SO..** [2] - 1695:11,
1720:11
**SOJA** [2] - 1672:11,
1720:1
**SOME** [16] - 1674:4,
1675:13, 1675:15,
1688:5, 1689:11,
1689:15, 1689:19,
1690:5, 1694:20,
1695:17, 1699:12,
1705:25, 1706:1,
1708:14, 1720:3
**SOMEBODY** [1] -
1691:14
**SOMEBODY'S** [1] -
1691:22
**SOMETHING** [5] -
1675:18, 1677:5,
1691:22, 1706:2,
1713:17
**SOMETIME** [1] -
1687:24
**SOMETIMES** [1] -
1718:4
**SORRY** [8] - 1677:1,
1677:6, 1687:18,
1695:17, 1695:22,
1708:2, 1712:25,
1714:13
**SORTS** [2] -
1684:20, 1688:12
**SOULE** [1] - 1718:17

**SOUTH** [1] - 1670:13
**SPEAKING** [1] -
1699:17
**SPECIAL** [2] -
1703:17, 1705:3
**SPECIALIZES** [1] -
1700:3
**SPECIFIC** [7] -
1674:16, 1674:25,
1682:10, 1687:13,
1688:5, 1693:2,
1696:14
**SPECIFICALLY** [5] -
1674:25, 1677:22,
1690:2, 1693:19,
1715:18
**SPENT** [1] - 1676:4
**SPOIL** [1] - 1681:24
**SPOKE** [1] - 1690:10
**SPRINGS** [1] -
1671:13
**SR** [1] - 1672:11
**ST** [1] - 1716:19
**ST** [5] - 1670:17,
1670:20, 1671:2,
1671:5, 1671:23
**STAND** [3] - 1682:24,
1700:20, 1707:2
**STANDARD** [1] -
1702:15
**STANDING** [2] -
1696:5, 1696:13
**STANWOOD** [1] -
1670:8
**START** [6] - 1673:23,
1676:19, 1678:11,
1705:7, 1721:12,
1721:13
**STARTED** [2] -
1702:18, 1711:17
**STATE** [5] - 1686:6,
1694:8, 1711:3,
1711:7, 1716:3
**STATED** [2] -
1675:10, 1675:23
**STATES** [23] -
1670:1, 1670:5,
1670:8, 1676:23,
1678:2, 1678:9,
1678:18, 1684:6,
1685:3, 1685:4,
1685:5, 1687:4,
1696:4, 1698:20,
1705:21, 1709:9,
1715:15, 1715:16,
1715:22, 1715:24,
1716:7, 1718:19,
1722:4
**STATING** [2] -
1683:25, 1703:6

**STATION** [1] -
1672:13
**STATUTE** [1] -
1694:7
**STAY** [2] - 1699:8,
1712:16
**STEEL** [1] - 1679:1
**STENOGRAPHY** [1]
- 1672:18
**STEP** [1] - 1713:1
**STEPNEY** [2] -
1704:18, 1705:6
**STEVENS** [3] -
1671:18, 1671:18,
1720:16
**STILL** [4] - 1682:18,
1694:14, 1709:24,
1709:25
**STONE** [2] -
1672:11, 1720:2
**STORM** [1] - 1681:20
**STRATEGY** [3] -
1677:20, 1678:1,
1678:4
**STREET** [5] -
1670:13, 1671:9,
1671:16, 1672:2,
1672:16
**STREET** [1] -
1679:23
**STRICTLY** [1] -
1715:12
**STRIKES** [1] -
1701:4
**STRING** [1] - 1705:8
**STUDY** [1] - 1673:14
**SUBJECT** [2] -
1679:8, 1680:14
**SUBMISSION** [3] -
1675:14, 1719:22,
1720:15
**SUBMIT** [3] -
1700:18, 1700:20,
1707:19
**SUBMITTING** [1] -
1700:19
**SUBROGATED** [1] -
1671:22
**SUBSECTION** [2] -
1713:21, 1714:2
**SUBSETS** [1] -
1703:13
**SUBSTANTIAL** [2] -
1718:23, 1718:25
**SUBSTANTIALLY**
[12] - 1679:5, 1679:9,
1680:1, 1680:6,
1680:15, 1681:3,
1681:5, 1682:22,
1688:4, 1694:1,

1713:23, 1716:9
**SUCH** [2] - 1694:4,
1694:6
**SUED** [4] - 1702:2,
1702:3, 1702:8
**SUGGEST** [3] -
1680:21, 1682:2,
1683:17
**SUGGESTING** [1] -
1703:5
**SUIT** [1] - 1683:11
**SUITE** [4] - 1670:14,
1670:23, 1671:5,
1672:2
**SULLIVAN** [3] -
1690:3, 1719:23,
1720:1
**SUPERIOR** [2] -
1710:4, 1710:8
**SUPPLEMENT** [1] -
1706:5
**SUPPLEMENTAL** [1]
- 1700:2
**SUPPORT** [1] -
1684:5
**SUPPOSED** [1] -
1677:3
**SURE** [9] - 1684:15,
1688:17, 1692:14,
1692:15, 1696:2,
1698:8, 1702:6,
1706:23, 1712:12
**SURGE** [3] -
1681:18, 1681:20,
1681:21
**SURREPTITIOUS** [1]
- 1707:16
**SUSSMAN** [2] -
1704:6, 1704:8
**SWITCH** [1] - 1690:5
**SWORN** [1] -
1708:10
**SYNOPSIZING** [2] -
1676:5, 1676:6
**SYSTEM** [2] -
1687:14, 1688:8

# T

**T** [1] - 1671:22
**TABLE** [1] - 1702:19
**TAHEERAH** [1] -
1672:6
**TAKE** [4] - 1673:6,
1699:25, 1719:14,
1719:15
**TAKEN** [7] - 1673:10,
1673:20, 1689:3,
1702:15, 1706:21,
1720:23, 1721:16

**TAKING** [3] - 1691:3, 1693:1, 1702:12
**TALK** [2] - 1699:7, 1712:4
**TALKED** [2] - 1685:5, 1685:6
**TALKING** [4] - 1689:14, 1696:13, 1706:18, 1709:18
**TANKERSLEY** [2] - 1710:8, 1711:16
**TASK** [1] - 1701:12
**TEAM** [9] - 1689:15, 1689:18, 1691:9, 1692:5, 1699:18, 1703:2, 1704:16, 1705:4
**TELL** [15] - 1674:4, 1675:9, 1680:5, 1680:24, 1680:25, 1681:3, 1682:21, 1689:18, 1702:1, 1702:2, 1702:4, 1706:22, 1713:9, 1714:25
**TELLING** [4] - 1678:11, 1682:4, 1709:12, 1712:13
**TEN** [1] - 1673:18
**TERMS** [4] - 1683:25, 1693:20, 1693:21, 1717:14
**TESTIMONY** [3] - 1676:15, 1705:12
**TEXAS** [1] - 1718:18
**THAN** [13] - 1675:2, 1679:17, 1690:4, 1695:9, 1696:14, 1696:15, 1699:9, 1700:19, 1704:15, 1712:25, 1714:24, 1717:20, 1719:2
**THANK** [13] - 1673:17, 1676:21, 1677:7, 1688:20, 1691:7, 1699:5, 1699:16, 1700:24, 1710:24, 1710:25, 1714:20, 1714:21, 1721:15
**THAT** [259] - 1673:8, 1673:9, 1673:10, 1673:25, 1674:6, 1674:17, 1674:21, 1674:24, 1675:1, 1675:5, 1675:19, 1675:23, 1675:24, 1675:25, 1676:7, 1676:11, 1676:18, 1677:12, 1677:17,

