1723

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4

5   NORMAN ROBINSON, ET AL          *    DOCKET 06-CV-2268-K
                                    *
6   VERSUS                          *    NEW ORLEANS, LOUISIANA
                                    *
7   UNITED STATES OF AMERICA, ET AL *    APRIL 29, 2009
    * * * * * * * * * * * * * * * * *

8

9

10               VOLUME 8 - AFTERNOON SESSION
                 TRIAL PROCEEDINGS BEFORE THE
11            HONORABLE STANWOOD R. DUVAL JR.
                 UNITED STATES DISTRICT JUDGE

12

13
    APPEARANCES:
14

15   FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                                BY:  PIERCE O'DONNELL, ESQ.
16                              550 SOUTH HOPE STREET, SUITE 1000
                                LOS ANGELES, CALIFORNIA 90071
17

18   FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                                BY:  JOSEPH M. BRUNO, ESQ.
19                                   L. SCOTT JOANEN, ESQ.
                                855 BARONNE STREET
20                              NEW ORLEANS, LOUISIANA 70113

21
     FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                              BY:  JONATHAN B. ANDRY, ESQ.
                                     KEA SHERMAN, ESQ.
23                              610 BARONNE STREET
                                NEW ORLEANS, LOUISIANA 70113
24

25


                        FINAL DAILY COPY

1  APPEARANCES (CONTINUED):

2
3  FOR THE PLAINTIFFS:          BARON & BUDD, PC
                                BY:  THOMAS SIMS, ESQ.
                                3102 OAK LAWN AVENUE, SUITE 1100
4                               DALLAS, TEXAS 75219

5
   FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
6                               BY:  JAMES P. ROY, ESQ.
                                556 JEFFERSON STREET, SUITE 500
7                               POST OFFICE BOX 3668
                                LAFAYETTE, LOUISIANA 70502
8
9  FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
                                BY:  FRANK C. DUDENHEFER JR., ESQ.
10                              601 POYDRAS STREET, SUITE 2655
                                NEW ORLEANS, LOUISIANA 70130
11
12 FOR THE PLAINTIFFS:          DUMAS & ASSOCIATES LAW FIRM, LLC
                                BY:  WALTER C. DUMAS, ESQ.
13                              LAWYER'S COMPLEX
                                1261 GOVERNMENT STREET
14                              POST OFFICE BOX 1366
                                BATON ROUGE, LOUISIANA 70821
15
16 FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT
                                BY:  CALVIN C. FAYARD JR., ESQ.
17                              519 FLORIDA AVENUE S.W.
                                DENHAM SPRINGS, LOUISIANA 70726
18
19 FOR THE PLAINTIFFS:          MICHAEL C. PALMINTIER, A PLC
                                BY:  MICHAEL C. PALMINTIER, ESQ.
20                                   JOSHUA M. PALMINTIER, ESQ.
                                618 MAIN STREET
21                              BATON ROUGE, LOUISIANA 70801
22
   FOR THE PLAINTIFFS:          LAW OFFICE OF ELWOOD C. STEVENS JR.,
23                                 A PLC
                                BY:  ELWOOD C. STEVENS JR., ESQ.
24                              1205 VICTOR II BOULEVARD
                                POST OFFICE BOX 2626
25                              MORGAN CITY, LOUISIANA 70381


                        FINAL DAILY COPY

1  APPEARANCES (CONTINUED):

2

   FOR SUBROGATED INSURERS:     THE GILBERT FIRM
3                               BY:  ELISA T. GILBERT, ESQ.
                                     BRENDAN R. O'BRIEN, ESQ.
4                               325 EAST 57TH STREET
                                NEW YORK, NEW YORK 10022
5

6  ALSO PRESENT FOR             J. ROBERT WARREN II, ESQ.
     PLAINTIFFS:                ASHLEY E. PHILEN, ESQ.
7                               MRGO LITIGATION GROUP
                                600 CARONDELET STREET, SUITE 604
8                               NEW ORLEANS, LOUISIANA 70130

9

   FOR THE DEFENDANT:           U.S. DEPARTMENT OF JUSTICE
10                              TORTS BRANCH, CIVIL DIVISION
                                BY:  DANIEL M. BAEZA JR., ESQ.
11                                   JEFFREY PAUL EHRLICH, ESQ.
                                     TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                   MICHELE S. GREIF, ESQ.
                                     CONOR KELLS, ESQ.
13                                   PAUL MARC LEVINE, ESQ.
                                     JAMES F. MCCONNON JR., ESQ.
14                                   KARA K. MILLER, ESQ.
                                     RUPERT MITSCH, ESQ.
15                                   PETER G. MYER, ESQ.
                                     ROBIN D. SMITH, ESQ.
16                                   SARAH K. SOJA, ESQ.
                                     RICHARD R. STONE SR., ESQ.
17                                   JOHN WOODCOCK, ESQ.
                                BENJAMIN FRANKLIN STATION
18                              P.O. BOX 888
                                WASHINGTON, DC 20044
19

20  OFFICIAL COURT REPORTER:    TONI DOYLE TUSA, CCR, FCRR
                                500 POYDRAS STREET, ROOM HB-406
21                              NEW ORLEANS, LOUISIANA 70130
                                (504) 589-7778
22

23

24

   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25  PRODUCED BY COMPUTER.


                            FINAL DAILY COPY

1    **I N D E X**

2                                                          <u>PAGE</u>

3    G. PAUL KEMP

4         VOIR DIRE                                      1727

5         DIRECT EXAMINATION                             1735

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FINAL DAILY COPY

| | | |
|---|---|---|
| 12:51 | 1 | **AFTERNOON SESSION** |
| 12:51 | 2 | **(APRIL 29, 2009)** |
| 12:51 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 12:51 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 12:59 | 5 | **THE COURT:**  OKAY.  ARE THE PLAINTIFFS READY TO |
| 13:09 | 6 | PROCEED WITH THE NEXT WITNESS? |
| 13:09 | 7 | **MR. ROY:**  WE ARE, YOUR HONOR.  THE PLAINTIFFS WILL |
| 13:09 | 8 | CALL DR. PAUL KEMP. |
| 13:09 | 9 | **THE COURT:**  YES, SIR. |
| 13:09 | 10 | **MR. LEVINE:**  PAUL LEVINE FOR THE UNITED STATES. |
| 13:09 | 11 | (WHEREUPON **G. PAUL KEMP**, HAVING BEEN DULY SWORN, |
| 13:09 | 12 | TESTIFIED AS FOLLOWS.) |
| 13:09 | 13 | **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND |
| 13:09 | 14 | CORRECT SPELLING FOR THE RECORD. |
| 13:10 | 15 | **THE WITNESS:**  MY NAME IS GEORGE PAUL KEMP.  WHAT ELSE |
| 13:10 | 16 | DID YOU ASK FOR? |
| 13:10 | 17 | **THE DEPUTY CLERK:**  SPELL IT. |
| 13:10 | 18 | **THE WITNESS:**  G-E-O-R-G-E, P-A-U-L, K-E-M-P. |
| 13:10 | 19 | **VOIR DIRE** |
| 13:10 | 20 | BY MR. ROY: |
| 13:10 | 21 | **Q.**   DR. KEMP, WHAT IS YOUR AREA OF EXPERTISE? |
| 13:10 | 22 | **A.**   MY AREA IS COASTAL GEOLOGY AND OCEANOGRAPHY. |
| 13:10 | 23 | **Q.**   THAT INCLUDES MARINE SCIENCES, COASTAL STUDIES, |
| 13:10 | 24 | SEDIMENTOLOGY, AND HYDROLOGY WITHIN THAT GROUPING; RIGHT? |
| 13:10 | 25 | **A.**   THAT'S CORRECT. |

| | | |
|---|---|---|
| 13:10 | 1 | **MR. ROY:**  YOUR HONOR, FOR YOUR REFERENCE, HIS |
| 13:10 | 2 | JULY 2008 REPORT, WHICH IS IN THE RECORD AS PX-91, PAGES 225 TO |
| 13:10 | 3 | 22, ENCOMPASSES MANY OF HIS QUALIFICATIONS.  I'LL JUST TOUCH ON |
| 13:11 | 4 | SOME. |
| 13:11 | 5 | **BY MR. ROY:** |
| 13:11 | 6 | **Q.**  WHAT DOES YOUR WORK AS A GEOLOGIST AND OCEANOGRAPHER |
| 13:11 | 7 | ENTAIL? |
| 13:11 | 8 | **A.**  I MOSTLY AM WORKING IN MODERN ENVIRONMENTS, RIVERS, WATER |
| 13:11 | 9 | MOVING UNDER THE INFLUENCE OF TIDES AND WINDS AND CURRENTS |
| 13:11 | 10 | DEVELOPED IN OTHER WAYS. |
| 13:11 | 11 | **Q.**  WELL, WOULD IT BE FAIR TO SAY GEOLOGY IS THE STUDY OF |
| 13:11 | 12 | SOLID AND LIQUID MATTER THAT CONSTITUTES THE EARTH? |
| 13:11 | 13 | **A.**  THAT'S CORRECT. |
| 13:11 | 14 | **Q.**  OCEANOGRAPHY IS A BRANCH OF EARTH SCIENCES THAT STUDIES |
| 13:11 | 15 | THE OCEAN, INCLUDING ECOSYSTEM DYNAMICS AND MOVEMENT OF WATER |
| 13:11 | 16 | UNDER THE INFLUENCE OF WIND, TIDES, WAVES, AND ACROSS DIFFERING |
| 13:11 | 17 | TERRAIN, AND THE GEOLOGY OF WATER BODY FORCE? |
| 13:11 | 18 | **A.**  THAT'S CORRECT. |
| 13:11 | 19 | **Q.**  NOW, DO YOU WORK WITH MODELS, HYDRODYNAMIC AND ECOLOGICAL |
| 13:11 | 20 | MODELS? |
| 13:11 | 21 | **A.**  I HAVE FOR THE PAST 20 YEARS. |
| 13:11 | 22 | **Q.**  DO YOU WORK WITH ENGINEERS THAT DO MODELS UNDER YOUR |
| 13:12 | 23 | DIRECTION OR AT YOUR REQUEST? |
| 13:12 | 24 | **A.**  IT IS MY PRIVILEGE TO WORK WITH MANY ENGINEERS. |
| 13:12 | 25 | **Q.**  IS THIS PART OF YOUR PROFESSION THAT YOU DO THIS? |

13:12    1    **A.**    THAT'S CORRECT.

13:12    2    **Q.**    DO YOU DO IT FREQUENTLY?

13:12    3    **A.**    THAT HAS BEEN MY NORMAL OPERATIONS, TO WORK WITH

13:12    4    ENGINEERS, WITH ENGINEERING MODELS IN AN OCEANOGRAPHY CONTEXT.

13:12    5    **Q.**    NOW, YOU'RE CURRENTLY VICE PRESIDENT OF THE GULF COAST

13:12    6    INITIATIVE OF THE NATIONAL AUDUBON SOCIETY SINCE FEBRUARY OF

13:12    7    2007.  BETWEEN 1992 AND 2007, WHAT WAS YOUR OCCUPATION?

13:12    8    **A.**    I WAS AN ASSOCIATE RESEARCH PROFESSOR IN THE SCHOOL OF THE

13:12    9    COAST AND ENVIRONMENT AT LSU.

13:12   10    **Q.**    WAS THAT LSU IN BATON ROUGE?

13:12   11    **A.**    YES, SIR.

13:12   12    **Q.**    THERE, YOU DIRECTED THE NATURAL SYSTEMS MODELING GROUP AT

13:12   13    LSU IN THE SCHOOL OF COASTAL ENVIRONMENT?

13:12   14    **A.**    THE SCHOOL OF THE COAST AND ENVIRONMENT, THAT'S CORRECT.

13:12   15    **Q.**    YOU'VE LIVED IN LOUISIANA SINCE 1975?

13:12   16    **A.**    YES.  I CAME TO LOUISIANA AS A GRADUATE STUDENT.

13:13   17    **Q.**    DR. KEMP, YOU'RE A SCIENTIST; RIGHT?

13:13   18    **A.**    THAT'S RIGHT.

13:13   19    **Q.**    WHAT ELSE DO YOU CONSIDER YOURSELF TO BE IN TERMS OF NOT

13:13   20    JUST A SCIENTIST?

13:13   21    **A.**    WELL, I'M ALSO INTEREST -- I'M A CONSERVATIONIST.  I'M

13:13   22    INTERESTED IN RESTORING THE COAST, AND I'VE WORKED AT THAT FOR

13:13   23    ALMOST 30 YEARS.

13:13   24    **Q.**    WELL, SPECIFICALLY, YOU CONSIDER YOURSELF TO BE A FIELD

13:13   25    SCIENTIST; CORRECT?

| | | |
|---|---|---|
| 13:13 | 1 | **A.**   THAT HAS BEEN MY NORMAL OPERATION, IS THAT I SPEND A LOT |
| 13:13 | 2 | OF TIME COLLECTING MEASUREMENTS IN THE FIELD, AND THEN I USE |
| 13:13 | 3 | MODELS AND OTHER TECHNIQUES TO TRY AND EXPLAIN WHAT I'M SEEING |
| 13:13 | 4 | OUT THERE. |
| 13:13 | 5 | **Q.**   STATED DIFFERENTLY, SOME SCIENTISTS, EVEN IN YOUR |
| 13:13 | 6 | OCCUPATION, AROUND THE COUNTRY OR EVEN ADJACENT STATES MAY |
| 13:13 | 7 | CONSIDER THEMSELVES SCIENTISTS AND READ ABOUT THE LOUISIANA |
| 13:13 | 8 | MARSHES AND WETLANDS AND EVEN LOOK AT PICTURES OF THEM.  YOU'VE |
| 13:13 | 9 | SPENT THE BETTER PART OF 25 YEARS ACTUALLY WALKING THEM AND |
| 13:13 | 10 | RIDING THROUGH THEM; RIGHT? |
| 13:13 | 11 | **A.**   THAT'S RIGHT.  THAT'S WHY I CAME TO LOUISIANA, WAS TO HAVE |
| 13:13 | 12 | THAT OPPORTUNITY. |
| 13:14 | 13 | **Q.**   YOUR BS FROM CORNELL; YOUR MS, LSU; AND YOUR PH.D. IN 1986 |
| 13:14 | 14 | FROM LSU, THE DEPARTMENT OF MARINE SCIENCES, NOW THE DEPARTMENT |
| 13:14 | 15 | OF OCEANOGRAPHY AND COASTAL SCIENCE; CORRECT? |
| 13:14 | 16 | **A.**   THAT'S CORRECT. |
| 13:14 | 17 | **Q.**   YOU'VE DONE RESEARCH.  THAT'S WHY YOU WENT TO LSU AND WHY |
| 13:14 | 18 | YOU STAYED AT LSU, TO DO RESEARCH ON THE VERY SORTS OF DYNAMICS |
| 13:14 | 19 | WE'RE TALKING ABOUT IN THIS CASE THAT YOU'VE BEEN CALLED UPON |
| 13:14 | 20 | TO DO RESEARCH AND GIVE EXPERT OPINIONS; CORRECT? |
| 13:14 | 21 | **A.**   THAT'S CORRECT. |
| 13:14 | 22 | **Q.**   COASTAL ECOLOGY, THAT'S COASTAL ZONE MANAGEMENT, YOU |
| 13:14 | 23 | FREQUENTLY HAVE LECTURED IN THAT; RIGHT? |
| 13:14 | 24 | **A.**   YES.  AND IN OCEANOGRAPHY AND SEDIMENTOLOGY AS WELL. |
| 13:14 | 25 | **Q.**   LET'S TALK ABOUT SOME OF THE PROJECTS.  ONCE AGAIN, YOUR |

13:14   1   RÉSUMÉ COVERS THEM IN EXQUISITE DETAIL, BUT I WANT TO HIGHLIGHT

13:14   2   A COUPLE.  THE FIRST ONE I WANT TO TALK ABOUT IS YOU'VE

13:14   3   ACTUALLY EVALUATED A CORPS NAVIGATION PROJECT BEFORE, HAVEN'T

13:14   4   YOU?

13:14   5   A.   THAT'S RIGHT.  BACK IN THE EARLY 1990S, THE CORPS HAD PUT

13:15   6   A DAM-LIKE STRUCTURE ACROSS ONE OF THE BRANCHES OF THE

13:15   7   ATCHAFALAYA RIVER.

13:15   8   Q.   THAT'S THE WAX LAKE WEIR YOU'RE TALKING ABOUT?

13:15   9   A.   THAT'S RIGHT, THE WAX LAKE WEIR.  THEY PUT IT THERE IN

13:15  10   1987.  I WAS CONTACTED IN 1993, WHEN THE PEOPLE OF MORGAN CITY,

13:15  11   REALLY THEIR CHAMBER OF COMMERCE, WAS CONCERNED THAT THEY WERE

13:15  12   SEEING HIGHER WATER THAN THE CORPS HAD TOLD THEM TO EXPECT.

13:15  13   THEY HAD TOLD THEM THAT THIS WEIR WOULD HAVE NO EFFECT ON

13:15  14   FLOODING.  IT TURNED OUT THAT IT DID HAVE AN EFFECT ON

13:15  15   FLOODING.  WE DID A FIELD INVESTIGATION AND A MODELING STUDY

13:15  16   AND CONFIRMED THAT EFFECT.  IN 1994, THE WEIR WAS REMOVED.

13:15  17   Q.   WHO REMOVED IT?

13:15  18   A.   THE CORPS OF ENGINEERS.

13:15  19   Q.   DID THEY REMOVE IT BECAUSE OF THE EXPERT OPINIONS, AMONG

13:15  20   OTHER THINGS, YOU RENDERED?

13:15  21   A.   THAT'S CORRECT.

13:15  22   Q.   AMONG THOSE EXPERT OPINIONS IN YOUR STUDY -- EXCUSE ME.

13:16  23        AT THAT TIME, AMONG YOUR OPINIONS REACHED IN YOUR

13:16  24   ANALYSIS OF THAT SITUATION OF THE NAVIGATION PROJECT DESIGNED

13:16  25   AND BUILT BY THE CORPS AND OVER THE ENSUING YEARS, IN YOUR

| | | |
|---|---|---|
| 13:16 | 1 | EXPERT OPINION, CAUSED LOCAL FLOODING, DID YOU FIND THAT ONE OF |
| 13:16 | 2 | THE REASONS WAS IT CAUSED AN ACCELERATED BUILDUP OF SEDIMENT |
| 13:16 | 3 | THAT RAISED THE BOTTOM OF THE BODY OF WATER, THAT THEN RAISED |
| 13:16 | 4 | THE WATER ITSELF IN FLOOD TIDES? |
| 13:16 | 5 | **A.**   THAT'S CORRECT.  IT WAS DONE TO SCOUR SEDIMENT OUT OF THE |
| 13:16 | 6 | NAVIGATION CANAL, BUT IT ACTUALLY RESULTED IN MORE |
| 13:16 | 7 | SEDIMENTATION IN THAT CHANNEL THAN HAD OCCURRED PREVIOUSLY. |
| 13:16 | 8 | **Q.**   YOU, IN FACT, HAVE WORKED ON AN ASSIGNMENT TO THE U.S. |
| 13:16 | 9 | ARMY CORPS OF ENGINEERS TO REVIEW APPLICATION OF 1D AND 2D |
| 13:16 | 10 | MODELS ADDRESSING THE NEED TO RAISE GUIDE LEVEES IN THE |
| 13:17 | 11 | ATCHAFALAYA IN THE PAST, HAVE YOU NOT? |
| 13:17 | 12 | **A.**   THAT'S CORRECT, YES. |
| 13:17 | 13 | **Q.**   YOU'VE SPENT A COUPLE YEARS AS A TECHNICAL ON COASTAL |
| 13:17 | 14 | RESTORATION FOR THE LOUISIANA GOVERNOR'S OFFICE? |
| 13:17 | 15 | **A.**   YES.  I WAS INVOLVED IN GETTING THE COASTAL RESTORATION |
| 13:17 | 16 | PROGRAM STARTED IN LOUISIANA, BOTH AT THE FEDERAL AND STATE |
| 13:17 | 17 | LEVEL. |
| 13:17 | 18 | **Q.**   LET'S TALK SPECIFICALLY MODELING.  SOME OF THE LAST WORK |
| 13:17 | 19 | AT LSU THAT YOU ACTUALLY COORDINATED AND DIRECTED WAS IN YOUR |
| 13:17 | 20 | CAPACITY AS DIRECTOR OF THE NATURAL SYSTEMS MODELING GROUP |
| 13:17 | 21 | UNDER CONTRACT TO THE LSU HURRICANE CENTER TO ADAPT THE 2D |
| 13:17 | 22 | ADCIRC MODEL TO PROVIDE RELIABLE REALTIME FORECASTING OF |
| 13:17 | 23 | HURRICANE SURGE; IS THAT RIGHT? |
| 13:17 | 24 | **A.**   THAT'S CORRECT.  WITH MY COLLEAGUE, HASSAN MASHRIQUI, WE |
| 13:17 | 25 | DEVELOPED THE PROTOCOL TO ACTUALLY USE THE MODEL IN A |

13:17    1    FORECASTING MODE TO ALERT PUBLIC SAFETY AND -- IN A PUBLIC

13:17    2    SAFETY ROLE, WHERE WE WOULD FORECAST SURGE WITHIN THE SIX-HOUR

13:17    3    WINDOW THAT THE NOAA WEATHER SERVICE PROVIDED UPDATES.

13:18    4    Q.   YOU, IN FACT, USED THAT MODELING WITH YOUR TEAM IN THE

13:18    5    HURRICANE PAM EXERCISES PRIOR TO KATRINA?

13:18    6    A.   THAT'S RIGHT.  WE MODELED THE HYPOTHETICAL HURRICANE THAT

13:18    7    THE FEDERAL EMERGENCY MANAGEMENT AGENCY HAD DEVELOPED WITH THE

13:18    8    WEATHER SERVICE, AND THAT WAS QUITE AN EYE OPENER.

13:18    9    Q.   AS DIRECTOR OF THE NATURAL SYSTEMS MODELING GROUP, THE

13:18   10    NSMG, YOU CARRIED OUT APPLIED RESEARCH IN YOUR FIELD TO ADAPT

13:18   11    STANDARD ENGINEERING METHODS AND MODELS TO THE EMERGING FIELD

13:18   12    OF WETLAND RESTORATION AS WE KNOW IT TODAY?

13:18   13    A.   THAT'S CORRECT.  ONE ASSIGNMENT THAT I HAD THAT CAME TO

13:18   14    MIND JUST VERY RECENTLY WAS -- I'M NOT A MEMBER OF THE NATIONAL

13:18   15    ACADEMY OF ENGINEERING, BUT I DID ACTUALLY SERVE ON A NATIONAL

13:19   16    RESEARCH COUNCIL STUDY FOR PIPELINE SAFETY, WHERE CHANNELS HAD

13:19   17    EXPANDED.  THERE WAS A LOT OF FORENSICS WORK INVOLVED BECAUSE

13:19   18    FISHING BOATS WERE HITTING THESE EXPOSED PIPES AND BLOWING UP,

13:19   19    AND IT WAS RELATED TO THE CHANGING ENVIRONMENT IN LOUISIANA,

13:19   20    VERY SIMILAR TO THE CONDITION THAT WE SEE IN THE MRGO.

13:19   21    Q.   SO WITHIN THE APPLICATION OF YOUR FIELD OF EXPERTISE,

13:19   22    YOU'RE NO STRANGER IN GOING OUT IN THE FIELD, WHETHER IT'S

13:19   23    WETLANDS, NAVIGATION PROJECTS, SO-CALLED IMPROVEMENT, OR

13:19   24    WHATEVER, AND DETERMINING IN THE FIELD WHAT'S REALLY HAPPENING,

13:19   25    WHY IT'S HAPPENING, AND HOW TO FIX IT?

```
13:19    1   A.   THAT'S RIGHT.  MOST OF THE INSPIRATION COMES FROM SEEING

13:19    2   THE PROCESSES IN THE FIELD AND THEN GOING BACK INTO THE

13:19    3   LABORATORY AND TRYING TO REPRODUCE THOSE WITH STANDARD MODELS.

13:19    4   Q.   YOUR PUBLICATIONS ARE LARGELY LISTED IN YOUR RÉSUMÉ, BUT I

13:19    5   WANT TO TOUCH UPON ONE.  YOU WERE THE LEAD AUTHOR HAVING BEEN

13:19    6   HIRED BY THE STATE OF LOUISIANA TO LEAD THE TEAM LOUISIANA

13:19    7   REPORT AFTER HURRICANE KATRINA; IS THAT RIGHT?

13:20    8   A.   NOT EXACTLY.  I WAS NOT THE LEAD AUTHOR.  I WAS THE

13:20    9   PRIMARY SCRIBE, LET'S SAY.  I WORKED VERY CLOSELY WITH

13:20   10   DR. VAN HEERDEN, WHO WAS THE LEAD AUTHOR.

13:20   11   Q.   I APOLOGIZE FOR THE MISCHARACTERIZATION.  SHALL WE SAY YOU

13:20   12   WERE INTEGRALLY INVOLVED WITH DR. VAN HEERDEN COORDINATING AND

13:20   13   PUTTING TOGETHER, WITH THE WHOLE TEAM, THE TEAM LOUISIANA

13:20   14   REPORT?

13:20   15   A.   THAT'S CORRECT.

13:20   16           MR. ROY:  YOUR HONOR, THAT IS IN EVIDENCE AS PX-4 IN

13:20   17   ITS ENTIRETY.

13:20   18           THE COURT:  THANK YOU.

13:20   19   BY MR. ROY:

13:20   20   Q.   NOW, YOU RENDERED A NUMBER OF REPORTS IN THIS CASE.  THE

13:20   21   PRIMARY ONE, WHICH WE WILL BE REFERRING TO MOSTLY TODAY AS THE

13:20   22   KEMP REPORT, IS THE ONE THAT WE'VE LABELED AND IS IN THE RECORD

13:20   23   AS PX-91; IS THAT CORRECT?

13:20   24   A.   THAT'S CORRECT.

13:20   25   Q.   YOU'VE REVIEWED OTHER INVESTIGATIONS AND STUDIES OF WHAT
```

FINAL DAILY COPY

13:20   1   HAPPENED, SOME SAID, AT KATRINA FROM THE PERSPECTIVE OF OTHERS,

13:20   2   INCLUDING IPET AND ILIT, AND YOU DELINEATE THESE IN YOUR

13:21   3   REPORT; CORRECT?

13:21   4   **A.**   THAT'S CORRECT.

13:21   5          **MR. ROY:**  YOUR HONOR, AT THIS TIME WE'D LIKE TO ASK

13:21   6   THE COURT TO ACCEPT DR. PAUL KEMP AS AN EXPERT IN THE AREAS OF

13:21   7   COASTAL GEOLOGY, OCEANOGRAPHY, INCLUDING HYDRODYNAMIC MODELING

13:21   8   OF WAVES AND SURGE AND WETLAND EFFECTS ON WAVE AND SURGE,

13:21   9   MARINE SCIENCES, INCLUDING HYDROLOGY, AND COASTAL STUDIES,

13:21   10  INCLUDING SEDIMENTOLOGY.

13:21   11         **MR. LEVINE:**  NO OBJECTION.

13:21   12         **THE COURT:**  THANK YOU, COUNSEL.  THE COURT ACCEPTS

13:21   13  THE WITNESS AS TENDERED.

13:21   14         **MR. ROY:**  THANK YOU, YOUR HONOR.

13:21   15         THANK YOU, COUNSEL.

13:21   16                    **DIRECT EXAMINATION**

13:21   17  BY MR. ROY:

13:21   18  **Q.**   DR. KEMP, YOU WERE FIRST HIRED BY THE ROBINSON/MRGO TRIAL

13:21   19  TEAM, IF YOU WILL, BACK IN 2007; IS THAT CORRECT?

13:21   20  **A.**   THAT'S RIGHT.  AS SOON AS I FINISHED THE TEAM LOUISIANA

13:21   21  REPORT, I STILL HAD A LOT OF QUESTIONS ABOUT WHAT HAD HAPPENED

13:21   22  AND I SOUGHT AN OPPORTUNITY TO FIND OUT.

13:21   23  **Q.**   PRIOR TO BEING RETAINED BY THE PLAINTIFF LAWYERS IN THIS

13:21   24  COURTROOM, GIVE THE COURT AN IDEA OF HOW MANY HOURS YOU HAD

13:22   25  SPENT ANALYZING, RECONSTRUCTING, TRYING TO FIGURE OUT WHY

13:22    1   KATRINA DID WHAT IT DID TO THE METROPOLITAN AREA OF

13:22    2   NEW ORLEANS.

13:22    3   **A.**    I RECENTLY ESTIMATED SOMETHING IN EXCESS OF 2,300 HOURS.

13:22    4   OF COURSE, MY INVOLVEMENT BEGAN BEFORE THE STORM HIT, WHEN WE

13:22    5   WERE PROVIDING THE FORECASTS.  I THINK THE EXPERIENCE OF

13:22    6   ACTUALLY SEEING OVERTOPPING SIMULATED ON THE COMPUTER SCREEN

13:22    7   GALVANIZED ME AND I FELT I REALLY, REALLY NEEDED TO UNDERSTAND

13:22    8   WHAT WAS GOING ON.  SO AS SOON AS I COULD, I GOT BACK INTO

13:22    9   NEW ORLEANS, INITIALLY WITH MILITARY ESCORTS, TO STUDY THE --

13:23   10   TO MAP THE SURGE HIGH WATER MARKS.

13:23   11   **Q.**    DR. KEMP, SPECIFICALLY, BEFORE EVER BEING HIRED BY THIS

13:23   12   GROUP OF PLAINTIFF ATTORNEYS IN THIS CASE, IN THE MRGO DIVISION

13:23   13   LITIGATION OF THE UMBRELLA, THE SHORT ANSWER IS YOU PUT OVER 23

13:23   14   HOURS, BY YOUR OWN ESTIMATE, NEVER COMPENSATED --

13:23   15             **THE COURT:**  2,300.

13:23   16             **THE WITNESS:**  I WISH I COULD HAVE DONE IT IN 23

13:23   17   HOURS.

13:23   18             **THE COURT:**  YOU SAID 23.  YOU MEANT 2,300.

13:23   19             **MR. ROY:**  I MEANT 2,300, YOUR HONOR.

13:23   20   **BY MR. ROY:**

13:23   21   **Q.**    IS THAT CORRECT, DR. KEMP?

13:23   22   **A.**    THAT'S CORRECT.

13:23   23   **Q.**    SINCE BEING RETAINED BY THE MRGO/ROBINSON TRIAL TEAM, CAN

13:23   24   YOU ESTIMATE HOW MANY HOURS THAT YOU HAVE PUT IN THAT HAVE BEEN

13:23   25   ON OUR NICKEL, IF YOU WILL.

| | | |
|---|---|---|
| 13:23 | 1 | **A.**   I'M LOOKING AT THE TICKER, AND I THINK IT'S AROUND 800. |
| 13:23 | 2 | **Q.**   WHEN OUR LITIGATION TEAM RETAINED YOU ON BEHALF OF THE |
| 13:24 | 3 | *ROBINSON* PLAINTIFFS, YOUR SPECIFIC ASSIGNMENT -- OR I SHOULD |
| 13:24 | 4 | SAY YOUR GENERAL ASSIGNMENT WAS TO WORK OUT AN ANALYTICAL PLAN |
| 13:24 | 5 | WHEREBY DIFFERENT EXPERT GROUPS WOULD RUN DIFFERENT EXPERT |
| 13:24 | 6 | MODELS IN LOGICAL SEQUENCES THAT WOULD ULTIMATELY ANSWER THE |
| 13:24 | 7 | QUESTION OF HOW MUCH, IF ANY, DID THE MRGO CONTRIBUTE TO THE |
| 13:24 | 8 | FLOODING IN THE *ROBINSON* PLAINTIFF CASES? |
| 13:24 | 9 | **A.**   THAT'S CORRECT.  I HAVE TO TAKE SOME RESPONSIBILITY FOR |
| 13:24 | 10 | WHATEVER CONFUSION THIS COURT FEELS ABOUT ALL THOSE MODEL RUNS |
| 13:24 | 11 | THAT WERE DONE.  THEY WERE A MEANS TO AN END.  ULTIMATELY, WE |
| 13:24 | 12 | WANTED TO KNOW HOW MUCH OF THE WATER IN NORMAN ROBINSON'S HOUSE |
| 13:24 | 13 | AND MS. FRANZ'S HOUSE WAS ACTUALLY ATTRIBUTABLE TO THE MRGO. |
| 13:24 | 14 | **Q.**   WE'RE GOING TO GET INTO THAT IN EXQUISITE DETAIL LATER, |
| 13:24 | 15 | DR. KEMP. |
| 13:24 | 16 |        YOU'VE INVESTIGATED THE HISTORICAL DESIGN EVOLUTION |
| 13:24 | 17 | OF THE MRGO, BOTH REACH 1 AND REACH 2, AND ON A SIMULTANEOUS |
| 13:25 | 18 | COURSE THE HISTORIES, IF YOU WILL, OF THE GULF INTRACOASTAL |
| 13:25 | 19 | WATERWAY AND THE IHNC? |
| 13:25 | 20 | **A.**   THAT'S CORRECT. |
| 13:25 | 21 | **Q.**   YOU WERE, IN EFFECT, THE PLAINTIFFS' EXPERT |
| 13:25 | 22 | MANAGER/COORDINATOR UP TO THE POINT YOU HAND OFF YOUR DATA TO |
| 13:25 | 23 | DR. BEA; CORRECT? |
| 13:25 | 24 | **A.**   YES, YES.  I WOULD SAY THAT DR. BEA AND I BOTH WERE ON THE |
| 13:25 | 25 | SAME LEVEL.  OF COURSE, HE'S A MEMBER OF THE NATIONAL ACADEMY |

13:25   1    OF ENGINEERING.  BUT FOR PURPOSES OF THIS LITIGATION, I WOULD

13:25   2    HAND MY RESULTS TO HIM.

13:25   3    Q.   AS A FIELD SCIENTIST, YOU USE MODELS AS TOOLS TO

13:25   4    UNDERSTAND WHAT YOU ACTUALLY ARE OBSERVING IN THE FIELD, THE

13:25   5    REALITY THAT YOU OBSERVE?

13:25   6    A.   THAT'S CORRECT.  MANY PEOPLE WILL RECALL THAT IN THE

13:25   7    AFTERMATH OF KATRINA, THERE WERE MANY REPORTS COMING FROM

13:25   8    DIFFERENT QUARTERS, SOME OFFICIAL QUARTERS, ABOUT WHAT HAD

13:26   9    HAPPENED.  MOST OF THEM TURNED OUT TO BE INCORRECT OR

13:26   10   INACCURATE.  I FOUND THE ONLY WAY TO FIND OUT WAS TO ACTUALLY

13:26   11   GO LOOK.

13:26   12   Q.   FOUR DAYS AFTER KATRINA, ON SEPTEMBER 2, 2005, YOU FLEW

13:26   13   OVER THE ENTIRETY OF NEW ORLEANS AND SOUTH LOUISIANA AND

13:26   14   SOUTHERN MISSISSIPPI ON AN AIR RECON MISSION DOING GENERAL

13:26   15   OBSERVATIONS; CORRECT?

13:26   16   A.   THAT'S RIGHT.  WE WERE TRYING TO PLAN OUR FIELD CAMPAIGN,

13:26   17   AND THAT WAS THE BEST WAY TO GET AN OVERVIEW.

13:26   18   Q.   FIVE DAYS LATER, YOU WERE BOOTS ON THE GROUND HERE IN

13:26   19   NEW ORLEANS AND ST. BERNARD; CORRECT?

13:26   20   A.   WELL, BOOTS IN THE BOAT.

13:26   21   Q.   TRUE STORY.  I'M SORRY.  BOOTS IN THE BOAT.

13:26   22   A.   RIGHT.  AGAIN, OF COURSE, AT THAT TIME THERE WAS STILL A

13:26   23   LOT OF RESCUES GOING ON AND SO ON, BUT WE WERE ABLE TO GET OUT

13:26   24   TO THE PERIMETER AND BEGIN TO FIGURE OUT HOW COULD WE -- AS

13:26   25   QUICKLY AS POSSIBLE BECAUSE THE HIGH WATER MARKS THAT WE WERE

13:26   1    LOOKING FOR WERE VERY PERISHABLE AND ALSO BEING DISRUPTED BY

13:27   2    REPAIR ACTIVITIES -- HOW COULD WE QUICKLY MAP THE SURGE ON THE

13:27   3    PERIMETER.

13:27   4    Q.   YOU SYSTEMATICALLY MAPPED THAT, CORRECT, WITH YOUR TEAM?

13:27   5    A.   I DID.  I DID.  IT WAS KIND OF LIKE PAINTING TOM SAWYER'S

13:27   6    FENCE.  EVERY TIME I WOULD GO, THERE WOULD BE MORE PEOPLE WITH

13:27   7    ME, USUALLY FROM THE CORPS OF ENGINEERS OR FROM FEMA OR VARIOUS

13:27   8    AGENCIES.  THE GOOD NEWS WAS THAT BECAUSE EVERYBODY WAS THERE

13:27   9    TOGETHER, WE ALL CAME TO THE SAME CONCLUSIONS ABOUT WHAT HIGH

13:27   10   WATER MARKS WERE GOOD.  AND THEN WE HAD A TEAM OF SURVEYORS

13:27   11   FOLLOWING AFTERWARDS, YOU KNOW, TO MAP THE ELEVATIONS.

13:27   12   Q.   DR. KEMP, YOU AND YOUR TEAM WERE SEEKING TO VALIDATE YOUR

13:27   13   MODEL RESULTS AND ESTABLISH THE SURGE SEQUENCING AND ITS

13:27   14   EFFECTS ON BREACHING; IS THAT CORRECT?

13:27   15   A.   THAT'S CORRECT.  BECAUSE WE HAD THE ONLY SURGE MODEL THAT

13:27   16   HAD BEEN RUN AT THAT TIME AND BECAUSE OUR RESULTS SEEMED TO BE

13:28   17   SO ACCURATE, WE WERE THEN PRETTY CONFIDENT THAT WE UNDERSTOOD

13:28   18   THE SEQUENCE, BUT WE WANTED TO VERIFY THAT.

13:28   19   Q.   A LOT OF THIS MODELING IS DONE WITH THE ADCIRC SO8;

13:28   20   CORRECT?

13:28   21   A.   ALL OF THE SURGE MODELING WAS DONE WITH THE SO8 VERSION OF

13:28   22   ADCIRC CREATED BY JOANNES WESTERINK AND MODIFIED WITH OUR HELP

13:28   23   AT THE LSU HURRICANE CENTER.

13:28   24        THE COURT:  WOULD YOU MIND, MR. ROY, DELINEATING THE

13:28   25   ACRONYM FOR THE COURT REPORTER.

FINAL DAILY COPY

13:28    1              **MR. ROY:**  YES, SIR.

13:28    2    **BY MR. ROY:**

13:28    3    **Q.**   WILL YOU TELL THE COURT WHAT THE ACRONYM, ALL CAPS, ADCIRC

13:28    4    SO8 STANDS FOR.

13:28    5    **A.**   ADVANCED CIRCULATION.  I THINK THE ORIGINATOR OF THE MODEL

13:28    6    IS IN THE COURTROOM.  I'M NOT SURE.

13:28    7    **Q.**   IT'S KNOWN AS ADCIRC IN THE COMMUNITY?

13:28    8    **A.**   ADCIRC.

13:29    9              **THE COURT:**  THAT WAS WHAT I WAS MAINLY CONCERNED

13:29   10    WITH, ADCIRC, NOT NECESSARILY THE FULL TITLE.  GO AHEAD.

13:29   11    **BY MR. ROY:**

13:29   12    **Q.**   THE DETAILS OF WHAT YOU SAW AND THE DATA COLLECTED ARE,

13:29   13    ONCE AGAIN, EXQUISITELY DETAILED IN YOUR REPORTS; CORRECT?

13:29   14    **A.**   THAT'S CORRECT.

13:29   15    **Q.**   THE EXPERT REPORTS THAT YOU'VE PREPARED, YOU AND I HAVE

13:29   16    GONE THROUGH THESE LISTINGS BEFORE.

13:29   17              **MR. ROY:**  SO FOR THE BENEFIT OF THE RECORD, I'LL GIVE

13:29   18    THE ACTUAL RECORD NUMBERS, YOUR HONOR, OF THE ACTUAL REPORTS OF

13:29   19    DR. KEMP THAT ARE IN THE RECORD AND THE DATES AS WE UNDERSTAND

13:29   20    THEM TO BE SO THAT IF YOU HAVE LOOKED AT A REPORT IN THE RECORD

13:29   21    AND ALL IT'S GOT IS A DATE, IT CAN NOW BE MATCHED WITH AN

13:29   22    EXHIBIT NUMBER.

13:29   23              THE PRIMARY REPORT IS, OF COURSE, THE JULY 11,

13:29   24    2008 REPORT, PX-91.  THE JULY 28, 2007 REPORT IS JX-194.

13:29   25    APPENDIX B TO THE JULY 14, '08 REPORT IS PX-92.  THE

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:30 | 1 | OCTOBER 19, 2008 DECLARATION IS PX-93.  THE JANUARY 14, '09 |
| 13:30 | 2 | DECLARATION IS PX-2152.  I BELIEVE THAT HAD TO BE ADDED. |
| 13:30 | 3 | THAT'S A NEW NUMBER BECAUSE IT HAD SOMEHOW BEEN LEFT OFF. |
| 13:30 | 4 | WE TOLD Y'ALL ABOUT IT.  IT HAD TO BE ADDED.  IT |
| 13:30 | 5 | WASN'T IN THE ORIGINAL FILING AT THE BEGINNING OF TRIAL. |
| 13:30 | 6 | **MR. LEVINE:**  I'M LOOKING.  FOR THE RECORD, I DIDN'T |
| 13:30 | 7 | THINK WE HAD ATTACHED IT AS AN EXHIBIT, SO NO PROBLEM. |
| 13:30 | 8 | **BY MR. ROY:** |
| 13:30 | 9 | **Q.**   THERE ARE OTHER REPORTS, I THINK PX-94, WHICH IS SEPTEMBER |
| 13:30 | 10 | 16, 2007, YOUR SO-CALLED 702C DECLARATION.  ALL THAT'S CORRECT, |
| 13:30 | 11 | DR. KEMP, AS WE TALKED ABOUT? |
| 13:30 | 12 | **A.**   I BELIEVE THERE WAS ONE OTHER REPORT THAT'S A MAY 1 |
| 13:30 | 13 | REPORT, BUT IT WAS A DRAFT THAT WAS SUPERSEDED BY THE JULY 11 |
| 13:30 | 14 | REPORT. |
| 13:30 | 15 | **MR. ROY:**  FAIR ENOUGH.  TO MY KNOWLEDGE THAT DRAFT IS |
| 13:30 | 16 | NOT IN THE RECORD, YOUR HONOR, SINCE IT WAS JUST A DRAFT. |
| 13:31 | 17 | **BY MR. ROY:** |
| 13:31 | 18 | **Q.**   LET'S TURN TO YOUR PRIMARY CONCLUSIONS. |
| 13:31 | 19 | **MR. ROY:**  YOUR HONOR, WITH YOUR PERMISSION, I'D LIKE |
| 13:31 | 20 | TO TOUCH UPON THEM TO FRAME HIS TESTIMONY, AND THEN WE'LL GO |
| 13:31 | 21 | BACK AND GET THE BASES FOR EACH OF THEM BRIEFLY WITHOUT |
| 13:31 | 22 | REGURGITATING THE WHOLE REPORT. |
| 13:31 | 23 | **THE COURT:**  I GENERALLY LIKE THAT APPROACH, YES, SIR. |
| 13:31 | 24 | **MR. ROY:**  COULD WE PULL UP PAGE 2 OF THE POWERPOINT. |
| | 25 | |

| | | |
|---|---|---|
| 13:31 | 1 | **BY MR. ROY:** |
| 13:31 | 2 | **Q.**   DR. KEMP, WHAT IS YOUR FIRST OPINION? |
| 13:31 | 3 | **A.**   MY FIRST OPINION IS THAT THE MRGO NAVIGATION PROJECT |
| 13:31 | 4 | CREATED A FUNNEL, THE DANGEROUS CONVERGENCE OF CHANNELS AND |
| 13:31 | 5 | SPOIL DISPOSAL AREAS, LATER AUGMENTED BY ADDITION OF THE LAKE |
| 13:31 | 6 | PONTCHARTRAIN AND VICINITY (LPV) BERMS EAST OF NEW ORLEANS AND |
| 13:31 | 7 | BY THE SUBTRACTION OF BUFFERING WETLANDS THAT FORESEEABLY |
| 13:31 | 8 | AMPLIFIED THE THREAT POSED BY HURRICANE SURGE TO THE GREATER |
| 13:31 | 9 | NEW ORLEANS AREA. |
| 13:32 | 10 | **Q.**   YOU DISCUSSED THE FUNNEL EXQUISITELY IN PX-91.  HAS ANY |
| 13:32 | 11 | DEFENSE EXPERT IN ANY REPORT OPINED THAT THERE WAS NOT A FUNNEL |
| 13:32 | 12 | EFFECT? |
| 13:32 | 13 | **A.**   I HAVE FOUND IT ONLY IN U.S. ARMY DISTRICT DOCUMENTS, BUT |
| 13:32 | 14 | I HAVE NOT FOUND IT BY ANYBODY THAT UNDERSTOOD THE |
| 13:32 | 15 | OCEANOGRAPHY. |
| 13:32 | 16 | **Q.**   IN THIS LITIGATION HAVE ANY OF THE ARMY CORPS OF |
| 13:32 | 17 | ENGINEERS' EXPERTS, TO YOUR KNOWLEDGE, OPINED THERE WAS NO |
| 13:32 | 18 | FUNNEL EFFECT? |
| 13:32 | 19 | **A.**   NO, SIR. |
| 13:32 | 20 | **Q.**   JUST TO OFFER THREE VISUAL PERSPECTIVES INVOLVING THE |
| 13:32 | 21 | FUNNEL, LET'S PULL UP, IF WE CAN, PAGE 3 OF THE POWERPOINT. |
| 13:32 | 22 | DR. KEMP, YOU HAVE A LASER POINTER THERE IF YOU NEED TO USE IT. |
| 13:32 | 23 | **A.**   I DO. |
| 13:32 | 24 | **Q.**   FEEL FREE TO.  WOULD YOU JUST ORIENT US WITH THIS ONE. |
| 13:32 | 25 | **THE COURT:**  EXCUSE ME. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:33 | 1 | **THE WITNESS:**  THE JUDGE HAS IT NOW, BUT YOU-ALL |
| 13:33 | 2 | DON'T.  I CAN PUT THE LASER POINTER ON THERE. |
| 13:34 | 3 | **MR. ROY:**  YOUR HONOR, I THINK I CAN PROCEED WITH A |
| 13:34 | 4 | SUBSTANTIAL PORTION OF THIS.  I'LL STOP WHEN I NEED TO GO INTO |
| 13:34 | 5 | AN EXHIBIT.  IF WE CAN TURN THE ELMO ON, PERHAPS I COULD GET |
| 13:34 | 6 | ONE OF MY COLLEAGUES TO PUT ON THE PRECISE PAGES, AND WE'LL GET |
| 13:35 | 7 | THE SAME RESULT IF YOU LIKE. |
| 13:35 | 8 | **THE COURT:**  STEVE, WE THINK WE'VE GOT IT RECTIFIED, |
| 13:35 | 9 | BUT YOU MIGHT LET SHEENA TELL YOU. |
| 13:37 | 10 | **BY MR. ROY:** |
| 13:37 | 11 | **Q.**  DR. KEMP, IN CONNECTION WITH YOUR FIRST OPINION, THE |
| 13:37 | 12 | POWERPOINT PAGE IS UP NOW, WHICH IS REFLECTING THREE SEPARATE |
| 13:37 | 13 | IMAGES:  PX-91 AT PAGE 10; PX-91 AT PAGE 14; AND PX-91 AT |
| 13:37 | 14 | PAGE 20.  WOULD YOU DESCRIBE TO THE COURT WHAT WE HAVE UP HERE. |
| 13:37 | 15 | **A.**  THESE ARE THREE VIEWS OF WHAT WE EQUAL THE FUNNEL, AND |
| 13:37 | 16 | THAT IS BASICALLY THE CONVERGING CHANNELS HERE FLANKED NOW BY |
| 13:37 | 17 | THE LPV LEVEES.  THERE'S ALSO A THROAT TO THE FUNNEL, WHICH IS |
| 13:37 | 18 | THE MRGO REACH 1, AND THEN IHNC IS THE BENT TO |
| 13:37 | 19 | LAKE PONTCHARTRAIN. |
| 13:37 | 20 | HERE'S AN OBLIQUE VIEW.  YOU CAN SEE THIS IS LOOKING |
| 13:37 | 21 | OVER THE PARIS ROAD BRIDGE.  THE GIWW IS GOING OFF TO THE LEFT, |
| 13:38 | 22 | WHICH WOULD BE TO THE NORTH.  THEN THE MRGO SHIP CHANNEL IS |
| 13:38 | 23 | GOING OFF TO THE RIGHT.  THESE ARE THE LEVEE ALIGNMENTS THAT |
| 13:38 | 24 | FOLLOW THOSE CHANNELS. |
| 13:38 | 25 | THEN THIS IS A PLAN VIEW JUST AT THE JUNCTION OF THE |

13:38  1   GIWW AND THE MRGO.  IT'S A LITTLE DARK, BUT THIS SHOWS SOME OF

13:38  2   THE ENLARGEMENT OF THE CHANNEL.  THIS IS THE LPV STRUCTURE HERE

13:38  3   AND ALONG HERE.  THIS AREA, I GUESS, WOULD BE CALLED THE GOLDEN

13:38  4   TRIANGLE AREA.

13:38  5   **Q.**   WE'RE GOING TO BE COMING BACK TO IT AND TALK ABOUT IT AT

13:38  6   GREAT LENGTH LATER, BUT WHILE YOU HAVE THIS IMAGE UP, IN THE

13:38  7   LOWER RIGHT-HAND CORNER, PX-91 AT PAGE 14, IN FACT, A VERY

13:38  8   WIDE, DEEP SECTION OF THE REACH 2 MRGO IS RIGHT THERE IN THAT

13:38  9   MILE OR TWO OR THREE BEFORE IT INTERSECTS WITH THE REACH 1;

13:38  10  CORRECT?

13:38  11  **A.**   THAT'S CORRECT.

13:39  12  **Q.**   IS THAT SIGNIFICANT?  WE'RE GOING TO COME BACK AND TALK

13:39  13  ABOUT IT.

13:39  14  **A.**   WELL, I THINK THE WIDENING OF REACH 2 -- THAT'S JUST A

13:39  15  REPRESENTATIVE AREA -- IS CHARACTERISTIC ALL ALONG THAT IN

13:39  16  FRONT OF THE LPV STRUCTURES.

13:39  17  **Q.**   LET'S PULL UP PAGE 4 OF THE POWERPOINT, YOUR SECOND

13:39  18  OPINION.  PAGE 4 OF THE POWERPOINT, WILL YOU TELL THE COURT

13:39  19  WHAT YOUR SECOND EXPERT OPINION IS.

13:39  20  **A.**   IT IS MY OPINION THAT THE MRGO NAVIGATION PROJECT GREATLY

13:39  21  ENLARGED THE ORIGINAL GULF INTRACOASTAL WATERWAY CONNECTION

13:39  22  BETWEEN THE THROAT OF THE FUNNEL AND THE INNER HARBOR

13:39  23  NAVIGATION CANAL, AND THAT SECTION OF THE GIWW IS ALSO CALLED

13:39  24  THE MRGO REACH 1.  THAT FORESEEABLY INCREASED SURGE

13:39  25  TRANSMISSION INTO THE CITY EARLIER, ADDING TO THE HEIGHT AND

13:39     1    DURATION OF SURGE EXPERIENCED IN THE IHNC DURING KATRINA AND

13:39     2    CONTRIBUTING TO THE EARLY FAILURE OF FLOOD WALLS AND LEVEES

13:40     3    ADJACENT TO THE IHNC.

13:40     4    Q.    REACH 1 WIDENING -- LET'S PULL UP PAGE 50 OF THE

13:40     5    POWERPOINT.  THIS ILLUSTRATES DIRECTLY THE CONCEPT OF HOW MUCH

13:40     6    REACH 1 WAS REALLY WIDENED IN ITS ORIGINAL DESIGN CONSTRUCTION

13:40     7    AND, IN FACT, BY LATER EXPANSION DUE TO DREDGING AND EROSION;

13:40     8    CORRECT?

13:40     9    A.    THAT'S RIGHT.  THIS IS NOT A SURVEYOR'S MAP, BUT IT DOES

13:40    10    SHOW THE RELATIVE SIZES OF THE ORIGINAL AUTHORIZED GIWW HERE

13:40    11    THAT EXISTED BEFORE THE PROJECT AND THEN THE AUTHORIZED

13:40    12    TEMPLATE OF THE CHANNEL AND THEN THE ACTUAL OUTLINES OF THE

13:40    13    CHANNEL AS IT EXISTED BEFORE HURRICANE KATRINA STRUCK ON

13:40    14    AUGUST 29, 2005.

13:40    15    Q.    SO IN SUM AND SUBSTANCE, YOU'VE SHOWN THE ORIGINAL THE WAY

13:40    16    IT WAS BEFORE MRGO REACH 1 WAS ENLARGED IN THE MID '60S, EARLY

13:41    17    '70S, AND THEN YOU'VE SHOWN ADDITIONALLY -- SCHEMATICALLY, AT

13:41    18    LEAST -- THE ADDITIONAL WIDTH AND DEPTH SINCE THAT TIME?

13:41    19    A.    THAT'S CORRECT, BUT THIS IS MUCH LESS WIDENING THAN WE

13:41    20    WOULD SEE FURTHER DOWN THE CHANNEL IN REACH 2.  THIS IS IN THE

13:41    21    REACH 1 SECTION, WHICH IS THE THROAT OF THE FUNNEL.  THE

13:41    22    INCREASE HERE IS ON THE ORDER OF 12 TIMES IN TERMS OF GOING

13:41    23    FROM THE GIWW TO THE NAVIGATION PROJECT.

13:41    24    Q.    LET'S TURN TO PAGE 6 OF THE POWERPOINT AND GIVE ME YOUR

13:41    25    THIRD PRIMARY OPINION.  GIVE THE COURT YOUR THIRD PRIMARY

13:41    1    OPINION.

13:41    2    **A.**    IT IS MY OPINION THAT THE MRGO NAVIGATION PROJECT CREATED

13:41    3    A REACH 2 CHANNEL WITH UNSTABLE SIDE SLOPES THAT CAUSED IT TO

13:41    4    PREDICTABLY EXPAND OVER TIME, REDUCING THE NATURAL MARSH BUFFER

13:41    5    THAT PREVIOUSLY SEPARATED IT FROM LAKE BORGNE ON ONE SIDE AND

13:41    6    FROM THE ADJACENT LPV BERMS ON THE OTHER, THEREBY COMPROMISING

13:42    7    FORESHORE PROTECTION FOR THE MAN-MADE LPV SURGE PROTECTION

13:42    8    ELEMENTS AND HASTENING THE ONSET OF DAMAGING WAVE ACTION ON

13:42    9    THESE DELICATE STRUCTURES SO THAT THEY BREACHED EARLIER IN THE

13:42   10    STORM SEQUENCE.

13:42   11    **Q.**    YOUR FOURTH OPINION, LET'S PULL UP PAGE 9 OF THE

13:42   12    POWERPOINT.

13:42   13    **A.**    IT IS MY OPINION THAT THE MRGO NAVIGATION PROJECT CREATED

13:42   14    A CHANNEL IN REACH 2 THAT PREDICTABLY EXPOSED FRESHWATER SWAMPS

13:42   15    AND MARSHES WITHIN THE LAKE BORGNE FUNNEL TO INCREASED

13:42   16    SALINITY, ACCELERATING THEIR CONVERSION TO OPEN WATER, AND

13:42   17    THEREBY REDUCING THE WETLAND SURGE AND WAVE BUFFER BETWEEN

13:42   18    LAKE BORGNE AND POPULATED AREAS.

13:42   19    **Q.**    PAGE 11, YOUR FIFTH OPINION, IF YOU COULD TELL THE COURT.

13:42   20    **A.**    IT IS MY OPINION THAT THE MRGO NAVIGATION PROJECT WAS A

13:42   21    SUBSTANTIAL CONTRIBUTING FACTOR TO THE CATASTROPHIC FLOODING OF

13:43   22    THE *ROBINSON* PLAINTIFFS' HOMES AND COMMUNITIES.

13:43   23    **Q.**    NOW, IS IT CORRECT, SIR, THAT ONLY BY UNDERSTANDING THE

13:43   24    MRGO'S ROLE IN HASTENING THE FLOODING ONSET CAN WE EXPLAIN A

13:43   25    NUMBER OF THINGS IMPORTANT TO UNDERSTANDING YOUR OPINION?

13:43 1 **A.**   THAT'S CORRECT.

13:43 2 **Q.**   LET'S PULL UP PAGE 12.

13:43 3 **A.**   OKAY.  TO ME, WHEN I WAS WRITING THE TEAM LOUISIANA, THIS

13:43 4 IS WHAT REALLY MOTIVATED ME TO LOOK FURTHER.  I NOTICED THAT

13:43 5 ST. BERNARD -- WHICH THE AREA THAT FLOODED IN ST. BERNARD IS

13:43 6 ACTUALLY, ON AVERAGE, ABOVE SEA LEVEL TWO-AND-A-HALF FEET, AND

13:43 7 YET IT FLOODED TO THE GREATEST DEPTH.  THE MAXIMUM ELEVATION

13:43 8 THERE WAS AROUND 11 FEET ABOVE SEA LEVEL.

13:43 9         OTHER AREAS WHICH ALSO FLOODED HAD MUCH LOWER LAND

13:43 10 ELEVATIONS, BUT THEY DIDN'T FLOOD AS DEEPLY.  THE ONLY WAY TO

13:44 11 UNDERSTAND THIS IS IF YOU REALLY UNDERSTAND THE DYNAMICS OF THE

13:44 12 FLOODING, THE BREACHING EVENTS THAT LED TO THAT, AND WHEN THEY

13:44 13 OCCURRED:  EARLY IN THE SURGE SEQUENCE AS OPPOSED TO LATER ON.

13:44 14 **Q.**   NOW, YOU HAVE A SIXTH OPINION THAT'S REFLECTED IN YOUR

13:44 15 REPORT, PX-91, CHAPTER 10.  THERE'S A TYPO.  IT'S REALLY THE

13:44 16 SECOND CHAPTER 9, BETWEEN PAGES 185 AND 195.  AND THAT IS THAT

13:44 17 THE CORPS WAS AWARE BY AT LEAST 1966 THAT THE MRGO PROJECT

13:44 18 ENHANCED CATASTROPHIC SURGE RUSH; CORRECT?

13:44 19 **A.**   YES.  THAT WAS BASED ON MY ANALYSIS OF WHAT KNOWLEDGE THE

13:44 20 CORPS HAD WHEN IN TERMS OF THE ADDITIONAL RISKS POSED BY THE

13:44 21 STRUCTURE THEY HAD BUILT.  IT'S MY OPINION THAT THEY WERE AWARE

13:44 22 AT LEAST BY 1966 THAT THE MRGO PROJECT ENHANCED CATASTROPHIC

13:45 23 STORM SURGE RISK, I WILL SAY, TO THE CITY OF NEW ORLEANS BUT

13:45 24 NEVER UNDERTOOK TO WARN CONGRESS ABOUT THIS POSSIBILITY AND

13:45 25 NEVER SOUGHT FUNDING FOR REMEDIAL MEASURES, THOUGH SUCH

13:45    1    MEASURES HAD BEEN PROPOSED AND WERE WELL UNDERSTOOD AT THAT

13:45    2    TIME.

13:45    3    **Q.**    IN REVIEWING THE VAST BODY OF INFORMATION THAT YOU DID,

13:45    4    INCLUDING THE HISTORICAL INFORMATION, PRIOR REPORTS, AND SO

13:45    5    FORTH, THAT ARE DELINEATED IN YOUR REPORTS, WHEN'S THE FIRST

13:45    6    TIME, IN YOUR PROFESSIONAL OPINION, THAT YOU SAW THE CORPS

13:45    7    APPLY GENERALLY ACCEPTED AND KNOWN OCEANOGRAPHIC INFORMATION

13:45    8    AND TECHNIQUES TO THIS SURGE THAT THEY HAVE CREATED AND

13:45    9    AGGRAVATED THROUGH THE FUNNEL CREATED BY THE JOINING OF REACH 2

13:45   10    AND THE GIWW?

13:45   11    **A.**    THE FIRST SERIOUS TREATMENT THAT I SAW OF THAT ACTUALLY

13:45   12    CAME AFTER HURRICANE BETSY IN 1966, WHEN THE CORPS ENGAGED

13:46   13    BRETSCHNEIDER AND COLLINS, TWO OF THE LEADING OCEANOGRAPHIC

13:46   14    HYDRAULIC ENGINEERS OF THE TIME, TO STUDY THE EFFECT.  THIS WAS

13:46   15    IN THE CONTEXT OF LITIGATION, LIKE WHAT WE HAVE TODAY, AFTER

13:46   16    HURRICANE BETSY.

13:46   17    **Q.**    WHAT KIND OF A STUDY WAS IT?

13:46   18    **A.**    WELL, IT WAS AN ARMCHAIR STUDY; THAT IS, IT DIDN'T INVOLVE

13:46   19    A FIELD INVESTIGATION.  IT WAS CONDUCTED BASED ON INFORMATION

13:46   20    THAT THE CORPS PROVIDED TO THE PARTICIPANTS, BUT IT WAS

13:46   21    ACTUALLY VERY PROGRESSIVE IN MANY WAYS.  CERTAINLY, IF ONE READ

13:46   22    IT CAREFULLY, THERE WAS AN AWFUL LOT TO BE CONCERNED ABOUT IN

13:46   23    THAT STUDY.

13:46   24    **Q.**    NOW, THE B&C STUDY IS IN EVIDENCE AT PX-68, CLEARLY

13:47   25    REFERRED TO IN YOUR REPORT.

FINAL DAILY COPY

13:47  1          **MR. ROY:**  I WANT YOU TO PULL UP, PLEASE, CARL

13:47  2  POWERPOINT 5, PAGE 5.

13:47  3          **THE WITNESS:**  YES.  THESE ARE TWO FIGURES FROM THAT

13:47  4  STUDY.

13:47  5  **BY MR. ROY:**

13:47  6  **Q.**  PAGES 40 AND 48 FROM PX-68; CORRECT?

13:47  7  **A.**  THEY'RE A LITTLE COMPLICATED, SO IF YOU'LL ALLOW ME TO

13:47  8  EXPLAIN IT SOME.  ON THE LEFT, WHAT WE'RE SEEING IS THE

13:47  9  GEOMETRY OF TWO DIFFERENT TESTS THAT THEY RAN.  THIS WAS IN

13:47  10  1966, SO THE MRGO NAVIGATION PROJECT WAS COMPLETE, OR NEARLY

13:47  11  COMPLETE, BUT THE LPV HURRICANE PROTECTION SYSTEM WAS STILL IN

13:47  12  A PROPOSED STATE.  SO THEY TESTED -- ONE REASON THAT THIS IS

13:47  13  MOST INTERESTING IS BECAUSE THEY TESTED FOUR CONDITIONS TO SEE

13:47  14  THE EFFECT ON SURGE.

13:47  15          NO. 1, YOU SEE HERE EXISTING LEVEES; THAT IS, THERE

13:48  16  WAS SOME LEVEES ALONG THE 40 ARPENT, THERE WAS A LEVEE ALONG

13:48  17  THE NORTH SIDE OF THE GIWW, BUT THERE WAS NO NARROW THROAT LIKE

13:48  18  SHOWN IN THE BOTTOM.

13:48  19          AND THEN THERE WAS -- THEY TESTED ALSO, OKAY, LET'S

13:48  20  SAY IF WE JUST PUT THE -- THIS WAS ACTUALLY THE CONDITION

13:48  21  DURING BETSY, THE EXISTING LEVEES WITH THE MRGO PROJECT.

13:48  22  THAT'S NO. 2.

13:48  23          AND THEN NO. 3 IS THE PROPOSED LEVEE WITH MRGO.

13:48  24  THAT'S REALLY THE CONDITION WE HAVE TODAY, OR I SHOULD SAY AS

13:48  25  OF MAYBE LAST WEEK BECAUSE THE MRGO PROJECT'S NOW DEAUTHORIZED,

| | | |
|---|---|---|
| 13:48 | 1 | BUT THE PROPOSED LEVEES WITH NO MRGO. |
| 13:48 | 2 | SO THEY WERE LOOKING AT A LOT OF THE SAME THINGS WE |
| 13:48 | 3 | DID WITH OUR TESTING PROGRAM.  I GUESS THE POINT HERE IS IF WE |
| 13:48 | 4 | LOOK AT THE CONDITION THAT EXISTED AT THE TIME OF -- OKAY. |
| 13:49 | 5 | THESE ARE TIME-OF-ONSET CURVES FOR A HYPOTHETICAL SURGE.  WHAT |
| 13:49 | 6 | IT SHOWS IS THE -- OH, I SEE.  I DIDN'T KNOW I COULD DO THAT. |
| 13:49 | 7 | THE SURGE, THE WORST CONDITION THAT IS THE EARLIEST |
| 13:49 | 8 | ONSET IS ACTUALLY CASE 3.  THAT'S THE CASE THAT ACTUALLY IS IN |
| 13:49 | 9 | EXISTENCE DURING KATRINA, SO THAT'S THIS LINE HERE.  I COULD |
| 13:49 | 10 | PUT THAT DOCUMENT.  THAT'S THAT ONE. |
| 13:49 | 11 | THE SECOND WORST SITUATION IS CASE 2, WHICH IS THE |
| 13:49 | 12 | EXISTING LEVEES.  SO ANYTHING WITH THE CHANNEL IN IT IS GOING |
| 13:49 | 13 | TO HAVE AN EARLIER ONSET.  THEN THESE LAST TWO CASES HERE ON |
| 13:50 | 14 | THE END ARE ONLY THE EFFECT OF ADDING THE FUNNELING EFFECT OF |
| 13:50 | 15 | THE LEVEE. |
| 13:50 | 16 | SO HERE WHAT WE SEE IS THAT THERE IS AN ENHANCEMENT |
| 13:50 | 17 | OR A HASTENING OF THE SURGE ONSET CAUSED BY THE ADDITION OF THE |
| 13:50 | 18 | VERY LARGE CHANNEL, AND THERE IS A HASTENING CAUSED BY THE |
| 13:50 | 19 | ADDITION OF THE LEVEES ALONG THE CHANNELS.  THEN IF YOU PUT |
| 13:50 | 20 | THEM TOGETHER, YOU GET AN ADDITIVE EFFECT.  WHAT BRETSCHNEIDER |
| 13:50 | 21 | AND COLLINS DID WAS THEY WERE ABLE TO SEPARATE OUT THESE |
| 13:50 | 22 | EFFECTS, AND THAT WAS A VERY INTERESTING APPROACH THAT THEY |
| 13:50 | 23 | TOOK. |
| 13:50 | 24 | SO NOW, IN THIS CASE, THERE WAS NO -- THIS IS FOR A |
| 13:50 | 25 | SLOW-MOVING STORM.  THERE WAS NO POSSIBILITY OF CHANGING THE |

13:50    1   MAXIMUM ELEVATION UP HERE BECAUSE THAT WAS PART OF THEIR INPUT

13:50    2   CONDITION.  THEY COULDN'T GO ANY HIGHER THAN THAT.  BUT WHAT

13:50    3   DID CHANGE WAS THE DURATION.  THIS IS TRUE OF ALL STORMS.  THE

13:51    4   TIME WHEN THE STORM LEAVES THE REGION IS ALWAYS SET BY ITS

13:51    5   TRANSLATION, THE SPEED AT WHICH IT'S MOVING, IN THIS CASE, THE

13:51    6   CASE OF KATRINA, TOWARDS THE MISSISSIPPI COAST.

13:51    7            SO THE STORM IS GOING TO TRANSIT THE AREA, ALL CURVES

13:51    8   ARE GOING TO DROP AT THE SAME TIME, BUT WHAT CHANGES IS HOW

13:51    9   QUICKLY THAT SURGE COMES INTO THE INNER HARBOR NAVIGATION

13:51   10   CANAL.

13:51   11   Q.   LET'S GET THIS CLEAR.  I'M NO SCIENTIST.  I WANT TO BE

13:51   12   SURE I'VE GOT IT.  WHAT I'M POINTING TO RIGHT NOW IN THIS AREA

13:51   13   IS WITH NO REACH 2 AND NO --

13:51   14   A.   THAT'S THE NEW LPV LEVEES BUT NO MRGO CHANNEL IN PLACE, NO

13:51   15   PROJECT.

13:51   16   Q.   THE IMPORTANT POINT HERE FROM YOUR STANDPOINT, YOUR AREAS

13:51   17   OF EXPERTISE, IS THAT THE LPV SYSTEM AS PROPOSED IS NOT -- *IS*

13:52   18   *NOT* -- THE CAUSE OF THE ADDED NUMBER OF HOURS OF SURGE.  IT IS

13:52   19   THE CHANNEL WIDENING AND DEEPENING BACK THEN, RECOGNIZED BY

13:52   20   THESE EXPERTS IN 1966, THAT INCREASES THE VOLUME OF WATER, THE

13:52   21   VELOCITY OF WATER, THUS NOT THE HEIGHT OF THE SURGE BUT THE

13:52   22   DURATION OF THE SURGE OVERTOPPING LEVEES; GENERALLY CORRECT?

13:52   23   A.   THAT'S RIGHT.  THE MAJOR EFFECT IS THE ADDITION OF THE

13:52   24   CHANNEL.  THERE IS A MINOR EFFECT ASSOCIATED WITH THE GEOMETRY

13:52   25   OF THE PROPOSED LEVEE SYSTEM.  BOTH OF THEM TOGETHER WORKED TO

```
13:52    1   EXACERBATE THE CONDITIONS.

13:52    2           IF I WAS THE CORPS OF ENGINEERS LOOKING AT THIS

13:52    3   PROJECT, I WOULD SAY, "GOSH, I DON'T KNOW IF WE REALLY

13:52    4   CONCEIVED OF IT PROPERLY IF ALL THE ADDITIONS THAT WE'RE

13:52    5   MAKING, ALL THE IMPROVEMENTS WE'RE MAKING ACTUALLY HASTEN THE

13:52    6   ONSET OF SURGE INTO THE CITY."

13:53    7   Q.   BUT I'M MERELY SETTING THE STAGE FOR WHERE WE'RE GOING TO

13:53    8   GO MAYBE AN HOUR FROM NOW.  THE BOTTOM LINE IS:  THE

13:53    9   FUNDAMENTAL HYDRAULIC SCIENCE WITHIN YOUR PROFESSION, YOUR

13:53   10   EXPERTISE, IS LAID OUT FOR ALL TO SEE IF THEY WERE COMPETENT,

13:53   11   MINIMALLY, TO UNDERSTAND?

13:53   12   A.   1966.

13:53   13   Q.   LET'S PULL UP PAGE 5 OF THE POWERPOINT.  THAT IS PAGE 5 OF

13:53   14   THE POWERPOINT.

13:53   15   A.   IT'S RIGHT THERE.

13:53   16   Q.   IT'S A DEAD HORSE.

13:53   17           MR. ROY:  FOR THE COURT, YOU CAN RECOGNIZE A DEAD

13:53   18   HORSE, TOO, YOUR HONOR.

13:53   19   BY MR. ROY:

13:53   20   Q.   DID THE CORPS HEED THAT WARNING IN 1966?

13:53   21   A.   I COULD FIND NO EVIDENCE THAT THEY HEEDED ANY WARNING AT

13:53   22   ANY TIME.  THEY TOOK THIS STUDY AS CONFIRMATION OF THEIR

13:54   23   INITIAL ASSUMPTION.  THE ASSUMPTION REALLY WAS THAT THIS MRGO

13:54   24   CHANNEL COULD HAVE BEEN BUILT IN FLORIDA.  IT WAS JUST A BENIGN

13:54   25   PIECE OF LANDSCAPE THAT HAD NO HYDRAULIC EFFECT AT ALL.  THAT
```

| | | |
|---|---|---|
| 13:54 | 1 | WOULD MEAN THEY DIDN'T GET VERY FAR INTO BRETSCHNEIDER AND |
| 13:54 | 2 | COLLINS' REPORT. |
| 13:54 | 3 | **Q.**   IN ESSENCE, ABOUT A YEAR OR SO AFTER THE STORM, THIS |
| 13:54 | 4 | STUDY, B&C, SCIENTIFICALLY PROVES THAT WITHOUT LPV STRUCTURES |
| 13:54 | 5 | THE MRGO ITSELF, REACH 1/REACH 2, THE WAY IT WAS BUILT, HAS |
| 13:54 | 6 | MAJOR HYDRODYNAMIC INFLUENCES UPON SURGE-RUSH VELOCITY AND |
| 13:54 | 7 | OVERTOPPING DURATION? |
| 13:54 | 8 | **A.**   THAT'S CORRECT, BUT IT'S ALSO OCEANOGRAPHY 101 WOULD TELL |
| 13:55 | 9 | YOU THAT.  AND, OF COURSE, WE MODELED THIS CONDITION AS WELL. |
| 13:55 | 10 | **Q.**   WHY IS IT OCEANOGRAPHY 101, DR. KEMP, IF THE CORPS DID NOT |
| 13:55 | 11 | RECOGNIZE AND SAY, "AHA, I'VE A MAGIC MOMENT, PUBLIC.  IT IS A |
| 13:55 | 12 | FUNNEL EFFECT CAUSED BY THE MRGO"?  WHY IS IT OCEANOGRAPHY 101? |
| 13:55 | 13 | WHY IS IT THAT FUNDAMENTALLY SIMPLE THAT YOU GOT IT, B&C GOT |
| 13:55 | 14 | IT, BUT THE CORPS DIDN'T GET? |
| 13:55 | 15 | **A.**   YOU KNOW, IT'S VERY DIFFICULT FOR ME TO PUT MYSELF IN THE |
| 13:55 | 16 | PLACE OF THE OFFICIALS READING THIS.  I DON'T THINK THAT THAT |
| 13:55 | 17 | WAS THE MESSAGE THEY WERE LOOKING FOR.  MY EXPERIENCE -- OF |
| 13:55 | 18 | COURSE, I'VE REVIEWED SUBSEQUENT -- AND REALLY DR. GAGLIANO AND |
| 13:55 | 19 | DR. HSU IN 1973 TOLD THEM EXACTLY THE SAME THING.  HERE'S |
| 13:55 | 20 | DR. GAGLIANO, PROBABLY ONE OF THE LEADING DELTAIC GEOLOGISTS IN |
| 13:55 | 21 | THE COUNTRY; DR. HSU, THE LEADING OCEANOGRAPHIC METEOROLOGIST |
| 13:56 | 22 | IN THE COUNTRY, TELLING THEM THESE THINGS.  IT DIDN'T MAKE A |
| 13:56 | 23 | DIFFERENCE. |
| 13:56 | 24 | **Q.**   WHEN MR. CROSBY IN THE EARLY '70S -- LATE '60S.  EXCUSE |
| 13:56 | 25 | ME.  YOU REFERENCE THAT AT PAGE 91 OF YOUR REPORT.  LET'S PULL |

13:56   1   UP PAGE 14.

13:56   2           DOES THIS ILLUSTRATE ANOTHER WARNING TO THE CORPS?

13:56   3   **A.**   THIS IS ACTUALLY A COMPOSITE OF TWO IMAGES:  ONE IS FROM

13:56   4   PX-91 AT 24; THE OTHER IS FROM PX-91 AT 37.  IT'S CONTRASTING A

13:56   5   PLAN CALLED THE CROSBY PLAN THAT AT LEAST GOT TO THE STAGE OF

13:56   6   BEING PUT ON A MAP BY THE CORPS.

13:56   7           IT APPEARED IN THE 1967 CITRUS BACK LEVEE GENERAL

13:57   8   DESIGN MEMORANDUM, AND IT WAS CONSIDERED AN ALTERNATIVE.  IT'S

13:57   9   ACTUALLY VERY SIMILAR TO THE 100-YEAR PLAN THAT'S NOW BEING

13:57   10  IMPLEMENTED IN THIS AREA SINCE KATRINA, BUT IT SHOWS A BARRIER

13:57   11  STRUCTURE ACROSS THE THROAT OF THE FUNNEL AND A FLOATING GATE

13:57   12  ACROSS THE MRGO CHANNEL.

13:57   13  **Q.**   NOW, ALL THIS WAS DISMISSED OUT OF HAND, AND YOU DISCUSS

13:57   14  THAT DISMISSAL BY THE CORPS AT PAGES 23 AND 24 OF YOUR REPORT,

13:57   15  DO YOU NOT?

13:57   16  **A.**   I DO.

13:57   17  **Q.**   HAD THIS MITIGATION MEASURE BEEN IMPLEMENTED THEN, WOULD

13:57   18  IT HAVE MITIGATED SIGNIFICANTLY, SUBSTANTIALLY, THE FUNNEL

13:57   19  EFFECT INDUCED BY THE MRGO REACH 1/REACH 2 CONVERSION FOR GIWW

13:58   20  DURING KATRINA?

13:58   21  **A.**   THAT'S CORRECT.

13:58   22  **Q.**   NOW, THERE ARE MANY OTHER EXAMPLES OF CORPS INACTION AND,

13:58   23  ONCE AGAIN, YOU DELINEATE A NUMBER OF THEM.  JUST TO TOUCH A

13:58   24  FEW, IN 1973, MR. BECNEL WITH THE CORPS, WHO WAS THE

13:58   25  NEW ORLEANS DIVISION CHIEF OF HYDRAULICS, WAS RESPONDING TO

13:58    1   DR. GAGLIANO AND DR. HSU'S VERY INSTRUCTIVE SUGGESTIONS, ISSUES

13:58    2   WHAT YOU HAVE DESCRIBED IN YOUR REPORT AS THE UNITIVE STATEMENT

13:58    3   ON THE POSITION FOR THE NEW ORLEANS DISTRICT; CORRECT?

13:58    4   **A.**    ACTUALLY, THAT'S WHAT MR. BECNEL DESCRIBED AS THE UNITIVE

13:58    5   STATEMENT.  THIS WAS IN THE CONTEXT OF THAT 1973 -- THE CORPS

13:58    6   WAS GOING OUT TO THE PUBLIC TO GET COMMENTS ON THE CONCEPT OF

13:58    7   WIDENING AND DEEPENING THE CHANNEL.  THERE WERE SOME PEOPLE

13:59    8   WHO, FOR WHATEVER REASON, WERE WORRIED ABOUT THAT.  I THINK

13:59    9   MR. BECNEL THOUGHT THAT THAT CONCERN MIGHT PUT A DAMPER ON SOME

13:59   10   OF THOSE PLANS.

13:59   11   **Q.**    LET'S PULL UP, IF WE CAN, PX-91 AT PAGE 25.  THESE ARE THE

13:59   12   EXACT WORDS YOU DESCRIBE IN PAGE 25 OF YOUR REPORT.  WOULD YOU

13:59   13   READ THEM.

13:59   14   **A.**    THIS IS FROM MR. BECNEL'S MEMO.  IT SAYS:

13:59   15           "THE PURPOSE OF THIS MEMORANDUM IS TO PROVIDE A

13:59   16   UNITIVE STATEMENT ON THE POSITION OF THE NEW ORLEANS DISTRICT

13:59   17   CONCERNING THE ACCUSATION BY DR. SHERWOOD M. GAGLIANO OR ANYONE

13:59   18   ELSE THAT THE ALIGNMENT OF THE PROTECTION LEVEES CREATES A

13:59   19   FUNNEL EFFECT IN THE VICINITY OF PARIS ROAD AT LAKE BORGNE.  AT

13:59   20   THESE MEETINGS, DR. GAGLIANO, ET AL, PRESENTED THREE REPORTS,

13:59   21   WHICH ARE A MATTER OF RECORD OF THE PUBLIC HEARINGS."

14:00   22           I GUESS BECAUSE IT WAS A MATTER OF RECORD, HE FELT

14:00   23   LIKE THAT HE NEEDED TO TAKE SOME POSITION.

14:00   24   **Q.**    NOW, THIS UNITIVE STATEMENT WAS NOT PUBLISHED OUTSIDE OF

14:00   25   THE CORPS; IS THAT CORRECT, TO YOUR KNOWLEDGE?

FINAL DAILY COPY

14:00  1  **A.**   THE ONLY PLACE I HAVE FOUND IT IS IN AN INTERNAL

14:00  2  MEMORANDUM.

14:00  3  **Q.**   IS IT YOUR APPRECIATION THE CORPS WANTED TO ENLARGE THE

14:00  4  CHANNEL AND WANTED A UNITIVE STATEMENT FOR EVERYBODY TALKING ON

14:00  5  BEHALF OF THE CORPS HOW TO RESPOND AND THE RESPONSE WAS "NO

14:00  6  FUNNEL"?

14:00  7  **A.**   I THINK THAT'S A REASONABLE -- THAT WAS MY INTERPRETATION.

14:00  8  AND, REMEMBER, THIS IS A QUASI-MILITARY ORGANIZATION, SO WHAT

14:00  9  FOLKS SAY AT THE TOP IS SUPPOSED TO HAVE AN EFFECT ON EVERYONE

14:00  10  ELSE.

14:00  11      **THE COURT:**  JUST A BRIEF INTERRUPTION.  DR. KEMP, DO

14:00  12  YOU KNOW AT THAT TIME WHAT THE BASIS BEHIND THE CORPS' POSITION

14:01  13  WAS?  DID THEY GIVE ANY INTELLECTUAL, SCIENTIFIC, OR OTHER

14:01  14  RATIONALE FOR THE STATEMENT?

14:01  15      **THE WITNESS:**  ACTUALLY, THEY GAVE SOMETHING, BUT IT

14:01  16  WASN'T RATIONAL, IN MY OPINION.  I DON'T THINK IT WAS BASED ON

14:01  17  GOOD SCIENTIFIC PRINCIPLES.  I DID READ WHAT THEY SAID, BUT --

14:01  18      **THE COURT:**  WHAT WAS IT?  DO YOU RECALL?

14:01  19      **THE WITNESS:**  IT SOMETHING LIKE:  WELL, THE WATER AT

14:01  20  PARIS ROAD GOT TO 10 FEET DURING BETSY, AND THEN IT GOT TO 10

14:01  21  FEET DURING CAMILLE IN 1969, SO I GUESS THAT SETTLES IT.

14:01  22      **THE COURT:**  SO BASED ON WATER HEIGHTS FROM PREVIOUS

14:01  23  STORMS, THE DEDUCTION WAS MADE THAT IT WAS NOT EXACERBATED BY

14:01  24  THE CHANNEL?

14:01  25      **THE WITNESS:**  YEAH, BUT I COULDN'T FIGURE OUT THE

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:01 | 1 | LOGIC OF THAT.  IT WASN'T ANY SCIENTIFIC APPROACH. |
| 14:01 | 2 | **THE COURT:**  THANK YOU. |
| 14:01 | 3 | **BY MR. ROY:** |
| 14:01 | 4 | **Q.**   LET ME ASK YOU THIS, DR. KEMP, SO NOBODY'S SPECULATING |
| 14:01 | 5 | HERE, OR BEING ACCUSED OF SPECULATING.  ALL RIGHT?  WOULD A |
| 14:02 | 6 | PRUDENT -- *PRUDENT* -- SCIENTIST WITHIN YOUR PROFESSION HAVE |
| 14:02 | 7 | REALIZED AT THAT TIME THAT, IN FACT, MR. BECNEL WAS WRONG? |
| 14:02 | 8 | **A.**   I THINK, AGAIN, THIS IS OCEANOGRAPHY 101.  HE HAD JUST |
| 14:02 | 9 | READ A REPORT FROM DR. HSU, WHICH POINTED OUT THE PROBLEMS OF |
| 14:02 | 10 | TRYING TO STATISTICALLY EXTRAPOLATE FROM ONE STORM TO THE |
| 14:02 | 11 | UNIVERSE OF STORMS.  THIS WAS JUST -- I JUST CAN'T EXPLAIN IT. |
| 14:02 | 12 | **Q.**   THE REFUSAL OF THE CORPS AT THAT TIME TO EVEN CONTEMPLATE |
| 14:02 | 13 | THE POSSIBILITY THAT THEY COULD BE WRONG AND THERE MIGHT BE A |
| 14:02 | 14 | FUNNEL, LIKE B AND C PROVED, HYDRAULICALLY, AS A REASONABLY |
| 14:03 | 15 | PRUDENT OCEANOGRAPHER, DOES THAT VIOLATE THE MOST BASIC OF YOUR |
| 14:03 | 16 | PROFESSION'S PRINCIPLES ON SCIENTIFIC INQUIRY? |
| 14:03 | 17 | **A.**   ABSOLUTELY.  WHEN THEY SAY THE ACCUSATIONS OF DR. GAGLIANO |
| 14:03 | 18 | OR ANYONE ELSE, IT PRESUMES THAT ABSOLUTELY NO EVIDENCE COULD |
| 14:03 | 19 | BE PRESENTED THAT WOULD BE PERSUASIVE TO THEM THAT THEY MIGHT |
| 14:03 | 20 | HAVE IT WRONG. |
| 14:03 | 21 | **Q.**   THEN THERE WAS THE 1988 BANK RECONNAISSANCE REPORT.  IT |
| 14:03 | 22 | INTRODUCES EFFECTS OF WAVES IN CAUSING WIDENING OF THE MRGO; |
| 14:03 | 23 | CORRECT? |
| 14:03 | 24 | **A.**   THAT'S CORRECT. |
| 14:03 | 25 | **Q.**   THAT'S IN PX-9 AND ALSO PX-91.  THIS REPORT, IN YOUR |

| | | |
|---|---|---|
| 14:03 | 1 | OPINION, DEMONSTRATES THE CORPS WAS FULLY AWARE OF THE CHANNEL |
| 14:03 | 2 | WIDENING AT THAT TIME DUE TO BANK EROSION FROM WAVES AND THE |
| 14:03 | 3 | NEED TO TAKE DECISIVE REMEDIAL ACTION; IS THAT CORRECT? |
| 14:03 | 4 | **A.**   THAT'S CORRECT. |
| 14:03 | 5 | **Q.**   IN FACT, AT THAT TIME THE CORPS ACKNOWLEDGES ANNUAL SHORE |
| 14:04 | 6 | EROSION OF AT LEAST 15 TO 32 FEET PER YEAR; IS THAT CORRECT? |
| 14:04 | 7 | **A.**   THAT'S CORRECT. |
| 14:04 | 8 | **Q.**   SOMETHING IN THAT NEIGHBORHOOD? |
| 14:04 | 9 | **A.**   YEAH.  I THINK THE AVERAGE WAS AROUND 15, BUT IT RANGED IN |
| 14:04 | 10 | THAT -- |
| 14:04 | 11 | **Q.**   AND DESCRIBED A STAGGERING LOSS OF WETLANDS ALONG REACH 2; |
| 14:04 | 12 | IS THAT RIGHT? |
| 14:04 | 13 | **A.**   ALONG REACH 2 AND ALSO MORE GENERALLY IN THE ENTIRE FUNNEL |
| 14:04 | 14 | AREA. |
| 14:04 | 15 | **Q.**   THE CORPS' DIVISION LEVEL REVIEWERS OF THE '88 REPORT ALSO |
| 14:04 | 16 | WARN ABOUT THE POSSIBILITY OF CATASTROPHIC FLOODING CAUSED BY |
| 14:04 | 17 | THE MRGO; CORRECT? |
| 14:04 | 18 | **A.**   THAT'S CORRECT. |
| 14:04 | 19 | **Q.**   DID THE CORPS HEED THOSE WARNINGS? |
| 14:04 | 20 | **A.**   THE CORPS ADDRESSED SOME OF THOSE COMMENTS, AND THAT WAS |
| 14:04 | 21 | ONE COMMENT THEY CHOSE NOT ADDRESS.  THAT'S PART OF THE RECORD |
| 14:04 | 22 | OF THAT REPORT. |
| 14:04 | 23 | **Q.**   AS A PRUDENT OCEANOGRAPHER AND EXPERT IN YOUR FIELD, IN |
| 14:04 | 24 | 1988, LOOKING AT THE BODY OF KNOWLEDGE AVAILABLE TO THE CORPS |
| 14:04 | 25 | AT THAT TIME, WOULD A MINIMALLY COMPETENT EXPERT IN YOUR FIELD |

14:05    1    HAVE RECOGNIZED THAT THE HYDROLOGIC AND ECOLOGIC EVENTS

14:05    2    OCCURRING AS THE MRGO REACH 1 AND REACH 2 EVOLVED WERE POSING

14:05    3    GREAT SIGNIFICANT, POTENTIALLY CATASTROPHIC RISKS TO LIFE AND

14:05    4    PROPERTY IN METROPOLITAN ORLEANS AREA?

14:05    5    **A.**    THAT'S CORRECT.  I THINK THAT'S WHAT DR. BEA TALKED ABOUT

14:05    6    IN TERMS OF THE NEED TO GO BACK IN AN OBSERVATIONAL METHOD AND

14:05    7    REASSESS FROM TIME TO TIME.  THEY WOULD GET PIECES OF THE

14:05    8    PICTURE, BUT THEY NEVER PUT THEM TOGETHER.

14:05    9    **Q.**    WOULD ARMORING OF THE CHANNEL BANKS IN THE 1988 TIME

14:05    10   FRAME, IN YOUR OPINION, HAVE SIGNIFICANTLY PREVENTED ADDITIONAL

14:05    11   WIDENING AND DEEPENING OF THE REACH 2 IN THE ABSENCE OF

14:05    12   EXCESSIVE DREDGING?

14:05    13   **A.**    THE MEANS TO STOP BANK EROSION WERE WELL KNOWN AT THE

14:05    14   TIME.  THEY HAD BEEN STUDIED.  EVENTUALLY, IN THE EARLY 1990S,

14:06    15   THEY ACTUALLY PUT BANK PROTECTION ALONG, I GUESS, WHAT WE'D

14:06    16   CALL THE WEST BANK AND IT WORKED.  UNTIL RECENTLY, THEY NEVER

14:06    17   PUT ANYTHING ON THE NORTH SIDE, THOUGH -- NO.  THIS IS

14:06    18   NEW ORLEANS CONVENTION, SO THE EAST BANK.

14:06    19            **THE COURT:**  YOU MIGHT WANT TO POINT THAT OUT.

14:06    20            **THE WITNESS:**  THANK YOU VERY MUCH.  SO THEY PUT ROCKS

14:06    21   OUT IN FRONT OF THIS LPV SECTION, BUT THEN THERE WAS THE OTHER

14:06    22   BANK ON THE OTHER SIDE THAT FACED LAKE BORGNE THAT THEY DID NOT

14:06    23   ARMOR, AND THAT CONTINUED TO WIDEN AND ENLARGE.

         24   **BY MR. ROY:**

14:06    25   **Q.**    DR. KEMP, THE CONCEPT OF ARMORING NAVIGABLE WATERWAY BANKS

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:06 | 1 | BACK IN 1988 WAS NOT ALIEN TO THE CORPS; IN FACT, AN HOUR AND A |
| 14:06 | 2 | HALF FROM HERE AT ST. FRANCISVILLE, ON THE VERY |
| 14:06 | 3 | MISSISSIPPI RIVER THAT FLOWS THROUGH NEW ORLEANS, IS A HUGE -- |
| 14:07 | 4 | AND WAS THEN -- HUGE WHAT?  CONCRETE-ARTICULATED MAT FACILITY |
| 14:07 | 5 | FOR THE PURPOSE OF ARMORING SHORELINES; RIGHT? |
| 14:07 | 6 | **A.**   THAT'S CORRECT.  ONE WOULD BE HARD PRESSED IN THE LOWER |
| 14:07 | 7 | MISSISSIPPI RIVER TO FIND 1,000 FEET OF THE BANK THAT DOESN'T |
| 14:07 | 8 | HAVE A MAT LIKE THAT ON IT. |
| 14:07 | 9 | **THE COURT:**  DR. KEMP, JUST SO I UNDERSTAND SOMETHING, |
| 14:07 | 10 | WHEN YOU SAY THE CORPS PUT -- WE'LL JUST CALL IT ROCKS FOR LACK |
| 14:07 | 11 | OF A BETTER WORD, RIPRAP, OR WHATEVER IT IS, THE EXTENT OF |
| 14:07 | 12 | THAT -- WE'LL CALL IT ARMORING OF THE BANKS.  WAS THAT ALONG |
| 14:07 | 13 | THE ENTIRETY OF REACH 2?  I'M NOT QUITE SURE WHAT YOU TESTIFIED |
| 14:07 | 14 | TO. |
| 14:07 | 15 | **THE WITNESS:**  NO, YOUR HONOR.  THEY PUT IT, FOR SOME |
| 14:07 | 16 | REASON, DIRECTLY IN FRONT OF THE LPV STRUCTURES AND NO FURTHER. |
| 14:08 | 17 | **THE COURT:**  THAT WOULD BE IN FRONT OF THE LPV |
| 14:08 | 18 | STRUCTURES, MEANING -- |
| 14:08 | 19 | **THE WITNESS:**  WELL, I'M SAYING THE MRGO REACH 2 |
| 14:08 | 20 | CHANNEL IS EXPANDING TOWARDS THE STRUCTURES AT AN ALARMING |
| 14:08 | 21 | RATE.  THE FIRST PLACE THEY PUT THE ROCKS IS ALONG THE MRGO |
| 14:08 | 22 | BANK BETWEEN THE ENLARGED CHANNEL AND THE TOE OF THE |
| 14:08 | 23 | STRUCTURES. |
| 14:08 | 24 | **THE COURT:**  RIGHT.  I UNDERSTAND THAT.  WAS THAT |
| 14:08 | 25 | ALONG THE ENTIRETY OF REACH 2?  DO YOU KNOW? |

FINAL DAILY COPY

14:08  1          **THE WITNESS:**  NO.  REACH 2 EXTENDS ALL THE WAY OUT TO

14:08  2  THE EDGE OF THE MARSH, SO IT'S JUST THAT 12 MILES THAT FRONTS

14:08  3  THE STRUCTURES.

14:08  4          **THE COURT:**  OKAY.  THAT WAS DONE WHEN?

14:08  5          **THE WITNESS:**  I BELIEVE IT WAS DONE ABOUT '94, '95,

14:08  6  MAYBE '93.  WE CAN CERTAINLY FIND OUT EXACTLY IN A MINUTE.

14:08  7          **MR. ROY:**  NOW, FOR MORE GRAPHIC CONTEXT, LET'S GO TO

14:08  8  PX-193, CARL.  PX-193.  WOULD YOU PULL THAT UP.

14:09  9  **BY MR. ROY:**

14:09  10 **Q.**   THESE ARE THINGS REFERENCED IN YOUR VARIOUS WRITINGS,

14:09  11 DR. KEMP.  THIS IS THE MAY 24, 1988 MEMO FROM CECIL W.

14:09  12 SOUILEAU, CHIEF, HYDRAULICS AND HYDROLOGIC BRANCH, WITH THE

14:09  13 CORPS; CORRECT?

14:09  14         **THE COURT:**  IS THAT ALSO CONTAINED IN DR. KEMP'S

14:09  15 REPORT?

14:09  16         **MR. ROY:**  I BELIEVE IT IS REFERRED TO, JUDGE, EITHER

14:09  17 IN APPENDIX B OR ELSEWHERE IN THE REPORT.

14:09  18         **THE COURT:**  IT'S NOT THERE *IN TOTO*?

14:09  19         **MR. ROY:**  NO, SIR.  THAT'S THE ONLY REASON I'M

14:09  20 CALLING YOUR ATTENTION TO IT.

14:09  21         **THE COURT:**  I APPRECIATE IT.

14:09  22         **MR. ROY:**  CARL, WOULD YOU HIGHLIGHT STARTING WITH THE

14:09  23 FIFTH LINE, FIRST SENTENCE, PARAGRAPH 3, "WE COMPARED 1969

14:09  24 QUADRANGLES...."  HIGHLIGHT THAT SENTENCE.

       25

| | | |
|---|---|---|
| 13:31 | 1 | **BY MR. ROY:** |
| 14:09 | 2 | **Q.**   NOW, DR. KEMP, IN THIS DOCUMENT, MR. SOUILEAU WRITES: |
| 14:09 | 3 | "WE COMPARED 1969 QUADRANGLES AND 85 AERIAL |
| 14:10 | 4 | PHOTOGRAPHS TO DERIVE AN ANNUAL EROSION RATE ALONG THE NORTH |
| 14:10 | 5 | BANK AND SOUTH BANK OF 15 FEET PER YEAR.  THIS IS EQUIVALENT TO |
| 14:10 | 6 | 30 FEET PER YEAR FOR BOTH BANKS." |
| 14:10 | 7 | THIS IS ONE OF THE SOURCES OF YOUR INFORMATION; |
| 14:10 | 8 | CORRECT? |
| 14:10 | 9 | **A.**   THAT'S CORRECT.  THAT'S REPEATED IN THE 1988 REPORT. |
| 14:10 | 10 | **MR. ROY:**  THE NEXT PAGE, PLEASE, CARL, PARAGRAPH 5, |
| 14:10 | 11 | APPROXIMATELY 10 LINES DOWN, "THE MRGO WILL BE EXPOSED...." |
| 14:10 | 12 | HIGHLIGHT THAT PLEASE, SIR. |
| 14:10 | 13 | **BY MR. ROY:** |
| 14:10 | 14 | **Q.**   MR. SOUILEAU FURTHER WRITES:  "THE MRGO WILL BE EXPOSED ON |
| 14:10 | 15 | THE NORTH SIDE" -- WHICH IN THIS CASE IS THE LAKE BORGNE SIDE; |
| 14:10 | 16 | RIGHT? |
| 14:10 | 17 | **A.**   THAT'S RIGHT. |
| 14:10 | 18 | **Q.**   -- "TO A LARGE BODY OF OPEN WATER SIMILAR TO THE SITUATION |
| 14:10 | 19 | THAT NOW EXISTS ALONG THE OFFSHORE REACHES OF THE MRGO IN |
| 14:10 | 20 | BRETON SOUND, PARTICULARLY IN THE SINGLE JETTY REACH FROM MILE |
| 14:10 | 21 | 20 TO 15." |
| 14:10 | 22 | CORRECT? |
| 14:10 | 23 | **A.**   YES.  I THINK IT'S CONFUSING, THOUGH, TO TALK ABOUT -- I |
| 14:10 | 24 | MEAN, THEY ALSO HAD A TREMENDOUS PROBLEM TRYING TO MAINTAIN |
| 14:11 | 25 | DEPTHS IN THE OPEN WATER PART OF THE MRGO, WHICH IS OUT THERE |

14:11  1  IN MILE 20 TO 15.  BUT WHAT HE'S SAYING IS THAT THE INSHORE

14:11  2  PART WILL BECOME LIKE THAT OFFSHORE PART WHEN LAKE BORGNE

14:11  3  BREACHES INTO THE MRGO, WHICH, OF COURSE, OCCURRED, OH, AROUND

14:11  4  1980.

14:11  5  **Q.**   NOW, LET'S GO TO THE NEXT PAGE, PARAGRAPH 7, COMMENT 2.

14:11  6  THE VERY FIRST SENTENCE STARTING WITH SALTWATER INTRUSION, WILL

14:11  7  YOU HIGHLIGHT THAT IN THE SECOND SENTENCE.  MR. SOUILEAU

14:11  8  ACKNOWLEDGES:

14:11  9       "SALTWATER INTRUSION MAY BE REDUCED DURING NORMAL

14:11  10  CONDITIONS BY BLOCKING OF THE DEEP-DRAFT CHANNEL.  HOWEVER,

14:11  11  CLOSING OF THE MRGO NAVIGATION CHANNEL WILL HAVE NO IMPACT ON

14:11  12  HURRICANE SURGE."

14:11  13  **A.**   MY COMMENT IS IT DEPENDS ON WHERE YOU DO IT.  THE WAY IT'S

14:11  14  BEING HANDLED RIGHT NOW IS THAT THERE IS A SALINITY BARRIER

14:11  15  BEING PLACED AT THE BAYOU LA LOUTRE RIDGE, WHICH IS THE

14:11  16  APPROPRIATE PLACE FOR THAT, AND THEN A SURGE BARRIER IS BEING

14:12  17  PLACED IN THE THROAT OF THE FUNNEL SIMILAR TO THE CROSBY PLAN.

14:12  18  YOU NEED BOTH THOSE THINGS.

14:12  19       **MR. ROY:**  LET'S GO FORWARD FOUR MORE PAGES, CARL, TO

14:12  20  PARAGRAPH 11, TOP OF THE PAGE, COMMENT 4(C), THE LAST SENTENCE,

14:12  21  STARTING WITH "SPARTINA."

14:12  22  **BY MR. ROY:**

14:12  23  **Q.**   DR. KEMP, CAN YOU READ WHAT THAT SENTENCE SAYS.

14:12  24  **A.**   YES.  I CAN EVEN PRONOUNCE THE WORD *SPARTINA ALTERNIFLORA*.

14:12  25  **Q.**   READ THE SENTENCE.

14:12    1    **A.**   "SPARTINA ALTERNIFLORA MAY BE PLANTED ON THE LAKE BORGNE

14:12    2    SIDE TO ENCOURAGE DEPOSITION AND STABILIZATION OF THE EXPOSED

14:12    3    SHORELINE IF DEEMED NECESSARY AFTER FURTHER STUDY."

14:12    4    **Q.**   NOW, IN THE CONTEXT WE'RE LOOKING AT IT, CLEARLY, AS YOU

14:12    5    HAVE DESCRIBED, THE CORPS IS AWARE THAT THEY CAN PLANT THINGS,

14:13    6    THEY CAN ARMOR BANKS, AND IT'S ACKNOWLEDGED THERE, AT

14:13    7    LEAST FROM YOUR STANDPOINT; RIGHT?

14:13    8    **A.**   OH, DEFINITELY.  THIS IS A SALT MARSH GRASS THAT GROWS

14:13    9    VERY READILY AS LONG AS THE ELEVATION IS RIGHT.

14:13   10           **MR. ROY:**  LET'S GO TO PX-09, CARL, PAGE 1.

14:13   11    **BY MR. ROY:**

14:14   12    **Q.**   HERE, I BELIEVE IT'S THE SAME MR. SOUILEAU WRITING FOR THE

14:14   13    CORPS, IS IT NOT, OR DO YOU KNOW?

14:14   14    **A.**   I BELIEVE THAT IT'S NOT MR. SOUILEAU.  THESE ARE COMMENTS

14:14   15    FROM THE LOWER MISSISSIPPI VALLEY DIVISION.  DR. SOUILEAU WAS

14:14   16    AN EMPLOYEE OF THE NEW ORLEANS DIVISION.  SO IT'S ALMOST

14:14   17    CERTAINLY NOT MR. SOUILEAU.

14:14   18    **Q.**   ONCE AGAIN, A CORPS-INTERNAL DOCUMENT, THE FIRST SENTENCE:

14:14   19    "THE ALTERNATIVE TO COMPLETELY CLOSE THE MRGO WATERWAY SHOULD

14:14   20    BE EVALUATED AND A DISCUSSION OF THE EVALUATION SHOULD BE

14:14   21    INCLUDED IN THE REPORT."

14:14   22           IS THAT WHAT IT SAYS?

14:14   23    **A.**   THAT'S CORRECT.  I'M SURE THAT WAS BASED ON THE ECONOMICS

14:14   24    OF THE CHANNEL.  IT WAS COSTING A LOT MORE THAN -- FOR WHATEVER

14:14   25    ECONOMIC DEVELOPMENT WAS --

14:14    1   **Q.**   THE SECOND SENTENCE THAT'S HIGHLIGHTED:  "IN ADDITION TO

14:14    2   SOLVING THE AFOREMENTIONED PROBLEMS" -- THAT'S CLOSURE -- IT

14:15    3   READS -- YOU READ IT.

14:15    4   **A.**   WELL, THIS SAYS:

14:15    5         "CLOSURE WILL ALSO REDUCE THE POSSIBILITY OF

14:15    6   CATASTROPHIC DAMAGE TO URBAN AREAS BY A HURRICANE SURGE COMING

14:15    7   UP THIS WATERWAY AND ALSO GREATLY REDUCE THE NEED TO OPERATE

14:15    8   AND COULD POSSIBLY ELIMINATE THE CONTROL STRUCTURES AT BAYOUS

14:15    9   DUPRE AND BIENVENUE.  FURTHERMORE, THE SALINITY LEVEL IN LAKE

14:15   10   PONTCHARTRAIN WILL BE REDUCED, WHICH, ACCORDING TO SOME

14:15   11   PARTIES, WILL BE OF GREAT BENEFIT."

14:15   12         **THE COURT:**  LET'S GET IT IN CONTEXT.  I UNDERSTAND

14:15   13   IT'S OUT OF THE REPORT OF FEBRUARY 1988.  IS THIS A RESPONSE BY

14:15   14   THE CORPS TO COMMENTS MADE BY THE PUBLIC?

14:15   15         **THE WITNESS:**  NO, IT'S NOT.  IT'S AN INTERNAL -- IT'S

14:15   16   A RESPONSE TO -- THE DISTRICT WILL DEVELOP THE REPORT.  THEY

14:15   17   SEND IT UP TO VICKSBURG, WHERE THE DIVISION OFFICE IS.  THEN

14:15   18   THE DIVISION STAFF HAS A CHANCE TO MAKE COMMENTS ON THE REPORT.

14:16   19   THESE REPRESENT --

14:16   20         **THE COURT:**  FINE.

14:16   21         **THE WITNESS:**  OKAY.

14:16   22         **THE COURT:**  GO AHEAD AND FINISH IT.

14:16   23         **THE WITNESS:**  THESE ARE COMMENTS MADE BY ENGINEERS

14:16   24   AND EXPERTS AT THE DIVISION OFFICE BACK TO NEW ORLEANS.  THEN

14:16   25   NEW ORLEANS HAS A CHANCE TO RESPOND TO THESE.  THE ENTIRE

FINAL DAILY COPY

14:16    1   RECORD IS INCLUDED IN THE FRONT OF THE REPORT.

14:16    2         **THE COURT:**  THE RECONNAISSANCE REPORT, WHICH I READ A

14:16    3   MONTH OR SO AGO, IS AN INTERNAL CORPS DOCUMENT, PRIMARILY?

14:16    4         **THE WITNESS:**  I WOULD SAY IT'S A PUBLIC DOCUMENT.

14:16    5         **THE COURT:**  BUT IT'S ALL CORPS GENERATED?  THERE'S NO

14:16    6   PUBLIC COMMENT AND THEN A BACK-AND-FORTH?

14:16    7         **THE WITNESS:**  I DIDN'T SEE IT IN THIS.  IT'S NOT LIKE

14:16    8   AN EIS, BUT THERE IS AT LEAST THIS REVIEW AT A HIGHER LEVEL.

14:16    9         **THE COURT:**  THAT'S WHAT I UNDERSTAND.  THANK YOU.

23:59   10  **BY MR. ROY:**

14:17   11  **Q.**  THE BOTTOM LINE IS THE CORPS DIVISION LEVEL REVIEWERS

14:17   12  COMMENTED AT THAT TIME IN '88 AND WARNED ABOUT THE POSSIBILITY

14:17   13  OF CATASTROPHIC FLOODING IN THE NEW ORLEANS AREA; CORRECT?

14:17   14  **A.**  THEY DO.  I SHOULD POINT OUT THAT THIS IS ONE COMMENT THAT

14:17   15  DOESN'T SEEM TO BE ADDRESSED IN THE DISTRICT RESPONSE.

14:17   16  **Q.**  LET'S GO TO '91.  THAT'S GOING TO BE THE SECOND TO LAST OF

14:17   17  THE HISTORICAL EVENTS.  IN 1991, THE STATE OF LOUISIANA

14:17   18  COMPLAINED ABOUT THE CORPS' FAILURE TO TAKE RECOMMENDED

14:17   19  MEDIATION MEASURES ALONG REACH 2 OF THE MRGO; IS THAT CORRECT?

14:17   20  **A.**  THAT'S RIGHT.  THIS WAS AN ONGOING SOURCE OF RANCOR

14:17   21  BETWEEN THE STATE AND THE CORPS.

14:17   22  **Q.**  THE STATE INVOKED THE FEDERAL COASTAL ZONE MANAGEMENT ACT

14:17   23  AND THREATENED TO TRY TO STOP ALL DREDGING BECAUSE OF BANK

14:17   24  EROSION AND FAILURE TO FOLLOW STATE GUIDELINES FOR PROTECTION

14:17   25  OF WETLANDS IN 1991; CORRECT?

14:18   1   **A.**   YES.  I ACTUALLY REMEMBER THAT.  I WAS ONE OF THE PEOPLE

14:18   2   WHO SUGGESTED THIS BECAUSE WE HAD JUST STARTED OUR COASTAL

14:18   3   RESTORATION PROGRAM.  WE WERE TRYING TO RESTORE WETLANDS, AND

14:18   4   HERE WE HAD THIS HUGE PROJECT THAT HAD ESSENTIALLY A HOLE IN

14:18   5   THE BUCKET.  SO IF WE RESTORED WETLANDS AND THEN THEY WERE LOST

14:18   6   BECAUSE OF THE MRGO, WE WERE IN A FUTILE FIGHT.

14:18   7        ALSO, THE COASTAL ZONE MANAGEMENT PROGRAM, WHICH IS A

14:18   8   FEDERAL PROGRAM, FEDERAL LAW THAT IS IMPLEMENTED AT THE STATE

14:18   9   LEVEL, ACTUALLY HAS SOME PRETTY STRONG LEVERAGE, GIVES SOME

14:18   10  PRETTY STRONG LEVERAGE FOR STATES THAT DEVELOP COASTAL ZONE

14:18   11  PLANS.  ONE OF THEM WAS THAT ALL DREDGED MATERIAL THAT WOULD BE

14:18   12  USED FROM A NAVIGATION CHANNEL WOULD BE USED BENEFICIALLY TO

14:19   13  RESTORE WETLANDS.

14:19   14  **Q.**   AT LEAST THE STATE WAS ACCUSING THE CORPS OF NOT DOING

14:19   15  THAT; RIGHT?

14:19   16  **A.**   THAT'S RIGHT.

14:19   17  **Q.**   LET'S CUT TO THE CHASE.  THE STATE OF LOUISIANA DEPARTMENT

14:19   18  OF NATURAL RESOURCES HAD WROTE A LETTER TO THE NEW ORLEANS

14:19   19  DIVISION OF THE CORPS ON MAY 5, '91, PUTTING THE FEDS ON

14:19   20  NOTICE, THE CORPS ON NOTICE THAT THEY BELIEVED THE MRGO

14:19   21  DREDGING OPERATION AND WIDENING WAS INCONSISTENT WITH FEDERAL

14:19   22  GUIDELINES.  THE NEW ORLEANS DISTRICT ISSUED AN INTERNAL-ONLY

14:19   23  BRIEFING MEMO DATED MAY 30, '91 -- YOU POINT THIS OUT AT

14:19   24  PAGE 28 OF YOUR REPORT -- WHICH WAS A SERIES OF JUSTIFICATIONS

14:19   25  FOR INACTION, INCLUDING THE ADMISSION BY THE CORPS THAT IT HAD

| 14:19 | 1 | BEEN LONG-STANDING ARMY CORPS POLICY THAT BANK STABILIZATION |
| 14:19 | 2 | PROJECTS HAVE LOW FUNDING PRIORITY, "EFFECTIVELY ZERO FUNDING"; |
| 14:19 | 3 | IS THAT CORRECT? |
| 14:19 | 4 | **A.**   THAT'S WHAT I READ. |
| 14:20 | 5 | **Q.**   LET'S PULL THE DOCUMENT UP ITSELF SO WE HAVE NO |
| 14:20 | 6 | MISUNDERSTANDINGS HERE. |
| 14:20 | 7 | **MR. ROY:**  PULL UP PX-2082, PLEASE, CARL.  NOW, CARL, |
| 14:20 | 8 | I'D LIKE YOU TO GO TO THE LAST TWO LINES, SECTION D AND D(1). |
| 14:20 | 9 | HIGHLIGHT THOSE. |
| 14:20 | 10 | **BY MR. ROY:** |
| 14:20 | 11 | **Q.**   READ THAT, DR. KEMP. |
| 14:20 | 12 | **A.**   "ISSUE IS NOT 'GOODNESS' OF BANK STABILIZATION ON MRGO. |
| 14:20 | 13 | WHY STABILIZE BANKS?" |
| 14:20 | 14 | NOW, THIS IS A RHETORICAL QUESTION. |
| 14:20 | 15 | **MR. ROY:**  LET'S GO TO PAGE 2, CARL, AND START WITH |
| 14:20 | 16 | THE FIRST REASON IN THIS INTERNAL MEMO OF THE CORPS.  IT SAYS: |
| 14:20 | 17 | "WHY STABILIZE BANKS?" |
| 14:20 | 18 | THAT'S OF THE MRGO, YOUR HONOR, REACH 2. |
| 14:20 | 19 | **BY MR. ROY:** |
| 14:20 | 20 | **Q.**   READ THAT, DR. KEMP. |
| 14:20 | 21 | **A.**   "RESTORE ERODED MARSH; REPAIR ENVIRONMENT DAMAGE." |
| 14:20 | 22 | **Q.**   SO IT'S ONE OF THE RECOMMENDATIONS THAT DR. GAGLIANO HAD |
| 14:20 | 23 | BEEN MAKING FOR, AT THAT POINT IN TIME, MANY, MANY YEARS? |
| 14:21 | 24 | **A.**   THAT'S CORRECT. |
| 14:21 | 25 | **MR. ROY:**  HIGHLIGHT B, PLEASE. |

14:21   1          **THE COURT:** WHAT'S THE DATE OF THIS?

14:21   2          **MR. ROY:** 1991, YOUR HONOR.  MAY 5, 1991.

14:21   3   HIGHLIGHT B.

14:21   4   **BY MR. ROY:**

14:21   5   **Q.** READ THAT, PLEASE, DR. KEMP, THE SECOND REASON THAT THE

14:21   6   CORPS INTERNALLY GIVES, "WHY STABILIZE BANKS?"

14:21   7   **A.** YES.  THIS IS TO PROTECT THE HABITAT.  IT MAY BE A SUBTLE

14:21   8   THING, BUT IN THE RESTORATION BUSINESS, WE WANT TO DO TWO

14:21   9   THINGS:  WE WANT TO KEEP MARSH THAT'S HEALTHY FROM BEING LOST;

14:21   10   THAT IS, PROTECT HABITAT.  THEN WE ALSO WANT TO RESTORE MARSH

14:21   11   INTO AREAS THAT IT'S ALREADY BEEN LOST.  SO THEIR BIOLOGISTS

14:21   12   WOULD HAVE UNDERSTOOD THAT DIFFERENTIATION.

14:21   13   **Q.** THE EXACT WORDS UP THERE ARE:  "PROTECT HABITAT (BRACKISH

14:21   14   MARSH)"?

14:22   15   **A.** THAT'S CORRECT.

14:22   16   **Q.** THIS IS REFERRING TO THE MARSHES THAT WOULD BE ON THE

14:22   17   LAKE BORGNE SIDE, PRIMARILY, OF THE MRGO REACH 2 AND THE

14:22   18   CENTRAL WETLANDS; CORRECT?

14:22   19   **A.** PROBABLY, SINCE THIS DEALS SPECIFICALLY WITH BANK

14:22   20   STABILIZATION, IT'S -- AND THIS IS PRIOR TO ANY PLACEMENT OF

14:22   21   ANY ROCK ALONG THERE.  IT WOULD HAVE BEEN ON BOTH SIDES, BUT

14:22   22   MOSTLY BETWEEN THE EXPANDED CHANNEL AND THE TOE OF THE LPV

14:22   23   LEVEE, AND THEN ON THE OTHER SIDE BETWEEN THE EXPANDED CHANNEL

14:22   24   AND LAKE BORGNE.

14:22   25          **MR. ROY:** YOUR HONOR, THE CORRECTED DATE OF THIS

14:22    1    DOCUMENT I'VE CORRECTED IS MAY 30, 1991.

14:22    2              **THE COURT:**  THANK YOU, SIR.

14:22    3    **BY MR. ROY:**

14:22    4    **Q.**   LET'S HIGHLIGHT D SINCE C DEALS WITH OYSTER LEASES.  READ

14:22    5    D.

14:22    6    **A.**   IT JUST SAYS:  "PREVENT FURTHER EROSION OF PRIVATE LANDS

14:22    7    BEYOND PROJECT RIGHT-OF-WAY."

14:22    8              **MR. ROY:**  HIGHLIGHT E, CARL.

14:22    9              **THE WITNESS:**  "NEW ORLEANS DISTRICT RECON REPORT

14:22   10    IDENTIFIED THREE 'CRITICAL' REACHES; I.E., CORPS RECOGNIZES

14:23   11    EROSION IS AN ENVIRONMENTAL PROBLEM."

14:23   12                   SO THEY IDENTIFIED SOME AREAS THAT WERE

14:23   13    PARTICULARLY CRITICAL.

14:23   14              **MR. ROY:**  CARL, WOULD YOU HIGHLIGHT F.

14:23   15              **THE WITNESS:**  "STABILIZED BANKS WOULD ENCOURAGE

14:23   16    LONG-TERM ACCEPTANCE OF MRGO AND POSSIBLY PAVE WAY FOR DEEPER

14:23   17    CHANNEL.

14:23   18    **BY MR. ROY:**

14:23   19    **Q.**   SO IN 1991 THE CORPS, OF ALL THINGS, STILL WANTS TO DEEPEN

14:23   20    AND WIDEN THE CHANNEL, EVEN THOUGH DEEPENING AND WIDENING OF

14:23   21    THE CHANNEL HAS ALREADY CAUSED A MYRIAD OF ENVIRONMENTAL

14:23   22    DEVASTATION TO THAT POINT SINCE CONSTRUCTION; IS THAT RIGHT?

14:23   23    **A.**   THAT'S THE ONLY IMPRESSION I CAN DRAW FROM THAT.

14:23   24    **Q.**   LET'S SEE.  THE CORPS SAYS AT PARAGRAPH 2, THAT SAME PAGE:

14:23   25    "WHY NOT STABILIZE THE BANKS?"  THIS IS WHERE IT GETS

14:23    1    INTERESTING.

14:23    2         MR. ROY:  LET'S HIGHLIGHT B, CARL.

14:23    3    BY MR. ROY:

14:23    4    Q.   WHAT DOES THAT SAY?

14:23    5    A.   YOU MENTIONED THAT EARLIER.  THAT'S THE CORPS'

14:23    6    LONG-STANDING POLICY AGAINST REPAIRING BANK EROSION.  THIS IS

14:24    7    SOMETHING THEY CONSTITUTIONALLY DISLIKE DOING.

14:24    8    Q.   SUBPARAGRAPH E, READ THAT.

14:24    9    A.   "LONG-TERM VIABILITY OF MRGO IN QUESTION, DUE TO

14:24    10   CONSIDERABLE PUBLIC OPPOSITION TO PAST AND CONTINUING

14:24    11   (PERCEIVED AND REAL) ENVIRONMENTAL DAMAGES AND TO MARGINAL

14:24    12   COMPETITIVENESS OF 36-FOOT CHANNEL."

14:24    13        MR. ROY:  YOUR HONOR, IN ORDER TO SAVE TIME AND MOVE

14:24    14   THIS ALONG, I'D LIKE TO POINT OUT, OBSERVATIONALLY, A COUPLE OF

14:24    15   OTHER HIGHLIGHTED AREAS OF THIS EXHIBIT.  I BELIEVE WE'VE

14:24    16   ESTABLISHED RELEVANCE.

14:24    17        THE COURT:  ALL RIGHT.

14:24    18        MR. ROY:  THE NEXT LINE IS:  "NOT POLICY QUESTION

14:24    19   (CAN BE RESOLVED BY SPONSOR)."

14:24    20            IN THE CONTEXT OF THE DOCUMENT, YOUR HONOR,

14:25    21   "SPONSOR" IS LOCAL GOVERNMENT.

14:25    22            THE NEXT PAGE, D:  "SECTION 1135 PROVIDES

14:25    23   AUTHORITY ONLY.  FUNDS MUST COME FROM OPERATION AND MAINTENANCE

14:25    24   (O&M) OR OTHER BUDGET."

14:25    25            GOING DOWN TO F, "PRECEDENT" -- AND THESE ARE

1772

14:25  1  ALL THE REASONS WHY NOT TO STABILIZE THE BANKS, AN IMPASSE, NOT

14:25  2  POLICY.

14:25  3  "PRECEDENT:  IF CORPS FIXES MILE 50 TO 56 AS

14:25  4  CONDITION OF DREDGED MATERIAL PLACEMENT, EXPECT CONTINUED

14:25  5  DEMANDS THROUGHOUT LOUISIANA COASTAL ZONE."

14:25  6  THE NEXT PAGE, CARL, PAGE 4 -- ACTUALLY, THAT'S IT.

14:25  7  **THE COURT:**  THANK YOU, COUNSEL.

14:25  8  JUST TO LET YOU KNOW, WE'LL PROBABLY TAKE A

14:25  9  BREAK IN ABOUT SIX OR SEVEN MINUTES IF THAT HELPS YOU

14:25  10  CALIBRATE.

14:26  11  **MR. ROY:**  YES, SIR.

14:26  12  **BY MR. ROY:**

14:26  13  **Q.**   YOU TESTIFIED THE CORPS WAS AWARE BY AT LEAST 1966 AND

14:26  14  INCREASINGLY AT THE BENCHMARK DATES WE'VE TALKED ABOUT, AND

14:26  15  DR. GAGLIANO AND OTHERS TALKED ABOUT, TO CLARIFY:  CLEARLY, IN

14:26  16  1966, WITH RESPECT TO THE FUNNEL, AND BY AT THE LATEST 1988, AS

14:26  17  TO WAVES AND EROSION ON REACH 2, THE CORPS HAD BEEN WARNED, AS

14:26  18  FAR AS YOU'RE CONCERNED, THROUGH THE LENS AND THE VIEWPOINT OF

14:26  19  A MINIMALLY COMPETENT OCEANOGRAPHER UNDERSTANDING WHAT'S GOING

14:26  20  ON OUT THERE?

14:26  21  **A.**   YES, SIR.

14:26  22  **Q.**   THERE WAS AMPLE TIME, IF THE CORPS HAD CHOSEN TO, TO

14:26  23  FORMALLY ALERT CONGRESS TO THE REMEDIAL MEASURES KNOWN BY THE

14:26  24  CORPS THAT COULD HAVE FIXED THESE PROBLEMS, BUT TO YOUR

14:26  25  KNOWLEDGE IT WAS NEVER DONE IN THAT TIME FRAME; CORRECT?

| | | |
|---|---|---|
| 14:26 | 1 | **A.**   THAT'S CORRECT. |
| 14:26 | 2 | **Q.**   FROM THE TIME OF CONSTRUCTION TO THE TIME OF KATRINA, TO |
| 14:27 | 3 | YOUR KNOWLEDGE HAS THE UNITED STATES ARMY CORPS OF ENGINEERS |
| 14:27 | 4 | EVER ADMITTED THAT THERE WAS A FUNNEL EFFECT AT THE CONVERGENCE |
| 14:27 | 5 | OF THE GIWW IN REACH 2? |
| 14:27 | 6 | **A.**   IF THEY HAVE, I HAVEN'T SEEN IT. |
| 14:27 | 7 | **Q.**   YOUR PROFESSION, LIKE MANY OTHERS, HAS A WORD FOR THAT, |
| 14:27 | 8 | DON'T THEY:   *MYOPIC*? |
| 14:27 | 9 | **A.**   OKAY. |
| 14:27 | 10 | **THE COURT:**   COUNSEL, YOU'RE TESTIFYING. |
| 14:27 | 11 | **MR. ROY:**   IT'S A GOOD BREAKING POINT, YOUR HONOR. |
| 14:27 | 12 | **THE COURT:**   THE COURT IS AWARE WHEN THE RHETORIC OF |
| 14:27 | 13 | COUNSEL IS MAYBE EMBELLISHING THE REPORT OF THE WITNESS.  DON'T |
| 14:27 | 14 | WORRY.  I'M CALIBRATING THAT. |
| 14:27 | 15 | **MR. LEVINE:**   I WAS JUST WAITING FOR FOLLOW-UP |
| 14:27 | 16 | QUESTIONING. |
| 14:27 | 17 | **THE COURT:**   WE WILL TAKE A RECESS FOR 10 MINUTES. |
| 14:27 | 18 | **THE DEPUTY CLERK:**   ALL RISE. |
| 14:39 | 19 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 14:39 | 20 | **THE DEPUTY CLERK:**   ALL RISE. |
| 14:49 | 21 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 14:49 | 22 | **THE COURT:**   A LITTLE CAFFEINE AND I THINK I'M GOING |
| 14:49 | 23 | TO GET THROUGH YOUR EXAMINATION A LITTLE MORE ALERT, SIR. |
| 14:49 | 24 | YOU'VE BEEN VERY ANIMATED, THOUGH.  IT'S HELPED.  THANK YOU. |
| 14:49 | 25 | **MR. ROY:**   IN THE ABSENCE OF CAFFEINE, I HAVE NO |

14:49   1   CHOICE.

14:49   2          **THE COURT:**  I'M SURE YOU HAD A RATHER SHORT NIGHT

14:49   3   YOURSELF.  GO AHEAD, SIR.

14:49   4          **MR. ROY:**  YOUR HONOR, LET ME BE SURE THAT WHEN I

14:49   5   DESCRIBED THE JULY 28, 2007 REPORT THAT I SAID IT'S JX-194.  I

14:50   6   MAY HAVE MISDATED IT.

14:50   7          **THE COURT:**  I HAVE A COMPENDIUM OF THE REPORT, WHICH

14:50   8   I SYNOPSIZED.  ARE ALL OF THOSE REPORTS IN THE BOOK THAT I WAS

14:50   9   GIVEN?  I'M TRYING TO REMEMBER.

14:50   10         **MR. ROY:**  THE ONLY ONE, YOUR HONOR, THAT MAY NOT HAVE

14:50   11  BEEN GIVEN IS THE -- WELL, THERE ARE TWO, I BELIEVE.  I THINK

14:50   12  2152 IS MAYBE THE ONLY ONE WE MAY HAVE TO BACKFILL TO YOU.

14:50   13         **THE COURT:**  2152 MAY BE THE ONLY ONE.

14:50   14         **MR. ROY:**  YOU HAD IT, ANYWAY, BECAUSE IT WAS THE 702C

14:50   15  DECLARATION.

14:50   16         **THE COURT:**  RIGHT.

14:50   17         **MR. ROY:**  MAY WE PROCEED?

14:50   18         **THE COURT:**  YES, YOU MAY.

14:50   19  **BY MR. ROY:**

14:50   20  **Q.**   DR. KEMP, YOUR OCEANOGRAPHIC METHODS AND ANALYSIS -- LET'S

14:50   21  GO TO PAGE 15.  TELL THE COURT AS CONCISELY AS YOU CAN WHAT

14:50   22  THOSE ARE, GENERALLY.

14:51   23  **A.**   ACTUALLY, WE ARE DOING A LOT OF THE SAME THINGS THAT

14:51   24  BRETSCHNEIDER AND COLLINS DID BUT WITH SOME MORE MODERN TOOLS.

14:51   25  WE SIMULATE THE KATRINA SCENARIO WITHOUT THE LEVEE AND FLOOD

14:51   1   WALL BREACHES.  WE USE MODERN NUMERICAL MODELING TECHNIQUES TO

14:51   2   TEST THE EFFECTS, THE HYDRAULIC OCEANOGRAPHIC EFFECTS OF THE

14:51   3   MRGO PROJECT, BOTH AS IT WAS DESIGNED AND AS IT WAS MAINTAINED,

14:51   4   ON SURGE-INDUCED DISCHARGE AND OVERTOPPING OF THE STRUCTURES TO

14:51   5   DETERMINE THE MRGO NEUTRAL CONDITION.

14:51   6           THEN WE USE MODERN WAVE-MODELING TO DETERMINE THE

14:51   7   AMPLIFICATION OF WAVES BY THE CHANNEL, MRGO CHANNEL, FOR INPUT

14:51   8   TO THE LPV BREACHING ANALYSIS AND THAT TIME LINE.  THAT'S WHERE

14:51   9   I HAND OFF TO DR. BEA.

14:52   10          WE USED MODERN FLOOD SIMULATION TECHNIQUES TO

14:52   11  DETERMINE THE INCREMENT OF FLOODING ONCE WE KNEW THE BREACHING

14:52   12  TIME LINE:  WHERE THE BREACHES WERE, HOW BIG THEY ARE, WHEN

14:52   13  THEY STARTED.  THEN WE ARE ABLE TO FLOOD THE DEVELOPED AREAS TO

14:52   14  DETERMINE HOW MUCH OF THAT FLOODING IS ACTUALLY ATTRIBUTABLE TO

14:52   15  THE NAVIGATION PROJECT.

14:52   16  Q.   WHY DID YOU USE DR. VRIJLING AND HIS DELFT UNIVERSITY

14:52   17  GROUP?

14:52   18  A.   WELL, THERE WERE A LOT OF REASONS, BUT I BECAME FAMILIAR

14:52   19  WITH THEIR CAPABILITIES -- DELFT UNIVERSITY OF TECHNOLOGY IS

14:52   20  PROBABLY THE EPICENTER OF OCEANOGRAPHIC AND HYDRAULIC

14:52   21  ENGINEERING IN THE WORLD.  THE UNIVERSITY SITS IN A MILIEU OF

14:52   22  PROBABLY DOZENS OF ENGINEERING COMPANIES THAT TAKE THE RESEARCH

14:53   23  PRODUCTS, THE MODELS THAT ARE DEVELOPED AT DELFT UNIVERSITY OF

14:53   24  TECHNOLOGY, AND THEN COMMERCIALIZES THEM.

14:53   25          ALSO, THERE'S A LOT OF CONNECTION BETWEEN DELFT

FINAL DAILY COPY

14:53   1   UNIVERSITY OF TECHNOLOGY AND THE MINISTRY OF WATER IN THE

14:53   2   NETHERLANDS, THE RIJKSWATERSTAAT.  IT'S A VERY, VERY -- A VERY

14:53   3   APPLIED BUT ALSO VERY, VERY CAPABLE MIX OF ENGINEERS AND

14:53   4   SCIENTISTS THERE.  SO I KNEW THAT WHATEVER WAS NECESSARY, IN

14:53   5   THE COURSE OF THIS WORK, WE WERE GOING TO BE ABLE TO FIND THAT

14:53   6   CAPABILITY AT DELFT.

14:53   7   **Q.**   THE FOUR PRIMARY PROGRAMS, YOU DESCRIBED ADCIRC.  THAT WAS

14:53   8   USED PRIMARILY FOR WIND AND SURGE ON A LARGE SCALE; CORRECT?

14:53   9   **A.**   THAT'S CORRECT.

14:53   10  **Q.**   THEN YOU MOVED INTO USING FINEL, WHICH IS FOR THE MODELING

14:53   11  OF WINDS AND SURGE ON A SMALLER SCALE; CORRECT?

14:54   12  **A.**   THAT'S RIGHT.

14:54   13  **Q.**   THEN YOU MOVED INTO SWAN, WHICH WAS TO MODEL THE

14:54   14  NEAR-SHORE WAVES; CORRECT?

14:54   15  **A.**   THAT'S CORRECT.

14:54   16  **Q.**   THEN ONCE ALL THAT INFORMATION IS TURNED OVER TO DR. BEA,

14:54   17  HIS INPUTS COME BACK, YOU'RE THEN ABLE TO APPLY SOBEK, WHICH IS

14:54   18  THE POLDER MODELING PROGRAM BASED ON VARYING ASSUMPTIONS;

14:54   19  CORRECT?

14:54   20  **A.**   THAT'S RIGHT, AND THESE ARE ALL WELL TESTED, WIDELY USED

14:54   21  IN THE ENGINEERING PRACTICE.

14:54   22  **Q.**   FINEL, SWAN, AND SOBEK WERE DEVELOPED BY DELFT AND

14:54   23  AFFILIATES; CORRECT?

14:54   24  **A.**   THAT'S RIGHT.  USUALLY, THEY START OFF IN THE UNIVERSITY

14:54   25  AND THEN THEY MOVE OUT INTO THE COMMERCIAL.

14:54  1   **Q.**   THEY ARE INTERNATIONALLY RECOGNIZED AS RELIABLE AND

14:54  2   SCIENTIFICALLY PROVEN MODELING PROGRAMS FOR THE PURPOSES YOU

14:54  3   HAVE USED THEM; CORRECT?

14:54  4   **A.**   THAT'S CORRECT.

14:54  5   **Q.**   NOW, AS AN EXPERT IN OCEANOGRAPHY, YOU USE AND INTERPRET

14:54  6   ADCIRC MODELING; CORRECT?

14:55  7   **A.**   SINCE 2003, THAT WAS WHEN I FIRST BECAME INVOLVED WITH

14:55  8   ADCIRC.

14:55  9   **Q.**   IT'S REALLY A SYSTEM OF COMPUTER PROGRAMS DESIGNED TO

14:55  10  SOLVE TIME-DEPENDENT FREE-SURFACE CIRCULATION.  AND YOU APPLY

14:55  11  THIS, USING THAT, BASED UPON INPUTS THAT ARE MOST EFFECTIVE IF

14:55  12  THEY ARE BASED ON REALITY; RIGHT?

14:55  13  **A.**   THAT'S RIGHT.  WHEN WE ARE DOING SURGE SIMULATION, WE ARE

14:55  14  TAKING INPUTS FROM THE NATIONAL WEATHER SERVICE, AND WE

14:55  15  GENERATE THE WIND STRESSES.  THOSE WIND STRESSES THEN MOVE THE

14:55  16  WATER SURFACE UP AND DOWN AND CIRCULATION.

14:55  17  **Q.**   ADCIRC SO8 IS LIKE THE PROVEN RACEHORSE.  IT'S USED ALL

14:55  18  OVER; RIGHT?

14:55  19  **A.**   WELL, ADCIRC SO8 WAS THE MODEL THAT WE DEVELOPED WITH

14:55  20  DR. WESTERINK AT THE LSU HURRICANE CENTER THAT TURNED OUT TO BE

14:56  21  EXTREMELY ACCURATE FOR HURRICANE KATRINA.

14:56  22  **Q.**   YOUR PRIMARY USE OF FINEL WAS TO TEST THE FUNNEL THEORIES

14:56  23  FIRST ESPOUSED BY B&C; CORRECT?

14:56  24  **A.**   THAT'S RIGHT.  WE NEEDED TO -- AS GOOD AS ADCIRC WAS FOR A

14:56  25  REALTIME SURGE SIMULATOR, WE NEEDED TO LOOK AT THINGS IN MORE

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:56 | 1 | DETAIL.  AND THAT WAS BETTER DONE USING THE FINEL MODEL, WHERE |
| 14:56 | 2 | WE COULD PUT IN MORE PRECISE GEOMETRY, AND IT WAS WELL SET UP |
| 14:56 | 3 | TO USE TO HANDLE THE WETLAND EFFECTS ON MODERN FRICTION AND SO |
| 14:56 | 4 | ON. |
| 14:56 | 5 | **Q.**   TO YOUR SATISFACTION, IT'S YOUR OPINION THAT FINEL SHOWED |
| 14:56 | 6 | THAT THE MRGO AS ORIGINALLY BUILT, BUT MADE SIGNIFICANTLY WORSE |
| 14:57 | 7 | BECAUSE OF ITS WIDENING AND DEEPENING SINCE ORIGINAL |
| 14:57 | 8 | CONSTRUCTION, THAT CHANGE, THAT THIS HAD A SIGNIFICANT EFFECT |
| 14:57 | 9 | ON SURGE AMPLIFICATION AND VOLUME AND TIMING AT REACH 1 AND 2; |
| 14:57 | 10 | CORRECT? |
| 14:57 | 11 | **A.**   THAT'S CORRECT. |
| 14:57 | 12 | **Q.**   ESPECIALLY REACH 2 IN THE CASE OF THE DESTRUCTION OF THE |
| 14:57 | 13 | WETLANDS AND THE WATER COMING IN AND AMPLIFYING INTO THAT |
| 14:57 | 14 | NARROWER FUNNEL AND THEN INTO NEW ORLEANS EAST? |
| 14:57 | 15 | **A.**   YES.  IN TERMS OF SURGE HEIGHT OUT IN THE JAWS OF THE |
| 14:57 | 16 | FUNNEL THAT I'M POINTING HERE TO, TO THIS AREA, THIS REACH 2 |
| 14:57 | 17 | HERE.  SO WE HAD A LOT OF EFFECT ON CIRCULATION IN THE GAPE OF |
| 14:57 | 18 | THE FUNNEL, SHALL WE SAY, BUT IN THAT AREA THE WATER CAN ONLY |
| 14:57 | 19 | GET SO HIGH.  SO THE MAXIMUM ELEVATION OF THE WATER IN THAT |
| 14:58 | 20 | AREA IS DETERMINED NOT SO MUCH BY THE AMOUNT OF WATER COMING IN |
| 14:58 | 21 | BUT BY THE HEIGHT OF THE PROTECTIVE STRUCTURES THERE. |
| 14:58 | 22 | SO THIS IS A BATHTUB IN WHICH WE ARE EMPTYING THE |
| 14:58 | 23 | FIREHOSE.  THE WATER DOESN'T GO UP TO THE CEILING.  IT STOPS AT |
| 14:58 | 24 | THE EDGE OF THE BATHTUB.  I MEAN, IT DOESN'T STOP, BUT IT |
| 14:58 | 25 | DOESN'T GO ANY HIGHER THAN THE EDGE OF THE BATHTUB, AND THEN |

14:58 1  THE NEIGHBORS DOWNSTAIRS GET WET.

14:58 2  **Q.** TO BE CLEAR, YOUR TESTING SCIENTIFICALLY PROVED WHAT B&C

14:58 3  ALERTED THE CORPS TO --

14:58 4  **A.** OH, ABSOLUTELY.

14:58 5  **Q.** -- WHICH IS THE CONVERGENCE OF JUST THE CHANNELS BY ITSELF

14:58 6  SIGNIFICANTLY AMPLIFIES SURGE TIMING AND INTENSITY?

14:58 7  **A.** THAT'S CORRECT.

14:58 8  **Q.** ADDITIONALLY, THE ENLARGEMENT OF REACH 1 AND REACH 2

14:58 9  FURTHER SIGNIFICANTLY AMPLIFIED THE KATRINA SURGE AND

14:59 10  OVERTOPPING AT THE CITRUS BACK LEVEE OF NEW ORLEANS EAST?

14:59 11  **A.** NO QUESTION ABOUT THAT.

14:59 12  **Q.** AND THAT A SIGNIFICANT PORTION OF THE INUNDATION OF

14:59 13  NEW ORLEANS EAST WAS THROUGH OVERTOPPING OF THE CITRUS BACK

14:59 14  LEVEE CAUSED BY THIS FUNNEL EITHER AS ORIGINALLY DESIGNED BUT

14:59 15  MADE SIGNIFICANTLY WORSE, AS WE'LL TALK ABOUT LATER, BY THE

14:59 16  FURTHER EROSION THAT WAS UNMITIGATED?

14:59 17  **A.** THAT'S RIGHT.  AND I DISCUSSED THAT EXTENSIVELY IN MY

14:59 18  REPORT.

14:59 19  **Q.** TO BE CLEAR, THAT UNMITIGATED REACH 1 AND REACH 2 COMBINED

14:59 20  AND CAUSED AN AMPLIFIED SURGE HEIGHT, VOLUME, AND TIMING IN

14:59 21  REACH 1 AND THE IHNC TO BE DRAMATICALLY INCREASED AND

14:59 22  OVERTOPPED THE CITRUS BACK LEVEE, CAUSING THE OVERWHELMING

14:59 23  MAJORITY OF FLOODING IN NEW ORLEANS EAST WHERE THE ROBINSONS

14:59 24  LIVED?

14:59 25  **A.** THAT'S RIGHT.

| 14:59 | 1 | **Q.**   NOW, YOU AND YOUR EXPERT TEAM, WITH THE DUTCH USING FINEL, |
| 15:00 | 2 | REPORTED AND USED INFORMATION GENERATED AT CERTAIN SPECIFIC |
| 15:00 | 3 | POINTS SHOWN AT PAGE 20 OF THE POWERPOINT; CORRECT? |
| 15:00 | 4 | **A.**   THAT'S RIGHT.   THIS SHOWS THE LOCATIONS, SORT OF OUR |
| 15:00 | 5 | REFERENCE LOCATIONS. |
| 15:00 | 6 | **Q.**   THE PURPOSE HERE IS, AMONG OTHER THINGS, TO ESTABLISH FLOW |
| 15:00 | 7 | AND FLOW VELOCITIES; CORRECT? |
| 15:00 | 8 | **A.**   WE ARE ESTABLISHING CONDITIONS AT THESE POINTS.   WE ALSO |
| 15:00 | 9 | SIMULATE FLOW VELOCITY IN THE CHANNELS AND OUTSIDE THE |
| 15:00 | 10 | CHANNELS. |
| 15:00 | 11 | **Q.**   IN AN IDEAL WORLD, THERE'S A LITTLE MACHINE OR A HUMAN |
| 15:00 | 12 | PROTECTED FROM ALL OF THE WILD ELEMENTS OF A HURRICANE AT EVERY |
| 15:00 | 13 | ONE OF THESE POINTS THAT RECORDS EXACTLY WHAT IT REALLY WAS |
| 15:00 | 14 | DURING THE STORM; RIGHT? |
| 15:00 | 15 | **A.**   IDEALLY, BUT THAT'S NOT THE WORLD THAT WE LIVE IN. |
| 15:00 | 16 | **Q.**   SO YOU AND YOUR TEAM HAVE TO CALIBRATE OR VALIDATE THE |
| 15:01 | 17 | FINEL SIMULATION BY LOOKING FOR WHAT IS REALITY THAT YOU CAN |
| 15:01 | 18 | FIND TO VALIDATE UPON; RIGHT? |
| 15:01 | 19 | **A.**   THAT'S CORRECT. |
| 15:01 | 20 | **Q.**   YOU DON'T JUST ADJUST DATA BECAUSE IT DOESN'T SEEM TO FIT |
| 15:01 | 21 | YOUR MODEL; YOU GO OUT AND YOU FIND THE REALITY TO BASE YOUR |
| 15:01 | 22 | MODEL ON.   RIGHT? |
| 15:01 | 23 | **A.**   THAT'S THE PRINCIPLE OF SCIENTIFIC INQUIRY. |
| 15:01 | 24 | **Q.**   IS THAT SOUND SCIENCE? |
| 15:01 | 25 | **A.**   IT IS. |

15:01   1   **Q.**   WELL, WHAT WAS THE PEAK SURGE?  WE KNOW THE PEAK SURGE OF

15:01   2   KATRINA, DON'T WE?  WE KNOW IT BASED ON REALITY?

15:01   3   **A.**   WE KNOW IT AT A FEW PLACES.

15:01   4   **Q.**   ALL RIGHT.  WELL, LET'S PULL UP PAGE 25 OF THE POWERPOINT

15:01   5   AND TELL THE COURT ONE PLACE WE KNOW IT WITH ABSOLUTE

15:01   6   CERTAINTY.

15:01   7   **A.**   OKAY.  THIS IS PROBABLY THE ONLY PLACE -- WELL, IT IS THE

15:01   8   ONLY PLACE WHERE WE ACTUALLY HAVE A COMPLETE RECORD OF THE

15:01   9   SURGE, AND THAT IS FROM THE LOCK MASTER ACTUALLY HOURLY

15:01   10   GLANCING OUT OF HIS LITTLE GUARDHOUSE THERE ON THE IHNC LOCK

15:02   11   AND WRITING DOWN THE GAUGE READINGS EVERY HOUR.  THAT IS SHOWN

15:02   12   IN THE BOTTOM DIAGRAM HERE.  THIS IS FROM THE IPET REPORT.

15:02   13            THEN I PUT ON THE TOP OF THIS OUR FINEL SIMULATION,

15:02   14   AND I TRIED MY SPECIAL EFFECTS HERE -- NOT THAT GREAT, BUT I

15:02   15   TRIED TO MATCH THE TIME LINE.  THE FACT IS THAT WE MATCHED THE

15:02   16   TIMING OF THE PEAK AT THIS POINT VERY, VERY CAREFULLY.  WE

15:02   17   DIDN'T MATCH THE PEAK ELEVATION.  WE ARE AT 17 FEET HERE.  THE

15:02   18   PEAK ELEVATION IS A LITTLE ABOVE 14, BUT THERE'S A LOT OF GOOD

15:02   19   REASON FOR THAT.

15:02   20   **Q.**   WELL, TELL THE COURT.

15:02   21   **A.**   WELL, WHENEVER I RUN OR DR. VRIJLING RUNS THE FINEL MODEL

15:03   22   OR OUR GROUP AT LSU IS RUNNING ADCIRC OR DR. WESTERINK IS

15:03   23   RUNNING ADCIRC AT NOTRE DAME, WE NEVER IN OUR SURGE MODEL PUT

15:03   24   BREACHES INTO THAT SYSTEM.

15:03   25            SO WE DON'T MODEL THE SYSTEM AS IT ACTUALLY HAPPENED

15:03   1  DURING KATRINA; WE MODEL IT AS IF THE LEVEES WERE PERFECTLY

15:03   2  MAINTAINED.  WE PUT THEM AT THE RIGHT ELEVATIONS, BUT WE DON'T

15:03   3  ALLOW THEM TO BREACH, BECAUSE THAT INTRODUCES ANOTHER VARIABLE

15:03   4  INTO THE ANALYSIS.  LATER, ONCE WE KNOW THE -- WHEN THE

15:03   5  BREACHES OPEN UP AND BEGIN FLOWING, THEN WE CAN PUT THAT IN

15:03   6  ANOTHER MODEL.  BUT FOR THE SURGE MODEL, WE DON'T HAVE BREACHES

15:03   7  IN IT.  SO WE KNOW THAT, IF OUR FINEL MODEL IS WORKING WELL, IT

15:03   8  SHOULD PREDICT HIGHER SURGE ELEVATION AT THIS POINT THAN WHAT

15:03   9  WAS ACTUALLY OBSERVED.

15:04  10  Q.   IN OTHER WORDS, IT -- WELL, LET'S BACK UP.  WHAT DID THE

15:04  11  LOCK MASTER OBSERVE AS THE HIGH POINT OF THE SURGE, THE TIME?

15:04  12  A.   THE LOCK MASTER OBSERVED 14.2 FEET.  ACTUALLY, I THINK

15:04  13  THAT THE GAUGE WAS LATER ADJUSTED, BUT 14.2 FEET OF SURGE RIGHT

15:04  14  AT THE NORTH END OF THE LOCK.  THAT'S VERY CLOSE TO THE VERY

15:04  15  LARGE BREACH ON THE SOUTH INTO THE LOWER NINTH WARD.

15:04  16  Q.   AT WHAT TIME, DR. KEMP?

15:04  17  A.   LET'S SEE.  THE HIGH POINT ON THIS CHART IS RIGHT AT 9:00.

15:04  18  Q.   NOW, EARLIER IN THIS TRIAL, AN EXHIBIT WAS INTRODUCED

15:04  19  WITHOUT OBJECTION THAT SHOWED A TELEVISION CAMERA SHOWING SURGE

15:04  20  OVERTOPPING THE 40 ARPENT LEVEE.  DO YOU RECALL THAT?

15:04  21  A.   YES.  IT WAS CLOSE TO THE 40 ARPENT LEVEE, AND IT SHOWS

15:05  22  THE WATER COMING UP VERY QUICKLY.

15:05  23  Q.   IT SHOWED, ACCORDING TO THE CAMERA, ON THAT FILM

15:05  24  APPROXIMATELY 8:30, 8:35, IN THE MORNING; IS THAT CORRECT?

15:05  25  A.   THAT'S CORRECT.

15:05  1  **Q.**   IS THAT CONSISTENT WITH THE OBSERVED HIGH WATER MARK BY

15:05  2  THE LOCK MASTER, HIGH SURGE POINT BY THE LOCK MASTER?

15:05  3  **A.**   WELL, THE TIMING IS --

15:05  4  **Q.**   THAT'S WHAT I MEAN, THE TIMING.

15:05  5  **A.**   -- CONSISTENT, YES.

15:05  6  **Q.**   THE TIMING IS CONSISTENT.

15:05  7  **A.**   SO WHAT IT MEANS IS, AT THE TIME OF PEAK SURGE IN THE

15:05  8  IHNC, THE WATER WAS ALREADY COMING OVER THE 40 ARPENT LEVEE

15:05  9  INTO THE DEVELOPED AREA OF ST. BERNARD.

15:05  10  **Q.**   NOW, BEFORE WATER CAN COME OVER THE 40 ARPENT LEVEE, THE

15:05  11  CENTRAL WETLANDS UNIT HAS TO FILL UP; CORRECT?

15:05  12  **A.**   RIGHT.  THAT'S A VERY LARGE AREA, ABOUT 32,000 ACRES, AND

15:05  13  SO IT DOESN'T FILL UP INSTANTANEOUSLY EVEN WITH VERY LARGE

15:05  14  BREACHES GOING INTO IT.  WE ESTIMATE IT TAKES ABOUT TWO HOURS

15:05  15  TO FILL UP.

15:05  16  **Q.**   YOU FURTHER VALIDATED FINEL BY GETTING THE TIMING RIGHT

15:06  17  BASED ON THESE TWO BITS OF REALITY?

15:06  18  **A.**   THAT'S RIGHT.  IF WE DON'T GET THIS RIGHT, THEN EVERYTHING

15:06  19  WE DO AFTER THAT IS WRONG.

15:06  20  **Q.**   YOU DIDN'T DO IT BY ADJUSTING REALITY; YOU DID IT BY USING

15:06  21  REALITY.  CORRECT?

15:06  22  **A.**   THAT'S RIGHT.

15:06  23  **Q.**   TIMING IS EVERYTHING IN GETTING BREACHING TIME ACCURATELY

15:06  24  ESTABLISHED, IS IT NOT?

15:06  25  **A.**   THAT'S CORRECT.

FINAL DAILY COPY

15:06   1   **Q.**   NOW, YOUR FINEL TESTING, DR. VRIJLING'S FINEL TESTING, IN

15:06   2   YOUR OPINION NAILED THE PEAK SURGE TIME RECORDED BY THE LOCK

15:06   3   MASTER ON THE MONEY; IS THAT RIGHT?

15:06   4   **A.**   THAT'S RIGHT.

15:06   5           **THE COURT:**  THE DIFFERENCE IN HEIGHT IS ATTRIBUTABLE

15:06   6   TO THE FACT THAT BREACHES ARE NOT REGARDED AT THIS POINT IN THE

15:06   7   MODEL?

15:06   8           **THE WITNESS:**  THAT'S RIGHT.  REMEMBER, WE HAVE

15:06   9   BREACHES NOT ONLY IN THE IHNC BUT ALL ALONG THE REACH 2.  SO IF

15:06   10  WE GOT IT RIGHT ON THE NUMBER, WE WOULD HAVE TO GO BACK AND SEE

15:06   11  WHAT WAS WRONG WITH OUR MODEL.

15:06   12          **THE COURT:**  I UNDERSTAND.  BECAUSE, OBVIOUSLY, THE

15:06   13  BREACHES WOULD HAVE REDUCED THE VOLUME TO SOME DEGREE, THE

15:07   14  SURGE VOLUME.

15:07   15          **THE WITNESS:**  ABSOLUTELY, JUDGE.

15:07   16  **BY MR. ROY:**

15:07   17  **Q.**   NOW, NOT TO DIGRESS TOO MUCH HERE, BUT THE CORPS OF

15:07   18  ENGINEERS' EXPERT, DR. WESTERINK, WHAT IS HIS TIMING ON PEAK

15:07   19  SURGE IN COMPARISON TO WHERE THESE REALITIES ARE, THESE TWO

15:07   20  BENCHMARKS THAT ARE REAL?

15:07   21  **A.**   HIS PEAK SURGE COMES A COUPLE OF HOURS EARLIER.

15:07   22  **Q.**   A COUPLE OF HOURS EARLIER THAN WHAT?

15:07   23  **A.**   THAN WHAT THE LOCK MASTER SAW.

15:07   24  **Q.**   WHEN YOU SAY A COUPLE HOURS EARLIER, YOU MEAN A COUPLE OF

15:07   25  HOURS TOO EARLY IN ORDER TO HAVE THE CWU FILL UP AND OVERFLOW

15:07  1    BY THE TIME IT, IN FACT, DID AROUND 8:30?

15:07  2    **A.**   THAT'S RIGHT.  I BELIEVE HIS PEAK AT -- AND I THINK WE

15:07  3    HAVE A FIGURE THAT SHOWS THAT, BUT HIS PEAK WAS AROUND 6:40, I

15:08  4    BELIEVE, IN THE IHNC.

15:08  5         NOW, THE PEAK, THE SURGE PEAK, DOES NOT HAPPEN AT

15:08  6    EXACTLY THE SAME TIME EVERYWHERE IN THE FUNNEL, BUT IT DOES

15:08  7    HAPPEN WITHIN ABOUT 20 MINUTES.  IT'S A LITTLE EARLIER OUT IN

15:08  8    THE REACH 2 LEVEES.

15:08  9    **Q.**   WHAT WOULD YOU HAVE EXPECTED FROM A SCIENTIFICALLY VALID

15:08  10   ANALYSIS, WITHIN YOUR EXPERTISE, TO HAVE THE REALITY BE AT THE

15:08  11   LOCK AND AT THE TV TOWER CAMERA IF DR. WESTERINK'S TIMING WAS

15:08  12   CORRECT?  WOULD YOU HAVE EXPECTED TO SEE THAT SURGE COME IN

15:08  13   EARLIER?

15:08  14   **A.**   YES, SIR.

15:08  15   **Q.**   MUCH EARLIER?

15:08  16   **A.**   PROBABLY ABOUT TWO HOURS EARLIER.

15:08  17   **Q.**   BUT THAT'S NOT REALITY, IS IT?

15:08  18   **A.**   THAT'S NOT REALITY.

15:08  19   **Q.**   NOW, DR. RESIO AND MR. EBERSOLE REALLY USE DR. WESTERINK'S

15:08  20   ADCIRC PEAK SURGE TIMES AND ADJUST IT A BIT, DO THEY NOT?  OR

15:09  21   DO THEY?

15:09  22   **A.**   WELL, I READ IN DR. EBERSOLE'S REPORT, AND I BELIEVE IN

15:09  23   DR. RESIO'S REPORT, THEY SAY THE PEAK SURGE IS AT 7:30.  THAT'S

15:09  24   WHAT THIS DIAGRAM SHOWS, AND THIS WAS TAKEN OFF OF THEIR

15:09  25   EXHIBITS.

15:09    1              THE COURT:  MAY I ASK -- WE JUST NEED TO GET THIS --

15:09    2    WHERE CAN THE COURT FIND THIS EXHIBIT?

15:09    3              MR. ROY:  THIS IS POWERPOINT 163, YOUR HONOR.

15:09    4    COUNSEL FOR THE CORPS AND I HAVE AGREED THAT, AT THE CONCLUSION

15:09    5    OF THIS, WE ARE GOING TO TURN THIS WHOLE POWERPOINT IN AS

15:09    6    DEMONSTRATIVES FOR THE REFERENCE OF THE COURT.

15:09    7              THE COURT:  ALL RIGHT.  POWERPOINT 163, DO WE HAVE

15:09    8    THAT --

15:09    9              MR. ROY:  IT'S NOT IN YOUR POSSESSION RIGHT NOW, BUT

15:09   10    ROB HAS A COPY.  I HAVE A COPY.

15:09   11    BY MR. ROY:

15:10   12    Q.   SO IF THOSE EXPERTS HAVE, IN FACT, ADJUSTED THE PEAK SURGE

15:10   13    FROM WHAT FITZGERALD HAD AND ARRIVE AT AROUND 7:30, THEN WHEN

15:10   14    WOULD YOU HAVE EXPECTED THE SURGE TO BE AT PEAK WHERE THE

15:10   15    REALITY POINT IS, THE LOCK AND THE TV TOWER?

15:10   16    A.   I'M SORRY.  I KIND OF LOST YOU THERE.  YOU MENTIONED STEVE

15:10   17    FITZGERALD.  HE WAS THEIR POLDER MODELING EXPERT.  IS THAT --

15:10   18    Q.   RIGHT.  I WAS UNDER THE IMPRESSION THAT YOU WERE TELLING

15:10   19    US HOW DR. RESIO AND FITZGERALD AND OTHERS OF THEIR EXPERTS HAD

15:11   20    ADJUSTED DR. WESTERINK'S DATA SUCH AS TO SHIFT THE PEAK SURGE

15:11   21    TIME TO AROUND 7:30.  PERHAPS I MISUNDERSTOOD.

15:11   22    A.   THAT'S WHAT IT APPEARS TO ME.  BECAUSE DR. EBERSOLE DID

15:11   23    NOT ACTUALLY RUN A SURGE MODEL, SO HIS SURGE INFORMATION IS

15:11   24    DERIVED FROM DR. WESTERINK.  BUT SINCE DR. WESTERINK'S MODEL

15:11   25    OUTPUT IS ADVANCED TWO HOURS AHEAD OF REALITY, HE AND DR. RESIO

| | | |
|---|---|---|
| 15:11 | 1 | HAVE CHOSEN TO SHIFT IT AN HOUR LATER, SO TO 7:30.  THAT STILL |
| 15:11 | 2 | DOESN'T COMPORT WITH REALITY, BUT IT'S AN HOUR CLOSER. |
| 15:11 | 3 | Q.   WELL, USING THE REALITY OF TWO HOURS TO FILL THE CWU, IF |
| 15:12 | 4 | THE PEAK SURGE WAS AT 7:30, WHEN WOULD YOU HAVE EXPECTED TO SEE |
| 15:12 | 5 | THAT SURGE COME ROLLING OVER THE TOP OF THE 40 ARPENT LEVEE -- |
| 15:12 | 6 | A.   IT WOULD BE -- |
| 15:12 | 7 | Q.   -- IF IT WASN'T 8:35 LIKE THE TV CAMERA SHOWED? |
| 15:12 | 8 | A.   IT WOULD BE AT 9:30. |
| 15:12 | 9 | Q.   BUT THAT'S NOT REALITY. |
| 15:12 | 10 | A.   WAIT.  I'M SORRY.  I'M CONFUSED HERE.  THE ACTUAL SURGE IS |
| 15:12 | 11 | COMING ACROSS THE 40 ARPENT LEVEE -- |
| 15:12 | 12 | THE COURT:  AT 7:30. |
| 15:12 | 13 | THE WITNESS:  NO, AT 8:30.  AT 8:30. |
| 15:12 | 14 | THE COURT:  I KNOW, BUT HE IS SAYING IF THE PEAK |
| 15:12 | 15 | SURGE WERE AT 7:30 -- |
| 15:12 | 16 | THE WITNESS:  IT WOULD COME AT 7:30. |
| 15:12 | 17 | THE COURT:  -- IT WOULD THEN START TO, YOU SAY, FILL |
| 15:12 | 18 | UP?  WHAT WAS YOUR QUESTION? |
| 15:12 | 19 | MR. ROY:  THAT'S IT, YOUR HONOR.  THAT'S IT. |
| 15:12 | 20 | BY MR. ROY: |
| 15:12 | 21 | Q.   DR. KEMP, LISTEN.  IF THE PEAK SURGE IS, IN FACT, AT 7:30, |
| 15:12 | 22 | IF THAT WERE IT, WHEN WOULD YOU HAVE EXPECTED TO SEE THE WATER |
| 15:13 | 23 | STARTING TO COME OVER THE 40 ARPENT LEVEE? |
| 15:13 | 24 | A.   THE ANSWER IS 7:30 BECAUSE IT WOULD BE SYNCHRONOUS WITH |
| 15:13 | 25 | THE PEAK SURGE. |

15:13   1          **THE COURT:**  LET ME ASK YOU A QUESTION.  WE ARE USING
15:13   2   WHAT YOU HAVE STATED ARE REALITY POINTS TO SEE HOW WELL YOUR
15:13   3   MODEL COMPORTED WITH REALITY AND OTHERS.  THERE'S A TWO-HOUR
15:13   4   DIFFERENTIAL, I UNDERSTAND, BETWEEN YOUR TEAM'S OPINION
15:13   5   AND DR. WESTERINK; IS THAT CORRECT?
15:13   6          **THE WITNESS:**  WELL, THERE IS A TWO-HOUR DIFFERENCE
15:13   7   BETWEEN WHAT THE LOCK MASTER SAW AND WHAT DR. WESTERINK
15:13   8   PREDICTED.
15:13   9          **THE COURT:**  I GUESS I WILL ASK YOU:  WHAT IS YOUR
15:13   10  MODEL?  DOES YOUR MODEL COINCIDE WITH WHAT THE LOCK MASTER
15:13   11  SAID?
15:13   12         **THE WITNESS:**  IT DOES, WITHIN ABOUT TEN MINUTES.
15:13   13         **THE COURT:**  MY QUESTION IS WOULD THAT BE THE CASE --
15:13   14  ALTHOUGH THE PEAK SURGE DID NOT REACH ALL POINTS INVOLVED IN
15:14   15  THIS LAWSUIT AT THE SAME TIME, IF WE ACCEPT THIS PREMISE AS
15:14   16  TRUE, IT WOULD BE A TWO-HOUR DIFFERENTIAL AT ALL POINTS?
15:14   17         **THE WITNESS:**  THAT'S CORRECT.
15:14   18         **THE COURT:**  JUST TO GET IT ON THE RECORD.
15:14   19  **BY MR. ROY:**
15:14   20  **Q.**   NOW, WHAT'S THE SIGNIFICANCE, DR. KEMP?  IS THE
15:14   21  SIGNIFICANCE BECAUSE THEIR THEORY OF WHAT HAPPENED TO THE
15:14   22  REACH 2 LEVEES CAN ONLY HAPPEN, ACCORDING TO THEIR THEORY, NEAR
15:14   23  PEAK SURGE THROUGH OVERTOPPING?
15:14   24  **A.**   MY READING IS THAT THEY NEED AN EARLIER PEAK BECAUSE, FOR
15:14   25  THEM, OVERTOPPING IS THE PRIMARY MECHANISM; WHEREAS, FOR US, WE

| | | |
|---|---|---|
| 15:14 | 1 | CAN DESTROY THE LEVEES BEFORE WE GET TO PEAK BECAUSE WE |
| 15:14 | 2 | CONTEMPLATE THE IDEA OF FRONT-SIDE WAVE EROSION AS A MAJOR |
| 15:15 | 3 | DESTRUCTIVE FORCE, AND YOU HAVE HEARD A LOT ABOUT THAT FROM |
| 15:15 | 4 | DR. BEA. |
| 15:15 | 5 | Q.   USING PAGE 163 OF THE POWERPOINT, YOU HAVE TAKEN THE |
| 15:15 | 6 | REPORTED WESTERINK, RESIO, EBERSOLE, LOCK MASTER, AND OUR FINEL |
| 15:15 | 7 | PEAK SURGE AND CORRELATED WHERE THEY ARE TIME-WISE AND |
| 15:15 | 8 | HEIGHT-WISE; IS THAT RIGHT? |
| 15:15 | 9 | A.   THESE ARE TAKEN EXACTLY FROM -- FIRST OF ALL, THE DOTTED |
| 15:15 | 10 | BLACK LINE IS THE FINEL SCENARIO 1 TRACE.  THIS IS TIME ALONG |
| 15:15 | 11 | THE BOTTOM HERE.  THIS IS HEIGHT, NAVD88. |
| 15:15 | 12 | THE SECOND LINE YOU SEE HERE, THE THICK RED LINE IS |
| 15:15 | 13 | ACTUALLY THAT.  THAT IS WHAT THE LOCK MASTER SAW.  OKAY.  WE |
| 15:15 | 14 | HAVE CHANGED THE SCALE SOMEWHAT. |
| 15:15 | 15 | Q.   BUT THE DIFFERENCE BETWEEN WHAT THE LOCK MASTER SAW AT |
| 15:16 | 16 | THAT PRECISE TIME, 8:50, AND WHAT YOUR TESTING REVEALED IS THE |
| 15:16 | 17 | EFFECT OF THE BREACHING? |
| 15:16 | 18 | A.   THAT'S CORRECT.  NOW, DR. WESTERINK'S PREDICTION IS THIS |
| 15:16 | 19 | BLUE LINE, AND HE SHOWS A PEAK OF 13.6 FEET AT 6:35 A.M. |
| 15:16 | 20 | CENTRAL TIME.  DR. EBERSOLE REPORTS THAT THE PEAK HAS ACTUALLY |
| 15:16 | 21 | RISEN TO 14.2 FEET, WHICH HAPPENS TO CORRESPOND WITH WHAT THE |
| 15:16 | 22 | LOCK MASTER RECORDED, AND THE PEAK TIME IS AT 7:40.  SO IT'S |
| 15:16 | 23 | ALMOST EXACTLY AN HOUR LATER THAN WHAT THE UNDERLYING MODEL |
| 15:16 | 24 | RESULT WAS.  SO I CALL THAT THE EBERSOLE TIME ADJUSTMENT. |
| 15:16 | 25 | Q.   FROM WHAT YOU CAN TELL FROM THE EBERSOLE REPORTS, DID |

15:17    1  MR. EBERSOLE DO ANY ACTUAL TESTING/MODELING HIMSELF?

15:17    2  **A.**    MY UNDERSTANDING IS THAT ALL OF HIS MODELING RESULTS ARE

15:17    3  DERIVED FROM DR. WESTERINK.

15:17    4  **Q.**    HE JUST ADJUSTED THEM?

15:17    5  **A.**    APPARENTLY.

15:17    6  **Q.**    NOW, DR. VRIJLING, IN HIS REPORTS AND TESTIMONY, SHOWED

15:17    7  THE COURT, AS YOU DID IN YOUR REPORT -- ESPECIALLY CHAPTER 5,

15:17    8  PX-91 -- VARIOUS MODEL RUNS:  SCENARIO 1, 2C, 3, AND OTHERS;

15:17    9  CORRECT?

15:17   10  **A.**    THAT'S CORRECT.

15:17   11  **Q.**    FOR THE GOVERNMENT'S THEORY TO WORK -- THAT IS,

15:17   12  OVERTOPPING ON REACH 2 ERODED THE BACK SIDE OF THE LEVEES,

15:17   13  THERE WAS NO COLLAPSE AND BREACH OF THE LEVEES FROM FRONT-SIDE

15:18   14  ATTACK AS DR. BEA SAYS -- FOR THE GOVERNMENT THEORY TO WORK,

15:18   15  THE COURT WOULD HAVE TO ACCEPT THAT PEAK SURGE WAS AT OR BEFORE

15:18   16  7:30 A.M. INSTEAD OF 8:50.  IS THAT RIGHT?

15:18   17  **A.**    THAT IS CORRECT.

15:18   18  **Q.**    WHY?

15:18   19  **A.**    WELL, THEY DON'T REALLY HAVE AVAILABLE TO THEM THE

15:18   20  FRONT-SIDE EROSION MECHANISM.  IT'S JUST THEY -- WE HAVE TWO

15:18   21  MECHANISMS; THAT IS, FRONT-SIDE EROSION AND OVERTOPPING.  THEY

15:18   22  HAVE ONLY ONE.

15:18   23  **Q.**    WELL, LET'S TALK ABOUT WAVES BECAUSE YOU KEEP --

15:18   24         **THE COURT:**  BEFORE YOU GET TO WAVES, DO THE VARIOUS

15:18   25  EXPERTS AGREE -- THERE'S DISAGREEMENT AS TO WHEN THE SURGE

| | | |
|---|---|---|
| 15:18 | 1 | PEAKED.  IS THERE AGREEMENT AMONG THE EXPERTS IN GENERAL -- |
| 15:19 | 2 | PLEASE TELL ME IF THERE ISN'T -- AS TO THE DURATION OF THE |
| 15:19 | 3 | SURGE? |
| 15:19 | 4 | **THE WITNESS:**  WHEN WE TALK ABOUT DURATION ABOVE A |
| 15:19 | 5 | CERTAIN EXCEEDANCE LEVEL, WE HAVE DIFFERENT UNDERSTANDINGS OF |
| 15:19 | 6 | THAT.  OF COURSE, THE DEFENDANT'S EXPERTS ALSO DON'T AGREE ON |
| 15:19 | 7 | THE HEIGHT OF THE SURGE EITHER, BUT -- |
| 15:19 | 8 | **THE COURT:**  THERE ARE DIFFERENCES RELATED TO HOW LONG |
| 15:19 | 9 | THE SURGE MAINTAINED A CERTAIN LEVEL? |
| 15:19 | 10 | **THE WITNESS:**  THAT'S RIGHT.  YOU CAN SEE WE DIDN'T |
| 15:19 | 11 | PLOT THE WHOLE CURVE HERE, BUT YOU CAN SEE THAT THERE ARE |
| 15:19 | 12 | DIFFERENCES HERE.  WE'RE COMING UP AND -- ACTUALLY, THEY SEEM |
| 15:19 | 13 | TO COME TOGETHER FAIRLY WELL, BUT DR. WESTERINK ALSO HAD A |
| 15:19 | 14 | SECONDARY SURGE THAT OCCURRED ABOUT THREE OR FOUR HOURS AFTER |
| 15:20 | 15 | THE MAIN SURGE. |
| 15:20 | 16 | **THE COURT:**  IF YOU DON'T FEEL COMFORTABLE ANSWERING A |
| 15:20 | 17 | QUESTION, YOU CAN CERTAINLY TELL ME SO.  DOES THE TIME OF THE |
| 15:20 | 18 | SURGE -- PRETERMITTING THE FRONT-SIDE EROSION, BACK-SIDE |
| 15:20 | 19 | EROSION, TENSION -- HAVE AN EFFECT ON WHETHER THERE WAS |
| 15:20 | 20 | SUFFICIENT TIME, SUFFICIENT OVERTOPPING, SO THAT ULTIMATELY THE |
| 15:20 | 21 | 40 ARPENT WAS OVERTOPPED? |
| 15:20 | 22 | **THE WITNESS:**  VERY DEFINITELY. |
| 15:20 | 23 | **THE COURT:**  WELL, COULD YOU ELABORATE ON THAT A |
| 15:20 | 24 | LITTLE BIT. |
| 15:20 | 25 | **THE WITNESS:**  I GUESS I WOULD HAVE TO TALK ABOUT |

FINAL DAILY COPY

15:20   1   ANOTHER MODEL, WHICH IS THE POLDER FLOODING MODEL.

15:20   2         **THE COURT:**  YOU MAY BE GETTING INTO THAT, MR. ROY.  I

15:20   3   DON'T KNOW IF YOU ARE OR NOT.

15:20   4         **MR. ROY:**  I THINK WE DO GET THERE, YOUR HONOR.

15:20   5         **THE COURT:**  WELL, I'LL WAIT UNTIL YOU GET THERE.

15:20   6   **BY MR. ROY:**

15:20   7   **Q.**   LET'S TURN TO WAVES, DR. KEMP.  IPET GOT THE WAVE PERIODS

15:21   8   AND HEIGHTS WRONG, AND ILIT RELIED ON IPET FOR THAT; RIGHT?

15:21   9   **A.**   UNTIL DR. VRIJLING AND HIS TEAM RAN SWAN AS PART OF THIS

15:21   10   INVESTIGATION, THE WAVE CLIMATE IN LAKE BORGNE WAS COMPLETELY

15:21   11   MISUNDERSTOOD, AND THE RESULTS THAT WERE -- OR THE INFORMATION

15:21   12   REPORTED IN IPET WAS COMPLETELY WRONG.

15:21   13   **Q.**   THE IPET REPORT, OF COURSE, INCLUDED MANY OF THE SAME

15:21   14   CORPS EXPERTS THAT ARE GOING TO TESTIFY DURING THE DEFENSE

15:21   15   PORTION OF THE CASE; CORRECT?

15:21   16   **A.**   THAT'S CORRECT.

15:21   17   **Q.**   THE MAGNITUDE OF THE WAVES REFLECTED IN IPET WAS HALF OF

15:21   18   WHAT IT SHOULD BE AS TO THE PERIOD.  THEY SAID THE WAVES WERE

15:21   19   THREE TIMES WHAT THEY REALLY WERE, 15-, 16-SECOND WAVE PERIODS;

15:21   20   RIGHT?

15:21   21   **A.**   THAT'S RIGHT.  THEY SAID THAT THE WAVES IN LAKE BORGNE

15:22   22   WERE ESSENTIALLY SWELL WAVES COMING FROM OFFSHORE.  SWELL WAVES

15:22   23   HAVE PERIODS IN EXCESS OF 10 SECONDS.  WHAT WE ENDED UP FINDING

15:22   24   OUT WAS THAT THE WAVES IN THE SOUTHERN PART OF LAKE BORGNE

15:22   25   ACTUALLY GENERATED IN LAKE BORGNE AND WERE LOCALLY GENERATED

15:22    1    SEAS.

15:22    2    Q.    THE BOTTOM LINE IS IPET AND ILIT FOUND LONGER AND SHORTER,

15:22    3    LESS-ENERGIZED WAVES THAN KATRINA REALITY PROVEN BY YOUR

15:22    4    TESTING?

15:22    5    A.    OKAY.  THAT'S A HARD -- I WOULD PUT IT DIFFERENTLY.

15:22    6    Q.    PUT IT HOWEVER IT SHOULD -- I'M SORRY.

15:22    7              THE WITNESS:  JUDGE, DID YOU HAVE A QUESTION?

15:22    8              THE COURT:  I JUST DIDN'T UNDERSTAND THE LONGER,

15:22    9    SHORTER, ENERGIZED WAVES.

15:22    10             THE WITNESS:  WELL, I HAD A LITTLE DIFFICULTY WITH

15:22    11   THAT TOO.

15:22    12   BY MR. ROY:

15:22    13   Q.    LONGER IN WAVELENGTH?

15:22    14   A.    OKAY.  LONGER IN WAVELENGTH, CORRECT.

15:22    15   Q.    LONGER WAVE --

15:22    16   A.    OBVIOUSLY, 15 SECONDS -- REMEMBER, WE ARE TALKING ABOUT

15:22    17   THE TIME THAT IT TAKES A WAVE CREST TO GO PAST A POST, LET'S

15:22    18   SAY, ON THE BEACH OR HOW OFTEN THE WAVES ARE BREAKING ON THE

15:23    19   BEACH.  THAT'S EVERY 15 SECONDS.  WE ARE TALKING ABOUT WAVES

15:23    20   THAT WERE GENERATED ACTUALLY WELL OFFSHORE THAT HAVE TRAVELED

15:23    21   INTO THE AREA.

15:23    22             WHEN THE SQUALL COMES UP AND THE THUNDERSTORM COMES

15:23    23   THROUGH, WHAT YOU SEE ARE WAVES THAT ARE 3, 4 SECONDS.  THOSE

15:23    24   ARE LOCALLY GENERATED SEAS.  MAYBE I'M MISSING SOMETHING.

15:23    25   Q.    WELL, LET ME TRY AGAIN.

                              FINAL DAILY COPY

15:23    1           **THE COURT:**  ARE YOU SAYING -- I NEED TO UNDERSTAND

15:23    2    IT.  ARE YOU SAYING THAT THERE'S A DIFFERENCE IN THE HEIGHT OF

15:23    3    THE WAVE -- I DON'T KNOW IF YOU WANT TO USE THE TERM

15:23    4    *SIGNIFICANT WAVE* OR NOT -- AND THE INTERVAL BETWEEN THE WAVES?

15:23    5           **THE WITNESS:**  BOTH THOSE THINGS ARE VERY DIFFERENT

15:23    6    FROM THE IPET REPORT TO ANY STUDY THAT'S BEEN DONE IN THIS

15:23    7    REPORT.

15:23    8                 NOW, THAT'S NOT RELEVANT, NECESSARILY, TO ME

15:23    9    BECAUSE THE GOVERNMENT'S EXPERTS HAVE AGREED WITH US ON THAT AT

15:24   10    THIS POINT.  BUT WHAT I'M SAYING IS THAT WE, WHEN WE WERE DOING

15:24   11    TEAM LOUISIANA -- I SHOULD SAY I, WHEN I WAS DOING TEAM

15:24   12    LOUISIANA, WE WERE MISLED BY THE BELIEF THAT THERE WERE

15:24   13    15-SECOND WAVES IN THIS AREA, WHICH WOULD HAVE CHANGED VERY

15:24   14    MUCH OUR PERCEPTION OF ERODIBILITY ON THE LEVEES.

15:24   15           **THE COURT:**  THE LESS THE TIME INTERVAL BETWEEN THE

15:24   16    WAVES, THE MORE EROSION?

15:24   17           **THE WITNESS:**  THE LESS THE TIME INTERVAL, THE MORE

15:24   18    THE CYCLES, WHICH IN DR. BEA'S FATIGUE MODELS ARE VERY

15:24   19    IMPORTANT.  SO IT'S THE NUMBER OF HAMMER HITS EVERY MINUTE.

15:24   20           **THE COURT:**  SO WAS I CORRECT IN SAYING --

15:24   21           **THE WITNESS:**  YOU WERE CORRECT.

15:24   22           **THE COURT:**  AND IT'S DUE TO THE CYCLES?

15:24   23           **THE WITNESS:**  THE NUMBER OF CYCLES.

15:24   24    **BY MR. ROY:**

15:24   25    **Q.**   WHAT IPET AND ILIT DESCRIBED AS THE LAKE BORGNE WAVES

15:25    1    COMING INTO, EFFECTIVELY, THE REACH 2 AREA WERE BASICALLY LONG,

15:25    2    ROLLING WAVES THAT HAVE LESS ENERGY AND IMPACT THAN 4- AND

15:25    3    5-SECOND WAVES THAT HIT QUICKLY WITH FAR HIGHER ENERGY?

15:25    4    **A.**    THAT'S CORRECT.  THESE ARE DYING WAVES, ESSENTIALLY, AS

15:25    5    OPPOSED TO BUILDING WAVES.

15:25    6    **Q.**    THE SHORT WAVES ARE WHAT?

15:25    7    **A.**    THEY ARE LOCALLY GENERATED.  THEY ARE BUILDING UNDER THAT

15:25    8    90-MILE-AN-HOUR WINDS.

15:25    9    **Q.**    HIGH-ENERGY WAVES?

15:25   10    **A.**    OH, YES.

15:25   11    **Q.**    ALL RIGHT.  THE WAVE HEIGHT REPORTED THEN WAS ONE-THIRD OF

15:25   12    WHAT YOU AND THE DUTCH FOUND THEM TO BE?

15:25   13    **A.**    ACTUALLY, THE WAVE HEIGHT THAT I SAW IN IPET WAS 5 FEET,

15:25   14    AND WE ARE REPORTING 9-FOOT WAVES IN THE SAME AREA --

15:25   15    **Q.**    I STAND CORRECTED.

15:25   16    **A.**    -- SO NOT QUITE.

15:25   17    **Q.**    LET'S PULL UP PAGE 27 OF THE POWERPOINT.  LET'S QUICKLY GO

15:26   18    THROUGH THE CONCEPTS OF THE WAVE MODELING, WHAT YOU DID.  THEN

15:26   19    WE ARE GOING TO GO TO THE ACTUAL GRID AND SHOW HOW YOU WENT TWO

15:26   20    STEPS FURTHER WITH THE DUTCH THAN THE GOVERNMENT TEAMS DID.

15:26   21    **A.**    THAT'S RIGHT.  UNLIKE THE CIRCULATION MODELS THAT WE USED,

15:26   22    LIKE ADCIRC AND FINEL, WHICH HAVE THE ABILITY -- YOU CAN PUT A

15:26   23    LOT OF INTENSITY IN AREAS YOU ARE INTERESTED IN.  IN WAVE

15:26   24    MODELING YOU HAVE TO USE A REGULAR GRID, LIKE A PIECE OF GRAPH

15:26   25    PAPER.  SO YOU ARE ACTUALLY LOOKING AT WAVES ON A GRIDDED

15:26    1    SURFACE, AND THE GRID HAS TO BE THE SAME SIZE EVERYWHERE INSIDE

15:26    2    THE DOMAIN OF THE PALM.

15:26    3          THE ONLY WAY WE CAN CAPTURE WHAT'S HAPPENING WITH

15:26    4    WAVES AT A HIGH RESOLUTION IS TO PROGRESSIVELY NEST GRIDS

15:26    5    INSIDE EACH OTHER UNTIL WE COME DOWN TO THE RESOLUTION THAT IS

15:26    6    NECESSARY TO ANSWER THE QUESTIONS THAT WE NEED TO ANSWER.  SO

15:27    7    THE WAY THIS STARTS IS WE USE THE SURGE SURFACE GENERATED BY

15:27    8    THE -- IN THE CASE OF THE DEFENDANTS, THEY USED AN

15:27    9    ADCIRC-GENERATED SURFACE.  WE USED A FINEL-GENERATED SURFACE.

15:27   10    THEN WE RUN THE WINDS OVER THAT, AND WE DEVELOP A SPECTRAL

15:27   11    CHARACTERIZATION OF THE WAVES THAT ARE IN THAT AREA.

15:27   12    Q.   DR. KEMP, LET'S CUT TO THE CHASE.  GO TO PAGE 28 AND

15:27   13    EXPLAIN FOR THE JUDGE THIS CONCEPT OF NESTED GRIDS IN LANGUAGE

15:27   14    WE CAN UNDERSTAND.

15:27   15    A.   OKAY.  I'LL TRY.  HERE WE SEE A SERIES OF BOXES INSIDE

15:27   16    EACH OTHER.  MAYBE YOU CAN BLOW THAT UP SOME.  OKAY.

15:27   17          SO THIS IS WHERE WE TAKE WAVES FROM -- WE START THE

15:27   18    SAME PLACE THAT THE DEFENDANTS DO.  WE TAKE BOUNDARY CONDITIONS

15:28   19    FROM ANOTHER MODEL, WHICH EVERYBODY USES, THE OFFSHORE MODEL.

15:28   20    THEN WE USE THIS GRID FIRST.  THE NEXT TIME, WE USE THIS ONE.

15:28   21          IT'S KIND OF LIKE IF I WANTED TO READ WHATEVER THE

15:28   22    LEAD ATTORNEY ON THE DEFENDANT'S SIDE IS WRITING ON HIS TABLET,

15:28   23    I CAN'T SEE IT FROM HERE, SO I HAVE TO TAKE PROGRESSIVELY

15:28   24    SMALLER -- I HAVE TO GET CLOSER OVER TIME.

15:28   25          THIS BIG GRID MIGHT BE THE WHOLE COURTROOM HERE.

15:28    1    THIS SMALLER GRID MIGHT INCLUDE THE ATTORNEYS' TABLE AND MAYBE

15:28    2    OUT TO WHERE YOU ARE, JUDGE.  THEN THE NEXT GRID -- THAT'S THE

15:29    3    M GRID -- MIGHT REPRESENT TOP OF THEIR TABLE.  THEN THE F AND

15:29    4    THE G GRIDS HERE WOULD ALLOW ME TO NOT ONLY SEE THAT THEY HAVE

15:29    5    A PAD OF PAPER IN FRONT OF THEM BUT ALSO WHAT THEY SAYS ON IT.

15:29    6            THE COURT:  THIS MAY NOT BE AN APPROPRIATE ANALOGY,

15:29    7    BUT IS IT, IN A VERY SIMPLISTIC WAY, LIKE GETTING BETTER

15:29    8    RESOLUTION ON A CAMERA?  IS IT A QUESTION OF ACHIEVING BETTER

15:29    9    FOCUS BY FINE-TUNING THE GRID?

15:29   10            THE WITNESS:  YOU'RE JUST MORE ELOQUENT THAN I AM

15:29   11    ABOUT THIS.  IT'S HARD FOR ME TO EXPLAIN IT, BUT I THINK YOU

15:29   12    GRASP IT PERFECTLY.

15:29   13            IF YOU LOOK AT THE BOTTOM OF THAT PAGE, WE

15:29   14    ACTUALLY QUANTIFY THAT.  WHAT YOU SEE, THE LARGEST GRID, IF YOU

15:29   15    LOOK AT THE AREA -- OR, I'M SORRY, THE RESOLUTION HERE, YOU

15:29   16    WILL SEE THAT IT HAS A -- THE LENGTH ON EACH SIDE OF THAT GRID

15:30   17    IS 1,640 FEET, SO ABOUT A THIRD OF A MILE.  THEN THE NEXT ONE

15:30   18    IS 656 BY 656.

15:30   19            NOW, I CAN TELL YOU BECAUSE I HAVE DONE THE

15:30   20    CALCULATION THAT THE SMALLEST CELL SIDE IN THE A GRID IS ABOUT

15:30   21    70 ACRES.  IF I GO DOWN TO 656, THE SMALLEST CELL SIZE IS ABOUT

15:30   22    10 ACRES.  THEN THE NEXT STEP DOWN, THAT'S 3 ACRES.  OUR

15:30   23    FINEST-RESOLUTION GRID HAS A RESOLUTION OF A TENTH OF AN ACRE.

15:30   24    SO WE CAN SEE THINGS THAT ARE HAPPENING IN A GRID THAT IS

15:30   25    66 FEET ON EACH SIDE.

FINAL DAILY COPY

15:30   1           THE COURT:  WOULD THAT TECHNOLOGY BE AVAILABLE TO THE
15:30   2   DEFENDANT EXPERTS AS WELL?
15:30   3           THE WITNESS:  THIS IS AVAILABLE TO ANYONE DOING WAVE
15:30   4   MODELING.
15:30   5           THE COURT:  IS THERE ANY REASON WHY ONE WOULD USE --
15:31   6   I'M GOING TO USE SIMPLISTIC TERMS -- A LOW-RESOLUTION WAVE
15:31   7   MODEL RATHER THAN A HIGH-RESOLUTION WAVE MODEL?
15:31   8           THE WITNESS:  I CAN'T THINK OF ANY.
15:31   9           THE COURT:  OTHER THAN IT TAKES A LONGER TIME TO DO,
15:31   10  I'M CERTAIN -- BECAUSE YOU HAVE TO GO THROUGH MORE STEPS -- THE
15:31   11  HIGHER RESOLUTION?
15:31   12          THE WITNESS:  THAT'S CORRECT, YOUR HONOR.
15:31   13          THE COURT:  YOU WOULD HAVE TO HAVE MORE RUNS, ETC.
15:31   14          THE WITNESS:  AGAIN, IN THIS CASE, WE WERE INTERESTED
15:31   15  IN LOOKING SPECIFICALLY AT THE MRGO.  OKAY.  THE MRGO IS A
15:31   16  CHANNEL THAT HAD AN AUTHORIZED TOP WIDTH OF 650 FEET.  SO IF
15:31   17  OUR FINEST-RESOLUTION GRID HAS 656 FEET ON THE SIDE, WE ARE
15:31   18  GOING TO HAVE TO BE VERY LUCKY TO FIT ONE IN THAT FOOTPRINT.
15:31   19  SO WE DON'T WANT TO TAKE THAT CHANCE, BUT WE CAN PUT 10 OF OUR
15:31   20  SMALLER CELLS ACROSS THERE AND WE REALLY SEE WHAT'S HAPPENING.
15:32   21          BECAUSE WHEN YOU HAVE THESE LARGER CELLS, THEN
15:32   22  THE WAVE CHARACTERISTICS APPEAR TO JUMP FROM ONE TO THE NEXT
15:32   23  CELL, AND YOU DON'T ACTUALLY GET A SMOOTH SENSE OF WHAT'S GOING
15:32   24  ON.  HERE WE WERE PARTICULARLY INTERESTED IN LOOKING AT WAVE
15:32   25  REGENERATION IN THIS CHANNEL, SO WE HAD TO GET DOWN TO THAT

FINAL DAILY COPY

15:32    1    KIND OF RESOLUTION.

15:32    2    **BY MR. ROY:**

15:32    3    **Q.**   SO, DR. KEMP, I WANT TO MOVE OFF OF HERE, BUT BEFORE WE DO

15:32    4    THAT, I WANT TO GET ONE COMPARISON VERY CLEARLY MADE.  THE

15:32    5    GOVERNMENT, USING THE BIG BLACK LINE, YOUR BIG GRID -- IS THAT

15:32    6    YOUR A GRID?

15:32    7    **A.**   THE GRID THAT THEY USED WOULD CORRESPOND WITH THIS GREEN

15:32    8    LINE.  THAT'S THE C GRID FOR US.  THAT'S THE ONE THAT IS 656

15:32    9    FEET BY 656 FEET ON THE SIDE.

15:32    10   **Q.**   SO WHEN DEALING WITH RESIO REPORT 1, WHEN I TALKED TO HIM

15:33    11   ABOUT HIS STWAVE MODELING THAT HE USED AND WHATNOT, THE BASIC

15:33    12   COMPARISON IS THE GREEN BOX UP THERE?  I MEAN, NOT EXACTLY, BUT

15:33    13   CLOSE?

15:33    14   **A.**   IT'S QUITE CLOSE.

15:33    15   **Q.**   THEN THEY GO INTO ONE ELEVATION LOWER; IS THAT CORRECT?

15:33    16   **A.**   NO.  THAT IS THEIR MOST -- THAT'S THEIR HIGHEST.  THEY DO

15:33    17   THE FIRST TWO STEPS; THAT IS, THE BLACK BOX AND THE GREEN BOX.

15:33    18   THEY DON'T DO WHAT WE CALL THIS M GRID HERE, AND THE --

15:33    19            **THE COURT:**  I UNDERSTOOD YOUR QUESTION, SIR.  ONE

15:33    20   RESOLUTION LOWER THAN THE A GRID; IS THAT CORRECT?

15:33    21            **MR. ROY:**  YES, SIR.

15:33    22   **BY MR. ROY:**

15:33    23   **Q.**   SO THE BOTTOM LINE IS THE GOVERNMENT'S EXPERTS, WHEN THEY

15:33    24   ARE LOOKING AT WHAT'S HAPPENING OVER MRGO, ARE USING GRIDS THAT

15:34    25   ARE OVER 600 FEET ON THE SIDE AS REPORTED IN THEIR REPORTS; IS

| | | |
|---|---|---|
| 15:34 | 1 | THAT CORRECT? |
| 15:34 | 2 | **A.**   THAT'S CORRECT. |
| 15:34 | 3 | **Q.**   THE RESULT IS YOU HAVE LOSS OF RESOLUTION, LOSS OF |
| 15:34 | 4 | DEFINITION OF THE MRGO AND, IN FACT, CANNOT ARTICULATE AND |
| 15:34 | 5 | IDENTIFY IT LIKE YOU DO AND THE DUTCH DO.  WE JUMP DOWN TO |
| 15:34 | 6 | THESE NEXT TWO LEVELS EXAMINING RIGHT ON IT OR, LIKE YOU SAID, |
| 15:34 | 7 | STANDING ON MR. SMITH'S SHOULDER, EFFECTIVELY, AND READING HIS |
| 15:34 | 8 | TABLET.  THAT'S THE MRGO? |
| 15:34 | 9 | **A.**   THAT'S RIGHT. |
| 15:34 | 10 | **Q.**   ALL RIGHT.  IS SMALLER BETTER WHEN YOU ARE TALKING ABOUT |
| 15:34 | 11 | GRIDS? |
| 15:34 | 12 | **A.**   NO, MR. ROY, SMALLER IS NOT BETTER IN WAVE MODELING IN |
| 15:34 | 13 | GRIDS, NO. |
| 15:34 | 14 | WAIT.  I'M SORRY.  ASK THE QUESTION AGAIN, PLEASE, |
| 15:34 | 15 | SIR. |
| 15:34 | 16 | **Q.**   SMALLER GRIDS ARE BETTER THAN BIGGER GRIDS? |
| 15:34 | 17 | **A.**   ABSOLUTELY. |
| 15:34 | 18 | **THE COURT:**  I'VE GOT THE PICTURE. |
| 15:34 | 19 | **THE WITNESS:**  I THINK I MISSED IT. |
| 15:34 | 20 | **THE COURT:**  IT'S IN FINE RESOLUTION. |
| 15:34 | 21 | **BY MR. ROY:** |
| 15:34 | 22 | **Q.**   LET'S GO TO PAGE 29 FOR THE POWERPOINT.  THIS IS THE |
| 15:35 | 23 | FINEST RESOLUTION OF YOUR FINEL.  YOU ARE DOWN TO -- GO AHEAD. |
| 15:35 | 24 | **A.**   ACTUALLY, THIS IS OUR FINE-RESOLUTION SWAN GRID, THE F AND |
| 15:35 | 25 | THE G GRIDS, DESIGNED TO LOOK SPECIFICALLY AT WAVE |

15:35   1   TRANSFORMATION IN THE MRGO AND GIWW CHANNELS.

15:35   2   **Q.**   THE GRID SIZE IN THESE IS WHAT?

15:35   3   **A.**   A TENTH OF AN ACRE, 66 FEET BY 66 FEET.

15:35   4   **Q.**   NOW, IN THE SLIDE NUMBERED 6 AND THE SLIDE NUMBERED 2 --

15:35   5           **MR. ROY:**   BY THE WAY, YOUR HONOR, THE POWERPOINT

15:35   6   IDENTIFIES ON THE RIGHT WHAT PAGE -- ALMOST ALL OF THESE ARE

15:35   7   CROSS-REFERENCED TO THE ACTUAL EXHIBITS -- I MEAN, ACTUAL

15:35   8   REPORT DATES AND PAGE NUMBERS AND FIGURE NUMBERS.

15:35   9   **BY MR. ROY:**

15:35  10   **Q.**   SO WHAT ARE WE LOOKING AT THERE?

15:35  11   **A.**   FIRST OF ALL, WHAT YOU'RE LOOKING AT IS THE UNDERLYING

15:35  12   BATHYMETRY.  SO THE REDDER, THE BROWNER COLORS ARE HIGHER, AND

15:36  13   THE BLUE COLOR IN THE CHANNEL IS LOWER.

15:36  14           OKAY.  WHAT YOU WILL SEE ON EACH OF THESE CASES --

15:36  15   AND DR. VRIJLING DID THIS AT OUR REQUEST.  HE PUT A TRANSECT OF

15:36  16   POINTS ACROSS THE CHANNEL TO ALLOW US TO UNDERSTAND WHAT WAS

15:36  17   HAPPENING AS THE WAVES CAME OUT OF LAKE BORGNE, CROSSED THE

15:36  18   MARSH, AND THEN MOVED INTO THE CHANNEL.

15:36  19           THIS POINT AT THE MIDPOINT OF THE CHANNEL IS ACTUALLY

15:36  20   WHERE MY JOB IS DONE.  I HAND THE WAVE AND SURGE INFORMATION TO

15:36  21   DR. BEA AT THAT POINT, AND THEN HE RUNS HIS NONLINEAR MODELS UP

15:36  22   ON THE LEVEE AND THE FORESHORE THERE.

15:36  23           WAVES ARE WELL CHARACTERIZED OUT IN THIS AREA, BUT

15:37  24   WHEN WE GET INTO -- BY SWAN, BUT WHEN WE GET INTO THIS VERY

15:37  25   STEEPLY SLOPING ENVIRONMENT ON THE FORESHORE AND FACE OF THE

| | | |
|---|---|---|
| 15:37 | 1 | LEVEE, THEN THE WAVE ACTUALLY MOVES FROM A WAVE OF TRANSLATION, |
| 15:37 | 2 | WHERE THE FORM MOVES BUT THE WATER DOESN'T, TO A WAVE THAT'S |
| 15:37 | 3 | ACTUALLY TRANSPORTING WATER. |
| 15:37 | 4 | SO THAT'S SOMETHING THAT I WAS INTERESTED IN BECAUSE |
| 15:37 | 5 | I STUDIED IT FOR MY DISSERTATION, BUT IT MAY BE OF LESS |
| 15:37 | 6 | INTEREST TO OTHERS. |
| 15:37 | 7 | Q.   SO BEFORE WE GO TO THE NEXT SLIDE, THE ACTUAL COMPARISON |
| 15:37 | 8 | OF A 60-BY-60 GRID LIKE YOU USED, THAT'S 3,600 SQUARE FEET; |
| 15:37 | 9 | COMPARED TO WHAT THE GOVERNMENT USED, WHICH IS A GRID OF |
| 15:37 | 10 | 430,000 SQUARE FEET.  RIGHT? |
| 15:38 | 11 | A.   THAT'S CORRECT. |
| 15:38 | 12 | Q.   THE DIFFERENCE OF YOUR GRID OF ONE-TENTH OF AN ACRE; THEIR |
| 15:38 | 13 | GRID OF 10 ACRES? |
| 15:38 | 14 | A.   YES.  A HUNDRED -- |
| 15:38 | 15 | Q.   LET'S LOOK AT PAGE 136. |
| 15:38 | 16 | THE COURT:  WHAT WAS THAT YOU WANTED TO SAY? |
| 15:38 | 17 | THE WITNESS:  I'M JUST SAYING .1 TO TENTHS, WE ARE |
| 15:38 | 18 | MOVING THE DECIMAL PLACE TO A HUNDRED TIMES. |
| 15:38 | 19 | THE COURT:  YES.  HE WANTED TO FINISH HIS ANSWER.  GO |
| 15:38 | 20 | AHEAD. |
| 15:38 | 21 | BY MR. ROY: |
| 15:38 | 22 | Q.   PAGE 136, CAN YOU EXPLAIN TO THE COURT WHAT WE ARE LOOKING |
| 15:38 | 23 | AT HERE. |
| 15:38 | 24 | A.   OKAY. |
| 15:38 | 25 | Q.   THIS IS DR. RESIO'S AND MR. EBERSOLE'S STUFF, IS IT NOT? |

| | | |
|---|---|---|
| 15:38 | 1 | **A.**   YES.   THIS IS ACTUALLY THEIR -- AGAIN, IT'S |
| 15:38 | 2 | 656-BY-656-FOOT RESOLUTION.  BUT, ACTUALLY, IT'S REASSURING TO |
| 15:38 | 3 | US BECAUSE IT REALLY SHOWS, IN GENERAL, THEY'RE SEEING NOW |
| 15:38 | 4 | WAVES THAT ARE QUITE DIFFERENT THAN WHAT IPET REPORTED. |
| 15:39 | 5 | THEY ARE NOW IN THE TOP PANEL.  THIS IS SIGNIFICANT |
| 15:39 | 6 | WAVE HEIGHT, THE AVERAGE OF THE HIGHEST ONE-THIRD WAVES. |
| 15:39 | 7 | THAT'S A STANDARD OUTPUT FOR A WAVE MODEL LIKE STWAVE OR SWAN. |
| 15:39 | 8 | THEY ARE ACTUALLY SEEING -- THE LARGEST WAVES IN THIS SOUTHERN, |
| 15:39 | 9 | SOUTHWESTERN LOBE OF LAKE BORGNE ARE NOW ABOUT 8 FEET. |
| 15:39 | 10 | IN TERMS OF THE PERIOD ON THE BOTTOM HERE, WE ARE NOW |
| 15:39 | 11 | SEEING 6 TO 7 SECONDS IN THIS AREA, AND THIS IS ESSENTIALLY |
| 15:39 | 12 | WHAT -- WE FOUND CLOSE TO THAT, SO WE ARE PRETTY HAPPY WITH |
| 15:39 | 13 | THAT. |
| 15:39 | 14 | **Q.**   WASN'T YOURS ACTUALLY BETWEEN 5 AND 6?  I DON'T RECALL. |
| 15:39 | 15 | **A.**   WELL, IT'S HARD TO TELL -- BECAUSE THE RESOLUTION IS SO |
| 15:39 | 16 | POOR -- EXACTLY WHERE WE MAKE THE COMPARISONS.  BUT THESE TWO |
| 15:40 | 17 | WAVE MODELS, STWAVE AND SWAN, ARE NOW REPORTING ESSENTIALLY THE |
| 15:40 | 18 | SAME KIND OF INFORMATION. |
| 15:40 | 19 | **Q.**   LET'S GO TO THE BLOWUP, PAGE 137 OF DR. RESIO AND |
| 15:40 | 20 | MR. EBERSOLE'S REPORT.  IS THE BLACK LINE BASICALLY THE EDGE |
| 15:40 | 21 | WHERE THE MRGO IS AND TO THE LEFT -- OR THE TOP LEFT OF THIS |
| 15:40 | 22 | SLIDE BEING WHERE LAKE BORGNE IS? |
| 15:40 | 23 | **A.**   YES.   THIS IS ACTUALLY LAKE BORGNE, THE SOUTHERN LOBE OF |
| 15:40 | 24 | LAKE BORGNE.  THIS IS A PROCTOR POINT OUT HERE. |
| 15:40 | 25 | **THE COURT:**  IF YOU COULD JUST BE A LITTLE SLOWER |

FINAL DAILY COPY

| 15:40 | 1 | THERE, SIR, PLEASE, TO ORIENT HER. |
| 15:40 | 2 | **THE WITNESS:**  THE DARK -- THE RED COLORS, WHICH ARE |
| 15:40 | 3 | LARGER WAVES, OCCUR IN THE WATER BODIES.  THE POINT OF THIS |
| 15:40 | 4 | SLIDE -- THERE ARE TWO LOBES OF LAKE BORGNE THAT ACTUALLY COME |
| 15:41 | 5 | CLOSE TO THE MRGO, WHICH IS RUNNING HERE WHERE I'M SHOWING. |
| 15:41 | 6 | YOU'LL NOTICE, IN THE MARSH, WAVE HEIGHTS ARE MUCH LOWER, AND |
| 15:41 | 7 | THAT'S TO BE EXPECTED. |
| 15:41 | 8 | BUT ALONG THE RIGHT-OF-WAY OF THE MRGO CHANNEL, |
| 15:41 | 9 | WHAT WE ENCOUNTER IS WHAT I HAVE CALLED IN MY REPORT "BEADS," |
| 15:41 | 10 | AND I'M TALKING ABOUT MY JANUARY 15 REPORT.  THESE ARE PLACES |
| 15:41 | 11 | WHERE IT LOOKS LIKE THE WAVE HEIGHT IS GOING UP AND DOWN.  THIS |
| 15:41 | 12 | IS REALLY JUST AN ARTIFACT OF TRYING TO PUT A DIAGONAL CHANNEL |
| 15:41 | 13 | INTO A SQUARE GRID WHERE THE CELLS ARE ABOUT THE SIZE OF THE |
| 15:41 | 14 | CHANNEL.  SO YOU GET A MORAIS (PHONETIC) EFFECT THERE. |
| 15:41 | 15 | **THE COURT:**  I DID READ THAT IN ONE OF YOUR REPORTS, |
| 15:41 | 16 | AND SEEING THE PICTURE HELPS ME UNDERSTAND IT A LITTLE BETTER. |
| 15:42 | 17 | **BY MR. ROY:** |
| 15:42 | 18 | **Q.**  SO, DR. KEMP, TO BE CLEAR HERE, WHERE I'M POINTING, THESE |
| 15:42 | 19 | RED DOTS THAT OCCUR, THESE ARE RED DOTS REFLECTED IN THE |
| 15:42 | 20 | GOVERNMENT'S STWAVE THAT REFLECT WAVE HEIGHTS OF HOW HIGH ON |
| 15:42 | 21 | THE MRGO IN THAT TEST? |
| 15:42 | 22 | **A.**  I BELIEVE IT'S AROUND 8 FEET.  YOU KNOW, WE WOULD HAVE TO |
| 15:42 | 23 | LOOK AT THE -- THE MAXIMUM IS AROUND 8 FEET.  OBVIOUSLY, THEY |
| 15:42 | 24 | ALSO REPORT 6 FEET AND 5 FEET BECAUSE IT'S GOING UP AND DOWN. |
| 15:42 | 25 | IF I WERE TRYING TO USE THIS FOR PASSING ALONG |

15:42    1    INFORMATION TO THE LEVEE-FACE MODEL, I WOULD USE THE HIGHEST

15:42    2    NUMBERS THAT COME OUT OF THIS AS MY STARTUP WAVES BECAUSE

15:43    3    THEY'RE PROBABLY THE ONES THAT HAVE MORE OF THE CHANNEL IN

15:43    4    THEM.  THE CELLS HAVE MORE OF THE CHANNEL IN THEM.

15:43    5    **Q.**   NOW, YOUR WAVE FIGURES CALCULATED WITH SWAN AND THE

15:43    6    HIGH-RESOLUTION SWAN, HOW HIGH DID YOU TELL US THEY WERE?

15:43    7    **A.**   BETWEEN 8 AND 9 FEET.

15:43    8    **Q.**   NOW, HOW DO YOU KNOW YOUR WAVE FIGURES ARE RIGHT --

15:43    9            **THE COURT:**  JUST TO GET A LOCATION, BETWEEN 8 AND

15:43   10    9 FEET WHERE, SIR?

15:43   11            **THE WITNESS:**  THIS IS IN THE MRGO CHANNEL.

15:43   12            **THE COURT:**  THIS WOULD BE, AS I WOULD CHARACTERIZE IT

15:43   13    HAVING TO DO WITH HIS TESTIMONY, AS THERE WAS T, D, AND L.

15:43   14    THIS WOULD BE D?  DO YOU KNOW WHAT I'M TALKING ABOUT?  YOU MAY

15:43   15    NOT HAVE SEEN THOSE EXHIBITS.  THIS WOULD BE, BASICALLY, IN THE

15:43   16    MID LEVEL OF THE CHANNEL?

15:43   17            **THE WITNESS:**  YES.  I ONLY LOOK AT THE WAVE IN THE

15:43   18    MID LEVEL BECAUSE THAT'S REALLY WHAT WE PASS ALONG TO THE

15:43   19    NEXT --

15:43   20            **THE COURT:**  RIGHT.  I UNDERSTAND.  I MAY HAVE

15:43   21    SOMETHING WRONG, MR. ROY, BUT THAT WOULD BE WHAT I WOULD

15:44   22    CONSIDER TO BE D, WHAT WE HAVE BEEN TALKING ABOUT IN THE

15:44   23    DIAGRAM --

15:44   24            **MR. ROY:**  IT'S THE MID LEVEL OF THE CHANNEL WIDTH BUT

15:44   25    ALL ALONG REACH 2.

| | | |
|---|---|---|
| 15:44 | 1 | **THE COURT:**  OH, I UNDERSTAND THAT. |
| 15:44 | 2 | **BY MR. ROY:** |
| 15:44 | 3 | **Q.**   THAT'S CORRECT, DR. KEMP? |
| 15:44 | 4 | **A.**   THE "D" IS ACTUALLY FOR "DEEP." |
| 15:44 | 5 | **THE COURT:**  THAT'S WHAT I FIGURED. |
| 15:44 | 6 | **BY MR. ROY:** |
| 15:44 | 7 | **Q.**   WELL, HOW DO YOU KNOW YOUR WAVE FIGURES PREDICTED AND |
| 15:44 | 8 | MODELED BY YOUR HIGH-RESOLUTION SWAN, ADDITIONAL TESTS AND |
| 15:44 | 9 | GRIDS THE GOVERNMENT DID NOT DO -- HOW DO YOU KNOW YOU AND THE |
| 15:44 | 10 | DUTCH ARE RIGHT AND THE GOVERNMENT IS WRONG? |
| 15:44 | 11 | **A.**   WELL, I THINK, ACTUALLY, WE AND THE GOVERNMENT ARE NOT -- |
| 15:44 | 12 | WE DON'T DIFFER TOO MUCH ON THIS, BUT I WILL SAY THAT BOTH -- |
| 15:44 | 13 | DURING KATRINA, THERE WERE NO WAVE MEASUREMENTS IN LAKE BORGNE, |
| 15:44 | 14 | BUT THERE WERE WAVE MEASUREMENTS IN LAKE PONTCHARTRAIN, WHICH |
| 15:44 | 15 | IS RIGHT NEXT-DOOR. |
| 15:44 | 16 | **Q.**   ALL RIGHT.  WHAT YOU'RE TELLING US IS YOU VALIDATED YOUR |
| 15:45 | 17 | TESTING ONCE AGAIN BASED UPON ACTUAL REALITY IN ANOTHER |
| 15:45 | 18 | GEOGRAPHIC LOCATION WHERE THERE WAS REAL, HARD DATA AND YOU |
| 15:45 | 19 | SAID, "THIS IS WHAT WE ACTUALLY SAW, AND SO WE OUGHT TO SEE |
| 15:45 | 20 | SOMETHING SIMILAR TO THAT ALONG REACH 2."  SO YOU LOOKED TO THE |
| 15:45 | 21 | LAKE PONTCHARTRAIN SOUTH SHORE REPORTED DATA DURING KATRINA. |
| 15:45 | 22 | RIGHT? |
| 15:45 | 23 | **A.**   THAT'S CORRECT. |
| 15:45 | 24 | **Q.**   LET'S PULL UP PAGE 30 AND 31 OF THE POWERPOINT, 30 FIRST. |
| 15:45 | 25 | IS THIS THE PAGE THAT CAN HELP YOU EXPLAIN THAT TO THE JUDGE? |

15:45  1   **A.**   SO THIS IS OUT OF THE IPET REPORT.  THEY ACTUALLY -- AND

15:45  2   THIS IS -- BECAUSE WE HAVE SO LITTLE GOOD OBSERVATIONAL DATA

15:45  3   FROM KATRINA, IT WAS WONDERFUL THAT THEY DEPLOYED TWO SMALL

15:45  4   WAVE-RIDING BUOYS THAT WOULD ACTUALLY ALLOW YOU TO MEASURE

15:46  5   WAVES ALONG THE SOUTH SHORE OF LAKE PONTCHARTRAIN.

15:46  6        WHAT WE ARE SEEING ON THE TOP PANEL HERE IS THE WAVE

15:46  7   HEIGHT -- AND THIS IS TIME ALONG THE BOTTOM -- MEASURED BY TWO

15:46  8   BUOYS.  THEY ARE GOING UP AND DOWN, AND THE BUOY -- AND THE

15:46  9   ACCELERATIONS ARE THEN CONVERTED INTO WAVE HEIGHT.  ON THIS

15:46  10  RIGHT GRAPH, WE SEE THE PERIOD.  SO THE PEAK WAVE HEIGHT HERE

15:46  11  IS AROUND 9 FEET, AND THE PEAK WAVE PERIOD HERE IS AROUND 6 1/2

15:46  12  TO 7.

15:46  13        SO WE ARE LOOKING FOR -- SINCE LAKE PONTCHARTRAIN IS

15:46  14  A SHALLOW LAKE, SIMILAR TO LAKE BORGNE, AND WE KNOW THE WAVES

15:46  15  ARE GENERATED INSIDE THE LAKE, WE WOULD EXPECT TO SEE SIMILAR

15:46  16  WAVES ALONG THE SOUTH SHORE OF LAKE BORGNE.  EVEN THOUGH IT'S A

15:47  17  LITTLE CLOSER TO THE EYE, YOU MIGHT HAVE SOME HIGHER WINDS, BUT

15:47  18  THESE WAVES ARE ALL LIMITED BY DEPTH.  SO WITH SIMILAR DEPTHS,

15:47  19  WE SHOULD SEE SIMILAR WAVES.

15:47  20  **Q.**   LET'S PULL UP 32 OF OUR POWERPOINT, WHICH IS PX-91 AT

15:47  21  PAGE 97.

15:47  22  **A.**   THIS IS ALSO FROM THE IPET REPORT.  I'M SORRY.  WE NEED TO

15:47  23  GO BACK ONE MORE.

15:47  24        THIS JUST SHOWS THAT WHEN THE CORPS RAN THEIR STWAVE

15:47  25  PROPERLY -- THAT IS, WITH A FULL PLANE, THAT IS, TO SEE

15:47    1    360 DEGREES -- THEY ACTUALLY WERE ABLE TO REPRODUCE THE -- THE

15:47    2    WAVE BUOYS WERE DOWN IN THIS AREA, AND WE ARE SEEING THE MODEL

15:47    3    PREDICTS 8-FOOT SEAS IN THIS AREA WITH A PERIOD OF 6 TO 7

15:47    4    SECONDS.

15:47    5    **Q.**    ACTUALLY, THAT'S 8-FOOT OR BETTER WAVES, ISN'T IT?

15:47    6    **A.**    THAT'S RIGHT, 8-FOOT OR HIGHER.  BUT THE CONTOUR THAT'S

15:48    7    SHOWN THERE, I BELIEVE, IS 8-FOOT.

15:48    8    **THE COURT:**  SO WHEN YOU SAY A FULL PLANE -- I'VE

15:48    9    NOTICED THAT IN THE REPORTS -- YOU MIGHT DESCRIBE FOR THE

15:48    10    RECORD WHAT A FULL PLANE IS.  P-L-A-N-E.

15:48    11    **THE WITNESS:**  YES.  P-L-A-N-E.  WHAT WE ARE TALKING

15:48    12    ABOUT THERE IS, IF WE DON'T KNOW THE DIRECTION THAT THE WAVES

15:48    13    ARE GOING TO COME FROM, THEN WE HAVE TO DO A MORE COMPREHENSIVE

15:48    14    ANALYSIS IN WHICH WE -- WHEN WE RUN THE WINDS OVER THE DOMAIN,

15:48    15    WE ALLOW WAVES TO BE GENERATED IN ALL DIRECTIONS.  OKAY.  SO WE

15:48    16    ARE NOT ASSUMING THAT WE ARE ONLY GOING TO LOOK AT WAVES COMING

15:48    17    FROM A CERTAIN DIRECTION.

15:48    18    IF WE HAVE ENOUGH INFORMATION ABOUT THE SYSTEM

15:48    19    THAT WE KNOW, FOR EXAMPLE, THAT -- LET'S SAY WE WERE MODELING

15:48    20    BEHIND AN INLET, AND WE KNEW THAT THE ONLY WAY THAT LARGE WAVES

15:48    21    COULD COME IN WAS THROUGH THE INLET, WE WOULD KNOW THE

15:48    22    DIRECTION THEY WERE COMING FROM, AND WE WOULD NOT HAVE TO

15:49    23    BOTHER WITH LOOKING AT WAVES GENERATED FROM ALL DIRECTIONS.

15:49    24    SO THIS IS THE WAY THEY DID IT HERE BECAUSE, IN

15:49    25    A HURRICANE WITH 90 MILE-AN-HOUR WINDS FLOWING AND CONSTANT

15:49  1   SHIFTING IN DIRECTION, WE CAN EXPECT TO SEE A VERY CONFUSED

15:49  2   SEA.  THAT MEANS IT'S COMPUTATIONALLY MUCH MORE DIFFICULT, AND

15:49  3   THE MODEL RUNS TAKE LONGER.  AGAIN, IT'S A MORE COMPREHENSIVE

15:49  4   APPROACH.

15:49  5          THE COURT:  TO YOUR KNOWLEDGE, HAS A FULL-PLANE MODEL

15:49  6   BEEN DONE ON THE MRGO BY THE GOVERNMENT --

15:49  7          THE WITNESS:  THE ANSWER IS YES, THEY MAY HAVE NOW.

15:49  8   THEY HAD NOT DONE IT, TO MY KNOWLEDGE, DURING IPET.  THEY MADE

15:49  9   A HALF-PLANE MODEL DURING IPET.

15:49  10          THE COURT:  DO YOUR FIGURES GENERALLY AGREE, THEN,

15:49  11   WHEN THEY USE A FULL-PLANE MODEL?

15:50  12          THE WITNESS:  THAT'S CORRECT.  SO WE ARE PRETTY MUCH

15:50  13   IN AGREEMENT NOW, NOW THAT THEY HAVE RUN IT IN THE FULL-PLANE

15:50  14   MODE.

15:50  15          THE COURT:  SO WHERE ARE THE DIFFERENCES FOR THE

15:50  16   COURT?  WHERE ARE THE DIFFERENCES VIS-À-VIS THE SWAN MODEL AND

15:50  17   WHATEVER MODEL THEY USED NOW, TO YOUR UNDERSTANDING, AS TO THE

15:50  18   WAVE FEATURES IMPACTING THE MRGO AND THE LEVEES ALONG THE MRGO?

15:50  19          THE WITNESS:  WE ALREADY TALKED ABOUT THE RESOLUTION.

15:50  20   OKAY.  WE HAVE MUCH BETTER RESOLUTION, SO WE CAN SAY --

15:50  21          THE COURT:  THERE'S NO NEW RESOLUTION, JUST FULL

15:50  22   PLANE.  I UNDERSTAND THAT.

15:50  23          THE WITNESS:  RIGHT.  NOW, THE OTHER FEATURE THAT WE

15:50  24   CAPTURE IS THAT WE ACTUALLY RAN THE SWAN OVERTOP OUR FINEL

15:50  25   SURFACE, WHICH WAS A LITTLE HIGHER THAN THEIR ADCIRC SURFACE.

FINAL DAILY COPY

15:50  1          **THE COURT:**  ALL RIGHT.  THEREFORE, BECAUSE OF THOSE

15:50  2  DIFFERENCES, DO YOU HAVE DIFFERENCES IN WAVE HEIGHT AND WAVE

15:51  3  FREQUENCY?

15:51  4          **THE WITNESS:**  WE HAVE A DIFFERENCE IN WAVE HEIGHT OF

15:51  5  PERHAPS A FOOT, SIGNIFICANT WAVE HEIGHT AT THE PEAK.

15:51  6          **THE COURT:**  YES.

15:51  7          **THE WITNESS:**  WE HAVE VIRTUALLY NO DIFFERENCES IN

15:51  8  TERMS OF PERIOD.  WE ARE SEEING PERIODS VERY SIMILAR TO WHAT

15:51  9  THEY ARE.

15:51  10         **THE COURT:**  SO IS THERE ANY OTHER DISAGREEMENT THAT

15:51  11  WOULD BE RELEVANT TO THE ULTIMATE DETERMINATION AS TO HOW THOSE

15:51  12  WAVES AFFECTED THE LEVEES?

15:51  13         **THE WITNESS:**  I WOULD SAY THE RESOLUTION THING IS NOT

15:51  14  TO BE OVERLOOKED BECAUSE WAVES ARE TRANSFORMING AS THEY COME

15:51  15  OUT OF LAKE BORGNE AND GO ACROSS THE MARSH AND THEN REBUILD.

15:51  16  WHEN THEY FIRST HIT THE AREA, IT MAY BE VERY SHALLOW, BUT

15:51  17  THERE'S NO VEGETATION.  THEY START TO BUILD IMMEDIATELY THERE.

15:51  18  THEN, AS SOON AS THE BOTTOM DROPS OUT AND THEY BECOME DEEPWATER

15:52  19  WAVES, THEY VERY QUICKLY RISE IN HEIGHT.  SO GETTING THAT

15:52  20  GEOMETRY RIGHT IS VERY IMPORTANT.

15:52  21         **MR. ROY:**  YOUR HONOR, THAT'S EXACTLY WHAT THE NEXT

15:52  22  TOPIC IS.  WE HAVE A FUNDAMENTAL DIFFERENCE WITH THE

15:52  23  GOVERNMENT'S EXPERTS ON THE NATURE AND EXTENT OF WAVE

15:52  24  REGENERATION OVER THE MRGO.  WE SAY IT'S SUBSTANTIAL, AN AMOUNT

15:52  25  OF A NUMBER OF FEET; THEY SAY IT'S DIMINIMUS.  SO THAT'S WHERE

15:52   1   WE ARE GOING NOW.

15:52   2           **MR. ROY:**  COULD WE PULL UP PAGE 32 OF THE POWERPOINT,

15:52   3   PLEASE.

15:52   4   **BY MR. ROY:**

15:52   5   **Q.**   NOW, DR. KEMP, THIS IS ANOTHER EXAMPLE OF THREE GRIDS OF

15:52   6   THE SWAN; IS THAT RIGHT?

15:52   7   **A.**   THAT'S RIGHT.  WE HAVE PIECES HERE OF THE M GRID AND THE

15:52   8   MORE DETAILED F AND G GRIDS.  THEY'RE MERGED TOGETHER TO SHOW

15:53   9   THE EFFECT ALONG MRGO.

15:53   10  **Q.**   USING THE SCALING ON THE RIGHT, CONFIRMED 7- TO 8-FOOT

15:53   11  WAVES, WITH A 4- TO 5-SECOND RANGE ON MRGO -- IS THAT RIGHT?

15:53   12  **A.**   OKAY.  LET ME FIRST -- THESE ARE AT DIFFERENT TIMES,

15:53   13  SEPARATED BY AN HOUR.  SO IT'S 6:00, 7:00, 8:00, 9:00.

15:53   14  **Q.**   FOR THE PURPOSE OF THE RECORD, DR. KEMP, LET'S START OVER

15:53   15  AGAIN.  THE TOP LEFT IS WHAT TIME?

15:53   16  **A.**   IT'S AT 6:00 ON AUGUST 29.

15:53   17  **Q.**   WHICH ONE IS THE NEXT ONE YOU WANT TO GO TO, THE TOP

15:53   18  RIGHT?

15:53   19  **A.**   THE TOP RIGHT.

15:53   20  **Q.**   THE TOP RIGHT IS WHAT TIME?

15:53   21  **A.**   IT'S AT 7:00.

15:53   22  **Q.**   IN THE MORNING?

15:53   23  **A.**   THAT'S RIGHT.

15:53   24  **Q.**   THE NEXT ONE YOU WANT TO GO TO, BOTTOM LEFT?

15:53   25  **A.**   THE BOTTOM LEFT IS VERY CLOSE TO PEAK, AND THAT'S AT 8:00.

15:53    1    **Q.**    AND THE BOTTOM RIGHT?

15:53    2    **A.**    IS AT 9:00.

15:53    3    **Q.**    A.M. ON THE MORNING KATRINA HIT?

15:53    4    **A.**    RIGHT.  WHAT YOU SEE HERE IS YOU SEE ARROWS.  THAT'S

15:53    5    DESIGNATING THE WIND DIRECTIONS.  THEN YOU SEE DIFFERENT SHADES

15:54    6    THAT ARE DENOTED ON THIS SCALE.  IN EACH CASE THE SCALE IS THE

15:54    7    SAME, EXTENDING UP TO IN EXCESS OF 9 FEET.  THE BROWN IS

15:54    8    9 FEET; THE REDDISH COLOR -- THE RED COLOR IS BETWEEN 8 AND

15:54    9    9 FEET; AND THEN ORANGE IS BETWEEN 6 AND 7.

15:54   10    **Q.**    LOOKING AT THE TOP LEFT, 6:00 A.M., APPROXIMATELY, THE DAY

15:54   11    HURRICANE KATRINA IMPACTED THIS AREA -- LOOKING AT THE TOP LEFT

15:54   12    OF THE SWAN MODEL, WHAT DOES IT SHOW AT 6:00 A.M. THE WAVE

15:54   13    HEIGHTS TO BE IN LAKE BORGNE?

15:54   14    **A.**    I THINK WE CAN BLOW THAT UP THERE.

15:54   15    **Q.**    IS THAT 8, 9 FEET IN PLACES?

15:54   16    **A.**    IN LAKE BORGNE, WE ARE UP TO JUST UNDER 9 FEET IN HERE.

15:54   17    BUT IN THE MRGO CHANNEL, YOU CAN SEE THAT THE WETLANDS HERE ARE

15:55   18    KNOCKING THE WAVES DOWN, AND THEY'RE DOWN IN THE RANGE OF 4 TO

15:55   19    5 FEET HERE.

15:55   20          BUT UNDER THE EFFECTS OF THESE, IN THIS CASE,

15:55   21    PROBABLY ABOUT 70-MILE-AN-HOUR WINDS, YOU CAN SEE AS THE WAVES

15:55   22    CROSS INTO -- LEAVE THE WETLANDS AND GET INTO DEEPER WATER,

15:55   23    THEN THEY GROW AGAIN.  IN THIS CASE THE TANNISH COLOR IS

15:55   24    BETWEEN 6 AND 7 FEET, AND THEN WE SEE PLACES IN HERE WHERE IT

15:55   25    HAS GOTTEN MORE RED.  THAT'S BETWEEN 7 AND 8 FEET.  SO BY

FINAL DAILY COPY

15:55   1   6:00 -- THAT'S ABOUT 2 1/2 HOURS BEFORE THE PEAK SURGE -- WE

15:55   2   HAVE 6- TO 7-FOOT WAVES IN THE MRGO CHANNEL, VERY SIMILAR TO

15:55   3   WHAT WE HAVE IN THE SOUTHERN PART OF LAKE BORGNE.

15:55   4   **Q.**   SO WHAT WE ARE OBSERVING HERE AT 6:00 IN THE MORNING IS A

15:55   5   PHENOMENON THAT'S VERY SIMILAR TO WHAT WE SEE OFF THE BEACH,

15:56   6   AND THAT IS WHERE THERE'S A SANDBAR -- A DIFFERENT-PERIOD WAVE

15:56   7   PERHAPS, BUT THE WAVE IS COMING IN FROM OFFSHORE.  IT GETS OVER

15:56   8   THE SANDBAR THAT'S MAYBE A FEW FEET DEEP, THE WAVE DROPS, AND

15:56   9   THEN IT COMES IN.  OVER THE REMAINING FEW HUNDRED FEET TO

15:56  10  SHORE, IT POPS BACK UP WITH THE INTENSITY THAT IT HITS THE

15:56  11  SHORE.  IS THAT THE REGENERATION CONCEPT YOU'RE TALKING ABOUT?

15:56  12  **A.**   YES.  THE ONLY THING THAT I WOULD ADD IS THAT THAT WILL

15:56  13  ONLY OCCUR IF THERE'S A STIFF WIND BLOWING BECAUSE THE

15:56  14  REGENERATING AGENT IS REALLY THE STRESS ASSOCIATED WITH THE

15:56  15  WIND.

15:56  16  **Q.**   WELL, PUTTING IT DIFFERENTLY, BECAUSE THESE WAVES COMING

15:56  17  OFF OF LAKE BORGNE AT THAT TIME WERE LOCALLY GENERATED,

15:56  18  HIGH-ENERGY, LOW-PERIOD WAVES, THEY WOULD COME OVER THE

15:56  19  MARSH -- WHICH IS ANALOGOUS TO THAT SANDBAR?

15:56  20  **A.**   IT IS.

15:56  21  **Q.**   THEY WOULD DROP DOWN FROM THE 8- TO 9-FOOT RANGE DOWN INTO

15:56  22  THE 4-FOOT RANGE OR SO.  THEN WHEN THEY HIT THE MRGO, BECAUSE

15:57  23  OF THE ENERGY, THE KINETIC ENERGY, THEY SPRING BACK UP --

15:57  24  **A.**   THAT'S RIGHT.

15:57  25  **Q.**   -- AND THEN RACE ACROSS THE CHANNEL AND HIT THE LEVEES.

15:57   1  RIGHT?

15:57   2  **A.**   YEAH.  I WOULD PUT IT A LITTLE DIFFERENTLY IF YOU WILL

15:57   3  INDULGE ME.

15:57   4  **Q.**   ABSOLUTELY.

15:57   5  **A.**   WHAT I SAY IS ALL ACROSS HERE WE HAVE, YOU KNOW, 70 TO

15:57   6  80-MILE-AN-HOUR WINDS.  SO THERE'S A LOT OF ENERGY BEING PUT

15:57   7  INTO THE WATER ALL THROUGH HERE.  WHAT CHANGES IS THE AMOUNT OF

15:57   8  RESISTANCE THAT THE WAVES FEEL ON THE BOTTOM.  OKAY.

15:57   9         THE MARSH HAS A TREMENDOUS ENERGY DISSIPATION EFFECT;

15:57  10  WHICH, AS THE WAVE MOVES IN AWAY FROM THE MARSH ONTO,

15:57  11  ESSENTIALLY, A MUD FLAT -- OF COURSE, I'M SPEAKING A LITTLE BIT

15:57  12  FIGURATIVELY BECAUSE WE STILL HAVE PROBABLY 15 FEET OF WATER

15:57  13  OVER THE MARSH IN THIS CASE -- THE ENERGY DISSIPATION DROPS

15:58  14  OFF.  THEN WHEN IT GETS INTO THE CHANNEL, ESSENTIALLY, IT'S A

15:58  15  FRICTIONLESS ENVIRONMENT, AND THE WAVE ENERGY -- IT BEGINS TO

15:58  16  JUST SUCK WAVE ENERGY OUT OF THE WIND AND REBUILD.

15:58  17  **Q.**   THE BOTTOM LINE IS YOU'VE GOT WAVES AT 6:00 IN THE MORNING

15:58  18  IN THE MRGO REGENERATING UP TO THE 8-FOOT-OR-SO LEVEL IN MANY

15:58  19  PLACES SHOWN ON HERE, WHICH THEN ARE TRAVERSING AND GOING INTO

15:58  20  THE LEVEE?

15:58  21  **A.**   THAT'S RIGHT.  AT THAT POINT WE HAND THEM TO DR. BEA.

15:58  22  **Q.**   NOW, LET'S GO TO THE 7:00 A.M., WHICH IS THE TOP RIGHT.

15:58  23  AT 7:00 WHAT DOES YOUR DETAILED SWAN SHOW TO BE -- LET ME MAKE

15:58  24  IT SIMPLE.  IT SHOWS, BASICALLY, THE ENTIRE LENGTH OF THE MRGO

15:58  25  WITH 8-FOOT AND BIGGER WAVES; IS THAT RIGHT?

| | | |
|---|---|---|
| 15:58 | 1 | **A.**   THAT'S CORRECT. |
| 15:59 | 2 | **Q.**   DIRECTLY IMPACTING THE LEVEES ON REACH 2; IS THAT RIGHT? |
| 15:59 | 3 | **A.**   THAT'S RIGHT.  I SHOULD SAY, ALSO, WE HAVE PRETTY GOOD |
| 15:59 | 4 | SIZE WAVES IN THE GIWW, AS WELL, BETWEEN 6 AND 7 FEET. |
| 15:59 | 5 | **Q.**   EVEN THEN, WITH THAT HIGH SURGE, WE ARE STILL SHOWING THE |
| 15:59 | 6 | WAVES COMING OVER LAKE BORGNE, FOLLOWING THE ARROWS OF THE |
| 15:59 | 7 | WIND, AND DROPPING DOWN TO THAT 5 1/2-FOOT RANGE, WHERE THE |
| 15:59 | 8 | YELLOW IS, TO THEN HIT THE MRGO AND SPRING BACK UP AND GO AT |
| 15:59 | 9 | THE LEVEES? |
| 15:59 | 10 | **A.**   YEAH, THAT'S WHAT'S HAPPENING. |
| 15:59 | 11 | **Q.**   IS THAT YOUR EXPERT OPINION? |
| 15:59 | 12 | **A.**   THAT'S MY EXPERT OPINION, YES. |
| 15:59 | 13 | **Q.**   THE SWAN HIGH-RESOLUTION TESTING CLEARLY PROVES |
| 15:59 | 14 | SIGNIFICANT WAVE REGENERATION OVER REACH 2 AT 6:00 A.M. LIKE |
| 15:59 | 15 | YOU TOLD US AND 7:00 A.M. LIKE YOU TOLD US; RIGHT? |
| 16:00 | 16 | **A.**   IT'S BUILDING THAT WHOLE TIME. |
| 16:00 | 17 | **Q.**   NOW, WE WILL SKIP THE THIRD -- WELL, THE THIRD, IT'S |
| 16:00 | 18 | VIRTUALLY ALL, ONCE AGAIN, 8- AND 9-FOOT WAVES; IS THAT |
| 16:00 | 19 | CORRECT? |
| 16:00 | 20 | **A.**   YEAH.  BUT I ALSO POINT OUT THAT IT'S HIGH IN THE GIWW |
| 16:00 | 21 | TOO. |
| 16:00 | 22 | **Q.**   GOT YOU. |
| 16:00 | 23 | **THE COURT:**  COUNSEL, NOT TO INTERRUPT YOU, BUT JUST |
| 16:00 | 24 | TO MAKE SURE WE GET ALL OUR COLORS RIGHT, I SEE ALL THE COLORS |
| 16:00 | 25 | CODED ON THE RIGHT EXCEPT WHITE, AND I DO SEE SOME WHITE; NOT |

| | | |
|---|---|---|
| 16:00 | 1 | OFF TO THE SIDE, BUT I SEE WHITE BEHIND THE MRGO, ETC. |
| 16:00 | 2 | **THE WITNESS:**  I CAN ADDRESS THAT IF YOU WOULD LIKE. |
| 16:00 | 3 | **THE COURT:**  YES, SIR.  IF YOU WOULD, PLEASE. |
| 16:00 | 4 | **THE WITNESS:**  THE ONLY PLACE THERE AREN'T WAVES IS |
| 16:00 | 5 | WHERE THERE ISN'T WATER.  FOR THE MOST PART, WE DON'T HAVE A |
| 16:00 | 6 | LOT OF WATER GOING OVER THE TOPS OF THESE LEVEES RIGHT NOW. |
| 16:00 | 7 | **THE COURT:**  THIS IS AT -- |
| 16:00 | 8 | **THE WITNESS:**  THIS IS AT 8:00. |
| 16:01 | 9 | **THE COURT:**  8:00.  THANK YOU. |
| 16:01 | 10 | **BY MR. ROY:** |
| 16:01 | 11 | **Q.**   NOW, IN ESSENCE, THIS IS WHERE YOU HAND THIS INFORMATION |
| 16:01 | 12 | OFF TO DR. BEA, AND DR. BEA IS THEN ABLE TO EXPLAIN, WHEN YOU |
| 16:01 | 13 | HAVE THE REALITY OF THE PEAK SURGE SHOWN AT THE LOCK, WHY THAT |
| 16:01 | 14 | SLIDE IS STILL NOT SHOWING OVERTOPPING.  THE ANSWER IS EARLIER |
| 16:01 | 15 | BREACHING; RIGHT? |
| 16:01 | 16 | **A.**   THAT'S CORRECT, YES. |
| 16:01 | 17 | **Q.**   THAT'S THE ONLY SCIENTIFIC ANSWER YOU'VE BEEN ABLE TO COME |
| 16:01 | 18 | UP WITH, WORKING WITH YOUR TEAM; RIGHT? |
| 16:01 | 19 | **A.**   THAT'S WHAT WE HAVE BEEN -- WE HAVE TESTED ALL THE OTHER |
| 16:01 | 20 | POSSIBILITIES, AND THAT'S WHAT WE HAVE ARRIVED AT. |
| 16:01 | 21 | **Q.**   THE CONCEPT OF WAVE REGENERATION HAS BEEN KNOWN BY THE |
| 16:01 | 22 | CORPS AT LEAST SINCE THEIR 1966 *SHORE PROTECTION MANUAL* -- |
| 16:01 | 23 | WHICH IS IN EVIDENCE AS PX-2152, YOUR HONOR -- IS THAT CORRECT, |
| 16:01 | 24 | DR. KEMP? |
| 16:02 | 25 | **A.**   THAT'S CORRECT. |

16:02  1  **Q.**   IF YOU KNOW WIND SPEED, DEPTH, AND THE FETCH, YOU CAN

16:02  2  PREDICT WAVE REGENERATION?

16:02  3  **A.**   THAT'S RIGHT.  AND TIME ALSO.

16:02  4  **Q.**   NOW, LET'S TALK ABOUT THE WIDENING OF THE MRGO AT REACH 2.

16:02  5          **MR. ROY:**  CAN YOU PULL UP PAGE 7 OF THE POWERPOINT,

16:02  6  CARL.

16:02  7  **BY MR. ROY:**

16:02  8  **Q.**   YOU HAVE ACTUALLY, USING THE DATA YOU HAVE GATHERED AND

16:02  9  APPLYING YOUR PROFESSIONAL OPINIONS, YOUR EXPERT OPINIONS, AND

16:02  10 THOSE OF YOUR TEAM, DONE WHAT ILLUSTRATING HERE?

16:02  11 **A.**   HERE I JUST -- THIS WAS A VERY SIMPLE EXERCISE WITH A MAP

16:02  12 OR A SATELLITE PHOTOGRAPH.  EVERY THOUSAND FEET, I MEASURED THE

16:02  13 WIDTH BETWEEN THE VEGETATION ALONG THE MRGO, AND WHAT YOU SEE

16:02  14 ON THIS -- THIS IS THE MILES ALONG MRGO.  MRGO ENDS IN THE IHNC

16:03  15 AT MILE 66, OR CLOSE TO THAT, AND THEN OUR LEVEE SYSTEM ENDS

16:03  16 AROUND 46 HERE.

16:03  17          SO FOR THAT PART, THE AXIS ON THE Y SIDE IS SHOWING

16:03  18 THE WIDTH, TOP WIDTH, OF THE -- IT'S REALLY THE DISTANCE

16:03  19 BETWEEN THE VEGETATION.  WE HAVE HERE THE DESIGN TOP WIDTH,

16:03  20 650 FEET.  THEN WE CAN COMPARE THAT AT ANY OF THESE POINTS WITH

16:03  21 THE TOP WIDTH OR THE AREA BETWEEN THE VEGETATION.

16:03  22 **Q.**   DR. KEMP, LET'S BE MORE SPECIFIC IN USING AN EXAMPLE SO US

16:03  23 LAYMEN CAN UNDERSTAND.  JUST TAKE, FOR EXAMPLE, AT ABOUT MILE

16:03  24 MARKER 47.

16:03  25 **A.**   OKAY.  THAT WOULD BE --

| | | |
|---|---|---|
| 16:03 | 1 | **Q.**   ALL RIGHT.  WALK US FROM THE BOTTOM UP AND TELL US WHAT IT |
| 16:04 | 2 | SHOWS, HOW WE WOULD USE THIS GRAPH. |
| 16:04 | 3 | **A.**   I'M NOT VERY STEADY WITH THIS THING, BUT THAT WOULD BE |
| 16:04 | 4 | ABOUT MILE 57 -- 47 THERE, WHICH IS -- IT'S KIND OF CLOSE TO |
| 16:04 | 5 | THE END OF THE LEVEE SYSTEM. |
| 16:04 | 6 | IF I WENT UP THERE, I WOULD FIND, OKAY, I'VE GOT THE |
| 16:04 | 7 | DISTANCE BETWEEN THE VEGETATION IS ABOUT A LITTLE OVER |
| 16:04 | 8 | 2,000 FEET.  SO I CAN CONCLUDE THAT THE CHANNEL, AT LEAST THE |
| 16:04 | 9 | PART THAT'S FREE OF VEGETATION, HAS INCREASED FROM 650 FEET TO |
| 16:04 | 10 | 2,000 FEET. |
| 16:04 | 11 | **Q.**   WHAT ABOUT THE DOT RIGHT THERE, A LITTLE BIT CLOSER TO 46? |
| 16:04 | 12 | WHAT WOULD THAT REFLECT? |
| 16:04 | 13 | **THE COURT:**  REMEMBER WHAT IT WAS, 46.  IS THIS SIMPLY |
| 16:04 | 14 | A DEMONSTRATIVE EXHIBIT? |
| 16:04 | 15 | **MR. ROY:**  YES, SIR.  THAT'S ALL IT IS. |
| 16:04 | 16 | **THE WITNESS:**  I MEAN, I THINK MANY PEOPLE UNDERSTAND |
| 16:04 | 17 | THAT THE MRGO HAS EXPANDED, AND THIS IS JUST AN EFFORT TO PUT |
| 16:05 | 18 | IT ON ONE GRAPHIC, MY EFFORT. |
| 16:05 | 19 | **BY MR. ROY:** |
| 16:05 | 20 | **Q.**   USING PRIMARILY THE DATA AND THE SURVEY INFORMATION |
| 16:05 | 21 | EXTRACTED FROM THE GIS? |
| 16:05 | 22 | **A.**   ACTUALLY, I DID IT MORE SIMPLY THAN THAT.  I JUST SCALED |
| 16:05 | 23 | IT OFF WITH THE CALIPERS. |
| 16:05 | 24 | **THE COURT:**  ALL RIGHT.  SO THIS SIMPLY SHOWS, AS I |
| 16:05 | 25 | UNDERSTAND IT, THE DESIGN TOP WIDTH, AND THEN AT POINTS ALONG |

| | | |
|---|---|---|
| 16:05 | 1 | THAT WIDTH IT IS JUST WIDENED AND THE AMOUNT OF WIDENING AND |
| 16:05 | 2 | WHERE IT TAKES PLACE.  IS THAT -- |
| 16:05 | 3 | **THE WITNESS:**  THAT'S CORRECT.  IT'S A VERY SIMPLE |
| 16:05 | 4 | THING.  I SAID I DID IT EVERY THOUSAND FEET.  I DIDN'T.  IT'S |
| 16:05 | 5 | OBVIOUS I DID IT EVERY MILE.  SO IT'S NOT AS FREQUENT AS THAT. |
| 16:05 | 6 | **BY MR. ROY:** |
| 16:05 | 7 | **Q.**   IS THIS PART OF THE FIELD SCIENCE THAT YOU APPLY ROUTINELY |
| 16:05 | 8 | IN YOUR PROFESSIONAL AREA OF EXPERTISE -- NOT THE GRAPHIC BUT |
| 16:05 | 9 | MAKING THE MEASUREMENTS AND CORRELATING THEM -- AS PART OF AN |
| 16:06 | 10 | ATTEMPT TO UNDERSTAND A COMPREHENSIVE PROBLEM AND A |
| 16:06 | 11 | COMPREHENSIVE SOLUTION? |
| 16:06 | 12 | **A.**   YES.  THIS IS TRYING -- IT'S A MEASURE OF ENVIRONMENTAL |
| 16:06 | 13 | CHANGE IS WHAT IT IS. |
| 16:06 | 14 | **Q.**   ALL RIGHT.  NOW, LET'S GO BACK TO THE WAVES REGENERATING |
| 16:06 | 15 | AFTER THEY PASS THE SANDBAR AND TALK ABOUT SOMETHING ELSE.  IS |
| 16:06 | 16 | THAT THE SAME CONCEPT, FROM AN ANALOGY STANDPOINT, THAT WHAT |
| 16:06 | 17 | HAPPENED, IF WAVES WERE COMING ACROSS, SAY, A LARGELY INLAND |
| 16:06 | 18 | LAKE OR AN ENCLOSED AREA SUCH AS BORGNE OR SOMETHING, IF THERE |
| 16:06 | 19 | WERE A BIG BORROW PIT A FEW HUNDRED FEET OR A FEW HUNDRED YARDS |
| 16:06 | 20 | OFF THE SHORE, THAT SUDDENLY IT'S DEEPER, WHERE STUFF HAS BEEN |
| 16:06 | 21 | EXCAVATED, WOULD YOU EXPECT, THEN, TO SEE A REGENERATION OF THE |
| 16:06 | 22 | WAVES, AT LEAST OVER THAT PIT? |
| 16:06 | 23 | **A.**   YOU WOULD, AND YOU WOULD ALSO SEE THE WAVE CRESTS BEND |
| 16:06 | 24 | AROUND THAT PIT.  THERE WOULD BE DEFRACTION.  THAT'S A PRETTY |
| 16:07 | 25 | STANDARD PROBLEM THAT WE GIVE THE STUDENTS. |

16:07    1   **Q.**   SO TO TIE THE ENDS TOGETHER, IT'S YOUR OPINION THAT

16:07    2   HIGH-INTENSITY, SHORT-PERIOD, 7- TO 8-FOOT WAVES DESTROYED THE

16:07    3   REACH 2 LEVEES AND WERE A SIGNIFICANT CAUSE OF FLOODING OF

16:07    4   ST. BERNARD AND THE LOWER NINTH WARD; IS THAT RIGHT?

16:07    5   **A.**   THAT'S CORRECT.

16:07    6   **Q.**   DR. BEA CAN TELL US PRECISELY WHERE AND THE PRECISE

16:07    7   MECHANISM OF FAILURE; BUT SPEAKING FROM YOUR FIELD OF

16:07    8   EXPERTISE, THAT IS YOUR CONCLUSION?

16:07    9   **A.**   THAT'S RIGHT.

16:07   10   **Q.**   IT'S A TALE OF TWO LEVEES, ISN'T IT, DR. KEMP?

16:07   11   **A.**   IT IS, INDEED.

16:07   12        **MR. ROY:**  LET'S PULL UP OUR POWERPOINT 104.

16:07   13   **BY MR. ROY:**

16:07   14   **Q.**   CAN YOU SHOW US WHY IT'S A TALE OF TWO LEVEES.

16:08   15   **A.**   WELL, THIS IS FROM MY JULY REPORT, I GUESS.  HERE, I AM

16:08   16   CIRCLING THE LEVEES THAT ARE JUST SOUTH OF THE LAKE BORGNE

16:08   17   LOBE, AND THEN I HAVE ALSO CIRCLED THE LEVEES THAT ARE AT

16:08   18   ALMOST A RIGHT ANGLE TO THAT, WHAT WE WOULD CALL THE VERRETT

16:08   19   RETURN.

16:08   20        AND, OF COURSE, THESE LEVEES HERE ARE IN A PERFECT

16:08   21   ALIGNMENT TO GET DIRECT IMPACT OF WAVES.  THIS LEVEE IS

16:08   22   ORIENTED ESSENTIALLY PARALLEL TO THE DIRECTION OF THE WAVES.

16:08   23   FURTHERMORE, IT IS FRONTED BY WETLANDS; WHEREAS THIS ONE IS

16:08   24   FRONTED BY THE MRGO CHANNEL.

16:08   25        SO WE KNOW THAT THIS WHOLE LEVEE REACH WAS BUILT WITH

| | | |
|---|---|---|
| 16:08 | 1 | THE SAME MATERIALS AND SO ON, SO THAT'S NOT A VARIABLE AND -- |
| 16:08 | 2 | Q.   JUST TO BE CLEAR THERE, YOU'RE TALKING ABOUT ONLY THE AREA |
| 16:09 | 3 | OF THE VERRETT LEVEE RIGHT THERE THAT I'M SHOWING; RIGHT? |
| 16:09 | 4 | A.   YES. |
| 16:09 | 5 | Q.   AND THE PORTION GENERALLY, THE YELLOW CIRCLES, IF YOU |
| 16:09 | 6 | WILL, ON REACH 2, WHEN YOU TALK ABOUT YOUR UNDERSTANDING IS |
| 16:09 | 7 | BUILT FROM THE SAME TYPE OF MATERIAL? |
| 16:09 | 8 | A.   THAT'S RIGHT.  IT'S NOT A CONSTRUCTION DIFFERENCE. |
| 16:09 | 9 | Q.   ALL RIGHT.  WELL, OBSERVATIONALLY AND SCIENTIFICALLY, WERE |
| 16:09 | 10 | THERE ANY BREACHES IN THE VERRETT SECTION OF THE LEVEE? |
| 16:09 | 11 | A.   NO. |
| 16:09 | 12 | Q.   BUT THERE, OF COURSE, WERE MANY ALONG REACH 2; RIGHT? |
| 16:09 | 13 | A.   THAT'S RIGHT, AND THIS IS JUST A PIECE OF THE PUZZLE. |
| 16:09 | 14 | Q.   WERE THERE ANY BREACHES OF ANY SIGNIFICANCE ON THE |
| 16:09 | 15 | SOUTH-SIDE LPVS ALONG REACH 1? |
| 16:09 | 16 | A.   NO, THERE WEREN'T.  OF COURSE, THEY DIDN'T HAVE THE |
| 16:09 | 17 | SIGNIFICANT WAVE ATTACK THERE. |
| 16:09 | 18 | Q.   BUT THEY DID OVERTOP? |
| 16:09 | 19 | A.   OH, YES, THEY OVERTOPPED.  THOSE WERE LOWER LEVEES. |
| 16:09 | 20 | Q.   THE NORTH SIDE OF REACH 2, THOSE LPVS, I KNOW THAT THERE |
| 16:10 | 21 | WERE A FEW SMALL BREACHES IN THAT GENERAL AREA, BUT THERE WERE |
| 16:10 | 22 | NO SIGNIFICANT BREACHES; RIGHT? |
| 16:10 | 23 | A.   THE ONLY BREACHES WERE ASSOCIATED WITH SOME SHEET-PILE |
| 16:10 | 24 | SECTIONS. |
| 16:10 | 25 | Q.   THE OVERTOPPING ITSELF, ALBEIT PROLONGED, DID NOT DESTROY |

1822

| | | |
|---|---|---|
| 16:10 | 1 | THOSE LEVEES -- |
| 16:10 | 2 | **A.**   NO.   THOSE EARTHEN LEVEES FAIRED QUITE WELL. |
| 16:10 | 3 | **Q.**   THE DIFFERENCE IS WAVES? |
| 16:10 | 4 | **A.**   THE DIFFERENCE IS WAVES AND WAVE DIRECTION. |
| 16:10 | 5 | **Q.**   YOU BELIEVE YOU AND DR. VRIJLING'S TEAM AND DR. BEA HAVE |
| 16:10 | 6 | PROVEN THAT SCIENTIFICALLY? |
| 16:10 | 7 | **A.**   I FEEL VERY CONFIDENT ABOUT THAT. |
| 16:10 | 8 | **Q.**   WHY DID IT HAVE TO BE THE WAVES, IN YOUR PROFESSIONAL |
| 16:10 | 9 | OPINION, THAT DESTROYED THE REACH 2 LEVEES LIKE DR. BEA SAYS? |
| 16:10 | 10 | **MR. ROY:**   LET'S PULL UP PAGE 77 OF THE POWERPOINT. |
| 16:10 | 11 | **THE WITNESS:**   LET ME SAY SOMETHING.   DR. BEA TALKED |
| 16:10 | 12 | ABOUT 35 PERCENT OF THE REACH 2 LEVEE WAS DESTROYED PRIMARILY |
| 16:11 | 13 | BY FRONT-SIDE WAVE ATTACK.   ABOUT 45 PERCENT WAS DESTROYED BY |
| 16:11 | 14 | WAVE-INDUCED OVERTOPPING.   SO WE HAVE TWO MECHANISMS INVOLVED |
| 16:11 | 15 | WITH WAVES HERE.   BUT OVERTOPPING CAUSED BY WAVES AND |
| 16:11 | 16 | FRONT-SIDE EROSION CAUSED BY WAVES, THOSE ARE BOTH WAVE |
| 16:11 | 17 | PHENOMENA DIFFERENT FROM STRICTLY SURGE.   SO THERE'S A TIMING |
| 16:11 | 18 | PROBLEM FOR THE THEORY THAT ALL THE LPV STRUCTURES ALONG |
| 16:11 | 19 | REACH 2 WERE DESTROYED SOLELY BY OVERTOPPING SURGE BECAUSE -- |
| 16:11 | 20 | **BY MR. SMITH:** |
| 16:11 | 21 | **Q.**   IS THAT THE THEORY OF THE DEFENSE, AS YOU UNDERSTAND IT? |
| 16:11 | 22 | **A.**   AS I UNDERSTAND IT, IT'S PRIMARILY SURGE, BUT IT'S ALSO |
| 16:11 | 23 | SOME OVERTOPPING ASSOCIATED WITH WAVES BEFORE THE SURGE GETS |
| 16:11 | 24 | THERE. |
| 16:12 | 25 | **Q.**   I DIDN'T MEAN TO INTERRUPT YOU.   GO AHEAD. |

FINAL DAILY COPY

16:12   1   **A.**   WE HAVE, OF COURSE, A MECHANISM TO DESTROY THE WAVES LONG

16:12   2   BEFORE THE SURGE GETS TO THE TOP.

16:12   3          **THE COURT:**   THIS MAY BE SOMETHING YOU'RE TALKING

16:12   4   ABOUT LATER, AND I HAVE READ YOUR REPORTS, BUT JUST TO

16:12   5   HIGHLIGHT THIS:   IF THERE WERE ONLY OVERTOPPING AND NOT

16:12   6   DESTRUCTION, IN YOUR EXPERT OPINION, WOULD CHALMETTE FLOOD?

16:12   7          **THE WITNESS:**   NO.

16:12   8          **THE COURT:**   WHY?

16:12   9          **THE WITNESS:**   ACTUALLY, WE MODELED THAT SITUATION IN

16:12  10   SOME DETAIL.   THE 32,000-ACRE CENTRAL WETLANDS UNIT HAS A LOT

16:12  11   OF STORAGE CAPACITY.   WITH OVERTOPPING, EVEN CONSIDERABLE

16:12  12   OVERTOPPING, OUR MODELING RESULTS SHOW THAT THE STORM WOULD

16:12  13   HAVE PASSED BEFORE THE 40 ARPENT LEVEE OVERTOPPED.

16:12  14          **THE COURT:**   I DO A LOT OF THIS:   (1) FOR THE RECORD;

16:12  15   (2) TO HELP ENLIGHTEN ME; AND (3) WHEN THE DEFENDANT'S EXPERTS

16:13  16   TESTIFY, I WILL HAVE A GOOD CALIBRATION TO KNOW WHERE TO GO.

16:13  17   **BY MR. ROY:**

16:13  18   **Q.**   DR. KEMP, ST. BERNARD, IN YOUR OPINION, WAS FLOODED

16:13  19   PRIMARILY BY WATER COMING THROUGH THE REACH 2 LPV BREACHES

16:13  20   CAUSED BY WAVES ON THE FRONT SIDE OR AS YOU JUST DESCRIBED.

16:13  21   BUT IF THE BREACHES DID NOT OCCUR EARLY IN THE SURGE SEQUENCE,

16:13  22   YOU FILL IN THE BLANK:   IT WAS NOT POSSIBLE TO FILL THE

16:13  23   32,000-ACRE CENTRAL WETLANDS, IS IT?

16:13  24   **A.**   THAT'S RIGHT, AND I BELIEVE -- AND DR. VRIJLING'S SOBEK

16:13  25   MODEL SHOWS THAT.   THE BREACHES OPEN UP BETWEEN 6:00 AND 8:00,

16:13    1   AND THEY HIT THE MARKS IN TERMS OF MAXIMUM SURGE ELEVATION AND

16:13    2   TIMING.

16:13    3        THE INTERESTING THING IS THAT STEVE FITZGERALD'S

16:13    4   HEC-RAS MODEL THERE -- THAT'S THE DEFENDANT'S FLOODING MODEL --

16:14    5   SHOWS ALMOST THE SAME THING.  SO THE DIFFERENCE IS IN THE

16:14    6   TIMING OF THE PEAK SURGE.  WE GET TO THE SAME RESULT IN

16:14    7   FLOODING WHILE KEEPING THE PEAK SURGE WHERE IT ACTUALLY WAS.

16:14    8   THEY GET THAT ONLY BY MOVING THE SURGE AHEAD ONE HOUR.

16:14    9   **BY MR. ROY:**

16:14   10   **Q.**   BUT THAT'S NOT REALITY?

16:14   11   **A.**   THAT'S NOT REALITY.

16:14   12        **THE COURT:**  SO IF THE DEFENDANT'S EXPERTS ARE

16:14   13   RIGHT -- I KNOW YOU ADAMANTLY DISAGREE WITH IT -- ABOUT THE

16:14   14   PEAK SURGE, THEN OVERTOPPING COULD HAVE FLOODED ST. BERNARD?

16:14   15        **THE WITNESS:**  ABSOLUTELY.

16:14   16        **THE COURT:**  WHY IS THAT, JUST TO MAKE IT CLEAR?  I'M

16:14   17   SURE THE DEFENSE EXPERTS WILL, BUT JUST TO --

16:14   18        **THE WITNESS:**  I AM MAYBE NOT THE BEST PERSON TO ARGUE

16:14   19   THEIR CASE, BUT THE --

16:14   20        **THE COURT:**  I KNOW THEY WILL BE READY TO DO IT.  GO

16:14   21   AHEAD.

16:14   22        **THE WITNESS:**  BUT IT IS POSSIBLE AND WE DO NOT

16:14   23   DISPUTE THAT IT IS POSSIBLE TO BREACH A LEVEE BY OVERTOPPING OF

16:15   24   SIGNIFICANT FLOW AND --

16:15   25        **THE COURT:**  IT'S THE WHOLE MECHANISM, THE MECHANISM

16:15   1   OF FAILURE, OF THE LEVEE?

16:15   2           **THE WITNESS:**  RIGHT.  IT'S JUST WE DIDN'T SEE LOT OF

16:15   3   LEVEES DESTROYED LIKE THAT UNLESS THERE WAS STRONG WAVE

16:15   4   INFLUENCE.

16:15   5           **THE COURT:**  THANK YOU, SIR.  CAN YOU HOLD ON ONE

16:15   6   SECOND, MR. ROY?

16:15   7           **MR. ROY:**  SURE.

16:15   8   **BY MR. ROY:**

16:15   9   **Q.**   IT'S YOUR OPINION THE MRGO PROJECT CREATED A MORPHED

16:15   10  CHANNEL, IF YOU WILL, IN REACH 2 THAT EXPOSED THE FRESHWATER

16:15   11  SWAMPS AND MARSHES TO INCREASED SALINITY, ACCELERATING THEIR

16:15   12  CONVERSION TO OPEN WATER, REDUCING WETLAND, AND REDUCING THE

16:15   13  AMOUNT OF THE WAVE BUFFER BETWEEN LAKE BORGNE AND POPULATED

16:15   14  AREAS; RIGHT?

16:15   15  **A.**   YES.  AND THERE I'M TALKING ABOUT A MORE REGIONAL EFFECT

16:16   16  BECAUSE THE MRGO HAD A VERY LARGE EFFECT ON SALINITY OVER A

16:16   17  LARGE AREA AND, IN FACT, ALL THROUGH THE LAKE PONTCHARTRAIN

16:16   18  SYSTEM.  SO WHAT THAT MEANT WAS THAT WETLANDS DEGRADED

16:16   19  EVERYWHERE IN THE CENTRAL WETLANDS AREA IN THE GOLDEN TRIANGLE,

16:16   20  AND THIS AFFECTED THE ABILITY OF THOSE WETLANDS TO REALLY

16:16   21  ATTENUATE BOTH SURGE AND WAVES AND PARTICULARLY --

16:16   22  *PARTICULARLY* -- CAUSED THE DEATH OF CYPRESS SWAMPS, WHICH ARE

16:16   23  ABSOLUTELY THE BEST PROTECTION AGAINST WAVES AND SURGE.

16:16   24  **Q.**   EARLIER IN THIS TRIAL, DAY ONE, DR. GAGLIANO TESTIFIED AND

16:16   25  TOLD US FIVE REMEDIATION MEASURES HE TOLD THE CORPS DECADES AGO

| | | |
|---|---|---|
| 16:17 | 1 | WOULD HELP PREVENT THE PROBLEM AT REACH 2.  YOU AND OTHER |
| 16:17 | 2 | EXPERTS FOR THE PLAINTIFFS' TEAM HAVE DESCRIBED THE NEED FOR |
| 16:17 | 3 | REMEDIATION TO BE DONE BY THE CORPS YEARS BEFORE KATRINA THAT |
| 16:17 | 4 | WAS NOT DONE THAT COULD HAVE EFFECTIVELY, DRAMATICALLY CHANGED |
| 16:17 | 5 | THE OUTCOME.  AMONG THESE THINGS, DO YOU AGREE WITH |
| 16:17 | 6 | DR. GAGLIANO THAT THE FIRST ONE AND PERHAPS THE MOST IMPORTANT |
| 16:17 | 7 | WAS TO PREVENT SALTWATER INTRUSION, AVERTING SEVERE WETLAND |
| 16:17 | 8 | LOSS? |
| 16:17 | 9 | **A.**   THAT WAS THE BIGGEST REGIONAL EFFECT THAT THEY -- |
| 16:17 | 10 | REMEDIATION. |
| 16:17 | 11 | **Q.**   DO YOU AGREE WITH DR. GAGLIANO THAT THE CORPS SHOULD HAVE |
| 16:17 | 12 | ARMORED BOTH BANKS OF REACH 2 AND THE LAKE BORGNE SHORELINES? |
| 16:17 | 13 | **A.**   NO QUESTION. |
| 16:17 | 14 | **Q.**   DO YOU AGREE WITH DR. GAGLIANO THE BENEFICIAL DEPOSITING |
| 16:17 | 15 | OF DREDGED SPOIL ON THE EAST BANK -- THAT'S THE LAKE BORGNE |
| 16:17 | 16 | BANK OF REACH 2 -- SHOULD HAVE BEEN DONE BY THE CORPS DECADES |
| 16:17 | 17 | AGO TO RESTORE THE LAND BRIDGE BETWEEN LAKE BORGNE AND REACH 2? |
| 16:18 | 18 | **A.**   YES.  WE SAW THAT WAS AN AVENUE FOR SURGE TRANSMISSION |
| 16:18 | 19 | BOTH SURGE AND WAVE TRANSMISSION. |
| 16:18 | 20 | **Q.**   DO YOU AGREE, DR. GAGLIANO, THAT PLANTING TREES, SHRUBS, |
| 16:18 | 21 | AND GRASS ALONG THE REACH 2 CHANNEL AND THE TOE OF THE LPV |
| 16:18 | 22 | STRUCTURE, PLANTING GRASS ON BOTH SIDES OF THE CROWN OF THE LPV |
| 16:18 | 23 | STRUCTURE, TOO, SHOULD HAVE BEEN DONE TO REMEDIATE THE EFFECTS |
| 16:18 | 24 | OF THE MRGO CHANNEL? |
| 16:18 | 25 | **A.**   ABSOLUTELY.  AND, OF COURSE, DR. BEA HAS REALLY EXPLORED |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:18 | 1 | THAT IN DETAIL. |
| 16:18 | 2 | **Q.**   FIFTH, DO YOU AGREE WITH DR. GAGLIANO THAT REVEGETATION OF |
| 16:18 | 3 | THE CENTRAL WETLANDS UNIT, ALONG WITH THE PREVIOUS FOUR THINGS, |
| 16:18 | 4 | WOULD HAVE SIGNIFICANTLY LESSENED THE IMPACT OF KATRINA UPON |
| 16:18 | 5 | THE ROBINSON PLAINTIFFS? |
| 16:18 | 6 | **A.**   IT WOULD HAVE PREVENTED FLOODING. |
| 16:18 | 7 | **Q.**   YOUR TEAM'S WAVE DATA FOR REACH 2 WAS GIVEN TO DR. BEA |
| 16:18 | 8 | PRIMARILY FOR HIM, IN HIS CAPACITY AS A COASTAL ENGINEER, TO |
| 16:18 | 9 | COMPUTE THE EFFECTS OF WAVES SURGE AND SO FORTH ON THE REACH 2 |
| 16:18 | 10 | LPV STRUCTURES; CORRECT? |
| 16:19 | 11 | **A.**   YES.  DR. BEA IS PROBABLY THE LEADING EXPERT ON EFFECTS OF |
| 16:19 | 12 | WAVES ON STRUCTURES, AND MY SOLE PURPOSE WAS TO DELIVER TO HIM |
| 16:19 | 13 | WAVES THAT I BELIEVED WERE RELIABLY SIMULATED, AND I FEEL |
| 16:19 | 14 | THAT'S WHAT WE DID. |
| 16:19 | 15 | I SHOULD SAY THAT WE RAN MANY, MANY SENSITIVITY TESTS |
| 16:19 | 16 | ON WAVES AND DIFFERENT KINDS OF WETLANDS AND SO ON TRYING TO |
| 16:19 | 17 | MAKE SURE WE WERE GETTING THE BEST RESULTS POSSIBLE. |
| 16:19 | 18 | **Q.**   THE FINAL TESTING THAT YOUR TEAM DID MODELING, IF YOU |
| 16:19 | 19 | WILL, WAS THE SOBEK, WHICH IS ALSO KNOWN INTERNATIONALLY AS THE |
| 16:19 | 20 | DELFT 1D/2D MODEL PROGRAM; RIGHT? |
| 16:19 | 21 | **A.**   ALL OF THESE COMMERCIAL VERSIONS COME ORIGINALLY OUT OF |
| 16:19 | 22 | DELFT UNIVERSITY. |
| 16:19 | 23 | **Q.**   WHY IS SOBEK MODELING SO IMPORTANT? |
| 16:19 | 24 | **A.**   WELL, THIS IS THE ONLY TIME, AFTER ALL THESE MODELS ARE |
| 16:19 | 25 | DONE, IN WHICH WE ACTUALLY PUT THE BREACHES THAT KATRINA |

16:20  1  CAUSED.  THIS IS REALITY INTRUDING ONCE AGAIN.  SO FAR WE HAVE

16:20  2  BEEN IN MODEL WORLD.  NOW WE ARE IN REALITY.  WE HAVE BREACHES.

16:20  3  WE KNOW WHAT THE SURGE ELEVATION IS OUTSIDE THE BREACHES, AND

16:20  4  SO THEN WE CAN CONVEY THE WATER INTO THE CENTRAL WETLANDS AREA,

16:20  5  INTO NEW ORLEANS EAST, AND THEN OVER THE 40 ARPENT AREA, INTO

16:20  6  THE HOMES OF THE PLAINTIFFS.

16:20  7  **Q.**   BEFORE WE GET INTO THE VARIOUS SCENARIOS OF THE MODELING,

16:20  8  WHICH WILL BE SOME DETAIL, LET ME JUST LAY A FOUNDATION.

16:20  9       WOULD YOU AGREE, SIR, THAT EACH MODELING SCENARIO IS

16:20  10  JUST ONE PIECE OF THE PUZZLE FOR YOUR TEAM TO FIGURE OUT?

16:20  11  **A.**   THAT'S RIGHT.  THIS IS, AS MR. STEVENS SAID, WE ARE

16:20  12  SHOWING OUR WORK.  MR. BOURGEOIS MADE ELWOOD DO IT AND DR. BEA

16:21  13  IS MAKING ME DO IT.

16:21  14  **Q.**   THE LAST MODEL, THE POLDER FLOODING MODEL, SOBEK, TELLS

16:21  15  THE TALE OF THE INCREMENTAL CONTRIBUTION OF MRGO AND THE

16:21  16  WIDENED MRGO TO THE FLOODING FOR EACH OF THE PLAINTIFFS; IS

16:21  17  THAT CORRECT?

16:21  18       **THE COURT:**  THERE'S BEEN AN OBJECTION, MR. ROY.  YOU

16:21  19  CAN'T SEE IT, BUT I CAN.

16:21  20       **MR. ROY:**  OH, I'M SORRY.

16:21  21       **MR. LEVINE:**  THIS WITNESS DOESN'T DISCUSS THE SOBEK

16:21  22  REPORT AND ITS RESULTS IN HIS EXPERT REPORT, SO I THINK IT'S

16:21  23  OUTSIDE THE SCOPE OF HIS EXPERT REPORT.

16:21  24       **THE COURT:**  RESPONSE, MR. ROY.

25

1829

16:21    1          **THE WITNESS:**  ACTUALLY, YOUR HONOR, IF YOU LOOK AT

16:21    2   THE TABLE THAT WE PUT UP, YOU CAN SEE THAT THE SOBEK MODEL IS

16:21    3   LISTED THERE.

16:21    4          **THE COURT:**  GO AHEAD, COUNSEL.

16:21    5          **MR. LEVINE:**  BUT THE PARTICULAR RESULTS AREN'T

16:21    6   LISTED.  IT MENTIONS IT IN A TABLE, BUT HE DOESN'T GET INTO THE

16:21    7   RESULTS FOR THE MODEL.

16:21    8          **THE COURT:**  SO THE OBJECTION IS THAT HE IS RENDERING

16:22    9   AN OPINION THAT GOES BEYOND THE SCOPE OF HIS REPORT.

16:22   10              WHAT OPINION ARE YOU TRYING TO ELICIT?

16:22   11          **MR. ROY:**  YOUR HONOR, THIS DOVETAILS STRAIGHT INTO

16:22   12   THE FIVE PRIMARY OPINIONS THAT WE STARTED HIS TESTIMONY WITH

16:22   13   TODAY.  MOST SIGNIFICANTLY, HE IS THE HEAD OF THE TEAM.  HE IS

16:22   14   THE COORDINATOR.  HE IS THE ONE THROUGH WHICH THESE THINGS ARE

16:22   15   GOING.  AT THE END OF THE DAY, HE IS GUIDING THEM AS TO THE

16:22   16   TEMPLATE THAT SHOULD OR SHOULD NOT BE DONE AND, I BELIEVE,

16:22   17   DIRECTED THAT THE POLDER TESTING BE DONE.

16:22   18              IN HIS REPORT HE MAY CALL IT POLDER MODELING,

16:22   19   BUT IT IS, IN FACT, SOBEK.  THAT'S A FACT STATEMENT, NOT AN

16:22   20   EXPERT OPINION, WITH ALL DUE RESPECT.

16:22   21          **THE COURT:**  YOU NEED TO MAYBE ESTABLISH THAT SINCE

16:22   22   THE POLDER MODELING IS IN HIS REPORT, THAT HE UTILIZES THE

16:22   23   POLDER MODELING IN HIS REPORT --

16:22   24          **MR. ROY:**  YES, SIR.  I THOUGHT WE COVERED THAT.

16:22   25          **THE COURT:**  -- THAT HE DIRECTED THAT IT BE -- ARE YOU

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:22 | 1 | SAYING THAT WE ARE GETTING INTO THE SOBEK MODEL AS OPPOSED TO |
| 16:23 | 2 | SOMETHING ELSE? |
| 16:23 | 3 | **MR. ROY:**  IT'S THE POLDER MODELING.  I WAS MERELY |
| 16:23 | 4 | ESTABLISHING THAT'S WHAT THE DUTCH USED. |
| 16:23 | 5 | **THE COURT:**  I FORGOT THE QUESTION.  TO BE HONEST WITH |
| 16:23 | 6 | YOU, I FORGET THE QUESTION TO WHICH THERE WAS AN OBJECTION, AND |
| 16:23 | 7 | I APOLOGIZE. |
| 16:24 | 8 | **MR. ROY:**  I'LL COVER IT A LITTLE DIFFERENTLY, |
| 16:24 | 9 | YOUR HONOR.  THAT'S FINE. |
| 16:24 | 10 | **BY MR. ROY:** |
| 16:24 | 11 | **Q.**   DR. KEMP, ANYWHERE IN YOUR REPORTS DO YOU DISCUSS VARIOUS |
| 16:24 | 12 | SCENARIOS OF FLOODING THAT YOUR TEAM, INCLUDING THE DUTCH, RAN? |
| 16:24 | 13 | **A.**   THAT'S PRIMARILY IN MY FIRST REPORT, THE JULY 27, 2007, |
| 16:24 | 14 | REPORT. |
| 16:24 | 15 | **THE COURT:**  LET ME ASK YOU A QUESTION WITHOUT PUTTING |
| 16:24 | 16 | YOU ON THE SPOT.  WE ARE GOING TO TRY TO GO TO 5:30 TODAY.  I'M |
| 16:24 | 17 | NOT SURE YOU CAN FINISH THIS WITNESS, BUT DO WE HAVE A SHOT? |
| 16:24 | 18 | NO PRESSURE ON YOU. |
| 16:24 | 19 | **MR. ROY:**  IT'S GOING TO BE CLOSE, BUT WE MIGHT. |
| 16:24 | 20 | **THE COURT:**  WE'LL TAKE A QUICK -- IT WILL BE OUR LAST |
| 16:24 | 21 | RECESS OF THE DAY UNTIL ADJOURNMENT.  WE WILL BE BACK IN TEN |
| 16:24 | 22 | MINUTES. |
| 16:25 | 23 | **THE DEPUTY CLERK:**  ALL RISE. |
| 16:25 | 24 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 16:37 | 25 | **THE DEPUTY CLERK:**  ALL RISE, PLEASE. |

| | | |
|---|---|---|
| 16:38 | 1 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 16:38 | 2 | **THE COURT:**  YES, SIR.  YOU MIGHT WANT, FOR THE |
| 16:38 | 3 | RECORD, TO TELL US WHERE WE ARE MOVING TO NOW. |
| 16:38 | 4 | **MR. ROY:**  WE ARE MOVING.  WE ARE NOT SINKING; WE ARE |
| 16:38 | 5 | SWIMMING.  THERE IS FORWARD PROGRESS. |
| 16:38 | 6 | YOUR HONOR, HOUSEKEEPING.  EARLIER WHEN I |
| 16:38 | 7 | REFERRED TO THE *SHORE PROTECTION MANUAL*, I BELIEVE I SAID IT |
| 16:38 | 8 | WAS PX-2152.  THAT, IN FACT, IS DR. KEMP'S REPORT OF |
| 16:38 | 9 | JANUARY 29, I BELIEVE OF '07.  THE ACTUAL *SHORE PROTECTION* |
| 16:38 | 10 | *MANUAL* IS PX-65. |
| 16:38 | 11 | **THE COURT:**  THE *SHORE PROTECTION MANUAL* IS 65 AND |
| 16:38 | 12 | 2152 IS THE JANUARY '07-- |
| 16:38 | 13 | **MR. ROY:**  THAT'S THE REPORT, BUT 65 -- |
| 16:39 | 14 | **THE COURT:**  I UNDERSTAND.  THE OTHER ONE IS THE |
| 16:39 | 15 | REPORT. |
| 16:39 | 16 | **MR. ROY:**  ALSO, DURING THE BREAK, PAGE 71 OF PX-91 IS |
| 16:39 | 17 | A TABLE.  WE HAVE GOT IT AS A POWERPOINT SLIDE THAT'S IN THIS |
| 16:39 | 18 | DEAL.  IT SHOWS ALL OF THE DIFFERENT TESTING MODELS THAT |
| 16:39 | 19 | DR. KEMP USED, INVOLVED, COORDINATED.  SOBEK IS CLEARLY LISTED |
| 16:39 | 20 | AS ONE OF THEM.  ADDITIONALLY, ALL OF THE SCENARIOS ARE LAID |
| 16:39 | 21 | OUT -- I SAY ALL OF THEM -- A GREAT NUMBER OF THEM ARE LAID OUT |
| 16:39 | 22 | IN EXCRUCIATING DETAIL IN CHAPTER 6 OF PX-91, WHICH INCLUDE THE |
| 16:39 | 23 | POLDER MODEL. |
| 16:39 | 24 | **MR. LEVINE:**  I GUESS THIS RELATES TO MY EARLIER |
| 16:39 | 25 | OBJECTION RELATING TO THE SOBEK.  HE LISTS IT THERE AS A MODEL |

| | | |
|---|---|---|
| 16:39 | 1 | THAT WAS USED, BUT HE DOESN'T REALLY EVER PRODUCE ANY RESULTS |
| 16:39 | 2 | FROM THE MODEL IN HIS EXPERT REPORT. |
| 16:39 | 3 | **THE COURT:**  WELL, I DON'T KNOW IF HE DOES OR NOT. |
| 16:39 | 4 | **MR. ROY:**  IT SOUNDS LIKE CROSS-EXAMINATION MATERIAL. |
| 16:39 | 5 | **THE COURT:**  YOU CAN ASK HIM WHAT UTILIZATION HE MADE |
| 16:40 | 6 | OF SOBEK.  I'LL ALLOW THAT AND WE'LL GO FROM THERE.  FEEL FREE |
| 16:40 | 7 | TO OBJECT AGAIN. |
| 16:40 | 8 | BY MR. ROY: |
| 16:40 | 9 | **Q.**  SO, DR. KEMP, YOU HAVE AN ENTIRE CHAPTER IN YOUR REPORT |
| 16:40 | 10 | ADDRESSING POLDER MODEL SCENARIOS, IF YOU WILL; RIGHT? |
| 16:40 | 11 | **A.**  WE HAVE AN ANALYTICAL SCHEME IN WHICH WE HAVE CERTAIN |
| 16:40 | 12 | SCENARIOS LISTED.  THOSE SCENARIOS ARE RUN IN A VARIETY OF |
| 16:40 | 13 | MODELS, INCLUDING THE POLDER MODEL.  THE PLACE WHERE WE TALK |
| 16:40 | 14 | THE MOST ABOUT POLDER MODELING IS IN MY JULY 28, 2007 REPORT |
| 16:40 | 15 | THAT WAS VERY EARLY IN THIS EFFORT. |
| 16:40 | 16 | THE ANALYTICAL SCHEME CALLED FOR ME TO HAND THE WAVES |
| 16:41 | 17 | AND SURGE INFORMATION OFF TO BOB BEA AT THE MIDPOINT OF THE |
| 16:41 | 18 | MRGO CHANNEL, WHEREUPON HE WOULD THEN COME UP WITH THE TIMING |
| 16:41 | 19 | AND CAUSATION OF BREACHING.  THEN HE WOULD HAND THAT |
| 16:41 | 20 | INFORMATION BACK TO ME, AND I WOULD TRANSMIT IT TO THE DUTCH. |
| 16:41 | 21 | DR. VRIJLING THEN RAN THE POLDER MODEL, AND I THINK HE HAS |
| 16:41 | 22 | DESCRIBED IT IN CONSIDERABLE DETAIL.  IT IS THE FINAL PHASE IN |
| 16:41 | 23 | OUR ANALYTICAL APPROACH.  ACTUALLY, IN MY JULY REPORT, MY MOST |
| 16:41 | 24 | RECENT ONE -- |
| 16:41 | 25 | **MR. ROY:**  PX-91. |

16:41  1          **THE COURT:**  91.

16:41  2          **THE WITNESS:**  -- I DO NOT HAVE A LOT OF DISCUSSION OF

16:41  3  THE RESULTS IN THE POLDER MODEL.  THAT WAS MORE A PROBLEM OF

16:42  4  NOT HAVING ENOUGH TIME THAN ANYTHING ELSE.

16:42  5  **BY MR. ROY:**

16:42  6  **Q.**   IT'S BEEN A SUBJECT OF DISCUSSION -- A THEME, AT LEAST --

16:42  7  IN YOUR REPORTS?

16:42  8  **A.**   THAT'S RIGHT.

16:42  9  **Q.**   IT'S CERTAINLY BEEN A THEME OF THE COORDINATION PROCESS

16:42  10  THAT YOU ARTICULATED AMONG THE EXPERTS?

16:42  11  **A.**   THAT'S RIGHT.

16:42  12  **Q.**   NOW, WITH THAT IN MIND, IN PX-91, CHAPTER 6, YOUR MOST

16:42  13  RECENT REPORT, DO YOU TALK ABOUT A SCENARIO 1?

16:42  14  **A.**   YES, I DO.

16:42  15  **Q.**   SCENARIO 1 IS THE HYDROLOGIC SITUATION AS IT WAS DURING

16:42  16  KATRINA AFTER, AT LEAST, 30 YEARS OF NONMITIGATION?

16:42  17  **A.**   THAT'S RIGHT.  WITH THE EXCEPTION THAT IT DOES NOT INCLUDE

16:42  18  BREACHING.

16:42  19          **THE COURT:**  JUST ONE MINUTE, PLEASE.

16:42  20                NEVER MIND.  GO AHEAD, SIR.

16:43  21  **BY MR. ROY:**

16:43  22  **Q.**   WHY SCENARIO 2C?

16:43  23  **A.**   WELL, AS FAR AS I CAN TELL, THE FUNDAMENTAL ASSUMPTION OF

16:43  24  THE CORPS THROUGHOUT THIS, FROM 19 -- WELL, REALLY FROM THE

16:43  25  TIME THAT THE MRGO WAS BUILT WAS THAT THIS CHANNEL WAS OF NO

                          FINAL DAILY COPY

| | | |
|---|---|---|
| 16:43 | 1 | HYDROLOGIC CONSEQUENCE WHATSOEVER WITH RESPECT TO THE FLOOD |
| 16:43 | 2 | PROTECTION SYSTEM, AND SO IT MIGHT AS WELL HAVE BEEN BUILT IN |
| 16:43 | 3 | ALABAMA OR FLORIDA OR SOMEPLACE LIKE THAT. |
| 16:43 | 4 | THE ONLY WAY THAT I KNOW TO SIMULATE THAT CONDITION |
| 16:43 | 5 | IS TO ACTUALLY TAKE THE -- RESTORE THE GEOMETRY TO A CONDITION |
| 16:43 | 6 | WHICH THE CHANNEL IS NOT PRESENT.  NOW, THAT'S NOT THE SAME |
| 16:43 | 7 | THING -- I MEAN, THAT'S NOT THE SAME THING AS A REMEDIATED OR |
| 16:43 | 8 | MITIGATED MRGO FROM THE STANDPOINT OF ACTUALLY PUTTING THE |
| 16:43 | 9 | STRUCTURES IN AND WAVE BUFFERS AND THINGS LIKE THAT, BUT FROM A |
| 16:44 | 10 | NUMERICAL STANDPOINT, IT IS A GOOD STARTING POINT. |
| 16:44 | 11 | Q.   WHY SCENARIO 3?  AND WE'LL TIE THEM BACK TOGETHER. |
| 16:44 | 12 | A.   SCENARIO 3 TAKES US BACK TO THE TIME WHEN THE MRGO WAS |
| 16:44 | 13 | BEING DREDGED.  IT TESTS THE ORIGINAL ASSUMPTION OF THE CORPS, |
| 16:44 | 14 | THAT IS, THAT IT COULD HAVE BEEN IN FLORIDA OR ALABAMA.  HERE |
| 16:44 | 15 | WE PUT IT IN AND WE SEE WHETHER IT HAS A HYDRAULIC EFFECT THAT |
| 16:44 | 16 | IS OF INTEREST OR WITH RESPECT TO THE FLOOD PROTECTION |
| 16:44 | 17 | STRUCTURES. |
| 16:44 | 18 | Q.   SCENARIO 3 WAS YOUR PRIMARY CONFIRMATORY DEVICE OF THE |
| 16:44 | 19 | BRETSCHNEIDER AND COLLINS SCIENTIFIC WORK IN 1966? |
| 16:44 | 20 | A.   THAT'S RIGHT.  AS I SAID, WE WERE TRYING TO FOLLOW IN |
| 16:44 | 21 | THEIR FOOTSTEPS, ESSENTIALLY.  THEY OUTLINED A GOOD THEORETICAL |
| 16:45 | 22 | APPROACH, AND WE REPLICATED THAT USING MODERN TECHNIQUES. |
| 16:45 | 23 | Q.   LIKE BRETSCHNEIDER AND COLLINS DID IN THEIR DIFFERENT |
| 16:45 | 24 | SCENARIOS -- OR NOT "LIKE" -- IN ANALOGOUS FASHION, THE ONLY |
| 16:45 | 25 | WAY FOR YOU TO TEST THE CORPS' POSITION THROUGHOUT THE DECADES |

16:45  1  THERE'S NO FUNNEL WAS TO REMOVE THE MRGO?

16:45  2  **A.**   THAT'S CORRECT.

16:45  3  **Q.**   HYDROLOGICALLY REMOVE IT?

16:45  4  **A.**   THAT WAS OUR ANALYTICAL APPROACH.

16:45  5  **Q.**   AND THEN COME BACK IN AND PUT IT BACK IN AND SHOW THE

16:45  6  HYDROLOGIC DIFFERENCE?

16:45  7  **A.**   THAT'S RIGHT.

16:45  8  **Q.**   AS TIME PROGRESSED AT EACH OF THE BENCHMARK DATES WE HAVE

16:45  9  DISCUSSED SINCE 1965, FROM AN OCEANOGRAPHER/COASTAL GEOLOGIST

16:46  10  STANDPOINT, CAN YOU THINK OF ANY -- *ANY* -- REASON THAT A

16:46  11  PRUDENT OCEANOGRAPHER/COASTAL GEOLOGIST SUCH AS YOURSELF WOULD

16:46  12  NOT HAVE WARNED THE CORPS -- WITHIN THE CORPS -- AND RECOGNIZED

16:46  13  THE ISSUE OF THE FUNNEL, ESPECIALLY AS ENHANCED AND AGGRAVATED

16:46  14  BY THE INCREASED DEPTH AND WIDTH AT REACH 2 AND EVEN REACH 1?

16:46  15  **A.**   I CAN'T.

16:46  16  **Q.**   TO FAIL TO ACT WOULD BE TO FAIL IN YOUR DUTY AS A PRUDENT

16:46  17  OCEANOGRAPHER/GEOLOGIST, UNDER THOSE CIRCUMSTANCES, IF YOU WERE

16:46  18  WITH THE CORPS?

16:46  19  **A.**   THAT'S CORRECT.  I THINK THE ONLY THING HOLDING ME BACK

16:46  20  WOULD BE LOOKING AT WHAT HAPPENED WHEN OTHER PEOPLE DID.

16:47  21  **Q.**   NOW, TO REALLY GET INTO THE ULTIMATE EFFECT OF THE FUNNEL,

16:47  22  YOU HAVE TO LOOK AT REACH 1 AND THE IHNC, AND YOU ACTUALLY USED

16:47  23  FINEL TO CALCULATE THE REACH 1 DISCHARGE VELOCITY AND WATER

16:47  24  LEVEL FOR EACH OF THE KEY SCENARIOS; IS THAT RIGHT?

16:47  25  **A.**   THAT'S CORRECT.

16:47    1              **MR. ROY:**  COULD YOU PULL UP POWERPOINT PAGE 55,

16:47    2    PLEASE.

16:47    3    **BY MR. ROY:**

16:47    4    **Q.**   THIS IS FROM YOUR REPORT IN PX-91, PAGE 111.  NOW, USING

16:47    5    THAT LASER POINTER, I WOULD LIKE FOR YOU TO SHOW THE COURT WHAT

16:47    6    WE HAVE, IN TERMS OF CONTRIBUTION TO VOLUME AND VELOCITY,

16:47    7    COMING OUT OF THE REACH 2 AND THEN THE PARIS ROAD BRIDGE AND

16:47    8    THEN ON, AND FINALLY TALK ABOUT THE OUTFLOW.

16:48    9    **A.**   YEAH.  WHEN WE LOOK AT VELOCITY AS OPPOSED TO SURGE

16:48    10   HEIGHT -- AND THIS IS AT 8:00, AND YOU CAN SEE UP IN HERE THIS

16:48    11   IS CLOSE TO PEAK SURGE.  THIS IS THE REACH 2 CHANNEL COMING IN.

16:48    12   REACH 1.  THIS IS THE LOCK MASTER IS DOWN HERE.  THEN YOU SEE,

16:48    13   GOING UP TOWARDS LAKE PONTCHARTRAIN, THE IHNC.

16:48    14              THE BOTTOM DIAGRAM HERE IS JUST A BLOW-UP OF THIS

16:48    15   SECTION OF THAT CHANNEL, SHOWING SOME OVERTOPPING OF LOWER

16:48    16   LEVEES.  THESE LEVEES IN THE MODEL ARE VERY DURABLE LEVEES.

16:48    17   THEY STAY THERE, BUT THEY GET OVERTOPPED AT PEAK SURGE.  SO

16:48    18   WHAT YOU SEE IS, REALLY, FROM HERE ON IS ONE RIVER FLOWING FROM

16:48    19   THE REACH 2, INTO REACH 1, AND THEN OUT THE IHNC.

16:49    20              ONE OF THE MAIN REASONS WE USE FINEL IS BECAUSE WE

16:49    21   WANTED TO GET THE GEOMETRY OF THIS VERY NARROW AND CONSTRICTED

16:49    22   NORTH END OF THE IHNC.  THAT'S GOT ALL THESE BRIDGES ACROSS IT

16:49    23   AND RAILROAD BRIDGES, SO IT'S GOT A MYRIAD OF OBSTRUCTIONS IN

16:49    24   IT.  IT'S NOT ALL THAT CLEAR ON THE OVERHEAD, BUT IF YOU LOOK

16:49    25   CLOSELY, YOU CAN SEE THE VELOCITIES IN THAT NORTHERN REACH OF

| | | |
|---|---|---|
| 16:49 | 1 | THE IHNC ARE IN EXCESS OF 11, 12 FEET PER SECOND, SO -- |
| 16:49 | 2 | **THE COURT:**  THAT WOULD BE THE RED NEAR THE CENTER; |
| 16:49 | 3 | CORRECT? |
| 16:49 | 4 | **THE WITNESS:**  THAT'S CORRECT. |
| 16:49 | 5 | **THE COURT:**  I CAN SEE IT BETTER ON MINE. |
| 16:49 | 6 | **THE WITNESS:**  SO WHAT WE HAVE GOT IS A SITUATION |
| 16:49 | 7 | WHERE WE ARE PUTTING A FIREHOSE INTO A VERY NARROW SYSTEM, AND |
| 16:49 | 8 | THE MOST CONSTRICTED SPOT IS GOING UP TOWARDS |
| 16:49 | 9 | LAKE PONTCHARTRAIN, WHICH, OF COURSE, IS LOWER AT THIS TIME. |
| 16:50 | 10 | SO THE WATER IS HAVING SOME TROUBLE GETTING OUT |
| 16:50 | 11 | OF THE -- SO IT'S COMING IN VERY FAST, AND WITH THAT |
| 16:50 | 12 | CONTRIBUTION IS LARGELY -- A LOT OF THAT WATER IS COMING RIGHT |
| 16:50 | 13 | OUT OF THE REACH 2 CHANNEL, AND WE SEE SOME VERY HIGH |
| 16:50 | 14 | VELOCITIES AROUND THE PARIS ROAD BRIDGE.  THOSE ARE ON THE |
| 16:50 | 15 | ORDER OF 7 TO 8 FEET PER SECOND. |
| 16:50 | 16 | **BY MR. ROY:** |
| 16:50 | 17 | **Q.**   DISCHARGE THROUGH REACH 1 IS SIGNIFICANTLY AFFECTED AND |
| 16:50 | 18 | VERY SENSITIVE TO DIFFERENCES IN THE DEPTH AND WIDTH OF |
| 16:50 | 19 | REACH 1; IS THAT NOT RIGHT? |
| 16:50 | 20 | **A.**   IT CERTAINLY IS. |
| 16:50 | 21 | **MR. ROY:**  LET'S GO TO PAGE 7 OF THE POWERPOINT. |
| 16:50 | 22 | **BY MR. ROY:** |
| 16:50 | 23 | **Q.**   NOW, AT THE POINT RIGHT IN THAT AREA, THAT'S THE PARIS |
| 16:50 | 24 | BRIDGE, RIGHT HERE? |
| 16:50 | 25 | **A.**   THAT'S RIGHT.  WE PUT A CROSS-SECTION RIGHT THERE. |

FINAL DAILY COPY

16:50    1    **Q.**    NOW, IS THAT WHERE YOU ACTUALLY MODELED, USING FINEL, THE

16:51    2    FLOW RATE AND VOLUME?

16:51    3    **A.**    THAT'S CORRECT.  THAT'S ONE OF THE ADVANTAGES OF HAVING A

16:51    4    FULL-CIRCULATION MODEL.  WE CAN LOOK AT NOT JUST STAGE HEIGHT,

16:51    5    WE CAN ALSO LOOK AT DISCHARGE IN THE CHANNELS, ALSO DISCHARGE

16:51    6    OVER THE LOW-LYING LEVEES ON EITHER SIDE.

16:51    7    **Q.**    WHICH FULL-CIRCULATION MODEL DID THE GOVERNMENT USE?

16:51    8    **A.**    ADCIRC MODEL IS QUITE CAPABLE OF DOING THE SAME THINGS.

16:51    9    **Q.**    ALL RIGHT.  SO, LOOKING AT THIS, FOR EXAMPLE, SURGE

16:51    10   ELEVATION, IN YOUR OPINION, WHEN YOU CROWD WATER INTO A NARROW,

16:51    11   RESTRICTED CHANNEL, SURGE ELEVATION IS NOT A SENSITIVE

16:51    12   INDICATOR.  VOLUME IS FAR MORE IMPORTANT THAN SURGE HEIGHT.  IS

16:52    13   THAT RIGHT?

16:52    14   **A.**    WELL, IN THIS PARTICULAR CASE --

16:52    15   **Q.**    REACH 1?

16:52    16   **A.**    YES, THAT'S RIGHT.  AND THAT IS BECAUSE, REMEMBER, THE

16:52    17   WALLS OF THIS BATHTUB ARE NOT CHANGING AS THE WATER COMES UP.

16:52    18   SO IF ALL YOU'RE LOOKING AT IS THE PEAK WATER LEVEL, YOU'LL

16:52    19   FIND OUT THAT AFTER A WHILE IT GIVES YOU A VERY GOOD READING ON

16:52    20   WHAT THE AVERAGE ELEVATION OF THE LEVEES IS.  IF YOU LOOK AT

16:52    21   THE DISCHARGE, YOU WILL FIND THAT THAT'S VERY SENSITIVE.

16:52    22          THIS IS A LITTLE BIT COMPLICATED, BUT WE HAVE TIME

16:52    23   HERE IN THE FIRST COLUMN AT HOURLY INTERVALS, STARTING AT

16:52    24   4:00 IN THE MORNING AND GOING TO 9:00.  I'VE HIGHLIGHTED THE

16:52    25   8:00 PERIOD.

16:52   1        THE FIRST THREE COLUMNS HERE ARE DISCHARGE AT THAT

16:52   2   CROSS-SECTION, PARIS ROAD CROSS-SECTION, IN CUBIC FEET PER

16:52   3   SECOND.  WHAT WE SEE IS, FOR THE SCENARIO 1 SITUATION, WE HAVE

16:53   4   430,000 CUBIC FEET PER SECOND.  THAT'S PRETTY MUCH EQUIVALENT

16:53   5   TO THE BASE FLOW OF THE MISSISSIPPI RIVER.

16:53   6   Q.   GOING THROUGH REACH 1?

16:53   7   A.   GOING THROUGH REACH 1.

16:53   8        THEN IF THAT CHANNEL IS PUT BACK TO WHAT ITS

16:53   9   AUTHORIZED DIMENSIONS ARE, THAT IS, THE REACH 1 CHANNEL IS

16:53   10  RETURNED TO ITS AUTHORIZED DIMENSIONS, WE HAVE A DISCHARGE THAT

16:53   11  IS ABOUT 80,000 CUBIC FEET PER SECOND LESS AT THAT TIME AND --

16:53   12  Q.   THAT'S SCENARIO 3?

16:53   13  A.   THAT'S SCENARIO 3, YES.

16:53   14  Q.   SO THAT'S 354,000; RIGHT?

16:53   15  A.   VERY GOOD.  VERY GOOD.

16:53   16  Q.   LET ME BACK UP.  SCENARIO 2C, IF THE CORPS HAD COME IN AND

16:53   17  FULLY REMEDIATED AND PUT THE CHANNEL TO THE SIZE, WITH A

16:53   18  NEUTRAL HYDROLOGIC EFFECT, THEN IT'S GOING TO DROP IT TO

16:54   19  157,000; RIGHT?

16:54   20  A.   THAT'S WHAT THIS NUMBER HERE -- IT'S A THIRD OF THE

16:54   21  DISCHARGE OF THE SCENARIO 1.

16:54   22        THE COURT:  NOW, ARE YOU SAYING 2C PUT THE CHANNEL IN

16:54   23  WITH A NEUTRAL HYDROLOGIC -- DID I UNDERSTAND YOU RIGHT?

16:54   24  BY MR. ROY:

16:54   25  Q.   2C, DR. KEMP -- CORRECT ME IF I'M WRONG.  I KNOW YOU

FINAL DAILY COPY

16:54   1   WILL -- 2C IS A HYDROLOGICALLY NEUTRAL MRGO; IS THAT RIGHT?

16:54   2   **A.**   YES.

16:54   3          **THE COURT:**  WELL, MY UNDERSTANDING IS IT WAS SO

16:54   4   NEUTRAL IT WASN'T IN THE SCENARIO.

16:54   5          **THE WITNESS:**  OKAY.  THIS WOULD BE A SITUATION IN

16:54   6   WHICH THERE WAS OBVIOUSLY SOME KIND OF SURGE GATE --

16:54   7          **THE COURT:**  THAT'S MY UNDERSTANDING.

16:54   8          **THE WITNESS:**  YEAH.

16:54   9          **THE COURT:**  WE ARE TALKING ABOUT SCENARIO 2C BEING --

16:54   10  THE SURGE GATE NEUTRALIZES THE MRGO AS IF IT WEREN'T THERE

16:54   11  VIS-À-VIS REACH 1.  I UNDERSTAND.

16:55   12          **MR. ROY:**  THAT'S CORRECT.

16:55   13          **THE WITNESS:**  THAT'S EXACTLY IT.  I DIDN'T SPECIFY

16:55   14  WHETHER IT HAS A SURGE GATE OR NOT, BUT SOME WAY WE GET TO THAT

16:55   15  POINT.

16:55   16  **BY MR. ROY:**

16:55   17  **Q.**   BUT UNDER SCENARIO 3, EVEN, NO BREACHING OCCURS ANYWHERE

16:55   18  AROUND NEW ORLEANS EAST LPV, AND OVERTOPPING IS OVER THE CITRUS

16:55   19  BACK LEVEE AT A REDUCED RATE, REDUCED BY ABOUT 30 PERCENT UNDER

16:55   20  SCENARIO 3?

16:55   21  **A.**   THAT'S RIGHT.

16:55   22  **Q.**   IS THAT SIGNIFICANT, IN YOUR PROFESSIONAL OPINION?

16:55   23  **A.**   WELL, IT IS SIGNIFICANT BECAUSE, ALSO, THE BREACHING THAT

16:55   24  OCCURRED OUT ON THE NEW ORLEANS EAST BACK LEVEE DOES NOT OCCUR

16:55   25  EITHER.  SO WE HAVE A REDUCTION IN VOLUME INTRODUCED, PROBABLY

FINAL DAILY COPY

16:55  1    50 PERCENT, SOMETHING LIKE THAT.

16:55  2    **Q.**   SO IF THE JUDGE FOR WHATEVER REASON, UNDER THE LAW AND HIS

16:55  3    DISCRETION, WERE TO SAY, "I'M GOING TO COMPARE 1 AND 3," IS IT

16:56  4    YOUR TESTIMONY THAT EVEN UNDER 3 THERE IS -- DESIGN SIZE AS

16:56  5    OPPOSED TO ENLARGED SIZE, THERE IS SIGNIFICANTLY LESS FLOODING

16:56  6    OF THE NEW ORLEANS EAST POLDER BY OVERTOPPING?

16:56  7    **A.**   ABSOLUTELY.

16:56  8    **Q.**   AND THERE IS NO BREACHING OF ANY SUBSTANCE UNDER

16:56  9    SCENARIO 3?

16:56  10   **A.**   THAT'S RIGHT.

16:56  11              **THE COURT:**  HOW MUCH LESS FLOODING?

16:56  12              **THE WITNESS:**  IT'S ABOUT 30 PERCENT OVER THIS CITRUS

16:56  13   BACK LEVEE.

16:56  14              **THE COURT:**  SO IF THERE WERE 9 FEET, IT WOULD BE --

16:56  15              **THE WITNESS:**  IT WOULD BE ABOUT 6.

16:56  16              **THE COURT:**  6.

16:56  17              **THE WITNESS:**  NOW, I SAID 30 PERCENT OVER THIS LEVEE.

16:56  18   THERE'S ALSO THIS BREACHING OUT HERE.  THAT CONTRIBUTES ANOTHER

16:56  19   30 PERCENT THAT WOULDN'T BE THERE.  SO I WOULD SAY 50 PERCENT

16:56  20   WOULD BE MORE THE CUMULATIVE EFFECT.

16:56  21              **THE COURT:**  OKAY.

16:56  22   **BY MR. ROY:**

16:56  23   **Q.**   SO THE ROBINSONS, FOR EXAMPLE, IN NEW ORLEANS EAST --

16:56  24              **THE COURT:**  THIS IS ASSUMING THAT NO SURGE -- WE ARE

16:56  25   IN SCENARIO 3, NO SURGE GATE AND THE MRGO STAYED PRISTINE?

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:57 | 1 | **THE WITNESS:**  YES, SIR. |
| 16:57 | 2 | BY MR. ROY: |
| 16:57 | 3 | Q.   COMPARING 1 TO 3 -- |
| 16:57 | 4 | **THE COURT:**  AND ITS ENVIRONS.  GO AHEAD. |
| 16:57 | 5 | BY MR. ROY: |
| 16:57 | 6 | Q.   COMPARING 1 TO 3, THE ROBINSONS GET 50 PERCENT NET LESS |
| 16:57 | 7 | WATER THAN THEY GOT DURING KATRINA? |
| 16:57 | 8 | A.   THAT'S MY INTERPRETATION, YES. |
| 16:57 | 9 | Q.   THAT'S YOUR EXPERT OPINION? |
| 16:57 | 10 | A.   THAT'S MY EXPERT OPINION. |
| 16:57 | 11 | Q.   BACKED BY THE SCIENTIFIC PROCESSES AND APPLICATIONS AND |
| 16:57 | 12 | MODELING THAT YOU DIRECTED AND OVERSAW? |
| 16:57 | 13 | A.   THAT'S CORRECT. |
| 16:57 | 14 | Q.   NOW, THE KEY TO UNDERSTANDING THIS FOR ALL OF US IS WHAT |
| 16:57 | 15 | YOU CALL THE BATHTUB EFFECT; CORRECT? |
| 16:57 | 16 | A.   THAT'S CORRECT. |
| 16:57 | 17 | **MR. ROY:**  CAN WE PULL UP PAGE 71. |
| 16:57 | 18 | BY MR. ROY: |
| 16:57 | 19 | Q.   THE BATHTUB EFFECT IS THE ANALOGY YOU CAN DRAW THAT |
| 16:57 | 20 | BASICALLY IS WHY YOU SAID, IF IT OVERTOPS LONG ENOUGH, YOU CAN |
| 16:57 | 21 | MAKE A PRETTY GOOD GUESS WHAT THE LEVEE HEIGHT IS; RIGHT? |
| 16:57 | 22 | A.   THAT'S RIGHT. |
| 16:57 | 23 | Q.   EXPLAIN IT. |
| 16:57 | 24 | A.   OKAY.  WELL, UNLIKE A NATURAL COASTAL INDENTATION IN WHICH |
| 16:58 | 25 | YOU HAVE THE MOUNTAINS ARE SLOPING DOWN TO THE EDGE OF THE |

| | | |
|---|---|---|
| 16:58 | 1 | SEASHORE AND, AS THE SURGE WOULD COME UP, IT WOULD JUST GET |
| 16:58 | 2 | HIGHER AND HIGHER GOING UP INTO -- AS THE FUNNEL NARROWS, YOU |
| 16:58 | 3 | CAN'T DO THAT IN THIS ARTIFICIAL FUNNEL BECAUSE IT'S BOUNDED BY |
| 16:58 | 4 | THESE ARTIFICIAL LEVEES RATHER THAN A NATURAL SEASHORE. |
| 16:58 | 5 | SO THE SURGE WOULD LIKE TO DO THE SAME THING.  IT |
| 16:58 | 6 | WOULD LIKE TO RISE AS YOU MOVE INTO THE FUNNEL, BUT INSTEAD, |
| 16:58 | 7 | WHAT IT DOES IS THE WATER JUST OVERFLOWS INTO THE ADJACENT |
| 16:58 | 8 | AREAS.  SO THIS WAS ONE OF THE THINGS WE SAW IN THE IPET |
| 16:58 | 9 | SIMULATIONS WAS THAT ALTHOUGH -- AND THERE THEY ONLY TOOK OUT |
| 16:58 | 10 | THE REACH 2.  THEY DIDN'T DO ANYTHING ABOUT REACH 1. |
| 16:58 | 11 | BUT WHAT WE SAW WAS, WHEN THEY DID TAKE THE REACH 2 |
| 16:58 | 12 | CHANNEL OUT, IT REDUCED FLOODING IN THE DEVELOPED AREAS.  SO |
| 16:59 | 13 | THAT GAVE US, I GUESS, THE GERM OF THAT IDEA ABOUT THE BATHTUB. |
| 16:59 | 14 | SO THE PRESENCE OF THE LARGE MRGO CHANNEL GREATLY INCREASES |
| 16:59 | 15 | CONVEYANCE OF SURGE FROM REACH 1 TO REACH 2 AND INTO THE IHNC. |
| 16:59 | 16 | THE CREST ELEVATION OF THE LPV LEVEES PROVIDES A MAXIMUM LIMIT |
| 16:59 | 17 | ON HOW HIGH SURGE GETS, ESSENTIALLY, EAST OF THE |
| 16:59 | 18 | REACH 1/REACH 2 JUNCTION. |
| 16:59 | 19 | NOW, INSIDE THAT CHANNEL SYSTEM, THE SURGE CAN |
| 16:59 | 20 | ACTUALLY GET HIGHER THAN THE LEVEE HEIGHT BECAUSE YOU HAVE THIS |
| 16:59 | 21 | HUGE AMOUNT OF WATER CONVERGING INTO THAT AREA.  THE MRGO |
| 16:59 | 22 | CHANNEL IS A HUGE SPIGOT INTO THE BATHTUB, BASICALLY, WHICH HAS |
| 16:59 | 23 | A LIMITED ABILITY TO DRAIN, BUT THE SURGE IS NOT GOING TO -- IF |
| 16:59 | 24 | ALL YOU LOOK AT IS SURGE ELEVATION, YOU WILL MISS ALL THE |
| 16:59 | 25 | DYNAMICS. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:00 | 1 | **THE COURT:**  HOLD ON FOR ONE SECOND, SIR. |
| 17:01 | 2 | OKAY.  I THINK WE GOT IT CLEARED UP.  THANK YOU. |
| 17:01 | 3 | BY MR. ROY: |
| 17:01 | 4 | **Q.**   HAD YOU FINISHED? |
| 17:01 | 5 | **A.**   I WAS JUST GOING TO READ THE LAST POINT THERE.  BUT INSIDE |
| 17:01 | 6 | REACH 1 AND THE IHNC, THE BATHTUB EFFECT IS LESS -- I MEAN, YOU |
| 17:01 | 7 | CAN GET WATER ABOVE THE LEVEES BECAUSE YOU HAVE SUCH A HUGE |
| 17:01 | 8 | DRIVING FORCE COMING FROM THE FUNNEL. |
| 17:01 | 9 | **Q.**   THE PRIMARY FACTOR OR A SIGNIFICANT FACTOR OF THAT DRIVING |
| 17:01 | 10 | FORCE IS THE DRAMATICALLY ENLARGED MRGO AS IT GREW IN WIDTH AND |
| 17:01 | 11 | DEPTH SINCE CONSTRUCTION IN THE MID '60S? |
| 17:01 | 12 | **A.**   NO QUESTION ABOUT IT. |
| 17:01 | 13 | **Q.**   THAT'S WHAT YOUR FINEL FLOW-MODELING CATEGORICALLY PROVED, |
| 17:01 | 14 | IN YOUR OPINION; RIGHT? |
| 17:01 | 15 | **A.**   THAT'S CORRECT. |
| 17:01 | 16 | **Q.**   REALIZING MY ILLUSTRATIVE EXAMPLE I'M GOING TO GIVE YOU |
| 17:02 | 17 | NOW MAY BE OFF IN TERMS OF EXACT MEASUREMENTS, I JUST WANT TO |
| 17:02 | 18 | TRY TO GET A CONCEPT OUT THERE. |
| 17:02 | 19 | IF WE HAVE A TROUGH ROUGHLY ONE INCH SQUARE, OPEN AT |
| 17:02 | 20 | THE TOP, FLOWING WATER, AND WE HAVE ANOTHER ONE-INCH TROUGH, |
| 17:02 | 21 | FLOWING WATER, AND THEY CONVERGE TOGETHER, LET'S SAY, AT ABOUT |
| 17:02 | 22 | A 45- OR A 90-DEGREE; AND THEY CONVERGE INTO A TROUGH THAT'S |
| 17:02 | 23 | 2 INCHES BY 2 INCHES, OR WHATEVER IT TAKES TO CARRY THAT LOAD |
| 17:02 | 24 | FROM GULF INTRACOASTAL TROUGH AND THE MRGO REACH 2 TROUGH AND |
| 17:02 | 25 | IT CARRIES IT THROUGH; IF THE MRGO TROUGH ON THE BOTTOM TRIPLES |

| | | |
|---|---|---|
| 17:02 | 1 | IN SIZE OR QUADRUPLES IN SIZE AND EVEN GETS DEEPER, THEN IT'S |
| 17:02 | 2 | LIKE CONVERTING A 1-INCH BY 1-INCH, LIKE YOU SAID, TO A |
| 17:02 | 3 | FIREHOSE AIMED STRAIGHT AT THE CONVERGENCE POINT.  RIGHT? |
| 17:02 | 4 | **A.**   THAT'S WHAT THE FINEL MODEL SHOWS, YES. |
| 17:03 | 5 | **Q.**   SO WE'RE VERY, VERY CLEAR HERE, WHILE THE FUNNEL EXISTED, |
| 17:03 | 6 | AND THE CORPS SHOULD HAVE KNOWN IT, IN YOUR OPINION, WHEN THEY |
| 17:03 | 7 | BUILT THE MRGO, THE PRIMARY DRIVING FACTOR FROM A STANDPOINT OF |
| 17:03 | 8 | DRIVING THE VELOCITY AND VOLUME OF THE SURGE UNDER THE PARIS |
| 17:03 | 9 | ROAD BRIDGE IN REACH 1 WAS THE ENLARGEMENT OF THE MRGO OVER THE |
| 17:03 | 10 | DECADES IN WIDTH AND DEPTH, AND EVEN THEN THE ENLARGEMENT OF |
| 17:03 | 11 | THE REACH 1 A LITTLE BIT IN DEPTH AND REACH? |
| 17:03 | 12 | **A.**   THAT'S CORRECT. |
| 17:03 | 13 | **Q.**   WITHOUT THAT, THERE WOULD HAVE BEEN SIGNIFICANTLY LESS |
| 17:03 | 14 | FLOODING OF NEW ORLEANS EAST -- THE ROBINSONS WOULD HAVE HAD |
| 17:03 | 15 | HALF THE FLOODING -- WITH NO REMEDIATION OTHER THAN JUST HAVING |
| 17:03 | 16 | IT THE WAY IT WAS BUILT ORIGINALLY.  RIGHT? |
| 17:03 | 17 | **A.**   THAT'S RIGHT. |
| 17:03 | 18 | **Q.**   YOU HAVE PROVED THESE THINGS WITH YOUR MODEL; IS THAT |
| 17:03 | 19 | RIGHT? |
| 17:03 | 20 | **A.**   YES.  A LOT OF IT IS IN THE SAME WAY THAT BRETSCHNEIDER |
| 17:04 | 21 | AND COLLINS SHOWED.  WHAT IT DOES IS IT CHANGES THE DURATION OF |
| 17:04 | 22 | THE FLOODING.  YOU MAY NOT SEE A BIG CHANGE IN THE MAXIMUM, BUT |
| 17:04 | 23 | YOU SEE A BIG CHANGE IN THE DURATION OF THE PERIOD OF TIME THAT |
| 17:04 | 24 | IT'S ABOVE THE LEVEE HEIGHT. |
| 17:04 | 25 | **Q.**   IN YOUR PROFESSIONAL OPINION, DO YOU AGREE THAT THE KEY TO |

| | | |
|---|---|---|
| 17:04 | 1 | WHEN NEW ORLEANS EAST FLOODED AS MUCH AS IT DID DURING KATRINA |
| 17:04 | 2 | IS THE OVERTOPPING OF THE REACH 1 NORTH LEVEE -- THAT'S THE |
| 17:04 | 3 | CITRUS BACK LEVEE -- BEING THE PRIMARY SOURCE OF EXCESS |
| 17:04 | 4 | VELOCITY, EXCESS SURGE VOLUME, SHOVED DOWN REACH 1 AT THE PARIS |
| 17:04 | 5 | BRIDGE AREA AND THROUGH REACH 1 BY THAT AGGRAVATED MRGO |
| 17:04 | 6 | REACH 2? |
| 17:04 | 7 | A.   THAT'S RIGHT. |
| 17:04 | 8 | Q.   SINCE DESIGN AND CONSTRUCTION? |
| 17:04 | 9 | A.   YEAH.  I CAN DEMONSTRATE THAT WITH A HYDROGRAPH OR |
| 17:05 | 10 | SOMETHING, BUT -- |
| 17:05 | 11 | Q.   IF YOU WOULD LIKE. |
| 17:05 | 12 | A.   OKAY.  THIS IS ACTUALLY AN OVERTOPPING HYDROGRAPH.  SO |
| 17:05 | 13 | WHAT WE SEE ON THE TOP HERE IS THAT CITRUS BACK LEVEE, AND WHAT |
| 17:05 | 14 | WE HAVE ON THE SIDE IS THE OVERTOPPING RATE, WHICH IS GIVEN IN |
| 17:05 | 15 | CUBIC FEET PER SECOND PER LINEAR FOOT AT THE TOP. |
| 17:05 | 16 | THE COURT:  FOR THE RECORD, YOU'RE REFERRING TO YOUR |
| 17:05 | 17 | EXPERT REPORT, PAGE 135? |
| 17:05 | 18 | MR. ROY:  YES, SIR.  PX-91. |
| 17:05 | 19 | THE COURT:  PX-91. |
| 17:05 | 20 | THE WITNESS:  THEN WE HAVE TIME ALONG THE BOTTOM |
| 17:05 | 21 | AXIS, AND THE THREE CURVES THAT ARE OF INTEREST HERE IS THE -- |
| 17:05 | 22 | I'M SORRY, I'M POINTING AT THE THING ON MY SCREEN -- BLUE LINE, |
| 17:05 | 23 | WHICH IS THE KATRINA AS IS.  THE DOTTED RED LINE IS THE |
| 17:05 | 24 | SITUATION WITH THE SCENARIO 3, THAT IS THE CONDITION WHEN |
| 17:06 | 25 | THE -- |

17:06    1          **THE COURT:**  WHEN YOU SAY "DOTTED RED," MY COLOR

17:06    2    CODING IS POOR.  IS THAT WHAT LOOKS LIKE ORANGE TO ME?

17:06    3          **THE WITNESS:**  ACTUALLY, WHEN I LOOK AT IT DOWN HERE,

17:06    4    IT LOOKS ORANGE.

17:06    5          **THE COURT:**  OKAY.

17:06    6          **THE WITNESS:**  THIS IS THE SCENARIO 2C, WHICH IS THE

17:06    7    DASHED GRAY.  I CALL YOUR ATTENTION TO THIS LEGEND, AND MAYBE

17:06    8    WE COULD BLOW THAT UP.

17:06    9              OKAY.  SO WHAT WE HAVE ACTUALLY DONE HERE IS PUT

17:06   10    THE -- WE HAVE INTEGRATED UNDER THAT CURVE.  SO WE HAVE THE

17:06   11    TOTAL VOLUME FOR THE EVENT, THAT IS, FOR THE SURGE EVENT.  FOR

17:06   12    SCENARIO 1 IT'S 118,000 CUBIC FEET PER FOOT.  THAT'S ADDING IT

17:06   13    UP OVER ALL THE TIME THAT IT'S ABOVE THE LEVEE.

17:06   14              THEN FOR SCENARIO 3 IT'S ABOUT 30 PERCENT LESS,

17:07   15    25, 30 PERCENT LESS; 86,000, 87,000 CUBIC FEET PER FOOT.

17:07   16              FOR THE 2C CONDITION, IT'S ABOUT 80 PERCENT

17:07   17    REDUCED; 17,600 CUBIC FEET PER FOOT.

17:07   18              SO THAT GIVES YOU -- SINCE FLOODING OVER THIS

17:07   19    LEVEE WAS THE PRIMARY SOURCE OF FLOODING TO NEW ORLEANS EAST,

17:07   20    THIS GIVES YOU AN IDEA OF THE SENSITIVITY OF OVERTOPPING TO THE

17:07   21    CHANNEL GEOMETRY.

17:07   22          **THE COURT:**  SO UNDER 2C WOULD THERE BE ANY FLOODING

17:07   23    IN THE INHABITED PORTION OF NEW ORLEANS EAST?

17:07   24          **THE WITNESS:**  THERE MIGHT HAVE BEEN SOME STREET

17:07   25    FLOODING.  NOW, WE DID HAVE SOME FLOODING --

| 17:07 | 1 | **THE COURT:**  CAUSED FROM OVERTOPPING, I SHOULD SAY. |
| 17:07 | 2 | **THE WITNESS:**  YEAH, FROM OVERTOPPING.  NOW, THERE WAS |
| 17:07 | 3 | SOME BREACHING WAY OUT IN THE EASTERN PART THAT CONTRIBUTED |
| 17:07 | 4 | SOME WATER, BUT A MINORITY OF THE WATER, PROBABLY 30 PERCENT. |
| 17:07 | 5 | **MR. ROY:**  YOUR HONOR, I THINK THE TABLE AT |
| 17:08 | 6 | POWERPOINT 66 MAY BE THE ONE THAT WILL FACILITATE DIRECT |
| 17:08 | 7 | ANSWERS TO YOUR QUESTIONS, THE SCIENTIFICALLY CREATED TESTING |
| 17:08 | 8 | CHART. |
| 17:08 | 9 | BY MR. ROY: |
| 17:08 | 10 | Q.   WHAT IS THIS, DR. KEMP? |
| 17:08 | 11 | A.   IT'S A VERY BUSY TABLE.  I'VE LISTED -- |
| 17:08 | 12 | Q.   THIS IS FROM PAGE 142 OF YOUR REPORT, PX-91; CORRECT? |
| 17:08 | 13 | A.   THAT'S RIGHT.  THIS IS ALL FINEL RESULTS.  THERE ARE A |
| 17:08 | 14 | SERIES OF LOCATIONS ON THE LEFT.  THESE WOULD CORRESPOND TO THE |
| 17:08 | 15 | LEVEE NAMES THAT ARE SHOWN IN THE NEXT COLUMN.  THEN WE HAVE |
| 17:08 | 16 | ATTACHED EACH LEVEE TO A PARTICULAR POLDER.  OKAY. |
| 17:08 | 17 | SO THE CITRUS BACK LEVEE WOULD FLOOD INTO -- ANY |
| 17:08 | 18 | OVERTOPPING WOULD GO INTO THE NEW ORLEANS EAST POLDER.  THEN WE |
| 17:08 | 19 | HAVE TAKEN THAT INFORMATION THAT YOU SAW, CUBIC FEET PER FOOT, |
| 17:08 | 20 | THE TOTAL VOLUME, AND PUT THAT IN SCENARIO 1, SCENARIO 2C OVER |
| 17:09 | 21 | HERE, AND SCENARIO 3. |
| 17:09 | 22 | SO WE HAVE DONE THAT FOR EACH OF THESE POINTS AND |
| 17:09 | 23 | ASSIGNED THEM TO POLDERS, AND THEN WE HAVE KIND OF LUMPED THAT |
| 17:09 | 24 | INFORMATION TOGETHER TO SAY -- BECAUSE THESE ARE REPRESENTATIVE |
| 17:09 | 25 | LEVEE DEPICTIONS.  WE SAY FOR THE NEW ORLEANS EAST POLDER, FOR |

17:09   1   EXAMPLE, IF WE HAD THE 2C -- 100 PERCENT IS WHAT YOU GET UNDER

17:09   2   SCENARIO 1.  IF YOU HAVE 2C, THEN YOU ONLY GET 18 PERCENT OF

17:09   3   THE FLOODING.  IF YOU HAVE 3, YOU GET 75 PERCENT IN NEW ORLEANS

17:09   4   EAST.  OKAY.  AND THEN FOR -- I'M SORRY.

17:09   5   **Q.**   I WAS GOING TO SAY, CAN YOU MOVE A LITTLE BIT SLOWER SO WE

17:09   6   CAN ASSIMILATE THIS.  IT'S A TOUGH CHART FOR LAYMEN TO LOOK AT.

17:09   7   **A.**   YOU CAN LOOK AT EACH INDIVIDUAL LEVEE SEGMENT IF YOU WOULD

17:09   8   LIKE, BUT --

17:09   9            **THE COURT:**  LET'S GO FOR THE NEW ORLEANS EAST POLDER.

17:10   10  WE KNOW UNDER SCENARIO 1, OBVIOUSLY, THAT'S WHAT REALLY

17:10   11  HAPPENED.  THAT'S THE FLOODING THAT ACTUALLY OCCURRED.

17:10   12           **THE WITNESS:**  THAT'S RIGHT.

17:10   13           **THE COURT:**  I'M GOING TO GO RIGHT TO 2C, WHICH IS THE

17:10   14  NEUTRAL MRGO, OR THE MITIGATED MRGO, WHATEVER WE WANT TO CALL

17:10   15  IT.  ONLY 18 PERCENT OF THE FLOODING WOULD HAVE OCCURRED, AND

17:10   16  IS THAT WITHIN THE ENTIRE POLDER?

17:10   17           **THE WITNESS:**  THAT'S 18 PERCENT OF THE FLOW OVER THAT

17:10   18  LEVEE.  NOW, THAT FLOW OVER THAT LEVEE IS THE MAIN SOURCE OF

17:10   19  OVERTOPPING INTO THAT POLDER, YES.

17:10   20           **THE COURT:**  WHEN YOU'RE TALKING ABOUT THE POLDER,

17:10   21  THERE'S A PART OF THE NEW ORLEANS POLDER THAT'S NOT INHABITED?

17:10   22           **THE WITNESS:**  YEAH.  I'M TALKING ABOUT THE INHABITED

17:10   23  AREAS.

17:10   24           **THE COURT:**  SO IF THERE WAS NO MRGO OR NEUTRAL MRGO,

17:10   25  WHATEVER, THEN IF THE FLOODING -- AND I'M GOING TO DO THIS

FINAL DAILY COPY

17:10   1   SIMPLY.  IT'S NOT PERFECT MATHEMATICALLY.  IF THERE WERE 10

17:10   2   FEET OF WATER, YOU WOULD HAVE HAD 2 FEET, THE WAY I'M LOOKING

17:10   3   AT THIS -- AND PLEASE TELL ME IF I'M WRONG -- AND UNDER

17:11   4   SCENARIO 3, IF THERE WERE, LET'S SAY -- I WOULD LIKE TO DO IT.

17:11   5   SINCE IT'S 75 PERCENT, IF THERE WERE 12 FEET OF WATER, THERE

17:11   6   WOULD BE 9 FEET UNDER 3.  THAT'S WHAT IT LOOKS LIKE TO ME, AND

17:11   7   PLEASE CORRECT ME ON THOSE.

17:11   8            THE WITNESS:  NO.  THAT MAKES A LOT OF SENSE TO ME.

17:11   9   THE ONLY OTHER THING I WOULD SAY IS THAT THIS IS WHERE THE

17:11   10  MAJORITY OF WATER COMES IN, BUT THERE IS STILL SOME WATER THAT

17:11   11  COMES IN FROM THE -- FARTHER OUT TO THE EAST WHERE THERE IS

17:11   12  SOME LEVEE BREACHING.  ABOUT 30 PERCENT OF THE WATER FLOODING

17:11   13  NEW ORLEANS EAST COMES FROM THE BREACHES.  SO 70 PERCENT FROM

17:11   14  OVERTOPPING PRIMARILY ACROSS THE CITRUS EAST LEVEE, AND

17:11   15  30 PERCENT COMING FROM BREACHES, YOU KNOW, WAY OUT ON THE EAST

17:11   16  END.

17:11   17           THE COURT:  I UNDERSTAND WHAT YOU'RE SAYING.  OF

17:11   18  COURSE, THE LOWER THE WATER IS, THEN THE MORE DRAMATIC THE

17:11   19  EFFECT.  THIS LOOKS LIKE 75 PERCENT RATHER THAN 50 PERCENT, AND

17:12   20  WE HAVE BEEN TALKING ABOUT 50 PERCENT, SO THE COURT IS A LITTLE

17:12   21  BEFUDDLED.

17:12   22           THE WITNESS:  OKAY.  YEAH.  I WAS FACTORING IN THE

17:12   23  BREACHING THAT WOULD NOT OCCUR IN THE NEW ORLEANS EAST AREA.

17:12   24  BY MR. ROY:

17:12   25  Q.   UNDER WHAT SCENARIO, DR. KEMP?

FINAL DAILY COPY

17:12    1    **A.**   THAT WAS BEFORE 2C OR 3.

17:12    2         **THE COURT:**  SO YOU'RE SAYING THAT THE BREACHING WOULD

17:12    3    NOT OCCUR UNDER 3?

17:12    4         **THE WITNESS:**  THAT'S RIGHT.  EITHER 2C OR 3.  THAT'S

17:12    5    WHAT DR. BEA WAS --

17:12    6         **THE COURT:**  SO THAT'S HOW WE GET DOWN TO 50 PERCENT.

17:12    7         **THE WITNESS:**  THAT'S RIGHT.

17:12    8         **THE COURT:**  I GOT YOU.  OKAY.

17:12    9    **BY MR. ROY:**

17:12   10    **Q.**   SO JUST GOING UP TO THE TOP, LOCATION 1, CITRUS BACK

17:12   11    LEVEE, NEW ORLEANS EAST POLDER, YOU COMPARE UNDER SCENARIO 1,

17:12   12    118,300 CUBIC FEET PER LINEAR FOOT; UNDER 2C, DOWN TO 17,600;

17:12   13    UNDER SCENARIO 3, IT'S 86,000.

17:13   14         2C, FOR THE PEOPLE AROUND CITRUS BACK LEVEE, IT'S

17:13   15    WATER IN THE STREET?

17:13   16    **A.**   THAT'S RIGHT.

17:13   17    **Q.**   IF THE COMPARISON IS STRICTLY 3, THEN LIKE YOU

17:13   18    EXTRAPOLATED, ULTIMATELY, WHEN YOU TAKE OUT THE THREE

17:13   19    BREACHINGS ON THE NEW ORLEANS EAST BACK LEVEE, THEN THE

17:13   20    ROBINSONS GET HALF THE WATER IN NET THAT THEY WOULD HAVE --

17:13   21    **A.**   THAT'S A ROUGH ESTIMATE, YES.

17:13   22    **Q.**   WELL, IT'S ONE THAT YOU HAVE DERIVED FROM INTERPRETING

17:13   23    YOUR FINEL MODELING; IS THAT CORRECT?

17:13   24    **A.**   THAT'S RIGHT.

17:13   25    **Q.**   IT'S NOT A WILD GUESS AND IT'S CERTAINLY NOT SPECULATION,

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:13 | 1 | IS IT? |
| 17:13 | 2 | **A.**   NO. |
| 17:13 | 3 | **Q.**   NOW, THIS CHART IS IN EVIDENCE, SO WE WON'T BEAT THAT |
| 17:13 | 4 | HORSE INTO THE GROUND. |
| 17:14 | 5 | **THE COURT:**  I UNDERSTAND WHAT IT MEANS, AND WE HAVE |
| 17:14 | 6 | ILLUSTRATED HOW TO RIDE THE HORSE ANYWAY. |
| 17:14 | 7 | **MR. ROY:**  YES, SIR. |
| 17:14 | 8 | **THE COURT:**  I'M SURE WE WILL BE SEEING IT TOMORROW AS |
| 17:14 | 9 | WELL. |
| 17:14 | 10 | **MR. ROY:**  I BET WE WILL. |
| 17:14 | 11 | **BY MR. ROY:** |
| 17:14 | 12 | **Q.**   SO YOU BELIEVE THAT THE MRGO REACH 1 AND REACH 2, AS THEY |
| 17:14 | 13 | BOTH ENLARGED IN DEPTH AND WIDTH SINCE ORIGINAL DESIGN AND |
| 17:14 | 14 | CONSTRUCTION, SIGNIFICANTLY CONTRIBUTED TO THE VOLUME AND |
| 17:14 | 15 | DURATION OF THE SURGE IN REACH 1 THAT OVERTOPPED THE CITRUS |
| 17:14 | 16 | BACK LEVEE AND CONTRIBUTED TO THE ROBINSONS' FLOODING; IS THAT |
| 17:14 | 17 | RIGHT? |
| 17:14 | 18 | **A.**   NO QUESTION ABOUT THAT. |
| 17:14 | 19 | **Q.**   IN FACT, IF IT HAD NOT ENLARGED, ALL RIGHT, IF I |
| 17:14 | 20 | UNDERSTOOD YOU CORRECTLY, STRICTLY WITH THAT, WITHOUT ANY OTHER |
| 17:14 | 21 | REMEDIATION WHATSOEVER, IT'S HALF THE FLOODING? |
| 17:14 | 22 | **A.**   THAT'S MY OPINION. |
| 17:14 | 23 | **Q.**   THE FULLY MITIGATED MRGO FLOW COMPARISONS AT PEAK SURGE, |
| 17:14 | 24 | 8:00 A.M., OVERTOPPING IS REDUCED, BOTTOM LINE, 82 PERCENT IN |
| 17:15 | 25 | NEW ORLEANS EAST; IS THAT RIGHT? |

FINAL DAILY COPY

17:15  1   **A.**   THAT'S RIGHT.

17:15  2   **Q.**   LOWER NINTH WARD AND ST. BERNARD PARISH, WHAT'S THE

17:15  3   RESULT?

17:15  4   **A.**   PERHAPS WE CAN GET THE CHART BACK UP.  OKAY.  SO THE LOWER

17:15  5   NINTH WARD -- NOW, WHAT WE HAVE DONE HERE IS WE DON'T HAVE --

17:15  6   WE HAVE COMBINED ST. BERNARD AND THE LOWER NINTH WARD, BUT

17:15  7   REALLY, WHAT WE ARE LOOKING AT THERE, AND WHEN WE SAY -- THIS

17:15  8   IS THE SECOND LINE.  THIS IS REALLY THE LOWER NINTH WARD

17:15  9   BECAUSE, REMEMBER, UNDER SCENARIO 1, IF THERE IS NO BREACHING,

17:15  10  THEN WE DON'T GET WATER IN ST. BERNARD.

17:15  11          **THE COURT:**  RIGHT.  WE HAVE GOT THAT.

17:15  12          **THE WITNESS:**  RIGHT.  SO THIS WOULD BE MOSTLY

17:15  13  OVERFLOW OF THE FLOOD WALLS IN THE IHNC.  THERE WE ARE SHOWING

17:15  14  WE WOULD HAVE ONLY 15 PERCENT OF THAT OVERFLOW FOR SCENARIO 2C

17:16  15  AND WE HAVE ABOUT 79, 80 PERCENT FOR 3.  SO THERE IS A

17:16  16  REDUCTION, BUT IT'S NOT -- FOR 3, BUT IT'S ONLY ABOUT

17:16  17  20 PERCENT OF THE OVERFLOW.  BUT, OF COURSE, THAT WAS A VERY

17:16  18  SMALL CONTRIBUTOR TO THE ACTUAL FLOODING.

17:16  19          **THE COURT:**  BREACHING WAS --

17:16  20          **THE WITNESS:**  BREACHING WAS --

17:16  21          **THE COURT:**  -- PRIMARY, OTHER THAN WHAT OCCURRED FROM

17:16  22  REACH 2 BECAUSE, AS I UNDERSTAND SOME OF THE TESTIMONY, SOME OF

17:16  23  THAT AREA WAS FLOODED BY VIRTUE OF THE FAILURE OF REACH 2

17:16  24  LEVEES.

17:16  25          **THE WITNESS:**  I THINK 90 PERCENT OF THE WATER CAME

17:16    1    FROM THE FAILURE OF REACH 2; ABOUT 10 PERCENT FROM THE FAILURE

17:16    2    OF FLOOD WALLS.

17:16    3              **THE COURT:**  IN THE LOWER NINTH?

17:16    4              **THE WITNESS:**  THAT'S CORRECT.

17:16    5              **THE COURT:**  THANK YOU.

17:16    6    **BY MR. ROY:**

17:16    7    **Q.**   DID YOU OR YOUR TEAM EVER DETERMINE IF THERE WAS A SECOND

17:17    8    SURGE, LIKE DR. WESTERINK OPINED AND LIKE THE JUDGE REFERRED TO

17:17    9    EARLIER TODAY?

17:17   10    **A.**   THE ONLY THING I COULD LOOK AT WAS -- THE ONLY RECORD THAT

17:17   11    WAS ACTUALLY CONTEMPORANEOUS, WHICH IS THE LOCK MASTER'S

17:17   12    RECORD, IT DOES NOT SHOW THAT SECOND SURGE.  BUT WE SHOW A

17:17   13    SMALL HUMP ON SOME OF OUR FINEL RESULTS THAT COULD BE ANALOGOUS

17:17   14    TO THE LARGE HUMP THAT DR. WESTERINK SHOWS.  IT DOESN'T SEEM TO

17:17   15    SHOW UP IN THE ONLY RECORD THAT WE ACTUALLY HAVE.

17:17   16    **Q.**   NOTHING YOU HAVE SHOWS THIS DRAMATIC SECOND SURGE THAT

17:17   17    COMES BACK AND SITS THERE FOR A WHILE BEFORE GRADUALLY COMING

17:17   18    BACK DOWN; RIGHT?

17:17   19    **A.**   NO.  UNTIL I SAW DR. WESTERINK'S CHRISTMAS REPORT, I HAD

17:17   20    NEVER SEEN ANY DEPICTION OF SURGE, CERTAINLY NOT IN IPET.

17:18   21    **Q.**   IS THAT USING THAT NEW ADCIRC, THAT SL15?

17:18   22    **A.**   I THINK YOU WILL HAVE TO ASK DR. WESTERINK ABOUT THAT.

17:18   23    **Q.**   IN YOUR OBSERVATION AND YOUR EXPERTISE THAT YOU HAVE BEEN

17:18   24    TENDERED TODAY, WAS KATRINA THE MOTHER OF ALL STORMS TO HIT

17:18   25    ST. BERNARD AND ORLEANS PARISH IN THE LAST 100 YEARS?

17:18    1    **A.**   WELL, IT REALLY DIDN'T HIT NEW ORLEANS.  IT KIND OF WAS A

17:18    2    NEAR MISS.  IT WAS A VERY SEVERE STORM, BUT IT WAS CERTAINLY

17:18    3    NOT THE WORST-CASE SCENARIO FOR NEW ORLEANS.

17:18    4    **Q.**   IT WAS A CATEGORY 3 STORM THAT MISSED NEW ORLEANS?

17:18    5    **A.**   CATEGORY 3 STORM, YEAH.  WE WERE ON THE BEST SIDE OF IT.

17:18    6    CERTAINLY, THE POOR PEOPLE IN MISSISSIPPI GOT THE WORST OF IT.

17:19    7         WHEN WE MODELED THE HURRICANE PAM SIMULATION -- THAT

17:19    8    WAS A MYTHICAL STORM -- THE WIND SPEEDS WERE NOT ANY HIGHER

17:19    9    THAN IN KATRINA, BUT IT WAS ON A WORST TRACK, AND SO OUR

17:19   10    MODELING SHOWED IT WOULD HAVE FLOODED BOTH BANKS OF

17:19   11    NEW ORLEANS.  KATRINA ONLY FLOODED ONE BANK, THANK GOODNESS.

17:19   12    **Q.**   EVEN IF THE FUNNEL WAS A RESULT OF THE ORIGINAL DESIGN OF

17:19   13    THE MRGO REACH 1 AND REACH 2, FROM AN OCEANOGRAPHER'S

17:19   14    STANDPOINT, THE PROBABILITY FOR RESULTING HARM TO PEOPLE AND

17:19   15    PROPERTY, IN YOUR OPINION, SHOULD HAVE BEEN SEEN, RECOGNIZED,

17:19   16    AND CORRECTED BY REMEDIATION AS EARLY AS '66 AND NO LATER THAN

17:19   17    '91; IS THAT A FAIR STATEMENT?

17:19   18    **A.**   THAT'S A FAIR STATEMENT.

17:19   19    **Q.**   IS THAT YOUR OPINION?

17:19   20    **A.**   THAT'S MY OPINION.

17:19   21    **Q.**   IS THAT BASED ON THE SCIENCE AND THE MODELING, YOUR

17:20   22    EDUCATION, AND YOUR EXPERIENCE?

17:20   23    **A.**   YES, SIR.

17:20   24    **Q.**   NO LATER THAN 1966 OR, AT THE LATEST, 1973, IN YOUR

17:20   25    PROFESSIONAL OPINION, SHOULD A MINIMALLY COMPETENT

| 17:20 | 1 | OCEANOGRAPHER HAVE RECOGNIZED THE FUNNEL AND ITS PROBABLE CAUSE |
| 17:20 | 2 | OF DESTRUCTION OF LIFE AND PROPERTY UNDER HURRICANE SURGE |
| 17:20 | 3 | CONDITIONS AND THEREAFTER?  DO YOU AGREE WITH THAT? |
| 17:20 | 4 | **A.**   I DO. |
| 17:20 | 5 | **Q.**   THE FUNNEL, AS REACH 1 AND REACH 2 GREW WIDER AND DEEPER |
| 17:20 | 6 | WITH DREDGING AND EROSION, WAS EVEN MORE DANGEROUS, AND ANY |
| 17:20 | 7 | MINIMALLY COMPETENT OCEANOGRAPHER WITH THE CORPS SHOULD HAVE |
| 17:20 | 8 | KNOWN THAT BY NO LATER THAN THE LATE '80S, AND THE CORPS SHOULD |
| 17:20 | 9 | HAVE ADVISED CONGRESS TO TAKE REMEDIAL ACTION?  DO YOU BELIEVE |
| 17:20 | 10 | THAT TO BE TRUE? |
| 17:20 | 11 | **A.**   ABSOLUTELY. |
| 17:20 | 12 | **Q.**   FAILURE TO MITIGATE BOTH THE REACH 1 AND REACH 2 AS |
| 17:20 | 13 | DESIGNED BY, AT THE LATEST, 1988 WAS A SIGNIFICANT CAUSE OF THE |
| 17:20 | 14 | FLOODING PLAINTIFFS SUSTAINED DURING KATRINA, THE PLAINTIFFS IN |
| 17:20 | 15 | THIS CASE; IS THAT TRUE? |
| 17:20 | 16 | **A.**   CAN YOU REPEAT THAT AGAIN.  I COULDN'T QUITE -- |
| 17:21 | 17 | **Q.**   FAILURE TO MITIGATE BOTH THE MRGO REACH 1 AND REACH 2 AS |
| 17:21 | 18 | DESIGNED BY, AT THE LATEST, BY 1988 WAS A SIGNIFICANT CAUSE OF |
| 17:21 | 19 | THE FLOODING THE PLAINTIFFS SUSTAINED IN KATRINA? |
| 17:21 | 20 | **A.**   OKAY.  I'M GOING TO INTERPRET THAT AS MEANING AS IT WAS IN |
| 17:21 | 21 | 1980S, NOT AS DESIGNED. |
| 17:21 | 22 | **Q.**   NO.  I'M TIRED.  I APOLOGIZE.  YOU'RE RIGHT.  AS IT HAD |
| 17:21 | 23 | MORPHED -- |
| 17:21 | 24 | **A.**   OKAY.  YES, YES. |
| 17:21 | 25 | **Q.**   -- SINCE DESIGN AND CONSTRUCTION. |

| | | |
|---|---|---|
| 17:21 | 1 | **A.** RIGHT. BECAUSE THEN THE WAVE EFFECTS BEGAN TO COME IN. |
| 17:21 | 2 | **Q.** THE FAILURE TO MITIGATE THE POSTDESIGN AND CONSTRUCTION |
| 17:21 | 3 | REACH 1 AND REACH 2 MORPHING DUE TO DREDGING AND EROSION WAS A |
| 17:21 | 4 | SIGNIFICANT CAUSE OF THE PLAINTIFFS' FLOODING IN KATRINA; IS |
| 17:21 | 5 | THAT CORRECT? |
| 17:21 | 6 | **A.** NO QUESTION. |
| 17:21 | 7 | **Q.** KENT LATTIMORE'S HOME IN ST. BERNARD -- |
| 17:21 | 8 | **MR. ROY:** LET'S GO TO PAGE 161 OF THE POWERPOINT. |
| 17:22 | 9 | **BY MR. ROY:** |
| 17:22 | 10 | **Q.** -- YOUR PROFESSIONAL OPINION IS THAT HIS HOUSE WOULD |
| 17:22 | 11 | SUFFER DURING HURRICANE KATRINA SUBSTANTIALLY LESS WITH A |
| 17:22 | 12 | NEUTRAL MRGO; IS THAT RIGHT? |
| 17:22 | 13 | **THE COURT:** THANK YOU FOR NOT ANSWERING. |
| 17:22 | 14 | YES, SIR, COUNSEL. I'M SORRY. |
| 17:22 | 15 | **MR. LEVINE:** I'M GOING TO OBJECT. THESE ARE |
| 17:22 | 16 | HYDROGRAPH RESULTS DERIVED FROM THE SOBEK REPORT THAT I DON'T |
| 17:22 | 17 | BELIEVE WERE INCLUDED IN DR. KEMP'S REPORT ANYWHERE. |
| 17:22 | 18 | **THE COURT:** I UNDERSTAND THAT. I NOTE YOUR |
| 17:22 | 19 | OBJECTION. SINCE THEY HAVE ALREADY BEEN INTRODUCED INTO |
| 17:22 | 20 | EVIDENCE, I AM GOING TO ALLOW HIM SIMPLY FROM AN ILLUSTRATIVE |
| 17:22 | 21 | STANDPOINT TO CONFIRM AN OPINION HE HAS REALLY ALREADY GIVEN. |
| 17:22 | 22 | THE OBJECTION IS NOTED. HE MAY ANSWER THE QUESTION. |
| 17:22 | 23 | **BY MR. ROY:** |
| 17:22 | 24 | **Q.** DR. KEMP, HOW MUCH FLOODING DID MR. LATTIMORE'S HOME |
| 17:22 | 25 | SUFFER DURING HURRICANE KATRINA? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:22 | 1 | **A.**   THE GROUND ELEVATION HERE IS 4 FEET AND THE PEAK ELEVATION |
| 17:23 | 2 | OF THE SURGE AT THIS LOCATION IS 10 FEET, SO IT SUFFERED A |
| 17:23 | 3 | TOTAL OF 5 FEET. |
| 17:23 | 4 | **Q.**   IN YOUR EXPERT OPINION, WITH A FULLY NEUTRAL MRGO PROJECT, |
| 17:23 | 5 | HOW MUCH FLOODING WOULD HAVE OCCURRED IN HIS HOME? |
| 17:23 | 6 | **A.**   IT LOOKS LIKE ABOUT A FOOT. |
| 17:23 | 7 | **Q.**   SAME WITH SCENARIO 3? |
| 17:23 | 8 | **A.**   I'M SORRY.  I HAVE TO READ THIS BECAUSE THIS IS |
| 17:23 | 9 | DR. VRIJLING'S.  IT WOULD HAVE BEEN ABOUT A FOOT IF THE |
| 17:23 | 10 | INDUSTRIAL CANAL BREACHES OCCURRED, WHICH I BELIEVE DR. BEA |
| 17:23 | 11 | SAYS THEY DO.  IF THEY DIDN'T OCCUR, THEN THERE WOULD BE NO |
| 17:23 | 12 | FLOODING.  SO ASSUMING THAT THE INDUSTRIAL CANAL BREACHES |
| 17:23 | 13 | OCCUR, IT'S ABOUT A FOOT. |
| 17:23 | 14 | **Q.**   THE SAME WITH SCENARIO 3? |
| 17:23 | 15 | **A.**   THAT'S RIGHT, BECAUSE THERE'S -- WE ARE TALKING HERE ABOUT |
| 17:23 | 16 | BREACHING, AND DR. BEA SAYS 2C AND 3 PRODUCED NO BREACHING. |
| 17:24 | 17 | **Q.**   WHEN YOU SAY 1 FOOT, THAT'S 1 FOOT ON THE PROPERTY? |
| 17:24 | 18 | **A.**   YEAH.  I WAS LOOKING HERE AT THE -- |
| 17:24 | 19 | **THE COURT:**  THAT NEEDED TO BE CLARIFIED.  NOT 1 FOOT |
| 17:24 | 20 | INTO THE HOME, BUT 1 FOOT ONTO THE PROPERTY? |
| 17:24 | 21 | **THE WITNESS:**  THAT'S RIGHT.  THIS WOULD BE MORE |
| 17:24 | 22 | STREET FLOODING. |
| 17:24 | 23 | **BY MR. ROY:** |
| 17:24 | 24 | **Q.**   YOUR ANSWERS WOULD BE THE SAME IF I REPEATED THE SAME |
| 17:24 | 25 | QUESTIONS FOR LATTIMORE & ASSOCIATES' OFFICE IN ST. BERNARD; IS |

17:24    1   THAT TRUE?

17:24    2   **A.**   MY UNDERSTANDING IS THEY ARE VERY CLOSE TOGETHER IN

17:24    3   LOCATION.

17:24    4   **Q.**   TANYA SMITH'S HOME?

17:24    5   **A.**   YEAH.

17:24    6   **Q.**   PX-1771, AT PAGE 3, POWERPOINT PAGE 162, HOW MUCH FLOODING

17:24    7   DID HER HOUSE SUFFER DURING KATRINA?

17:24    8   **A.**   IT SUFFERED ABOUT 11 FEET.

17:24    9   **Q.**   GROUND ELEVATION WAS 1 FOOT; RIGHT?

17:24   10   **A.**   IT SAYS HERE -- YEAH, ABOUT 1 FOOT.  THE TOTAL

17:24   11   ELEVATION -- IT SAYS "WATER DEPTH" OVER HERE, BUT I THINK THEY

17:24   12   REALLY MEAN THE TOTAL ELEVATION OF THE WATER.  SO IF I SUBTRACT

17:24   13   1 FOOT FROM 11 FEET, I GET 10 FEET OF FLOODING IN THE HOUSE.

17:25   14        THE BLUE LINE OVER HERE SHOWS THE SITUATION IF THE

17:25   15   ONLY FLOODING WAS COMING FROM THE INDUSTRIAL CANAL BREACH.  SO

17:25   16   WE WOULD HAVE GOTTEN 2 1/2 FEET THERE INSTEAD OF -- WELL, IT

17:25   17   WOULD HAVE BEEN 1 1/2 FEET, REALLY.

17:25   18   **Q.**   IN YOUR EXPERT OPINION, WITH A FULLY NEUTRAL MRGO PROJECT,

17:25   19   HOW MUCH FLOODING WOULD HAVE OCCURRED IN THAT HOME?

17:25   20   **A.**   I THINK THIS WOULD HAVE BEEN MORE WET CARPETS AND MAYBE

17:25   21   SOME, YOU KNOW, FLOORS THAT HAD TO BE REPLACED.

17:25   22   **Q.**   SCENARIO 3, SAME RESULT; RIGHT?

17:25   23   **A.**   RIGHT.

17:25   24   **Q.**   ANTHONY AND LUCILLE FRANZ'S HOME IN THE LOWER NINTH WARD,

17:25   25   POWERPOINT PAGE 160, PX-1771, AT PAGE, 4.  HOW MUCH FLOODING

17:25   1   DID THEIR PROPERTY SUFFER DURING HURRICANE KATRINA?  THE GROUND

17:25   2   IS AT 1 1/2-FEET ELEVATION; RIGHT?

17:26   3   **A.**   THAT'S RIGHT.  BUT THE SURGE GOT UP TO CLOSE TO 11 FEET,

17:26   4   SO THEY SUFFERED 9 1/2 FEET OF FLOODING.  BECAUSE THEY WERE

17:26   5   VERY CLOSE TO THE INDUSTRIAL CANAL BREACH, THEY WOULD STILL GET

17:26   6   ABOUT 5 FEET OF FLOODING.

17:26   7   **Q.**   IN YOUR EXPERT OPINION, UNDER A FULLY NEUTRAL MRGO, HOW

17:26   8   MUCH FLOODING WOULD HAVE OCCURRED AT THEIR SITE?

17:26   9   **A.**   I'M STILL ASSUMING THE INDUSTRIAL CANAL BREACH OCCURS.  I

17:26   10   HAVE TO REMEMBER WHAT DR. BEA SAID ABOUT IT, BUT THEY WOULD

17:26   11   STILL GET ABOUT 5 FEET OF FLOODING.

17:26   12   **Q.**   IF NO INDUSTRIAL CANAL BREACH?

17:26   13   **A.**   WELL, THEY WOULDN'T GET ANY FLOODING.

17:26   14   **Q.**   NORMAN AND MONICA ROBINSON'S HOME IN NEW ORLEANS EAST --

17:26   15   LET'S GO TO POWERPOINT PAGE 159, WHICH IS DERIVED FROM PX-1771

17:26   16   AT PAGE 1 -- HOW MUCH FLOODING DID THEIR PROPERTY SUFFER DURING

17:26   17   HURRICANE KATRINA?

17:26   18   **A.**   THIS ONE I HAVE A HARD TIME INTERPRETING BECAUSE I THINK

17:26   19   IT REALLY IS DEPTH, NOT ELEVATION.

17:27   20   **Q.**   IS THAT ABOUT 13 FEET?

17:27   21   **A.**   YEAH.

17:27   22   **Q.**   IN YOUR EXPERT OPINION, UNDER FULLY MITIGATED MRGO

17:27   23   CIRCUMSTANCES, HOW MUCH FLOODING WOULD HAVE OCCURRED IN THEIR

17:27   24   HOME?

17:27   25   **A.**   IN THIS CASE, FULLY MITIGATED, THAT MEANS?

17:27 1    **THE COURT:**  2C.

17:27 2    **THE WITNESS:**  2C.  IT WOULD HAVE BEEN LESS THAN

17:27 3 2 FEET.

17:27 4 **BY MR. ROY:**

17:27 5 **Q.**  IF THE JUDGE FOR WHATEVER REASON, DESPITE OUR PROTESTS,

17:27 6 DECIDES TO ONLY USE A COMPARISON BETWEEN SCENARIO 1 AND 3 FOR

17:27 7 THE ROBINSONS IN NEW ORLEANS EAST, THEN IS IT YOUR EXPERT

17:27 8 OPINION THAT, COMPARING THOSE TWO, THE DIFFERENCE WOULD HAVE

17:27 9 BEEN THAT THE ROBINSONS WOULD ONLY HAVE ABOUT 6, 6 1/2, FEET ON

17:27 10 THEIR PROPERTY?

17:27 11 **A.**  THAT'S CORRECT.  YES, WE DISCUSSED THAT EARLIER.

17:27 12 **Q.**  WOULD STANDING WATER POSTSURGE BE NOT GREATER THAN WHAT?

17:28 13 **A.**  YOU KNOW, IT'S GOING TO BE -- IF IT'S 7 FEET IN THE HOUSE,

17:28 14 AND THE HOUSE IS AT A -7.1, IT MIGHT BE CLOSE TO SEA LEVEL.  I

17:28 15 MEAN, IN THIS AREA YOU HAD A LOT OF FLOODING EVEN WHEN THE

17:28 16 WATER WAS JUST 1 OR 2 FEET ABOVE SEA LEVEL, YOU KNOW.

17:28 17 **Q.**  WELL, GO BACK --

17:28 18 **A.**  ABOUT HALF THE FLOODING YOU WOULD HAVE HAD OTHERWISE.

17:28 19 **Q.**  ABOUT 36 INCHES?  ABOUT 3 FEET?

17:28 20 **A.**  SOMETHING LIKE THAT.

17:28 21 **Q.**  ALL RIGHT.  WAS THE AMOUNT OF FLOODING OF THE PLAINTIFFS

17:28 22 PREVENTIBLE, IN YOUR EXPERT OPINION?

17:28 23 **A.**  ABSOLUTELY.

17:28 24 **Q.**  WAS THE FLOODING OF THE PLAINTIFFS FROM THE UNMITIGATED

17:28 25 MRGO A SUBSTANTIAL FACTOR IN WHATEVER WATER CAUSED DAMAGE AT

| | | |
|---|---|---|
| 17:28 | 1 | THEIR PROPERTIES? |
| 17:28 | 2 | **A.**   I THINK WE HAVE WALKED THROUGH THAT AND SHOWN THAT IT |
| 17:28 | 3 | CONTRIBUTED TO MOST OF THE DAMAGE. |
| 17:28 | 4 | **Q.**   HAVE ALL OF YOUR OPINIONS THAT YOU HAVE GIVEN IN YOUR |
| 17:28 | 5 | REPORTS AND IN YOUR TESTIMONY HERE IN THIS COURT BEEN BASED ON |
| 17:28 | 6 | YOUR EXPERTISE AND EXPERIENCE AND OFFERED BASED UPON REASONABLE |
| 17:29 | 7 | SCIENTIFIC CERTAINTY AS YOU KNOW THAT WITHIN YOUR PROFESSION? |
| 17:29 | 8 | **A.**   THAT'S CORRECT. |
| 17:29 | 9 | **MR. ROY:**  YOUR HONOR, GIVE ME JUST A MOMENT IF YOU |
| 17:29 | 10 | WOULD. |
| 17:29 | 11 | **THE COURT:**  I'LL ASK HIM ONE QUESTION JUST TO GET |
| 17:29 | 12 | SOMETHING CLEAR IN MY MIND.  IF -- AND IT'S A BIG "IF."  BUT IF |
| 17:29 | 13 | FOR SOME REASON THERE WAS A SURGE BARRIER PLACED AT AN |
| 17:29 | 14 | APPROPRIATE LOCATION NEAR THE IHNC AND MRGO IN 1966, TO YOUR |
| 17:29 | 15 | KNOWLEDGE -- ONLY IF YOU KNOW -- WOULD THE BREACHES HAVE |
| 17:29 | 16 | OCCURRED -- WOULD THERE HAVE BEEN ANY IMPACT ON -- WOULD THE |
| 17:29 | 17 | BREACHES THAT OCCURRED AT THE IHNC HAVE OCCURRED?  IF YOU DON'T |
| 17:30 | 18 | KNOW, THAT'S FINE. |
| 17:30 | 19 | **THE WITNESS:**  THE WATER LEVEL WOULD HAVE BEEN |
| 17:30 | 20 | CONTROLLED BY THE LEVEL IN LAKE PONTCHARTRAIN, WHICH REACHED |
| 17:30 | 21 | ABOUT 12 FEET.  SO I WOULD ASSUME THAT YOU WOULD HAVE 12 FEET |
| 17:30 | 22 | OF WATER IN THERE.  I THINK AT LEAST THE SMALL NORTH BREACH MAY |
| 17:30 | 23 | HAVE OCCURRED ANYWAY. |
| 17:30 | 24 | **THE COURT:**  OKAY.  THAT'S JUST IN THE EVENT -- AND I |
| 17:30 | 25 | HAVE TO THINK ABOUT EVERY POSSIBLE SCENARIO.  SO IF WE'RE |

| | | |
|---|---|---|
| 17:30 | 1 | CALCULATING -- IF, IF, IF -- AND, AGAIN, BIG "IF'S."  THE COURT |
| 17:30 | 2 | HAS NO IDEA WHAT IT'S GOING TO DO.  IF THE COURT WOULD SOMEHOW |
| 17:30 | 3 | FIND LIABILITY ALLOCATING DAMAGES -- AND I'M EXPECTING A LITTLE |
| 17:30 | 4 | BRIEFING ON THAT SHORTLY, AND I'VE BEEN THINKING ABOUT THIS FOR |
| 17:30 | 5 | THE COURT OF APPEAL.  THIS IS JUST AN ASIDE.  HOW YOU ARE GOING |
| 17:30 | 6 | TO BRIEF THIS, WITH THE PAGE NUMBER REQUIREMENT IN THE COURT OF |
| 17:30 | 7 | APPEALS, IS GOING TO BE SOMETHING ELSE.  I'M AFRAID YOU ARE |
| 17:30 | 8 | GOING TO HAVE TO GET AN EXTENSION. |
| 17:31 | 9 | **MR. ROY:**  BY THE GRACE OF GOD, THOUGH, YOUR HONOR IS |
| 17:31 | 10 | NOT LIMITED TO SUCH A PAGE LIMIT. |
| 17:31 | 11 | **THE COURT:**  NO, I'M NOT.  I WANT YOU TO BE THINKING |
| 17:31 | 12 | ABOUT THAT.  I'M THINKING ABOUT IT.  SO IF IT'S TOO LONG, IT |
| 17:31 | 13 | WON'T BE TAILORED ENOUGH.  LET'S ALL BE THINKING ABOUT THAT.  I |
| 17:31 | 14 | THINK WE CAN DISTILL A LOT OF THE ISSUES, BUT I'LL GIVE YOU |
| 17:31 | 15 | SOME HINTS AT THE END OF THE TRIAL. |
| 17:31 | 16 | **MR. ROY:**  THANK YOU, YOUR HONOR.  WE TENDER THE |
| 17:31 | 17 | WITNESS. |
| 17:31 | 18 | **THE COURT:**  THANK YOU, MR. ROY, FOR YOUR EXAMINATION. |
| 17:31 | 19 | SIR, I'M ASSUMING YOU ARE GOING TO DEFER UNTIL |
| 17:31 | 20 | TOMORROW? |
| 17:31 | 21 | **MR. LEVINE:**  YES, SIR. |
| 17:31 | 22 | **THE COURT:**  SIR, YOU MAY STEP DOWN, AND YOU WILL BE |
| 17:31 | 23 | UP TOMORROW. |
| 17:31 | 24 | **MR. STEVENS:**  YOUR HONOR, IT'S KIND OF BECOME MY TASK |
| 17:31 | 25 | THESE DAYS TO SUMMARIZE THINGS AND MAKE LISTS.  TO AVOID |

FINAL DAILY COPY

17:31   1   CONFUSION IN THE RECORD AND HOPEFULLY STRAIGHTEN IT OUT, WE

17:31   2   SORT OF SCURRIED LAST NIGHT TO PULL ALL THE DEPOSITIONS THAT

17:31   3   KEA SHERMAN HAD BEEN INVOLVED IN.

17:31   4            IN CONNECTION WITH TODAY'S HEARING ON THE MOTION

17:31   5   TO DISQUALIFY COUNSEL, WE WOULD JUST REOFFER AS EXHIBIT 9 TO

17:31   6   OUR OPPOSITION -- BECAUSE THERE WERE EIGHT ATTACHMENTS.

17:31   7   EXHIBIT 9 IS AN ACCUMULATION.  IT'S SOME BEFORE AND AFTER, BUT

17:32   8   BASICALLY SEVEN DEPOSITIONS THAT MS. SHERMAN ATTENDED WHILE

17:32   9   EMPLOYED WITH BURGLASS BEFORE HER CHANGE IN EMPLOYMENT AND

17:32   10  EIGHT DEPOSITIONS AFTER HER CHANGE IN EMPLOYMENT ON MAY 1,

17:32   11  2008, WHEN SHE WENT TO WORK FOR THE ANDRY FIRM.

17:32   12            IT LISTS ALL THOSE DEPOSITIONS AND ATTACHES TO

17:32   13  IT THE COVER SHEET AND THE APPEARANCE PAGES FOR EACH ONE OF

17:32   14  THOSE.  IT'S HIGHLIGHTED AS TO WHICH ATTORNEYS WERE THERE FOR

17:32   15  THE UNITED STATES.  IT'S ALL EXPLANATORY ON THE COVER NOTE FOR

17:32   16  EXHIBIT 9.  I WON'T TAKE ANY MORE OF YOUR TIME.

17:32   17            **THE COURT:**  THE GOVERNMENT DOESN'T HAVE AN OBJECTION

17:32   18  TO THAT, OR DO YOU?  I DON'T THINK YOU DO.

17:32   19            **MR. SMITH:**  NO, YOUR HONOR.

17:32   20            **THE COURT:**  I THINK YOU HAD ALREADY SAID THAT.  I

17:32   21  WANTED TO MAKE SURE.

17:32   22            **MR. STEVENS:**  I ALSO HAVE EXTRA COPIES.  I'LL FILE

17:32   23  THE ORIGINAL IN THE MORNING IF YOU WANT.

17:32   24            **THE COURT:**  NO NEED TO.  WE HAVE ENOUGH PAPER.

17:32   25            **MR. ANDRY:**  YOUR HONOR, IF I MAY, I TALKED ABOUT AN

FINAL DAILY COPY

17:33   1   E-MAIL EARLIER.  ON SEPTEMBER 23, 2008, AT 12:09 P.M., I

17:33   2   RECEIVED AN E-MAIL FROM ROBIN SMITH.  IN THE E-MAIL, MR. SMITH

17:33   3   SAID:

17:33   4           "JON, I'VE BEEN INFORMED THAT AN ATTORNEY FROM

17:33   5   YOUR FIRM HAS BEEN CALLING THE CORPS SEEKING INFORMATION

17:33   6   RELEVANT TO THE KATRINA LITIGATION (ASKING ABOUT THE MRGO

17:33   7   CLOSURE PLAN).  ATTACHED IS A VOICE MESSAGE FROM SOMEONE

17:33   8   IDENTIFYING HERSELF AS KEA SHERMAN.  IF THIS IS FROM ONE OF

17:33   9   YOUR ATTORNEYS, WILL YOU PLEASE ENSURE THAT THIS DOES NOT

17:33   10  CONTINUE.  ALL LITIGATION-RELATED INQUIRIES SHOULD BE MADE TO

17:33   11  DEPARTMENT OF JUSTICE ATTORNEYS, WHO ARE CORPS' LITIGATION

17:33   12  COUNSEL.

17:33   13          "THANKS FOR YOUR COOPERATION.  IF YOU HAVE ANY

17:33   14  QUESTION ABOUT THIS OR WISH TO DISCUSS IT, PLEASE DO NOT

17:33   15  HESITATE TO CONTACT ME.  ROBIN."

17:33   16          I AM SURE, YOUR HONOR, THAT I RESPONDED TO THAT

17:33   17  E-MAIL.  I HAVE DILIGENTLY SEARCHED AND PUT ALL THE PEOPLE IN

17:33   18  MY OFFICE -- I HAVE EVEN OFFERED THEM A BONUS IF THEY WERE ABLE

17:33   19  TO FIND THE E-MAIL THAT I RESPONDED.  DUE TO MY INEPTNESS OR

17:33   20  THE COMPUTER PROBLEMS WE HAD, WE WERE UNABLE TO FIND IT.

17:34   21          I CAN REPRESENT TO YOUR HONOR, AS AN OFFICER OF

17:34   22  THE COURT, THAT I DID ADDRESS THIS WITH MR. SMITH AND AT THAT

17:34   23  TIME, UNEQUIVOCABLY, HE KNEW THAT MS. SHERMAN WAS AN ATTORNEY

17:34   24  IN MY OFFICE WELL BEFORE THE TRIAL OF THIS MATTER, PARTICULARLY

17:34   25  YESTERDAY.  THIS WAS IN SEPTEMBER OF 2008.

17:34   1              I WILL PROVIDE THE COURT WITH THE E-MAILS.

17:34   2  UNDERSTANDING THE COURT'S RULING EARLIER, WE WILL JUST PROVIDE

17:34   3  THIS FOR THE PURPOSES OF THE RECORD.  THANK YOU, YOUR HONOR.

17:34   4              **THE COURT:**  THANK YOU.

17:34   5              **MR. ROY:**  I'M NOT SURE WHAT I DID FIVE HOURS AGO MUCH

17:34   6  LESS A YEAR AGO, BUT I DO WANT TO MAKE SURE, IN CONNECTION WITH

17:34   7  THE DIRECT OF DR. KEMP, THAT THE POWERPOINTS THAT WERE REFERRED

17:34   8  TO AND THE PX-S THAT WERE REFERRED TO ARE OFFERED IN CONNECTION

17:34   9  WITH HIS TESTIMONY THAT HAS BEEN GIVEN TODAY.

17:34   10             **THE COURT:**  ANY OBJECTION FROM THE GOVERNMENT?  I

17:34   11  KNOW YOU OBJECTED TO -- GO AHEAD, MR. LEVINE.

17:34   12             **MR. LEVINE:**  I HAVE NO OBJECTION EXCEPT FOR THE FACT

17:34   13  THAT THE POWERPOINTS ARE JUST ADMITTED AS DEMONSTRATIVE

17:34   14  EXHIBITS.

17:34   15             **MR. ROY:**  IF THE POWERPOINTS ARE NOT DERIVED FROM THE

17:35   16  PX NUMBER, THEY'RE JUST POWERPOINTS.  THEY'RE JUST ILLUSTRATIVE

17:35   17  THINGS.  WE HAVE AGREED THAT, SO WHEN WE TALK, IT MAKES SENSE.

17:35   18  THEY'RE ALL IN DEMONSTRATIVELY.  I JUST WANTED TO MAKE SURE --

17:35   19  I THINK THERE WAS ONE EXHIBIT WE HAD TO ADD.

17:35   20             **THE COURT:**  LET ME MAKE SURE, FOR THE

17:35   21  RECORD STANDPOINT, ARE YOU OFFERING THEM TO GO INTO THE RECORD?

17:35   22  I JUST WANT TO MAKE SURE.

17:35   23             **MR. ROY:**  I THINK WE AGREED DEMONSTRATIVES GO IN THE

17:35   24  RECORD BUT NOT AS EXHIBITS.  THEY GO IN JUST AS DEMONSTRATIVES.

17:35   25             **MR. LEVINE:**  RIGHT.  WE'LL BE REFERRING TO THE

FINAL DAILY COPY

17:35    1   POWERPOINT EXHIBITS THROUGHOUT THE --

17:35    2             **MR. ROY:**  YOUR HONOR, WE HAD OFFERED THE POWERPOINTS

17:35    3   REFERRED TO TODAY AS PLAINTIFF DEMONSTRATIVES IN CONNECTION

17:35    4   WITH THIS AND, TO THE EXTENT THEY INCORPORATE ACTUAL PX'S,

17:35    5   OFFER THE PX'S.

17:35    6             **MR. LEVINE:**  I'M CORRECTING MR. SMITH.  WE ARE GOING

17:35    7   TO BE TALKING ABOUT THE POWERPOINTS TOMORROW, REFERENCING THEM

17:35    8   BY NUMBER.  THEREFORE, SO THAT THE COURT, COURT OF APPEALS, OR

17:36    9   ANYBODY ELSE WHO WANTS TO BE ABLE TO REFERENCE IT --

17:36   10             **THE COURT:**  THAT'S A PRACTICAL WAY OF DOING IT,

17:36   11   UNDERSTANDING THAT THEY ARE LABELED DEMONSTRATIVES, BUT BECAUSE

17:36   12   WE ARE TALKING ABOUT THEM SO MUCH, THOSE THAT DON'T HAVE A PX

17:36   13   NUMBER ASSOCIATED -- BECAUSE WE ARE TALKING ABOUT THEM SO MUCH,

17:36   14   AT LEAST IF SOMEONE IS INCLINED TO LOOK AT THEM, THEY MAY;

17:36   15   UNDERSTANDING THAT UNLESS THEY ARE TIED TO A SPECIFIC ALREADY

17:36   16   INTRODUCED PLAINTIFF EXHIBIT OR DEFENDANT EXHIBIT, THEY ARE

17:36   17   DEMONSTRATIVE.

17:36   18             **MR. LEVINE:**  YES, YOUR HONOR.

17:36   19             **THE COURT:**  THANK YOU VERY MUCH, COUNSEL.  WE ARE

17:36   20   ADJOURNED UNTIL TOMORROW AT 9:00 A.M.

17:36   21             **THE DEPUTY CLERK:**  ALL RISE.

17:36   22             (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.)

17:36   23                         * * *

        24

        25

1                              **<u>CERTIFICATE</u>**

2            I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

3  REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT

4  OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE

5  AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND

6  UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE

7  ABOVE-ENTITLED AND NUMBERED MATTER.

8

9

10                                S/ TONI DOYLE TUSA

                                       TONI DOYLE TUSA, CCR, FCRR

11                                    OFFICIAL COURT REPORTER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FINAL DAILY COPY

'07 [2] 1831/9 1831/12
'08 [1] 1740/25
'09 [1] 1741/1
'60S [3] 1745/16 1753/24 1844/11
'66 [1] 1855/16
'70S [2] 1745/17 1753/24
'80S [1] 1856/8
'88 [2] 1758/15 1766/12
'91 [4] 1766/16 1767/19 1767/23 1855/17
'93 [1] 1761/6
'94 [1] 1761/5
'95 [1] 1761/5
'CRITICAL' [1] 1770/10
'GOODNESS' [1] 1768/12

-
-7.1 [1] 1861/14

.
.1 [1] 1802/17

0
06-CV-2268-K [1] 1723/5
09 [1] 1764/10

1
1,000 [1] 1760/7
1,640 FEET [1] 1797/17
1-INCH [2] 1845/2 1845/2
1/2 [6] 1807/11 1813/1 1859/16 1859/17 1860/4 1861/9
1/2-FEET [1] 1860/2
1/2-FOOT [1] 1815/7
10 [12] 1743/13 1747/15 1756/20 1756/20 1762/11 1773/17 1792/23 1797/22 1798/19 1802/13 1850/1 1859/13
10 FEET [1] 1858/2
10 PERCENT [1] 1854/1
100 [2] 1849/1 1854/25
100-YEAR [1] 1754/9
1000 [1] 1723/16
10022 [1] 1725/4
101 [4] 1753/8 1753/10 1753/12 1757/8
104 [1] 1802/12
11 [5] 1740/23 1741/13 1746/19 1763/20 1837/1
11 FEET [4] 1747/8 1859/8 1859/13 1860/3
1100 [1] 1724/3
111 [1] 1836/4
1135 [1] 1771/22
118,000 CUBIC [1] 1847/12
118,300 [1] 1851/12
12 [2] 1745/22 1747/2
12 FEET [4] 1837/1 1850/5 1862/21 1862/21
12 MILES [1] 1761/2
1205 [1] 1724/24
1261 [1] 1724/13
12:09 P.M [1] 1865/1
13 FEET [1] 1860/20
13.6 FEET [1] 1789/19
135 [1] 1846/17
136 [2] 1802/15 1802/22
1366 [1] 1724/14
137 [1] 1803/19
14 [6] 1740/25 1741/1 1743/13 1744/7 1754/1 1781/18
14.2 FEET [3] 1782/12 1782/13 1789/21
142 [1] 1848/12

15 [9] 1758/6 1758/9 1762/21 1763/1 1773/2 1792/4 1799/8 1799/10 1804/10
15 FEET [2] 1762/5 1814/12
15 PERCENT [1] 1853/14
15-SECOND [1] 1794/13
157,000 [1] 1839/19
159 [1] 1860/15
16 [1] 1741/10
16-SECOND [1] 1792/19
160 [1] 1859/25
161 [1] 1857/8
162 [1] 1859/6
163 [3] 1786/3 1786/7 1789/5
17 FEET [1] 1781/17
17,600 [1] 1851/12
17,600 CUBIC [1] 1847/17
1771 [3] 1859/6 1859/25 1860/15
18 PERCENT [3] 1849/2 1849/15 1849/17
185 [1] 1747/16
19 [2] 1741/1 1833/24
193 [2] 1761/8 1761/8
194 [2] 1740/24 1774/5
195 [1] 1747/16
1965 [1] 1835/9
1966 [13] 1747/17 1747/22 1748/12 1749/10 1751/20 1752/12 1752/20 1772/13 1772/16 1816/22 1834/19 1855/24 1862/14
1967 [1] 1754/7
1969 [3] 1756/21 1761/23 1762/3
1973 [4] 1753/19 1754/24 1755/5 1855/24
1975 [1] 1729/15
1980 [1] 1763/4
1980S [1] 1856/21
1986 [1] 1730/13
1987 [1] 1731/10
1988 [10] 1757/21 1758/24 1759/9 1760/1 1761/11 1762/9 1765/13 1772/16 1856/13 1856/18
1990S [2] 1731/5 1759/14
1991 [6] 1766/17 1766/25 1769/2 1769/2 1770/1 1770/19
1992 [1] 1729/7
1993 [1] 1731/10
1994 [1] 1731/16
1D [1] 1732/9
1D/2D [1] 1827/20

2
2 FEET [2] 1861/3 1861/16
2 INCHES [1] 1844/23
2,000 FEET [2] 1818/8 1818/10
2,300 [4] 1736/3 1736/15 1736/18 1736/19
20 [6] 1728/21 1743/14 1762/21 1763/1 1780/3 1785/7
20 PERCENT [1] 1853/17
2003 [1] 1777/7
20044 [1] 1725/18
2005 [2] 1738/12 1745/14
2007 [8] 1729/7 1729/7 1735/19 1740/24 1741/10 1774/5 1830/13 1832/14
2008 [6] 1728/4 1740/24 1741/1 1864/11 1865/1 1865/25
2009 [2] 1723/7 1727/2
2082 [1] 1768/7
2152 [6] 1741/2 1774/12 1774/13 1816/23 1831/8 1831/12
22 [1] 1728/3
225 [1] 1728/2

23 [5] 1736/13 1736/16 1736/18 1754/14 1754/14
24 [3] 1754/4 1754/14 1761/11
25 [5] 1730/9 1755/11 1755/12 1781/4 1847/15
2626 [1] 1724/24
2655 [1] 1724/10
27 [2] 1795/17 1830/13
28 [5] 1740/24 1767/24 1774/5 1796/12 1832/14
29 [6] 1723/7 1727/2 1745/14 1800/22 1811/16 1831/9
2C [22] 1790/8 1833/22 1839/16 1839/22 1839/25 1840/1 1840/9 1847/6 1847/16 1847/22 1848/20 1849/1 1849/2 1849/13 1851/1 1851/4 1851/12 1851/14 1853/14 1858/16 1861/1 1861/2
2D [3] 1732/9 1732/21 1827/20

3
3 FEET [1] 1861/19
3,600 [1] 1802/8
30 [6] 1729/23 1767/23 1770/1 1806/24 1806/24 1833/16
30 FEET [1] 1762/6
30 PERCENT [9] 1840/19 1841/12 1841/17 1841/19 1847/14 1847/15 1848/4 1850/12 1850/15
31 [1] 1806/24
3102 [1] 1724/3
32 [2] 1807/20 1811/2
32 FEET [1] 1758/6
32,000 ACRES [1] 1783/12
32,000-ACRE [2] 1823/10 1823/23
325 [1] 1725/4
35 PERCENT [1] 1822/12
354,000 [1] 1839/14
36 INCHES [1] 1861/19
36-FOOT [1] 1771/12
360 DEGREES [1] 1808/1
3668 [1] 1724/7
37 [1] 1754/4

4
4 FEET [1] 1858/1
4-FOOT [1] 1813/22
40 [12] 1749/6 1749/16 1782/20 1782/21 1783/8 1783/10 1787/5 1787/11 1787/23 1791/21 1823/13 1828/5
406 [1] 1725/20
430,000 [1] 1802/10
430,000 CUBIC [1] 1839/4
45 [1] 1844/22
45 PERCENT [1] 1822/13
46 [3] 1817/16 1818/11 1818/13
47 [2] 1817/24 1818/4
48 [1] 1749/6
4:00 IN [1] 1838/24

5
5 FEET [4] 1804/24 1812/19 1860/6 1860/11
5-SECOND [2] 1795/3 1811/11
50 [2] 1745/4 1772/3
50 PERCENT [6] 1841/1 1841/19 1842/6 1850/19 1850/20 1851/6
500 [2] 1724/6 1725/20
504 [1] 1725/21
519 [1] 1724/17
55 [1] 1836/1
550 [1] 1723/16
556 [1] 1724/6
56 [1] 1772/3
57 [1] 1818/4

**5**

57TH [1] 1725/4
589-7778 [1] 1725/21
5:30 [1] 1830/16

**6**

6 FEET [1] 1804/24
60 [1] 1802/8
60-BY-60 [1] 1802/8
600 [1] 1725/7
600 FEET [1] 1799/25
601 [1] 1724/10
604 [1] 1725/7
610 [1] 1723/23
618 [1] 1724/20
65 [3] 1831/10 1831/11 1831/13
650 FEET [3] 1798/16 1817/20 1818/9
656 [4] 1797/18 1797/18 1797/21 1799/8
656 FEET [2] 1798/17 1799/9
656-BY-656-FOOT [1] 1803/2
66 [2] 1817/15 1848/6
66 FEET [3] 1797/25 1801/3 1801/3
68 [2] 1748/24 1749/6
6:00 [2] 1811/13 1813/1
6:00 A.M [3] 1812/10 1812/12 1815/14
6:00 AND [1] 1823/25
6:00 IN [2] 1813/4 1814/17
6:00 ON [1] 1811/16
6:35 A.M [1] 1789/19
6:40 [1] 1785/3

**7**

7 FEET [3] 1812/24 1815/4 1841/13
7-FOOT [1] 1813/2
7.1 [1] 1861/14
70 [1] 1814/5
70 ACRES [1] 1797/21
70 PERCENT [1] 1850/13
70-MILE-AN-HOUR [1] 1812/21
70113 [2] 1723/20 1723/23
70130 [3] 1724/10 1725/8 1725/21
702C [2] 1741/10 1774/14
70381 [1] 1724/25
70502 [1] 1724/7
70726 [1] 1724/17
70801 [1] 1724/21
70821 [1] 1724/14
71 [2] 1831/16 1842/17
75 PERCENT [1] 1849/3 1850/5 1850/19
75219 [1] 1724/4
77 [1] 1822/10
7778 [1] 1725/21
79 [1] 1853/15
7:00 [3] 1811/13 1811/21 1815/15
7:00 A.M [1] 1814/22
7:00 WHAT [1] 1814/23
7:30 [10] 1785/23 1786/13 1786/21
  1787/1 1787/4 1787/12 1787/15 1787/16
  1787/21 1787/24
7:30 A.M [1] 1790/16
7:40 [1] 1789/22

**8**

8 FEET [2] 1804/23 1812/25
8-FOOT [7] 1808/3 1808/5 1808/6
  1808/7 1811/10 1814/25 1820/2
8-FOOT-OR-SO [1] 1814/18
80 PERCENT [2] 1847/16 1853/15
80,000 CUBIC [1] 1839/11
80-MILE-AN-HOUR [1] 1814/6
800 [1] 1737/1
82 PERCENT [1] 1852/24
85 [1] 1762/3

855 [1] 1723/19
86,000 CUBIC [1] 1838/3
87,000 CUBIC [1] 1847/15
888 [1] 1725/18
8:00 [6] 1811/13 1811/25 1816/8 1816/9
  1823/25 1836/10
8:00 A.M [1] 1852/24
8:00 PERIOD [1] 1838/25
8:30 [4] 1782/24 1785/1 1787/13
  1787/13
8:35 [2] 1782/24 1787/7
8:50 [2] 1789/16 1790/16

**9**

9 FEET [10] 1805/7 1805/10 1807/11
  1812/7 1812/8 1812/9 1812/15 1812/16
  1841/14 1850/6
9-FOOT [3] 1795/14 1813/21 1815/18
90 [1] 1808/25
90 PERCENT [1] 1853/25
90-DEGREE [1] 1844/22
90-MILE-AN-HOUR [1] 1795/8
90071 [1] 1723/16
91 [25] 1728/2 1734/23 1740/24 1742/10
  1743/13 1743/13 1743/13 1744/7
  1747/15 1753/25 1754/4 1754/4 1755/11
  1757/25 1790/8 1807/20 1831/16
  1831/22 1832/25 1833/1 1833/12 1836/4
  1846/18 1846/19 1848/12
92 [1] 1740/25
93 [1] 1741/1
94 [1] 1741/9
97 [1] 1807/21
9:00 [4] 1782/17 1811/13 1812/2
  1838/24
9:00 A.M [1] 1867/20
9:30 [1] 1787/8

**A**

A.M [10] 1789/19 1790/16 1812/3
  1812/10 1812/12 1814/22 1815/14
  1815/15 1852/24 1867/20
ABILITY [4] 1795/22 1825/20 1843/23
  1868/5
ABLE [10] 1738/23 1750/21 1775/13
  1776/5 1776/17 1808/1 1816/12 1816/17
  1865/18 1867/9
ABOUT [120] 1730/7 1730/19 1730/25
  1731/2 1731/8 1735/21 1737/10 1738/8
  1739/9 1741/4 1741/11 1744/5 1744/13
  1747/24 1748/22 1753/3 1755/8 1758/16
  1759/5 1761/5 1762/23 1766/12 1766/18
  1772/9 1772/14 1772/15 1779/11
  1779/15 1783/12 1783/14 1785/7
  1785/16 1788/12 1789/3 1790/23 1791/4
  1791/14 1791/25 1793/16 1793/19
  1797/11 1797/17 1797/20 1797/21
  1799/11 1800/10 1803/9 1804/10
  1804/13 1805/14 1805/22 1808/12
  1808/18 1809/19 1812/21 1813/1
  1813/11 1817/4 1817/23 1818/4 1818/7
  1818/11 1819/15 1821/2 1821/6 1822/7
  1822/12 1822/13 1823/4 1824/13
  1825/15 1832/14 1833/13 1836/8
  1839/11 1840/9 1840/19 1841/12
  1841/15 1843/10 1843/13 1844/12
  1844/21 1847/14 1847/16 1849/20
  1849/22 1850/12 1850/20 1852/18
  1853/15 1853/16 1854/1 1854/22 1858/6
  1858/9 1858/13 1858/15 1859/8 1859/10
  1860/6 1860/10 1860/11 1860/20 1861/9
  1861/18 1861/19 1861/19 1862/21
  1862/25 1863/4 1863/12 1863/12

1863/13 1864/25 1865/6 1865/14 1867/7
ABOVE [9] 1747/6 1747/8 1781/18
  1791/4 1844/7 1845/24 1847/13 1861/16
  1868/7
ABOVE-ENTITLED [1] 1868/7
ABSENCE [2] 1759/11 1773/25
ABSOLUTE [1] 1781/5
ABSOLUTELY [12] 1757/17 1757/18
  1779/4 1784/15 1800/17 1814/4 1824/15
  1825/23 1826/25 1841/7 1856/11
  1861/23
ACADEMY [2] 1733/15 1737/25
ACCELERATED [1] 1732/2
ACCELERATING [2] 1746/16 1825/11
ACCELERATIONS [1] 1807/9
ACCEPT [2] 1735/6 1788/15 1790/15
ACCEPTANCE [1] 1770/16
ACCEPTED [1] 1748/7
ACCEPTS [1] 1735/12
ACCORDING [3] 1765/10 1782/23
  1788/22
ACCUMULATION [1] 1864/7
ACCURATE [2] 1739/17 1777/21
ACCURATELY [1] 1783/23
ACCUSATION [1] 1755/17
ACCUSATIONS [1] 1757/17
ACCUSED [1] 1757/5
ACCUSING [1] 1767/14
ACHIEVING [1] 1797/8
ACKNOWLEDGED [1] 1764/6
ACKNOWLEDGES [2] 1758/5 1763/8
ACRE [5] 1797/23 1801/3 1802/12
  1823/10 1823/23
ACRES [5] 1783/12 1797/21 1797/22
  1797/22 1802/13
ACRONYM [2] 1739/25 1740/3
ACROSS [13] 1728/16 1731/6 1754/11
  1754/12 1787/11 1798/20 1801/16
  1810/15 1813/25 1814/5 1819/17
  1836/22 1850/14
ACT [2] 1766/22 1835/16
ACTION [3] 1746/8 1758/3 1856/9
ACTIVITIES [1] 1739/2
ACTUAL [13] 1740/18 1740/18 1745/12
  1787/10 1790/1 1795/19 1801/7 1801/7
  1802/7 1806/17 1831/9 1853/18 1867/4
ACTUALLY [78] 1730/9 1731/3 1732/6
  1732/19 1732/25 1733/15 1736/6
  1737/13 1738/4 1738/10 1747/6 1748/11
  1748/21 1749/20 1750/8 1750/8 1752/5
  1754/3 1754/9 1755/4 1756/15 1759/15
  1767/1 1767/9 1772/6 1774/23 1775/14
  1781/8 1781/9 1781/25 1782/9 1782/12
  1786/23 1789/13 1789/20 1791/12
  1792/25 1793/20 1795/13 1795/25
  1797/14 1798/23 1800/24 1801/19
  1802/1 1802/3 1803/1 1803/2 1803/8
  1803/14 1803/23 1804/4 1806/4 1806/11
  1806/19 1807/1 1807/4 1808/1 1808/5
  1809/24 1817/8 1818/22 1823/9 1824/7
  1827/25 1829/1 1832/23 1834/5 1834/8
  1835/22 1838/1 1843/20 1846/12 1847/3
  1847/9 1849/11 1854/11 1854/15
ADAMANTLY [1] 1824/13
ADAPT [2] 1732/21 1733/10
ADCIRC [21] 1732/22 1739/19 1739/22
  1740/3 1740/7 1740/8 1740/10 1776/7
  1777/6 1777/8 1777/17 1777/19 1777/24
  1781/22 1781/23 1785/20 1795/22
  1796/9 1809/25 1838/8 1854/21
ADCIRC-GENERATED [1] 1796/9
ADD [2] 1813/12 1866/19

A

ADDED [3] 1741/2 1741/4 1751/18
ADDING [3] 1744/25 1750/14 1847/12
ADDITION [5] 1742/5 1750/17 1750/19 1751/23 1765/1
ADDITIONAL [4] 1745/18 1747/20 1759/10 1806/8
ADDITIONALLY [3] 1745/17 1779/8 1831/20
ADDITIONS [1] 1752/4
ADDITIVE [1] 1762/3
ADDRESS [3] 1758/21 1816/2 1865/22
ADDRESSED [2] 1758/20 1766/15
ADDRESSING [2] 1732/10 1832/10
ADJACENT [4] 1730/6 1745/3 1746/6 1843/7
ADJOURNED [1] 1867/20
ADJOURNMENT [1] 1830/21
ADJUST [2] 1780/20 1785/20
ADJUSTED [4] 1782/13 1786/12 1786/20 1790/4
ADJUSTING [1] 1783/20
ADJUSTMENT [1] 1789/24
ADMISSION [1] 1767/25
ADMITTED [2] 1773/4 1866/13
ADVANCED [2] 1740/5 1786/25
ADVANTAGES [1] 1838/3
ADVISED [1] 1856/9
AERIAL [1] 1762/3
AFFECTED [3] 1810/12 1825/20 1837/17
AFFILIATES [1] 1776/23
AFOREMENTIONED [1] 1765/2
AFRAID [1] 1863/7
AFTER [14] 1734/7 1738/12 1748/12 1748/15 1753/3 1764/3 1783/19 1791/14 1819/15 1827/24 1833/16 1838/19 1864/7 1864/10
AFTERMATH [1] 1738/7
AFTERNOON [2] 1723/10 1727/1
AFTERWARDS [1] 1739/11
AGAIN [19] 1730/25 1738/22 1740/13 1754/23 1757/8 1764/18 1793/25 1798/14 1800/14 1803/1 1806/17 1809/3 1811/15 1812/23 1815/18 1828/1 1832/7 1856/16 1863/1
AGAINST [2] 1771/6 1825/23
AGENCIES [1] 1739/8
AGENCY [1] 1733/7
AGENT [1] 1813/14
AGGRAVATED [3] 1748/9 1835/13 1846/5
AGO [5] 1766/3 1825/25 1826/17 1866/5 1866/6
AGREE [11] 1790/25 1791/6 1809/10 1826/5 1826/11 1826/14 1826/20 1827/2 1828/9 1845/25 1856/3
AGREED [4] 1786/4 1794/9 1866/17 1866/23
AGREEMENT [2] 1791/1 1809/13
AHA [1] 1753/11
AHEAD [13] 1740/10 1765/22 1774/3 1786/25 1800/23 1802/20 1822/25 1824/8 1824/21 1829/4 1833/20 1842/4 1866/11
AIMED [1] 1845/3
AIR [1] 1738/14
AL [3] 1723/5 1723/7 1755/20
ALABAMA [2] 1834/3 1834/14
ALARMING [1] 1760/20
ALBEIT [1] 1821/25
ALERT [3] 1733/1 1772/23 1773/23

ALERTED [1] 1779/3
ALIEN [1] 1776/9
ALIGNMENT [2] 1755/18 1820/21
ALIGNMENTS [1] 1743/23
ALL [90] 1727/3 1737/10 1739/9 1739/21 1740/3 1740/21 1741/10 1743/1 1744/15 1751/3 1751/7 1752/4 1752/5 1752/10 1752/25 1754/13 1757/5 1761/1 1766/5 1766/23 1767/11 1770/19 1771/17 1772/1 1773/18 1773/20 1774/8 1776/16 1776/20 1777/17 1780/12 1781/4 1784/9 1786/7 1788/14 1788/16 1789/9 1790/2 1795/11 1800/10 1801/6 1801/11 1805/25 1806/16 1807/18 1808/15 1808/23 1810/1 1814/5 1814/7 1815/18 1815/24 1815/24 1816/19 1818/1 1818/15 1818/24 1819/14 1821/9 1822/18 1825/17 1827/21 1827/24 1829/20 1830/23 1830/25 1831/18 1831/20 1831/21 1836/22 1836/24 1838/9 1838/18 1842/14 1843/24 1843/24 1847/13 1848/14 1852/19 1854/24 1861/21 1862/4 1863/13 1864/2 1864/12 1864/15 1865/10 1865/17 1866/18 1867/21
ALLOCATING [1] 1863/3
ALLOW [8] 1749/7 1782/3 1797/4 1801/16 1807/4 1808/15 1832/6 1857/20
ALMOST [6] 1729/23 1764/16 1789/23 1801/6 1820/18 1824/5
ALONG [37] 1744/3 1744/15 1749/16 1749/16 1750/19 1758/11 1758/13 1759/15 1760/12 1760/21 1760/25 1762/4 1762/19 1766/19 1769/21 1771/14 1784/9 1789/10 1804/8 1804/25 1805/18 1805/25 1806/20 1807/5 1807/17 1807/16 1809/18 1811/9 1817/13 1817/14 1818/25 1821/12 1821/15 1822/18 1826/21 1827/3 1846/20
ALREADY [8] 1769/11 1770/21 1783/8 1809/19 1857/19 1857/21 1864/20 1867/15
ALSO [38] 1725/6 1729/21 1739/1 1743/17 1744/23 1747/9 1749/19 1753/8 1757/25 1758/13 1758/15 1761/14 1762/24 1765/5 1765/7 1766/7 1769/10 1775/25 1776/3 1780/8 1791/6 1791/13 1797/5 1804/24 1807/22 1815/3 1815/20 1817/3 1819/23 1820/17 1822/22 1827/19 1831/16 1838/5 1838/5 1840/23 1841/18 1864/22
ALTERNATIVE [2] 1754/8 1764/19
ALTERNIFLORA [2] 1763/24 1764/1
ALTHOUGH [2] 1788/14 1843/9
ALWAYS [1] 1751/4
AM [6] 1728/8 1797/10 1820/15 1824/18 1857/20 1865/16
AMERICA [1] 1723/7
AMIN [1] 1725/11
AMONG [7] 1731/19 1731/22 1731/23 1780/6 1791/1 1826/5 1833/10
AMOUNT [7] 1778/20 1810/24 1814/7 1819/1 1825/13 1843/21 1861/21
AMPLE [1] 1772/22
AMPLIFICATION [2] 1775/7 1778/9
AMPLIFIED [3] 1742/8 1779/9 1779/20
AMPLIFIES [1] 1779/6
AMPLIFYING [1] 1778/13
AN INTERNAL [1] 1765/15
ANALOGOUS [3] 1813/19 1834/24 1854/13
ANALOGY [3] 1797/6 1819/16 1842/19
ANALYSIS [7] 1731/24 1747/19 1774/20

1775/8 1782/4 1785/10 1808/14
2410/7 1846/5 1847/3 1847/11
1832/16 1832/23 1835/4
ANALYZING [1] 1735/25
AND DR. WESTERINK [1] 1788/5
ANDRY [3] 1723/21 1723/22 1864/11
ANGELES [1] 1723/16
ANGLE [1] 1820/18
ANIMATED [1] 1773/24
ANNUAL [2] 1758/5 1762/4
ANOTHER [9] 1754/2 1782/3 1782/6 1792/1 1796/19 1806/17 1811/5 1841/18 1844/20
ANSWER [10] 1736/13 1737/6 1787/24 1796/6 1796/6 1802/19 1809/7 1816/14 1816/17 1857/22
ANSWERING [1] 1791/16 1857/13
ANSWERS [2] 1848/7 1858/24
ANTHONY [1] 1859/24
ANY [36] 1737/7 1742/10 1742/11 1742/16 1751/2 1752/21 1752/22 1756/13 1757/1 1769/20 1769/21 1778/25 1790/1 1794/6 1798/5 1798/8 1810/10 1817/20 1821/10 1821/14 1821/14 1832/1 1835/10 1835/10 1841/8 1847/22 1848/17 1852/20 1854/20 1855/8 1856/6 1860/13 1862/16 1864/16 1865/13 1866/10
ANYBODY [2] 1742/14 1867/9
ANYONE [1] 1755/17 1757/18 1798/3
ANYTHING [4] 1750/12 1759/17 1833/4 1843/10
ANYWAY [3] 1774/14 1852/6 1862/23
ANYWHERE [3] 1830/11 1840/17 1857/17
APOLOGIZE [3] 1734/11 1830/7 1856/22
APPARENTLY [1] 1790/5
APPEAL [1] 1863/5
APPEALS [2] 1863/7 1867/8
APPEAR [1] 1798/22
APPEARANCE [1] 1864/13
APPEARANCES [3] 1723/13 1724/1 1725/1
APPEARED [1] 1754/7
APPEARS [1] 1786/22
APPENDIX [2] 1740/25 1761/17
APPLICATION [2] 1732/9 1733/21
APPLICATIONS [1] 1842/11
APPLIED [2] 1733/10 1776/3
APPLY [4] 1748/7 1776/17 1777/10 1819/7
APPLYING [1] 1817/9
APPRECIATE [1] 1761/21
APPRECIATION [1] 1756/3
APPROACH [7] 1741/23 1750/22 1757/1 1809/4 1832/23 1834/22 1835/4
APPROPRIATE [3] 1763/16 1797/6 1862/14
APPROXIMATELY [3] 1762/11 1782/24 1812/10
APRIL [2] 1723/7 1727/2
ARE [182]
AREA [46] 1727/21 1727/22 1736/1 1742/9 1744/3 1744/4 1744/15 1747/5 1751/7 1751/12 1754/10 1758/14 1759/4 1766/13 1778/16 1778/18 1778/20 1783/9 1783/12 1793/21 1794/13 1795/1 1795/14 1796/11 1797/15 1801/23 1803/11 1808/2 1808/3 1810/16 1812/11 1817/21 1819/8 1819/18 1821/2 1821/21 1825/17 1825/19 1828/4 1828/5 1837/23 1843/21 1846/5 1850/23 1853/23

**A**

AREA... [1] 1861/15
AREAS [15] 1735/6 1742/5 1746/18
1747/9 1751/16 1765/6 1769/11 1770/12
1771/15 1775/13 1795/23 1825/14
1843/8 1843/12 1849/23
AREN'T [2] 1816/4 1829/5
ARGUE [1] 1824/18
ARMCHAIR [1] 1748/18
ARMOR [2] 1759/23 1764/6
ARMORED [1] 1826/12
ARMORING [4] 1759/9 1759/25 1760/5
1760/12
ARMY [5] 1732/9 1742/13 1742/16
1768/1 1773/3
AROUND [18] 1730/6 1737/1 1747/8
1758/9 1763/3 1785/1 1785/3 1786/13
1786/21 1804/22 1804/23 1807/11
1807/11 1817/16 1819/24 1837/14
1840/18 1851/14
ARPENT [11] 1749/16 1782/20 1782/21
1783/8 1783/10 1787/5 1787/11 1787/23
1791/21 1823/13 1828/5
ARRIVE [1] 1786/13
ARRIVED [1] 1816/20
ARROWS [2] 1812/4 1815/6
ARTICULATE [1] 1800/4
ARTICULATED [2] 1760/4 1833/10
ARTIFACT [1] 1804/12
ARTIFICIAL [2] 1843/3 1843/4
AS [144] 1727/12 1728/2 1728/6
1729/16 1730/24 1732/13 1732/20
1733/9 1733/12 1734/16 1734/21
1734/23 1735/6 1735/13 1735/20
1735/20 1736/8 1736/8 1738/3 1738/3
1738/24 1738/25 1740/7 1740/19 1741/7
1741/11 1745/13 1747/10 1747/13
1749/24 1751/17 1752/22 1753/9 1755/2
1755/4 1757/14 1758/23 1759/2 1764/4
1764/9 1764/9 1772/3 1772/16 1772/17
1772/18 1774/21 1774/21 1775/3 1775/3
1777/1 1777/5 1777/24 1777/24 1778/6
1779/14 1779/15 1781/25 1782/1
1782/11 1786/5 1786/20 1788/15 1789/2
1790/7 1790/14 1790/25 1791/2 1792/9
1792/18 1794/25 1795/4 1798/2 1799/25
1801/17 1805/2 1805/12 1805/13
1809/17 1810/11 1810/14 1810/18
1810/18 1812/21 1814/10 1815/4
1816/23 1818/24 1819/5 1819/5 1819/9
1819/18 1822/21 1822/22 1823/20
1827/8 1827/19 1828/11 1829/15 1830/1
1831/17 1831/20 1831/25 1833/15
1833/23 1833/23 1834/2 1834/7 1834/20
1835/8 1835/11 1835/13 1835/16 1836/9
1838/17 1840/10 1841/4 1843/1 1843/2
1843/6 1844/10 1846/1 1846/1 1846/23
1852/8 1852/12 1853/22 1855/16
1855/16 1856/5 1856/12 1856/17
1856/20 1856/20 1856/21 1856/22
1862/7 1864/5 1864/14 1865/8 1865/21
1866/13 1866/24 1866/24 1867/3
ASHLEY [1] 1725/6
ASIDE [1] 1863/5
ASK [11] 1727/16 1735/5 1757/4 1786/1
1788/1 1788/9 1800/14 1830/15 1832/5
1854/22 1862/11
ASKING [1] 1865/6
ASSIGNED [1] 1848/23
ASSIGNMENT [4] 1732/8 1733/13
1737/3 1737/4
ASSIMILATE [1] 1849/6

ASSOCIATE [1] 1729/8
ASSOCIATED [15] 1725/23 1813/14
1821/23 1822/23 1867/13
ASSOCIATES [2] 1723/15 1724/12
ASSOCIATES' [1] 1858/25
ASSUME [1] 1862/21
ASSUMING [5] 1808/16 1841/24
1858/12 1860/9 1863/19
ASSUMPTION [4] 1752/23 1752/23
1833/23 1834/13
ASSUMPTIONS [1] 1776/18
AT [230]
ATCHAFALAYA [2] 1731/7 1732/11
ATTACHED [3] 1741/7 1848/16 1865/7
ATTACHES [1] 1864/12
ATTACHMENTS [1] 1864/6
ATTACK [3] 1790/14 1821/17 1822/13
ATTEMPT [1] 1819/10
ATTENDED [1] 1864/8
ATTENTION [2] 1761/20 1847/7
ATTENUATE [1] 1825/21
ATTORNEY [3] 1796/22 1865/4 1865/23
ATTORNEYS [4] 1736/12 1864/14
1865/9 1865/11
ATTORNEYS' [1] 1797/1
ATTRIBUTABLE [3] 1737/13 1775/14
1784/5
AUDUBON [1] 1729/6
AUGMENTED [1] 1742/5
AUGUST [2] 1745/14 1811/16
AUGUST 29 [2] 1745/14 1811/16
AUTHOR [3] 1734/5 1734/8 1734/10
AUTHORITY [1] 1771/23
AUTHORIZED [5] 1745/10 1745/11
1798/16 1839/9 1839/10
AVAILABLE [4] 1758/24 1790/19 1798/1
1798/3
AVENUE [3] 1724/3 1724/17 1826/18
AVERAGE [4] 1747/6 1758/9 1803/6
1838/20
AVERTING [1] 1826/7
AVOID [1] 1863/25
AWARE [6] 1747/17 1747/21 1758/1
1764/5 1772/13 1773/12
AWAY [1] 1814/10
AWFUL [1] 1748/22
AXIS [2] 1817/17 1846/21

**B**

BACK [49] 1731/5 1734/2 1735/19
1736/8 1741/21 1744/5 1744/12 1751/19
1754/7 1759/6 1760/1 1765/24 1766/6
1776/17 1779/10 1779/13 1779/22
1782/10 1784/10 1790/12 1791/18
1807/23 1813/10 1813/23 1815/8
1819/14 1830/21 1832/20 1834/11
1834/12 1835/5 1835/5 1835/19 1839/8
1839/16 1840/19 1840/24 1841/13
1846/3 1846/13 1848/17 1851/10
1851/14 1851/19 1852/16 1853/4
1854/17 1854/18 1861/17
BACK-AND-FORTH [1] 1766/6
BACK-SIDE [1] 1791/18
BACKED [1] 1842/11
BACKFILL [1] 1774/12
BAEZA [1] 1725/10
BANK [19] 1757/21 1758/2 1759/13
1759/15 1759/16 1759/18 1759/22
1760/7 1760/22 1762/5 1762/5 1766/23
1768/1 1768/12 1769/19 1771/6 1826/15
1826/16 1855/11
BANKS [13] 1759/9 1759/25 1760/12
1762/6 1764/6 1768/13 1768/17 1769/6

1770/15 1770/25 1772/1 1826/12
1855/10
BARON [1] 1724/2
BARONNE [2] 1723/19 1723/23
BARRIER [4] 1754/10 1763/14 1763/16
1862/13
BASE [2] 1780/21 1839/5
BASED [14] 1747/19 1748/19 1756/16
1756/22 1764/23 1776/18 1777/11
1777/12 1781/2 1783/17 1806/17
1855/21 1862/5 1862/6
BASES [1] 1741/21
BASIC [2] 1757/15 1799/11
BASICALLY [8] 1743/16 1795/1 1803/20
1805/15 1814/24 1842/20 1843/22
1864/8
BASIS [1] 1756/12
BATHTUB [9] 1778/22 1778/24 1778/25
1838/17 1842/15 1842/19 1843/13
1843/22 1844/6
BATHYMETRY [1] 1801/12
BATON [3] 1724/14 1724/21 1729/10
BATON ROUGE [1] 1729/10
BAYOU [1] 1763/15
BAYOU LA LOUTRE [1] 1763/15
BAYOUS [1] 1765/8
BE [127] 1727/4 1728/11 1729/19
1729/24 1734/21 1738/9 1739/6 1739/16
1740/20 1740/21 1741/2 1741/4 1743/22
1744/3 1744/5 1748/22 1751/11 1757/13
1757/13 1757/19 1757/19 1760/6
1760/17 1762/11 1762/14 1763/9 1764/1
1764/20 1764/20 1765/10 1765/11
1766/15 1766/16 1767/11 1767/12
1769/7 1769/16 1771/19 1773/21 1774/4
1774/13 1776/5 1777/20 1779/2 1779/19
1779/21 1785/10 1786/14 1787/6 1787/8
1787/24 1788/13 1788/16 1792/2
1792/18 1795/12 1796/1 1796/25 1797/6
1798/1 1798/18 1802/5 1803/25 1804/7
1804/18 1805/12 1805/14 1805/15
1805/21 1805/22 1808/15 1810/11
1810/14 1810/16 1812/13 1814/23
1817/22 1817/25 1818/3 1819/24 1821/2
1822/8 1823/3 1824/20 1826/3 1828/8
1829/16 1829/17 1829/25 1830/5
1830/19 1830/20 1830/21 1831/1
1835/16 1835/20 1837/2 1840/5 1841/14
1841/15 1841/19 1841/20 1844/17
1847/22 1848/6 1850/6 1852/8 1853/12
1854/13 1856/10 1858/11 1858/19
1858/21 1858/24 1859/21 1861/12
1861/13 1861/14 1863/4 1863/7 1863/11
1863/13 1863/13 1863/22 1865/10
1866/25 1867/7 1867/9
BEA [24] 1737/23 1737/24 1759/5
1775/9 1776/16 1789/4 1790/14 1801/21
1814/21 1816/12 1816/12 1820/6 1822/5
1822/9 1822/11 1826/25 1827/7 1827/11
1828/12 1832/17 1851/5 1858/10
1858/16 1860/10
BEA'S [1] 1794/18
BEACH [3] 1793/18 1793/19 1813/5
BEADS [1] 1804/9
BEAT [1] 1852/3
BECAME [2] 1775/18 1777/7
BECAUSE [62] 1731/19 1733/17
1738/25 1739/8 1739/15 1739/16 1741/3
1749/13 1749/25 1751/1 1755/22
1766/23 1767/2 1767/6 1774/14 1778/7
1780/20 1782/3 1784/12 1786/2
1787/24 1788/21 1788/24 1789/1
1790/23 1794/9 1797/19 1798/10

Case 2:05-cv-04182-SRD-JCW Document 19083-83 Filed 09/22/09 Page 151 of 177

## B

BECAUSE... [34] 1798/21 1802/4 1803/3 1803/15 1804/24 1805/2 1805/18 1807/2 1808/24 1810/1 1810/14 1813/13 1813/16 1813/22 1814/12 1822/19 1825/16 1836/20 1838/16 1840/23 1843/3 1843/20 1844/7 1848/24 1853/9 1853/22 1857/1 1858/8 1858/15 1860/4 1860/18 1864/6 1867/11 1867/13
BECNEL [4] 1754/24 1755/4 1755/9 1757/7
BECNEL'S [1] 1755/14
BECOME [3] 1763/2 1810/18 1863/24
BEEN [53] 1727/11 1729/3 1730/1 1730/19 1734/5 1736/24 1739/16 1741/3 1748/1 1752/24 1754/17 1759/14 1768/1 1768/23 1769/11 1769/21 1772/17 1773/24 1774/11 1794/6 1805/22 1809/6 1816/17 1816/19 1816/21 1819/20 1826/16 1826/23 1828/2 1828/18 1833/6 1833/9 1834/2 1834/14 1845/13 1847/24 1850/20 1854/23 1855/15 1857/19 1858/9 1859/17 1859/20 1861/2 1861/9 1862/5 1862/16 1862/19 1863/4 1864/3 1865/4 1865/5 1866/9
BEFORE [26] 1723/10 1731/3 1736/4 1736/11 1740/16 1744/9 1745/11 1745/13 1745/16 1783/10 1789/1 1790/15 1790/24 1799/3 1802/7 1813/1 1822/23 1823/2 1823/13 1826/3 1828/7 1851/1 1854/17 1864/7 1864/9 1865/24
BEFUDDLED [1] 1850/21
BEGAN [2] 1736/4 1857/1
BEGIN [2] 1738/24 1782/5
BEGINNING [1] 1741/5
BEGINS [1] 1814/15
BEHALF [2] 1737/2 1756/5
BEHIND [3] 1756/12 1808/20 1816/1
BEING [16] 1735/23 1736/11 1736/23 1739/1 1754/6 1754/9 1757/5 1763/14 1763/15 1763/16 1769/9 1803/22 1814/6 1834/13 1840/9 1846/3
BELIEF [1] 1794/12
BELIEVE [22] 1741/2 1741/12 1761/5 1761/16 1764/12 1764/14 1771/15 1774/11 1785/2 1785/4 1785/22 1804/22 1808/7 1822/5 1823/24 1829/16 1831/7 1831/9 1852/12 1856/9 1857/17 1858/10
BELIEVED [2] 1767/20 1827/13
BENCHMARK [2] 1772/14 1835/8
BENCHMARKS [1] 1784/20
BEND [1] 1819/23
BENEFICIAL [1] 1826/14
BENEFICIALLY [1] 1767/12
BENEFIT [2] 1740/17 1765/11
BENIGN [1] 1752/24
BENJAMIN [1] 1725/17
BENT [1] 1743/18
BERMS [2] 1742/6 1746/6
BERNARD [13] 1738/19 1747/5 1747/5 1783/9 1820/4 1823/18 1824/14 1853/2 1853/6 1853/10 1854/23 1857/7 1858/25
BEST [6] 1738/17 1824/18 1825/23 1827/17 1855/5 1868/5
BET [1] 1731/6
BETSY [4] 1748/12 1748/16 1749/21 1756/20
BETTER [12] 1730/9 1760/11 1778/1 1797/7 1797/8 1800/10 1800/12 1800/16 1804/16 1808/5 1809/20 1837/5
BETWEEN [30] 1729/7 1744/22 1746/17 1747/16 1760/22 1766/21 1769/22

1769/23 1775/25 1788/4 1788/7 1789/15 1790/24 1811/9 1811/24 1812/7 1812/9 1812/8 1812/9 1812/24 1812/25 1815/4 1817/13 1817/19 1817/21 1818/7 1823/25 1825/13 1826/17 1861/6
BEYOND [2] 1770/7 1829/9
BIENVENUE [1] 1765/9
BIG [9] 1775/12 1796/25 1799/5 1799/5 1819/19 1845/22 1845/23 1862/12 1863/1
BIGGER [2] 1800/16 1814/25
BIGGEST [1] 1826/9
BIOLOGISTS [1] 1769/11
BIT [7] 1785/20 1791/24 1814/11 1818/11 1838/22 1845/11 1849/5
BITS [1] 1783/17
BLACK [4] 1789/10 1799/5 1799/17 1803/20
BLANK [1] 1823/22
BLOCKING [1] 1763/10
BLOW [4] 1796/16 1812/14 1836/14 1847/8
BLOW-UP [1] 1836/14
BLOWING [2] 1733/18 1813/13
BLOWUP [1] 1803/19
BLUE [4] 1789/19 1801/13 1846/22 1859/14
BOAT [2] 1738/20 1738/21
BOATS [1] 1733/18
BOB [1] 1832/17
BODIES [1] 1804/3
BODY [5] 1728/17 1732/3 1748/3 1758/24 1762/18
BONUS [1] 1865/18
BOOK [1] 1731/6
BOOTS [3] 1738/18 1738/20 1738/21
BORGNE [36] 1746/5 1746/15 1746/18 1755/19 1759/22 1762/15 1763/2 1764/1 1769/17 1769/24 1792/10 1792/21 1792/24 1792/25 1794/25 1801/17 1803/9 1803/22 1803/23 1803/24 1804/4 1806/13 1807/14 1807/16 1810/15 1812/13 1812/16 1813/3 1813/17 1815/6 1819/18 1820/16 1825/13 1826/12 1826/15 1826/17
BORROW [1] 1819/19
BOTH [19] 1732/16 1737/17 1737/24 1751/25 1762/6 1763/18 1769/21 1775/3 1794/5 1806/12 1822/16 1825/21 1826/12 1826/19 1826/22 1852/13 1855/10 1856/12 1856/17
BOTHER [1] 1808/23
BOTTOM [22] 1732/3 1749/18 1752/8 1766/11 1781/12 1789/11 1793/2 1797/13 1799/23 1803/10 1807/7 1810/18 1811/24 1811/25 1812/1 1814/8 1814/17 1818/1 1836/14 1844/25 1846/20 1852/24
BOULEVARD [1] 1724/24
BOUNDARY [1] 1796/18
BOUNDED [1] 1843/3
BOURGEOIS [1] 1828/12
BOX [7] 1724/7 1724/14 1724/24 1725/18 1799/12 1799/17 1799/17
BOXES [1] 1796/15
BRACKISH [1] 1731/6
BRANCH [3] 1725/10 1728/14 1761/12
BRANCHES [1] 1731/6
BREACH [9] 1782/3 1782/15 1790/13 1824/23 1859/15 1860/5 1860/9 1860/12 1862/22
BREACHED [1] 1746/9
BREACHES [27] 1763/3 1775/1 1775/12

1781/24 1782/5 1782/6 1783/14 1784/6 1820/1 1820/1 1821/14
1821/21 1821/22 1821/23 1823/19 1823/21 1823/25 1827/25 1828/2 1828/3 1850/13 1850/15 1858/10 1858/12 1862/15 1862/17
BREACHING [22] 1739/14 1747/12 1775/8 1775/11 1783/23 1789/17 1816/15 1832/19 1833/18 1840/17 1840/23 1841/8 1841/18 1848/3 1850/12 1850/23 1851/2 1853/9 1853/19 1853/20 1858/16 1858/19
BREACHINGS [1] 1851/19
BREAK [2] 1772/9 1831/16
BREAKING [2] 1773/11 1793/18
BRENDAN [1] 1725/3
BRETON [1] 1762/20
BRETSCHNEIDER [7] 1748/13 1750/20 1753/1 1774/24 1834/19 1834/23 1845/20
BRIDGE [7] 1743/21 1826/17 1836/7 1837/14 1837/24 1845/9 1846/5
BRIDGES [2] 1836/22 1836/23
BRIEF [4] 1756/11 1773/19 1830/24 1863/6
BRIEFING [2] 1767/23 1863/4
BRIEFLY [1] 1741/21
BROWN [1] 1812/7
BROWNER [1] 1801/12
BRUNO [2] 1723/18 1723/18
BS [1] 1730/13
BUCKET [1] 1767/5
BUDD [1] 1724/2
BUDGET [1] 1771/24
BUFFER [3] 1746/4 1746/17 1825/13
BUFFERING [1] 1742/7
BUFFERS [1] 1834/9
BUILD [1] 1810/17
BUILDING [3] 1795/5 1795/7 1815/16
BUILDUP [1] 1732/2
BUILT [11] 1731/25 1747/21 1752/24 1753/5 1778/6 1820/25 1821/7 1833/25 1834/2 1845/7 1845/16
BUOY [1] 1807/8
BUOYS [3] 1807/4 1807/8 1808/2
BURGLASS [1] 1864/9
BUSINESS [1] 1769/8
BUSY [1] 1848/11
BUT [150]

## C

CAFFEINE [2] 1773/22 1773/25
CALCULATE [1] 1835/23
CALCULATED [1] 1805/5
CALCULATING [1] 1863/1
CALCULATION [1] 1797/20
CALIBRATE [2] 1772/10 1780/16
CALIBRATING [1] 1773/14
CALIBRATION [1] 1823/16
CALIFORNIA [1] 1723/16
CALIPERS [1] 1818/23
CALL [11] 1727/8 1759/16 1760/10 1760/12 1789/24 1799/18 1820/18 1829/18 1842/15 1847/7 1849/14
CALLED [8] 1730/19 1733/23 1741/10 1744/3 1744/23 1754/5 1804/9 1832/16
CALLING [2] 1761/20 1865/5
CALVIN [1] 1724/16
CAME [7] 1729/16 1730/11 1733/13 1739/9 1748/12 1801/17 1853/25
CAMERA [5] 1782/19 1782/23 1785/11 1787/7 1797/8
CAMILLE [1] 1756/21

C

CAMPAIGN [1] 1738/16
CAN [77] 1736/23 1740/21 1742/21
1743/2 1743/3 1743/5 1743/20 1746/24
1752/17 1755/11 1761/6 1763/23
1763/24 1764/5 1764/6 1770/23 1771/19
1774/21 1778/18 1780/17 1782/5
1783/10 1786/2 1788/22 1789/1 1789/25
1791/10 1791/11 1791/17 1795/22
1796/3 1796/14 1796/16 1797/19
1797/24 1798/19 1802/22 1806/25
1809/1 1809/20 1812/14 1812/17
1812/21 1816/2 1817/1 1817/5 1817/20
1817/23 1818/8 1820/6 1820/14 1825/5
1828/4 1828/19 1829/2 1830/17 1832/5
1833/23 1835/10 1836/10 1836/25
1837/5 1838/4 1838/5 1842/17 1842/19
1842/20 1843/19 1844/7 1846/9 1849/5
1849/6 1849/7 1853/4 1856/16 1863/14
1865/21
CAN'T [6] 1757/11 1796/23 1798/8
1828/19 1835/15 1843/3
CANAL [9] 1732/6 1744/23 1751/10
1858/10 1858/12 1859/15 1860/5 1860/9
1860/12
CANNOT [1] 1800/4
CAPABILITIES [1] 1775/19
CAPABILITY [1] 1776/6
CAPABLE [2] 1776/3 1838/8
CAPACITY [3] 1732/20 1823/11 1827/8
CAPS [1] 1740/3
CAPTURE [2] 1796/3 1809/24
CAREFULLY [2] 1748/22 1781/16
CARL [14] 1749/1 1761/8 1761/22
1762/10 1763/19 1764/10 1768/7 1768/7
1768/15 1770/8 1770/14 1771/2 1772/6
1817/6
CARONDELET [1] 1725/7
CARPETS [1] 1859/20
CARRIED [1] 1733/10
CARRIES [1] 1844/25
CARRY [1] 1844/23
CASE [24] 1730/19 1734/20 1736/12
1750/8 1750/8 1750/11 1750/24 1751/5
1751/6 1762/15 1778/12 1788/13
1792/15 1796/8 1798/14 1812/6 1812/20
1812/23 1814/13 1824/19 1838/14
1855/3 1856/15 1860/25
CASES [3] 1737/8 1750/13 1801/14
CATASTROPHIC [7] 1746/21 1747/18
1747/22 1758/16 1759/3 1765/6 1766/13
CATEGORICALLY [1] 1844/13
CATEGORY [2] 1855/4 1855/5
CAUSATION [1] 1832/19
CAUSE [6] 1751/18 1820/3 1856/1
1856/13 1856/18 1857/4
CAUSED [17] 1732/1 1732/2 1746/3
1750/17 1750/18 1753/12 1758/16
1770/21 1779/14 1779/20 1822/15
1822/16 1823/20 1825/22 1828/1 1848/1
1861/25
CAUSING [2] 1757/22 1779/22
CCR [3] 1725/20 1868/2 1868/10
CECIL [1] 1761/11
CEILING [1] 1778/23
CELL [3] 1797/20 1797/21 1798/23
CELLS [4] 1798/20 1798/21 1804/13
1805/4
CENTER [4] 1732/21 1739/23 1777/20
1837/2
CENTRAL [8] 1769/18 1783/11 1789/20
1823/10 1823/23 1825/19 1827/3 1828/4

CERTAIN [6] 1780/2 1791/5 1791/9
1790/1 1808/17 1833/3
CERTAINLY [10] 1748/21 1761/6
1764/17 1791/17 1833/9 1837/20
1851/25 1854/20 1855/2 1855/6
CERTAINTY [2] 1761/6 1862/7
CERTIFICATE [1] 1868/1
CERTIFY [1] 1868/4
CHALMETTE [1] 1823/6
CHAMBER [1] 1731/11
CHANCE [3] 1765/18 1765/25 1798/19
CHANGE [7] 1751/3 1778/8 1819/13
1845/22 1845/23 1864/9 1864/10
CHANGED [3] 1789/14 1794/13 1826/4
CHANGES [3] 1751/8 1814/7 1845/21
CHANGING [3] 1733/19 1750/25
1838/17
CHANNEL [73] 1732/7 1743/22 1744/2
1745/12 1745/13 1745/20 1746/3
1746/14 1750/12 1750/18 1751/14
1751/19 1751/24 1752/24 1754/12
1755/7 1756/4 1756/24 1758/1 1759/9
1760/20 1760/22 1763/10 1763/11
1764/24 1767/12 1769/22 1769/23
1770/17 1770/20 1770/21 1771/12
1775/7 1775/7 1798/16 1798/25 1801/13
1801/16 1801/18 1801/19 1804/8
1804/12 1804/14 1805/3 1805/4 1805/11
1805/16 1805/24 1812/17 1813/2
1813/25 1814/14 1818/8 1820/24
1825/10 1826/21 1826/24 1832/18
1833/25 1834/6 1836/11 1836/15
1837/13 1838/11 1839/8 1839/9 1839/17
1839/22 1843/12 1843/14 1843/19
1843/22 1847/21
CHANNELS [10] 1733/16 1742/4
1743/16 1743/24 1750/19 1779/5 1780/9
1780/10 1801/1 1838/5
CHAPTER [6] 1747/15 1747/16 1790/7
1831/22 1832/9 1833/12
CHARACTERISTIC [1] 1744/15
CHARACTERISTICS [1] 1798/22
CHARACTERIZATION [1] 1796/11
CHARACTERIZE [1] 1805/12
CHARACTERIZED [1] 1801/23
CHART [5] 1782/17 1848/8 1849/6
1852/3 1853/4
CHASE [2] 1767/17 1796/12
CHIEF [2] 1754/25 1761/12
CHOICE [1] 1774/1
CHOSE [1] 1758/21
CHOSEN [1] 1772/22 1787/1
CHRISTMAS [1] 1854/19
CIRCLED [1] 1820/17
CIRCLES [1] 1821/5
CIRCLING [1] 1820/16
CIRCULATION [7] 1740/5 1777/10
1777/16 1778/17 1795/21 1838/4 1838/7
CIRCUMSTANCES [2] 1835/17 1860/23
CITRUS [13] 1754/7 1770/10 1779/13
1779/22 1840/18 1841/12 1846/3
1846/13 1848/17 1850/14 1851/10
1851/14 1852/15
CITY [5] 1724/25 1731/10 1744/25
1747/23 1752/6
CIVIL [1] 1725/10
CLARIFIED [1] 1858/19
CLARIFY [1] 1772/15
CLEAR [9] 1751/11 1779/2 1779/19
1804/18 1821/2 1824/16 1836/24 1845/5
1862/12
CLEARED [1] 1844/2
CLEARLY [6] 1748/24 1764/4 1772/15

1799/4 1815/13 1831/19
1832/14 1849/9 1853/20
CLOSE [16] 1764/19 1782/14 1782/21
1799/13 1799/14 1803/12 1804/5
1811/25 1817/15 1818/4 1830/19
1836/11 1859/2 1860/3 1860/5 1861/14
CLOSELY [2] 1734/9 1836/25
CLOSER [4] 1787/2 1796/24 1807/17
1818/11
CLOSING [1] 1763/11
CLOSURE [3] 1765/2 1765/5 1865/7
COAST [5] 1729/5 1729/9 1729/14
1729/22 1751/6
COASTAL [19] 1727/22 1727/23
1729/13 1730/15 1730/22 1730/22
1732/13 1732/15 1735/7 1735/9 1766/22
1767/2 1767/7 1767/10 1772/5 1827/8
1835/9 1835/11 1842/24
CODED [1] 1815/25
CODING [1] 1847/2
COINCIDE [1] 1788/10
COLLAPSE [1] 1790/13
COLLEAGUE [1] 1732/24
COLLEAGUES [1] 1743/6
COLLECTED [1] 1740/12
COLLECTING [1] 1730/2
COLLINS [6] 1748/13 1750/21 1774/24
1834/19 1834/23 1845/21
COLLINS' [1] 1753/2
COLOR [5] 1801/13 1812/8 1812/8
1812/23 1847/1
COLORS [4] 1801/12 1804/2 1815/24
1815/24
COLUMN [2] 1838/23 1848/15
COLUMNS [1] 1839/1
COMBINED [2] 1779/19 1853/6
COME [23] 1744/12 1771/23 1776/17
1783/10 1785/12 1787/5 1787/16
1787/23 1791/13 1796/5 1804/4 1805/2
1808/13 1808/21 1810/14 1813/18
1816/17 1827/21 1832/18 1835/5
1839/16 1843/1 1857/1
COMES [11] 1734/1 1751/9 1784/21
1793/22 1793/22 1813/9 1838/17
1850/10 1850/11 1850/13 1854/17
COMFORTABLE [1] 1791/16
COMING [26] 1738/7 1744/5 1765/6
1778/13 1778/20 1782/22 1783/8
1787/11 1791/12 1792/22 1795/1
1808/16 1808/22 1813/7 1813/16 1815/6
1819/17 1823/19 1836/7 1836/11
1837/11 1837/12 1844/8 1850/15
1854/17 1859/15
COMMENT [6] 1758/21 1763/5 1763/13
1763/20 1766/6 1766/14
COMMENTED [1] 1766/12
COMMENTS [6] 1755/6 1758/20
1764/14 1765/14 1765/18 1765/23
COMMERCE [1] 1731/11
COMMERCIAL [2] 1776/25 1827/21
COMMERCIALIZES [1] 1775/24
COMMUNITIES [1] 1746/22
COMMUNITY [1] 1740/7
COMPANIES [1] 1775/22
COMPARE [3] 1817/20 1841/3 1851/11
COMPARED [3] 1761/23 1762/3 1802/9
COMPARING [3] 1842/3 1842/6 1861/8
COMPARISON [6] 1784/19 1799/4
1799/12 1802/7 1851/17 1861/6
COMPARISONS [2] 1803/16 1852/23
COMPENDIUM [1] 1774/7
COMPENSATED [1] 1736/14
COMPETENT [5] 1752/10 1758/25

**C**

COMPETENT... [3] 1772/19 1855/25 1856/7
COMPETITIVENESS [1] 1771/12
COMPLAINED [1] 1766/18
COMPLETE [3] 1749/10 1749/11 1781/8
COMPLETELY [3] 1764/19 1792/10 1792/12
COMPLEX [1] 1724/13
COMPLICATED [2] 1749/7 1838/22
COMPORT [1] 1787/2
COMPORTED [1] 1788/3
COMPOSITE [1] 1754/3
COMPREHENSIVE [4] 1808/13 1809/3 1819/10 1819/11
COMPROMISING [1] 1746/6
COMPUTATIONALLY [1] 1809/2
COMPUTE [1] 1827/9
COMPUTER [4] 1725/25 1736/6 1777/9 1865/20
CONCEIVED [1] 1752/4
CONCEPT [8] 1745/5 1755/6 1759/25 1796/13 1813/11 1816/21 1819/16 1844/18
CONCEPTS [1] 1795/18
CONCERN [1] 1755/9
CONCERNED [4] 1731/11 1740/9 1748/22 1772/18
CONCERNING [1] 1755/17
CONCISELY [1] 1774/21
CONCLUDE [1] 1818/8
CONCLUSION [2] 1786/4 1820/8
CONCLUSIONS [2] 1739/9 1741/18
CONCRETE [1] 1760/4
CONCRETE-ARTICULATED [1] 1760/4
CONDITION [13] 1733/20 1749/20 1749/24 1750/4 1750/7 1751/2 1753/9 1772/4 1775/5 1834/4 1834/5 1846/24 1847/16
CONDITIONS [6] 1749/13 1752/1 1763/10 1780/8 1796/18 1856/3
CONDUCTED [1] 1748/19
CONFIDENT [2] 1739/17 1822/7
CONFIRM [1] 1857/21
CONFIRMATION [1] 1752/22
CONFIRMATORY [1] 1834/18
CONFIRMED [2] 1731/16 1811/10
CONFUSED [2] 1787/10 1809/1
CONFUSING [1] 1762/23
CONFUSION [2] 1737/10 1864/1
CONGRESS [3] 1747/24 1772/23 1856/9
CONNECTION [7] 1743/11 1744/21 1775/25 1864/4 1866/6 1866/8 1867/3
CONOR [1] 1725/12
CONSEQUENCE [1] 1834/1
CONSERVATIONIST [1] 1729/21
CONSIDER [4] 1729/19 1729/24 1730/7 1805/22
CONSIDERABLE [3] 1771/10 1823/11 1832/22
CONSIDERED [1] 1754/8
CONSISTENT [3] 1783/1 1783/5 1783/6
CONSTANT [1] 1808/25
CONSTITUTES [1] 1728/12
CONSTITUTIONALLY [1] 1771/7
CONSTRICTED [2] 1836/21 1837/8
CONSTRUCTION [10] 1745/6 1770/22 1773/2 1778/8 1821/8 1844/11 1846/8 1852/14 1856/25 1857/2
CONTACT [1] 1865/15
CONTACTED [1] 1731/10

CONTAINED [1] 1761/14
CONTEMPLATE [1] 1789/20
CONTEMPORANEOUS [1] 1854/11
CONTEXT [5] 1729/4 1748/15 1755/5 1761/7 1764/4 1765/12 1771/20
CONTINUE [1] 1865/10
CONTINUED [4] 1724/1 1725/1 1759/23 1772/4
CONTINUING [1] 1771/10
CONTINUOUS [1] 1771/10
CONTOUR [1] 1808/6
CONTRACT [1] 1732/21
CONTRASTING [1] 1754/4
CONTRIBUTE [1] 1737/7
CONTRIBUTED [4] 1848/3 1852/14 1852/16 1862/3
CONTRIBUTES [1] 1841/18
CONTRIBUTING [2] 1745/2 1746/21
CONTRIBUTION [3] 1828/15 1836/6 1837/12
CONTRIBUTOR [1] 1853/18
CONTROL [1] 1765/8
CONTROLLED [1] 1862/20
CONVENTION [1] 1759/18
CONVERGE [2] 1844/21 1844/22
CONVERGENCE [4] 1742/4 1773/4 1779/5 1845/3
CONVERGING [1] 1743/16 1843/21
CONVERSION [3] 1746/16 1754/19 1825/12
CONVERTED [1] 1807/9
CONVERTING [1] 1845/2
CONVEY [1] 1828/4
CONVEYANCE [1] 1843/15
COOPERATION [1] 1865/13
COORDINATED [2] 1732/19 1831/19
COORDINATING [1] 1734/12
COORDINATION [1] 1833/9
COORDINATOR [2] 1737/22 1829/14
COPIES [1] 1864/22
COPY [2] 1786/10 1786/10
CORNELL [1] 1730/13
CORNER [1] 1744/7
CORPS [79] 1731/3 1731/5 1731/12 1731/18 1731/25 1732/9 1739/7 1742/16 1747/17 1747/20 1748/6 1748/12 1748/20 1752/2 1752/20 1753/10 1753/14 1754/2 1754/6 1754/14 1754/22 1754/24 1755/5 1755/25 1756/3 1756/5 1757/12 1758/1 1758/5 1758/19 1758/20 1758/24 1760/1 1760/10 1761/13 1764/5 1764/13 1764/18 1765/14 1766/3 1766/5 1766/11 1766/21 1767/14 1767/19 1767/20 1767/25 1768/1 1768/16 1769/6 1770/10 1770/19 1770/24 1772/3 1772/13 1772/17 1772/22 1772/24 1773/3 1779/3 1784/17 1786/4 1792/14 1807/24 1816/22 1825/25 1826/3 1826/11 1826/16 1833/24 1834/13 1835/12 1835/12 1835/18 1839/16 1845/6 1856/7 1856/8 1865/5
CORPS' [6] 1756/12 1758/15 1766/18 1771/5 1834/25 1865/11
CORPS-INTERNAL [1] 1764/18
CORRECT [148]
CORRECTED [4] 1769/25 1770/1 1795/15 1855/16
CORRECTING [1] 1867/6
CORRECTLY [1] 1852/20
CORRELATED [1] 1789/7
CORRELATING [1] 1819/9
CORRESPOND [3] 1789/21 1799/7 1848/14
COSTING [1] 1764/24

COULD [27] 1736/8 1736/16 1738/24 1739/2 1742/14 1743/6 1747/9 1747/19 1750/6 1750/9 1752/21 1752/24 1757/13 1757/18 1765/8 1772/24 1778/2 1791/23 1803/25 1808/21 1811/2 1824/14 1826/4 1834/14 1836/1 1847/8 1854/10 1854/3 COULDN'T [3] 1751/2 1756/25 1856/16 COUNCIL [1] 1733/16 COUNSEL [12] 1735/12 1735/15 1772/7 1773/10 1773/13 1784/6 1815/23 1829/4 1857/14 1864/5 1865/12 1867/19 COUNTRY [3] 1730/6 1753/21 1753/22 COUPLE [7] 1731/2 1732/13 1771/14 1784/21 1784/22 1784/24 1784/24 COURSE [20] 1736/4 1737/18 1737/25 1738/22 1740/23 1753/9 1753/18 1763/3 1776/5 1791/6 1792/13 1814/11 1820/20 1821/12 1821/16 1823/1 1826/25 1837/9 1850/18 1853/17 COURT [43] 1723/1 1725/20 1727/4 1735/6 1735/12 1735/24 1737/10 1739/25 1740/3 1743/14 1744/18 1745/25 1746/19 1752/17 1773/12 1773/19 1773/21 1774/21 1781/5 1781/20 1786/2 1786/6 1790/7 1790/15 1802/22 1809/16 1830/24 1831/1 1836/5 1850/20 1862/5 1863/1 1863/2 1863/5 1863/6 1865/22 1866/1 1867/8 1867/17 1867/22 1868/2 1868/3 1868/11 COURT'S [1] 1866/2 COURTROOM [3] 1735/24 1740/6 1796/25 COVER [3] 1830/8 1864/13 1864/15 COVERED [1] 1829/24 COVERS [1] 1731/1 CREATED [8] 1739/22 1742/4 1746/2 1746/13 1748/8 1748/9 1825/9 1848/7 CREATES [1] 1755/18 CREST [2] 1793/17 1843/16 CRESTS [1] 1819/23 CRITICAL [1] 1770/13 CROSBY [3] 1753/24 1754/5 1763/17 CROSS [6] 1801/7 1812/22 1832/4 1837/25 1839/2 1839/2 CROSS-EXAMINATION [1] 1832/4 CROSS-REFERENCED [1] 1801/7 CROSS-SECTION [3] 1837/25 1839/2 1839/2 CROSSED [1] 1801/17 CROWD [1] 1838/10 CROWN [1] 1826/22 CUBIC [9] 1839/2 1839/4 1839/11 1846/15 1847/12 1847/15 1847/17 1848/19 1851/12 CUMULATIVE [1] 1841/20 CURRENTLY [1] 1729/5 CURRENTS [2] 1728/9 CURVE [2] 1791/11 1847/10 CURVES [3] 1750/5 1751/7 1846/21 CUT [2] 1767/17 1796/12 CV [1] 1723/5 CWU [2] 1784/25 1787/3 CYCLES [3] 1794/18 1794/22 1794/23 CYPRESS [1] 1825/22

**D**

DALLAS [1] 1724/4
DAM [1] 1731/6
DAM-LIKE [1] 1731/6
DAMAGE [4] 1765/6 1768/21 1861/25 1862/3
DAMAGES [2] 1771/11 1863/3
DAMAGING [1] 1746/8

D

DAME [1] 1781/23
DAMPER [1] 1755/9
DANGEROUS [2] 1742/4 1856/6
DANIEL [1] 1725/10
DARK [2] 1744/1 1804/2
DASHED [1] 1847/7
DATA [10] 1737/22 1740/12 1780/20
1786/20 1806/18 1806/21 1807/2 1817/8
1818/20 1827/7
DATE [3] 1740/21 1769/1 1769/25
DATED [1] 1767/23
DATES [4] 1740/19 1772/14 1801/8
1835/8
DAY [4] 1812/10 1825/24 1829/15
1830/21
DAYS [3] 1738/12 1738/18 1863/25
DC [1] 1725/18
DEAD [1] 1752/16 1752/17
DEAL [1] 1831/18
DEALING [1] 1799/10
DEALS [2] 1769/19 1770/4
DEATH [1] 1825/22
DEAUTHORIZED [1] 1749/25
DECADES [4] 1825/25 1826/16 1834/25
1845/10
DECIDES [1] 1861/6
DECIMAL [1] 1802/18
DECISIVE [1] 1758/3
DECLARATION [4] 1741/1 1741/2
1741/10 1774/15
DEDUCTION [1] 1756/23
DEEMED [1] 1764/3
DEEP [4] 1744/8 1763/10 1806/4 1813/8
DEEP-DRAFT [1] 1763/10
DEEPEN [1] 1770/19
DEEPENING [5] 1751/19 1755/7
1759/11 1770/20 1778/7
DEEPER [5] 1770/16 1812/22 1819/20
1845/1 1856/5
DEEPLY [1] 1747/10
DEEPWATER [1] 1810/18
DEFENDANT [3] 1725/9 1798/2 1867/16
DEFENDANT'S [5] 1791/6 1796/22
1823/15 1824/4 1824/12
DEFENDANTS [2] 1796/8 1796/18
DEFENSE [4] 1742/11 1792/14 1822/21
1824/17
DEFER [1] 1863/19
DEFINITELY [2] 1764/8 1791/22
DEFINITION [1] 1800/4
DEFRACTION [1] 1819/24
DEGRADED [1] 1825/18
DEGREE [2] 1784/13 1844/22
DEGREES [1] 1808/1
DELFT [8] 1775/16 1775/19 1775/23
1775/25 1776/6 1776/22 1827/20
1827/22
DELICATE [1] 1746/9
DELINEATE [2] 1735/2 1754/23
DELINEATED [1] 1748/5
DELINEATING [1] 1739/24
DELIVER [1] 1827/12
DELTAIC [1] 1753/20
DEMANDS [1] 1772/5
DEMONSTRATE [1] 1846/9
DEMONSTRATES [1] 1758/1
DEMONSTRATIVE [3] 1818/14 1866/13
1867/17
DEMONSTRATIVELY [1] 1866/18
DEMONSTRATIVES [5] 1786/6 1866/23
1866/24 1867/3 1867/11

DENHAM [1] 1724/17
DENSITY [1] 1803/23
DEPARTMENT [5] 1725/9 1730/14
1730/14 1767/17 1865/11
DEPENDENT [1] 1777/10
DEPENDS [1] 1763/13
DEPICTION [1] 1854/20
DEPICTIONS [1] 1848/25
DEPLOYED [1] 1807/3
DEPOSITING [1] 1826/14
DEPOSITION [1] 1764/2
DEPOSITIONS [4] 1864/2 1864/8
1864/10 1864/12
DEPTH [12] 1745/18 1747/7 1807/18
1817/1 1835/14 1837/18 1844/11
1845/10 1845/11 1852/13 1859/11
1860/19
DEPTHS [2] 1762/25 1807/18
DERIVE [1] 1762/4
DERIVED [6] 1786/24 1790/3 1851/22
1857/16 1860/15 1866/15
DESCRIBE [3] 1743/14 1755/12 1808/9
DESCRIBED [10] 1755/2 1755/4
1758/11 1764/5 1774/5 1776/7 1794/25
1823/20 1826/2 1832/22
DESIGN [10] 1737/16 1745/6 1754/8
1817/19 1818/25 1841/4 1846/8 1852/13
1855/12 1856/25
DESIGNATING [1] 1812/5
DESIGNED [8] 1731/24 1775/3 1777/9
1779/14 1800/25 1856/13 1856/18
1856/21
DESPITE [1] 1861/5
DESTROY [3] 1789/1 1821/25 1823/1
DESTROYED [6] 1820/2 1822/9 1822/12
1822/13 1822/19 1825/3
DESTRUCTION [3] 1778/12 1823/6
1856/2
DESTRUCTIVE [1] 1789/3
DETAIL [8] 1731/1 1737/14 1778/1
1823/10 1827/1 1828/8 1831/22 1832/22
DETAILED [3] 1740/13 1811/8 1814/23
DETAILS [1] 1740/12
DETERMINATION [1] 1810/11
DETERMINE [5] 1775/5 1775/6 1775/11
1775/14 1854/7
DETERMINED [1] 1778/20
DETERMINING [1] 1733/24
DEVASTATION [1] 1770/22
DEVELOP [3] 1765/16 1767/10 1796/10
DEVELOPED [9] 1728/10 1732/25
1733/7 1775/13 1775/23 1776/22
1777/19 1783/9 1843/12
DEVELOPMENT [1] 1764/25
DEVICE [1] 1834/12
DIAGONAL [1] 1804/12
DIAGRAM [4] 1781/12 1785/24 1805/23
1836/14
DID [61] 1727/16 1731/14 1731/15
1731/19 1732/1 1733/15 1736/1 1736/1
1737/7 1739/5 1739/5 1748/3 1750/3
1750/21 1751/3 1752/20 1753/10
1756/13 1756/17 1758/19 1759/22
1774/24 1775/6 1781/6 1782/20 1783/8
1785/1 1786/22 1788/14 1789/25 1790/7
1793/7 1795/18 1795/20 1801/15
1804/15 1805/6 1806/9 1808/24 1818/22
1819/4 1819/5 1821/18 1821/25 1822/8
1823/21 1827/14 1827/18 1834/23
1835/20 1838/7 1839/23 1843/11 1846/1
1847/25 1854/7 1857/24 1859/7 1860/1
1860/16 1865/22 1866/5
DIDN'T [20] 1741/6 1747/10 1748/18

1750/6 1753/11 1753/14 1753/22 1766/7
1799/17 1803/15 1812/19 1819/4
1821/16 1822/25 1825/2 1840/13
1843/10 1855/1 1858/11
DIFFER [1] 1806/12
DIFFERENCE [14] 1753/23 1784/5
1788/6 1789/15 1794/2 1802/12 1810/4
1810/22 1821/8 1822/3 1822/4 1824/5
1835/6 1861/8
DIFFERENCES [8] 1791/8 1791/12
1809/15 1809/16 1810/2 1810/2 1810/7
1837/18
DIFFERENT [14] 1737/5 1737/5 1738/8
1749/9 1791/5 1794/5 1803/4 1811/12
1812/5 1813/6 1822/17 1827/16 1831/18
1834/23
DIFFERENT-PERIOD [1] 1813/6
DIFFERENTIAL [2] 1788/4 1788/16
DIFFERENTIATION [1] 1769/12
DIFFERENTLY [5] 1730/5 1793/5
1813/16 1814/2 1830/8
DIFFERING [1] 1728/16
DIFFICULT [2] 1753/15 1809/2
DIFFICULTY [1] 1793/10
DIGRESS [1] 1784/17
DILIGENTLY [1] 1865/17
DIMENSIONS [2] 1839/9 1839/10
DIMINIMUS [1] 1810/25
DIRE [1] 1727/19
DIRECT [4] 1735/16 1820/21 1848/6
1866/7
DIRECTED [5] 1729/12 1732/19 1829/17
1829/25 1842/12
DIRECTION [7] 1728/23 1808/12
1808/17 1808/22 1809/1 1820/22 1822/4
DIRECTIONS [3] 1808/15 1808/23
1812/5
DIRECTLY [3] 1745/5 1760/16 1815/2
DIRECTOR [2] 1732/20 1733/9
DISAGREE [1] 1824/13
DISAGREEMENT [2] 1790/25 1810/10
DISCHARGE [9] 1775/4 1835/23
1837/17 1838/5 1838/5 1838/21 1839/1
1839/10 1839/21
DISCRETION [1] 1841/3
DISCUSS [4] 1754/13 1828/21 1830/11
1865/14
DISCUSSED [4] 1742/10 1779/17
1835/9 1861/11
DISCUSSION [3] 1764/20 1833/2 1833/6
DISLIKE [1] 1771/7
DISMISSAL [1] 1754/14
DISMISSED [1] 1754/13
DISPOSAL [1] 1742/5
DISPUTE [1] 1824/23
DISQUALIFY [1] 1864/5
DISRUPTED [1] 1739/1
DISSERTATION [1] 1802/5
DISSIPATION [2] 1814/9 1814/13
DISTANCE [2] 1817/18 1818/7
DISTILL [1] 1863/14
DISTRICT [12] 1723/1 1723/2 1723/11
1742/13 1755/3 1755/16 1765/16
1766/15 1767/22 1770/9 1868/3 1868/3
DIVISION [11] 1725/10 1736/12 1754/25
1758/15 1764/15 1764/16 1765/17
1765/18 1765/24 1766/11 1767/19
DO [77] 1728/19 1728/22 1728/22
1728/25 1729/2 1729/2 1729/19 1730/18
1730/20 1742/23 1750/6 1754/15
1754/16 1756/11 1756/18 1760/25
1763/13 1764/13 1766/14 1769/8
1782/20 1783/19 1783/20 1785/20

**D**

DO... [53] 1785/21 1786/7 1790/1
1790/24 1792/4 1796/18 1798/9 1799/3
1799/16 1799/18 1800/5 1800/5 1805/8
1805/13 1805/14 1806/7 1806/9 1806/9
1808/13 1809/10 1810/2 1815/25
1823/14 1824/20 1824/22 1826/5
1826/11 1826/14 1826/20 1827/2
1828/12 1828/13 1830/11 1830/17
1833/2 1833/13 1833/14 1843/3 1843/5
1843/10 1845/25 1849/25 1850/4 1856/3
1856/4 1856/9 1858/11 1863/2 1864/18
1864/18 1865/14 1866/6 1868/4
DOCKET [1] 1723/5
DOCUMENT [8] 1750/10 1762/2
1764/18 1766/3 1766/4 1768/5 1770/1
1771/20
DOCUMENTS [1] 1742/13
DOES [19] 1728/6 1745/9 1754/2
1757/15 1771/4 1785/5 1785/6 1788/10
1788/12 1791/17 1812/12 1814/23
1832/3 1833/17 1840/24 1843/7 1845/21
1854/12 1865/9
DOESN'T [14] 1760/7 1766/15 1778/23
1778/24 1778/25 1780/20 1783/13
1787/2 1802/2 1828/21 1829/6 1832/1
1854/14 1864/17
DOING [10] 1738/14 1767/14 1771/7
1774/23 1777/13 1794/10 1794/11
1798/3 1838/8 1867/10
DOMAIN [2] 1796/2 1808/14
DOMENGEAUX [1] 1724/5
DON'T [31] 1743/2 1752/3 1753/16
1756/16 1773/8 1773/13 1780/20 1781/2
1781/25 1782/2 1782/6 1783/18 1790/19
1791/6 1791/16 1792/3 1794/3 1798/19
1798/23 1799/18 1803/14 1806/12
1808/12 1816/5 1832/3 1853/5 1853/10
1857/16 1862/17 1864/18 1867/12
DONE [26] 1730/17 1732/5 1736/16
1737/11 1739/19 1739/21 1761/4 1761/5
1772/25 1778/1 1794/6 1797/19 1801/20
1809/6 1809/8 1817/10 1826/3 1826/4
1826/16 1826/23 1827/25 1829/16
1829/17 1847/9 1848/22 1853/5
DOOR [1] 1806/15
DOT [1] 1818/11
DOTS [2] 1804/19 1804/19
DOTTED [3] 1789/9 1846/23 1847/1
DOVETAILS [1] 1829/11
DOWN [28] 1745/20 1762/11 1771/25
1777/16 1781/11 1796/5 1797/21
1797/22 1798/25 1800/5 1800/23
1804/11 1804/24 1807/8 1808/2 1812/18
1812/18 1813/21 1813/21 1815/7
1836/12 1842/25 1846/4 1847/3 1851/6
1851/12 1854/18 1863/22
DOWNSTAIRS [1] 1779/1
DOYLE [4] 1725/20 1868/2 1868/10
1868/10
DOZENS [1] 1775/22
DR [6] 1755/1 1757/9 1806/3 1817/22
1826/20 1850/25
DR. [126] 1727/8 1727/21 1729/17
1734/10 1734/12 1735/6 1735/18
1736/11 1736/21 1737/15 1737/23
1737/24 1739/12 1740/19 1741/11
1742/2 1742/22 1743/11 1753/10
1753/18 1753/19 1753/20 1753/21
1755/1 1755/17 1755/20 1756/11 1757/4
1757/17 1759/5 1759/25 1760/9 1761/11
1761/14 1762/2 1763/23 1764/15

1768/11 1768/20 1768/22 1769/5
1772/25 1776/4 1776/8 1776/11 1776/16
1776/16 1777/20 1781/21 1781/22
1782/16 1784/1 1784/18 1785/11
1785/19 1785/19 1785/22 1785/23
1786/19 1786/20 1786/22 1786/24
1786/24 1786/25 1787/21 1788/5 1788/7
1788/20 1789/4 1789/18 1789/20 1790/3
1790/6 1790/14 1791/13 1792/7 1792/9
1794/18 1796/12 1799/3 1801/15
1801/21 1802/25 1803/19 1804/18
1811/5 1811/14 1814/21 1816/12
1816/12 1816/24 1820/6 1820/10 1822/5
1822/5 1822/9 1822/11 1823/18 1823/24
1825/24 1826/6 1826/11 1826/14
1826/25 1827/2 1827/7 1827/11 1828/12
1830/11 1831/8 1831/19 1832/9 1832/21
1839/25 1848/10 1851/5 1854/8 1854/14
1854/19 1854/22 1857/17 1857/24
1858/9 1858/10 1858/16 1860/10 1866/7
DR. BEA [23] 1737/23 1737/24 1759/5
1775/9 1776/16 1789/4 1790/14 1801/21
1814/21 1816/12 1816/12 1820/6 1822/5
1822/9 1822/11 1826/25 1827/7 1827/11
1828/12 1851/5 1858/10 1858/16
1860/10
DR. BEA'S [1] 1794/18
DR. EBERSOLE [2] 1786/22 1789/20
DR. EBERSOLE'S [1] 1785/22
DR. GAGLIANO [12] 1753/18 1753/20
1755/1 1755/20 1757/17 1768/22
1772/15 1825/24 1826/6 1826/11
1827/2
DR. HSU [2] 1753/19 1753/21
DR. KEMP [43] 1727/21 1729/17
1735/18 1736/11 1736/21 1737/15
1739/12 1740/19 1741/11 1742/2
1742/22 1743/11 1753/10 1756/11
1757/4 1759/25 1760/9 1761/11 1762/2
1763/23 1768/11 1768/20 1769/5
1774/20 1782/16 1787/21 1788/20
1792/7 1796/12 1799/3 1804/18 1811/5
1811/14 1816/24 1820/10 1823/18
1830/11 1831/19 1832/9 1839/25
1848/10 1857/24 1866/7
DR. KEMP'S [3] 1761/14 1831/8 1857/17
DR. PAUL [2] 1727/8 1735/6
DR. RESIO [4] 1785/19 1786/19 1786/25
1803/19
DR. RESIO'S [2] 1785/23 1802/25
DR. SHERWOOD [1] 1755/17
DR. SOUILEAU [1] 1764/15
DR. VAN HEERDEN [2] 1734/10
1734/12
DR. VRIJLING [6] 1775/16 1781/21
1790/6 1792/9 1801/15 1832/21
DR. VRIJLING'S [4] 1784/1 1822/5
1823/24 1858/9
DR. WESTERINK [10] 1777/20 1781/22
1784/18 1786/24 1788/7 1790/3 1791/13
1854/8 1854/14 1854/22
DR. WESTERINK'S [6] 1785/11 1785/19
1786/20 1786/24 1789/18 1854/19
DRAFT [4] 1741/13 1741/15 1741/16
1763/10
DRAIN [1] 1843/23
DRAMATIC [2] 1850/18 1854/16
DRAMATICALLY [3] 1779/21 1826/4
1844/10
DRAW [2] 1770/23 1842/19
DREDGED [4] 1767/11 1772/4 1826/15
1834/13
DREDGING [6] 1745/7 1759/12 1766/23

1767/21 1856/6 1857/3
DRIVING [1] 1844/18 1844/19 1845/7
1845/8
DROP [3] 1751/8 1813/21 1839/18
DROPPING [1] 1815/7
DROPS [3] 1810/18 1813/8 1814/13
DUDENHEFER [2] 1724/9 1724/9
DUE [7] 1745/7 1758/2 1771/9 1794/22
1829/20 1857/3 1865/19
DULY [1] 1727/11
DUMAS [2] 1724/12 1724/12
DUPRE [1] 1765/9
DURABLE [1] 1836/16
DURATION [9] 1745/1 1751/3 1751/22
1753/7 1791/2 1791/4 1845/21 1845/23
1852/15
DURING [24] 1745/1 1749/21 1750/9
1754/20 1756/20 1756/21 1763/9
1780/14 1782/1 1792/14 1806/13
1806/21 1809/8 1809/9 1831/16 1833/15
1842/7 1846/1 1856/14 1857/11 1857/25
1859/7 1860/1 1860/16
DUTCH [8] 1780/1 1795/12 1795/20
1800/5 1806/10 1830/4 1830/12 1832/20
DUTY [1] 1835/16
DUVAL [1] 1723/11
DYING [1] 1795/4
DYNAMICS [4] 1728/15 1730/18
1747/11 1843/25

**E**

E-MAIL [5] 1865/1 1865/2 1865/2
1865/17 1865/19
E-MAILS [1] 1866/1
EACH [15] 1741/21 1796/5 1796/16
1797/16 1797/25 1801/14 1812/6 1828/9
1828/16 1835/8 1835/24 1848/16
1848/22 1849/7 1864/13
EARLIER [21] 1744/25 1746/9 1750/13
1771/5 1782/18 1784/21 1784/22
1784/24 1785/7 1785/13 1785/15
1785/16 1788/24 1816/14 1825/24
1831/6 1831/24 1854/9 1861/11 1865/1
1866/2
EARLIEST [1] 1750/7
EARLY [10] 1731/5 1745/2 1745/16
1747/13 1753/24 1759/14 1784/25
1823/21 1832/15 1855/16
EARTH [2] 1728/12 1728/14
EARTHEN [1] 1822/2
EAST [32] 1725/4 1742/6 1759/18
1778/14 1779/10 1779/13 1779/23
1826/15 1828/5 1840/18 1840/24 1841/6
1841/23 1843/17 1845/14 1846/1
1847/19 1847/23 1848/18 1848/25
1849/4 1849/9 1850/11 1850/13 1850/14
1850/15 1850/23 1851/11 1851/19
1852/25 1860/14 1861/7
EASTERN [3] 1723/2 1848/3 1868/3
EBERSOLE [7] 1785/19 1786/22 1789/6
1789/20 1789/24 1789/25 1790/1
EBERSOLE'S [3] 1785/22 1802/25
1803/20
ECOLOGIC [1] 1759/1
ECOLOGICAL [1] 1728/19
ECOLOGY [1] 1730/22
ECONOMIC [1] 1764/25
ECONOMICS [1] 1764/23
ECOSYSTEM [1] 1728/15
EDGE [5] 1761/2 1778/24 1778/25
1803/20 1842/25
EDUCATION [1] 1855/22
EDWARDS,LLC [1] 1724/5

EFFECT [37] 1731/13 1731/14 1731/16 1737/21 1742/12 1742/18 1748/14 1749/14 1750/14 1750/14 1750/20 1751/23 1751/24 1752/25 1753/12 1754/19 1755/19 1756/9 1773/4 1778/8 1778/17 1789/17 1791/19 1804/14 1811/9 1814/9 1825/15 1825/16 1826/9 1834/15 1835/21 1839/18 1841/20 1842/15 1842/19 1844/6 1850/19
EFFECTIVE [1] 1777/11
EFFECTIVELY [4] 1768/2 1795/1 1800/7 1826/4
EFFECTS [13] 1735/8 1739/14 1750/22 1757/22 1775/2 1775/2 1778/3 1781/14 1812/20 1826/23 1827/9 1827/11 1857/1
EFFORT [3] 1818/17 1818/18 1832/15
EHRLICH [1] 1725/11
EIGHT [2] 1864/6 1864/10
EIGHT ATTACHMENTS [1] 1864/6
EIS [1] 1766/8
EITHER [6] 1761/16 1779/14 1791/7 1838/6 1840/25 1851/4
EL [1] 1725/11
EL-AMIN [1] 1725/11
ELABORATE [1] 1791/23
ELEMENTS [2] 1746/8 1780/12
ELEVATION [22] 1747/7 1751/1 1764/9 1778/19 1781/17 1781/18 1782/8 1799/15 1824/1 1828/3 1838/10 1838/11 1838/20 1843/16 1843/24 1858/1 1858/1 1859/9 1859/11 1859/12 1860/2 1860/19
ELEVATIONS [3] 1739/11 1747/10 1782/2
ELICIT [1] 1829/10
ELIMINATE [1] 1765/8
ELISA [1] 1725/3
ELMO [1] 1743/5
ELOQUENT [1] 1797/10
ELSE [10] 1727/15 1729/19 1755/18 1756/10 1757/18 1819/15 1830/2 1833/4 1863/7 1867/9
ELSEWHERE [1] 1761/17
ELWOOD [3] 1724/22 1724/23 1828/12
EMBELLISHING [1] 1773/13
EMERGENCY [1] 1733/7
EMERGING [1] 1733/11
EMPLOYED [1] 1864/9
EMPLOYEE [1] 1764/16
EMPLOYMENT [2] 1864/9 1864/10
EMPTYING [1] 1778/22
ENCLOSED [1] 1819/18
ENCOMPASSES [1] 1728/3
ENCOUNTER [1] 1804/9
ENCOURAGE [2] 1764/2 1770/15
END [8] 1737/11 1750/14 1782/14 1818/5 1829/15 1836/22 1850/16 1863/15
ENDED [1] 1792/23
ENDS [3] 1817/14 1817/15 1820/1
ENERGIZED [2] 1793/3 1793/9
ENERGY [11] 1795/2 1795/3 1795/9 1813/18 1813/23 1813/23 1814/6 1814/9 1814/13 1814/15 1814/16
ENGAGED [1] 1748/12
ENGINEER [1] 1827/8
ENGINEERING [1] 1729/4 1733/11 1733/15 1738/1 1775/21 1775/22 1776/21
ENGINEERS [11] 1728/22 1728/24 1729/4 1731/18 1732/9 1739/7 1748/14 1752/2 1765/23 1773/3 1776/3

ENGINEERS' [2] 1742/17 1784/18
ENHANCEMENT [8] 1834/7 1834/25 1835/13
ENHANCEMENT [1] 1750/16
ENLARGE [2] 1756/3 1759/23
ENLARGED [7] 1744/21 1745/16 1760/22 1841/5 1844/10 1852/13 1852/19
ENLARGEMENT [4] 1744/2 1779/8 1845/9 1845/10
ENLIGHTEN [1] 1823/15
ENOUGH [6] 1741/15 1808/18 1833/4 1842/20 1863/13 1864/24
ENSUING [1] 1731/25
ENSURE [1] 1865/9
ENTAIL [1] 1728/7
ENTIRE [5] 1758/13 1765/25 1814/24 1832/9 1849/16
ENTIRETY [4] 1734/17 1738/13 1760/13 1760/25
ENTITLED [1] 1868/7
ENVIRONMENT [7] 1729/9 1729/13 1729/14 1733/19 1768/21 1801/25 1814/15
ENVIRONMENTAL [4] 1770/11 1770/21 1771/11 1819/12
ENVIRONMENTS [1] 1728/8
ENVIRONS [1] 1842/4
EPICENTER [1] 1775/20
EQUAL [1] 1743/15
EQUIVALENT [2] 1762/5 1839/4
ERODED [2] 1768/21 1790/12
ERODIBILITY [1] 1794/14
EROSION [20] 1745/7 1758/2 1758/6 1759/13 1762/4 1766/24 1770/6 1770/11 1771/6 1772/17 1779/16 1789/2 1790/20 1790/21 1791/18 1791/19 1794/16 1822/16 1856/6 1857/3
ESCORTS [1] 1736/9
ESPECIALLY [3] 1778/12 1790/7 1835/13
ESPOUSED [1] 1777/23
ESQ [31] 1723/15 1723/18 1723/19 1723/22 1723/22 1724/3 1724/6 1724/9 1724/12 1724/16 1724/19 1724/20 1724/23 1725/3 1725/3 1725/6 1725/6 1725/10 1725/11 1725/11 1725/12 1725/12 1725/13 1725/14 1725/16 1725/14 1725/15 1725/15 1725/16 1725/16 1725/17
ESSENCE [2] 1753/3 1816/11
ESSENTIALLY [10] 1767/4 1792/22 1795/4 1803/11 1803/17 1814/11 1814/14 1820/22 1834/21 1843/17
ESTABLISH [3] 1739/13 1780/6 1829/21
ESTABLISHED [2] 1771/16 1783/24
ESTABLISHING [2] 1808/8 1830/4
ESTIMATE [4] 1736/14 1736/24 1783/14 1851/21
ESTIMATED [1] 1736/3
ET [3] 1723/5 1723/7 1755/20
ET AL [1] 1755/20
ETC [2] 1798/13 1816/1
EVALUATED [2] 1731/3 1764/20
EVALUATION [1] 1764/20
EVEN [19] 1730/5 1730/6 1730/8 1757/12 1763/24 1770/20 1783/13 1807/16 1815/5 1823/11 1835/14 1840/17 1841/4 1845/1 1845/10 1855/12 1856/6 1861/15 1865/18
EVENING [1] 1867/22
EVENT [3] 1847/11 1847/11 1862/24
EVENTS [3] 1747/12 1759/1 1766/17

EVENTUALLY [1] 1759/14
EVER [4] 1736/13 1737/11 1771/1 1854/7
EVERY [9] 1739/6 1780/12 1781/11 1793/19 1794/19 1817/12 1819/4 1819/5 1862/25
EVERYBODY [3] 1739/8 1756/4 1796/19
EVERYONE [1] 1756/9
EVERYTHING [2] 1783/18 1783/23
EVERYWHERE [3] 1785/6 1796/1 1825/19
EVIDENCE [7] 1734/16 1748/24 1752/21 1757/18 1816/23 1852/3 1857/20
EVOLUTION [1] 1737/16
EVOLVED [1] 1759/2
EXACERBATE [1] 1752/1
EXACERBATED [1] 1756/23
EXACT [3] 1755/12 1769/13 1844/17
EXACTLY [11] 1734/8 1753/19 1761/6 1780/13 1785/6 1789/19 1789/23 1799/12 1803/16 1810/21 1840/13
EXAMINATION [4] 1735/16 1773/23 1832/4 1863/18
EXAMINING [1] 1800/6
EXAMPLE [8] 1808/19 1811/5 1817/22 1817/23 1838/9 1841/23 1844/16 1849/1
EXAMPLES [1] 1754/22
EXCAVATED [1] 1819/21
EXCEEDANCE [1] 1791/5
EXCEPT [2] 1815/25 1866/12
EXCEPTION [1] 1833/17
EXCESS [6] 1736/3 1792/23 1812/7 1837/1 1846/3 1846/4
EXCESSIVE [1] 1759/12
EXCRUCIATING [1] 1831/22
EXCUSE [3] 1731/22 1742/25 1753/24
EXERCISE [1] 1817/11
EXERCISES [1] 1733/5
EXHIBIT [13] 1740/22 1741/7 1743/5 1771/15 1782/18 1786/2 1818/14 1864/5 1864/7 1864/16 1866/19 1867/16 1867/16
EXHIBIT 9 [2] 1864/5 1864/16
EXHIBITS [6] 1785/25 1801/7 1805/15 1866/14 1866/24 1867/1
EXISTED [4] 1745/11 1745/13 1750/4 1845/5
EXISTENCE [1] 1750/9
EXISTING [3] 1749/15 1749/21 1750/12
EXISTS [1] 1762/19
EXPAND [1] 1746/4
EXPANDED [4] 1733/17 1769/22 1769/23 1818/17
EXPANDING [1] 1760/20
EXPANSION [1] 1745/7
EXPECT [5] 1731/12 1772/4 1807/15 1809/1 1819/21
EXPECTED [6] 1785/9 1785/12 1786/14 1787/4 1787/22 1804/7
EXPECTING [1] 1863/3
EXPERIENCE [4] 1736/5 1753/17 1855/22 1862/6
EXPERIENCED [1] 1745/1
EXPERT [35] 1730/20 1731/19 1731/22 1732/1 1735/6 1737/5 1737/5 1737/21 1740/15 1742/11 1744/19 1758/23 1758/25 1777/5 1780/1 1784/18 1786/17 1815/11 1815/12 1817/9 1823/6 1827/11 1828/22 1828/23 1829/20 1832/2 1842/9 1842/10 1846/17 1858/4 1859/18 1860/7 1860/22 1861/7 1861/22
EXPERTISE [9] 1727/21 1733/21 1751/17 1752/10 1785/10 1819/8 1820/8 1854/23 1862/6

# E

EXPERTS [18] 1742/17 1751/20
1765/24 1786/12 1786/19 1790/25
1791/1 1791/6 1792/14 1794/9 1798/2
1799/23 1810/23 1823/15 1824/12
1824/17 1826/2 1833/10
EXPLAIN [10] 1730/3 1746/24 1749/8
1757/11 1796/13 1797/11 1802/22
1806/25 1816/12 1842/23
EXPLANATORY [1] 1864/15
EXPLORED [1] 1826/25
EXPOSED [6] 1733/18 1746/14 1762/11
1762/14 1764/2 1825/10
EXQUISITE [2] 1731/1 1737/14
EXQUISITELY [2] 1740/13 1742/10
EXTENDING [1] 1812/7
EXTENDS [1] 1761/1
EXTENSION [1] 1863/8
EXTENSIVELY [1] 1779/17
EXTENT [3] 1760/11 1810/23 1867/4
EXTRA [1] 1864/22
EXTRACTED [1] 1818/21
EXTRAPOLATE [1] 1757/10
EXTRAPOLATED [1] 1851/18
EXTREMELY [1] 1777/21
EYE [2] 1733/8 1807/17

# F

FACE [2] 1801/25 1805/1
FACED [1] 1759/22
FACILITATE [1] 1848/6
FACILITY [1] 1760/4
FACT [19] 1732/8 1733/4 1744/7 1745/7
1757/7 1758/5 1760/1 1781/15 1784/6
1785/1 1786/12 1787/21 1800/4 1825/17
1829/19 1829/19 1831/8 1852/19
1866/12
FACTOR [5] 1746/21 1844/9 1844/9
1845/7 1861/25
FACTORING [1] 1850/22
FAIL [2] 1835/16 1835/16
FAILURE [11] 1745/2 1766/18 1766/24
1820/7 1825/1 1853/23 1854/1 1854/1
1856/12 1856/17 1857/2
FAIR [4] 1728/11 1741/15 1855/17
1855/18
FAIRED [1] 1822/2
FAIRLY [1] 1791/13
FAMILIAR [1] 1775/18
FAR [6] 1753/1 1772/18 1795/3 1828/1
1833/23 1838/12
FARTHER [1] 1850/11
FASHION [1] 1834/24
FAST [1] 1837/11
FATIGUE [1] 1794/18
FAYARD [2] 1724/16 1724/16
FCRR [3] 1725/20 1868/2 1868/10
FEATURE [1] 1809/23
FEATURES [1] 1809/18
FEBRUARY [2] 1729/6 1765/13
FEBRUARY 1988 [1] 1765/13
FEDERAL [6] 1732/16 1733/7 1766/22
1767/8 1767/8 1767/21
FEDS [1] 1767/19
FEEL [6] 1742/24 1791/16 1814/8
1822/7 1827/13 1832/6
FEELS [1] 1737/10
FEET [90] 1747/6 1747/8 1756/20
1756/21 1758/6 1760/7 1762/5 1762/6
1781/17 1782/12 1782/13 1789/19
1789/21 1795/13 1797/17 1797/25
1798/16 1798/17 1799/9 1799/9 1799/25

1801/3 1801/3 1802/8 1802/10 1803/9
1803/22 1803/24 1804/9 1804/18 1805/6
1805/7 1805/10 1807/11 1810/25 1812/7
1812/8 1812/9 1812/15 1812/16 1812/19
1812/24 1812/25 1813/8 1813/9 1814/12
1815/25 1817/12 1817/20 1818/8 1818/9
1818/10 1819/4 1819/19 1837/1 1837/15
1839/2 1839/4 1839/11 1841/14 1846/15
1847/12 1847/15 1847/17 1848/19
1850/2 1850/2 1850/5 1850/6 1851/12
1858/1 1858/2 1858/3 1859/8 1859/13
1859/13 1859/16 1859/17 1860/2 1860/3
1860/4 1860/6 1860/11 1860/20 1861/3
1861/9 1861/13 1861/16 1861/19
1862/21 1862/21
FELT [2] 1736/7 1755/22
FEMA [1] 1739/7
FENCE [1] 1739/6
FETCH [1] 1817/1
FEW [7] 1754/24 1781/3 1813/8 1813/9
1819/19 1819/19 1821/21
FIELD [17] 1729/24 1730/2 1731/15
1733/10 1733/11 1733/21 1733/22
1733/24 1734/2 1738/3 1738/4 1738/16
1748/19 1758/23 1758/25 1819/7 1820/7
FIFTH [3] 1746/19 1761/23 1827/2
FIGHT [1] 1767/6
FIGURATIVELY [1] 1814/12
FIGURE [6] 1735/25 1738/24 1756/25
1785/3 1801/8 1828/10
FIGURED [1] 1806/5
FIGURES [5] 1749/3 1805/5 1805/8
1806/7 1809/10
FILE [1] 1864/22
FILING [1] 1741/5
FILL [8] 1783/11 1783/13 1783/15
1784/25 1787/3 1787/17 1823/22
1823/22
FILM [1] 1782/23
FINAL [2] 1827/18 1832/22
FINALLY [1] 1836/8
FIND [16] 1732/1 1735/22 1738/10
1752/21 1760/7 1761/6 1776/5 1780/18
1780/21 1786/2 1818/6 1838/19 1838/21
1863/3 1865/19 1865/20
FINDING [1] 1792/23
FINE [6] 1765/20 1797/9 1800/20
1800/24 1830/9 1862/18
FINE-RESOLUTION [1] 1800/24
FINE-TUNING [1] 1797/9
FINEL [27] 1776/10 1776/22 1777/22
1778/1 1778/5 1780/1 1780/17 1781/13
1781/21 1782/7 1783/16 1784/1 1784/1
1789/6 1789/10 1795/22 1796/9 1800/23
1809/24 1835/23 1836/20 1838/1
1844/13 1845/4 1848/13 1851/23
1854/13
FINEL-GENERATED [1] 1796/9
FINEST [3] 1797/23 1798/17 1800/23
FINEST-RESOLUTION [2] 1797/23
1798/17
FINISH [3] 1765/22 1802/19 1830/17
FINISHED [2] 1735/20 1844/4
FIREHOSE [3] 1778/23 1837/7 1845/3
FIRM [6] 1723/21 1724/9 1724/12
1725/2 1864/11 1865/5
FIRST [25] 1731/2 1735/18 1742/2
1742/3 1743/11 1748/5 1748/11 1760/21
1761/23 1763/6 1764/18 1768/16 1777/7
1777/23 1789/9 1796/20 1799/17
1801/11 1806/24 1810/16 1811/12
1826/6 1830/13 1838/23 1839/1
FISHING [1] 1733/18

FIT [2] 1780/20 1798/18
1786/19
FITZGERALD'S [1] 1824/3
FIVE [4] 1738/18 1825/25 1829/12
1866/5
FIX [1] 1733/25
FIXED [1] 1772/24
FIXES [1] 1772/3
FLANKED [1] 1743/16
FLAT [1] 1814/11
FLEW [1] 1738/12
FLOATING [1] 1754/11
FLOOD [12] 1732/4 1745/2 1747/10
1774/25 1775/10 1775/13 1823/6 1834/1
1834/16 1848/17 1853/13 1854/2
FLOODED [9] 1747/5 1747/7 1747/9
1823/18 1824/14 1846/1 1853/23
1855/10 1855/11
FLOODING [62] 1731/14 1731/15
1732/1 1737/12 1746/21 1746/24 1747/12
1758/16 1766/13 1775/11 1775/14
1779/23 1792/1 1820/3 1824/4 1824/7
1827/6 1828/14 1828/16 1830/12 1841/5
1841/11 1843/12 1845/14 1845/15
1845/22 1847/18 1847/19 1847/22
1847/25 1847/25 1849/3 1849/11
1849/15 1849/25 1850/12 1852/16
1852/21 1853/18 1856/14 1856/19
1857/4 1857/24 1858/5 1858/12 1858/22
1859/6 1859/13 1859/15 1859/19
1859/25 1860/4 1860/6 1860/8 1860/11
1860/13 1860/16 1860/23 1861/15
1861/18 1861/21 1861/24
FLOORS [1] 1859/21
FLORIDA [4] 1724/17 1752/24 1834/3
1834/14
FLOW [10] 1780/6 1780/7 1780/9
1824/24 1838/2 1839/5 1844/13 1849/17
1849/18 1852/23
FLOW-MODELING [1] 1844/13
FLOWING [5] 1782/5 1808/25 1836/18
1844/20 1844/21
FLOWS [1] 1760/3
FOCUS [1] 1797/9
FOLKS [1] 1756/9
FOLLOW [4] 1743/24 1766/24 1773/15
1834/20
FOLLOW-UP [1] 1773/15
FOLLOWING [2] 1739/11 1815/6
FOLLOWS [1] 1727/12
FOOT [33] 1771/12 1795/14 1803/2
1808/3 1808/5 1808/6 1808/7 1810/5
1811/10 1813/2 1813/21 1813/22
1814/18 1814/25 1815/7 1815/18 1820/2
1846/15 1847/12 1847/15 1847/17
1848/19 1851/12 1858/6 1858/9 1858/13
1858/17 1858/17 1858/19 1858/20
1859/9 1859/10 1859/13
FOOTPRINT [1] 1798/18
FOOTSTEPS [1] 1834/21
FORCE [4] 1728/17 1789/3 1844/8
1844/10
FORECAST [1] 1733/2
FORECASTING [2] 1732/22 1733/1
FORECASTS [1] 1736/5
FOREGOING [1] 1868/4
FORENSICS [1] 1733/17
FORESEEABLY [2] 1742/7 1744/24
FORESHORE [3] 1746/7 1801/22
1801/25
FORGET [1] 1830/6
FORGOT [1] 1830/5

# F

FORM [1] 1802/2
FORMALLY [1] 1772/23
FORTH [3] 1748/5 1766/6 1827/9
FORWARD [2] 1763/19 1831/5
FOUND [7] 1738/10 1742/13 1742/14
1756/1 1793/2 1795/12 1803/12
FOUNDATION [1] 1828/8
FOUR [6] 1738/12 1749/13 1763/19
1776/7 1791/14 1827/3
FOURTH [1] 1746/11
FRAME [3] 1741/20 1759/10 1772/25
FRANCISVILLE [1] 1760/2
FRANK [1] 1724/9
FRANKLIN [1] 1725/17
FRANZ'S [2] 1737/13 1859/24
FREE [4] 1742/24 1777/10 1818/9
1832/6
FREE-SURFACE [1] 1777/10
FREQUENCY [1] 1810/3
FREQUENT [1] 1819/5
FREQUENTLY [2] 1729/2 1730/23
FRESHWATER [2] 1746/14 1825/10
FRICTION [1] 1778/3
FRICTIONLESS [1] 1814/15
FRONT [14] 1744/16 1759/21 1760/16
1760/17 1766/1 1789/2 1790/13 1790/20
1790/21 1791/18 1797/5 1822/13
1822/16 1823/20
FRONT-SIDE [7] 1789/2 1790/13
1790/20 1790/21 1791/18 1822/13
1822/16
FRONTED [2] 1820/23 1820/24
FRONTS [1] 1761/2
FULL [11] 1727/13 1740/10 1807/25
1808/8 1808/10 1809/5 1809/11 1809/13
1809/21 1838/4 1838/7
FULL-CIRCULATION [2] 1838/4 1838/7
FULL-PLANE [3] 1809/5 1809/11
1809/13
FULLY [8] 1758/1 1839/17 1852/23
1858/4 1859/18 1860/7 1860/22 1860/25
FUNDAMENTAL [3] 1752/9 1810/22
1833/23
FUNDAMENTALLY [1] 1753/13
FUNDING [3] 1747/25 1768/2 1768/2
FUNDS [1] 1771/23
FUNNEL [38] 1742/4 1742/10 1742/11
1742/18 1742/21 1743/15 1743/17
1744/22 1745/21 1746/15 1748/9
1753/12 1754/11 1754/18 1755/19
1756/6 1757/14 1758/13 1763/17
1772/16 1773/4 1777/22 1778/14
1778/16 1778/18 1779/14 1785/6 1835/1
1835/13 1835/21 1843/2 1843/3 1843/6
1844/8 1845/5 1855/12 1856/1 1856/5
FUNNELING [1] 1750/14
FURTHER [10] 1745/20 1747/4 1760/16
1762/14 1764/3 1770/6 1779/9 1779/16
1783/16 1795/20
FURTHERMORE [2] 1765/9 1820/23
FUTILE [1] 1767/6

# G

G-E-O-R-G-E [1] 1727/18
GAGLIANO [14] 1753/18 1753/20
1755/1 1755/17 1755/20 1757/17
1768/22 1772/15 1825/24 1826/6
1826/11 1826/14 1826/20 1827/2
GALVANIZED [1] 1736/7
GAPE [1] 1778/17
GATE [5] 1754/11 1840/6 1840/10
1840/14 1841/25

GATTO [1] 1785/11
GAUGE [2] 1781/11 1782/1
GAVE [2] 1756/15 1843/13
GENERAL [6] 1737/4 1738/14 1754/7
1791/1 1803/3 1821/21
GENERALLY [7] 1741/23 1748/7
1751/22 1758/13 1774/22 1809/10
1821/5
GENERATE [1] 1777/15
GENERATED [14] 1766/5 1780/2
1792/25 1792/25 1793/20 1793/24
1795/7 1796/7 1796/9 1796/9 1807/15
1808/15 1808/23 1813/17
GEOGRAPHIC [1] 1806/18
GEOLOGIST [4] 1728/6 1835/9 1835/11
1835/17
GEOLOGISTS [1] 1753/20
GEOLOGY [4] 1727/22 1728/11 1728/17
1735/7
GEOMETRY [7] 1749/9 1751/24 1778/2
1810/20 1834/5 1836/21 1847/21
GEORGE [1] 1727/15
GERM [1] 1843/13
GET [60] 1737/14 1738/17 1738/23
1741/21 1743/5 1743/6 1750/20 1751/11
1753/1 1753/14 1755/6 1759/7 1765/12
1773/23 1778/19 1779/1 1783/18 1786/1
1788/18 1789/1 1790/24 1792/4 1792/5
1796/24 1798/23 1798/25 1799/4
1801/24 1801/24 1804/14 1805/9
1812/22 1815/24 1820/21 1824/6 1824/8
1828/7 1829/6 1835/24 1836/17 1836/21
1840/14 1842/6 1843/1 1843/20 1844/7
1844/18 1849/1 1849/2 1849/3 1851/6
1851/20 1853/4 1853/10 1859/13 1860/5
1860/11 1860/13 1862/11 1863/8
GETS [7] 1770/25 1813/7 1814/14
1822/23 1823/2 1843/17 1845/1
GETTING [9] 1732/15 1783/16 1783/23
1792/2 1797/7 1810/19 1827/17 1830/1
1837/10
GILBERT [2] 1725/2 1725/3
GIS [1] 1818/21
GIVE [10] 1730/20 1735/24 1740/17
1745/24 1745/25 1756/13 1819/25
1844/16 1862/9 1863/14
GIVEN [7] 1774/9 1774/11 1827/7
1846/14 1857/21 1862/4 1866/9
GIVES [5] 1767/9 1769/6 1838/19
1847/18 1847/20
GIWW [12] 1743/21 1744/1 1744/23
1745/10 1745/23 1748/10 1749/17
1754/19 1773/5 1801/1 1815/4 1815/20
GLANCING [1] 1781/10
GO [60] 1738/11 1739/6 1740/10
1741/20 1743/4 1751/2 1752/8 1759/6
1761/7 1763/5 1763/19 1764/10 1765/22
1766/16 1768/8 1768/15 1774/3 1774/21
1778/23 1778/25 1780/21 1784/10
1793/17 1795/17 1795/19 1796/12
1797/21 1798/10 1799/15 1800/22
1800/23 1802/7 1802/19 1803/19
1807/23 1810/15 1811/17 1811/24
1814/22 1815/8 1819/14 1822/25
1823/16 1824/20 1829/4 1830/16 1832/6
1833/20 1837/21 1842/4 1848/18 1849/9
1849/13 1857/8 1860/15 1861/17
1866/11 1866/21 1866/23 1866/24
GOD [1] 1863/9
GOES [1] 1829/9
GOING [63] 1733/22 1734/2 1736/8
1737/14 1738/23 1743/21 1743/23

1744/5 1744/12 1745/22 1750/12 1751/7
1759/8 1762/11 1766/16 1771/25
1772/19 1773/22 1776/5 1783/14 1786/5
1792/14 1795/19 1798/6 1798/18
1798/23 1804/11 1804/24 1807/8
1808/13 1808/16 1811/1 1814/19 1816/6
1829/15 1830/16 1830/19 1836/13
1837/8 1838/24 1839/6 1839/7 1839/18
1841/3 1843/2 1843/23 1844/5 1844/16
1849/5 1849/13 1849/25 1851/10
1856/20 1857/15 1857/20 1861/13
1863/2 1863/5 1863/7 1863/8 1863/19
1867/6
GOLDEN [2] 1744/3 1825/19
GONE [1] 1740/16
GOOD [15] 1739/8 1739/10 1756/17
1773/11 1777/24 1781/18 1807/2 1815/3
1823/16 1834/10 1834/21 1838/19
1839/15 1839/15 1842/21
GOODNESS [1] 1855/11
GOSH [1] 1752/3
GOT [25] 1736/8 1740/21 1743/8
1751/12 1753/13 1753/13 1754/5
1756/20 1756/20 1784/10 1792/7
1800/18 1814/17 1815/22 1818/6
1831/17 1836/22 1836/23 1837/6 1842/7
1844/2 1851/8 1853/11 1855/6 1860/3
GOTTEN [2] 1812/25 1859/16
GOVERNMENT [13] 1724/13 1771/21
1790/14 1795/20 1799/5 1802/9 1806/9
1806/10 1806/11 1809/6 1838/7 1864/17
1866/10
GOVERNMENT'S [5] 1790/11 1794/9
1799/23 1804/20 1810/23
GOVERNOR'S [1] 1732/14
GRACE [1] 1863/9
GRADUALLY [1] 1854/17
GRADUATE [1] 1729/16
GRAPH [3] 1795/24 1807/10 1818/2
GRAPHIC [3] 1761/7 1818/18 1819/8
GRASP [1] 1797/12
GRASS [3] 1764/8 1826/21 1826/22
GRAY [1] 1847/7
GREAT [5] 1744/6 1759/3 1765/11
1781/14 1831/21
GREATER [2] 1742/8 1861/12
GREATEST [1] 1747/7
GREATLY [3] 1744/20 1765/7 1843/14
GREEN [3] 1799/7 1799/12 1799/17
GREIF [1] 1725/12
GREW [2] 1844/10 1856/5
GRID [29] 1795/19 1795/24 1796/1
1796/20 1796/25 1797/1 1797/2 1797/3
1797/9 1797/14 1797/16 1797/20
1797/23 1797/24 1798/17 1799/5 1799/6
1799/7 1799/8 1799/18 1799/20 1800/24
1801/2 1802/8 1802/9 1802/12 1802/13
1804/13 1811/7
GRIDDED [1] 1795/25
GRIDS [12] 1796/4 1796/13 1797/4
1799/24 1800/11 1800/13 1800/16
1800/16 1800/25 1806/9 1811/5 1811/8
GROUND [5] 1738/18 1852/4 1858/1
1859/9 1860/1
GROUP [7] 1725/7 1729/12 1732/20
1733/9 1736/12 1775/17 1781/22
GROUPING [1] 1727/24
GROUPS [1] 1737/5
GROW [1] 1812/23
GROWS [1] 1764/8
GUARDHOUSE [1] 1781/10
GUESS [12] 1744/3 1750/3 1755/22
1756/21 1759/15 1788/9 1791/25

# G

GUESS... [5] 1820/15 1831/24 1842/21 1843/13 1851/25
GUIDE [1] 1732/10
GUIDELINES [2] 1766/24 1767/22
GUIDING [1] 1829/15
GULF [4] 1729/5 1737/18 1744/21 1844/24

# H

HABITAT [3] 1769/7 1769/10 1769/13
HAD [63] 1731/5 1731/12 1731/13 1732/7 1733/7 1733/13 1733/16 1735/21 1735/21 1735/24 1738/8 1739/10 1739/15 1739/16 1741/2 1741/3 1741/4 1741/7 1747/9 1747/20 1747/21 1748/1 1752/25 1754/17 1757/8 1759/14 1762/24 1767/2 1767/4 1767/4 1767/18 1767/25 1768/22 1772/17 1772/22 1774/2 1774/14 1778/8 1778/17 1786/13 1786/19 1791/13 1793/10 1798/16 1798/25 1809/8 1825/16 1839/16 1844/4 1845/14 1849/1 1850/2 1852/19 1854/19 1856/22 1859/21 1861/15 1861/18 1864/3 1864/20 1865/20 1866/19 1867/2
HALF [8] 1747/6 1760/2 1792/17 1809/9 1845/15 1851/20 1852/21 1861/18
HALF-PLANE [1] 1809/9
HAMMER [1] 1794/19
HAND [10] 1737/22 1738/2 1744/7 1754/13 1775/9 1801/20 1814/21 1816/11 1832/16 1832/19
HANDLE [1] 1778/3
HANDLED [1] 1763/14
HAPPEN [3] 1785/5 1785/7 1788/22
HAPPENED [8] 1735/1 1735/21 1738/9 1781/25 1788/21 1819/17 1835/20 1849/11
HAPPENING [8] 1733/24 1733/25 1796/3 1797/24 1798/20 1799/24 1801/17 1815/10
HAPPENS [1] 1789/21
HAPPY [1] 1803/12
HARBOR [2] 1744/22 1751/9
HARD [6] 1760/6 1793/5 1797/11 1803/15 1806/18 1860/18
HARM [1] 1855/14
HAS [35] 1729/3 1730/1 1742/10 1743/1 1753/5 1765/18 1765/25 1767/9 1770/21 1773/3 1773/7 1783/11 1786/10 1789/20 1796/1 1797/16 1797/23 1798/17 1809/5 1812/25 1814/9 1816/21 1818/9 1818/17 1819/20 1823/10 1826/25 1832/21 1834/15 1840/14 1843/22 1857/21 1863/2 1865/5 1866/9
HAS A [1] 1797/16
HASSAN [1] 1732/24
HASTEN [1] 1752/5
HASTENING [4] 1746/8 1746/24 1750/17 1750/18
HAVE [244]
HAVEN'T [2] 1731/3 1773/6
HAVING [7] 1727/11 1734/5 1805/13 1833/4 1837/10 1838/3 1845/15
HB [1] 1725/20
HB-406 [1] 1725/20
HE [32] 1755/22 1755/23 1757/8 1786/17 1786/25 1787/14 1789/19 1790/4 1799/11 1801/15 1801/21 1802/19 1825/25 1829/6 1829/8 1829/13 1829/13 1829/14 1829/15 1829/18 1829/22 1829/25 1831/25 1832/1 1832/3

HIM [7] 1738/2 1799/10 1827/8 1827/12 1829/5 1850/20 1850/21
HIMSELF [1] 1790/1
HINTS [1] 1863/15
HIRED [3] 1734/6 1735/18 1736/11
HIS [33] 1728/1 1728/3 1741/20 1775/16 1776/17 1781/10 1784/18 1784/21 1785/2 1785/3 1786/23 1790/2 1790/6 1792/9 1796/22 1799/11 1800/7 1801/21 1802/19 1805/13 1827/8 1828/22 1828/23 1829/9 1829/12 1829/18 1829/22 1829/23 1832/2 1841/2 1857/10 1858/5 1866/9
HISTORICAL [3] 1737/16 1748/4 1766/17
HISTORIES [1] 1737/18
HIT [10] 1736/4 1795/3 1810/16 1812/3 1813/22 1813/25 1815/8 1824/1 1854/24 1855/1
HITS [1] 1794/19 1813/10
HITTING [1] 1733/18
HOLD [2] 1825/5 1844/1
HOLDING [1] 1835/19
HOLE [1] 1767/4
HOME [9] 1857/7 1857/24 1858/5 1858/20 1859/4 1859/19 1859/24 1860/14 1860/24
HOMES [2] 1746/22 1828/6
HONEST [1] 1830/5
HONEYCUTT [1] 1724/16
HONOR [43] 1727/7 1728/1 1734/16 1735/5 1735/14 1736/19 1740/18 1741/16 1741/19 1743/3 1752/18 1760/15 1768/18 1769/2 1769/25 1771/13 1771/20 1773/11 1774/4 1774/10 1786/3 1787/19 1792/4 1798/12 1801/5 1801/21 1816/23 1829/1 1829/11 1830/9 1831/6 1848/5 1862/9 1863/9 1863/16 1863/24 1864/19 1864/25 1865/16 1865/21 1866/3 1867/2 1867/18
HONORABLE [1] 1723/11
HOPE [1] 1723/16
HOPEFULLY [1] 1864/1
HORSE [4] 1752/16 1752/18 1852/4 1852/6
HOUR [16] 1733/2 1752/8 1760/1 1781/11 1787/1 1787/2 1788/3 1788/6 1788/16 1789/23 1795/8 1808/25 1811/13 1812/21 1814/6 1824/8
HOURLY [2] 1817/9 1838/23
HOURS [17] 1735/24 1736/3 1736/14 1736/17 1736/24 1751/18 1783/14 1784/21 1784/22 1784/24 1784/25 1785/16 1786/25 1787/3 1791/14 1813/1 1866/5
HOUSE [7] 1737/12 1737/13 1857/10 1859/7 1859/13 1861/13 1861/14
HOUSEKEEPING [1] 1831/6
HOW [37] 1733/25 1735/24 1736/24 1737/7 1737/12 1738/24 1739/2 1745/5 1751/8 1756/5 1775/12 1775/14 1786/19 1788/2 1791/8 1793/18 1795/19 1804/20 1805/6 1805/8 1806/7 1806/9 1810/11 1818/2 1841/11 1843/17 1851/6 1852/6 1857/24 1858/5 1859/6 1859/19 1859/25 1860/7 1860/16 1860/23 1863/5
HOWEVER [2] 1763/10 1793/6
HSU [3] 1753/19 1753/21 1757/9
HSU'S [1] 1755/1
HUGE [6] 1760/3 1760/4 1767/4 1843/21 1843/22 1844/7
HUMAN [1] 1780/11
HUMP [2] 1854/13 1854/14

HE'S [2] 1737/25 1763/1
HEAD [1] 1829/13
HEALTHY [1] 1769/9
HEARD [1] 1789/3
HEARING [1] 1864/4
HEARINGS [1] 1755/21
HEC [1] 1824/4
HEC-RAS [1] 1824/4
HEED [2] 1752/20 1758/19
HEEDED [1] 1752/21
HEERDEN [2] 1734/10 1734/12
HEIGHT [27] 1744/25 1751/21 1778/15 1778/21 1779/20 1784/5 1789/8 1789/11 1791/7 1794/2 1795/11 1795/13 1803/6 1804/11 1807/7 1807/9 1807/10 1810/2 1810/4 1810/5 1810/19 1836/10 1838/4 1838/12 1842/21 1843/20 1845/24
HEIGHT-WISE [1] 1789/8
HEIGHTS [5] 1756/22 1792/8 1804/6 1804/20 1812/13
HELP [4] 1739/22 1806/25 1823/15 1826/1
HELPED [1] 1773/24
HELPS [2] 1772/9 1804/16
HER [4] 1804/1 1857/9 1864/9 1864/10
HERE [89] 1731/18 1743/14 1743/16 1744/2 1744/3 1745/10 1745/22 1749/15 1750/3 1750/9 1750/13 1750/16 1751/1 1751/16 1757/5 1760/2 1764/12 1767/4 1768/6 1778/16 1778/17 1780/6 1781/12 1781/14 1781/17 1784/17 1787/10 1789/11 1789/12 1791/11 1791/12 1796/15 1796/23 1796/25 1797/4 1797/15 1798/24 1799/3 1799/18 1802/23 1803/10 1803/24 1804/5 1804/18 1807/6 1807/10 1807/11 1808/24 1811/7 1812/4 1812/16 1812/17 1812/19 1812/24 1813/4 1814/5 1814/7 1814/19 1817/10 1817/11 1817/16 1817/19 1817/20 1815/20 1822/15 1834/14 1836/10 1836/12 1836/14 1836/18 1837/24 1838/23 1839/1 1839/20 1841/18 1845/5 1846/13 1846/21 1847/3 1847/9 1848/21 1853/5 1858/1 1858/15 1858/18 1859/10 1859/11 1859/14 1862/5
HERE'S [2] 1743/20 1753/19
HEREBY [1] 1868/4
HERSELF [1] 1865/8
HESITATE [1] 1865/15
HIGH [22] 1736/10 1738/25 1739/9 1778/19 1782/11 1782/17 1783/1 1783/2 1795/9 1796/4 1798/7 1804/20 1805/6 1805/6 1806/8 1813/18 1815/5 1815/13 1815/20 1820/2 1837/13 1843/17
HIGH-ENERGY [2] 1795/9 1813/18
HIGH-INTENSITY [1] 1820/2
HIGH-RESOLUTION [4] 1798/7 1805/6 1806/8 1815/13
HIGHER [15] 1731/12 1751/2 1766/8 1778/25 1782/8 1795/3 1798/11 1801/12 1807/17 1808/6 1809/25 1843/2 1843/2 1843/20 1855/8
HIGHEST [3] 1799/16 1803/6 1805/1
HIGHLIGHT [13] 1731/1 1761/22 1761/24 1762/12 1763/7 1768/9 1769/25 1769/3 1770/4 1770/8 1770/14 1771/2 1823/5
HIGHLIGHT B [1] 1769/3
HIGHLIGHTED [4] 1765/1 1771/15 1838/24 1864/14

# H

HUNDRED [5] 1802/14 1802/18 1813/9 1819/19 1819/19
HURRICANE [24] 1732/21 1732/23 1733/5 1733/6 1734/7 1739/23 1742/8 1745/13 1748/12 1748/16 1749/11 1763/12 1765/6 1777/20 1777/21 1780/12 1808/25 1812/11 1855/7 1856/2 1857/11 1857/25 1860/1 1860/17
HYDRAULIC [6] 1748/14 1752/9 1752/25 1775/2 1775/20 1834/15
HYDRAULICALLY [1] 1757/14
HYDRAULICS [2] 1754/25 1761/12
HYDRODYNAMIC [3] 1728/19 1735/7 1753/6
HYDROGRAPH [3] 1846/9 1846/12 1857/16
HYDROLOGIC [7] 1759/1 1761/12 1833/15 1834/1 1835/6 1839/18 1839/23
HYDROLOGICALLY [2] 1835/3 1840/1
HYDROLOGY [2] 1727/24 1735/9
HYPOTHETICAL [2] 1733/6 1750/5

# I

I'D [3] 1741/19 1768/8 1771/14
I'LL [10] 1728/3 1740/17 1743/4 1792/5 1796/15 1830/8 1832/6 1862/11 1863/14 1864/22
I'M [69] 1729/21 1729/21 1729/21 1730/3 1733/14 1737/1 1738/21 1740/6 1741/6 1751/11 1751/12 1752/7 1760/13 1760/19 1761/19 1764/23 1773/14 1773/22 1774/2 1774/9 1778/16 1786/16 1787/10 1787/10 1793/6 1793/24 1794/10 1797/15 1798/6 1798/10 1800/14 1802/17 1804/5 1804/10 1804/18 1805/14 1807/22 1814/11 1818/3 1821/3 1824/16 1825/15 1828/20 1830/16 1839/25 1841/3 1844/16 1846/22 1846/22 1849/4 1849/13 1849/22 1849/25 1850/2 1850/3 1852/8 1856/20 1856/22 1857/14 1857/15 1858/8 1860/9 1863/3 1863/7 1863/11 1863/12 1863/19 1866/5 1867/6
I'VE [12] 1729/22 1751/12 1753/11 1753/18 1770/1 1800/18 1808/8 1818/6 1838/24 1848/11 1863/4 1865/4
I.E [1] 1770/10
IDEA [5] 1735/24 1789/2 1843/13 1847/20 1863/2
IDEAL [1] 1780/11
IDEALLY [1] 1780/15
IDENTIFIED [2] 1770/10 1770/12
IDENTIFIES [1] 1801/6
IDENTIFY [1] 1800/5
IDENTIFYING [1] 1865/8
IF [129] 1735/19 1736/25 1737/7 1737/18 1740/20 1742/21 1742/22 1743/5 1743/7 1746/19 1747/11 1748/21 1749/7 1749/20 1750/3 1750/19 1752/2 1752/3 1752/4 1752/10 1753/10 1755/11 1764/3 1767/5 1772/3 1772/9 1772/22 1773/6 1777/11 1782/1 1782/7 1783/18 1784/9 1785/11 1786/12 1787/3 1787/7 1787/14 1787/21 1787/22 1788/15 1791/2 1791/16 1792/3 1794/3 1796/21 1797/13 1797/14 1797/21 1798/16 1803/25 1804/25 1808/12 1808/18 1813/13 1814/2 1816/2 1816/3 1817/1 1818/6 1819/17 1819/18 1821/5 1823/5 1823/21 1824/12 1825/10 1827/18 1829/1 1832/3 1832/10 1835/17 1836/24 1838/18 1838/20 1839/8 1839/16 1839/25 1840/13 1840/13 1842/4 1842/20 1843/23 1844/19 1844/25 1846/11 1849/1 1849/2 1849/3 1849/7 1849/24 1849/25 1850/1 1850/3 1850/4 1850/5 1851/17 1852/19 1852/19 1853/9 1854/7 1855/12 1858/9 1858/11 1858/24 1859/12 1859/14 1860/12 1861/5 1861/13 1862/9 1862/12 1862/12 1862/12 1862/15 1862/17 1862/25 1863/1 1863/1 1863/1 1863/2 1863/12 1864/23 1864/25 1865/13 1865/18 1866/15 1867/14
IF'S [1] 1863/1
IHNC [20] 1737/19 1743/18 1745/1 1745/3 1779/21 1781/10 1783/8 1784/9 1785/4 1817/14 1835/22 1836/13 1836/19 1836/22 1837/1 1843/15 1844/6 1853/13 1862/14 1862/17
II [2] 1724/24 1725/6
ILIT [4] 1735/2 1792/8 1793/2 1794/25
ILLUSTRATE [1] 1754/2
ILLUSTRATED [1] 1852/6
ILLUSTRATES [1] 1745/5
ILLUSTRATING [1] 1817/10
ILLUSTRATIVE [3] 1844/16 1857/20 1866/16
IMAGE [1] 1744/6
IMAGES [2] 1743/13 1754/3
IMMEDIATELY [1] 1810/17
IMPACT [5] 1763/11 1795/2 1820/21 1827/4 1862/16
IMPACTED [1] 1812/11
IMPACTING [2] 1809/18 1815/2
IMPASSE [1] 1772/1
IMPLEMENTED [3] 1754/10 1754/17 1767/8
IMPORTANT [7] 1746/25 1751/16 1794/19 1810/20 1826/6 1827/23 1838/12
IMPRESSION [2] 1770/23 1786/18
IMPROVEMENT [1] 1733/23
IMPROVEMENTS [1] 1752/5
IN [546]
INACCURATE [1] 1738/10
INACTION [2] 1754/22 1767/25
INCH [4] 1844/19 1844/20 1845/2 1845/2
INCHES [3] 1844/23 1844/23 1861/19
INCLINED [1] 1867/14
INCLUDE [3] 1797/1 1831/22 1833/17
INCLUDED [4] 1764/21 1766/1 1792/13 1857/17
INCLUDES [1] 1727/23
INCLUDING [5] 1728/15 1735/2 1735/7 1735/9 1735/10 1758/4 1767/25 1830/12 1832/13
INCONSISTENT [1] 1767/21
INCORPORATE [1] 1867/4
INCORRECT [1] 1738/9
INCREASE [1] 1745/22
INCREASED [6] 1744/24 1746/15 1779/21 1818/9 1825/11 1835/14
INCREASES [2] 1751/20 1843/14
INCREASINGLY [1] 1772/14
INCREMENT [1] 1775/11
INCREMENTAL [1] 1828/15
INDEED [1] 1820/11
INDENTATION [1] 1842/24
INDICATOR [1] 1838/12
INDIVIDUAL [1] 1849/7
INDUCED [3] 1754/19 1775/4 1822/14
INDULGE [1] 1814/3
INDUSTRIAL [6] 1858/10 1858/12 1859/15 1860/18 1867/12
INEPTNESS [1] 1865/19
INFLUENCE [3] 1728/9 1728/16 1825/4
INFLUENCES [1] 1753/6
INFORMATION [20] 1748/3 1748/4 1748/7 1748/19 1762/7 1776/16 1780/2 1786/23 1792/11 1801/20 1803/18 1805/1 1808/18 1816/11 1818/20 1832/17 1832/20 1848/19 1848/24 1865/5
INFORMED [1] 1865/4
INHABITED [3] 1847/23 1849/21 1849/22
INITIAL [1] 1752/23
INITIALLY [1] 1736/9
INITIATIVE [1] 1729/6
INLAND [1] 1819/17
INLET [2] 1808/20 1808/21
INNER [2] 1744/22 1751/9
INPUT [2] 1751/1 1775/7
INPUTS [3] 1776/17 1777/11 1777/14
INQUIRIES [1] 1865/10
INQUIRY [2] 1757/16 1780/23
INSHORE [1] 1763/1
INSIDE [6] 1796/1 1796/5 1796/15 1807/15 1843/19 1844/5
INSPIRATION [1] 1734/1
INSTANTANEOUSLY [1] 1783/13
INSTEAD [3] 1790/16 1843/6 1859/16
INSTRUCTIVE [1] 1755/1
INSURERS [1] 1725/2
INTEGRALLY [1] 1734/12
INTEGRATED [1] 1847/10
INTELLECTUAL [1] 1756/13
INTENSITY [4] 1779/6 1795/23 1813/10 1820/2
INTEREST [4] 1729/21 1802/6 1834/16 1846/21
INTERESTED [5] 1729/22 1795/23 1798/14 1798/24 1802/4
INTERESTING [4] 1749/13 1750/22 1771/1 1824/3
INTERNAL [6] 1756/1 1764/18 1765/15 1766/3 1767/22 1768/16
INTERNAL-ONLY [1] 1767/22
INTERNALLY [1] 1769/6
INTERNATIONALLY [2] 1777/1 1827/19
INTERPRET [2] 1777/5 1856/20
INTERPRETATION [2] 1756/7 1842/8
INTERPRETING [2] 1851/22 1860/18
INTERRUPT [2] 1815/23 1822/25
INTERRUPTION [1] 1756/11
INTERSECTS [1] 1744/9
INTERVAL [3] 1794/4 1794/15 1794/17
INTERVALS [1] 1838/23
INTO [60] 1734/2 1736/8 1737/14 1743/4 1744/25 1751/9 1752/6 1753/1 1763/3 1769/11 1776/10 1776/13 1776/25 1778/13 1778/14 1781/24 1782/4 1782/15 1783/9 1783/14 1792/2 1793/21 1795/1 1799/15 1801/18 1801/24 1801/24 1804/13 1807/9 1812/22 1812/22 1813/21 1814/7 1814/14 1814/19 1828/4 1828/5 1828/5 1828/7 1829/6 1829/11 1830/1 1835/21 1836/19 1837/7 1838/10 1843/2 1843/6 1843/7 1843/15 1843/21 1843/22 1844/22 1848/17 1848/18 1849/19 1852/4 1857/19 1858/20 1866/21
INTRACOASTAL [3] 1737/18 1744/21 1844/24
INTRODUCED [4] 1782/18 1840/25

Case 2:05-cv-04182-SRD-JCW Document 18883 Filed 05/22/09 Page 161 of 177

**I**

INTRODUCED... [2]  1857/19 1867/16
INTRODUCES [2]  1757/22 1782/3
INTRUDING [1]  1828/1
INTRUSION [3]  1763/6 1763/9 1826/7
INUNDATION [1]  1779/12
INVESTIGATED [1]  1737/16
INVESTIGATION [3]  1731/15 1748/19
1792/10
INVESTIGATIONS [1]  1734/25
INVOKED [1]  1766/22
INVOLVE [1]  1748/18
INVOLVED [8]  1732/15 1733/17 1734/12
1777/7 1788/14 1822/14 1831/19 1864/3
INVOLVEMENT [1]  1736/4
INVOLVING [1]  1742/20
IPET [18]  1735/2 1781/12 1792/7 1792/8
1792/12 1792/13 1792/17 1793/2 1794/6
1794/25 1795/13 1803/4 1807/1 1807/22
1809/8 1809/9 1843/8 1854/20
IS [552]
ISN'T [4]  1791/2 1808/5 1816/5 1820/10
ISSUE [2]  1768/12 1835/13
ISSUED [1]  1767/22
ISSUES [2]  1755/1 1863/14
IT [347]
IT IS [1]  1760/11
IT'S [125]  1733/22 1733/25 1737/1
1740/7 1740/21 1744/1 1747/15 1747/21
1751/5 1752/15 1752/16 1753/8 1753/15
1754/4 1754/8 1761/2 1761/18 1762/23
1763/13 1764/6 1764/12 1764/14
1764/16 1765/13 1765/15 1765/15
1765/15 1766/4 1766/5 1766/7 1768/22
1769/11 1769/20 1773/11 1773/24
1774/5 1776/2 1777/9 1777/17 1778/5
1785/7 1786/9 1787/2 1789/22 1790/20
1794/19 1794/22 1796/21 1797/11
1799/14 1800/20 1803/1 1803/2 1803/15
1804/22 1804/24 1805/24 1807/16
1809/2 1809/3 1810/24 1810/25 1811/13
1811/16 1811/21 1814/14 1815/16
1815/17 1815/20 1817/18 1818/4 1819/3
1819/4 1819/5 1819/12 1819/20 1820/1
1820/10 1820/24 1821/8 1822/22
1822/22 1824/25 1825/2 1825/9 1828/22
1830/3 1830/19 1833/6 1833/9 1836/23
1836/24 1837/11 1839/18 1839/20
1841/12 1843/3 1845/1 1845/24 1847/12
1847/13 1847/14 1847/16 1848/11
1849/6 1850/1 1850/5 1851/13 1851/14
1851/22 1851/25 1852/25 1852/21
1853/16 1853/16 1858/13 1861/13
1861/13 1862/12 1863/2 1863/12
1863/24 1864/7 1864/14 1864/15
ITS [10]  1734/17 1739/13 1745/6 1751/4
1778/7 1828/22 1839/8 1839/10 1842/4
1856/1
ITSELF [5]  1732/4 1753/5 1768/5 1779/5
1821/25

**J**

JAMES [2]  1724/6 1725/13
JANUARY [4]  1741/1 1804/10 1831/9
1831/12
JANUARY 14 [1]  1741/1
JANUARY 15 [1]  1804/10
JANUARY 29 [1]  1831/9
JAWS [1]  1778/15
JEFFERSON [1]  1724/6
JEFFREY [1]  1725/11
JETTY [1]  1762/20

JOANEN [1]  1723/19
JOANEN... [1]  1723/8
JOB [1]  1801/20
JOHN [1]  1725/17
JOINING [1]  1748/9
JON [1]  1865/4
JONATHAN [1]  1723/22
JOSEPH [2]  1723/18 1723/18
JOSHUA [1]  1724/20
JR [7]  1723/11 1724/9 1724/16 1724/22
1724/23 1725/10 1725/13
JUDGE [11]  1723/11 1743/1 1761/16
1784/15 1793/7 1796/13 1797/2 1806/25
1841/2 1854/8 1861/5
JULY [10]  1728/2 1740/23 1740/24
1740/25 1741/13 1774/5 1820/15
1830/13 1832/14 1832/23
JULY 11 [2]  1740/23 1741/13
JULY 14 [1]  1740/25
JULY 2008 [1]  1728/2
JULY 27 [1]  1830/13
JULY 28 [3]  1740/24 1774/5 1832/14
JUMP [2]  1798/22 1800/5
JUNCTION [2]  1743/25 1843/18
JUST [76]  1728/3 1729/20 1733/14
1741/16 1742/20 1742/24 1743/25
1744/14 1749/20 1752/24 1754/23
1756/11 1757/8 1757/11 1757/11 1760/9
1760/10 1761/2 1767/2 1770/6 1772/8
1773/15 1779/5 1780/20 1786/1 1788/18
1790/4 1790/20 1793/8 1797/10 1802/17
1803/25 1804/12 1805/9 1807/24
1809/21 1812/16 1814/16 1815/23
1817/11 1817/23 1818/17 1818/22
1819/1 1820/16 1821/2 1821/13 1823/4
1823/20 1824/16 1824/17 1825/2 1828/8
1828/10 1833/19 1836/14 1838/4 1843/1
1843/7 1844/5 1844/17 1845/15 1851/10
1861/16 1862/9 1862/11 1862/24 1863/5
1864/5 1866/2 1866/13 1866/16 1866/16
1866/18 1866/22 1866/24
JUSTICE [2]  1725/9 1865/11
JUSTIFICATIONS [1]  1767/24
JX [2]  1740/24 1774/5
JX-194 [2]  1740/24 1774/5

**K**

K-E-M-P [1]  1727/18
KALIMAH [1]  1725/11
KARA [1]  1725/14
KATRINA [43]  1733/5 1734/7 1735/1
1736/1 1738/7 1738/12 1745/1 1745/13
1750/9 1751/6 1754/10 1754/20 1773/2
1774/25 1777/21 1779/9 1781/2 1782/1
1793/3 1806/13 1806/21 1807/3 1812/3
1812/11 1826/3 1827/4 1827/25 1833/16
1842/7 1846/1 1846/23 1854/24 1855/9
1855/11 1856/14 1856/19 1857/4
1857/11 1857/25 1859/7 1860/1 1860/17
1865/6
KEA [3]  1723/22 1864/3 1865/8
KEEP [2]  1769/9 1790/23
KEEPING [1]  1824/7
KELLS [1]  1725/12
KEMP [51]  1727/8 1727/11 1727/15
1727/21 1729/17 1734/22 1735/6
1735/18 1736/11 1736/21 1737/15
1739/12 1740/19 1741/11 1742/2
1742/22 1743/11 1753/10 1756/11
1757/4 1759/25 1760/9 1761/11 1762/2
1763/23 1768/11 1768/20 1769/5
1774/20 1782/16 1787/21 1788/20
1792/7 1796/12 1799/3 1804/18 1806/3

1811/5 1811/14 1816/24 1817/22
1829/10 1831/8 1831/11 1831/19
1832/9 1839/25 1848/10 1850/25
1857/24 1866/7
KEMP'S [3]  1761/14 1831/8 1857/17
KENT [1]  1857/8
KEY [3]  1835/24 1842/14 1845/25
KIND [11]  1739/5 1748/17 1786/16
1796/21 1799/1 1803/18 1818/4 1840/6
1848/23 1855/1 1863/24
KINDS [1]  1827/16
KINETIC [1]  1813/23
KNEW [4]  1775/11 1776/4 1808/20
1865/23
KNOCKING [1]  1812/18
KNOW [48]  1733/12 1737/12 1739/11
1750/6 1752/3 1753/15 1756/12 1760/25
1764/13 1772/8 1781/1 1781/2 1781/3
1781/5 1782/4 1782/7 1787/14 1792/3
1794/3 1804/22 1805/8 1805/14 1806/7
1806/9 1807/14 1808/12 1808/19
1808/21 1814/5 1817/1 1820/25 1821/20
1823/16 1824/13 1824/20 1828/3 1832/3
1834/4 1839/25 1849/10 1850/15
1859/21 1861/13 1861/16 1862/7
1862/15 1862/18 1866/11
KNOWLEDGE [10]  1741/15 1742/17
1747/19 1755/25 1758/24 1772/25
1773/3 1809/5 1809/8 1862/15
KNOWN [6]  1740/7 1748/7 1759/13
1772/23 1816/21 1827/19 1845/6 1856/8

**L**

LA [1]  1763/15
LABELED [2]  1734/22 1867/11
LABORATORY [1]  1734/3
LACK [1]  1760/10
LAFAYETTE [1]  1724/7
LAID [3]  1752/10 1831/20 1831/21
LAKE [51]  1731/8 1731/9 1742/5
1743/19 1746/5 1746/15 1746/18
1755/19 1759/22 1762/15 1763/2 1764/1
1765/9 1769/17 1769/24 1792/10
1792/21 1792/24 1792/25 1794/25
1801/17 1803/9 1803/22 1803/23
1803/24 1804/4 1806/13 1806/14
1806/21 1807/5 1807/13 1807/14
1807/14 1807/15 1807/16 1810/15
1812/13 1812/16 1813/3 1813/17 1815/6
1819/18 1820/16 1825/13 1825/17
1826/12 1826/15 1826/17 1836/13
1837/9 1862/20
LAKE BORGNE [34]  1746/5 1746/15
1746/18 1755/19 1759/22 1762/15
1763/2 1764/1 1769/17 1769/24 1792/10
1792/21 1792/24 1792/25 1794/25
1801/17 1803/9 1803/22 1803/23
1803/24 1804/4 1806/13 1807/14
1807/16 1810/15 1813/17 1815/6
1813/3 1813/17 1815/6 1820/16 1825/13
1826/12 1826/17
LAKE PONTCHARTRAIN [9]  1743/19
1806/14 1806/21 1807/5 1807/13
1825/17 1836/13 1837/9 1862/20
LAND [2]  1747/9 1826/17
LANDS [1]  1770/6
LANDSCAPE [1]  1752/25
LANGUAGE [1]  1796/13
LARGE [11]  1750/18 1762/18 1776/8
1782/15 1783/12 1783/13 1808/20
1825/16 1825/17 1843/14 1854/14
LARGELY [3]  1734/4 1819/17 1837/12
LARGER [2]  1798/21 1804/3

L

LARGEST [2] 1797/14 1803/8
LASER [3] 1742/22 1743/2 1836/5
LAST [11] 1732/18 1749/25 1750/13
  1763/20 1766/16 1768/8 1828/14
  1830/20 1844/5 1854/25 1864/2
LAST OF [1] 1766/16
LATE [2] 1753/24 1856/8
LATER [15] 1737/14 1738/18 1742/5
  1744/6 1745/7 1747/13 1779/15 1782/4
  1782/13 1787/1 1789/23 1823/4 1855/16
  1855/24 1856/8
LATEST [4] 1772/16 1855/24 1856/13
  1856/18
LATTIMORE [1] 1858/25
LATTIMORE'S [2] 1857/7 1857/24
LAW [7] 1723/18 1723/21 1724/9
  1724/12 1724/22 1767/8 1841/2
LAWN [1] 1724/3
LAWSUIT [1] 1788/15
LAWYER'S [1] 1724/13
LAWYERS [1] 1735/23
LAY [1] 1828/8
LAYMEN [2] 1817/23 1849/6
LEAD [5] 1734/5 1734/6 1734/8 1734/10
  1796/22
LEADING [4] 1748/13 1753/20 1753/21
  1827/11
LEASES [1] 1770/4
LEAST [16] 1745/16 1747/17 1747/22
  1754/5 1758/6 1764/7 1766/8 1767/14
  1772/13 1816/22 1818/8 1819/22 1833/6
  1833/16 1862/22 1867/14
LEAST FROM [1] 1764/7
LEAVE [1] 1812/22
LEAVES [1] 1751/4
LECTURED [1] 1730/23
LED [1] 1747/12
LEFT [11] 1741/3 1743/21 1749/8
  1803/21 1803/21 1811/15 1811/24
  1811/25 1812/10 1812/11 1848/14
LEGEND [1] 1847/7
LENGTH [3] 1744/6 1797/16 1814/24
LENS [1] 1772/18
LESS [17] 1745/19 1793/3 1794/15
  1794/17 1795/2 1802/5 1839/11 1841/5
  1841/11 1842/6 1844/6 1845/13 1847/14
  1847/15 1857/11 1861/2 1866/6
LESS-ENERGIZED [1] 1793/3
LESSENED [1] 1827/4
LET [13] 1743/9 1757/4 1772/8 1774/4
  1788/1 1793/25 1811/12 1814/23
  1822/11 1828/8 1830/15 1839/16
  1866/20
LET'S [57] 1730/25 1732/18 1734/9
  1741/18 1742/21 1744/17 1745/4
  1745/24 1746/11 1747/2 1749/19
  1751/11 1752/13 1753/25 1755/11
  1761/7 1763/5 1763/19 1764/10 1765/12
  1766/16 1767/17 1768/5 1768/15 1770/4
  1770/24 1771/2 1774/20 1781/4 1782/10
  1782/17 1790/23 1792/7 1793/17
  1795/17 1795/17 1796/12 1800/22
  1802/15 1803/19 1806/24 1807/20
  1808/19 1811/14 1814/22 1817/4
  1817/22 1819/14 1820/12 1822/10
  1837/21 1844/21 1849/9 1850/4 1857/8
  1860/15 1863/13
LETTER [1] 1767/18
LEVEE [57] 1743/23 1749/16 1749/23
  1750/15 1751/25 1754/7 1769/23
  1774/25 1779/10 1779/14 1779/22
  1782/20 1782/21 1783/8 1783/10 1787/5
  1790/17 1798/22 1810/8 1813/19
  1814/20 1817/15 1818/5 1820/21
  1820/25 1821/3 1821/10 1822/12
  1823/13 1824/23 1825/1 1840/19
  1840/24 1841/13 1841/17 1842/21
  1843/20 1845/24 1846/2 1846/3 1846/13
  1847/13 1847/14 1848/15 1848/16
  1848/17 1848/25 1849/7 1849/18
  1849/18 1850/12 1850/14 1851/11
  1851/14 1851/19 1852/16
LEVEE-FACE [1] 1805/1
LEVEES [45] 1732/10 1743/17 1745/2
  1749/15 1749/16 1749/21 1750/1
  1750/12 1750/19 1751/14 1751/22
  1755/18 1782/1 1785/8 1788/22 1789/1
  1790/12 1790/13 1794/14 1809/18
  1810/12 1813/25 1815/2 1815/9 1816/6
  1820/3 1820/10 1820/14 1820/16
  1820/17 1820/20 1821/19 1822/1 1822/2
  1822/9 1825/3 1836/16 1836/16 1838/6
  1838/6 1838/20 1843/4 1843/16 1844/7
  1853/24
LEVEL [21] 1732/17 1737/25 1747/6
  1747/8 1758/15 1765/9 1766/8 1766/11
  1767/9 1791/5 1791/9 1805/16 1805/18
  1805/24 1814/18 1835/24 1838/18
  1861/14 1861/16 1862/19 1862/20
LEVELS [1] 1800/6
LEVERAGE [2] 1767/9 1767/10
LEVINE [3] 1725/13 1727/10 1866/11
LIABILITY [1] 1863/3
LIFE [2] 1759/3 1856/2
LIKE [55] 1731/6 1735/5 1739/5 1741/19
  1741/23 1743/7 1748/15 1749/17
  1755/23 1756/19 1757/14 1760/8 1763/2
  1766/7 1768/8 1771/14 1773/7 1777/17
  1787/7 1795/22 1795/24 1796/21 1797/7
  1800/5 1800/6 1802/8 1803/7 1804/11
  1815/14 1815/15 1816/2 1822/9 1825/3
  1832/4 1834/3 1834/9 1834/23 1834/24
  1836/5 1841/1 1843/5 1843/6 1845/2
  1845/2 1846/11 1847/2 1849/8 1850/4
  1850/6 1850/19 1851/17 1854/8 1854/8
  1858/6 1861/20
LIMIT [2] 1843/16 1863/10
LIMITED [3] 1807/18 1843/23 1863/10
LINE [23] 1750/9 1752/8 1761/23
  1766/11 1771/18 1775/8 1775/12
  1781/15 1789/10 1789/12 1789/12
  1789/19 1793/2 1799/5 1799/8 1799/23
  1803/20 1814/17 1846/22 1846/23
  1852/24 1853/8 1859/14
LINEAR [2] 1846/15 1851/12
LINES [2] 1762/11 1768/8
LIQUID [1] 1728/12
LISTED [6] 1734/4 1829/3 1829/6
  1831/19 1832/12 1848/11
LISTEN [1] 1787/21
LISTINGS [1] 1740/16
LISTS [3] 1831/25 1863/25 1864/12
LITIGATION [9] 1725/7 1736/13 1737/2
  1738/1 1742/16 1748/15 1865/6 1865/10
  1865/11
LITIGATION-RELATED [1] 1865/10
LITTLE [25] 1744/1 1744/7 1773/22
  1773/23 1780/11 1781/10 1781/18
  1785/7 1791/24 1793/10 1803/25
  1804/16 1807/2 1807/17 1809/25 1814/2
  1814/11 1818/7 1818/11 1830/8 1838/22
  1845/11 1849/5 1850/20 1863/3
LIVE [1] 1780/15
LIVED [2] 1729/15 1779/24

LLC [3] 1723/21 1724/9 1724/12
  1724/23
LOBE [3] 1803/9 1803/23 1820/17
LOBES [1] 1804/4
LOCAL [2] 1732/1 1771/21
LOCALLY [4] 1792/25 1793/24 1795/7
  1813/17
LOCATION [6] 1805/9 1806/18 1851/10
  1858/2 1859/3 1862/14
LOCATIONS [3] 1780/4 1780/5 1848/14
LOCK [20] 1781/9 1781/10 1782/11
  1782/12 1782/14 1783/2 1783/2 1784/2
  1784/23 1785/11 1786/15 1788/7
  1788/10 1789/6 1789/13 1789/15
  1789/22 1816/13 1836/12 1854/11
LOGIC [1] 1757/1
LOGICAL [1] 1737/6
LONG [10] 1764/9 1768/1 1770/16
  1771/6 1771/9 1791/8 1795/1 1823/1
  1842/20 1863/12
LONG-STANDING [2] 1768/1 1771/6
LONG-TERM [2] 1770/16 1771/9
LONGER [7] 1793/2 1793/8 1793/13
  1793/14 1793/15 1798/9 1809/3
LOOK [25] 1730/8 1738/11 1747/4
  1750/4 1777/25 1797/13 1797/15
  1800/25 1802/15 1804/23 1805/17
  1808/16 1809/1 1835/22 1836/9 1836/24
  1838/4 1838/5 1838/20 1843/24 1847/3
  1849/6 1849/7 1854/10 1867/14
LOOKED [2] 1740/20 1806/20
LOOKING [27] 1737/1 1739/1 1741/6
  1743/20 1750/2 1752/2 1753/17 1758/24
  1764/4 1780/17 1795/25 1798/15
  1798/24 1799/24 1801/10 1801/11
  1802/22 1807/13 1808/23 1812/10
  1812/11 1835/20 1838/9 1838/18 1850/2
  1853/7 1858/18
LOOKS [6] 1804/11 1847/2 1847/4
  1850/6 1850/19 1858/6
LOS [1] 1723/16
LOSS [4] 1758/11 1800/3 1800/3 1826/8
LOST [4] 1767/5 1769/9 1769/11
  1786/16
LOT [26] 1730/1 1733/17 1735/21
  1738/23 1739/19 1748/22 1750/2
  1764/24 1774/23 1775/18 1775/25
  1778/17 1781/18 1789/3 1795/23 1814/6
  1816/6 1823/10 1823/14 1825/2 1833/2
  1837/12 1845/20 1850/8 1861/15
  1863/14
LOUISIANA [31] 1723/2 1723/6 1723/20
  1723/23 1724/7 1724/10 1724/14
  1724/17 1724/21 1724/25 1725/8
  1725/21 1729/15 1729/16 1730/7
  1730/11 1732/14 1732/16 1733/19
  1734/6 1734/6 1734/13 1735/20 1738/13
  1747/3 1766/17 1767/17 1772/5 1794/11
  1794/12 1868/4
LOUTRE [1] 1763/15
LOW [4] 1768/2 1798/6 1813/18 1838/6
LOW-LYING [1] 1838/6
LOW-PERIOD [1] 1813/18
LOW-RESOLUTION [1] 1798/6
LOWER [20] 1744/7 1747/9 1760/6
  1764/15 1782/15 1799/15 1799/20
  1801/13 1804/6 1820/4 1821/19 1836/15
  1837/9 1850/18 1853/2 1853/4 1853/6
  1853/8 1854/3 1859/24
LPV [22] 1742/6 1743/17 1744/2
  1744/16 1746/6 1746/7 1749/11 1751/14
  1751/17 1753/4 1759/21 1760/16
  1760/17 1769/22 1775/8 1822/18

**L**

LPV... [6]  1823/19 1826/21 1826/22
1827/10 1840/18 1843/16
LPVS [2]  1821/15 1821/20
LSU [12]  1729/9 1729/10 1729/13
1730/13 1730/14 1730/17 1730/18
1732/19 1732/21 1739/23 1777/20
1781/22
LUCILLE [1]  1859/24
LUCKY [1]  1798/18
LUMPED [1]  1848/23
LYING [1]  1838/6

**M**

MACHINE [1]  1780/11
MADE [14]  1746/7 1756/23 1765/14
1765/23 1778/6 1779/15 1799/4 1809/8
1828/12 1832/5 1865/10
MAGIC [1]  1753/11
MAGNITUDE [1]  1792/17
MAIL [5]  1865/1 1865/2 1865/2 1865/17
1865/19
MAILS [1]  1866/1
MAIN [4]  1724/20 1791/15 1836/20
1849/18
MAINLY [1]  1740/9
MAINTAIN [1]  1762/24
MAINTAINED [3]  1775/3 1782/2 1791/9
MAINTENANCE [1]  1771/23
MAJOR [3]  1751/23 1753/6 1789/2
MAJORITY [2]  1779/23 1850/10
MAKE [14]  1753/22 1765/18 1803/16
1814/23 1815/24 1824/16 1827/17
1842/21 1863/25 1864/21 1866/6
1866/18 1866/20 1866/22
MAKES [2]  1850/8 1866/17
MAKING [5]  1752/5 1752/5 1768/23
1819/9 1828/13
MAN [1]  1746/7
MAN-MADE [1]  1746/7
MANAGEMENT [4]  1730/22 1733/7
1766/22 1767/7
MANAGER [1]  1737/22
MANAGER/COORDINATOR [1]  1737/22
MANUAL [4]  1816/22 1831/7 1831/10
1831/11
MANY [17]  1728/3 1728/24 1735/24
1736/24 1738/6 1738/7 1748/21 1754/22
1768/23 1768/23 1773/7 1792/13
1814/18 1818/16 1821/12 1827/15
1827/15
MAP [6]  1736/10 1739/2 1739/11 1745/9
1754/6 1817/11
MAPPED [1]  1739/4
MARC [1]  1725/13
MARGINAL [1]  1771/11
MARINE [3]  1727/23 1730/14 1735/9
MARK [1]  1783/1
MARKER [1]  1817/24
MARKS [4]  1736/10 1738/25 1739/10
1824/1
MARSH [14]  1746/4 1761/2 1764/8
1768/21 1769/9 1769/10 1769/14
1801/18 1804/6 1810/15 1813/19 1814/9
1814/10 1814/13
MARSHES [4]  1730/8 1746/15 1769/16
1825/11
MASHRIQUI [1]  1732/24
MASTER [14]  1781/9 1782/11 1782/12
1783/2 1783/2 1784/3 1784/23 1788/7
1788/10 1789/6 1789/13 1789/15
1789/22 1836/12

MASTER'S [1]  1854/11
MASTER/PLAN [1]  1708/10
MATCH [2]  1781/15 1781/17
MATCHED [2]  1740/21 1781/15
MATERIAL [4]  1767/11 1772/4 1821/7
1832/4
MATERIALS [1]  1821/1
MATHEMATICALLY [1]  1850/1
MATTER [5]  1728/12 1755/21 1755/22
1865/24 1868/7
MAXIMUM [1]  1747/7 1751/1 1778/19
1804/23 1824/1 1843/16 1845/22
MAY [35]  1730/6 1741/12 1761/11
1763/9 1764/1 1767/19 1767/23 1769/2
1769/7 1770/1 1774/6 1774/10 1774/12
1774/13 1774/17 1774/18 1786/1 1792/2
1797/6 1802/5 1805/14 1805/20 1809/7
1810/16 1823/3 1829/18 1844/17
1845/22 1848/6 1857/22 1862/22
1863/22 1864/10 1864/25 1867/14
MAY 1 [2]  1741/12 1864/10
MAY 24 [1]  1761/11
MAY 30 [2]  1767/23 1770/1
MAY 5 [2]  1767/19 1769/2
MAYBE [13]  1749/25 1752/8 1761/6
1773/13 1774/12 1793/24 1796/16
1797/1 1813/8 1824/18 1829/21 1847/7
1859/20
MCCONNON [1]  1725/13
ME [42]  1731/22 1736/7 1739/7 1742/25
1745/24 1747/3 1747/4 1749/7 1753/15
1753/25 1757/4 1774/4 1786/22 1788/1
1791/2 1791/17 1793/25 1794/8 1797/4
1797/11 1804/16 1811/12 1814/3
1814/23 1822/11 1823/15 1828/8
1828/13 1830/15 1832/16 1832/20
1835/19 1836/19 1839/25 1847/2 1850/3
1850/6 1850/7 1850/8 1862/9 1865/15
1866/20
MEAN [13]  1753/1 1762/24 1778/24
1783/4 1784/24 1799/12 1801/7 1818/16
1822/25 1834/7 1844/6 1859/12 1861/15
MEANING [2]  1760/18 1856/20
MEANS [6]  1737/11 1759/13 1783/7
1809/2 1852/5 1860/25
MEANT [3]  1736/18 1736/19 1825/18
MEASURE [3]  1754/17 1807/4 1819/12
MEASURED [2]  1807/7 1817/12
MEASUREMENTS [5]  1730/2 1806/13
1806/14 1819/9 1844/17
MEASURES [5]  1747/25 1748/1 1766/19
1772/23 1825/25
MECHANICAL [1]  1725/24
MECHANISM [6]  1788/25 1790/20
1820/7 1823/1 1824/25 1824/25
MECHANISMS [2]  1790/21 1822/14
MEDIATION [1]  1766/19
MEETINGS [1]  1755/20
MEMBER [2]  1733/14 1737/25
MEMO [4]  1755/14 1761/11 1767/23
1768/16
MEMORANDUM [3]  1754/8 1755/15
1756/2
MENTIONED [2]  1771/5 1786/16
MENTIONS [1]  1829/6
MERELY [2]  1752/7 1830/3
MERGED [1]  1811/8
MESSAGE [2]  1753/17 1865/7
METEOROLOGIST [1]  1753/21
METHOD [1]  1759/6
METHODS [2]  1733/11 1774/20
METROPOLITAN [2]  1736/1 1759/4
MICHAEL [2]  1724/19 1724/19

MICHELE [1]  1725/12
MID-1700'S [2]  1805/16 1805/18
MIDDLE [2]  1805/16 1805/24
1805/24 1844/11
MIDPOINT [2]  1801/19 1832/17
MIGHT [15]  1743/9 1755/9 1757/13
1757/19 1759/19 1796/25 1797/1 1797/3
1807/17 1808/9 1830/19 1831/2 1834/2
1847/24 1861/14
MILE [13]  1744/9 1762/20 1763/1 1772/3
1795/8 1797/17 1808/25 1812/21 1814/6
1817/15 1817/23 1818/4 1819/5
MILE-AN-HOUR [1]  1808/25
MILES [2]  1761/2 1817/14
MILIEU [1]  1775/21
MILITARY [2]  1736/9 1756/8
MILLER [1]  1725/14
MIND [5]  1733/14 1739/24 1833/12
1833/20 1862/12
MINE [1]  1837/5
MINIMALLY [5]  1752/11 1758/25
1772/19 1855/25 1856/7
MINISTRY [1]  1776/1
MINOR [1]  1751/24
MINORITY [1]  1848/4
MINUTE [3]  1761/6 1794/19 1833/19
MINUTES [5]  1772/9 1773/17 1785/7
1788/12 1830/22
MISCHARACTERIZATION [1]  1734/11
MISDATED [1]  1774/6
MISLED [1]  1794/12
MISS [2]  1843/24 1855/2
MISSED [2]  1800/19 1855/4
MISSING [1]  1793/24
MISSION [1]  1738/14
MISSISSIPPI [7]  1738/14 1751/6 1760/3
1760/7 1764/15 1839/5 1855/6
MISSISSIPPI RIVER [2]  1760/3 1839/5
MISUNDERSTANDINGS [1]  1768/6
MISUNDERSTOOD [2]  1786/21 1792/11
MITIGATE [3]  1856/12 1856/17 1857/2
MITIGATED [6]  1754/18 1834/8 1849/14
1852/23 1860/22 1860/25
MITIGATION [1]  1754/17
MITSCH [1]  1725/14
MIX [1]  1776/3
MODE [2]  1733/1 1809/14
MODEL [66]  1732/22 1732/25 1737/10
1739/13 1739/15 1740/5 1776/13
1777/19 1778/1 1780/21 1780/22
1781/21 1781/23 1781/25 1782/1 1782/6
1782/6 1782/7 1784/7 1784/11 1786/23
1786/24 1788/3 1788/10 1788/10
1789/23 1790/8 1792/1 1792/1 1796/19
1796/19 1798/7 1798/7 1803/7 1805/1
1808/2 1809/3 1809/5 1809/9 1809/11
1809/16 1809/17 1812/12 1823/25
1824/4 1824/4 1827/20 1828/2 1828/14
1828/14 1829/2 1829/7 1830/1 1831/23
1831/25 1832/3 1832/10 1832/13
1832/21 1833/3 1836/16 1838/4 1838/7
1838/8 1845/4 1845/18
MODELED [6]  1733/6 1753/9 1806/8
1823/9 1838/1 1855/7
MODELING [39]  1729/12 1731/15
1732/18 1732/20 1733/4 1733/9 1735/7
1739/19 1739/21 1775/1 1775/6 1776/10
1776/18 1777/2 1777/6 1786/17 1790/1
1790/2 1795/18 1795/24 1798/4 1799/11
1800/12 1808/19 1823/12 1827/18
1827/23 1828/7 1828/9 1829/18 1829/22
1829/23 1830/3 1832/14 1842/12
1844/13 1851/23 1855/10 1855/21
MODELS [18]  1728/19 1728/20 1728/22

**M**

MODELS... [15] 1729/4 1730/3 1732/10
1733/11 1734/3 1737/6 1738/3 1775/23
1794/18 1795/21 1801/21 1803/17
1827/24 1831/18 1832/13
MODERN [7] 1728/8 1774/24 1775/1
1775/6 1775/10 1778/3 1834/22
MODIFIED [1] 1739/22
MOMENT [2] 1753/11 1862/9
MONEY [1] 1784/3
MONICA [1] 1860/14
MONTH [1] 1766/3
MORAIS [1] 1804/14
MORE [34] 1732/6 1739/6 1758/13
1761/7 1763/19 1764/24 1773/23
1774/24 1777/25 1778/2 1794/16
1794/17 1797/10 1798/10 1798/13
1805/3 1805/4 1807/23 1808/13 1809/2
1809/3 1811/8 1812/25 1817/22 1818/22
1825/15 1833/3 1838/12 1841/20
1850/18 1856/6 1858/21 1859/20
1864/16
MORGAN [2] 1724/25 1731/10
MORGAN CITY [1] 1731/10
MORNING [7] 1782/24 1811/22 1812/3
1813/4 1814/17 1838/24 1864/23
MORPHED [2] 1825/9 1856/23
MORPHING [1] 1857/3
MOST [14] 1734/1 1738/9 1749/13
1757/15 1777/11 1799/16 1816/5 1826/6
1829/13 1832/14 1832/23 1833/12
1837/8 1862/3
MOSTLY [4] 1728/8 1734/21 1769/22
1853/12
MOTHER [1] 1854/24
MOTION [1] 1864/4
MOTIVATED [1] 1747/4
MOUNTAINS [1] 1842/25
MOVE [6] 1771/13 1776/25 1777/15
1799/3 1843/6 1849/5
MOVED [3] 1776/10 1776/13 1801/18
MOVEMENT [1] 1728/15
MOVES [3] 1802/1 1802/2 1814/10
MOVING [7] 1728/9 1750/25 1751/5
1802/18 1824/8 1831/3 1831/4
MR [6] 1739/24 1785/19 1828/18
1865/22 1866/11 1867/6
MR. [26] 1753/24 1754/24 1755/4
1755/9 1755/14 1757/7 1762/2 1762/14
1763/7 1764/12 1764/14 1764/17 1790/1
1792/2 1800/7 1800/12 1802/25 1803/20
1805/21 1825/6 1828/11 1828/12
1828/24 1857/24 1863/18 1865/2
MR. BECNEL [4] 1754/24 1755/4 1755/9
1757/7
MR. BECNEL'S [1] 1755/14
MR. BOURGEOIS [1] 1828/12
MR. CROSBY [1] 1753/24
MR. EBERSOLE [1] 1790/1
MR. EBERSOLE'S [2] 1802/25 1803/20
MR. LATTIMORE'S [1] 1857/24
MR. ROY [6] 1792/2 1800/12 1805/21
1825/6 1828/24 1863/18
MR. SMITH [1] 1865/2
MR. SMITH'S [1] 1800/7
MR. SOUILEAU [6] 1762/2 1762/14
1763/7 1764/12 1764/14 1764/17
MR. STEVENS [1] 1828/11
MRGO [123] 1725/7 1733/20 1735/18
1736/12 1736/23 1737/7 1737/13
1737/17 1742/3 1743/18 1743/22 1744/1
1744/8 1744/20 1744/24 1745/16 1746/2
1746/13 1746/20 1747/17 1747/22
1749/6 1749/11 1749/13 1749/18 1749/20
1750/1 1751/14 1752/23 1753/5 1753/12
1754/12 1754/19 1757/22 1758/17
1759/2 1760/19 1760/21 1762/11
1762/14 1762/19 1762/25 1763/3
1763/11 1764/19 1766/19 1767/6
1767/20 1768/12 1768/18 1769/17
1770/16 1771/9 1773/5 1775/5 1775/7
1778/6 1798/15 1798/15 1799/24 1800/4
1800/8 1801/1 1803/21 1804/5 1804/8
1804/21 1805/11 1809/6 1809/18
1809/18 1810/24 1811/9 1811/11
1812/17 1813/2 1813/22 1814/18
1814/24 1815/8 1816/1 1817/4 1817/13
1817/14 1817/14 1818/17 1820/24
1825/9 1825/16 1826/24 1828/15
1828/16 1832/18 1833/25 1834/8
1834/12 1835/1 1840/1 1840/10 1841/25
1843/14 1843/21 1844/10 1844/24
1844/25 1845/7 1845/9 1846/5 1849/14
1849/14 1849/24 1849/24 1852/12
1852/23 1855/13 1856/17 1857/12
1858/4 1859/18 1860/7 1860/22 1861/25
1862/14 1865/6
MRGO'S [1] 1746/24
MRGO/ROBINSON [1] 1736/23
MS [1] 1730/13
MS. [3] 1737/13 1864/8 1865/23
MS. FRANZ'S [1] 1737/13
MS. SHERMAN [2] 1864/8 1865/23
MUCH [31] 1737/7 1737/12 1745/5
1745/19 1747/9 1759/20 1775/14
1778/20 1784/17 1785/15 1794/14
1804/6 1806/12 1809/2 1809/12 1809/20
1839/4 1841/11 1846/1 1857/24 1858/5
1859/6 1859/19 1859/25 1860/8 1860/16
1860/23 1866/5 1867/12 1867/13
1867/19
MUD [1] 1814/11
MUST [1] 1771/23
MY [57] 1727/15 1727/22 1728/24
1729/3 1730/1 1732/24 1736/4 1738/2
1741/15 1742/3 1743/6 1744/20 1746/2
1746/13 1746/20 1747/19 1747/21
1753/17 1756/7 1756/16 1763/13
1779/17 1781/14 1788/13 1788/24
1790/2 1801/20 1802/5 1804/9 1804/10
1805/2 1809/8 1815/12 1818/18 1820/15
1827/12 1830/13 1831/24 1832/14
1832/23 1832/23 1840/3 1840/7 1842/8
1842/10 1844/16 1846/22 1847/1
1852/22 1855/20 1859/2 1862/12
1863/24 1865/18 1865/19 1865/24
1868/5
MYER [1] 1725/15
MYOPIC [1] 1773/8
MYRIAD [2] 1770/21 1836/23
MYSELF [1] 1753/15
MYTHICAL [1] 1855/8

**N**

NAILED [1] 1784/2
NAME [2] 1727/13 1727/15
NAMES [1] 1848/15
NARROW [4] 1749/17 1836/21 1837/7
1838/10
NARROWER [1] 1778/14
NARROWS [1] 1843/2
NATIONAL [5] 1729/6 1733/14 1733/15
1737/25 1777/14
NATURAL [7] 1729/12 1732/20 1733/9
1746/4 1767/18 1842/24 1843/4

NATURE [1] 1810/23
NAVIGABLE [1] 1759/25
NAVIGATION [16] 1731/3 1731/24
1732/6 1733/23 1742/3 1744/20 1744/23
1745/23 1746/2 1746/13 1746/20
1749/10 1751/9 1763/11 1767/12
1775/15
NEAR [5] 1776/14 1788/22 1837/2
1855/2 1862/14
NEAR-SHORE [1] 1776/14
NEARLY [1] 1749/10
NECESSARILY [2] 1740/10 1794/8
NECESSARY [3] 1764/3 1776/4 1796/6
NEED [15] 1732/10 1742/22 1743/4
1758/3 1759/6 1763/18 1765/7 1786/1
1788/24 1794/1 1796/6 1807/22 1826/2
1829/21 1864/24
NEEDED [5] 1736/7 1755/23 1777/24
1777/25 1858/19
NEIGHBORHOOD [1] 1758/8
NEIGHBORS [1] 1779/1
NEST [1] 1796/4
NESTED [1] 1796/13
NET [2] 1842/6 1851/20
NETHERLANDS [1] 1776/2
NEUTRAL [11] 1775/5 1839/18 1839/23
1840/1 1840/4 1849/14 1849/24 1857/12
1858/4 1859/18 1860/7
NEUTRALIZES [1] 1840/10
NEVER [9] 1736/14 1747/24 1747/25
1759/8 1759/16 1772/25 1781/23
1833/20 1854/20
NEW [60] 1723/6 1723/20 1723/23
1724/10 1725/4 1725/4 1725/8 1725/21
1736/2 1736/9 1738/13 1738/19 1741/3
1742/6 1742/9 1747/23 1751/14 1754/25
1755/3 1755/16 1759/18 1760/3 1764/16
1765/24 1765/25 1766/13 1767/18
1767/22 1770/9 1778/14 1779/10
1779/13 1779/23 1809/21 1828/5
1840/18 1840/24 1841/6 1841/23
1845/14 1846/1 1847/19 1847/23
1848/18 1848/25 1849/3 1849/9 1849/21
1850/14 1850/23 1851/11 1851/19
1852/25 1854/24 1855/1 1855/3 1855/4
1855/11 1860/14 1861/7
NEW ORLEANS [48] 1736/2 1736/9
1738/13 1738/19 1742/6 1742/9 1747/23
1754/25 1755/3 1755/16 1759/18 1760/3
1764/16 1765/24 1765/25 1766/13
1767/18 1767/22 1770/9 1778/14
1779/10 1779/13 1779/23 1828/5
1840/18 1840/24 1841/6 1841/23
1845/14 1846/1 1847/19 1847/23
1848/18 1848/25 1849/3 1849/9 1849/21
1850/13 1850/23 1851/11 1851/19
1852/25 1855/1 1855/3 1855/4 1855/11
1860/14 1861/7
NEWS [1] 1739/8
NEXT [19] 1727/6 1762/10 1763/5
1771/18 1771/22 1772/6 1796/20 1797/2
1797/17 1797/22 1798/22 1800/6 1802/7
1805/19 1806/15 1810/21 1811/17
1811/24 1848/15
NEXT-DOOR [1] 1806/15
NICKEL [1] 1736/25
NIGHT [2] 1774/2 1864/2
NINTH [8] 1782/15 1820/4 1853/2
1853/5 1853/6 1853/8 1854/3 1859/24
NO [74] 1731/13 1733/22 1735/11
1741/7 1742/17 1742/19 1749/15
1749/17 1750/1 1750/24 1750/25

## N

NO... [63] 1751/11 1751/13 1751/13
1751/14 1751/14 1752/21 1752/25
1756/5 1757/18 1759/17 1760/15
1760/16 1761/1 1761/19 1763/11
1765/15 1766/5 1768/5 1773/25 1779/11
1787/13 1790/13 1799/16 1800/12
1800/13 1806/13 1809/21 1810/7
1810/17 1821/11 1821/16 1821/22
1822/2 1823/7 1826/13 1830/18 1833/25
1835/1 1840/17 1841/8 1841/24 1841/25
1844/12 1845/15 1849/24 1850/8 1852/2
1852/18 1853/9 1854/19 1855/16
1855/24 1856/8 1856/22 1857/6 1858/11
1858/16 1860/12 1863/2 1863/11
1864/19 1864/24 1866/12
NO. [2] 1749/22 1749/23
NO. 2 [1] 1749/22
NO. 3 [1] 1749/23
NOAA [1] 1733/3
NOBODY'S [1] 1757/4
NONLINEAR [1] 1801/21
NONMITIGATION [1] 1833/16
NORMAL [3] 1729/3 1730/1 1763/9
NORMAN [3] 1723/5 1737/12 1860/14
NORTH [10] 1743/22 1749/17 1759/17
1762/4 1762/15 1782/14 1821/20
1836/22 1846/2 1862/22
NORTHERN [1] 1836/25
NOT [129] 1729/19 1732/11 1733/14
1734/8 1734/8 1740/6 1740/10 1741/16
1742/11 1742/14 1745/9 1751/17
1751/18 1751/21 1753/10 1754/15
1755/24 1756/23 1758/21 1759/22
1760/1 1760/13 1761/18 1764/13
1764/14 1764/17 1765/15 1766/7
1767/14 1768/12 1770/25 1771/18
1772/1 1772/1 1774/10 1778/20 1780/15
1781/14 1783/24 1784/6 1784/9 1784/17
1785/5 1785/17 1785/18 1785/20 1786/9
1786/23 1787/9 1788/14 1792/3 1794/4
1794/8 1795/16 1797/4 1797/6 1799/12
1800/12 1802/25 1805/15 1806/9
1806/11 1808/16 1808/22 1809/8
1810/13 1815/23 1815/25 1816/14
1818/3 1819/5 1819/8 1821/1 1821/8
1821/25 1823/5 1823/21 1823/22
1824/10 1824/11 1824/18 1824/22
1826/4 1829/16 1829/19 1830/17 1831/4
1832/3 1833/2 1833/4 1833/17 1834/6
1834/6 1834/7 1834/24 1835/12 1836/24
1837/19 1838/4 1838/11 1838/17
1840/14 1840/24 1843/23 1845/22
1849/21 1850/1 1850/23 1851/3 1851/25
1851/25 1852/19 1853/16 1854/12
1854/20 1855/3 1855/8 1856/21 1857/13
1858/19 1860/19 1861/12 1863/10
1863/11 1865/9 1865/14 1866/5 1866/15
1866/24
NOTE [2] 1857/18 1864/15
NOTED [1] 1857/22
NOTHING [1] 1854/16
NOTICE [3] 1767/20 1767/20 1804/6
NOTICED [2] 1747/4 1808/9
NOTRE [1] 1781/23
NOTRE DAME [1] 1781/23
NOW [80] 1728/19 1729/5 1730/14
1734/20 1740/21 1743/1 1743/12
1743/16 1746/23 1747/14 1748/24
1749/25 1750/24 1751/12 1752/8 1754/9
1754/13 1754/22 1755/24 1761/7 1762/2
1762/19 1763/5 1763/14 1764/4 1768/7

1768/14 1777/5 1780/1 1782/18 1783/10
1785/9 1786/13 1787/3 1787/6 1787/11
1788/20 1789/18 1790/6 1794/8 1797/19
1801/4 1803/3 1803/5 1803/9 1803/10
1803/17 1805/5 1805/8 1809/7 1809/13
1809/13 1809/17 1809/23 1811/1 1811/5
1814/22 1815/17 1816/6 1816/11 1817/4
1819/14 1828/2 1831/3 1833/12 1834/6
1835/21 1836/4 1837/23 1838/1 1839/22
1841/17 1842/14 1843/19 1844/17
1847/25 1848/2 1849/18 1852/3 1853/5
NSMG [1] 1733/10
NUMBER [16] 1734/20 1740/22 1741/3
1746/25 1751/18 1754/23 1784/10
1794/19 1794/23 1810/25 1831/21
1839/20 1863/6 1866/16 1867/8 1867/13
NUMBERED [3] 1801/4 1801/4 1868/7
NUMBERS [4] 1740/18 1801/8 1801/8
1805/2
NUMERICAL [2] 1775/1 1834/10

## O

O'BRIEN [1] 1725/3
O'DONNELL [2] 1723/15 1723/15
OAK [1] 1724/3
OBJECT [2] 1832/7 1857/15
OBJECTED [1] 1866/11
OBJECTION [11] 1735/11 1782/19
1828/18 1829/8 1830/6 1831/25 1857/19
1857/22 1864/17 1866/10 1866/12
OBLIQUE [1] 1743/20
OBSERVATION [1] 1854/23
OBSERVATIONAL [2] 1759/6 1807/2
OBSERVATIONALLY [2] 1771/14
1821/9
OBSERVATIONS [1] 1738/15
OBSERVE [2] 1738/5 1782/11
OBSERVED [3] 1782/9 1782/12 1783/1
OBSERVING [2] 1738/4 1813/4
OBSTRUCTIONS [1] 1836/23
OBVIOUS [1] 1819/5
OBVIOUSLY [5] 1784/12 1793/16
1804/23 1840/6 1849/10
OCCUPATION [2] 1729/7 1730/6
OCCUR [9] 1804/3 1804/19 1813/13
1823/21 1840/24 1850/23 1851/3
1858/11 1858/13
OCCURRED [17] 1732/7 1747/13
1763/3 1791/14 1840/24 1849/11
1849/15 1853/21 1858/5 1858/10
1859/19 1860/8 1860/23 1862/16
1862/17 1862/17 1862/23
OCCURRING [1] 1759/2
OCCURS [2] 1840/17 1860/9
OCEAN [1] 1728/15
OCEANOGRAPHER [9] 1728/6 1757/15
1758/23 1772/19 1835/9 1835/11
1835/17 1856/1 1856/7
OCEANOGRAPHER'S [1] 1855/13
OCEANOGRAPHER/COASTAL [2]
1835/9 1835/11
OCEANOGRAPHER/GEOLOGIST [1]
1835/17
OCEANOGRAPHIC [6] 1748/7 1748/13
1753/21 1774/20 1775/2 1775/20
OCEANOGRAPHY [12] 1727/22
1728/14 1729/4 1730/15 1730/24 1735/7
1742/15 1753/8 1753/10 1753/12 1757/8
1777/5
OCTOBER [1] 1741/1
OCTOBER 19 [1] 1741/1
OFF [17] 1737/22 1741/3 1743/21
1743/23 1775/9 1776/24 1785/24 1799/3

1813/5 1813/17 1814/14 1816/1 1816/12
1817/22 1819/20 1824/4 1844/17
OFFER [2] 1742/20 1867/5
OFFERED [4] 1862/6 1865/18 1866/8
1867/2
OFFERING [1] 1866/21
OFFICE [10] 1724/7 1724/14 1724/22
1724/24 1732/14 1765/17 1765/24
1858/25 1865/18 1865/24
OFFICER [1] 1865/21
OFFICES [1] 1723/18
OFFICIAL [4] 1725/20 1738/8 1868/2
1868/11
OFFICIALS [1] 1753/16
OFFSHORE [6] 1762/19 1763/2 1792/22
1793/20 1796/19 1813/7
OFTEN [1] 1793/18
OH [8] 1750/6 1763/3 1764/8 1779/4
1795/10 1806/1 1821/19 1828/20
OKAY [37] 1727/5 1747/3 1749/19
1750/4 1761/4 1765/21 1773/9 1781/7
1789/13 1793/5 1793/14 1796/15
1796/16 1798/15 1801/14 1802/24
1808/15 1809/20 1811/12 1814/8
1817/25 1818/6 1840/5 1841/21 1842/24
1844/2 1846/12 1847/5 1847/9 1848/16
1849/4 1850/22 1851/8 1853/4 1856/20
1856/24 1862/24
ON [177]
ONCE [10] 1730/25 1740/13 1754/23
1764/18 1775/11 1776/16 1782/4
1806/17 1815/18 1828/1
ONE [74] 1731/2 1731/6 1732/1 1733/13
1734/5 1734/21 1734/22 1741/12
1742/24 1743/6 1746/5 1748/21 1749/12
1750/10 1753/20 1754/3 1757/10
1758/21 1760/6 1762/7 1766/14 1767/1
1767/11 1768/22 1774/10 1774/12
1774/13 1780/13 1781/5 1790/22
1795/11 1796/20 1797/17 1798/5
1798/18 1798/22 1799/4 1799/8 1799/15
1799/19 1802/12 1803/6 1804/15
1807/23 1811/17 1811/17 1811/24
1818/18 1820/23 1824/8 1825/5 1825/24
1826/6 1828/10 1829/14 1831/14
1831/20 1832/24 1833/19 1836/18
1836/20 1838/3 1843/8 1844/1 1844/19
1844/20 1848/6 1851/22 1855/11
1860/18 1862/11 1864/13 1865/8
1866/19
ONE-INCH [1] 1844/20
ONE-TENTH [1] 1802/12
ONE-THIRD [2] 1795/11 1803/6
ONES [1] 1805/3
ONGOING [1] 1766/20
ONLY [51] 1738/10 1739/15 1742/13
1746/23 1747/10 1750/14 1756/1
1761/19 1767/22 1770/23 1771/23
1774/10 1774/12 1774/13 1778/18
1781/7 1781/8 1784/9 1788/22 1790/22
1796/3 1797/4 1805/17 1808/16 1808/20
1813/12 1813/13 1816/4 1816/17 1821/2
1821/23 1823/5 1824/8 1827/24 1834/4
1834/24 1835/19 1843/9 1849/2 1849/15
1850/9 1853/14 1853/16 1854/10
1854/10 1854/15 1855/11 1859/15
1861/6 1861/9 1862/15
ONSET [7] 1746/8 1746/24 1750/5
1750/8 1750/13 1750/17 1752/6
ONTO [2] 1814/10 1858/20
OPEN [7] 1746/16 1762/18 1762/25
1782/5 1823/25 1825/12 1844/19
OPENER [1] 1733/8

Q

OPERATE [1] 1765/7
OPERATION [3] 1730/1 1767/21 1771/23
OPERATIONS [1] 1729/3
OPINED [3] 1742/11 1742/17 1854/8
OPINION [54] 1732/1 1742/2 1742/3 1743/11 1744/18 1744/19 1744/20 1745/25 1746/1 1746/2 1746/11 1746/13 1746/19 1746/20 1746/25 1747/14 1747/21 1748/6 1756/16 1758/1 1759/10 1778/5 1784/2 1788/4 1815/11 1815/12 1820/1 1822/9 1823/6 1823/18 1825/9 1829/9 1829/10 1829/20 1838/10 1840/22 1842/9 1842/10 1844/14 1845/6 1845/25 1852/22 1855/15 1855/19 1855/20 1855/25 1857/10 1857/21 1858/4 1859/18 1860/7 1860/22 1861/8 1861/22
OPINIONS [8] 1730/20 1731/19 1731/22 1731/23 1817/9 1817/9 1829/12 1862/4
OPPORTUNITY [2] 1730/12 1735/22
OPPOSED [5] 1747/13 1795/5 1830/1 1836/9 1841/5
OPPOSITION [2] 1771/10 1864/6
OR [76] 1728/23 1730/6 1733/23 1737/3 1738/9 1739/7 1739/7 1744/9 1744/9 1749/10 1749/24 1750/17 1753/3 1755/17 1756/13 1757/5 1757/18 1760/11 1761/17 1764/13 1766/3 1771/24 1772/9 1780/11 1780/16 1781/21 1781/22 1781/22 1785/20 1790/15 1791/14 1792/3 1792/11 1793/18 1794/4 1797/15 1800/6 1803/7 1803/21 1808/5 1808/6 1813/22 1814/18 1817/12 1817/15 1817/21 1819/18 1819/18 1819/19 1823/20 1829/16 1832/3 1834/3 1834/3 1834/7 1834/14 1834/16 1834/24 1840/14 1844/9 1844/22 1844/23 1845/1 1846/9 1849/14 1849/24 1851/1 1851/4 1854/7 1855/24 1861/16 1864/18 1865/14 1865/19 1867/8 1867/16
ORANGE [3] 1812/9 1847/2 1847/4
ORDER [4] 1745/22 1771/13 1784/25 1837/15
ORGANIZATION [1] 1726/8
ORIENT [2] 1742/24 1804/1
ORIENTED [1] 1820/22
ORIGINAL [10] 1741/5 1744/21 1745/6 1745/10 1745/15 1778/7 1834/13 1852/13 1855/12 1864/23
ORIGINALLY [4] 1778/6 1779/14 1827/21 1845/16
ORIGINATOR [1] 1740/5
ORLEANS [56] 1723/6 1723/20 1723/23 1724/10 1725/8 1725/21 1736/2 1736/9 1738/13 1738/19 1742/6 1742/9 1747/23 1754/25 1755/3 1755/16 1759/4 1759/18 1760/3 1764/16 1765/24 1765/25 1766/13 1767/18 1767/22 1770/9 1778/14 1779/10 1779/13 1779/23 1828/5 1840/18 1840/24 1841/6 1841/23 1845/14 1846/1 1847/19 1847/23 1848/18 1848/25 1849/3 1849/9 1849/21 1850/13 1850/23 1851/11 1851/19 1852/25 1854/25 1855/1 1855/3 1855/4 1855/11 1860/14 1861/7
ORLEANS PARISH [1] 1854/25
OTHER [31] 1728/10 1730/3 1731/20 1734/25 1741/9 1741/12 1746/6 1747/9 1754/4 1754/22 1756/13 1759/21

1759/22 1769/23 1771/15 1771/24 1780/6 1787/2 1796/2 1797/5 1799/7 1809/23 1810/10 1816/19 1826/1 1831/14 1835/20 1845/15 1850/9 1852/20 1853/21
OTHERS [7] 1735/1 1772/15 1773/7 1786/19 1788/3 1790/8 1802/6
OTHERWISE [1] 1861/18
OUGHT [1] 1806/19
OUR [34] 1736/25 1737/2 1738/16 1739/16 1739/22 1750/3 1767/2 1780/4 1781/13 1781/22 1781/23 1782/7 1784/11 1789/6 1794/14 1797/22 1798/17 1798/19 1800/24 1801/15 1807/20 1809/24 1815/24 1817/15 1820/12 1823/12 1828/12 1830/20 1832/23 1835/4 1854/13 1855/9 1861/5 1864/6
OUT [64] 1730/4 1731/14 1732/5 1733/10 1733/22 1735/22 1735/25 1737/4 1738/9 1738/10 1738/23 1738/24 1750/21 1752/10 1754/13 1755/6 1756/25 1757/9 1759/19 1759/21 1761/1 1761/6 1762/25 1765/13 1766/14 1767/23 1771/14 1772/20 1776/25 1777/20 1778/15 1780/21 1781/10 1785/7 1792/24 1797/2 1801/17 1801/23 1803/24 1805/2 1807/1 1810/15 1810/18 1814/16 1815/20 1827/21 1828/10 1831/21 1831/21 1836/7 1836/19 1837/10 1837/13 1838/19 1840/24 1841/18 1843/9 1843/12 1844/18 1848/3 1850/11 1850/15 1851/18 1864/1
OUT ON [1] 1850/15
OUTCOME [1] 1826/5
OUTFLOW [1] 1836/8
OUTLINED [1] 1834/21
OUTLINES [1] 1745/12
OUTPUT [2] 1786/25 1803/7
OUTSIDE [4] 1755/24 1780/9 1828/3 1828/23
OVER [41] 1731/25 1736/13 1738/13 1743/21 1746/4 1776/16 1777/18 1783/8 1783/10 1787/5 1787/23 1796/10 1796/24 1799/24 1799/25 1808/14 1810/24 1811/14 1813/7 1813/9 1813/18 1814/13 1815/6 1815/14 1816/6 1818/7 1819/22 1825/16 1828/5 1838/6 1840/18 1841/12 1841/17 1845/9 1847/13 1847/18 1848/20 1849/17 1849/18 1859/11 1859/14
OVERFLOW [4] 1784/25 1853/13 1853/14 1853/17
OVERFLOWS [1] 1843/7
OVERHEAD [1] 1836/24
OVERLOOKED [1] 1810/14
OVERSAW [1] 1842/12
OVERTOP [2] 1809/24 1821/18
OVERTOPPED [6] 1779/22 1791/21 1821/19 1823/13 1836/17 1852/15
OVERTOPPING [36] 1736/6 1751/22 1753/7 1775/4 1779/10 1779/13 1782/20 1788/23 1788/25 1790/12 1790/21 1791/20 1816/14 1821/25 1822/14 1822/15 1822/19 1822/23 1823/5 1823/11 1823/12 1824/14 1824/23 1836/15 1840/18 1841/6 1846/2 1846/12 1846/14 1847/20 1848/1 1848/2 1848/18 1849/19 1850/14 1852/24
OVERTOPS [1] 1842/20
OVERVIEW [1] 1738/17
OVERWHELMING [1] 1779/22
OWN [1] 1736/14

OYSTER [1] 1770/4

P-A-U-L [1] 1727/18
P-L-A-N-E [2] 1808/10 1808/11
P.M [1] 1865/1
P.O [1] 1725/18
PAD [1] 1797/5
PAGE [67] 1726/2 1741/24 1742/21 1743/12 1743/13 1743/13 1743/14 1744/7 1744/17 1744/18 1745/4 1745/24 1746/11 1746/14 1747/2 1749/2 1752/13 1752/13 1753/25 1754/1 1755/11 1755/12 1762/10 1763/5 1763/20 1764/10 1767/24 1768/15 1770/24 1771/22 1772/6 1772/6 1774/21 1780/3 1781/4 1789/5 1795/17 1796/12 1797/13 1800/22 1801/6 1801/8 1802/15 1802/22 1803/19 1806/24 1806/25 1807/21 1811/2 1817/5 1822/10 1831/16 1836/1 1836/4 1837/21 1842/17 1846/17 1848/12 1857/8 1859/6 1859/6 1859/25 1859/25 1860/15 1860/16 1863/6 1863/10
PAGE 20 [1] 1743/14
PAGE 28 [1] 1767/24
PAGE 97 [1] 1807/21
PAGES [7] 1728/2 1743/6 1747/16 1749/6 1754/14 1763/19 1864/13
PAINTING [1] 1739/5
PALM [1] 1796/2
PALMINTIER [3] 1724/19 1724/19 1724/20
PAM [2] 1733/5 1855/7
PANEL [2] 1803/5 1807/6
PAPER [3] 1795/25 1797/5 1864/24
PARAGRAPH [5] 1761/23 1762/10 1763/5 1763/20 1770/24
PARALLEL [1] 1820/22
PARIS [9] 1743/21 1755/19 1756/20 1836/7 1837/14 1837/23 1839/2 1845/8 1846/4
PARISH [2] 1853/2 1854/25
PART [17] 1728/25 1730/9 1751/1 1758/21 1762/25 1763/2 1763/2 1792/9 1792/24 1813/3 1816/5 1817/17 1818/9 1819/7 1819/9 1848/3 1849/21
PARTICIPANTS [1] 1748/20
PARTICULAR [3] 1829/5 1838/14 1848/16
PARTICULARLY [6] 1762/20 1770/13 1798/24 1825/21 1825/22 1865/24
PARTIES [1] 1765/11
PASS [2] 1805/18 1819/15
PASSED [1] 1823/13
PASSING [1] 1804/25
PAST [4] 1728/21 1732/11 1771/10 1793/17
PAUL [7] 1725/11 1725/13 1727/8 1727/10 1727/11 1727/15 1735/6
PAVE [1] 1770/16
PC [2] 1723/15 1724/2
PEAK [45] 1781/1 1781/1 1781/16 1781/17 1781/18 1783/7 1784/2 1784/18 1784/21 1785/2 1785/3 1785/5 1785/5 1785/20 1785/23 1786/12 1786/14 1786/20 1787/4 1787/14 1787/21 1787/25 1788/14 1788/23 1788/24 1789/1 1789/7 1789/19 1789/20 1789/22 1790/15 1807/10 1807/11 1810/5 1811/25 1813/1 1816/13 1824/6 1824/7 1824/14 1836/11 1836/19 1837/18 1852/23 1858/1

P

PEAK AT [1] 1785/2
PEAKED [1] 1791/1
PEOPLE [11] 1731/10 1738/6 1739/6
1755/7 1767/1 1818/16 1835/20 1851/14
1855/6 1855/14 1865/17
PER [15] 1758/6 1762/5 1762/6 1837/1
1837/15 1839/2 1839/4 1839/11 1846/15
1846/15 1847/12 1847/15 1847/17
1848/19 1851/12
PERCEIVED [1] 1771/11
PERCENT [32] 1822/12 1822/13
1840/19 1841/1 1841/12 1841/17
1841/19 1841/19 1842/6 1847/14
1847/15 1847/16 1848/4 1849/1 1849/2
1849/3 1849/15 1849/17 1850/5 1850/12
1850/13 1850/15 1850/19 1850/19
1850/20 1851/6 1852/24 1853/14
1853/15 1853/17 1853/25 1854/1
PERCEPTION [1] 1794/14
PERFECT [2] 1820/20 1850/1
PERFECTLY [2] 1782/1 1797/12
PERHAPS [6] 1743/5 1786/21 1810/5
1813/7 1826/6 1853/4
PERIMETER [2] 1738/24 1739/3
PERIOD [11] 1792/18 1803/10 1807/10
1807/11 1808/3 1810/8 1813/6 1813/18
1820/2 1838/25 1845/23
PERIODS [4] 1792/7 1792/19 1792/23
1810/8
PERISHABLE [1] 1739/1
PERMISSION [1] 1741/19
PERSON [1] 1824/18
PERSPECTIVE [1] 1735/1
PERSPECTIVES [1] 1742/20
PERSUASIVE [1] 1757/19
PETER [1] 1725/15
PH.D [1] 1730/13
PHASE [1] 1832/22
PHENOMENA [1] 1822/17
PHENOMENON [1] 1813/5
PHILEN [1] 1725/6
PHONETIC [1] 1804/14
PHOTOGRAPH [1] 1817/12
PHOTOGRAPHS [1] 1762/4
PICTURE [3] 1759/8 1800/18 1804/16
PICTURES [1] 1730/8
PIECE [4] 1752/25 1795/24 1821/13
1828/10
PIECES [2] 1759/7 1811/7
PIERCE [1] 1723/15
PILE [1] 1821/23
PIPELINE [1] 1733/16
PIPES [1] 1733/18
PIT [3] 1819/19 1819/22 1819/24
PLACE [13] 1751/14 1753/16 1756/1
1760/21 1763/16 1781/5 1781/7 1781/8
1796/18 1802/18 1816/4 1819/2 1832/13
PLACED [3] 1763/15 1763/17 1862/13
PLACEMENT [2] 1769/20 1772/4
PLACES [5] 1781/3 1804/10 1812/15
1812/24 1814/19
PLAINTIFF [5] 1735/23 1736/12 1737/8
1867/3 1867/16
PLAINTIFFS [22] 1723/15 1723/18
1723/21 1724/2 1724/5 1724/9 1724/12
1724/16 1724/19 1724/22 1725/6 1727/5
1727/7 1737/3 1827/5 1828/6 1828/16
1856/14 1856/14 1856/19 1861/21
1861/24
PLAINTIFFS' [4] 1737/21 1746/22
1826/2 1857/4

PLAN [8] 1737/4 1738/16 1743/25
1755/6 1756/15 1808/13 1818/5 1818/7
1854/10
PLANE [8] 1807/25 1808/8 1808/10
1809/5 1809/9 1809/11 1809/13 1809/22
PLANS [2] 1755/10 1767/11
PLANT [1] 1764/5
PLANTED [1] 1764/1
PLANTING [2] 1826/20 1826/22
PLC [3] 1723/18 1724/19 1724/23
PLEASE [22] 1727/4 1727/13 1749/1
1762/10 1762/12 1768/7 1768/25 1769/5
1773/21 1791/2 1800/14 1804/1 1811/3
1816/3 1830/25 1831/1 1833/19 1836/2
1850/3 1850/7 1865/9 1865/14
PLOT [1] 1791/11
POINT [29] 1737/22 1750/3 1751/16
1759/19 1766/14 1767/23 1768/23
1770/22 1771/14 1773/11 1781/16
1782/8 1782/11 1782/17 1783/2 1784/6
1786/15 1794/10 1801/19 1801/21
1803/24 1804/3 1814/21 1815/20
1834/10 1837/23 1840/15 1844/5 1845/3
POINTED [1] 1757/9
POINTER [3] 1742/22 1743/2 1836/5
POINTING [4] 1751/12 1778/16 1804/18
1846/22
POINTS [10] 1780/3 1780/8 1780/13
1788/2 1788/14 1788/16 1801/16
1817/20 1818/25 1848/22
POLDER [25] 1776/18 1786/17 1792/1
1828/14 1829/17 1829/18 1829/22
1829/23 1830/3 1831/23 1832/10
1832/13 1832/14 1832/21 1833/3 1841/6
1848/16 1848/18 1848/25 1849/9
1849/16 1849/19 1849/20 1849/21
1851/11
POLDERS [1] 1848/23
POLICY [4] 1768/1 1771/6 1771/18
1772/2
PONTCHARTRAIN [11] 1742/6 1743/19
1765/10 1806/14 1806/21 1807/5
1807/13 1825/17 1836/13 1837/9
1862/20
POOR [3] 1803/16 1847/2 1855/6
POPS [1] 1813/10
POPULATED [2] 1746/18 1825/13
PORTION [5] 1743/4 1779/12 1792/15
1821/5 1847/23
POSED [2] 1742/8 1747/20
POSING [1] 1759/2
POSITION [5] 1755/3 1755/16 1755/23
1756/12 1834/25
POSSESSION [1] 1786/9
POSSIBILITIES [1] 1816/20
POSSIBILITY [6] 1747/24 1750/25
1757/13 1758/16 1765/5 1766/12
POSSIBLE [6] 1738/25 1823/22 1824/22
1824/23 1827/17 1862/25
POSSIBLY [2] 1765/8 1770/16
POST [4] 1724/7 1724/14 1724/24
1793/17
POSTDESIGN [1] 1857/2
POSTSURGE [1] 1861/12
POTENTIALLY [1] 1759/3
POWERPOINT [35] 1741/24 1742/21
1743/12 1744/17 1744/18 1745/5
1745/24 1746/12 1749/2 1752/13
1752/14 1780/3 1781/4 1786/3 1786/5
1786/7 1789/5 1795/17 1800/22 1801/5
1806/24 1807/20 1811/2 1817/5 1820/12
1822/10 1831/17 1836/1 1837/21 1848/6
1857/8 1859/6 1859/25 1860/15 1867/1
POWERPOINT 66 [1] 1848/6

POWERPOINTS [6] 1866/7 1866/13
1866/15 1866/18 1867/6 1867/7
POYDRAS [2] 1724/10 1725/20
PRACTICAL [1] 1867/10
PRACTICE [1] 1776/21
PRECEDENT [2] 1771/25 1772/3
PRECISE [4] 1743/6 1778/2 1789/16
1820/6
PRECISELY [1] 1820/6
PREDICT [2] 1782/8 1817/2
PREDICTABLY [2] 1746/4 1746/14
PREDICTED [2] 1788/8 1806/7
PREDICTION [1] 1789/18
PREDICTS [1] 1808/3
PREMISE [1] 1788/15
PREPARED [1] 1740/15
PRESENCE [1] 1843/14
PRESENT [2] 1725/6 1834/6
PRESENTED [2] 1755/20 1757/19
PRESIDENT [1] 1729/5
PRESSED [1] 1760/6
PRESSURE [1] 1830/18
PRESUMES [1] 1757/18
PRETERMITTING [1] 1791/18
PRETTY [9] 1739/17 1767/9 1767/10
1803/12 1809/12 1815/3 1819/24 1839/4
1842/21
PREVENT [3] 1770/6 1826/1 1826/7
PREVENTED [2] 1759/10 1827/6
PREVENTIBLE [1] 1861/22
PREVIOUS [2] 1756/22 1827/3
PREVIOUSLY [2] 1732/7 1746/5
PRIMARILY [10] 1766/3 1769/17 1776/8
1818/20 1822/12 1822/22 1823/19
1827/8 1830/13 1850/14
PRIMARY [16] 1734/9 1734/21 1740/23
1741/18 1745/25 1745/25 1776/7
1777/22 1788/25 1829/12 1834/18
1844/9 1845/7 1846/3 1847/19 1853/21
PRINCIPLE [1] 1780/23
PRINCIPLES [2] 1756/17 1757/16
PRIOR [4] 1733/5 1735/23 1748/4
1769/20
PRIORITY [1] 1768/2
PRISTINE [1] 1841/25
PRIVATE [1] 1770/6
PRIVILEGE [1] 1728/24
PROBABILITY [1] 1855/14
PROBABLE [1] 1856/1
PROBABLY [13] 1753/20 1769/19
1772/8 1775/20 1775/22 1781/7 1785/16
1805/3 1812/21 1814/12 1827/11
1840/25 1848/4
PROBLEM [8] 1741/7 1762/24 1770/11
1819/10 1819/25 1822/18 1826/1 1833/3
PROBLEMS [4] 1757/9 1765/2 1772/24
1865/20
PROCEED [3] 1727/6 1743/3 1774/17
PROCEEDINGS [3] 1723/10 1725/24
1868/6
PROCESS [1] 1833/9
PROCESSES [2] 1734/2 1842/11
PROCTOR [1] 1803/24
PRODUCE [1] 1832/1
PRODUCED [2] 1725/25 1858/16
PRODUCTS [1] 1775/23
PROFESSION [5] 1728/25 1752/9
1757/6 1773/7 1862/7
PROFESSION'S [1] 1757/16
PROFESSIONAL [8] 1748/6 1817/9
1819/8 1822/8 1840/22 1845/25 1855/25
1857/10
PROFESSOR [1] 1729/8

Case 2:05-cv-04182-SRD-JCW Document 18885-4 Filed 05/22/09 Page 168 of 177

P

PROGRAM [7] 1732/16 1750/3 1767/3 1767/7 1767/8 1776/18 1827/20
PROGRAMS [3] 1776/7 1777/2 1777/9
PROGRESS [1] 1831/5
PROGRESSED [1] 1835/8
PROGRESSIVE [1] 1748/21
PROGRESSIVELY [2] 1796/4 1796/23
PROJECT [22] 1731/3 1731/24 1742/3 1744/20 1745/11 1745/23 1746/2 1746/13 1746/20 1747/17 1747/22 1749/10 1749/21 1751/15 1752/3 1767/4 1770/7 1775/3 1775/15 1825/9 1858/4 1859/18
PROJECT'S [1] 1749/25
PROJECTS [3] 1730/25 1733/23 1768/2
PROLONGED [1] 1821/25
PRONOUNCE [1] 1763/24
PROPERLY [2] 1752/4 1807/25
PROPERTIES [1] 1862/1
PROPERTY [8] 1759/4 1855/15 1856/2 1858/17 1858/20 1860/1 1860/16 1861/10
PROPOSED [6] 1748/1 1749/12 1749/23 1750/1 1751/17 1751/25
PROTECT [3] 1769/7 1769/10 1769/13
PROTECTED [1] 1780/12
PROTECTION [13] 1746/7 1746/7 1749/11 1755/18 1759/15 1766/24 1816/22 1825/23 1831/7 1831/9 1831/11 1834/2 1834/16
PROTECTIVE [1] 1778/21
PROTESTS [1] 1861/5
PROTOCOL [1] 1732/25
PROVED [4] 1757/14 1779/2 1844/13 1845/18
PROVEN [4] 1777/2 1777/17 1793/3 1822/6
PROVES [2] 1753/4 1815/13
PROVIDE [4] 1732/22 1755/15 1866/1 1866/2
PROVIDED [2] 1733/3 1748/20
PROVIDES [2] 1771/22 1843/16
PROVIDING [1] 1736/5
PRUDENT [6] 1757/6 1757/6 1757/15 1758/23 1835/11 1835/16
PUBLIC [9] 1733/1 1733/1 1753/11 1755/6 1755/21 1765/14 1766/4 1766/6 1771/10
PUBLICATIONS [1] 1734/4
PUBLISHED [1] 1755/24
PULL [24] 1741/24 1742/21 1744/17 1745/4 1746/11 1747/2 1749/1 1752/13 1753/25 1755/11 1761/8 1768/5 1768/7 1781/4 1795/17 1806/24 1807/20 1811/2 1817/5 1820/12 1822/10 1836/1 1842/17 1864/2
PURPOSE [5] 1755/15 1760/5 1780/6 1811/14 1827/12
PURPOSES [3] 1738/1 1777/2 1866/3
PUT [44] 1731/5 1731/9 1736/13 1736/24 1743/2 1743/6 1749/20 1750/10 1750/19 1753/15 1754/6 1755/9 1759/8 1759/15 1759/17 1759/20 1760/10 1760/15 1760/21 1778/2 1781/13 1781/23 1782/2 1782/5 1793/5 1793/6 1795/22 1798/19 1801/15 1804/12 1814/2 1814/6 1818/17 1827/25 1829/2 1834/15 1835/5 1837/25 1839/8 1839/17 1839/22 1847/9 1848/20 1865/17
PUTTING [6] 1734/13 1767/19 1813/16 1830/15 1834/8 1837/7

PUZZLE [2] 1821/13 1828/10
PX [16] 1728/2 1734/23 1737/12 1740/24 1740/25 1741/1 1741/2 1741/9 1742/10 1743/13 1743/13 1743/13 1744/7 1747/15 1748/24 1749/6 1754/4 1754/4 1755/11 1757/25 1757/25 1761/8 1761/8 1764/10 1768/7 1790/8 1807/20 1816/23 1831/8 1831/10 1831/16 1831/22 1832/25 1833/12 1836/4 1846/18 1846/19 1848/12 1859/6 1859/25 1860/15 1866/8 1866/16 1867/12
PX'S [2] 1867/4 1867/5
PX-09 [1] 1764/10
PX-1771 [3] 1859/6 1859/25 1860/15
PX-193 [2] 1761/8 1761/8
PX-2082 [1] 1768/7
PX-2152 [3] 1741/2 1816/23 1831/8
PX-4 [1] 1734/16
PX-65 [1] 1831/10
PX-68 [2] 1748/24 1749/6
PX-9 [1] 1757/25
PX-91 [23] 1728/2 1734/23 1740/24 1742/10 1743/13 1743/13 1743/13 1744/7 1747/15 1754/4 1754/4 1755/11 1757/25 1790/8 1807/20 1831/16 1831/22 1832/25 1833/12 1836/4 1846/18 1846/19 1848/12
PX-92 [1] 1740/25
PX-93 [1] 1741/1
PX-94 [1] 1741/9
PX-S [1] 1866/8

Q

QUADRANGLES [2] 1761/24 1762/3
QUADRUPLES [1] 1845/1
QUALIFICATIONS [1] 1728/3
QUANTIFY [1] 1797/14
QUARTERS [2] 1738/8 1738/8
QUASI [1] 1756/8
QUASI-MILITARY [1] 1756/8
QUESTION [23] 1737/7 1768/14 1771/9 1771/18 1779/11 1787/18 1788/1 1788/13 1791/17 1793/7 1797/8 1799/19 1800/14 1826/13 1830/5 1830/6 1830/15 1844/12 1852/18 1857/6 1857/22 1862/11 1865/14
QUESTIONING [1] 1773/16
QUESTIONS [4] 1735/21 1796/6 1848/7 1858/25
QUICK [1] 1830/20
QUICKLY [7] 1738/25 1739/2 1751/9 1782/22 1795/3 1795/17 1810/19
QUITE [8] 1733/8 1760/13 1795/16 1799/14 1803/4 1822/2 1838/8 1856/16

R

RACE [1] 1813/25
RACEHORSE [1] 1777/17
RAILROAD [1] 1836/23
RAISE [1] 1732/10
RAISED [2] 1732/3 1732/3
RAN [7] 1749/9 1792/9 1807/24 1809/24 1827/15 1830/12 1832/21
RANCOR [1] 1766/20
RANGE [5] 1811/11 1812/18 1813/21 1813/22 1815/7
RANGED [1] 1758/9
RAS [1] 1824/4
RATE [5] 1760/21 1762/4 1838/2 1840/19 1846/14
RATHER [4] 1774/2 1798/7 1843/4 1850/19

RATIONAL [1] 1756/16
RATIONAL [1] 1756/16
REACH [122] 1737/17 1737/17 1743/18 1744/8 1744/9 1744/14 1744/24 1745/4 1745/6 1745/16 1745/20 1745/21 1746/3 1746/14 1748/9 1751/13 1753/5 1753/5 1754/19 1754/19 1758/11 1758/13 1759/2 1759/2 1759/11 1760/13 1760/19 1760/25 1761/1 1762/20 1766/19 1768/18 1769/17 1772/17 1773/5 1778/9 1778/12 1778/16 1779/8 1779/8 1779/9 1779/19 1779/21 1784/9 1785/8 1788/14 1788/14 1788/22 1790/12 1795/1 1805/25 1806/20 1815/2 1815/14 1817/4 1820/3 1820/25 1821/6 1821/12 1821/15 1821/20 1822/9 1822/12 1822/19 1823/19 1825/10 1826/1 1826/12 1826/16 1826/17 1826/21 1827/7 1827/9 1835/14 1835/15 1835/14 1835/22 1835/23 1836/7 1836/11 1836/12 1836/19 1836/19 1836/19 1837/13 1837/17 1837/19 1838/15 1839/6 1839/7 1839/9 1840/11 1843/10 1843/10 1843/11 1843/15 1843/15 1843/18 1843/18 1844/6 1844/24 1845/9 1845/11 1845/11 1846/2 1846/4 1846/5 1846/9 1846/10 1852/12 1852/12 1852/15 1853/22 1853/23 1854/1 1855/13 1855/13 1856/5 1856/5 1856/12 1856/12 1856/17 1856/17 1857/3 1857/3
REACH 1 [40] 1737/17 1743/18 1744/9 1744/24 1745/4 1745/6 1745/16 1745/21 1759/2 1778/9 1779/8 1779/19 1779/21 1821/15 1835/14 1835/22 1835/23 1836/12 1836/19 1837/17 1837/19 1838/15 1839/7 1839/9 1840/11 1843/10 1843/15 1844/6 1846/5 1852/15 1855/13 1856/5 1856/12 1856/17 1857/3
REACH 1/REACH 2 [3] 1753/5 1754/19 1843/18
REACH 2 [66] 1737/17 1744/8 1744/14 1745/20 1746/3 1746/14 1748/9 1751/13 1758/11 1758/13 1759/2 1759/11 1760/13 1760/19 1760/25 1761/1 1766/19 1769/17 1772/17 1773/5 1778/12 1778/16 1779/8 1779/19 1784/9 1785/8 1788/22 1790/12 1795/1 1805/25 1806/20 1815/2 1817/4 1820/3 1821/6 1821/12 1821/20 1822/9 1822/12 1822/19 1825/10 1826/1 1826/12 1826/17 1826/21 1827/7 1827/9 1835/14 1836/7 1836/11 1836/19 1837/13 1843/10 1843/11 1843/15 1844/24 1846/6 1852/12 1853/22 1853/23 1854/1 1855/13 1856/5 1856/12 1856/17 1857/3
REACHED [2] 1731/23 1862/20
REACHES [2] 1762/19 1770/10
READ [21] 1730/7 1748/21 1755/13 1756/17 1757/9 1763/23 1763/25 1765/3 1766/2 1768/4 1768/11 1768/20 1769/5 1770/4 1771/8 1785/22 1796/21 1804/15 1823/4 1844/5 1858/8
READILY [1] 1764/9
READING [4] 1753/16 1788/24 1800/7 1838/19
READINGS [1] 1781/11
READS [1] 1765/3
READY [2] 1727/5 1824/20
REAL [3] 1771/11 1784/20 1806/18
REALITIES [1] 1784/19
REALITY [25] 1738/5 1777/12 1780/17 1780/21 1781/2 1783/17 1783/20

Case 2:05-cv-04182-SRD-JCW   Document 19888-7   Filed 05/22/09   Page 169 of 177

REALITY... [18]  1783/21 1785/10
1785/17 1785/18 1786/15 1786/25
1787/2 1787/3 1787/9 1788/2 1788/3
1793/3 1806/17 1816/13 1824/10
1824/11 1828/1 1828/2
REALIZED [1]  1757/7
REALIZING [1]  1844/16
REALLY [37]  1731/11 1733/24 1736/7
1736/7 1745/6 1747/4 1747/11 1747/15
1749/24 1752/3 1752/23 1753/18 1777/9
1780/13 1785/19 1790/19 1792/19
1798/20 1803/3 1804/12 1805/18
1813/14 1817/18 1825/20 1826/25
1832/1 1833/24 1835/21 1836/18
1849/10 1853/7 1853/8 1855/1 1857/21
1859/12 1859/17 1860/19
REALTIME [2]  1732/22 1777/25
REASON [12]  1749/12 1755/8 1760/16
1761/19 1768/16 1769/5 1781/19 1798/5
1835/10 1841/2 1861/5 1862/13
REASONABLE [2]  1756/7 1862/6
REASONABLY [1]  1757/14
REASONS [4]  1732/2 1772/1 1775/18
1836/20
REASSESS [1]  1759/7
REASSURING [1]  1803/2
REBUILD [2]  1810/15 1814/16
RECALL [4]  1738/6 1756/18 1782/20
1803/14
RECEIVED [1]  1865/2
RECENT [2]  1832/24 1833/13
RECENTLY [3]  1733/14 1736/3 1759/16
RECESS [5]  1773/17 1773/19 1830/21
1830/24 1867/22
RECOGNIZE [2]  1752/17 1753/11
RECOGNIZED [6]  1751/19 1759/1
1777/1 1835/12 1855/15 1856/1
RECOGNIZES [1]  1770/10
RECOMMENDATIONS [1]  1768/22
RECOMMENDED [1]  1766/18
RECON [2]  1738/14 1770/9
RECONNAISSANCE [2]  1757/21 1766/2
RECONSTRUCTING [1]  1735/25
RECORD [29]  1727/14 1728/2 1734/22
1740/17 1740/18 1740/19 1740/20
1741/6 1741/16 1755/21 1755/22
1758/21 1766/1 1781/8 1788/18 1808/10
1811/14 1823/14 1831/3 1846/16
1854/10 1854/12 1854/15 1864/1 1866/3
1866/21 1866/21 1866/24 1868/6
RECORD STANDPOINT [1]  1866/21
RECORDED [3]  1725/24 1784/2
1789/22
RECORDS [1]  1780/13
RECTIFIED [1]  1743/8
RED [9]  1789/12 1804/2 1804/19
1804/19 1812/8 1812/25 1837/2 1846/23
1847/1
REDDER [1]  1801/12
REDDISH [1]  1812/8
REDUCE [2]  1765/5 1765/7
REDUCED [8]  1763/9 1765/10 1784/13
1840/19 1840/19 1843/12 1847/17
1852/24
REDUCING [4]  1746/4 1746/17 1825/12
1825/12
REDUCTION [2]  1840/25 1853/16
REFERENCE [5]  1728/1 1753/25 1780/5
1786/6 1867/9
REFERENCED [2]  1761/10 1801/7
REFERENCING [1]  1867/7

REFERRED [7]  1748/25 1761/16 1831/7
1851/6 1866/7 1868/3
REFERRING [4]  1734/21 1769/16
1846/16 1866/25
REFLECT [2]  1804/20 1818/12
REFLECTED [3]  1747/14 1792/17
1804/19
REFLECTING [1]  1743/12
REFUSAL [1]  1757/12
REGARDED [1]  1784/6
REGENERATING [3]  1813/14 1814/18
1819/14
REGENERATION [7]  1798/25 1810/24
1813/11 1815/14 1816/21 1817/2
1819/21
REGION [1]  1751/4
REGIONAL [2]  1825/16 1826/9
REGULAR [1]  1795/24
REGURGITATING [1]  1741/22
RELATED [3]  1733/19 1791/8 1865/10
RELATES [1]  1831/24
RELATING [1]  1831/25
RELATIVE [1]  1745/10
RELEVANCE [1]  1771/16
RELEVANT [3]  1794/8 1810/11 1865/6
RELIABLE [2]  1732/22 1777/1
RELIABLY [1]  1827/13
RELIED [1]  1792/8
REMAINING [1]  1813/9
REMEDIAL [4]  1747/25 1758/3 1772/23
1856/9
REMEDIATE [1]  1826/23
REMEDIATED [2]  1834/7 1839/17
REMEDIATION [6]  1825/25 1826/3
1826/10 1845/15 1852/21 1855/16
REMEMBER [9]  1756/8 1767/1 1774/9
1784/8 1793/16 1818/13 1838/16 1853/9
1860/10
REMOVE [3]  1731/19 1835/1 1835/3
REMOVED [2]  1731/16 1731/17
RENDERED [2]  1731/20 1734/20
RENDERING [1]  1829/8
REOFFER [1]  1864/5
REPAIR [2]  1739/2 1768/21
REPAIRING [1]  1771/6
REPEAT [1]  1856/16
REPEATED [2]  1762/9 1858/24
REPLACED [1]  1859/21
REPLICATED [1]  1834/22
REPORT [82]  1728/2 1734/7 1734/14
1734/22 1735/3 1735/21 1740/20
1740/23 1740/24 1740/24 1740/25
1741/12 1741/13 1741/14 1741/22
1742/11 1747/15 1748/25 1753/2
1753/25 1754/14 1755/2 1755/12 1757/9
1757/21 1757/25 1758/15 1758/22
1761/15 1761/17 1762/9 1764/21
1765/13 1765/16 1765/18 1766/1 1766/2
1767/24 1770/9 1773/13 1774/5 1774/7
1779/18 1781/12 1785/22 1785/23
1790/7 1792/13 1794/6 1794/7 1799/10
1801/8 1803/20 1804/9 1804/10 1804/24
1807/1 1807/22 1820/15 1828/22
1828/22 1828/23 1829/9 1829/18
1829/22 1829/23 1830/13 1830/14
1831/8 1831/13 1831/15 1832/2 1832/9
1832/14 1832/23 1833/13 1836/4
1846/17 1848/12 1854/19 1857/16
1857/17
REPORTED [7]  1780/2 1789/6 1792/12
1795/11 1799/25 1803/4 1806/21
REPORTER [4]  1725/20 1739/25 1868/3
1868/11

REPORTING [2]  1795/14 1803/17
REPORTS [25]  1734/2 1737/17 1740/13
1740/15 1740/18 1741/9 1748/4 1748/5
1755/20 1774/8 1789/20 1789/25 1790/6
1799/25 1804/15 1808/9 1823/4 1830/1
1833/7 1862/5
REPRESENT [3]  1765/19 1797/3
1865/21
REPRESENTATIVE [2]  1744/15 1824/8
REPRODUCE [2]  1734/3 1808/1
REQUEST [2]  1728/23 1801/15
REQUIREMENT [1]  1863/6
RESCUES [1]  1738/23
RESEARCH [7]  1729/8 1730/17 1730/18
1730/20 1733/10 1733/16 1775/22
RESIO [6]  1785/19 1786/19 1786/25
1789/6 1799/10 1803/19
RESIO'S [2]  1785/23 1802/25
RESISTANCE [1]  1814/8
RESOLUTION [25]  1796/4 1796/5
1797/8 1797/15 1797/23 1797/23 1798/6
1798/7 1798/11 1798/17 1799/1 1799/20
1800/3 1800/20 1800/23 1800/24 1803/2
1803/15 1805/6 1806/8 1809/19 1809/20
1809/21 1810/13 1815/13
RESOLVED [1]  1771/19
RESOURCES [1]  1767/18
RESPECT [4]  1772/16 1829/20 1834/1
1834/16
RESPOND [2]  1756/5 1765/25
RESPONDED [2]  1865/16 1865/19
RESPONDING [1]  1754/25
RESPONSE [5]  1756/5 1765/13 1765/16
1766/15 1828/24
RESPONSIBILITY [1]  1737/9
RESTORATION [5]  1732/14 1732/15
1733/12 1767/3 1769/8
RESTORE [6]  1767/3 1767/13 1768/21
1769/10 1826/17 1834/5
RESTORED [1]  1767/5
RESTORING [1]  1729/22
RESTRICTED [1]  1838/11
RESULT [7]  1743/7 1789/24 1800/3
1824/6 1853/3 1855/12 1859/22
RESULTED [1]  1732/6
RESULTING [1]  1855/14
RESULTS [15]  1738/2 1739/13 1739/16
1790/2 1792/11 1823/12 1827/17
1828/22 1829/5 1829/7 1832/1 1833/3
1848/13 1854/13 1857/16
RETAINED [3]  1735/23 1736/23 1737/2
RETURN [1]  1820/19
RETURNED [1]  1839/10
REVEALED [1]  1789/16
REVEGETATION [1]  1827/2
REVIEW [2]  1732/9 1766/8
REVIEWED [2]  1734/25 1753/18
REVIEWERS [2]  1758/15 1766/11
REVIEWING [1]  1748/3
RHETORIC [1]  1773/12
RHETORICAL [1]  1768/14
RICHARD [1]  1725/16
RIDE [1]  1852/6
RIDGE [1]  1763/15
RIDING [2]  1730/10 1807/4
RIGHT [193]
RIGHT-HAND [1]  1744/7
RIGHT-OF-WAY [2]  1770/7 1804/8
RIJKSWATERSTAAT [1]  1776/2
RIPRAP [1]  1760/11
RISE [8]  1727/3 1773/18 1773/20
1810/19 1830/23 1830/25 1843/6
1867/21

Case 2:05-cv-04182-SRD-JCW   Document 18693-13   Filed 05/22/09   Page 170 of 177

R

RISEN [1] 1789/21
RISK [1] 1747/23
RISKS [2] 1747/20 1759/3
RIVER [5] 1731/7 1760/3 1760/7
1836/18 1839/5
RIVERS [1] 1728/8
ROAD [7] 1743/21 1755/19 1756/20
1836/7 1837/14 1839/2 1845/9
ROB [1] 1786/10
ROBERT [1] 1725/6
ROBIN [3] 1725/15 1865/2 1865/15
ROBINSON [7] 1723/5 1735/18 1736/23
1737/3 1737/8 1746/22 1827/5
ROBINSON'S [2] 1737/12 1860/14
ROBINSON/MRGO [1] 1735/18
ROBINSONS [7] 1779/23 1841/23
1842/6 1845/14 1851/20 1861/7 1861/9
ROBINSONS' [1] 1852/16
ROCK [1] 1769/21
ROCKS [3] 1759/20 1760/10 1760/2
ROLE [2] 1733/2 1746/24
ROLLING [2] 1787/5 1795/2
ROOM [1] 1725/20
ROUGE [3] 1724/14 1724/21 1729/10
ROUGH [1] 1851/21
ROUGHLY [1] 1844/19
ROUTINELY [1] 1819/7
ROY [10] 1724/5 1724/6 1739/24 1792/2
1800/12 1805/21 1825/6 1828/18
1828/24 1863/18
RULING [1] 1866/2
RUN [8] 1737/5 1739/16 1781/21
1786/23 1796/10 1808/14 1809/13
1832/12
RUNNING [3] 1781/22 1781/23 1804/5
RUNS [6] 1737/10 1781/21 1790/8
1798/13 1801/21 1809/3
RUPERT [1] 1725/14
RUSH [2] 1747/18 1753/6
RÉSUMÉ [2] 1731/1 1734/4

S

S.W [1] 1724/17
SAFETY [3] 1733/1 1733/2 1733/16
SAID [19] 1735/1 1736/18 1756/17
1774/5 1788/11 1792/18 1792/21 1800/6
1806/19 1819/4 1828/11 1831/7 1834/20
1841/17 1842/20 1845/2 1860/10
1864/20 1865/3
SALINITY [5] 1746/16 1763/14 1765/9
1825/11 1825/16
SALT [1] 1764/8
SALTWATER [3] 1763/6 1763/9 1826/7
SAME [32] 1737/25 1739/9 1743/7
1750/2 1751/8 1753/19 1764/12 1770/24
1774/23 1785/6 1788/15 1792/13
1795/14 1796/1 1796/18 1803/18 1812/7
1819/16 1821/1 1821/7 1824/5 1824/6
1834/6 1834/7 1838/8 1843/5 1845/20
1858/7 1858/14 1858/24 1858/24
1859/22
SANDBAR [4] 1813/6 1813/8 1813/19
1819/15
SARAH [1] 1725/16
SATELLITE [1] 1817/12
SATISFACTION [1] 1778/5
SAVE [1] 1771/13
SAW [14] 1740/12 1748/6 1748/11
1784/23 1788/7 1789/13 1789/15
1795/13 1806/19 1826/18 1843/8
1843/11 1848/19 1854/19

SAWYER'S [1] 1739/5
SAY [30] 1728/11 1730/23 1731/14
1737/4 1737/24 1747/23 1749/20
1749/24 1752/3 1753/11 1756/9 1757/17
1760/10 1766/4 1771/4 1778/18 1784/24
1785/23 1787/17 1793/18 1794/11
1802/16 1806/12 1808/8 1808/19
1809/20 1810/13 1810/24 1810/25
1814/5 1815/3 1819/17 1822/11 1827/15
1831/21 1841/3 1841/19 1844/21 1847/1
1848/1 1848/24 1848/25 1849/5 1850/4
1850/9 1853/7 1858/17
SAYING [12] 1760/19 1763/1 1787/14
1794/1 1794/2 1794/10 1794/20 1802/17
1830/1 1839/22 1850/17 1851/2
SAYS [14] 1755/14 1763/23 1764/22
1765/4 1768/16 1770/6 1770/24 1790/14
1797/5 1822/9 1858/11 1858/16 1859/10
1859/11
SCALE [5] 1776/8 1776/11 1789/14
1812/6 1812/6
SCALED [1] 1818/22
SCALING [1] 1811/10
SCENARIO [42] 1774/25 1789/10
1790/8 1828/9 1833/13 1833/15 1833/22
1834/11 1834/12 1834/18 1839/3
1839/12 1839/13 1839/16 1839/21
1840/4 1840/9 1840/17 1840/20 1841/9
1841/25 1846/24 1847/6 1847/12
1847/14 1848/20 1848/20 1848/21
1849/2 1849/10 1850/4 1850/25 1851/11
1851/13 1853/9 1853/14 1855/3 1858/7
1858/14 1859/22 1861/6 1862/25
SCENARIO 3 [1] 1841/9
SCENARIOS [8] 1828/7 1830/12
1831/20 1832/10 1832/12 1832/12
1834/24 1835/24
SCHEMATICALLY [1] 1745/17
SCHEME [2] 1832/11 1832/16
SCHOOL [3] 1729/8 1729/13 1729/14
SCIENCE [5] 1730/15 1752/9 1780/24
1819/7 1855/21
SCIENCES [4] 1727/23 1728/14 1730/14
1735/9
SCIENTIFIC [9] 1756/13 1756/17 1757/1
1757/16 1780/23 1816/17 1834/19
1842/11 1862/7
SCIENTIFICALLY [7] 1753/4 1777/2
1779/2 1785/9 1821/9 1822/6 1848/7
SCIENTIST [6] 1729/17 1729/20
1729/25 1738/3 1751/11 1757/6
SCIENTISTS [3] 1730/5 1730/7 1776/4
SCOPE [2] 1828/23 1829/9
SCOTT [1] 1723/19
SCOUR [1] 1732/5
SCREEN [2] 1736/6 1846/22
SCRIBE [1] 1734/9
SCURRIED [1] 1864/2
SEA [5] 1747/6 1747/8 1809/2 1861/14
1861/16
SEARCHED [1] 1865/17
SEAS [3] 1793/1 1793/24 1808/3
SEASHORE [2] 1843/1 1843/4
SEATED [3] 1727/4 1773/21 1831/1
SECOND [25] 1744/17 1744/19 1747/16
1750/11 1763/7 1765/1 1766/16 1769/5
1789/12 1792/19 1794/13 1795/3
1811/11 1825/6 1837/1 1837/15 1839/3
1839/4 1839/11 1844/1 1846/15 1853/8
1854/7 1854/12 1854/16
SECONDARY [1] 1791/14
SECONDS [6] 1792/23 1793/16 1793/19
1793/23 1803/11 1808/4

SECTION [11] 1744/8 1744/23 1745/21
1759/21 1788/3 1788/8 1828/17 1831/10
1836/15 1837/25 1839/2 1839/2
SECTIONS [1] 1821/24
SEDIMENT [2] 1732/2 1732/5
SEDIMENTATION [1] 1732/7
SEDIMENTOLOGY [3] 1727/24 1730/24
1735/10
SEE [61] 1733/20 1743/20 1745/20
1749/13 1749/15 1750/6 1750/16
1752/10 1766/7 1770/24 1782/17
1784/10 1785/12 1787/14 1787/22 1788/2
1789/12 1791/10 1791/11 1793/23
1796/15 1796/23 1797/4 1797/14
1797/16 1797/24 1798/20 1801/14
1806/19 1807/10 1807/15 1807/19
1807/25 1809/1 1812/4 1812/4 1812/5
1812/17 1812/21 1812/24 1813/5
1815/24 1815/25 1816/1 1817/13
1819/21 1819/23 1825/2 1828/19 1829/2
1834/15 1836/10 1836/12 1836/18
1836/25 1837/5 1837/13 1839/3 1845/2
1845/23 1846/13
SEEING [13] 1730/3 1731/12 1734/1
1736/6 1749/8 1803/3 1803/8 1803/11
1804/16 1807/6 1808/2 1810/8 1852/8
SEEKING [2] 1739/12 1865/5
SEEM [4] 1766/15 1780/20 1791/12
1854/14
SEEMED [1] 1739/16
SEEN [4] 1773/6 1805/15 1854/20
1855/15
SEGMENT [1] 1849/7
SEND [1] 1765/17
SENSE [3] 1798/23 1850/8 1866/17
SENSITIVE [3] 1837/18 1838/11
1838/21
SENSITIVITY [2] 1827/15 1847/20
SENTENCE [9] 1761/23 1761/24 1763/6
1763/7 1763/20 1763/23 1763/25
1764/18 1765/1
SEPARATE [2] 1743/12 1750/21
SEPARATED [2] 1746/5 1811/13
SEPTEMBER [4] 1738/12 1741/9 1865/1
1865/25
SEPTEMBER 2 [1] 1738/12
SEPTEMBER 23 [1] 1865/1
SEQUENCE [2] 1739/18 1746/10
1747/13 1823/21
SEQUENCES [1] 1737/6
SEQUENCING [1] 1739/13
SERIES [3] 1767/24 1796/15 1848/14
SERIOUS [1] 1748/11
SERVE [1] 1733/15
SERVICE [3] 1733/3 1733/8 1777/14
SESSION [5] 1723/10 1727/1 1727/4
1773/21 1831/1
SET [2] 1751/4 1778/2
SETTING [1] 1752/7
SETTLES [1] 1756/21
SEVEN [2] 1772/9 1864/8
SEVERE [2] 1826/7 1855/2
SHADES [1] 1812/5
SHALL [2] 1734/11 1778/18
SHALLOW [2] 1807/14 1810/16
SHE [1] 1864/11
SHEENA [1] 1743/9
SHEET [2] 1821/23 1864/13
SHEET-PILE [1] 1821/23
SHERMAN [5] 1723/22 1864/3 1864/8
1865/8 1865/23
SHERWOOD [1] 1755/17
SHIFT [2] 1786/20 1787/1

Case 2:05-cv-04182-SRD-JCW   Document 17683   Filed 05/22/09   Page 171 of 177

SHIFTING [1] 1809/1
SHIP [1] 1743/22
SHORE [12] 1758/5 1776/14 1806/21
1807/5 1807/16 1813/10 1813/11
1816/22 1819/20 1831/7 1831/9 1831/11
SHORELINE [1] 1764/3
SHORELINES [2] 1760/5 1826/12
SHORT [4] 1736/13 1774/2 1795/6
1820/2
SHORT-PERIOD [1] 1820/2
SHORTER [2] 1793/22 1793/9
SHORTLY [1] 1863/4
SHOT [1] 1830/17
SHOULD [24] 1737/3 1749/24 1764/19
1764/20 1766/14 1782/8 1792/18 1793/6
1794/11 1807/19 1815/3 1826/11
1826/16 1826/23 1827/15 1829/16
1829/16 1845/6 1848/1 1855/15 1855/25
1856/7 1856/8 1865/10
SHOULDER [1] 1800/7
SHOVED [1] 1846/4
SHOW [12] 1745/10 1795/19 1811/8
1812/12 1814/23 1820/14 1823/12
1835/5 1836/5 1854/12 1854/12 1854/15
SHOWED [7] 1778/5 1782/19 1782/23
1787/7 1790/6 1845/21 1855/10
SHOWING [9] 1782/19 1804/5 1815/5
1816/14 1817/17 1821/3 1828/12
1836/15 1853/13
SHOWN [10] 1745/15 1745/17 1749/18
1780/3 1781/11 1808/7 1814/19 1816/13
1848/15 1862/2
SHOWS [20] 1744/1 1750/6 1754/10
1780/4 1782/21 1785/3 1785/24 1789/19
1803/3 1807/24 1814/24 1818/2 1818/24
1823/25 1824/5 1831/18 1845/4 1854/14
1854/16 1859/14
SHRUBS [1] 1826/20
SIDE [34] 1746/3 1746/5 1749/17
1759/17 1759/22 1762/15 1762/15
1764/2 1769/17 1769/23 1789/2 1790/12
1790/13 1790/20 1790/21 1791/18
1791/18 1796/22 1797/16 1797/20
1797/25 1798/17 1799/9 1799/25 1816/1
1817/17 1821/15 1821/20 1822/13
1822/16 1823/20 1838/6 1846/14 1855/5
SIDES [2] 1769/21 1826/22
SIGNIFICANCE [3] 1788/20 1788/21
1821/14
SIGNIFICANT [18] 1744/12 1759/3
1778/8 1779/12 1794/4 1803/5 1810/5
1815/14 1820/3 1821/17 1821/22
1824/24 1840/22 1840/23 1844/9
1856/13 1856/18 1857/4
SIGNIFICANTLY [12] 1754/18 1759/10
1778/6 1779/6 1779/9 1779/15 1827/4
1829/13 1837/17 1841/5 1845/13
1852/14
SIMILAR [12] 1733/20 1754/9 1762/18
1763/17 1806/20 1807/14 1807/15
1807/18 1807/19 1810/8 1813/2 1813/5
SIMPLE [4] 1753/13 1814/24 1817/11
1819/3
SIMPLISTIC [2] 1797/7 1798/6
SIMPLY [5] 1818/13 1818/22 1818/24
1850/1 1857/20
SIMS [1] 1724/3
SIMULATE [3] 1774/25 1780/9 1834/4
SIMULATED [2] 1736/6 1827/13
SIMULATION [5] 1775/10 1777/13
1780/17 1781/13 1855/7

SIMULATIONS [1] 1843/9
SIMULTANEOUS [1] 1778/23
SIMULTANEOUS [1] 1737/17
SINCE [23] 1729/6 1729/15 1736/23
1741/16 1745/18 1754/10 1769/19
1770/4 1770/22 1777/7 1778/7 1786/24
1807/13 1816/22 1829/21 1835/9
1844/11 1846/8 1847/18 1850/5 1852/13
1856/25 1857/19
SINGLE [1] 1762/20
SINKING [1] 1831/4
SIR [35] 1727/9 1729/11 1740/1 1741/23
1742/19 1746/23 1761/19 1762/12
1770/2 1772/11 1772/21 1773/23 1774/3
1785/14 1799/19 1799/21 1800/15
1804/1 1805/10 1816/3 1818/15 1825/5
1828/9 1829/24 1831/2 1833/20 1842/1
1844/1 1846/18 1852/7 1855/23 1857/14
1863/19 1863/21 1863/22
SITE [1] 1860/8
SITS [2] 1775/21 1854/17
SITUATION [10] 1731/24 1750/11
1762/18 1823/9 1833/15 1837/6 1839/3
1840/5 1846/24 1859/14
SIX [2] 1733/2 1772/9
SIX-HOUR [1] 1733/2
SIXTH [1] 1747/14
SIZE [10] 1796/1 1797/21 1801/2
1804/13 1815/4 1839/17 1841/4 1841/5
1845/1 1845/1
SIZES [1] 1745/10
SKIP [1] 1815/17
SL15 [1] 1854/21
SLIDE [7] 1801/4 1801/4 1802/7 1803/22
1804/4 1816/14 1831/17
SLOPES [1] 1746/3
SLOPING [2] 1801/25 1842/25
SLOW [1] 1750/25
SLOW-MOVING [1] 1750/25
SLOWER [2] 1803/25 1849/5
SMALL [5] 1807/3 1821/21 1853/18
1854/13 1862/22
SMALLER [7] 1776/11 1796/24 1797/1
1798/20 1800/10 1800/12 1800/16
SMALLEST [2] 1797/20 1797/21
SMITH [5] 1725/15 1865/2 1865/2
1865/22 1867/6
SMITH'S [2] 1800/7 1859/4
SMOOTH [1] 1798/23
SO [178]
SO-CALLED [2] 1733/23 1741/10
SO8 [5] 1739/19 1739/21 1740/4
1777/17 1777/19
SOBEK [14] 1776/17 1776/22 1823/24
1827/19 1823/21 1828/14 1828/21
1829/2 1829/19 1830/1 1831/19 1831/25
1832/6 1857/16
SOCIETY [1] 1729/6
SOJA [1] 1725/16
SOLE [1] 1827/12
SOLELY [1] 1822/19
SOLID [1] 1728/12
SOLUTION [1] 1819/11
SOLVE [1] 1777/10
SOLVING [1] 1765/2
SOME [46] 1728/4 1730/5 1730/25
1732/18 1735/1 1737/9 1738/8 1744/1
1749/8 1749/16 1755/7 1755/9 1755/23
1758/20 1760/15 1765/10 1767/9 1767/9
1770/12 1774/24 1784/13 1796/16
1807/17 1815/25 1821/23 1822/23
1823/10 1828/8 1836/15 1837/10
1837/13 1840/6 1840/14 1847/24

1847/25 1848/3 1848/4 1850/10 1850/12
1859/22 1859/22 1861/4 1861/9 1861/9/21
1862/13 1863/15 1864/7
SOMEHOW [2] 1741/3 1863/2
SOMEONE [2] 1865/7 1867/14
SOMEPLACE [1] 1834/3
SOMETHING [20] 1736/3 1756/15
1756/19 1758/8 1760/9 1771/7 1793/24
1802/4 1805/21 1806/20 1819/15
1819/18 1822/11 1823/3 1830/2 1841/1
1846/10 1861/20 1862/12 1863/7
SOMEWHAT [1] 1789/14
SOON [3] 1735/20 1736/8 1810/18
SORRY [12] 1738/21 1786/16 1787/10
1793/6 1797/15 1800/14 1807/22
1828/20 1846/22 1849/4 1857/14 1858/8
SORT [2] 1780/4 1864/2
SORTS [1] 1730/18
SOUGHT [2] 1735/22 1747/25
SOUILEAU [8] 1761/12 1762/2 1762/14
1763/7 1764/12 1764/14 1764/15
1764/17
SOUND [2] 1762/20 1780/24
SOUNDS [1] 1832/4
SOURCE [4] 1766/20 1846/3 1847/19
1849/18
SOURCES [1] 1762/7
SOUTH [9] 1723/16 1738/13 1762/5
1782/15 1806/21 1807/5 1807/16
1820/16 1821/15
SOUTH-SIDE [1] 1821/15
SOUTHERN [5] 1738/14 1792/24 1803/8
1823/3 1813/3
SOUTHWESTERN [1] 1803/9
SPARTINA [3] 1763/21 1763/24 1764/1
SPEAKING [2] 1814/11 1820/7
SPECIAL [1] 1781/14
SPECIFIC [4] 1737/3 1780/2 1817/22
1867/15
SPECIFICALLY [6] 1729/24 1732/18
1736/11 1769/19 1798/15 1800/25
SPECIFY [1] 1840/13
SPECTRAL [1] 1796/10
SPECULATING [2] 1757/4 1757/5
SPECULATION [1] 1851/25
SPEED [2] 1751/5 1817/1
SPEEDS [1] 1855/8
SPELL [1] 1727/17
SPELLING [1] 1727/14
SPEND [1] 1730/1
SPENT [3] 1730/9 1732/13 1735/25
SPIGOT [1] 1843/22
SPOIL [2] 1742/5 1826/15
SPOIL ON [1] 1826/15
SPONSOR [2] 1771/19 1771/21
SPOT [2] 1830/16 1837/8
SPRING [2] 1813/23 1815/8
SPRINGS [1] 1724/17
SQUALL [1] 1793/22
SQUARE [4] 1802/8 1802/10 1804/13
1844/19
SR [1] 1725/16
ST [1] 1858/25
ST. [13] 1738/19 1747/5 1747/5 1760/2
1783/9 1820/4 1823/18 1824/14 1853/2
1853/6 1853/10 1854/25 1857/7
ST. BERNARD [12] 1738/19 1747/5
1747/5 1783/9 1820/4 1823/18 1824/14
1853/2 1853/6 1853/10 1854/25 1857/7
ST. FRANCISVILLE [1] 1760/2
STABILIZATION [4] 1764/2 1768/1
1768/12 1769/20
STABILIZE [5] 1768/13 1768/17 1769/6

Case 2:05-cv-04182-SRD-JCW    Document 13032-3    Filed 05/12/08    Page 172 of 177

STABILIZE... [2] 1770/25 1772/1
STABILIZED [1] 1770/15
STAFF [1] 1765/18
STAGE [3] 1752/7 1754/5 1838/4
STAGGERING [1] 1758/11
STAND [1] 1795/15
STANDARD [4] 1733/11 1734/3 1803/7 1819/25
STANDING [4] 1768/1 1771/6 1800/7 1861/12
STANDPOINT [10] 1751/16 1764/7 1819/16 1834/8 1834/10 1835/10 1845/7 1855/14 1857/21 1866/21
STANDS [1] 1740/4
STANWOOD [1] 1723/11
START [6] 1768/15 1776/24 1787/17 1796/17 1810/17 1811/14
STARTED [4] 1732/16 1767/2 1775/13 1829/12
STARTING [6] 1761/22 1763/6 1763/21 1787/23 1834/10 1838/23
STARTS [1] 1796/7
STARTUP [1] 1805/2
STATE [11] 1727/13 1732/16 1734/6 1749/12 1766/17 1766/21 1766/22 1766/24 1767/8 1767/14 1767/17
STATED [2] 1730/5 1788/2
STATEMENT [9] 1755/2 1755/5 1755/16 1755/24 1756/4 1756/14 1829/19 1855/17 1855/18
STATES [9] 1723/1 1723/7 1723/11 1727/10 1730/6 1767/10 1773/3 1864/15 1868/3
STATION [1] 1725/17
STATISTICALLY [1] 1757/10
STAY [1] 1836/17
STAYED [2] 1730/18 1841/25
STEADY [1] 1818/3
STEEPLY [1] 1801/25
STENOGRAPHY [1] 1725/24
STEP [2] 1797/22 1863/22
STEPS [3] 1795/20 1798/10 1799/17
STEVE [3] 1743/8 1786/16 1824/3
STEVENS [3] 1724/22 1724/23 1828/11
STIFF [1] 1813/13
STILL [12] 1735/21 1738/22 1749/11 1770/19 1787/1 1814/12 1815/5 1816/14 1850/10 1860/5 1860/9 1860/11
STONE [1] 1725/16
STOP [4] 1743/4 1759/13 1766/23 1778/24
STOPS [1] 1778/23
STORAGE [1] 1823/11
STORM [14] 1736/4 1746/10 1747/23 1750/25 1751/4 1751/7 1753/3 1757/10 1780/14 1823/12 1855/2 1855/4 1855/8
STORMS [4] 1751/3 1756/23 1757/11 1854/24
STORY [1] 1738/21
STRAIGHT [2] 1829/11 1845/3
STRAIGHTEN [1] 1864/1
STRANGER [1] 1733/22
STREET [13] 1723/16 1723/19 1723/23 1724/6 1724/10 1724/13 1724/20 1725/4 1725/7 1725/20 1847/24 1851/15 1858/22
STRESS [1] 1813/14
STRESSES [2] 1777/15 1777/15
STRICTLY [3] 1822/17 1851/17 1852/20
STRONG [3] 1767/9 1767/10 1825/3

STRUCK [1] 1745/13
STRUCTURAL [3] 1733/3 1737/20 1835/21
STRUCTURE [4] 1730/19 1754/8 1754/11 1826/22 1826/23
STRUCTURES [16] 1744/16 1746/9 1753/4 1760/16 1760/18 1760/20 1760/23 1761/3 1765/8 1775/4 1778/21 1822/18 1827/10 1827/12 1834/9 1834/17
STUDENT [1] 1729/16
STUDENTS [1] 1819/25
STUDIED [2] 1759/14 1802/5
STUDIES [4] 1727/23 1728/14 1734/25 1735/9
STUDY [15] 1728/11 1731/15 1731/22 1733/16 1736/9 1748/14 1748/17 1748/18 1748/23 1748/24 1749/4 1752/22 1753/4 1764/3 1794/6
STUFF [2] 1802/25 1819/20
STWAVE [5] 1799/11 1803/7 1803/17 1804/20 1807/24
SUBJECT [1] 1833/6
SUBPARAGRAPH [1] 1771/8
SUBROGATED [1] 1725/2
SUBSEQUENT [1] 1753/18
SUBSTANCE [2] 1745/15 1841/8
SUBSTANTIAL [4] 1743/4 1746/21 1810/24 1861/25
SUBSTANTIALLY [2] 1754/18 1857/11
SUBTLE [1] 1769/7
SUBTRACT [1] 1859/12
SUBTRACTION [1] 1742/7
SUCH [6] 1747/25 1786/20 1819/18 1835/11 1844/7 1863/10
SUCK [1] 1814/16
SUDDENLY [1] 1819/20
SUFFER [5] 1857/11 1857/25 1859/7 1860/1 1860/16
SUFFERED [3] 1858/2 1859/8 1860/4
SUFFICIENT [2] 1791/20 1791/20
SUGGESTED [1] 1767/2
SUGGESTIONS [1] 1755/1
SUITE [5] 1723/16 1724/3 1724/6 1724/10 1725/7
SUM [1] 1745/15
SUMMARIZE [1] 1863/25
SUPERSEDED [1] 1741/13
SUPPOSED [1] 1756/9
SURE [19] 1740/6 1751/12 1760/13 1764/23 1774/2 1774/4 1815/24 1824/17 1825/7 1827/17 1830/17 1852/8 1864/21 1865/16 1866/5 1866/6 1866/18 1866/20 1866/22
SURFACE [8] 1777/10 1777/16 1796/1 1796/7 1796/9 1796/9 1809/25 1809/25
SURGE [136] 1732/23 1733/2 1735/8 1735/8 1736/10 1739/2 1739/13 1739/15 1739/21 1742/8 1744/24 1745/1 1746/7 1746/17 1747/13 1747/18 1747/23 1748/8 1749/14 1750/5 1750/7 1750/17 1751/9 1751/18 1751/21 1751/22 1752/6 1753/6 1763/12 1763/16 1765/6 1775/4 1776/8 1776/11 1777/13 1777/25 1778/9 1778/15 1779/9 1779/20 1781/1 1781/1 1781/9 1781/23 1782/6 1782/8 1782/11 1782/19 1782/19 1783/2 1783/7 1784/2 1784/14 1784/19 1784/21 1785/5 1785/12 1785/20 1785/23 1786/12 1786/14 1786/20 1786/23 1786/12 1787/4 1787/5 1787/10 1787/15 1787/21 1787/25 1788/14 1788/23 1789/7 1790/15 1790/25 1791/3 1791/7 1791/9 1791/14 1791/15 1791/18 1796/7 1801/20 1813/1 1815/5 1816/13 1822/17

1822/19 1822/22 1822/23 1823/2 1823/21 1824/6 1824/8 1824/14 1825/21 1825/23 1826/18 1826/19 1827/9 1828/3 1832/17 1836/9 1836/11 1836/17 1838/9 1838/11 1838/12 1840/6 1840/10 1840/14 1841/24 1841/25 1843/1 1843/5 1843/15 1843/17 1843/19 1843/23 1843/24 1845/8 1846/4 1847/11 1852/15 1852/23 1854/8 1854/12 1854/16 1854/20 1856/2 1858/2 1860/3 1862/13
SURGE-INDUCED [1] 1775/4
SURGE-RUSH [1] 1753/6
SURVEY [1] 1818/20
SURVEYOR'S [1] 1745/9
SURVEYORS [1] 1739/10
SUSTAINED [2] 1856/14 1856/19
SWAMPS [3] 1746/14 1825/11 1825/22
SWAN [16] 1776/13 1776/22 1792/9 1800/24 1801/24 1803/7 1803/17 1805/5 1805/6 1806/8 1809/16 1809/24 1811/6 1812/12 1814/23 1815/13
SWELL [2] 1792/22 1792/22
SWIMMING [1] 1831/5
SWORN [1] 1727/11
SYNCHRONOUS [1] 1787/24
SYNOPSIZED [1] 1774/8
SYSTEM [13] 1749/11 1751/17 1751/25 1777/9 1781/24 1781/25 1808/18 1817/15 1818/5 1825/18 1834/2 1837/7 1843/19
SYSTEMATICALLY [1] 1739/4
SYSTEMS [3] 1729/12 1732/20 1733/9

TABLE [7] 1797/1 1797/3 1829/2 1829/6 1831/17 1848/5 1848/11
TABLET [2] 1796/22 1800/8
TAHEERAH [1] 1725/11
TAILORED [1] 1863/13
TAKE [19] 1737/9 1755/23 1758/3 1766/18 1772/8 1773/17 1775/22 1796/17 1796/18 1796/23 1798/19 1809/3 1817/23 1830/20 1834/5 1843/11 1851/18 1856/9 1864/16
TAKEN [4] 1785/24 1789/5 1789/9 1848/19
TAKES [6] 1783/14 1793/17 1798/9 1819/2 1834/12 1844/23
TAKING [1] 1777/14
TALE [3] 1820/10 1820/14 1828/15
TALK [17] 1730/25 1731/2 1732/18 1744/5 1744/12 1762/23 1779/15 1790/23 1791/4 1791/25 1817/4 1819/15 1821/6 1832/13 1833/13 1836/8 1866/17
TALKED [8] 1741/11 1759/5 1772/14 1772/15 1799/10 1809/19 1822/11 1864/25
TALKING [22] 1730/19 1731/8 1756/14 1793/16 1793/19 1800/10 1804/10 1805/14 1805/22 1808/11 1813/11 1821/2 1823/3 1825/15 1840/9 1849/20 1849/22 1850/20 1858/15 1867/7 1867/12 1867/13
TANNISH [1] 1812/23
TANYA [1] 1859/4
TASK [1] 1863/24
TEAM [26] 1733/4 1734/6 1734/13 1734/13 1735/19 1735/20 1736/23 1737/2 1739/4 1739/10 1739/12 1747/3 1780/1 1780/16 1792/9 1794/11 1794/11 1816/18 1817/10 1822/5 1826/2 1827/18 1828/10 1829/13 1830/12 1854/7

# T

TEAM'S [2] 1788/4 1827/7
TEAMS [1] 1795/20
TECHNICAL [1] 1732/13
TECHNIQUES [5] 1730/3 1748/8 1775/1 1775/10 1834/22
TECHNOLOGY [4] 1775/19 1775/24 1776/1 1798/1
TELEVISION [1] 1782/19
TELL [19] 1740/3 1743/9 1744/18 1746/19 1753/8 1774/21 1781/5 1781/20 1789/25 1791/2 1791/17 1797/19 1803/15 1805/6 1818/1 1820/6 1831/3 1833/23 1850/3
TELLING [3] 1753/22 1786/18 1806/16
TELLS [1] 1828/14
TEMPLATE [2] 1745/12 1829/16
TEN [2] 1788/12 1830/21
TENDER [1] 1863/16
TENDERED [2] 1735/13 1854/24
TENSION [1] 1791/19
TENTH [3] 1797/23 1801/3 1802/12
TENTHS [1] 1802/17
TERM [3] 1770/16 1771/9 1794/3
TERMS [11] 1729/19 1745/22 1747/20 1759/6 1778/15 1798/6 1803/10 1810/8 1824/1 1836/6 1844/17
TERRAIN [1] 1728/17
TEST [4] 1775/2 1777/22 1804/21 1834/25
TESTED [5] 1749/12 1749/13 1749/19 1776/20 1816/19
TESTIFIED [4] 1727/12 1760/13 1772/13 1825/24
TESTIFY [2] 1792/14 1823/16
TESTIFYING [1] 1773/10
TESTIMONY [8] 1741/20 1790/6 1805/13 1829/12 1841/4 1853/22 1862/5 1866/9
TESTING [13] 1750/3 1779/2 1784/1 1784/1 1789/16 1790/1 1793/4 1806/17 1815/13 1827/18 1829/17 1831/18 1848/7
TESTING/MODELING [1] 1790/1
TESTS [4] 1749/9 1806/8 1827/15 1834/13
TEXAS [1] 1724/4
THAN [35] 1731/12 1732/7 1745/19 1751/2 1764/24 1778/25 1782/8 1784/22 1784/23 1789/23 1793/3 1795/2 1795/20 1797/10 1798/7 1798/9 1799/20 1800/16 1803/4 1809/25 1818/22 1833/4 1838/12 1842/7 1843/4 1843/20 1845/15 1850/19 1853/21 1855/9 1855/16 1855/24 1856/8 1861/2 1861/12
THANK [21] 1734/18 1735/12 1735/14 1735/15 1757/2 1759/20 1766/9 1770/2 1772/7 1773/24 1816/9 1825/5 1844/2 1854/5 1855/11 1857/13 1863/16 1863/18 1866/3 1866/4 1867/19
THANKS [1] 1865/13
THAT [700]
THAT'S [267]
THEIR [30] 1731/11 1746/16 1751/1 1752/22 1769/11 1775/19 1785/24 1786/17 1786/19 1788/21 1788/22 1797/3 1799/16 1799/24 1799/25 1802/12 1803/1 1807/24 1809/25 1816/22 1824/19 1825/11 1834/21 1834/23 1860/1 1860/8 1860/16 1860/23 1861/10 1862/1
THEM [44] 1730/8 1730/9 1730/10

1731/1 1731/12 1731/13 1738/9 1740/20 1747/10 1747/11 1748/9 1751/10 1753/19 1753/22 1754/23 1755/13 1757/19 1759/8 1767/11 1775/24 1777/3 1782/2 1782/3 1788/25 1790/4 1790/19 1795/12 1797/5 1805/4 1805/4 1814/21 1819/9 1829/15 1831/20 1831/21 1831/21 1834/11 1848/23 1865/18 1866/21 1867/7 1867/12 1867/13 1867/14
THEME [2] 1833/6 1833/9
THEMSELVES [1] 1730/7
THEN [110] 1730/2 1732/3 1734/2 1739/10 1739/17 1741/20 1743/18 1743/22 1743/25 1745/11 1745/12 1745/17 1749/19 1749/23 1750/13 1750/19 1751/19 1754/17 1756/20 1757/21 1759/21 1760/4 1763/16 1765/17 1765/24 1766/6 1767/5 1769/10 1769/23 1775/6 1775/13 1775/24 1776/10 1776/13 1776/16 1776/17 1776/25 1777/15 1778/14 1778/25 1781/13 1782/5 1783/18 1786/13 1787/17 1795/11 1795/18 1796/10 1796/20 1797/2 1797/3 1797/17 1797/22 1798/21 1799/15 1801/18 1801/21 1802/1 1807/9 1808/13 1809/10 1810/15 1810/18 1812/5 1812/9 1812/23 1812/24 1813/9 1813/22 1813/25 1814/14 1814/19 1815/5 1815/8 1816/12 1817/15 1817/20 1818/25 1819/21 1820/17 1824/14 1828/4 1828/5 1832/18 1832/19 1832/21 1835/5 1836/7 1836/8 1836/12 1836/19 1839/8 1839/18 1845/1 1845/10 1846/20 1847/14 1848/15 1848/18 1848/23 1849/2 1849/4 1849/25 1850/18 1851/17 1851/19 1853/10 1857/1 1858/11 1861/7
THEORETICAL [1] 1834/21
THEORIES [1] 1777/22
THEORY [6] 1788/21 1788/22 1790/11 1790/14 1822/18 1822/21
THERE [139] 1729/12 1730/4 1731/9 1733/17 1738/7 1738/22 1739/6 1739/8 1741/9 1741/12 1742/11 1742/17 1742/22 1743/2 1744/8 1747/8 1748/22 1749/15 1749/16 1749/17 1749/19 1750/16 1750/18 1750/24 1750/25 1751/24 1752/15 1754/22 1755/7 1757/13 1757/21 1759/21 1761/18 1762/25 1763/14 1764/6 1766/8 1769/13 1769/21 1772/20 1772/22 1773/4 1774/11 1775/18 1776/4 1778/21 1781/10 1786/16 1788/6 1790/13 1791/1 1791/2 1791/8 1791/11 1791/19 1791/22 1792/5 1794/12 1798/5 1798/20 1799/12 1801/10 1801/22 1804/1 1804/4 1804/14 1805/13 1806/13 1806/14 1806/18 1808/7 1808/12 1810/10 1810/17 1812/14 1816/4 1816/5 1818/4 1818/6 1818/11 1819/18 1819/24 1821/2 1821/3 1821/10 1821/12 1821/14 1821/16 1821/17 1821/20 1821/24 1822/24 1823/5 1824/4 1825/3 1825/15 1829/3 1830/6 1831/5 1831/25 1832/6 1836/17 1837/25 1840/6 1840/10 1841/4 1841/5 1841/8 1841/14 1841/19 1843/9 1844/5 1844/18 1845/13 1847/22 1847/24 1848/2 1848/13 1849/24 1850/1 1850/4 1850/5 1850/5 1850/10 1850/11 1853/7 1853/9 1853/13 1853/15 1854/7 1854/17 1858/11 1859/16 1862/13 1862/16 1862/22 1864/6 1864/14 1866/19

THERE'S [20] 1743/17 1747/15 1766/5 1768/3 1790/25 1794/2 1809/21 1810/17 1813/6 1813/13 1814/6 1822/17 1828/18 1835/1 1841/18 1849/21 1858/15
THEREAFTER [1] 1856/3
THEREBY [2] 1746/6 1746/17
THEREFORE [2] 1810/1 1867/8
THESE [58] 1733/19 1735/2 1740/16 1743/15 1743/23 1746/9 1749/3 1750/5 1750/13 1750/21 1751/20 1753/22 1755/11 1755/20 1761/10 1764/14 1765/19 1765/23 1765/25 1771/25 1772/24 1776/20 1780/8 1780/13 1783/17 1784/19 1784/19 1789/9 1795/4 1798/21 1800/6 1801/2 1801/6 1801/14 1803/16 1804/10 1804/18 1804/19 1807/18 1811/12 1812/20 1813/16 1816/6 1817/20 1820/20 1826/5 1827/21 1827/24 1829/14 1836/16 1836/22 1843/4 1845/18 1848/14 1848/22 1848/24 1857/15 1863/25
THEY [144] 1731/9 1731/11 1731/13 1731/19 1737/11 1746/9 1747/10 1747/12 1747/21 1747/21 1748/8 1749/9 1749/12 1749/13 1749/19 1750/2 1750/21 1750/22 1751/2 1752/10 1752/21 1752/22 1753/1 1753/17 1756/13 1756/15 1756/17 1757/13 1757/17 1757/19 1758/21 1759/7 1759/8 1759/14 1759/15 1759/16 1759/20 1759/22 1760/15 1760/21 1762/24 1764/5 1764/6 1765/16 1766/14 1767/5 1767/20 1770/12 1771/7 1773/6 1773/8 1775/12 1775/13 1776/24 1776/25 1777/1 1777/12 1785/20 1785/21 1785/23 1788/24 1789/7 1790/19 1790/20 1790/21 1791/12 1792/18 1792/19 1792/21 1795/7 1795/7 1796/8 1797/4 1797/5 1799/7 1799/15 1799/16 1799/19 1799/23 1803/5 1803/8 1804/23 1805/6 1807/1 1807/3 1807/8 1808/1 1808/22 1808/24 1809/7 1809/8 1809/9 1809/11 1809/13 1809/17 1810/9 1810/14 1810/16 1810/17 1810/18 1810/19 1810/25 1812/23 1813/11 1813/13 1813/22 1813/23 1819/15 1821/16 1821/19 1821/22 1824/19 1824/21 1824/8 1824/20 1826/9 1834/21 1836/17 1836/17 1842/7 1843/9 1843/10 1843/11 1844/21 1844/22 1845/6 1851/20 1852/12 1857/19 1858/11 1858/11 1859/2 1859/11 1860/4 1860/4 1860/5 1860/10 1860/13 1865/18 1866/24 1867/4 1867/11 1867/14 1867/15 1867/16
THEY'RE [8] 1749/7 1803/3 1805/3 1811/8 1812/18 1866/16 1866/16 1866/18
THICK [1] 1789/12
THING [15] 1753/19 1769/8 1810/13 1813/12 1818/3 1819/4 1824/3 1824/5 1834/7 1834/7 1835/19 1843/5 1846/22 1850/9 1854/10
THINGS [23] 1731/20 1746/25 1750/2 1753/22 1761/10 1763/18 1764/5 1769/9 1770/19 1774/23 1777/25 1780/6 1794/5 1797/24 1826/5 1827/3 1829/14 1834/9 1838/8 1843/8 1845/18 1863/25 1866/17
THINK [46] 1736/5 1737/1 1740/5 1741/7 1741/9 1743/3 1743/8 1744/14 1753/16 1755/8 1756/7 1756/16 1757/8 1758/9 1759/5 1762/23 1773/22 1774/11

Case 2:05-cv-04182-SRD-JCW   Document 18983   Filed 05/22/09   Page 1 of 177

THINK... [28] 1782/12 1785/2 1792/4
1797/11 1798/8 1800/19 1806/11
1812/14 1818/16 1828/22 1832/21
1835/10 1835/19 1844/2 1848/5 1853/25
1854/22 1859/11 1859/20 1860/18
1862/2 1862/22 1862/25 1863/14
1864/18 1864/20 1866/19 1866/23
THINKING [4] 1863/4 1863/11 1863/12
1863/13
THIRD [8] 1745/25 1745/25 1795/11
1797/17 1803/6 1815/17 1815/17
1839/20
THIS [274]
THOMAS [1] 1724/3
THOSE [33] 1731/22 1734/3 1737/10
1743/24 1755/10 1758/19 1758/20
1763/18 1768/9 1774/8 1774/22 1777/15
1786/12 1793/23 1794/5 1805/15 1810/1
1810/11 1817/10 1821/19 1821/20
1822/1 1822/2 1822/16 1825/20 1832/12
1835/17 1837/14 1850/7 1861/8 1864/12
1864/14 1867/12
THOUGH [7] 1747/25 1759/17 1762/23
1770/20 1773/24 1807/16 1863/9
THOUGHT [2] 1755/9 1829/24
THOUSAND [2] 1817/12 1819/4
THREAT [1] 1742/8
THREATENED [1] 1766/23
THREE [12] 1742/20 1743/12 1743/15
1744/9 1755/20 1770/10 1791/14
1792/19 1811/5 1839/1 1846/21 1851/18
THROAT [6] 1743/17 1744/22 1745/21
1749/17 1754/11 1763/17
THROUGH [22] 1730/10 1740/16 1748/9
1760/3 1772/18 1773/23 1779/13
1788/23 1793/23 1795/18 1798/10
1808/21 1814/7 1823/19 1825/17
1829/14 1837/17 1839/6 1839/7 1844/25
1846/5 1862/2
THROUGHOUT [4] 1772/5 1833/24
1834/25 1867/1
THUNDERSTORM [1] 1793/22
THUS [1] 1751/21
TICKER [1] 1737/1
TIDES [3] 1728/9 1728/16 1732/4
TIE [2] 1820/1 1834/11
TIED [1] 1867/15
TIME [80] 1730/2 1731/23 1735/5
1738/22 1739/6 1739/16 1745/18 1746/4
1748/2 1748/6 1748/14 1750/4 1750/5
1751/4 1751/8 1752/22 1756/12 1757/7
1757/12 1758/2 1758/5 1758/25 1759/7
1759/7 1759/9 1759/14 1766/12 1768/23
1771/13 1772/22 1772/25 1773/2 1773/2
1775/8 1775/12 1777/10 1781/15
1782/11 1782/16 1783/7 1783/23 1784/2
1785/1 1785/6 1786/21 1788/15 1789/7
1789/10 1789/16 1789/20 1789/22
1789/24 1791/17 1791/20 1793/17
1794/15 1794/17 1796/20 1796/24
1798/9 1807/7 1811/15 1811/20 1813/17
1815/16 1817/3 1827/24 1833/4 1833/25
1834/12 1835/8 1837/9 1838/22 1839/11
1845/23 1846/20 1847/13 1860/18
1864/16 1865/23
TIME-DEPENDENT [1] 1777/10
TIME-OF-ONSET [1] 1750/5
TIME-WISE [1] 1789/7
TIMES [5] 1745/22 1785/20 1792/19
1802/18 1811/12
TIMING [15] 1778/9 1779/6 1779/20

1781/16 1783/3 1783/4 1783/6 1783/16
1783/22 1784/18 1788/13 1812/7
1824/2 1824/6 1832/18
TIRED [1] 1856/22
TITLE [1] 1740/10
TO 8 [1] 1837/15
TODAY [10] 1733/12 1734/21 1748/15
1749/24 1829/13 1830/16 1854/9
1854/24 1866/9 1867/3
TODAY'S [1] 1864/4
TOE [3] 1760/22 1769/22 1826/21
TOGETHER [12] 1734/13 1739/9
1750/20 1751/25 1759/8 1791/13 1811/8
1820/1 1834/11 1844/21 1848/24 1859/2
TOLD [8] 1731/12 1731/13 1741/4
1753/19 1815/15 1815/15 1825/25
1825/25
TOM [1] 1739/5
TOMORROW [5] 1852/8 1863/20
1863/23 1867/7 1867/20
TONI [4] 1725/20 1868/2 1868/10
1868/10
TOO [8] 1752/18 1784/17 1784/25
1793/11 1806/12 1815/21 1826/23
1863/12
TOOK [5] 1750/23 1752/22 1773/19
1830/24 1843/9
TOOLS [2] 1738/3 1774/24
TOP [25] 1756/9 1763/20 1781/13
1787/5 1797/3 1798/16 1803/5 1803/21
1807/6 1811/15 1811/17 1811/19
1811/20 1812/10 1812/11 1814/22
1817/18 1817/19 1817/21 1818/25
1823/2 1844/20 1846/13 1846/15
1851/10
TOPIC [1] 1810/22
TOPS [1] 1816/6
TORTS [1] 1725/10
TOTAL [5] 1847/11 1848/20 1858/3
1859/10 1859/12
TOTO [1] 1761/18
TOUCH [4] 1728/3 1734/5 1741/20
1754/23
TOUGH [1] 1849/6
TOWARDS [4] 1751/6 1760/20 1836/13
1837/8
TOWER [2] 1785/11 1786/15
TRACE [1] 1789/10
TRACK [1] 1855/9
TRANSCRIPT [2] 1725/24 1868/5
TRANSECT [1] 1801/15
TRANSFORMATION [1] 1801/1
TRANSFORMING [1] 1810/14
TRANSIT [1] 1751/7
TRANSLATION [2] 1751/5 1802/1
TRANSMISSION [3] 1744/25 1826/18
1826/19
TRANSMIT [1] 1832/20
TRANSPORTING [1] 1802/3
TRAVELED [1] 1793/20
TRAVERSING [1] 1814/19
TREATMENT [1] 1748/11
TREES [1] 1826/20
TREMENDOUS [2] 1762/24 1814/9
TRIAL [8] 1723/10 1735/18 1736/23
1741/5 1782/18 1825/24 1863/15
1865/24
TRIANGLE [2] 1744/4 1825/19
TRIED [2] 1781/14 1781/15
TRIPLES [1] 1844/25
TROUBLE [1] 1837/10
TROUGH [6] 1844/19 1844/20 1844/22
1844/24 1844/24 1844/25

TRUE [7] 1738/21 1751/3 1788/16
1789/6 1797/15 1797/18 1861/3
TRY [6] 1730/3 1766/23 1793/25
1796/15 1830/16 1844/18
TRYING [13] 1734/3 1735/25 1738/16
1757/10 1762/24 1767/3 1774/9 1804/12
1804/25 1819/12 1827/16 1829/10
1834/20
TUNING [1] 1797/9
TURN [5] 1741/18 1743/5 1745/24
1786/5 1792/7
TURNED [4] 1731/14 1738/9 1776/16
1777/20
TUSA [4] 1725/20 1868/2 1868/10
1868/10
TV [3] 1785/11 1786/15 1787/7
TWO [31] 1744/9 1747/6 1748/13 1749/3
1749/9 1750/13 1754/3 1768/8 1769/8
1774/11 1783/14 1783/17 1784/19
1785/16 1786/25 1787/3 1788/3 1788/6
1788/16 1790/20 1795/19 1799/17
1800/6 1803/16 1804/4 1807/3 1807/7
1820/10 1820/14 1822/14 1861/8
TWO-AND-A-HALF [1] 1747/6
TWO-HOUR [3] 1788/3 1788/6 1788/16
TYPE [1] 1821/7
TYPO [1] 1747/15

U.S [3] 1725/9 1732/8 1742/13
ULTIMATE [2] 1810/11 1835/21
ULTIMATELY [4] 1737/6 1737/11
1791/20 1851/18
UMBRELLA [1] 1736/13
UNABLE [1] 1865/20
UNDER [30] 1728/9 1728/16 1728/22
1732/21 1786/18 1795/7 1812/16
1812/20 1835/17 1840/17 1840/19
1841/2 1841/4 1841/8 1845/8 1847/10
1847/22 1849/1 1849/10 1850/3 1850/6
1850/25 1851/3 1851/11 1851/12
1851/13 1853/9 1856/2 1860/7 1860/22
UNDERLYING [2] 1789/23 1801/11
UNDERSTAND [33] 1736/7 1738/4
1740/19 1747/11 1747/11 1752/11
1760/9 1760/24 1765/12 1766/9 1784/12
1788/4 1793/8 1794/1 1796/14 1801/16
1804/16 1805/20 1806/1 1809/22
1817/23 1818/16 1818/25 1819/10
1822/21 1822/22 1831/14 1839/23
1840/11 1850/17 1852/5 1853/22
1857/18
UNDERSTANDING [14] 1746/23
1746/25 1772/19 1790/2 1809/17 1821/6
1840/3 1840/7 1842/14 1859/2 1866/2
1867/11 1867/15 1868/6
UNDERSTANDINGS [1] 1791/5
UNDERSTOOD [6] 1739/17 1742/14
1748/1 1769/12 1799/19 1852/20
UNDERTOOK [1] 1747/24
UNEQUIVOCABLY [1] 1865/23
UNIT [3] 1783/11 1823/10 1827/3
UNITED [7] 1723/1 1723/7 1723/11
1727/10 1773/3 1864/15 1868/3
UNITED STATES [3] 1727/10 1773/3
1864/15
UNITIVE [5] 1755/2 1755/4 1755/16
1755/24 1756/4
UNIVERSE [1] 1757/11
UNIVERSITY [7] 1775/16 1775/19
1775/21 1775/23 1776/1 1776/24
1827/22
UNLESS [2] 1825/3 1867/15

**U**

UNLIKE [2]  1795/21 1842/24
UNMITIGATED [3]  1779/16 1779/19 1861/24
UNSTABLE [1]  1746/3
UNTIL [8]  1759/16 1792/5 1792/9 1796/5 1830/21 1863/19 1863/19 1867/20
UP [82]  1733/18 1737/22 1741/24 1742/21 1743/12 1743/14 1744/6 1744/17 1745/4 1746/11 1747/2 1749/1 1751/1 1752/13 1754/1 1755/11 1761/8 1765/7 1765/17 1768/5 1768/7 1769/13 1773/15 1777/16 1778/2 1778/23 1781/4 1782/5 1782/10 1782/22 1783/11 1783/13 1783/15 1784/25 1787/18 1791/12 1792/23 1793/22 1795/17 1796/16 1799/12 1801/21 1804/11 1804/24 1806/24 1807/8 1807/20 1811/2 1812/7 1812/14 1812/16 1813/10 1813/23 1814/18 1815/8 1816/18 1817/5 1818/1 1818/6 1820/12 1822/10 1823/25 1829/2 1832/18 1836/1 1836/10 1836/13 1836/14 1837/8 1838/17 1839/16 1842/17 1843/1 1843/2 1844/2 1847/8 1847/13 1851/10 1853/4 1854/15 1860/3 1863/23
UPDATES [1]  1733/3
UPON [9]  1730/19 1734/5 1741/20 1753/6 1777/11 1780/18 1806/17 1827/4 1862/6
URBAN [1]  1765/6
US [21]  1742/24 1786/19 1788/25 1794/9 1799/8 1801/16 1803/3 1805/6 1806/16 1815/15 1815/15 1817/22 1818/1 1818/1 1820/6 1820/14 1825/25 1831/3 1834/12 1842/14 1843/13
USE [25]  1730/2 1732/25 1738/3 1742/22 1775/1 1775/6 1775/16 1777/5 1777/22 1778/3 1785/19 1794/3 1795/24 1796/7 1796/20 1796/20 1798/5 1798/6 1804/25 1805/1 1809/11 1818/2 1836/20 1838/7 1861/6
USED [21]  1733/4 1767/12 1767/12 1775/10 1776/8 1776/20 1777/3 1777/17 1780/2 1795/21 1796/8 1796/9 1799/7 1799/11 1802/8 1802/9 1809/17 1830/4 1831/19 1832/1 1835/22
USES [1]  1796/19
USING [18]  1776/10 1777/11 1778/1 1780/1 1783/20 1787/3 1788/1 1789/5 1799/5 1799/24 1811/10 1817/8 1817/22 1818/20 1834/22 1836/4 1838/1 1854/21
USUALLY [2]  1739/7 1776/24
UTILIZATION [1]  1832/5
UTILIZES [1]  1829/22

**V**

VALID [1]  1785/9
VALIDATE [3]  1739/12 1780/16 1780/18
VALIDATED [2]  1783/16 1806/16
VALLEY [1]  1764/15
VAN [2]  1734/10 1734/12
VARIABLE [2]  1782/3 1821/1
VARIETY [1]  1832/12
VARIOUS [6]  1739/7 1761/10 1790/8 1790/24 1828/7 1830/11
VARYING [1]  1776/18
VAST [1]  1748/3
VEGETATION [6]  1810/17 1817/13 1817/19 1817/21 1818/7 1818/9
VELOCITIES [3]  1780/7 1836/25 1837/14

VELOCITY [8]  1751/21 1753/6 1780/9 1835/22 1836/23 1845/8 1846/9
VERIFY [1]  1739/18
VERRETT [3]  1820/18 1821/3 1821/10
VERSION [1]  1739/21
VERSIONS [1]  1827/21
VERSUS [1]  1723/6
VERY [70]  1730/18 1733/14 1733/20 1734/9 1739/1 1744/7 1748/21 1750/18 1750/22 1753/1 1753/15 1754/9 1755/1 1759/20 1760/2 1763/6 1764/9 1773/24 1776/2 1776/2 1776/7 1776/3 1776/3 1781/16 1781/16 1782/14 1782/14 1782/22 1783/12 1783/13 1791/22 1794/5 1794/13 1794/19 1797/7 1798/18 1799/4 1801/24 1809/1 1810/8 1810/16 1810/19 1810/20 1811/25 1813/2 1813/5 1817/11 1818/3 1819/3 1822/7 1825/16 1832/15 1836/16 1836/17 1837/11 1837/11 1837/13 1837/18 1838/19 1838/21 1839/15 1839/15 1845/5 1845/5 1848/11 1853/17 1855/2 1859/2 1860/5 1867/19
VIABILITY [1]  1771/9
VICE [1]  1729/5
VICINITY [2]  1742/6 1755/19
VICKSBURG [1]  1765/17
VICTOR [1]  1724/24
VIEW [2]  1743/20 1743/25
VIEWPOINT [1]  1772/18
VIEWS [1]  1743/15
VIOLATE [1]  1757/15
VIRTUALLY [2]  1810/7 1815/18
VIRTUE [1]  1853/23
VIS [4]  1809/16 1809/16 1840/11 1840/11
VIS-À-VIS [2]  1809/16 1840/11
VISUAL [1]  1742/20
VOICE [1]  1865/7
VOIR [1]  1727/19
VOLUME [15]  1723/10 1751/20 1778/9 1779/20 1784/13 1784/14 1836/6 1838/2 1838/12 1840/25 1845/8 1846/4 1847/11 1848/20 1852/14
VRIJLING [6]  1775/16 1781/21 1790/6 1792/9 1801/15 1832/21
VRIJLING'S [4]  1784/1 1822/5 1823/24 1858/9

**W**

WAIT [3]  1787/10 1792/5 1800/14
WAITING [1]  1773/15
WALK [1]  1818/1
WALKED [1]  1862/2
WALKING [1]  1730/9
WALL [1]  1775/1
WALLS [4]  1745/2 1838/17 1853/13 1854/2
WALTER [1]  1724/12
WANT [22]  1731/1 1731/2 1734/5 1749/1 1751/11 1759/19 1769/8 1769/9 1769/10 1794/3 1798/19 1799/3 1799/4 1811/17 1811/24 1831/2 1844/17 1849/14 1863/11 1864/23 1866/6 1866/22
WANTED [10]  1737/12 1739/18 1756/3 1756/4 1796/21 1802/16 1802/19 1836/21 1864/21 1866/18
WANTS [2]  1770/19 1867/9
WARD [7]  1782/15 1820/4 1853/2 1853/5 1853/6 1853/8 1859/24
WARN [2]  1747/24 1758/16
WARNED [3]  1766/12 1772/17 1835/12

WARNING [3]  1752/20 1752/21 1754/2
WARNINGS [1]  1775/9
WARREN [1]  1725/6
WAS [240]
WASHINGTON [1]  1725/18
WASN'T [6]  1741/5 1756/16 1757/1 1787/7 1803/14 1840/4
WATER [71]  1728/8 1728/15 1728/17 1731/12 1732/3 1732/4 1736/10 1737/12 1738/25 1739/10 1746/16 1751/20 1751/21 1756/19 1756/22 1762/18 1762/25 1776/1 1777/16 1778/13 1778/18 1778/19 1778/20 1778/23 1782/22 1783/1 1783/8 1783/10 1787/22 1802/2 1802/3 1804/3 1812/22 1814/7 1814/12 1816/5 1816/6 1823/19 1825/12 1828/4 1835/23 1837/10 1837/12 1838/10 1838/17 1838/18 1842/7 1843/7 1843/21 1844/7 1844/20 1844/21 1848/4 1848/4 1850/2 1850/5 1850/10 1850/10 1850/12 1850/18 1851/15 1851/20 1853/10 1853/25 1859/11 1859/12 1861/12 1861/16 1861/25 1862/19 1862/22
WATERWAY [5]  1737/19 1744/21 1759/25 1764/19 1765/7
WAVE [73]  1735/8 1746/8 1746/17 1775/6 1789/2 1792/7 1792/10 1792/19 1793/15 1793/17 1794/3 1794/4 1795/11 1795/13 1795/18 1795/23 1798/3 1798/6 1798/7 1798/22 1798/24 1800/12 1800/25 1801/20 1802/1 1802/1 1802/2 1803/6 1803/7 1803/17 1804/6 1804/11 1804/20 1805/5 1805/8 1805/17 1806/7 1806/13 1806/14 1807/4 1807/6 1807/9 1807/10 1807/11 1808/2 1809/18 1810/2 1810/2 1810/4 1810/5 1810/23 1812/12 1813/6 1813/7 1813/8 1814/10 1814/15 1814/16 1815/14 1816/21 1817/2 1819/23 1821/17 1822/4 1822/13 1822/14 1822/16 1825/3 1825/13 1826/19 1827/7 1834/9 1857/1
WAVE-INDUCED [1]  1822/14
WAVE-MODELING [1]  1775/6
WAVE-RIDING [1]  1807/4
WAVELENGTH [2]  1793/13 1793/14
WAVES [92]  1728/16 1735/8 1757/22 1758/2 1772/17 1775/7 1776/14 1790/23 1790/24 1792/7 1792/17 1792/18 1792/21 1792/22 1792/22 1792/24 1793/3 1793/9 1793/18 1793/19 1793/23 1794/4 1794/13 1794/16 1794/25 1795/2 1795/3 1795/5 1795/5 1795/6 1795/9 1795/14 1795/25 1796/4 1796/11 1796/17 1801/17 1801/23 1803/4 1803/6 1803/8 1804/3 1805/2 1807/5 1807/14 1807/16 1807/18 1807/19 1808/5 1808/12 1808/15 1808/16 1808/20 1808/23 1810/12 1810/14 1810/19 1811/11 1812/18 1812/21 1813/2 1813/16 1813/18 1814/8 1814/17 1814/25 1815/4 1815/6 1815/18 1816/4 1819/14 1819/17 1819/22 1820/2 1820/21 1820/22 1822/3 1822/4 1822/8 1822/15 1822/16 1822/23 1823/1 1823/20 1825/21 1825/23 1827/9 1827/12 1827/13 1827/16 1832/16 1834/25 1840/14 1845/16 1845/20 1848/3 1850/2
WAX [2]  1731/8 1731/9
WAY [25]  1738/10 1738/17 1745/15 1747/10 1753/5 1761/1 1763/13 1770/7 1770/16 1796/3 1796/7 1797/7 1801/5 1804/8 1808/20 1808/24 1834/4 1834/25 1840/14 1845/16 1845/20 1848/3 1850/2

Case 2:05-cv-04182-SRD-JCW   Document 18883   Filed 05/22/09   Page 176 of 177

WAY... [2]  1850/15 1867/10
WAYS [2]  1728/10 1748/21
WE [355]
WE'D [2]  1735/5 1759/15
WE'LL [10]  1741/20 1743/6 1760/10
1760/12 1772/8 1779/15 1830/20 1832/6
1834/11 1866/25
WE'RE [12]  1730/19 1737/14 1744/5
1744/12 1749/8 1752/4 1752/5 1752/7
1764/4 1791/12 1845/5 1862/25
WE'VE [4]  1734/22 1743/8 1771/15
1772/14
WEATHER [3]  1733/3 1733/8 1777/14
WEEK [1]  1749/25
WEIR [4]  1731/8 1731/9 1731/13
1731/16
WELL [65]  1728/11 1729/21 1729/24
1730/24 1738/20 1744/14 1748/1
1748/18 1753/9 1756/19 1759/13
1760/19 1765/4 1774/11 1775/18
1776/20 1777/19 1778/2 1781/1 1781/4
1781/7 1781/20 1781/21 1782/7 1782/10
1783/3 1785/22 1787/3 1788/2 1788/6
1790/19 1790/23 1791/13 1791/23
1792/5 1793/10 1793/20 1793/25 1798/2
1801/23 1803/15 1806/7 1806/11
1813/16 1815/4 1815/17 1820/15 1821/9
1822/2 1827/24 1832/3 1833/23 1833/24
1834/2 1838/14 1840/3 1840/23 1842/24
1851/22 1852/9 1855/1 1859/16 1860/13
1861/17 1865/24
WENT [4]  1730/17 1795/19 1818/6
1864/11
WERE [94]  1731/11 1733/18 1734/5
1734/12 1735/18 1736/5 1737/11
1737/11 1737/21 1737/24 1738/7
1738/16 1738/18 1738/23 1738/25
1739/1 1739/10 1739/12 1739/17
1747/21 1748/1 1750/2 1750/21 1752/10
1753/17 1755/7 1755/8 1759/2 1759/13
1767/3 1767/5 1767/6 1770/12 1775/12
1775/18 1776/5 1776/22 1782/1 1786/18
1787/15 1787/22 1792/11 1792/18
1792/19 1792/22 1792/25 1793/20
1794/10 1794/12 1794/12 1794/21
1795/1 1798/14 1798/24 1804/25 1805/6
1806/13 1806/14 1808/1 1808/2 1808/19
1808/22 1813/17 1819/17 1819/19
1820/3 1821/9 1821/12 1821/14 1821/19
1821/21 1821/21 1821/23 1822/19
1823/5 1827/13 1827/17 1834/20
1835/17 1841/3 1841/14 1850/1 1850/4
1850/5 1855/5 1855/8 1857/17 1860/4
1864/6 1864/14 1865/18 1865/20 1866/7
1866/8
WEREN'T [2]  1821/16 1840/10
WEST [1]  1759/16
WESTERINK [13]  1739/22 1777/20
1781/22 1784/18 1786/24 1788/5 1788/7
1789/6 1790/3 1791/13 1854/8 1854/14
1854/22
WESTERINK'S [6]  1785/11 1785/19
1786/20 1786/24 1789/18 1854/19
WET [2]  1779/1 1859/20
WETLAND [6]  1733/12 1735/8 1746/17
1778/3 1825/12 1826/7
WETLANDS [22]  1730/8 1733/23 1742/7
1758/11 1766/25 1767/3 1767/5 1767/13
1769/18 1778/23 1811/11 1812/17
1812/22 1820/23 1823/10 1823/23
1825/18 1825/19 1825/20 1827/3

1827/16 1828/4
WHAT [77]
WHAT'S [10]  1733/24 1769/1 1772/19
1788/20 1796/3 1798/20 1798/23
1799/24 1815/10 1853/2
WHATEVER [14]  1733/24 1737/10
1755/8 1760/11 1764/24 1776/4 1796/21
1809/17 1841/2 1844/23 1849/14
1849/25 1861/5 1861/25
WHATNOT [1]  1799/11
WHATSOEVER [2]  1834/1 1852/21
WHEN [65]  1731/10 1736/4 1737/2
1743/4 1747/3 1747/12 1747/20 1748/12
1751/4 1753/24 1757/17 1760/10 1761/4
1763/2 1773/12 1774/4 1775/12 1777/7
1777/13 1782/4 1784/24 1786/13 1787/4
1787/22 1790/25 1791/4 1793/22
1794/10 1794/11 1798/21 1799/10
1799/10 1799/23 1800/10 1801/24
1801/24 1807/24 1808/8 1808/14
1809/11 1810/16 1813/22 1814/14
1816/12 1821/6 1823/15 1831/6 1834/12
1835/20 1836/9 1838/10 1843/11 1845/6
1846/1 1846/24 1847/1 1847/3 1849/20
1851/18 1853/7 1855/7 1858/17 1861/15
1864/11 1866/17
WHEN'S [1]  1748/5
WHENEVER [1]  1781/21
WHERE [47]  1733/2 1733/16 1752/7
1763/13 1765/17 1770/25 1775/8
1775/12 1778/1 1779/23 1781/8 1784/19
1786/2 1786/14 1789/7 1796/17 1797/2
1801/20 1802/2 1803/16 1803/21
1803/22 1804/5 1804/11 1804/13
1804/18 1805/10 1806/18 1809/15
1809/16 1810/25 1812/24 1813/6 1815/7
1816/5 1816/11 1819/2 1819/20 1820/6
1823/16 1824/7 1831/3 1832/13 1837/7
1838/1 1850/9 1850/11
WHEREAS [2]  1788/25 1820/23
WHEREBY [1]  1737/5
WHEREUPON [5]  1727/11 1773/19
1830/24 1832/18 1867/22
WHETHER [4]  1733/22 1791/19 1834/15
1840/14
WHICH [70]  1728/2 1734/21 1741/9
1743/12 1743/17 1743/22 1745/21
1747/5 1747/9 1750/11 1751/5 1755/21
1757/9 1762/15 1762/25 1763/3 1763/15
1765/10 1766/2 1767/7 1767/24 1774/7
1776/10 1776/13 1776/17 1778/22
1779/5 1789/21 1792/1 1794/13 1794/18
1795/22 1796/19 1802/9 1804/2 1804/5
1806/14 1807/20 1808/14 1809/25
1811/17 1813/19 1814/10 1814/19
1814/22 1816/23 1818/4 1825/22
1827/19 1827/25 1828/8 1829/14 1830/6
1831/22 1832/11 1834/6 1837/9 1838/7
1840/6 1842/24 1843/22 1846/14
1846/23 1847/6 1849/13 1854/11
1858/10 1860/15 1862/20 1864/14
WHILE [6]  1744/6 1824/7 1838/19
1845/5 1854/17 1864/8
WHITE [3]  1815/25 1815/25 1816/1
WHO [7]  1731/17 1734/10 1754/24
1755/8 1767/2 1865/11 1867/9
WHOLE [8]  1734/13 1741/22 1786/5
1791/11 1796/25 1815/16 1820/25
1824/25
WHY [25]  1730/11 1730/17 1730/17
1733/25 1735/25 1753/10 1753/12
1753/13 1768/13 1768/17 1769/6
1770/25 1772/1 1775/16 1790/18 1798/5

1816/13 1820/14 1822/8 1823/8 1824/16
1829/23 1831/22 1834/1 1847/20
WIDE [1]  1744/8
WIDELY [1]  1776/20
WIDEN [2]  1759/23 1770/20
WIDENED [3]  1745/6 1819/1 1828/16
WIDENING [13]  1744/14 1745/4 1745/19
1751/19 1755/7 1757/22 1758/2 1759/1
1767/21 1770/20 1778/7 1817/4 1819/1
WIDER [1]  1856/5
WIDTH [15]  1745/18 1798/16 1805/24
1817/13 1817/18 1817/18 1817/19
1817/21 1818/25 1819/1 1835/14
1837/18 1844/10 1845/10 1852/13
WILD [2]  1780/12 1851/25
WILL [47]  1727/7 1734/21 1735/19
1736/25 1737/18 1738/6 1740/3 1744/18
1747/23 1762/11 1762/14 1763/2 1763/6
1763/11 1765/5 1765/10 1765/11
1765/16 1773/17 1788/9 1797/16
1801/14 1806/12 1813/12 1814/12
1815/17 1821/6 1823/16 1824/17
1824/20 1825/10 1827/19 1828/8
1830/20 1830/21 1832/10 1838/21
1840/1 1843/24 1848/6 1852/8 1852/10
1854/22 1863/22 1865/9 1866/1 1866/2
WIND [11]  1728/16 1776/8 1777/15
1777/15 1812/5 1813/13 1813/15
1814/16 1815/7 1817/1 1855/8
WINDOW [1]  1733/3
WINDS [9]  1728/9 1776/11 1795/8
1796/10 1807/17 1808/14 1808/25
1812/21 1814/6
WISE [2]  1789/7 1789/8
WISH [2]  1736/16 1865/14
WITHIN [12]  1727/24 1733/2 1733/21
1746/15 1752/9 1757/6 1785/7 1785/10
1788/12 1835/12 1849/16 1862/7
WITHOUT [7]  1741/21 1753/4 1774/25
1782/19 1830/15 1845/13 1852/20
WITNESS [6]  1727/6 1735/13 1773/13
1828/21 1830/17 1863/17
WON'T [3]  1852/3 1863/13 1864/16
WONDERFUL [1]  1807/3
WOODCOCK [1]  1725/17
WORD [3]  1760/11 1763/24 1773/7
WORDS [3]  1755/12 1769/13 1782/10
WORK [14]  1728/6 1728/19 1728/22
1728/24 1729/3 1732/18 1733/17 1737/4
1776/5 1790/11 1790/14 1828/12
1834/19 1864/11
WORKED [5]  1729/22 1732/8 1734/9
1751/25 1759/16
WORKING [3]  1728/8 1782/7 1816/18
WORLD [4]  1775/21 1780/11 1780/15
1828/2
WORRIED [1]  1755/8
WORRY [1]  1773/14
WORSE [2]  1778/6 1779/15
WORST [5]  1750/7 1750/11 1855/3
1855/6 1855/9
WORST-CASE [1]  1855/3
WOULD [160]
WOULDN'T [2]  1841/19 1860/13
WRIGHT [1]  1724/5
WRITES [2]  1762/2 1762/14
WRITING [4]  1747/3 1764/12 1781/11
1796/22
WRITINGS [1]  1761/10
WRONG [11]  1757/7 1757/13 1757/20
1783/19 1784/11 1792/8 1792/12
1805/21 1806/10 1839/25 1850/5
WROTE [1]  1767/18

## Y

Y'ALL [1]  1741/4
YARDS [1]  1819/19
YEAH [16]  1756/25 1758/9 1814/2
1815/10 1815/20 1836/9 1840/8 1846/9
1848/2 1849/22 1850/22 1855/5 1858/18
1859/5 1859/10 1860/21
YEAR [6]  1753/3 1754/9 1758/6 1762/5
1762/6 1866/6
YEARS [9]  1728/21 1729/23 1730/9
1731/25 1732/13 1768/23 1826/3
1833/16 1854/25
YELLOW [2]  1815/8 1821/5
YES [65]  1727/9 1729/11 1729/16
1730/24 1732/12 1732/15 1737/24
1737/24 1740/1 1741/23 1747/19 1749/3
1762/23 1763/24 1767/1 1769/7 1772/11
1772/21 1774/18 1778/15 1782/21
1783/5 1785/14 1795/10 1799/21
1802/14 1802/19 1803/1 1803/23
1805/17 1808/11 1809/7 1810/6 1813/12
1815/12 1816/3 1816/16 1818/15
1819/12 1821/4 1821/19 1825/15
1826/18 1827/11 1829/24 1831/2
1833/14 1838/16 1839/13 1840/2 1842/1
1842/8 1845/4 1845/20 1846/18 1849/19
1851/21 1852/7 1855/23 1856/24
1856/24 1857/14 1861/11 1863/21
1867/18
YESTERDAY [1]  1865/25
YET [1]  1747/7
YORK [2]  1725/4 1725/4
YOU [389]
YOU'LL [3]  1749/7 1804/6 1838/18
YOU'RE [19]  1729/5 1729/17 1731/8
1733/22 1772/18 1773/10 1776/17
1797/10 1801/11 1806/16 1813/11
1821/2 1823/3 1838/18 1846/16 1849/20
1850/17 1851/2 1856/22
YOU'VE [14]  1729/15 1730/8 1730/17
1730/19 1731/2 1732/13 1734/25
1737/16 1740/15 1745/15 1745/17
1773/24 1814/17 1816/17
YOU-ALL [1]  1743/1
YOUR [221]
YOUR HONOR [34]  1727/7 1728/1
1734/16 1735/14 1736/19 1740/18
1741/16 1741/19 1743/3 1752/18
1760/15 1769/2 1769/25 1771/13
1771/20 1773/11 1774/4 1774/10 1786/3
1792/4 1801/5 1810/21 1829/11 1830/9
1848/5 1862/9 1863/9 1863/16 1863/24
1864/19 1864/25 1865/16 1866/3
1867/18
YOURS [1]  1803/14
YOURSELF [4]  1729/19 1729/24 1774/3
1835/11

## Z

ZERO [1]  1768/2
ZONE [5]  1730/22 1766/22 1767/7
1767/10 1772/5