```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2   ****************************************************************
     NORMAN ROBINSON, ET AL
 3
                                      DOCKET NO. 06-CV-2268
 4   V.                               NEW ORLEANS, LOUISIANA
                                      THURSDAY, APRIL 30, 2009
 5
     UNITED STATES OF AMERICA, ET AL
 6   ****************************************************************

 7
                     TRANSCRIPT OF TRIAL PROCEEDINGS
 8        HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                     UNITED STATES DISTRICT JUDGE
 9                   VOLUME 9 - MORNING SESSION

10

11   APPEARANCES:

12

13   FOR THE PLAINTIFF:          O'DONNELL & ASSOCIATES
                                 BY:  PIERCE O'DONNELL, ESQ.
14                               550 SOUTH HOPE STREET
                                 SUITE 1000
15                               LOS ANGELES, CA 90071-2627

16                               LAW OFFICE OF JOSEPH M. BRUNO
                                 BY:  JOSEPH M. BRUNO, ESQ.
17                               855 BARONNE ST.
                                 NEW ORLEANS, LA 70113
18

19                               THE ANDRY LAW FIRM
                                 BY:  JONATHAN B. ANDRY, ESQ.
20                                    KEA SHERMAN, ESQ.
                                 610 BARONNE ST.
21                               NEW ORLEANS, LA 70113

22                               BARON & BUDD
23                               BY:  THOMAS SIMS, ESQ.
                                 3102 OAK LAWN AVENUE, SUITE 1100
24                               DALLAS, TX 75219

25
```

FINAL DAILY COPY

```
 1                              DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                BY:  JAMES P. ROY, ESQ.
 2                              P. O. BOX 3668
                                556 JEFFERSON ST.
 3                              LAFAYETTE, LA 70502-3668

 4
                                THE DUDENHEFER LAW FIRM, LLC
 5                              BY:  FRANK C. DUDENHEFER, JR., ESQ.
                                601 POYDRAS ST., SUITE 2655
 6                              NEW ORLEANS, LA 70130-6004

 7
                                DUMAS & ASSOCIATES LAW FIRM
 8                              BY:  WALTER C. DUMAS, ESQ.
                                LAWYER'S COMPLEX
 9                              1261 GOVERNMENT STREET
                                P.O. BOX 1366
10                              BATON ROUGE, LA 70821-1366

11
                                FAYARD & HONEYCUTT
12                              BY:  CALVIN C. FAYARD, JR., ESQ.
                                519 FLORIDA AVENUE, S.W.
13                              DENHAM SPRINGS, LA 70726

14
                                MICHAEL C. PALMINTIER, A PLC
15                              BY:  MICHAEL C. PALMINTIER, ESQ.
                                     JOSHUA M. PALMINTIER, ESQ.
16                              618 MAIN STREET
                                BATON ROUGE, LA 70801-1910
17

18                              LAW OFFICE OF ELWOOD C. STEVENS, JR.
                                BY:  ELWOOD C. STEVENS, JR., ESQ.
19                              1205 VICTOR II BLVD.
                                P. O. BOX 2626
20                              MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:   THE GILBERT FIRM, LLC
                                BY:  ELISA T. GILBERT, ESQ.
23                                   BRENDAN R. O'BRIEN, ESQ.
                                325 EAST 57TH ST.
24                              NEW YORK, NY 10022

25
```

──────── FINAL DAILY COPY ────────

```
 1  ALSO PRESENT:              MRGO LITIGATION OFFICE
                              BY:  J. ROBERT WARREN, II, ESQ.
 2                                 ASHLEY E. PHILEN, ESQ.
                              600 CARONDELET STREET, SUITE 604
 3                            NEW ORLEANS, LA 70130

 4
    FOR THE DEFENDANT:         U. S. DEPARTMENT OF JUSTICE
 5                            TORTS BRANCH
                              BY:  DANIEL MICHAEL BAEZA, JR.
 6                                 JEFFREY PAUL EHRLICH, ESQ.
                                   TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                 MICHELE S. GREIF, ESQ.
                                   CONOR KELLS, ESQ.
 8                                 PAUL MARC LEVINE, ESQ.
                                   JAMES F. MCCONNON, JR., ESQ.
 9                                 KARA K. MILLER, ESQ.
                                   RUPERT MITSCH, ESQ.
10                                 PETER G. EHRLICH, ESQ.
                                   ROBIN D. SMITH, ESQ.
11                                 SARAH K. SOJA, ESQ.
                                   RICHARD R. STONE, SR., ESQ.
12                                 JOHN WOODCOCK, ESQ.
                              P. O. BOX 888
13                            BENJAMIN FRANKLIN STATION
                              WASHINGTON, DC 20044
14

15
    OFFICIAL COURT REPORTER:   KAREN A. IBOS, CCR, RPR, CRR
16                            500 POYDRAS STREET, ROOM HB-406
                              NEW ORLEANS, LOUISIANA 70130
17                            (504) 589-7776

18
        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
19  PRODUCED BY COMPUTER.

20

21

22

23

24

25
```

—FINAL DAILY COPY—

I N D E X

WITNESSES FOR THE PLAINTIFFS:                          PAGE/LINE:

HENRY J. RODRIGUEZ, JR.

   DIRECT EXAMINATION BY MR. ANDRY                    1876/11

   CROSS-EXAMINATION BY MR. EHRLICH                   1913/6

   REDIRECT EXAMINATION BY MR. ANDRY                  1922/9


G. PAUL KEMP

   CROSS-EXAMINATION BY MR. LEVINE                    1928/12

<u>P R O C E E D I N G S</u>

(THURSDAY, APRIL 30, 2009)

(MORNING SESSION)

08:36:29   THE DEPUTY CLERK:  THE COURT'S IN SESSION, PLEASE BE
09:06:38
09:06:40   SEATED.

09:06:40         THE COURT:  GOOD MORNING.

09:06:42         MR. ANDRY:  GOOD MORNING, YOUR HONOR.  THE PLAINTIFFS ARE
09:06:44   ATTEMPTING TO BE ACCOMMODATING BY CALLING MR. RODRIGUEZ OUT OF
09:06:48   ORDER.  I'VE BEEN INFORMED BY MR. RODRIGUEZ THERE IS TRAFFIC OUTSIDE
09:06:50   AND HE IS IN THE BUILDING, AND HE WILL BE HERE IN APPROXIMATELY FIVE
09:06:53   MINUTES, HE IS ON HIS WAY IN.

09:06:56         THE COURT:  OKAY.  WE'LL --

09:06:58         MR. ANDRY:  SO IF YOU COULD, COULD WE JUST WAIT FIVE
09:06:59   MINUTES?

09:07:00         THE COURT:  YEAH, WE'LL JUST TAKE A BRIEF RECESS.

09:07:03         MR. ANDRY:  THANK YOU, YOUR HONOR, AND I APOLOGIZE.

09:07:05         THE COURT:  THE COURT WILL WORK ON SOME OF ITS OTHER
09:07:08   MATTERS.  THANK YOU.

09:07:12         MR. ANDRY:  THANK YOU, YOUR HONOR.

09:07:13         THE COURT:  IT'S AMAZING WHAT I CAN GET DONE IN FIVE
09:07:17   MINUTES.

09:07:22      (WHEREUPON, A RECESS WAS TAKEN.)

09:20:35      (OPEN COURT.)

09:20:35         THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

09:20:37 1          MR. ANDRY:  GOOD MORNING, AGAIN, YOUR HONOR.  AGAIN, WE

09:20:40 2   APOLOGIZE FOR THE INCONVENIENCE TO THE COURT.  AT THIS TIME THE

09:20:42 3   PLAINTIFFS WOULD LIKE TO CALL MR. HENRY JUNIOR RODRIGUEZ TO THE

09:20:47 4   STAND.

09:20:47 5          THE COURT:  YES, SIR.

09:20:48 6          THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT HAND.

09:20:49 7      (WHEREUPON, HENRY J. RODRIGUEZ, JR., WAS SWORN IN AND TESTIFIED

09:20:52 8      AS FOLLOWS:)

09:20:52 9          THE DEPUTY CLERK:  WOULD YOU PLEASE STATE YOUR NAME AND

09:20:54 10  SPELL IT FOR THE RECORD.

09:21:01 11         THE WITNESS:  HENRY J. RODRIGUEZ, JUNIOR.

09:21:04 12         THE DEPUTY CLERK:  YOU CAN BACK UP A LITTLE, YOU CAN --

09:21:05 13  YEAH.

09:21:08 14         THE WITNESS:  HENRY J. RODRIGUEZ, JUNIOR.

09:21:11 15         THE DEPUTY CLERK:  SPELL YOUR NAME.

09:21:19 16         THE WITNESS:  R-O-D-R-I-G-U-E-Z.

09:21:19 17         MR. ANDRY:  YOUR HONOR, IN CONJUNCTION WITH YOUR PREVIOUS

09:21:22 18  INSTRUCTIONS TO US IN DOING EACH WITNESS, IN CONJUNCTION WITH

09:21:26 19  MR. RODRIGUEZ'S TESTIMONY, THE PLAINTIFFS WOULD OFFER AND TALK ABOUT

09:21:31 20  PX 1253, WHICH IS THE ST. BERNARD PARISH RESOLUTION OF 12/15 OF

09:21:37 21  1998; PX 1254, WHICH ARE DOCUMENTS PERTAINING TO THE MRGO POLICY AND

09:21:44 22  TECHNICAL COMMITTEE; PX 1255, THE MEETING OF THE MRGO POLICY

09:21:49 23  COMMITTEE OF 7/17/1999, THAT'S THE MINUTES OF THAT MEETING; AND,

09:21:53 24  YOUR HONOR, PX 1256, WHICH ARE THE MRGO MINUTES OF THE MEETING OF

09:21:57 25  2/19/1993; PX 1257, WHICH IS THE REPORT ON THE ENVIRONMENTAL

09:22:03  1    SUBCOMMITTEE TO THE MRGO TECHNICAL COMMITTEE DATED 3/16/2000; PX

09:22:09  2    143, WHICH IS THE ENVIRONMENTAL IMPACT OF SHIP CHANNEL PROJECT DONE

09:22:12  3    BY SHERWOOD GAGLIANO; JX 0325, WHICH IS THE UNITIVE STATEMENT

09:22:20  4    DOCUMENT; PX 2155, WHICH IS A MAP DEPICTING THE TIMES OF COMPLETION

09:22:25  5    AND THE TIMES OF BEGINNING OF EACH OF THOSE SECTIONS OF THE MRGO; PX

09:22:35  6    1240, WHICH IS THE PICTURE OF THE FIRST EXPLOSION TAKEN 12/11/1957;

09:22:37  7    PX 1239, WHICH IS THE MAP USED IN MR. RODRIGUEZ'S DEPOSITION, WHERE

09:22:42  8    HE SHOWED WHERE HE LIVED HIS WHOLE LIFE; PX 1242, WHICH IS THE

09:22:46  9    PICTURE OF THE GENTLEMAN IN THE BOAT IN THE ACCESS CHANNEL WHEN THEY

09:22:50 10    WERE DREDGING; PX 1517.4, WHICH IS THE PICTURE USED WITH MR. JOHN

09:22:55 11    DAY, WHICH IS THE BAYOU LA LOUTRE RIDGE BEFORE THEY CUT IT.

09:23:02 12         AND THAT SHOULD BE MOST ALL OF THEM.  IF THERE ARE OTHERS,

09:23:05 13    I WILL TELL THE COURT.

09:23:06 14         THE COURT:  ALL RIGHT.

09:23:07 15         MR. ANDRY:  IN CONJUNCTION WITH HIS TESTIMONY, YOUR HONOR,

09:23:08 16    MR. RODRIGUEZ IS THE EMBODIMENT OF NOTICE TO THE CORPS OF ENGINEERS.

09:23:16 17    ON TUESDAY OF LAST WEEK, MR. BREERWOOD TESTIFIED I THINK THAT WE

09:23:22 18    WOULD -- MR. BREERWOOD TESTIFIED, ALL OF OUR PROJECTS ARE DESIGNED

09:23:25 19    FOR THE BENEFIT OF THE PUBLIC.  IF AT ANY TIME --

09:23:28 20         THE COURT:  JUST A MINUTE.

09:23:30 21         MR. EHRLICH:  YOUR HONOR, I JUST OBJECT TO THE READING OF

09:23:32 22    THE TESTIMONY OF A PRIOR FACT WITNESS.  MR. RODRIGUEZ, WHO IS ALSO A

09:23:36 23    FACT WITNESS, IS GETTING READY TO TESTIFY.

09:23:38 24         THE COURT:  IT'S INTERESTING, WE KNOW IT'S ABOUT NOTICE

09:23:42 25    AND WE CAN GET INTO THE TESTIMONY.

09:23:44  1          MR. ANDRY:  YOUR HONOR, BUT IN CONJUNCTION -- IN THE BLURB

09:23:48  2  IN GRACIE, JUDGE HEEBE FOUND THAT AS THE GRANTEE, BUILDER AND

09:23:53  3  MAINTAINER OF THE MRGO, THE UNITED STATES ASSUMED A HIGH STANDARD OF

09:23:57  4  CARE WITH REGARD TO NEIGHBORING LANDS AND INDIVIDUALS.  IN THE

09:24:01  5  SUPREME COURT --

09:24:02  6          THE COURT:  WE'RE NOT HAVING LEGAL ARGUMENT NOW, COUNSEL.

09:24:06  7  SAVE IT FOR YOUR HUNDRED-PAGE BRIEF.

09:24:08  8          MR. ANDRY:  OKAY.  YOUR HONOR.

09:24:09  9          THE COURT:  LET'S MOVE.

09:24:09  10                      DIRECT EXAMINATION

09:24:09  11  BY MR. ANDRY:

09:24:12  12  Q.  MR. RODRIGUEZ, COULD YOU STATE YOUR NAME AND ADDRESS FOR THE

09:24:15  13  RECORD, PLEASE.

09:24:16  14  A.  HENRY J. RODRIGUEZ, JUNIOR, 3809 BAYOU ROAD, ZIP CODE 70085.

09:24:22  15  Q.  AND HOW LONG HAVE YOU LIVED ON BAYOU ROAD?

09:24:26  16  A.  SINCE 1945.

09:24:28  17  Q.  WHERE IS BAYOU ROAD LOCATED?

09:24:31  18  A.  THAT'S LOWER EASTERN PART OF ST. BERNARD PARISH.

09:24:34  19  Q.  HOW FAR DOWN IN ST. BERNARD PARISH IS BAYOU ROAD?

09:24:38  20  A.  18.5 MILES FROM THE ORLEANS LINE IN ST. BERNARD PARISH.

09:24:45  21  Q.  MR. RODRIGUEZ, ARE YOU FAMILIAR WITH AN AREA THAT WE HAVE CALLED

09:24:47  22  THE CENTRAL WETLANDS UNIT, WHICH IS THE AREA BANDED BY THE 40 ARPENT

09:24:53  23  CANAL AND THE MISSISSIPPI RIVER GULF OUTLET?

09:24:56  24  A.  YES, SIR.

09:24:56  25  Q.  MR. RODRIGUEZ, WHEN YOU WERE FIRST LIVING IN ST. BERNARD IN

09:25:03  1   1945, WAS THE MRGO IN PLACE?

09:25:06  2   A.  NO, SIR.

09:25:06  3   Q.  HOW WAS THE CENTRAL WETLANDS UNIT, AS YOU REMEMBER IT -- FIRST,

09:25:13  4   WHERE DID YOU GO TO SCHOOL GROWING UP?

09:25:15  5   A.  I WENT TO ST. BERNARD HIGH SCHOOL AND I WENT TO HOLY CROSS FOR

09:25:22  6   HIGH SCHOOL -- I WENT TO GRAMMAR SCHOOL IN ST. BERNARD, HIGH SCHOOL

09:25:29  7   AT HOLY CROSS.

09:25:30  8   Q.  DID YOU ATTEND SCHOOL AFTER YOU GRADUATED FROM HOLY CROSS?

09:25:30  9   A.  I WENT TO LOYOLA, NOT LONG.

09:25:31 10   Q.  HOW WERE YOU EMPLOYED DURING YOUR LIFETIME?

09:25:35 11   A.  WELL, I'VE BEEN A FISHERMAN, TRAPPER, BEEN IN THE RESTAURANT

09:25:42 12   BUSINESS, BEEN IN THE SEAFOOD BUSINESS, CONSTRUCTION.

09:25:49 13   Q.  HOW LONG HAVE YOU BEEN FISHING AND TRAPPING AND HUNTING IN YOUR

09:25:53 14   LIFETIME?

09:25:54 15   A.  ALL MY LIFE.

09:25:55 16   Q.  AND YOU'RE A SHRIMPER, OYSTER FISHERMAN, ET CETERA?

09:26:00 17   A.  YES, SIR.

09:26:01 18   Q.  DID YOU HAVE OCCASION PRIOR TO THE TIME THE MRGO WAS BUILT TO

09:26:08 19   HUNT AND FISH IN THE CENTRAL WETLANDS UNIT OF THE AREA THAT WE CALL

09:26:11 20   THE CENTRAL WETLANDS UNIT?

09:26:12 21   A.  YES, SIR, CERTAINLY DID.

09:26:14 22   Q.  HOW OFTEN DID YOU GO HUNTING AND FISHING OR TRAPPING IN THE

09:26:18 23   CENTRAL WETLANDS UNIT BETWEEN 1945 AND THE 1960S WHEN THE MRGO WAS

09:26:24 24   BUILT?

09:26:24 25   A.  I CAN'T TELL YOU EXACTLY HOW MANY, THE NUMBERS, BUT I WAS AN --

09:26:31 1    I WAS AN AVID FISHERMAN, HUNTER, TRAPPER.

09:26:35 2    Q.  DID YOU GO INTO THAT AREA ON A DAILY BASIS?

09:26:38 3    A.  YES.  AS A MATTER OF FACT WHEN I FIRST -- I THINK I WAS ABOUT

09:26:43 4    12 YEARS OLD, SHOW YOU JUST HOW THINGS WERE BACK THEN, WHEN WE MOVED

09:26:47 5    TO VERRET, WHICH IS A PREDOMINANTLY BLACK COMMUNITY IN LOUISIANA,

09:26:50 6    AND THEY HAD AN ELDERLY GENTLEMAN THERE THAT WAS GOING TO TAKE ME

09:26:54 7    OUT THE FIRST TIME I HAD GONE OUT, TAKE ME OUT AND TEACH ME HOW TO

09:26:57 8    TRAP.

09:27:01 9           AND I NOTICED, AS WE WALKED THROUGH THE SWAMP, WE ALWAYS

09:27:05 10   RAN ACROSS A STUMP THAT HAD A BOTTLE OF WINE IN IT; BUT I WAS KIND

09:27:09 11   OF THIRSTY, AT 12 YEARS OLD WINE WASN'T MY THING, AND I WAS LOOKING

09:27:16 12   FOR WATER.  BUT WHEN I ASKED ABOUT WATER, HE SAID, WELL, IN A COUPLE

09:27:19 13   OF MINUTES WE'LL BE TO -- WHEN WE GET THERE, YOU JUST PUSH THE GRASS

09:27:24 14   BACK OR FIND A CLEAR SPOT AND YOU CAN SEE TO THE BOTTOM OF THE POND,

09:27:28 15   YOU JUST DRINK OUT OF THE SWAMP.

09:27:30 16   Q.  AND WAS THAT AREA IN THE CENTRAL WETLANDS UNIT, MR. RODRIGUEZ?

09:27:33 17   A.  YES, SIR.

09:27:33 18   Q.  COULD YOU DESCRIBE TO THE JUDGE THE WAY THAT THAT AREA LOOKED AS

09:27:39 19   FAR AS THE CYPRESS TREES OR THE PLANTS AND THAT TYPE OF --

09:27:46 20   A.  YEAH.  THE BEST WAY TO EXPLAIN THAT, THAT SITUATION, IS WE HAD A

09:27:49 21   CYPRESS SWAMP THAT WAS EQUAL TO OR SIMILAR TO THE OKEFENOKEE SWAMP

09:27:55 22   IN GEORGIA, AND I'VE BEEN THERE.  AND WE HAD THE HARDWOODS, OAK

09:28:01 23   TREES WITH THEIR BRANCHES TOUCHING THE GROUND.  AND WHEN YOU SEE

09:28:06 24   SOMETHING LIKE THAT, YOU KNOW IT'S OLD.

09:28:08 25          AND WE HAD BRACKISH MARSH, WE HAD FRESH WATER AND WE HAD

1879

09:28:13  1    SALINE MARSH.  A MAN COULD TRAVEL FROM A FRESH WATER BRACKISH SALINE

09:28:22  2    TO -- IN A MATTER OF TEN MINUTES, FIVE, TEN MINUTES, AND CATCH

09:28:32  3    FRESHWATER FISH TO SALTWATER FISH.  WE ACTUALLY HAD A SPORTSMAN'S

09:28:33  4    PARADISE.

09:28:33  5    Q.  WHERE DID YOU LIVE IN 1947?

09:28:35  6    A.  I WAS IN VERRET, LIVING IN VERRET.

09:28:38  7    Q.  DO YOU REMEMBER A HURRICANE IN 1947?

09:28:39  8    A.  YES, SIR.

09:28:40  9    Q.  WHAT DO YOU REMEMBER ABOUT THE 1947 HURRICANE?

09:28:42 10    A.  1947 HURRICANE, WE HAD NO PROTECTION WHATSOEVER, AND ONE OF THE

09:28:53 11    THINGS I REMEMBER DISTINCTLY WAS, IS I REMEMBER ABOUT FOUR O'CLOCK

09:28:58 12    ONE MORNING -- IT'S FUNNY HOW THEY ALWAYS SEEM TO COME IN AT

09:29:03 13    NIGHT -- BUT ABOUT FOUR O'CLOCK ONE MORNING, YOU KNOW, I WAS

09:29:07 14    STANDING OUT WITH THE SAME GENTLEMAN ON MY FATHER'S BUSINESS PLACE,

09:29:11 15    AND WE COULD HEAR THE ROAR OF WATER COMING.  AND NATURALLY, I WAS

09:29:18 16    KIND OF A YOUNG KID, I GOT KIND OF SCARED, AND HE SAID, DON'T WORRY

09:29:21 17    ABOUT IT.  HE SAID, THAT WATER IS NOT GOING TO GET HERE, BEFORE IT

09:29:25 18    GETS HERE, IT'LL JUST BE -- IT WON'T BE A TIDAL WAVE, IT'LL JUST BE

09:29:29 19    A SURGE.

09:29:30 20         AND HE WAS RIGHT.  BY THE TIME IT GOT THERE, THE WATER

09:29:33 21    JUST CAME UP RELATIVELY FAST, BUT THERE WAS NO WAVE.  AND THE THING

09:29:36 22    THAT STOPPED IT WAS THE CYPRESS TREES AND THE HARDWOODS.

09:29:41 23    Q.  COULD YOU PULL UP PX 1239, PLEASE.  COULD YOU BLOW UP THE AREA

09:29:54 24    WHERE THE DOT IS AROUND TOCA, THE BOTTOM CENTER OF THE PHOTOGRAPH OF

09:30:02 25    THE EXHIBIT, PLEASE.  DOWN FARTHER AND GO OUT A LITTLE BIT.  BACK UP

09:30:13 1    A LITTLE BIT.  TAKE AWAY THE ZOOM.

09:30:23 2           MR. RODRIGUEZ, CAN YOU -- DO YOU KNOW WHAT'S DEPICTED IN

09:30:30 3    THIS EXHIBIT?

09:30:33 4    A.  SIR?

09:30:33 5    Q.  CAN YOU TELL WHAT THAT'S A PICTURE OF, A MAP OF?

09:30:37 6    A.  LOOKS LIKE ST. BERNARD PARISH.

09:30:39 7    Q.  AND ON THAT MAP, CAN YOU TELL THE JUDGE, APPROXIMATE WHERE YOU

09:30:43 8    LIVED AT THE TIME OF THE 1947 HURRICANE?

09:30:46 9    A.  RIGHT DOWN HERE (INDICATING).  IT'S MARKED AS VERRET.

09:30:53 10   Q.  AND, CARL, COULD YOU ZOOM IN ON THAT AREA, PLEASE.  AND THE

09:31:00 11   ROAD, IS THAT ST. BERNARD HIGHWAY?

09:31:01 12   A.  YES, SIR.

09:31:07 13   Q.  HOW FAR FROM THE BACK OF YOUR HOUSE ON ST. BERNARD HIGHWAY WAS

09:31:11 14   IT TILL YOU GOT TO THE CYPRESS SWAMP IN 1947?

09:31:13 15   A.  I'D SAY APPROXIMATELY 800 FEET.

09:31:19 16   Q.  AND HOW FAR DID THAT CYPRESS SWAMP EXTEND, AS BEST YOU CAN

09:31:25 17   REMEMBER, AT OR AROUND 1947?

09:31:27 18   A.  ALMOST TO LAKE BORGNE.

09:31:28 19   Q.  AND COULD YOU ZOOM OUT, PLEASE.  SO IS IT YOUR TESTIMONY THAT IT

09:31:35 20   WENT FROM ALMOST ALL THE WAY TO LAKE BORGNE?

09:31:39 21   A.  ALMOST TO LAKE BORGNE.

09:31:41 22   Q.  WHEN YOU GOT TO LAKE BORGNE, WHAT DID THE VEGETATION LOOK LIKE

09:31:44 23   AS YOU REMEMBER IT IN AND AROUND 1947?

09:31:47 24   A.  WELL, WHEN YOU GOT TO LAKE BORGNE, IT WAS -- YOU STILL HAD

09:31:53 25   MATTER OF CUT GRASS AND THE THINGS THAT WOULD HAVE BEEN IN A

09:32:02  1    BRACKISH-TYPE OF MARSH, CUT GRASS, CANE, ROSEAU, THINGS OF THAT

09:32:02  2    NATURE.

09:32:02  3    Q.  WAS THERE A PROBLEM THAT YOU REMEMBER FROM LOGGING IN THAT AREA

09:32:07  4    IN AND AROUND 1947?

09:32:08  5    A.  THERE WAS NO PROBLEM FROM LOGGING.  BUT THERE HAD BEEN EXTENSIVE

09:32:15  6    LOGGING IN THAT AREA, BUT IT HAD BEEN SO FAR BACK THAT IT JUST, YOU

09:32:18  7    KNOW, IT JUST DIDN'T SEEM TO MATTER MUCH.

09:32:21  8    Q.  AND, CARL, COULD YOU PULL UP 1240, PLEASE, PX 1240.  IN LOOKING

09:32:34  9    AT THE CYPRESS FOREST BEHIND THESE GENTLEMEN ON PX 1240, IS THAT

09:32:39 10    APPROXIMATELY WHAT THE CYPRESS SWAMP LOOKED LIKE BEHIND YOUR HOUSE

09:32:42 11    IN VERRET IN THE 1940S, '50S AND '60S?

09:32:45 12    A.  YES, SIR.  BUT THAT PICTURE OBVIOUSLY WAS TAKEN IN THE WINTER

09:32:49 13    MONTHS BECAUSE IT -- IN THE SPRING AND SUMMER THAT WOULD HAVE BEEN

09:32:56 14    MORE FOLIAGE, BUT THAT'S ABOUT BASICALLY WHAT IT LOOKED LIKE.

09:32:59 15    Q.  AND I SEE IN THE PHOTOGRAPH THAT IT'S AN EXPLOSION INDICATING TO

09:33:05 16    ME IT'S KIND OF LAND.  WAS IT A DRY, HIGH AREA BEHIND YOUR HOUSE IN

09:33:10 17    THE CENTRAL WETLANDS UNIT IN THE '40S, '50S AND '60S?

09:33:13 18    A.  THERE WAS A DRY, HIGH AREA AND THEN YOU GOT TO THE SWAMP.  BUT

09:33:21 19    WHEN I SAY THAT, YOU GOT TO THE SWAMP GRADUALLY.

09:33:24 20    Q.  DID THAT ENVIRONMENT IN THE CENTRAL WETLAND -- I TALKED A LITTLE

09:33:30 21    BIT ABOUT YOUR HOUSE IN THE CENTRAL WETLANDS UNIT.  THE CENTRAL

09:33:33 22    WETLANDS UNIT, AS WE'VE UNDERSTOOD IT IN THIS TRIAL, GOES FROM

09:33:36 23    APPROXIMATELY BRETON SOUND TO THE IHNC AND FROM LAKE BORGNE TO THE

09:33:43 24    40 ARPENT CANAL.  ARE YOU FAMILIAR WITH THAT AREA?

09:33:46 25    A.  YES, SIR.

09:33:47  1    Q.  AND DID YOU HUNT AND FISH IN THAT AREA EXTENSIVELY DURING YOUR

09:33:50  2    LIFETIME?

09:33:51  3    A.  YES, SIR.

09:33:51  4    Q.  AND DID THAT WHOLE ENTIRE AREA LOOK SIMILAR TO THE PHOTOGRAPH

09:33:56  5    THAT YOU'RE LOOKING AT NOW, PX 1240?

09:34:00  6    A.  DEFINITELY.

09:34:00  7    Q.  MR. RODRIGUEZ, DID YOU EVER SERVE IN PUBLIC OFFICE?

09:34:08  8    A.  THIRTY-TWO YEARS.

09:34:10  9    Q.  WHAT OFFICES DID YOU HOLD?

09:34:12 10    A.  POLICE JURY, COUNCIL FORE OF GOVERNMENT, COUNCILMAN,

09:34:18 11    COUNCILMAN-AT-LARGE, PARISH PRESIDENT FOR FOUR YEARS.

09:34:21 12    Q.  AND HOW LONG WERE YOU A COUNCILMAN?

09:34:22 13    A.  EIGHT YEARS.

09:34:27 14    Q.  HOW LONG WERE YOU A POLICE JUROR?

09:34:31 15    A.  I THINK THE POLICE JURY SYSTEM, I WAS IN THERE FOR 12 YEARS, I

09:34:35 16    THINK THE -- WAIT, 32 YEARS ALTOGETHER, BUT I WAS A COUNCILMAN, A

09:34:38 17    COUNCIL-AT-LARGE AND THEN PARISH PRESIDENT.

09:34:41 18    Q.  IS THE POLICE JURY THE SAME FORM OF GOVERNMENT AS THE COUNCIL?

09:34:46 19    A.  NO, SIR.  POLICE JURY FORM OF GOVERNMENT IS ELECTED POLICE

09:34:52 20    JURORS IN BOTH ADMINISTRATIVE AND LEGISLATIVE.  COUNCIL FORM OF

09:34:56 21    GOVERNMENT SEPARATES ADMINISTRATION FROM THE LEGISLATIVE BODY.

09:34:58 22    Q.  WHEN DID YOU FIRST LEARN THAT THEY WERE GOING TO PUT THE

09:35:12 23    MISSISSIPPI RIVER GULF OUTLET IN THROUGH ST. BERNARD?

09:35:12 24    A.  THAT WAS IN PROBABLY, I THINK, LET'S SEE, THAT PROBABLY WAS IN

09:35:20 25    THE '50S IS WHEN WE LEARNED THAT THEY WERE GOING TO COME THROUGH,

09:35:28 1    BUT I WAS A YOUNGSTER BACK THEN.

09:35:31 2    Q.  UH-HUH.

09:35:32 3    A.  BUT I COULD STILL RECALL, THE FISHERMEN IN PARTICULAR WERE VERY

09:35:36 4    CONCERNED BECAUSE THEY OBVIOUSLY KNEW WHAT WAS GOING TO HAPPEN AT

09:35:40 5    THAT POINT IN TIME.  OBVIOUSLY, THEY WERE GOING TO BRING IN DIRECT

09:35:45 6    WATER DIRECTLY FROM THE GULF.  IT WAS GOING TO CHANGE THE WHOLE

09:35:48 7    ENVIRONMENT.

09:35:49 8    Q.  TO YOUR KNOWLEDGE, WHAT INPUT, IF ANY, DID THE ST. BERNARD

09:35:53 9    PARISH GOVERNMENT HAVE IN CHOOSING THE GULF OUTLET OR DECIDING

09:35:58 10   WHETHER IT WAS PUT INTO ST. BERNARD PARISH?

09:36:00 11   A.  I DON'T THINK THEY HAD MUCH OF A CHOICE.  I WASN'T ON THE POLICE

09:36:03 12   JURY AT THE TIME, BUT I DON'T THINK GOING BACK TO THE -- I DON'T

09:36:08 13   THINK THERE WAS MUCH OF A CHOICE.

09:36:10 14   Q.  IN YOUR CAPACITY AS A GOVERNMENT OFFICIAL IN ST. BERNARD, DID

09:36:13 15   YOU EVER HAVE OCCASION TO LEARN WHETHER ST. BERNARD HAD A CHOICE IN

09:36:17 16   BUILDING THE GULF OUTLET?

09:36:18 17   A.  I DON'T THINK THEY HAD A CHOICE.  BUT YOU ALSO GOT TO REMEMBER

09:36:24 18   BACK IN THEM DAYS THE CORPS LIED SO DOGGONE MUCH ABOUT WHAT IT WAS

09:36:31 19   SUPPOSED TO BE.  I MEAN, I CAN REMEMBER LOOKING AT ARTICLES AND

09:36:41 20   COLONEL LEWIS PROMISING IT WAS GONNA BE THE -- THE FRONTIER -- THE

09:36:41 21   SOUTH, YOU KNOW, WAS SUPPOSED TO BE AN INDUSTRIAL AREA AND -- I

09:36:45 22   MEAN, THEY PROMISED MIRACLES AND NOTHING EVER CAME TO BE.  I DON'T

09:36:49 23   THINK THEY EVEN HAD -- 40-SOMETHING YEARS LATER, I DON'T THINK WE

09:36:59 24   HAVE AN OUTHOUSE ON IT RIGHT NOW.

09:36:59 25   Q.  WHEN WAS THE GULF OUTLET FINISHED?

09:37:02 1    A.   '63.

09:37:03 2    Q.   DID YOU TAKE THE RIDE ON THE DEL SUD, WHICH WAS THE FIRST SHIP

09:37:07 3    TO GO DOWN THE GULF OUTLET?

09:37:08 4    A.   NO, SIR, I DIDN'T.   THE ONLY FELLA I KNOW RIGHT NOW AT THE

09:37:12 5    PRESENT TIME THAT'S STILL ALIVE THAT WAS THERE WAS MR. GUTHRIES.

09:37:15 6    Q.   HOW DID -- WHEN DID -- IN YOUR PERSONAL LIFE PRIOR TO THE TIME

09:37:23 7    YOU BECAME A COUNCILMAN, WERE YOU AN ADVOCATE FOR CLOSING THE MRGO

09:37:30 8    OR IMPLEMENTING REMEDIAL MEASURES SO AS TO LESSEN THE DANGERS OF THE

09:37:34 9    MRGO?

09:37:35 10   A.   ALWAYS WAS AN ADVOCATE FOR CLOSING THE MRGO.

09:37:38 11   Q.   WHAT DID YOU -- WHY ARE YOU AN ADVOCATE FOR CLOSING THE GULF

09:37:42 12   OUTLET?

09:37:43 13   A.   YOU DIDN'T HAVE TO BE A ROCKET SCIENTIST TO SEE WHAT WAS

09:37:46 14   HAPPENING.   AND IT WAS GETTING PROGRESSIVELY WORSE.

09:37:49 15   Q.   DID YOU SEE ANY EFFECTS FROM SALTWATER INTRUSION IN THE CENTRAL

09:37:54 16   WETLANDS AREA BEHIND YOUR HOUSE IN VERRET?

09:37:57 17   A.   OH, DEFINITELY.   IT GOT THERE A LITTLE LATER BUT AT THE

09:38:01 18   BEGINNING, YEAH, IT STARTED RIGHT OFF THE GULF OUTLET AND IT JUST

09:38:05 19   GOT PROGRESSIVE WORSE AND WORKED INTO THE HARDWOODS.

09:38:14 20   Q.   WHAT WAS THE EFFECT OF THE CYPRESS SWAMP AREA IN THE CENTRAL

09:38:16 21   WETLANDS UNIT AFTER THE MRGO WAS COMPLETED?

09:38:18 22   A.   WHAT WAS THE EFFECT OF IT?

09:38:20 23   Q.   YES.   FROM WHAT YOU COULD OBSERVE.

09:38:23 24   A.   WHAT IT LOOKED LIKE.   WELL, THE FIRST THING I THINK THAT DIED

09:38:27 25   WAS THE WILD CANE AND THE ROSEAUS AND ALL OF THE BRACKISH AND

09:38:31  1   FRESHWATER VEGETATION.  AND THAT WAS A CONCERN BECAUSE AT THAT POINT

09:38:36  2   IN TIME, THEN COASTAL EROSION BECAME A BIG FACTOR.  AND THEN THE

09:38:41  3   CYPRESS TREES STARTED TO DIE.

09:38:44  4   Q.  DID YOU EVER ATTEND ANY PUBLIC MEETINGS, WHEREIN CORPS PERSONNEL

09:38:50  5   WERE PRESENT, IN YOUR CAPACITY AS AN INDIVIDUAL PRIOR TO THE TIME

09:38:55  6   YOU WERE ELECTED, WHEREIN YOU TALKED ABOUT THE DANGERS OF THE MRGO

09:38:57  7   AS YOU PERCEIVED THEM?

09:38:59  8   A.  YEAH.  THAT WAS A LONG TIME AGO, THAT WAS PROBABLY IN THE '70S,

09:39:04  9   '72.  THAT'S A LONG TIME AGO.

09:39:08 10   Q.  HAD YOU EVER BEEN MADE AWARE THAT OR HEARD THE TERM OF THE MRGO

09:39:15 11   BEING A FUNNEL FOR STORM SURGE?

09:39:17 12   A.  OH, YEAH.  THAT WAS A FUNNEL.

09:39:19 13   Q.  AND WHEN DID YOU FIRST HEAR THE TERM FUNNEL?

09:39:22 14   A.  MAN, THAT'S A LONG TIME AGO.  THAT'S WHEN IT WAS FIRST

09:39:28 15   CONSTRUCTED.  I MEAN, YOU DIDN'T HAVE TO BE A ROCKET SCIENTIST TO

09:39:31 16   FIGURE THAT OUT, ALL YOU HAD TO DO WAS LOOK AT THE MAP AND SEE WHERE

09:39:35 17   IT WAS GOING TO COME INTO THE EFFECT WITH THE IWW.

09:39:42 18   Q.  DID YOU EVER TELL, IN YOUR PERSONAL CAPACITY PRIOR TO THE TIME

09:39:45 19   YOU BECAME AN ELECTED OFFICIAL, ANYBODY WITH THE CORPS THAT IT WAS A

09:39:48 20   FUNNEL AND IT COULD FLOOD ST. BERNARD IN A HURRICANE?

09:39:51 21   A.  YEAH, WE ALWAYS REFERRED TO THAT WHEN WE WENT TO PUBLIC

09:39:54 22   MEETINGS.

09:39:54 23   Q.  WHAT WAS THE CORPS' RESPONSE?

09:39:56 24   A.  I NEVER HEARD A RESPONSE, THEY NEVER DID ACKNOWLEDGE THAT FACT.

09:40:00 25   IN ALL OF THE YEARS OF MY 32 YEARS OF GOVERNMENT, THEY NEVER

09:40:03  1   ACKNOWLEDGED THAT.

09:40:04  2   Q.  WERE YOU AWARE THAT IN 1972 AND SEVENTY -- OR '72 -- DO YOU KNOW

09:40:11  3   SHERWOOD GAGLIANO?

09:40:13  4   A.  YES, SIR, I KNOW DR. GAGLIANO.

09:40:15  5   Q.  WERE YOU AWARE THAT IN 1972, SHERWOOD GAGLIANO PUBLISHED A PAPER

09:40:20  6   WHEREIN HE SAID THAT THE JOINING OF THE MRGO AND IHNC CREATED A

09:40:24  7   FUNNEL AND PRESENTED THAT TO THE CORPS OF ENGINEERS?

09:40:26  8   A.  YES, SIR, I WAS AWARE OF THAT.  AND THE THING ABOUT IT IS, I WAS

09:40:31  9   ELECTED IN 1976, DR. GAGLIANO WAS THERE FOUR YEARS PRIOR TO ME.

09:40:35 10   THAT WAS 1972.  I MEAN, THEY GOT -- THEY FINISHED THE CHANNEL IN

09:40:43 11   '63, HURRICANE BETSY HIT IN '65.  YOU'RE TALKING ONLY ABOUT SEVEN

09:40:47 12   YEARS LATER THAT ST. BERNARD PARISH HIRED DR. GAGLIANO.  PRIOR TO

09:40:52 13   THAT THEY NEVER NEEDED ANYBODY WITH HIS EXPERTISE AND KNOWLEDGE.

09:41:00 14   Q.  DID MR. GAGLIANO ON BEHALF OF ST. BERNARD PARISH MAKE A

09:41:01 15   PRESENTATION IN OR ABOUT 1972 WHEREIN HE INFORMED THE CORPS THAT

09:41:05 16   THERE WAS A FUNNEL MADE BY THE GIWW AND THE MRGO?

09:41:09 17   A.  YES, SIR.

09:41:10 18   Q.  AND DID HE ON BEHALF OF ST. BERNARD NOTIFY THE CORPS OF

09:41:14 19   ENGINEERS IN 1972 THAT THE FUNNEL WOULD CREATE AN AVENUE FOR STORM

09:41:19 20   SURGE THAT WOULD EVENTUALLY FLOOD ST. BERNARD IN THE EVENT OF A

09:41:23 21   HURRICANE?

09:41:23 22   A.  YES, SIR.  I WAS AT ONE OF THOSE MEETINGS.

09:41:26 23   Q.  DO YOU REMEMBER WHEN THAT WAS?

09:41:28 24   A.  NO, NOT REALLY.  IT WAS A LONG TIME AGO, SON, I'M 73 YEARS OLD.

09:41:33 25   Q.  WHAT WAS THE CORPS' RESPONSE, IF YOU CAN REMEMBER, AT THAT TIME?

09:41:37 1   A.  I DON'T THINK THEY EVER HAD A RESPONSE WITH REGARD TO THE FUNNEL

09:41:40 2   EFFECT, THEY NEVER DID ACKNOWLEDGE THAT.

09:41:42 3   Q.  ONCE YOU BECAME ELECTED, WERE YOU AN ADVOCATE FOR CLOSING THE

09:41:49 4   GULF OUTLET?

09:41:49 5   A.  YES, SIR.

09:41:51 6   Q.  IS YOUR AREA THAT YOU WERE A COUNCILMAN OR POLICE JUROR FOR IN

09:41:55 7   LOWER ST. BERNARD?

09:41:56 8   A.  YES, SIR.

09:41:57 9   Q.  AND COULD YOU EXPLAIN TO THE JUDGE WHAT AREA YOU COVERED AS A

09:42:01 10  COUNCILMAN AND A POLICE JUROR?

09:42:03 11  A.  AS POLICE JUROR I COVERED MOST OF THE AREA OF CENTRAL WETLANDS,

09:42:07 12  MOSTLY FROM THE VIOLET CANAL, WHICH IS BAYOU DUPRE, ALL THE WAY TO

09:42:13 13  THE GULF.

09:42:15 14  Q.  AND IS BAYOU LA LOUTRE IN YOUR AREA?

09:42:19 15  A.  YES, SIR.

09:42:19 16  Q.  HOW DID BAYOU LA LOUTRE -- WE TALKED ABOUT IN THE TRIAL ABOUT

09:42:24 17  THE BAYOU LA LOUTRE RIDGE.  HOW DID THE BAYOU LA LOUTRE RIDGE LOOK

09:42:29 18  WHEN YOU WERE GROWING UP IN THE '40S, '50S AND '60S?

09:42:32 19  A.  BAYOU LA LOUTRE, WHEN I WAS GROWING UP AT THAT POINT IN TIME,

09:42:36 20  THE BAYOU LA LOUTRE ITSELF WAS BARELY WIDE ENOUGH FOR TWO SMALL

09:42:40 21  TROLL BOATS TO PASS.  I'D SAY THE RIDGE ITSELF IS PROBABLY 10 TO

09:42:45 22  15 FEET IN ELEVATION, APPROXIMATELY A HALF MILE IN WIDTH AND, I

09:42:53 23  MEAN, IT WAS NOTHING BUT HARDWOODS, OAK TREES, EXCELLENT HUNTING

09:43:00 24  COUNTRY, BEAUTIFUL DEER COUNTRY.

09:43:03 25        AS A MATTER OF FACT, IT WAS ALSO CATTLE COUNTRY.

09:43:05 1   MR. HARVEY ROBERTS USED TO RUN HIS CATTLE.  WHEN I WAS A LITTLE KID,

09:43:09 2   WE USED TO RIDE TO MR. HARVEY'S AND BRING HIS CATTLE IN CERTAIN

09:43:13 3   TIMES OF THE YEAR.  ACTUALLY, BY WHERE THEY'RE GOING TO PUT THE ROCK

09:43:18 4   DAMN ITSELF IS, THAT USED TO BE CALLED THE EAST FIELD, THAT'S WHERE

09:43:25 5   IT'S KIND OF A CLEARER-CUT FIELD.  AND I DON'T WANT TO SAY

09:43:30 6   CLEAR-CUT, NOT VERY LARGE, BUT IT WAS BIG ENOUGH FOR -- ABOUT TEN

09:43:33 7   ACRES HE HAD CLEAR-CUT FOR HIS CATTLE.

09:43:36 8   Q.  COULD YOU PULL UP 1517.4.

09:43:41 9           THE COURT:  CAN WE CLEAR THAT ANNOTATION IN THERE, PLEASE.

09:43:45 10          MR. ANDRY:  YES.  PUSH CLEAR ON THE BOTTOM RIGHT,

09:43:55 11  MR. RODRIGUEZ.

09:43:56 12          THE COURT:  THERE IS A LITTLE CLEAR ANNOTATION ON THE

09:44:00 13  BOTTOM.

09:44:01 14  BY MR. ANDRY:

09:44:01 15  Q.  IS THIS A PHOTOGRAPH, PX 1517.4, OF THE BAYOU LA LOUTRE RIDGE?

09:44:07 16  A.  YES, SIR, LOOKS LIKE IT TO ME, YEAH.  I WOULD SAY SO.

09:44:12 17  Q.  HOW FAR OUT FROM BAYOU LA LOUTRE DID THE BAYOU LA LOUTRE RIDGE

09:44:16 18  EXTEND IN THE '40S, '50S AND '60S, AS YOU REMEMBER IT?

09:44:20 19  A.  IT EXTENDED DIFFERENT DEPTHS AT POINTS IN TIME.  BUT I'D SAY

09:44:25 20  PROBABLY ABOUT A HALF A MILE IN WIDTH, MAJORITY OF IT.  IN SOME

09:44:31 21  PLACES IT CAME IN CLOSER AND THEN ACTUALLY SOME PLACES IT WENT OUT

09:44:35 22  FURTHER.  WHEN YOU GOT AROUND ENGINEERS CANAL, IT EXTENDED OUT A

09:44:38 23  LITTLE FURTHER.

09:44:39 24  Q.  AND DID YOU SAY YOU USED TO HUNT DEER ON THE BAYOU LA LOUTRE

09:44:43 25  RIDGE?

─────────────── FINAL DAILY COPY ───────────────

09:44:43  1    A.  OH, YEAH.

09:44:44  2    Q.  DID YOU HUNT RABBITS AND OTHER --

09:44:47  3    A.  EVERYTHING.

09:44:48  4    Q.  DID Y'ALL USED TO GO CRAWFISHING A BUNCH IN THE CENTRAL WETLANDS

09:44:52  5    UNIT?

09:44:52  6    A.  YES, SIR.  AS A MATTER OF FACT, ON THAT RIDGE ITSELF, RIGHT

09:45:01  7    WHERE THEY'RE PUTTING THE PRESENT STRUCTURE IN, ON THE LEFT BANK AND

09:45:07  8    THE RIGHT BANK, THERE USED TO BE A ROAD THAT WENT ALL THE WAY THERE

09:45:10  9    FROM HOPEDALE ALL THE WAY.  IT WAS CALLED CINDER ROAD.

09:45:14 10         THE COUTIES, THIS FAMILY, THE COUTIES THAT LIVED DOWN

09:45:18 11    THERE, THEY LIVED DOWN THERE.  THEY MAY STILL BE DOWN THERE, I DOUBT

09:45:21 12    IT, BUT THERE WAS A SMALL GRAVEYARD.  WHEN I SAY SMALL, IT WAS ONLY

09:45:25 13    FOUR PEOPLE THAT WERE BURIED THERE.  AND I REMEMBER -- I DOUBT IF

09:45:29 14    THEY'RE THERE NOW, BUT THEY DID HAVE FOUR HEADSTONES.

09:45:32 15    Q.  WAS THERE A RAILROAD THAT USED TO RUN OUT OR NEAR THE BAYOU LA

09:45:36 16    LOUTRE RIDGE ALL THE WAY TO PROCTOR'S POINT?

09:45:39 17    A.  THERE WAS A RAILROAD, YES.

09:45:40 18    Q.  AND SO THE LAND BACK THEN WAS STRONG ENOUGH TO SUPPORT A

09:45:45 19    RAILROAD THAT RAN ALL THE WAY OUT TO PROCTOR'S POINT?

09:45:48 20    A.  YES, SIR.

09:45:49 21         WE ALSO HAD A SUGAR MILL IN HOPEDALE, THAT USED TO BE

09:45:53 22    SUGAR CANE COUNTRY THERE.

09:45:56 23    Q.  WHEN YOU BECAME A POLICE JUROR AND COUNCILMAN, WERE YOUR

09:45:59 24    CONSTITUENT FISHER -- DID YOU REPRESENT CONSTITUENT FISHERMAN

09:46:02 25    PRIMARILY?

1890

09:46:03  1    A.   YES, SIR.

09:46:03  2    Q.   AND WERE YOUR CONSTITUENT FISHERMEN AGAINST THE GULF OUTLET OR

09:46:07  3    IN FAVOR OF THE GULF OUTLET?

09:46:08  4    A.   THEY WERE AGAINST IT.

09:46:10  5    Q.   WHY WERE THEY AGAINST THE GULF OUTLET?

09:46:12  6    A.   BECAUSE THEY KNEW EXACTLY WHAT WAS GOING TO HAPPEN, PARTICULARLY

09:46:14  7    THE OYSTER FISHERMAN.  THE SALINITY WAS GOING TO COME IN STRAIGHT

09:46:18  8    FROM THE GULF, AND OYSTERS TAKE ANYWHERE FROM BETWEEN 10 TO 15 PARTS

09:46:26  9    PER BILLION, AND I ALWAYS THINK ABOUT 32 PARTS PER BILLION COMING IN

09:46:31 10    STRAIGHT FROM THE GULF, SO IT'S GOING TO DEVASTATE THEIR AREA AND

09:46:32 11    MOVE THEM FURTHER OUT INTO THE OPEN WATERS.

09:46:38 12    Q.   DID YOU PARTICIPATE IN MEETING, AS A POLICE JUROR AND

09:46:43 13    COUNCILMAN, WITH THE ARMY CORPS OF ENGINEERS PRESENT WHEREIN YOU

09:46:47 14    TALKED ABOUT THE DANGER OF THE MRGO TO PRODUCE STORM SURGE FLOODING?

09:46:52 15    A.   I DON'T EVER REMEMBER A MEETING THAT I DIDN'T.

09:46:55 16    Q.   AND HOW MANY MEETINGS DID YOU --

09:46:57 17    A.   DON'T ASK ME HOW MANY MEETINGS I WENT TO BECAUSE I HAVE NO IDEA.

09:47:01 18    BUT I TELL YOU WHAT, IT WAS A LOT.

09:47:03 19    Q.   WOULD IT BE FAIR TO SAY HERE TODAY THAT YOU WENT TO EVERY

09:47:06 20    MEETING --

09:47:07 21    A.   I DON'T THINK I MISSED TOO MANY MEETINGS.

09:47:09 22    Q.   -- ON THE MRGO?

09:47:10 23            AND AT EVERY MEETING YOU WENT TO, DID YOU INFORM THE CORPS

09:47:13 24    OF ENGINEERS OF THE THREAT OF STORM SURGE FLOODING AND THE POTENTIAL

09:47:17 25    EFFECT ON ST. BERNARD PARISH?

09:47:19  1    A.  I INFORMED THEM ABOUT THE THREAT, AND I ALSO TOLD THEM, ANY

09:47:22  2    CHANCE THAT I GOT, I TOLD THEM WHAT WAS GOING TO HAPPEN.  AND ALSO,

09:47:26  3    THE PEOPLE THAT WERE INSTRUMENTAL IN HELPING TO KEEP THAT, WHICH THE

09:47:30  4    CORPS REFERS TO AS CUSTOMERS, THAT'S THE STEAMSHIP ASSOCIATION; AND

09:47:33  5    I TOLD THEM EXACTLY WHERE WE WOULD BE, WE WOULD BE DROWNING AND THEY

09:47:38  6    WOULD BE IN NEW YORK WITH THEIR LAPTOP COMPUTERS WORKING FOR THEIR

09:47:41  7    SHIPS AND THAT'S EXACTLY WHAT HAPPENED TO IT.  AS A RESULT, NOBODY

09:47:45  8    WANTS TO MAKE ANY PREDICTIONS ANYMORE.

09:47:47  9    Q.  AND DOES THE CORPS -- DID YOU SAY THAT THE CORPS REFERRED TO THE

09:47:51 10    MARITIME INDUSTRY AS THEIR CUSTOMERS?

09:47:53 11    A.  YES, SIR.

09:47:53 12    Q.  AND DO YOU REMEMBER ANY CORPS INDIVIDUALS SPECIFICALLY THAT

09:47:57 13    REFERRED TO THE MARITIME INDUSTRY AS ITS CUSTOMERS?

09:48:00 14    A.  SEVERAL.  MR. GUNN WAS ONE, AND HIM AND I TALKED A LOT, I LIKED

09:48:08 15    HIM.

09:48:09 16    Q.  WHAT ABOUT MR. BREERWOOD?

09:48:13 17           MR. EHRLICH:  OBJECTION, YOUR HONOR, HEARSAY.

09:48:15 18    OBJECTION --

09:48:15 19           THE COURT:  JUST A MINUTE.

09:48:17 20           MR. EHRLICH:  HEARSAY OBJECTION.

09:48:19 21           MR. ANDRY:  TO THE EXTENT MR. BREERWOOD IS A CORPS

09:48:21 22    EMPLOYEE, IT'S AN ADMISSION BY A PARTY OPPONENT, YOUR HONOR.

09:48:23 23           THE COURT:  I AM ASSUMING HE IS A CORPS EMPLOYEE.

09:48:25 24           MR. ANDRY:  MR. BREERWOOD TESTIFIED BEFORE, YOUR HONOR,

09:48:28 25    THAT HE WAS THE HEAD ENGINEER THAT WORKED --

1892

09:48:32 1              THE COURT:  I RECALL, I AM MAKING THAT ASSUMPTION.  GO

09:48:34 2   AHEAD.  THE OBJECTION IS OVERRULED.

09:48:36 3              THE WITNESS:  WHAT WAS THE QUESTION?

09:48:38 4              MR. ANDRY:  COULD YOU READ BACK THE QUESTION, PLEASE --

09:48:38 5   BY MR. ANDRY:

09:48:41 6   Q.  I THINK THE QUESTION WAS, DID YOU EVER HAVE OCCASION TO SPEAK

09:48:43 7   WITH MR. BREERWOOD -- NO, EXCUSE ME.

09:48:46 8              DID MR. BREERWOOD EVER TELL YOU THAT THE MARITIME INDUSTRY

09:48:51 9   WAS THE CUSTOMER OF THE CORPS?

09:48:53 10  A.  I DON'T KNOW IF MR. BREERWOOD EVER DID, BUT I MEAN, I'VE HEARD

09:48:58 11  HIM SAY -- EVERY MEETING THAT I'VE GONE TO I'VE HEARD THEM REFERRED

09:49:01 12  TO AS CUSTOMERS.

09:49:04 13  Q.  DID YOU EVER GO TO A MEETING WHEREIN, IN YOUR CAPACITY AS A

09:49:08 14  REPRESENTATIVE -- AS A COUNCILMAN OR A POLICE JUROR, AND TELL CORPS

09:49:13 15  PERSONNEL ABOUT THE PROBLEMS OF THE MRGO WITH SALINITY AND THE

09:49:21 16  KILLING OF THE WETLANDS?

09:49:21 17  A.  YES, SIR, EVERY MEETING.

09:49:21 18  Q.  AND HOW MANY MEETINGS WERE THOSE?

09:49:23 19  A.  TOO NUMEROUS TO COUNT.

09:49:26 20  Q.  WHAT WAS THE CORPS' RESPONSE WHEN YOU WENT TO THOSE MEETINGS AND

09:49:31 21  TOLD THEM ABOUT THE DANGERS OF SALTWATER INTRUSION ON THE WETLANDS?

09:49:34 22  A.  IT WAS MOSTLY -- THEY DIDN'T REALLY CARE TO DISCUSS THAT BECAUSE

09:49:38 23  THEY WERE MOSTLY -- THEIR ISSUE WAS IT WAS A NAVIGABLE WATERWAY.

09:49:43 24  Q.  DID THE CORPS -- OR DID YOU EVER HAVE OCCASION TO GO TO A

09:49:52 25  MEETING WHEREIN YOU INFORMED A CORPS INDIVIDUAL -- AND I SAY WHEN

FINAL DAILY COPY

09:49:56  1   YOU WENT TO A MEETING, I TAKE IT THAT YOU WENT TO THESE MEETINGS

09:49:59  2   AFTER YOU BECAME ELECTED IN YOUR CAPACITY AS A COUNCILMAN OR A

09:50:03  3   POLICE JUROR IN ST. BERNARD PARISH?

09:50:06  4   A.  YES, SIR.

09:50:07  5   Q.  AND DID YOU EVER HAVE OCCASION IN THAT CAPACITY TO GO TO A

09:50:10  6   MEETING WHEREIN YOU INFORMED OR TOLD THE CORPS PERSONNEL OR MULTIPLE

09:50:16  7   CORPS PERSONNEL THAT THERE WAS A FUNNEL EFFECT CREATED BY THE GIWW

09:50:23  8   AND THE MRGO?

09:50:24  9   A.  YES, SIR, EVERY MEETING I WENT TO THEY WERE WELL AWARE OF IT.

09:50:30 10   Q.  AND WHAT WAS THEIR RESPONSE TO THAT?

09:50:31 11   A.  I DON'T THINK I EVER HEARD ANY OF THEM ACKNOWLEDGE THE FACT THAT

09:50:35 12   THERE WAS A FUNNEL EFFECT.

09:50:35 13   Q.  DID THEY EVER REFER TO YOU AS CRAZY OR TELL YOU YOU WERE OUT OF

09:50:39 14   YOUR MIND?

09:50:40 15   A.  WELL, KIND OF, YEAH.  KIND OF LIKE, LIKE I DIDN'T KNOW WHAT I

09:50:47 16   WAS TALKING ABOUT, YOU KNOW.  I CAN TELL YOU ONE THING I WELL

09:50:58 17   REMEMBER, WHEN THEY USED TO HAVE THE PUBLIC HEARINGS AND I'D GET UP

09:51:03 18   TO SPEAK, THERE WAS SEVERAL OF THEM USED TO SHAKE THEIR HEADS, LIKE

09:51:06 19   HERE HE COMES AGAIN (DEMONSTRATING).

09:51:08 20   Q.  BASED ON YOUR LIFELONG EXPERIENCE AS A COUNCILMAN AND AS A

09:51:15 21   POLICE JUROR, WOULD YOU SAY THAT BASED ON YOUR INFORMATION -- BASED

09:51:21 22   ON YOUR TELLING THE CORPS THIS STUFF, THAT THEY HAD KNOWLEDGE THAT

09:51:25 23   THERE WAS A FUNNEL CREATED BY THE GIWW AND THE MRGO?

09:51:29 24   A.  OH, THEY HAD THE KNOWLEDGE, YES.  I MEAN, WE TOLD IT TO THEM.

09:51:34 25   NOT THAT THEY DID ANYTHING ABOUT IT, BUT...  YOU DIDN'T HAVE TO BE A

09:51:39 1    ROCKET SCIENTIST, MY FRIEND, TO LOOK AT THAT AND SEE.

09:51:45 2    Q.  WERE YOU A COUNCILMAN IN 1998?

09:51:48 3    A.  YES, SIR.

09:51:49 4    Q.  AND IN DECEMBER OF 1998, DID THE ST. BERNARD PARISH COUNCIL PASS

09:51:54 5    A RESOLUTION ATTEMPTING TO ADDRESS THE CLOSURE OF THE GULF OUTLET

09:51:58 6    AND BRING ABOUT THE CLOSURE OF THE GULF OUTLET?

09:52:00 7    A.  YES, SIR, WE PASSED MANY RESOLUTIONS OVER THE YEARS.  THE ONE

09:52:06 8    YOU MAY BE REFERRING TO MAY BE THE ONE WHERE WE PUT THE

09:52:09 9    ENVIRONMENTAL COMMITTEE TOGETHER.

09:52:11 10   Q.  YES, SIR.

09:52:17 11          COULD YOU PULL UP 1253, PLEASE.  AND COULD YOU LOOK AT

09:52:21 12   THAT DOCUMENT, MR. RODRIGUEZ, AND GO DOWN A LITTLE BIT, CARL.  AT

09:52:31 13   THE TIME, WERE YOU A COUNCILMAN FOR DISTRICT E IN ST. BERNARD?

09:52:34 14   A.  I THINK SO.

09:52:35 15   Q.  AND WHAT WAS THE PURPOSE OF THIS RESOLUTION?

09:52:37 16   A.  THE PURPOSE OF THE RESOLUTION WAS TRYING TO GET THE ARMY CORPS

09:52:43 17   OF ENGINEERS TO FACE THE FACT THAT THE GULF OUTLET NEEDED TO BE

09:52:48 18   CLOSED.

09:52:48 19   Q.  PRIOR TO THAT TIME, IS IT YOUR BELIEF AS AN ELECTED OFFICIAL AND

09:52:53 20   AS AN INDIVIDUAL IN ST. BERNARD THAT THE CORPS OF ENGINEERS DID NOT

09:52:57 21   BELIEVE THAT THE MRGO SHOULD BE CLOSED?

09:53:00 22   A.  THEY OBVIOUSLY DIDN'T, THEY KEPT IT OPEN.  THEY KEPT JUSTIFYING

09:53:05 23   ECONOMIC VALUES OF IT.

09:53:09 24   Q.  IN THE RESOLUTION, IT SAYS:  "WHEREAS THE LAND LOSS FROM THE

09:53:14 25   MRGO COMBINED WITH THE HURRICANE DAMAGE NOW MAKES RESIDENCE FOR

09:53:18 1    PLAQUEMINES, ORLEANS AND ST. BERNARD PARISHES MORE VULNERABLE TO

09:53:21 2    TROPICAL STORM SURGES THAN AT ANY TIME IN HISTORY."

09:53:26 3            AND IT ALSO SAYS:  "SALTWATER INTRUSION HAS VIRTUALLY

09:53:30 4    DESTROYED THE INTERMEDIATE MARSHES AND FRESHWATER SWAMPS SURROUNDING

09:53:34 5    LAKE BORGNE RESULTING FROM THE OPENING OF THE MRGO."

09:53:36 6            WAS THIS DOCUMENT PROVIDED TO THE CORPS OF ENGINEERS?

09:53:38 7    A.  YES, SIR.  IT WAS SENT TO EVERY FEDERAL LEGISLATIVE DELEGATION

09:53:47 8    AND THE CORPS OF ENGINEERS, EVERYONE THAT WOULD HAVE BEEN INVOLVED.

09:53:50 9    THE DOCK BOARD WOULD HAVE GOT ONE.

09:53:52 10   Q.  WHEN YOU SAY IT WAS SENT TO THE FEDERAL LEGISLATIVE DELEGATION,

09:53:57 11   WAS IT ST. BERNARD PARISH'S OBLIGATION TO PROVIDE OR OBTAIN FUNDING

09:54:02 12   FOR REMEDIAL MEASURES ON THE MISSISSIPPI RIVER GULF OUTLET?

09:54:04 13   A.  NO, SIR.  THAT WOULD HAVE BEEN CONGRESS, THAT WOULD HAVE BEEN

09:54:08 14   OUR CONGRESSIONAL PEOPLE.

09:54:09 15   Q.  DOES THE CORPS -- WERE YOU HIRED BY THE CORPS OR PAID BY THE

09:54:16 16   CORPS TO PROVIDE NOTICE TO CONGRESS ABOUT THE BAD EFFECTS OF THE

09:54:21 17   MRGO?

09:54:22 18   A.  NO.  I WOULDN'T EVEN WORK FOR THE CORPS, BUT I WASN'T.

09:54:26 19   Q.  PURSUANT TO THIS -- THIS RESOLUTION ASKS FOR A TASK FORCE

09:54:40 20   CONSISTING OF A POLICY COMMITTEE AND TECHNICAL ADVISORY COMMITTEE

09:54:42 21   THAT WILL, WITHIN THE NEXT 12 MONTHS, DESIGN AND DEVELOP A

09:54:45 22   COST-EFFECTIVE PROGRAM TO PHASE OUT THE MRGO.  WAS A POLICY

09:54:48 23   COMMITTEE CREATED PURSUANT TO THIS RESOLUTION?

09:54:51 24   A.  YES, SIR.

09:54:52 25   Q.  HOW LONG AFTER THE RESOLUTION WAS THE POLICY AND TECHNICAL

09:54:58 1    COMMITTEE CREATED?

09:54:59 2    A.  I AM NOT QUITE SURE HOW LONG IT TOOK, BUT I THINK IT TOOK -- I

09:55:05 3    THINK IT TOOK US ABOUT A MONTH, MAYBE A LITTLE MORE THAN THAT ON

09:55:08 4    THAT PARTICULAR.

09:55:09 5    Q.  AND COULD YOU PULL UP 1254, PLEASE, PAGE 26.

09:55:16 6    A.  I KNOW THERE WERE EXTENSIVE MEETINGS ABOUT IT.  IT TOOK QUITE

09:55:20 7    AWHILE.

09:55:26 8    Q.  IS THAT THE COMMITTEE STRUCTURE THAT WAS CREATED PURSUANT TO THE

09:55:30 9    DECEMBER 1998 RESOLUTION PASSED BY THE ST. BERNARD PARISH COUNCIL?

09:55:39 10   A.  YES, SIR.

09:55:39 11   Q.  AND ST. BERNARD PARISH WAS A MEMBER OF THE POLICY COMMITTEE.

09:55:42 12   WERE YOU ST. BERNARD PARISH'S REPRESENTATIVE ON THE POLICY

09:55:45 13   COMMITTEE?

09:55:45 14   A.  YES, I THINK SO.  IF MY MEMORY IS CORRECT.

09:55:49 15   Q.  AND WAS THERE A MEMBER OF THE UNITED STATES ARMY CORPS OF

09:55:53 16   ENGINEERS ON THE POLICY COMMITTEE?

09:55:56 17   A.  IN ALL PROBABILITY.  I AM NOT QUITE SURE, THAT'S A LONG TIME

09:55:58 18   AGO, BUT...

09:55:59 19   Q.  RIGHT THERE.  DO YOU REMEMBER WHO THE GENTLEMAN WAS THAT WAS ON

09:56:03 20   THE POLICY COMMITTEE FROM THE CORPS?

09:56:05 21   A.  NO, I REALLY DON'T.

09:56:08 22         MR. EHRLICH:  OBJECTION.  LACKS FOUNDATION.  THE WITNESS

09:56:12 23   TESTIFIED THAT HE DIDN'T KNOW --

09:56:13 24         THE COURT:  HE JUST SAID HE DIDN'T KNOW.  I'M SURE IT'S

09:56:15 25   NOT ONE OF THE GREAT MYSTERIES OF THE UNIVERSE.

09:56:18 1        MR. ANDRY:  IT'S NOT, WE'RE ABOUT TO GET TO THAT.

09:56:18 2  BY MR. ANDRY:

09:56:20 3  Q.  AND IN THE MRGO COMMITTEE MEMBERSHIP, WAS THERE A HURRICANE

09:56:25 4  PROTECTION SUBCOMMITTEE?

09:56:27 5  A.  YES, SIR.

09:56:31 6  Q.  AND IN THESE DOCUMENTS AT PAGE -- GO TO PAGE THREE, PLEASE.  DID

09:56:39 7  SOMEBODY TAKE MINUTES OF THE MEETINGS OF EACH OF THESE COMMITTEE

09:56:43 8  MEETINGS?

09:56:43 9  A.  I'M SURE THEY DID.  I DON'T RECALL WHO IT WAS, BUT I'M SURE THEY

09:56:48 10 DID.

09:56:48 11 Q.  AND WERE THOSE MINUTES FAIR AND ACCURATE DEPICTIONS OF EXACTLY

09:56:52 12 WHAT WENT ON AT THE MEETINGS --

09:56:53 13 A.  YES, SIR.

09:56:54 14 Q.  -- AS THEY WENT ON?

09:56:55 15        COULD YOU PULL UP EXHIBIT 1255.  DO YOU REMEMBER A MEETING

09:57:03 16 OF JULY 7TH, 1999?

09:57:09 17        THE COURT:  WHY DON'T YOU LET HIM LOOK AT THAT SO HE CAN

09:57:15 18 PUT THAT IN CONTEXT.

09:57:18 19        THE WITNESS:  I CAN RECALL --

09:57:20 20        THE COURT:  JUST A MINUTE.

09:57:21 21        THE WITNESS:  -- SEVERAL --

09:57:23 22        THE COURT:  JUST A MINUTE.  COUNSEL, WHAT'S YOUR

09:57:24 23 OBJECTION?

09:57:25 24        MR. EHRLICH:  YOUR HONOR, WELL, HE IS SHOWING HIM THE

09:57:28 25 DOCUMENT BEFORE --

09:57:28  1          THE COURT:  THE OBJECTION IS COMPLETELY AND UNEQUIVOCALLY

09:57:31  2   OVERRULED.  HE MAY DO THAT, TO ASK HIM IF HE REMEMBERS THAT MEETING.

09:57:34  3   SO YOU MAY SIT DOWN.

09:57:34  4   BY MR. ANDRY:

09:57:38  5   Q.  MR. RODRIGUEZ, IN LOOKING AT EXHIBIT 1255, WHICH AT THE TOP IS

09:57:42  6   THE MINUTES OF THE MRGO POLICY COMMITTEE DATED JULY 7TH, 1999.  DOES

09:57:46  7   THAT REFRESH YOUR RECOLLECTION OF THE SUBSTANCE OF THAT MEETING?

09:57:50  8   A.  YES, SIR.

09:57:50  9   Q.  IN LOOKING AT THE MINUTES OF THIS MEETING, IT INDICATES THAT

09:57:57 10   THERE WAS A DISCUSSION CENTERED SOMETIME ON THE CRITICAL

09:58:04 11   IMPLEMENTING, INCLUDING FEMA AND OTHERS, IN THE MRGO MODIFICATION

09:58:08 12   PLANNING PROCESS TO ADDRESS STORM-RELATED IMPACTS RELATED TO THE

09:58:11 13   MRGO.  DO YOU REMEMBER THAT DISCUSSION?

09:58:12 14   A.  YES, SIR.

09:58:14 15   Q.  AND BELOW THAT IT SAYS, MR. BOB BUISSON, CORPS OF ENGINEERS, WAS

09:58:18 16   ASKED REGARDING WHETHER THE CORPS OF ENGINEERS PLAN OF STUDY FOR

09:58:22 17   MRGO WOULD INCLUDE HURRICANE PROTECTION AND FLOOD CONTROL, AND THE

09:58:25 18   RESPONSE WAS THAT THE CORPS INDICATED THAT AS A MATTER OF POLICY, IT

09:58:30 19   WOULD ONLY STUDY NAVIGATION.

09:58:31 20   A.  I'VE HEARD THAT SEVERAL TIMES.

09:58:33 21   Q.  AND DO YOU REMEMBER AT THAT MEETING WHAT MR. BUISSON SAID TO

09:58:36 22   THAT EFFECT?

09:58:45 23   A.  YES, SIR.

09:58:46 24   Q.  NOW, FURTHER DOWN, IT SAYS:  "MR. RODRIGUEZ, ST. BERNARD PARISH,

09:58:47 25   SUGGESTED THAT THE CORPS OF ENGINEERS' RESPONSIBILITIES AND

09:58:50 1   POLICIES, THEIR SERVICES MIGHT BE LIMITED TO THE TECHNICAL COMMITTEE

09:58:53 2   RATHER THAN PARTICIPATING ON THE POLICY COMMITTEE."

09:58:54 3        WHY DID YOU MAKE THAT SUGGESTION?

09:58:56 4   A.   BECAUSE I THINK -- I HATE TO USE THE WORD EXPERTISE, BUT I AM

09:59:02 5   GOING TO HAVE TO USE THAT WITH REGARD TO THE TECHNICAL COMMITTEE

09:59:06 6   THAN IT WAS THE POLICY, SINCE THEIR POLICY, THEY DIDN'T SEEM TO BE

09:59:10 7   THE SAME AS WHAT THE POLICY THAT WE HAD IN MIND WITH REGARD TO THE

09:59:15 8   MRGO.

09:59:15 9   Q.   AND THEN YOU WENT ON TO SAY:  "ALL AGREED, HOWEVER, THAT THE

09:59:19 10  CORPS OF ENGINEERS IS AN IMPORTANT PLAYER IN THE CLOSURE PLAN

09:59:22 11  DEVELOPED THROUGH THE POLICY COMMITTEE BECAUSE, ULTIMATELY, CONGRESS

09:59:25 12  LOOKS TO THE CORPS OF ENGINEERS FOR RECOMMENDATIONS ON THE ISSUES OF

09:59:30 13  NAVIGATION AND FLOODING."

09:59:31 14       DO YOU REMEMBER THAT DISCUSSION?

09:59:32 15  A.   YEAH, YES, SIR.

09:59:34 16  Q.   AND WHEN IT SAYS ALL AGREED, DID MR. BOB BUISSON AGREE WITH YOU

09:59:39 17  AT THE TIME THAT CONGRESS LOOKS TO THE CORPS OF ENGINEERS FOR

09:59:41 18  RECOMMENDATIONS ON NAVIGATION AND FLOODING?

09:59:44 19  A.   I DON'T RECALL.  I'LL BE HONEST WITH YOU ON THAT.

09:59:48 20  Q.   IS IT -- DOES CONGRESS LOOK TO ST. BERNARD PARISH FOR

09:59:52 21  RECOMMENDATIONS ON ISSUES OF NAVIGATION AND FLOODING?

09:59:55 22  A.   NO.  CONGRESS DOESN'T -- DIDN'T LOOK TO ST. BERNARD PARISH FOR

09:59:58 23  ANYTHING.  IT REALLY -- CONGRESS DEPENDS UPON THE CORPS OF

10:00:05 24  ENGINEERS.  THE CORPS OF ENGINEERS IS QUITE SIMILAR TO THE COUNCIL

10:00:11 25  FORM OF GOVERNMENT.  THE CORPS OF ENGINEERS IS AN ADMINISTRATIVE

10:00:13  1    BRANCH, WOULD HAVE RECOMMENDED CLOSURE, THEY WOULD HAVE CLOSED IT.

10:00:18  2    AS LONG AS THEY KEPT RECOMMENDING THAT IT STAY OPEN, THEN THERE WAS

10:00:22  3    GOING TO BE NO CLOSURE.

10:00:25  4    Q.  COULD YOU PULL UP PAGE 1257 -- OR EXHIBIT 1257.  FIRST PAGE.

10:00:34  5    THAT DOCUMENT IS THE REPORT ON THE ENVIRONMENTAL SUBCOMMITTEE TO THE

10:00:38  6    MRGO TECHNICAL COMMITTEE.  ARE YOU FAMILIAR WITH THAT DOCUMENT,

10:00:41  7    MR. RODRIGUEZ?

10:00:42  8    A.  YES, SIR.

10:00:43  9    Q.  AND WAS THAT THE DOCUMENT THAT WAS THE ULTIMATE WORK PRODUCT OF

10:00:48 10    THE MRGO POLICY COMMITTEE AND TECHNICAL COMMITTEE?

10:00:51 11    A.  YES.

10:00:51 12    Q.  AND AT PAGE 45 OF THAT DOCUMENT, PAGE 45, THAT IS THE HABITAT

10:01:04 13    IMPACTS OF THE CONSTRUCTION OF THE MRGO THAT APPEARS TO HAVE BEEN

10:01:08 14    PREPARED BY THE NEW ORLEANS DISTRICT FOR THE CORPS OF ENGINEERS FOR

10:01:11 15    THE ENVIRONMENTAL SUBCOMMITTEE ON THE TECHNICAL COMMITTEES CONVENED

10:01:15 16    BY THE EPA IN RESPONSE TO THE ST. BERNARD PARISH COUNCIL RESOLUTION

10:01:19 17    OF DECEMBER 1998.  DID THE CORPS, IN FACT, PREPARE THIS DOCUMENT?

10:01:23 18    A.  YES, SIR.

10:01:24 19    Q.  AND ON PAGE -- ON THE NEXT PAGE OF THE DOCUMENT, PAGE, I GUESS

10:01:29 20    IT WOULD BE 46, IT STATES, AND THIS WAS PREPARED PURSUANT TO THE

10:01:36 21    CORPS' RESPONSIBILITY AND THE CORPS' POSITION ON THE MRGO POLICY AND

10:01:40 22    TECHNICAL COMMITTEE; IS THAT RIGHT?

10:01:41 23    A.  YES, SIR.

10:01:42 24    Q.  IN THAT DOCUMENT IT SAYS, THE CORPS AGREED TO DRAFT THIS REPORT,

10:01:53 25    AND THE NEXT SENTENCE, SECOND PARAGRAPH, SAYS THERE WERE THREE --

10:01:53  1          THE COURT:  LET IT BE BLOWN UP BEFORE YOU START --

10:01:55  2          MR. ANDRY:  OKAY.  I'M SORRY.

10:01:56  3          THE COURT:  -- SO EVERYBODY CAN SEE IT.

10:01:58  4          MR. ANDRY:  BLOW UP A LITTLE MORE THE SECOND AND THIRD

10:02:01  5  SENTENCE, BEGINNING WITH THE CORPS OF ENGINEERS IN THE SECOND

10:02:05  6  SENTENCE.

10:02:05  7          THE COURT:  WE CAN READ THAT OKAY.  HE IS UNDERLINING OR

10:02:10  8  HIGHLIGHTING.

10:02:11  9  BY MR. ANDRY:

10:02:12 10  Q.  IT SAYS:  "THERE ARE THREE BASIC IMPACTS CAUSED BY THE

10:02:15 11  CONSTRUCTION OF THE MRGO:  HABITAT LOSS DUE TO CHANNEL EXCAVATION,

10:02:20 12  SPOIL DISPOSAL AND EROSION."

10:02:22 13          IS THAT WHAT YOU EXPERIENCED DURING YOUR LIFETIME GROWING

10:02:25 14  UP IN VERRET AND IN FISHING AND HUNTING AND TRAPPING IN THE CENTRAL

10:02:30 15  WETLANDS UNIT?

10:02:30 16  A.  THAT'S CORRECT.

10:02:31 17  Q.  IT ALSO SAYS THAT THERE IS SHIFTS IN HABITAT TYPE DUE TO THE

10:02:36 18  SALINITY BROUGHT IN BY THE MRGO.  DID YOU EXPERIENCE THAT GROWING UP

10:02:42 19  AND WORKING AND TRAPPING IN ST. BERNARD PARISH IN THE CENTRAL

10:02:46 20  WETLANDS UNIT?

10:02:46 21  A.  YES, SIR.

10:02:46 22  Q.  AND IT ALSO SAYS THAT THERE'S INCREASED LAND LOSS DUE TO

10:02:51 23  HYDROLOGICAL CHANGES CAUSED BY THE MRGO.

10:02:54 24  A.  YES, SIR.

10:02:54 25  Q.  DID YOU EXPERIENCE THAT ALSO GROWING UP IN ST. BERNARD AND

10:02:58 1   FISHING IN THE CENTRAL WETLANDS UNIT?

10:03:02 2   A.   CERTAINLY DID.

10:03:02 3   Q.   AT THE TOP OF THIS -- THE FIRST PARAGRAPH OF THIS DOCUMENT,

10:03:07 4   COULD YOU BLOW THAT UP, PLEASE.   APPROXIMATELY THE THIRD SENTENCE

10:03:13 5   SAYS:   "WAVE WASH ERODES THE CHANNEL BY ABOUT 15 FEET A YEAR."

10:03:17 6           WAS THAT YOUR EXPERIENCE -- HAVE YOU EVER BEEN -- LET ME

10:03:21 7   ASK YOU THIS:   HAVE YOU EVER BEEN IN THE MRGO WHEN A SHIP PASSED?

10:03:25 8   A.   YES, SIR.

10:03:27 9   Q.   AND COULD YOU DESCRIBE HOW THAT -- DID YOU EVER WATCH -- COULD

10:03:32 10  YOU DESCRIBE WHAT HAPPENS WHEN A SHIP PASSES WHEN YOU WERE IN THE

10:03:35 11  MRGO?

10:03:35 12  A.   WELL, YOU HAD TO BE VERY CAREFUL.   IT WAS ALMOST BETTER TO BE IN

10:03:39 13  THE MRGO ITSELF THAN TO BE IN AN ADJOINING BAYOU BECAUSE YOU HAD TWO

10:03:47 14  EFFECTS, AS THE SHIP WAS COMING, IT WOULD BRING THE WATER INTO THE

10:03:51 15  BAYOU.

10:03:51 16          I CAN RECALL ONE ISSUE WHERE I WAS IN A PLACE CALLED

10:03:55 17  ALABAMA BAYOU AND I'M LOOKING AT ABOUT A SEVEN-, EIGHT-FEET WALL OF

10:04:00 18  WATER COMING AT ME AND WE HAD TO TURN AROUND AND RUN FROM IT.   AND

10:04:03 19  THEN AFTER THAT, ONCE THE SHIP PASSES, THEN IT'S A BIG VACUUM, IT

10:04:09 20  SUCKS ALL OF THE WATER OUT, YOU WIND UP ON THE BOTTOM -- YOU'RE

10:04:12 21  SITTING DIRECTLY ON THE BOTTOM OF THE BAYOU.

10:04:14 22  Q.   DID WAVE WASH IN YOUR OBSERVATIONS FROM SHIPS CAUSE EROSION OF

10:04:19 23  THE BANKS OF THE MRGO AND THE SURROUNDING MARSH AREA?

10:04:23 24  A.   REAL BAD.   AS A MATTER OF FACT, THAT WAS ONE OF THE ISSUES THAT

10:04:32 25  DR. GAGLIANO WAS HIRED.   WE TRIED TO DO WAS TO PUT A SPEED LIMIT ON

10:04:39  1   THE VESSELS.  AND WE WERE TOLD THAT THAT WAS NOT IN OUR JURISDICTION

10:04:45  2   AND WE COULDN'T DO IT.  AS A MATTER OF FACT, THEY WERE VERY

10:04:53  3   DISTURBED ABOUT THAT.

10:04:54  4   Q.  AND WHY DID ST. BERNARD PARISH SEEK TO PUT A SPEED LIMIT ON THE

10:04:54  5   VESSELS?

10:04:54  6   A.  WELL, WE WANTED THEM TO SLOW DOWN.  IF THEY WENT AT A REASONABLE

10:04:58  7   NAVIGABLE, NAVIGATIONAL SPEED, THERE WOULDN'T HAVE BEEN THAT MUCH OF

10:05:04  8   A SQUAT ON THE SHIP AND THERE WOULDN'T HAVE BEEN THAT MUCH OF A

10:05:09  9   DIFFERENCE WITH THE BANK EROSION.  BUT OBVIOUSLY, TIME IS MONEY TO

10:05:14 10   THOSE SHIPPING COMPANIES AND THE FASTER THEY GET THERE, YOU KNOW,

10:05:21 11   THAT'S -- OTHER THINGS DON'T CONCERN THEM, SO...

10:05:23 12   Q.  WHAT WAS YOUR -- WHAT WERE YOU TOLD WHEN YOU TRIED TO PUT A

10:05:27 13   SPEED LIMIT ON THE SHIPS PASSING DOWN THE MRGO?

10:05:29 14   A.  THAT WAS NOT OUR -- WE HAD NO JURISDICTION WHATSOEVER.  THE

10:05:33 15   JURISDICTION OF ST. BERNARD PARISH BELONGS TO THE ST. BERNARD PORT

10:05:39 16   AUTHORITY, THEY HAVE JURISDICTION OVER ALL NAVIGABLE WATERWAYS IN

10:05:43 17   ST. BERNARD PARISH, WITH THE EXCEPTION OF THE MISSISSIPPI RIVER GULF

10:05:46 18   OUTLET.

10:05:46 19   Q.  AND WHO HAS JURISDICTION OVER THE MISSISSIPPI RIVER GULF OUTLET?

10:05:49 20   A.  THEY TOLD US IT'S THE CORPS OF ENGINEERS, IT'S AN INTERNATIONAL

10:05:54 21   WATERWAY.  THAT'S WHAT WE WERE TOLD.  WE HAVE NO JURISDICTION.

10:05:58 22   Q.  AND THIS DOCUMENT, GOING BACK TO THE FIRST PARAGRAPH.  THE NEXT

10:06:02 23   SENTENCE SAYS: "ST. BERNARD PARISH HAS LONG REQUESTED THE CLOSURE

10:06:06 24   OF THE CHANNEL BECAUSE, IN ADDITION TO THE ENVIRONMENTAL DAMAGE,

10:06:09 25   THEY BELIEVE THAT THE CHANNEL SERVES AS A FUNNEL FOR HURRICANE

10:06:16 1    SURGES TO ENTER THE PARISH."

10:06:17 2            WAS THERE A DISCUSSION IN THE POLICY COMMITTEE ABOUT HOW

10:06:25 3    THE MRGO AND THE GIWW CREATED A FUNNEL?

10:06:29 4    A.   CERTAINLY.

10:06:30 5    Q.   WAS THERE DISCUSSION IN THOSE MEETINGS ABOUT HOW THE WETLANDS

10:06:36 6    LOSS AND THE ENLARGEMENT OF THE MRGO REACH 2 HEIGHTENED THE PROBLEM

10:06:42 7    OF THE FUNNEL?

10:06:47 8    A.   CERTAINLY.   THE MORE THE BANKS DETERIORATED, THE WORSE IT GOT.

10:06:52 9    A PRIME EXAMPLE OF THAT IS, ORIGINALLY IF ANYONE THAT'S FAMILIAR

10:06:57 10   WITH THE MRGO AT THE PRESENT TIME, IF YOU GO THROUGH THE MRGO RIGHT

10:07:01 11   NOW, YOU WILL SEE THERE'S INDIVIDUAL NAVIGATIONAL LIGHTS.   THOSE

10:07:06 12   LIGHTS ARE IN THE MRGO.   NOW BEFORE, THOSE THINGS WERE ACTUALLY

10:07:11 13   50 FEET, 100 FEET, I THINK ABOUT 50 TO 100 FEET ONSHORE.

10:07:18 14           AND ONE OF THE OTHER ISSUES IS, IT'S ABOUT -- IT'S SOME

10:07:23 15   PLACES IT'S 2,000 FEET, SOME PLACES IT'S OPEN ALL THE WAY TO THE

10:07:27 16   ADJACENT BODIES LIKE BAYOU DUPRE.   LAKE BORGNE IS A PRIME EXAMPLE.

10:07:33 17   IT'S RIGHT THERE AT THE BAYOU DUPRE.

10:07:38 18           IF YOU WERE TO GO AT ONE TIME, THE GRAY BRIDGE OR THE

10:07:44 19   GREEN BRIDGE OR THE RUSTY BRIDGE, WHATEVER YOU WANT TO CALL IT NOW,

10:07:48 20   ON PARIS ROAD, YOU CAN RIDE AROUND THE PILINGS AND THE SUPPORTS THAT

10:07:53 21   HOLD UP THAT BRIDGE.   THERE'S 40 FEET OF WATER AROUND THESE PILINGS.

10:07:58 22   THOSE PILINGS -- AND THAT ISSUE HAS ALSO BEEN BROUGHT TO THEIR

10:08:07 23   ATTENTION SEVERAL TIMES, AND, YOU KNOW, IT'S ALSO BECOME A FACTOR

10:08:09 24   WHERE BARGES HAVE ACTUALLY HIT THOSE PILINGS.

10:08:12 25   Q.   WERE YOU EVER TOLD THAT THE CORPS HAD A UNITIVE STATEMENT OR

10:08:19  1   PARTY LINE THAT THERE WAS NO FUNNEL EFFECT?

10:08:22  2   A.   NO, SIR.  NOT THAT I KNOW OF.

10:08:27  3   Q.   COULD YOU PULL UP JX 0325.  MR. RODRIGUEZ, WERE YOU EVER TOLD

10:08:37  4   THAT IN 1973 CECIL SOILEAU, ON BEHALF OF THE CORPS, DRAFTED A

10:08:44  5   MEMORANDA THAT SAYS:  "THE PURPOSE OF THIS MEMORANDUM IS TO PROVIDE

10:08:49  6   A UNITIVE STATEMENT ON THE NEW ORLEANS DISTRICT -- OR OF THE NEW

10:08:53  7   ORLEANS DISTRICT CONCERNING THE ACCUSATION BY SHERWOOD M. GAGLIANO

10:09:01  8   OR ANYWHERE ELSE -- OR ANYONE ELSE, THAT THE ALIGNMENT OF THE

10:09:01  9   PROTECTION LEVEE CREATES A FUNNEL EFFECT IN THE VICINITY OF PARIS

10:09:04 10   ROAD AND LAKE BORGNE"?

10:09:05 11   A.   NO, SIR, I DIDN'T KNOW ABOUT THIS UNTIL.

10:09:09 12   Q.   IN ALL OF THOSE MEETINGS THAT YOU WENT TO WITH THE CORPS OF

10:09:13 13   ENGINEERS, WHEN YOU TOLD THEM IT WAS A FUNNEL AFTER 1973, DID THEY

10:09:17 14   TELL YOU THEY WERE AWARE OF THE FACT THAT IT WAS A FUNNEL AND THAT

10:09:20 15   THEY HAD A UNITIVE STATEMENT OF PARTY LINE THAT THERE WAS NONE?

10:09:23 16   A.   THEY NEVER DID TELL US THEY WERE AWARE THAT -- I NEVER KNEW

10:09:28 17   ANYTHING ABOUT A DOCUMENT OF DISTINCTION.

10:09:32 18   Q.   IN 1998 WHEN Y'ALL WERE PARTICIPATING IN THE POLICY AND

10:09:35 19   TECHNICAL COMMITTEE, DID THEY TELL YOU AT THAT TIME THAT THEY HAD A

10:09:39 20   PARTY LINE OF UNITIVE STATEMENT THAT THERE WAS NO FUNNEL?

10:09:42 21   A.   NOT TO MY KNOWLEDGE.

10:09:43 22   Q.   NOW, MOVING ON, MR. RODRIGUEZ.  DID YOU PARTICIPATE IN A MEETING

10:10:01 23   WITH THE MRGO COMMITTEE IN 2003 WHEREIN Y'ALL DISCUSSED DREDGING?

10:10:10 24   A.   YES, SIR.

10:10:10 25   Q.   AND DO YOU REMEMBER THAT MEETING?  LET ME GET THE MINUTES.

10:10:18 1          THE COURT:  DO YOU REMEMBER THE MEETING, SIR?

10:10:20 2          THE WITNESS:  BARELY REMEMBER IT.  IF YOU CAN JOG MY

10:10:22 3 MEMORY A LITTLE BETTER, IF YOU'LL GIVE ME SOME THINGS.

10:10:26 4          MR. ANDRY:  IT'S 1256.

10:10:36 5 BY MR. ANDRY:

10:10:37 6 Q.  DO YOU REMEMBER THAT MEETING IF YOU LOOK AT THE MINUTES?  DOES

10:10:40 7 THAT REFRESH YOUR RECOLLECTION?

10:10:44 8 A.  (WITNESS REVIEWS DOCUMENT.)

10:10:46 9 Q.  DO YOU REMEMBER A DISCUSSION IN THAT MEETING ON FEBRUARY OF 19TH

10:10:51 10 OF 2003 WHEREIN MR. RUSSO, ON BEHALF OF THE CORPS OF ENGINEERS,

10:10:57 11 STATED THAT THE MISSISSIPPI RIVER GULF OUTLET FROM APPROXIMATELY

10:11:02 12 MILE MARKER 50 TO 66 WAS DREDGED TO 60 OR 70 FEET DEEP?

10:11:08 13 A.  NO, SIR.  WE WERE NEVER MADE -- WE WERE NEVER TOLD THAT IT WAS

10:11:13 14 DREDGED TO 60 OR 70 FEET.  WE WERE ALWAYS UNDER THE ASSUMPTION THAT

10:11:18 15 IT WAS AUTHORIZED THAT, I THINK IT WAS 36, AND THEY DIDN'T DREDGE IT

10:11:23 16 TO 40 OR 42, AND THEY CALLED THAT MAINTENANCE DREDGING.

10:11:27 17          WHEN WE QUESTIONED THAT ISSUE, HOWEVER, BEING -- AS I

10:11:32 18 LIVED IN VERRET, I DID KNOW THAT THERE WAS SOME AREAS THAT THEY HAD,

10:11:40 19 PARTICULARLY SOUTH OF VERRET -- NORTH OF VERRET, THAT THEY HAD TO

10:11:43 20 DREDGE 60 TO 70 FEET, AND I KNEW THAT BECAUSE AT THE TIME -- I ONLY

10:11:49 21 KNEW THAT BECAUSE AT THE TIME, MY FATHER HAD A BUSINESS PLACE AND

10:11:55 22 THOSE PEOPLE STAYED THERE THAT WERE WORKING ON THE CHANNEL, AND WE

10:11:59 23 WERE TOLD AT THAT TIME THAT THEY HAD DREDGED THAT HOLE OUT IN

10:12:03 24 SEVERAL SPOTS TO -- THEY HAD -- THEY PILED THE DREDGE MATERIAL UP

10:12:11 25 AND LET IT DRY OUT SO THEY COULD MAKE THE LEVEE OUT OF IT.

10:12:15  1    Q.  IN LOOKING AT EXHIBIT 1256, PAGE 84, AND SEE IF THIS REFRESHES

10:12:21  2    YOUR RECOLLECTION, REFERRING TO -- COULD YOU PULL UP PAGE 84,

10:12:27  3    MR. RUSSO'S STATEMENT.  LET ME PUT IT ON THE ELMO, YOUR HONOR.

10:12:41  4         SPECIFICALLY, WHEREIN MR. RUSSO SAID:  "THOSE DEPTHS ARE

10:12:47  5    IN MOST CASES PRETTY CLOSE TO THE AUTHORIZED DIMENSIONS OR MUCH LESS

10:12:51  6    WITH THE EXCEPTION FOR MANY YEARS AGO FROM MILE 66, WHICH IS THE TOP

10:12:55  7    OF THE RED LINE, DOWN TO APPROXIMATELY MILE 50, WHICH IS THE CENTER

10:12:59  8    LOBES OF LAKE BORGNE.  THAT WAS THE SUBJECT OF ABOUT MINUS 70-FOOT

10:13:04  9    DREDGING FOR LEVEE CONSTRUCTION MANY YEARS AGO."

10:13:06 10         DO YOU REMEMBER THAT DISCUSSION?

10:13:08 11    A.  YES.  YES, SIR.

10:13:12 12    Q.  AND WHEREIN HE SAID:  "IT'S JUST STARTING TO SHALLOW BACK UP NOW

10:13:17 13    APPROACHING THE AUTHORIZED DIMENSIONS.  ONE DAY IT WILL GET THERE

10:13:20 14    EVENTUALLY."

10:13:21 15    A.  YES, SIR.

10:13:22 16    Q.  NOW, MR. RODRIGUEZ, WERE YOU IN ST. BERNARD PARISH FOR HURRICANE

10:13:30 17    KATRINA?

10:13:30 18    A.  YES.

10:13:31 19    Q.  WAS MR. RUSSO A CORPS EMPLOYEE?

10:13:35 20    A.  TO THE BEST OF MY KNOWLEDGE.

10:13:38 21    Q.  WERE YOU IN HURRICANE KATRINA IN ST. BERNARD PARISH?

10:13:43 22    A.  I'M SORRY, I DIDN'T GET THAT.

10:13:46 23    Q.  WERE YOU -- DID YOU STAY FOR HURRICANE KATRINA?

10:13:49 24    A.  YES, SIR.

10:13:49 25    Q.  AND WHERE WERE YOU DURING THE HURRICANE?

10:13:52 1    A.   GOVERNMENT COMPLEX.

10:13:53 2    Q.   WERE YOU PARISH PRESIDENT AT THE TIME?

10:13:56 3    A.   YES, SIR.

10:13:57 4    Q.   ON THE MORNING AFTER THE STORM PASSED -- EXCUSE ME.   WHEN DID

10:14:04 5    THE STORM PASS THE GOVERNMENT COMPLEX IN ST. BERNARD?

10:14:07 6    A.   THE WORST WINDS WERE AT 3:30, THAT'S WHEN THE -- EVEN THOUGH WE

10:14:16 7    HAD SHUTTERS ON THE WINDOWS AND WE HAD STORM SHUTTERS ON THE

10:14:20 8    WINDOWS, IT DID BLOW OUT ONE LARGE 8-BY -- I'D SAY ABOUT 8-BY-16

10:14:29 9    SECTION OF GLASS.   AND THAT WAS AT 3:30.   AND AFTER THAT, THAT WAS

10:14:35 10   THE PEAK HOUR.

10:14:37 11   Q.   WHEN YOU WOKE UP THE FOLLOWING MORNING AT DAYBREAK, WAS THERE

10:14:40 12   WATER ON THE GROUND AT THE ST. BERNARD PARISH COMPLEX?

10:14:43 13   A.   I DIDN'T WAKE UP, WE NEVER SLEPT AFTER 3:30.

10:14:46 14   Q.   WHERE IS THE ST. BERNARD -- I'M SORRY.   WERE YOU ANSWERING?

10:14:52 15   A.   (WITNESS NODS HEAD IN THE AFFIRMATIVE.)

10:14:52 16   Q.   WHERE IS THE ST. BERNARD PARISH COUNCIL BUILDING LOCATED?

10:14:57 17   A.   8201 WEST JUDGE PEREZ DRIVE.

10:15:00 18   Q.   WHICH IS APPROXIMATELY WHAT LOCATION?

10:15:06 19   A.   THAT'S APPROXIMATELY A MILE AND A HALF FROM THE PARISH LINE, THE

10:15:10 20   NEW ORLEANS LINE.

10:15:11 21   Q.   CARL, COULD YOU PULL UP 1814 -- IT'S 1810.4, I THINK IS THE

10:15:20 22   EXHIBIT.

10:15:29 23            WHEN YOU WOKE UP IN THE MORNING, WHILE WE'RE PUTTING UP

10:15:31 24   THE EXHIBIT, ON THE MORNING, DAYBREAK, AFTER THE STORM PASSED, WAS

10:15:35 25   THERE WATER ON THE GROUND AT THE ST. BERNARD PARISH COMPLEX?

10:15:38  1    A.  NO, SIR.  ACTUALLY, AT DAYBREAK THE WIND HAD MOVED AROUND TO THE

10:15:43  2    WEST, TO THE NORTHWEST, AND IT WAS GETTING MORE WESTERLY.  AND

10:15:48  3    NORMALLY IN THAT TYPE OF SITUATION IN A HURRICANE WHEN THE WIND --

10:15:53  4    AS THE WIND GOES TO THE WEST, THE WATER BEGINS TO GO OUT, BUT IT HAS

10:15:56  5    TO GO DUE WEST BEFORE THE WATER GOES OUT TO ANY AMOUNT.

10:16:00  6         AND MY FEELING AT THE TIME WAS, I REALLY THOUGHT THAT WE

10:16:02  7    HAD IT MADE BECAUSE, LIKE THE MRGO BROUGHT IT IN, IT WAS GOING TO

10:16:06  8    TAKE IT OUT.

10:16:07  9         HOWEVER, THE WATER -- WE WERE NOTIFIED AROUND 6 A.M., NOT

10:16:14 10    MYSELF PERSONALLY, BUT THE DIRECTOR OF EMERGENCY PREPAREDNESS WERE

10:16:20 11    NOTIFIED, SAY ABOUT SIX, THAT THE SHERIFF'S OFFICE HAD TO MOVE THEIR

10:16:25 12    STATION AND THEY HAD TO EVACUATE, THAT THE WATER WOULD BE COMING.

10:16:30 13    THE WATER DIDN'T GET TO US, PROBABLY AROUND 7:30 THAT I FIRST

10:16:38 14    NOTICED THE WATER COMING FROM THE INDUSTRIAL CANAL AREA.

10:16:41 15    Q.  LOOKING AT THIS EXHIBIT 1810.4, CARL, COULD YOU ZOOM IN IN THE

10:16:48 16    LOWER THIRD OF THE PICTURE, ZOOM IN ONE MORE TIME.  ON THIS

10:17:06 17    DOCUMENT, COULD YOU POINT AND SHOW THE JUDGE WHERE APPROXIMATELY --

10:17:10 18         THE COURT:  YOU CAN POINT, YOU CAN TOUCH -- SHEENA, IS THE

10:17:14 19    STYLUS THERE?

10:17:15 20         THE DEPUTY CLERK:  YES, IT SHOULD BE THERE.  IT LOOKS LIKE

10:17:17 21    A PEN.  YES.

10:17:19 22         THE COURT:  TOUCH THE SCREEN.  IT'LL MAKE A MARK

10:17:23 23    APPROXIMATELY WHERE YOU TOUCH IT.

10:17:26 24    BY MR. ANDRY:

10:17:26 25    Q.  AND JUST AS A POINT OF REFERENCE, LUCILLE AND ANTHONY FRANZ,

---- FINAL DAILY COPY ----

10:17:30  1   WE'VE PREVIOUSLY IDENTIFIED THAT THEIR HOUSE WAS IN THE NINTH WARD

10:17:33  2   AND MR. LATTIMORE PREVIOUSLY IDENTIFIED THAT LATTIMORE AND

10:17:36  3   ASSOCIATES AND KENT -- THAT'S ON ST. BERNARD HIGHWAY, JUST TO KIND

10:17:39  4   OF GIVE YOU A POINT OF REFERENCE.  AND TONYA SMITH'S HOUSE ON THE

10:17:45  5   DOCUMENT 1810.4 IS IN MERAUX.

10:17:50  6   A.  LET'S SEE.  I AM LOOKING AT ARABI, PROBABLY IN THIS NEIGHBORHOOD

10:17:54  7   HERE, I WOULD THINK (INDICATING).  IT'S HARD FOR ME TO SEE.

10:18:01  8   Q.  BUT IN THAT APPROXIMATE LOCATION IS THE ST. BERNARD PARISH

10:18:05  9   GOVERNMENT COMPLEX.  THE FIRST WATER THAT Y'ALL GOT CAME FROM THE

10:18:10 10   NINTH WARD AREA; IS THAT CORRECT?

10:18:11 11   A.  FROM THE INDUSTRIAL CANAL AREA FROM THE NINTH WARD.

10:18:15 12   Q.  AND WHERE IS THE ST. BERNARD PARISH SHERIFF'S OFFICE THAT YOU

10:18:20 13   MENTIONED EARLIER IN YOUR ANSWER, WHEREIN YOU WERE TOLD THAT THEY

10:18:24 14   HAD WATER OR THAT THEY HAD TO MOVE?

10:18:32 15   A.  THEY WERE ON THE PARISH LINE, ST. BERNARD PARISH LINE AND NEW

10:18:32 16   ORLEANS PARISH LINE, THAT'S THE LINE THAT THEY WERE ON AND, AS THE

10:18:36 17   WATER WOULD COME, IT WOULD TAKE AWHILE TO GET TO US BECAUSE IT ALSO

10:18:40 18   HAD TO CROSS THE RAILROAD TRACKS.

10:18:43 19   Q.  AND ZOOM BACK OUT.  SO THE PARISH GOVERNMENT COMPLEX WAS LIKE

10:18:52 20   RIGHT IN HERE (INDICATING)?

10:18:54 21   A.  YES.

10:18:54 22   Q.  IS THAT RIGHT?

10:18:55 23   A.  YES.

10:18:56 24   Q.  RIGHT IN THAT AREA (INDICATING).  AT ANY TIME AFTER THE WATER

10:19:03 25   COMING FROM THE NINTH WARD, DID YOU SEE WATER COMING FROM ANY OTHER

10:19:07 1  DIRECTION?

10:19:07 2  A.  IT CAME -- RIGHT, YES.  IT CAME FROM -- BASICALLY, I'LL JUST

10:19:14 3  GIVE YOU -- AND MY TIME, WHEN I SAY SEVEN TO 7:30, IT COULD HAVE

10:19:19 4  BEEN A LITTLE LATER, YOU KNOW, I WASN'T EXACTLY KEEPING TRACK OF

10:19:23 5  TIME AT THAT TIME, BUT I KNOW IT WAS THAT PERIOD.  AND WE HAD

10:19:26 6  EXPECTED -- I HAD EXPECTED IT TO COME FROM THE INDUSTRIAL CANAL AREA

10:19:30 7  FOR THE SIMPLE REASON THAT THE CORPS' WISDOM, I THINK THE LEVEES

10:19:36 8  ITSELF WERE, I THINK, TWO FEET DIFFERENT OR THREE FEET DIFFERENT,

10:19:42 9  LOWER THAN WHAT THEY WERE ALONG THE OUTSIDE LEVEES GOING TO VERRET.

10:19:52 10        AND JUST ABOUT 20 OR 30 MINUTES LATER WE STARTED SEEING

10:19:56 11  THE WATER COMING FROM THE MRGO FROM THE 40 ARPENT SIDE.  I HAD

10:20:04 12  GOTTEN A CALL AT THAT PARTICULAR TIME RIGHT BEFORE THE WATER HIT US,

10:20:08 13  I GOT A CALL AT -- I HAD A TIME -- WE HAD A ROAD CREW ON STANDBY AT

10:20:14 14  THE ROAD YARD, WHICH WAS LOCATED RIGHT AT THE 40 ARPENT LEVEE AND

10:20:23 15  PARIS ROAD.  AND THEY INDICATED TO ME THAT THEY WERE GOING TO HAVE

10:20:27 16  TO GO UP, WE HAD A BUILDING THERE, WE HAD ONE BUILDING THERE THAT

10:20:31 17  WAS TWO STORIES, AND ABOUT 8:30, MAYBE, AROUND 8:30, THEY CALLED ME

10:20:39 18  AND TOLD ME THAT THE WATER WAS COMING OVER REAL BAD AND THAT THEY

10:20:43 19  WERE GOING TO HAVE TO GO UP TO THE SECOND FLOOR.

10:20:45 20        THE GENTLEMAN CALLED ME WHEN THEY GOT ON THE SECOND STORY

10:20:48 21  AND SAID THE WATER IS COMING UP, THEY WERE GOING TO HAVE TO GET TO

10:20:52 22  THE ROOF.  AND THOSE BOYS, 16 PEOPLE STAYED ON THE ROOF.

10:20:56 23  Q.  HOW LONG DID THE WATER -- HOW HIGH DID THE WATER GET FROM

10:21:01 24  HURRICANE KATRINA AT THE GOVERNMENT COMPLEX BEFORE IT LEVELED OFF?

10:21:04 25  A.  THE WATER GOT UP ABOUT, I'D SAY ABOUT 15 FEET, 12, 15 FEET.

FINAL DAILY COPY

10:21:14  1  Q.  HOW LONG DID THE WATER REMAIN IN ST. BERNARD PARISH AFTER THE

10:21:18  2  STORM?

10:21:18  3  A.  WELL, IT WAS AN EXTENDED PERIOD OF TIME BECAUSE YOU HAVE TO

10:21:23  4  REMEMBER, IT WAS -- THE WATER WAS BEING PUMPED OUT, AND THE PARISH

10:21:28  5  HAS A DRAINAGE SYSTEM THAT DEPENDS ON GRAVITY, IT'S THE GRAVITY

10:21:33  6  SYSTEM.  SO ACTUALLY, THE CLOSER TO THE LEVEE YOU LIVED, THE FASTER

10:21:43  7  THE WATER WENT DOWN.  IT WAS THREE WEEKS, MAYBE A MONTH, BEFORE WE

10:21:47  8  EVER GOT THE WATER ENTIRELY PUMPED OUT OF ST. BERNARD PARISH.

10:21:50  9  Q.  AND WAS THAT THE SAME FOR THE NINTH WARD, ABOUT A TWO-WEEK --

10:21:58 10  TWO TO THREE WEEKS THE WATER SAT IN THE NINTH WARD?

10:22:01 11  A.  OH, IT HAD TO, YEAH.  IT HAD TO BECAUSE THEY JUST -- WE WERE

10:22:05 12  TIED TOGETHER.

10:22:13 13          MR. ANDRY:  I DON'T HAVE ANY OTHER QUESTIONS.

10:22:14 14          THE COURT:  THANK YOU.  WE'LL TAKE A RECESS, JUST ABOUT

10:22:16 15  TEN MINUTES BEFORE YOU DO YOUR CROSS.

10:22:20 16      (WHEREUPON, A RECESS WAS TAKEN.)

10:33:45 17      (OPEN COURT.)

10:44:54 18          THE DEPUTY CLERK:  THE COURT'S IN SESSION, PLEASE BE

10:44:56 19  SEATED.

10:44:57 20          MR. ANDRY:  BEFORE HE BEGINS CROSS-EXAMINATION, I JUST

10:44:59 21  WANTED -- THE EXHIBIT THAT WE TALKED ABOUT IS 1256, AND I ASKED

10:45:07 22  HIM -- THE PAGE THAT I PUT ON THE ELMO WAS PAGE 4.

10:45:07 23          THE COURT:  ALL RIGHT.

10:45:11 24          MR. ANDRY:  THE WAY THAT CARL HAD WRITTEN IT DOWN, IT

10:45:14 25  LOOKED LIKE 84 BUT IT WAS PAGE 4.  SO FOR THE PURPOSES OF THE

FINAL DAILY COPY

10:45:16 1  RECORD, THE DREDGING DISCUSSION WAS EXHIBIT 1256 AT PAGE 4.

10:45:21 2              THE COURT:  THANK YOU, SIR.

10:45:22 3              MR. ANDRY:  YOU'RE WELCOME.

10:45:23 4              THE COURT:  OKAY.  COUNSEL.

10:45:25 5                      CROSS-EXAMINATION

10:45:29 6  BY MR. EHRLICH:

10:45:29 7  Q.  GOOD MORNING, MR. RODRIGUEZ.

10:45:30 8  A.  GOOD MORNING.

10:45:31 9  Q.  MR. RODRIGUEZ, IT'S YOUR UNDERSTANDING THAT ONLY CONGRESS COULD

10:45:36 10 HAVE CLOSED THE MRGO; ISN'T THAT RIGHT?

10:45:39 11 A.  THAT'S NOT MY UNDERSTANDING, THAT'S MY KNOWLEDGE.

10:45:43 12 Q.  SO YOU BELIEVE THAT TO BE TRUE?

10:45:45 13 A.  I DON'T BELIEVE, I KNOW IT'S TRUE.

10:45:46 14 Q.  AND OVER THE YEARS, I THINK YOU TESTIFIED THAT YOU HAD BEEN AN

10:45:53 15 OFFICER IN ONE CAPACITY OR ANOTHER WITH ST. BERNARD GOVERNMENT FOR

10:45:56 16 OVER 30 YEARS.  AND DURING THAT TIME, YOU TESTIFIED THAT THE PARISH

10:46:03 17 HAD PASSED SEVERAL RESOLUTIONS URGING THE CLOSURE OR URGING OTHER

10:46:09 18 MITIGATING ACTIONS WITH RESPECT TO THE MRGO?

10:46:12 19 A.  YES, SIR.

10:46:12 20 Q.  AND I THINK WE TALKED ABOUT ONE OF THEM.  WE'LL PUT UP DEFENSE

10:46:23 21 EXHIBIT 1315 AND ASK YOU TO TAKE A LOOK AT THIS.

10:46:28 22         THIS DOCUMENT -- THIS IS A RESOLUTION FROM ST. BERNARD

10:46:32 23 PARISH GOVERNMENT; ISN'T THAT RIGHT?

10:46:33 24 A.  YES, SIR.

10:46:34 25 Q.  AND WERE YOU INVOLVED IN THE GOVERNMENT AT THE TIME THIS

10:46:37 1  RESOLUTION WAS PASSED?

10:46:39 2  A.  YES, SIR.

10:46:40 3  Q.  IT WAS PASSED IN AUGUST 9TH, 1994?

10:46:44 4  A.  YES, SIR.

10:46:45 5  Q.  YOU WERE A COUNCILMAN THEN?

10:46:46 6  A.  YES, SIR.

10:46:47 7  Q.  MR. RODRIGUEZ, PARAGRAPH B OF THE RESOLUTION INCLUDES THE

10:46:55 8  LANGUAGE THAT THE MRGO CAUSES EROSION ALONG THE SOUTH SHORE OF THE

10:46:58 9  MRGO WHICH THREATENS THE STABILITY OF THE HURRICANE LEVEE.  IS THAT

10:47:03 10  RIGHT?

10:47:04 11  A.  YES, SIR.

10:47:04 12  Q.  AND PARAGRAPH D, THE SECOND SENTENCE BEGINS, "WE RECOMMEND THAT

10:47:09 13  THE NORTH SIDE OF THE MRGO SHOULD BE ARMORED TO REDUCE FURTHER

10:47:12 14  EROSION ALONG THAT SIDE OF THE MRGO; IS THAT RIGHT?

10:47:16 15  A.  YES, SIR.

10:47:17 16  Q.  MR. RODRIGUEZ, THIS RESOLUTION, AFTER IT WAS PASSED, WAS SENT TO

10:47:23 17  THE UNITED STATES CONGRESS; IS THAT RIGHT?

10:47:25 18  A.  YES, SIR.

10:47:26 19  Q.  IF WE LOOK AT PX 1253, I THINK THIS WAS THE ONE THAT WAS PASSED

10:47:34 20  IN DECEMBER 1998 THAT YOU DISCUSSED WITH MR. ANDRY DURING YOUR

10:47:39 21  DIRECT EXAMINATION.

10:47:44 22          YOU WERE A COUNCILMAN AT THE TIME THIS RESOLUTION WAS

10:47:46 23  PASSED?

10:47:47 24  A.  YES, SIR.

10:47:48 25  Q.  AND THE SECOND "WHEREAS" CLAUSE CONTAINS LANGUAGE, "THE MRGO

10:47:53  1   PROVIDES A SUPER HIGHWAY FOR STORM SURGES CAUSED BY HURRICANES AND

10:47:58  2   WINTER COLD FRONTS."  IS THAT RIGHT?

10:47:59  3   A.  RIGHT.

10:48:00  4   Q.  AND THE SECOND "WHEREAS" CLAUSE STATES THAT, "SALTWATER

10:48:11  5   INTRUSION HAS VIRTUALLY DESTROYED INTERMEDIATE WATER MARSHES AND

10:48:11  6   FRESHWATER SWAMPS SURROUNDING LAKE BORGNE, RESULTING FROM OPENING

10:48:12  7   THE MRGO."  IS THAT RIGHT?

10:48:13  8   A.  THAT'S CORRECT.

10:48:14  9   Q.  ABOUT THREE "WHEREAS" CLAUSES DOWN, THE RESOLUTION TALKS ABOUT

10:48:20  10  LAND LOSS FROM THE MRGO; IS THAT RIGHT?

10:48:23  11  A.  YES, SIR.

10:48:24  12  Q.  AND ATTACHED TO THIS RESOLUTION, ABOUT PAGE 6, THERE'S A

10:48:36  13  DOCUMENT ENTITLED "MISSISSIPPI RIVER GULF OUTLET:  SEEKING THE

10:48:36  14  SOLUTION."

10:48:46  15          DO YOU RECOGNIZE THAT DOCUMENT, MR. RODRIGUEZ?

10:48:47  16  A.  I THINK THAT WAS PUT TOGETHER BY DR. GAGLIANO.

10:48:50  17  Q.  AND THIS RESOLUTION AND THE ATTACHMENT PUT TOGETHER BY

10:48:57  18  DR. GAGLIANO, THAT WAS SENT TO THE UNITED STATES CONGRESS; IS THAT

10:49:00  19  RIGHT?

10:49:00  20  A.  YES, SIR.

10:49:03  21          THE COURT:  YOU SAID IT WAS SENT, JUST SO I AM CLEAR, THE

10:49:04  22  UNITED STATES CONGRESS --

10:49:09  23          THE WITNESS:  OUR CONGRESSIONAL DELEGATION.

10:49:10  24          THE COURT:  YOU MEAN THE CONGRESSMEN FROM LOUISIANA?

10:49:12  25          THE WITNESS:  THAT REPRESENTED OUR AREAS, YES, SIR.

— FINAL DAILY COPY —

10:49:15  1          THE COURT:  THEY WERE ALL CONGRESSMEN FROM LOUISIANA,

10:49:18  2   SENATORS AND CONGRESSMEN?

10:49:19  3          THE WITNESS:  I THINK IT WAS JUST OUR CONGRESSIONAL

10:49:20  4   DELEGATION.

10:49:22  5          MR. EHRLICH:  YOUR HONOR, I CAN CLEAR THAT UP A LITTLE

10:49:25  6   BIT.

10:49:25  7          THE COURT:  OKAY.

10:49:25  8   BY MR. EHRLICH:

10:49:26  9   Q.  IF YOU TURN TO PAGE 2 OF THE DOCUMENT -- AT THE BOTTOM IT'S

10:49:29 10   LABELED PAGE 3, BACK A COUPLE -- SECTION IV THERE AT THE BOTTOM OF

10:49:40 11   THE PAGE READS, "THAT A CERTIFIED COPY OF THIS RESOLUTION BE FORWARD

10:49:44 12   TO THE SOUTHEAST LOUISIANA'S CONGRESSIONAL DELEGATION, THE HONORABLE

10:49:48 13   CONGRESSMAN ROBERT 'BOB' LIVINGSTON, SPEAKER OF THE HOUSE OF

10:49:51 14   REPRESENTATIVES; CONGRESSMAN W.J. 'BILLY' TAUZIN, CONGRESSMAN

10:49:56 15   WILLIAM JEFFERSON, U.S. SENATOR JOHN BREAUX, U.S. SENATOR MARY L.

10:50:00 16   LANDRIEU."

10:50:02 17          SO IT WAS SENT TO THOSE PERSONS; IS THAT RIGHT,

10:50:05 18   MR. RODRIGUEZ?

10:50:06 19   A.  WHATEVER IS DOWN THERE IS WHO WE SENT IT TO.

10:50:10 20          THE COURT:  THANK YOU, COUNSEL.

10:50:10 21   BY MR. EHRLICH:

10:50:14 22   Q.  LET'S TAKE A LOOK AT DEFENSE EXHIBIT 1272.  THIS WAS ALSO A

10:50:29 23   RESOLUTION PASSED BY ST. BERNARD PARISH GOVERNMENT, RIGHT?

10:50:32 24   A.  YES, SIR.

10:50:32 25   Q.  AND AT THIS TIME, IN JULY 2004 WHEN THE RESOLUTION WAS PASSED,

10:50:37 1    YOU WERE SERVING AS PRESIDENT OF THE PARISH COUNCIL; IS THAT RIGHT?

10:50:43 2    A.  2004, YES, SIR.

10:50:44 3    Q.  AND THE FIRST "WHEREAS" CLAUSE OF THIS EXHIBIT DX 1272 READS,

10:50:50 4    "WHEREAS, THE ST. BERNARD PARISH COUNCIL DESIRES THE CLOSURE OF THE

10:50:54 5    MISSISSIPPI RIVER GULF OUTLET BECAUSE IT IS A SERIOUS THREAT TO LIFE

10:50:57 6    AND PROPERTY IN ST. BERNARD, ORLEANS, PLAQUEMINES, AND MANY OTHER

10:51:03 7    LAKE PONTCHARTRAIN BASIN PARISHES; IT IS A MAJOR FACTOR IN COASTAL

10:51:08 8    EROSION; AND IS NOT ECONOMICALLY JUSTIFIABLE."

10:51:11 9             AND THIS RESOLUTION URGED THE CLOSING OF THE MRGO, DO YOU

10:51:19 10   AGREE WITH THAT?

10:51:21 11   A.  CERTAINLY.

10:51:22 12   Q.  AND TURN TO THE NEXT PAGE.  THE "BE IT RESOLVED" PARAGRAPH

10:51:34 13   READS:  "THAT THE ST. BERNARD PARISH COUNCIL, THE GOVERNING

10:51:34 14   AUTHORITY, DOES HEREBY REQUEST THE CONGRESSIONAL DELEGATION

10:51:36 15   REPRESENTING THE SAID PARISHES AND THE STATE OF LOUISIANA TO REQUEST

10:51:39 16   THE UNITED STATES ARMY CORPS OF ENGINEERS TO TAKE ALL STEPS

10:51:43 17   NECESSARY TO ACCOMPLISH THE CLOSURE OF THE MISSISSIPPI RIVER GULF

10:51:48 18   OUTLET AND THE CESSATION OF ALL DREDGING OPERATIONS IN THE MRGO IN

10:51:52 19   THE MOST EXPEDITIOUS MANNER POSSIBLE AS INDICATED ABOVE AND ATTACHED

10:51:56 20   HERETO."

10:51:58 21             THAT'S WHAT THIS RESOLUTION SAYS, ISN'T IT?

10:52:00 22   A.  YES, SIR.

10:52:01 23   Q.  DID CONGRESS CLOSE THE MRGO IN RESPONSE TO THIS RESOLUTION,

10:52:08 24   MR. RODRIGUEZ, IN 2004?

10:52:09 25   A.  NO, SIR.

10:52:09  1    Q.  LOOK AT DX 1316.  THIS IS ONE PASSED BY ST. BERNARD POLICE JURY

10:52:28  2    BACK IN 1991; IS THAT RIGHT?

10:52:31  3    A.  I GUESS SO, YEAH.  I'M LOOKING AT IT, YES, SIR.

10:52:37  4    Q.  OKAY.  AND DURING THAT TIME, YOU WERE -- YOU'RE LISTED HERE ON

10:52:40  5    THE SIDE AS VICE PRESIDENT OF THE ST. BERNARD POLICE JURY.  IS THAT

10:52:44  6    THE POSITION YOU HELD AT THE TIME?

10:52:46  7    A.  YES, SIR.

10:52:46  8    Q.  AND THE SECOND "WHEREAS" CLAUSE ON THIS PAGE STATES, "WHEREAS,

10:52:54  9    SCIENTIFIC STUDIES HAVE DOCUMENTED EXTENSIVE LAND LOSS, WETLAND

10:52:59 10    DETERIORATION, AND OTHER DIRECT AND INDIRECT DAMAGE IN ST. BERNARD

10:53:03 11    PARISH THAT HAS RESULTED FROM THE MRGO, AND" -- THEN THE NEXT

10:53:07 12    WHEREAS CLAUSE READS, "WHEREAS, SCIENTIFIC STUDIES HAVE SHOWN THAT

10:53:11 13    THE THREAT OF HURRICANE-GENERATED STORM SURGE TO ST. BERNARD PARISH

10:53:15 14    WAS INCREASED BY THE CONSTRUCTION OF THE MRGO."

10:53:17 15         THAT'S WHAT THIS RESOLUTION SAYS, ISN'T IT, MR. RODRIGUEZ,

10:53:21 16    AS I JUST READ IT?

10:53:22 17    A.  THAT'S CORRECT.

10:53:23 18    Q.  THIS RESOLUTION ALSO CALLS FOR THE CLOSURE OF THE MRGO, DIDN'T

10:53:31 19    IT?

10:53:31 20    A.  NO, IT DIDN'T.

10:53:43 21    Q.  WAS IT FORWARDED TO MEMBERS OF CONGRESS?

10:53:47 22    A.  I ASSUME IT WAS.  YOU CAN LOOK AT THE BOTTOM OF THE -- IT'LL

10:53:52 23    TELL YOU.  NORMALLY THEY WERE ALL SENT TO THE CONGRESSIONAL

10:53:55 24    DELEGATION.

10:54:04 25    Q.  IN FACT, SECTION SIX READS, "THAT COPY OF THIS RESOLUTION BE

FINAL DAILY COPY

10:54:09 1    SENT TO THE DISTRICT ENGINEER, NEW ORLEANS DISTRICT, U.S. ARMY CORPS

10:54:13 2    OF ENGINEERS, U.S. SENATOR JOHN BREAUX, U.S. SENATOR J. BENNETT

10:54:17 3    JOHNSTON, U.S. CONGRESSMAN BILLY TAUZIN, AND GOVERNOR ROEMER."  IS

10:54:22 4    THAT CORRECT?

10:54:23 5    A.  THAT'S WHAT IT SAYS.

10:54:25 6    Q.  WELL, YOU BELIEVE IT WAS SENT TO THOSE PERSONS, DON'T YOU,

10:54:36 7    MR. RODRIGUEZ?

10:54:36 8    A.  I CERTAINLY DO.  I KNOW IT WAS SENT TO THEM.

10:54:38 9    Q.  THANK YOU.

10:54:42 10            I'D LIKE TO LOOK AT THE PICTURE THAT I THINK YOU DISCUSSED

10:54:45 11   WITH MR. ANDRY.  IT'S PX 1240.

10:54:51 12            THE COURT:  LET ME ASK YOU A QUESTION WHILE WE'RE DOING

10:54:53 13   THIS, SIR.  DO YOU KNOW IF THE CONGRESSMEN TO WHOM THIS INFORMATION

10:54:59 14   WAS SENT EVER MADE ANY REQUESTS TO THE CORPS OF ENGINEERS?

10:55:09 15            THE WITNESS:  THEY TOLD US THAT THEY DID.  BUT --

10:55:10 16            THE COURT:  GOT IT.

10:55:10 17            THE WITNESS:  LET ME EXPLAIN THAT A LITTLE BETTER.  THEY

10:55:14 18   DID NOT RECOMMEND CLOSURE.  THEY TOLD US THAT THEY DID TALK TO THE

10:55:17 19   CORPS ABOUT IT, AND THE ANSWER ALWAYS WAS THAT THE CORPS COULD

10:55:21 20   JUSTIFY THE MISSISSIPPI RIVER GULF OUTLET.

10:55:25 21            THE COURT:  DO YOU KNOW IF THE CORPS EVER RECOMMENDED

10:55:28 22   CLOSURE PRIOR TO 2005?

10:55:30 23            THE WITNESS:  NO, SIR.  IF THEY WOULD HAVE RECOMMENDED

10:55:33 24   CLOSURE, IT WOULD HAVE BEEN DONE.

10:55:34 25            THE COURT:  OKAY.  THANK YOU.

10:55:36 1                GO AHEAD, SIR.

10:55:36 2    BY MR. EHRLICH:

10:55:38 3    Q.  MR. RODRIGUEZ, DO YOU KNOW THE PERSONS WHO APPEAR IN THIS

10:55:42 4    PHOTOGRAPH?

10:55:43 5    A.  NOT REALLY.  I THINK I RECOGNIZE -- COULD BE HÉBERT, ONE OF

10:55:47 6    THEM.

10:55:47 7    Q.  HÉBERT WAS A CONGRESSMAN FROM LOUISIANA?

10:55:50 8    A.  YES, SIR.

10:55:53 9    Q.  DO WE HAVE THE BACK SIDE TO THIS EXHIBIT?  I THINK IT IS FRONT

10:55:57 10   AND BACK.

10:56:02 11              MR. ANDRY:  IT'S ON THE RIGHT SIDE.

10:56:05 12              MR. EHRLICH:  COULD YOU ZOOM THE BOTTOM PART, PLEASE.  I

10:56:09 13   THINK YOU CUT OFF THE PART THAT I NEED.

10:56:14 14              THE COURT:  I SEE EDWARD HÉBERT'S NAME THERE.  HE WAS A

10:56:18 15   CONGRESSMAN.

10:56:18 16   BY MR. EHRLICH:

10:56:19 17   Q.  FROM LEFT TO RIGHT, IT LOOKS LIKE, IT SAYS, F. EDWARD HÉBERT;

10:56:24 18   AND THEN NEXT FROM THE RIGHT IS MAJOR GENERAL WILLIAM CARTER; AND

10:56:28 19   THEN W.D. RUSSELL, THE DOCK BOARD PRESIDENT; AND THEN THERE'S

10:56:33 20   SENATOR ALLEN J. ELLENDER.

10:56:36 21              IF WE COULD LOOK AT THE OTHER -- FRONT SIDE.

10:56:40 22              THE COURT:  I'M SORRY, I MISSED SENATOR ELLENDER'S --

10:56:46 23              MR. EHRLICH:  YOU NEED TO LOOK AT IT AGAIN?

10:56:50 24              THE COURT:  I'M CERTAIN YOU'RE RIGHT.

10:56:52 25              MR. EHRLICH:  WE'LL TAKE A LOOK.

10:57:08 1           THE COURT:  I SEE IT.  THANK YOU.

10:57:11 2           MR. EHRLICH:  THANK YOU, YOUR HONOR.

10:57:12 3   BY MR. EHRLICH:

10:57:12 4   Q.  AND SENATOR ELLENDER WAS A UNITED STATES SENATOR FROM LOUISIANA

10:57:16 5   FROM THE 1930S TO EARLY 1970S; IS THAT RIGHT?

10:57:20 6   A.  I AM NOT SURE ABOUT THE DATES, BUT I KNOW HE WAS A SENATOR FOR

10:57:24 7   LOUISIANA.

10:57:29 8   Q.  IF WE COULD LOOK AT THE FRONT PAGE AGAIN.

10:57:40 9   A.  THAT'S AN EXCELLENT PICTURE.  THAT PICTURE IS THE BEGINNING OF

10:57:44 10  THE END OF ST. BERNARD, ORLEANS AS WE KNEW IT.

10:57:51 11  Q.  AND THE FIRST PERSON ON THE LEFT IS CONGRESSMAN HÉBERT, AND THEN

10:57:55 12  THERE'S THE MAJOR GENERAL, THE DOCK BOARD PRESIDENT, AND THEN IN THE

10:58:00 13  MIDDLE THERE WITH BOTH HANDS ON WHAT LOOKS LIKE TO BE THE DEVICE

10:58:04 14  THAT IS SETTING OFF THE EXPLOSIVES IN THE BACKGROUND IS SENATOR

10:58:07 15  ELLENDER.

10:58:12 16           DO YOU AGREE, MR. RODRIGUEZ?

10:58:13 17  A.  IF YOU SAY SO.  THE ONLY ONE I RECOGNIZE IS ELLENDER.

10:58:18 18  Q.  THOSE ARE WETLANDS BEHIND THOSE MEN; IS THAT RIGHT?

10:58:22 19  A.  YES, SIR.

10:58:27 20           DO YOU WANT TO GO SEE IT TODAY WHAT IT LOOKS LIKE?

10:58:29 21  Q.  WHAT DOES IT LOOK LIKE TODAY?

10:58:32 22  A.  NOTHING, ZERO.  SEE THAT'S THE PROBLEM WITH PEOPLE LIKE YOU.

10:58:36 23  YOU DON'T KNOW WHAT YOU HAVE BECAUSE YOU NEVER SAW IT.  YOU DON'T

10:58:45 24  KNOW WHAT YOU LOST.

10:58:45 25  Q.  THOSE MEN WERE DESTROYING THOSE WETLANDS, WEREN'T THEY,

10:58:47 1  MR. RODRIGUEZ?

10:58:48 2          THE COURT:  THE COURT UNDERSTANDS THAT THE CONGRESS PASSED

10:58:51 3  AN ACT TO AUTHORIZE THIS IN THE '50S AND SENATOR ELLENDER WAS THERE

10:58:56 4  ENJOYING IT AND PROMOTING IT.  GOT THAT.

10:59:01 5          MR. EHRLICH:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

10:59:03 6          THE COURT:  THANK YOU.  REDIRECT?

10:59:04 7          MR. ANDRY:  I HAVE A FEW, YOUR HONOR.

10:59:04 8                      REDIRECT EXAMINATION

10:59:04 9  BY MR. ANDRY:

10:59:09 10 Q.  DURING CROSS-EXAMINATION YOU WERE READ A BUNCH OF DOCUMENTS THAT

10:59:13 11 WAS ST. BERNARD PARISH RESOLUTIONS.

10:59:15 12         DID HE READ TO YOU A DOCUMENT WHERE THE CORPS RECOMMENDED

10:59:18 13 CLOSURE OF THE GULF OUTLET?

10:59:20 14 A.  NO.

10:59:22 15 Q.  ARE YOU AN EMPLOYEE OF THE CORPS OF ENGINEERS?

10:59:25 16         THE COURT:  WE'VE ASKED THAT.

10:59:25 17         THE WITNESS:  YOU'VE ASKED THAT QUESTION.

10:59:28 18         THE COURT:  DON'T GO THERE.  DON'T GO THERE.  PLEASE,

10:59:29 19 PLEASE.  LET'S NOT GO INTO -- THE COURT'S GOING TO DISCOURAGE

10:59:38 20 INANITY.

10:59:38 21 BY MR. ANDRY:

10:59:41 22 Q.  WELL, LET ME JUST ASK YOU THIS ALONG THOSE LINES, YOUR HONOR.

10:59:44 23 WAS THE RESPONSE FROM THE -- AND YOU ONLY SENT IT TO THE LOUISIANA

10:59:48 24 DELEGATION IN CONGRESS, RIGHT?

10:59:51 25         THE COURT:  HE SAID WHO HE SENT IT TO.  WE KNOW WHO IT IS.

10:59:54 1          MR. ANDRY:  OKAY.

10:59:54 2   BY MR. ANDRY:

10:59:56 3   Q.  TO YOUR KNOWLEDGE --

10:59:56 4          THE COURT:  IT WASN'T THE ENTIRE LOUISIANA DELEGATIONS, AS

10:59:59 5   YOU RECALL, IT WAS ONLY FROM THIS AREA.  SO...

11:00:02 6   BY MR. ANDRY:

11:00:02 7   Q.  WELL, TO YOUR KNOWLEDGE, DID THE CONGRESSMEN AND SENATORS'

11:00:08 8   RESPONSE WAS THAT THE CORPS SAW NO REASON TO SUGGEST CLOSURE OF THE

11:00:11 9   MRGO?

11:00:12 10  A.  THEY RESPONDED TO THE EFFECT THAT IT WAS COST-EFFECTIVE AND THAT

11:00:16 11  THEY STILL SUPPORTED IT BECAUSE OF THE RECOMMENDATION FROM THE

11:00:22 12  CORPS.  I MEAN, I WAS TOLD THAT.

11:00:22 13  Q.  DID ANYONE EVER TELL YOU FROM THE CORPS OF ENGINEERS THAT IF A

11:00:26 14  PROJECT WAS HAZARDOUS TO PUBLIC HEALTH, THAT THEY WOULD FIX THE

11:00:30 15  HAZARDOUS PROBLEM?

11:00:31 16  A.  NO, SIR.

11:00:31 17  Q.  OVER THE PAST SEVERAL DECADES YOU PARTICIPATED IN NUMEROUS

11:00:46 18  MEETINGS AND TASK FORCES ASSOCIATED WITH GETTING THE CORPS OF

11:00:51 19  ENGINEERS TO CLOSE THE GULF OUTLET; IS THAT CORRECT?

11:00:53 20  A.  YES, SIR.

11:00:54 21  Q.  HAVE YOU EVER IN ANY OF THOSE MEETINGS -- OR TO YOUR KNOWLEDGE,

11:01:03 22  DID YOU EVER SEE A RECOMMENDATION DESPITE -- LET ME BACK UP ONE

11:01:07 23  QUESTION.

11:01:08 24          AT THOSE MEETINGS, DID YOU TELL THE CORPS OF ENGINEERS'

11:01:12 25  REPRESENTATIVES AND ANYBODY WHO WOULD LISTEN TO YOU, LOUISIANA

————— FINAL DAILY COPY —————

11:01:16 1   CONGRESSIONAL DELEGATION OR OTHERWISE, THAT THE MISSISSIPPI RIVER

11:01:18 2   GULF OUTLET SHOULD BE CLOSED?

11:01:19 3   A.  ALWAYS.

11:01:21 4   Q.  TO YOUR KNOWLEDGE, DID THE ARMY CORPS OF ENGINEERS EVER SUBMIT A

11:01:27 5   COMPREHENSIVE PLAN TO REMEDIATE THE DEFECTIVE CONDITIONS OF THE

11:01:31 6   MISSISSIPPI RIVER GULF OUTLET AND REQUEST FUNDING FOR THE

11:01:35 7   COMPREHENSIVE PLAN?

11:01:36 8   A.  NOT TO MY KNOWLEDGE.

11:01:37 9   Q.  SO DESPITE YOUR REPEATED REQUESTS AND THE REQUESTS OF

11:01:40 10  ST. BERNARD PARISH, THE CORPS OF ENGINEERS DID NOT EVER SUBMIT A

11:01:44 11  PLAN TO CONGRESS WHEREIN THEY ASKED FOR A COMPREHENSIVE REMEDIATION

11:01:56 12  OF THE MRGO AND THE FUNDING TO REMEDIATE THOSE CONDITIONS?

11:01:56 13  A.  THAT'S CORRECT.

11:01:56 14  Q.  WAS ST. BERNARD PARISH ASKED TO COST SHARE IN THE BUILDING OF

11:02:02 15  THE SURGE BARRIER THAT THEY'RE BUILDING NOW IN THE MOUTH OF THE

11:02:06 16  FUNNEL?

11:02:07 17  A.  NO INDEED NOT.

11:02:09 18  Q.  IF THAT WERE A FLOOD CONTROL PROJECT, WOULD ST. BERNARD BE ASKED

11:02:13 19  TO HAVE BEEN A COST-SHARING PARTNER IN THAT PROJECT?

11:02:16 20  A.  THEY NORMALLY, IN FLOOD CONTROL PROJECTS -- LIKE FOR INSTANCE

11:02:21 21  WHEN THEY PUT THE FIRST LEVEES UP, WE HAD TO PUT UP OUR SHARE.  THIS

11:02:27 22  WAS COST SHARING; THE STATE PUTS UP SO MUCH, LOCAL GOVERNMENT PUTS

11:02:30 23  UP SO MUCH.

11:02:31 24  Q.  LET ME ASK YOU ONE OTHER QUESTION ABOUT YOUR PREVIOUS TESTIMONY,

11:02:34 25  AND THAT IS, I THOUGHT AND THINK THAT YOU TESTIFIED BUT I DON'T KNOW

11:02:38 1    IF IT WAS CLEAR THAT WHEN THE FLOODING HAPPENED IN ST. BERNARD AFTER

11:02:42 2    KATRINA, THAT YOU SPOKE WITH A GENTLEMAN AT THE 40 ARPENT CANAL AND

11:02:46 3    PARIS ROAD AND THAT HE SAID THE WATER WAS COMING OVER THE 40 ARPENT

11:02:50 4    AT APPROXIMATELY 8:30 IN THE MORNING; IS THAT CORRECT?

11:02:52 5    A.   THAT'S CORRECT.

11:02:53 6              MR. ANDRY:  I HAVE NO OTHER QUESTIONS, YOUR HONOR.

11:02:54 7              THE COURT:  THANK YOU, SIR.

11:02:55 8              MR. RODRIGUEZ, WE APPRECIATE YOUR ATTENDANCE AND WE THANK

11:02:59 9    YOU.

11:02:59 10             THE WITNESS:  JUDGE, I APPRECIATE BEING HERE.  THERE'S ONE

11:03:02 11   OTHER STATEMENT I'D LIKE TO MAKE BECAUSE I'D LIKE TO SUM IT ALL UP

11:03:09 12   BECAUSE IT'S -- YOU KNOW, IT'S -- WE'RE HERE TODAY BECAUSE OF

11:03:12 13   KATRINA.  AND I WOULD LIKE TO LET IT BE KNOWN THAT IF HURRICANE

11:03:16 14   KATRINA DOESN'T COME, THAT MRGO WOULD STILL BE OPEN, THE STEAMSHIP

11:03:22 15   ASSOCIATION AND THE CORPS WOULD STILL BE JUSTIFYING IT.

11:03:26 16             AND, YOU KNOW, IT'S A SHAME BUT, LIKE I SAID, IF YOU DON'T

11:03:28 17   KNOW WHAT YOU HAD, YOU DON'T KNOW WHAT YOU LOST.  AND IT'S A SHAME

11:03:34 18   THAT THE GENERATIONS TO COME, THEY'LL NEVER SEE IT, YOU KNOW.

11:03:37 19   IT'S -- MOTHER NATURE PUT THIS THING TOGETHER THOUSANDS OF YEARS.

11:03:41 20   WE HAD PRISTINES, WE HAD SWAMP, WE HAD CYPRESS SWAMP, WE HAD

11:03:45 21   EVERYTHING, THE BEST OF EVERYTHING.  WHAT IT TOOK MOTHER NATURE TO

11:03:49 22   PUT TOGETHER IN 1,000 YEARS, THE CORPS DESTROYED IT IN 40 YEARS.  I

11:03:56 23   MEAN, WE'RE DOWN TO ZERO.

11:03:58 24             AFTER HURRICANE KATRINA HIT -- I TELL YOU SOMETHING,

11:04:03 25   JUDGE, I DON'T KNOW IF YOU WERE HERE, I HOPE YOU WEREN'T HERE, BUT

11:04:06  1    IF YOU WERE HERE, ST. BERNARD PARISH, WE LOST -- WE HAD 70,500

11:04:12  2    PEOPLE THAT WERE DISPLACED; DIDN'T HAVE A HOME, RELOCATED, NEVER HAD

11:04:18  3    A JOB, NEVER HAD A WAY TO MAKE A LIVING, HOMES, EVERYTHING.  EVEN

11:04:25  4    THEIR PAST WAS GONE.  120-SOMETHING PEOPLE DIED IN ST. BERNARD

11:04:33  5    PARISH, FOUR ARE STILL MISSING.  ORLEANS PARISH, WE HAD OVER 500

11:04:47  6    PEOPLE DIE IN ORLEANS, TO THE BEST OF MY KNOWLEDGE.

11:04:47  7         BUT YOU KNOW, THERE'S A SILVER LINING IN EVERY CROWD.

11:04:47  8    JUDGE, HAD THAT THING HAPPENED AT THREE OR FOUR O'CLOCK IN THE

11:04:51  9    MORNING, HAD THAT WATER COME UP, ST. BERNARD WOULD HAVE NEEDED 8,000

11:04:55 10    BODY BAGS.  NEW ORLEANS, THERE AIN'T NO TELLING, 20 MAY HAVE BEEN A

11:05:03 11    CLOSER NUMBER TO THE CITY OF NEW ORLEANS.  YOU KNOW, IT'S A SHAME

11:05:06 12    THAT ALL OF THESE THINGS HAD TO HAPPEN.

11:05:11 13         AND I'LL BE TOTALLY HONEST WITH YOU, MY POSITION, I THINK

11:05:16 14    TODAY THAT THE CORPS AND THE STEAMSHIP ASSOCIATION SHOULD BE

11:05:22 15    INDICTED FOR MURDER.  THAT'S HOW I FEEL ABOUT THE WHOLE THING.

11:05:26 16         THE COURT:  THANK YOU, SIR.

11:05:27 17         THE WITNESS:  YOU DON'T GO ALL OF THEM YEARS KNOWING AND

11:05:30 18    JUST PASSING BY.  THANK YOU, JUDGE.

11:05:33 19         THE COURT:  THANK YOU, SIR.

11:05:35 20         MR. ANDRY:  THANK YOU, MR. RODRIGUEZ.

11:05:38 21         MR. EHRLICH:  YOUR HONOR, IF I COULD -- JUST A

11:05:41 22    HOUSEKEEPING MATTER, I WOULD LIKE TO MOVE THE ADMISSION OF THE FOUR

11:05:44 23    OR FIVE EXHIBITS THAT WE USED.

11:05:46 24         THE COURT:  CERTAINLY.

11:05:47 25         MR. EHRLICH:  IT'S DX 1315, PX 1253, DX 1272, DX 1416, AND

11:05:56 1  PX 1240.

11:05:58 2        THE COURT:  LET THEM BE ADMITTED SUBJECT TO ANY OBJECTIONS

11:06:01 3  PREVIOUSLY URGED.

11:06:02 4        MR. EHRLICH:  THANK YOU, YOUR HONOR.

11:06:04 5        THE COURT:  YOU CAN STEP DOWN, SIR.  WE APPRECIATE IT.

11:06:04 6        THE WITNESS:  THANK YOU, JUDGE.

11:06:07 7        THE COURT:  BE CAREFUL WALKING OUT OF HERE.  WE HAVE LOTS

11:06:09 8  OF WIRES.

11:06:18 9        MR. ROY:  YOUR HONOR, DR. KEMP -- HERE IS DR. KEMP.

11:06:26 10        I JUST WANT TO TAKE CARE OF ONE HOUSEKEEPING MATTER.  YOUR

11:06:29 11  HONOR, IN LOOKING AT THE RECORD YESTERDAY AFTERNOON AT THE

11:06:32 12  CONCLUSION OF DR. KEMP, I AM PRETTY SURE IT MAKES CLEAR THAT WE GOT

11:06:37 13  PX NUMBERS ADMITTED.

11:06:40 14        BUT TO AVOID ANY AMBIGUITY, I JUST WANTED TO RECITE FOR

11:06:43 15  THE RECORD WHAT THOSE PX NUMBERS WERE IN CONNECTION WITH DR. KEMP'S

11:06:48 16  TESTIMONY TO THAT POINT TO BE CLEAR OF THE ONES ASSOCIATED WITH HIS

11:06:52 17  TESTIMONY.  IF YOU WOULD PERMIT ME TO DO THAT.

11:06:55 18        THE COURT:  ALL RIGHT, SIR.

11:06:57 19        MR. ROY:  THEY WOULD INCLUDE BUT NOT BE LIMITED TO PX 4,

11:07:00 20  PX 9, PX 65, PX 68, PX 69, PX 91, PX 92, 93, 94, JX 194, PX 193,

11:07:20 21  JX 211, PX 371, PX 1771, PX 2082, AND PX 2152.

11:07:31 22        AND TO MAKE IT CLEAR ON THE RECORD, WE MOVE FOR ADMISSION

11:07:34 23  OF THOSE AS EXHIBITS TO THE EXTENT THEY MAY NOT HAVE ALREADY BEEN

11:07:38 24  ADMITTED.

11:07:41 25        MR. LEVINE:  NO OBJECTION.

—— FINAL DAILY COPY ——

11:07:42  1          THE COURT:  THANK YOU.

11:07:44  2          OKAY.  WE ARE STARTING CROSS-EXAMINATION AND YOU'RE UP,

11:07:54  3  SIR.

11:07:54  4          MR. LEVINE:  YOUR HONOR, I WOULD LIKE TO THANK THE COURT,

11:07:54  5  PLAINTIFFS, MR. RODRIGUEZ, AND DR. KEMP FOR ALLOWING US TO

11:07:55  6  ACCOMMODATE THE SCHEDULING CHANGES.

11:07:57  7          THE COURT:  THANK YOU VERY MUCH, COUNSEL.

11:07:58  8          THE COURT IS FIGHTING IMPATIENCE TODAY BECAUSE I AM

11:08:02  9  FIGHTING A FEROCIOUS HEADACHE.  SO DON'T ANYBODY TAKE ANYTHING

11:08:07 10  PERSONALLY.  GO AHEAD.

11:08:11 11                    CROSS-EXAMINATION

11:08:11 12  BY MR. LEVINE:

11:08:11 13  Q.  GOOD MORNING, DR. KEMP.

11:08:13 14  A.  GOOD MORNING, COUNSELOR.

11:08:17 15  Q.  NICE TO SEE YOU AGAIN.

11:08:19 16          I WANT TO START WITH THE SCIENCE TODAY.  DO IT A LITTLE

11:08:23 17  BIT BACKWARDS THAN YOU GUYS DID IT YESTERDAY.  AND LET'S PULL UP

11:08:26 18  SLIDE 163 FROM YOUR POWERPOINT PRESENTATION.

11:08:34 19          I THINK WE DISCUSSED THIS YESTERDAY, BUT THE BLACK DASHED

11:08:41 20  LINE, THAT'S THE FINEL HYDROGRAPH, CORRECT?

11:08:44 21  A.  THAT'S CORRECT.

11:08:44 22  Q.  AND THE RED LINE THERE, THAT'S THE LOCKMASTER HYDROGRAPH; IS

11:08:48 23  THAT RIGHT?

11:08:49 24  A.  THAT'S REALITY.

11:08:53 25  Q.  AND YOU SAY THAT YOU GUYS GOT REALITY RIGHT BECAUSE YOU MATCHED

11:08:58 1    THE PEAK SURGE HERE PRETTY CLOSE TO THE PEAK SURGE -- THE PEAK SURGE

11:09:04 2    IN THE FINEL HYDROGRAPH PRETTY CLOSE TO THE PEAK SURGE WITH THE

11:09:07 3    LOCKMASTER'S HYDROGRAPH; IS THAT CORRECT?

11:09:10 4    A.  YES.  SPEAKING ABOUT THE TIMING OF THE PEAK SURGE THERE.

11:09:13 5    Q.  OKAY.  I WANT TO TAKE A LOOK AT ANOTHER ASPECT OF THE STORM

11:09:18 6    SURGE, AND I WANT TO TALK ABOUT THE RATIONAL ASPECT.

11:09:23 7           AND CAN WE TAKE A LOOK AT THE LOCKMASTER'S RECORDED

11:09:28 8    OBSERVATIONS -- AND THIS IS FROM PAGE 14 OF MR. EBERSOLE'S EXPERT

11:09:30 9    REPORT, WHICH IS MARKED AS JX 211, AND I WANT TO FOCUS ON THE FIGURE

11:09:35 10   AT THE BOTTOM.

11:09:38 11          AND THE RED TRIANGLES THERE, THAT REPRESENTS THE

11:09:44 12   LOCKMASTER'S RECORDED OBSERVATIONS, CORRECT?

11:09:46 13   A.  THAT'S CORRECT.

11:09:46 14   Q.  AND SO IT APPEARS TO ME THAT THE SURGE PASSED TEN FEET AT

11:09:56 15   APPROXIMATELY 5:00 A.M.; IS THAT RIGHT?

11:09:59 16   A.  I GUESS I'LL MARK ON --

11:10:04 17   Q.  YOU KNOW, I HAVE A PAPER COPY IF YOU WOULD LIKE THAT.  I ALWAYS

11:10:07 18   NEED THE PAPER COPY TO MARK ON IT, TOO.

11:10:20 19   A.  THAT SEEMS RIGHT.

11:10:24 20   Q.  AND THEN IT SEEMS THAT THE PEAK SURGE DROPPED BELOW TEN FEET AT

11:10:32 21   APPROXIMATELY 1:00 P.M.; IS THAT CORRECT?

11:10:35 22   A.  THAT SEEMS CORRECT, YES.

11:10:44 23   Q.  AND SO THAT'S ABOUT AN EIGHT-HOUR DURATION OF THE SURGE ABOVE

11:10:49 24   TEN FEET, RIGHT?

11:10:50 25   A.  THAT'S RIGHT.

11:10:51 1    Q.  ALL RIGHT.  NOW, I WANT TO TAKE THAT AND COMPARE IT TO THE DATA

11:10:58 2    THAT YOU GUYS OBTAINED FROM THE FINEL HYDROGRAPH.  AND FOR THAT, I

11:11:03 3    WANT TO LOOK AT PAGE 121 OF YOUR EXPERT REPORT, WHICH IS MARKED AS

11:11:07 4    BOTH PX 91 AND JX 204.

11:11:22 5              CAN WE FOCUS ON THE BOTTOM FIGURE ON THIS PAGE, PLEASE.

11:11:30 6              NOW, THE BLUE LINE ON THIS PAGE REPRESENTS SCENARIO 1; IS

11:11:34 7    THAT CORRECT?

11:11:35 8    A.  THAT'S CORRECT.

11:11:36 9    Q.  AND THE SURGE APPEARS TO CROSS TEN FEET ON THIS HYDROGRAPH AT

11:11:46 10   APPROXIMATELY 4:30 A.M.; IS THAT RIGHT?

11:11:50 11   A.  OKAY.  SO THAT'S THE POINT THERE, AND IT LOOKS LIKE CLOSE TO

11:12:26 12   4:30.

11:12:27 13   Q.  AND THEN IN THIS SAME HYDROGRAPH, THE SURGE DROPPED BELOW THE

11:12:33 14   TEN FEET MARK -- TO ME THAT LOOKS LIKE A LITTLE BEFORE 10:00 A.M.;

11:12:44 15   IS THAT RIGHT?

11:12:45 16   A.  NO.

11:12:51 17              THE COURT:  DO YOU WANT TO EXPLAIN YOUR ANSWER?

11:12:53 18              THE WITNESS:  OH, I'M SORRY.  TO ME IT DOESN'T LOOK LIKE

11:12:57 19   10:00 A.M.  IT LOOKS LIKE -- OKAY, SO 9, 6, 7, OKAY, 8 -- BECAUSE

11:13:05 20   THE NUMBERS ARE AFTER THE POINTS, SO THERE'S 9, 10 -- I HAVE IT

11:13:13 21   ABOUT 11 O'CLOCK.  IS THAT RIGHT?

11:13:22 22              THE COURT:  ONE SECOND, COUNSEL, I NEED TO SPEAK TO MY LAW

11:13:49 23   CLERK.

11:13:49 24              THAT'S 121 OF THE EXPERT REPORT OF 2008?

11:13:57 25              MR. LEVINE:  YES.

11:13:57 1          THE COURT:  ALL RIGHT.  WE'VE GOT IT.  THANK YOU.

11:13:59 2          THE WITNESS:  I BELIEVE YOU'RE CORRECT, IT'S AROUND

11:14:02 3  10 O'CLOCK.  IT'S A LITTLE HARD FOR ME TO SEE IT.

11:14:07 4  BY MR. LEVINE:

11:14:10 5  Q.  I UNDERSTAND THAT.  I HAVE TO DRAW ON THESE, TOO.

11:14:11 6          SO IF THE SURGE CROSSES THE TEN FEET LINE AT APPROXIMATELY

11:14:18 7  4:30 A.M. AND THEN DROPS BELOW THE TEN FEET LINE AT APPROXIMATELY

11:14:23 8  10:00 A.M., THAT'S ABOUT FIVE AND A HALF HOURS, IS THAT RIGHT, WHERE

11:14:32 9  THE SURGE IS ABOVE THE TEN-FOOT DURATION AMOUNT?

11:14:35 10  A.  THAT'S CORRECT.

11:14:41 11  Q.  YESTERDAY YOU COMPARED THE MRGO TO A BATHTUB; IS THAT RIGHT?

11:14:57 12  A.  I WAS TALKING ABOUT THE FUNNEL.  IF THAT'S WHAT YOU'RE REFERRING

11:15:01 13  TO, THAT'S CORRECT.

11:15:02 14  Q.  I THINK WHAT YOU SAID IS LIKE A BATHTUB, THE MRGO WOULD FILL

11:15:08 15  WITH WATER AND THE WATER'S GOING TO SPILL OUT OVER THE SIDES OF THE

11:15:12 16  BATHTUB AND YOUR FEET WOULD GET WET; IS THAT RIGHT?

11:15:16 17  A.  I THOUGHT I PUT IT A LITTLE MORE ARTFULLY.

11:15:20 18  Q.  PROBABLY SO.

11:15:23 19  A.  WHEN I TALK ABOUT THE BATHTUB, I'M TALKING ABOUT THE FUNNEL,

11:15:27 20  OKAY.  IT HAS TWO CONVERGING CHANNELS AND IT HAS SIDES.  AND THEN WE

11:15:37 21  HAVE A THROAT AREA TO THE FUNNEL.  THE ELEVATION THAT THE WATER

11:15:42 22  REACHES IS SET BY THE HEIGHT OF THE LPV STRUCTURES IN THE FUNNEL.

11:15:49 23  NOT SO MUCH IN THE REACH 1 OR THE IHNC, IT'S SET BY THE PLACE WHERE

11:15:56 24  THE BUILDUP OCCURS.

11:15:58 25  Q.  RIGHT.  BUT WHEN THE WATER GETS HIGHER THAN THOSE STRUCTURES,

11:16:03 1   THE WATER SPILLS OVER THE SIDE AND THE GROUND GETS WET?

11:16:10 2   A.   OKAY.   I KNOW WHAT I MEAN BY THE FUNNEL, AND IF THAT COMPORTS

11:16:18 3   WITH WHAT YOU MEAN THEN WE'RE ON SOLID GROUND -- OR AT LEAST DAMP

11:16:22 4   GROUND ANYWAY.

11:16:23 5   Q.   BUT WE KNOW THAT MORE WATER IS GOING TO COME OUT OF THE BATHTUB

11:16:27 6   IF YOU PUNCH A HOLE IN THE MIDDLE, IF YOU BREACH THE STRUCTURES; IS

11:16:34 7   THAT RIGHT?

11:16:34 8   A.   WE KNOW THAT MOST OF THE FLOODING WAS CAUSED BY BREACHING, YES.

11:16:35 9   Q.   AND YOU USE A MODEL KNOWN AS FINEL TO DETERMINE THE AMOUNT OF

11:16:40 10   OVERTOPPING, RIGHT?

11:16:45 11   A.   THAT'S PART OF OUR ANALYTICAL SCHEME IS TO LOOK AT THE

11:16:47 12   OVERTOPPING AS AN INDICATION OF COMPARISON WITH THE -- BETWEEN OUR

11:16:56 13   SCENARIOS 1, 2C AND 3.

11:17:00 14   Q.   FINEL DOES NOT INCLUDE FLOODING FROM BREACHING, CORRECT?

11:17:03 15   A.   THAT'S CORRECT.   NONE OF THE SURGE MODELS INCLUDE BREACHING.

11:17:07 16   Q.   FINEL DOESN'T MODEL THE BREACHING EITHER, RIGHT?

11:17:10 17   A.   ACTUALLY THE POLDER MODEL IS NOT A WHOLE LOT DIFFERENT FROM

11:17:16 18   FINEL, BUT IT IS A DIFFERENT MODEL, THE SOBEK MODEL.   THE ONLY WAY

11:17:21 19   THAT WE CAN -- I MEAN, THE FINEL MODEL PROVIDES AN INPUT, THAT IS,

11:17:26 20   THE HYDROGRAPHS ON THE OUTSIDE OF THE -- AND THEN DR. BEA TELLS

11:17:32 21   SOBEK WHEN TO OPEN UP THE BREACHES AND HOW BIG THEY ARE.

11:17:35 22   Q.   RIGHT.   SO THE FINEL DOESN'T ACCOUNT FOR ANY BREACHING, IT

11:17:39 23   DOESN'T BREACH THE STRUCTURES, NONE OF THAT IS GOING ON IN THE FINEL

11:17:42 24   MODEL, CORRECT?

11:17:43 25   A.   THAT'S CORRECT.   OR IN THE ADCIRC MODELS.

11:17:47  1    Q.  AND SWAN IS THE MODEL THE PLAINTIFFS USE TO MODEL THE WAVES

11:17:51  2    DURING HURRICANE KATRINA, CORRECT?

11:17:52  3    A.  THAT'S CORRECT.

11:17:53  4    Q.  AND SWAN DOES NOT MODEL BREACHING ITSELF, RIGHT?

11:17:57  5    A.  AS YOU RECALL, I THINK DR. VRIJLING MADE THE POINT THAT SWAN IS

11:18:02  6    USED TO BRING THE WAVES TO THE DEEP POINT OF THE MRGO CHANNEL.  SO

11:18:08  7    THE BREACHING OCCURS ON THE LANDWARD SIDE OF THAT, AND IT'S NOT PART

11:18:13  8    OF THE ANALYSIS.

11:18:14  9    Q.  AND IT'S YOUR OPINION THAT THE BREACHING OF THE LEVEES WAS THE

11:18:19 10    MAIN SOURCE OF THE WATER THAT ENTERED ST. BERNARD PARISH DURING

11:18:22 11    HURRICANE KATRINA, RIGHT?

11:18:23 12    A.  I THINK THAT'S -- I DON'T KNOW OF ANY EXPERT THAT'S SAID

11:18:29 13    OTHERWISE.  WE HAVE -- BOTH SIDES, I THINK, HAVE SAID ABOUT

11:18:35 14    90 PERCENT.

11:18:35 15    Q.  AND YOU DID NOT CONDUCT YOUR OWN INDEPENDENT ANALYSIS OF WHETHER

11:18:39 16    THE WAVES WERE SUFFICIENT TO CAUSE THE BREACHING OF THE LEVEES

11:18:45 17    DURING -- ALONG THE MRGO, RIGHT?

11:18:47 18    A.  THAT WAS DR. BEA'S PROVINCE.

11:18:50 19    Q.  NOT YOURS?

11:18:53 20    A.  DR. BEA'S PROVINCE.

11:18:56 21    Q.  LET'S TAKE A LOOK AT SLIDE 66 FROM YOUR SLIDESHOW PRESENTATION,

11:19:01 22    AND THIS IS A CHART FROM PAGE 142 OF YOUR EXPERT REPORT, WHICH IS

11:19:09 23    PX 91.  AND I WANT TO COMPARE THE FIRST COLUMN AT A COUPLE OF

11:19:19 24    LOCATIONS.

11:19:21 25        AND THE FIRST COLUMN'S SCENARIO 1, CORRECT?

11:19:23 1          THE COURT:  GIVE US A CHANCE TO GET IT MANUALLY.  WE GOT

11:19:25 2     IT, OKAY.  THANK YOU.  THANK YOU, COUNSEL.  SORRY, GO AHEAD.

11:19:29 3          MR. LEVINE:  YOU'RE WELCOME.

11:19:30 4     BY MR. LEVINE:

11:19:31 5     Q.  THE FIRST COLUMN IS SCENARIO 1, CORRECT?

11:19:39 6     A.  THAT'S RIGHT.  THIS IS -- THESE ARE AT SPECIFIC POINTS ON EACH

11:19:39 7     OF THE -- ON EACH OF THE LEVEES NAMED ON THE LEFT, WE HAVE

11:19:46 8     OVERTOPPING ESTIMATES FOR THE ENTIRE SURGE EVENT IN TERMS OF CUBIC

11:19:53 9     FEET PER LINEAR FOOT OF THAT PARTICULAR STRUCTURE.

11:19:56 10    Q.  AND THE THIRD COLUMN, THAT WILL BE SCENARIO 3, RIGHT?

11:20:04 11    A.  NO, NOT THE THIRD COLUMN.

11:20:04 12          THE COURT:  NOT THE THIRD COLUMN.

11:20:05 13          MR. LEVINE:  EXCUSE ME, THE LAST COLUMN.

11:20:07 14          THE COURT:  YES, THE COLUMN UNDER "3".

11:20:09 15          MR. LEVINE:  I'M THINKING THREE TOO MANY TIMES.

11:20:13 16          THE WITNESS:  I THINK THAT'S CORRECT, YES.

11:20:13 17    BY MR. LEVINE:

11:20:16 18    Q.  AND SO IF WE LOOK AT THE BAYOU BIENVENUE EBSB, THAT OVERTOPPING

11:20:25 19    OF THE CENTRAL WETLANDS AREA, AND IN SCENARIO 1, THERE WAS

11:20:31 20    30,800 CUBIC FEET PER LINEAR FOOT OF WATER, CORRECT?

11:20:34 21    A.  THAT'S RIGHT.

11:20:35 22    Q.  AND IN SCENARIO 3, YOU GET 33,200 CUBIC FEET PER LINEAR FOOT OF

11:20:41 23    WATER, RIGHT?

11:20:42 24    A.  THAT'S RIGHT.  THEY -- OF COURSE, THAT OVERTOPPING WAS NOT A

11:20:50 25    SOURCE OF FLOODING TO THE DEVELOPED AREAS, BUT IT DID PUT WATER INTO

11:20:54 1   THE WETLANDS, IF THAT'S WHAT YOU'RE SAYING.  THAT'S GOING INTO THE

11:20:58 2   CENTRAL WETLANDS AREA.

11:20:59 3   Q.  AND I THINK IF WE LOOK AT THE MRGO HALFWAY EBSB AND THE BAYOU

11:21:04 4   DUPRE EBSB, YOU GET MORE OVERTOPPING IN SCENARIO 3 THAN YOU DO IN

11:21:08 5   SCENARIO 1; IS THAT CORRECT?

11:21:11 6   A.  THAT'S RIGHT.  AND REMEMBER, THE PRIMARY FACTOR AFFECTING

11:21:15 7   BREACHING, OBVIOUSLY OVERTOPPING WAS NOT A BIG FACTOR HERE AND WAS

11:21:20 8   PRETTY SIMILAR ALL ALONG THERE.  BUT THE WAVE EFFECTS, AS DR. BEA

11:21:27 9   HAS POINTED OUT, WERE QUITE DIFFERENT.

11:21:30 10          REMEMBER, WE'RE OUT IN THE FUNNEL HERE, SO EVERYTHING IS

11:21:34 11  EQUALIZED, OKAY.  THIS IS THE BATHTUB.  WE'RE FINDING OUT WHAT THE

11:21:38 12  SIDE OF THE BATHTUB IS, HOW HIGH IT IS.

11:21:42 13  Q.  IF WE LOOK AT ALL OF THE ST. BERNARD LOWER NINE POLDER, YOU SEE

11:21:54 14  THAT YOU GET 79 PERCENT OF THE OVERTOPPING THAT YOU DO IN

11:22:00 15  SCENARIO 1, RIGHT?

11:22:00 16  A.  OF COURSE, THAT'S COMING OUT OF THE IHNC.  IF YOU WANT TO TALK

11:22:03 17  ABOUT THE IHNC, WE CAN TALK ABOUT THAT.

11:22:05 18  Q.  WELL, IF WE'RE GOING TO TALK ABOUT THE ST. BERNARD PARISH AND

11:22:08 19  THE WATER COMING OUT OF THE REACH 2, THAT WOULD BE FROM THE CENTRAL

11:22:13 20  WETLANDS AREA, CORRECT?

11:22:14 21  A.  OKAY.  SO WHAT WE'RE TALKING ABOUT IS OVERTOPPING OF THE REACH 2

11:22:19 22  LEVEE INTO THE WETLANDS.  REMEMBER, ABSENT BREACHING, WE GET NO FLOW

11:22:24 23  OVER THE 40 ARPENT CANAL, SO THIS IS INTO STORAGE HERE.

11:22:28 24  Q.  AND WE SEE THAT YOU GET 90 PERCENT OF THE VOLUME OF WATER

11:22:33 25  OVERTOPPING THE REACH 2 LEVEES IN SCENARIO -- LET ME STRIKE THAT.

11:22:45 1        YOU GET 90 PERCENT OF THE WATER THAT YOU DO IN SCENARIO 1

11:22:45 2   FROM SCENARIO 3 INTO THE CENTRAL WETLANDS AREA, CORRECT?

11:22:48 3   A.  THAT'S RIGHT.  AND 40 PERCENT FROM THE REMEDIATED MRGO.

11:22:53 4   Q.  SCENARIO 2C, THE NO MRGO SCENARIO?

11:22:56 5   A.  THAT'S -- I DON'T KNOW.  WE'VE HAD A LOT OF DISCUSSION ABOUT

11:22:59 6   THAT.  THAT WAS THE ASSUMPTION OF THE CORPS OF ENGINEERS WAS THAT

11:23:03 7   THAT -- THAT THAT CHANNEL COULD HAVE BEEN BUILT IN ANOTHER STATE.

11:23:08 8   THAT WAS WHAT WE MODELLED THERE.

11:23:14 9   Q.  AND IF WE LOOK AT NEW ORLEANS EAST, YOU GET 75 PERCENT OF THE

11:23:19 10  AMOUNT OF OVERTOPPING THAT YOU DO IN SCENARIO 1 IN SCENARIO 3,

11:23:26 11  CORRECT?

11:23:26 12  A.  THAT'S CORRECT.  AND THERE WERE -- AS YOU ARE AWARE, THERE WAS

11:23:30 13  SOME MINOR BREACHING ALONG THAT CITRUS BACK LEVEE THAT WOULDN'T HAVE

11:23:38 14  BEEN -- HAVE OCCURRED IN SCENARIO 3.  THIS IS -- THIS IS --

11:23:40 15  REMEMBER, THIS IS A PARAMETRIC STUDY, OKAY.  THIS IS NOT REALITY.

11:23:46 16  Q.  LET'S LOOK AT SLIDE 70 OF YOUR PRESENTATION, WHICH IS A CHART

11:23:52 17  FROM PAGE 143 OF YOUR EXPERT REPORT.  THAT'S PX 91.

11:24:00 18       THE COURT:  THANK YOU FOR THE BENCHMARKS, COUNSEL.

11:24:02 19       MR. LEVINE:  YOU'RE WELCOME.

11:24:04 20       THE WITNESS:  THIS IS FROM MY OCTOBER REPORT OF LAST YEAR.

11:24:09 21  BY MR. LEVINE:

11:24:10 22  Q.  OH, THIS IS FROM THE -- DID I SAY THE WRONG REPORT IN THIS ONE?

11:24:13 23  A.  YOU PROBABLY HAVE IT RIGHT, I'M JUST -- THAT'S HOW I THINK OF

11:24:17 24  IT.

11:24:18 25  Q.  WHAT I WANT TO DO IS I WANT TO LOOK AT THE BOTTOM COLUMN THERE

11:24:21 1    AND LOOK AT THE MEAN AMOUNT OF DISCHARGE THAT YOU SEE IN COMPARISON

11:24:25 2    BETWEEN SCENARIO 3 AND SCENARIO 1.

11:24:34 3         IN SCENARIO 1, YOU GET 261,333 CUBIC FEET PER SECOND.

11:24:44 4    A.   OKAY.   YEAH, I THINK THAT'S THE WRONG WAY TO LOOK AT IT, BUT WE

11:24:48 5    CAN -- I PUT IT THERE FOR COMPARISON FROM -- BETWEEN THE SCENARIOS.

11:24:54 6         REMEMBER, MOST OF THE FLOODING IS OCCURRING DURING THE

11:24:57 7    TIME WHEN THE SURGE IS ACTUALLY AT ITS HIGHEST, WHICH WOULD BE

11:25:00 8    AROUND -- IN THE SEVEN TO EIGHT O'CLOCK RANGE.   SO AT THAT POINT,

11:25:05 9    THEN, THERE'S MORE OF A DIFFERENTIAL.   DURING LOW FLOW, THERE'S NOT

11:25:11 10   AS MUCH.

11:25:11 11   Q.   WELL, SCENARIO 3 AT THE TIME OF -- AT THE MEAN TIME, YOU GET

11:25:17 12   224,333 CUBIC FEET PER SECOND OF WATER, CORRECT?

11:25:24 13   A.   YES.   BUT AS AN OCEANOGRAPHER WHO STUDIES THESE THINGS, I DON'T

11:25:29 14   TEND TO WORK VERY MUCH WITH MEANS.   IF YOU LOOK AT THE TIME THAT IT

11:25:33 15   COUNTS, WHICH IS EIGHT O'CLOCK, YOU SEE THERE IS AN 80,000 CUBIC

11:25:38 16   FEET PER SECOND DIFFERENCE.

11:25:42 17   Q.   ALL OF THIS WATER IS GOING TO COUNT.   ALL OF THIS WATER IS GOING

11:25:47 18   TO FLOOD AT SOME POINT, CORRECT?

11:25:50 19   A.   I'M JUST SAYING, I HAVE TO THINK IN TERMS OF THE HYDRAULICS AND

11:25:54 20   WHAT'S HAPPENING DURING THE STORM.   AND SO I LOOK AT THE THINGS THAT

11:26:02 21   ARE CRITICAL BECAUSE DURING -- YOU KNOW, AT FOUR O'CLOCK IN THE

11:26:05 22   MORNING, THERE IS NO FLOODING.   AT FIVE O'CLOCK IN THE MORNING,

11:26:07 23   THERE IS NO FLOODING.   IT'S NOT UNTIL SIX AND SEVEN O'CLOCK AND

11:26:10 24   EIGHT O'CLOCK THAT THERE'S FLOODING.

11:26:13 25        WE CAN TALK ABOUT THE MEANS, BUT ANYONE THAT -- YOU KNOW,

11:26:18 1    I WORK WITH A LOT OF ENGINEERS.  MOST OF THEM TELL ME YOU DON'T

11:26:21 2    DESIGN TO THE MEAN.

11:26:24 3    Q.  AT FOUR O'CLOCK, THE FLOODING IN BOTH SCENARIO 1 AND SCENARIO 3

11:26:32 4    IS LESS THAN THE MEAN; IS THAT CORRECT?

11:26:34 5    A.  OKAY.  I MAY HAVE CONFUSED YOU WITH THIS DIAGRAM.  REMEMBER,

11:26:40 6    THIS IS A -- DISCHARGES AT A CROSS-SECTION IN THE CHANNEL, OKAY.

11:26:46 7    AND CAN YOU POINT TO THE CROSS-SECTION THAT WE'RE TALKING ABOUT OR

11:26:49 8    I'LL POINT TO IT?

11:26:50 9    Q.  WELL, I'M JUST ASKING ABOUT THE RESULTS ON THIS TABLE, AND I

11:26:54 10   JUST WANT TO KNOW IF AT 4:00 A.M., ARE THESE TWO NUMBERS HERE LESS

11:27:00 11   THAN THE MEANS BELOW HERE (INDICATING)?

11:27:03 12   A.  IT IS THE NATURE OF A MEAN THAT THERE ARE NUMBERS BELOW IT AND

11:27:07 13   NUMBERS ABOVE IT.

11:27:08 14   Q.  SO THOSE ONES ARE OBVIOUSLY LESS THAN IT?

11:27:11 15   A.  I THINK YOU'VE GOT IT THERE.

11:27:13 16   Q.  AND AT 5:00 A.M., THOSE NUMBERS ARE -- THE 5:00 A.M. NUMBERS FOR

11:27:19 17   SCENARIO 1 AND SCENARIO 3 ARE BOTH LESS THAN THE MEAN, CORRECT?

11:27:29 18   A.  DEFINITELY.

11:27:31 19   Q.  SO IF IT'S YOUR TESTIMONY THAT THE BREACHING OCCURRED AFTER THIS

11:27:37 20   5:00 A.M. TIME, THEN THE MEAN RATES WOULD ACTUALLY BE HIGHER, RIGHT?

11:27:42 21   A.  OKAY.  I'M LOSING YOU I'M AFRAID.  WHAT YOU HAVE HERE --

11:27:51 22   REMEMBER, THIS HAS NOTHING TO DO WITH FLOODING.  THIS IS DISCHARGE

11:27:54 23   IN A CHANNEL AT DIFFERENT TIMES.  WE'RE SHOWING CONVEYANCE FROM THE

11:28:00 24   FUNNEL INTO THE IHNC THROUGH THE REACH 1 CHANNEL.

11:28:07 25          I THINK YOU MAKE THE MISTAKE OF TRYING TO -- WHAT YOU

11:28:12 1  SHOULD LOOK AT IS A PARTICULAR TIME AND THEN WE CAN COMPARE THINGS

11:28:16 2  BETWEEN THE DIFFERENT SIMULATIONS.  BUT, YOU KNOW, TO ME, IT'S KIND

11:28:23 3  OF A STATISTICAL DISCUSSION ABOUT ARE THERE NUMBERS BELOW THE MEAN,

11:28:28 4  ARE THERE NUMBERS ABOVE THE MEAN, OF COURSE THERE ARE.  OTHERWISE,

11:28:30 5  IT WOULDN'T BE A MEAN.

11:28:32 6  Q.  WELL, WHAT I WAS JUST ASKING YOU IS THE MEAN WOULD BE HIGHER IF

11:28:36 7  YOU REMOVED THE 4:00 AND 5:00 A.M. TIMES IN SCENARIO 1, RIGHT?

11:28:42 8  A.  YES.  AND I -- ACTUALLY, I REGRET PUTTING THAT LINE.  OF COURSE,

11:28:47 9  YOU KNOW, WITH SPREADSHEETS, IT'S VERY EASY TO DO A MEAN LIKE THAT.

11:28:53 10 AND I THINK FOR YOUR BENEFIT, IT WOULD HAVE BEEN BETTER NOT TO HAVE

11:28:56 11 THE MEAN IN THERE BECAUSE IT IS MEANINGLESS.

11:28:59 12 Q.  WELL, MY NEXT QUESTION IS OBVIOUSLY GOING TO BE:  THE MEAN IS

11:29:03 13 GOING TO BE HIGHER IF YOU REMOVE THE FIRST TWO NUMBERS, THE 141,000

11:29:11 14 AND THE 174,000 MARK, IN SCENARIO 3, CORRECT?

11:29:13 15 A.  THAT'S CORRECT.  AND IF WE LOOKED ONLY AT THE SEVEN AND

11:29:17 16 EIGHT O'CLOCK NUMBERS AND AVERAGED THEM, WE WOULD GET A HIGHER MEAN,

11:29:21 17 THAT'S CORRECT.

11:29:23 18      THESE WERE THE NUMBERS THAT WE PRODUCED WITH THE FINEL

11:29:26 19 ANALYSIS.  WE DID NOT ELIMINATE NUMBERS; WE DID NOT ADD NUMBERS; WE

11:29:31 20 JUST USED THE ONES WE HAD.

11:29:33 21 Q.  YESTERDAY YOU ALSO TALKED ABOUT CURRENT VELOCITY, AND I WANT TO

11:29:39 22 COMPARE PAGES 26 AND 27 OF THE DUTCH SURGE REPORT, WHICH I HAVE

11:29:45 23 MARKED AS JX 197.  I DON'T KNOW THE CORRESPONDING NUMBER FOR THE

11:29:49 24 PLAINTIFFS' REPORT VERSION.  IT'S THE FLOW MODELING REPORT.

11:30:07 25      THE COURT:  JUST A SECOND.  THANK YOU.

11:30:24 1             THAT'S FROM DR. VRIJLING, I THINK?

11:30:27 2             MR. LEVINE:  CORRECT.

11:30:46 3             THE COURT:  GOT IT.  THANK YOU.

11:30:48 4   BY MR. LEVINE:

11:30:50 5   Q.  THIS IS THE CURRENT VELOCITY PICTURE AT 8:00 A.M. FOR

11:30:56 6   SCENARIO 1, CORRECT?

11:31:00 7   A.  YES.  THIS IS -- THERE ARE HOURS ALSO ON HERE SHOWING DIRECTION,

11:31:05 8   AND THEN THE COLORS INDICATE THE VELOCITY, ACCORDING TO THE SCALE ON

11:31:12 9   THE RIGHT, IN FEET PER SECOND.

11:31:13 10  Q.  JUST FOR THE RECORD, THIS IS PAGE 26 OF JX 197.

11:31:19 11            NOW, I GUESS THE WARMER THE COLOR ON THE RIGHT SIDE, THE

11:31:25 12  HIGHER THE VELOCITY; IS THAT RIGHT?

11:31:28 13  A.  THAT'S RIGHT.  I PREVIOUSLY PUT THIS SLIDE UP AND, OF COURSE, IT

11:31:32 14  SHOWS THE HIGHEST VELOCITIES ARE IN THE NORTHERN REACH OF THE IHNC,

11:31:41 15  THE CONSTRICTED REACH.

11:31:45 16  Q.  NOW, IF WE FOCUS ON REACH 1 THERE, WE SEE THIS YELLOW COLOR

11:31:50 17  THERE, CORRECT?

11:31:51 18  A.  I DO.  THAT'S -- AS THE FLOW IS COMING INTO REACH 1, THE

11:31:58 19  VELOCITIES GET SOMEWHAT HIGHER.

11:32:03 20  Q.  THAT'S THE EASTERN SIDE OF REACH 1?

11:32:05 21  A.  THAT'S RIGHT.  THAT'S WHAT WE CONSIDER THE THROAT OF THE FUNNEL.

11:32:08 22  Q.  AND I SEE A COLOR THERE, IT'S A YELLOW, SO IT'S ABOUT, I WOULD

11:32:15 23  SAY, SOMEWHERE IN THE SEVEN TO EIGHT RANGE; IS THAT RIGHT?

11:32:24 24  A.  YEAH, THAT'S CORRECT.

11:32:25 25  Q.  AND THEN AS YOU MOVE DOWN REACH 1 AND GET A LIGHT GREEN COLOR,

1941

11:32:36  1  THAT LOOKS TO ME TO BE ABOUT SOMEWHERE BETWEEN FIVE AND SIX FEET PER

11:32:40  2  SECOND; IS THAT CORRECT?

11:32:41  3  A.  THAT'S CORRECT, YES.  WE'RE SHEDDING WATER OVER THE SIDES OF THE

11:32:47  4  BATHTUB HERE AND LOSING VELOCITY.

11:32:49  5  Q.  CAN WE GO TO PAGE 79 OF THIS REPORT.

11:32:51  6       NOW, ON PAGE 79, WE SEE THE CURRENT VELOCITY IN MRGO

11:33:27  7  REACH 1 FOR SCENARIO 3, RIGHT?

11:33:33  8  A.  WE SEE A MAP SHOWING THE SPATIAL DISTRIBUTION OF VELOCITIES FOR

11:33:39  9  THE SMALLER CHANNEL, YES.

11:33:41 10  Q.  AND AT THE EASTERN SIDE OF MRGO REACH 1, WE SEE THIS YELLOW

11:33:54 11  COLOR HERE AGAIN; IS THAT CORRECT?

11:33:54 12  A.  YES.  YOU SEE SLIGHTLY HIGHER VELOCITIES BECAUSE, REMEMBER, OUR

11:33:55 13  FUNNEL IS PRETTY MUCH THE SAME SIZE THAT'S FEEDING THIS SYSTEM, BUT

11:34:03 14  WE'RE NOW PUTTING THAT WATER INTO A SMALLER CHANNEL, SO THERE'S A

11:34:06 15  CONSTRICTION.

11:34:07 16  Q.  SO THIS WOULD BE SLIGHTLY HIGHER THAN YOU SAW IN SCENARIO 1,

11:34:13 17  RIGHT?

11:34:13 18  A.  YES.  THAT'S ONE WAY WE KNOW OUR PHYSICS IS WORKING PROPERLY.

11:34:16 19  Q.  AND AS WE MOVE OUR WAY WEST DOWN THE MRGO REACH 1, WE GET

11:34:24 20  ANOTHER LIGHT GREEN COLOR, BUT IT'S A LITTLE BIT WARMER THAN LAST

11:34:28 21  TIME, RIGHT?

11:34:29 22  A.  YES.  I THINK YOU CAN SEE THE OUTLINES OF THE SMALLER CHANNEL IN

11:34:33 23  MORE DETAIL THERE.

11:34:33 24  Q.  AND SO THAT LOOKS TO ME TO BE, YOU KNOW, AT THE WESTERN EDGE OF

11:34:39 25  MRGO REACH 1 SOMEWHERE BETWEEN SIX AND SEVEN FEET PER SECOND,

11:34:44 1    CORRECT?

11:34:44 2    A.   IT'S A VERY HEALTHY FLOW.

11:34:48 3    Q.   AND SO THE SPEEDS THERE ARE ACTUALLY HIGHER IN SCENARIO 3 THAN

11:34:52 4    THEY ARE IN SCENARIO 1, RIGHT?

11:34:54 5    A.   IT'S A SMALLER CHANNEL, THE SPEEDS ARE HIGHER, YES.

11:34:57 6    Q.   BOTH THE PLAINTIFFS AND THE DEFENDANTS FOUND THAT REMOVING THE

11:35:10 7    MRGO HAD LITTLE EFFECT ON THE PEAK STORM SURGE ALONG REACH 2,

11:35:14 8    CORRECT?

11:35:17 9    A.   THAT'S RIGHT.   THAT'S THE BATHTUB, RIGHT.   IT'S SET BY THE

11:35:20 10   ELEVATION OF THE LEVEES.

11:35:22 11   Q.   AND BOTH THE PLAINTIFFS AND THE DEFENDANTS FOUND THAT PUTTING

11:35:24 12   THE WETLANDS IN HAD LITTLE EFFECT ON THE PEAK STORM SURGE ALONG

11:35:28 13   REACH 2, CORRECT?

11:35:30 14   A.   YEAH.   AND WHEN YOU SAY PEAK STORM SURGE, I ASSUME YOU'RE JUST

11:35:33 15   TALKING ABOUT THE ELEVATION, THE PEAK ELEVATION.

11:35:33 16   Q.   RIGHT.

11:35:35 17   A.   YOU'RE NOT TALKING ABOUT DISCHARGE, YOU'RE NOT TALKING ABOUT

11:35:39 18   CONVEYANCE, YOU'RE NOT TALKING ABOUT WAVES, YOU'RE NOT TALKING

11:35:40 19   ABOUT --

11:35:40 20   Q.   I'M TALKING ABOUT PEAK STORM SURGE HEIGHT.

11:35:43 21   A.   VERY GOOD.   THAT'S SET BY THE TOP OF THE LEVEES, SO IT DOESN'T

11:35:48 22   CHANGE.

11:35:48 23   Q.   LET'S TAKE A LOOK AT PAGE 114 OF YOUR EXPERT REPORT, WHICH IS

11:35:51 24   MARKED AS JX 204 AND PX 91.   AND I WANT TO LOOK AT FIGURE 6.17 IN

11:36:03 25   THAT REPORT.

11:36:10 1          THE LAW CLERK:  WHAT PAGE?

11:36:12 2          MR. LEVINE:  114.

11:36:28 3  BY MR. LEVINE:

11:36:28 4  Q.  AND IN THIS FIGURE WE SEE THE LOCATIONS FOR THE HYDROGRAPHS

11:36:31 5  GENERATED BY THE PLAINTIFFS' DUTCH EXPERTS, CORRECT?

11:36:34 6  A.  THAT'S CORRECT.  WE HAD SOME MORE ALONG THE 40 ARPENT CANAL FOR

11:36:39 7  SOME OF THE RUNS, BUT THIS SHOWS MOST OF THEM.

11:36:42 8  Q.  AND IF WE TURN TO PAGE 117 AND 118 OF YOUR EXPERT REPORT, WE SEE

11:36:48 9  THE HYDROGRAPHS PLAINTIFFS' DUTCH EXPERTS GENERATED, CORRECT?

11:36:53 10  A.  CAN YOU EXPAND THEM?  I'M TRYING TO SEE WHAT'S ACTUALLY ON

11:37:03 11  THERE.

11:37:03 12  Q.  CAN WE SEE BOTH PAGES 117 AND 118, PLEASE.

11:37:06 13  A.  OKAY.  THIS IS AN INCOMPLETE SET, YES.  IT DOES NOT HAVE THE 2C

11:37:10 14  OR 2D ON IT.  OKAY.  IF YOU CAN FIND 2C AND 2D, THEN WE CAN LOOK AT

11:37:16 15  A COMPLETE SET.

11:37:17 16  Q.  I DON'T WANT TO LOOK AT THE COMPLETE SET JUST QUITE YET, BUT

11:37:20 17  RIGHT NOW I WANT TO LOOK AT THESE FOUR HYDROGRAPHS.  AND THESE ARE

11:37:25 18  THE FOUR HYDROGRAPHS FOR SHELL BEACH, MRGO BAYOU DUPRE, THE MRGO

11:37:31 19  HALFWAY POINT, AND MRGO AT BAYOU BIENVENUE, CORRECT?

11:37:36 20  A.  I'M TRYING TO UNDERSTAND WHICH REPORT BECAUSE THIS IS NOT A

11:37:40 21  FINAL REPORT OBVIOUSLY.

11:37:41 22  Q.  THIS IS FROM YOUR EXPERT REPORT --

11:37:44 23  A.  OKAY.

11:37:46 24  Q.  -- AT PAGES 117 AND 118.

11:37:51 25  A.  OKAY.  SO IT DOES NOT HAVE THE FULL SUITE OF -- OKAY.  ALL

11:37:51 1    RIGHT.

11:37:58 2              WE CAN FIND THE FINAL REPORT AND LOOK AT THE FULL SUITE OR

11:38:02 3    WE CAN WORK WITH THIS INCOMPLETE SET IF YOU LIKE.

11:38:05 4    Q.   RIGHT NOW I WANT TO WORK WITH THIS INCOMPLETE SET FOR A SECOND.

11:38:08 5    A.   THAT'S FINE.

11:38:09 6    Q.   AND THESE ARE THE FOUR HYDROGRAPHS FOR SHELL BEACH, THE MRGO

11:38:15 7    HALFWAY POINT, THE MRGO AT BAYOU BIENVENUE, AND THE MRGO AT BAYOU

11:38:20 8    DUPRE, CORRECT?

11:38:21 9    A.   THAT APPEARS TO BE CORRECT.

11:38:23 10   Q.   AND YOU CAN PULL ALL THAT OFF THE SCREEN.  IF WE COULD FOCUS

11:38:28 11   IN --

11:38:28 12   A.   I HAVE TO SAY, I CAN'T REALLY READ THE LETTERING AT THE BOTTOM

11:38:32 13   HERE AT THIS RESOLUTION.

11:38:33 14   Q.   WELL, I JUST WANT TO BLOW UP THAT ONE RIGHT THERE AT SHELL

11:38:38 15   BEACH.

11:38:39 16   A.   CAN YOU ALSO BLOW UP THE CUT LINE ON THE BOTTOM SO THAT WE CAN

11:38:41 17   SEE?

11:38:42 18   Q.   SURE.

11:38:42 19              DAWN, CAN YOU JUST BLOW UP THE CUT LINE ON THE BOTTOM OF

11:38:51 20   EACH PAGE?

11:38:52 21              THE COURT:  THANK YOU.

11:38:53 22              MR. LEVINE:  YOU'RE WELCOME.

11:38:53 23              THE WITNESS:  OKAY.  ALL RIGHT.

11:38:55 24   BY MR. LEVINE:

11:38:59 25   Q.   CAN YOU READ THAT, DR. KEMP?

11:39:01 1   A.   YEAH.   I'M STILL TRYING TO FIGURE OUT WHAT -- BECAUSE THIS IS --

11:39:06 2   IS THIS FROM --

11:39:06 3                THE COURT:   JULY 11, 2008, I THINK.

11:39:09 4                THE WITNESS:   OKAY.

11:39:10 5   BY MR. LEVINE:

11:39:11 6   Q.   THIS IS FROM YOUR EXPERT REPORT.

11:39:12 7   A.   THIS IS FROM -- OKAY, BUT I HAD A MAY REPORT, I HAD A JULY

11:39:15 8   REPORT.

11:39:15 9   Q.   THIS IS FROM YOUR JULY 11TH, 2008, EXPERT REPORT.

11:39:18 10  A.   ALL RIGHT.   SO IN THIS REPORT I DID NOT INCLUDE THE FULL

11:39:27 11  SUITE OF -- OKAY.   BUT LET --

11:39:27 12  Q.   I THINK IN OTHER LOCATIONS YOU MIGHT HAVE, BUT IN THIS --

11:39:27 13  A.   OKAY.   ALL RIGHT.   WELL --

11:39:27 14  Q.   -- HYDROGRAPH HERE, YOU ONLY INCLUDED SCENARIO 1.

11:39:31 15  A.   I KNOW EXACTLY WHAT THIS IS.   THIS IS FROM THE CALIBRATION

11:39:33 16  SECTION, OKAY.   THIS IS WHERE WE WERE JUST SHOWING THE METHOD.   THIS

11:39:36 17  WAS IN THE EARLY PART OF THE REPORT AS OPPOSED TO LATER WHEN WE'RE

11:39:40 18  ACTUALLY TALKING ABOUT THE ANALYSIS.   OKAY.   I KNOW WHERE WE ARE.

11:39:44 19  NOW WE CAN GO ON.

11:39:45 20  Q.   BUT THESE HYDROGRAPHS ARE RIGHT?   THESE ARE ACCURATE

11:39:50 21  HYDROGRAPHS?

11:39:50 22  A.   THESE ARE ACCURATE HYDROGRAPHS.   THEY ARE NOT A COMPLETE SET, AS

11:39:53 23  YOU KNOW.

11:39:54 24  Q.   SO -- YOU CAN ZOOM BACK OUT.

11:40:05 25                LET'S JUST SEE IF I CAN MAKE THIS REAL SIMPLE.   IN THESE

11:40:13  1    HYDROGRAPHS FOR BOTH SCENARIO 1 AND SCENARIO 3, THE DURATION, ONSET,

11:40:15  2    AND PEAK SURGE HEIGHT ARE ESSENTIALLY EQUIVALENT, CORRECT?

11:40:18  3    A.   THAT'S CORRECT.   WE'RE IN THE BATHTUB.

11:40:20  4    Q.   NOW I WANT TO TAKE A LOOK AT PAGE 127 OF YOUR EXPERT REPORT.

11:40:32  5         AND CAN WE FOCUS IN ON THE BOTTOM HYDROGRAPH AND THE

11:40:38  6    WRITING AT THE BOTTOM.

11:40:44  7    A.   OKAY.   SO WE HAVE A MORE COMPLETE SET HERE.   OKAY.   EXCELLENT.

11:40:48  8    Q.   AND HERE IT SAYS, "SCENARIO 2C, THE GRAY DASHED LINE IS OF

11:40:59  9    INTEREST BUT IS ONLY SLIGHTLY LOWER THAN THE KATRINA-AS-IS RUN,

11:41:04 10    SCENARIO 1 AT THESE LOCATIONS WITH NO TIME LAG."  RIGHT?

11:41:09 11    A.   THAT'S RIGHT.   I WAS DEVELOPING THE BATHTUB CONCEPT HERE.   WHAT

11:41:14 12    I'M SHOWING IS THAT, IN FACT, THE -- FOR ALL OF THESE SIMULATIONS

11:41:18 13    THAT WE RUN, THE SURGE, MAXIMUM SURGE HEIGHT IS INSENSITIVE, AN

11:41:24 14    INSENSITIVE INDICATOR.

11:41:26 15         NOW WE, OF COURSE, WENT ON TO OTHER THINGS AFTER THAT.

11:41:29 16    Q.   WELL, I WANT TO FOCUS ON THIS BOTTOM HYDROGRAPH.

11:41:35 17    A.   THAT'S FINE.

11:41:36 18    Q.   AND THE PEAK SURGE THAT YOU GET IN SCENARIO 1 IS 17 AND A HALF

11:41:39 19    FEET, CORRECT?

11:41:44 20    A.   THAT APPEARS TO BE PRETTY CLOSE, YES.

11:41:46 21    Q.   AND THAT PEAK SURGE OCCURS AT APPROXIMATELY 8:30 A.M., RIGHT?

11:41:51 22    A.   THAT'S RIGHT.

11:41:52 23    Q.   AND FOR SCENARIO 2C, THE PEAK SURGE IS JUST A HALF A FOOT LOWER

11:41:57 24    AT 17 FEET, CORRECT?

11:41:59 25    A.   THAT'S CORRECT.

11:42:00 1  Q.  AND THE PEAK SURGE OCCURS AGAIN AT APPROXIMATELY 8:30 A.M.,

11:42:04 2  RIGHT?

11:42:05 3  A.  RIGHT.

11:42:05 4  Q.  AND SO THE ONSET OF THE SURGE FOR BOTH SCENARIO 1 AND 2C, THAT'S

11:42:11 5  APPROXIMATELY THE SAME, CORRECT?

11:42:12 6  A.  THAT'S RIGHT.  WE'RE IN THE BATHTUB HERE.

11:42:15 7  Q.  AND THE RATE OF RISE OF THE SURGE FOR BOTH SCENARIOS 1 AND 2C IS

11:42:20 8  THE SAME, CORRECT?

11:42:21 9  A.  THAT'S RIGHT.

11:42:21 10 Q.  AND THE RATE OF FALL IS THE SAME FOR BOTH SCENARIOS 1 AND 2C,

11:42:25 11 CORRECT?

11:42:26 12 A.  WE'RE IN THE BATHTUB.

11:42:28 13       THE COURT:  OKAY.  YOU KEEP SAYING WITHIN THE BATHTUB.

11:42:30 14 JUST FOR THE COURT'S SAKE --

11:42:32 15       THE WITNESS:  I'M SORRY.

11:42:32 16       THE COURT:  -- YOU MIGHT -- NO, I UNDERSTAND.  BUT JUST

11:42:34 17 PUNCTUATE WHAT YOU THINK THAT MEANS.

11:42:36 18       THE WITNESS:  OKAY.  I AM SORRY.

11:42:38 19       WHEN WE'RE OUT IN THIS GAPE OF THE FUNNEL AREA, OKAY,

11:42:44 20 WE'RE IN WHAT I'M CALLING THE BATHTUB WHERE, IF ALL WE LOOK AT IS

11:42:49 21 PEAK SURGE, ALL WE SEE IS -- IT TELLS US OVER AND OVER AGAIN WHAT

11:42:54 22 THE MEAN ELEVATION OF THE LPV STRUCTURES ARE ON EITHER SIDE OF THE

11:42:57 23 BATHTUB.

11:42:58 24       BECAUSE WHEN THE WATER COMES UP IN THESE MODELS WHERE

11:43:01 25 THERE IS NO BREACHING, THEN IT CANNOT -- IN THIS ELEVATION RANGE, IT

11:43:09 1 ESSENTIALLY JUST GOES OVER THE SIDES OF THE BATHTUB AND IT DOESN'T

11:43:17 2 GET ANY HIGHER.

11:43:17 3         SO WE'RE STUDYING IN GREAT DETAIL WHAT THE AVERAGE

11:43:18 4 ELEVATION OF THOSE STRUCTURES ARE OUT THERE PRETTY CLOSE.

11:43:22 5         THE COURT:  SO WHEN YOU SAY WE'RE IN THE BATHTUB, THAT'S

11:43:26 6 WITHOUT ANY BREAKING IN THE SIDES OF THE BATHTUB?

11:43:31 7         THE WITNESS:  THAT'S RIGHT.  THIS IS A SOLID BATHTUB.

11:43:35 8         THE COURT:  RATHER THAN A -- ALL RIGHT.  I UNDERSTAND.

11:43:37 9 BY MR. LEVINE:

11:43:38 10 Q.  NOW, I COULD GO THROUGH THE OTHER HYDROGRAPHS ALONG REACH 2 --

11:43:44 11 TRYING TO SAVE THE COURT SOME TIME.

11:43:48 12         THE PEAK SURGE MIGHT BE DIFFERENT AT BAYOU BIENVENUE AND

11:43:53 13 BAYOU DUPRE AND THE MRGO HALFWAY POINT BY ABOUT HALF A FOOT TO A

11:44:01 14 FOOT COMPARISON BETWEEN SCENARIO 1 AND SCENARIO 2C, RIGHT?

11:44:05 15 A.  THAT'S RIGHT.  AND I KNOW YOU DON'T TALK ABOUT THESE OTHER

11:44:08 16 HYDROGRAPHS, BUT THEY'RE KIND OF -- IF WE CHANGE THE GEOMETRY OF THE

11:44:10 17 BATHTUB, WE GET A DIFFERENT NUMBER.

11:44:12 18 Q.  AND IT -- I'M GOING TO GET THERE IN A SECOND.

11:44:12 19 A.  OKAY.

11:44:17 20 Q.  FOR SCENARIO 1 AND SCENARIO 2C AT THESE OTHER HYDROGRAPH

11:44:21 21 LOCATIONS, THE RATE OF RISE IS GOING TO BE APPROXIMATELY THE SAME --

11:44:28 22 OR THE SURGE, CORRECT?

11:44:30 23 A.  WE DON'T REALLY SEE THEM SEPARATE OUT UNTIL WE GET INTO REACH 1

11:44:34 24 AND THE IHNC.

11:44:36 25 Q.  AND THE RATE OF DECLINE IS GOING TO BE THE SAME AS WELL,

11:44:39 1   CORRECT?

11:44:39 2   A.   IT'S PRETTY CLOSE.

11:44:41 3   Q.   AND WE'RE GOING TO GET THE PEAK SURGE TO OCCUR AT APPROXIMATELY

11:44:45 4   THE SAME TIME FOR BOTH SCENARIO 1 AND SCENARIO 2C, ALONG REACH 2 OF

11:44:50 5   THE MRGO?

11:44:50 6   A.   ACTUALLY THE PEAK -- YOU SAID PEAK SURGE OR...

11:44:56 7   Q.   PEAK SURGE.

11:44:57 8   A.   PEAK SURGE VARIES WITHIN ABOUT 20 MINUTES FROM PLACE TO PLACE.

11:45:02 9   Q.   NOW, YOU JUST BROUGHT UP A COUPLE OF OTHER SCENARIOS, AND THEY

11:45:11 10  WERE 2A AND 2B, THAT I WANT TO FOCUS IN ON.

11:45:15 11         AND IF WE COULD REALLY QUICKLY JUST BRING UP PAGE 77 OF

11:45:19 12  YOUR EXPERT REPORT, WHICH IS PX 91.

11:45:31 13         THIS IS A CHART IN HERE THAT SHOWS THE DIFFERENT

11:45:34 14  HYPOTHETICAL SCENARIOS THAT PLAINTIFFS CREATED TO MODEL IN THEIR

11:45:40 15  SURGE HYDROGRAPHS IN THEIR WHOLE MODELING PROCESS, RIGHT?

11:45:43 16  A.   THIS IS WHAT I USED.  I THINK THE COURT HAD ADVANTAGE OF ANOTHER

11:45:50 17  DIAGRAM THAT DR. BEA DEVELOPED WHICH IS MORE OF A SYNTHESIS OF --

11:45:57 18  SINCE DR. BEA AND I WERE WORKING SIDE BY SIDE.  BUT THIS IS WHAT I

11:46:01 19  WORKED OFF OF.

11:46:02 20  Q.   YOU'RE TALKING ABOUT THE CHART DR. BEA DEVELOPED OVER THE

11:46:06 21  WEEKEND, RIGHT?

11:46:07 22  A.   THAT'S RIGHT.

11:46:07 23  Q.   SCENARIO 2A AND SCENARIO 2B, I WANT TO FOCUS ON WHAT'S THERE FOR

11:46:15 24  THE REACH 2 EBSBS.  AND IN BOTH SCENARIOS, YOU GET NONE FOR REACH 2

11:46:24 25  EBSBS; IS THAT CORRECT?

11:46:29  1    A.   THAT'S RIGHT.  WE HAVE EFFECTIVELY CHANGED THE GEOMETRY OF THE

11:46:29  2    BATHTUB.

11:46:29  3    Q.   AND SO NOW IF WE CAN GO BACK TO PAGE 127 OF YOUR EXPERT REPORT,

11:47:00  4    WE SEE THAT THE PURPLE DASHED LINE IS SCENARIO 2A, CORRECT?

11:47:05  5    A.   YES.  IN 2A WHAT WE DID WAS WE MOVED THE SIDE OF THE BATHTUB

11:47:09  6    BACK TO THE 40 ARPENT --

11:47:11  7    Q.   AND IN SCENARIO --

11:47:13  8    A.   -- ALIGNMENT.

11:47:13  9    Q.   SORRY.

11:47:14 10    A.   OKAY.  WE MOVED THE SIDE OF THE -- SO WE HAD A 17 AND A HALF

11:47:17 11    FOOT LEVEE ON THE SITE OF THE CURRENT 40 ARPENT LEVEE.  SO WHAT

11:47:24 12    WE'VE DONE IS EXPAND THE BATHTUB.

11:47:28 13    Q.   AND THE SAME THING FOR SCENARIO 2B, WHICH IS THE GREEN DASHED

11:47:31 14    LINE, RIGHT?

11:47:32 15    A.   NO.  I CAN EXPLAIN.

11:47:35 16    Q.   WELL, SCENARIO 2B IS THE GREEN DASHED LINE, RIGHT?

11:47:41 17    A.   SCENARIO 2B IS THE GREEN DASHED LINE, BUT IT IS NOT THE SAME

11:47:44 18    THING AS 2A.

11:47:45 19    Q.   THE REACH 2 EBSBS AREN'T THERE ANYMORE, CORRECT?

11:47:49 20    A.   THEY AREN'T THERE AND THEY AREN'T AT THE 40 ARPENT LINE EITHER.

11:47:54 21    THERE IS NO LPV STRUCTURE IN THE 2B SIMULATION.

11:48:00 22    Q.   AND IN BOTH SCENARIOS, 2A AND 2B, YOU SEE A MARKEDLY DIFFERENT

11:48:08 23    SURGE HYDROGRAPH; IS THAT CORRECT?

11:48:09 24    A.   THAT'S CORRECT.  AND THIS IS, I GUESS, AN ILLUSTRATION -- THE

11:48:13 25    BEST ILLUSTRATION I KNOW OF THE BATHTUB EFFECT.

1951

11:48:15 1  Q.  AND YOU GET A LOWER PEAK SURGE IN BOTH SCENARIOS?

11:48:19 2  A.  AND DELAY.

11:48:20 3  Q.  AND A DELAY.

11:48:24 4       THE COURT:  YOU SAID -- WAIT, WAIT.  YOU SAID AND AT THE

11:48:27 5  LEVEE AND A -- DELAY, I'M SORRY.

11:48:28 6       THE WITNESS:  A DELAY.  I'M SORRY, SIR.

11:48:31 7       THE COURT:  A DELAY.  I JUST MISUNDERSTOOD YOU.

11:48:33 8  BY MR. LEVINE:

11:48:33 9  Q.  SO WE'LL MAKE THE RECORD CLEAR.  YOU GET A LOWER PEAK SURGE AND

11:48:36 10 A DELAY IN THE ONSET OF SURGE AND PEAK SURGE, CORRECT?

11:48:40 11 A.  CORRECT.

11:48:41 12 Q.  AND YOU GET A DELAY IN THE DURATION OF SURGE, CORRECT?

11:48:45 13 A.  THAT IS CORRECT.  THERE IS ACTUALLY AN ELONGATION OF THE

11:48:53 14 DROP-OFF PERIOD.

11:48:54 15 Q.  THAT'S BECAUSE THE REACH 2 LEVEES PLAY A ROLE IN THE FUNNEL

11:48:58 16 EFFECT BY DRIVING UP THE SURGE, CORRECT?

11:49:01 17 A.  I GUESS -- IF THAT'S YOUR UNDERSTANDING OF THE BATHTUB, THAT'S

11:49:06 18 FINE.  WHAT I'M SAYING IS THAT THE GEOMETRY OF THE BATHTUB IS NOW

11:49:10 19 EXPANDED.  WE GOT A BIGGER BATHTUB, OKAY, THAT -- THEREFORE, IT

11:49:14 20 TAKES US A LITTLE LONGER TO GET UP TO THE SIDES.

11:49:19 21       IN THE CASE OF 2B, THE EDGE OF THE BATHTUB IS ACTUALLY THE

11:49:24 22 MISSISSIPPI RIVER LEVEE.

11:49:25 23 Q.  BUT THE REACH 2 LEVEES DO PLAY A ROLE IN THE FUNNEL EFFECT BY

11:49:29 24 DRIVING UP THE SURGE, RIGHT?

11:49:31 25 A.  THE PRIMARY EFFECT -- AND THIS GOES BACK TO THE BRETSCHNEIDER

11:49:42 1    AND COLLINS STUDY.  REMEMBER, THERE ARE TWO EFFECTS; ONE IS THE

11:49:42 2    EFFECT OF THE CONVERGENCE OF THE CHANNELS AND THEN THERE IS ALSO AN

11:49:45 3    EFFECT -- AN ADDED EFFECT OF BUILDING THE FLOOD PROTECTION

11:49:50 4    STRUCTURES ON THE INBOARD SIDE OF THOSE CHANNELS.

11:49:56 5    Q.  RIGHT.  BUT THE REACH 2 LEVEES ARE JUST PLAYING A ROLE.  THAT'S

11:50:02 6    ALL I'M ASKING.  I'M NOT ASKING FOR HOW MUCH IS THAT ROLE, I'M JUST

11:50:05 7    ASKING DO THE REACH 2 LEVEES --

11:50:05 8    A.  EVERYTHING IS PLAYING A ROLE:  THE WETLANDS, THE STORM.

11:50:11 9    EVERYTHING PLAYS A ROLE.  THE MANIPULATIONS THAT WE DO IN THE

11:50:14 10   ANALYTICAL PROCESS, ALL OF THOSE THINGS PLAY A ROLE.

11:50:17 11   Q.  AND THE LEVEES ARE PART OF THAT?

11:50:19 12   A.  THE LEVEES ARE A PART OF THIS GEOMETRY.

11:50:22 13   Q.  AND I THINK WE'VE PREVIOUSLY ESTABLISHED THAT REMOVING THE MRGO

11:50:25 14   CHANNEL FROM REACH 2, BOTH PLAINTIFFS AND DEFENDANTS AGREE HAS NO

11:50:31 15   IMPACT ON PEAK SURGE HEIGHT, RIGHT?

11:50:33 16   A.  DEPENDS ON WHERE YOU LOOK.

11:50:35 17   Q.  ALONG REACH 2.

11:50:36 18   A.  OKAY.  SO IN THE BATHTUB, NO.

11:50:38 19   Q.  SO -- THAT'S CORRECT?

11:50:43 20   A.  THAT'S CORRECT IN REACH 2.  OF COURSE, IF YOU LOOK IN REACH 1 OR

11:50:46 21   THE IHNC, YOU SEE THE DIFFERENCE.

11:50:48 22   Q.  I'M JUST FOCUSING ON REACH 2 RIGHT NOW.

11:50:51 23   A.  THAT'S YOUR PRIVILEGE.

11:50:52 24   Q.  AND AGAIN, IF YOU ADD IN THE WETLANDS, WE'VE ALREADY ESTABLISHED

11:50:55 25   THAT THE PEAK SURGE HEIGHT ON REACH 2 IS NOT AFFECTED AS WELL,

11:51:00 1    CORRECT?

11:51:01 2    A.  I THINK I MADE IT CLEAR THAT THE PEAK SURGE HEIGHT IS AFFECTED

11:51:07 3    MOSTLY BY THE AVERAGE ELEVATION OF THE FLOOD PROTECTION STRUCTURES

11:51:11 4    IN THAT AREA.

11:51:12 5    Q.  THAT'S BECAUSE THE LEVEES HELP CREATE THE SURGE BECAUSE THEY ARE

11:51:16 6    THE STRUCTURE THAT THE WATER PILES UP UPON DURING A HURRICANE,

11:51:19 7    CORRECT?

11:51:19 8    A.  THEY ARE DEFINITELY A PART OF THE PICTURE.  THEY ARE NOT THE

11:51:24 9    WHOLE PICTURE.

11:51:25 10   Q.  IT MIGHT NOT BE THE WHOLE PICTURE, BUT THE LEVEES HELP CREATE

11:51:34 11   THE SURGE BECAUSE THEY'RE THE STRUCTURE THAT THE WATER PILES UP UPON

11:51:38 12   DURING A HURRICANE, RIGHT?

11:51:40 13   A.  THAT IS YOUR THEORY.  MY THEORY IS THAT THERE ARE MORE ELEMENTS

11:51:45 14   THAN THAT INVOLVED.  I HAVE TALKED ABOUT A CONVERGENCE OF CHANNELS

11:51:50 15   AND I HAVE TALKED ABOUT A CONVERGENCE OF STRUCTURES.

11:51:54 16          BRETSCHNEIDER AND COLLINS CLEARLY SEPARATE THE TWO EFFECTS

11:51:57 17   AND SHOW THAT INDIVIDUALLY THEY HAVE -- EACH OF THOSE THINGS HAS AN

11:52:01 18   EFFECT AND COLLECTIVELY THEY HAVE A DIFFERENT EFFECT.

11:52:04 19   Q.  WELL, YOU REMEMBER TAKING A DEPOSITION IN THIS MATTER?

11:52:07 20   A.  YES.

11:52:07 21   Q.  AND YOU TOOK THAT DEPOSITION ON JANUARY 15TH, 2009, CORRECT?

11:52:12 22   A.  I REMEMBER THAT DEPOSITION.

11:52:14 23   Q.  AND WE TOOK IT AT MR. BRUNO'S OFFICE, RIGHT?

11:52:18 24   A.  YES.  DO YOU WANT ME TO -- OKAY.

11:52:26 25   Q.  I'LL TAKE CARE OF THAT.

11:52:27  1        AND YOU WERE REPRESENTED THERE BY MR. BRUNO AND MR. ROY?

11:52:27  2  A.  THAT'S CORRECT.

11:52:28  3  Q.  AND YOU SIGNED THAT -- YOU TOOK THAT DEPOSITION UNDER THE

11:52:31  4  PENALTY OF PERJURY?

11:52:33  5  A.  I THINK ALL DEPOSITIONS ARE THAT WAY.

11:52:38  6  Q.  AND SO IF WE COULD PULL UP PAGE 106, LINE 24 THROUGH PAGE 175 --

11:52:46  7  107, LINE 5.

11:52:52  8  A.  IT WILL TAKE ME A MINUTE TO FIND MY COPY OF THE DEPOSITION.

11:52:55  9  Q.  WE'RE GOING TO PULL IT UP FOR YOU.

11:52:58 10        THE COURT:  HE CAN LOOK AT IT ON THE SCREEN.

11:52:58 11        MR. LEVINE:  HERE, WE PULLED IT UP ON THE SCREEN FOR HIM.

11:53:00 12        THE COURT:  AND IF HE WANTS TO REFER TO THE OTHER ONE,

11:53:03 13  I'LL LET HIM DO IT, BUT HE MAY OR MAY NOT HAVE TO.

11:53:06 14  BY MR. LEVINE:

11:53:06 15  Q.  AND I ASKED YOU THE QUESTION, "I GUESS THEN THE LEVEES HELP

11:53:09 16  CREATE THE SURGE BECAUSE THEY'RE THE STRUCTURES THAT THE WATER PILES

11:53:12 17  UP UPON?"

11:53:12 18        AND YOU ANSWERED, "THAT'S CORRECT.  YOU HAVE THE

11:53:14 19  CONVEYANCE ASSOCIATED WITH THE CHANNELS IN CONJUNCTION WITH THE

11:53:19 20  BOUNDARIES FORMED BY THE LEVEES."

11:53:21 21        THAT WAS YOUR TESTIMONY, RIGHT?

11:53:22 22  A.  AND I THINK THAT'S MY TESTIMONY TODAY.  I DON'T SEE THE

11:53:26 23  DIFFERENCE.  WE'RE TALKING ABOUT TWO EFFECTS THAT OCCUR TOGETHER IN

11:53:32 24  THE LANDSCAPE.  YOU KNOW, IT'S NOT AS IF -- I GUESS I DON'T SEE THE

11:53:40 25  DIFFERENCE BETWEEN WHAT I'M SAYING TODAY AND WHAT I SAID THEN.

11:53:44 1          THE COURT:  OKAY.  WITHOUT THE LEVEES, THE SURGE WOULD

11:53:51 2    HAVE BEEN -- THE ELEVATION -- THE PEAK SURGE WOULD HAVE BEEN HIGHER

11:53:55 3    OR LOWER?

11:53:57 4          THE WITNESS:  OH, WHAT IT TURNS OUT IS THAT WITHOUT THE --

11:54:03 5    OKAY.  WE HAD TWO SCENARIOS, 2A WHERE WE MOVED THE LEVEE BACK TO THE

11:54:07 6    40 ARPENT.  WHAT WE FOUND IS WHEN WE WENT OUT TO THE 40 ARPENT

11:54:10 7    LEVEE, IN THAT CASE THE SURGE WAS PRETTY SIMILAR TO WHAT IT WAS ON

11:54:14 8    THE MRGO REACH 2 ALIGNMENT, IT JUST GOT THERE LATER.

11:54:18 9          THE COURT:  SO THE PRIMARY AFFECT WAS NOT NECESSARILY

11:54:20 10   HEIGHT DOING THAT BY MOVING THE LEVEE -- BY MAKING THE BATHTUB A LOT

11:54:25 11   LARGER BATHTUB.  WHAT YOU'RE TESTIFYING IS, THEN, IT DIDN'T AFFECT

11:54:30 12   HEIGHT OF THE SURGE AS MUCH AS IT DID THE ONSET OF THE SURGE?

11:54:34 13         THE WITNESS:  IN THE FACT THAT IT DELAYED THE SURGE AND IT

11:54:37 14   ALSO GREATLY -- AS -- IF WE WENT INTO THE THROAT OF THE FUNNEL, FOR

11:54:41 15   EXAMPLE, INTO REACH 1, WHICH IS THE MAIN PLACE WHERE WE SHOULD BE

11:54:46 16   LOOKING, WE WOULD SEE A MARKED REDUCTION IN SURGE AND CONVEYANCE IN

11:54:52 17   THAT AREA BY MAKING THE -- BY CHANGING THE GEOMETRY OF THE FUNNEL.

11:54:57 18         THE COURT:  COUNSEL HAS BEEN ASKING YOU QUESTIONS

11:55:00 19   REFERENCE THE EFFECT.  IF WE LIMIT IT TO REACH 2, FOR WHATEVER

11:55:04 20   REASON, WE LIMIT IT TO REACH 2, THE DIFFERENCE -- THE DIFFERENCES --

11:55:17 21   THE AMOUNT THE LEVEES CONTRIBUTED TO THE, I ASSUME, THE HEIGHT OF

11:55:22 22   THE SURGE AND ANY OTHER ASPECT OF IT.

11:55:24 23         THE WITNESS:  OKAY.

11:55:25 24         THE COURT:  AND I'LL LET COUNSEL FOLLOW-UP ON THIS BUT GO

11:55:28 25   AHEAD.

──────────────── FINAL DAILY COPY ────────────────

11:55:28 1    THE WITNESS:  OKAY.  AND FOR ME, IT'S MUCH EASIER FOR ME

11:55:30 2 TO LOOK AT A SURGE MAP RATHER THAN JUST A HYDROGRAPH AT ONE POINT TO

11:55:34 3 ANSWER THIS QUESTION.  BUT I WILL SEEK TO DO IT.

11:55:39 4    THE COURT:  ON A GENERAL BASIS.

11:55:40 5    THE WITNESS:  OKAY.  ON A GENERAL BASIS, REMEMBER, WHEN WE

11:55:42 6 MOVED FOR, LET'S SAY, 2A WHERE WE MOVED THE LPV LEVEE BACK TO THE

11:55:46 7 40 ARPENT CANAL, WE ENLARGED THE FUNNEL.  WE KEPT OUR SURGE

11:55:53 8 HYDROGRAPH BACK THERE OUT ON THE REACH 2 ALIGNMENT, YOU KNOW, WHERE

11:55:57 9 THE -- AND WHAT WE SAW IS THE PEAK IS REDUCED THERE.  THE PEAK IS

11:56:00 10 ACTUALLY HIGHER BACK AT THE REACH 2 -- I MEAN, AT THE 40 ARPENT

11:56:05 11 LEVEE NOW THAN IT WOULD BE OTHERWISE.

11:56:08 12    SO THERE IS AN AFFECT, BOTH OF THE -- AND WHEN COUNSEL

11:56:13 13 SAID WATER DOES PILE UP ON THE LEVEES, YES, IT DOES.  USUALLY IF WE

11:56:16 14 WANT TO FIND THE HIGHEST PLACE THE SURGE IS, WE GO TO THE LEVEE.

11:56:21 15 THERE'S NO QUESTION ABOUT THAT.

11:56:23 16    THE COURT:  ALL RIGHT.  COUNSEL, PROCEED WITH HOWEVER YOU

11:56:25 17 WISH TO PROCEED.

11:56:26 18    THE WITNESS:  WHEREVER THE LEVEE IS.

11:56:27 19    MR. LEVINE:  THANK YOU, YOUR HONOR.

11:56:29 20 BY MR. LEVINE:

11:56:32 21 Q.  SO WHEN THE SURGE GETS TOO HIGH, IT'S JUST GOING TO GO OVER THE

11:56:36 22 TOP OF THE LEVEE, CORRECT, AS LONG AS THE LEVEE'S EXISTING ALONG

11:56:41 23 REACH 2?

11:56:42 24 A.  I THINK THAT'S PRETTY OBVIOUS, YES.

11:56:45 25 Q.  AND THAT'S GOING TO BE HOW HIGH THE SURGE GETS?

11:56:49  1    A.  WITHIN, YOU KNOW -- I MEAN, WE HAVE A FEW TENTHS OF A FOOT HERE

11:56:53  2    AND THERE.  I MEAN, WHEN YOU'RE IN THE BATHTUB, IF YOU RUN A FIRE

11:56:56  3    HOSE INTO IT, IT WILL GO A LITTLE BIT ABOVE THE SIDES OF THE TUB,

11:57:01  4    YES.

11:57:01  5    Q.  SO THEN THE REACH 2 LEVEES ARE GOING TO DEFINE THE UPPER LIMIT

11:57:04  6    OF THE SURGE, CORRECT?

11:57:06  7    A.  I THINK THEY AND THE LEVEES ON THE NORTH SIDE OF THE GIWW AND

11:57:18  8    THE COMBINATION TO MAKE THE FUNNEL, YES.

11:57:20  9    Q.  SO THE SURGE HEIGHT IN REACH 2 IS JUST -- IT'S CONTROLLED BY THE

11:57:24  10   LEVEE HEIGHT MORE THAN ANYTHING ELSE, RIGHT?

11:57:26  11   A.  THE PEAK SURGE.  AND IF THAT WAS ALL WE WERE CONCERNED ABOUT,

11:57:31  12   THAT WOULD BE TRUE.  OF COURSE WE'RE CONCERNED ABOUT A LOT MORE THAN

11:57:35  13   JUST THE PEAK SURGE HEIGHT OUT THERE.  WE'RE CONCERNED ABOUT

11:57:39  14   CONVEYANCE INTO THE REACH 1 CHANNELS AND WAVES AND EVERYTHING ELSE.

11:57:49  15        MR. LEVINE:  YOUR HONOR, IF YOU WOULD LIKE TO TAKE A BREAK

11:57:52  16   NOW, THIS WOULD BE A GOOD STOPPING POINT FOR ME.

11:57:59  17        THE COURT:  WE WILL COME BACK AT ONE O'CLOCK.

11:58:02  18        MR. LEVINE:  THANK YOU.

         19      (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

         20

         21

         22                    * * * * * *

         23

         24

         25

1

2

3                        REPORTER'S CERTIFICATE

4

5      I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES

6   DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY

7   THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF

8   MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

9   THE ABOVE-ENTITLED AND NUMBERED MATTER.

10

11

12

13              KAREN A. IBOS, CCR, RPR, CRR

14              OFFICIAL COURT REPORTER

15

16

17

18

19

20

21

22

23

24

25

**'**

**'40S** [3] - 1881:17, 1887:18, 1888:18
**'50S** [6] - 1881:11, 1881:17, 1882:25, 1887:18, 1888:18, 1922:3
**'60S** [4] - 1881:11, 1881:17, 1887:18, 1888:18
**'63** [2] - 1884:1, 1886:11
**'65** [1] - 1886:11
**'70S** [1] - 1885:8
**'72** [2] - 1885:9, 1886:2
**'BILLY'** [1] - 1916:14
**'BOB'** [1] - 1916:13

**0**

**0325** [2] - 1875:3, 1905:3
**06-CV-2268** [1] - 1869:3

**1**

**1** [41] - 1930:6, 1931:23, 1932:13, 1933:25, 1934:5, 1934:19, 1935:5, 1935:15, 1936:1, 1936:10, 1937:2, 1937:3, 1938:3, 1938:17, 1938:24, 1939:7, 1940:6, 1940:16, 1940:18, 1940:20, 1940:25, 1941:7, 1941:10, 1941:16, 1941:19, 1941:25, 1942:4, 1945:14, 1946:1, 1946:10, 1946:18, 1947:4, 1947:7, 1947:10, 1948:14, 1948:20, 1948:23, 1949:4, 1952:20, 1955:15, 1957:14
**1,000** [1] - 1925:22
**10** [4] - 1887:21, 1890:8, 1930:20, 1931:3
**100** [2] - 1904:13
**1000** [1] - 1869:14
**10022** [1] - 1870:24
**106** [1] - 1954:6
**107** [1] - 1954:7
**10:00** [3] - 1930:14, 1930:19, 1931:8

**11** [2] - 1930:21, 1945:3
**1100** [1] - 1869:23
**114** [2] - 1942:23, 1943:2
**117** [3] - 1943:8, 1943:12, 1943:24
**118** [3] - 1943:8, 1943:12, 1943:24
**11TH** [1] - 1945:9
**12** [5] - 1878:4, 1878:11, 1882:15, 1895:21, 1911:25
**12/11/1957** [1] - 1875:6
**12/15** [1] - 1874:20
**120-SOMETHING** [1] - 1926:4
**1205** [1] - 1870:19
**121** [2] - 1930:3, 1930:24
**1239** [2] - 1875:7, 1879:23
**1240** [7] - 1875:6, 1881:8, 1881:9, 1882:5, 1919:11, 1927:1
**1242** [1] - 1875:8
**1253** [4] - 1874:20, 1894:11, 1914:19, 1926:25
**1254** [2] - 1874:21, 1896:5
**1255** [3] - 1874:22, 1897:15, 1898:5
**1256** [5] - 1874:24, 1906:4, 1907:1, 1912:21, 1913:1
**1257** [3] - 1874:25, 1900:4
**1261** [1] - 1870:9
**127** [2] - 1946:4, 1950:3
**1272** [3] - 1916:22, 1917:3, 1926:25
**1315** [2] - 1913:21, 1926:25
**1316** [1] - 1918:1
**1366** [1] - 1870:9
**14** [1] - 1929:8
**141,000** [1] - 1939:13
**1416** [1] - 1926:25
**142** [1] - 1933:22
**143** [2] - 1875:2, 1936:17
**15** [5] - 1887:22, 1890:8, 1902:5, 1911:25
**1517.4** [3] - 1875:10, 1888:8, 1888:15

**15TH** [1] - 1953:21
**16** [1] - 1911:22
**163** [1] - 1928:18
**17** [3] - 1946:18, 1946:24, 1950:10
**174,000** [1] - 1939:14
**175** [1] - 1954:6
**1771** [1] - 1927:21
**18.5** [1] - 1876:20
**1810.4** [3] - 1908:21, 1909:15, 1910:5
**1814** [1] - 1908:21
**1876/11** [1] - 1872:5
**1913/6** [1] - 1872:6
**1922/9** [1] - 1872:7
**1928/12** [1] - 1872:10
**193** [1] - 1927:20
**1930S** [1] - 1921:5
**194** [1] - 1927:20
**1940S** [1] - 1881:11
**1945** [3] - 1876:16, 1877:1, 1877:23
**1947** [9] - 1879:5, 1879:7, 1879:9, 1879:10, 1880:8, 1880:14, 1880:17, 1880:23, 1881:4
**1960S** [1] - 1877:23
**197** [2] - 1939:23, 1940:10
**1970S** [1] - 1921:5
**1972** [5] - 1886:2, 1886:5, 1886:10, 1886:15, 1886:19
**1973** [2] - 1905:4, 1905:13
**1976** [1] - 1886:9
**1991** [1] - 1918:2
**1994** [1] - 1914:3
**1998** [7] - 1874:21, 1894:2, 1894:4, 1896:9, 1900:17, 1905:18, 1914:20
**1999** [2] - 1897:16, 1898:6
**19TH** [1] - 1906:9
**1:00** [1] - 1929:21

**2**

**2** [29] - 1904:6, 1916:9, 1935:19, 1935:21, 1935:25, 1942:7, 1942:13, 1948:10, 1949:4, 1949:24, 1950:19, 1951:15, 1951:23, 1952:5, 1952:7, 1952:14, 1952:17, 1952:20, 1952:22,

1952:25, 1955:8, 1955:19, 1955:20, 1956:8, 1956:10, 1956:23, 1957:5, 1957:9
**2,000** [1] - 1904:15
**2/19/1993** [1] - 1874:25
**20** [3] - 1911:10, 1926:10, 1949:8
**2003** [2] - 1905:23, 1906:10
**2004** [3] - 1916:25, 1917:2, 1917:24
**20044** [1] - 1871:13
**2005** [1] - 1919:22
**2008** [3] - 1930:24, 1945:3, 1945:9
**2009** [3] - 1869:4, 1873:2, 1953:21
**204** [2] - 1930:4, 1942:24
**2082** [1] - 1927:21
**211** [2] - 1927:21, 1929:9
**2152** [1] - 1927:21
**2155** [1] - 1875:4
**224,333** [1] - 1937:12
**24** [1] - 1954:6
**26** [3] - 1896:5, 1939:22, 1940:10
**261,333** [1] - 1937:3
**2626** [1] - 1870:19
**2655** [1] - 1870:5
**27** [1] - 1939:22
**2A** [8] - 1949:10, 1949:23, 1950:4, 1950:5, 1950:18, 1950:22, 1955:5, 1956:6
**2B** [8] - 1949:10, 1949:23, 1950:13, 1950:16, 1950:17, 1950:21, 1950:22, 1951:21
**2C** [12] - 1932:13, 1936:4, 1943:13, 1943:14, 1946:8, 1946:23, 1947:4, 1947:7, 1947:10, 1948:14, 1948:20, 1949:4
**2D** [2] - 1943:14

**3**

**3** [16] - 1916:10, 1932:13, 1934:10, 1934:22, 1935:4, 1936:2, 1936:10,

1936:14, 1937:2, 1937:11, 1938:3, 1938:17, 1939:14, 1941:7, 1942:3, 1946:1
**3"** [1] - 1934:14
**3/16/2000** [1] - 1875:1
**30** [4] - 1869:4, 1873:2, 1911:10, 1913:16
**30,800** [1] - 1934:20
**3102** [1] - 1869:23
**32** [3] - 1882:16, 1885:25, 1890:9
**325** [1] - 1870:23
**33,200** [1] - 1934:22
**36** [1] - 1906:15
**3668** [1] - 1870:2
**371** [1] - 1927:21
**3809** [1] - 1876:14
**3:30** [3] - 1908:6, 1908:9, 1908:13

**4**

**4** [4] - 1912:22, 1912:25, 1913:1, 1927:19
**40** [19] - 1876:22, 1881:24, 1904:21, 1906:16, 1911:11, 1911:14, 1925:2, 1925:3, 1925:22, 1935:23, 1936:3, 1943:6, 1950:6, 1950:11, 1950:20, 1955:6, 1956:7, 1956:10
**40-SOMETHING** [1] - 1883:23
**42** [1] - 1906:16
**45** [2] - 1900:12
**46** [1] - 1900:20
**4:00** [2] - 1938:10, 1939:7
**4:30** [3] - 1930:10, 1930:12, 1931:7

**5**

**5** [1] - 1954:7
**50** [4] - 1904:13, 1906:12, 1907:7
**500** [2] - 1871:16, 1926:5
**504** [1] - 1871:17
**519** [1] - 1870:12
**550** [1] - 1869:13
**556** [1] - 1870:2
**57TH** [1] - 1870:23

**589-7776** [1] - 1871:17

**5:00** [5] - 1929:15, 1938:16, 1938:20, 1939:7

## 6

**6** [3] - 1909:9, 1915:12, 1930:19
**6.17** [1] - 1942:24
**60** [3] - 1906:12, 1906:14, 1906:20
**600** [1] - 1871:2
**601** [1] - 1870:5
**604** [1] - 1871:2
**610** [1] - 1869:20
**618** [1] - 1870:16
**65** [1] - 1927:20
**66** [3] - 1906:12, 1907:6, 1933:21
**68** [1] - 1927:20
**69** [1] - 1927:20

## 7

**7** [1] - 1930:19
**7/17/1999** [1] - 1874:23
**70** [4] - 1906:12, 1906:14, 1906:20, 1936:16
**70,500** [1] - 1926:1
**70-FOOT** [1] - 1907:8
**70085** [1] - 1876:14
**70113** [2] - 1869:17, 1869:21
**70130** [2] - 1871:3, 1871:16
**70130-6004** [1] - 1870:6
**70381** [1] - 1870:20
**70502-3668** [1] - 1870:3
**70726** [1] - 1870:13
**70801-1910** [1] - 1870:16
**70821-1366** [1] - 1870:10
**73** [1] - 1886:24
**75** [1] - 1936:9
**75219** [1] - 1869:24
**77** [1] - 1949:11
**79** [3] - 1935:14, 1941:5, 1941:6
**7:30** [2] - 1909:13, 1911:3
**7TH** [2] - 1897:16, 1898:6

## 8

**8** [1] - 1930:19
**8,000** [1] - 1926:9
**8-BY** [1] - 1908:8
**8-BY-16** [1] - 1908:8
**80,000** [1] - 1937:15
**800** [1] - 1880:15
**8201** [1] - 1908:17
**84** [3] - 1907:1, 1907:2, 1912:25
**855** [1] - 1869:17
**888** [1] - 1871:12
**8:00** [1] - 1940:5
**8:30** [5] - 1911:17, 1925:4, 1946:21, 1947:1

## 9

**9** [4] - 1869:9, 1927:20, 1930:19, 1930:20
**90** [3] - 1933:14, 1935:24, 1936:1
**90071-2627** [1] - 1869:14
**91** [6] - 1927:20, 1930:4, 1933:23, 1936:17, 1942:24, 1949:12
**92** [1] - 1927:20
**93** [1] - 1927:20
**94** [1] - 1927:20
**9TH** [1] - 1914:3

## A

**A** [340] - 1870:14, 1871:15, 1873:16, 1873:23, 1874:12, 1875:4, 1875:20, 1875:22, 1876:3, 1877:11, 1877:16, 1878:2, 1878:3, 1878:5, 1878:10, 1878:12, 1878:14, 1878:20, 1879:1, 1879:2, 1879:3, 1879:7, 1879:16, 1879:18, 1879:19, 1879:25, 1880:1, 1880:5, 1880:25, 1881:3, 1881:16, 1881:18, 1881:20, 1882:12, 1882:14, 1882:16, 1883:1, 1883:11, 1883:13, 1883:14, 1883:15, 1883:17, 1884:7, 1884:13, 1884:17,

1885:1, 1885:2, 1885:8, 1885:9, 1885:11, 1885:12, 1885:14, 1885:15, 1885:19, 1885:20, 1885:24, 1886:5, 1886:6, 1886:14, 1886:16, 1886:20, 1886:24, 1887:1, 1887:6, 1887:9, 1887:10, 1887:22, 1887:25, 1888:1, 1888:5, 1888:12, 1888:15, 1888:20, 1888:22, 1889:4, 1889:6, 1889:8, 1889:12, 1889:15, 1889:17, 1889:18, 1889:21, 1889:23, 1890:12, 1890:15, 1890:18, 1891:7, 1891:14, 1891:19, 1891:21, 1891:22, 1891:23, 1892:13, 1892:14, 1892:23, 1892:24, 1892:25, 1893:1, 1893:2, 1893:5, 1893:7, 1893:12, 1893:20, 1893:23, 1893:25, 1894:2, 1894:5, 1894:12, 1894:13, 1895:19, 1895:20, 1895:21, 1895:22, 1896:3, 1896:11, 1896:15, 1896:17, 1897:3, 1897:15, 1897:20, 1897:22, 1898:10, 1898:18, 1901:4, 1902:5, 1902:7, 1902:10, 1902:16, 1902:17, 1902:19, 1902:24, 1902:25, 1903:2, 1903:4, 1903:6, 1903:8, 1903:12, 1903:25, 1904:2, 1904:3, 1904:9, 1904:16, 1904:23, 1904:25, 1905:4, 1905:6, 1905:9, 1905:13, 1905:14, 1905:15, 1905:17, 1905:19, 1905:22, 1906:3, 1906:9, 1906:21, 1907:19, 1908:19, 1909:3, 1909:21, 1909:22, 1909:25, 1910:4, 1911:4, 1911:12, 1911:13, 1911:16,

1912:5, 1912:7, 1912:9, 1912:14, 1912:16, 1913:21, 1913:22, 1914:5, 1914:22, 1915:1, 1915:12, 1916:5, 1916:10, 1916:11, 1916:22, 1917:5, 1917:7, 1919:12, 1919:17, 1920:7, 1920:14, 1920:25, 1921:4, 1921:6, 1922:7, 1922:10, 1922:12, 1923:13, 1923:22, 1924:4, 1924:10, 1924:11, 1924:18, 1924:19, 1925:2, 1925:16, 1925:17, 1926:2, 1926:3, 1926:7, 1926:10, 1926:11, 1926:21, 1928:9, 1928:16, 1929:5, 1929:7, 1929:17, 1930:14, 1931:3, 1931:8, 1931:11, 1931:14, 1931:17, 1931:21, 1932:6, 1932:9, 1932:17, 1932:18, 1933:21, 1933:22, 1933:23, 1934:1, 1934:24, 1935:7, 1936:5, 1936:15, 1936:16, 1937:9, 1938:1, 1938:6, 1938:12, 1938:23, 1939:1, 1939:3, 1939:5, 1939:9, 1939:16, 1939:25, 1940:22, 1940:25, 1941:8, 1941:14, 1941:20, 1942:2, 1942:5, 1942:23, 1943:15, 1943:20, 1944:4, 1945:7, 1945:22, 1946:4, 1946:7, 1946:18, 1946:23, 1948:7, 1948:8, 1948:13, 1948:17, 1948:18, 1949:9, 1949:13, 1949:17, 1950:10, 1950:22, 1951:1, 1951:3, 1951:5, 1951:6, 1951:7, 1951:9, 1951:10, 1951:12, 1951:15, 1951:19, 1951:20, 1951:23, 1952:5, 1952:8, 1952:9, 1952:10,

1952:12, 1953:6, 1953:8, 1953:12, 1953:14, 1953:15, 1953:18, 1953:19, 1954:8, 1955:10, 1955:16, 1956:2, 1956:4, 1956:5, 1957:1, 1957:2, 1957:3, 1957:12, 1957:15, 1957:16, 1957:19, 1958:5, 1958:7, 1958:13
**A.M** [15] - 1909:9, 1929:15, 1930:10, 1930:14, 1930:19, 1931:7, 1931:8, 1938:10, 1938:16, 1938:20, 1939:7, 1940:5, 1946:21, 1947:1
**ABILITY** [1] - 1958:8
**ABOUT** [98] - 1874:19, 1875:24, 1878:3, 1878:12, 1879:9, 1879:11, 1879:13, 1879:17, 1881:14, 1881:21, 1883:18, 1885:6, 1886:8, 1886:11, 1886:15, 1887:16, 1888:6, 1888:20, 1890:9, 1890:14, 1891:1, 1891:16, 1892:15, 1892:21, 1893:16, 1893:25, 1894:6, 1895:16, 1896:3, 1896:6, 1897:1, 1902:5, 1902:17, 1903:3, 1904:2, 1904:5, 1904:13, 1904:14, 1905:11, 1905:17, 1907:8, 1908:8, 1909:11, 1911:10, 1911:17, 1911:25, 1912:9, 1912:14, 1912:21, 1913:20, 1915:9, 1915:12, 1919:19, 1921:6, 1924:24, 1926:15, 1929:4, 1929:6, 1929:23, 1930:21, 1931:8, 1931:12, 1931:19, 1933:13, 1935:17, 1935:18, 1935:21, 1936:5, 1937:25, 1938:7, 1938:9, 1939:3, 1939:21, 1940:22, 1941:1, 1942:15, 1942:17, 1942:18,

1942:19, 1942:20, 1945:18, 1948:13, 1948:15, 1949:8, 1949:20, 1953:14, 1953:15, 1954:23, 1956:15, 1957:11, 1957:12, 1957:13

**ABOVE** [7] - 1917:19, 1929:23, 1931:9, 1938:13, 1939:4, 1957:3, 1958:9

**ABOVE-ENTITLED** [1] - 1958:9

**ABSENT** [1] - 1935:22

**ACCESS** [1] - 1875:9

**ACCOMMODATE** [1] - 1928:6

**ACCOMMODATING** [1] - 1873:9

**ACCOMPLISH** [1] - 1917:17

**ACCORDING** [1] - 1940:8

**ACCOUNT** [1] - 1932:22

**ACCURATE** [3] - 1897:11, 1945:20, 1945:22

**ACCUSATION** [1] - 1905:7

**ACKNOWLEDGE** [3] - 1885:24, 1887:2, 1893:11

**ACKNOWLEDGED** [1] - 1886:1

**ACRES** [1] - 1888:7

**ACROSS** [1] - 1878:10

**ACT** [1] - 1922:3

**ACTIONS** [1] - 1913:18

**ACTUALLY** [18] - 1879:3, 1888:3, 1888:21, 1904:12, 1904:24, 1909:1, 1912:6, 1932:17, 1937:7, 1938:20, 1939:8, 1942:3, 1943:10, 1945:18, 1949:6, 1951:13, 1951:21, 1956:10

**ADCIRC** [1] - 1932:25

**ADD** [2] - 1939:19, 1952:24

**ADDED** [1] - 1952:3

**ADDITION** [1] - 1903:24

**ADDRESS** [3] - 1876:12, 1894:5, 1898:12

**ADJACENT** [1] - 1904:16

**ADJOINING** [1] - 1902:13

**ADMINISTRATION** [1] - 1882:21

**ADMINISTRATIVE** [2] - 1882:20, 1899:25

**ADMISSION** [3] - 1891:22, 1926:22, 1927:22

**ADMITTED** [3] - 1927:2, 1927:13, 1927:24

**ADVANTAGE** [1] - 1949:16

**ADVISORY** [1] - 1895:20

**ADVOCATE** [4] - 1884:7, 1884:10, 1884:11, 1887:3

**AFFECT** [3] - 1955:9, 1955:11, 1956:12

**AFFECTED** [2] - 1952:25, 1953:2

**AFFECTING** [1] - 1935:6

**AFFIRMATIVE** [1] - 1908:15

**AFRAID** [1] - 1938:21

**AFTER** [18] - 1877:8, 1884:21, 1893:2, 1895:25, 1902:19, 1905:13, 1908:4, 1908:9, 1908:13, 1908:24, 1910:24, 1912:1, 1914:16, 1925:1, 1925:24, 1930:20, 1938:19, 1946:15

**AFTERNOON** [1] - 1927:11

**AGAIN** [10] - 1874:1, 1893:19, 1920:23, 1921:8, 1928:15, 1941:11, 1947:1, 1947:21, 1952:24

**AGAINST** [3] - 1890:2, 1890:4, 1890:5

**AGO** [7] - 1885:8, 1885:9, 1885:14, 1886:24, 1896:18, 1907:6, 1907:9

**AGREE** [4] - 1899:16, 1917:10,

1921:16, 1952:14

**AGREED** [3] - 1899:9, 1899:16, 1900:24

**AHEAD** [5] - 1892:2, 1920:1, 1928:10, 1934:2, 1955:25

**AIN'T** [1] - 1926:10

**AL** [2] - 1869:2, 1869:5

**ALABAMA** [1] - 1902:17

**ALIGNMENT** [4] - 1905:8, 1950:8, 1955:8, 1956:8

**ALIVE** [1] - 1884:5

**ALL** [49] - 1875:12, 1875:14, 1875:18, 1877:15, 1880:20, 1884:25, 1885:16, 1885:25, 1887:12, 1889:8, 1889:9, 1889:16, 1889:19, 1896:17, 1899:9, 1899:16, 1902:20, 1903:16, 1904:15, 1905:12, 1912:23, 1916:1, 1917:16, 1917:18, 1918:23, 1925:11, 1926:12, 1926:17, 1927:18, 1930:1, 1931:1, 1935:8, 1935:13, 1937:17, 1943:25, 1944:10, 1944:23, 1945:10, 1945:13, 1946:12, 1947:20, 1947:21, 1948:8, 1952:6, 1952:10, 1954:5, 1956:16, 1957:11

**ALLEN** [1] - 1920:20

**ALLOWING** [1] - 1928:5

**ALMOST** [4] - 1880:18, 1880:20, 1880:21, 1902:12

**ALONG** [14] - 1911:9, 1914:8, 1914:14, 1922:22, 1933:17, 1935:8, 1936:13, 1942:7, 1942:12, 1943:6, 1948:10, 1949:4, 1952:17, 1956:22

**ALREADY** [2] - 1927:23, 1952:24

**ALSO** [21] - 1871:1, 1875:22, 1883:17, 1887:25, 1889:21,

1891:1, 1891:2, 1895:3, 1901:17, 1901:22, 1901:25, 1904:22, 1904:23, 1910:17, 1916:22, 1918:18, 1939:21, 1940:7, 1944:16, 1952:2, 1955:14

**ALTOGETHER** [1] - 1882:16

**ALWAYS** [9] - 1878:9, 1879:12, 1884:10, 1885:21, 1890:9, 1906:14, 1919:19, 1924:3, 1929:17

**AM** [11] - 1891:23, 1892:1, 1896:2, 1896:17, 1899:4, 1910:6, 1915:21, 1921:6, 1927:12, 1928:8, 1947:18

**AMAZING** [1] - 1873:21

**AMBIGUITY** [1] - 1927:14

**AMERICA** [1] - 1869:5

**AMIN** [1] - 1871:6

**AMOUNT** [6] - 1909:5, 1931:9, 1932:9, 1936:10, 1937:1, 1955:21

**AN** [39] - 1876:21, 1877:25, 1878:1, 1878:6, 1881:15, 1883:21, 1883:24, 1884:7, 1884:10, 1884:11, 1885:5, 1885:19, 1886:19, 1887:3, 1891:22, 1894:19, 1894:20, 1899:10, 1899:25, 1902:13, 1903:20, 1912:3, 1913:14, 1921:9, 1922:3, 1922:15, 1929:23, 1932:12, 1932:19, 1937:13, 1937:15, 1943:13, 1946:13, 1950:24, 1951:13, 1952:2, 1952:3, 1953:17, 1956:12

**ANALYSIS** [4] - 1933:8, 1933:15, 1939:19, 1945:18

**ANALYTICAL** [2] - 1932:11, 1952:10

**AND** [500] - 1873:11, 1873:17, 1874:7,

1874:9, 1874:19, 1874:21, 1874:23, 1875:5, 1875:12, 1875:25, 1876:2, 1876:4, 1876:12, 1876:15, 1876:23, 1877:5, 1877:13, 1877:16, 1877:19, 1877:22, 1877:23, 1878:6, 1878:7, 1878:9, 1878:11, 1878:14, 1878:16, 1878:19, 1878:22, 1878:23, 1878:25, 1879:2, 1879:10, 1879:15, 1879:16, 1879:20, 1879:21, 1879:22, 1879:25, 1880:7, 1880:10, 1880:16, 1880:19, 1880:23, 1880:25, 1881:4, 1881:8, 1881:11, 1881:13, 1881:15, 1881:17, 1881:18, 1881:23, 1882:1, 1882:4, 1882:12, 1882:17, 1882:20, 1883:19, 1883:21, 1883:22, 1884:14, 1884:18, 1884:19, 1884:25, 1885:1, 1885:2, 1885:13, 1885:16, 1885:20, 1886:2, 1886:6, 1886:7, 1886:8, 1886:13, 1886:16, 1886:18, 1887:9, 1887:10, 1887:14, 1887:18, 1887:22, 1888:2, 1888:5, 1888:18, 1888:21, 1888:24, 1889:2, 1889:7, 1889:13, 1889:18, 1889:23, 1890:2, 1890:8, 1890:9, 1890:10, 1890:12, 1890:16, 1890:23, 1890:24, 1891:1, 1891:2, 1891:4, 1891:5, 1891:7, 1891:9, 1891:12, 1891:14, 1892:14, 1892:15, 1892:18, 1892:20, 1892:25, 1893:5, 1893:8, 1893:10, 1893:17, 1893:20, 1893:23, 1894:1, 1894:4, 1894:6, 1894:11, 1894:12, 1894:15,

1894:19, 1895:1,
1895:3, 1895:4,
1895:8, 1895:20,
1895:21, 1895:25,
1896:5, 1896:11,
1896:15, 1897:3,
1897:6, 1897:11,
1898:1, 1898:11,
1898:15, 1898:17,
1898:21, 1898:25,
1899:9, 1899:13,
1899:16, 1899:18,
1899:21, 1900:9,
1900:10, 1900:12,
1900:19, 1900:20,
1900:21, 1900:25,
1901:4, 1901:12,
1901:14, 1901:19,
1901:22, 1901:25,
1902:9, 1902:17,
1902:18, 1902:23,
1903:1, 1903:2,
1903:4, 1903:8,
1903:10, 1903:19,
1903:22, 1904:3,
1904:6, 1904:14,
1904:20, 1904:22,
1904:23, 1905:10,
1905:14, 1905:18,
1905:25, 1906:15,
1906:16, 1906:20,
1906:21, 1906:22,
1906:25, 1907:1,
1907:12, 1907:25,
1908:7, 1908:9,
1908:19, 1909:2,
1909:6, 1909:12,
1909:17, 1909:25,
1910:2, 1910:3,
1910:4, 1910:12,
1910:15, 1910:16,
1910:19, 1911:3,
1911:5, 1911:10,
1911:14, 1911:15,
1911:17, 1911:18,
1911:21, 1911:22,
1912:4, 1912:9,
1912:21, 1913:14,
1913:16, 1913:20,
1913:21, 1913:25,
1914:12, 1914:25,
1915:1, 1915:4,
1915:5, 1915:12,
1915:17, 1916:2,
1916:25, 1917:3,
1917:6, 1917:8,
1917:9, 1917:12,
1917:15, 1917:18,
1917:19, 1918:4,
1918:8, 1918:10,
1918:11, 1919:3,

1919:19, 1920:10,
1920:18, 1920:19,
1921:4, 1921:11,
1921:12, 1922:3,
1922:4, 1922:23,
1923:7, 1923:10,
1923:18, 1923:25,
1924:6, 1924:9,
1924:12, 1924:25,
1925:2, 1925:3,
1925:8, 1925:13,
1925:15, 1925:16,
1925:17, 1926:13,
1926:14, 1926:17,
1926:25, 1927:21,
1927:22, 1928:2,
1928:5, 1928:17,
1928:22, 1928:25,
1929:6, 1929:7,
1929:8, 1929:9,
1929:11, 1929:14,
1929:20, 1929:23,
1930:1, 1930:2,
1930:4, 1930:9,
1930:11, 1930:13,
1931:7, 1931:8,
1931:15, 1931:16,
1931:20, 1932:1,
1932:2, 1932:9,
1932:13, 1932:20,
1932:21, 1933:1,
1933:4, 1933:7,
1933:9, 1933:15,
1933:22, 1933:23,
1933:25, 1934:10,
1934:18, 1934:19,
1934:22, 1935:3,
1935:6, 1935:7,
1935:18, 1935:24,
1936:3, 1936:9,
1936:12, 1937:1,
1937:2, 1937:19,
1937:20, 1937:23,
1938:3, 1938:7,
1938:9, 1938:12,
1938:16, 1938:17,
1939:1, 1939:7,
1939:8, 1939:10,
1939:14, 1939:15,
1939:16, 1939:21,
1939:22, 1940:8,
1940:13, 1940:22,
1940:25, 1941:1,
1941:4, 1941:10,
1941:19, 1941:24,
1941:25, 1942:3,
1942:6, 1942:11,
1942:14, 1942:24,
1943:4, 1943:8,
1943:12, 1943:14,
1943:17, 1943:19,

1943:24, 1944:2,
1944:6, 1944:7,
1944:10, 1946:1,
1946:2, 1946:5,
1946:8, 1946:18,
1946:21, 1946:23,
1947:1, 1947:4,
1947:7, 1947:10,
1947:21, 1948:1,
1948:12, 1948:13,
1948:14, 1948:15,
1948:18, 1948:20,
1948:24, 1948:25,
1949:3, 1949:4,
1949:9, 1949:10,
1949:11, 1949:18,
1949:23, 1949:24,
1950:3, 1950:7,
1950:10, 1950:13,
1950:20, 1950:22,
1950:24, 1951:1,
1951:2, 1951:3,
1951:4, 1951:5,
1951:9, 1951:10,
1951:12, 1951:25,
1952:1, 1952:2,
1952:11, 1952:13,
1952:14, 1952:24,
1953:15, 1953:16,
1953:17, 1953:18,
1953:21, 1953:23,
1954:1, 1954:3,
1954:6, 1954:12,
1954:15, 1954:18,
1954:22, 1954:25,
1955:13, 1955:16,
1955:22, 1955:24,
1956:1, 1956:9,
1956:12, 1956:25,
1957:2, 1957:7,
1957:11, 1957:14,
1958:7, 1958:8,
1958:9

   **ANDRY** [44] -
1869:19, 1869:19,
1872:5, 1872:7,
1873:8, 1873:14,
1873:17, 1873:20,
1874:1, 1874:17,
1875:15, 1876:1,
1876:8, 1876:11,
1888:10, 1888:14,
1891:21, 1891:24,
1892:4, 1892:5,
1897:1, 1897:2,
1898:4, 1901:2,
1901:4, 1901:9,
1906:4, 1906:5,
1909:24, 1912:13,
1912:20, 1912:24,
1913:3, 1914:20,

1919:11, 1920:11,
1922:7, 1922:9,
1922:21, 1923:1,
1923:2, 1923:6,
1925:6, 1926:20
   **ANGELES** [1] -
1869:14
   **ANNOTATION** [2] -
1888:9, 1888:12
   **ANOTHER** [5] -
1913:15, 1929:5,
1936:7, 1941:20,
1949:16
   **ANSWER** [4] -
1910:13, 1919:19,
1930:17, 1956:3
   **ANSWERED** [1] -
1954:18
   **ANSWERING** [1] -
1908:14
   **ANTHONY** [1] -
1909:25
   **ANY** [22] - 1875:19,
1883:8, 1884:15,
1885:4, 1891:1,
1891:8, 1891:12,
1893:11, 1895:2,
1909:5, 1910:24,
1910:25, 1912:13,
1919:14, 1923:21,
1927:2, 1927:14,
1932:22, 1933:12,
1948:2, 1948:6,
1955:22
   **ANYBODY** [4] -
1885:19, 1886:13,
1923:25, 1928:9
   **ANYMORE** [2] -
1891:8, 1950:19
   **ANYONE** [4] -
1904:9, 1905:8,
1923:13, 1937:25
   **ANYTHING** [5] -
1893:25, 1899:23,
1905:17, 1928:9,
1957:10
   **ANYWAY** [1] -
1932:4
   **ANYWHERE** [2] -
1890:8, 1905:8
   **APOLOGIZE** [2] -
1873:17, 1874:2
   **APPEAR** [1] - 1920:3
   **APPEARANCES** [1] -
1869:11
   **APPEARS** [5] -
1900:13, 1929:14,
1930:9, 1944:9,
1946:20
   **APPRECIATE** [3] -

1925:8, 1925:10,
1927:5
   **APPROACHING** [1] -
1907:13
   **APPROXIMATE** [2] -
1880:7, 1910:8
   **APPROXIMATELY**
[23] - 1873:11,
1880:15, 1881:10,
1881:23, 1887:22,
1902:4, 1906:11,
1907:7, 1908:18,
1908:19, 1909:17,
1909:23, 1925:4,
1929:15, 1929:21,
1930:10, 1931:6,
1931:7, 1946:21,
1947:1, 1947:5,
1948:21, 1949:3
   **APRIL** [2] - 1869:4,
1873:2
   **ARABI** [1] - 1910:6
   **ARE** [54] - 1873:8,
1874:21, 1874:24,
1875:12, 1875:18,
1876:21, 1881:24,
1884:11, 1900:6,
1901:10, 1904:12,
1907:4, 1921:18,
1922:15, 1926:5,
1928:2, 1930:20,
1932:21, 1934:6,
1936:12, 1937:21,
1938:10, 1938:12,
1938:14, 1938:16,
1938:17, 1939:3,
1939:4, 1940:7,
1940:14, 1942:3,
1942:4, 1942:5,
1943:17, 1944:6,
1945:18, 1945:20,
1945:22, 1946:2,
1947:22, 1948:4,
1952:1, 1952:5,
1952:11, 1952:12,
1953:5, 1953:8,
1953:13, 1954:5,
1957:5
   **AREA** [38] - 1876:21,
1876:22, 1877:19,
1878:2, 1878:16,
1878:18, 1879:23,
1880:10, 1881:3,
1881:6, 1881:16,
1881:18, 1881:24,
1882:1, 1882:4,
1883:21, 1884:16,
1884:20, 1887:6,
1887:9, 1887:11,
1887:14, 1890:10,

1902:23, 1909:14, 1910:10, 1910:11, 1910:24, 1911:6, 1923:5, 1931:21, 1934:19, 1935:2, 1935:20, 1936:2, 1947:19, 1953:4, 1955:17

**AREAS** [3] - 1906:18, 1915:25, 1934:25

**AREN'T** [3] - 1950:19, 1950:20

**ARGUMENT** [1] - 1876:6

**ARMORED** [1] - 1914:13

**ARMY** [6] - 1890:13, 1894:16, 1896:15, 1917:16, 1919:1, 1924:4

**AROUND** [14] - 1879:24, 1880:17, 1880:23, 1881:4, 1888:22, 1902:18, 1904:20, 1904:21, 1909:1, 1909:9, 1909:13, 1911:17, 1931:2, 1937:8

**ARPENT** [15] - 1876:22, 1881:24, 1911:11, 1911:14, 1925:2, 1925:3, 1935:23, 1943:6, 1950:6, 1950:11, 1950:20, 1955:6, 1956:7, 1956:10

**ARTFULLY** [1] - 1931:17

**ARTICLES** [1] - 1883:19

**AS** [81] - 1874:8, 1876:2, 1877:3, 1878:3, 1878:9, 1878:18, 1878:19, 1880:9, 1880:16, 1880:23, 1881:22, 1882:18, 1883:14, 1884:8, 1885:5, 1885:7, 1887:9, 1887:11, 1887:25, 1888:18, 1889:6, 1890:12, 1891:4, 1891:7, 1891:10, 1891:13, 1892:12, 1892:13, 1892:14, 1893:2, 1893:13, 1893:20, 1894:19, 1894:20, 1897:14, 1898:18, 1899:7,

1900:2, 1902:14, 1902:24, 1903:2, 1903:25, 1906:17, 1909:4, 1909:25, 1910:16, 1917:1, 1917:19, 1918:5, 1918:16, 1921:10, 1923:4, 1927:23, 1929:9, 1930:3, 1932:9, 1932:12, 1933:5, 1935:8, 1936:12, 1937:10, 1937:13, 1939:23, 1940:18, 1940:25, 1941:19, 1942:24, 1945:17, 1945:22, 1946:9, 1948:25, 1950:18, 1952:25, 1954:24, 1955:12, 1955:14, 1956:22

**ASHLEY** [1] - 1871:2

**ASK** [7] - 1890:17, 1898:2, 1902:7, 1913:21, 1919:12, 1922:22, 1924:24

**ASKED** [9] - 1878:12, 1898:16, 1912:21, 1922:16, 1922:17, 1924:11, 1924:14, 1924:18, 1954:15

**ASKING** [6] - 1938:9, 1939:6, 1952:6, 1952:7, 1955:18

**ASKS** [1] - 1895:19

**ASPECT** [3] - 1929:5, 1929:6, 1955:22

**ASSOCIATED** [3] - 1923:18, 1927:16, 1954:19

**ASSOCIATES** [3] - 1869:12, 1870:7, 1910:3

**ASSOCIATION** [3] - 1891:4, 1925:15, 1926:14

**ASSUME** [3] - 1918:22, 1942:14, 1955:21

**ASSUMED** [1] - 1876:3

**ASSUMING** [1] - 1891:23

**ASSUMPTION** [3] - 1892:1, 1906:14, 1936:6

**AT** [162] - 1874:2, 1875:19, 1877:7, 1878:11, 1879:12,

1880:8, 1880:17, 1881:9, 1882:5, 1882:11, 1882:17, 1883:4, 1883:12, 1883:19, 1884:4, 1884:17, 1885:1, 1885:16, 1886:22, 1886:25, 1887:19, 1888:19, 1890:23, 1894:1, 1894:11, 1895:2, 1897:6, 1897:12, 1897:17, 1898:5, 1898:9, 1898:21, 1899:17, 1900:12, 1902:3, 1902:17, 1902:18, 1903:6, 1904:10, 1904:17, 1904:18, 1905:19, 1906:6, 1906:20, 1906:21, 1906:23, 1907:1, 1908:2, 1908:6, 1908:9, 1908:11, 1908:12, 1908:25, 1909:1, 1909:6, 1909:15, 1910:6, 1910:24, 1911:5, 1911:12, 1911:13, 1911:14, 1911:24, 1913:1, 1913:21, 1913:25, 1914:19, 1914:22, 1916:9, 1916:10, 1916:22, 1916:25, 1918:1, 1918:3, 1918:6, 1918:22, 1919:10, 1920:21, 1920:23, 1921:8, 1923:24, 1925:2, 1925:4, 1926:8, 1927:11, 1929:5, 1929:7, 1929:10, 1929:14, 1929:20, 1930:3, 1930:9, 1931:6, 1931:7, 1932:3, 1932:11, 1933:21, 1933:23, 1934:6, 1934:18, 1935:3, 1935:13, 1936:9, 1936:16, 1936:25, 1937:1, 1937:4, 1937:7, 1937:8, 1937:11, 1937:14, 1937:18, 1937:20, 1937:21, 1937:22, 1938:3, 1938:6, 1938:10, 1938:16, 1938:23, 1939:1, 1939:15, 1940:5, 1941:10, 1941:24, 1942:23,

1942:24, 1943:14, 1943:16, 1943:17, 1943:19, 1943:24, 1944:2, 1944:7, 1944:12, 1944:13, 1944:14, 1946:4, 1946:6, 1946:10, 1946:21, 1946:24, 1947:1, 1947:20, 1948:12, 1948:20, 1949:3, 1950:20, 1951:4, 1953:23, 1954:10, 1956:2, 1956:10, 1957:17

**ATTACHED** [2] - 1915:12, 1917:19

**ATTACHMENT** [1] - 1915:17

**ATTEMPTING** [2] - 1873:9, 1894:5

**ATTEND** [2] - 1877:8, 1885:4

**ATTENDANCE** [1] - 1925:8

**ATTENTION** [1] - 1904:23

**AUGUST** [1] - 1914:3

**AUTHORITY** [2] - 1903:16, 1917:14

**AUTHORIZE** [1] - 1922:3

**AUTHORIZED** [3] - 1906:15, 1907:5, 1907:13

**AVENUE** [2] - 1869:23, 1870:12, 1886:19

**AVERAGE** [2] - 1948:3, 1953:3

**AVERAGED** [1] - 1939:16

**AVID** [1] - 1878:1

**AVOID** [1] - 1927:14

**AWARE** [8] - 1885:10, 1886:2, 1886:5, 1886:8, 1893:9, 1905:14, 1905:16, 1936:12

**AWAY** [1] - 1880:1

**AWHILE** [2] - 1896:7, 1910:17

# B

**B** [2] - 1869:19, 1914:7

**BACK** [29] - 1874:12, 1878:4, 1878:14, 1879:25, 1880:13, 1881:6, 1883:1, 1883:12, 1883:18,

1889:18, 1892:4, 1903:22, 1907:12, 1910:19, 1916:10, 1918:2, 1920:9, 1920:10, 1923:22, 1936:13, 1945:24, 1950:3, 1950:6, 1951:25, 1955:5, 1956:6, 1956:8, 1956:10, 1957:17

**BACKGROUND** [1] - 1921:14

**BACKWARDS** [1] - 1928:17

**BAD** [3] - 1895:16, 1902:24, 1911:18

**BAEZA** [1] - 1871:5

**BAGS** [1] - 1926:10

**BANDED** [1] - 1876:22

**BANK** [3] - 1889:7, 1889:8, 1903:9

**BANKS** [2] - 1902:23, 1904:8

**BARELY** [2] - 1887:20, 1906:2

**BARGES** [1] - 1904:24

**BARON** [1] - 1869:22

**BARONNE** [2] - 1869:17, 1869:20

**BARRIER** [1] - 1924:15

**BASED** [3] - 1893:20, 1893:21

**BASIC** [1] - 1901:10

**BASICALLY** [2] - 1881:14, 1911:2

**BASIN** [1] - 1917:7

**BASIS** [3] - 1878:2, 1956:4, 1956:5

**BATHTUB** [33] - 1931:11, 1931:14, 1931:16, 1931:19, 1932:5, 1935:11, 1935:12, 1941:4, 1942:9, 1946:3, 1946:11, 1947:6, 1947:12, 1947:13, 1947:20, 1947:23, 1948:1, 1948:5, 1948:6, 1948:7, 1948:17, 1950:2, 1950:5, 1950:12, 1950:25, 1951:17, 1951:18, 1951:19, 1951:21, 1952:18, 1955:10, 1955:11, 1957:2

**BATON** [2] -

1870:10, 1870:16
**BAYOU** [31] -
1875:11, 1876:14,
1876:15, 1876:17,
1876:19, 1887:12,
1887:14, 1887:16,
1887:17, 1887:19,
1887:20, 1888:15,
1888:17, 1888:24,
1889:15, 1902:13,
1902:15, 1902:17,
1902:21, 1904:16,
1904:17, 1934:18,
1935:3, 1943:18,
1943:19, 1944:7,
1948:12, 1948:13
**BE** [80] - 1873:5,
1873:9, 1873:11,
1873:25, 1875:12,
1878:13, 1879:18,
1883:19, 1883:20,
1883:21, 1883:22,
1884:13, 1885:15,
1888:4, 1889:8,
1889:11, 1889:21,
1890:19, 1891:5,
1891:6, 1893:25,
1894:8, 1894:17,
1894:21, 1899:1,
1899:6, 1899:19,
1900:3, 1900:20,
1901:1, 1902:12,
1902:13, 1909:12,
1909:20, 1912:18,
1913:12, 1914:13,
1916:11, 1917:12,
1918:25, 1920:5,
1921:13, 1924:2,
1924:18, 1925:13,
1925:14, 1925:15,
1926:13, 1926:14,
1927:2, 1927:7,
1927:16, 1927:19,
1934:10, 1935:19,
1937:7, 1938:20,
1939:5, 1939:6,
1939:12, 1939:13,
1941:1, 1941:16,
1941:24, 1944:9,
1946:20, 1948:12,
1948:21, 1948:25,
1953:10, 1955:15,
1956:11, 1956:25,
1957:12, 1957:16
**BEA** [5] - 1932:20,
1935:8, 1949:17,
1949:18, 1949:20
**BEA'S** [2] - 1933:18,
1933:20
**BEACH** [3] -

1943:18, 1944:6,
1944:15
**BEAUTIFUL** [1] -
1887:24
**BECAME** [6] -
1884:7, 1885:2,
1885:19, 1887:3,
1889:23, 1893:2
**BECAUSE** [36] -
1881:13, 1883:4,
1885:1, 1890:6,
1890:17, 1892:22,
1899:4, 1899:11,
1902:13, 1903:24,
1906:20, 1906:21,
1909:7, 1910:17,
1912:3, 1912:11,
1917:5, 1921:23,
1923:11, 1925:11,
1925:12, 1928:8,
1928:25, 1930:19,
1937:21, 1939:11,
1941:12, 1943:20,
1945:1, 1947:24,
1951:15, 1953:5,
1953:11, 1954:16
**BECOME** [1] -
1904:23
**BEEN** [32] - 1873:10,
1877:11, 1877:12,
1877:13, 1878:22,
1880:25, 1881:5,
1881:6, 1881:13,
1885:10, 1895:8,
1895:13, 1900:13,
1902:6, 1902:7,
1903:7, 1903:8,
1904:22, 1911:4,
1913:14, 1919:24,
1924:19, 1926:10,
1927:23, 1936:7,
1936:14, 1939:10,
1955:2, 1955:18
**BEFORE** [14] -
1869:8, 1875:11,
1879:17, 1891:24,
1897:25, 1901:1,
1904:12, 1909:5,
1911:12, 1911:24,
1912:7, 1912:15,
1912:20, 1930:14
**BEGINNING** [4] -
1875:5, 1884:18,
1901:5, 1921:9
**BEGINS** [3] - 1909:4,
1912:20, 1914:12
**BEHALF** [4] -
1886:14, 1886:18,
1905:4, 1906:10
**BEHIND** [5] - 1881:9,

1881:10, 1881:16,
1884:16, 1921:18
**BEING** [4] - 1885:11,
1906:17, 1912:4,
1925:10
**BELIEF** [1] - 1894:19
**BELIEVE** [6] -
1894:21, 1903:25,
1913:12, 1913:13,
1919:6, 1931:2
**BELONGS** [1] -
1903:15
**BELOW** [7] -
1898:15, 1929:20,
1930:13, 1931:7,
1938:11, 1938:12,
1939:3
**BENCHMARKS** [1] -
1936:18
**BENEFIT** [2] -
1875:19, 1939:10
**BENJAMIN** [1] -
1871:13
**BENNETT** [1] -
1919:2
**BERNARD** [77] -
1874:20, 1876:18,
1876:19, 1876:20,
1876:25, 1877:5,
1877:6, 1880:6,
1880:11, 1880:13,
1882:23, 1883:8,
1883:10, 1883:14,
1883:15, 1885:20,
1886:12, 1886:14,
1886:18, 1886:20,
1887:7, 1890:25,
1893:3, 1894:4,
1894:13, 1894:20,
1895:1, 1895:11,
1896:9, 1896:11,
1896:12, 1898:24,
1899:20, 1899:22,
1900:16, 1901:19,
1901:25, 1903:4,
1903:15, 1903:17,
1903:23, 1907:16,
1907:21, 1908:5,
1908:12, 1908:14,
1908:16, 1908:25,
1910:3, 1910:8,
1910:12, 1910:15,
1912:1, 1912:8,
1913:15, 1913:22,
1916:23, 1917:4,
1917:6, 1917:13,
1918:1, 1918:5,
1918:10, 1918:13,
1921:10, 1922:11,
1924:10, 1924:14,

1924:18, 1925:1,
1926:1, 1926:4,
1926:9, 1933:10,
1935:13, 1935:18
**BEST** [7] - 1878:20,
1880:16, 1907:20,
1925:21, 1926:6,
1950:25, 1958:7
**BETSY** [1] - 1886:11
**BETTER** [4] -
1902:12, 1906:3,
1919:17, 1939:10
**BETWEEN** [10] -
1877:23, 1890:8,
1932:12, 1937:2,
1937:5, 1939:2,
1941:1, 1941:25,
1948:14, 1954:25
**BIENVENUE** [4] -
1934:18, 1943:19,
1947:4, 1948:12
**BIG** [5] - 1885:2,
1888:6, 1902:19,
1932:21, 1935:7
**BIGGER** [1] -
1951:19
**BILLION** [2] - 1890:9
**BILLY** [1] - 1919:3
**BIT** [8] - 1879:25,
1880:1, 1881:21,
1894:12, 1916:6,
1928:17, 1941:20,
1957:3
**BLACK** [2] - 1878:5,
1928:19
**BLOW** [7] - 1879:23,
1901:4, 1902:4,
1908:8, 1944:14,
1944:16, 1944:19
**BLOWN** [1] - 1901:1
**BLUE** [1] - 1930:6
**BLURB** [1] - 1876:1
**BLVD** [1] - 1870:19
**BOARD** [3] - 1895:9,
1920:19, 1921:12
**BOAT** [1] - 1875:9
**BOATS** [1] - 1887:21
**BOB** [2] - 1898:15,
1899:16
**BODIES** [1] -
1904:16
**BODY** [2] - 1882:21,
1926:10
**BORGNE** [11] -
1880:18, 1880:20,
1880:21, 1880:22,
1880:24, 1881:23,
1895:5, 1904:16,
1905:10, 1907:8,
1915:6

**BOTH** [19] - 1882:20,
1921:13, 1930:4,
1933:13, 1938:3,
1938:17, 1942:6,
1942:11, 1943:12,
1946:1, 1947:4,
1947:7, 1947:10,
1949:4, 1949:24,
1950:22, 1951:1,
1952:14, 1956:12
**BOTTLE** [1] -
1878:10
**BOTTOM** [19] -
1878:14, 1879:24,
1888:10, 1888:13,
1902:20, 1902:21,
1916:9, 1916:10,
1918:22, 1920:12,
1929:10, 1930:5,
1936:25, 1944:12,
1944:16, 1944:19,
1946:5, 1946:6,
1946:16
**BOUNDARIES** [1] -
1954:20
**BOX** [4] - 1870:2,
1870:9, 1870:19,
1871:12
**BOYS** [1] - 1911:22
**BRACKISH** [4] -
1878:25, 1879:1,
1881:1, 1884:25
**BRACKISH-TYPE** [1]
- 1881:1
**BRANCH** [2] -
1871:5, 1900:1
**BRANCHES** [1] -
1878:23
**BREACH** [2] -
1932:6, 1932:23
**BREACHES** [1] -
1932:21
**BREACHING** [14] -
1932:8, 1932:14,
1932:15, 1932:16,
1932:22, 1933:4,
1933:7, 1933:9,
1933:16, 1935:7,
1935:22, 1936:13,
1938:19, 1947:25
**BREAK** [1] - 1957:15
**BREAKING** [1] -
1948:6
**BREAUX** [2] -
1916:15, 1919:2
**BREERWOOD** [8] -
1875:17, 1875:18,
1891:16, 1891:21,
1891:24, 1892:7,
1892:8, 1892:10

**BRENDAN** [1] - 1870:23

**BRETON** [1] - 1881:23

**BRETSCHNEIDER** [2] - 1951:25, 1953:16

**BRIDGE** [4] - 1904:18, 1904:19, 1904:21

**BRIEF** [2] - 1873:16, 1876:7

**BRING** [6] - 1883:5, 1888:2, 1894:6, 1902:14, 1933:6, 1949:11

**BROUGHT** [4] - 1901:18, 1904:22, 1909:7, 1949:9

**BRUNO** [3] - 1869:16, 1869:16, 1954:1

**BRUNO'S** [1] - 1953:23

**BUDD** [1] - 1869:22

**BUILDER** [1] - 1876:2

**BUILDING** [8] - 1873:11, 1883:16, 1908:16, 1911:16, 1924:14, 1924:15, 1952:3

**BUILDUP** [1] - 1931:24

**BUILT** [3] - 1877:18, 1877:24, 1936:7

**BUISSON** [3] - 1898:15, 1898:21, 1899:16

**BUNCH** [2] - 1889:4, 1922:10

**BURIED** [1] - 1889:13

**BUSINESS** [4] - 1877:12, 1879:14, 1906:21

**BUT** [71] - 1876:1, 1877:25, 1878:10, 1878:12, 1879:13, 1879:21, 1881:5, 1881:6, 1881:12, 1881:14, 1881:18, 1882:16, 1883:1, 1883:3, 1883:12, 1883:17, 1884:17, 1887:23, 1888:6, 1888:19, 1889:12, 1892:10, 1895:18, 1896:2, 1897:9, 1899:4, 1903:9,

1909:4, 1909:10, 1910:8, 1911:5, 1912:25, 1919:15, 1921:6, 1924:25, 1925:16, 1925:25, 1926:7, 1927:14, 1927:19, 1928:19, 1931:25, 1932:5, 1932:18, 1934:25, 1935:8, 1937:4, 1937:13, 1937:25, 1939:2, 1941:13, 1941:20, 1943:7, 1943:16, 1945:7, 1945:11, 1945:12, 1945:20, 1946:9, 1947:16, 1948:16, 1949:18, 1950:17, 1951:23, 1952:5, 1953:10, 1954:13, 1955:24, 1956:3

**BUT..** [2] - 1893:25, 1896:18

**BY** [96] - 1869:13, 1869:16, 1869:19, 1869:23, 1870:1, 1870:5, 1870:8, 1870:12, 1870:15, 1870:18, 1870:22, 1871:1, 1871:5, 1871:18, 1871:19, 1872:5, 1872:6, 1872:7, 1872:10, 1873:9, 1873:10, 1875:3, 1876:11, 1876:22, 1879:20, 1886:16, 1888:3, 1888:14, 1891:22, 1892:5, 1893:7, 1893:23, 1895:15, 1896:9, 1897:2, 1898:4, 1900:14, 1900:16, 1901:9, 1901:10, 1901:18, 1901:23, 1902:5, 1905:7, 1906:5, 1909:24, 1913:6, 1915:1, 1915:16, 1915:17, 1916:8, 1916:21, 1916:23, 1918:1, 1918:14, 1920:2, 1920:16, 1921:3, 1922:9, 1922:21, 1923:2, 1923:6, 1926:18, 1928:12, 1931:4, 1931:22, 1931:23, 1932:2, 1932:8, 1934:4, 1934:17, 1936:21, 1940:4, 1942:9, 1942:21,

1943:3, 1943:5, 1944:24, 1945:5, 1948:9, 1948:13, 1949:18, 1951:8, 1951:16, 1951:23, 1953:3, 1954:1, 1954:14, 1954:20, 1955:10, 1955:17, 1956:20, 1957:9

---

# C

**C** [8] - 1870:5, 1870:8, 1870:12, 1870:14, 1870:15, 1870:18, 1870:18, 1873:1

**CA** [1] - 1869:14

**CALIBRATION** [1] - 1945:15

**CALL** [5] - 1874:3, 1877:19, 1904:19, 1911:12, 1911:13

**CALLED** [7] - 1876:21, 1888:4, 1889:9, 1902:16, 1906:16, 1911:17, 1911:20

**CALLING** [2] - 1873:9, 1947:20

**CALLS** [1] - 1918:18

**CALVIN** [1] - 1870:12

**CAME** [6] - 1879:21, 1883:22, 1888:21, 1910:9, 1911:2

**CAN** [53] - 1873:21, 1874:12, 1875:25, 1878:14, 1880:2, 1880:5, 1880:7, 1880:16, 1883:19, 1886:25, 1888:9, 1893:16, 1897:17, 1897:19, 1901:3, 1901:7, 1902:16, 1904:20, 1906:2, 1909:18, 1916:5, 1918:22, 1927:5, 1929:7, 1930:5, 1932:19, 1935:17, 1937:5, 1937:25, 1938:7, 1939:1, 1941:5, 1941:22, 1943:10, 1943:12, 1943:14, 1944:2, 1944:3, 1944:10, 1944:16, 1944:19, 1944:25, 1945:19, 1945:24, 1945:25, 1946:5, 1950:3, 1950:15, 1954:10

**CAN'T** [2] - 1877:25,

1944:12

**CANAL** [11] - 1876:23, 1881:24, 1887:12, 1888:22, 1909:14, 1910:11, 1911:6, 1925:2, 1935:23, 1943:6, 1956:7

**CANE** [3] - 1881:1, 1884:25, 1889:22

**CANNOT** [1] - 1947:25

**CAPACITY** [7] - 1883:14, 1885:5, 1885:18, 1892:13, 1893:2, 1893:5, 1913:15

**CARE** [4] - 1876:4, 1892:22, 1927:10, 1953:25

**CAREFUL** [2] - 1902:12, 1927:7

**CARL** [6] - 1880:10, 1881:8, 1894:12, 1908:21, 1909:15, 1912:24

**CARONDELET** [1] - 1871:2

**CARTER** [1] - 1920:18

**CASE** [2] - 1951:21, 1955:7

**CASES** [1] - 1907:5

**CATCH** [1] - 1879:2

**CATTLE** [4] - 1887:25, 1888:1, 1888:2, 1888:7

**CAUSE** [2] - 1902:22, 1933:16

**CAUSED** [4] - 1901:10, 1901:23, 1915:1, 1932:8

**CAUSES** [1] - 1914:8

**CCR** [3] - 1871:15, 1958:5, 1958:13

**CECIL** [1] - 1905:4

**CENTER** [2] - 1879:24, 1907:7

**CENTERED** [1] - 1898:10

**CENTRAL** [21] - 1876:22, 1877:3, 1877:19, 1877:20, 1877:23, 1878:16, 1881:17, 1881:20, 1881:21, 1884:15, 1884:20, 1887:11, 1889:4, 1901:14, 1901:19, 1902:1, 1934:19, 1935:2,

1935:19, 1936:2

**CERTAIN** [2] - 1888:2, 1920:24

**CERTAINLY** [7] - 1877:21, 1902:2, 1904:4, 1904:8, 1917:11, 1919:8, 1926:24

**CERTIFICATE** [1] - 1958:3

**CERTIFIED** [1] - 1916:11

**CERTIFY** [1] - 1958:6

**CESSATION** [1] - 1917:18

**CETERA** [1] - 1877:16

**CHANCE** [2] - 1891:2, 1934:1

**CHANGE** [3] - 1883:6, 1942:22, 1948:16

**CHANGED** [1] - 1950:1

**CHANGES** [2] - 1901:23, 1928:6

**CHANGING** [1] - 1955:17

**CHANNEL** [18] - 1875:2, 1875:9, 1886:10, 1901:11, 1902:5, 1903:24, 1903:25, 1906:22, 1933:6, 1936:7, 1938:6, 1938:23, 1938:24, 1941:9, 1941:14, 1942:2, 1942:5, 1952:14

**CHANNELS** [6] - 1931:20, 1952:2, 1952:4, 1953:14, 1954:19, 1957:14

**CHART** [4] - 1933:22, 1936:16, 1949:13, 1949:20

**CHOICE** [4] - 1883:11, 1883:13, 1883:15, 1883:17

**CHOOSING** [1] - 1883:9

**CINDER** [1] - 1889:9

**CITRUS** [1] - 1936:13

**CITY** [2] - 1870:20, 1926:11

**CLAUSE** [5] - 1914:25, 1915:4, 1917:3, 1918:8, 1918:12

CLAUSES [1] - 1915:9

CLEAR [14] - 1878:14, 1888:6, 1888:7, 1888:9, 1888:10, 1888:12, 1915:21, 1916:5, 1925:1, 1927:12, 1927:16, 1927:22, 1951:9, 1953:2

CLEAR-CUT [2] - 1888:6, 1888:7

CLEARER [1] - 1888:5

CLEARER-CUT [1] - 1888:5

CLEARLY [1] - 1953:16

CLERK [10] - 1873:5, 1873:25, 1874:6, 1874:9, 1874:12, 1874:15, 1909:20, 1912:18, 1930:23, 1943:1

CLOSE [9] - 1907:5, 1917:23, 1923:19, 1929:1, 1929:2, 1930:11, 1946:20, 1948:4, 1949:2

CLOSED [5] - 1894:18, 1894:21, 1900:1, 1913:10, 1924:2

CLOSER [3] - 1888:21, 1912:6, 1926:11

CLOSING [5] - 1884:7, 1884:10, 1884:11, 1887:3, 1917:9

CLOSURE [15] - 1894:5, 1894:6, 1899:10, 1900:1, 1900:3, 1903:23, 1913:17, 1917:4, 1917:17, 1918:18, 1919:18, 1919:22, 1919:24, 1922:13, 1923:8

COASTAL [2] - 1885:2, 1917:7

CODE [1] - 1876:14

COLD [1] - 1915:2

COLLECTIVELY [1] - 1953:18

COLLINS [2] - 1952:1, 1953:16

COLONEL [1] - 1883:20

COLOR [6] -

1940:11, 1940:16, 1940:22, 1940:25, 1941:11, 1941:20

COLORS [1] - 1940:8

COLUMN [8] - 1933:23, 1934:5, 1934:10, 1934:11, 1934:12, 1934:13, 1934:14, 1936:25

COLUMN'S [1] - 1933:25

COMBINATION [1] - 1957:8

COMBINED [1] - 1894:25

COME [11] - 1879:12, 1882:25, 1885:17, 1890:7, 1910:17, 1911:6, 1925:14, 1925:18, 1926:9, 1932:5, 1957:17

COMES [2] - 1893:19, 1947:24

COMING [15] - 1879:15, 1890:9, 1902:14, 1902:18, 1909:12, 1909:14, 1910:25, 1911:11, 1911:18, 1911:21, 1925:3, 1935:16, 1935:19, 1940:18

COMMITTEE [27] - 1874:22, 1874:23, 1875:1, 1894:9, 1895:20, 1895:23, 1896:1, 1896:8, 1896:11, 1896:13, 1896:16, 1896:20, 1897:3, 1897:7, 1898:6, 1899:1, 1899:2, 1899:5, 1899:11, 1900:6, 1900:10, 1900:22, 1904:2, 1905:19, 1905:23

COMMITTEES [1] - 1900:15

COMMUNITY [1] - 1878:5

COMPANIES [1] - 1903:10

COMPARE [4] - 1930:1, 1933:23, 1939:1, 1939:22

COMPARED [1] - 1931:11

COMPARISON [4] - 1932:12, 1937:1, 1937:5, 1948:14

COMPLETE [4] - 1943:15, 1943:16, 1945:22, 1946:7

COMPLETED [1] - 1884:21

COMPLETELY [1] - 1898:1

COMPLETION [1] - 1875:4

COMPLEX [8] - 1870:8, 1908:1, 1908:5, 1908:12, 1908:25, 1910:9, 1910:19, 1911:24

COMPORTS [1] - 1932:2

COMPREHENSIVE [3] - 1924:5, 1924:7, 1924:11

COMPUTER [1] - 1871:19

COMPUTERS [1] - 1891:6

CONCEPT [1] - 1946:11

CONCERN [2] - 1885:1, 1903:11

CONCERNED [4] - 1883:4, 1957:11, 1957:12, 1957:13

CONCERNING [1] - 1905:7

CONCLUSION [1] - 1927:12

CONDITIONS [2] - 1924:5, 1924:12

CONDUCT [1] - 1933:15

CONFUSED [1] - 1938:5

CONGRESS [16] - 1895:13, 1895:16, 1899:11, 1899:17, 1899:20, 1899:22, 1899:23, 1913:9, 1914:17, 1915:18, 1915:22, 1917:23, 1918:21, 1922:2, 1922:24, 1924:11

CONGRESSIONAL [7] - 1895:14, 1915:23, 1916:3, 1916:12, 1917:14, 1918:23, 1924:1

CONGRESSMAN [7] - 1916:13, 1916:14, 1919:3, 1920:7, 1920:15, 1921:11

CONGRESSMEN [5] - 1915:24, 1916:1,

1916:2, 1919:13, 1923:7

CONJUNCTION [5] - 1874:17, 1874:18, 1875:15, 1876:1, 1954:19

CONNECTION [1] - 1927:15

CONOR [1] - 1871:7

CONSIDER [1] - 1940:21

CONSISTING [1] - 1895:20

CONSTITUENT [3] - 1889:24, 1890:2

CONSTRICTED [1] - 1940:15

CONSTRICTION [1] - 1941:15

CONSTRUCTED [1] - 1885:15

CONSTRUCTION [5] - 1877:12, 1900:13, 1901:11, 1907:9, 1918:14

CONTAINS [1] - 1914:25

CONTEXT [1] - 1897:18

CONTRIBUTED [1] - 1955:21

CONTROL [3] - 1898:17, 1924:18, 1924:20

CONTROLLED [1] - 1957:9

CONVENED [1] - 1900:15

CONVERGENCE [3] - 1952:2, 1953:14, 1953:15

CONVERGING [1] - 1931:20

CONVEYANCE [5] - 1938:23, 1942:18, 1954:19, 1955:16, 1957:14

COPY [5] - 1916:11, 1918:25, 1929:17, 1929:18, 1954:8

CORPS [71] - 1875:16, 1883:18, 1885:4, 1885:19, 1886:7, 1886:15, 1886:18, 1890:13, 1890:23, 1891:4, 1891:9, 1891:12, 1891:21, 1891:23, 1892:9, 1892:14, 1892:24, 1892:25,

1893:6, 1893:7, 1893:22, 1894:16, 1894:20, 1895:6, 1895:8, 1895:15, 1895:16, 1895:18, 1896:15, 1896:20, 1898:15, 1898:16, 1898:18, 1898:25, 1899:10, 1899:12, 1899:17, 1899:23, 1899:24, 1899:25, 1900:14, 1900:17, 1900:24, 1901:5, 1903:20, 1904:25, 1905:4, 1905:12, 1906:10, 1907:19, 1917:16, 1919:1, 1919:14, 1919:19, 1919:21, 1922:12, 1922:15, 1923:8, 1923:12, 1923:13, 1923:18, 1923:24, 1924:4, 1924:10, 1925:15, 1925:22, 1926:14, 1936:6

CORPS' [6] - 1885:23, 1886:25, 1892:20, 1900:21, 1911:7

CORRECT [90] - 1896:14, 1901:16, 1910:10, 1915:8, 1918:17, 1919:4, 1923:19, 1924:13, 1925:4, 1925:5, 1928:20, 1928:21, 1929:3, 1929:12, 1929:13, 1929:21, 1929:22, 1930:7, 1930:8, 1931:2, 1931:10, 1931:13, 1932:14, 1932:15, 1932:24, 1932:25, 1933:2, 1933:3, 1933:25, 1934:5, 1934:16, 1934:20, 1935:5, 1935:20, 1936:2, 1936:11, 1936:12, 1937:12, 1937:18, 1938:4, 1938:17, 1939:14, 1939:15, 1939:17, 1940:2, 1940:6, 1940:17, 1940:24, 1941:2, 1941:3, 1941:11, 1942:1, 1942:8, 1942:13, 1943:5, 1943:6, 1943:9, 1943:19, 1944:8, 1944:9, 1946:2, 1946:3,

1946:19, 1946:24, 1946:25, 1947:5, 1947:8, 1947:11, 1948:22, 1949:1, 1949:25, 1950:4, 1950:19, 1950:23, 1950:24, 1951:10, 1951:11, 1951:12, 1951:13, 1951:16, 1952:19, 1952:20, 1953:1, 1953:7, 1953:21, 1954:2, 1954:18, 1956:22, 1957:6, 1958:7

**CORRESPONDING** [1] - 1939:23

**COST** [5] - 1895:22, 1923:10, 1924:14, 1924:19, 1924:22

**COST-EFFECTIVE** [2] - 1895:22, 1923:10

**COST-SHARING** [1] - 1924:19

**COULD** [44] - 1873:14, 1876:12, 1878:18, 1879:1, 1879:15, 1879:23, 1880:10, 1880:19, 1881:8, 1883:3, 1884:23, 1885:20, 1887:9, 1888:8, 1892:4, 1894:11, 1896:5, 1897:15, 1900:4, 1902:4, 1902:9, 1905:3, 1906:25, 1907:2, 1908:21, 1909:15, 1909:17, 1911:3, 1913:9, 1919:19, 1920:5, 1920:12, 1920:21, 1921:8, 1926:21, 1936:7, 1944:10, 1948:10, 1949:11, 1954:6

**COULDN'T** [1] - 1903:2

**COUNCIL** [12] - 1882:10, 1882:17, 1882:18, 1882:20, 1894:4, 1896:9, 1899:24, 1900:16, 1908:16, 1917:1, 1917:4, 1917:13

**COUNCIL-AT-LARGE** [1] - 1882:17

**COUNCILMAN** [16] - 1882:10, 1882:11, 1882:12, 1882:16, 1884:7, 1887:6, 1887:10, 1889:23,

1890:13, 1892:14, 1893:2, 1893:20, 1894:2, 1894:13, 1914:5, 1914:22

**COUNCILMAN-AT-LARGE** [1] - 1882:11

**COUNSEL** [12] - 1876:6, 1897:22, 1913:4, 1916:20, 1928:7, 1930:22, 1934:2, 1936:18, 1955:18, 1955:24, 1956:12, 1956:16

**COUNSELOR** [1] - 1928:14

**COUNT** [2] - 1892:19, 1937:17

**COUNTRY** [4] - 1887:24, 1887:25, 1889:22

**COUNTS** [1] - 1937:15

**COUPLE** [4] - 1878:12, 1916:10, 1933:23, 1949:9

**COURSE** [8] - 1934:24, 1935:16, 1939:4, 1939:8, 1940:13, 1946:15, 1952:20, 1957:12

**COURT** [102] - 1869:1, 1871:15, 1873:7, 1873:13, 1873:16, 1873:18, 1873:21, 1873:24, 1874:2, 1874:5, 1875:13, 1875:14, 1875:20, 1875:24, 1876:5, 1876:6, 1876:9, 1888:9, 1888:12, 1891:19, 1891:23, 1892:1, 1896:24, 1897:17, 1897:20, 1897:22, 1898:1, 1901:1, 1901:3, 1901:7, 1906:1, 1909:18, 1909:22, 1912:14, 1912:17, 1912:23, 1913:2, 1913:4, 1915:21, 1915:24, 1916:1, 1916:7, 1916:20, 1919:12, 1919:16, 1919:21, 1919:25, 1920:14, 1920:22, 1920:24, 1921:1, 1922:2, 1922:6, 1922:16, 1922:18, 1922:25, 1923:4, 1925:7,

1926:16, 1926:19, 1926:24, 1927:2, 1927:5, 1927:7, 1927:18, 1928:1, 1928:4, 1928:7, 1928:8, 1930:17, 1930:22, 1931:1, 1934:1, 1934:12, 1934:14, 1936:18, 1939:25, 1940:3, 1944:21, 1945:3, 1947:13, 1947:16, 1948:5, 1948:8, 1948:11, 1949:16, 1951:4, 1951:7, 1954:10, 1954:12, 1955:1, 1955:9, 1955:18, 1955:24, 1956:4, 1956:16, 1957:17, 1958:5, 1958:6, 1958:14

**COURT'S** [5] - 1873:5, 1873:25, 1912:18, 1922:19, 1947:14

**COUTIES** [2] - 1889:10

**COVERED** [2] - 1887:9, 1887:11

**CRAWFISHING** [1] - 1889:4

**CRAZY** [1] - 1893:13

**CREATE** [4] - 1886:19, 1953:5, 1953:10, 1954:16

**CREATED** [8] - 1886:6, 1893:7, 1893:23, 1895:23, 1896:1, 1896:8, 1904:3, 1949:14

**CREATES** [1] - 1905:9

**CREW** [1] - 1911:13

**CRITICAL** [2] - 1898:10, 1937:21

**CROSS** [15] - 1872:6, 1872:10, 1877:5, 1877:7, 1877:8, 1910:18, 1912:15, 1912:20, 1913:5, 1922:10, 1928:2, 1928:11, 1930:9, 1938:6, 1938:7

**CROSS-EXAMINATION** [7] - 1872:6, 1872:10, 1912:20, 1913:5, 1922:10, 1928:2, 1928:11

**CROSS-SECTION**

[2] - 1938:6, 1938:7

**CROSSES** [1] - 1931:6

**CROWD** [1] - 1926:7

**CRR** [2] - 1871:15, 1958:13

**CUBIC** [6] - 1934:8, 1934:20, 1934:22, 1937:3, 1937:12, 1937:15

**CURRENT** [4] - 1939:21, 1940:5, 1941:6, 1950:11

**CUSTOMER** [1] - 1892:9

**CUSTOMERS** [4] - 1891:4, 1891:10, 1891:13, 1892:12

**CUT** [9] - 1875:11, 1880:25, 1881:1, 1888:5, 1888:6, 1888:7, 1920:13, 1944:16, 1944:19

**CYPRESS** [10] - 1878:19, 1878:21, 1879:22, 1880:14, 1880:16, 1881:9, 1881:10, 1884:20, 1885:3, 1925:20

# D

**D** [5] - 1871:10, 1872:1, 1873:1, 1874:16, 1914:12

**DAILY** [1] - 1878:2

**DALLAS** [1] - 1869:24

**DAMAGE** [3] - 1894:25, 1903:24, 1918:10

**DAMN** [1] - 1888:4

**DAMP** [1] - 1932:3

**DANGER** [1] - 1890:14

**DANGERS** [3] - 1884:8, 1885:6, 1892:21

**DANIEL** [1] - 1871:5

**DASHED** [6] - 1928:19, 1946:8, 1950:4, 1950:13, 1950:16, 1950:17

**DATA** [1] - 1930:1

**DATED** [2] - 1875:1, 1898:6

**DATES** [1] - 1921:6

**DAWN** [1] - 1944:19

**DAY** [2] - 1875:11, 1907:13

**DAYBREAK** [3] - 1908:11, 1908:24, 1909:1

**DAYS** [1] - 1883:18

**DC** [1] - 1871:13

**DECADES** [1] - 1923:17

**DECEMBER** [4] - 1894:4, 1896:9, 1900:17, 1914:20

**DECIDING** [1] - 1883:9

**DECLINE** [1] - 1948:25

**DEEP** [2] - 1906:12, 1933:6

**DEER** [2] - 1887:24, 1888:24

**DEFECTIVE** [1] - 1924:5

**DEFENDANT** [1] - 1871:4

**DEFENDANTS** [3] - 1942:6, 1942:11, 1952:14

**DEFENSE** [2] - 1913:20, 1916:22

**DEFINE** [1] - 1957:5

**DEFINITELY** [1] - 1882:6, 1884:17, 1938:18, 1953:8

**DEL** [1] - 1884:2

**DELAY** [7] - 1951:2, 1951:3, 1951:5, 1951:6, 1951:7, 1951:10, 1951:12

**DELAYED** [1] - 1955:13

**DELEGATION** [9] - 1895:7, 1895:10, 1915:23, 1916:4, 1916:12, 1917:14, 1918:24, 1922:24, 1924:1

**DELEGATIONS** [1] - 1923:4

**DEMONSTRATING)** [1] - 1893:19

**DENHAM** [1] - 1870:13

**DEPARTMENT** [1] - 1871:4

**DEPENDS** [3] - 1899:23, 1912:5, 1952:16

**DEPICTED** [1] - 1880:2

**DEPICTING** [1] - 1875:4

**DEPICTIONS** [1] -

1897:11
**DEPOSITION** [6] - 1875:7, 1953:19, 1953:21, 1953:22, 1954:3, 1954:8
**DEPOSITIONS** [1] - 1954:5
**DEPTHS** [2] - 1888:19, 1907:4
**DEPUTY** [8] - 1873:5, 1873:25, 1874:6, 1874:9, 1874:12, 1874:15, 1909:20, 1912:18
**DESCRIBE** [3] - 1878:18, 1902:9, 1902:10
**DESIGN** [2] - 1895:21, 1938:2
**DESIGNED** [1] - 1875:18
**DESIRES** [1] - 1917:4
**DESPITE** [2] - 1923:22, 1924:9
**DESTROYED** [3] - 1895:4, 1915:5, 1925:22
**DESTROYING** [1] - 1921:25
**DETAIL** [2] - 1941:23, 1948:3
**DETERIORATED** [1] - 1904:8
**DETERIORATION** [1] - 1918:10
**DETERMINE** [1] - 1932:9
**DEVASTATE** [1] - 1890:10
**DEVELOP** [1] - 1895:21
**DEVELOPED** [4] - 1899:11, 1934:25, 1949:17, 1949:20
**DEVELOPING** [1] - 1946:11
**DEVICE** [1] - 1921:13
**DIAGRAM** [2] - 1938:5, 1949:17
**DID** [96] - 1877:4, 1877:8, 1877:18, 1877:21, 1877:22, 1878:2, 1879:5, 1880:16, 1880:22, 1881:20, 1882:1, 1882:4, 1882:7, 1882:9, 1882:22, 1883:8, 1883:14,

1884:2, 1884:6, 1884:11, 1884:15, 1885:4, 1885:13, 1885:18, 1885:24, 1886:14, 1886:18, 1887:2, 1887:16, 1887:17, 1888:17, 1888:24, 1889:2, 1889:4, 1889:14, 1889:24, 1890:12, 1890:16, 1890:23, 1891:9, 1892:6, 1892:8, 1892:10, 1892:13, 1892:24, 1893:5, 1893:13, 1893:25, 1894:4, 1894:20, 1897:6, 1897:9, 1897:10, 1899:3, 1899:16, 1900:17, 1901:18, 1901:25, 1902:2, 1902:9, 1902:22, 1903:4, 1905:13, 1905:16, 1905:19, 1905:22, 1906:18, 1907:23, 1908:4, 1908:8, 1910:25, 1911:23, 1912:1, 1917:23, 1919:15, 1919:18, 1922:12, 1923:7, 1923:13, 1923:22, 1923:24, 1924:4, 1924:10, 1928:17, 1933:15, 1934:25, 1936:22, 1939:19, 1945:10, 1950:5, 1955:12
**DIDN'T** [22] - 1881:7, 1884:4, 1884:13, 1885:15, 1890:15, 1892:22, 1893:15, 1893:25, 1894:22, 1896:23, 1896:24, 1899:6, 1899:22, 1905:11, 1906:15, 1907:22, 1908:13, 1909:13, 1918:18, 1918:20, 1926:2, 1955:11
**DIE** [2] - 1885:3, 1926:6
**DIED** [2] - 1884:24, 1926:4
**DIFFERENCE** [6] - 1903:9, 1937:16, 1952:21, 1954:23, 1954:25, 1955:20
**DIFFERENCES** [1] - 1955:20
**DIFFERENT** [13] -

1888:19, 1911:8, 1932:17, 1932:18, 1935:9, 1938:23, 1939:2, 1948:12, 1948:17, 1949:13, 1950:22, 1953:18
**DIFFERENTIAL** [1] - 1937:9
**DIMENSIONS** [2] - 1907:5, 1907:13
**DIRECT** [5] - 1872:5, 1876:10, 1883:5, 1914:21, 1918:10
**DIRECTION** [2] - 1911:1, 1940:7
**DIRECTLY** [2] - 1883:6, 1902:21
**DIRECTOR** [1] - 1909:10
**DISCHARGE** [3] - 1937:1, 1938:22, 1942:17
**DISCHARGES** [1] - 1938:6
**DISCOURAGE** [1] - 1922:19
**DISCUSS** [1] - 1892:22
**DISCUSSED** [4] - 1905:23, 1914:20, 1919:10, 1928:19
**DISCUSSION** [10] - 1898:10, 1898:13, 1899:14, 1904:2, 1904:5, 1906:9, 1907:10, 1913:1, 1936:5, 1939:3
**DISPLACED** [1] - 1926:2
**DISPOSAL** [1] - 1901:12
**DISTINCTION** [1] - 1905:17
**DISTINCTLY** [1] - 1879:11
**DISTRIBUTION** [1] - 1941:8
**DISTRICT** [11] - 1869:1, 1869:1, 1869:8, 1894:13, 1900:14, 1905:6, 1905:7, 1919:1, 1958:6
**DISTURBED** [1] - 1903:3
**DO** [48] - 1879:7, 1879:9, 1880:2, 1885:16, 1886:2, 1886:23, 1891:12, 1896:19, 1897:15,

1898:2, 1898:13, 1898:21, 1899:14, 1902:25, 1903:2, 1905:25, 1906:1, 1906:6, 1906:9, 1907:10, 1912:15, 1915:15, 1917:9, 1919:8, 1919:13, 1919:21, 1920:3, 1920:9, 1921:16, 1921:20, 1927:17, 1928:16, 1930:17, 1935:4, 1935:14, 1936:1, 1936:10, 1936:25, 1938:22, 1939:9, 1940:18, 1951:23, 1952:7, 1952:9, 1953:24, 1954:13, 1956:3, 1958:6
**DOCK** [3] - 1895:9, 1920:19, 1921:12
**DOCKET** [1] - 1869:3
**DOCUMENT** [22] - 1875:4, 1894:12, 1895:6, 1897:25, 1900:5, 1900:6, 1900:9, 1900:12, 1900:17, 1900:19, 1900:24, 1902:3, 1903:22, 1905:17, 1906:8, 1909:17, 1910:5, 1913:22, 1915:13, 1915:15, 1916:9, 1922:12
**DOCUMENTED** [1] - 1918:9
**DOCUMENTS** [3] - 1874:21, 1897:6, 1922:10
**DOES** [13] - 1891:9, 1895:15, 1898:6, 1899:20, 1906:6, 1917:14, 1921:21, 1932:14, 1933:4, 1943:13, 1943:25, 1956:13
**DOESN'T** [8] - 1899:22, 1925:14, 1930:18, 1932:16, 1932:22, 1932:23, 1942:21, 1948:1
**DOGGONE** [1] - 1883:18
**DOING** [3] - 1874:18, 1919:12, 1955:10
**DOMENGEAUX** [1] - 1870:1
**DON'T** [42] - 1879:16, 1883:11,

1883:12, 1883:17, 1883:22, 1883:23, 1887:1, 1888:5, 1890:15, 1890:17, 1890:21, 1892:10, 1893:11, 1896:21, 1897:9, 1897:17, 1899:19, 1903:11, 1912:13, 1913:13, 1919:6, 1921:23, 1922:18, 1924:25, 1925:16, 1925:17, 1925:25, 1926:17, 1928:9, 1933:12, 1936:5, 1937:13, 1938:1, 1939:23, 1943:16, 1948:15, 1948:23, 1954:22, 1954:24
**DONE** [4] - 1873:21, 1875:2, 1919:24, 1950:12
**DOT** [1] - 1879:24
**DOUBT** [2] - 1889:11, 1889:13
**DOWN** [21] - 1876:19, 1879:25, 1880:9, 1884:3, 1889:10, 1889:11, 1894:12, 1898:3, 1898:24, 1903:6, 1903:13, 1907:7, 1912:7, 1912:24, 1915:9, 1916:19, 1925:23, 1927:5, 1940:25, 1941:19
**DR** [22] - 1886:4, 1886:9, 1886:12, 1902:25, 1915:16, 1915:18, 1927:9, 1927:12, 1927:15, 1928:5, 1928:13, 1932:20, 1933:5, 1933:18, 1933:20, 1935:8, 1940:1, 1944:25, 1949:17, 1949:18, 1949:20
**DRAFT** [1] - 1900:24
**DRAFTED** [1] - 1905:4
**DRAINAGE** [1] - 1912:5
**DRAW** [1] - 1931:5
**DREDGE** [3] - 1906:15, 1906:20, 1906:24
**DREDGED** [3] - 1906:12, 1906:14, 1906:23
**DREDGING** [6] -

1875:10, 1905:23,
1906:16, 1907:9,
1913:1, 1917:18
  **DRINK** [1] - 1878:15
  **DRIVE** [1] - 1908:17
  **DRIVING** [2] -
1951:16, 1951:24
  **DROP** [1] - 1951:14
  **DROP-OFF** [1] -
1951:14
  **DROPPED** [2] -
1929:20, 1930:13
  **DROPS** [1] - 1931:7
  **DROWNING** [1] -
1891:5
  **DRY** [3] - 1881:16,
1881:18, 1906:25
  **DUDENHEFER** [2] -
1870:4, 1870:5
  **DUE** [4] - 1901:11,
1901:17, 1901:22,
1909:5
  **DUMAS** [2] - 1870:7,
1870:8
  **DUPRE** [7] -
1887:12, 1904:16,
1904:17, 1935:4,
1943:18, 1944:8,
1948:13
  **DURATION** [4] -
1929:23, 1931:9,
1946:1, 1951:12
  **DURING** [17] -
1877:10, 1882:1,
1901:13, 1907:25,
1913:16, 1914:20,
1918:4, 1922:10,
1933:2, 1933:10,
1933:17, 1937:6,
1937:9, 1937:20,
1937:21, 1953:6,
1953:12
  **DUTCH** [3] -
1939:22, 1943:5,
1943:9
  **DUVAL** [1] - 1869:8
  **DX** [5] - 1917:3,
1918:1, 1926:25

## E

  **E** [6] - 1871:2,
1872:1, 1873:1,
1874:16, 1894:13
  **EACH** [7] - 1874:18,
1875:5, 1897:7,
1934:6, 1934:7,
1944:20, 1953:17
  **EARLIER** [1] -
1910:13
  **EARLY** [2] - 1921:5,

1945:17
  **EASIER** [1] - 1956:1
  **EAST** [3] - 1870:23,
1888:4, 1936:9
  **EASTERN** [5] -
1869:1, 1876:18,
1940:20, 1941:10,
1958:6
  **EASY** [1] - 1939:9
  **EBERSOLE'S** [1] -
1929:8
  **EBSB** [3] - 1934:18,
1935:3, 1935:4
  **EBSBS** [3] -
1949:24, 1949:25,
1950:19
  **ECONOMIC** [1] -
1894:23
  **ECONOMICALLY** [1]
- 1917:8
  **EDGE** [2] - 1941:24,
1951:21
  **EDWARD** [2] -
1920:14, 1920:17
  **EDWARDS** [1] -
1870:1
  **EFFECT** [23] -
1884:20, 1884:22,
1885:17, 1887:2,
1890:25, 1893:7,
1893:12, 1898:22,
1905:1, 1905:9,
1923:10, 1942:7,
1942:12, 1950:25,
1951:16, 1951:23,
1951:25, 1952:2,
1952:3, 1953:18,
1955:19
  **EFFECTIVE** [2] -
1895:22, 1923:10
  **EFFECTIVELY** [1] -
1950:1
  **EFFECTS** [7] -
1884:15, 1895:16,
1902:14, 1935:8,
1952:1, 1953:16,
1954:23
  **EHRLICH** [23] -
1871:6, 1871:10,
1872:6, 1875:21,
1891:17, 1891:20,
1896:22, 1897:24,
1913:6, 1916:5,
1916:8, 1916:21,
1920:2, 1920:12,
1920:16, 1920:23,
1920:25, 1921:2,
1921:3, 1922:5,
1926:21, 1926:25,
1927:4

  **EIGHT** [8] - 1882:13,
1902:17, 1929:23,
1937:8, 1937:15,
1937:24, 1939:16,
1940:23
  **EIGHT-FEET** [1] -
1902:17
  **EIGHT-HOUR** [1] -
1929:23
  **EITHER** [3] -
1932:16, 1947:22,
1950:20
  **EL** [1] - 1871:6
  **EL-AMIN** [1] - 1871:6
  **ELDERLY** [1] -
1878:6
  **ELECTED** [7] -
1882:19, 1885:6,
1885:19, 1886:9,
1887:3, 1893:2,
1894:19
  **ELEMENTS** [1] -
1953:13
  **ELEVATION** [10] -
1887:22, 1931:21,
1942:10, 1942:15,
1947:22, 1947:25,
1948:4, 1953:3,
1955:2
  **ELIMINATE** [1] -
1939:19
  **ELISA** [1] - 1870:22
  **ELLENDER** [5] -
1920:20, 1921:4,
1921:15, 1921:17,
1922:3
  **ELLENDER'S** [1] -
1920:22
  **ELMO** [2] - 1907:3,
1912:22
  **ELONGATION** [1] -
1951:13
  **ELSE** [4] - 1905:8,
1957:10, 1957:14
  **ELWOOD** [2] -
1870:18, 1870:18
  **EMBODIMENT** [1] -
1875:16
  **EMERGENCY** [1] -
1909:10
  **EMPLOYED** [1] -
1877:10
  **EMPLOYEE** [4] -
1891:22, 1891:23,
1907:19, 1922:15
  **END** [1] - 1921:10
  **ENGINEER** [2] -
1891:25, 1919:1
  **ENGINEERS** [34] -
1875:16, 1886:7,

1886:19, 1888:22,
1890:13, 1890:24,
1894:17, 1894:20,
1895:6, 1895:8,
1896:16, 1898:15,
1898:16, 1899:10,
1899:12, 1899:17,
1899:24, 1899:25,
1900:14, 1901:5,
1903:20, 1905:13,
1906:10, 1917:16,
1919:2, 1919:14,
1922:15, 1923:13,
1923:19, 1924:4,
1924:10, 1936:6,
1938:1
  **ENGINEERS'** [2] -
1898:25, 1923:24
  **ENJOYING** [1] -
1922:4
  **ENLARGED** [1] -
1956:7
  **ENLARGEMENT** [1]
- 1904:6
  **ENOUGH** [3] -
1887:20, 1888:6,
1889:18
  **ENTER** [1] - 1904:1
  **ENTERED** [1] -
1933:10
  **ENTIRE** [3] - 1882:4,
1923:4, 1934:8
  **ENTIRELY** [1] -
1912:8
  **ENTITLED** [2] -
1915:13, 1958:9
  **ENVIRONMENT** [2] -
1881:20, 1883:7
  **ENVIRONMENTAL**
[6] - 1874:25, 1875:2,
1894:9, 1900:5,
1900:15, 1903:24
  **EPA** [1] - 1900:16
  **EQUAL** [1] - 1878:21
  **EQUALIZED** [1] -
1935:11
  **EQUIVALENT** [1] -
1946:2
  **ERODES** [1] - 1902:5
  **EROSION** [7] -
1885:2, 1901:12,
1902:22, 1903:9,
1914:8, 1914:14,
1917:8
  **ESQ** [29] - 1869:13,
1869:16, 1869:19,
1869:20, 1869:23,
1870:1, 1870:5,
1870:8, 1870:12,
1870:15, 1870:15,

1870:18, 1870:22,
1870:23, 1871:1,
1871:2, 1871:6,
1871:6, 1871:7,
1871:7, 1871:8,
1871:8, 1871:9,
1871:9, 1871:10,
1871:10, 1871:11,
1871:11, 1871:12
  **ESSENTIALLY** [2] -
1946:2, 1948:1
  **ESTABLISHED** [2] -
1952:13, 1952:24
  **ESTIMATES** [1] -
1934:8
  **ET** [3] - 1869:2,
1869:5, 1877:16
  **EVACUATE** [1] -
1909:12
  **EVEN** [4] - 1883:23,
1895:18, 1908:6,
1926:3
  **EVENT** [2] - 1886:20,
1934:8
  **EVENTUALLY** [2] -
1886:20, 1907:14
  **EVER** [29] - 1882:7,
1883:15, 1883:22,
1885:4, 1885:10,
1885:18, 1887:1,
1890:15, 1892:6,
1892:8, 1892:10,
1892:13, 1892:24,
1893:5, 1893:11,
1893:13, 1902:6,
1902:7, 1902:9,
1904:25, 1905:3,
1912:8, 1919:14,
1919:21, 1923:13,
1923:21, 1923:22,
1924:4, 1924:10
  **EVERY** [7] - 1890:19,
1890:23, 1892:11,
1892:17, 1893:9,
1895:7, 1926:7
  **EVERYBODY** [1] -
1901:3
  **EVERYONE** [1] -
1895:8
  **EVERYTHING** [8] -
1889:3, 1925:21,
1926:3, 1935:10,
1952:8, 1952:9,
1957:14
  **EXACTLY** [7] -
1877:25, 1890:6,
1891:5, 1891:7,
1897:11, 1911:4,
1945:15
  **EXAMINATION** [12] -

1872:5, 1872:6, 1872:7, 1872:10, 1876:10, 1912:20, 1913:5, 1914:21, 1922:8, 1922:10, 1928:2, 1928:11
**EXAMPLE** [3] - 1904:9, 1904:16, 1955:15
**EXCAVATION** [1] - 1901:11
**EXCELLENT** [3] - 1887:23, 1921:9, 1946:7
**EXCEPTION** [2] - 1903:17, 1907:6
**EXCUSE** [3] - 1892:7, 1908:4, 1934:13
**EXHIBIT** [15] - 1879:25, 1880:3, 1897:15, 1898:5, 1900:4, 1907:1, 1908:22, 1908:24, 1909:15, 1912:21, 1913:1, 1913:21, 1916:22, 1917:3, 1920:9
**EXHIBITS** [2] - 1926:23, 1927:23
**EXISTING** [1] - 1956:22
**EXPAND** [2] - 1943:10, 1950:12
**EXPANDED** [1] - 1951:19
**EXPECTED** [2] - 1911:6
**EXPEDITIOUS** [1] - 1917:19
**EXPERIENCE** [4] - 1893:20, 1901:18, 1901:25, 1902:6
**EXPERIENCED** [1] - 1901:13
**EXPERT** [14] - 1929:8, 1930:3, 1930:24, 1933:12, 1933:22, 1936:17, 1942:23, 1943:8, 1943:22, 1945:6, 1945:9, 1946:4, 1949:12, 1950:3
**EXPERTISE** [2] - 1886:13, 1899:4
**EXPERTS** [2] - 1943:5, 1943:9
**EXPLAIN** [5] - 1878:20, 1887:9, 1919:17, 1930:17,

1950:15
**EXPLOSION** [2] - 1875:6, 1881:15
**EXPLOSIVES** [1] - 1921:14
**EXTEND** [2] - 1880:16, 1888:18
**EXTENDED** [1] - 1888:19, 1888:22, 1912:3
**EXTENSIVE** [3] - 1881:5, 1896:6, 1918:9
**EXTENSIVELY** [1] - 1882:1
**EXTENT** [2] - 1891:21, 1927:23

## F

**F** [2] - 1871:8, 1920:17
**FACE** [1] - 1894:17
**FACT** [15] - 1875:22, 1875:23, 1878:3, 1885:24, 1887:25, 1889:6, 1893:11, 1894:17, 1900:17, 1902:24, 1903:2, 1905:14, 1918:25, 1946:12, 1955:13
**FACTOR** [5] - 1885:2, 1904:23, 1917:7, 1935:6, 1935:7
**FAIR** [2] - 1890:19, 1897:11
**FALL** [1] - 1947:10
**FAMILIAR** [4] - 1876:21, 1881:24, 1900:6, 1904:9
**FAMILY** [1] - 1889:10
**FAR** [6] - 1876:19, 1878:19, 1880:13, 1880:16, 1881:6, 1888:17
**FARTHER** [1] - 1879:25
**FAST** [1] - 1879:21
**FASTER** [2] - 1903:10, 1912:6
**FATHER** [1] - 1906:21
**FATHER'S** [1] - 1879:14
**FAVOR** [1] - 1890:3
**FAYARD** [2] - 1870:11, 1870:12
**FEBRUARY** [1] - 1906:9

**FEDERAL** [2] - 1895:7, 1895:10
**FEEDING** [1] - 1941:13
**FEEL** [1] - 1926:15
**FEELING** [1] - 1909:6
**FEET** [35] - 1880:15, 1887:22, 1902:5, 1902:17, 1904:13, 1904:15, 1904:21, 1906:12, 1906:14, 1906:20, 1911:8, 1911:25, 1929:14, 1929:20, 1929:24, 1930:9, 1930:14, 1931:6, 1931:7, 1931:16, 1934:9, 1934:20, 1934:22, 1937:3, 1937:12, 1937:16, 1940:9, 1941:1, 1941:25, 1946:19, 1946:24
**FELLA** [1] - 1884:4
**FEMA** [1] - 1898:11
**FEROCIOUS** [1] - 1928:9
**FEW** [2] - 1922:7, 1957:1
**FIELD** [2] - 1888:4, 1888:5
**FIGHTING** [2] - 1928:8, 1928:9
**FIGURE** [6] - 1885:16, 1929:9, 1930:5, 1942:24, 1943:4, 1945:1
**FILL** [1] - 1931:14
**FINAL** [2] - 1943:21, 1944:2
**FIND** [5] - 1878:14, 1943:14, 1944:2, 1954:8, 1956:14
**FINDING** [1] - 1935:11
**FINE** [3] - 1944:5, 1946:17, 1951:18
**FINEL** [11] - 1928:20, 1929:2, 1930:2, 1932:9, 1932:14, 1932:16, 1932:18, 1932:19, 1932:22, 1932:23, 1939:18
**FINISHED** [2] - 1883:25, 1886:10
**FIRE** [1] - 1957:2
**FIRM** [4] - 1869:19, 1870:4, 1870:7, 1870:22
**FIRST** [22] - 1875:6,

1876:25, 1877:3, 1878:3, 1878:7, 1882:22, 1884:2, 1884:24, 1885:13, 1885:14, 1900:4, 1902:3, 1903:22, 1909:13, 1910:9, 1917:3, 1921:11, 1924:21, 1933:23, 1933:25, 1934:5, 1939:13
**FISH** [4] - 1877:19, 1879:3, 1882:1
**FISHER** [1] - 1889:24
**FISHERMAN** [5] - 1877:11, 1877:16, 1878:1, 1889:24, 1890:7
**FISHERMEN** [2] - 1883:3, 1890:2
**FISHING** [4] - 1877:13, 1877:22, 1901:14, 1902:1
**FIVE** [8] - 1873:11, 1873:14, 1873:21, 1879:2, 1926:23, 1931:8, 1937:22, 1941:1
**FIX** [1] - 1923:14
**FLOOD** [8] - 1885:20, 1886:20, 1898:17, 1924:18, 1924:20, 1937:18, 1952:3, 1953:3
**FLOODING** [15] - 1890:14, 1890:24, 1899:13, 1899:18, 1899:21, 1925:1, 1932:8, 1932:14, 1934:25, 1937:6, 1937:22, 1937:23, 1937:24, 1938:3, 1938:22
**FLOOR** [1] - 1911:19
**FLORIDA** [1] - 1870:12
**FLOW** [5] - 1935:22, 1937:9, 1939:24, 1940:18, 1942:2
**FOCUS** [8] - 1929:9, 1930:5, 1940:16, 1944:10, 1946:5, 1946:16, 1949:10, 1949:23
**FOCUSING** [1] - 1952:22
**FOLIAGE** [1] - 1881:14
**FOLLOW** [1] - 1955:24

**FOLLOW-UP** [1] - 1955:24
**FOLLOWING** [1] - 1908:11
**FOLLOWS** [1] - 1874:8
**FOOT** [9] - 1931:9, 1934:9, 1934:20, 1934:22, 1946:23, 1948:13, 1948:14, 1950:11, 1957:1
**FOR** [95] - 1869:12, 1870:22, 1871:4, 1872:3, 1874:2, 1874:10, 1875:19, 1876:7, 1876:12, 1877:5, 1878:12, 1882:11, 1882:15, 1884:7, 1884:10, 1884:11, 1885:11, 1886:19, 1887:3, 1887:6, 1887:20, 1888:6, 1888:7, 1891:6, 1894:13, 1894:25, 1895:12, 1895:18, 1895:19, 1898:16, 1899:12, 1899:17, 1899:20, 1899:22, 1900:14, 1903:25, 1907:6, 1907:9, 1907:16, 1907:23, 1910:7, 1911:7, 1912:9, 1912:25, 1913:15, 1915:1, 1918:18, 1921:6, 1924:6, 1924:11, 1924:20, 1926:15, 1927:14, 1927:22, 1928:5, 1930:2, 1931:3, 1932:22, 1934:8, 1936:18, 1937:5, 1938:16, 1939:10, 1939:23, 1940:5, 1940:10, 1941:7, 1941:8, 1943:4, 1943:6, 1943:18, 1944:4, 1944:6, 1946:1, 1946:12, 1946:23, 1947:4, 1947:7, 1947:10, 1947:14, 1948:20, 1949:4, 1949:23, 1949:24, 1950:13, 1952:6, 1954:9, 1954:11, 1955:14, 1955:19, 1956:1, 1956:6, 1957:16
**FORCE** [1] - 1895:19
**FORCES** [1] -

1923:18
**FORE** [1] - 1882:10
**FOREGOING** [1] - 1958:7
**FOREST** [1] - 1881:9
**FORM** [4] - 1882:18, 1882:19, 1882:20, 1899:25
**FORMED** [1] - 1954:20
**FORWARD** [1] - 1916:11
**FORWARDED** [1] - 1918:21
**FOUND** [4] - 1876:2, 1942:6, 1942:11, 1955:6
**FOUNDATION** [1] - 1896:22
**FOUR** [14] - 1879:11, 1879:13, 1882:11, 1886:9, 1889:13, 1889:14, 1926:5, 1926:8, 1926:22, 1937:21, 1938:3, 1943:17, 1943:18, 1944:6
**FRANK** [1] - 1870:5
**FRANKLIN** [1] - 1871:13
**FRANZ** [1] - 1909:25
**FRESH** [2] - 1878:25, 1879:1
**FRESHWATER** [4] - 1879:3, 1885:1, 1895:4, 1915:6
**FRIEND** [1] - 1894:1
**FROM** [78] - 1876:20, 1877:8, 1879:1, 1880:13, 1880:20, 1881:3, 1881:5, 1881:22, 1881:23, 1882:21, 1883:6, 1884:15, 1884:23, 1887:12, 1888:17, 1889:9, 1890:8, 1890:10, 1894:24, 1895:5, 1896:20, 1902:18, 1902:22, 1906:11, 1907:6, 1908:19, 1909:14, 1910:9, 1910:11, 1910:25, 1911:2, 1911:6, 1911:11, 1911:23, 1913:22, 1915:6, 1915:10, 1915:24, 1916:1, 1918:11, 1920:17, 1920:18, 1921:4, 1921:5,

1922:23, 1923:5, 1923:11, 1923:13, 1928:18, 1929:8, 1930:2, 1932:14, 1932:17, 1933:21, 1933:22, 1935:19, 1936:2, 1936:3, 1936:17, 1936:20, 1936:22, 1937:5, 1938:23, 1940:1, 1943:22, 1945:2, 1945:6, 1945:7, 1945:9, 1945:15, 1949:8, 1952:14, 1958:8
**FRONT** [3] - 1920:9, 1920:21, 1921:8
**FRONTIER** [1] - 1883:20
**FRONTS** [1] - 1915:2
**FULL** [3] - 1943:25, 1944:2, 1945:10
**FUNDING** [3] - 1895:11, 1924:6, 1924:12
**FUNNEL** [36] - 1885:11, 1885:12, 1885:13, 1885:20, 1886:7, 1886:16, 1886:19, 1887:1, 1893:7, 1893:12, 1893:23, 1903:25, 1904:3, 1904:7, 1905:1, 1905:9, 1905:13, 1905:14, 1905:20, 1924:16, 1931:12, 1931:19, 1931:21, 1931:22, 1932:2, 1935:10, 1938:24, 1940:21, 1941:13, 1947:19, 1951:15, 1951:23, 1955:14, 1955:17, 1956:7, 1957:8
**FUNNY** [1] - 1879:12
**FURTHER** [6] - 1888:22, 1888:23, 1890:11, 1898:24, 1914:13, 1922:5

# G

**G** [4] - 1871:10, 1872:9, 1873:1, 1874:16
**GAGLIANO** [11] - 1875:3, 1886:3, 1886:4, 1886:5, 1886:9, 1886:12, 1886:14, 1902:25, 1905:7, 1915:16,

1915:18
**GAPE** [1] - 1947:19
**GENERAL** [4] - 1920:18, 1921:12, 1956:4, 1956:5
**GENERATED** [3] - 1918:13, 1943:5, 1943:9
**GENERATIONS** [1] - 1925:18
**GENTLEMAN** [6] - 1875:9, 1878:6, 1879:14, 1896:19, 1911:20, 1925:2
**GENTLEMEN** [1] - 1881:9
**GEOMETRY** [5] - 1948:16, 1950:1, 1951:18, 1952:12, 1955:17
**GEORGIA** [1] - 1878:22
**GET** [41] - 1873:21, 1875:25, 1878:13, 1879:17, 1893:17, 1894:16, 1897:1, 1903:10, 1905:25, 1907:13, 1907:22, 1909:13, 1910:17, 1911:21, 1911:23, 1931:16, 1934:1, 1934:22, 1935:4, 1935:14, 1935:22, 1935:24, 1936:1, 1936:9, 1937:3, 1937:11, 1939:16, 1940:19, 1940:25, 1941:19, 1946:18, 1948:2, 1948:17, 1948:18, 1948:23, 1949:3, 1949:24, 1951:1, 1951:9, 1951:12, 1951:20
**GETS** [5] - 1879:18, 1931:25, 1932:1, 1956:21, 1956:25
**GETTING** [4] - 1875:23, 1884:14, 1909:2, 1923:18
**GILBERT** [2] - 1870:22, 1870:22
**GIVE** [4] - 1906:3, 1910:4, 1911:3, 1934:1
**GIWW** [5] - 1886:16, 1893:7, 1893:23, 1904:3, 1957:7
**GLASS** [1] - 1908:9
**GO** [34] - 1877:4, 1877:22, 1878:2,

1879:25, 1884:3, 1889:4, 1892:1, 1892:13, 1892:24, 1893:5, 1894:12, 1897:6, 1904:10, 1904:18, 1909:4, 1909:5, 1911:16, 1911:19, 1920:1, 1921:20, 1922:18, 1922:19, 1926:17, 1928:10, 1934:2, 1941:5, 1945:19, 1948:10, 1950:3, 1955:24, 1956:14, 1956:21, 1957:3
**GOES** [5] - 1881:22, 1909:4, 1909:5, 1948:1, 1951:25
**GOING** [40] - 1878:6, 1879:17, 1882:22, 1882:25, 1883:4, 1883:5, 1883:6, 1883:12, 1885:17, 1888:3, 1890:6, 1890:7, 1890:10, 1891:2, 1899:5, 1900:3, 1903:22, 1909:7, 1911:9, 1911:15, 1911:19, 1911:21, 1922:19, 1931:15, 1932:5, 1932:23, 1935:1, 1935:18, 1937:17, 1939:12, 1939:13, 1948:18, 1948:21, 1948:25, 1949:3, 1954:9, 1956:21, 1956:25, 1957:5
**GONE** [3] - 1878:7, 1892:11, 1926:4
**GONNA** [1] - 1883:20
**GOOD** [9] - 1873:7, 1873:8, 1874:1, 1913:7, 1913:8, 1928:13, 1928:14, 1942:21, 1957:16
**GOT** [30] - 1879:16, 1879:20, 1880:14, 1880:22, 1880:24, 1881:18, 1881:19, 1883:17, 1884:17, 1884:19, 1886:10, 1888:22, 1891:2, 1895:9, 1904:8, 1910:9, 1911:13, 1911:20, 1911:25, 1912:8, 1919:16, 1922:4, 1927:12, 1928:25, 1931:1,

1934:1, 1938:15, 1940:3, 1951:19, 1955:8
**GOTTEN** [1] - 1911:12
**GOVERNING** [1] - 1917:13
**GOVERNMENT** [19] - 1870:9, 1882:10, 1882:18, 1882:19, 1882:21, 1883:9, 1883:14, 1885:25, 1899:25, 1908:1, 1908:5, 1910:9, 1910:19, 1911:24, 1913:15, 1913:23, 1913:25, 1916:23, 1924:22
**GOVERNOR** [1] - 1919:3
**GRACIE** [1] - 1876:2
**GRADUALLY** [1] - 1881:19
**GRADUATED** [1] - 1877:8
**GRAMMAR** [1] - 1877:6
**GRANTEE** [1] - 1876:2
**GRASS** [3] - 1878:13, 1880:25, 1881:1
**GRAVEYARD** [1] - 1889:12
**GRAVITY** [2] - 1912:5
**GRAY** [2] - 1904:18, 1946:8
**GREAT** [2] - 1896:25, 1948:3
**GREATLY** [1] - 1955:14
**GREEN** [6] - 1904:19, 1940:25, 1941:20, 1950:13, 1950:16, 1950:17
**GREIF** [1] - 1871:7
**GROUND** [6] - 1878:23, 1908:12, 1908:25, 1932:1, 1932:3, 1932:4
**GROWING** [6] - 1877:4, 1887:18, 1887:19, 1901:13, 1901:18, 1901:25
**GUESS** [8] - 1900:19, 1918:3, 1929:16, 1940:11, 1950:24, 1951:17, 1954:15, 1954:24

**GULF** [31] - 1876:23, 1882:23, 1883:6, 1883:9, 1883:16, 1883:25, 1884:3, 1884:11, 1884:18, 1887:4, 1887:13, 1890:2, 1890:3, 1890:5, 1890:8, 1890:10, 1894:5, 1894:6, 1894:17, 1895:12, 1903:17, 1903:19, 1906:11, 1915:13, 1917:5, 1917:17, 1919:20, 1922:13, 1923:19, 1924:2, 1924:6

**GUNN** [1] - 1891:14

**GUTHRIES** [1] - 1884:5

**GUYS** [3] - 1928:17, 1928:25, 1930:2

# H

**HABITAT** [3] - 1900:12, 1901:11, 1901:17

**HAD** [81] - 1878:6, 1878:7, 1878:10, 1878:20, 1878:22, 1878:25, 1879:3, 1879:10, 1880:24, 1881:5, 1881:6, 1883:11, 1883:15, 1883:17, 1883:23, 1885:10, 1885:16, 1887:1, 1888:7, 1889:21, 1893:22, 1893:24, 1899:7, 1902:12, 1902:13, 1902:18, 1903:14, 1904:25, 1905:15, 1905:19, 1906:18, 1906:19, 1906:21, 1906:23, 1906:24, 1908:7, 1909:1, 1909:7, 1909:11, 1909:12, 1910:14, 1910:18, 1911:5, 1911:6, 1911:11, 1911:13, 1911:16, 1912:11, 1912:24, 1913:14, 1913:17, 1924:21, 1925:17, 1925:20, 1926:1, 1926:2, 1926:3, 1926:5, 1926:8, 1926:9, 1926:12, 1936:5, 1939:20, 1942:7, 1942:12, 1943:6, 1945:7,

1949:16, 1950:10, 1955:5

**HALF** [8] - 1887:22, 1888:20, 1908:19, 1931:8, 1946:18, 1946:23, 1948:13, 1950:10

**HALFWAY** [4] - 1935:3, 1943:19, 1944:7, 1948:13

**HAND** [1] - 1874:6

**HANDS** [1] - 1921:13

**HAPPEN** [4] - 1883:4, 1890:6, 1891:2, 1926:12

**HAPPENED** [3] - 1891:7, 1925:1, 1926:8

**HAPPENING** [2] - 1884:14, 1937:20

**HAPPENS** [1] - 1902:10

**HARD** [2] - 1910:7, 1931:3

**HARDWOODS** [4] - 1878:22, 1879:22, 1884:19, 1887:23

**HARVEY** [1] - 1888:1

**HARVEY'S** [1] - 1888:2

**HAS** [15] - 1895:3, 1903:19, 1903:23, 1904:22, 1909:4, 1912:5, 1915:5, 1918:11, 1931:20, 1935:9, 1938:22, 1952:14, 1953:17, 1955:18

**HATE** [1] - 1899:4

**HAVE** [88] - 1876:15, 1876:21, 1877:13, 1877:18, 1880:25, 1881:13, 1883:9, 1883:15, 1883:24, 1884:13, 1885:15, 1889:14, 1890:17, 1892:6, 1892:24, 1893:5, 1893:17, 1893:25, 1895:8, 1895:9, 1895:13, 1899:5, 1900:1, 1900:13, 1902:6, 1902:7, 1903:7, 1903:8, 1903:16, 1903:21, 1904:24, 1911:3, 1911:15, 1911:19, 1911:21, 1912:3, 1912:13, 1913:10, 1918:9, 1918:12, 1919:23,

1919:24, 1920:9, 1921:23, 1922:5, 1922:7, 1923:21, 1924:19, 1925:6, 1926:2, 1926:9, 1926:10, 1927:7, 1927:23, 1929:17, 1930:20, 1931:5, 1931:21, 1933:13, 1934:7, 1936:7, 1936:13, 1936:14, 1936:23, 1937:19, 1938:5, 1938:21, 1939:10, 1939:22, 1943:13, 1943:25, 1944:12, 1945:12, 1946:7, 1950:1, 1953:14, 1953:15, 1953:17, 1953:18, 1954:13, 1954:18, 1955:2, 1957:1

**HAVING** [1] - 1876:6

**HAZARDOUS** [2] - 1923:14, 1923:15

**HB-406** [1] - 1871:16

**HE** [35] - 1873:11, 1873:12, 1875:8, 1878:12, 1879:16, 1879:17, 1879:20, 1886:6, 1886:15, 1886:18, 1888:7, 1891:23, 1891:25, 1893:19, 1896:23, 1896:24, 1897:17, 1897:24, 1898:2, 1901:7, 1907:12, 1912:20, 1920:14, 1921:6, 1922:12, 1922:25, 1925:3, 1954:10, 1954:12, 1954:13

**HEAD** [2] - 1891:25, 1908:15

**HEADACHE** [1] - 1928:9

**HEADS** [1] - 1893:18

**HEADSTONES** [1] - 1889:14

**HEALTH** [1] - 1923:14

**HEALTHY** [1] - 1942:2

**HEAR** [2] - 1879:15, 1885:13

**HEARD** [7] - 1869:8, 1885:10, 1885:24, 1892:10, 1892:11, 1893:11, 1898:20

**HEARINGS** [1] - 1893:17

**HEARSAY** [2] - 1891:17, 1891:20

**HEEBE** [1] - 1876:2

**HEIGHT** [13] - 1931:22, 1942:20, 1946:2, 1946:13, 1952:15, 1952:25, 1953:2, 1955:10, 1955:12, 1955:21, 1957:9, 1957:10, 1957:13

**HEIGHTENED** [1] - 1904:6

**HELD** [1] - 1918:6

**HELP** [3] - 1953:5, 1953:10, 1954:15

**HELPING** [1] - 1891:3

**HENRY** [6] - 1872:4, 1874:3, 1874:7, 1874:11, 1874:14, 1876:14

**HERE** [35] - 1873:11, 1879:17, 1879:18, 1880:9, 1890:19, 1893:19, 1910:7, 1910:20, 1918:4, 1925:10, 1925:12, 1925:25, 1926:1, 1927:7, 1927:9, 1929:1, 1935:7, 1935:10, 1935:23, 1938:10, 1938:11, 1938:21, 1940:7, 1941:4, 1941:11, 1944:13, 1945:14, 1946:7, 1946:8, 1946:11, 1947:6, 1949:13, 1954:11, 1957:1

**HEREBY** [2] - 1917:14, 1958:6

**HERETO** [1] - 1917:20

**HIGH** [10] - 1876:3, 1877:5, 1877:6, 1881:16, 1881:18, 1911:23, 1935:12, 1956:21, 1956:25

**HIGHER** [14] - 1931:25, 1938:20, 1939:6, 1939:13, 1939:16, 1940:12, 1940:19, 1941:12, 1941:16, 1942:3, 1942:5, 1948:2, 1955:2, 1956:10

**HIGHEST** [2] - 1937:7, 1940:14, 1956:14

**HEARSAY** [2] -

**HEARSAY** section continues:

**HIGHLIGHTING** [1] - 1901:8

**HIGHWAY** [4] - 1880:11, 1880:13, 1910:3, 1915:1

**HIM** [9] - 1891:14, 1891:15, 1892:11, 1897:17, 1897:24, 1898:2, 1912:22, 1954:11, 1954:13

**HIRED** [3] - 1886:12, 1895:15, 1902:25

**HIS** [8] - 1873:12, 1875:8, 1875:15, 1886:13, 1888:1, 1888:2, 1888:7, 1927:16

**HISTORY** [1] - 1895:2

**HIT** [4] - 1886:11, 1904:24, 1911:12, 1925:24

**HOLD** [2] - 1882:9, 1904:21

**HOLE** [2] - 1906:23, 1932:6

**HOLY** [3] - 1877:5, 1877:7, 1877:8

**HOME** [1] - 1926:2

**HOMES** [1] - 1926:3

**HONEST** [2] - 1899:19, 1926:13

**HONEYCUTT** [1] - 1870:11

**HONOR** [28] - 1873:8, 1873:17, 1873:20, 1874:1, 1874:17, 1874:24, 1875:15, 1875:21, 1876:1, 1876:8, 1891:17, 1891:22, 1891:24, 1897:24, 1907:3, 1916:5, 1921:2, 1922:5, 1922:7, 1922:22, 1925:6, 1926:21, 1927:4, 1927:9, 1927:11, 1928:4, 1956:19, 1957:15

**HONORABLE** [2] - 1869:8, 1916:12

**HOPE** [2] - 1869:13, 1925:25

**HOPEDALE** [2] - 1889:9, 1889:21

**HOSE** [1] - 1957:3

**HOUR** [2] - 1908:10, 1929:23

**HOURS** [2] - 1931:8, 1940:7

**HOUSE** [8] - 1880:13, 1881:10, 1881:16, 1881:21, 1884:16, 1910:1, 1910:4, 1916:13

**HOUSEKEEPING** [2] - 1926:22, 1927:10

**HOW** [35] - 1876:15, 1876:19, 1877:3, 1877:10, 1877:13, 1877:22, 1877:25, 1878:4, 1878:7, 1879:12, 1880:13, 1880:16, 1882:12, 1882:14, 1884:6, 1887:16, 1887:17, 1888:17, 1890:16, 1890:17, 1892:18, 1895:25, 1896:2, 1902:9, 1904:2, 1904:5, 1911:23, 1912:1, 1926:15, 1932:21, 1935:12, 1936:23, 1952:6, 1956:25

**HOWEVER** [4] - 1899:9, 1906:17, 1909:9, 1956:16

**HUH** [1] - 1883:2

**HUNDRED** [1] - 1876:7

**HUNDRED-PAGE** [1] - 1876:7

**HUNT** [4] - 1877:19, 1882:1, 1888:24, 1889:2

**HUNTER** [1] - 1878:1

**HUNTING** [4] - 1877:13, 1877:22, 1887:23, 1901:14

**HURRICANE** [25] - 1879:7, 1879:9, 1879:10, 1880:8, 1885:20, 1886:11, 1886:21, 1894:25, 1897:3, 1898:17, 1903:25, 1907:16, 1907:21, 1907:23, 1907:25, 1909:3, 1911:24, 1914:9, 1918:13, 1925:13, 1925:24, 1933:2, 1933:11, 1953:6, 1953:12

**HURRICANE-GENERATED** [1] - 1918:13

**HURRICANES** [1] - 1915:1

**HYDRAULICS** [1] -

1937:19

**HYDROGRAPH** [14] - 1928:20, 1928:22, 1929:2, 1929:3, 1930:2, 1930:9, 1930:13, 1945:14, 1946:5, 1946:16, 1948:20, 1950:23, 1956:2, 1956:8

**HYDROGRAPHS** [13] - 1932:20, 1943:4, 1943:9, 1943:17, 1943:18, 1944:6, 1945:20, 1945:21, 1945:22, 1946:1, 1948:10, 1948:16, 1949:15

**HYDROLOGICAL** [1] - 1901:23

**HYPOTHETICAL** [1] - 1949:14

**HÉBERT** [4] - 1920:5, 1920:7, 1920:17, 1921:11

**HÉBERT'S** [1] - 1920:14

# I

**I** [314] - 1872:1, 1873:1, 1873:17, 1873:21, 1874:16, 1875:13, 1875:17, 1875:21, 1877:5, 1877:6, 1877:9, 1877:25, 1878:1, 1878:3, 1878:7, 1878:9, 1878:10, 1878:11, 1878:12, 1879:6, 1879:11, 1879:13, 1879:15, 1879:16, 1881:15, 1881:19, 1881:20, 1882:15, 1882:16, 1882:24, 1883:1, 1883:3, 1883:11, 1883:12, 1883:17, 1883:19, 1883:21, 1883:22, 1883:23, 1884:4, 1884:24, 1885:15, 1885:24, 1886:4, 1886:8, 1886:10, 1886:22, 1887:1, 1887:11, 1887:19, 1887:22, 1888:1, 1888:5, 1888:16, 1889:11, 1889:12, 1889:13, 1890:9, 1890:15, 1890:17, 1890:18, 1890:21, 1891:1,

1891:2, 1891:5, 1891:14, 1891:23, 1892:1, 1892:6, 1892:10, 1892:25, 1893:1, 1893:9, 1893:11, 1893:15, 1893:16, 1893:24, 1894:14, 1895:18, 1896:2, 1896:6, 1896:14, 1896:17, 1896:21, 1897:9, 1897:19, 1899:4, 1899:19, 1900:19, 1902:16, 1904:13, 1905:2, 1905:11, 1905:16, 1906:15, 1906:17, 1906:18, 1906:20, 1907:22, 1908:13, 1908:21, 1909:6, 1909:13, 1910:6, 1910:7, 1911:3, 1911:4, 1911:5, 1911:6, 1911:7, 1911:8, 1911:11, 1911:13, 1912:13, 1912:20, 1912:21, 1912:22, 1913:13, 1913:14, 1913:20, 1914:19, 1915:16, 1915:21, 1916:3, 1916:5, 1918:3, 1918:16, 1918:22, 1919:8, 1919:10, 1920:5, 1920:9, 1920:12, 1920:13, 1920:14, 1920:22, 1921:1, 1921:6, 1921:17, 1922:5, 1922:7, 1923:12, 1924:25, 1925:6, 1925:10, 1925:13, 1925:16, 1925:22, 1925:24, 1925:25, 1926:13, 1926:15, 1926:21, 1926:22, 1927:10, 1927:12, 1927:14, 1928:4, 1928:8, 1928:16, 1928:19, 1929:5, 1929:6, 1929:9, 1929:16, 1929:17, 1930:1, 1930:2, 1930:20, 1930:22, 1931:2, 1931:5, 1931:12, 1931:14, 1931:17, 1931:19, 1932:2, 1932:19, 1933:5, 1933:12, 1933:13, 1933:23, 1934:16, 1935:3, 1936:5,

1936:22, 1936:23, 1936:25, 1937:4, 1937:5, 1937:13, 1937:19, 1937:20, 1938:1, 1938:5, 1938:9, 1938:15, 1938:25, 1939:6, 1939:8, 1939:10, 1939:21, 1939:22, 1939:23, 1940:1, 1940:11, 1940:13, 1940:18, 1940:22, 1941:22, 1942:14, 1942:24, 1943:16, 1943:17, 1944:4, 1944:12, 1944:14, 1945:3, 1945:7, 1945:10, 1945:12, 1945:15, 1945:18, 1945:25, 1946:4, 1946:11, 1946:16, 1947:16, 1947:18, 1948:8, 1948:10, 1948:15, 1949:10, 1949:16, 1949:18, 1949:23, 1950:15, 1950:24, 1950:25, 1951:7, 1951:17, 1952:13, 1953:2, 1953:14, 1953:15, 1953:22, 1954:5, 1954:15, 1954:22, 1954:24, 1954:25, 1955:21, 1956:3, 1956:10, 1956:24, 1957:1, 1957:2, 1957:7, 1958:5

**I'D** [9] - 1880:15, 1887:21, 1888:19, 1893:17, 1908:8, 1911:25, 1919:10, 1925:11

**I'LL** [8] - 1899:19, 1911:2, 1926:13, 1929:16, 1938:8, 1953:25, 1954:13, 1955:24

**I'M** [35] - 1886:24, 1896:24, 1897:9, 1901:2, 1902:17, 1907:22, 1908:14, 1918:3, 1920:22, 1920:24, 1930:18, 1931:19, 1934:15, 1936:23, 1937:19, 1938:9, 1938:21, 1942:20, 1943:10, 1943:20, 1945:1, 1946:12, 1947:15, 1947:20, 1948:18, 1951:5, 1951:6,

1951:18, 1952:6, 1952:22, 1954:25

**I'VE** [7] - 1873:10, 1877:11, 1878:22, 1892:10, 1892:11, 1898:20

**IBOS** [3] - 1871:15, 1958:5, 1958:13

**IDEA** [1] - 1890:17

**IDENTIFIED** [2] - 1910:1, 1910:2

**IF** [75] - 1873:14, 1875:12, 1875:19, 1883:8, 1886:25, 1889:13, 1892:10, 1896:14, 1898:2, 1903:6, 1904:9, 1904:10, 1904:18, 1906:2, 1906:3, 1906:6, 1907:1, 1914:19, 1916:9, 1919:13, 1919:21, 1919:23, 1920:21, 1921:8, 1921:17, 1923:13, 1924:18, 1925:1, 1925:13, 1925:16, 1925:25, 1926:1, 1926:21, 1927:17, 1929:17, 1931:6, 1931:12, 1932:2, 1932:6, 1934:18, 1935:1, 1935:3, 1935:13, 1935:16, 1935:18, 1936:9, 1937:14, 1938:10, 1938:19, 1939:6, 1939:13, 1939:15, 1940:16, 1943:8, 1943:14, 1944:3, 1944:10, 1945:25, 1947:20, 1948:16, 1949:11, 1950:3, 1951:17, 1952:20, 1952:24, 1954:6, 1954:12, 1954:24, 1955:14, 1955:19, 1956:13, 1957:2, 1957:11, 1957:15

**IHNC** [9] - 1881:23, 1886:6, 1931:23, 1935:16, 1935:17, 1938:24, 1940:14, 1948:24, 1952:21

**II** [2] - 1870:19, 1871:1

**ILLUSTRATION** [2] - 1950:24, 1950:25

**IMPACT** [2] - 1875:2, 1952:15

**IMPACTS** [3] - 1898:12, 1900:13, 1901:10

**IMPATIENCE** [1] - 1928:8

**IMPLEMENTING** [2] - 1884:8, 1898:11

**IMPORTANT** [1] - 1899:10

**IN** [323] - 1873:5, 1873:11, 1873:12, 1873:21, 1873:25, 1874:7, 1874:17, 1874:18, 1875:7, 1875:9, 1875:15, 1876:1, 1876:2, 1876:4, 1876:19, 1876:20, 1876:25, 1877:1, 1877:6, 1877:11, 1877:12, 1877:13, 1877:19, 1877:22, 1878:5, 1878:10, 1878:12, 1878:16, 1878:22, 1879:2, 1879:5, 1879:6, 1879:7, 1879:12, 1880:2, 1880:10, 1880:14, 1880:23, 1880:25, 1881:3, 1881:4, 1881:6, 1881:8, 1881:11, 1881:12, 1881:13, 1881:15, 1881:16, 1881:17, 1881:20, 1881:21, 1881:22, 1882:1, 1882:7, 1882:15, 1882:20, 1882:23, 1882:24, 1883:3, 1883:5, 1883:9, 1883:14, 1883:15, 1883:18, 1884:6, 1884:15, 1884:16, 1884:20, 1885:2, 1885:5, 1885:8, 1885:18, 1885:20, 1885:25, 1886:2, 1886:5, 1886:9, 1886:10, 1886:11, 1886:15, 1886:19, 1886:20, 1887:6, 1887:14, 1887:16, 1887:18, 1887:19, 1887:22, 1888:2, 1888:9, 1888:18, 1888:19, 1888:20, 1888:21, 1889:4, 1889:7, 1889:21, 1890:3, 1890:7, 1890:9, 1890:12,

1891:3, 1891:6, 1892:13, 1893:2, 1893:3, 1893:5, 1894:2, 1894:4, 1894:13, 1894:20, 1894:24, 1895:2, 1896:17, 1897:3, 1897:6, 1897:18, 1898:5, 1898:9, 1898:11, 1899:7, 1899:10, 1900:16, 1900:17, 1900:24, 1901:5, 1901:14, 1901:17, 1901:18, 1901:19, 1901:25, 1902:1, 1902:7, 1902:10, 1902:12, 1902:13, 1902:16, 1902:22, 1903:1, 1903:16, 1903:24, 1904:2, 1904:5, 1904:12, 1905:4, 1905:9, 1905:12, 1905:18, 1905:22, 1905:23, 1906:9, 1906:18, 1906:23, 1907:1, 1907:5, 1907:16, 1907:21, 1908:5, 1908:15, 1908:23, 1909:3, 1909:7, 1909:15, 1909:16, 1910:1, 1910:5, 1910:6, 1910:8, 1910:13, 1910:20, 1910:24, 1912:1, 1912:10, 1912:18, 1913:15, 1913:25, 1914:3, 1914:20, 1916:25, 1917:6, 1917:7, 1917:18, 1917:23, 1917:24, 1918:2, 1918:10, 1918:25, 1920:3, 1921:12, 1921:14, 1922:3, 1922:24, 1923:17, 1923:21, 1924:14, 1924:15, 1924:19, 1924:20, 1925:1, 1925:4, 1925:22, 1926:4, 1926:6, 1926:7, 1926:8, 1927:11, 1927:15, 1929:2, 1930:13, 1931:22, 1931:23, 1932:6, 1932:23, 1932:25, 1934:8, 1934:19, 1934:22, 1935:4, 1935:10, 1935:14, 1935:25, 1936:1, 1936:7,

1936:10, 1936:14, 1936:22, 1937:1, 1937:3, 1937:8, 1937:19, 1937:21, 1937:22, 1938:3, 1938:6, 1938:23, 1939:7, 1939:11, 1939:14, 1940:9, 1940:14, 1940:23, 1941:6, 1941:16, 1941:22, 1942:3, 1942:4, 1942:12, 1942:24, 1943:4, 1944:11, 1945:10, 1945:12, 1945:17, 1945:25, 1946:3, 1946:5, 1946:12, 1946:18, 1947:6, 1947:12, 1947:19, 1947:20, 1947:24, 1947:25, 1948:3, 1948:5, 1948:6, 1948:18, 1949:10, 1949:13, 1949:14, 1949:15, 1949:24, 1950:5, 1950:7, 1950:21, 1950:22, 1951:1, 1951:10, 1951:12, 1951:15, 1951:21, 1951:23, 1952:9, 1952:18, 1952:20, 1952:24, 1953:4, 1953:19, 1954:19, 1954:23, 1955:7, 1955:13, 1955:16, 1957:2, 1957:9, 1958:8

**INANITY** [1] - 1922:20

**INBOARD** [1] - 1952:4

**INCLUDE** [5] - 1898:17, 1927:19, 1932:14, 1932:15, 1945:10

**INCLUDED** [1] - 1945:14

**INCLUDES** [1] - 1914:7

**INCLUDING** [1] - 1898:11

**INCOMPLETE** [3] - 1943:13, 1944:3, 1944:4

**INCONVENIENCE** [1] - 1874:2

**INCREASED** [2] - 1901:22, 1918:14

**INDEED** [1] - 1924:17

**INDEPENDENT** [1] - 1933:15

**INDICATE** [1] - 1940:8

**INDICATED** [3] - 1898:18, 1911:15, 1917:19

**INDICATES** [1] - 1898:9

**INDICATING** [3] - 1881:15, 1910:20, 1938:11

**INDICATING)** [3] - 1880:9, 1910:7, 1910:24

**INDICATION** [1] - 1932:12

**INDICATOR** [1] - 1946:14

**INDICTED** [1] - 1926:15

**INDIRECT** [1] - 1918:10

**INDIVIDUAL** [4] - 1885:5, 1892:25, 1894:20, 1904:11

**INDIVIDUALLY** [1] - 1953:17

**INDIVIDUALS** [2] - 1876:4, 1891:12

**INDUSTRIAL** [4] - 1883:21, 1909:14, 1910:11, 1911:6

**INDUSTRY** [3] - 1891:10, 1891:13, 1892:8

**INFORM** [1] - 1890:23

**INFORMATION** [2] - 1893:21, 1919:13

**INFORMED** [5] - 1873:10, 1886:15, 1891:1, 1892:25, 1893:6

**INPUT** [2] - 1883:8, 1932:19

**INSENSITIVE** [2] - 1946:13, 1946:14

**INSTANCE** [1] - 1924:20

**INSTRUCTIONS** [1] - 1874:18

**INSTRUMENTAL** [1] - 1891:3

**INSURERS** [1] - 1870:22

**INTEREST** [1] - 1946:9

**INTERESTING** [1] - 1875:24

**INTERMEDIATE** [2] - 1895:4, 1915:5

**INTERNATIONAL** [1] - 1903:20

**INTO** [21] - 1875:25, 1878:2, 1883:10, 1884:19, 1885:17, 1890:11, 1902:14, 1922:19, 1934:25, 1935:1, 1935:22, 1935:23, 1936:2, 1938:24, 1940:18, 1941:14, 1948:23, 1955:14, 1955:15, 1957:3, 1957:14

**INTRUSION** [4] - 1884:15, 1892:21, 1895:3, 1915:5

**INVOLVED** [3] - 1895:8, 1913:25, 1953:14

**IS** [250] - 1873:10, 1873:11, 1873:12, 1874:20, 1874:25, 1875:2, 1875:3, 1875:4, 1875:6, 1875:7, 1875:8, 1875:10, 1875:11, 1875:16, 1875:22, 1875:23, 1876:17, 1876:19, 1876:22, 1878:5, 1878:20, 1879:11, 1879:17, 1879:24, 1880:11, 1880:19, 1881:9, 1882:18, 1882:19, 1882:25, 1886:8, 1887:6, 1887:12, 1887:14, 1887:21, 1888:4, 1888:12, 1888:15, 1891:21, 1891:23, 1892:2, 1894:19, 1896:8, 1896:14, 1897:24, 1898:1, 1898:5, 1899:10, 1899:20, 1899:24, 1899:25, 1900:5, 1900:12, 1900:22, 1901:7, 1901:13, 1901:17, 1903:9, 1904:9, 1904:14, 1904:16, 1905:5, 1907:6, 1907:7, 1908:14, 1908:16, 1908:18, 1908:21, 1909:18, 1910:5, 1910:8, 1910:10, 1910:12, 1910:22, 1911:21, 1912:21, 1913:22,

1914:9, 1914:14, 1914:17, 1915:2, 1915:7, 1915:10, 1915:18, 1916:17, 1916:19, 1917:1, 1917:5, 1917:7, 1917:8, 1918:1, 1918:2, 1918:5, 1919:3, 1920:9, 1920:18, 1921:5, 1921:9, 1921:11, 1921:14, 1921:17, 1921:18, 1922:25, 1923:19, 1924:25, 1925:4, 1927:9, 1928:8, 1928:22, 1929:3, 1929:8, 1929:9, 1929:15, 1929:21, 1930:3, 1930:6, 1930:10, 1930:15, 1930:21, 1931:8, 1931:9, 1931:11, 1931:14, 1931:16, 1931:22, 1932:5, 1932:6, 1932:11, 1932:17, 1932:18, 1932:19, 1932:23, 1933:1, 1933:5, 1933:22, 1934:5, 1934:6, 1935:5, 1935:10, 1935:11, 1935:12, 1935:21, 1935:23, 1936:14, 1936:15, 1936:16, 1936:20, 1936:22, 1936:25, 1937:6, 1937:7, 1937:15, 1937:17, 1937:22, 1937:23, 1938:4, 1938:6, 1938:12, 1938:22, 1939:1, 1939:6, 1939:11, 1939:12, 1940:5, 1940:7, 1940:10, 1940:12, 1940:18, 1940:23, 1941:2, 1941:11, 1941:13, 1941:18, 1943:20, 1943:22, 1945:1, 1945:2, 1945:6, 1945:7, 1945:9, 1945:15, 1945:16, 1946:8, 1946:9, 1946:12, 1946:13, 1946:18, 1946:23, 1947:7, 1947:10, 1947:20, 1947:21, 1947:25, 1948:7, 1948:21, 1948:25, 1949:12,

1949:13, 1949:16, 1949:17, 1949:18, 1949:25, 1950:4, 1950:12, 1950:13, 1950:16, 1950:17, 1950:21, 1950:23, 1950:24, 1951:13, 1951:18, 1951:21, 1952:1, 1952:2, 1952:6, 1952:8, 1952:25, 1953:2, 1953:13, 1955:4, 1955:6, 1955:11, 1955:15, 1956:9, 1956:12, 1956:14, 1956:18, 1957:9, 1958:7

**ISN'T** [4] - 1913:10, 1913:23, 1917:21, 1918:15

**ISSUE** [4] - 1892:23, 1902:16, 1904:22, 1906:17

**ISSUES** [4] - 1899:12, 1899:21, 1902:24, 1904:14

**IT** [262] - 1874:10, 1875:11, 1876:7, 1877:3, 1878:10, 1879:17, 1879:18, 1879:20, 1879:22, 1880:14, 1880:19, 1880:23, 1880:24, 1881:6, 1881:7, 1881:13, 1881:14, 1881:16, 1881:22, 1883:6, 1883:10, 1883:18, 1883:20, 1883:24, 1884:14, 1884:17, 1884:18, 1884:22, 1884:24, 1885:14, 1885:17, 1885:19, 1885:20, 1886:8, 1886:24, 1887:23, 1887:25, 1888:6, 1888:16, 1888:18, 1888:19, 1888:20, 1888:21, 1888:22, 1889:9, 1889:12, 1890:4, 1890:18, 1890:19, 1891:7, 1892:22, 1892:23, 1893:1, 1893:9, 1893:24, 1893:25, 1894:19, 1894:22, 1894:23, 1894:24, 1895:3, 1895:7, 1895:10, 1895:11, 1896:2, 1896:3, 1896:6, 1897:9, 1898:9,

1898:15, 1898:18, 1898:24, 1899:6, 1899:16, 1899:20, 1899:23, 1900:1, 1900:2, 1900:20, 1900:24, 1901:1, 1901:3, 1901:10, 1901:17, 1901:22, 1902:12, 1902:14, 1902:18, 1902:19, 1903:2, 1904:8, 1904:19, 1905:13, 1905:14, 1906:2, 1906:13, 1906:15, 1906:25, 1907:3, 1907:13, 1908:8, 1909:2, 1909:4, 1909:7, 1909:8, 1909:20, 1909:23, 1910:17, 1911:2, 1911:3, 1911:5, 1911:6, 1911:24, 1912:3, 1912:4, 1912:7, 1912:11, 1912:24, 1912:25, 1914:3, 1914:16, 1915:21, 1916:3, 1916:17, 1916:19, 1917:5, 1917:7, 1917:12, 1917:21, 1918:3, 1918:15, 1918:16, 1918:19, 1918:20, 1918:21, 1918:22, 1919:5, 1919:6, 1919:8, 1919:16, 1919:19, 1919:24, 1920:9, 1920:17, 1920:23, 1921:1, 1921:10, 1921:20, 1921:21, 1921:23, 1922:4, 1922:23, 1922:25, 1923:4, 1923:5, 1923:10, 1923:11, 1925:1, 1925:11, 1925:13, 1925:15, 1925:18, 1925:21, 1925:22, 1927:5, 1927:12, 1927:22, 1928:16, 1928:17, 1929:14, 1929:18, 1929:20, 1930:1, 1930:11, 1930:18, 1930:19, 1930:20, 1931:1, 1931:3, 1931:17, 1931:20, 1932:18, 1932:22, 1934:1, 1934:2, 1934:25, 1935:12, 1936:23, 1936:24, 1937:4, 1937:5,

1937:14, 1938:8, 1938:12, 1938:13, 1938:14, 1938:15, 1939:5, 1939:10, 1939:11, 1940:3, 1940:13, 1942:21, 1943:13, 1943:14, 1943:25, 1946:8, 1947:21, 1947:25, 1948:1, 1948:18, 1950:17, 1951:19, 1953:2, 1953:10, 1953:23, 1954:8, 1954:9, 1954:10, 1954:11, 1954:13, 1955:4, 1955:7, 1955:8, 1955:11, 1955:12, 1955:13, 1955:19, 1955:20, 1955:22, 1956:3, 1956:11, 1956:13, 1957:3

**IT'LL** [4] - 1879:18, 1909:22, 1918:22

**IT'S** [60] - 1873:21, 1875:24, 1878:24, 1879:12, 1880:9, 1881:15, 1881:16, 1888:5, 1890:10, 1891:22, 1896:24, 1897:1, 1902:19, 1903:20, 1904:14, 1904:15, 1904:17, 1904:23, 1906:4, 1907:12, 1908:21, 1910:7, 1912:5, 1913:9, 1913:13, 1916:9, 1919:11, 1920:11, 1925:12, 1925:16, 1925:17, 1925:19, 1926:11, 1926:25, 1931:2, 1931:3, 1931:23, 1933:7, 1933:9, 1937:23, 1938:19, 1939:2, 1939:9, 1939:24, 1940:22, 1941:20, 1942:2, 1942:5, 1942:9, 1949:2, 1954:24, 1956:1, 1956:21, 1957:9

**ITS** [3] - 1873:18, 1891:13, 1937:7

**ITSELF** [7] - 1887:20, 1887:21, 1888:4, 1889:6, 1902:13, 1911:8, 1933:4

**IV** [1] - 1916:10

**IWW** [1] - 1885:17

## J

**J** [8] - 1871:1, 1872:4, 1874:7, 1874:11, 1874:14, 1876:14, 1919:2, 1920:20

**JAMES** [2] - 1870:1, 1871:8

**JANUARY** [1] - 1953:21

**JEFFERSON** [2] - 1870:2, 1916:15

**JEFFREY** [1] - 1871:6

**JOB** [1] - 1926:3

**JOG** [1] - 1906:2

**JOHN** [4] - 1871:12, 1875:10, 1916:15, 1919:2

**JOHNSTON** [1] - 1919:3

**JOINING** [1] - 1886:6

**JONATHAN** [1] - 1869:19

**JOSEPH** [2] - 1869:16, 1869:16

**JOSHUA** [1] - 1870:15

**JR** [9] - 1869:8, 1870:5, 1870:12, 1870:18, 1870:18, 1871:5, 1871:8, 1872:4, 1874:7

**JUDGE** [12] - 1869:8, 1876:2, 1878:18, 1880:7, 1887:9, 1908:17, 1909:17, 1925:10, 1925:25, 1926:8, 1926:18, 1927:6

**JULY** [6] - 1897:16, 1898:6, 1916:25, 1945:3, 1945:7, 1945:9

**JUNIOR** [4] - 1874:3, 1874:11, 1874:14, 1876:14

**JURISDICTION** [6] - 1903:1, 1903:14, 1903:15, 1903:16, 1903:19, 1903:21

**JUROR** [9] - 1882:14, 1887:6, 1887:10, 1887:11, 1889:23, 1890:12, 1892:14, 1893:3, 1893:21

**JURORS** [1] -

1882:20
**JURY** [7] - 1882:10,
1882:15, 1882:18,
1882:19, 1883:12,
1918:1, 1918:5
**JUST** [62] - 1873:14,
1873:16, 1875:20,
1875:21, 1878:4,
1878:13, 1878:15,
1879:18, 1879:21,
1881:6, 1881:7,
1884:18, 1891:19,
1896:24, 1897:20,
1897:22, 1907:12,
1909:25, 1910:3,
1911:2, 1911:10,
1912:11, 1912:14,
1912:20, 1915:21,
1916:3, 1918:16,
1922:22, 1926:18,
1926:21, 1927:10,
1927:14, 1936:23,
1937:19, 1938:9,
1938:10, 1939:6,
1939:20, 1939:25,
1940:10, 1942:14,
1943:16, 1944:14,
1944:19, 1945:16,
1945:25, 1946:23,
1947:14, 1947:16,
1948:1, 1949:9,
1949:11, 1951:7,
1952:5, 1952:6,
1952:22, 1955:8,
1956:2, 1956:21,
1957:9, 1957:13
**JUSTICE** [1] - 1871:4
**JUSTIFIABLE** [1] -
1917:8
**JUSTIFY** [1] -
1919:20
**JUSTIFYING** [2] -
1894:22, 1925:15
**JX** [9] - 1875:3,
1905:3, 1927:20,
1927:21, 1929:9,
1930:4, 1939:23,
1940:10, 1942:24

# K

**K** [2] - 1871:9,
1871:11
**KALIMAH** [1] -
1871:6
**KARA** [1] - 1871:9
**KAREN** [3] -
1871:15, 1958:5,
1958:13
**KATRINA** [11] -
1907:17, 1907:21,

1907:23, 1911:24,
1925:2, 1925:13,
1925:14, 1925:24,
1933:2, 1933:11,
1946:9
**KATRINA-AS-IS** [1] -
1946:9
**KEA** [1] - 1869:20
**KEEP** [2] - 1891:3,
1947:13
**KEEPING** [1] -
1911:4
**KELLS** [1] - 1871:7
**KEMP** [7] - 1872:9,
1927:9, 1927:12,
1928:5, 1928:13,
1944:25
**KEMP'S** [1] -
1927:15
**KENT** [1] - 1910:3
**KEPT** [4] - 1894:22,
1900:2, 1956:7
**KID** [2] - 1879:16,
1888:1
**KILLING** [1] -
1892:16
**KIND** [10] - 1878:10,
1879:16, 1881:16,
1888:5, 1893:15,
1910:3, 1939:2,
1948:16
**KNEW** [6] - 1883:4,
1890:6, 1905:16,
1906:20, 1906:21,
1921:10
**KNOW** [62] -
1875:24, 1878:24,
1879:13, 1880:2,
1881:7, 1883:21,
1884:4, 1886:2,
1886:4, 1892:10,
1893:15, 1893:16,
1896:6, 1896:23,
1896:24, 1903:10,
1904:23, 1905:2,
1905:11, 1906:18,
1911:4, 1911:5,
1913:13, 1919:8,
1919:13, 1919:21,
1920:3, 1921:6,
1921:23, 1921:24,
1922:25, 1924:25,
1925:12, 1925:16,
1925:17, 1925:18,
1925:25, 1926:7,
1926:11, 1929:17,
1932:2, 1932:5,
1932:8, 1933:12,
1936:5, 1937:21,
1937:25, 1938:10,

1939:2, 1939:9,
1939:23, 1941:18,
1941:24, 1945:15,
1945:18, 1945:23,
1948:15, 1950:25,
1954:24, 1956:8,
1957:1
**KNOWING** [1] -
1926:17
**KNOWLEDGE** [13] -
1883:8, 1886:13,
1893:22, 1893:24,
1905:21, 1907:20,
1913:11, 1923:3,
1923:7, 1923:21,
1924:4, 1924:8,
1926:6
**KNOWN** [2] -
1925:13, 1932:9

# L

**L** [1] - 1916:15
**LA** [21] - 1869:17,
1869:21, 1870:3,
1870:6, 1870:10,
1870:13, 1870:16,
1870:20, 1871:3,
1875:11, 1887:14,
1887:16, 1887:17,
1887:19, 1887:20,
1888:15, 1888:17,
1888:24, 1889:15
**LABELED** [1] -
1916:10
**LACKS** [1] - 1896:22
**LAFAYETTE** [1] -
1870:3
**LAG** [1] - 1946:10
**LAKE** [12] - 1880:18,
1880:20, 1880:21,
1880:22, 1880:24,
1881:23, 1895:5,
1904:16, 1905:10,
1907:8, 1915:6,
1917:7
**LAND** [6] - 1881:16,
1889:18, 1894:24,
1901:22, 1915:10,
1918:9
**LANDRIEU** [1] -
1916:16
**LANDS** [1] - 1876:4
**LANDSCAPE** [1] -
1954:24
**LANDWARD** [1] -
1933:7
**LANGUAGE** [2] -
1914:8, 1914:25
**LAPTOP** [1] - 1891:6
**LARGE** [4] -

1882:11, 1882:17,
1888:6, 1908:8
**LARGER** [1] -
1955:11
**LAST** [4] - 1875:17,
1934:13, 1936:20,
1941:20
**LATER** [7] - 1883:23,
1884:17, 1886:12,
1911:4, 1911:10,
1945:17, 1955:8
**LATTIMORE** [2] -
1910:2
**LAW** [7] - 1869:16,
1869:19, 1870:4,
1870:7, 1870:18,
1930:22, 1943:1
**LAWN** [1] - 1869:23
**LAWYER'S** [1] -
1870:8
**LEARN** [2] - 1882:22,
1883:15
**LEARNED** [1] -
1882:25
**LEAST** [1] - 1932:3
**LEFT** [4] - 1889:7,
1920:17, 1921:11,
1934:7
**LEGAL** [1] - 1876:6
**LEGISLATIVE** [4] -
1882:20, 1882:21,
1895:7, 1895:10
**LESS** [5] - 1907:5,
1938:4, 1938:10,
1938:14, 1938:17
**LESSEN** [1] - 1884:8
**LET** [17] - 1897:17,
1901:1, 1902:6,
1905:25, 1906:25,
1907:3, 1919:12,
1919:17, 1922:22,
1923:22, 1924:24,
1925:13, 1927:2,
1935:25, 1945:11,
1954:13, 1955:24
**LET'S** [11] - 1876:9,
1882:24, 1910:6,
1916:22, 1922:19,
1928:17, 1933:21,
1936:16, 1942:23,
1945:25, 1956:6
**LETTERING** [1] -
1944:12
**LEVEE** [21] - 1905:9,
1906:25, 1907:9,
1911:14, 1912:6,
1914:9, 1935:22,
1936:13, 1950:11,
1951:5, 1951:22,
1955:5, 1955:7,

1955:10, 1956:6,
1956:11, 1956:14,
1956:18, 1956:22,
1957:10
**LEVEE'S** [1] -
1956:22
**LEVEES** [24] -
1911:7, 1911:9,
1924:21, 1933:9,
1933:16, 1934:7,
1935:25, 1942:10,
1942:21, 1951:15,
1951:23, 1952:5,
1952:7, 1952:11,
1952:12, 1953:5,
1953:10, 1954:15,
1954:20, 1955:1,
1955:21, 1956:13,
1957:5, 1957:7
**LEVELED** [1] -
1911:24
**LEVINE** [29] -
1871:8, 1872:10,
1927:25, 1928:4,
1928:12, 1930:25,
1931:4, 1934:3,
1934:4, 1934:13,
1934:15, 1934:17,
1936:19, 1936:21,
1940:2, 1940:4,
1943:2, 1943:3,
1944:22, 1944:24,
1945:5, 1948:9,
1951:8, 1954:11,
1954:14, 1956:19,
1956:20, 1957:15,
1957:18
**LEWIS** [1] - 1883:20
**LIED** [1] - 1883:18
**LIFE** [4] - 1875:8,
1877:15, 1884:6,
1917:5
**LIFELONG** [1] -
1893:20
**LIFETIME** [4] -
1877:10, 1877:14,
1882:2, 1901:13
**LIGHT** [2] - 1940:25,
1941:20
**LIGHTS** [2] -
1904:11, 1904:12
**LIKE** [38] - 1874:3,
1878:24, 1880:6,
1880:22, 1881:10,
1881:14, 1884:24,
1888:16, 1893:15,
1893:18, 1904:16,
1909:7, 1909:20,
1910:19, 1912:25,
1919:10, 1920:17,

1921:13, 1921:20, 1921:21, 1921:22, 1924:20, 1925:11, 1925:13, 1925:16, 1926:22, 1928:4, 1929:17, 1930:11, 1930:14, 1930:18, 1930:19, 1931:14, 1939:9, 1944:3, 1957:15

**LIKED** [1] - 1891:14

**LIMIT** [6] - 1902:25, 1903:4, 1903:13, 1955:19, 1955:20, 1957:5

**LIMITED** [2] - 1899:1, 1927:19

**LINE** [27] - 1876:20, 1905:1, 1905:15, 1905:20, 1907:7, 1908:19, 1908:20, 1910:15, 1910:16, 1928:20, 1928:22, 1930:6, 1931:6, 1931:7, 1939:8, 1944:16, 1944:19, 1946:8, 1950:4, 1950:14, 1950:16, 1950:17, 1950:20, 1954:6, 1954:7

**LINEAR** [3] - 1934:9, 1934:20, 1934:22

**LINES** [1] - 1922:22

**LINING** [1] - 1926:7

**LISTED** [1] - 1918:4

**LISTEN** [1] - 1923:25

**LITIGATION** [1] - 1871:1

**LITTLE** [24] - 1874:12, 1879:25, 1880:1, 1881:20, 1884:17, 1888:1, 1888:12, 1888:23, 1894:12, 1896:3, 1901:4, 1906:3, 1911:4, 1916:5, 1919:17, 1928:16, 1930:14, 1931:3, 1931:17, 1941:20, 1942:7, 1942:12, 1951:20, 1957:3

**LIVE** [1] - 1879:5

**LIVED** [7] - 1875:8, 1876:15, 1880:8, 1889:10, 1889:11, 1906:18, 1912:6

**LIVING** [3] - 1876:25, 1879:6, 1926:3

**LIVINGSTON** [1] - 1916:13

**LLC** [2] - 1870:4, 1870:22

**LOBES** [1] - 1907:8

**LOCAL** [1] - 1924:22

**LOCATED** [3] - 1876:17, 1908:16, 1911:14

**LOCATION** [2] - 1908:18, 1910:8

**LOCATIONS** [5] - 1933:24, 1943:4, 1945:12, 1946:10, 1948:21

**LOCKMASTER** [1] - 1928:22

**LOCKMASTER'S** [3] - 1929:3, 1929:7, 1929:12

**LOGGING** [3] - 1881:3, 1881:5, 1881:6

**LONG** [17] - 1876:15, 1877:9, 1877:13, 1882:12, 1882:14, 1885:8, 1885:9, 1885:14, 1886:24, 1895:25, 1896:2, 1896:17, 1900:2, 1903:23, 1911:23, 1912:1, 1956:22

**LONGER** [1] - 1951:20

**LOOK** [50] - 1880:22, 1882:4, 1885:16, 1887:17, 1894:1, 1894:11, 1897:17, 1899:20, 1899:22, 1906:6, 1913:21, 1914:19, 1916:22, 1918:1, 1918:22, 1919:10, 1920:21, 1920:23, 1920:25, 1921:8, 1921:21, 1929:5, 1929:7, 1930:3, 1930:18, 1932:11, 1933:21, 1934:18, 1935:3, 1935:13, 1936:9, 1936:16, 1936:25, 1937:1, 1937:4, 1937:14, 1937:20, 1939:1, 1942:23, 1942:24, 1943:14, 1943:16, 1943:17, 1944:2, 1946:4, 1947:20, 1952:16, 1952:20, 1954:10, 1956:2

**LOOKED** [6] - 1878:18, 1881:10,

1881:14, 1884:24, 1912:25, 1939:15

**LOOKING** [13] - 1878:11, 1881:8, 1882:5, 1883:19, 1898:5, 1898:9, 1902:17, 1907:1, 1909:15, 1910:6, 1918:3, 1927:11, 1955:16

**LOOKS** [13] - 1880:6, 1888:16, 1899:12, 1899:17, 1909:20, 1920:17, 1921:13, 1921:20, 1930:11, 1930:14, 1930:19, 1941:1, 1941:24

**LOS** [1] - 1869:14

**LOSING** [2] - 1938:21, 1941:4

**LOSS** [6] - 1894:24, 1901:11, 1901:22, 1904:6, 1915:10, 1918:9

**LOST** [3] - 1921:24, 1925:17, 1926:1

**LOT** [7] - 1890:18, 1891:14, 1932:17, 1936:5, 1938:1, 1955:10, 1957:12

**LOTS** [1] - 1927:7

**LOUISIANA** [14] - 1869:1, 1869:4, 1871:16, 1878:5, 1915:24, 1916:1, 1917:15, 1920:7, 1921:4, 1921:7, 1922:23, 1923:4, 1923:25, 1958:6

**LOUISIANA'S** [1] - 1916:12

**LOUTRE** [12] - 1875:11, 1887:14, 1887:16, 1887:17, 1887:19, 1887:20, 1888:15, 1888:17, 1888:24, 1889:16

**LOW** [1] - 1937:9

**LOWER** [10] - 1876:18, 1887:7, 1909:16, 1911:9, 1935:13, 1946:9, 1946:23, 1951:1, 1951:9, 1955:3

**LOYOLA** [1] - 1877:9

**LPV** [4] - 1931:22, 1947:22, 1950:21, 1956:6

**LUCILLE** [1] -

1909:25

**LUNCH** [1] - 1957:19

# M

**M** [4] - 1869:16, 1869:16, 1870:15, 1905:7

**MADE** [7] - 1885:10, 1886:16, 1906:13, 1909:7, 1919:14, 1933:5, 1953:2

**MAIN** [3] - 1870:16, 1933:10, 1955:15

**MAINTAINER** [1] - 1876:3

**MAINTENANCE** [1] - 1906:16

**MAJOR** [3] - 1917:7, 1920:18, 1921:12

**MAJORITY** [1] - 1888:20

**MAKE** [12] - 1886:14, 1891:8, 1899:3, 1906:25, 1909:22, 1925:11, 1926:3, 1927:22, 1938:25, 1945:25, 1951:9, 1957:8

**MAKES** [2] - 1894:25, 1927:12

**MAKING** [3] - 1892:1, 1955:10, 1955:17

**MAN** [2] - 1879:1, 1885:14

**MANIPULATIONS** [1] - 1952:9

**MANNER** [1] - 1917:19

**MANUALLY** [1] - 1934:1

**MANY** [10] - 1877:25, 1890:16, 1890:17, 1890:21, 1892:18, 1894:7, 1907:6, 1907:9, 1917:6, 1934:15

**MAP** [7] - 1875:4, 1875:7, 1880:5, 1880:7, 1885:16, 1941:8, 1956:2

**MARC** [1] - 1871:8

**MARITIME** [3] - 1891:10, 1891:13, 1892:8

**MARK** [5] - 1909:22, 1929:16, 1929:18, 1930:14, 1939:14

**MARKED** [6] - 1880:9, 1929:9,

1930:3, 1939:23, 1942:24, 1955:16

**MARKEDLY** [1] - 1950:22

**MARKER** [1] - 1906:12

**MARSH** [4] - 1878:25, 1879:1, 1881:1, 1902:23

**MARSHES** [2] - 1895:4, 1915:5

**MARY** [1] - 1916:15

**MATCHED** [1] - 1928:25

**MATERIAL** [1] - 1906:24

**MATTER** [13] - 1878:3, 1879:2, 1880:25, 1881:7, 1887:25, 1889:6, 1898:18, 1902:24, 1903:2, 1926:22, 1927:10, 1953:19, 1958:9

**MATTERS** [1] - 1873:19

**MAXIMUM** [1] - 1946:13

**MAY** [11] - 1889:11, 1894:8, 1898:2, 1898:3, 1926:10, 1927:23, 1938:5, 1945:7, 1954:13

**MAYBE** [3] - 1896:3, 1911:17, 1912:7

**MCCONNON** [1] - 1871:8

**ME** [40] - 1878:6, 1878:7, 1881:16, 1886:9, 1888:16, 1890:17, 1892:7, 1902:6, 1902:18, 1905:25, 1906:3, 1907:3, 1908:4, 1910:7, 1911:15, 1911:17, 1911:18, 1911:20, 1919:12, 1919:17, 1922:22, 1923:22, 1924:24, 1927:17, 1929:14, 1930:14, 1930:18, 1931:3, 1934:13, 1935:25, 1938:1, 1939:2, 1941:1, 1941:24, 1953:24, 1954:8, 1956:1, 1957:16

**MEAN** [32] - 1883:19, 1883:22, 1885:15, 1886:10, 1887:23,

1892:10, 1893:24, 1915:24, 1923:12, 1925:23, 1932:2, 1932:3, 1932:19, 1937:1, 1937:11, 1938:2, 1938:4, 1938:12, 1938:17, 1938:20, 1939:3, 1939:4, 1939:5, 1939:6, 1939:9, 1939:11, 1939:12, 1939:16, 1947:22, 1956:10, 1957:1, 1957:2

**MEANINGLESS** [1] - 1939:11

**MEANS** [4] - 1937:14, 1937:25, 1938:11, 1947:17

**MEASURES** [2] - 1884:8, 1895:12

**MECHANICAL** [1] - 1871:18

**MEETING** [24] - 1874:22, 1874:23, 1874:24, 1890:12, 1890:15, 1890:20, 1890:23, 1892:11, 1892:13, 1892:17, 1892:25, 1893:1, 1893:6, 1893:9, 1897:15, 1898:2, 1898:7, 1898:9, 1898:21, 1905:22, 1905:25, 1906:1, 1906:6, 1906:9

**MEETINGS** [18] - 1885:4, 1885:22, 1886:22, 1890:16, 1890:17, 1890:21, 1892:18, 1892:20, 1893:1, 1896:6, 1897:7, 1897:8, 1897:12, 1904:5, 1905:12, 1923:18, 1923:21, 1923:24

**MEMBER** [2] - 1896:11, 1896:15

**MEMBERS** [1] - 1918:21

**MEMBERSHIP** [1] - 1897:3

**MEMORANDA** [1] - 1905:5

**MEMORANDUM** [1] - 1905:5

**MEMORY** [2] - 1896:14, 1906:3

**MEN** [2] - 1921:18, 1921:25

**MENTIONED** [1] - 1910:13

**MERAUX** [1] - 1910:5

**METHOD** [1] - 1945:16

**MICHAEL** [3] - 1870:14, 1870:15, 1871:5

**MICHELE** [1] - 1871:7

**MIDDLE** [2] - 1921:13, 1932:6

**MIGHT** [5] - 1899:1, 1945:12, 1947:16, 1948:12, 1953:10

**MILE** [6] - 1887:22, 1888:20, 1906:12, 1907:6, 1907:7, 1908:19

**MILES** [1] - 1876:20

**MILL** [1] - 1889:21

**MILLER** [1] - 1871:9

**MIND** [2] - 1893:14, 1899:7

**MINOR** [1] - 1936:13

**MINUS** [1] - 1907:8

**MINUTE** [5] - 1875:20, 1891:19, 1897:20, 1897:22, 1954:8

**MINUTES** [17] - 1873:12, 1873:15, 1873:22, 1874:23, 1874:24, 1878:13, 1879:2, 1897:7, 1897:11, 1898:6, 1898:9, 1905:25, 1906:6, 1911:10, 1912:15, 1949:8

**MIRACLES** [1] - 1883:22

**MISSED** [2] - 1890:21, 1920:22

**MISSING** [1] - 1926:5

**MISSISSIPPI** [13] - 1876:23, 1882:23, 1895:12, 1903:17, 1903:19, 1906:11, 1915:13, 1917:5, 1917:17, 1919:20, 1924:1, 1924:6, 1951:22

**MISTAKE** [1] - 1938:25

**MISUNDERSTOOD** [1] - 1951:7

**MITIGATING** [1] - 1913:18

**MITSCH** [1] - 1871:9

**MODEL** [11] - 1932:9, 1932:16, 1932:17, 1932:18, 1932:19, 1932:24, 1933:1, 1933:4, 1949:14

**MODELING** [2] - 1939:24, 1949:15

**MODELLED** [1] - 1936:8

**MODELS** [3] - 1932:15, 1932:25, 1947:24

**MODIFICATION** [1] - 1898:11

**MONEY** [1] - 1903:9

**MONTH** [2] - 1896:3, 1912:7

**MONTHS** [2] - 1881:13, 1895:21

**MORE** [18] - 1881:14, 1895:1, 1896:3, 1901:4, 1904:8, 1909:2, 1909:16, 1931:17, 1932:5, 1935:4, 1937:9, 1941:23, 1943:6, 1946:7, 1949:17, 1953:13, 1957:10, 1957:17

**MORGAN** [1] - 1870:20

**MORNING** [19] - 1869:9, 1873:3, 1873:7, 1873:8, 1874:1, 1879:12, 1879:13, 1908:4, 1908:11, 1908:23, 1908:24, 1913:7, 1913:8, 1925:4, 1926:9, 1928:13, 1928:14, 1937:22

**MOST** [8] - 1875:12, 1887:11, 1907:5, 1917:19, 1932:8, 1937:6, 1938:1, 1943:7

**MOSTLY** [4] - 1887:12, 1892:22, 1892:23, 1953:3

**MOTHER** [2] - 1925:19, 1925:21

**MOUTH** [1] - 1924:15

**MOVE** [8] - 1876:9, 1890:11, 1909:11, 1910:14, 1926:22, 1927:22, 1940:25, 1941:19

**MOVED** [7] - 1878:4, 1909:1, 1950:5,

1950:10, 1955:5, 1956:6

**MOVING** [2] - 1905:22, 1955:10

**MR** [155] - 1872:5, 1872:6, 1872:7, 1872:10, 1873:8, 1873:9, 1873:10, 1873:14, 1873:17, 1873:20, 1874:1, 1874:3, 1874:17, 1874:19, 1875:7, 1875:10, 1875:15, 1875:16, 1875:17, 1875:18, 1875:21, 1875:22, 1876:1, 1876:8, 1876:11, 1876:12, 1876:21, 1876:25, 1878:16, 1880:2, 1882:7, 1884:5, 1886:14, 1888:1, 1888:2, 1888:10, 1888:11, 1888:14, 1891:14, 1891:16, 1891:17, 1891:20, 1891:21, 1891:24, 1892:4, 1892:5, 1892:7, 1892:8, 1892:10, 1894:12, 1896:22, 1897:1, 1897:2, 1897:24, 1898:4, 1898:5, 1898:15, 1898:21, 1898:24, 1899:16, 1900:7, 1901:2, 1901:4, 1901:9, 1905:3, 1905:22, 1906:4, 1906:5, 1906:10, 1907:3, 1907:4, 1907:16, 1907:19, 1909:24, 1910:2, 1912:13, 1912:20, 1912:24, 1913:3, 1913:6, 1913:7, 1913:9, 1914:7, 1914:16, 1914:20, 1915:15, 1916:5, 1916:8, 1916:18, 1916:21, 1917:24, 1918:15, 1919:7, 1919:11, 1920:2, 1920:3, 1920:11, 1920:12, 1920:16, 1920:23, 1920:25, 1921:2, 1921:3, 1921:16, 1922:1, 1922:5, 1922:7, 1922:9, 1922:21, 1923:1, 1923:2, 1923:6, 1925:6,

1925:8, 1926:20, 1926:21, 1926:25, 1927:4, 1927:9, 1927:19, 1927:25, 1928:4, 1928:5, 1928:12, 1929:8, 1930:25, 1931:4, 1934:3, 1934:4, 1934:13, 1934:15, 1934:17, 1936:19, 1936:21, 1940:2, 1940:4, 1943:2, 1943:3, 1944:22, 1944:24, 1945:5, 1948:9, 1951:8, 1953:23, 1954:1, 1954:11, 1954:14, 1956:19, 1956:20, 1957:15, 1957:18

**MRGO** [94] - 1871:1, 1874:21, 1874:22, 1874:24, 1875:1, 1875:5, 1876:3, 1877:1, 1877:18, 1877:23, 1884:7, 1884:9, 1884:10, 1884:21, 1885:6, 1885:10, 1886:6, 1886:16, 1890:14, 1890:22, 1892:15, 1893:8, 1893:23, 1894:21, 1894:25, 1895:5, 1895:17, 1895:22, 1897:3, 1898:6, 1898:11, 1898:13, 1898:17, 1899:8, 1900:6, 1900:10, 1900:13, 1900:21, 1901:11, 1901:18, 1901:23, 1902:7, 1902:11, 1902:13, 1902:23, 1903:13, 1904:3, 1904:6, 1904:10, 1904:12, 1905:23, 1909:7, 1911:11, 1913:10, 1913:18, 1914:8, 1914:9, 1914:13, 1914:14, 1914:25, 1915:7, 1915:10, 1917:9, 1917:18, 1917:23, 1918:11, 1918:14, 1918:18, 1923:9, 1924:12, 1925:14, 1931:11, 1931:14, 1933:6, 1933:17, 1935:3, 1936:3, 1936:4, 1941:6, 1941:10, 1941:19, 1941:25, 1942:7,

DAILY COPY

1943:18, 1943:19, 1944:6, 1944:7, 1948:13, 1949:5, 1952:13, 1955:8
**MUCH** [17] - 1881:7, 1883:11, 1883:13, 1883:18, 1903:7, 1903:8, 1907:5, 1924:22, 1924:23, 1928:7, 1931:23, 1937:10, 1937:14, 1941:13, 1952:6, 1955:12, 1956:1
**MULTIPLE** [1] - 1893:6
**MURDER** [1] - 1926:15
**MY** [24] - 1877:15, 1878:11, 1879:14, 1885:25, 1894:1, 1896:14, 1905:21, 1906:2, 1906:21, 1907:20, 1909:6, 1911:3, 1913:11, 1924:8, 1926:6, 1926:13, 1930:22, 1936:20, 1939:12, 1953:13, 1954:8, 1954:22, 1958:8
**MYSELF** [1] - 1909:10
**MYSTERIES** [1] - 1896:25

# N

**N** [2] - 1872:1, 1873:1
**NAME** [4] - 1874:9, 1874:15, 1876:12, 1920:14
**NAMED** [1] - 1934:7
**NATURALLY** [1] - 1879:15
**NATURE** [4] - 1881:2, 1925:19, 1925:21, 1938:12
**NAVIGABLE** [3] - 1892:23, 1903:7, 1903:16
**NAVIGATION** [4] - 1898:19, 1899:13, 1899:18, 1899:21
**NAVIGATIONAL** [2] - 1903:7, 1904:11
**NEAR** [1] - 1889:15
**NECESSARILY** [1] - 1955:9
**NECESSARY** [1] - 1917:17
**NEED** [4] - 1920:13,

1920:23, 1929:18, 1930:22
**NEEDED** [3] - 1886:13, 1894:17, 1926:9
**NEIGHBORHOOD** [1] - 1910:6
**NEIGHBORING** [1] - 1876:4
**NEVER** [14] - 1885:24, 1885:25, 1886:13, 1887:2, 1905:16, 1906:13, 1908:13, 1921:23, 1925:18, 1926:2, 1926:3
**NEW** [17] - 1869:4, 1869:17, 1869:21, 1870:6, 1870:24, 1871:3, 1871:16, 1891:6, 1900:14, 1905:6, 1908:20, 1910:15, 1919:1, 1926:10, 1926:11, 1936:9
**NEXT** [8] - 1895:21, 1900:19, 1900:25, 1903:22, 1917:12, 1918:11, 1920:18, 1939:12
**NICE** [1] - 1928:15
**NIGHT** [1] - 1879:13
**NINE** [1] - 1935:13
**NINTH** [6] - 1910:1, 1910:10, 1910:11, 1910:25, 1912:9, 1912:10
**NO** [48] - 1869:3, 1877:2, 1879:10, 1879:21, 1881:5, 1882:19, 1884:4, 1886:24, 1890:17, 1892:7, 1895:13, 1895:18, 1896:21, 1899:22, 1900:3, 1903:14, 1903:21, 1905:1, 1905:2, 1905:11, 1905:20, 1906:13, 1909:1, 1917:25, 1918:20, 1919:23, 1922:5, 1922:14, 1923:8, 1923:16, 1924:17, 1925:6, 1926:10, 1927:25, 1930:16, 1934:11, 1935:22, 1936:4, 1937:22, 1937:23, 1946:10, 1947:16, 1947:25, 1950:15, 1950:21,

1952:14, 1952:18, 1956:15
**NOBODY** [1] - 1891:7
**NODS** [1] - 1908:15
**NONE** [4] - 1905:15, 1932:15, 1932:23, 1949:24
**NORMALLY** [3] - 1909:3, 1918:23, 1924:20
**NORMAN** [1] - 1869:2
**NORTH** [3] - 1906:19, 1914:13, 1957:7
**NORTHERN** [1] - 1940:14
**NORTHWEST** [1] - 1909:2
**NOT** [61] - 1876:6, 1877:9, 1879:17, 1886:24, 1888:6, 1893:25, 1894:20, 1896:2, 1896:17, 1896:25, 1897:1, 1903:1, 1903:14, 1905:2, 1905:21, 1909:9, 1913:11, 1917:8, 1919:18, 1920:5, 1921:6, 1922:19, 1924:8, 1924:10, 1924:17, 1927:19, 1927:23, 1931:23, 1932:14, 1932:17, 1933:4, 1933:7, 1933:15, 1933:19, 1934:11, 1934:12, 1934:24, 1935:7, 1936:15, 1937:9, 1937:23, 1939:10, 1939:19, 1942:17, 1942:18, 1943:13, 1943:20, 1943:25, 1945:10, 1945:22, 1950:17, 1952:6, 1952:25, 1953:8, 1953:10, 1954:13, 1954:24, 1955:9
**NOTHING** [4] - 1883:22, 1887:23, 1921:22, 1938:22
**NOTICE** [3] - 1875:16, 1875:24, 1895:16
**NOTICED** [2] - 1878:9, 1909:14
**NOTIFIED** [2] - 1909:9, 1909:11

**NOTIFY** [1] - 1886:18
**NOW** [32] - 1876:6, 1882:5, 1883:24, 1884:4, 1889:14, 1894:25, 1898:24, 1904:11, 1904:12, 1904:19, 1905:22, 1907:12, 1907:16, 1924:15, 1930:1, 1930:6, 1940:11, 1940:16, 1941:6, 1941:14, 1943:17, 1944:4, 1945:19, 1946:4, 1946:15, 1948:10, 1949:9, 1950:3, 1951:18, 1952:22, 1956:11, 1957:16
**NUMBER** [3] - 1926:11, 1939:23, 1948:17
**NUMBERED** [1] - 1958:9
**NUMBERS** [16] - 1877:25, 1927:13, 1927:15, 1930:20, 1938:10, 1938:12, 1938:13, 1938:16, 1939:3, 1939:4, 1939:13, 1939:16, 1939:18, 1939:19
**NUMEROUS** [2] - 1892:19, 1923:17
**NY** [1] - 1870:24

# O

**O** [5] - 1870:2, 1870:19, 1871:12, 1873:1, 1874:16
**O'BRIEN** [1] - 1870:23
**O'CLOCK** [14] - 1879:11, 1879:13, 1926:8, 1930:21, 1931:3, 1937:8, 1937:15, 1937:21, 1937:22, 1937:23, 1937:24, 1938:3, 1939:16, 1957:17
**O'DONNELL** [2] - 1869:12, 1869:13
**OAK** [3] - 1869:23, 1878:22, 1887:23
**OBJECT** [1] - 1875:21
**OBJECTION** [8] - 1891:17, 1891:18, 1891:20, 1892:2, 1896:22, 1897:23, 1898:1, 1927:25

**OBJECTIONS** [1] - 1927:2
**OBLIGATION** [1] - 1895:11
**OBSERVATIONS** [3] - 1902:22, 1929:8, 1929:12
**OBSERVE** [1] - 1884:23
**OBTAIN** [1] - 1895:11
**OBTAINED** [1] - 1930:2
**OBVIOUS** [1] - 1956:24
**OBVIOUSLY** [9] - 1881:12, 1883:4, 1883:5, 1894:22, 1903:9, 1935:7, 1938:14, 1939:12, 1943:21
**OCCASION** [5] - 1877:18, 1883:15, 1892:6, 1892:24, 1893:5
**OCCUR** [2] - 1949:3, 1954:23
**OCCURRED** [2] - 1936:14, 1938:19
**OCCURRING** [1] - 1937:6
**OCCURS** [4] - 1931:24, 1933:7, 1946:21, 1947:1
**OCEANOGRAPHER** [1] - 1937:13
**OCTOBER** [1] - 1936:20
**OF** [433] - 1869:1, 1869:5, 1869:7, 1869:16, 1870:18, 1871:4, 1873:9, 1873:18, 1874:20, 1874:22, 1874:23, 1874:24, 1875:2, 1875:4, 1875:9, 1875:6, 1875:9, 1875:12, 1875:16, 1875:17, 1875:18, 1875:19, 1875:21, 1875:22, 1876:3, 1876:18, 1877:19, 1878:3, 1878:10, 1878:11, 1878:13, 1878:14, 1878:15, 1878:19, 1879:2, 1879:10, 1879:15, 1879:16, 1879:24, 1880:5, 1880:8, 1880:13, 1880:25,

1881:1, 1881:16,
1882:10, 1882:18,
1882:19, 1882:20,
1883:11, 1883:13,
1884:8, 1884:20,
1884:22, 1884:25,
1885:6, 1885:10,
1885:25, 1886:6,
1886:7, 1886:8,
1886:14, 1886:18,
1886:20, 1886:22,
1887:11, 1887:25,
1888:3, 1888:5,
1888:15, 1888:20,
1889:6, 1890:3,
1890:13, 1890:14,
1890:24, 1892:9,
1892:15, 1892:16,
1892:21, 1893:9,
1893:11, 1893:13,
1893:15, 1893:18,
1894:4, 1894:5,
1894:6, 1894:15,
1894:16, 1894:17,
1894:20, 1894:23,
1895:5, 1895:6,
1895:8, 1895:16,
1895:20, 1896:11,
1896:15, 1896:25,
1897:7, 1897:11,
1897:16, 1898:6,
1898:7, 1898:9,
1898:15, 1898:16,
1898:18, 1898:25,
1899:10, 1899:12,
1899:17, 1899:21,
1899:23, 1899:24,
1899:25, 1900:9,
1900:12, 1900:13,
1900:14, 1900:17,
1900:19, 1901:5,
1901:11, 1902:3,
1902:17, 1902:20,
1902:21, 1902:22,
1902:23, 1902:24,
1903:2, 1903:7,
1903:8, 1903:15,
1903:17, 1903:20,
1903:24, 1904:6,
1904:7, 1904:9,
1904:14, 1904:21,
1905:2, 1905:4,
1905:5, 1905:6,
1905:8, 1905:9,
1905:12, 1905:14,
1905:15, 1905:17,
1905:20, 1906:9,
1906:10, 1906:19,
1906:25, 1907:7,
1907:8, 1907:20,
1908:9, 1909:3,

1909:10, 1909:16,
1909:25, 1910:4,
1911:4, 1912:3,
1912:8, 1912:25,
1913:20, 1914:7,
1914:8, 1914:9,
1914:13, 1914:14,
1916:9, 1916:10,
1916:11, 1916:13,
1917:1, 1917:3,
1917:4, 1917:9,
1917:15, 1917:16,
1917:17, 1917:18,
1918:5, 1918:13,
1918:14, 1918:18,
1918:21, 1918:22,
1918:25, 1919:2,
1919:14, 1920:5,
1921:9, 1921:10,
1922:10, 1922:13,
1922:15, 1923:8,
1923:11, 1923:13,
1923:18, 1923:21,
1923:24, 1924:4,
1924:5, 1924:9,
1924:10, 1924:12,
1924:14, 1924:15,
1925:12, 1925:19,
1925:21, 1926:6,
1926:11, 1926:12,
1926:17, 1926:22,
1927:7, 1927:8,
1927:10, 1927:12,
1927:16, 1927:23,
1929:4, 1929:5,
1929:8, 1929:23,
1930:3, 1930:24,
1931:15, 1931:22,
1932:5, 1932:8,
1932:9, 1932:11,
1932:12, 1932:15,
1932:20, 1932:23,
1933:6, 1933:7,
1933:8, 1933:9,
1933:10, 1933:12,
1933:15, 1933:16,
1933:22, 1933:23,
1934:7, 1934:8,
1934:9, 1934:19,
1934:20, 1934:22,
1934:24, 1934:25,
1935:12, 1935:13,
1935:14, 1935:16,
1935:19, 1935:21,
1935:24, 1936:1,
1936:5, 1936:6,
1936:9, 1936:10,
1936:16, 1936:17,
1936:20, 1936:23,
1937:1, 1937:6,
1937:9, 1937:11,

1937:12, 1937:17,
1937:19, 1938:1,
1938:12, 1938:25,
1939:3, 1939:4,
1939:8, 1939:22,
1940:10, 1940:13,
1940:14, 1940:20,
1940:21, 1941:3,
1941:5, 1941:8,
1941:10, 1941:22,
1941:24, 1942:10,
1942:21, 1942:23,
1943:7, 1943:8,
1943:25, 1944:19,
1945:11, 1945:17,
1946:4, 1946:8,
1946:12, 1946:15,
1947:4, 1947:7,
1947:10, 1947:19,
1947:22, 1948:1,
1948:4, 1948:6,
1948:16, 1948:21,
1948:25, 1949:4,
1949:9, 1949:11,
1949:16, 1949:17,
1949:19, 1950:1,
1950:3, 1950:5,
1950:10, 1950:11,
1950:25, 1951:10,
1951:12, 1951:13,
1951:17, 1951:18,
1951:21, 1952:2,
1952:3, 1952:4,
1952:10, 1952:11,
1952:12, 1952:20,
1953:3, 1953:8,
1953:14, 1953:15,
1953:17, 1953:25,
1954:4, 1954:8,
1955:12, 1955:14,
1955:17, 1955:21,
1955:22, 1956:12,
1956:22, 1957:1,
1957:3, 1957:6,
1957:7, 1957:12,
1958:6, 1958:7,
1958:8

**OFF** [7] - 1884:18,
1911:24, 1920:13,
1921:14, 1944:10,
1949:19, 1951:14

**OFFER** [1] - 1874:19

**OFFICE** [7] -
1869:16, 1870:18,
1871:1, 1882:7,
1909:11, 1910:12,
1953:23

**OFFICER** [1] -
1913:15

**OFFICES** [1] -

1882:9

**OFFICIAL** [6] -
1871:15, 1883:14,
1885:19, 1894:19,
1958:5, 1958:14

**OFTEN** [1] - 1877:22

**OH** [8] - 1884:17,
1885:12, 1889:1,
1893:24, 1912:11,
1930:18, 1936:22,
1955:4

**OKAY** [51] - 1873:13,
1876:8, 1901:2,
1901:7, 1913:4,
1916:7, 1918:4,
1919:25, 1923:1,
1928:2, 1929:5,
1930:11, 1930:19,
1931:20, 1932:2,
1934:2, 1935:11,
1935:21, 1936:15,
1937:4, 1938:5,
1938:6, 1938:21,
1943:13, 1943:14,
1943:23, 1943:25,
1944:23, 1945:4,
1945:7, 1945:11,
1945:13, 1945:16,
1945:18, 1946:7,
1947:13, 1947:18,
1947:19, 1948:19,
1950:10, 1951:19,
1952:18, 1953:24,
1955:1, 1955:5,
1955:23, 1956:1,
1956:5

**OKEFENOKEE** [1] -
1878:21

**OLD** [4] - 1878:4,
1878:11, 1878:24,
1886:24

**ON** [132] - 1873:12,
1873:18, 1874:25,
1875:17, 1876:15,
1878:2, 1879:14,
1880:7, 1880:10,
1880:13, 1881:9,
1883:11, 1883:24,
1884:2, 1886:14,
1886:18, 1888:10,
1888:12, 1888:24,
1889:6, 1889:7,
1890:22, 1890:25,
1892:21, 1893:20,
1893:21, 1893:22,
1895:12, 1896:3,
1896:12, 1896:16,
1896:19, 1897:12,
1897:14, 1898:10,
1899:2, 1899:9,

1899:12, 1899:18,
1899:19, 1899:21,
1900:5, 1900:15,
1900:19, 1900:21,
1902:20, 1902:21,
1902:25, 1903:4,
1903:8, 1903:13,
1904:20, 1905:4,
1905:6, 1905:22,
1906:9, 1906:10,
1906:22, 1907:3,
1908:4, 1908:7,
1908:12, 1908:24,
1908:25, 1909:16,
1910:3, 1910:4,
1910:15, 1910:16,
1911:13, 1911:20,
1911:22, 1912:5,
1912:22, 1918:4,
1918:8, 1920:11,
1921:11, 1921:13,
1927:22, 1929:9,
1929:16, 1929:18,
1930:5, 1930:6,
1930:9, 1931:5,
1932:3, 1932:20,
1932:23, 1933:7,
1934:6, 1934:7,
1938:9, 1940:7,
1940:8, 1940:11,
1940:16, 1941:6,
1942:7, 1942:12,
1943:10, 1943:14,
1944:16, 1944:19,
1945:19, 1946:5,
1946:15, 1946:16,
1947:22, 1949:10,
1949:23, 1950:11,
1952:4, 1952:15,
1952:16, 1952:22,
1952:25, 1953:21,
1954:10, 1954:11,
1955:7, 1955:24,
1956:4, 1956:5,
1956:8, 1956:13,
1957:7

**ONCE** [1] - 1887:3,
1902:19

**ONE** [36] - 1879:10,
1879:12, 1879:13,
1886:22, 1891:14,
1893:16, 1894:7,
1894:8, 1895:9,
1896:25, 1902:16,
1902:24, 1904:14,
1904:18, 1907:13,
1908:8, 1909:16,
1911:16, 1913:15,
1913:20, 1914:19,
1918:1, 1920:5,
1921:17, 1923:22,

DAILY COPY

1924:24, 1925:10, 1927:10, 1930:22, 1936:22, 1941:18, 1944:14, 1952:1, 1954:12, 1956:2, 1957:17

**ONES** [3] - 1927:16, 1938:14, 1939:20

**ONLY** [13] - 1884:4, 1886:11, 1889:12, 1898:19, 1906:20, 1913:9, 1921:17, 1922:23, 1923:5, 1932:18, 1939:15, 1945:14, 1946:9

**ONSET** [4] - 1946:1, 1947:4, 1951:10, 1955:12

**ONSHORE** [1] - 1904:13

**OPEN** [8] - 1873:24, 1890:11, 1894:22, 1900:2, 1904:15, 1912:17, 1925:14, 1932:21

**OPENING** [2] - 1895:5, 1915:6

**OPERATIONS** [1] - 1917:18

**OPINION** [1] - 1933:9

**OPPONENT** [1] - 1891:22

**OPPOSED** [1] - 1945:17

**OR** [52] - 1877:22, 1878:14, 1878:19, 1878:21, 1880:17, 1883:9, 1884:8, 1885:10, 1886:2, 1886:15, 1887:6, 1889:15, 1890:2, 1892:14, 1892:24, 1893:2, 1893:6, 1893:13, 1895:11, 1895:15, 1900:4, 1901:7, 1904:18, 1904:19, 1904:25, 1905:6, 1905:8, 1906:12, 1906:14, 1906:16, 1907:5, 1910:14, 1911:8, 1911:10, 1913:15, 1913:17, 1923:21, 1924:1, 1926:8, 1926:23, 1931:23, 1932:3, 1932:25, 1938:7, 1943:14, 1944:2, 1948:22, 1952:20, 1954:13, 1955:3

**OR..** [1] - 1949:6

**ORDER** [1] - 1873:10

**ORIGINALLY** [1] - 1904:9

**ORLEANS** [21] - 1869:4, 1869:17, 1869:21, 1870:6, 1871:3, 1871:16, 1876:20, 1895:1, 1900:14, 1905:6, 1905:7, 1908:20, 1910:16, 1917:6, 1919:1, 1921:10, 1926:5, 1926:6, 1926:10, 1926:11, 1936:9

**OTHER** [21] - 1873:18, 1889:2, 1903:11, 1904:14, 1910:25, 1912:13, 1913:17, 1917:6, 1918:10, 1920:21, 1924:24, 1925:6, 1925:11, 1945:12, 1946:15, 1948:10, 1948:15, 1948:20, 1949:9, 1954:12, 1955:22

**OTHERS** [2] - 1875:12, 1898:11

**OTHERWISE** [4] - 1924:1, 1933:13, 1939:4, 1956:11

**OUR** [14] - 1875:18, 1895:14, 1903:1, 1903:14, 1915:23, 1915:25, 1916:3, 1924:21, 1932:11, 1932:12, 1941:12, 1941:18, 1941:19, 1956:7

**OUT** [45] - 1873:9, 1878:7, 1878:15, 1879:14, 1879:25, 1880:19, 1885:16, 1888:17, 1888:21, 1888:22, 1889:15, 1889:19, 1890:11, 1893:13, 1895:22, 1902:20, 1906:23, 1906:25, 1908:8, 1909:4, 1909:5, 1909:8, 1910:19, 1912:4, 1912:8, 1927:7, 1931:15, 1932:5, 1935:9, 1935:10, 1935:11, 1935:16, 1935:19, 1945:1, 1945:24, 1947:19, 1948:4,

1948:23, 1955:4, 1955:6, 1956:8, 1957:13

**OUTHOUSE** [1] - 1883:24

**OUTLET** [27] - 1876:23, 1882:23, 1883:9, 1883:16, 1883:25, 1884:3, 1884:12, 1884:18, 1887:4, 1890:2, 1890:3, 1890:5, 1894:5, 1894:6, 1894:17, 1895:12, 1903:18, 1903:19, 1906:11, 1915:13, 1917:5, 1917:18, 1919:20, 1922:13, 1923:19, 1924:2, 1924:6

**OUTLINES** [1] - 1941:22

**OUTSIDE** [3] - 1873:10, 1911:9, 1932:20

**OVER** [18] - 1894:7, 1903:16, 1903:19, 1911:18, 1913:14, 1913:16, 1923:17, 1925:3, 1926:5, 1931:15, 1932:1, 1935:23, 1941:3, 1947:21, 1948:1, 1949:20, 1956:21

**OVERRULED** [2] - 1892:2, 1898:2

**OVERTOPPING** [11] - 1932:10, 1932:12, 1934:8, 1934:18, 1934:24, 1935:4, 1935:7, 1935:14, 1935:21, 1935:25, 1936:10

**OWN** [1] - 1933:15

**OYSTER** [2] - 1877:16, 1890:7

**OYSTERS** [1] - 1890:8

---

# P

**P** [5] - 1870:1, 1870:2, 1870:19, 1871:12, 1873:1

**P.M** [1] - 1929:21

**P.O** [1] - 1870:9

**PAGE** [42] - 1876:7, 1896:5, 1897:6, 1900:4, 1900:12, 1900:19, 1907:1, 1907:2, 1912:22,

1912:25, 1913:1, 1915:12, 1916:9, 1916:10, 1916:11, 1917:12, 1918:8, 1921:8, 1929:8, 1930:3, 1930:5, 1930:6, 1933:22, 1936:17, 1940:10, 1941:5, 1941:6, 1942:23, 1943:1, 1943:8, 1944:20, 1946:4, 1949:11, 1950:3, 1954:6

**PAGE/LINE** [1] - 1872:3

**PAGES** [3] - 1939:22, 1943:12, 1943:24

**PAID** [1] - 1895:15

**PALMINTIER** [3] - 1870:14, 1870:15, 1870:15

**PAPER** [3] - 1886:5, 1929:17, 1929:18

**PARADISE** [1] - 1879:4

**PARAGRAPH** [6] - 1900:25, 1902:3, 1903:22, 1914:7, 1914:12, 1917:12

**PARAMETRIC** [1] - 1936:15

**PARIS** [4] - 1904:20, 1905:9, 1911:15, 1925:3

**PARISH** [58] - 1874:20, 1876:18, 1876:19, 1876:20, 1880:6, 1882:11, 1882:17, 1883:9, 1883:10, 1886:12, 1886:14, 1890:25, 1893:3, 1894:4, 1896:9, 1896:11, 1898:24, 1899:20, 1899:22, 1900:16, 1901:19, 1903:4, 1903:15, 1903:17, 1903:23, 1904:1, 1907:16, 1907:21, 1908:2, 1908:12, 1908:16, 1908:19, 1908:25, 1910:8, 1910:12, 1910:15, 1910:16, 1910:19, 1912:1, 1912:4, 1912:8, 1913:16, 1913:23, 1916:23, 1917:1, 1917:4, 1917:13, 1918:11,

1918:13, 1922:11, 1924:10, 1924:14, 1926:1, 1926:5, 1933:10, 1935:18

**PARISH'S** [2] - 1895:11, 1896:12

**PARISHES** [3] - 1895:1, 1917:7, 1917:15

**PART** [9] - 1876:18, 1920:12, 1920:13, 1932:11, 1933:7, 1945:17, 1952:11, 1952:12, 1953:8

**PARTICIPATE** [2] - 1890:12, 1905:22

**PARTICIPATED** [1] - 1923:17

**PARTICIPATING** [2] - 1899:2, 1905:18

**PARTICULAR** [5] - 1883:3, 1896:4, 1911:12, 1934:9, 1939:1

**PARTICULARLY** [2] - 1890:6, 1906:19

**PARTNER** [1] - 1924:19

**PARTS** [2] - 1890:8, 1890:9

**PARTY** [4] - 1891:22, 1905:1, 1905:15, 1905:20

**PASS** [2] - 1887:21, 1894:4, 1908:5

**PASSED** [16] - 1894:7, 1896:9, 1902:7, 1908:4, 1908:24, 1913:17, 1914:1, 1914:3, 1914:16, 1914:19, 1914:23, 1916:23, 1916:25, 1918:1, 1922:2, 1929:14

**PASSES** [2] - 1902:10, 1902:19

**PASSING** [2] - 1903:13, 1926:18

**PAST** [2] - 1923:17, 1926:4

**PAUL** [3] - 1871:6, 1871:8, 1872:9

**PEAK** [35] - 1908:10, 1929:1, 1929:2, 1929:4, 1929:20, 1942:7, 1942:12, 1942:14, 1942:15, 1942:20, 1946:2, 1946:18, 1946:21, 1946:23, 1947:1,

1947:21, 1948:12, 1949:3, 1949:6, 1949:7, 1949:8, 1951:1, 1951:9, 1951:10, 1952:15, 1952:25, 1953:2, 1955:2, 1956:9, 1957:11, 1957:13

**PEN** [1] - 1909:21

**PENALTY** [1] - 1954:4

**PEOPLE** [9] - 1889:13, 1891:3, 1895:14, 1906:22, 1911:22, 1921:22, 1926:2, 1926:4, 1926:6

**PER** [11] - 1890:9, 1934:9, 1934:20, 1934:22, 1937:3, 1937:12, 1937:16, 1940:9, 1941:1, 1941:25

**PERCEIVED** [1] - 1885:7

**PERCENT** [6] - 1933:14, 1935:14, 1935:24, 1936:1, 1936:3, 1936:9

**PEREZ** [1] - 1908:17

**PERIOD** [3] - 1911:5, 1912:3, 1951:14

**PERJURY** [1] - 1954:4

**PERMIT** [1] - 1927:17

**PERSON** [1] - 1921:11

**PERSONAL** [2] - 1884:6, 1885:18

**PERSONALLY** [2] - 1909:10, 1928:10

**PERSONNEL** [4] - 1885:4, 1892:15, 1893:6, 1893:7

**PERSONS** [3] - 1916:17, 1919:6, 1920:3

**PERTAINING** [1] - 1874:21

**PETER** [1] - 1871:10

**PHASE** [1] - 1895:22

**PHILEN** [1] - 1871:2

**PHOTOGRAPH** [5] - 1879:24, 1881:15, 1882:4, 1888:15, 1920:4

**PHYSICS** [1] - 1941:18

**PICTURE** [13] -

1875:6, 1875:9, 1875:10, 1880:5, 1881:12, 1909:16, 1919:10, 1921:9, 1940:5, 1953:8, 1953:9, 1953:10

**PIERCE** [1] - 1869:13

**PILE** [1] - 1956:13

**PILED** [1] - 1906:24

**PILES** [3] - 1953:6, 1953:11, 1954:16

**PILINGS** [4] - 1904:20, 1904:21, 1904:22, 1904:24

**PLACE** [9] - 1877:1, 1879:14, 1902:16, 1906:21, 1931:23, 1949:8, 1955:15, 1956:14

**PLACES** [4] - 1888:21, 1904:15

**PLAINTIFF** [1] - 1869:12

**PLAINTIFFS** [10] - 1872:3, 1873:8, 1874:3, 1874:19, 1928:5, 1933:1, 1942:6, 1942:11, 1949:14, 1952:14

**PLAINTIFFS'** [3] - 1939:24, 1943:5, 1943:9

**PLAN** [5] - 1898:16, 1899:10, 1924:5, 1924:7, 1924:11

**PLANNING** [1] - 1898:12

**PLANTS** [1] - 1878:19

**PLAQUEMINES** [2] - 1895:1, 1917:6

**PLAY** [3] - 1951:15, 1951:23, 1952:10

**PLAYER** [1] - 1899:10

**PLAYING** [2] - 1952:5, 1952:8

**PLAYS** [1] - 1952:9

**PLC** [1] - 1870:14

**PLEASE** [22] - 1873:5, 1873:25, 1874:6, 1874:9, 1876:13, 1879:23, 1879:25, 1880:10, 1880:19, 1881:8, 1888:9, 1892:4, 1894:11, 1896:5, 1897:6, 1902:4, 1912:18, 1920:12,

1922:18, 1922:19, 1930:5, 1943:12

**POINT** [22] - 1883:5, 1885:1, 1887:19, 1889:16, 1889:19, 1909:17, 1909:18, 1909:25, 1910:4, 1927:16, 1930:11, 1933:5, 1933:6, 1937:8, 1937:18, 1938:7, 1938:8, 1943:19, 1944:7, 1948:13, 1956:2, 1957:16

**POINTED** [1] - 1935:9

**POINTS** [3] - 1888:19, 1930:20, 1934:6

**POLDER** [2] - 1932:17, 1935:13

**POLICE** [17] - 1882:10, 1882:14, 1882:15, 1882:18, 1882:19, 1883:11, 1887:6, 1887:10, 1887:11, 1889:23, 1890:12, 1892:14, 1893:3, 1893:21, 1918:1, 1918:5

**POLICIES** [1] - 1899:1

**POLICY** [20] - 1874:21, 1874:22, 1895:20, 1895:22, 1895:25, 1896:11, 1896:12, 1896:16, 1896:20, 1898:6, 1898:18, 1899:2, 1899:6, 1899:7, 1899:11, 1900:10, 1900:21, 1904:2, 1905:18

**POND** [1] - 1878:14

**PONTCHARTRAIN** [1] - 1917:7

**PORT** [1] - 1903:15

**POSITION** [3] - 1900:21, 1918:6, 1926:13

**POSSIBLE** [1] - 1917:19

**POTENTIAL** [1] - 1890:24

**POWERPOINT** [1] - 1928:18

**POYDRAS** [2] - 1870:5, 1871:16

**PREDICTIONS** [1] - 1891:8

**PREDOMINANTLY** [1] - 1878:5

**PREPARE** [1] - 1900:17

**PREPARED** [2] - 1900:14, 1900:17

**PREPAREDNESS** [1] - 1909:10

**PRESENT** [6] - 1871:1, 1884:5, 1885:5, 1889:7, 1890:13, 1904:10

**PRESENTATION** [4] - 1886:15, 1928:18, 1933:21, 1936:16

**PRESENTED** [1] - 1886:7

**PRESIDENT** [7] - 1882:11, 1882:17, 1908:2, 1917:1, 1918:5, 1920:19, 1921:12

**PRETTY** [4] - 1907:5, 1927:12, 1929:1, 1929:2, 1935:8, 1941:13, 1946:20, 1948:4, 1949:2, 1955:7, 1956:24

**PREVIOUS** [2] - 1874:17, 1924:24

**PREVIOUSLY** [5] - 1910:1, 1910:2, 1927:3, 1940:13, 1952:13

**PRIMARILY** [1] - 1889:25

**PRIMARY** [3] - 1935:6, 1951:25, 1955:9

**PRIME** [2] - 1904:9, 1904:16

**PRIOR** [9] - 1875:22, 1877:18, 1884:6, 1885:5, 1885:18, 1886:9, 1886:12, 1894:19, 1919:22

**PRISTINES** [1] - 1925:20

**PRIVILEGE** [1] - 1952:23

**PROBABILITY** [1] - 1896:17

**PROBABLY** [9] - 1882:24, 1885:8, 1887:21, 1888:20, 1909:13, 1910:6, 1931:18, 1936:23

**PROBLEM** [5] - 1881:3, 1881:5,

1904:6, 1921:22, 1923:15

**PROBLEMS** [1] - 1892:15

**PROCEED** [2] - 1956:16, 1956:17

**PROCEEDINGS** [3] - 1869:7, 1871:18, 1958:8

**PROCESS** [3] - 1898:12, 1949:15, 1952:10

**PROCTOR'S** [2] - 1889:16, 1889:19

**PRODUCE** [1] - 1890:14

**PRODUCED** [2] - 1871:19, 1939:18

**PRODUCT** [1] - 1900:9

**PROGRAM** [1] - 1895:22

**PROGRESSIVE** [1] - 1884:19

**PROGRESSIVELY** [1] - 1884:14

**PROJECT** [4] - 1875:2, 1923:14, 1924:18, 1924:19

**PROJECTS** [2] - 1875:18, 1924:20

**PROMISED** [1] - 1883:22

**PROMISING** [1] - 1883:20

**PROMOTING** [1] - 1922:4

**PROPERLY** [1] - 1941:18

**PROPERTY** [1] - 1917:6

**PROTECTION** [6] - 1879:10, 1897:4, 1898:17, 1905:9, 1952:3, 1953:3

**PROVIDE** [3] - 1895:11, 1895:16, 1905:5

**PROVIDED** [1] - 1895:6

**PROVIDES** [2] - 1915:1, 1932:19

**PROVINCE** [2] - 1933:18, 1933:20

**PUBLIC** [6] - 1875:19, 1882:7, 1885:4, 1885:21, 1893:17, 1923:14

**PUBLISHED** [1] - 1886:5

**PULL** [14] - 1879:23, 1881:8, 1888:8, 1894:11, 1896:5, 1897:15, 1900:4, 1905:3, 1907:2, 1908:21, 1928:17, 1944:10, 1954:6, 1954:9

**PULLED** [1] - 1954:11

**PUMPED** [2] - 1912:4, 1912:8

**PUNCH** [1] - 1932:6

**PUNCTUATE** [1] - 1947:17

**PURPLE** [1] - 1950:4

**PURPOSE** [3] - 1894:15, 1894:16, 1905:5

**PURPOSES** [1] - 1912:25

**PURSUANT** [4] - 1895:19, 1895:23, 1896:8, 1900:20

**PUSH** [2] - 1878:13, 1888:10

**PUT** [21] - 1882:22, 1883:10, 1888:3, 1894:8, 1897:18, 1902:25, 1903:4, 1903:12, 1907:3, 1912:22, 1913:20, 1915:16, 1915:17, 1924:21, 1925:19, 1925:22, 1931:17, 1934:25, 1937:5, 1940:13

**PUTS** [2] - 1924:22

**PUTTING** [5] - 1889:7, 1908:23, 1939:8, 1941:14, 1942:11

**PX** [39] - 1874:20, 1874:21, 1874:22, 1874:24, 1874:25, 1875:1, 1875:4, 1875:5, 1875:7, 1875:8, 1875:10, 1879:23, 1881:8, 1881:9, 1882:5, 1888:15, 1914:19, 1919:11, 1926:25, 1927:1, 1927:13, 1927:15, 1927:19, 1927:20, 1927:21, 1930:4, 1933:23, 1936:17, 1942:24, 1949:12

# Q

**QUESTION** [11] - 1892:3, 1892:4, 1892:6, 1919:12, 1922:17, 1923:23, 1924:24, 1939:12, 1954:15, 1956:3, 1956:15

**QUESTIONED** [1] - 1906:17

**QUESTIONS** [4] - 1912:13, 1922:5, 1925:6, 1955:18

**QUICKLY** [1] - 1949:11

**QUITE** [6] - 1896:2, 1896:6, 1896:17, 1899:24, 1935:9, 1943:16

# R

**R** [6] - 1869:8, 1870:23, 1871:11, 1873:1, 1874:16

**R-O-D-R-I-G-U-E-Z** [1] - 1874:16

**RABBITS** [1] - 1889:2

**RAILROAD** [4] - 1889:15, 1889:17, 1889:19, 1910:18

**RAISE** [1] - 1874:6

**RAN** [2] - 1878:10, 1889:19

**RANGE** [3] - 1937:8, 1940:23, 1947:25

**RATE** [4] - 1947:7, 1947:10, 1948:21, 1948:25

**RATES** [1] - 1938:20

**RATHER** [3] - 1899:2, 1948:8, 1956:2

**RATIONAL** [1] - 1929:6

**REACH** [44] - 1904:6, 1931:23, 1935:19, 1935:21, 1935:25, 1938:24, 1940:14, 1940:15, 1940:16, 1940:18, 1940:20, 1940:25, 1941:7, 1941:10, 1941:19, 1941:25, 1942:7, 1942:13, 1948:10, 1948:23, 1949:4, 1949:24, 1950:19, 1951:15, 1951:23, 1952:5, 1952:7,

1952:14, 1952:17, 1952:20, 1952:22, 1952:25, 1955:8, 1955:15, 1955:19, 1955:20, 1956:8, 1956:10, 1956:23, 1957:5, 1957:9, 1957:14

**REACHES** [1] - 1931:22

**READ** [7] - 1892:4, 1901:7, 1918:16, 1922:10, 1922:12, 1944:12, 1944:25

**READING** [1] - 1875:21

**READS** [5] - 1916:11, 1917:3, 1917:13, 1918:12, 1918:25

**READY** [1] - 1875:23

**REAL** [3] - 1902:24, 1911:18, 1945:25

**REALITY** [3] - 1928:24, 1928:25, 1936:15

**REALLY** [9] - 1886:24, 1892:22, 1896:21, 1899:23, 1909:6, 1920:5, 1944:12, 1948:23, 1949:11

**REASON** [3] - 1911:7, 1923:8, 1955:20

**REASONABLE** [1] - 1903:6

**RECALL** [8] - 1883:3, 1892:1, 1897:9, 1897:19, 1899:19, 1902:16, 1923:5, 1933:5

**RECESS** [5] - 1873:16, 1873:23, 1912:14, 1912:16, 1957:19

**RECITE** [1] - 1927:14

**RECOGNIZE** [3] - 1915:15, 1920:5, 1921:17

**RECOLLECTION** [3] - 1898:7, 1906:7, 1907:2

**RECOMMEND** [2] - 1914:12, 1919:18

**RECOMMENDATIO N** [2] - 1923:11, 1923:22

**RECOMMENDATIO NS** [3] - 1899:12,

1899:18, 1899:21

**RECOMMENDED** [4] - 1900:1, 1919:21, 1919:23, 1922:12

**RECOMMENDING** [1] - 1900:2

**RECORD** [9] - 1874:10, 1876:13, 1913:1, 1927:11, 1927:15, 1927:22, 1940:10, 1951:9, 1958:8

**RECORDED** [3] - 1871:18, 1929:7, 1929:12

**RED** [3] - 1907:7, 1928:22, 1929:11

**REDIRECT** [3] - 1872:7, 1922:6, 1922:8

**REDUCE** [1] - 1914:13

**REDUCED** [1] - 1956:9

**REDUCTION** [1] - 1955:16

**REFER** [2] - 1893:13, 1954:12

**REFERENCE** [3] - 1909:25, 1910:4, 1955:19

**REFERRED** [4] - 1885:21, 1891:9, 1891:13, 1892:11

**REFERRING** [3] - 1894:8, 1907:2, 1931:12

**REFERS** [1] - 1891:4

**REFRESH** [2] - 1898:7, 1906:7

**REFRESHES** [1] - 1907:1

**REGARD** [4] - 1876:4, 1887:1, 1899:5, 1899:7

**REGARDING** [1] - 1898:16

**REGRET** [1] - 1939:8

**RELATED** [2] - 1898:12

**RELATIVELY** [1] - 1879:21

**RELOCATED** [1] - 1926:2

**REMAIN** [1] - 1912:1

**REMEDIAL** [2] - 1884:8, 1895:12

**REMEDIATE** [2] - 1924:5, 1924:12

**REMEDIATED** [1] -

1936:3

**REMEDIATION** [1] - 1924:11

**REMEMBER** [41] - 1877:3, 1879:7, 1879:9, 1879:11, 1880:17, 1880:23, 1881:3, 1883:17, 1883:19, 1886:23, 1886:25, 1888:18, 1889:13, 1890:15, 1891:12, 1893:17, 1896:19, 1897:15, 1898:13, 1898:21, 1899:14, 1905:25, 1906:1, 1906:2, 1906:6, 1906:9, 1907:10, 1912:4, 1935:6, 1935:10, 1935:22, 1936:15, 1937:6, 1938:5, 1938:22, 1941:12, 1952:1, 1953:19, 1953:22, 1956:5

**REMEMBERS** [1] - 1898:2

**REMOVE** [1] - 1939:13

**REMOVED** [1] - 1939:7

**REMOVING** [2] - 1942:6, 1952:13

**REPEATED** [1] - 1924:9

**REPORT** [30] - 1874:25, 1900:5, 1900:24, 1929:9, 1930:3, 1930:24, 1933:22, 1936:17, 1936:20, 1936:22, 1939:22, 1939:24, 1941:5, 1942:23, 1942:25, 1943:8, 1943:20, 1943:21, 1943:22, 1944:2, 1945:6, 1945:7, 1945:8, 1945:9, 1945:10, 1945:17, 1946:4, 1949:12, 1950:3

**REPORTER** [3] - 1871:5, 1958:5, 1958:14

**REPORTER'S** [1] - 1958:3

**REPRESENT** [1] - 1889:24

**REPRESENTATIVE** [2] - 1892:14, 1896:12

**REPRESENTATIVE**

DAILY COPY

**S** [2] - 1916:14, 1923:25

**REPRESENTED** [2] - 1915:25, 1954:1

**REPRESENTING** [1] - 1917:15

**REPRESENTS** [2] - 1929:11, 1930:6

**REQUEST** [3] - 1917:14, 1917:15, 1924:6

**REQUESTED** [1] - 1903:23

**REQUESTS** [3] - 1919:14, 1924:9

**RESIDENCE** [1] - 1894:25

**RESOLUTION** [28] - 1874:20, 1894:5, 1894:15, 1894:16, 1894:24, 1895:19, 1895:23, 1895:25, 1896:9, 1900:16, 1913:22, 1914:1, 1914:7, 1914:16, 1914:22, 1915:9, 1915:12, 1915:17, 1916:11, 1916:23, 1916:25, 1917:9, 1917:21, 1917:23, 1918:15, 1918:18, 1918:25, 1944:13

**RESOLUTIONS** [3] - 1894:7, 1913:17, 1922:11

**RESOLVED** [1] - 1917:12

**RESPECT** [1] - 1913:18

**RESPONDED** [1] - 1923:10

**RESPONSE** [11] - 1885:23, 1885:24, 1886:25, 1887:1, 1892:20, 1893:10, 1898:18, 1900:16, 1917:23, 1922:23, 1923:8

**RESPONSIBILITIES** [1] - 1898:25

**RESPONSIBILITY** [1] - 1900:21

**RESTAURANT** [1] - 1877:11

**RESULT** [1] - 1891:7

**RESULTED** [1] - 1918:11

**RESULTING** [2] - 1895:5, 1915:6

**RESULTS** [1] -

1938:9

**REVIEWS** [1] - 1906:8

**RICHARD** [1] - 1871:11

**RIDE** [3] - 1884:2, 1888:2, 1904:20

**RIDGE** [8] - 1875:11, 1887:17, 1887:21, 1888:15, 1888:17, 1888:25, 1889:6, 1889:16

**RIGHT** [124] - 1874:6, 1875:14, 1879:20, 1880:9, 1883:24, 1884:4, 1884:18, 1888:10, 1889:6, 1889:8, 1896:19, 1900:22, 1904:10, 1904:17, 1910:20, 1910:22, 1910:24, 1911:2, 1911:12, 1911:14, 1912:23, 1913:10, 1913:23, 1914:10, 1914:14, 1914:17, 1915:2, 1915:3, 1915:7, 1915:10, 1915:19, 1916:17, 1916:23, 1917:1, 1918:2, 1920:11, 1920:17, 1920:18, 1920:24, 1921:5, 1921:18, 1922:24, 1927:18, 1928:23, 1928:25, 1929:15, 1929:19, 1929:24, 1929:25, 1930:1, 1930:10, 1930:15, 1930:21, 1931:1, 1931:8, 1931:11, 1931:16, 1931:25, 1932:7, 1932:10, 1932:16, 1932:22, 1933:4, 1933:11, 1933:17, 1934:6, 1934:10, 1934:21, 1934:23, 1934:24, 1935:6, 1935:15, 1936:3, 1936:23, 1938:20, 1939:7, 1940:9, 1940:11, 1940:12, 1940:13, 1940:21, 1940:23, 1941:7, 1941:17, 1941:21, 1942:4, 1942:9, 1942:16, 1943:17, 1944:1, 1944:4, 1944:14, 1944:23, 1945:10, 1945:13,

1945:20, 1946:10, 1946:11, 1946:21, 1946:22, 1947:2, 1947:3, 1947:6, 1947:9, 1948:7, 1948:8, 1948:14, 1948:15, 1949:15, 1949:21, 1949:22, 1950:1, 1950:14, 1950:16, 1951:24, 1952:5, 1952:15, 1952:22, 1953:12, 1953:23, 1954:21, 1956:16, 1957:10

**RISE** [2] - 1947:7, 1948:21

**RIVER** [13] - 1876:23, 1882:23, 1895:12, 1903:17, 1903:19, 1906:11, 1915:13, 1917:5, 1917:17, 1919:20, 1924:1, 1924:6, 1951:22

**ROAD** [13] - 1876:14, 1876:15, 1876:17, 1876:19, 1880:11, 1889:8, 1889:9, 1904:20, 1905:10, 1911:13, 1911:14, 1911:15, 1925:3

**ROAR** [1] - 1879:15

**ROBERT** [2] - 1871:1, 1916:13

**ROBERTS** [1] - 1888:1

**ROBIN** [1] - 1871:10

**ROBINSON** [1] - 1869:2

**ROCK** [1] - 1888:3

**ROCKET** [3] - 1884:13, 1885:15, 1894:1

**RODRIGUEZ** [39] - 1872:4, 1873:9, 1873:10, 1874:3, 1874:7, 1874:11, 1874:14, 1875:16, 1875:22, 1876:12, 1876:14, 1876:21, 1876:25, 1878:16, 1880:2, 1882:7, 1888:11, 1894:12, 1898:5, 1898:24, 1900:7, 1905:3, 1905:22, 1907:16, 1913:7, 1913:9, 1914:7, 1914:16, 1915:15, 1916:18, 1917:24, 1918:15,

1919:7, 1920:3, 1921:16, 1922:1, 1925:8, 1926:20, 1928:5

**RODRIGUEZ'S** [2] - 1874:19, 1875:7

**ROEMER** [1] - 1919:3

**ROLE** [7] - 1951:15, 1951:23, 1952:5, 1952:6, 1952:8, 1952:9, 1952:10

**ROOF** [2] - 1911:22

**ROOM** [1] - 1871:16

**ROSEAU** [1] - 1881:1

**ROSEAUS** [1] - 1884:25

**ROUGE** [2] - 1870:10, 1870:16

**ROY** [5] - 1870:1, 1870:1, 1927:9, 1927:19, 1954:1

**RPR** [2] - 1871:15, 1958:13

**RUN** [6] - 1888:1, 1889:15, 1902:18, 1946:9, 1946:13, 1957:2

**RUNS** [1] - 1943:7

**RUPERT** [1] - 1871:9

**RUSSELL** [1] - 1920:19

**RUSSO** [3] - 1906:10, 1907:4, 1907:19

**RUSSO'S** [1] - 1907:3

**RUSTY** [1] - 1904:19

---

# S

**S** [3] - 1871:4, 1871:7, 1873:1

**S.W** [1] - 1870:12

**SAID** [22] - 1878:12, 1879:16, 1879:17, 1886:6, 1896:24, 1898:21, 1907:4, 1907:12, 1911:21, 1915:21, 1917:15, 1922:25, 1925:3, 1925:16, 1931:14, 1933:12, 1933:13, 1949:6, 1951:4, 1954:25, 1956:13

**SAKE** [1] - 1947:14

**SALINE** [2] - 1879:1

**SALINITY** [3] - 1890:7, 1892:15, 1901:18

**SALTWATER** [5] - 1879:3, 1884:15, 1892:21, 1895:3, 1915:4

**SAME** [14] - 1879:14, 1882:18, 1899:7, 1912:9, 1930:13, 1941:13, 1947:5, 1947:8, 1947:10, 1948:21, 1948:25, 1949:4, 1950:13, 1950:17

**SARAH** [1] - 1871:11

**SAT** [1] - 1912:10

**SAVE** [2] - 1876:7, 1948:11

**SAW** [4] - 1921:23, 1923:8, 1941:16, 1956:9

**SAY** [27] - 1880:15, 1881:19, 1887:21, 1888:5, 1888:16, 1888:19, 1888:24, 1889:12, 1890:19, 1891:9, 1892:11, 1892:25, 1893:21, 1895:10, 1899:9, 1908:8, 1909:11, 1911:3, 1911:25, 1917:2, 1928:25, 1936:22, 1940:23, 1942:14, 1944:12, 1948:5, 1956:6

**SAYING** [5] - 1935:1, 1937:19, 1947:13, 1951:18, 1954:25

**SAYS** [18] - 1894:24, 1895:3, 1898:15, 1898:24, 1899:16, 1900:24, 1900:25, 1901:10, 1901:17, 1901:22, 1902:5, 1903:23, 1905:5, 1917:21, 1918:15, 1919:5, 1920:17, 1946:8

**SCALE** [1] - 1940:8

**SCARED** [1] - 1879:16

**SCENARIO** [53] - 1930:6, 1933:25, 1934:5, 1934:10, 1934:19, 1934:22, 1935:4, 1935:5, 1935:15, 1935:25, 1936:1, 1936:2, 1936:4, 1936:10, 1936:14, 1937:2, 1937:3, 1937:11, 1938:3, 1938:17,

1939:7, 1939:14, 1940:6, 1941:7, 1941:16, 1942:3, 1942:4, 1945:14, 1946:1, 1946:8, 1946:10, 1946:18, 1946:23, 1947:4, 1948:14, 1948:20, 1949:4, 1949:23, 1950:4, 1950:7, 1950:13, 1950:16, 1950:17

**SCENARIOS** [10] - 1932:13, 1937:5, 1947:7, 1947:10, 1949:9, 1949:14, 1949:24, 1950:22, 1951:1, 1955:5

**SCHEDULING** [1] - 1928:6

**SCHEME** [1] - 1932:11

**SCHOOL** [6] - 1877:4, 1877:5, 1877:6, 1877:8

**SCIENCE** [1] - 1928:16

**SCIENTIFIC** [2] - 1918:9, 1918:12

**SCIENTIST** [3] - 1884:13, 1885:15, 1894:1

**SCREEN** [4] - 1909:22, 1944:10, 1954:10, 1954:11

**SEAFOOD** [1] - 1877:12

**SEATED** [3] - 1873:6, 1873:25, 1912:19

**SECOND** [19] - 1900:25, 1901:4, 1901:5, 1911:19, 1911:20, 1914:12, 1914:25, 1915:4, 1918:8, 1930:22, 1937:3, 1937:12, 1937:16, 1939:25, 1940:9, 1941:2, 1941:25, 1944:4, 1948:18

**SECTION** [6] - 1908:9, 1916:10, 1918:25, 1938:6, 1938:7, 1945:16

**SECTIONS** [1] - 1875:5

**SEE** [47] - 1878:14, 1878:23, 1881:15, 1882:24, 1884:13,

1884:15, 1885:16, 1894:1, 1901:3, 1904:11, 1907:1, 1910:6, 1910:7, 1910:25, 1920:14, 1921:1, 1921:20, 1921:22, 1923:22, 1925:18, 1928:15, 1931:3, 1935:13, 1935:24, 1937:1, 1937:15, 1940:16, 1940:22, 1941:6, 1941:8, 1941:10, 1941:12, 1941:22, 1943:4, 1943:8, 1943:10, 1943:12, 1944:17, 1945:25, 1947:21, 1948:23, 1950:4, 1950:22, 1952:21, 1954:22, 1954:24, 1955:16

**SEEING** [1] - 1911:10

**SEEK** [2] - 1903:4, 1956:3

**SEEKING** [1] - 1915:13

**SEEM** [3] - 1879:12, 1881:7, 1899:6

**SEEMS** [3] - 1929:19, 1929:20, 1929:22

**SENATOR** [11] - 1916:15, 1919:2, 1920:20, 1920:22, 1921:4, 1921:6, 1921:14, 1922:3

**SENATORS** [1] - 1916:2

**SENATORS'** [1] - 1923:7

**SENT** [14] - 1895:7, 1895:10, 1914:16, 1915:18, 1915:21, 1916:17, 1916:19, 1918:23, 1919:1, 1919:6, 1919:8, 1919:14, 1922:23, 1922:25

**SENTENCE** [6] - 1900:25, 1901:5, 1901:6, 1902:4, 1903:23, 1914:12

**SEPARATE** [2] - 1948:23, 1953:16

**SEPARATES** [1] - 1882:21

**SERIOUS** [1] - 1917:5

**SERVE** [1] - 1882:7

**SERVES** [1] - 1903:25

**SERVICES** [1] - 1899:1

**SERVING** [1] - 1917:1

**SESSION** [5] - 1869:9, 1873:3, 1873:5, 1873:25, 1912:18

**SET** [11] - 1931:22, 1931:23, 1942:9, 1942:21, 1943:13, 1943:15, 1943:16, 1944:3, 1944:4, 1945:22, 1946:7

**SETTING** [1] - 1921:14

**SEVEN** [8] - 1886:11, 1902:17, 1911:3, 1937:8, 1937:23, 1939:15, 1940:23, 1941:25

**SEVENTY** [1] - 1886:2

**SEVERAL** [8] - 1891:14, 1893:18, 1897:21, 1898:20, 1904:23, 1906:24, 1913:17, 1923:17

**SHAKE** [1] - 1893:18

**SHALLOW** [1] - 1907:12

**SHAME** [3] - 1925:16, 1925:17, 1926:11

**SHARE** [2] - 1924:14, 1924:21

**SHARING** [2] - 1924:19, 1924:22

**SHEDDING** [1] - 1941:3

**SHEENA** [1] - 1909:18

**SHELL** [3] - 1943:18, 1944:6, 1944:14

**SHERIFF'S** [2] - 1909:11, 1910:12

**SHERMAN** [1] - 1869:20

**SHERWOOD** [4] - 1875:3, 1886:3, 1886:5, 1905:7

**SHIFTS** [1] - 1901:17

**SHIP** [7] - 1875:2, 1884:2, 1902:7, 1902:10, 1902:14, 1902:19, 1903:8

**SHIPPING** [1] - 1903:10

**SHIPS** [3] - 1891:7, 1902:22, 1903:13

**SHORE** [1] - 1914:8

**SHOULD** [8] - 1875:12, 1894:21, 1909:20, 1914:13, 1924:2, 1926:14, 1939:1, 1955:15

**SHOW** [3] - 1878:4, 1909:17, 1953:17

**SHOWED** [1] - 1875:8

**SHOWING** [6] - 1897:24, 1938:23, 1940:7, 1941:8, 1945:16, 1946:12

**SHOWN** [1] - 1918:12

**SHOWS** [3] - 1940:14, 1943:7, 1949:13

**SHRIMPER** [1] - 1877:16

**SHUTTERS** [2] - 1908:7

**SIDE** [20] - 1911:11, 1914:13, 1914:14, 1918:5, 1920:9, 1920:11, 1920:21, 1932:1, 1933:7, 1935:12, 1940:11, 1940:20, 1941:10, 1947:22, 1949:18, 1950:5, 1950:10, 1952:4, 1957:7

**SIDES** [8] - 1931:15, 1931:20, 1933:13, 1941:3, 1948:1, 1948:6, 1951:20, 1957:3

**SIGNED** [1] - 1954:3

**SILVER** [1] - 1926:7

**SIMILAR** [5] - 1878:21, 1882:4, 1899:24, 1935:8, 1955:7

**SIMPLE** [2] - 1911:7, 1945:25

**SIMS** [1] - 1869:23

**SIMULATION** [1] - 1950:21

**SIMULATIONS** [2] - 1939:2, 1946:12

**SINCE** [3] - 1876:16, 1899:6, 1949:18

**SIR** [91] - 1874:5, 1876:24, 1877:2, 1877:17, 1877:21, 1878:17, 1879:8, 1880:4, 1880:12,

1881:12, 1881:25, 1882:3, 1882:19, 1884:4, 1886:4, 1886:8, 1886:17, 1886:22, 1887:5, 1887:8, 1887:15, 1888:16, 1889:6, 1889:20, 1890:1, 1891:11, 1892:17, 1893:4, 1893:9, 1894:3, 1894:7, 1894:10, 1895:7, 1895:13, 1895:24, 1896:10, 1897:5, 1897:13, 1898:8, 1898:14, 1898:23, 1899:15, 1900:8, 1900:18, 1900:23, 1901:21, 1901:24, 1902:8, 1905:2, 1905:11, 1905:24, 1906:1, 1906:13, 1907:11, 1907:15, 1907:24, 1908:3, 1909:1, 1913:2, 1913:19, 1913:24, 1914:2, 1914:4, 1914:6, 1914:11, 1914:15, 1914:18, 1914:24, 1915:11, 1915:20, 1915:25, 1916:24, 1917:2, 1917:22, 1917:25, 1918:3, 1918:7, 1919:13, 1919:23, 1920:1, 1920:8, 1921:19, 1923:16, 1923:20, 1925:7, 1926:16, 1926:19, 1927:5, 1927:18, 1928:3, 1951:6

**SIT** [1] - 1898:3

**SITE** [1] - 1950:11

**SITTING** [1] - 1902:21

**SITUATION** [2] - 1878:20, 1909:3

**SIX** [5] - 1909:11, 1918:25, 1937:23, 1941:1, 1941:25

**SIZE** [1] - 1941:13

**SLEPT** [1] - 1908:13

**SLIDE** [4] - 1928:18, 1933:21, 1936:16, 1940:13

**SLIDESHOW** [1] - 1933:21

**SLIGHTLY** [3] - 1941:12, 1941:16, 1946:9

**SLOW** [1] - 1903:6
**SMALL** [3] - 1887:20, 1889:12
**SMALLER** [4] - 1941:9, 1941:14, 1941:22, 1942:5
**SMITH** [1] - 1871:10
**SMITH'S** [1] - 1910:4
**SO** [70] - 1873:14, 1880:19, 1881:6, 1883:18, 1884:8, 1888:16, 1889:18, 1890:10, 1894:14, 1896:14, 1897:17, 1898:3, 1901:3, 1906:25, 1910:19, 1912:6, 1912:25, 1913:12, 1915:21, 1916:17, 1918:3, 1921:17, 1924:9, 1924:22, 1924:23, 1928:9, 1929:14, 1929:23, 1930:11, 1930:19, 1930:20, 1931:6, 1931:18, 1931:23, 1932:22, 1933:6, 1934:18, 1935:10, 1935:21, 1935:23, 1937:8, 1937:20, 1938:14, 1938:19, 1940:22, 1941:14, 1941:16, 1941:24, 1942:3, 1942:21, 1943:25, 1944:16, 1945:10, 1945:24, 1946:7, 1947:4, 1948:3, 1948:5, 1950:3, 1950:10, 1950:11, 1951:9, 1952:18, 1952:19, 1954:6, 1955:9, 1956:12, 1956:21, 1957:5, 1957:9
**SO..** [2] - 1903:11, 1923:5
**SOBEK** [2] - 1932:18, 1932:21
**SOILEAU** [1] - 1905:4
**SOJA** [1] - 1871:11
**SOLID** [2] - 1932:3, 1948:7
**SOLUTION** [1] - 1915:14
**SOME** [12] - 1873:18, 1888:20, 1888:21, 1904:14, 1904:15, 1906:3, 1906:18, 1936:13, 1937:18,

1943:6, 1943:7, 1948:11
**SOMEBODY** [1] - 1897:7
**SOMETHING** [2] - 1878:24, 1925:24
**SOMETIME** [1] - 1898:10
**SOMEWHAT** [1] - 1940:19
**SOMEWHERE** [3] - 1940:23, 1941:1, 1941:25
**SON** [1] - 1886:24
**SORRY** [11] - 1901:2, 1907:22, 1908:14, 1920:22, 1930:18, 1934:2, 1947:15, 1947:18, 1950:9, 1951:5, 1951:6
**SOUND** [1] - 1881:23
**SOURCE** [2] - 1933:10, 1934:25
**SOUTH** [4] - 1869:13, 1883:21, 1906:19, 1914:8
**SOUTHEAST** [1] - 1916:12
**SPATIAL** [1] - 1941:8
**SPEAK** [3] - 1892:6, 1893:18, 1930:22
**SPEAKER** [1] - 1916:13
**SPEAKING** [1] - 1929:4
**SPECIFIC** [1] - 1934:6
**SPECIFICALLY** [2] - 1891:12, 1907:4
**SPEED** [4] - 1902:25, 1903:4, 1903:7, 1903:13
**SPEEDS** [2] - 1942:3, 1942:5
**SPELL** [2] - 1874:10, 1874:15
**SPILL** [1] - 1931:15
**SPILLS** [1] - 1932:1
**SPOIL** [1] - 1901:12
**SPOKE** [1] - 1925:2
**SPORTSMAN'S** [1] - 1879:3
**SPOT** [1] - 1878:14
**SPOTS** [1] - 1906:24
**SPREADSHEETS** [1] - 1939:9
**SPRING** [1] - 1881:13
**SPRINGS** [1] - 1870:13

**SQUAT** [1] - 1903:8
**SR** [1] - 1871:11
**ST** [82] - 1869:17, 1869:20, 1870:2, 1870:5, 1870:23, 1874:20, 1876:18, 1876:19, 1876:20, 1876:25, 1877:5, 1877:6, 1880:6, 1880:11, 1880:13, 1882:23, 1883:8, 1883:10, 1883:14, 1883:15, 1885:20, 1886:12, 1886:14, 1886:18, 1886:20, 1887:7, 1890:25, 1893:3, 1894:4, 1894:13, 1894:20, 1895:1, 1895:11, 1896:9, 1896:11, 1896:12, 1898:24, 1899:20, 1899:22, 1900:16, 1901:19, 1901:25, 1903:4, 1903:15, 1903:17, 1903:23, 1907:16, 1907:21, 1908:5, 1908:12, 1908:14, 1908:16, 1908:25, 1910:3, 1910:8, 1910:12, 1910:15, 1912:1, 1912:8, 1913:15, 1913:22, 1916:23, 1917:4, 1917:6, 1917:13, 1918:1, 1918:5, 1918:10, 1918:13, 1921:10, 1922:11, 1924:10, 1924:14, 1924:18, 1925:1, 1926:1, 1926:4, 1926:9, 1933:10, 1935:13, 1935:18
**STABILITY** [1] - 1914:9
**STAND** [1] - 1874:4
**STANDARD** [1] - 1876:3
**STANDBY** [1] - 1911:13
**STANDING** [1] - 1879:14
**STANWOOD** [1] - 1869:8
**START** [2] - 1901:1, 1928:16
**STARTED** [1] - 1884:18, 1885:3, 1911:10
**STARTING** [2] -

1907:12, 1928:2
**STATE** [5] - 1874:9, 1876:12, 1917:15, 1924:22, 1936:7
**STATED** [1] - 1906:11
**STATEMENT** [7] - 1875:3, 1904:25, 1905:6, 1905:15, 1905:20, 1907:3, 1925:11
**STATES** [14] - 1869:1, 1869:5, 1869:8, 1876:3, 1896:15, 1900:20, 1914:17, 1915:4, 1915:18, 1915:22, 1917:16, 1918:8, 1921:4, 1958:5
**STATION** [2] - 1871:13, 1909:12
**STATISTICAL** [1] - 1939:3
**STAY** [2] - 1900:2, 1907:23
**STAYED** [2] - 1906:22, 1911:22
**STEAMSHIP** [3] - 1891:4, 1925:14, 1926:14
**STENOGRAPHY** [1] - 1871:18
**STEP** [1] - 1927:5
**STEPS** [1] - 1917:16
**STEVENS** [2] - 1870:18, 1870:18
**STILL** [9] - 1880:24, 1883:3, 1884:5, 1889:11, 1923:11, 1925:14, 1925:15, 1926:5, 1945:1
**STONE** [1] - 1871:11
**STOPPED** [1] - 1879:22
**STOPPING** [1] - 1957:16
**STORAGE** [1] - 1935:23
**STORIES** [1] - 1911:17
**STORM** [20] - 1885:11, 1886:19, 1890:14, 1890:24, 1895:2, 1898:12, 1908:4, 1908:5, 1908:7, 1908:24, 1912:2, 1915:1, 1918:13, 1929:5, 1937:20, 1942:7, 1942:12, 1942:14,

1942:20, 1952:8
**STORM-RELATED** [1] - 1898:12
**STORY** [1] - 1911:20
**STRAIGHT** [2] - 1890:7, 1890:10
**STREET** [5] - 1869:13, 1870:9, 1870:16, 1871:2, 1871:16
**STRIKE** [1] - 1935:25
**STRONG** [1] - 1889:18
**STRUCTURE** [6] - 1889:7, 1896:8, 1934:9, 1950:21, 1953:6, 1953:11
**STRUCTURES** [10] - 1931:22, 1931:25, 1932:6, 1932:23, 1947:22, 1948:4, 1952:4, 1953:3, 1953:15, 1954:16
**STUDIES** [3] - 1918:9, 1918:12, 1937:13
**STUDY** [4] - 1898:16, 1898:19, 1936:15, 1952:1
**STUDYING** [1] - 1948:3
**STUFF** [1] - 1893:22
**STUMP** [1] - 1878:10
**STYLUS** [1] - 1909:19
**SUBCOMMITTEE** [4] - 1875:1, 1897:4, 1900:5, 1900:15
**SUBJECT** [2] - 1907:8, 1927:2
**SUBMIT** [2] - 1924:4, 1924:10
**SUBROGATED** [1] - 1870:22
**SUBSTANCE** [1] - 1898:7
**SUCKS** [1] - 1902:20
**SUD** [1] - 1884:2
**SUFFICIENT** [1] - 1933:16
**SUGAR** [2] - 1889:21, 1889:22
**SUGGEST** [1] - 1923:8
**SUGGESTED** [1] - 1898:25
**SUGGESTION** [1] - 1899:3
**SUITE** [7] - 1869:14, 1869:23, 1870:5,

1871:2, 1943:25, 1944:2, 1945:11
**SUM** [1] - 1925:11
**SUMMER** [1] - 1881:13
**SUPER** [1] - 1915:1
**SUPPORT** [1] - 1889:18
**SUPPORTED** [1] - 1923:11
**SUPPORTS** [1] - 1904:20
**SUPPOSED** [2] - 1883:19, 1883:21
**SUPREME** [1] - 1876:5
**SURE** [8] - 1896:2, 1896:17, 1896:24, 1897:9, 1921:6, 1927:12, 1944:18
**SURGE** [76] - 1879:19, 1885:11, 1886:20, 1890:14, 1890:24, 1918:13, 1924:15, 1929:1, 1929:2, 1929:4, 1929:6, 1929:14, 1929:20, 1929:23, 1930:9, 1930:13, 1931:6, 1931:9, 1932:15, 1934:8, 1937:7, 1939:22, 1942:7, 1942:12, 1942:14, 1942:20, 1946:2, 1946:13, 1946:18, 1946:21, 1946:23, 1947:1, 1947:4, 1947:7, 1947:21, 1948:12, 1948:22, 1949:3, 1949:6, 1949:7, 1949:8, 1949:15, 1950:23, 1951:1, 1951:9, 1951:10, 1951:12, 1951:16, 1951:24, 1952:15, 1952:25, 1953:2, 1953:5, 1953:11, 1954:16, 1955:1, 1955:2, 1955:7, 1955:12, 1955:13, 1955:16, 1955:22, 1956:2, 1956:7, 1956:14, 1956:21, 1956:25, 1957:6, 1957:9, 1957:11, 1957:13
**SURGES** [3] - 1895:2, 1904:1, 1915:1

**SURROUNDING** [3] - 1895:4, 1902:23, 1915:6
**SWAMP** [12] - 1878:9, 1878:15, 1878:21, 1880:14, 1880:16, 1881:10, 1881:18, 1881:19, 1884:20, 1925:20
**SWAMPS** [2] - 1895:4, 1915:6
**SWAN** [3] - 1933:1, 1933:4, 1933:5
**SWORN** [1] - 1874:7
**SYNTHESIS** [1] - 1949:17
**SYSTEM** [4] - 1882:15, 1912:5, 1912:6, 1941:13

# T

**T** [1] - 1870:22
**TABLE** [1] - 1938:9
**TAHEERAH** [1] - 1871:6
**TAKE** [26] - 1873:16, 1878:6, 1878:7, 1880:1, 1884:2, 1890:8, 1893:1, 1897:7, 1909:8, 1910:17, 1912:14, 1913:21, 1916:22, 1917:16, 1920:25, 1927:10, 1928:9, 1929:5, 1929:7, 1930:1, 1933:21, 1942:23, 1946:4, 1953:25, 1954:8, 1957:15
**TAKEN** [5] - 1873:23, 1875:6, 1881:12, 1912:16, 1957:19
**TAKES** [1] - 1951:20
**TAKING** [1] - 1953:19
**TALK** [9] - 1874:19, 1919:18, 1929:6, 1931:19, 1935:16, 1935:17, 1935:18, 1937:25, 1948:15
**TALKED** [10] - 1881:20, 1885:6, 1887:16, 1890:14, 1891:14, 1912:21, 1913:20, 1939:21, 1953:14, 1953:15
**TALKING** [15] - 1886:11, 1893:16, 1931:12, 1931:19, 1935:21, 1938:7,

1942:15, 1942:17, 1942:18, 1942:20, 1945:18, 1949:20, 1954:23
**TALKS** [1] - 1915:9
**TASK** [2] - 1895:19, 1923:18
**TAUZIN** [2] - 1916:14, 1919:3
**TEACH** [1] - 1878:7
**TECHNICAL** [11] - 1874:22, 1875:1, 1895:20, 1895:25, 1899:1, 1899:5, 1900:6, 1900:10, 1900:15, 1900:22, 1905:19
**TELL** [18] - 1875:13, 1877:25, 1880:5, 1880:7, 1885:18, 1890:18, 1892:8, 1892:14, 1893:13, 1893:16, 1905:14, 1905:16, 1905:19, 1918:23, 1923:13, 1923:24, 1925:24, 1938:1
**TELLING** [2] - 1893:22, 1926:10
**TELLS** [2] - 1932:20, 1947:21
**TEN** [12] - 1879:2, 1888:6, 1912:15, 1929:14, 1929:20, 1929:24, 1930:9, 1930:14, 1931:6, 1931:7, 1931:9
**TEN-FOOT** [1] - 1931:9
**TEND** [1] - 1937:14
**TENTHS** [1] - 1957:1
**TERM** [2] - 1885:10, 1885:13
**TERMS** [2] - 1934:8, 1937:19
**TESTIFIED** [8] - 1874:7, 1875:17, 1875:18, 1891:24, 1896:23, 1913:14, 1913:16, 1924:25
**TESTIFY** [1] - 1875:23
**TESTIFYING** [1] - 1955:11
**TESTIMONY** [11] - 1874:19, 1875:15, 1875:22, 1875:25, 1880:19, 1924:24, 1927:16, 1927:17, 1938:19, 1954:21,

1954:22
**THAN** [23] - 1895:2, 1896:3, 1899:2, 1899:6, 1902:13, 1911:9, 1928:17, 1931:25, 1935:4, 1938:4, 1938:11, 1938:14, 1938:17, 1941:16, 1941:20, 1942:3, 1946:9, 1948:8, 1953:14, 1956:2, 1956:11, 1957:10, 1957:12
**THANK** [31] - 1873:17, 1873:19, 1873:20, 1912:14, 1913:2, 1916:20, 1919:9, 1919:25, 1921:1, 1921:2, 1922:6, 1925:7, 1925:8, 1926:16, 1926:18, 1926:19, 1926:20, 1927:4, 1927:6, 1928:1, 1928:4, 1928:7, 1931:1, 1934:2, 1936:18, 1939:25, 1940:3, 1944:21, 1956:19, 1957:18
**THAT** [460] - 1874:23, 1875:12, 1875:17, 1876:2, 1876:21, 1877:19, 1878:2, 1878:6, 1878:10, 1878:16, 1878:18, 1878:19, 1878:20, 1878:21, 1878:24, 1879:17, 1879:22, 1880:7, 1880:10, 1880:11, 1880:16, 1880:19, 1880:25, 1881:1, 1881:3, 1881:6, 1881:9, 1881:12, 1881:13, 1881:15, 1881:19, 1881:20, 1881:24, 1882:1, 1882:4, 1882:5, 1882:22, 1882:24, 1882:25, 1883:5, 1884:5, 1884:24, 1885:1, 1885:8, 1885:10, 1885:12, 1885:16, 1885:19, 1885:21, 1885:24, 1886:1, 1886:2, 1886:5, 1886:6, 1886:7, 1886:8, 1886:10, 1886:12, 1886:13, 1886:15, 1886:19, 1886:20,

1886:23, 1886:25, 1887:2, 1887:6, 1887:19, 1888:4, 1888:9, 1889:6, 1889:8, 1889:10, 1889:13, 1889:15, 1889:19, 1889:21, 1890:15, 1890:19, 1891:2, 1891:3, 1891:9, 1891:12, 1891:25, 1892:1, 1892:8, 1892:11, 1892:22, 1893:1, 1893:5, 1893:7, 1893:10, 1893:11, 1893:21, 1893:22, 1893:25, 1894:1, 1894:12, 1894:17, 1894:19, 1894:20, 1894:21, 1895:8, 1895:13, 1895:21, 1896:3, 1896:4, 1896:8, 1896:19, 1896:23, 1897:1, 1897:17, 1897:18, 1898:2, 1898:7, 1898:9, 1898:13, 1898:15, 1898:18, 1898:20, 1898:21, 1898:22, 1898:25, 1899:3, 1899:5, 1899:7, 1899:9, 1899:14, 1899:17, 1899:19, 1900:2, 1900:5, 1900:6, 1900:9, 1900:12, 1900:13, 1900:22, 1900:24, 1901:7, 1901:13, 1901:17, 1901:18, 1901:22, 1901:25, 1902:4, 1902:6, 1902:9, 1902:19, 1902:24, 1903:1, 1903:3, 1903:7, 1903:8, 1903:14, 1903:25, 1904:9, 1904:20, 1904:21, 1904:22, 1904:25, 1905:1, 1905:2, 1905:4, 1905:5, 1905:8, 1905:12, 1905:14, 1905:15, 1905:16, 1905:19, 1905:20, 1905:25, 1906:6, 1906:7, 1906:9, 1906:11, 1906:13, 1906:14, 1906:15, 1906:16, 1906:17, 1906:18, 1906:19, 1906:20, 1906:21,

1906:22, 1906:23, 1907:8, 1907:10, 1907:22, 1908:9, 1909:3, 1909:6, 1909:11, 1909:12, 1909:13, 1910:1, 1910:2, 1910:8, 1910:9, 1910:10, 1910:12, 1910:13, 1910:14, 1910:16, 1910:22, 1910:24, 1911:5, 1911:7, 1911:12, 1911:15, 1911:16, 1911:18, 1912:5, 1912:9, 1912:21, 1912:22, 1912:24, 1913:9, 1913:10, 1913:12, 1913:14, 1913:16, 1913:23, 1914:8, 1914:9, 1914:12, 1914:14, 1914:17, 1914:19, 1914:20, 1915:2, 1915:4, 1915:7, 1915:10, 1915:15, 1915:16, 1915:18, 1915:25, 1916:5, 1916:11, 1916:17, 1917:1, 1917:10, 1917:13, 1918:2, 1918:4, 1918:5, 1918:11, 1918:12, 1918:25, 1919:4, 1919:10, 1919:15, 1919:17, 1919:18, 1919:19, 1920:13, 1921:5, 1921:9, 1921:14, 1921:18, 1922:2, 1922:4, 1922:10, 1922:16, 1922:17, 1923:8, 1923:10, 1923:12, 1923:13, 1923:14, 1923:19, 1924:1, 1924:15, 1924:18, 1924:19, 1924:25, 1925:1, 1925:2, 1925:3, 1925:4, 1925:13, 1925:14, 1925:18, 1926:2, 1926:8, 1926:9, 1926:12, 1926:14, 1926:23, 1927:12, 1927:16, 1927:17, 1928:23, 1928:25, 1929:3, 1929:11, 1929:14, 1929:15, 1929:17, 1929:19, 1929:20, 1929:21, 1929:22, 1930:1, 1930:2,

1930:7, 1930:10, 1930:14, 1930:15, 1930:21, 1931:5, 1931:8, 1931:11, 1931:16, 1931:21, 1932:2, 1932:5, 1932:7, 1932:8, 1932:19, 1932:23, 1933:5, 1933:7, 1933:9, 1933:10, 1933:18, 1934:9, 1934:10, 1934:18, 1934:24, 1935:5, 1935:14, 1935:17, 1935:19, 1935:24, 1935:25, 1936:1, 1936:6, 1936:7, 1936:8, 1936:10, 1936:13, 1937:1, 1937:8, 1937:14, 1937:20, 1937:24, 1937:25, 1938:4, 1938:7, 1938:12, 1938:19, 1939:8, 1939:9, 1939:18, 1940:12, 1940:23, 1941:1, 1941:2, 1941:11, 1941:14, 1941:24, 1942:6, 1942:11, 1942:25, 1944:9, 1944:10, 1944:14, 1944:16, 1944:25, 1946:12, 1946:13, 1946:15, 1946:18, 1946:20, 1946:21, 1947:17, 1949:10, 1949:13, 1949:14, 1949:17, 1949:25, 1950:4, 1950:23, 1951:13, 1951:18, 1951:19, 1952:6, 1952:9, 1952:11, 1952:13, 1952:25, 1953:2, 1953:4, 1953:6, 1953:11, 1953:13, 1953:14, 1953:17, 1953:21, 1953:22, 1953:25, 1954:3, 1954:5, 1954:16, 1954:21, 1954:23, 1955:4, 1955:7, 1955:10, 1955:13, 1955:17, 1956:15, 1957:11, 1957:12, 1958:7

**THAT'S** [110] - 1874:23, 1876:18, 1880:5, 1881:14, 1884:5, 1885:9, 1885:14, 1888:4,

1891:4, 1891:7, 1896:17, 1901:16, 1903:11, 1903:21, 1904:9, 1908:6, 1908:19, 1910:3, 1910:16, 1913:11, 1915:8, 1917:21, 1918:15, 1918:17, 1919:5, 1921:9, 1921:22, 1924:13, 1925:5, 1926:15, 1928:20, 1928:21, 1928:22, 1928:24, 1929:13, 1929:23, 1929:25, 1930:8, 1930:11, 1930:24, 1931:8, 1931:10, 1931:12, 1931:13, 1932:11, 1932:15, 1932:25, 1933:3, 1933:12, 1934:6, 1934:16, 1934:21, 1934:24, 1935:1, 1935:6, 1935:16, 1936:3, 1936:5, 1936:12, 1936:17, 1936:23, 1937:4, 1939:15, 1939:17, 1940:1, 1940:13, 1940:18, 1940:20, 1940:21, 1940:24, 1941:3, 1941:13, 1941:18, 1942:9, 1942:21, 1943:6, 1944:5, 1946:3, 1946:11, 1946:17, 1946:22, 1946:25, 1947:4, 1947:6, 1947:9, 1948:5, 1948:7, 1948:15, 1949:22, 1950:1, 1950:24, 1951:15, 1951:17, 1952:5, 1952:19, 1952:20, 1952:23, 1953:5, 1954:2, 1954:18, 1954:22, 1956:24, 1956:25

**THE** [1416] - 1869:8, 1869:12, 1869:19, 1870:4, 1870:22, 1871:4, 1872:3, 1873:5, 1873:7, 1873:8, 1873:11, 1873:13, 1873:16, 1873:18, 1873:21, 1873:25, 1874:2, 1874:3, 1874:5, 1874:6, 1874:9, 1874:10, 1874:11, 1874:12, 1874:14,

1874:15, 1874:16, 1874:19, 1874:20, 1874:21, 1874:22, 1874:23, 1874:24, 1874:25, 1875:1, 1875:2, 1875:3, 1875:4, 1875:5, 1875:6, 1875:7, 1875:8, 1875:9, 1875:10, 1875:11, 1875:13, 1875:14, 1875:16, 1875:19, 1875:20, 1875:21, 1875:22, 1875:24, 1875:25, 1876:1, 1876:2, 1876:3, 1876:4, 1876:6, 1876:9, 1876:12, 1876:20, 1876:22, 1876:23, 1877:1, 1877:3, 1877:11, 1877:12, 1877:18, 1877:19, 1877:20, 1877:22, 1877:23, 1877:25, 1878:7, 1878:9, 1878:13, 1878:14, 1878:15, 1878:16, 1878:18, 1878:19, 1878:20, 1878:21, 1878:22, 1878:23, 1879:9, 1879:10, 1879:14, 1879:15, 1879:20, 1879:21, 1879:22, 1879:23, 1879:24, 1879:25, 1880:1, 1880:7, 1880:8, 1880:10, 1880:13, 1880:14, 1880:20, 1880:22, 1880:25, 1881:9, 1881:10, 1881:11, 1881:12, 1881:13, 1881:15, 1881:17, 1881:18, 1881:19, 1881:20, 1881:21, 1881:23, 1882:4, 1882:15, 1882:16, 1882:18, 1882:21, 1882:22, 1882:25, 1883:3, 1883:6, 1883:8, 1883:9, 1883:11, 1883:12, 1883:16, 1883:18, 1883:20, 1883:25, 1884:2, 1884:3, 1884:4, 1884:6, 1884:7, 1884:8, 1884:10, 1884:11, 1884:15, 1884:17, 1884:18, 1884:19, 1884:20,

1884:21, 1884:22, 1884:24, 1884:25, 1885:2, 1885:5, 1885:6, 1885:8, 1885:10, 1885:13, 1885:16, 1885:17, 1885:18, 1885:19, 1885:23, 1885:25, 1886:6, 1886:7, 1886:8, 1886:10, 1886:15, 1886:16, 1886:18, 1886:19, 1886:20, 1886:25, 1887:1, 1887:3, 1887:9, 1887:11, 1887:12, 1887:13, 1887:16, 1887:17, 1887:18, 1887:20, 1887:21, 1888:3, 1888:4, 1888:9, 1888:10, 1888:12, 1888:15, 1888:17, 1888:18, 1888:24, 1889:4, 1889:7, 1889:8, 1889:9, 1889:10, 1889:15, 1889:16, 1889:18, 1889:19, 1890:2, 1890:3, 1890:5, 1890:7, 1890:8, 1890:10, 1890:11, 1890:13, 1890:14, 1890:22, 1890:23, 1890:24, 1891:1, 1891:3, 1891:4, 1891:9, 1891:13, 1891:19, 1891:21, 1891:23, 1891:25, 1892:1, 1892:2, 1892:3, 1892:4, 1892:6, 1892:8, 1892:9, 1892:15, 1892:16, 1892:20, 1892:21, 1892:24, 1893:6, 1893:7, 1893:8, 1893:11, 1893:17, 1893:22, 1893:23, 1893:24, 1894:4, 1894:5, 1894:6, 1894:7, 1894:8, 1894:13, 1894:15, 1894:16, 1894:17, 1894:20, 1894:21, 1894:24, 1894:25, 1895:4, 1895:5, 1895:6, 1895:8, 1895:9, 1895:10, 1895:12, 1895:15, 1895:16, 1895:18, 1895:21, 1895:22, 1895:25,

| | | | | |
|---|---|---|---|---|
| 1896:8, 1896:9, | 1905:12, 1905:14, | 1915:10, 1915:13, | 1926:6, 1926:8, | 1935:18, 1935:19, |
| 1896:11, 1896:12, | 1905:18, 1905:23, | 1915:17, 1915:18, | 1926:11, 1926:14, | 1935:21, 1935:22, |
| 1896:15, 1896:16, | 1905:25, 1906:1, | 1915:21, 1915:23, | 1926:15, 1926:16, | 1935:23, 1935:24, |
| 1896:19, 1896:20, | 1906:2, 1906:6, | 1915:24, 1915:25, | 1926:17, 1926:19, | 1935:25, 1936:1, |
| 1896:22, 1896:24, | 1906:10, 1906:11, | 1916:1, 1916:3, | 1926:22, 1926:24, | 1936:2, 1936:3, |
| 1896:25, 1897:3, | 1906:14, 1906:20, | 1916:7, 1916:9, | 1927:2, 1927:5, | 1936:4, 1936:6, |
| 1897:7, 1897:12, | 1906:21, 1906:22, | 1916:10, 1916:11, | 1927:6, 1927:7, | 1936:9, 1936:18, |
| 1897:17, 1897:19, | 1906:24, 1906:25, | 1916:12, 1916:13, | 1927:11, 1927:15, | 1936:20, 1936:22, |
| 1897:20, 1897:21, | 1907:3, 1907:5, | 1916:20, 1916:25, | 1927:16, 1927:18, | 1936:25, 1937:1, |
| 1897:22, 1897:24, | 1907:6, 1907:7, | 1917:1, 1917:3, | 1927:22, 1927:23, | 1937:4, 1937:5, |
| 1898:1, 1898:5, | 1907:8, 1907:13, | 1917:4, 1917:9, | 1928:1, 1928:4, | 1937:6, 1937:7, |
| 1898:6, 1898:7, | 1907:20, 1907:25, | 1917:12, 1917:13, | 1928:6, 1928:7, | 1937:8, 1937:11, |
| 1898:9, 1898:10, | 1908:2, 1908:4, | 1917:14, 1917:15, | 1928:8, 1928:16, | 1937:14, 1937:19, |
| 1898:11, 1898:12, | 1908:5, 1908:6, | 1917:16, 1917:17, | 1928:19, 1928:20, | 1937:20, 1937:21, |
| 1898:18, 1898:25, | 1908:7, 1908:10, | 1917:18, 1917:19, | 1928:22, 1929:1, | 1937:22, 1937:25, |
| 1899:1, 1899:2, | 1908:11, 1908:12, | 1917:23, 1918:5, | 1929:2, 1929:4, | 1938:2, 1938:3, |
| 1899:4, 1899:5, | 1908:14, 1908:15, | 1918:6, 1918:8, | 1929:5, 1929:6, | 1938:4, 1938:6, |
| 1899:6, 1899:7, | 1908:16, 1908:19, | 1918:11, 1918:13, | 1929:7, 1929:9, | 1938:7, 1938:9, |
| 1899:9, 1899:10, | 1908:21, 1908:23, | 1918:14, 1918:18, | 1929:10, 1929:11, | 1938:11, 1938:12, |
| 1899:11, 1899:12, | 1908:24, 1908:25, | 1918:22, 1918:23, | 1929:14, 1929:18, | 1938:16, 1938:17, |
| 1899:17, 1899:23, | 1909:1, 1909:2, | 1919:1, 1919:10, | 1929:20, 1929:23, | 1938:19, 1938:20, |
| 1899:24, 1899:25, | 1909:3, 1909:4, | 1919:12, 1919:13, | 1930:1, 1930:2, | 1938:23, 1938:24, |
| 1900:5, 1900:9, | 1909:5, 1909:6, | 1919:14, 1919:15, | 1930:5, 1930:6, | 1938:25, 1939:2, |
| 1900:10, 1900:12, | 1909:7, 1909:9, | 1919:16, 1919:17, | 1930:9, 1930:11, | 1939:3, 1939:4, |
| 1900:13, 1900:14, | 1909:10, 1909:11, | 1919:18, 1919:19, | 1930:13, 1930:17, | 1939:6, 1939:7, |
| 1900:15, 1900:16, | 1909:12, 1909:13, | 1919:20, 1919:21, | 1930:18, 1930:20, | 1939:11, 1939:12, |
| 1900:17, 1900:19, | 1909:14, 1909:15, | 1919:23, 1919:25, | 1930:22, 1930:24, | 1939:13, 1939:14, |
| 1900:20, 1900:21, | 1909:16, 1909:17, | 1920:3, 1920:9, | 1931:1, 1931:2, | 1939:15, 1939:18, |
| 1900:24, 1900:25, | 1909:18, 1909:20, | 1920:11, 1920:12, | 1931:6, 1931:7, | 1939:20, 1939:22, |
| 1901:1, 1901:3, | 1909:22, 1910:1, | 1920:13, 1920:14, | 1931:9, 1931:11, | 1939:23, 1939:24, |
| 1901:4, 1901:5, | 1910:4, 1910:8, | 1920:18, 1920:19, | 1931:12, 1931:14, | 1939:25, 1940:3, |
| 1901:7, 1901:10, | 1910:9, 1910:11, | 1920:21, 1920:22, | 1931:15, 1931:19, | 1940:5, 1940:8, |
| 1901:11, 1901:14, | 1910:12, 1910:15, | 1920:24, 1921:1, | 1931:21, 1931:22, | 1940:9, 1940:10, |
| 1901:17, 1901:18, | 1910:16, 1910:18, | 1921:5, 1921:6, | 1931:23, 1931:24, | 1940:11, 1940:12, |
| 1901:19, 1901:23, | 1910:19, 1910:24, | 1921:8, 1921:9, | 1931:25, 1932:1, | 1940:14, 1940:15, |
| 1902:1, 1902:3, | 1910:25, 1911:6, | 1921:10, 1921:11, | 1932:2, 1932:5, | 1940:18, 1940:20, |
| 1902:4, 1902:5, | 1911:7, 1911:9, | 1921:12, 1921:13, | 1932:6, 1932:8, | 1940:21, 1940:23, |
| 1902:7, 1902:10, | 1911:11, 1911:12, | 1921:14, 1921:17, | 1932:9, 1932:11, | 1941:3, 1941:6, |
| 1902:13, 1902:14, | 1911:14, 1911:18, | 1921:22, 1922:2, | 1932:12, 1932:15, | 1941:8, 1941:9, |
| 1902:19, 1902:20, | 1911:19, 1911:20, | 1922:3, 1922:6, | 1932:16, 1932:17, | 1941:10, 1941:13, |
| 1902:21, 1902:23, | 1911:21, 1911:22, | 1922:12, 1922:13, | 1932:18, 1932:19, | 1941:19, 1941:22, |
| 1902:24, 1903:1, | 1911:23, 1911:24, | 1922:15, 1922:16, | 1932:20, 1932:21, | 1941:24, 1942:3, |
| 1903:4, 1903:8, | 1911:25, 1912:1, | 1922:17, 1922:18, | 1932:22, 1932:23, | 1942:5, 1942:6, |
| 1903:9, 1903:10, | 1912:4, 1912:5, | 1922:19, 1922:23, | 1932:25, 1933:1, | 1942:7, 1942:9, |
| 1903:13, 1903:14, | 1912:6, 1912:7, | 1922:25, 1923:4, | 1933:5, 1933:6, | 1942:10, 1942:11, |
| 1903:15, 1903:17, | 1912:8, 1912:9, | 1923:7, 1923:8, | 1933:7, 1933:8, | 1942:12, 1942:15, |
| 1903:19, 1903:20, | 1912:10, 1912:14, | 1923:10, 1923:11, | 1933:9, 1933:10, | 1942:21, 1943:1, |
| 1903:22, 1903:23, | 1912:18, 1912:21, | 1923:13, 1923:14, | 1933:16, 1933:17, | 1943:4, 1943:5, |
| 1903:24, 1903:25, | 1912:22, 1912:23, | 1923:17, 1923:18, | 1933:23, 1933:25, | 1943:6, 1943:7, |
| 1904:1, 1904:2, | 1912:24, 1912:25, | 1923:19, 1923:24, | 1934:1, 1934:5, | 1943:9, 1943:13, |
| 1904:3, 1904:5, | 1913:1, 1913:2, | 1924:1, 1924:4, | 1934:7, 1934:8, | 1943:16, 1943:18, |
| 1904:6, 1904:7, | 1913:4, 1913:10, | 1924:5, 1924:6, | 1934:10, 1934:11, | 1943:25, 1944:2, |
| 1904:8, 1904:10, | 1913:14, 1913:16, | 1924:9, 1924:10, | 1934:12, 1934:13, | 1944:6, 1944:7, |
| 1904:12, 1904:14, | 1913:17, 1913:18, | 1924:12, 1924:14, | 1934:14, 1934:16, | 1944:10, 1944:12, |
| 1904:15, 1904:17, | 1913:25, 1914:7, | 1924:15, 1924:21, | 1934:18, 1934:19, | 1944:16, 1944:19, |
| 1904:18, 1904:19, | 1914:8, 1914:9, | 1924:22, 1925:1, | 1934:25, 1935:1, | 1944:21, 1944:23, |
| 1904:20, 1904:25, | 1914:12, 1914:13, | 1925:2, 1925:3, | 1935:3, 1935:6, | 1945:3, 1945:4, |
| 1905:4, 1905:5, | 1914:14, 1914:17, | 1925:4, 1925:7, | 1935:8, 1935:10, | 1945:10, 1945:15, |
| 1905:6, 1905:7, | 1914:19, 1914:22, | 1925:10, 1925:14, | 1935:11, 1935:12, | 1945:16, 1945:17, |
| 1905:8, 1905:9, | 1914:24, 1915:4, | 1925:15, 1925:18, | 1935:13, 1935:14, | 1945:18, 1946:1, |
| | 1915:7, 1915:9, | 1925:21, 1925:22, | 1935:16, 1935:17, | 1946:3, 1946:5, |

1946:6, 1946:8, 1946:9, 1946:11, 1946:12, 1946:13, 1946:18, 1946:23, 1947:1, 1947:4, 1947:5, 1947:6, 1947:7, 1947:8, 1947:10, 1947:12, 1947:13, 1947:14, 1947:15, 1947:16, 1947:18, 1947:19, 1947:20, 1947:22, 1947:24, 1948:1, 1948:3, 1948:5, 1948:6, 1948:7, 1948:8, 1948:10, 1948:11, 1948:12, 1948:13, 1948:16, 1948:21, 1948:22, 1948:24, 1948:25, 1949:3, 1949:4, 1949:5, 1949:6, 1949:13, 1949:16, 1949:20, 1949:24, 1950:1, 1950:4, 1950:5, 1950:6, 1950:10, 1950:11, 1950:12, 1950:13, 1950:16, 1950:17, 1950:19, 1950:20, 1950:21, 1950:24, 1950:25, 1951:4, 1951:6, 1951:7, 1951:9, 1951:10, 1951:12, 1951:13, 1951:15, 1951:16, 1951:17, 1951:18, 1951:20, 1951:21, 1951:23, 1951:24, 1951:25, 1952:1, 1952:2, 1952:3, 1952:4, 1952:5, 1952:7, 1952:8, 1952:9, 1952:11, 1952:12, 1952:13, 1952:18, 1952:21, 1952:24, 1952:25, 1953:2, 1953:3, 1953:5, 1953:6, 1953:8, 1953:10, 1953:11, 1953:16, 1954:3, 1954:8, 1954:10, 1954:11, 1954:12, 1954:15, 1954:16, 1954:18, 1954:19, 1954:20, 1954:22, 1954:24, 1955:1, 1955:2, 1955:4, 1955:5, 1955:6, 1955:7, 1955:8, 1955:9,

1955:10, 1955:12, 1955:13, 1955:14, 1955:15, 1955:17, 1955:18, 1955:19, 1955:20, 1955:21, 1955:22, 1955:23, 1955:24, 1956:1, 1956:4, 1956:5, 1956:6, 1956:7, 1956:8, 1956:9, 1956:10, 1956:12, 1956:13, 1956:14, 1956:16, 1956:18, 1956:21, 1956:22, 1956:25, 1957:2, 1957:3, 1957:5, 1957:6, 1957:7, 1957:8, 1957:9, 1957:11, 1957:13, 1957:14, 1957:17, 1958:7, 1958:8, 1958:9

**THEIR** [16] - 1878:23, 1890:10, 1891:6, 1891:10, 1892:23, 1893:10, 1893:18, 1899:1, 1899:6, 1904:22, 1909:17, 1910:1, 1926:4, 1949:14, 1949:15

**THEM** [26] - 1875:12, 1883:18, 1885:7, 1890:11, 1891:1, 1891:2, 1891:5, 1892:11, 1892:21, 1893:11, 1893:18, 1893:24, 1903:6, 1903:11, 1905:13, 1913:20, 1919:8, 1920:6, 1926:17, 1927:2, 1938:1, 1939:16, 1943:7, 1943:10, 1948:23

**THEN** [37] - 1878:4, 1881:18, 1882:17, 1883:1, 1885:2, 1888:21, 1889:18, 1899:9, 1900:2, 1902:19, 1914:5, 1918:11, 1920:18, 1920:19, 1921:11, 1921:12, 1929:20, 1930:13, 1931:7, 1931:20, 1932:3, 1932:20, 1937:9, 1938:20, 1939:1, 1940:8, 1940:25, 1943:14, 1947:25, 1952:2, 1954:15, 1954:25, 1955:11, 1957:5

**THEORY** [2] - 1953:13

**THERE** [115] - 1873:10, 1875:12, 1878:6, 1878:13, 1878:22, 1879:20, 1879:21, 1881:3, 1881:5, 1881:18, 1882:15, 1883:13, 1884:5, 1884:17, 1886:9, 1886:16, 1888:9, 1888:12, 1889:8, 1889:11, 1889:12, 1889:13, 1889:14, 1889:15, 1889:17, 1889:22, 1893:7, 1893:12, 1893:18, 1893:23, 1896:6, 1896:15, 1896:19, 1897:3, 1898:10, 1900:2, 1900:25, 1901:10, 1901:17, 1903:7, 1903:8, 1903:10, 1904:2, 1904:5, 1904:17, 1905:1, 1905:15, 1905:20, 1906:18, 1906:22, 1907:13, 1908:11, 1908:25, 1909:19, 1909:20, 1911:16, 1916:10, 1916:19, 1920:14, 1921:13, 1922:3, 1922:18, 1926:10, 1928:22, 1929:4, 1929:11, 1930:11, 1934:19, 1935:8, 1936:8, 1936:12, 1936:25, 1937:5, 1937:15, 1937:22, 1937:23, 1938:12, 1938:15, 1939:3, 1939:4, 1939:11, 1940:7, 1940:16, 1940:17, 1940:22, 1941:23, 1942:3, 1943:11, 1944:14, 1947:25, 1948:4, 1948:18, 1949:23, 1950:19, 1950:20, 1950:21, 1951:13, 1952:1, 1952:2, 1953:13, 1954:1, 1955:8, 1956:8, 1956:9, 1956:12, 1957:2, 1957:13

**THERE'S** [14] - 1901:22, 1904:11, 1904:21, 1915:12, 1920:19, 1921:12,

1925:10, 1926:7, 1930:20, 1937:9, 1937:24, 1941:14, 1956:15

**THEREFORE** [1] - 1951:19

**THESE** [23] - 1881:9, 1893:1, 1897:6, 1897:7, 1904:21, 1926:12, 1931:5, 1934:6, 1937:13, 1938:10, 1939:18, 1943:17, 1944:6, 1945:20, 1945:22, 1945:25, 1946:10, 1946:12, 1947:24, 1948:15, 1948:20

**THEY** [107] - 1875:9, 1875:11, 1878:6, 1879:12, 1882:22, 1882:25, 1883:4, 1883:5, 1883:11, 1883:17, 1883:22, 1883:23, 1885:24, 1885:25, 1886:10, 1886:13, 1887:1, 1887:2, 1889:11, 1889:14, 1890:4, 1890:5, 1890:6, 1891:5, 1892:22, 1892:23, 1893:9, 1893:13, 1893:17, 1893:22, 1893:24, 1893:25, 1894:22, 1897:9, 1897:14, 1899:6, 1900:1, 1900:2, 1903:2, 1903:6, 1903:10, 1903:16, 1903:20, 1903:25, 1905:13, 1905:14, 1905:15, 1905:16, 1905:19, 1906:15, 1906:16, 1906:18, 1906:19, 1906:23, 1906:24, 1906:25, 1909:12, 1910:13, 1910:14, 1910:15, 1910:16, 1911:9, 1911:15, 1911:17, 1911:18, 1911:20, 1911:21, 1912:11, 1916:1, 1918:23, 1919:15, 1919:17, 1919:18, 1919:23, 1921:25, 1923:10, 1923:11, 1923:14, 1924:11, 1924:20, 1924:21, 1927:19, 1927:23, 1932:21, 1934:24, 1942:4, 1945:22,

1949:9, 1950:20, 1953:5, 1953:8, 1953:17, 1953:18, 1957:7

**THEY'LL** [1] - 1925:18

**THEY'RE** [7] - 1888:3, 1889:7, 1889:14, 1924:15, 1948:16, 1953:11, 1954:16

**THING** [10] - 1878:11, 1879:21, 1884:24, 1886:8, 1893:16, 1925:19, 1926:8, 1926:15, 1950:13, 1950:18

**THINGS** [14] - 1878:4, 1879:11, 1880:25, 1881:1, 1903:11, 1904:12, 1906:3, 1926:12, 1937:13, 1937:20, 1939:1, 1946:15, 1952:10, 1953:17

**THINK** [64] - 1875:17, 1878:3, 1882:15, 1882:16, 1882:24, 1883:11, 1883:12, 1883:13, 1883:17, 1883:23, 1884:24, 1887:1, 1890:9, 1890:21, 1892:6, 1893:11, 1894:14, 1896:2, 1896:3, 1896:14, 1899:4, 1904:13, 1906:15, 1908:21, 1910:7, 1911:7, 1911:8, 1913:14, 1913:20, 1914:19, 1915:16, 1916:3, 1919:10, 1920:5, 1920:9, 1920:13, 1924:25, 1926:13, 1928:19, 1931:14, 1933:5, 1933:12, 1933:13, 1934:16, 1935:3, 1936:23, 1937:4, 1937:19, 1938:15, 1938:25, 1939:10, 1940:1, 1941:22, 1945:3, 1945:12, 1947:17, 1949:16, 1952:13, 1953:2, 1954:5, 1954:22, 1956:24, 1957:7

**THINKING** [1] - 1934:15

**THIRD** [6] - 1901:4, 1902:4, 1909:16, 1934:10, 1934:11, 1934:12
**THIRSTY** [1] - 1878:11
**THIRTY** [1] - 1882:8
**THIRTY-TWO** [1] - 1882:8
**THIS** [123] - 1874:2, 1880:3, 1881:22, 1888:15, 1889:10, 1893:22, 1894:15, 1895:6, 1895:19, 1895:23, 1898:9, 1900:17, 1900:20, 1900:24, 1902:3, 1902:7, 1903:22, 1905:5, 1905:11, 1907:1, 1909:15, 1909:16, 1910:6, 1913:21, 1913:22, 1913:25, 1914:16, 1914:19, 1914:22, 1915:12, 1915:17, 1916:11, 1916:22, 1916:25, 1917:3, 1917:9, 1917:21, 1917:23, 1918:1, 1918:8, 1918:15, 1918:18, 1918:25, 1919:13, 1920:3, 1920:9, 1922:3, 1922:22, 1923:5, 1924:21, 1925:19, 1928:19, 1929:8, 1930:5, 1930:6, 1930:9, 1930:13, 1933:22, 1934:6, 1935:11, 1935:23, 1936:14, 1936:15, 1936:20, 1936:22, 1937:17, 1938:5, 1938:6, 1938:9, 1938:19, 1938:22, 1940:5, 1940:7, 1940:10, 1940:13, 1940:16, 1941:5, 1941:10, 1941:13, 1941:16, 1943:4, 1943:7, 1943:13, 1943:20, 1943:22, 1944:3, 1944:4, 1944:13, 1945:1, 1945:2, 1945:6, 1945:7, 1945:9, 1945:10, 1945:12, 1945:15, 1945:16, 1945:25, 1946:16, 1947:19, 1947:25,

1948:7, 1949:13, 1949:16, 1949:18, 1950:24, 1951:25, 1952:12, 1953:19, 1955:24, 1956:3, 1957:16
**THOMAS** [1] - 1869:23
**THOSE** [34] - 1875:5, 1886:22, 1892:18, 1892:20, 1897:11, 1903:10, 1904:5, 1904:11, 1904:12, 1904:22, 1904:24, 1905:12, 1906:22, 1907:4, 1911:22, 1916:17, 1919:6, 1921:18, 1921:25, 1922:22, 1923:21, 1923:24, 1924:12, 1927:15, 1927:23, 1931:25, 1938:14, 1938:16, 1948:4, 1952:4, 1952:10, 1953:17
**THOUGH** [1] - 1908:6
**THOUGHT** [3] - 1909:6, 1924:25, 1931:17
**THOUSANDS** [1] - 1925:19
**THREAT** [4] - 1890:24, 1891:1, 1917:5, 1918:13
**THREATENS** [1] - 1914:9
**THREE** [9] - 1897:6, 1900:25, 1901:10, 1911:8, 1912:7, 1912:10, 1915:9, 1926:8, 1934:15
**THROAT** [3] - 1931:21, 1940:21, 1955:14
**THROUGH** [8] - 1878:9, 1882:23, 1882:25, 1899:11, 1904:10, 1938:24, 1948:10, 1954:6
**THURSDAY** [2] - 1869:4, 1873:2
**TIDAL** [1] - 1879:18
**TIED** [1] - 1912:12
**TILL** [1] - 1880:14
**TIME** [58] - 1874:2, 1875:19, 1877:18, 1878:7, 1879:20, 1880:8, 1883:5, 1883:12, 1884:5,

1884:6, 1885:2, 1885:5, 1885:8, 1885:9, 1885:14, 1885:18, 1886:24, 1886:25, 1887:19, 1888:19, 1894:13, 1894:19, 1895:2, 1896:17, 1899:17, 1903:9, 1904:10, 1904:18, 1905:19, 1906:20, 1906:21, 1906:23, 1908:2, 1909:6, 1909:16, 1910:24, 1911:3, 1911:5, 1911:12, 1911:13, 1912:3, 1913:16, 1913:25, 1914:22, 1916:25, 1918:4, 1918:6, 1937:7, 1937:11, 1937:14, 1938:20, 1939:1, 1941:21, 1946:10, 1948:11, 1949:4
**TIMES** [8] - 1875:4, 1875:5, 1888:3, 1898:20, 1904:23, 1934:15, 1938:23, 1939:7
**TIMING** [1] - 1929:4
**TO** [445] - 1873:9, 1874:2, 1874:3, 1874:18, 1874:21, 1875:1, 1875:16, 1875:21, 1875:23, 1876:4, 1877:4, 1877:5, 1877:6, 1877:9, 1877:18, 1878:5, 1878:6, 1878:7, 1878:14, 1878:14, 1878:18, 1878:20, 1878:21, 1879:2, 1879:3, 1879:12, 1879:17, 1880:14, 1880:18, 1880:20, 1880:21, 1880:22, 1880:24, 1881:7, 1881:15, 1881:18, 1881:19, 1881:23, 1882:4, 1882:22, 1882:25, 1883:4, 1883:5, 1883:6, 1883:8, 1883:12, 1883:15, 1883:17, 1883:19, 1883:21, 1883:22, 1884:3, 1884:6, 1884:8, 1884:13, 1885:3, 1885:5, 1885:15, 1885:16, 1885:17, 1885:18,

1885:21, 1886:7, 1886:9, 1886:12, 1887:1, 1887:9, 1887:12, 1887:21, 1888:1, 1888:2, 1888:3, 1888:4, 1888:5, 1888:16, 1888:24, 1889:4, 1889:8, 1889:15, 1889:16, 1889:18, 1889:19, 1889:21, 1890:6, 1890:7, 1890:8, 1890:10, 1890:14, 1890:17, 1890:19, 1890:23, 1891:2, 1891:3, 1891:4, 1891:7, 1891:8, 1891:9, 1891:13, 1891:21, 1892:6, 1892:11, 1892:12, 1892:13, 1892:19, 1892:20, 1892:22, 1892:24, 1893:1, 1893:5, 1893:9, 1893:10, 1893:13, 1893:17, 1893:18, 1893:24, 1893:25, 1894:1, 1894:5, 1894:8, 1894:16, 1894:17, 1894:19, 1895:1, 1895:6, 1895:7, 1895:10, 1895:11, 1895:16, 1895:19, 1895:22, 1895:23, 1896:8, 1897:1, 1897:6, 1898:2, 1898:12, 1898:21, 1899:1, 1899:4, 1899:5, 1899:6, 1899:7, 1899:9, 1899:12, 1899:17, 1899:20, 1899:22, 1899:24, 1900:3, 1900:5, 1900:13, 1900:16, 1900:20, 1900:24, 1901:11, 1901:17, 1901:22, 1902:12, 1902:13, 1902:18, 1902:25, 1903:4, 1903:6, 1903:9, 1903:12, 1903:15, 1903:22, 1903:24, 1904:1, 1904:13, 1904:15, 1904:18, 1904:19, 1904:22, 1905:5, 1905:12, 1905:21, 1906:12, 1906:14, 1906:16, 1906:19, 1906:20, 1906:24,

1907:2, 1907:5, 1907:7, 1907:12, 1907:20, 1909:1, 1909:2, 1909:4, 1909:5, 1909:7, 1909:11, 1909:12, 1909:13, 1910:3, 1910:7, 1910:14, 1910:17, 1910:18, 1911:3, 1911:6, 1911:9, 1911:15, 1911:16, 1911:19, 1911:21, 1912:3, 1912:6, 1912:10, 1912:11, 1913:12, 1913:18, 1913:21, 1914:13, 1914:16, 1915:12, 1915:18, 1916:9, 1916:12, 1916:17, 1916:19, 1917:5, 1917:12, 1917:15, 1917:16, 1917:17, 1917:23, 1918:13, 1918:21, 1918:23, 1919:1, 1919:6, 1919:8, 1919:10, 1919:13, 1919:14, 1919:18, 1919:22, 1920:9, 1920:17, 1920:23, 1921:5, 1921:13, 1921:20, 1922:3, 1922:12, 1922:19, 1922:23, 1922:25, 1923:3, 1923:7, 1923:8, 1923:10, 1923:14, 1923:19, 1923:21, 1923:25, 1924:4, 1924:5, 1924:8, 1924:11, 1924:12, 1924:14, 1924:19, 1924:21, 1925:11, 1925:13, 1925:18, 1925:21, 1925:23, 1926:3, 1926:6, 1926:11, 1926:12, 1926:22, 1927:2, 1927:10, 1927:14, 1927:16, 1927:17, 1927:19, 1927:22, 1927:23, 1928:4, 1928:5, 1928:15, 1928:16, 1929:1, 1929:2, 1929:5, 1929:6, 1929:9, 1929:14, 1929:18, 1930:1, 1930:3, 1930:9, 1930:11, 1930:14, 1930:17, 1930:18, 1930:22, 1931:3,

1931:5, 1931:11, 1931:13, 1931:15, 1931:21, 1932:5, 1932:9, 1932:11, 1932:21, 1933:1, 1933:6, 1933:16, 1933:23, 1934:1, 1934:25, 1935:16, 1935:18, 1936:25, 1937:4, 1937:8, 1937:14, 1937:17, 1937:18, 1937:19, 1938:2, 1938:7, 1938:8, 1938:10, 1938:22, 1938:25, 1939:2, 1939:9, 1939:10, 1939:12, 1939:13, 1939:21, 1940:8, 1940:23, 1941:1, 1941:5, 1941:24, 1942:24, 1943:8, 1943:10, 1943:16, 1943:17, 1943:20, 1944:4, 1944:9, 1944:12, 1944:14, 1945:1, 1945:17, 1946:4, 1946:15, 1946:16, 1946:20, 1948:11, 1948:13, 1948:18, 1948:21, 1948:25, 1949:3, 1949:8, 1949:10, 1949:14, 1949:23, 1950:3, 1950:6, 1951:20, 1951:25, 1953:24, 1954:8, 1954:9, 1954:12, 1954:13, 1955:5, 1955:6, 1955:7, 1955:19, 1955:20, 1955:21, 1956:2, 1956:3, 1956:6, 1956:14, 1956:17, 1956:21, 1956:25, 1957:5, 1957:8, 1957:15, 1958:7
    **TOCA** [1] - 1879:24
    **TODAY** [9] - 1890:19, 1921:20, 1921:21, 1925:12, 1926:14, 1928:8, 1928:16, 1954:22, 1954:25
    **TOGETHER** [7] - 1894:9, 1912:12, 1915:16, 1915:17, 1925:19, 1925:22, 1954:23
    **TOLD** [20] - 1891:1, 1891:2, 1891:5,

1892:21, 1893:6, 1893:24, 1903:1, 1903:12, 1903:20, 1903:21, 1904:25, 1905:3, 1905:13, 1906:13, 1906:23, 1910:13, 1911:18, 1919:15, 1919:18, 1923:12
    **TONYA** [1] - 1910:4
    **TOO** [6] - 1890:21, 1892:19, 1929:18, 1931:5, 1934:15, 1956:21
    **TOOK** [8] - 1896:2, 1896:3, 1896:6, 1925:21, 1953:21, 1953:23, 1954:3
    **TOP** [5] - 1898:5, 1902:3, 1907:6, 1942:21, 1956:22
    **TORTS** [1] - 1871:5
    **TOTALLY** [1] - 1926:13
    **TOUCH** [3] - 1909:18, 1909:22, 1909:23
    **TOUCHING** [1] - 1878:23
    **TRACK** [1] - 1911:4
    **TRACKS** [1] - 1910:18
    **TRAFFIC** [1] - 1873:10
    **TRANSCRIPT** [3] - 1869:7, 1871:18, 1958:7
    **TRAP** [1] - 1878:8
    **TRAPPER** [2] - 1877:11, 1878:1
    **TRAPPING** [4] - 1877:13, 1877:22, 1901:14, 1901:19
    **TRAVEL** [1] - 1879:1
    **TREES** [5] - 1878:19, 1878:23, 1879:22, 1885:3, 1887:23
    **TRIAL** [3] - 1869:7, 1881:22, 1887:16
    **TRIANGLES** [1] - 1929:11
    **TRIED** [2] - 1902:25, 1903:12
    **TROLL** [1] - 1887:21
    **TROPICAL** [1] - 1895:2
    **TRUE** [4] - 1913:12, 1913:13, 1957:12, 1958:7
    **TRYING** [6] -

1894:16, 1938:25, 1943:10, 1943:20, 1945:1, 1948:11
    **TUB** [1] - 1957:3
    **TUESDAY** [1] - 1875:17
    **TURN** [4] - 1902:18, 1916:9, 1917:12, 1943:8
    **TURNS** [1] - 1955:4
    **TWO** [14] - 1882:8, 1887:20, 1902:13, 1911:8, 1911:17, 1912:9, 1912:10, 1931:20, 1938:10, 1939:13, 1952:1, 1953:16, 1954:23, 1955:5
    **TWO-WEEK** [1] - 1912:9
    **TX** [1] - 1869:24
    **TYPE** [4] - 1878:19, 1881:1, 1901:17, 1909:3

# U

    **U** [2] - 1871:4, 1874:16
    **U.S** [6] - 1916:15, 1919:1, 1919:2, 1919:3
    **UH** [1] - 1883:2
    **UH-HUH** [1] - 1883:2
    **ULTIMATE** [1] - 1900:9
    **ULTIMATELY** [1] - 1899:11
    **UNDER** [3] - 1906:14, 1934:14, 1954:3
    **UNDERLINING** [1] - 1901:7
    **UNDERSTAND** [4] - 1931:5, 1943:20, 1947:16, 1948:8
    **UNDERSTANDING** [4] - 1913:9, 1913:11, 1951:17, 1958:8
    **UNDERSTANDS** [1] - 1922:2
    **UNDERSTOOD** [1] - 1881:22
    **UNEQUIVOCALLY** [1] - 1898:1
    **UNIT** [14] - 1876:22, 1877:3, 1877:19, 1877:20, 1877:23, 1878:16, 1881:17, 1881:21, 1881:22, 1884:21, 1889:5,

1901:15, 1901:20, 1902:1
    **UNITED** [11] - 1869:1, 1869:5, 1869:8, 1876:3, 1896:15, 1914:17, 1915:18, 1915:22, 1917:16, 1921:4, 1958:5
    **UNITIVE** [5] - 1875:3, 1904:25, 1905:6, 1905:15, 1905:20
    **UNIVERSE** [1] - 1896:25
    **UNTIL** [3] - 1905:11, 1937:23, 1948:23
    **UP** [66] - 1874:12, 1877:4, 1879:21, 1879:23, 1879:25, 1881:8, 1887:18, 1887:19, 1888:8, 1893:17, 1894:11, 1896:5, 1897:15, 1900:4, 1901:1, 1901:4, 1901:14, 1901:18, 1901:25, 1902:4, 1902:20, 1904:21, 1905:3, 1906:24, 1907:2, 1907:12, 1908:11, 1908:13, 1908:21, 1908:23, 1911:16, 1911:19, 1911:21, 1911:25, 1913:20, 1916:5, 1923:22, 1924:21, 1924:22, 1924:23, 1925:11, 1926:9, 1928:2, 1928:17, 1932:21, 1940:13, 1944:14, 1944:16, 1944:19, 1947:24, 1949:9, 1949:11, 1951:16, 1951:20, 1951:24, 1953:6, 1953:11, 1954:6, 1954:9, 1954:11, 1954:17, 1955:24, 1956:13
    **UPON** [4] - 1899:23, 1953:6, 1953:11, 1954:17
    **UPPER** [1] - 1957:5
    **URGED** [2] - 1917:9, 1927:3
    **URGING** [2] - 1913:17
    **US** [13] - 1874:18, 1896:3, 1903:20, 1905:16, 1909:13, 1910:17, 1911:12,

1919:15, 1919:18, 1928:5, 1934:1, 1947:21, 1951:20
    **USE** [4] - 1899:4, 1899:5, 1932:9, 1933:1
    **USED** [16] - 1875:7, 1875:10, 1888:1, 1888:2, 1888:4, 1888:24, 1889:4, 1889:8, 1889:15, 1889:21, 1893:17, 1893:18, 1926:23, 1933:6, 1939:20, 1949:16
    **USUALLY** [1] - 1956:13

# V

    **V** [1] - 1869:4
    **VACUUM** [1] - 1902:19
    **VALUES** [1] - 1894:23
    **VARIES** [1] - 1949:8
    **VEGETATION** [2] - 1880:22, 1885:1
    **VELOCITIES** [4] - 1940:14, 1940:19, 1941:8, 1941:12
    **VELOCITY** [6] - 1939:21, 1940:5, 1940:8, 1940:12, 1941:4, 1941:6
    **VERRET** [11] - 1878:5, 1879:6, 1880:9, 1881:11, 1884:16, 1901:14, 1906:18, 1906:19, 1911:9
    **VERSION** [1] - 1939:24
    **VERY** [9] - 1883:3, 1888:6, 1902:12, 1903:2, 1928:7, 1937:14, 1939:9, 1942:2, 1942:21
    **VESSELS** [2] - 1903:1, 1903:5
    **VICE** [1] - 1918:5
    **VICINITY** [1] - 1905:9
    **VICTOR** [1] - 1870:19
    **VIOLET** [1] - 1887:12
    **VIRTUALLY** [2] - 1895:3, 1915:5
    **VOLUME** [2] - 1869:9, 1935:24
    **VRIJLING** [2] - 1933:5, 1940:1

VULNERABLE [1] - 1895:1

# W

W.D [1] - 1920:19
W.J [1] - 1916:14
WAIT [4] - 1873:14, 1882:16, 1951:4
WAKE [1] - 1908:13
WALKED [1] - 1878:9
WALKING [1] - 1927:7
WALL [1] - 1902:17
WALTER [1] - 1870:8
WANT [28] - 1888:5, 1904:19, 1921:20, 1927:10, 1928:16, 1929:5, 1929:6, 1929:9, 1930:1, 1930:3, 1930:17, 1933:23, 1935:16, 1936:25, 1938:10, 1939:21, 1942:24, 1943:16, 1943:17, 1944:4, 1944:14, 1946:4, 1946:16, 1949:10, 1949:23, 1953:24, 1956:14
WANTED [3] - 1903:6, 1912:21, 1927:14
WANTS [2] - 1891:8, 1954:12
WARD [6] - 1910:1, 1910:10, 1910:11, 1910:25, 1912:9, 1912:10
WARMER [2] - 1940:11, 1941:20
WARREN [1] - 1871:1
WAS [229] - 1873:23, 1874:7, 1877:1, 1877:3, 1877:18, 1877:23, 1877:25, 1878:1, 1878:3, 1878:6, 1878:10, 1878:11, 1878:16, 1878:21, 1879:6, 1879:11, 1879:13, 1879:15, 1879:20, 1879:21, 1879:22, 1880:13, 1880:24, 1881:3, 1881:5, 1881:12, 1881:16, 1881:18, 1882:15, 1882:16, 1882:24, 1883:1, 1883:4, 1883:6, 1883:10,

1883:13, 1883:18, 1883:20, 1883:21, 1883:25, 1884:2, 1884:5, 1884:10, 1884:13, 1884:14, 1884:20, 1884:21, 1884:22, 1884:25, 1885:1, 1885:8, 1885:12, 1885:14, 1885:16, 1885:17, 1885:19, 1885:23, 1886:8, 1886:9, 1886:10, 1886:16, 1886:22, 1886:23, 1886:24, 1886:25, 1887:19, 1887:20, 1887:23, 1887:25, 1888:1, 1888:6, 1889:9, 1889:12, 1889:15, 1889:17, 1889:18, 1890:6, 1890:7, 1890:18, 1891:2, 1891:14, 1891:25, 1892:3, 1892:6, 1892:9, 1892:20, 1892:22, 1892:23, 1893:7, 1893:10, 1893:12, 1893:16, 1893:18, 1893:23, 1894:15, 1894:16, 1895:6, 1895:7, 1895:10, 1895:11, 1895:22, 1895:25, 1896:8, 1896:11, 1896:15, 1896:19, 1897:3, 1897:9, 1898:10, 1898:15, 1898:18, 1899:6, 1900:2, 1900:9, 1900:20, 1902:6, 1902:12, 1902:14, 1902:16, 1902:24, 1902:25, 1903:1, 1903:12, 1903:14, 1904:2, 1904:5, 1905:1, 1905:13, 1905:14, 1905:15, 1905:20, 1906:12, 1906:13, 1906:15, 1906:18, 1907:8, 1907:19, 1908:9, 1908:11, 1908:24, 1909:2, 1909:6, 1909:7, 1910:1, 1910:19, 1911:5, 1911:14, 1911:17, 1911:18, 1912:3, 1912:4, 1912:7, 1912:9, 1912:16, 1912:22, 1912:25, 1913:1,

1914:1, 1914:3, 1914:16, 1914:19, 1914:22, 1915:16, 1915:18, 1915:21, 1916:3, 1916:17, 1916:22, 1916:25, 1918:14, 1918:21, 1918:22, 1919:6, 1919:8, 1919:14, 1919:19, 1920:7, 1920:14, 1921:4, 1921:6, 1922:3, 1922:11, 1922:23, 1923:5, 1923:8, 1923:10, 1923:12, 1923:14, 1924:14, 1924:22, 1925:1, 1925:3, 1926:4, 1931:12, 1932:8, 1933:9, 1933:18, 1934:19, 1934:24, 1935:7, 1936:6, 1936:8, 1936:12, 1939:6, 1945:17, 1946:11, 1950:5, 1954:21, 1955:7, 1955:9, 1957:11, 1957:19
WASH [2] - 1902:5, 1902:22
WASHINGTON [1] - 1871:13
WASN'T [5] - 1878:11, 1883:11, 1895:18, 1911:4, 1923:4
WATCH [1] - 1902:9
WATER [62] - 1878:12, 1878:25, 1879:1, 1879:15, 1879:17, 1879:20, 1883:6, 1902:14, 1902:18, 1902:20, 1904:21, 1908:12, 1908:25, 1909:4, 1909:5, 1909:9, 1909:12, 1909:13, 1909:14, 1910:9, 1910:14, 1910:17, 1910:24, 1910:25, 1911:11, 1911:12, 1911:18, 1911:21, 1911:23, 1911:25, 1912:1, 1912:4, 1912:7, 1912:8, 1912:10, 1915:5, 1925:3, 1926:9, 1931:15, 1931:21, 1931:25, 1932:1, 1932:5, 1933:10,

1934:20, 1934:23, 1934:25, 1935:19, 1935:24, 1936:1, 1937:12, 1937:17, 1941:3, 1941:14, 1947:24, 1953:6, 1953:11, 1954:16, 1956:13
WATER'S [1] - 1931:15
WATERS [1] - 1890:11
WATERWAY [2] - 1892:23, 1903:21
WATERWAYS [1] - 1903:16
WAVE [5] - 1879:18, 1879:21, 1902:5, 1902:22, 1935:8
WAVES [5] - 1933:1, 1933:6, 1933:16, 1942:18, 1957:14
WAY [17] - 1873:12, 1878:18, 1878:20, 1880:20, 1887:12, 1889:8, 1889:9, 1889:16, 1889:19, 1904:15, 1912:24, 1926:3, 1932:18, 1937:4, 1941:18, 1941:19, 1954:5
WE [178] - 1873:14, 1874:1, 1875:17, 1875:24, 1875:25, 1876:21, 1877:19, 1878:4, 1878:9, 1878:13, 1878:20, 1878:22, 1878:25, 1879:3, 1879:10, 1879:15, 1882:25, 1883:23, 1885:21, 1887:16, 1888:2, 1888:9, 1889:21, 1891:5, 1893:24, 1894:7, 1894:8, 1899:7, 1901:7, 1902:18, 1902:25, 1903:1, 1903:2, 1903:6, 1903:14, 1903:21, 1906:13, 1906:14, 1906:17, 1906:22, 1908:6, 1908:7, 1908:13, 1909:6, 1909:9, 1911:5, 1911:10, 1911:13, 1911:16, 1912:7, 1912:11, 1912:21, 1913:20, 1914:12, 1914:19, 1916:19, 1920:9,

1920:21, 1921:8, 1921:10, 1922:25, 1924:21, 1925:8, 1925:20, 1926:1, 1926:5, 1926:23, 1927:5, 1927:7, 1927:12, 1927:22, 1928:2, 1928:19, 1929:7, 1930:5, 1931:20, 1932:5, 1932:8, 1932:19, 1933:13, 1934:1, 1934:7, 1934:18, 1935:3, 1935:13, 1935:17, 1935:22, 1935:24, 1936:8, 1936:9, 1937:4, 1937:25, 1939:1, 1939:15, 1939:16, 1939:18, 1939:19, 1939:20, 1940:16, 1940:21, 1941:5, 1941:6, 1941:8, 1941:10, 1941:18, 1941:19, 1943:4, 1943:6, 1943:8, 1943:12, 1943:14, 1944:2, 1944:3, 1944:10, 1944:16, 1945:16, 1945:18, 1945:19, 1946:5, 1946:7, 1946:13, 1946:15, 1947:20, 1947:21, 1948:16, 1948:17, 1948:23, 1949:11, 1950:1, 1950:3, 1950:4, 1950:5, 1950:10, 1951:19, 1952:9, 1953:23, 1954:6, 1954:11, 1955:5, 1955:6, 1955:14, 1955:15, 1955:16, 1955:19, 1955:20, 1956:5, 1956:6, 1956:7, 1956:9, 1956:13, 1956:14, 1957:1, 1957:11, 1957:17
WE'LL [7] - 1873:13, 1873:16, 1878:13, 1912:14, 1913:20, 1920:25, 1951:9
WE'RE [28] - 1876:6, 1897:1, 1908:23, 1919:12, 1925:12, 1925:23, 1932:3, 1935:10, 1935:11, 1935:18, 1935:21, 1938:7, 1938:23, 1941:3, 1941:14,

1945:17, 1946:3, 1947:6, 1947:12, 1947:19, 1947:20, 1948:3, 1948:5, 1949:3, 1954:9, 1954:23, 1957:12, 1957:13

**WE'VE** [8] - 1881:22, 1910:1, 1922:16, 1931:1, 1936:5, 1950:12, 1952:13, 1952:24

**WEEK** [2] - 1875:17, 1912:9

**WEEKEND** [1] - 1949:21

**WEEKS** [2] - 1912:7, 1912:10

**WELCOME** [4] - 1913:3, 1934:3, 1936:19, 1944:22

**WELL** [26] - 1877:11, 1878:12, 1880:24, 1884:24, 1893:9, 1893:15, 1893:16, 1897:24, 1902:12, 1903:6, 1912:3, 1919:6, 1922:22, 1923:7, 1935:18, 1937:11, 1938:9, 1939:6, 1939:12, 1944:14, 1945:13, 1946:16, 1948:25, 1950:16, 1952:25, 1953:19

**WENT** [24] - 1877:5, 1877:6, 1877:9, 1880:20, 1885:21, 1888:21, 1889:8, 1890:17, 1890:19, 1890:23, 1892:20, 1893:1, 1893:9, 1897:12, 1897:14, 1899:9, 1903:6, 1905:12, 1912:7, 1946:15, 1955:6, 1955:14

**WERE** [93] - 1875:10, 1876:25, 1877:10, 1878:4, 1882:12, 1882:14, 1882:22, 1882:25, 1883:3, 1883:5, 1884:7, 1885:5, 1885:6, 1886:2, 1886:5, 1887:3, 1887:6, 1887:18, 1889:13, 1889:23, 1890:2, 1890:4, 1890:5, 1891:3, 1892:18,

1892:23, 1893:9, 1893:13, 1894:2, 1894:13, 1895:15, 1896:6, 1896:12, 1897:11, 1900:25, 1902:10, 1903:1, 1903:2, 1903:12, 1903:21, 1904:12, 1904:18, 1904:25, 1905:3, 1905:14, 1905:16, 1905:18, 1906:13, 1906:14, 1906:22, 1906:23, 1907:16, 1907:21, 1907:23, 1907:25, 1908:2, 1908:6, 1908:14, 1909:9, 1909:10, 1910:13, 1910:15, 1910:16, 1911:8, 1911:9, 1911:15, 1911:19, 1911:21, 1912:11, 1913:25, 1914:5, 1914:22, 1916:1, 1917:1, 1918:4, 1918:23, 1921:25, 1922:10, 1924:18, 1925:25, 1926:1, 1926:2, 1927:15, 1933:16, 1935:9, 1936:12, 1939:18, 1945:16, 1949:10, 1949:18, 1954:1, 1957:11

**WEREN'T** [2] - 1921:25, 1925:25

**WEST** [5] - 1908:17, 1909:2, 1909:4, 1909:5, 1941:19

**WESTERLY** [1] - 1909:2

**WESTERN** [1] - 1941:24

**WET** [2] - 1931:16, 1932:1

**WETLAND** [2] - 1881:20, 1918:9

**WETLANDS** [30] - 1876:22, 1877:3, 1877:19, 1877:20, 1877:23, 1878:16, 1881:17, 1881:21, 1881:22, 1884:16, 1884:21, 1887:11, 1889:4, 1892:16, 1892:21, 1901:15, 1901:20, 1902:1, 1904:5, 1921:18, 1921:25, 1934:19, 1935:1, 1935:2,

1935:20, 1935:22, 1936:2, 1942:12, 1952:8, 1952:24

**WHAT** [84] - 1873:21, 1879:9, 1880:5, 1880:22, 1881:10, 1881:14, 1882:9, 1883:4, 1883:8, 1883:18, 1884:11, 1884:13, 1884:20, 1884:22, 1884:23, 1884:24, 1885:23, 1886:25, 1887:9, 1890:6, 1890:18, 1891:2, 1891:7, 1891:16, 1892:3, 1892:20, 1893:10, 1893:15, 1894:15, 1897:12, 1898:21, 1899:7, 1901:13, 1902:10, 1903:12, 1903:21, 1908:18, 1911:9, 1917:21, 1918:15, 1919:5, 1921:13, 1921:20, 1921:21, 1921:23, 1921:24, 1925:17, 1925:21, 1927:15, 1931:12, 1931:14, 1932:2, 1932:3, 1935:1, 1935:11, 1935:21, 1936:8, 1936:25, 1938:21, 1938:25, 1939:6, 1940:21, 1943:1, 1945:1, 1945:15, 1946:11, 1947:17, 1947:20, 1947:21, 1948:3, 1949:16, 1949:18, 1950:5, 1950:11, 1951:18, 1954:25, 1955:4, 1955:6, 1955:7, 1955:11, 1956:9

**WHAT'S** [5] - 1880:2, 1897:22, 1937:20, 1943:10, 1949:23

**WHATEVER** [3] - 1904:19, 1916:19, 1955:19

**WHATSOEVER** [2] - 1879:10, 1903:14

**WHEN** [61] - 1875:9, 1876:25, 1877:23, 1878:3, 1878:4, 1878:12, 1878:13, 1878:23, 1880:22, 1880:24, 1881:19, 1882:22, 1882:25, 1883:25, 1884:6,

1885:13, 1885:14, 1885:21, 1886:23, 1887:18, 1887:19, 1888:1, 1888:22, 1889:12, 1889:23, 1892:20, 1892:25, 1893:17, 1895:10, 1899:16, 1902:7, 1902:10, 1903:12, 1905:13, 1905:18, 1906:17, 1908:4, 1908:6, 1908:11, 1908:23, 1909:3, 1911:3, 1911:20, 1916:25, 1924:21, 1925:1, 1931:19, 1931:25, 1932:21, 1937:7, 1942:14, 1945:17, 1947:19, 1947:24, 1948:5, 1955:6, 1956:5, 1956:12, 1956:21, 1957:2

**WHERE** [33] - 1875:7, 1875:8, 1876:17, 1877:4, 1879:5, 1879:24, 1880:7, 1885:16, 1888:3, 1888:4, 1889:7, 1891:5, 1894:8, 1902:16, 1904:24, 1907:25, 1908:14, 1908:16, 1909:17, 1909:23, 1910:12, 1922:12, 1931:8, 1931:23, 1945:16, 1945:18, 1947:20, 1947:24, 1952:16, 1955:5, 1955:15, 1956:6, 1956:8

**WHEREAS** [10] - 1894:24, 1914:25, 1915:4, 1915:9, 1917:3, 1917:4, 1918:8, 1918:12

**WHEREIN** [14] - 1885:4, 1885:6, 1886:6, 1886:15, 1890:13, 1892:13, 1892:25, 1893:6, 1905:23, 1906:10, 1907:4, 1907:12, 1910:13, 1924:11

**WHEREUPON** [4] - 1873:23, 1874:7, 1912:16, 1957:19

**WHEREVER** [1] - 1956:18

**WHETHER** [4] -

1883:10, 1883:15, 1898:16, 1933:15

**WHICH** [36] - 1874:20, 1874:21, 1874:24, 1874:25, 1875:2, 1875:3, 1875:4, 1875:6, 1875:7, 1875:8, 1875:10, 1875:11, 1876:22, 1878:5, 1884:2, 1887:12, 1891:3, 1898:5, 1907:6, 1907:7, 1908:18, 1911:14, 1914:9, 1929:9, 1930:3, 1933:22, 1936:16, 1937:7, 1937:15, 1939:22, 1942:23, 1943:20, 1949:12, 1949:17, 1950:13, 1955:15

**WHILE** [2] - 1908:23, 1919:12

**WHO** [10] - 1875:22, 1896:19, 1897:9, 1903:19, 1916:19, 1920:3, 1922:25, 1923:25, 1937:13

**WHOLE** [8] - 1875:8, 1882:4, 1883:6, 1926:15, 1932:17, 1949:15, 1953:9, 1953:10

**WHOM** [1] - 1919:13

**WHY** [5] - 1884:11, 1890:5, 1897:17, 1899:3, 1903:4

**WIDE** [1] - 1887:20

**WIDTH** [2] - 1887:22, 1888:20

**WILD** [1] - 1884:25

**WILL** [11] - 1873:11, 1873:18, 1875:13, 1895:21, 1904:11, 1907:13, 1934:10, 1954:8, 1956:3, 1957:3, 1957:17

**WILLIAM** [2] - 1916:15, 1920:18

**WIND** [4] - 1902:20, 1909:1, 1909:3, 1909:4

**WINDOWS** [2] - 1908:7, 1908:8

**WINDS** [1] - 1908:6

**WINE** [2] - 1878:10, 1878:11

**WINTER** [2] - 1881:12, 1915:2

**WIRES** [1] - 1927:8

DAILY COPY

**WISDOM** [1] - 1911:7
**WISH** [1] - 1956:17
**WITH** [59] - 1874:17, 1874:18, 1875:10, 1875:15, 1876:4, 1876:21, 1878:23, 1879:14, 1881:24, 1885:17, 1885:19, 1886:13, 1887:1, 1890:13, 1891:6, 1892:7, 1892:15, 1894:25, 1899:5, 1899:7, 1899:16, 1899:19, 1900:6, 1901:5, 1903:9, 1903:17, 1904:10, 1905:12, 1905:23, 1907:6, 1913:15, 1913:18, 1914:20, 1917:10, 1919:11, 1921:13, 1921:22, 1923:18, 1925:2, 1926:13, 1927:15, 1927:16, 1928:16, 1929:2, 1931:15, 1932:3, 1932:12, 1937:14, 1938:1, 1938:5, 1938:22, 1939:9, 1939:18, 1944:3, 1944:4, 1946:10, 1954:19, 1956:16
**WITHIN** [4] - 1895:21, 1947:13, 1949:8, 1957:1
**WITHOUT** [3] - 1948:6, 1955:1, 1955:4
**WITNESS** [39] - 1874:11, 1874:14, 1874:16, 1874:18, 1875:22, 1875:23, 1892:3, 1896:22, 1897:19, 1897:21, 1906:2, 1906:8, 1908:15, 1915:23, 1915:25, 1916:3, 1919:15, 1919:17, 1919:23, 1922:17, 1925:10, 1926:17, 1927:6, 1930:18, 1931:2, 1934:16, 1936:20, 1944:23, 1945:4, 1947:15, 1947:18, 1948:7, 1951:6, 1955:4, 1955:13, 1955:23, 1956:1, 1956:5, 1956:18
**WITNESSES** [1] -

1872:3
**WOKE** [2] - 1908:11, 1908:23
**WON'T** [1] - 1879:18
**WOODCOCK** [1] - 1871:12
**WORD** [1] - 1899:4
**WORK** [7] - 1873:18, 1895:18, 1900:9, 1937:14, 1938:1, 1944:3, 1944:4
**WORKED** [3] - 1884:19, 1891:25, 1949:19
**WORKING** [5] - 1891:6, 1901:19, 1906:22, 1941:18, 1949:18
**WORRY** [1] - 1879:16
**WORSE** [3] - 1884:14, 1884:19, 1904:8
**WORST** [1] - 1908:6
**WOULD** [60] - 1874:3, 1874:6, 1874:9, 1874:19, 1875:18, 1880:25, 1881:13, 1886:19, 1886:20, 1888:16, 1890:19, 1891:5, 1891:6, 1893:21, 1895:8, 1895:9, 1895:13, 1898:17, 1898:19, 1900:1, 1900:20, 1902:14, 1909:12, 1910:7, 1910:17, 1919:23, 1919:24, 1923:14, 1923:25, 1924:18, 1925:13, 1925:14, 1925:15, 1926:9, 1926:22, 1927:17, 1927:19, 1928:4, 1929:17, 1931:14, 1931:16, 1935:19, 1937:7, 1938:20, 1939:6, 1939:10, 1939:16, 1940:22, 1941:16, 1955:1, 1955:2, 1955:16, 1956:11, 1957:12, 1957:15, 1957:16
**WOULDN'T** [5] - 1895:18, 1903:7, 1903:8, 1936:13, 1939:5
**WRIGHT** [1] - 1870:1
**WRITING** [1] - 1946:6

**WRITTEN** [1] - 1912:24
**WRONG** [2] - 1936:22, 1937:4

# X

**X** [1] - 1872:1

# Y

**Y'ALL** [4] - 1889:4, 1905:18, 1905:23, 1910:9
**YARD** [1] - 1911:14
**YEAH** [17] - 1873:16, 1874:13, 1878:20, 1884:18, 1885:8, 1885:12, 1885:21, 1888:16, 1889:1, 1893:15, 1899:15, 1912:11, 1918:3, 1937:4, 1940:24, 1942:14, 1945:1
**YEAR** [3] - 1888:3, 1902:5, 1936:20
**YEARS** [22] - 1878:4, 1878:11, 1882:8, 1882:11, 1882:13, 1882:15, 1882:16, 1883:23, 1885:25, 1886:9, 1886:12, 1886:24, 1894:7, 1907:6, 1907:9, 1913:14, 1913:16, 1925:19, 1925:22, 1926:17
**YELLOW** [3] - 1940:16, 1940:22, 1941:10
**YES** [106] - 1874:5, 1876:24, 1877:17, 1877:21, 1878:3, 1878:17, 1879:8, 1880:12, 1881:12, 1881:25, 1882:3, 1884:23, 1886:4, 1886:8, 1886:17, 1886:22, 1887:5, 1887:8, 1887:15, 1888:10, 1888:16, 1889:6, 1889:17, 1889:20, 1890:1, 1891:11, 1892:17, 1893:4, 1893:9, 1893:24, 1894:3, 1894:7, 1894:10, 1895:7, 1895:24, 1896:10, 1896:14, 1897:5, 1897:13, 1898:8, 1898:14,

1898:23, 1899:15, 1900:8, 1900:11, 1900:18, 1900:23, 1901:21, 1901:24, 1902:8, 1905:24, 1907:11, 1907:15, 1907:18, 1907:24, 1908:3, 1909:20, 1909:21, 1910:21, 1910:23, 1911:2, 1913:19, 1913:24, 1914:2, 1914:4, 1914:6, 1914:11, 1914:15, 1914:18, 1914:24, 1915:11, 1915:20, 1915:25, 1916:24, 1917:2, 1917:22, 1918:3, 1918:7, 1920:8, 1921:19, 1923:20, 1929:4, 1929:22, 1930:25, 1932:8, 1934:14, 1934:16, 1937:13, 1939:8, 1940:7, 1941:3, 1941:9, 1941:12, 1942:5, 1943:13, 1946:20, 1950:5, 1953:20, 1953:24, 1956:13, 1956:24, 1957:4, 1957:8
**YESTERDAY** [5] - 1927:11, 1928:17, 1928:19, 1931:11, 1939:21
**YET** [1] - 1943:16
**YORK** [2] - 1870:24, 1891:6
**YOU** [417] - 1873:14, 1873:17, 1873:19, 1873:20, 1874:6, 1874:9, 1874:12, 1876:12, 1876:15, 1876:21, 1876:25, 1877:3, 1877:4, 1877:8, 1877:10, 1877:13, 1877:18, 1877:22, 1877:25, 1878:2, 1878:4, 1878:13, 1878:14, 1878:15, 1878:18, 1878:23, 1878:24, 1879:5, 1879:7, 1879:9, 1879:13, 1879:23, 1880:2, 1880:5, 1880:7, 1880:10, 1880:14, 1880:16, 1880:19, 1880:22, 1880:23, 1880:24, 1881:3,

1881:6, 1881:8, 1881:18, 1881:19, 1881:24, 1882:1, 1882:7, 1882:9, 1882:12, 1882:14, 1882:22, 1883:15, 1883:17, 1883:21, 1884:2, 1884:7, 1884:11, 1884:13, 1884:15, 1884:23, 1885:4, 1885:6, 1885:7, 1885:10, 1885:13, 1885:15, 1885:16, 1885:18, 1885:19, 1886:2, 1886:5, 1886:23, 1886:25, 1887:3, 1887:6, 1887:9, 1887:18, 1888:8, 1888:18, 1888:22, 1888:24, 1889:2, 1889:23, 1889:24, 1890:12, 1890:13, 1890:16, 1890:18, 1890:19, 1890:23, 1891:9, 1891:12, 1892:4, 1892:6, 1892:8, 1892:13, 1892:20, 1892:24, 1892:25, 1893:1, 1893:2, 1893:5, 1893:6, 1893:13, 1893:16, 1893:21, 1893:25, 1894:2, 1894:8, 1894:11, 1894:13, 1895:10, 1895:15, 1896:5, 1896:12, 1896:19, 1897:15, 1897:17, 1898:3, 1898:13, 1898:21, 1899:3, 1899:9, 1899:14, 1899:16, 1899:19, 1900:4, 1900:6, 1901:1, 1901:13, 1901:18, 1901:25, 1902:4, 1902:6, 1902:7, 1902:9, 1902:10, 1902:12, 1902:13, 1902:20, 1903:10, 1903:12, 1904:10, 1904:11, 1904:18, 1904:19, 1904:20, 1904:23, 1904:25, 1905:3, 1905:12, 1905:13, 1905:14, 1905:19, 1905:22, 1905:25, 1906:1, 1906:2, 1906:6, 1906:9, 1907:2, 1907:10,

1907:16, 1907:21,
1907:23, 1907:25,
1908:2, 1908:11,
1908:14, 1908:21,
1908:23, 1909:15,
1909:17, 1909:18,
1909:23, 1910:4,
1910:12, 1910:13,
1910:25, 1911:3,
1911:4, 1912:3,
1912:6, 1912:14,
1912:15, 1913:2,
1913:12, 1913:14,
1913:16, 1913:21,
1913:25, 1914:5,
1914:20, 1914:22,
1915:15, 1915:21,
1915:24, 1916:9,
1916:20, 1917:1,
1917:9, 1918:4,
1918:6, 1918:22,
1918:23, 1919:6,
1919:9, 1919:10,
1919:12, 1919:13,
1919:21, 1919:25,
1920:3, 1920:12,
1920:13, 1920:23,
1921:1, 1921:2,
1921:16, 1921:17,
1921:20, 1921:22,
1921:23, 1921:24,
1922:6, 1922:10,
1922:12, 1922:15,
1922:22, 1922:23,
1923:5, 1923:13,
1923:17, 1923:21,
1923:22, 1923:24,
1923:25, 1924:24,
1924:25, 1925:2,
1925:7, 1925:9,
1925:12, 1925:16,
1925:17, 1925:18,
1925:24, 1925:25,
1926:1, 1926:7,
1926:11, 1926:13,
1926:16, 1926:17,
1926:18, 1926:19,
1926:20, 1927:4,
1927:5, 1927:6,
1927:17, 1928:1,
1928:7, 1928:15,
1928:17, 1928:25,
1929:17, 1930:2,
1930:17, 1931:1,
1931:11, 1931:14,
1932:3, 1932:6,
1932:9, 1933:5,
1933:15, 1934:2,
1934:22, 1935:4,
1935:13, 1935:14,
1935:16, 1935:24,

1936:1, 1936:9,
1936:10, 1936:12,
1936:18, 1936:23,
1937:1, 1937:3,
1937:11, 1937:14,
1937:15, 1937:21,
1937:25, 1938:1,
1938:5, 1938:7,
1938:21, 1938:25,
1939:2, 1939:6,
1939:7, 1939:9,
1939:13, 1939:21,
1939:25, 1940:3,
1940:25, 1941:12,
1941:16, 1941:22,
1941:24, 1942:14,
1943:10, 1943:14,
1944:3, 1944:10,
1944:16, 1944:19,
1944:21, 1944:25,
1945:12, 1945:14,
1945:23, 1945:24,
1946:18, 1947:13,
1947:16, 1947:17,
1948:5, 1948:15,
1949:6, 1949:9,
1949:24, 1950:22,
1951:1, 1951:4,
1951:7, 1951:9,
1951:12, 1952:16,
1952:20, 1952:21,
1952:24, 1953:19,
1953:21, 1953:24,
1954:1, 1954:3,
1954:9, 1954:15,
1954:18, 1954:24,
1955:18, 1956:8,
1956:16, 1956:19,
1957:1, 1957:2,
1957:15, 1957:18
**YOU'LL** [1] - 1906:3
**YOU'RE** [22] -
1877:16, 1882:5,
1886:11, 1902:20,
1913:3, 1918:4,
1920:24, 1928:2,
1931:2, 1931:12,
1934:3, 1935:1,
1936:19, 1942:14,
1942:17, 1942:18,
1944:22, 1949:20,
1955:11, 1957:2
**YOU'VE** [2] -
1922:17, 1938:15
**YOUNG** [1] - 1879:16
**YOUNGSTER** [1] -
1883:1
**YOUR** [102] - 1873:8,
1873:17, 1873:20,
1874:1, 1874:6,

1874:9, 1874:15,
1874:17, 1874:24,
1875:15, 1875:21,
1876:1, 1876:7,
1876:8, 1876:12,
1877:10, 1877:13,
1880:13, 1880:19,
1881:10, 1881:16,
1881:21, 1882:1,
1883:8, 1883:14,
1884:6, 1884:16,
1885:5, 1885:18,
1887:6, 1887:14,
1889:23, 1890:2,
1891:17, 1891:22,
1891:24, 1892:13,
1893:2, 1893:14,
1893:20, 1893:21,
1893:22, 1894:19,
1897:22, 1897:24,
1898:7, 1901:13,
1902:6, 1902:22,
1903:12, 1906:7,
1907:2, 1907:3,
1910:13, 1912:15,
1913:9, 1914:20,
1916:5, 1921:2,
1922:5, 1922:7,
1922:22, 1923:3,
1923:7, 1923:21,
1924:4, 1924:9,
1924:24, 1925:6,
1925:8, 1926:21,
1927:4, 1927:9,
1927:10, 1928:4,
1928:18, 1930:3,
1930:17, 1931:16,
1933:9, 1933:15,
1933:21, 1933:22,
1936:16, 1936:17,
1938:19, 1939:10,
1942:23, 1943:8,
1943:22, 1945:6,
1945:9, 1946:4,
1949:12, 1950:3,
1951:17, 1952:23,
1953:13, 1954:21,
1956:19, 1957:15
**YOURS** [1] - 1933:19

## Z

**Z** [1] - 1874:16
**ZERO** [2] - 1921:22,
1925:23
**ZIP** [1] - 1876:14
**ZOOM** [8] - 1880:1,
1880:10, 1880:19,
1909:15, 1909:16,
1910:19, 1920:12,
1945:24

DAILY COPY