1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4

5    NORMAN ROBINSON, ET AL          *    DOCKET 06-CV-2268-K
                                     *
6    VERSUS                          *    NEW ORLEANS, LOUISIANA
                                     *
7    UNITED STATES OF AMERICA, ET AL *    APRIL 30, 2009
     * * * * * * * * * * * * * * * * *

8

9

10              VOLUME 9 - AFTERNOON SESSION
             TRIAL PROCEEDINGS BEFORE THE
11          HONORABLE STANWOOD R. DUVAL JR.
               UNITED STATES DISTRICT JUDGE

12

13

     APPEARANCES:

14

15   FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                                BY:  PIERCE O'DONNELL, ESQ.
16                              550 SOUTH HOPE STREET, SUITE 1000
                                LOS ANGELES, CALIFORNIA 90071

17

18   FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                                BY:  JOSEPH M. BRUNO, ESQ.
19                                   L. SCOTT JOANEN, ESQ.
                                855 BARONNE STREET
20                              NEW ORLEANS, LOUISIANA 70113

21

     FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                              BY:  JONATHAN B. ANDRY, ESQ.
                                     KEA SHERMAN, ESQ.
23                              610 BARONNE STREET
                                NEW ORLEANS, LOUISIANA 70113

24

25

                      FINAL DAILY COPY

1  APPEARANCES (CONTINUED):

2

3  FOR THE PLAINTIFFS:         BARON & BUDD, PC
                                BY:  THOMAS SIMS, ESQ.
                                3102 OAK LAWN AVENUE, SUITE 1100
4                               DALLAS, TEXAS 75219

5

6  FOR THE PLAINTIFFS:         DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
                                BY:  JAMES P. ROY, ESQ.
                                556 JEFFERSON STREET, SUITE 500
7                               POST OFFICE BOX 3668
                                LAFAYETTE, LOUISIANA 70502
8

9  FOR THE PLAINTIFFS:         THE DUDENHEFER LAW FIRM, LLC
                                BY:  FRANK C. DUDENHEFER JR., ESQ.
10                              601 POYDRAS STREET, SUITE 2655
                                NEW ORLEANS, LOUISIANA 70130
11

12  FOR THE PLAINTIFFS:        DUMAS & ASSOCIATES LAW FIRM, LLC
                                BY:  WALTER C. DUMAS, ESQ.
13                              LAWYER'S COMPLEX
                                1261 GOVERNMENT STREET
14                              POST OFFICE BOX 1366
                                BATON ROUGE, LOUISIANA 70821
15

16  FOR THE PLAINTIFFS:        FAYARD & HONEYCUTT
                                BY:  CALVIN C. FAYARD JR., ESQ.
17                              519 FLORIDA AVENUE S.W.
                                DENHAM SPRINGS, LOUISIANA 70726
18

19  FOR THE PLAINTIFFS:        MICHAEL C. PALMINTIER, A PLC
                                BY:  MICHAEL C. PALMINTIER, ESQ.
20                                   JOSHUA M. PALMINTIER, ESQ.
                                618 MAIN STREET
21                              BATON ROUGE, LOUISIANA 70801

22

23  FOR THE PLAINTIFFS:        LAW OFFICE OF ELWOOD C. STEVENS JR.,
                                   A PLC
                                BY:  ELWOOD C. STEVENS JR., ESQ.
24                              1205 VICTOR II BOULEVARD
                                POST OFFICE BOX 2626
25                              MORGAN CITY, LOUISIANA 70381


                          FINAL DAILY COPY

1  APPEARANCES (CONTINUED):

2

3  FOR SUBROGATED INSURERS:    THE GILBERT FIRM
                               BY:  ELISA T. GILBERT, ESQ.
                                    BRENDAN R. O'BRIEN, ESQ.
4                              325 EAST 57TH STREET
                               NEW YORK, NEW YORK 10022

5

6  ALSO PRESENT FOR            J. ROBERT WARREN II, ESQ.
     PLAINTIFFS:               ASHLEY E. PHILEN, ESQ.
7                              MRGO LITIGATION GROUP
                               600 CARONDELET STREET, SUITE 604
8                              NEW ORLEANS, LOUISIANA 70130

9

10  FOR THE DEFENDANT:         U.S. DEPARTMENT OF JUSTICE
                               TORTS BRANCH, CIVIL DIVISION
                               BY:  DANIEL M. BAEZA JR., ESQ.
11                                  JEFFREY PAUL EHRLICH, ESQ.
                                    TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                  MICHELE S. GREIF, ESQ.
                                    CONOR KELLS, ESQ.
13                                  PAUL MARC LEVINE, ESQ.
                                    JAMES F. MCCONNON JR., ESQ.
14                                  KARA K. MILLER, ESQ.
                                    RUPERT MITSCH, ESQ.
15                                  PETER G. MYER, ESQ.
                                    ROBIN D. SMITH, ESQ.
16                                  SARAH K. SOJA, ESQ.
                                    RICHARD R. STONE SR., ESQ.
17                                  JOHN WOODCOCK, ESQ.
                               BENJAMIN FRANKLIN STATION
18                             P.O. BOX 888
                               WASHINGTON, DC 20044

19

20  OFFICIAL COURT REPORTER:   TONI DOYLE TUSA, CCR, FCRR
                               500 POYDRAS STREET, ROOM HB-406
21                             NEW ORLEANS, LOUISIANA 70130
                               (504) 589-7778

22

23

24
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25  PRODUCED BY COMPUTER.


                             FINAL DAILY COPY

1                           <u>I N D E X</u>

2                                                        <u>PAGE</u>

3     G. PAUL KEMP
           CROSS-EXAMINATION                             1963
4
      BRUCE EBERSOLE
5          VOIR DIRE                                     2046
           TRAVERSE                                      2055
6          DIRECT EXAMINATION                            2065

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                          FINAL DAILY COPY

| | | |
|---|---|---|
| 12:51 | 1 | **AFTERNOON SESSION** |
| 12:51 | 2 | **(APRIL 30, 2009)** |
| 12:51 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 12:51 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:09 | 5 | (WHEREUPON, **G. PAUL KEMP**, HAVING BEEN DULY SWORN, |
| 13:09 | 6 | TESTIFIED AS FOLLOWS.) |
| 13:09 | 7 | **CROSS-EXAMINATION** |
| 13:09 | 8 | BY MR. LEVINE: |
| 13:09 | 9 | **Q.**   GOOD AFTERNOON, DR. KEMP. |
| 13:10 | 10 | **A.**   GOOD AFTERNOON. |
| 13:10 | 11 | **Q.**   THE MODEL PLAINTIFFS USED TO GET THEIR FINAL SURGE NUMBERS |
| 13:10 | 12 | IS KNOWN AS FINEL; RIGHT? |
| 13:10 | 13 | **A.**   THAT'S RIGHT.  IT'S SHORT FOR FINITE ELEMENT. |
| 13:10 | 14 | **Q.**   YOU CANNOT GENERATE A STORM SURGE ONLY WITH FINEL; |
| 13:10 | 15 | CORRECT? |
| 13:10 | 16 | **A.**   THAT'S CORRECT. |
| 13:10 | 17 | **Q.**   FINEL NEEDS TO DRAW ITS BOUNDARIES FROM A REAL SURGE |
| 13:10 | 18 | MODEL; RIGHT? |
| 13:10 | 19 | **A.**   THAT'S MY UNDERSTANDING.  NOW, DR. VRIJLING MIGHT -- BUT I |
| 13:10 | 20 | THINK THE ONLY -- I WOULD SAY YES. |
| 13:10 | 21 | **Q.**   THE MODEL PLAINTIFFS USED IS KNOWN AS ADCIRC; RIGHT? |
| 13:10 | 22 | **A.**   THE MODEL THAT BOTH PLAINTIFFS AND DEFENDANTS USE IS |
| 13:10 | 23 | ADCIRC. |
| 13:10 | 24 | **Q.**   ADCIRC WAS DEVELOPED BY THE UNITED STATES' EXPERT, |
| 13:10 | 25 | DR. JOANNES WESTERINK; CORRECT? |

1964

| | | |
|---|---|---|
| 13:10 | 1 | **A.**   YES.  HE GOT A LITTLE HELP FROM RICK LUETTICH, I BELIEVE, |
| 13:11 | 2 | AT THE UNIVERSITY OF NORTH CAROLINA. |
| 13:11 | 3 | **Q.**   DR. WESTERINK HAS SPENT HIS WHOLE CAREER DEVELOPING |
| 13:11 | 4 | ADCIRC; RIGHT? |
| 13:11 | 5 | **A.**   I'M NOT SURE HOW MUCH OF HIS CAREER, BUT I THINK A GOOD |
| 13:11 | 6 | PORTION OF IT. |
| 13:11 | 7 | **Q.**   YOU THINK DR. WESTERINK IS A TERRIFIC MODELER; CORRECT? |
| 13:11 | 8 | **A.**   I THINK HE IS, YES. |
| 13:11 | 9 | **Q.**   YOU HAVE GREAT RESPECT FOR DR. WESTERINK; RIGHT? |
| 13:11 | 10 | **A.**   I DO INDEED.  WE WORKED TOGETHER VERY WELL TO CREATE THE |
| 13:11 | 11 | KATRINA SIMULATION AND THE HURRICANE PAM SIMULATIONS PRIOR TO |
| 13:11 | 12 | KATRINA'S ARRIVAL. |
| 13:11 | 13 | **Q.**   DR. WESTERINK UNDERSTANDS HIS MODEL BETTER THAN ANYONE; |
| 13:11 | 14 | CORRECT? |
| 13:11 | 15 | **A.**   I DON'T KNOW WHETHER DR. LUETTICH WOULD ARGUE ABOUT THAT; |
| 13:11 | 16 | BUT OTHER THAN DR. LUETTICH, I WOULD SAY YES. |
| 13:11 | 17 | **Q.**   YOU DO NOT QUESTION DR. WESTERINK'S METHODS, RIGHT, IN |
| 13:11 | 18 | THIS CASE? |
| 13:12 | 19 | **A.**   I HAVE SOME QUIBBLES ABOUT THINGS; BUT IN GENERAL, I DON'T |
| 13:12 | 20 | HAVE A -- I DON'T ARGUE ABOUT HIS METHODS.  HE, I THINK, EVERY |
| 13:12 | 21 | DAY GETS UP AND MAKES SOME CHANGES TO HIS MODELS TO IMPROVE |
| 13:12 | 22 | THEM, JUST LIKE ANY RESEARCHER WOULD, AND OVER TIME THEY |
| 13:12 | 23 | IMPROVE AND BECOME BETTER.  THEY ARE A SUBJECT OF RESEARCH FOR |
| 13:12 | 24 | HIM.  NOW, I CAN'T SAY WHEN HE MAKES A SIMULATION ON WEDNESDAY |
| 13:12 | 25 | THAT HE'S USING THE SAME MODEL HE USED ON TUESDAY BECAUSE HE'S |

13:12   1   ALWAYS MAKING IMPROVEMENTS.

13:12   2            **THE COURT:**  WHILE YOU'RE DOING THIS, JUST BRIEFLY,

13:12   3   THE MODEL DOESN'T GIVE THE SAME RESULT EVERY TIME IT'S RUN,

13:12   4   DOES IT?  BY THAT, I MEAN DOESN'T IT DEPEND ON THE INPUT PLACED

13:12   5   INTO THE MODEL?

13:12   6            **THE WITNESS:**  VERY DEFINITELY.

13:12   7            **THE COURT:**  THANK YOU.  GO AHEAD.

13:13   8   **BY MR. LEVINE:**

13:13   9   **Q.**   I'M JUST ASKING:  IN THIS CASE YOU DON'T QUESTION

13:13  10   DR. WESTERINK'S METHODS; RIGHT?

13:13  11   **A.**   I DON'T QUESTION DR. -- I AM LOOKING AT THE RESULTS

13:13  12   PRIMARILY, IF THAT'S WHAT YOU MEAN.

13:13  13   **Q.**   CAN WE PULL UP DX-1601, WHICH IS DR. KEMP'S JANUARY 14,

13:13  14   2009 DECLARATION, AND TAKE A LOOK AT PAGE 5.  THAT BOTTOM

13:13  15   PARAGRAPH, THIS IS A DECLARATION YOU SIGNED UNDER THE PENALTY

13:13  16   OF PERJURY; CORRECT?

13:13  17            **THE COURT:**  YOU KNOW, THIS PENALTY OF PERJURY STUFF,

13:13  18   HE'S UNDER OATH RIGHT NOW.  OKAY?

13:13  19            **MR. LEVINE:**  YES, YOUR HONOR.

13:13  20            **THE COURT:**  WE DON'T HAVE TO KEEP DOING THAT.  DO IT

13:13  21   ONCE IF YOU HAVE TO DO THAT.

13:13  22            **THE WITNESS:**  I THINK THAT ESTABLISHES THAT I HAVE

13:13  23   GREAT RESPECT FOR JOANNES AND RICK.  I AGREE HE KNOWS THIS

13:14  24   MODEL BETTER THAN ANYONE, SO I DO NOT QUESTION WHAT HE DOES.  I

13:14  25   DO, AT SOME TIMES, QUESTION THE RESULTS.

FINAL DAILY COPY

13:14    1          **THE COURT:**  HE'S ALREADY TESTIFIED THERE'S A

13:14    2    DIFFERENCE IN THE RESULTS HERE.  I GUESS EVENTUALLY WE'LL GET

13:14    3    TO THAT, WITH THE UNDERSTANDING HE HAS THE GREATEST RESPECT FOR

13:14    4    DR. WESTERINK.  HE'S THE INVENTOR OF THE ADCIRC MODEL AND HE

13:14    5    KNOWS MORE ABOUT THE MODEL THAN, PERHAPS, MOST LIKELY ANYONE

13:14    6    ELSE.  WE DO HAVE A DIFFERENCE OF OPINION HERE IN SOME AREAS,

13:14    7    WHICH I KNOW WE WILL EXPLORE.

13:14    8    **BY MR. LEVINE:**

13:14    9    **Q.**  IN CONTRAST, YOU HAVE NEVER MODELED THE CODE AND RAN YOUR

13:14   10    OWN ADCIRC MODEL; RIGHT?

13:14   11    **A.**  I'M SORRY.  SAY THAT AGAIN, PLEASE.

13:14   12    **Q.**  YOU HAVE NEVER MODELED THE CODE AND RAN YOUR OWN ADCIRC

13:14   13    MODEL; CORRECT?

13:14   14    **A.**  I DON'T UNDERSTAND THE QUESTION.  WHAT DOES "MODELED THE

13:14   15    CODE" MEAN?

13:14   16    **Q.**  PUT THE INPUTS INTO THE MODEL, RUN THE WHOLE MODEL, DO ALL

13:15   17    THE HYDRODYNAMIC MODEL INPUT.  YOU HAVE SOMEONE ELSE ALWAYS DO

13:15   18    THAT FOR YOU; RIGHT?

13:15   19    **A.**  I WORK CLOSELY WITH TECHNICIANS, WHO ACTUALLY IMPLEMENT

13:15   20    THE MODEL, IF THAT'S WHAT YOU MEAN.  I MEAN, WE DISCUSS THE

13:15   21    INPUTS.  I WOULD SAY THAT I'M RUNNING THE MODEL, YES.

13:15   22          **THE COURT:**  WHEN YOU SAY "THE CODES," DO YOU MEAN THE

13:15   23    ACTUAL ZEROS AND ONES THAT GO INTO THE SOFTWARE THAT CREATES

13:15   24    IT?  HAS HE EVER CREATED A MODEL?

13:15   25          **MR. LEVINE:**  YES.

| | | |
|---|---|---|
| 13:15 | 1 | **THE COURT:**  HAVE YOU EVER CREATED A MODEL? |
| 13:15 | 2 | **THE WITNESS:**  I HAVE CREATED MODELS.  I DID NOT |
| 13:15 | 3 | CREATE ADCIRC. |
| 13:15 | 4 | **BY MR. LEVINE:** |
| 13:15 | 5 | **Q.**   YOU HAVEN'T MADE ANY MODIFICATIONS TO IT?  YOU HAVEN'T |
| 13:15 | 6 | CHANGED THE CODE TO IT YOURSELF; YOU HAVE OTHER PEOPLE DO THAT |
| 13:15 | 7 | FOR YOU? |
| 13:15 | 8 | **A.**   THAT'S CORRECT, YES. |
| 13:15 | 9 | **Q.**   YOU'VE NEVER PUT THE VALUES INTO A FINEL MODEL AND RUN THE |
| 13:15 | 10 | MODEL YOURSELF; CORRECT? |
| 13:16 | 11 | **A.**   IF YOU'RE SAYING WHETHER I GOT ON THE COMPUTER AND |
| 13:16 | 12 | ACTUALLY INPUT THOSE VALUES, IF THAT'S WHAT YOU MEAN, NO. |
| 13:16 | 13 | THAT'S DONE IN THE NETHERLANDS BY DR. VRIJLING AND HIS STUDENTS |
| 13:16 | 14 | AND ASSOCIATES. |
| 13:16 | 15 | **Q.**   PLAINTIFFS USED AN EARLIER VERSION OF THE ADCIRC MODEL |
| 13:16 | 16 | KNOWN AS S08 TO LINK WITH FINEL; RIGHT? |
| 13:16 | 17 | **A.**   THAT'S RIGHT. |
| 13:16 | 18 | **Q.**   IN THAT MODEL PLAINTIFFS USED A WIND MODEL KNOWN AS THE |
| 13:16 | 19 | PLANETARY BOUNDARY LAYER MODEL; CORRECT? |
| 13:16 | 20 | **A.**   THAT'S RIGHT.  THAT WAS THE MODEL THAT WAS LINKED TO |
| 13:16 | 21 | ADCIRC WHEN WE USED IT. |
| 13:16 | 22 | **Q.**   THE UNITED STATES USED AN UPDATED VERSION OF THE ADCIRC |
| 13:16 | 23 | MODEL KNOWN AS SL15; CORRECT? |
| 13:16 | 24 | **A.**   THAT'S MY UNDERSTANDING. |
| 13:16 | 25 | **Q.**   ONE OF THE NEW FEATURES IN THAT SL15 MODEL USED BY THE |

| 13:16 | 1 | UNITED STATES WAS TO ADD DETAILS ON THE MISSISSIPPI COAST; |
| 13:16 | 2 | CORRECT? |
| 13:16 | 3 | **A.**   THAT I'M AWARE OF, YES. |
| 13:17 | 4 | **Q.**   NOW, ON DIRECT EXAMINATION WE TALKED ABOUT HOW |
| 13:17 | 5 | MR. EBERSOLE SCALED HIS HYDROGRAPHS; CORRECT? |
| 13:17 | 6 | **A.**   MR. EBERSOLE ADJUSTED THE HYDROGRAPHS BOTH IN TIME AND IN |
| 13:17 | 7 | TERMS OF THEIR ELEVATION ALSO. |
| 13:17 | 8 | **Q.**   YOU CALL THAT PROCESS "SCALING"? |
| 13:17 | 9 | **A.**   ACTUALLY, MR. EBERSOLE CALLED IT SCALING. |
| 13:17 | 10 | **Q.**   YOU KNOW BRUCE EBERSOLE TO BE A FIRST-RATE COASTAL |
| 13:17 | 11 | ENGINEER; CORRECT? |
| 13:17 | 12 | **A.**   THAT'S CORRECT.  I BELIEVE HE'S CHIEF OF THE COASTAL |
| 13:17 | 13 | ENGINEERING GROUP OF WHAT USED TO BE THE WATERWAYS EXPERIMENT |
| 13:17 | 14 | STATION. |
| 13:17 | 15 | **Q.**   WE ALREADY DISCUSSED THIS, BUT YOU CANNOT GENERATE A STORM |
| 13:17 | 16 | SURGE ONLY WITH FINEL; RIGHT? |
| 13:17 | 17 | **A.**   ONLY WITH FINEL, THAT'S RIGHT, BECAUSE WE'D HAVE TO HAVE |
| 13:18 | 18 | BOUNDARIES OUT AT BERMUDA AND EVERYTHING WHERE, YOU KNOW -- |
| 13:18 | 19 | **Q.**   THE MOST IMPORTANT INPUT IN ANY SURGE GENERATION MODEL IS |
| 13:18 | 20 | THE BOUNDARY CONDITIONS; RIGHT? |
| 13:18 | 21 | **A.**    AND THEN I GUESS THAT MEANS A LOT OF THINGS TO ME.  I'M |
| 13:18 | 22 | TRYING TO SAY WHETHER IT'S THE MOST IMPORTANT THING.  I THINK |
| 13:18 | 23 | IT'S IMPORTANT TO GET A LOT OF THINGS RIGHT IN DOING A GOOD |
| 13:18 | 24 | MODELING REPRESENTATION OF A STORM SURGE.  WHEN YOU SAY |
| 13:18 | 25 | "BOUNDARY CONDITIONS," I ASSUME THAT MEANS GETTING THE WINDS |

13:18   1   RIGHT, GETTING THE BOTTOM STRESSES RIGHT, GETTING THE LATERAL

13:18   2   CONDITIONS ON EITHER SIDE RIGHT.  ALL THOSE THINGS ARE

13:18   3   IMPORTANT, YES.

13:18   4   **Q.**   IT'S THE BOUNDARY OF THE MODEL.  WHAT'S OUTSIDE THE MODEL

13:18   5   IS THE MOST IMPORTANT THING; RIGHT?

13:18   6   **A.**   IT'S NOT NECESSARILY THE MOST IMPORTANT THING, BUT IT IS A

13:18   7   VERY -- WELL, VERY IMPORTANT, YES.

13:18   8   **Q.**   YOU NEED ADCIRC TO GIVE FINEL ITS BOUNDARIES; CORRECT?

13:19   9   **A.**   AT THE TIME THAT WE WERE SETTING UP FINEL, THERE WAS NOT A

13:19   10   LOT OF DISPUTE ABOUT THE HIGH WATER CONDITIONS OUTSIDE THE

13:19   11   FUNNEL AREA.  WE ACTUALLY HAD HIGH WATER MARKS ALSO.  I WOULD

13:19   12   SAY WE HAD BOTH AN ADCIRC SIMULATION THAT WAS REMARKABLY GOOD,

13:19   13   THAT WE HAD VALIDATED TO SOME DEGREE, AND WE HAD HIGH WATER

13:19   14   MARKS.  SO WHEN WE PUT THOSE TWO TOGETHER, WE FEEL LIKE WE ARE

13:19   15   CREATING PRETTY GOOD BOUNDARY CONDITIONS FOR THE FINEL MODEL.

13:19   16   WE DO NOT HAVE TO SIMULATE THE STORM ALL THE WAY THROUGH THE

13:19   17   CARIBBEAN AND INTO THE GULF OF MEXICO BECAUSE WE ALREADY KNOW

13:19   18   WHAT THE STORM DID.

13:19   19   **Q.**   YOU USED THE ADCIRC OUTPUT TO FEED INTO THE FINEL BOUNDARY

13:19   20   CONDITIONS?

13:19   21   **A.**   ADCIRC PROVIDES THE GLOBAL PICTURE.  IT'S LIKE OUR NESTED

13:19   22   SWAN RUNS; WE DO A MORE DETAILED PICTURE IN THE AREA OF

13:19   23   INTEREST.

13:20   24   **Q.**   THE ADCIRC MODEL YOU USED IN CONJUNCTION WITH THE FINEL

13:20   25   MODEL IS THE HINDCAST VERSION; CORRECT?

1970

13:20    1   **A.**   WE USED THE -- ADVISORY 31 WAS THE LAST NOAA, NATIONAL

13:20    2   HURRICANE CENTER ADVISORY RELEASED FOR KATRINA, AND SO WE USED

13:20    3   THAT RUN, YES.

13:20    4   **Q.**   THIS ADCIRC VERSION, ADVISORY HINDCAST 31, OBTAINED PEAK

13:20    5   SURGE HEIGHTS LOWER THAN OBSERVED HIGH WATER MARKS; RIGHT?

13:20    6   **A.**   IT DEPENDS ON WHERE YOU ARE.   THE PEAK SURGE HEIGHTS IN

13:20    7   THE INNER HARBOR NAVIGATION CANAL, FOR EXAMPLE, WERE SOMEWHAT

13:20    8   HIGHER THAN OBSERVED.   THE PEAK SURGE HEIGHTS PREDICTED BY

13:20    9   ADCIRC WERE SOMEWHAT LOWER IN THE FUNNEL AREA.

13:20   10   **Q.**   WELL, LET'S JUST TAKE A LOOK AT PAGE 10 OF JX-194, WHICH

13:20   11   IS YOUR JULY 22, 2007 REPORT.

13:21   12          **THE LAW CLERK:**   JULY 28.

13:21   13          **MR. LEVINE:**   YOU'RE RIGHT.

13:21   14   **BY MR. LEVINE:**

13:21   15   **Q.**   PAGE 10.   CAN WE FOCUS ON THE BOTTOM TABLE ON THIS PAGE,

13:22   16   TABLE 2.   WE SEE THAT THE PERCENT ERROR FOR THIS WHOLE REGION

13:22   17   WAS 19 PERCENT IN THE ADVISORY HINDCAST 31 MODEL RUN AS

13:22   18   COMPARED TO THE OBSERVED HIGH WATER MARKS; CORRECT?

13:22   19   **A.**   I'M SORRY.   I'M TRYING TO FIGURE OUT WHERE THE 19 PERCENT

13:22   20   COMES FROM.

13:22   21          **THE COURT:**   AT THE BOTTOM RIGHT.

13:22   22          **THE WITNESS:**   THAT IS A SUMMARY ACROSS ALL AREAS FROM

13:22   23   LAKE MAUREPAS TO EASTERN ST. BERNARD.   I THOUGHT WE DID PRETTY

13:22   24   WELL.

        25

13:22    1    **BY MR. LEVINE:**

13:22    2    **Q.**    SO FOR THIS DATA YOU HAD TO RAISE THE ADCIRC SURGE LEVELS

13:22    3    AT CERTAIN LOCATIONS TO MATCH THE OBSERVED HIGH WATER MARKS

13:22    4    BEFORE YOU FED IT INTO THE FINEL MODEL; CORRECT?

13:22    5    **A.**    THAT'S CORRECT.

13:22    6    **Q.**    YOU RAISED THE ADCIRC SURGE LEVELS TO HIGH WATER MARKS

13:22    7    THAT YOU TRUSTED BECAUSE YOU HAD GATHERED THEM; RIGHT?

13:23    8    **A.**    THAT'S RIGHT.

13:23    9    **Q.**    THEN YOU WOULD TAKE THE ADJUSTED ADCIRC LEVELS AND USE

13:23    10   THEM AS BOUNDARY CONDITIONS FOR FINEL; RIGHT?

13:23    11   **A.**    NOT EXACTLY.  I HAD ADCIRC HYDROGRAPHS AT THOSE LOCATIONS

13:23    12   AND I HAD HIGH WATER MARKS.  THERE WERE A COUPLE OF ITERATIONS

13:23    13   TO DEVELOP THE BOUNDARY CONDITIONS BECAUSE, REMEMBER, THE FINEL

13:23    14   MODEL WILL NOT RUN UNLESS THERE'S HYDROLOGIC CONSISTENCY AMONG

13:23    15   THE BOUNDARIES.  SO I HAD TO ACTUALLY -- WHEN YOU PUT

13:23    16   HYDROGRAPHS IN, IT ACTUALLY COMES BACK AND SAYS WE'D LIKE IT

13:23    17   BETTER IF IT WAS UP HERE OR EAST AND WEST.

13:23    18           I'M TALKING ABOUT -- SO THERE'S A LITTLE BIT OF A

13:23    19   NUDGING PROCESS THERE IN GOING FROM ONE MODEL TO THE OTHER.

13:23    20   IT'S ACTUALLY REASSURING BECAUSE I DON'T LIKE TO JUST PUT AN

13:24    21   ARTISTIC REPRESENTATION OF THE HYDROGRAPH.  I WANT TO PUT IN

13:24    22   SOMETHING THAT IS HYDROLOGICALLY CONSISTENT ALL THROUGH THE

13:24    23   DOMAIN OF THE MODEL.

13:24    24   **Q.**    YOU HAD TO TAKE THESE ADJUSTED ADCIRC MODELS THAT YOU GOT,

13:24    25   WHATEVER THOSE VALUES WERE, AND PLUG THEM INTO THE FINEL

13:24     1   HYDROGRAPH; RIGHT?

13:24     2   **A.**   YES, AT THE BOUNDARIES.  I DIDN'T DO THAT WHERE THE

13:24     3   BREACHING'S OCCURRING OR ANYTHING --

13:24     4   **Q.**   RIGHT.  AT THE BOUNDARY LOCATIONS; IS THAT RIGHT?

13:24     5   **A.**   AT THE BOUNDARIES.  THERE WERE THREE BOUNDARIES.

13:24     6   **Q.**   LET'S TAKE A LOOK AT PAGE 10 OF THE PLAINTIFFS' DUTCH

13:24     7   SURGE REPORT, WHICH IS MARKED AS JX-197.  IF WE CAN TAKE A LOOK

13:24     8   AT THE TOP LOCATION THERE.

13:24     9   **A.**   OKAY.  I'M SORRY.  I'LL HAVE TO ASK YOU WHAT SCENARIO

13:25   10   WE'RE RUNNING HERE.

13:25   11   **Q.**   THIS IS FOR SCENARIO 1.  THIS PAGE SHOWS THE BOUNDARY

13:25   12   LOCATIONS AND THE CONDITIONS FOR THE FINEL MODEL; CORRECT?

13:25   13   **A.**   THIS IS NOT FOR ALL THE RUNS, BUT IT IS FOR THE

13:25   14   SCENARIO 1.  DURING THE SCENARIO 2 SERIES, WE ACTUALLY HAD THE

13:25   15   WHOLE ST. BERNARD POLDER IN THE MODEL DOMAIN.

13:25   16   **Q.**   THE BOUNDARIES FOR THIS MODEL COME IN AT SHELL BEACH NEAR

13:25   17   CHEF MENTEUR AND THEN AT LAKE PONTCHARTRAIN; CORRECT?

13:25   18   **A.**   THAT'S CORRECT.

13:25   19   **Q.**   IF WE COULD TAKE A LOOK AT PAGE 19 OF YOUR POWERPOINT

13:25   20   SLIDE SHOW FROM YESTERDAY.  THIS IS PX-91 AT 72 AS WELL.

13:25   21   **A.**   YEAH.  THERE, YOU CAN SEE THE ADDED PART.

13:25   22   **Q.**   THE AREA OUTLINED IN RED IS THE FINEL BOUNDARY AREA;

13:25   23   CORRECT?

13:25   24   **A.**   THAT'S CORRECT.

13:25   25   **Q.**   SO THE FINEL MODEL DOES NOT PICK UP ANY DETAILS OF THE

| | | |
|---|---|---|
| 13:26 | 1 | REGION, SUCH AS THE MISSISSIPPI COAST; RIGHT? |
| 13:26 | 2 | **A.**   OH, OF COURSE NOT.  ONLY AS IT'S TRANSMITTED TO IT THROUGH |
| 13:26 | 3 | THE ADCIRC. |
| 13:26 | 4 | **Q.**   SO IF WE LOOK AT PAGE 10 OF THE DUTCH SURGE REPORT AGAIN, |
| 13:26 | 5 | GO BACK TO THE MODEL PAGE THAT WE WERE JUST LOOKING AT.  IF WE |
| 13:26 | 6 | FOCUS ON THE BOTTOM HYDROGRAPHS, I THINK THE BOUNDARY CONDITION |
| 13:26 | 7 | YOU ESTABLISHED AT SHELL BEACH IS ABOUT 17 FEET; CORRECT? |
| 13:26 | 8 | **A.**   THAT'S CORRECT. |
| 13:26 | 9 | **Q.**   THEN IF WE LOOK AT PAGE 40 OF THE DUTCH SURGE REPORT, |
| 13:26 | 10 | WHICH IS JX-197, THIS SHOWS THE BOUNDARY CONDITIONS FOR |
| 13:27 | 11 | SCENARIO 2C, THIS PAGE; CORRECT? |
| 13:27 | 12 | **A.**   THAT'S CORRECT, YES. |
| 13:27 | 13 | **Q.**   CAN WE HIGHLIGHT THE BOTTOM HYDROGRAPHS AGAIN, PLEASE.  IN |
| 13:27 | 14 | THIS LOCATION YOU ESTABLISH A BOUNDARY CONDITION FOR THE MODEL |
| 13:27 | 15 | WHICH IS A LITTLE BIT LOWER, AT JUST OVER 16 FEET; CORRECT? |
| 13:27 | 16 | **A.**   YEAH.  WE ACTUALLY RAN ADCIRC.  REMEMBER, WE HAVE THE |
| 13:27 | 17 | ADCIRC MODEL, AS WELL AS FINEL, SO WHAT WE DO IS WE RUN -- IN |
| 13:27 | 18 | THIS CASE WE TOOK THE MRGO CHANNEL OUT, WE RAN ADCIRC WITHOUT |
| 13:27 | 19 | THE CHANNEL, AND THAT HELPED US TO DEVELOP THE BOUNDARY |
| 13:27 | 20 | CONDITIONS OF FINEL. |
| 13:27 | 21 |      **THE COURT:**  WOULD YOU BRIEFLY TELL ME THE PRIMARY |
| 13:27 | 22 | DIFFERENCES IN FUNCTION, IF ANY, BETWEEN ADCIRC AND FINEL.  WE |
| 13:27 | 23 | MAY HAVE ALREADY TOUCHED ON THAT.  IF WE DID, FORGIVE ME. |
| 13:27 | 24 |      **THE WITNESS:**  THE PRIMARY DIFFERENCE IS THAT ADCIRC |
| 13:27 | 25 | IS A SURGE MODEL THAT STARTS AT BERMUDA AND GOES ALL THE WAY |

```
13:28    1   THROUGH THE SOUTH ATLANTIC AND THROUGH THE CARIBBEAN AND INTO
13:28    2   THE GULF OF MEXICO AND THEN HAS SOME DETAIL AROUND THE
13:28    3   LOUISIANA COAST.
13:28    4            IT IS EXCELLENT FOR TAKING US -- BECAUSE THE
13:28    5   BOUNDARY CONDITIONS FOR A HURRICANE, YOU NEED THEM THAT BIG.  A
13:28    6   HURRICANE IS A HUGE SYSTEM AND IT'S TRANSLATING OVER MANY DAYS.
13:28    7   IF YOU LEAVE OUT SOMETHING ABOUT WHAT IT'S DOING WHEN IT'S, YOU
13:28    8   KNOW, IN THE CARIBBEAN, YOU WON'T GET IT RIGHT WHEN YOU GET TO
13:28    9   LOUISIANA.
13:28   10            WE ALREADY KNOW THAT LARGER PICTURE AT THIS
13:28   11   POINT FROM ADCIRC MODELING, AND SO WE DON'T HAVE TO REPRODUCE
13:28   12   ALL THAT EVERY TIME WE WANT TO RUN A SCENARIO IN OUR LITTLE
13:28   13   STUDY AREA HERE IN THE FUNNEL.  WE'RE NOT GOING TO LOSE A WHOLE
13:28   14   LOT THAT WAY.  WHAT WE DO, THEN, IS I RUN ADCIRC S08.  I MAKE
13:29   15   THE MAJOR GEOMETRY CHANGE, WHICH IN THIS CASE IS TAKING THE
13:29   16   MRGO REACH 2 CHANNEL OUT, REDUCING THE GIWW/REACH 1 PORTION
13:29   17   BACK TO ITS PRE-MRGO SIZE, RUN ADCIRC.  THAT TELLS ME, OKAY, IF
13:29   18   I COMPARE IT WITH A RUN WITH THE CHANNEL IN, WITH ONE OUT, THEN
13:29   19   I KNOW IT HAS SOME EFFECT ON THE BOUNDARY, WHICH I THEN
13:29   20   TRANSLATE TO THE FINEL MODEL.
13:29   21            THE COURT:  THE FINEL MODEL IS DIFFERENT BECAUSE --
13:29   22            THE WITNESS:  THE FINEL MODEL IS DIFFERENT BECAUSE IT
13:29   23   HAS BETTER RESOLUTION OF THE GEOMETRY.  WE PUT IN A LOT OF
13:29   24   DETAIL ABOUT, FOR EXAMPLE, THE IHNC CHANNEL AND ALL THE BRIDGE
13:29   25   ABUTMENTS AND SO ON.  WE HAVE A LOT OF DETAIL ABOUT WETLAND
```

| | | |
|---|---|---|
| 13:29 | 1 | TYPES.  THAT'S PRETTY MUCH IT.  FRANKLY, OUR DUTCH COLLEAGUES |
| 13:30 | 2 | HAVE A LOT OF EXPERIENCE WITH THAT MODEL. |
| 13:30 | 3 | **THE COURT:**  COUNSEL, PROCEED.  THANK YOU. |
| 13:30 | 4 | **MR. LEVINE:**  DO YOU MIND IF I CONFER WITH MR. SMITH |
| 13:30 | 5 | FOR A SECOND? |
| 13:30 | 6 | **THE COURT:**  NOT AT ALL, SIR.  YOU CAN DO THAT AT ANY |
| 13:30 | 7 | TIME. |
| 13:30 | 8 | BY MR. LEVINE: |
| 13:30 | 9 | **Q.**   YOU DID NOT DO AS MUCH WITH THE WAVES IN YOUR EXPERT |
| 13:30 | 10 | REPORT AS YOU WANTED TO; CORRECT? |
| 13:30 | 11 | **A.**   I THINK I COULD PROBABLY STILL BE WRITING EXPERT REPORTS |
| 13:30 | 12 | TO NEXT WEEK AND THE WEEK AFTER.  I DON'T HAVE THE STAMINA OF |
| 13:30 | 13 | DR. BEA, BUT YOU'RE ABSOLUTELY RIGHT.  I REMEMBER THAT DEADLINE |
| 13:30 | 14 | VERY, VERY WELL AS BEING COUNTED DOWN IN HOURS RATHER THAN |
| 13:31 | 15 | DAYS, ALSO A LOT OF EXPERT REPORTS COMING IN AT THE SAME TIME |
| 13:31 | 16 | AND MY INABILITY TO ABSORB EVERYTHING AT ONE TIME. |
| 13:31 | 17 | **Q.**   NOWHERE IN YOUR EXPERT REPORT DO YOU HAVE A DISCUSSION OF |
| 13:31 | 18 | THE WAVES OF SCENARIO 2C OR SCENARIO 3; CORRECT? |
| 13:31 | 19 | **A.**   I'M TRYING TO REMEMBER WHETHER -- YOU'RE TALKING ABOUT MY |
| 13:31 | 20 | JULY REPORT; IS THAT RIGHT? |
| 13:31 | 21 | **Q.**   YOUR JULY 11, 2008 EXPERT REPORT. |
| 13:31 | 22 | **A.**   BECAUSE, I MEAN, THERE WERE OTHER REPORTS.  I HAVE A |
| 13:31 | 23 | SECTION -- I MOSTLY AM DEALING THERE WITH FINEL AND LESS WITH |
| 13:31 | 24 | SWAN, ALTHOUGH I DO HAVE A SECTION ON SWAN, BUT I DID NOT GET |
| 13:31 | 25 | TO A LOT OF ANALYSIS ON 2C AND 3.  DR. BEA DID A LOT MORE OF |

| 13:31 | 1 | THAT.  NOT FROM LACK OF INTEREST, I SHOULD SAY; IT'S LACK OF |
| 13:32 | 2 | TIME. |
| 13:32 | 3 | Q.   THEY'RE NOT COVERED IN YOUR REPORT, THE WAVES FOR SCENARIO |
| 13:32 | 4 | 2C OR 3? |
| 13:32 | 5 | A.   THEY'RE NOT COVERED IN MY -- WHICH REPORT? |
| 13:32 | 6 | Q.   YOUR JULY 11, 2008 EXPERT REPORT. |
| 13:32 | 7 | THE COURT:  IS THERE ANY REPORT THAT HAS BEEN |
| 13:32 | 8 | SUBMITTED TO THIS COURT THAT IT'S COVERED IN? |
| 13:32 | 9 | THE WITNESS:  I BELIEVE IT'S COVERED SOMEWHAT IN MY |
| 13:32 | 10 | JANUARY REPORT AND PERHAPS IN MY OCTOBER REPORT. |
| 13:32 | 11 | THE COURT:  YOU NEED TO MAKE THAT CLEAR. |
| 13:32 | 12 | BY MR. LEVINE: |
| 13:32 | 13 | Q.   IN YOUR JULY 11 REPORT, IT WASN'T COVERED? |
| 13:32 | 14 | A.   NOT TO THE DEGREE THAT I WOULD LIKE TO. |
| 13:32 | 15 | Q.   NOT AT ALL? |
| 13:32 | 16 | A.   IS THAT TRUE?  OKAY.  I ACCEPT THAT. |
| 13:32 | 17 | Q.   YOU'VE GOT TO TELL US WHAT'S TRUE OR NOT. |
| 13:32 | 18 | A.   I MOSTLY WAS LOOKING AT THE SCENARIO 1 WAVES AT THAT TIME, |
| 13:32 | 19 | YES. |
| 13:32 | 20 | Q.   YOU DID DO SOME INVESTIGATION OF THE WAVES, AND THE WAVES |
| 13:32 | 21 | REFLECTED IN THE DUTCH ANALYSIS -- AND THAT REPORT'S MARKED AS |
| 13:32 | 22 | PX-103.  THAT PROVIDES US WITH SIGNIFICANT WAVE HEIGHTS; |
| 13:33 | 23 | CORRECT? |
| 13:33 | 24 | A.   THAT'S RIGHT, THE AVERAGE OF THE HIGHEST ONE-THIRD. |
| 13:33 | 25 | Q.   THAT'S WHAT A SIGNIFICANT WAVE HEIGHT IS:  THE AVERAGE OF |

13:33    1    THE HIGHEST ONE-THIRD OF THE WAVE?

13:33    2    **A.**    UH-HUH.

13:33    3    **Q.**    YES?

13:33    4    **A.**    YES, SIR.

13:33    5    **Q.**    SO THE SIGNIFICANT WAVE HEIGHT IS THE AVERAGE OF THE

13:33    6    HIGHEST ONE-THIRD OF THE WAVES.  MOST OF THE WAVES THAT HIT A

13:33    7    LEVEE ARE LESS THAN THE SIGNIFICANT WAVE HEIGHT; CORRECT?

13:33    8    **A.**    THAT'S CORRECT, BUT THE SIGNIFICANT WAVE HEIGHT IS

13:33    9    ENSHRINED IN ENGINEERING PRACTICE AND OCEANOGRAPHIC PRACTICE.

13:33   10    SO THE WAY WE CHARACTERIZE OUTPUT FROM A SPECTRAL MODEL LIKE

13:33   11    THIS IS USUALLY WITH THE SIGNIFICANT WAVE HEIGHT.

13:33   12    **Q.**    THAT MIGHT BE USED BY OTHER MODELERS, BUT THE SIGNIFICANT

13:33   13    WAVE HEIGHT IS JUST A NUMBER, AND THERE'S LOTS MORE WAVES THAT

13:33   14    HIT A LEVEE THAT ARE BELOW IT; CORRECT?

13:33   15    **A.**    YEAH.  I MAY BE MISLEADING YOU BECAUSE A SPECTRAL MODEL IS

13:34   16    ACTUALLY GIVING US A PICTURE OF A WAVE FIELD, WHICH INCLUDES

13:34   17    WAVES OF ALL SIZES.  BUT IT IS CHARACTERIZED, TYPICALLY, IN

13:34   18    NORMAL PRACTICE BY THE SIGNIFICANT WAVE HEIGHT.

13:34   19    **Q.**    A MONOCHROMATIC -- THAT'S M-O-N-O-C-H-R-O-M-A-T-I-C --

13:34   20    WAVE IS A WAVE WITH A SINGLE FREQUENCY; CORRECT?

13:34   21    **A.**    IT'S A WAVE THAT DOESN'T EXIST IN THE REAL WORLD.

13:34   22    **Q.**    BECAUSE THAT WAVE WILL CONSTANTLY RECUR ALL THE TIME;

13:34   23    CORRECT?

13:34   24    **A.**    YEAH.  WE'RE DEALING WITH WAVES OF A WHOLE RANGE OF

13:34   25    FREQUENCIES.  THAT'S WHY WE DO SPECTRAL ANALYSIS.

| | | |
|---|---|---|
| 13:34 | 1 | **Q.**  YESTERDAY, YOU TESTIFIED THAT YOU WOULD GET 50 PERCENT |
| 13:35 | 2 | LESS FLOODING IN SCENARIO 3 AS COMPARED TO SCENARIO 1 AT THE |
| 13:35 | 3 | ROBINSON PROPERTY; CORRECT? |
| 13:35 | 4 | **A.**  THAT WAS MY TESTIMONY. |
| 13:35 | 5 | **Q.**  THIS CONCLUSION ASSUMED NO BREACHING WOULD OCCUR ANYWHERE |
| 13:35 | 6 | IN THE NEW ORLEANS EAST POLDER; RIGHT? |
| 13:35 | 7 | **A.**  THAT'S RIGHT.  THAT'S CORRECT. |
| 13:35 | 8 | **Q.**  THAT WOULD INCLUDE THE NEW ORLEANS EAST BACK LEVEE; RIGHT? |
| 13:35 | 9 | **A.**  THE NEW ORLEANS EAST BACK LEVEE AND THE CITRUS LEVEE. |
| 13:35 | 10 | **Q.**  YESTERDAY, WE DISCUSSED THE SOBEK MODEL A LITTLE BIT; |
| 13:35 | 11 | CORRECT? |
| 13:35 | 12 | **A.**  WE DID INDEED. |
| 13:35 | 13 | **Q.**  YOU HAVE NOT REALLY ADDRESSED THE SOBEK MODEL IN YOUR |
| 13:35 | 14 | WORK; RIGHT? |
| 13:35 | 15 | **A.**  ONLY IN THE FIRST REPORT, IN THE JULY 28 REPORT. |
| 13:35 | 16 | **THE COURT:**  FROM 2000? |
| 13:35 | 17 | **THE WITNESS:**  2007. |
| 13:35 | 18 | **BY MR. LEVINE:** |
| 13:35 | 19 | **Q.**  YOU'RE A GEOLOGIST; RIGHT? |
| 13:35 | 20 | **A.**  I'M A COASTAL GEOLOGIST AND OCEANOGRAPHER. |
| 13:35 | 21 | **Q.**  IF WE COULD PULL UP PAGE 159 OF YOUR EXPERT REPORT, WHICH |
| 13:36 | 22 | IS PX-91. |
| 13:36 | 23 | **A.**  THIS IS FROM MY JULY 11, 2008 REPORT. |
| 13:36 | 24 | **Q.**  IF WE COULD FOCUS ON THE TOP PARAGRAPH THERE -- ONE BELOW |
| 13:36 | 25 | IT, PLEASE.  THE ONE THAT BEGINS, "THE ROBINSON EXPERT |

FINAL DAILY COPY

13:36    1    TEAM...."

13:36    2            IN THAT PARAGRAPH YOU WRITE:  "MOST OF THE EBSB'S

13:36    3    WERE CONSTRUCTED OF UNCOMPACTED HYDRAULIC FILL DREDGED FROM THE

13:36    4    MRGO OR GIWW."  CORRECT?

13:36    5    A.    THAT'S MY UNDERSTANDING.  I THINK WE HAVE A -- THERE ARE

13:36    6    SOME FIGURES FROM IPET THAT SHOW EXACTLY THE LEVEE REACHES THAT

13:36    7    WERE BUILT IN THAT WAY.

13:36    8    Q.    THE LEVEES BUILT WITH THIS HYDRAULIC FILL RUN FROM MILES

13:37    9    47 TO 60 ALONG REACH 2 OF THE MRGO; CORRECT?

13:37   10    A.    YES.

13:37   11    Q.    HYDRAULIC FILL --

13:37   12    A.    ACTUALLY, THEY MAKE THE TURN TO VERRETT ALSO.

13:37   13    Q.    HYDRAULIC FILL IS A MIXTURE OF SOIL TYPES; CORRECT?

13:37   14    A.    THAT'S RIGHT.

13:37   15    Q.    YOU BELIEVE THE LEVEES ALONG REACH 2 WERE POORLY BUILT;

13:37   16    RIGHT?

13:37   17    A.    I WALKED THROUGH THOSE LEVEES, AFTER THEY WERE DESTROYED,

13:37   18    COLLECTING SEA SHELLS.  THERE WAS AN AWFUL LOT OF SAND IN THOSE

13:37   19    LEVEES.  IT IS NOT MY EXPERTISE TO DESIGN AND ENGINEER LEVEES,

13:37   20    AND THAT IS DR. BEA'S PROVINCE.

13:37   21    Q.    IF WE CAN PULL UP DX-1601, WHICH IS YOUR JANUARY 14

13:37   22    DECLARATION, AND LOOK AT PAGE 29.  IN THAT FIRST FULL PARAGRAPH

13:38   23    THERE, YOU WRITE:  "IT IS EASY TO BLAME THE POORLY BUILT EBSB'S

13:38   24    AND THE APPARENTLY NONEXISTENT QUALITY ASSURANCE EFFORT THAT

13:38   25    WENT INTO THEIR CONSTRUCTION."

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:38 | 1 | **A.**   I THINK THAT'S WHAT THE ASCE AND THE NATIONAL ACADEMY HAVE |
| 13:38 | 2 | TALKED ABOUT. |
| 13:38 | 3 | **Q.**   THOSE ARE YOUR WORDS, THOUGH; RIGHT? |
| 13:38 | 4 | **A.**   THAT'S CORRECT. |
| 13:38 | 5 | **Q.**   YOU FURTHER BELIEVE THE LPV PROJECT WAS VERY UNDERFUNDED; |
| 13:38 | 6 | CORRECT? |
| 13:38 | 7 | **A.**   COMPARED TO WHAT IT'S COSTING TO PUT IT BACK, IT SEEMS TO |
| 13:38 | 8 | HAVE BEEN -- THERE SEEM TO HAVE BEEN LESS FUNDING PUT INTO THE |
| 13:38 | 9 | EFFORT THAN WHAT WAS SUBSEQUENTLY NEEDED. |
| 13:38 | 10 | **Q.**   ALONG REACH 2, WELL-BUILT LEVEES WITH SUBSTANTIAL CLAY |
| 13:39 | 11 | CAPS SURVIVED BOTH WAVE AND SURGE INDUCED OVERTOPPING; RIGHT? |
| 13:39 | 12 | **A.**   WE HAVE FOUND A FEW PLACES LIKE THAT. |
| 13:39 | 13 | **Q.**   A COUPLE DAYS AGO, DR. BEA TESTIFIED THAT THE GRASS ON THE |
| 13:39 | 14 | LEVEES WAS OF VARYING QUALITIES:  SOME OF IT POOR; SOME OF IT |
| 13:39 | 15 | MODERATE; SOME OF IT GOOD.  HOWEVER, YOU FOUND IN YOUR FIELD |
| 13:39 | 16 | INVESTIGATIONS THAT ALL PHOTOGRAPHIC AND FIELD EVIDENCE SHOWS |
| 13:39 | 17 | THAT THE GRASS ON THE LEVEES WAS IN VERY GOOD CONDITION PRIOR |
| 13:39 | 18 | TO HURRICANE KATRINA; RIGHT? |
| 13:39 | 19 | **A.**   I'M NOT A GOOD JUDGE OF GRASS.  DID I SAY THAT? |
| 13:40 | 20 | **MR. LEVINE:**  MAY I APPROACH THE WITNESS? |
| 13:40 | 21 | **THE COURT:**  YES, YOU MAY. |
| 13:40 | 22 | **MR. LEVINE:**  I'M GOING TO SHOW YOU WHAT WE'VE MARKED |
| 13:40 | 23 | AS DX-1718.  WE'RE INTRODUCING THIS DOCUMENT SOLELY FOR |
| 13:40 | 24 | PURPOSES OF IMPEACHMENT. |
| 13:40 | 25 | **MR. ROY:**  YOUR HONOR, WE'RE GOING TO OBJECT TO IT. |

| | | |
|---|---|---|
| 13:40 | 1 | NO FOUNDATION'S BEEN LAID.  IT'S NOT IDENTIFIED AS A REPORT. |
| 13:40 | 2 | IT MAY BE, BUT I CAN'T TELL BASED UPON WHAT'S BEEN SAID SO FAR. |
| 13:40 | 3 | **THE COURT:**  DO YOU HAVE A COPY OF IT? |
| 13:40 | 4 | **MR. ROY:**  I'VE BEEN HANDED EXTRACTS OF PAGES. |
| 13:40 | 5 | **THE COURT:**  IS THAT FROM THE DECLARATION? |
| 13:40 | 6 | **MR. LEVINE:**  THIS IS NOT FROM A DECLARATION.  THIS IS |
| 13:40 | 7 | A COPY OF A REPORT WE FOUND IN DR. BEA'S RELIANCE MATERIALS. |
| 13:40 | 8 | IT WAS WRITTEN BY DR. KEMP AND DR. VAN HEERDEN. |
| 13:40 | 9 | **THE COURT:**  ALL RIGHT.  I'M GOING TO ACCEPT IT AS A |
| 13:41 | 10 | DOCUMENT. |
| 13:41 | 11 | **BY MR. LEVINE:** |
| 13:41 | 12 | **Q.**  IF WE LOOK AT THE FIRST FULL PARAGRAPH THERE -- |
| 13:41 | 13 | **A.**  YEAH.  I WOULD SAY THAT THIS REPORT IS WRITTEN PRIMARILY |
| 13:41 | 14 | BY DR. VAN HEERDEN. |
| 13:41 | 15 | **Q.**  YOUR NAME'S AT THE TOP AS WELL? |
| 13:41 | 16 | **A.**  IT IS AT THE TOP.  I SEE IT THERE. |
| 13:41 | 17 | **Q.**  DR. VAN HEERDEN, HE'S A PAID CONSULTANT FOR THE |
| 13:41 | 18 | PLAINTIFFS' EXPERT TEAM; RIGHT? |
| 13:41 | 19 | **A.**  AS I UNDERSTAND IT, HE IS, YES. |
| 13:41 | 20 | **Q.**  IN THAT PARAGRAPH IT SAYS:  "ALL PHOTOGRAPHIC AND FIELD |
| 13:41 | 21 | EVIDENCE IS THAT THE GRASS WAS IN VERY GOOD CONDITION PRIOR TO |
| 13:41 | 22 | HURRICANE KATRINA."  CORRECT? |
| 13:41 | 23 | **A.**  IT SAYS THAT, BUT I WOULD SAY THAT FROM MY EXPERIENCE, |
| 13:41 | 24 | THERE WAS A WIDE RANGE OF CONDITIONS OUT THERE. |
| 13:41 | 25 | **Q.**  WELL, YOU EVEN TOOK PICTURES OF THE GRASS; RIGHT? |

| | | |
|---|---|---|
| 13:41 | 1 | **A.**   I TOOK SOME PICTURES. |
| 13:41 | 2 | **Q.**   SOME OF THESE PICTURES SHOWED THAT THE GRASS COVER WAS |
| 13:41 | 3 | VERY MUCH INTACT, EVEN THOUGH THERE HAS BEEN WAVE ATTACK AND |
| 13:42 | 4 | OVERTOPPING FLOWS; CORRECT? |
| 13:42 | 5 | **A.**   REMEMBER, THIS IS A 12-MILE AREA.  THERE ARE PLACES WHERE |
| 13:42 | 6 | THERE IS NO GRASS, THERE ARE PLACES WHERE THERE IS A LITTLE BIT |
| 13:42 | 7 | OF GRASS, THERE'S PLACES WHERE THERE'S LOTS OF GRASS.  IT |
| 13:42 | 8 | DEPENDS ON -- NOW, THIS STORM'S HAPPENING IN THE FALL, SO WE |
| 13:42 | 9 | HAVE A WINTER SITUATION.  WHEN WE GO OUT IN THE WINTER, IT'S |
| 13:42 | 10 | NOT VERY LUSH.  THEN LATER IN THE YEAR, IT GETS A LITTLE MORE |
| 13:42 | 11 | ROBUST.  I REALLY THINK I NEED TO DISQUALIFY MYSELF AS A JUDGE |
| 13:42 | 12 | OF GRASS. |
| 13:42 | 13 | **THE COURT:**  ARE WE TALKING ABOUT THE LEVEE AS IT |
| 13:42 | 14 | EXISTED PRIOR TO KATRINA?  PORTIONS OF THE LEVEE, IS IT THE |
| 13:42 | 15 | REACH 2 LEVEE PRIOR TO KATRINA?  YOU TOOK PICTURES OF THE GRASS |
| 13:42 | 16 | PRIOR TO KATRINA? |
| 13:42 | 17 | **THE WITNESS:**  I DID NOT TAKE PICTURES.  I DID DRIVE |
| 13:42 | 18 | ALONG THE LEVEE PRIOR TO KATRINA.  I DROVE ALL THE LEVEES, AND |
| 13:42 | 19 | I FOUND THAT THERE WAS GRASS ON ALL THE LEVEES.  WHETHER IT WAS |
| 13:43 | 20 | GOOD GRASS OR BAD GRASS, I CAN'T SAY. |
| 13:43 | 21 | **BY MR. LEVINE:** |
| 13:43 | 22 | **Q.**   THIS PAPER THAT YOU PROVIDED TO DR. BEA, BECAUSE WE FOUND |
| 13:43 | 23 | IT IN HIS RELIANCE MATERIALS, THAT STATEMENT THAT'S |
| 13:43 | 24 | HIGHLIGHTED, "ALL PHOTOGRAPHIC AND FIELD EVIDENCE IS THAT THE |
| 13:43 | 25 | GRASS WAS IN VERY GOOD CONDITION PRIOR TO HURRICANE KATRINA" -- |

| | | |
|---|---|---|
| 13:43 | 1 | **A.**   OKAY.  BUT IT SAYS:  "PAUL, YOU MAY WANT TO ADD ADDITIONAL |
| 13:43 | 2 | PICTOMETRY IMAGES." |
| 13:43 | 3 | **Q.**   OKAY. |
| 13:43 | 4 | **A.**   THE PICTOMETRY IMAGES THAT I HAVE ARE TAKEN AFTER THE |
| 13:43 | 5 | STORM.  AFTER THE STORM, IF I GO OUT THERE AND I FIND GOOD |
| 13:43 | 6 | GRASS, IT PROBABLY WAS GOOD BEFORE THE STORM, TOO. |
| 13:43 | 7 | **Q.**   CAN WE TAKE A LOOK AT PAGE 12 OF THIS DOCUMENT.  IF WE CAN |
| 13:43 | 8 | FOCUS ON THE PICTURE AND THE CAPTION, IT SAYS, THE LAST |
| 13:43 | 9 | SENTENCE ON THAT CAPTION:  "NOTE THAT THE GRASS COVER IS VERY |
| 13:44 | 10 | MUCH INTACT EVEN THOUGH THERE HAS BEEN WAVE ATTACK AND |
| 13:44 | 11 | OVERTOPPING FLOWS."  RIGHT? |
| 13:44 | 12 | **A.**   THIS APPEARS TO BE A PICTURE AFTER THE STORM.  I CAN TELL |
| 13:44 | 13 | THAT BECAUSE OF THE BREACH THERE AND THE BARGE.  FRANKLY, AT |
| 13:44 | 14 | THIS ELEVATION IT'S HARD FOR ME TO SEE THE QUALITY OF THE |
| 13:44 | 15 | GRASS.  THAT IS THE CAPTION THERE.  THERE IS GRASS STILL ON |
| 13:44 | 16 | PARTS OF THE LEVEES. |
| 13:44 | 17 | **Q.**   IF WE TURN TO PAGE 14 OF THE DOCUMENT -- |
| 13:44 | 18 | **A.**   THIS A PICTURE I ACTUALLY TOOK AFTER THE STORM. |
| 13:44 | 19 | **Q.**   THE LAST SENTENCE IN THE CAPTION SAYS:  "THE GRASS COVER |
| 13:44 | 20 | IS VERY HEALTHY AND COMPACT.  EVEN THE ROAD SHOWS VERY LITTLE |
| 13:44 | 21 | WEAR." |
| 13:44 | 22 | **A.**   THIS IS, OF COURSE, NOT IN THE REACH 2 AREA. |
| 13:44 | 23 | **THE COURT:**  TO READ THE WHOLE CAPTION:  "THIS IS A |
| 13:44 | 24 | PICTURE OF A LEVEE SECTION THAT DID NOT FAIL FROM EITHER WAVES |
| 13:44 | 25 | OR OVERTOPPING, EVEN THOUGH THE WRACK LINE SHOWS THE SURGE |

| | |
|---|---|
| 13:45 | 1 |
| 13:45 | 2 |
| 13:45 | 3 |
| 13:45 | 4 |
| 13:45 | 5 |
| 13:45 | 6 |
| 13:45 | 7 |
| 13:45 | 8 |
| 13:45 | 9 |
| 13:45 | 10 |
| 13:45 | 11 |
| 13:45 | 12 |
| 13:45 | 13 |
| 13:45 | 14 |
| 13:45 | 15 |
| 13:45 | 16 |
| 13:46 | 17 |
| 13:46 | 18 |
| 13:46 | 19 |
| 13:46 | 20 |
| 13:46 | 21 |
| 13:46 | 22 |
| 13:46 | 23 |
| 13:46 | 24 |
| 13:46 | 25 |

REACHED THE TOP OF THE LEVEE.  THE GRASS COVER IS VERY HEALTHY

AND COMPACT.  EVEN THE ROAD SHOWS VERY LITTLE WEAR."

FIGURE 62 SAYS, JUST FOR THE RECORD:  "LOOKING

ON THE WEST OF THE CAERNARVON TO VERRETT LEVEE THAT PROTECTS

THE SOUTH SIDE OF ST. BERNARD DRAINED EAST OF CHALMETTE.  THE

LEVEE WAS OVERTOPPED FOR ABOUT 1.5 MILES, WHERE IT WAS BETWEEN

12.5 TO 13 FEET HIGH, BUT WAS PROTECTED FROM WAVES BY AN

EXTENSIVE MARSH TO THE LEFT.  IT SUFFERED LITTLE DAMAGE."

JUST TO GET THE WHOLE THING IN THE RECORD.

**MR. LEVINE:**  THANK YOU, YOUR HONOR.

**BY MR. LEVINE:**

**Q.**   THE DUTCH EXPERTS RETAINED BY YOUR LITIGATION TEAM HAVE

POINTED OUT THAT THERE IS NO WAY TO UTILIZE NUMERICAL MODELS TO

DETERMINE WAVE EROSION OF GRASS-COVERED LEVEES; CORRECT?

**A.**   I FEAR THAT YOU'RE PUTTING ME IN DR. BEA'S PROVINCE HERE.

DR. BEA HAS WRITTEN NEARLY 3,000 PAGES ON GRASS LIFTOFF AND

EFFECTS OF WAVE ATTACK.  I DO NOT PRETEND TO HAVE THE

COMPREHENSION THAT HE DOES OF WHAT WAVES DO TO LEVEES.

**Q.**   IF WE COULD LOOK AT PAGE 1 OF DX-1718 ONE MORE TIME, AND

LOOK AT THE THIRD FULL PARAGRAPH.  I THINK IT'S THE SECOND

SENTENCE THERE.  YOU WRITE:  "THE DUTCH EXPERTS RETAINED BY THE

*ROBINSON* LITIGATION TEAM HAVE POINTED OUT THAT THERE IS NO WAY

TO UTILIZE NUMERICAL MODELS TO DETERMINE WAVE EROSION OF

GRASS-COVERED LEVEES."  RIGHT?

**A.**   THAT'S WHAT'S WRITTEN THERE.  I WOULD SAY DR. BEA DID NOT

FINAL DAILY COPY

13:46  1  RELY ENTIRELY ON NUMERICAL MODELS.  DR. BEA HAS, WHAT, 50 YEARS

13:46  2  OF EXPERIENCE WITH WAVE FORCES ON STRUCTURES, ENGINEERED

13:46  3  STRUCTURES.  HE USED A LOT OF ENGINEERING JUDGMENT AS WELL.

13:47  4       I KNOW -- I'LL ADD THIS -- THAT AFTER THIS REPORT WAS

13:47  5  WRITTEN, THERE WAS A LOT OF -- DR. BEA DISCOVERED QUITE A LOT

13:47  6  OF GOOD SCALE STUDIES -- WELL, ACTUALLY, FULL-SCALE STUDIES

13:47  7  THAT THE DUTCH HAD DONE ON GRASS ON LEVEES.  SO THEY WERE USING

13:47  8  NOT A NUMERICAL MODEL; THEY WERE ACTUALLY USING FAIRLY

13:47  9  EMPIRICAL -- WE WOULD SAY LABORATORY, BUT THESE WERE FULL

13:47  10  SCALE.  THEY WERE DUMPING HUGE AMOUNTS OF WATER ON THE BACK OF

13:47  11  FULL-SIZED LEVEES TO DETERMINE THE EROSION.  THESE WERE

13:47  12  INSTRUMENTED SLOPES.  HE HAD A LOT OF INFORMATION ABOUT THAT

13:47  13  THAT DR. VAN HEERDEN AND I DID NOT HAVE AT THAT TIME.

13:47  14       I DON'T DISAGREE WITH THAT STATEMENT, BUT I THINK WE

13:47  15  USED OTHER INFORMATION BEYOND NUMERICAL MODELS TO GET TO OUR

13:48  16  ANSWERS.

13:48  17  Q.   ON DIRECT EXAMINATION YOU TESTIFIED THAT YOU BEGAN WORKING

13:48  18  FOR THE PLAINTIFFS IN 2007; RIGHT?

13:48  19  A.   THAT'S RIGHT, AFTER I FINISHED THE TEAM LOUISIANA REPORT.

13:48  20  Q.   AT THE TIME OF YOUR DEPOSITION ON JANUARY 15, 2009, YOU

13:48  21  HAD BILLED ALMOST $160,000 WORKING AS AN EXPERT IN THESE

13:48  22  KATRINA CASES; CORRECT?

13:48  23  A.   IN THIS ONE CASE, YES.

13:48  24  Q.   IN 2007, YOUR SALARY WAS $100,000 WORKING FOR THE NATIONAL

13:48  25  AUDUBON SOCIETY; RIGHT?

13:48   1   **A.**   THAT'S CORRECT.

13:48   2   **Q.**   IN 2007, YOU ALSO MADE AN ADDITIONAL $5,000 THAT YEAR

13:48   3   WORKING ON THE *THOMASIO* (PHONETIC) CASE?

13:48   4   **A.**   THAT'S CORRECT.

13:48   5   **Q.**   IN 2008, YOU MADE $103,000 WORKING AT THE AUDUBON SOCIETY;

13:48   6   RIGHT?

13:48   7   **A.**   THAT'S RIGHT.

13:48   8   **Q.**   YOU ALSO MADE AN ADDITIONAL $3,000 THAT YEAR WORKING ON

13:48   9   THE *THOMASIO* CASE; RIGHT?

13:48   10   **A.**   THAT'S CORRECT.

13:48   11   **Q.**   SO IN TWO YEARS YOU HAVE MADE A LITTLE UNDER HALF YOUR

13:49   12   TOTAL INCOME FROM WORKING AS AN EXPERT WITNESS IN CASES ARISING

13:49   13   FROM HURRICANE KATRINA; RIGHT?

13:49   14   **A.**   THAT'S CORRECT.

13:49   15   **Q.**   NOW, I'M GOING TO SWITCH TO SOME OF YOUR OPINIONS AND SOME

13:49   16   OF THE HISTORY THAT YOU GUYS STARTED OUT YESTERDAY DISCUSSING.

13:49   17   ON DIRECT EXAMINATION YOU TESTIFIED THAT YOU HAD SIX MAIN

13:49   18   OPINIONS IN THIS MATTER; CORRECT?

13:49   19   **A.**   THAT'S CORRECT, YES.

13:49   20   **Q.**   I WANT TO PULL UP PAGES 2 AND 3 OF YOUR EXPERT REPORT,

13:49   21   WHICH IS MARKED AS JX-204, ALSO MARKED AS PX-91.  IF WE COULD

13:49   22   ZOOM IN ON THE FIVE ENUMERATED POINTS.  THREE OF THEM ARE ON

13:50   23   PAGE 2, AND TWO OF THEM ARE AT THE TOP OF PAGE 3.

13:50   24   **A.**   OKAY.

13:50   25   **Q.**   THESE ARE YOUR MAIN OPINIONS IN THIS MATTER; CORRECT?

13:50     1    **A.**    THERE'S ANOTHER OPINION ALSO THAT COMES FROM THE

13:50     2    CHAPTER -- WELL, IT SAID "CHAPTER 9," BUT IT'S REALLY

13:50     3    CHAPTER 10.

13:50     4    **Q.**    THAT SIXTH OPINION WAS A NEW MAIN OPINION; RIGHT?

13:50     5    **A.**    YES.  AND IF THIS CASE WENT ON ANOTHER WEEK, I'D PROBABLY

13:50     6    HAVE ANOTHER ONE.

13:50     7    **Q.**    NOW, YOUR FIRST OPINION, IF WE LOOK AT NO. 1 ON PAGE 2,

13:50     8    THAT OPINION IS THAT THE MRGO CHANNEL CREATED A FUNNEL; RIGHT?

13:50     9    **A.**    THAT'S RIGHT.  THE DANGEROUS CONVERGENCE OF CHANNELS AND

13:50    10    SPOIL DISPOSAL AREAS, LATER AUGMENTED BY ADDITION OF THE

13:50    11    LAKE PONTCHARTRAIN AND VICINITY BERMS EAST OF NEW ORLEANS AND

13:51    12    BY THE SUBTRACTION OF BUFFERING WETLANDS, THAT FORESEEABLY

13:51    13    AMPLIFIED THE THREAT POSED BY HURRICANE SURGE TO THE GREATER

13:51    14    NEW ORLEANS AREA.

13:51    15    **Q.**    IN YOUR OPINION IT WAS THE DESIGN AND CONSTRUCTION OF THE

13:51    16    MRGO WHICH CREATED THE FUNNEL; CORRECT?

13:51    17    **A.**    THAT'S -- I MEAN, YEAH.  PUTTING THOSE THINGS INTO THE

13:51    18    LANDSCAPE CREATED THE FUNNEL, YES.

13:51    19    **Q.**    IN FACT, THE CORPS KNEW AT THE TIME IT WAS DESIGNING THE

13:51    20    MRGO IT WAS GOING TO CREATE A FUNNEL; RIGHT?

13:51    21    **A.**    IT'S VERY DIFFICULT FOR ME TO SPECULATE WHAT THEY KNEW,

13:51    22    WHEN THEY KNEW IT.  I HAVE TRIED TO UNDERSTAND THAT FOR THE

13:51    23    PAST THREE YEARS.  ACTUALLY, A LONG TIME BEFORE THAT.

13:51    24    CERTAINLY, IF THEY HAD TAKEN OCEANOGRAPHY 101, THEY SHOULD HAVE

13:51    25    KNOWN THAT, NO QUESTION.  WHETHER THEY ACTUALLY EVER

| | | |
|---|---|---|
| 13:51 | 1 | ACKNOWLEDGED THAT, I DON'T KNOW.  I COULD FIND NO EVIDENCE OF |
| 13:52 | 2 | IT.  CERTAINLY, IF THEY READ BRETSCHNEIDER AND COLLINS' REPORT |
| 13:52 | 3 | FROM BEGINNING TO END THEY WOULD UNDERSTAND THAT. |
| 13:52 | 4 | **Q.**   LET'S PULL UP PAGE 156, LINES 22 THROUGH 25 OF YOUR |
| 13:52 | 5 | DEPOSITION. |
| 13:52 | 6 | **A.**   WHICH DEPOSITION IS THAT? |
| 13:52 | 7 | **Q.**   JANUARY 15, 2009.  I ASKED THE QUESTION: |
| 13:52 | 8 | "Question:  I GUESS, DID THE CORPS KNOW AT THE TIME |
| 13:52 | 9 | IT WAS DESIGNING THE MRGO THAT IT WAS GOING TO CREATE THIS |
| 13:52 | 10 | FUNNEL? |
| 13:52 | 11 | "Answer:  YES." |
| 13:52 | 12 | THAT WAS YOUR TESTIMONY; CORRECT? |
| 13:52 | 13 | **A.**   THAT WAS MY TESTIMONY.  YOU'RE ASKING ME TO SPECULATE. |
| 13:52 | 14 | **Q.**   YOUR SECOND OPINION IS THAT THE MRGO PROJECT GREATLY |
| 13:52 | 15 | ENLARGED THE GIWW; RIGHT? |
| 13:52 | 16 | **A.**   I THINK THAT'S A DIFFERENT EXHIBIT. |
| 13:52 | 17 | **Q.**   WELL, WE CAN PULL UP PAGE 2 OF YOUR EXPERT REPORT, WHICH |
| 13:52 | 18 | IS PX-91.  IF WE LOOK AT THE SECOND POINT THERE -- |
| 13:53 | 19 | **A.**   GREATLY ENLARGED THE ORIGINAL GULF INTRACOASTAL WATERWAY |
| 13:53 | 20 | CONNECTION BETWEEN THE THROAT OF THE FUNNEL AND THE IHNC, MRGO |
| 13:53 | 21 | REACH 1, WHICH FORESEEABLY INCREASED SURGE TRANSMISSION INTO |
| 13:53 | 22 | THE CITY EARLIER, ADDING TO THE HEIGHT AND DURATION OF SURGE |
| 13:53 | 23 | EXPERIENCED IN THE IHNC DURING KATRINA AND CONTRIBUTING TO THE |
| 13:53 | 24 | EARLY FAILURE OF FLOOD WALLS AND LEVEES ADJACENT TO THE IHNC. |
| 13:53 | 25 | YES, I THINK WE PRESENTED LOTS OF INFORMATION ON |

13:53  1  THAT.

13:53  2  **Q.**   YOU PRIMARILY RELY UPON ADCIRC MODELING FOR THIS OPINION;

13:53  3  CORRECT?

13:53  4  **A.**   NO.   I RELY UPON THE ENTIRE SUITE OF STUDIES THAT WE HAVE

13:53  5  DONE IN THE COURSE OF THIS ANALYSIS.   IT'S NOT JUST ADCIRC.

13:54  6  **Q.**   BUT ADCIRC, FINEL, ALL THOSE ANALYSES SHOW THE SAME THING;

13:54  7  CORRECT.

13:54  8  **A.**   IT DOES KEEP -- AND BRETSCHNEIDER AND COLLINS, OF COURSE,

13:54  9  INITIALLY.

13:54  10  **Q.**   LET'S TAKE A LOOK AT PAGE 11 OF YOUR EXPERT REPORT.

13:54  11          **THE COURT:**   IS THIS A DISPUTED AREA?   IS THIS GOING

13:54  12  TO BE DISPUTED, THE SECOND OPINION?   MAY I SEE IT AGAIN,

13:54  13  PLEASE.

13:54  14               THANK YOU, COUNSEL.   LET ME JUST LOOK AT IT.   GO

13:54  15  AHEAD.

13:54  16          **THE WITNESS:**   DR. WESTERINK GOT THE SAME RESULTS, AS

13:55  17  I RECALL.

13:55  18          **THE COURT:**   IF IT IS IN DISPUTE, THEN LET'S GO AT IT.

13:55  19          **MR. LEVINE:**   I THINK I WANT TO LOOK AT A DIFFERENT

13:55  20  ASPECT OF IT.

13:55  21          **THE COURT:**   YES.   GO AHEAD.

13:55  22  **BY MR. LEVINE:**

13:55  23  **Q.**   IF WE GO TO PAGE 11 OF YOUR EXPERT REPORT -- AND I THINK

13:55  24  IT'S -- THOSE TWO PARAGRAPHS THERE IN THE MIDDLE, GULF

13:55  25  INTRACOASTAL WATER AND MRGO REACH 1.

| | | |
|---|---|---|
| 13:55 | 1 | AT THE TIME OF HURRICANE KATRINA, I GUESS IT SAYS: |
| 13:55 | 2 | "THE TOP WIDTH OF THE GIWW/MRGO REACH 1 HAS ENLARGED, ON |
| 13:55 | 3 | AVERAGE, BY NEARLY 300 FEET TO NEARLY 1,000 FEET LARGELY |
| 13:55 | 4 | THROUGH EROSION INTO THE SOUTH BANK."  YOU CITE CHAD MORRIS' |
| 13:55 | 5 | 2008 EXPERT REPORT; CORRECT? |
| 13:55 | 6 | **A.**   THAT'S CORRECT. |
| 13:55 | 7 | **Q.**   SO IF WE CAN SWITCH TO PAGE 50 OF YOUR POWERPOINT EXHIBIT, |
| 13:56 | 8 | THIS REFLECTS THE GRAPH ON PAGE 148 OF YOUR EXPERT REPORT.  WE |
| 13:56 | 9 | CAN SEE THAT THE MRGO REACH 1 TOP WIDTH WAS DESIGNED AT |
| 13:56 | 10 | 650 FEET; CORRECT? |
| 13:56 | 11 | **A.**   THAT'S RIGHT. |
| 13:56 | 12 | **Q.**   SO AT THE TIME OF HURRICANE KATRINA, YOU WOULD NEED TO |
| 13:56 | 13 | REDUCE THE MRGO REACH 1 BY ABOUT 35 PERCENT TO RETURN IT TO ITS |
| 13:56 | 14 | DESIGN WIDTH OF 650 FEET; RIGHT? |
| 13:56 | 15 | **A.**   YEAH, BUT -- I'M SORRY.  YES, COUNSELOR.  WHAT WE'RE |
| 13:56 | 16 | TALKING HERE ABOUT IS CROSS-SECTION, NOT THE WIDTH SO MUCH. |
| 13:56 | 17 | BUT THAT'S ONE OF THE DIMENSIONS THAT ENTERS INTO IT, YES. |
| 13:56 | 18 | **Q.**   I'M GOING TO TAKE A LOOK AT ONE OF YOUR POWERPOINT SLIDES |
| 13:56 | 19 | AND LOOK AT PAGE 97, WHICH DEPICTS FIGURE 7.6 FROM PAGE 155 OF |
| 13:57 | 20 | YOUR EXPERT REPORT. |
| 13:57 | 21 | NOW, IF WE WOULD REDUCE THE MRGO REACH 1 FROM ITS |
| 13:57 | 22 | PRE-KATRINA DIMENSIONS BY 40 PERCENT, YOU GET LESS THAN ONE |
| 13:57 | 23 | HALF A FOOT OF SURGE REDUCTION; CORRECT? |
| 13:57 | 24 | **A.**   CAN I GIVE YOU A LITTLE FOUNDATION FOR THAT? |
| 13:57 | 25 | **THE COURT:**  HE CAN EXPLAIN HIS ANSWER. |

| 13:57 | 1 | **BY MR. LEVINE:** |
| 13:57 | 2 | **Q.**   JUST ANSWER "YES" OR "NO," AND THEN EXPLAIN YOUR ANSWER. |
| 13:57 | 3 |          **THE COURT:**  DID YOU ANSWER "YES" OR "NO"? |
| 13:57 | 4 |          **THE WITNESS:**  I DIDN'T ANSWER "YES" OR "NO," BUT I |
| 13:57 | 5 | WILL ANSWER. |
| 13:57 | 6 |              IN THE EXPERIMENTAL THAT WE WERE CONDUCTING HERE |
| 13:57 | 7 | WITH THE ADCIRC MODEL, THAT IS CORRECT.  YOU HAVE TO |
| 13:57 | 8 | SIGNIFICANTLY REDUCE THE CROSS-SECTION BEFORE YOU GET A BIG |
| 13:57 | 9 | EFFECT ON SURGE ELEVATION. |
| 13:57 | 10 | **BY MR. LEVINE:** |
| 13:57 | 11 | **Q.**   THAT'S ALSO TRUE IN THE FINEL MODELING; YOU HAVE TO REDUCE |
| 13:57 | 12 | THE CROSS-SECTION BELOW SCENARIO 3 BEFORE YOU GET A BIG |
| 13:57 | 13 | REDUCTION IN SURGE? |
| 13:57 | 14 | **A.**   ELEVATION.  DURATION, YOU GET MORE. |
| 13:57 | 15 | **Q.**   LET'S TAKE A LOOK AT PAGE 94 OF YOUR POWERPOINT SLIDE. |
| 13:58 | 16 | THIS DEPICTS TABLE 7.1 FROM PAGE 151 OF YOUR EXPERT REPORT.  IF |
| 13:58 | 17 | WE CAN LOOK DOWN AT THE BOTTOM SET OF NUMBERS, I SEE THAT THE |
| 13:58 | 18 | STORM WAS ABOVE 10 FEET FOR 4.8 HOURS AT THE IHNC JUNCTION WITH |
| 13:58 | 19 | THE MRGO DURING HURRICANE KATRINA; CORRECT? |
| 13:58 | 20 | **A.**   OKAY.  THIS IS AN EXAMPLE OF SHOWING OUR WORK.  OKAY. |
| 13:58 | 21 | BEFORE WE HAD A FINEL MODEL TO WORK WITH, WE WORKED WITH THE |
| 13:58 | 22 | ADCIRC S08 MODEL.  THIS WAS TESTING THE THEORY THAT WE WOULD |
| 13:58 | 23 | SEE AN EFFECT LIKE BRETSCHNEIDER AND COLLINS FROM REDUCING THE |
| 13:58 | 24 | CROSS-SECTION.  WHAT WE FOUND WHEN WE RAN FINEL WAS THAT WE |
| 13:58 | 25 | ACTUALLY GOT A LARGER EFFECT WITH FINEL THAN WITH ADCIRC S08. |

| | | |
|---|---|---|
| 13:58 | 1 | BUT THIS SHOWS THE GENERAL TREND, YES. |
| 13:59 | 2 | **Q.** IF I REDUCE THE CROSS-SECTION BUT TAKE OUT REACH 2 AND |
| 13:59 | 3 | I -- REDUCE THE CROSS-SECTION OF MRGO REACH 1 TO 60 PERCENT, I |
| 13:59 | 4 | REDUCE THE TIME THAT THE SURGE IS ABOVE 10 FEET TO JUST 4.3 |
| 13:59 | 5 | HOURS; CORRECT? |
| 13:59 | 6 | **A.** YOU REDUCE IT FROM 4.8 TO 4.3. |
| 13:59 | 7 | **Q.** THAT REMOVES MRGO REACH 2 AND STILL LEAVES IT -- |
| 13:59 | 8 | **A.** NO. NO. THE ONE YOU HAVE HIGHLIGHTED DOWN THERE IS A |
| 13:59 | 9 | 60 PERCENT REDUCTION OF REACH 1. REMEMBER, TO GET TO PRE-MRGO |
| 13:59 | 10 | CONDITIONS, YOU'VE GOT TO DO A 90 PERCENT REDUCTION. |
| 13:59 | 11 | **Q.** I'M JUST SHOWING YOU WHAT THE GRAPH SAYS. IT SAYS NO |
| 13:59 | 12 | REACH 2 THERE; NO REACH 2, 60 PERCENT, R1. |
| 13:59 | 13 | **A.** SO WE'RE LOOKING AT -- THIS IS ABOUT REACH 1. IT'S NOT |
| 13:59 | 14 | ABOUT REACH 2. |
| 13:59 | 15 | **Q.** RIGHT. |
| 13:59 | 16 | **A.** OKAY. SO THE REDUCTION HERE IS IN -- WE'VE ALREADY TAKEN |
| 13:59 | 17 | REACH 2 OUT. WE'RE NOW REDUCING REACH 1. |
| 14:00 | 18 | **Q.** SO ONLY REACH 1 EXISTED, AND IT WAS AT SOMEWHERE NEAR ITS |
| 14:00 | 19 | DESIGN WIDTH. YOU WOULD ONLY GET A REDUCTION OF HALF AN HOUR |
| 14:00 | 20 | OF THE TIME THE SURGE IS ABOVE 10 FEET AT THE IHNC JUNCTION |
| 14:00 | 21 | WITH THE MRGO; CORRECT? |
| 14:00 | 22 | **A.** I WOULD SAY YOU SHOULD PROBABLY LOOK AT THE FINEL RESULTS, |
| 14:00 | 23 | BUT I'LL SAY OKAY. THIS SHOWED US THAT WE WERE ON THE RIGHT |
| 14:00 | 24 | TRACK IS WHAT I MEAN. OKAY. WE ARE USING A MODEL IN WHICH THE |
| 14:00 | 25 | IHNC IS GROSSLY DEPICTED. OKAY. THAT IS, IT DOESN'T HAVE ALL |

| | | |
|---|---|---|
| 14:00 | 1 | THE FEATURES THAT IT REALLY DOES. |
| 14:00 | 2 | WHAT WE WANTED TO SEE BEFORE WE HAD THE FINEL MODEL |
| 14:00 | 3 | WAS WHAT KIND OF REDUCTION, REALLY, WOULD IT TAKE TO MAKE A |
| 14:00 | 4 | DIFFERENCE.  WHAT WE FOUND WAS THAT WE HAD TO REDUCE THE |
| 14:00 | 5 | REACH 1 TO GREATER THAN 60 PERCENT TO REALLY SEE A BIG EFFECT. |
| 14:00 | 6 | THIS IS NOT A BIG SURPRISE; BUT IN THIS LITTLE EXPERIMENTAL |
| 14:01 | 7 | SEQUENCE, WE WERE ABLE TO SHOW THAT. |
| 14:01 | 8 | Q.   THE ORIGINAL GIWW WAS ABOUT 150 FEET WIDE; CORRECT? |
| 14:01 | 9 | A.   125 OR 150, SOMETHING LIKE THAT. |
| 14:01 | 10 | Q.   IT WAS THE DESIGN AND CONSTRUCTION OF THE MRGO THAT CAUSED |
| 14:01 | 11 | THE GIWW TO BE ENLARGED TO 650 FEET; CORRECT? |
| 14:01 | 12 | A.   IT WAS ENLARGED BY A FACTOR OF 12 IN THE CROSS-SECTION, IF |
| 14:01 | 13 | THAT'S WHAT YOU MEAN. |
| 14:01 | 14 | Q.   THAT WAS FROM THE DESIGN AND CONSTRUCTION OF THE CHANNEL; |
| 14:01 | 15 | RIGHT? |
| 14:01 | 16 | A.   AND THE ENLARGEMENT OF IT AFTERWARDS, YEAH. |
| 14:01 | 17 | Q.   WELL, TO GET THE CHANNEL FROM 125 FEET TO 160 -- TO |
| 14:01 | 18 | 650 FEET, THEY HAD TO DESIGN AND CONSTRUCT THE CHANNEL? |
| 14:01 | 19 | A.   THEY HAD TO DREDGE IT. |
| 14:01 | 20 | Q.   THAT'S DESIGNING AND CONSTRUCTING IT. |
| 14:01 | 21 | THE COURT:  THE ORIGINAL DESIGN AND ACTUAL WIDTH OF |
| 14:01 | 22 | THE GIWW EXPANDED FROM 125 TO 150 TO 650? |
| 14:01 | 23 | THE WITNESS:  THAT'S CORRECT, YES.  NOW, WHAT THEY |
| 14:02 | 24 | WERE REALLY FOCUSED ON WAS THE BOTTOM WIDTH, WHICH WAS 500, AND |
| 14:02 | 25 | THEN WHATEVER THE SIDES CAME OUT TO BE.  WHATEVER THE STABILITY |

FINAL DAILY COPY

| 14:02 | 1 | ON THE SIDES -- YOU KNOW, THEY SAY 1:2, BUT IN MOST PLACES |
| 14:02 | 2 | THERE'S NO WAY THAT YOU WOULD SUSTAIN A 1:2 SLOPE. |
| 14:02 | 3 | **BY MR. LEVINE:** |
| 14:02 | 4 | **Q.**   THAT'S AN EXCELLENT SEGUE TO MY NEXT SET OF QUESTIONS.  I |
| 14:02 | 5 | WANT TO TALK ABOUT YOUR THIRD OPINION.  IF WE COULD TAKE A LOOK |
| 14:02 | 6 | AT PAGE 2 OF YOUR EXPERT REPORT, WHICH IS PX-91.  THE THIRD |
| 14:02 | 7 | ENUMERATED POINT, THE LAST PARAGRAPH AT THE BOTTOM SAYS -- DO |
| 14:02 | 8 | YOU WANT TO READ IT? |
| 14:02 | 9 | **A.**   "CREATED A REACH 2 CHANNEL WITH UNSTABLE SIDE SLOPES" -- |
| 14:02 | 10 | THAT IS A GOOD SEGUE -- "THAT CAUSED IT TO PREDICTABLY EXPAND |
| 14:02 | 11 | OVER TIME, REDUCING THE NATURAL MARSH BUFFER THAT PREVIOUSLY |
| 14:02 | 12 | SEPARATED IT FROM LAKE BORGNE AND FROM THE ADJACENT LPV BERMS, |
| 14:03 | 13 | THEREBY COMPROMISING FORESHORE PROTECTION FOR THE MAN-MADE |
| 14:03 | 14 | SURGE PROTECTION ELEMENTS AND HASTENING THE ONSET OF DAMAGING |
| 14:03 | 15 | WAVE ACTION ON THESE DELICATE STRUCTURES SO THAT THEY BREACHED |
| 14:03 | 16 | EARLIER IN THE STORM SEQUENCE." |
| 14:03 | 17 | **Q.**   LET'S REVIEW WHAT PLAINTIFFS' SCENARIO 3 SHOWS.  THAT |
| 14:03 | 18 | SCENARIO RETURNS THE WETLANDS TO THEIR 1958 CONDITION, KEEPS |
| 14:03 | 19 | THE LEVEES ALONG REACH 2 AT THE MRGO, AND PUT THE MRGO IN AT A |
| 14:03 | 20 | DIMENSION OF 650 FEET WIDE AT THE TOP, 500 FEET WIDE AT THE |
| 14:03 | 21 | BOTTOM, 36 FEET DEEP; CORRECT? |
| 14:03 | 22 | **A.**   THAT'S CORRECT. |
| 14:03 | 23 | **Q.**   SO SCENARIO 3 SHOWS YOU THE IMPACT OF THE WIDENING OF THE |
| 14:03 | 24 | CHANNEL AND THE LOSS OF THE WETLANDS CAUSED BY THE WIDENING OF |
| 14:03 | 25 | THE CHANNEL; CORRECT? |

| | | |
|---|---|---|
| 14:03 | 1 | **A.**   I DON'T SEE HOW SINCE THEY'RE NOT IN THERE.  I'M SORRY. |
| 14:03 | 2 | WE PUT IT IN AS -- THIS IS THE ORIGINAL CONDITION, SO IT |
| 14:04 | 3 | OBVIOUSLY DOESN'T SHOW THE EFFECT OF THE WIDENING OF THE |
| 14:04 | 4 | CHANNEL. |
| 14:04 | 5 | **Q.**   RIGHT.  WHEN YOU COMPARE IT TO SCENARIO 1 -- SCENARIO 1 |
| 14:04 | 6 | AND SCENARIO 3, IT'S A COMPARISON -- |
| 14:04 | 7 | **A.**   THAT'S RIGHT. |
| 14:04 | 8 | **Q.**   -- THAT SHOWS YOU WHAT'S THE IMPACT OF THE WIDENING OF THE |
| 14:04 | 9 | CHANNEL AND THE LOSS OF THE WETLANDS CAUSED BY THE WIDENING OF |
| 14:04 | 10 | THE CHANNEL? |
| 14:04 | 11 | **A.**   AND THE LOSS OF THE WETLANDS CAUSED BY SALINITY AND SO ON. |
| 14:04 | 12 | **Q.**   SO SCENARIO 3 SHOWS YOU THE EFFECT FROM JUST THE |
| 14:04 | 13 | INSTALLATION OF THE CHANNEL; RIGHT? |
| 14:04 | 14 | **A.**   THAT'S CORRECT.  AS AUTHORIZED. |
| 14:04 | 15 | **Q.**   AS WE HAVE DISCUSSED EARLIER, THE HYDROGRAPHS FOR |
| 14:04 | 16 | SCENARIO 3 SHOW NO CHANGE IN PEAK SURGE, TIME OF PEAK SURGE, |
| 14:04 | 17 | AND DURATION OF STORM SURGE ALONG REACH 2 OF THE MRGO; CORRECT? |
| 14:04 | 18 | **A.**   VERY LITTLE DIFFERENCE BECAUSE OF THE BATHTUB EFFECT. |
| 14:04 | 19 | **Q.**   EVERY CHANNEL THAT'S DREDGED THROUGH THE MARSH IN |
| 14:04 | 20 | LOUISIANA HAS GOTTEN BIGGER; CORRECT? |
| 14:04 | 21 | **THE COURT:**  WELL, IF HE KNOWS THAT, THEN WE HAVE A |
| 14:04 | 22 | DEITY AMONG US.  I PROMISE YOU, I'VE SEEN CHANNELS HE HASN'T |
| 14:05 | 23 | SEEN.  GO AHEAD.  PLEASE JUST SAY, "ISN'T IT TRUE THAT AS A |
| 14:05 | 24 | GENERAL RULE," BECAUSE WHEN YOU ASK HIM EVERY ONE, THAT IS A |
| 14:05 | 25 | PREPOSTEROUSLY IMPOSSIBLE QUESTION.  REPHRASE YOUR QUESTION. |

14:05    1          **MR. LEVINE:**  WE'LL TAKE THE JUDGE'S FORMULATION OF

14:05    2   THE QUESTION.

14:05    3          **THE COURT:**  I'VE GOT THE DRIFT.  AS A GENERAL

14:05    4   PRINCIPLE, YOU CAN ASK HIM THAT.

14:05    5   **BY MR. LEVINE:**

14:05    6   **Q.**   AS A GENERAL PRINCIPLE, A CHANNEL DREDGED THROUGH THE

14:05    7   MARSH IN LOUISIANA WILL GET BIGGER; CORRECT?

14:05    8   **A.**   THAT'S RIGHT.  I'VE SEEN SOME THAT HAVE -- OR YOU'RE IN

14:05    9   THE ATCHAFALAYA BASIN, FOR EXAMPLE, THEY TEND TO GET SMALLER

14:05   10   THERE.  I GUESS THE IMPORTANT POINT IS:  UNMAINTAINED CHANNELS

14:05   11   TEND TO GET BIGGER; MAINTAINED CHANNELS CAN ACTUALLY STAY THE

14:05   12   SAME DIMENSION.

14:05   13   **Q.**   THE ORIGINAL DESIGN OF THE MRGO REQUIRED THE SIDE SLOPES

14:05   14   TO BE 1:2; CORRECT?

14:06   15   **A.**   THAT'S WHAT IT SAYS IN THE DESIGN DOCUMENT.

14:06   16   **Q.**   THE CORPS KNEW BY DESIGNING THESE 1:2 SIDE SLOPES THAT THE

14:06   17   BANKS OF THE MRGO WERE GOING TO WIDEN OVER THE COURSE OF TIME;

14:06   18   CORRECT?

14:06   19   **A.**   I CAN SURMISE THAT.  I DON'T THINK THAT THERE'S ANY CUT IN

14:06   20   SOUTH LOUISIANA MARSHES THAT HAS A SLOPE OF 1:2 THAT'S STABLE.

14:06   21   **Q.**   THE CORPS KNEW IT WAS GOING TO GET WIDER?

14:06   22   **A.**   EITHER THAT OR THEY NEEDED TO GO BACK TO SCHOOL.  I DON'T

14:06   23   KNOW.

14:06   24   **Q.**   I GUESS YOU'RE SAYING "YES"?

14:06   25   **A.**   YES, YES.  OKAY.

                          FINAL DAILY COPY

| | | |
|---|---|---|
| 14:06 | 1 | **THE COURT:** I THINK THE PLAINTIFFS AND THE DEFENDANTS |
| 14:06 | 2 | AGREE ON THAT, WITH ALL THE NOTICE ISSUES, ETC.  THE LEGAL |
| 14:06 | 3 | ISSUES ARE, WE ALL KNOW, WHAT, IF ANYTHING, SHOULD HAVE BEEN |
| 14:06 | 4 | DONE AS IT WIDENED. |
| 14:06 | 5 | **BY MR. LEVINE:** |
| 14:06 | 6 | **Q.** BANK STABILIZATION MEASURES WOULD HAVE PREVENTED THE |
| 14:06 | 7 | CHANNEL FROM WIDENING; CORRECT? |
| 14:07 | 8 | **A.** THERE WAS A LOT OF STUDY OF THAT.  AND THEY CAME UP WITH |
| 14:07 | 9 | FAIRLY STANDARD TECHNIQUES THAT, ONCE THEY APPLIED THEM, THEY |
| 14:07 | 10 | DID A GOOD JOB.  WHEN THEY PUT THEM ALONG THE SOUTH BANK THERE |
| 14:07 | 11 | IN FRONT OF THE LPV STRUCTURES, THEY WERE ABLE TO STOP THE |
| 14:07 | 12 | EFFECTS OF WAVES ON THE RETREAT. |
| 14:07 | 13 | **Q.** THE ORIGINAL DESIGN MEMORANDA FOR THE MRGO SPECIFICALLY |
| 14:07 | 14 | DID NOT INCLUDE BANK STABILIZATION MEASURES; CORRECT? |
| 14:07 | 15 | **A.** THAT'S CORRECT. |
| 14:07 | 16 | **Q.** THE CORPS DECIDED NOT TO INSTALL BANK STABILIZATION |
| 14:07 | 17 | MEASURES BECAUSE THEY KNEW IT WOULD COST MONEY AND THEY DIDN'T |
| 14:07 | 18 | WANT TO SPEND THE MONEY; CORRECT? |
| 14:07 | 19 | **A.** THAT'S MY UNDERSTANDING. |
| 14:07 | 20 | **Q.** THE LOCAL SPONSORS DIDN'T WANT TO SHARE IN THESE COSTS |
| 14:07 | 21 | EITHER; RIGHT? |
| 14:07 | 22 | **A.** THERE'S A LOT OF CATCH-22 LIKE THAT IN THIS HISTORY. |
| 14:07 | 23 | **Q.** THE LOCAL SPONSORS DIDN'T WANT TO PAY FOR THOSE MEASURES |
| 14:07 | 24 | EITHER? |
| 14:07 | 25 | **A.** I VAGUELY REMEMBER READING IN THE GDM DOCUMENT -- I KNOW |

| | | |
|---|---|---|
| 14:07 | 1 | THAT THE CORPS SAID IT WOULD COST MONEY AND THEY DIDN'T WANT TO |
| 14:08 | 2 | DO IT.  I DON'T REMEMBER WHAT THEY SAID ABOUT THE LOCAL |
| 14:08 | 3 | SPONSORS. |
| 14:08 | 4 | Q.   IF WE COULD TURN TO PAGE 284 OF YOUR DEPOSITION. |
| 14:08 | 5 | THE COURT:  DO YOU KNOW WHAT THE COST WAS FOR THE |
| 14:08 | 6 | MRGO ITSELF? |
| 14:08 | 7 | THE WITNESS:  MY UNDERSTANDING WAS $90 MILLION. |
| 14:08 | 8 | THE COURT:  DID A LOCAL SPONSOR PUT UP ANY OF THE |
| 14:08 | 9 | MONEY?  DO YOU KNOW? |
| 14:08 | 10 | THE WITNESS:  I DON'T THINK THAT THEY DID. |
| 14:08 | 11 | THE COURT:  OKAY. |
| 14:08 | 12 | BY MR. LEVINE: |
| 14:08 | 13 | Q.   CAN WE LOOK AT PAGE 284 OF YOUR DEPOSITION, LINES 3 |
| 14:08 | 14 | THROUGH 10.  I ASKED YOU: |
| 14:08 | 15 | "Question:  WHY DID THE CORPS DECIDE NOT TO PUT IN |
| 14:08 | 16 | BANK STABILIZATION MEASURES ALONG THE BANKS OF THE MRGO? |
| 14:08 | 17 | "Answer:  THEY WERE -- THEY KNEW IT WOULD COST MONEY |
| 14:08 | 18 | AND THEY DIDN'T -- THEY DIDN'T WANT TO SPEND IT.  AND THE |
| 14:08 | 19 | LOCAL SPONSORS DIDN'T WANT TO SHARE IN THOSE COSTS.  AND |
| 14:08 | 20 | AT THE SAME TIME, NOBODY CARED MUCH ABOUT THE WETLANDS |
| 14:08 | 21 | SO --" |
| 14:08 | 22 | A.   I THINK THAT'S PROBABLY TRUE.  ACTUALLY, I WOULD RELY ON |
| 14:08 | 23 | JUNIOR RODRIGUEZ.  HE SAID WHENEVER THEY TRIED TO GET THE CORPS |
| 14:09 | 24 | TO DO SOMETHING ABOUT THE DAMAGE THE CHANNEL WAS CAUSING, THE |
| 14:09 | 25 | CORPS WOULD ALWAYS COME BACK AND SAY, "WELL, IF YOU WANT TO PAY |

| 14:09 | 1 | FOR IT, THAT'S FINE." |
| 14:09 | 2 | **Q.**   LET'S DISCUSS THE CURRENT TOP WIDTH OF THE MRGO.  ON |
| 14:09 | 3 | PAGE 12 OF YOUR EXPERT REPORT, WHICH IS PX-91, I THINK IN THE |
| 14:09 | 4 | SECOND FULL PARAGRAPH THERE YOU WRITE:  "THE MRGO REACH 2 HAD |
| 14:09 | 5 | AN AUTHORIZED TOP WIDTH OF 650 FEET BUT HAS WIDENED TO MORE |
| 14:09 | 6 | THAN 3,000 FEET IN PLACES, PARTICULARLY ON ITS NORTH BANK |
| 14:09 | 7 | WHERE, UNTIL RECENTLY, NO EFFORT WAS MADE TO CONTROL EROSION." |
| 14:09 | 8 | RIGHT? |
| 14:10 | 9 | **A.**   THAT'S CORRECT, YES. |
| 14:10 | 10 | **Q.**   YOU CONDUCTED AN ANALYSIS ON YOUR OWN TO DETERMINE THAT |
| 14:10 | 11 | THE MRGO HAS EXPANDED TO OVER 3,000 FEET; RIGHT? |
| 14:10 | 12 | **A.**   WELL, WHAT I DID WAS AT EACH MILE MARKER I CALIPERED THE |
| 14:10 | 13 | WIDTH BETWEEN VEGETATION.  NOW, THERE WERE PLACES -- I DIDN'T |
| 14:10 | 14 | WANT TO, YOU KNOW, GO INTO A LAKE.  YOU KNOW, LIKE I COULD HAVE |
| 14:10 | 15 | DONE IT AT BAYOU DUPRE AND I COULD END UP WITH, YOU KNOW, A |
| 14:10 | 16 | 60-MILE CROSS-SECTION.  I DIDN'T THINK THAT WAS USEFUL. |
| 14:10 | 17 | **Q.**   LET'S TAKE A LOOK AT THAT ANALYSIS THAT YOU CONDUCTED. |
| 14:10 | 18 | TURN TO PAGE 13 OF YOUR EXPERT REPORT AND FOCUS ON FIGURE 2.4 |
| 14:10 | 19 | AT THE TOP.  NOW, THE LEVEE REACH ENDS AT MILE 47; CORRECT? |
| 14:10 | 20 | **A.**   THAT'S CORRECT. |
| 14:10 | 21 | **Q.**   WITHIN THE LEVEE REACH, YOU FOUND THAT THE MAXIMUM WIDTH |
| 14:10 | 22 | OF THE MRGO WAS SOMEWHERE AROUND 2,300 FEET; RIGHT? |
| 14:10 | 23 | **A.**   WELL, OF COURSE, THAT'S NOT THE MAXIMUM WIDTH; THAT'S AT |
| 14:11 | 24 | EACH MILE WHERE I DID THE CROSS-SECTION. |
| 14:11 | 25 | **THE COURT:**  WE'VE GOT EVIDENCE IN THE RECORD ALREADY |

FINAL DAILY COPY

14:11    1    SHOWING THE WIDTH.  I DON'T KNOW IF THIS IS MEANT TO IMPEACH,

14:11    2    BUT WE DO HAVE IT.

14:11    3         **THE WITNESS:**  I THINK CHAD MORRIS -- I MEAN, HE

14:11    4    DOESN'T HAVE TO RELY ON A RULER OR CALIPERS.  HE HAS THIS FANCY

14:11    5    GIS, AND HE CAN TELL YOU EXACTLY --

14:11    6    **BY MR. LEVINE:**

14:11    7    **Q.**    I JUST WANT TO GO BY YOUR ANALYSIS.

14:11    8    **A.**    THAT'S FINE.

14:11    9    **Q.**    BEFORE THAT POINT, THE WIDEST POINT YOU SEE IN THE MRGO ON

14:11    10   THE LEVEE PORTION IS JUST UNDER 2,000 FEET; CORRECT?

14:11    11   **A.**    OKAY.  I WOULD PHRASE IT DIFFERENTLY.  WHEN I WAS DOING

14:11    12   THIS ANALYSIS, WHERE I WAS TRYING TO AVOID GOING INTO ALL THE

14:11    13   LAKES AND SO ON, I SPECIFICALLY AVOIDED PROBABLY THE WIDEST --

14:11    14   YOU KNOW, THE PLACES THAT WOULD BE ACTUALLY WIDEST BECAUSE THE

14:11    15   MRGO HAS ERODED, PARTICULARLY ON ITS NORTH SIDE, BACK INTO A

14:12    16   LOT OF BAYOUS AND OLD LAKES.  IF YOU INCLUDE THOSE IN THE WIDTH

14:12    17   OF THE UNVEGETATED PORTION, YOU CAN END UP WITH 5,000 FEET.

14:12    18   THAT WAS NOT MY PURPOSE HERE.

14:12    19   **Q.**    THE LOCATIONS WHERE YOU CONDUCTED YOUR ANALYSIS, JUST

14:12    20   THOSE LOCATIONS, YOU FOUND THE MAXIMUM WIDTH -- BEFORE YOU GET

14:12    21   ALL THE WAY DOWN PAST BAYOU DUPRE, THAT THE LARGEST WIDTH OF

14:12    22   THE MRGO IS SOMEWHERE AROUND 2,000 FEET; CORRECT?

14:12    23   **A.**    NO.  THIS IS NOT THE LARGEST WIDTH, BUT THIS IS WHAT I --

14:12    24   BECAUSE WHAT I'M LOOKING AT HERE IS I'M GOING FROM -- ON THE

14:12    25   SOUTH SIDE THERE'S VEGETATION THAT I CAN SEE ON THIS CHART, AND

2001

| | | |
|---|---|---|
| 14:12 | 1 | ON THE NORTH SIDE THERE'S VEGETATION I CAN SEE ON THE CHART. |
| 14:12 | 2 | IF I AVOID WHERE IT'S ERODING BACK INTO LAKES AND, YOU KNOW, |
| 14:12 | 3 | LAKE BORGNE AND SO ON, THEN THIS IS A REASONABLE REPRESENTATION |
| 14:12 | 4 | OF THE WIDTH OF THE UNVEGETATED CORRIDOR THROUGH WHICH THE |
| 14:13 | 5 | CHANNEL CUTS. |
| 14:13 | 6 | Q.   YOU DETERMINED THAT THE AVERAGE WIDTH OF THE MRGO IN THE |
| 14:13 | 7 | LEVEE REACH WAS APPROXIMATELY 1,800 FEET; RIGHT? |
| 14:13 | 8 | A.   I THINK THAT'S REASONABLE. |
| 14:13 | 9 | THE COURT:   I ASSUME WE'RE GOING TO HAVE A WITNESS |
| 14:13 | 10 | THAT'S GOING TO COME IN AND CONTRADICT THE OTHER EVIDENCE |
| 14:13 | 11 | THAT'S IN THE RECORD AS TO THE WIDTH OR THIS IS A MEANINGLESS |
| 14:13 | 12 | EXERCISE TO ME. |
| 14:13 | 13 | BY MR. LEVINE: |
| 14:13 | 14 | Q.   WELL, I WANT TO LOOK AT PAGE 12 OF YOUR EXPERT REPORT.  IF |
| 14:13 | 15 | WE HIGHLIGHT THAT SECOND PARAGRAPH THERE, IT SAYS:  "REACH 2 |
| 14:13 | 16 | HAS PARTICULARLY WIDENED ON THE NORTH BANK OF THE MRGO." |
| 14:13 | 17 | RIGHT? |
| 14:13 | 18 | A.   THAT'S CORRECT.  THE REASON THAT IT'S WIDENED MORE ON THAT |
| 14:13 | 19 | BANK IS BECAUSE IN THE EARLY '90S THEY PUT BANK STABILIZATION |
| 14:13 | 20 | ALONG THE SOUTH BANK. |
| 14:14 | 21 | Q.   THE NORTH BANK, JUST SO THE RECORD'S CLEAR, IS THE BANK |
| 14:14 | 22 | OPPOSITE THE LEVEES; RIGHT? |
| 14:14 | 23 | A.   THE NORTH BANK IS ON THE LAKE BORGNE SIDE. |
| 14:14 | 24 | THE COURT:  OPPOSITE THE LEVEES, THE ANSWER WOULD BE |
| 14:14 | 25 | "YES." |

FINAL DAILY COPY

14:14    1        **THE WITNESS:**  I HAVE A HARD TIME -- YOU KNOW,

14:14    2   NEW ORLEANS, IT'S EAST BANK/WEST BANK.  I DON'T KNOW.

14:14    3        **THE COURT:**  "OPPOSITE THE LEVEES" JUST MEANS ON THE

14:14    4   OTHER SIDE.

14:14    5        **THE WITNESS:**  OH, ON THE OTHER SIDE, OKAY.

14:14    6   **BY MR. LEVINE:**

14:14    7   **Q.**   I WANT TO LOOK NOW AT PAGE 74 FROM YOUR POWERPOINT

14:14    8   PRESENTATION.  THIS IS A FIGURE FROM YOUR EXPERT REPORT, PX-91,

14:14    9   AT PAGE 178.  CAN WE PUT A YELLOW ARROW IN THE CENTER OF THE

14:14   10   CHANNEL THERE.

14:14   11        NOW, THE WIDTH OF THAT AREA IS 650 FEET; CORRECT?

14:14   12   **A.**   YES.  I GOT THIS FROM CHAD MORRIS, AND HE USUALLY TAKES IT

14:14   13   UP A COUPLE DECIMAL PLACES.

14:14   14   **Q.**   IF WE CAN PUT A GREEN ARROW TO THE LEFT OF THAT AND A RED

14:15   15   ARROW TO THE RIGHT OF IT, YOU AGREE WITH ME THAT THE AREA WHERE

14:15   16   THE GREEN ARROW IS AND THE AREA WHERE THE RED ARROW IS -- THE

14:15   17   AREA WHERE THE GREEN ARROW IS IS MUCH, MUCH SMALLER?

14:15   18   **A.**   YOU'RE TALKING ABOUT THE WIDTH OF THE UNVEGETATED CORRIDOR

14:15   19   BETWEEN THE AUTHORIZED BOUNDARY ON THE SOUTH OR LEVEE SIDE IS

14:15   20   SMALLER?

14:15   21   **Q.**   CORRECT.

14:15   22   **A.**   YEAH.  YES, I AGREE WITH THAT.

14:15   23   **Q.**   LET'S TAKE A LOOK AT PAGE 3 OF YOUR EXPERT REPORT, WHICH

14:15   24   IS PX-91.

14:15   25   **A.**   BY THE WAY, THERE YOU CAN SEE A PROBLEM WITH TRYING TO

| | | |
|---|---|---|
| 14:15 | 1 | CALIPER ACROSS THAT CHANNEL.  DO I WANT TO GO UP INTO THE |
| 14:15 | 2 | BAYOU?  HOW FAR? |
| 14:16 | 3 | **Q.**   IF WE LOOK AT THE TOP THERE, THAT FOURTH OPINION, DO YOU |
| 14:16 | 4 | WANT TO READ IT OR DO YOU WANT ME TO? |
| 14:16 | 5 | **A.**   I'LL READ IT:  "CREATED A CHANNEL IN REACH 2 THAT |
| 14:16 | 6 | PREDICTABLY EXPOSED FRESHWATER SWAMPS AND MARSHES WITHIN THE |
| 14:16 | 7 | LAKE BORGNE FUNNEL TO INCREASED SALINITY, ACCELERATING THEIR |
| 14:16 | 8 | CONVERSION TO OPEN WATER AND THEREBY REDUCING THE WETLAND SURGE |
| 14:16 | 9 | AND WAVE BUFFER BETWEEN LAKE BORGNE AND POPULATED AREAS." |
| 14:16 | 10 | **Q.**   IF WE CAN TURN TO PAGE 12 OF YOUR EXPERT REPORT.  UNDER |
| 14:16 | 11 | MRGO REACH 3, THE BOTTOM PARAGRAPH ON THIS PAGE, YOU REFER TO |
| 14:16 | 12 | MRGO REACH 3:  "IT SERVED AS A DEEP ROUTE FOR SALTWATER TO |
| 14:16 | 13 | INVADE AND DAMAGE INLAND FRESHWATER SWAMPS AND MARSHES THAT |
| 14:16 | 14 | PREVIOUSLY WERE PROTECTED BY THE BAYOU LA LOUTRE RIDGE." |
| 14:16 | 15 | CORRECT? |
| 14:16 | 16 | **A.**   THAT'S CORRECT. |
| 14:16 | 17 | **Q.**   SALTWATER INTRUSION WAS A FORESEEABLE CONSEQUENCE OF |
| 14:17 | 18 | BUILDING A DEEP CHANNEL ACROSS A SHALLOW ESTUARY? |
| 14:17 | 19 | **A.**   WHERE ARE YOU READING THERE? |
| 14:17 | 20 | **Q.**   I'M JUST ASKING YOU A QUESTION. |
| 14:17 | 21 | **THE COURT:** HE'S ASKING YOU A QUESTION. |
| 14:17 | 22 | **THE WITNESS:** I'M SORRY.  SAY IT AGAIN, PLEASE. |
| 14:17 | 23 | **BY MR. LEVINE:** |
| 14:17 | 24 | **Q.**   SALTWATER INTRUSION WAS A FORESEEABLE CONSEQUENCE OF |
| 14:17 | 25 | BUILDING A DEEP CHANNEL ACROSS A SHALLOW ESTUARY; CORRECT? |

14:17   1   **A.**   THAT'S CORRECT.

14:17   2   **Q.**   SALTWATER INTRUSION WAS A PREDICTABLE CONSEQUENCE OF

14:17   3   BUILDING A DEEP CHANNEL ACROSS A SHALLOW ESTUARY; CORRECT?

14:17   4   **A.**   THAT'S CORRECT.  AND THE CORPS WAS WARNED ABOUT THAT.

14:17   5   **Q.**   LET'S TAKE A LOOK AT CHAPTER 9 OF YOUR EXPERT REPORT, AND

14:17   6   TAKE A LOOK AT PAGE 185.  THE LAST PARAGRAPH ON THAT PAGE:

14:17   7        "BEGINNING IN THE MID 1950S, THE CORPS WAS WELL AWARE

14:17   8   THAT THE CONSTRUCTION OF THE MRGO, AS DESIGNED TO CUT THROUGH

14:17   9   43 MILES OF MARSHLAND AND BREAK THE NATURAL BARRIER AT

14:18   10   BAYOU LA LOUTRE SEPARATING FRESH/BRACKISH WATER FROM SALTWATER,

14:18   11   WOULD RESULT IN THE INTRUSION OF SALTWATER FROM THE GULF OF

14:18   12   MEXICO AND THE DEATH OF THE CENTRAL WETLANDS UNIT IN THE UPPER

14:18   13   REGION OF REACH 2."

14:18   14        DID I READ THAT CORRECTLY?

14:18   15   **A.**   YOU DID.

14:18   16   **Q.**   SO YOU'RE SAYING THAT THE CORPS, AT THE TIME THEY WERE

14:18   17   DESIGNING THE MRGO, KNEW THAT THE SALINITY INCREASE WAS GOING

14:18   18   TO OCCUR; CORRECT?

14:18   19   **A.**   I WOULD SAY IT WAS ACTUALLY DURING THE CONSTRUCTION

14:18   20   PERIOD.  THEY GOT A LOT OF WARNINGS, AS THEY WERE BEGINNING

14:18   21   CONSTRUCTION, FROM THE STATE FISH AND GAME AND THE FEDERAL U.S.

14:18   22   FISH AND WILDLIFE SERVICE.  THOSE AGENCIES ASKED THEM TO MODEL

14:18   23   THE IMPACTS, BUT THEY DIDN'T ACTUALLY RUN A MODEL UNTIL 1963,

14:18   24   WHICH WAS AFTER THE CHANNEL HAD ALREADY BEEN CUT.  SO THE MODEL

14:18   25   SHOWED VERY DEFINITELY THAT IT WOULD INCREASE SALINITY, BUT IT

| | | |
|---|---|---|
| 14:19 | 1 | WAS DONE AFTER THE FACT, TO THE BEST OF MY KNOWLEDGE. |
| 14:19 | 2 | **Q.**   WELL, IF WE COULD TURN TO PAGE 101, LINE 12, THROUGH 102, |
| 14:19 | 3 | LINE 2 OF YOUR DEPOSITION. |
| 14:19 | 4 | **A.**   WHICH DEPOSITION IS THAT? |
| 14:19 | 5 | **Q.**   JANUARY 15, 2009 DEPOSITION.  I PUT IT UP ON THE BOARD FOR |
| 14:19 | 6 | YOU. |
| 14:19 | 7 | **THE COURT:**  IF YOU NEED TO LOOK AT THE WHOLE THING, |
| 14:19 | 8 | WE'LL DO IT. |
| 14:19 | 9 | **BY MR. LEVINE:** |
| 14:19 | 10 | **Q.**   THE FIRST BULLET POINT SAYS -- |
| 14:19 | 11 | **A.**   WHAT PAGE ARE WE ON?  I'M SORRY. |
| 14:19 | 12 | **Q.**   101.  THE FIRST BULLET POINT THERE SAYS: |
| 14:19 | 13 | "Question:  BEGINNING IN THE MID 1950S, THE CORPS WAS |
| 14:19 | 14 | WELL AWARE THAT THE CONSTRUCTION OF THE MRGO, AS DESIGNED |
| 14:19 | 15 | TO CUT THROUGH 43 MILES OF MARSHLAND AND BREAK THE NATURAL |
| 14:19 | 16 | BARRIER OF BAYOU LA LOUTRE SEPARATING FRESH/BRACKISH WATER |
| 14:19 | 17 | FROM SALTWATER, WOULD RESULT IN THE INTRUSION OF SALTWATER |
| 14:19 | 18 | FROM THE GULF OF MEXICO AND THE DEATH OF THE CENTRAL |
| 14:20 | 19 | WETLANDS UNIT IN THE UPPER REGION OF REACH 2.  SO YOU'RE |
| 14:20 | 20 | SAYING THAT THE CORPS, AT THE TIME THEY WERE DESIGNING THE |
| 14:20 | 21 | MRGO, KNEW THAT THIS SALINITY INCREASE AND THE WETLANDS |
| 14:20 | 22 | DESTRUCTION WERE GOING TO OCCUR? |
| 14:20 | 23 | "Answer:  YES.  IN FACT, THEY HAD THE MODEL RESULTS |
| 14:20 | 24 | THAT PROVED IT." |
| 14:20 | 25 | DID READ THAT CORRECTLY? |

| | | |
|--|--|--|
| 14:20 | 1 | **A.**   YOU READ THAT CORRECTLY TWICE.  WHAT I WOULD SAY IS THAT, |
| 14:20 | 2 | TO ME, IT'S A DIFFERENCE.  WHEN THEY KNOW IN 1963, AFTER |
| 14:20 | 3 | THEY'VE ALREADY CUT THE CHANNEL, THAT'S DIFFERENT FROM WHAT |
| 14:20 | 4 | THEY KNEW WHEN THEY DESIGNED IT. |
| 14:20 | 5 | **THE COURT:**  WHAT DID YOU MEAN WHEN YOU SAID "MODELING |
| 14:20 | 6 | RESULTS"? |
| 14:20 | 7 | **THE WITNESS:**  THE RESOURCE AGENCIES WERE PRETTY |
| 14:20 | 8 | INSISTENT ABOUT THE NEED TO LOOK AT THE SALINITY ISSUE. |
| 14:20 | 9 | **THE COURT:**  WHAT MODEL RESULTS IS THAT? |
| 14:20 | 10 | **THE WITNESS:**  IT'S ACTUALLY IN -- I DON'T THINK I PUT |
| 14:20 | 11 | IT IN MY EXPERT REPORTS.  IT'S IN TEAM LOUISIANA.  THEY USED A |
| 14:20 | 12 | PHYSICAL MODEL, THAT IS, A SCALE -- WHAT WE CALL A SANDBOX-TYPE |
| 14:21 | 13 | MODEL, BUT IT WAS A BIG CONCRETE MODEL THEY WERE USING FOR |
| 14:21 | 14 | DESIGN OF THE LPV SYSTEM.  THEY ACTUALLY USED THAT MODEL TO |
| 14:21 | 15 | SIMULATE THE SALINITY EFFECTS. |
| 14:21 | 16 | **THE COURT:**  WHEN WERE THOSE MODEL'S RESULTS? |
| 14:21 | 17 | **THE WITNESS:**  THE REPORT WAS PUBLISHED IN 1963. |
| 14:21 | 18 | **THE COURT:**  THANK YOU. |
| 14:21 | 19 | **BY MR. LEVINE:** |
| 14:21 | 20 | **Q.**   IN YOUR OPINION IT WAS THE ORIGINAL DESIGN OF THE MRGO |
| 14:21 | 21 | THAT CAUSED THE INCREASE IN SALINITY; RIGHT? |
| 14:21 | 22 | **A.**   IT WAS THE ORIGINAL DESIGN -- I THINK THAT ANY CHANNEL OF |
| 14:21 | 23 | THAT SIZE THAT THEY PUT THROUGH THERE WOULD DO THAT, YES. |
| 14:21 | 24 | **Q.**   SO IN YOUR OPINION IT WAS THE SALINITY INCREASE CAUSED BY |
| 14:21 | 25 | THE ORIGINAL DESIGN OF THE MRGO WHICH CAUSED THE DESTRUCTION OF |

14:21    1  THE WETLANDS; RIGHT?

14:21    2  **A.**   IT IS ONE FACTOR?

14:21    3          **THE COURT:**  WHATEVER HIS OPINION IS ON THIS, WE'RE

14:21    4  GETTING INTO LEGAL AREAS.  I'M GOING TO MAKE THAT DECISION, NOT

14:21    5  THIS GENTLEMAN.  I UNDERSTAND THAT WITHOUT THE MRGO BEING DUG,

14:22    6  THERE WOULD NOT HAVE BEEN A SALINITY INCREASE.  THAT IS

14:22    7  PELLUCID.  THAT BECOMES A LEGAL QUESTION, DOES THE DESIGN AND

14:22    8  CONSTRUCTION, THEN, LET ALL THINGS THAT FLOW FROM THAT BE

14:22    9  IMMUNE AS A RESULT OF THE DISCRETIONARY FUNCTION EXCEPTION OR

14:22   10  NOT.  THAT'S NOT HIS MILIEU.  IT'S MINE.

14:22   11          **THE WITNESS:**  THANK YOU, JUDGE.

14:22   12  **BY MR. LEVINE:**

14:22   13  **Q.**   I WANT TO SWITCH TO TALK ABOUT THE OPERATION AND

14:22   14  MAINTENANCE OF THE MRGO NOW.  THE OPERATION AND MAINTENANCE OF

14:22   15  THE MRGO FLOWS FROM THE ORIGINAL MRGO DESIGN; CORRECT?

14:22   16          **THE COURT:**  LET'S SAY THIS:  WITHOUT THE MRGO, THERE

14:22   17  WOULD HAVE NEVER BEEN ANY DREDGING.  WE KNOW THAT.  THERE WOULD

14:22   18  HAVE NEVER BEEN ANY DREDGING, ANY WIDENING, ANY EXACERBATION,

14:22   19  ETC.  PLEASE MAYBE STICK TO HIS EXPERT REPORT.  I'M

14:22   20  EXTRAORDINARILY AWARE THAT WE HAVE ALREADY RULED ON DESIGN AND

14:22   21  CONSTRUCTION AND WITHOUT THE MRGO WE WOULD NOT -- WE CAN AT

14:23   22  LEAST ACCEPT THERE WOULD NOT HAVE BEEN THE MASSIVE

14:23   23  DETERIORATION THAT THERE IS NOW.  THERE WOULD HAVE BEEN SOME,

14:23   24  ALTHOUGH SOME EXPERTS MAY DISAGREE.  THAT'S THE COURT'S GENERAL

14:23   25  NOTION.

14:23    1    IF YOU WANT TO GET SOMETHING ELSE IN THE RECORD,

14:23    2    THAT'S FINE, BUT THAT'S IN THE RECORD.  I WANTED TO MAKE SURE I

14:23    3    UNDERSTOOD THAT AS A RESULT OF THE PLACEMENT OF THE MRGO, ITS

14:23    4    ORIGINAL DESIGN AND CONSTRUCTION, EVERYTHING ELSE FLOWS

14:23    5    THEREFROM.  I'VE READ THE LEGAL ARGUMENTS AND WILL READ THEM

14:23    6    AGAIN ASSIDUOUSLY AFTER THIS CASE IS OVER WITH.  IF HE CAN

14:23    7    ILLUMINATE SOMETHING ABOUT THAT, THAT'S FINE.  I JUST WANT YOU

14:23    8    TO KNOW I UNDERSTAND THE GENERAL PROPOSITION.

14:23    9    GO AHEAD, SIR.

14:23   10    BY MR. LEVINE:

14:23   11    Q.   COULD YOU ANSWER THE QUESTION, PLEASE.

14:23   12    A.   I DON'T THINK I CAN SHED ANY ILLUMINATION.  I DON'T REALLY

14:23   13    UNDERSTAND WHAT THE QUESTION IS.  COULD THEY HAVE CREATED --

14:23   14    COULD THEY HAVE -- IN THE SAME WAY THAT THEY COULD PREVENT BANK

14:23   15    EXPANSION BY PUTTING ROCKS ALONG THE BANKS, COULD THEY ALSO

14:24   16    HAVE PREVENTED SALTWATER GETTING INTO THE WETLANDS?  I THINK TO

14:24   17    SOME DEGREE THEY COULD, BUT THEY DIDN'T.

14:24   18    Q.   LET'S TAKE A LOOK AT PAGE 272 AND 273 OF YOUR JANUARY 15,

14:24   19    2009 DEPOSITION.  I ASKED YOU:

14:24   20    "Question:  SO YOU'RE JUST SAYING THE" --

14:24   21    A.   WHAT PAGE IS THIS ON?  I'M SORRY.

14:24   22    Q.   272 AND 273.  IT'S ON THE SCREEN IF YOU WANT IT TOO.

14:24   23    A.   OKAY.  I HAVE IT.

14:24   24    Q.   I ASKED YOU:

14:24   25    "Question:  SO YOU'RE JUST SAYING THE OPERATION AND

| | | |
|--|--|--|
| 14:24 | 1 | MAINTENANCE, THAT JUST FLOWS FROM THE ORIGINAL MRGO |
| 14:24 | 2 | DESIGN? |
| 14:24 | 3 | "Answer:  OF COURSE, IT DOES.  YEAH.  I MEAN, THE -- |
| 14:25 | 4 | THE MANNER OF CONSTRUCTION NECESSITATED A CERTAIN AMOUNT |
| 14:25 | 5 | OF -- YOU KNOW, MADE IT A HIGH-MAINTENANCE CHANNEL AND |
| 14:25 | 6 | DICTATED WHERE THE SLOUGHING WOULD OCCUR AND HOW THAT |
| 14:25 | 7 | WOULD AFFECT THE LEVEE PROJECT.  SO, YOU KNOW, THE MANNER |
| 14:25 | 8 | OF MAINTENANCE IS THE SAME AS THE MANNER OF CONSTRUCTION. |
| 14:25 | 9 | THEY DREDGED.  YOU KNOW, IT'S THE SAME THING. |
| 14:25 | 10 | "Question:  IT'S JUST ALL COMING FROM THE DESIGN? |
| 14:25 | 11 | "Answer:  IT'S ALL COMING OUT OF THE DESIGN.  YOU |
| 14:25 | 12 | KNOW, IT'S BAKED INTO THE DESIGN, LIKE I SAID EARLIER." |
| 14:25 | 13 | THAT WAS WHAT YOU TESTIFIED TO; CORRECT? |
| 14:25 | 14 | **A.**   OKAY.  THAT'S WHAT I SAID. |
| 14:25 | 15 | **Q.**   TO PERFECTLY OPERATE AND MAINTAIN THE MRGO PROJECT, YOU |
| 14:25 | 16 | BELIEVED THAT YOU WOULD HAVE TO INCLUDE ADDITIONAL FEATURES |
| 14:25 | 17 | SUCH AS SURGE BARRIERS; RIGHT? |
| 14:25 | 18 | **A.**   SURGE BARRIERS, BANK PROTECTION, PERHAPS SOME EFFORTS AT |
| 14:25 | 19 | CONTAINING SALT, THINGS LIKE THAT. |
| 14:25 | 20 | **Q.**   THE CORPS IS CURRENTLY CONSTRUCTING A SURGE BARRIER; |
| 14:25 | 21 | RIGHT? |
| 14:26 | 22 | **A.**   THAT'S RIGHT. |
| 14:26 | 23 | **Q.**   FOR THAT SURGE BARRIER, THE CORPS NEEDED CONGRESSIONAL |
| 14:26 | 24 | AUTHORIZATION; CORRECT? |
| 14:26 | 25 | **A.**   I THINK THAT THE CORPS ACTUALLY ASKED FOR AUTHORIZATION |

| | | |
|---|---|---|
| 14:26 | 1 | THERE, BUT THERE WAS AN AWFUL LOT OF PRESSURE FROM THE |
| 14:26 | 2 | COMMUNITY TO PUT THAT IN, AND FROM THE LEVEE BOARDS, BECAUSE |
| 14:26 | 3 | THEY UNDERSTOOD THAT THE CITY COULD NOT BE SAFE WITHOUT IT. |
| 14:26 | 4 | **Q.**   CONGRESS AUTHORIZED THE CONSTRUCTION OF THE SURGE BARRIER; |
| 14:26 | 5 | RIGHT? |
| 14:26 | 6 | **A.**   THAT'S RIGHT.  AND CONGRESS AUTHORIZES A LOT OF THINGS |
| 14:26 | 7 | THAT THE CORPS ASKS FOR IF THERE'S A LOT OF PUBLIC SUPPORT FOR |
| 14:26 | 8 | THAT. |
| 14:26 | 9 | **Q.**   OBVIOUSLY, THE CORPS NEEDED TO OBTAIN CONGRESSIONAL |
| 14:26 | 10 | FUNDING FOR THE CURRENT SURGE BARRIER PROJECT; RIGHT? |
| 14:26 | 11 | **A.**   THAT'S RIGHT. |
| 14:26 | 12 | **THE COURT:**  THE COURT WILL TAKE JUDICIAL NOTICE OF |
| 14:26 | 13 | THAT. |
| 14:26 | 14 | **THE WITNESS:**  I DON'T KNOW IF THEY DID A COST-BENEFIT |
| 14:26 | 15 | ANALYSIS ON IT, BUT -- |
| 14:26 | 16 | **THE COURT:**  I KNOW WE'LL HAVE OTHER WITNESSES TALK |
| 14:26 | 17 | ABOUT THAT.  GO AHEAD. |
| 14:27 | 18 | **BY MR. LEVINE:** |
| 14:27 | 19 | **Q.**   YOU BELIEVE THAT THE MRGO PROJECT HAD TO FIGHT FOR MONEY |
| 14:27 | 20 | BECAUSE THE ECONOMIC BENEFITS THAT WERE SUPPOSED TO ACCRUE |
| 14:27 | 21 | NEVER CAME; CORRECT? |
| 14:27 | 22 | **A.**   THAT'S WHAT I'VE BEEN TOLD. |
| 14:27 | 23 | **Q.**   THAT'S YOUR BELIEF? |
| 14:27 | 24 | **A.**   YES.  I THINK IT WAS VERY DIFFICULT.  THE CORPS OF |
| 14:27 | 25 | ENGINEERS HAD A LIMITED OPERATIONS AND MAINTENANCE BUDGET.  THE |

14:27     1    MRGO CHANNEL WAS SORT OF A LOSS LEADER, SO IT WAS HARD TO

14:27     2    JUSTIFY SPENDING MONEY ON IT.

14:27     3    **Q.**   AS A RESULT, CONGRESSIONAL SUPPORT FOR MAINTAINING THE

14:27     4    CHANNEL WAS ALWAYS HARD TO COME BY; RIGHT?

14:27     5    **A.**   THAT'S RIGHT.   AND, IN FACT, IN THE LAKE BORGNE AREA, THEY

14:27     6    ACTUALLY DID NOT MAINTAIN THE FULL AUTHORIZED WIDTH.   PART OF

14:27     7    THAT WAS THAT SHIPS WEREN'T USING IT, BUT THE OTHER PART WAS

14:27     8    THAT IT WAS VERY EXPENSIVE.

14:27     9    **Q.**   FOR HALF OF THE MRGO'S EXISTENCE, THE CORPS COULDN'T EVEN

14:27    10    JUSTIFY OBTAINING THE MONEY TO DREDGE THE CHANNEL TO ITS FULL

14:28    11    AUTHORIZED WIDTH; CORRECT?

14:28    12    **A.**   I DON'T KNOW HOW THEY JUSTIFY THINGS, BUT IT IS A FACT

14:28    13    THAT THEY DID NOT MAINTAIN THE ENTIRE CHANNEL.

14:28    14         **THE COURT:**   LET ME ASK YOU A FOLLOW-UP QUESTION TO

14:28    15    THAT.   DO YOU KNOW, THEN, WITH THAT, SHALL WE SAY, VERY POOR

14:28    16    ECONOMIC PERFORMANCE, IF THE CORPS EVER RECOMMENDED TO CONGRESS

14:28    17    IN ANY WAY, SHAPE, OR FORM TO CLOSE THE MRGO PRIOR TO 2005?

14:28    18         **THE WITNESS:**   NO.   IN FACT, IN OCTOBER OF 2005, THEY

14:28    19    RECOMMENDED TO CONGRESS TO KEEP IT OPEN.

14:28    20         **THE COURT:**   DO YOU KNOW WHY THAT WOULD BE,

14:28    21    CONSIDERING THE COST-BENEFIT ECONOMIC ANALYSIS THAT YOU JUST

14:28    22    TALKED ABOUT?   DO YOU HAVE ANY IDEA?

14:28    23         **THE WITNESS:**   I AM NOT AN ECONOMIST, AND MOST

14:28    24    ECONOMISTS THAT I TALKED TO --

14:28    25         **THE COURT:**   IT MAY BE OUT OF YOUR MILIEU --

FINAL DAILY COPY

14:28  1          **THE WITNESS:** IT IS OUT OF MY MILIEU.

14:28  2  **BY MR. LEVINE:**

14:28  3  **Q.** YOU BELIEVE THAT THE CORPS FAVORED SHIPPING INTERESTS OVER

14:28  4  OTHER INTERESTS WHEN DEALING WITH THE MRGO; RIGHT?

14:28  5  **A.** I BELIEVE THE PARISH PRESIDENT OF ST. BERNARD JUST

14:29  6  TESTIFIED TO THAT.

14:29  7  **Q.** YOU'VE TESTIFIED TO THAT EARLIER, TOO, THOUGH; RIGHT?

14:29  8  **A.** UH-HUH.

14:29  9  **Q.** IS THAT A "YES"?

14:29  10  **A.** THEY'RE THE CUSTOMERS.

14:29  11  **Q.** IS THAT A "YES"?

14:29  12  **A.** THAT'S A "YES."

14:29  13  **Q.** THE LEVEES ALONG REACH 2 OF THE MRGO ARE DESIGNED TO

14:29  14  DEFEND AGAINST THE SURGE HEIGHT OF 13 FEET; CORRECT?

14:29  15  **A.** THAT WAS THE ORIGINAL 1950S -- OR MID-1950S DESIGN.

14:29  16  **Q.** IT'S YOUR CONTENTION THAT THE CORPS, BY 1966, KNEW THAT

14:29  17  THE MRGO CAUSED ENHANCED STORM SURGE RISK TO NEW ORLEANS;

14:29  18  CORRECT?

14:29  19  **A.** THEY HAD THE INFORMATION PROVIDED IN THE BRETSCHNEIDER AND

14:29  20  COLLINS REPORT BY THAT TIME.

14:29  21  **Q.** LET'S PULL UP THAT REPORT, WHICH IS MARKED AS PX-068.

14:29  22  **A.** I SHOULD SAY, ALSO, THEY HAD DR. HSU'S REPORT BY 1972.

14:29  23  **Q.** LET'S JUST TALK ABOUT THE BRETSCHNEIDER AND COLLINS

14:29  24  REPORT, WHICH IS MARKED PX-068, AND TAKE A LOOK AT PAGE 3 OF

14:29  25  THAT REPORT.  IT SAYS, THE THIRD PARAGRAPH DOWN:  "THE EFFECTS

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:30 | 1 | IN THE VICINITY OF THE INNER HARBOR NAVIGATIONAL CANAL, DUE TO |
| 14:30 | 2 | RAPIDLY AND SLOWLY RISING SURGES, WERE EVALUATED NUMERICALLY |
| 14:30 | 3 | FOR FOUR CASES."  DID READ THAT CORRECTLY? |
| 14:30 | 4 | A.   I CAN'T SEE IT.  WAIT.  THERE IT IS.  THERE IT IS. |
| 14:30 | 5 | **THE COURT:**  I WILL ATTEST THAT YOU DID. |
| 14:30 | 6 | **THE WITNESS:**  THAT'S FINE. |
| 14:30 | 7 | **BY MR. LEVINE:** |
| 14:30 | 8 | Q.   NOW WE TAKE A LOOK AT PAGE 2 OF THE REPORT.  WE ZOOM IN ON |
| 14:30 | 9 | THE MAP.  THEY LOOKED AT A NUMBER OF LOCATIONS TO SEE WHERE |
| 14:30 | 10 | THEY WOULD GENERATE SURGE INFORMATION; CORRECT? |
| 14:30 | 11 | A.   THAT'S RIGHT. |
| 14:31 | 12 | Q.   THE ONLY LOCATION ON REACH 2 OF THE MRGO IS LOCATION B; |
| 14:31 | 13 | CORRECT? |
| 14:31 | 14 | A.   YES.  I THINK THEY CALLED IT ALLUVIAL CITY THERE. |
| 14:31 | 15 | Q.   LET'S TAKE A LOOK AGAIN AT PAGE 3.  LOOK AT THE FOUR |
| 14:31 | 16 | SCENARIOS BRETSCHNEIDER AND COLLINS EVALUATED.  I'M MOST |
| 14:31 | 17 | INTERESTED IN ROMAN NUMERAL III AND IV.  BOTH OF THESE |
| 14:31 | 18 | SCENARIOS INCLUDE THE PROPOSED LEVEES; CORRECT? |
| 14:31 | 19 | A.   THAT'S CORRECT. |
| 14:31 | 20 | Q.   I WANT TO LOOK REALLY QUICKLY AT PAGE 40 OF THIS REPORT. |
| 14:31 | 21 | IF WE CAN HIGHLIGHT UNDER CASE III RIGHT THERE AND ZOOM THAT |
| 14:31 | 22 | IN.  IN CASE III THEY MODELED THE GULF OUTLET WITH A 38-FOOT |
| 14:31 | 23 | DEPTH AND A 500-FOOT WIDTH; IS THAT CORRECT? |
| 14:32 | 24 | A.   WHAT YOU'RE TALKING ABOUT THERE IS MRGO REACH 1? |
| 14:32 | 25 | Q.   THAT'S -- |

| | | |
|---|---|---|
| 14:32 | 1 | **A.**   I'M SORRY.  THE GULF OUTLET, YES.  YES. |
| 14:32 | 2 | **Q.**   SO -- |
| 14:32 | 3 | **A.**   YES.  THEY INCREASED THE AREA.  NOW, THIS IS, OF COURSE, |
| 14:32 | 4 | MUCH SMALLER THAN THE ACTUAL GULF OUTLET, BUT THEY DID INCREASE |
| 14:32 | 5 | THE AREA BELOW SEA LEVEL TO 19,000 SQUARE FEET.  THE ACTUAL |
| 14:32 | 6 | GULF OUTLET IS CLOSER TO 30,000 SQUARE FEET. |
| 14:32 | 7 | **Q.**   JUST SO THE RECORD'S CLEAR, WHEN THEY RAN THIS STUDY, THE |
| 14:32 | 8 | MRGO CHANNEL WAS MODELED AS A 38-FOOT DEPTH AND A 500-FOOT |
| 14:32 | 9 | WIDTH; CORRECT? |
| 14:32 | 10 | **A.**   RIGHT, AND AS A RECTANGULAR BOX. |
| 14:32 | 11 | **Q.**   LET'S TAKE A LOOK AT PAGE 4 FOR SCENARIOS 3 AND 4.  CAN WE |
| 14:32 | 12 | ZOOM IN ON THE TOP TABLE, WHICH IS -- NOW, THIS TABLE IS A PEAK |
| 14:32 | 13 | SURGE PREDICTION FOR HURRICANE BETSY FOR ALL FOUR CASES; |
| 14:33 | 14 | CORRECT? |
| 14:33 | 15 | **A.**   THAT'S RIGHT. |
| 14:33 | 16 | **Q.**   IF WE COULD HIGHLIGHT ROMAN NUMERAL III AND ROMAN NUMERAL |
| 14:33 | 17 | IV, YOU SEE NO DIFFERENCE BETWEEN THE PEAK SURGE BETWEEN ROMAN |
| 14:33 | 18 | NUMERAL III AND ROMAN NUMERAL IV IN THIS TABLE; CORRECT? |
| 14:33 | 19 | **A.**   IN TERMS OF THE PEAK SURGE.  REMEMBER, MOST OF THE CHANGES |
| 14:33 | 20 | WERE IN THE ONSET OF SURGE.  THIS MODEL WAS NOT REALLY CAPABLE |
| 14:33 | 21 | OF PREDICTING PEAK SURGE VERY WELL. |
| 14:33 | 22 | **Q.**   LET'S TAKE A LOOK AT PAGE 5 OF THIS REPORT.  LET'S JUST |
| 14:33 | 23 | GET A COUPLE THINGS CLEAR BEFORE WE GO THROUGH IT ALL.  SCROLL |
| 14:33 | 24 | ALL THE WAY DOWN, PLEASE, SO WE GET THE WHOLE TABLE IN.  UNDER |
| 14:33 | 25 | HURRICANE SPH -- THAT STANDS FOR STANDARD PROJECT HURRICANE; |

14:33    1    CORRECT?

14:33    2    **A.**   THAT'S RIGHT.

14:33    3    **Q.**   WHERE IT SAYS "PMH," THAT STANDS FOR PROBABLE MAXIMUM

14:34    4    HURRICANE; CORRECT?

14:34    5    **A.**   AS THEY UNDERSTOOD IT IN 1966.

14:34    6    **Q.**   SO THEN THEY DEVELOPED THREE DIFFERENT HURRICANE TRACKS:

14:34    7    SIGMA, CHI, AND EPSILON.  IS THAT CORRECT?

14:34    8    **A.**   THOSE WERE HYPOTHETICAL TRACKS, YES.

14:34    9    **Q.**   THESE ARE FOR THREE DIFFERENT STORM TRACKS WHICH COULD

14:34   10    APPROACH THE AREA; CORRECT?

14:34   11    **A.**   YEAH.  THEY'RE HYPOTHETICAL STORMS.

14:34   12    **Q.**   LET'S LOOK AT THE FIRST TRACK.  LET'S JUST LOOK AT THE

14:34   13    FIRST SET OF TRACKS.

14:34   14    **A.**   THERE ARE PARTS OF THIS REPORT THAT ARE STILL VALID TODAY.

14:34   15    OTHER PARTS OF IT WOULD BE TOSSED OUT IN A SECOND.  YOU'RE

14:34   16    HEADED IN THE WRONG DIRECTION HERE IF YOU'RE LOOKING FOR

14:34   17    SOMETHING THAT WOULD PASS REVIEW TODAY.  BUT DR. HSU, IN 1972,

14:35   18    DID AN EXCELLENT CRITIQUE OF THIS REPORT AND PUT THE CORPS ON

14:35   19    NOTICE ABOUT ITS DEFICIENCIES.

14:35   20    **Q.**   LET ME JUST LOOK AT -- FOR THE SIGMA TRACK, FOR CASES III

14:35   21    AND IV, FOR THE STANDARD PROJECT HURRICANE, YOU SEE NO

14:35   22    DIFFERENCES IN THE PEAK SURGE ELEVATION; CORRECT?

14:35   23    **A.**   THAT'S WHAT IT SHOWS THERE.  AND, IN FACT, THAT'S WHAT YOU

14:35   24    GET WHEN YOU HAVE A RECURSIVE STATISTICAL ARGUMENT WHERE YOU

14:35   25    PUT THE ANSWER IN BEFORE YOU HAVE THE -- I MEAN, DR. HSU DID AN

14:35   1    EXCELLENT JOB WITH THAT.  I ALSO WENT THROUGH IT PRETTY

14:35   2    CAREFULLY IN TEAM LOUISIANA AND MY OWN EXPERT REPORT.  THERE

14:35   3    WERE GOOD THINGS ABOUT THIS STUDY AND THERE WERE THINGS THAT

14:35   4    WERE JUST PLAIN WRONG.

14:35   5    Q.   LET'S LOOK AT THE SIGMA TRACK IN PROBABLE MAXIMUM

14:35   6    HURRICANE, AND YOU DON'T SEE -- FOR STORMS III AND IV, FOR THE

14:36   7    PROBABLE MAXIMUM HURRICANE, YOU DON'T SEE ANY DIFFERENCES IN

14:36   8    THIS STUDY; CORRECT?

14:36   9    A.   I'M TRYING TO REFRESH MY MEMORY ON THIS.  IT LOOKS TO ME

14:36   10   LIKE THEY COULD HAVE COPIED THESE ALL.  THEY DON'T SHOW ANY

14:36   11   DIFFERENCES.  IN FACT, THEY COULDN'T, THE WAY THEY DERIVED

14:36   12   THEM.  THE WORK THAT WAS GOOD WAS THE WORK DONE ON REACH 1.

14:36   13            MR. LEVINE:  CAN WE SWITCH TO THE ELMO, PLEASE.

14:37   14   BY MR. LEVINE:

14:37   15   Q.   NOW, IF WE LOOK AT THE CHI TRACK FOR THE STANDARD PROJECT

14:37   16   HURRICANE, YOU DON'T SEE ANY DIFFERENCES BETWEEN STORMS III AND

14:37   17   IV; CORRECT?

14:37   18   A.   THAT'S RIGHT.  THAT SHOULD HAVE ALERTED THEM TO THE

14:37   19   PROBLEMS.

14:37   20   Q.   IF WE LOOK AT THE PMH TRACK, YOU DON'T SEE ANY DIFFERENCES

14:37   21   BETWEEN STORMS III AND IV; CORRECT?

14:37   22   A.   THE DIFFERENCES WERE IN THE TIME OF THE RISE, OF THE ONSET

14:37   23   OF THE SURGE, NOT IN THE PEAK ELEVATION.  THAT WAS CAPPED.

14:37   24   Q.   IF WE DO THE EPSILON TRACK AND LOOK AT THE STANDARD

14:37   25   PROJECT HURRICANE, YOU DON'T SEE ANY DIFFERENCES BETWEEN STORMS

14:37    1    III AND IV; CORRECT?

14:37    2    **A.**    IN TERMS OF THE PEAK ELEVATION, YES, THAT'S RIGHT.

14:37    3    **Q.**    IF WE LOOK AT THE -- THEY OMIT THE PROBABLE MAXIMUM

14:37    4    HURRICANE.  BUT IF WE LOOK AT THE LAST SET OF NUMBERS, YOU

14:37    5    DON'T SEE ANY DIFFERENCES BETWEEN STORMS III AND IV; CORRECT?

14:38    6    **A.**    UH-HUH.

14:38    7             **THE COURT:**  IS THAT CORRECT?

14:38    8             **THE WITNESS:**  YES.  I'M SORRY.  THAT'S CORRECT, SIR.

14:38    9             **MR. LEVINE:**  YOUR HONOR, IF I MAY HAVE A MOMENT TO

14:38    10   CONSULT?

14:38    11            **THE COURT:**  YOU CERTAINLY MAY.

14:38    12            **MR. LEVINE:**  THANK YOU.

14:38    13            LET'S TURN TO PAGE 41 OF THIS REPORT.  IF WE CAN

14:38    14   SWITCH BACK TO THE COMPUTER.  IF WE CAN ZOOM IN ON THE

14:38    15   HYDROGRAPH.

14:38    16   **BY MR. LEVINE:**

14:38    17   **Q.**    THIS HYDROGRAPH DEPICTS THE STORM SURGE AT THE INNER

14:39    18   HARBOR NAVIGATION CANAL; CORRECT?

14:39    19   **A.**    NO.  NO.  THE INPUT IS OUT IN LAKE BORGNE -- OR IN BRETON

14:39    20   SOUND, AS I UNDERSTAND IT.

14:39    21   **Q.**    BUT THE RESULTS OF THE SURGE DEPICT WHAT THE SURGE WOULD

14:39    22   BE AT THE INNER HARBOR NAVIGATION CANAL; CORRECT?

14:39    23   **A.**    THAT'S MY UNDERSTANDING, YES.

14:39    24   **Q.**    ALL THOSE STORMS ON THIS PAGE AT THE INNER HARBOR

14:39    25   NAVIGATION CANAL ARE BELOW 13 FEET; CORRECT?

| | | |
|---|---|---|
| 14:39 | 1 | **A.**   THE INPUT IS BELOW 10 FEET. |
| 14:39 | 2 | **Q.**   ALL THE STORMS ARE BELOW 13 FEET? |
| 14:39 | 3 | **A.**   OKAY.  I'M LOOKING AT THE INPUT.  IT GOES UP TO 10 FEET. |
| 14:39 | 4 | OKAY.  SO IT'S PRETTY HARD TO GET A STORM -- A SURGE HIGHER |
| 14:39 | 5 | THAN THAT, BUT ALL THE ONES THAT ARE SHOWN THERE IN THE CASE -- |
| 14:39 | 6 | CASE I AND IV, THOSE ARE THE ONES, I BELIEVE, WITHOUT THE |
| 14:39 | 7 | CHANNEL IN THEM.  YOU SEE NO SURGE; RIGHT?  AND THEN FOR CASES |
| 14:40 | 8 | II AND III, YOU SEE SOME SURGE, BUT IT IS ATTENUATED.  IT'S |
| 14:40 | 9 | ONLY 7 FEET MAX FOR CASE III AND -- WHAT IS IT -- 4, 4 AND A |
| 14:40 | 10 | HALF FOR CASE II.  SO WITHOUT THE CHANNEL IN THEM, YES, YOU GET |
| 14:40 | 11 | NO SURGE.  THEN WITH THE CHANNEL PRESENT, YOU GET SOME SURGE. |
| 14:40 | 12 | **Q.**   LESS THAN 13 FEET? |
| 14:40 | 13 | **A.**   LESS THAN -- YES.  IT'S HARD TO IMAGINE HOW YOU WOULD GET |
| 14:40 | 14 | 13 FEET WITH AN INPUT OF 10. |
| 14:40 | 15 | **THE COURT:**  WHEN YOU SAY "WITH AN INPUT OF 10," YOU |
| 14:40 | 16 | MEAN WHEN THE INPUT IS 10, THE OUTPUT CAN'T BE GREATER THAN 10? |
| 14:40 | 17 | **THE WITNESS:**  IT'S VERY DIFFICULT. |
| 14:40 | 18 | **THE COURT:**  IS IT POSSIBLE? |
| 14:40 | 19 | **THE WITNESS:**  IT IS POSSIBLE THAT IT COULD BE A FOOT |
| 14:40 | 20 | OR TWO HIGHER, BUT -- |
| 14:40 | 21 | **THE COURT:**  SO IF THE PREMISE IS 10, IT'S UNLIKELY |
| 14:40 | 22 | FOR THE INPUT THAT THE OUTPUT WOULD BE MUCH GREATER THAN 10? |
| 14:41 | 23 | **THE WITNESS:**  THAT'S CORRECT.  THE ENERGY IS COMING |
| 14:41 | 24 | IN, ESSENTIALLY, OUT THE BOUNDARY AND IT'S PROPAGATING THROUGH |
| 14:41 | 25 | THE SYSTEM.  WHAT WE'VE GOT IN THE SYSTEM IS A LOT OF |

FINAL DAILY COPY

14:41   1   RESISTANCE AND SO ON.

14:41   2   **BY MR. LEVINE:**

14:41   3   **Q.**   IF WE TURN TO PAGE 42, WE FOCUS IN ON THE HYDROGRAPH

14:41   4   AGAIN.  ONCE AGAIN, YOU SEE ALL RESULTS ARE FOR THE STORM SURGE

14:41   5   AT THE INNER HARBOR NAVIGATION CANAL; CORRECT.

14:41   6   **A.**   THAT'S RIGHT.  I MAY BE WRONG, BUT I BELIEVE IT IS AN

14:41   7   ARTIFACT OF THIS PARTICULAR APPROACH THAT THEY USE, THAT YOU

14:41   8   CANNOT ACTUALLY GET A SURGE ANYWHERE HIGHER THAN THE INPUT

14:41   9   SURGE.

14:41   10   **Q.**   SO ALL THESE SURGES ARE STILL BELOW 13 FEET; CORRECT?

14:41   11   **A.**   THEY ARE BELOW THE INPUT SURGE OF 10 FEET, AS WOULD BE

14:41   12   EXPECTED.

14:41   13   **Q.**   IF WE TURN TO PAGE 43 OF THE REPORT, WE SEE THE RESULTS OF

14:42   14   SURGE AT THE INNER HARBOR NAVIGATION CANAL; CORRECT?

14:42   15   **A.**   THIS WAS THE SLIDE -- ONE OF THE SLIDES THAT I SHOWED

14:42   16   YESTERDAY IN WHICH WE WERE SHOWING THE -- BECAUSE THIS MODEL

14:42   17   REALLY CAN'T GIVE US A GOOD IDEA OF SURGE HEIGHT, WE CAN'T

14:42   18   EXCEED 10 FEET, FOR EXAMPLE.  WHAT WE COULD DO WAS SEE THE

14:42   19   EFFECT ON ONSET OF SURGE, AND THIS SHOWS IT VERY CLEARLY.  THE

14:42   20   CASES THAT SHOW THE MOST RAPID, THE EARLIEST ONSET ARE THOSE

14:42   21   THAT INCLUDE THE CHANNEL.

14:42   22   **THE COURT:**  AS I UNDERSTAND IT, COUNSEL, TO MAKE SURE

14:42   23   I'M FOLLOWING -- AND EVERY NOW AND THEN IT'S GOOD TO HIGHLIGHT

14:42   24   THIS.  I'VE UNDERSTOOD MOST OF THE OTHER THINGS, I THINK.  I

14:43   25   THINK I UNDERSTAND THIS.  ONE OF THE PRIMARY REASONS THIS IS

14:43    1    BEING -- WE'RE PURSUING THIS IS TO SHOW THAT THE CORPS

14:43    2    REASONABLY RELIED ON THE BRETSCHNEIDER AND COLLINS REPORT?  IF

14:43    3    I'M OFF BASE, PLEASE TELL ME.

14:43    4              **MR. LEVINE:**  THAT WOULD BE CORRECT.

14:43    5              **THE COURT:**  I KNOW THERE MAY BE OTHER REASONS, BUT

14:43    6    THAT IS -- YES.  THANK YOU.

14:43    7    **BY MR. LEVINE:**

14:43    8    **Q.**   SO ALL THESE STORM SURGES ARE STILL BELOW 13 FEET;

14:43    9    CORRECT?

14:43   10    **A.**   THEY CAN'T GET ABOVE 10 FEET, COUNSELOR.  NOW, WHAT'S

14:43   11    INTERESTING HERE, THE ONLY THING THAT'S VALID ABOUT THIS

14:43   12    ANALYSIS IS THE ONSET OF SURGE.

14:43   13              **MR. LEVINE:**  DOES YOUR HONOR WANT TO TAKE A BREAK?

14:43   14              **THE COURT:**  YES, IF YOU STILL HAVE SOME MORE WITH

14:43   15    THIS WITNESS.

14:43   16              **MR. LEVINE:**  I'LL HAVE A LITTLE BIT MORE AFTER THE

14:43   17    BREAK.

14:43   18              **THE COURT:**  I'LL LET YOU COALESCE YOUR THOUGHTS AND

14:43   19    I'LL COALESCE MY HEADACHE.

14:43   20              **THE DEPUTY CLERK:**  ALL RISE.

14:43   21              (WHEREUPON THE COURT TOOK A BRIEF RECESS.)

15:00   22              **THE DEPUTY CLERK:**  ALL RISE.

15:16   23               COURT IS IN SESSION.  PLEASE BE SEATED.

15:16   24              **THE COURT:**  PROCEED.

15:16   25              **MR. LEVINE:**  THANK YOU, YOUR HONOR.


                              FINAL DAILY COPY

15:16    1    **BY MR. LEVINE:**

15:16    2    **Q.**   I WANT TO PUT UP PAGE 4 FROM THE BRETSCHNEIDER AND COLLINS

15:16    3    REPORT, WHICH IS PX-068, AND I WANT TO HIGHLIGHT THE LAST

15:17    4    PARAGRAPH THERE.  IT SAYS:

15:17    5        "IT IS SEEN THAT THE EFFECT OF THE MISSISSIPPI RIVER

15:17    6    GULF OUTLET IS ALMOST NEGLIGIBLE FOR ALL LARGE HURRICANES

15:17    7    ACCOMPANIED BY SLOW-RISING STORM SURGES.  IT MAY BE EXPECTED

15:17    8    THAT, ONCE IN A WHILE, A STORM SURGE MAY OCCUR WHICH HAS A

15:17    9    SOMEWHAT FREAKISH, MORE RAPIDLY RISING SURGE, IN WHICH CASE THE

15:17    10    GULF OUTLET CHANNEL MAY HAVE A VERY MARKED EFFECT.  HOWEVER,

15:17    11    SUCH A STORM WILL NOT PRODUCE TIDES WHICH ARE AS HIGH AS THE

15:17    12    MORE CRITICAL HURRICANE TRACKS SUCH AS BETSY OR THE SYNTHETIC

15:17    13    HURRICANES."

15:17    14        DID I READ THAT CORRECTLY?

15:17    15    **A.**   YES, YOU DID, AND I THINK THAT TO SOME DEGREE -- TO SOME

15:17    16    DEGREE, I DON'T KNOW TO HOW MUCH, BUT THEY TEND TO DOWNPLAY

15:17    17    THEIR RESULTS IN THEIR CONCLUSIONS.

15:18    18    **Q.**   THAT IS THE CONCLUSION OF THE REPORT; CORRECT?

15:18    19    **A.**   THAT'S RIGHT.  THIS WAS IN A LITIGATION CONTEXT, AS YOU

15:18    20    RECALL.

15:18    21    **Q.**   NOW, I WANT TO TURN TO PAGES 23 AND 24 OF YOUR EXPERT

15:18    22    REPORT, WHICH IS PX-91.  IN THESE PAGES -- AND WE'LL BLOW IT UP

15:18    23    FOR YOU -- YOU REFERENCE A LETTER FROM COLONEL HAAR WRITTEN TO

15:18    24    CONGRESSMAN F. EDWARD HEBERT; CORRECT?

15:18    25    **A.**   I BELIEVE HE WAS ONE OF THE CONGRESSMEN WHO HAD HIS HAND

15:18    1    ON THE TRIGGER THERE.

15:18    2              **MR. LEVINE:**  IF WE CAN GET THAT BLOWN UP.

15:18    3    **BY MR. LEVINE:**

15:18    4    **Q.**   NOW, IN THIS LETTER COLONEL HAAR IS TALKING ABOUT THE

15:19    5    INSTALLATION OF A SURGE BARRIER; CORRECT?

15:19    6    **A.**   OH.  THIS WAS ABOUT THE CROSBY PLAN, ESSENTIALLY WHAT THEY

15:19    7    ARE DOING NOW.

15:19    8    **Q.**   THE SURGE BARRIER PLAN?

15:19    9    **A.**   THAT'S RIGHT.

15:19   10    **Q.**   YOU SPOKE ABOUT THIS PLAN YESTERDAY; RIGHT?

15:19   11    **A.**   WE DID.

15:19   12    **Q.**   IN THE PORTION OF THE LETTER QUOTED IN YOUR EXPERT REPORT,

15:19   13    MULTIPLE REASONS ARE LISTED FOR WHY THE CORPS WOULD NOT INSTALL

15:19   14    THE SURGE BARRIER; CORRECT?

15:19   15    **A.**   THAT'S RIGHT.  EXCLUSIVE OF ANY DISCUSSION OF PUBLIC

15:19   16    SAFETY.

15:19   17    **Q.**   WELL, LET'S GO THROUGH THE REASONS CITED HERE IN THIS

15:19   18    PORTION.  FIRST, THE SURGE BARRIER PROJECT WAS NOT ECONOMICALLY

15:19   19    JUSTIFIED; RIGHT?

15:20   20    **A.**   IS THAT -- OKAY.  I SEE IT UP THERE AT THE TOP.  "BEYOND

15:20   21    THE FACT..." IT SAYS.  ARE WE READING OFF THIS PAGE?

15:20   22    **Q.**   WE ARE JUST GOING OFF WHAT THEY SAY IN THE LETTER.  IT

15:20   23    SAYS, "THE SURGE BARRIER PROJECT WAS NOT ECONOMICALLY

15:20   24    JUSTIFIED."  CORRECT?

15:20   25    **A.**   THAT'S WHAT IT SAYS.  IT SAYS, "BEYOND THE FACT THAT THE

2023

| | | |
|---|---|---|
| 15:20 | 1 | PLAN IS NOT ECONOMICALLY JUSTIFIED...." |
| 15:20 | 2 | **Q.**   SECOND, "THE SURGE BARRIER WOULD NOT INCLUDE THE WORK |
| 15:20 | 3 | ALREADY PROVIDED BY THE LOCAL INTERESTS AND, THEREFORE, IT |
| 15:20 | 4 | WOULD INTERFERE WITH THE COST SHARING."  CORRECT? |
| 15:20 | 5 | **A.**   YOU KNOW, I'M NOT AN EXPERT AT THESE BUREAUCRATIC |
| 15:20 | 6 | COMMUNICATIONS, BUT WHAT I SAW WAS THAT THEY WERE TRYING TO |
| 15:20 | 7 | SHUT DOWN -- REMEMBER, THE STATE WAS THE PARTY BRINGING THIS |
| 15:20 | 8 | CONCERN UP. |
| 15:20 | 9 | **MR. LEVINE:**  CAN YOU HIGHLIGHT THAT SECOND SENTENCE |
| 15:20 | 10 | FOR ME, PLEASE. |
| 15:20 | 11 | **THE WITNESS:**  BUT I'VE HEARD VERY SIMILAR THINGS SAID |
| 15:20 | 12 | BY THE CORPS MORE RECENTLY. |
| 15:21 | 13 | **BY MR. LEVINE:** |
| 15:21 | 14 | **Q.**   WHAT THE LETTER SAYS IS THAT, IF YOU CONSTRUCTED THIS |
| 15:21 | 15 | SURGE BARRIER, IT WOULD INTERFERE WITH THE COST-SHARING |
| 15:21 | 16 | PROPOSALS FROM THE LOCAL INTERESTS? |
| 15:21 | 17 | **A.**   NO DOUBT. |
| 15:21 | 18 | **Q.**   CORRECT? |
| 15:21 | 19 | **A.**   BUT IT WOULD ALSO INTERFERE WITH THE SURGE TRANSMISSION. |
| 15:21 | 20 | **Q.**   WELL, LET'S TAKE A LOOK AT THE NEXT ONE.  THIRD, "THE |
| 15:21 | 21 | SURGE BARRIER IS OUTSIDE THE SCOPE OF THE CORPS' AUTHORITY SO |
| 15:21 | 22 | THAT THE CORPS WOULD NEED A CONGRESSIONAL AUTHORIZATION." |
| 15:21 | 23 | CORRECT? |
| 15:21 | 24 | **A.**   THAT'S RIGHT.  WHICH WOULD NOT BE FORTHCOMING IF THEY |
| 15:21 | 25 | DIDN'T ASK FOR IT. |

15:21  1  **Q.**   FOURTH, "THE CORPS HAD ALREADY SET SOME OF THE LPV PROJECT

15:21  2  FEATURES AND THEY DIDN'T WANT TO LEAVE SOME FEATURES WAITING."

15:21  3  RIGHT?

15:21  4  **A.**   RIGHT.  THIS WAS NOT LONG AFTER HURRICANE BETSY, AND THE

15:21  5  CITY WAS UNDEFENDED, AND THERE WAS CONCERN TO GET SOMETHING UP

15:21  6  THERE -- AS YOU HEAR TODAY, SOMETHING RATHER THAN NOTHING.

15:21  7  **Q.**   YOU MEAN HURRICANE CAMILLE?  THAT WAS --

15:21  8  **A.**   THIS IS WHAT -- WELL, HURRICANE BETSY WAS REALLY THE ONE

15:21  9  THAT SCARED NEW ORLEANS.

15:22  10  **Q.**   LET'S TAKE A LOOK AT THE FIFTH ONE.  THEY WERE CONCERNED

15:22  11  ABOUT --

15:22  12  **A.**   BUT CAMILLE ALSO FLOODED NEW ORLEANS.

15:22  13  **Q.**   THE CORPS WAS CONCERNED ABOUT THE SHIPPING AND NAVIGATION

15:22  14  INTERESTS THAT WERE INVOLVED; RIGHT?

15:22  15  **A.**   THAT HAS ALWAYS BEEN THEIR PRIMARY CONCERN.

15:22  16  **Q.**   I THINK WHAT YOU WOULD SAY IS THESE FIVE FACTORS COULD GO

15:22  17  INTO THE MIX; BUT IN YOUR OPINION, YOU WOULD HAVE TO WEIGH THEM

15:22  18  AGAINST PUBLIC SAFETY.  CORRECT?

15:22  19  **A.**   I THINK WHEN WE ARE TALKING ABOUT HURRICANE PROTECTION, WE

15:22  20  HAVE TO CONSIDER --

15:22  21          **THE COURT:**  AGAIN, WE ARE GETTING INTO MY MILIEU, NOT

15:22  22  HIS.

15:22  23          **THE WITNESS:**  ABSOLUTELY.  I CAN EDITORIALIZE ON

15:22  24  THAT.

15:22  25          **THE COURT:**  YES, I UNDERSTAND, BUT THAT'S ALL IT IS,

FINAL DAILY COPY

15:22    1   AND IT'S MEANINGLESS TO ME.  YOUR EVIDENCE ISN'T MEANINGLESS,

15:22    2   BUT WHETHER -- THAT'S WHAT THIS CASE IS ABOUT:  THE BALANCING

15:22    3   OF VARIOUS INTERESTS, INCLUDING THE LAW, VERSUS PUBLIC SAFETY.

15:22    4   BOTTOM LINE.

15:22    5   **BY MR. LEVINE:**

15:22    6   **Q.**   IN YOUR OPINION, DR. KEMP, THE CORPS WAS NOT CONCERNED

15:23    7   ABOUT THE PUBLIC SAFETY; IS THAT RIGHT?

15:23    8   **A.**   I FOUND NO REFERENCES TO PUBLIC SAFETY CONSIDERATION IN

15:23    9   THE DOCUMENTS THAT I REVIEWED.

15:23   10   **Q.**   NOW, THE REASON I ASKED YOU ABOUT HURRICANE CAMILLE, THAT

15:23   11   STRUCK NEW ORLEANS IN AUGUST 1969; RIGHT?

15:23   12   **A.**   YES.  I DON'T KNOW WHETHER -- WHAT DAY THIS LETTER --

15:23   13         **THE COURT:**  YOU SAY "STRUCK NEW ORLEANS."  IT

15:23   14   IMPACTED NEW ORLEANS.

15:23   15         **THE WITNESS:**  IT IMPACTED NEW ORLEANS.  IT ACTUALLY

15:23   16   STRUCK OCEAN SPRINGS AND THE MISSISSIPPI COAST.

15:23   17   **BY MR. LEVINE:**

15:23   18   **Q.**   LET'S PULL UP THE ACTUAL LETTER.  IT'S JX-297.  IF WE LOOK

15:23   19   AT THE TOP, I THINK THE DATE ON THIS LETTER WAS --

15:24   20   **A.**   THE 23RD OF SEPTEMBER, 1969.

15:24   21   **Q.**   YES.

15:24   22   **A.**   I'M TRYING TO REMEMBER WHEN CAMILLE HIT.

15:24   23         **THE COURT:**  SOMETIME IN '69.

15:24   24         **THE WITNESS:**  YEAH.  I JUST DON'T REMEMBER WHETHER IT

15:24   25   WAS -- BECAUSE IT'S IN REPLY TO AN AUGUST 28 LETTER.

| | | |
|---|---|---|
| 15:24 | 1 | **BY MR. LEVINE:** |
| 15:24 | 2 | **Q.**  WELL, I THINK IT'S ON SEPTEMBER 23, 1969, THIS LETTER WAS |
| 15:24 | 3 | WRITTEN. |
| 15:24 | 4 | **A.**  I SEE THAT. |
| 15:24 | 5 | **Q.**  I WENT BACK AND LOOKED AND SAW CAMILLE HIT SOMETIME IN |
| 15:24 | 6 | AUGUST 1969. |
| 15:24 | 7 | **A.**  SO THERE'S SOME EXCHANGE GOING ON AFTER CAMILLE. |
| 15:24 | 8 | **Q.**  RIGHT.  NOW, IF WE LOOK AT THE SECOND PAGE OF THE LETTER |
| 15:24 | 9 | AND FOCUS ON THAT FIRST FULL PARAGRAPH, YOU WRITE -- |
| 15:24 | 10 | **THE COURT:**  AUGUST 17 TO BE PRECISE. |
| 15:24 | 11 | **BY MR. LEVINE:** |
| 15:24 | 12 | **Q.**  AUGUST 17?  THANK YOU, YOUR HONOR. |
| 15:25 | 13 | **A.**  THERE'S A PRETTY -- THE CITY WAS PRETTY FRIGHTENED OF |
| 15:25 | 14 | CAMILLE. |
| 15:25 | 15 | **Q.**  I WANT TO LOOK AT A PORTION THAT YOU DIDN'T QUOTE IN YOUR |
| 15:25 | 16 | EXPERT REPORT, AND IT SAYS: |
| 15:25 | 17 | "ASSUMING THAT THE PLAN IS AUTHORIZED AND FUNDED, |
| 15:25 | 18 | SUBSTANTIALLY GREATER PLANNING AND CONSTRUCTION TIMES WOULD BE |
| 15:25 | 19 | INVOLVED.  IN VIEW OF THE EXTENDED DELAY IN REALIZING |
| 15:25 | 20 | PROTECTION UNDER THE FEDERAL PROJECT, IT IS LIKELY THAT LOCAL |
| 15:25 | 21 | INTERESTS WOULD FIND IT NECESSARY TO PROCEED INDEPENDENTLY AND |
| 15:25 | 22 | AT GREAT COST WITH IMPROVEMENTS TO THE EXISTING LEVEE SYSTEMS |
| 15:25 | 23 | FOR INTERIM PROTECTION." |
| 15:25 | 24 | DID I READ THAT CORRECTLY? |
| 15:25 | 25 | **A.**  THAT'S RIGHT.  THIS IS A -- WELL, I CAN EDITORIALIZE, BUT |

15:25    1   THIS IS TELLING LOCALS, YOU KNOW:

15:25    2         ALL RIGHT.  I WILL JUST SLOW THIS THING DOWN TO A

15:25    3   CRAWL AND NEXT YEAR, WHEN CAMILLE COMES BACK AND GOES A LITTLE

15:25    4   BIT FURTHER TO THE WEST, THEN YOU'LL WISH YOU HAD LET ME

15:25    5   PROCEED WITH WHAT WE HAD.

15:25    6   **Q.**  WELL, THAT'S WHAT THAT PORTION SAYS.  THE PORTION SAYS

15:25    7   THAT IF THEY CONSTRUCTED THE SURGE BARRIER PROJECT STARTING

15:26    8   RIGHT AROUND THEN, THERE WOULD BE A DELAY IN THE REALIZATION OF

15:26    9   PROTECTION UNDER THE FEDERAL PROJECT; CORRECT?

15:26   10         **MR. ROY:**  YOUR HONOR, WE WOULD OBJECT.  IT'S GETTING

15:26   11   ARGUMENTATIVE.  THE DOCUMENT SAYS WHAT IT SAYS.

15:26   12         **THE COURT:**  YOU CERTAINLY CAN PLACE THAT IN A BRIEF

15:26   13   AND EXPLAIN TO THE COURT AND ARGUE TO THE COURT THAT IT'S PART

15:26   14   OF YOUR LINE OF -- OF THE MANY DEFENSES YOU HAVE, IT'S ONE OF

15:26   15   THEM THAT REFERENCES THE DISCRETIONARY FUNCTION EXCEPTION AND

15:26   16   PERHAPS OTHERS.  IT SAYS WHAT IT SAYS.  I'M ALERTED TO IT.

15:26   17   AND, FRANKLY, HIS INTERPRETATION OF IT IS FAIRLY INSIGNIFICANT.

15:26   18         **MR. LEVINE:**  THANK YOU, YOUR HONOR.

15:26   19   **BY MR. LEVINE:**

15:26   20   **Q.**  NOW, DR. KEMP, YOU TESTIFIED ON DIRECT THAT IT WAS

15:26   21   INCUMBENT FOR THE CORPS TO INFORM CONGRESS OF THE ISSUES

15:26   22   OCCURRING ON THE MRGO; RIGHT?

15:27   23   **A.**  I'M NOT A LEGAL SCHOLAR, BUT I THINK THAT ONCE THEY

15:27   24   UNDERSTOOD AND THEY HAD BEEN TOLD BY VERY AUTHORITATIVE SOURCES

15:27   25   THAT THEY HAD A PROBLEM, THAT SIMPLE CURIOSITY WOULD HAVE LED

15:27    1    THEM TO INVESTIGATE THAT FURTHER.

15:27    2             REMEMBER, THE BRETSCHNEIDER AND COLLINS REPORT WAS AN

15:27    3    ARMCHAIR STUDY.  IT WAS A VERY CURSORY ANALYSIS.  THE RESULTS

15:27    4    OF THAT REPORT SHOULD HAVE SPURRED THEM TO MORE SERIOUS

15:27    5    INVESTIGATION, MAYBE EVEN COLLECTING A FEW FIELD DATA POINTS.

15:27    6    Q.    IF WE COULD LOOK AT SLIDE 13 OF YOUR POWERPOINT

15:27    7    PRESENTATION, PLEASE.  THAT'S ONE OF THE OPINIONS YOU RENDERED

15:27    8    IN THIS CASE; CORRECT?

15:27    9    A.    THAT'S CORRECT.

15:27   10    Q.    SO ONE OF THE DOCUMENTS THAT YOU DISCUSSED YESTERDAY THAT

15:28   11    IDENTIFIED THE ISSUE OCCURRING ON THE MRGO WAS THE 1988 BANK

15:28   12    EROSION REPORT; RIGHT?

15:28   13    A.    THAT WAS THE ONE DEALING WITH WAVES.

15:28   14    Q.    IS THAT "YES"?

15:28   15    A.    YES.

15:28   16    Q.    I WANT TO PULL UP THAT REPORT, AND IT'S PX-9.  WHAT I WANT

15:28   17    TO DO IS I WANT TO LOOK AT APPENDIX D OF THAT DOCUMENT.  THAT

15:28   18    SAYS "STUDY MAILING LIST"; RIGHT?

15:28   19    A.    THIS WAS NOT THE PART OF THE REPORT THAT I PERUSED MOST

15:28   20    CLOSELY.

15:28   21    Q.    WELL, IF WE TURN TO THE NEXT PAGE, UP AT THE TOP THERE,

15:28   22    WAY AT THE TOP, IT SAYS, "MRGO BANK EROSION, MARCH 1987,

15:29   23    CONGRESSIONAL DELEGATION."  RIGHT?

15:29   24    A.    IT LOOKS LIKE THEY ALERTED THE CONGRESSIONAL DELEGATION,

15:29   25    THE LOUISIANA CONGRESSIONAL DELEGATION.

                              FINAL DAILY COPY

15:29    1   **Q.**   ANOTHER DOCUMENT YOU STATE THAT DEMONSTRATES THE ONGOING

15:29    2   ISSUES WITH THE MRGO WAS THE 1994 BANK EROSION REPORT; RIGHT?

15:29    3   **A.**   1994 -- OKAY.  I DON'T RECALL THAT ONE, BUT IF YOU POINT

15:29    4   TO WHERE I REFERRED TO IT, I CAN PROBABLY BRING IT UP.

15:29    5   **Q.**   I THINK YOU TESTIFIED ABOUT IT YESTERDAY.

15:29    6   **A.**   1994?  I'M DRAWING A BLANK.

15:29    7          **MR. LEVINE:**  PULL UP PX-306 AND JUST PUT THE COVER UP

15:29    8   ON THE SCREEN.

15:29    9          **THE WITNESS:**  OKAY.  OKAY.  YES, I DID TESTIFY ON

15:29   10   THAT, BUT I CONFUSE THAT SOMETIMES WITH THE 1988 REPORT.

15:29   11   **BY MR. LEVINE:**

15:29   12   **Q.**   SO IF WE TURN TO PAGE 11 OF THIS REPORT AND WE LOOK AT --

15:30   13   PAGE 10 OF THIS REPORT, EXCUSE ME, AND THE BIG PARAGRAPH IN THE

15:30   14   MIDDLE THAT SAYS, "EROSION ALONG THE NORTH AND SOUTH BANKS OF

15:30   15   THE LAND-CUT PORTION..." THE THIRD SENTENCE THERE SAYS:  "THE

15:30   16   SOUTH BANK OF THE MRGO ALONG THE CHALMETTE LOOP OF THE

15:30   17   LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION LEVEE,

15:30   18   MILE 47 TO MILE 59.4, IS PROTECTED WITH A ROCK FORESHORE DIKE."

15:30   19          DID I READ THAT CORRECTLY?

15:30   20   **A.**   THAT'S RIGHT.  THEY HAD JUST PUT IT IN.

15:30   21   **Q.**   SO THAT'S IN 1994?

15:30   22   **A.**   THAT'S RIGHT.

15:30   23   **Q.**   AT LEAST BY 1994 THERE WAS BANK EROSION PROTECTION IN

15:30   24   FRONT OF THE LEVEES?

15:30   25   **A.**   IT SAID THE CONSTRUCTION BEGAN IN 1992.  I'M READING

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:30 | 1 | FURTHER DOWN IN THAT PARAGRAPH. |
| 15:31 | 2 | **Q.**   I THINK THERE THEY ARE TALKING ABOUT THE MRGO NORTH BANK |
| 15:31 | 3 | PROTECTION, MILE 50 TO 54. |
| 15:31 | 4 | **A.**   OKAY.  "IN 1991 CONGRESS FUNDED CONSTRUCTION OF DIKE BANK |
| 15:31 | 5 | PROTECTION."  OKAY.  ALL RIGHT.  SO THEY HAVE GOT THREE MILES |
| 15:31 | 6 | OF PROTECTION ON THE NORTH BANK. |
| 15:31 | 7 | **Q.**   THEY EVEN ADDED PROTECTION FEATURES ON THE NORTH BANK OF |
| 15:31 | 8 | THE MRGO? |
| 15:31 | 9 | **A.**   UH-HUH. |
| 15:31 | 10 | **Q.**   IS THAT A "YES"? |
| 15:31 | 11 | **A.**   YES, THAT'S CORRECT. |
| 15:31 | 12 | MR. LEVINE:  YOUR HONOR, I TENDER THE WITNESS. |
| 15:31 | 13 | JUST TWO SMALL MATTERS BEFORE I GO. |
| 15:31 | 14 | THE COURT:  YES, SIR. |
| 15:31 | 15 | MR. LEVINE:  I JUST WANT TO MAKE SURE THAT DX-1718, |
| 15:31 | 16 | THE IMPEACHMENT EXHIBIT I USED DURING MY CROSS-EXAMINATION, IS |
| 15:31 | 17 | INCLUDED IN THE RECORD FOR IMPEACHMENT PURPOSES. |
| 15:31 | 18 | THE COURT:  LET IT BE ADMITTED. |
| 15:31 | 19 | MR. LEVINE:  I PUT UP A DRAWING WITH SOME ARROWS |
| 15:31 | 20 | EARLIER, AND WE HAVE LABELED THAT PX-91.20.  SO JUST SO |
| 15:32 | 21 | EVERYONE KNOWS WHAT I WAS TALKING ABOUT, I WOULD LIKE TO |
| 15:32 | 22 | INCLUDE THAT INTO THE RECORD. |
| 15:32 | 23 | THE COURT:  ANY OBJECTION? |
| 15:32 | 24 | MR. ROY:  NO OBJECTION. |
| 15:32 | 25 | THE COURT:  LET IT BE ADMITTED. |

15:32  1           **MR. LEVINE:**  MAY I APPROACH?

15:32  2           **THE COURT:**  YES, YOU MAY, SIR.

15:32  3           **MR. LEVINE:**  THANK YOU, YOUR HONOR.

15:32  4           **THE COURT:**  EVERY NOW AND THEN THE COURT'S OVER HERE,

15:32  5  I CAN MAKE NOTES ABOUT CERTAIN EXHIBITS THAT ARE PRINTED OUT IN

15:32  6  THERE FOR MY USE, JUST TO LET YOU KNOW WHAT I AM DOING.  I AM

15:32  7  LISTENING TO YOU, THOUGH.  HOLD ON.  I WAS JUST ABOUT TO FINISH

15:32  8  THOSE NOTES.

15:32  9           YES, SIR.

15:32  10           **MR. ROY:**  I HAVE NO QUESTIONS OF DR. KEMP.

15:33  11           **THE COURT:**  SIR, YOU MAY STEP DOWN.

15:33  12           **MR. ROY:**  I DO HAVE A COUPLE OF HOUSEKEEPING MATTERS

15:33  13  AND CONTEXTUAL MATTERS IF YOUR HONOR WILL RECEIVE THEM AT THIS

15:33  14  TIME.

15:33  15           **THE COURT:**  YES.

15:33  16           **MR. ROY:**  IN PX-91, FOR THE COURT TO NOTE, AT PAGES

15:33  17  186, 191, 196, AND 197, A NUMBER OF HISTORICAL OPINIONS ARE

15:33  18  GIVEN THAT, IN FACT, OPINION 6 IS A CONCISE SUMMARY OF, BUT

15:33  19  GREAT DETAIL IS GONE INTO THE BACKGROUND, FAR GREATER DETAIL

15:33  20  THAN WE WENT INTO IN THE COURTROOM YESTERDAY OR WAS GONE INTO

15:33  21  TODAY.  SO I JUST WANTED TO POINT OUT, IF THE COURT FEELS IT'S

15:33  22  IMPORTANT TO HAVE A REALLY SERIOUS FLESHING OUT OF THAT AND THE

15:33  23  OPINIONS HE DID RENDER IN HIS REPORT, PAGES 186 TO 197, I

15:33  24  THINK, NAIL IT.

15:34  25           SECONDLY, YOUR HONOR, CONTEXTUALLY, WE CALL THE

FINAL DAILY COPY

15:34    1   COURT'S ATTENTION -- MOST OF THIS CAN BE DONE IN BRIEFING, I

15:34    2   KNOW, BUT I'M JUST FRAMING ISSUES.  I CALL THE COURT'S

15:34    3   ATTENTION TO PX-699, WHICH I BELIEVE THE COURT, IN FACT,

15:34    4   REFERRED TO IN DOCUMENT 12946, ORDER AND REASONS, EARLIER.  I'M

15:34    5   BASICALLY REFERRING TO THE GDM, 1959:

15:34    6                "FOR MAJOR STORMS AND HURRICANES WHEN TIDES ROLL

15:34    7   ACROSS THE MARSH MANY FEET DEEP AS WELL AS THROUGH THE OPEN

15:34    8   WATER CONNECTIONS, THE EFFECT OF THE NEW CHANNEL" -- REFERRING

15:34    9   TO THE MRGO -- "AND THE BREAKTHROUGHS WILL BE OF NO

15:34   10   CONSEQUENCE," AND WHATNOT, AND OTHER RELEVANT DESCRIPTIONS

15:34   11   THERE.

15:35   12                FINALLY, TWO OTHER THINGS.  THIS IS A GOOD TIME

15:35   13   TO REMIND THE COURT, PERHAPS, OF PX-28, WHICH IS THE DEPOSITION

15:35   14   OF ROBERT DALRYMPLE, AN EXPERT OF THE GOVERNMENT THAT IS NOT

15:35   15   COMING LIVE, WHO DOES OPINE THAT ADDITIONAL STORM SURGE AGAINST

15:35   16   REACH 2 --

15:35   17        THE COURT:  I DON'T KNOW IF I'VE READ THAT

15:35   18   DEPOSITION.

15:35   19        MR. ROY:  IT'S IN AS PX-28, YOUR HONOR.

15:35   20        THE COURT:  I GUESS I READ THE 30(B)(6)S.  I'LL TELL

15:35   21   YOU THE ONES I READ.  IT JUST DOESN'T RING A BELL.

15:35   22        MR. BRUNO:  JUDGE, YOU DIDN'T READ THIS ONE,

15:35   23   YOUR HONOR, BECAUSE IT'S NOT SUBMITTED AS AN EXPERT REPORT.

15:35   24   IT'S IN THE BODY OF --

15:35   25        THE COURT:  I'M JUST NOTING I HAVEN'T READ IT YET.

FINAL DAILY COPY

15:35  1  IF IT'S IN THE RECORD AND IT'S POINTED TO ME, I WILL CERTAINLY

15:35  2  READ IT.

15:35  3     **MR. ROY:**  IT IS SUGGESTED, YOUR HONOR, THAT IS --

15:35  4  AND, IN FACT, IT'S ONE OF THE THINGS, I BELIEVE, YOU HAVE

15:35  5  ACTUALLY REFERRED TO IN DOCUMENT 18567.  SO, CONTEXTUALLY, IT'S

15:36  6  WORTH POINTING OUT THAT DR. DALRYMPLE WILL NOT TESTIFY LIVE,

15:36  7  BUT THROUGH THAT DEPOSITION DOES SUPPORT THE NOTION THAT THE

15:36  8  MRGO CONTRIBUTED TO ENHANCED LOSS OF WETLANDS, CONTRIBUTED TO

15:36  9  ENHANCED SURGE HEIGHT AND WHATNOT.

15:36  10     **THE COURT:**  COUNSEL MAY WANT TO COMMENT ON THAT.  I'M

15:36  11  ASSUMING THAT'S COUNSEL'S REPRESENTATION OF WHAT HE SAYS.  I

15:36  12  WILL ULTIMATELY --

15:36  13     **MR. LEVINE:**  YOUR HONOR, I DON'T BELIEVE ANY PORTION

15:36  14  OF THAT DEPOSITION WAS DESIGNATED, THE TRANSCRIPT.

15:36  15     **MR. ROY:**  THE WHOLE THING IS ON OUR EXHIBIT LIST AND

15:36  16  WAS WITHOUT OBJECTION IS MY UNDERSTANDING, YOUR HONOR.

15:36  17     **MR. LEVINE:**  WE WITHHELD OUR OBJECTIONS TO A CERTAIN

15:36  18  TIME, AND WE WOULD OBJECT IF THIS WOULD BE INCLUDED AS AN

15:36  19  EXHIBIT.  IT'S AN OUT-OF-COURT STATEMENT ADMITTED FOR THE

15:36  20  TRUTH.  HE IS NOT BEING CALLED TO TESTIFY AT ALL IN THIS

15:37  21  MATTER, NOR HAVE THEY ATTEMPTED TO DESIGNATE PORTIONS OUT OF

15:37  22  HIS TRANSCRIPT PRIOR TO TRIAL.

15:37  23     **MR. ROY:**  IT'S A LISTED EXHIBIT, YOUR HONOR.  HE

15:37  24  LIVES IN MARYLAND, I BELIEVE.  WE HAVE TO LOOK AT THE COVER OF

15:37  25  IT, BUT I BELIEVE HE LIVES IN MARYLAND.

FINAL DAILY COPY

15:37   1          **THE COURT:**  IF IT WERE PROPERLY NOTICED, I WOULD BE

15:37   2  INCLINED TO LET IT IN FOR A FULL RECORD.

15:37   3          **MR. LEVINE:**  ALSO, THAT DEPOSITION WAS NOT NOTICED IN

15:37   4  THIS CASE.  IT WAS NOTICED IN THE CLASS CERTIFICATION MATTER

15:37   5  THAT'S NOT PART OF THIS CASE.

15:37   6          **THE COURT:**  THE CLASS CERTIFICATION OF THE LEVEE?

15:37   7          **MR. LEVINE:**  I BELIEVE LEVEE AND MRGO.

15:37   8          **MR. ROY:**  LEVEE AND MRGO, YOUR HONOR.

15:37   9          **THE COURT:**  WELL, THAT WILL BE ANOTHER THING THAT

15:37  10  SHOULD HAVE BEEN CLEARED UP BEFORE IN THIS AWFULLY MESSY PART

15:37  11  OF THIS TRIAL.  A LOT OF IT HAS BEEN BEAUTIFULLY DONE, I MUST

15:37  12  SAY.  THIS PART HAS BEEN MESSY.  THE MOTIONS THAT KEEP COMING

15:38  13  AND KEEP COMING, UNUSUAL IN A TRIAL, BECAUSE I USUALLY, IN MY

15:38  14  PRACTICE, DISPOSE OF ALL OF THEM.

15:38  15             WHAT WE'LL PROBABLY DO IS, BEFORE I READ IT, I

15:38  16  WILL LET YOU -- AT THE END OF THE TRIAL, YOU DON'T HAVE TO DO

15:38  17  IT NOW -- FILE SOMETHING AS TO WHY IT SHOULDN'T BE ADMITTED,

15:38  18  AND LET THEM RESPOND.

15:38  19          **MR. LEVINE:**  YOUR HONOR, WE BELIEVE THE CONCLUSIONS

15:38  20  IN THAT DEPOSITION CITED BY PLAINTIFFS ARE WRONG.  IF THEY

15:38  21  INTEND TO INTRODUCE THIS AS AN EXHIBIT OR USE ANY PART OF THE

15:38  22  TESTIMONY IN SUPPORT OF THEIR CASE, WE WOULD LIKE TO CALL

15:38  23  DR. DALRYMPLE AND HAVE HIM TESTIFY LIVE IN THIS MATTER.

15:38  24          **MR. ROY:**  CERTAINLY, IF HE IS HERE LIVE, YOUR HONOR,

15:38  25  AND WE HAVE THE OPPORTUNITY TO CROSS HIM, THAT'S THE BEST OF

15:38    1    ALL WORLDS.

15:38    2            THE COURT:  THEY HAVE NO OBJECTION TO IT.

15:38    3                 YOU CAN MAKE YOUR STRATEGIC DECISION WHETHER YOU

15:38    4    WANT ME TO -- I REALLY, FRANKLY, DON'T HAVE TIME TO MAKE AN

15:38    5    INTELLIGENT RULING ON THIS BECAUSE I DON'T WANT TO READ IT.  I

15:38    6    WANT TO READ YOUR BRIEF WHY I SHOULDN'T READ IT AND THEN HAVE

15:39    7    THE PLAINTIFFS TELL ME WHY I SHOULD AND THEN TRY TO RESOLVE IT.

15:39    8    I CAN'T DO IT RIGHT NOW, BUT YOU'RE POINTING IT OUT.  AT LEAST

15:39    9    WE KNOW IT'S A PROBLEM.

15:39   10            MR. ROY:  I'M POINTING IT OUT.  WE CAN BRIEF IT

15:39   11    LATER.

15:39   12            THE COURT:  ALL RIGHT.  YOU HAVE NO OBJECTION IF

15:39   13    DR. DALRYMPLE DOES, IN FACT, COME?

15:39   14            MR. ROY:  WITHIN THE SCOPE OF WHAT WE ARE TALKING

15:39   15    ABOUT, OF COURSE NOT, AND WHAT'S BEEN TESTIFIED TO IN THE

15:39   16    DEPOSITION, AS LONG AS IT'S NOT CUMULATIVE OTHERWISE, OF THEIR

15:39   17    OTHER EXPERTS.

15:39   18            THE COURT:  ALL RIGHT.  WE'LL TRY TO FERRET ALL THIS

15:39   19    OUT.

15:39   20            MR. ROY:  FINALLY, YOUR HONOR, WE HAVE GOT 30(B)(6)

15:39   21    EXCERPTS THAT WE DID NOT POINT OUT TO THE COURT ALONG THE WAY

15:39   22    THAT WE'LL DO NOW.  THE FIRST IS A REPORT FROM GREG MILLER.

15:39   23    MR. MILLER WAS DESIGNATED TO DISCUSS THE DESIGN, CONSTRUCTION,

15:40   24    AND THE MAINTENANCE OF THE MRGO.

15:40   25            THE COURT:  HE WAS FOUR DAYS.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:40 | 1 | **MR. ROY:** IT WAS NOT SHORT. IN ANY EVENT, HE |
| 15:40 | 2 | DISCUSSED COMMUNICATION WITH OUTSIDE AGENCIES, MANNER, METHOD, |
| 15:40 | 3 | RESPONDING TO COMMENTS REGARDING THE ENVIRONMENTAL IMPACTS AND |
| 15:40 | 4 | SO FORTH. THIS TESTIMONY REGARDS THE CORPS' RESPONSE TO CLAIMS |
| 15:40 | 5 | AND COMMUNICATIONS WITH ST. BERNARD PARISH AND THE STATE OF |
| 15:40 | 6 | LOUISIANA REGARDING THE DELETERIOUS EFFECTS OF THE MRGO. IT'S |
| 15:40 | 7 | BEEN IDENTIFIED AS JX-86 AND THE SUBMISSIONS, THE EXCERPTS, |
| 15:40 | 8 | JX-86.1, .2, AND .3. WE'LL HAVE THEM TURNED IN TO THE COURT AT |
| 15:40 | 9 | THE CLOSE OF BUSINESS TODAY. |
| 15:40 | 10 | THE SECOND 30(B)(6) THROUGH ZOLTAN MONTVAI, |
| 15:40 | 11 | WHICH IS JX-463, THE ADDITIONAL SUBMISSIONS ARE 463.1 AND |
| 15:41 | 12 | 463.2. MR. MONTVAI WAS THE CIVIL DEPUTY OF THE MISSISSIPPI |
| 15:41 | 13 | VALLEY DIVISION REGIONAL INTEGRATION TEAM. HE WORKED AT CORPS |
| 15:41 | 14 | HEADQUARTERS. HE PROVIDED 30(B)(6) TESTIMONY CONCERNING THE |
| 15:41 | 15 | PROCEDURES FOR CONGRESSIONAL AUTHORIZATION OF CIVIL WORKS |
| 15:41 | 16 | PROJECTS SUCH AS THE MRGO AND FOR OBTAINING AUTHORIZATION AND |
| 15:41 | 17 | FUNDING FOR MODIFICATIONS TO EXISTING PROJECTS. |
| 15:41 | 18 | **THE COURT:** LET IT BE ADMITTED. |
| 15:41 | 19 | **MR. ROY:** THE THIRD IS THE 30(B)(6) DEPOSITION OF THE |
| 15:41 | 20 | CORPS THROUGH GIB OWEN. HE DISCUSSES ANALYSES, STUDIES, |
| 15:41 | 21 | REPORTS, AND DISCUSSIONS CONCERNING THE PLAN TO CONSTRUCT THE |
| 15:41 | 22 | SURGE BARRIER DETAILED IN THE HURRICANE STORM DAMAGE RISK |
| 15:41 | 23 | REDUCTION SYSTEM 100-YEAR DESIGN MAP. HE WAS ALSO DESIGNATED |
| 15:42 | 24 | TO DISCUSS ANALYSES, STUDIES, REPORTS, AND DECISIONS CONCERNING |
| 15:42 | 25 | THE CORPS' PLAN TO CONSTRUCT FLOOD PROTECTION ON REACH 2. |

| | | |
|---|---|---|
| 15:42 | 1 | HE TESTIFIED ABOUT THE MONETARY COSTS |
| 15:42 | 2 | ASSOCIATED.  IN PARTICULAR, WE BELIEVE HIS TESTIMONY IS |
| 15:42 | 3 | RELEVANT TO THE CORPS' PRESENT MITIGATION EFFORTS AND |
| 15:42 | 4 | REPRESENTATIVE OF ACTS THAT SHOULD HAVE BEEN TAKEN PRE-KATRINA. |
| 15:42 | 5 | THIS IS JX-131.1 AND .2. |
| 15:42 | 6 | REED MOSHER APPEARED -- |
| 15:42 | 7 | **THE COURT:**  DID I GET THIS RIGHT?  NEVER MIND.  I'LL |
| 15:42 | 8 | CHECK TO SEE IF WE GOT IT RIGHT.  IT'S A SYNOPSIS I DID ABOUT |
| 15:42 | 9 | HIS DEPOSITION, BUT I'LL CHECK IT MYSELF.  GO AHEAD. |
| 15:42 | 10 | **MR. ROY:**  ANOTHER 30(B)(6) OF THE CORPS, REED MOSHER |
| 15:42 | 11 | WAS THE DESIGNEE.  IN PARTICULAR, DR. MOSHER TESTIFIED THAT |
| 15:42 | 12 | WITH THE EXCEPTION OF -- FOR FOUNDATION DESIGN FAILURES, ALL OF |
| 15:43 | 13 | THE LEVEE FLOOD WALLS PERFORMED AS DESIGNED.  THIS IS |
| 15:43 | 14 | PX-1363.1. |
| 15:43 | 15 | THE LAST TWO:  ELVIN HEIBERG, REPRESENTING THE |
| 15:43 | 16 | CORPS AT A 30(B)(6), IT'S PX-2147.1.  LIEUTENANT GENERAL |
| 15:43 | 17 | HEIBERG, RETIRED, WAS THE DISTRICT COMMANDER OF THE NEW ORLEANS |
| 15:43 | 18 | DISTRICT, '72 TO '73, HELD OTHER POSITIONS.  LIEUTENANT GENERAL |
| 15:43 | 19 | HEIBERG'S TESTIMONY CONCERNS MATTERS WITHIN HIS PERSONAL |
| 15:43 | 20 | KNOWLEDGE WITH RESPECT TO THE MANAGEMENT OF THE NEW ORLEANS |
| 15:43 | 21 | DISTRICT, VARIOUS PROJECTS, INCLUDING THE MRGO, FROM '72 TO |
| 15:43 | 22 | '73, PROCESSES INVOLVING DEVELOPING PROJECTS, FEASIBILITY |
| 15:43 | 23 | REPORTS, SECURING APPROPRIATIONS FROM CONGRESS, AND SO FORTH. |
| 15:43 | 24 | IN PARTICULAR, HE TESTIFIED AS TO COMMUNICATIONS |
| 15:43 | 25 | AND INTERACTIONS OF THE ARMY CORPS AND CONGRESS, THE ROLE OF |

15:44    1    TREES AND MARSH IN BUFFERING HURRICANE SURGE, THE DEPTH OF THE

15:44    2    MRGO, THE MEANING OF REAUTHORIZATION, AND POSTAUTHORIZATION

15:44    3    CHANGES.

15:44    4                **MR. LEVINE:**  I HAVE BEEN INFORMED THAT THAT WAS NOT A

15:44    5    30(B)(6) DEPOSITION.

15:44    6                **MR. BRUNO:**  IT'S NOT.  HE IS OUTSIDE OF THE SUBPOENA

15:44    7    POWER OF THE COURT.

15:44    8                **MR. ROY:**  I STAND CORRECTED.

15:44    9                **THE COURT:**  IT IS NOTED AS AN INDIVIDUAL DEPOSITION.

15:44   10                **MR. ROY:**  INDIVIDUAL, CORRECT.

15:44   11                FINALLY, YOUR HONOR, THE DEPOSITION 30(B)(6) OF

15:44   12    JOHN HUERKAMP -- PX-2138.41 IS THE DEPO CUT -- BASICALLY

15:44   13    SUPPORTS THE PLAINTIFFS' ASSERTION THAT, IN THE CASE OF

15:44   14    ORLEANS PARISH, RESIDENTS WOULD NOT HAVE FLOODED SIMPLY BECAUSE

15:44   15    OF RAINFALL PRODUCED BY HURRICANE KATRINA.

15:45   16                **THE COURT:**  HE IS AN EMPLOYEE AT THE SEWERAGE AND

15:45   17    WATER BOARD?

15:45   18                **MR. ROY:**  THAT'S CORRECT.  YES, SIR, YOUR HONOR.  WE

15:45   19    WOULD ASK THESE ALL BE --

15:45   20                **THE COURT:**  THAT'S NOT A 30(B)(6)?

15:45   21                **MR. ROY:**  I BELIEVE IT IS, YOUR HONOR, OF THE

15:45   22    SEWERAGE AND WATER BOARD.

15:45   23                **THE COURT:**  ALL RIGHT.

15:45   24                **MR. ROY:**  WE WOULD ASK THEY ALSO BE OFFERED AND FILED

15:45   25    INTO EVIDENCE AS WE HAVE ALL THE OTHER 30(B)(6) DEPOSITIONS.


                              FINAL DAILY COPY

```
15:45    1              THE COURT:  LET THEM BE FILED AND ADMITTED INTO
15:45    2   EVIDENCE.
15:45    3              MR. ROY:  YOUR HONOR, AT THIS POINT WE WOULD ASK TO
15:45    4   JUST REAFFIRM OUR MOTION TO ADMIT ALL EXHIBITS THAT HAVE BEEN
15:45    5   REFERRED TO DURING THIS TRIAL, THE PLAINTIFFS' WITNESSES, BOTH
15:45    6   FACT AND EXPERT, AS WELL AS TO ADMIT THE BODY OF EXHIBITS THAT
15:45    7   WERE LISTED COMING INTO THE COURTROOM, AS BOTH SIDES DID.
15:45    8              BEFORE WE REST, YOUR HONOR, I WOULD LIKE YOU TO
15:45    9   PERMIT US FIVE MINUTES JUST TO MAKE SURE THAT WE HAVE NO OTHER
15:45   10   MATTERS.
15:45   11              THE COURT:  YOU MAY.
15:45   12              MR. ROY:  I BELIEVE WE WILL BE PREPARED TO REST
15:45   13   IMMEDIATELY AFTER THAT BREAK.
15:45   14              THE COURT:  ALL RIGHT.  LET ME ASK THE GOVERNMENT.
15:46   15   MR. SMITH, WHAT I'M THINKING ABOUT -- UNLESS YOU HAVE SOMETHING
15:46   16   YOU NEED TO DO, WHICH OF COURSE I WILL LET YOU DO, IF YOU HAVE
15:46   17   A WITNESS YOU HAVE TO GET IN TODAY -- IS WE HAVE GOTTEN A FEW
15:46   18   MOTIONS FROM THE PLAINTIFF NOW, AND I WOULD LIKE TO AT LEAST
15:46   19   DISCUSS THEM ON THE RECORD HERE.
15:46   20              I'M NOT SURE I'M PREPARED TO RULE ON ALL OF
15:46   21   THEM, BUT I'M GOING TO HAVE TO RULE FAIRLY QUICKLY, JUST IN
15:46   22   THAT BOX.  YOU MAY NOT BE PREPARED.  I DON'T KNOW IF YOU EVEN
15:46   23   KNOW WHAT ALL OF THEM ARE.
15:46   24              MR. MITSCH:  WE ARE READY TO GO, YOUR HONOR.
15:46   25              THE COURT:  OKAY.  GOOD.  MAYBE AFTER THE PLAINTIFF
```

| | | |
|---|---|---|
| 15:46 | 1 | RESTS, UNLESS YOU HAD SOMETHING ELSE YOU WANTED -- |
| 15:46 | 2 | **MR. SMITH:**  NO, YOUR HONOR.  IF WE COULD TAKE CARE OF |
| 15:46 | 3 | THOSE MOTIONS -- |
| 15:46 | 4 | **THE COURT:**  NOW IS THE TIME BECAUSE YOU'RE GOING TO |
| 15:46 | 5 | START PUTTING ON YOUR CASE. |
| 15:46 | 6 | **MR. SMITH:**  I THINK SO, YOUR HONOR. |
| 15:46 | 7 | **THE COURT:**  I MEAN STARTING TOMORROW. |
| 15:46 | 8 | **MR. SMITH:**  WE ARE PREPARED TO GO WHENEVER YOUR HONOR |
| 15:47 | 9 | WANTS US TO GO. |
| 15:47 | 10 | **THE COURT:**  OKAY.  YOU MEAN YOU WOULD LIKE TO -- |
| 15:47 | 11 | **MR. SMITH:**  WE WOULD LIKE TO GET STARTED WITH OUR |
| 15:47 | 12 | FIRST WITNESS TODAY, BUT IT IS -- |
| 15:47 | 13 | **THE COURT:**  IF YOU WANT TO DO THAT, I'LL TRY TO |
| 15:47 | 14 | ACCOMMODATE YOU, DEPENDING ON HOW LONG IT TAKES TO GET THESE |
| 15:47 | 15 | MOTIONS DONE. |
| 15:47 | 16 | **MR. SMITH:**  I UNDERSTAND. |
| 15:47 | 17 | **THE COURT:**  WE'LL TAKE A BRIEF RECESS, COME BACK, |
| 15:47 | 18 | TALK ABOUT THE MOTIONS, SEE HOW WE CAN RESOLVE THEM, AND GET ON |
| 15:47 | 19 | WITH THE BUSINESS. |
| 15:47 | 20 | **THE DEPUTY CLERK:**  ALL RISE. |
| 15:47 | 21 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 15:58 | 22 | **THE DEPUTY CLERK:**  ALL RISE. |
| 15:59 | 23 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 15:59 | 24 | **MR. ROY:**  YOUR HONOR, PLAINTIFF RESTS SUBJECT TO |
| 15:59 | 25 | RECALLING WITNESSES OR CALLING ADDITIONAL WITNESSES AS |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:59 | 1 | REBUTTAL. |
| 15:59 | 2 | **THE COURT:** ABSOLUTELY. |
| 15:59 | 3 | **MR. ROY:** WE ARE PREPARED FOR THE MOTIONS AT YOUR |
| 15:59 | 4 | CONVENIENCE. |
| 15:59 | 5 | **MR. SMITH:** YOUR HONOR, I'M SORRY, BUT THERE'S A |
| 15:59 | 6 | POINT OF CLARIFICATION. RIGHT BEFORE WE TOOK THE BREAK, I |
| 15:59 | 7 | THINK MR. ROY MENTIONED SOMETHING ABOUT MOVING EXHIBITS INTO |
| 15:59 | 8 | EVIDENCE, AND I DON'T KNOW IF YOUR HONOR RULED ON THAT MOTION. |
| 15:59 | 9 | **THE COURT:** WELL, THEY HAVE ALREADY BEEN MOVED IN |
| 15:59 | 10 | SUBJECT TO ANY OBJECTIONS. AGAIN, I'M HOPING THAT I CAN BE |
| 15:59 | 11 | ALERTED -- I KNOW YOU HAVE OBJECTED TO -- THE ONES THAT I KNOW |
| 15:59 | 12 | YOU HAVE ALREADY OBJECTED TO, THE DEPOSITION AND WHATEVER THERE |
| 15:59 | 13 | MAY BE -- |
| 15:59 | 14 | **MR. SMITH:** THEY HAVE GOT THOUSANDS OF EXHIBITS, AND |
| 15:59 | 15 | I THINK RELATIVELY FEW OF THEM HAVE BEEN USED WITH ANY OF THE |
| 16:00 | 16 | WITNESSES AT TRIAL. I JUST WANT A POINT OF CLARIFICATION |
| 16:00 | 17 | WHETHER ALL THE EXHIBITS COME IN, WHETHER THEY HAVE BEEN USED |
| 16:00 | 18 | AT TRIAL, JUST BECAUSE THEY ARE LISTED, OR WHETHER THIS IS JUST |
| 16:00 | 19 | THE ONES THEY HAVE ACTUALLY USED. |
| 16:00 | 20 | **MR. ROY:** YOUR HONOR, I INTENTIONALLY OFFERED BOTH |
| 16:00 | 21 | WAYS, ONES ACTUALLY REFERRED TO DURING TESTIMONY SINCE THIS |
| 16:00 | 22 | TRIAL BEGAN AS WELL AS THE ORIGINAL EXHIBIT LIST THAT WAS |
| 16:00 | 23 | TENDERED. |
| 16:00 | 24 | THE REASON WHY I DID THAT IS, OF COURSE, NOT TO |
| 16:00 | 25 | BURDEN THE COURT, BUT BECAUSE OF THE WAY THE REPORTS HAVE BEEN |

16:00    1    ACCEPTED INTO EVIDENCE, AND THEY REFER TO MANY UNDERLYING

16:00    2    DOCUMENTS AND THINGS.  FRANKLY, I JUST WASN'T PREPARED TO --

16:00    3              **THE COURT:**  I UNDERSTAND.

16:00    4              **MR. ROY:**  ANYTHING THAT'S RELEVANT, IT'S OUR

16:00    5    OBLIGATION IN BRIEFING TO POINT IT OUT TO THE COURT.

16:00    6              **THE COURT:**  MR. SMITH, I WILL GIVE YOU THIS.  IF

16:00    7    THERE'S SOMETHING IN BRIEFING THEY REFER TO THAT YOU THINK IS

16:00    8    NOT APPROPRIATELY ADMISSIBLE, I WILL LET YOU --

16:01    9              **MR. SMITH:**  YOU'LL LET US OBJECT AT THAT TIME?

16:01   10              **THE COURT:**  YES.  IT'S THE ONLY WAY TO DO IT, THE WAY

16:01   11    I HAVE CONDUCTED THIS TRIAL.

16:01   12              **MR. ROY:**  IT'S CERTAINLY OUR INTENTION TO NOT BURDEN

16:01   13    YOU, IF HUMANLY POSSIBLE, WITH THOUSANDS OF EXHIBITS TO LOOK

16:01   14    AT.

16:01   15              **THE COURT:**  I APPRECIATE IT.  LET ME LET YOU KNOW

16:01   16    THAT, ON THE LUISA MOTION, I HAVE RULED IN WRITING.  YOU'LL BE

16:01   17    GETTING A COPY FORTHWITH.  ON THE OTHER TWO, I HAVE JUST READ

16:01   18    THEM.

16:01   19              **MR. BRUNO:**  ARE YOU REFERRING TO THE -- BECAUSE I

16:01   20    THINK WE HAVE RESOLVED --

16:01   21              **THE COURT:**  WHAT'S THAT?

16:01   22              **MR. BRUNO:**  WELL, I THINK WE HAVE A RESOLUTION ON

16:01   23    THE --

16:01   24              **MR. MITSCH:**  BRUCE EBERSOLE MOTION TO COMPEL.

16:01   25              **THE COURT:**  OH, GOOD.  I HAVE RULED ON LUISA.  YOU

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:01 | 1 | ARE GETTING IT NOW.  EBERSOLE I CAN PUT ASIDE? |
| 16:01 | 2 | **MR. MITSCH:**  YOU CAN PUT THAT ONE ASIDE, YOUR HONOR. |
| 16:01 | 3 | **MR. BRUNO:**  YES, IF I COULD TELL YOU. |
| 16:01 | 4 | **THE COURT:**  I'M GOING TO BUY YOU ALL A DRINK. |
| 16:02 | 5 | **MR. BRUNO:**  JUDGE, DURING THE DEPOSITION MR. EBERSOLE |
| 16:02 | 6 | ADVISED THAT HE HAD, QUOTE, SCALED THE ADCIRC RESULTS.  I |
| 16:02 | 7 | PRESUMED THAT HE HAD USED SOME MATHEMATICAL FORMULA IN ORDER TO |
| 16:02 | 8 | GET FROM WHAT THE EXCERPT OUTPUT WAS TO THE SCALED RESULT.  I'M |
| 16:02 | 9 | ADVISED BY COUNSEL THAT HE DID THAT IN HIS HEAD AND SO THERE'S |
| 16:02 | 10 | NO MATHEMATICAL FORMULA.  I SAID, "WELL, THAT'S FINE.  I'LL |
| 16:02 | 11 | JUST ASK HIM ON CROSS-EXAMINATION TO ELUCIDATE." |
| 16:02 | 12 | **THE COURT:**  THANK YOU.  WE ARE NOW DOWN TO THE ONLY |
| 16:02 | 13 | ONE I HAVE THAT I KNOW ABOUT IS DR. WESTERINK, AND IT'S A |
| 16:02 | 14 | MOTION TO COMPEL DISCOVERY. |
| 16:02 | 15 | **MR. SMITH:**  DR. WESTERINK ISN'T GOING TO BE CALLED |
| 16:02 | 16 | ANYTIME SOON.  I HAVEN'T EVEN SEEN THAT MOTION.  I THINK IT WAS |
| 16:02 | 17 | FILED AFTER COURT STARTED TODAY.  SO I'M WONDERING IF WE COULD |
| 16:02 | 18 | BRIEF THAT AND MAYBE TAKE IT UP AT A LATER TIME SO WE CAN START |
| 16:03 | 19 | WITH MR. EBERSOLE'S TESTIMONY. |
| 16:03 | 20 | **THE COURT:**  FIRST, WHEN DO YOU EXPECT DR. WESTERINK? |
| 16:03 | 21 | **MR. SMITH:**  HE IS ACTUALLY ONE OF OUR LAST WITNESSES, |
| 16:03 | 22 | SO HE MAY BE THE END OF NEXT WEEK OR THE BEGINNING OF THE |
| 16:03 | 23 | FOLLOWING WEEK, DEPENDING HOW QUICKLY WE MOVE. |
| 16:03 | 24 | **THE COURT:**  COULD YOU GET A BRIEF IN BY WEDNESDAY? |
| 16:03 | 25 | **MR. SMITH:**  CERTAINLY, YOUR HONOR.  I WILL DO IT BY |

| | | |
|---|---|---|
| 16:03 | 1 | MONDAY. |
| 16:03 | 2 | **THE COURT:**  THANKS. |
| 16:03 | 3 | **MR. BRUNO:**  I HATE TO BRING MORE PROBLEMS TO |
| 16:03 | 4 | YOUR HONOR.  I THINK WE HAVE A SOLUTION, BUT IT IS A PROBLEM. |
| 16:03 | 5 | YOU HAVE ALREADY RULED WITH REGARD TO A NEW REPORT BY |
| 16:03 | 6 | DR. RESIO, YOU'LL REMEMBER.  I THINK YOU TOLD US IT'S SUBMITTED |
| 16:03 | 7 | SUBJECT TO CROSS -- |
| 16:03 | 8 | **THE COURT:**  I RULED IT WAS AN EQUIVOCAL RULE. |
| 16:03 | 9 | **MR. BRUNO:**  RIGHT.  WELL, HERE'S THE PROBLEM.  WHEN I |
| 16:03 | 10 | RECEIVED THE DOCUMENTS THAT THE DEFENDANTS INTEND TO USE WITH |
| 16:03 | 11 | MR. EBERSOLE, I SEE THAT THEY HAVE IN THOSE DOCUMENTS ALL KINDS |
| 16:03 | 12 | OF REFERENCES TO THE NEW RESIO REPORT.  NOW, I DON'T HAVE A NEW |
| 16:03 | 13 | EBERSOLE REPORT, SO I'M FLYING BLIND. |
| 16:03 | 14 | EVEN SO, WHAT I WOULD PROPOSE, IF YOUR HONOR IS |
| 16:04 | 15 | COMFORTABLE:  ONE, THAT IN VIEW OF THE FACT YOU HAVEN'T RULED |
| 16:04 | 16 | ON RESIO, THAT WE MARK THE TRANSCRIPT WHEN COUNSEL GETS INTO |
| 16:04 | 17 | THE, QUOTE, NEW RESIO MATERIAL ON WHICH HE IS ASKING |
| 16:04 | 18 | MR. EBERSOLE TO COMMENT.  THAT'S NUMBER ONE. |
| 16:04 | 19 | TWO, YOU HAVE CAUSED ME A THOUSAND TIMES TO BE |
| 16:04 | 20 | SUCCINCTLY DIRECT, BUT I'M DOING MY DISCOVERY ON CROSS.  ON |
| 16:04 | 21 | THAT ISSUE, IF YOU WILL GIVE ME JUST A LITTLE LEEWAY, I WOULD |
| 16:04 | 22 | APPRECIATE IT.  I THINK WE COULD JUST, IF THAT'S OKAY WITH YOU, |
| 16:04 | 23 | HANDLE THAT PROBLEM THAT WAY.  I HATE TO DO IT.  I JUST DON'T |
| 16:04 | 24 | KNOW WHAT ELSE TO DO. |
| 16:04 | 25 | **THE COURT:**  I UNDERSTAND YOUR DILEMMA. |

16:04    1           **MR. MITSCH:**  I SUGGESTED TO MR. BRUNO AT THE BREAK

16:04    2    THAT WHEN I GOT TO THAT POINT -- AND THERE ARE NOT NUMEROUS

16:04    3    REFERENCES TO DR. RESIO'S DATA; THERE IS ONE REFERENCE -- THAT

16:04    4    I WOULD INDICATE TO THE COURT THAT WE WERE APPROACHING THAT,

16:04    5    AND I WOULD SUGGEST THAT IT BE DEALT WITH PROVISIONALLY.  IF

16:05    6    YOUR HONOR RULES AGAINST US AT A SUBSEQUENT TIME, WE'LL LIVE

16:05    7    WITH THE RESULT.

16:05    8           **THE COURT:**  I THINK THAT'S A REASONABLE WAY TO HANDLE

16:05    9    IT UNDER THE CIRCUMSTANCES THAT WE ARE UNDER.

16:05    10           **MR. BRUNO:**  THANK YOU VERY MUCH, YOUR HONOR.

16:05    11           **THE COURT:**  I THANK COUNSEL FOR THE COOPERATION.  IT

16:05    12    ALWAYS IS APPRECIATED.  IT FACILITATES THE TRYING OF THE CASE.

16:05    13               ALL RIGHT.  DOES THE GOVERNMENT HAVE ANYTHING

16:05    14    THEY WOULD LIKE TO DO?

16:05    15           **MR. SMITH:**  YOUR HONOR, WE ARE PREPARED TO CALL OUR

16:05    16    FIRST WITNESS.

16:05    17           **THE COURT:**  YOU MAY.

16:05    18           **MR. MITSCH:**  THE UNITED STATES CALLS BRUCE EBERSOLE.

16:05    19           (WHEREUPON **BRUCE EBERSOLE**, HAVING BEEN DULY SWORN,

16:05    20    TESTIFIED AS FOLLOWS.)

16:06    21           **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND

16:06    22    CORRECT SPELLING FOR THE RECORD.

16:06    23           **THE WITNESS:**  BRUCE, B-R-U-C-E; ALAN, A-L-A-N;

16:06    24    EBERSOLE, E-B-E-R-S-O-L-E.

16:06    25           **MR. MITSCH:**  YOUR HONOR, IN KEEPING WITH OUR CUSTOM

FINAL DAILY COPY

16:06   1   TO INTRODUCE THE WITNESS, MR. BRUCE EBERSOLE IS A COASTAL

16:06   2   ENGINEER.  HE IS THE CHIEF OF THE FLOOD AND STORM PROTECTION

16:06   3   DIVISION OF THE COASTAL AND HYDRAULICS LABORATORY OF THE CORPS

16:06   4   OF ENGINEERS IN VICKSBURG, MISSISSIPPI.  HE SUPERVISES A

16:06   5   DIVISION OF 115 PEOPLE IN A RESEARCH PROGRAM OF $20 MILLION.

16:07   6   HE WILL TESTIFY ABOUT THE HYDRODYNAMIC LOAD CONDITIONS ON

16:07   7   LEVEES AND RESPONSES TO THOSE CONDITIONS.  HE IS A CAUSATION

16:07   8   EXPERT, YOUR HONOR.

16:07   9           **THE COURT:**  THANK YOU VERY MUCH.  THE COURT

16:07   10  APPRECIATES THE HIGHLIGHT.

16:07   11                          **VOIR DIRE**

16:07   12  **BY MR. MITSCH:**

16:07   13  **Q.**   MR. EBERSOLE, WOULD YOU PLEASE STATE YOUR PROFESSION.

16:07   14  **A.**   I'M A COASTAL ENGINEER.

16:07   15  **Q.**   WHAT IS A COASTAL ENGINEER?

16:07   16  **A.**   A COASTAL ENGINEER IS A CIVIL ENGINEER WHO SPECIALIZES IN

16:07   17  PRACTICING ENGINEERING IN THE COASTAL ENVIRONMENT.

16:07   18  **Q.**   WHERE DID YOU GO TO SCHOOL?

16:07   19  **A.**   UNIVERSITY OF DELAWARE.

16:07   20  **Q.**   WHAT DEGREES DID YOU OBTAIN FROM THE UNIVERSITY OF

16:07   21  DELAWARE?

16:07   22  **A.**   I OBTAINED A BACHELOR OF SCIENCE IN CIVIL ENGINEERING AND

16:07   23  A MASTER IN CIVIL ENGINEERING DEGREE.

16:07   24  **Q.**   WHAT WAS THE FOCUS OF YOUR GRADUATE PROGRAM?

16:07   25  **A.**   COASTAL ENGINEERING.

| | | |
|---|---|---|
| 16:07 | 1 | **Q.**   WHERE DID YOU GO?  JUST GIVE US A LITTLE FLAVOR OF WHAT |
| 16:07 | 2 | YOU MEAN BY "COASTAL ENGINEERING." |
| 16:07 | 3 | **A.**   THE CURRICULUM AT THE UNIVERSITY OF DELAWARE FOCUSES ON |
| 16:07 | 4 | DISCIPLINES THAT A CIVIL ENGINEER NEEDS TO ENGINEER IN A |
| 16:07 | 5 | COASTAL SETTING. |
| 16:08 | 6 | WE HAD FORMAL CLASSWORK IN WAVE THEORY, WHERE WE |
| 16:08 | 7 | LOOKED AT HOW WAVES TRANSFORM AS THEY COME FROM DEEP WATER INTO |
| 16:08 | 8 | SHALLOW WATER.  WE HAD CLASSWORK ON FLOOD MECHANICS.  WE HAD |
| 16:08 | 9 | FORMAL CLASSWORK ON HOW WAVES EVOLVE AND BREAK IN THE SURF ZONE |
| 16:08 | 10 | AND GENERATE CURRENTS IN THE SURF ZONE.  WE HAD FORMAL |
| 16:08 | 11 | CLASSWORK IN LONG-WAVE PROCESSES, SUCH AS TIDES AND STORM |
| 16:08 | 12 | SURGE.  WE HAVE HAD FORMAL CLASSWORK IN DEEPER-WATER |
| 16:08 | 13 | OCEANOGRAPHY AND IN SHELF PROCESSES AND FORMAL CLASSWORK IN HOW |
| 16:08 | 14 | SEDIMENT AT THE COAST IS ENTRAINED AND TRANSPORTED AND |
| 16:08 | 15 | DEPOSITED IN A COASTAL SETTING. |
| 16:08 | 16 | WE HAD A NUMBER OF HIGHER MATHEMATICS CLASSES AND A |
| 16:08 | 17 | CLASS, IN PARTICULAR, THAT TAUGHT US HOW TO DEVELOP COMPUTER |
| 16:08 | 18 | MODELS OF COASTAL PROCESSES.  FOR MY MASTER'S THESIS, I |
| 16:09 | 19 | DEVELOPED A MODEL FOR PREDICTING HOW RIP CURRENTS ARE GENERATED |
| 16:09 | 20 | ALONG THE COAST DUE TO INTERSECTING WAVES. |
| 16:09 | 21 | **Q.**   WHERE DID YOU GO TO WORK UPON GRADUATION? |
| 16:09 | 22 | **A.**   THE CORPS OF ENGINEERS. |
| 16:09 | 23 | **Q.**   TELL US JUST BRIEFLY AGAIN:  WHAT IS THE MISSION OF THE |
| 16:09 | 24 | CORPS OF ENGINEERS? |
| 16:09 | 25 | **A.**   THE CORPS OF ENGINEERS IS PART OF THE DEPARTMENT OF |

| | | |
|---|---|---|
| 16:09 | 1 | DEFENSE, AND THEIR MISSION IS TO PROVIDE ENGINEERING SERVICES |
| 16:09 | 2 | FOR THE NATION IN A NUMBER OF MISSION AREAS. |
| 16:09 | 3 | WE HAVE A MISSION WHERE WE SUPPORT THE TROOPS, A |
| 16:09 | 4 | MILITARY MISSION; AND WE HAVE A NUMBER OF CIVIL WORKS MISSIONS: |
| 16:09 | 5 | ONE OF THOSE IS NAVIGATION, AND THERE'S FLOOD AND STORM DAMAGE |
| 16:09 | 6 | REDUCTION, AND ANOTHER IS ENVIRONMENTAL RESTORATION. |
| 16:09 | 7 | **Q.** IS SCIENTIFIC RESEARCH PART OF ITS MISSION? |
| 16:09 | 8 | **A.** YES. |
| 16:09 | 9 | **Q.** IN WHAT AREAS? |
| 16:09 | 10 | **A.** OUR LABORATORY IN THE COASTAL AND HYDRAULICS LABORATORY, |
| 16:09 | 11 | WE DO WORK AND RESEARCH TO SUPPORT ALL OF THOSE MISSIONS.  THE |
| 16:09 | 12 | WORK IN OUR LABORATORY PRIMARILY FOCUSES ON ANYTHING RELATED TO |
| 16:10 | 13 | THE WATER OF MOVEMENT AND THE SEDIMENT CAUSED BY THE WATER OF |
| 16:10 | 14 | MOVEMENT AND THE PHYSICAL CONSEQUENCES OF BOTH OF THOSE |
| 16:10 | 15 | PROCESSES. |
| 16:10 | 16 | **Q.** HOW IS THAT RESEARCH USED? |
| 16:10 | 17 | **A.** OUR MISSION AS A RESEARCH LAB IN THE CORPS OF ENGINEERS IS |
| 16:10 | 18 | TO DEVELOP IMPROVED GUIDANCE, IMPROVED TOOLS, WHETHER THEY ARE |
| 16:10 | 19 | NUMERICAL OR COMPUTER MODELS, WHETHER THEY ARE ENGINEERING |
| 16:10 | 20 | DESIGN MANUALS.  OUR JOB IS TO TAKE THE STATE-OF-THE-ART AND |
| 16:10 | 21 | TRANSFER IT TO STATE-OF-PRACTICE IN THE CORPS OF ENGINEERS. |
| 16:10 | 22 | **Q.** IS THAT INFORMATION SHARED WITH THE PUBLIC? |
| 16:10 | 23 | **A.** YES, IT IS. |
| 16:10 | 24 | **Q.** WHEN I INTRODUCED YOU, I SAID THAT YOU WORKED AT THE |
| 16:10 | 25 | COASTAL AND HYDRAULICS LABORATORY.  TELL US WHAT THAT IS. |

| | | |
|---|---|---|
| 16:10 | 1 | **A.**   IT'S ONE OF THE LABORATORIES IN THE CORPS OF ENGINEERS, |
| 16:10 | 2 | ONE OF ITS RESEARCH LABORATORIES.  IT'S ONE OF THE LABS UNDER |
| 16:10 | 3 | THE UMBRELLA ORGANIZATION OF THE ENGINEER RESEARCH AND |
| 16:11 | 4 | DEVELOPMENT CENTER. |
| 16:11 | 5 | WE HAVE A NUMBER OF RESEARCH LABS IN VICKSBURG.  WE |
| 16:11 | 6 | ALSO HAVE A CO-REGIONS RESEARCH LAB UP IN NEW HAMPSHIRE.  WE |
| 16:11 | 7 | HAVE A CONSTRUCTION ENGINEERING RESEARCH LAB IN CHAMPAGNE, |
| 16:11 | 8 | ILLINOIS.  THE LABS AT VICKSBURG:  WE HAVE A COASTAL AND |
| 16:11 | 9 | HYDRAULICS LAB, WE HAVE AN ENVIRONMENTAL LAB, WE HAVE A |
| 16:11 | 10 | STRUCTURES AND GEOTECH LAB, AND AN INFORMATION TECHNOLOGY LAB. |
| 16:11 | 11 | **Q.**   DOES THAT LAB HAVE ANY ROLE IN THE DEVELOPMENT OF THE |
| 16:11 | 12 | COMPUTER MODELS THAT HAVE BEEN USED BY THE EXPERTS IN THIS |
| 16:11 | 13 | LITIGATION? |
| 16:11 | 14 | **A.**   YES. |
| 16:11 | 15 | **Q.**   DESCRIBE THAT. |
| 16:11 | 16 | **A.**   WE HAVE BEEN HEAVILY INVOLVED IN INVESTING IN THE |
| 16:11 | 17 | DEVELOPMENT OF ADCIRC FOR PROBABLY THE LAST 15 YEARS, AT LEAST, |
| 16:11 | 18 | THROUGH VARIOUS R&D PROGRAMS.  WE HAVE INVESTED HEAVILY IN THE |
| 16:11 | 19 | DEVELOPMENT OF A WAVE MODEL CALLED STWAVE.  WE HAVE BEEN |
| 16:11 | 20 | INVESTING HEAVILY IN A WAVE MODEL, MORE OF A BASIN SCALE, GULF |
| 16:11 | 21 | OF MEXICO SCALE MODEL CALLED WAM, W-A-M.  GENERALLY, WE INVEST |
| 16:12 | 22 | IN DEVELOPING QUITE A NUMBER OF COMPUTER MODEL PRODUCTS. |
| 16:12 | 23 | **Q.**   AGAIN, AFTER THEIR DEVELOPMENT DOES THE CORPS SHARE THESE |
| 16:12 | 24 | MODELS WITH THE SCIENTIFIC COMMUNITY? |
| 16:12 | 25 | **A.**   YES, WE DO. |

16:12    1  **Q.**   LET'S WORK BACKWARDS.  I BELIEVE YOUR CURRENT POSITION IS

16:12    2  THE CHIEF OF THE FLOOD AND STORM PROTECTION DIVISION?

16:12    3  **A.**   THAT'S CORRECT.

16:12    4  **Q.**   WHAT ARE YOUR RESPONSIBILITIES?

16:12    5  **A.**   I LEAD A TECHNICAL STAFF OF ABOUT 115 PEOPLE DIVIDED INTO

16:12    6  FIVE BRANCHES:

16:12    7          WE HAVE ONE BRANCH THAT SPENDS MOST OF THEIR TIME

16:12    8  COLLECTING FIELD DATA PRETTY MUCH YEAR-ROUND ALL THROUGHOUT THE

16:12    9  COUNTRY.  WE HAVE A COASTAL PROCESSES BRANCH THAT SPECIALIZES

16:12   10  IN MANY OF THE TOPICS THAT WE ARE TALKING ABOUT WITH REGARD TO

16:12   11  THIS CASE.  THE RIVER ENGINEERING BRANCH FOCUSES ON THINGS IN

16:12   12  THE RIVER.  I HAVE AN ESTUARINE ENGINEERING BRANCH THAT FOCUSES

16:12   13  ON THINGS IN THE ESTUARY, AND A HYDROLOGIC SYSTEMS BRANCH THAT

16:13   14  FOCUSES ON THE WATERSHED AND INTERACTIONS BETWEEN SURFACE AND

16:13   15  GROUNDWATER.

16:13   16  **Q.**   ARE YOU INVOLVED IN SCIENTIFIC RESEARCH?

16:13   17  **A.**   YES, I AM.  CERTAINLY SINCE THE HURRICANE SEASON OF 2004,

16:13   18  WE BEGAN A NEW RESEARCH THRUST TO LOOK AT IMPROVING OUR

16:13   19  TECHNOLOGY FOR PREDICTING THE EFFECTS OF HURRICANES, THE WINDS,

16:13   20  THE WAVES, THE STORM SURGE, AND THE RESPONSE OF OUR COASTLINES

16:13   21  TO HURRICANE EVENTS.

16:13   22          I'VE BEEN ACTIVELY INVOLVED IN SHAPING THE RESEARCH

16:13   23  THAT'S DONE, SHAPING HOW WE ARE GOING TO PERFORM THE RESEARCH,

16:13   24  AND SHAPING HOW WE TRANSFER THE THINGS THAT WE LEARN THROUGH

16:13   25  THE RESEARCH TO THE CORPS AND TO THE NATION AND TO OTHERS.

FINAL DAILY COPY

| 16:13 | 1 | I'VE ALSO MORE RECENTLY BEEN INVOLVED IN SHAPING SOME |

16:13   1      I'VE ALSO MORE RECENTLY BEEN INVOLVED IN SHAPING SOME

16:13   2   OF OUR DATA-COLLECTION EFFORTS.  DURING HURRICANES GUSTAVE AND

16:13   3   IKE, WE KNEW WE NEEDED SOME ADDITIONAL DATA TO FILL SOME GAPS

16:13   4   IN TECHNOLOGY, AND WE TOOK ADVANTAGE OF THAT OPPORTUNITY TO

16:14   5   DEPLOY A NUMBER OF SENSORS IN COASTAL LOUISIANA TO HELP US

16:14   6   IMPROVE OUR MODELING TECHNOLOGIES.

16:14   7   Q.   I TAKE IT, THEN, THAT IT'S FAIR TO SAY THAT THE RESEARCH

16:14   8   THAT YOUR GROUP DOES RELATES TO THE ISSUES THAT YOU CONFRONTED

16:14   9   WHILE WORKING ON THE KATRINA LITIGATION?

16:14   10   A.   YES, VERY MUCH SO.

16:14   11   Q.   BEFORE THAT POSITION YOU WERE THE CHIEF OF THE COASTAL

16:14   12   PROCESSES BRANCH; IS THAT CORRECT?

16:14   13   A.   THAT'S CORRECT.

16:14   14   Q.   WHAT WERE YOUR RESPONSIBILITIES THERE?

16:14   15   A.   IN THE COASTAL PROCESSES BRANCH, IT WAS A BRANCH OF ABOUT

16:14   16   20 PEOPLE.  WE HAVE AN ANNUAL R&D PROGRAM OF ABOUT $6 MILLION.

16:14   17      ONE OF THE BIG THINGS THAT WE WORKED ON IN THE BRANCH

16:14   18   OVER A SPAN OF PERHAPS 10 YEARS WAS IMPROVING THE CORPS' DESIGN

16:14   19   GUIDANCE FOR HOW WE DESIGN AND MAINTAIN STORM DAMAGE REDUCTION

16:14   20   PROJECTS THAT ARE PRIMARILY COMPRISED OF BEACH FILLS AND SAND

16:14   21   DUNES AROUND THE COUNTRY.  I WAS ACTIVELY INVOLVED IN

16:14   22   DEVELOPING THAT NEW GUIDANCE, WHICH INCLUDED GUIDANCE FOR HOW

16:15   23   WE USE MANY OF OUR COMPUTER MODELS TO SUPPORT THE DESIGN OF

16:15   24   THOSE TYPES OF PROJECTS.

16:15   25   Q.   AGAIN, DID THE WORK THAT YOU DID IN THAT POSITION RELATE

16:15  1  TO THE ISSUES YOU CONFRONTED WHILE WORKING ON THE KATRINA

16:15  2  LITIGATION?

16:15  3  **A.**   YES, IT DID.  CERTAINLY, THE DESIGN OF PROJECTS LIKE THAT

16:15  4  CERTAINLY REQUIRE KNOWLEDGE ABOUT THE STORM SURGE CONDITIONS,

16:15  5  THE WAVE CONDITIONS, AND HOW THE BEACH SYSTEM AND THE DUNES,

16:15  6  WHICH ARE BASICALLY SAND LEVEES, RESPOND TO THE ACTION OF STORM

16:15  7  SURGE AND WAVES.

16:15  8  **Q.**   WHAT WAS YOUR FIRST POSITION WITH THE CORPS?

16:15  9  **A.**   WHEN I BEGAN AT THE CORPS, I BEGAN AS WHAT'S CALLED A

16:15  10  RESEARCH HYDRAULIC ENGINEER.  THE GOVERNMENT LUMPS US ALL INTO

16:15  11  ONE CATEGORY AS ENGINEERING.

16:15  12        I DID MUCH OF THE SAME TYPES OF WORK IN THE COASTAL

16:15  13  PROCESSES BRANCH.  I WAS INVOLVED IN DEVELOPING A WAVE MODEL

16:15  14  THAT WAS WIDELY USED BY THE CORPS AT THAT TIME.  I WAS INVOLVED

16:15  15  IN THE STORM SURGE SIMULATION STUDIES, DID A LOT OF STUDIES

16:16  16  LOOKING AT TIDAL CIRCULATION AND ITS EFFECTS.  I ALSO GOT

16:16  17  INVOLVED IN LOOKING AT THE EFFECTS OF CHANNELS ON SALINITY AND

16:16  18  CIRCULATION WITHIN HARBORS.

16:16  19  **Q.**   HAVE YOU PUBLISHED ANY ARTICLES?

16:16  20  **A.**   YES, I HAVE.  I'D SAY APPROXIMATELY 30 TO 50, IN THAT

16:16  21  RANGE.  I DON'T KEEP AN EXACT COUNT.

16:16  22        **MR. MITSCH:**  YOUR HONOR, THE MAJORITY OF THE

16:16  23  REFERENCES THAT I'M GOING TO BE REFERRING TO IN THIS

16:16  24  EXAMINATION COME FROM MR. EBERSOLE'S REPORT.  THAT IS JX-0211.

16:16  25        **THE COURT:**  THANK YOU, SIR.

FINAL DAILY COPY

16:16    1         **MR. MITSCH:**  WE HAVE GIVEN THE COURT A COPY OF THE

16:16    2   VARIOUS REFERENCES.

16:16    3         **THE COURT:**  YES.

16:16    4   BY MR. MITSCH:

16:16    5   **Q.**   TELL US WHAT THIS IS.

16:16    6   **A.**   WELL, THIS IS A LIST OF PUBLICATIONS THAT I BELIEVE ARE

16:16    7   VERY RELEVANT TO THE WORK THAT I HAVE DONE HERE IN THIS CASE.

16:16    8         THE FIRST ONE LISTED THERE LOOKED AT THE ROLE OF

16:17    9   DIFFERENT TYPES OF WAVE BREAKING, WHETHER IT'S A SPILLING-TYPE

16:17   10   BREAKER OR A PLUNGING-TYPE BREAKER, ON HOW THE DIFFERENT TYPES

16:17   11   OF WAVE BREAKING WOULD ERODE AND TRANSPORT SAND ALONG THE

16:17   12   BEACH.  I THINK THOSE ARE SOME OF THE VERY SAME PROCESSES THAT

16:17   13   OCCURRED ON THE LEVEES DURING KATRINA.

16:17   14         I HAVE A NUMBER OF PUBLICATIONS HERE INVOLVING A

16:17   15   LARGE TEAM OF PEOPLE WHO PUT TOGETHER WHAT I CONSIDER

16:17   16   STATE-OF-THE-ART COUPLED STORM SURGE AND WAVE MODELING THAT'S

16:17   17   BEEN APPLIED ON MUCH OF THE WORK THAT'S BEEN DONE IN LOUISIANA

16:17   18   SINCE THE WORK OF THE IPET.

16:17   19         SOME OF THESE PUBLICATIONS AT THE BOTTOM ARE FOCUSED

16:17   20   ALSO ON MODELING WAVES AND CURRENTS IN THE SURF ZONE AND,

16:17   21   AGAIN, LOOKING AT HOW THOSE WAVES AND CURRENTS ERODE AND

16:17   22   TRANSPORT SEDIMENT.

16:18   23   **Q.**   WHAT I WOULD LIKE YOU TO DO NOW IS, FOR THE COURT'S

16:18   24   BENEFIT, SUMMARIZE THE OPINIONS THAT YOU HAVE IN THIS

16:18   25   LITIGATION IN THIS CASE.

```
16:18    1              THE COURT:  DO YOU WANT TO TENDER HIM?

16:18    2              MR. MITSCH:  I'M SORRY.  I WOULD LIKE TO TENDER

16:18    3    MR. EBERSOLE AS AN EXPERT IN COASTAL ENGINEERING.

16:18    4              THE COURT:  ANY OBJECTION, SIR?

16:18    5              MR. BRUNO:  JUDGE, IN ORDER TO SPARE AN OVERWORKED

16:18    6    COURT A LOT OF WORK, WE AGREED NOT TO FILE ANY DAUBERT MOTIONS,

16:18    7    BUT I WOULD LIKE AN OPPORTUNITY TO DO A VERY BRIEF

16:18    8    CROSS-EXAMINATION TO DEMONSTRATE THAT THE SCOPE OF THE OPINIONS

16:18    9    THAT THIS WITNESS IS PROPOSING TO OFFER FAR EXCEED THE TENDER

16:18   10    AND, FURTHERMORE, TO SUGGEST THAT THE EXPERTISE THAT HE

16:18   11    PURPORTS SHOULD BE GIVEN FAR LESS WEIGHT THAN HAS BEEN

16:18   12    SUGGESTED BY COUNSEL.

16:18   13              THE COURT:  AS YOU KNOW, THE COURT APPRECIATES THE

16:19   14    CONSIDERATION OF NOT FILING A DAUBERT MOTION, BUT WITH THAT

16:19   15    GOES ANY VIABLE CHALLENGE.  I WOULD CERTAINLY ALLOW A BRIEF

16:19   16    VOIR DIRE, AS I DO IN ALL THESE CASES.  WHEN AN EXPERT IS

16:19   17    TENDERED, I DON'T ELIMINATE THE VOIR DIRE.  I WILL LET YOU

16:19   18    VOIR-DIRE, BUT I AM GOING TO ULTIMATELY ACCEPT HIM AS TENDERED.

16:19   19              MR. BRUNO:  I UNDERSTAND THAT, YOUR HONOR, AND THAT'S

16:19   20    WHY I MADE THE STATEMENT THAT I DID.

16:19   21              THE COURT:  GO AHEAD, SIR.  WE ARE NOT GOING TO COVER

16:19   22    THIS AGAIN IN CROSS-EXAMINATION.

16:19   23              MR. BRUNO:  NO.

16:19   24              THE COURT:  REDUNDANCY IS BECOMING MORE AND MORE

16:19   25    PAINFUL TO ME.
```

16:19   1              **MR. BRUNO:**  RIGHT.

16:19   2                        **TRAVERSE**

16:19   3   BY MR. BRUNO:

16:19   4   **Q.**   MR. EBERSOLE, YOU PROPOSE TO GIVE OPINIONS ABOUT THE

16:19   5   DIFFERENTIAL HEIGHTS OF LEVEES AS RELATES TO LIDAR, DO YOU NOT,

16:19   6   AND WHICH HEIGHT YOU SHOULD CHOOSE AS BETWEEN THE 2000 LIDAR

16:19   7   AND THE 2005 LIDAR?

16:19   8   **A.**   YES.

16:20   9   **Q.**   YOU REMEMBER I TOOK YOUR DEPOSITION AND I ASKED YOU IF YOU

16:20   10  COULD IDENTIFY FOR ME ANY PEER-REVIEWED JOURNALS WHICH WOULD

16:20   11  ALLOW US TO SEE THAT THE METHODOLOGY THAT YOU EMPLOYED WAS

16:20   12  PEER-REVIEWED AND ACCEPTED IN THE SCIENTIFIC COMMUNITY, AND YOU

16:20   13  TOLD ME THAT YOU HAD NONE; RIGHT?

16:20   14  **A.**   I HAVE NO PUBLICATIONS.  MY BRANCH THAT WAS INVOLVED IN

16:20   15  THE FIELD DATA COLLECTION DOES EXTENSIVE WORK WITH SCANNING

16:20   16  LASERS, AND WE DO AN INCREDIBLE AMOUNT OF DATA ANALYSIS AND

16:20   17  INTERPRETATION USING LIDAR DATA, AS DO PROBABLY EVERY SINGLE

16:20   18  BRANCH IN MY DIVISION.

16:20   19              SO I GET TO REVIEW A LOT OF THEIR WORK THAT INVOLVES

16:20   20  THE UTILIZATION OF LIDAR DATA, LOOKING AT HOW ONE DETERMINES

16:20   21  GOOD FROM BAD LIDAR DATA, AND USE OF THAT LIDAR DATA TO EXAMINE

16:20   22  ENGINEERING PROCESSES, COASTAL PROCESSES, FLOODING PROCESSES,

16:20   23  RIVERING PROCESSES, ESTUARINE PROCESSES.

16:20   24  **Q.**   YOU DON'T DO IT YOURSELF; YOU REVIEW THE WORK OF OTHERS?

16:20   25  **A.**   YES.

16:20    1   **Q.**   IN THIS CASE YOU DID IT YOURSELF; RIGHT?

16:21    2   **A.**   NO.  I DID IT WORKING WITH A COLLEAGUE WHO WAS INVOLVED IN

16:21    3   ACTUALLY DOING WORK DURING THE IPET.

16:21    4   **Q.**   NOW, YOU DON'T RUN MODELS; RIGHT?

16:21    5   **A.**   I USED TO.  VERY MUCH.

16:21    6   **Q.**   A LONG TIME AGO?

16:21    7   **A.**   RIGHT NOW MY ROLE TENDS TO BE MORE SHAPING HOW WE DO

16:21    8   MODELING STUDIES, DECIDING WHICH MODELS WE APPLY, HOW WE ARE

16:21    9   GOING TO APPLY THEM, WHAT KINDS OF CASES WE ARE GOING TO

16:21   10   EXAMINE WITH THE MODELS.

16:21   11        I GET INVOLVED IN LOOKING AT THE OUTPUT FROM THOSE

16:21   12   MODELS, ASSESSING WHETHER THAT MODEL OUTPUT MAKES SENSE, AND

16:21   13   THEN I ASSIST IN DEVELOPING METHODS OF HOW WE ARE GOING TO USE

16:21   14   THE MODEL OUTPUT TO SOLVE A PARTICULAR PROBLEM.

16:21   15   **Q.**   IN THIS CASE THE PERSON THAT YOU RELIED ON FOR MODELS WAS

16:21   16   JOANNES WESTERINK?

16:21   17   **A.**   I RELIED ON A NUMBER OF PEOPLE FOR MODEL RESULTS:

16:21   18   DR. RESIO, DR. WESTERINK, OTHER FOLKS ON OUR STAFF AT THE

16:21   19   COASTAL AND HYDRAULICS LAB.  I DISCUSSED A NUMBER OF THE

16:22   20   MODELING RESULTS THAT MR. FITZGERALD GENERATED.

16:22   21   **Q.**   RIGHT.  YOU TOOK THE ADCIRC --

16:22   22        **THE COURT:**  WHEN YOU SAY MR. FITZGERALD, JUST FOR THE

16:22   23   RECORD, WE HAVE TWO EXPERTS NAMED FITZGERALD.

16:22   24        **THE WITNESS:**  STEVE FITZGERALD.

16:22   25        **THE COURT:**  STEVE FITZGERALD.  OF COURSE, I THOUGHT

16:22    1   SO, BUT JUST TO MAKE SURE.

16:22    2   **BY MR. BRUNO:**

16:22    3   **Q.**   YOU WEREN'T SATISFIED WITH THE OUTPUTS FROM DR. WESTERINK,

16:22    4   THAT IS, THE OUTPUTS FROM HIS ADCIRC MODEL, SO YOU SCALED UP

16:22    5   THOSE RESULTS, THOSE OUTPUTS; ISN'T THAT TRUE?

16:22    6   **A.**   YEAH.   IT WAS REALLY IMPORTANT ON THIS PROJECT TO DEFINE

16:22    7   BOTH THE HEIGHTS OF THE LEVEE AND WALL SYSTEM JUST AS

16:22    8   ACCURATELY AS WE COULD.

16:22    9   **Q.**   RIGHT.

16:22   10   **A.**   IT WAS ALSO EQUALLY IMPORTANT TO DEFINE THE WATER LEVELS

16:22   11   AS ACCURATELY AS WE COULD.

16:22   12          I DIDN'T REJECT HIS INFORMATION AT ALL.   IT WAS

16:22   13   EXCELLENT QUALITY INFORMATION.   WHAT I DID WAS DONE IN THE

16:22   14   INTEREST OF TRYING TO CREATE INFORMATION ABOUT THE WATER LEVELS

16:23   15   THAT WAS AS ACCURATE AS POSSIBLE.

16:23   16   **Q.**   I JUST WANT TO MAKE THE POINT THAT, ONCE AGAIN, YOU COULD

16:23   17   NOT POINT TO ANY PEER-REVIEWED SCIENTIFIC JOURNAL WHICH WOULD

16:23   18   DESCRIBE YOUR METHODOLOGY OR SUPPORT THE METHODOLOGY THAT YOU

16:23   19   EMPLOYED TO SCALE THE RESULTS; ISN'T THAT TRUE?

16:23   20   **A.**   WELL, MULTIPLYING ONE NUMBER BY ANOTHER NUMBER IS NOT

16:23   21   SOMETHING YOU WILL TYPICALLY SEE HIGHLIGHTED IN JOURNAL

16:23   22   ARTICLES.   MULTIPLICATION IS SOMETHING I LEARNED A LONG TIME

16:23   23   AGO.

16:23   24   **Q.**   SO APPARENTLY IT'S OKAY JUST TO TAKE AN OUTPUT AND

16:23   25   MULTIPLY IT BY WHATEVER NUMBER YOU WANT; RIGHT?

FINAL DAILY COPY

| 16:23 | 1 | **A.** WHAT I DID IN THIS CASE WAS RELY ON MEASURED DATA TO HELP |
| 16:23 | 2 | INFORM DECISIONS THAT I MADE. |
| 16:23 | 3 | **Q.** RIGHT. THE POINT IS NO PEER-REVIEWED SCIENTIFIC JOURNALS; |
| 16:23 | 4 | IT'S YOUR OWN GOOD ENGINEERING JUDGMENT. ISN'T THAT RIGHT? |
| 16:23 | 5 | **A.** EXPERIENCE. |
| 16:23 | 6 | **Q.** AND EXPERIENCE, ALL RIGHT. OKAY. YOU ALSO ARE GOING TO |
| 16:23 | 7 | GIVE SOME TESTIMONY ABOUT GRASS LIFTOFF; ISN'T THAT TRUE? |
| 16:23 | 8 | **A.** THAT'S CORRECT. |
| 16:23 | 9 | **Q.** NOW, YOU HAVE NEVER DESIGNED A LEVEE? |
| 16:23 | 10 | **A.** NO, I HAVE NOT. I HAVE PARTICIPATED HEAVILY IN THE DESIGN |
| 16:23 | 11 | OF WHAT I CONSIDER SAND LEVEES, BUT NEVER AN EARTHEN LEVEE. |
| 16:24 | 12 | MOST OF THE WORK IN THE CORPS OF ENGINEERS OVER THE |
| 16:24 | 13 | LAST 25 YEARS HAS INVOLVED USE OF BEACH FILLS AND SAND DUNES TO |
| 16:24 | 14 | PROVIDE PROTECTION FROM STORMS SINCE THE VAST MAJORITY OF OUR |
| 16:24 | 15 | COASTLINE IS SANDY BEACHES, BUT I PERSONALLY HAVE NOT WORKED ON |
| 16:24 | 16 | THE DESIGN OF AN EARTHEN LEVEE. |
| 16:24 | 17 | **Q.** YOUR TESTIMONY, OF COURSE, IS THAT A SAND LEVEE IS NOT THE |
| 16:24 | 18 | SAME AS AN EARTH-BERM LEVEE; ISN'T THAT TRUE? |
| 16:24 | 19 | **A.** IT'S VERY SIMILAR. |
| 16:24 | 20 | **Q.** THEY'RE THE SAME? |
| 16:24 | 21 | **A.** YEAH. STORM SURGE AND WAVES THAT IMPACT A |
| 16:24 | 22 | BEACH-NOURISHMENT PROJECT ARE THE VERY SAME STORM SURGE AND |
| 16:24 | 23 | WAVES THAT IMPACTED THE LEVEE SYSTEM DURING KATRINA. WE HAVE |
| 16:24 | 24 | TO BE VERY CONCERNED WITH RUN-UP AND OVERTOPPING OF A SAND |
| 16:24 | 25 | DUNE, JUST LIKE RUN-UP AND OVERTOPPING WERE CRUCIAL PROCESSES |

16:24   1   TO THE PERFORMANCE OF THE LEVEE SYSTEM HERE DURING KATRINA.  SO

16:24   2   THERE ARE VERY, VERY CLOSE SIMILARITIES BETWEEN THE TWO.

16:24   3   **Q.**   THEY ARE VERY CLOSE.  SAND AND EARTH BERM, AS FAR AS YOU

16:25   4   ARE CONCERNED, INTERCHANGEABLE; RIGHT?

16:25   5   **A.**   I'M TALKING ABOUT THE HYDRODYNAMIC LOADINGS --

16:25   6   **Q.**   I'M TALKING ABOUT GRASS LIFTOFF.

16:25   7   **A.**   -- AS WELL AS HOW WAVES AND CURRENTS WORK, WHETHER IT'S

16:25   8   THE FACE OF A LEVEE OR THE FACE OF A DUNE, TO REMOVE THAT

16:25   9   MATERIAL AND TRANSPORT IT SOMEWHERE ELSE.

16:25   10  **Q.**   WITH REGARD TO GRASS LIFTOFF, YOU STUDIED GRASS LIFTOFF ON

16:25   11  SAND BEACH LEVEES?

16:25   12  **A.**   SURE.  VEGETATIONAL DUNES IS EXTREMELY IMPORTANT --

16:25   13  **Q.**   I DIDN'T SAY --

16:25   14  **A.**   -- WHERE YOU TRY TO ANCHOR THE SAND AND REDUCE ITS

16:25   15  ERODIBILITY.

16:25   16  **Q.**   I DIDN'T SAY VEGETATION.  I SAID GRASS.

16:25   17  **A.**   SURE.  GRASS.  WE PUT GRASS ON DUNE SYSTEMS.

16:25   18  **Q.**   JUST A SIMPLE QUESTION:  YOU HAVE STUDIED HOW WAVES ACT TO

16:25   19  REMOVE GRASS ON A SAND DUNE; ISN'T THAT TRUE?

16:25   20  **A.**   THAT'S CORRECT.

16:25   21  **Q.**   TELL THE JUDGE.  YOU HAVE?

16:25   22  **A.**   THAT'S CORRECT.

16:25   23  **Q.**   SO YOU HAVE GOT SOME SCIENTIFIC PEER-REVIEWED ARTICLES

16:25   24  THAT YOU CAN SHOW THE JUDGE THAT WILL DESCRIBE THE METHODOLOGY

16:25   25  THAT YOU USED TO COME TO THE CONCLUSIONS THAT YOU DID WITH

| | | |
|---|---|---|
| 16:26 | 1 | REGARD TO GRASS LIFTOFF IN THIS CASE; RIGHT?  YOU'LL BE ABLE TO |
| 16:26 | 2 | DO THAT? |
| 16:26 | 3 | **A.**   CAN YOU REPEAT THE QUESTION, PLEASE. |
| 16:26 | 4 | **THE COURT:**  BE SURE WE DON'T COVER THIS IN |
| 16:26 | 5 | CROSS-EXAMINATION, MR. BRUNO. |
| 16:26 | 6 | **MR. BRUNO:**  ALL I'M TRYING TO DO, JUDGE, SO YOU WILL |
| 16:26 | 7 | KNOW, IS ESTABLISHING THERE IS NO METHODOLOGY HERE THAT MEETS |
| 16:26 | 8 | THE REQUIREMENTS THAT YOUR HONOR WELL KNOWS.  IT'S SIMPLY:  ARE |
| 16:26 | 9 | THERE PEER-REVIEWED JOURNALS?  YES OR NOT.  I'M NOT GOING TO |
| 16:26 | 10 | ASK THAT AGAIN IN MY CROSS.  JUDGE, I CAN RESERVE THIS -- |
| 16:26 | 11 | **THE COURT:**  WHAT'S THE QUESTION RIGHT NOW? |
| 16:26 | 12 | **BY MR. BRUNO:** |
| 16:26 | 13 | **Q.**   IS THERE A PEER-REVIEWED SCIENTIFIC JOURNAL IN THE WORLD |
| 16:26 | 14 | THAT WILL DESCRIBE THE METHODOLOGY THAT YOU USED TO STUDY GRASS |
| 16:26 | 15 | LIFTOFF IN THIS CASE? |
| 16:26 | 16 | **A.**   WELL, THE METHOD THAT I USED IN THIS CASE IS PART OF THE |
| 16:26 | 17 | MOST RECENT DESIGN GUIDANCE LOOKING AT LEVEE FAILURE MECHANISMS |
| 16:26 | 18 | THAT'S BEEN PRODUCED BY A JOINT GROUP OF ENGINEERS AND |
| 16:27 | 19 | SCIENTISTS IN THE UK, THE NETHERLANDS, AND GERMANY. |
| 16:27 | 20 | **Q.**   DO YOU REMEMBER IN YOUR DEPOSITION YOU TOLD ME THAT THERE |
| 16:27 | 21 | WERE NONE? |
| 16:27 | 22 | **A.**   I DON'T RECALL. |
| 16:27 | 23 | **Q.**   THE FACT IS IN YOUR DEPOSITION -- WE'LL SHOW YOU IN CROSS. |
| 16:27 | 24 | IN YOUR DEPOSITION YOU TOLD ME THERE YOU COULD FIND NO |
| 16:27 | 25 | PEER-REVIEWED SCIENTIFIC JOURNALS THAT SUPPORTED ANY OF THE |

| 16:27 | 1 | OPINIONS THAT YOU HAD IN THIS CASE; ISN'T THAT TRUE? |
| 16:27 | 2 | **A.**   WELL, SINCE MY DEPOSITION, I HAVE CONTINUED TO READ, |
| 16:27 | 3 | TRYING TO LEARN THE SUBJECT AND DEVELOP A MORE FULLER |
| 16:27 | 4 | UNDERSTANDING. |
| 16:27 | 5 | **THE COURT:**  WE ARE GOING TO GET INTO CROSS THERE. |
| 16:27 | 6 | **MR. BRUNO:**  CAN I JUST GET AN ANSWER TO THE QUESTION |
| 16:27 | 7 | AND I'LL SIT DOWN.  I DON'T CARE WHAT HE'S DONE SINCE.  AT THE |
| 16:27 | 8 | TIME OF HIS DEPOSITION, HE TOLD ME NO.  I JUST WANT IT FOR THE |
| 16:27 | 9 | RECORD. |
| 16:27 | 10 | **THE COURT:**  IF YOU CAN ANSWER THAT. |
| 16:27 | 11 | **MR. MITSCH:**  OBJECTION, YOUR HONOR.  IF I MAY, THAT |
| 16:27 | 12 | MISCHARACTERIZES HIS DEPOSITION TESTIMONY. |
| 16:27 | 13 | **MR. BRUNO:**  HE IS ON THE WITNESS STAND.  HE CAN TELL |
| 16:27 | 14 | ME WHAT'S TRUE AND WHAT'S FALSE.  I DIDN'T GET AN ANSWER. |
| 16:27 | 15 | **THE COURT:**  ANYWAY, WE CAN SHOW HIM HIS DEPOSITION, |
| 16:27 | 16 | AS WE HAVE DONE EVERY OTHER WITNESS, IF WE HAVE TO DO THAT. |
| 16:28 | 17 | **MR. BRUNO:**  JUDGE, I HAVE GOT 10 DIFFERENT INSTANCES. |
| 16:28 | 18 | MAY I ASK THE WITNESS, AS HE SITS HERE TODAY -- |
| 16:28 | 19 | **BY MR. BRUNO:** |
| 16:28 | 20 | **Q.**   AT THE TIME OF YOUR DEPOSITION, DID YOU HAVE AVAILABLE TO |
| 16:28 | 21 | YOU ANY PEER-REVIEWED SCIENTIFIC JOURNALS WHICH SUPPORTED ANY |
| 16:28 | 22 | OF THE OPINIONS THAT YOU OFFERED IN CONNECTION WITH THIS CASE? |
| 16:28 | 23 | **A.**   MAY I SEE MY DEPOSITION TESTIMONY SO I CAN REFRESH MY MIND |
| 16:28 | 24 | ON WHAT I SAID? |
| 16:28 | 25 | **Q.**   IT'S 600 PAGES LONG. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:28 | 1 | **THE COURT:** WELL, YOU MIGHT POINT OUT THE QUESTION |
| 16:28 | 2 | THAT YOU -- |
| 16:28 | 3 | **MR. BRUNO:** ALL RIGHT. |
| 16:28 | 4 | **THE COURT:** IF COUNSEL WANTS TO AMPLIFY IT -- WE ARE |
| 16:28 | 5 | NOT GOING TO GO THROUGH 600 PAGES, I PROMISE YOU. |
| 16:28 | 6 | **MR. BRUNO:** I DIDN'T WANT TO.  JUDGE, IT'S A SIMPLE |
| 16:28 | 7 | QUESTION, AND THE WITNESS SHOULD KNOW -- |
| 16:28 | 8 | **THE COURT:** SHOW AN EXAMPLE ON THE ELMO. |
| 10:59 | 9 | **BY MR. BRUNO:** |
| 16:28 | 10 | **Q.** FIRST OF ALL, THIS IS PX-2159.  PAGE 145 IS THE FIRST ONE, |
| 16:28 | 11 | LINE 21, PERFECT EXAMPLE.  I ASKED YOU: |
| 16:29 | 12 | "Question:  IS THERE SOME TEXTBOOK WHICH WE CAN ALL |
| 16:29 | 13 | GO TO WHICH WILL SAY TO US THIS IS HOW ONE DETERMINES A |
| 16:29 | 14 | BREACH TRIGGER, AND THEN WHEN YOU READ THE WORDS |
| 16:29 | 15 | UNDERNEATH, YOU WILL FIND THESE KINDS OF CHARTS AND THESE |
| 16:29 | 16 | KINDS OF METHODS, ETC.? |
| 16:29 | 17 | "Answer:  I'M NOT AWARE OF ONE." |
| 16:29 | 18 | WHICH IS AT LINE 2.  DOES THAT REFRESH YOUR MEMORY? |
| 16:29 | 19 | I CAN DO 10 MORE OF THESE. |
| 16:30 | 20 | **THE COURT:** WE ARE TALKING ABOUT BREACH TRIGGERS NOW? |
| 16:30 | 21 | **MR. BRUNO:** RIGHT. |
| 16:30 | 22 | **THE COURT:** I'M NOT SURE HOW THAT RELATES TO -- |
| 16:30 | 23 | **MR. BRUNO:** WELL, THAT'S ONE OF THE MANY OPINIONS |
| 16:30 | 24 | THAT WAS OFFERED, JUDGE.  I CAN DO IT LONG OR SHORT. |
| 16:30 | 25 | **THE COURT:** WE ARE TALKING ABOUT GRASS EROSION, I |

2063

16:30  1  THINK, RIGHT NOW.  I DON'T KNOW IF BREACH TRIGGER AND GRASS

16:30  2  EROSION -- I'M TRYING TO FIND A QUESTION THAT RELATED TO WHAT

16:30  3  YOU ASKED HIM ABOUT THAT.

16:30  4       **MR. BRUNO:**  ACTUALLY, WHAT HAPPENED WAS, JUDGE, IN

16:30  5  ORDER TO SHORTEN IT, I SAID TO HIM, "WHEN I TOOK YOUR

16:30  6  DEPOSITION, WITH REGARD TO ALL OF YOUR OPINIONS, YOU COULDN'T

16:30  7  POINT TO ANY PEER-REVIEW JOURNALS?"

16:30  8       HE SAID, "I NEED TO SEE MY DEPOSITION."

16:30  9       YOU SAID, "SHOW ME THE EXAMPLE."

16:30  10      HERE'S AN EXAMPLE.  I HAVE MANY, MANY EXAMPLES.

16:30  11  I DON'T WANT TO TAKE YOUR TIME OR THE WITNESS' TIME.  I JUST

16:30  12  NEED HIM TO CONFIRM WHAT I KNOW TO BE THE TRUTH AND HE KNOWS TO

16:30  13  BE THE TRUTH.

16:30  14  **BY MR. BRUNO:**

16:30  15  **Q.**  THERE ARE NO PEER-REVIEWED SCIENTIFIC JOURNALS THAT YOU

16:30  16  ARE AWARE OF THAT SUPPORT ANY OF THE OPINIONS THAT YOU HAVE TO

16:30  17  OFFER IN THIS CASE; ISN'T THAT TRUE?

16:30  18       **THE COURT:**  AT THE TIME OF HIS DEPOSITION?

16:30  19       **MR. BRUNO:**  AT THE TIME OF HIS DEPOSITION.

16:30  20  **BY MR. BRUNO:**

16:30  21  **Q.**  YOU HAVE DONE SOME WORK SINCE THEN, I REALIZE THAT, BUT AT

16:30  22  THE TIME OF YOUR DEPOSITION THAT'S WHAT YOU TOLD ME.

16:31  23  **A.**  YEAH.  THE GRASS LIFTOFF MODEL THAT I USED IN MY ANALYSIS

16:31  24  HAS BEEN PUBLISHED, AND I BELIEVE I CITED THAT REFERENCE IN MY

16:31  25  EXPERT REPORT.

FINAL DAILY COPY

| 16:31 | 1 | **Q.**  WE'LL FIND THAT ONE, THEN, TOO.  THAT ONE, YOU REMEMBER, I |
| 16:31 | 2 | ASKED YOU THE METHODOLOGY THAT YOU EMPLOYED.  YOU LOOKED AT |
| 16:31 | 3 | THAT ARTICLE; YOU TOOK SOME NUMBERS FROM THE ARTICLE; YOU |
| 16:31 | 4 | APPLIED IT TO SOME LEVEE HEIGHTS. |
| 16:31 | 5 | I THEN ASKED YOU THE EXACT SAME QUESTION.  I SAID, |
| 16:31 | 6 | "IS THERE A PEER-REVIEWED SCIENTIFIC JOURNAL ARTICLE WHICH |
| 16:31 | 7 | WOULD DESCRIBE THE METHODOLOGY THAT YOU USED?"  ONCE AGAIN, YOU |
| 16:31 | 8 | SAID "NO."  I CAN DO THIS OVER AND OVER AND OVER AGAIN. |
| 16:31 | 9 | **A.**  I DON'T RECALL IF THAT PARTICULAR PUBLICATION WAS A |
| 16:31 | 10 | PEER-REVIEWED JOURNAL ARTICLE.  I KNOW IT CAME FROM A GROUP OF |
| 16:31 | 11 | ARTICLES PUT TOGETHER BY, I THINK IT WAS, AS EDITOR -- |
| 16:31 | 12 | **Q.**  RIGHT. |
| 16:31 | 13 | **A.**  THAT WAS THE PUBLICATION -- |
| 16:31 | 14 | **Q.**  RIGHT, THAT WAS THE PUBLICATION. |
| 16:31 | 15 | **A.**  -- FROM WHICH I -- |
| 16:31 | 16 | **Q.**  YOU USED THE -- |
| 16:31 | 17 | **A.**  -- USED THE GRASS LIFTOFF MODEL. |
| 16:31 | 18 | **Q.**  RIGHT.  THEN YOU TOOK THE INFORMATION AND USED THAT IN |
| 16:32 | 19 | YOUR OWN WAY THAT WAS DIFFERENT FROM WHAT WAS DESCRIBED IN THE |
| 16:32 | 20 | JOURNAL ARTICLE? |
| 16:32 | 21 | **A.**  NO, THAT'S NOT TRUE AT ALL. |
| 16:32 | 22 | **Q.**  THAT'S WHY I ASKED THE QUESTION. |
| 16:32 | 23 | **A.**  THAT'S NOT TRUE AT ALL. |
| 16:32 | 24 | **Q.**  I'LL JUST RESERVE THIS FOR CROSS, YOUR HONOR. |
| 16:32 | 25 | **THE COURT:**  I THINK THAT'S BEST.  THE COURT WILL |

FINAL DAILY COPY

16:32   1   ACCEPT THE WITNESS AS TENDERED.  YOU MAY COMMENCE.

16:32   2             **MR. MITSCH:**  THANK YOU.  I ASSUME THAT WAS ON HIS

16:32   3   TIME?

16:32   4             **THE COURT:**  THAT'S ON HIS TIME.  WHEN HE IS TALKING,

16:32   5   IT'S HIS TIME.

16:32   6                        **DIRECT EXAMINATION**

16:32   7   **BY MR. MITSCH:**

16:32   8   **Q.**   MR. EBERSOLE, I THINK THE LAST QUESTION THAT I ASKED YOU

16:32   9   WAS TO SUMMARIZE YOUR OPINION IN THIS CASE.  BRIEFLY SUMMARIZE

16:32   10  YOUR OPINION IN THIS CASE.

16:32   11  **A.**   I WOULD LIKE TO TALK A LITTLE BIT ABOUT WHAT MATTERS MOST.

16:32   12  I HAVE SAT HERE THROUGH THE TESTIMONY OF THE LAST FEW DAYS, AND

16:32   13  I THINK THE TESTIMONY SEEMS TO BE IN CONCURRENCE AMONG THE

16:32   14  VARIOUS GROUPS THAT THE REACH 2 OF THE MRGO, THE LEVEE ALONG

16:32   15  REACH 2 ALLOWED THE -- AS A RESULT OF THE BREACHING, THE VAST

16:33   16  MAJORITY OF THE WATER -- I THINK I HEARD 90 PERCENT -- ENTERED

16:33   17  THE FLOODED ST. BERNARD POLDER THROUGH REACH 2.  SO IT'S CLEAR

16:33   18  TO ME THAT UNDERSTANDING THE BREACHING ALONG REACH 2 IS ONE

16:33   19  THING THAT MATTERS MOST.

16:33   20          THE OTHER THING I WOULD LIKE TO TALK ABOUT ARE FOUR

16:33   21  POINTS REGARDING MY OWN WORK IN TERMS OF THE HYDRODYNAMIC

16:33   22  LOADINGS ON THOSE LEVEES ALONG REACH 2, THE FOUR POINTS THAT

16:33   23  MATTER MOST BASED ON MY WORK IN THIS CASE.

16:33   24          ONE OF THOSE POINTS THAT MATTER MOST IS WATER LEVELS.

16:33   25  THOSE WATER LEVELS DICTATE THE WATER DEPTH THAT IS PRESENT

| | | |
|---|---|---|
| 16:33 | 1 | DURING THE STORM JUST SEAWARD OF THE TOE OF THESE LEVEES. |
| 16:33 | 2 | BECAUSE WE HAVE SUCH A LONG, GENTLY SLOPING BERM IN FRONT OF |
| 16:33 | 3 | THESE LEVEES, WHICH IS VERY EFFECTIVE IN DISSIPATING WAVE |
| 16:33 | 4 | ENERGY, THAT WATER DEPTH DICTATES THE UPPER BOUND OF HOW MUCH |
| 16:34 | 5 | WAVE ENERGY IS GOING TO BE PRESENT THAT CAN ATTACK THOSE |
| 16:34 | 6 | LEVEES.  SO THE WATER LEVEL, THROUGH ITS INFLUENCE ON THE WATER |
| 16:34 | 7 | DEPTH, IS SOMETHING THAT MATTERS MOST IN THIS PARTICULAR CASE. |
| 16:34 | 8 | THE SECOND POINT THAT MATTERS MOST -- |
| 16:34 | 9 | **Q.**   LET ME STOP YOU THERE FOR A MOMENT.  WHEN YOU HAVE JUST |
| 16:34 | 10 | DESCRIBED THAT, YOU'RE TALKING ABOUT THE IMPACT THAT WATER |
| 16:34 | 11 | LEVELS HAVE ON THE WAVES AS THEY COME TOWARDS THE SEAWARD TOE |
| 16:34 | 12 | OF THE LEVEE; CORRECT? |
| 16:34 | 13 | **A.**   YES. |
| 16:34 | 14 | **Q.**   GO AHEAD. |
| 16:34 | 15 | **A.**   THE SECOND POINT THAT MATTERS MOST IS WATER LEVELS, AND |
| 16:34 | 16 | IT'S THE RAPIDLY RISING WATER LEVELS THAT OCCURRED ON THE FRONT |
| 16:34 | 17 | FACE OF THESE LEVEES THAT DICTATE WHEN DAMAGING WAVE |
| 16:34 | 18 | OVERTOPPING OCCURS, AND THAT DAMAGING WAVE OVERTOPPING OCCURS |
| 16:34 | 19 | WHILE THE STORM SURGE LEVEL IS BELOW THE ELEVATION OF THE |
| 16:35 | 20 | LEVEES AND WALLS ON THE FRONT SIDE. |
| 16:35 | 21 | THE THIRD POINT THAT MATTERS MOST IS WATER LEVELS. |
| 16:35 | 22 | WATER LEVELS DICTATED HOW HIGH THE WATER GOT ABOVE THE TOPS OF |
| 16:35 | 23 | THESE LEVEES AND WALL SYSTEMS, AND THE WATER LEVELS DICTATE THE |
| 16:35 | 24 | AMOUNT OF WATER THAT WAS HUGE, A DEVASTATING AMOUNT OF WATER |
| 16:35 | 25 | THAT CAME OVER THE TOP OF THESE LEVEES AND CHEWED UP THE BACK |

16:35  1  SIDE OF THOSE LEVEES AND DEGRADED THOSE LEVEES.

16:35  2  　　　　　**THE COURT:**  I TAKE IT, SINCE WE ARE GETTING THE SAME

16:35  3  GENERAL ANSWER, WE ARE GETTING A PERMUTATION OF THAT ANSWER AS

16:35  4  YOU GO ON?

16:35  5  　　　　　**THE WITNESS:**  CORRECT, YOUR HONOR.

16:35  6  　　　　　THE LAST POINT THAT MATTERS MOST IS WATER

16:35  7  LEVELS.  WHAT'S EQUALLY IMPORTANT TO THE FLOODING OF THIS

16:35  8  POLDER WAS THE DURATION OF TIME IN WHICH THESE EXTREME WATER

16:35  9  LEVELS REMAINED ABOVE AN ELEVATION OF 10 FEET ONCE THOSE

16:35  10 BREACHES OCCURRED, BECAUSE IT'S AT THAT LEVEL AND ABOVE THAT

16:36  11 WATER LEVELS ON THE OUTSIDE OF REACH 2 CONTINUED TO PUMP WATER

16:36  12 INTO THAT FLOODED POLDER.

16:36  13 **BY MR. MITSCH:**

16:36  14 **Q.**  WOULD FIGURE 40 AT 54 OF YOUR REPORT, JX-00121, HELP YOU

16:36  15 EXPLAIN YOUR OPINION?

16:36  16 **A.**  YES, IT WOULD.

16:36  17 **Q.**  BRIEFLY TELL US WHAT'S ON THE Y AND THE X AXIS AND ORIENT

16:36  18 US AS TO WHAT THIS IS TRYING TO SHOW.

16:36  19 **A.**  ON THE Y AXIS ON THE LEFT, WE HAVE ELEVATION IN FEET

16:36  20 RELATIVE TO THE NAVD88 2004.65 VERTICAL DATUM THAT HAS BEEN

16:36  21 ADOPTED.  IT WAS DEVELOPED DURING THE IPET AND ADOPTED SINCE

16:36  22 THE IPET.

16:36  23 　　　　　ON THE HORIZONTAL AXIS, WE HAVE DISTANCE ALONG THE

16:37  24 LEVEE.  ON THE LEFT-HAND SIDE OF THIS PICTURE, WE HAVE BAYOU

16:37  25 BIENVENUE.  SO THE LEFT-HAND SIDE GOES FROM BAYOU BIENVENUE.

16:37    1    BAYOU DUPRE IS LOCATED AT THAT PARTICULAR LOCATION.  AND THEN

16:37    2    SOUTHEASTERN END OF THE LEVEE ALONG REACH 2 IS LOCATED TO THE

16:37    3    FAR RIGHT.

16:37    4            THE BLUE LINE SHOWS WHAT THE ELEVATION WAS AT THE

16:37    5    CENTERLINE OF THE LEVEE AS MEASURED IN -- I CAN'T RECALL.  IT

16:37    6    WAS 2000-2001, BUT THE PRE-STORM LIDAR DATA THAT WERE AVAILABLE

16:37    7    TO THE IPET.  WHAT'S NOT SHOWN ON HERE IS THE HEIGHTS OF SOME

16:37    8    OF THE SHEET-PILE WALL, SO THIS IS REALLY THE HEIGHT OF THE

16:37    9    LEVEE ITSELF.

16:37   10            THE RED LINES SHOW THE ELEVATION ALONG THE CENTERLINE

16:37   11    OF THE LEVEE IMMEDIATELY FOLLOWING KATRINA.  SO YOU SEE QUITE A

16:37   12    BIT OF DIFFERENCE BETWEEN THE PRESTORM AND THE POSTSTORM LIDAR

16:38   13    DATA.  WHERE THERE ARE LARGE DIFFERENCES, THAT INDICATES THE

16:38   14    PRESENCE OF MAJOR BREACHING.

16:38   15            THE BLACK LINE THAT YOU SEE HERE --

16:38   16            **THE COURT:**  JUST FOR ILLUSTRATION, YOU MIGHT POINT TO

16:38   17    ONE OF THOSE THAT INDICATE A MAJOR BREACH.  I THINK IT'S

16:38   18    OBVIOUS, BUT JUST FOR THE RECORD.

16:38   19            **THE WITNESS:**  YEAH.  THIS AREA, FOR EXAMPLE, YOU SEE

16:38   20    A LEVEE -- PRESTORM LEVEE ELEVATIONS RANGING FROM PROBABLY 17

16:38   21    TO 20 FEET, AND THE POSTSTORM ELEVATIONS YOU SEE RANGING FROM

16:38   22    PROBABLY 12 DOWN TO AS LOW AS 8 FEET.  SO CERTAINLY AT 8 FEET

16:38   23    WE WOULD HAVE MUCH MORE OF THE LEVEE DEGRADED THAN WE WOULD

16:38   24    HAVE AT A POSTSTORM ELEVATION OF 12 FEET.

16:38   25            THE BLACK LINE IN THIS FIGURE ILLUSTRATES OUR

16:38   1   BEST ESTIMATE OF HOW HIGH THE MEAN WATER LEVEL GOT DURING

16:38   2   KATRINA, THE MAXIMUM, AS IT VARIED ALONG THIS ENTIRE REACH 2

16:39   3   LEVEE.  THE THINGS THAT I WANT TO POINT OUT IS THIS PARTICULAR

16:39   4   AREA SHOWS WHERE THE WATER LEVEL WAS A FOOT UP TO SEVERAL FEET

16:39   5   HIGHER THAN THE LEVEE AND WALL SYSTEM.  WHEN YOU HAVE WATER

16:39   6   THAT'S A FOOT OR MORE ABOVE A LEVEE, THOSE ARE INCREDIBLY

16:39   7   DEVASTATING AMOUNTS OF WATER VOLUME THAT COME OVER THE TOP.

16:39   8             **THE COURT:**  YOU'RE TALKING ABOUT AT THE PEAK OF THE

16:39   9   SURGE?

16:39  10             **THE WITNESS:**  PEAK OF THE SURGE.  THE MAXIMUM THAT

16:39  11   WAS ENCOUNTERED DURING THE STORM AT EACH PARTICULAR LOCATION

16:39  12   ALONG THE LEVEE.

16:39  13   **BY MR. MITSCH:**

16:39  14   **Q.**   THAT'S GENERALLY BETWEEN BAYOU BIENVENUE AND BAYOU DUPRE;

16:39  15   RIGHT?

16:39  16   **A.**   THAT'S CORRECT.

16:39  17   **Q.**   WOULD YOU DRAW A COMPARISON BETWEEN THAT AREA AND SOUTH OF

16:39  18   BAYOU DUPRE, PLEASE.

16:39  19   **A.**   YEAH.  THERE'S AN AREA ALSO IN THIS VICINITY WHERE THE

16:40  20   WATER LEVEL ALSO EXCEEDED THE HEIGHT OF THE LEVEE.  SO IT'S

16:40  21   DEFINITELY AN AREA OF SOME BREACHING.

16:40  22             YOU SEE AN INTERESTING AREA IN THIS VICINITY WHERE

16:40  23   THE MAXIMUM WATER LEVEL IN MANY PLACES DID NOT GET ABOVE THE

16:40  24   ELEVATION OF THE LEVEE CREST, YET IT WAS MASSIVELY DEGRADED AND

16:40  25   ERODED.

16:40  1   **Q.**   WHAT DO YOU THINK WAS GOING ON THERE?

16:40  2   **A.**   I BELIEVE MY INTERPRETATION, BASED ON MY ANALYSIS, IS THAT

16:40  3   WAS AN AREA THAT WAS MORE ERODIBLE THAN OTHER LOCATIONS ALONG

16:40  4   THE REACH 2.  I SAW A NUMBER OF SIGNATURES THAT LED ME TO

16:40  5   BELIEVE THAT, IN GENERAL, THAT AREA WAS A SLIGHTLY MORE

16:40  6   ERODIBLE SOIL THAN AT OTHER LOCATIONS.

16:41  7         I GUESS THE OTHER POINT THAT I WANTED TO POINT OUT IS

16:41  8   IF YOU COMPARE THE NUMBER OF BREACHES AND THE DEPTH TO WHICH

16:41  9   THE LEVEE WAS DEGRADED IN THIS AREA, WHICH WAS A BIT HIGHER

16:41  10  THAN THE AREAS THAT YOU SEE BETWEEN BIENVENUE AND DUPRE, YOU

16:41  11  SEE MUCH LESS BREACHING IN GENERAL THAN YOU SEE IN THE AREAS

16:41  12  BETWEEN BIENVENUE AND DUPRE THAT HAD MUCH LOWER PRESTORM

16:41  13  ELEVATIONS.  THIS REALLY INDICATES THE IMPORTANCE OF SOMETHING

16:41  14  WE CALL "FREEBOARD," WHICH IS THE DIFFERENCE BETWEEN MAXIMUM

16:41  15  WATER LEVEL AND THE HEIGHT OF A LEVEE OR A WALL.

16:41  16        **THE COURT:**  EXCUSE ME, COUNSEL, FOR INTERRUPTING, BUT

16:41  17  JUST TO ORIENT THE COURT -- I THINK I HAVE A GENERAL IDEA --

16:41  18  BUT AS AN EXAMPLE, THE LARGE BREACH YOU HAVE TALKED ABOUT

16:41  19  EARLIER, CAN YOU GIVE ME AN IDEA -- AND I KNOW YOU'VE GIVEN

16:41  20  GEOGRAPHICALLY ABOUT WHERE IT IS.  DO YOU HAVE ANY IDEA WHAT

16:41  21  THE MILE MARKER WOULD BE?  WE HAVE BEEN TALKING ABOUT MILE

16:42  22  MARKERS WHERE I CAN COMPARE IT TO OTHER THINGS.  MAYBE A ROUGH

16:42  23  IDEA?

16:42  24        **THE WITNESS:**  I'LL GIVE YOU A ROUGH ONE.  THE BOTTOM

16:42  25  SCALE SHOWS DISTANCE IN FEET.  THE WHOLE LENGTH OF THIS IS A

FINAL DAILY COPY

16:42  1  LITTLE MORE THAN 60,000 FEET, WHICH IS A LITTLE BIT MORE THAN

16:42  2  12 MILES.  SO THE DISTANCE BETWEEN --

16:42  3           **THE COURT:**  A LITTLE BIT LESS THAN 12 MILES?

16:42  4           **THE WITNESS:**  I'LL TELL YOU, ROUGHLY, 5,000 FEET PER

16:42  5  MILE.

16:42  6           **THE COURT:**  THE COURT IS SO PRECISE.  I'M TEASING

16:42  7  YOU.  GO AHEAD.

16:42  8           **THE WITNESS:**  I WASN'T BEING QUITE SO PRECISE.  SO

16:42  9  THIS PARTICULAR AREA, FOR EXAMPLE, THE BREACHING IN THAT AREA

16:42  10 IS ROUGHLY 10,000 FEET, OR APPROXIMATELY TWO MILES.

16:42  11          **THE COURT:**  THAT HELPS.

16:42  12          **THE WITNESS:**  SO VERY EXTENSIVE.

16:42  13          **THE COURT:**  IT HELPS.  THE MILE MARKER WOULD BE --

16:42  14 LIKE WE HAVE DONE MILE MARKERS ALONG THE MRGO.  IF YOU DON'T

16:42  15 KNOW, THAT'S FINE.

16:42  16          **THE WITNESS:**  I DON'T KNOW IF I CAN DO -- NO, I DON'T

16:42  17 THINK I CAN PUT IT IN THAT MILE MARKER YOU'RE TALKING ABOUT.

16:43  18          **THE COURT:**  IF WE HAVE TO DO THAT, WE'LL COMPARE IT

16:43  19 TO OTHER THINGS WE HAVE.  THAT'S FINE.

16:43  20          **MR. MITSCH:**  YOU MENTIONED THE WORD *TRIGGER*.  THAT

16:43  21 AND A NUMBER OF OTHER ISSUES WE WILL CONFRONT A LITTLE BIT

16:43  22 LATER IN THE EXAMINATION.  I WOULD LIKE TO JUST MOVE ON.  I

16:43  23 JUST WANTED TO GET HIS GENERAL OPINION OUT.

16:43  24          **THE COURT:**  ABSOLUTELY.  THANK YOU.  I THINK THAT'S A

16:43  25 GOOD IDEA.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:43 | 1 | **BY MR. MITSCH:** |
| 16:43 | 2 | **Q.**   DID YOU WORK ON ANY ISSUES RELATING TO HURRICANE KATRINA |
| 16:43 | 3 | BEFORE YOU BEGAN WORK ON THIS LITIGATION? |
| 16:43 | 4 | **A.**   YES, I DID. |
| 16:43 | 5 | **Q.**   WHAT WAS THAT? |
| 16:43 | 6 | **A.**   I WAS HEAVILY INVOLVED IN THE WORK OF THE IPET. |
| 16:43 | 7 | **Q.**   WHAT WAS YOUR WORK THERE? |
| 16:43 | 8 | **A.**   WELL, I WAS CO-LEADER WITH DR. JOANNES WESTERINK ON WHAT |
| 16:43 | 9 | WAS CALLED THE REGIONAL STORM SURGE AND WAVES TEAM.  OUR JOB |
| 16:43 | 10 | DURING THE IPET WAS TO PROVIDE INFORMATION ABOUT HOW THE STORM |
| 16:43 | 11 | SURGE AND WAVE CONDITIONS VARIED WITH TIME AT MANY, MANY |
| 16:43 | 12 | LOCATIONS ALONG THE PERIPHERY OF THIS HURRICANE PROTECTION |
| 16:44 | 13 | SYSTEM. |
| 16:44 | 14 | **Q.**   WERE ANY NONGOVERNMENTAL MEMBERS PART OF IPET? |
| 16:44 | 15 | **A.**   MANY OTHER MEMBERS FROM OTHER AGENCIES, FROM THE PRIVATE |
| 16:44 | 16 | SECTOR, FROM ACADEMIA.  SO OUR TASK ALONE HAD OVER 40 PEOPLE |
| 16:44 | 17 | WORKING FROM VARIOUS SECTORS. |
| 16:44 | 18 | **Q.**   ANY PARTICULAR CHALLENGES ASSOCIATED WITH DEVELOPING THOSE |
| 16:44 | 19 | REPORTS? |
| 16:44 | 20 | **A.**   YEAH, MANY.  YOU KNOW, RIGHT AFTER THE STORM, WE GOT THE |
| 16:44 | 21 | NOD.  WE HAD TO DEVELOP A SCOPE OF WORK AND GET APPROVAL AT |
| 16:44 | 22 | HEADQUARTERS, AS WE OFTEN DO ON EVERYTHING IN THE CORPS.  WE |
| 16:44 | 23 | GOT THE NOD TO PROCEED AT THE END OF SEPTEMBER.  WE GOT THE |
| 16:44 | 24 | FUNDING TO PROCEED.  WE HAD AN EXTREMELY SHORT PERIOD OF TIME |
| 16:44 | 25 | TO PUT TOGETHER OUR TEAM AND BEGIN THE WORK. |

| | | |
|---|---|---|
| 16:44 | 1 | SINCE OUR WORK INVOLVED PREDICTIONS OF STORM SURGE |
| 16:44 | 2 | AND WAVES, AND EVERY OTHER TASK ULTIMATELY RELIED UPON THAT |
| 16:44 | 3 | INFORMATION, WE HAD TO GENERATE INFORMATION UNDER AN INCREDIBLY |
| 16:45 | 4 | SHORT TIME FRAME.  WE TOOK A TECHNICAL APPROACH THAT HAD NEVER |
| 16:45 | 5 | BEEN DONE BEFORE, AND THAT WAS THE LARGE-SCALE COUPLING OF |
| 16:45 | 6 | WAVES AND STORM SURGE MODELS TO REALLY LOOK AT THE COMPLEX |
| 16:45 | 7 | FEEDBACK BETWEEN THE TWO. |
| 16:45 | 8 | THAT HAD NEVER BEEN DONE TECHNICALLY BEFORE ON SUCH A |
| 16:45 | 9 | LARGE REGIONAL SCALE, SO WE HAD MANY MODEL DOMAINS TO SET UP |
| 16:45 | 10 | FOR WAVE MODELING.  WE HAD TO DEVELOP AND IMPLEMENT THE |
| 16:45 | 11 | COUPLING PROCESS, WHICH WE HAD NEVER WORKED ON.  WE HAD TO HAVE |
| 16:45 | 12 | INFORMATION OUT IN THE SPAN OF THREE MONTHS FOR PRETTY MUCH THE |
| 16:45 | 13 | ENTIRE SOUTHEAST PART OF LOUISIANA. |
| 16:45 | 14 | SO WE HAD TO MAKE MANY DECISIONS ON HOW WE APPROACHED |
| 16:45 | 15 | PROBLEMS TECHNICALLY.  WE HAD MANY CHALLENGES TO GET PEOPLE ON |
| 16:45 | 16 | BOARD, UNDER CONTRACT, GET PEOPLE UP AND RUNNING, GATHERING |
| 16:45 | 17 | FIELD DATA, ANALYZING FIELD DATA, COMPARING OUR MODEL |
| 16:45 | 18 | PREDICTIONS WITH FIELD DATA; AGAIN, A HUGE AMOUNT OF WORK TO |
| 16:45 | 19 | GET DONE IN AN INCREDIBLY SHORT PERIOD OF TIME. |
| 16:46 | 20 | Q.   WAS THE REPORT PEER-REVIEWED? |
| 16:46 | 21 | A.   YES, IT WAS.  BY TWO GROUPS. |
| 16:46 | 22 | Q.   WHAT WAS THE EVALUATION? |
| 16:46 | 23 | A.   ONE WAS A GROUP COMMISSIONED BY THE AMERICAN SOCIETY OF |
| 16:46 | 24 | CIVIL ENGINEERS, AND THEIR REVIEW TEAM MEMBERS WERE CLOSELY |
| 16:46 | 25 | EMBEDDED IN THE ACTUAL WORK AT THE IPET.  THEY WERE IN THE |

16:46   1   NITTY-GRITTY, WATCHING THE DETAILS OF THE WORK, AND DOING PEER

16:46   2   REVIEW ON THE FLY.

16:46   3         WE OFTENTIMES HAD TO MAKE SOME SLIGHT COURSE

16:46   4   DIRECTIONS WHEN THEY FELT -- THEY WOULD ASK US TO DO AN

16:46   5   ADDITIONAL PIECE OF WORK.  FOR EXAMPLE, WE WERE USING THE

16:46   6   STWAVE MODEL IN OUR WORK, AND THEY ASKED US TO ALSO APPLY THE

16:46   7   SWAN MODEL AND DO A COMPARISON OF THE TWO, WHICH WE DID.

16:46   8         THE SECOND PEER REVIEWED GROUP WAS THE NATIONAL

16:46   9   RESEARCH COUNCIL CONVENED A GROUP, AND THERE'S WAS A MORE

16:46   10  HIGH-ALTITUDE REVIEW OF OUR WORK.

16:46   11  Q.   WHAT WAS THAT CONCLUSION?

16:46   12  A.   BOTH GROUPS HAVE GIVEN THE STORM SURGE AND WAVE MODELING

16:47   13  THAT WAS DONE DURING THE IPET EXTREMELY HIGH MARKS,

16:47   14  PARTICULARLY FOR TAKING A TECHNICAL APPROACH THAT HAD NEVER

16:47   15  BEEN DONE BEFORE, THIS FULLY INTEGRATED COUPLING OF STORM SURGE

16:47   16  AND WAVE MODELS.

16:47   17  Q.   NOW, DID YOUR IPET WORK PLAY ANY ROLE IN DEVELOPING THE

16:47   18  CONCLUSIONS THAT YOU DREW IN THIS CASE?

16:47   19  A.   YES, IT DID.

16:47   20  Q.   WHAT ROLE DID IT PLAY?

16:47   21  A.   WELL, MY INVOLVEMENT IN THE REGIONAL STORM SURGE AND WAVES

16:47   22  TASK GAVE ME A GREAT INSIGHT ON HOW THE WAVE AND STORM SURGE

16:47   23  CONDITIONS UNFOLDED DURING THE EVENT AND HOW THEY VARIED

16:47   24  GREATLY, DEPENDING ON WHERE YOU WERE IN SOUTHEAST LOUISIANA, AT

16:47   25  DIFFERENT PARTS AROUND THE LEVEE AND WALL SYSTEM.

16:47    1    **Q.**    DID YOU DO ANY ADDITIONAL WORK RELATED TO KATRINA AFTER

16:47    2    YOU COMPLETED YOUR WORK, YOUR IPET WORK, BUT BEFORE YOU WERE

16:47    3    RETAINED IN THIS LITIGATION?

16:47    4    **A.**    YES, I DID.

16:47    5    **Q.**    WHAT WAS THAT?

16:47    6    **A.**    WELL, SEE, ACTUALLY, DURING THE IPET WE BEGAN TO GET

16:48    7    INQUIRIES FROM BOTH OUR IPET LEADERSHIP, AS WELL AS CORPS OF

16:48    8    ENGINEERS HEADQUARTERS, AS WELL AS THE NEW ORLEANS DISTRICT ON

16:48    9    POSITIONS THAT WERE BEING ADVANCED BY THE LSU HURRICANE CENTER.

16:48    10    THERE WAS ONE POSITION THEY WERE TAKING AT THE TIME

16:48    11    IN PARTICULAR THAT THE MRGO AND THE CURRENTS THAT WERE BEING

16:48    12    CREATED AS THE STORM SURGE APPROACHED WERE INTERACTING WITH THE

16:48    13    FRONT FACE OF THE LEVEE IN A WAY THAT CAUSED BREACHING.  I

16:48    14    BELIEVED THEY WERE WRONG, AND WE TALKED ABOUT IT AMONG THE

16:48    15    CORPS AND AMONG THE IPET LEADERSHIP.

16:48    16    AT THAT POINT I BEGAN TO DO AN INDEPENDENT LOOK AT

16:48    17    THE RESPONSE OF THE LEVEE AND THE WALL SYSTEM TO KATRINA,

16:48    18    INITIALLY FOCUSED ON THE HYPOTHESIS THAT WAS BEING ADVANCED BY

16:49    19    THE LSU HURRICANE CENTER BY A DR. MASHRIQUI.  THEN IT UNFOLDED

16:49    20    INTO LOOKING MUCH MORE BROADLY AT HOW THE LEVEE AND WALL SYSTEM

16:49    21    RESPONDED, PARTICULARLY IN THE ST. BERNARD POLDER, AND WHY THE

16:49    22    PROJECT RESPONDED THE WAY IT DID DURING KATRINA.

16:49    23    **Q.**    SOME HAVE IMPLIED IN DEPOSITIONS THAT YOUR WORK IN THIS

16:49    24    LITIGATION WAS NOTHING MORE THAN A RUBBER STAMP OF THE IPET

16:49    25    WORK.  IS THAT TRUE?

| | | |
|---|---|---|
| 16:49 | 1 | **A.**   NO, IT'S NOT. |
| 16:49 | 2 | **Q.**   WHY ISN'T THAT TRUE? |
| 16:49 | 3 | **A.**   I WAS NOT INVOLVED IN THE IPET TASK TO LOOK AT LEVEE AND |
| 16:49 | 4 | WALL PERFORMANCE.  I TOOK A COMPLETELY INDEPENDENT VIEW.  WHILE |
| 16:49 | 5 | I CERTAINLY BORROWED FROM A LOT OF DATA THAT WERE COMPILED IN |
| 16:49 | 6 | THE IPET VOLUMES, I BROUGHT MY OWN PERSPECTIVE AS A COASTAL |
| 16:49 | 7 | ENGINEER TO THE ANALYSIS.  I DID MANY OTHER DIFFERENT KINDS OF |
| 16:49 | 8 | ANALYSIS, SOME DIFFERENT CALCULATION APPROACHES, LOOKED AT THE |
| 16:50 | 9 | PROBLEM OF HYDRODYNAMIC LOADINGS ON THE LEVEE IN A BIT |
| 16:50 | 10 | DIFFERENT WAY THAN THE IPET DID. |
| 16:50 | 11 | **MR. MITSCH:**  YOUR HONOR, AT THIS POINT I'M GOING TO |
| 16:50 | 12 | MOVE ON TO SOME ANALYSIS OF DATA WATER MARKS, HIGH WATER MARKS. |
| 16:50 | 13 | **THE COURT:**  THANK YOU VERY MUCH.  I APPRECIATE THE |
| 16:50 | 14 | HIGHLIGHT. |
| 16:50 | 15 | **BY MR. MITSCH:** |
| 16:50 | 16 | **Q.**   WHAT ARE MEASURED WATER LEVELS? |
| 16:50 | 17 | **A.**   I WOULD CALL MEASURED WATER LEVELS ARE ANY DATA WHERE WE |
| 16:50 | 18 | HAVE RECORDED THE HEIGHT OF THE WATER SURFACE ELEVATION, |
| 16:50 | 19 | WHETHER THAT BE THROUGH A SENSOR THAT ELECTRONICALLY RECORDS |
| 16:50 | 20 | THE ELEVATION OF THE WATER OR WHETHER IT WOULD BE FROM A HIGH |
| 16:50 | 21 | WATER MARK THAT'S BEEN OBSERVED OR WHETHER SOMEONE ACTUALLY |
| 16:50 | 22 | OBSERVED THE POSITION OF THE WATER LEVEL RELATIVE TO SOME |
| 16:50 | 23 | IDENTIFIABLE OBJECT THAT WE COULD MAKE AN ESTIMATE OF THE |
| 16:50 | 24 | ELEVATION.  ANYTHING THAT THEY RELIED ON AN INSTRUMENT OR A SET |
| 16:50 | 25 | OF HUMAN EYES TO MAKE AN ASSESSMENT. |

FINAL DAILY COPY

16:51    1    **Q.**    WHERE DID YOU OBTAIN THAT INFORMATION?

16:51    2    **A.**    HIGH WATER MARKS DURING IPET, WE ASSEMBLED A HUGE SET OF

16:51    3    HIGH WATER MARKS, HUNDREDS OF THEM.  THEY WERE ACQUIRED BY THE

16:51    4    CORPS, BY THE USGS, BY FEMA, BY LSU.  WE HAD AN EXPERT TEAM OF

16:51    5    PEOPLE THAT WE ASSEMBLED WHO INSPECTED EACH AND EVERY MARK,

16:51    6    LOOKED AT HOW THE MARK WAS ACQUIRED, WHAT WAS REFLECTED IN THE

16:51    7    MARK, AND THEY MADE AN ASSESSMENT ON THE QUALITY OF THAT MARK

16:51    8    AS AN INDICATOR OF THE STORM SURGE LEVEL.

16:51    9    **Q.**    WAS DR. KEMP INVOLVED IN SUPPLYING HIGH WATER MARKS?

16:51    10   **A.**    YEAH.  DR. KEMP WAS CERTAINLY BOOTS ON THE GROUND QUICKLY

16:51    11   AFTER THE STORM, ALONG WITH A NUMBER OF FOLKS FROM OUR

16:51    12   LABORATORY AND OTHER AGENCIES COLLECTING HIGH WATER MARKS.  HE

16:51    13   WAS GRACIOUS ENOUGH TO PROVIDE THOSE MARKS TO US, AND THERE WAS

16:51    14   A GOOD BIT OF SHARING OF HIGH WATER MARK INFORMATION.

16:51    15   **Q.**    I WOULD LIKE TO GO TO JX-211, WHICH IS FIGURE 2 OF YOUR

16:52    16   REPORT AT PAGE 12.  WHAT ARE WE LOOKING AT HERE?

16:52    17   **A.**    WHAT WE ARE LOOKING AT IS A DISPLAY OF HIGH WATER MARK

16:52    18   INFORMATION GATHERED BY THE IPET TEAM.  THE MARKS THAT ARE

16:52    19   SHOWN IN THE WHITE BOXES ARE BEST INDICATORS OF WHAT THE PEAK

16:52    20   STORM SURGE LEVEL WAS DURING KATRINA.

16:52    21           LET ME ORIENT YOU JUST QUICKLY HERE.  THIS IS BAYOU

16:52    22   DUPRE.  BAYOU BIENVENUE.  IHNC OVER HERE.

16:52    23           **THE COURT:**  THANKS.

16:52    24           **THE WITNESS:**  THE BLUE MARKS ARE HIGH WATER MARKS

16:52    25   THAT WERE ACQUIRED, BUT WE HAVE LESS CONFIDENCE IN THEM AS A

16:52    1    RELIABLE ESTIMATOR OF THE STORM SURGE.  THOSE WERE WORKS THAT

16:53    2    THE EXPERTS VIEWED AS BEING HEAVILY INFLUENCED BY THE PRESENCE

16:53    3    OF WAVE ACTIONS, SO THEY WERE NOT AS RELIABLE OF AN INDICATOR

16:53    4    OF THE MAXIMUM WATER LEVEL, STILL WATER LEVEL, AS WERE THE

16:53    5    MARKS --

16:53    6         THE COURT:  THAT'S THE KEY.  WE ARE TALKING ABOUT

16:53    7    STILL WATER LEVEL, NOT STILL WATER LEVEL WITH WAVES INFLUENCING

16:53    8    THE STILL WATER LEVELS?

16:53    9         THE WITNESS:  CORRECT, YOUR HONOR.  THE WHITE MARKS

16:53   10    WERE TRYING TO TAKE OUT THE EFFECTS OF WAVES, AND CERTAINLY THE

16:53   11    OSCILLATIONS OF THE WAVES THEMSELVES.

16:53   12         THE COURT:  YOU SAY "ACQUIRED" THE BLUE.  ACQUIRED

16:53   13    THROUGH EXTRAPOLATION OR ARE THEY DIFFERENT THAN THE WHITE HOW?

16:53   14         THE WITNESS:  THEY WERE ACQUIRED BY THE SAME GROUPS

16:53   15    OF PEOPLE.  I'LL GIVE YOU AN EXAMPLE.  FOR EXAMPLE, THESE MARKS

16:53   16    HERE ALONG THE SOUTH LEVEE OF THE POLDER, THEY GENERALLY

16:54   17    REFLECTED THE ACCUMULATION OF GRASS ON THE LEVEE.

16:54   18         THE COURT:  WE ARE AT THE SOUTH -- I GOT YOU.

16:54   19         THE WITNESS:  SO THEY WOULD REFLECT THE INFLUENCE OF

16:54   20    WAVE RUN-UP ON THE LEVEE, AND IT'S NOT A TRUE INDICATOR OF THE

16:54   21    STILL WATER LEVEL DURING THE SURGE.

16:54   22              THESE MARKS AT BAYOU BIENVENUE AND BAYOU DUPRE,

16:54   23    THEY WERE TECHNICALLY DEBRIS THAT WAS LEFT ON A RAILING OR A

16:54   24    WINDOW SILL THAT THEY HAVE LESS CONFIDENCE IN AS A MEASURE OF

16:54   25    THE STILL WATER LEVEL.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:54 | 1 | **THE COURT:**  THE WHITE YOU HAVE MORE CONFIDENCE IN |
| 16:54 | 2 | THAN THE BLUE? |
| 16:54 | 3 | **THE WITNESS:**  YES, THAT'S CORRECT. |
| 16:54 | 4 | **THE COURT:**  I UNDERSTAND. |
| 16:54 | 5 | BY MR. MITSCH: |
| 16:54 | 6 | **Q.**   DID YOU DISCERN ANY KIND OF A TREND WITH THESE MARKS? |
| 16:54 | 7 | **A.**   YEAH.  THERE ARE A NUMBER OF TRENDS THAT I THINK WERE |
| 16:54 | 8 | CERTAINLY INFORMATIVE AND VALUABLE TO ME IN THE ANALYSIS THAT I |
| 16:54 | 9 | DID.  IT'S ONE OF THE TRENDS. |
| 16:54 | 10 | WHAT I WANTED TO POINT OUT IS THIS AREA IS -- LET ME |
| 16:54 | 11 | SEE IF I CAN ERASE THIS.  THIS AREA IS SHELL BEACH, AND THAT'S |
| 16:55 | 12 | THE HIGHEST HIGH-WATER MARKS THAT WE OBSERVED DURING KATRINA, |
| 16:55 | 13 | RANGING FROM 18 TO ALMOST 19 FEET.  THERE WERE TWO MARKS AT |
| 16:55 | 14 | THAT PARTICULAR SITE. |
| 16:55 | 15 | UP HERE AT PARIS ROAD BRIDGE, WE HAD A PAIR OF |
| 16:55 | 16 | EXCELLENT MARKS VERY CLOSE TO ONE ANOTHER THAT INDICATED A PEAK |
| 16:55 | 17 | SURGE LEVEL OF 15 1/2 FEET.  SO WE SEE A TREND OF ALMOST AN |
| 16:55 | 18 | INCREASE IN 3 FEET IN THE DIRECTION OF PARIS ROAD BRIDGE DOWN |
| 16:55 | 19 | TO SHELL BEACH.  THAT'S ONE IMPORTANT TREND. |
| 16:55 | 20 | ANOTHER IMPORTANT TREND, IF YOU LOOK OVER HERE NEAR |
| 16:55 | 21 | CAERNARVON, YOU SEE A PEAK WATER LEVEL ABOUT 11 FEET.  IN THIS |
| 16:55 | 22 | VICINITY, WE SEE HIGH WATER MARKS OF 17 FEET AND OVER AT SHELL |
| 16:55 | 23 | BEACH AT 18-PLUS FEET.  SO YOU CAN SEE A HUGE GRADIENT, HUGE |
| 16:55 | 24 | CHANGE IN PEAK STORM SURGE LEVEL FROM CAERNARVON JUST A SHORT |
| 16:56 | 25 | DISTANCE ALONG THE ENTIRE SOUTH -- |

| | | |
|---|---|---|
| 16:56 | 1 | **THE COURT:** ANY EXPLANATION FOR THAT, SIR? |
| 16:56 | 2 | **THE WITNESS:** YEAH.  WHAT HAPPENED IS THE STORM SURGE |
| 16:56 | 3 | WAS REALLY LATE PENETRATING INTO THIS PARTICULAR REGION, AS |
| 16:56 | 4 | THIS PARTICULAR AREA WAS REALLY SHELTERED FROM THE STORM SURGE |
| 16:56 | 5 | THROUGHOUT MOST OF THE EVENT, SO IT DIDN'T EXPERIENCE ANYTHING |
| 16:56 | 6 | LIKE THE STORM SURGE CONDITIONS ALONG REACH 2. |
| 16:56 | 7 | THE STORM SURGE PENETRATED, BUT IT DIDN'T MAKE |
| 16:56 | 8 | IT QUITE OVER TO CAERNARVON BEFORE THE STORM HAD PASSED |
| 16:56 | 9 | THROUGH, AND THE SURGE STARTED TO SUBSIDE.  SO IT CAUSED A VERY |
| 16:56 | 10 | HIGH DIFFERENCE JUST ALONG THE SINGLE LEVEE REACH OF ALMOST |
| 16:56 | 11 | 6 FEET IN SURGE LEVEL. |
| 16:56 | 12 | **THE COURT:** IS THAT A FUNCTION OF WHAT, SIR? |
| 16:56 | 13 | **THE WITNESS:** THAT'S A FUNCTION OF HOW THE WINDS WERE |
| 16:56 | 14 | ALIGNED RELATIVE TO THE LEVEE SYSTEM.  THE WINDS WERE GENERALLY |
| 16:56 | 15 | BLOWING IN THIS DIRECTION, SO HERE THEY WERE BLOWING THE SURGE |
| 16:56 | 16 | AWAY FROM THE LEVEE EARLY IN THE STORM. |
| 16:57 | 17 | **THE COURT:** THANK YOU.  GO AHEAD, SIR. |
| 16:57 | 18 | **BY MR. MITSCH:** |
| 16:57 | 19 | **Q.** THERE IS A 21.7-FOOT HIGH WATER MARK.  WHAT'S THE STORY |
| 16:57 | 20 | BEHIND THAT? |
| 16:57 | 21 | **A.** YEAH, THAT PARTICULAR -- |
| 16:57 | 22 | **Q.** FIRST, POINT THAT OUT. |
| 16:57 | 23 | **A.** I'M SORRY.  YEAH, THAT PARTICULAR MARK WAS ACTUALLY SOME |
| 16:57 | 24 | GRASSY DEBRIS LEFT ON A WINDOW SILL AT ONE OF THE LITTLE |
| 16:57 | 25 | GUARD -- SOMEONE CALLED IT A PILLBOX THE OTHER DAY AT THE DUPRE |

FINAL DAILY COPY

16:57   1   GATE STRUCTURE.

16:57   2           AND, YOU KNOW, IF WE THINK ABOUT WE HAVE HIGH SURGE,

16:57   3   AND WE HAVE WAVES BREAKING ON THAT PARTICULAR STRUCTURE, IT HAD

16:57   4   TO BE A VERY CHAOTIC SITUATION WHERE DEBRIS WOULD HAVE BEEN

16:57   5   THROWN UP AND DEPOSITED, AND IT ENDED UP BEING DEPOSITED ON A

16:57   6   FAIRLY HIGH SILL IN THAT PARTICULAR STRUCTURE.  WE THINK THAT

16:58   7   WAS DEFINITELY INFLUENCED STRONGLY BY THE PRESENCE OF WAVES AND

16:58   8   THAT THE SURGE LEVEL DID NOT GET THAT HIGH.

16:58   9   **Q.**   THAT'S WHY THAT'S A BLUE MARK AS OPPOSED TO A WHITE ONE?

16:58   10  **A.**   CORRECT.

16:58   11  **Q.**   YOU ALSO USE HYDROGRAPHS IN THIS BUSINESS; ISN'T THAT

16:58   12  RIGHT?

16:58   13  **A.**   YES.  YES, WE DO.  YOU KNOW, THE HIGH WATER MARKS TELL US

16:58   14  WHAT WE THINK THE PEAK WATER LEVEL WAS, BUT THEY PROVIDE NO

16:58   15  INFORMATION ABOUT HOW THE WATER LEVEL EVOLVED WITH TIME DURING

16:58   16  THE STORM, AND THE HYDROGRAPHS DO THAT FOR US.

16:58   17  **Q.**   LET'S GO TO JX-211 AT 14, SLIDE 5.  WE HAVE SEEN THIS ONE

16:58   18  BEFORE, BUT BRIEFLY ORIENT US AGAIN.

16:58   19  **A.**   ON THE FIGURE WE HAVE THE STILL WATER LEVEL IN FEET

16:59   20  RELATIVE TO OUR DATA.  ON THE HORIZONTAL AXIS, WE HAVE TIME IN

16:59   21  CENTRAL DAYLIGHT TIME.  WE ARE LOOKING AT THE MEASURED DATA

16:59   22  THAT WE HAVE THAT GIVES US INFORMATION ABOUT HOW THE STORM

16:59   23  SURGE DEVELOPED THROUGH TIME.

16:59   24          THE RED TRIANGLES AND THE LINE CONNECTING THEM WERE

16:59   25  RECORDED AT THE IHNC LOCK BY A LOCK OPERATOR.  YOU SEE A NUMBER

| | | |
|---|---|---|
| 16:59 | 1 | OF OTHER CURVES.  THESE WERE ELECTRONIC SENSORS THAT EITHER |
| 16:59 | 2 | PHYSICALLY MALFUNCTIONED OR LOST POWER, AND THEY WORKED UP TO A |
| 16:59 | 3 | POINT AND THEN THEY STOPPED WORKING, UNFORTUNATELY, BEFORE THE |
| 16:59 | 4 | PEAK WAS ENCOUNTERED. |
| 16:59 | 5 | THESE LITTLE BLUE TRIANGLES -- LOOKS LIKE DIAMONDS -- |
| 16:59 | 6 | THAT ARE SHOWN ON THE FIGURE WERE SOME THINGS THAT OUR TEAM AND |
| 16:59 | 7 | THE IPET DID.  THE FOLKS AT THE LOCK TOOK A NUMBER OF DIGITAL |
| 17:00 | 8 | PICTURES THAT SHOWED THE WATER SURFACE ELEVATION RELATIVE TO A |
| 17:00 | 9 | PILING OR SOME OTHER PHYSICALLY IDENTIFIABLE OBJECT. |
| 17:00 | 10 | THEN, AFTER THE EVENT, WE GATHERED THOSE DIGITAL |
| 17:00 | 11 | PHOTOGRAPHS, BROUGHT THEM BACK INTO THE LAB, DID SOME IMAGE |
| 17:00 | 12 | PROCESSING.  WE ACTUALLY SURVEYED IN A KNOWN POINT ON A |
| 17:00 | 13 | PHYSICAL OBJECT, AND FROM THAT ANALYSIS OF SURVEYING AND IMAGE |
| 17:00 | 14 | ANALYSIS, WE WERE ABLE TO ASCERTAIN A GOOD ESTIMATE OF WHAT THE |
| 17:00 | 15 | WATER LEVEL WAS AT A PARTICULAR TIME.  THAT HELPED US CONFIRM |
| 17:00 | 16 | TOGETHER THE LOCK HYDROGRAPH THAT WE FOUND MOST USEFUL IN OUR |
| 17:00 | 17 | ANALYSIS. |
| 17:00 | 18 | Q.   LET'S FOCUS FOR A MOMENT ON THE IHNC LOCK STAFF GAUGE. |
| 17:00 | 19 | THAT'S THE RED TRIANGLES AGAIN? |
| 17:00 | 20 | A.   THAT'S CORRECT. |
| 17:00 | 21 | Q.   EARLIER YOU TALKED ABOUT THE SIGNIFICANCE OF THE STILL |
| 17:00 | 22 | WATER LEVEL BEING ABOVE 10 FEET.  CAN YOU TELL US HOW LONG THE |
| 17:01 | 23 | STILL WATER LEVEL WAS ABOVE 10 FEET, USING THIS HYDROGRAPH AT |
| 17:01 | 24 | THAT LOCATION. |
| 17:01 | 25 | A.   LOOKS TO ME GREATER THAN 8 HOURS, PERHAPS 8 1/2 HOURS. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:01 | 1 | **Q.**   NOW, OBVIOUSLY YOUR ANALYSIS DEPENDS ON AN EVALUATION OF |
| 17:01 | 2 | THE SURGE GENERATED BY KATRINA; ISN'T THAT RIGHT? |
| 17:01 | 3 | **A.**   THAT'S CORRECT. |
| 17:01 | 4 | **Q.**   HOW IS THAT SURGE DETERMINED? |
| 17:01 | 5 | **A.**   WE DON'T HAVE MEASUREMENTS IN VERY MANY PLACES, |
| 17:01 | 6 | UNFORTUNATELY.  WE NEED INFORMATION AT MANY OTHER LOCATIONS. |
| 17:01 | 7 | SO WE RELIED ON OUR NUMERICAL STORM SURGE MODELS TO PROVIDE |
| 17:01 | 8 | THAT INFORMATION. |
| 17:01 | 9 | **Q.**   THAT'S THE WORK THAT'S DONE BY DR. WESTERINK; RIGHT? |
| 17:01 | 10 | **A.**   THAT'S CORRECT. |
| 17:01 | 11 | **Q.**   WHY DON'T YOU JUST QUICKLY, JUST SO THAT THE COURT |
| 17:01 | 12 | UNDERSTANDS THE LAYOUT OF THE EXPERTS AND THE VARIOUS MODELS |
| 17:02 | 13 | THAT OUR TEAM HAS USED TO ANALYZE THIS CASE -- YOU DON'T HAVE |
| 17:02 | 14 | TO GO INTO GREAT DETAIL ON EACH STEP, BUT JUST GIVE US THE |
| 17:02 | 15 | STEP-BY-STEP ANALYSIS. |
| 17:02 | 16 | **A.**   OKAY.  CERTAINLY, WHEN WE DO MODELING OF STORM SURGE AND |
| 17:02 | 17 | WAVES, THE IMPORTANCE OF HAVING GOOD WIND INFORMATION IS |
| 17:02 | 18 | CRUCIAL.  YOUR ABILITY TO PREDICT STORM SURGE HYDROGRAPHS AND |
| 17:02 | 19 | THE VARIATION OF WAVE CONDITIONS WITH TIME IS CRITICALLY |
| 17:02 | 20 | DEPENDENT UPON HAVING ACCURATE WAVES. |
| 17:02 | 21 |         FOR THIS STUDY WE USED THE SAME HIGH-QUALITY WINDS |
| 17:02 | 22 | THAT WERE PRODUCED DURING THE IPET BY A COMPANY CALLED |
| 17:02 | 23 | OCEANWEATHER AND THE HURRICANE RESEARCH DIVISION OF NOAA. |
| 17:02 | 24 | THESE ARE THE BEST WINDS THAT ARE AVAILABLE FOR THIS PARTICULAR |
| 17:02 | 25 | STORM. |

17:02  1   **Q.**   SO THAT'S FIRST.  THAT'S THE WIND.

17:02  2   **A.**   WIND IS STEP ONE.

17:02  3   **Q.**   THEN WE ADOPTED A COUPLED STORM SURGE AND WAVE-MODELING

17:02  4   APPROACH USING THE ADCIRC SL15 MODEL AND OUR STWAVE MODELING,

17:03  5   AND WE DID SOME THINGS DIFFERENTLY FOR THIS PROJECT THAN WE HAD

17:03  6   IN THE IPET.  WE USED A MORE RIGOROUS SPOOL PLANE STWAVE

17:03  7   APPLICATION FOR THIS PARTICULAR MODEL.  SO THAT COUPLED STORM

17:03  8   SURGE AND WAVE MODELING WAS DONE PRIMARILY BY DR. WESTERINK,

17:03  9   WITH SOME ASSISTANCE FROM A NUMBER OF OTHERS.

17:03  10          **THE COURT:**  THIS MIGHT HELP THE COURT JUST COMPARE

17:03  11  AND CONTRAST.  ONLY IF YOU KNOW, SIR, DO YOU KNOW IF THE

17:03  12  EXPERTS ON THE OTHER SIDE, THE PLAINTIFFS' EXPERTS, AGREE OR

17:03  13  DISAGREE WITH YOUR ESTIMATION OF THE TIME THAT THE WATER WAS

17:03  14  OVER 10 FEET AT THIS LOCATION?  I THINK YOU SAID APPROXIMATELY

17:03  15  8 HOURS.  IF YOU DON'T KNOW, THAT'S FINE.

17:03  16          **THE WITNESS:**  I WAS LISTENING TO TESTIMONY THIS

17:03  17  MORNING.  I BELIEVE THEIR ESTIMATE HERE WAS -- THEIR MODEL

17:03  18  RESULT SHOWED 5 1/2 HOURS, NOT 8 OR 8 1/2 HOURS.

17:04  19          **THE COURT:**  I WON'T GO INTO THE PROVINCE OF THE

17:04  20  ATTORNEYS AT THIS POINT.  I'M SURE THEY WILL EXPLORE WHY ONE

17:04  21  HAS ONE AND ONE HAS THE OTHER, AS WILL COUNSEL.  GO AHEAD.  I

17:04  22  JUST LIKE TO HIGHLIGHT THAT.  IT HELPS.

17:04  23  **BY MR. MITSCH:**

17:04  24  **Q.**   ALL RIGHT.  SO WE HAVE GOT NOW THE WIND, THE SURGE.

17:04  25  WHAT'S THE NEXT STEP?

FINAL DAILY COPY

17:04   1   **A.**   WELL, WE HAD WIND AND THEN WE HAD WHAT I CALL REGIONAL

17:04   2   WAVES, COUPLED STORM SURGE AND REGIONAL WAVES.

17:04   3            THEN THE FINAL STEP IS HOW WE GET THE WAVES AND

17:04   4   TRANSFORM THEM OVER THAT VERY GENTLE SLOPING BERM IN FRONT OF

17:04   5   THE LEVEE AND HOW WE TRANSFORM ACTION TO THE LEVEE AND UP AND

17:04   6   OVERTOPPING THE LEVEE.  THAT INVOLVED APPLICATION OF ANOTHER

17:04   7   WAVE MODEL CALLED COULWAVE, AND THAT WORK WAS LED BY DR. RESIO,

17:04   8   DONE BY DR. RESIO.

17:04   9   **Q.**   ONCE YOU GENERATE THAT DATA AND DO THAT ANALYSIS, WHAT

17:04  10   HAPPENS NEXT?

17:05  11   **A.**   I TAKE INFORMATION FROM ALL THAT MODELING TO DO MY

17:05  12   ANALYSIS OF HOW THE LEVEES AND WALLS RESPONDED DURING KATRINA.

17:05  13   **Q.**   ONCE YOU COMPLETE YOUR ANALYSIS, WHAT DO YOU DO?

17:05  14   **A.**   ONCE I, YOU KNOW, LOOK AT HOW THE LEVEES RESPONDED, WHAT

17:05  15   KIND OF OVERTOPPING WAS THERE, WHAT KIND OF BREACHING, I

17:05  16   PROVIDED GUIDANCE TO STEVE FITZGERALD, WHO DID THE INTERIOR

17:05  17   INUNDATION MODELING OF THE POLDER.  I WOULD PROVIDE HIM WITH

17:05  18   INFORMATION ABOUT WHEN WE WOULD TRIGGER THE BREACHING OF THE

17:05  19   LEVEES AND THE WALL SYSTEMS.

17:05  20   **Q.**   WE HAD SOME DISCUSSION EARLIER WITH DR. KEMP ABOUT THE

17:05  21   ADCIRC MODEL.  OBVIOUSLY, DR. WESTERINK WILL BE TESTIFYING NEXT

17:05  22   WEEK ABOUT THAT, SO I'M NOT GOING TO DISCUSS THAT VERY MUCH

17:05  23   EXCEPT TO ASK YOU WHETHER OR NOT YOU AGREE THAT THAT ADCIRC

17:06  24   MODEL HAS BEEN PEER-REVIEWED.

17:06  25   **A.**   YES.  IT'S BEEN PEER-REVIEWED EXTENSIVELY.  IN MY

FINAL DAILY COPY

| 17:06 | 1 | PUBLICATION LIST, THERE WERE TWO JOURNAL ARTICLES THAT I DON'T |
| 17:06 | 2 | KNOW THE PUBLICATION STATUS.  THOSE INVOLVE VALIDATION OF THE |
| 17:06 | 3 | MODEL FOR KATRINA AND RITA, AND THERE'S VALIDATION UNDERWAY FOR |
| 17:06 | 4 | GUSTAVE AND IKE. |
| 17:06 | 5 | OURSELVES, WE HAVE APPLIED ADCIRC IN OUR LABORATORY |
| 17:06 | 6 | FOR AT LEAST 15 YEARS.  WHENEVER WE DO AN APPLICATION OF |
| 17:06 | 7 | ADCIRC, WE ALWAYS TRY TO FIND SOME FIELD MEASUREMENTS IN THE |
| 17:06 | 8 | LOCATION THAT WE ARE STUDYING AND INVARIABLY DO COMPARISONS |
| 17:06 | 9 | BETWEEN MEASUREMENTS AND THE ADCIRC RESULTS, AND WE FOUND IT TO |
| 17:06 | 10 | BE A MODEL WITH VERY HIGH PREDICTIVE SKILL. |
| 17:06 | 11 | Q.   DO THE PLAINTIFFS USE ADCIRC IN THEIR MODELING? |
| 17:06 | 12 | A.   THEY DO. |
| 17:06 | 13 | Q.   IS THAT THE SAME VERSION OF ADCIRC THAT THE UNITED STATES |
| 17:07 | 14 | USED HERE? |
| 17:07 | 15 | A.   NO.  THEY USE AN EARLIER, I'D SAY, MUCH LESS REFINED AND |
| 17:07 | 16 | DETAILED APPLICATION OF THE ADCIRC MODEL. |
| 17:07 | 17 | THE SL15 MODEL THAT WE USED IN THIS PARTICULAR |
| 17:07 | 18 | APPLICATION HAS A VAST AMOUNT OF GREATER RESOLUTION.  WE CAN |
| 17:07 | 19 | RESOLVE THE PHYSICAL SYSTEM MUCH BETTER, AND ACCURACY IS |
| 17:07 | 20 | DEPENDENT ON HOW WE RESOLVE THE PHYSICAL SYSTEM. |
| 17:07 | 21 | IT ALSO HAS A MUCH IMPROVED METHOD FOR TREATING THE |
| 17:07 | 22 | EFFECT OF WETLAND ROUGHNESS AND LANDSCAPE ROUGHNESS ON BOTH THE |
| 17:07 | 23 | WINDS AND THE STORM SURGE AND WAVES.  THESE ARE ADVANCEMENTS |
| 17:07 | 24 | THAT HAVE BEEN CONTINUED TO BE MADE SINCE THE IPET. |
| 17:07 | 25 | Q.   LET'S LOOK AT SOME OF THE DATA GENERATED BY THE ADCIRC |

| | | |
|---|---|---|
| 17:07 | 1 | MODEL.  PLEASE GO TO FIGURE 15 AT 26, OUR TAB 6.  THAT'S JX-211 |
| 17:08 | 2 | AT 26.  WHAT'S THIS? |
| 17:08 | 3 | **A.**   THIS IS A CHART THAT SHOWS THE MAXIMUM COMPUTED STORM |
| 17:08 | 4 | SURGE FROM THE ADCIRC SL15 MODEL FOR A REGION IN SOUTHEAST |
| 17:08 | 5 | LOUISIANA.  THE PEAK WATER LEVEL IS SHOWN IN FEET BOTH VIA |
| 17:08 | 6 | BLACK CONTOUR LINES AS WELL AS ANNOTATED CONTOUR LINES.  IT |
| 17:08 | 7 | SHOWS SPATIALLY HOW THE PEAK STORM SURGE LEVEL WAS DISTRIBUTED |
| 17:08 | 8 | THROUGHOUT THE SYSTEM.  IT'S GOT QUITE A LOT OF VARIABILITY. |
| 17:08 | 9 | **Q.**   WHAT I WOULD LIKE TO DO IS SEE IF WE CAN HAVE THIS ON THE |
| 17:08 | 10 | SCREEN ALONG WITH FIGURE 2, WHICH IS OUR SLIDE 4.  WE ARE NOT |
| 17:09 | 11 | GOING TO GET EVERY BIT OF INFORMATION ON THERE, BUT WHAT I |
| 17:09 | 12 | WOULD LIKE TO ASK YOU IS IF THE HIGH WATER MARKS ON FIGURE 2 |
| 17:09 | 13 | COMPORT PRECISELY WITH THE DATA-GENERATED HIGH WATER MARKS ON |
| 17:09 | 14 | THE LOWER, THE ADCIRC DATA THERE. |
| 17:09 | 15 | **A.**   THERE ARE MANY THINGS ABOUT THE TRENDS AND PATTERNS IN THE |
| 17:09 | 16 | MODEL RESULTS THAT MIMIC PATTERNS AND TRENDS REFLECTED IN THE |
| 17:09 | 17 | HIGH WATER MARKS.  IN GENERAL, WE FOUND THAT THE MODEL |
| 17:09 | 18 | UNDERSTATED THE PEAK SURGE LEVELS ALONG THE REACH 2 LEVEE AND A |
| 17:09 | 19 | FEW OTHER PARTS OF THE SYSTEM. |
| 17:09 | 20 | THE MODEL HAS VERY GOOD REGIONAL SKILL.  IN |
| 17:09 | 21 | COMPARISONS WITH HUNDREDS OF HIGH WATER MARKS, THE AVERAGE |
| 17:09 | 22 | ERROR WAS ABOUT 1.3 FEET, WHICH OUT OF 26 FEET WOULD BE, UP IN |
| 17:09 | 23 | MISSISSIPPI, A VERY, VERY SMALL ERROR.  EVEN 1.3 FEET ALONG |
| 17:10 | 24 | REACH 2 WOULD BE CONSIDERED VERY GOOD SKILL FOR A STORM SURGE |
| 17:10 | 25 | MODEL.  BUT THERE WERE SOME DIFFERENCES, AND THE MODEL TENDED |

17:10   1   TO BE BIASED TOWARD UNDERESTIMATING THE PEAK SURGE IN THIS

17:10   2   PARTICULAR REGION.

17:10   3   **Q.**   SO WHAT DO YOU DO WHEN THE MEASURED HIGH WATER MARKS DON'T

17:10   4   COMPORT PRECISELY WITH WHAT THE MODEL SUGGESTS?

17:10   5   **A.**   WELL, WATER LEVELS ARE OF CRITICAL IMPORTANCE IN TRYING TO

17:10   6   DO EVERYTHING THAT WE CAN TO MAKE OUR ESTIMATES OF STORM SURGE

17:10   7   AS ACCURATE AS WE CAN.

17:10   8         WE HAVE TWO CHOICES:  WE CAN DO NOTHING AND JUST

17:10   9   ACCEPT THE DIFFERENCES AND THE MODEL TENDENCY TO UNDERSTATE AND

17:10   10  LIVE WITH THAT IN OUR ANALYSIS.  BUT IN THIS CASE WE HAVE VERY

17:11   11  HIGH-QUALITY HIGH WATER MARKS THAT HELP US TRY TO MAKE SOME

17:11   12  ADDITIONAL CORRECTION TO THOSE SURGE MODEL RESULTS TO TRY TO

17:11   13  IMPROVE THE ACCURACY BECAUSE THE ACCURACY OF WATER LEVEL IS

17:11   14  ABSOLUTELY CRUCIAL FOR THE ANALYSIS THAT WE ARE DOING IN THIS

17:11   15  CASE.

17:11   16        **THE COURT:**  A QUESTION -- AND COUNSEL MAY BE GETTING

17:11   17  TO IT -- BUT WHERE WE HAVE THE BLUE, WHICH YOU HAD ALREADY

17:11   18  DESCRIBED, HOW DO YOU EXTRAPOLATE -- AND THE BLUE IS ALONG

17:11   19  REACH 2, SEVERAL OF THEM.  YOU HAVE SHELL BEACH IN WHITE, BUT A

17:11   20  COUPLE BLUE ALONG REACH 2.  HOW DO YOU EXTRAPOLATE BACK TO

17:11   21  USING THE ONES YOU REALLY FEEL CONFIDENT IN?  HOW DO YOU

17:11   22  EXTRAPOLATE BACK TO FIGURE WHAT'S THE -- IN ESSENCE, TO MAKE

17:11   23  THEM WHITE, IN YOUR MIND, ALONG REACH 2?

17:12   24        **THE WITNESS:**  LET ME TAKE YOU THROUGH THE MENTAL

17:12   25  PROCESS THAT I USE TO DEVELOP THAT ESTIMATE.

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:12 | 1 | **THE COURT:**  ALL RIGHT. |
| 17:12 | 2 | **THE WITNESS:**  THE FIRST THING I LOOKED AT WAS WHAT |
| 17:12 | 3 | ARE THE TRENDS, DOES THE MODEL GIVE THE SAME TRENDS THAT I |
| 17:12 | 4 | MENTIONED BEFORE, THAT INCREASING STORM SURGE FROM PARIS ROAD |
| 17:12 | 5 | OUT TO SHELL BEACH, AND IT DOES.  I ALSO LOOKED AT THE |
| 17:12 | 6 | CAERNARVON AND TOWARDS THE EAST, DOES IT GIVE THAT SAME HIGH |
| 17:12 | 7 | AMOUNT OF DIFFERENCE, AND IT DOES.  SO I'M GETTING CONFIDENCE |
| 17:12 | 8 | IN THE MODEL, THE PATTERNS OF STORM SURGE THAT THE MODEL IS |
| 17:12 | 9 | CALCULATING, BASED UPON MIMICKING THE ACTUAL PATTERNS REFLECTED |
| 17:12 | 10 | IN THE HIGH WATER MARKS. |
| 17:12 | 11 | THEN I LOOK AT THE DIFFERENCES BETWEEN MODEL |
| 17:12 | 12 | RESULTS AND THE HIGH WATER MARKS.  FOR EXAMPLE, UP AT PARIS |
| 17:12 | 13 | ROAD THE MODEL IS GENERALLY ABOUT 8 PERCENT LOWER THAN THE |
| 17:12 | 14 | MEASURED HIGH WATER MARKS; WHEREAS, DOWN NEAR SHELL BEACH, IT'S |
| 17:13 | 15 | ABOUT 16 PERCENT DIFFERENCE.  SO I'M LOGICALLY THINKING, OKAY, |
| 17:13 | 16 | ALONG REACH 2 MAYBE A 12 PERCENT DIFFERENCE WOULD BE A |
| 17:13 | 17 | REASONABLE ESTIMATE OF HOW I MIGHT CORRECT AND TRY TO MAKE MORE |
| 17:13 | 18 | ACCURATE MY ESTIMATES OF STORM SURGE.  THE OTHER THING THAT |
| 17:13 | 19 | I -- |
| 17:13 | 20 | **THE COURT:**  I DON'T MEAN TO DEMEAN ANYTHING, BUT SORT |
| 17:13 | 21 | OF COMMONSENSE EXTRAPOLATION FROM A PERSON EDUCATED IN THE |
| 17:13 | 22 | FIELD, IN ESSENCE.  WOULD THAT BE CORRECT? |
| 17:13 | 23 | **THE WITNESS:**  THAT WOULD BE CORRECT.  YOU KNOW, YOU |
| 17:13 | 24 | HAVE TO THINK ABOUT:  WHY ARE WE LOW?  WHY IS THE MODEL |
| 17:13 | 25 | UNDERPREDICTING?  AND WE ARE UNDERPREDICTING BECAUSE WE ARE NOT |

17:13   1   SIMULATING THE ARRIVAL OF ENOUGH WATER EARLY ENOUGH.  SO THE

17:13   2   MODEL IS UNDERSTATING THE AMOUNT OF WATER THAT'S ARRIVING

17:13   3   REGIONALLY, AND THAT ALSO MEANS THAT WE JUST DON'T HAVE ENOUGH

17:13   4   WATER.  SO WE ARE ALSO GOING TO BE UNDERSTATING THE EASE WITH

17:14   5   WHICH THE WATER WILL LEAVE THE SYSTEM AFTER THE STORM PASSES.

17:14   6   SO IT'S IMPORTANT THAT YOU UNDERSTAND WHY WE ARE

17:14   7   UNDERPREDICTING IN DEVELOPING THE METHOD THAT YOU'RE GOING TO

17:14   8   TRY TO USE TO MAKE THE CORRECTIONS.

17:14   9            THE OTHER THING THAT I LOOKED AT WAS ACTUAL HIGH

17:14   10   WATER MARKS.  FOR EXAMPLE, ALONG REACH 2 THE MAXIMUM COMPUTED

17:14   11   WATER LEVEL WAS ABOUT 15.7.  I LOOKED AT THE LOCATION IN THE

17:14   12   STORM SURGE RESULTS WHERE THE HIGH WATER MARK WAS ABOUT 17, AND

17:14   13   THIS VALUE UP HERE IN THE MODEL WAS HIGHER.  SO THAT TELLS ME

17:14   14   THAT THE MAXIMUM STORM SURGE AT APPROXIMATELY BAYOU DUPRE

17:14   15   SHOULD BE GREATER THAN 17.1.

17:14   16            AFTER CONSIDERING ALL THOSE FACTORS, I ARRIVED

17:14   17   AT THE CONCLUSION THAT, BY SCALING UPWARD BY 12 PERCENT,

17:15   18   BASICALLY MULTIPLYING THE MODEL RESULTS BY A FACTOR OF 1.12, I

17:15   19   GET THE VALUE THAT I'M MOST COMFORTABLE WITH AS BEING

17:15   20   REPRESENTATIVE OF THE MAXIMUM SURGE ALONG REACH 2.

17:15   21            IN A SENSE FOR ME, I DID THIS INDEPENDENTLY, BUT

17:15   22   IT'S ALSO THE SAME VALUE THAT THE IPET ESTIMATED FOR THE PEAK

17:15   23   STORM SURGE ALONG REACH 2, A PEAK OF ROUGHLY 17 1/2 -- 17.4,

17:15   24   17.5, 17.6 FEET.

       25

17:15   1   **BY MR. MITSCH:**

17:15   2   **Q.**   THIS SCALING THAT YOU HAVE JUST REFERRED TO, IS THIS

17:15   3   SOMETHING THAT'S ACCEPTED IN THE COASTAL ENGINEERING COMMUNITY?

17:15   4   **A.**   SURE.   WE DO THIS ALL THE TIME BASED ON ALL OUR EXPERIENCE

17:15   5   IN DESIGNING PROJECTS, BEACH-FILL PROJECTS AROUND THE COUNTRY.

17:15   6   DEALING WITH STORM-SURGE HYDROGRAPHS, INVARIABLY THE MODELS DO

17:15   7   NOT HAVE PERFECT SKILL.   SO YOU CAN EITHER IGNORE IT AND LIVE

17:15   8   WITH LESS-ACCURATE INFORMATION, OR YOU CAN TAKE MEASUREMENTS

17:16   9   AND OTHER INSIGHT, OTHER EXPERIENCES THAT YOU HAVE, AND TRY TO

17:16   10   IMPROVE UPON THAT FOR THE SAKE OF ACCURACY.

17:16   11   **Q.**   DID DR. KEMP DO ANY WHAT YOU WOULD CALL SCALING?

17:16   12   **A.**   YEAH, HE DID ESSENTIALLY THE SAME THING.   HIS MODEL

17:16   13   RESULTS WERE 19 PERCENT, IT SOUNDED LIKE FROM HIS TESTIMONY.

17:16   14   HE WAS LOW -- UNDERSTATED THE SURGE IN HIS ADCIRC MODELS BY

17:16   15   ABOUT 19 PERCENT.

17:16   16       SO WHAT HE DID A LITTLE DIFFERENTLY, HE SCALED UP THE

17:16   17   BOUNDARIES, SCALED UP THE STORM SURGE AT HIS FINEL BOUNDARY,

17:16   18   AND THEN JUST BASICALLY PROPAGATES IT A SHORT DISTANCE.   I

17:16   19   DON'T THINK THERE'S MUCH DIFFERENCE AT ALL BETWEEN WHAT WE DID

17:16   20   SCALING TO MAKE A MORE ACCURATE ESTIMATE OF THE HYDROGRAPHS

17:16   21   COMPARED TO WHAT THE PLAINTIFFS' EXPERTS DID TO DO THE SAME

17:16   22   THING.   KNOWING THAT WE HAVE MODEL INACCURACIES, WHAT CAN WE DO

17:16   23   TO TRY TO IMPROVE THE ACCURACY FOR THIS PARTICULAR ANALYSIS?

17:16   24   **Q.**   WAS SCALING USED IN IPET?

17:16   25   **A.**   YES, IT WAS.

FINAL DAILY COPY

17:16   1   **Q.**   THE OUTSIDE ORGANIZATIONS THAT PEER-REVIEWED THE IPET

17:17   2   WORK, DID THEY HAVE ANY CRITICISM OF THE SCALING TECHNIQUES

17:17   3   THAT WERE APPLIED?

17:17   4   **A.**   NO, THEY DID NOT.

17:17   5          **MR. MITSCH:**  YOUR HONOR, GIVE ME SOME GUIDANCE ABOUT

17:17   6   THE TIME THAT YOU WANT --

17:17   7          **THE COURT:**  I'M NOT GOING TO GO TOO MUCH PAST 5:30.

17:17   8   SO IF YOU ARE AT A STOPPING POINT, FINE.  IF YOU WANT TO GO ON

17:17   9   FOR 15 MORE MINUTES, THAT'S FINE TOO.

17:17   10         **MR. MITSCH:**  WE ARE PROBABLY AT A GOOD POINT RIGHT

17:17   11  NOW TO STOP.

17:17   12         **THE COURT:**  I'LL LEAVE IT TO YOU.

17:17   13         **MR. MITSCH:**  THANK YOU, YOUR HONOR.

17:17   14         **THE COURT:**  WE WILL ADJOURN FOR THE DAY.  SEE YOU AT

17:17   15  9:00 TOMORROW SHARP.  ALL THINGS BEING THE SAME, THAT IS.

17:17   16         **THE DEPUTY CLERK:**  ALL RISE.

17:17   17         (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.)

17:17   18                         * * *

17:17   19                     <u>**CERTIFICATE**</u>

17:17   20          I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT
17:17       REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT
17:17   21  OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE
17:17       AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND
17:17   22  UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE
17:17       ABOVE-ENTITLED AND NUMBERED MATTER.
17:17   23

17:17
17:17   24
17:17
17:17   25                          <u>S/ TONI DOYLE TUSA</u>
17:17                            TONI DOYLE TUSA, CCR, FCRR
                                 OFFICIAL COURT REPORTER


                         FINAL DAILY COPY

**$**

$100,000 [1] 1985/24
$103,000 [1] 1986/5
$160,000 [1] 1985/21
$20 [1] 2046/5
$20 MILLION [1] 2046/5
$3,000 [1] 1986/8
$5,000 [1] 1986/2
$6 [1] 2051/16
$6 MILLION [1] 2051/16
$90 [1] 1998/7
$90 MILLION [1] 1998/7

**'**

'69 [1] 2025/23
'72 [2] 2037/18 2037/21
'73 [2] 2037/18 2037/22
'90S [1] 2001/19

**.**

.2 [2] 2036/8 2037/5
.3 [1] 2036/8

**0**

00121 [1] 2067/14
0211 [1] 2052/24
06-CV-2268-K [1] 1959/5
068 [3] 2012/21 2012/24 2021/3

**1**

1,000 FEET [1] 1990/3
1,800 FEET [1] 2001/7
1.12 [1] 2090/18
1.3 FEET [2] 2087/22 2087/23
1.5 MILES [1] 1984/6
1/2 [5] 2079/17 2082/25 2084/18
2084/18 2090/23
10 [18] 1970/10 1970/15 1972/6 1973/4
1987/3 1992/4 1998/14 2018/14 2018/15
2018/16 2018/16 2018/21 2018/22
2029/13 2051/18 2061/17 2062/19
2084/14
10 FEET [10] 1991/18 1992/20 2018/1
2018/3 2019/11 2019/18 2020/10 2067/9
2082/22 2082/23
10,000 FEET [1] 2071/10
100-YEAR [1] 2036/23
1000 [1] 1959/16
10022 [1] 1961/4
101 [3] 1987/24 2005/2 2005/12
102 [1] 2005/2
103 [1] 1976/22
11 [7] 1975/21 1976/6 1976/13 1978/23
1989/10 1989/23 2029/12
11 FEET [1] 2079/21
1100 [1] 1960/3
115 [2] 2046/5 2050/5
12 [8] 1983/7 1993/12 1999/3 2001/14
2003/10 2005/2 2068/22 2077/16
12 FEET [1] 2068/24
12 MILES [2] 2071/2 2071/3
12 PERCENT [2] 2089/16 2090/17
12-MILE [1] 1982/5
12.5 [1] 1984/7
1205 [1] 1960/24
125 [2] 1993/9 1993/22
125 FEET [1] 1993/17
1261 [1] 1960/13
12946 [1] 2032/4
13 [3] 1984/7 1999/18 2028/6
13 FEET [7] 2012/14 2017/25 2018/2
2018/12 2018/14 2019/10 2020/8
131.1 [1] 2037/5

1363.1 [1] 2037/14
1365.1 [1] 2037/14
14 [4] 1965/13 1979/21 1983/17 2081/17
145 [1] 2062/10
148 [1] 1990/8
15 [9] 1985/20 1988/7 2005/5 2008/18
2049/17 2079/17 2086/6 2087/1 2092/9
15.7 [1] 2090/11
150 [2] 1993/9 1993/22
150 FEET [1] 1993/8
151 [1] 1991/16
155 [1] 1990/19
156 [1] 1988/4
159 [1] 1978/21
16 FEET [1] 1973/15
16 PERCENT [2] 2089/15
160 [1] 1993/17
1601 [2] 1965/13 1979/21
17 [5] 2026/10 2026/12 2068/20 2090/12
2090/23
17 FEET [2] 1973/7 2079/22
17.1 [1] 2090/15
17.4 [1] 2090/23
17.5 [1] 2090/24
17.6 FEET [1] 2090/24
1718 [3] 1980/23 1984/19 2030/15
178 [1] 2002/9
18 [1] 2079/13
18-PLUS [1] 2079/23
185 [1] 2004/6
18567 [1] 2033/5
186 [2] 2031/17 2031/23
19 [1] 1972/19
19 FEET [1] 2079/13
19 PERCENT [4] 1970/17 1970/19
2091/13 2091/15
19,000 [1] 2014/5
191 [1] 2031/17
194 [1] 1970/19
1950S [4] 2004/7 2005/13 2012/15
2012/15
1958 [1] 1994/18
1959 [1] 2032/5
196 [1] 2031/17
1963 [3] 2004/23 2006/2 2006/17
1966 [2] 2012/16 2015/5
1969 [4] 2025/11 2025/20 2026/2 2026/6
197 [4] 1972/7 1973/10 2031/17 2031/23
1972 [2] 2012/22 2015/17
1987 [1] 2028/22
1988 [2] 2028/11 2029/10
1991 [1] 2030/4
1992 [1] 2029/25
1994 [5] 2029/2 2029/3 2029/6 2029/21
2029/23
1:2 [5] 1994/1 1994/2 1996/14 1996/16
1996/20

**2**

2,000 FEET [2] 2000/10 2000/22
2,300 FEET [1] 1999/22
2.4 [1] 1999/18
20 [1] 2051/16
20 FEET [1] 2068/21
2000 [2] 1978/16 2055/6
2000-2001 [1] 2068/6
2001 [1] 2068/6
2004 [1] 1970/17
2004.65 [1] 2067/20
20044 [1] 1961/18
2005 [3] 2011/17 2011/18 2055/7
2007 [5] 1970/11 1978/17 1985/18
1985/24 1986/2

2008 [5] 1975/21 1976/6 1978/23 1986/5
2009 [7] 1959/7 1963/2 1965/14 1985/20
1988/7 2005/5 2008/19
204 [1] 1986/21
21 [1] 2062/11
21.7-FOOT [1] 2080/19
211 [3] 2077/15 2081/17 2087/1
2138.41 [1] 2038/12
2147.1 [1] 2037/16
2159 [1] 2062/10
22 [3] 1970/11 1988/4 1997/22
23 [2] 2021/21 2026/2
23RD [1] 2025/20
24 [1] 2021/21
25 [2] 1988/4 2058/13
26 [2] 2087/1 2087/2
26 FEET [1] 2087/22
2626 [1] 1960/24
2655 [1] 1960/10
272 [2] 2008/18 2008/22
273 [2] 2008/18 2008/22
28 [5] 1970/12 1978/15 2025/25 2032/13
2032/19
284 [2] 1998/4 1998/13
29 [1] 1979/22
297 [1] 2025/18
2C [4] 1973/11 1975/18 1975/25 1976/4

**3**

3,000 [1] 1984/16
3,000 FEET [2] 1999/6 1999/11
30 [14] 1959/7 1963/2 2032/20 2035/20
2036/10 2036/14 2036/19 2037/10
2037/16 2038/5 2038/11 2038/20
2038/25 2052/20
30,000 [1] 2014/5
300 FEET [1] 1990/3
306 [1] 2029/7
31 [3] 1970/1 1970/4 1970/17
3102 [1] 1960/3
325 [1] 1961/4
35 PERCENT [1] 1990/13
36 FEET [1] 1994/21
3668 [1] 1960/7
38-FOOT [2] 2013/22 2014/8

**4**

4.3 [2] 1992/4 1992/6
4.8 [2] 1991/18 1992/6
40 [4] 1973/9 2013/20 2067/14 2072/16
40 PERCENT [1] 1990/22
406 [1] 1961/20
41 [1] 2017/13
42 [1] 2019/3
43 [1] 2019/13
43 MILES [2] 2004/9 2005/15
463 [1] 2036/11
463.1 [1] 2036/11
463.2 [1] 2036/12
47 [3] 1979/9 1999/19 2029/18

**5**

5,000 FEET [2] 2000/17 2071/4
50 [4] 1985/1 1990/7 2030/3 2052/20
50 PERCENT [1] 1978/1
500 [3] 1960/6 1961/20 1993/24
500 FEET [1] 1994/20
500-FOOT [2] 2013/23 2014/8
504 [1] 1961/21
519 [1] 1960/17
54 [2] 2030/3 2067/14
550 [1] 1959/16
556 [1] 1960/6

**5**

57TH [1]  1961/4
589-7778 [1]  1961/21
59.4 [1]  2029/18
5:30 [1]  2092/7

**6**

6 FEET [1]  2080/11
60 [1]  1979/6
60 PERCENT [4]  1992/3 1992/9 1992/12
 1993/5
60,000 FEET [1]  2071/1
60-MILE [1]  1999/16
600 [3]  1961/7 2061/25 2062/5
601 [1]  1960/10
604 [1]  1961/7
610 [1]  1959/23
618 [1]  1960/20
62 [1]  1984/3
650 [1]  1993/22
650 FEET [7]  1990/10 1990/14 1993/11
 1993/18 1994/20 1999/5 2002/11
699 [1]  2032/3

**7**

7 FEET [1]  2018/9
7.1 [1]  1991/16
7.6 [1]  1990/19
70113 [2]  1959/20 1959/23
70130 [3]  1960/10 1961/8 1961/21
70381 [1]  1960/25
70502 [1]  1960/7
70726 [1]  1960/17
70801 [1]  1960/21
70821 [1]  1960/14
72 [1]  1972/20
74 [1]  2002/7
75219 [1]  1960/4
7778 [1]  1961/21

**8**

8 FEET [2]  2068/22 2068/22
8 PERCENT [1]  2089/13
855 [1]  1959/19
86 [1]  2036/7
86.1 [1]  2036/8
888 [1]  1961/18

**9**

90 [1]  1992/10
90 PERCENT [1]  2065/16
90071 [1]  1959/16
91 [10]  1972/20 1978/22 1986/21
 1988/18 1994/6 1999/3 2002/8 2002/24
 2021/22 2031/16
91.20 [1]  2030/20
94 [1]  1991/15
97 [1]  1990/19
9:00 TOMORROW [1]  2092/15

**A**

A-L-A-N [1]  2045/23
ABILITY [2]  2083/18 2092/21
ABLE [4]  1993/7 1997/11 2060/1
 2082/14
ABOUT [100]  1964/15 1964/19 1964/20
 1966/5 1966/8 1969/10 1971/18 1973/7
 1974/7 1974/24 1974/25 1975/19 1980/2
 1982/13 1984/6 1985/12 1990/13
 1990/16 1992/13 1992/14 1993/8 1994/5
 1998/2 1998/20 1998/24 2002/18 2004/4
 2006/8 2007/13 2008/7 2010/17 2011/22
 2012/23 2013/24 2015/19 2016/3

2020/11 2022/4 2022/6 2022/10 2024/11
 2025/4 2026/16 2028/3 2029/25 2029/1
 2029/5 2030/2 2030/21 2031/5 2031/7
 2035/15 2037/1 2037/8 2039/15 2040/18
 2041/7 2043/13 2046/6 2050/5 2050/10
 2051/15 2051/16 2052/4 2055/4 2057/14
 2058/7 2059/5 2059/6 2062/20 2062/25
 2063/3 2065/11 2065/20 2066/10 2069/8
 2070/18 2070/20 2070/21 2071/17
 2072/10 2075/14 2078/6 2079/21 2081/2
 2081/15 2081/22 2082/21 2085/18
 2085/20 2085/22 2087/15 2087/22
 2089/13 2089/15 2089/24 2090/11
 2090/12 2091/15 2092/5
ABOVE [12]  1991/18 1992/4 1992/20
 2020/10 2066/22 2067/9 2067/10 2069/6
 2069/23 2082/22 2082/23 2092/22
ABOVE-ENTITLED [1]  2092/22
ABSOLUTELY [5]  1975/13 2024/23
 2041/2 2071/24 2088/14
ABSORB [1]  1975/16
ABUTMENTS [1]  1974/25
ACADEMIA [1]  2072/16
ACADEMY [1]  1980/1
ACCELERATING [1]  2003/7
ACCEPT [6]  1976/16 1981/9 2007/22
 2054/18 2065/1 2088/9
ACCEPTED [3]  2042/1 2055/12 2091/3
ACCOMMODATE [1]  2040/14
ACCOMPANIED [1]  2021/7
ACCRUE [1]  2010/20
ACCUMULATION [1]  2078/17
ACCURACY [5]  2086/19 2088/13
 2088/13 2091/10 2091/23
ACCURATE [6]  2057/15 2083/20 2088/7
 2089/18 2091/8 2091/24
ACCURATELY [2]  2057/8 2057/11
ACKNOWLEDGED [1]  1988/1
ACQUIRED [6]  2077/3 2077/6 2077/25
 2078/12 2078/12 2078/14
ACROSS [6]  1970/2 2003/1 2003/18
 2003/25 2004/3 2032/7
ACT [1]  2059/18
ACTION [3]  1994/15 2052/6 2085/5
ACTIONS [1]  2078/3
ACTIVELY [2]  2050/22 2051/21
ACTS [1]  2037/4
ACTUAL [8]  1966/23 1993/21 2014/4
 2014/5 2025/18 2073/25 2089/9 2090/9
ACTUALLY [38]  1966/19 1967/12
 1968/9 1969/1 1971/15 1971/16
 1971/20 1972/14 1973/16 1977/16
 1979/12 1983/18 1985/6 1985/8 1987/23
 1987/25 1991/25 1996/11 1998/22
 2000/14 2004/19 2004/23 2006/10
 2006/14 2009/25 2011/6 2019/8 2025/15
 2033/5 2041/19 2041/21 2043/21 2056/3
 2063/4 2075/6 2076/21 2080/23 2082/12
ADCIRC [55]  1963/21 1963/23 1963/24
 1964/4 1966/4 1966/10 1966/12 1967/3
 1967/15 1967/21 1967/22 1969/8
 1969/12 1969/19 1969/21 1969/24
 1970/4 1970/9 1971/2 1971/6 1971/9
 1971/11 1971/24 1973/3 1973/16
 1973/17 1973/18 1973/22 1973/24
 1974/11 1974/14 1974/17 1989/2 1989/5
 1989/6 1991/7 1991/22 1991/25 2043/6
 2049/17 2056/21 2057/4 2084/4 2085/21
 2085/23 2086/5 2086/7 2086/9 2086/11
 2086/13 2086/16 2086/25 2087/4
 2087/14 2091/14
ADD [3]  1968/1 1983/1 1985/4
ADDED [2]  1972/21 2030/7

ADDING [1]  1988/22
ADDITION [1]  2075/24
ADDITIONAL [11]  1983/1 1986/2 1986/8
 2009/16 2032/15 2036/11 2040/25
 2051/3 2074/5 2075/1 2088/12
ADDRESSED [1]  1978/13
ADJACENT [2]  1988/24 1994/12
ADJOURN [1]  2092/14
ADJUSTED [3]  1968/6 1971/9 1971/24
ADMISSIBLE [1]  2042/8
ADMIT [2]  2039/4 2039/6
ADMITTED [6]  2030/18 2030/25 2033/19
 2034/17 2036/18 2039/1
ADOPTED [3]  2067/21 2067/21 2084/3
ADVANCED [2]  2075/9 2075/18
ADVANCEMENTS [1]  2086/23
ADVANTAGE [1]  2051/4
ADVISED [2]  2043/6 2043/9
ADVISORY [4]  1970/1 1970/2 1970/4
 1970/17
AFFECT [1]  2009/7
AFTER [25]  1975/12 1979/17 1983/4
 1983/5 1983/12 1983/18 1985/4 1985/19
 2004/24 2005/1 2006/2 2008/6 2020/16
 2024/4 2026/7 2039/13 2039/25 2043/17
 2049/23 2072/20 2075/1 2077/11
 2082/10 2090/5 2090/16
AFTERNOON [4]  1959/10 1963/1
 1963/9 1963/10
AFTERWARDS [1]  1993/16
AGAIN [23]  1966/11 1973/4 1973/13
 1989/12 2003/22 2008/6 2013/15 2019/4
 2019/4 2024/21 2041/10 2047/23
 2049/23 2051/25 2053/21 2054/22
 2057/16 2060/10 2064/7 2064/8 2073/18
 2081/18 2082/19
AGAINST [4]  2012/14 2024/18 2032/15
 2045/6
AGENCIES [5]  2004/22 2006/7 2036/2
 2072/15 2077/12
AGO [3]  1980/13 2056/6 2057/23
AGREE [6]  1965/23 1997/2 2002/15
 2002/22 2084/12 2085/23
AGREED [1]  2054/6
AHEAD [12]  1965/7 1989/15 1989/21
 1995/23 2008/9 2010/17 2037/9 2054/21
 2066/14 2071/7 2080/17 2084/21
AL [2]  1959/5 1959/7
ALAN [1]  2045/23
ALERTED [4]  2016/18 2027/16 2028/24
 2041/11
ALIGNED [1]  2080/14
ALL [87]  1963/3 1966/16 1969/2 1969/16
 1970/2 1971/22 1972/13 1973/25
 1974/12 1974/24 1975/6 1976/15
 1977/17 1977/22 1980/16 1981/9
 1981/20 1982/18 1982/19 1982/24
 1989/6 1992/25 1997/2 1997/3 2000/12
 2000/21 2007/8 2009/10 2009/11
 2014/13 2014/23 2014/24 2016/10
 2017/24 2018/2 2018/5 2019/4 2019/10
 2020/8 2020/20 2022/2 2021/6 2024/25
 2027/2 2030/5 2033/20 2034/14 2035/1
 2035/12 2035/18 2035/18 2037/12
 2038/19 2038/23 2038/25 2039/4
 2039/14 2039/20 2039/23 2040/20
 2040/22 2041/17 2043/4 2044/11
 2045/13 2048/11 2050/8 2052/10
 2054/16 2057/12 2058/6 2060/6 2062/3
 2062/10 2062/12 2063/6 2064/21
 2064/23 2084/24 2085/11 2089/1
 2090/16 2091/4 2091/19 2092/15
 2092/16

A

ALLOW [2] 2054/15 2055/11
ALLOWED [1] 2065/15
ALLUVIAL [1] 2013/14
ALMOST [5] 1985/21 2021/6 2079/13
2079/17 2080/10
ALONE [1] 2072/16
ALONG [42] 1979/9 1979/15 1980/10
1982/18 1994/19 1995/17 1997/10
1998/16 2001/20 2008/15 2012/13
2029/14 2029/16 2035/21 2047/20
2053/11 2065/14 2065/18 2065/22
2067/23 2068/2 2068/10 2069/2 2069/12
2070/3 2071/14 2072/12 2077/11
2078/16 2079/25 2080/6 2080/10
2087/10 2087/18 2087/23 2088/18
2088/20 2088/23 2089/16 2090/10
2090/20 2090/23
ALREADY [16] 1966/1 1968/15 1969/17
1973/23 1974/10 1992/16 1999/25
2004/24 2006/3 2007/20 2023/3 2024/1
2041/9 2041/12 2044/5 2088/17
ALSO [33] 1961/6 1968/7 1969/11
1975/15 1979/12 1986/2 1986/8 1986/21
1987/1 1991/11 2008/15 2012/22 2016/1
2023/19 2024/12 2034/3 2036/23
2038/24 2049/6 2051/1 2052/16 2053/20
2057/10 2058/6 2069/19 2069/20 2074/6
2081/11 2086/21 2089/5 2090/3 2090/4
2090/22
ALTHOUGH [2] 1975/24 2007/24
ALTITUDE [1] 2074/10
ALWAYS [7] 1965/1 1966/17 1998/25
2011/4 2024/15 2045/12 2086/7
AM [7] 1965/11 1975/23 2011/23 2031/6
2031/6 2050/17 2054/18
AMERICA [1] 1959/7
AMERICAN [1] 2073/23
AMIN [1] 1961/11
AMONG [5] 1971/14 1995/22 2065/13
2075/14 2075/15
AMOUNT [8] 2009/4 2055/16 2066/24
2066/24 2073/18 2086/18 2089/7 2090/2
AMOUNTS [2] 1985/10 2069/7
AMPLIFIED [1] 1987/13
AMPLIFY [1] 2062/4
ANALYSES [3] 1989/6 2036/20 2036/24
ANALYSIS [31] 1975/25 1976/21
1977/25 1989/5 1999/10 1999/17 2000/17
2000/12 2000/19 2010/15 2011/21
2020/12 2028/3 2055/16 2063/23 2070/2
2076/7 2076/8 2076/12 2079/8 2082/13
2082/14 2082/17 2083/1 2083/15 2085/9
2085/12 2085/13 2088/10 2088/14
2091/23
ANALYZE [1] 2083/13
ANALYZING [1] 2073/17
ANCHOR [1] 2059/14
ANDRY [2] 1959/21 1959/22
ANGELES [1] 1959/16
ANNOTATED [1] 2087/6
ANNUAL [1] 2051/16
ANOTHER [11] 1987/1 1987/5 1987/6
2029/1 2034/9 2037/10 2048/6 2057/20
2079/16 2079/20 2085/6
ANSWER [14] 1990/25 1991/2 1991/2
1991/3 1991/4 1991/5 2001/24 2008/11
2015/25 2061/6 2061/10 2061/14 2067/3
2067/3
ANSWERS [1] 1985/16
ANY [53] 1964/22 1967/5 1968/19
1972/25 1973/22 1975/6 1976/7 1996/19

1998/8 2006/22 2007/17 2007/18
2007/20 2008/11 2008/25 2010/11 2011/7
2011/22 2016/7 2016/10 2016/16
2016/20 2016/25 2017/5 2022/15
2030/23 2033/13 2034/21 2036/1
2041/10 2041/15 2049/11 2052/19
2054/4 2054/6 2054/15 2055/10 2057/17
2060/25 2061/21 2061/21 2063/7
2063/16 2070/20 2072/2 2072/4
2072/18 2074/17 2075/1 2076/11 2079/6
2080/1 2091/11 2092/2
ANYONE [3] 1964/14 1964/24 1966/5
ANYTHING [8] 1972/3 1997/3 2042/4
2045/13 2048/12 2076/24 2080/5
2089/20
ANYTIME [1] 2043/16
ANYWAY [1] 2061/15
ANYWHERE [2] 1978/5 2019/8
APPARENTLY [2] 1979/24 2057/24
APPEARANCES [3] 1959/13 1960/1
1961/1
APPEARED [1] 2037/6
APPEARS [1] 1983/12
APPENDIX [1] 2028/17
APPLICATION [5] 2084/7 2085/6 2086/6
2086/16 2086/18
APPLIED [5] 1997/9 2053/17 2064/4
2086/5 2092/3
APPLY [3] 2056/8 2056/9 2074/6
APPRECIATE [3] 2042/15 2044/22
2076/13
APPRECIATED [1] 2045/12
APPRECIATES [2] 2046/10 2054/13
APPROACH [7] 1980/20 2015/10 2019/7
2031/1 2073/4 2074/14 2084/4
APPROACHED [2] 2073/14 2075/12
APPROACHES [1] 2076/8
APPROACHING [1] 2045/4
APPROPRIATELY [1] 2042/8
APPROPRIATIONS [1] 2037/23
APPROVAL [1] 2072/21
APPROXIMATELY [5] 2001/7 2052/20
2071/10 2084/14 2090/14
APRIL [2] 1959/7 1963/2
ARE [118] 1964/23 1969/2 1969/14
1970/6 1977/7 1977/14 1979/5 1980/3
1982/5 1982/6 1982/13 1983/4 1986/22
1986/23 1986/25 1992/24 1997/3
2003/19 2005/11 2012/13 2015/9
2015/14 2015/14 2017/25 2018/2 2018/5
2018/6 2019/4 2019/10 2019/11 2019/20
2020/8 2021/11 2022/7 2022/13 2022/21
2022/22 2024/19 2024/21 2030/2 2031/5
2031/17 2034/20 2035/14 2036/11
2039/23 2039/24 2040/8 2041/3 2041/18
2042/19 2043/1 2043/12 2045/2 2045/9
2045/15 2047/19 2048/18 2048/19
2050/4 2050/10 2050/16 2050/23
2051/20 2052/6 2053/6 2053/12 2053/19
2054/21 2056/8 2056/9 2056/13 2058/6
2058/22 2059/2 2059/3 2059/4 2060/8
2061/5 2062/4 2062/20 2062/25 2063/15
2063/16 2065/20 2067/2 2067/3 2068/13
2069/6 2076/16 2076/17 2077/16
2077/17 2077/18 2077/19 2077/24
2078/6 2078/13 2078/18 2079/7 2081/21
2082/6 2083/24 2083/24 2086/8 2086/23
2087/10 2087/15 2088/5 2088/14 2089/3
2089/24 2089/25 2089/25 2090/4 2090/6
2092/8 2092/10
AREA [32] 1969/11 1969/22 1970/9
1972/22 1972/22 1974/13 1982/5
1983/22 1987/14 1989/11 2002/11

2002/15 2002/16 2002/17 2011/5 2014/3
2015/20 2015/22 2055/3 2058/24 2069/17
2069/19 2069/21 2069/22 2070/3 2070/5
2070/9 2071/9 2071/19 2079/10 2079/11
2080/4
AREAS [9] 1966/6 1970/22 1987/10
2003/9 2007/4 2048/2 2048/9 2070/10
2070/11
ARGUE [3] 1964/15 1964/20 2027/13
ARGUMENT [1] 2015/24
ARGUMENTATIVE [1] 2027/11
ARGUMENTS [1] 2008/5
ARISING [1] 1986/12
ARMCHAIR [1] 2028/3
ARMY [1] 2037/25
AROUND [7] 1974/2 1999/22 2000/22
2027/8 2051/21 2074/25 2091/5
ARRIVAL [1] 1964/12 2090/1
ARRIVED [1] 2090/16
ARRIVING [1] 2090/2
ARROW [6] 2002/9 2002/14 2002/15
2002/16 2002/16 2002/17
ARROWS [1] 2030/19
ART [2] 2048/20 2053/16
ARTICLE [5] 2064/3 2064/3 2064/6
2064/10 2064/20
ARTICLES [5] 2052/19 2057/22 2059/23
2064/11 2086/1
ARTIFACT [1] 2019/7
ARTISTIC [1] 1971/21
AS [140]
ASCE [1] 1980/1
ASCERTAIN [1] 2082/14
ASHLEY [1] 1961/6
ASIDE [2] 2043/1 2043/2
ASK [15] 1972/9 1995/24 1996/4
2011/14 2023/25 2038/19 2038/24
2039/3 2039/14 2043/11 2060/10
2061/18 2074/4 2085/23 2087/12
ASKED [15] 1988/7 1998/14 2004/22
2008/19 2008/24 2009/25 2025/10
2055/9 2062/11 2063/3 2064/2 2064/5
2064/22 2065/8 2074/6
ASKING [5] 1965/9 1988/13 2003/20
2003/21 2044/17
ASKS [1] 2010/7
ASPECT [1] 1989/20
ASSEMBLED [2] 2077/2 2077/5
ASSERTION [1] 2038/13
ASSESSING [1] 2056/12
ASSESSMENT [2] 2076/25 2077/7
ASSIDUOUSLY [1] 2008/6
ASSIST [1] 2056/13
ASSISTANCE [1] 2084/9
ASSOCIATED [2] 2037/2 2072/18
ASSOCIATES [3] 1959/15 1960/12
1967/14
ASSUME [3] 1968/25 2001/9 2065/2
ASSUMED [1] 1978/5
ASSUMING [2] 2026/17 2033/11
ASSURANCE [1] 1979/24
AT [242]
ATCHAFALAYA [1] 1996/9
ATLANTIC [1] 1974/1
ATTACK [4] 1982/3 1983/10 1984/17
2066/5
ATTEMPTED [1] 2033/21
ATTENTION [2] 2032/1 2032/3
ATTENUATED [1] 2018/8
ATTEST [1] 2013/5
ATTORNEYS [1] 2084/20
AUDUBON [2] 1985/25 1986/5
AUGMENTED [1] 1987/10

# A

AUGUST [5]  2025/11 2025/25 2026/6 2026/10 2026/12
AUGUST 17 [2]  2026/10 2026/12
AUGUST 1969 [2]  2025/11 2026/6
AUGUST 28 [1]  2025/25
AUTHORITATIVE [1]  2027/24
AUTHORITY [1]  2023/21
AUTHORIZATION [5]  2009/24 2009/25 2023/22 2036/15 2036/16
AUTHORIZED [7]  1995/14 1999/5 2002/19 2010/4 2011/6 2011/11 2026/17
AUTHORIZES [1]  2010/6
AVAILABLE [3]  2061/20 2068/6 2083/24
AVENUE [2]  1960/3 1960/17
AVERAGE [6]  1976/24 1976/25 1977/5 1990/3 2001/6 2087/21
AVOID [2]  2000/12 2001/2
AVOIDED [1]  2000/13
AWARE [6]  1968/3 2004/7 2005/14 2007/20 2062/17 2063/16
AWAY [1]  2080/16
AWFUL [2]  1979/18 2010/1
AWFULLY [1]  2034/10
AXIS [4]  2067/17 2067/19 2067/23 2081/20

# B

B-R-U-C-E [1]  2045/23
BACHELOR [1]  2046/22
BACK [19]  1971/16 1973/5 1974/17 1978/8 1978/9 1980/7 1985/10 1996/22 1998/25 2000/15 2001/2 2017/14 2026/5 2027/3 2040/17 2066/25 2082/11 2088/20 2088/22
BACKGROUND [1]  2031/19
BACKWARDS [1]  2050/1
BAD [2]  1982/20 2055/21
BAEZA [1]  1961/10
BAKED [1]  2009/12
BALANCING [1]  2025/2
BANK [27]  1990/4 1997/6 1997/10 1997/14 1997/16 1998/16 1999/6 2001/16 2001/19 2001/19 2001/20 2001/21 2001/21 2001/23 2002/2 2002/2 2008/14 2009/18 2028/11 2028/22 2029/2 2029/16 2029/23 2030/2 2030/4 2030/6 2030/7
BANK/WEST [1]  2002/2
BANKS [4]  1996/17 1998/16 2008/15 2029/14
BARGE [1]  1983/13
BARON [1]  1960/2
BARONNE [2]  1959/19 1959/23
BARRIER [16]  2004/9 2005/16 2009/20 2009/23 2010/4 2010/10 2022/5 2022/8 2022/14 2022/18 2022/23 2023/2 2023/15 2023/21 2027/7 2036/22
BARRIERS [2]  2009/17 2009/18
BASE [1]  2020/3
BASED [5]  1981/2 2065/23 2070/2 2089/9 2091/4
BASICALLY [5]  2032/5 2038/12 2052/6 2090/18 2091/18
BASIN [2]  1996/9 2049/20
BATHTUB [1]  1995/18
BATON [2]  1960/14 1960/21
BAYOU [17]  1999/15 2000/21 2003/2 2003/14 2004/10 2005/16 2067/24 2067/25 2068/1 2069/14 2069/14 2069/18 2077/21 2077/22 2078/22 2078/22 2090/14

BAYOU LA LOUTRE [2]  2003/14 2003/14
BAYOUS [1]  2000/16
BE [82]  1963/4 1968/10 1968/13 1975/11 1977/12 1977/15 1981/2 1983/12 1989/12 1993/11 1993/25 1996/14 2000/14 2001/24 2007/8 2010/3 2011/20 2011/25 2015/15 2017/22 2018/16 2018/19 2018/22 2019/6 2019/11 2020/4 2020/5 2020/23 2021/7 2023/24 2026/10 2026/18 2027/8 2030/18 2030/25 2032/1 2032/9 2033/18 2034/1 2034/9 2034/17 2036/18 2036/19 2038/24 2039/1 2039/12 2039/22 2040/23 2041/10 2041/13 2042/16 2043/15 2043/22 2044/19 2045/5 2052/23 2054/11 2056/7 2058/24 2060/1 2060/4 2063/12 2063/13 2065/13 2066/5 2070/21 2071/13 2076/19 2076/20 2081/4 2085/21 2086/10 2086/24 2087/22 2087/24 2088/1 2088/16 2089/16 2089/22 2089/23 2090/4 2090/15
BEA [8]  1975/13 1975/25 1980/13 1982/22 1984/16 1984/25 1985/1 1985/5
BEA'S [3]  1979/20 1981/7 1984/15
BEACH [15]  1972/16 1973/7 2051/20 2052/5 2053/12 2058/13 2058/22 2059/11 2079/11 2079/19 2079/23 2088/19 2089/5 2089/14 2091/5
BEACH-FILL [1]  2091/5
BEACH-NOURISHMENT [1]  2058/22
BEACHES [1]  2058/15
BEAUTIFULLY [1]  2034/11
BECAUSE [36]  1964/25 1968/17 1969/17 1971/7 1971/13 1971/20 1974/4 1974/21 1974/22 1975/22 1977/15 1977/22 1982/22 1983/13 1995/18 1995/24 1997/17 2000/14 2000/24 2001/19 2010/2 2010/20 2019/16 2025/25 2032/23 2034/13 2035/5 2038/14 2040/4 2041/18 2041/25 2042/19 2066/2 2067/10 2088/13 2089/25
BECOME [1]  1964/23
BECOMES [1]  2007/7
BECOMING [1]  2054/24
BEEN [52]  1963/5 1976/7 1980/8 1980/8 1981/1 1981/2 1981/4 1982/3 1983/10 1997/3 2004/24 2007/6 2007/17 2007/18 2007/22 2007/23 2010/22 2024/15 2027/24 2034/10 2034/11 2034/12 2035/15 2036/7 2037/4 2038/4 2039/4 2041/9 2041/15 2041/17 2041/25 2045/19 2049/12 2049/16 2049/19 2050/22 2051/1 2053/17 2053/17 2054/11 2060/18 2063/24 2067/20 2070/21 2073/5 2073/8 2074/15 2076/21 2081/4 2085/24 2085/25 2086/24
BEFORE [27]  1959/10 1971/4 1983/6 1987/23 1991/8 1991/12 1991/21 1993/2 2000/9 2000/20 2014/23 2015/25 2030/13 2034/10 2034/15 2039/8 2041/6 2051/11 2072/3 2073/5 2073/8 2074/15 2075/2 2080/8 2081/18 2082/3 2089/4
BEGAN [9]  1985/17 2029/25 2041/22 2050/18 2052/9 2052/9 2072/3 2075/6 2075/16
BEGIN [1]  2072/25
BEGINNING [5]  1988/3 2004/7 2004/20 2005/13 2043/22
BEGINS [1]  1978/25
BEHIND [1]  2080/20

BEING [13]  1975/14 2007/5 2020/1 2039/20 2039/23 2075/8 2075/11 2075/18 2078/2 2081/5 2082/22 2090/19 2092/15
BELIEF [1]  2010/23
BELIEVE [27]  1964/1 1968/12 1976/9 1979/15 1980/5 2010/19 2012/3 2012/5 2018/6 2019/6 2021/25 2032/3 2033/4 2033/13 2033/24 2033/25 2034/7 2034/19 2037/2 2038/21 2039/12 2050/1 2053/6 2063/24 2069/16 2075/6 2075/14
BELIEVED [2]  2009/16 2075/14
BELL [1]  2032/21
BELOW [11]  1977/14 1978/24 1991/12 2014/5 2017/25 2018/1 2018/2 2019/10 2019/11 2020/8 2066/19
BENEFIT [3]  2010/14 2011/21 2053/24
BENEFITS [1]  2010/20
BENJAMIN [1]  1961/17
BERM [4]  2058/18 2059/3 2066/2 2085/4
BERMS [2]  1987/11 1994/12
BERMUDA [2]  1968/18 1973/25
BERNARD [7]  1970/23 1972/15 1984/5 2012/5 2036/5 2065/17 2075/21
BEST [7]  2005/1 2034/25 2064/25 2069/1 2077/19 2083/24 2092/21
BETSY [4]  2014/13 2021/12 2024/1 2024/8
BETTER [6]  1964/13 1964/23 1965/24 1971/17 1974/23 2086/19
BETWEEN [26]  1973/22 1984/6 1988/20 1999/13 2002/19 2003/9 2014/17 2014/17 2016/16 2016/21 2016/25 2017/5 2050/14 2055/6 2059/2 2068/12 2069/14 2069/17 2070/10 2070/12 2070/14 2071/2 2073/7 2086/9 2089/11 2091/19
BEYOND [3]  1985/15 2022/20 2022/25
BIASED [1]  2088/1
BIENVENUE [7]  2067/25 2067/25 2069/14 2070/10 2070/12 2077/22 2078/22
BIG [8]  1974/5 1991/8 1991/12 1993/5 1993/6 2006/13 2029/13 2051/17
BIGGER [3]  1995/20 1996/7 1996/11
BILLED [1]  1985/21
BIT [15]  1971/18 1973/15 1978/10 1982/6 2020/16 2027/4 2065/11 2068/12 2070/9 2071/1 2071/3 2071/21 2076/9 2077/14 2087/11
BLACK [3]  2068/15 2068/25 2087/6
BLAME [1]  1979/23
BLANK [1]  2029/6
BLIND [1]  2044/13
BLOW [1]  2021/22
BLOWING [2]  2080/15 2080/15
BLOWN [1]  2022/2
BLUE [9]  2068/4 2077/24 2078/12 2079/2 2081/9 2082/5 2088/17 2088/18 2088/20
BOARD [4]  2005/5 2038/22 2038/22 2073/16
BOARDS [1]  2010/2
BODY [2]  2032/24 2039/6
BOOTS [1]  2077/10
BORGNE [7]  1994/12 2001/3 2001/23 2003/7 2003/9 2011/5 2017/19
BORROWED [1]  2076/5
BOTH [14]  1963/22 1968/6 1969/12 1980/11 2013/17 2039/5 2039/7 2041/20 2048/14 2057/7 2074/12 2075/7 2086/22 2087/5
BOTTOM [14]  1965/14 1969/1 1970/15 1970/21 1973/6 1973/13 1991/17

**B**

BOTTOM... [7] 1993/24 1994/7 1994/21 2003/11 2025/4 2053/19 2070/24
BOULEVARD [1] 1960/24
BOUND [1] 2066/4
BOUNDARIES [9] 1963/17 1968/18 1969/8 1971/15 1972/2 1972/5 1972/5 1972/16 2091/17
BOUNDARY [20] 1967/19 1968/20 1968/25 1969/4 1969/15 1969/19 1971/10 1971/13 1972/4 1972/11 1972/22 1973/6 1973/10 1973/14 1973/19 1974/5 1974/19 2002/19 2018/24 2091/17
BOX [6] 1960/7 1960/14 1960/24 1961/18 2014/10 2039/22
BOXES [1] 2077/19
BRACKISH [2] 2004/10 2005/16
BRANCH [13] 1961/10 2050/7 2050/9 2050/11 2050/12 2050/13 2051/12 2051/15 2051/15 2051/17 2052/13 2055/14 2055/18
BRANCHES [1] 2050/6
BREACH [6] 1983/13 2062/14 2062/20 2063/1 2068/17 2070/18
BREACHED [1] 1994/15
BREACHES [2] 2067/10 2070/8
BREACHING [10] 1978/5 2065/15 2065/18 2068/14 2069/21 2070/11 2071/9 2075/13 2085/15 2085/18
BREACHING'S [1] 1972/3
BREAK [8] 2004/9 2005/15 2020/13 2020/17 2039/13 2041/6 2045/1 2047/9
BREAKER [2] 2053/10 2053/10
BREAKING [3] 2053/9 2053/11 2081/3
BREAKTHROUGHS [1] 2032/9
BRENDAN [1] 1961/3
BRETON [1] 2017/19
BRETSCHNEIDER [9] 1988/2 1989/8 1991/23 2012/19 2012/23 2013/16 2020/2 2021/2 2028/2
BRIDGE [3] 1974/24 2079/15 2079/18
BRIEF [10] 2020/21 2027/12 2035/6 2035/10 2040/17 2040/21 2043/18 2043/24 2054/7 2054/15
BRIEFING [3] 2032/1 2042/5 2042/7
BRIEFLY [6] 1965/2 1973/21 2047/23 2065/9 2067/17 2081/18
BRING [2] 2029/4 2044/3
BRINGING [1] 2023/7
BROADLY [1] 2075/20
BROUGHT [2] 2076/6 2082/11
BRUCE [6] 1968/10 2042/24 2045/18 2045/19 2045/23 2046/1
BRUNO [4] 1959/18 1959/18 2045/1 2060/5
BUDD [1] 1960/2
BUDGET [1] 2010/25
BUFFER [2] 1994/11 2003/9
BUFFERING [2] 1987/12 2038/1
BUILDING [3] 2003/18 2003/25 2004/3
BUILT [5] 1979/7 1979/8 1979/15 1979/23 1980/10
BULLET [2] 2005/10 2005/12
BURDEN [2] 2041/25 2042/12
BUREAUCRATIC [1] 2023/5
BUSINESS [3] 2036/9 2040/19 2081/11
BUT [97] 1963/19 1964/5 1964/16 1964/19 1968/15 1969/6 1972/13 1975/13 1975/24 1977/8 1977/12 1977/17 1981/2 1981/23 1983/1 1984/7 1985/9 1985/14 1987/2 1989/6 1990/15

1990/17 1991/4 1992/1 1992/2 1992/23 1993/6 1994/1 1995/2 1999/1 2000/7 2004/23 2004/25 2006/13 2008/2 2008/17 2010/1 2010/15 2011/7 2011/12 2014/4 2015/17 2017/4 2017/21 2018/5 2018/8 2018/20 2023/19 2024/12 2024/17 2024/25 2025/2 2026/25 2027/23 2029/3 2029/10 2031/18 2032/2 2033/7 2033/25 2035/8 2037/9 2039/21 2040/12 2041/5 2041/25 2044/4 2044/20 2054/7 2054/14 2054/18 2057/1 2058/11 2058/15 2063/21 2068/6 2068/18 2070/16 2070/18 2075/2 2077/25 2080/7 2081/14 2081/18 2083/14 2087/11 2087/25 2088/10 2088/17 2088/19 2089/20 2090/21
BUY [1] 2043/4

**C**

CAERNARVON [5] 1984/4 2079/21 2079/24 2080/8 2089/6
CALCULATING [1] 2089/9
CALCULATION [1] 2076/8
CALIFORNIA [1] 1959/16
CALIPER [2] 2003/1
CALIPERED [1] 1999/12
CALIPERS [1] 2000/4
CALL [10] 1968/8 2006/12 2031/25 2032/2 2034/22 2045/15 2070/14 2076/17 2085/1 2091/11
CALLED [11] 1968/9 2013/14 2033/20 2043/15 2049/19 2052/4 2052/9 2072/9 2080/25 2083/22 2085/7
CALLING [1] 2040/25
CALLS [1] 2045/18
CALVIN [1] 1960/16
CAME [5] 1993/25 1997/8 2010/21 2040/5 2066/25
CAMILLE [8] 2024/7 2024/12 2025/10 2025/22 2026/5 2026/7 2026/14 2027/3
CAN [79] 1965/13 1970/15 1972/7 1972/21 1973/13 1975/6 1979/21 1983/7 1983/7 1983/12 1988/17 1990/7 1990/9 1990/24 1990/25 1991/17 1996/4 1996/11 1996/19 1998/13 2000/5 2000/17 2000/25 2001/1 2002/9 2002/14 2002/25 2003/10 2007/21 2008/6 2008/12 2013/21 2014/11 2016/13 2017/13 2017/14 2022/2 2023/9 2024/23 2026/25 2027/12 2029/4 2031/5 2032/1 2035/3 2035/10 2040/18 2041/10 2043/1 2043/2 2043/18 2059/24 2060/3 2060/10 2061/6 2061/10 2061/13 2061/15 2061/23 2062/12 2062/19 2062/24 2064/8 2066/5 2070/19 2070/22 2071/16 2071/17 2079/11 2079/23 2082/22 2086/18 2087/9 2088/6 2088/7 2088/8 2091/7 2091/8 2091/22
CAN'T [10] 1964/24 1981/2 1982/20 2013/4 2018/16 2019/17 2019/17 2020/10 2035/8 2068/5
CANAL [7] 1970/7 2013/1 2017/18 2017/22 2017/25 2019/5 2019/14 2020/15 2038/3 2068/5
CANNOT [3] 1963/14 1968/15 2019/8
CAPABLE [1] 2014/20
CAPPED [1] 2016/23
CAPS [1] 1980/11
CAPTION [5] 1983/8 1983/9 1983/15 1983/19 1983/23
CARE [2] 2024/2 2061/7
CARED [1] 1998/20
CAREER [2] 1964/3 1964/5

CAREFULLY [1] 2016/2
CAROL [1] 1974/8
CAROLINA [1] 1964/2
CARONDELET [1] 1961/7
CASE [44] 1964/13 1965/9 1973/18 1974/15 1985/23 1986/3 1986/9 1987/5 2008/6 2013/21 2013/22 2018/5 2018/6 2018/9 2018/10 2021/9 2025/2 2028/8 2034/4 2034/5 2034/22 2038/13 2040/5 2045/12 2050/11 2053/7 2053/25 2056/1 2056/15 2058/1 2060/1 2060/15 2060/16 2061/1 2061/22 2063/17 2065/9 2065/10 2065/23 2066/7 2074/18 2083/13 2088/10 2088/15
CASES [9] 1985/22 1986/12 2013/3 2014/13 2015/20 2018/7 2019/20 2054/16 2056/9
CATCH [1] 1997/22
CATCH-22 [1] 1997/22
CATEGORY [1] 2052/11
CAUSATION [1] 2046/7
CAUSED [13] 1993/10 1994/10 1994/24 1995/9 1995/11 2006/21 2006/24 2006/25 2012/17 2044/19 2048/13 2075/13 2080/9
CAUSING [1] 1998/24
CCR [3] 1961/20 2092/20 2092/25
CENTER [5] 1970/2 2002/9 2049/4 2075/9 2075/19
CENTERLINE [2] 2068/5 2068/10
CENTRAL [3] 2004/12 2005/18 2081/21
CERTAIN [4] 1971/3 2009/4 2031/5 2033/17
CERTAINLY [18] 1987/24 1988/2 2017/11 2027/12 2033/1 2034/24 2042/12 2043/25 2050/17 2052/3 2052/4 2054/15 2068/22 2076/5 2077/10 2078/10 2079/8 2083/16
CERTIFICATE [1] 2092/19
CERTIFICATION [2] 2034/4 2034/6
CERTIFY [1] 2092/21
CHAD [3] 1990/4 2000/3 2002/12
CHALLENGE [1] 2054/15
CHALLENGES [2] 2072/18 2073/15
CHALMETTE [2] 1984/5 2029/16
CHAMPAGNE [1] 2049/7
CHANGE [3] 1974/15 1995/16 2079/24
CHANGED [1] 1967/6
CHANGES [3] 1964/21 2014/19 2038/3
CHANNEL [42] 1973/18 1973/19 1974/16 1974/18 1974/24 1987/8 1993/14 1993/17 1993/18 1994/9 1994/24 1994/25 1995/4 1995/9 1995/10 1995/13 1995/19 1996/6 1996/7 1998/24 2001/5 2002/10 2003/1 2003/5 2003/18 2003/25 2004/3 2004/24 2006/3 2006/22 2009/5 2011/1 2011/4 2011/10 2011/13 2014/8 2018/7 2018/10 2018/11 2019/21 2021/10 2032/8
CHANNELS [5] 1987/9 1995/22 1996/10 1996/11 2052/17
CHAOTIC [1] 2081/4
CHAPTER [4] 1987/2 1987/2 1987/3 2004/5
CHAPTER 10 [1] 1987/3
CHARACTERIZE [1] 1977/10
CHARACTERIZED [1] 1977/17
CHART [3] 2000/25 2001/1 2087/3
CHARTS [1] 2062/15
CHECK [2] 2037/8 2037/9
CHEF [1] 1972/17
CHEWED [1] 2066/25
CHI [2] 2015/7 2016/15

Case 2:05-cv-04182-SRD-JCW   Document 13888-3   Filed 05/22/2008   Page 140 of 162

C

CHIEF [4]  1968/12 2046/2 2050/2
2051/11
CHOICES [1]  2088/8
CHOOSE [1]  2055/6
CIRCULATION [2]  2052/16 2052/18
CIRCUMSTANCES [1]  2045/9
CITE [1]  1990/4
CITED [3]  2022/17 2034/20 2063/24
CITRUS [1]  1978/9
CITY [6]  1960/25 1988/22 2010/3
2013/14 2024/5 2026/13
CIVIL [9]  1961/10 2036/12 2036/15
2046/16 2046/22 2046/23 2047/4 2048/4
2073/24
CLAIMS [1]  2036/4
CLARIFICATION [2]  2041/6 2041/16
CLASS [3]  2034/4 2036/4 2047/17
CLASSES [1]  2047/16
CLASSWORK [6]  2047/6 2047/8 2047/9
2047/11 2047/12 2047/13
CLAY [1]  1980/10
CLEAR [5]  1976/11 2001/21 2014/7
2014/23 2065/17
CLEARED [1]  2034/10
CLEARLY [1]  2019/19
CLOSE [5]  2011/17 2036/9 2059/2
2059/3 2079/16
CLOSELY [3]  1966/19 2028/20 2073/24
CLOSER [1]  2014/6
CO [2]  2049/6 2072/8
CO-LEADER [1]  2072/8
CO-REGIONS [1]  2049/6
COALESCE [2]  2020/18 2020/19
COAST [6]  1968/1 1973/1 1974/3
2025/16 2047/14 2047/20
COASTAL [27]  1968/10 1968/12
1978/20 2046/1 2046/3 2046/14 2046/15
2046/16 2046/17 2046/25 2047/2 2047/5
2047/15 2047/18 2048/10 2048/25
2049/8 2050/9 2051/5 2051/11 2051/15
2052/12 2054/3 2055/22 2056/19 2076/6
2091/3
COASTLINE [1]  2058/15
COASTLINES [1]  2050/20
CODE [4]  1966/9 1966/12 1966/15
1967/6
CODES [1]  1966/22
COLLEAGUE [1]  2056/2
COLLEAGUES [1]  1975/1
COLLECTING [4]  1979/18 2028/5
2050/8 2077/12
COLLECTION [2]  2051/2 2055/15
COLLINS [8]  1989/8 1991/23 2012/20
2012/23 2013/16 2020/2 2021/2 2028/2
COLLINS' [1]  1988/2
COLONEL [2]  2021/23 2022/4
COME [12]  1972/16 1998/25 2001/10
2011/4 2035/13 2040/17 2041/17 2047/7
2052/24 2059/25 2066/11 2069/7
COMES [4]  1970/20 1971/16 1987/1
2027/3
COMFORTABLE [2]  2044/15 2090/19
COMING [8]  1975/15 2009/10 2009/11
2018/23 2032/15 2034/12 2034/13
2039/7
COMMANDER [1]  2037/17
COMMENCE [1]  2065/1
COMMENT [2]  2033/10 2044/18
COMMENTS [1]  2036/3
COMMISSIONED [1]  2073/23
COMMONSENSE [1]  2089/21

COMMUNICATION [1]  2036/2
COMMUNICATIONS [2]  2037/2
2037/24
COMMUNITY [4]  2010/2 2049/24
2055/12 2091/3
COMPACT [2]  1983/20 1984/2
COMPANY [1]  2083/22
COMPARE [6]  1974/18 1995/5 2070/8
2070/22 2071/18 2084/10
COMPARED [4]  1970/18 1978/2 1980/7
2091/21
COMPARING [1]  2073/17
COMPARISON [1]  1995/6 2069/17
2074/7
COMPARISONS [2]  2086/8 2087/21
COMPEL [2]  2042/24 2043/14
COMPILED [1]  2076/5
COMPLETE [1]  2085/13
COMPLETED [1]  2075/2
COMPLETELY [1]  2076/4
COMPLEX [2]  1960/13 2073/6
COMPORT [2]  2087/13 2088/4
COMPREHENSION [1]  1984/18
COMPRISED [1]  2051/20
COMPROMISING [1]  1994/13
COMPUTED [2]  2087/3 2090/10
COMPUTER [8]  1961/25 1967/11
2017/14 2017/17 2048/19 2049/12
2049/22 2051/23
CONCERN [3]  2023/8 2024/5 2024/15
CONCERNED [5]  2024/10 2024/13
2025/6 2058/24 2059/4
CONCERNING [3]  2036/14 2036/21
2036/24
CONCERNS [1]  2037/19
CONCISE [1]  2031/18
CONCLUSION [4]  1978/5 2021/18
2074/11 2090/17
CONCLUSIONS [4]  2021/17 2034/19
2059/25 2074/18
CONCRETE [1]  2006/13
CONCURRENCE [1]  2065/13
CONDITION [7]  1973/6 1973/14 1980/17
1981/21 1982/25 1994/18 1995/2
CONDITIONS [22]  1968/20 1968/25
1969/2 1969/10 1969/15 1969/20
1971/10 1971/13 1972/12 1973/10
1973/20 1974/5 1981/24 1992/10 2046/6
2046/7 2052/4 2052/5 2072/11 2074/23
2080/6 2083/19
CONDUCTED [4]  1999/10 1999/17
2000/19 2042/11
CONDUCTING [1]  1991/6
CONFER [1]  1975/4
CONFIDENCE [4]  2077/25 2078/24
2079/1 2089/7
CONFIDENT [1]  2088/21
CONFIRM [2]  2063/12 2082/15
CONFRONT [1]  2071/21
CONFRONTED [2]  2051/8 2052/1
CONFUSE [1]  2029/10
CONGRESS [8]  2010/4 2010/6 2011/16
2011/19 2027/21 2030/4 2037/23
2037/25
CONGRESSIONAL [8]  2009/23 2010/9
2011/3 2023/22 2028/23 2028/24
2028/25 2036/15
CONGRESSMAN [1]  2021/24
CONGRESSMEN [1]  2021/25
CONJUNCTION [1]  1969/24
CONNECTING [1]  2081/24
CONNECTION [2]  1988/20 2061/22
CONNECTIONS [1]  2032/8

CONOR [1]  1961/12
CONSEQUENCE [4]  2003/6 2003/24
2004/2 2032/10
CONSEQUENCES [1]  2048/14
CONSIDER [3]  2024/20 2053/15
2058/11
CONSIDERATION [2]  2025/8 2054/14
CONSIDERED [2]  2087/24
CONSIDERING [2]  2011/21 2090/16
CONSISTENCY [1]  1971/14
CONSISTENT [1]  1971/22
CONSTANTLY [1]  1977/22
CONSTRUCT [3]  1993/18 2036/21
2036/25
CONSTRUCTED [3]  1979/3 2023/14
2027/7
CONSTRUCTING [2]  1993/20 2009/20
CONSTRUCTION [19]  1979/25 1987/15
1993/10 1993/14 2004/8 2004/19
2004/21 2005/14 2007/8 2007/21 2008/4
2009/4 2009/8 2010/4 2026/18 2029/25
2030/4 2035/23 2049/7
CONSULT [1]  2017/10
CONSULTANT [1]  1981/17
CONTAINING [1]  2009/19
CONTENTION [1]  2012/16
CONTEXT [1]  2021/19
CONTEXTUAL [1]  2031/13
CONTEXTUALLY [2]  2031/25 2033/5
CONTINUED [5]  1960/1 1961/1 2061/2
2067/11 2086/24
CONTOUR [2]  2087/6 2087/6
CONTRACT [1]  2073/16
CONTRADICT [1]  2001/10
CONTRAST [2]  1966/9 2084/11
CONTRIBUTED [2]  2033/8 2033/8
CONTRIBUTING [1]  1988/23
CONTROL [1]  1999/7
CONVENED [1]  2074/9
CONVENIENCE [1]  2041/4
CONVERGENCE [1]  1987/9
CONVERSION [1]  2003/8
COOPERATION [1]  2045/11
COPIED [1]  2016/10
COPY [4]  1981/3 1981/7 2042/17 2053/1
CORPS [55]  1987/19 1988/8 1996/16
1996/21 1997/16 1998/1 1998/15
1998/23 1998/25 2004/4 2004/7 2004/16
2005/13 2005/20 2009/20 2009/23
2009/25 2010/7 2010/9 2010/24 2011/9
2011/16 2012/3 2012/16 2015/18 2020/1
2022/13 2023/12 2023/22 2024/1
2024/13 2025/6 2027/21 2036/13
2036/20 2037/10 2037/16 2037/25
2046/3 2047/22 2047/24 2047/25
2048/17 2048/21 2049/1 2049/23
2050/25 2052/8 2052/9 2052/14 2058/12
2072/22 2075/7 2075/15 2077/4
CORPS' [5]  2023/21 2036/4 2036/25
2037/3 2051/18
CORRECT [171]
CORRECTED [1]  2038/8
CORRECTION [1]  2088/12
CORRECTIONS [1]  2090/8
CORRECTLY [7]  2004/14 2005/25
2006/1 2013/3 2021/14 2026/24 2029/19
CORRIDOR [2]  2001/4 2002/18
COST [9]  1997/17 1998/1 1998/5
1998/17 2010/14 2011/21 2023/4
2023/15 2026/22
COST-BENEFIT [2]  2010/14 2011/21
COST-SHARING [1]  2023/15
COSTING [1]  1980/7

# C

COSTS [3] 1997/20 1998/19 2037/1
COULD [37] 1972/19 1975/11 1978/21
  1978/24 1984/19 1986/21 1988/1 1994/5
  1998/4 1999/14 1999/15 2005/2 2008/11
  2008/13 2008/14 2008/14 2008/15
  2008/17 2010/13 2014/16 2015/9 2016/10
  2018/19 2019/18 2024/16 2028/6 2040/2
  2043/3 2043/17 2043/24 2044/22
  2055/10 2057/8 2057/11 2057/16
  2060/24 2076/23
COULDN'T [3] 2011/9 2016/11 2063/6
COULWAVE [1] 2085/7
COUNCIL [1] 2074/9
COUNSEL [12] 1975/3 1989/14 2019/22
  2033/10 2043/9 2044/16 2045/11
  2054/12 2062/4 2070/16 2084/21
  2088/16
COUNSEL'S [1] 2033/11
COUNSELOR [2] 1990/15 2020/10
COUNT [1] 2052/21
COUNTED [1] 1975/14
COUNTRY [3] 2050/9 2051/21 2091/5
COUPLE [6] 1971/12 1980/13 2002/13
  2014/23 2031/12 2088/20
COUPLED [4] 2053/16 2084/3 2084/7
  2085/2
COUPLING [3] 2073/5 2073/11 2074/15
COURSE [14] 1973/2 1983/22 1989/5
  1989/8 1996/11 1999/23 2009/3 2014/3
  2035/15 2039/16 2041/24 2056/25
  2058/17 2074/3
COURT [36] 1959/1 1961/20 1963/4
  1976/8 2010/12 2020/21 2020/23
  2027/13 2027/13 2031/16 2031/21
  2032/3 2032/13 2033/19 2035/21 2036/8
  2038/7 2040/21 2040/23 2041/25 2042/5
  2043/17 2045/4 2046/9 2053/1 2054/6
  2054/13 2064/25 2070/17 2071/6
  2083/11 2084/10 2092/17 2092/20
  2092/20 2092/25
COURT'S [5] 2007/24 2031/4 2032/1
  2032/2 2053/23
COURTROOM [2] 2031/20 2039/7
COVER [8] 1982/2 1983/9 1983/19
  1984/1 2029/7 2033/24 2054/21 2060/4
COVERED [7] 1976/3 1976/5 1976/8
  1976/9 1976/13 1984/14 1984/24
COVERED IN [1] 1976/5
CRAWL [1] 2027/3
CREATE [5] 1964/10 1967/3 1987/20
  1988/9 2057/14
CREATED [10] 1966/24 1967/1 1967/2
  1987/8 1987/16 1987/18 1994/9 2003/5
  2008/13 2075/12
CREATES [1] 1966/23
CREATING [1] 1969/15
CREST [1] 2069/24
CRITICAL [2] 2021/12 2088/5
CRITICALLY [1] 2083/19
CRITICISM [1] 2092/2
CRITIQUE [1] 2015/18
CROSBY [1] 2022/6
CROSS [22] 1963/7 1990/16 1991/8
  1991/12 1991/24 1992/2 1992/3 1993/12
  1999/16 1999/24 2030/16 2034/25
  2043/11 2044/7 2044/20 2054/8 2054/22
  2060/5 2060/10 2060/23 2061/5 2064/24
CROSS-EXAMINATION [6] 1963/7
  2030/16 2043/11 2054/8 2054/22 2060/5
CROSS-SECTION [9] 1990/16 1991/8
  1991/12 1991/24 1992/2 1992/3 1993/12
  1999/16 1999/24
CRUSTULUM [1] 2035/16
CUMULATIVE [1] 2035/16
CURIOSITY [1] 2027/25
CURRENT [3] 1999/2 2010/10 2050/1
CURRENTLY [1] 2027/20
CURRENTS [6] 2047/10 2047/19
  2053/20 2053/21 2059/7 2075/11
CURRICULUM [1] 2047/3
CURSORY [1] 2082/3
CURVES [1] 2082/1
CUSTOM [1] 2045/25
CUSTOMERS [1] 2012/10
CUT [7] 1996/19 2004/8 2004/24
  2005/15 2006/3 2029/15 2038/12
CUTS [1] 2001/5
CV [1] 1959/5

# D

DALLAS [1] 1960/4
DALRYMPLE [4] 2032/14 2033/6
  2034/23 2035/13
DAMAGE [6] 1984/8 1998/24 2003/13
  2036/22 2048/5 2051/19
DAMAGING [1] 1994/14 2066/17
  2066/18
DANGEROUS [1] 1987/9
DANIEL [1] 1961/10
DATA [27] 1971/2 2028/5 2045/3 2050/8
  2051/2 2051/3 2055/15 2055/16 2055/17
  2055/20 2055/21 2055/21 2058/1 2068/6
  2068/13 2073/17 2073/17 2073/18
  2076/5 2076/12 2076/17 2081/20
  2081/21 2085/9 2086/25 2087/13
  2087/14
DATA-COLLECTION [1] 2051/2
DATA-GENERATED [1] 2087/13
DATE [1] 2025/19
DATUM [1] 2067/20
DAUBERT [2] 2054/6 2054/14
DAY [4] 1964/21 2025/12 2080/25
  2092/14
DAYLIGHT [1] 2081/21
DAYS [5] 1974/6 1975/15 1980/13
  2035/25 2065/12
DC [1] 1961/18
DEADLINE [1] 1975/13
DEALING [5] 1975/23 1977/24 2012/4
  2028/13 2091/6
DEALT [1] 2045/5
DEATH [2] 2004/12 2005/18
DEBRIS [3] 2078/23 2080/24 2081/4
DECIDE [1] 1998/15
DECIDED [1] 1997/16
DECIDING [1] 2056/8
DECIMAL [1] 2002/13
DECISION [2] 2007/4 2035/3
DECISIONS [3] 2036/24 2058/2 2073/14
DECLARATION [5] 1965/14 1965/15
  1979/22 1981/5 1981/6
DEEP [7] 1994/21 2003/12 2003/18
  2003/25 2004/3 2032/7 2047/7
DEEPER [1] 2047/12
DEEPER-WATER [1] 2047/12
DEFEND [1] 2012/14
DEFENDANT [1] 1961/9
DEFENDANTS [3] 1963/22 1997/1
  2044/10
DEFENSE [1] 2048/1
DEFENSES [1] 2027/14
DEFICIENCIES [1] 2015/19
DEFINE [2] 2057/6 2057/10
DEFINITELY [4] 1965/6 2004/25

2069/21 2081/7
2069/23 2069/23 2069/24
2070/9
DEGREE [6] 1969/13 1976/14 2008/17
  2021/15 2021/16 2046/23
DEGREES [1] 2046/20
DEITY [1] 1995/2
DELAWARE [3] 2046/19 2046/21 2047/3
DELAY [2] 2026/19 2027/8
DELEGATION [3] 2028/23 2028/24
  2028/25
DELETERIOUS [1] 2036/6
DELICATE [1] 1994/15
DEMEAN [1] 2089/20
DEMONSTRATE [1] 2054/8
DEMONSTRATES [1] 2029/1
DENHAM [1] 1960/17
DEPARTMENT [2] 1961/9 2047/25
DEPEND [1] 1965/4
DEPENDENT [2] 2083/20 2086/20
DEPENDING [3] 2040/14 2043/23
  2074/24
DEPENDS [3] 1970/6 1982/8 2083/1
DEPICT [1] 2017/21
DEPICTED [1] 1992/25
DEPICTS [3] 1990/19 1991/16 2017/17
DEPLOY [1] 2051/5
DEPO [1] 2038/12
DEPOSITED [3] 2047/15 2081/5 2081/5
DEPOSITION [38] 1985/20 1988/5
  1988/6 1998/4 1998/13 2005/3 2005/4
  2005/5 2008/19 2032/13 2032/18 2033/7
  2033/14 2034/3 2034/20 2035/16
  2036/19 2037/9 2038/5 2038/9 2038/11
  2041/12 2043/5 2055/9 2060/20 2060/23
  2060/24 2061/2 2061/8 2061/12 2061/15
  2061/20 2061/23 2063/6 2063/8 2063/18
  2063/19 2063/22
DEPOSITIONS [2] 2038/25 2075/23
DEPTH [7] 2013/23 2014/8 2038/1
  2065/25 2066/4 2066/7 2070/8
DEPUTY [1] 2036/12
DERIVED [1] 2016/11
DESCRIBE [5] 2049/15 2057/18 2059/24
  2060/14 2064/7
DESCRIBED [3] 2064/19 2066/10
  2088/18
DESCRIPTIONS [1] 2032/10
DESIGN [35] 1979/19 1987/15 1990/14
  1992/19 1993/10 1993/14 1993/18
  1993/21 1996/13 1996/15 1997/13
  2006/14 2006/20 2006/22 2006/25
  2007/7 2007/15 2007/20 2008/4 2009/2
  2009/10 2009/11 2009/12 2012/15
  2035/23 2036/23 2037/12 2048/20
  2051/18 2051/19 2051/23 2052/3
  2058/10 2058/16 2060/17
DESIGNATE [1] 2033/21
DESIGNATED [3] 2033/14 2035/23
  2036/23
DESIGNED [7] 1990/9 2004/8 2005/14
  2006/4 2012/13 2037/13 2058/9
DESIGNEE [1] 2037/11
DESIGNING [7] 1987/19 1988/9 1993/20
  1996/16 2004/17 2005/20 2091/5
DESTROYED [1] 1979/17
DESTRUCTION [2] 2005/22 2006/25
DETAIL [6] 1974/2 1974/24 1974/25
  2031/19 2031/19 2083/14
DETAILED [3] 1969/22 2036/22 2086/16
DETAILS [3] 1968/1 1972/25 2074/1
DETERIORATION [1] 2007/23
DETERMINE [4] 1984/14 1984/23

D

DETERMINE... [2] 1985/11 1999/10
DETERMINED [2] 2001/6 2083/4
DETERMINES [2] 2055/20 2062/13
DEVASTATING [2] 2066/24 2069/7
DEVELOP [8] 1971/13 1973/19 2047/17
2048/18 2061/3 2072/21 2073/10
2088/25
DEVELOPED [5] 1963/24 2015/6
2047/19 2067/21 2081/23
DEVELOPING [4] 1964/3 2037/22
2049/22 2051/22 2052/13 2056/13
2072/18 2074/17 2090/7
DEVELOPMENT [5] 2049/4 2049/11
2049/17 2049/19 2049/23
DIAMONDS [1] 2082/5
DICTATE [3] 2065/25 2066/17 2066/23
DICTATED [2] 2009/6 2066/22
DICTATES [1] 2066/4
DID [93] 1967/2 1969/18 1970/23
1973/23 1975/9 1975/24 1975/25
1976/20 1978/12 1980/19 1982/17
1982/17 1983/24 1984/25 1985/13
1988/8 1991/3 1997/10 1997/14 1998/8
1998/10 1998/15 1999/12 1999/24
2004/14 2004/15 2005/25 2006/5
2010/14 2011/6 2011/13 2013/3 2013/5
2014/4 2015/18 2015/25 2021/14
2021/15 2022/11 2026/24 2029/9
2029/19 2031/23 2035/21 2037/7 2037/8
2039/7 2041/24 2043/9 2046/18 2046/20
2047/1 2047/21 2051/25 2051/25 2052/3
2052/12 2052/15 2054/20 2056/1 2056/2
2057/13 2058/1 2059/25 2061/20
2069/23 2072/2 2072/4 2074/7 2074/17
2074/19 2074/20 2075/1 2075/4 2075/22
2076/7 2076/10 2077/1 2079/6 2079/9
2081/8 2082/7 2082/11 2084/5 2085/16
2090/21 2091/11 2091/12 2091/16
2091/19 2091/21 2092/2 2092/4
DIDN'T [24] 1972/2 1991/4 1997/17
1997/20 1997/23 1998/1 1998/18
1998/18 1998/19 1999/13 1999/16
2004/23 2008/17 2023/25 2024/2
2026/15 2032/22 2057/12 2059/13
2059/16 2061/14 2062/6 2080/5 2080/7
DIFFERENCE [14] 1966/2 1966/6
1973/24 1993/4 1995/18 2006/2 2014/17
2068/12 2070/14 2080/10 2089/7
2089/15 2089/16 2091/19
DIFFERENCES [13] 1973/22 2015/22
2016/7 2016/11 2016/16 2016/20
2016/22 2016/25 2017/5 2068/13
2087/25 2088/9 2089/11
DIFFERENT [16] 1974/21 1974/22
1988/16 1989/19 2006/3 2015/6 2015/9
2053/9 2053/10 2061/17 2064/19
2074/25 2076/7 2076/8 2076/10 2078/13
DIFFERENTIAL [1] 2055/5
DIFFERENTLY [3] 2000/11 2084/5
2091/16
DIFFICULT [3] 1987/21 2010/24 2018/17
DIGITAL [2] 2082/7 2082/10
DIKE [2] 2029/18 2030/4
DILEMMA [1] 2044/25
DIMENSION [2] 1994/20 1996/12
DIMENSIONS [2] 1990/17 1990/22
DIRE [4] 2046/11 2054/16 2054/17
2054/18
DIRECT [6] 1968/4 1985/17 1986/17
2027/20 2044/20 2065/6
DIRECTION [3] 2015/16 2079/18

2080/15
DIRECTIONS [1] 2078/5
DISAGREE [3] 1985/14 2007/24
2084/13
DISCERN [1] 2079/6
DISCIPLINES [1] 2047/4
DISCOVERED [1] 1985/5
DISCOVERY [2] 2043/14 2044/20
DISCRETIONARY [2] 2007/9 2027/15
DISCUSS [6] 1966/20 1999/2 2035/23
2036/24 2039/19 2085/22
DISCUSSED [6] 1968/15 1978/10
1995/15 2028/10 2036/2 2056/19
DISCUSSES [1] 2036/20
DISCUSSING [1] 1986/16
DISCUSSION [3] 1975/17 2022/15
2085/20
DISCUSSIONS [1] 2036/21
DISPLAY [1] 2077/17
DISPOSAL [1] 1987/10
DISPOSE [1] 2034/14
DISPUTE [2] 1969/10 1989/18
DISPUTED [2] 1989/11 1989/12
DISQUALIFY [1] 1982/11
DISSIPATING [1] 2066/3
DISTANCE [5] 2067/23 2070/25 2071/2
2079/25 2091/18
DISTRIBUTED [1] 2087/7
DISTRICT [9] 1959/1 1959/2 1959/11
2037/17 2037/18 2037/21 2075/8
2092/20 2092/20
DIVIDED [1] 2050/5
DIVISION [1] 1961/10 2036/13 2046/3
2046/5 2050/2 2055/18 2083/23
DO [111] 1964/10 1964/17 1965/20
1965/21 1965/24 1965/25 1966/6
1966/16 1966/17 1966/22 1967/6
1969/16 1969/22 1972/2 1973/17
1974/14 1975/4 1975/6 1975/9 1975/17
1975/24 1976/20 1977/25 1981/3
1984/17 1984/18 1992/10 1994/7 1998/2
1998/5 1998/9 1998/24 2000/2 2003/1
2003/3 2003/4 2005/8 2006/23 2011/15
2011/20 2011/22 2016/24 2019/18
2028/17 2031/12 2034/15 2034/16
2035/8 2035/22 2039/16 2039/16
2040/13 2042/10 2043/20 2043/25
2044/23 2044/24 2045/14 2048/11
2049/25 2053/23 2054/1 2054/7 2054/16
2055/5 2055/16 2055/17 2055/24 2056/7
2060/2 2060/6 2060/20 2061/16 2062/19
2062/24 2064/8 2070/1 2070/20 2071/16
2071/18 2072/22 2074/4 2074/7 2075/1
2075/16 2081/13 2081/16 2083/16
2084/11 2085/8 2085/11 2085/13
2085/13 2086/6 2086/8 2086/11 2086/12
2087/9 2088/3 2088/3 2088/6 2088/8
2088/18 2088/20 2088/21 2091/4 2091/6
2091/11 2091/21 2091/22 2092/21
DOCKET [1] 1959/5
DOCUMENT [11] 1980/23 1981/10
1983/7 1983/17 1996/15 1997/25
2027/11 2028/17 2029/1 2032/4 2033/5
DOCUMENTS [5] 2025/9 2028/10
2042/2 2044/10 2044/11
DOES [23] 1965/4 1965/24 1966/14
1972/25 1984/18 1989/8 1993/1 2007/7
2009/3 2020/13 2032/15 2033/7 2035/13
2045/13 2049/11 2049/23 2051/8
2055/15 2062/18 2089/3 2089/5 2089/6
2089/7
DOESN'T [7] 1965/3 1965/4 1977/21
1992/25 1995/3 2000/4 2032/21

DOING [11] 1965/2 1965/20 1968/23
2007/7 2008/19 2022/5 2044/20
2056/3 2074/1 2088/14
DOMAIN [2] 1971/23 1972/15
DOMAINS [1] 2073/9
DOMENGEAUX [1] 1960/5
DON'T [66] 1964/15 1964/19 1964/20
1965/9 1965/11 1965/20 1966/14
1971/20 1974/11 1975/12 1985/14
1988/1 1995/1 1996/19 1996/22 1998/2
1998/10 2000/1 2002/2 2006/10 2008/12
2008/12 2010/14 2011/12 2016/6 2016/7
2016/10 2016/16 2016/20 2016/25
2017/5 2021/16 2025/12 2025/24 2029/3
2032/17 2033/13 2034/16 2035/4 2035/5
2039/22 2041/8 2044/12 2044/23
2052/21 2054/17 2055/24 2056/4 2060/4
2060/22 2061/7 2063/1 2063/11 2064/9
2071/14 2071/16 2071/16 2083/5
2083/11 2083/13 2084/15 2086/1 2088/3
2089/20 2090/3 2091/19
DONE [26] 1967/13 1985/7 1989/5
1997/4 1999/15 2005/1 2016/12 2032/1
2034/11 2040/15 2050/23 2053/7
2053/17 2057/13 2061/7 2061/16
2063/21 2071/14 2073/5 2073/8 2073/19
2074/13 2074/15 2083/9 2084/8 2085/8
DOUBT [1] 2023/17
DOWN [15] 1975/14 1991/17 1992/8
2000/21 2012/25 2014/24 2023/7 2027/2
2030/1 2031/11 2043/12 2061/7 2068/22
2079/18 2089/14
DOWNPLAY [1] 2021/16
DOYLE [4] 1961/20 2092/20 2092/24
2092/25
DR [3] 1963/19 1965/11 2043/13
DR. [58] 1963/9 1963/25 1964/3 1964/7
1964/9 1964/13 1964/15 1964/16
1964/17 1965/10 1965/13 1966/4
1967/13 1975/13 1975/25 1979/20
1980/13 1981/7 1981/8 1981/8 1981/14
1981/17 1982/22 1984/15 1984/16
1984/25 1985/1 1985/5 1985/13 1989/16
2012/22 2015/17 2015/25 2025/6
2027/20 2031/10 2033/6 2034/23
2035/13 2037/11 2043/15 2043/20
2044/6 2045/3 2056/18 2056/18 2057/3
2072/8 2075/7 2077/9 2077/10 2083/9
2084/8 2085/7 2085/8 2085/20 2085/21
2091/11
DR. BEA [8] 1975/13 1975/25 1980/13
1982/22 1984/16 1984/25 1985/1 1985/5
DR. BEA'S [3] 1979/20 1981/7 1984/15
2035/13
DR. DALRYMPLE [3] 2033/6 2034/23
2035/13
DR. HSU [2] 2015/17 2015/25
DR. HSU'S [1] 2012/22
DR. JOANNES [2] 1963/25 2072/8
DR. KEMP [9] 1963/9 1981/8 2025/6
2027/20 2031/10 2077/9 2077/10
2085/20 2091/11
DR. KEMP'S [1] 1965/13
DR. LUETTICH [2] 1964/15 1964/16
DR. MASHRIQUI [1] 2075/19
DR. MOSHER [1] 2037/11
DR. RESIO [4] 2044/6 2056/18 2085/7
2085/8
DR. RESIO'S [1] 2045/3
DR. VAN HEERDEN [4] 1981/8 1981/14
1981/17 1985/13
DR. VRIJLING [1] 1967/13
DR. WESTERINK [13] 1964/3 1964/7
1964/9 1964/13 1966/4 1989/16 2043/15

Case 2:05-cv-04182-SRD-JCW Document 18885-1 Filed 05/22/09 Page 2660 of 162

# D

DR. WESTERINK... [6] 2043/20 2056/18
2057/3 2083/9 2084/8 2085/21
DR. WESTERINK'S [2] 1964/17 1965/10
DRAINED [1] 1984/5
DRAW [2] 1963/17 2069/17
DRAWING [2] 2029/6 2030/19
DREDGE [2] 1993/19 2011/10
DREDGED [4] 1979/3 1995/19 1996/6
2009/9
DREDGING [2] 2007/17 2007/18
DREW [1] 2074/18
DRIFT [1] 1996/3
DRINK [1] 2043/4
DRIVE [1] 1982/17
DROVE [1] 1982/18
DUDENHEFER [2] 1960/9 1960/9
DUE [2] 2013/1 2047/20
DUG [1] 2007/5
DULY [2] 1963/5 2045/19
DUMAS [2] 1960/12 1960/12
DUMPING [1] 1985/10
DUNE [4] 2058/25 2059/8 2059/17
2059/19
DUNES [4] 2051/21 2052/5 2058/13
2059/12
DUPRE [11] 1999/15 2000/21 2068/1
2069/14 2069/18 2070/10 2070/12
2077/22 2078/22 2080/25 2090/14
DURATION [4] 1988/22 1991/14
1995/17 2067/8
DURING [29] 1972/14 1988/23 1991/19
2004/19 2030/16 2039/5 2041/21 2043/5
2051/2 2053/13 2056/3 2058/23 2059/1
2066/1 2067/21 2069/1 2069/11 2072/10
2074/13 2074/23 2075/6 2075/22 2077/2
2077/20 2078/21 2079/12 2081/15
2083/22 2085/12
DUTCH [8] 1972/6 1973/4 1973/9
1975/1 1976/21 1984/12 1984/21 1985/7
DUVAL [1] 1959/11
DX [5] 1965/13 1979/21 1980/23
1984/19 2030/15
DX-1601 [2] 1965/13 1979/21
DX-1718 [3] 1980/23 1984/19 2030/15

# E

E-B-E-R-S-O-L-E [1] 2045/24
EACH [5] 1999/12 1999/24 2069/11
2077/5 2083/14
EARLIER [12] 1967/15 1988/22 1994/16
1995/15 2009/12 2012/7 2030/20 2032/4
2070/19 2082/21 2085/20 2086/15
EARLIEST [1] 2019/20
EARLY [4] 1988/24 2001/19 2080/16
2090/1
EARTH [2] 2058/18 2059/3
EARTH-BERM [1] 2058/18
EARTHEN [2] 2058/11 2058/16
EASE [1] 2090/4
EAST [9] 1961/4 1971/17 1978/6 1978/8
1978/9 1984/5 1987/11 2002/2 2089/6
EASTERN [3] 1959/2 1970/23 2092/20
EASY [1] 1979/23
EBERSOLE [18] 1968/5 1968/6 1968/9
1968/10 2042/24 2043/1 2043/5 2044/11
2044/13 2044/18 2045/18 2045/19
2045/24 2046/1 2046/13 2054/3 2055/4
2065/8
EBERSOLE'S [2] 2043/19 2052/24
EBSB'S [2] 1979/2 1979/23
ECONOMIC [3] 2010/20 2011/16

2011/21
CONOMICALLY [3] 2011/23 2011/25
2023/1
ECONOMIST [1] 2011/23
ECONOMISTS [1] 2011/24
EDITOR [1] 2064/11
EDITORIALIZE [2] 2024/23 2026/25
EDUCATED [1] 2089/21
EDWARD [1] 2021/24
EDWARDS,LLC [1] 1960/5
EFFECT [13] 1974/19 1991/9 1991/23
1991/25 1993/5 1995/3 1995/12 1995/18
2019/19 2021/5 2021/10 2032/8 2086/22
EFFECTIVE [1] 2066/3
EFFECTS [9] 1984/17 1997/12 2006/15
2012/25 2036/6 2050/19 2052/16
2052/17 2078/10
EFFORT [3] 1979/24 1980/9 1999/7
EFFORTS [3] 2009/18 2037/3 2051/2
EHRLICH [3] 1961/11
EITHER [7] 1969/2 1983/24 1996/22
1997/21 1997/24 2082/1 2091/7
EL [1] 1961/11
EL-AMIN [1] 1961/11
ELECTRONIC [1] 2082/1
ELECTRONICALLY [1] 2076/19
ELEMENT [1] 1963/13
ELEMENTS [1] 1994/14
ELEVATION [18] 1968/7 1983/14 1991/9
1991/14 2015/22 2016/23 2017/2
2066/19 2067/9 2067/19 2068/4 2068/10
2068/24 2069/24 2076/18 2076/20
2076/24 2082/8
ELEVATIONS [3] 2068/20 2068/21
2070/13
ELIMINATE [1] 2054/17
ELISA [1] 1961/3
ELMO [2] 2016/13 2062/8
ELSE [7] 1966/6 1966/17 2008/1 2008/4
2040/1 2044/24 2059/9
ELUCIDATE [1] 2043/11
ELVIN [1] 2037/15
ELWOOD [2] 1960/22 1960/23
EMBEDDED [1] 2073/25
EMPIRICAL [1] 1985/9
EMPLOYED [3] 2055/11 2057/19 2064/2
EMPLOYEE [1] 2038/16
ENCOUNTERED [2] 2069/11 2082/4
END [7] 1988/3 1999/15 2000/17
2034/16 2043/22 2068/2 2072/23
ENDED [1] 2081/5
ENDS [1] 1999/19
ENERGY [3] 2018/23 2066/4 2066/5
ENGINEER [12] 1968/11 1979/19
2046/2 2046/14 2046/15 2046/16
2046/16 2047/4 2047/4 2049/3 2052/10
2076/7
ENGINEERED [1] 1985/2
ENGINEERING [18] 1968/13 1977/9
1985/3 2046/17 2046/22 2046/23
2046/25 2047/2 2048/1 2048/19 2049/7
2050/11 2050/12 2052/11 2054/3
2055/22 2058/4 2091/3
ENGINEERS [12] 2010/25 2046/4
2047/22 2047/24 2047/25 2048/17
2048/21 2049/1 2058/12 2060/18
2073/24 2075/8
ENHANCED [3] 2012/17 2033/8 2033/9
ENLARGED [5] 1988/15 1988/19 1990/2
1993/11 1993/12
ENLARGEMENT [1] 1993/16
ENOUGH [4] 2077/13 2090/1 2090/1
2090/3

ENSHRINED [1] 1977/9
ENTAIL [1] 2055/12
ENTERED [2] 2059/6 2060/24
ENTERS [1] 1990/17
ENTIRE [5] 1989/4 2011/13 2069/2
2073/13 2079/25
ENTIRELY [1] 1985/1
ENTITLED [1] 2092/22
ENTRAINED [1] 2047/14
ENUMERATED [2] 1986/22 1994/7
ENVIRONMENT [1] 2046/17
ENVIRONMENTAL [3] 2036/3 2048/6
2049/9
EPSILON [2] 2015/7 2016/24
EQUALLY [2] 2057/10 2067/7
EQUIVOCAL [1] 2044/8
ERASE [1] 2079/11
ERODE [2] 2053/11 2053/21
ERODED [2] 2000/15 2069/25
ERODIBILITY [1] 2059/15
ERODIBLE [2] 2070/3 2070/6
ERODING [1] 2001/2
EROSION [12] 1984/14 1984/23
1985/11 1990/4 1999/7 2028/12 2028/22
2029/2 2029/14 2029/23 2062/25 2063/2
ERROR [3] 1970/16 2087/22 2087/23
ESQ [31] 1959/15 1959/18 1959/19
1959/22 1959/22 1960/3 1960/6 1960/9
1960/12 1960/16 1960/19 1960/20
1960/23 1961/3 1961/3 1961/6 1961/6
1961/10 1961/11 1961/11 1961/12
1961/12 1961/13 1961/13 1961/14
1961/14 1961/15 1961/15 1961/16
1961/16 1961/17
ESSENCE [2] 2088/22 2089/22
ESSENTIALLY [3] 2018/24 2022/6
2091/12
ESTABLISH [1] 1973/14
ESTABLISHED [1] 1973/7
ESTABLISHES [1] 1965/22
ESTABLISHING [1] 2060/7
ESTIMATE [7] 2069/1 2076/23 2082/14
2084/17 2088/25 2089/17 2091/20
ESTIMATED [1] 2090/22
ESTIMATES [2] 2088/6 2089/18
ESTIMATION [1] 2084/13
ESTIMATOR [1] 2078/1
ESTUARINE [2] 2050/12 2055/23
ESTUARY [4] 2003/18 2003/25 2004/3
2050/13
ET [2] 1959/5 1959/7
ETC [3] 1997/2 2007/19 2062/16
EVALUATED [2] 2013/2 2013/16
EVALUATION [2] 2073/22 2083/7
EVEN [13] 1981/25 1982/3 1983/10
1983/20 1983/25 1984/2 2011/9 2028/5
2030/7 2039/22 2043/16 2044/14
2087/23
EVENING [1] 2092/17
EVENT [4] 2036/1 2074/23 2080/5
2082/10
EVENTS [1] 2050/21
EVENTUALLY [1] 1966/2
EVER [4] 1966/24 1967/1 1987/25
2011/16
EVERY [12] 1964/20 1965/3 1974/12
1995/19 1995/24 2019/23 2031/4
2055/17 2061/16 2073/2 2077/5 2087/11
EVERYONE [1] 2030/21
EVERYTHING [5] 1968/18 1975/16
2008/4 2072/22 2088/6
EVIDENCE [11] 1980/16 1981/21
1982/24 1988/1 1999/25 2001/10 2025/1
2038/25 2039/2 2041/8 2042/1

E

EVOLVE [1] 2047/9
EVOLVED [1] 2081/15
EXACERBATION [1] 2007/18
EXACT [2] 2052/21 2064/5
EXACTLY [3] 1971/11 1979/6 2000/5
EXAMINATION [12] 1963/7 1968/4
1985/17 1986/17 2030/16 2043/11
2052/24 2054/8 2054/22 2060/5 2065/6
2071/22
EXAMINE [2] 2055/21 2056/10
EXAMPLE [17] 1970/7 1974/24 1991/20
1996/9 2019/18 2062/8 2062/11 2063/9
2063/10 2068/19 2070/18 2071/9 2074/5
2078/15 2078/15 2089/12 2090/10
EXAMPLES [1] 2063/10
EXCEED [2] 2019/18 2054/9
EXCEEDED [1] 2069/20
EXCELLENT [6] 1974/4 1994/4 2015/18
2016/1 2057/13 2079/16
EXCEPT [1] 2085/23
EXCEPTION [3] 2007/9 2027/15
2037/12
EXCERPT [1] 2043/8
EXCERPTS [2] 2035/21 2036/7
EXCHANGE [1] 2026/7
EXCLUSIVE [1] 2022/15
EXCUSE [2] 2029/13 2070/16
EXERCISE [1] 1979/2
EXHIBIT [8] 1988/16 1990/7 2030/16
2033/15 2033/19 2033/23 2034/21
2041/22
EXHIBITS [7] 2031/5 2039/4 2039/6
2041/7 2041/14 2041/17 2042/13
EXIST [1] 1977/21
EXISTED [2] 1982/14 1992/18
EXISTENCE [1] 2011/9
EXISTING [2] 2026/22 2036/17
EXPAND [1] 1994/10
EXPANDED [2] 1993/22 1999/11
EXPANSION [1] 2008/15
EXPECT [1] 2043/20
EXPECTED [2] 2019/12 2021/7
EXPENSIVE [1] 2011/8
EXPERIENCE [7] 1975/2 1981/23
1985/2 2058/5 2058/6 2080/5 2091/4
EXPERIENCED [1] 1988/23
EXPERIENCES [1] 2091/9
EXPERIMENT [1] 1968/13
EXPERIMENTAL [2] 1991/6 1993/6
EXPERT [43] 1963/24 1975/9 1975/11
1975/15 1975/17 1975/21 1976/6
1978/21 1978/25 1981/18 1985/21
1986/12 1986/20 1988/17 1989/10
1989/23 1990/5 1990/8 1990/20 1991/16
1994/6 1999/3 1999/18 2001/14 2002/8
2002/23 2003/10 2004/5 2006/11
2007/19 2016/12 2021/21 2022/12 2023/5
2026/16 2032/14 2032/23 2039/6 2046/8
2054/3 2054/16 2063/25 2077/4
EXPERTISE [2] 1979/19 2054/16
EXPERTS [11] 1984/12 1984/21
2007/24 2035/17 2049/12 2056/23
2078/2 2083/12 2084/12 2084/12
2091/21
EXPLAIN [4] 1990/25 1991/2 2027/13
2067/15
EXPLANATION [2] 2080/1
EXPLORE [2] 1966/7 2084/20
EXPOSED [1] 2003/6
EXTENDED [1] 2026/19
EXTENSIVE [3] 1984/8 2055/15 2071/12

F

EXTENSIVELY [1] 2085/25
EXTRACURRICULAR [1] 1988/24
EXTRAORDINARILY [1] 2007/20
EXTRAPOLATE [3] 2088/18 2088/20
2088/22
EXTRAPOLATION [2] 2078/13 2089/21
EXTREME [1] 2067/8
EXTREMELY [3] 2059/12 2072/24
2074/13
EYES [1] 2076/25

F

FACE [4] 2059/8 2059/8 2066/17
2075/13
FACILITATES [1] 2045/12
FACT [17] 1987/19 2005/1 2005/23
2011/5 2011/12 2011/18 2015/23
2016/11 2022/21 2022/25 2031/18
2032/3 2033/4 2035/13 2039/6 2044/15
2060/23
FACTOR [3] 1993/12 2007/2 2090/18
FACTORS [2] 2024/16 2090/16
FAIL [1] 1983/24
FAILURE [2] 1988/24 2060/17
FAILURES [1] 2037/12
FAIR [1] 2051/7
FAIRLY [5] 1985/8 1997/9 2027/17
2039/21 2081/6
FALL [1] 1982/8
FALSE [1] 2061/14
FANCY [1] 2000/4
FAR [7] 1981/2 2003/2 2031/19 2054/9
2054/11 2059/3 2068/3
FAVORED [1] 2012/3
FAYARD [2] 1960/16 1960/16
FCRR [3] 1961/20 2092/20 2092/25
FEAR [1] 1984/15
FEASIBILITY [1] 2037/22
FEATURES [6] 1967/25 1993/1 2009/16
2024/2 2024/2 2030/7
FED [1] 1971/4
FEDERAL [3] 2004/21 2026/20 2027/9
FEED [1] 1969/19
FEEDBACK [1] 2073/7
FEEL [2] 1969/14 2088/21
FEELS [1] 2031/21
FEET [69] 1973/7 1973/15 1984/7
1990/3 1990/10 1990/10 1990/14 1991/18
1992/4 1992/20 1993/8 1993/11 1993/17
1993/18 1994/20 1994/20 1994/21
1999/5 1999/6 1999/11 1999/22 2000/10
2000/17 2000/22 2001/7 2002/11
2012/14 2014/5 2014/6 2017/25 2018/1
2018/2 2018/3 2018/9 2018/12 2018/14
2019/10 2019/11 2019/18 2020/8
2020/10 2032/7 2067/9 2067/19 2068/21
2068/22 2068/22 2068/24 2069/4
2070/25 2071/1 2071/4 2071/10 2079/13
2079/17 2079/18 2079/21 2079/22
2079/23 2080/11 2081/19 2082/22
2082/23 2084/14 2087/5 2087/22
2087/22 2087/23 2090/24
FELT [1] 2074/4
FEMA [1] 2077/4
FERRET [1] 2035/18
FEW [6] 1980/12 2028/5 2039/17
2041/15 2065/12 2087/19
FIELD [13] 1977/16 1980/15 1980/16
1981/20 1982/24 2028/5 2050/8 2055/15
2073/17 2073/17 2073/18 2086/7
2089/22
FIFTH [1] 2024/10
FIGHT [1] 2010/19

FIGURE [14] 1970/19 1984/3 1990/19
1990/18 2028/2 2067/1 2068/25
2077/15 2081/19 2082/6 2087/1 2087/10
2087/12 2088/22
FIGURES [1] 1979/6
FILE [2] 2034/17 2054/6
FILED [3] 2038/24 2039/1 2043/17
FILING [1] 2054/14
FILL [6] 1979/3 1979/8 1979/11 1979/13
2051/3 2091/5
FILLS [2] 2051/20 2058/13
FINAL [2] 1963/11 2085/3
FINALLY [3] 2032/12 2035/20 2038/11
FIND [8] 1983/5 1988/1 2026/21 2060/24
2062/15 2063/2 2064/1 2086/7
FINE [11] 1999/1 2000/8 2008/2 2008/7
2013/6 2043/10 2071/15 2071/19
2084/15 2092/8 2092/9
FINEL [34] 1963/12 1963/14 1963/17
1967/9 1967/16 1968/16 1968/17 1969/8
1969/9 1969/15 1969/19 1969/24 1971/4
1971/10 1971/13 1971/25 1972/12
1972/22 1972/25 1973/17 1973/20
1973/22 1974/20 1974/21 1974/22
1975/23 1989/6 1991/11 1991/21
1991/24 1991/25 1992/22 1993/2
2091/17
FINISH [1] 2031/7
FINISHED [1] 1985/19
FINITE [1] 1963/13
FIRM [4] 1959/21 1960/9 1960/12
1961/2
FIRST [22] 1968/10 1978/15 1979/22
1981/12 1987/7 2005/10 2005/12
2015/12 2015/13 2022/18 2026/9
2035/22 2040/12 2043/20 2045/16
2052/8 2053/8 2062/10 2062/10 2080/22
2084/1 2089/2
FIRST-RATE [1] 1968/10
FISH [2] 2004/21 2004/22
FITZGERALD [6] 2056/20 2056/22
2056/23 2056/24 2056/25 2085/16
FIVE [4] 1986/22 2024/16 2039/9 2050/6
FLAVOR [1] 2047/1
FLESHING [1] 2031/22
FLOOD [7] 1988/24 2036/25 2037/13
2046/2 2047/8 2048/5 2050/2
FLOODED [4] 2024/12 2038/14 2065/17
2067/12
FLOODING [3] 1978/2 2055/22 2067/7
FLORIDA [1] 1960/17
FLOW [1] 2007/8
FLOWS [5] 1982/4 1983/11 2007/15
2008/4 2009/1
FLY [1] 2074/2
FLYING [1] 2044/13
FOCUS [9] 1970/15 1973/6 1978/24
1983/8 1999/18 2019/3 2026/9 2046/24
2082/18
FOCUSED [3] 1993/24 2053/19 2075/18
FOCUSES [5] 2047/3 2048/12 2050/11
2050/12 2050/14
FOLKS [3] 2056/18 2077/11 2082/7
FOLLOW [1] 2011/14
FOLLOW-UP [1] 2011/14
FOLLOWING [3] 2019/23 2043/23
2068/11
FOLLOWS [2] 1963/6 2045/20
FOOT [9] 1990/23 2013/22 2013/23
2014/8 2014/8 2018/19 2069/4 2069/6
2080/19
FORCES [1] 1985/2
FOREGOING [1] 2092/21

## F

FORESEEABLE [2] 2003/17 2003/24
FORESEEABLY [1] 1987/12 1988/21
FORESHORE [2] 1994/13 2029/18
FORGIVE [1] 1973/23
FORM [1] 2011/17
FORMAL [5] 2047/6 2047/9 2047/10 2047/12 2047/13
FORMULA [2] 2043/7 2043/10
FORMULATION [1] 1996/1
FORTH [2] 2036/4 2037/23
FORTHCOMING [1] 2023/24
FORTHWITH [1] 2042/17
FOUND [13] 1980/12 1980/15 1981/7 1982/19 1982/22 1991/24 1993/4 1999/21 2000/20 2025/8 2082/16 2086/9 2087/17
FOUNDATION [2] 1990/24 2037/12
FOUNDATION'S [1] 1981/1
FOUR [6] 2013/3 2013/15 2014/13 2035/25 2065/20 2065/22
FOURTH [2] 2003/3 2024/1
FRAME [1] 2073/4
FRAMING [1] 2032/2
FRANK [1] 1960/9
FRANKLIN [1] 1961/17
FRANKLY [5] 1975/1 1983/13 2027/17 2035/4 2042/2
FREAKISH [1] 2021/9
FREEBOARD [1] 2070/14
FREQUENCIES [1] 1977/25
FREQUENCY [1] 1977/20
FRESH [2] 2004/10 2005/16
FRESH/BRACKISH [2] 2004/10 2005/16
FRESHWATER [2] 2003/6 2003/13
FRIGHTENED [1] 2026/13
FRONT [7] 1997/11 2029/24 2066/2 2066/16 2066/20 2075/13 2085/4
FULL [12] 1979/22 1981/12 1984/20 1985/6 1985/9 1985/11 1999/4 2011/6 2011/10 2026/9 2034/2 2045/21
FULL-SCALE [1] 1985/6
FULL-SIZED [1] 1985/11
FULLER [1] 2061/3
FULLY [1] 2074/15
FUNCTION [5] 1973/22 2007/9 2027/15 2080/12 2080/13
FUNDED [2] 2026/17 2030/4
FUNDING [4] 1980/8 2010/10 2036/17 2072/24
FUNNEL [10] 1969/11 1970/9 1974/13 1987/8 1987/16 1987/18 1987/20 1988/10 1988/20 2003/7
FURTHER [4] 1980/5 2027/4 2028/1 2030/1
FURTHERMORE [1] 2054/10

## G

GAME [1] 2004/21
GAPS [1] 2051/3
GATE [1] 2081/1
GATHERED [3] 1971/7 2077/18 2082/10
GATHERING [1] 2073/16
GAUGE [1] 2082/18
GAVE [1] 2074/22
GDM [2] 1997/25 2032/5
GENERAL [15] 1964/19 1992/1 1995/24 1996/3 1996/6 2007/24 2008/8 2037/16 2037/18 2067/3 2070/5 2070/11 2070/17 2071/23 2087/17
GENERALLY [5] 2049/21 2069/14 2078/16 2080/14 2089/13

GENERATE [6] 1963/14 1968/15 2013/10 2014/11 2088/5
GENERATED [5] 2047/19 2056/20 2083/2 2086/25 2087/13
GENERATION [1] 1968/19
GENTLE [1] 2085/4
GENTLEMAN [1] 2007/5
GENTLY [1] 2066/2
GEOGRAPHICALLY [1] 2070/20
GEOLOGIST [2] 1978/19 1978/20
GEOMETRY [2] 1974/15 1974/23
GEOTECH [1] 2049/10
GERMANY [1] 2060/19
GET [57] 1963/11 1966/2 1968/23 1974/8 1974/8 1975/24 1978/1 1984/9 1985/15 1990/22 1991/8 1991/12 1991/14 1992/9 1992/19 1993/17 1996/7 1996/9 1996/11 1996/21 1998/23 2000/20 2008/1 2014/23 2014/24 2015/24 2018/4 2018/10 2018/11 2018/13 2019/8 2020/10 2022/2 2024/5 2037/7 2039/17 2040/11 2040/14 2040/18 2043/8 2043/24 2055/19 2056/11 2061/5 2061/6 2061/14 2069/23 2071/23 2072/21 2073/15 2073/16 2073/19 2075/6 2081/8 2085/3 2087/11 2090/19
GETS [3] 1964/21 1982/10 2044/16
GETTING [13] 1968/25 1969/1 1969/1 2007/4 2008/16 2024/21 2027/10 2042/17 2043/1 2067/2 2067/3 2088/16 2089/7
GIB [1] 2036/20
GILBERT [2] 1961/2 1961/3
GIS [1] 2000/5
GIVE [16] 1965/3 1969/8 1990/24 2019/17 2042/6 2044/21 2047/1 2055/4 2058/7 2070/19 2070/24 2078/15 2083/14 2089/3 2089/6 2092/5
GIVEN [5] 2031/18 2053/1 2054/11 2070/19 2074/12
GIVES [1] 2081/22
GIVING [1] 1977/16
GIWW [7] 1974/16 1979/4 1988/15 1990/2 1993/8 1993/11 1993/22
GIWW/MRGO [1] 1990/2
GIWW/REACH 1 [1] 1974/16
GLOBAL [1] 1969/21
GO [42] 1965/7 1966/23 1973/5 1982/9 1983/5 1989/14 1989/18 1989/21 1989/23 1995/23 1996/22 1999/14 2000/7 2003/1 2008/9 2010/17 2014/23 2022/17 2024/16 2030/13 2037/9 2039/24 2040/8 2040/9 2046/18 2047/1 2047/21 2054/21 2062/5 2062/13 2066/14 2067/4 2071/7 2077/15 2080/17 2081/17 2083/14 2084/19 2084/21 2087/1 2092/7 2092/8
GOES [5] 1973/25 2018/3 2027/3 2054/15 2067/25
GOING [44] 1971/19 1974/13 1980/22 1980/25 1981/9 1986/15 1987/20 1988/9 1989/11 1990/18 1996/17 1996/21 2000/12 2000/24 2001/9 2001/10 2004/17 2005/22 2007/4 2022/22 2026/7 2039/21 2040/4 2043/4 2043/15 2050/23 2052/23 2054/18 2054/21 2056/9 2056/9 2056/13 2058/6 2060/9 2061/5 2062/5 2066/5 2070/1 2076/11 2085/22 2087/11 2090/4 2090/7 2092/7
GONE [2] 2031/19 2031/20
GOOD [33] 1963/9 1963/10 1964/5 1968/23 1969/12 1969/15 1980/15

1980/17 1980/19 1981/21 1982/20 1982/25 1985/1 1985/6 1994/10 1997/10 2016/3 2016/12 2019/17 2019/23 2032/12 2039/25 2042/25 2055/21 2058/4 2071/25 2077/14 2082/14 2083/17 2087/20 2087/24 2092/10
GOT [28] 1964/1 1967/11 1971/24 1976/17 1989/16 1991/25 1992/10 1996/3 1999/25 2002/12 2004/20 2018/25 2030/5 2035/20 2037/8 2041/14 2045/2 2052/16 2059/23 2061/17 2066/22 2069/1 2072/20 2072/23 2072/23 2078/18 2084/24 2087/8
GOTTEN [2] 1995/20 2039/17
GOVERNMENT [5] 1960/13 2032/14 2039/14 2045/13 2052/10
GRACIOUS [1] 2077/13
GRADIENT [1] 2079/23
GRADUATE [1] 2046/24
GRADUATION [1] 2047/21
GRAPH [2] 1990/8 1992/11
GRASS [40] 1980/13 1980/17 1980/19 1981/21 1981/25 1982/2 1982/6 1982/7 1982/7 1982/12 1982/15 1982/19 1982/20 1982/20 1982/25 1983/8 1983/9 1983/15 1983/15 1983/19 1984/1 1984/14 1984/16 1984/24 1985/7 2058/7 2059/6 2059/10 2059/10 2059/16 2059/17 2059/19 2059/19 2060/1 2060/14 2062/25 2063/1 2063/23 2064/17 2078/17
GRASS-COVERED [2] 1984/14 1984/24
GRASSY [1] 2080/24
GREAT [6] 1964/9 1965/23 2026/22 2031/19 2074/22 2083/14
GREATER [9] 1987/13 1993/5 2018/16 2018/22 2026/18 2031/19 2082/25 2086/18 2090/15
GREATEST [1] 1966/3
GREATLY [3] 1988/14 1988/19 2074/24
GREEN [3] 2002/14 2002/16 2002/17
GREG [1] 2035/22
GREIF [1] 1961/12
GRITTY [1] 2074/1
GROSSLY [1] 1992/25
GROUND [1] 2077/10
GROUNDWATER [1] 2050/15
GROUP [8] 1961/7 1968/13 2051/8 2060/18 2064/10 2073/23 2074/8 2074/9
GROUPS [4] 2065/14 2073/21 2074/12 2078/14
GUARD [1] 2080/25
GUESS [8] 1966/2 1968/21 1988/8 1990/1 1996/10 1996/24 2032/20 2070/7
GUIDANCE [7] 2048/18 2051/19 2051/22 2051/22 2060/17 2085/16 2092/5
GULF [13] 1969/17 1974/2 1988/19 1989/24 2004/11 2005/18 2013/22 2014/1 2014/4 2014/6 2021/6 2021/10 2049/20
GUSTAVE [2] 2051/2 2086/4
GUYS [1] 1986/16

## H

HAAR [2] 2021/23 2022/4
HAD [70] 1969/11 1969/12 1969/13 1969/13 1971/2 1971/7 1971/11 1971/12 1971/15 1971/24 1972/14 1985/7 1985/12 1985/21 1986/17 1987/24 1991/21 1993/2 1993/4 1993/18 1993/19 1999/4 2004/24 2005/23 2010/19

Case 2:05-cv-04182-SRD-JCW Document 18836-7 Filed 05/22/09 Page 146 of 162

HAD... [45]  2010/25 2012/19 2012/22
2021/25 2024/1 2027/4 2027/5 2027/24
2027/25 2029/20 2040/1 2043/6 2043/7
2047/6 2047/8 2047/8 2047/10 2047/12
2047/16 2055/13 2061/1 2070/12
2072/16 2072/21 2072/24 2073/3 2073/4
2073/8 2073/9 2073/10 2073/11 2073/11
2073/14 2073/15 2074/3 2074/14 2077/4
2079/15 2080/8 2081/3 2084/5 2085/1
2085/1 2085/20 2088/17
HALF [5]  1986/11 1990/23 1992/19
2011/9 2018/10
HAMPSHIRE [1]  2049/6
HAND [3]  2021/25 2067/24 2067/25
HANDED [1]  1981/4
HANDLE [2]  2044/23 2045/8
HAPPENED [2]  2063/4 2080/2
HAPPENING [1]  1982/8
HAPPENS [1]  2085/10
HARBOR [7]  1970/7 2013/1 2017/18
2017/22 2017/24 2019/5 2019/14
HARBORS [1]  2052/18
HARD [6]  1983/14 2002/1 2011/1 2011/4
2018/4 2018/13
HAS [34]  1964/3 1966/3 1966/24 1974/2
1974/19 1974/23 1976/7 1982/3 1983/10
1984/16 1985/1 1990/2 1995/20 1996/20
1999/5 1999/11 2000/4 2000/15 2001/16
2021/8 2024/15 2034/11 2034/12
2054/11 2058/13 2063/24 2067/20
2083/13 2084/21 2084/21 2085/24
2086/18 2086/21 2087/20
HASN'T [1]  1995/22
HASTENING [1]  1994/14
HATE [2]  2044/3 2044/23
HAVE [224]
HAVEN'T [5]  1967/5 1967/5 2032/25
2043/16 2044/15
HAVING [4]  1963/5 2045/19 2083/17
2083/20
HB [1]  1961/20
HB-406 [1]  1961/20
HE [63]  1964/1 1964/8 1964/20 1964/24
1964/25 1965/23 1965/24 1966/3 1966/4
1966/24 1981/19 1984/18 1985/3
1985/12 1990/25 1995/21 1995/22
1998/23 2000/3 2000/4 2000/5 2002/12
2008/6 2021/25 2031/23 2033/11
2033/20 2033/23 2033/25 2034/24
2035/25 2036/1 2036/13 2036/14
2036/20 2036/23 2037/1 2037/24 2038/6
2038/16 2043/6 2043/7 2043/9 2043/21
2043/22 2044/17 2046/2 2046/4 2046/6
2046/7 2054/10 2061/8 2061/13 2061/13
2061/18 2063/3 2063/12 2065/4 2077/12
2091/12 2091/14 2091/16 2091/16
HE'S [9]  1964/25 1964/25 1965/18
1966/1 1966/4 1968/12 1981/17 2003/21
2061/7
HEAD [1]  2043/9
HEADACHE [1]  2020/19
HEADED [1]  2015/16
HEADQUARTERS [3]  2036/14 2072/22
2075/8
HEALTHY [2]  1983/20 1984/1
HEAR [1]  2024/6
HEARD [2]  2023/11 2065/16
HEAVILY [6]  2049/16 2049/18 2049/20
2058/10 2072/6 2078/2
HEBERT [1]  2021/24
HEERDEN [4]  1981/8 1981/14 1981/17

1985/13
HEIBERG [2]  1987/18 2037/7
HEIBERG'S [1]  2037/19
HEIGHT [16]  1976/25 1977/5 1977/7
1977/8 1977/11 1977/13 1977/18
1988/22 2012/14 2019/17 2033/9 2055/6
2068/8 2069/20 2070/15 2076/18
HEIGHTS [8]  1970/5 1970/6 1970/8
1976/22 2055/5 2057/7 2064/4 2068/7
HELD [1]  2037/18
HELP [6]  1964/1 2051/5 2058/1 2067/14
2084/10 2088/11
HELPED [2]  1973/19 2082/15
HELPS [3]  2071/11 2071/13 2084/22
HERE [35]  1966/2 1966/6 1971/17
1972/10 1974/13 1984/15 1990/16
1991/6 1992/16 2000/18 2000/24
2015/16 2020/11 2022/17 2031/4
2034/24 2039/19 2053/7 2053/14 2059/1
2060/7 2061/18 2065/12 2068/7 2068/15
2077/16 2077/21 2077/22 2078/16
2079/15 2079/20 2080/15 2084/17
2086/14 2090/13
HERE'S [2]  2044/9 2063/10
HEREBY [1]  2092/21
HIGH [47]  1969/10 1969/11 1969/13
1970/5 1970/18 1971/3 1971/6 1971/12
1984/7 2009/5 2021/11 2066/22 2069/1
2074/10 2074/13 2076/12 2076/20
2077/2 2077/3 2077/9 2077/12 2077/14
2077/17 2077/24 2079/12 2079/22
2080/10 2080/19 2081/2 2081/6 2081/8
2081/13 2083/21 2086/10 2087/12
2087/13 2087/17 2087/21 2088/3
2088/11 2088/11 2089/6 2089/10
2089/12 2089/14 2090/9 2090/12
HIGH DIFFERENCE [1]  2080/10
HIGH-ALTITUDE [1]  2074/10
HIGH-MAINTENANCE [1]  2009/5
HIGH-QUALITY [2]  2083/21 2088/11
HIGH-WATER [1]  2079/12
HIGHER [8]  1970/8 2018/4 2018/20
2019/8 2047/16 2069/5 2070/9 2090/13
HIGHEST [4]  1976/24 1977/1 1977/6
2079/12
HIGHLIGHT [10]  1973/13 2001/15
2013/21 2014/16 2019/23 2021/3 2023/9
2046/10 2076/14 2084/22
HIGHLIGHTED [3]  1982/24 1992/8
2057/21
HIM [13]  1964/24 1995/24 1996/4
2034/23 2034/25 2043/11 2054/1
2054/18 2061/15 2063/3 2063/5 2063/12
2085/17
HINDCAST [3]  1969/25 1970/4 1970/17
HIS [36]  1964/3 1964/5 1964/13 1964/20
1964/21 1967/13 1968/5 1982/23
1990/25 2007/3 2007/10 2007/19
2021/25 2024/22 2027/17 2031/23
2033/22 2037/2 2037/9 2037/19 2043/9
2057/4 2057/12 2061/8 2061/12 2061/15
2063/18 2063/19 2065/2 2065/4 2065/5
2071/23 2091/12 2091/13 2091/14
2091/17
HISTORICAL [1]  2031/17
HISTORY [2]  1986/16 1997/22
HIT [4]  1977/6 1977/14 2025/22 2026/5
HOLD [1]  2031/7
HONEYCUTT [1]  1960/16
HONOR [55]  1965/19 1980/25 1984/10
2017/9 2020/13 2020/25 2026/12
2027/10 2027/18 2030/12 2031/3
2031/13 2031/25 2032/19 2032/23

2033/3 2033/13 2033/16 2033/23 2034/8
2036/19 2037/5 2037/20 2037/22 2038/11
2038/18 2038/21 2039/3 2039/8 2039/24
2040/2 2040/6 2040/8 2040/24 2041/5
2041/8 2041/20 2043/2 2043/25 2044/4
2044/14 2045/6 2045/10 2045/15
2045/25 2046/8 2052/22 2054/19 2060/8
2061/11 2064/24 2067/5 2076/11 2078/9
2092/5 2092/13
HONORABLE [1]  1959/11
HOPE [1]  1959/16
HOPING [1]  2041/10
HORIZONTAL [2]  2067/23 2081/20
HOUR [1]  1992/19
HOURS [8]  1975/14 1991/18 1992/5
2082/25 2082/25 2084/15 2084/18
2084/18
HOUSEKEEPING [1]  2031/12
HOW [57]  1964/5 1968/4 1995/1 2003/2
2009/6 2011/12 2018/13 2021/16
2040/14 2040/18 2043/23 2047/7 2047/9
2047/13 2047/17 2047/19 2048/16
2050/23 2050/24 2051/19 2051/22
2052/5 2053/10 2053/21 2055/20 2056/7
2056/8 2056/13 2059/7 2059/18 2062/13
2062/22 2066/4 2066/22 2069/1 2072/10
2073/14 2074/22 2074/23 2075/20
2077/6 2078/13 2080/13 2081/15
2081/22 2082/22 2083/4 2085/3 2085/5
2085/12 2085/14 2086/20 2087/7
2088/18 2088/20 2088/21 2089/17
HOWEVER [2]  1980/15 2021/10
HSU [2]  2015/17 2015/25
HSU'S [1]  2012/22
HUERKAMP [1]  2038/12
HUGE [7]  1974/6 1985/10 2066/24
2073/18 2077/2 2079/2 2079/23
HUH [4]  1977/2 2012/8 2017/6 2030/9
HUMAN [1]  2076/25
HUMANLY [1]  2042/13
HUNDREDS [2]  2077/3 2087/21
HURRICANE [40]  1964/11 1970/2
1974/5 1974/6 1980/18 1981/22 1982/25
1986/13 1987/13 1990/1 1990/12
1991/19 2014/13 2014/25 2014/25
2015/4 2015/6 2015/21 2016/6 2016/7
2016/16 2016/25 2017/4 2021/12 2024/4
2024/7 2024/8 2024/19 2025/10 2029/17
2036/22 2038/1 2038/15 2050/17
2050/21 2072/2 2072/12 2075/9 2075/19
2083/23
HURRICANES [5]  2021/6 2021/13
2032/6 2050/19 2051/2
HYDRAULIC [5]  1979/3 1979/8 1979/11
1979/13 2052/10
HYDRAULIC FILL [1]  1979/11
HYDRAULICS [5]  2046/3 2048/10
2048/25 2049/9 2056/19
HYDRODYNAMIC [5]  1966/17 2046/6
2059/5 2065/21 2076/9
HYDROGRAPH [7]  1971/21 1972/1
2017/15 2017/17 2019/3 2082/16
2082/23
HYDROGRAPHS [12]  1968/5 1968/6
1971/11 1971/16 1973/6 1973/13
1995/15 2081/11 2081/16 2083/18
2091/6 2091/20
HYDROLOGIC [2]  1971/14 2050/13
HYDROLOGICALLY [1]  1971/22
HYPOTHESIS [1]  2075/18
HYPOTHETICAL [2]  2015/8 2015/11

I
I'D [3]  1987/5 2052/20 2086/15

I

I'LL [18]  1972/9 1985/4 1992/23 2003/5
2020/16 2020/18 2020/19 2032/20
2037/7 2037/9 2040/13 2043/10 2061/7
2064/24 2070/24 2071/4 2078/15
2092/12

I'M [76]  1964/5 1965/9 1966/11 1966/21
1968/3 1968/21 1970/19 1970/19
1971/18 1972/9 1975/19 1978/20
1980/19 1980/22 1981/9 1986/15
1990/15 1990/18 1992/11 1995/1
2000/24 2000/24 2003/20 2003/22
2005/11 2007/4 2007/19 2008/21
2013/16 2014/1 2016/9 2017/8 2018/3
2019/23 2020/3 2023/5 2025/22 2027/16
2027/23 2029/6 2029/25 2032/2 2032/4
2032/25 2033/10 2035/10 2039/15
2039/20 2039/20 2039/21 2041/5
2041/10 2043/4 2043/8 2043/17 2044/13
2044/20 2046/14 2052/23 2054/2 2059/5
2059/6 2060/6 2060/9 2062/17 2062/22
2063/2 2071/6 2076/11 2080/23 2084/20
2085/22 2089/7 2089/15 2090/19 2092/7

I'VE [11]  1981/4 1995/22 1996/3 1996/8
2008/5 2010/22 2019/24 2023/11
2032/17 2050/22 2051/1

IDEA [7]  2011/22 2019/17 2070/17
2070/19 2070/20 2070/23 2071/25

IDENTIFIABLE [2]  2076/23 2082/9

IDENTIFIED [3]  1981/1 2028/11 2036/7

IDENTIFY [1]  2055/10

IF [127]  1965/12 1965/21 1966/20
1967/11 1967/12 1971/17 1972/7
1972/19 1973/4 1973/5 1973/9 1973/22
1973/23 1974/7 1974/17 1975/4 1978/21
1978/24 1979/21 1981/12 1983/5 1983/7
1983/17 1984/19 1986/21 1987/5 1987/7
1987/24 1988/2 1988/18 1989/18
1989/23 1990/7 1990/21 1991/16 1992/2
1993/12 1994/5 1995/21 1997/3 1998/4
1998/25 2000/1 2000/16 2001/2 2001/14
2002/14 2003/3 2003/10 2005/2 2005/7
2008/1 2008/6 2008/22 2010/7 2010/14
2011/16 2013/21 2014/16 2015/16
2016/15 2016/20 2016/24 2017/3 2017/4
2017/9 2017/13 2017/14 2018/21 2019/3
2019/13 2020/2 2020/14 2022/2 2023/14
2023/24 2025/18 2026/8 2027/7 2028/6
2028/21 2029/3 2029/12 2031/13
2031/21 2032/17 2033/1 2033/18 2034/1
2034/20 2034/24 2035/12 2037/8
2039/16 2039/22 2040/2 2040/13 2041/8
2042/6 2042/13 2043/3 2043/17 2044/14
2044/21 2044/22 2045/5 2055/9 2061/10
2061/11 2061/16 2062/4 2063/1 2064/9
2070/8 2071/14 2071/16 2071/18
2079/11 2079/20 2081/2 2084/11
2084/11 2084/15 2087/9 2087/12 2092/8
2092/8

IGNORE [1]  2091/7

IHNC [10]  1974/24 1988/20 1988/23
1988/24 1991/18 1992/20 1992/25
2077/22 2081/25 2082/18

II [4]  1960/24 1961/6 2018/8 2018/10

III [13]  2013/17 2013/21 2013/22
2014/16 2014/18 2015/20 2016/6
2016/16 2016/21 2017/1 2017/5 2018/8
2018/9

IKE [2]  2051/3 2086/4

ILLINOIS [1]  2049/8

ILLUMINATE [1]  2008/7

ILLUMINATION [1]  2008/12

ILLUSTRATES [1]  2068/25

IMAGE [2]  2082/11 2082/13

IMAGES [2]  1983/2 1983/4

IMAGINE [1]  2018/13

IMMEDIATELY [2]  2039/13 2068/11

IMMUNE [1]  2007/9

IMPACT [4]  1994/23 1995/8 2058/21
2066/10

IMPACTED [3]  2025/14 2025/15
2058/23

IMPACTS [2]  2024/23 2036/3

IMPEACH [1]  2000/1

IMPEACHMENT [3]  1980/24 2030/16
2030/17

IMPLEMENT [2]  1966/19 2073/10

IMPLIED [1]  2075/23

IMPORTANCE [3]  2070/13 2083/17
2088/5

IMPORTANT [16]  1968/19 1968/22
1968/23 1969/3 1969/5 1969/6 1969/7
1996/10 2031/22 2057/6 2057/10
2059/12 2067/7 2079/19 2079/20 2090/6

IMPOSSIBLE [1]  1995/25

IMPROVE [6]  1964/21 1964/23 2051/6
2088/13 2091/10 2091/23

IMPROVED [3]  2048/18 2048/18
2086/21

IMPROVEMENTS [2]  1965/1 2026/22

IMPROVING [2]  2050/18 2051/18

IN [456]

INABILITY [1]  1975/16

INACCURACIES [1]  2091/22

INCLINED [1]  2034/2

INCLUDE [8]  1978/8 1997/14 2000/16
2009/16 2013/18 2019/21 2023/2
2030/22

INCLUDED [3]  2030/17 2033/18 2051/22

INCLUDES [1]  1977/16

INCLUDING [2]  2025/3 2037/21

INCOME [1]  1986/12

INCREASE [8]  2004/17 2004/25 2005/21
2006/21 2006/24 2007/6 2014/4 2079/18

INCREASED [3]  1988/21 2003/7 2014/3

INCREASING [1]  2089/4

INCREDIBLE [1]  2055/16

INCREDIBLY [3]  2069/6 2073/3 2073/19

INCUMBENT [1]  2027/21

INDEED [2]  1964/10 1978/12

INDEPENDENT [2]  2075/16 2076/4

INDEPENDENTLY [2]  2026/21 2090/21

INDICATE [2]  2045/4 2068/17

INDICATED [1]  2079/16

INDICATES [2]  2068/13 2070/13

INDICATOR [3]  2077/8 2078/3 2078/20

INDICATORS [1]  2077/19

INDIVIDUAL [2]  2038/9 2038/10

INDUCED [1]  1980/11

INFLUENCE [2]  2066/6 2078/19

INFLUENCED [2]  2078/2 2081/7

INFLUENCING [1]  2078/7

INFORM [2]  2027/21 2058/2

INFORMATION [27]  1985/12 1985/15
1988/25 2012/19 2013/10 2048/22
2049/10 2057/12 2057/13 2057/14
2064/18 2072/10 2073/3 2073/3 2073/12
2077/1 2077/14 2077/18 2081/15
2081/22 2083/6 2083/8 2083/17 2085/11
2085/18 2087/11 2091/8

INFORMATIVE [1]  2079/8

INFORMED [1]  2038/4

INITIALLY [2]  1989/9 2075/18

INLAND [1]  2003/13

INNER [7]  1970/7 2013/1 2017/17
2020/22 2022/17 2073/1 2092/14

INPUT [13]  1965/4 1966/17 1967/12
1968/19 2017/19 2018/1 2018/3 2018/14
2018/15 2018/16 2018/22 2019/8
2019/11

INPUTS [2]  1966/16 1966/21

INQUIRIES [1]  2075/7

INSIGHT [2]  2074/22 2091/9

INSIGNIFICANT [1]  2027/17

INSISTENT [1]  2006/8

INSPECTED [1]  2077/5

INSTALL [1]  1997/16 2022/13

INSTALLATION [2]  1995/13 2022/5

INSTANCES [1]  2061/17

INSTRUMENT [1]  2076/24

INSTRUMENTED [1]  1985/12

INSURERS [1]  1961/2

INTACT [2]  1982/3 1983/10

INTEGRATED [1]  2074/15

INTEGRATION [1]  2036/13

INTELLIGENT [1]  2035/5

INTEND [2]  2034/21 2044/10

INTENTION [1]  2042/12

INTENTIONALLY [1]  2041/20

INTERACTING [1]  2075/12

INTERACTIONS [2]  2037/25 2050/14

INTERCHANGEABLE [1]  2059/4

INTEREST [3]  1969/23 1976/1 2057/14

INTERESTED [1]  2013/17

INTERESTING [2]  2020/11 2069/22

INTERESTS [7]  2012/3 2012/4 2023/3
2023/16 2024/14 2025/3 2026/21

INTERFERE [3]  2023/4 2023/15 2023/19

INTERIM [1]  2026/23

INTERIOR [1]  2085/16

INTERPRETATION [3]  2027/17 2055/17
2070/2

INTERRUPTING [1]  2070/16

INTERSECTING [1]  2047/20

INTO [45]  1965/5 1966/16 1966/23
1967/9 1969/17 1969/19 1971/4 1971/25
1974/1 1979/25 1980/8 1987/17 1988/21
1990/4 1990/17 1999/14 2000/12
2000/15 2001/2 2003/1 2007/4 2008/16
2009/12 2024/17 2024/21 2030/22
2031/19 2031/20 2031/20 2038/25
2039/1 2039/7 2041/7 2042/1 2044/16
2047/7 2050/5 2052/10 2061/5 2067/12
2075/20 2080/3 2082/11 2083/14
2084/19

INTRACOASTAL [2]  1988/19 1989/25

INTRODUCE [2]  2034/21 2046/1

INTRODUCED [1]  2048/24

INTRODUCING [1]  1980/23

INTRUSION [5]  2003/17 2003/24 2004/2
2004/11 2005/17

INUNDATION [1]  2085/17

INVADE [1]  2003/13

INVARIABLY [2]  2086/8 2091/6

INVENTOR [1]  1966/4

INVEST [1]  2049/21

INVESTED [1]  2049/18

INVESTIGATE [1]  2028/1

INVESTIGATION [2]  1976/20 2028/5

INVESTIGATIONS [1]  1980/16

INVESTING [2]  2049/16 2049/20

INVOLVE [1]  2086/2

INVOLVED [19]  2024/14 2026/19
2049/16 2050/16 2050/22 2051/1
2051/21 2052/13 2052/14 2052/17
2055/14 2056/2 2056/11 2058/13 2072/6
2073/1 2076/3 2077/9 2085/6

I

INVOLVEMENT [1] 2074/21
INVOLVES [1] 2055/19
INVOLVING [2] 2037/22 2053/14
IPET [29] 1979/6 2053/18 2056/3
2067/21 2067/22 2068/7 2072/6 2072/10
2072/14 2073/25 2074/13 2074/17
2075/2 2075/6 2075/7 2075/15 2075/24
2076/3 2076/6 2076/10 2077/2 2077/18
2082/7 2083/22 2084/6 2086/24 2090/22
2091/24 2092/1
IS [329]
IS WHAT [1] 2000/23
ISN'T [14] 1995/23 2025/1 2043/15
2057/5 2057/19 2058/4 2058/7 2058/18
2059/19 2061/1 2063/17 2076/2 2081/11
2083/2
ISSUE [3] 2006/8 2028/11 2044/21
ISSUES [9] 1997/2 1997/3 2027/21
2029/2 2032/2 2051/8 2052/1 2071/21
2072/2
IT [299]
IT'S [101] 1963/13 1965/3 1968/22
1968/23 1969/4 1969/6 1969/21 1971/20
1973/2 1974/6 1974/7 1974/7 1976/1
1976/8 1976/9 1977/21 1980/7 1981/1
1982/9 1983/14 1984/20 1987/2 1987/21
1989/5 1989/24 1992/13 1995/6 2001/2
2001/18 2002/2 2006/2 2006/10 2006/11
2007/10 2008/22 2009/9 2009/10
2009/11 2009/12 2012/16 2018/4 2018/8
2018/13 2018/17 2018/21 2018/24
2019/23 2025/1 2025/18 2025/25 2026/2
2027/10 2027/13 2027/14 2028/16
2031/21 2032/19 2032/23 2032/24
2033/1 2033/1 2033/4 2033/5 2033/19
2033/23 2035/9 2035/16 2036/6 2037/8
2037/16 2038/24 2042/10 2042/12
2043/13 2044/6 2049/1 2049/2 2051/7
2053/9 2057/24 2058/4 2058/19 2059/7
2060/8 2061/25 2062/6 2065/5 2065/17
2066/16 2067/10 2068/17 2069/20
2076/1 2078/20 2079/9 2085/25 2087/8
2089/14 2090/6 2090/22
ITERATIONS [1] 1971/12
ITS [16] 1963/17 1969/8 1974/17
1990/13 1990/21 1992/18 1999/6
2000/15 2008/3 2011/10 2015/19 2048/7
2049/2 2052/16 2059/14 2066/6
ITSELF [2] 1998/6 2068/9
IV [10] 2013/17 2014/17 2014/18
2015/21 2016/16 2016/17 2016/21 2017/1
2017/5 2018/6

J

JAMES [2] 1960/6 1961/13
JANUARY [7] 1965/13 1976/10 1979/21
1985/20 1988/7 2005/5 2008/18
JANUARY 14 [2] 1965/13 1979/21
JANUARY 15 [4] 1985/20 1988/7 2005/5
2008/18
JEFFERSON [1] 1960/6
JEFFREY [1] 1961/11
JOANEN [1] 1959/19
JOANNES [4] 1963/25 1965/23 2056/16
2072/8
JOB [4] 1997/10 2016/1 2048/20 2072/9
JOHN [2] 1961/17 2038/12
JOINT [1] 2060/18
JONATHAN [1] 1959/22
JOSEPH [2] 1959/18 1959/18
JOSHUA [1] 1960/20

JOURNAL [7] 2057/17 2057/21 2060/13
2063/6 2064/4 2065/8 2087/1
JOURNALS [7] 2055/10 2058/3 2060/9
2060/25 2061/21 2063/7 2063/15
JR [7] 1959/11 1960/9 1960/16 1960/22
1960/23 1961/10 1961/13
JUDGE [15] 1959/11 1980/19 1982/11
2007/11 2032/22 2043/5 2054/5 2059/21
2059/24 2060/6 2060/10 2061/17 2062/6
2062/24 2063/4
JUDGE'S [1] 1996/1
JUDGMENT [2] 1985/3 2058/4
JUDICIAL [1] 2010/12
JULY [8] 1970/11 1970/12 1975/20
1975/21 1976/6 1976/13 1978/15
1978/23
JULY 11 [4] 1975/21 1976/6 1976/13
1978/23
JULY 22 [1] 1970/11
JULY 28 [2] 1970/12 1978/15
JUNCTION [2] 1991/18 1992/20
JUNIOR [1] 1998/23
JUST [94] 1964/22 1965/2 1965/9
1970/10 1971/20 1973/5 1973/13
1977/13 1984/3 1984/9 1989/5 1989/14
1991/2 1992/4 1992/11 1995/12 1995/23
2000/7 2000/10 2000/19 2001/21 2002/3
2003/20 2008/7 2008/20 2008/25 2009/1
2009/10 2011/21 2012/5 2012/23 2014/7
2014/22 2015/12 2015/20 2016/4
2022/22 2025/24 2027/2 2029/7 2029/20
2030/13 2030/15 2030/20 2031/6 2031/7
2031/21 2032/2 2032/21 2032/25 2039/4
2039/9 2039/21 2041/16 2041/18
2041/18 2042/2 2042/17 2043/11
2044/21 2044/22 2044/23 2047/1
2047/23 2056/22 2057/1 2057/7 2057/16
2057/24 2058/25 2059/18 2061/6 2061/8
2063/11 2064/24 2066/1 2066/9 2068/16
2068/18 2070/7 2071/22 2071/23
2077/21 2079/24 2080/10 2083/11
2083/11 2083/14 2084/10 2084/22
2088/8 2090/3 2091/2 2091/18
JUSTICE [1] 1961/9
JUSTIFIED [3] 2022/19 2022/24 2023/1
JUSTIFY [3] 2011/2 2011/10 2011/12
JX [14] 1970/10 1972/7 1973/10 1986/21
2025/18 2036/7 2036/8 2036/11 2037/5
2052/24 2067/14 2077/15 2081/17
2087/1
JX-00121 [1] 2067/14
JX-0211 [1] 2052/24
JX-131.1 [1] 2037/5
JX-194 [1] 1970/10
JX-197 [2] 1972/7 1973/10
JX-204 [1] 1986/21
JX-211 [3] 2077/15 2081/17 2087/1
JX-297 [1] 2025/18
JX-463 [1] 2036/11
JX-86 [1] 2036/7
JX-86.1 [1] 2036/8

K

KALIMAH [1] 1961/11
KARA [1] 1961/14
KATRINA [34] 1964/11 1970/2 1980/18
1981/22 1982/14 1982/15 1982/16
1982/18 1982/25 1985/22 1986/13
1988/23 1990/1 1990/12 1990/22
1991/19 2037/4 2038/15 2051/9 2052/1
2053/13 2058/23 2059/1 2068/1 2069/22
2072/2 2075/1 2075/17 2075/22 2077/20
2079/12 2083/2 2085/12 2086/3

KATRINA'S [1] 1964/12
KEEP [6] 1965/20 1989/8 2011/19
2034/12 2034/13 2052/21
KEEPING [1] 2045/25
KEEPS [1] 1994/18
KELLS [1] 1961/12
KEMP [10] 1963/5 1963/9 1981/8 2025/6
2027/20 2031/10 2077/9 2077/10
2085/20 2091/11
KEMP'S [1] 1965/13
KEY [1] 2078/6
KIND [4] 1993/3 2079/6 2085/15
2085/15
KINDS [5] 2044/11 2056/9 2062/15
2062/16 2076/7
KNEW [12] 1987/19 1987/21 1987/22
1996/16 1996/21 1997/17 1998/17
2004/17 2005/21 2006/4 2012/16 2051/3
KNOW [73] 1964/15 1965/17 1966/7
1968/10 1968/18 1969/17 1974/8
1974/10 1974/19 1985/4 1988/1 1988/8
1994/1 1996/23 1997/3 1997/25 1998/5
1998/9 1999/14 1999/14 1999/15 2000/1
2000/14 2001/2 2002/1 2002/2 2006/2
2007/17 2008/8 2009/5 2009/7 2009/9
2009/12 2010/14 2010/16 2011/12
2011/15 2011/20 2020/5 2021/16 2023/5
2025/12 2027/1 2031/6 2032/2 2032/17
2035/9 2039/22 2039/23 2041/8 2041/11
2041/11 2042/15 2043/13 2044/24
2054/13 2060/7 2062/7 2063/1 2063/12
2064/10 2070/19 2071/15 2071/16
2072/20 2081/22 2081/13 2084/11
2084/11 2084/15 2085/14 2086/2
2089/23
KNOWING [1] 2091/22
KNOWLEDGE [3] 2005/1 2037/20
2052/4
KNOWN [7] 1963/12 1963/21 1967/16
1967/18 1967/23 1987/25 2082/12
KNOWS [2] 1965/23 1966/5 1995/21
2030/21 2060/8 2063/12

L

LA [3] 2003/14 2004/10 2005/16
LAB [10] 2048/17 2049/6 2049/7 2049/9
2049/9 2049/10 2049/10 2049/11
2056/19 2082/11
LABELED [1] 2030/20
LABORATORIES [2] 2049/1 2049/2
LABORATORY [8] 1985/9 2046/3
2048/10 2048/10 2048/12 2048/25
2077/12 2086/5
LABS [3] 2049/2 2049/5 2049/8
LACK [2] 1976/1 1976/1
LAFAYETTE [1] 1960/7
LAID [1] 1981/1
LAKE [12] 1970/23 1972/17 1987/11
1994/12 1999/14 2001/3 2001/23 2003/7
2003/9 2011/5 2017/19 2029/17
LAKE BORGNE [6] 1994/12 2001/3
2003/7 2003/9 2011/5 2017/19
LAKE PONTCHARTRAIN [3] 1972/17
1987/11 2029/17
LAKES [3] 2000/13 2000/16 2001/2
LAND [1] 2029/15
LAND-CUT [1] 2029/15
LANDSCAPE [2] 1987/18 2086/22
LARGE [6] 2021/6 2053/15 2068/13
2070/18 2073/5 2073/9
LARGE-SCALE [1] 2073/5
LARGELY [1] 1990/3

L
LARGER [2] 1974/10 1991/25
LARGEST [2] 2000/21 2000/23
LASERS [1] 2055/16
LAST [14] 1970/1 1983/8 1983/19
1994/7 2004/6 2017/4 2021/3 2037/15
2043/21 2049/17 2058/13 2065/8
2065/12 2067/6
LATE [1] 2080/3
LATER [5] 1982/10 1987/10 2035/11
2043/18 2071/22
LATERAL [1] 1969/1
LAW [6] 1959/18 1959/21 1960/9
1960/12 1960/22 2025/3
LAWN [1] 1960/3
LAWYER'S [1] 1960/13
LAYER [1] 1967/19
LAYOUT [1] 2083/12
LEAD [1] 2050/5
LEADER [2] 2011/1 2072/8
LEADERSHIP [2] 2075/7 2075/15
LEARN [2] 2050/24 2061/3
LEARNED [1] 2057/22
LEAST [6] 2007/22 2029/23 2035/8
2039/18 2049/17 2086/6
LEAVE [4] 1974/7 2024/2 2090/5
2092/12
LEAVES [1] 1992/7
LED [3] 2027/25 2070/4 2085/7
LEEWAY [1] 2044/21
LEFT [7] 1984/8 2002/14 2067/19
2067/24 2067/25 2078/23 2080/24
LEFT-HAND [2] 2067/24 2067/25
LEGAL [5] 1997/2 2007/4 2007/7 2008/5
2027/23
LENGTH [1] 2070/25
LESS [14] 1975/23 1977/7 1978/2
1980/8 1990/22 2018/12 2018/13
2054/11 2070/11 2071/3 2077/25
2078/24 2086/15 2091/8
LESS-ACCURATE [1] 2091/8
LET [25] 1989/14 2007/8 2011/14
2015/20 2020/18 2027/4 2030/18
2030/25 2031/6 2034/2 2034/16 2034/18
2036/18 2039/1 2039/14 2039/16 2042/8
2042/9 2042/15 2042/15 2054/17 2066/9
2077/21 2079/10 2088/24
LET'S [31] 1970/10 1972/6 1988/4
1989/10 1989/18 1991/15 1994/17
1999/2 1999/17 2002/23 2004/5 2007/16
2008/18 2012/21 2012/23 2013/15
2014/11 2014/22 2014/22 2015/12
2015/12 2016/5 2017/13 2022/17
2023/20 2024/10 2025/18 2050/1
2081/17 2082/18 2086/25
LETTER [11] 2021/23 2022/4 2022/12
2022/22 2023/14 2025/12 2025/18
2025/19 2025/25 2026/2 2026/8
LEVEE [72] 1977/7 1977/14 1978/8
1978/9 1978/9 1979/6 1982/13 1982/14
1982/15 1982/18 1983/24 1984/1 1984/4
1984/6 1999/19 1999/21 2000/10 2001/7
2002/19 2009/7 2010/2 2026/22 2029/17
2034/6 2034/7 2034/8 2037/13 2057/7
2058/9 2058/11 2058/16 2058/17
2058/18 2058/23 2059/1 2059/8 2060/17
2064/4 2065/14 2066/12 2067/24 2068/2
2068/5 2068/9 2068/11 2068/20 2068/20
2068/23 2069/3 2069/5 2069/6 2069/12
2069/20 2069/24 2070/9 2070/15
2074/25 2075/13 2075/17 2075/20
2076/3 2076/9 2078/16 2078/17 2078/20

2080/10 2080/14 2080/16 2085/5 2085/5
2085/6 2087/4
LEVEES [43] 1979/8 1979/15 1979/17
1979/19 1979/19 1980/10 1980/14
1980/17 1982/18 1982/19 1983/16
1984/14 1984/18 1984/24 1985/7
1985/11 1988/24 1994/19 2001/22
2001/24 2002/3 2012/13 2013/18
2029/24 2046/7 2052/6 2053/13 2055/5
2058/11 2059/11 2065/22 2066/1 2066/3
2066/6 2066/17 2066/20 2066/23
2066/25 2067/1 2067/1 2085/12 2085/14
2085/19
LEVEL [33] 2014/5 2066/6 2066/19
2067/10 2069/1 2069/4 2069/20 2069/23
2070/15 2076/22 2077/8 2077/20 2078/4
2078/4 2078/7 2078/7 2078/21 2078/25
2079/17 2079/21 2079/24 2080/11
2081/8 2081/14 2081/15 2081/19
2082/15 2082/22 2082/23 2087/5 2087/7
2088/13 2090/11
LEVELS [21] 1971/2 1971/6 1971/9
2057/10 2057/14 2065/24 2065/25
2066/11 2066/15 2066/16 2066/21
2066/22 2066/23 2067/7 2067/9 2067/11
2076/16 2076/17 2078/8 2087/18 2088/5
LEVINE [1] 1961/13
LIDAR [9] 2055/5 2055/6 2055/7
2055/17 2055/20 2055/21 2055/21
2068/6 2068/12
LIEUTENANT [2] 2037/16 2037/18
LIFTOFF [9] 1984/16 2058/7 2059/6
2059/10 2059/10 2060/1 2060/15
2063/23 2064/17
LIKE [39] 1964/22 1969/14 1969/21
1971/16 1971/20 1976/14 1977/10
1980/12 1991/23 1993/9 1997/22
1999/14 2009/12 2009/19 2016/10
2028/24 2030/21 2034/22 2039/8
2039/18 2040/10 2040/11 2045/14
2052/3 2053/23 2054/2 2054/7 2058/25
2065/11 2065/20 2071/14 2071/22
2077/15 2080/6 2082/5 2084/22 2087/9
2087/12 2091/13
LIKELY [2] 1966/5 2026/20
LIMITED [1] 2010/25
LINE [11] 1983/25 2005/2 2005/3 2025/4
2027/14 2062/11 2062/18 2068/4
2068/15 2068/25 2081/24
LINES [5] 1988/4 1998/13 2068/10
2087/6 2087/6
LINK [1] 1967/16
LINKED [1] 1967/20
LIST [5] 2028/18 2033/15 2041/22
2053/6 2086/1
LISTED [5] 2022/13 2033/23 2039/7
2041/18 2053/8
LISTENING [2] 2031/7 2084/16
LITIGATION [11] 1961/7 1984/12
1984/22 2021/19 2049/13 2051/9 2052/2
2053/25 2072/3 2075/3 2075/24
LITTLE [26] 1964/1 1971/18 1973/15
1974/12 1978/10 1982/6 1982/10
1983/20 1984/2 1984/8 1986/11 1990/24
1993/6 1995/18 2020/16 2027/3 2044/21
2047/1 2065/11 2071/1 2071/1 2071/3
2071/21 2080/24 2082/5 2091/16
LIVE [7] 2032/15 2033/6 2034/23
2034/24 2045/6 2088/10 2091/7
LIVES [2] 2033/24 2033/25
LLC [3] 1959/21 1960/9 1960/12
LOAD [1] 2046/6
LOADINGS [3] 2059/5 2065/22 2076/9

LOCAL [8] 1997/20 1997/23 1998/2
1998/3 1998/19 2013/3 2016/20 2026/20
LOCALS [1] 2027/1
LOCATED [2] 2068/1 2068/2
LOCATION [10] 1972/8 1973/14 2013/12
2013/12 2068/1 2069/11 2082/24
2084/14 2086/8 2090/11
LOCATIONS [11] 1971/3 1971/11
1972/4 1972/12 2000/19 2000/20 2013/9
2070/3 2070/6 2072/12 2083/6
LOCK [5] 2081/25 2081/25 2082/7
2082/16 2082/18
LOGICALLY [1] 2089/15
LONG [11] 1987/23 2024/4 2035/16
2040/14 2047/11 2056/6 2057/22
2061/25 2062/24 2066/2 2082/22
LONG-WAVE [1] 2047/11
LOOK [68] 1965/14 1970/10 1972/6
1972/7 1972/19 1973/4 1973/9 1979/22
1981/12 1983/7 1984/19 1984/20 1987/7
1988/18 1989/10 1989/14 1989/19
1990/18 1990/19 1991/15 1991/17
1992/22 1994/5 1998/13 1999/17
2001/14 2002/7 2002/23 2003/3 2004/5
2004/6 2005/7 2006/8 2008/18 2012/24
2013/8 2013/15 2013/15 2013/20
2014/11 2014/22 2015/12 2015/12
2015/20 2016/5 2016/5 2016/20
2016/24 2017/3 2017/4 2023/20 2024/10
2025/18 2026/8 2026/15 2028/6 2028/17
2029/12 2033/24 2042/13 2050/18
2073/6 2075/16 2076/3 2079/20 2085/14
2086/25 2089/11
LOOKED [11] 2013/9 2026/5 2047/7
2053/8 2064/2 2076/8 2077/6 2089/2
2089/5 2090/9 2090/11
LOOKING [18] 1965/11 1973/5 1976/18
1984/3 1992/13 2000/24 2015/16 2018/3
2052/16 2052/17 2053/21 2055/20
2056/11 2060/17 2075/20 2077/16
2077/17 2081/21
LOOKS [4] 2016/9 2028/24 2082/5
2082/25
LOOP [1] 2029/16
LOS [1] 1959/16
LOSE [1] 1974/13
LOSS [5] 1994/24 1995/9 1995/11
2011/1 2033/8
LOST [1] 2082/2
LOT [29] 1968/21 1968/23 1969/10
1974/14 1974/23 1974/25 1975/2
1975/15 1975/25 1975/25 1979/18
1985/3 1985/5 1985/5 1985/12 1997/8
1997/22 2000/16 2004/20 2010/1 2010/6
2010/7 2018/25 2034/11 2052/15 2054/6
2055/19 2076/5 2087/8
LOTS [3] 1977/13 1982/7 1988/25
LOUISIANA [28] 1959/2 1959/6 1959/20
1959/23 1960/7 1960/10 1960/14
1960/17 1960/21 1960/25 1961/8
1961/21 1974/3 1974/9 1985/19 1995/20
1996/7 1996/20 2006/11 2016/2 2028/25
2036/6 2051/5 2053/17 2073/13 2074/24
2087/5 2092/21
LOUTRE [1] 2003/14 2004/10 2005/16
LOW [3] 2068/22 2089/24 2091/14
LOWER [6] 1970/5 1970/9 1973/15
2070/12 2087/14 2089/13
LPV [5] 1980/5 1994/12 1997/11
2006/14 2024/1
LSU [3] 2075/9 2075/19 2077/4
LUETTICH [3] 1964/1 1964/15 1964/16
LUISA [2] 2042/16 2042/25

L

LUMPS [1]  2052/10
LUSH [1]  1982/10

M

M-O-N-O-C-H-R-O-M-A-T-I-C [1]
 1977/19
MADE [12]  1967/5 1986/2 1986/5 1986/8
 1986/11 1994/13 1999/7 2009/5 2054/20
 2058/2 2077/7 2086/24
MAILING [1]  2028/18
MAIN [4]  1960/20 1986/17 1986/25
 1987/4
MAINTAIN [4]  2009/15 2011/6 2011/13
 2051/19
MAINTAINED [1]  1996/11
MAINTAINING [1]  2011/3
MAINTENANCE [7]  2007/14 2007/14
 2009/1 2009/5 2009/8 2010/25 2035/24
MAJOR [4]  1974/15 2032/6 2068/14
 2068/17
MAJORITY [3]  2052/22 2058/14 2065/16
MAKE [25]  1974/14 1976/11 1979/12
 1993/3 2007/4 2008/2 2019/22 2030/15
 2031/5 2035/3 2035/4 2039/9 2057/1
 2057/16 2073/14 2074/3 2076/23
 2076/25 2080/7 2088/6 2088/11 2088/22
 2089/17 2090/8 2091/20
MAKES [3]  1964/21 1964/24 2056/12
MAKING [1]  1965/1
MALFUNCTIONED [1]  2082/2
MAN [1]  1994/13
MAN-MADE [1]  1994/13
MANAGEMENT [1]  2037/20
MANNER [4]  2009/4 2009/7 2009/8
 2036/2
MANUALS [1]  2048/20
MANY [21]  1974/6 2027/14 2032/7
 2042/1 2050/10 2051/23 2062/23
 2063/10 2063/10 2069/23 2072/11
 2072/11 2072/15 2072/20 2073/9
 2073/14 2073/15 2076/7 2083/5 2083/6
 2087/15
MAP [2]  2013/9 2036/23
MARC [1]  1961/13
MARCH [1]  2028/22
MARCH 1987 [1]  2028/22
MARK [12]  2044/16 2076/21 2077/5
 2077/6 2077/7 2077/7 2077/14 2077/17
 2080/19 2080/23 2081/9 2090/12
MARKED [8]  1972/7 1976/21 1980/22
 1986/21 1986/21 2012/21 2012/24
 2021/10
MARKER [4]  1999/12 2070/21 2071/13
 2071/17
MARKERS [2]  2070/22 2071/14
MARKS [38]  1969/11 1969/14 1970/5
 1970/18 1971/3 1971/6 1971/12 2074/13
 2076/12 2076/12 2077/2 2077/3 2077/9
 2077/12 2077/13 2077/18 2077/24
 2077/24 2078/5 2078/9 2078/15 2078/22
 2079/6 2079/12 2079/13 2079/16
 2079/22 2081/13 2087/12 2087/13
 2087/17 2087/21 2088/3 2088/11
 2089/10 2089/12 2089/14 2090/10
MARSH [6]  1984/8 1994/11 1995/19
 1996/7 2032/7 2038/1
MARSHES [3]  1996/20 2003/6 2003/13
MARSHLAND [2]  2004/9 2005/15
MARYLAND [2]  2033/24 2033/25
MASHRIQUI [1]  2075/19
MASSIVE [1]  2007/22
MASSIVELY [1]  2069/24
MASTER [1]  2046/23
MASTER'S [1]  2047/18
MATCH [1]  1971/3
MATERIAL [2]  2044/17 2059/9
MATERIALS [2]  1981/7 1982/23
MATHEMATICAL [2]  2043/7 2043/10
MATHEMATICS [1]  2047/16
MATTER [8]  1986/18 1986/25 2033/21
 2034/4 2034/23 2065/23 2065/24
 2092/22
MATTERS [12]  2030/13 2031/12
 2031/13 2037/19 2039/10 2065/11
 2065/19 2066/7 2066/8 2066/15 2066/21
 2067/6
MAUREPAS [1]  1970/23
MAX [1]  2018/9
MAXIMUM [16]  1999/21 1999/23
 2000/20 2015/3 2016/5 2016/7 2017/3
 2069/2 2069/10 2069/23 2070/14 2078/4
 2087/3 2090/10 2090/14 2090/20
MAY [30]  1973/23 1977/15 1980/20
 1980/21 1981/2 1983/1 1989/12 2007/24
 2011/25 2017/9 2017/11 2019/6 2020/5
 2021/7 2021/8 2021/10 2031/1 2031/2
 2031/11 2033/10 2039/11 2039/22
 2041/13 2043/22 2045/17 2061/11
 2061/18 2061/23 2065/1 2088/16
MAYBE [6]  2007/19 2028/5 2039/25
 2043/18 2070/22 2089/16
MCCONNON [1]  1961/13
ME [51]  1968/21 1973/21 1973/23
 1974/17 1983/14 1984/15 1987/21
 1988/13 1989/14 2001/12 2002/15
 2003/4 2006/2 2011/14 2015/20 2016/9
 2020/3 2023/10 2025/1 2027/4 2029/13
 2033/1 2035/4 2035/7 2039/14 2042/15
 2044/19 2044/21 2054/25 2055/10
 2055/13 2060/20 2060/24 2061/8
 2061/14 2063/9 2063/22 2065/18 2066/9
 2070/4 2070/16 2070/19 2074/22
 2077/21 2079/8 2079/10 2082/25
 2088/24 2090/13 2090/21 2092/5
MEAN [22]  1965/4 1965/12 1966/15
 1966/20 1966/20 1966/22 1967/12
 1975/22 1987/17 1992/24 1993/13
 2000/3 2006/5 2009/3 2015/25 2018/16
 2024/7 2040/7 2040/10 2047/2 2069/1
 2089/20
MEANING [1]  2038/2
MEANINGLESS [1]  2001/11 2025/1
 2025/1
MEANS [4]  1968/21 1968/25 2002/3
 2090/3
MEANT [1]  2000/1
MEASURE [1]  2078/24
MEASURED [7]  2058/1 2068/5 2076/16
 2076/17 2081/21 2088/3 2089/14
MEASUREMENTS [4]  2083/5 2086/7
 2086/9 2091/8
MEASURES [5]  1997/6 1997/14 1997/17
 1997/23 1998/16
MECHANICAL [1]  1961/24
MECHANICS [1]  2047/8
MECHANISMS [1]  2060/17
MEETS [1]  2060/7
MEMBERS [3]  2072/14 2072/15 2073/24
MEMORANDA [1]  1997/13
MEMORY [2]  2016/9 2062/18
MENTAL [1]  2088/24
MENTEUR [1]  1972/17
MENTIONED [3]  2041/7 2071/20 2089/4
MESSY [2]  2034/10 2034/12
METHOD [2]  2036/2 2060/16 2086/21
 2087/22
METHODOLOGY [8]  2055/11 2057/18
 2057/18 2059/24 2060/7 2060/14 2064/2
 2064/7
METHODS [5]  1964/17 1964/20 1965/10
 2056/13 2062/16
MEXICO [5]  1969/17 1974/2 2004/12
 2005/18 2049/21
MICHAEL [2]  1960/19 1960/19
MICHELE [1]  1961/12
MID [3]  2004/7 2005/13 2012/15
MID-1950S [1]  2012/15
MIDDLE [2]  1989/24 2029/14
MIGHT [6]  1963/19 1977/12 2062/1
 2068/16 2084/10 2089/17
MILE [14]  1982/5 1999/12 1999/16
 1999/19 1999/22 2029/18 2029/18
 2030/3 2070/21 2070/21 2071/5 2071/13
 2071/14 2071/17
MILES [8]  1979/8 1984/6 2004/9
 2005/15 2030/5 2071/2 2071/3 2071/10
MILIEU [4]  2007/10 2011/25 2012/1
 2024/21
MILITARY [1]  2048/4
MILLER [3]  1961/14 2035/22 2035/25
MILLION [3]  1998/7 2046/5 2051/16
MIMIC [1]  2087/16
MIMICKING [1]  2089/9
MIND [4]  1975/4 2037/7 2061/23
 2088/23
MINE [1]  2007/10
MINUTES [2]  2039/9 2092/9
MISCHARACTERIZES [1]  2061/12
MISLEADING [1]  1977/15
MISSION [7]  2047/23 2048/1 2048/2
 2048/3 2048/4 2048/7 2048/17
MISSIONS [2]  2048/4 2048/11
MISSISSIPPI [7]  1968/1 1973/1 2021/5
 2025/16 2036/12 2046/4 2087/23
MITIGATION [1]  2037/3
MITSCH [1]  1961/14
MIX [1]  2024/17
MIXTURE [1]  1979/13
MODEL [120]  1963/11 1963/18 1963/21
 1963/22 1964/13 1964/25 1965/3 1965/5
 1965/24 1966/4 1966/5 1966/10 1966/13
 1966/16 1966/16 1966/17 1966/20
 1966/21 1966/24 1967/1 1967/9 1967/10
 1967/15 1967/18 1967/18 1967/19
 1967/20 1967/23 1967/25 1968/19
 1969/4 1969/4 1969/15 1969/24 1969/25
 1970/17 1971/4 1971/14 1971/19
 1971/23 1972/12 1972/15 1972/16
 1972/25 1973/5 1973/14 1973/17
 1973/25 1974/20 1974/21 1974/22
 1975/2 1977/10 1977/15 1978/10
 1978/13 1985/8 1991/7 1991/21 1991/22
 1992/24 1993/2 2004/22 2004/23
 2004/24 2005/23 2006/9 2006/12
 2006/13 2006/13 2006/14 2014/20
 2019/16 2047/19 2049/19 2049/20
 2049/21 2049/22 2052/13 2056/12
 2056/14 2056/17 2057/4 2063/23
 2064/17 2073/9 2073/17 2074/6 2074/7
 2084/4 2084/7 2084/17 2085/7 2085/21
 2085/24 2086/3 2086/10 2086/16
 2086/17 2087/1 2087/4 2087/16 2087/17
 2087/20 2087/25 2087/25 2088/4 2088/9
 2088/12 2089/3 2089/8 2089/8 2089/11
 2089/13 2089/24 2090/2 2090/13
 2090/18 2091/12 2091/22
MODEL'S [1]  2006/16

Case 2:05-cv-04182-SRD-JCW Document 19009-87 Filed 05/20/09 Page 151 of 162

MODELED [5] 1966/9 1966/12 1966/14 2013/22 2014/8
MODELER [1] 1964/7
MODELERS [1] 1977/12
MODELING [19] 1968/24 1974/11 1989/2 1991/11 2006/5 2051/6 2053/16 2053/20 2056/8 2056/20 2073/10 2074/12 2083/16 2084/3 2084/4 2084/8 2085/11 2085/17 2086/11
MODELS [23] 1964/21 1967/2 1971/24 1984/13 1984/23 1985/1 1985/15 2047/18 2048/19 2049/12 2049/24 2051/23 2054/6 2056/8 2056/10 2056/12 2056/15 2073/6 2074/16 2083/7 2083/12 2091/6 2091/14
MODERATE [1] 1980/15
MODIFICATIONS [2] 1967/5 2036/17
MOMENT [3] 2017/9 2066/9 2082/18
MONDAY [1] 2044/1
MONETARY [1] 2037/1
MONEY [8] 1997/17 1997/18 1998/1 1998/9 1998/17 2010/19 2011/2 2011/10
MONOCHROMATIC [1] 1977/19
MONTHS [1] 2073/12
MONTVAI [2] 2036/10 2036/12
MORE [37] 1966/5 1969/22 1975/25 1977/13 1982/10 1984/19 1991/14 1999/5 2001/18 2020/14 2020/16 2021/9 2021/12 2023/12 2028/4 2044/3 2049/20 2051/1 2054/24 2054/24 2056/7 2061/3 2062/19 2068/23 2069/6 2070/3 2070/5 2071/1 2071/1 2074/9 2075/20 2075/24 2079/1 2084/6 2089/17 2091/20 2092/9
MORGAN [1] 1960/25
MORNING [1] 2084/17
MORRIS [2] 2000/3 2002/12
MORRIS' [1] 1990/4
MOSHER [3] 2037/6 2037/10 2037/11
MOST [30] 1966/5 1968/19 1968/22 1969/5 1969/6 1977/6 1979/2 1994/1 2011/23 2013/16 2014/19 2019/20 2019/24 2028/19 2032/1 2050/7 2058/12 2060/17 2065/11 2065/19 2065/23 2065/24 2066/7 2066/8 2066/15 2066/21 2067/6 2080/5 2082/16 2090/19
MOSTLY [2] 1975/23 1976/18
MOTION [7] 2039/4 2041/8 2042/16 2042/24 2043/14 2043/16 2044/22
MOTIONS [7] 2034/12 2039/18 2040/3 2040/15 2040/18 2041/3 2054/6
MOVE [3] 2043/23 2071/22 2076/12
MOVED [1] 2041/9
MOVEMENT [2] 2048/13 2048/14
MOVING [1] 2041/7
MR [2] 2042/6 2043/19
MR. [21] 1968/5 1968/6 1968/9 1975/4 2035/23 2036/12 2039/15 2041/7 2043/5 2044/11 2044/18 2045/1 2046/1 2046/13 2052/24 2054/3 2055/4 2056/20 2056/22 2060/5 2065/8
MR. BRUCE [1] 2046/1
MR. BRUNO [2] 2045/1 2060/5
MR. EBERSOLE [10] 1968/5 1968/6 1968/9 2043/5 2044/11 2044/18 2046/13 2054/3 2055/4 2065/8
MR. EBERSOLE'S [1] 2052/24
MR. FITZGERALD [2] 2056/20 2056/22
MR. MILLER [1] 2035/23
MR. MONTVAI [1] 2036/12
MR. ROY [1] 2041/7
MR. SMITH [2] 1975/4 2039/15

MRGO [85] 1961/7 1973/18 1974/16 1975/7 1977/1 1986/9 1987/2 1987/9 1987/20 1988/9 1988/14 1988/20 1989/25 1990/2 1990/9 1990/13 1990/21 1991/19 1992/3 1992/7 1992/9 1992/21 1993/10 1994/19 1994/19 1995/17 1996/13 1996/17 1997/13 1998/6 1998/16 1999/2 1999/4 1999/11 1999/22 2000/9 2000/15 2000/22 2001/6 2001/16 2003/11 2003/12 2004/8 2004/17 2005/14 2005/21 2006/20 2006/25 2007/5 2007/14 2007/15 2007/15 2007/16 2007/21 2008/3 2009/1 2009/15 2010/19 2011/1 2011/17 2012/4 2012/13 2012/17 2013/12 2013/24 2014/8 2027/22 2028/11 2028/22 2029/2 2029/16 2030/2 2032/9 2033/8 2034/7 2034/8 2035/24 2036/6 2036/16 2037/21 2038/2 2065/14 2071/14 2075/11
MRGO'S [1] 2011/9
MUCH [32] 1964/5 1975/1 1975/9 1982/3 1983/10 1990/16 1998/20 2002/17 2002/17 2014/4 2018/22 2021/16 2045/10 2046/9 2050/8 2051/10 2052/12 2053/17 2056/5 2066/4 2068/23 2070/11 2070/12 2073/12 2075/20 2076/13 2085/22 2086/15 2086/19 2086/21 2091/19 2092/7
MULTIPLE [1] 2022/13
MULTIPLICATION [1] 2057/22
MULTIPLY [1] 2057/25
MULTIPLYING [2] 2057/20 2090/18
MUST [1] 2034/11
MY [51] 1963/19 1967/24 1975/16 1975/19 1976/5 1976/9 1976/10 1978/4 1978/23 1979/5 1979/19 1981/23 1988/13 1994/4 1997/19 1998/7 2000/18 2005/1 2006/11 2012/1 2016/2 2016/9 2017/23 2020/19 2024/21 2030/16 2031/6 2033/16 2034/13 2044/20 2047/18 2055/14 2055/18 2056/7 2060/19 2061/2 2061/23 2061/23 2063/8 2063/23 2063/24 2065/21 2065/23 2070/2 2070/2 2074/21 2076/6 2085/11 2085/25 2089/18 2092/21
MYER [1] 1961/15
MYSELF [2] 1982/11 2037/9

N

NAIL [1] 2031/24
NAME [1] 2045/21
NAME'S [1] 1981/15
NAMED [1] 2056/23
NATION [2] 2048/2 2050/25
NATIONAL [4] 1970/1 1980/1 1985/24 2074/8
NATURAL [3] 1994/11 2004/9 2005/15
NAVD88 [1] 2067/20
NAVIGATION [8] 1970/7 2017/18 2017/22 2017/25 2019/5 2019/14 2024/13 2048/5
NAVIGATIONAL [1] 2013/1
NEAR [4] 1972/16 1992/18 2079/20 2089/14
NEARLY [3] 1984/16 1990/3 1990/3
NECESSARILY [1] 1969/6
NECESSARY [1] 2026/21
NECESSITATED [1] 2009/4
NEED [12] 1969/8 1974/5 1976/11 1982/11 1990/12 2005/7 2006/8 2023/22 2039/16 2063/8 2063/12 2083/6
NEEDED [5] 1980/9 1996/22 2009/23

2010/9 2051/3
2063/17 2067/6
NEGLIGIBLE [1] 2021/6
NESTED [1] 1969/21
NETHERLANDS [2] 1967/13 2060/19
NEVER [13] 1966/9 1966/12 1967/9 2007/17 2007/18 2010/21 2037/7 2058/9 2058/11 2073/4 2073/8 2073/11 2074/14
NEW [34] 1959/6 1959/20 1959/23 1960/10 1961/4 1961/4 1961/8 1961/21 1967/25 1978/6 1978/8 1978/9 1987/4 1987/11 1987/12 1987/22 2012/17 2024/9 2024/12 2025/11 2025/13 2025/14 2025/15 2032/8 2037/17 2037/20 2044/5 2044/12 2044/12 2044/17 2049/6 2050/18 2051/22 2075/8
NEW HAMPSHIRE [1] 2049/6
NEW ORLEANS [15] 1978/6 1978/8 1978/9 1987/11 2002/2 2012/17 2024/9 2024/12 2025/11 2025/13 2025/14 2025/15 2037/17 2037/20 2075/8
NEXT [9] 1975/12 1994/4 2023/20 2027/3 2028/21 2043/22 2084/25 2085/10 2085/21
NITTY [1] 2074/1
NITTY-GRITTY [1] 2074/1
NO [53] 1967/12 1978/5 1981/1 1982/6 1984/13 1984/22 1987/25 1988/1 1989/4 1991/2 1991/3 1991/4 1992/8 1992/8 1992/11 1992/12 1994/2 1995/16 1999/7 2000/23 2011/18 2014/17 2015/21 2017/19 2017/19 2018/7 2018/11 2023/17 2025/8 2030/24 2031/10 2032/9 2035/2 2035/12 2039/9 2040/2 2043/10 2054/23 2055/14 2056/2 2058/3 2058/10 2060/7 2060/24 2061/8 2063/15 2064/8 2064/21 2071/16 2076/1 2081/14 2086/15 2092/4
NO. [1] 1987/7
NO. 1 [1] 1987/7
NOAA [2] 1970/1 2083/23
NOBODY [1] 1998/20
NOD [2] 2072/21 2072/23
NONE [2] 2055/13 2060/21
NONEXISTENT [1] 1979/24
NONGOVERNMENTAL [1] 2072/14
NOR [1] 2033/21
NORMAL [1] 1977/18
NORMAN [1] 1959/5
NORTH [11] 1964/2 1999/6 2000/15 2001/1 2001/16 2001/21 2001/23 2029/14 2030/2 2030/6 2030/7
NORTH CAROLINA [1] 1964/2
NOT [123] 1964/5 1964/17 1965/24 1967/2 1969/6 1969/9 1969/16 1971/11 1971/14 1972/13 1972/25 1973/2 1974/13 1975/6 1975/9 1975/24 1976/1 1976/3 1976/5 1976/14 1976/15 1976/17 1978/13 1979/19 1980/19 1981/1 1981/6 1982/10 1982/17 1983/22 1983/24 1984/17 1984/25 1985/8 1985/13 1989/5 1990/16 1992/13 1993/6 1995/1 1997/14 1997/16 1998/15 1999/23 2000/18 2000/23 2007/4 2007/6 2007/10 2007/10 2007/21 2007/22 2010/3 2011/6 2011/13 2011/23 2014/20 2016/23 2021/11 2022/13 2022/18 2022/23 2023/1 2023/2 2023/5 2023/24 2024/4 2024/21 2025/6 2027/23 2028/19 2032/14 2032/23 2033/6 2033/20 2034/3 2034/5 2035/15 2035/16 2035/21 2036/1 2038/4 2038/6 2038/14 2038/20 2039/20 2039/22 2041/24 2042/8 2042/12 2045/2 2054/6

**N**

NOT... [31] 2054/14 2054/21 2055/5
2057/17 2057/20 2058/10 2058/15
2058/17 2060/9 2060/9 2062/5 2062/17
2062/22 2064/21 2064/23 2068/7
2069/23 2076/1 2076/3 2078/3 2078/7
2078/20 2081/8 2084/18 2085/22
2085/23 2087/10 2089/25 2091/7 2092/4
2092/7
NOTE [2] 1983/9 2031/16
NOTED [1] 2038/9
NOTES [2] 2031/5 2031/8
NOTHING [3] 2024/6 2075/24 2088/8
NOTICE [3] 1997/2 2010/12 2015/19
NOTICED [3] 2034/1 2034/3 2034/4
NOTING [1] 2032/25
NOTION [2] 2007/25 2033/7
NOURISHMENT [1] 2058/22
NOW [48] 1963/19 1964/24 1965/18
1968/4 1982/8 1986/15 1987/7 1990/21
1992/17 1993/23 1999/13 1999/19
2002/7 2002/11 2007/14 2007/23 2013/8
2014/3 2014/12 2016/15 2019/23
2020/10 2021/21 2022/4 2022/7 2025/10
2026/8 2027/20 2031/4 2034/17 2035/8
2035/22 2039/18 2040/4 2043/1 2043/12
2044/12 2053/23 2056/4 2056/7 2058/9
2060/11 2062/20 2063/1 2074/17 2083/1
2084/24 2092/11
NOWHERE [1] 1975/17
NUDGING [1] 1971/19
NUMBER [24] 1977/13 2013/9 2031/17
2044/18 2047/16 2048/2 2048/4 2049/5
2049/22 2051/5 2053/14 2056/17
2056/19 2057/20 2057/20 2057/25
2070/4 2070/8 2071/21 2077/11 2079/7
2081/25 2082/7 2084/9
NUMBERED [1] 2092/22
NUMBERS [4] 1963/11 1991/17 2017/4
2064/3
NUMERAL [5] 2013/17 2014/16 2014/16
2014/18 2014/18
NUMERICAL [7] 1984/13 1984/23
1985/1 1985/8 1985/15 2048/19 2083/7
NUMERICALLY [1] 2013/2
NUMEROUS [1] 2045/2

**O**

O'BRIEN [1] 1961/3
O'DONNELL [2] 1959/15 1959/15
OAK [1] 1960/3
OATH [1] 1965/18
OBJECT [7] 1980/25 2027/10 2033/18
2042/9 2076/23 2082/9 2082/13
OBJECTED [2] 2041/11 2041/12
OBJECTION [7] 2030/23 2034/24
2033/16 2035/2 2035/12 2054/4 2061/11
OBJECTIONS [2] 2033/17 2041/10
OBLIGATION [1] 2042/5
OBSERVED [7] 1970/5 1970/8 1970/18
1971/3 2076/21 2076/22 2079/12
OBTAIN [3] 2010/9 2046/20 2077/1
OBTAINED [2] 1970/4 2046/22
OBTAINING [2] 2011/10 2036/16
OBVIOUS [1] 2068/18
OBVIOUSLY [4] 1995/3 2010/9 2083/1
2085/21
OCCUR [5] 1978/5 2004/18 2005/22
2009/6 2021/8
OCCURRED [3] 2053/13 2066/16
2067/10
OCCURRING [3] 1972/3 2027/22

2028/11
OCCURS [4] 2060/18 2086/18
OCEAN [1] 2025/16
OCEAN SPRINGS [1] 2025/16
OCEANOGRAPHER [1] 1978/20
OCEANOGRAPHIC [1] 1977/9
OCEANOGRAPHY [2] 1987/24 2047/13
OCEANWEATHER [1] 2083/23
OCTOBER [2] 1976/10 2011/18
OFF [3] 2020/3 2022/21 2022/22
OFFER [2] 2054/9 2063/17
OFFERED [4] 2038/24 2041/20 2061/22
2062/24
OFFICE [4] 1960/7 1960/14 1960/22
1960/24
OFFICES [1] 1959/18
OFFICIAL [3] 1961/20 2092/20 2092/25
OFTEN [1] 2072/22
OFTENTIMES [1] 2074/3
OH [4] 1973/2 2002/5 2022/6 2042/25
OKAY [34] 1965/18 1972/9 1974/17
1976/16 1983/1 1983/3 1986/24 1991/20
1991/20 1992/16 1992/23 1992/24
1992/25 1996/25 1998/11 2000/11
2002/5 2008/23 2009/14 2018/3 2018/4
2022/20 2029/3 2029/9 2029/9 2030/4
2030/5 2039/25 2040/10 2044/22
2057/24 2058/6 2083/16 2089/15
OLD [1] 2000/16
OMIT [1] 2017/3
ON [214]
ON THE [1] 1985/10
ONCE [11] 1965/21 1997/9 2019/4
2021/8 2027/23 2057/16 2064/7 2067/9
2085/9 2085/13 2085/14
ONE [69] 1967/25 1971/19 1974/18
1975/16 1976/24 1977/1 1977/6 1978/24
1978/25 1984/19 1985/23 1987/6
1990/17 1990/18 1990/22 1992/8
1995/24 2007/2 2019/15 2019/25
2021/25 2023/20 2024/8 2024/10
2027/14 2028/7 2028/10 2028/13 2029/3
2032/22 2033/4 2043/2 2043/13 2043/21
2044/15 2044/18 2045/3 2048/5 2049/1
2049/2 2049/2 2050/7 2051/17 2052/11
2053/8 2055/20 2057/20 2062/10
2062/13 2062/17 2062/23 2064/1 2064/1
2065/18 2065/24 2068/17 2070/24
2073/23 2075/10 2079/9 2079/16
2079/19 2080/24 2081/9 2081/17 2084/2
2084/20 2084/21 2084/21
ONE-THIRD [3] 1976/24 1977/1 1977/6
ONES [8] 1982/18 2015/8 2018/6
2032/21 2041/11 2041/19 2041/21
2088/21
ONGOING [1] 2029/1
ONLY [14] 1963/14 1963/20 1968/16
1968/17 1973/2 1978/15 1992/18
1992/19 2013/12 2018/9 2020/11
2042/10 2043/12 2084/11
ONSET [6] 1994/14 2014/20 2016/22
2019/19 2019/20 2020/12
OPEN [3] 2003/8 2011/19 2032/7
OPERATE [1] 2009/15
OPERATION [3] 2007/13 2007/14
2008/25
OPERATIONS [1] 2010/25
OPERATOR [1] 2081/25
OPINE [1] 2032/15
OPINION [22] 1966/6 1987/1 1987/4
1987/4 1987/7 1987/8 1987/15 1988/14
1989/2 1989/12 1994/5 2003/3 2006/20
2006/24 2007/3 2024/17 2025/6 2031/18

2065/9 2065/10 2067/15 2071/23
2072/9 2072/16 2073/8 2074/18
1986/25 2028/7 2031/17 2031/23
2053/24 2054/8 2055/4 2061/1 2061/22
2062/23 2063/6 2063/16
OPPORTUNITY [3] 2034/25 2051/4
2054/7
OPPOSED [1] 2081/9
OPPOSITE [3] 2001/22 2001/24 2002/3
OR [50] 1971/17 1972/3 1975/18 1976/4
1976/17 1979/4 1982/20 1983/25 1991/2
1991/3 1991/4 1993/9 1996/8 1996/22
2000/4 2001/11 2002/19 2003/4 2007/9
2011/17 2012/15 2017/19 2018/20
2021/12 2031/20 2034/21 2040/25
2041/18 2043/22 2048/19 2053/10
2057/18 2059/8 2060/9 2062/24 2063/11
2069/6 2070/15 2071/10 2076/20
2076/21 2076/24 2078/13 2078/23
2082/2 2082/9 2084/12 2084/18 2085/23
2091/8
ORDER [4] 2032/4 2043/7 2054/5
2063/5
ORGANIZATION [1] 2049/3
ORGANIZATIONS [1] 2092/1
ORIENT [4] 2067/17 2070/17 2077/21
2081/18
ORIGINAL [14] 1988/19 1993/8 1993/21
1995/2 1996/13 1997/13 2006/20
2006/22 2006/25 2007/15 2008/4 2009/1
2012/15 2041/22
ORLEANS [23] 1959/6 1959/20 1959/23
1960/10 1961/8 1961/21 1978/6 1978/8
1978/9 1987/11 1987/14 2002/2 2012/17
2024/9 2024/12 2025/11 2025/13
2025/14 2025/15 2037/17 2037/20
2038/14 2075/8
ORLEANS PARISH [1] 2038/14
OSCILLATIONS [1] 2078/11
OTHER [47] 1964/16 1967/6 1971/19
1975/22 1977/12 1985/15 2001/10
2002/4 2002/5 2010/16 2011/7 2012/4
2015/15 2019/24 2020/5 2032/10
2032/12 2035/17 2037/18 2038/25
2039/9 2042/17 2056/18 2061/16
2065/20 2070/3 2070/6 2070/7 2070/22
2071/19 2071/21 2072/15 2072/15
2073/2 2076/7 2077/12 2080/25 2082/1
2082/9 2083/6 2084/12 2084/21 2087/19
2089/18 2090/9 2091/9 2091/9
OTHERS [7] 2027/16 2050/25 2055/24
2084/9
OTHERWISE [1] 2035/16
OUR [47] 1969/21 1974/12 1975/1
1985/15 1991/20 2033/15 2033/17
2039/4 2040/11 2042/4 2042/12 2043/21
2045/5 2045/25 2048/10 2048/12
2048/17 2048/20 2050/18 2050/20
2051/2 2051/6 2051/23 2056/18 2058/14
2068/25 2072/9 2072/16 2072/25 2073/1
2073/17 2074/6 2074/10 2075/7 2077/11
2081/20 2082/6 2082/16 2083/7 2083/13
2084/4 2086/5 2087/1 2087/10 2088/6
2088/10 2091/9
OURSELVES [1] 2086/5
OUT [42] 1968/18 1970/19 1973/18
1974/7 1974/16 1974/18 1981/24 1982/9
1983/5 1984/13 1984/22 1986/16 1992/2
1992/17 1993/25 2009/11 2011/25
2012/1 2015/15 2017/19 2018/24 2031/5
2031/21 2031/22 2033/6 2033/19
2033/21 2035/8 2035/10 2035/19
2035/21 2042/5 2062/1 2069/3 2070/7

# Q

OUT... [7] 2071/23 2073/12 2078/10
2079/10 2080/22 2087/22 2089/5
OUT-OF-COURT [1] 2033/19
OUTLET [6] 2013/22 2014/1 2014/4
2014/6 2021/6 2021/10
OUTLINED [1] 1972/22
OUTPUT [9] 1969/19 1977/10 2018/16
2018/22 2043/8 2056/11 2056/12
2056/14 2057/24
OUTPUTS [3] 2057/3 2057/4 2057/5
OUTSIDE [7] 1969/4 1969/10 2023/21
2036/2 2038/6 2067/11 2092/1
OVER [23] 1964/22 1973/15 1974/6
1994/11 1996/17 1999/11 2008/6 2012/3
2031/4 2051/18 2058/12 2064/8 2064/8
2064/8 2066/25 2069/7 2072/16 2077/22
2079/20 2079/22 2080/8 2084/14 2085/4
OVERTOPPED [1] 1984/6
OVERTOPPING [10] 1980/11 1982/4
1983/11 1983/25 2058/24 2058/25
2066/18 2066/18 2085/6 2085/15
OVERWORKED [1] 2054/5
OWEN [1] 2036/20
OWN [8] 1966/10 1966/12 1999/10
2016/2 2058/4 2064/19 2065/21 2076/6

# P

P.O [1] 1961/18
PAGE [65] 1962/2 1965/14 1970/10
1970/15 1970/15 1972/6 1972/11
1972/19 1973/4 1973/5 1973/9 1973/11
1978/21 1979/22 1983/7 1983/17
1984/19 1986/23 1986/23 1987/7 1988/4
1988/17 1989/10 1989/23 1990/7 1990/8
1990/19 1990/19 1991/15 1991/16
1994/6 1998/4 1998/13 1999/3 1999/18
2001/14 2002/7 2002/9 2002/23 2003/10
2003/11 2004/6 2004/6 2005/2 2005/11
2008/18 2008/21 2012/24 2013/8
2013/15 2013/20 2014/11 2014/22
2017/13 2017/24 2019/3 2019/13 2021/2
2022/21 2026/8 2028/21 2029/12
2029/13 2062/10 2077/16
PAGE 12 [1] 1999/3
PAGES [9] 1981/4 1984/16 1986/20
2021/21 2021/22 2031/16 2031/23
2061/25 2062/5
PAID [1] 1981/17
PAINFUL [1] 2054/25
PAIR [1] 2079/15
PALMINTIER [3] 1960/19 1960/19
1960/20
PAM [1] 1964/11
PAPER [1] 1982/22
PARAGRAPH [17] 1965/15 1978/24
1979/2 1979/22 1981/12 1981/20
1984/20 1994/7 1999/4 2001/15 2003/11
2004/6 2012/25 2021/4 2026/9 2029/13
2030/1
PARTICIPATED [1] 2058/10
PARTICULAR [27] 2019/7 2037/2
2037/11 2037/24 2047/17 2056/14
2064/9 2066/7 2068/1 2069/3 2069/11

PARTICULARLY [5] 1999/6 2000/15
2001/16 2074/14 2075/21
PARTS [5] 1983/16 2015/14 2015/15
2074/25 2087/19
PARTY [1] 2023/7
PASS [1] 2015/17
PASSED [1] 2080/8
PASSES [1] 2090/5
PAST [3] 1987/23 2000/21 2092/7
PATTERNS [4] 2087/15 2087/16 2089/8
2089/9
PAUL [4] 1961/11 1961/13 1963/5
1983/1
PAY [2] 1997/23 1998/25
PC [2] 1959/15 1960/2
PEAK [26] 1970/4 1970/6 1970/8
1995/16 1995/16 2014/12 2014/17
2014/19 2014/21 2015/22 2016/23
2017/2 2069/8 2069/10 2077/19 2079/16
2079/21 2079/24 2081/14 2082/4 2087/5
2087/7 2087/18 2088/1 2090/22 2090/23
PEER [19] 2055/10 2055/12 2057/17
2058/3 2059/23 2060/9 2060/13 2060/25
2061/21 2063/7 2063/15 2064/6 2064/10
2073/20 2074/1 2074/8 2085/24 2085/25
2092/1
PEER-REVIEW [1] 2063/7
PEER-REVIEWED [16] 2055/10 2055/12
2057/17 2058/3 2059/23 2060/9 2060/13
2060/25 2061/21 2063/15 2064/6
2064/10 2073/20 2085/24 2085/25
2092/1
PELLUCID [1] 2007/7
PENALTY [2] 1965/15 1965/17
PENETRATED [1] 2080/7
PENETRATING [1] 2080/3
PEOPLE [11] 1967/6 2046/5 2050/5
2051/16 2053/15 2056/17 2072/16
2073/15 2073/16 2077/5 2078/15
PER [1] 2071/4
PERCENT [18] 1970/16 1970/17
1970/19 1978/1 1990/13 1990/22 1992/3
1992/9 1992/10 1992/12 1993/5 2065/16
2089/13 2089/15 2089/16 2090/17
2091/13 2091/15
PERFECT [2] 2062/11 2091/7
PERFECTLY [1] 2009/15
PERFORM [1] 2050/23
PERFORMANCE [3] 2011/16 2059/1
2076/4
PERFORMED [1] 2037/13
PERHAPS [7] 1966/5 1976/10 2009/18
2027/16 2032/13 2051/18 2082/25
PERIOD [3] 2004/20 2072/24 2073/19
PERIPHERY [1] 2072/12
PERJURY [2] 1965/16 1965/17
PERMIT [1] 2039/9
PERMUTATION [1] 2067/3
PERSON [2] 2056/15 2089/21
PERSONAL [1] 2037/19
PERSONALLY [1] 2058/15
PERSPECTIVE [1] 2076/6
PERUSED [1] 2028/19
PETER [1] 1961/15
PHILEN [1] 1961/6
PHONETIC [1] 1986/3
PHOTOGRAPHIC [3] 1980/16 1981/20
1982/24
PHOTOGRAPHS [1] 2082/11

PHRASE [1] 2000/11
PHYSICAL [2] 2063/11 2063/14
PHYSICALLY [2] 2082/2 2082/9
PICK [1] 1972/25
PICTOMETRY [2] 1983/2 1983/4
PICTURE [9] 1969/21 1969/22 1974/10
1977/16 1983/8 1983/12 1983/18
1983/24 2067/24
PICTURES [6] 1981/25 1982/1 1982/2
1982/15 1982/17 2082/8
PIECE [1] 2074/5
PIERCE [1] 1959/15
PILE [1] 2068/8
PILING [1] 2082/9
PILLBOX [1] 2080/25
PLACE [1] 2027/12
PLACED [1] 1965/4
PLACEMENT [1] 2008/3
PLACES [11] 1980/12 1982/5 1982/6
1982/7 1994/1 1999/6 1999/13 2000/14
2002/13 2069/23 2083/5
PLAIN [1] 2016/4
PLAINTIFF [3] 2039/18 2039/25 2040/4
PLAINTIFFS [21] 1959/15 1959/18
1959/21 1960/2 1960/5 1960/9 1960/12
1960/16 1960/19 1960/22 1961/6
1963/11 1963/21 1967/13 1967/15
1967/18 1985/18 1997/1 2034/20 2035/7
2086/11
PLAINTIFFS' [7] 1972/6 1981/18
1994/17 2038/13 2039/5 2084/12
2091/21
PLAN [7] 2022/6 2022/8 2022/10 2023/1
2026/17 2036/21 2036/25
PLANE [1] 2084/6
PLANETARY [1] 1967/19
PLANNING [1] 2026/18
PLAY [2] 2074/17 2074/20
PLC [3] 1959/18 1960/19 1960/23
PLEASE [21] 1963/4 1966/11 1973/13
1978/25 1989/13 1995/23 2003/22
2007/19 2008/11 2014/24 2016/13
2020/3 2020/23 2023/10 2028/7 2040/23
2045/21 2046/13 2060/3 2069/18 2087/1
PLUG [1] 1971/25
PLUNGING [1] 2053/10
PLUNGING-TYPE [1] 2053/10
PLUS [1] 2079/23
PMH [2] 2015/3 2016/20
POINT [38] 1974/11 1988/18 1994/7
1996/10 2000/9 2000/9 2005/10 2005/12
2029/3 2031/21 2035/21 2039/3 2041/6
2041/16 2042/5 2045/2 2057/16 2057/17
2058/3 2062/1 2063/7 2066/8 2066/15
2066/21 2067/6 2068/16 2069/3 2070/7
2070/7 2075/16 2076/11 2079/10
2080/22 2082/3 2082/12 2084/20 2092/8
2092/10
POINTED [3] 1984/13 1984/22 2033/1
POINTING [3] 2033/6 2035/8 2035/10
POINTS [5] 1986/22 2028/5 2065/21
2065/22 2065/24
POLDER [8] 1972/15 1978/6 2065/17
2067/8 2067/12 2075/21 2078/16
2085/17
PONTCHARTRAIN [3] 1972/17 1987/11
2029/17
POOR [2] 1980/14 2011/15
POORLY [2] 1979/15 1979/23
POPULATED [1] 2003/9
PORTION [11] 1964/6 1974/16 2000/10
2000/17 2022/12 2022/18 2026/15

## P

PORTION... [4] 2027/6 2027/6 2029/15 2033/13
PORTIONS [2] 1982/14 2033/21
POSED [1] 1987/13
POSITION [6] 2050/1 2051/11 2051/25 2052/8 2075/10 2076/22
POSITIONS [2] 2037/18 2075/9
POSSIBLE [4] 2018/18 2018/19 2042/13 2057/15
POST [3] 1960/7 1960/14 1960/24
POSTAUTHORIZATION [1] 2038/2
POSTSTORM [3] 2068/12 2068/21 2068/24
POWER [2] 2038/7 2082/2
POWERPOINT [6] 1972/19 1990/7 1990/18 1991/15 2002/7 2028/6
POYDRAS [2] 1960/10 1961/20
PRACTICE [5] 1977/9 1977/9 1977/18 2034/14 2048/21
PRACTICING [1] 2046/17
PRE [5] 1974/17 1990/22 1992/9 2037/4 2068/6
PRE-KATRINA [2] 1990/22 2037/4
PRE-MRGO [2] 1974/17 1992/9
PRE-STORM [1] 2068/6
PRECISE [3] 2026/10 2071/6 2071/8
PRECISELY [2] 2087/13 2088/4
PREDICT [1] 2083/18
PREDICTABLE [1] 2004/2
PREDICTABLY [2] 1994/10 2003/6
PREDICTED [1] 1970/8
PREDICTING [3] 2014/21 2047/19 2050/19
PREDICTION [1] 2014/13
PREDICTIONS [2] 2073/1 2073/18
PREDICTIVE [1] 2086/10
PREMISE [1] 2018/21
PREPARED [7] 2039/12 2039/20 2039/22 2040/8 2041/3 2042/2 2045/15
PREPOSTEROUSLY [1] 1995/25
PRESENCE [3] 2068/14 2078/2 2081/7
PRESENT [5] 1961/6 2018/11 2037/3 2065/25 2066/5
PRESENTATION [2] 2002/8 2028/7
PRESENTED [1] 1988/25
PRESIDENT [1] 2012/5
PRESSURE [1] 2010/1
PRESTORM [3] 2068/12 2068/20 2070/12
PRESUMED [1] 2043/7
PRETEND [1] 1984/17
PRETTY [10] 1969/15 1970/23 1975/1 2006/7 2016/1 2018/4 2026/13 2026/13 2050/8 2073/12
PREVENT [1] 2008/14
PREVENTED [2] 1997/6 2008/16
PREVIOUSLY [2] 1994/11 2003/14
PRIMARILY [6] 1965/12 1981/13 1989/2 2048/12 2051/20 2084/8
PRIMARY [4] 1973/21 1973/24 2019/25 2024/15
PRINCIPLE [2] 1996/4 1996/6
PRINTED [1] 2031/5
PRIOR [10] 1964/11 1980/17 1981/21 1982/14 1982/15 1982/16 1982/18 1982/25 2011/17 2033/22
PRIVATE [1] 2072/15
PROBABLE [4] 2015/3 2016/5 2016/7 2017/3
PROBABLY [13] 1975/11 1983/6 1987/5 1992/22 1998/22 2000/13 2029/4

2034/15 2049/17 2055/17 2068/20 2069/22 2082/11
PROBLEM [8] 2002/25 2027/25 2035/9 2044/4 2044/9 2044/23 2056/14 2076/9
PROBLEMS [3] 2016/19 2044/3 2073/15
PROCEDURES [1] 2036/15
PROCEED [6] 1975/3 2020/24 2026/21 2027/5 2072/23 2072/24
PROCEEDINGS [3] 1959/10 1961/24 2092/22
PROCESS [4] 1968/8 1971/19 2073/11 2088/25
PROCESSES [16] 2037/22 2047/11 2047/13 2047/18 2048/15 2050/9 2051/12 2051/15 2052/13 2053/12 2055/22 2055/22 2055/22 2055/23 2055/23 2058/25
PROCESSING [1] 2082/12
PRODUCE [1] 2021/11
PRODUCED [4] 1961/25 2038/15 2060/18 2083/22
PRODUCTS [1] 2049/22
PROFESSION [1] 2046/13
PROGRAM [3] 2046/5 2046/24 2051/16
PROGRAMS [1] 2049/18
PROJECT [20] 1980/5 1988/14 2009/7 2009/15 2010/10 2010/19 2014/25 2015/21 2016/15 2016/25 2022/18 2022/23 2024/1 2026/20 2027/7 2027/9 2057/6 2058/22 2075/22 2084/5
PROJECTS [9] 2036/16 2036/17 2037/21 2037/22 2051/20 2051/24 2052/3 2091/5 2091/5
PROMISE [2] 1995/22 2062/5
PROPAGATES [1] 2091/18
PROPAGATING [1] 2018/24
PROPERLY [1] 2034/1
PROPERTY [1] 1978/3
PROPOSALS [1] 2023/16
PROPOSE [2] 2044/14 2055/4
PROPOSED [1] 2013/18
PROPOSING [1] 2054/9
PROPOSITION [1] 2008/8
PROTECTED [3] 1984/7 2003/14 2029/18
PROTECTION [18] 1994/13 1994/14 2009/18 2024/19 2026/20 2026/23 2027/9 2029/17 2029/23 2030/3 2030/5 2030/6 2030/7 2036/25 2046/2 2050/2 2058/14 2072/10
PROTECTS [1] 1984/4
PROVED [1] 2005/24
PROVIDE [7] 2048/1 2058/14 2072/10 2077/13 2081/14 2083/7 2085/17
PROVIDED [5] 1982/22 2012/19 2023/3 2036/14 2085/16
PROVIDES [2] 1969/21 1976/22
PROVINCE [3] 1979/20 1984/15 2084/19
PROVISIONALLY [1] 2045/5
PUBLIC [7] 2010/7 2022/15 2024/18 2025/3 2025/7 2025/8 2048/22
PUBLICATION [5] 2064/9 2064/13 2064/14 2086/1 2086/2
PUBLICATIONS [4] 2053/6 2053/14 2053/19 2055/14
PUBLISHED [3] 2006/17 2052/19 2063/24
PULL [10] 1965/13 1978/21 1979/21 1986/20 1988/4 1988/17 2012/21 2025/18 2028/16 2029/7
PUMP [1] 2067/11
PURPORTS [1] 2054/11

PURPOSE [1] 2000/18
PURPOSES [2] 1980/24 1982/17
PURSUING [1] 2020/1
PUT [34] 1966/16 1967/9 1969/14 1971/15 1971/20 1971/21 1974/23 1980/7 1980/8 1994/19 1995/2 1997/10 1998/8 1998/15 2001/19 2002/9 2002/14 2005/5 2006/10 2006/23 2010/2 2015/18 2015/25 2021/2 2029/7 2029/20 2030/19 2043/1 2043/2 2053/15 2059/17 2064/11 2071/17 2072/25
PUTTING [4] 1984/15 1987/17 2008/15 2040/5
PX [24] 1972/20 1976/22 1978/22 1986/21 1988/18 1994/6 1999/3 2002/8 2002/24 2012/21 2012/24 2021/3 2021/22 2028/16 2029/7 2030/20 2031/16 2032/3 2032/13 2032/19 2037/14 2037/16 2038/12 2062/10
PX-068 [3] 2012/21 2012/24 2021/3
PX-103 [1] 1976/22
PX-1363.1 [1] 2037/14
PX-2138.41 [1] 2038/12
PX-2147.1 [1] 2037/16
PX-2159 [1] 2062/10
PX-28 [2] 2032/13 2032/19
PX-306 [1] 2029/7
PX-699 [1] 2032/3
PX-9 [1] 2028/16
PX-91 [10] 1972/20 1978/22 1986/21 1988/18 1994/6 1999/3 2002/8 2002/24 2021/22 2031/16
PX-91.20 [1] 2030/20

## Q

QUALITIES [1] 1980/14
QUALITY [6] 1979/24 1983/14 2057/13 2077/7 2083/21 2088/11
QUESTION [28] 1964/17 1965/9 1965/11 1965/24 1965/25 1966/14 1987/25 1988/7 1995/25 1995/25 1996/2 2003/20 2003/21 2007/7 2008/11 2008/13 2011/14 2059/18 2060/3 2060/11 2061/6 2062/1 2062/7 2063/2 2064/5 2064/22 2065/8 2088/16
QUESTIONS [2] 1994/4 2031/10
QUIBBLES [1] 1964/19
QUICKLY [6] 2013/20 2039/21 2043/23 2077/10 2077/21 2083/11
QUITE [6] 1985/5 2049/22 2068/11 2071/8 2080/8 2087/8
QUOTE [3] 2026/15 2043/6 2044/17
QUOTED [1] 2022/12

## R

R1 [1] 1992/12
RAILING [1] 2078/23
RAINFALL [1] 2038/15
RAISE [1] 1971/2
RAISED [1] 1971/6
RAN [6] 1966/9 1966/12 1973/16 1973/18 1991/24 2014/7
RANGE [3] 1977/24 1981/24 2052/21
RANGING [3] 2068/20 2068/21 2079/13
RAPID [1] 2019/20
RAPIDLY [3] 2013/2 2021/9 2066/16
RATE [1] 1968/10
RATHER [2] 1975/14 2024/6
REACH [64] 1974/16 1974/16 1979/9 1979/15 1980/10 1982/15 1983/22 1988/21 1989/25 1990/2 1990/9 1990/13 1990/21 1992/2 1992/3 1992/7 1992/9 1992/12 1992/12 1992/13 1992/14

REACH... [43]  1992/17 1992/17 1992/18
1993/5 1994/9 1994/19 1995/17 1999/4
1999/19 1999/21 2001/7 2001/15 2003/5
2003/11 2003/12 2004/13 2005/19
2012/13 2013/12 2013/24 2016/12
2032/16 2036/25 2065/14 2065/15
2065/17 2065/18 2065/22 2067/11
2068/2 2069/2 2070/4 2080/6 2080/10
2087/18 2087/24 2088/19 2088/20
2088/23 2089/16 2090/10 2090/20
2090/23
REACH 1 [13]  1989/25 1990/2 1990/9
1990/13 1990/21 1992/3 1992/9 1992/13
1992/17 1992/18 1993/5 2013/24
2016/12
REACH 2 [43]  1974/16 1979/9 1979/15
1980/10 1982/15 1983/22 1992/2 1992/7
1992/12 1992/14 1992/17
1994/9 1994/19 1995/17 1999/4 2001/15
2003/5 2004/13 2005/19 2012/13
2013/12 2032/16 2036/25 2065/14
2065/15 2065/17 2065/18 2065/22
2067/11 2068/2 2069/2 2070/4 2080/6
2087/18 2087/24 2088/19 2088/20
2088/23 2089/16 2090/10 2090/20
2090/23
REACHED [1]  1984/1
REACHES [1]  1979/6
READ [27]  1983/23 1988/2 1994/8
2003/4 2003/5 2004/14 2005/25 2006/1
2008/5 2008/5 2013/3 2021/14 2026/24
2029/19 2032/17 2032/20 2032/21
2032/22 2032/25 2033/2 2034/15 2035/5
2035/6 2035/6 2042/17 2061/2 2062/14
READING [4]  1997/25 2003/19 2022/21
2029/25
READY [1]  2039/24
REAFFIRM [1]  2039/4
REAL [2]  1963/17 1977/21
REALIZATION [1]  2027/8
REALIZE [1]  2063/21
REALIZING [1]  2026/19
REALLY [21]  1978/13 1982/11 1987/2
1993/1 1993/3 1993/5 1993/24 2008/12
2013/20 2014/20 2019/17 2024/8
2031/22 2035/4 2057/6 2068/8 2070/13
2073/6 2080/3 2080/4 2088/21
REASON [3]  2001/18 2025/10 2041/24
REASONABLE [4]  2001/3 2001/8 2045/8
2089/17
REASONABLY [1]  2020/2
REASONS [5]  2019/25 2020/5 2022/13
2022/17 2032/4
REASSURING [1]  1971/20
REAUTHORIZATION [1]  2038/2
REBUTTAL [1]  2041/1
RECALL [6]  1989/17 2021/20 2029/3
2060/22 2064/9 2068/5
RECALLING [1]  2040/25
RECEIVE [1]  2031/13
RECEIVED [1]  2044/10
RECENT [1]  2060/17
RECENTLY [3]  1999/7 2023/12 2051/1
RECESS [4]  2020/21 2040/17 2040/21
2092/17
RECOMMENDED [2]  2011/16 2011/19
RECORD [16]  1984/3 1984/9 1999/25
2001/11 2008/1 2008/2 2030/17 2030/22
2033/1 2034/2 2039/19 2045/22 2056/23
2061/9 2068/18 2092/22
RECORD'S [2]  2001/21 2014/7

RECORDED [3]  1961/24 2076/18
2081/25
RECORDS [1]  2076/19
RECTANGULAR [1]  2014/10
RECUR [1]  1977/22
RECURSIVE [1]  2015/24
RED [6]  1972/22 2002/14 2002/16
2068/10 2081/24 2082/19
REDUCE [10]  1990/13 1990/21 1991/8
1991/11 1992/2 1992/3 1992/4 1992/6
1993/4 2059/14
REDUCING [5]  1974/16 1991/23
1992/17 1994/11 2003/8
REDUCTION [10]  1990/23 1991/13
1992/9 1992/10 1992/16 1992/19 1993/3
2036/23 2048/6 2051/19
REDUNDANCY [1]  2054/24
REED [2]  2037/6 2037/10
REFER [3]  2003/11 2042/1 2042/7
REFERENCE [3]  2021/23 2045/3
2063/24
REFERENCES [6]  2025/8 2027/15
2044/12 2045/3 2052/23 2053/2
REFERRED [6]  2029/4 2032/4 2033/5
2039/5 2041/21 2091/2
REFERRING [4]  2032/5 2032/8 2042/19
2052/23
REFINED [1]  2086/15
REFLECT [1]  2078/19
REFLECTED [5]  1976/21 2077/6
2078/17 2087/16 2089/9
REFLECTS [1]  1990/8
REFRESH [3]  2016/9 2061/23 2062/18
REGARD [5]  2044/5 2050/10 2059/10
2060/1 2063/6
REGARDING [3]  2036/3 2036/6 2065/21
REGARDS [1]  2036/4
REGION [7]  1970/16 1973/1 2004/13
2005/19 2080/3 2087/4 2088/2
REGIONAL [7]  2036/13 2072/9 2073/9
2074/21 2085/1 2085/2 2087/20
REGIONALLY [1]  2090/3
REGIONS [1]  2049/6
REJECT [1]  2057/12
RELATE [1]  2051/25
RELATED [3]  2048/12 2063/2 2075/1
RELATES [3]  2051/8 2055/5 2062/22
RELATING [1]  2072/2
RELATIVE [5]  2067/20 2076/22 2080/14
2081/20 2082/8
RELATIVELY [1]  2041/15
RELEASED [1]  1970/2
RELEVANT [4]  2032/10 2037/3 2042/4
2053/7
RELIABLE [2]  2078/1 2078/3
RELIANCE [2]  1981/7 1982/23
RELIED [6]  2020/2 2056/15 2056/17
2073/2 2076/24 2083/7
RELY [6]  1985/1 1989/2 1989/4 1998/22
2000/4 2058/1
REMAINED [1]  2067/9
REMARKABLY [1]  1969/12
REMEMBER [17]  1971/13 1973/16
1975/13 1975/19 1982/5 1992/9 1997/25
1998/2 2014/19 2023/7 2025/22 2025/24
2028/2 2044/6 2055/9 2060/20 2064/1
REMEMBER WHETHER [1]  1975/19
REMIND [1]  2032/13
REMOVE [2]  2059/8 2059/19
REMOVES [1]  1992/7
RENDER [1]  2031/23
RENDERED [1]  2028/7
REPEAT [1]  2060/3

REPHRASE [1]  1995/25
REPLY [1]  2085/25
REPORT [82]  1970/11 1972/7 1973/4
1973/9 1975/10 1975/17 1975/20
1975/21 1976/3 1976/5 1976/6 1976/7
1976/10 1976/10 1976/13 1978/15
1978/15 1978/21 1978/23 1981/1 1981/7
1981/13 1985/4 1985/19 1986/20 1988/2
1988/17 1989/10 1989/23 1990/5 1990/8
1990/20 1991/16 1994/6 1999/3 1999/18
2001/14 2002/8 2002/23 2003/10 2004/5
2006/17 2007/19 2012/20 2012/21
2012/22 2012/24 2012/25 2013/8
2013/20 2014/22 2015/14 2015/18
2016/2 2017/13 2019/13 2020/2 2021/3
2021/18 2021/22 2022/12 2026/16
2028/2 2028/4 2028/12 2028/16 2028/19
2029/2 2029/10 2029/12 2029/13
2031/23 2032/23 2052/24 2063/25
2067/14 2073/20 2077/16
REPORT'S [1]  1976/21
REPORTER [3]  1961/20 2092/20
2092/25
REPORTS [9]  1975/11 1975/15 1975/22
2006/11 2036/21 2036/24 2037/23
2041/25 2072/19
REPRESENTATION [4]  1968/24
1971/21 2001/3 2033/11
REPRESENTATIVE [2]  2037/4 2090/20
REPRESENTING [1]  2037/15
REPRODUCE [1]  1974/11
REQUIRE [1]  2052/4
REQUIRED [1]  1996/13
REQUIREMENTS [1]  2060/8
RESEARCH [20]  1964/23 2046/5 2048/7
2048/11 2048/16 2048/17 2049/2 2049/3
2049/5 2049/6 2049/7 2050/16 2050/18
2050/22 2050/23 2050/25 2051/7
2052/10 2074/9 2083/23
RESEARCHER [1]  1964/22
RESERVE [2]  2060/10 2064/24
RESIDENTS [1]  2038/14
RESIO [7]  2044/6 2044/12 2044/16
2044/17 2056/18 2085/7 2085/8
RESIO'S [1]  2045/3
RESISTANCE [1]  2019/1
RESOLUTION [3]  1974/23 2042/22
2086/18
RESOLVE [4]  2035/7 2040/18 2086/19
2086/20
RESOLVED [1]  2042/20
RESOURCE [1]  2006/7
RESPECT [4]  1964/9 1965/23 1966/3
2037/20
RESPOND [2]  2034/18 2052/6
RESPONDED [2]  2075/21 2075/22
2085/12 2085/14
RESPONDING [1]  2036/3
RESPONSE [3]  2036/4 2050/20 2075/17
RESPONSES [1]  2046/7
RESPONSIBILITIES [2]  2050/4 2051/14
REST [2]  2039/8 2039/12
RESTORATION [1]  2048/6
RESTS [2]  2040/1 2040/24
RESULT [10]  1965/3 2004/11 2005/17
2007/9 2008/3 2011/3 2043/8 2045/7
2065/15 2084/18
RESULTS [26]  1965/11 1965/25 1966/2
1989/16 1992/22 2005/23 2006/6 2006/9
2006/16 2017/21 2019/14 2019/13
2021/17 2028/3 2043/6 2056/17 2056/20
2057/5 2057/19 2086/9 2087/16 2088/12

**R**

RESULTS... [4]  2089/12 2090/12 2090/18 2091/13
RETAINED [3]  1984/12 1984/21 2075/3
RETIRED [1]  2037/17
RETREAT [1]  1997/12
RETURN [1]  1990/13
RETURNS [1]  1994/18
REVIEW [8]  1994/17 2015/17 2055/19 2055/24 2063/7 2073/24 2074/2 2074/10
REVIEWED [18]  2025/9 2055/10 2055/12 2057/17 2058/3 2059/23 2060/9 2060/13 2060/25 2061/21 2063/15 2064/6 2064/10 2073/20 2074/8 2085/24 2085/25 2092/1
RICHARD [1]  1961/16
RICK [2]  1964/1 1965/23
RIDGE [1]  2003/14
RIGHT [164]
RIGOROUS [1]  2084/6
RING [1]  2032/21
RIP [1]  2047/19
RISE [7]  1963/3 2016/22 2020/20 2020/22 2040/20 2040/22 2092/16
RISING [4]  2013/2 2021/7 2021/9 2066/16
RISK [2]  2012/17 2036/22
RITA [1]  2086/3
RIVER [3]  2021/5 2050/11 2050/12
RIVERING [1]  2055/23
ROAD [6]  1983/20 1984/2 2079/15 2079/18 2089/4 2089/13
ROBERT [2]  1961/6 2032/14
ROBIN [1]  1961/15
ROBINSON [4]  1959/5 1978/3 1978/25 1984/22
ROBUST [1]  1982/11
ROCK [1]  2029/18
ROCKS [1]  2008/15
RODRIGUEZ [1]  1998/23
ROLE [6]  2037/25 2049/11 2053/8 2056/7 2074/17 2074/20
ROLL [1]  2032/6
ROMAN [5]  2013/17 2014/16 2014/16 2014/17 2014/18
ROOM [1]  1961/20
ROUGE [2]  1960/14 1960/21
ROUGH [2]  2070/22 2070/24
ROUGHLY [3]  2071/4 2071/10 2090/23
ROUGHNESS [2]  2086/22 2086/22
ROUND [1]  2050/8
ROUTE [1]  2003/12
ROY [3]  1960/5 1960/6 2041/7
RUBBER [1]  2075/24
RULE [4]  1995/24 2039/20 2039/21 2044/8
RULED [7]  2007/20 2041/8 2042/16 2042/25 2044/5 2044/8 2044/15
RULER [1]  2000/4
RULES [1]  2045/6
RULING [1]  2035/5
RUN [17]  1965/3 1966/16 1967/9 1970/3 1970/17 1971/14 1973/17 1974/12 1974/14 1974/17 1974/18 1979/8 2004/23 2056/4 2058/24 2058/25 2078/20
RUN-UP [3]  2058/24 2058/25 2078/20
RUNNING [3]  1966/21 1972/10 2073/16
RUNS [2]  1969/22 1972/13
RUPERT [1]  1961/14

**S**

S.W [1]  1960/17

S08 [4]  1967/16 1974/14 1991/22 1991/25
SAFE [1]  2010/3
SAFETY [5]  2022/16 2024/18 2025/3 2025/7 2025/8
SAID [20]  1981/2 1987/2 1998/1 1998/2 1998/23 2006/5 2009/12 2009/14 2023/11 2029/25 2043/10 2048/24 2059/16 2061/24 2063/5 2063/8 2063/9 2064/5 2064/8 2084/14
SAKE [1]  2091/10
SALARY [1]  1985/24
SALINITY [11]  1995/11 2003/7 2004/17 2004/25 2005/21 2006/8 2006/15 2006/21 2006/24 2007/6 2052/17
SALT [1]  2009/19
SALTWATER [9]  2003/12 2003/17 2003/24 2004/2 2004/10 2004/11 2005/17 2005/17 2006/18
SAME [26]  1964/25 1965/3 1975/15 1989/6 1989/16 1996/12 1998/20 2008/14 2009/8 2009/9 2052/12 2053/12 2058/18 2058/20 2058/22 2064/5 2067/2 2078/14 2083/21 2086/13 2089/3 2089/6 2090/22 2091/12 2091/21 2092/15
SAND [12]  1979/18 2051/20 2052/6 2053/11 2058/11 2058/13 2058/17 2058/24 2059/3 2059/11 2059/14 2059/19
SANDBOX [1]  2006/12
SANDBOX-TYPE [1]  2006/12
SANDY [1]  2058/15
SARAH [1]  1961/16
SAT [1]  2065/12
SATISFIED [1]  2057/3
SAW [3]  2023/6 2026/5 2070/4
SAY [40]  1963/20 1964/16 1964/24 1966/11 1966/21 1966/22 1968/22 1968/24 1969/12 1976/1 1980/19 1981/13 1981/23 1982/20 1984/25 1985/9 1992/22 1992/23 1994/1 1995/23 1998/25 2003/22 2004/19 2006/1 2007/16 2011/15 2012/22 2018/15 2022/22 2024/16 2025/13 2034/12 2051/7 2052/20 2056/22 2059/13 2059/16 2062/13 2078/12 2086/15
SAYING [6]  1967/11 1996/24 2004/16 2005/20 2008/20 2008/25
SAYING THE [1]  2008/20
SAYS [35]  1971/16 1981/20 1981/23 1983/1 1983/8 1983/19 1984/3 1990/1 1992/11 1992/11 1994/7 1996/15 2001/15 2005/10 2005/12 2012/25 2015/3 2021/4 2022/21 2022/23 2022/25 2022/25 2023/14 2026/16 2027/6 2027/6 2027/11 2027/11 2027/16 2027/16 2028/18 2028/22 2029/14 2029/15 2033/11
SCALE [10]  1985/6 1985/6 1985/10 2006/12 2049/20 2049/21 2057/19 2070/25 2073/5 2073/9
SCALED [6]  1968/5 2043/6 2043/8 2057/4 2091/16 2091/17
SCALING [8]  1968/8 1968/9 2090/17 2091/2 2091/11 2091/20 2091/24 2092/2
SCANNING [1]  2055/15
SCARED [1]  2024/9
SCENARIO [21]  1972/9 1972/11 1972/14 1972/14 1973/11 1974/12 1975/18 1975/18 1976/3 1976/18 1978/2 1978/2 1991/12 1994/17 1994/18 1994/23 1995/5 1995/5 1995/12 1995/16

SCENARIO 1 [1]  1972/14
SCENARIO A [2]  1995/6 1995/16
SCENARIOS [3]  2013/16 2013/18 2014/11
SCHOLAR [1]  2027/23
SCHOOL [2]  1996/22 2046/18
SCIENCE [1]  2046/22
SCIENTIFIC [12]  2048/7 2049/24 2050/16 2055/12 2057/17 2058/3 2059/23 2060/13 2060/25 2061/21 2063/15 2064/6
SCIENTISTS [1]  2060/19
SCOPE [4]  2023/21 2035/14 2054/8 2072/21
SCOTT [1]  1959/19
SCREEN [3]  2008/22 2029/8 2087/10
SCROLL [1]  2014/23
SEA [2]  1979/18 2014/5
SEASON [1]  2050/17
SEATED [3]  1963/4 2020/23 2040/23
SEAWARD [2]  2014/19 2014/24
SECOND [15]  1975/5 1984/20 1988/14 1988/18 1989/12 1999/4 2001/15 2015/15 2023/2 2023/9 2026/8 2036/10 2066/8 2066/15 2074/8
SECONDLY [1]  2031/25
SECTION [12]  1975/23 1975/24 1983/24 1990/16 1991/8 1991/12 1991/24 1992/2 1992/3 1993/12 1999/16 1999/24
SECTOR [1]  2072/16
SECTORS [1]  2072/17
SECURING [1]  2037/23
SEDIMENT [3]  2047/14 2048/13 2053/22
SEE [56]  1970/16 1972/21 1981/16 1983/14 1989/12 1990/9 1991/17 1991/23 1993/2 1993/5 1995/1 2000/9 2000/25 2001/1 2002/25 2013/4 2013/9 2014/17 2015/21 2016/6 2016/7 2016/16 2016/20 2016/25 2017/5 2018/7 2018/8 2019/4 2019/13 2019/18 2022/20 2026/4 2037/8 2040/18 2044/11 2055/11 2057/21 2061/23 2063/8 2068/11 2068/15 2068/19 2068/21 2069/22 2070/10 2070/11 2070/11 2075/6 2079/11 2079/17 2079/21 2079/22 2079/23 2081/25 2087/9 2092/14
SEEM [1]  1980/8
SEEMS [2]  1980/7 2065/13
SEEN [6]  1995/22 1995/23 1996/8 2021/5 2043/16 2081/17
SEGUE [2]  1994/4 1994/10
SENSE [2]  2056/12 2090/21
SENSOR [1]  2076/19
SENSORS [2]  2051/5 2082/1
SENTENCE [5]  1983/9 1983/19 1984/21 2023/9 2029/15
SEPARATED [1]  1994/12
SEPARATING [2]  2004/10 2005/16
SEPTEMBER [3]  2025/20 2026/2 2072/23
SEPTEMBER 23 [1]  2026/2
SEQUENCE [2]  1993/7 1994/16
SERIES [1]  1972/14
SERIOUS [2]  2028/4 2031/22
SERVED [1]  2003/12
SERVICE [1]  2004/22
SERVICES [1]  2048/1
SESSION [5]  1959/10 1963/1 1963/4 2020/23 2040/23
SET [8]  1991/17 1994/4 2015/13 2017/4 2024/1 2073/9 2076/24 2077/2
SETTING [3]  1969/9 2047/5 2047/15

SEVERAL [2] 2069/4 2088/19
SEWERAGE [2] 2038/16 2038/22
SHALL [1] 2011/15
SHALLOW [4] 2003/18 2003/25 2004/3 2047/8
SHAPE [1] 2011/17
SHAPING [5] 2050/22 2050/23 2050/24 2051/1 2056/7
SHARE [1] 1997/20 1998/19 2049/23
SHARED [1] 2048/22
SHARING [3] 2023/4 2023/15 2077/14
SHARP [1] 2092/15
SHED [1] 2008/12
SHEET [1] 2068/8
SHEET-PILE [1] 2068/8
SHELF [1] 2047/13
SHELL [8] 1972/16 1973/7 2079/11 2079/19 2079/22 2088/19 2089/5 2089/14
SHELLS [1] 1979/18
SHELTERED [1] 2080/4
SHERMAN [1] 1959/22
SHIPPING [2] 2012/3 2024/13
SHIPS [1] 2011/7
SHORT [8] 1963/13 2036/1 2062/24 2072/24 2073/4 2073/19 2079/24 2091/18
SHORTEN [1] 2063/5
SHOULD [14] 1976/1 1987/24 1992/22 1997/3 2012/22 2016/18 2028/4 2034/10 2035/7 2037/4 2054/11 2055/6 2062/7 2090/15
SHOULDN'T [2] 2034/17 2035/6
SHOW [17] 1972/20 1979/6 1980/22 1989/6 1993/7 1995/3 1995/16 2016/10 2019/20 2020/1 2059/24 2060/23 2061/15 2062/8 2063/9 2067/18 2068/10
SHOWED [6] 1982/2 1992/23 2004/25 2019/15 2082/8 2084/18
SHOWING [4] 1991/20 1992/11 2000/1 2019/16
SHOWN [5] 2018/5 2068/7 2077/19 2082/6 2087/5
SHOWS [18] 1972/11 1973/10 1980/16 1983/20 1983/25 1984/2 1992/1 1994/17 1994/23 1995/8 1995/12 2015/23 2019/19 2068/4 2069/4 2070/25 2087/3 2087/7
SHUT [1] 2023/7
SIDE [17] 1969/2 1984/5 1994/9 1996/13 1996/16 2000/15 2000/25 2001/1 2001/23 2002/4 2002/5 2002/19 2066/20 2067/1 2067/24 2067/25 2084/12
SIDES [3] 1993/25 1994/1 2039/7
SIGMA [3] 2015/7 2015/20 2016/5
SIGNATURES [1] 2070/4
SIGNED [1] 1965/15
SIGNIFICANCE [1] 2082/21
SIGNIFICANT [8] 1976/22 1976/25 1977/5 1977/7 1977/8 1977/11 1977/12 1977/18
SIGNIFICANTLY [1] 1991/8
SILL [3] 2078/24 2080/24 2081/6
SIMILAR [2] 2023/11 2058/19
SIMILARITIES [1] 2059/2
SIMPLE [3] 2027/25 2059/18 2062/6
SIMPLY [2] 2038/14 2060/8
SIMS [1] 1960/3
SIMULATE [2] 1969/16 2006/15
SIMULATING [1] 2090/1
SIMULATION [4] 1964/11 1964/24

1969/12 2052/15
SIMULATIONS [1] 1988/5
SINCE [12] 1995/1 2041/21 2050/17 2053/18 2058/14 2061/2 2061/7 2063/21 2067/2 2067/21 2073/1 2086/24
SINGLE [3] 1977/20 2055/17 2080/10
SIR [16] 1975/6 1977/4 2008/9 2017/8 2030/14 2031/2 2031/9 2031/11 2038/18 2052/25 2054/4 2054/21 2080/1 2080/12 2080/17 2084/11
SIT [1] 2061/7
SITE [1] 2079/14
SITS [1] 2061/18
SITUATION [2] 1982/9 2081/4
SIX [1] 1986/17
SIXTH [1] 1987/4
SIZE [2] 1974/17 2006/23
SIZED [1] 1985/11
SIZES [1] 1977/17
SKILL [4] 2086/10 2087/20 2087/24 2091/7
SL15 [5] 1967/23 1967/25 2084/4 2086/17 2087/4
SLIDE [6] 1972/20 1991/15 2019/15 2028/6 2081/17 2087/10
SLIDES [2] 1990/18 2019/15
SLIGHT [1] 2074/3
SLIGHTLY [1] 2070/5
SLOPE [2] 1994/2 1996/20
SLOPES [4] 1985/12 1994/9 1996/13 1996/16
SLOPING [2] 2066/2 2085/4
SLOUGHING [1] 2009/6
SLOW [2] 2021/7 2027/2
SLOW-RISING [1] 2021/7
SLOWLY [1] 2013/2
SMALL [2] 2030/13 2087/23
SMALLER [4] 1996/9 2002/17 2002/20 2014/4
SMITH [4] 1961/15 1975/4 2039/15 2042/6
SO [116] 1965/24 1969/14 1970/2 1971/2 1971/15 1971/18 1972/25 1973/4 1973/17 1974/11 1974/25 1977/5 1977/10 1981/2 1982/8 1985/7 1986/11 1990/7 1990/12 1990/16 1992/13 1992/16 1992/18 1994/15 1994/23 1995/2 1995/11 1995/12 1998/21 2000/13 2001/3 2001/21 2004/16 2004/24 2005/19 2006/24 2008/20 2008/25 2009/7 2011/1 2014/2 2014/7 2014/24 2015/6 2018/4 2018/10 2018/21 2019/1 2019/10 2020/8 2023/21 2026/7 2028/10 2029/12 2029/21 2030/5 2030/20 2030/24 2031/21 2033/5 2036/4 2037/23 2040/6 2043/9 2043/17 2043/18 2043/22 2044/13 2044/14 2051/10 2055/19 2057/1 2057/4 2057/24 2059/1 2059/23 2060/6 2061/23 2065/17 2066/6 2067/25 2068/8 2068/11 2068/22 2069/20 2071/2 2071/6 2071/8 2071/8 2071/12 2072/16 2073/9 2073/14 2078/3 2078/19 2079/17 2079/23 2080/5 2080/9 2080/15 2083/7 2083/11 2084/1 2084/7 2084/24 2085/22 2088/3 2089/7 2089/15 2090/1 2090/4 2090/6 2090/13 2091/7 2091/16 2092/8
SOBEK [2] 1978/10 1978/13
SOCIETY [3] 1985/25 1986/5 2073/23
SOFTWARE [1] 1966/23
SOIL [2] 1979/13 2070/6
SOJA [1] 1961/16
SOLELY [1] 1980/23

SOLUTION [1] 2044/4
SOLVE [1] 1956/17
SOME [61] 1964/19 1964/21 1965/25 1966/6 1969/13 1974/2 1974/19 1976/20 1979/6 1980/14 1980/14 1980/15 1982/1 1982/2 1986/15 1986/15 1996/8 2007/23 2007/24 2008/17 2009/18 2018/8 2018/11 2020/14 2021/15 2021/15 2024/1 2024/2 2026/7 2030/19 2043/7 2051/1 2051/3 2051/3 2053/12 2053/19 2058/7 2059/23 2062/12 2063/21 2064/3 2064/4 2068/7 2069/21 2074/3 2075/23 2076/8 2076/12 2076/22 2080/23 2082/6 2082/9 2082/11 2084/5 2084/9 2085/20 2086/7 2086/25 2087/25 2088/11 2092/5
SOME DEGREE [1] 2021/15
SOMEONE [3] 1966/17 2076/21 2080/25
SOMETHING [19] 1971/22 1974/7 1993/9 1998/24 2008/1 2008/7 2015/17 2024/5 2024/6 2034/17 2039/15 2040/1 2041/7 2042/7 2057/21 2057/22 2066/7 2070/13 2091/3
SOMETIME [2] 2025/23 2026/5
SOMETIMES [1] 2029/10
SOMEWHAT [4] 1970/7 1970/9 1976/9 2021/9
SOMEWHERE [4] 1992/18 1999/22 2000/22 2059/9
SOON [1] 2043/16
SORRY [13] 1966/11 1970/19 1972/9 1990/15 1995/1 2003/22 2005/11 2008/21 2014/1 2017/8 2041/5 2054/2 2080/23
SORT [2] 2011/1 2089/20
SOUND [1] 2017/20
SOUNDED [1] 2091/13
SOURCES [1] 2027/24
SOUTH [15] 1959/16 1974/1 1984/5 1990/4 1996/20 1997/10 2000/25 2001/20 2002/19 2029/14 2029/16 2069/17 2078/16 2078/18 2079/25
SOUTHEAST [3] 2073/13 2074/24 2087/4
SOUTHEASTERN [1] 2068/2
SPAN [2] 2051/18 2073/12
SPARE [1] 2054/5
SPATIALLY [1] 2087/7
SPECIALIZES [2] 2046/16 2050/9
SPECIFICALLY [2] 1997/13 2000/13
SPECTRAL [3] 1977/10 1977/15 1977/25
SPECULATE [2] 1987/21 1988/13
SPELLING [1] 2045/22
SPEND [2] 1997/18 1998/18
SPENDING [1] 2011/2
SPENDS [1] 2050/7
SPENT [1] 1964/3
SPH [1] 2014/25
SPILLING [1] 2053/9
SPILLING-TYPE [1] 2053/9
SPOIL [1] 1987/10
SPOKE [1] 2022/10
SPONSOR [1] 1998/8
SPONSORS [4] 1997/20 1997/23 1998/3 1998/19
SPOOL [1] 2084/6
SPRINGS [2] 1960/17 2025/16
SPURRED [1] 2028/4
SQUARE [2] 2014/5 2014/6
SR [1] 1961/16
ST. [7] 1970/23 1972/15 1984/5 2012/5 2036/5 2065/17 2075/21
ST. BERNARD [7] 1970/23 1972/15

**S**

ST. BERNARD... [5] 1984/5 2012/5 2036/5 2065/17 2075/21
STABILITY [1] 1993/25
STABILIZATION [5] 1997/6 1997/14 1997/16 1998/16 2001/19
STABLE [1] 1996/20
STAFF [3] 2050/5 2056/18 2082/18
STAMINA [1] 1975/12
STAMP [1] 2075/24
STAND [2] 2038/8 2061/13
STANDARD [5] 1997/9 2014/25 2015/21 2016/15 2016/24
STANDS [2] 2014/25 2015/3
STANWOOD [1] 1959/11
START [2] 2040/5 2043/18
STARTED [4] 1986/16 2040/11 2043/17 2080/9
STARTING [2] 2027/7 2040/7
STARTS [1] 1973/25
STATE [9] 2004/21 2023/7 2029/1 2036/5 2045/21 2046/13 2048/20 2048/21 2053/16
STATE-OF-PRACTICE [1] 2048/21
STATE-OF-THE-ART [2] 2048/20 2053/16
STATEMENT [3] 1982/23 1985/14 2033/19 2054/20
STATES [8] 1959/1 1959/7 1959/11 1967/22 1968/1 2045/18 2086/13 2092/20
STATES' [1] 1963/24
STATION [2] 1961/17 1968/14
STATISTICAL [1] 2015/24
STATUS [1] 2086/2
STAY [1] 1996/11
STENOGRAPHY [1] 1961/24
STEP [7] 2031/11 2083/14 2083/15 2083/15 2084/2 2084/25 2085/3
STEP-BY-STEP [1] 2083/15
STEVE [3] 2056/24 2056/25 2085/16
STEVENS [2] 1960/22 1960/23
STICK [1] 2007/19
STILL [16] 1975/11 1983/15 1992/7 2015/14 2019/10 2020/8 2022/14 2078/4 2078/7 2078/7 2078/8 2078/21 2078/25 2081/19 2082/21 2082/23
STONE [1] 1961/16
STOP [3] 1997/11 2066/9 2092/11
STOPPED [1] 2082/3
STOPPING [1] 2092/8
STORM [84] 1963/14 1968/15 1968/24 1969/16 1969/18 1983/5 1983/5 1983/6 1983/12 1983/18 1991/18 1994/16 1995/17 2012/17 2015/9 2017/17 2018/4 2019/4 2020/8 2021/7 2021/8 2021/11 2032/15 2036/22 2046/2 2047/11 2048/5 2050/2 2050/20 2051/19 2052/4 2052/6 2052/15 2053/16 2058/21 2058/22 2066/1 2066/19 2068/6 2069/11 2072/9 2072/10 2072/20 2073/1 2073/6 2074/12 2074/15 2074/21 2074/22 2075/12 2077/8 2077/11 2077/20 2078/1 2079/24 2080/2 2080/4 2080/6 2080/7 2080/8 2080/16 2081/16 2081/22 2083/7 2083/16 2083/18 2083/25 2084/3 2084/7 2085/2 2086/23 2087/3 2087/7 2087/24 2088/6 2089/4 2089/8 2089/18 2090/5 2090/12 2090/14 2090/23 2091/6 2091/17
STORM'S [1] 1982/8
STORM-SURGE [1] 2091/6

STORMS [10] 2015/11 2016/6 2016/16 2019/2 2032/6 2058/14
STORY [1] 2080/19
STRATEGIC [1] 2035/3
STREET [10] 1959/16 1959/19 1959/23 1960/6 1960/10 1960/13 1960/20 1961/4 1961/7 1961/20
STRESSES [1] 1969/1
STRONGLY [1] 2081/7
STRUCK [3] 2025/11 2025/13 2025/16
STRUCTURE [3] 2081/1 2081/3 2081/6
STRUCTURES [5] 1985/2 1985/3 1994/15 1997/11 2049/10
STUDENTS [1] 1967/13
STUDIED [2] 2059/10 2059/18
STUDIES [8] 1985/6 1985/6 1989/4 2036/20 2036/24 2052/15 2052/15 2056/8
STUDY [9] 1974/13 1997/8 2014/7 2016/3 2016/8 2028/3 2028/18 2060/14 2083/21
STUDYING [1] 2086/8
STUFF [1] 1965/17
STWAVE [4] 2049/19 2074/6 2084/4 2084/6
SUBJECT [5] 1964/23 2040/24 2041/10 2044/7 2061/3
SUBMISSIONS [2] 2036/7 2036/11
SUBMITTED [3] 1976/8 2032/23 2044/6
SUBPOENA [1] 2038/6
SUBROGATED [1] 1961/2
SUBSEQUENT [1] 2045/6
SUBSEQUENTLY [1] 1980/9
SUBSIDE [1] 2080/9
SUBSTANTIAL [1] 1980/10
SUBSTANTIALLY [1] 2026/18
SUBTRACTION [1] 1987/12
SUCCINCTLY [1] 2044/20
SUCH [8] 1973/1 2009/17 2021/11 2021/12 2036/16 2047/11 2066/2 2073/8
SUFFERED [1] 1984/8
SUGGEST [2] 2045/5 2054/10
SUGGESTED [3] 2033/3 2045/1 2054/12
SUGGESTS [1] 2088/4
SUITE [6] 1959/16 1960/3 1960/6 1960/10 1961/7 1989/4
SUMMARIZE [3] 2053/24 2065/9 2065/9
SUMMARY [2] 1970/22 2031/18
SUPERVISES [1] 2046/4
SUPPLYING [1] 2077/9
SUPPORT [9] 2010/7 2011/3 2033/7 2034/22 2048/3 2048/11 2051/23 2057/18 2063/16
SUPPORTED [2] 2060/25 2061/21
SUPPORTS [1] 2038/13
SUPPOSED [1] 2010/20
SURE [13] 1964/5 2008/2 2019/22 2030/15 2039/9 2039/20 2057/1 2059/12 2059/17 2060/4 2062/22 2084/20 2091/4
SURF [3] 2074/4 2074/10 2053/20
SURFACE [3] 2050/14 2076/18 2082/8
SURGE [141]
SURGES [4] 2013/2 2019/10 2020/8 2021/7
SURMISE [1] 1996/19
SURPRISE [1] 1993/6
SURVEYED [1] 2082/12
SURVEYING [1] 2082/13
SURVIVED [1] 1980/11
SUSTAIN [1] 1994/2
SWAMPS [2] 2003/6 2003/13

SWAN [4] 1969/22 1975/24 1975/24 1975/24
SWITCH [5] 1986/15 1990/7 2007/13 2016/13 2017/14
SWORN [2] 1963/5 2045/19
SYNOPSIS [1] 2037/8
SYNTHETIC [1] 2021/12
SYSTEM [20] 1974/6 2006/14 2018/25 2018/25 2036/23 2052/5 2057/7 2058/23 2059/1 2069/5 2072/13 2074/25 2075/17 2075/20 2080/14 2086/19 2086/20 2087/8 2087/19 2090/5
SYSTEMS [5] 2026/22 2050/13 2059/17 2066/23 2085/19

**T**

TAB [1] 2087/1
TABLE [7] 1970/15 1970/16 1991/16 2014/12 2014/12 2014/18 2014/24
TAHEERAH [1] 1961/11
TAKE [42] 1965/14 1970/10 1971/9 1971/24 1972/6 1972/7 1972/19 1982/17 1983/7 1989/10 1990/18 1991/15 1992/2 1993/3 1994/5 1996/1 1999/17 2002/23 2004/5 2004/6 2008/18 2010/12 2012/24 2013/8 2013/15 2014/11 2014/22 2020/13 2023/20 2024/10 2040/2 2040/17 2043/18 2048/20 2051/7 2057/24 2063/11 2067/2 2078/10 2085/11 2088/24 2091/8
TAKEN [4] 1983/4 1987/24 1992/16 2037/4
TAKES [2] 2002/12 2040/14
TAKING [4] 1974/4 1974/15 2074/14 2075/10
TALK [7] 1994/5 2007/13 2010/16 2012/23 2040/18 2065/11 2065/20
TALKED [7] 1968/4 1980/2 2011/22 2011/24 2070/18 2075/14 2082/21
TALKING [22] 1971/18 1975/19 1982/13 1990/16 2002/18 2013/24 2022/4 2024/19 2030/2 2030/21 2035/14 2050/10 2059/5 2059/6 2062/20 2062/25 2065/4 2066/10 2069/8 2070/21 2071/17 2078/6
TASK [4] 2072/16 2073/2 2074/22 2076/3
TAUGHT [1] 2047/17
TEAM [16] 1979/1 1981/18 1984/12 1984/22 1985/19 2006/11 2016/2 2036/13 2053/15 2072/9 2072/25 2073/24 2077/4 2077/18 2082/6 2083/13
TEASING [1] 2071/6
TECHNICAL [3] 2050/5 2073/4 2074/14
TECHNICALLY [3] 2073/8 2073/15 2078/23
TECHNICIANS [1] 1966/19
TECHNIQUES [2] 1997/9 2092/2
TECHNOLOGIES [1] 2051/6
TECHNOLOGY [3] 2049/10 2050/19 2051/4
TELL [18] 1973/21 1976/17 1981/2 1983/12 2000/5 2020/3 2032/20 2035/7 2043/3 2047/23 2048/25 2053/5 2059/21 2061/13 2067/17 2071/4 2081/13 2082/22
TELLING [1] 2027/1
TELLS [2] 1974/17 2090/13
TEND [3] 1996/9 1996/11 2021/16
TENDED [1] 2087/25
TENDENCY [1] 2088/9
TENDER [4] 2030/12 2054/1 2054/2 2054/9

TENDERED [4] 2041/23 2054/17
2054/18 2065/1
TENDS [1] 2056/7
TERMS [4] 1968/7 2014/19 2017/2
2065/2
TERRIFIC [1] 1964/7
TESTIFIED [16] 1963/6 1966/1 1978/1
1980/13 1985/17 1986/17 2009/13
2012/6 2012/7 2027/20 2029/5 2035/15
2037/1 2037/11 2037/24 2045/20
TESTIFY [5] 2029/9 2033/6 2033/20
2034/23 2046/6
TESTIFYING [1] 2085/21
TESTIMONY [18] 1978/4 1988/12
1988/13 2034/22 2036/4 2036/14 2037/2
2037/19 2041/21 2043/19 2058/7
2058/17 2061/12 2061/23 2065/12
2065/13 2084/16 2091/13
TESTING [1] 1991/22
TEXAS [1] 1960/4
TEXTBOOK [1] 2062/12
THAN [40] 1964/13 1964/16 1965/24
1966/5 1970/5 1970/8 1975/14 1977/7
1980/9 1990/22 1991/25 1993/5 1999/6
2014/4 2018/5 2018/12 2018/13 2018/16
2018/22 2019/8 2024/6 2031/20 2054/11
2068/23 2069/5 2070/3 2070/6 2070/10
2070/11 2071/1 2071/1 2071/3 2075/24
2076/10 2078/13 2079/2 2082/25 2084/5
2089/13 2090/15
THANK [22] 1965/7 1975/3 1984/10
1989/14 2006/18 2007/11 2017/12
2020/6 2020/25 2026/12 2027/18 2031/3
2043/12 2045/10 2045/11 2046/9
2052/25 2065/2 2071/24 2076/13
2080/17 2092/13
THANKS [2] 2044/2 2077/23
THAT [688]
THAT'S [172]
THEIR [18] 1963/11 1968/7 1979/25
1994/18 2003/7 2021/17 2021/17
2024/15 2034/22 2035/16 2048/1
2049/23 2050/7 2055/19 2073/24
2084/17 2084/17 2086/11
THEM [38] 1964/22 1971/7 1971/10
1971/25 1974/5 1986/22 1986/23 1997/9
1997/10 2004/22 2008/5 2016/12
2016/18 2018/7 2018/10 2024/17
2027/15 2028/1 2028/4 2031/13 2034/14
2034/18 2036/8 2039/1 2039/19 2039/21
2039/23 2040/18 2041/15 2042/18
2056/9 2077/3 2077/25 2081/24 2082/11
2085/4 2088/19 2088/23
THEMSELVES [1] 2078/11
THEN [41] 1968/21 1971/9 1972/17
1973/9 1974/2 1974/14 1974/18 1974/19
1982/10 1989/18 1991/2 1993/25
1995/21 2001/3 2007/8 2011/15 2015/6
2018/7 2018/11 2019/23 2027/4 2027/8
2031/4 2035/6 2035/7 2051/7 2056/13
2062/14 2063/21 2064/1 2064/5 2064/18
2068/1 2075/19 2082/3 2082/10 2084/3
2085/1 2085/3 2089/11 2091/18
THEORY [2] 1991/22 2047/6
THERE [112] 1969/9 1971/12 1971/19
1972/5 1972/8 1972/21 1975/22 1975/23
1976/7 1978/24 1979/5 1979/18 1979/23
1980/8 1981/12 1981/16 1981/24
1981/24 1982/3 1982/5 1982/6 1982/6
1982/6 1982/19 1983/5 1983/10 1983/13
1983/15 1983/15 1984/13 1984/21

1984/22 1984/25 1985/5 1988/18
1989/24 1992/11 1993/25 1996/2 1997/2
1997/8 1997/10 1999/4 1999/13 2001/15
2002/10 2002/25 2003/3 2003/19
2005/12 2006/23 2007/6 2007/16
2007/17 2007/22 2007/23 2007/23
2010/1 2010/1 2013/4 2013/4 2013/14
2013/21 2013/24 2015/14 2015/23
2016/2 2016/3 2018/5 2020/5 2021/4
2022/1 2022/20 2024/5 2024/6 2027/8
2028/21 2029/15 2029/23 2030/2 2031/6
2032/11 2041/12 2045/2 2045/3 2051/14
2053/8 2059/2 2060/7 2060/9 2060/12
2060/20 2060/24 2061/5 2062/12
2063/15 2064/6 2066/9 2068/13 2070/1
2072/7 2075/10 2077/13 2079/7 2079/13
2080/19 2085/15 2086/1 2087/11
2087/14 2087/15 2087/25
THERE'S [23] 1966/1 1971/14 1971/18
1977/13 1982/7 1982/7 1987/1 1994/2
1996/19 1997/22 2000/25 2001/1 2010/7
2026/7 2026/13 2041/5 2042/7 2043/9
2048/5 2069/19 2074/9 2086/3 2091/19
THEREBY [2] 1994/13 2003/8
THEREFORE [1] 2023/3
THEREFROM [1] 2008/5
THESE [38] 1971/24 1982/2 1985/9
1985/11 1985/21 1986/25 1994/15
1996/16 1997/20 2013/17 2015/9
2016/10 2019/10 2020/8 2021/22 2023/5
2024/16 2038/19 2040/14 2049/23
2053/19 2054/16 2062/15 2062/15
2062/19 2066/1 2066/3 2066/17 2066/23
2066/25 2067/8 2078/15 2078/22 2079/6
2082/1 2082/5 2083/24 2086/23
THESIS [1] 2047/18
THEY [142]
THEY'RE [6] 1976/3 1976/5 1995/1
2012/10 2015/11 2058/20
THEY'VE [1] 2006/3
THING [18] 1968/22 1969/5 1969/6
1984/9 1989/6 2005/7 2009/9 2020/11
2027/2 2033/15 2034/9 2065/19 2065/20
2089/2 2089/18 2090/9 2091/12 2091/22
THINGS [28] 1964/19 1968/21 1968/23
1969/2 1987/17 2007/8 2009/19 2010/6
2011/12 2014/23 2016/3 2016/3 2019/24
2023/11 2032/12 2033/4 2042/2 2050/11
2050/13 2050/24 2051/17 2069/3
2070/22 2071/19 2082/6 2084/5 2087/15
2092/15
THINK [74] 1963/20 1964/5 1964/7
1964/8 1964/20 1965/22 1968/22 1973/6
1975/11 1979/5 1980/1 1982/11 1984/20
1985/14 1988/16 1988/25 1989/19
1989/23 1996/19 1997/1 1998/10
1998/22 1999/3 1999/16 2000/3 2001/8
2006/10 2006/22 2008/12 2008/16
2009/25 2010/24 2013/14 2019/24
2019/25 2021/15 2024/16 2024/19
2025/19 2026/2 2027/23 2029/5 2030/2
2031/24 2040/6 2041/7 2041/15 2042/7
2042/20 2042/22 2043/16 2044/4 2044/6
2044/22 2045/8 2053/12 2063/1 2064/11
2064/25 2065/8 2053/13 2065/16
2068/17 2070/1 2070/17 2071/17
2071/24 2079/7 2081/2 2081/6 2081/14
2084/14 2089/24 2091/19
THINKING [2] 2039/15 2089/15
THIRD [11] 1976/24 1977/1 1977/6
1984/20 1994/5 1994/6 2012/25 2023/20
2029/15 2036/19 2066/21
THIS [234]

THOMAS [1] 1960/3
THOSE [50] 1967/12 1969/2 1969/14
1971/11 1971/25 1979/17 1979/18
1980/3 1987/17 1989/6 1989/24 1997/23
1998/19 2000/16 2000/20 2004/22
2006/16 2015/8 2017/24 2018/6 2019/20
2031/8 2040/3 2044/11 2046/7 2048/5
2048/11 2048/14 2051/24 2053/12
2053/21 2056/11 2057/5 2057/5 2065/22
2065/24 2065/25 2066/5 2067/1 2067/1
2067/9 2068/17 2069/6 2072/18 2077/13
2078/1 2082/10 2086/2 2088/12 2090/16
THOUGH [6] 1980/3 1982/3 1983/10
1983/25 2012/7 2031/7
THOUGHT [2] 1970/23 2056/25
THOUGHTS [1] 2020/18
THOUSAND [1] 2044/19
THOUSANDS [2] 2041/14 2042/13
THREAT [1] 1987/13
THREE [7] 1972/5 1986/22 1987/23
2015/6 2015/9 2030/5 2073/12
THROAT [1] 1988/20
THROUGH [35] 1969/16 1971/22 1973/2
1974/1 1974/1 1979/17 1988/4 1990/4
1995/19 1996/6 1998/14 2001/4 2004/8
2005/2 2005/15 2006/23 2014/23 2016/1
2018/24 2022/17 2032/7 2033/7 2036/10
2036/20 2049/18 2050/24 2062/5
2065/12 2065/17 2066/6 2076/19
2078/13 2080/9 2081/23 2088/24
THROUGHOUT [3] 2050/8 2080/5
2087/8
THROWN [1] 2081/5
THRUST [1] 2050/18
TIDAL [1] 2052/16
TIDES [3] 2021/11 2032/6 2047/11
TIME [67] 1964/22 1965/3 1968/6
1969/9 1974/12 1975/7 1975/15 1975/16
1976/2 1976/18 1977/22 1984/19
1985/13 1985/20 1987/19 1987/23
1988/8 1990/1 1990/12 1992/4 1992/20
1994/11 1995/16 1996/17 1998/20
2002/1 2004/16 2005/20 2012/20
2016/22 2031/14 2032/12 2033/18
2035/4 2040/4 2042/9 2043/18 2045/6
2050/7 2052/14 2056/6 2057/22 2061/8
2061/20 2063/11 2063/11 2063/18
2063/19 2063/22 2065/3 2065/4 2065/5
2067/8 2072/17 2072/24 2073/4 2073/19
2075/10 2081/15 2081/20 2081/21
2081/23 2082/15 2083/19 2084/13
2091/4 2092/6
TIMES [3] 1965/25 2026/18 2044/19
TODAY [9] 2015/14 2015/17 2024/6
2031/21 2036/9 2039/17 2040/12
2043/17 2061/18
TOE [2] 2066/1 2066/11
TOGETHER [6] 1964/10 1969/14
2053/15 2064/11 2072/25 2082/16
TOLD [8] 2010/22 2027/24 2044/6
2055/13 2060/20 2060/24 2061/8
2063/22
TOMORROW [2] 2040/7 2092/15
TONI [4] 1961/20 2092/20 2092/24
2092/25
TOO [6] 1983/6 2008/22 2012/7 2064/1
2092/7 2092/9
TOOK [17] 1973/18 1981/25 1982/1
1982/15 1983/18 2020/21 2040/21
2041/6 2051/4 2055/9 2056/21 2063/5
2064/3 2064/18 2073/4 2076/4 2082/7
TOOLS [1] 2048/18

**T**

TOP [20] 1972/8 1978/24 1981/15 1981/16 1984/1 1986/23 1990/2 1990/9 1994/20 1999/2 1999/5 1999/19 2003/3 2014/12 2022/20 2025/19 2028/21 2028/22 2066/25 2069/7
TOPICS [1] 2050/10
TOPS [1] 2066/22
TORTS [1] 1961/10
TOSSED [1] 2015/15
TOTAL [1] 1986/12
TOUCHED [1] 1973/23
TOWARD [1] 2088/1
TOWARDS [2] 2066/11 2089/6
TRACK [7] 1992/24 2015/12 2015/20 2016/5 2016/15 2016/20 2016/24
TRACKS [5] 2015/6 2015/8 2015/9 2015/13 2021/12
TRANSCRIPT [5] 1961/24 2033/14 2033/22 2044/16 2092/21
TRANSFER [2] 2048/21 2050/24
TRANSFORM [3] 2047/7 2085/4 2085/5
TRANSLATE [1] 1974/20
TRANSLATING [1] 1974/6
TRANSMISSION [2] 1988/21 2023/19
TRANSMITTED [1] 1973/2
TRANSPORT [3] 2053/11 2053/22 2059/9
TRANSPORTED [1] 2047/14
TRAVERSE [1] 2055/2
TREATING [1] 2086/21
TREES [1] 2038/1
TREND [5] 1992/1 2079/6 2079/17 2079/19 2079/20
TRENDS [6] 2079/7 2079/9 2087/15 2087/16 2089/3 2089/3
TRIAL [10] 1959/10 2033/22 2034/11 2034/13 2034/16 2039/5 2041/16 2041/18 2041/22 2042/11
TRIANGLES [3] 2081/24 2082/5 2082/19
TRIED [2] 1987/22 1998/23
TRIGGER [5] 2022/1 2062/14 2063/1 2071/20 2085/18
TRIGGERS [1] 2062/20
TROOPS [1] 2048/3
TRUE [19] 1976/16 1976/17 1991/11 1995/23 1998/22 2057/5 2057/19 2058/7 2058/18 2059/19 2061/1 2061/14 2063/17 2064/21 2064/23 2075/25 2076/2 2078/20 2092/21
TRUSTED [1] 1971/7
TRUTH [3] 2033/20 2063/12 2063/13
TRY [11] 2035/7 2035/18 2040/13 2059/14 2086/7 2088/11 2088/12 2089/17 2090/8 2091/9 2091/23
TRYING [16] 1968/22 1970/19 1975/19 2000/12 2002/25 2016/9 2023/6 2025/22 2045/12 2057/14 2060/6 2061/3 2063/2 2067/18 2078/10 2088/5
TUESDAY [1] 1964/25
TURN [12] 1979/12 1983/17 1998/4 1999/18 2003/10 2005/2 2017/13 2019/3 2019/13 2021/21 2028/21 2029/12
TURNED [1] 2036/8
TUSA [4] 1961/20 2092/20 2092/24 2092/25
TWICE [1] 2006/1
TWO [19] 1969/14 1986/11 1986/23 1989/24 2018/20 2030/13 2032/12 2037/15 2042/17 2044/19 2056/23 2059/2 2071/10 2073/7 2073/21 2074/7 2079/13 2086/1 2088/8

TYPE [3] 2006/12 2053/9 2053/10
TYPES [6] 1975/11 1985/3 2051/24 2052/12 2053/9 2053/10
TYPICALLY [2] 1977/17 2057/21

**U**

U.S [2] 1961/9 2004/21
UH [4] 1977/2 2012/8 2017/6 2030/9
UH-HUH [4] 1977/2 2012/8 2017/6 2030/9
UK [1] 2060/19
ULTIMATELY [3] 2033/12 2054/18 2073/2
UMBRELLA [1] 2049/3
UNCOMPACTED [1] 1979/3
UNDEFENDED [1] 2024/5
UNDER [14] 1965/15 1965/18 1986/11 2000/10 2003/10 2013/21 2014/24 2026/20 2027/9 2045/9 2045/9 2049/2 2073/3 2073/16
UNDERESTIMATING [1] 2088/1
UNDERFUNDED [1] 1980/5
UNDERLYING [1] 2042/1
UNDERNEATH [1] 2062/15
UNDERPREDICTING [2] 2089/25 2089/25 2090/7
UNDERSTAND [17] 1966/14 1981/19 1987/22 1988/3 2007/5 2008/8 2008/13 2017/20 2019/22 2019/25 2024/25 2040/16 2042/3 2044/25 2054/19 2079/4 2090/6
UNDERSTANDING [11] 1963/19 1966/3 1967/24 1979/5 1997/19 1998/7 2017/23 2033/16 2061/4 2065/18 2092/22
UNDERSTANDS [2] 1964/13 2083/12
UNDERSTATE [1] 2088/9
UNDERSTATED [2] 2087/18 2091/14
UNDERSTATING [2] 2090/2 2090/4
UNDERSTOOD [5] 2008/3 2010/3 2015/5 2019/24 2027/24
UNDERWAY [1] 2006/3
UNFOLDED [2] 2074/23 2075/19
UNFORTUNATELY [2] 2082/3 2083/6
UNIT [2] 2004/12 2005/19
UNITED [9] 1959/1 1959/7 1959/11 1963/24 1967/22 1968/1 2045/18 2086/13 2092/20
UNITED STATES [4] 1967/22 1968/1 2045/18 2086/13
UNITED STATES' [1] 1963/24
UNIVERSITY [4] 1964/2 2046/19 2046/20 2047/3
UNLESS [3] 1971/14 2039/15 2040/1
UNLIKELY [1] 2018/21
UNMAINTAINED [1] 1996/10
UNSTABLE [1] 1994/9
UNTIL [2] 1999/7 2004/23
UNUSUAL [1] 2034/13
UNVEGETATED [3] 2000/17 2001/4 2002/18
UP [54] 1964/21 1965/13 1969/9 1971/17 1972/25 1978/21 1979/21 1986/20 1988/4 1988/17 1997/8 1998/8 1999/15 2000/17 2002/13 2003/1 2005/5 2011/14 2012/21 2018/3 2021/2 2021/22 2022/2 2022/20 2023/8 2024/5 2025/18 2028/16 2028/21 2029/4 2029/7 2029/7 2030/19 2034/10 2043/18 2049/6 2057/4 2058/24 2058/25 2066/25 2069/4 2073/9 2073/16 2078/20 2079/15 2081/5 2081/5 2082/2 2085/5 2087/22 2089/12 2090/13 2091/16 2091/17
UPDATED [1] 1967/22

UPON [8] 1981/2 1989/2 1989/4 2047/21 2078/17 2088/20 2089/8 2092/10
UPPER [3] 2004/12 2005/19 2066/4
UPWARD [1] 2090/17
US [35] 1973/19 1974/4 1976/17 1976/22 1977/16 1992/23 1995/22 2019/17 2039/9 2040/9 2042/9 2044/6 2045/6 2047/1 2047/17 2047/23 2048/25 2051/5 2052/10 2053/5 2055/11 2062/13 2067/17 2067/18 2074/4 2074/6 2077/13 2081/13 2081/16 2081/18 2081/22 2082/15 2082/22 2083/14 2088/11
USE [15] 1963/22 1971/9 2019/7 2031/6 2034/21 2044/10 2051/23 2055/21 2056/13 2058/13 2081/11 2086/11 2086/15 2088/25 2090/8
USED [41] 1963/11 1963/21 1964/25 1967/15 1967/18 1967/21 1967/22 1967/25 1968/13 1969/19 1969/24 1970/1 1970/2 1977/12 1985/3 1985/15 2006/11 2006/14 2030/16 2041/15 2041/17 2041/19 2043/7 2048/16 2049/12 2052/14 2056/5 2059/25 2060/14 2060/16 2063/23 2064/7 2064/16 2064/17 2064/18 2083/13 2083/21 2084/6 2086/14 2086/17 2091/24
USEFUL [2] 1999/16 2082/16
USGS [1] 2077/4
USING [11] 1964/25 1985/7 1985/8 1992/24 2006/13 2011/7 2055/17 2074/5 2082/23 2084/4 2088/21
USUALLY [3] 1977/11 2002/12 2034/13
UTILIZATION [1] 2055/20
UTILIZE [2] 1984/13 1984/23

**V**

VAGUELY [1] 1997/25
VALID [2] 2015/14 2020/11
VALIDATED [1] 1969/13
VALIDATION [2] 2086/2 2086/3
VALLEY [1] 2036/13
VALUABLE [1] 2079/8
VALUE [3] 2090/13 2090/19 2090/22
VALUES [3] 1967/9 1967/12 1971/25
VAN [4] 1981/8 1981/14 1981/17 1985/13
VARIABILITY [1] 2087/8
VARIATION [1] 2083/19
VARIED [3] 2069/2 2072/11 2074/23
VARIOUS [7] 2025/3 2037/21 2049/18 2053/2 2065/14 2072/17 2083/12
VARYING [1] 1980/14
VAST [3] 2058/14 2065/15 2086/18
VEGETATION [4] 1999/13 2000/25 2001/1 2059/16
VEGETATIONAL [1] 2059/12
VERRETT [2] 1979/12 1984/4
VERSION [5] 1967/15 1967/22 1969/25 1970/4 2086/13
VERSUS [2] 1959/6 2025/3
VERTICAL [1] 2067/20
VERY [58] 1964/10 1965/6 1969/7 1969/7 1975/14 1975/14 1980/5 1980/17 1981/21 1982/3 1982/10 1982/25 1983/9 1983/20 1983/20 1984/1 1984/2 1987/21 1995/18 2004/25 2010/24 2011/8 2011/15 2014/21 2018/17 2019/19 2021/10 2023/11 2027/24 2028/3 2045/10 2046/9 2051/10 2053/7 2053/12 2054/7 2056/5 2058/19 2058/22 2058/24 2059/2 2059/2 2059/3 2066/3 2071/12 2076/13 2079/16 2080/9 2081/4 2083/5

**V**

VERY... [8] 2085/4 2085/22 2086/10 2087/20 2087/23 2087/23 2087/24 2088/10
VIA [1] 2087/5
VIABLE [1] 2054/15
VICINITY [6] 1987/11 2013/1 2029/17 2069/19 2069/22 2079/22
VICKSBURG [3] 2046/4 2049/5 2049/8
VICTOR [1] 1960/24
VIEW [3] 2026/19 2044/15 2076/4
VIEWED [1] 2078/2
VOIR [4] 2046/11 2054/16 2054/17 2054/18
VOIR-DIRE [1] 2054/18
VOLUME [2] 1959/10 2069/7
VOLUMES [1] 2076/6
VRIJLING [2] 1963/19 1967/13

**W**

W-A-M [1] 2049/21
WAIT [1] 2013/4
WAITING [1] 2024/2
WALKED [1] 1979/17
WALL [10] 2057/7 2066/23 2068/8 2069/5 2070/15 2074/25 2075/17 2075/20 2076/4 2085/19
WALLS [4] 1988/24 2037/13 2066/20 2085/12
WALTER [1] 1960/12
WAM [1] 2049/21
WANT [51] 1971/21 1974/12 1983/1 1986/20 1989/19 1994/5 1994/8 1997/18 1997/20 1997/23 1998/1 1998/18 1998/19 1998/25 1999/14 2000/7 2001/14 2002/7 2003/1 2003/4 2003/4 2007/13 2008/1 2008/7 2008/22 2013/20 2020/13 2021/2 2021/3 2021/21 2024/2 2026/15 2028/16 2028/16 2028/17 2030/15 2033/10 2035/4 2035/5 2035/6 2040/13 2041/16 2054/1 2057/16 2057/25 2061/8 2062/6 2063/11 2069/3 2092/6 2092/8
WANTED [8] 1975/10 1993/2 2008/2 2031/21 2040/1 2070/7 2071/23 2079/10
WANTS [2] 2040/9 2062/4
WARNED [1] 2004/4
WARNINGS [1] 2004/20
WARREN [1] 1961/6
WAS [236]
WASHINGTON [1] 1961/18
WASN'T [3] 1976/13 2042/2 2071/8
WATCHING [1] 2074/1
WATER [104] 1969/10 1969/11 1969/13 1970/5 1970/18 1971/3 1971/6 1971/12 1985/10 1989/25 2003/8 2004/10 2005/16 2032/8 2038/17 2038/22 2047/7 2047/8 2047/12 2048/13 2048/13 2057/10 2057/14 2065/16 2065/24 2065/25 2065/25 2066/4 2066/6 2066/6 2066/10 2066/15 2066/16 2066/21 2066/22 2066/22 2066/23 2066/24 2066/24 2066/7 2066/8 2067/11 2067/11 2069/1 2069/4 2069/5 2069/7 2069/20 2069/23 2070/15 2076/12 2076/12 2076/16 2076/17 2076/18 2076/20 2076/21 2076/22 2077/2 2077/3 2077/9 2077/12 2077/14 2077/17 2077/24 2078/4 2078/4 2078/7 2078/7 2078/8 2078/21 2078/25 2079/12 2079/21 2079/22 2080/19 2081/13 2081/14 2081/15 2081/19 2082/8 2082/15

2082/22 2082/23 2084/13 2087/5 2087/7 2087/11 2088/25 2087/18 2088/3 2088/5 2088/11 2088/13 2089/10 2089/12 2089/14 2090/1 2090/2 2090/4 2090/5 2090/10 2090/11 2090/12
WATERSHED [1] 2050/14
WATERWAY [1] 1988/19
WATERWAYS [1] 1968/13
WAVE [47] 1976/22 1976/25 1977/1 1977/5 1977/7 1977/8 1977/11 1977/13 1977/16 1977/18 1977/20 1977/20 1977/21 1977/22 1980/11 1982/3 1983/10 1984/14 1984/17 1984/23 1985/2 1994/15 2003/9 2047/6 2047/11 2049/19 2049/20 2052/5 2052/13 2053/9 2053/11 2053/16 2066/3 2066/5 2066/17 2066/18 2072/11 2073/10 2074/12 2074/16 2074/22 2078/3 2078/20 2083/19 2084/3 2084/8 2085/7
WAVE-MODELING [1] 2084/3
WAVES [43] 1975/9 1975/18 1976/3 1976/18 1976/20 1976/20 1977/6 1977/6 1977/13 1977/17 1977/24 1983/24 1984/7 1984/18 1997/12 2028/13 2047/7 2047/9 2047/20 2050/20 2052/7 2053/20 2053/21 2058/21 2058/23 2059/7 2059/18 2066/11 2072/9 2073/2 2073/6 2074/21 2078/7 2078/10 2078/11 2081/3 2081/7 2083/17 2083/20 2085/2 2085/2 2085/3 2086/23
WAY [25] 1969/16 1973/25 1974/14 1977/10 1979/7 1984/13 1984/22 1994/2 2000/21 2002/25 2008/14 2011/17 2014/24 2016/11 2028/22 2035/21 2041/25 2042/10 2042/10 2044/23 2045/8 2064/19 2075/13 2075/22 2076/10
WAYS [1] 2041/21
WE [362]
WE'D [2] 1968/17 1971/16
WE'LL [14] 1966/2 1996/1 2005/8 2010/16 2021/22 2034/15 2035/18 2035/22 2036/8 2040/17 2045/6 2060/23 2064/1 2071/18
WE'RE [11] 1972/10 1974/13 1977/24 1980/23 1980/25 1990/15 1992/13 1992/17 2001/9 2007/3 2020/1
WE'VE [4] 1980/22 1992/16 1999/25 2018/25
WEAR [2] 1983/21 1984/2
WEDNESDAY [2] 1964/24 2043/24
WEEK [6] 1975/12 1975/12 1987/5 2043/22 2043/23 2085/22
WEIGH [1] 2024/17
WEIGHT [1] 2054/11
WELL [55] 1964/10 1969/7 1970/10 1970/24 1972/20 1973/17 1975/14 1980/10 1981/15 1981/25 1985/3 1985/6 1987/2 1988/17 1993/17 1995/21 1998/25 1999/12 1999/23 2001/14 2004/7 2005/2 2005/14 2014/21 2022/17 2023/20 2024/8 2026/2 2026/25 2027/6 2028/21 2032/7 2034/9 2039/6 2041/9 2041/22 2042/22 2043/10 2044/9 2053/6 2057/20 2059/7 2060/8 2060/16 2061/2 2062/1 2062/23 2072/8 2074/21 2075/6 2075/7 2075/8 2085/1 2087/6 2088/5
WELL-BUILT [1] 1980/10
WENT [5] 1979/25 1987/5 2016/1 2026/5 2031/20
WERE [87] 1969/9 1970/7 1970/9 1971/12 1971/25 1972/5 1973/5 1975/22 1979/3 1979/7 1979/15 1979/17 1985/7

1985/8 1985/9 1985/10 1985/11 1991/6 1991/23 1997/1 1997/4 1997/17 1997/11 1998/17 1999/13 2003/14 2004/16 2004/20 2005/20 2005/22 2006/7 2006/13 2006/16 2010/20 2013/2 2014/20 2015/8 2016/3 2016/3 2016/4 2016/22 2019/16 2023/6 2024/10 2024/14 2034/1 2039/7 2045/4 2051/11 2051/14 2058/25 2060/21 2068/6 2072/14 2073/24 2073/25 2074/5 2074/24 2075/2 2075/9 2075/10 2075/11 2075/12 2075/14 2076/5 2077/3 2077/25 2078/1 2078/3 2078/4 2078/10 2078/14 2078/23 2079/7 2079/13 2080/13 2080/14 2080/16 2081/24 2082/1 2082/6 2082/14 2083/22 2086/1 2087/25 2091/13 2092/3
WEREN'T [2] 2011/7 2057/3
WEST [4] 1971/17 1984/4 2002/2 2027/4
WESTERINK [17] 1963/25 1964/3 1964/7 1964/9 1964/13 1966/4 1989/16 2043/13 2043/15 2043/20 2056/16 2056/18 2057/3 2072/8 2083/9 2084/8 2085/21
WESTERINK'S [2] 1964/17 1965/10
WETLAND [3] 1974/25 2003/8 2086/22
WETLANDS [12] 1987/12 1994/18 1994/24 1995/9 1995/11 1998/20 2004/12 2005/19 2005/21 2007/1 2008/16 2033/8
WHAT [139]
WHAT'S [19] 1969/4 1976/17 1981/2 1984/25 1995/8 2020/10 2035/15 2042/21 2052/9 2060/11 2061/14 2061/14 2067/7 2067/17 2068/7 2080/19 2084/25 2087/2 2088/22
WHATEVER [6] 1971/25 1993/25 1993/25 2007/3 2041/12 2057/25
WHATNOT [2] 2032/10 2033/9
WHEN [46] 1964/24 1966/22 1967/21 1968/24 1969/14 1971/15 1974/7 1974/8 1982/9 1987/22 1991/24 1995/5 1995/24 1997/10 2000/11 2006/2 2006/4 2006/5 2006/16 2012/4 2014/7 2015/24 2018/15 2018/16 2024/19 2025/22 2027/3 2032/6 2043/20 2044/9 2044/16 2045/2 2048/24 2052/9 2054/16 2056/22 2062/14 2063/5 2065/4 2066/9 2066/17 2069/5 2074/4 2083/16 2085/18 2088/3
WHENEVER [3] 1998/23 2040/8 2086/6
WHERE [40] 1968/18 1970/6 1970/19 1972/2 1982/5 1982/6 1982/7 1984/6 1999/7 1999/24 2000/12 2000/19 2001/2 2002/15 2002/16 2002/17 2003/19 2009/6 2013/9 2015/3 2015/24 2029/4 2046/18 2047/1 2047/6 2047/21 2048/3 2059/14 2068/23 2069/4 2069/19 2069/22 2070/20 2070/22 2074/24 2076/17 2077/1 2081/4 2088/17 2090/12
WHEREAS [1] 2089/14
WHEREUPON [5] 1963/5 2020/21 2040/21 2045/19 2092/17
WHETHER [22] 1964/15 1967/11 1968/22 1975/19 1982/19 1987/25 2025/2 2025/12 2025/24 2035/3 2041/17 2041/17 2041/18 2048/18 2048/19 2053/9 2056/12 2059/7 2076/19 2076/20 2076/21 2085/23
WHICH [68] 1965/13 1966/7 1970/10 1972/7 1973/10 1973/15 1974/15 1974/19 1976/5 1977/16 1978/21 1979/21 1986/21 1987/16 1988/6 1988/17 1988/21 1990/19 1992/24

**W**

WHICH... [49]  1993/24 1994/6 1999/3 2001/4 2002/23 2004/24 2005/4 2006/25 2012/21 2012/24 2014/12 2015/9 2019/16 2021/3 2021/8 2021/9 2021/11 2021/22 2023/24 2032/3 2032/13 2036/11 2039/16 2044/17 2051/22 2052/6 2055/6 2055/10 2056/8 2057/17 2061/21 2062/12 2062/13 2062/18 2064/6 2064/15 2066/3 2067/8 2070/8 2070/9 2070/14 2071/1 2073/11 2074/7 2077/15 2087/10 2087/22 2088/17 2090/5

WHILE [6]  1965/2 2021/8 2051/9 2052/1 2066/19 2076/4

WHITE [7]  2077/19 2078/9 2078/13 2079/1 2081/9 2088/19 2088/23

WHO [8]  1966/19 2021/25 2032/15 2046/16 2053/15 2056/2 2077/5 2085/16

WHOLE [12]  1964/3 1966/16 1970/16 1972/15 1974/13 1977/24 1983/23 1984/9 2005/7 2014/24 2033/15 2070/25

WHY [18]  1977/25 1998/15 2011/20 2022/13 2034/17 2035/6 2035/7 2041/24 2054/20 2064/22 2075/21 2076/2 2081/9 2083/11 2084/20 2089/24 2089/24 2090/6

WIDE [4]  1981/24 1993/8 1994/20 1994/20

WIDELY [1]  2052/4

WIDEN [1]  1996/17

WIDENED [4]  1997/4 1999/5 2001/16 2001/18

WIDENING [7]  1994/23 1994/24 1995/3 1995/8 1995/9 1997/7 2007/18

WIDER [1]  1996/21

WIDEST [3]  2000/9 2000/13 2000/14

WIDTH [26]  1990/2 1990/9 1990/14 1990/16 1992/19 1993/21 1993/24 1999/2 1999/5 1999/13 1999/21 1999/23 2000/1 2000/16 2000/20 2000/21 2000/23 2001/4 2001/6 2001/11 2002/11 2002/18 2011/6 2011/11 2013/23 2014/9

WILDLIFE [1]  2004/22

WILL [38]  1966/7 1971/14 1977/22 1991/5 1996/7 2008/5 2010/12 2013/5 2021/11 2027/2 2031/13 2032/9 2033/1 2033/6 2033/12 2034/9 2034/16 2039/12 2039/16 2042/6 2042/8 2043/25 2044/21 2046/6 2054/17 2057/21 2059/24 2060/6 2060/14 2062/13 2062/15 2064/25 2071/21 2084/20 2084/21 2085/21 2090/5 2092/14

WIND [6]  1967/18 2083/17 2084/1 2084/2 2084/24 2085/1

WINDOW [2]  2078/24 2080/2

WINDS [7]  1968/25 2050/19 2080/13 2080/14 2083/21 2083/24 2086/23

WINTER [2]  1982/9 1982/9

WISH [1]  2027/4

WITHHELD [1]  2033/17

WITHIN [5]  1999/21 2003/6 2035/14 2037/19 2052/18

WITHOUT [8]  1973/18 2007/5 2007/16 2007/21 2010/3 2018/6 2018/10 2033/16 WITNESS [15]  1980/20 1986/12 2001/9 2020/15 2030/12 2039/17 2040/12 2045/16 2046/1 2054/9 2061/13 2061/16 2061/18 2062/7 2065/1

WITNESS' [1]  2063/11

WITNESSES [6]  2010/16 2039/5 2040/25 2040/25 2041/16 2043/21

WON'T [2]  1974/8 2084/19

WONDERING [1]  2013/3

WOODCOCK [1]  1961/17

WORD [1]  2071/20

WORDS [2]  1980/3 2062/14

WORK [48]  1966/19 1978/14 1991/20 1991/21 2016/12 2016/12 2023/2 2047/21 2048/11 2048/12 2050/1 2051/25 2052/12 2053/7 2053/17 2053/18 2054/6 2055/15 2055/19 2055/24 2056/3 2058/12 2059/7 2063/21 2065/21 2065/23 2072/2 2072/3 2072/6 2072/7 2072/21 2072/25 2073/1 2073/18 2073/25 2074/1 2074/5 2074/6 2074/10 2074/17 2075/1 2075/2 2075/23 2075/25 2083/9 2085/7 2092/2

WORKED [8]  1964/10 1991/21 2036/13 2048/24 2051/17 2058/15 2073/11 2082/2

WORKING [12]  1985/17 1985/21 1985/24 1986/3 1986/5 1986/8 1986/12 2051/9 2052/1 2056/2 2072/17 2082/3

WORKS [3]  2036/15 2048/4 2078/1

WORLD [2]  1977/21 2060/13

WORLDS [1]  2035/1

WORTH [1]  2033/6

WOULD [124]  1963/20 1964/15 1964/16 1964/22 1966/21 1969/11 1971/9 1973/21 1976/14 1978/1 1978/5 1978/8 1981/13 1981/23 1984/25 1985/9 1988/3 1990/12 1990/21 1991/22 1992/19 1992/22 1993/3 1994/2 1997/6 1997/17 1998/1 1998/17 1998/22 1998/25 2000/11 2000/14 2001/24 2004/11 2004/19 2004/25 2005/17 2006/1 2006/23 2007/6 2007/17 2007/17 2007/21 2007/22 2007/23 2009/6 2009/7 2009/16 2011/20 2013/10 2015/15 2015/17 2017/21 2018/13 2018/22 2019/11 2020/4 2022/13 2023/2 2023/4 2023/15 2023/19 2023/22 2023/24 2024/16 2024/17 2026/18 2026/21 2027/8 2027/10 2027/25 2030/21 2033/18 2033/18 2034/1 2034/22 2038/14 2038/19 2038/24 2039/3 2039/8 2039/18 2040/10 2040/11 2044/14 2044/21 2045/4 2045/5 2045/14 2046/13 2053/11 2053/23 2054/2 2054/7 2054/15 2055/10 2057/17 2064/7 2065/11 2065/20 2067/14 2067/16 2068/23 2068/23 2069/17 2070/21 2071/13 2071/22 2074/4 2076/17 2076/20 2077/15 2078/19 2081/4 2085/17 2085/18 2087/9 2087/12 2087/22 2087/24 2089/16 2089/22 2089/23 2091/11

WRACK [1]  1983/25

WRIGHT [1]  1960/5

WRITE [5]  1979/2 1979/23 1984/21 1999/4 2026/9

WRITING [2]  1975/11 2042/16

WRITTEN [7]  1981/8 1981/13 1984/16 1984/25 1985/5 2021/23 2026/3

WRONG [5]  2015/16 2016/4 2019/6 2034/20 2075/14

**Y**

YEAH [24]  1972/21 1973/16 1977/15 1977/24 1981/13 1987/17 1990/15 1993/16 2002/22 2009/3 2015/11 2025/24 2057/6 2058/21 2063/23 2068/19 2069/19 2072/20 2077/10 2079/7 2080/2 2080/21 2080/23 2091/12

YEAR [6]  1982/10 1986/2 1986/8 2027/3 2039/23 2060/8

YEAR-ROUND [1]  2050/8

YEARS [7]  1985/1 1986/11 1987/23 2049/17 2051/18 2058/13 2086/6

YELLOW [1]  2002/9

YES [98]  1963/20 1964/1 1964/8 1964/16 1965/19 1966/21 1966/25 1967/8 1968/3 1969/3 1969/7 1970/3 1972/2 1973/12 1976/19 1977/3 1977/4 1979/10 1980/21 1981/19 1985/23 1986/19 1987/5 1987/18 1988/11 1988/25 1989/21 1990/15 1990/17 1991/2 1991/3 1991/4 1992/1 1993/23 1996/24 1996/25 1996/25 1999/9 2001/25 2002/12 2002/22 2005/23 2006/23 2010/24 2012/9 2012/11 2012/12 2013/14 2014/1 2014/1 2014/3 2015/8 2017/2 2017/8 2017/23 2018/10 2018/13 2020/6 2020/14 2021/15 2024/25 2025/12 2025/21 2028/14 2028/15 2029/9 2030/10 2030/11 2030/14 2031/2 2031/9 2031/15 2038/18 2042/10 2043/3 2048/8 2048/23 2049/14 2049/25 2050/17 2051/10 2052/3 2052/20 2053/3 2055/8 2055/25 2060/9 2066/13 2067/16 2072/4 2073/21 2074/19 2075/4 2079/3 2081/13 2081/13 2085/25 2091/25

YESTERDAY [9]  1972/20 1978/1 1978/10 1986/16 2019/16 2022/10 2028/10 2029/5 2031/20

YET [2]  2032/25 2069/24

YORK [2]  1961/4 1961/4

YOU [461]

YOU'LL [5]  2027/4 2042/9 2042/16 2044/6 2060/1

YOU'RE [24]  1965/2 1967/11 1970/19 1975/13 1975/19 1978/19 1984/15 1988/13 1996/8 1996/24 2002/18 2004/16 2005/19 2008/20 2008/25 2013/24 2015/15 2015/16 2035/8 2040/4 2066/10 2069/8 2071/17 2090/7

YOU'VE [5]  1967/9 1976/17 1992/10 2012/7 2070/19

YOUR [167]

YOUR HONOR [40]  2017/9 2020/13 2020/25 2026/12 2027/18 2030/12 2031/3 2031/13 2031/25 2032/23 2033/3 2033/13 2033/23 2034/8 2034/24 2035/20 2038/11 2038/18 2039/3 2039/8 2039/24 2040/2 2040/6 2040/8 2040/24 2041/5 2041/8 2043/2 2044/4 2044/14 2045/6 2045/15 2045/25 2046/8 2052/22 2061/11 2064/24 2076/11 2078/9 2092/5

YOURSELF [4]  1967/6 1967/10 2055/24 2056/1

**Z**

ZEROS [1]  1966/23

ZOLTAN [1]  2036/10

ZONE [3]  2047/9 2047/10 2053/20

ZOOM [5]  1986/22 2013/8 2013/21 2014/12 2017/14