```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2   ***********************************************************
     NORMAN ROBINSON, ET AL
 3
                                       DOCKET NO. 06-CV-2268
 4   V.                                NEW ORLEANS, LOUISIANA
                                       FRIDAY, MAY 1, 2009
 5
     UNITED STATES OF AMERICA, ET AL
 6   ***********************************************************

 7
                     TRANSCRIPT OF TRIAL PROCEEDINGS
 8        HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                     UNITED STATES DISTRICT JUDGE
 9                   VOLUME 10 - MORNING SESSION

10

11   APPEARANCES:

12

13   FOR THE PLAINTIFF:          O'DONNELL & ASSOCIATES
                                 BY:  PIERCE O'DONNELL, ESQ.
                                 550 SOUTH HOPE STREET
14                               SUITE 1000
                                 LOS ANGELES, CA 90071-2627
15

16                               LAW OFFICE OF JOSEPH M. BRUNO
                                 BY:  JOSEPH M. BRUNO, ESQ.
17                               855 BARONNE ST.
                                 NEW ORLEANS, LA 70113
18

19                               THE ANDRY LAW FIRM
                                 BY:  JONATHAN B. ANDRY, ESQ.
20                                    KEA SHERMAN, ESQ.
                                 610 BARONNE ST.
21                               NEW ORLEANS, LA 70113

22
                                 BARON & BUDD
23                               BY:  THOMAS SIMS, ESQ.
                                 3102 OAK LAWN AVENUE, SUITE 1100
24                               DALLAS, TX 75219

25
```

FINAL DAILY COPY

```
 1                              DOMENGEAUX, WRIGHT, ROY & EDWARDS
                               BY:  JAMES P. ROY, ESQ.
 2                              P. O. BOX 3668
                               556 JEFFERSON ST.
 3                              LAFAYETTE, LA 70502-3668

 4
                               THE DUDENHEFER LAW FIRM, LLC
 5                              BY:  FRANK C. DUDENHEFER, JR., ESQ.
                               601 POYDRAS ST., SUITE 2655
 6                              NEW ORLEANS, LA 70130-6004

 7
                               DUMAS & ASSOCIATES LAW FIRM
 8                              BY:  WALTER C. DUMAS, ESQ.
                               LAWYER'S COMPLEX
 9                              1261 GOVERNMENT STREET
                               P.O. BOX 1366
10                              BATON ROUGE, LA 70821-1366

11
                               FAYARD & HONEYCUTT
12                              BY:  CALVIN C. FAYARD, JR., ESQ.
                               519 FLORIDA AVENUE, S.W.
13                              DENHAM SPRINGS, LA 70726

14
                               MICHAEL C. PALMINTIER, A PLC
15                              BY:  MICHAEL C. PALMINTIER, ESQ.
                                    JOSHUA M. PALMINTIER, ESQ.
16                              618 MAIN STREET
                               BATON ROUGE, LA 70801-1910
17

18                              LAW OFFICE OF ELWOOD C. STEVENS, JR.
                               BY:  ELWOOD C. STEVENS, JR., ESQ.
19                              1205 VICTOR II BLVD.
                               P. O. BOX 2626
20                              MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:   THE GILBERT FIRM, LLC
                               BY:  ELISA T. GILBERT, ESQ.
23                                  BRENDAN R. O'BRIEN, ESQ.
                               325 EAST 57TH ST.
24                              NEW YORK, NY 10022

25
```

—FINAL DAILY COPY—

```
 1   ALSO PRESENT:                    MRGO LITIGATION OFFICE
                                      BY:  J. ROBERT WARREN, II, ESQ.
 2                                         ASHLEY E. PHILEN, ESQ.
                                      600 CARONDELET STREET, SUITE 604
 3                                    NEW ORLEANS, LA 70130

 4
     FOR THE DEFENDANT:              U. S. DEPARTMENT OF JUSTICE
 5                                   TORTS BRANCH
                                     BY:  DANIEL MICHAEL BAEZA, JR.
 6                                        JEFFREY PAUL EHRLICH, ESQ.
                                          TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                        MICHELE S. GREIF, ESQ.
                                          CONOR KELLS, ESQ.
 8                                        PAUL MARC LEVINE, ESQ.
                                          JAMES F. MCCONNON, JR., ESQ.
 9                                        KARA K. MILLER, ESQ.
                                          RUPERT MITSCH, ESQ.
10                                        PETER G. MYER, ESQ.
                                          ROBIN D. SMITH, ESQ.
11                                        SARAH K. SOJA, ESQ.
                                          RICHARD R. STONE, SR., ESQ.
12                                        JOHN WOODCOCK, ESQ.
                                     P. O. BOX 888
13                                   BENJAMIN FRANKLIN STATION
                                     WASHINGTON, DC 20044
14

15
     OFFICIAL COURT REPORTER:       KAREN A. IBOS, CCR, RPR, CRR
16                                  500 POYDRAS STREET, ROOM HB-406
                                    NEW ORLEANS, LOUISIANA 70130
17                                  (504) 589-7776

18
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
19   PRODUCED BY COMPUTER.

20

21

22

23

24

25
```

1                          I N D E X

2

3

WITNESSES FOR THE GOVERNMENT:                    PAGE/LINE:

4

5   BRUCE EBERSOLE

6

      DIRECT EXAMINATION BY MR. MITSCH            2097/12

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

(FRIDAY, MAY 1, 2009)

(MORNING SESSION)

THE DEPUTY CLERK:  COURT'S IN SESSION.  PLEASE BE SEATED.

MR. MITSCH:  GOOD MORNING, YOUR HONOR.

THE COURT:  GOOD MORNING.  LOOKS LIKE YOU'RE READY TO RESUME.

MR. MITSCH:  RARING TO GO, YOUR HONOR.

THE COURT:  ALL RIGHT.  PLEASE DO.

CONTINUED DIRECT EXAMINATION

BY MR. MITSCH:

Q.  MR. EBERSOLE, WHEN WE LEFT YESTERDAY AFTERNOON WE WERE TALKING ABOUT SCALING AND WE WERE TALKING ABOUT THE INPUTS THAT YOU RECEIVED FROM DR. WESTERINK.

CAN YOU TELL ME HOW YOU GET THAT INFORMATION?

A.  DR. WESTERINK, HE HAD A RESPONSIBILITY FOR RUNNING THE COUPLED WAVE AND STORM SURGE MODELS.  ALL OF THE OUTPUTS FROM THOSE RUNS WAS PLACED ON A COMMON -- ON A FILE SERVER, AND THEN I HAD STAFF WHO WOULD DOWNLOAD THE FILES FOR ME.  THEY WERE GENERALLY IN UTC TIME COORDINATES, AND THEN I WOULD SIMPLY MAKE THE CONVERSION TO CENTRAL DAYLIGHT TIME.

Q.  ALL RIGHT.  AND THERE'S BEEN A DISCUSSION, I BELIEVE, BY DR. KEMP THAT THERE WAS SOME SORT OF A TIME ADJUSTMENT.  I THINK HE CALLED IT THE EBERSOLE TIME ADJUSTMENT ON ONE OF THE PLAINTIFFS'

09:07:54  1    SLIDES.

09:07:56  2              DID YOU DO ANY KIND OF TIME ADJUSTMENT?

09:07:58  3    A.  NO, I MADE NO TIME ADJUSTMENT.

09:08:00  4    Q.  SO THE ONLY SCALING THAT YOU DID RELATED TO THE HEIGHTS?

09:08:06  5    A.  CORRECT.  THE SCALING DOESN'T INFLUENCE THE TIME OF THE PEAK,

09:08:11  6    THE TIMING OF THINGS.

09:08:12  7    Q.  WHAT WAS YOUR UNDERSTANDING OF THE MAXIMUM STORM SURGE ALONG

09:08:19  8    REACH 2?

09:08:20  9    A.  THE MAXIMUM SURGE WAS FAIRLY UNIFORM ALONG REACH 2.  IT GOT

09:08:28 10    SLIGHTLY LOWER TO BOTH THE NORTH AND THE SOUTH ENDS OF REACH 2.  THE

09:08:32 11    MAXIMUM WAS GENERALLY 17.4 TO 17.6 FEET.

09:08:36 12    Q.  AND BEFORE WE ACTUALLY GET INTO THE DETAILS OF HYDROGRAPHS, DO

09:08:43 13    YOU RECOLLECT WHAT THE PLAINTIFFS' PREDICTION WAS FOR MAXIMUM STORM

09:08:47 14    SURGE ALONG REACH 2?

09:08:48 15    A.  YEAH.  I BELIEVE THEIR MAXIMUM WAS 18 FEET.

09:08:51 16    Q.  AND SO THEY'RE PREDICTING HIGHER THAN WE ARE?

09:08:54 17    A.  THAT'S CORRECT.

09:08:55 18    Q.  AND WHAT'S THE SIGNIFICANCE OF ADDITIONAL STORM SURGE?

09:08:59 19    A.  I THINK THAT WOULD JUST REINFORCE OUR VIEWS THAT OVERTOPPING AND

09:09:04 20    OVERFLOW DOMINATED THE RESPONSE OF THE LEVEE SYSTEM.  SO IF YOU

09:09:08 21    HAVE -- IF THEY'RE CORRECT AND WE HAVE A WATER LEVEL THAT'S EVEN A

09:09:12 22    HALF FOOT MORE THAN WHAT WE WERE PREDICTING, THAT WOULD JUST

09:09:14 23    REINFORCE OUR VIEWS THAT OVERFLOW AND OVERTOPPING ARE THE DOMINANT

09:09:19 24    MODES OF LEVEE FAILURE ALONG REACH 2.

09:09:22 25    Q.  SO -- AND AT THE RISK OF GETTING AHEAD OF OURSELVES HERE, I TAKE

09:09:30 1   IT WHAT YOU'RE SAYING IS THAT THE EFFECT OF THAT ADDITIONAL SURGE

09:09:34 2   INCREASES THE AMOUNT OF OVERTOPPING; IS THAT RIGHT?

09:09:41 3   A.   THAT'S CORRECT.

09:09:41 4   Q.   ARE THERE ANY AVAILABLE MEASURED HEIGHTS OF WAVES ALONG REACH 2?

09:09:43 5   A.   NO, THERE ARE NOT.

09:09:45 6   Q.   SO IN THE ABSENCE OF THOSE MEASURED HEIGHTS, BRIEFLY SUMMARIZE

09:09:50 7   WHAT YOU DO.

09:09:51 8   A.   WHAT WE DO IS PRETTY MUCH THE SAME GENERAL APPROACH THAT WE DID

09:09:54 9   IN IPET.   WE STRING A SERIES OF MODELS TOGETHER THAT ARE COUPLED.

09:10:01 10  INFORMATION FROM ONE IS FEEDING ANOTHER.

09:10:03 11       WE SET UP A MODEL DOMAIN FOR THE ENTIRE GULF TO GET WAVES

09:10:07 12  CORRECT.   IT'S IMPORTANT THAT YOU MODEL THE ENTIRE GULF AND MODEL

09:10:11 13  THE WAVE GENERATION AS SOON AS THE HURRICANE ENTERS THE GULF.

09:10:15 14       WE CALCULATE WAVES AT A LARGE SCALE, AND WE SAVE OFF

09:10:20 15  INFORMATION, FEED SOME MORE DETAILED, LOCAL MODELS USING THE STWAVE

09:10:27 16  MODEL, AND THEN THE FINAL STEP IS TO TAKE OUTPUT FROM THE STWAVE

09:10:32 17  MODEL ALONG THE MRGO CHANNEL AND USE THE COULWAVE MODEL TO ACTUALLY

09:10:38 18  TRANSFORM THOSE WAVES ACROSS THE BERM UP TO AND OVER THE LEVEE

09:10:43 19  ITSELF.

09:10:44 20  Q.   WE'LL LEAVE IT TO DR. RESIO TO TALK ABOUT HOW THOSE MODELS ARE

09:10:49 21  VALIDATED.

09:10:51 22       BUT CAN YOU GIVE ME A, JUST BASED ON YOUR EXPERIENCE, HOW

09:10:56 23  ACCURATE THOSE MODELS ARE?   WHAT'S YOUR ASSESSMENT OF THEM?

09:11:00 24  A.   GENERALLY OUR WAVE MODELING IS, I WOULD SAY, ACCURATE WITHIN 10

09:11:07 25  TO 25 PERCENT.   IT DEPENDS ON THE SITUATION THAT YOU'RE SIMULATING

09:11:10  1    WAVES FOR.

09:11:11  2           THE SITUATION IS VERY SIMILAR TO ONE FROM WHICH THE

09:11:16  3    COLLECTED DATA DERIVES THE MODEL ON, YOU'LL GET BETTER ACCURACY.

09:11:21  4           BUT FOR SITUATIONS LIKE WE HAVE HERE WHERE WE HAVE

09:11:23  5    COMPLICATED HURRICANE WIND FIELDS TRANSFORMING WAVES OVER VEGETATIVE

09:11:31  6    WETLANDS, THE AIR IS CERTAINLY CLOSE TO 25 PERCENT AND MOST LIKELY

09:11:33  7    HIGHER.

09:11:39  8           MR. MITSCH:  ALL RIGHT.  WHAT I WANT TO DO NOW IS I WANT

09:11:41  9    TO GO, YOUR HONOR, TO BEGIN DISCUSSING SOME OF THE HYDROGRAPHS THAT

09:11:45 10    ARE PART OF MR. EBERSOLE'S REPORT.

09:11:47 11           THE COURT:  THANK YOU.

09:11:48 12    BY MR. MITSCH:

09:11:49 13    Q.  LET'S GO TO FIGURE 33, JX 0211, OUR SLIDE SEVEN.

09:11:58 14           THE LAW CLERK:  PAGE?

09:12:00 15           MR. MITSCH:  IT'S 211 AT PAGE 40.

09:12:15 16           WE'LL JUST BLOW UP THE BOTTOM GRAPH.

09:12:21 17    BY MR. MITSCH:

09:12:22 18    Q.  WHAT'S THIS?

09:12:23 19    A.  THIS IS A PLOT THAT SHOWS TIME IN CENTRAL DAYLIGHT TIME ALONG

09:12:29 20    THE LOWER AXIS.  AND ALONG THE LEFT-HAND SIDE YOU'LL SEE ELEVATION

09:12:35 21    IN FEET.  AND THE SAME SCALE WOULD CORRESPOND TO THE WAVE PERIOD AND

09:12:41 22    THE WAVE HEIGHT.

09:12:42 23           SO, FOR EXAMPLE, THIS UPPER CURVE SHOWS THE TIME VARIATION

09:12:48 24    OF THE STORM SURGE AT BAYOU BIENVENUE AS A FUNCTION OF TIME, SO THE

09:12:53 25    PEAK AT THIS PARTICULAR LOCATION IS SOMEWHERE BETWEEN 16 AND

—— FINAL DAILY COPY ——

09:12:58  1    17 FEET.

09:13:03  2              THIS PARTICULAR LIGHTER BLUE CURVE AT THE BOTTOM SHOWS HOW

09:13:06  3    THE SIGNIFICANT WAVE HEIGHT VARIES ALONG THE MRGO REACH 2 CHANNEL

09:13:09  4    WITH TIME, AND THEN THE BLACK SYMBOLS WOULD BE HOW THE MEAN WAVE

09:13:15  5    PERIOD CHANGES WITH TIME AT THE SAME LOCATION.

09:13:19  6    Q.  I DON'T THINK WE'VE DEFINED WHAT SIGNIFICANT WAVE HEIGHT IS YET.

09:13:23  7    WHAT IS THAT?

09:13:23  8    A.  SIGNIFICANT WAVE HEIGHT -- PROBABLY THE EASIEST WAY -- IT'S A

09:13:27  9    MEASURE OF HOW MUCH ENERGY IS IN AN IRREGULAR SEA STATE.  PROBABLY

09:13:34 10    THE EASIEST WAY TO DESCRIBE A SIGNIFICANT HEIGHT WOULD BE AN AVERAGE

09:13:34 11    OF THE HIGHEST ONE-THIRD OF THE WAVES.

09:13:37 12              SO GENERALLY IN AN IRREGULAR SEA STATE, YOU WOULD HAVE

09:13:43 13    ROUGHLY 15 PERCENT OF THE WAVES BEING HIGHER THAN THE SIGNIFICANT

09:13:45 14    WAVE HEIGHT AND PROBABLY 85 PERCENT OR SO OF THE WAVES BEING LOWER

09:13:51 15    THAN THE SIGNIFICANT WAVE HEIGHT.

09:13:52 16    Q.  AND YOU MENTIONED WAVE PERIOD.  WHAT'S THAT?

09:13:56 17    A.  WAVE PERIOD WOULD BE THE TIME BETWEEN CRESTS.  IF I WERE

09:14:01 18    STANDING AT THE BEACH AND THE CREST OF A WAVE PASSED ME AND THEN

09:14:05 19    ANOTHER WAVE CREST PASSED ME, IT WILL BE THE TIME INTERVAL BETWEEN

09:14:10 20    THE PASSAGE OF WAVES PAST MY BODY.

09:14:14 21    Q.  SO LET'S TAKE A LOOK AT THE TOP CURVE, WHICH MEASURES THE WATER

09:14:22 22    LEVEL.  AND I'D LIKE YOU TO TELL ME HOW LONG THE WATER LEVEL REMAINS

09:14:27 23    ABOVE TEN FEET AT BAYOU BIENVENUE.

09:14:30 24    A.  LOOKS LIKE APPROXIMATELY 12 HOURS.

09:14:41 25    Q.  CAN YOU JUST BREAK DOWN FROM WHEN IT BEGINS TO REACH TEN FEET --

—— FINAL DAILY COPY ——

09:14:46 1    WHEN IT HITS TEN FEET AND THEN --

09:14:48 2    A.  ROUGHLY THAT POINT TO THAT POINT (INDICATING).  EACH OF THOSE

09:14:52 3    TICK MARKS IS 3 HOURS, SO THEY'RE ROUGHLY 4 INTERVALS BETWEEN THERE,

09:14:59 4    SO 4 TIMES 3 IS 12 HOURS.

09:15:01 5    Q.  LET'S GO TO THE NEXT SLIDE, PLEASE.

09:15:13 6              THAT'S THE REPRESENTATION FOR BAYOU DUPRE?

09:15:15 7    A.  THAT'S CORRECT.

09:15:18 8    Q.  AND AGAIN, FOCUSSING ON THE MAXIMUM LEVEL OF THE WATER, WHAT WAS

09:15:24 9    THAT?

09:15:25 10   A.  IN THIS LOCATION, IT'S BETWEEN 17 AND 18 FEET.

09:15:30 11   Q.  AND AGAIN, TELL US HOW LONG THE DURATION OF WATER ABOVE TEN FEET

09:15:36 12   WAS.

09:15:37 13   A.  LOOKS APPROXIMATELY 12 HOURS AT THIS LOCATION ALSO.

09:15:42 14   Q.  AND LET'S GO TO THE NEXT SLIDE, PLEASE.

09:16:00 15             THAT'S THE HYDROGRAPH OF THE SOUTHEASTERN END ALONG

09:16:03 16   REACH 2?

09:16:03 17   A.  THAT'S CORRECT.

09:16:04 18   Q.  AND WHAT'S THE MAXIMUM WAVE HEIGHT THERE, THE MAXIMUM WATER

09:16:08 19   LEVEL?

09:16:08 20   A.  APPROXIMATELY 17 FEET.

09:16:12 21   Q.  AND HOW LONG IS THE WATER ABOVE TEN FEET?

09:16:18 22   A.  IT'S APPROXIMATELY 12 HOURS HERE ALSO.

09:16:23 23   Q.  NOW, IN EACH OF THESE THREE SLIDES, THERE IS A SECOND PEAK OVER

09:16:34 24   HERE (INDICATING).  WHAT'S GOING ON OVER HERE?

09:16:37 25   A.  THAT'S A VERY IMPORTANT PART OF THE STORM SURGE RESPONSE TO

09:16:42 1   KATRINA, PARTICULARLY ALONG REACH 2.

09:16:44 2          THIS FIRST PEAK THAT YOU SEE HERE CORRESPONDS TO THE POINT

09:16:50 3   IN TIME WHEN THE CENTER OF THE HURRICANE WAS SLIGHTLY A BIT TO THE

09:16:52 4   SOUTH OF LAKE BORGNE WHEN THE WINDS WERE BLOWING STRONGLY AT THEIR

09:16:57 5   MAXIMUM OUT OF THE NORTHEAST.  AND THIS FIRST PEAK CORRESPONDS TO

09:17:01 6   THE BUILDUP OF SURGE AGAINST THE REACH 2 LEVEE AT THAT PARTICULAR

09:17:06 7   POINT IN TIME.  AND THEN THE STORM PROPAGATES TOWARDS THE COAST OF

09:17:10 8   MISSISSIPPI, PUSHES A MASSIVE AMOUNT OF WATER UP AGAINST THE COAST

09:17:15 9   AND FLOODS THE COAST OF MISSISSIPPI.

09:17:17 10         AND THEN AS THE STORM MOVES INLAND, THERE'S NO LONGER ANY

09:17:21 11  WIND ALONG THE COAST, TO HOLD THE STORM SURGE AGAINST THE COAST.

09:17:26 12  AND SO BASICALLY THAT WHOLE MOUND OF WATER THAT'S BEEN PILED UP

09:17:29 13  AGAINST THE MISSISSIPPI COAST BASICALLY RELAXES BECAUSE THERE'S NO

09:17:33 14  MORE WIND, AND IT PROPAGATES BACK AWAY FROM THE COAST.  AND AS THAT

09:17:37 15  WAVE PROPAGATES BACK AWAY FROM THE COAST AND PASSES REACH 2, IT

09:17:42 16  CREATES THAT SECOND PEAK THAT WE SEE IN THE HYDROGRAPH.

09:17:45 17  Q.  YOU DON'T MEAN TO SUGGEST THAT THE WATER THAT -- THE ACTUAL

09:17:54 18  WATER THAT IS AT BAYOU BIENVENUE OR DUPRE OR THE SOUTHEASTERN END

09:18:01 19  ACTUALLY MOVES FROM THAT LOCATION TO MISSISSIPPI AND THEN COMES

09:18:05 20  BACK, DO YOU?

09:18:05 21  A.  NO.  IT'S SIMPLY -- YOU HAVE A MOUND, THINK OF IT AS A SLOPING

09:18:11 22  SURFACE OF WATER, AND IT'S SIMPLY RELAXING AND PROPAGATING BACK AWAY

09:18:14 23  FROM THE COAST.

09:18:15 24  Q.  AND ABOUT HOW LONG DOES THAT TAKE TO HAPPEN?

09:18:20 25  A.  IT'S PROBABLY -- LOOKING AT THIS PARTICULAR LOCATION, IT'S

09:18:28  1    PROBABLY ABOUT FOUR AND A HALF HOURS BETWEEN THE TWO PEAKS.

09:18:32  2    Q.  NOW, DO THE PLAINTIFFS' HYDROGRAPHS SHOW THIS SECOND PEAK?

09:18:40  3    A.  THEY SHOW VERY, VERY, VERY SMALL PEAK.  AT MUCH LOWER -- THEIR

09:18:47  4    ELEVATION OF THE SECOND PEAK IS, IF I RECALL, SOMEWHERE IN THE

09:18:51  5    VICINITY OF EIGHT FEET.

09:18:53  6    Q.  AND AGAIN, THAT IMPACTS THE -- OBVIOUSLY THE TIME THAT THE WATER

09:18:58  7    IS ABOVE -- STILL WATER IS ABOVE TEN FEET, RIGHT?

09:19:01  8    A.  YES.  THIS IS ABSOLUTELY CRITICAL OF THE FLOODING OF THE

09:19:04  9    ST. BERNARD POLDER.  BECAUSE OF THE SECOND PEAK, YOU HAVE A MUCH

09:19:09 10    MORE EXTENDED PERIOD OF TIME THAT THE WATER LEVEL IN LAKE BORGNE WAS

09:19:12 11    HIGHER THAN THE WATER LEVEL INSIDE THE POLDER.  AND WHEN YOU HAVE

09:19:17 12    THAT SLOPE IN WATER SURFACE, THAT CONTINUES TO FORCE MORE WATER INTO

09:19:21 13    THE FLOODED POLDER FOR MUCH LONGER PERIOD OF TIME.

09:19:24 14          THE COURT:  EXCUSE ME, I DIDN'T MEAN TO INTERRUPT YOUR

09:19:26 15    ANSWER.  I WAS JUST CURIOUS FOR THE RECORD -- I KNOW YOU'VE ALREADY

09:19:29 16    TALKED ABOUT IT -- WHAT MODEL GAVE YOU THIS HYDROGRAPH?

09:19:32 17          THE WITNESS:  THIS IS FROM THE SL15 ADCIRC MODEL.

09:19:36 18          THE COURT:  THANK YOU.

09:19:36 19    BY MR. MITSCH:

09:19:42 20    Q.  NOW WHAT I WOULD LIKE TO DO IS GO TO FIGURE 35 AT PAGE 43,

09:19:47 21    JX 211 AT 43, OUR SLIDE -- WHAT'S THIS?

09:19:56 22    A.  THIS IS OUR ADCIRC PREDICTION FROM THE SL15 IN THE INDUSTRIAL

09:20:01 23    CANAL, APPROXIMATELY AT THE SITE OF THE BREACHES.

09:20:07 24    Q.  DOES THE ADCIRC -- OUR ADCIRC MODEL HERE, DOES THAT SHOW A

09:20:14 25    SIMULATED SECOND PEAK AT THE IHNC?

09:20:17 1  A.  YES, IT DOES.

09:20:18 2  Q.  AND WHAT ABOUT THE MEASURED DATA?

09:20:21 3  A.  THE MEASURED DATA ACTUALLY REFLECT A SECOND PEAK, BUT IT'S NOT

09:20:26 4  OBVIOUS JUST FROM LOOKING AT THE DATA.

09:20:28 5  Q.  LET'S GO BACK TO FIGURE 3 AT 14, OUR SLIDE 5.

09:20:47 6        TELL US WHERE YOU THINK THAT SECOND PEAK IS.

09:20:50 7  A.  WELL, I THINK THE FIRST PEAK IS QUITE OBVIOUS.  THAT'S THE

09:20:53 8  LARGER PEAK THAT WAS FORMED WHEN THE CORE OF THE HURRICANE WAS SOUTH

09:20:58 9  OF LAKE BORGNE.  THE PRESENCE OF THE SECOND PEAK IS ROUGHLY ABOUT IN

09:21:03 10 THE SAME PLACE IN THE HYDROGRAPH, IN THE VICINITY OF WHERE I JUST

09:21:08 11 INDICATED WITH THE RED (INDICATING).

09:21:11 12 Q.  BUT YOU'RE NOT SEEING IT THERE.  WHY IS IT THAT YOU BELIEVE THAT

09:21:14 13 IT'S ACTUALLY THERE?

09:21:15 14 A.  WELL, IN THE ADCIRC MODEL, THERE'S -- YOU KNOW, I MENTIONED THE

09:21:20 15 TWO IMPORTANT STAGES OF THE HURRICANE.  ONE, WHEN THE CENTER OF THE

09:21:24 16 STORM WAS SOUTH OF LAKE BORGNE, IT CREATED THE FIRST PEAK.  AND THEN

09:21:30 17 IT WASN'T UNTIL THE STORM MOVED INTO MISSISSIPPI THAT IT CREATED THE

09:21:35 18 SECOND PEAK ALONG REACH 2.

09:21:37 19       THERE'S A THIRD PIECE TO THE PUZZLE.  IT'S EXTREMELY

09:21:41 20 IMPORTANT FOR THE INDUSTRIAL CANAL.  AND THAT'S THE STORM SURGE THAT

09:21:44 21 DEVELOPED ALONG THE SOUTH SHORE OF LAKE PONTCHARTRAIN.  BETWEEN THE

09:21:48 22 TIME WHEN THE STORM GENERATED THE FIRST PEAK AND THE SECOND PEAK WAS

09:21:52 23 CREATED, THE STORM WAS MOVING TO THE NORTH OF LAKE BORGNE AND THE

09:21:58 24 WINDS ON THE WESTERN SIDE OF THE STORM WERE BLOWING PRETTY MUCH

09:22:02 25 STRAIGHT OUT OF THE NORTH IN LAKE PONTCHARTRAIN.  AND THAT WOULD SET

09:22:06  1    UP A TREMENDOUS SURGE OF ABOUT -- ACCORDING TO THE HIGH WATER MARKS

09:22:10  2    OF ABOUT 12 FEET AT THE LAKE.

09:22:12  3          SO WITHIN THE INDUSTRIAL CANAL, THE RESPONSE IS BEING

09:22:17  4    DRIVEN FIRST BY THE INITIAL PEAK AND THEN ABOUT 9, 9:30, 10 O'CLOCK,

09:22:23  5    IT'S BEING DRIVEN BY A RECEDING PEAK IN LAKE BORGNE AND ALSO THE

09:22:28  6    DEVELOPMENT OF A HIGH PEAK IN LAKE PONTCHARTRAIN.  AND THAT'S WHAT'S

09:22:32  7    KEEPING THE WATER LEVEL HIGH IN THE MEASURED DATA.

09:22:36  8          AND THEN EVENTUALLY THE SECOND PEAK -- THE SECOND PEAK

09:22:40  9    ALONG REACH 2 THAT'S REBOUNDING FROM MISSISSIPPI IS FELT FROM THE

09:22:44 10    INDUSTRIAL CANAL.  SO IT'S VERY COMPLICATED DYNAMICS OF THE SURGE.

09:22:48 11    Q.  WHAT I WOULD LIKE TO DO IS DO A COMPARISON BETWEEN THAT MEASURED

09:22:56 12    DATA HYDROGRAPH AND THE HYDROGRAPHS -- OR THE HYDROGRAPH OF THE

09:23:04 13    IHNC.  AND WOULD YOU COMPARE THE CURVES AND GIVE US AN IDEA ABOUT

09:23:07 14    WHETHER OR NOT YOU FEEL THAT THEY ARE COMPARABLE?

09:23:10 15    A.  OKAY.

09:23:11 16    Q.  SO LET'S TRY TO TOGGLE BACK BETWEEN THIS FIGURE AND THE IHNC

09:23:21 17    HYDROGRAPH, WHICH IS OUR SLIDE NINE.  WE CAN TRY TO PUT BOTH OF THEM

09:23:30 18    UP.

09:23:30 19    A.  CAN WE HAVE THE IHNC SLIDE?

09:23:33 20    Q.  RIGHT.  THAT'S THE SOUTHEASTERN END.

09:23:49 21    A.  I THINK WE STILL HAVE THE SOUTHEASTERN END ON THE BOTTOM.

09:24:12 22    Q.  START FROM THE LEFT AND TAKE US THROUGH.

09:24:14 23    A.  OKAY.  LET'S START OVER HERE.  ON THIS PART OF THE RISING PART

09:24:20 24    OF THE SURGE, YOU SEE A VERY GOOD AGREEMENT WITH THE RATE OF RISE

09:24:25 25    PREDICTED WITH THE SL15 MODEL COMPARED WITH THE MEASUREMENTS.  THIS

09:24:28 1    PART OF THE RISE IN PART OF THE FIRST PEAK, YOU SEE, AGAIN, VERY

09:24:34 2    GOOD AGREEMENT WITH THE DEVELOPMENT OF THAT FIRST PEAK.

09:24:39 3           THE ADCIRC MODEL THEN SHOWS A DIP, AND THE MEASURED DATA

09:24:43 4    DON'T SHOW THE DIP.  AND THEN THE ADCIRC SHOWS THE SECOND PEAK

09:24:47 5    REBOUNDING FROM THE COAST OF MISSISSIPPI.  AND I SUGGEST TO YOU THAT

09:24:51 6    THAT DECLINING STORM SURGE IS HAPPENING AT THE SAME TIME AS THAT

09:24:57 7    DECLINE IN STORM SURGE.

09:24:58 8           AND THEN THE TREND AS THE WATER LEVEL DROPS OFF IS WELL

09:25:02 9    REPRODUCED BY THE ADCIRC MODEL.  SO YOU HAVE TO EXPLAIN WHAT

09:25:07 10   HAPPENED AT THIS PARTICULAR TIME.  AND AS I TOLD YOU, AT THIS

09:25:10 11   PARTICULAR TIME, THE RESPONSE IN THE INDUSTRIAL CANAL IS REALLY A

09:25:15 12   TRANSITION BETWEEN A 12-FOOT PEAK SURGE AT THE ENTRANCE TO LAKE

09:25:22 13   PONTCHARTRAIN AND A RECEDING HIGHER SURGE IN LAKE BORGNE.

09:25:27 14          AND OUR ADCIRC MODEL UNDERPREDICTS THE PEAK SURGE IN LAKE

09:25:31 15   PONTCHARTRAIN BY TWO AND A HALF OR THREE FEET, AND THE PHYSICS OF

09:25:35 16   WHICH WE'RE NOT QUITE SURE WHY IT DOES THAT BUT WE THINK WE HAVE

09:25:39 17   SOME UNDERSTANDING.  BUT REGARDLESS, WE UNDERSTATE THE STORM SURGE

09:25:44 18   ON THE SOUTH SHORE OF LAKE PONTCHARTRAIN.

09:25:47 19          SO IF WE HAD PREDICTED 12 FEET AT THE PEAK, I THINK ON --

09:25:54 20   ON THIS TELESTRATOR MAKES MY FINGER KIND OF FAT, BUT LET ME SEE IF I

09:25:57 21   CAN DO THIS.

09:25:58 22          IF WE HAD GOTTEN AN ACCURATE PREDICTION FROM ADCIRC AT THE

09:26:01 23   SOUTH SHORE OF LAKE PONTCHARTRAIN, WE WOULD HAVE SIMULATED A MUCH

09:26:06 24   MORE GRADUAL TRANSITION FROM THE FIRST PEAK TO THAT LAST PEAK.  AND

09:26:12 25   IF YOU LOOK AT THE SHAPE OF THE MODIFIED HYDROGRAPH THAT I JUST

09:26:17  1    DREW, I THINK YOU'LL SEE THAT IT'S VERY SIMILAR IN SHAPE TO THE

09:26:21  2    ACTUAL MEASURED HYDROGRAPH.

09:26:23  3         SO THE DIFFERENCES HERE ARE ATTRIBUTABLE TO THE FACT THAT

09:26:25  4    WE SLIGHTLY UNDERESTIMATE THE PEAK IN LAKE PONTCHARTRAIN, MAYBE NOT

09:26:34  5    SLIGHTLY, BUT BY TWO AND A HALF OR THREE FEET.

09:26:34  6    Q.  SO IN OTHER WORDS WHAT YOU'RE SAYING IS THAT THE SCIENCE OF THE

09:26:38  7    MODELING JUST ISN'T KEEPING UP WITH THE COMPLEXITIES OF NATURE?

09:26:43  8    A.  THAT'S CORRECT.

09:26:48  9    Q.  YOU LOOK AT THESE TWO HYDROGRAPHS, A POINT WAS MADE EARLIER THAT

09:26:5410    THE -- ONE OF THE CHALLENGES OF A MODEL IS TO TRY TO PREDICT THE

09:27:0011    REALITY.  AND YOU THINK OUR ADCIRC MODELING IS PREDICTING THE

09:27:0512    REALITY VIS-A-VIS THE MEASURED DATA?

09:27:0813    A.  YEAH, I THINK THIS OVERALL SKILL'S QUITE GOOD.  ESPECIALLY IF

09:27:1214    YOU LOOK AT THE DIFFERENT SEGMENTS, DIFFERENT RATES OF RISE AND FALL

09:27:1615    ARE REFLECTED IN THE MEASURED HYDROGRAPH, EXCEPT FOR THE ONE

09:27:1916    PARTICULAR TIME HERE, I THINK THE MODEL HAS DONE A VERY GOOD JOB OF

09:27:2517    CAPTURING THE SHAPE OF THE HYDROGRAPH AND THE DURATION OF TIME FOR

09:27:2818    WHICH WATER LEVELS REMAINED ABOVE CERTAIN LEVELS.

09:27:3119         THE COURT:  IS THE LAKE PONTCHARTRAIN DATA IN YOUR

09:27:3520    MATERIALS?

09:27:3621         THE WITNESS:  IT WOULD BE IN THE IPET REPORT.  THERE WERE

09:27:3922    A SERIES OF, I THINK, A HALF DOZEN HIGH QUALITY HIGH WATER MARKS IN

09:27:4523    THE VICINITY OF LAKEFRONT AIRPORT, AND EACH OF THEM WERE IN THE

09:27:4824    RANGE OF 11.8 TO 12 FEET.  SO WE'RE QUITE CONFIDENT IN WHAT THE

09:27:5325    ACTUAL PEAK WAS AT THE SOUTH SHORE OF THE LAKE AT THE ENTRANCE TO

09:27:57  1    THE INDUSTRIAL CANAL.

09:27:58  2              THE COURT:  AND THAT'S THE LAKE PONTCHARTRAIN DATA YOU'RE

09:28:00  3    REFERRING TO IN REFERENCE TO YOUR TESTIMONY?

09:28:03  4              THE WITNESS:  YES, CORRECT.

09:28:04  5              THE COURT:  THANK YOU.

09:28:05  6              MR. MITSCH:  IF YOU DON'T HAVE ANY MORE QUESTIONS, WHAT I

09:28:07  7    WOULD LIKE TO DO IS QUICKLY GO TO A SHORT DISCUSSION OF SEDIMENT

09:28:11  8    TYPE.

09:28:12  9              THE COURT:  CERTAINLY.

09:28:14 10    BY MR. MITSCH:

09:28:14 11    Q.  MR. EBERSOLE, IS THE TYPE OF SEDIMENT THAT'S USED IN THE

09:28:18 12    CONSTRUCTION OF LEVEES AN IMPORTANT FACTOR IN DETERMINING HOW

09:28:20 13    THEY'LL PERFORM?

09:28:21 14    A.  YES, IT IS.

09:28:22 15    Q.  AND WHAT INFORMATION DO WE HAVE AVAILABLE ABOUT THE SEDIMENT

09:28:25 16    THAT WAS USED IN THE CONSTRUCTION OF THE LEVEES ALONG REACH 2?

09:28:29 17    A.  THE INFORMATION THAT I UNCOVERED WAS FROM CORE LOGS.

09:28:36 18    Q.  CORE LOGS OR CORE SAMPLES?

09:28:39 19    A.  CORRECT.

09:28:40 20    Q.  WHAT'S A CORE SAMPLE?

09:28:41 21    A.  A CORE SAMPLE WOULD BE WHERE YOU TAKE A DRILLING DEVICE OR SOME

09:28:45 22    DEVICE --

09:28:46 23              THE COURT:  AND FOR THE RECORD, WE'RE TALKING ABOUT

09:28:51 24    C-O-R-E.

09:28:51 25              MR. MITSCH:  RIGHT.  YES.  YES.

09:28:52  1          THE WITNESS:  C-O-R-E SAMPLES.

09:28:55  2          IN ESSENCE, WE'RE TAKING A PLUG OF SEDIMENT OUT OF THE

09:28:58  3  LEVEE.  AND AS WE EXTRACT THE PLUG, WE CAN TAKE THAT PLUG OF

09:29:02  4  SEDIMENT AND ANALYZE THE CHARACTERISTICS OF THE SOIL WITHIN THAT

09:29:08  5  PLUG AND HOW THOSE CHARACTERISTICS VARY WITH DEPTH THROUGH THE PLUG.

09:29:17  6  BY MR. MITSCH:

09:29:17  7  Q.  AND IS THAT THE BEST WAY TO FIND OUT WHAT'S -- WHAT KIND OF

09:29:18  8  SEDIMENT'S THERE?

09:29:19  9  A.  YEAH.  I THINK TAKING CORES DOWN THROUGH THE CENTER LINE IS THE

09:29:23 10  BEST WAY TO UNDERSTAND WHAT OTHER CHARACTERISTICS OF THE SOIL IN THE

09:29:26 11  LEVEE IN THAT ALL IMPORTANT UPPER TEN FEET OF THE LEVEE ITSELF.

09:29:33 12  Q.  AND BASED ON YOUR REVIEW OF THE CORE SAMPLES, DO YOU HAVE AN

09:29:39 13  OPINION AS TO WHAT MATERIALS WERE USED?

09:29:42 14  A.  THERE WEREN'T MANY, SO YOU'RE RESTRICTED BY A FAIRLY SMALL DATA

09:29:45 15  SET.  BUT MY INSPECTION OF THOSE SAMPLES INDICATED TO ME THAT THIS

09:29:51 16  LEVEE WAS PRIMARILY CONSTRUCTED OF LEAN AND FAT CLAYS.

09:29:54 17  Q.  AND WHERE DO YOU TAKE THE CORE SAMPLES?

09:30:00 18  A.  YOU CAN TAKE THEM ANYWHERE.  I PREFER TO USE JUST THE ONES FROM

09:30:03 19  THE CENTER LINE AS AN INDICATOR OF WHAT KIND OF SOIL'S REALLY IN THE

09:30:07 20  LEVEE.  I THINK TAKING CORE S FROM SOMEPLACE OTHER THAN THE CENTER

09:30:13 21  LINE OF THE LEVEE MAY NOT BE A GOOD INDICATOR OF WHAT'S ACTUALLY IN

09:30:16 22  THE LEVEE.

09:30:17 23          THE COURT:  I'M NOT SURE THIS IS NECESSARILY RELATED, BUT

09:30:19 24  I WOULD LIKE TO ASK THE WITNESS A COUPLE OF QUESTIONS.  AND IT GOES

09:30:22 25  BACK -- AND IF YOU NEED TO SEE IT -- I'M SURE YOU DON'T.  YOU

09:30:26  1    REMEMBER IT BETTER THAN ANYONE ELSE.

09:30:28  2              ONE OF THE FIRST GRAPHS YOU SHOWED WAS RED AND BLUE,

09:30:34  3    AND -- AS AN EXAMPLE, AND YOU TESTIFIED THERE WAS A BREACH AREA,

09:30:41  4    RATHER LARGE, WHERE THE WATER LEVEL DIDN'T SEEM TO OVERTOP.

09:30:47  5              DO YOU RECALL WHAT I'M TALKING ABOUT?

09:30:49  6              THE WITNESS:  I DO.

09:30:49  7              THE COURT:  AND YOU MENTIONED THE ERODIBILITY.  YOU MAY

09:30:56  8    GET QUESTIONS ABOUT THAT LATER ON, I JUST AM CURIOUS, WAS THE SOIL,

09:31:02  9    IN YOUR OPINION, DIFFERENT THERE THAN IT WAS IN OTHER PARTS OF THE

09:31:06 10    LEVEE?

09:31:06 11              THE WITNESS:  WE'LL BE TALKING ABOUT SOME OTHER

09:31:11 12    PHOTOGRAPHIC EVIDENCE, I'M CERTAIN, BUT FROM MY LOOKING AT THE

09:31:14 13    PHOTOGRAPHS THAT I HAD, IN ADDITION TO THE FACT THAT THAT AREA WAS

09:31:21 14    SEVERELY BREACHED EVEN THOUGH IT APPEARS TO US THAT THE STILL WATER

09:31:25 15    LEVEL NEVER EXCEEDED THE LEVEE CREST.

09:31:28 16              THE COURT:  YES, SIR.

09:31:29 17              THE WITNESS:  ON THE FRONT SIDE WHERE I SAW A LOT OF

09:31:32 18    SURFACE EROSION DUE TO WAVE ACTION, IT WAS MORE PREVALENT IN THAT

09:31:36 19    PARTICULAR AREA THAN ANYWHERE ELSE.  SO THAT, TO ME, IS ANOTHER

09:31:38 20    INDICATOR THAT IF I HAVE MORE SIGNATURE OF A SURFACE WAVE-INDUCED

09:31:43 21    EROSION ON THE FRONT SIDE THAN I DO, SAY, BETWEEN BIENVENUE AND

09:31:49 22    DUPRE, THAT WAS ANOTHER INDICATOR FOR ME THAT THIS WAS -- THE SOIL

09:31:53 23    WAS PROBABLY A LITTLE BIT MORE ERODIBLE THERE.

09:31:56 24              THE COURT:  AND THAT'S NOT BASED NECESSARILY ON ANY SOIL

09:31:59 25    SAMPLES YOU -- THE CORE SAMPLES YOU TOOK THAT WE'RE TALKING ABOUT

────── FINAL DAILY COPY ──────

09:32:10 1    NOW?

09:32:10 2            THE WITNESS:  NO, YOUR HONOR, THAT'S JUST BASED ON MY

09:32:10 3    INTERPRETATION OF PROCESSES.

09:32:10 4            THE COURT:  YOUR OBSERVATION AS TO WHY THIS WOULD BE HERE

09:32:11 5    AND NOT THERE.

09:32:11 6            THE WITNESS:  CORRECT.

09:32:12 7            MR. MITSCH:  YOUR HONOR, JUST FOR THE RECORD WHY DON'T WE

09:32:14 8    JUST PUT UP OUR SLIDE 2, WHICH I BELIEVE IS FIGURE 40 AT PAGE 54.

09:32:28 9            THE WITNESS:  THE AREA THAT WE'RE TALKING ABOUT IS THAT

09:32:31 10   PARTICULAR AREA (INDICATING).  AND YOU CAN SEE IT SUFFERED SEVERE

09:32:35 11   PRETTY MUCH UNIFORM BREACHING ALONG THE ENTIRE STRETCH THERE.

09:32:40 12           OUR ESTIMATE OF THE STILL WATER LEVEL WAS THAT IT DIDN'T

09:32:42 13   EXCEED THE LEVEE CREST.  SO THAT TELLS ME A COUPLE OF THINGS; ONE,

09:32:47 14   THAT CERTAINLY WE CAN DESTROY A LEVEE SIMPLY DUE TO SOMETHING THAT'S

09:32:51 15   TRIGGERED BY WAVE OVERTOPPING ALONE WHEN THIS STILL WATER LEVEL WAS

09:32:55 16   BELOW THE LEVEE CREST.

09:32:58 17           AND TWO, WHAT THAT TELLS ME, THOUGH, IS THAT THE --

09:33:01 18   BECAUSE THE LEVEE IS HIGHER, THE OVERTOPPING WOULD HAVE STARTED

09:33:05 19   LATER IN THE STORM.  AND SO IT DID SO BECAUSE THE SOIL WAS PROBABLY

09:33:11 20   MORE ERODIBLE.

09:33:12 21           AND WHEN I LOOKED AT OTHER SIGNATURES BETWEEN THE

09:33:16 22   BREACHES, THERE WAS ALSO MUCH CLEARER EVIDENCE OF WAVE-INDUCED

09:33:21 23   EROSION THAN, SAY, WHEN I LOOKED AT PHOTOGRAPHS IN THIS PARTICULAR

09:33:26 24   AREA BETWEEN THE BREACHES, I DIDN'T SEE NEARLY AS MUCH SIGNATURE OF

09:33:31 25   FRONT SIDE WAVE EROSION BETWEEN THE BREACHES.

09:33:35  1          THE COURT:  THANK YOU.

09:33:36  2          IS THERE ANY REASON WHY THAT SOIL WOULD BE MORE ERODIBLE

09:33:41  3  THAN OTHER SOILS SINCE IT WAS, MY UNDERSTANDING, ALL TAKEN FROM THE

09:33:46  4  SAME SOURCE?

09:33:47  5          THE WITNESS:  I DON'T KNOW, YOUR HONOR.

09:33:48  6          THE COURT:  ALL RIGHT.  THAT'S A FAIR ANSWER.

09:33:52  7          MR. MITSCH:  WE'RE GOING TO GET TO THE PHOTOGRAPHS IN A

09:33:56  8  BIT.

09:33:56  9          THE COURT:  SURE.

09:33:59 10          MR. MITSCH:  AND WE'LL RE-EMPHASIZE THESE POINTS.

09:34:02 11          THE COURT:  THANK YOU VERY MUCH, COUNSEL.

09:34:03 12          MR. MITSCH:  WE'RE GOING TO TRANSITION NOW TO A DISCUSSION

09:34:05 13  OF WATER REACHES THE LEVEES.  AND WHAT I'D LIKE TO DO IS GO TO

09:34:12 14  FIGURE 36 AT PAGE 45, JX 211 AT 45, OUR SLIDE...

09:34:23 15  BY MR. MITSCH:

09:34:24 16  Q.  WHAT'S THE TERM SURF ZONE DYNAMICS, WHAT DOES THAT MEAN?

09:34:28 17  A.  SURF ZONE DYNAMICS, TO ME, IS HOW THE WAVES TRANSFORM AS THEY

09:34:35 18  MOVE UP THE FRONT FACE OF THIS LEVEE, HOW BREAKING IS INITIATED,

09:34:38 19  WHAT TRIGGERS BREAKING, WHAT HAPPENS AS THE WAVES ARE BREAKING, WHAT

09:34:42 20  KIND OF VELOCITIES ARE BEING GENERATED ON THE LEVEE FACE, HOW MUCH

09:34:45 21  RUN-UP IS OCCURRING, HOW MUCH OVERTOPPING IS OCCURRING.

09:34:49 22  Q.  WHAT DOES THE -- WHAT DOES FIGURE -- JUST SO YOU CAN LAY THE

09:35:01 23  GROUNDWORK HERE, WHAT DOES FIGURE 36 REPRESENT?

09:35:01 24  A.  YEAH, IT'S A FAIRLY ELEMENTARY TYPE SKETCH OF WHAT'S TAKING

09:35:04 25  PLACE DURING THREE CRITICAL HOURS OF THE RESPONSE OF THE LEVEE.  AND

09:35:11 1    THEY BEGIN -- THERE'S ONE EACH HOUR BEGINNING AT 4:00 A.M. AND THEN

09:35:16 2    CONTINUING ON THROUGH TO 7:00 A.M.  AND WHAT I'VE DONE IS I'VE

09:35:21 3    INDICATED, YOU KNOW, ROUGHLY WHERE THE STILL WATER LEVEL WAS IN

09:35:26 4    RELATION TO THE LEVEE, AND I'VE GIVEN AN INDICATION OF THE WAVE

09:35:30 5    HEIGHT THAT WAS OCCURRING AND JUST SEE WHERE THE TOE OF THE LEVEE.

09:35:36 6    AND I TRIED TO SCALE THAT ROUGHLY BY THE SIGNIFICANT WAVE HEIGHT,

09:35:40 7    AND I LIST THE WAVE HEIGHT -- APPROXIMATE.  I'VE USED SOME ROUGH

09:35:45 8    RULES OF THUMB TO MAKE AN ESTIMATE OF WHAT THE WAVE HEIGHT IS HERE

09:35:48 9    AT THE TOE OF THE LEVEE.

09:35:50 10        AND THEN I'VE INDICATED WHAT THE STILL WATER LEVEL

09:35:54 11   ELEVATION WAS AT EACH PARTICULAR TIME.  SO, FOR EXAMPLE, HERE AT

09:35:59 12   4:00 A.M., THE STILL WATER LEVEL WOULD BE AT AN ELEVATION OF

09:36:03 13   11.3 FEET AND THE SIGNIFICANT WAVE HEIGHT AT THE TOE WOULD BE QUITE

09:36:07 14   LOW, ABOUT 1.4 FEET.

09:36:09 15   Q.  BEFORE WE ACTUALLY TALK ABOUT EACH FOUR PARTS OF THIS DIAGRAM, I

09:36:15 16   WANT TO ASK YOU ABOUT THE WAVE HEIGHT.

09:36:19 17        HOW DO YOU DETERMINE THE WAVE HEIGHT?

09:36:21 18   A.  WELL, IN OUR MORE DETAILED CALCULATIONS, WE'VE USED THE COULWAVE

09:36:26 19   MODEL.  BUT FOR THIS PARTICULAR ILLUSTRATION, I AM GOING TO USE -- I

09:36:29 20   USED A RULE OF THUMB THAT WE USE IN COASTAL ENGINEERING, BUT IT'S

09:36:33 21   QUITE RELIABLE.  IT'S BASED ON LARGE AMOUNTS OF FIELD DATA AND

09:36:38 22   OBSERVATIONS.

09:36:39 23        AND THE RULE OF THUMB IS THIS, THAT BASICALLY THE LOCAL

09:36:43 24   WAVE HEIGHT IS LIMITED BY THE WATER DEPTH TO A VALUE THAT'S

09:36:49 25   APPROXIMATELY .4 TO .6 TIMES THE WATER DEPTH.  THE SMALLER VALUE,

09:36:54 1  .4, WOULD BE MORE TYPICAL OF WHAT WE HAD AT -- ALONG REACH 2 WHERE

09:37:00 2  WE HAD A VERY GENERAL BERM OUT IN FRONT OF THE LEVEE.  I HAPPENED TO

09:37:05 3  USE .6 TO ILLUSTRATE.  I WAS MAKING A CONSERVATIVE ESTIMATE OF WHAT

09:37:11 4  THE WAVE CONDITIONS WOULD BE.

09:37:12 5          SO, FOR EXAMPLE, IF I HAVE A WATER DEPTH OF TEN FEET AND I

09:37:17 6  USE A VALUE -- COEFFICIENT OF .4 TIMES THE WATER DEPTH, THAT SAYS

09:37:24 7  THAT THE MAXIMUM SIGNIFICANT WAVE HEIGHT THAT I CAN HAVE IN A WATER

09:37:28 8  DEPTH OF TEN FEET IS FOUR FEET.  AND THIS IS VERY, IT'S PRETTY

09:37:33 9  ROBUST RULE OF THUMB FOR THE INNER PORTION OF A SURF ZONE.

09:37:39 10  Q.  AND SO THE --

09:37:41 11          THE COURT:  WHAT ARE THE FACTORS THAT GO INTO THAT?

09:37:43 12          THE WITNESS:  IT'S REALLY NATURE IS BREAKING THE WAVES AND

09:37:47 13  DISSIPATING THE WAVES AND NATURE'S TRYING TO SEEK AN EQUILIBRIUM,

09:37:56 14  SORT OF A STABLE ENERGY LEVEL WHERE NO MORE DISSIPATION IS TAKING

09:37:57 15  PLACE.  SO AS WAVES START TO BREAK, THEY DISSIPATE A LOT OF ENERGY.

09:38:00 16  AND AS THE BREAKING PROCESS CONTINUES, AS THE WAVES MOVE UP SLOW,

09:38:05 17  THEY'LL KEEP CONTINUING TO DISSIPATE ENERGY IN A WAY THAT PRETTY

09:38:09 18  MUCH MAINTAINS THIS CONSTANT PROPORTION OF THE WATER DEPTH.

09:38:13 19          THE COURT:  AND I'M SURE THERE ARE VARIABLES, AND I AM NOT

09:38:18 20  SURE TO WHAT EXTENT, FOR INSTANCE, DOES THE BOTTOM SURFACE HAVE ANY

09:38:22 21  EFFECT ON IT, WHETHER IT'S ROUGH OR SMOOTH OR IF IT'S MUD OR PLANT?

09:38:29 22          THE WITNESS:  IT WOULD.  IN THE ABSENCE OF VEGETATION,

09:38:31 23  THIS HAPPENS ANYWAY JUST SIMPLY DUE TO WAVE BREAKING.

09:38:31 24          THE COURT:  YES.

09:38:38 25          THE WITNESS:  SO IF THERE'S ADDITIONAL VEGETATION, IT

09:38:39  1    WOULD BE TAKING A LITTLE BIT MORE ENERGY OUT BECAUSE OF VEGETATION.

09:38:42  2    DR. RESIO WILL COVER THIS IN MUCH GREATER DETAIL THAN I CAN.

09:38:46  3              THE COURT:  I DIDN'T MEAN TO ENCROACH ON THAT.

09:38:46  4              THE WITNESS:  SURE.

09:38:47  5              THE COURT:  THANK YOU FOR LETTING ME KNOW THAT.

09:38:49  6    BY MR. MITSCH:

09:38:50  7    Q.  CAN YOU GIVE US JUST AN EXAMPLE OF THIS -- OF HOW THIS WORKS?

09:38:53  8    A.  YEAH.  SHOULD WE STEP -- DO YOU WANT ME TO STEP THROUGH THE

09:38:57  9    EXAMPLES?

09:38:59 10    Q.  YES.

09:39:00 11    A.  AT 4:00 A.M., BASICALLY THE WATER LEVEL'S AT 11.3, SO WE HAVE

09:39:05 12    VERY, VERY SHALLOW WATER ON THE BERM IN FRONT OF THIS LEVEE AND

09:39:07 13    THAT'S GOING TO LIMIT JUST HOW HIGH THE WAVES ARE.  THESE ARE VERY

09:39:10 14    SMALL WAVE HEIGHTS AND REALLY NOT OF A MAGNITUDE THAT'S GOING TO

09:39:14 15    CREATE A LOT OF EROSIVE DAMAGE AT THE TOE OF THE LEVEE.

09:39:18 16              ONE HOUR LATER, THE WATER LEVEL'S GONE FROM 11.3 TO 12.9.

09:39:25 17    SO IN A VERY SHORT PERIOD OF TIME, THE WATER LEVEL'S RISING FAIRLY

09:39:30 18    RAPIDLY AT A RATE OF 1.6 FEET IN THAT ONE HOUR.  AND WHAT THAT DOES

09:39:34 19    IS BECAUSE THE WATER DEPTH IS INCREASING, THAT'S ALLOWING A LITTLE

09:39:38 20    BIT MORE ENERGY TO REACH THE FACE OF THE LEVEE.

09:39:42 21              AND SO IN THIS CASE, THE AMOUNT OF THE WAVE HEIGHT AT THE

09:39:45 22    TOE WOULD BE ABOUT 2.3 FEET.

09:39:48 23    Q.  OKAY.  JUST TAKE US THROUGH THAT CALCULATION OF HOW YOU GET TO

09:39:53 24    2.3 FEET.  THAT'S WHAT I WANT TO DO NOW.

09:39:55 25    A.  OKAY.  SO FOR THIS EXAMPLE, I ASSUMED A BERM ELEVATION OF 9 FEET

09:40:00  1    AND AT A WATER LEVEL OF 12.9 FEET, THAT MEANS THE WATER DEPTH AT THE

09:40:05  2    TOE IS 3.9 FEET.  AND THEN IF I -- IN THIS CASE, I TOOK .6 TIMES THE

09:40:12  3    WATER DEPTH TO ARRIVE AT A SIGNIFICANT WAVE HEIGHT OF 2.3.  SO WHAT

09:40:18  4    WE CALL THE DEPTH LIMITED SIGNIFICANT WAVE HEIGHT, IT'S GOING TO BE

09:40:22  5    LIMITED DUE TO BREAKING AT THE TOE IS GOING TO BE 2.3 FEET.

09:40:29  6    Q.  NOW, YOU SAID YOU USED .6 AND YOU CALLED THAT A CONSERVATIVE

09:40:29  7    ESTIMATE.  BUT THAT ACTUALLY IS CONVERSE -- IT'S A LIBERAL ESTIMATE

09:40:35  8    TO DETERMINE THE WAVE HEIGHT.  YOU'RE MAKING THE WAVE HEIGHTS

09:40:38  9    HIGHER.

09:40:38 10    A.  YEAH, I THINK I USED THE WORD THE OTHER WAY BUT I AGREE.  IF I

09:40:42 11    USE A VALUE THAT'S MORE APPROPRIATE FOR A GENERAL SLOPING BERM OF

09:40:46 12    .4, I WOULD GET EVEN LESS WAVE ENERGY APPROACHING THE LEVEE AT THIS

09:40:50 13    PARTICULAR TIME.  SO INSTEAD OF -- I WOULD HAVE A WATER DEPTH OF 3.9

09:40:56 14    FEET, 4 TIMES THAT -- .4 TIMES THAT IS ABOUT ONE AND A HALF FEET, IF

09:41:04 15    I DID THAT MATH IN MY HEAD RIGHT.  YEAH, ABOUT 1.5.

09:41:09 16    Q.  NOW, YOU ASSUME THE NINE-FOOT BERM.  IS THAT YOUR UNDERSTANDING

09:41:13 17    OF WHAT WAS ALONG REACH 2?

09:41:15 18    A.  I THINK IT VARIES.  I THINK I'VE SEEN PLACES AS LOW AS SEVEN UP

09:41:20 19    TO TEN.  I THINK I'VE SEEN SOME TESTIMONY THAT AT SOME PLACES IT WAS

09:41:25 20    SIX, A LITTLE BIT LOWER.

09:41:27 21         THE COURT:  WE MAY HAVE, I JUST DON'T RECALL IT, FOR THE

09:41:31 22    RECORD, THE COURT'S AWARE OF WHAT IT IS, BUT FOR THE RECORD, IF YOU

09:41:35 23    WOULD JUST DEFINE BERM AS OPPOSED TO WHAT COMPONENT OF THE LEVEE

09:41:40 24    SYSTEM IS THE BERM.

09:41:41 25         THE WITNESS:  WHEN I TALK ABOUT THE LEVEE, I TALK ABOUT

09:41:44 1    THE STEEPEST PART OF THAT PART OF THE LEVEE THAT WOULD GO FROM, SAY,

09:41:50 2    AN ELEVATION OF PLUS NINE OR PLUS TEN UP TO ITS DESIGNED LEVEL.

09:41:54 3          THE COURT:  RIGHT.

09:41:55 4          THE WITNESS:  AND THEN FOR ME, THE BERM IS EVERYTHING

09:41:58 5    SEAWARD TO THAT POINT THAT'S GENTLY SLOPING DOWN TO THE MRGO

09:42:01 6    CHANNEL.

09:42:02 7          THE COURT:  OKAY.  THANK YOU.

09:42:04 8    BY MR. MITSCH:

09:42:08 9    Q.  SO WE HAVE 4:00 A.M., WE HAVE WATER LEVEL OF 11.3 FEET AND A

09:42:13 10   SIGNIFICANT WAVE HEIGHT OF 1.4 FEET.

09:42:17 11         IS THERE ANY FRONT EROSION GOING ON AT THIS TIME?

09:42:20 12   A.  NO.  I THINK THESE WAVES ARE STILL QUITE SMALL FROM AN EROSION

09:42:27 13   POTENTIAL STANDPOINT, THEY'RE QUITE LOW.

09:42:27 14   Q.  AND OBVIOUSLY NO OVERTOPPING?

09:42:29 15   A.  FOR THE VERY LOWEST LEVEE, SO WE WILL PROBABLY BEGIN TO SEE SOME

09:42:36 16   INTERMITTENT WAVE OVERTOPPING AT -- EVEN AT THIS POINT IN TIME.

09:42:40 17   Q.  PERHAPS IT WASN'T SO OBVIOUS.

09:42:42 18   A.  NO.

09:42:42 19   Q.  LET'S GO TO THE SECOND ONE, 5:00 A.M., WE'RE UP TO A WATER LEVEL

09:42:48 20   OF 12. --

09:42:49 21         THE COURT:  NOT MUCH IN IT IS APPARENTLY.  GO AHEAD.

09:42:52 22   BY MR. MITSCH:

09:42:53 23   Q.  WATER LEVEL OF 12.9 AND SIGNIFICANT WAVE HEIGHT OF 2.3.

09:42:58 24   A.  DID YOU MEAN 6:00 A.M.?  WE'VE JUST BEEN TALKING ABOUT IT.

09:43:01 25   Q.  WE'RE ACTUALLY AT 5:00 A.M.  I AM GOING TO WORK THROUGH IT.

09:43:05  1    A.  OKAY.

09:43:14  2    Q.  AT 5:00 A.M., FRONT EROSION, IS THAT OCCURRING?

09:43:14  3    A.  I THINK QUITE SMALL IF IT IS.

09:43:14  4    Q.  AND WHAT ABOUT OVERTOPPING?

09:43:14  5    A.  PERHAPS AT THE VERY LOWEST SECTIONS THAT MAY HAVE BEEN AROUND

09:43:20  6    PLUS 14 OR SO.  IT'S POSSIBLE.

09:43:24  7    Q.  ALL RIGHT.  IT'S JUST BEEN POINTED OUT TO ME THAT THERE MAY BE A

09:43:46  8    LITTLE OF CONFUSION ABOUT THIS HAPPENING BETWEEN 4:00 AND 5:00 A.M.

09:43:49  9             WHEN I ASKED YOU ABOUT THE 4:00 A.M. AND THE POTENTIAL FOR

09:43:51 10    OVERTOPPING, DO YOU BELIEVE AT 4:00 A.M. THAT THERE'S POTENTIAL FOR

09:43:56 11    OVERTOPPING?

09:43:57 12    A.  NO.

09:43:57 13    Q.  OKAY.  AND AT 5:00 A.M., THAT'S WHEN IT BEGINS, POTENTIALLY

09:44:03 14    ALONG THE LOWEST OF THE LEVEES?

09:44:05 15    A.  YEAH.  I DON'T HAVE -- THESE SKETCHES ARE NOT FOR PARTICULAR

09:44:10 16    ELEVATIONS, SO AT 5:00 A.M. FOR THE VERY LOWEST OF THE LEVEES THERE

09:44:13 17    WOULD MOST LIKELY BE SOME INTERMITTENT OVERTOPPING BEGINNING, AT THE

09:44:18 18    LOWEST LEVEE, NOT AT A HIGHER LEVEE.

09:44:20 19    Q.  OKAY.  WHAT ABOUT AT 6:00 A.M., LET'S TAKE US THERE.

09:44:23 20    A.  AT 6:00 A.M., YOU CAN SEE THE WATER LEVEL IS RISING EVEN MORE

09:44:27 21    RAPIDLY.  SO IN JUST A SPAN OF TWO HOURS, WE'VE GONE FROM 11.3 UP TO

09:44:32 22    A WATER LEVEL OF 15.5 FEET.  SO IT'S OVER TWO-FOOT PER HOUR, AND

09:44:38 23    THIS IS VERY RAPID RATE OF RISE ON THE FRONT FACE.

09:44:44 24             SO OUR WATER LEVEL IS 15.5 FEET, SO DUE TO BREAKING, WE'RE

09:44:49 25    GOING TO BE -- AND THE DEPTH IS INCREASING AT THE TOE, WE'RE GOING

09:44:52  1    TO BE ALLOWING MORE WAVE ENERGY TO REACH THE LEVEE.

09:44:57  2    Q.  I THINK DR. BEA MADE AN ANALOGY THAT THERE WAS SORT OF AN

09:45:02  3    ESCALATOR EFFECT HERE.  DO YOU THINK THAT -- AT LEAST TO THE USE OF

09:45:07  4    THE TERM ESCALATOR, IS THAT SOME RELEVANCE TO WHAT'S OCCURRING?

09:45:12  5    A.  I THOUGHT THAT WAS A GOOD ANALOGY.  THE ESCALATOR IS THIS RISING

09:45:17  6    WATER LEVEL, AND I WOULD SUGGEST THAT IT'S A FAST-MOVING RIDE UP

09:45:21  7    WHERE WE HAVE THIS WATER LEVEL INCREASING AT A VERY RAPID RATE UP

09:45:25  8    THE FRONT SIDE AND THEN WE HAVE WAVES AT EACH STAGE OF THIS RISING

09:45:29  9    WATER LEVEL WORKING TO ERODE THE FRONT FACE.

09:45:34 10         BUT WHAT'S REALLY IMPORTANT IS THE WATER LEVEL DOESN'T

09:45:37 11    STAY IN ANY ONE PLACE VERY LONG.  SO WHILE WE MIGHT HAVE WAVES

09:45:41 12    ACTING TO ERODE THE LEVEE, JUST A SHORT TIME LATER, THE WATER LEVEL

09:45:46 13    WAS RISEN AND THE WAVES ARE ACTING TO ERODE A DIFFERENT PART OF THE

09:45:50 14    LEVEE.

09:45:50 15         SO THE DURATION -- EROSION IS VERY MUCH A FUNCTION OF

09:45:57 16    DURATION ERODING, SO IF THE WAVES ARE INACTIVE ON ONE PLACE ON THE

09:45:58 17    LEVEE VERY LONG, YOU WOULDN'T EXPECT VERY MUCH EROSION TO TAKE

09:46:07 18    PLACE.

09:46:07 19         THE COURT:  IT HELPS ME TO UNDERSTAND FROM A WITNESS AS

09:46:10 20    YOURSELF THE EXTENT THAT YOU KNOW THE DIFFERENCES HERE BETWEEN WHAT

09:46:18 21    YOU UNDERSTAND TO BE THE PLAINTIFFS' THEORY IN THIS REGARD AND THE

09:46:24 22    DEFENDANT'S THEORY.  AND WHAT DOES THIS ILLUSTRATE IN YOUR MIND THAT

09:46:34 23    IS DIFFERENT THAN THE PLAINTIFFS' HAVE PRESENTED?

09:46:36 24         THE WITNESS:  MY UNDERSTANDING FROM LISTENING TO THE

09:46:38 25    TESTIMONY THIS WEEK IS THAT THEY BELIEVE THIS GRASS EROSION TAKES

09:46:44  1    PLACE VERY, VERY FAST.  AND FROM ALL OF THE EVIDENCE THAT I SEE AND

09:46:48  2    THE METHOD THAT I USED TO LOOK AT EROSION OF GRASS, I DON'T

09:46:53  3    UNDERSTAND HOW THEY'RE ERODING THE GRASS SO FAST.

09:46:56  4         THE COURT:  THE PRINCIPAL DIFFERENCE IS -- AND I KNOW

09:46:59  5    THERE MAY BE OTHERS AND I AM NOT LIMITING YOU TO THAT AT ALL.  BUT A

09:47:03  6    SIGNIFICANT DIFFERENCE IS, IN YOUR MIND, THE RATE OF GRASS EROSION

09:47:11  7    THAT THE PLAINTIFFS COMPUTE AND WHAT YOU THINK IT IS?

09:47:13  8         THE WITNESS:  YEAH.  THEIR MODEL HAS TWO PIECES; ONE, YOU

09:47:15  9    HAVE TO REMOVE THE GRASS AND THEN YOU HAVE TO START TO ERODE THE

09:47:18 10    SOIL BENEATH THE GRASS.  AND I BELIEVE THAT THEIR EROSION OF THE

09:47:23 11    GRASS HAPPENS A LOT FASTER THAN I THINK THE METHODS AND THE DATA

09:47:28 12    THAT EXISTS SUGGEST THAT THE GRASS SHOULD.  AND THEY ALSO USE A VERY

09:47:33 13    RAPID EROSION RATE FOR THE SOIL ONCE THE GRASS IS ERODED.

09:47:37 14         THE COURT:  ARE THE HEIGHTS AND TIMES YOU PLACED ON THIS,

09:47:43 15    ARE THERE ANY SIGNIFICANT DIFFERENCES IN YOUR MIND, TO THE EXTENT

09:47:46 16    YOU KNOW -- AND IF YOU DON'T KNOW, THAT'S FINE -- FROM THE

09:47:49 17    PLAINTIFFS' PRESENTATION?

09:47:50 18         THE WITNESS:  I DON'T THINK THERE WOULD BE.  I THINK IN

09:47:52 19    THE TESTIMONY WE HEARD YESTERDAY THAT BOTH SIDES BASICALLY SAY THE

09:47:55 20    WATER LEVELS ALONG REACH 2 ARE THE SAME.

09:47:58 21         THE COURT:  AND THE TIME -- I KNOW THERE WAS A TIME

09:48:01 22    COMPONENT THAT'S VERY CRITICAL HERE.  ARE YOUR TIME COMPONENTS BASED

09:48:07 23    ON HEIGHTS AND WAVE HEIGHTS APPROXIMATELY THE SAME?

09:48:11 24         THE WITNESS:  YEAH, I THINK OUR PEAK SURGE IS SLIGHTLY

09:48:13 25    EARLIER THAN THEIRS.  I WANT TO SAY OURS IS IN THE VICINITY OF 7:30,

09:48:18 1    7:40; I THINK THEIRS IS MORE 8:30.

09:48:21 2             THE COURT:  YES.

09:48:21 3             THE WITNESS:  SO WE'RE A LITTLE BIT EARLIER ON OUR

09:48:23 4    PREDICTION IN THE HYDROGRAPH.

09:48:24 5             THE COURT:  AND THAT HAD SOME SIGNIFICANCE ON POTENTIAL

09:48:27 6    EROSION, FRONT SIDE EROSION?

09:48:29 7             THE WITNESS:  I THINK WHAT IT DOES IT SORT OF SHIFTS IN

09:48:31 8    TIME.  I DON'T KNOW THAT IT CHANGES THE RATE AT WHICH THE LEVEE

09:48:37 9    WOULD ERODE, BUT IT DOES SHIFT IT SLIGHTLY IN TIME.

09:48:40 10            THE COURT:  I APPRECIATE YOU INDULGING MY QUESTIONS.

09:48:43 11            GO AHEAD, SIR.

09:48:44 12   BY MR. MITSCH:

09:48:44 13   Q.  IS IT THE SPEED THAT THIS WATER LEVEL IS RISING, IS THAT WHAT'S

09:48:49 14   SIGNIFICANT TO YOU?

09:48:50 15   A.  WHEN WE TALK ABOUT EROSION, THERE'S TWO THINGS THAT ARE

09:48:55 16   ABSOLUTELY CRITICAL:  ONE IS THE MAGNITUDE OF THE LOADING, YOU KNOW,

09:48:59 17   HOW ENERGETIC IS THE WAVE BREAKING.  THE OTHER IS THE DURATION.  IF

09:49:05 18   YOU ONLY HAVE A HIGHLY ENERGETIC WAVE ACTING FOR A COUPLE OF

09:49:08 19   MINUTES, YOU'RE NOT GOING TO GET MUCH EROSION.  IF YOU HAVE THAT

09:49:11 20   SAME WAVE ACTING FOR HOURS AND HOURS, YOU'RE GOING TO GET A LOT MORE

09:49:15 21   EROSION.

09:49:16 22            SO WHEN WE TALK ABOUT EROSION AND RESPONSE, WE HAVE TO

09:49:20 23   ALWAYS CONSIDER THE MAGNITUDE AND THE DURATION OF LOADING AND

09:49:24 24   BECAUSE THIS WATER LEVEL WAS RISING SO FAST ON THE FRONT SIDE OF

09:49:29 25   THIS LEVEE, THE DURATION ISN'T THERE TO CREATE A LOT OF WAVE-INDUCED

09:49:34 1    EROSION ON THE FRONT SIDE OF THE LEVEE.

09:49:36 2    Q.  AND AGAIN, WE'RE GOING UP, YOU KNOW, IN THAT TIME PERIOD FROM

09:49:41 3    ABOUT A FOOT EVERY 20 MINUTES; ISN'T THAT RIGHT?

09:49:45 4    A.  YEAH, AT 6:00 A.M. AT A WATER LEVEL OF 15.5, YOU WOULD ALREADY

09:49:49 5    BE HAVING OVERFLOW, STEADY OVERFLOW, OF ANYTHING -- ANY LEVEE LESS

09:49:54 6    THAN 15.5, WHICH WAS A SIGNIFICANT PORTION OF THE LEVEE BETWEEN

09:50:01 7    BAYOU BIENVENUE AND BAYOU DUPRE.

09:50:02 8          SO IN THE SPAN OF JUST TWO HOURS, WE'VE GONE FROM A

09:50:06 9    SITUATION OF ESSENTIALLY NO EROSIVE IMPACT ON THE FRONT FACE OF THE

09:50:11 10   LEVEE TO A POINT IN TIME WHERE WE HAVE MASSIVE OVERTOPPING AND

09:50:15 11   OVERFLOW OVER THE LOWEST PARTS OF THE LEVEE.

09:50:20 12   Q.  LET'S GO TO THE 7:00 A.M.

09:50:23 13   A.  7:00 A.M. IS AS WE'RE GETTING CLOSE TO THE PEAK WATER LEVEL OF

09:50:29 14   ABOUT 17 AND A HALF.  AGAIN, SINCE THE WATER LEVEL HAS INCREASED,

09:50:35 15   THAT CAN SUPPORT A LITTLE BIT MORE WAVE ENERGY THAN THE TIME BEFORE,

09:50:39 16   AND SO WE GET THE WAVE HEIGHT OF ABOUT 5.1 FEET.

09:50:44 17         BUT THE IMPORTANT POINT AT THIS TIME IS THE WATER LEVEL

09:50:48 18   HAS -- OF 17 AND A HALF FEET IS SEVERAL FEET ABOVE THE LOWEST PARTS

09:50:53 19   OF THE LEVEES AND A FOOT ABOVE MANY MORE SECTION S OF THE LEVEE.

09:50:59 20         AND SO WAVE OVERTOPPING AND STEADY FLOW, THE COMBINATION

09:51:02 21   OF THE TWO IS COMPLETELY DOMINATING THE EROSION OF THE BACK SIDE OF

09:51:06 22   THE LEVEE AT THIS PARTICULAR POINT IN TIME.

09:51:08 23         THE COURT:  HOLD ON ONE SECOND, SIR.

09:51:10 24         THE WITNESS:  SURE.

09:52:05 25         THE COURT:  JUST TO CLARIFY OVERTOPPING, LET'S SAY -- YOU

09:52:12 1    MENTIONED -- AND I MAY BE WRONG ABOUT THIS -- AT 5 O'CLOCK THERE

09:52:16 2    COULD BE SOME OVERTOPPING.  IS THAT THE --

09:52:20 3              THE WITNESS:  THAT'S CORRECT, YOUR HONOR.

09:52:21 4              THE COURT:  IS THAT AT THE DESIGNED HEIGHT OR INCLUDING

09:52:26 5    THE SHEET PILING?

09:52:27 6              THE WITNESS:  I'LL GIVE YOU JUST A ROUGH RULE OF THUMB FOR

09:52:30 7    THE WAVE CONDITIONS THAT EXISTED HERE DURING KATRINA.  ONCE THE

09:52:34 8    WATER LEVEL GOT TO WITHIN ABOUT TWO, TWO AND A HALF FEET OF THE

09:52:37 9    CREST OF THE LEVEE, WHATEVER THE ACTUAL LEVEE CREST WAS, AT THAT

09:52:45 10   POINT, SOME WAVE OVERTOPPING WOULD BEGIN.

09:52:45 11             THE COURT:  I UNDERSTAND.  THAT'S WHAT I THOUGHT YOU

09:52:46 12   MEANT, WAVE OVERTOPPING.

09:52:48 13             THE WITNESS:  INTERMITTENT OVERTOPPING OF WAVES WHILE THE

09:52:50 14   STILL WATER LEVEL IS STILL BELOW THE CREST ELEVATION.

09:52:53 15             THE COURT:  I UNDERSTAND.  OKAY.  THANK YOU.

09:52:55 16   BY MR. MITSCH:

09:52:55 17   Q.  LET'S GO TO THE NEXT SLIDE, TABLE 2 AT PAGE 45.  WHAT'S THIS?

09:53:09 18   A.  THIS IS, IN TABULAR FORM, THE WATER LEVEL AND THE WAVE

09:53:15 19   INFORMATION THAT I WAS DISCUSSING IN THE PREVIOUS SKETCHES.  AND

09:53:18 20   MAYBE THE TAKE-HOME MESSAGE FROM THIS IS OVER ON THE LEFT-HAND SIDE,

09:53:22 21   WE HAVE TIME IN CENTRAL DAYLIGHT TIME, WE HAVE THE CHANGING STORM

09:53:27 22   SURGE LEVEL IN FEET AT EACH TIME, WE HAVE THE INCIDENT WAVE

09:53:32 23   HEIGHT -- NOW THIS WOULD BE THE WAVE HEIGHT OUT AT THE MRGO IN THE

09:53:35 24   CHANNEL -- AND THEN WE HAVE IN THE RIGHT-HAND COLUMN, WE HAVE THE

09:53:40 25   WAVE HEIGHT AT THE LEVEE TOE, WHICH I CALCULATED LIBERALLY AS .6

09:53:46  1   TIMES THE LOCAL WATER DEPTH.

09:53:48  2          AND THE TAKE-HOME MESSAGE HERE IS THE FACT THAT WAVE

09:53:51  3   BREAKING IS ALWAYS GOING TO REDUCE THE WAVE COMPARED TO WHAT IT IS

09:53:57  4   AT THE MRGO AND THAT THE WAVE HEIGHT AT THE TOE IS TOTALLY DICTATED

09:54:04  5   BY THE WATER LEVEL AND THE WATER DEPTH AT THE TOE OF THE LEVEE.

09:54:09  6          AND SO YOU CAN SEE HOW, AS TIME PROGRESSES, THE WAVE

09:54:14  7   HEIGHTS ARE INCREASING BUT THEY'RE STILL ALWAYS GOING TO BE LIMITED

09:54:17  8   BY BREAKING AND DICTATED BY HOW HIGH THE WATER IS AT THE PARTICULAR

09:54:22  9   TIME.

09:54:22 10   Q.  SO ARE YOU SAYING THAT THE -- STRIKE THAT.

09:54:34 11          JUST AS A SUMMARY MATTER, CAN YOU TELL US -- JUST TAKE US

09:54:38 12   THROUGH BETWEEN 4:00 AND 7:00 A.M. AND TELL US THE DIFFERENCES

09:54:47 13   BETWEEN THE HYDRODYNAMIC LOADING ON THE FRONT VERSUS THE BACK SIDE.

09:54:53 14   A.  COULD WE GO BACK TO THE SKETCH TO DO THAT, PLEASE?

09:54:55 15   Q.  WE COULD.

09:55:03 16   A.  YEAH, WE DIDN'T TALK MUCH ABOUT THE BACK SIDE; WE WERE FOCUSED

09:55:06 17   ON THE FRONT SIDE.  SO LET'S PICK THINGS UP AT 5:00 A.M., AND THIS

09:55:10 18   IS WHEN I SAID IF THE WATER LEVEL IS ABOUT 12.9 FEET.  SO ANY LEVEE

09:55:15 19   THAT WOULD BE APPROXIMATELY 15 FEET OR SO WOULD BEGIN TO SEE SOME

09:55:21 20   OVERTOPPING.  WITH CERTAIN WAVES WE'D GET WATER THAT WOULD ACTUALLY

09:55:28 21   PASS OVER AND DOWN THE BACK SIDE OF THE CREST.

09:55:30 22          AND WHAT'S REALLY IMPORTANT HERE IS GRAVITY STARTS TO

09:55:34 23   WORK.  IF YOU THINK ABOUT THE FRONT SIDE OF A LEVEE AND YOU ROLL A

09:55:41 24   BALL UP THE FRONT SIDE OF THE STEEP LEVEE, GRAVITY IS GOING TO SLOW

09:55:45 25   THAT WATER DOWN AS IT MOVES UP THAT LEVEE SLOPE.  BUT IF YOU ROLL

09:55:49  1    THE BALL HIGH ENOUGH AND IT PASSES OVER THE CREST OF THE LEVEE,

09:55:57  2    GRAVITY IS GOING TO START TO ACCELERATE THAT BALL DOWN AN EVEN

09:55:57  3    STEEPER HILL ON THE BACK SIDE.  AND THESE LEVEE HAD STEEPER SLOPES

09:56:03  4    ON THE BACK SIDE THAN THEY DID ON THE FRONT SIDE.

09:56:05  5         AND GRAVITY ACCELERATES THE WATER THAT PASSES OVER THE

09:56:08  6    CREST TO EXTREMELY HIGH SPEEDS DOWN THE BACK SIDE, AND THAT'S WHAT

09:56:13  7    REALLY CREATES THIS MUCH MORE EROSIVE ENVIRONMENT ON THE BACK OF THE

09:56:16  8    LEVEE, THESE MUCH HIGHER FLOWS AND VELOCITIES THAT ARE GENERATED AT

09:56:23  9    THE CRESTS AND THE BACK SIDE.

09:56:24 10         AS WE GET TO 6:00 A.M. AND THE WATER LEVEL IS REALLY

09:56:28 11    GETTING MUCH CLOSER TO THE CREST, WE GET MANY MORE WAVES PASSING

09:56:34 12    OVER THE TOP, AND THEREFORE, WE GET MUCH, MUCH MORE WATER GOING DOWN

09:56:37 13    THE BACK SIDE.  AND THAT JUST CREATES AN EVEN MORE EROSIVE CONDITION

09:56:42 14    AT THE CREST ON THE BACK SIDE.

09:56:45 15         AND WHEN WE GET TO 7:00 A.M. AND WE ACTUALLY HAVE STEADY

09:56:48 16    OVERFLOW COMBINED WITH THE PULSATING ACTION OF EACH WAVE AS IT

09:56:54 17    PASSES OVER THE CREST, THIS IS AN INCREDIBLY DAMAGING HYDRODYNAMIC

09:57:01 18    REGIME FOR THE BACK SIDE OF A LEVEE.

09:57:03 19    Q.  OKAY.  IS THERE ANYTHING ELSE YOU WANT TO ADD TO THAT?

09:57:08 20    A.  NO.

09:57:09 21    Q.  LET'S TALK NOW ABOUT THE DIFFERENT MODES OF LEVEE EROSION.  AND

09:57:18 22    IN YOUR REPORT, YOU DESCRIBE ONE MODE AS FRONT SIDE EROSION BY

09:57:23 23    CURRENTS WITHOUT ANY WAVES.

09:57:26 24    A.  RIGHT.

09:57:27 25    Q.  SO ESSENTIALLY IN THAT MODE, THE -- IT'S FRONT SIDE EROSION BUT

09:57:32  1    CURRENTS ONLY?

09:57:33  2    A.  CORRECT.

09:57:33  3    Q.  ARE YOU AWARE WHETHER OR NOT THE PLAINTIFFS' EXPERTS HAVE

09:57:38  4    EXPRESSED AN OPINION AS TO WHETHER THE CURRENTS SEAWARD OF THE TOE

09:57:43  5    OF THE LEVEE HAVE CAUSED ANY EROSION?

09:57:45  6    A.  YES, I AM.

09:57:46  7    Q.  AND WHAT DO YOU BELIEVE THAT OPINION IS?

09:57:47  8    A.  I BELIEVE THEIR OPINION WAS THAT THE CURRENTS ACTING -- THAT

09:57:52  9    WERE FLOWING TANGENTIALLY ALONG THE LEVEE WAS NOT A SIGNIFICANT

09:57:56 10    FACTOR IN ERODING THE LEVEE.

09:58:00 11    Q.  DO YOU SHARE THAT OPINION?

09:58:00 12    A.  YES, I DO.

09:58:01 13    Q.  SO LET'S MOVE ON TO THE NEXT ONE, WHICH IS FRONT SIDE EROSION BY

09:58:05 14    WAVES.  ALL RIGHT.

09:58:06 15    A.  OKAY.

09:58:07 16    Q.  WE'VE TALKED ABOUT THIS A LITTLE BIT BEFORE, BUT I WANT TO GET

09:58:13 17    INTO A LITTLE BIT MORE DETAIL NOW.  AND SO I GUESS MY FIRST QUESTION

09:58:17 18    IS:  WHAT WOULD YOU DESCRIBE AS THE SIGNATURES OF WAVE-INDUCED FRONT

09:58:21 19    SIDE EROSION?

09:58:22 20    A.  IN MY INSPECTION OF THE PHOTOS THAT I HAD AVAILABLE, I

09:58:27 21    IDENTIFIED TWO SIGNATURES; ONE WAS WHAT I WOULD CALL A SURFICIAL

09:58:32 22    EROSION, VERY MINOR EROSION RIGHT ON THE SURFACE, AND I SAW THAT AS

09:58:42 23    FAIRLY PREVALENT ALONG THE LEVEE.  THE SECOND SIGNATURE --

09:58:42 24            THE COURT:  THAT'S SURFICIAL, S-U-R-F-I-C-I-A-L?

09:58:42 25            THE WITNESS:  YES, YOUR HONOR.

09:58:48 1          AND THE SECOND SIGNATURE WAS THE PRESENCE OF DEEPER CUTS

09:58:52 2   ON THE FRONT SIDE, WHICH I CALL BENCH CUTS, MOST LIKELY DUE TO

09:58:58 3   BREAKING WAVES ON THE FRONT SIDE OF THE LEVEE.

09:59:03 4   BY MR. MITSCH:

09:59:03 5   Q.  OKAY.  LET'S TALK ABOUT SURFICIAL EROSION FIRST.  IN GENERAL,

09:59:09 6   WHAT WERE YOUR OBSERVATIONS ABOUT THE PREVALENCE OF SURFICIAL

09:59:12 7   EROSION ALONG REACH 2?

09:59:13 8   A.  YEAH, THAT PARTICULAR SIGNATURE I SAW IN MANY, MANY, MANY

09:59:18 9   PHOTOS.  AND I BELIEVE THAT WAS THE PREDOMINANT SIGNATURE OF

09:59:21 10  WAVE-INDUCED EROSION.

09:59:23 11          ON A VERY SMALL NUMBER OF PHOTOS AND A VERY FEW ISOLATED

09:59:28 12  LOCATIONS, I WAS ABLE TO SEE EVIDENCE OF A LITTLE BIT DEEPER

09:59:33 13  SIGNATURE OF FRONT SIDE WAVE EROSION.

09:59:35 14  Q.  LET'S GO TO OUR FIRST PHOTO.  IT'S PHOTO A31 AT PAGE 188 OF YOUR

09:59:44 15  REPORT.  IT'S OUR SLIDE 13.

09:59:54 16          SO THE FIRST THING WE'RE GOING TO DO, I WANT YOU TO TRY TO

09:59:58 17  ORIENT US ON THIS.  WHERE IS THE MRGO?

10:00:01 18  A.  IN EACH OF THESE PHOTOS, THE MRGO WILL BE OFF TO THE LEFT-HAND

10:00:07 19  SIDE OF THE PHOTO.

10:00:10 20  Q.  AND DRAW A LINE WHERE YOU BELIEVE THE CREST OF THE LEVEE IS?

10:00:14 21  A.  IT'S THIS GREEN STRIPE THAT RUNS PRETTY MUCH DOWN THE CENTER OF

10:00:20 22  THE LEVEE.

10:00:21 23  Q.  OKAY.  AND WHAT'S THE APPROXIMATE LOCATION OF THIS PHOTO?

10:00:29 24  A.  THIS IS A31, THIS WOULD BE SOUTH OF BAYOU DUPRE.

10:00:36 25  Q.  AND WHERE DID YOU GET THESE PHOTOS?

10:00:40  1    A.  I GOT THESE FROM DR. REED MOSHER.

10:00:44  2    Q.  AND WITH A COLLECTION OF HOW MANY PHOTOS?

10:00:46  3    A.  THERE WERE 50.  I BELIEVE THESE WERE DISCUSSED EARLY IN THE

10:00:49  4    TESTIMONY.  THESE WERE FRAME CAPTURES FROM A VIDEO THAT WAS FLOWN

10:00:54  5    AFTER KATRINA.

10:00:56  6    Q.  AND THERE ARE -- OF THE 50 PHOTOS, JUST -- CAN YOU GIVE US A

10:01:04  7    SENSE OF WHERE -- HOW MANY OF THOSE PHOTOS ARE BETWEEN BAYOU

10:01:10  8    BIENVENUE AND DUPRE AND WHICH ARE SOUTH OF DUPRE?

10:01:14  9    A.  THEY'RE DIVIDED ROUGHLY HALF AND HALF.  THE FIRST A1 THROUGH

10:01:19 10    APPROXIMATELY 25 ARE BETWEEN BAYOU BIENVENUE AND BAYOU DUPRE AND

10:01:25 11    A -- ROUGHLY A26 THROUGH A50 ARE SOUTH OF DUPRE.

10:01:33 12    Q.  OKAY.  SO THIS ONE AT A31, THAT'S GOING TO BE SOUTH OF DUPRE?

10:01:39 13    A.  CORRECT.

10:01:39 14    Q.  SO TELL US WHERE -- DO YOU SEE ANY SURFICIAL EROSION THERE?

10:01:46 15    A.  YEAH, I THINK YOU SEE THIS VERY LONG LINEAR STRIPE OF EROSION ON

10:01:51 16    THE FRONT SIDE JUST TO THE RIGHT OF THE LINE THAT I'VE DRAWN HERE

10:01:55 17    (INDICATING).  AND YOU CAN SEE BASICALLY THE GRASS HAS BEEN REMOVED

10:02:02 18    IN THAT STRIPE.  YOU SEE GRASS HIGHER THAN THAT STRIPE ON THE FRONT

10:02:02 19    FACE OF THE LEVEE AND THE CREST, AND THEN YOU BASICALLY SEE TOTALLY

10:02:07 20    GREEN GRASS BELOW THIS STRIPE ALSO ON THE FRONT SIDE OF THE LEVEE

10:02:13 21    AND AT THE TOE.

10:02:14 22    Q.  AND YOU SEE GREEN GRASS AT THE CREST ALSO, DON'T YOU?

10:02:18 23    A.  YES.

10:02:19 24    Q.  LET'S GO TO THE NEXT PHOTO, A33, AT 190.

10:02:33 25         AGAIN, THE MRGO IS TO THE LEFT.  WHERE IS THE CREST?

10:02:36 1   A.  AGAIN, THE CREST YOU SEE RUNNING DOWN THE CENTER, THE GREEN

10:02:40 2   STRIPE (DRAWING).

10:02:41 3   Q.  AND IS THERE ANY SURFICIAL EROSION?

10:02:43 4   A.  YES.  IT'S PRONOUNCED.  AND YOU CAN SEE HOW RESTRICTED AND

10:02:48 5   FAIRLY UNIFORM THIS ZONE IS ON THE FRONT SIDE BETWEEN TWO DIFFERENT

10:02:56 6   ELEVATIONS IN THE FRONT SIDE.

10:02:57 7   Q.  AND AGAIN, THIS IS SOUTH OF DUPRE, RIGHT?

10:02:59 8   A.  THAT'S CORRECT.

10:02:59 9   Q.  ANY IDEA OF WHAT THE DEPTH OF THAT SURFICIAL EROSION IS?

10:03:06 10  A.  MY ANALYSIS SHOWED THAT IT'S ON THE ORDER OF INCHES -- INCHES

10:03:10 11  THICK, LESS THAN 12 INCHES THICK.

10:03:13 12  Q.  ANY IMPACT ON THE INTEGRITY OF THE LEVEE?

10:03:17 13  A.  NO.

10:03:19 14          AND I WANTED TO ADD, YOUR HONOR, THIS IS AT THE LOCATION

10:03:23 15  SOUTH OF DUPRE RIGHT WHERE IT APPEARED TO ME THAT GENERALLY THE

10:03:26 16  SEDIMENT'S SLIGHTLY MORE ERODIBLE THAN AT OTHER PLACES.  JUST

10:03:31 17  BECAUSE OF THE PREVALENCE OF THIS PARTICULAR SURFACE EROSION --

10:03:37 18          THE COURT:  IF IT'S BEYOND THE SCOPE OF YOUR STUDY, PLEASE

10:03:41 19  LET ME KNOW BECAUSE THE COURT DOES NOT WANT TO PUT YOU IN THAT

10:03:47 20  POSITION.  ANY IDEA WHY THE LEVEE SEEMS SO FINELY INTACT HERE?  IT

10:03:56 21  DOES IN THIS PHOTO OTHER THAN WHAT YOU POINTED OUT.

10:03:59 22          THE WITNESS:  YEAH, GENERALLY AS A GENERAL RULE SOUTH OF

10:04:03 23  BAYOU DUPRE, THE PRESTORM LEVEE ELEVATIONS WERE HIGHER.  SO BECAUSE

10:04:08 24  THEY WERE HIGHER, I BELIEVE OVERTOPPING OCCURRED LATER IN THE STORM,

10:04:14 25  LATER IN THE EVENT AND NECESSARILY WOULD BE FOR A SHORTER DURATION

10:04:19 1  OF TIME, THE OVERTOPPING.

10:04:22 2       AND SO I BELIEVE SINCE DURATION IS IMPORTANT TO THE

10:04:25 3  EROSION PROCESS, I THINK IN GENERAL WE SAW MANY MORE INTERMEDIATE

10:04:33 4  STAGES OF EROSION AT THE HIGHER LEVEE.  WHEN I LOOKED AT THE LEVEE

10:04:39 5  BETWEEN BIENVENUE AND DUPRE THAT STARTED OFF MUCH LOWER, THE

10:04:42 6  OVERTOPPING THERE WOULD NECESSARILY HAVE BEGUN EARLIER AND WOULD

10:04:46 7  HAVE LASTED LONGER BECAUSE THEY WERE LOWER.

10:04:48 8       AND SO THE BREACH FORMATION THAT OCCURRED THERE WAS IN A

10:04:51 9  MUCH MORE MATURE OR ADVANCED STAGE THAN THE BREACHING THAT I SAW AT

10:04:56 10 MANY LOCATIONS SOUTH OF DUPRE.

10:04:58 11      THE COURT:  THANK YOU.  AND IF YOU KNOW, WHICH WOULD BE

10:05:01 12 REMARKABLE IF YOU DID, DO YOU KNOW WHAT THE WIDTH OF THE MRGO WAS --

10:05:11 13 I'M TALKING ABOUT APPROXIMATELY -- AT THAT POINT?  IF YOU DON'T

10:05:15 14 KNOW -- THAT'S PRETTY MUCH A DIFFICULT QUESTION TO ANSWER.

10:05:18 15      THE WITNESS:  YEAH, THAT WOULD -- GENERALLY IT LOOKED LIKE

10:05:20 16 THE WIDTH VARIED ALONG REACH 2 FROM A COUPLE HUNDRED FEET TO FIVE,

10:05:25 17 600 FEET.

10:05:25 18      THE COURT:  I MEANT THE WIDTH OF THE ACTUAL CHANNEL.

10:05:29 19      THE WITNESS:  OH, NO, NO, I DON'T KNOW.

10:05:31 20      THE COURT:  OKAY.  THANKS.

10:05:32 21      THE WITNESS:  I THOUGHT YOU WERE TALKING ABOUT THE

10:05:34 22 DISTANCE BETWEEN THE CHANNEL.

10:05:35 23      THE COURT:  BOTH OF THOSE ARE IMPORTANT AND I WOULD NOT

10:05:38 24 EXPECT YOU TO REMEMBER -- GO AHEAD -- OR EVEN KNOW BECAUSE YOU'RE

10:05:43 25 LOOKING AT THE PICTURE.

10:05:47 1              GO AHEAD.

10:05:47 2   BY MR. MITSCH:

10:05:49 3   Q.  DO YOU HAVE AN IDEA -- WHEN YOU LOOK AT THAT BAND OF SURFICIAL

10:05:52 4   EROSION THERE, DO YOU HAVE AN IDEA OF -- APPROXIMATE IDEA OF AT WHAT

10:05:59 5   HEIGHT OF THE LEVEE THAT IS?

10:06:01 6              THE COURT:  YOU SAID HEIGHT?

10:06:02 7              MR. MITSCH:  HEIGHT, YES.

10:06:04 8              THE WITNESS:  I AM NOT POSITIVE HERE, BUT I THINK IT'S ON

10:06:06 9   THE ORDER OF 18 FEET.

10:06:07 10  BY MR. MITSCH:

10:06:08 11  Q.  WHERE IS THE -- THE BOTTOM PORTION OF THE SURFICIAL -- THE

10:06:12 12  BOTTOM LINE OF THE SURFICIAL EROSION ALONG HERE, WHERE WOULD YOU

10:06:18 13  THINK -- APPROXIMATELY, WHAT'S THAT HEIGHT?

10:06:19 14  A.  GENERALLY LOOKED TO ME FROM ANALYSIS OF THE LIDAR DATA THAT WAS

10:06:25 15  ROUGHLY 12 TO 13 FEET.

10:06:27 16  Q.  AND DOES THAT COMPORT WITH WHAT -- DR. BEA'S GRAPHS AND

10:06:31 17  TESTIMONY THAT THERE WAS NO EROSION BELOW ABOUT 13 FEET?

10:06:36 18  A.  YEAH, DR. BEA TESTIFIED, I BELIEVE, THAT AS A GENERAL RULE,

10:06:40 19  THERE WAS NO EROSION AT THE LOWER ELEVATION, AND I WOULD AGREE WITH

10:06:43 20  THAT.

10:06:44 21  Q.  LET'S GO TO THE NEXT PHOTO, A37 AT 194.

10:06:57 22              WHERE IS THE CREST AND SHOW US IF THERE IS ANY SURFICIAL

10:07:02 23  EROSION THERE.

10:07:03 24  A.  AGAIN, THE CREST IS RUNNING SOMEWHERE THROUGH THE GREEN STRIPE

10:07:08 25  AT THE CENTER OF THE LEVEE.  AND ONCE AGAIN, YOU SEE THIS LONG

10:07:11 1    LINEAR FEATURE OF THIS SURFACE EROSION ON THE FRONT FACE ROUGHLY

10:07:19 2    MIDWAY UP THE LEVEE (DRAWING).

10:07:24 3            THE COURT:  DID YOU GET THE LOCATION OF THIS?  I MAY HAVE

10:07:27 4    MISSED IT.  WHAT WAS IT FROM --

10:07:29 5            THE WITNESS:  THIS IS ALSO SOUTH OF DUPRE.

10:07:32 6            THE COURT:  OKAY.

10:07:33 7    BY MR. MITSCH:

10:07:34 8    Q.  AND LET'S LOOK AT THE LAST ONE IN THIS GROUP, A39 AT 196.

10:07:44 9            AGAIN, DRAW THE LINE OF THE CREST AND SHOW US IF THERE'S

10:07:46 10   ANY SURFICIAL EROSION THERE.

10:07:50 11   A.  IT'S A LITTLE FAINTER, BUT AGAIN, YOU SEE THIS VERY LONG LINEAR

10:07:54 12   FEATURE (DRAWING).  AND I THINK THE FACT THAT IT IS LINEAR AND

10:07:58 13   ROUGHLY AT THE SAME ELEVATION MAKES A LOT OF SENSE BECAUSE THE WATER

10:08:02 14   LEVEL ALONG THE LEVEE WAS FAIRLY UNIFORM IN ELEVATION.  AND SINCE

10:08:06 15   THE WAVES ARE VERY MUCH LIMITED BY THE DEPTH, THEY'LL BE FAIRLY

10:08:12 16   UNIFORM.  I THINK THE STRIPES DICTATED A LOT BY THE ELEVATION.

10:08:20 17           SO AGAIN, JUST ANOTHER INDICATION OF THE SURFACE EROSION.

10:08:21 18   IT'S QUITE MINOR ON THE FRONT FACE.  AND HERE IT LOOKS A LITTLE BIT

10:08:27 19   FAINTER.  MY CONCLUSION WOULD BE THAT THE COMBINATION OF GRASS AND

10:08:32 20   SOIL AT THIS PARTICULAR LOCATION WAS ABLE TO RESIST THAT EROSION BY

10:08:38 21   THE WAVES ON THE FRONT SIDE A LITTLE BIT GREATER DEGREE THAN AT SOME

10:08:42 22   OF THE OTHER PHOTOS WE JUST LOOKED AT.

10:08:44 23   Q.  IS THERE ANY EVIDENCE OF FRONT SIDE EROSION PENETRATING THE

10:08:48 24   CREST IN THESE PHOTOS?

10:08:49 25   A.  NO.  THESE FOUR THAT WE LOOKED AT, THERE WAS NO EVIDENCE OF

| | |
|---|---|
| 10:08:54 | 1 |

EROSION ON THE FRONT PENETRATING THROUGH THE CREST.

10:08:58  2        THE COURT:  WHAT I SEE AT THE BOTTOM OF THE PHOTOGRAPH --

10:09:05  3  DO YOU SEE WHAT I'M TALKING ABOUT?

10:09:05  4        THE WITNESS:  YEAH.

10:09:07  5        THE COURT:  I HADN'T NOTICED THAT BEFORE IN ANY OF THE

10:09:09  6  OTHER ONES.  WHAT WOULD YOU CALL THAT?

10:09:12  7        THE WITNESS:  THIS WOULD BE A CUT IN THE LEVEE, A HEAD CUT

10:09:14  8  THAT WAS INITIATED DUE TO OVERTOPPING.

10:09:17  9        MR. MITSCH:  IS THIS WHAT WE'RE TALKING ABOUT

10:09:19 10  (INDICATING)?

10:09:19 11        THE COURT:  YES, SIR.

10:09:23 12        THE WITNESS:  YOU CAN SEE ABOVE -- ABOVE THAT PHOTO, WE

10:09:26 13  SEE SOME INTERMEDIATE STAGES OF THAT PROCESS DEVELOPING.  THIS

10:09:31 14  PARTICULAR LOCATION THAT YOU IDENTIFIED IS JUST A MORE ADVANCED

10:09:34 15  STATE OF THE SAME THING THAT WE SEE AT THESE OTHER LOCATIONS.

10:09:41 16        THE COURT:  I MIGHT POINT OUT SOMETIMES I ASK QUESTIONS

10:09:44 17  SIMPLY OUT OF CURIOSITY AND THEY MAY HAVE ABSOLUTELY NO

10:09:47 18  SIGNIFICANCE.  BUT GO AHEAD.

10:09:49 19        MR. MITSCH:  WE WILL GET THERE.

10:09:52 20  BY MR. MITSCH:

10:09:53 21  Q.  IN YOUR REPORT, YOU REFER TO A PAPER WRITTEN BY TWO DUTCH

10:09:57 22  SCIENTISTS, A SEIJFFERT AND VERHEIJ?

10:10:01 23  A.  CORRECT.

10:10:01 24  Q.  LET'S GO TO FIGURE 48 AT PAGE 83, OUR SLIDE 17.

10:10:11 25        NOW, AMONG OTHER THINGS, THIS IS AN EXTRAORDINARILY BUSY

10:10:16 1  FIGURE.  BUT SORT OF PIECE BY PIECE, TAKE US THROUGH THIS AND TELL

10:10:19 2  US WHAT THESE DUTCH SCIENTISTS ARE TRYING TO SHOW.

10:10:23 3  A.  OKAY.  THESE TWO GENTLEMEN HAVE DONE A LOT OF RESEARCH ON THE

10:10:27 4  PROCESS OF WAVE-INDUCED EROSION ON THE FRONT AND HOW THAT ACTS TO

10:10:32 5  REMOVE THE TURF COVER ON THE FRONT SIDE.  AND NOW THAT'S BEEN THE

10:10:35 6  FOCUS OF THEIR RESEARCH.

10:10:37 7          I AM GOING TO START FIRST IN THE BOTTOM PART OF THIS PHOTO

10:10:42 8  AND I'LL IDENTIFY SOME THINGS.  ONE, THE SLOPE OF THIS LEVEE IS 1:4,

10:10:48 9  WHICH IS A LITTLE BIT STEEPER THAN WHAT THE LEVEES WERE ALONG THE

10:10:52 10 MRGO BUT FAIRLY SIMILAR.  THIS $H_S$ IS THE INCIDENT SIGNIFICANT WAVE

10:11:00 11 HEIGHT.  AND THIS TOP HORIZONTAL LINE INDICATES WHAT THE STILL WATER

10:11:06 12 LEVEL IS.  SO THE INTERSECTION OF THE STILL WATER LEVEL WITH THE

10:11:09 13 LEVEE SLOPE OCCURS AT THAT PARTICULAR POINT.

10:11:14 14          FROM ALL OF THE MEASUREMENTS THEY MADE -- AND THESE ARE

10:11:16 15 LARGE SCALE EXPERIMENTS WHERE THEY ACTUALLY CONSTRUCTED A LEVEE IN A

10:11:25 16 LABORATORY FACILITY AT PRETTY MUCH FULL SCALE, SUBJECTED IT TO WAVES

10:11:27 17 THAT ARE VERY SIMILAR TO WHAT THE WAVES WERE LIKE DURING KATRINA ONE

10:11:31 18 OF THE LEVEES ALONG REACH 2, AND THEN THEY OBSERVED AND MEASURED THE

10:11:36 19 IMPACT OF THOSE BREAKING WAVES ON THE TURF.

10:11:41 20          AND THEY IDENTIFIED FOUR ZONES, AND I THINK IT'S IMPORTANT

10:11:43 21 TO DISCUSS WHAT THEY FOUND IN EACH OF THESE ZONES.  IN ZONE 1, THEY

10:11:50 22 FOUND THAT'S WHERE THE GREATEST EROSION OF THE TURF OCCURRED.  AND

10:11:53 23 IT'S DUE TO WAVES THAT PLUNGE AND BREAK AND IMPACT THE SURFACE OF

10:12:00 24 THE LEVEE AT THIS PARTICULAR LOCATION.

10:12:03 25          AND I MIGHT POINT OUT THAT THE WAVES WERE BEGINNING TO

10:12:09 1    BREAK LOWER ON THE LEVEE.  AND IF YOU KNOW -- IF YOU GO TO THE BEACH

10:12:15 2    SOMETIMES, YOU'LL SEE WAVES THAT REALLY PLUNGE AND REALLY PLUNGE

10:12:18 3    HARD OVER THE TOP.  GENERALLY ON THE STEEP LEVEE SLOPE DURING

10:12:21 4    KATRINA, WE MOST LIKELY HAD PLUNGING TYPE BREAKERS.  SO THEY WOULD

10:12:25 5    HAVE BEEN CREATING WAVE IMPACTS AND DOING THE MAXIMUM AMOUNT OF

10:12:30 6    EROSION IN ZONE 1.

10:12:31 7            WHAT THEY FOUND, THEN, IS AT ZONE 2, THEY GOT HALF AS MUCH

10:12:34 8    EROSION AS THEY DID IN ZONE 1.  AND THEN IN ZONE 3, THEY GOT HALF AS

10:12:40 9    MUCH EROSION AS THEY FOUND IN ZONE 2.  AND THEN IN ZONE 4 ABOVE THE

10:12:46 10   STILL WATER LEVEL, THEY GOT NEGLIGIBLE EROSION.  SO BASICALLY THEY

10:12:51 11   GOT MOST HERE, DECREASING, DECREASING, NONE.

10:12:56 12           SO IF YOU THINK ABOUT THIS, AT THE STILL WATER LEVEL,

10:13:00 13   THERE WOULD BE NO EROSION OF THE TURF HERE (INDICATING).  BELOW

10:13:04 14   ZONE 1, THEY ALSO SAW NO EROSION OF THE TURF.  AND THEY WOULD HAVE

10:13:08 15   SEEN A DECREASING AMOUNT OF EROSION IN WHAT IN ESSENCE BECOMES A

10:13:13 16   STRIPE ON THE FRONT FACE OF THE LEVEE BETWEEN GRASS ON THE TOP AND

10:13:18 17   GRASS LOWER ON THE LEVEE.  AND SO THEIR RESULTS ARE VERY SIMILAR TO

10:13:23 18   WHAT WE ACTUALLY SAW IN THE SURFACE EROSION BAND ON THE FRONT.

10:13:31 19           NOW IF I MAY MAKE A COUPLE OF POINTS ABOUT THE TOP PART.

10:13:34 20   AND I AM GOING TO LOOK AT THIS CURVE AND THIS CURVE AND THIS CURVE

10:13:38 21   (INDICATING).  AND THAT CORRESPONDS TO THEIR TEST P6, WHICH WAS AN

10:13:43 22   INCIDENT WAVE HEIGHT OF ABOUT 1.3 METERS WHICH IS APPROXIMATELY

10:13:46 23   4 FEET.  AND THIS IS A LITTLE BIT HIGHER THAN WHAT WE THINK WERE THE

10:13:52 24   WAVE CONDITIONS AT THE TOE OF THE LEVEE DURING KATRINA BUT SIMILAR.

10:13:57 25           AND WHAT THEY FOUND -- LET'S PICK -- LET'S PICK A POINT IN

10:14:02 1    TIME RIGHT HERE ABOUT, I DON'T KNOW, 16 HOURS (INDICATING).  THEY

10:14:09 2    RAN THIS TEST FOR 16 HOURS.  AND WHAT THEY FOUND IN ZONE 1 WAS AN

10:14:13 3    EROSION DEPTH OF 50 MILLIMETERS, WHICH IS ROUGHLY 2 INCHES.  SO THEY

10:14:18 4    RAN THIS TEST FOR 16 HOURS AND FOUND 2 INCHES OF VERTICAL EROSION ON

10:14:25 5    THE SURFACE OF THE LEVEE.

10:14:27 6         AND THEN AT ZONE 2, THEY HAD ROUGHLY 25-MILLIMETERS, WHICH

10:14:35 7    IS ABOUT AN INCH OF EROSION; AND THEN AT ZONE 3, ABOUT HALF AS MUCH,

10:14:42 8    WHICH WOULD BE ABOUT HALF AN INCH.

10:14:44 9         AND SO I THINK -- AND THESE TESTS WERE DONE ON CLAY LEVEES

10:14:48 10   WITH GRASS COVER.  AND SO I THINK YOU GET SOME IDEA OF JUST HOW LONG

10:14:53 11   OF A DURATION IS REQUIRED TO PRODUCE A FAIRLY SMALL AMOUNT OF

10:14:58 12   EROSION OF THE TURF, WHICH IS MEASURED IN INCHES.

10:15:05 13        THE COURT:  DO YOU RECALL -- WERE YOU HERE FOR DR. BEA'S

10:15:08 14   TESTIMONY?

10:15:08 15        THE WITNESS:  YES, I WAS.

10:15:09 16        THE COURT:  DID HE IN ANY WAY UTILIZE THIS?

10:15:13 17        THE WITNESS:  WE'RE GOING TO TALK ABOUT THAT, I THINK, A

10:15:16 18   LITTLE BIT LATER.  BUT I -- I GOT THE IMPRESSION THAT HE DID, BUT

10:15:19 19   I'M NOT CERTAIN OF IT.

10:15:21 20        THE COURT:  OKAY.

10:15:24 21   BY MR. MITSCH:

10:15:25 22   Q.  SO I THINK WHAT YOU SAID IS THAT ESSENTIALLY THE TAKE-AWAY

10:15:28 23   MESSAGE OF WHAT THESE DUTCH SCIENTISTS HAVE CONCLUDED IS THAT

10:15:34 24   THERE'S NOT A LOT OF FRONT SIDE EROSION, AND WHATEVER THERE EXISTS

10:15:40 25   TAKES QUITE A LONG TIME TO HAPPEN; IS THAT RIGHT?

10:15:42  1    A.   THAT'S CORRECT.

10:15:46  2    Q.   AND COMPARING THAT TO THE KATRINA EXPERIENCE ALONG THE LEVEES,

10:15:51  3    THE REACH 2 LEVEES, WE HAVE A WATER LEVEL WHICH IS INCREASING VERY,

10:15:58  4    VERY QUICKLY; IS THAT RIGHT?

10:16:00  5    A.   THAT'S CORRECT.   IT RAISES ANOTHER POINT.   THESE TESTS WERE ALL

10:16:06  6    DONE BY HOLDING THE WATER LEVEL AT A FIXED POSITION DURING THE

10:16:09  7    ENTIRE EXPERIMENT.   SO IF WE MOVE -- IF WE MOVE THE LEVEE -- I MEAN,

10:16:14  8    EXCUSE ME, MOVE THE WATER LEVEL AS IT'S RISING UP THE LEVEE FACE,

10:16:18  9    THE WAVES WOULD BE ACTING ON A DIFFERENT LOCATION AS TIME EVOLVES

10:16:22 10    DURING THE STORM.   SO BECAUSE OF THAT, WE WOULD EXPECT TO SEE LESS

10:16:27 11    EROSION AT ANY ONE PARTICULAR LOCATION.

10:16:33 12    Q.   IS THERE A -- ARE YOU SEEING IN THESE EXPERIMENTS THAT -- ARE

10:16:37 13    THEY FINDING ANY EROSION OF GRASS ABOVE THE STILL WATER LEVEL?

10:16:42 14    A.   NO, THEY DID NOT.   AND I LOOKED -- THERE'S A THESIS BY VISCOR

10:16:49 15    OVER AT THE TECHNICAL UNIVERSITY OF DELFT THAT IS A NICE CATALOG OF

10:16:53 16    MANY LARGE SCALE WAVE TANK EXPERIMENTS THE DUTCH HAVE DONE, AND

10:16:59 17    GENERALLY THEY FIND THAT THE TURF AND THE EROSION IS INITIATED DOWN

10:17:02 18    HERE BELOW THE STILL WATER LEVEL.

10:17:09 19         THE COURT:   OKAY.   LET ME JUST ASK YOU:   IN THE PHOTOS YOU

10:17:09 20    SHOWED, THERE WAS THAT LONG STRIP OF MINIMAL EROSION ON THE FRONT

10:17:13 21    SIDE.

10:17:14 22         THE WITNESS:   CORRECT.

10:17:15 23         THE COURT:   AND WHERE WAS THAT IN RELATION TO THE STILL

10:17:20 24    WATER LEVEL THERE?

10:17:21 25         THE WITNESS:   GENERALLY THE STRIPE -- AS BEST I COULD

10:17:26  1    DETERMINE, THE PEAK SURGE LEVEL WAS AT ABOUT 17 AND A HALF.  THAT

10:17:30  2    STRIPE WAS ALWAYS SEAWARD OF THAT LEVEL.

10:17:33  3            THE COURT:  AND WHY WASN'T THERE MORE EROSION -- LET ME

10:17:37  4    ASK YOU THIS:  DO YOU THINK THE PHOTOS YOU SHOWED COMPORT WITH THE

10:17:44  5    TEST RESULTS HERE?

10:17:45  6            THE WITNESS:  YES, I DO.

10:17:46  7            THE COURT:  WHY WASN'T THERE MORE EROSION WITH THE

10:17:50  8    PLUNGING WAVE AT THE TOE OF THE LEVEE?

10:17:53  9            THE WITNESS:  BECAUSE IF YOU REMEMBER BACK TO MY SKETCHES,

10:17:55 10    WHEN THE WATER LEVEL WAS LOW, THERE'S A VERY SMALL DEPTH OF WATER IN

10:18:01 11    FRONT OF THE TOE, AND THAT SMALL DEPTH OF WATER IS GOING TO LIMIT

10:18:06 12    HOW HIGH THE WAVE CAN BE AT THE TOE.  SO WHEN THE WATER LEVELS ARE

10:18:10 13    LOWER THAN THE WAVES WOULD BE WANTING TO ACT ON THE TOE, THEY'RE AT

10:18:15 14    SUCH A SMALL WAVE HEIGHT THAT THEY AREN'T ENERGETIC ENOUGH TO

10:18:19 15    PRODUCE EROSION.

10:18:21 16            THE COURT:  SO A LOT OF THIS -- ASSUMING THIS IS CORRECT,

10:18:24 17    A LOT OF THIS DEPENDS ON THE WATER LEVEL AT THE TIME IT WAS AT THE

10:18:28 18    TOE?

10:18:30 19            THE WITNESS:  CORRECT.  AGAIN, DEPENDS ON THE MAGNITUDE OF

10:18:34 20    THE LOADING, WHICH WOULD BE RELATED TO WAVE HEIGHT, AND THE

10:18:36 21    DURATION, THE AMOUNT OF TIME THAT THAT LOADING WOULD BE PRESENT AT

10:18:40 22    THE TOE.

10:18:40 23            THE COURT:  I UNDERSTAND THERE'S BEEN A LOT OF DISCUSSION.

10:18:42 24    WE WILL PROBABLY TALK ABOUT IT LATER ON ABOUT HOW YOU CALCULATE THAT

10:18:46 25    FROM THE MIDDLE OF THE -- WHAT WE CALL THE D POINT OR THE T POINT,

10:18:51 1   ET CETERA, BUT I WON'T ASK YOU ABOUT THAT.   IF YOU'RE GOING TO BE

10:18:56 2   ASKED ABOUT IT, I'LL LET YOUR COUNSEL.

10:18:58 3            GO AHEAD.

10:18:58 4            MR. MITSCH:   WE'LL GET TO A LOT OF THAT.

10:19:00 5   BY MR. MITSCH:

10:19:00 6   Q.   DID YOU APPLY THE PRINCIPLES THAT THE, SEIJFFERT AND VERHEIJ, TO

10:19:07 7   THE KATRINA EXPERIENCE ALONG REACH 2?

10:19:08 8   A.   YES, I DID.

10:19:09 9   Q.   AND LET'S GO TO THE NEXT SLIDE, 211 EBERSOLE REPORT AT 85.

10:19:25 10           WHAT DID YOU DO HERE?

10:19:27 11  A.   WHAT I DID WAS SOME CALCULATIONS TO HELP ME GET A FEEL FOR IF I

10:19:32 12  USE THE SIMPLE MODEL THAT SEIJFFERT AND VERHEIJ HAD DEVELOPED BASED

10:19:38 13  UPON LARGE SCALE WAVE TANK DATA AND APPLIED IT TO THE KATRINA

10:19:43 14  SITUATION, WHAT WOULD I GET IN THE WAY OF A MAGNITUDE OF EROSION.

10:19:46 15           SO OVER ON THE LEFT-HAND SIDE, YOU SEE TIME AGAIN IN

10:19:49 16  CENTRAL DAYLIGHT TIME, YOU SEE THE SAME WATER LEVELS, YOU SEE THE

10:19:54 17  INCIDENT WAVE HEIGHT, AND THEN YOU SEE THREE COLUMNS FOR CUMULATIVE

10:19:59 18  EROSION; ONE ASSUMING GOOD GRASS COVER, ONE ASSUMING AVERAGE GRASS

10:20:07 19  COVER, AND ONE ASSUMING POOR GRASS COVER.

10:20:07 20           FOR THIS CALCULATION, I ACTUALLY -- I WANTED TO BE, AS

10:20:12 21  RUPERT WOULD SAY, LIBERAL, AND I -- I DIDN'T USE THE WAVE HEIGHT AT

10:20:17 22  THE TOE BUT I USED THE ACTUAL SIGNIFICANT WAVE HEIGHT OUT AT THE

10:20:21 23  MRGO.   SO BY DOING THIS, I AM GOING TO OVERSTATE THE AMOUNT OF

10:20:25 24  EROSION DUE TO WAVES.   BUT I DID THIS JUST TO LOOK AT THIS TO SEE IF

10:20:32 25  WHAT I WOULD CALCULATE WOULD BE CONSISTENT WITH WHAT I OBSERVED IN

10:20:37 1    THE PHOTOGRAPHS.

10:20:38 2            AND THEN FOR EACH OF THESE GRASS COVERS, THEY GIVE SOME

10:20:42 3    GUIDANCE ON A COEFFICIENT TO USE.  FOR THE GOOD GRASS COVER, I

10:20:46 4    PICKED THE COEFFICIENT THAT WOULD BE THE UPPER QUALITY OF GRASS

10:20:51 5    COVER.  I WAS CURIOUS TO SEE IF I HAD THE BEST GRASS COVER, WHAT

10:20:55 6    WOULD THEIR METHOD SUGGEST THE EROSION WOULD BE.  AND THEN I USED

10:20:58 7    TWO OTHER VALUES FOR AVERAGE AND POOR COVER.

10:21:01 8    Q.  AND SO WHAT ARE YOU FINDING?  LET'S LOOK AT THE GOOD GRASS

10:21:07 9    COVER.

10:21:07 10   A.  THE GOOD GRASS COVER, THESE ARE IN FEET, SO -- OR ROUGHLY IF YOU

10:21:12 11   WANT TO GET TO INCHES AND MULTIPLY BY 12 OR 10, WHATEVER IS EASIEST.

10:21:18 12           BUT BASICALLY YOU SEE NEGLIGIBLE EROSION.  THE MOST THE

10:21:26 13   CALCULATION INDICATES WOULD BE TENTH OF A FOOT, SOMETHING ON THE

10:21:31 14   ORDER OF AN INCH.  SO FOR GOOD GRASS COVER, MY CONCLUSION WAS THEIR

10:21:36 15   MODEL WOULD CALCULATE NEGLIGIBLE EROSION OF THE TURF.

10:21:44 16           THE COURT:  AGAIN, GO BACK TO THE -- AND I'M MYSTIFIED BY

10:21:47 17   THIS AND I AM SURE YOU CAN EXPLAIN IT -- FIGURE 2, THE RED AND BLUE,

10:21:55 18   WHAT HAPPENED THERE?  THAT WASN'T BACK SIDE EROSION, WAS IT?

10:22:03 19           THE WITNESS:  FIGURE 2?

10:22:05 20           THE COURT:  I'M SORRY, REMEMBER THE RED AND BLUE, THE GAP?

10:22:09 21           THE WITNESS:  YES, SIR.

10:22:10 22           MR. MITSCH:  IT'S SLIDE 2, FIGURE 40 AT PAGE 54.

10:22:14 23           THE COURT:  THANK YOU, COUNSEL.

10:22:16 24           I'M CURIOUS HOW THAT ALL FITS IN.  I DON'T THINK YOU'RE

10:22:23 25   ATTRIBUTING THE BREACH THERE TO BACK SIDE EROSION.

10:22:28  1             THE WITNESS:  YES, I AM.  I AM ATTRIBUTING ALL OF THIS TO

10:22:31  2  BACK SIDE EROSION.  THAT'S MY OPINION.

10:22:33  3             THE COURT:  OKAY.  EVEN THOUGH THE TOP -- THE WATER DID

10:22:40  4  NOT -- THE STILL WATER LEVEL DID NOT OVERCOME THE LEVEE?

10:22:44  5             THE WITNESS:  IN THIS PARTICULAR AREA?

10:22:46  6             THE COURT:  YES.

10:22:48  7             THE WITNESS:  WHAT I BELIEVE HAPPENED THERE WAS

10:22:49  8  OVERTOPPING BEGAN TO OCCUR, AND WHEN OVERTOPPING OCCURS, WE GET THAT

10:22:54  9  GRAVITY ACCELERATING THAT WATER DOWN THE BACK SIDE.  AND THAT BEGINS

10:22:58 10  TO ERODE THE TURF AND ERODE THE SOIL BECAUSE IT'S MOVING AT MUCH

10:23:03 11  HIGHER SPEEDS DOWN THE BACK SIDE.

10:23:05 12             AND THE ENTIRE BACK SIDE -- ONCE WATER STARTS FLOWING DOWN

10:23:10 13  THE BACK, THE WHOLE BACK SIDE FEELS HIGH VELOCITY.

10:23:17 14             THE COURT:  ANY CALCULATION OF THE AMOUNT OF WATER THAT

10:23:17 15  WENT OVER AT THAT POINT?

10:23:17 16             THE WITNESS:  WE'LL BE COVERING THAT.

10:23:18 17             THE COURT:  I'LL WAIT UNTIL YOU GET TO THAT.  GO AHEAD.

10:23:24 18  BY MR. MITSCH:

10:23:25 19  Q.  DOES OVERTOPPING BEGIN BEFORE THE STILL WATER REACHES THE CREST

10:23:29 20  OF THE LEVEE?

10:23:30 21  A.  YES, IT DOES.

10:23:31 22             THE COURT:  THE COURT REALIZES WAVES DO GO OVER IF THEY'RE

10:23:34 23  LARGE ENOUGH.  I AM NOT SURE ABOUT THE VOLUMES.  I'M SURE THERE WILL

10:23:40 24  BE A FEW VIEWS TO THAT.

10:23:46 25             OKAY.  THANKS.  AT LEAST I'VE GOT THAT CLEARED UP AS MUCH

FINAL DAILY COPY

10:23:51  1   AS I CAN AT THIS POINT.   THANK YOU.

10:23:53  2   BY MR. MITSCH:

10:23:54  3   Q.   OKAY.   IS THE FRONT SIDE EROSION THAT YOU'RE SEEING -- THAT YOU

10:23:57  4   SAW ALONG REACH 2 FOUND IN APPROXIMATELY THE SAME LOCATION THAT

10:24:02  5   WOULD BE PREDICTED BY SEIJFFERT AND VERHEIJ?

10:24:06  6   A.   YES, IT IS.   MY OBSERVATION WAS THAT THAT SURFACE BAND WAS VERY

10:24:11  7   SIMILAR IN POSITION ON THE LEVEE FACE TO WHERE THEY SUGGESTED IT

10:24:15  8   WOULD BE.

10:24:15  9   Q.   AND FOR THE RECORD, SEIJFFERT AND VERHEIJ IS S-E-I-F-F-E-R-T

10:24:21 10   (SIC) AND VERHEIJ, V-E-R-H-E-I-J.

10:24:25 11        IS THERE ANY LOCATIONS ALONG REACH 2 WHERE YOU DIDN'T SEE

10:24:30 12   THE SURFICIAL EROSION THEN?

10:24:32 13   A.   YES, THERE WERE.

10:24:32 14   Q.   LET'S GO TO A10, PAGE 167.

10:24:43 15        THE COURT:   THE COURT LIKES PHOTOGRAPHS.   IT DOESN'T

10:24:46 16   STRAIN ME AS MUCH AS THE OTHER ONES.   GO AHEAD.

10:24:54 17        MR. MITSCH:   WHAT IS IT, A PICTURE TELLS A THOUSAND WORDS,

10:24:55 18   SOMETHING ALONG THOSE LINES.

10:24:56 19        THE COURT:   RIGHT.

10:24:58 20   BY MR. MITSCH:

10:24:58 21   Q.   ALL RIGHT.   AGAIN, THIS IS A10, SO THIS IS GOING TO BE BETWEEN

10:25:04 22   BIENVENUE AND DUPRE, RIGHT?

10:25:06 23   A.   CORRECT.

10:25:10 24   Q.   CLOSER TO BIENVENUE, WOULD YOU SAY?

10:25:11 25   A.   CORRECT.

10:25:15 1   Q.   JUST FOR THE RECORD, WHERE IS MRGO AND WHERE IS THE LEVEE CREST?

10:25:20 2   A.   THE MRGO WOULD BE OVER IN THAT PARTICULAR PART, AND THE LEVEE

10:25:24 3   CREST WOULD BE RIGHT IN THAT APPROXIMATE POSITION (DRAWING).

10:25:28 4   Q.   ARE YOU SEEING ANY SURFICIAL BAND EROSION?

10:25:31 5   A.   YOU SEE SOME VERY FAINT TRACES JUST TO THE RIGHT OF THE LINE

10:25:36 6   THAT I'VE DRAWN.  AGAIN, IT'S A FAIRLY LINEAR FEATURE BUT JUST

10:25:42 7   BARELY, BARELY THERE.

10:25:43 8        I THINK MY CONCLUSION WOULD BE THE SOIL AND GRASS QUALITY

10:25:45 9   HERE WAS ENOUGH JUST TO LIMIT THE EROSION TO MINOR, MINOR,

10:25:53 10  NEGLIGIBLE AMOUNTS.

10:26:00 11  Q.   JUST -- WE HAVE TO KEEP THE RECORD CLEAR OVER HERE.  YOU SAY

10:26:03 12  OVER THERE.  TELL US PRECISELY WHERE IT IS.  SAY TO THE LEFT OF THE

10:26:06 13  CREST OR TO THE RIGHT OF THE CREST SO THAT WHEN OTHERS READ THE

10:26:11 14  RECORD, IT'S CLEARER.

10:26:13 15  A.   OKAY.

10:26:15 16       THE COURT:  IT'S TO THE MRGO SIDE OF THE CREST; IS THAT

10:26:17 17  FAIR ENOUGH?  THAT'S WHAT THE COURT OBSERVES.  IS THAT CORRECT, SIR?

10:26:27 18       THE WITNESS:  THE MRGO WOULD BE OVER TOWARDS THE LEFT-HAND

10:26:27 19  SIDE OF EACH OF THESE PHOTOS.

10:26:27 20  BY MR. MITSCH:

10:26:29 21  Q.   OKAY.  LET'S GO TO THE NEXT PHOTO, A20 AT PAGE 177.

10:26:34 22       POINT OUT THE CREST AND TELL US IF YOU SEE ANY SURFICIAL

10:26:40 23  EROSION.

10:26:40 24  A.   CREST IS GOING TO BE APPROXIMATELY IN THIS POSITION (DRAWING).

10:26:45 25  YOU SEE JUST VERY MINOR TRACES ALONG THE SIDE FACE OF THE MRGO,

10:26:50 1    WHICH IS ON THE LEFT SIDE OF THE PHOTO.  YOU SEE JUST SOME MINOR

10:26:54 2    TRACES OF -- CLEARLY AT THIS VICINITY, THE COMBINATION OF SOIL

10:27:02 3    PROPERTIES AND TURF WAS ENOUGH TO RESIST THE EROSION.

10:27:05 4          AND I THINK THE OTHER THING THAT'S REALLY IMPORTANT TO

10:27:07 5    KEEP IN MIND IS THE FRONT FACE OF THIS LEVEE WAS SUBJECTED TO WAVE

10:27:12 6    ACTION FOR THE ENTIRE PERIOD OF TIME DURING THE STORM AND WE ONLY

10:27:17 7    SEE MINOR, MINOR TRACES.

10:27:21 8          THE COURT:  A QUESTION JUST TO PUT THINGS IN PERSPECTIVE.

10:27:26 9    DO YOU KNOW, APPROXIMATELY, IF YOU LOOK AT REACH 2 FROM -- THE

10:27:32 10   ENTIRE LENGTH OF REACH 2 -- NOT BEYOND SHELL BEACH, BUT REACH 2, HOW

10:27:41 11   MUCH CRESTS SURVIVE PROPORTIONATELY?  AND IF YOU DON'T KNOW, THAT'S

10:27:45 12   FINE.

10:27:46 13         THE WITNESS:  WE COULD GO MAKE A QUICK ESTIMATE FROM THE

10:27:49 14   FIGURE, THE RED AND BLUE FIGURE.

10:27:50 15         THE COURT:  BUT YOU DON'T HAVE -- YOU DON'T KNOW THE --

10:27:50 16         THE WITNESS:  NO, NOT OFF THE TOP OF MY HEAD.

10:27:52 17         THE COURT:  THE COURT CAN DETERMINE THAT LATER ON.

10:27:55 18         ONE SECOND, PLEASE.  DO WE HAVE -- I'M SURE IF THERE IS

10:28:10 19   ONE, THE DEFENSE -- THE PLAINTIFFS WILL TALK ABOUT THIS.  DO WE HAVE

10:28:14 20   ANY PHOTOGRAPHS -- AND THERE MAY NOT BE ANY -- IF WE GO TO THE

10:28:22 21   AREA -- THERE'S A FAIRLY LIMITED AMOUNT OF UNIMPAIRED CREST; IS THAT

10:28:26 22   FAIR TO SAY?

10:28:27 23         THE WITNESS:  I AM GOING TO HAZARD A GUESS.

10:28:30 24         THE COURT:  I UNDERSTAND IT'S A GUESS.

10:28:32 25         THE WITNESS:  TWENTY-FIVE PERCENT, TWENTY PERCENT.

10:28:33 1          THE COURT:  AND IS THIS AREA THE PRIMARY AREA WHERE THE

10:28:37 2  CREST REMAINED INTACT?

10:28:39 3          THE WITNESS:  YEAH, MOST OF THE AREA WHERE THE CREST

10:28:41 4  REMAINED INTACT WAS AT THE SOUTHERNMOST END OF THIS REACH 2 SYSTEM.

10:28:46 5          THE COURT:  THAT WOULD BE TOWARDS -- JUST TO ORIENT US,

10:28:49 6  WOULD THAT BE TOWARDS THE IHNC?

10:28:54 7          THE WITNESS:  NO.

10:28:55 8          THE COURT:  NO, NO, OF COURSE IT WOULDN'T.  OF REACH 2,

10:28:58 9  YOU'RE SAYING THE SOUTHERNMOST --

10:29:00 10          THE WITNESS:  THE SOUTHEASTERN END OF REACH 2, THE

10:29:02 11  SOUTHEASTERNMOST END OF REACH 2.

10:29:05 12          THE COURT:  GOING TOWARDS SHELL BEACH?

10:29:08 13          THE WITNESS:  TOWARDS SHELL BEACH IS WHERE MOST OF THE

10:29:10 14  LEVEE WAS -- REMAINED INTACT.

10:29:13 15          THE COURT:  OKAY.  AND OBVIOUSLY WHAT THE PLAINTIFFS HAVE

10:29:21 16  REFERRED TO AS THE BREACH ZONE, PROBABLY NO PHOTOGRAPHS OF THAT

10:29:27 17  BECAUSE THE LEVEE WAS PRETTY OBLITERATED; IS THAT CORRECT?

10:29:31 18          THE WITNESS:  YEAH.  WHAT I FOUND IS, YOU KNOW, THE

10:29:40 19  AREAS -- THERE WERE SOME AREAS BETWEEN BIENVENUE AND DUPRE THAT WERE

10:29:40 20  INTACT.  AND THE AREAS THAT WERE GENERALLY INTACT WERE THE HIGHEST

10:29:43 21  LEVEES.  SO THERE WERE SOME AREAS THAT REMAINED INTACT.  SO THE

10:29:49 22  HIGHER THE LEVEE, THE GREATER THE CHANCE IT REMAINED INTACT DURING

10:29:54 23  THE EVENT.

10:29:54 24          THE COURT:  THANK YOU.

10:29:56 25  BY MR. MITSCH:

-- FINAL DAILY COPY --

10:29:57  1    Q.  LET'S GO TO THE LAST PHOTO IN THIS GROUP.

10:30:00  2            THE COURT:  AND WE WILL TAKE A BREAK AFTER THIS PHOTO.

10:30:02  3            MR. MITSCH:  SURE.

10:30:03  4    BY MR. MITSCH:

10:30:04  5    Q.  A48 AT PAGE 205.

10:30:14  6            DO YOU SEE ANY -- SHOW US WHERE THE CREST IS.

10:30:17  7    A.  ROUGHLY THAT POSITION (DRAWING).

10:30:21  8    Q.  AND DO YOU SEE ANY SURFICIAL EROSION?

10:30:24  9    A.  NO, THIS IS ONE OF THESE PHOTOS QUITE NEAR THE SOUTHEASTERN END

10:30:29 10    OF REACH 2.  YOU SEE VIRTUALLY NO TRACE OF WAVE-INDUCED EROSION ON

10:30:33 11    THE FRONT SIDE, PERHAPS THIS SMALL TRACE RIGHT THERE (INDICATING).

10:30:37 12    BUT OTHERWISE, NO EVIDENCE OF WAVE EROSION INDICATED.

10:30:42 13            THE COURT:  IT'S YOUR UNDERSTANDING THAT THE LEVEES WERE

10:30:44 14    HIGHER TOWARDS THE SOUTHEAST PORTION?

10:30:47 15            THE WITNESS:  CORRECT.  GENERALLY SPEAKING.

10:30:51 16            THE COURT:  I UNDERSTAND WE HAVE GENERALLY.

10:30:53 17            DO YOU KNOW IF THE CHANNEL WAS AT ITS GREATEST WIDTH AT

10:30:56 18    THAT AREA AS WELL OR NOT?

10:30:58 19            THE WITNESS:  NO, I DON'T KNOW.

10:30:59 20            THE COURT:  ALL RIGHT.  THANK YOU.  JUST TRYING TO PUT ALL

10:31:03 21    OF THE PIECES TOGETHER, AND I'M SURE WE WILL EVENTUALLY.

10:31:05 22            GO AHEAD.

10:31:06 23            MR. MITSCH:  DO YOU WANT TO TAKE A BREAK NOW?

10:31:07 24            THE COURT:  YES, VERY GOOD.

10:31:09 25            THE MARSHAL:  ALL RISE.

─────────────────── FINAL DAILY COPY ───────────────────

10:31:11  1          (WHEREUPON, A RECESS WAS TAKEN.)

10:36:20  2          (OPEN COURT.)

10:54:12  3              THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

10:54:15  4              THE COURT:  EXCUSE ME FOR BEING A LITTLE LATE, I GOT

10:54:17  5  TRAPPED.

10:54:18  6              MR. MITSCH:  THAT'S QUITE ALL RIGHT.  I'M HAPPY TO START,

10:54:21  7  BUT I THINK WE'RE MISSING MR. BRUNO.

10:54:24  8              THE COURT:  THANK YOU FOR POINTING THAT OUT.  WE BETTER

10:54:26  9  FIND HIM.

10:54:58 10              OKAY.  SIR, I THINK WE ARE READY TO PROCEED.  MR. BRUNO IS

10:55:02 11  HERE.  THANK YOU FOR POINTING THAT OUT.  GO AHEAD.

10:55:07 12              MR. MITSCH:  THANK YOU.

10:55:07 13  BY MR. MITSCH:

10:55:10 14  Q.  WHY WOULD THE SURFICIAL EROSION BAND APPEAR IN SOME OF THESE

10:55:14 15  PLACES AND NOT OTHERS?

10:55:15 16  A.  I BELIEVE THAT'S RELATED TO THE RESISTANCE TO EROSION OF THE

10:55:21 17  COMBINATION OF THE GRASS AND THE SOIL PROPERTIES AT A PARTICULAR

10:55:24 18  LOCATION VERSUS ANOTHER LOCATION.

10:55:26 19  Q.  QUALITY OF THE SOIL MEANS THE TYPE OF SOIL OR SEDIMENT THAT'S IN

10:55:30 20  THE LEVEE?

10:55:31 21  A.  CORRECT.

10:55:32 22  Q.  ALL RIGHT.  LET'S GO ON TO BENCH-CUTTING.  YOU SAID THAT WAS THE

10:55:36 23  SECOND SIGNATURE OF FRONT-SIDE EROSION.  WHAT'S BENCH-CUTTING?

10:55:41 24  A.  BENCH-CUTTING, IN A NUMBER OF PHOTOS I SAW THE PRESENCE OF WHAT

10:55:51 25  I CONSIDER DEEPER EROSION THAN MORE SURFICIAL EROSION.  AND I SAW IT

10:56:00 1  IN, I'D SAY TWO, THREE, FOUR PHOTOS, I'M NOT QUITE SURE EXACTLY HOW

10:56:04 2  MANY, BUT WHEN IT WAS PRESENT, IT WOULDN'T BE PERVASIVE ALONG THE

10:56:08 3  ENTIRE LENGTH OF THE LEVEE THAT WAS SHOWN IN THE PHOTO, IT WOULD BE

10:56:13 4  ISOLATED AND VERY LOCALIZED AREAS.

10:56:16 5  Q.  LET'S GO TO A21 AT PAGE 178.  AGAIN, SHOW THE CREST.

10:56:29 6  A.  (DRAWING).

10:56:35 7  Q.  AND IS THERE ANY BENCH-CUTTING THERE?

10:56:36 8  A.  YEAH, YOU CAN SEE IN THE LOWER PART OF THE PICTURES TWO AREAS OF

10:56:43 9  RELATIVELY MINOR, LITTLE DEEPER CUTTING OF THE FRONT SIDE.  YOU SEE

10:56:49 10 A LITTLE BIT MORE EROSION ON THE FRONT SIDE AT THAT PARTICULAR

10:56:53 11 LOCATION.

10:56:54 12       THESE TWO, IT'S A LITTLE LESS CLEAR TO ME WHETHER THEY

10:56:59 13 WERE REALLY TRIGGERED BY THE FRONT OR BY OVERTOPPING.  I BELIEVE

10:57:03 14 THIS ONE IN ALL LIKELIHOOD OCCURRED TRIGGERED FROM THE FRONT, IT

10:57:08 15 APPEARS TO ME, THE LARGER ONE HERE IN THE CENTER (INDICATING).

10:57:12 16 Q.  FOR THE RECORD, WE'RE AT A21 AT PAGE 178.

10:57:17 17       THE COURT:  THANK YOU, SIR.

10:57:20 18 BY MR. MITSCH:

10:57:21 19 Q.  IS THAT WHAT YOU'RE TALKING ABOUT?

10:57:22 20 A.  YES.  THAT'S THE GREATEST MANIFESTATION OF THAT PROCESS.

10:57:26 21 Q.  AND IN ALL OF THESE PHOTOS MRGO IS TO THE LEFT, RIGHT?

10:57:33 22 A.  THAT'S CORRECT, MRGO TO THAT SIDE (INDICATING).

10:57:36 23 Q.  LET'S GO TO A40 AT 197.  WHERE IS THE CREST?

10:57:46 24 A.  (DRAWING.)

10:58:00 25 Q.  AND DO YOU SEE EVIDENCE OF BENCH-CUTTING?

10:58:00 1    A.  THIS IS THE ONLY PHOTO OUT OF THE ENTIRE SET OF 50 WHERE I WOULD

10:58:01 2    SAY THIS DEEPER BENCH-CUTTING ON THE FRONT SIDE WAS A PREVALENT

10:58:05 3    FEATURE SEEN THROUGHOUT THE LENGTH OF LEVEE THAT'S SHOWN IN THE

10:58:10 4    PHOTO.  BUT EVEN IN THIS PARTICULAR PHOTO, THERE ARE GAPS, IT'S NOT

10:58:14 5    A CONTINUOUS ZONE ALONG THE ENTIRE LENGTH OF THE LEVEE AS IS THE

10:58:20 6    SURFACE EROSION BAND THAT WE SEE IN MANY PHOTOS.

10:58:23 7            THE COURT:  AGAIN, SIR, IS THIS, AS YOU STATED EARLIER,

10:58:27 8    WE'LL CALL IT THE SOUTH PORTION OF REACH 2?

10:58:32 9            THE WITNESS:  YEAH.  THIS PARTICULAR PHOTO IS SOUTH OF

10:58:35 10   BIENVENUE.  I THINK THE PREVIOUS PHOTO WAS ACTUALLY BETWEEN

10:58:38 11   BIENVENUE AND DUPRE, IF I RECALL.

10:58:42 12           THE COURT:  WE HAD A BREACHING MAP UP EARLIER, NOT IN YOUR

10:58:48 13   TESTIMONY BUT OTHERS.

10:58:51 14           THE WITNESS:  MY IMPRESSION WAS THAT THESE FEATURES ONLY

10:58:53 15   APPEARED AT THE VERY HIGHEST LEVEES, GENERALLY THOSE UP 18, 19 FEET

10:59:01 16   IN ELEVATION.

10:59:03 17   BY MR. MITSCH:

10:59:03 18   Q.  AND WAS THE SURGE LONGER OR -- AT THAT POINT?

10:59:09 19   A.  THE PEAK SURGE LEVEL WAS, YOU KNOW, ROUGHLY 17 AND A HALF,

10:59:13 20   INCLUDING SETUP, CLOSE TO 18.  BUT THEY WERE GENERALLY IN AREAS THAT

10:59:19 21   WERE NOT SUBJECT TO OVERTOPPING VERY LONG.

10:59:23 22   Q.  SO THE SURGE, IN OTHER WORDS, HAD A POTENTIAL, THEN, TO HAVE

10:59:27 23   MORE IMPACT ON THE FRONT SIDE BECAUSE OF THE HEIGHT OF THE LEVEES?

10:59:31 24   A.  AND ONE THING, AT THE PEAK OF THE STORM IS THE TIME DURING THE

10:59:36 25   STORM WHERE THE WATER LEVEL IS AT A CONSTANT ELEVATION FOR THE

10:59:39  1   LONGEST PERIOD OF TIME.  YOU KNOW, IN THE RAPIDLY-RISING PART OF THE

10:59:45  2   STORM, THE SURF ZONE ON THE FRONT SIDE ISN'T CONCENTRATED AT THE

10:59:49  3   SAME POINT VERY LONG.  THE WATER KEEPS MOVING TO A HIGHER LEVEL, THE

10:59:54  4   SURF ZONE DISSIPATION OF THE BREAKING WAVES IS OCCURRING AT A HIGHER

10:59:59  5   ELEVATION ALSO.  IT'S ONLY WHEN WE GET TO THE PEAK WATER LEVEL THAT

11:00:03  6   WAVES CAN CONTINUE TO ACT ON THE LEVEE FOR THE LONGEST PERIOD OF

11:00:08  7   TIME.  AND I BELIEVE THAT'S WHY WE SEE THESE DEEPER CUTS AT THE

11:00:12  8   HIGHEST ELEVATIONS AT THE HIGHEST LEVEES BECAUSE THAT'S THE TIME AND

11:00:17  9   THE LOCATION WHERE WAVES COULD HAVE ACTED ON THE FRONT FACE FOR THE

11:00:21 10   LONGEST PERIOD OF TIME.

11:00:22 11        THE COURT:  I AM GOING TO DISRUPT YOUR EXAMINATION JUST

11:00:26 12   FOR A SECOND, IF POSSIBLE.  IF ANYBODY KNOWS THE EXHIBIT NUMBER THAT

11:00:31 13   SHOWED THE BREACHES, BECAUSE I WOULD LIKE TO GET THESE PICTURES, I

11:00:37 14   HAVE A PRETTY GOOD IDEA, BUT IF THE WITNESS CAN, HE CAN SHOW WHERE

11:00:41 15   THE PICTURE IS, JUST SO I CAN GET A GENERAL IDEA.  DOES ANYBODY HAVE

11:00:47 16   THAT?  I THINK IT WAS IN -- I DON'T REMEMBER IF IT WAS IN

11:00:51 17   MR. MORRIS' REPORT OR DR. FITZGERALD.  IF IT TAKES TOO LONG, FINE.

11:01:05 18        MR. BRUNO:  BEFORE WE PULL IT UP, JUDGE, WE WANT TO LOOK

11:01:08 19   ON THE SMALL SCREEN.

11:01:09 20        THE COURT:  JUST SO I CAN GET THIS ALL POSITIONED BECAUSE

11:01:12 21   IT'S GOING TO BE HARD TO RECONSTRUCT IT IN CHAMBERS WHEN WE'RE

11:01:18 22   LOOKING AT ALL OF THIS.

11:01:20 23        MR. BRUNO:  WE THINK WE HAVE ONE, YOUR HONOR, BUT I DON'T

11:01:22 24   WANT TO PRESUPPOSE, SO WE WANT TO SEE.

11:01:26 25        THE COURT:  YEAH, JUST PUT IT UP AND I CAN TELL YOU IF --

11:01:27 1    IT SHOWS RED FOR BREACHING AND WHITE FOR NOT BREACHING.

11:01:31 2            MR. BRUNO:  IS THAT IT?

11:01:33 3            THE COURT:  WELL, THAT DOES IT.  AS I UNDERSTAND IT, ALONG

11:01:36 4    REACH 2 THE AREA IN RED IS BREACHING TO VARIOUS LEVELS, AND THEN THE

11:01:44 5    AREA IN YELLOW IS NOT BREACHED.  IS THAT RIGHT?

11:01:52 6            MR. MITSCH:  RED IS THE BREACHING, I THINK.

11:01:54 7            THE COURT:  YES, RED IS BREACHING AND YELLOW IS NOT

11:01:59 8    BREACHED, IS WHAT I JUST SAID, I HOPE.

11:02:00 9            SO LOOKING AT THAT PHOTOGRAPH, CAN YOU POSITION TO ME THE

11:02:06 10   APPROXIMATE LOCATION?  AND IF YOU CAN'T, THAT'S FINE, I AM JUST

11:02:09 11   TRYING TO UNDERSTAND AS WELL AS I CAN, WHERE THOSE PHOTOGRAPHS WOULD

11:02:13 12   HAVE TAKEN PLACE.

11:02:14 13           THE WITNESS:  THE ONE THAT WE JUST LOOKED AT, I BELIEVE,

11:02:16 14   IS SOMEWHERE IN THAT VICINITY (INDICATING).

11:02:21 15           THE COURT:  OKAY.  THAT IS HELPFUL TO ME.  AND THE OTHERS

11:02:22 16   WE'VE LOOKED AT WHERE --

11:02:27 17           THE WITNESS:  WELL, WE'VE LOOKED AT PHOTOS ALL ALONG THIS

11:02:29 18   ENTIRE REACH.

11:02:32 19           THE COURT:  SEE, I DON'T SEE A LOT OF YELLOW, IS WHAT I'M

11:02:34 20   SAYING.  THAT'S THE PROBLEM.

11:02:39 21           THE WITNESS:  YEAH, THE OTHER -- THE LOCATIONS NORTH OF

11:02:44 22   BAYOU DUPRE, WHERE THE LEVEES WERE HIGHER AND WHERE WE DID SEE SOME

11:02:48 23   SIGNATURES OF THIS FEATURE, I BELIEVE, WERE IN THAT PARTICULAR AREA

11:02:50 24   WHERE THE -- WHERE WE HAVE YELLOW AND RED INTERSPERSED.  I THINK

11:02:55 25   GENERALLY THAT WAS A HIGHER.  THE LEVEE JUST TO THE NORTH OF DUPRE,

11:03:00  1  I BELIEVE, WAS GENERALLY HIGHER --

11:03:02  2           THE COURT:  OKAY.

11:03:03  3           THE WITNESS:  -- THAN OTHER AREAS BETWEEN BIENVENUE AND

11:03:06  4  DUPRE.

11:03:06  5           THE COURT:  WE'RE GOING TO MARK THAT.  AND IT GIVES US

11:03:09  6  SOME JUXTAPOSITION, WHICH I CERTAINLY APPRECIATE.  ALL RIGHT.  THANK

11:03:13  7  YOU, COUNSEL.  YOU CAN REMOVE THAT.  OH, WE DIDN'T HAVE THAT

11:03:21  8  PRINTED, I'M SORRY.  WE'LL TRY TO RECONSTRUCT IT.  I'M SORRY, I

11:03:28  9  SHOULD HAVE HAD IT PRINTED.  THAT'S ALL RIGHT.

11:03:30 10           MR. MITSCH:  WE CAN GO BACK, IF YOU WANT, WE CAN GO BACK.

11:03:34 11           THE COURT:  GO AHEAD, I'M SORRY, COUNSEL, I DON'T WANT TO

11:03:37 12  DISRUPT YOUR EXAM.  WOULD YOU JUST MAKE THOSE TWO MARKS AGAIN AND

11:03:42 13  THEN I AM GOING TO ASK YOU TO PRINT THAT.  AND I UNDERSTAND THAT'S

11:03:46 14  APPROXIMATE, NOT HOLDING YOU TO IT.

11:03:48 15           THE WITNESS:  PLEASE, YOUR HONOR.

11:03:50 16           MR. MITSCH:  THE FAT FINGER PROBLEM.

11:03:53 17           THE WITNESS:  WOULD YOU LIKE ME TO DRAW THE MARK AGAIN?

11:03:56 18           THE COURT:  DO YOU HAVE A STYLUS?  YOU CAN DO IT VERY WELL

11:04:01 19  WITH YOUR FINGER, WAY BETTER THAN MOST PEOPLE.  OKAY.  GOOD.  THAT'S

11:04:06 20  GREAT.  YOU PRINT THAT.  THANK YOU, AND I'M SORRY TO DISRUPT YOU, IT

11:04:12 21  JUST HELPS ME TO UNDERSTAND WHERE EVERYTHING IS.  MAY OR MAY NOT

11:04:16 22  HAVE ANY SIGNIFICANCE, BUT AT LEAST I'LL KNOW WHERE IT IS.

11:04:21 23  BY MR. MITSCH:

11:04:21 24  Q.  ALL RIGHT.  LET'S GO TO THE NEXT PHOTO, A41 --

11:04:32 25           THE COURT:  YOU CAN TAKE THAT OFF AND, COUNSEL, YOU CAN GO

11:04:32  1    TO.

11:04:34  2              MR. MITSCH:  ON A41 AT PAGE 198.  BEGIN THE CREST AND IF

11:04:46  3    THERE'S ANY BENCH-CUTTING.

11:05:09  4              THE COURT:  I THINK EVERYBODY HAS DONE REMARKABLY WELL

11:05:11  5    KEEPING THEIR EXHIBITS STRAIGHT, REMARKABLY WELL IN THIS CASE.  I

11:05:15  6    HAVE TO TELL YOU, I WANT TO COMPLIMENT EVERYONE.  HERCULEAN TASK.

11:05:30  7              THIS HAS MARDI GRAS COLORS, THE BOTTOM OF MINE.

11:05:34  8    INTERESTING.  SHEENA, COME SEE THIS.  IT DOESN'T APPEAR UP THERE,

11:05:49  9    IT'S JUST SOMETHING IN MY MONITOR.  I CAN SEE THE PICTURE FINE, I'VE

11:05:51 10    JUST GOT -- THE WRITING IS VERY COLORFUL.  BUT GO AHEAD.  IT DOESN'T

11:05:55 11    AFFECT YOUR EXAMINATION.

11:05:56 12    BY MR. MITSCH:

11:05:56 13    Q.  WHERE IS THE CREST AND IS THERE ANY EVIDENCE OF SURFICIAL

11:06:00 14    BENCH-CUTTING, I'M SORRY?

11:06:02 15    A.  HERE IS THE CREST ALONG THAT LINE (DRAWING).  YOU SEE EVIDENCE

11:06:08 16    OF THIS, SOME ISOLATED SMALLER CUTS TO EITHER SIDE OF WHAT'S A

11:06:14 17    LARGER CUT, THIS CUT APPEARED TO ME TO BE INITIATED FROM THE FRONT

11:06:18 18    SIDE.  AGAIN, THIS WAS -- THIS PHOTO WAS VERY SIMILAR IN LOCATION TO

11:06:22 19    THE ONE WE JUST SAW.

11:06:26 20              THE COURT:  THANK YOU.

11:06:27 21              THE WITNESS:  I THINK THE IMPORTANT ISSUE HERE IS, WHEN WE

11:06:29 22    HAVE THESE DEEPER BENCH CUTS THAT ARE DEVELOPING AT THESE VERY HIGH

11:06:34 23    LEVEES, THEY'RE BEING CREATED BECAUSE THE WATER LEVELS ARE AT THEIR

11:06:38 24    PEAK SURGE LEVELS.  THE WAVES HAVE A LOT MORE DURATION, A LOT LONGER

11:06:43 25    TIME THAT THEY CAN BE WORKING ON ERODING THE FRONT FACE.  AND BY THE

11:06:47 1   TIME THEY DO BREACH AND BEGIN TO CREATE A WATER FLOW DOWN THE BACK

11:06:52 2   SIDE, IT'S REALLY INCONSEQUENTIAL TO THE FLOODING THAT OCCURRED.

11:06:57 3   THERE WOULDN'T HAVE BEEN VERY MUCH WATER AT ALL THAT WOULD HAVE

11:06:59 4   OCCURRED BECAUSE AT A 19-FOOT LEVEE, THAT'S TAKING AWHILE TO ERODE

11:07:06 5   THROUGH IT FROM THE FRONT SIDE AND BY THE TIME THE SURGE STARTED TO

11:07:11 6   BEGIN TO DROP FAIRLY SHORTLY THEREAFTER, WE WOULD HAVE A FAIRLY

11:07:15 7   SMALL AMOUNT OF WATER COMING THROUGH THESE TYPES OF BREACHING

11:07:18 8   FEATURES.

11:07:18 9   BY MR. MITSCH:

11:07:19 10   Q.  WHAT'S THIS (INDICATING)?  AND THAT'S THE LOWERED AREA JUST TO

11:07:28 11   THE RIGHT OF THE LEVEE CREST.

11:07:30 12   A.  YEAH, THIS IS AN AREA THAT'S FORMED AS THE WATER IS FLOWING

11:07:34 13   THROUGH A BREACH, IT CONTINUES TO ERODE THE LEVEE AND THEN DEPOSITS

11:07:40 14   THAT SEDIMENT INTERFEATURE ON THE BACK SIDE.

11:07:44 15   Q.  IN GENERAL TERMS, THE BENCH-CUTTING THAT YOU'VE SEEN, IS IT

11:07:47 16   PREVALENT ALONG REACH 2 OR IS IT ISOLATED?

11:07:58 17   A.  NOT PREVALENT AT ALL, VERY ISOLATED AND ONLY EVIDENT AT THE VERY

11:07:58 18   HIGHEST LEVEES.

11:07:59 19   Q.  WOULD YOU EXPECT TO SEE THIS TYPE OF FEATURE ON LEVEES THAT WERE

11:08:10 20   OVERTOPPED EARLY IN THE STORM?

11:08:12 21   A.  NO, YOU WOULDN'T.  WHAT WOULD HAPPEN IN THAT CASE IS, THERE'S

11:08:16 22   JUST NOT ENOUGH DURATION.  WHILE THAT WATER IS RAPIDLY MOVING UP THE

11:08:21 23   FRONT FACE, IT'S NOT STABLE AT ANY ONE LOCATION.  SO YOU WOULDN'T

11:08:26 24   HAVE ENOUGH DURATION FOR THE WAVES TO WORK ON THE FRONT FACE LONG

11:08:30 25   ENOUGH TO DO MUCH SIGNIFICANT EROSION, AND THEN SHORTLY THEREAFTER,

11:08:34 1    THE LEVEE WOULD BE OVERTOPPED AND THEN EVENTUALLY OVERFLOWING.  AND

11:08:40 2    ONCE OVERTOPPING AND OVERFLOWING BEGIN, THE LEVEE EROSION PROCESS IS

11:08:46 3    DRIVEN BY THOSE PROCESSES.

11:08:48 4    Q.  OKAY.

11:08:48 5         THE COURT:  AND OVERTOPPING WOULD MEAN PERHAPS SOME --

11:08:57 6    COULD BE WAVES OVERTOPPING, AND OVERFLOWING IS WHEN THE STILL WATER

11:09:02 7    MARK, IN ESSENCE, IS, YOU TELL ME IF I'M WRONG, IS ABOVE THE LEVEE

11:09:08 8    HEIGHT?

11:09:09 9         THE WITNESS:  CORRECT.  WHEN THE WAVE OVERTOPPING IS

11:09:11 10   BEGINNING, IT'S STARTING TO DAMAGE THE BACK SIDE OF THE LEVEE.

11:09:14 11        THE COURT:  RIGHT, I UNDERSTAND.

11:09:15 12        THE WITNESS:  BUT ONCE THE STILL WATER LEVEL GETS CLOSE TO

11:09:19 13   OR ABOVE, IT'S -- THE AMOUNT OF WATER DRAMATICALLY INCREASES AND THE

11:09:24 14   EROSION DRAMATICALLY INCREASES.

11:09:25 15        THE COURT:  THANK YOU.

11:09:27 16   BY MR. MITSCH:

11:09:27 17   Q.  IS THERE ANY TELL-TALE EVIDENCE THAT YOU WOULD EXPECT TO SEE IF

11:09:31 18   THERE WAS A PREVALENCE OF FRONT-SIDE EROSION?

11:09:35 19   A.  YES.  IF YOU HAD SIGNIFICANT EROSION ON THE FRONT SIDE IN LARGE

11:09:42 20   QUANTITIES, THE MATERIAL THAT WOULD BE REMOVED FROM THE FRONT FACE

11:09:45 21   OF THE LEVEE WOULD BE TRANSPORTED BACK DOWN THE FRONT SLOPE TO THE

11:09:51 22   TOE.  IT WOULD BE TRANSPORTED THERE BECAUSE OF GRAVITY AND ALSO

11:09:57 23   BECAUSE OF THE MEAN CURRENTS THAT ARE DEVELOPED WHEN WE HAVE

11:10:01 24   BREAKING WAVES ON THE FRONT SIDE OF THE LEVEE.  WE CALL THIS

11:10:05 25   UNDERTOW.

11:10:06 1          AND WHEN YOU HAVE BREAKING ON THE FRONT SIDE OF A LEVEE,

11:10:09 2   THERE'S AN UNDERTOW THAT IS DIRECTED DOWN THE SLOPE IN A MEAN SENSE

11:10:14 3   TOWARDS THE TOE.  SO IF WE HAVE LARGE AMOUNTS OF EROSION HAPPENING

11:10:18 4   ON THE FRONT FACE, ALL OF THE MATERIAL THAT WOULD BE ERODED WOULD BE

11:10:23 5   DEPOSITED AND END UP BEING DEPOSITED SOMEWHERE IN THE VICINITY OF

11:10:28 6   THE TOE.  BUT NOWHERE COULD I FIND ANY EVIDENCE THAT THAT WAS

11:10:32 7   OCCURRING.

11:10:32 8   Q.  IT'S JUST LIKE STANDING AT THE BEACH AND THE WAVES ARE BREAKING

11:10:36 9   ON, YOU KNOW, AROUND YOUR ANKLES?

11:10:38 10  A.  YEAH.  IF YOU GO TO THE BEACH AND YOU'RE THERE WHEN THE WAVES

11:10:41 11  ARE KICKING UP, THEY CARVE A LITTLE BIT OFF THE BEACH FACE AND THAT

11:10:50 12  SAND IS MOVED OFFSHORE AND DEPOSITED IN A BAR.  AND THAT BAR FEATURE

11:10:52 13  CORRESPONDS TO THE AMOUNT OF SAND THAT'S REMOVED FROM THE BEACH AND

11:10:55 14  TRANSPORTED BACK OFFSHORE.  IN THIS CASE, IT WOULD BE TRANSPORTED

11:11:00 15  BACK TOWARDS THE MRGO AND DEPOSITED AT THE TOE.

11:11:05 16          THE COURT:  COUNSEL, IS THIS VIDEO IN THE RECORD, THE

11:11:08 17  ENTIRE VIDEO OR WE JUST HAVE THE FRAMES?  THE VIDEO --

11:11:13 18          MR. MITSCH:  THE VIDEO, YEAH, FROM WHICH THESE PHOTOS

11:11:16 19  CAME, I DO NOT KNOW THAT.  WE CAN TRY TO FIND THAT OUT.

11:11:20 20          THE COURT:  YEAH, IT'S INTERESTING.  BUT IF IT ISN'T, IT

11:11:23 21  ISN'T, THAT'S FINE.  BUT IF IT IS, IN OUR LEISURE TIME WE MIGHT WANT

11:11:29 22  TO LOOK AT IT.  IT'S INTERESTING.  THANK YOU.

11:11:33 23  BY MR. MITSCH:

11:11:34 24  Q.  DOES DR. BEA INDICATE THAT -- ANYWHERE IN HIS REPORTS THAT YOU

11:11:38 25  WOULD EXPECT TO FIND THIS KIND OF -- THAT KIND OF TELL-TALE EVIDENCE

11:11:43  1    OF FRONT-SIDE EROSION?

11:11:44  2    A.  YEAH, HE HAD AN EXAMPLE, AND I THINK IT WAS ONE OF HIS

11:11:47  3    VALIDATION CASES, THAT WOULD BE A GOOD EXAMPLE OF THE DESTINATION OF

11:11:51  4    A LARGE AMOUNT OF SOIL OR SEDIMENT THAT WAS ERODED FROM THE FRONT

11:11:56  5    SIDE.

11:11:56  6    Q.  OKAY.  LET'S GO TO OUR SLIDE 26, WHICH IS JX 207.  THAT'S FIGURE

11:12:04  7    36C, DR. BEA'S TECH REPORT 2, JANUARY 2009.  AND IT'S AT PAGE 51.

11:12:28  8            THE COURT:  WE HAVE IT, BUT IT'S SOMEWHERE HERE.  WE NEED

11:12:34  9    TO MARK IT ON OURS.

11:12:36 10            MR. MITSCH:  NO, I'M SORRY, I DON'T HAVE THE REPORT.

11:12:38 11            THE LAW CLERK:  EXCUSE ME, I APOLOGIZE.  TELL ME THE

11:12:40 12    REPORT ONE MORE TIME.

11:12:42 13            MR. MITSCH:  TECH REPORT 2, JANUARY 2009, AND IT'S JOINT

11:12:50 14    EXHIBIT 207.

11:12:52 15            THE LAW CLERK:  OKAY.  I'LL FIND IT, THANK YOU.  AND THE

11:12:55 16    PAGE?

11:12:55 17            MR. MITSCH:  FIGURE 36C AT PAGE 51.

11:12:58 18            THE LAW CLERK:  THANK YOU, SIR.

11:13:06 19            THE COURT:  DR. BEA'S REPORT MAY GIVE MY LAW CLERK AT

11:13:12 20    LEAST A BACK PROBLEM.

11:13:18 21            MR. MITSCH:  I THINK MAYBE WHAT WE WANT TO DO IS JUST SHOW

11:13:21 22    HER WHAT IT IS SO SHE CAN RETRIEVE IT.

11:13:24 23            THE COURT:  WE'LL GET IT.  GO ON.

11:13:27 24            THE LAW CLERK:  I'LL CATCH UP WITH YOU.

11:13:28 25            THE COURT:  GO AHEAD.  GO AHEAD.

11:13:34  1   BY MR. MITSCH:

11:13:35  2   Q.  WE HAVE FIGURE 36C HERE ON THE SCREEN.  QUICKLY ORIENT US AND

11:13:39  3   TELL US WHERE YOU BELIEVE THAT TELL-TALE FRONT-SIDE EROSION EVIDENCE

11:13:45  4   SHOULD BE?

11:13:47  5   A.  OKAY.  SIMPLY, THIS WAS THE INITIAL LEVEE CROSS-SECTION PROFILE

11:13:55  6   THAT THEY BEGAN WITH IN THIS TEST.  AND THEN SOMETIME AFTER THROUGH

11:14:00  7   THE DURATION OF THE TEST, THEY WERE LOOKING AT FRONT SIDE

11:14:04  8   WAVE-INDUCED EROSION.  AND AFTER SOME ELAPSED TIME, THE PROFILE THEN

11:14:09  9   TOOK THIS PARTICULAR SHAPE (INDICATING).  SO ALL OF THE MATERIAL

11:14:13 10   THAT'S REMOVED FROM THE FRONT FACE AT THIS LOCATION IS TRANSPORTED

11:14:18 11   DOWN THE SLOPE BY GRAVITY, BY UNDERTOW, AND ENDS UP IN THIS

11:14:27 12   PARTICULAR LOCATION ON THE PROFILE.

11:14:27 13        SO IF WE HAD MASSIVE AMOUNTS OF EROSION ON THE FRONT SIDE,

11:14:33 14   WE WOULD CERTAINLY SEE A PREVALENCE OF ACCUMULATION OF SEDIMENT,

11:14:38 15   TRACES OF SEDIMENT THAT ACCUMULATED FURTHER DOWN SLOPE ON THE FRONT

11:14:44 16   SIDE.  AND WE JUST DON'T SEE THAT IN THE PHOTOS.

11:14:50 17   Q.  AND, IN FACT, ISN'T IT JUST THE OPPOSITE, AREN'T YOU FINDING

11:14:53 18   EVIDENCE OF SEDIMENT DEPOSITED ON THE BACK SIDE?

11:14:58 19   A.  YES, THAT'S CORRECT.

11:14:59 20   Q.  LET'S START ANOTHER SERIES OF PHOTOS, YOUR HONOR, 89 EBERSOLE

11:15:05 21   REPORT AT 166.  ALL RIGHT, SHOW US THE CREST AGAIN.

11:15:23 22   A.  (DRAWING.)

11:15:32 23   Q.  AND DO YOU SEE ANY EVIDENCE OF SEDIMENT BEING DEPOSITED ON THE

11:15:36 24   BACK SIDE?

11:15:36 25   A.  YEAH.  YOU CAN SEE THROUGH EACH OF THE BREACHES THAT FORM, YOU

11:15:41 1    SEE THESE LARGE FAN-SHAPED DEPOSITS OF SEDIMENT ON THE BACK SIDE

11:15:46 2    (INDICATING).

11:15:47 3              THE COURT:  AND LOCATION, APPROXIMATELY, IF YOU RECALL,

11:15:49 4    SIR.

11:15:51 5              THE WITNESS:  A9 IS SOUTH OF BAYOU BIENVENUE, MORE TOWARDS

11:15:57 6    THE NORTHERN PART OF THE BAYOU BIENVENUE TO BAYOU DUPRE STRETCH.

11:16:06 7    BY MR. MITSCH:

11:16:06 8    Q.  OKAY.  LET'S GO TO A25.

11:16:08 9              THE WITNESS:  CAN I MAKE A COUPLE OF OTHER POINTS ABOUT

11:16:11 10   THIS PARTICULAR PHOTO?

11:16:13 11   BY MR. MITSCH:

11:16:13 12   Q.  SURE.

11:16:14 13   A.  AGAIN, IF YOU LOOK BETWEEN -- THIS IS THE CRITICAL BREACHED AREA

11:16:19 14   BETWEEN BIENVENUE AND DUPRE.  IF YOU LOOK BETWEEN THE BREACH CUTS,

11:16:23 15   YOU SEE NO EVIDENCE OF ANY OTHER FRONT-SIDE WAVE EROSION AT ANY

11:16:30 16   LOCATION BETWEEN THESE CUTS.  YOU SEE SOME FAINT TRACES OF THE

11:16:36 17   SURFACE EROSION BAND ON THE FRONT SIDE, AND YOU SEE ABSOLUTELY NO

11:16:42 18   TRACE OF ANY DEPOSIT OF SEDIMENT THAT WOULD HAVE BEEN TRANSPORTED

11:16:46 19   DOWN THE SLOPE TOWARD THE TOE AT EITHER OF THESE LOCATIONS.

11:16:55 20   Q.  ANYTHING ELSE?

11:16:55 21   A.  NO.

11:16:56 22   Q.  LET'S GO TO THE NEXT ONE, A25.  THAT'S RIGHT AT, JUST ABOUT,

11:17:04 23   BAYOU DUPRE, RIGHT?

11:17:04 24   A.  YEAH.  I BELIEVE THIS WOULD BE JUST TO THE SOUTH OF DUPRE.

11:17:18 25   Q.  OKAY.  AND GIVE US YOUR COMMENTS ON THAT PHOTO.

11:17:21 1    A.  WELL, THAT WOULD BE WHAT REMAINS OF THE LEVEE CENTER LINE.

11:17:27 2    AGAIN, IN-BETWEEN THE BREACHES WE SEE THE PRESENCE OF A MINOR

11:17:32 3    SURFACE EROSION BAND DUE TO WAVE ACTION ON THE FRONT.  WE SEE SOME

11:17:37 4    VERY MINOR, LITTLE DEEPER CUTS ON THE FRONT SIDE.  WE SEE MASSIVE

11:17:43 5    AMOUNTS OF BREACHING THAT'S HAPPENED, AND THE FLOW THROUGH EACH OF

11:17:49 6    THOSE BREACHES HAS CREATED A LARGE SEDIMENT DEPOSIT ON THE BACK

11:17:54 7    SIDE.

11:17:54 8         BUT AGAIN, THERE'S JUST NO EVIDENCE OF ANY ACCUMULATION OF

11:18:00 9    ERODED SEDIMENT ON THE FRONT SIDE IN THE VICINITY OF WHERE THE TOE

11:18:09 10   IS, WHERE YOU WOULD EXPECT SEDIMENT TO ACCUMULATE, IF IT WAS ERODED

11:18:10 11   FROM THE FRONT SIDE IN THE EARLY STAGES OF THE STORM.

11:18:15 12   Q.  OKAY.  LET'S GO TO THE NEXT ONE, A28 AT PAGE 185.

11:18:30 13   A.  AGAIN, APPROXIMATELY THE LEVEE CENTER LINE.  YOU LOOK BETWEEN

11:18:37 14   THE BREACHES TO EITHER SIDE, YOU SEE SOME TRACE OF THAT SURFACE

11:18:43 15   EROSION BAND.  YOU SEE TRACES OF THE SURFACE EROSION BAND NORTH AND

11:18:48 16   SOUTH OF THE BREACHES.  AGAIN, YOU SEE LARGE DEPOSITS OF SEDIMENT

11:18:55 17   THROUGH THE BREACHES.  BUT AGAIN, WHAT'S NOTICEABLY ABSENT IS ANY

11:19:00 18   TRACE OF SIGNIFICANT ACCUMULATION OF SEDIMENT ERODED FROM THE FRONT

11:19:07 19   SIDE IN THE VICINITY OF THE LARGE BREACHES.

11:19:10 20   Q.  ALL RIGHT.  LET'S LOOK AT THE LAST PHOTO IN THIS GROUP, A45 AT

11:19:14 21   PAGE 202.  AGAIN, SHOW US THE CREST.

11:19:41 22   A.  THERE'S REALLY NOT MUCH LEFT OF IT, I THINK IT'S PROBABLY ABOUT

11:19:45 23   THAT VICINITY (DRAWING).

11:19:54 24         THIS SLIDE, YOU HAVE TO LOOK AT THIS CAREFULLY, THESE

11:19:56 25   DARKER GRAY DEPOSITS, THIS WAS THE SEDIMENT THAT WAS CREATED BY THE

11:20:02  1    BACK SIDE CUTTING AND BREACHING.  BUT WHAT YOU SEE IN HERE IS

11:20:06  2    ACTUALLY DEBRIS THAT WAS BLOWN INTO THE REGION ONCE THE STORM MOVED

11:20:11  3    THROUGH AND WINDS WERE COMING OUT OF THE WEST.

11:20:15  4         WHAT'S INTERESTING ABOUT THIS IS, YOU LOOK AT, OBVIOUSLY,

11:20:19  5    TO ME, IT LOOKS LIKE EXTREMELY HIGH-QUALITY GRASS COVER AT THIS

11:20:23  6    PARTICULAR LOCATION.  BETWEEN THE BREACHES YOU SEE ABSOLUTELY NO

11:20:28  7    INDICATION OF EITHER A SURFICIAL EROSION BAND OR ANY BENCH-CUTTING.

11:20:34  8    AND DESPITE THIS MASSIVE BREACHING, YOU SEE ABSOLUTELY NO TRACE OF

11:20:39  9    ANY SIGNIFICANT ACCUMULATION OF SEDIMENT ON THE FRONT SIDE THAT YOU

11:20:43 10    SEE ON THE BACK SIDE.

11:20:45 11         THE COURT:  PERFECT TIME FOR ME TO ASK YOU.  IN YOUR MIND,

11:20:49 12    WHEN IS THERE A BREACH OR HOW DO WE DEFINE BREACH?

11:20:54 13         THE WITNESS:  MY DEFINITION OF A BREACH WOULD BE ANY TIME

11:20:58 14    WE COMPROMISE THE CREST OF THE LEVEE.

11:21:00 15         THE COURT:  SO THIS WOULD, IN FACT, ALTHOUGH WAS NOT

11:21:03 16    PROFOUNDLY BREACHED, IS SOMEWHAT BREACHED, IS THAT FAIR OR -- YOU

11:21:09 17    TELL ME.

11:21:09 18         THE WITNESS:  YEAH, I WOULD SAY IT'S PRETTY SUBSTANTIALLY

11:21:11 19    BREACHED HERE.

11:21:13 20         THE COURT:  SO HOW MUCH ELEVATION HAVE WE LOST?

11:21:15 21         THE WITNESS:  IT'S HARD FOR ME TO TELL FROM THE PHOTOS

11:21:18 22    EXACTLY.  I COULD GO BACK --

11:21:20 23         THE COURT:  NO, I WAS JUST CURIOUS.  IT'S HARD TO TELL FOR

11:21:23 24    ME AS WELL.  YOU SAY SUBSTANTIALLY BREACHED BECAUSE OF THE --

11:21:27 25         THE WITNESS:  I'M GOING TO HAZARD A GUESS, THE LEVEE

FINAL DAILY COPY

11:21:30 1   CENTER LINE LOWERED BY SIX, SEVEN, EIGHT FEET.

11:21:38 2           THE COURT:  THAT WOULD BE.

11:21:38 3           THE WITNESS:  WE COULD GO BACK AND LOOK AT -- EXCUSE ME.

11:21:38 4           THE COURT:  I SEE WHAT YOU'RE SAYING, THAT WOULD BE

11:21:40 5   SUBSTANTIAL, AND I COULD NOT TELL THAT FROM THE PHOTOGRAPH.

11:21:43 6           THE WITNESS:  YEAH, WE COULD GO BACK TO THE RED AND BLUE

11:21:46 7   CURVE AND I CAN LOOK AT THAT PARTICULAR LOCATION IF YOU --

11:21:48 8           THE COURT:  NO, NO, I JUST WANTED A BALL-PARK ESTIMATE.

11:21:50 9   THAT HELPS ME UNDERSTAND THE PHOTOGRAPH BETTER.  THANK YOU.

11:21:57 10  BY MR. MITSCH:

11:21:58 11  Q.  OKAY.

11:22:00 12          MR. BRUNO:  YOUR HONOR, MAY WE LOCATE THIS?  I DON'T THINK

11:22:04 13  WE HAVE A LOCATION.

11:22:04 14          THE COURT:  I'M SORRY.  COUNSEL HAS ASKED THE LOCATION.

11:22:07 15          THE WITNESS:  A45 WOULD BE PRETTY CLOSE TO THE

11:22:10 16  SOUTHEASTERN END OF REACH 2.  I BELIEVE THERE'S A WALL SECTION DOWN

11:22:19 17  AT THE SOUTHEASTERN END, I BELIEVE THAT IS JUST -- THIS PARTICULAR

11:22:25 18  AREA IS TO THE NORTH OF THAT.  BUT I WOULD HAVE TO GO BACK AND CHECK

11:22:30 19  THE ORDER OF PHOTOS IN MY APPENDIX TO KNOW FOR SURE.

11:22:34 20          THE COURT:  ON THE MAP THAT I HAD PUT UP EARLIER

11:22:37 21  DISRUPTING COUNSEL'S TESTIMONY, DO YOU GENERALLY CONCUR WITH THE RED

11:22:42 22  AND THE YELLOW THAT'S DEPICTED ON THERE, OR HAVE YOU EVEN STUDIED

11:22:45 23  IT?

11:22:46 24          THE WITNESS:  THERE IS A BREACHING?

11:22:48 25          THE COURT:  YES.

11:22:49 1          THE WITNESS:  YEAH, PRETTY REASONABLE.

11:22:50 2          THE COURT:  NOT A BIG DISPUTE ANYHOW.  GOOD.  THANK YOU.

11:22:55 3  GO AHEAD.

11:22:56 4  BY MR. MITSCH:

11:22:56 5  Q.  AND THEN ON A45 AT LEAST, YOU DON'T SEE ANY EVIDENCE OF SEDIMENT

11:23:00 6  DEPOSITED ON THE FRONT SIDE, DO YOU?

11:23:01 7  A.  NO, I DON'T.

11:23:02 8  Q.  NOW, AT VARIOUS POINTS PLAINTIFFS' EXPERTS HAVE SAID THAT THE

11:23:07 9  EVIDENCE OF FRONT-SIDE EROSION HAS ESSENTIALLY BEEN WASHED AWAY,

11:23:12 10 THEREBY MAKING IT UNLIKELY THAT A PHOTO LIKE THE ONES WE'VE BEEN

11:23:18 11 LOOKING AT, HALF HOUR OR SO, WOULD SHOW THAT, WOULD SHOW THAT

11:23:23 12 EVIDENCE.  DOES THAT MAKE ANY SENSE TO YOU?

11:23:25 13 A.  NO, NO, IT DOESN'T.

11:23:26 14 Q.  WHY NOT?

11:23:26 15 A.  IT SEEMS INCONCEIVABLE TO ME THAT YOU COULD HAVE THIS MUCH

11:23:31 16 BREACHING AT THIS MASSIVE A SCALE AND IF IT'S REALLY DRIVEN BY

11:23:34 17 FRONT-SIDE EROSION, IT SEEMS INCONCEIVABLE THAT THERE WOULDN'T BE

11:23:38 18 ANY LOCATION IN ANY OF THESE 50 PHOTOS THAT WOULD SHOW LARGE

11:23:42 19 DEPOSITS OF SEDIMENT AT THE TOE.

11:23:44 20 Q.  AND SO WHAT HINDERED THE FRONT-SIDE EROSION?

11:23:47 21 A.  I DON'T BELIEVE IT WAS A MAJOR FACTOR.  I DON'T THINK THERE WAS

11:23:50 22 ALL THAT MUCH EROSION THAT TOOK PLACE ON THE FRONT SIDE.

11:23:54 23 Q.  ANYWHERE ALONG REACH 2?

11:23:55 24 A.  ANYWHERE ALONG REACH 2.  AND WHAT HINDERED IT WAS JUST THE RAPID

11:24:00 25 RATE OF RISE ON THE FRONT SIDE OF THE WATER LEVEL.  THE FACT THAT

11:24:03 1   THE WAVES COULDN'T WORK ON THE FRONT FACE OF THAT LEVEE VERY LONG AT

11:24:07 2   ANY ONE PARTICULAR LOCATION, AND THEN AS SOON AS OVERTOPPING BEGINS,

11:24:12 3   THAT BECOMES THE MAJOR MOTIVE OF LEVEE DEGRADATION.

11:24:18 4   Q.  IN DOCTOR --

11:24:19 5        THE COURT:  JUST AS A BENCHMARK, IN THE RAPIDITY OF THE

11:24:26 6   RISE, DO YOU UNDERSTAND, I'M SURE YOU DO, WHAT THE DIFFERENCE IS

11:24:29 7   BETWEEN THE PLAINTIFFS AND THE DEFENDANTS?

11:24:32 8        THE WITNESS:  I THINK, BASED ON DR. KEMP'S TESTIMONY, I

11:24:36 9   BELIEVE WE'RE IN AGREEMENT ON THE SHAPES, YOU KNOW, THE HYDROGRAPHS

11:24:40 10  BETWEEN ALTERNATIVES WERE SIMILAR.  I DON'T KNOW THAT WE EXACTLY

11:24:44 11  HAVE THE SAME RATE OF RISE ON THE FRONT, BUT I WOULD IMAGINE WE'RE

11:24:49 12  PRETTY SIMILAR.

11:24:50 13       THE COURT:  SO WHAT IS YOUR UNDERSTANDING AS TO -- WHAT IS

11:24:59 14  YOUR UNDERSTANDING, IF YOU DON'T DIFFER ON RATE OF RISE, WHERE DO

11:25:02 15  YOU DIFFER ON THE FRONT-SIDE EROSION FROM A MECHANICAL STANDPOINT?

11:25:08 16       THE WITNESS:  I DON'T BELIEVE IT WAS A DOMINANT PROCESS AT

11:25:11 17  ALL.  I THINK WE HAVE FUNDAMENTAL DIFFERENCE ON --

11:25:14 18       THE COURT:  AND THAT WOULD BE BECAUSE OF, IS IT WAVE

11:25:17 19  ENERGY, TIME OF SURGE, LOOKING AT THE PHOTOGRAPHS, A COMBINATION OF

11:25:21 20  ALL OF THE ABOVE, OR WAVE INTENSITY, FREQUENCY?  I AM JUST TRYING

11:25:28 21  TO --

11:25:28 22       THE WITNESS:  YEAH, MY IMPRESSION OF READING DR. BEA'S

11:25:31 23  WORK IS THAT HE PREDICTS VERY RAPID REMOVAL OF THE GRASS FOLLOWED BY

11:25:39 24  VERY RAPID EROSION OF THE SOIL UNDERNEATH THE GRASS ON THE FRONT

11:25:44 25  SIDE.  AND I DON'T SEE EVIDENCE OF THAT TAKING PLACE.  AND WHEN I

11:25:48  1    LOOK AT THE LOADINGS AND THE LOADING SITUATION AND HOW FAST THE

11:25:53  2    WATER LEVEL WAS RISING ON THE FRONT SIDE, THAT -- DR. BEA'S VIEWS ON

11:26:01  3    HOW THAT TOOK PLACE DON'T SQUARE WITH MY VIEW.

11:26:04  4         THE COURT:  OH, I UNDERSTAND THAT.  AND I WAS TRYING TO

11:26:06  5    FIGURE OUT WHY.  AND ONE OF THE THINGS I THOUGHT BECAUSE -- THAT THE

11:26:09  6    ONSET OF THE SURGE MADE SOME DIFFERENCE, THE ONSET OF THE -- THE

11:26:17  7    TIMING OF WHEN EVERYTHING OCCURRED MADE SOME DIFFERENCE, BUT THAT'S

11:26:22  8    NOT YOUR UNDERSTANDING?

11:26:24  9         THE WITNESS:  I AM NOT EXACTLY SURE THAT I FOLLOW YOU.

11:26:27 10    BUT, IN GENERAL, TO ME --

11:26:29 11         THE COURT:  IT ALL SEEMED TO BE A DIFFERENCE AS TO -- WERE

11:26:31 12    YOU HERE FOR DR. BEA'S TESTIMONY?

11:26:34 13         THE WITNESS:  YES, I WAS.

11:26:35 14         THE COURT:  AND THERE SEEMED TO BE A DIFFERENCE BETWEEN

11:26:37 15    WHEN CERTAIN THINGS OCCURRED, WHEN CERTAIN -- WHETHER THE IMPACT

11:26:43 16    OCCURRED AT FIVE OR SIX, I AM USING ILLUSTRATIVE TIMES.  DO YOU

11:26:48 17    THINK YOUR TIMES COINCIDE?

11:26:50 18         THE WITNESS:  YEAH, MY SENSE IS WE, EVEN THROUGH

11:26:53 19    OVERTOPPING, WE GENERALLY PREDICT THE DEGRADATION OF THE LEVEE A

11:26:58 20    LITTLE BIT LATER THAN THEY DO, THAT'S MY GENERAL SENSE.  BUT NOT SO

11:27:04 21    MUCH LATER.  WHAT'S REALLY IMPORTANT IS THE AMOUNT OF TIME THAT

11:27:11 22    WE'RE PREDICTING THE WATER LEVEL IS FLOWING THROUGH THOSE BREACHES

11:27:15 23    COMPARED TO THE PLAINTIFFS MODELING OF HOW MUCH TIME WATER COULD

11:27:21 24    FLOW THROUGH THE BREACHES.

11:27:23 25         THE COURT:  THAT'S WHAT I WAS LOOKING FOR.  NOW YOU'VE

FINAL DAILY COPY

11:27:29 1  HELPED ME.  THANK YOU.

11:27:29 2           SORRY, COUNSEL, BUT IT JUST HELPS ME UNDERSTAND AS WE GO

11:27:30 3  ALONG.

11:27:31 4  BY MR. MITSCH:

11:27:38 5  Q.  THERE'S AN EXAMPLE THAT DR. BEA CITES IN HIS JANUARY 2009

11:27:44 6  REPORT, AND HE LOOKS AT PHOTO A5, SLIDE 31, AND THAT'S AT PAGE 162.

11:27:59 7  THE PHOTO THAT I AM TALKING ABOUT IS IN THE EBERSOLE REPORT, JX 211

11:28:05 8  AT 162.

11:28:09 9           THE LAW CLERK:  THANK YOU, SIR.

11:28:11 10 BY MR. MITSCH:

11:28:11 11 Q.  NOW, DR. BEA CITED THAT PHOTO AS AN EXAMPLE OF SIGNIFICANT

11:28:15 12 FRONT-SIDE EROSION AT HIS TEST SITE, STATION 497+00.  LET'S GET TO

11:28:21 13 THAT.  DO YOU AGREE?

11:28:23 14 A.  NO, I DON'T.

11:28:24 15 Q.  WHAT'S YOUR OPINION?

11:28:25 16 A.  I BELIEVE WHAT WE SEE IN THIS PARTICULAR AREA IS EVIDENCE OF THE

11:28:33 17 FRONT SIDE NEAR THE TOE OF THIS LEVEE BEING ERODED BY WATER THAT WAS

11:28:39 18 FLOWING OUT OF THE POLDER FOLLOWING THE STORM, THE PASSAGE OF THE

11:28:45 19 STORM THROUGH THE REGION.  THERE WAS A HUGE AMOUNT OF WATER,

11:28:49 20 OBVIOUSLY, INSIDE THE POLDER AND IT HAD TO GET OUT AFTER THE STORM

11:28:53 21 LEFT.  AND IT CAME OUT THROUGH THE LOW SPOTS OF THE LEVEE AND

11:28:58 22 THROUGH DUPRE AND BIENVENUE.  BUT THERE WAS A LOT OF WATER THAT HAD

11:29:03 23 TO GET OUT, AND THERE WOULD HAVE BEEN SUSTAINED FLOW FOR LONG

11:29:06 24 PERIODS OF TIME THROUGH SOME OF THESE LOW SPOTS (INDICATING).

11:29:10 25          THE COURT:  WHAT'S THE LOCATION, SIR?  I NEED THE

11:29:12 1    LOCATION.

11:29:13 2             THE WITNESS:  A5 IS VERY MUCH -- JUST SOUTH OF BIENVENUE.

11:29:18 3    BY MR. MITSCH:

11:29:18 4    Q.  I AM LOOKING AT THE LINES ALONG HERE ON THE BACK SIDE -- I'M

11:29:25 5    SORRY, ON THE FRONT SIDE COMPARED TO THE LINES THAT ARE ON THE BACK

11:29:29 6    SIDE OVER THERE (INDICATING).  DO YOU SEE ANY DIFFERENCE?

11:29:35 7    A.  YEAH.  YOU CAN SEE TRACES OF THESE OVERWASH, WE CALL THEM

11:29:40 8    OVERWASH FANS.  THESE ARE SEDIMENT DEPOSITS THAT WERE CREATED AS THE

11:29:45 9    LEVEE WAS BEING BREACHED.  AND JUST LIKE WE SEE EVERY OTHER PLACE,

11:29:50 10   WE SEE A LARGE AMOUNT OF SEDIMENT THAT'S BEING DEPOSITED ON THE BACK

11:29:53 11   SIDE.

11:29:54 12            AND THEN FOLLOWING THE STORM, THE WATER LEVEL WAS, AS IT

11:29:58 13   BEGAN TO GET LOWER AND LOWER, THE OUTFLOW OCCURRED THROUGH SOME OF

11:30:02 14   THE AREAS THAT WERE DEGRADED TO THE GREATEST EXTENT.  AND I THINK

11:30:10 15   WHAT ARE SOME GOOD CLUES ARE HOW CLEAN THAT LITTLE CURVED LINE IS ON

11:30:14 16   SOME OF THESE FEATURES.  AND THESE CLEAN LINES INDICATE THE PRESENCE

11:30:19 17   OF A FLOW STREAM LINE AS THE WATER WAS LEAVING THE POLDER, BEGINNING

11:30:27 18   THE -- FURTHER ERODING THE BREACHED AREA AND MOST LIKELY

11:30:33 19   TRANSPORTING SAND OR SEDIMENT AND MOVING IT OUT INTO TOWARDS THE

11:30:40 20   MRGO (INDICATING).

11:30:43 21   Q.  OKAY.  WE'RE GOING TO SEE THAT AGAIN IN THE NEXT GROUP OF

11:30:47 22   PHOTOS.  LET'S GO TO A7, PAGE 164.  DO YOU SEE THAT SAME EFFECT

11:30:54 23   THERE?

11:30:55 24   A.  YES, I DO.  IT'S MUCH MORE CLEARER HERE.

11:31:00 25   Q.  AGAIN, POINT IT OUT ON THE SCREEN.

11:31:03 1    A.  ALL RIGHT.  THE MRGO WILL BE OVER HERE ON THE LEFT.  THE FEATURE

11:31:07 2    THAT I AM REFERRING TO IS THIS PARTICULAR FEATURE (INDICATING).  AND

11:31:12 3    AGAIN, YOU SEE SOME VERY CLEAN STREAM LINES, KIND OF LIKE A NOZZLE,

11:31:20 4    WHERE WATER THAT WOULD BE FLOWING BACK OUT OF THE POLDER FOLLOWING

11:31:24 5    PASSAGE OF THE STORM HAS ACTUALLY CARVED SOME CHANNELS, DEEPER

11:31:29 6    CHANNELS, INTO THE LEVEE AND HAS DEPOSITED SOME SEDIMENT ON THE

11:31:35 7    OUTBOUND SIDE OF THE BREACH (INDICATING).

11:31:39 8    Q.  GO TO THE NEXT SLIDE, WHICH IS A DM, DEMONSTRATIVE 0012.  IT'S

11:31:58 9    THE SAME A7 PHOTO, BUT IT'S A DEMONSTRATIVE IN OUR BINDER.  AND IT

11:32:08 10   WOULD BE SLIDE 33.

11:32:27 11        OKAY.  WHAT ARE THOSE LINES AT THE BOTTOM, WHAT ARE THOSE

11:32:30 12   (INDICATING)?

11:32:30 13   A.  YEAH, THIS IS FROM THE CLASSIC HYDRAULIC, THIS IS CALLED THE

11:32:33 14   VENTURI EFFECT OR THE VENTURI TUBE.  AND REALLY, WHAT IT DOES IS, IT

11:32:38 15   SHOWS STREAM LINES OF WATER THAT WOULD BE MOVING THROUGH A

11:32:43 16   CONSTRICTION OR A GAP.  SO WE HAVE WATER FLOWING IN THE DIRECTION OF

11:32:46 17   THE ARROWS, THAT FLOW IS GOING TO BE CONCENTRATED AS IT FLOWS

11:32:51 18   THROUGH THE GAP AND THEN EXPAND AS IT COMES OUT THE OTHER SIDE.  AND

11:32:56 19   WHERE THESE STREAM LINES GROW CLOSE TOGETHER, THAT'S WHERE WE WOULD

11:33:01 20   HAVE THE HIGHEST VELOCITY.

11:33:03 21        SO WE WOULD HAVE THE HIGHEST VELOCITIES RIGHT ON THE

11:33:07 22   SHOULDERS OF SUCH A BREACH CUT, AND YOU CAN SEE IN THE PHOTO THAT

11:33:12 23   WE, IN FACT, HAVE WHAT LOOK LIKE A LITTLE DEEPER CHANNELIZED CUTS

11:33:20 24   THROUGH THIS BREACH.  AND SO, TO ME, THIS WAS JUST A CLASSIC

11:33:23 25   EVIDENCE OF THIS NOZZLE EFFECT THAT, INSTEAD OF THESE FEATURES

11:33:29 1    REPRESENTING EVIDENCE OF WAVE-INDUCED EROSION ON THE FRONT SIDE, I

11:33:34 2    BELIEVE THESE ARE, IN THIS CASE, SOME SEDIMENT DEPOSITS THAT ARE --

11:33:41 3    AND OUT IN THIS AREA (INDICATING), THESE ARE SEDIMENT DEPOSITS THAT

11:33:44 4    ARE TRANSPORTED BY WATER WHEN IT EXITED THE POLDER.

11:33:51 5    Q.  IN SUMMARY, THEN, MR. EBERSOLE, DO YOU BELIEVE THAT THE

11:33:54 6    FRONT-SIDE EROSION, BASED UPON A REASONABLE DEGREE OF SCIENTIFIC OR

11:33:57 7    ENGINEERING CERTAINTY, LED TO ANY SIGNIFICANT DEGRADATION OF THE

11:34:02 8    REACH 2 LEVEE?

11:34:03 9    A.  NO, I DON'T.

11:34:05 10   Q.  EXTENSIVE DISCUSSION OF SHEET PILES WITH DR. BEA, AND

11:34:16 11   SPECIFICALLY, THE LEVEES WITH SHEET PILES.  AND WHAT I WOULD LIKE TO

11:34:18 12   DO NOW IS DISCUSS SOME -- LOOK AT SOME OF THOSE PHOTOS AND SEE WHAT

11:34:24 13   THE EROSION IS IN THAT AREA.  OKAY.  MR. EBERSOLE, DO YOU REMEMBER

11:34:32 14   THAT DR. BEA TESTIFIED IN HIS TESTIMONY ABOUT THE LEVEE WITH SHEET

11:34:38 15   PILES?

11:34:38 16   A.  YES, I DO.

11:34:39 17   Q.  AND DO YOU RECOLLECT THAT HE SAID THAT THEY WERE, ON AVERAGE,

11:34:44 18   THOSE LEVEES WERE, ON AVERAGE, CLOSER TO THE MRGO CHANNEL?

11:34:48 19   A.  YES, I DO.

11:34:49 20   Q.  AND THAT THEY HAD THE LOWEST LEVEE ELEVATION GENERALLY?

11:34:53 21   A.  YES, I DO.

11:34:53 22   Q.  AND THAT THEY HAD THE LOWEST TOE ELEVATION GENERALLY?

11:34:57 23   A.  YES, I DO.

11:34:58 24   Q.  WHAT'S THE SIGNIFICANCE OF LOWER TOE ELEVATION -- WELL, THAT'S

11:35:05 25   IT, WHAT'S THE SIGNIFICANCE OF THAT LOWER TOE ELEVATION?

11:35:07 1   A.  I THINK DR. BEA WAS SUGGESTING THAT BECAUSE THE LEVEE TOE WAS

11:35:12 2   LOWER IN THOSE LOCATIONS THAT THAT WOULD ALLOW MUCH GREATER WAVE

11:35:15 3   ENERGY TO BE IMPACTING THE LEVEE AT THOSE PARTICULAR LOCATIONS.

11:35:23 4   Q.  SO I GUESS -- WHAT ESSENTIALLY THAT MEANS IS THAT THAT'S A

11:35:28 5   PRETTY GOOD PLACE TO STUDY THE EFFECT OF FRONT-SIDE EROSION.

11:35:32 6   A.  YEAH.  DR. BEA ALSO SAID THAT, YOU KNOW, THE EVIDENCE OF THE

11:35:35 7   FRONT-SIDE WAVE EROSION WAS LOST AFTER THE OVERTOPPING TOOK OVER AND

11:35:42 8   BECAME DOMINANT.  SO AT LOCATIONS WHERE WE HAVE SHEET PILE WALLS, WE

11:35:47 9   HAVE CLEAR AREAS, WE CAN ISOLATE AREAS WHERE THE FRONT-SIDE EROSION

11:35:53 10  WOULD NOT BE INFLUENCED MUCH, IF ANY, BY THE BACK-SIDE EROSION.  SO

11:35:59 11  THEY, IN ESSENCE, BECOME VERY GOOD EXPERIMENTS TO TEST THE

11:36:03 12  HYPOTHESIS OF FRONT-SIDE EROSION BEING A MAJOR EROSION FACTOR, OR

11:36:08 13  HIS HYPOTHESIS THAT THESE AREAS THAT HAVE THE LOWER TOE ELEVATION

11:36:14 14  WOULD HAVE BEEN SUBJECTED TO MUCH MORE AGGRESSIVE EROSION ON THE

11:36:18 15  FRONT SIDE BY WAVES.

11:36:21 16  Q.  ALL RIGHT.  LET'S GO TO SOME PHOTOS THAT DISCUSS THAT.  A2 AT

11:36:26 17  PAGE 159, OUR SLIDE 73.

11:36:37 18  A.  PHOTO A2 IS PRETTY MUCH IMMEDIATELY ADJACENT TO BAYOU BIENVENUE,

11:36:42 19  AND AGAIN, WE'LL SEE THE MRGO TO THE LEFT SIDE OF THE PHOTO, OFF TO

11:36:47 20  THE LEFT (INDICATING).  YOU'LL SEE THE SHEET PILE WALL CLEARLY

11:36:52 21  RUNNING DOWN THE CENTER.  YOU SEE IN THE BACK SIDE THERE IS A LARGE

11:36:56 22  SCOUR TRENCH DUE TO OVERTOPPING AND OVERFLOW.

11:36:58 23  Q.  AGAIN, WHERE DO YOU SEE THAT SCOUR TRENCH?

11:37:02 24  A.  JUST TO THE LEFT OF THE LINE THAT I JUST DREW.

11:37:05 25  Q.  I'M NOT SURE THAT WE'VE ACTUALLY DEFINED SCOUR TRENCH IN THE

11:37:09  1    RECORD YET.  TELL US WHAT THAT IS.

11:37:10  2    A.  WELL, THESE SHEET PILE WALLS, WHEN THEY BEGIN TO GET OVERTOPPED

11:37:21  3    WITH WAVES AND PARTICULARLY WHEN THEY WERE SUBJECTED TO STEADY WATER

11:37:21  4    FLOW OVER THE TOP OF THEM, THE WATER THAT FLOWS DOWN ON THE BACK OF

11:37:22  5    THESE WALLS CREATES A JET THAT'S IMPACTING THE LEVEE SURFACE AND

11:37:26  6    THAT HIGH VELOCITY, HIGH-IMPACT HYDRODYNAMIC LOADING IS ERODING THE

11:37:33  7    SOIL IN THE LEVEE AND IT'S ACTUALLY SPILLING DOWN THE SLOPE AND IN A

11:37:39  8    LANDWARD DIRECTION.

11:37:40  9    Q.  ANY FRONT-SIDE EROSION THERE?

11:37:41  10   A.  ONLY TRACES.  YOU SEE SOME SURFICIAL EROSION AT THAT PARTICULAR

11:37:47  11   LOCATION.  SOME TRACES OF EROSION AT THAT LOCATION.  BUT NOTHING

11:37:52  12   SIGNIFICANT IN TERMS OF A LARGE QUANTITY OF SOIL THAT WOULD BE

11:37:57  13   ERODED FROM THE FRONT SIDE.

11:37:59  14   Q.  ALL RIGHT.  LET'S GO TO THE NEXT ONE.  A14 AT 171, OUR SLIDE 74.

11:38:08  15            THE COURT:  JUST FOR THE RECORD, THAT LEVEE WAS NOT

11:38:10  16   BREACHED; IS THAT CORRECT?  THE LEVEE IN THAT AREA, OR WAS IT?

11:38:15  17            THE WITNESS:  I BELIEVE MOST OF THE LEVEE BETWEEN

11:38:19  18   BIENVENUE AND DUPRE WAS BREACHED.  I DON'T BELIEVE THERE WERE MANY

11:38:23  19   AREAS THAT WERE NOT BREACHED.

11:38:24  20            THE COURT:  SO THAT ONE WAS BREACHED, IT JUST WASN'T

11:38:27  21   EVIDENT TO ME FROM THE PHOTOGRAPH.

11:38:28  22            THE WITNESS:  THAT WALL REMAINED FAIRLY UPRIGHT AT THAT

11:38:31  23   PARTICULAR LOCATION, AND I DON'T RECALL THE EXACT ELEVATION OF THE

11:38:34  24   WALL.  SO I THINK IT REMAINED FAIRLY UPRIGHT, THOUGH.

11:38:37  25            THE COURT:  IN THAT PARTICULAR ONE.  OKAY.  THANK YOU.

11:38:39  1    BY MR. MITSCH:

11:38:40  2    Q.  A14, 171.

11:38:42  3    A.  YEAH, THIS IS ANOTHER OF THE WALL SECTIONS BETWEEN BIENVENUE AND

11:38:46  4    DUPRE.

11:38:48  5    Q.  WHERE IS THE SHEET PILE, THE WALL?

11:38:50  6    A.  THE SHEET PILE WALL, YOU SEE IT UP HERE ON THE UPPER PART OF THE

11:38:54  7    PHOTO (DRAWING).  ON THE BACK SIDE, AGAIN, I THINK YOU CAN MAKE OUT

11:38:59  8    QUITE A DIFFERENT EROSION RESPONSE ON THE FRONT SIDE VERSUS THE BACK

11:39:05  9    SIDE.  ON THE BACK SIDE, YOU SEE DEFINITE EVIDENCE OF THE SCOUR DUE

11:39:10 10    TO THE OVERTOPPING THAT CAME OVER THE WALL.

11:39:12 11           THE WALL LOOKS VERY INTACT.  IT MAY BE LEANING, IT'S A

11:39:17 12    LITTLE DIFFICULT TO TELL IN THE PHOTO.

11:39:19 13           YOU SEE EVIDENCE OF THE SEDIMENT THAT WAS ERODED IN THIS

11:39:23 14    SCOUR TRENCH BEHIND THE WALL DEPOSITED SLIGHTLY TO THE INBOUND SIDE.

11:39:29 15    AND AGAIN, OUT IN FRONT OF THIS LEVEE IN THIS PHOTO, YOU DON'T SEE

11:39:33 16    ANY TRACES OF SIGNIFICANT EROSION ON THE FRONT SIDE.

11:39:37 17    Q.  ALL RIGHT.  LET'S SEE THE NEXT ONE.  A15 AT 172.

11:39:50 18    A.  AGAIN, THIS IS ANOTHER WALL SECTION BETWEEN BAYOU BIENVENUE AND

11:39:54 19    BAYOU DUPRE.

11:39:55 20    Q.  SHOW US WHERE THE WALL IS, PLEASE.

11:39:57 21    A.  THE WALL RUNS RIGHT DOWN THE CENTER, THE DARK LINE (DRAWING).

11:40:01 22    AGAIN, IT LOOKS FAIRLY STRAIGHT, FAIRLY UPRIGHT.  I CAN'T TELL FROM

11:40:12 23    THIS WHETHER IT'S LEANING A LITTLE BIT.

11:40:12 24           BUT YOU SEE MUCH OF THE SAME THING, ON THE BACK SIDE, A

11:40:12 25    LARGE SCOUR TRENCH TO THE LEFT OF THE LINE I JUST DREW, AND CLEAR

11:40:17 1    EVIDENCE OF THE SOIL THAT WAS WASHED OUT OF THAT SCOUR TRENCH IS NOW

11:40:21 2    BEING DEPOSITED ON THE RIGHT-HAND SIDE OF THE PHOTO.  AND AGAIN, ON

11:40:31 3    THE MRGO SIDE OF THE WALL, ALL YOU SEE IS SOME VERY FAINT TRACES OF

11:40:38 4    SURFICIAL EROSION, NOTHING SIGNIFICANT WHATSOEVER.

11:40:44 5    Q.   OKAY.  LET'S GO TO THE NEXT ONE.  A17 AT 174.

11:40:55 6    A.   THIS IS ANOTHER, WE SEE THE WALL AGAIN (DRAWING).  THE DARK,

11:41:00 7    DARK LINE, AGAIN, STILL FAIRLY STRAIGHT.  IT'S NOT CLEAR IF IT'S

11:41:04 8    LEANING AT ALL OR NOT, BUT THERE'S NO -- THERE DOESN'T APPEAR TO BE

11:41:08 9    ANY MAJOR BUCKLING.

11:41:09 10          YOU SEE THE SCOUR TRENCH BEHIND THE WALL, SEDIMENT

11:41:15 11   DEPOSITED SLIGHTLY LANDWARD OF THAT LOCATION.  AND ON THE FRONT

11:41:20 12   SIDE, YOU SEE SOME TRACES OF SURFICIAL WAVE-INDUCED EROSION.  BUT

11:41:26 13   AGAIN, ALONG THE LENGTH OF THAT WALL, YOU DON'T SEE ANY SIGNIFICANT

11:41:31 14   EROSION LIKE YOU DO ON THE BACK SIDE.

11:41:34 15          THE COURT:  WHAT'S THE AREA TO THE MRGO SIDE, JUST SO I

11:41:42 16   CAN -- THE WHITEST AREA, I HAVE --

11:41:45 17          THE WITNESS:  THAT PARTICULAR AREA (INDICATING)?

11:41:48 18          THE COURT:  YES, AND DOWN A LITTLE BIT FROM THERE TOWARDS

11:41:51 19   THE MRGO.

11:41:52 20          THE WITNESS:  HERE (INDICATING)?

11:41:53 21          THE COURT:  TOWARDS THE MRGO.

11:41:55 22          THE WITNESS:  OVER HERE (INDICATING)?

11:41:56 23          THE COURT:  YES, THAT GENERAL AREA.

11:41:58 24          THE WITNESS:  WELL, IT LOOKS TO ME LIKE THIS PHOTO, THERE

11:42:01 25   DEFINITELY IS SOME SURFACE EROSION ON THE BERM IN FRONT OF THE

11:42:04 1    LEVEE.  THIS AREA IN HERE, THE DARKER AREA, COULD BE DEBRIS.

11:42:10 2             THE COURT:  I COULDN'T TELL WHAT IT IS.

11:42:13 3             THE WITNESS:  YEAH, IT LOOKS TO ME LIKE IT COULD BE DEBRIS

11:42:14 4    THAT'S BEEN DEPOSITED AFTER.  I AM NOT 100 PERCENT SURE.

11:42:17 5             THE COURT:  ALL RIGHT.  THANK YOU.

11:42:18 6    BY MR. MITSCH:

11:42:19 7    Q.  ALL RIGHT.  NEXT ONE.  A47 AT 204.

11:42:35 8             THE COURT:  JUST ONE SECOND.  OKAY.  THANKS.

11:43:00 9             THE WITNESS:  THIS PARTICULAR LOCATION YOU SEE -- YOU CAN

11:43:03 10   SEE THE WALL, THAT'S THE DARK LINE THAT RUNS HERE (DRAWING).  YOU

11:43:07 11   SEE SOME LIGHT AREA, LIGHT-COLORED AREA TO THE LEFT OF THE WALL, I

11:43:12 12   THINK THAT'S WHERE THE WALL USED TO BE.  THIS WALL IS DEFINITELY

11:43:15 13   FAILED.  IT'S LEANING OVER.

11:43:18 14        YOU SEE A LARGE SCOUR TRENCH ON THE BACK SIDE

11:43:23 15   (INDICATING).  YOU SEE A LARGE AMOUNT OF SEDIMENT THAT WAS ERODED

11:43:27 16   OUT OF THAT SCOUR TRENCH AND TRANSPORTED SOME DISTANCE LANDWARD.  ON

11:43:35 17   THE FRONT SIDE, YOU SEE SOME MINOR TRACES OF FRONT-SIDE EROSION AT A

11:43:39 18   CERTAIN ELEVATION.

11:43:41 19        IT WAS INTERESTING TO ME IN THIS PHOTO THAT ABOVE THE

11:43:45 20   SURFACE EROSION ZONE YOU SEE GREEN GRASS RIGHT IN FRONT OF THE WALL.

11:43:51 21   I THOUGHT THAT WAS QUITE INTERESTING, THAT THE SURFACE EROSION ENDED

11:44:01 22   AT AN ELEVATION THAT WAS LOWER ON THAT LEVEE THAN THE UPPER PART OF

11:44:01 23   THAT LEVEE.  BUT AGAIN, NO EVIDENCE OF ANY SIGNIFICANT EROSION ON

11:44:04 24   THE FRONT SIDE DUE TO WAVE ACTION.

11:44:07 25             THE COURT:  AGAIN, THE LOCATION?

11:44:08 1          THE WITNESS:  THIS IS THE WALL SECTION THAT'S AT THE

11:44:11 2  SOUTHEASTERN, NEAR THE SOUTHEASTERN END OF THE REACH 2 LEVEE.

11:44:16 3          THE COURT:  OKAY.  THANK YOU, SIR.

11:44:17 4  BY MR. MITSCH:

11:44:18 5  Q.  NEXT ONE, A13 AT 170.

11:44:29 6  A.  YEAH, THIS -- YOU CAN SEE THIS IS A VERY MUCH FAILED WALL.  THIS

11:44:34 7  IS BETWEEN BIENVENUE AND DUPRE.  YOU SEE THE MRGO CHANNEL

11:44:37 8  (INDICATING).  THIS IS, I BELIEVE, ONE OF THE AREAS WHERE THE

11:44:40 9  CHANNEL GETS CLOSEST TO THE LEVEE.  YOU CAN SEE, THIS WALL HAS

11:44:5010  COMPLETELY BUCKLED AND IS LAYING OVER.  YOU SEE WHERE THE INTERLOCKS

11:44:5411  AND THE SHEET PILE WERE SEPARATED.  IT'S NOT CLEAR TO ME WHETHER

11:44:5812  THAT OCCURRED IN THE BEGINNING OR THE END.  CLEARLY, THEY'RE POINTED

11:45:0213  OUTWARD HERE AFTER THE STORM.

11:45:0714          AND LOOKING AT THE DEPTH OF THIS SCOUR CHANNEL

11:45:1215  (INDICATING), IT'S CLEAR EVIDENCE THAT THERE WAS A LARGE AMOUNT OF

11:45:1516  FLOW THAT WAS EXITING THE FLOODED POLDER AND COMING OUT THROUGH THIS

11:45:2017  BREACH IN THE WALL.  AND IT'S QUITE POSSIBLE THESE SHEETS GOT TURNED

11:45:2518  OUT BY THE FLOWING WATER.  BUT AGAIN, BETWEEN -- IT'S A LITTLE LESS

11:45:3019  CLEAR HERE, BUT YOU SEE SOME SURFACE EROSION, BUT AGAIN, DOWN IN

11:45:3620  THIS PART OF THE LEVEE THERE'S NO REAL EVIDENCE, EVEN DESPITE THIS

11:45:4021  WALL BEING SO CLOSE TO THE MRGO, YOU DON'T SEE ANY SIGNIFICANT

11:45:4522  EROSION OF THIS FRONT SIDE OF THE LEVEE AND DEPOSITION OF THAT

11:45:5023  SEDIMENT FURTHER DOWN ON THE TOE.

11:45:5524  Q.  ALL RIGHT.  LET'S GO TO THE NEXT ONE, A3 AT 160, THAT LAST

11:46:0725  PHOTO.  WHERE ALONG THE -- ALONG REACH 2 WAS THAT?

11:46:17 1    A.  A13?

11:46:18 2    Q.  YES.

11:46:18 3    A.  THIS WOULD BE BETWEEN BAYOU BIENVENUE AND BAYOU DUPRE.

11:46:23 4    Q.  ALL RIGHT.  LET'S GO TO THE NEXT ONE, A3, 160.

11:46:31 5          THE COURT:  DO YOU HAVE ANY -- AND AGAIN, I DON'T WANT TO

11:46:35 6    GO BEYOND YOUR -- WHERE YOU'RE COMFORTABLE, ANY REASON WHY THAT WAS

11:46:39 7    SO OBLITERATED AS OPPOSED TO SOME OF THE OTHER ONES IN THE SAME

11:46:45 8    AREA?

11:46:48 9          THE WITNESS:  CAN WE GO BACK TO THAT PHOTO?

11:46:51 10         THE COURT:  I'M SORRY.

11:46:56 11         THE WITNESS:  YOU'RE TALKING ABOUT THE ONE WITH THE SCOUR

11:46:58 12   CHANNEL (INDICATING)?

11:46:59 13         THE COURT:  YES, AND THE BUCKLED SHEET WALL.  LOOK.  JUST

11:47:05 14   TO THE NAKED EYE, IT LOOKS PRETTY DEVASTATING.  I WAS JUST WONDERING

11:47:09 15   IF YOU HAD ANY IDEA.

11:47:10 16         THE WITNESS:  I REALLY DON'T.

11:47:11 17         THE COURT:  OKAY.  THAT'S FAIR.  GO AHEAD.

11:47:13 18   BY MR. MITSCH:

11:47:14 19   Q.  OKAY.  A3.  WHERE IS THE WALL?

11:47:21 20   A.  THE WALL'S CLEARLY SEEN AS THE DARK LINE RUNNING DOWN THE CENTER

11:47:27 21   OF THE PHOTO (DRAWING).  YOU CAN SEE THE WAVES IN THE WALL, IT'S

11:47:30 22   CLEARLY BUCKLED.  CERTAINLY IT'S LOST ELEVATION, IT'S LEANING ON THE

11:47:36 23   RIGHT-HAND SIDE.  YOU SEE QUITE A BIT OF SCOURING AND THE SCOUR

11:47:42 24   TRENCH, YOU SEE A VERY LARGE AMOUNT OF MATERIAL DEPOSITED ON THE

11:47:46 25   BACK SIDE.

11:47:48 1          WHEN THESE WALLS BUCKLE, I BELIEVE THAT'S PROBABLY AN

11:47:51 2    INDICATOR THAT THE EROSION HAS BEEN GREATER ON THE BACK SIDE AND HAS

11:47:59 3    LOST THE SUPPORT ON THE BACK SIDE AND IT ALLOWS ANY KIND OF WAVE

11:48:03 4    ACTION IN THE FRONT TO BASICALLY LEAN THAT WALL AND CAUSE IT TO

11:48:07 5    BUCKLE.

11:48:08 6          REALLY, THE THING I WANTED TO POINT OUT IS, AGAIN, ON THE

11:48:12 7    FRONT SIDE, OTHER THAN THESE AREAS OF WHAT LOOK LIKE FAIRLY

11:48:16 8    SURFICIAL EROSION, WE SEE NO EVIDENCE OF MAJOR EROSION OF THE FRONT

11:48:21 9    LEVEE FACE AND DEPOSITION OF ANY AMOUNT OF THAT SAND OR SEDIMENT ON

11:48:28 10   THE FRONT SIDE OF THE LEVEE.

11:48:31 11   Q.  OKAY.  AND THE LAST ONE IN THIS GROUP IS A6 AT PAGE 163.

11:48:47 12   A.  YEAH, THIS WAS A WALL THAT'S CLEARLY FAILED.  YOU CAN SEE THE

11:48:51 13   WALL LEANED OVER IN THAT PARTICULAR AREA (INDICATING).

11:48:56 14          THE COURT:  CAN WE GET A LOCATION?

11:48:59 15          THE WITNESS:  I'M SORRY.  A6 IS JUST TO THE SOUTH OF BAYOU

11:49:03 16   BIENVENUE.

11:49:03 17          THE COURT:  OKAY.  THANK YOU.

11:49:05 18          THE WITNESS:  YOU CAN SEE THESE LARGE, ELONGATED SEDIMENT

11:49:09 19   FEATURES.  THESE ARE EVIDENCE OF A CONSIDERABLE AMOUNT OF FLOW THAT

11:49:13 20   WAS MOVING IN THAT DIRECTION THROUGH THE BREACH (INDICATING).

11:49:17 21   AGAIN, ON THE BACK SIDE YOU SEE SCOUR.  THIS PARTICULAR FEATURE

11:49:22 22   WOULD BE DUE TO FLOW BASICALLY COMING IN ON INFLOW AND CREATING A

11:49:33 23   SMALL SCOUR HOLE AT THE END OF THIS WALL.

11:49:36 24          AND SOME OF THESE OTHER AREAS, ALL THAT YOU REALLY SEE IS

11:49:41 25   SOME SURFICIAL EROSION.  AGAIN, YOU DON'T SEE MAJOR EROSION OF THE

11:49:45 1   FRONT SIDE OF THE LEVEE.  AND YOU CERTAINLY SEE NO DEPOSITION OF ANY

11:49:50 2   MATERIAL THAT WOULD HAVE BEEN ERODED FROM A FRONT FACE AND DEPOSITED

11:49:55 3   DOWN AT THE TOE.

11:49:57 4   BY MR. MITSCH:

11:49:57 5   Q.  SO IS IT FAIR TO SAY THAT IN THE AREAS THAT DR. BEA WOULD EXPECT

11:50:02 6   TO FIND SIGNIFICANT FRONT-SIDE EROSION, YOU, IN FACT, DID NOT FIND

11:50:10 7   SIGNIFICANT FRONT-SIDE EROSION?

11:50:11 8   A.  THAT'S CORRECT.

11:50:13 9   Q.  ALL RIGHT.  WE'RE GOING TO GO TO OVERTOPPING NOW.  WHAT IS

11:50:16 10  OVERTOPPING?  I DON'T THINK WE HAVE -- WE'VE TALKED ABOUT IT, WE'VE

11:50:19 11  SAID IT, LET'S JUST GET A CLEAR --

11:50:22 12         THE COURT:  HE DID DEFINE IT ONCE, BUT HE CAN DO IT AGAIN.

11:50:26 13  BECAUSE I ASKED HIM, I WAS CURIOUS ABOUT OVERTOPPING, OVERFLOWING,

11:50:34 14  ET CETERA, BUT CERTAINLY LET HIM GET IT IN AGAIN FOR PURPOSES OF

11:50:34 15  YOUR QUESTION.

11:50:34 16         THE WITNESS:  YEAH, OVERTOPPING IS REALLY ANY WATER THAT'S

11:50:35 17  COMING OVER THE CREST OF THE LEVEE.  I USE THE TERMINOLOGY WAVE

11:50:39 18  OVERTOPPING WHEN THE STILL WATER LEVEL ON THE FRONT SIDE IS BELOW

11:50:43 19  THE CREST OF THE LEVEE AND WE'RE GETTING INTERMITTENT VOLUME OF

11:50:50 20  WATER WITH THE PASSAGE OF INDIVIDUAL WAVES MOVING OVER THE LEVEE AND

11:50:53 21  DOWN THE BACK SIDE.

11:50:55 22         I USUALLY TALKED ABOUT OVERFLOW TO INDICATE A CONDITION

11:50:59 23  WHERE THE STILL WATER LEVEL, WHEN THE FRONT SIDE IS HIGHER THAN THE

11:51:03 24  LEVEE OR WALL CREST ELEVATION AND YOU'RE GETTING STEADY FLOW OVER

11:51:09 25  THE LEVEE.  ALONG REACH 2, EITHER WE HAD WAVE OVERTOPPING OR WE HAD

11:51:14 1    WHAT I CALL COMBINED WAVE OVERTOPPING AND OVERFLOW.  AND IN THAT

11:51:19 2    SITUATION, WHERE WE HAVE STEADY OVERFLOW OVER A LEVEE OR A WALL,

11:51:22 3    THAT OVERFLOW PULSATES WITH EVERY WAVE THAT'S PASSING OVER THE LEVEE

11:51:27 4    OR THE WALL.  WE GET A PULSATING, AN ADDITIONAL AMOUNT OF WATER

11:51:32 5    ASSOCIATED WITH THE WAVE IN ADDITION TO THE VELOCITY THAT'S CREATED

11:51:36 6    BY JUST THE FACT THAT THE STILL WATER LEVEL IS ABOVE THE LEVEE

11:51:40 7    CREST.  SO IT'S REALLY A DEVASTATING, HIGHLY-DAMAGING SITUATION FOR

11:51:44 8    THE BACK SIDE OF THE LEVEE.

11:51:47 9           THE COURT:  WHILE I'M THINKING ABOUT IT.  THE PHOTOS,

11:51:51 10   LISTED PHOTOGRAPHS A1 THROUGH A50, DOES THAT HAVE ANYTHING TO DO

11:51:55 11   WITH LOCATION, THAT IS, DO WE START ONE WAY AND GO DOWN OR ARE

11:52:01 12   THEY -- SO I CAN GET SOME KIND OF SEQUENTIAL?

11:52:04 13          THE WITNESS:  THEY ARE ORDERED SEQUENTIALLY.  A1 STARTS

11:52:08 14   RIGHT AT BAYOU BIENVENUE AND A50 ENDS AT THE SOUTHEASTERN END OF THE

11:52:12 15   LEVEE.

11:52:13 16          THE COURT:  I SHOULD HAVE ASKED YOU THAT A LONG TIME AGO.

11:52:16 17          MR. MITSCH:  AND THE MIDPOINT, DUPRE, IS AROUND 25 OR SO?

11:52:21 18          THE WITNESS:  YEAH, MAYBE 23 OR 24.

11:52:22 19          THE COURT:  MAKES SENSE.  THANK YOU.

11:52:25 20   BY MR. MITSCH:

11:52:25 21   Q.  LET'S GO TO SLIDE 34, FIGURE 53 IN THE REPORT AT PAGE 92.  IS

11:52:35 22   THAT OVERTOPPING?

11:52:35 23   A.  YES, THIS WOULD DEFINITELY BE AN EXAMPLE OF OVERTOPPING.

11:52:42 24          THE COURT:  IS IT OVERFLOW AS WELL?

11:52:44 25          THE WITNESS:  IT'S HARD TO TELL.

11:52:46 1     THE COURT:  I LOVE THE DIFFERENCE.

11:52:48 2     THE WITNESS:  IT'S HARD TO TELL.  YOU KNOW, YOU CAN SEE

11:52:51 3 ALONG WITH --

11:52:52 4     THE COURT:  WELL, IT'S CLOSE.

11:52:53 5     THE WITNESS:  IF IT'S NOT, IT'S CLOSE.

11:52:55 6     THE COURT:  ALL RIGHT.  OKAY.

11:52:56 7 BY MR. MITSCH:

11:52:57 8 Q.  LET'S GO TO THE NEXT ONE, FIGURE 54 AT 93.  WHAT DO YOU SEE ON

11:53:03 9 THAT PHOTO?

11:53:04 10 A.  THIS IS THE SAME, THIS IS BASICALLY THE SAME LOCATION FOLLOWING

11:53:09 11 THE STORM.  AND WHAT YOU SEE IS THIS OVERTOPPING PRODUCED SOMETHING

11:53:15 12 CALLED HEADCUTTING ON THE BACK SIDE, WHERE THE BACK SIDE IS ERODED,

11:53:23 13 CREATED A VERY STEEP FACE ON THE HEAD CUT IN THIS PARTICULAR AREA.

11:53:24 14 AND THIS HEADCUTTING WAS ADVANCING, YOU KNOW, TOWARDS THE FRONT OF

11:53:29 15 THE LEVEE.

11:53:29 16    IT'S INITIATED ON THE BACK, BUT IT ACTUALLY, AS TIME

11:53:32 17 PROGRESSES, IT ADVANCES AND MARCHES TOWARDS THE FRONT OF THE LEVEE.

11:53:37 18 HAD THIS OVERTOPPING CONTINUED FOR A LONGER PERIOD OF TIME, IT'S

11:53:42 19 DEFINITELY LIKELY THAT THIS CUT WOULD HAVE ADVANCED THROUGH THE

11:53:46 20 CREST AND ACTUALLY RESULTED IN A MUCH MORE SEVERE BREACH.

11:53:50 21    OVER ON THE LEFT-HAND SIDE OF THE PHOTO YOU SEE EROSION

11:53:55 22 THAT'S MUCH LESS SEVERE THAN IT IS, JUST A SHORT DISTANCE AWAY

11:53:59 23 (INDICATING).

11:54:05 24 Q.  HAVE ANY CALCULATIONS BEEN DONE TO COMPUTE THE VELOCITIES OF THE

11:54:11 25 OVERTOPPING?

11:54:12 1    A.  YES, THERE HAVE.

11:54:13 2    Q.  AND JUST SO THAT WE UNDERSTAND WHAT THAT MEANS, DESCRIBE, WHEN I

11:54:18 3    SAY VELOCITIES OF THE OVERTOPPING, TELL US WHAT THAT MEANS.

11:54:22 4    A.  OKAY.  WE USE THE COULWAVE MODEL THAT DR. RESIO WILL TALK ABOUT,

11:54:27 5    AND WE USE THE MODEL TO SIMULATE THE PROPAGATION OF WAVES UP THE

11:54:34 6    BERM, ONTO THE FRONT FACE OF THE LEVEE, AND ACTUALLY OVER THE LEVEE

11:54:37 7    CREST AND DOWN THE BACK SIDE.  THAT MODEL TELLS US VELOCITY

11:54:44 8    INFORMATION WHEREVER WE WANT THE INFORMATION.

11:54:46 9         AND SO WE SAVED VELOCITY INFORMATION FROM THE MODEL, AND A

11:54:51 10   POINT ABOUT MIDWAY UP THE FRONT FACE, A POINT AT THE CREST AND A

11:54:57 11   POINT ABOUT MIDWAY DOWN THE BACK SIDE, AND WE USED THE MODEL RESULTS

11:55:02 12   OF VELOCITY TO MAKE AN ESTIMATE OF HOW THOSE VELOCITY CONDITIONS

11:55:07 13   DIFFERED ON THE FRONT AND THE CREST AND THE BACK SIDE.

11:55:11 14        THE COURT:  YES, SIR.

11:55:12 15        MR. BRUNO:  YOUR HONOR, I JUST WONDER IF THIS IS AN

11:55:14 16   APPROPRIATE PLACE TO MARK.  IN HIS DEPOSITION, MR. EBERSOLE

11:55:19 17   INDICATED THAT DR. RESIO DID NO FRONT-SIDE VELOCITY CALCULATIONS,

11:55:26 18   AND I DON'T KNOW IF THIS IS NEW WORK OR OLD WORK.  COULD WE MAYBE

11:55:29 19   JUST LEARN THAT, IF THIS IS SOMETHING THAT NEEDS TO BE MARKED.

11:55:32 20        THE WITNESS:  SURE, I CAN CLARIFY THAT.

11:55:34 21        MR. MITSCH:  YOUR HONOR, I AM WELL AWARE OF OUR AGREEMENT

11:55:37 22   BEFORE THAT I WOULD HAVE INDICATED TO YOU THAT WE WERE HITTING AN

11:55:43 23   AREA THAT --

11:55:46 24        THE COURT:  YES.

11:55:46 25        MR. MITSCH:  -- BORDERED ON THE FRONT-SIDE VELOCITIES THAT

11:55:50  1    DR. RESIO COMPLETED THAT ARE PART OF THAT -- THE OUTSTANDING MOTION.

11:55:56  2           THE COURT:  THE ISSUE I HAVE BEFORE ME.

11:55:59  3           MR. MITSCH:  I'LL GET THERE.  WE'RE NOT THERE YET, WE'RE

11:56:00  4    GETTING CLOSE, THOUGH.

11:56:04  5           THE COURT:  OKAY.  THANK YOU, SIR.

11:56:07  6    BY MR. MITSCH:

11:56:08  7    Q.  LET'S LOOK AT SLIDE 36, WHICH IS FIGURE 38 AT PAGE 51.  THIS IS

11:56:30  8    ENTITLED CREST VELOCITY AS A FUNCTION OF LEVEE CREST HEIGHT.  ALL

11:56:37  9    RIGHT?

11:56:37 10    A.  CORRECT.

11:56:37 11    Q.  TELL US WHAT THAT IS.

11:56:38 12    A.  WHAT THIS CHART SHOWS, IT SHOWS VELOCITY ON THE LEFT-HAND SCALE

11:56:43 13    IN FEET PER SECOND.  AND ALONG THE HORIZONTAL AXIS IS TIME IN

11:56:49 14    CENTRAL DAYLIGHT TIME.  AND I SHOW A FAMILY OF CURVES HERE.  AND I

11:56:54 15    HAVE A CURVE FOR A 14-FOOT LEVEE CREST, A CURVE FOR THE 15, AND IT

11:57:00 16    GOES UP TO 19-FOOT.  AND WHAT I AM SHOWING IS --

11:57:04 17           THE COURT:  WHERE DO YOU SEE 19 FEET?  MAKE SURE I

11:57:08 18    UNDERSTAND.

11:57:08 19           THE WITNESS:  THAT PARTICULAR CURVE, WHICH WOULD BE THE

11:57:10 20    LOWER OF THESE CURVES, CORRESPONDS TO A 19-FOOT LEVEE CREST.  THIS

11:57:14 21    CURVE, THE HIGHER CURVE, WOULD CORRESPONDS TO A 14-FOOT LEVEE CREST

11:57:19 22    (INDICATING).

11:57:20 23           THE COURT:  OKAY.  THANK YOU.

11:57:23 24           THE WITNESS:  WHAT I AM SHOWING IS THE AVERAGE OR THE MEAN

11:57:25 25    VELOCITY AT A POINT ON THE CREST AS IT VARIES THROUGH TIME.  THE

11:57:32 1   WAVES ARE VERY IRREGULAR, SO THERE'S VARIABILITY ASSOCIATED IN THE

11:57:36 2   VELOCITY WITH EACH WAVE CREST.  SO WHAT I AM SHOWING HERE IS AN

11:57:40 3   AVERAGE, OVER APPROXIMATELY 30 MINUTES, OF WHAT WOULD BE THE AVERAGE

11:57:44 4   VELOCITY AT THE CREST.

11:57:48 5   BY MR. MITSCH:

11:57:49 6   Q.  SO FOR THE RECORD, LET'S TAKE A LOOK AT THE 14-FOOT CREST.  ALL

11:57:55 7   RIGHT.  AND AGAIN, JUST POINT OUT WHICH OF THOSE CURVES RELATES TO

11:58:01 8   14 FEET.

11:58:01 9   A.  THIS ONE IS THE RESULTS FOR THE 14-FOOT LEVEE CREST

11:58:0510   (INDICATING).  AND WHAT YOU SEE HERE IS JUST HOW HIGH THE AVERAGE

11:58:0811   VELOCITIES GET ON A POINT THAT'S ONLY MIDWAY DOWN THE BACK SIDE.

11:58:1212   THESE VELOCITIES ARE GOING TO ACCELERATE THE WHOLE WAY DOWN THE BACK

11:58:1613   SLOPE, SO THEY'LL BE MUCH HIGHER NEAR THE TOE OF THE LEVEE.

11:58:1914       BUT AT THIS MIDPOINT, THEY ARE ALREADY QUITE HIGH AT

11:58:2415   VALUES OF -- IN A MEAN SENSE OF 15-FOOT PER SECOND.  INDIVIDUAL

11:58:2916   VELOCITIES ASSOCIATED WITH INDIVIDUAL WAVES COULD BE AS MUCH AS 25,

11:58:3417   30-FOOT PER SECOND DOWN THE BACK SIDE OF THE LEVEE.  AND YOU GET AN

11:58:3918   IDEA OF HOW THOSE VELOCITIES VARY WITH TIME.

11:58:4219       AND THEN FOR THE HIGHEST LEVEE, THE 19-FOOT LEVEE, YOU CAN

11:58:4620   SEE THAT THE VELOCITIES AT THE CREST ARE MUCH LOWER IN MEAN SENSE.

11:58:5121   YOU JUST HAVE LESS WATER PASSING OVER THE TOP.

11:58:5522       THE COURT:  RIGHT, ERGO LESS WATER LESS VELOCITY.

11:59:0023       THE WITNESS:  CORRECT.

11:59:0124   BY MR. MITSCH:

11:59:0225   Q.  THIS GOES, AGAIN, BACK TO THAT TIME ANALOGY THAT YOU DID

11:59:04 1   EARLIER, THAT YOU THROW A BALL AND THE BALL ROLLS UP THE FRONT SIDE,

11:59:07 2   IT'S GOING TO GET -- IT'LL GO SLOWER AND SLOWER.  AND ONCE IT GETS

11:59:18 3   OVER THE CREST, IT DOESN'T HAVE A -- IT HAS LESS AREA TO ROLL DOWN

11:59:20 4   ON THE OTHER SIDE, IT'S GOING TO HAVE LESS SPEED.  IS THAT RIGHT?

11:59:24 5   A.  COULD YOU REPEAT THAT AGAIN?

11:59:26 6           MR. MITSCH:  MAYBE YOU OUGHT TO EXPLAIN IT.

11:59:29 7           THE COURT:  HE GOT LOST SOMEWHERE.

11:59:31 8           MR. MITSCH:  I GOT LOST RIGHT IN THE MIDDLE OF IT, AND I

11:59:34 9   WAS HOPING THAT SOMEONE WOULD THROW ME A LIFELINE.  AND I AM LOOKING

11:59:37 10  TO YOU TO DO IT.

11:59:38 11          THE COURT:  NO.  IF YOU WANT TO EXPLAIN THE BALL ANALOGY

11:59:46 12  AS IT RELATES TO THIS GRAPH.

11:59:48 13          THE WITNESS:  YEAH, I WILL.  THE BALL, BASICALLY, IS -- ON

11:59:52 14  THE FRONT SIDE OF THE LEVEE, GRAVITY WORKS AGAINST THE WATER.  SO

11:59:57 15  GRAVITY IS ALWAYS ACTING DOWN SLOPE, SO IT'S DECELERATING THE

12:00:03 16  VELOCITIES ON THE FRONT SIDE, WORKING TO SLOW THEM DOWN.  ONCE THAT

12:00:08 17  WATER PASSES OVER THE CREST, THE ACCELERATION IS AGAIN DIRECTED DOWN

12:00:11 18  SLOPE, DOWN HILL, AND IT'S CAUSING THOSE VELOCITIES TO GRADUALLY GET

12:00:16 19  HIGHER AND HIGHER AND HIGHER ON THE WAY DOWN THE BACK SLOPE.

12:00:21 20          THE COURT:  IN THE COURT'S PEDESTRIAN WAYS, SORT OF LIKE A

12:00:24 21  ROLLER COASTER?

12:00:26 22          THE WITNESS:  CORRECT.  AND I MISSPOKE.  I PREVIOUSLY SAID

12:00:28 23  THE VELOCITIES WOULD GET 25 TO 30 PERCENT, THAT'S REALLY FOR THE

12:00:32 24  BACK SIDE.  THIS IS THE CREST, THEY WOULD BE PROBABLY -- MAXIMUM

12:00:35 25  VELOCITIES WOULD BE IN THE ORDER OF 20-, 25-FOOT PER SECOND HERE.

12:00:42 1          AND CERTAINLY AT A 14-FOOT CREST, AT THIS POINT OF THE

12:00:47 2 STORM WHEN WE HAVE A SURGE OF 17 AND A HALF FEET, FOR EXAMPLE, WE

12:00:51 3 WOULD HAVE THREE AND A HALF FOOT OF WATER OVER THE TOP OF IT,

12:00:55 4 14-FOOT CREST, SO THERE'S, YOU KNOW, MASSIVE AMOUNT OF STEADY

12:00:59 5 OVERFLOW OCCURRING THAT'S PRODUCING THESE VERY HIGH VELOCITIES.

12:01:04 6 BY MR. MITSCH:

12:01:05 7 Q.  OKAY.  LET'S GO TO THE NEXT SLIDE.  THIS IS FIGURE 39.  AT

12:01:11 8 PAGE 51 ALSO.  AND THAT'S THE BACK-SIDE VELOCITY.  DESCRIBE WHAT YOU

12:01:16 9 SEE HERE.

12:01:17 10 A.  THAT'S CORRECT.  THIS IS THE SAME KIND OF INFORMATION FOR A

12:01:21 11 POINT MIDWAY DOWN THE BACK SIDE.  AND YOU CAN SEE, COMPARED TO THE

12:01:25 12 PREVIOUS PLOT, THAT THE VELOCITIES ARE MUCH HIGHER.  YOU SEE THE

12:01:29 13 SAME GENERAL PATTERN FOR THE 14-FOOT LEVEE CRESTS, THE MEAN ON THE

12:01:33 14 BACK SIDE ARE 25-FOOT PER SECOND.  AT THE PEAK OF THE STORM, IT

12:01:41 15 WOULD BE A LOT OF OVERFLOW AT THAT POINT AND FOR A 19-FOOT CREST,

12:01:45 16 THE MAXIMUM AVERAGE DOWN THE BACK SIDE WOULD BE ABOUT FOUR-FOOT PER

12:01:49 17 SECOND.

12:01:50 18          AND THAT WOULD BE INTERMITTENT, SO IT WOULD BE

12:01:54 19 INTERMITTENT WAVES PASSING OVER THE CREST, DOWN THE BACK SIDE, AND

12:01:59 20 IN A MEAN AVERAGE SENSE, THE VELOCITIES WOULD BE LESS.  BUT WE CALL

12:02:07 21 IT --

12:02:07 22          THESE ARE MEANS, AND INDIVIDUAL WAVES WOULD INTRODUCE EVEN

12:02:08 23 HIGHER VELOCITIES THAN THESE AVERAGE VALUES.

12:02:14 24 Q.  DURING THE IPET WORK, WERE ANY CALCULATIONS DONE TO MEASURE THE

12:02:18 25 FRONT-SIDE VELOCITIES?

FINAL DAILY COPY

12:02:20  1    A.  YES, THERE WERE.

12:02:21  2    Q.  AND DO YOU RECOLLECT THE RANGE OF WHAT THOSE VELOCITIES WERE?

12:02:25  3    A.  I RECALL DURING THE IPET, ON THE FRONT SIDE, WE WERE CALCULATING

12:02:28  4    VELOCITIES OF 3- TO 5-FOOT PER SECOND.

12:02:35  5            MR. MITSCH:  YOUR HONOR, I AM GOING TO GO TO THE NEXT

12:02:37  6    SLIDE AND THAT IS A -- THE INFORMATION CONTAINED ON THAT SLIDE IS

12:02:41  7    PART OF THAT MOTION, THE RESIO MOTION.

12:02:45  8            THE COURT:  OKAY.  SO DOES THAT MEAN WE ARE AT THE POINT

12:02:51  9    WHERE I HAVE TO TALK TO DR. RESIO?

12:02:55 10            MR. MITSCH:  MY SUGGESTION, YOUR HONOR, WOULD BE THAT

12:02:57 11    WE -- THAT WE DISCUSS THIS PROVISIONALLY.  ONCE YOU MAKE YOUR

12:03:03 12    DECISION ABOUT WHETHER OR NOT TO ACCEPT THAT SUBSEQUENT REPORT, THE

12:03:09 13    MOST RECENT REPORT, THAT WE DEAL WITH THE TESTIMONY AT THAT POINT.

12:03:14 14            THE COURT:  OKAY.  AND TELL ME WHY THIS WITNESS IS DEALING

12:03:17 15    WITH THAT CALCULATION.  I NEED TO KNOW THE WHOLE DOMINO EFFECT, SO I

12:03:25 16    NEED TO KNOW WHAT -- OR IS IT TO REBUT THE PREVIOUS OPINIONS?  I

12:03:37 17    NEED TO KNOW WHAT THE PURPOSE OF THE INFORMATION IS.

12:03:39 18            MR. MITSCH:  WELL, THERE ARE OTHERS THAT CAN PROBABLY

12:03:41 19    SPEAK ABOUT THAT WITH A LITTLE BIT MORE KNOWLEDGE.  BUT AS TO THE

12:03:45 20    FRONT-SIDE VELOCITIES, DURING THE DEPOSITION OF MR. EBERSOLE,

12:03:52 21    MR. BRUNO CORRECTLY POINTED OUT THAT HIS REPORT DIDN'T HAVE A GRAPH

12:03:59 22    RELATING TO FRONT-SIDE VELOCITIES.

12:04:01 23            IT'S MY UNDERSTANDING THAT THERE WERE CERTAIN TIME

12:04:06 24    PRESSURES ASSOCIATED WITH THE REPORTS AND THAT -- AND I CAN'T SAY

12:04:12 25    SPECIFICALLY WHETHER OR NOT DR. RESIO HAD CALCULATED THOSE OR

12:04:17 1  WHETHER OR NOT THE DATA WERE THERE, AND IT WAS SIMPLY A MATTER OF

12:04:21 2  TABULATING IT OR WHAT.

12:04:23 3          BUT AT ANY RATE, WE LEFT THE DEPOSITION AND WE ALL SAID,

12:04:26 4  WELL, WE OUGHT TO FIND OUT WHAT THOSE FRONT-SIDE VELOCITIES ARE THAT

12:04:31 5  DR. RESIO CALCULATED.  AND SO WE WENT BACK AND WE DID THAT.

12:04:39 6          THE COURT:  HOW DOES THIS AFFECT WHAT THIS WITNESS IS

12:04:42 7  GOING TO BE TESTIFYING TO, REFERENCING THE OPINIONS HE'S ALREADY

12:04:47 8  RENDERED?

12:04:48 9          MR. MITSCH:  WELL, I THINK -- WHEN YOU SAY THIS WITNESS,

12:04:51 10 YOU MEAN MR. EBERSOLE?

12:04:52 11         THE COURT:  YES, MR. EBERSOLE, OF COURSE.

12:04:54 12         MR. MITSCH:  I THINK THERE IS AN ILLUSTRATION OF -- IT'S A

12:04:57 13 COMPARISON BETWEEN WHAT THE BACK SIDE AND THE CREST VELOCITIES

12:05:03 14 VERSUS THE FRONT SIDE VELOCITIES.

12:05:05 15         THE COURT:  HE'S ALREADY GIVEN TESTIMONY AS TO THE IPET

12:05:08 16 FRONT-SIDE VELOCITIES, AM I CORRECT ABOUT THAT?

12:05:16 17         MR. MITSCH:  YOU'RE RIGHT.

12:05:16 18         THE COURT:  AND I ASSUME THESE ARE GOING TO BE DIFFERENT

12:05:17 19 THAN THE IPET TO SOME DEGREE?

12:05:18 20         MR. MITSCH:  A SMALL DEGREE, NOT MUCH.  BUT I THINK, FOR

12:05:23 21 THE SAKE OF COMPLETENESS, THESE AREN'T -- I DON'T VIEW THESE AS

12:05:31 22 ADDITIONAL OPINIONS, RATHER THEY ARE --

12:05:34 23         THE COURT:  WHY DON'T WE DO THIS, SO THE RECORD IS

12:05:38 24 PRISTINE.  WHY DON'T YOU PROFFER THIS EVIDENCE AND I WILL -- IF I

12:05:42 25 RULE IN YOUR FAVOR WITH DR. RESIO, WE WILL REMOVE THE PROFFER.

12:05:49 1            MR. MITSCH:  I THINK THAT'S FAIR.

12:05:49 2            THE COURT:  IS THAT FAIR TO EVERYONE?

12:05:51 3            MR. BRUNO:  OH, YES, JUDGE.  IN FACT, I HAD SUGGESTED THAT

12:05:53 4  EARLIER.

12:05:54 5            I JUST WANT TO CORRECT ONE STATEMENT FOR THE RECORD,

12:05:56 6  NOTHING MORE.  AT PAGE 565 OF MR. EBERSOLE'S DEPOSITION, HE SAYS THE

12:06:00 7  FOLLOWING.  MY QUESTION -- AND SHOULD I PUT IT ON THE SCREEN FOR YOU

12:06:05 8  TO SEE?

12:06:06 9            THE COURT:  NO.

12:06:06 10           MR. BRUNO:  MY QUESTION:  "BUT THE FACT OF THE MATTER IS,

12:06:08 11  YOU DON'T HAVE FROM DR. RESIO THE RESULTS OF HIS COULWAVE OUTPUTS

12:06:13 12  THAT RELATE TO THE FRONT SIDE OF THE LEVEE; ISN'T THAT TRUE?  A. I

12:06:17 13  DON'T HAVE THEM AND I DON'T BELIEVE HE CALCULATED THEM."  THAT'S THE

12:06:22 14  PROBLEM.

12:06:24 15           THE COURT:  OKAY.

12:06:24 16           MR. ROY:  AND, YOUR HONOR, IF I MIGHT JUST AMPLIFY, FOUR

12:06:27 17  DAYS LATER AT DR. RESIO'S DEPOSITION, DR. RESIO CONFIRMED ALL HE HAD

12:06:32 18  DONE, HIS JOB WAS TO DO VELOCITIES OVER THE TOP AND THE BACK SIDE.

12:06:37 19           THE COURT:  OKAY.  I AM GOING TO ALLOW YOU TO ELICIT THIS

12:06:40 20  INFORMATION AS A TENTATIVE PROFFER, WHICH, DEPENDING ON WHAT I DO

12:06:45 21  LATER, WE WILL DETERMINE WHETHER IT REMAINS SUCH.

12:06:49 22           MR. BRUNO:  JUDGE, AND THAT'S FINE WITH ME.  AS I SAID, I

12:06:52 23  ASK FOR SMALL LICENSE WITH REGARD TO MY CROSS.  I KNOW YOU LIKE ME

12:06:56 24  TO BE SUCCINCT AND TO THE POINT, BUT I MAY NEED TO DO A LITTLE BIT

12:07:01 25  OF SORT OF DISCOVERY IN THE MIDDLE OF THIS, SO JUST INDULGE ME.

```
12:07:05  1            THE COURT:  I'LL INDULGE YOU UP TO A POINT, BUT WE'LL SEE
12:07:07  2    WHAT THE OTHER SIDE SAYS AS WELL.  BUT I UNDERSTAND.
12:07:15  3            ALL RIGHT, SIR.  WHY DON'T WE TAKE -- IS THIS A GOOD TIME
12:07:17  4    FOR A BREAK?
12:07:18  5            MR. MITSCH:  SURE.  DO YOU WANT TO TAKE LUNCH?
12:07:21  6            THE COURT:  YES.  THAT'S WHAT I MEAN.
12:07:23  7            MR. MITSCH:  I CAN KEEP ON GOING.  I'M HAPPY TO STAY UP
12:07:26  8    HERE.
12:07:26  9            THE COURT:  THAT'S WHY YOU'RE THIN AND I'M NOT.  ALL
12:07:31 10    RIGHT.  WE'LL BE BACK AT 1:15.
12:07:34 11            MR. MITSCH:  OKAY.
12:07:36 12         (WHEREUPON, A LUNCH RECESS WAS TAKEN.)
         13                     *  *  *  *  *  *
         14
         15                   REPORTER'S CERTIFICATE
         16
         17       I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES
            DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY
         18 THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF
            MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN
         19 THE ABOVE-ENTITLED AND NUMBERED MATTER.
         20
         21
         22    _____
              KAREN A. IBOS, CCR, RPR, CRR
         23    OFFICIAL COURT REPORTER
         24
         25
```

FINAL DAILY COPY

## 0

**0012** [1] - 2169:8
**0211** [1] - 2100:13
**06-CV-2268** [1] - 2093:3

## 1

**1** [7] - 2093:4, 2097:2, 2135:21, 2136:6, 2136:8, 2136:14, 2137:2
**1.3** [1] - 2136:22
**1.4** [2] - 2114:14, 2118:10
**1.5** [1] - 2117:15
**1.6** [1] - 2116:18
**10** [4] - 2093:9, 2099:24, 2106:4, 2141:11
**100** [1] - 2175:4
**1000** [1] - 2093:14
**10022** [1] - 2094:24
**11.3** [5] - 2114:13, 2116:11, 2116:16, 2118:9, 2119:21
**11.8** [1] - 2108:24
**1100** [1] - 2093:23
**12** [11] - 2101:24, 2102:4, 2102:13, 2102:22, 2106:2, 2107:19, 2108:24, 2118:20, 2130:11, 2132:15, 2141:11
**12-FOOT** [1] - 2107:12
**12.9** [4] - 2116:16, 2117:1, 2118:23, 2125:18
**1205** [1] - 2094:19
**1261** [1] - 2094:9
**13** [3] - 2128:15, 2132:15, 2132:17
**1366** [1] - 2094:9
**14** [3] - 2105:5, 2119:6, 2184:8
**14-FOOT** [7] - 2183:15, 2183:21, 2184:6, 2184:9, 2186:1, 2186:4, 2186:13
**15** [3] - 2101:13, 2125:19, 2183:15
**15-FOOT** [1] - 2184:15
**15.5** [4] - 2119:22, 2119:24, 2123:4, 2123:6
**159** [1] - 2171:17
**16** [4] - 2100:25,

2137:1, 2137:2, 2137:4
**160** [2] - 2176:24, 2177:4
**162** [2] - 2167:6, 2167:8
**163** [1] - 2178:11
**164** [1] - 2168:22
**166** [1] - 2159:21
**167** [1] - 2143:14
**17** [9] - 2101:1, 2102:10, 2102:20, 2123:14, 2123:18, 2134:24, 2139:1, 2150:19, 2186:2
**17.4** [1] - 2098:11
**17.6** [1] - 2098:11
**170** [1] - 2176:5
**171** [2] - 2172:14, 2173:2
**172** [1] - 2173:17
**174** [1] - 2174:5
**177** [1] - 2144:21
**178** [2] - 2149:5, 2149:16
**18** [5] - 2098:15, 2102:10, 2132:9, 2150:15, 2150:20
**185** [1] - 2161:12
**188** [1] - 2128:14
**19** [2] - 2150:15, 2183:17
**19-FOOT** [5] - 2155:4, 2183:16, 2183:20, 2184:19, 2186:15
**190** [1] - 2129:24
**194** [1] - 2132:21
**196** [1] - 2133:8
**197** [1] - 2149:23
**198** [1] - 2154:2
**1:15** [1] - 2190:10
**1:4** [1] - 2135:8

## 2

**2** [54] - 2098:8, 2098:9, 2098:10, 2098:14, 2098:24, 2099:4, 2101:3, 2102:16, 2103:1, 2103:6, 2103:15, 2105:18, 2106:9, 2109:16, 2112:8, 2115:1, 2117:17, 2121:20, 2124:17, 2128:7, 2131:16, 2135:18, 2136:7, 2136:9, 2137:3, 2137:4, 2137:6,

2138:3, 2140:7, 2141:17, 2141:19, 2141:22, 2143:4, 2143:11, 2145:9, 2145:10, 2146:4, 2146:8, 2146:10, 2146:11, 2147:10, 2150:8, 2152:4, 2155:16, 2158:7, 2158:13, 2163:16, 2164:23, 2164:24, 2170:8, 2176:2, 2176:25, 2179:25
**2.3** [5] - 2116:22, 2116:24, 2117:3, 2117:5, 2118:23
**20** [2] - 2123:3, 2185:25
**20044** [1] - 2095:13
**2009** [5] - 2093:4, 2097:2, 2158:7, 2158:13, 2167:5
**202** [1] - 2161:21
**204** [1] - 2175:7
**205** [1] - 2147:5
**207** [2] - 2158:6, 2158:14
**2097/12** [1] - 2096:6
**211** [5] - 2100:15, 2104:21, 2113:14, 2140:9, 2167:7
**23** [1] - 2180:18
**24** [1] - 2180:18
**25** [6] - 2099:25, 2100:6, 2129:10, 2180:17, 2184:16, 2185:23
**25-FOOT** [2] - 2185:25, 2186:14
**25-MILLIMETERS** [1] - 2137:6
**26** [1] - 2158:6
**2626** [1] - 2094:19
**2655** [1] - 2094:5

## 3

**3** [6] - 2102:3, 2102:4, 2105:5, 2136:8, 2137:7, 2187:4
**3.9** [2] - 2117:2, 2117:13
**30** [2] - 2184:3, 2185:23
**30-FOOT** [1] - 2184:17
**31** [1] - 2167:6
**3102** [1] - 2093:23
**325** [1] - 2094:23

**33** [2] - 2100:13, 2169:10
**34** [1] - 2180:21
**35** [1] - 2104:20
**36** [3] - 2113:14, 2113:23, 2183:7
**3668** [1] - 2094:2
**36C** [3] - 2158:7, 2158:17, 2159:2
**38** [1] - 2183:7
**39** [1] - 2186:7

## 4

**4** [10] - 2102:3, 2102:4, 2114:25, 2115:1, 2115:6, 2117:12, 2117:14, 2136:9, 2136:23
**40** [3] - 2100:15, 2112:8, 2141:22
**43** [2] - 2104:20, 2104:21
**45** [3] - 2113:14, 2124:17
**48** [1] - 2134:24
**497+00** [1] - 2167:12
**4:00** [8] - 2114:1, 2114:12, 2116:11, 2118:9, 2119:8, 2119:9, 2119:10, 2125:12

## 5

**5** [2] - 2105:5, 2124:1
**5-FOOT** [1] - 2187:4
**5.1** [1] - 2123:16
**50** [3] - 2129:3, 2129:6, 2137:3, 2150:1, 2164:18
**500** [1] - 2095:16
**504** [1] - 2095:17
**51** [4] - 2158:7, 2158:17, 2183:7, 2186:8
**519** [1] - 2094:12
**53** [1] - 2180:21
**54** [3] - 2112:8, 2141:22, 2181:8
**550** [1] - 2093:13
**556** [1] - 2094:2
**565** [1] - 2189:6
**57TH** [1] - 2094:23
**589-7776** [1] - 2095:17
**5:00** [7] - 2118:19, 2118:25, 2119:2, 2119:8, 2119:13, 2119:16, 2125:17

## 6

**6** [5] - 2114:25, 2115:3, 2117:2, 2117:6, 2124:25
**600** [2] - 2095:2, 2131:17
**601** [1] - 2094:5
**604** [1] - 2095:2
**610** [1] - 2093:20
**618** [1] - 2094:16
**6:00** [5] - 2118:24, 2119:19, 2119:20, 2123:4, 2126:10

## 7

**70113** [2] - 2093:17, 2093:21
**70130** [2] - 2095:3, 2095:16
**70130-6004** [1] - 2094:6
**70381** [1] - 2094:20
**70502-3668** [1] - 2094:3
**70726** [1] - 2094:13
**70801-1910** [1] - 2094:16
**70821-1366** [1] - 2094:10
**73** [1] - 2171:17
**74** [1] - 2172:14
**75219** [1] - 2093:24
**7:00** [5] - 2114:2, 2123:12, 2123:13, 2125:12, 2126:15
**7:30** [1] - 2121:25
**7:40** [1] - 2122:1

## 8

**83** [1] - 2134:24
**85** [2] - 2101:14, 2140:9
**855** [1] - 2093:17
**888** [1] - 2095:12
**89** [1] - 2159:20
**8:30** [1] - 2122:1

## 9

**9** [2] - 2106:4, 2116:25
**90071-2627** [1] - 2093:14
**92** [1] - 2180:21
**93** [1] - 2181:8
**9:30** [1] - 2106:4

# A

**A** [348] - 2094:14, 2095:15, 2097:17, 2097:19, 2097:23, 2097:24, 2098:21, 2099:9, 2099:11, 2099:14, 2099:22, 2100:19, 2100:24, 2101:8, 2101:10, 2101:18, 2101:21, 2102:23, 2102:25, 2103:3, 2103:8, 2103:21, 2104:1, 2104:9, 2104:24, 2105:3, 2105:19, 2106:1, 2106:5, 2106:6, 2106:11, 2106:24, 2107:3, 2107:11, 2107:12, 2107:13, 2107:15, 2107:23, 2108:5, 2108:9, 2108:10, 2108:12, 2108:16, 2108:22, 2109:7, 2109:20, 2109:21, 2110:2, 2110:14, 2110:21, 2110:24, 2111:3, 2111:17, 2111:20, 2111:23, 2112:13, 2112:14, 2113:6, 2113:7, 2113:12, 2113:24, 2114:20, 2114:24, 2115:2, 2115:3, 2115:5, 2115:6, 2115:7, 2115:9, 2115:14, 2115:15, 2115:17, 2116:1, 2116:14, 2116:15, 2116:17, 2116:18, 2116:19, 2116:25, 2117:1, 2117:3, 2117:6, 2117:7, 2117:11, 2117:13, 2117:14, 2117:20, 2118:9, 2118:19, 2119:7, 2119:18, 2119:21, 2119:22, 2120:5, 2120:6, 2120:7, 2120:12, 2120:13, 2120:15, 2120:19, 2121:5, 2121:11, 2121:12, 2121:21, 2122:3, 2122:18, 2122:20, 2122:25, 2123:3, 2123:4, 2123:6, 2123:8, 2123:10, 2123:14, 2123:15, 2123:18, 2123:19,

2124:6, 2124:8, 2125:11, 2125:23, 2126:18, 2127:9, 2127:16, 2127:17, 2127:21, 2128:11, 2128:12, 2128:20, 2129:2, 2129:4, 2129:6, 2129:11, 2130:22, 2130:25, 2131:8, 2131:14, 2131:16, 2132:18, 2133:11, 2133:13, 2133:16, 2133:18, 2133:21, 2134:7, 2134:14, 2134:21, 2134:22, 2135:3, 2135:9, 2135:15, 2136:15, 2136:19, 2136:23, 2136:25, 2137:11, 2137:17, 2137:24, 2137:25, 2138:3, 2138:6, 2138:9, 2138:12, 2138:14, 2138:15, 2139:1, 2139:10, 2139:14, 2139:16, 2139:17, 2139:23, 2140:4, 2140:11, 2140:14, 2141:3, 2141:13, 2142:24, 2143:17, 2144:6, 2145:8, 2145:13, 2145:21, 2145:23, 2145:24, 2147:2, 2147:23, 2148:1, 2148:4, 2148:17, 2148:24, 2149:10, 2149:12, 2150:2, 2150:5, 2150:12, 2150:19, 2150:22, 2150:25, 2151:3, 2151:4, 2151:12, 2151:14, 2151:15, 2152:19, 2152:25, 2153:18, 2154:16, 2154:24, 2155:1, 2155:4, 2155:6, 2155:13, 2156:18, 2157:1, 2157:2, 2157:11, 2157:12, 2158:3, 2158:4, 2158:20, 2159:14, 2160:9, 2161:2, 2161:6, 2162:7, 2162:12, 2162:13, 2162:25, 2163:8, 2163:13, 2163:16, 2163:24, 2164:2, 2164:10, 2164:16, 2164:21, 2165:5, 2165:15, 2165:16,

2165:19, 2166:11, 2166:14, 2166:19, 2167:19, 2167:22, 2168:10, 2168:17, 2169:3, 2169:8, 2169:9, 2169:15, 2169:16, 2169:22, 2169:23, 2169:24, 2170:6, 2171:4, 2171:12, 2171:21, 2172:5, 2172:7, 2172:12, 2173:8, 2173:11, 2173:23, 2173:24, 2174:18, 2175:14, 2175:15, 2175:17, 2176:6, 2176:15, 2176:18, 2177:23, 2177:24, 2178:12, 2178:14, 2178:19, 2178:22, 2179:2, 2179:11, 2179:22, 2180:2, 2180:4, 2180:7, 2180:16, 2181:13, 2181:18, 2181:20, 2181:22, 2182:9, 2182:10, 2183:8, 2183:14, 2183:15, 2183:20, 2183:21, 2183:25, 2184:6, 2184:11, 2184:15, 2185:1, 2185:3, 2185:9, 2185:20, 2186:1, 2186:2, 2186:3, 2186:10, 2186:15, 2186:20, 2187:6, 2187:19, 2187:21, 2188:1, 2188:12, 2188:20, 2189:12, 2189:20, 2189:24, 2190:1, 2190:3, 2190:4, 2190:12, 2190:17, 2190:18, 2190:22

**A.M** [23] - 2114:1, 2114:2, 2114:12, 2116:11, 2118:9, 2118:19, 2118:24, 2118:25, 2119:2, 2119:8, 2119:9, 2119:10, 2119:13, 2119:19, 2119:20, 2123:4, 2123:12, 2123:13, 2123:12, 2125:17, 2126:10, 2126:15

**A1** [3] - 2129:9, 2180:10, 2180:13

**A10** [2] - 2143:14, 2143:21

**A13** [2] - 2176:5,

2177:1

**A14** [2] - 2172:14, 2173:2

**A15** [1] - 2173:17

**A17** [1] - 2174:5

**A2** [2] - 2171:16, 2171:18

**A20** [1] - 2144:21

**A21** [2] - 2149:5, 2149:16

**A25** [2] - 2160:8, 2160:22

**A26** [1] - 2129:11

**A28** [1] - 2161:12

**A3** [3] - 2176:24, 2177:4, 2177:19

**A31** [3] - 2128:14, 2128:24, 2129:12

**A33** [1] - 2129:24

**A37** [1] - 2132:21

**A39** [1] - 2133:8

**A40** [1] - 2149:23

**A41** [2] - 2153:24, 2154:2

**A45** [3] - 2161:20, 2163:15, 2164:5

**A47** [1] - 2175:7

**A48** [1] - 2147:5

**A5** [2] - 2167:6, 2168:2

**A50** [3] - 2129:11, 2180:10, 2180:14

**A6** [2] - 2178:11, 2178:15

**A7** [2] - 2168:22, 2169:9

**A9** [1] - 2160:5

**ABILITY** [1] - 2190:18

**ABLE** [2] - 2128:12, 2133:20

**ABOUT** [85] - 2097:14, 2099:20, 2103:24, 2104:1, 2104:16, 2105:2, 2105:9, 2106:1, 2106:2, 2106:4, 2106:13, 2109:15, 2109:23, 2111:5, 2111:8, 2111:11, 2111:25, 2112:9, 2114:14, 2114:15, 2114:16, 2116:22, 2117:14, 2117:15, 2117:25, 2118:24, 2119:4, 2119:8, 2119:9, 2119:19, 2122:15, 2122:22, 2123:3, 2123:14, 2123:16, 2124:1,

2124:8, 2125:16, 2125:18, 2125:23, 2126:21, 2127:16, 2128:5, 2128:6, 2131:13, 2131:21, 2132:17, 2134:3, 2134:9, 2136:12, 2136:19, 2136:22, 2137:1, 2137:7, 2137:8, 2137:17, 2139:1, 2139:24, 2140:1, 2140:2, 2142:23, 2145:19, 2149:19, 2160:9, 2160:22, 2161:22, 2162:4, 2167:7, 2170:14, 2177:11, 2179:10, 2179:13, 2179:22, 2180:9, 2182:4, 2182:10, 2182:11, 2186:16, 2187:12, 2187:19, 2188:16

**ABOVE** [18] - 2101:23, 2102:11, 2102:21, 2104:7, 2108:18, 2123:18, 2123:19, 2134:12, 2136:9, 2138:13, 2156:7, 2156:13, 2165:20, 2175:19, 2180:6, 2190:19

**ABOVE-ENTITLED** [1] - 2190:19

**ABSENCE** [2] - 2099:6, 2115:22

**ABSENT** [1] - 2161:17

**ABSOLUTELY** [6] - 2104:8, 2122:16, 2134:17, 2160:17, 2162:6, 2162:8

**ACCELERATE** [2] - 2126:2, 2184:12

**ACCELERATES** [1] - 2126:5

**ACCELERATING** [1] - 2142:9

**ACCELERATION** [1] - 2185:17

**ACCEPT** [1] - 2187:12

**ACCORDING** [1] - 2106:1

**ACCUMULATE** [1] - 2161:10

**ACCUMULATED** [1] - 2159:15

**ACCUMULATION** [4] - 2159:14, 2161:8,

2161:18, 2162:9

**ACCURACY** [1] - 2100:3

**ACCURATE** [3] - 2099:23, 2099:24, 2107:22

**ACROSS** [1] - 2099:18

**ACT** [2] - 2139:14, 2151:6

**ACTED** [1] - 2151:9

**ACTING** [7] - 2120:12, 2120:13, 2122:18, 2122:20, 2127:8, 2138:9, 2185:15

**ACTION** [6] - 2111:18, 2126:16, 2145:6, 2161:3, 2175:24, 2178:4

**ACTS** [1] - 2135:4

**ACTUAL** [6] - 2103:17, 2108:2, 2108:25, 2124:9, 2131:18, 2140:22

**ACTUALLY** [22] - 2098:12, 2099:17, 2103:19, 2105:3, 2105:13, 2110:21, 2114:15, 2117:7, 2118:25, 2125:20, 2126:15, 2135:15, 2136:18, 2140:20, 2150:10, 2162:2, 2169:5, 2171:25, 2172:7, 2181:16, 2181:20, 2182:6

**ADCIRC** [11] - 2104:17, 2104:22, 2104:24, 2105:14, 2107:3, 2107:4, 2107:9, 2107:14, 2107:22, 2108:11

**ADD** [2] - 2126:19, 2130:14

**ADDITION** [2] - 2111:13, 2180:5

**ADDITIONAL** [5] - 2098:18, 2099:1, 2115:25, 2180:4, 2188:22

**ADJACENT** [1] - 2171:18

**ADJUSTMENT** [4] - 2097:24, 2097:25, 2098:2, 2098:3

**ADVANCED** [3] - 2131:9, 2134:14, 2181:19

**ADVANCES** [1] -

2181:17

**ADVANCING** [1] - 2181:14

**AFFECT** [2] - 2154:11, 2188:6

**AFTER** [8] - 2129:5, 2147:2, 2159:6, 2159:8, 2167:20, 2171:7, 2175:4, 2176:13

**AFTERNOON** [1] - 2097:13

**AGAIN** [59] - 2102:8, 2102:11, 2104:6, 2107:1, 2123:2, 2123:14, 2129:25, 2130:1, 2130:7, 2132:24, 2132:25, 2133:9, 2133:11, 2133:17, 2139:19, 2140:15, 2141:16, 2143:21, 2144:6, 2149:5, 2150:7, 2153:12, 2153:17, 2154:18, 2159:21, 2160:13, 2161:2, 2161:8, 2161:13, 2161:16, 2161:17, 2161:21, 2168:21, 2168:25, 2169:3, 2171:19, 2171:23, 2173:7, 2173:15, 2173:18, 2173:22, 2174:2, 2174:6, 2174:7, 2174:13, 2175:23, 2175:25, 2176:18, 2176:19, 2177:5, 2178:6, 2178:21, 2178:25, 2179:12, 2179:14, 2184:7, 2184:25, 2185:5, 2185:17

**AGAINST** [5] - 2103:6, 2103:8, 2103:11, 2103:13, 2185:14

**AGGRESSIVE** [1] - 2171:14

**AGO** [1] - 2180:16

**AGREE** [3] - 2117:10, 2132:19, 2167:13

**AGREEMENT** [4] - 2106:24, 2107:2, 2165:9, 2182:21

**AHEAD** [17] - 2098:25, 2118:21, 2122:11, 2131:24, 2132:1, 2134:18, 2140:3, 2142:17,

2143:16, 2147:22, 2148:11, 2153:11, 2154:10, 2158:25, 2164:3, 2177:17

**AIR** [1] - 2100:6

**AIRPORT** [1] - 2108:23

**AL** [2] - 2093:2, 2093:5

**ALL** [58] - 2097:10, 2097:18, 2097:23, 2100:8, 2110:11, 2113:3, 2113:6, 2119:7, 2121:1, 2121:5, 2127:14, 2135:14, 2138:5, 2141:24, 2142:1, 2143:21, 2147:20, 2147:25, 2148:6, 2148:22, 2149:14, 2149:21, 2151:20, 2151:22, 2152:17, 2153:6, 2153:9, 2153:24, 2155:3, 2155:17, 2157:4, 2159:9, 2159:21, 2161:20, 2164:22, 2165:17, 2165:20, 2166:11, 2169:1, 2171:16, 2172:14, 2173:17, 2174:3, 2174:8, 2175:5, 2175:7, 2176:24, 2177:4, 2178:24, 2179:9, 2181:6, 2183:8, 2184:6, 2188:3, 2189:17, 2190:3, 2190:9

**ALLOW** [2] - 2171:2, 2189:19

**ALLOWING** [2] - 2116:19, 2120:1

**ALLOWS** [1] - 2178:3

**ALONE** [1] - 2112:15

**ALONG** [51] - 2098:7, 2098:9, 2098:14, 2098:24, 2099:4, 2099:17, 2100:19, 2100:20, 2101:3, 2102:15, 2103:1, 2103:11, 2105:18, 2105:21, 2106:9, 2109:16, 2112:11, 2115:1, 2117:17, 2119:14, 2121:20, 2127:9, 2127:23, 2128:7, 2131:16, 2132:12, 2133:14, 2135:9,

2135:18, 2138:2, 2140:7, 2143:4, 2143:11, 2143:18, 2144:25, 2149:2, 2150:5, 2152:3, 2152:17, 2154:15, 2155:16, 2164:23, 2164:24, 2167:3, 2168:4, 2174:13, 2176:25, 2179:25, 2181:3, 2183:13

**ALREADY** [5] - 2104:15, 2123:4, 2184:14, 2188:7, 2188:15

**ALSO** [14] - 2095:1, 2102:13, 2102:22, 2106:5, 2112:22, 2121:12, 2129:20, 2129:22, 2133:5, 2136:14, 2151:5, 2156:22, 2171:6, 2186:8

**ALTERNATIVES** [1] - 2165:10

**ALTHOUGH** [1] - 2162:15

**ALWAYS** [5] - 2122:23, 2125:3, 2125:7, 2139:2, 2185:15

**AM** [33] - 2111:8, 2114:19, 2115:19, 2118:25, 2121:5, 2127:6, 2132:8, 2135:7, 2136:20, 2140:23, 2141:17, 2142:1, 2142:23, 2145:23, 2151:11, 2152:10, 2153:13, 2165:20, 2166:9, 2166:16, 2167:7, 2168:4, 2169:2, 2175:4, 2182:21, 2183:16, 2183:24, 2184:2, 2185:9, 2187:5, 2188:16, 2189:19

**AMERICA** [1] - 2093:5

**AMIN** [1] - 2095:6

**AMONG** [1] - 2134:25

**AMOUNT** [24] - 2099:2, 2103:8, 2116:21, 2136:5, 2136:15, 2137:11, 2139:21, 2140:23, 2142:14, 2145:21, 2155:7, 2156:13,

2157:13, 2158:4, 2166:21, 2167:19, 2168:10, 2175:15, 2176:15, 2177:24, 2178:9, 2178:19, 2180:4, 2186:4

**AMOUNTS** [5] - 2114:21, 2144:10, 2157:3, 2159:13, 2161:5

**AMPLIFY** [1] - 2189:16

**AN** [45] - 2101:9, 2101:10, 2101:12, 2106:13, 2107:22, 2109:12, 2110:12, 2110:19, 2111:3, 2114:4, 2114:8, 2114:12, 2115:13, 2116:7, 2118:2, 2118:12, 2120:2, 2126:2, 2126:13, 2126:17, 2127:4, 2132:3, 2132:4, 2134:25, 2136:21, 2137:2, 2137:7, 2137:8, 2141:14, 2155:12, 2157:2, 2158:2, 2167:5, 2167:11, 2175:22, 2178:1, 2180:4, 2180:23, 2182:12, 2182:15, 2182:22, 2184:2, 2184:17, 2188:12

**ANALOGY** [4] - 2120:2, 2120:5, 2184:25, 2185:11

**ANALYSIS** [2] - 2130:10, 2132:14

**ANALYZE** [1] - 2110:4

**AND** [567] - 2097:14, 2097:18, 2097:19, 2097:21, 2097:23, 2098:10, 2098:12, 2098:16, 2098:18, 2098:19, 2098:21, 2098:23, 2098:25, 2099:12, 2099:14, 2099:16, 2099:17, 2099:18, 2100:6, 2100:20, 2100:21, 2100:25, 2101:4, 2101:14, 2101:16, 2101:18, 2101:22, 2102:1, 2102:8, 2102:10, 2102:11, 2102:14, 2102:18, 2102:21, 2103:5,

2103:7, 2103:9,
2103:10, 2103:12,
2103:14, 2103:15,
2103:19, 2103:22,
2103:24, 2104:1,
2104:6, 2104:11,
2105:2, 2105:16,
2105:20, 2105:22,
2105:23, 2105:25,
2106:4, 2106:5,
2106:6, 2106:8,
2106:12, 2106:13,
2106:16, 2106:22,
2107:3, 2107:4,
2107:5, 2107:8,
2107:10, 2107:13,
2107:14, 2107:15,
2107:24, 2108:5,
2108:11, 2108:14,
2108:17, 2108:23,
2109:2, 2109:15,
2109:23, 2110:3,
2110:4, 2110:5,
2110:7, 2110:12,
2110:16, 2110:17,
2110:24, 2110:25,
2111:2, 2111:3,
2111:7, 2111:21,
2111:24, 2112:5,
2112:10, 2112:17,
2112:19, 2112:21,
2113:10, 2113:13,
2113:25, 2114:1,
2114:2, 2114:4,
2114:5, 2114:6,
2114:7, 2114:10,
2114:13, 2114:21,
2114:23, 2115:5,
2115:8, 2115:10,
2115:12, 2115:13,
2115:16, 2115:19,
2116:12, 2116:14,
2116:18, 2116:21,
2117:1, 2117:2,
2117:6, 2117:14,
2118:4, 2118:9,
2118:14, 2118:23,
2119:4, 2119:8,
2119:9, 2119:13,
2119:22, 2119:25,
2120:6, 2120:8,
2120:13, 2120:21,
2120:22, 2121:1,
2121:4, 2121:5,
2121:7, 2121:9,
2121:10, 2121:11,
2121:12, 2121:14,
2121:16, 2121:21,
2121:23, 2122:5,
2122:20, 2122:22,
2122:23, 2123:2,

2123:7, 2123:10,
2123:14, 2123:16,
2123:18, 2123:19,
2123:20, 2124:1,
2124:8, 2124:18,
2124:19, 2124:24,
2125:2, 2125:4,
2125:5, 2125:6,
2125:8, 2125:12,
2125:17, 2125:21,
2125:22, 2125:23,
2126:1, 2126:3,
2126:5, 2126:6,
2126:8, 2126:9,
2126:10, 2126:12,
2126:13, 2126:15,
2126:21, 2127:7,
2127:17, 2127:22,
2128:1, 2128:9,
2128:11, 2128:20,
2128:23, 2128:25,
2129:2, 2129:6,
2129:8, 2129:9,
2129:10, 2129:17,
2129:19, 2129:21,
2129:22, 2130:3,
2130:4, 2130:7,
2130:14, 2130:25,
2131:2, 2131:5,
2131:6, 2131:8,
2131:11, 2131:23,
2132:16, 2132:19,
2132:22, 2132:25,
2133:8, 2133:9,
2133:12, 2133:14,
2133:18, 2133:19,
2134:17, 2134:22,
2135:1, 2135:4,
2135:5, 2135:8,
2135:11, 2135:14,
2135:18, 2135:20,
2135:22, 2135:23,
2135:25, 2136:1,
2136:2, 2136:5,
2136:8, 2136:9,
2136:14, 2136:16,
2136:17, 2136:20,
2136:21, 2136:23,
2136:25, 2137:2,
2137:4, 2137:6,
2137:7, 2137:9,
2137:10, 2137:24,
2138:2, 2138:14,
2138:16, 2138:17,
2138:23, 2139:1,
2139:3, 2139:11,
2139:20, 2140:6,
2140:9, 2140:12,
2140:13, 2140:17,
2140:19, 2140:21,
2141:2, 2141:6,

2141:7, 2141:8,
2141:11, 2141:16,
2141:17, 2141:20,
2142:8, 2142:9,
2142:10, 2142:12,
2142:15, 2143:9,
2143:10, 2143:22,
2144:1, 2144:2,
2144:8, 2144:22,
2145:3, 2145:4,
2145:6, 2145:11,
2145:14, 2145:20,
2146:1, 2146:15,
2146:19, 2146:20,
2147:2, 2147:8,
2147:21, 2148:15,
2148:17, 2148:25,
2149:4, 2149:7,
2149:21, 2149:25,
2150:11, 2150:18,
2150:19, 2150:24,
2151:7, 2151:8,
2151:25, 2152:1,
2152:4, 2152:7,
2152:10, 2152:15,
2152:22, 2152:24,
2153:3, 2153:5,
2153:12, 2153:13,
2153:20, 2153:25,
2154:2, 2154:13,
2154:25, 2155:1,
2155:5, 2155:10,
2155:13, 2155:17,
2155:25, 2156:1,
2156:2, 2156:5,
2156:6, 2156:13,
2156:22, 2157:1,
2157:5, 2157:8,
2157:10, 2157:11,
2157:12, 2157:13,
2157:15, 2158:2,
2158:7, 2158:13,
2158:15, 2159:2,
2159:6, 2159:8,
2159:11, 2159:16,
2159:17, 2159:23,
2160:3, 2160:14,
2160:17, 2160:25,
2161:5, 2161:15,
2162:1, 2162:3,
2162:8, 2163:3,
2163:5, 2163:6,
2163:7, 2163:18,
2163:22, 2164:5,
2164:16, 2164:20,
2164:24, 2165:2,
2165:7, 2165:18,
2165:25, 2166:1,
2166:4, 2166:5,
2166:14, 2167:6,
2167:20, 2167:21,

2167:22, 2167:23,
2168:9, 2168:12,
2168:13, 2168:14,
2168:16, 2168:18,
2168:19, 2169:2,
2169:6, 2169:9,
2169:14, 2169:18,
2169:22, 2169:24,
2170:3, 2170:10,
2170:11, 2170:12,
2170:17, 2170:20,
2170:22, 2171:7,
2171:19, 2171:22,
2172:3, 2172:5,
2172:7, 2172:18,
2172:23, 2173:3,
2173:15, 2173:18,
2173:25, 2174:2,
2174:11, 2174:18,
2175:16, 2176:7,
2176:10, 2176:11,
2176:14, 2176:16,
2176:17, 2176:22,
2177:3, 2177:5,
2177:13, 2177:23,
2178:2, 2178:3,
2178:4, 2178:9,
2178:11, 2178:22,
2178:24, 2179:1,
2179:2, 2179:19,
2179:20, 2179:24,
2180:1, 2180:11,
2180:14, 2180:17,
2181:11, 2181:14,
2181:17, 2181:20,
2182:2, 2182:5,
2182:6, 2182:7,
2182:9, 2182:10,
2182:11, 2182:13,
2182:18, 2183:13,
2183:14, 2183:15,
2183:16, 2184:7,
2184:10, 2184:17,
2184:19, 2185:1,
2185:2, 2185:8,
2185:9, 2185:18,
2185:19, 2185:22,
2186:1, 2186:2,
2186:3, 2186:8,
2186:11, 2186:15,
2186:18, 2186:19,
2186:22, 2187:2,
2187:6, 2187:14,
2187:24, 2188:1,
2188:3, 2188:5,
2188:13, 2188:18,
2188:24, 2189:7,
2189:13, 2189:16,
2189:18, 2189:22,
2189:24, 2190:9,
2190:18, 2190:18,

2190:19
**ANDRY** [2] -
2093:19, 2093:19
**ANGELES** [1] -
2093:14
**ANKLES** [1] - 2157:9
**ANOTHER** [11] -
2099:10, 2101:19,
2111:19, 2111:22,
2133:17, 2138:5,
2148:18, 2159:20,
2173:3, 2173:18,
2174:6
**ANSWER** [3] -
2104:15, 2113:6,
2131:14
**ANY** [74] - 2098:2,
2099:4, 2103:10,
2109:6, 2111:24,
2113:2, 2115:20,
2118:11, 2120:11,
2121:15, 2123:5,
2125:18, 2126:23,
2127:5, 2129:14,
2130:3, 2130:9,
2130:12, 2130:20,
2132:22, 2133:10,
2133:23, 2134:5,
2137:16, 2138:11,
2138:13, 2142:14,
2143:11, 2144:4,
2144:22, 2145:20,
2147:6, 2147:8,
2149:7, 2153:22,
2154:3, 2154:13,
2155:23, 2156:17,
2157:6, 2159:23,
2160:15, 2160:18,
2161:8, 2161:17,
2162:7, 2162:9,
2162:13, 2164:5,
2164:12, 2164:18,
2165:2, 2168:6,
2170:7, 2171:10,
2172:9, 2173:16,
2174:9, 2174:13,
2175:23, 2176:21,
2177:5, 2177:6,
2177:15, 2178:3,
2178:9, 2179:1,
2179:16, 2181:24,
2186:24, 2188:3
**ANYBODY** [2] -
2151:12, 2151:15
**ANYHOW** [1] -
2164:2
**ANYONE** [1] - 2111:1
**ANYTHING** [4] -
2123:5, 2126:19,
2160:20, 2180:10

**ANYWAY** [1] - 2115:23

**ANYWHERE** [5] - 2110:18, 2111:19, 2157:24, 2164:23, 2164:24

**APOLOGIZE** [1] - 2158:11

**APPARENTLY** [1] - 2118:21

**APPEAR** [3] - 2148:14, 2154:8, 2174:8

**APPEARANCES** [1] - 2093:11

**APPEARED** [3] - 2130:15, 2150:15, 2154:17

**APPEARS** [2] - 2111:14, 2149:15

**APPENDIX** [1] - 2163:19

**APPLIED** [1] - 2140:13

**APPLY** [1] - 2140:6

**APPRECIATE** [2] - 2122:10, 2153:6

**APPROACH** [1] - 2099:8

**APPROACHING** [1] - 2117:12

**APPROPRIATE** [2] - 2117:11, 2182:16

**APPROXIMATE** [6] - 2114:7, 2128:23, 2132:4, 2144:3, 2152:10, 2153:14

**APPROXIMATELY** [18] - 2101:24, 2102:13, 2102:20, 2102:22, 2104:23, 2114:25, 2121:23, 2125:19, 2129:10, 2131:13, 2132:13, 2136:22, 2143:4, 2144:24, 2145:9, 2160:3, 2161:13, 2184:3

**ARE** [80] - 2098:16, 2098:23, 2099:4, 2099:5, 2099:9, 2099:20, 2099:23, 2100:10, 2106:14, 2108:3, 2108:15, 2113:19, 2113:20, 2115:11, 2115:19, 2116:13, 2118:12, 2119:15, 2120:13, 2120:16, 2121:14, 2121:15, 2121:20,

2121:22, 2122:15, 2125:7, 2125:10, 2126:8, 2127:3, 2129:6, 2129:7, 2129:8, 2129:10, 2129:11, 2131:23, 2133:15, 2135:2, 2135:14, 2135:17, 2136:17, 2138:12, 2139:12, 2141:8, 2141:10, 2144:4, 2148:10, 2150:4, 2154:22, 2154:23, 2156:23, 2157:8, 2157:11, 2168:5, 2168:8, 2168:15, 2169:11, 2170:2, 2170:3, 2170:4, 2178:19, 2180:11, 2180:13, 2183:1, 2184:1, 2184:12, 2184:14, 2184:20, 2186:12, 2186:14, 2186:22, 2187:8, 2187:18, 2188:4, 2188:18, 2188:22

**AREA** [37] - 2111:3, 2111:13, 2111:19, 2112:9, 2112:10, 2112:24, 2142:5, 2145:21, 2146:1, 2146:3, 2147:18, 2152:4, 2152:5, 2152:23, 2155:10, 2155:12, 2160:13, 2163:18, 2167:16, 2168:18, 2170:3, 2170:13, 2172:16, 2174:15, 2174:16, 2174:17, 2174:23, 2175:1, 2175:11, 2177:8, 2178:13, 2181:13, 2182:23, 2185:3

**AREAS** [17] - 2146:19, 2146:20, 2146:21, 2149:4, 2149:8, 2150:20, 2153:3, 2168:14, 2171:9, 2171:13, 2172:19, 2176:8, 2178:7, 2178:24, 2179:5

**AREN'T** [3] - 2139:14, 2159:17, 2188:21

**AROUND** [3] - 2119:5, 2157:9, 2180:17

**ARRIVE** [1] - 2117:3

**ARROWS** [1] - 2169:17

**AS** [86] - 2099:13, 2100:24, 2103:10, 2103:14, 2103:21, 2107:6, 2107:8, 2107:10, 2110:3, 2110:13, 2110:19, 2111:3, 2112:4, 2112:24, 2113:17, 2113:19, 2115:15, 2115:16, 2117:18, 2117:23, 2120:19, 2123:13, 2124:25, 2125:6, 2125:11, 2125:25, 2126:10, 2126:16, 2126:22, 2127:4, 2127:18, 2127:22, 2130:22, 2132:18, 2136:7, 2136:8, 2136:9, 2137:7, 2138:8, 2138:9, 2138:25, 2140:20, 2142:25, 2143:1, 2143:16, 2146:16, 2147:18, 2150:5, 2150:7, 2152:3, 2152:11, 2155:12, 2162:24, 2165:2, 2165:5, 2165:13, 2166:11, 2167:2, 2167:11, 2168:8, 2168:12, 2168:17, 2169:17, 2169:18, 2177:7, 2177:20, 2180:24, 2181:16, 2183:8, 2183:25, 2184:16, 2185:12, 2187:19, 2188:15, 2188:21, 2189:20, 2189:22, 2190:2

**ASHLEY** [1] - 2095:2

**ASK** [9] - 2110:24, 2114:16, 2134:16, 2138:19, 2139:4, 2140:1, 2153:13, 2162:11, 2189:23

**ASKED** [5] - 2119:9, 2140:2, 2163:14, 2179:13, 2180:16

**ASSESSMENT** [1] - 2099:23

**ASSOCIATED** [4] - 2180:5, 2184:1, 2184:16, 2187:24

**ASSOCIATES** [2] - 2093:12, 2094:7

**ASSUME** [2] - 2117:16, 2188:18

**ASSUMED** [1] - 2116:25

**ASSUMING** [4] - 2139:16, 2140:18, 2140:19

**AT** [269] - 2098:25, 2099:14, 2100:15, 2100:24, 2100:25, 2101:2, 2101:5, 2101:18, 2101:21, 2101:23, 2102:13, 2103:4, 2103:6, 2103:18, 2103:25, 2104:3, 2104:20, 2104:21, 2104:23, 2104:25, 2105:4, 2105:5, 2106:2, 2107:6, 2107:10, 2107:12, 2107:19, 2107:22, 2107:25, 2108:9, 2108:14, 2108:25, 2111:12, 2112:8, 2112:21, 2112:23, 2113:14, 2114:1, 2114:9, 2114:11, 2114:12, 2114:13, 2115:1, 2116:11, 2116:15, 2116:18, 2116:21, 2117:1, 2117:3, 2117:5, 2117:12, 2117:19, 2118:11, 2118:16, 2118:25, 2119:2, 2119:5, 2119:10, 2119:13, 2119:16, 2119:17, 2119:18, 2119:19, 2119:20, 2119:25, 2120:3, 2120:7, 2120:8, 2121:2, 2121:5, 2122:8, 2123:17, 2123:22, 2124:1, 2124:4, 2124:9, 2124:17, 2124:22, 2124:23, 2124:25, 2125:4, 2125:5, 2125:8, 2125:17, 2126:8, 2126:14, 2128:14, 2129:12, 2129:21, 2129:22, 2129:24, 2130:14, 2130:16, 2131:4, 2131:9, 2131:13, 2131:25, 2132:3, 2132:4, 2132:19, 2132:21, 2132:25, 2133:8, 2133:13, 2133:20, 2133:21, 2133:22, 2133:25, 2134:2, 2134:15,

2134:24, 2135:13, 2135:16, 2135:24, 2136:7, 2136:12, 2136:20, 2136:24, 2137:6, 2137:7, 2138:6, 2138:11, 2138:15, 2139:1, 2139:8, 2139:12, 2139:13, 2139:17, 2139:21, 2140:9, 2140:21, 2140:22, 2140:24, 2141:8, 2141:22, 2142:10, 2142:15, 2142:25, 2143:1, 2144:21, 2145:2, 2145:9, 2146:4, 2147:5, 2147:17, 2148:17, 2149:5, 2149:10, 2149:16, 2149:23, 2150:15, 2150:18, 2150:24, 2150:25, 2151:2, 2151:4, 2151:7, 2151:8, 2151:22, 2152:9, 2152:13, 2152:16, 2152:17, 2153:22, 2154:2, 2154:22, 2154:23, 2155:3, 2155:4, 2155:17, 2155:23, 2157:8, 2157:15, 2157:22, 2158:7, 2158:17, 2158:19, 2159:7, 2159:10, 2159:21, 2160:15, 2160:19, 2160:22, 2161:12, 2161:20, 2161:24, 2162:4, 2162:5, 2163:3, 2163:7, 2163:17, 2164:5, 2164:8, 2164:11, 2164:16, 2164:19, 2165:1, 2165:16, 2165:19, 2166:1, 2166:16, 2167:6, 2167:8, 2167:12, 2168:4, 2169:11, 2170:12, 2171:3, 2171:8, 2171:16, 2172:10, 2172:11, 2172:14, 2172:22, 2173:17, 2174:5, 2174:8, 2175:7, 2175:17, 2175:22, 2176:1, 2176:5, 2176:14, 2176:24, 2178:11, 2178:23, 2179:3, 2180:14, 2180:21, 2181:8, 2182:10, 2183:7,

2183:25, 2184:4, 2184:6, 2184:14, 2184:20, 2186:1, 2186:7, 2186:14, 2186:15, 2187:8, 2187:13, 2188:3, 2189:6, 2189:17, 2190:10

**ATTRIBUTABLE** [1] - 2108:3

**ATTRIBUTING** [2] - 2141:25, 2142:1

**AVAILABLE** [3] - 2099:4, 2109:15, 2127:20

**AVENUE** [2] - 2093:23, 2094:12

**AVERAGE** [12] - 2101:10, 2140:18, 2141:7, 2170:17, 2170:18, 2183:24, 2184:3, 2184:10, 2186:16, 2186:20, 2186:23

**AWARE** [3] - 2117:22, 2127:3, 2182:21

**AWAY** [6] - 2103:14, 2103:15, 2103:22, 2137:22, 2164:9, 2181:22

**AWHILE** [1] - 2155:4

**AXIS** [2] - 2100:20, 2183:13

---

**B**

**B** [1] - 2093:19
**BACK** [90] - 2103:14, 2103:15, 2103:20, 2103:22, 2105:5, 2106:16, 2110:25, 2123:21, 2125:13, 2125:14, 2125:16, 2125:21, 2126:3, 2126:4, 2126:6, 2126:7, 2126:9, 2126:13, 2126:14, 2126:18, 2139:9, 2141:16, 2141:18, 2141:25, 2142:2, 2142:9, 2142:11, 2142:12, 2142:13, 2153:10, 2155:1, 2155:14, 2156:10, 2156:21, 2157:14, 2157:15, 2158:20, 2159:18, 2159:24, 2160:1, 2161:6, 2162:1, 2162:10, 2162:22, 2163:3,

2163:6, 2163:18, 2168:4, 2168:5, 2168:10, 2169:4, 2171:10, 2171:21, 2172:4, 2173:7, 2173:8, 2173:9, 2173:24, 2174:14, 2175:14, 2177:9, 2177:25, 2178:2, 2178:3, 2178:21, 2179:21, 2180:8, 2181:12, 2181:16, 2182:7, 2182:11, 2182:13, 2184:11, 2184:12, 2184:17, 2184:25, 2185:19, 2185:24, 2186:8, 2186:11, 2186:14, 2186:16, 2186:19, 2188:5, 2188:13, 2189:18, 2190:10

**BACK-SIDE** [2] - 2171:10, 2186:8
**BAEZA** [1] - 2095:5
**BALL** [8] - 2125:24, 2126:1, 2126:2, 2163:8, 2185:1, 2185:11, 2185:13
**BALL-PARK** [1] - 2163:8
**BAND** [11] - 2132:3, 2136:18, 2143:6, 2144:4, 2148:14, 2150:6, 2160:17, 2161:3, 2161:15, 2162:7
**BAR** [2] - 2157:12
**BARELY** [2] - 2144:7
**BARON** [1] - 2093:22
**BARONNE** [2] - 2093:17, 2093:20
**BASED** [9] - 2099:22, 2110:12, 2111:24, 2112:2, 2114:21, 2121:22, 2140:12, 2165:8, 2170:6
**BASICALLY** [13] - 2103:12, 2103:13, 2114:23, 2116:11, 2121:19, 2129:17, 2129:19, 2136:10, 2141:12, 2178:4, 2178:22, 2181:10, 2185:13
**BATON** [2] - 2094:10, 2094:16
**BAYOU** [23] - 2100:24, 2101:23, 2102:6, 2103:18,

2123:7, 2128:24, 2129:7, 2129:10, 2130:23, 2152:22, 2160:5, 2160:6, 2160:23, 2171:18, 2173:18, 2173:19, 2177:3, 2178:15, 2180:14
**BE** [125] - 2097:5, 2101:4, 2101:10, 2101:17, 2101:19, 2108:21, 2109:21, 2110:21, 2111:11, 2112:4, 2113:2, 2114:12, 2114:13, 2115:1, 2115:4, 2116:1, 2116:22, 2117:4, 2117:5, 2119:7, 2119:17, 2119:25, 2120:1, 2120:21, 2121:5, 2121:18, 2123:5, 2124:1, 2124:2, 2124:23, 2125:7, 2125:19, 2128:18, 2128:24, 2129:12, 2130:25, 2131:11, 2133:15, 2133:19, 2134:7, 2136:13, 2137:8, 2138:9, 2139:12, 2139:13, 2139:20, 2139:21, 2140:1, 2140:20, 2140:25, 2141:4, 2141:6, 2141:13, 2142:16, 2142:24, 2143:5, 2143:8, 2143:21, 2144:2, 2144:3, 2144:8, 2144:18, 2144:24, 2145:20, 2146:5, 2146:6, 2148:3, 2149:2, 2149:3, 2151:21, 2154:17, 2154:25, 2156:1, 2156:6, 2156:20, 2156:21, 2156:22, 2157:4, 2157:14, 2158:3, 2159:4, 2160:24, 2161:1, 2162:13, 2163:2, 2163:4, 2163:15, 2164:17, 2165:18, 2166:11, 2166:14, 2169:1, 2169:4, 2169:10, 2169:15, 2169:17, 2171:3, 2171:10, 2172:12, 2173:11, 2174:8, 2175:1, 2175:3, 2175:12, 2177:3,

2178:22, 2180:23, 2182:19, 2183:19, 2184:3, 2184:13, 2184:16, 2185:24, 2185:25, 2186:15, 2186:16, 2186:18, 2186:20, 2187:10, 2188:7, 2188:18, 2189:24, 2190:10
**BEA** [10] - 2120:2, 2132:18, 2157:24, 2167:5, 2167:11, 2170:10, 2170:14, 2171:1, 2171:6, 2179:5
**BEA'S** [7] - 2132:16, 2137:13, 2158:7, 2158:19, 2165:22, 2166:2, 2166:12
**BEACH** [9] - 2101:18, 2136:1, 2145:10, 2146:12, 2146:13, 2157:8, 2157:10, 2157:11, 2157:13
**BECAME** [1] - 2171:8
**BECAUSE** [30] - 2103:13, 2104:9, 2112:18, 2112:19, 2116:1, 2116:19, 2122:24, 2130:17, 2130:19, 2130:23, 2131:7, 2131:24, 2133:13, 2138:10, 2139:9, 2142:10, 2146:17, 2150:23, 2151:8, 2151:13, 2151:20, 2154:23, 2155:4, 2156:22, 2156:23, 2162:24, 2165:18, 2166:5, 2171:1, 2179:13
**BECOME** [1] - 2171:11
**BECOMES** [2] - 2136:15, 2165:3
**BEEN** [19] - 2097:23, 2103:12, 2118:24, 2119:5, 2119:7, 2129:17, 2135:5, 2136:5, 2139:23, 2155:3, 2160:18, 2164:9, 2164:10, 2167:23, 2171:14, 2175:4, 2178:2, 2179:2, 2181:24
**BEFORE** [10] - 2093:8, 2098:12, 2114:15, 2123:15,

2127:16, 2134:5, 2142:19, 2151:18, 2182:22, 2183:2
**BEGAN** [3] - 2142:8, 2159:6, 2168:13
**BEGIN** [11] - 2100:9, 2114:1, 2118:15, 2124:10, 2125:19, 2142:19, 2154:2, 2155:1, 2155:6, 2156:2, 2172:2
**BEGINNING** [6] - 2114:1, 2119:17, 2135:25, 2156:10, 2168:17, 2176:12
**BEGINS** [4] - 2101:25, 2119:13, 2142:9, 2165:2
**BEGUN** [1] - 2131:6
**BEHIND** [2] - 2173:14, 2174:10
**BEING** [15] - 2101:13, 2101:14, 2106:3, 2106:5, 2113:20, 2148:4, 2154:23, 2157:5, 2159:23, 2167:17, 2168:9, 2168:10, 2171:12, 2174:2, 2176:21
**BELIEVE** [37] - 2097:23, 2098:15, 2105:12, 2112:8, 2119:10, 2120:25, 2121:10, 2127:7, 2127:8, 2128:9, 2128:20, 2129:3, 2130:24, 2131:2, 2132:18, 2142:7, 2148:16, 2149:13, 2151:7, 2152:13, 2152:23, 2153:1, 2159:3, 2160:24, 2163:16, 2163:17, 2164:21, 2165:9, 2165:16, 2167:16, 2170:2, 2170:5, 2172:17, 2172:18, 2176:8, 2178:1, 2189:13
**BELOW** [7] - 2112:16, 2124:14, 2129:20, 2132:17, 2136:13, 2138:18, 2179:18
**BENCH** [12] - 2128:2, 2148:22, 2148:23, 2148:24, 2149:7, 2149:25, 2150:2, 2154:3, 2154:14,

2154:22, 2155:15, 2162:7

**BENCH-CUTTING** [10] - 2148:22, 2148:23, 2148:24, 2149:7, 2149:25, 2150:2, 2154:3, 2154:14, 2155:15, 2162:7

**BENCHMARK** [1] - 2165:5

**BENEATH** [1] - 2121:10

**BENJAMIN** [1] - 2095:13

**BERM** [11] - 2099:18, 2115:2, 2116:12, 2116:25, 2117:11, 2117:16, 2117:23, 2117:24, 2118:4, 2174:25, 2182:6

**BERNARD** [1] - 2104:9

**BEST** [5] - 2110:7, 2110:10, 2138:25, 2141:5, 2190:18

**BETTER** [5] - 2100:3, 2111:1, 2148:8, 2153:19, 2163:9

**BETWEEN** [46] - 2100:25, 2101:17, 2101:19, 2102:3, 2102:10, 2104:1, 2105:21, 2106:11, 2106:16, 2107:12, 2111:21, 2112:21, 2112:24, 2112:25, 2119:8, 2120:20, 2123:6, 2125:12, 2125:13, 2129:7, 2129:10, 2130:5, 2131:5, 2131:22, 2136:16, 2143:21, 2146:19, 2150:10, 2153:3, 2160:13, 2160:14, 2160:16, 2161:2, 2161:13, 2162:6, 2165:7, 2165:10, 2166:14, 2172:17, 2173:3, 2173:18, 2176:7, 2176:18, 2177:3, 2188:13

**BEYOND** [3] - 2130:18, 2145:10, 2177:6

**BIENVENUE** [27] - 2100:24, 2101:23, 2103:18, 2111:21, 2123:7, 2129:8,

2129:10, 2131:5, 2143:22, 2143:24, 2146:19, 2150:10, 2150:11, 2153:3, 2160:5, 2160:6, 2160:14, 2167:22, 2168:2, 2171:18, 2172:18, 2173:3, 2173:18, 2176:7, 2177:3, 2178:16, 2180:14

**BIG** [1] - 2164:2

**BINDER** [1] - 2169:9

**BIT** [24] - 2103:3, 2111:23, 2113:8, 2116:1, 2116:20, 2117:20, 2122:3, 2123:15, 2127:16, 2127:17, 2128:12, 2133:18, 2133:21, 2135:9, 2136:23, 2137:18, 2149:10, 2157:11, 2166:20, 2173:23, 2174:18, 2177:23, 2187:19, 2189:24

**BLACK** [1] - 2101:4

**BLOW** [1] - 2100:16

**BLOWING** [2] - 2103:4, 2105:24

**BLOWN** [1] - 2162:2

**BLUE** [6] - 2101:2, 2111:2, 2141:17, 2141:20, 2145:14, 2163:6

**BLVD** [1] - 2094:19

**BODY** [1] - 2101:20

**BORDERED** [1] - 2182:25

**BORGNE** [7] - 2103:4, 2104:10, 2105:9, 2105:16, 2105:23, 2106:5, 2107:13

**BOTH** [4] - 2098:10, 2106:17, 2121:19, 2131:23

**BOTTOM** [10] - 2100:16, 2101:2, 2106:21, 2115:20, 2132:11, 2132:12, 2134:2, 2135:7, 2154:7, 2169:11

**BOX** [4] - 2094:2, 2094:9, 2094:19, 2095:12

**BRANCH** [1] - 2095:5

**BREACH** [16] - 2111:3, 2131:8,

2141:25, 2146:16, 2155:1, 2155:13, 2160:14, 2162:12, 2162:13, 2169:7, 2169:22, 2169:24, 2176:17, 2178:20, 2181:20

**BREACHED** [14] - 2111:14, 2152:5, 2152:8, 2160:13, 2162:16, 2162:19, 2162:24, 2168:9, 2168:18, 2172:16, 2172:18, 2172:19, 2172:20

**BREACHES** [15] - 2104:23, 2112:22, 2112:24, 2112:25, 2151:13, 2159:25, 2161:2, 2161:6, 2161:14, 2161:17, 2161:19, 2162:6, 2166:22, 2166:24

**BREACHING** [14] - 2112:11, 2131:9, 2150:12, 2152:1, 2152:4, 2152:6, 2152:7, 2155:7, 2161:5, 2162:1, 2162:8, 2163:24, 2164:16

**BREAK** [7] - 2101:25, 2115:15, 2135:23, 2136:1, 2147:2, 2147:23, 2190:4

**BREAKERS** [1] - 2136:4

**BREAKING** [17] - 2113:18, 2113:19, 2115:12, 2115:16, 2115:23, 2117:5, 2119:24, 2122:17, 2125:3, 2125:8, 2128:3, 2135:19, 2151:4, 2156:24, 2157:1, 2157:8

**BRENDAN** [1] - 2094:23

**BRIEFLY** [1] - 2099:6

**BRUCE** [1] - 2096:5

**BRUNO** [13] - 2093:16, 2093:16, 2148:7, 2148:10, 2151:18, 2151:23, 2152:2, 2163:12, 2182:15, 2187:21, 2189:3, 2189:10,

2189:22

**BUCKLE** [2] - 2178:1, 2178:5

**BUCKLED** [3] - 2176:10, 2177:13, 2177:22

**BUCKLING** [1] - 2174:9

**BUDD** [1] - 2093:22

**BUILDUP** [1] - 2103:6

**BUSY** [1] - 2134:25

**BUT** [85] - 2099:22, 2100:4, 2105:3, 2105:12, 2107:16, 2107:17, 2107:20, 2108:5, 2110:15, 2110:23, 2111:12, 2114:19, 2114:20, 2117:7, 2117:10, 2117:22, 2120:10, 2121:5, 2122:9, 2123:17, 2125:7, 2125:25, 2126:25, 2127:16, 2132:8, 2133:11, 2134:18, 2135:1, 2135:10, 2136:24, 2137:18, 2140:1, 2140:22, 2140:24, 2141:12, 2144:6, 2145:10, 2145:15, 2147:12, 2148:7, 2149:2, 2150:4, 2150:13, 2150:20, 2151:14, 2151:23, 2153:22, 2154:10, 2156:12, 2157:6, 2157:20, 2157:21, 2158:8, 2161:8, 2161:17, 2162:1, 2163:18, 2165:11, 2166:7, 2166:10, 2166:20, 2167:2, 2167:22, 2169:9, 2172:11, 2173:24, 2174:8, 2174:12, 2175:23, 2176:18, 2176:19, 2179:12, 2179:14, 2181:16, 2184:14, 2186:20, 2187:19, 2188:3, 2188:20, 2189:10, 2189:24, 2190:1, 2190:2

**BY** [111] - 2093:13, 2093:16, 2093:19, 2093:23, 2094:1, 2094:5, 2094:8, 2094:12, 2094:15, 2094:18, 2094:22,

2095:1, 2095:5, 2095:18, 2095:19, 2096:6, 2097:12, 2097:23, 2100:12, 2100:17, 2104:19, 2106:4, 2106:5, 2107:9, 2107:15, 2108:5, 2109:10, 2110:6, 2110:14, 2112:15, 2113:15, 2114:6, 2114:24, 2116:6, 2118:8, 2118:22, 2122:12, 2124:16, 2125:5, 2125:8, 2126:22, 2127:13, 2128:4, 2132:2, 2132:10, 2133:7, 2133:15, 2133:16, 2133:20, 2134:20, 2134:21, 2135:1, 2137:21, 2138:6, 2138:14, 2140:5, 2140:23, 2141:11, 2141:16, 2142:18, 2143:2, 2143:5, 2143:20, 2144:20, 2146:25, 2147:4, 2148:13, 2149:13, 2149:18, 2150:17, 2153:23, 2154:12, 2154:25, 2155:5, 2155:9, 2156:3, 2156:16, 2157:23, 2159:1, 2159:11, 2160:7, 2160:11, 2161:25, 2163:1, 2163:10, 2164:4, 2164:16, 2165:23, 2167:4, 2167:10, 2167:17, 2168:3, 2170:4, 2171:10, 2171:15, 2173:1, 2175:6, 2176:4, 2176:18, 2177:18, 2179:4, 2180:6, 2180:20, 2181:7, 2183:6, 2184:5, 2184:24, 2186:6

## C

**C** [9] - 2094:5, 2094:8, 2094:12, 2094:14, 2094:15, 2094:18, 2094:18, 2097:1, 2109:24

**C-O-R-E** [1] - 2109:24

**CA** [1] - 2093:14

**CALCULATE** [4] -

2099:14, 2139:24, 2140:25, 2141:15

**CALCULATED** [4] - 2124:25, 2187:25, 2188:5, 2189:13

**CALCULATING** [1] - 2187:3

**CALCULATION** [5] - 2116:23, 2140:20, 2141:13, 2142:14, 2187:15

**CALCULATIONS** [5] - 2114:18, 2140:11, 2181:24, 2182:17, 2186:24

**CALL** [10] - 2117:4, 2127:21, 2128:2, 2134:6, 2139:25, 2150:8, 2156:24, 2168:7, 2180:1, 2186:20

**CALLED** [4] - 2097:25, 2117:6, 2169:13, 2181:12

**CALVIN** [1] - 2094:12

**CAME** [3] - 2157:19, 2167:21, 2173:10

**CAN** [69] - 2097:16, 2099:22, 2101:25, 2106:17, 2106:19, 2107:21, 2110:3, 2110:18, 2112:10, 2112:14, 2113:22, 2115:7, 2116:2, 2116:7, 2119:20, 2123:15, 2125:6, 2125:11, 2129:6, 2129:17, 2130:4, 2134:12, 2139:12, 2141:17, 2143:1, 2145:17, 2149:8, 2151:6, 2151:14, 2151:15, 2151:20, 2151:25, 2152:9, 2152:11, 2153:7, 2153:10, 2153:18, 2153:25, 2154:9, 2154:25, 2157:19, 2158:22, 2159:25, 2160:9, 2163:7, 2168:7, 2169:22, 2171:9, 2173:7, 2174:16, 2175:9, 2176:6, 2176:9, 2177:9, 2177:21, 2178:12, 2178:14, 2178:18, 2179:12, 2180:12, 2181:2, 2182:20, 2184:19, 2186:11, 2187:18,

2190:7

**CAN'T** [3] - 2152:10, 2173:22, 2187:24

**CANAL** [6] - 2104:23, 2105:20, 2106:3, 2106:10, 2107:11, 2109:1

**CAPTURES** [1] - 2129:4

**CAPTURING** [1] - 2108:17

**CAREFULLY** [1] - 2161:24

**CARONDELET** [1] - 2095:2

**CARVE** [1] - 2157:11

**CARVED** [1] - 2169:5

**CASE** [6] - 2116:21, 2117:2, 2154:5, 2155:21, 2157:14, 2170:2

**CASES** [1] - 2158:3

**CATALOG** [1] - 2138:15

**CATCH** [1] - 2158:24

**CAUSE** [1] - 2178:4

**CAUSED** [1] - 2127:5

**CAUSING** [1] - 2185:18

**CCR** [3] - 2095:15, 2190:17, 2190:22

**CENTER** [15] - 2103:3, 2105:15, 2110:9, 2110:19, 2110:20, 2128:21, 2130:1, 2132:25, 2149:15, 2161:1, 2161:13, 2163:1, 2171:21, 2173:21, 2177:20

**CENTRAL** [5] - 2097:21, 2100:19, 2124:21, 2140:16, 2183:14

**CERTAIN** [8] - 2108:18, 2111:12, 2125:20, 2137:19, 2166:15, 2175:18, 2187:23

**CERTAINLY** [9] - 2100:6, 2109:9, 2112:14, 2153:6, 2159:14, 2177:22, 2179:1, 2179:14, 2186:1

**CERTAINTY** [1] - 2170:7

**CERTIFICATE** [1] - 2190:15

**CERTIFY** [1] -

2190:17

**CETERA** [2] - 2140:1, 2179:14

**CHALLENGES** [1] - 2108:10

**CHAMBERS** [1] - 2151:21

**CHANCE** [1] - 2146:22

**CHANGES** [2] - 2101:5, 2122:8

**CHANGING** [1] - 2124:21

**CHANNEL** [12] - 2099:17, 2101:3, 2118:6, 2124:24, 2131:18, 2131:22, 2147:17, 2170:18, 2176:7, 2176:9, 2176:14, 2177:12

**CHANNELIZED** [1] - 2169:23

**CHANNELS** [2] - 2169:5, 2169:6

**CHARACTERISTICS** [3] - 2110:4, 2110:5, 2110:10

**CHART** [1] - 2183:12

**CHECK** [1] - 2163:18

**CITED** [1] - 2167:11

**CITES** [1] - 2167:5

**CITY** [1] - 2094:20

**CLARIFY** [2] - 2123:25, 2182:20

**CLASSIC** [2] - 2169:13, 2169:24

**CLAY** [1] - 2137:9

**CLAYS** [1] - 2110:16

**CLEAN** [3] - 2168:15, 2168:16, 2169:3

**CLEAR** [9] - 2144:11, 2149:12, 2171:9, 2173:25, 2174:7, 2176:11, 2176:15, 2176:19, 2179:11

**CLEARED** [1] - 2142:25

**CLEARER** [3] - 2112:22, 2144:14, 2168:24

**CLEARLY** [6] - 2145:2, 2171:20, 2176:12, 2177:20, 2177:22, 2178:12

**CLERK** [9] - 2097:5, 2100:14, 2148:3, 2158:11, 2158:15, 2158:18, 2158:19, 2158:24, 2167:9

**CLOSE** [10] - 2100:6,

2123:13, 2150:20, 2156:12, 2163:15, 2169:19, 2176:21, 2181:4, 2181:5, 2183:4

**CLOSER** [3] - 2126:11, 2143:24, 2170:18

**CLOSEST** [1] - 2176:9

**CLUES** [1] - 2168:15

**COAST** [10] - 2103:7, 2103:8, 2103:9, 2103:11, 2103:13, 2103:14, 2103:15, 2103:23, 2107:5

**COASTAL** [1] - 2114:20

**COASTER** [1] - 2185:21

**COEFFICIENT** [3] - 2115:6, 2141:3, 2141:4

**COINCIDE** [1] - 2166:17

**COLLECTED** [1] - 2100:3

**COLLECTION** [1] - 2129:2

**COLORED** [1] - 2175:11

**COLORFUL** [1] - 2154:10

**COLORS** [1] - 2154:7

**COLUMN** [1] - 2124:24

**COLUMNS** [1] - 2140:17

**COMBINATION** [5] - 2123:20, 2133:19, 2145:2, 2148:17, 2165:19

**COMBINED** [2] - 2126:16, 2180:1

**COME** [1] - 2154:8

**COMES** [2] - 2103:19, 2169:18

**COMFORTABLE** [1] - 2177:6

**COMING** [5] - 2155:7, 2162:3, 2176:16, 2178:22, 2179:17

**COMMENTS** [1] - 2160:25

**COMMON** [1] - 2097:19

**COMPARABLE** [1] - 2106:14

**COMPARE** [1] - 2106:13

**COMPARED** [5] - 2106:25, 2125:3, 2166:23, 2168:5, 2186:11

**COMPARING** [1] - 2138:2

**COMPARISON** [2] - 2106:11, 2188:13

**COMPLETED** [1] - 2183:1

**COMPLETELY** [2] - 2123:21, 2176:10

**COMPLETENESS** [1] - 2188:21

**COMPLEX** [1] - 2094:8

**COMPLEXITIES** [1] - 2108:7

**COMPLICATED** [2] - 2100:5, 2106:10

**COMPLIMENT** [1] - 2154:6

**COMPONENT** [2] - 2117:23, 2121:22

**COMPONENTS** [1] - 2121:22

**COMPORT** [2] - 2132:16, 2139:4

**COMPROMISE** [1] - 2162:14

**COMPUTE** [2] - 2121:7, 2181:24

**COMPUTER** [1] - 2095:19

**CONCENTRATED** [2] - 2151:2, 2169:17

**CONCLUDED** [1] - 2137:23

**CONCLUSION** [3] - 2133:19, 2141:14, 2144:8

**CONCUR** [1] - 2163:21

**CONDITION** [2] - 2126:13, 2179:22

**CONDITIONS** [4] - 2115:4, 2124:7, 2136:24, 2182:12

**CONFIDENT** [1] - 2108:24

**CONFIRMED** [1] - 2189:17

**CONFUSION** [1] - 2119:8

**CONOR** [1] - 2095:7

**CONSERVATIVE** [2] - 2115:3, 2117:6

**CONSIDER** [2] -

2122:23, 2148:25
**CONSIDERABLE** [1] - 2178:19
**CONSISTENT** [1] - 2140:25
**CONSTANT** [2] - 2115:18, 2150:25
**CONSTRICTION** [1] - 2169:16
**CONSTRUCTED** [2] - 2110:16, 2135:15
**CONSTRUCTION** [2] - 2109:12, 2109:16
**CONTAINED** [1] - 2187:6
**CONTINUE** [1] - 2151:6
**CONTINUED** [2] - 2097:11, 2181:18
**CONTINUES** [3] - 2104:12, 2115:16, 2155:13
**CONTINUING** [2] - 2114:2, 2115:17
**CONTINUOUS** [1] - 2150:5
**CONVERSE** [1] - 2117:7
**CONVERSION** [1] - 2097:21
**COORDINATES** [1] - 2097:21
**CORE** [11] - 2105:8, 2109:17, 2109:18, 2109:20, 2109:21, 2110:1, 2110:12, 2110:17, 2110:20, 2111:25
**CORES** [1] - 2110:9
**CORRECT** [39] - 2098:5, 2098:17, 2098:21, 2099:3, 2099:12, 2102:7, 2102:17, 2108:8, 2109:4, 2109:19, 2112:6, 2124:3, 2127:2, 2129:13, 2130:8, 2134:23, 2138:1, 2138:5, 2138:22, 2139:16, 2139:19, 2143:23, 2143:25, 2144:17, 2146:17, 2147:15, 2148:21, 2149:22, 2156:9, 2159:19, 2172:16, 2179:8, 2183:10, 2184:23, 2185:22, 2186:10, 2188:16, 2189:5, 2190:18

**CORRECTLY** [1] - 2187:21
**CORRESPOND** [1] - 2100:21
**CORRESPONDS** [6] - 2103:2, 2103:5, 2136:21, 2157:13, 2183:20, 2183:21
**COULD** [19] - 2124:2, 2125:14, 2125:15, 2138:25, 2145:13, 2151:9, 2156:6, 2157:6, 2162:22, 2163:3, 2163:5, 2163:6, 2164:15, 2166:23, 2175:1, 2175:3, 2182:18, 2184:16, 2185:5
**COULDN'T** [2] - 2165:1, 2175:2
**COULWAVE** [4] - 2099:17, 2114:18, 2182:4, 2189:11
**COUNSEL** [9] - 2113:11, 2140:2, 2141:23, 2153:7, 2153:11, 2153:25, 2157:16, 2163:14, 2167:2
**COUNSEL'S** [1] - 2163:21
**COUPLE** [6] - 2110:24, 2112:13, 2122:18, 2131:16, 2136:19, 2160:9
**COUPLED** [2] - 2097:17, 2099:9
**COURSE** [2] - 2146:8, 2188:11
**COURT** [197] - 2093:1, 2095:15, 2097:7, 2097:10, 2100:11, 2104:14, 2104:18, 2108:19, 2109:2, 2109:5, 2109:9, 2109:23, 2110:23, 2111:7, 2111:16, 2111:24, 2112:4, 2113:1, 2113:6, 2113:9, 2113:11, 2115:11, 2115:19, 2115:24, 2116:3, 2116:5, 2117:21, 2118:3, 2118:7, 2118:21, 2120:19, 2121:4, 2121:14, 2121:21, 2122:2, 2122:5, 2122:10, 2123:23,

2123:25, 2124:4, 2124:11, 2124:15, 2127:24, 2130:18, 2130:19, 2131:11, 2131:18, 2131:20, 2131:23, 2132:6, 2133:3, 2133:6, 2134:2, 2134:5, 2134:11, 2134:16, 2137:13, 2137:16, 2137:20, 2138:19, 2138:23, 2139:3, 2139:7, 2139:16, 2139:23, 2141:16, 2141:20, 2141:23, 2142:3, 2142:6, 2142:14, 2142:17, 2142:22, 2143:15, 2143:19, 2144:16, 2144:17, 2145:8, 2145:15, 2145:17, 2145:24, 2146:1, 2146:5, 2146:8, 2146:12, 2146:15, 2146:24, 2147:2, 2147:13, 2147:16, 2147:20, 2147:24, 2148:2, 2148:4, 2148:8, 2149:17, 2150:7, 2150:12, 2151:11, 2151:20, 2151:25, 2152:3, 2152:7, 2152:15, 2152:19, 2153:2, 2153:5, 2153:11, 2153:18, 2153:25, 2154:4, 2154:20, 2156:5, 2156:11, 2156:15, 2157:16, 2157:20, 2158:8, 2158:19, 2158:23, 2158:25, 2160:3, 2162:11, 2162:15, 2162:20, 2162:23, 2163:2, 2163:4, 2163:8, 2163:14, 2163:20, 2163:25, 2164:2, 2165:5, 2165:13, 2165:18, 2166:4, 2166:11, 2166:14, 2166:25, 2167:25, 2172:15, 2172:20, 2172:25, 2174:15, 2174:18, 2174:21, 2174:23, 2175:2, 2175:5, 2175:8, 2175:25, 2176:3, 2177:5, 2177:10, 2177:13, 2177:17, 2178:14, 2178:17, 2179:12,

2180:9, 2180:16, 2180:19, 2180:24, 2181:1, 2181:4, 2181:6, 2182:14, 2182:24, 2183:2, 2183:5, 2183:17, 2183:23, 2184:22, 2185:7, 2185:11, 2185:20, 2187:8, 2187:14, 2188:6, 2188:11, 2188:15, 2188:18, 2188:23, 2189:2, 2189:9, 2189:15, 2189:19, 2190:1, 2190:6, 2190:9, 2190:17, 2190:17, 2190:23
**COURT'S** [4] - 2097:5, 2117:22, 2148:3, 2185:20
**COVER** [14] - 2116:2, 2135:5, 2137:10, 2140:18, 2140:19, 2141:3, 2141:5, 2141:7, 2141:9, 2141:10, 2141:14, 2162:5
**COVERING** [1] - 2142:16
**COVERS** [1] - 2141:2
**CREATE** [3] - 2116:15, 2122:25, 2155:1
**CREATED** [9] - 2105:16, 2105:17, 2105:23, 2154:23, 2161:6, 2161:25, 2168:8, 2180:5, 2181:13
**CREATES** [4] - 2103:16, 2126:7, 2126:13, 2172:5
**CREATING** [2] - 2136:5, 2178:22
**CREST** [72] - 2101:18, 2101:19, 2111:15, 2112:13, 2112:16, 2124:9, 2124:14, 2125:21, 2126:1, 2126:6, 2126:11, 2126:14, 2126:17, 2128:20, 2129:19, 2129:22, 2129:25, 2130:1, 2132:22, 2132:24, 2133:9, 2133:24, 2134:1, 2142:19, 2144:1, 2144:3, 2144:13, 2144:16, 2144:22, 2144:24,

2145:21, 2146:2, 2146:3, 2147:6, 2149:5, 2149:23, 2154:2, 2154:13, 2154:15, 2155:11, 2159:21, 2161:21, 2162:14, 2179:17, 2179:19, 2179:24, 2180:7, 2181:20, 2182:7, 2182:10, 2182:13, 2183:8, 2183:15, 2183:20, 2183:21, 2183:25, 2184:2, 2184:4, 2184:6, 2184:9, 2184:20, 2185:3, 2185:17, 2185:24, 2186:1, 2186:4, 2186:15, 2186:19, 2188:13
**CRESTS** [4] - 2101:17, 2126:9, 2145:11, 2186:13
**CRITICAL** [5] - 2104:8, 2113:25, 2121:22, 2122:16, 2160:13
**CROSS** [2] - 2159:5, 2189:23
**CROSS-SECTION** [1] - 2159:5
**CRR** [2] - 2095:15, 2190:22
**CUMULATIVE** [1] - 2140:17
**CURIOSITY** [1] - 2134:17
**CURIOUS** [6] - 2104:15, 2111:8, 2141:5, 2141:24, 2162:23, 2179:13
**CURRENTS** [5] - 2126:23, 2127:1, 2127:4, 2127:8, 2156:23
**CURVE** [12] - 2100:23, 2101:2, 2101:21, 2136:20, 2163:7, 2183:15, 2183:19, 2183:21
**CURVED** [1] - 2168:15
**CURVES** [4] - 2106:13, 2183:14, 2183:20, 2184:7
**CUT** [7] - 2134:7, 2154:17, 2169:22, 2181:13, 2181:19
**CUTS** [9] - 2128:1, 2128:2, 2151:7,

2154:16, 2154:22, 2160:14, 2160:16, 2161:4, 2169:23
   **CUTTING** [12] - 2148:22, 2148:23, 2148:24, 2149:7, 2149:9, 2149:25, 2150:2, 2154:3, 2154:14, 2155:15, 2162:1, 2162:7

# D

**D** [4] - 2095:10, 2096:1, 2097:1, 2139:25
   **DALLAS** [1] - 2093:24
   **DAMAGE** [2] - 2116:15, 2156:10
   **DAMAGING** [2] - 2126:17, 2180:7
   **DANIEL** [1] - 2095:5
   **DARK** [5] - 2173:21, 2174:6, 2174:7, 2175:10, 2177:20
   **DARKER** [2] - 2161:25, 2175:1
   **DATA** [16] - 2100:3, 2105:2, 2105:3, 2105:4, 2106:7, 2106:12, 2107:3, 2108:12, 2108:19, 2109:2, 2110:14, 2114:21, 2121:11, 2132:14, 2140:13, 2188:1
   **DAYLIGHT** [5] - 2097:22, 2100:19, 2124:21, 2140:16, 2183:14
   **DAYS** [1] - 2189:17
   **DC** [1] - 2095:13
   **DEAL** [1] - 2187:13
   **DEALING** [1] - 2187:14
   **DEBRIS** [3] - 2162:2, 2175:1, 2175:3
   **DECELERATING** [1] - 2185:15
   **DECISION** [1] - 2187:12
   **DECLINE** [1] - 2107:7
   **DECLINING** [1] - 2107:6
   **DECREASING** [3] - 2136:11, 2136:15
   **DEEPER** [10] - 2128:1, 2128:12, 2148:25, 2149:9,

2150:2, 2151:7, 2154:22, 2161:4, 2169:5, 2169:23
   **DEFENDANT** [1] - 2095:4
   **DEFENDANT'S** [1] - 2120:22
   **DEFENDANTS** [1] - 2165:7
   **DEFENSE** [1] - 2145:19
   **DEFINE** [3] - 2117:23, 2162:12, 2179:12
   **DEFINED** [2] - 2101:6, 2171:25
   **DEFINITE** [1] - 2173:9
   **DEFINITELY** [4] - 2174:25, 2175:12, 2180:23, 2181:19
   **DEFINITION** [1] - 2162:13
   **DEGRADATION** [3] - 2165:3, 2166:19, 2170:7
   **DEGRADED** [1] - 2168:14
   **DEGREE** [4] - 2133:21, 2170:6, 2188:19, 2188:20
   **DELFT** [1] - 2138:15
   **DEMONSTRATIVE** [2] - 2169:8, 2169:9
   **DENHAM** [1] - 2094:13
   **DEPARTMENT** [1] - 2095:4
   **DEPENDING** [1] - 2189:20
   **DEPENDS** [3] - 2099:25, 2139:17, 2139:19
   **DEPICTED** [1] - 2163:22
   **DEPOSIT** [2] - 2160:18, 2161:6
   **DEPOSITED** [15] - 2157:5, 2157:12, 2157:15, 2159:18, 2159:23, 2164:6, 2168:10, 2169:6, 2173:14, 2174:2, 2174:11, 2175:4, 2177:24, 2179:2
   **DEPOSITION** [8] - 2176:22, 2178:9, 2179:1, 2182:16, 2187:20, 2188:3, 2189:6, 2189:17

**DEPOSITS** [8] - 2155:13, 2160:1, 2161:16, 2161:25, 2164:19, 2168:8, 2170:2, 2170:3
   **DEPTH** [21] - 2110:5, 2114:24, 2114:25, 2115:5, 2115:6, 2115:8, 2115:18, 2116:19, 2117:1, 2117:3, 2117:4, 2117:13, 2119:25, 2125:1, 2125:5, 2130:9, 2133:15, 2137:3, 2139:10, 2139:11, 2176:14
   **DEPUTY** [2] - 2097:5, 2148:3
   **DERIVES** [1] - 2100:3
   **DESCRIBE** [5] - 2101:10, 2126:22, 2127:18, 2182:2, 2186:8
   **DESIGNED** [2] - 2118:2, 2124:4
   **DESPITE** [2] - 2162:8, 2176:20
   **DESTINATION** [1] - 2158:3
   **DESTROY** [1] - 2112:14
   **DETAIL** [2] - 2116:2, 2127:17
   **DETAILED** [2] - 2099:15, 2114:18
   **DETAILS** [1] - 2098:12
   **DETERMINE** [5] - 2114:17, 2117:8, 2139:1, 2145:17, 2189:21
   **DETERMINING** [1] - 2109:12
   **DEVASTATING** [2] - 2177:14, 2180:7
   **DEVELOPED** [3] - 2105:21, 2140:12, 2156:23
   **DEVELOPING** [2] - 2134:13, 2154:22
   **DEVELOPMENT** [2] - 2106:6, 2107:2
   **DEVICE** [2] - 2109:21, 2109:22
   **DIAGRAM** [1] - 2114:15
   **DICTATED** [3] - 2125:4, 2125:8, 2133:16

**DID** [27] - 2098:2, 2098:4, 2099:8, 2112:19, 2117:15, 2118:24, 2126:4, 2128:25, 2131:12, 2133:3, 2136:8, 2137:16, 2137:18, 2138:14, 2140:6, 2140:8, 2140:10, 2140:11, 2140:24, 2142:3, 2142:4, 2152:22, 2179:6, 2179:12, 2182:17, 2184:25, 2188:5
   **DIDN'T** [10] - 2104:14, 2111:4, 2112:12, 2112:24, 2116:3, 2125:16, 2140:21, 2143:11, 2153:7, 2187:21
   **DIFFER** [2] - 2165:14, 2165:15
   **DIFFERED** [1] - 2182:13
   **DIFFERENCE** [10] - 2121:4, 2121:6, 2165:6, 2165:17, 2166:6, 2166:7, 2166:11, 2166:14, 2168:6, 2181:1
   **DIFFERENCES** [4] - 2108:3, 2120:20, 2121:15, 2125:12
   **DIFFERENT** [10] - 2108:14, 2119:4, 2120:13, 2120:23, 2126:21, 2130:5, 2138:9, 2173:8, 2188:18
   **DIFFICULT** [2] - 2131:14, 2173:12
   **DIP** [2] - 2107:3, 2107:4
   **DIRECT** [2] - 2096:6, 2097:11
   **DIRECTED** [2] - 2157:2, 2185:17
   **DIRECTION** [3] - 2169:16, 2172:8, 2178:20
   **DISCOVERY** [1] - 2189:25
   **DISCUSS** [4] - 2135:21, 2170:12, 2171:16, 2187:11
   **DISCUSSED** [1] - 2129:3
   **DISCUSSING** [2] - 2100:9, 2124:19
   **DISCUSSION** [5] -

2097:23, 2109:7, 2113:12, 2139:23, 2170:10
   **DISPUTE** [1] - 2164:2
   **DISRUPT** [3] - 2151:11, 2153:12, 2153:20
   **DISRUPTING** [1] - 2163:21
   **DISSIPATE** [2] - 2115:15, 2115:17
   **DISSIPATING** [1] - 2115:13
   **DISSIPATION** [2] - 2115:14, 2151:4
   **DISTANCE** [3] - 2131:22, 2175:16, 2181:22
   **DISTRICT** [5] - 2093:1, 2093:1, 2093:8, 2190:17
   **DIVIDED** [1] - 2129:9
   **DM** [1] - 2169:8
   **DO** [91] - 2097:10, 2098:2, 2098:12, 2099:7, 2099:8, 2100:8, 2103:20, 2104:2, 2104:20, 2106:11, 2107:21, 2109:7, 2109:15, 2110:12, 2110:17, 2111:5, 2111:6, 2111:21, 2113:13, 2114:17, 2116:8, 2116:24, 2119:10, 2120:3, 2125:14, 2127:7, 2127:11, 2127:12, 2128:16, 2129:14, 2131:12, 2132:3, 2132:4, 2134:3, 2137:13, 2139:6, 2140:10, 2142:22, 2145:9, 2145:18, 2145:19, 2147:6, 2147:8, 2147:17, 2147:23, 2149:25, 2153:18, 2155:1, 2155:25, 2157:19, 2158:21, 2159:23, 2162:12, 2163:21, 2164:6, 2165:6, 2165:14, 2166:16, 2166:20, 2167:13, 2168:6, 2168:22, 2168:24, 2170:5, 2170:12, 2170:13, 2170:16, 2170:17, 2170:19, 2170:21,

2170:23, 2171:23, 2174:14, 2177:5, 2179:12, 2180:10, 2180:11, 2181:8, 2183:17, 2185:10, 2187:2, 2188:23, 2189:18, 2189:20, 2189:24, 2190:5, 2190:17

**DOCKET** [1] - 2093:3
**DOCTOR** [1] - 2165:4
**DOES** [27] - 2103:24, 2104:24, 2105:1, 2107:16, 2113:16, 2113:22, 2113:23, 2115:20, 2116:18, 2120:22, 2122:7, 2122:9, 2130:19, 2130:21, 2132:16, 2142:19, 2142:21, 2151:15, 2152:3, 2157:24, 2164:12, 2169:14, 2180:10, 2187:8, 2188:6
**DOESN'T** [8] - 2098:5, 2120:10, 2143:15, 2154:8, 2154:10, 2164:13, 2174:8, 2185:3
**DOING** [2] - 2136:5, 2140:23
**DOMAIN** [1] - 2099:11
**DOMENGEAUX** [1] - 2094:1
**DOMINANT** [3] - 2098:23, 2165:16, 2171:8
**DOMINATED** [1] - 2098:20
**DOMINATING** [1] - 2123:21
**DOMINO** [1] - 2187:15
**DON'T** [57] - 2101:6, 2103:17, 2107:4, 2109:6, 2110:25, 2112:7, 2113:5, 2117:21, 2119:15, 2121:2, 2121:16, 2121:18, 2122:8, 2129:22, 2131:13, 2131:19, 2137:1, 2141:24, 2145:11, 2145:15, 2147:19, 2151:16, 2151:23, 2152:19, 2153:11, 2158:10, 2159:16, 2163:12, 2164:5,

2164:7, 2164:21, 2165:10, 2165:14, 2165:16, 2165:25, 2166:3, 2167:14, 2170:9, 2172:18, 2172:23, 2173:15, 2174:13, 2176:21, 2177:5, 2177:16, 2178:25, 2179:10, 2182:18, 2188:21, 2188:23, 2188:24, 2189:11, 2189:13, 2190:3
**DONE** [10] - 2108:16, 2114:2, 2135:3, 2137:9, 2138:6, 2138:16, 2154:4, 2181:24, 2186:24, 2189:18
**DOWN** [46] - 2101:25, 2110:9, 2118:5, 2125:21, 2125:25, 2126:2, 2126:6, 2126:12, 2128:21, 2130:1, 2138:17, 2142:9, 2142:11, 2142:12, 2155:1, 2156:21, 2157:2, 2159:11, 2159:15, 2160:19, 2163:16, 2171:21, 2172:4, 2172:7, 2173:21, 2174:18, 2176:19, 2176:23, 2177:20, 2179:3, 2179:21, 2180:11, 2182:7, 2182:11, 2184:11, 2184:12, 2184:17, 2185:3, 2185:15, 2185:16, 2185:17, 2185:18, 2185:19, 2186:11, 2186:16, 2186:19
**DOWNLOAD** [1] - 2097:20
**DOZEN** [1] - 2108:22
**DR** [35] - 2097:15, 2097:17, 2097:24, 2099:20, 2116:2, 2120:2, 2129:1, 2132:16, 2132:18, 2137:13, 2151:17, 2157:24, 2158:7, 2158:19, 2165:8, 2165:22, 2166:2, 2166:12, 2167:5, 2167:11, 2170:10, 2170:14, 2171:1, 2171:6, 2179:5, 2182:4, 2182:17,

2183:1, 2187:9, 2187:25, 2188:5, 2188:25, 2189:11, 2189:17
**DRAMATICALLY** [2] - 2156:13, 2156:14
**DRAW** [3] - 2128:20, 2133:9, 2153:17
**DRAWING** [2] - 2149:24, 2159:22
**DRAWING)** [14] - 2130:2, 2133:2, 2133:12, 2144:3, 2144:24, 2147:7, 2149:6, 2154:15, 2161:23, 2173:7, 2173:21, 2174:6, 2175:10, 2177:21
**DRAWN** [2] - 2129:16, 2144:6
**DREW** [3] - 2108:1, 2171:24, 2173:25
**DRILLING** [1] - 2109:21
**DRIVEN** [4] - 2106:4, 2106:5, 2156:3, 2164:16
**DROP** [1] - 2155:6
**DROPS** [1] - 2107:8
**DUDENHEFER** [2] - 2094:4, 2094:5
**DUE** [14] - 2111:18, 2112:14, 2115:23, 2117:5, 2119:24, 2128:2, 2134:8, 2135:23, 2140:24, 2161:3, 2171:22, 2173:9, 2175:24, 2178:22
**DUMAS** [2] - 2094:7, 2094:8
**DUPRE** [33] - 2102:6, 2103:18, 2111:22, 2123:7, 2128:24, 2129:8, 2129:10, 2129:11, 2129:12, 2130:7, 2130:15, 2130:23, 2131:5, 2131:10, 2133:5, 2143:22, 2146:19, 2150:11, 2152:22, 2152:25, 2153:4, 2160:6, 2160:14, 2160:23, 2160:24, 2167:22, 2172:18, 2173:4, 2173:19, 2176:7, 2177:3, 2180:17
**DURATION** [15] - 2102:11, 2108:17,

2120:15, 2120:16, 2122:17, 2122:23, 2122:25, 2130:25, 2131:2, 2137:11, 2139:21, 2154:24, 2155:22, 2155:24, 2159:7
**DURING** [13] - 2113:25, 2124:7, 2135:17, 2136:3, 2136:24, 2138:6, 2138:10, 2145:6, 2146:22, 2150:24, 2186:24, 2187:3, 2187:20
**DUTCH** [4] - 2134:21, 2135:2, 2137:23, 2138:16
**DUVAL** [1] - 2093:8
**DYNAMICS** [3] - 2106:10, 2113:16, 2113:17

---

**E**

**E** [7] - 2095:2, 2096:1, 2097:1, 2109:24, 2143:10
**EACH** [16] - 2102:2, 2102:23, 2108:23, 2114:1, 2114:11, 2114:15, 2120:8, 2124:22, 2126:16, 2128:18, 2135:21, 2141:2, 2144:19, 2159:25, 2161:5, 2184:2
**EARLIER** [9] - 2108:9, 2121:25, 2122:3, 2131:6, 2150:7, 2150:12, 2163:20, 2185:1, 2189:4
**EARLY** [3] - 2129:3, 2155:20, 2161:11
**EASIEST** [3] - 2101:8, 2101:10, 2141:11
**EAST** [1] - 2094:23
**EASTERN** [2] - 2093:1, 2190:17
**EBERSOLE** [13] - 2096:5, 2097:13, 2097:25, 2109:11, 2140:9, 2159:20, 2167:7, 2170:5, 2170:13, 2182:16, 2187:20, 2188:10, 2188:11
**EBERSOLE'S** [2] - 2100:10, 2189:6

**EDWARDS** [1] - 2094:1
**EFFECT** [8] - 2099:1, 2115:21, 2120:3, 2168:22, 2169:14, 2169:25, 2171:5, 2187:15
**EHRLICH** [1] - 2095:6
**EIGHT** [2] - 2104:5, 2163:1
**EITHER** [5] - 2154:16, 2160:19, 2161:14, 2162:7, 2179:25
**EL** [1] - 2095:6
**EL-AMIN** [1] - 2095:6
**ELAPSED** [1] - 2159:8
**ELEMENTARY** [1] - 2113:24
**ELEVATION** [25] - 2100:20, 2104:4, 2114:11, 2114:12, 2116:25, 2118:2, 2124:14, 2132:19, 2133:13, 2133:14, 2133:16, 2150:16, 2150:25, 2151:5, 2162:20, 2170:20, 2170:22, 2170:24, 2170:25, 2171:13, 2172:23, 2175:18, 2175:22, 2177:22, 2179:24
**ELEVATIONS** [4] - 2119:16, 2130:6, 2130:23, 2151:8
**ELICIT** [1] - 2189:19
**ELISA** [1] - 2094:22
**ELONGATED** [1] - 2178:18
**ELSE** [4] - 2111:1, 2111:19, 2126:19, 2160:20
**ELWOOD** [2] - 2094:18, 2094:18
**EMPHASIZE** [1] - 2113:10
**ENCROACH** [1] - 2116:3
**END** [15] - 2102:15, 2103:18, 2106:20, 2106:21, 2146:4, 2146:10, 2146:11, 2147:9, 2157:5, 2163:16, 2163:17, 2176:2, 2176:12, 2178:23, 2180:14
**ENDED** [1] - 2175:21

**ENDS** [3] - 2098:10, 2159:11, 2180:14
**ENERGETIC** [3] - 2122:17, 2122:18, 2139:14
**ENERGY** [11] - 2101:9, 2115:14, 2115:15, 2115:17, 2116:1, 2116:20, 2117:12, 2120:1, 2123:15, 2165:19, 2171:3
**ENGINEERING** [2] - 2114:20, 2170:7
**ENOUGH** [9] - 2126:1, 2139:14, 2142:23, 2144:9, 2144:17, 2145:3, 2155:22, 2155:24, 2155:25
**ENTERS** [1] - 2099:13
**ENTIRE** [12] - 2099:11, 2099:12, 2112:11, 2138:7, 2142:12, 2145:6, 2145:10, 2149:3, 2150:1, 2150:5, 2152:18, 2157:17
**ENTITLED** [2] - 2183:8, 2190:19
**ENTRANCE** [2] - 2107:12, 2108:25
**ENVIRONMENT** [1] - 2126:7
**EQUILIBRIUM** [1] - 2115:13
**ERGO** [1] - 2184:22
**ERODE** [9] - 2120:9, 2120:12, 2120:13, 2121:9, 2122:9, 2142:10, 2155:4, 2155:13
**ERODED** [12] - 2121:13, 2157:4, 2158:4, 2161:9, 2161:10, 2161:18, 2167:17, 2172:13, 2173:13, 2175:15, 2179:2, 2181:12
**ERODIBILITY** [1] - 2111:7
**ERODIBLE** [4] - 2111:23, 2112:20, 2113:2, 2130:16
**ERODING** [6] - 2120:16, 2121:3, 2127:10, 2154:25, 2168:18, 2172:6
**EROSION** [155] -

2111:18, 2111:21, 2112:23, 2112:25, 2118:11, 2118:12, 2119:2, 2120:15, 2120:17, 2120:25, 2121:2, 2121:6, 2121:10, 2121:13, 2122:6, 2122:15, 2122:19, 2122:21, 2122:22, 2123:1, 2123:21, 2126:21, 2126:22, 2126:25, 2127:5, 2127:13, 2127:19, 2127:22, 2128:5, 2128:7, 2128:10, 2128:13, 2129:14, 2129:15, 2130:3, 2130:9, 2130:17, 2131:3, 2131:4, 2132:4, 2132:12, 2132:17, 2132:19, 2132:23, 2133:1, 2133:10, 2133:17, 2133:20, 2133:23, 2134:1, 2135:4, 2135:22, 2136:6, 2136:8, 2136:9, 2136:10, 2136:13, 2136:14, 2136:15, 2136:18, 2137:3, 2137:4, 2137:7, 2137:12, 2137:24, 2138:11, 2138:13, 2138:17, 2138:20, 2139:3, 2139:7, 2139:15, 2140:14, 2140:18, 2140:24, 2141:6, 2141:12, 2141:15, 2141:18, 2141:25, 2142:2, 2143:3, 2143:12, 2144:4, 2144:9, 2144:23, 2145:3, 2147:8, 2147:10, 2147:12, 2148:14, 2148:16, 2148:23, 2148:25, 2149:10, 2150:6, 2155:25, 2156:2, 2156:14, 2156:18, 2156:19, 2157:3, 2158:1, 2159:3, 2159:8, 2159:13, 2160:15, 2160:17, 2161:3, 2161:15, 2162:7, 2164:9, 2164:17, 2164:20, 2164:22, 2165:15, 2165:24, 2167:12, 2170:1, 2170:6, 2170:13, 2171:5,

2171:7, 2171:9, 2171:10, 2171:12, 2171:14, 2172:9, 2172:10, 2172:11, 2173:8, 2173:16, 2174:4, 2174:12, 2174:14, 2174:25, 2175:17, 2175:20, 2175:21, 2175:23, 2176:19, 2176:22, 2178:2, 2178:8, 2178:25, 2179:6, 2179:7, 2181:21
**EROSIVE** [4] - 2116:15, 2123:9, 2126:7, 2126:13
**ESCALATOR** [3] - 2120:3, 2120:4, 2120:5
**ESPECIALLY** [1] - 2108:13
**ESQ** [29] - 2093:13, 2093:16, 2093:19, 2093:20, 2093:23, 2094:1, 2094:5, 2094:8, 2094:12, 2094:15, 2094:15, 2094:18, 2094:22, 2094:23, 2095:1, 2095:2, 2095:6, 2095:6, 2095:7, 2095:8, 2095:8, 2095:9, 2095:9, 2095:10, 2095:10, 2095:11, 2095:11, 2095:12
**ESSENCE** [4] - 2110:2, 2136:15, 2156:7, 2171:11
**ESSENTIALLY** [5] - 2123:9, 2126:25, 2137:22, 2164:9, 2171:4
**ESTIMATE** [8] - 2112:12, 2114:8, 2115:3, 2117:7, 2145:13, 2163:8, 2182:12
**ET** [4] - 2093:2, 2093:5, 2140:1, 2179:14
**EVEN** [14] - 2098:21, 2111:14, 2117:12, 2118:16, 2119:20, 2126:2, 2126:13, 2131:24, 2142:3, 2150:4, 2163:22, 2166:18, 2176:20, 2186:22
**EVENT** [2] - 2130:25,

2146:23
**EVENTUALLY** [3] - 2106:8, 2147:21, 2156:1
**EVERY** [3] - 2123:3, 2168:9, 2180:3
**EVERYBODY** [1] - 2154:4
**EVERYONE** [2] - 2154:6, 2189:2
**EVERYTHING** [3] - 2118:4, 2153:21, 2166:7
**EVIDENCE** [35] - 2111:12, 2112:22, 2121:1, 2128:12, 2133:23, 2133:25, 2147:12, 2149:25, 2154:13, 2154:15, 2156:17, 2157:6, 2157:25, 2159:3, 2159:18, 2159:23, 2160:15, 2161:8, 2164:5, 2164:9, 2164:12, 2165:25, 2167:16, 2169:25, 2170:1, 2171:6, 2173:9, 2173:13, 2174:1, 2175:23, 2176:15, 2176:20, 2178:8, 2178:19, 2188:24
**EVIDENT** [2] - 2155:17, 2172:21
**EVOLVES** [1] - 2138:9
**EXACT** [1] - 2172:23
**EXACTLY** [4] - 2149:1, 2162:22, 2165:10, 2166:9
**EXAM** [1] - 2153:12
**EXAMINATION** [4] - 2096:6, 2097:11, 2151:11, 2154:11
**EXAMPLE** [12] - 2100:23, 2111:3, 2114:11, 2115:5, 2116:7, 2116:25, 2158:2, 2158:3, 2167:5, 2167:11, 2180:23, 2186:2
**EXAMPLES** [1] - 2116:9
**EXCEED** [1] - 2112:13
**EXCEEDED** [1] - 2111:15
**EXCEPT** [1] - 2108:15
**EXCUSE** [5] -

2104:14, 2138:8, 2148:4, 2158:11, 2163:3
**EXHIBIT** [2] - 2151:12, 2158:14
**EXHIBITS** [1] - 2154:5
**EXISTED** [1] - 2124:7
**EXISTS** [2] - 2121:12, 2137:24
**EXITED** [1] - 2170:4
**EXITING** [1] - 2176:16
**EXPAND** [1] - 2169:18
**EXPECT** [8] - 2120:17, 2131:24, 2138:10, 2155:19, 2156:17, 2157:25, 2161:10, 2179:5
**EXPERIENCE** [3] - 2099:22, 2138:2, 2140:7
**EXPERIMENT** [1] - 2138:7
**EXPERIMENTS** [4] - 2135:15, 2138:12, 2138:16, 2171:11
**EXPERTS** [2] - 2127:3, 2164:8
**EXPLAIN** [4] - 2107:9, 2141:17, 2185:6, 2185:11
**EXPRESSED** [1] - 2127:4
**EXTENDED** [1] - 2104:10
**EXTENSIVE** [1] - 2170:10
**EXTENT** [4] - 2115:20, 2120:20, 2121:15, 2168:14
**EXTRACT** [1] - 2110:3
**EXTRAORDINARILY** [1] - 2134:25
**EXTREMELY** [3] - 2105:19, 2126:6, 2162:5
**EYE** [1] - 2177:14

## F

**F** [1] - 2095:8
**FACE** [28] - 2113:18, 2113:20, 2116:20, 2119:23, 2120:9, 2123:9, 2129:19, 2133:1, 2133:18,

2136:16, 2138:8, 2143:7, 2144:25, 2145:5, 2151:9, 2154:25, 2155:23, 2155:24, 2156:20, 2157:4, 2157:11, 2159:10, 2165:1, 2178:9, 2179:2, 2181:13, 2182:6, 2182:10

**FACILITY** [1] - 2135:16

**FACT** [12] - 2108:3, 2111:13, 2125:2, 2133:12, 2159:17, 2162:15, 2164:25, 2169:23, 2179:6, 2180:6, 2189:3, 2189:10

**FACTOR** [4] - 2109:12, 2127:10, 2164:21, 2171:12

**FACTORS** [1] - 2115:11

**FAILED** [3] - 2175:13, 2176:6, 2178:12

**FAILURE** [1] - 2098:24

**FAINT** [3] - 2144:5, 2160:16, 2174:3

**FAINTER** [2] - 2133:11, 2133:19

**FAIR** [8] - 2113:6, 2144:17, 2145:22, 2162:16, 2177:17, 2179:5, 2189:1, 2189:2

**FAIRLY** [20] - 2098:9, 2110:14, 2113:24, 2116:17, 2127:23, 2130:5, 2133:14, 2133:15, 2135:10, 2137:11, 2144:6, 2145:21, 2155:6, 2172:22, 2172:24, 2173:22, 2174:7, 2178:7

**FALL** [1] - 2108:14

**FAMILY** [1] - 2183:14

**FAN** [1] - 2160:1

**FAN-SHAPED** [1] - 2160:1

**FANS** [1] - 2168:8

**FAST** [5] - 2120:6, 2121:1, 2121:3, 2122:24, 2166:1

**FAST-MOVING** [1] - 2120:6

**FASTER** [1] -

2121:11

**FAT** [3] - 2107:20, 2110:16, 2153:16

**FAVOR** [1] - 2188:25

**FAYARD** [2] - 2094:11, 2094:12

**FEATURE** [10] - 2133:1, 2133:12, 2144:6, 2150:3, 2152:23, 2155:19, 2157:12, 2169:1, 2169:2, 2178:21

**FEATURES** [5] - 2150:14, 2155:8, 2168:16, 2169:25, 2178:19

**FEED** [1] - 2099:15

**FEEDING** [1] - 2099:10

**FEEL** [2] - 2106:14, 2140:11

**FEELS** [1] - 2142:13

**FEET** [57] - 2098:11, 2098:15, 2100:21, 2101:1, 2101:23, 2101:25, 2102:1, 2102:10, 2102:11, 2102:20, 2102:21, 2104:5, 2104:7, 2106:2, 2107:15, 2107:19, 2108:5, 2108:24, 2110:11, 2114:13, 2114:14, 2115:5, 2115:8, 2116:18, 2116:22, 2116:24, 2116:25, 2117:1, 2117:2, 2117:5, 2117:14, 2118:9, 2118:10, 2119:22, 2119:24, 2123:16, 2123:18, 2124:8, 2124:22, 2125:18, 2125:19, 2131:16, 2131:17, 2132:9, 2132:15, 2132:17, 2136:23, 2141:10, 2150:15, 2163:1, 2183:13, 2183:17, 2184:8, 2186:2

**FELT** [1] - 2106:9

**FEW** [2] - 2128:11, 2142:24

**FIELD** [1] - 2114:21

**FIELDS** [1] - 2100:5

**FIGURE** [23] - 2100:13, 2104:20, 2105:5, 2106:16, 2112:8, 2113:14, 2113:22, 2113:23,

2134:24, 2135:1, 2141:17, 2141:19, 2141:22, 2145:14, 2158:6, 2158:17, 2159:2, 2166:5, 2180:21, 2181:8, 2183:7, 2186:7

**FILE** [1] - 2097:19

**FILES** [1] - 2097:20

**FINAL** [1] - 2099:16

**FIND** [10] - 2110:7, 2138:17, 2148:9, 2157:6, 2157:19, 2157:25, 2158:15, 2179:6, 2188:4

**FINDING** [3] - 2138:13, 2141:8, 2159:17

**FINE** [7] - 2121:16, 2145:12, 2151:17, 2152:10, 2154:9, 2157:21, 2189:22

**FINELY** [1] - 2130:20

**FINGER** [3] - 2107:20, 2153:16, 2153:19

**FIRM** [4] - 2093:19, 2094:4, 2094:7, 2094:22

**FIRST** [16] - 2103:2, 2103:5, 2105:7, 2105:16, 2105:22, 2106:4, 2107:1, 2107:2, 2107:24, 2111:2, 2127:17, 2128:5, 2128:14, 2128:16, 2129:9, 2135:7

**FITS** [1] - 2141:24

**FITZGERALD** [1] - 2151:17

**FIVE** [3] - 2131:16, 2145:25, 2166:16

**FIXED** [1] - 2138:6

**FLOODED** [2] - 2104:13, 2176:16

**FLOODING** [2] - 2104:8, 2155:2

**FLOODS** [1] - 2103:9

**FLORIDA** [1] - 2094:12

**FLOW** [12] - 2123:20, 2155:1, 2161:5, 2166:24, 2167:23, 2168:17, 2169:17, 2172:4, 2176:16, 2178:19, 2178:22, 2179:24

**FLOWING** [8] - 2127:9, 2142:12,

2155:12, 2166:22, 2167:18, 2169:4, 2169:16, 2176:18

**FLOWN** [1] - 2129:4

**FLOWS** [3] - 2126:8, 2169:17, 2172:4

**FOCUS** [1] - 2135:6

**FOCUSED** [1] - 2125:16

**FOCUSSING** [1] - 2102:8

**FOLLOW** [1] - 2166:9

**FOLLOWED** [1] - 2165:23

**FOLLOWING** [5] - 2167:18, 2168:12, 2169:4, 2181:10, 2189:7

**FOOT** [8] - 2098:22, 2117:16, 2119:22, 2123:3, 2123:19, 2141:13, 2186:3, 2186:16

**FOR** [92] - 2093:12, 2094:22, 2095:4, 2096:3, 2097:17, 2097:20, 2098:13, 2099:11, 2100:1, 2100:4, 2100:23, 2102:6, 2104:13, 2104:15, 2105:20, 2108:15, 2108:17, 2109:23, 2111:22, 2112:7, 2114:11, 2114:19, 2115:5, 2115:9, 2115:20, 2116:5, 2116:25, 2117:11, 2117:21, 2117:22, 2118:4, 2118:15, 2119:9, 2119:10, 2119:15, 2119:16, 2121:13, 2122:18, 2122:20, 2124:6, 2126:18, 2130:25, 2137:2, 2137:4, 2137:13, 2140:11, 2140:17, 2140:20, 2141:2, 2141:3, 2141:7, 2141:14, 2143:9, 2144:1, 2145:6, 2148:4, 2148:8, 2148:11, 2149:16, 2150:25, 2151:6, 2151:9, 2151:12, 2152:1, 2155:24, 2162:11, 2162:21, 2162:23, 2163:19, 2166:12, 2166:25,

2167:23, 2172:15, 2179:14, 2180:7, 2181:18, 2183:15, 2184:6, 2184:9, 2184:19, 2185:23, 2186:2, 2186:10, 2186:13, 2186:15, 2188:20, 2189:5, 2189:7, 2189:23, 2190:4

**FORCE** [1] - 2104:12

**FOREGOING** [1] - 2190:18

**FORM** [2] - 2124:18, 2159:25

**FORMATION** [1] - 2131:8

**FORMED** [2] - 2105:8, 2155:12

**FOUND** [9] - 2135:21, 2135:22, 2136:7, 2136:9, 2136:25, 2137:2, 2137:4, 2143:4, 2146:18

**FOUR** [8] - 2104:1, 2114:15, 2115:8, 2133:25, 2135:20, 2149:1, 2186:16, 2189:16

**FOUR-FOOT** [1] - 2186:16

**FRAME** [1] - 2129:4

**FRAMES** [1] - 2157:17

**FRANK** [1] - 2094:5

**FRANKLIN** [1] - 2095:13

**FREQUENCY** [1] - 2165:20

**FRIDAY** [2] - 2093:4, 2097:2

**FROM** [66] - 2097:15, 2097:18, 2099:10, 2099:16, 2100:2, 2101:25, 2103:14, 2103:15, 2103:19, 2103:23, 2104:17, 2104:22, 2105:4, 2106:9, 2106:22, 2107:5, 2107:22, 2107:24, 2109:17, 2110:18, 2110:20, 2111:12, 2113:3, 2116:16, 2118:1, 2118:12, 2119:21, 2120:19, 2120:24, 2121:1, 2121:16, 2123:2, 2123:8, 2124:20, 2129:1,

2129:4, 2131:16,
2132:14, 2133:4,
2135:14, 2139:25,
2145:9, 2145:13,
2149:14, 2154:17,
2155:5, 2156:20,
2157:13, 2157:18,
2158:4, 2159:10,
2161:11, 2161:18,
2162:21, 2163:5,
2165:15, 2169:13,
2172:13, 2172:21,
2173:22, 2174:18,
2179:2, 2182:9,
2189:11, 2190:18

**FRONT** [144] -
2111:17, 2111:21,
2112:25, 2113:18,
2115:2, 2116:12,
2118:11, 2119:2,
2119:23, 2120:8,
2120:9, 2122:6,
2122:24, 2123:1,
2123:9, 2125:13,
2125:17, 2125:23,
2125:24, 2126:4,
2126:22, 2126:25,
2127:13, 2127:18,
2128:2, 2128:3,
2128:13, 2129:16,
2129:18, 2129:20,
2130:5, 2130:6,
2133:1, 2133:18,
2133:21, 2133:23,
2134:1, 2135:4,
2135:5, 2136:16,
2136:18, 2137:24,
2138:20, 2139:11,
2143:3, 2145:5,
2147:11, 2148:23,
2149:9, 2149:10,
2149:13, 2149:14,
2150:2, 2150:23,
2151:2, 2151:9,
2154:17, 2154:25,
2155:5, 2155:23,
2155:24, 2156:18,
2156:19, 2156:20,
2156:21, 2156:24,
2157:1, 2157:4,
2158:1, 2158:4,
2159:3, 2159:7,
2159:10, 2159:13,
2159:15, 2160:15,
2160:17, 2161:3,
2161:11, 2161:18,
2162:9, 2164:6,
2164:9, 2164:17,
2164:20, 2164:22,
2164:25, 2165:1,

2165:11, 2165:15,
2165:24, 2166:2,
2167:12, 2167:17,
2168:5, 2170:1,
2170:6, 2171:5,
2171:7, 2171:9,
2171:12, 2171:15,
2172:9, 2172:13,
2173:8, 2173:15,
2173:16, 2174:11,
2174:25, 2175:17,
2175:20, 2175:24,
2176:22, 2178:4,
2178:7, 2178:8,
2178:10, 2179:1,
2179:2, 2179:6,
2179:7, 2179:18,
2179:23, 2181:14,
2181:17, 2182:6,
2182:10, 2182:13,
2182:17, 2182:25,
2185:1, 2185:14,
2185:16, 2186:25,
2187:3, 2187:20,
2187:22, 2188:4,
2188:14, 2188:16,
2189:12

**FRONT-SIDE** [26] -
2148:23, 2156:18,
2158:1, 2159:3,
2160:15, 2164:9,
2164:17, 2164:20,
2165:15, 2167:12,
2170:6, 2171:5,
2171:7, 2171:9,
2171:12, 2172:9,
2175:17, 2179:6,
2179:7, 2182:17,
2182:25, 2186:25,
2187:20, 2187:22,
2188:4, 2188:16

**FULL** [1] - 2135:16

**FUNCTION** [3] -
2100:24, 2120:15,
2183:8

**FUNDAMENTAL** [1]
- 2165:17

**FURTHER** [3] -
2159:15, 2168:18,
2176:23

## G

**G** [2] - 2095:10,
2097:1

**GAP** [3] - 2141:20,
2169:16, 2169:18

**GAPS** [1] - 2150:4

**GAVE** [1] - 2104:16

**GENERAL** [13] -
2099:8, 2115:2,

2117:11, 2128:5,
2130:22, 2131:3,
2132:18, 2151:15,
2155:15, 2166:10,
2166:20, 2174:23,
2186:13

**GENERALLY** [22] -
2097:20, 2098:11,
2099:24, 2101:12,
2130:15, 2130:22,
2131:15, 2132:14,
2136:3, 2138:17,
2138:25, 2146:20,
2147:15, 2147:16,
2150:15, 2150:20,
2152:25, 2153:1,
2163:21, 2166:19,
2170:20, 2170:22

**GENERATED** [3] -
2105:22, 2113:20,
2126:8

**GENERATION** [1] -
2099:13

**GENTLEMEN** [1] -
2135:3

**GENTLY** [1] - 2118:5

**GET** [48] - 2097:16,
2098:12, 2099:11,
2100:3, 2111:8,
2113:7, 2116:23,
2117:12, 2122:19,
2122:20, 2123:16,
2125:20, 2126:10,
2126:11, 2126:12,
2126:25, 2133:3,
2134:19, 2137:10,
2140:4, 2140:11,
2140:14, 2141:11,
2142:8, 2142:17,
2151:5, 2151:13,
2151:15, 2151:20,
2158:23, 2167:12,
2167:20, 2167:23,
2168:13, 2172:2,
2178:14, 2179:11,
2179:14, 2180:4,
2180:12, 2183:3,
2184:11, 2184:17,
2185:2, 2185:18,
2185:23

**GETS** [3] - 2156:12,
2176:9, 2185:2

**GETTING** [6] -
2098:25, 2123:13,
2126:11, 2179:19,
2179:24, 2183:4

**GILBERT** [2] -
2094:22, 2094:22

**GIVE** [8] - 2099:22,

2106:13, 2116:7,
2124:6, 2129:6,
2141:2, 2158:19,
2160:25

**GIVEN** [2] - 2114:4,
2188:15

**GIVES** [1] - 2153:5

**GO** [78] - 2097:9,
2100:9, 2100:13,
2102:5, 2102:14,
2104:20, 2105:5,
2109:7, 2113:13,
2115:11, 2118:1,
2118:19, 2118:21,
2122:11, 2123:12,
2124:17, 2125:14,
2128:14, 2129:24,
2131:24, 2132:1,
2132:21, 2134:18,
2134:24, 2136:1,
2140:3, 2140:9,
2141:16, 2142:17,
2142:22, 2143:14,
2143:16, 2144:21,
2145:13, 2145:20,
2147:1, 2147:22,
2148:11, 2148:22,
2149:5, 2149:23,
2153:10, 2153:11,
2153:24, 2153:25,
2154:10, 2157:10,
2158:6, 2158:23,
2158:25, 2160:8,
2160:22, 2161:12,
2162:22, 2163:3,
2163:6, 2163:18,
2164:3, 2167:2,
2168:22, 2169:8,
2171:16, 2172:14,
2174:5, 2176:24,
2177:4, 2177:6,
2177:9, 2177:17,
2179:9, 2180:11,
2180:21, 2181:8,
2185:2, 2186:7,
2187:5

**GOES** [3] - 2110:24,
2183:16, 2184:25

**GOING** [48] -
2102:24, 2113:7,
2113:12, 2114:19,
2116:13, 2116:14,
2117:4, 2117:5,
2118:11, 2118:25,
2119:25, 2122:19,
2122:20, 2123:2,
2125:3, 2125:7,
2125:24, 2126:2,
2126:12, 2128:16,
2129:12, 2135:7,

2136:20, 2137:17,
2139:11, 2140:1,
2140:23, 2143:21,
2144:24, 2145:23,
2146:12, 2151:11,
2151:21, 2153:5,
2153:13, 2162:25,
2168:21, 2169:17,
2179:9, 2184:12,
2185:2, 2185:4,
2187:5, 2188:7,
2188:18, 2189:19,
2190:7

**GONE** [3] - 2116:16,
2119:21, 2123:8

**GOOD** [22] - 2097:6,
2097:7, 2106:24,
2107:2, 2108:13,
2108:16, 2110:21,
2120:5, 2140:18,
2141:3, 2141:8,
2141:10, 2141:14,
2147:24, 2151:14,
2153:19, 2158:3,
2164:2, 2168:15,
2171:5, 2171:11,
2190:3

**GOT** [14] - 2098:9,
2124:8, 2129:1,
2136:7, 2136:8,
2136:10, 2136:11,
2137:18, 2142:25,
2148:4, 2154:10,
2176:17, 2185:7,
2185:8

**GOTTEN** [1] -
2107:22

**GOVERNMENT** [2] -
2094:9, 2096:3

**GRADUAL** [1] -
2107:24

**GRADUALLY** [1] -
2185:18

**GRAPH** [3] -
2100:16, 2185:12,
2187:21

**GRAPHS** [2] -
2111:2, 2132:16

**GRAS** [1] - 2154:7

**GRASS** [34] -
2120:25, 2121:2,
2121:3, 2121:6,
2121:9, 2121:10,
2121:11, 2121:12,
2121:13, 2129:17,
2129:18, 2129:20,
2129:22, 2133:19,
2136:16, 2136:17,
2137:10, 2138:13,
2140:18, 2140:19,

2141:2, 2141:3,
2141:4, 2141:5,
2141:8, 2141:10,
2141:14, 2144:8,
2148:17, 2162:5,
2165:23, 2165:24,
2175:20
   **GRAVITY** [9] -
2125:22, 2125:24,
2126:2, 2126:5,
2142:9, 2156:22,
2159:11, 2185:14,
2185:15
   **GRAY** [1] - 2161:25
   **GREAT** [1] - 2153:20
   **GREATER** [5] -
2116:2, 2133:21,
2146:22, 2171:2,
2178:2
   **GREATEST** [4] -
2135:22, 2147:17,
2149:20, 2168:14
   **GREEN** [6] -
2128:21, 2129:20,
2129:22, 2130:1,
2132:24, 2175:20
   **GREIF** [1] - 2095:7
   **GROUNDWORK** [1]
- 2113:23
   **GROUP** [5] - 2133:8,
2147:1, 2161:20,
2168:21, 2178:11
   **GROW** [1] - 2169:19
   **GUESS** [5] -
2127:17, 2145:23,
2145:24, 2162:25,
2171:4
   **GUIDANCE** [1] -
2141:3
   **GULF** [3] - 2099:11,
2099:12, 2099:13

**H**

   **H** [1] - 2143:10
   **HAD** [32] - 2097:17,
2097:19, 2107:19,
2107:22, 2111:13,
2115:1, 2115:2,
2122:5, 2126:3,
2127:20, 2136:4,
2137:6, 2140:12,
2141:5, 2150:12,
2150:22, 2153:9,
2156:19, 2158:2,
2159:13, 2163:20,
2167:20, 2167:22,
2170:20, 2170:22,
2177:15, 2179:25,
2181:18, 2187:25,
2189:3, 2189:17

   **HADN'T** [1] - 2134:5
   **HALF** [20] - 2098:22,
2104:1, 2107:15,
2108:5, 2108:22,
2117:14, 2123:14,
2123:18, 2124:8,
2129:9, 2136:7,
2136:8, 2137:7,
2137:8, 2139:1,
2150:19, 2164:11,
2186:2, 2186:3
   **HAND** [10] - 2100:20,
2124:20, 2124:24,
2128:18, 2140:15,
2144:18, 2174:2,
2177:23, 2181:21,
2183:12
   **HAPPEN** [3] -
2103:24, 2137:25,
2155:21
   **HAPPENED** [5] -
2107:10, 2115:2,
2141:18, 2142:7,
2161:5
   **HAPPENING** [3] -
2107:6, 2119:8,
2157:3
   **HAPPENS** [3] -
2113:19, 2115:23,
2121:11
   **HAPPY** [2] - 2148:6,
2190:7
   **HARD** [6] - 2136:3,
2151:21, 2162:21,
2162:23, 2180:25,
2181:2
   **HAS** [16] - 2108:16,
2121:8, 2123:14,
2123:18, 2129:17,
2154:4, 2154:7,
2161:6, 2163:14,
2164:9, 2169:5,
2169:6, 2176:9,
2178:2, 2185:3
   **HAVE** [130] -
2098:21, 2100:4,
2101:12, 2103:21,
2104:9, 2104:11,
2106:19, 2106:21,
2107:9, 2107:16,
2107:23, 2109:6,
2109:15, 2110:12,
2111:20, 2112:18,
2115:5, 2115:7,
2115:20, 2116:11,
2117:13, 2117:21,
2118:9, 2119:5,
2119:15, 2120:7,
2120:8, 2120:11,
2120:23, 2121:9,

2122:18, 2122:19,
2122:22, 2123:10,
2124:21, 2124:22,
2124:24, 2126:15,
2127:3, 2127:5,
2131:6, 2131:7,
2132:3, 2132:4,
2133:3, 2134:17,
2135:3, 2136:5,
2136:14, 2137:23,
2138:3, 2138:16,
2144:11, 2145:15,
2145:18, 2145:19,
2146:15, 2147:16,
2150:22, 2151:9,
2151:14, 2151:15,
2151:23, 2152:12,
2152:24, 2153:7,
2153:9, 2153:18,
2153:22, 2154:6,
2154:22, 2154:24,
2155:3, 2155:6,
2155:24, 2156:23,
2157:1, 2157:3,
2157:17, 2158:8,
2158:10, 2159:2,
2160:18, 2161:24,
2162:20, 2163:13,
2163:18, 2163:22,
2164:8, 2164:15,
2165:11, 2165:17,
2167:23, 2169:16,
2169:20, 2169:21,
2169:23, 2171:8,
2171:9, 2171:13,
2171:14, 2174:16,
2177:5, 2179:2,
2179:10, 2180:2,
2180:10, 2180:16,
2181:19, 2181:24,
2182:1, 2182:22,
2183:2, 2183:15,
2184:21, 2185:3,
2185:4, 2186:2,
2186:3, 2187:9,
2187:21, 2189:11,
2189:13
   **HAVING** [1] - 2123:5
   **HAZARD** [2] -
2145:23, 2162:25
   **HB-406** [1] - 2095:16
   **HE** [15] - 2097:17,
2097:24, 2137:16,
2137:18, 2151:14,
2158:2, 2165:23,
2167:6, 2170:17,
2179:12, 2185:7,
2189:6, 2189:13,
2189:17
   **HE'S** [2] - 2188:7,

2188:15
   **HEAD** [4] - 2117:15,
2134:7, 2145:16,
2181:13
   **HEADCUTTING** [2] -
2181:12, 2181:14
   **HEARD** [2] - 2093:8,
2121:19
   **HEIGHT** [43] -
2100:22, 2101:3,
2101:6, 2101:8,
2101:10, 2101:14,
2101:15, 2102:18,
2114:5, 2114:6,
2114:7, 2114:8,
2114:13, 2114:16,
2114:17, 2114:24,
2115:7, 2116:21,
2117:3, 2117:4,
2117:8, 2118:10,
2118:23, 2123:16,
2124:4, 2124:23,
2124:25, 2125:4,
2132:5, 2132:6,
2132:7, 2132:13,
2135:11, 2136:22,
2139:14, 2139:20,
2140:17, 2140:21,
2140:22, 2150:23,
2156:8, 2183:8
   **HEIGHTS** [9] -
2098:4, 2099:4,
2099:6, 2116:14,
2117:8, 2121:14,
2121:23, 2125:7
   **HELP** [1] - 2140:11
   **HELPED** [1] - 2167:1
   **HELPFUL** [1] -
2152:15
   **HELPS** [4] - 2120:19,
2153:21, 2163:9,
2167:2
   **HER** [1] - 2158:22
   **HERCULEAN** [1] -
2154:6
   **HERE** [59] - 2098:25,
2100:4, 2102:22,
2102:24, 2103:2,
2104:24, 2106:23,
2108:3, 2108:16,
2112:4, 2113:23,
2114:8, 2114:11,
2120:3, 2120:20,
2121:22, 2124:7,
2125:2, 2125:22,
2129:16, 2130:20,
2132:8, 2132:12,
2133:18, 2136:11,
2136:13, 2137:1,
2137:13, 2138:18,

2139:5, 2140:10,
2144:9, 2144:11,
2148:11, 2149:15,
2154:15, 2154:21,
2158:8, 2159:2,
2162:1, 2162:19,
2166:12, 2168:4,
2168:24, 2169:1,
2173:6, 2174:20,
2174:22, 2175:1,
2175:10, 2176:13,
2176:19, 2183:14,
2184:2, 2184:10,
2185:25, 2186:9,
2190:8
   **HEREBY** [1] -
2190:17
   **HIGH** [18] - 2106:1,
2106:6, 2106:7,
2108:22, 2116:13,
2125:8, 2126:1,
2126:6, 2139:12,
2142:13, 2154:22,
2162:5, 2172:6,
2184:10, 2184:14,
2186:5
   **HIGH-IMPACT** [1] -
2172:6
   **HIGH-QUALITY** [1] -
2162:5
   **HIGHER** [30] -
2098:16, 2100:7,
2101:13, 2104:11,
2107:13, 2112:18,
2117:9, 2119:18,
2126:8, 2129:18,
2130:23, 2130:24,
2131:4, 2136:23,
2142:11, 2146:22,
2147:14, 2151:3,
2151:4, 2152:22,
2152:25, 2153:1,
2179:23, 2183:21,
2184:13, 2185:19,
2186:12, 2186:23
   **HIGHEST** [9] -
2101:11, 2146:20,
2150:15, 2151:8,
2155:18, 2169:20,
2169:21, 2184:19
   **HIGHLY** [2] -
2122:18, 2180:7
   **HIGHLY-
DAMAGING** [1] -
2180:7
   **HILL** [2] - 2126:3,
2185:18
   **HIM** [3] - 2148:9,
2179:13, 2179:14
   **HINDERED** [2] -

2164:20, 2164:24

**HIS** [10] - 2157:24, 2158:2, 2167:5, 2167:12, 2170:14, 2171:13, 2182:16, 2187:21, 2189:11, 2189:18

**HITS** [1] - 2102:1

**HITTING** [1] - 2182:22

**HOLD** [2] - 2103:11, 2123:23

**HOLDING** [2] - 2138:6, 2153:14

**HOLE** [1] - 2178:23

**HOME** [2] - 2124:20, 2125:2

**HONEYCUTT** [1] - 2094:11

**HONOR** [18] - 2097:6, 2097:9, 2100:9, 2112:2, 2112:7, 2113:5, 2124:3, 2127:25, 2130:14, 2151:23, 2153:15, 2159:20, 2163:12, 2182:15, 2182:21, 2187:5, 2187:10, 2189:16

**HONORABLE** [1] - 2093:8

**HOPE** [2] - 2093:13, 2152:8

**HOPING** [1] - 2185:9

**HORIZONTAL** [2] - 2135:11, 2183:13

**HOUR** [5] - 2114:1, 2116:16, 2116:18, 2119:22, 2164:11

**HOURS** [14] - 2101:24, 2102:3, 2102:4, 2102:13, 2102:22, 2104:1, 2113:25, 2119:21, 2122:20, 2123:8, 2137:1, 2137:2, 2137:4

**HOW** [44] - 2097:16, 2099:20, 2099:22, 2101:2, 2101:4, 2101:9, 2101:22, 2102:11, 2102:21, 2103:24, 2109:12, 2110:5, 2113:17, 2113:18, 2113:20, 2113:21, 2114:17, 2116:7, 2116:13, 2116:23, 2121:3, 2122:17, 2125:6, 2125:8, 2129:2,

2129:7, 2130:4, 2135:4, 2137:10, 2139:12, 2139:24, 2141:24, 2145:10, 2149:1, 2162:12, 2162:20, 2166:1, 2166:3, 2166:23, 2168:15, 2182:12, 2184:10, 2184:18, 2188:6

**HS** [1] - 2135:10

**HUGE** [1] - 2167:19

**HUNDRED** [1] - 2131:16

**HURRICANE** [5] - 2099:13, 2100:5, 2103:3, 2105:8, 2105:15

**HYDRAULIC** [1] - 2169:13

**HYDRODYNAMIC** [3] - 2125:13, 2126:17, 2172:6

**HYDROGRAPH** [12] - 2102:15, 2103:16, 2104:16, 2105:10, 2106:12, 2106:17, 2107:25, 2108:2, 2108:15, 2108:17, 2122:4

**HYDROGRAPHS** [6] - 2098:12, 2100:9, 2104:2, 2106:12, 2108:9, 2165:9

**HYPOTHESIS** [2] - 2171:12, 2171:13

## I

**I** [382] - 2096:1, 2097:1, 2097:19, 2097:21, 2097:23, 2097:24, 2098:3, 2098:15, 2098:19, 2098:25, 2099:24, 2100:8, 2101:6, 2101:17, 2104:4, 2104:14, 2104:15, 2104:20, 2105:7, 2105:10, 2105:14, 2106:11, 2106:21, 2107:5, 2107:10, 2107:19, 2107:20, 2107:25, 2108:1, 2108:13, 2108:16, 2108:22, 2109:6, 2109:17, 2110:9, 2110:18, 2110:20, 2110:24, 2111:6, 2111:8, 2111:13, 2111:17, 2111:20,

2111:21, 2112:8, 2112:21, 2112:23, 2112:24, 2113:5, 2114:6, 2114:7, 2114:15, 2114:19, 2115:2, 2115:3, 2115:5, 2115:7, 2115:19, 2116:2, 2116:3, 2116:24, 2116:25, 2117:2, 2117:10, 2117:12, 2117:13, 2117:15, 2117:18, 2117:19, 2117:21, 2117:25, 2118:12, 2118:25, 2119:3, 2119:9, 2119:15, 2120:2, 2120:5, 2120:6, 2121:1, 2121:2, 2121:4, 2121:5, 2121:10, 2121:11, 2121:18, 2121:21, 2121:24, 2121:25, 2122:1, 2122:7, 2122:8, 2122:10, 2124:1, 2124:11, 2124:15, 2124:19, 2124:25, 2125:18, 2127:6, 2127:8, 2127:12, 2127:16, 2127:17, 2127:20, 2127:21, 2127:22, 2128:2, 2128:8, 2128:9, 2128:12, 2128:16, 2129:1, 2129:3, 2129:15, 2130:14, 2130:24, 2131:2, 2131:3, 2131:4, 2131:9, 2131:18, 2131:19, 2131:21, 2131:23, 2132:8, 2132:18, 2132:19, 2133:3, 2133:12, 2133:16, 2134:2, 2134:5, 2134:16, 2135:7, 2135:20, 2135:25, 2136:19, 2136:20, 2137:1, 2137:9, 2137:10, 2137:15, 2137:17, 2137:18, 2137:22, 2138:7, 2138:14, 2138:25, 2139:6, 2139:23, 2140:1, 2140:8, 2140:11, 2140:14, 2140:20, 2140:21, 2140:22, 2140:23, 2140:24, 2140:25, 2141:3, 2141:5, 2141:6, 2141:17,

2141:24, 2142:1, 2142:7, 2142:23, 2143:1, 2143:10, 2144:8, 2145:4, 2145:23, 2145:24, 2146:18, 2147:16, 2147:19, 2148:4, 2148:7, 2148:10, 2148:16, 2148:24, 2148:25, 2149:13, 2150:1, 2150:10, 2150:11, 2151:7, 2151:11, 2151:13, 2151:15, 2151:16, 2151:20, 2151:23, 2151:25, 2152:3, 2152:6, 2152:8, 2152:10, 2152:11, 2152:13, 2152:19, 2152:23, 2152:24, 2153:1, 2153:6, 2153:8, 2153:11, 2153:13, 2154:4, 2154:5, 2154:6, 2154:9, 2154:21, 2156:11, 2157:6, 2157:19, 2158:2, 2158:10, 2158:11, 2158:21, 2160:9, 2160:24, 2161:22, 2162:18, 2162:22, 2162:23, 2163:4, 2163:5, 2163:7, 2163:8, 2163:12, 2163:16, 2163:17, 2163:18, 2163:20, 2164:7, 2164:21, 2165:8, 2165:10, 2165:11, 2165:16, 2165:17, 2165:20, 2165:25, 2166:4, 2166:5, 2166:9, 2166:13, 2166:16, 2166:25, 2167:7, 2167:14, 2167:16, 2167:25, 2168:4, 2168:14, 2168:24, 2169:2, 2170:1, 2170:9, 2170:11, 2170:16, 2170:19, 2170:21, 2170:23, 2171:1, 2171:4, 2171:24, 2172:17, 2172:18, 2172:23, 2172:24, 2173:7, 2173:22, 2173:25, 2174:15, 2174:16, 2175:2, 2175:4, 2175:11, 2175:21, 2176:8, 2177:5, 2177:14, 2177:16,

2178:1, 2178:6, 2179:10, 2179:13, 2179:17, 2179:22, 2180:1, 2180:12, 2180:16, 2181:1, 2182:2, 2182:15, 2182:18, 2182:20, 2182:21, 2182:22, 2183:2, 2183:14, 2183:16, 2183:17, 2183:24, 2184:2, 2185:8, 2185:9, 2185:13, 2185:22, 2187:3, 2187:5, 2187:9, 2187:15, 2187:16, 2187:24, 2188:9, 2188:12, 2188:16, 2188:18, 2188:20, 2188:21, 2188:24, 2189:1, 2189:3, 2189:5, 2189:7, 2189:12, 2189:13, 2189:16, 2189:19, 2189:20, 2189:22, 2189:23, 2189:24, 2190:2, 2190:6, 2190:7, 2190:17

**I'D** [3] - 2101:22, 2113:13, 2149:1

**I'LL** [9] - 2124:6, 2135:8, 2140:2, 2142:17, 2153:22, 2158:15, 2158:24, 2183:3, 2190:1

**I'M** [34] - 2110:23, 2110:25, 2111:5, 2111:12, 2115:19, 2131:13, 2134:3, 2137:19, 2141:16, 2141:20, 2141:24, 2142:23, 2145:18, 2147:21, 2148:6, 2149:1, 2152:19, 2153:8, 2153:11, 2153:20, 2154:14, 2156:7, 2158:10, 2162:25, 2163:14, 2165:6, 2168:4, 2171:25, 2177:10, 2178:15, 2180:9, 2190:7, 2190:9

**I'VE** [11] - 2114:2, 2114:4, 2114:7, 2114:10, 2117:18, 2117:19, 2129:16, 2142:25, 2144:6, 2154:9

**IBOS** [3] - 2095:15, 2190:17, 2190:22

**IDEA** [11] - 2106:13, 2130:9, 2130:20, 2132:3, 2132:4, 2137:10, 2151:14, 2151:15, 2177:15, 2184:18

**IDENTIFIED** [3] - 2127:21, 2134:14, 2135:20

**IDENTIFY** [1] - 2135:8

**IF** [87] - 2098:20, 2098:21, 2101:17, 2104:4, 2107:19, 2107:20, 2107:22, 2107:25, 2108:13, 2109:6, 2110:25, 2111:20, 2115:5, 2115:21, 2115:25, 2117:2, 2117:10, 2117:14, 2117:22, 2119:3, 2120:16, 2121:16, 2122:17, 2122:19, 2125:18, 2125:23, 2125:25, 2130:18, 2131:11, 2131:12, 2131:13, 2132:22, 2133:9, 2136:1, 2136:12, 2136:19, 2138:7, 2139:9, 2140:1, 2140:11, 2140:24, 2141:5, 2141:10, 2142:22, 2144:22, 2145:9, 2145:11, 2145:18, 2145:20, 2147:17, 2150:11, 2151:12, 2151:14, 2151:16, 2151:17, 2151:25, 2152:10, 2153:10, 2154:2, 2156:7, 2156:17, 2156:19, 2157:3, 2157:10, 2157:20, 2157:21, 2159:13, 2160:3, 2160:13, 2160:14, 2161:10, 2163:7, 2164:16, 2165:14, 2171:10, 2174:7, 2177:15, 2181:5, 2182:15, 2182:18, 2182:19, 2185:11, 2188:24, 2189:16

**IHNC** [5] - 2104:25, 2106:13, 2106:16, 2106:19, 2146:6

**II** [2] - 2094:19, 2095:1

**ILLUSTRATE** [2] -

2115:3, 2120:22

**ILLUSTRATION** [2] - 2114:19, 2188:12

**ILLUSTRATIVE** [1] - 2166:16

**IMAGINE** [1] - 2165:11

**IMMEDIATELY** [1] - 2171:18

**IMPACT** [7] - 2123:9, 2130:12, 2135:19, 2135:23, 2150:23, 2166:15, 2172:6

**IMPACTING** [2] - 2171:3, 2172:5

**IMPACTS** [2] - 2104:6, 2136:5

**IMPORTANT** [15] - 2099:12, 2102:25, 2105:15, 2105:20, 2109:12, 2110:11, 2120:10, 2123:17, 2125:22, 2131:2, 2131:23, 2135:20, 2145:4, 2154:21, 2166:21

**IMPRESSION** [3] - 2137:18, 2150:14, 2165:22

**IN** [268] - 2097:5, 2097:20, 2099:6, 2099:9, 2100:19, 2100:21, 2101:9, 2101:12, 2102:10, 2102:23, 2103:3, 2103:7, 2103:16, 2104:4, 2104:10, 2104:12, 2104:22, 2105:9, 2105:10, 2105:14, 2105:25, 2106:5, 2106:6, 2106:7, 2107:1, 2107:7, 2107:11, 2107:13, 2107:14, 2108:1, 2108:4, 2108:6, 2108:15, 2108:19, 2108:21, 2108:22, 2108:23, 2108:24, 2109:3, 2109:11, 2109:12, 2109:16, 2110:2, 2110:10, 2110:11, 2110:19, 2110:21, 2111:9, 2111:13, 2111:18, 2112:19, 2112:23, 2113:7, 2114:3, 2114:18, 2114:20, 2115:2, 2115:7, 2115:17, 2115:22, 2116:2,

2116:12, 2116:17, 2116:18, 2116:21, 2117:2, 2117:15, 2118:16, 2118:21, 2119:21, 2120:11, 2120:21, 2120:22, 2121:6, 2121:15, 2121:18, 2121:25, 2122:4, 2122:7, 2122:9, 2123:2, 2123:8, 2123:10, 2123:22, 2124:18, 2124:19, 2124:21, 2124:22, 2124:23, 2124:24, 2126:22, 2126:25, 2127:10, 2127:20, 2128:5, 2128:8, 2128:18, 2129:3, 2129:18, 2130:6, 2130:19, 2130:21, 2130:24, 2130:25, 2131:3, 2131:8, 2133:8, 2133:14, 2133:24, 2134:5, 2134:7, 2134:21, 2135:7, 2135:15, 2135:21, 2136:6, 2136:8, 2136:9, 2136:15, 2136:18, 2136:25, 2137:2, 2137:12, 2137:16, 2138:12, 2138:19, 2138:23, 2139:10, 2140:14, 2140:15, 2140:25, 2141:10, 2141:24, 2142:5, 2143:4, 2143:7, 2144:2, 2144:3, 2144:24, 2145:5, 2145:8, 2147:1, 2148:3, 2148:14, 2148:19, 2148:24, 2149:1, 2149:3, 2149:8, 2149:14, 2149:15, 2149:21, 2150:3, 2150:4, 2150:6, 2150:12, 2150:16, 2150:20, 2150:22, 2151:1, 2151:16, 2151:21, 2152:4, 2152:5, 2152:14, 2152:23, 2154:5, 2154:9, 2154:18, 2155:15, 2155:20, 2155:21, 2156:7, 2156:19, 2157:2, 2157:5, 2157:12, 2157:14, 2157:16, 2157:21, 2157:24, 2159:6, 2159:11,

2159:16, 2159:17, 2161:2, 2161:9, 2161:11, 2161:19, 2161:20, 2162:1, 2162:11, 2162:15, 2163:19, 2164:18, 2165:4, 2165:5, 2165:9, 2166:10, 2167:5, 2167:7, 2167:16, 2168:21, 2169:9, 2169:16, 2169:22, 2169:23, 2170:2, 2170:3, 2170:5, 2170:13, 2170:14, 2171:2, 2171:11, 2171:21, 2171:25, 2172:7, 2172:12, 2172:16, 2172:25, 2173:12, 2173:13, 2173:15, 2174:25, 2175:1, 2175:19, 2175:20, 2176:12, 2176:17, 2176:19, 2177:7, 2177:21, 2178:4, 2178:11, 2178:13, 2178:20, 2178:22, 2179:5, 2179:6, 2179:14, 2180:1, 2180:5, 2180:21, 2181:13, 2181:20, 2182:16, 2183:13, 2184:1, 2184:15, 2184:20, 2185:8, 2185:20, 2185:25, 2186:20, 2188:25, 2189:3, 2189:25, 2190:18

**IN-BETWEEN** [1] - 2161:2

**INACTIVE** [1] - 2120:16

**INBOUND** [1] - 2173:14

**INCH** [3] - 2137:7, 2137:8, 2141:14

**INCHES** [7] - 2130:10, 2130:11, 2137:3, 2137:4, 2137:12, 2141:11

**INCIDENT** [4] - 2124:22, 2135:10, 2136:22, 2140:17

**INCLUDING** [2] - 2124:4, 2150:20

**INCONCEIVABLE** [2] - 2164:15, 2164:17

**INCONSEQUENTIAL** [1] - 2155:2

**INCREASED** [1] -

2123:14

**INCREASES** [3] - 2099:2, 2156:13, 2156:14

**INCREASING** [5] - 2116:19, 2119:25, 2120:7, 2125:7, 2138:3

**INCREDIBLY** [1] - 2126:17

**INDICATE** [3] - 2157:24, 2168:16, 2179:22

**INDICATED** [7] - 2105:11, 2110:15, 2114:3, 2114:10, 2147:12, 2182:17, 2182:22

**INDICATES** [2] - 2135:11, 2141:13

**INDICATING** [9] - 2134:10, 2155:10, 2169:12, 2170:3, 2174:17, 2174:20, 2174:22, 2176:15, 2177:12

**INDICATING)** [27] - 2102:2, 2102:24, 2105:11, 2112:10, 2129:17, 2136:13, 2136:21, 2137:1, 2147:11, 2149:15, 2149:22, 2152:14, 2159:9, 2160:2, 2167:24, 2168:6, 2168:20, 2169:2, 2169:7, 2171:20, 2175:15, 2176:8, 2178:13, 2178:20, 2181:23, 2183:22, 2184:10

**INDICATION** [3] - 2114:4, 2133:17, 2162:7

**INDICATOR** [5] - 2110:19, 2110:21, 2111:20, 2111:22, 2178:2

**INDIVIDUAL** [4] - 2179:20, 2184:15, 2184:16, 2186:22

**INDUCED** [10] - 2111:20, 2112:22, 2122:25, 2127:18, 2128:10, 2135:4, 2147:10, 2159:8, 2170:1, 2174:12

**INDULGE** [2] - 2189:25, 2190:1

**INDULGING** [1] -

2122:10
**INDUSTRIAL** [6] - 2104:22, 2105:20, 2106:3, 2106:10, 2107:11, 2109:1
**INFLOW** [1] - 2178:22
**INFLUENCE** [1] - 2098:5
**INFLUENCED** [1] - 2171:10
**INFORMATION** [13] - 2097:16, 2099:10, 2099:15, 2109:15, 2109:17, 2124:19, 2182:8, 2182:9, 2186:10, 2187:6, 2187:17, 2189:20
**INITIAL** [2] - 2106:4, 2159:5
**INITIATED** [5] - 2113:18, 2134:8, 2138:17, 2154:17, 2181:16
**INLAND** [1] - 2103:10
**INNER** [1] - 2115:9
**INPUTS** [1] - 2097:14
**INSIDE** [2] - 2104:11, 2167:20
**INSPECTION** [2] - 2110:15, 2127:20
**INSTANCE** [1] - 2115:20
**INSTEAD** [2] - 2117:13, 2169:25
**INSURERS** [1] - 2094:22
**INTACT** [9] - 2130:20, 2146:2, 2146:4, 2146:14, 2146:20, 2146:21, 2146:22, 2173:11
**INTEGRITY** [1] - 2130:12
**INTENSITY** [1] - 2165:20
**INTERESTING** [6] - 2154:8, 2157:20, 2157:22, 2162:4, 2175:19, 2175:21
**INTERFEATURE** [1] - 2155:14
**INTERLOCKS** [1] - 2176:10
**INTERMEDIATE** [2] - 2131:3, 2134:13
**INTERMITTENT** [2] - 2118:16, 2119:17, 2124:13, 2179:19,

2186:18, 2186:19
**INTERPRETATION** [1] - 2112:3
**INTERRUPT** [1] - 2104:14
**INTERSECTION** [1] - 2135:12
**INTERSPERSED** [1] - 2152:24
**INTERVAL** [1] - 2101:19
**INTERVALS** [1] - 2102:3
**INTO** [8] - 2098:12, 2104:12, 2105:17, 2115:11, 2127:17, 2162:2, 2168:19, 2169:6
**INTRODUCE** [1] - 2186:22
**IPET** [6] - 2099:9, 2108:21, 2186:24, 2187:3, 2188:15, 2188:19
**IRREGULAR** [3] - 2101:9, 2101:12, 2184:1
**IS** [350] - 2099:1, 2099:2, 2099:8, 2099:10, 2099:16, 2099:24, 2100:2, 2100:6, 2100:8, 2100:19, 2100:25, 2101:6, 2101:7, 2101:9, 2102:3, 2102:4, 2102:21, 2102:23, 2103:18, 2104:4, 2104:7, 2104:8, 2104:17, 2104:20, 2104:22, 2105:6, 2105:7, 2105:9, 2105:12, 2106:3, 2106:9, 2106:11, 2106:17, 2107:6, 2107:8, 2107:11, 2108:6, 2108:10, 2108:11, 2108:19, 2109:7, 2109:11, 2109:14, 2110:7, 2110:9, 2110:23, 2111:19, 2112:8, 2112:9, 2112:17, 2112:18, 2113:2, 2113:13, 2113:17, 2113:18, 2113:21, 2114:2, 2114:8, 2114:23, 2114:24, 2115:8, 2115:12, 2115:14, 2116:19, 2117:2,

2117:5, 2117:7, 2117:14, 2117:16, 2117:22, 2117:24, 2118:4, 2118:11, 2118:21, 2119:2, 2119:3, 2119:20, 2119:23, 2119:24, 2119:25, 2120:4, 2120:5, 2120:10, 2120:15, 2120:23, 2120:25, 2121:4, 2121:6, 2121:7, 2121:13, 2121:24, 2121:25, 2122:1, 2122:13, 2122:16, 2122:17, 2123:13, 2123:17, 2123:18, 2123:21, 2124:2, 2124:4, 2124:14, 2124:18, 2124:20, 2125:2, 2125:3, 2125:4, 2125:8, 2125:18, 2125:22, 2125:24, 2126:2, 2126:10, 2126:17, 2126:19, 2127:7, 2127:13, 2127:18, 2128:17, 2128:20, 2128:24, 2129:25, 2130:3, 2130:5, 2130:7, 2130:9, 2130:14, 2131:2, 2132:5, 2132:11, 2132:22, 2132:24, 2133:5, 2133:12, 2133:23, 2134:9, 2134:14, 2134:25, 2135:8, 2135:9, 2135:10, 2135:12, 2136:7, 2136:22, 2136:23, 2137:3, 2137:7, 2137:11, 2137:12, 2137:22, 2137:23, 2137:25, 2138:3, 2138:4, 2138:12, 2138:15, 2138:17, 2139:11, 2139:16, 2141:11, 2143:3, 2143:6, 2143:9, 2143:11, 2143:17, 2143:21, 2144:1, 2144:12, 2144:16, 2144:17, 2144:24, 2145:1, 2145:5, 2145:18, 2145:21, 2146:1, 2146:18, 2147:6, 2147:9, 2148:10, 2149:7, 2149:19, 2149:21, 2149:23,

2150:1, 2150:5, 2150:7, 2150:9, 2150:24, 2150:25, 2151:4, 2151:15, 2152:2, 2152:4, 2152:5, 2152:6, 2152:7, 2152:8, 2152:14, 2152:15, 2152:19, 2153:21, 2153:22, 2154:10, 2154:13, 2154:15, 2154:21, 2155:12, 2155:15, 2155:16, 2155:21, 2155:22, 2156:2, 2156:6, 2156:7, 2156:9, 2156:17, 2157:2, 2157:12, 2157:16, 2157:21, 2158:6, 2158:21, 2158:22, 2159:10, 2160:5, 2160:13, 2161:10, 2161:17, 2162:1, 2162:4, 2162:12, 2162:16, 2163:17, 2163:18, 2163:24, 2165:6, 2165:13, 2165:18, 2165:23, 2166:18, 2166:21, 2166:22, 2167:7, 2167:16, 2168:2, 2168:15, 2169:2, 2169:8, 2169:13, 2169:14, 2169:17, 2170:12, 2170:13, 2171:4, 2171:18, 2171:21, 2172:1, 2172:6, 2172:16, 2173:3, 2173:5, 2173:18, 2173:20, 2174:1, 2174:3, 2174:6, 2174:25, 2175:2, 2175:12, 2176:1, 2176:6, 2176:7, 2176:8, 2176:10, 2177:19, 2178:6, 2178:11, 2178:15, 2178:24, 2179:5, 2179:9, 2179:16, 2179:18, 2179:23, 2180:6, 2180:11, 2180:17, 2180:21, 2180:24, 2181:10, 2181:11, 2181:12, 2181:22, 2182:15, 2182:18, 2182:19, 2183:7, 2183:11, 2183:13, 2183:16, 2183:24, 2184:2, 2184:9, 2184:10, 2185:4,

2185:13, 2185:15, 2185:17, 2185:24, 2186:7, 2186:10, 2187:6, 2187:14, 2187:16, 2187:17, 2188:6, 2188:12, 2188:23, 2189:2, 2189:10, 2190:3, 2190:18
**ISN'T** [8] - 2108:7, 2122:25, 2123:3, 2151:2, 2157:20, 2157:21, 2159:17, 2189:12
**ISOLATE** [1] - 2171:9
**ISOLATED** [5] - 2128:11, 2149:4, 2154:16, 2155:16, 2155:17
**ISSUE** [2] - 2154:21, 2183:2
**IT** [193] - 2097:25, 2098:9, 2099:1, 2099:20, 2099:25, 2101:19, 2101:25, 2102:1, 2103:14, 2103:15, 2103:21, 2104:16, 2105:1, 2105:12, 2105:16, 2105:17, 2107:16, 2108:21, 2109:14, 2110:24, 2110:25, 2111:1, 2111:9, 2111:14, 2111:18, 2112:10, 2112:12, 2112:19, 2113:3, 2115:21, 2115:22, 2115:25, 2117:18, 2117:19, 2117:21, 2117:22, 2118:17, 2118:21, 2118:24, 2118:25, 2119:3, 2119:13, 2120:19, 2121:7, 2122:7, 2122:8, 2122:9, 2122:13, 2125:3, 2125:25, 2126:1, 2126:16, 2130:15, 2130:20, 2131:15, 2133:4, 2133:12, 2133:18, 2135:16, 2137:19, 2138:5, 2139:17, 2139:24, 2140:2, 2140:13, 2141:17, 2141:18, 2142:21, 2143:6, 2143:7, 2143:15, 2143:17, 2144:12, 2146:8, 2146:22,

2148:25, 2149:2,
2149:3, 2149:14,
2150:8, 2151:16,
2151:17, 2151:18,
2151:21, 2151:25,
2152:1, 2152:2,
2152:3, 2153:5,
2153:8, 2153:9,
2153:14, 2153:18,
2153:20, 2153:22,
2154:8, 2154:10,
2155:5, 2155:13,
2155:15, 2155:16,
2156:22, 2157:14,
2157:20, 2157:21,
2157:22, 2158:2,
2158:8, 2158:9,
2158:15, 2158:22,
2158:23, 2159:17,
2161:10, 2161:22,
2162:5, 2163:23,
2164:10, 2164:13,
2164:15, 2164:17,
2164:21, 2164:24,
2165:16, 2165:18,
2166:11, 2167:2,
2167:20, 2167:21,
2168:12, 2168:19,
2168:25, 2169:9,
2169:14, 2169:17,
2169:18, 2170:4,
2170:25, 2172:16,
2172:20, 2172:24,
2173:6, 2173:11,
2173:22, 2174:24,
2175:2, 2175:3,
2175:19, 2177:14,
2178:3, 2178:4,
2179:5, 2179:10,
2179:11, 2179:12,
2179:14, 2180:9,
2180:24, 2181:16,
2181:17, 2181:22,
2183:12, 2183:15,
2183:25, 2185:2,
2185:3, 2185:6,
2185:8, 2185:10,
2185:12, 2186:3,
2186:14, 2186:18,
2186:21, 2187:16,
2188:1, 2188:2,
2189:7, 2189:21
**IT'LL** [1] - 2185:2
**IT'S** [98] - 2099:12,
2100:15, 2101:8,
2102:10, 2102:22,
2103:21, 2103:22,
2103:25, 2105:3,
2105:13, 2105:19,
2106:5, 2106:10,
2108:1, 2113:24,

2114:20, 2114:21,
2115:8, 2115:12,
2115:21, 2117:4,
2117:7, 2119:6,
2119:7, 2119:22,
2120:6, 2126:25,
2128:14, 2128:15,
2128:21, 2130:4,
2130:10, 2130:18,
2132:8, 2133:11,
2133:18, 2135:20,
2135:23, 2138:8,
2141:22, 2142:10,
2144:6, 2144:14,
2144:16, 2145:24,
2147:13, 2149:12,
2150:4, 2151:5,
2151:21, 2154:9,
2155:2, 2155:23,
2156:10, 2156:13,
2157:8, 2157:20,
2157:22, 2158:7,
2158:8, 2158:13,
2161:22, 2162:18,
2162:21, 2162:23,
2164:16, 2168:24,
2169:8, 2169:9,
2172:7, 2173:11,
2173:23, 2174:7,
2175:13, 2176:11,
2176:15, 2176:17,
2176:18, 2177:21,
2177:22, 2180:7,
2180:25, 2181:2,
2181:4, 2181:5,
2181:16, 2181:18,
2185:2, 2185:4,
2185:15, 2185:18,
2187:23, 2188:12
**ITS** [2] - 2118:2,
2147:17
**ITSELF** [2] -
2099:19, 2110:11

# J

**J** [2] - 2095:1,
2143:10
**JAMES** [2] - 2094:1,
2095:8
**JANUARY** [3] -
2158:7, 2158:13,
2167:5
**JEFFERSON** [1] -
2094:2
**JEFFREY** [1] -
2095:6
**JET** [1] - 2172:5
**JOB** [2] - 2108:16,
2189:18
**JOHN** [1] - 2095:12

**JOINT** [1] - 2158:13
**JONATHAN** [1] -
2093:19
**JOSEPH** [2] -
2093:16, 2093:16
**JOSHUA** [1] -
2094:15
**JR** [7] - 2093:8,
2094:5, 2094:12,
2094:18, 2094:18,
2095:5, 2095:8
**JUDGE** [4] - 2093:8,
2151:18, 2189:3,
2189:22
**JUST** [107] - 2098:19,
2098:22, 2099:22,
2100:16, 2101:25,
2104:15, 2105:4,
2105:10, 2107:25,
2108:7, 2110:18,
2111:8, 2112:2,
2112:7, 2112:8,
2113:22, 2114:5,
2115:23, 2116:7,
2116:13, 2116:23,
2117:21, 2117:23,
2118:24, 2119:7,
2119:21, 2120:12,
2123:8, 2123:25,
2124:6, 2125:11,
2126:13, 2129:6,
2129:16, 2130:16,
2133:17, 2133:22,
2134:14, 2137:10,
2138:19, 2140:24,
2144:1, 2144:5,
2144:6, 2144:9,
2144:11, 2144:25,
2145:1, 2145:8,
2146:5, 2147:20,
2151:11, 2151:15,
2151:20, 2151:25,
2152:8, 2152:10,
2152:13, 2152:25,
2153:12, 2153:21,
2154:9, 2154:10,
2154:19, 2155:10,
2155:22, 2157:8,
2157:17, 2158:21,
2159:16, 2159:17,
2160:22, 2160:24,
2161:8, 2162:23,
2163:8, 2163:17,
2164:24, 2165:5,
2165:20, 2167:2,
2168:2, 2168:9,
2169:24, 2171:24,
2172:15, 2172:20,
2173:25, 2174:15,
2175:8, 2177:13,

2177:14, 2178:15,
2179:11, 2180:6,
2181:22, 2182:2,
2182:15, 2182:19,
2184:7, 2184:10,
2184:21, 2189:5,
2189:16, 2189:25
**JUSTICE** [1] - 2095:4
**JUXTAPOSITION** [1]
- 2153:6
**JX** [5] - 2100:13,
2104:21, 2113:14,
2158:6, 2167:7

# K

**K** [2] - 2095:9,
2095:11
**KALIMAH** [1] -
2095:6
**KARA** [1] - 2095:9
**KAREN** [3] -
2095:15, 2190:17,
2190:22
**KATRINA** [9] -
2103:1, 2124:7,
2129:5, 2135:17,
2136:4, 2136:24,
2138:2, 2140:7,
2140:13
**KEA** [1] - 2093:20
**KEEP** [4] - 2115:17,
2144:11, 2145:5,
2190:7
**KEEPING** [3] -
2106:7, 2108:7,
2154:5
**KEEPS** [1] - 2151:3
**KELLS** [1] - 2095:7
**KEMP** [1] - 2097:24
**KEMP'S** [1] - 2165:8
**KICKING** [1] -
2157:11
**KIND** [11] - 2098:2,
2107:20, 2110:7,
2110:19, 2113:20,
2157:25, 2169:3,
2178:3, 2180:12,
2186:10
**KNOW** [44] -
2104:15, 2105:14,
2113:5, 2114:3,
2116:5, 2120:20,
2121:4, 2121:16,
2121:21, 2122:8,
2122:16, 2123:2,
2130:19, 2131:14,
2131:12, 2131:14,
2131:19, 2131:24,
2136:1, 2137:1,
2145:9, 2145:11,

2145:15, 2146:18,
2147:17, 2147:19,
2150:19, 2151:1,
2153:22, 2157:9,
2157:19, 2163:19,
2165:9, 2165:10,
2171:6, 2181:2,
2181:14, 2182:18,
2186:4, 2187:15,
2187:16, 2187:17,
2189:23
**KNOWLEDGE** [1] -
2187:19
**KNOWS** [1] -
2151:12

# L

**LA** [9] - 2093:17,
2093:21, 2094:3,
2094:6, 2094:10,
2094:13, 2094:16,
2094:20, 2095:3
**LABORATORY** [1] -
2135:16
**LAFAYETTE** [1] -
2094:3
**LAKE** [19] - 2103:4,
2104:10, 2105:9,
2105:16, 2105:21,
2105:23, 2105:25,
2106:2, 2106:5,
2106:6, 2107:12,
2107:13, 2107:14,
2107:18, 2107:23,
2108:4, 2108:19,
2108:25, 2109:2
**LAKEFRONT** [1] -
2108:23
**LANDWARD** [3] -
2172:8, 2174:11,
2175:16
**LARGE** [24] -
2099:14, 2111:4,
2114:21, 2135:15,
2138:16, 2140:13,
2142:23, 2156:19,
2157:3, 2158:4,
2160:1, 2161:6,
2161:16, 2161:19,
2164:18, 2168:10,
2171:21, 2172:12,
2173:25, 2175:14,
2175:15, 2176:15,
2177:24, 2178:18
**LARGER** [3] -
2105:8, 2149:15,
2154:17
**LAST** [6] - 2107:24,
2133:8, 2147:1,
2161:20, 2176:24,

2178:11
  **LASTED** [1] - 2131:7
  **LATE** [1] - 2148:4
  **LATER** [13] - 2111:8, 2112:19, 2116:16, 2120:12, 2130:24, 2130:25, 2137:18, 2139:24, 2145:17, 2166:20, 2166:21, 2189:17, 2189:21
  **LAW** [12] - 2093:16, 2093:19, 2094:4, 2094:7, 2094:18, 2100:14, 2158:11, 2158:15, 2158:18, 2158:19, 2158:24, 2167:9
  **LAWN** [1] - 2093:23
  **LAWYER'S** [1] - 2094:8
  **LAY** [1] - 2113:22
  **LAYING** [1] - 2176:10
  **LEAN** [2] - 2110:16, 2178:4
  **LEANED** [1] - 2178:13
  **LEANING** [5] - 2173:11, 2173:23, 2174:8, 2175:13, 2177:22
  **LEARN** [1] - 2182:19
  **LEAST** [5] - 2120:3, 2142:25, 2153:22, 2158:20, 2164:5
  **LEAVE** [1] - 2099:20
  **LEAVING** [1] - 2168:17
  **LED** [1] - 2170:7
  **LEFT** [22] - 2097:13, 2100:20, 2106:22, 2124:20, 2128:18, 2129:25, 2140:15, 2144:12, 2144:18, 2145:1, 2149:21, 2161:22, 2167:21, 2169:1, 2171:19, 2171:20, 2171:24, 2173:25, 2175:11, 2181:21, 2183:12, 2188:3
  **LEFT-HAND** [7] - 2100:20, 2124:20, 2128:18, 2140:15, 2144:18, 2181:21, 2183:12
  **LEISURE** [1] - 2157:21
  **LENGTH** [5] - 2145:10, 2149:3, 2150:3, 2150:5, 2174:13
  **LESS** [13] - 2117:12, 2123:5, 2130:11, 2138:10, 2149:12, 2176:18, 2181:22, 2184:21, 2184:22, 2185:3, 2185:4, 2186:20
  **LET** [6] - 2107:20, 2130:19, 2138:19, 2139:3, 2140:2, 2179:14
  **LET'S** [52] - 2100:13, 2101:21, 2102:5, 2102:14, 2105:5, 2106:16, 2106:23, 2118:19, 2119:19, 2123:12, 2123:25, 2124:17, 2125:17, 2126:21, 2127:13, 2128:5, 2128:14, 2129:24, 2132:21, 2133:8, 2134:24, 2136:25, 2140:9, 2141:8, 2143:14, 2144:21, 2147:1, 2148:22, 2149:5, 2149:23, 2153:24, 2158:6, 2159:20, 2160:8, 2160:22, 2161:12, 2161:20, 2167:12, 2168:22, 2171:16, 2172:14, 2173:17, 2174:5, 2176:24, 2177:4, 2179:11, 2180:21, 2181:8, 2183:7, 2184:6, 2186:7
  **LETTING** [1] - 2116:5
  **LEVEE** [176] - 2098:20, 2098:24, 2099:18, 2103:6, 2110:3, 2110:11, 2110:16, 2110:20, 2110:21, 2110:22, 2111:10, 2111:15, 2112:13, 2112:14, 2112:16, 2112:18, 2113:18, 2113:20, 2113:25, 2114:4, 2114:5, 2114:9, 2115:2, 2116:12, 2116:15, 2116:20, 2117:12, 2117:23, 2117:25, 2118:1, 2118:15, 2119:18, 2120:1, 2120:12, 2120:14, 2120:17,
2122:8, 2122:25, 2123:1, 2123:5, 2123:6, 2123:10, 2123:11, 2123:19, 2123:22, 2124:9, 2124:25, 2125:5, 2125:18, 2125:23, 2125:24, 2125:25, 2126:1, 2126:3, 2126:8, 2126:18, 2126:21, 2127:5, 2127:9, 2127:10, 2127:23, 2128:3, 2128:20, 2128:22, 2129:19, 2129:20, 2130:20, 2130:23, 2131:4, 2132:5, 2132:25, 2133:2, 2133:14, 2134:7, 2135:8, 2135:13, 2135:15, 2135:24, 2136:1, 2136:3, 2136:16, 2136:17, 2136:24, 2137:5, 2138:7, 2138:8, 2139:8, 2142:4, 2142:20, 2143:7, 2144:1, 2144:2, 2145:5, 2146:14, 2146:17, 2146:22, 2148:20, 2149:3, 2150:3, 2150:5, 2151:6, 2152:25, 2155:4, 2155:11, 2155:13, 2156:1, 2156:2, 2156:7, 2156:10, 2156:21, 2156:24, 2157:1, 2159:5, 2161:1, 2161:13, 2162:14, 2162:25, 2165:1, 2165:3, 2166:19, 2167:17, 2167:21, 2168:9, 2169:6, 2170:8, 2170:14, 2170:20, 2171:1, 2171:3, 2172:5, 2172:7, 2172:15, 2172:16, 2172:17, 2173:15, 2175:1, 2175:22, 2175:23, 2176:2, 2176:9, 2176:20, 2176:22, 2178:9, 2178:10, 2179:1, 2179:17, 2179:19, 2179:20, 2179:24, 2179:25, 2180:2, 2180:3, 2180:6, 2180:8, 2180:15, 2181:15, 2181:17,
2182:6, 2183:8, 2183:15, 2183:20, 2183:21, 2184:9, 2184:13, 2184:17, 2184:19, 2185:14, 2186:13, 2189:12
  **LEVEES** [22] - 2109:12, 2109:16, 2113:13, 2119:14, 2119:16, 2123:19, 2135:9, 2135:18, 2137:9, 2138:2, 2138:3, 2146:21, 2147:13, 2150:15, 2150:23, 2151:8, 2152:22, 2154:23, 2155:18, 2155:19, 2170:11, 2170:18
  **LEVEL** [71] - 2098:21, 2101:22, 2102:8, 2102:19, 2104:10, 2104:11, 2106:7, 2107:8, 2111:4, 2111:15, 2112:12, 2112:15, 2114:3, 2114:10, 2114:12, 2115:14, 2117:1, 2118:2, 2118:9, 2118:19, 2118:23, 2119:20, 2119:22, 2119:24, 2120:6, 2120:7, 2120:9, 2120:10, 2120:12, 2122:13, 2122:24, 2123:4, 2123:13, 2123:14, 2123:17, 2124:8, 2124:14, 2124:18, 2124:22, 2125:5, 2125:18, 2126:10, 2133:14, 2135:12, 2136:10, 2136:12, 2138:3, 2138:6, 2138:8, 2138:13, 2138:18, 2138:24, 2139:1, 2139:2, 2139:10, 2139:17, 2142:4, 2150:19, 2150:25, 2151:3, 2151:5, 2156:12, 2164:25, 2166:2, 2166:22, 2168:12, 2179:18, 2179:23, 2180:6
  **LEVEL'S** [3] - 2116:11, 2116:16, 2116:17
  **LEVELS** [8] - 2108:18, 2121:20, 2139:12, 2140:16, 2152:4, 2154:23,
2154:24
  **LEVINE** [1] - 2095:8
  **LIBERAL** [2] - 2117:7, 2140:21
  **LIBERALLY** [1] - 2124:25
  **LICENSE** [1] - 2189:23
  **LIDAR** [1] - 2132:14
  **LIFELINE** [1] - 2185:9
  **LIGHT** [2] - 2175:11
  **LIGHT-COLORED** [1] - 2175:11
  **LIGHTER** [1] - 2101:2
  **LIKE** [26] - 2097:7, 2100:4, 2101:22, 2101:24, 2104:20, 2106:11, 2109:7, 2110:24, 2113:13, 2131:15, 2135:17, 2151:13, 2153:17, 2157:8, 2162:5, 2164:10, 2168:9, 2169:3, 2169:23, 2170:11, 2174:14, 2174:24, 2175:3, 2178:7, 2185:20, 2189:23
  **LIKELIHOOD** [1] - 2149:14
  **LIKELY** [6] - 2100:6, 2119:17, 2128:2, 2136:4, 2168:18, 2181:19
  **LIKES** [1] - 2143:15
  **LIMIT** [3] - 2116:13, 2139:11, 2144:9
  **LIMITED** [6] - 2114:24, 2117:4, 2117:5, 2125:7, 2133:15, 2145:21
  **LIMITING** [1] - 2121:5
  **LINE** [21] - 2110:9, 2110:19, 2110:21, 2128:20, 2129:16, 2132:12, 2133:9, 2135:11, 2144:5, 2154:15, 2161:1, 2161:13, 2163:1, 2168:15, 2168:17, 2171:24, 2173:21, 2173:25, 2174:7, 2175:10, 2177:20
  **LINEAR** [5] - 2129:15, 2133:1, 2133:11, 2133:12, 2144:6

**LINES** [8] - 2143:18, 2168:4, 2168:5, 2168:16, 2169:3, 2169:11, 2169:15, 2169:19

**LIST** [1] - 2114:7

**LISTED** [1] - 2180:10

**LISTENING** [1] - 2120:24

**LITIGATION** [1] - 2095:1

**LITTLE** [31] - 2111:23, 2116:1, 2116:19, 2117:20, 2119:8, 2122:3, 2123:15, 2127:16, 2127:17, 2128:12, 2133:11, 2133:18, 2133:21, 2135:9, 2136:23, 2137:18, 2148:4, 2149:9, 2149:10, 2149:12, 2157:11, 2161:4, 2166:20, 2168:15, 2169:23, 2173:12, 2173:23, 2174:18, 2176:18, 2187:19, 2189:24

**LLC** [2] - 2094:4, 2094:22

**LOADING** [7] - 2122:16, 2122:23, 2125:13, 2139:20, 2139:21, 2166:1, 2172:6

**LOADINGS** [1] - 2166:1

**LOCAL** [3] - 2099:15, 2114:23, 2125:1

**LOCALIZED** [1] - 2149:4

**LOCATE** [1] - 2163:12

**LOCATION** [43] - 2100:25, 2101:5, 2102:10, 2102:13, 2103:19, 2103:25, 2128:23, 2130:14, 2133:3, 2133:20, 2134:14, 2135:24, 2138:9, 2138:11, 2143:4, 2148:18, 2149:11, 2151:9, 2152:10, 2154:18, 2155:23, 2159:10, 2159:12, 2160:3, 2160:16, 2162:6, 2163:7, 2163:13, 2163:14, 2164:18,

2165:2, 2167:25, 2168:1, 2172:11, 2172:23, 2174:11, 2175:9, 2175:25, 2178:14, 2180:11, 2181:10

**LOCATIONS** [9] - 2128:12, 2131:10, 2134:15, 2143:11, 2152:21, 2160:19, 2171:2, 2171:3, 2171:8

**LOGS** [2] - 2109:17, 2109:18

**LONG** [19] - 2101:22, 2102:11, 2102:21, 2103:24, 2120:11, 2120:17, 2129:15, 2132:25, 2133:11, 2137:10, 2137:25, 2138:20, 2150:21, 2151:3, 2151:17, 2155:24, 2165:1, 2167:23, 2180:16

**LONGER** [6] - 2103:10, 2104:13, 2131:7, 2150:18, 2154:24, 2181:18

**LONGEST** [3] - 2151:1, 2151:6, 2151:10

**LOOK** [28] - 2101:21, 2107:25, 2108:9, 2108:14, 2121:2, 2132:3, 2133:8, 2136:20, 2140:24, 2141:8, 2145:9, 2151:18, 2157:22, 2160:13, 2160:14, 2161:13, 2161:20, 2161:24, 2162:4, 2163:3, 2163:7, 2166:1, 2169:23, 2170:12, 2177:13, 2178:7, 2183:7, 2184:6

**LOOKED** [11] - 2112:21, 2112:23, 2131:4, 2131:15, 2132:14, 2133:22, 2133:25, 2138:14, 2152:13, 2152:16, 2152:17

**LOOKING** [13] - 2103:25, 2105:4, 2111:12, 2131:25, 2151:22, 2152:9, 2159:7, 2164:11, 2165:19, 2166:25, 2168:4, 2176:14,

2185:9

**LOOKS** [11] - 2097:7, 2101:24, 2102:13, 2133:18, 2162:5, 2167:6, 2173:11, 2173:22, 2174:24, 2175:3, 2177:14

**LOS** [1] - 2093:14

**LOST** [6] - 2162:20, 2171:7, 2177:22, 2178:3, 2185:7, 2185:8

**LOT** [19] - 2111:17, 2115:15, 2116:15, 2121:11, 2122:20, 2122:25, 2133:13, 2133:16, 2133:5, 2137:24, 2139:16, 2139:17, 2139:23, 2140:4, 2152:19, 2154:24, 2167:22, 2186:15

**LOUISIANA** [4] - 2093:1, 2093:4, 2095:16, 2190:17

**LOVE** [1] - 2181:1

**LOW** [6] - 2114:14, 2117:18, 2118:13, 2139:10, 2167:21, 2167:24

**LOWER** [21] - 2098:10, 2100:20, 2101:14, 2104:3, 2117:20, 2131:5, 2131:7, 2132:19, 2136:1, 2136:17, 2139:13, 2149:8, 2168:13, 2170:24, 2170:25, 2171:2, 2171:13, 2175:22, 2183:20, 2184:20

**LOWERED** [2] - 2155:10, 2163:1

**LOWEST** [9] - 2118:15, 2119:5, 2119:14, 2119:16, 2119:18, 2123:11, 2123:18, 2170:20, 2170:22

**LUNCH** [2] - 2190:5, 2190:12

# M

**M** [3] - 2093:16, 2093:16, 2094:15

**MADE** [6] - 2098:3, 2108:9, 2120:2, 2135:14, 2166:6, 2166:7

**MAGNITUDE** [5] - 2116:14, 2122:16, 2122:23, 2139:19, 2140:14

**MAIN** [1] - 2094:16

**MAINTAINS** [1] - 2115:18

**MAJOR** [6] - 2164:21, 2165:3, 2171:12, 2174:9, 2178:8, 2178:25

**MAKE** [11] - 2097:21, 2114:8, 2136:19, 2145:13, 2153:12, 2160:9, 2164:12, 2173:7, 2182:12, 2183:17, 2187:11

**MAKES** [3] - 2107:20, 2133:13, 2180:19

**MAKING** [3] - 2115:3, 2117:8, 2164:10

**MANIFESTATION** [1] - 2149:20

**MANY** [14] - 2110:14, 2123:19, 2126:11, 2128:8, 2129:2, 2129:7, 2131:3, 2131:10, 2138:16, 2149:2, 2150:6, 2172:18

**MAP** [2] - 2150:12, 2163:20

**MARC** [1] - 2095:8

**MARCHES** [1] - 2181:17

**MARDI** [1] - 2154:7

**MARK** [5] - 2153:5, 2153:17, 2156:7, 2158:9, 2182:16

**MARKED** [1] - 2182:19

**MARKS** [4] - 2102:3, 2106:1, 2108:22, 2153:12

**MARSHAL** [1] - 2147:25

**MASSIVE** [7] - 2103:8, 2123:10, 2159:13, 2161:4, 2162:8, 2164:16, 2186:4

**MATERIAL** [5] - 2156:20, 2157:4, 2159:9, 2177:24, 2179:2

**MATERIALS** [2] - 2108:20, 2110:13

**MATH** [1] - 2117:15

**MATTER** [4] - 2125:11, 2188:1, 2189:10, 2190:19

**MATURE** [1] - 2131:9

**MAXIMUM** [13] - 2098:7, 2098:9, 2098:11, 2098:13, 2098:15, 2102:8, 2102:18, 2103:5, 2115:7, 2136:5, 2185:24, 2186:16

**MAY** [19] - 2093:4, 2097:2, 2110:21, 2111:7, 2117:21, 2119:5, 2119:7, 2121:5, 2124:1, 2133:3, 2134:17, 2136:19, 2145:20, 2153:21, 2158:19, 2163:12, 2173:11, 2189:24

**MAYBE** [6] - 2108:4, 2124:20, 2158:21, 2180:18, 2182:18, 2185:6

**MCCONNON** [1] - 2095:8

**ME** [61] - 2097:16, 2097:20, 2099:22, 2101:18, 2101:19, 2101:22, 2104:14, 2107:20, 2110:15, 2111:19, 2111:22, 2112:13, 2112:17, 2113:17, 2116:5, 2116:8, 2118:4, 2119:7, 2120:19, 2130:15, 2130:19, 2132:14, 2138:8, 2138:19, 2139:3, 2140:11, 2143:16, 2148:4, 2149:12, 2149:15, 2152:9, 2152:15, 2153:17, 2153:21, 2154:17, 2156:7, 2158:11, 2162:5, 2162:11, 2162:17, 2162:21, 2162:24, 2163:3, 2163:9, 2164:15, 2166:10, 2167:1, 2167:2, 2169:24, 2172:21, 2174:24, 2175:3, 2175:19, 2176:11, 2183:2, 2185:9, 2187:14, 2189:22, 2189:23, 2189:25

**MEAN** [18] - 2101:4, 2103:17, 2104:14,

2113:16, 2116:3, 2118:24, 2138:7, 2156:5, 2156:23, 2157:2, 2183:24, 2184:15, 2184:20, 2186:13, 2186:20, 2187:8, 2188:10, 2190:6

**MEANS** [6] - 2117:1, 2148:19, 2171:4, 2182:2, 2182:3, 2186:22

**MEANT** [2] - 2124:12, 2131:18

**MEASURE** [2] - 2101:9, 2186:24

**MEASURED** [12] - 2099:4, 2099:6, 2105:2, 2105:3, 2106:7, 2106:11, 2107:3, 2108:2, 2108:12, 2108:15, 2135:18, 2137:12

**MEASUREMENTS** [2] - 2106:25, 2135:14

**MEASURES** [1] - 2101:21

**MECHANICAL** [2] - 2095:18, 2165:15

**MENTIONED** [4] - 2101:16, 2105:14, 2111:7, 2124:1

**MESSAGE** [3] - 2124:20, 2125:2, 2137:23

**METERS** [1] - 2136:22

**METHOD** [2] - 2121:2, 2141:6

**METHODS** [1] - 2121:11

**MICHAEL** [3] - 2094:14, 2094:15, 2095:5

**MICHELE** [1] - 2095:7

**MIDDLE** [3] - 2139:25, 2185:8, 2189:25

**MIDPOINT** [2] - 2180:17, 2184:14

**MIDWAY** [5] - 2133:2, 2182:10, 2182:11, 2184:11, 2186:11

**MIGHT** [5] - 2120:11, 2134:16, 2135:25, 2157:21, 2189:16

**MILLER** [1] - 2095:9

**MILLIMETERS** [1] -

2137:3

**MIND** [5] - 2120:22, 2121:6, 2121:15, 2145:5, 2162:11

**MINE** [1] - 2154:7

**MINIMAL** [1] - 2138:20

**MINOR** [12] - 2127:22, 2133:18, 2144:9, 2144:25, 2145:1, 2145:7, 2149:9, 2161:2, 2161:4, 2175:17

**MINUTES** [3] - 2122:19, 2123:3, 2184:3

**MISSED** [1] - 2133:4

**MISSING** [1] - 2148:7

**MISSISSIPPI** [7] - 2103:8, 2103:9, 2103:13, 2103:19, 2105:17, 2106:9, 2107:5

**MISSPOKE** [1] - 2185:22

**MITSCH** [100] - 2095:9, 2096:6, 2097:6, 2097:9, 2097:12, 2100:8, 2100:12, 2100:15, 2100:17, 2104:19, 2109:6, 2109:10, 2109:25, 2110:6, 2112:7, 2113:7, 2113:10, 2113:12, 2113:15, 2116:6, 2118:8, 2118:22, 2122:12, 2124:16, 2128:4, 2132:2, 2132:7, 2132:10, 2133:7, 2134:9, 2134:19, 2134:20, 2137:21, 2140:4, 2140:5, 2141:22, 2142:18, 2143:2, 2143:17, 2143:20, 2144:20, 2146:25, 2147:3, 2147:4, 2147:23, 2148:6, 2148:12, 2148:13, 2149:18, 2150:17, 2152:6, 2153:10, 2153:16, 2153:23, 2154:2, 2154:12, 2155:9, 2156:16, 2157:18, 2157:23, 2158:10, 2158:13, 2158:17, 2158:21, 2159:1, 2160:7, 2160:11, 2163:10,

2164:4, 2167:4, 2167:10, 2168:3, 2173:1, 2175:6, 2176:4, 2177:18, 2179:4, 2180:17, 2180:20, 2181:7, 2182:21, 2182:25, 2183:3, 2183:6, 2184:5, 2184:24, 2185:6, 2185:8, 2186:6, 2187:5, 2187:10, 2187:18, 2188:9, 2188:12, 2188:17, 2188:20, 2189:1, 2190:5, 2190:7, 2190:11

**MODE** [2] - 2126:22, 2126:25

**MODEL** [26] - 2099:11, 2099:12, 2099:16, 2099:17, 2100:3, 2104:16, 2104:17, 2104:24, 2105:14, 2106:25, 2107:3, 2107:9, 2107:14, 2108:10, 2108:16, 2114:19, 2121:8, 2140:12, 2141:15, 2182:4, 2182:5, 2182:7, 2182:9, 2182:11

**MODELING** [4] - 2099:24, 2108:7, 2108:11, 2166:23

**MODELS** [5] - 2097:18, 2099:9, 2099:15, 2099:20, 2099:23

**MODES** [2] - 2098:24, 2126:21

**MODIFIED** [1] - 2107:25

**MONITOR** [1] - 2154:9

**MORE** [46] - 2098:22, 2099:15, 2103:14, 2104:10, 2104:12, 2107:24, 2109:6, 2111:18, 2111:20, 2111:23, 2112:20, 2113:2, 2114:18, 2115:1, 2115:14, 2116:1, 2116:20, 2117:11, 2119:20, 2120:1, 2122:1, 2122:20, 2123:15, 2123:19, 2126:7, 2126:11, 2126:12, 2126:13, 2127:17, 2130:16, 2131:3,

2131:9, 2134:14, 2139:3, 2139:7, 2148:25, 2149:10, 2150:23, 2154:24, 2158:12, 2160:5, 2168:24, 2171:14, 2181:20, 2187:19, 2189:6

**MORGAN** [1] - 2094:20

**MORNING** [4] - 2093:9, 2097:3, 2097:6, 2097:7

**MORRIS'** [1] - 2151:17

**MOSHER** [1] - 2129:1

**MOST** [12] - 2100:6, 2119:17, 2128:2, 2136:4, 2136:11, 2141:12, 2146:3, 2146:13, 2153:19, 2168:18, 2172:17, 2187:13

**MOTION** [3] - 2183:1, 2187:7

**MOTIVE** [1] - 2165:3

**MOUND** [2] - 2103:12, 2103:21

**MOVE** [6] - 2113:18, 2115:16, 2127:13, 2138:7, 2138:8

**MOVED** [3] - 2105:17, 2157:12, 2162:2

**MOVES** [3] - 2103:10, 2103:19, 2125:25

**MOVING** [9] - 2105:23, 2120:6, 2142:10, 2151:3, 2155:22, 2168:19, 2169:15, 2178:20, 2179:20

**MR** [122] - 2096:6, 2097:6, 2097:9, 2097:12, 2097:13, 2100:8, 2100:10, 2100:12, 2100:15, 2100:17, 2104:19, 2109:6, 2109:10, 2109:11, 2109:25, 2110:6, 2112:7, 2113:7, 2113:10, 2113:12, 2113:15, 2116:6, 2118:8, 2118:22, 2122:12, 2124:16, 2128:4, 2132:2, 2132:7, 2132:10, 2133:7,

2134:9, 2134:19, 2134:20, 2137:21, 2140:4, 2140:5, 2141:22, 2142:18, 2143:2, 2143:17, 2143:20, 2144:20, 2146:25, 2147:3, 2147:4, 2147:23, 2148:6, 2148:7, 2148:10, 2148:12, 2148:13, 2149:18, 2150:17, 2151:17, 2151:18, 2151:23, 2152:2, 2152:6, 2153:10, 2153:16, 2153:23, 2154:2, 2154:12, 2155:9, 2156:16, 2157:18, 2157:23, 2158:10, 2158:13, 2158:17, 2158:21, 2159:1, 2160:7, 2160:11, 2163:10, 2163:12, 2164:4, 2167:4, 2167:10, 2168:3, 2170:5, 2170:13, 2173:1, 2175:6, 2176:4, 2177:18, 2179:4, 2180:17, 2180:20, 2181:7, 2182:15, 2182:16, 2182:21, 2182:25, 2183:3, 2183:6, 2184:5, 2184:24, 2185:6, 2185:8, 2186:6, 2187:5, 2187:10, 2187:18, 2187:20, 2187:21, 2188:9, 2188:10, 2188:11, 2188:12, 2188:17, 2188:20, 2189:1, 2189:3, 2189:6, 2189:10, 2189:16, 2189:22, 2190:5, 2190:7, 2190:11

**MRGO** [30] - 2095:1, 2099:17, 2101:3, 2118:5, 2124:23, 2125:4, 2128:17, 2128:18, 2129:25, 2131:12, 2135:10, 2140:23, 2144:1, 2144:2, 2144:16, 2144:18, 2144:25, 2149:21, 2149:22, 2157:15, 2168:20, 2169:1, 2170:18, 2171:19, 2174:3, 2174:15, 2174:19, 2174:21, 2176:7,

2176:21
**MUCH** [61] - 2099:8,
2101:9, 2104:3,
2104:9, 2104:13,
2105:24, 2107:23,
2112:11, 2112:22,
2112:24, 2113:11,
2113:20, 2113:21,
2115:18, 2116:2,
2118:21, 2120:15,
2120:17, 2122:19,
2125:16, 2126:7,
2126:8, 2126:11,
2126:12, 2128:21,
2131:5, 2131:9,
2131:14, 2133:15,
2135:16, 2136:7,
2136:9, 2137:7,
2142:10, 2142:25,
2143:16, 2145:11,
2155:3, 2155:25,
2161:22, 2162:20,
2164:15, 2164:22,
2166:21, 2166:23,
2168:2, 2168:24,
2171:2, 2171:10,
2171:14, 2171:18,
2173:24, 2176:6,
2181:20, 2181:22,
2184:13, 2184:16,
2184:20, 2186:12,
2188:20
**MUD** [1] - 2115:21
**MULTIPLY** [1] -
2141:11
**MY** [34] - 2101:20,
2107:20, 2110:15,
2111:12, 2112:2,
2113:3, 2117:15,
2120:24, 2122:10,
2127:17, 2127:20,
2130:10, 2133:19,
2139:9, 2141:14,
2142:2, 2143:6,
2144:8, 2145:16,
2150:14, 2154:9,
2158:19, 2162:13,
2163:19, 2165:22,
2166:3, 2166:18,
2166:20, 2187:10,
2187:23, 2189:7,
2189:10, 2189:23,
2190:18
**MYER** [1] - 2095:10
**MYSTIFIED** [1] -
2141:16

## N

**N** [2] - 2096:1,
2097:1

**NAKED** [1] - 2177:14
**NATURE** [2] -
2108:7, 2115:12
**NATURE'S** [1] -
2115:13
**NEAR** [4] - 2147:9,
2167:17, 2176:2,
2184:13
**NEARLY** [1] -
2112:24
**NECESSARILY** [4] -
2110:23, 2111:24,
2130:25, 2131:6
**NEED** [7] - 2110:25,
2158:8, 2167:25,
2187:15, 2187:16,
2187:17, 2189:24
**NEEDS** [1] - 2182:19
**NEGLIGIBLE** [4] -
2136:10, 2141:12,
2141:15, 2144:10
**NEVER** [1] - 2111:15
**NEW** [8] - 2093:4,
2093:17, 2093:21,
2094:6, 2094:24,
2095:3, 2095:16,
2182:18
**NEXT** [23] - 2102:5,
2102:14, 2124:17,
2127:13, 2129:24,
2132:21, 2140:9,
2144:21, 2153:24,
2160:22, 2161:12,
2168:21, 2169:8,
2172:14, 2173:17,
2174:5, 2175:7,
2176:5, 2176:24,
2177:4, 2181:8,
2186:7, 2187:5
**NICE** [1] - 2138:15
**NINE** [3] - 2106:17,
2117:16, 2118:2
**NINE-FOOT** [1] -
2117:16
**NO** [59] - 2093:3,
2098:3, 2099:5,
2103:10, 2103:13,
2103:21, 2112:2,
2115:14, 2118:12,
2118:14, 2118:18,
2119:12, 2123:9,
2126:20, 2130:13,
2131:19, 2132:17,
2132:19, 2133:25,
2134:17, 2136:13,
2136:14, 2138:14,
2145:16, 2146:7,
2146:8, 2146:16,
2147:9, 2147:10,
2147:12, 2147:19,

2155:21, 2158:10,
2160:15, 2160:17,
2160:21, 2161:8,
2162:6, 2162:8,
2162:23, 2163:8,
2164:7, 2164:13,
2167:14, 2170:9,
2174:8, 2175:23,
2176:20, 2178:8,
2179:1, 2182:17,
2185:11, 2189:19
**NONE** [1] - 2136:11
**NORMAN** [1] -
2093:2
**NORTH** [7] -
2098:10, 2105:23,
2105:25, 2152:21,
2152:25, 2161:15,
2163:18
**NORTHEAST** [1] -
2103:5
**NORTHERN** [1] -
2160:6
**NOT** [70] - 2099:5,
2105:3, 2105:12,
2106:14, 2107:16,
2108:4, 2110:21,
2110:23, 2111:24,
2112:5, 2115:19,
2116:14, 2118:21,
2119:15, 2119:18,
2121:5, 2122:19,
2127:3, 2127:9,
2130:19, 2131:23,
2132:8, 2137:19,
2137:24, 2138:14,
2142:4, 2142:23,
2145:10, 2145:16,
2145:20, 2147:18,
2148:15, 2149:1,
2150:4, 2150:12,
2150:21, 2152:1,
2152:5, 2152:7,
2153:14, 2153:21,
2155:17, 2155:22,
2155:23, 2157:19,
2161:22, 2162:15,
2163:5, 2164:2,
2164:14, 2166:8,
2166:9, 2166:20,
2171:10, 2171:25,
2172:15, 2172:19,
2174:7, 2174:8,
2175:4, 2176:11,
2179:6, 2181:5,
2183:3, 2187:12,
2187:25, 2188:1,
2188:20, 2190:9
**NOTHING** [3] -
2172:11, 2174:4,

2189:6
**NOTICEABLY** [1] -
2161:17
**NOTICED** [1] -
2134:5
**NOW** [22] - 2100:8,
2102:23, 2104:2,
2104:20, 2112:1,
2113:12, 2116:24,
2117:6, 2117:16,
2124:23, 2126:21,
2127:17, 2134:25,
2135:5, 2136:19,
2147:23, 2164:8,
2166:25, 2167:11,
2170:12, 2174:1,
2179:9
**NOWHERE** [1] -
2157:6
**NOZZLE** [2] -
2169:3, 2169:25
**NUMBER** [3] -
2128:11, 2148:24,
2151:12
**NUMBERED** [1] -
2190:19
**NY** [1] - 2094:24

## O

**O** [5] - 2094:2,
2094:19, 2095:12,
2097:1, 2109:24
**O'BRIEN** [1] -
2094:23
**O'CLOCK** [2] -
2106:4, 2124:1
**O'DONNELL** [2] -
2093:12, 2093:13
**OAK** [1] - 2093:23
**OBLITERATED** [2] -
2146:17, 2177:7
**OBSERVATION** [2] -
2112:4, 2143:6
**OBSERVATIONS** [2]
- 2114:22, 2128:6
**OBSERVED** [2] -
2135:18, 2140:25
**OBSERVES** [1] -
2144:17
**OBVIOUS** [3] -
2105:4, 2105:7,
2118:17
**OBVIOUSLY** [5] -
2104:6, 2118:14,
2146:15, 2162:4,
2167:20
**OCCUR** [1] - 2142:8
**OCCURRED** [11] -
2130:24, 2131:8,
2135:22, 2149:14,

2155:2, 2155:4,
2166:7, 2166:15,
2166:16, 2168:13,
2176:12
**OCCURRING** [8] -
2113:21, 2114:5,
2119:2, 2120:4,
2151:4, 2157:7,
2186:5
**OCCURS** [2] -
2135:13, 2142:8
**OF** [689] - 2093:1,
2093:5, 2093:7,
2093:16, 2094:18,
2095:4, 2097:18,
2097:24, 2097:25,
2098:2, 2098:5,
2098:6, 2098:7,
2098:10, 2098:12,
2098:18, 2098:20,
2098:24, 2098:25,
2099:1, 2099:2,
2099:4, 2099:6,
2099:9, 2099:23,
2100:9, 2100:10,
2100:24, 2101:9,
2101:11, 2101:13,
2101:14, 2101:18,
2101:20, 2102:2,
2102:8, 2102:11,
2102:15, 2102:23,
2102:25, 2103:3,
2103:4, 2103:5,
2103:6, 2103:7,
2103:8, 2103:9,
2103:12, 2103:21,
2103:22, 2104:4,
2104:5, 2104:8,
2104:9, 2104:10,
2104:13, 2104:23,
2105:8, 2105:9,
2105:10, 2105:15,
2105:16, 2105:21,
2105:23, 2105:24,
2105:25, 2106:1,
2106:2, 2106:6,
2106:10, 2106:12,
2106:17, 2106:23,
2106:24, 2107:1,
2107:2, 2107:5,
2107:15, 2107:18,
2107:20, 2107:23,
2107:25, 2108:6,
2108:7, 2108:10,
2108:14, 2108:16,
2108:17, 2108:22,
2108:23, 2108:24,
2108:25, 2109:7,
2109:11, 2109:12,
2109:16, 2110:2,
2110:3, 2110:4,

2110:7, 2110:10,
2110:11, 2110:12,
2110:15, 2110:16,
2110:19, 2110:21,
2110:24, 2111:2,
2111:9, 2111:17,
2111:20, 2112:3,
2112:12, 2112:13,
2112:22, 2112:24,
2113:13, 2113:18,
2113:20, 2113:24,
2113:25, 2114:4,
2114:5, 2114:8,
2114:9, 2114:12,
2114:15, 2114:20,
2114:21, 2114:23,
2115:1, 2115:2,
2115:3, 2115:5,
2115:6, 2115:8,
2115:9, 2115:14,
2115:15, 2115:18,
2115:22, 2116:1,
2116:7, 2116:12,
2116:14, 2116:15,
2116:17, 2116:18,
2116:20, 2116:21,
2116:23, 2116:25,
2117:1, 2117:3,
2117:11, 2117:13,
2117:17, 2117:22,
2117:23, 2118:1,
2118:2, 2118:9,
2118:10, 2118:20,
2118:23, 2119:8,
2119:14, 2119:16,
2119:21, 2119:22,
2119:23, 2120:2,
2120:3, 2120:8,
2120:13, 2120:15,
2121:1, 2121:2,
2121:6, 2121:10,
2121:25, 2122:7,
2122:16, 2122:18,
2122:23, 2122:24,
2122:25, 2123:1,
2123:4, 2123:5,
2123:6, 2123:8,
2123:9, 2123:11,
2123:13, 2123:16,
2123:18, 2123:19,
2123:21, 2124:6,
2124:8, 2124:9,
2124:13, 2125:5,
2125:21, 2125:23,
2125:24, 2126:1,
2126:7, 2126:16,
2126:18, 2126:21,
2127:4, 2127:5,
2127:18, 2127:20,
2128:1, 2128:3,
2128:6, 2128:9,

2128:11, 2128:12,
2128:13, 2128:14,
2128:18, 2128:19,
2128:20, 2128:21,
2128:23, 2128:24,
2129:2, 2129:6,
2129:7, 2129:8,
2129:11, 2129:12,
2129:15, 2129:16,
2129:19, 2129:20,
2130:7, 2130:9,
2130:10, 2130:12,
2130:15, 2130:17,
2130:18, 2130:22,
2131:1, 2131:4,
2131:10, 2131:12,
2131:18, 2131:23,
2132:3, 2132:4,
2132:5, 2132:9,
2132:11, 2132:12,
2132:14, 2132:25,
2133:1, 2133:3,
2133:5, 2133:9,
2133:13, 2133:17,
2133:19, 2133:22,
2133:23, 2133:25,
2134:2, 2134:5,
2134:13, 2134:15,
2134:17, 2135:1,
2135:3, 2135:4,
2135:6, 2135:7,
2135:8, 2135:12,
2135:14, 2135:18,
2135:19, 2135:21,
2135:22, 2135:23,
2136:5, 2136:13,
2136:14, 2136:15,
2136:16, 2136:19,
2136:22, 2136:24,
2137:3, 2137:4,
2137:5, 2137:7,
2137:10, 2137:11,
2137:12, 2137:19,
2137:23, 2137:24,
2138:10, 2138:13,
2138:15, 2138:20,
2139:2, 2139:8,
2139:10, 2139:11,
2139:16, 2139:17,
2139:19, 2139:21,
2139:23, 2139:25,
2140:4, 2140:14,
2140:23, 2141:2,
2141:4, 2141:13,
2141:14, 2141:15,
2142:1, 2142:14,
2142:20, 2144:5,
2144:12, 2144:13,
2144:16, 2144:19,
2144:25, 2145:1,
2145:2, 2145:5,

2145:6, 2145:10,
2145:16, 2145:21,
2146:3, 2146:4,
2146:8, 2146:10,
2146:11, 2146:13,
2146:16, 2147:9,
2147:10, 2147:12,
2147:21, 2148:14,
2148:16, 2148:17,
2148:19, 2148:23,
2148:24, 2149:3,
2149:8, 2149:9,
2149:20, 2149:21,
2149:25, 2150:1,
2150:3, 2150:5,
2150:8, 2150:9,
2150:23, 2150:24,
2151:1, 2151:4,
2151:6, 2151:10,
2151:22, 2152:19,
2152:21, 2152:23,
2152:25, 2154:7,
2154:13, 2154:16,
2155:7, 2155:11,
2155:19, 2156:10,
2156:13, 2156:18,
2156:21, 2156:22,
2156:24, 2156:24,
2157:1, 2157:3,
2157:4, 2157:5,
2157:13, 2157:25,
2158:1, 2158:2,
2158:3, 2158:4,
2159:7, 2159:9,
2159:13, 2159:14,
2159:15, 2159:18,
2159:20, 2159:23,
2159:25, 2160:1,
2160:5, 2160:6,
2160:9, 2160:15,
2160:16, 2160:18,
2160:19, 2160:24,
2161:1, 2161:2,
2161:5, 2161:8,
2161:9, 2161:11,
2161:14, 2161:15,
2161:16, 2161:18,
2161:19, 2161:22,
2162:3, 2162:7,
2162:8, 2162:9,
2162:13, 2162:14,
2162:24, 2163:16,
2163:18, 2163:19,
2164:5, 2164:9,
2164:18, 2164:19,
2164:25, 2165:1,
2165:3, 2165:5,
2165:11, 2165:14,
2165:18, 2165:19,
2165:20, 2165:22,
2165:23, 2165:24,

2165:25, 2166:5,
2166:6, 2166:7,
2166:19, 2166:21,
2166:23, 2167:11,
2167:16, 2167:17,
2167:18, 2167:19,
2167:21, 2167:22,
2167:24, 2168:2,
2168:7, 2168:10,
2168:13, 2168:16,
2168:17, 2168:21,
2169:3, 2169:4,
2169:5, 2169:7,
2169:15, 2169:16,
2169:22, 2169:25,
2170:1, 2170:6,
2170:7, 2170:10,
2170:12, 2170:24,
2170:25, 2171:5,
2171:6, 2171:12,
2171:19, 2171:24,
2172:4, 2172:11,
2172:12, 2172:17,
2172:23, 2173:3,
2173:6, 2173:9,
2173:13, 2173:15,
2173:16, 2173:24,
2173:25, 2174:1,
2174:2, 2174:3,
2174:11, 2174:12,
2174:13, 2174:25,
2175:11, 2175:15,
2175:16, 2175:17,
2175:20, 2175:22,
2175:23, 2176:2,
2176:8, 2176:14,
2176:15, 2176:20,
2176:22, 2177:7,
2177:21, 2177:23,
2177:24, 2178:3,
2178:7, 2178:8,
2178:9, 2178:10,
2178:15, 2178:19,
2178:23, 2178:24,
2178:25, 2179:1,
2179:14, 2179:17,
2179:19, 2179:20,
2180:4, 2180:8,
2180:12, 2180:14,
2180:23, 2181:14,
2181:17, 2181:18,
2181:21, 2181:24,
2182:3, 2182:5,
2182:6, 2182:12,
2182:21, 2183:1,
2183:8, 2183:14,
2183:20, 2184:3,
2184:7, 2184:13,
2184:15, 2184:17,
2184:18, 2185:8,
2185:14, 2185:20,

2185:25, 2186:1,
2186:2, 2186:3,
2186:4, 2186:10,
2186:14, 2186:15,
2187:2, 2187:4,
2187:7, 2187:17,
2187:20, 2188:1,
2188:11, 2188:12,
2188:21, 2189:6,
2189:10, 2189:11,
2189:12, 2189:25,
2190:17, 2190:18,
2190:18

   **OFF** [8] - 2099:14,
2107:8, 2128:18,
2131:5, 2145:16,
2153:25, 2157:11,
2171:19

   **OFFICE** [3] -
2093:16, 2094:18,
2095:1

   **OFFICIAL** [3] -
2095:15, 2190:17,
2190:23

   **OFFSHORE** [2] -
2157:12, 2157:14

   **OH** [4] - 2131:19,
2153:7, 2166:4,
2189:3

   **OKAY** [58] - 2106:15,
2106:23, 2116:23,
2116:25, 2118:7,
2119:1, 2119:13,
2119:19, 2124:15,
2126:19, 2127:15,
2128:5, 2128:23,
2129:12, 2131:20,
2133:6, 2135:3,
2137:20, 2138:19,
2142:3, 2142:25,
2143:3, 2144:15,
2144:21, 2146:15,
2148:10, 2152:15,
2153:2, 2153:19,
2156:4, 2158:6,
2158:15, 2159:5,
2160:8, 2160:25,
2161:12, 2163:11,
2168:21, 2169:11,
2170:13, 2172:25,
2174:5, 2175:8,
2176:3, 2177:17,
2177:19, 2178:11,
2178:17, 2181:6,
2182:4, 2183:5,
2183:23, 2186:7,
2187:8, 2187:14,
2189:15, 2189:19,
2190:11

   **OLD** [1] - 2182:18

**ON** [198] - 2097:19, 2097:25, 2099:22, 2099:25, 2100:3, 2102:8, 2102:24, 2105:24, 2106:21, 2106:23, 2107:18, 2107:19, 2107:20, 2110:12, 2111:8, 2111:17, 2111:21, 2111:24, 2112:2, 2113:20, 2114:2, 2114:21, 2115:21, 2116:3, 2116:12, 2118:11, 2119:23, 2120:16, 2121:14, 2121:23, 2122:3, 2122:5, 2122:24, 2123:1, 2123:9, 2123:23, 2124:20, 2125:13, 2125:17, 2126:3, 2126:4, 2126:7, 2126:14, 2127:13, 2127:22, 2128:2, 2128:3, 2128:11, 2128:17, 2129:15, 2129:18, 2129:20, 2130:5, 2130:10, 2130:12, 2132:8, 2133:1, 2133:18, 2133:21, 2134:1, 2135:3, 2135:4, 2135:5, 2135:19, 2136:1, 2136:3, 2136:16, 2136:17, 2136:18, 2137:4, 2137:9, 2138:9, 2138:20, 2139:13, 2139:17, 2139:19, 2139:24, 2140:15, 2141:3, 2141:13, 2143:7, 2145:1, 2145:17, 2147:10, 2148:22, 2149:10, 2150:2, 2150:23, 2151:2, 2151:6, 2151:9, 2151:19, 2154:2, 2154:25, 2155:14, 2155:19, 2155:24, 2156:19, 2156:24, 2157:1, 2157:4, 2157:9, 2158:9, 2158:23, 2159:2, 2159:12, 2159:13, 2159:15, 2159:18, 2159:23, 2160:1, 2160:17, 2160:25, 2161:3, 2161:4, 2161:6, 2161:9, 2162:9, 2162:10, 2163:20, 2163:22,

2164:5, 2164:6, 2164:22, 2164:25, 2165:1, 2165:8, 2165:9, 2165:11, 2165:14, 2165:15, 2165:17, 2165:24, 2166:2, 2168:4, 2168:5, 2168:10, 2168:15, 2168:25, 2169:1, 2169:6, 2169:21, 2170:1, 2170:17, 2170:18, 2171:14, 2172:4, 2173:6, 2173:7, 2173:8, 2173:9, 2173:16, 2173:24, 2174:2, 2174:11, 2174:14, 2174:25, 2175:14, 2175:16, 2175:22, 2175:23, 2176:23, 2177:22, 2177:24, 2178:2, 2178:3, 2178:6, 2178:9, 2178:21, 2178:22, 2179:18, 2181:8, 2181:12, 2181:13, 2181:16, 2181:21, 2182:13, 2182:25, 2183:12, 2183:25, 2184:11, 2185:4, 2185:13, 2185:16, 2185:19, 2186:13, 2187:3, 2187:6, 2189:7, 2189:20, 2190:7
**ONCE** [11] - 2121:13, 2124:7, 2132:25, 2142:12, 2156:2, 2156:12, 2162:2, 2179:12, 2185:2, 2185:16, 2187:11
**ONE** [63] - 2097:25, 2099:10, 2100:2, 2101:11, 2105:15, 2108:10, 2108:15, 2111:2, 2112:13, 2114:1, 2116:16, 2116:18, 2117:14, 2118:19, 2120:11, 2120:16, 2121:8, 2122:16, 2123:23, 2126:22, 2127:13, 2127:21, 2129:12, 2133:8, 2135:8, 2135:17, 2138:11, 2140:18, 2140:19, 2145:18, 2145:19, 2147:9, 2149:14, 2149:15, 2150:24, 2151:23, 2152:13, 2154:19, 2155:23,

2158:2, 2158:12, 2160:22, 2161:12, 2165:2, 2166:5, 2172:14, 2172:20, 2172:25, 2173:17, 2174:5, 2175:7, 2175:8, 2176:5, 2176:8, 2176:24, 2177:4, 2177:11, 2178:11, 2180:11, 2181:8, 2184:9, 2189:5
**ONE-THIRD** [1] - 2101:11
**ONES** [5] - 2110:18, 2134:6, 2143:16, 2164:10, 2177:7
**ONLY** [10] - 2098:4, 2122:18, 2127:1, 2145:6, 2150:1, 2150:14, 2151:5, 2155:17, 2172:10, 2184:11
**ONSET** [2] - 2166:6
**ONTO** [1] - 2182:6
**OPEN** [1] - 2148:2
**OPINION** [8] - 2110:13, 2111:9, 2127:4, 2127:7, 2127:8, 2127:11, 2142:2, 2167:15
**OPINIONS** [3] - 2187:16, 2188:7, 2188:22
**OPPOSED** [2] - 2117:23, 2177:7
**OPPOSITE** [1] - 2159:17
**OR** [64] - 2101:14, 2103:18, 2106:12, 2106:14, 2107:15, 2108:5, 2109:18, 2109:21, 2115:21, 2118:2, 2119:6, 2124:4, 2125:19, 2127:3, 2131:9, 2131:24, 2139:25, 2141:10, 2141:11, 2144:13, 2147:18, 2148:19, 2149:13, 2150:18, 2151:17, 2153:21, 2155:16, 2156:13, 2157:17, 2158:4, 2162:7, 2162:12, 2162:16, 2163:22, 2164:11, 2165:20, 2166:16, 2168:19, 2169:14, 2169:16, 2170:6, 2171:12, 2172:16,

2174:8, 2176:12, 2178:9, 2179:24, 2179:25, 2180:2, 2180:4, 2180:11, 2180:17, 2180:18, 2182:18, 2183:24, 2187:12, 2187:16, 2187:25, 2188:1, 2188:2
**ORDER** [5] - 2130:10, 2132:9, 2141:14, 2163:19, 2185:25
**ORDERED** [1] - 2180:13
**ORIENT** [3] - 2128:17, 2146:5, 2159:2
**ORLEANS** [6] - 2093:4, 2093:17, 2093:21, 2094:6, 2095:3, 2095:16
**OTHER** [30] - 2108:6, 2110:10, 2110:20, 2111:9, 2111:11, 2112:21, 2113:3, 2117:10, 2122:17, 2130:16, 2130:21, 2133:22, 2134:6, 2134:15, 2134:25, 2141:7, 2143:16, 2145:4, 2150:22, 2152:21, 2153:3, 2160:9, 2160:15, 2168:9, 2169:18, 2177:7, 2178:7, 2178:24, 2185:4, 2190:2
**OTHERS** [6] - 2121:5, 2144:13, 2148:15, 2150:13, 2152:15, 2187:18
**OTHERWISE** [1] - 2147:12
**OUGHT** [2] - 2185:6, 2188:4
**OUR** [27] - 2098:19, 2098:23, 2099:24, 2100:13, 2104:21, 2104:22, 2104:24, 2105:5, 2106:17, 2107:14, 2108:11, 2112:8, 2112:12, 2113:14, 2114:18, 2119:24, 2121:24, 2122:3, 2128:14, 2128:15, 2134:24, 2157:21, 2158:6, 2169:9, 2171:17, 2172:14, 2182:21

**OURS** [2] - 2121:25, 2158:9
**OURSELVES** [1] - 2098:25
**OUT** [39] - 2103:5, 2105:25, 2110:2, 2110:7, 2115:2, 2116:1, 2119:7, 2124:23, 2130:21, 2134:16, 2134:17, 2135:25, 2140:22, 2144:22, 2148:8, 2148:11, 2150:1, 2157:19, 2162:3, 2166:5, 2167:18, 2167:20, 2167:21, 2167:23, 2168:19, 2168:25, 2169:4, 2169:18, 2170:3, 2173:7, 2173:15, 2174:1, 2175:16, 2176:16, 2176:18, 2178:6, 2184:7, 2187:21, 2188:4
**OUTBOUND** [1] - 2169:7
**OUTFLOW** [1] - 2168:13
**OUTPUT** [1] - 2099:16
**OUTPUTS** [2] - 2097:18, 2189:11
**OUTSTANDING** [1] - 2183:1
**OUTWARD** [1] - 2176:13
**OVER** [45] - 2099:18, 2100:5, 2102:23, 2102:24, 2106:23, 2119:22, 2123:11, 2124:20, 2125:21, 2126:1, 2126:5, 2126:12, 2126:17, 2136:3, 2138:15, 2140:15, 2142:15, 2142:22, 2144:2, 2144:11, 2144:12, 2144:18, 2168:6, 2169:1, 2171:7, 2172:4, 2173:10, 2174:22, 2175:13, 2176:10, 2178:13, 2179:17, 2179:20, 2179:24, 2180:2, 2180:3, 2181:21, 2182:6, 2184:3, 2184:21, 2185:3, 2185:17, 2186:3, 2186:19, 2189:18
**OVERALL** [1] -

2108:13
**OVERCOME** [1] - 2142:4
**OVERFLOW** [14] - 2098:20, 2098:23, 2123:5, 2123:11, 2126:16, 2171:22, 2179:22, 2180:1, 2180:2, 2180:3, 2180:24, 2186:5, 2186:15
**OVERFLOWING** [4] - 2156:1, 2156:2, 2156:6, 2179:13
**OVERSTATE** [1] - 2140:23
**OVERTOP** [1] - 2111:4
**OVERTOPPED** [3] - 2155:20, 2156:1, 2172:2
**OVERTOPPING** [51] - 2098:19, 2098:23, 2099:2, 2112:15, 2112:18, 2113:21, 2118:14, 2118:16, 2119:4, 2119:10, 2119:11, 2119:17, 2123:10, 2123:20, 2123:25, 2124:2, 2124:10, 2124:12, 2124:13, 2125:20, 2130:24, 2131:1, 2131:6, 2134:8, 2142:8, 2142:19, 2149:13, 2150:21, 2156:2, 2156:5, 2156:6, 2156:9, 2165:2, 2166:19, 2171:7, 2171:22, 2173:10, 2179:9, 2179:10, 2179:13, 2179:16, 2179:18, 2179:25, 2180:1, 2180:22, 2180:23, 2181:11, 2181:18, 2181:25, 2182:3
**OVERWASH** [2] - 2168:7, 2168:8

**P**

**P** [5] - 2094:1, 2094:2, 2094:19, 2095:12, 2097:1
**P.O** [1] - 2094:9
**P6** [1] - 2136:21
**PAGE** [28] - 2100:14, 2100:15, 2104:20, 2112:8, 2113:14, 2124:17, 2128:14,

2134:24, 2141:22, 2143:14, 2144:21, 2147:5, 2149:5, 2149:16, 2154:2, 2158:7, 2158:16, 2158:17, 2161:12, 2161:21, 2167:6, 2168:22, 2171:17, 2178:11, 2180:21, 2183:7, 2186:8, 2189:6
**PAGE/LINE** [1] - 2096:3
**PALMINTIER** [3] - 2094:14, 2094:15, 2094:15
**PAPER** [1] - 2134:21
**PARK** [1] - 2163:8
**PART** [20] - 2100:10, 2102:25, 2106:23, 2107:1, 2118:1, 2120:13, 2135:7, 2136:19, 2144:2, 2149:8, 2151:1, 2160:6, 2173:6, 2175:22, 2176:20, 2183:1, 2187:7
**PARTICULAR** [49] - 2100:25, 2101:2, 2103:6, 2103:25, 2107:10, 2107:11, 2108:16, 2111:19, 2112:10, 2112:23, 2114:11, 2114:19, 2117:13, 2119:15, 2123:22, 2125:8, 2128:8, 2130:17, 2133:20, 2134:14, 2135:13, 2135:24, 2138:11, 2142:5, 2144:2, 2148:17, 2149:10, 2150:4, 2150:9, 2152:23, 2159:9, 2159:12, 2160:10, 2162:6, 2163:7, 2163:17, 2165:2, 2167:16, 2169:2, 2171:3, 2172:10, 2172:23, 2172:25, 2174:17, 2175:9, 2178:13, 2178:21, 2181:13, 2183:19
**PARTICULARLY** [2] - 2103:1, 2172:3
**PARTS** [4] - 2111:9, 2114:15, 2123:11, 2123:18
**PASS** [1] - 2125:21
**PASSAGE** [4] -

2101:20, 2167:18, 2169:5, 2179:20
**PASSED** [2] - 2101:18, 2101:19
**PASSES** [5] - 2103:15, 2126:11, 2126:5, 2126:17, 2185:17
**PASSING** [4] - 2126:11, 2180:3, 2184:21, 2186:19
**PAST** [1] - 2101:20
**PATTERN** [1] - 2186:13
**PAUL** [2] - 2095:6, 2095:8
**PEAK** [43] - 2098:5, 2100:25, 2102:23, 2103:2, 2103:5, 2103:16, 2104:2, 2104:3, 2104:4, 2104:9, 2104:25, 2105:3, 2105:6, 2105:7, 2105:8, 2105:9, 2105:16, 2105:18, 2105:22, 2106:4, 2106:5, 2106:6, 2106:8, 2107:1, 2107:2, 2107:4, 2107:12, 2107:14, 2107:19, 2107:24, 2108:4, 2108:25, 2121:24, 2123:13, 2139:1, 2150:19, 2150:24, 2151:5, 2154:24, 2186:14
**PEAKS** [1] - 2104:1
**PEDESTRIAN** [1] - 2185:20
**PENETRATING** [2] - 2133:23, 2134:1
**PEOPLE** [1] - 2153:19
**PER** [8] - 2119:22, 2183:13, 2184:15, 2184:17, 2185:25, 2186:14, 2186:16, 2187:4
**PERCENT** [8] - 2099:25, 2100:6, 2101:13, 2101:14, 2145:25, 2175:4, 2185:23
**PERFECT** [1] - 2162:11
**PERFORM** [1] - 2109:13
**PERHAPS** [4] - 2118:17, 2119:5,

2147:11, 2156:5
**PERIOD** [13] - 2100:21, 2101:5, 2101:16, 2101:17, 2104:10, 2104:13, 2116:17, 2123:2, 2145:6, 2151:1, 2151:6, 2151:10, 2181:18
**PERIODS** [1] - 2167:24
**PERSPECTIVE** [1] - 2145:8
**PERVASIVE** [1] - 2149:2
**PETER** [1] - 2095:10
**PHILEN** [1] - 2095:2
**PHOTO** [43] - 2128:14, 2128:19, 2128:23, 2129:24, 2130:21, 2132:21, 2134:12, 2135:7, 2144:21, 2145:1, 2147:1, 2147:2, 2149:3, 2150:1, 2150:4, 2150:9, 2150:10, 2153:24, 2154:18, 2160:10, 2160:25, 2161:20, 2164:10, 2167:6, 2167:7, 2167:11, 2169:9, 2169:22, 2171:18, 2171:19, 2173:7, 2173:12, 2173:15, 2174:2, 2174:24, 2175:19, 2176:25, 2177:9, 2177:21, 2181:9, 2181:21
**PHOTOGRAPH** [5] - 2134:2, 2152:9, 2163:5, 2163:9, 2172:21
**PHOTOGRAPHIC** [1] - 2111:12
**PHOTOGRAPHS** [10] - 2111:13, 2112:23, 2113:7, 2141:1, 2143:15, 2145:20, 2146:16, 2152:11, 2165:19, 2180:10
**PHOTOS** [29] - 2127:20, 2128:9, 2128:11, 2128:18, 2128:25, 2129:2, 2129:6, 2129:7, 2133:22, 2133:24, 2138:19, 2139:4, 2144:19, 2147:9,

2148:24, 2149:1, 2149:21, 2150:6, 2152:17, 2157:18, 2159:16, 2159:20, 2162:21, 2163:19, 2164:18, 2168:22, 2170:12, 2171:16, 2180:9
**PHYSICS** [1] - 2107:15
**PICK** [3] - 2125:17, 2136:25
**PICKED** [1] - 2141:4
**PICTURE** [4] - 2131:25, 2143:17, 2151:15, 2154:9
**PICTURES** [2] - 2149:8, 2151:13
**PIECE** [3] - 2105:19, 2135:1
**PIECES** [2] - 2121:8, 2147:21
**PIERCE** [1] - 2093:13
**PILE** [6] - 2171:8, 2171:20, 2172:2, 2173:5, 2173:6, 2176:11
**PILED** [1] - 2103:12
**PILES** [3] - 2170:10, 2170:11, 2170:15
**PILING** [1] - 2124:5
**PLACE** [14] - 2105:10, 2113:25, 2115:15, 2120:11, 2120:16, 2120:18, 2121:1, 2152:12, 2164:22, 2165:25, 2166:3, 2168:9, 2171:5, 2182:16
**PLACED** [2] - 2097:19, 2121:14
**PLACES** [4] - 2117:18, 2117:19, 2130:16, 2148:15
**PLAINTIFF** [1] - 2093:12
**PLAINTIFFS** [5] - 2121:7, 2145:19, 2146:15, 2165:7, 2166:23
**PLAINTIFFS'** [8] - 2097:25, 2098:13, 2104:2, 2120:21, 2120:23, 2121:17, 2127:3, 2164:8
**PLANT** [1] - 2115:21
**PLC** [1] - 2094:14
**PLEASE** [10] - 2097:5, 2097:10,

2102:5, 2102:14,
2125:14, 2130:18,
2145:18, 2148:3,
2153:15, 2173:20
**PLOT** [2] - 2100:19,
2186:12
**PLUG** [5] - 2110:2,
2110:3, 2110:5
**PLUNGE** [3] -
2135:23, 2136:2
**PLUNGING** [2] -
2136:4, 2139:8
**PLUS** [3] - 2118:2,
2119:6
**POINT** [39] - 2102:2,
2103:2, 2103:7,
2108:9, 2118:5,
2118:16, 2123:10,
2123:17, 2123:22,
2124:10, 2131:13,
2134:16, 2135:13,
2135:25, 2136:25,
2138:5, 2139:25,
2142:15, 2143:1,
2144:22, 2150:18,
2151:3, 2168:25,
2178:6, 2182:10,
2182:11, 2183:25,
2184:7, 2184:11,
2186:1, 2186:11,
2186:15, 2187:8,
2187:13, 2189:24,
2190:1
**POINTED** [4] -
2119:7, 2130:21,
2176:12, 2187:21
**POINTING** [2] -
2148:8, 2148:11
**POINTS** [4] -
2113:10, 2136:19,
2160:9, 2164:8
**POLDER** [9] -
2104:9, 2104:11,
2104:13, 2167:18,
2167:20, 2168:17,
2169:4, 2170:4,
2176:16
**PONTCHARTRAIN**
[10] - 2105:21,
2105:25, 2106:6,
2107:13, 2107:15,
2107:18, 2107:23,
2108:4, 2108:19,
2109:2
**POOR** [2] - 2140:19,
2141:7
**PORTION** [5] -
2115:9, 2123:6,
2132:11, 2147:14,
2150:8

**POSITION** [7] -
2130:20, 2138:6,
2143:7, 2144:3,
2144:24, 2147:7,
2152:9
**POSITIONED** [1] -
2151:20
**POSITIVE** [1] -
2132:8
**POSSIBLE** [3] -
2119:6, 2151:12,
2176:17
**POTENTIAL** [5] -
2118:13, 2119:9,
2119:10, 2122:5,
2150:22
**POTENTIALLY** [1] -
2119:13
**POYDRAS** [2] -
2094:5, 2095:16
**PRECISELY** [1] -
2144:12
**PREDICT** [2] -
2108:10, 2166:19
**PREDICTED** [3] -
2106:25, 2107:19,
2143:5
**PREDICTING** [4] -
2098:16, 2098:22,
2108:11, 2166:22
**PREDICTION** [4] -
2098:13, 2104:22,
2107:22, 2122:4
**PREDICTS** [1] -
2165:23
**PREDOMINANT** [1] -
2128:9
**PREFER** [1] -
2110:18
**PRESENCE** [5] -
2105:9, 2128:1,
2148:24, 2161:2,
2168:16
**PRESENT** [3] -
2095:1, 2139:21,
2149:2
**PRESENTATION** [1]
- 2121:17
**PRESENTED** [1] -
2120:23
**PRESSURES** [1] -
2187:24
**PRESTORM** [1] -
2130:23
**PRESUPPOSE** [1] -
2151:24
**PRETTY** [17] -
2099:8, 2105:24,
2112:11, 2115:8,
2115:17, 2128:21,

2131:14, 2135:16,
2146:17, 2151:14,
2162:18, 2163:15,
2164:1, 2165:12,
2171:5, 2171:18,
2177:14
**PREVALENCE** [4] -
2128:6, 2130:17,
2156:18, 2159:14
**PREVALENT** [5] -
2111:18, 2127:23,
2150:2, 2155:16,
2155:17
**PREVIOUS** [4] -
2124:19, 2150:10,
2186:12, 2187:16
**PREVIOUSLY** [1] -
2185:22
**PRIMARILY** [1] -
2110:16
**PRIMARY** [1] -
2146:1
**PRINCIPAL** [1] -
2121:4
**PRINCIPLES** [1] -
2140:6
**PRINT** [2] - 2153:13,
2153:20
**PRINTED** [2] -
2153:8, 2153:9
**PRISTINE** [1] -
2188:24
**PROBABLY** [14] -
2101:8, 2101:9,
2101:14, 2103:25,
2104:1, 2111:23,
2112:19, 2118:15,
2139:24, 2146:16,
2161:22, 2178:1,
2185:24, 2187:18
**PROBLEM** [4] -
2152:20, 2153:16,
2158:20, 2189:14
**PROCEED** [1] -
2148:10
**PROCEEDINGS** [3] -
2093:7, 2095:18,
2190:18
**PROCESS** [7] -
2115:16, 2131:3,
2134:13, 2135:4,
2149:20, 2156:2,
2165:16
**PROCESSES** [2] -
2112:3, 2156:3
**PRODUCE** [2] -
2137:11, 2139:15
**PRODUCED** [2] -
2095:19, 2181:11
**PRODUCING** [1] -

2186:5
**PROFFER** [3] -
2188:24, 2188:25,
2189:20
**PROFILE** [3] -
2159:5, 2159:8,
2159:12
**PROFOUNDLY** [1] -
2162:16
**PROGRESSES** [2] -
2125:6, 2181:17
**PRONOUNCED** [1] -
2130:4
**PROPAGATES** [3] -
2103:7, 2103:14,
2103:15
**PROPAGATING** [1] -
2103:22
**PROPAGATION** [1] -
2182:5
**PROPERTIES** [2] -
2145:3, 2148:17
**PROPORTION** [1] -
2115:18
**PROPORTIONATE
LY** [1] - 2145:11
**PROVISIONALLY** [1]
- 2187:11
**PULL** [1] - 2151:18
**PULSATES** [1] -
2180:3
**PULSATING** [2] -
2126:16, 2180:4
**PURPOSE** [1] -
2187:17
**PURPOSES** [1] -
2179:14
**PUSHES** [1] - 2103:8
**PUT** [8] - 2106:17,
2112:8, 2130:19,
2145:8, 2147:20,
2151:25, 2163:20,
2189:7
**PUZZLE** [1] -
2105:19

## Q

**QUALITY** [5] -
2108:22, 2141:4,
2144:8, 2148:19,
2162:5
**QUANTITIES** [1] -
2156:20
**QUANTITY** [1] -
2172:12
**QUESTION** [6] -
2127:17, 2131:14,
2145:8, 2179:15,
2189:7, 2189:10

**QUESTIONS** [5] -
2109:6, 2110:24,
2111:8, 2122:10,
2134:16
**QUICK** [1] - 2145:13
**QUICKLY** [3] -
2109:7, 2138:4,
2159:2
**QUITE** [19] - 2105:7,
2107:16, 2108:13,
2108:24, 2114:13,
2114:21, 2118:12,
2118:13, 2119:3,
2133:18, 2137:25,
2147:9, 2148:6,
2149:1, 2173:8,
2175:21, 2176:17,
2177:23, 2184:14

## R

**R** [6] - 2093:8,
2094:23, 2095:11,
2097:1, 2109:24,
2143:10
**RAISES** [1] - 2138:5
**RAN** [2] - 2137:2,
2137:4
**RANGE** [2] -
2108:24, 2187:2
**RAPID** [6] - 2119:23,
2120:7, 2121:13,
2164:24, 2165:23,
2165:24
**RAPIDITY** [1] -
2165:5
**RAPIDLY** [4] -
2116:18, 2119:21,
2151:1, 2155:22
**RAPIDLY-RISING** [1]
- 2151:1
**RARING** [1] - 2097:9
**RATE** [11] - 2106:24,
2116:18, 2119:23,
2120:7, 2121:6,
2121:13, 2122:8,
2164:25, 2165:11,
2165:14, 2188:3
**RATES** [1] - 2108:14
**RATHER** [2] -
2111:4, 2188:22
**RE** [1] - 2113:10
**RE-EMPHASIZE** [1] -
2113:10
**REACH** [46] - 2098:8,
2098:9, 2098:10,
2098:14, 2098:24,
2099:4, 2101:3,
2101:25, 2102:16,
2103:1, 2103:6,
2103:15, 2105:18,

2106:9, 2109:16,
2115:1, 2116:20,
2117:17, 2120:1,
2121:20, 2128:7,
2131:16, 2135:18,
2138:3, 2140:7,
2143:4, 2143:11,
2145:9, 2145:10,
2146:4, 2146:8,
2146:10, 2146:11,
2147:10, 2150:8,
2152:4, 2152:18,
2155:16, 2163:16,
2164:23, 2164:24,
2170:8, 2176:2,
2176:25, 2179:25
    **REACHES** [2] -
2113:13, 2142:19
    **READ** [1] - 2144:13
    **READING** [1] -
2165:22
    **READY** [2] - 2097:7,
2148:10
    **REAL** [1] - 2176:20
    **REALITY** [2] -
2108:11, 2108:12
    **REALIZES** [1] -
2142:22
    **REALLY** [23] -
2107:11, 2110:19,
2115:12, 2116:14,
2120:10, 2125:22,
2126:7, 2126:10,
2136:2, 2145:4,
2149:13, 2155:2,
2161:22, 2164:16,
2166:21, 2169:14,
2177:16, 2178:6,
2178:24, 2179:16,
2180:7, 2185:23
    **REASON** [2] -
2113:2, 2177:6
    **REASONABLE** [2] -
2164:1, 2170:6
    **REBOUNDING** [2] -
2106:9, 2107:5
    **REBUT** [1] - 2187:16
    **RECALL** [8] -
2104:4, 2111:5,
2117:21, 2137:13,
2150:11, 2160:3,
2172:23, 2187:3
    **RECEDING** [2] -
2106:5, 2107:13
    **RECEIVED** [1] -
2097:14
    **RECENT** [1] -
2187:13
    **RECESS** [2] -
2148:1, 2190:12

    **RECOLLECT** [3] -
2098:13, 2170:17,
2187:2
    **RECONSTRUCT** [2]
- 2151:21, 2153:8
    **RECORD** [17] -
2104:15, 2109:23,
2112:7, 2117:22,
2143:9, 2144:1,
2144:11, 2144:14,
2149:16, 2157:16,
2172:1, 2172:15,
2184:6, 2188:23,
2189:5, 2190:18
    **RECORDED** [1] -
2095:18
    **RED** [12] - 2105:11,
2111:2, 2141:17,
2141:20, 2145:14,
2152:1, 2152:4,
2152:6, 2152:7,
2152:24, 2163:6,
2163:21
    **REDUCE** [1] - 2125:3
    **REED** [1] - 2129:1
    **REFER** [1] - 2134:21
    **REFERENCE** [1] -
2109:3
    **REFERENCING** [1] -
2188:7
    **REFERRED** [1] -
2146:16
    **REFERRING** [2] -
2109:3, 2169:2
    **REFLECT** [1] -
2105:3
    **REFLECTED** [1] -
2108:15
    **REGARD** [2] -
2120:21, 2189:23
    **REGARDLESS** [1] -
2107:17
    **REGIME** [1] -
2126:18
    **REGION** [2] - 2162:2,
2167:19
    **REINFORCE** [2] -
2098:19, 2098:23
    **RELATE** [1] -
2189:12
    **RELATED** [4] -
2098:4, 2110:23,
2139:20, 2148:16
    **RELATES** [2] -
2184:7, 2185:12
    **RELATING** [1] -
2187:22
    **RELATION** [2] -
2114:4, 2138:23
    **RELATIVELY** [1] -

2149:9
    **RELAXES** [1] -
2103:13
    **RELAXING** [1] -
2103:22
    **RELEVANCE** [1] -
2120:4
    **RELIABLE** [1] -
2114:21
    **REMAINED** [8] -
2108:18, 2146:2,
2146:4, 2146:14,
2146:21, 2146:22,
2172:22, 2172:24
    **REMAINS** [3] -
2101:22, 2161:1,
2189:21
    **REMARKABLE** [1] -
2131:12
    **REMARKABLY** [2] -
2154:4, 2154:5
    **REMEMBER** [6] -
2111:1, 2131:24,
2139:9, 2141:20,
2151:16, 2170:13
    **REMOVAL** [1] -
2165:23
    **REMOVE** [4] -
2121:9, 2135:5,
2153:7, 2188:25
    **REMOVED** [4] -
2129:17, 2156:20,
2157:13, 2159:10
    **RENDERED** [1] -
2188:8
    **REPEAT** [1] - 2185:5
    **REPORT** [19] -
2100:10, 2108:21,
2126:22, 2128:15,
2134:21, 2140:9,
2151:17, 2158:7,
2158:10, 2158:12,
2158:13, 2158:19,
2159:21, 2167:6,
2167:7, 2180:21,
2187:12, 2187:13,
2187:21
    **REPORTER** [3] -
2095:15, 2190:17,
2190:23
    **REPORTER'S** [1] -
2190:15
    **REPORTS** [2] -
2157:24, 2187:24
    **REPRESENT** [1] -
2113:23
    **REPRESENTATION**
[1] - 2102:6
    **REPRESENTING** [1]
- 2170:1

    **REPRODUCED** [1] -
2107:9
    **REQUIRED** [1] -
2137:11
    **RESEARCH** [2] -
2135:3, 2135:6
    **RESIO** [12] -
2099:20, 2116:2,
2182:4, 2182:17,
2183:1, 2187:7,
2187:9, 2187:25,
2188:5, 2188:25,
2189:11, 2189:17
    **RESIO'S** [1] -
2189:17
    **RESIST** [2] -
2133:20, 2145:3
    **RESISTANCE** [1] -
2148:16
    **RESPONSE** [7] -
2098:20, 2102:25,
2106:3, 2107:11,
2113:25, 2122:22,
2173:8
    **RESPONSIBILITY**
[1] - 2097:17
    **RESTRICTED** [2] -
2110:14, 2130:4
    **RESULTED** [1] -
2181:20
    **RESULTS** [5] -
2136:17, 2139:5,
2182:11, 2184:9,
2189:11
    **RESUME** [1] -
2097:8
    **RETRIEVE** [1] -
2158:22
    **REVIEW** [1] -
2110:12
    **RICHARD** [1] -
2095:11
    **RIDE** [1] - 2120:6
    **RIGHT** [67] -
2097:10, 2097:23,
2099:2, 2100:8,
2104:7, 2106:20,
2109:25, 2113:6,
2117:15, 2118:3,
2119:7, 2123:3,
2124:24, 2126:24,
2127:14, 2127:22,
2129:16, 2130:7,
2130:15, 2137:1,
2137:25, 2138:4,
2143:19, 2143:21,
2143:22, 2144:3,
2144:5, 2144:13,
2147:11, 2147:20,
2148:6, 2148:22,

2149:21, 2152:5,
2153:6, 2153:9,
2153:24, 2155:11,
2156:11, 2159:21,
2160:22, 2160:23,
2161:20, 2169:1,
2169:21, 2171:16,
2172:14, 2173:17,
2173:21, 2174:2,
2175:5, 2175:7,
2175:20, 2176:24,
2177:4, 2177:23,
2179:9, 2180:14,
2181:6, 2183:9,
2184:7, 2184:22,
2185:4, 2185:8,
2188:17, 2190:3,
2190:10
    **RIGHT-HAND** [3] -
2124:24, 2174:2,
2177:23
    **RISE** [9] - 2106:24,
2107:1, 2108:14,
2119:23, 2147:25,
2164:25, 2165:6,
2165:11, 2165:14
    **RISEN** [1] - 2120:13
    **RISING** [10] -
2106:23, 2116:17,
2119:20, 2120:5,
2120:8, 2122:13,
2122:24, 2138:8,
2151:1, 2166:2
    **RISK** [1] - 2098:25
    **ROBERT** [1] - 2095:1
    **ROBIN** [1] - 2095:10
    **ROBINSON** [1] -
2093:2
    **ROBUST** [1] - 2115:9
    **ROLL** [3] - 2125:23,
2125:25, 2185:3
    **ROLLER** [1] -
2185:21
    **ROLLS** [1] - 2185:1
    **ROOM** [1] - 2095:16
    **ROUGE** [2] -
2094:10, 2094:16
    **ROUGH** [3] - 2114:7,
2115:21, 2124:6
    **ROUGHLY** [16] -
2101:13, 2102:2,
2102:3, 2105:9,
2114:3, 2114:6,
2129:9, 2129:11,
2132:15, 2133:1,
2133:13, 2137:3,
2137:6, 2141:10,
2147:7, 2150:19
    **ROY** [3] - 2094:1,
2094:1, 2189:16

**RPR** [2] - 2095:15, 2190:22
**RULE** [7] - 2114:20, 2114:23, 2115:9, 2124:6, 2130:22, 2132:18, 2188:25
**RULES** [1] - 2114:8
**RUN** [1] - 2113:21
**RUN-UP** [1] - 2113:21
**RUNNING** [5] - 2097:17, 2130:1, 2132:24, 2171:21, 2177:20
**RUNS** [4] - 2097:18, 2128:21, 2173:21, 2175:10
**RUPERT** [2] - 2095:9, 2140:21

## S

**S** [5] - 2095:4, 2095:7, 2097:1, 2110:20, 2123:19
**S.W** [1] - 2094:12
**SAID** [13] - 2117:6, 2125:18, 2132:6, 2137:22, 2148:22, 2152:8, 2164:8, 2170:17, 2171:6, 2179:11, 2185:22, 2188:3, 2189:22
**SAKE** [1] - 2188:21
**SAME** [23] - 2099:8, 2100:21, 2101:5, 2105:10, 2107:6, 2113:4, 2121:20, 2121:23, 2122:20, 2133:13, 2134:15, 2140:16, 2143:4, 2151:3, 2165:11, 2168:22, 2169:9, 2173:24, 2177:7, 2181:10, 2186:10, 2186:13
**SAMPLE** [2] - 2109:20, 2109:21
**SAMPLES** [7] - 2109:18, 2110:1, 2110:12, 2110:15, 2110:17, 2111:25
**SAND** [4] - 2157:12, 2157:13, 2168:19, 2178:9
**SARAH** [1] - 2095:11
**SAVE** [1] - 2099:14
**SAVED** [1] - 2182:9
**SAW** [11] - 2111:17, 2127:22, 2128:8, 2131:3, 2131:9,

2136:14, 2136:18, 2143:4, 2148:24, 2148:25, 2154:19
**SAY** [20] - 2099:24, 2111:21, 2112:23, 2118:1, 2121:19, 2121:25, 2123:25, 2140:21, 2143:24, 2144:11, 2144:12, 2145:22, 2149:1, 2150:2, 2162:18, 2162:24, 2179:5, 2182:3, 2187:24, 2188:9
**SAYING** [6] - 2099:1, 2108:6, 2125:10, 2146:9, 2152:20, 2163:4
**SAYS** [3] - 2115:6, 2189:6, 2190:2
**SCALE** [9] - 2099:14, 2100:21, 2114:6, 2135:15, 2135:16, 2138:16, 2140:13, 2164:16, 2183:12
**SCALING** [3] - 2097:14, 2098:4, 2098:5
**SCIENCE** [1] - 2108:6
**SCIENTIFIC** [1] - 2170:6
**SCIENTISTS** [3] - 2134:22, 2135:2, 2137:23
**SCOPE** [1] - 2130:18
**SCOUR** [15] - 2171:22, 2171:23, 2171:25, 2173:9, 2173:14, 2173:25, 2174:1, 2174:10, 2175:14, 2175:16, 2176:14, 2177:11, 2177:23, 2178:21, 2178:23
**SCOURING** [1] - 2177:23
**SCREEN** [4] - 2151:19, 2159:2, 2168:25, 2189:7
**SEA** [2] - 2101:9, 2101:12
**SEATED** [2] - 2097:5, 2148:3
**SEAWARD** [3] - 2118:5, 2127:4, 2139:2
**SECOND** [29] - 2102:23, 2103:16, 2104:2, 2104:4,

2104:9, 2104:25, 2105:3, 2105:6, 2105:9, 2105:18, 2105:22, 2106:8, 2107:4, 2118:19, 2123:23, 2127:23, 2128:1, 2145:18, 2148:23, 2151:12, 2175:8, 2183:13, 2184:15, 2184:17, 2185:25, 2186:14, 2186:17, 2187:4
**SECTION** [5] - 2123:19, 2159:5, 2163:16, 2173:18, 2176:1
**SECTIONS** [2] - 2119:5, 2173:3
**SEDIMENT** [35] - 2109:7, 2109:11, 2109:15, 2110:2, 2110:4, 2148:19, 2155:14, 2158:4, 2159:14, 2159:15, 2159:18, 2159:23, 2160:1, 2160:18, 2161:6, 2161:9, 2161:10, 2161:16, 2161:18, 2161:25, 2162:9, 2164:5, 2164:19, 2168:8, 2168:10, 2168:19, 2169:6, 2170:2, 2170:3, 2173:13, 2174:10, 2175:15, 2176:23, 2178:9, 2178:18
**SEDIMENT'S** [2] - 2110:8, 2130:16
**SEE** [146] - 2100:20, 2103:2, 2103:16, 2106:24, 2107:1, 2107:20, 2108:1, 2110:25, 2112:10, 2112:24, 2114:5, 2118:15, 2119:20, 2121:1, 2125:6, 2125:19, 2128:12, 2129:14, 2129:15, 2129:17, 2129:18, 2129:19, 2129:22, 2130:1, 2130:4, 2132:25, 2133:11, 2134:2, 2134:3, 2134:12, 2134:13, 2134:15, 2136:2, 2138:10, 2140:15, 2140:16, 2140:17, 2140:24, 2141:5, 2141:12, 2143:11,

2144:5, 2144:22, 2144:25, 2145:1, 2145:7, 2147:6, 2147:8, 2147:10, 2149:8, 2149:9, 2149:25, 2150:6, 2151:7, 2151:24, 2152:19, 2152:22, 2154:8, 2154:9, 2154:15, 2155:19, 2156:17, 2159:14, 2159:16, 2159:23, 2159:25, 2160:1, 2160:15, 2160:16, 2160:17, 2161:2, 2161:3, 2161:4, 2161:14, 2161:15, 2161:16, 2162:1, 2162:6, 2162:8, 2162:10, 2163:4, 2164:5, 2165:25, 2167:16, 2168:6, 2168:7, 2168:9, 2168:10, 2168:21, 2168:22, 2169:3, 2169:22, 2170:12, 2171:19, 2171:20, 2171:21, 2171:23, 2172:10, 2173:6, 2173:9, 2173:13, 2173:15, 2173:17, 2173:24, 2174:3, 2174:6, 2174:10, 2174:12, 2174:13, 2175:9, 2175:10, 2175:11, 2175:14, 2175:15, 2175:17, 2175:20, 2176:6, 2176:7, 2176:9, 2176:10, 2176:19, 2176:21, 2177:21, 2177:23, 2177:24, 2178:8, 2178:12, 2178:18, 2178:21, 2178:24, 2178:25, 2179:1, 2181:2, 2181:8, 2181:11, 2181:21, 2183:17, 2184:10, 2184:20, 2186:9, 2186:11, 2186:12, 2189:8, 2190:1
**SEEING** [4] - 2105:12, 2138:12, 2143:3, 2144:4
**SEEK** [1] - 2115:13
**SEEM** [1] - 2111:4
**SEEMED** [2] - 2166:11, 2166:14
**SEEMS** [3] -

2130:20, 2164:15, 2164:17
**SEEN** [6] - 2117:18, 2117:19, 2136:15, 2150:3, 2155:15, 2177:20
**SEGMENTS** [1] - 2108:14
**SEIFFERT** [1] - 2143:9
**SEIJFFERT** [5] - 2134:22, 2140:6, 2140:12, 2143:5, 2143:9
**SENSE** [10] - 2129:7, 2133:13, 2157:2, 2164:12, 2166:18, 2166:20, 2180:19, 2184:15, 2184:20, 2186:20
**SEPARATED** [1] - 2176:11
**SEQUENTIAL** [1] - 2180:12
**SEQUENTIALLY** [1] - 2180:13
**SERIES** [3] - 2099:9, 2108:22, 2159:20
**SERVER** [1] - 2097:19
**SESSION** [4] - 2093:9, 2097:3, 2097:5, 2148:3
**SET** [4] - 2099:11, 2105:25, 2110:15, 2150:1
**SETUP** [1] - 2150:20
**SEVEN** [3] - 2100:13, 2117:18, 2163:1
**SEVERAL** [1] - 2123:18
**SEVERE** [3] - 2112:10, 2181:20, 2181:22
**SEVERELY** [1] - 2111:14
**SHALLOW** [1] - 2116:12
**SHAPE** [4] - 2107:25, 2108:1, 2108:17, 2159:9
**SHAPED** [1] - 2160:1
**SHAPES** [1] - 2165:9
**SHARE** [1] - 2127:11
**SHE** [1] - 2158:22
**SHEENA** [1] - 2154:8
**SHEET** [11] - 2124:5, 2170:10, 2170:11, 2170:14, 2171:8, 2171:20, 2172:2,

2173:5, 2173:6,
2176:11, 2177:13
  **SHEETS** [1] -
2176:17
  **SHELL** [3] - 2145:10,
2146:12, 2146:13
  **SHERMAN** [1] -
2093:20
  **SHIFT** [1] - 2122:9
  **SHIFTS** [1] - 2122:7
  **SHORE** [4] -
2105:21, 2107:18,
2107:23, 2108:25
  **SHORT** [4] - 2109:7,
2116:17, 2120:12,
2181:22
  **SHORTER** [1] -
2130:25
  **SHORTLY** [2] -
2155:6, 2155:25
  **SHOULD** [6] -
2116:8, 2121:12,
2153:9, 2159:4,
2180:16, 2189:7
  **SHOULDERS** [1] -
2169:22
  **SHOW** [18] - 2104:2,
2104:3, 2104:24,
2107:4, 2132:22,
2133:9, 2135:2,
2147:6, 2149:5,
2151:14, 2158:21,
2159:21, 2161:21,
2164:11, 2164:18,
2173:20, 2183:14
  **SHOWED** [5] -
2111:2, 2130:10,
2138:20, 2139:4,
2151:13
  **SHOWING** [3] -
2183:16, 2183:24,
2184:2
  **SHOWN** [2] - 2149:3,
2150:3
  **SHOWS** [9] -
2100:19, 2100:23,
2101:2, 2107:3,
2107:4, 2152:1,
2169:15, 2183:12
  **SIC** [1] - 2143:10
  **SIDE** [184] - 2100:20,
2105:24, 2111:17,
2111:21, 2112:25,
2120:8, 2122:6,
2122:24, 2123:1,
2123:21, 2124:20,
2125:13, 2125:16,
2125:17, 2125:21,
2125:23, 2125:24,
2126:3, 2126:4,

2126:6, 2126:9,
2126:13, 2126:14,
2126:18, 2126:22,
2126:25, 2127:13,
2127:19, 2128:2,
2128:3, 2128:13,
2128:19, 2129:16,
2129:20, 2130:5,
2130:6, 2133:21,
2133:23, 2135:5,
2137:24, 2138:21,
2140:15, 2141:18,
2141:25, 2142:2,
2142:9, 2142:11,
2142:12, 2142:13,
2143:3, 2144:16,
2144:19, 2144:25,
2145:1, 2147:11,
2148:23, 2149:9,
2149:10, 2149:22,
2150:2, 2150:23,
2151:2, 2154:16,
2154:18, 2155:2,
2155:5, 2155:14,
2156:10, 2156:18,
2156:19, 2156:24,
2157:1, 2158:1,
2158:5, 2159:3,
2159:7, 2159:13,
2159:16, 2159:18,
2159:24, 2160:1,
2160:15, 2160:17,
2161:4, 2161:7,
2161:9, 2161:11,
2161:14, 2161:19,
2162:1, 2162:9,
2162:10, 2164:6,
2164:9, 2164:17,
2164:20, 2164:22,
2164:25, 2165:15,
2165:25, 2166:2,
2167:12, 2167:17,
2168:4, 2168:5,
2168:6, 2168:11,
2169:7, 2169:18,
2170:1, 2170:6,
2171:5, 2171:7,
2171:9, 2171:10,
2171:12, 2171:15,
2171:19, 2171:21,
2172:9, 2172:13,
2173:7, 2173:8,
2173:9, 2173:14,
2173:16, 2173:24,
2174:2, 2174:3,
2174:12, 2174:14,
2174:15, 2175:14,
2175:17, 2175:24,
2176:22, 2177:23,
2177:25, 2178:2,
2178:3, 2178:7,

2178:10, 2178:21,
2179:1, 2179:6,
2179:7, 2179:18,
2179:21, 2179:23,
2180:8, 2181:12,
2181:21, 2182:7,
2182:11, 2182:13,
2182:17, 2182:25,
2184:11, 2184:17,
2185:1, 2185:4,
2185:14, 2185:16,
2185:24, 2186:8,
2186:11, 2186:14,
2186:16, 2186:19,
2186:25, 2187:3,
2187:20, 2187:22,
2188:4, 2188:13,
2188:14, 2188:16,
2189:12, 2189:18,
2190:2
  **SIDES** [1] - 2121:19
  **SIGNATURE** [8] -
2111:20, 2112:24,
2127:23, 2128:1,
2128:8, 2128:9,
2128:13, 2148:23
  **SIGNATURES** [4] -
2112:21, 2127:18,
2127:21, 2152:23
  **SIGNIFICANCE** [6] -
2098:18, 2122:5,
2134:18, 2153:22,
2170:24, 2170:25
  **SIGNIFICANT** [34] -
2101:3, 2101:6,
2101:8, 2101:10,
2101:13, 2101:15,
2114:6, 2114:13,
2115:7, 2117:3,
2117:4, 2118:10,
2118:23, 2121:6,
2121:15, 2122:14,
2123:6, 2127:9,
2135:10, 2140:22,
2155:25, 2156:19,
2161:18, 2162:9,
2167:11, 2170:7,
2172:12, 2173:16,
2174:4, 2174:13,
2175:23, 2176:21,
2179:6, 2179:7
  **SIMILAR** [10] -
2100:2, 2108:1,
2135:10, 2135:17,
2136:17, 2136:24,
2143:7, 2154:18,
2165:10, 2165:12
  **SIMPLE** [1] -
2140:12
  **SIMPLY** [8] -

2097:21, 2103:21,
2103:22, 2112:14,
2115:23, 2134:17,
2159:5, 2188:1
  **SIMS** [1] - 2093:23
  **SIMULATE** [1] -
2182:5
  **SIMULATED** [2] -
2104:25, 2107:23
  **SIMULATING** [1] -
2099:25
  **SINCE** [4] - 2113:3,
2123:14, 2131:2,
2133:14
  **SIR** [17] - 2111:16,
2122:11, 2123:23,
2134:11, 2141:21,
2144:17, 2148:10,
2149:17, 2150:7,
2158:18, 2160:4,
2167:9, 2167:25,
2176:3, 2182:14,
2183:5, 2190:3
  **SITE** [2] - 2104:23,
2167:12
  **SITUATION** [7] -
2099:25, 2100:2,
2123:9, 2140:14,
2166:1, 2180:2,
2180:7
  **SITUATIONS** [1] -
2100:4
  **SIX** [3] - 2117:20,
2163:1, 2166:16
  **SKETCH** [2] -
2113:24, 2125:14
  **SKETCHES** [3] -
2119:15, 2124:19,
2139:9
  **SKILL'S** [1] -
2108:13
  **SL15** [3] - 2104:17,
2104:22, 2106:25
  **SLIDE** [25] - 2100:13,
2102:5, 2102:14,
2104:21, 2105:5,
2106:17, 2106:19,
2112:8, 2124:17,
2128:15, 2134:24,
2140:9, 2141:22,
2158:6, 2161:24,
2167:6, 2169:8,
2169:10, 2171:17,
2172:14, 2180:21,
2183:7, 2186:7,
2187:6
  **SLIDE..** [1] - 2113:14
  **SLIDES** [2] - 2098:1,
2102:23
  **SLIGHTLY** [9] -

2098:10, 2103:3,
2108:4, 2108:5,
2121:24, 2122:9,
2130:16, 2173:14,
2174:11
  **SLOPE** [15] -
2104:12, 2125:25,
2135:8, 2135:13,
2136:3, 2156:21,
2157:2, 2159:11,
2159:15, 2160:19,
2172:7, 2184:13,
2185:15, 2185:18,
2185:19
  **SLOPES** [1] - 2126:3
  **SLOPING** [3] -
2103:21, 2117:11,
2118:5
  **SLOW** [3] - 2115:16,
2125:24, 2185:16
  **SLOWER** [2] -
2185:2
  **SMALL** [16] - 2104:3,
2110:14, 2116:14,
2118:12, 2119:3,
2128:11, 2137:11,
2139:10, 2139:11,
2139:14, 2147:11,
2151:19, 2155:7,
2178:23, 2188:20,
2189:23
  **SMALLER** [2] -
2114:25, 2154:16
  **SMITH** [1] - 2095:10
  **SMOOTH** [1] -
2115:21
  **SO** [141] - 2098:4,
2098:16, 2098:20,
2098:25, 2099:6,
2100:23, 2100:24,
2101:12, 2101:14,
2101:21, 2102:3,
2102:4, 2103:12,
2106:3, 2106:10,
2106:16, 2107:9,
2107:19, 2108:3,
2108:6, 2108:24,
2110:14, 2111:19,
2112:13, 2112:19,
2113:22, 2114:11,
2115:5, 2115:10,
2115:15, 2115:25,
2116:11, 2116:17,
2116:21, 2116:25,
2117:3, 2117:13,
2118:9, 2118:15,
2118:17, 2119:6,
2119:16, 2119:21,
2119:22, 2119:24,
2120:11, 2120:15,

DAILY COPY

2120:16, 2121:3, 2122:3, 2122:22, 2122:24, 2123:8, 2123:16, 2123:20, 2125:6, 2125:10, 2125:17, 2125:18, 2125:19, 2126:25, 2127:13, 2127:17, 2128:16, 2129:12, 2129:14, 2130:20, 2130:23, 2131:2, 2131:8, 2133:17, 2135:12, 2136:4, 2136:10, 2136:12, 2136:17, 2137:3, 2137:9, 2137:10, 2137:22, 2138:7, 2138:10, 2139:12, 2139:16, 2140:15, 2140:23, 2141:8, 2141:10, 2141:14, 2143:21, 2144:13, 2146:21, 2150:22, 2151:15, 2151:20, 2151:24, 2152:9, 2155:23, 2157:3, 2158:22, 2159:9, 2159:13, 2162:15, 2162:20, 2164:11, 2164:20, 2165:13, 2166:20, 2169:16, 2169:21, 2169:24, 2171:4, 2171:8, 2171:10, 2172:20, 2172:24, 2174:15, 2176:21, 2177:7, 2179:5, 2180:7, 2180:12, 2180:17, 2182:2, 2182:9, 2184:1, 2184:2, 2184:6, 2184:13, 2185:14, 2185:15, 2186:4, 2186:18, 2187:8, 2187:15, 2188:5, 2188:23, 2189:25

**SOIL** [21] - 2110:4, 2110:10, 2111:8, 2111:22, 2111:24, 2112:19, 2113:2, 2121:10, 2121:13, 2133:20, 2142:10, 2144:8, 2145:2, 2148:17, 2148:19, 2158:4, 2165:24, 2172:7, 2172:12, 2174:1

**SOIL'S** [1] - 2110:19
**SOILS** [1] - 2113:3
**SOJA** [1] - 2095:11

**SOME** [62] - 2097:24, 2099:15, 2100:9, 2107:17, 2109:21, 2111:11, 2114:7, 2117:19, 2118:15, 2119:17, 2120:4, 2122:5, 2124:2, 2124:10, 2125:19, 2133:21, 2134:13, 2135:8, 2137:10, 2140:11, 2141:2, 2144:5, 2145:1, 2146:19, 2146:21, 2148:14, 2152:22, 2153:6, 2154:16, 2156:5, 2159:8, 2160:16, 2161:3, 2161:14, 2166:6, 2166:7, 2167:24, 2168:13, 2168:15, 2168:16, 2169:3, 2169:5, 2169:6, 2170:2, 2170:12, 2171:16, 2172:10, 2172:11, 2174:3, 2174:12, 2174:25, 2175:11, 2175:16, 2175:17, 2176:19, 2177:7, 2178:24, 2178:25, 2180:12, 2188:19

**SOMEONE** [1] - 2185:9
**SOMEPLACE** [1] - 2110:20
**SOMETHING** [6] - 2112:14, 2141:13, 2143:18, 2154:9, 2181:11, 2182:19
**SOMETIME** [1] - 2159:6
**SOMETIMES** [2] - 2134:16, 2136:2
**SOMEWHAT** [1] - 2162:16
**SOMEWHERE** [7] - 2100:25, 2104:4, 2132:24, 2152:14, 2157:5, 2158:8, 2185:7
**SOON** [2] - 2099:13, 2165:2
**SORRY** [12] - 2141:20, 2153:8, 2153:11, 2153:20, 2154:14, 2158:10, 2163:14, 2167:2, 2168:5, 2177:10, 2178:15
**SORT** [7] - 2097:24,

2115:14, 2120:2, 2122:7, 2135:1, 2185:20, 2189:25
**SOURCE** [1] - 2113:4
**SOUTH** [25] - 2093:13, 2098:10, 2103:4, 2105:8, 2105:16, 2105:21, 2107:18, 2107:23, 2108:25, 2128:24, 2129:8, 2129:11, 2129:12, 2130:7, 2130:15, 2130:22, 2131:10, 2133:5, 2150:8, 2150:9, 2160:5, 2160:24, 2161:16, 2168:2, 2178:15
**SOUTHEAST** [1] - 2147:14
**SOUTHEASTERN** [11] - 2102:15, 2103:18, 2106:20, 2106:21, 2146:10, 2147:9, 2163:16, 2163:17, 2176:2, 2180:14
**SOUTHEASTERNM OST** [1] - 2146:11
**SOUTHERNMOST** [2] - 2146:4, 2146:9
**SPAN** [2] - 2119:21, 2123:8
**SPEAK** [1] - 2187:19
**SPEAKING** [1] - 2147:15
**SPECIFICALLY** [2] - 2170:11, 2187:25
**SPEED** [2] - 2122:13, 2185:4
**SPEEDS** [2] - 2126:6, 2142:11
**SPILLING** [1] - 2172:7
**SPOTS** [2] - 2167:21, 2167:24
**SPRINGS** [1] - 2094:13
**SQUARE** [1] - 2166:3
**SR** [1] - 2095:11
**ST** [6] - 2093:17, 2093:20, 2094:2, 2094:5, 2094:23, 2104:9
**STABLE** [2] - 2115:14, 2155:23
**STAFF** [1] - 2097:19
**STAGE** [2] - 2120:8, 2131:9

**STAGES** [4] - 2105:15, 2131:4, 2134:13, 2161:11
**STANDING** [2] - 2101:18, 2157:8
**STANDPOINT** [2] - 2118:13, 2165:15
**STANWOOD** [1] - 2093:8
**START** [9] - 2106:22, 2106:23, 2115:15, 2121:9, 2126:2, 2135:7, 2146:6, 2159:20, 2180:11
**STARTED** [3] - 2112:18, 2131:5, 2155:5
**STARTING** [1] - 2156:10
**STARTS** [3] - 2125:22, 2142:12, 2180:13
**STATE** [3] - 2101:9, 2101:12, 2134:15
**STATED** [1] - 2150:7
**STATEMENT** [1] - 2189:5
**STATES** [4] - 2093:1, 2093:5, 2093:8, 2190:17
**STATION** [2] - 2095:13, 2167:12
**STAY** [2] - 2120:11, 2190:7
**STEADY** [7] - 2123:5, 2123:20, 2126:15, 2172:3, 2179:24, 2180:2, 2186:4
**STEEP** [3] - 2125:24, 2136:3, 2181:13
**STEEPER** [3] - 2126:3, 2135:9
**STEEPEST** [1] - 2118:1
**STENOGRAPHY** [1] - 2095:18
**STEP** [3] - 2099:16, 2116:8
**STEVENS** [2] - 2094:18, 2094:18
**STILL** [27] - 2104:7, 2106:21, 2111:14, 2112:12, 2112:15, 2114:3, 2114:10, 2114:12, 2118:12, 2124:14, 2125:7, 2135:11, 2135:12, 2136:10, 2136:12, 2138:13, 2138:18,

2138:23, 2142:4, 2142:19, 2156:6, 2156:12, 2174:7, 2179:18, 2179:23, 2180:6
**STONE** [1] - 2095:11
**STORM** [38] - 2097:18, 2098:7, 2098:13, 2098:18, 2100:24, 2102:25, 2103:7, 2103:10, 2103:11, 2105:16, 2105:17, 2105:20, 2105:22, 2105:23, 2105:24, 2107:6, 2107:7, 2107:17, 2112:19, 2124:21, 2130:24, 2138:10, 2145:6, 2150:24, 2150:25, 2151:2, 2155:20, 2161:11, 2162:2, 2167:18, 2167:19, 2167:20, 2168:12, 2169:5, 2176:13, 2181:11, 2186:2, 2186:14
**STRAIGHT** [4] - 2105:25, 2154:5, 2173:22, 2174:7
**STRAIN** [2] - 2143:16
**STREAM** [4] - 2168:17, 2169:3, 2169:15, 2169:19
**STREET** [5] - 2093:13, 2094:9, 2094:16, 2095:2, 2095:16
**STRETCH** [2] - 2112:11, 2160:6
**STRIKE** [1] - 2125:10
**STRING** [1] - 2099:9
**STRIP** [2] - 2138:20
**STRIPE** [10] - 2128:21, 2129:15, 2129:18, 2129:20, 2130:2, 2132:24, 2136:16, 2138:25, 2139:2
**STRIPES** [1] - 2133:16
**STRONGLY** [1] - 2103:4
**STUDIED** [1] - 2163:22
**STUDY** [2] - 2130:18, 2171:5
**STWAVE** [2] - 2099:15, 2099:16
**STYLUS** [1] - 2153:18

**SUBJECT** [1] - 2150:21
**SUBJECTED** [4] - 2135:16, 2145:5, 2171:14, 2172:3
**SUBROGATED** [1] - 2094:22
**SUBSEQUENT** [1] - 2187:12
**SUBSTANTIAL** [1] - 2163:5
**SUBSTANTIALLY** [2] - 2162:18, 2162:24
**SUCCINCT** [1] - 2189:24
**SUCH** [3] - 2139:14, 2169:22, 2189:21
**SUFFERED** [1] - 2112:10
**SUGGEST** [5] - 2103:17, 2107:5, 2120:6, 2121:12, 2141:6
**SUGGESTED** [2] - 2143:7, 2189:3
**SUGGESTING** [1] - 2171:1
**SUGGESTION** [1] - 2187:10
**SUITE** [4] - 2093:14, 2093:23, 2094:5, 2095:2
**SUMMARIZE** [1] - 2099:6
**SUMMARY** [2] - 2125:11, 2170:5
**SUPPORT** [2] - 2123:15, 2178:3
**SURE** [24] - 2107:16, 2110:23, 2110:25, 2113:9, 2115:19, 2115:20, 2116:4, 2123:24, 2141:17, 2142:23, 2145:18, 2147:3, 2147:21, 2149:1, 2160:12, 2163:19, 2165:6, 2166:9, 2171:25, 2175:4, 2182:20, 2183:17, 2190:5
**SURF** [5] - 2113:16, 2113:17, 2115:9, 2151:2, 2151:4
**SURFACE** [23] - 2103:22, 2104:12, 2111:18, 2111:20, 2115:20, 2127:22, 2130:17, 2133:1, 2133:17, 2135:23, 2136:18, 2137:5,

2143:6, 2150:6, 2160:17, 2161:3, 2161:14, 2161:15, 2172:5, 2174:25, 2175:20, 2175:21, 2176:19
**SURFICIAL** [26] - 2127:21, 2127:24, 2128:5, 2128:6, 2129:14, 2130:3, 2130:9, 2132:3, 2132:11, 2132:12, 2132:22, 2133:10, 2143:12, 2144:4, 2144:22, 2147:8, 2148:14, 2148:25, 2154:13, 2162:7, 2172:10, 2174:4, 2174:12, 2178:8, 2178:25
**SURGE** [31] - 2097:18, 2098:7, 2098:9, 2098:14, 2098:18, 2099:1, 2100:24, 2102:25, 2103:6, 2103:11, 2105:20, 2106:1, 2106:10, 2106:24, 2107:6, 2107:7, 2107:12, 2107:13, 2107:14, 2107:17, 2121:24, 2124:22, 2139:1, 2150:18, 2150:19, 2150:22, 2154:24, 2155:5, 2165:19, 2166:6, 2186:2
**SURVIVE** [1] - 2145:11
**SUSTAINED** [1] - 2167:23
**SYMBOLS** [1] - 2101:4
**SYSTEM** [3] - 2098:20, 2117:24, 2146:4

**T**

**T** [2] - 2094:22, 2139:25
**TABLE** [1] - 2124:17
**TABULAR** [1] - 2124:18
**TABULATING** [1] - 2188:2
**TAHEERAH** [1] - 2095:6
**TAKE** [23] - 2098:25, 2099:16, 2101:21, 2103:24, 2106:22,

2109:21, 2110:3, 2110:17, 2110:18, 2116:23, 2119:19, 2120:17, 2124:20, 2125:2, 2125:11, 2135:1, 2137:22, 2147:2, 2147:23, 2153:25, 2184:6, 2190:3, 2190:5
**TAKE-AWAY** [1] - 2137:22
**TAKE-HOME** [2] - 2124:20, 2125:2
**TAKEN** [4] - 2113:3, 2148:1, 2152:12, 2190:12
**TAKES** [3] - 2120:25, 2137:25, 2151:17
**TAKING** [8] - 2110:2, 2110:9, 2110:20, 2113:24, 2115:14, 2116:1, 2155:4, 2165:25
**TALE** [3] - 2156:17, 2157:25, 2159:3
**TALK** [14] - 2099:20, 2114:15, 2117:25, 2122:15, 2122:22, 2125:16, 2126:21, 2128:5, 2137:17, 2139:24, 2145:19, 2182:4, 2187:9
**TALKED** [4] - 2104:16, 2127:16, 2179:10, 2179:22
**TALKING** [15] - 2097:13, 2097:14, 2109:23, 2111:5, 2111:11, 2111:25, 2112:9, 2118:24, 2131:13, 2131:21, 2134:3, 2134:9, 2149:19, 2167:7, 2177:11
**TANGENTIALLY** [1] - 2127:9
**TANK** [2] - 2138:16, 2140:13
**TASK** [1] - 2154:6
**TECH** [2] - 2158:7, 2158:13
**TECHNICAL** [1] - 2138:15
**TELESTRATOR** [1] - 2107:20
**TELL** [31] - 2097:16, 2101:22, 2102:11, 2105:6, 2125:11, 2125:12, 2129:14, 2135:1, 2144:12,

2144:22, 2151:25, 2154:6, 2156:7, 2156:17, 2157:25, 2158:11, 2159:3, 2162:17, 2162:21, 2162:23, 2163:5, 2172:1, 2173:12, 2173:22, 2175:2, 2180:25, 2181:2, 2182:3, 2183:11, 2187:14
**TELL-TALE** [3] - 2156:17, 2157:25, 2159:3
**TELLS** [4] - 2112:13, 2112:17, 2143:17, 2182:7
**TEN** [11] - 2101:23, 2101:25, 2102:1, 2102:11, 2102:21, 2104:7, 2110:11, 2115:5, 2115:8, 2117:19, 2118:2
**TENTATIVE** [1] - 2189:20
**TENTH** [1] - 2141:13
**TERM** [2] - 2113:16, 2120:4
**TERMINOLOGY** [1] - 2179:17
**TERMS** [2] - 2155:15, 2172:12
**TEST** [8] - 2136:21, 2137:2, 2137:4, 2139:5, 2159:6, 2159:7, 2167:12, 2171:11
**TESTIFIED** [3] - 2111:3, 2132:18, 2170:14
**TESTIFYING** [1] - 2188:7
**TESTIMONY** [14] - 2109:3, 2117:19, 2120:25, 2121:19, 2129:4, 2132:17, 2137:14, 2150:13, 2163:21, 2165:8, 2166:12, 2170:14, 2187:13, 2188:15
**TESTS** [2] - 2137:9, 2138:5
**THAN** [38] - 2098:16, 2098:22, 2101:13, 2101:15, 2104:11, 2110:20, 2111:1, 2111:9, 2111:19, 2111:21, 2112:23, 2113:3, 2116:2, 2120:23, 2121:11,

2121:25, 2123:6, 2123:15, 2126:4, 2129:18, 2130:11, 2130:16, 2130:21, 2131:9, 2133:21, 2135:9, 2136:23, 2139:13, 2148:25, 2153:3, 2153:19, 2166:20, 2175:22, 2178:7, 2179:23, 2181:22, 2186:23, 2188:19
**THANK** [35] - 2100:11, 2104:18, 2109:5, 2113:1, 2113:11, 2116:5, 2118:7, 2124:15, 2131:11, 2141:23, 2143:1, 2146:24, 2147:20, 2148:8, 2148:11, 2148:12, 2149:17, 2153:6, 2153:20, 2154:20, 2156:15, 2157:22, 2156:15, 2158:18, 2163:9, 2164:2, 2167:1, 2167:9, 2172:25, 2175:5, 2176:3, 2178:17, 2180:19, 2183:5, 2183:23
**THANKS** [3] - 2131:20, 2142:25, 2175:8
**THAT** [519] - 2097:14, 2097:16, 2097:24, 2098:4, 2098:19, 2098:22, 2098:23, 2099:1, 2099:2, 2099:8, 2099:9, 2099:12, 2099:25, 2100:9, 2100:19, 2101:7, 2101:16, 2102:2, 2102:9, 2103:2, 2103:6, 2103:12, 2103:14, 2103:16, 2103:17, 2103:18, 2103:19, 2103:24, 2104:6, 2104:10, 2104:12, 2104:24, 2105:8, 2105:12, 2105:17, 2105:20, 2105:25, 2106:11, 2106:14, 2107:2, 2107:5, 2107:6, 2107:16, 2107:24, 2107:25, 2108:1, 2108:3, 2108:6, 2108:9, 2109:16, 2109:17,

| | | | | |
|---|---|---|---|---|
| 2110:3, 2110:4, | 2134:13, 2134:14, | 2160:18, 2160:25, | 2180:16, 2180:22, | 2166:25, 2167:6, |
| 2110:7, 2110:11, | 2134:15, 2135:4, | 2161:1, 2161:14, | 2181:9, 2181:19, | 2168:10, 2169:19, |
| 2110:15, 2111:8, | 2135:13, 2135:17, | 2161:23, 2161:25, | 2182:2, 2182:3, | 2170:24, 2171:4, |
| 2111:13, 2111:14, | 2135:23, 2135:25, | 2162:2, 2162:9, | 2182:4, 2182:7, | 2172:5, 2175:4, |
| 2111:18, 2111:19, | 2136:2, 2136:21, | 2162:16, 2163:2, | 2182:17, 2182:19, | 2175:10, 2175:12, |
| 2111:20, 2111:22, | 2137:17, 2137:18, | 2163:4, 2163:5, | 2182:20, 2182:22, | 2176:1, 2177:17, |
| 2111:25, 2112:9, | 2137:22, 2137:23, | 2163:7, 2163:9, | 2182:23, 2182:25, | 2178:1, 2178:12, |
| 2112:12, 2112:13, | 2137:25, 2138:2, | 2163:17, 2163:18, | 2183:1, 2183:11, | 2179:8, 2179:16, |
| 2112:14, 2112:17, | 2138:4, 2138:10, | 2163:20, 2164:8, | 2183:19, 2184:20, | 2180:3, 2180:5, |
| 2113:2, 2113:16, | 2138:12, 2138:15, | 2164:10, 2164:11, | 2184:25, 2185:1, | 2181:22, 2184:11, |
| 2114:5, 2114:6, | 2138:17, 2138:20, | 2164:12, 2164:15, | 2185:4, 2185:5, | 2185:23, 2186:5, |
| 2114:20, 2114:23, | 2138:23, 2139:1, | 2164:17, 2164:18, | 2185:9, 2185:16, | 2186:8, 2186:10, |
| 2115:6, 2115:7, | 2139:2, 2139:11, | 2164:22, 2164:25, | 2186:12, 2186:15, | 2189:1, 2189:13, |
| 2115:11, 2115:17, | 2139:14, 2139:21, | 2165:1, 2165:3, | 2186:18, 2187:6, | 2189:22, 2190:6, |
| 2116:3, 2116:5, | 2139:24, 2140:1, | 2165:10, 2165:18, | 2187:7, 2187:8, | 2190:9 |
| 2116:18, 2116:23, | 2140:4, 2140:6, | 2165:23, 2165:25, | 2187:10, 2187:11, | **THE** [1915] - 2093:8, |
| 2117:1, 2117:6, | 2140:12, 2141:4, | 2166:2, 2166:3, | 2187:12, 2187:13, | 2093:12, 2093:19, |
| 2117:7, 2117:14, | 2141:18, 2141:24, | 2166:4, 2166:5, | 2187:15, 2187:18, | 2094:4, 2094:22, |
| 2117:15, 2117:16, | 2142:8, 2142:9, | 2166:9, 2166:21, | 2187:19, 2187:21, | 2095:4, 2096:3, |
| 2117:19, 2118:1, | 2142:14, 2142:15, | 2167:5, 2167:7, | 2187:23, 2187:24, | 2097:5, 2097:7, |
| 2118:5, 2119:2, | 2142:16, 2142:17, | 2167:11, 2167:13, | 2188:4, 2188:5, | 2097:10, 2097:14, |
| 2119:5, 2119:7, | 2142:24, 2142:25, | 2167:17, 2167:22, | 2188:16, 2189:2, | 2097:17, 2097:18, |
| 2119:10, 2120:2, | 2143:3, 2143:4, | 2168:5, 2168:8, | 2189:3, 2189:12, | 2097:20, 2097:21, |
| 2120:3, 2120:4, | 2143:6, 2144:2, | 2168:14, 2168:15, | 2190:18 | 2097:25, 2098:4, |
| 2120:5, 2120:6, | 2144:3, 2144:6, | 2168:21, 2168:22, | **THAT'S** [101] - | 2098:5, 2098:6, |
| 2120:20, 2120:22, | 2144:13, 2144:16, | 2169:2, 2169:4, | 2098:17, 2098:21, | 2098:7, 2098:9, |
| 2120:25, 2121:1, | 2144:17, 2145:17, | 2169:15, 2169:17, | 2099:3, 2102:6, | 2098:10, 2098:12, |
| 2121:2, 2121:5, | 2145:21, 2146:5, | 2169:22, 2169:25, | 2102:7, 2102:15, | 2098:13, 2098:18, |
| 2121:7, 2121:10, | 2146:6, 2146:16, | 2170:2, 2170:3, | 2102:17, 2102:25, | 2098:20, 2098:23, |
| 2121:12, 2121:19, | 2146:17, 2146:19, | 2170:5, 2170:13, | 2103:12, 2105:7, | 2098:25, 2099:1, |
| 2122:5, 2122:8, | 2146:20, 2146:21, | 2170:14, 2170:17, | 2105:20, 2106:6, | 2099:2, 2099:6, |
| 2122:13, 2122:15, | 2147:7, 2147:13, | 2170:20, 2170:22, | 2106:9, 2106:20, | 2099:8, 2099:11, |
| 2122:19, 2123:2, | 2147:18, 2148:8, | 2170:25, 2171:1, | 2108:8, 2109:2, | 2099:12, 2099:13, |
| 2123:3, 2123:15, | 2148:11, 2148:22, | 2171:2, 2171:4, | 2109:11, 2111:24, | 2099:15, 2099:16, |
| 2124:2, 2124:4, | 2149:3, 2149:10, | 2171:6, 2171:13, | 2112:2, 2112:14, | 2099:17, 2099:18, |
| 2124:7, 2124:9, | 2149:19, 2149:20, | 2171:16, 2171:23, | 2113:6, 2114:24, | 2099:25, 2100:2, |
| 2124:19, 2125:2, | 2149:22, 2150:6, | 2171:24, 2171:25, | 2116:13, 2116:14, | 2100:3, 2100:6, |
| 2125:4, 2125:10, | 2150:14, 2150:18, | 2172:1, 2172:4, | 2116:19, 2116:24, | 2100:9, 2100:11, |
| 2125:14, 2125:19, | 2150:20, 2151:5, | 2172:6, 2172:10, | 2117:11, 2118:5, | 2100:14, 2100:16, |
| 2125:20, 2125:25, | 2151:12, 2151:16, | 2172:11, 2172:12, | 2119:13, 2121:16, | 2100:20, 2100:21, |
| 2126:2, 2126:5, | 2152:2, 2152:3, | 2172:15, 2172:16, | 2121:22, 2124:3, | 2100:22, 2100:23, |
| 2126:8, 2126:13, | 2152:5, 2152:9, | 2172:19, 2172:20, | 2124:11, 2126:6, | 2100:24, 2101:2, |
| 2126:19, 2126:25, | 2152:13, 2152:14, | 2172:22, 2172:25, | 2127:24, 2129:12, | 2101:3, 2101:4, |
| 2127:7, 2127:8, | 2152:15, 2152:23, | 2173:10, 2173:13, | 2130:8, 2131:14, | 2101:5, 2101:8, |
| 2127:11, 2127:20, | 2152:25, 2153:5, | 2174:1, 2174:11, | 2135:5, 2135:22, | 2101:10, 2101:11, |
| 2127:22, 2128:8, | 2153:7, 2153:13, | 2174:13, 2174:17, | 2138:1, 2138:5, | 2101:13, 2101:14, |
| 2128:9, 2128:21, | 2153:20, 2153:25, | 2174:23, 2175:10, | 2142:2, 2144:17, | 2101:15, 2101:17, |
| 2129:4, 2129:16, | 2154:15, 2154:22, | 2175:15, 2175:16, | 2145:4, 2145:11, | 2101:18, 2101:19, |
| 2129:18, 2130:9, | 2154:25, 2155:2, | 2175:19, 2175:21, | 2148:6, 2148:16, | 2101:20, 2101:21, |
| 2130:10, 2130:15, | 2155:3, 2155:14, | 2175:22, 2175:23, | 2148:19, 2149:20, | 2101:22, 2102:5, |
| 2130:19, 2131:5, | 2155:15, 2155:19, | 2176:12, 2176:15, | 2149:22, 2150:3, | 2102:6, 2102:8, |
| 2131:8, 2131:9, | 2155:21, 2155:22, | 2176:16, 2176:22, | 2151:7, 2151:8, | 2102:11, 2102:14, |
| 2131:13, 2131:15, | 2156:17, 2156:20, | 2176:24, 2176:25, | 2152:10, 2152:20, | 2102:15, 2102:18, |
| 2132:3, 2132:5, | 2156:23, 2157:2, | 2177:6, 2177:9, | 2153:9, 2153:13, | 2102:21, 2102:25, |
| 2132:13, 2132:14, | 2157:4, 2157:6, | 2178:2, 2178:4, | 2153:19, 2155:4, | 2103:2, 2103:3, |
| 2132:16, 2132:17, | 2157:11, 2157:12, | 2178:9, 2178:13, | 2155:10, 2155:12, | 2103:4, 2103:5, |
| 2132:18, 2132:20, | 2157:19, 2157:24, | 2178:19, 2178:20, | 2157:13, 2157:21, | 2103:6, 2103:7, |
| 2133:12, 2133:19, | 2157:25, 2158:3, | 2178:24, 2179:2, | 2158:6, 2159:10, | 2103:8, 2103:9, |
| 2133:20, 2133:25, | 2158:4, 2159:3, | 2179:5, 2180:1, | 2159:19, 2160:22, | 2103:10, 2103:11, |
| 2134:5, 2134:6, | 2159:6, 2159:15, | 2180:3, 2180:6, | 2161:5, 2163:22, | 2103:13, 2103:14, |
| 2134:8, 2134:12, | 2159:16, 2159:25, | 2180:10, 2180:11, | 2166:7, 2166:20, | 2103:15, 2103:16, |

2103:17, 2103:18,
2103:23, 2104:1,
2104:2, 2104:4,
2104:6, 2104:8,
2104:9, 2104:10,
2104:11, 2104:13,
2104:14, 2104:15,
2104:17, 2104:18,
2104:22, 2104:23,
2104:24, 2104:25,
2105:2, 2105:3,
2105:4, 2105:7,
2105:8, 2105:9,
2105:10, 2105:11,
2105:14, 2105:15,
2105:16, 2105:17,
2105:19, 2105:20,
2105:21, 2105:22,
2105:23, 2105:24,
2105:25, 2106:1,
2106:2, 2106:3,
2106:4, 2106:5,
2106:7, 2106:8,
2106:9, 2106:10,
2106:12, 2106:13,
2106:16, 2106:19,
2106:20, 2106:21,
2106:22, 2106:23,
2106:24, 2106:25,
2107:1, 2107:2,
2107:3, 2107:4,
2107:5, 2107:6,
2107:8, 2107:9,
2107:11, 2107:12,
2107:14, 2107:15,
2107:17, 2107:18,
2107:19, 2107:22,
2107:24, 2107:25,
2108:1, 2108:3,
2108:4, 2108:6,
2108:7, 2108:10,
2108:11, 2108:12,
2108:14, 2108:15,
2108:16, 2108:17,
2108:19, 2108:21,
2108:23, 2108:24,
2108:25, 2109:1,
2109:2, 2109:4,
2109:5, 2109:9,
2109:11, 2109:15,
2109:16, 2109:17,
2109:23, 2110:1,
2110:2, 2110:3,
2110:4, 2110:5,
2110:7, 2110:9,
2110:10, 2110:11,
2110:12, 2110:17,
2110:18, 2110:19,
2110:20, 2110:21,
2110:22, 2110:23,
2110:24, 2111:2,

2111:4, 2111:6,
2111:7, 2111:8,
2111:9, 2111:11,
2111:12, 2111:13,
2111:14, 2111:15,
2111:16, 2111:17,
2111:21, 2111:22,
2111:24, 2111:25,
2112:2, 2112:4,
2112:6, 2112:7,
2112:9, 2112:11,
2112:12, 2112:13,
2112:16, 2112:17,
2112:18, 2112:19,
2112:21, 2112:24,
2112:25, 2113:1,
2113:3, 2113:5,
2113:6, 2113:7,
2113:9, 2113:11,
2113:13, 2113:16,
2113:17, 2113:18,
2113:19, 2113:20,
2113:22, 2113:25,
2114:3, 2114:4,
2114:5, 2114:6,
2114:7, 2114:8,
2114:9, 2114:10,
2114:12, 2114:13,
2114:16, 2114:17,
2114:18, 2114:23,
2114:24, 2114:25,
2115:2, 2115:4,
2115:6, 2115:7,
2115:9, 2115:10,
2115:11, 2115:12,
2115:13, 2115:16,
2115:18, 2115:19,
2115:20, 2115:22,
2115:24, 2115:25,
2116:3, 2116:4,
2116:5, 2116:8,
2116:11, 2116:12,
2116:13, 2116:15,
2116:16, 2116:17,
2116:19, 2116:20,
2116:21, 2117:1,
2117:2, 2117:4,
2117:5, 2117:8,
2117:10, 2117:12,
2117:16, 2117:21,
2117:22, 2117:23,
2117:24, 2117:25,
2118:1, 2118:3,
2118:4, 2118:5,
2118:7, 2118:15,
2118:19, 2118:21,
2119:5, 2119:9,
2119:14, 2119:16,
2119:17, 2119:20,
2119:23, 2119:25,
2120:1, 2120:3,

2120:4, 2120:5,
2120:8, 2120:9,
2120:10, 2120:12,
2120:13, 2120:15,
2120:16, 2120:19,
2120:20, 2120:21,
2120:23, 2120:24,
2121:1, 2121:2,
2121:3, 2121:4,
2121:6, 2121:7,
2121:8, 2121:9,
2121:10, 2121:11,
2121:12, 2121:13,
2121:14, 2121:15,
2121:16, 2121:18,
2121:19, 2121:20,
2121:21, 2121:23,
2121:24, 2121:25,
2122:2, 2122:3,
2122:4, 2122:5,
2122:7, 2122:8,
2122:10, 2122:13,
2122:16, 2122:17,
2122:23, 2122:24,
2122:25, 2123:1,
2123:6, 2123:8,
2123:9, 2123:11,
2123:12, 2123:13,
2123:14, 2123:15,
2123:16, 2123:17,
2123:18, 2123:19,
2123:20, 2123:21,
2123:22, 2123:23,
2123:24, 2123:25,
2124:2, 2124:3,
2124:4, 2124:5,
2124:6, 2124:7,
2124:8, 2124:9,
2124:11, 2124:13,
2124:14, 2124:15,
2124:17, 2124:18,
2124:19, 2124:20,
2124:21, 2124:22,
2124:23, 2124:24,
2124:25, 2125:1,
2125:2, 2125:3,
2125:4, 2125:5,
2125:6, 2125:8,
2125:10, 2125:12,
2125:13, 2125:14,
2125:16, 2125:17,
2125:18, 2125:21,
2125:23, 2125:24,
2126:1, 2126:3,
2126:4, 2126:5,
2126:6, 2126:7,
2126:9, 2126:10,
2126:11, 2126:12,
2126:13, 2126:14,
2126:16, 2126:17,
2126:18, 2126:21,

2126:25, 2127:3,
2127:4, 2127:5,
2127:8, 2127:9,
2127:10, 2127:13,
2127:18, 2127:20,
2127:22, 2127:23,
2127:24, 2127:25,
2128:1, 2128:2,
2128:3, 2128:6,
2128:9, 2128:16,
2128:17, 2128:18,
2128:19, 2128:20,
2128:21, 2128:22,
2128:23, 2129:3,
2129:6, 2129:9,
2129:16, 2129:17,
2129:18, 2129:19,
2129:20, 2129:21,
2129:22, 2129:24,
2129:25, 2130:1,
2130:5, 2130:6,
2130:9, 2130:10,
2130:12, 2130:14,
2130:15, 2130:17,
2130:18, 2130:19,
2130:20, 2130:22,
2130:23, 2130:24,
2130:25, 2131:1,
2131:2, 2131:4,
2131:5, 2131:8,
2131:9, 2131:11,
2131:12, 2131:15,
2131:16, 2131:18,
2131:19, 2131:20,
2131:21, 2131:22,
2131:23, 2131:25,
2132:5, 2132:6,
2132:8, 2132:9,
2132:11, 2132:12,
2132:14, 2132:19,
2132:21, 2132:22,
2132:24, 2132:25,
2133:1, 2133:2,
2133:3, 2133:5,
2133:6, 2133:8,
2133:9, 2133:12,
2133:13, 2133:14,
2133:15, 2133:16,
2133:17, 2133:18,
2133:19, 2133:21,
2133:22, 2133:23,
2134:1, 2134:2,
2134:4, 2134:5,
2134:7, 2134:11,
2134:12, 2134:15,
2134:16, 2135:3,
2135:4, 2135:5,
2135:7, 2135:8,
2135:9, 2135:10,
2135:11, 2135:12,
2135:14, 2135:17,

2135:18, 2135:19,
2135:22, 2135:23,
2135:24, 2135:25,
2136:1, 2136:3,
2136:5, 2136:9,
2136:12, 2136:13,
2136:14, 2136:16,
2136:17, 2136:18,
2136:19, 2136:23,
2136:24, 2137:5,
2137:12, 2137:13,
2137:15, 2137:16,
2137:17, 2137:18,
2137:20, 2137:22,
2138:2, 2138:3,
2138:6, 2138:7,
2138:8, 2138:9,
2138:10, 2138:13,
2138:15, 2138:16,
2138:17, 2138:18,
2138:19, 2138:20,
2138:22, 2138:23,
2138:25, 2139:1,
2139:3, 2139:4,
2139:6, 2139:7,
2139:8, 2139:9,
2139:10, 2139:11,
2139:12, 2139:13,
2139:16, 2139:17,
2139:19, 2139:20,
2139:21, 2139:22,
2139:23, 2139:25,
2140:6, 2140:7,
2140:9, 2140:12,
2140:13, 2140:14,
2140:15, 2140:16,
2140:21, 2140:22,
2140:23, 2141:1,
2141:3, 2141:4,
2141:5, 2141:6,
2141:8, 2141:10,
2141:12, 2141:13,
2141:15, 2141:16,
2141:17, 2141:19,
2141:20, 2141:21,
2141:23, 2141:25,
2142:1, 2142:3,
2142:4, 2142:5,
2142:6, 2142:7,
2142:9, 2142:10,
2142:11, 2142:12,
2142:13, 2142:14,
2142:16, 2142:17,
2142:19, 2142:20,
2142:22, 2142:23,
2143:3, 2143:4,
2143:7, 2143:9,
2143:12, 2143:15,
2143:16, 2143:19,
2144:1, 2144:2,
2144:5, 2144:8,

2144:9, 2144:11,
2144:12, 2144:13,
2144:16, 2144:17,
2144:18, 2144:21,
2144:22, 2144:25,
2145:1, 2145:2,
2145:3, 2145:4,
2145:5, 2145:6,
2145:8, 2145:9,
2145:13, 2145:14,
2145:15, 2145:16,
2145:17, 2145:19,
2145:20, 2145:23,
2145:24, 2145:25,
2146:1, 2146:3,
2146:4, 2146:5,
2146:6, 2146:7,
2146:8, 2146:9,
2146:10, 2146:12,
2146:13, 2146:15,
2146:16, 2146:17,
2146:18, 2146:20,
2146:21, 2146:22,
2146:23, 2146:24,
2147:1, 2147:2,
2147:6, 2147:9,
2147:11, 2147:13,
2147:14, 2147:15,
2147:16, 2147:17,
2147:19, 2147:20,
2147:21, 2147:24,
2147:25, 2148:3,
2148:4, 2148:8,
2148:14, 2148:16,
2148:17, 2148:19,
2148:20, 2148:22,
2148:24, 2149:2,
2149:3, 2149:5,
2149:8, 2149:9,
2149:10, 2149:13,
2149:14, 2149:15,
2149:16, 2149:17,
2149:20, 2149:21,
2149:23, 2150:1,
2150:2, 2150:3,
2150:5, 2150:7,
2150:8, 2150:9,
2150:10, 2150:12,
2150:14, 2150:15,
2150:18, 2150:19,
2150:22, 2150:23,
2150:24, 2150:25,
2151:1, 2151:2,
2151:3, 2151:4,
2151:5, 2151:6,
2151:7, 2151:8,
2151:9, 2151:11,
2151:12, 2151:13,
2151:14, 2151:15,
2151:19, 2151:20,
2151:25, 2152:3,

2152:4, 2152:6,
2152:7, 2152:9,
2152:13, 2152:15,
2152:17, 2152:19,
2152:20, 2152:21,
2152:22, 2152:24,
2152:25, 2153:2,
2153:3, 2153:5,
2153:11, 2153:15,
2153:16, 2153:17,
2153:18, 2153:24,
2153:25, 2154:2,
2154:4, 2154:7,
2154:9, 2154:10,
2154:13, 2154:15,
2154:17, 2154:19,
2154:20, 2154:21,
2154:23, 2154:24,
2154:25, 2155:1,
2155:2, 2155:5,
2155:10, 2155:11,
2155:12, 2155:13,
2155:14, 2155:15,
2155:17, 2155:20,
2155:22, 2155:24,
2156:1, 2156:2,
2156:5, 2156:6,
2156:7, 2156:9,
2156:10, 2156:11,
2156:12, 2156:13,
2156:15, 2156:19,
2156:20, 2156:21,
2156:23, 2156:24,
2157:1, 2157:2,
2157:3, 2157:4,
2157:5, 2157:6,
2157:8, 2157:10,
2157:11, 2157:13,
2157:15, 2157:16,
2157:17, 2157:18,
2157:20, 2158:3,
2158:4, 2158:8,
2158:10, 2158:11,
2158:15, 2158:18,
2158:19, 2158:23,
2158:24, 2158:25,
2159:2, 2159:5,
2159:7, 2159:8,
2159:9, 2159:10,
2159:11, 2159:12,
2159:13, 2159:15,
2159:16, 2159:17,
2159:18, 2159:21,
2159:23, 2159:25,
2160:1, 2160:3,
2160:5, 2160:6,
2160:9, 2160:13,
2160:14, 2160:16,
2160:17, 2160:19,
2160:22, 2160:24,
2161:1, 2161:2,

2161:3, 2161:4,
2161:5, 2161:6,
2161:9, 2161:11,
2161:12, 2161:13,
2161:14, 2161:15,
2161:16, 2161:17,
2161:18, 2161:19,
2161:20, 2161:21,
2161:25, 2162:2,
2162:3, 2162:6,
2162:9, 2162:10,
2162:11, 2162:13,
2162:14, 2162:15,
2162:18, 2162:20,
2162:21, 2162:23,
2162:24, 2162:25,
2163:2, 2163:3,
2163:4, 2163:5,
2163:6, 2163:8,
2163:9, 2163:14,
2163:15, 2163:17,
2163:18, 2163:19,
2163:20, 2163:21,
2163:22, 2163:24,
2163:25, 2164:1,
2164:2, 2164:6,
2164:8, 2164:10,
2164:19, 2164:20,
2164:22, 2164:24,
2164:25, 2165:1,
2165:3, 2165:5,
2165:6, 2165:7,
2165:8, 2165:9,
2165:11, 2165:13,
2165:15, 2165:16,
2165:18, 2165:19,
2165:20, 2165:22,
2165:23, 2165:24,
2166:1, 2166:2,
2166:4, 2166:5,
2166:6, 2166:9,
2166:11, 2166:13,
2166:14, 2166:15,
2166:18, 2166:19,
2166:21, 2166:22,
2166:23, 2166:24,
2166:25, 2167:7,
2167:9, 2167:16,
2167:17, 2167:18,
2167:19, 2167:20,
2167:21, 2167:25,
2168:2, 2168:4,
2168:5, 2168:8,
2168:10, 2168:12,
2168:13, 2168:14,
2168:16, 2168:17,
2168:18, 2168:19,
2168:21, 2168:25,
2169:1, 2169:4,
2169:5, 2169:6,
2169:7, 2169:8,

2169:9, 2169:11,
2169:13, 2169:14,
2169:16, 2169:17,
2169:18, 2169:20,
2169:21, 2169:22,
2170:1, 2170:4,
2170:5, 2170:7,
2170:11, 2170:13,
2170:14, 2170:18,
2170:20, 2170:22,
2170:24, 2170:25,
2171:1, 2171:3,
2171:5, 2171:6,
2171:7, 2171:9,
2171:10, 2171:11,
2171:13, 2171:14,
2171:19, 2171:20,
2171:21, 2171:24,
2171:25, 2172:4,
2172:5, 2172:6,
2172:7, 2172:13,
2172:14, 2172:15,
2172:16, 2172:17,
2172:20, 2172:21,
2172:22, 2172:23,
2172:25, 2173:3,
2173:5, 2173:6,
2173:7, 2173:8,
2173:9, 2173:10,
2173:11, 2173:12,
2173:13, 2173:14,
2173:16, 2173:17,
2173:20, 2173:21,
2173:24, 2173:25,
2174:1, 2174:2,
2174:3, 2174:5,
2174:6, 2174:10,
2174:11, 2174:13,
2174:14, 2174:15,
2174:16, 2174:17,
2174:18, 2174:19,
2174:20, 2174:21,
2174:22, 2174:23,
2174:24, 2174:25,
2175:1, 2175:2,
2175:3, 2175:5,
2175:8, 2175:9,
2175:10, 2175:11,
2175:12, 2175:14,
2175:17, 2175:19,
2175:20, 2175:21,
2175:22, 2175:24,
2175:25, 2176:1,
2176:2, 2176:3,
2176:7, 2176:8,
2176:9, 2176:10,
2176:11, 2176:12,
2176:13, 2176:14,
2176:16, 2176:17,
2176:18, 2176:20,
2176:21, 2176:22,

2176:23, 2176:24,
2176:25, 2177:4,
2177:5, 2177:7,
2177:9, 2177:10,
2177:11, 2177:13,
2177:14, 2177:16,
2177:17, 2177:19,
2177:20, 2177:21,
2177:22, 2177:23,
2177:24, 2178:2,
2178:3, 2178:4,
2178:6, 2178:8,
2178:10, 2178:11,
2178:12, 2178:14,
2178:15, 2178:17,
2178:18, 2178:20,
2178:21, 2178:23,
2178:25, 2179:1,
2179:3, 2179:5,
2179:12, 2179:16,
2179:17, 2179:18,
2179:19, 2179:20,
2179:21, 2179:23,
2179:25, 2180:3,
2180:4, 2180:5,
2180:6, 2180:8,
2180:9, 2180:13,
2180:14, 2180:16,
2180:17, 2180:18,
2180:19, 2180:21,
2180:24, 2180:25,
2181:1, 2181:2,
2181:4, 2181:5,
2181:6, 2181:8,
2181:10, 2181:11,
2181:12, 2181:13,
2181:14, 2181:15,
2181:16, 2181:17,
2181:19, 2181:21,
2181:24, 2182:3,
2182:4, 2182:5,
2182:6, 2182:7,
2182:8, 2182:9,
2182:10, 2182:11,
2182:13, 2182:14,
2182:20, 2182:24,
2182:25, 2183:1,
2183:2, 2183:5,
2183:12, 2183:13,
2183:15, 2183:17,
2183:19, 2183:21,
2183:23, 2183:24,
2183:25, 2184:1,
2184:3, 2184:4,
2184:6, 2184:9,
2184:10, 2184:11,
2184:12, 2184:13,
2184:17, 2184:19,
2184:20, 2184:21,
2184:22, 2184:23,
2185:1, 2185:3,

2185:4, 2185:7,
2185:8, 2185:11,
2185:13, 2185:14,
2185:15, 2185:16,
2185:17, 2185:19,
2185:20, 2185:22,
2185:23, 2185:24,
2185:25, 2186:1,
2186:3, 2186:7,
2186:8, 2186:10,
2186:11, 2186:12,
2186:13, 2186:14,
2186:16, 2186:19,
2186:20, 2186:24,
2187:2, 2187:3,
2187:5, 2187:6,
2187:7, 2187:8,
2187:12, 2187:13,
2187:14, 2187:15,
2187:16, 2187:17,
2187:19, 2187:20,
2187:24, 2188:1,
2188:3, 2188:6,
2188:7, 2188:11,
2188:13, 2188:14,
2188:15, 2188:18,
2188:19, 2188:21,
2188:23, 2188:25,
2189:2, 2189:5,
2189:6, 2189:7,
2189:9, 2189:10,
2189:11, 2189:12,
2189:13, 2189:15,
2189:18, 2189:19,
2189:24, 2189:25,
2190:1, 2190:2,
2190:6, 2190:9,
2190:18, 2190:18,
2190:19

**THEIR** [13] - 2098:15,
2103:4, 2104:3,
2121:8, 2121:10,
2127:8, 2135:6,
2136:17, 2136:21,
2141:6, 2141:14,
2154:5, 2154:23

**THEIRS** [2] -
2121:25, 2122:1

**THEM** [9] - 2099:23,
2106:17, 2108:23,
2110:18, 2168:7,
2172:4, 2185:16,
2189:13

**THEN** [47] - 2097:19,
2097:21, 2099:16,
2101:4, 2101:18,
2102:1, 2103:7,
2103:10, 2103:19,
2105:16, 2106:4,
2106:8, 2107:3,
2107:4, 2107:8,

2114:1, 2114:10,
2117:2, 2118:4,
2120:8, 2121:9,
2124:24, 2129:19,
2135:18, 2136:7,
2136:8, 2136:9,
2137:6, 2137:7,
2140:17, 2141:2,
2141:6, 2143:12,
2150:22, 2152:4,
2153:13, 2155:13,
2155:25, 2156:1,
2159:6, 2159:8,
2164:5, 2165:2,
2168:12, 2169:18,
2170:5, 2184:19

**THEORY** [2] -
2120:21, 2120:22

**THERE** [102] -
2097:24, 2099:4,
2099:5, 2102:3,
2102:18, 2102:23,
2105:12, 2105:13,
2108:21, 2110:8,
2110:14, 2111:3,
2111:9, 2111:23,
2112:5, 2112:11,
2112:22, 2113:2,
2115:19, 2118:11,
2119:7, 2119:16,
2119:19, 2120:2,
2121:5, 2121:15,
2121:18, 2121:21,
2122:25, 2124:1,
2126:19, 2129:3,
2129:6, 2129:14,
2130:3, 2131:6,
2131:8, 2132:4,
2132:17, 2132:19,
2132:22, 2132:23,
2133:10, 2133:23,
2133:25, 2134:19,
2136:13, 2137:24,
2138:12, 2138:20,
2138:24, 2139:3,
2139:7, 2141:18,
2141:25, 2142:7,
2142:23, 2143:11,
2143:13, 2144:7,
2144:12, 2145:18,
2145:20, 2146:19,
2146:21, 2147:11,
2149:7, 2150:4,
2154:8, 2154:13,
2155:3, 2156:17,
2156:18, 2156:22,
2157:10, 2162:12,
2163:22, 2163:24,
2164:17, 2164:21,
2166:14, 2167:19,
2167:22, 2167:23,

2168:6, 2168:23,
2171:21, 2172:9,
2172:18, 2174:8,
2174:18, 2174:24,
2176:15, 2182:1,
2183:3, 2187:1,
2187:18, 2187:23,
2188:1, 2188:12

**THERE'S** [26] -
2097:23, 2103:10,
2103:13, 2105:14,
2105:19, 2114:1,
2115:25, 2119:10,
2122:15, 2133:9,
2137:24, 2138:14,
2139:10, 2139:23,
2145:21, 2154:3,
2155:21, 2157:2,
2161:8, 2161:22,
2163:16, 2167:5,
2174:8, 2176:20,
2184:1, 2186:4

**THEREAFTER** [2] -
2155:6, 2155:25

**THEREBY** [1] -
2164:10

**THEREFORE** [1] -
2126:12

**THESE** [69] -
2102:23, 2108:9,
2113:10, 2116:13,
2118:12, 2119:15,
2126:3, 2126:8,
2128:18, 2128:25,
2129:1, 2129:3,
2129:4, 2133:24,
2133:25, 2134:15,
2135:2, 2135:3,
2135:14, 2135:21,
2137:9, 2137:23,
2138:5, 2138:12,
2141:2, 2141:10,
2144:19, 2147:9,
2148:14, 2149:12,
2149:21, 2150:14,
2151:7, 2151:13,
2154:22, 2155:7,
2157:18, 2160:1,
2160:16, 2160:19,
2161:24, 2164:18,
2167:24, 2168:7,
2168:8, 2168:16,
2169:19, 2169:25,
2170:2, 2170:3,
2171:13, 2172:2,
2172:5, 2176:17,
2178:1, 2178:7,
2178:18, 2178:19,
2178:24, 2183:20,
2184:12, 2186:5,

2186:22, 2186:23,
2188:18, 2188:21

**THESIS** [1] - 2138:14

**THEY** [58] - 2097:20,
2104:3, 2106:14,
2113:17, 2114:1,
2115:15, 2120:25,
2121:12, 2126:4,
2130:24, 2131:7,
2134:17, 2135:14,
2135:15, 2135:18,
2135:20, 2135:21,
2136:4, 2136:7,
2136:8, 2136:9,
2136:10, 2136:14,
2136:25, 2137:1,
2137:2, 2137:3,
2137:6, 2138:13,
2138:14, 2138:17,
2139:14, 2141:2,
2143:7, 2149:12,
2150:20, 2154:25,
2155:1, 2157:11,
2159:6, 2159:7,
2166:20, 2170:17,
2170:20, 2170:22,
2171:11, 2172:2,
2172:3, 2180:12,
2180:13, 2184:14,
2185:24, 2188:22

**THEY'LL** [4] -
2109:13, 2115:17,
2133:15, 2184:13

**THEY'RE** [11] -
2098:16, 2098:21,
2102:3, 2118:13,
2121:3, 2125:7,
2129:9, 2139:13,
2142:22, 2154:23,
2176:12

**THICK** [2] - 2130:11

**THIN** [1] - 2190:9

**THING** [6] - 2128:16,
2134:15, 2145:4,
2150:24, 2173:24,
2178:6

**THINGS** [8] - 2098:6,
2112:13, 2122:15,
2125:17, 2134:25,
2135:8, 2145:8,
2166:5, 2166:15

**THINK** [76] -
2097:24, 2098:19,
2101:6, 2103:21,
2105:6, 2105:7,
2106:21, 2107:16,
2107:19, 2108:1,
2108:11, 2108:13,
2108:16, 2108:22,
2110:9, 2110:20,

2117:10, 2117:18,
2117:19, 2118:12,
2119:3, 2120:2,
2120:3, 2121:7,
2121:11, 2121:18,
2121:24, 2122:1,
2122:7, 2125:23,
2129:15, 2131:3,
2132:8, 2132:13,
2133:12, 2133:16,
2135:20, 2136:12,
2136:23, 2137:9,
2137:10, 2137:17,
2137:22, 2139:4,
2141:24, 2144:8,
2145:4, 2148:7,
2148:10, 2150:10,
2151:16, 2151:23,
2152:6, 2152:24,
2154:4, 2154:21,
2158:2, 2158:21,
2161:22, 2163:12,
2164:21, 2165:8,
2165:17, 2166:17,
2168:14, 2171:1,
2172:24, 2173:7,
2175:12, 2179:10,
2188:9, 2188:12,
2188:20, 2189:1

**THINKING** [1] -
2180:9

**THIRD** [2] - 2101:11,
2105:19

**THIS** [247] - 2100:18,
2100:19, 2100:23,
2100:25, 2101:2,
2102:10, 2102:13,
2103:2, 2103:5,
2103:25, 2104:2,
2104:8, 2104:16,
2104:17, 2104:21,
2106:14, 2106:16,
2106:23, 2106:25,
2107:10, 2107:20,
2107:21, 2108:13,
2110:15, 2110:23,
2111:22, 2112:4,
2112:15, 2112:23,
2113:18, 2114:15,
2114:19, 2114:23,
2115:8, 2115:18,
2115:23, 2116:2,
2116:7, 2116:12,
2116:21, 2116:25,
2117:2, 2117:12,
2118:11, 2118:16,
2119:8, 2119:23,
2120:5, 2120:7,
2120:8, 2120:21,
2120:22, 2120:25,
2121:14, 2122:13,

2122:24, 2122:25,
2123:17, 2123:22,
2124:1, 2124:17,
2124:18, 2124:20,
2124:23, 2125:17,
2126:7, 2126:17,
2127:16, 2128:17,
2128:21, 2128:23,
2128:24, 2129:12,
2129:15, 2129:20,
2130:5, 2130:7,
2130:14, 2130:17,
2130:21, 2132:25,
2133:1, 2133:3,
2133:5, 2133:8,
2133:11, 2133:20,
2134:7, 2134:9,
2134:13, 2134:25,
2135:1, 2135:7,
2135:8, 2135:10,
2135:11, 2135:24,
2136:12, 2136:20,
2136:23, 2137:2,
2137:4, 2137:16,
2139:4, 2139:16,
2139:17, 2140:20,
2140:23, 2140:24,
2141:17, 2142:1,
2142:5, 2143:1,
2143:21, 2144:24,
2145:2, 2145:5,
2145:19, 2146:1,
2146:4, 2147:1,
2147:2, 2147:9,
2147:11, 2149:14,
2150:1, 2150:2,
2150:4, 2150:7,
2150:9, 2151:20,
2151:22, 2152:17,
2152:23, 2154:5,
2154:7, 2154:8,
2154:16, 2154:17,
2154:18, 2155:10,
2155:12, 2155:19,
2156:24, 2157:14,
2157:16, 2157:25,
2159:5, 2159:6,
2159:9, 2159:10,
2159:11, 2160:10,
2160:13, 2160:24,
2161:20, 2161:24,
2161:25, 2162:4,
2162:5, 2162:8,
2162:15, 2163:12,
2163:17, 2164:15,
2164:16, 2167:16,
2167:17, 2169:2,
2169:13, 2169:24,
2169:25, 2170:2,
2170:3, 2173:3,
2173:13, 2173:15,

2173:18, 2173:23,
2174:6, 2174:24,
2175:1, 2175:9,
2175:12, 2175:19,
2176:1, 2176:6,
2176:8, 2176:9,
2176:14, 2176:16,
2176:20, 2176:22,
2177:3, 2178:11,
2178:12, 2178:21,
2178:23, 2180:23,
2181:10, 2181:11,
2181:13, 2181:14,
2181:18, 2181:19,
2182:15, 2182:18,
2182:19, 2183:7,
2183:12, 2183:20,
2184:9, 2184:14,
2184:25, 2185:12,
2185:24, 2186:1,
2186:7, 2186:10,
2187:11, 2187:14,
2188:6, 2188:9,
2188:23, 2188:24,
2189:19, 2189:25,
2190:3

**THOMAS** [1] -
2093:23

**THOSE** [31] -
2097:18, 2099:6,
2099:18, 2099:20,
2099:23, 2102:2,
2110:5, 2110:15,
2129:7, 2131:23,
2135:19, 2143:18,
2150:15, 2152:11,
2153:12, 2156:3,
2161:6, 2166:22,
2169:11, 2170:12,
2170:18, 2171:2,
2171:3, 2182:12,
2184:7, 2184:18,
2185:18, 2187:2,
2187:25, 2188:4

**THOUGH** [5] -
2111:14, 2112:17,
2142:3, 2172:24,
2183:4

**THOUGHT** [5] -
2120:5, 2124:11,
2131:21, 2166:5,
2175:21

**THOUSAND** [1] -
2143:17

**THREE** [7] - 2102:23,
2107:15, 2108:5,
2113:25, 2140:17,
2149:1, 2186:3

**THROUGH** [37] -
2106:22, 2110:5,

2110:9, 2114:2,
2116:8, 2116:23,
2118:25, 2125:12,
2129:9, 2129:11,
2132:24, 2134:1,
2135:1, 2155:5,
2155:7, 2155:13,
2159:6, 2159:25,
2161:5, 2161:17,
2162:3, 2166:18,
2166:22, 2166:24,
2167:19, 2167:21,
2167:22, 2167:24,
2168:13, 2169:15,
2169:18, 2169:24,
2176:16, 2178:20,
2180:10, 2181:19,
2183:25

**THROUGHOUT** [1] -
2150:3

**THROW** [2] - 2185:1,
2185:9

**THUMB** [5] - 2114:8,
2114:20, 2114:23,
2115:9, 2124:6

**TICK** [1] - 2102:3

**TIME** [83] - 2097:20,
2097:22, 2097:24,
2097:25, 2098:2,
2098:3, 2098:5,
2100:19, 2100:23,
2100:24, 2101:4,
2101:5, 2101:17,
2101:19, 2103:3,
2103:7, 2104:6,
2104:10, 2104:13,
2105:22, 2107:6,
2107:10, 2107:11,
2108:16, 2108:17,
2114:11, 2116:17,
2117:13, 2118:11,
2118:16, 2120:12,
2121:21, 2121:22,
2122:8, 2122:9,
2123:2, 2123:10,
2123:15, 2123:17,
2123:22, 2124:21,
2124:22, 2125:6,
2125:9, 2131:1,
2137:1, 2137:25,
2138:9, 2139:17,
2139:21, 2140:15,
2140:16, 2145:6,
2150:24, 2151:1,
2151:7, 2151:8,
2151:10, 2154:25,
2155:1, 2155:5,
2157:21, 2158:12,
2159:8, 2162:11,
2162:13, 2165:19,

2166:21, 2166:23,
2167:24, 2180:16,
2181:16, 2181:18,
2183:13, 2183:14,
2183:25, 2184:18,
2184:25, 2187:23,
2190:3

**TIMES** [10] - 2102:4,
2114:25, 2115:6,
2117:2, 2117:14,
2121:14, 2125:1,
2166:16, 2166:17

**TIMING** [2] - 2098:6,
2166:7

**TO** [487] - 2097:7,
2097:9, 2097:21,
2098:4, 2098:10,
2098:11, 2099:11,
2099:16, 2099:17,
2099:18, 2099:20,
2099:25, 2100:2,
2100:6, 2100:8,
2100:9, 2100:13,
2100:21, 2101:10,
2101:22, 2101:25,
2102:2, 2102:5,
2102:14, 2102:25,
2103:2, 2103:3,
2103:5, 2103:11,
2103:17, 2103:19,
2103:24, 2104:12,
2104:14, 2104:20,
2105:5, 2105:19,
2105:23, 2106:1,
2106:11, 2106:16,
2106:17, 2107:5,
2107:9, 2107:12,
2107:24, 2108:1,
2108:3, 2108:10,
2108:24, 2108:25,
2109:3, 2109:7,
2110:7, 2110:10,
2110:13, 2110:15,
2110:18, 2110:24,
2110:25, 2111:4,
2111:13, 2111:14,
2111:18, 2111:19,
2112:4, 2112:14,
2113:7, 2113:12,
2113:13, 2113:17,
2114:2, 2114:4,
2114:6, 2114:8,
2114:16, 2114:19,
2114:24, 2114:25,
2115:2, 2115:3,
2115:13, 2115:15,
2115:17, 2115:20,
2115:23, 2116:3,
2116:8, 2116:13,
2116:14, 2116:16,
2116:20, 2116:23,

2116:24, 2117:3,
2117:4, 2117:5,
2117:8, 2117:19,
2117:23, 2118:2,
2118:5, 2118:15,
2118:19, 2118:25,
2119:7, 2119:21,
2119:24, 2119:25,
2120:1, 2120:3,
2120:4, 2120:9,
2120:12, 2120:13,
2120:17, 2120:19,
2120:21, 2120:24,
2121:2, 2121:5,
2121:9, 2121:15,
2121:25, 2122:14,
2122:19, 2122:20,
2122:22, 2122:25,
2123:10, 2123:12,
2123:13, 2123:25,
2124:8, 2124:17,
2125:3, 2125:7,
2125:14, 2125:19,
2125:22, 2125:24,
2126:2, 2126:6,
2126:10, 2126:11,
2126:15, 2126:19,
2127:4, 2127:13,
2127:16, 2128:2,
2128:12, 2128:14,
2128:16, 2128:18,
2129:12, 2129:16,
2129:24, 2129:25,
2130:14, 2130:15,
2130:19, 2131:2,
2131:14, 2131:16,
2131:24, 2132:14,
2132:15, 2132:21,
2133:20, 2134:8,
2134:21, 2134:24,
2135:2, 2135:4,
2135:7, 2135:16,
2135:17, 2135:21,
2135:23, 2135:25,
2136:1, 2136:17,
2136:20, 2136:21,
2137:11, 2137:17,
2137:25, 2138:2,
2138:10, 2138:23,
2139:9, 2139:11,
2139:13, 2139:14,
2139:20, 2140:1,
2140:4, 2140:6,
2140:9, 2140:11,
2140:13, 2140:20,
2140:23, 2140:24,
2141:3, 2141:5,
2141:11, 2141:16,
2141:25, 2142:1,
2142:8, 2142:10,
2142:17, 2142:24,

2143:7, 2143:14,
2143:21, 2143:24,
2144:5, 2144:9,
2144:11, 2144:12,
2144:13, 2144:16,
2144:21, 2144:24,
2145:3, 2145:4,
2145:5, 2145:8,
2145:20, 2145:22,
2145:23, 2146:5,
2146:16, 2147:1,
2147:20, 2147:23,
2148:6, 2148:10,
2148:16, 2148:22,
2149:5, 2149:12,
2149:15, 2149:21,
2149:22, 2149:23,
2150:20, 2150:21,
2150:22, 2151:3,
2151:5, 2151:6,
2151:11, 2151:13,
2151:18, 2151:21,
2151:24, 2152:4,
2152:9, 2152:11,
2152:15, 2152:25,
2153:5, 2153:8,
2153:11, 2153:13,
2153:14, 2153:17,
2153:20, 2153:21,
2153:24, 2154:1,
2154:6, 2154:16,
2154:17, 2154:18,
2155:1, 2155:2,
2155:4, 2155:5,
2155:6, 2155:10,
2155:13, 2155:19,
2155:24, 2155:25,
2156:10, 2156:12,
2156:17, 2156:21,
2157:10, 2157:13,
2157:19, 2157:22,
2157:25, 2158:6,
2158:9, 2158:21,
2160:6, 2160:8,
2160:22, 2160:24,
2161:3, 2161:10,
2161:12, 2161:14,
2161:24, 2162:5,
2162:11, 2162:21,
2162:23, 2162:25,
2163:6, 2163:15,
2163:18, 2163:19,
2164:12, 2164:15,
2165:13, 2165:21,
2166:4, 2166:10,
2166:11, 2166:14,
2166:23, 2167:12,
2167:20, 2167:23,
2168:5, 2168:13,
2168:14, 2168:21,
2168:22, 2169:2,

2169:8, 2169:17,
2169:24, 2170:7,
2170:11, 2170:18,
2171:3, 2171:5,
2171:11, 2171:14,
2171:16, 2171:18,
2171:19, 2171:22,
2171:24, 2172:2,
2172:3, 2172:14,
2172:21, 2173:10,
2173:12, 2173:14,
2173:25, 2174:5,
2174:8, 2174:15,
2174:24, 2175:3,
2175:11, 2175:12,
2175:19, 2175:24,
2176:9, 2176:11,
2176:21, 2176:24,
2177:4, 2177:5,
2177:7, 2177:9,
2177:14, 2178:4,
2178:6, 2178:15,
2178:22, 2179:5,
2179:6, 2179:9,
2179:22, 2180:5,
2180:10, 2180:21,
2180:25, 2181:2,
2181:8, 2181:24,
2182:5, 2182:12,
2182:16, 2182:19,
2182:22, 2183:16,
2183:20, 2183:21,
2184:7, 2184:12,
2184:25, 2185:2,
2185:3, 2185:4,
2185:6, 2185:10,
2185:11, 2185:12,
2185:16, 2185:18,
2185:23, 2186:7,
2186:11, 2186:24,
2187:4, 2187:5,
2187:9, 2187:12,
2187:15, 2187:16,
2187:17, 2187:19,
2187:22, 2188:4,
2188:7, 2188:15,
2188:18, 2188:19,
2189:2, 2189:5,
2189:8, 2189:12,
2189:18, 2189:19,
2189:23, 2189:24,
2190:1, 2190:5,
2190:7, 2190:18
   **TOE** [37] - 2114:5,
2114:9, 2114:13,
2116:15, 2116:22,
2117:2, 2117:5,
2119:25, 2124:25,
2125:4, 2125:5,
2127:4, 2129:21,
2136:24, 2139:8,

2139:11, 2139:12,
2139:13, 2139:18,
2139:22, 2140:22,
2156:22, 2157:3,
2157:6, 2157:15,
2160:19, 2161:9,
2164:19, 2167:17,
2170:22, 2170:24,
2170:25, 2171:1,
2171:13, 2176:23,
2179:3, 2184:13
   **TOGETHER** [3] -
2099:9, 2147:21,
2169:19
   **TOGGLE** [1] -
2106:16
   **TOLD** [1] - 2107:10
   **TOO** [1] - 2151:17
   **TOOK** [6] - 2111:25,
2117:2, 2159:9,
2164:22, 2166:3,
2171:7
   **TOP** [12] - 2101:21,
2126:12, 2135:11,
2136:3, 2136:16,
2136:19, 2142:3,
2145:16, 2172:4,
2184:21, 2186:3,
2189:18
   **TORTS** [1] - 2095:5
   **TOTALLY** [2] -
2125:4, 2129:19
   **TOWARD** [1] -
2160:19
   **TOWARDS** [15] -
2103:7, 2144:18,
2146:5, 2146:6,
2146:12, 2146:13,
2147:14, 2157:3,
2157:15, 2160:5,
2168:19, 2174:18,
2174:21, 2181:14,
2181:17
   **TRACE** [6] - 2147:10,
2147:11, 2160:18,
2161:14, 2161:18,
2162:8
   **TRACES** [14] -
2144:5, 2144:25,
2145:2, 2145:7,
2159:15, 2160:16,
2161:15, 2168:7,
2172:10, 2172:11,
2173:16, 2174:3,
2174:12, 2175:17
   **TRANSCRIPT** [3] -
2093:7, 2095:18,
2190:18
   **TRANSFORM** [2] -
2099:18, 2113:17

   **TRANSFORMING** [1]
- 2100:5
   **TRANSITION** [3] -
2107:12, 2107:24,
2113:12
   **TRANSPORTED** [8] -
2156:21, 2156:22,
2157:14, 2159:10,
2160:18, 2170:4,
2175:16
   **TRANSPORTING** [1]
- 2168:19
   **TRAPPED** [1] -
2148:5
   **TREMENDOUS** [1] -
2106:1
   **TRENCH** [10] -
2171:22, 2171:23,
2171:25, 2173:14,
2173:25, 2174:1,
2174:10, 2175:14,
2175:16, 2177:24
   **TREND** [1] - 2107:8
   **TRIAL** [2] - 2093:7
   **TRIED** [1] - 2114:6
   **TRIGGERED** [3] -
2112:15, 2149:13,
2149:14
   **TRIGGERS** [1] -
2113:19
   **TRUE** [2] - 2189:12,
2190:18
   **TRY** [6] - 2106:16,
2106:17, 2108:10,
2128:16, 2153:8,
2157:19
   **TRYING** [6] -
2115:13, 2135:2,
2147:20, 2152:11,
2165:20, 2166:4
   **TUBE** [1] - 2169:14
   **TURF** [10] - 2135:5,
2135:19, 2135:22,
2136:13, 2136:14,
2137:12, 2138:17,
2141:15, 2142:10,
2145:3
   **TURNED** [1] -
2176:17
   **TWENTY** [2] -
2145:25
   **TWENTY-FIVE** [1] -
2145:25
   **TWO** [23] - 2104:1,
2105:15, 2107:15,
2108:5, 2108:9,
2112:17, 2119:21,
2119:22, 2121:8,
2122:15, 2123:8,
2123:21, 2124:8,

2127:21, 2130:5,
2134:21, 2135:3,
2141:7, 2149:1,
2149:8, 2149:12,
2153:12
   **TWO-FOOT** [1] -
2119:22
   **TX** [1] - 2093:24
   **TYPE** [6] - 2109:8,
2109:11, 2113:24,
2136:4, 2148:19,
2155:19
   **TYPES** [1] - 2155:7
   **TYPICAL** [1] - 2115:1

# U

   **U** [1] - 2095:4
   **UNCOVERED** [1] -
2109:17
   **UNDERESTIMATE**
[1] - 2108:4
   **UNDERNEATH** [1] -
2165:24
   **UNDERPREDICTS**
[1] - 2107:14
   **UNDERSTAND** [21] -
2110:10, 2120:19,
2120:21, 2121:3,
2124:11, 2124:15,
2139:23, 2145:24,
2147:16, 2152:3,
2152:11, 2153:13,
2153:21, 2156:11,
2163:9, 2165:6,
2166:4, 2167:2,
2182:2, 2183:18,
2190:2
   **UNDERSTANDING**
[11] - 2098:7, 2107:17,
2113:3, 2117:16,
2120:24, 2147:13,
2165:13, 2165:14,
2166:8, 2187:23,
2190:18
   **UNDERSTATE** [1] -
2107:17
   **UNDERTOW** [3] -
2156:25, 2157:2,
2159:11
   **UNIFORM** [5] -
2098:9, 2112:11,
2130:5, 2133:14,
2133:16
   **UNIMPAIRED** [1] -
2145:21
   **UNITED** [4] - 2093:1,
2093:5, 2093:8,
2190:17
   **UNIVERSITY** [1] -
2138:15

**UNLIKELY** [1] - 2164:10

**UNTIL** [2] - 2105:17, 2142:17

**UP** [43] - 2099:11, 2099:18, 2100:16, 2103:8, 2103:12, 2106:1, 2106:18, 2108:7, 2112:8, 2113:18, 2113:21, 2115:16, 2117:18, 2118:2, 2118:19, 2119:21, 2120:6, 2120:7, 2123:2, 2125:17, 2125:24, 2125:25, 2133:2, 2138:8, 2142:25, 2150:12, 2150:15, 2151:18, 2151:25, 2154:8, 2155:22, 2157:5, 2157:11, 2158:24, 2159:11, 2163:20, 2173:6, 2182:5, 2182:10, 2183:16, 2185:1, 2190:1, 2190:7

**UPON** [2] - 2140:13, 2170:6

**UPPER** [5] - 2100:23, 2110:11, 2141:4, 2173:6, 2175:22

**UPRIGHT** [3] - 2172:22, 2172:24, 2173:22

**US** [33] - 2102:11, 2105:6, 2106:13, 2106:22, 2111:14, 2116:7, 2116:23, 2119:19, 2125:11, 2125:12, 2128:17, 2129:6, 2129:14, 2132:22, 2133:9, 2135:1, 2135:2, 2144:12, 2144:22, 2146:5, 2147:6, 2153:5, 2159:2, 2159:3, 2159:21, 2160:25, 2161:21, 2172:1, 2173:20, 2182:3, 2182:7, 2183:11

**USE** [15] - 2099:17, 2110:18, 2114:19, 2114:20, 2115:3, 2115:6, 2117:11, 2120:3, 2121:12, 2140:12, 2140:21, 2141:3, 2179:17, 2182:4, 2182:5

**USED** [13] - 2109:11, 2109:16, 2110:13, 2114:7, 2114:18, 2114:20, 2117:6, 2117:10, 2121:2, 2140:22, 2141:6, 2175:12, 2182:11

**USING** [2] - 2099:15, 2166:16

**USUALLY** [1] - 2179:22

**UTC** [1] - 2097:20

**UTILIZE** [1] - 2137:16

## V

**V** [2] - 2093:4, 2143:10

**V-E-R-H-E-I-J** [1] - 2143:10

**VALIDATED** [1] - 2099:21

**VALIDATION** [1] - 2158:3

**VALUE** [4] - 2114:24, 2114:25, 2115:6, 2117:11

**VALUES** [3] - 2141:7, 2184:15, 2186:23

**VARIABILITY** [1] - 2184:1

**VARIABLES** [1] - 2115:19

**VARIATION** [1] - 2100:23

**VARIED** [1] - 2131:16

**VARIES** [3] - 2101:3, 2117:18, 2183:25

**VARIOUS** [2] - 2152:4, 2164:8

**VARY** [2] - 2110:5, 2184:18

**VEGETATION** [3] - 2115:22, 2115:25, 2116:1

**VEGETATIVE** [1] - 2100:5

**VELOCITIES** [29] - 2113:20, 2126:8, 2169:21, 2181:24, 2182:3, 2182:25, 2184:11, 2184:12, 2184:16, 2184:18, 2184:20, 2185:16, 2185:18, 2185:23, 2185:25, 2186:5, 2186:12, 2186:20, 2186:23, 2186:25,

2187:2, 2187:4, 2187:20, 2187:22, 2188:4, 2188:13, 2188:14, 2188:16, 2189:18

**VELOCITY** [16] - 2142:13, 2169:20, 2172:6, 2180:5, 2182:7, 2182:9, 2182:12, 2182:17, 2183:8, 2183:12, 2183:25, 2184:2, 2184:4, 2184:22, 2186:8

**VENTURI** [2] - 2169:14

**VERHEIJ** [6] - 2134:22, 2140:6, 2140:12, 2143:5, 2143:9, 2143:10

**VERSUS** [4] - 2125:13, 2148:18, 2173:8, 2188:14

**VERTICAL** [1] - 2137:4

**VERY** [70] - 2100:2, 2102:25, 2104:3, 2106:10, 2106:24, 2107:1, 2108:1, 2108:16, 2113:11, 2115:2, 2115:8, 2116:12, 2116:13, 2116:17, 2118:15, 2119:5, 2119:16, 2119:23, 2120:7, 2120:11, 2120:15, 2120:17, 2121:1, 2121:12, 2121:22, 2127:22, 2128:11, 2129:15, 2133:11, 2133:15, 2135:17, 2136:17, 2138:3, 2138:4, 2139:10, 2143:6, 2144:5, 2144:25, 2147:24, 2149:4, 2150:15, 2150:21, 2151:3, 2153:18, 2154:10, 2154:18, 2154:22, 2155:3, 2155:17, 2161:4, 2165:1, 2165:23, 2165:24, 2168:2, 2169:3, 2171:11, 2173:11, 2174:3, 2176:6, 2177:24, 2181:13, 2184:1, 2186:5

**VICINITY** [10] - 2104:5, 2105:10, 2108:23, 2121:25,

2145:2, 2152:14, 2157:5, 2161:9, 2161:19, 2161:23

**VICTOR** [1] - 2094:19

**VIDEO** [5] - 2129:4, 2157:16, 2157:17, 2157:18

**VIEW** [2] - 2166:3, 2188:21

**VIEWS** [4] - 2098:19, 2098:23, 2142:24, 2166:2

**VIRTUALLY** [1] - 2147:10

**VIS** [2] - 2108:12

**VIS-A-VIS** [1] - 2108:12

**VISCOR** [1] - 2138:14

**VOLUME** [2] - 2093:9, 2179:19

**VOLUMES** [1] - 2142:23

## W

**WAIT** [1] - 2142:17

**WALL** [37] - 2163:16, 2171:20, 2172:22, 2172:24, 2173:3, 2173:5, 2173:6, 2173:10, 2173:11, 2173:14, 2173:18, 2173:20, 2173:21, 2174:3, 2174:6, 2174:10, 2174:13, 2175:10, 2175:11, 2175:12, 2175:20, 2176:1, 2176:6, 2176:9, 2176:17, 2176:21, 2177:13, 2177:19, 2177:21, 2178:4, 2178:12, 2178:13, 2178:23, 2179:24, 2180:2, 2180:4

**WALL'S** [1] - 2177:20

**WALLS** [4] - 2171:8, 2172:2, 2172:5, 2178:1

**WALTER** [1] - 2094:8

**WANT** [25] - 2100:8, 2114:16, 2116:8, 2116:24, 2121:25, 2126:19, 2127:16, 2128:16, 2130:19, 2141:11, 2147:23, 2151:18, 2151:24, 2153:10, 2153:11,

2154:6, 2157:21, 2158:21, 2177:5, 2182:8, 2185:11, 2189:5, 2190:5

**WANTED** [4] - 2130:14, 2140:20, 2163:8, 2178:6

**WANTING** [1] - 2139:13

**WARREN** [1] - 2095:1

**WAS** [157] - 2097:18, 2097:24, 2098:7, 2098:9, 2098:11, 2098:13, 2098:15, 2102:8, 2102:12, 2103:3, 2104:10, 2104:15, 2105:8, 2105:16, 2105:22, 2105:23, 2108:9, 2108:25, 2109:16, 2109:17, 2110:16, 2111:2, 2111:3, 2111:8, 2111:9, 2111:13, 2111:18, 2111:22, 2111:23, 2112:12, 2112:15, 2112:19, 2112:22, 2113:3, 2114:3, 2114:5, 2114:11, 2115:3, 2117:17, 2117:19, 2120:2, 2120:5, 2120:13, 2121:21, 2122:24, 2123:6, 2124:9, 2124:19, 2127:8, 2127:9, 2127:21, 2128:1, 2128:9, 2128:12, 2129:4, 2131:8, 2131:12, 2132:14, 2132:17, 2132:19, 2133:4, 2133:14, 2133:20, 2133:25, 2134:8, 2136:21, 2137:2, 2137:15, 2138:20, 2138:23, 2139:1, 2139:2, 2139:10, 2139:17, 2140:11, 2141:5, 2141:14, 2141:18, 2142:7, 2145:3, 2145:5, 2146:4, 2146:14, 2146:17, 2147:17, 2148:1, 2148:22, 2149:2, 2149:3, 2150:2, 2150:10, 2150:14, 2150:18, 2150:19, 2151:16, 2152:25, 2153:1,

2154:18, 2156:18, 2157:6, 2158:2, 2158:4, 2159:5, 2161:10, 2161:25, 2162:2, 2162:15, 2162:23, 2164:21, 2164:24, 2165:16, 2166:2, 2166:4, 2166:13, 2166:25, 2167:17, 2167:19, 2167:22, 2168:9, 2168:12, 2168:17, 2169:24, 2171:1, 2171:7, 2172:15, 2172:16, 2172:18, 2172:20, 2173:13, 2174:1, 2175:15, 2175:19, 2175:21, 2175:22, 2176:15, 2176:16, 2176:25, 2177:6, 2177:14, 2178:12, 2178:20, 2179:13, 2181:14, 2185:9, 2188:1, 2189:18, 2190:12

**WASHED** [2] - 2164:9, 2174:1

**WASHINGTON** [1] - 2095:13

**WASN'T** [6] - 2105:17, 2118:17, 2139:3, 2139:7, 2141:18, 2172:20

**WATER** [139] - 2098:21, 2101:21, 2101:22, 2102:8, 2102:11, 2102:18, 2102:21, 2103:8, 2103:12, 2103:17, 2103:18, 2103:22, 2104:6, 2104:7, 2104:10, 2104:11, 2104:12, 2106:1, 2106:7, 2107:8, 2108:18, 2108:22, 2111:4, 2111:14, 2112:12, 2112:15, 2113:13, 2114:3, 2114:10, 2114:12, 2114:24, 2114:25, 2115:5, 2115:6, 2115:7, 2115:18, 2116:11, 2116:12, 2116:16, 2116:17, 2116:19, 2117:1, 2117:3, 2117:13, 2118:9, 2118:19, 2118:23, 2119:20, 2119:22, 2119:24, 2120:6, 2120:7, 2120:9, 2120:10,

2120:12, 2121:20, 2122:13, 2122:24, 2123:4, 2123:13, 2123:14, 2123:17, 2124:8, 2124:14, 2124:18, 2125:1, 2125:5, 2125:8, 2125:18, 2125:20, 2125:25, 2126:5, 2126:10, 2126:12, 2133:13, 2135:11, 2135:12, 2136:10, 2136:12, 2138:3, 2138:6, 2138:8, 2138:13, 2138:18, 2138:24, 2139:10, 2139:11, 2139:12, 2139:17, 2140:16, 2142:3, 2142:4, 2142:9, 2142:12, 2142:14, 2142:19, 2150:25, 2151:3, 2151:5, 2154:23, 2155:1, 2155:3, 2155:7, 2155:12, 2155:22, 2156:6, 2156:12, 2156:13, 2164:25, 2166:2, 2166:22, 2166:23, 2167:17, 2167:19, 2167:22, 2168:12, 2168:17, 2169:4, 2169:15, 2169:16, 2170:4, 2172:3, 2172:4, 2176:18, 2179:16, 2179:18, 2179:20, 2179:23, 2180:4, 2180:6, 2184:21, 2184:22, 2185:14, 2185:17, 2186:3

**WAVE** [102] - 2097:18, 2099:13, 2099:24, 2100:21, 2100:22, 2101:3, 2101:4, 2101:6, 2101:8, 2101:14, 2101:15, 2101:16, 2101:17, 2101:18, 2101:19, 2102:18, 2103:15, 2111:18, 2111:20, 2112:15, 2112:22, 2112:25, 2114:4, 2114:6, 2114:7, 2114:8, 2114:13, 2114:16, 2114:17, 2114:24, 2115:4, 2115:7, 2115:23, 2116:14, 2116:21, 2117:3, 2117:4, 2117:8,

2117:12, 2118:10, 2118:16, 2118:23, 2120:1, 2121:23, 2122:17, 2122:18, 2122:20, 2122:25, 2123:15, 2123:16, 2123:20, 2124:7, 2124:10, 2124:12, 2124:18, 2124:22, 2124:23, 2124:25, 2125:2, 2125:3, 2125:4, 2125:6, 2126:16, 2127:18, 2128:10, 2128:13, 2135:4, 2135:10, 2136:5, 2136:22, 2136:24, 2138:16, 2139:8, 2139:12, 2139:14, 2139:20, 2140:13, 2140:17, 2140:21, 2140:22, 2145:5, 2147:10, 2147:12, 2156:9, 2159:8, 2160:15, 2161:3, 2165:18, 2165:20, 2170:1, 2171:2, 2171:7, 2174:12, 2175:24, 2178:3, 2179:17, 2179:25, 2180:1, 2180:3, 2180:5, 2184:2

**WAVE-INDUCED** [10] - 2111:20, 2112:22, 2122:25, 2127:18, 2128:10, 2135:4, 2147:10, 2159:8, 2170:1, 2174:12

**WAVES** [59] - 2099:4, 2099:11, 2099:14, 2099:18, 2100:1, 2100:5, 2101:11, 2101:13, 2101:14, 2101:20, 2113:17, 2113:19, 2115:12, 2115:13, 2115:15, 2115:16, 2116:13, 2118:12, 2120:8, 2120:11, 2120:13, 2120:16, 2124:13, 2125:20, 2126:11, 2126:23, 2127:14, 2128:3, 2133:15, 2133:21, 2135:16, 2135:17, 2135:19, 2135:23, 2135:25, 2136:2, 2138:9, 2139:3, 2140:24, 2142:22, 2151:4, 2151:6,

2151:9, 2154:24, 2155:24, 2156:6, 2156:24, 2157:8, 2157:10, 2165:1, 2171:15, 2172:3, 2177:21, 2179:20, 2182:5, 2184:1, 2184:16, 2186:19, 2186:22

**WAY** [12] - 2101:8, 2101:10, 2110:7, 2110:10, 2115:17, 2117:10, 2137:16, 2140:14, 2153:19, 2180:11, 2184:12, 2185:19

**WAYS** [1] - 2185:20

**WE** [184] - 2097:13, 2097:14, 2098:12, 2098:16, 2098:21, 2098:22, 2099:8, 2099:9, 2099:11, 2099:14, 2100:4, 2103:16, 2106:17, 2106:19, 2106:21, 2107:16, 2107:17, 2107:19, 2107:22, 2107:23, 2108:4, 2109:15, 2110:3, 2112:7, 2112:14, 2114:15, 2114:20, 2115:1, 2115:2, 2116:8, 2116:11, 2117:4, 2117:21, 2118:9, 2118:15, 2120:7, 2120:8, 2120:11, 2121:19, 2122:15, 2122:22, 2123:10, 2123:16, 2124:21, 2124:22, 2124:24, 2125:14, 2125:15, 2125:16, 2126:10, 2126:11, 2126:12, 2126:15, 2131:3, 2133:22, 2133:25, 2134:12, 2134:15, 2134:19, 2136:4, 2136:18, 2136:23, 2138:3, 2138:7, 2138:10, 2139:24, 2139:25, 2142:8, 2144:11, 2145:6, 2145:13, 2145:18, 2145:19, 2145:20, 2147:2, 2147:16, 2147:21, 2148:8, 2148:10, 2150:6, 2150:12, 2151:5, 2151:7, 2151:18, 2151:23, 2151:24, 2152:13,

2152:22, 2152:24, 2153:7, 2153:10, 2154:19, 2154:21, 2155:6, 2156:23, 2156:24, 2157:3, 2157:17, 2157:19, 2157:21, 2158:8, 2158:21, 2159:2, 2159:13, 2159:14, 2159:16, 2161:2, 2161:3, 2161:4, 2162:12, 2162:14, 2162:20, 2163:3, 2163:6, 2163:12, 2163:13, 2165:10, 2165:17, 2166:18, 2166:19, 2167:2, 2167:16, 2168:7, 2168:9, 2168:10, 2169:16, 2169:19, 2169:21, 2169:23, 2171:8, 2171:9, 2174:6, 2177:9, 2178:8, 2178:14, 2179:10, 2179:25, 2180:2, 2180:4, 2180:11, 2182:2, 2182:4, 2182:5, 2182:8, 2182:9, 2182:11, 2182:18, 2182:22, 2186:2, 2186:20, 2187:3, 2187:8, 2187:11, 2187:13, 2188:3, 2188:4, 2188:5, 2188:23, 2188:25, 2189:21, 2190:3

**WE'D** [1] - 2125:20

**WE'LL** [12] - 2099:20, 2100:16, 2111:11, 2113:10, 2140:4, 2142:16, 2150:8, 2153:8, 2158:23, 2171:19, 2190:1, 2190:10

**WE'RE** [30] - 2107:16, 2108:24, 2109:23, 2110:2, 2111:25, 2112:9, 2113:7, 2113:12, 2118:19, 2118:25, 2119:24, 2119:25, 2122:3, 2123:2, 2123:13, 2128:16, 2134:9, 2137:17, 2148:7, 2149:16, 2151:21, 2153:5, 2165:9, 2165:11, 2166:22, 2168:21, 2179:9, 2179:19, 2183:3

**WE'VE** [12] - 2101:6,
2114:18, 2118:24,
2119:21, 2123:8,
2127:16, 2152:16,
2152:17, 2164:10,
2171:25, 2179:10
  **WEEK** [1] - 2120:25
  **WELL** [23] - 2105:7,
2105:14, 2107:8,
2114:18, 2147:18,
2152:3, 2152:11,
2152:17, 2153:18,
2154:4, 2154:5,
2161:1, 2162:24,
2170:24, 2172:2,
2174:24, 2180:24,
2181:4, 2182:21,
2187:18, 2188:4,
2188:9, 2190:2
  **WENT** [2] - 2142:15,
2188:5
  **WERE** [59] - 2097:13,
2097:14, 2097:20,
2098:22, 2101:17,
2103:4, 2105:24,
2108:21, 2108:23,
2110:13, 2125:16,
2127:9, 2128:6,
2129:3, 2129:4,
2130:23, 2130:24,
2131:7, 2131:21,
2135:9, 2135:17,
2135:25, 2136:23,
2137:9, 2137:13,
2138:5, 2143:13,
2146:19, 2146:20,
2146:21, 2147:13,
2149:13, 2150:20,
2150:21, 2152:22,
2152:23, 2155:19,
2159:7, 2162:3,
2165:10, 2166:11,
2168:8, 2168:14,
2170:17, 2170:18,
2172:3, 2172:18,
2172:19, 2176:11,
2182:22, 2186:24,
2187:1, 2187:2,
2187:3, 2187:23,
2188:1
  **WEREN'T** [1] -
2110:14
  **WEST** [1] - 2162:3
  **WESTERINK** [2] -
2097:15, 2097:17
  **WESTERN** [1] -
2105:24
  **WETLANDS** [1] -
2100:6
  **WHAT** [148] - 2098:7,

2098:13, 2098:22,
2099:1, 2099:7,
2099:8, 2100:8,
2101:6, 2101:7,
2102:8, 2104:16,
2104:20, 2105:2,
2106:11, 2107:9,
2108:6, 2108:24,
2109:6, 2109:15,
2110:7, 2110:10,
2110:13, 2110:19,
2111:5, 2112:17,
2113:13, 2113:16,
2113:19, 2113:22,
2113:23, 2114:2,
2114:8, 2114:10,
2115:1, 2115:3,
2115:11, 2115:20,
2116:18, 2116:24,
2117:3, 2117:17,
2117:22, 2117:23,
2119:4, 2119:19,
2120:20, 2120:22,
2121:7, 2122:7,
2124:11, 2125:3,
2126:6, 2127:7,
2127:18, 2127:21,
2128:6, 2130:9,
2130:21, 2131:12,
2132:4, 2132:16,
2133:4, 2134:2,
2134:3, 2134:6,
2134:9, 2135:2,
2135:9, 2135:11,
2135:17, 2135:21,
2136:7, 2136:15,
2136:18, 2136:23,
2136:25, 2137:2,
2137:22, 2137:23,
2139:25, 2140:10,
2140:11, 2140:14,
2140:25, 2141:5,
2141:8, 2141:18,
2142:7, 2143:17,
2144:17, 2146:15,
2146:18, 2148:24,
2149:19, 2152:8,
2152:19, 2155:21,
2158:21, 2158:22,
2161:1, 2162:1,
2163:4, 2164:20,
2164:24, 2165:6,
2165:13, 2166:25,
2167:16, 2168:15,
2169:11, 2169:14,
2169:23, 2170:11,
2170:12, 2171:4,
2172:1, 2175:2,
2178:7, 2179:9,
2180:1, 2181:8,
2181:11, 2182:2,

2182:3, 2183:11,
2183:12, 2183:16,
2183:24, 2184:2,
2184:3, 2184:10,
2186:8, 2187:2,
2187:16, 2187:17,
2188:2, 2188:4,
2188:6, 2188:13,
2189:20, 2190:2,
2190:6
  **WHAT'S** [31] -
2098:18, 2099:23,
2100:18, 2101:16,
2102:18, 2102:24,
2104:21, 2106:6,
2109:20, 2110:7,
2110:21, 2113:16,
2113:24, 2120:4,
2120:10, 2122:13,
2124:17, 2125:22,
2128:23, 2132:13,
2148:23, 2154:16,
2155:10, 2161:17,
2162:4, 2166:21,
2167:15, 2167:25,
2170:24, 2170:25,
2174:15
  **WHATEVER** [3] -
2124:9, 2137:24,
2141:11
  **WHATSOEVER** [1] -
2174:4
  **WHEN** [48] -
2097:13, 2101:25,
2102:1, 2103:3,
2103:4, 2104:11,
2105:8, 2105:15,
2105:22, 2112:15,
2112:21, 2112:23,
2117:25, 2119:9,
2119:13, 2122:15,
2122:22, 2125:18,
2126:15, 2131:4,
2132:3, 2139:10,
2139:12, 2142:8,
2144:13, 2149:2,
2151:5, 2151:21,
2154:21, 2156:6,
2156:9, 2156:23,
2157:1, 2157:10,
2162:12, 2165:25,
2166:7, 2166:15,
2170:4, 2172:2,
2172:3, 2178:1,
2178:19, 2179:23,
2182:2, 2186:2,
2188:9
  **WHERE** [72] -
2100:4, 2105:6,
2105:10, 2109:21,

2110:17, 2111:4,
2111:17, 2114:3,
2114:5, 2115:1,
2115:14, 2120:7,
2123:10, 2128:17,
2128:20, 2128:25,
2129:7, 2129:14,
2129:25, 2130:15,
2132:11, 2132:12,
2132:22, 2135:15,
2135:22, 2138:23,
2143:7, 2143:11,
2144:1, 2144:12,
2146:1, 2146:3,
2146:13, 2147:6,
2149:23, 2150:1,
2150:25, 2151:9,
2151:14, 2152:11,
2152:16, 2152:22,
2152:24, 2153:21,
2153:22, 2154:13,
2159:3, 2161:9,
2161:10, 2165:14,
2169:4, 2169:19,
2171:8, 2171:9,
2171:23, 2173:5,
2173:20, 2175:12,
2176:8, 2176:10,
2176:25, 2177:6,
2177:19, 2179:23,
2180:2, 2181:12,
2183:17, 2187:9
  **WHEREUPON** [2] -
2148:1, 2190:12
  **WHEREVER** [1] -
2182:8
  **WHETHER** [12] -
2106:14, 2115:21,
2127:3, 2127:4,
2149:12, 2166:15,
2173:23, 2176:11,
2187:12, 2187:25,
2188:1, 2189:21
  **WHICH** [31] - 2100:2,
2101:21, 2106:17,
2107:16, 2108:18,
2112:8, 2122:8,
2123:6, 2124:25,
2127:13, 2128:2,
2129:8, 2131:11,
2135:9, 2136:21,
2136:22, 2137:3,
2137:6, 2137:8,
2137:12, 2138:3,
2139:20, 2145:1,
2153:6, 2157:18,
2158:6, 2169:8,
2183:7, 2183:19,
2184:7, 2189:20
  **WHILE** [4] - 2120:11,

2124:13, 2155:22,
2180:9
  **WHITE** [1] - 2152:1
  **WHITEST** [1] -
2174:16
  **WHO** [1] - 2097:19
  **WHOLE** [4] -
2103:12, 2142:13,
2184:12, 2187:15
  **WHY** [18] - 2105:12,
2107:16, 2112:4,
2112:7, 2113:2,
2130:20, 2139:3,
2139:7, 2148:14,
2151:7, 2164:14,
2166:5, 2177:6,
2187:14, 2188:23,
2188:24, 2190:3,
2190:9
  **WIDTH** [4] - 2131:12,
2131:16, 2131:18,
2147:17
  **WILL** [16] - 2101:19,
2116:2, 2118:15,
2128:18, 2134:19,
2139:24, 2142:23,
2145:19, 2147:2,
2147:21, 2169:1,
2182:4, 2185:13,
2188:24, 2188:25,
2189:21
  **WIND** [3] - 2100:5,
2103:11, 2103:14
  **WINDS** [3] - 2103:4,
2105:24, 2162:3
  **WITH** [44] - 2101:4,
2101:5, 2105:11,
2106:24, 2106:25,
2107:2, 2108:7,
2110:5, 2125:20,
2126:16, 2129:2,
2132:16, 2132:19,
2135:12, 2137:10,
2139:4, 2139:7,
2140:25, 2153:19,
2158:24, 2159:6,
2163:21, 2166:3,
2170:10, 2170:11,
2170:14, 2172:3,
2177:11, 2179:20,
2180:3, 2180:5,
2180:11, 2181:3,
2184:2, 2184:16,
2184:18, 2187:13,
2187:15, 2187:19,
2187:24, 2188:25,
2189:22, 2189:23
  **WITHIN** [4] -
2099:24, 2106:3,
2110:4, 2124:8

**WITHOUT** [1] - 2126:23

**WITNESS** [123] - 2104:17, 2108:21, 2109:4, 2110:1, 2110:24, 2111:6, 2111:11, 2111:17, 2112:2, 2112:6, 2112:9, 2113:5, 2115:12, 2115:22, 2115:25, 2116:4, 2117:25, 2118:4, 2120:19, 2120:24, 2121:8, 2121:18, 2121:24, 2122:3, 2122:7, 2123:24, 2124:3, 2124:6, 2124:13, 2127:25, 2130:22, 2131:15, 2131:19, 2131:21, 2132:8, 2133:5, 2134:4, 2134:7, 2134:12, 2137:15, 2137:17, 2138:22, 2138:25, 2139:6, 2139:9, 2139:19, 2141:19, 2141:21, 2142:1, 2142:5, 2142:7, 2142:16, 2144:18, 2145:13, 2145:16, 2145:23, 2145:25, 2146:3, 2146:7, 2146:10, 2146:13, 2146:18, 2147:15, 2147:19, 2150:9, 2150:14, 2151:14, 2152:13, 2152:17, 2152:21, 2153:3, 2153:15, 2153:17, 2154:21, 2156:9, 2156:12, 2160:5, 2160:9, 2162:13, 2162:18, 2162:21, 2162:25, 2163:3, 2163:6, 2163:15, 2163:24, 2164:1, 2165:8, 2165:16, 2165:22, 2166:9, 2166:13, 2166:18, 2168:2, 2172:17, 2172:22, 2174:17, 2174:20, 2174:22, 2174:24, 2175:3, 2175:9, 2176:1, 2177:9, 2177:11, 2177:16, 2178:15, 2178:18, 2179:16, 2180:13, 2180:18, 2180:25, 2181:2, 2181:5, 2182:20, 2183:19,

2183:24, 2184:23, 2185:13, 2185:22, 2187:14, 2188:6, 2188:9

**WITNESSES** [1] - 2096:3

**WON'T** [1] - 2140:1

**WONDER** [1] - 2182:15

**WONDERING** [1] - 2177:14

**WOODCOCK** [1] - 2095:12

**WORD** [1] - 2117:10

**WORDS** [3] - 2108:6, 2143:17, 2150:22

**WORK** [8] - 2118:25, 2125:23, 2155:24, 2165:1, 2165:23, 2182:18, 2186:24

**WORKING** [3] - 2120:9, 2154:25, 2185:16

**WORKS** [2] - 2116:7, 2185:14

**WOULD** [156] - 2097:20, 2097:21, 2098:19, 2098:22, 2099:24, 2100:21, 2101:4, 2101:10, 2101:12, 2101:17, 2104:20, 2105:25, 2106:11, 2106:13, 2107:23, 2108:21, 2109:7, 2109:21, 2110:24, 2112:4, 2112:18, 2113:2, 2114:12, 2114:13, 2115:1, 2115:4, 2115:22, 2116:1, 2116:22, 2117:12, 2117:13, 2117:23, 2118:1, 2119:17, 2120:6, 2121:18, 2122:9, 2123:4, 2124:10, 2124:23, 2125:19, 2125:20, 2127:18, 2127:21, 2128:24, 2130:25, 2131:6, 2131:11, 2131:15, 2131:23, 2132:12, 2132:19, 2133:19, 2134:6, 2134:7, 2136:4, 2136:13, 2136:14, 2137:8, 2138:9, 2138:10, 2139:13, 2139:20, 2139:21, 2140:14, 2140:21, 2140:25, 2141:4,

2141:6, 2141:13, 2141:15, 2143:5, 2143:8, 2143:24, 2144:2, 2144:3, 2144:8, 2144:18, 2146:5, 2146:6, 2148:14, 2149:3, 2150:1, 2151:13, 2152:11, 2153:12, 2153:17, 2155:3, 2155:6, 2155:19, 2155:21, 2156:1, 2156:5, 2156:17, 2156:20, 2156:21, 2156:22, 2157:4, 2157:14, 2157:25, 2158:3, 2159:14, 2160:18, 2160:24, 2161:1, 2161:10, 2162:13, 2162:15, 2162:18, 2163:2, 2163:4, 2163:5, 2163:18, 2164:11, 2164:18, 2165:11, 2165:18, 2167:23, 2169:4, 2169:10, 2169:15, 2169:19, 2169:21, 2170:11, 2171:2, 2171:10, 2171:14, 2172:12, 2177:3, 2178:22, 2179:2, 2179:5, 2180:23, 2181:19, 2182:22, 2183:19, 2183:21, 2184:3, 2185:9, 2185:23, 2185:24, 2185:25, 2186:3, 2186:15, 2186:16, 2186:18, 2186:20, 2186:22, 2187:10

**WOULDN'T** [7] - 2120:17, 2146:8, 2149:2, 2155:3, 2155:21, 2155:23, 2164:17

**WRIGHT** [1] - 2094:1

**WRITING** [1] - 2154:10

**WRITTEN** [1] - 2134:21

**WRONG** [2] - 2124:1, 2156:7

# X

**X** [1] - 2096:1

# Y

**YEAH** [46] - 2098:15,

2108:13, 2110:9, 2113:24, 2116:8, 2117:10, 2117:15, 2119:15, 2121:8, 2121:24, 2123:4, 2125:16, 2128:8, 2129:15, 2130:22, 2131:15, 2132:18, 2134:4, 2146:3, 2146:18, 2149:8, 2150:9, 2151:25, 2152:21, 2155:12, 2157:10, 2157:18, 2157:20, 2158:2, 2159:25, 2160:24, 2162:18, 2163:6, 2164:1, 2165:22, 2166:18, 2168:7, 2169:13, 2171:6, 2173:3, 2175:3, 2176:6, 2178:12, 2179:16, 2180:18, 2185:13

**YELLOW** [5] - 2152:5, 2152:7, 2152:19, 2152:24, 2163:22

**YES** [50] - 2104:8, 2105:1, 2109:4, 2109:14, 2109:25, 2111:16, 2115:24, 2116:10, 2122:2, 2127:6, 2127:12, 2127:25, 2129:23, 2130:4, 2132:7, 2134:11, 2137:15, 2139:6, 2140:8, 2141:21, 2142:1, 2142:6, 2142:21, 2143:6, 2143:13, 2147:24, 2149:20, 2152:7, 2156:19, 2159:19, 2163:25, 2166:13, 2168:24, 2170:16, 2170:19, 2170:21, 2170:23, 2174:18, 2174:23, 2177:2, 2177:13, 2180:23, 2182:1, 2182:14, 2182:24, 2187:1, 2188:11, 2189:3, 2190:6

**YESTERDAY** [2] - 2097:13, 2121:19

**YET** [3] - 2101:6, 2172:1, 2183:3

**YORK** [1] - 2094:24

**YOU** [374] - 2097:14, 2097:16, 2098:2, 2098:4, 2098:13,

2098:20, 2099:7, 2099:12, 2099:22, 2100:11, 2101:12, 2101:16, 2101:22, 2101:25, 2103:2, 2103:17, 2103:20, 2103:21, 2104:9, 2104:11, 2104:16, 2104:18, 2105:6, 2105:12, 2105:14, 2106:13, 2106:14, 2106:24, 2107:1, 2107:5, 2107:9, 2107:10, 2107:25, 2108:9, 2108:11, 2108:14, 2109:5, 2109:6, 2109:21, 2110:12, 2110:17, 2110:18, 2110:25, 2111:2, 2111:3, 2111:5, 2111:7, 2111:25, 2112:10, 2113:1, 2113:11, 2113:22, 2114:3, 2114:16, 2114:17, 2116:5, 2116:7, 2116:8, 2116:23, 2117:6, 2117:16, 2117:22, 2118:7, 2118:24, 2119:9, 2119:10, 2119:20, 2120:3, 2120:17, 2120:20, 2120:21, 2121:5, 2121:7, 2121:8, 2121:9, 2121:14, 2121:16, 2122:10, 2122:14, 2122:16, 2122:18, 2122:19, 2123:2, 2123:4, 2123:25, 2124:6, 2124:11, 2124:15, 2125:6, 2125:10, 2125:11, 2125:23, 2125:25, 2126:19, 2126:22, 2127:3, 2127:7, 2127:11, 2127:18, 2128:16, 2128:20, 2128:25, 2129:6, 2129:14, 2129:15, 2129:17, 2129:18, 2129:19, 2129:22, 2130:1, 2130:4, 2130:19, 2130:21, 2131:11, 2131:12, 2131:13, 2131:21, 2131:24, 2132:3, 2132:4, 2132:6, 2132:12, 2132:25, 2133:3, 2133:11, 2134:3, 2134:6,

2134:12, 2134:14,
2134:21, 2136:1,
2136:12, 2137:10,
2137:13, 2137:22,
2138:12, 2138:19,
2139:4, 2139:9,
2139:24, 2140:1,
2140:6, 2140:10,
2140:15, 2140:16,
2140:17, 2141:8,
2141:10, 2141:12,
2141:17, 2141:23,
2142:17, 2143:1,
2143:3, 2143:11,
2143:24, 2144:4,
2144:5, 2144:11,
2144:22, 2144:25,
2145:1, 2145:9,
2145:11, 2145:15,
2146:18, 2146:24,
2147:6, 2147:8,
2147:10, 2147:17,
2147:20, 2147:23,
2148:8, 2148:11,
2148:12, 2148:22,
2149:8, 2149:9,
2149:17, 2149:25,
2150:7, 2150:19,
2151:1, 2151:25,
2152:9, 2152:10,
2153:7, 2153:10,
2153:12, 2153:13,
2153:14, 2153:17,
2153:18, 2153:20,
2153:25, 2154:6,
2154:15, 2154:20,
2155:19, 2155:21,
2155:23, 2156:7,
2156:15, 2156:17,
2156:19, 2157:1,
2157:9, 2157:10,
2157:22, 2157:24,
2158:15, 2158:18,
2158:24, 2159:3,
2159:17, 2159:23,
2159:25, 2160:3,
2160:13, 2160:14,
2160:15, 2160:16,
2160:17, 2161:10,
2161:13, 2161:14,
2161:15, 2161:16,
2161:24, 2162:1,
2162:4, 2162:6,
2162:8, 2162:9,
2162:11, 2162:16,
2162:24, 2163:7,
2163:9, 2163:21,
2163:22, 2164:2,
2164:5, 2164:6,
2164:12, 2164:15,
2165:6, 2165:9,

2165:14, 2165:15,
2166:9, 2166:12,
2166:16, 2167:1,
2167:9, 2167:13,
2168:6, 2168:7,
2168:22, 2169:3,
2169:22, 2170:5,
2170:13, 2170:17,
2171:6, 2171:21,
2171:23, 2172:10,
2172:25, 2173:6,
2173:7, 2173:9,
2173:13, 2173:15,
2173:24, 2174:3,
2174:10, 2174:12,
2174:13, 2174:14,
2175:5, 2175:9,
2175:10, 2175:14,
2175:15, 2175:17,
2175:20, 2176:3,
2176:6, 2176:7,
2176:9, 2176:10,
2176:19, 2176:21,
2177:5, 2177:15,
2177:21, 2177:23,
2177:24, 2178:12,
2178:17, 2178:18,
2178:21, 2178:24,
2178:25, 2179:1,
2179:6, 2180:16,
2180:19, 2181:2,
2181:8, 2181:11,
2181:14, 2181:21,
2182:22, 2183:5,
2183:17, 2183:23,
2184:10, 2184:17,
2184:19, 2184:21,
2184:25, 2185:1,
2185:5, 2185:6,
2185:10, 2185:11,
2186:4, 2186:8,
2186:11, 2186:12,
2187:2, 2187:11,
2188:9, 2188:10,
2188:24, 2189:7,
2189:11, 2189:19,
2189:23, 2190:1,
2190:5

   **YOU'LL** [5] - 2100:3,
2100:20, 2108:1,
2136:2, 2171:20

   **YOU'RE** [23] -
2097:7, 2099:1,
2099:25, 2105:12,
2108:6, 2109:2,
2110:14, 2117:8,
2122:19, 2122:20,
2131:24, 2140:1,
2141:24, 2143:3,
2146:9, 2149:19,
2157:10, 2163:4,

2177:6, 2177:11,
2179:24, 2188:17,
2190:9
   **YOU'VE** [3] -
2104:15, 2155:15,
2166:25
   **YOUR** [56] - 2097:6,
2097:9, 2098:7,
2099:22, 2099:23,
2100:9, 2104:14,
2108:19, 2109:3,
2110:12, 2111:9,
2112:2, 2112:4,
2112:7, 2113:5,
2117:16, 2120:22,
2121:6, 2121:15,
2121:22, 2124:3,
2126:22, 2127:25,
2128:6, 2128:14,
2130:14, 2130:18,
2134:21, 2140:2,
2147:13, 2150:12,
2151:11, 2151:23,
2153:12, 2153:15,
2153:19, 2154:11,
2157:9, 2159:20,
2160:25, 2162:11,
2163:12, 2165:13,
2165:14, 2166:8,
2166:17, 2167:15,
2177:6, 2179:15,
2182:15, 2182:21,
2187:5, 2187:10,
2187:11, 2188:25,
2189:16
   **YOURSELF** [1] -
2120:20

---

# Z

   **ZONE** [20] - 2113:16,
2113:17, 2115:9,
2130:5, 2135:21,
2136:6, 2136:7,
2136:8, 2136:9,
2136:14, 2137:2,
2137:6, 2137:7,
2146:16, 2150:5,
2151:2, 2151:4,
2175:20
   **ZONES** [2] -
2135:20, 2135:21

DAILY COPY