1677:19, 1677:20, 1678:1, 1678:2, 1678:5, 1678:6, 1678:7, 1678:9, 1678:16, 1678:19, 1678:24, 1679:2, 1679:6, 1679:16, 1679:17, 1679:18, 1680:5, 1680:8, 1680:21, 1680:23, 1681:3, 1681:12, 1681:13, 1681:14, 1681:24, 1682:2, 1682:4, 1682:5, 1682:16, 1682:17, 1683:1, 1683:7, 1683:8, 1683:9, 1683:11, 1683:14, 1683:25, 1684:1, 1684:5, 1684:7, 1684:9, 1684:11, 1684:17, 1684:20, 1685:6, 1685:12, 1685:23, 1686:15, 1687:4, 1687:6, 1687:8, 1687:11, 1687:13, 1687:20, 1687:22, 1688:3, 1688:4, 1688:6, 1688:9, 1688:10, 1688:13, 1688:15, 1688:17, 1689:3, 1689:4, 1689:12, 1689:15, 1689:16, 1689:17, 1689:19, 1689:22, 1690:2, 1690:7, 1690:16, 1690:23, 1690:24, 1691:5, 1691:9, 1691:17, 1691:21, 1691:25, 1692:6, 1692:9, 1692:12, 1692:18, 1693:3, 1693:5, 1693:6, 1693:8, 1693:11, 1693:13, 1694:2, 1694:4, 1694:10, 1694:13, 1694:19, 1694:20, 1694:22, 1694:24, 1695:2, 1695:5, 1695:8, 1695:9, 1695:22, 1695:25, 1696:8, 1696:10, 1696:12, 1696:13, 1696:20, 1697:3, 1697:6, 1697:12, 1697:19, 1697:25, 1698:2, 1698:13, 1698:14, 1698:18, 1698:23, 1699:3, 1699:13,

1699:23, 1700:4, 1700:15, 1700:20, 1700:22, 1701:5, 1701:9, 1701:11, 1701:16, 1701:17, 1701:20, 1701:22, 1701:23, 1702:1, 1702:2, 1702:7, 1702:13, 1702:14, 1702:16, 1702:17, 1702:24, 1702:25, 1703:1, 1703:4, 1703:7, 1703:10, 1703:16, 1703:20, 1704:1, 1704:4, 1704:7, 1704:15, 1704:22, 1704:23, 1704:25, 1705:4, 1705:7, 1705:11, 1705:19, 1706:3, 1706:9, 1706:24, 1707:5, 1707:9, 1707:21, 1707:23, 1707:25, 1708:2, 1708:11, 1708:12, 1708:20, 1708:24, 1709:5, 1709:9, 1709:20, 1709:21, 1710:1, 1710:3, 1710:4, 1710:12, 1710:15, 1711:19, 1712:7, 1712:17, 1712:21, 1712:22, 1713:2, 1713:24, 1714:7, 1714:19, 1714:23, 1714:25, 1715:3, 1715:5, 1715:9, 1715:13, 1715:17, 1715:20, 1715:21, 1716:6, 1716:10, 1716:20, 1716:23, 1717:1, 1717:2, 1717:8, 1717:9, 1717:10, 1717:19, 1717:22, 1718:2, 1718:16, 1719:2, 1719:9, 1719:17, 1720:22, 1721:1, 1721:2, 1722:6
**THAT'S** [46] - 1675:9, 1677:12, 1681:4, 1682:2, 1682:14, 1682:22, 1683:6, 1683:22, 1685:14, 1685:21, 1686:8, 1687:6, 1687:24, 1688:1, 1688:20, 1688:23, 1691:11, 1693:3, 1693:6, 1693:9, 1693:15,

1695:12, 1696:23, 1697:16, 1697:18, 1698:10, 1699:4, 1700:13, 1703:6, 1704:9, 1704:10, 1704:25, 1706:7, 1706:18, 1706:24, 1707:1, 1709:24, 1710:13, 1714:19, 1715:3, 1716:25, 1718:18, 1719:8, 1720:18
**THE** [780] - 1670:8, 1670:12, 1670:19, 1671:4, 1671:22, 1672:4, 1673:5, 1673:6, 1673:8, 1673:9, 1673:11, 1673:12, 1673:15, 1673:18, 1673:19, 1673:22, 1673:23, 1673:24, 1673:25, 1674:1, 1674:4, 1674:6, 1674:8, 1674:9, 1674:10, 1674:11, 1674:14, 1674:15, 1674:16, 1674:17, 1674:18, 1674:19, 1674:20, 1674:21, 1674:22, 1674:23, 1674:24, 1674:25, 1675:2, 1675:3, 1675:4, 1675:5, 1675:7, 1675:8, 1675:9, 1675:11, 1675:12, 1675:14, 1675:15, 1675:16, 1675:17, 1675:18, 1675:20, 1675:21, 1675:22, 1675:25, 1676:1, 1676:2, 1676:3, 1676:5, 1676:7, 1676:9, 1676:11, 1676:12, 1676:13, 1676:14, 1676:16, 1676:18, 1676:19, 1676:22, 1676:23, 1676:24, 1677:1, 1677:4, 1677:9, 1677:10, 1677:11, 1677:12, 1677:13, 1677:15, 1677:16, 1677:24, 1677:25, 1678:1, 1678:2, 1678:4, 1678:6, 1678:8, 1678:9, 1678:11, 1678:14, 1678:17, 1678:18, 1678:19, 1678:24, 1679:2,

1679:5, 1679:8, 1679:10, 1679:13, 1679:14, 1679:16, 1679:18, 1679:20, 1679:22, 1679:23, 1680:4, 1680:7, 1680:8, 1680:12, 1680:14, 1680:15, 1680:17, 1680:19, 1680:23, 1680:24, 1681:1, 1681:2, 1681:7, 1681:9, 1681:10, 1681:11, 1681:13, 1681:15, 1681:17, 1681:18, 1681:19, 1681:21, 1681:22, 1681:23, 1682:1, 1682:3, 1682:4, 1682:5, 1682:6, 1682:9, 1682:10, 1682:11, 1682:12, 1682:13, 1682:14, 1682:15, 1682:16, 1682:18, 1682:19, 1682:24, 1682:25, 1683:3, 1683:4, 1683:5, 1683:6, 1683:9, 1683:10, 1683:11, 1683:13, 1683:14, 1683:16, 1683:20, 1683:22, 1683:23, 1683:24, 1683:25, 1684:2, 1684:5, 1684:6, 1684:7, 1684:9, 1684:10, 1684:11, 1684:12, 1684:14, 1684:16, 1684:17, 1684:19, 1684:20, 1684:22, 1684:23, 1684:24, 1684:25, 1685:2, 1685:3, 1685:4, 1685:6, 1685:8, 1685:9, 1685:10, 1685:12, 1685:13, 1685:15, 1685:16, 1685:19, 1685:20, 1685:22, 1685:24, 1686:3, 1686:11, 1686:12, 1686:17, 1686:18, 1686:19, 1686:22, 1686:24, 1686:25, 1687:1, 1687:3, 1687:4, 1687:5, 1687:6, 1687:9, 1687:12, 1687:13, 1687:14, 1687:15, 1687:16, 1687:17, 1687:19, 1687:21, 1687:24,

1688:2, 1688:4,
1688:5, 1688:7,
1688:9, 1688:12,
1688:13, 1688:15,
1688:20, 1688:23,
1688:25, 1689:1,
1689:2, 1689:3,
1689:8, 1689:9,
1689:10, 1689:14,
1689:17, 1689:21,
1689:22, 1689:24,
1689:25, 1690:1,
1690:2, 1690:4,
1690:5, 1690:11,
1690:13, 1690:14,
1690:18, 1690:21,
1690:22, 1690:24,
1690:25, 1691:3,
1691:7, 1691:8,
1691:11, 1691:13,
1691:14, 1691:16,
1691:18, 1691:21,
1691:25, 1692:2,
1692:4, 1692:8,
1692:10, 1692:14,
1692:16, 1692:17,
1692:20, 1692:21,
1692:23, 1693:1,
1693:2, 1693:3,
1693:9, 1693:11,
1693:12, 1693:13,
1693:14, 1693:15,
1693:17, 1693:18,
1693:20, 1693:23,
1693:25, 1694:1,
1694:2, 1694:3,
1694:5, 1694:10,
1694:11, 1694:12,
1694:13, 1694:18,
1694:22, 1694:23,
1695:1, 1695:2,
1695:3, 1695:4,
1695:8, 1695:10,
1695:13, 1695:15,
1695:19, 1695:23,
1695:24, 1695:25,
1696:4, 1696:8,
1696:10, 1696:12,
1696:14, 1696:17,
1696:18, 1696:19,
1696:21, 1696:22,
1696:24, 1697:2,
1697:3, 1697:6,
1697:9, 1697:14,
1697:16, 1697:18,
1697:22, 1697:24,
1698:1, 1698:4,
1698:6, 1698:8,
1698:12, 1698:13,
1698:14, 1698:18,
1698:19, 1698:20,

1698:22, 1698:24,
1699:2, 1699:3,
1699:5, 1699:6,
1699:8, 1699:9,
1699:10, 1699:11,
1699:12, 1699:17,
1699:18, 1699:20,
1699:22, 1699:23,
1699:25, 1700:1,
1700:2, 1700:4,
1700:6, 1700:8,
1700:9, 1700:12,
1700:17, 1700:20,
1700:21, 1700:24,
1701:3, 1701:7,
1701:8, 1701:11,
1701:12, 1701:16,
1701:18, 1701:19,
1701:20, 1701:21,
1701:22, 1701:23,
1701:25, 1702:1,
1702:2, 1702:5,
1702:7, 1702:9,
1702:10, 1702:12,
1702:13, 1702:15,
1702:16, 1702:18,
1702:19, 1702:24,
1702:25, 1703:2,
1703:7, 1703:9,
1703:10, 1703:13,
1703:15, 1703:18,
1703:19, 1703:21,
1703:22, 1703:23,
1704:1, 1704:3,
1704:7, 1704:12,
1704:15, 1704:18,
1704:21, 1704:23,
1704:25, 1705:1,
1705:5, 1705:6,
1705:9, 1705:10,
1705:12, 1705:14,
1705:15, 1705:17,
1705:18, 1705:19,
1705:20, 1705:21,
1705:22, 1705:24,
1705:25, 1706:1,
1706:4, 1706:5,
1706:6, 1706:8,
1706:10, 1706:12,
1706:13, 1706:14,
1706:18, 1706:23,
1706:24, 1707:2,
1707:3, 1707:5,
1707:7, 1707:10,
1707:13, 1707:19,
1707:21, 1708:1,
1708:5, 1708:6,
1708:9, 1708:13,
1708:15, 1708:18,
1708:20, 1708:23,
1709:4, 1709:6,

1709:8, 1709:11,
1709:13, 1709:16,
1709:17, 1709:20,
1709:21, 1709:24,
1710:6, 1710:9,
1710:10, 1710:11,
1710:14, 1710:17,
1710:18, 1710:20,
1710:21, 1710:24,
1711:1, 1711:3,
1711:6, 1711:7,
1711:9, 1711:11,
1711:14, 1711:18,
1711:19, 1711:20,
1711:22, 1711:23,
1712:1, 1712:1,
1712:4, 1712:9,
1712:12, 1712:15,
1712:16, 1712:19,
1712:20, 1712:21,
1712:24, 1713:1,
1713:2, 1713:3,
1713:5, 1713:6,
1713:7, 1713:8,
1713:11, 1713:12,
1713:14, 1713:18,
1713:20, 1713:23,
1713:25, 1714:1,
1714:3, 1714:4,
1714:6, 1714:10,
1714:13, 1714:17,
1714:21, 1714:22,
1715:2, 1715:4,
1715:5, 1715:7,
1715:8, 1715:10,
1715:11, 1715:12,
1715:13, 1715:15,
1715:16, 1715:17,
1715:19, 1715:21,
1715:22, 1715:23,
1715:24, 1715:25,
1716:1, 1716:2,
1716:4, 1716:5,
1716:6, 1716:7,
1716:9, 1716:11,
1716:13, 1716:14,
1716:18, 1716:20,
1717:1, 1717:2,
1717:3, 1717:4,
1717:5, 1717:7,
1717:8, 1717:11,
1717:13, 1717:14,
1717:16, 1717:17,
1717:18, 1717:19,
1717:21, 1718:2,
1718:5, 1718:6,
1718:7, 1718:8,
1718:10, 1718:12,
1718:15, 1718:20,
1718:22, 1718:23,
1719:1, 1719:3,

1719:4, 1719:5,
1719:6, 1719:7,
1719:10, 1719:11,
1719:12, 1719:13,
1719:14, 1719:16,
1719:17, 1719:19,
1719:22, 1719:25,
1720:15, 1720:17,
1720:18, 1720:19,
1720:21, 1721:1,
1721:2, 1721:3,
1721:5, 1721:7,
1721:8, 1721:10,
1721:13, 1722:6,
1722:7, 1722:8

**THEIR** [5] - 1673:14,
1689:6, 1714:14,
1714:17, 1714:18

**THEM** [18] - 1674:4,
1676:5, 1679:21,
1686:6, 1686:7,
1686:13, 1689:7,
1695:20, 1698:2,
1700:19, 1700:21,
1702:25, 1711:17,
1714:17, 1715:19,
1720:11

**THEMSELVES** [1] -
1702:19

**THEN** [15] - 1675:20,
1676:19, 1681:21,
1682:18, 1683:1,
1688:12, 1690:24,
1691:10, 1694:9,
1700:1, 1706:5,
1706:17, 1706:21,
1718:7, 1720:12

**THERE** [54] -
1675:24, 1677:20,
1678:3, 1679:10,
1679:12, 1682:21,
1683:2, 1683:7,
1687:10, 1689:5,
1691:16, 1692:3,
1692:14, 1692:15,
1692:17, 1693:4,
1697:1, 1697:24,
1697:25, 1698:15,
1698:24, 1700:5,
1701:19, 1702:20,
1702:21, 1702:22,
1704:4, 1704:5,
1707:10, 1709:2,
1709:5, 1710:2,
1710:9, 1710:15,
1714:8, 1715:5,
1715:9, 1715:14,
1716:6, 1717:9,
1718:1, 1718:5,
1718:13, 1719:9,

1719:10, 1719:21,
1720:3, 1720:13,
1720:14

**THERE'S** [8] -
1675:18, 1678:7,
1683:17, 1696:22,
1697:15, 1697:21,
1710:21, 1720:10

**THEREAFTER** [2] -
1713:22, 1716:9

**THEREFORE** [2] -
1716:23, 1717:13

**THEREOF** [2] -
1708:16, 1715:14

**THERETO** [1] -
1717:3

**THESE** [13] - 1676:4,
1686:15, 1688:5,
1689:7, 1689:23,
1692:25, 1694:19,
1694:24, 1695:23,
1701:16, 1702:9,
1706:3

**THEY** [44] - 1675:2,
1675:14, 1679:18,
1679:21, 1685:5,
1685:9, 1685:18,
1685:20, 1685:23,
1685:24, 1686:6,
1686:7, 1686:10,
1686:11, 1686:12,
1686:16, 1686:18,
1688:6, 1688:11,
1688:12, 1689:18,
1691:4, 1692:6,
1692:8, 1692:11,
1692:23, 1694:15,
1695:19, 1697:12,
1697:14, 1702:20,
1706:24, 1707:21,
1709:1, 1710:4,
1710:6, 1710:7,
1711:17, 1714:10,
1714:11, 1714:17,
1719:4, 1719:5

**THEY'RE** [6] -
1680:6, 1692:15,
1697:14, 1697:15,
1714:12

**THING** [4] - 1685:10,
1689:14, 1692:9,
1700:17

**THINGS** [5] - 1676:2,
1686:3, 1689:9,
1701:5, 1714:23

**THINK** [42] -
1673:10, 1678:16,
1684:5, 1684:22,
1685:20, 1686:15,
1686:20, 1688:1,

1688:3, 1688:15, 1688:22, 1689:2, 1689:13, 1690:23, 1691:17, 1691:24, 1691:25, 1692:19, 1693:6, 1693:12, 1693:19, 1694:2, 1694:3, 1695:8, 1696:17, 1698:18, 1705:14, 1706:18, 1706:24, 1710:20, 1710:21, 1712:18, 1712:22, 1712:23, 1713:8, 1714:18, 1714:19, 1716:19, 1719:7, 1720:4

**THINKING** [1] - 1692:3

**THINKS** [1] - 1678:6

**THIRD** [1] - 1700:17

**THIS** [135] - 1673:6, 1673:8, 1674:7, 1674:8, 1674:11, 1674:13, 1674:16, 1674:25, 1675:11, 1676:3, 1676:7, 1676:10, 1676:17, 1677:5, 1677:14, 1677:19, 1678:6, 1679:18, 1679:20, 1679:24, 1680:3, 1680:9, 1680:21, 1681:10, 1681:12, 1681:15, 1682:22, 1682:25, 1683:1, 1683:8, 1683:15, 1684:7, 1684:12, 1684:21, 1685:22, 1685:23, 1685:24, 1688:4, 1688:6, 1688:13, 1688:25, 1689:6, 1689:18, 1690:8, 1691:11, 1691:22, 1692:2, 1692:3, 1692:6, 1692:16, 1692:21, 1692:24, 1693:6, 1693:8, 1693:23, 1694:1, 1694:2, 1694:3, 1694:5, 1694:16, 1694:17, 1694:18, 1694:20, 1695:6, 1695:9, 1695:11, 1695:12, 1695:16, 1695:18, 1696:4, 1696:7, 1696:8, 1696:21, 1697:5, 1697:10, 1698:10, 1698:21, 1698:22, 1699:4, 1699:6, 1699:11,

1699:22, 1699:25, 1700:10, 1700:12, 1700:16, 1702:7, 1703:3, 1703:12, 1703:17, 1704:6, 1704:16, 1705:20, 1705:23, 1706:8, 1706:16, 1707:4, 1707:8, 1708:4, 1709:11, 1709:22, 1709:24, 1710:21, 1712:12, 1712:15, 1712:24, 1713:14, 1713:17, 1714:9, 1714:16, 1715:8, 1715:19, 1715:20, 1716:13, 1716:14, 1716:16, 1716:17, 1717:8, 1717:17, 1717:19, 1718:2, 1718:11, 1718:12, 1718:15, 1718:25, 1719:1, 1719:12, 1720:23

**THOMAS** [1] - 1670:23

**THOSE** [20] - 1675:19, 1676:2, 1677:15, 1683:9, 1683:10, 1683:13, 1683:14, 1684:9, 1685:8, 1686:19, 1687:11, 1687:19, 1688:3, 1688:18, 1690:15, 1690:22, 1700:13, 1712:25, 1720:16, 1720:21

**THOUGH** [4] - 1685:22, 1696:5, 1700:18, 1715:1

**THOUGHT** [5] - 1677:2, 1691:10, 1705:23, 1709:1, 1715:5

**THOUSANDS** [1] - 1701:1

**THREE** [3] - 1690:23, 1702:9, 1703:9

**THROUGH** [8] - 1675:12, 1681:17, 1681:19, 1681:20, 1692:9, 1705:21, 1720:11

**THRUST** [2] - 1697:3, 1716:5

**THUS** [1] - 1676:16

**TIE** [1] - 1700:10

**TIME** [21] - 1675:4, 1676:9, 1677:25, 1686:1, 1689:4,

1689:21, 1689:22, 1690:16, 1692:2, 1693:3, 1695:12, 1697:5, 1699:4, 1701:16, 1702:12, 1702:17, 1706:24, 1711:14, 1713:14, 1718:13

**TIMELINESS** [1] - 1720:18

**TIMELY** [4] - 1699:12, 1717:21, 1718:17, 1719:8

**TIMES** [2] - 1683:11, 1683:13

**TIMING** [1] - 1675:11

**TO** [308] - 1673:6, 1673:8, 1673:12, 1673:13, 1673:16, 1673:25, 1674:1, 1674:2, 1674:6, 1674:11, 1674:13, 1674:16, 1674:17, 1674:21, 1675:3, 1675:8, 1675:9, 1675:11, 1675:15, 1675:16, 1675:23, 1675:25, 1676:1, 1676:3, 1676:7, 1676:8, 1676:9, 1676:16, 1676:18, 1676:24, 1677:1, 1677:3, 1677:8, 1677:15, 1677:16, 1678:8, 1678:20, 1679:4, 1679:5, 1679:7, 1679:18, 1679:23, 1680:2, 1680:3, 1680:9, 1680:12, 1680:13, 1680:15, 1680:20, 1680:24, 1681:1, 1681:2, 1681:6, 1681:15, 1682:22, 1682:23, 1682:25, 1683:8, 1683:18, 1684:4, 1684:8, 1684:10, 1684:12, 1684:24, 1685:1, 1685:5, 1685:6, 1685:8, 1685:9, 1685:16, 1685:25, 1686:2, 1686:21, 1687:1, 1687:14, 1687:17, 1688:4, 1688:18, 1689:6, 1689:8, 1689:14, 1689:18, 1689:23, 1689:25, 1690:6, 1690:9, 1690:10,

1690:16, 1691:6, 1691:8, 1691:23, 1692:2, 1692:3, 1692:12, 1692:16, 1692:18, 1692:21, 1692:25, 1693:1, 1693:2, 1693:9, 1693:13, 1693:20, 1693:21, 1693:25, 1694:1, 1694:5, 1694:6, 1694:10, 1694:11, 1694:15, 1694:16, 1694:24, 1695:7, 1695:9, 1695:10, 1695:11, 1695:13, 1695:14, 1695:15, 1695:18, 1695:20, 1695:23, 1696:5, 1696:6, 1696:10, 1696:15, 1696:23, 1696:24, 1697:3, 1698:1, 1698:2, 1698:4, 1698:5, 1698:13, 1698:22, 1698:24, 1698:25, 1699:2, 1699:5, 1699:8, 1699:9, 1699:11, 1699:20, 1699:23, 1699:24, 1700:1, 1700:8, 1700:9, 1700:14, 1700:15, 1700:18, 1700:19, 1700:21, 1701:9, 1701:10, 1701:12, 1701:13, 1701:18, 1701:25, 1702:6, 1702:10, 1702:12, 1702:14, 1702:16, 1702:18, 1702:21, 1702:22, 1703:7, 1703:11, 1703:15, 1703:24, 1704:8, 1704:21, 1704:23, 1704:25, 1705:10, 1705:11, 1705:12, 1705:23, 1706:5, 1706:7, 1706:10, 1706:22, 1706:23, 1707:3, 1707:4, 1707:11, 1707:12, 1707:13, 1707:15, 1707:17, 1707:18, 1707:19, 1707:23, 1707:24, 1707:25, 1708:6, 1708:7, 1708:8, 1708:10, 1708:13, 1708:14, 1708:21, 1708:25, 1709:2, 1709:6, 1709:12, 1709:17,

1709:19, 1709:20, 1709:21, 1710:5, 1710:8, 1710:9, 1710:18, 1710:21, 1710:22, 1711:3, 1711:6, 1711:20, 1711:22, 1712:4, 1712:5, 1712:13, 1712:15, 1712:19, 1712:20, 1712:21, 1712:22, 1712:24, 1712:25, 1713:1, 1713:5, 1713:8, 1713:9, 1713:15, 1713:24, 1714:18, 1714:19, 1714:22, 1714:23, 1715:1, 1715:4, 1715:8, 1715:10, 1715:15, 1715:20, 1715:23, 1716:11, 1716:16, 1716:21, 1716:22, 1716:25, 1717:5, 1717:6, 1717:7, 1717:10, 1717:11, 1717:16, 1718:4, 1718:10, 1718:11, 1718:16, 1718:19, 1718:21, 1718:22, 1719:3, 1719:8, 1719:11, 1719:14, 1719:15, 1720:11, 1720:25, 1721:12, 1721:13, 1722:6

**TOBACCO** [1] - 1696:2

**TODAY** [6] - 1678:7, 1699:17, 1700:8, 1714:10, 1714:12, 1720:25

**TOGETHER** [1] - 1691:6

**TOLD** [3] - 1695:22, 1710:3, 1713:8

**TOMORROW** [1] - 1700:10

**TOO** [1] - 1676:17

**TOOK** [3] - 1680:17, 1690:23, 1707:4

**TOOL** [1] - 1718:22

**TORT** [1] - 1709:9

**TORTS** [1] - 1672:5

**TOTAL** [1] - 1721:1

**TOTALLY** [1] - 1704:12

**TOUGH** [2] - 1695:13, 1712:13

**TRACK** [1] - 1677:13

**TRANSCRIPT** [1] - 1672:18

DAILY COPY

**TRANSCRIPT** [2] - 1670:7, 1722:6
**TRANSFERRED** [1] - 1683:9
**TRANSPORTATION** [1] - 1716:3
**TRIAL** [27] - 1670:7, 1673:8, 1676:4, 1676:7, 1689:18, 1690:9, 1691:6, 1691:8, 1691:12, 1692:16, 1692:17, 1693:9, 1695:11, 1698:25, 1699:18, 1703:2, 1703:3, 1704:7, 1704:16, 1715:2, 1717:20, 1718:12, 1719:1, 1719:6, 1719:7, 1720:23
**TRIED** [1] - 1699:11
**TROTTER** [1] - 1720:3
**TROUBLE** [1] - 1691:23
**TRUE** [2] - 1685:14, 1722:6
**TRUTH** [2] - 1699:3, 1706:23
**TRY** [2] - 1674:13, 1709:19
**TRYING** [6] - 1675:16, 1685:25, 1686:2, 1687:1, 1692:21, 1707:18
**TUG** [1] - 1713:7
**TWICE** [1] - 1686:8
**TWO** [3] - 1675:6, 1702:24, 1706:20
**TX** [1] - 1670:24
**TYPES** [1] - 1680:1
**TYPICAL** [1] - 1692:22

**U**

**U** [2] - 1672:4, 1712:8
**UDDO** [2] - 1699:21, 1700:3
**UMBRELLA** [8] - 1679:20, 1680:3, 1686:12, 1701:14, 1709:6, 1709:11, 1715:20, 1719:13
**UNAWARE** [1] - 1698:25
**UNDER** [23] - 1674:14, 1675:15, 1678:12, 1680:3,

1686:7, 1686:8, 1686:12, 1693:23, 1694:4, 1694:6, 1694:7, 1694:8, 1694:13, 1695:10, 1695:14, 1697:9, 1697:19, 1700:4, 1701:14, 1715:12, 1715:20, 1717:1, 1719:13
**UNDERLINED** [1] - 1677:5
**UNDERLYING** [1] - 1703:13
**UNDERMINED** [1] - 1681:25
**UNDERSTAND** [14] - 1681:13, 1681:14, 1682:17, 1683:3, 1687:3, 1688:24, 1692:4, 1695:13, 1696:10, 1696:12, 1697:18, 1699:2, 1718:3, 1719:23
**UNDERSTANDING** [4] - 1684:9, 1693:10, 1704:13, 1722:7
**UNDERSTANDS** [1] - 1715:13
**UNDERSTOOD** [1] - 1689:15
**UNEQUIVOCALLY** [1] - 1708:3
**UNFORTUNATELY** [2] - 1695:19, 1712:14
**UNITED** [20] - 1670:1, 1670:5, 1670:8, 1676:23, 1678:2, 1678:9, 1678:18, 1684:6, 1685:3, 1685:4, 1687:4, 1698:20, 1705:21, 1709:8, 1715:15, 1715:16, 1715:22, 1715:24, 1722:4
**UNLESS** [9] - 1691:21, 1698:5, 1704:7, 1713:9, 1713:12, 1714:4, 1716:11, 1720:25
**UNRELATED** [1] - 1704:12
**UNTIL** [5] - 1690:8, 1691:6, 1698:5, 1698:25, 1711:20
**UNTIMELY** [1] - 1718:10
**UNTRUE** [1] - 1703:4
**UNUSUAL** [1] -

1693:6
**UP** [12] - 1673:6, 1673:10, 1676:1, 1692:25, 1693:4, 1699:8, 1701:18, 1706:11, 1714:22, 1717:5, 1720:16, 1720:23
**UPON** [3] - 1684:7, 1694:12, 1700:14
**UPPER** [2] - 1701:20, 1701:22
**US** [8] - 1678:8, 1694:13, 1696:18, 1698:22, 1701:10, 1705:11, 1713:10, 1715:3
**USE** [3] - 1680:23, 1694:16, 1718:22
**USUALLY** [2] - 1692:10, 1692:17

**V**

**V** [1] - 1670:4
**V** [6] - 1678:25, 1696:3, 1703:10, 1705:7, 1709:8, 1718:17
**VARIOUS** [3] - 1674:19, 1677:21, 1680:17
**VAST** [1] - 1715:19
**VEIN** [1] - 1696:8
**VERACITY** [1] - 1708:16
**VERY** [4] - 1674:10, 1674:18, 1676:8, 1694:20, 1701:19, 1703:17
**VEXING** [1] - 1676:12
**VICINITY** [1] - 1688:7
**VICTOR** [1] - 1671:19
**VIDEOTAPE** [1] - 1702:18
**VIEW** [3] - 1673:24, 1712:16, 1714:17
**VIEWS** [1] - 1714:14
**VIOLATION** [12] - 1696:11, 1697:1, 1697:2, 1697:5, 1698:11, 1715:6, 1715:14, 1716:6, 1717:13, 1717:14, 1719:9
**VIOLATIONS** [1] - 1696:7
**VIRTUE** [1] - 1678:17

**VOICE** [4] - 1707:14, 1707:15, 1707:20, 1707:21
**VOLUME** [5] - 1670:9, 1705:20, 1706:7, 1706:21
**VOLUNTARILY** [1] - 1684:1

**W**

**WAIT** [1] - 1714:1
**WAITING** [1] - 1706:10
**WAIVE** [1] - 1693:24
**WAIVED** [2] - 1693:24, 1694:3
**WAIVER** [7] - 1693:17, 1697:7, 1697:9, 1697:19, 1697:21, 1697:22, 1698:1
**WAIVERS** [4] - 1710:9, 1710:10, 1710:11, 1718:16
**WALTER** [2] - 1671:8, 1690:11
**WANT** [12] - 1675:25, 1682:24, 1689:8, 1699:23, 1704:25, 1708:8, 1708:13, 1710:22, 1711:3, 1712:5, 1713:15, 1721:12
**WANTED** [1] - 1699:9
**WANTS** [1] - 1673:12
**WARD** [2] - 1701:20, 1701:23
**WARRANT** [1] - 1689:6
**WARREN** [1] - 1672:1
**WAS** [138] - 1673:20, 1675:4, 1675:11, 1675:13, 1675:15, 1675:17, 1675:23, 1675:25, 1677:3, 1677:12, 1677:15, 1678:1, 1678:2, 1680:1, 1680:7, 1680:15, 1680:24, 1680:25, 1681:1, 1681:11, 1681:12, 1681:21, 1682:5, 1682:6, 1683:3, 1683:11, 1684:18, 1685:11, 1685:13, 1686:2, 1686:5, 1686:23, 1687:6, 1687:12, 1687:22,

1688:9, 1688:24, 1689:5, 1689:9, 1690:6, 1690:7, 1690:8, 1690:15, 1690:16, 1690:24, 1691:1, 1691:2, 1691:3, 1691:11, 1691:12, 1691:16, 1691:25, 1692:2, 1692:3, 1692:16, 1694:12, 1695:18, 1695:22, 1695:24, 1695:25, 1696:8, 1696:15, 1697:7, 1698:2, 1698:21, 1698:22, 1698:24, 1699:1, 1699:9, 1699:14, 1700:11, 1701:11, 1701:17, 1701:19, 1702:5, 1702:11, 1702:14, 1702:15, 1702:16, 1702:20, 1702:22, 1703:1, 1703:3, 1703:10, 1703:15, 1703:21, 1704:1, 1704:5, 1704:8, 1704:18, 1705:5, 1705:19, 1706:18, 1706:23, 1707:8, 1707:10, 1707:12, 1707:23, 1709:2, 1709:5, 1709:21, 1710:2, 1710:15, 1710:18, 1711:20, 1713:3, 1714:8, 1715:8, 1715:24, 1716:6, 1717:8, 1717:9, 1717:15, 1717:24, 1717:25, 1718:2, 1718:13, 1718:16, 1719:4, 1719:5, 1719:23, 1720:3, 1720:13, 1720:14, 1721:3, 1721:6, 1721:16
**WASHINGTON** [1] - 1692:22
**WASHINGTON** [1] - 1672:13
**WASN'T** [3] - 1692:1, 1692:3, 1698:22
**WATER** [1] - 1716:1
**WAY** [6] - 1674:23, 1688:9, 1688:16, 1700:23, 1702:10, 1710:21
**WE** [105] - 1673:13, 1673:18, 1674:5, 1674:6, 1674:7,

1674:13, 1675:9, 1675:12, 1676:6, 1676:14, 1676:15, 1676:16, 1677:7, 1677:9, 1677:17, 1678:3, 1678:5, 1678:7, 1678:13, 1678:16, 1682:4, 1684:5, 1684:7, 1685:2, 1685:5, 1685:22, 1685:23, 1686:1, 1686:6, 1686:7, 1687:1, 1688:10, 1688:17, 1690:13, 1691:6, 1691:8, 1691:11, 1691:19, 1691:25, 1692:1, 1692:6, 1693:3, 1693:5, 1693:8, 1693:14, 1694:3, 1694:14, 1694:16, 1694:17, 1694:20, 1694:21, 1694:23, 1695:5, 1695:6, 1695:7, 1695:20, 1695:21, 1695:22, 1695:23, 1696:8, 1698:20, 1698:23, 1698:25, 1699:22, 1699:23, 1700:1, 1700:14, 1700:18, 1700:20, 1703:3, 1704:1, 1704:10, 1704:11, 1704:17, 1705:3, 1705:23, 1705:24, 1706:4, 1706:10, 1706:20, 1706:21, 1707:1, 1707:8, 1710:10, 1711:1, 1712:5, 1712:13, 1712:16, 1713:8, 1714:7, 1716:25, 1717:17, 1718:3, 1719:22, 1720:2, 1720:3, 1720:15, 1720:24, 1721:5
   **WE'LL** [4] - 1676:19, 1683:1, 1684:16, 1721:3
   **WE'RE** [15] - 1676:2, 1677:25, 1682:5, 1688:6, 1695:10, 1695:15, 1702:17, 1704:10, 1705:9, 1712:24, 1712:25, 1713:9, 1719:6, 1720:16, 1721:13
   **WE'VE** [12] - 1685:5, 1686:8, 1688:4, 1688:13, 1689:14,

1689:17, 1692:24, 1705:23, 1706:13, 1713:8, 1721:1
   **WEAKENED** [1] - 1681:25
   **WEBER** [1] - 1705:7
   **WEDNESDAY** [1] - 1673:2
   **WEDNESDAY** [1] - 1670:4
   **WEEK** [2] - 1691:12, 1692:7
   **WEEKS** [1] - 1690:23
   **WELL** [11] - 1682:4, 1687:13, 1689:1, 1690:20, 1691:14, 1694:21, 1698:15, 1703:1, 1708:6, 1719:6, 1719:13
   **WENT** [6] - 1675:12, 1690:7, 1691:9, 1702:19, 1711:11, 1712:4
   **WERE** [58] - 1675:14, 1677:13, 1677:20, 1680:2, 1680:10, 1683:1, 1683:5, 1683:7, 1683:9, 1683:10, 1684:6, 1684:8, 1684:23, 1685:18, 1685:20, 1685:23, 1685:24, 1686:6, 1686:8, 1686:10, 1686:11, 1686:12, 1686:15, 1686:18, 1687:4, 1688:25, 1689:3, 1689:18, 1690:11, 1690:22, 1691:4, 1692:1, 1692:6, 1694:14, 1694:15, 1694:17, 1698:25, 1701:2, 1701:16, 1702:10, 1702:20, 1702:21, 1708:20, 1710:14, 1712:1, 1712:2, 1712:9, 1713:17, 1714:18, 1718:1, 1718:6, 1719:19, 1719:21
   **WEREN'T** [4] - 1686:16, 1694:19, 1694:24, 1695:19
   **WEST** [1] - 1701:19
   **WESTERN** [1] - 1718:18
   **WHAT** [47] - 1674:11, 1675:20, 1675:21, 1675:22, 1675:23, 1677:24, 1679:18,

1680:24, 1680:25, 1681:1, 1682:2, 1682:16, 1682:17, 1682:24, 1683:3, 1685:15, 1685:16, 1687:24, 1688:20, 1688:23, 1689:5, 1692:3, 1692:10, 1693:10, 1693:14, 1693:22, 1695:15, 1696:13, 1696:22, 1696:24, 1697:14, 1702:22, 1703:21, 1704:10, 1706:4, 1708:10, 1709:6, 1709:19, 1711:14, 1712:6, 1713:9, 1714:15, 1714:17, 1718:3, 1719:19
   **WHAT'S** [2] - 1678:24, 1693:16
   **WHATEVER** [1] - 1721:12
   **WHEN** [30] - 1675:16, 1676:11, 1680:23, 1682:11, 1687:15, 1687:16, 1687:20, 1689:9, 1690:7, 1691:8, 1697:9, 1698:10, 1701:4, 1701:20, 1705:11, 1707:4, 1708:18, 1710:17, 1710:18, 1711:9, 1711:17, 1711:23, 1711:25, 1712:2, 1712:4, 1712:9, 1717:25, 1718:16, 1720:23
   **WHERE** [6] - 1692:15, 1703:11, 1705:14, 1712:13, 1717:6, 1718:1
   **WHEREIN** [3] - 1679:8, 1680:14, 1680:16
   **WHEREUPON** [3] - 1673:20, 1713:3, 1721:16
   **WHETHER** [14] - 1685:1, 1685:9, 1685:10, 1685:18, 1686:10, 1694:7, 1695:5, 1695:7, 1697:7, 1697:22, 1698:20, 1707:11, 1707:12, 1714:17
   **WHICH** [32] - 1674:5, 1675:4, 1675:7, 1676:10, 1676:14,

1676:15, 1676:16, 1679:6, 1680:6, 1680:15, 1682:13, 1684:23, 1691:4, 1691:22, 1696:15, 1699:7, 1701:6, 1704:18, 1704:19, 1705:5, 1706:22, 1707:11, 1713:16, 1713:24, 1714:9, 1715:23, 1716:7, 1716:10, 1717:16, 1719:12, 1720:18, 1720:19
   **WHICHEVER** [1] - 1700:22
   **WHILE** [6] - 1700:7, 1704:21, 1717:23, 1718:6, 1718:7, 1719:18
   **WHO** [24] - 1675:12, 1675:13, 1675:15, 1677:13, 1692:9, 1692:12, 1692:23, 1699:5, 1702:20, 1702:22, 1702:23, 1704:13, 1706:9, 1710:1, 1712:16, 1713:21, 1716:8, 1716:18, 1717:7, 1718:5, 1720:14, 1721:3
   **WHO'S** [1] - 1718:5
   **WHOEVER** [1] - 1691:22
   **WHOLE** [3] - 1692:5, 1705:6, 1705:24
   **WHOM** [1] - 1692:13
   **WHOSE** [3] - 1677:22, 1699:21, 1716:25
   **WHY** [12] - 1678:11, 1680:6, 1682:14, 1682:18, 1684:13, 1684:15, 1688:3, 1694:3, 1694:11, 1697:9, 1706:23
   **WILL** [18] - 1673:18, 1673:24, 1674:6, 1674:9, 1676:16, 1693:4, 1693:7, 1699:13, 1703:7, 1704:13, 1707:12, 1707:18, 1708:4, 1710:22, 1713:1, 1714:23, 1716:17, 1720:22
   **WILLIAMSON** [1] - 1696:2
   **WILSON** [1] -

1678:25
   **WISELY** [1] - 1680:3
   **WISH** [1] - 1703:8
   **WISHES** [1] - 1674:2
   **WISP** [2] - 1718:13
   **WIT** [2] - 1679:23, 1684:12
   **WITH** [62] - 1675:7, 1675:24, 1676:10, 1676:18, 1676:19, 1676:24, 1677:8, 1677:11, 1677:13, 1677:17, 1679:18, 1679:20, 1679:23, 1679:24, 1681:20, 1684:10, 1684:12, 1684:23, 1688:18, 1690:16, 1690:24, 1691:13, 1691:22, 1694:15, 1696:18, 1698:14, 1698:15, 1700:18, 1701:13, 1702:1, 1702:2, 1702:4, 1703:2, 1704:12, 1705:7, 1706:5, 1706:6, 1707:3, 1707:9, 1708:4, 1708:11, 1710:4, 1710:22, 1711:11, 1711:16, 1711:17, 1711:19, 1712:5, 1712:10, 1714:23, 1715:22, 1716:14, 1716:21, 1717:23, 1718:19, 1719:13, 1720:23, 1720:24
   **WITHERING** [1] - 1716:15
   **WITHIN** [1] - 1711:7
   **WITHOUT** [6] - 1676:17, 1705:12, 1707:21, 1712:12, 1712:13, 1714:17
   **WITNESS** [3] - 1685:4, 1700:8, 1700:9
   **WITNESSES** [3] - 1688:25, 1689:1, 1690:22
   **WON** [1] - 1683:5
   **WON'T** [1] - 1698:17
   **WONDERING** [1] - 1696:13
   **WOODCOCK** [4] - 1672:12, 1719:21, 1720:4, 1720:6
   **WORD** [1] - 1719:16
   **WORDS** [2] - 1689:19, 1696:20

DAILY COPY

**WORK** [2] - 1710:5, 1711:19
**WORKED** [1] - 1709:13
**WORKING** [6] - 1700:7, 1709:7, 1709:8, 1711:16, 1711:17, 1712:2
**WOULD** [41] - 1673:13, 1676:18, 1678:11, 1679:4, 1680:20, 1681:6, 1683:17, 1683:18, 1684:2, 1684:10, 1684:19, 1684:22, 1684:25, 1685:5, 1688:15, 1688:17, 1688:22, 1693:12, 1694:22, 1695:21, 1696:15, 1696:17, 1696:18, 1699:22, 1700:1, 1700:18, 1700:20, 1701:14, 1703:11, 1706:4, 1706:5, 1707:24, 1708:9, 1708:10, 1712:20, 1712:21, 1713:5, 1714:9, 1717:1, 1719:7, 1720:25
**WOULDN'T** [3] - 1683:6, 1685:3, 1696:18
**WRIGHT** [1] - 1671:1
**WRITING** [2] - 1714:5, 1716:12
**WRITTEN** [2] - 1694:22, 1714:8
**WRONG** [1] - 1682:20

# Y

**YEAH** [4] - 1687:11, 1689:12, 1690:11, 1690:13
**YEAR** [1] - 1707:10
**YES** [26] - 1676:22, 1677:6, 1677:7, 1680:12, 1682:8, 1687:1, 1688:1, 1693:17, 1693:18, 1695:22, 1696:17, 1699:20, 1705:16, 1705:18, 1707:7, 1708:17, 1708:22, 1708:25, 1709:14, 1711:2, 1711:5, 1711:8, 1711:22, 1712:11, 1713:20, 1714:7

**YESTERDAY** [3] - 1700:8, 1710:19, 1711:25
**YET** [4] - 1675:9, 1692:15, 1697:3, 1709:19
**YORK** [1] - 1671:24
**YOU** [130] - 1673:17, 1674:4, 1675:9, 1676:21, 1677:1, 1677:7, 1678:11, 1678:19, 1678:20, 1679:16, 1679:23, 1680:6, 1680:10, 1680:11, 1680:23, 1680:24, 1681:3, 1681:6, 1682:13, 1682:15, 1682:16, 1682:17, 1682:18, 1682:21, 1682:24, 1683:3, 1683:5, 1683:6, 1683:8, 1684:11, 1684:13, 1685:21, 1685:25, 1687:9, 1687:15, 1688:20, 1689:9, 1689:10, 1689:25, 1690:11, 1690:24, 1691:7, 1691:19, 1691:21, 1692:9, 1692:10, 1692:23, 1692:24, 1693:7, 1693:20, 1695:18, 1696:10, 1696:11, 1696:24, 1697:1, 1698:6, 1698:17, 1699:2, 1699:3, 1699:5, 1699:10, 1699:16, 1699:20, 1700:24, 1701:4, 1701:5, 1701:7, 1701:10, 1701:12, 1701:13, 1701:14, 1701:20, 1701:22, 1702:1, 1702:2, 1702:4, 1703:5, 1705:11, 1705:14, 1705:25, 1706:1, 1706:5, 1706:22, 1706:24, 1708:7, 1708:8, 1708:9, 1708:10, 1708:13, 1708:14, 1708:15, 1708:18, 1708:20, 1708:23, 1709:18, 1710:1, 1710:15, 1710:17, 1710:22, 1710:24, 1710:25, 1711:3, 1711:9, 1711:11, 1711:14, 1711:15, 1711:23,

1712:1, 1712:2, 1712:4, 1712:9, 1712:14, 1713:9, 1713:17, 1714:14, 1714:20, 1714:21, 1714:25, 1721:3, 1721:12, 1721:15
**YOU'LL** [1] - 1695:13
**YOU'RE** [8] - 1678:11, 1682:4, 1682:14, 1683:4, 1683:5, 1709:12, 1711:6
**YOU'VE** [2] - 1683:18, 1689:13
**YOUR** [114] - 1673:13, 1676:21, 1677:7, 1678:13, 1678:16, 1678:19, 1678:22, 1679:12, 1679:19, 1680:12, 1680:20, 1681:6, 1682:2, 1682:10, 1683:7, 1683:17, 1683:18, 1684:4, 1684:14, 1684:22, 1685:14, 1685:18, 1686:20, 1687:3, 1687:18, 1687:23, 1688:1, 1688:18, 1689:12, 1690:4, 1690:6, 1691:19, 1693:12, 1693:16, 1693:17, 1695:1, 1695:4, 1695:14, 1695:17, 1695:19, 1695:25, 1696:12, 1696:16, 1696:17, 1697:3, 1697:6, 1697:12, 1697:18, 1698:7, 1699:4, 1699:16, 1699:19, 1700:18, 1700:21, 1700:22, 1701:3, 1701:13, 1701:17, 1701:20, 1701:24, 1702:4, 1702:20, 1703:7, 1703:11, 1705:7, 1705:16, 1705:18, 1705:20, 1706:3, 1706:23, 1707:2, 1707:5, 1707:8, 1707:18, 1707:20, 1708:13, 1708:15, 1708:17, 1708:19, 1708:21, 1708:22, 1709:14, 1709:17, 1709:23, 1710:13, 1710:16, 1710:23, 1710:25, 1711:2, 1711:3,

1711:5, 1711:8, 1711:9, 1711:14, 1711:19, 1712:3, 1712:11, 1712:18, 1712:23, 1713:7, 1713:12, 1713:15, 1714:7, 1714:19, 1720:16, 1720:24, 1721:9, 1721:11, 1721:15
**YOURSELF** [1] - 1686:1