1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5   NORMAN ROBINSON, ET AL          *   DOCKET 06-CV-2268-K
                                    *
6   VERSUS                          *   NEW ORLEANS, LOUISIANA
                                    *
7   UNITED STATES OF AMERICA, ET AL *   MAY 1, 2009
    * * * * * * * * * * * * * * * * *

8

9

10                  VOLUME 10 - AFTERNOON SESSION
                     TRIAL PROCEEDINGS BEFORE THE
11               HONORABLE STANWOOD R. DUVAL JR.
                  UNITED STATES DISTRICT JUDGE

12

13
    APPEARANCES:
14

15  FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                               BY:  PIERCE O'DONNELL, ESQ.
16                             550 SOUTH HOPE STREET, SUITE 1000
                               LOS ANGELES, CALIFORNIA 90071
17

18  FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                               BY:  JOSEPH M. BRUNO, ESQ.
19                                  L. SCOTT JOANEN, ESQ.
                               855 BARONNE STREET
20                             NEW ORLEANS, LOUISIANA 70113

21
    FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                             BY:  JONATHAN B. ANDRY, ESQ.
                                    KEA SHERMAN, ESQ.
23                             610 BARONNE STREET
                               NEW ORLEANS, LOUISIANA 70113
24

25

                         FINAL DAILY COPY

1   APPEARANCES (CONTINUED):

2

3   FOR THE PLAINTIFFS:          BARON & BUDD, PC
                                 BY:  THOMAS SIMS, ESQ.
4                                3102 OAK LAWN AVENUE, SUITE 1100
                                 DALLAS, TEXAS 75219

5

6   FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
                                 BY:  JAMES P. ROY, ESQ.
7                                556 JEFFERSON STREET, SUITE 500
                                 POST OFFICE BOX 3668
8                                LAFAYETTE, LOUISIANA 70502

9   FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
                                 BY:  FRANK C. DUDENHEFER JR., ESQ.
10                               601 POYDRAS STREET, SUITE 2655
                                 NEW ORLEANS, LOUISIANA 70130
11

12  FOR THE PLAINTIFFS:          DUMAS & ASSOCIATES LAW FIRM, LLC
                                 BY:  WALTER C. DUMAS, ESQ.
13                               LAWYER'S COMPLEX
                                 1261 GOVERNMENT STREET
14                               POST OFFICE BOX 1366
                                 BATON ROUGE, LOUISIANA 70821
15

16  FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT
                                 BY:  CALVIN C. FAYARD JR., ESQ.
17                               519 FLORIDA AVENUE S.W.
                                 DENHAM SPRINGS, LOUISIANA 70726
18

19  FOR THE PLAINTIFFS:          MICHAEL C. PALMINTIER, A PLC
                                 BY:  MICHAEL C. PALMINTIER, ESQ.
20                                    JOSHUA M. PALMINTIER, ESQ.
                                 618 MAIN STREET
21                               BATON ROUGE, LOUISIANA 70801

22

23  FOR THE PLAINTIFFS:          LAW OFFICE OF ELWOOD C. STEVENS JR.,
                                    A PLC
24                               BY:  ELWOOD C. STEVENS JR., ESQ.
                                 1205 VICTOR II BOULEVARD
25                               POST OFFICE BOX 2626
                                 MORGAN CITY, LOUISIANA 70381


                        FINAL DAILY COPY

1    APPEARANCES (CONTINUED):

2

     FOR SUBROGATED INSURERS:    THE GILBERT FIRM
3                                BY:  ELISA T. GILBERT, ESQ.
                                     BRENDAN R. O'BRIEN, ESQ.
4                                325 EAST 57TH STREET
                                 NEW YORK, NEW YORK 10022
5

6    ALSO PRESENT FOR            J. ROBERT WARREN II, ESQ.
       PLAINTIFFS:               ASHLEY E. PHILEN, ESQ.
7                                MRGO LITIGATION GROUP
                                 600 CARONDELET STREET, SUITE 604
8                                NEW ORLEANS, LOUISIANA 70130

9

     FOR THE DEFENDANT:          U.S. DEPARTMENT OF JUSTICE
10                               TORTS BRANCH, CIVIL DIVISION
                                 BY:  DANIEL M. BAEZA JR., ESQ.
11                                    JEFFREY PAUL EHRLICH, ESQ.
                                      TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                    MICHELE S. GREIF, ESQ.
                                      CONOR KELLS, ESQ.
13                                    PAUL MARC LEVINE, ESQ.
                                      JAMES F. MCCONNON JR., ESQ.
14                                    KARA K. MILLER, ESQ.
                                      RUPERT MITSCH, ESQ.
15                                    PETER G. MYER, ESQ.
                                      ROBIN D. SMITH, ESQ.
16                                    SARAH K. SOJA, ESQ.
                                      RICHARD R. STONE SR., ESQ.
17                                    JOHN WOODCOCK, ESQ.
                                 BENJAMIN FRANKLIN STATION
18                               P.O. BOX 888
                                 WASHINGTON, DC 20044
19

20   OFFICIAL COURT REPORTER:    TONI DOYLE TUSA, CCR, FCRR
                                 500 POYDRAS STREET, ROOM HB-406
21                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7778
22

23

24
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25   PRODUCED BY COMPUTER.




                          FINAL DAILY COPY

1                            I N D E X

2                                                      PAGE

3    DEFENSE PROFFER 2                                 2196

4    BRUCE EBERSOLE
           DIRECT EXAMINATION                         2196
5
     DEFENSE PROFFER 3                                 2216
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        FINAL DAILY COPY

| | | |
|---|---|---|
| 13:20 | 1 | **<u>AFTERNOON SESSION</u>** |
| 13:21 | 2 | **(MAY 1, 2009)** |
| 13:21 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 13:21 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:21 | 5 | **MR. MITSCH:**  GOOD AFTERNOON, YOUR HONOR. |
| 13:21 | 6 | **THE COURT:**  YOU MAY PROCEED. |
| 13:21 | 7 | **MR. MITSCH:**  I THINK WHEN WE LEFT, I WAS ABOUT TO |
| 13:21 | 8 | PROFFER THE UNITED STATES' DM-13, DEMONSTRATIVE EXHIBIT 13, |
| 13:21 | 9 | WHICH IN OUR SLIDES IS NO. 38. |
| 13:22 | 10 | **THE COURT:**  THIS IS GOING TO BE A DEFENSE PROFFER. |
| 13:22 | 11 | THIS IS ONE WE MAY LOOK AT LATER ON AND TAKE IT OUT OF THE |
| 13:22 | 12 | PROFFER.  IT'S A TENTATIVE PROFFER. |
| 13:22 | 13 | **MR. MITSCH:**  UNDERSTOOD, YOUR HONOR. |
| 13:22 | 14 | **THE COURT:**  I'M LETTING THE COURT REPORTER KNOW |
| 13:22 | 15 | BECAUSE SHE WASN'T PRESENT THIS MORNING. |
| 13:22 | 16 | * * * |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

| | | |
|---|---|---|
| 10:32 | 1 | **DEFENSE PROFFER** 2 |
| 10:32 | 2 | (WHEREUPON **BRUCE EBERSOLE**, HAVING BEEN DULY SWORN, |
| 10:32 | 3 | TESTIFIED AS FOLLOWS.) |
| 09:20 | 4 | **DIRECT EXAMINATION** |
| 13:22 | 5 | BY MR. MITSCH: |
| 13:22 | 6 | **Q.**   LET'S TAKE A LOOK AT SLIDE 38, PLEASE.  WHAT DO YOU SEE |
| 13:22 | 7 | THERE, MR. EBERSOLE? |
| 13:22 | 8 | **A.**   THIS IS A CHART THAT'S SIMILAR TO THE ONES THAT WE SAW |
| 13:22 | 9 | PREVIOUSLY.  BEFORE, WE WERE LOOKING AT VELOCITIES ON THE CREST |
| 13:22 | 10 | AND THE BACK SIDE.  THIS SHOWS THE MAGNITUDE OF VELOCITIES ON |
| 13:22 | 11 | THE FRONT SIDE AS A FUNCTION OF LEVEE CREST HEIGHT. |
| 13:23 | 12 | **Q.**   HOW WOULD YOU COMPARE THOSE VELOCITIES TO THE VELOCITIES |
| 13:23 | 13 | ON THE CREST AND THE BACK SIDE? |
| 13:23 | 14 | **A.**   I THINK YOU CAN TELL, IF YOU REMEMBER THE PREVIOUS TWO, |
| 13:23 | 15 | THAT THESE ARE MUCH, MUCH LESS IN TERMS OF THE STRENGTH OF THE |
| 13:23 | 16 | VELOCITY ON THE FRONT SIDE COMPARED TO THE VELOCITY ON THE |
| 13:23 | 17 | CREST, AND ESPECIALLY TO THE VELOCITY ON THE BACK SIDE. |
| 13:23 | 18 | ANOTHER INTERESTING POINT, I BELIEVE, IS THE FACT |
| 13:23 | 19 | THAT, ON THE FRONT SIDE, THE VELOCITIES REALLY ARE NOT A |
| 13:23 | 20 | FUNCTION OF CREST ELEVATION, WHICH MAKES SENSE.  THERE |
| 13:23 | 21 | SHOULDN'T BE A DEPENDENCE OF ELEVATION ON FRONT-SIDE VELOCITY. |
| 13:23 | 22 | PRETTY CONSISTENTLY FOR THE DURATION OF THE EVENT, |
| 13:23 | 23 | WE'RE SEEING VELOCITIES ON THE FRONT SIDE IN THE RANGE OF 3- TO |
| 13:23 | 24 | 4-FOOT PER SECOND.  THESE ARE VERY CONSISTENT WITH WHAT WE SAW |
| 13:23 | 25 | DURING THE IPET, WHERE THE VELOCITIES WERE ON THE ORDER OF 3- |

13:23    1   TO 5-FOOT PER SECOND.

13:24    2       THE POINT HERE IS THE FACT THAT THE VELOCITIES ON THE

13:24    3   FRONT SIDE ARE SO MUCH LOWER THAN THE VELOCITIES ON EITHER THE

13:24    4   CREST OR THE BACK SIDE, AND IT'S JUST ANOTHER INDICATOR OF JUST

13:24    5   HOW MUCH MORE EROSIVE THE VELOCITY REGIME WAS ON THE CREST AND

13:24    6   BACK SIDE COMPARED TO THE FRONT SIDE.

13:24    7   **Q.**   ARE WAVES BREAKING ON THE CREST DURING THIS OVERTOPPING?

13:24    8   **A.**   IT WOULD DEPEND WHAT THE WATER LEVEL WAS RELATIVE TO THE

13:24    9   CREST ELEVATION OF THE LEVEE.

13:24   10   **Q.**   ASSUME THAT WE'RE WITHIN A FOOT OR SO OF THE CREST.

13:24   11   **A.**   YES, THEY WOULD BE.

13:24   12   **Q.**   WHAT ARE BROKEN WAVES?

13:24   13   **A.**   BROKEN WAVES IS A WAVE THAT'S IN THE PROCESS OF

13:24   14   BREAKING --

13:24   15       **THE COURT:**  ARE WE STILL ON THE PROFFER, SIR?

13:24   16       **THE WITNESS:**  -- OR COMPLETELY BROKEN.

13:24   17       **MR. MITSCH:**  WE'VE MOVED BEYOND THE PROFFER.

13:24   18       **THE COURT:**  YOU NEED TO NOTE THAT.

13:24   19       **MR. MITSCH:**  I'M SORRY.

13:24   20       **THE COURT:**  WHEN DID WE MOVE ON.

13:24   21       **MR. MITSCH:**  WHEN I ASKED THE QUESTION ARE WAVES

13:25   22   BREAKING ON THE CREST.

13:25   23       **THE COURT:**  THAT'S WHAT I THOUGHT.

13:25   24       **MR. BRUNO:**  SO WE'RE FINISHED WITH THIS?

13:25   25       **THE COURT:**  YES.

FINAL DAILY COPY

13:25   1          **MR. BRUNO:**  SHOULD I DO CROSS NOW, OR SHOULD I

13:25   2   BRACKET MY CROSS AS A PROFFER?  I DON'T WANT TO COMPLICATE YOUR

13:25   3   LIFE.

13:25   4          **THE COURT:**  GOOD POINT.  WHY DON'T YOU JUST DO -- IN

13:25   5   THE CONTEXT -- I'M TRYING TO FIGURE OUT WHAT FITS BEST IN THE

13:25   6   CONTEXT OF YOUR --

13:25   7          **MR. BRUNO:**  WHATEVER YOU'D LIKE.

13:25   8          **THE COURT:**  I'M ASKING YOU.  WE'LL HAVE TO MARK IT AS

13:25   9   PART OF THE PROFFER.  YOU'LL HAVE TO NOTE IT TO ME WHEN YOU GET

13:25  10   IN THERE.

13:25  11          **MR. BRUNO:**  RIGHT.  I'LL DO THAT.  I'LL DO THAT.

13:25  12          **THE COURT:**  OKAY.  YOU CAN PROCEED, SIR.

13:25  13                    **(END OF DEFENSE PROFFER)**

13:25  14                         * * *

       15

       16

       17

       18

       19

       20

       21

       22

       23

       24

       25

                           FINAL DAILY COPY

```
13:26   1    BY MR. MITSCH:
13:26   2    Q.    I THINK THAT THE LAST QUESTION I ASKED WAS:   WHAT ARE
13:26   3    BROKEN WAVES?
13:26   4    A.    YES.   BROKEN WAVES ARE WAVES THAT ARE EITHER IN THE
13:26   5    PROCESS OF BREAKING OR CONTINUING TO BREAK AND ARE DISSIPATING
13:26   6    ENERGY.
13:26   7    Q.    IN ADDITION TO THE BACK-SIDE VELOCITIES AND THE BROKEN
13:26   8    WAVES, IS THERE TURBULENCE AT THE TOE OF THE BACK SIDE OF THE
13:26   9    LEVEE?
13:26   10   A.    YEAH.   WHEN EITHER WAVES OR STEADY OVERFLOW COME DOWN THE
13:26   11   BACK SIDE, THEY'RE MOVING AT WHAT WE CALL SUPERCRITICAL SPEED,
13:26   12   VERY HIGH SPEED COMING DOWN THE BACK SIDE BEING ACCELERATED
13:26   13   DOWN THE BACK SIDE BY GRAVITY.   WHEN THEY HIT THE BASE OF THE
13:26   14   LEVEE, THEY HIT A MUCH FLATTER AREA, OR ELSE THEY HIT PONDING
13:26   15   WATER BEHIND THE LEVEE, AND THEY INTRODUCE AN INCREDIBLE AMOUNT
13:26   16   OF TURBULENCE.
13:26   17            I DON'T KNOW IF YOU'VE EVER BEEN ON A SPILLWAY AT A
13:27   18   DAM.   YOU CAN LOOK ON THE FACE OF THE DAM AND YOU'LL SEE A VERY
13:27   19   THIN SHEET OF VERY HIGH-SPEED WATER FLOWING DOWN THE SPILLWAY,
13:27   20   AND AT THE BASE WHERE THAT WATER INTRODUCES A STILL AREA OF THE
13:27   21   WATER, YOU CREATE WHAT'S CALLED HYDRAULIC JUMP.   THAT HYDRAULIC
13:27   22   JUMP HAS A TREMENDOUS AMOUNT OF TURBULENCE IN IT, AND IT'S
13:27   23   CAPABLE OF SEVERELY ERODING THE BASE OF THE LEVEE.
13:27   24            IF THERE'S WATER LEVEL -- THE STILL WATER LEVEL ON
13:27   25   THE BACK SIDE, WHICH THERE WOULD HAVE BEEN AS THE WATER
```

| | | |
|---|---|---|
| 13:27 | 1 | ACCUMULATED IN THE CENTRAL WETLANDS UNIT, THAT HYDRAULIC JUMP |
| 13:27 | 2 | IS GOING TO BE FORMED HIGHER UP ON THE BACK SIDE OF THE LEVEE. |
| 13:27 | 3 | SO HYDRAULIC JUMPS GENERATE A TREMENDOUS AMOUNT OF EROSIVE |
| 13:27 | 4 | TURBULENCE ON THE BACK SIDE IN ADDITION TO JUST THE VELOCITIES |
| 13:27 | 5 | FLOWING DOWN THE HILL. |
| 13:27 | 6 | **Q.**   DOES THAT AFFECT EROSION ON THE BACK SIDE? |
| 13:27 | 7 | **A.**   YEAH.  MOST DEFINITELY. |
| 13:28 | 8 | **Q.**   HOW? |
| 13:28 | 9 | **A.**   THE TURBULENCE IS GENERALLY VERY EROSIVE, HIGHLY |
| 13:28 | 10 | TURBULENT, CHAOTIC VELOCITIES.  YOU'LL SEE A LARGE SCOUR AREA |
| 13:28 | 11 | BEGINNING TO FORM ON THE BACK SIDE.  AS THE HOLE GETS DEEPER |
| 13:28 | 12 | AND DEEPER, YOU'LL SEE WATER FLOWING DOWN THE BACK SIDE, FALL |
| 13:28 | 13 | OVER THE EDGE INTO THINGS LIKE WATERFALLS.  THOSE WATERFALLS, |
| 13:28 | 14 | IN TURN, GENERATE MORE TURBULENCE.  IT'S A SELF-FEEDING |
| 13:28 | 15 | PROCESS, THE EROSION ON THE BACK SIDE AND THE TURBULENCE THAT'S |
| 13:28 | 16 | CREATED BY FLOW OVER THAT EROSION FEATURE. |
| 13:28 | 17 | **MR. MITSCH:**  YOUR HONOR, WE'RE GOING TO MOVE ON TO A |
| 13:28 | 18 | DIFFERENT TOPIC NOW:  MEAN OVERTOPPING RATES.  I'M GOING TO TRY |
| 13:28 | 19 | TO DRAW TOGETHER VELOCITIES AND THOSE RATES. |
| 13:28 | 20 | **BY MR. MITSCH:** |
| 13:28 | 21 | **Q.**   WHAT'S A MEAN OVERTOPPING RATE? |
| 13:28 | 22 | **A.**   A MEAN OVERTOPPING RATE WOULD BE THE AVERAGE AMOUNT OF |
| 13:28 | 23 | WATER OVER A PERIOD OF TIME THAT'S FLOWING OVER THE CREST OF A |
| 13:29 | 24 | LEVEE. |
| 13:29 | 25 | **Q.**   IS THAT RELATED TO VELOCITY? |

FINAL DAILY COPY

13:29  1   **A.**   IT IS.   THE WAY WE CALCULATE THIS IS WITH -- OUR COULWAVE

13:29  2   MODEL CALCULATES AT THE CREST OF THE LEVEE BOTH THE VELOCITY OF

13:29  3   THE WATER AND THE THICKNESS OF THE LAYER OF WATER THAT'S

13:29  4   FLOWING OVER THE CREST.   SO TO CALCULATE THE WAVE OVERTOPPING

13:29  5   RATE, THE MODEL IS USING INFORMATION ABOUT VELOCITY AND THE

13:29  6   THICKNESS, AND THEN MULTIPLYING THE TWO TO GET AN ESTIMATE OF

13:29  7   THE OVERTOPPING RATE, AND THEN WE COMPUTE A MEAN OVER A TIME

13:29  8   SPAN OF APPROXIMATELY 30 MINUTES.   THAT'S WHAT WE USE TO DEFINE

13:29  9   THE MEAN OVERTOPPING RATE.

13:29  10  **Q.**   THE MEAN OVERTOPPING RATE, IS THAT HOW YOU BEGIN TO GAUGE

13:29  11  OR STUDY THE LEVEE DAMAGE, POTENTIAL LEVEE DAMAGE?

13:29  12  **A.**   YES, IT IS.   THE CURRENT STATE OF KNOWLEDGE IN THIS FIELD

13:29  13  IS SOMEWHAT LIMITED BY THE AMOUNT OF DATA THAT WE ACTUALLY HAVE

13:30  14  THAT DESCRIBES THIS PROCESS.   OUR CURRENT ENGINEERING GUIDANCE

13:30  15  THAT WE USE THAT RELATES LEVEE DAMAGE IS RELATED TO WAVE

13:30  16  OVERTOPPING RATE.

13:30  17  **Q.**   IS THERE ANY CURRENT GUIDANCE RELATING TO A MEAN

13:30  18  OVERTOPPING RATE AND LEVEE DAMAGE?

13:30  19  **A.**   YES, THERE IS.

13:30  20  **Q.**   WHAT IS IT?

13:30  21  **A.**   WITHIN THE CORPS OF ENGINEERS, OUR GUIDANCE IS IN OUR

13:30  22  *COASTAL ENGINEERING MANUAL*.   THERE'S A CHART THAT RELATES MEAN

13:30  23  OVERTOPPING RATE TO THE THRESHOLDS FOR DAMAGE TO EARTHEN DIKES.

13:30  24  THERE'S GUIDANCE BEEN USED BY THE NETHERLANDS, FOLKS IN THE

13:30  25  NETHERLANDS.   THERE'S GUIDANCE IN A NUMBER OF RECENT MANUALS,

| | | |
|---|---|---|
| 13:30 | 1 | SPECIFICALLY INCLUDED IN THE EUROTOP MANUAL, I THINK IT WAS |
| 13:31 | 2 | 2007.  ALL THESE SOURCES OF GUIDANCE ARE VERY SIMILAR IN TERMS |
| 13:31 | 3 | OF HOW THEY RELATE MEAN OVERTOPPING RATE TO THE ONSET OF DAMAGE |
| 13:31 | 4 | ON THE BACK SIDE OF AN EARTHEN LEVEE. |
| 13:31 | 5 | **Q.**   LET'S GO TO FIGURE 56 AT PAGE 95, WHICH IS OUR SLIDE 39, |
| 13:31 | 6 | DEMONSTRATIVE EXHIBIT 14. |
| 13:31 | 7 | WE'RE HAVING SOME TROUBLE GETTING THAT UP.  IT'S |
| 13:31 | 8 | DM-14 AND IT'S SLIDE 39.  IS THIS THE FIGURE THAT'S IN YOUR |
| 13:32 | 9 | CORPS GUIDANCE? |
| 13:32 | 10 | **A.**   YES, IT IS. |
| 13:32 | 11 | **Q.**   AGAIN, A LOT GOING ON HERE.  ORIENT US. |
| 13:32 | 12 | **A.**   THERE'S A CHART, AND THERE'S A COUPLE SCALES SHOWN ON |
| 13:32 | 13 | HERE.  THESE Q'S ARE THE MEAN OVERTOPPING RATE, AND THAT'S -- |
| 13:32 | 14 | IN ENGLISH UNITS, WE EXPRESS THAT IN CUBIC FOOT PER SECOND PER |
| 13:32 | 15 | FOOT OF CREST LENGTH OF THE LEVEE.  THERE'S SOME METRIC |
| 13:32 | 16 | EQUIVALENTS ALSO SHOWN ON THE TABLE.  WE'RE GOING TO FOCUS ON |
| 13:32 | 17 | THIS PARTICULAR COLUMN, WHICH IS FOR GRASS SEA DIKES OR LEVEES. |
| 13:32 | 18 | I'VE LISTED A NUMBER OF, I THINK, IMPORTANT THRESHOLD VALUES IN |
| 13:32 | 19 | ENGLISH UNITS OFF TO THE RIGHT-HAND SIDE HERE. |
| 13:32 | 20 | **Q.**   BIG PICTURE, ARE THESE DESIGN GUIDELINES? |
| 13:32 | 21 | **A.**   THEY'RE DESIGN GUIDANCE, GUIDELINES.  THEY'RE OUR BEST |
| 13:33 | 22 | INFORMATION THAT WE HAVE AVAILABLE AT THE PRESENT TIME ON HOW |
| 13:33 | 23 | WE RELATE THE AMOUNT OF WATER COMING OVER A LEVEE TO THE DAMAGE |
| 13:33 | 24 | CAUSED TO THAT LEVEE. |
| 13:33 | 25 | **Q.**   SO LET'S TAKE A LOOK AT THE COLUMN THAT DEALS WITH SEA |

```
13:33    1    DIKES, GRASS SEA DIKES.  IS THAT ESSENTIALLY THE EQUIVALENT OF
13:33    2    WHAT WE'RE TALKING ABOUT ON LEVEES ALONG REACH 2?
13:33    3    A.   IT IS.  WE'RE TALKING HERE ABOUT GRASS COVER, EARTHEN
13:33    4    LEVEES OR DIKES THAT ARE EXPOSED TO THE KIND OF WAVE LOADINGS
13:33    5    AND HIGH WATER-LEVEL LOADINGS THAT WE WOULD EXPECT IN A COASTAL
13:33    6    SETTING.
13:33    7    Q.   WHERE WOULD YOU EXPECT, ACCORDING TO THIS CHART, THAT
13:33    8    DAMAGE WOULD BEGIN FOR A GRASS-COVERED, CLAY-SOIL LEVEE?
13:33    9    A.   NOW, ACCORDING TO THE GUIDANCE, IT WOULD BE AT, THAT
13:34   10    PARTICULAR VALUE, 1/100 OF A CUBIC FOOT PER SECOND PER FOOT.
13:34   11    Q.   NOW, I NOTICE THAT THE CHART ITSELF IS IN METERS, CUBED
13:34   12    PER METER.  HOW ARE YOU DOING THAT CONVERSION?
13:34   13    A.   THE LEFT-HAND SCALE IS CUBIC METERS PER SECOND PER METER.
13:34   14    THE EUROPEANS ALSO USE -- THEY TEND TO PUT THEIR GUIDANCE OUT
13:34   15    IN LITERS PER SECOND PER METER.  I GENERALLY JUST TAKE THE
13:34   16    DUTCH GUIDELINES OR THE EUROPEAN GUIDELINES, LITERS PER SECOND
13:34   17    PER METER, AND JUST SIMPLY DIVIDE BY 100 TO DO THE CONVERSION
13:34   18    INTO THE ENGLISH UNITS.  IT'S CLOSE.
13:34   19    Q.   LET'S GO TO THE NEXT ONE, .1 CUBIC FOOT PER SECOND PER
13:34   20    FOOT.  WHAT DOES THAT RELATE TO?
13:34   21    A.   THIS IS A VALUE THAT'S RIGHT NOW RESERVED FOR REALLY THE
13:35   22    HIGHEST QUALITY CLAY LEVEES THAT HAVE BEEN REALLY CONSTRUCTED
13:35   23    AS ARMORING, ARE HIGHLY COMPACTED AND COVERED WITH HIGH-QUALITY
13:35   24    GRASS COVER, LEVEES THAT HAVE BEEN CAREFULLY CONSTRUCTED WITH
13:35   25    REALLY HIGH-QUALITY CLAY AND COMPACTED TO THE DESIRED LEVEL OF
```

| | | |
|---|---|---|
| 13:35 | 1 | COMPACTION. |
| 13:35 | 2 | **Q.**   WHEN YOU GET TO THE 1 CUBIC FOOT PER SECOND PER FOOT, WHAT |
| 13:35 | 3 | ARE WE DEALING WITH THERE? |
| 13:35 | 4 | **A.**   THIS IS A VERY HIGH AND VERY POTENTIALLY DAMAGING |
| 13:35 | 5 | OVERTOPPING RATE.  AT A RATE LIKE THIS, FOR EXAMPLE, THE |
| 13:35 | 6 | EUROTOP MANUAL THAT JUST CAME OUT IN 2007 SAYS WHEN YOU HAVE |
| 13:35 | 7 | OVERTOPPING RATES OF 1 CUBIC FOOT PER SECOND PER FOOT, YOU |
| 13:35 | 8 | SHOULD BE PAVING THE BACK SIDE OF A LEVEE WITH EITHER ASPHALT |
| 13:35 | 9 | OR CONCRETE. |
| 13:35 | 10 | **Q.**   DID YOU DO ANY OVERTOPPING CALCULATIONS FOR POINTS ALONG |
| 13:36 | 11 | REACH 2? |
| 13:36 | 12 | **A.**   YES, WE DID. |
| 13:36 | 13 | **Q.**   LET'S GO TO TABLE 6 AT PAGE 97 OF YOUR REPORT.  TELL US |
| 13:36 | 14 | WHAT WE HAVE HERE. |
| 13:36 | 15 | **A.**   THIS NEEDS A LITTLE EXPLANATION.  ON THE LEFT-HAND SIDE, |
| 13:36 | 16 | YOU SEE A POINT NUMBER.  THESE ARE BASICALLY POINTS THAT COVER |
| 13:36 | 17 | THE ENTIRE REACH 2 LEVEE FROM BAYOU BIENVENUE, WHICH IS AT |
| 13:36 | 18 | POINT 2, TO BAYOU DUPRE, WHICH IS ABOUT POINT 11, DOWN TO THE |
| 13:36 | 19 | SOUTHEASTERN END OF THE LEVEE, WHICH IS AT POINT 21.  EACH OF |
| 13:36 | 20 | THESE POINTS REPRESENTS A LENGTH OF THE LEVEE IN A GENERAL |
| 13:36 | 21 | SENSE. |
| 13:36 | 22 | THE SECOND COLUMN IS THE MAXIMUM TOTAL WATER LEVEL AT |
| 13:36 | 23 | THE LEVEE.  THIS WOULD INCLUDE SURGE PLUS AN ADDITIONAL |
| 13:37 | 24 | CONTRIBUTION CALLED WAVE SETUP.  RIGHT AT THE LEVEE, THE |
| 13:37 | 25 | BREAKING WAVES INTRODUCE AN ADDITIONAL CONTRIBUTION TO THE MEAN |

| 13:37 | 1 | WATER LEVEL CALLED SETUP, WHICH TYPICALLY IS IN THE RANGE OF A |
| 13:37 | 2 | HALF A FOOT, MAYBE A SLIGHTLY HIGHER AMOUNT. |
| 13:37 | 3 | THE NEXT THREE COLUMNS SHOW THREE DIFFERENT LEVEE |
| 13:37 | 4 | ELEVATIONS AT EACH POINT.  WHAT THEY'RE INTENDED TO REPRESENT |
| 13:37 | 5 | IS -- THE FIRST COLUMN, THIS LOWER 25 PERCENT IS WITHIN THE |
| 13:37 | 6 | REACH -- TAKE POINT 2, FOR EXAMPLE, IN THE AREA REPRESENTED BY |
| 13:37 | 7 | POINT 2, THE LOWER 25 PERCENT OF THE LEVEES IN THAT REACH HAD |
| 13:37 | 8 | AN ELEVATION OF APPROXIMATELY 17.6.  THE MEDIAN, THE MIDDLE |
| 13:37 | 9 | 50 PERCENT OF THE LEVEES HAD A SLIGHTLY HIGHER ELEVATION OF |
| 13:37 | 10 | APPROXIMATELY 18 FEET.  THE HIGHEST LEVEES WITHIN THE REACH, |
| 13:38 | 11 | THE HIGHER 25 PERCENT HAD AN EVEN SLIGHTLY HIGHER ELEVATION OF |
| 13:38 | 12 | 18.5 FEET. |
| 13:38 | 13 | THESE COLUMNS TO THE RIGHT ARE CALCULATED MAXIMUM |
| 13:38 | 14 | MEAN OVERTOPPING RATES DURING THE KATRINA EVENT.  AND, AGAIN, |
| 13:38 | 15 | THEY'RE LISTED IN ENGLISH UNITS, IN CUBIC FOOT PER SECOND PER |
| 13:38 | 16 | FOOT. |
| 13:38 | 17 | SO THIS FIRST COLUMN, THE LOWER 25 PERCENT, THIS |
| 13:38 | 18 | MAXIMUM MEAN OVERTOPPING RATE, THAT VALUE OF 1.2 WOULD |
| 13:38 | 19 | CORRESPOND TO THAT LEVEE CREST ELEVATION OF 17.6.  LIKEWISE, |
| 13:38 | 20 | THE MEDIAN 50 PERCENT VALUE OF .7 OF A CUBIC FOOT PER SECOND |
| 13:38 | 21 | PER FOOT WOULD CORRESPOND TO A LEVEE CREST ELEVATION OF 18. |
| 13:38 | 22 | THEN THE HIGHER 25 PERCENT VALUE OF .2 CUBIC FOOT PER SECOND |
| 13:38 | 23 | PER FOOT WOULD CORRESPOND TO THE HIGHER LEVEE ELEVATION OF |
| 13:38 | 24 | 18.5. |
| 13:39 | 25 | THE FINAL COLUMN IS REALLY A WEIGHTED AVERAGE OF |

| | | |
|---|---|---|
| 13:39 | 1 | THESE THREE VALUES.  IT GIVES YOU, ON AN AVERAGE SENSE, JUST |
| 13:39 | 2 | HOW HIGH THE MEAN OVERTOPPING RATE IS AT THE PEAK OF THE STORM |
| 13:39 | 3 | AT EACH OF THESE 21 LOCATIONS. |
| 13:39 | 4 | **Q.**   NOW, IN THE COLUMNS UNDER THE OVERTOPPING RATES, THOSE |
| 13:39 | 5 | FOUR COLUMNS, YOU'VE GOT SOME DARK GRAY, SOME LIGHTER GRAYS, |
| 13:39 | 6 | AND SOME WHITES.  WHAT'S THE DIFFERENCE? |
| 13:39 | 7 | **A.**   IF AN AREA IS SHADED EITHER LIGHT OR DARK GRAY, IT EXCEEDS |
| 13:39 | 8 | A VALUE OF 1 CUBIC FOOT PER SECOND PER FOOT.  THOSE ARE THE |
| 13:39 | 9 | LEVELS AT WHICH THE OVERTOPPING RATE IS SO SEVERE THAT AT THE |
| 13:39 | 10 | CURRENT TIME, WE WOULD WANT TO PAVE THE BACK SIDE OF THE LEVEE |
| 13:39 | 11 | WITH EITHER ASPHALT OR CONCRETE. |
| 13:39 | 12 | THE DARK AREAS ARE AREAS WHERE THE MEAN OVERTOPPING |
| 13:40 | 13 | RATE EXCEEDS 2 CUBIC FOOT PER SECOND PER FOOT, WHICH IS EVEN |
| 13:40 | 14 | MUCH MORE DEVASTATING AMOUNTS OF OVERTOPPING. |
| 13:40 | 15 | **Q.**   JUST GIVE US SOME PERSPECTIVE HERE.  WE HAD TALKED A |
| 13:40 | 16 | LITTLE BIT EARLIER ABOUT .1 CUBIC FOOT PER SECOND PER FOOT. |
| 13:40 | 17 | HOW MUCH LARGER ARE THESE RATES THAT WE'RE SEEING HERE, ON |
| 13:40 | 18 | AVERAGE, THAN THE LEVEL WHERE YOU WOULD EXPECT THE START OF |
| 13:40 | 19 | DAMAGE TO BEGIN? |
| 13:40 | 20 | **A.**   WELL, IF YOU HAD THE HIGHEST QUALITY CLAY LEVEE WITH A |
| 13:40 | 21 | REALLY HIGH QUALITY TURF COVER, THE THRESHOLD WOULD BE A 0.1. |
| 13:40 | 22 | SO EVERYTHING THAT YOU SEE IN EITHER LIGHT OR DARK GRAY WOULD |
| 13:40 | 23 | BE TEN TIMES, AT LEAST TEN TIMES BEYOND THAT, AND IN SOME CASES |
| 13:40 | 24 | MORE THAN 100 TIMES THAT. |
| 13:40 | 25 | **THE COURT:**  LET ME ASK YOU A QUESTION, SIR, JUST AS |

| | | |
|---|---|---|
| 13:40 | 1 | AN EXAMPLE TO HELP ME.  LET'S GO TO POINT 10 AND THE HIGHER |
| 13:41 | 2 | LEVEE OF -- AND WE HAVE A 1.0.  ARE YOU WITH ME?  POINT 10 AND |
| 13:41 | 3 | 1.0. |
| 13:41 | 4 | **THE WITNESS:**  RIGHT HERE? |
| 13:41 | 5 | **THE COURT:**  YES. |
| 13:41 | 6 | **THE WITNESS:**  GOTCHA. |
| 13:41 | 7 | **THE COURT:**  IN YOUR REPORT -- AGAIN, I DON'T WANT TO |
| 13:41 | 8 | GET YOU BEYOND THAT -- IS THERE DISCUSSION AS TO, AT THAT RATE, |
| 13:41 | 9 | HOW LONG IT WOULD TAKE FOR THIS, WHAT WE'LL CALL OVERTOPPING, |
| 13:41 | 10 | TO DESTROY THE LEVEE OR SERIOUSLY COMPROMISE IT? |
| 13:41 | 11 | **THE WITNESS:**  WELL, THERE'S NO QUESTION THAT DURATION |
| 13:41 | 12 | IS A FACTOR.  THE GUIDANCE THAT WE HAVE RIGHT NOW IS -- OUR |
| 13:41 | 13 | STATE OF UNDERSTANDING IS SUCH THAT WE'RE NOT ABLE TO REALLY |
| 13:41 | 14 | HAVE A CRITERIA THAT WE CAN REALLY ACCURATELY TEASE OUT THE |
| 13:41 | 15 | ROLE OF DURATION.  I THINK THE IMPORTANT POINT IS JUST HOW HIGH |
| 13:42 | 16 | THESE RATES ARE ABOVE OUR THRESHOLD VALUES. |
| 13:42 | 17 | **THE COURT:**  I UNDERSTAND THAT.  AS AN EXAMPLE, IF IT |
| 13:42 | 18 | WERE TEN MINUTES FOR ONE, IT WOULD MOST LIKELY NOT DESTROY THE |
| 13:42 | 19 | LEVEE.  THAT'S WHY I BROUGHT IT UP. |
| 13:42 | 20 | **THE WITNESS:**  I AGREE. |
| 13:42 | 21 | **THE COURT:**  WHAT YOU'VE TAUGHT ME IS THAT THERE'S NO |
| 13:42 | 22 | SPECIFIC, TO YOUR KNOWLEDGE, CALCULATION, FORMULA, GUIDANCE, |
| 13:42 | 23 | MODEL THAT PREDICTS THIS WITH ANY -- RIGHT AT THIS TIME? |
| 13:42 | 24 | **THE WITNESS:**  CORRECT.  NOBODY HAS DEVELOPED THAT |
| 13:42 | 25 | KIND OF REFINED PREDICTIVE CAPABILITY AMONG THE INTERNATIONAL |

FINAL DAILY COPY

13:42  1  ENGINEERING COMMUNITY.

13:42  2          **THE COURT:**  THAT'S WHAT I NEEDED TO KNOW.  THANK YOU.

13:42  3  **BY MR. MITSCH:**

13:42  4  **Q.**  AGAIN, WHEN DOES OVERTOPPING BEGIN ALONG REACH 2?

13:42  5  **A.**  THE OVERTOPPING BEGINS WHEN THE STILL WATER LEVEL GETS

13:42  6  WITHIN ABOUT 2, 2.5 FEET OF LEVEE CREST.  VERY QUICKLY AFTER

13:42  7  THAT POINT, THE OVERTOPPING RATES EXCEED THE DAMAGE THRESHOLD,

13:42  8  SO THE DAMAGE THRESHOLD IS BEING EXCEEDED BEFORE THE STILL

13:43  9  WATER LEVEL GETS TO THE LEVEE CREST.

13:43  10  **Q.**  WHAT'S THE DURATION OF THE OVERTOPPING ONCE IT BEGINS?

13:43  11  **A.**  WELL, THE OVERTOPPING, ONCE IT BEGINS, WOULD DEPEND ON THE

13:43  12  ELEVATION OF THE LEVEE ITSELF.  CERTAINLY, IF YOU HAVE A LOW

13:43  13  LEVEE, THAT'S GOING TO BE SUBJECTED TO DAMAGING OVERTOPPING FOR

13:43  14  A MUCH LONGER PERIOD OF TIME THAN WOULD, SAY, A 19-FOOT LEVEE.

13:43  15  **Q.**  CAN YOU GIVE US AN APPROXIMATION, AN ESTIMATE HERE, OF,

13:43  16  LET'S SAY, 15, 16, 17 FEET?

13:43  17  **A.**  IN TERMS OF DURATION?

13:43  18  **Q.**  YES.

13:43  19  **A.**  YEAH.  I THINK THE OTHER THING THAT WE HAVE TO REALIZE IS

13:43  20  THAT ALL THESE VALUES ARE FOR A STATIC, NONERODING LEVEE.  SO

13:43  21  ACTUALLY, AS THE LEVEE IS DEGRADING AND THE CREST IS LOWERING,

13:43  22  THESE VALUES SKYROCKET AND THE DURATION GROWS MUCH LONGER, SO

13:43  23  IT'S DIFFICULT TO GIVE AN EXACT OVERTOPPING FOR THE ACTUAL

13:44  24  SITUATION.  IT WOULD CERTAINLY BE GREATER THAN THE VALUES THAT

13:44  25  ARE SHOWN -- THE RATES WOULD EVENTUALLY BE MUCH HIGHER THAN

| | | |
|---|---|---|
| 13:44 | 1 | THEY ARE SHOWN HERE ONCE THE LEVEES ARE DEGRADED. |
| 13:44 | 2 | **Q.**   ONCE THE DEGRADATION PROCESS BEGINS; RIGHT? |
| 13:44 | 3 | **A.**   CORRECT. |
| 13:44 | 4 | **Q.**   SO THIS IS ESSENTIALLY JUST -- THIS IS THE BEGINNING OF |
| 13:44 | 5 | THE PROCESS? |
| 13:44 | 6 | **A.**   THE BEGINNING.  RIGHT AT THE ONSET OF OVERTOPPING, THESE |
| 13:44 | 7 | WOULD BE THE RATES FOR A STATIC LEVEE THAT'S NOT YET ERODED, |
| 13:44 | 8 | THAT'S CORRECT. |
| 13:44 | 9 | **Q.**   ONCE THAT PROCESS BEGINS, THESE RATES JUST BEGIN TO |
| 13:44 | 10 | SKYROCKET? |
| 13:44 | 11 | **A.**   CORRECT. |
| 13:44 | 12 | **Q.**   EARLIER ON IN YOUR TESTIMONY, YOU MENTIONED THE WORD |
| 13:44 | 13 | *FREEBOARD*.  I DON'T THINK THAT WE EVER REALLY DEFINED THAT. |
| 13:44 | 14 | COULD YOU DEFINE THAT FOR US, PLEASE. |
| 13:45 | 15 | **A.**   YEAH.  FREEBOARD IS SIMPLY THE DIFFERENCE IN ELEVATION |
| 13:45 | 16 | BETWEEN THE CREST OF THE LEVEE AND THE STILL WATER LEVEL.  SO |
| 13:45 | 17 | IF I HAVE THE CREST OF THE LEVEE IS ABOVE THE STILL WATER |
| 13:45 | 18 | LEVEL, THAT WOULD BE A POSITIVE FREEBOARD.  IF THE STILL WATER |
| 13:45 | 19 | LEVEL IS ABOVE THE CREST OF THE LEVEE, THAT WOULD BE A NEGATIVE |
| 13:45 | 20 | FREEBOARD, THE TERMINOLOGY I'M USING. |
| 13:45 | 21 | **MR. MITSCH:**  I APOLOGIZE, YOUR HONOR.  I MISSED ONE |
| 13:45 | 22 | QUESTION.  I'D JUST LIKE TO GO BACK TO THE PREVIOUS TABLE. |
| 13:45 | 23 | **THE COURT:**  ABSOLUTELY. |
| 13:45 | 24 | **MR. MITSCH:**  IF WE COULD, SLIDE 40 AGAIN. |
| | 25 | |

| 13:45 | 1 | **BY MR. MITSCH:** |
|---|---|---|
| 13:45 | 2 | **Q.**   MR. EBERSOLE, LOOK AT POINT 1 AND THE OVERTOPPING RATE IN |
| 13:45 | 3 | THE LOWER 25 PERCENT, WHICH I BELIEVE IS 39.  THAT NUMBER SEEMS |
| 13:46 | 4 | TO BE A MEASURE HIGHER THAN MANY OF THE OTHERS.  WHAT'S GOING |
| 13:46 | 5 | ON AT THAT LOCATION? |
| 13:46 | 6 | **A.**   CORRECT.  POINT 2, I SAID CORRESPONDED TO BIENVENUE. |
| 13:46 | 7 | WE'RE CERTAINLY MOST INTERESTED IN POINTS SOUTH OF BIENVENUE, |
| 13:46 | 8 | WHERE THE BREACHING TOOK PLACE.  NORTH OF BIENVENUE, AROUND THE |
| 13:46 | 9 | BEND, THE LEVEES WERE HIGH ENOUGH WHERE NO OVERTOPPING TOOK |
| 13:46 | 10 | PLACE. |
| 13:46 | 11 | WHAT DR. RESIO DID WAS HE TOOK POINT 1 AS THOUGH -- |
| 13:46 | 12 | AND MADE THE CALCULATIONS TO BE REPRESENTATIVE OF OVERTOPPING |
| 13:46 | 13 | CONDITIONS ALONG REACH 1 IN CASE MR. FITZGERALD WAS INTERESTED |
| 13:46 | 14 | IN INFORMATION ON OVERTOPPING ALONG REACH 1.  FOR EXAMPLE, THIS |
| 13:46 | 15 | 11-FOOT ELEVATION CORRESPONDS TO THE VERY LOW SECTION OF WALL |
| 13:46 | 16 | THAT WAS RIGHT NEAR PARIS ROAD BRIDGE.  THESE TWO ELEVATIONS OF |
| 13:47 | 17 | 15 AND 16 FEET, 15.3 AND 16 FEET, CORRESPOND TO TYPICAL |
| 13:47 | 18 | ELEVATIONS ALONG REACH 1, WHICH WOULD BE THE LEVEE ALONG THE |
| 13:47 | 19 | NORTH SIDE OF THE ST. BERNARD POLDER.  SO THEY DON'T REALLY |
| 13:47 | 20 | REFLECT THE ACTUAL CONDITIONS AT POINT 1, WHERE POINT 1 WAS |
| 13:47 | 21 | LOCATED ALONG MRGO REACH 2. |
| 13:47 | 22 | **Q.**   WAS THERE BREACHING, THOUGH? |
| 13:47 | 23 | **A.**   NO. |
| 13:47 | 24 | **Q.**   LET'S GO BACK TO FREEBOARD AND THE NEXT FIGURE, FIGURE 57. |
| 13:47 | 25 | YOU'VE EXPLAINED WHAT FREEBOARD IS.  TAKE A LOOK AT THIS CHART |

FINAL DAILY COPY

| 13:47 | 1 | AND TELL US WHAT THIS SHOWS. |
| 13:47 | 2 | **A.**   AGAIN, FREEBOARD -- A POSITIVE VALUE OF FREEBOARD OVER |
| 13:47 | 3 | HERE WOULD BE SITUATIONS WHERE THE WATER LEVEL IS BELOW THE |
| 13:48 | 4 | CREST OF THE LEVEE.  THESE NEGATIVE FREEBOARD VALUES ON THIS |
| 13:48 | 5 | SIDE WOULD BE SITUATIONS WHERE THE STILL WATER LEVEL EXCEEDS |
| 13:48 | 6 | THE HEIGHT OF THE LEVEE. |
| 13:48 | 7 | THEN WHAT'S DISPLAYED ALONG THIS AXIS IS THE MEAN |
| 13:48 | 8 | OVERTOPPING RATE IN CUBIC FOOT PER SECOND PER FOOT.  SO WHAT |
| 13:48 | 9 | THIS CHART IS SHOWING US IS HOW THE MEAN OVERTOPPING RATE |
| 13:48 | 10 | CHANGES WITH FREEBOARD.  SO AS THE FREEBOARD GETS CLOSER TO |
| 13:48 | 11 | ZERO WATER LEVEL -- THIS IS PRIMARILY JUST WAVE OVERTOPPING AT |
| 13:48 | 12 | THIS POINT.  THEN ON THIS SIDE OF THE AXIS IS WHEN WE START TO |
| 13:48 | 13 | BEGIN TO GET STEADY OVERFLOW IN COMBINATION WITH WAVE ACTION. |
| 13:48 | 14 | **Q.**   NOW, IN THAT AREA ALONG HERE, WHERE YOU HAVE POSITIVE |
| 13:48 | 15 | FREEBOARD, THAT MEANS THAT THE STILL WATER IS STILL BELOW THE |
| 13:48 | 16 | CREST OF THE LEVEE; RIGHT? |
| 13:48 | 17 | **A.**   CORRECT. |
| 13:49 | 18 | **Q.**   THE ONE MEANS IT'S 1 FOOT BELOW THE CREST OF THE LEVEE? |
| 13:49 | 19 | **A.**   THAT'S CORRECT. |
| 13:49 | 20 | **Q.**   THEN YOU GET TO THE ZERO, AND THAT MEANS THE STILL WATER |
| 13:49 | 21 | IS AT THE CREST? |
| 13:49 | 22 | **A.**   CORRECT. |
| 13:49 | 23 | **Q.**   EXPLAIN WHAT THE TREND IS ALONG THAT CURVE. |
| 13:49 | 24 | **A.**   I THINK IF YOU'LL LOOK AT THE DATA POINTS, YOU'LL SEE TWO |
| 13:49 | 25 | TREND LINES, REALLY.  THERE'S A TREND LINE HERE, AND THEN A BIT |

| | | |
|---|---|---|
| 13:49 | 1 | OF A DIFFERENT TREND LINE AT THAT POINT.  THE TREND LINES BEGIN |
| 13:49 | 2 | TO DIFFER ONCE WE GET TO FREEBOARDS OF BETWEEN MINUS |
| 13:49 | 3 | THREE-FOURTHS AND MINUS ONE, RIGHT IN THAT VICINITY. |
| 13:49 | 4 | **Q.**   ONCE YOU GET TO THAT MINUS ONE POINT, AT THAT POINT WAVES |
| 13:49 | 5 | BECOME IRRELEVANT? |
| 13:49 | 6 | **A.**   YEAH.  DURING THIS PART OF THE CURVE, WAVES ARE AN |
| 13:50 | 7 | IMPORTANT CONTRIBUTION CERTAINLY TO THE AMOUNT OF OVERTOPPING, |
| 13:50 | 8 | THE AMOUNT OF WATER THAT'S COMING OVER THE LEVEE.  ONCE WE GET |
| 13:50 | 9 | TO THIS POINT WHERE WE'RE ABOUT A FOOT -- THE STILL WATER |
| 13:50 | 10 | LEVEL'S ABOUT A FOOT ABOVE THE LEVEE, THE CONTRIBUTION OF WAVES |
| 13:50 | 11 | TO THE TOTAL AMOUNT OF WATER COMING OVER BECOMES LESS AND LESS |
| 13:50 | 12 | AND LESS.  REALLY, FROM THIS POINT ON, THE MEAN OVERTOPPING |
| 13:50 | 13 | RATE IS REALLY DOMINATED BY THE STEADY FLOW OF WATER RISING |
| 13:50 | 14 | FROM THE FACT THAT THE STILL WATER LEVEL IS JUST HIGHER THAN |
| 13:50 | 15 | THE CREST OF THE LEVEE. |
| 13:50 | 16 | **Q.**   WHAT'S THE TRIGGER POINT? |
| 13:50 | 17 | **A.**   THE TRIGGER POINT IS INFORMATION THAT I GAVE TO STEVE |
| 13:50 | 18 | FITZGERALD TO USE IN HIS INTERIOR FLOODING MODELING.  HIS |
| 13:50 | 19 | MODELING REQUIRES A DETERMINATION OF WHAT'S THE POINT IN TIME |
| 13:51 | 20 | WHERE WE START TO INITIATE THE LOWERING OF THE LEVEES DUE TO |
| 13:51 | 21 | BREACHING.  THAT'S WHAT WE CALL THE TRIGGER POINT. |
| 13:51 | 22 | **Q.**   HOW DID YOU DO THAT HERE? |
| 13:51 | 23 | **A.**   WHAT WE DID INITIALLY, I TOOK A LOOK AT THESE OVERTOPPING |
| 13:51 | 24 | RATES AND LOOKED AT OUR GUIDANCE FOR DAMAGE THRESHOLDS AS A |
| 13:51 | 25 | FUNCTION OF OVERTOPPING RATE.  I LOOKED FOR A VALUE OF THE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:51 | 1 | DAMAGE THAT WOULD BE WELL INTO THE DAMAGE RANGE.  FOR THE |
| 13:51 | 2 | TRIGGER, I SELECTED A VALUE OF OVERTOPPING RATE IN THE 0.5 TO |
| 13:51 | 3 | 1 CUBIC FOOT PER SECOND PER FOOT.  IF YOU RECALL, 1 CUBIC FOOT |
| 13:51 | 4 | PER SECOND PER FOOT WAS THE POINT WHERE LEVEES WOULD BE DAMAGED |
| 13:51 | 5 | IF THEY'RE NOT PAVED, ACCORDING TO OUR CURRENT GUIDANCE.  SO I |
| 13:52 | 6 | FELT LIKE THAT WAS A REASONABLE TRIGGER POINT. |
| 13:52 | 7 | I WENT WELL INTO THE DAMAGE, AND THAT TRIGGER POINT |
| 13:52 | 8 | CORRESPONDED TO THE POINT WHERE THE STILL WATER LEVEL WAS 1 |
| 13:52 | 9 | FOOT BELOW THE CREST OF THE LEVEE.  SO WHENEVER THE WATER LEVEL |
| 13:52 | 10 | GETS TO WITHIN A FOOT OF THE LEVEE CREST, WE BEGIN TO TRIGGER |
| 13:52 | 11 | THE LOWERING OF THE LEVEE AT THOSE AREAS THAT MR. FITZGERALD |
| 13:52 | 12 | IDENTIFIED AS THE BREACHING AREAS IN HIS INTERIOR FLOODING |
| 13:52 | 13 | MODEL. |
| 13:52 | 14 | Q.   THAT TRIGGER POINT, IS IT POSSIBLE JUST TO GIVE US A SENSE |
| 13:52 | 15 | OF WHETHER OR NOT YOU THINK THAT'S A CONSERVATIVE ESTIMATE, |
| 13:52 | 16 | MIDDLE OF THE LINE, OR LIBERAL ESTIMATE?  THEN TELL US WHAT YOU |
| 13:52 | 17 | MEAN BY CONSERVATIVE OR LIBERAL OR MIDDLE OF THE LINE. |
| 13:52 | 18 | A.   I THINK IT'S A REASONABLE ESTIMATE.  THERE'S SOME |
| 13:52 | 19 | UNCERTAINTY INTO THAT SELECTION OF THAT VALUE.  MY IMPRESSIONS |
| 13:52 | 20 | OF THE LEVEE ALONG REACH 2 IS THAT IT'S -- I WOULD CONSIDER IT |
| 13:52 | 21 | CERTAINLY A CLAY LEVEE WITH GRASS COVERS.  THE INITIATION OF |
| 13:53 | 22 | DAMAGE TO SUCH A LEVEE WOULD BE ABOUT 1/100.  SO I'VE SELECTED |
| 13:53 | 23 | A TRIGGER POINT THAT IS 50 TO 100 TIMES GREATER THAN WHAT OUR |
| 13:53 | 24 | CURRENT GUIDANCE SUGGESTS SHOULD BE THE TRIGGER FOR DAMAGE TO |
| 13:53 | 25 | THAT TYPE OF A LEVEE. |

13:53      1   **Q.**   SO YOU'RE BEING VERY CONSERVATIVE?

13:53      2   **A.**   I WOULD SAY SO.

13:53      3   **Q.**   IF THIS IS GOING ON -- WE'VE SEEN THESE LARGE OVERTOPPING

13:53      4   RATES, MASSIVE OVERTOPPING RATES -- WHY AREN'T ALL OF THE

13:53      5   LEVEES JUST COMPLETELY DESTROYED?

13:53      6   **A.**   WELL, I THINK, AS WE DISCUSSED A LITTLE BIT EARLIER, WHEN

13:53      7   YOU TALK ABOUT LEVEE AND LEVEE EROSION, YOU'VE GOT TO TALK

13:53      8   ABOUT THE MAGNITUDE OF THE LOADING.  YOU HAVE TO TALK ABOUT THE

13:53      9   DURATION OF THE LOADING.  YOU HAVE TO TALK ABOUT THE QUALITY OF

13:54     10   THE VEGETATION, THE QUALITY OF THE SOIL.  I THINK IT WAS CLEAR

13:54     11   THERE WERE POINTS ON THIS LEVEE, GENERALLY THE HIGHER LEVEES,

13:54     12   WHERE THE QUALITY OF THE GRASS AND THE SOIL WERE OF A NATURE

13:54     13   THAT THEY WERE ABLE TO RESIST FAIRLY SHORT DURATIONS OF

13:54     14   OVERTOPPING.

13:54     15         **MR. MITSCH:**  YOUR HONOR, I DON'T WANT YOU TO GO TO

13:54     16   THE EXHIBIT YET, BUT I WOULD LIKE TO CALL UP OUR DEMONSTRATIVE

13:54     17   EXHIBIT 15.  ON THAT EXHIBIT THERE ARE SOME FRONT-SIDE

13:54     18   VELOCITIES THAT WERE CALCULATED BY DR. RESIO AND HIS STAFF.

13:54     19   THERE ARE MORE FIGURES ON THERE.  AND, IN FACT, I THINK MOST OF

13:54     20   THOSE FIGURES ARE PROBABLY RELATED OR WERE GENERATED BY

13:55     21   DR. RESIO POST DR. EBERSOLE'S DEPOSITION.  SO WHAT I'D LIKE TO

13:55     22   DO IS, AGAIN, PROFFER THIS DEMONSTRATIVE EXHIBIT.  HOPEFULLY,

13:55     23   THIS TIME I'LL REMEMBER WHEN WE END THE DISCUSSION --

13:55     24         **THE COURT:**  THANK YOU.

13:55     25         **MR. MITSCH:**  -- AND WE'LL DEAL WITH THAT LATER.

| | | |
|---|---|---|
| 13:55 | 1 | **THE COURT:**  THANK YOU.  DO WE HAVE A COPY OF THIS? |
| 13:55 | 2 | **MR. MITSCH:**  YES, YOU DO.  IT'S IN YOUR BINDER. |
| 13:55 | 3 | **THE COURT:**  LET ME MAKE SURE I GET THE RIGHT BINDER. |
| 13:55 | 4 | I HAVE PX-2118.  EXCUSE ME.  WRONG BINDER. |
| 13:55 | 5 | **MR. MITSCH:**  THIS WOULD BE CALLED "EBERSOLE SLIDES." |
| 13:55 | 6 | **THE COURT:**  LET ME JUST FIND IT. |
| 13:55 | 7 | * * * |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

| | | |
|---|---|---|
| 13:56 | 1 | **DEFENSE PROFFER 3** |
| 13:56 | 2 | **MR. MITSCH:**  AGAIN, YOUR HONOR, THIS IS GOING TO BE A |
| 13:56 | 3 | PROGRESSION OF ILLUSTRATIONS AS WE GO ALONG IN TIME. |
| 13:56 | 4 | **BY MR. MITSCH:** |
| 13:56 | 5 | **Q.**   MR. EBERSOLE, AGAIN, JUST ORIENT US.  TELL US WHAT'S HERE. |
| 13:56 | 6 | **A.**   WHAT I'M GOING TO SHOW IS JUST SCHEMATICALLY WHAT I |
| 13:56 | 7 | BELIEVE WAS THE PROGRESSION OF HYDRODYNAMIC LOADING CONDITIONS |
| 13:57 | 8 | AND PICTORIALLY WHAT WERE THE RESPONSES OF THE LEVEE AT VARIOUS |
| 13:57 | 9 | TIMES.  I'M GOING TO BEGIN AT A TIME OF 4:30 A.M.  THESE ARE |
| 13:57 | 10 | CENTRAL DAYLIGHT TIMES. |
| 13:57 | 11 | THIS VALUE INDICATES THE MAXIMUM WATER LEVEL THAT |
| 13:57 | 12 | WOULD HAVE EXISTED RIGHT AT THE LEVEE.  IT INCLUDES BOTH THE |
| 13:57 | 13 | SURGE AND THE CONTRIBUTIONAL WAVE SETUP ON THE LEVEE ITSELF. |
| 13:57 | 14 | THIS "$H_S$" WOULD BE THE SIGNIFICANT WAVE HEIGHT AT THE TOE OF |
| 13:57 | 15 | THE LEVEE.  THESE LITTLE BACK-AND-FORTH ARROWS WOULD BE AN |
| 13:57 | 16 | INDICATOR OF WHAT ARE THE FRONT-SIDE VELOCITIES.  THE FIRST |
| 13:57 | 17 | NUMBER WOULD INDICATE AN AVERAGE VELOCITY.  THE SECOND NUMBER |
| 13:57 | 18 | IN BLUE THERE WOULD BE THE AVERAGE OF THE PEAK UPRUSH |
| 13:57 | 19 | VELOCITIES -- |
| 13:57 | 20 | **Q.**   OKAY. |
| 13:57 | 21 | **A.**   -- IN FEET PER SECOND.  OVER ON THE LEFT-HAND SIDE WOULD |
| 13:57 | 22 | BE THE LEVEE CREST ELEVATION FOR THIS EXAMPLE. |
| 13:58 | 23 | **Q.**   LET'S SLOW DOWN A LITTLE BIT.  WE'VE GOT A 15.4-FOOT |
| 13:58 | 24 | LEVEE; AT 4:30 A.M., WE HAVE A WATER LEVEL OF 12 FEET; AND THEN |
| 13:58 | 25 | WE HAVE A SIGNIFICANT WAVE HEIGHT AT THE TOE OF 2.4 FEET. |

| | | |
|---|---|---|
| 13:58 | 1 | CORRECT? |
| 13:58 | 2 | **A.**   CORRECT. |
| 13:58 | 3 | **Q.**   THEN THE 1.6, WHAT'S THAT AGAIN? |
| 13:58 | 4 | **A.**   THE 1.6 IS WHAT WE CALL ROOT MEAN SQUARE VELOCITY.  IT'S |
| 13:58 | 5 | AN AVERAGE KIND OF VELOCITY ASSOCIATED WITH THE WAVE MOTIONS ON |
| 13:58 | 6 | THE FRONT SIDE OF THE LEVEE.  THEN THE SECOND VALUE -- EACH |
| 13:58 | 7 | WAVE HAS AN UPRUSH VELOCITY ON THE LEVEE.  SO WHAT WE'VE DONE |
| 13:58 | 8 | IS WE'VE CALCULATED AN AVERAGE UPRUSH SPEED, WHICH WILL -- IN |
| 13:58 | 9 | GENERAL, THE UPRUSH FOR EACH INDIVIDUAL WAVE, THE VELOCITY OF |
| 13:58 | 10 | THAT WILL EXCEED THE AVERAGE VELOCITY. |
| 13:58 | 11 | **Q.**   OKAY.  THE 2 FOOT PER SECOND, WHAT'S THAT? |
| 13:58 | 12 | **A.**   THAT WAS A VALUE TAKEN FROM CHARTS IN THE ORIGINAL IPET |
| 13:59 | 13 | REPORT, JUST MEANT TO ILLUSTRATE A COMPARISON BETWEEN THE |
| 13:59 | 14 | VELOCITIES THAT WERE IN THE IPET REPORT ON THE FRONT SIDE |
| 13:59 | 15 | COMPARED TO THE VELOCITIES THAT WE'RE CALCULATING NOW WITH THE |
| 13:59 | 16 | COULWAVE MODEL. |
| 13:59 | 17 | **Q.**   SO NOW TRANSLATE THESE NUMBERS INTO SOME TEXT.  TELL US |
| 13:59 | 18 | WHAT'S HAPPENING AT 4:30. |
| 13:59 | 19 | **A.**   AT 4:30, IT'S IMPORTANT TO NOTE THAT OFF TO THE RIGHT YOU |
| 13:59 | 20 | CAN SEE THE STORM SURGE IS INCREASING QUITE RAPIDLY, AT A RATE |
| 13:59 | 21 | OF -- I THINK IT'S 1.6 FOOT PER HOUR.  SO IT'S ADVANCING UP THE |
| 13:59 | 22 | FRONT FACE.  PRIOR TO THIS TIME, THE WAVES WOULD HAVE BEEN |
| 13:59 | 23 | LOWER, NOT ERODING THE LOWER PART OF THE LEVEE. |
| 13:59 | 24 | THE WAVE-BREAKING ZONE, AS WE DISCUSSED EARLIER, |
| 13:59 | 25 | WOULD BE ADVANCING UP THE FRONT LEVEE SLOPE AS THE WATER LEVEL |

| | | |
|---|---|---|
| 13:59 | 1 | WAS INCREASING.  AT THIS POINT THE STILL WATER LEVEL WAS ABOUT |
| 14:00 | 2 | 3.5 FEET BELOW THE TOP OF THE LEVEE, SO THERE WOULD NOT BE ANY |
| 14:00 | 3 | WAVE OVERTOPPING AT THIS POINT.  THERE WOULD BE REALLY |
| 14:00 | 4 | NEGLIGIBLE WAVE-INDUCED EROSION ON THE FRONT SIDE. |
| 14:00 | 5 | **Q.**   LET'S TAKE IT TO THE NEXT LEVEE, 5:00. |
| 14:00 | 6 | **THE COURT:**  LET ME ASK YOU A QUESTION WHILE YOU'RE IN |
| 14:00 | 7 | THE MIDDLE OF THIS. |
| 14:00 | 8 | THIS IS IN THE PROFFER.  I'M NOT GOING TO ASK A |
| 14:00 | 9 | QUESTION IN THE PROFFER.  I'M WITHDRAWING MY OWN QUESTION.  GO |
| 14:00 | 10 | AHEAD, SIR.  SORRY FOR THE INTERRUPTION. |
| 14:00 | 11 | **BY MR. MITSCH:** |
| 14:00 | 12 | **Q.**   WE'RE AT 5:00 A.M. NOW.  THE VELOCITIES ON THE FRONT HAVE |
| 14:00 | 13 | INCREASED? |
| 14:00 | 14 | **A.**   CORRECT. |
| 14:00 | 15 | **Q.**   THE HEIGHT OF THE WATER HAS GONE UP ABOUT .6 FEET? |
| 14:00 | 16 | **A.**   ABOUT .9 FEET. |
| 14:01 | 17 | **Q.**   OKAY.  AS DR. BEA WOULD SAY, "DON'T BECOME AN ENGINEER." |
| 14:01 | 18 | WHAT'S GOING ON NOW AT 5:00 A.M.?  WHAT'S CHANGED? |
| 14:01 | 19 | **A.**   AT 5:00 A.M., THE WATER LEVEL IS PEAKING UP ITS RATE OF |
| 14:01 | 20 | RISE UP THE FACE OF THE LEVEE.  THE WAVE HEIGHTS HAVE INCREASED |
| 14:01 | 21 | SLIGHTLY BECAUSE THE WATER LEVEL'S INCREASED SLIGHTLY.  THE |
| 14:01 | 22 | WAVE HEIGHTS AT THE TOE WILL STILL BE LIMITED BY THE WATER |
| 14:01 | 23 | DEPTH AT THE TOE.  THE MEAN VELOCITIES ARE INCREASING A BIT. |
| 14:01 | 24 | THE PEAK UPRUSH VELOCITIES ARE SIMILAR.  AT THIS POINT IN TIME, |
| 14:01 | 25 | WE'RE BEGINNING TO GET SOME OVERTOPPING. |

14:01    1            WHAT I'VE SHOWN HERE IN OVERTOPPING, THIS LOWER

14:01    2    NUMBER IS THE MEAN OVERTOPPING RATE IN CUBIC FOOT PER SECOND

14:01    3    PER FOOT.  THE NUMBERS ABOVE THAT ARE THE ROOT MEAN SQUARED

14:01    4    VELOCITY -- IT'S AN AVERAGE-TYPE VELOCITY -- AS WELL AS THE

14:02    5    AVERAGE OF THE WAVE VELOCITIES THAT ARE PASSING THE CREST OF

14:02    6    THE LEVEE.

14:02    7            I GUESS THE SIGNIFICANT POINT HERE IS THAT ABOUT

14:02    8    5:00 A.M., WE ARE BEGINNING TO GET OVERTOPPING RATES THAT ARE

14:02    9    JUST APPROACHING THE THRESHOLD FOR DAMAGE FOR A CLAY,

14:02   10    GRASS-COVERED LEVEE.  SO AS EARLY AS 5:00, WHILE THE STILL

14:02   11    WATER LEVEL IS BELOW THE CREST, WE'RE BEGINNING TO GET

14:02   12    OVERTOPPING AT LEVELS THAT ARE CAPABLE OF BEGINNING TO DAMAGE

14:02   13    THE BACK SIDE OF THIS LEVEE.

14:02   14            AGAIN, AT THIS POINT IN TIME, THERE WOULD BE

14:02   15    NEGLIGIBLE WAVE-INDUCED, FRONT-SIDE EROSION, NOTHING MORE THAN

14:02   16    THE BEGINNINGS OF SOME ACCUMULATION OF SURFICIAL WAVE EROSION

14:02   17    ON THE FRONT SIDE.

14:02   18    Q.   LET'S GO TO THE NEXT LEVEE, 5:30 A.M.  WHAT ARE THE MOST

14:03   19    SIGNIFICANT CHANGES NOW?

14:03   20    A.   THE WATER LEVEL'S GONE UP AGAIN BY A FOOT IN THAT HALF

14:03   21    HOUR.  WAVE HEIGHT'S INCREASED SLIGHTLY AGAIN, JUST BECAUSE THE

14:03   22    WATER DEPTH GOT A LITTLE BIT DEEPER.  WE'RE CONTINUING TO SEE A

14:03   23    LITTLE SURFACE EROSION DEVELOPING ON THE FRONT FACE BELOW THE

14:03   24    WATER LEVEL.  WE'RE GETTING OVERTOPPING RATES NOW OF .35 CUBIC

14:03   25    FOOT PER SECOND, WHICH ARE AT A LEVEL THAT WOULD BEGIN TO

14:03   1   DAMAGE EVEN THE HIGHEST-QUALITY LEVEES.  THESE VALUES ARE

14:03   2   GREATLY EXCEEDING THE THRESHOLDS FOR EARTHEN LEVEES WITH GRASS

14:03   3   COVER.  YOU CAN SEE THE VELOCITIES AT THE CREST AND THE BACK

14:03   4   SIDE ARE GOING UP.  THEY'RE BEGINNING TO INCREASE COMPARED TO

14:03   5   THE PREVIOUS HALF HOUR.

14:04   6   **Q.**   STILL SURFICIAL, WAVE-INDUCED FRONT EROSION?

14:04   7   **A.**   CORRECT.  WE WOULD BEGIN TO SEE SOME WAVE EROSION -- I'M

14:04   8   SORRY -- OVERTOPPING-INDUCED EROSION ON THE BACK SIDE.

14:04   9   **Q.**   THE .35 CUBIC FOOT PER SECOND PER FOOT MEAN OVERTOPPING

14:04   10   RATE IS THREE AND A HALF TIMES HIGHER THAN THE CORPS GUIDANCE

14:04   11   SUGGESTS WHEN DAMAGE STARTS; RIGHT?

14:04   12   **A.**   CORRECT.

14:04   13   **Q.**   LET'S GO TO THE NEXT, 6:00, LEVEE.  CAN YOU CLEAR THE

14:04   14   SCREEN ON THE BOTTOM.  THANK YOU.

14:04   15        WHAT'S THE MEAN OVERTOPPING RATE AT THIS POINT?

14:04   16   **A.**   AT THIS POINT THE MEAN OVERTOPPING RATE IS GOING TO BE

14:04   17   GREATER THAN 2 CUBIC FOOT PER SECOND.  THIS IS VERY DAMAGING

14:05   18   RATES AT THESE RATES.  AS I SAID EARLIER, WHEN WE GET AT 1 AND

14:05   19   ABOVE, ONE WOULD REALLY NEED ASPHALT OR CONCRETE PROTECTION ON

14:05   20   THE BACK SIDE TO PREVENT DAMAGE AT THESE RATES.

14:05   21        THE WATER LEVEL'S AT ABOUT 15.6 FEET, SO WE'VE JUST

14:05   22   BEGUN TO HAVE STEADY FLOW OVER THE TOP OF THE LEVEE.  IT'S

14:05   23   BEGUN TO ACTUALLY LOWER AND DEGRADE THE CREST OF THE LEVEE AT

14:05   24   6:00 A.M.  AND, AGAIN, YOU CAN SEE THE BACK-SIDE VELOCITIES ARE

14:05   25   INCREASING AS WE MOVE THROUGH TIME.

14:05   1   **Q.**   JUST SO THE RECORD IS CLEAR, WHAT IS THE LINE -- THE LEVEE

14:05   2   IS HERE.   THERE'S A HATCHED LINE RIGHT OVER THERE.   WHAT IS

14:05   3   THAT?

14:05   4   **A.**   I PUT THE HATCHED LINE TO SHOW ROUGHLY THE ORIGINAL

14:06   5   LOCATION OF THE LEVEE BEFORE IT STARTED TO ERODE.   WITH THE

14:06   6   SOLID LINE, I'M GIVING A QUALITATIVE INDICATOR OF HOW THE LEVEE

14:06   7   WOULD BE DEGRADING ON THE BACK SIDE.

14:06   8            **THE COURT:**   YOU DON'T MEAN THAT TO BE A LITERAL

14:06   9   SCIENTIFIC -- AND I UNDERSTAND.

14:06  10            **THE WITNESS:**   NO, I DON'T.

14:06  11   **BY MR. MITSCH:**

14:06  12   **Q.**   ALSO, THERE'S AN INDICATION THAT THAT HATCHED LINE IS ALSO

14:06  13   ON THE FRONT SIDE TOO; RIGHT?

14:06  14   **A.**   YES.   THE WHOLE TIME THAT WE'RE GETTING OVERTOPPING,

14:06  15   THERE'S STILL WAVES, ESPECIALLY SOME OF THE BIGGER WAVES THAT

14:06  16   WOULD BE BREAKING ON THE FRONT.   BUT THE CLOSER THE STILL WATER

14:06  17   LEVEL GETS TO THE CREST, THE MORE AND MORE WAVES ARE JUST

14:06  18   SIMPLY EITHER BREAKING ON THE CREST OR PASSING OVER THE CREST

14:06  19   AND DOWN THE BACK SIDE.

14:06  20            SO, REALLY, AT THIS POINT OF THE PROCESS, THE

14:06  21   POTENTIAL FOR FRONT-SIDE EROSION HAS REALLY SLOWED, AND SO THAT

14:06  22   ALL WE'RE REALLY LEFT WITH ON THE FRONT SIDE IS THIS BAND OF

14:07  23   SURFICIAL EROSION.

14:07  24   **Q.**   THAT'S INDICATED BECAUSE THAT VELOCITY HAS ACTUALLY GONE

14:07  25   DOWN TO 2.8 FROM 3.1?

2222

14:07  1   **A.**   YEAH.   CORRECT.   THESE VALUES ARE ALL AT THE MIDPOINT OF

14:07  2   THE LEVEE.   SO AS THE WATER LEVEL'S MOVING UP, THE VELOCITY IS

14:07  3   LOWER ON THE LEVEE OR DIMINISHING IN MAGNITUDE.

14:07  4   **Q.**   THAT'S THE BOWL METAPHOR AGAIN?

14:07  5   **A.**   I DON'T KNOW THAT I WOULD USE THAT HERE IN THIS SITUATION.

14:07  6   **Q.**   LET'S GO TO 6:30.

14:07  7        **THE COURT:**   TELL ME WE'RE NOT GOING TO GO TO 12:00.

14:07  8        **MR. MITSCH:**   NO.   ONE MORE AFTER THIS, YOUR HONOR,

14:07  9   AND THEN WE'LL GO TO SOME PHOTOGRAPHS.

14:07  10       **THE WITNESS:**   AT 6:30, THE STORM SURGE -- THE RATE OF

14:07  11  RISE IS SLOWING DOWN.   WE'RE AT A WATER LEVEL OF 16.8.   THIS

14:08  12  LEVEE WOULD BE SEVERELY DEGRADED.   WHEN THAT DEGRADATION

14:08  13  HAPPENS, THE MEAN OVERTOPPING RATES INCREASE.   THESE VALUES

14:08  14  THAT I'VE SHOWN HERE ARE FOR THE STATIC LEVEE CASE, SO THEY

14:08  15  WOULD FAR EXCEED 6.4.

14:08  16       WHAT REALLY HAPPENS IS, AS THE LEVEE BEGINS

14:08  17  DEGRADING, THE AMOUNT OF OVERTOPPING INCREASES.   AS THE AMOUNT

14:08  18  OF OVERTOPPING INCREASES, THE RATE OF DEGRADATION INCREASES

14:08  19  ALSO.   SO IT'S A FEEDING PROCESS, A SELF-FEEDING PROCESS.   AS

14:08  20  THIS LEVEE BEGINS TO DEGRADE, IT ALLOWS MORE AND MORE FLOW OVER

14:08  21  THE LEVEE.

14:08  22       **THE COURT:**   I'M TRYING NOT TO ASK MANY QUESTIONS IN

14:08  23  THIS PROFFER AS IT IS NOW, BUT I'M ASSUMING -- PLEASE TELL ME

14:08  24  IF I'M INCORRECT -- THAT THESE ELEVATIONS INCLUDE -- IF THERE

14:08  25  WERE SHEET PILE, IT INCLUDES THE SHEET PILE?

14:08  1         THE WITNESS:  THE EXAMPLE I'M GIVING HERE IS JUST FOR
14:08  2  A LEVEE WITH NO WALL.
14:09  3         THE COURT:  WOULD IT BE DIFFERENT WITH A LEVEE WITH A
14:09  4  WALL?
14:09  5         THE WITNESS:  IN TERMS OF THE AMOUNT OF OVERTOPPING
14:09  6  COMING OVER THE WALL?
14:09  7         THE COURT:  IN TERMS OF ANYTHING.
14:09  8         THE WITNESS:  WELL, IF YOU HAD A SHEET PILE WALL THAT
14:09  9  REMAINED INTACT, THE VALUE OF THE SHEET PILE -- IF IT REMAINED
14:09  10 INTACT, YOU WOULD GET OVERTOPPING AND OVERFLOW, BUT IT WOULDN'T
14:09  11 BE INCREASING LIKE IT DOES ON A DEGRADING LEVEE.  SO IN A SENSE
14:09  12 THE SHEET PILE WALL IS BENEFICIAL, ACTUALLY, FROM THAT
14:09  13 PERSPECTIVE; BECAUSE IF YOU HAVE A DEGRADING LEVEE, AS THE
14:09  14 LEVEE IS DEGRADING, YOU'RE GETTING MORE AND MORE OVERTOPPING
14:09  15 THAT CONTINUES TO LOWER THE LEVEE, WHERE THE SHEET PILE IS
14:09  16 FIXED IN A VERTICAL POSITION.
14:09  17        THE COURT:  I UNDERSTAND IT'S NOT A REGRESSION, IN
14:09  18 ESSENCE, AS YOU GO ALONG.  I UNDERSTAND.
14:09  19        THE WITNESS:  CORRECT.
14:09  20 BY MR. MITSCH:
14:09  21 Q.   LET'S GO TO 7:00, AND JUST BRIEFLY SUMMARIZE THIS
14:10  22 PROGRESSION.
14:10  23 A.   THIS IS RIGHT WHEN THE STORM IS CERTAINLY GETTING TO ITS
14:10  24 PEAK LEVEL.  SO FOR A LEVEE OF 15.4, WHICH IS REPRESENTATIVE OF
14:10  25 MANY OF THE LOW SPOTS, AT EVEN RIGHT AT THE PEAK OF THE STORM,

14:10    1   THIS LEVEE WOULD HAVE BEEN SEVERELY DEGRADED.  OBVIOUSLY, THE

14:10    2   OVERTOPPING RATES HAVE ESCALATED QUITE A BIT.  WAVES ARE GOING

14:10    3   TO CONTINUE TO DO WHAT THEY DO ON THE FRONT SIDE.  THIS WOULD

14:10    4   BE JUST A DEVASTATING AMOUNT OF WATER COMING OVER THE LEVEE.

14:10    5          YOU KNOW, WE'VE TALKED A LOT HERE ABOUT BREACH

14:10    6   LOWERING.  ACTUALLY, THE BREACHING IS A THREE-DIMENSIONAL

14:10    7   PROCESS.  SO AS A BREACH FORMS, IN ADDITION TO WATER COMING

14:10    8   OVER THE LEVEE, THERE'S WATER BEING CONCENTRATED TO THE

14:10    9   BREACHES, MOVING FROM THE LEVEE INTO THE BREACH AND ACTING TO

14:10   10   WIDEN THE BREACH.  SO IN ADDITION TO LOWERING, WHEN BREACHING

14:10   11   STARTS, WE ACTUALLY GET WIDENING OF THE BREACHES AS WELL.

14:11   12          **MR. MITSCH:**  THAT BRINGS THE TO PROFFER TO A CLOSE.

14:11   13          **(END OF DEFENSE PROFFER)**

14:11   14                  * * *

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

FINAL DAILY COPY

14:11    1           **THE COURT:**  THANK YOU, SIR.  WE'RE BACK ON THE

14:11    2    NONPROFFER RECORD.

14:11    3    **BY MR. MITSCH:**

14:11    4    **Q.**   DO YOU HAVE ANY PHOTOGRAPHIC EVIDENCE THAT SHOWS THE

14:11    5    PROGRESSION OF LEVEE RESPONSE?

14:11    6    **A.**   YES, I DO.

14:11    7    **Q.**   LET'S GO TO PHOTO A33 AT PAGE 190, JX-211.  WHAT'S THIS

14:11    8    SHOW?

14:11    9    **A.**   THIS IS A PARTICULAR PHOTO, AND THESE ARE FROM SOUTH OF

14:11    10   BAYOU DUPRE, WHERE THE LEVEES GENERALLY WERE HIGHER.  BECAUSE

14:11    11   THE LEVEE WAS HIGHER, WE DON'T SEE AS MUCH BREACHING IN PLACES

14:11    12   THAT HAD BEEN CARRIED THROUGH TO A MORE ADVANCED STATE LIKE WE

14:11    13   DO BETWEEN BAYOU BIENVENUE AND DUPRE.  SO THIS AREA SOUTH OF

14:11    14   DUPRE ALLOWS US TO SEE THE EROSION PROCESS IN PROGRESS TO A

14:12    15   DEGREE BECAUSE THE BREACHING IS JUST NOT AS MATURE IN SOME OF

14:12    16   THESE PLACES.

14:12    17           SO IN THIS PARTICULAR CASE, WHAT YOU SEE, AGAIN, IS

14:12    18   THAT SURFACE EROSION BAND.  THE CENTERLINE OF THE LEVEE IS

14:12    19   APPROXIMATELY WHERE THE GREEN GRASS IS DOWN THE CENTER.  ON THE

14:12    20   BACK SIDE, YOU SEE THE BEGINNING STAGES OF DAMAGE DUE TO

14:12    21   OVERTOPPING.  YOU'LL SEE A NUMBER OF AREAS JUST IN VARIOUS

14:12    22   STATES OF BEING ERODED.  THESE WILL BE LEADING TO THE FORMATION

14:12    23   OF WHAT ARE CALLED HEADCUTS ON THE BACK SIDE, WHICH WILL THEN

14:12    24   BE ADVANCING TOWARDS THE FRONT SIDE OF THE LEVEE.

14:12    25           **THE COURT:**  I HAVEN'T ASKED YOU THIS YET, I THINK.

FINAL DAILY COPY

14:12   1   IS THE FACT THAT THERE'S SOME, WHAT WE'LL CALL IT IN THIS

14:12   2   PICTURE, FRONT-SIDE EROSION -- YOU SEE THE BACK-SIDE EROSION.

14:13   3   DID YOU DO ANY STUDIES AS TO WHAT EFFECT EVEN THAT FRONT-SIDE

14:13   4   EROSION HAD, IF ANY, TO THE BACK-SIDE EROSION?

14:13   5           THE WITNESS:  IT WOULDN'T HAVE HAD ANY EFFECT.  AS

14:13   6   YOU CAN SEE DOWN THIS CENTERLINE OF THE LEVEE, NONE OF THIS

14:13   7   SURFACE EROSION BAND HAS PENETRATED TO THE LEVEE CREST.  SO AS

14:13   8   I SAID EARLIER, WE'VE HAD SOME FRONT-SIDE SURFICIAL SCOUR

14:13   9   TAKING PLACE, BUT WE'RE ALREADY AT THE POINT WHERE OVERTOPPING

14:13   10  IS BEGINNING TO DAMAGE THE LEVEE.  FROM HERE FORWARD IN TIME,

14:13   11  OVERTOPPING IS GOING TO DOMINATE.  SO ONCE OVERTOPPING BEGINS

14:13   12  TO DAMAGE THE LEVEE, IT QUICKLY BECOMES THE DOMINANT EROSION

14:13   13  MECHANISM.

14:13   14          THE COURT:  DO YOU HAVE ANY IDEA OF THE WIDTH OF THAT

14:13   15  EROSION ON THE FRONT SIDE, WHAT I CALL RIGHT NEAR THE TOP?

14:13   16          THE WITNESS:  NO, I DON'T.

14:13   17  BY MR. MITSCH:

14:13   18  Q.   LET'S GO ON TO A37.  WHAT'S THE PROGRESSION NOW?

14:14   19  A.   AGAIN, THIS IS ROUGHLY THE CENTERLINE OF THE LEVEE.  WITH

14:14   20  THE GREEN, WE SEE AGAIN THE SURFICIAL EROSION BAND ON THE LEFT

14:14   21  SIDE ON THE FRONT SIDE OF THE LEVEE.  YOU CAN SEE ON THE BACK

14:14   22  SIDE NOW, THE EROSION HAS PROGRESSED TO A MORE SEVERE POINT.

14:14   23  WE'RE SEEING MUCH MORE SCOUR ON THE BACK SIDE.  YOU'LL SEE SOME

14:14   24  QUITE STEEP HEADCUTS FORMED IN THAT FEATURE ON SOME OF THESE

14:14   25  MORE ADVANCED FEATURES.  BUT, AGAIN, NOTE THAT ON THE FRONT

| | | |
|---|---|---|
| 14:14 | 1 | SIDE, THERE'S NO EVIDENCE THAT THE WAVE-INDUCED EROSION HAS |
| 14:14 | 2 | ADVANCED INTO THE CREST OF THIS LEVEE. |
| 14:14 | 3 |       **THE COURT:**  DO YOU KNOW THE ELEVATION OF THIS LEVEE? |
| 14:14 | 4 |       **THE WITNESS:**  NOT EXACTLY.  THIS IS GENERALLY FROM A |
| 14:14 | 5 | SIMILAR AREA.  I BELIEVE THEY'RE GENERALLY IN THE 17-, 18-FOOT |
| 14:15 | 6 | RANGE. |
| 14:15 | 7 |       **THE COURT:**  THERE'S SOME 17-FOOT, 18-FOOT RANGE |
| 14:15 | 8 | LEVEES THAT FAILED; CORRECT? |
| 14:15 | 9 |       **THE WITNESS:**  YES. |
| 14:15 | 10 | **BY MR. MITSCH:** |
| 14:15 | 11 | **Q.**  LET'S GO ON TO A29, 186. |
| 14:15 | 12 | **A.**  THIS SLIDE SHOWS JUST THE NEXT STEP IN THE PROGRESSION OF |
| 14:15 | 13 | THAT PROCESS BY WHICH THE BACK SIDE IS ERODING.  HERE, YOU SEE |
| 14:15 | 14 | MUCH MORE MATURE HEADCUTS THAT HAVE ADVANCED FROM THE BACK SIDE |
| 14:15 | 15 | TOWARDS THE FRONT SIDE.  THIS ONE IN PARTICULAR HAS CUT ALL THE |
| 14:15 | 16 | WAY THROUGH THE FRONT SIDE OF THE LEVEE ALREADY.  THIS ONE IS |
| 14:15 | 17 | RIGHT AT THE PROCESS OR PROBABLY HAS CUT THROUGH THE CREST OF |
| 14:15 | 18 | THE LEVEE. |
| 14:15 | 19 |       THESE TWO HAVE NOT YET PROGRESSED THROUGH THE FRONT |
| 14:15 | 20 | SIDE -- THROUGH THE CREST OF THE LEVEE.  AGAIN, WE SEE THE |
| 14:15 | 21 | SURFICIAL EROSION BAND AND WE DON'T REALLY SEE -- IN SOME OF |
| 14:16 | 22 | THESE AREAS WHERE WE HAVE WELL-DEVELOPED HEADCUTS, AGAIN, |
| 14:16 | 23 | THERE'S NO MORE PROGRESSION OF THE FRONT-SIDE EROSION INTO THE |
| 14:16 | 24 | LEVEE CREST.  I TRIED TO EXPLAIN THAT EARLIER BECAUSE AS |
| 14:16 | 25 | OVERTOPPING GETS HIGHER AND HIGHER, MORE OF THE WAVES JUST |

14:16   1   SIMPLY PASS OVER THE CREST OF THE LEVEE AND THERE'S FEWER AND

14:16   2   FEWER WAVES THAT ARE BREAKING ON THE FRONT SIDE.  THIS

14:16   3   SURFICIAL EROSION BAND IS REALLY CAUSED DUE TO THE BREAKING

14:16   4   WAVES ACTING ON THE FRONT SIDE.  SO AS WE GET HIGHER AND

14:16   5   HIGHER, MORE AND MORE OVERTOPPING, THE PROCESS OF EROSION ON

14:16   6   THE FRONT SIDE IS REALLY SLOWING DOWN.

14:16   7   Q.   DO YOU SEE EVIDENCE OF SEDIMENT ON THAT BACK SIDE?

14:16   8   A.   YEAH.  EVERY TIME WE HAVE THESE HEADCUTS, AS THEY GET

14:16   9   DEEPER AND BEGIN TO WIDEN, AS THEY'RE ATTRACTING MORE FLOW

14:16   10  THROUGH THEM, THEY BEGIN TO DEPOSIT MORE AND MORE SEDIMENT IN

14:17   11  THESE LITTLE FAN-SHAPED FEATURES DOWN AT THE TOE AND LANDWARD

14:17   12  OF THE TOE.

14:17   13  Q.   LET'S GO ON TO A30 AT PAGE 187.  WHAT DO YOU SEE HERE?

14:17   14  A.   HERE, WE SEE THE PROCESS IN AN EVEN MORE ADVANCED STATE,

14:17   15  WHERE THE HEADCUTS HAVE NOW MIGRATED COMPLETELY THROUGH THE

14:17   16  CREST OF THE LEVEE, WHICH USED TO BE IN THIS PARTICULAR

14:17   17  POSITION.  THEY'VE ALREADY ADVANCED UP TO AND ARE CUTTING INTO

14:17   18  THE SURFACE EROSION ZONE.  BETWEEN THE BREACHES YOU CAN SEE THE

14:17   19  END OF THE SURFACE EROSION ZONE ON THE FRONT SIDE HERE AND

14:17   20  HERE.  SO THIS IS JUST THE MORE ADVANCED STATE.

14:17   21        THE BREACHES HAVE WIDENED, HAVE GOTTEN DEEPER.

14:17   22  THEY'RE PUTTING MORE AND MORE SEDIMENT ON THE BACK SIDE.  AS

14:18   23  THE FLOW IS INCREASING THROUGH THE BREACHES, YOU'LL SEE THESE

14:18   24  FEATURES BECOME EVEN MORE ELONGATED AS THE FLOW SPEED THROUGH

14:18   25  THE BREACH INCREASES.

14:18   1          **MR. MITSCH:**  UNFORTUNATELY, THIS IS THE END OF THE

14:18   2   PHOTOS.  SO WE'RE NOW ON TO ANOTHER TOPIC NOW:  THE INFLUENCE

14:18   3   OF MRGO ON THE CRITICAL LEVELS AND WALL BREACHES, LEVEE

14:18   4   BREACHES.

14:18   5   **BY MR. MITSCH:**

14:18   6   **Q.**   MR. EBERSOLE, HAVE YOU DONE ANY COMPARISONS OF THE LOADING

14:18   7   CONDITIONS AMONG THE VARIOUS SCENARIOS THAT THE UNITED STATES'

14:18   8   EXPERTS HAVE DEVELOPED?

14:18   9   **A.**   YES, I HAVE.

14:18   10  **Q.**   WHAT HAVE YOU COMPARED?

14:18   11  **A.**   I'VE COMPARED A NUMBER OF DIFFERENT WAYS TO GRAPHICALLY

14:18   12  LOOK AT THE ALTERNATIVES, COMPARING THEIR INFLUENCE ON WATER

14:18   13  LEVELS, WAVE CONDITIONS, AND OVERTOPPING RATES.

14:18   14  **Q.**   LET'S GO TO SLIDE 52, WHICH IS FIGURE 92 AT 139 OF YOUR

14:19   15  REPORT.  WHAT'S THIS?

14:19   16  **A.**   LET ME ORIENT YOU A LITTLE BIT.  WHAT I'M GOING TO SHOW IS

14:19   17  THE WATER LEVEL IN FEET ON THE LEFT AXIS SCALED FROM 0 TO 20.

14:19   18  I'M GOING TO SHOW YOU ALONG THE HORIZONTAL AXIS ARE THE POINTS,

14:19   19  AGAIN, THAT I REFERENCED EARLIER.  POINT 2 WOULD BE ROUGHLY AT

14:19   20  BAYOU BIENVENUE.  POINT 11 WOULD BE BAYOU DUPRE.  POINT 21

14:19   21  WOULD BE THE SOUTHEAST END OF REACH 2.

14:19   22          WHAT I'M SHOWING YOU IS A LONGSHORE VARIATION OF THE

14:19   23  PEAK WATER LEVEL FOR EACH OF THE CASES THAT WE EXAMINED.  OUR

14:19   24  BASE CASE WAS THAT HURRICANE KATRINA AS-WAS CASE.  CASE H2 AND

14:19   25  H3 ARE WITH THE MRGO CHANNEL COMPLETELY REMOVED.  CASE H2, I

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:19 | 1 | BELIEVE, HAD THE 2005 WETLAND CONDITION.  CASE H3 HAD THE |
| 14:20 | 2 | 1956 -- THE PRE-MRGO WETLAND CONDITION.  CASES H5 AND H6 HAD |
| 14:20 | 3 | THE MRGO AT ITS AUTHORIZED DIMENSIONS.  CASE H5 HAD THE 2005 |
| 14:20 | 4 | WETLAND CONDITION.  CASE H6 HAD THE PRE-MRGO WETLAND CONDITION. |
| 14:20 | 5 | **Q.**   IS THERE A SIGNIFICANT DIFFERENCE IN THE WATER LEVELS |
| 14:20 | 6 | ALONG THESE VARIOUS SCENARIOS? |
| 14:20 | 7 | **A.**   NO.  AS YOU CAN SEE FROM THIS CHART, THE MAXIMUM |
| 14:20 | 8 | DIFFERENCES IN PEAK WATER LEVEL ASSOCIATED WITH ANY OF THE |
| 14:20 | 9 | CASES IS ON THE ORDER OF PERHAPS THREE OR FOUR-TENTHS OF A |
| 14:20 | 10 | FOOT.  GENERALLY, IN THIS VICINITY IT WOULD BE RATED AS .2, .3, |
| 14:20 | 11 | MAYBE .4-FOOT DIFFERENCE, WHICH IS QUITE SMALL. |
| 14:21 | 12 | **Q.**   CAN YOU JUST GIVE US THE COMPARISON BETWEEN THE BASE CASE |
| 14:21 | 13 | AND THE MRGO AS-DESIGNED CASE. |
| 14:21 | 14 | **A.**   YEAH.  THE DIFFERENCES BETWEEN THE BASE CASE AND THE MRGO |
| 14:21 | 15 | AS DESIGNED ARE ESSENTIALLY ZERO.  THEY'RE NEGLIGIBLE. |
| 14:21 | 16 | **Q.**   LET'S GO TO SPECIFIC LOCATIONS.  FIGURE 94 AT 142, |
| 14:21 | 17 | SLIDE 54, THIS IS BAYOU BIENVENUE.  AND, AGAIN, TELL US WHAT |
| 14:21 | 18 | YOU SEE HERE AND DRAW A COMPARISON BETWEEN BASE CASE AND MRGO |
| 14:21 | 19 | AS DESIGNED. |
| 14:21 | 20 | **A.**   OKAY.  THIS CHART'S A LITTLE DIFFERENT WAY DISPLAY THE |
| 14:21 | 21 | WATER.  HERE, WE'RE LOOKING AT HOW THE WATER LEVEL CHANGED WITH |
| 14:21 | 22 | TIME, HOW DID THE HYDROGRAPH CHANGE FOR EACH OF THE |
| 14:22 | 23 | ALTERNATIVES. |
| 14:22 | 24 | AS I TALKED ABOUT EARLIER, THE HYDROGRAPH SHAPE IS |
| 14:22 | 25 | VERY IMPORTANT IN DETERMINING HOW MUCH WATER ENTERED THE |

2231

14:22  1    FLOODED POLDER AS THE BREACHING WAS OCCURRING AND ONCE THE

14:22  2    BREACHING STOPPED AND MORE AND MORE WATER, BASICALLY, CAME INTO

14:22  3    THE POLDER.  YOU SEE TIME IN THE HORIZONTAL AXIS.

14:22  4         AND, AGAIN, THERE ARE BASICALLY ONLY MINOR CHANGES

14:22  5    BETWEEN THE ALTERNATIVES.  AND, AGAIN, FOR THE TWO CASES

14:22  6    INVOLVING THE AUTHORIZED MRGO, THERE'S NEGLIGIBLE DIFFERENCE

14:22  7    BETWEEN THOSE TWO CASES AND THE BASE CASE.

14:22  8    Q.   OKAY.  LET'S GO TO FIGURE 95, WHICH IS BAYOU DUPRE.

14:22  9    A.   YES.

14:22  10   Q.   SAME TWO QUESTIONS.

14:22  11   A.   YES.  WE SEE PRETTY MUCH THE SAME THING AT BAYOU DUPRE

14:23  12   THAT WE DID AT BAYOU BIENVENUE:  BASICALLY, QUITE MINOR

14:23  13   DIFFERENCES IN THE SURGE HYDROGRAPH FOR THE TWO CASES THAT

14:23  14   INVOLVE THE MRGO AS AUTHORIZED.  AGAIN, THE DIFFERENCES ARE

14:23  15   NEGLIGIBLE COMPARED TO THE BASE CASE.

14:23  16   Q.   LET'S GO TO THE SOUTHEASTERN END, WHICH IS FIGURE 96 AT

14:23  17   143.

14:23  18   A.   THIS IS A FIGURE AT THE SOUTHEASTERN END.  I PICKED THREE

14:23  19   POINTS GOING FROM BIENVENUE TO DUPRE TO THE SOUTHEASTERN END TO

14:23  20   GIVE YOU AN IDEA OF ARE THERE ANY CHANGES ALONG THE ENTIRE

14:23  21   LENGTH OF REACH 2, AND WE SEE THE SAME THING HERE.  THE TWO

14:23  22   MRGO AS-AUTHORIZED CASES SHOW BASICALLY NO CHANGE COMPARED TO

14:24  23   THE BASE CASE.

14:24  24   Q.   IN ALL THESE SETS OF COMPARISONS, DID THE REMOVAL BY MRGO

14:24  25   HAVE ANY INFLUENCE ON THE LEVEL OF THE STORM SURGE?

2232

14:24   1   **A.**   NO.  NO, IT DID NOT.

14:24   2   **Q.**   WHAT ABOUT THE ALTERATION OF THE WETLANDS TO THE 1958

14:24   3   LEVEL?

14:24   4   **A.**   NEGLIGIBLE INFLUENCE.

14:24   5   **Q.**   WAS THERE A SIGNIFICANT DIFFERENCE IN THE HEIGHT OF WAVES

14:24   6   ALONG THE VARIOUS SCENARIOS?

14:24   7   **A.**   THERE WERE MORE DIFFERENCES IN WAVES THAN WE AT LEAST SAW

14:24   8   IN THE WATER LEVELS.

14:24   9   **Q.**   LET'S GO TO FIGURE 97 AT PAGE 144.  ORIENT US HERE,

14:24   10   PLEASE.

14:24   11   **A.**   AGAIN, CAN WE MOVE THE FIGURE A LITTLE BIT SO WE CAN SEE

14:24   12   THE LEFT-HAND AXIS SCALE.  IS THAT POSSIBLE?  THANK YOU.

14:25   13         AGAIN, WE SEE IN THIS PART SIGNIFICANT WAVE HEIGHT IN

14:25   14   FEET.  THESE ARE FROM LOCATIONS OUT AT THE MRGO.  ALONG THE

14:25   15   HORIZONTAL AXIS, AGAIN, WE'RE SHOWING LOCATION.  LOCATION 2

14:25   16   WOULD BE BAYOU BIENVENUE.

14:25   17         **THE COURT:**  THIS IS THE WAVE HEIGHT WHERE?

14:25   18         **THE WITNESS:**  WAVE HEIGHT OUT IN THE MRGO CHANNEL,

14:25   19   THE INCIDENT WAVE HEIGHT COMING UP TO THE BERM.  I'M GOING TO

14:25   20   TALK A LITTLE BIT ABOUT WHAT'S AT THE TOE IN A MINUTE.

14:25   21         **THE COURT:**  RIGHT, BUT IN THE PREVIOUS TESTIMONY, WE

14:25   22   SAW A T, D, AND AN L.  WOULD THIS BE AT THE DEEPEST PART OF THE

14:25   23   MRGO OR NOT?

14:25   24         **THE WITNESS:**  YES, IT WOULD BE IN THE DEEPEST PART.

14:25   25         **THE COURT:**  OKAY.  THANKS.

FINAL DAILY COPY

14:25   1              **THE WITNESS:**  POINT 21 WOULD BE THE SOUTHEASTERN END,

14:25   2    AND YOU SEE SOME DIFFERENCES.  PROBABLY THE MAXIMUM DIFFERENCE

14:25   3    IS PROBABLY 2 FOOT IN SIGNIFICANT WAVE HEIGHT?

14:25   4              **THE COURT:**  WHAT DID YOU USE TO DETERMINE THESE WAVE

14:25   5    HEIGHTS?

14:26   6              **THE WITNESS:**  THESE CAME FROM THE WAVE HEIGHTS THAT

14:26   7    WERE CALCULATED BY DR. WESTERINK AND DR. RESIO.

14:26   8              **THE COURT:**  I SEE.  THANKS.

14:26   9              **THE WITNESS:**  GENERALLY, IN THIS CRITICAL AREA

14:26   10   BETWEEN DUPRE AND BIENVENUE -- GENERALLY, I'D SAY, ON AVERAGE

14:26   11   THEY'RE APPROXIMATELY A FOOT DIFFERENCE.  DIFFERENCES ARE A

14:26   12   LITTLE BIT GREATER TO THE SOUTH OF DUPRE, A FOOT-AND-A-HALF TO

14:26   13   2-FOOT DIFFERENCES.

14:26   14              BUT I THINK WHAT REALLY MATTERS, IN THE

14:26   15   BEGINNING I TALKED ABOUT HOW IMPORTANT WATER LEVELS ARE AND

14:26   16   THAT AT THE TOE OF THE LEVEE, IT'S THE WATER LEVEL THAT

14:26   17   CONTROLS THE WATER DEPTH AT THE LEVEE.  THE WATER DEPTH

14:26   18   CONTROLS THE MAXIMUM AMOUNT OF WAVE ENERGY THAT CAN EXIST AT

14:26   19   THE LEVEE.

14:26   20              SO, FOR EXAMPLE, IF I HAD A SURGE OF 17.5 FEET

14:26   21   AND THAT IS UNALTERED BY ANY OF THESE ALTERNATIVES -- AS WE SAW

14:26   22   EARLIER, THE WATER LEVEL HAS REALLY NOT CHANGED AT ALL BY THESE

14:27   23   ALTERNATIVES.  SO AT THE TOE OF THE LEVEE, THE WATER DEPTH IS

14:27   24   GOING TO BE UNALTERED FOR ANY OF THESE ALTERNATIVES.  SINCE THE

14:27   25   WAVE HEIGHT, THE MAXIMUM AMOUNT OF ENERGY AT THE TOE OF THE

14:27    1    LEVEL IS DICTATED BY THE WATER DEPTH, IT'S REALLY NOT GOING TO

14:27    2    CHANGE THE WAVE HEIGHT AT ALL AT THE TOE OF THE LEVEE.

14:27    3                FOR EXAMPLE, BEFORE WE TALKED ABOUT, AS A ROUGH

14:27    4    RULE OF THUMB, IN THE INNER REGION OF THIS BERM, WHERE WE HAVE

14:27    5    A 17.5-FOOT SURGE.  LET'S SAY I HAD A 7.5-FOOT BERM ELEVATION.

14:27    6    SO THAT WOULD GIVE ME A WATER DEPTH OF 10 FEET AT THE TOE OF

14:27    7    THE LEVEE.  17.5-FOOT ELEVATION MINUS A 7.5-FOOT BERM ELEVATION

14:27    8    WOULD GIVE ME 10 FEET OF WATER AT THE TOE OF THE LEVEE.  SO IF

14:27    9    WE USE OUR ROUGH RULE OF THUMB THAT THE MAXIMUM WAVE HEIGHT

14:28   10    THAT CAN EXIST AT THAT DEPTH OF WEAR IS .4 TIMES THE DEPTH, THE

14:28   11    MAXIMUM WAVE THAT'S GOING TO EXIST ALONG THE TOE OF THE LEVEE

14:28   12    IS GOING TO BE 4 FEET.  SO, IN ESSENCE, NONE OF THESE

14:28   13    ALTERNATIVES ARE GOING TO PRODUCE MAJOR DIFFERENCES IN WAVE

14:28   14    HEIGHT AT THE TOE OF THE LEVEE.

14:28   15                THE COURT:  IS THE .4 FACTOR COMPLETELY ACCEPTED BY

14:28   16    ALL?

14:28   17                THE WITNESS:  NO.  WE'RE GOING TO SHOW THE INFLUENCE

14:28   18    ON OVERTOPPING.  DR. BEA USED .5.  I BELIEVE I HEARD PROFESSOR

14:28   19    VRIJLING SAY THAT IN THE SWAN MODEL, THAT FACTOR GOES TO A

14:28   20    VALUE OF A THIRD.  I THOUGHT I HEARD HIM SAY THAT, BUT I MIGHT

14:28   21    BE WRONG.  SO I THINK IT'S GENERALLY IN THE .4 TO .5 RANGE, IS

14:28   22    AN ACCEPTED VALUE FOR THAT LIMIT.  DR. RESIO WILL TALK, I

14:28   23    BELIEVE, AT MUCH GREATER LENGTH ABOUT THIS PARTICULAR ISSUE.

14:29   24    BY MR. MITSCH:

14:29   25    Q.   IS IT WORTHWHILE AT THIS POINT -- JUST TO BRING US HOME ON

14:29   1   THE ISSUE OF THE WATER LEVEL, LEVEE, BERM, AND THE INFLUENCE

14:29   2   THAT THE DEPTH OF THE WATER HAS ON THE WAVE HEIGHT, WOULD IT BE

14:29   3   HELPFUL TO GO TO THE BLACKBOARD AND JUST MAP THAT OUT QUICKLY?

14:29   4   **A.**   YEAH, I COULD DO THAT.

14:29   5        BASICALLY, WE HAVE THE MRGO CHANNEL OUT HERE, AND WE

14:29   6   HAVE THIS GENTLY SLOPING BERM COMING UP TO THE TOE OF THE LEVEE

14:29   7   ITSELF.  I THINK IT'S IMPORTANT TO UNDERSTAND HOW GENTLE THIS

14:29   8   SLOPE IS.  THIS HAS A SLOPE OF ABOUT 1:60.  SO FOR EVERY

14:29   9   120 FEET OUT, ROUGHLY HALF A FOOTBALL FIELD, THE WATER DEPTH IS

14:30   10  CHANGING BY 2 FEET.

14:30   11        SO IF I GO A HALF A FOOTBALL FIELD OUT FROM THE TOE

14:30   12  OF THIS LEVEE, I'M GETTING A WATER-DEPTH CHANGE OF JUST 2 FEET.

14:30   13  THIS IS A VERY GENTLE SLOPE AND VERY EFFECTIVE AT DISSIPATING

14:30   14  AND BREAKING WAVE ENERGY.

14:30   15        SO WHAT I'M GOING TO USE -- LET'S JUST SAY THIS IS

14:30   16  OUR VERTICAL DATA:  NAVD88, 2004.65.  THE ELEVATION OF THE TOP

14:30   17  OF THIS LEVEE IS AT 17.5 FEET.  LET'S SAY THAT THE ELEVATION OF

14:30   18  THIS TOE OF THE LEVEE IS AT 7.5 FEET.  WHAT THAT MEANS IS THAT

14:31   19  THE WATER DEPTH AT THIS LOCATION IS GOING TO BE THE 17.5 MINUS

14:31   20  7.5 EQUALS 10 FEET.  REGARDLESS OF WHAT THE WAVE CONDITIONS ARE

14:31   21  IN THE DEEP PART OF THE MRGO CHANNEL, THERE'S PLENTY OF WIDE,

14:31   22  GENTLE SLOPING BERM IN FRONT OF THIS LEVEE TO SLOWLY BREAK AND

14:31   23  DISSIPATE THE ENERGY SO THAT BY THE TIME WE REACH THIS TOE --

14:31   24        **THE COURT:**  HOW LONG WOULD YOU SAY THE BERM IS?

14:31   25        **THE WITNESS:**  GENERALLY, IT'S SEVERAL HUNDRED FEET TO

FINAL DAILY COPY

14:31   1   PERHAPS 500, 600 FEET.

14:31   2              **THE COURT:**  DOES IT VARY?

14:31   3              **THE WITNESS:**  IT DOES VARY.

14:31   4              **THE COURT:**  THAT WOULD HAVE SOME FACTOR, I ASSUME,

14:31   5   BASED ON THE VEGETATION OF THE BERM, THE LENGTH OF THE BERM,

14:31   6   ETC?

14:31   7              **THE WITNESS:**  THE VEGETATION WOULD ACT TO CONTINUE TO

14:31   8   REDUCE THE ENERGY.

14:31   9              **THE COURT:**  YOU DIDN'T DO THOSE CALCULATIONS?

14:31   10             **THE WITNESS:**  DR. RESIO WILL GO INTO THIS IN A LOT

14:32   11  MORE DETAIL THAN I WILL GO INTO IT.

14:32   12             **THE COURT:**  I'M UNDERSTANDING THE PRINCIPLE.

14:32   13  **BY MR. MITSCH:**

14:32   14  **Q.**   TAKE US TO THE END THERE.  WHAT'S THE -- BEFORE YOU ERASED

14:32   15  IT --

14:32   16             **THE COURT:**  I REMEMBER WHERE WE WERE.  THE WATER WAS

14:32   17  BASICALLY AT THE TOP OF THE LEVEE.

14:32   18  **BY MR. MITSCH:**

14:32   19  **Q.**   WE HAD SUBTRACTED 7.5 FROM 17.5 AND HAD 10.  WHAT DO WE DO

14:32   20  WITH THAT 10?

14:32   21  **A.**   THE 10-FOOT WATER, THAT CAN SUPPORT, REALLY, A 4-FOOT

14:32   22  SIGNIFICANT WAVE HEIGHT.  THAT WOULD REALLY BE THE CASE

14:32   23  REGARDLESS OF WHAT THE ALTERNATIVES DO TO INFLUENCE THE WAVE

14:32   24  HEIGHT OUT IN THE MRGO CHANNEL.

14:32   25             **THE COURT:**  WHAT WAS IT WHEN I WAS HEARING -- AND I

FINAL DAILY COPY

14:32  1  MAY HAVE THIS ALL WRONG.  I REMEMBER DR. VRIJLING SAID IT WAS A

14:32  2  SQUARE.  WOULD THAT BE THE .5, OR ARE WE TALKING ABOUT

14:32  3  SOMETHING ELSE?  WHEN I ASKED HIM SOMETHING ABOUT -- OR SOMEONE

14:32  4  ASKED HIM ABOUT THE WAVE ENERGY, AND THE WAVE IS BASICALLY AS

14:33  5  HIGH ABOVE AS IT IS BELOW.  I'M TRYING TO UNDERSTAND HOW

14:33  6  THAT DOCTOR --

14:33  7        **THE WITNESS:**  I THINK HE WAS TALKING ABOUT WAVE

14:33  8  ENERGY.  WAVE ENERGY IS RELATED TO THE SIGNIFICANT WAVE HEIGHT

14:33  9  SQUARED.  SO HE WAS TALKING ABOUT WAVE ENERGY, BUT THIS WOULD

14:33  10  APPLY TO SIGNIFICANT WAVE HEIGHT OR WAVE ENERGY AT THE TOE.

14:33  11  BOTH ARE LIMITED BY THE AMOUNT OF BREAKING THAT HAPPENS ON THE

14:33  12  BERM IN FRONT OF THE LEVEE.

14:33  13        **THE COURT:**  THAT PRINCIPLE I UNDERSTAND.

14:33  14  BY MR. MITSCH:

14:33  15  **Q.**  I GUESS WHAT YOU'RE SAYING, NOW, WHEN WE'RE LOOKING AT

14:33  16  FIGURE 97, EVEN THOUGH THERE ARE 1- OR 2- OR 3-FOOT WAVE HEIGHT

14:33  17  CHANGES ALONG REACH 2, THAT THAT'S NOT REALLY SIGNIFICANT?

14:33  18  **A.**  NO.  ONCE YOU GET TO THE TOE OF THE LEVEE, THE CHANGES

14:33  19  WILL BE QUITE SMALL BETWEEN THE VARIOUS ALTERNATIVES.

14:34  20  **Q.**  DID THE MRGO HAVE ANY INFLUENCE ON THE OVERTOPPING AND

14:34  21  BACK-SIDE VELOCITY CONDITION ALONG THE REACH 2 LEVEE?

14:34  22  **A.**  MINOR, MINOR CHANGES.

14:34  23  **Q.**  LET'S GO TO SLIDE 57, WHICH IS FIGURE 98 AT 145.  WHAT'S

14:34  24  THIS?

14:34  25  **A.**  WHAT WE SHOW HERE IS NOW THE WEIGHTED AVERAGE OVERTOPPING

FINAL DAILY COPY

2238

| | | |
|---|---|---|
| 14:34 | 1 | RATE FOR THE VARIOUS ALTERNATIVES THAT WE WERE CONSIDERING. |
| 14:34 | 2 | AGAIN, THIS WEIGHTED AVERAGE IS MEANT TO BE AN AVERAGE AT EACH |
| 14:34 | 3 | OF THOSE 21 LOCATIONS.  ON THE VERTICAL SCALE, WE HAVE |
| 14:34 | 4 | OVERTOPPING RATE IN CUBIC FOOT PER SECOND PER FOOT.  THEN WE |
| 14:34 | 5 | HAVE LOCATION ALONG THE AXIS OF BAYOU DUPRE, BAYOU DUPRE IN |
| 14:35 | 6 | THE -- I'M SORRY.  BAYOU BIENVENUE AT POINT 2, BAYOU DUPRE AT |
| 14:35 | 7 | POINT 11, AND THE SOUTHEASTERN END, AND THIS REALLY SHOWS THE |
| 14:35 | 8 | DIFFERENCE IN OVERTOPPING RATES. |
| 14:35 | 9 | I THINK THE TAKE-HOME MESSAGE HERE IS THAT IT'S THE |
| 14:35 | 10 | ALTERNATIVES THAT LOWER THE WATER LEVELS THAT HAVE THE MOST |
| 14:35 | 11 | INFLUENCE, BUT REALLY THE IMPORTANT THING IS THE CHANGES IN |
| 14:35 | 12 | OVERTOPPING RATE ARE SUCH THAT EVEN THE REDUCED OVERTOPPING |
| 14:35 | 13 | RATES STILL EXCEED THE THRESHOLD VALUES BY PERHAPS A FACTOR OF |
| 14:35 | 14 | 100.  NONE OF THESE ALTERNATIVES REALLY REDUCE THE VERY |
| 14:35 | 15 | DEVASTATING OVERTOPPING CONDITIONS THAT WOULD HAVE EXISTED |
| 14:35 | 16 | ALONG THE LEVEES FOR ANY OF THESE PARTICULAR ALTERNATIVES. |
| 14:35 | 17 | Q.   WHAT'S THE COMPARISON BETWEEN THE BASE CASE AND MRGO AS |
| 14:36 | 18 | DESIGNED? |
| 14:36 | 19 | A.   GENERALLY, SINCE THOSE TWO -- THE CASES INVOLVING THE MRGO |
| 14:36 | 20 | AS AUTHORIZED DIDN'T CHANGE THE WATER LEVELS IN ANY SIGNIFICANT |
| 14:36 | 21 | WAY, THE CHANGES IN OVERTOPPING ARE GOING TO BE THE LEAST FOR |
| 14:36 | 22 | THOSE TWO PARTICULAR ALTERNATIVES COMPARED TO CASE 2 AND 3. |
| 14:36 | 23 | EVEN IF WE PUT THE AUTHORIZED CHANNEL IN THE SIMULATIONS, THE |
| 14:36 | 24 | OVERTOPPING RATES THAT WE ARE GETTING INDICATE THAT THOSE |
| 14:36 | 25 | LEVEES STILL WOULD HAVE BEEN MASSIVELY BREACHED AND DEGRADED |

FINAL DAILY COPY

2239

14:36    1   UNDER THOSE CONDITIONS AS WELL.

14:36    2          THE COURT:  YOU SAID "THOSE LEVEES."  WHICH LEVEES DO

14:36    3   YOU MEAN?

14:36    4          THE WITNESS:  THE LEVEES ALONG REACH 2.

14:36    5          THE COURT:  I DON'T UNDERSTAND WHY SOME ARE EXTANT,

14:36    6   BUT I GUESS WE'LL GET INTO THAT LATER.

14:36    7          MR. MITSCH:  THIS IS AS GOOD A POINT AS ANY TO

14:36    8   DISCUSS THAT POINT.  I THINK I HAD ALLUDED TO IT EARLIER.

14:36    9   MASSIVE OVERTOPPING RATES, WHY IS ANYTHING LEFT STANDING THERE

14:37   10   AT ALL?

14:37   11          THE WITNESS:  IT WOULDN'T HAVE CHANGED THE OUTCOME, I

14:37   12   DON'T BELIEVE, BECAUSE IF YOU'RE LOOKING AT THE CHANGES

14:37   13   BETWEEN --

14:37   14          THE COURT:  I'M NOT TALKING ABOUT CHANGING THE

14:37   15   OUTCOME; I'M JUST TALKING ABOUT THE PHENOMENON.  THERE HAS TO

14:37   16   BE SOME OTHER DYNAMIC IN PLAY, IS THERE NOT?

14:37   17          THE WITNESS:  WHAT WOULD HAPPEN IS, IF WE'RE NOT

14:37   18   CHANGING THE WATER LEVEL, WE'RE REALLY NOT DOING MUCH TO CHANGE

14:37   19   THE TRIGGER FOR BREACHING.

14:37   20          THE COURT:  THE QUESTION IS:  WHY ARE SOME STANDING

14:37   21   AND SOME NOT?  WHY DIDN'T THEY ALL FAIL, 100 PERCENT?

14:37   22          THE WITNESS:  I THINK THE LEVEES THAT SURVIVED WERE

14:37   23   THE HIGHEST LEVEES AND THOSE THAT REMAINED STANDING WERE HIGH

14:37   24   LEVEES, WHERE THE --

14:37   25          THE COURT:  YOU THINK THERE'S NO OTHER LEVEES THAT

FINAL DAILY COPY

14:37    1    WERE THAT HIGH THAT FAILED?  IN OTHER WORDS, ALL THE LEVEES AT

14:37    2    THAT HEIGHT, DID ALL OF THEM SURVIVE?  WE'RE TALKING ABOUT

14:37    3    SIMPLE LOGIC NOW.

14:37    4            **THE WITNESS:**  NO.  I REMEMBER JUST SOUTH OF BAYOU

14:37    5    DUPRE, THERE WAS A SECTION OF PRETTY HIGH LEVEES --

14:38    6            **THE COURT:**  YES.

14:38    7            **THE WITNESS:**  -- THAT FAILED.  I BELIEVE THEY FAILED

14:38    8    BECAUSE -- IT SEEMS TO ME THAT THE ERODIBILITY OF THE SOIL

14:38    9    THERE WAS GREATER THAN IT WAS SOMEWHERE ELSE.

14:38   10            **THE COURT:**  I KNOW IT SEEMS TO YOU THAT.  BUT, AGAIN,

14:38   11    ONE OF THE THINGS THE COURT'S GOING TO BE VERY INTERESTED IN

14:38   12    IS -- I UNDERSTAND THAT NO EXPERT HERE HAS THE PERFECT ANSWER.

14:38   13    GO AHEAD.

14:38   14            **MR. MITSCH:**  WE'RE ALL PUTTING PIECES INTO THE

14:38   15    PUZZLE, YOUR HONOR.

14:38   16            **THE COURT:**  EXACTLY.  BY "NO" I MEAN NONE.  I HAVEN'T

14:38   17    HEARD ALL OF YOURS, BUT I DOUBT IF WE'RE GOING TO GET THE

14:38   18    PERFECT ANSWER.  I HAVE TO GET THE BEST ONE THAT I CAN.  THAT'S

14:38   19    WHAT I'M WORKING TOWARDS, AND ALL OF THIS HELPS ME.

14:38   20            **MR. MITSCH:**  LET'S GO TO FIGURE 99 ON PAGE 146.

14:38   21            **THE COURT:**  COUNSEL, ABOUT HOW MUCH LONGER DO YOU

14:38   22    HAVE ON DIRECT WITH THIS WITNESS?  I'M NOT HOLDING YOU TO IT.

14:38   23            **MR. MITSCH:**  I'VE PROBABLY GOT ABOUT ANOTHER FIVE,

14:39   24    SIX, SEVEN, EIGHT QUESTIONS ON THE COMPARISON WITH MRGO.  THEN

14:39   25    I'M GOING TO GO ON TO MR. EBERSOLE'S CRITICISMS OF DR. BEA'S

14:39  1  WORK.  THAT SHOULD PROBABLY TAKE ABOUT A HALF AN HOUR.

14:39  2          **THE COURT:**  IS THAT IN HIS REPORT AS WELL?

14:39  3          **MR. MITSCH:**  I THINK MANY OF THOSE THINGS ARE IN HIS

14:39  4  REPORT, YES.

14:39  5          **THE COURT:**  I DON'T KNOW IF WE HAVE TWO DIFFERENT

14:39  6  DISCIPLINES, BUT I ASSUME THEY CAN CRITICIZE IT AS IT RELATES

14:39  7  TO --

14:39  8          **MR. MITSCH:**  AS IT RELATES TO HIS AREA OF EXPERTISE.

14:39  9          **THE COURT:**  SO WE PROBABLY HAVE, YOU WOULD GUESS,

14:39  10  JUST IN THE BALLPARK --

14:39  11          **MR. MITSCH:**  I'D SAY AN HOUR.  LOGICALLY, IT MAKES

14:39  12  SOME SENSE JUST TO FINISH THIS MRGO DISCUSSION.  IF YOU WANT TO

14:39  13  HAVE A BREAK THEN --

14:39  14          **THE COURT:**  LET'S DO THAT.  THAT'S FINE IF MY

14:39  15  CONCENTRATION KEEPS UP.  NOT BECAUSE OF YOU OR THE WITNESS, MY

14:39  16  OWN ISSUE.  GO AHEAD.

14:40  17  BY MR. MITSCH:

14:40  18  **Q.**   BRIEFLY, TELL US, FIGURE 99, HOW THIS FITS INTO THE

14:40  19  SCHEME.

14:40  20  **A.**   THIS WAS JUST ANOTHER WAY TO LOOK AT, THE ALTERNATIVES AND

14:40  21  THE CHANGES IN THE CONDITIONS THAT OCCURRED THERE, HOW WOULD

14:40  22  THEY HAVE CHANGED THE OUTCOME OF THE BREACHING COMPARED TO THE

14:40  23  BASE CASE.

14:40  24          WHAT I'M SHOWING HERE IS THE MAXIMUM OVERTOPPING RATE

14:40  25  DURING THE STORM.  THE PREVIOUS SLIDE WAS A WEIGHTED AVERAGE.

14:40    1    AGAIN, YOU CAN SEE THAT FOR ALL THE ALTERNATIVES, REGARDLESS OF

14:40    2    HOW WE HANDLED THE MRGO CHANNEL OR THE WETLANDS, WE DO SEE SOME

14:40    3    CHANGES IN THE OVERTOPPING RATE.

14:40    4         LET'S PICK, FOR EXAMPLE, IN THIS CRITICAL REACH FROM

14:40    5    BAYOU DUPRE TO BAYOU BIENVENUE, THE MAXIMUM OVERTOPPING RATES

14:40    6    FOR ANY OF THE ALTERNATIVES EXCEED 8 CUBIC FOOT PER SECOND PER

14:41    7    FOOT.  IF YOU RECALL THAT THE THRESHOLD FOR DAMAGE TO EVEN THE

14:41    8    HIGHEST-QUALITY LEVEE WOULD BE .1, THESE ARE 80 TIMES GREATER

14:41    9    THAN THAT VALUE.  SO EVEN THOUGH WE MAY HAVE CHANGED, I DON'T

14:41    10   BELIEVE THE OUTCOME ALONG THAT BREACHING WOULD HAVE BEEN

14:41    11   CHANGED WHERE IT OCCURRED.

14:41    12   Q.   FIGURE 100, PAGE 147, WHAT ARE YOU COMPARING HERE?  THEN

14:41    13   WHAT'S THE SIGNIFICANCE OF THE RESULTS?

14:41    14   A.   YEAH, IN THE PREVIOUS CHARTS, WE SHOWED HOW THE

14:41    15   OVERTOPPING RATES VARIED WITH POSITION ALONG THE REACH 2 LEVEE.

14:41    16   HERE, WE'RE LOOKING AT HOW WOULD THE OVERTOPPING RATE AS A

14:41    17   FUNCTION OF TIME HAVE BEEN CHANGED FOR THE VARIOUS CASES.  SO,

14:41    18   AGAIN, ON THE LEFT-HAND SIDE, I HAVE MEAN OVERTOPPING RATE IN

14:42    19   CUBIC FOOT PER SECOND, I HAVE TIME ALONG THE HORIZONTAL AXIS,

14:42    20   AND I HAVE THE CASES THAT WE EXAMINED.  AGAIN, THIS IS FOR THE

14:42    21   STATIC CASE, NOT THE DEGRADING-LEVEE CASE.

14:42    22         SO I THINK YOU CAN SEE THAT, REALLY, THESE

14:42    23   ALTERNATIVES DON'T CHANGE THE TEMPORAL VARIATION OF THE

14:42    24   OVERTOPPING THAT WOULD'VE OCCURRED IN ANY SIGNIFICANT WAY.  WE

14:42    25   DO SEE SOME REDUCTION OF THE PEAK, BUT WE SEE VERY SMALL

14:42  1  CHANGES TO THE DURATION OF THE OVERTOPPING.  AGAIN, AT THE PEAK

14:42  2  LEVEL, THESE VALUES ARE ON THE ORDER OF 80 TIMES THE THRESHOLD

14:42  3  FOR EVEN THE HIGHEST QUALITY CLAY AND 800 TIMES THE THRESHOLD

14:42  4  FOR DAMAGE TO A CLAY LEVEE WITH GRASS COVER BASED ON THE

14:42  5  CURRENT DESIGN GUIDANCE THAT WE USE TODAY.

14:43  6  **Q.**  AGAIN, WHEN YOU HAD MENTIONED THE STATIC LEVEE AS OPPOSED

14:43  7  TO THE DEGRADING LEVEE, YOUR POINT IS THAT AS THE LEVEE BEGINS

14:43  8  TO DEGRADE, THAT THESE RATES ACTUALLY INCREASE AND BECOME ALL

14:43  9  THE MORE DEVASTATING?

14:43  10  **A.**  THAT'S TRUE.  IF WE CONSIDERED A DEGRADING LEVEE CASE, WE

14:43  11  WOULD BE SEEING RATES THAT WOULD BE GOING UP WITH TIME AS THE

14:43  12  LEVEE IS DEGRADING, AND WE WOULD BE EXTENDING THE DURATION OF

14:43  13  TIME FOR WHICH WE HAVE THESE DEVASTATING OVERTOPPING RATES.  SO

14:43  14  THIS PARTICULAR CHART IN SOME WAYS REALLY EVEN OVERSTATES THE

14:43  15  IMPACT OR THE VERY LITTLE IMPACT THAT THESE DIFFERENT

14:43  16  ALTERNATIVES WOULD HAVE ON THOSE VERY DAMAGING OVERTOPPING

14:43  17  CONDITIONS THAT OCCURRED.

14:43  18  **Q.**  BASED ON THESE FIGURES THAT WE'VE JUST DISCUSSED FOR THE

14:43  19  PAST FEW MOMENTS, DOES THE ABSENCE OF THE MRGO MAKE ANY

14:43  20  SIGNIFICANT DIFFERENCE?

14:44  21  **A.**  NO.

14:44  22  **Q.**  DOES THE MRGO AS ORIGINALLY DESIGNED MAKE A SIGNIFICANT

14:44  23  DIFFERENCE?

14:44  24  **A.**  NO.

14:44  25  **Q.**  DOES THE CHANGE IN THE WETLANDS MAKE A SIGNIFICANT

| | | |
|---|---|---|
| 14:44 | 1 | DIFFERENCE? |
| 14:44 | 2 | **A.** NO. |
| 14:44 | 3 | **MR. MITSCH:** IT'S A GOOD TIME FOR A BREAK, |
| 14:44 | 4 | YOUR HONOR. |
| 14:44 | 5 | **THE COURT:** THANK YOU. THE COURT WELCOMES IT. LET |
| 14:44 | 6 | ME JUST SAY WHAT I'M THINKING, BUT I'LL YIELD TO THE ATTORNEYS. |
| 14:44 | 7 | BY THE TIME WE FINISH WITH THIS WITNESS -- I'LL TALK TO ALL OF |
| 14:44 | 8 | YOU TO DETERMINE IF WE START CROSS-EXAMINATION FOR A WHILE. I |
| 14:44 | 9 | KNOW IT'S GOING TO TAKE LONGER THAN THE END OF THE DAY. WE'LL |
| 14:44 | 10 | SEE HOW WE ALL FEEL AND MAKE A DECISION. I REALIZE IF I |
| 14:44 | 11 | SHORTEN YOU A DAY, I'VE GOT TO GIVE YOU MORE TIME MAYBE WEEK |
| 14:44 | 12 | AFTER NEXT, BUT WE'LL SEE HOW WE DO. |
| 14:44 | 13 | **THE DEPUTY CLERK:** ALL RISE. |
| 14:44 | 14 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 15:03 | 15 | **THE DEPUTY CLERK:** ALL RISE. |
| 15:03 | 16 | COURT IN SESSION. PLEASE BE SEATED. |
| 15:03 | 17 | **THE COURT:** COUNSEL, I MADE AN EXECUTIVE DECISION. |
| 15:03 | 18 | WHEN YOU FINISH -- WHENEVER IT IS -- THIS WITNESS, WE'RE GOING |
| 15:04 | 19 | TO ADJOURN FOR THE WEEKEND. |
| 15:04 | 20 | **MR. MITSCH:** THAT'S FINE. |
| 13:21 | 21 | **BY MR. MITSCH:** |
| 15:04 | 22 | **Q.** MR. EBERSOLE, HAVE YOU REVIEWED THE FRONT-SIDE EROSION |
| 15:04 | 23 | MODELING BY DR. BEA? |
| 15:04 | 24 | **A.** YES, I HAVE. |
| 15:04 | 25 | **Q.** DO YOU HAVE AN OPINION ABOUT THE TECHNICAL SOUNDNESS OF |

FINAL DAILY COPY

15:04    1    IT?

15:04    2    **A.**   YEAH.  I THINK THERE'S A NUMBER OF AREAS WHERE I DON'T

15:04    3    BELIEVE IT IS TECHNICALLY SOUND.

15:04    4    **Q.**   JUST ENUMERATE THE THREE AREAS THAT I BELIEVE THAT YOU'RE

15:04    5    GOING TO REFER TO FOR THE COURT, AND THEN WE'LL GO THROUGH THEM

15:04    6    ONE BY ONE.

15:04    7    **A.**   THE FRONT-SIDE EROSION MODELS IS BASICALLY AN INTEGRATION

15:04    8    OF THREE PIECES/PARTS.  ONE OF THOSE PARTS IS THE CALCULATION

15:04    9    OF THE VELOCITIES ON THE FRONT SIDE.  THE SECOND PART IS A

15:04   10    GRASS EROSION OR TURF LIFTOFF MODEL ON THE FRONT SIDE.  THE

15:04   11    THIRD PART IS THE SOIL EROSION CALCULATION PART THAT BEGINS

15:05   12    ONCE THE GRASS IS LIFTED OFF.

15:05   13          I BELIEVE EACH OF THOSE COMPONENTS INDIVIDUALLY, THE

15:05   14    WAY THEY'VE BEEN FORMULATED, OVERSTATES THE POTENTIAL ROLE OF

15:05   15    FRONT-SIDE EROSION DUE TO WAVES.  WHEN THE THREE ARE CONSIDERED

15:05   16    TOGETHER IN AGGREGATE, I BELIEVE THE MODEL GROSSLY OVERSTATES

15:05   17    THE POTENTIAL FOR FRONT-SIDE EROSION.  THE RAPIDITY WITH WHICH

15:05   18    THE GRASS WAS REMOVED AND THE SOIL WAS ERODED JUST DIDN'T MESH

15:05   19    WITH MY UNDERSTANDING OF HOW THINGS WOULD TRANSPIRE ON SUCH A

15:05   20    FAIRLY LOW LEVEL OF LOADING ON THE FRONT SIDE.

15:05   21    **Q.**   LET'S GO TO VELOCITY FIRST.  WHAT I'D LIKE TO DO IS TAKE

15:05   22    YOU TO FIGURES 20 AND 21 ON PAGE 32 OF DR. BEA'S JANUARY 2009

15:05   23    TECHNICAL REPORT 2.  THAT'S SLIDE 71 FOR US.

15:06   24          **THE COURT:**  JUST TO LET EVERYBODY KNOW, I WANT A FULL

15:06   25    DISCUSSION OF THIS, BUT I'M HOPING THIS HAS BEEN SO EXTENSIVE

15:06   1   THAT WHEN WE GET TO OTHER AREAS WITH OTHER EXPERTS, IF WE'VE

15:06   2   COVERED IT SUBSTANTIALLY, WE'LL LIGHTLY DO IT LATER ON, UNLESS

15:06   3   IT'S SOMETHING YOU REALLY NEED TO DO, BECAUSE THIS HAS BEEN

15:06   4   VERY THOROUGH.  GO AHEAD.

15:06   5   **BY MR. MITSCH:**

15:06   6   **Q.**   DO YOU SEE THESE TWO PLOTS?

15:06   7   **A.**   YES.

15:06   8   **Q.**   TELL ME WHAT THESE ARE.

15:06   9   **A.**   THE TOP PLOT IS A CHART, A GRAPH THAT SHOWS THE VELOCITY

15:06   10  AT THE CREST COMPUTED -- OR ACTUALLY MEASURED BY STEVEN HUGHES,

15:06   11  WHO WAS A COLLEAGUE OF MINE AT THE COASTAL AND HYDRAULICS

15:06   12  LABORATORY.  IT WAS ACQUIRED DURING SOME LABORATORY EXPERIMENTS

15:07   13  THAT HE CONDUCTED.

15:07   14        THE BOTTOM PLOT IS A SET OF RESULTS FROM DR. BEA IN

15:07   15  WHICH HE APPLIED THE LS-DYNA MODEL FOR THE SAME LABORATORY

15:07   16  SITUATION THAT DR. HUGHES HAD USED IN HIS TESTING.  THE PURPOSE

15:07   17  OF SHOWING THEM HERE IS TO COMPARE THE VELOCITY PREDICTIONS

15:07   18  MADE WITH THE LS-DYNA MODEL COMPARED TO ACTUAL MEASURED

15:07   19  VELOCITIES.

15:07   20  **Q.**   NOW, DO YOU RECOLLECT DR. BEA SAYING IN HIS TESTIMONY THAT

15:07   21  HE DID THIS COMPARISON IN ORDER TO VALIDATE HIS RESULTS?

15:07   22  **A.**   THAT'S CORRECT.

15:07   23  **Q.**   NOW, FIRST OF ALL, WHAT'S A MONOCHROMATIC WAVE?

15:07   24  **A.**   A MONOCHROMATIC WAVE -- I THINK THE TERM'S COME UP BEFORE.

15:08   25  THE SWAN MODEL GENERATES A SIGNIFICANT WAVE HEIGHT, AND WE

15:08    1    KNOW -- A MONOCHROMATIC WAVE ASSUMES THAT EACH AND EVERY WAVE

15:08    2    HAS THE SAME WAVE HEIGHT, THE SAME WAVE PERIOD, AND WE KNOW

15:08    3    THAT'S NOT THE CASE.

15:08    4            THE SWAN MODEL IS WHAT WE CALL AN IRREGULAR WAVE

15:08    5    MODEL THAT TREATS WAVES AS THEY ARE, IN AN IRREGULAR WAY.  THE

15:08    6    PROBLEM WITH WHAT DR. BEA DID WAS HE TOOK THE MONOCHROMATIC

15:08    7    WAVE -- HE TOOK THE SIGNIFICANT WAVE HEIGHT FROM THE SWAN MODEL

15:08    8    AND USED THAT DIRECTLY TO DEFINE THE HEIGHT OF EACH AND EVERY

15:08    9    MONOCHROMATIC IN THE LS-DYNA MODEL.

15:08   10            IF YOU THINK ABOUT THE SIGNIFICANT WAVE HEIGHT AS

15:08   11    BEING AN AVERAGE OF THE HIGHEST ONE-THIRD OF THE WAVES, THERE

15:08   12    ARE ROUGHLY 15 PERCENT OF THE WAVES THAT ARE GREATER IN HEIGHT

15:08   13    THAN THAT VALUE AND ABOUT 85 PERCENT OF THE WAVES THAT ARE

15:09   14    LOWER IN HEIGHT THAN THE SIGNIFICANT WAVE HEIGHT.  SO BY

15:09   15    ASSUMING THAT EACH WAVE HAD A WAVE HEIGHT THAT EQUALED THE

15:09   16    HEIGHT OF THE HIGHEST ONE-THIRD OF THE WAVES, I THINK YOU CAN

15:09   17    SEE THAT HE'S MAKING THE WAVES -- EACH AND EVERY WAVE TOO HIGH.

15:09   18    BY DOING THAT, HE'S OVERSTATING THE AMOUNT OF WAVE ENERGY THAT

15:09   19    HE'S PROPAGATING THROUGH HIS MODEL.  HE'S OVERSTATING THE WAVE

15:09   20    HEIGHTS.  HE'S OVERSTATING THE WAVE VELOCITIES THAT HE'S GOING

15:09   21    TO USE IN HIS EROSION CALCULATIONS.

15:09   22            ACCORDING TO USING LINEAR WAVE THEORY, HE'S

15:09   23    OVERSTATING THE VELOCITIES BY 40 PERCENT, WHICH IS A

15:09   24    SIGNIFICANT OVERSTATING BECAUSE HE'S USING IT IN THE EROSION

15:09   25    CALCULATIONS.  SO EVERY CALCULATION OF EROSION MADE WITH A

| | | |
|---|---|---|
| 15:09 | 1 | MODEL, BECAUSE THE VELOCITIES ARE OVERSTATED, THE EROSION WILL |
| 15:09 | 2 | ALSO BE OVERSTATED. |
| 15:09 | 3 | **Q.**   LET'S SLOW DOWN A LITTLE BIT. |
| 15:09 | 4 | **A.**   OKAY. |
| 15:10 | 5 | **Q.**   LET'S CLOSE THE DISCUSSION ON MONOCHROMATIC WAVES.  IS IT |
| 15:10 | 6 | FAIR TO SAY MONOCHROMATIC WAVES AREN'T REPRESENTATIVE OF THE |
| 15:10 | 7 | WAVES DURING A HURRICANE? |
| 15:10 | 8 | **A.**   THAT'S CORRECT. |
| 15:10 | 9 | **Q.**   THAT'S BECAUSE YOU EXPECT DIFFERENT WAVES, DIFFERENT |
| 15:10 | 10 | SIZES, DEPENDING ON THE MOMENT? |
| 15:10 | 11 | **A.**   YES. |
| 15:10 | 12 | **Q.**   IF YOU USE MONOCHROMATIC WAVES, WHAT'S THE EFFECT ON |
| 15:10 | 13 | CALCULATIONS? |
| 15:10 | 14 | **A.**   WELL, AS I SAID, BY ASSUMING EACH AND EVERY WAVE HAS A |
| 15:10 | 15 | VALUE THAT'S EQUAL TO THE HIGHEST ONE-THIRD OF THE WAVES, |
| 15:10 | 16 | YOU'RE JUST GOING TO LOGICALLY OVERSTATE WAVE HEIGHTS.  YOU'RE |
| 15:10 | 17 | GOING TO OVERSTATE VELOCITIES. |
| 15:10 | 18 | **Q.**   LET'S GO TO DEMONSTRATIVE EXHIBIT 16, WHICH IS OUR SLIDE |
| 15:10 | 19 | 61.  DOES THIS CHART HELP YOU EXPLAIN WHY YOU BELIEVE THAT |
| 15:11 | 20 | DR. BEA HAS OVERSTATED THE FRONT-SIDE VELOCITIES? |
| 15:11 | 21 | **A.**   IT DOES. |
| 15:11 | 22 | **Q.**   ORIENT US AGAIN, PLEASE. |
| 15:11 | 23 | **A.**   DR. BEA USED THREE TEST CASES THAT DR. HUGHES HAD |
| 15:11 | 24 | SIMULATED IN THE LABORATORY AS PART OF HIS VALIDATION OF HIS |
| 15:11 | 25 | MODEL.  THE THREE CASES ARE INDICATED HERE.  THEY HAVE A |

FINAL DAILY COPY

15:11    1   DESIGNATION.  THE H3T06 WOULD BE A SIGNIFICANT WAVE HEIGHT OF

15:11    2   3 FEET, A WAVE PERIOD OF 6 SECONDS.  H6T10 WOULD BE A

15:11    3   SIGNIFICANT WAVE OF 6 FEET, A WAVE PERIOD OF 10 SECONDS.

15:11    4            WHAT I DID WAS, I ASKED DR. HUGHES TO GO BACK INTO

15:11    5   HIS ORIGINAL DATA AND COMPUTE FOR ME WHAT THE AVERAGE OF THE

15:11    6   PEAK VELOCITIES OF THE INDIVIDUAL WAVES WERE FOR THE DATA.

15:11    7   THEN I MADE THE SAME ESTIMATE USING THE RESULTS THAT DR. BEA

15:12    8   SHOWED IN HIS REPORT.  SO I'M COMPARING --

15:12    9   Q.   WAIT, WAIT, WAIT.

15:12   10            MR. BRUNO:  MAY I LEARN WHEN HE ASKED MR. HUGHES TO

15:12   11   DO THIS?  BECAUSE IT WASN'T IN HIS REPORT.  I'M NOT GOING TO

15:12   12   OBJECT, I JUST WANT TO CONFIRM IT FOR THE RECORD.

15:12   13   BY MR. MITSCH:

15:12   14   Q.   WHEN DID YOU ASK MR. HUGHES TO DO IT?

15:12   15   A.   I DON'T RECALL, TO BE HONEST WITH YOU.

15:12   16            THE COURT:  LET'S SEE IF WE CAN PIN THAT DOWN.  WAS

15:12   17   IT AFTER YOUR REPORT?

15:12   18            THE WITNESS:  I BELIEVE IT WAS.

15:12   19            THE COURT:  WAS IT AFTER YOUR DEPOSITION?

15:12   20            THE WITNESS:  I DON'T BELIEVE IT WAS.

15:12   21            MR. BRUNO:  THANK YOU.

15:12   22            THE COURT:  IS THAT ENOUGH BRACKET?

15:12   23            MR. BRUNO:  THAT'S A BRACKET.  IT'S A REAL SMALL ONE.

15:12   24   BY MR. MITSCH:

15:12   25   Q.   MR. HUGHES' DATA, WHERE ARE THEY REPRESENTED ON THIS

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:12 | 1 | CHART? |
| 15:12 | 2 | **A.**   WELL, WHAT THIS CHART SHOWS ON THE BOTTOM SCALE WOULD BE |
| 15:12 | 3 | THE AVERAGE PEAK VELOCITY FROM THE MEASURED DATA FROM HUGHES. |
| 15:13 | 4 | ON THE LEFT-HAND SIDE WOULD BE THE AVERAGE PEAK VELOCITY FROM |
| 15:13 | 5 | THE LS-DYNA DATA.  SO LET'S PICK AN EXAMPLE. |
| 15:13 | 6 | IF THERE WAS PERFECT AGREEMENT, AND FROM THE HUGHES |
| 15:13 | 7 | DATA WE HAD A VELOCITY OF 10 FOOT PER SECOND AND THE LS-DYNA |
| 15:13 | 8 | ALSO HAD 10 FOOT PER SECOND, THE COMPARISON WOULD PLOT UP AT |
| 15:13 | 9 | THIS RED POINT:  10 HUGHES MEASURED, 10 COMPUTED WITH THE |
| 15:13 | 10 | LS-DYNA RESULTS.  SO THIS LINE -- AND WE CALL THIS THE LINE OF |
| 15:13 | 11 | PERFECT AGREEMENT IF THE DATA FALL ALONG THAT LINE. |
| 15:13 | 12 | WHAT WE SEE IS THAT THE AVERAGE PEAK VELOCITIES |
| 15:13 | 13 | COMPUTED WITH LS-DYNA RANGE FROM APPROXIMATELY 16 FOOT PER |
| 15:13 | 14 | SECOND TO 18 FOOT PER SECOND, WHEREAS THE MEASURED DATA FROM |
| 15:13 | 15 | HUGHES ARE ALL IN THE RANGE OF 10 FOOT PER SECOND.  SO THIS IS |
| 15:14 | 16 | QUITE A SIGNIFICANT DIFFERENCE, PROBABLY 50, 60 PERCENT, EVEN |
| 15:14 | 17 | GREATER.  WHEREAS THE LINEAR THEORY SUGGESTED THE DIFFERENCE |
| 15:14 | 18 | WOULD BE 40 PERCENT DIFFERENCE, IN ACTUALITY, WE GET A MUCH |
| 15:14 | 19 | LARGER DIFFERENCE.  THIS MEANS THAT ALL THE EROSION |
| 15:14 | 20 | COMPUTATIONS ARE GOING TO BE OVERSTATED BY A SIGNIFICANT |
| 15:14 | 21 | AMOUNT. |
| 15:14 | 22 | **Q.**   WHY DO YOU BELIEVE THAT THERE IS THIS EXAGGERATION OR |
| 15:14 | 23 | OVERSTATEMENT? |
| 15:14 | 24 | **A.**   IT SIMPLY STEMS FROM THE USE OF A MONOCHROMATIC WAVE |
| 15:14 | 25 | APPROACH TO REPRESENT WHAT ARE, IN REALITY, HIGHLY IRREGULAR |

FINAL DAILY COPY

15:14   1   WAVES.

15:14   2   **Q.**   THAT'S WHY YOU BELIEVE HIS VALIDATION IS SO FAR OFF?

15:14   3   **A.**   YES.

15:14   4   **Q.**   DO YOU BELIEVE, THEN, THE VALIDATION IS, IN FACT, CORRECT?

15:14   5   **A.**   NO.  I WOULD NOT CALL THIS A VALIDATED MODEL.

15:14   6   **Q.**   LET'S GO TO GRASS LIFTOFF.

15:15   7          **THE COURT:**  JUST SO I UNDERSTAND IT A LITTLE

15:15   8   BETTER -- AND I'M SORRY.  THE MONOCHROMATIC WAVE ASSUMES THAT

15:15   9   ALL OF THE WAVES -- CORRECT ME BECAUSE I DON'T WANT TO GET THIS

15:15   10  WRONG -- ALL OF THE SIGNIFICANT WAVES ARE AT A UNIFORM HEIGHT?

15:15   11         **THE WITNESS:**  YEAH.  THE MONOCHROMATIC WAVE ASSUMES

15:15   12  THAT EACH AND EVERY SINGLE WAVE EVEN HAS A WAVE LIKE THIS EQUAL

15:15   13  TO THE SIGNIFICANT WAVE HEIGHT, AND I MEAN FROM THE SWAN MODEL.

15:15   14         **THE COURT:**  WHEN YOU SAY "EACH AND EVERY WAVE," MY

15:15   15  UNDERSTANDING OF THE SIGNIFICANT WAVE HEIGHT WAS, GIVE OR TAKE,

15:15   16  IN ESSENCE, 66 AND TWO-THIRDS PERCENT OF THE WAVES ARE LESS AND

15:15   17  33 AND ONE-THIRD ARE MORE?

15:15   18         **THE WITNESS:**  ACTUALLY, IT'S CLOSER TO 85 PERCENT ARE

15:15   19  LOWER AND 15 PERCENT ARE HIGHER.

15:15   20         **THE COURT:**  OH, YES.  YOU EXPLAINED THAT EARLIER.

15:15   21  YOU GO IN BETWEEN 66 AND TWO-THIRDS AND 100 AND YOU GET 15

15:16   22  BELOW AND 15 ABOVE, IN ESSENCE, SOMETHING LIKE THAT?

15:16   23         **THE WITNESS:**  HE'S BASICALLY NOT ACCOUNTING FOR THE

15:16   24  FACT THAT MANY OF THE WAVES ARE SMALLER IN THE SIGNIFICANT WAVE

15:16   25  HEIGHT.  HE'S ASSUMING THAT ALL OF THEM HAVE A MUCH HIGHER WAVE

FINAL DAILY COPY

15:16   1   HEIGHT.

15:16   2          THE COURT:  THE THING I WANTED TO MAKE SURE IS:  WHEN

15:16   3   WE SAY "ALL OF THE WAVES," WE'RE TALKING ABOUT ALL OF THE

15:16   4   SIGNIFICANT WAVES.  HE'S NOT ASSUMING THAT ALL OF THE WAVES ARE

15:16   5   SIGNIFICANT WAVES?

15:16   6          THE WITNESS:  I THINK HE IS.

15:16   7          THE COURT:  SO YOU MEAN EACH AND EVERY WAVE, EVEN

15:16   8   THOSE THAT FALL BELOW THE SIGNIFICANT WAVE, HE'S ASSUMING THOSE

15:16   9   ARE THE SAME HEIGHT AS WELL?

15:16   10         THE WITNESS:  I THINK THAT'S A CORRECT INTERPRETATION

15:16   11   OF WHAT HE'S DOING.

15:16   12         THE COURT:  I HAVE NO WAY OF KNOWING OTHER THAN

15:16   13   THROUGH TESTIMONY.  SO THAT'S YOUR TESTIMONY IS THAT ALL WAVES,

15:16   14   EACH AND EVERY WAVE, FROM THE SMALLEST TO THE LARGEST OF THESE

15:16   15   IRREGULAR WAVES, ARE, IN FACT, THE HEIGHT OF A MONOCHROMATIC

15:16   16   SIGNIFICANT WAVE?

15:16   17         THE WITNESS:  THAT'S HOW HE'S TREATING THEM.

      18   BY MR. MITSCH:

15:17   19   Q.   FIRST OF ALL, JUST FOR THE RECORD, WHAT IS *GRASS LIFTOFF*?

15:17   20   A.   IT'S A TERM DR. BEA USES TO BASICALLY CONSTITUTE THE POINT

15:17   21   IN TIME WHEN THE GRASS COVER WOULD BE ERODED FROM THE SURFACE

15:17   22   OF THE LEVEE.

15:17   23   Q.   IT'S THE FIRST STOP IN THE EROSION PROCESS; RIGHT?

15:17   24   A.   CORRECT.  IN HIS MODEL YOU HAVE TO ERODE THE TURF BEFORE

15:17   25   YOU ERODE THE UNDERLYING SOIL.

15:17    1   **Q.**   WHAT'S GRASS LIFTOFF RELATED TO?

15:17    2   **A.**   I'M NOT REALLY SURE.  WHEN I READ HIS REPORT, HE SUGGESTED

15:17    3   HE WAS USING THE MODEL OF SEIJFFERT AND VERHEIJ.  I HAD LOOKED

15:17    4   AT THE MODEL AND I WAS GETTING MUCH LARGER LIFTOFF TIMES IF I

15:17    5   APPLIED THEIR MODEL.  SO IT'S CLEAR TO ME HE'S NOT USING THE

15:17    6   MODEL OF SEIJFFERT AND VERHEIJ.  I'M NOT QUITE SURE WHAT HE'S

15:17    7   USING.  THERE'S A CHART IN HIS REPORT THAT SHOWS WHAT HE'S

15:17    8   USING.

15:17    9   **Q.**   LET'S GO TO U.S. DEMONSTRATIVE EXHIBIT 17, OUR SLIDE 62.

15:18   10   AGAIN, THERE'S A BIT GOING ON ON THIS FIGURE.  I'M GOING TO GO

15:18   11   TO THE FIRST ONE.

15:18   12           GO TO THE ONE BEFORE IT.  WHAT IS THIS?  ORIENT US.

15:18   13   **A.**   WHAT WE SHOW HERE IS SOMETHING THAT'S ANALOGOUS TO THE

15:18   14   GRASS LIFTOFF MODEL THAT DR. BEA USES.  ALONG THE HORIZONTAL

15:18   15   AXIS WOULD BE SIGNIFICANT WAVE HEIGHT AT THE IMPACT ZONE IN

15:19   16   FEET.  ALONG THE LEFT-HAND SIDE WOULD BE THE TIME IT WOULD TAKE

15:19   17   TO FAIL THE GRASS AT A PARTICULAR WAVE HEIGHT.  THERE'S

15:19   18   ACTUALLY SIX CURVES THAT ARE SHOWN HERE.

15:19   19           THE GREEN, THE BLUE, AND THE RED ARE VALUES THAT YOU

15:19   20   GET IF YOU APPLY THE SEIJFFERT AND VERHEIJ MODEL FOR GOOD,

15:19   21   MODERATE, AND POOR GRASS COVER.  THE GREEN WOULD BE APPLICATION

15:19   22   OF THE SEIJFFERT AND VERHEIJ MODEL AS THEY SPELLED IT OUT IN

15:19   23   THE PUBLICATION.  THE BLUE WOULD BE THE SEIJFFERT AND VERHEIJ

15:19   24   MODEL FOR MODERATE GRASS COVER.  THE SOLID RED WOULD BE THE

15:19   25   SEIJFFERT AND VERHEIJ MODEL FOR POOR GRASS COVER.

15:19  1          SO I'LL JUST GIVE YOU AN EXAMPLE, LET'S SAY, NORMAL

15:20  2    GRASS COVER USING THE SEIJFFERT AND VERHEIJ MODEL.  IF WE HAD A

15:20  3    SIGNIFICANT WAVE HEIGHT OF 2 FEET AT, SAY, THE TOE OF THE

15:20  4    LEVEE, WHAT THE SEIJFFERT AND VERHEIJ MODEL SUGGESTS IS THAT

15:20  5    FOR MODERATE GRASS COVER, IT WOULD TAKE APPROXIMATELY 20 HOURS

15:20  6    TO REMOVE THE TURF ON A CLAY LEVEE WITH MODERATE GRASS COVER.

15:20  7          FROM OUR CALCULATIONS I BELIEVE WE GET A SIGNIFICANT

15:20  8    WAVE HEIGHT OF 2 FEET ACTING FOR SEVERAL HOURS ALONG THE ENTIRE

15:20  9    LENGTH OF THE LEVEE ALONG REACH 2.  SO THE SEIJFFERT AND

15:20  10   VERHEIJ MODEL WOULD SUGGEST IT WOULD TAKE ABOUT 20 HOURS WITH A

15:20  11   SIGNIFICANT WAVE HEIGHT OF 2 FEET.

15:20  12         THE COURT:  THAT'S THE POOR GRASS DENSITY?

15:21  13         THE WITNESS:  I WAS CITING THE MODERATE.  IF IT WERE

15:21  14   POOR, IT WAS --

15:21  15         THE COURT:  I'M TRYING TO FIGURE OUT WHERE YOU'RE

15:21  16   GETTING THE MODERATES.  YOU'RE LOOKING AT THE BLUE?

15:21  17         THE WITNESS:  THE BLUE, YEAH, AT A SIGNIFICANT WAVE

15:21  18   HEIGHT OF 2.

15:21  19         THE COURT:  20 HOURS IS WHERE YOU START GETTING GRASS

15:21  20   LIFTOFF?

15:21  21         THE WITNESS:  THAT'S CORRECT.

15:21  22         THE COURT:  ALL RIGHT.  I UNDERSTAND.

15:21  23         THE WITNESS:  SO IF IT WERE POOR GRASS COVERING, IT

15:21  24   WOULD HAPPEN A LITTLE SOONER, MAYBE 12 HOURS, PERHAPS.

15:21  25         THE COURT:  OKAY.


                        FINAL DAILY COPY

15:21    1              **THE WITNESS:**  ON THE RED CURVE.  IF IT WERE GOOD

15:21    2    GRASS COVER, IT WOULD TAKE EVEN LONGER.

15:21    3              **THE COURT:**  YOU DESCRIBED GRASS LIFTOFF.  DOES THAT

15:21    4    MEAN TOTAL GRASS LIFTOFF?

15:21    5              **THE WITNESS:**  I THINK THE WAY DR. BEA USES THE TERM,

15:21    6    HE HAS A DAMAGE ACCUMULATION MODEL, AND I THINK IT CORRESPONDS

15:21    7    TO ROUGHLY 100 PERCENT DAMAGE OF THE TURF.  SO, BASICALLY,

15:21    8    COMPLETE EROSION OF THE GRASS COVER, ALLOWING THE EROSION OF

15:21    9    THE SOIL TO PROCEED.

15:22   10    **BY MR. MITSCH:**

15:22   11    **Q.**   NOW, THE LINES THAT ARE RIGHT ALONG OR APPEAR NEAR TO THE

15:22   12    X AXIS, WHAT ARE THEY?

15:22   13    **A.**   THE THREE CURVES SHOWN AT THE VERY BOTTOM OF THIS PLOT ARE

15:22   14    VALUES FROM DR. BEA'S GRASS LIFTOFF MODEL.  INITIALLY, I

15:22   15    THOUGHT HE WAS USING A SEIJFFERT AND VERHEIJ MODEL, BUT IT

15:22   16    TURNS OUT THAT HE'S USING SOMETHING QUITE DIFFERENT THAN THE

15:22   17    SEIJFFERT AND VERHEIJ MODEL.

15:22   18    **Q.**   LET'S GO TO THE SECOND PAGE OF THIS DEMONSTRATIVE EXHIBIT.

15:22   19    DOES THIS REPRESENT THE BEA MODEL?

15:22   20    **A.**   YES, IT DOES.  THE SEIJFFERT AND VERHEIJ MODEL WAS

15:22   21    DEVELOPED FOR GRASS-COVERED CLAY LEVEES.  BASED ON THE DATA

15:22   22    THAT I'VE LOOKED AT, MOST OF THE LEVEE ALONG REACH 2 IS, IN

15:22   23    FACT, GRASS-COVERED CLAY.  SO HE'S USING VALUES THAT ARE QUITE

15:23   24    DIFFERENT THAN THOSE COMING FROM THE SEIJFFERT AND VERHEIJ

15:23   25    MODEL.

15:23    1          FOR EXAMPLE, LET'S GO BACK TO THE SIGNIFICANT WAVE

15:23    2    HEIGHT OF 2 FEET.  FOR THE MODERATE GRASS COVER, WE WERE

15:23    3    GETTING, YOU RECALL, ABOUT 20 HOURS OF LIFTOFF TIME.  DR. BEA

15:23    4    IS GETTING ABOUT ONE HOUR IT TAKES TO LIFT OFF THE GRASS.  FOR

15:23    5    A VALUE OF GOOD GRASS COVER, I RECALL, WITH THE SEIJFFERT AND

15:23    6    VERHEIJ MODEL, WE WERE GETTING -- IT WAS GOING TO TAKE 40 HOURS

15:23    7    AT A SIGNIFICANT WAVE HEIGHT.  DR. BEA'S MODEL IS INDICATING A

15:23    8    LIFTOFF TIME OF LESS THAN TWO HOURS.

15:23    9    **Q.**   LET'S TAKE A SIGNIFICANT WAVE HEIGHT OF 1 FOOT.

15:23   10    **A.**   FOR A SIGNIFICANT WAVE HEIGHT OF 1 FOOT, DR. BEA'S MODEL

15:23   11    WOULD SUGGEST, FOR GOOD GRASS COVER, IT WOULD TAKE SEVEN HOURS

15:23   12    OF TIME FOR A SIGNIFICANT WAVE HEIGHT OF 1 FOOT TO REMOVE THE

15:24   13    GRASS.

15:24   14          LIKE I SAID EARLIER, IF YOU GO BACK TO THE 2 FOOT,

15:24   15    OUR CALCULATIONS SHOW THAT IT SEEMS CLEARLY THAT A 2-FOOT WAVE

15:24   16    HEIGHT IS EXCEEDED ALONG ALL OF REACH 2 FOR AT LEAST TWO HOURS.

15:24   17    HIS LIFTOFF MODEL SUGGESTS THAT REALLY THERE SHOULD BE GRASS

15:24   18    LIFTOFF EVERYWHERE ALONG REACH 2.

15:24   19    **Q.**   OBVIOUSLY, THE PHOTOGRAPHIC EVIDENCE INDICATES THAT THERE

15:24   20    WERE SUBSTANTIAL STRETCHES THAT STILL HAD GRASS?

15:24   21    **A.**   THAT'S CORRECT.

15:24   22    **Q.**   WHAT'S THE SIGNIFICANCE OF THE FACT THAT --

15:24   23          **THE COURT:**  EXCUSE ME.  ARE YOU SAYING HIS MODEL

15:24   24    DIDN'T TAKE INTO ACCOUNT, LET'S SAY, THE DISTANCE THAT THE BERM

15:24   25    WAS FROM THE WATER AND THE VEGETATION?  ARE WE ASSUMING

15:25   1    EVERYTHING IS UNIFORM?  I JUST DON'T UNDERSTAND IT.

15:25   2            **THE WITNESS:**  NO.  I'M NOT SURE.  HE HAD HIS OWN

15:25   3    TECHNIQUE FOR BRINGING THE WAVES FROM THE OUTPUT LOCATION OF

15:25   4    THE SWAN MODEL UP TO THE LEVEE ITSELF.  BUT I THINK WHEN HE

15:25   5    SAYS "WAVE HEIGHT AT THE IMPACT ZONE," I BELIEVE HE'S REFERRING

15:25   6    TO THE WAVE HEIGHT RIGHT AT THE TOE OF THE LEVEE.

15:25   7            **THE COURT:**  I'M JUST WONDERING IF THERE'S ANYTHING IN

15:25   8    HIS CALCULATIONS THAT YOU'VE SEEN THAT TAKE INTO ACCOUNT THE

15:25   9    ANOMALY -- THE NONUNIFORMITY OF THE CHANNEL AND THE FORESHORE

15:25   10   PROTECTION.

15:25   11           **THE WITNESS:**  I DON'T KNOW THE ANSWER TO THAT.

15:25   12           **THE COURT:**  THANK YOU, SIR.

15:25   13               GO AHEAD.

15:25   14   **BY MR. MITSCH:**

15:25   15   **Q.**   THE UPSHOT OF ALL OF THIS IS THAT, ACCORDING TO THIS

15:25   16   CHART, DR. BEA HAS AGAIN OVERSTATED THE VELOCITIES -- NOT THE

15:25   17   VELOCITIES BUT THE TIME OF GRASS LIFTOFF?

15:25   18   **A.**   THAT'S CORRECT.  BASED ON WHAT I COULD ASCERTAIN, DR. BEA

15:26   19   HAS REDUCED THE LIFTOFF TIMES FOR THE GRASS BY A FACTOR OF 15

15:26   20   OR 20 COMPARED TO THE VALUES THAT ARE SUGGESTED BY THE

15:26   21   SEIJFFERT AND VERHEIJ MODEL UNALTERED.  SO THE IMPLICATION OF

15:26   22   THAT IS YOU'RE GOING TO GET VERY RAPID GRASS LIFTOFF AS SOON AS

15:26   23   THAT LEVEE BEGINS TO GET LOADED WITH WINDS AND WAVE CONDITION.

15:26   24   **Q.**   ARE YOU AWARE OF ANY CURRENT ENGINEERING GUIDANCE THAT

15:26   25   USES DR. BEA'S GRASS LIFTOFF MODEL?

15:26   1   **A.**   NO, I'M NOT.

15:26   2   **Q.**   LET'S GO ON TO THE THIRD STEP, WHICH I BELIEVE YOU

15:26   3   DESCRIBED AS THE ERODIBILITY COMPONENT OF DR. BEA'S MODEL.  IN

15:26   4   HIS MODELING, DOES THE EROSION OF THE LEVEE SOIL OR SEDIMENT

15:26   5   ONLY BEGIN ONCE THE GRASS COVER IS ERODED?

15:26   6   **A.**   THAT'S CORRECT.

15:26   7   **Q.**   WHAT ASPECTS OF HIS SOIL ERODIBILITY MODELING DO YOU

15:27   8   BELIEVE ARE DEFICIENT?

15:27   9   **A.**   WELL, THERE WERE SEVERAL ASPECTS.  I THINK IT STARTS WITH

15:27   10   THE COLLECTION AND PREPARATION OF THE SAMPLES THAT HE UTILIZED

15:27   11   TO CHARACTERIZE ERODIBILITY ALONG REACH 2.  I BELIEVE THE FLUME

15:27   12   THAT WAS USED TO ASSESS THE ERODIBILITY OF THE SEDIMENTS REALLY

15:27   13   IN NO WAY REPLICATES THE KIND OF HYDRODYNAMIC CONDITIONS THAT

15:27   14   EXISTED AT THE LEVEL.  I BELIEVE THE ERODIBILITY CURVES THAT HE

15:27   15   USED GROSSLY OVERSTATE THE EROSION POTENTIAL OF THE SOIL ALONG

15:27   16   REACH 2.

15:27   17   **Q.**   LET'S GO THROUGH THESE STEP BY STEP.  DO YOU HAVE ANY

15:27   18   CRITICISMS OF HOW THE SOIL SAMPLES WERE COLLECTED?  BEFORE YOU

15:27   19   ANSWER, WHAT I'D LIKE TO DO IS REFER YOU TO PAGE 211, FIGURE 41

15:27   20   OF YOUR REPORT, WHICH IS SLIDE 64.  THAT'S PAGE 65.  THERE ARE

15:28   21   VARIOUS LETTERS WITH NUMBERS AFTER THEM, S9, S10, S4.  WHAT ARE

15:28   22   THOSE AND WHICH ARE RELEVANT TO OUR DISCUSSION?

15:28   23   **A.**   THESE ARE VARIOUS LOCATIONS WHERE SOIL SAMPLES WERE

15:28   24   COLLECTED BY THE ILIT TEAM.  THE ONES THAT ARE OF GREATEST

15:28   25   INTEREST TO ME ARE THE ONES SOUTH OF BAYOU BIENVENUE THAT

15:28   1   DR. BEA USED TO CHARACTERIZE WHAT HE CONSIDERED HIGH

15:28   2   ERODIBILITY SOIL AS WELL AS VERY HIGH ERODIBILITY SOIL.

15:28   3            **THE COURT:**  DO YOU WANT TO POINT THOSE OUT?

15:28   4            **THE WITNESS:**  HE USED S4 FOR THE VERY HIGH

15:28   5   ERODIBILITY, AND I BELIEVE HE USED S5 TO CHARACTERIZE HIGH

15:29   6   ERODIBILITY SOIL.

15:29   7   **BY MR. MITSCH:**

15:29   8   **Q.**   NOW, DO YOU KNOW HOW THESE WERE ACTUALLY COLLECTED?

15:29   9   **A.**   IN HIS TESTIMONY THE OTHER DAY, HE DESCRIBED HOW HE

15:29   10   BASICALLY TOOK SHOVELS FULL OF SOIL AND PUT THEM IN MILK

15:29   11   CARTONS AND TRANSPORTED THEM BACK TO THE LABORATORY FOR

15:29   12   TESTING.

15:29   13   **Q.**   OKAY.

15:29   14   **A.**   THAT'S NOT THE WAY TO ACQUIRE A PROPER SOIL SAMPLE OF A

15:29   15   COHESIVE SOIL FOR TESTING.  THE PREFERRED METHOD IS TO COLLECT

15:29   16   THE SAMPLE IN AN UNDISTURBED WAY.  BECAUSE FOR COHESIVE

15:29   17   SEDIMENTS, THEIR ERODIBILITY CHARACTERISTICS ARE FUNDAMENTALLY

15:29   18   RELATED TO THE INTERPARTICLE FORCES IN THE COHESIVENESS BETWEEN

15:29   19   THE SOIL PARTICLES.  WHEN YOU JUST TAKE A SHOVEL AND PICK UP A

15:29   20   SAMPLE AND PUT IT IN A MILK CARTON AND CARRY IT BACK TO THE

15:30   21   LAB, YOU HAVE COMPLETELY DESTROYED ALL THE COHESIVE PROPERTIES

15:30   22   THAT A SEDIMENT SAMPLE WOULD HAVE HAD IN ITS IN-SITU CONDITION

15:30   23   AS IT EXISTED IN THAT LEVEE.

15:30   24            THE PREFERRED METHOD WOULD BE WHAT THEY DID WITH MOST

15:30   25   OF THE SAMPLES, WHICH WOULD BE TAKE A DRILLING DEVICE, A CORING

FINAL DAILY COPY

15:30   1   DEVICE, TRY TO EXTRACT A PLUG IN A WAY THAT DISTURBS THAT

15:30   2   SAMPLE THE LEAST, AND THEN TAKE THE UNDISTURBED SAMPLE BACK TO

15:30   3   THE LAB AND SUBJECT IT TO TESTING.

15:30   4   **Q.**   YOU ALSO STATED THAT THERE WAS SOME COMPACTION INVOLVED IN

15:30   5   THIS PROCESS.  WHAT'S COMPACTION, AND DO YOU HAVE ANY

15:30   6   CRITICISMS OF THAT?

15:30   7   **A.**   COMPACTION OR DENSITY IS A CRUCIAL PROPERTY THAT

15:30   8   DETERMINES THE ERODIBILITY OF COHESIVE SEDIMENTS, AND YOU HAVE

15:30   9   TO ACQUIRE THESE KINDS OF SAMPLES IN AN UNDISTURBED WAY OR YOU

15:31   10   COMPLETELY DESTROY THE DENSITY PROPERTIES OF THE MATERIAL AS IT

15:31   11   WAS INSIDE THE LEVEE.  THEY RECOGNIZED THIS -- THE ILIT AUTHORS

15:31   12   RECOGNIZED THAT THIS WAS A PROBLEM.  THEY BROUGHT BACK SAMPLES

15:31   13   THAT WERE COLLECTED WITH SHOVEL AND THEY HAD NO IDEA WHAT THE

15:31   14   ACTUAL IN-SITU DENSITY WOULD HAVE BEEN.

15:31   15          SO THEY APPLIED SOME ARTIFICIAL COMPACTION TO THE

15:31   16   SAMPLES IN AN ATTEMPT TO TRY TO BRACKET THE RIGHT ANSWER.  THEY

15:31   17   APPLIED SOME VERY EXTREME COMPACTION LEVELS TO THE SAMPLES.

15:31   18   ONE THEY CALLED AN EXTREME LOW-LEVEL SAMPLE THAT WAS HARDLY

15:31   19   COMPACTED AT ALL, THEN ONE OF THE SAMPLES THEY USED EXTREMELY

15:31   20   HIGH COMPACTION.  UNFORTUNATELY, THEY ONLY DID THE HIGH AND THE

15:31   21   LOW FOR ONE LOCATION.  AT THE OTHER LOCATIONS, THEY ONLY DID

15:32   22   THE EXTREMELY LOW LEVEL OF COMPACTION ON THE SAMPLE.  SO WHEN

15:32   23   YOU DO LOW LEVEL OF COMPACTION, EXTREME LOW LEVEL OF

15:32   24   COMPACTION, OBVIOUSLY YOU'RE GOING TO GET THE SEDIMENT TO ERODE

15:32   25   EXTREMELY RAPIDLY WHEN YOU SUBJECT IT TO ERODING.

FINAL DAILY COPY

15:32   1   **Q.**   NOW, THEY HAD TO BE ANALYZED.  DO YOU HAVE ANY

15:32   2   CRITICISMS -- FIRST, DO YOU HAVE ANY CRITICISMS OF HOW THEY

15:32   3   WERE ANALYZED?

15:32   4   **A.**   YEAH.  AS I SAID, THE FLUME THEY USED IN NO WAY AT ALL

15:32   5   REPLICATES THE KIND OF LOADINGS ON THE FRONT FACE.

15:32   6   **Q.**   WHAT'S A FLUME?

15:32   7   **A.**   THERE'S TWO TYPES OF FLUME, REALLY.  THE ONE I DESCRIBED

15:32   8   EARLIER THAT THE DUTCH USED -- THE WAY THE DUTCH WOULD APPROACH

15:32   9   THIS PROBLEM IS THEY WOULD IN A LARGE, BASICALLY CONCRETE

15:32   10  SHOEBOX BUILD AN ACTUAL PROTOTYPED SCALE LEVEE AT ONE END THAT

15:32   11  WOULD GENERATE WAVES AT THE OTHER END OF THE FLUME, ALLOW THOSE

15:32   12  WAVES TO BREAK ON THE LEVEE, AND MONITOR THE EROSION OF THE

15:32   13  LEVEE ITSELF AND CHARACTERIZE ERODIBILITY.

15:33   14        THE OTHER TYPE OF FLUME IS A FLUME THAT WAS APPLIED

15:33   15  BY DR. BRIAUD TO ANALYZE THESE SAMPLES.  IT'S NOTHING MORE THAN

15:33   16  A PIPE SYSTEM THROUGH WHICH WE'RE PUMPING WATER IN A

15:33   17  RECIRCULATING FASHION, AND THEN A CORE OF SEDIMENT IS THRUST UP

15:33   18  INTO THE BOTTOM OF THIS PIPE WITH RECIRCULATING WATER.  THEY'RE

15:33   19  MONITORING THE EROSION OFF THE SURFACE OF THE CORE SAMPLE TO

15:33   20  ESTIMATE HOW QUICKLY IT ERODES UNDER DIFFERENT VELOCITY

15:33   21  CONDITIONS.

15:33   22        **THE COURT:**  QUESTION.  I'M LOOKING AT THIS HERE,

15:33   23  WHICH I UNDERSTAND IS A COMPENDIUM AND LOCATION OF THE ILIT

15:33   24  SOIL SAMPLES.  IS THAT CORRECT?

15:33   25        **THE WITNESS:**  CORRECT.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:33 | 1 | **THE COURT:** WERE THERE ANY OTHER SOIL SAMPLES THAT |
| 15:33 | 2 | YOU KNOW THAT WERE INVOLVED IN ANALYZING THE SOIL ON REACH 2? |
| 15:33 | 3 | **THE WITNESS:** YEAH. HE DID USE S3, WHICH WAS |
| 15:34 | 4 | ACQUIRED WITH A CORING DEVICE, AND HE USED THAT -- THAT WAS |
| 15:34 | 5 | COLLECTED NORTH OF BIENVENUE, IT'S MY UNDERSTANDING, AND HE |
| 15:34 | 6 | USED THAT TO CHARACTERIZE WHAT HE CONSIDERED TO BE LOW |
| 15:34 | 7 | ERODIBILITY SOIL. |
| 15:34 | 8 | **THE COURT:** I GUESS MY QUESTION WAS: ARE THERE OTHER |
| 15:34 | 9 | SOIL SAMPLES TAKEN BY ANYONE ELSE THAT YOU HAVE GONE OVER AND |
| 15:34 | 10 | LOOKED AT? |
| 15:34 | 11 | **THE WITNESS:** NO. I'VE LOOKED JUST AT THE SAMPLES |
| 15:34 | 12 | THAT HE USED TO ESTIMATE THE ERODIBILITY. |
| 15:34 | 13 | **THE COURT:** IS ANY DEFENSE EXPERT GOING TO SPEAK TO |
| 15:34 | 14 | ANY SAMPLES THEY TOOK? |
| 15:34 | 15 | **THE WITNESS:** I DON'T KNOW. |
| 15:34 | 16 | **THE COURT:** THANK YOU. |
| 13:20 | 17 | **BY MR. MITSCH:** |
| 15:34 | 18 | **Q.** DID YOU FINISH YOUR ANSWER ON THE KIND OF FLUME TEST? |
| 15:34 | 19 | **A.** YES. I WANT TO MAKE A COUPLE MORE COMMENTS ABOUT THE |
| 15:34 | 20 | FLUME. IF YOU REALLY LOOK AT WHAT'S ERODING THE FRONT FACE OF |
| 15:34 | 21 | THIS LEVEE, THIS WOULD BE BREAKING WAVES. THESE WOULD BE |
| 15:34 | 22 | PLUNGING TYPES OF BREAKERS, WHERE THE WAVES WOULD BE CURLING |
| 15:35 | 23 | OVER AND IMPACTING THE SURFACE OF THE LEVEE AND THE WATER |
| 15:35 | 24 | COLUMN, GENERATING HIGH LEVELS OF TURBULENCE. |
| 15:35 | 25 | ON THE FRONT FACE, WE'D BE HAVING VELOCITIES THAT GO |

15:35   1   BACK AND FORTH IN AN OSCILLATORY WAY.  WE'D HAVE WAVES THAT ARE

15:35   2   RUNNING UP THE SLOPE, COMING BACK DOWN THE SLOPE AND CRASHING

15:35   3   INTO OTHER WAVES THAT ARE TRYING TO RUN UP THE SLOPE.  IF YOU

15:35   4   HAVE EVER GONE TO THE BEACH AND SEE SOME WAVES RUSH UP, AND AS

15:35   5   THEY COME BACK, THEY CRASH INTO THE NEXT WAVE THAT'S TRYING TO

15:35   6   RUN UP THE SLOPE.

15:35   7           THIS IS A VERY HIGHLY COMPLEX AND COMPLICATED FLOW

15:35   8   FIELD.  JUST TO RECIRCULATE WATER THROUGH A PIPE AT A CONSTANT

15:35   9   SPEED IN NO WAY AT ALL REPLICATES THE KIND OF HYDRODYNAMIC

15:35   10  LOADING THAT EXISTED ON THE FRONT FACE OF THOSE LEVEES.

15:35   11  Q.   NEVERTHELESS, DR. BEA USED THOSE RESULTS IN HIS SOIL

15:35   12  EROSION MODELING; IS THAT RIGHT?

15:35   13  A.   THAT'S CORRECT.

15:35   14  Q.   EXPLAIN HOW DR. BEA USED THOSE RESULTS IN HIS SOIL EROSION

15:36   15  MODELING.

15:36   16  A.   WELL, AS I SAID, THE AUTHORS OF THE ILIT REPORT REALIZED

15:36   17  THAT BY COLLECTING THESE SAMPLES IN A DISTURBED WAY, THEY HAD

15:36   18  NO IDEA WHAT THE ACTUAL DENSITY WAS.  SO, THEREFORE, THERE'S NO

15:36   19  WAY THEY WOULD KNOW THE ACTUAL ERODIBILITY CHARACTERISTICS OF

15:36   20  THOSE SAMPLES.  SO THEY RECOMMENDED THESE TWO EXTREME LEVELS OF

15:36   21  COMPACTION, HOPING AND PRESUMING CORRECTLY THAT THE ACTUAL RATE

15:36   22  OF COMPACTION AND DENSITY WOULD BE SOMEWHERE IN BETWEEN.

15:36   23          DR. BEA CHOSE NOT TO USE ANY OF THE HIGH-COMPACTION

15:36   24  INFORMATION.  THE ONLY SAMPLES THAT HE USED IN HIS ANALYSIS

15:36   25  WERE THOSE THAT WERE SUBJECTED TO AN EXTREMELY UNDERCOMPACTED

| | | |
|---|---|---|
| 15:36 | 1 | STATE, AND SO HIS CURVES ARE GOING TO GROSSLY OVERSTATE THE |
| 15:36 | 2 | ERODIBILITY OF THE SEDIMENTS. |
| 15:36 | 3 | **Q.**   LET'S GO TO THOSE CURVES.   SLIDE 65.   THIS IS DR. BEA'S |
| 15:37 | 4 | TECHNICAL REPORT 1, JULY 2008, FIGURE 45 AND 46, PAGE 57. |
| 15:37 | 5 | NOW, THIS CHART IS FOR THE VERY HIGH ERODIBILITY. |
| 15:37 | 6 | AGAIN, AS YOU HAVE IN THE PAST, JUST ORIENT US AND TELL US |
| 15:37 | 7 | WHAT'S GOING ON HERE. |
| 15:37 | 8 | **A.**   OKAY.   THIS CHART SHOWS RESULTS FROM THE FLUME TESTING ON |
| 15:37 | 9 | THAT SAMPLE FROM SITE S4 THAT WAS SEVERELY UNDERCOMPACTED. |
| 15:37 | 10 | DR. BEA USES THIS PARTICULAR ANALYSIS TO REPRESENT THE |
| 15:37 | 11 | ERODIBILITY CHARACTERISTICS OF VERY HIGH ERODIBILITY MATERIALS |
| 15:38 | 12 | THAT WERE ON THE LEVEE. |
| 15:38 | 13 | ON THE LEFT-HAND SIDE, THERE'S ERODIBILITY GIVEN IN |
| 15:38 | 14 | TERMS OF THE VERTICAL EROSION RATE, THE RATE PERPENDICULAR TO |
| 15:38 | 15 | THE LEVEE FACE, AND IT'S LISTED IN MILLIMETERS PER HOUR.   ON |
| 15:38 | 16 | THE BOTTOM AXIS, IT SAYS:   VELOCITY GIVEN IN METERS PER SECOND. |
| 15:38 | 17 | ON THE RIGHT-HAND SIDE HERE IS A VELOCITY OF 1 METER |
| 15:38 | 18 | PER SECOND, WHICH IS ROUGHLY A VELOCITY OF 3 FOOT PER SECOND. |
| 15:38 | 19 | THIS IS A RELATIVELY LOW VELOCITY.   VELOCITIES ON THE FRONT |
| 15:38 | 20 | FACE EXCEEDED 3 FOOT PER SECOND OFTEN.   OUR CALCULATIONS ON THE |
| 15:38 | 21 | FRONT FACE, WE'RE BASICALLY COMPUTING AVERAGE VELOCITIES OF 3 |
| 15:38 | 22 | FOOT PER SECOND. |
| 15:38 | 23 | **Q.**   SO WE'RE CALCULATING 3 FEET PER SECOND.   LET'S TAKE A LOOK |
| 15:38 | 24 | AT WHAT DR. BEA'S VALUE IS OR ERODIBILITY IS FOR 1 METER PER |
| 15:39 | 25 | SECOND. |

15:39  1  **A.**   THESE ARE THE DATA POINTS, THE BLACK SQUARES, AND THE

15:39  2  DASHED LINE IS THE CURVE THAT DR. BEA FIT TO THE RESULTS.  SO

15:39  3  FOR A VELOCITY OF 3 FOOT PER SECOND, WHICH WAS A TYPICAL

15:39  4  VELOCITY ON THE FRONT FACE OF THIS LEVEE, DR. BEA IS ASSUMING

15:39  5  THAT THE VERTICAL ERODIBILITY RATE WAS ABOUT 50 -- THIS IS ON A

15:39  6  LOGARITHMIC SCALE.  BUT I ESTIMATE THAT TO BE ABOUT 50,000

15:39  7  MILLIMETERS PER HOUR, WHICH IS 50 METERS PER HOUR, WHICH IS

15:39  8  APPROXIMATELY 160 FEET PER HOUR.

15:39  9        SO THE ERODIBILITY RATE THAT HE'S USING IS, IN

15:39  10 ESSENCE, ASSUMING WE HAVE A SOIL LEVEE THAT'S 16 STORIES TALL

15:39  11 AND IT'S ERODING IN ONE HOUR UNDER AN IMPOSED VELOCITY OF 3

15:39  12 FOOT PER SECOND, AND THAT JUST SEEMS TO BE ABSURDLY UNREALISTIC

15:40  13 AS AN ERODIBILITY RATE.

15:40  14        **THE COURT:**  LET ME ASK YOU A QUESTION ON THE

15:40  15 ERODIBILITY RATE.  THE QUESTION I HAVE -- AND IT DOESN'T REALLY

15:40  16 RELATE TO THIS SPECIFIC TESTING, AND IT MAY SOMEHOW MERGE INTO

15:40  17 THE PROFFER -- DID DR. BEA, TO THE PROFFERED RATES -- WITHOUT

15:40  18 GOING INTO THEM, ON THE FRONT, THE VELOCITY PER SECOND, DOES

15:40  19 DR. BEA USE DIFFERENT SPEEDS/VELOCITIES ON THE FRONT, TO YOUR

15:40  20 KNOWLEDGE?

15:40  21        **THE WITNESS:**  I NEVER SAW COMPUTATIONS OF AVERAGE

15:40  22 VELOCITIES IN HIS REPORT, BUT I DID LOOK AT SOME OF HIS LS-DYNA

15:40  23 RESULTS.  ON THE FRONT FACE, HE WAS CALCULATING MAXIMUM

15:40  24 VELOCITIES OF 5, 8 FOOT PER SECOND.

15:41  25        **THE COURT:**  I'D JUST LIKE TO BRACKET THESE THINGS.

FINAL DAILY COPY

15:41    1    THANK YOU.

15:41    2            **THE WITNESS:**  I GUESS THE OTHER COMMENT IS THE IPET

15:41    3    RESULTS.  WE ALSO WERE GETTING 3 TO 5 FOOT PER SECOND

15:41    4    VELOCITIES ON THE FRONT, SO 3 FOOT PER SECOND IS A FAIRLY

15:41    5    TYPICAL VELOCITY.

15:41    6    **BY MR. MITSCH:**

15:41    7    **Q.**   THE IPET RESULTS WEREN'T THAT DIFFERENT FROM THE PROFFERED

15:41    8    RESULTS; RIGHT?

15:41    9    **A.**   NO, THEY WERE NOT.

15:41   10    **Q.**   THAT'S THE VERY HIGH ERODIBILITY.  LET'S TAKE A LOOK AT

15:41   11    THE NEXT CHART AND SEE WHAT HE DOES ON HIGH ERODIBILITY.  THAT

15:41   12    IS SLIDE 66, PX-0075.  I DON'T THINK THAT I IDENTIFIED THE

15:41   13    PLAINTIFFS' EXHIBIT NUMBER BEFORE.

15:41   14            SO THIS IS HIGH ERODIBILITY.  AGAIN, TELL US WHAT'S

15:41   15    GOING ON HERE.

15:41   16    **A.**   IT'S THE SAME TYPE OF CHART.  THIS IS THE SOIL SAMPLE THAT

15:42   17    HE USED, THE RESULTS FROM THE ANALYSIS OF WHICH HE USED TO

15:42   18    CHARACTERIZE HIGH ERODIBILITY.  AGAIN, THE BLACK SQUARES ARE

15:42   19    THE MEASURED DATA, AND THE DOTTED LINE IS -- THE DASHED LINE,

15:42   20    EXCUSE ME, IS THE CURVE THAT DR. BEA FIT THROUGH THE DATA.

15:42   21            AGAIN, YOU SEE A VELOCITY OF ABOUT 1 METER PER

15:42   22    SECOND, A LITTLE BIT MORE THAN 3 FOOT PER SECOND.  WE GET AN

15:42   23    ERODIBILITY VALUE THAT'S BASICALLY ABOUT THE SAME,

15:42   24    50,000 MILLIMETERS PER HOUR OR 50 METERS PER HOUR OR 160 FEET

15:42   25    PER HOUR.  THESE JUST DON'T SEEM REALISTIC AT ALL.  THEY SEEM

FINAL DAILY COPY

15:42  1  GROSSLY TOO HIGH FOR THE ERODIBILITY OF ANY COHESIVE SOIL THAT

15:42  2  I'M FAMILIAR WITH.  IT STEMS FROM THE FACT THAT THESE ARE

15:42  3  EXTREMELY UNDERCOMPACTED, AND THAT'S WHY HE'S GETTING THESE

15:42  4  UNREALISTICALLY HIGH EROSION RATES.

15:43  5  **Q.**   THERE'S A HORIZONTAL LINE RIGHT AT THE TOP THERE.  WHAT'S

15:43  6  THAT?

15:43  7  **A.**   THIS IS A CAP THAT DR. BEA IMPOSED ON THE DATA.  HE PRETTY

15:43  8  MUCH IMPLEMENTED THIS CAP.  WHAT THE CAP SAYS IS -- I CAN GO TO

15:43  9  A VELOCITY OF 3 FOOT PER SECOND AND I GET THIS VERY HIGH

15:43  10  ERODIBILITY RATE, BUT THE CAP SAYS THAT REGARDLESS OF HOW HIGH

15:43  11  THE VELOCITY GETS ABOVE THAT VALUE, I'M STILL GOING TO USE THE

15:43  12  ERODIBILITY RATE.

15:43  13          JUST BASED ON MY EXPERIENCE, THERE'S -- I CAN'T -- I

15:43  14  DON'T HAVE ANY KNOWLEDGE OF WHY ONE WOULD CAP THE ERODIBILITY

15:43  15  CURVE AT SUCH A LOW VALUE OF THE VELOCITY OTHER THAN, IF YOU

15:43  16  HAD USED AN UNCAPPED VALUE, YOU WOULD HAVE GOTTEN EVEN MORE

15:43  17  RIDICULOUS VERTICAL EROSION RATES.  SO I DON'T UNDERSTAND WHY,

15:43  18  OUT OF SUCH A LOW VELOCITY, WE WOULD BE CAPPING THE ERODIBILITY

15:44  19  OF THAT LEVEE SOIL.

15:44  20  **Q.**   LET'S TRY TO PUT THIS INTO PERSPECTIVE WITH SOME OTHER

15:44  21  RESEARCH THAT'S BEEN GOING ON.  LET'S GO BACK TO U.S. SLIDE 12.

15:44  22  THAT'S FIGURE 46 ON PAGE 80 OF YOUR REPORT.  THAT'S FROM AN

15:44  23  ARTICLE WRITTEN BY HEWLETT, ET AL -- H-E-W-L-E-T-T -- IN 1987.

15:44  24  HOW DOES THIS RELATE TO THE INFORMATION THAT DR. BEA JUST GAVE

15:44  25  US?

15:44  1  **A.**   THIS IS THE INFORMATION THAT WE HAVE ABOUT LIFTOFF ON THE

15:44  2  BACK SIDE.  I THOUGHT WE WERE TALKING ABOUT THE FRONT-SIDE

15:45  3  ERODIBILITY RATES.

15:45  4  **Q.**   I'M SORRY.  I'M SORRY.

15:45  5          **MR. MITSCH:**  I'M GETTING TIRED TOO, YOUR HONOR.

15:45  6          **THE COURT:**  IT'S HIGHLY UNDERSTANDABLE.

14:38  7  **BY MR. MITSCH:**

15:45  8  **Q.**   LET'S TAKE US BACK, THEN, TO THE TAKEAWAY POINT ON THESE

15:45  9  ERODIBILITY CURVES.

15:45  10  **A.**   YEAH.  I'VE LOOKED -- AS I SAID, I'VE LOOKED AT A MASTER'S

15:45  11  THESIS OF A PERSON NAMED VISSER THAT WAS A NICE COMPILATION OF

15:45  12  MANY OF THE LARGE-SCALE FLUME EXPERIMENTS THAT HAVE BEEN DONE

15:45  13  OVER IN THE NETHERLANDS ON WAVE-INDUCED EROSION OF CLAY LEVEES.

15:45  14          THE VERTICAL EROSION RATES THAT COME OUT OF THOSE

15:45  15  FLUME TESTS ARE GENERALLY LESS THAN 1 METER PER HOUR IN TERMS

15:45  16  OF VERTICAL EROSION RATE.  MOST OFTEN, THE VERTICAL EROSION

15:45  17  RATES ON THE FRONT OF CLAY LEVEES WERE SEVERAL TENTHS OF A

15:46  18  METER PER HOUR.  SO THE CURVES THAT DR. BEA IS USING HAVE

15:46  19  VERTICAL EROSION RATES IN EXCESS OF TENS OF METERS PER HOUR.

15:46  20  SO IT WAS QUITE A DISPARITY BETWEEN THE ERODIBILITY THAT

15:46  21  DR. BEA'S USING IN HIS MODEL AND WHAT'S ACTUALLY BEING MEASURED

15:46  22  ON ACTUALLY THE SOIL LEVEE CONDITIONS.

15:46  23          **THE COURT:**  A QUESTION BECAUSE I MAY WELL RECOLLECT

15:46  24  DR. BEA'S TESTIMONY INCORRECTLY, BUT I THINK I REMEMBER

15:46  25  SOMEWHERE ALONG THE LINE WE WERE TALKING ABOUT 13 FEET

15:46    1    VERTICALLY AND HORIZONTALLY.  I THOUGHT IT WAS HIS OPINION --

15:46    2    YOU CAN CORRECT ME IF YOU REMEMBER -- THAT THERE WAS

15:46    3    APPROXIMATELY 13 FEET OF EROSION IN AN HOUR.  AM I --

15:46    4         **THE WITNESS:**  I BELIEVE THAT WAS HORIZONTAL EROSION.

15:46    5    I NEVER REALLY COULD FIGURE OUT FROM HIS METHOD HOW HE --

15:47    6         **THE COURT:**  THAT'S WHAT I UNDERSTOOD, HORIZONTAL

15:47    7    EROSION.

15:47    8         **THE WITNESS:**  I NEVER COULD FIGURE OUT FROM THE

15:47    9    DESCRIPTION IN HIS REPORT HOW HE WENT FROM AN EROSION RATE THAT

15:47   10    WAS PERPENDICULAR TO THE LEVEE SURFACE TO A HORIZONTAL EROSION

15:47   11    RATE.

15:47   12         **THE COURT:**  SO YOU'RE TALKING ABOUT VERTICAL EROSION?

15:47   13         **THE WITNESS:**  SIMPLY VERTICAL EROSION.

15:47   14         **THE COURT:**  I THOUGHT SO, BASED ON THE BUILDING.

15:47   15    YES.  SO THAT'S JUST SOMETHING, AGAIN, I'M BRACKETING.  THANK

15:47   16    YOU.

15:47   17    **BY MR. MITSCH:**

15:47   18    **Q.**  LET'S GO TO SLIDE 67, WHICH IS U.S. DEMONSTRATIVE

15:47   19    EXHIBIT -- NO.  I'M SORRY.  IT'S DX-0943.  IS THAT THE MASTER'S

15:48   20    THESIS THAT YOU'RE REFERRING TO?

15:48   21    **A.**  YES, IT IS.

15:48   22    **Q.**  PERHAPS IT'S HARD TO SEE, BUT WHAT'S THAT NAME THERE?

15:48   23         **THE WITNESS:**  I THINK THAT'S PROFESSOR VRIJLING, WHO

15:48   24    TESTIFIED EARLIER HERE.  THIS WORK WAS DONE AT THE TECHNICAL

15:48   25    UNIVERSITY OF DELFT.

15:48   1          **MR. MITSCH:**  YOUR HONOR, YOU HAD MENTIONED THAT

15:48   2   LATERAL OR HORIZONTAL EROSION.

15:48   3          **THE COURT:**  EITHER WAY.  LATERAL CERTAINLY SUFFICES.

15:48   4          **MR. MITSCH:**  WE CAN GO TO DEFENSE EXHIBIT 0451.

15:48   5          **THE COURT:**  THAT WOULD BE ON PAGE X OF THE REPORT?

15:48   6   OH, THAT'S OF YOUR TRIAL BOOK.

15:48   7          **MR. MITSCH:**  WELL, YEAH.  THAT'S SLIDE 81.

15:48   8          **THE COURT:**  WE'VE GOT IT.  THAT'S GOOD.  FINE.

15:49   9          **MR. MITSCH:**  THAT, I BELIEVE, IS FIGURE 90 OF

15:49   10  DR. BEA'S TECHNICAL REPORT 1, JULY 11, 2008, AT PAGE 116.

15:49   11         **THE COURT:**  I WAS ENJOYING LOOKING AT THAT NICE GREEN

15:49   12  LEVEE.  NOW WE HAVE ANOTHER GRAPH.  I'M JOKING.  GO AHEAD.

15:49   13          **MR. MITSCH:**  I KNOW.  WE'RE ALMOST THERE,

15:49   14  YOUR HONOR.

15:49   15  **BY MR. MITSCH:**

15:49   16  **Q.**   THIS COMES FROM DR. BEA'S REPORT.  WHAT'S HE TRYING TO

15:49   17  REPRESENT HERE?

15:49   18  **A.**   HE'S REALLY SHOWING THE AMOUNT OF THE LATERAL/HORIZONTAL,

15:49   19  EROSION THAT OCCURS ON THE FRONT FACE OF THIS LEVEE AS A

15:49   20  FUNCTION OF TIME.  I GUESS THE CURVES -- THE UPPER TWO CURVES

15:49   21  ARE FOR THE VERY HIGH ERODIBILITY SOIL WITH GOOD GRASS COVER.

15:49   22  THE THINNER DASHED LINE IS THE VERY HIGH ERODIBILITY WITH POOR

15:49   23  GRASS COVER.  THE THICKER DASH IS THE HIGH ERODIBILITY WITH NO

15:50   24  GRASS.

15:50   25          I GUESS THE POINT THAT I WANTED TO MAKE HERE IS THAT,

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:50 | 1 | BASICALLY, FROM 4:00 A.M. TO 6:00 A.M., IN TWO HOURS, THIS |
| 15:50 | 2 | LEVEE IS COMPLETELY DESTROYED.  IT'S VERY DIFFICULT FOR ME TO |
| 15:50 | 3 | BELIEVE THAT THE WAVE LOADING ON THE FRONT SIDE COULD DO THIS |
| 15:50 | 4 | TO A LEVEE IN LIGHT OF INFORMATION ABOUT GRASS LIFTOFF AND |
| 15:50 | 5 | ERODIBILITY IN MY EXPERIENCE.  I THINK THESE EROSION RATES ARE |
| 15:50 | 6 | JUST SIMPLY OVERSTATED FOR MANY OF THE REASONS THAT I TALKED |
| 15:50 | 7 | ABOUT PREVIOUSLY. |
| 15:50 | 8 | **Q.**   JUST SO I UNDERSTAND THIS, BY 6:00 A.M., THE Y AXIS TIME, |
| 15:50 | 9 | THE 300, 400, 500, 600, THAT RELATES TO HOURS; RIGHT? |
| 15:50 | 10 | **A.**   THAT'S CORRECT. |
| 15:50 | 11 | **Q.**   SO BY 6:00 A.M., ACCORDING TO DR. BEA'S FIGURE 90, THERE |
| 15:50 | 12 | SHOULDN'T BE ANYTHING THERE? |
| 15:50 | 13 | **A.**   THAT'S CORRECT. |
| 15:51 | 14 | **Q.**   WE'RE LOOKING AT MORE THAN 70 FEET OF LATERAL EROSION; IS |
| 15:51 | 15 | THAT RIGHT? |
| 15:51 | 16 | **A.**   THAT'S CORRECT. |
| 15:51 | 17 | **Q.**   LET'S GO TO THE NEXT SLIDE, WHICH IS FIGURE 91.  WHAT'S |
| 15:51 | 18 | THIS? |
| 15:51 | 19 | **A.**   THE SAME TYPE OF CHART.  THESE ARE SHOWING RESULTS FOR THE |
| 15:51 | 20 | HIGH ERODIBILITY SOIL WITH THE THREE DIFFERENT GRASS COVER |
| 15:51 | 21 | TYPES:  GOOD, POOR, AND NO GRASS.  AGAIN, YOU SEE VERY RAPID, |
| 15:51 | 22 | COMPLETE EROSION OF THE LEVEE IN A SPAN OF JUST A COUPLE HOURS. |
| 15:51 | 23 | **THE COURT:**  IS THAT JUST ANOTHER PART OF THE REACH 2 |
| 15:51 | 24 | SYSTEM?  WHAT'S THE DIFFERENCE IN THE TWO? |
| 15:51 | 25 | **THE WITNESS:**  I REALLY WASN'T CLEAR HOW DR. BEA USED |

15:52   1   THESE RESULTS AND EXTRAPOLATED THOSE RESULTS FOR THE ENTIRE

15:52   2   REACH 2.  YOU KNOW, THE LOW ERODIBILITY SOIL THAT HE DID HIS

15:52   3   CALCULATIONS WITH DIDN'T ERODE AT ALL, SO PRESUMABLY HE WAS

15:52   4   USING THE HIGH ERODIBILITY AND VERY HIGH ERODIBILITY RESULTS TO

15:52   5   REPRESENT A GOOD PORTION OF THE REACH 2, WHERE THE BREACHING

15:52   6   TOOK PLACE.

15:52   7           THE COURT:  THIS IS ONE SPECIFIC POINT OR ALONG

15:52   8   THE -- IS IT YOUR UNDERSTANDING ALONG THE LEVEE OR IS IT SIMPLY

15:52   9   AN EXEMPLAR?

15:52   10          THE WITNESS:  I THINK THESE WERE EXAMPLES.  LIKE I

15:52   11  SAID, I WASN'T QUITE SURE HOW HE ACTUALLY EXTRAPOLATED THESE

15:52   12  SITE LOCATION RESULTS TO THE FULL LENGTH OF REACH 2.

15:52   13          THE COURT:  ALL RIGHT.  THANK YOU.

15:52   14  BY MR. MITSCH:

15:52   15  Q.   I TAKE IT THE POINT IS THAT IF THE INPUTS INTO THIS

15:52   16  ANALYSIS ARE ASSUMING JUST ASTRONOMICAL LATERAL EROSION RATES,

15:52   17  THAT ASSUMES THAT THE LEVEES ARE GONE BEFORE OR AROUND

15:53   18  6:00 A.M.?

15:53   19  A.   THAT'S CORRECT.  WHEN YOU GO BACK AND LOOK AT THE

15:53   20  EXPERIMENTS THAT THE DUTCH HAD DONE ON ACTUAL EARTHEN LEVEES

15:53   21  SUBJECTED TO LOADINGS THAT WERE VERY SIMILAR TO WHAT OCCURRED

15:53   22  AT THE TOE DURING KATRINA, THEY GET VERTICAL EROSION RATES THAT

15:53   23  ARE MEASURED IN TENTHS OF A METER PER HOUR.  THIS SEEMS LIKE A

15:53   24  COMPLETE DISPARITY BETWEEN ACTUAL OBSERVATIONS OF SOIL LEVEE

15:53   25  ERODIBILITY DUE TO WAVE ACTION AND THE RESULTS THAT DR. BEA IS

15:53    1  CALCULATING WITH HIS MODEL.

15:53    2          **THE COURT:**  HOW DO YOU CORRELATE THE VERTICAL TO THE

15:53    3  LATERAL?

15:53    4          **THE WITNESS:**  I DON'T KNOW HOW HE DID IT.  I COULD

15:53    5  NEVER FIGURE THAT OUT FROM THE DOCUMENTATION.

15:53    6          **THE COURT:**  THANK YOU.

15:53    7  **BY MR. MITSCH:**

15:53    8  **Q.**   THIS IS THE END OF OUR DISCUSSION ON THE FRONT-SIDE

15:53    9  MODELING, BUT I TAKE IT THE TAKEAWAY POINT IS THAT HE HAS

15:53   10  OVERSTATED -- IN YOUR BELIEF, HE'S OVERSTATED THAT RATE OF

15:54   11  EROSION?

15:54   12  **A.**   GREATLY OVERSTATED THE RATE OF EROSION.

15:54   13  **Q.**   LET'S TAKE THE BACK-SIDE ANALYSIS.  DO YOU HAVE AN OPINION

15:54   14  AS TO WHETHER OR NOT DR. BEA HAS ACCURATELY PORTRAYED THE

15:54   15  IMPACT OF BACK-SIDE EROSION?

15:54   16  **A.**   WELL, WHEN I LOOKED AT THE -- HE USES TWO DIFFERENT

15:54   17  LIFTOFF MODELS.  ON THE FRONT SIDE, HIS LIFTOFF MODEL IS A

15:54   18  FUNCTION OF THE INCIDENT WAVE HEIGHT, AND ON THE BACK SIDE --

15:54   19  IT'S A FUNCTION OF VELOCITY ON THE BACK SIDE.  WHEN I READ THE

15:54   20  DOCUMENTATION, IT SUGGESTED THAT HIS LIFTOFF MODEL ON THE BACK

15:54   21  SIDE USED THE WORK OF HEWLETT, WHICH I CITED IN MY REPORT,

15:54   22  WHICH IS A VERY WIDELY ACCEPTED SET OF CHARTS TO CHARACTERIZE

15:54   23  THE EROSION OF GRASS UNDER STEADY FLOW CONDITIONS.  DR. BEA

15:55   24  USED THAT -- WHAT I THOUGHT WAS HIS LIFTOFF MODEL ON THE BACK

15:55   25  SIDE, BUT IT WASN'T EXACTLY THE SAME AS WHAT THE HEWLETT DATA

FINAL DAILY COPY

15:55   1   SUGGESTS.

15:55   2   **Q.**   LET'S GO TO SLIDE 68, U.S. DEMONSTRATIVE EXHIBIT 18.  IF

15:55   3   YOU COULD, JUST BLOW UP THAT AREA, JUST THE CHART, SO WE CAN

15:55   4   SEE THAT MORE CLEARLY.

15:55   5           YOU MENTIONED HEWLETT.  AGAIN, THAT IS A 1987

15:55   6   ARTICLE, I BELIEVE?

15:55   7   **A.**   THAT'S CORRECT.

15:56   8   **Q.**   THAT WAS REFERRED TO IN YOUR REPORT?

15:56   9   **A.**   YES, IT IS.

15:56   10  **Q.**   FIRST OF ALL, EXPLAIN WHAT THE Y AND X AXES ARE.

15:56   11  **A.**   THIS IS A SIMILAR CHART TO THE ONE I CREATED FOR THE FRONT

15:56   12  SIDE.  ON THE LEFT AXIS IS THE STEADY VELOCITY OVER THE SURFACE

15:56   13  OF THE TURF, AND ON THE HORIZONTAL AXIS IS TURF EROSION LIFTOFF

15:56   14  TIME IN HOURS.  THERE ARE ACTUALLY SIX CURVES HERE.  THE SOLID

15:56   15  CURVES ARE THE DATA FROM THE HEWLETT PUBLICATION FOR GOOD,

15:56   16  NORMAL, AND POOR TURF.  THE SOLID GREEN WOULD BE HEWLETT FOR

15:56   17  GOOD GRASS COVER, THE SOLID BLUE WOULD BE HEWLETT FOR NORMAL

15:56   18  GRASS COVER, AND THE SOLID RED WOULD BE HEWLETT'S RESULTS FOR

15:56   19  POOR TURF COVER.  THEN FOR THE DASHED LINES --

15:56   20          **THE COURT:**  THE SOLID RED, YOU SAID -- WHEN I SAY

15:57   21  "THE SOLID RED," THAT WOULD BE THE BOTTOM FIGURE?

15:57   22          **THE WITNESS:**  YES.  CORRECT.

15:57   23          **THE COURT:**  DR. BEA'S WOULD BE THE ONE RIGHT ABOVE

15:57   24  THAT, BEFORE POOR TURF?

15:57   25          **THE WITNESS:**  CORRECT.  DR. BEA'S ARE THE DASHED

15:57    1    CURVES THAT WOULD CORRESPOND TO THE SOLID CURVES.

15:57    2         **THE COURT:**  RIGHT.  WHAT'S THE HOUR OF LIFTOFF FOR

15:57    3    HEWLETT?

15:57    4         **THE WITNESS:**  LET'S JUST PICK AN EXAMPLE.

15:57    5         **THE COURT:**  YES.

15:57    6         **THE WITNESS:**  LET'S SAY GOOD GRASS COVER FOR HEWLETT

15:57    7    WOULD BE THE SOLID GREEN CURVE.

15:57    8         **THE COURT:**  RIGHT.

15:57    9         **THE WITNESS:**  WHAT THAT WOULD SUGGEST THAT WE WOULD

15:57   10    NEED TO HAVE IF A VELOCITY OF, SAY, 12 OR 13 FOOT PER SECOND

15:57   11    ACTED FOR --

15:57   12         **THE COURT:**  WHICH IS SUBSTANTIAL?  IS THAT FAIRLY

15:57   13    SUBSTANTIAL?

15:57   14         **THE WITNESS:**  IT IS.  IF IT ACTED FOR THREE HOURS, IT

15:57   15    WOULD BE SUFFICIENT TO LIFT OFF THE GRASS.

15:57   16         **THE COURT:**  SHOW ME HOW I CAN FIGURE THAT OUT IN

15:57   17    THREE HOURS.

15:58   18         **THE WITNESS:**  BASICALLY, THE QUESTION IS:  HOW MUCH

15:58   19    VELOCITY HAS TO ACT FOR THREE HOURS TO LIFT OFF THE TURF?  SO I

15:58   20    WOULD GO HERE ON THE AXIS AND SAY, OKAY, HERE'S MY LIFTOFF TIME

15:58   21    OF THREE HOURS.  I'D COME UP TO THE GREEN CURVE, THEN GO

15:58   22    STRAIGHT ACROSS OVER TO THE VELOCITY AXIS AND PICK A POINT

15:58   23    ROUGHLY IN THAT VICINITY.  THAT'S 12 TO 13 FOOT PER SECOND.

15:58   24         **THE COURT:**  WHERE IS LIFTOFF TAKING PLACE ON THESE

15:58   25    LINES, I GUESS, IS WHAT I'M NOT -- IS THAT WHERE YOU'VE

FINAL DAILY COPY

15:58    1    DRAWN THE -- TELL ME:  WHEN IS LIFTOFF TAKING PLACE?  HOW DO I

15:58    2    KNOW?

15:58    3              THE WITNESS:  LET'S LOOK AT IT A LITTLE DIFFERENT

15:58    4    WAY.  LET'S PICK A VALUE OF 10 FOOT PER SECOND.

15:58    5              THE COURT:  ALL RIGHT.

15:58    6              THE WITNESS:  WE'LL GO TO THE HEWLETT CURVE FOR

15:59    7    NORMAL TURF, THE SOLID BLUE CURVE.

15:59    8              THE COURT:  GOTCHA.

15:59    9              THE WITNESS:  FOR A VELOCITY OF 10 FOOT PER SECOND,

15:59   10    MOVE ALONG THIS AXIS OVER TO THE BLUE CURVE, WHERE 10 FOOT PER

15:59   11    SECOND INTERSECTS THE BLUE CURVE, AND THEN WE WOULD DROP DOWN

15:59   12    TO THE LIFTOFF TIME.

15:59   13              THE COURT:  IT'S WHERE IT INTERSECTS.  THERE, IT

15:59   14    SEEMS TO INTERSECT -- THE 10 FEET SEEMS TO INTERSECT THE SOLID

15:59   15    BLUE AT ABOUT 2 HOURS AND 45 MINUTES?

15:59   16              THE WITNESS:  YEAH, SOMEWHERE PROBABLY IN THE

15:59   17    VICINITY.

15:59   18              THE COURT:  THAT HELPED.  THANK YOU.

        19    BY MR. MITSCH:

15:59   20    Q.   AT THAT POINT IT LOOKS AS THOUGH THE BEA AND THE HEWLETT

15:59   21    CURVES ARE RELATIVELY CLOSE?

15:59   22    A.   I DIDN'T QUITE UNDERSTAND WHY THEY WEREN'T EXACTLY THE

15:59   23    SAME.  THE OTHER THING THAT CONCERNED ME ON THE FRONT SIDE, HE

15:59   24    DRAMATICALLY LOWERED THE LIFTOFF TIMES COMPARED TO THE APPROACH

16:00   25    AS SPELLED OUT BY SEIJFFERT AND VERHEIJ; BUT ON THE BACK SIDE,

16:00    1   HE RAISED THE CURVES, WHICH IN ESSENCE IS MAKING IT MORE

16:00    2   DIFFICULT TO ERODE THE TURF ON THE BACK SIDE.

16:00    3          ON THE FRONT SIDE, HE REALLY DRAMATICALLY DECREASED

16:00    4   THE AMOUNT OF TIME IT WOULD TAKE TO LIFT OFF THE GRASS.  ON THE

16:00    5   BACK SIDE, HE INCREASED THE AMOUNT OF TIME IT WOULD TAKE TO

16:00    6   LIFT OFF THE GRASS.

16:00    7   Q.   SO LET'S TAKE THE EXAMPLE OF DR. BEA'S CURVE.  I BELIEVE

16:00    8   THERE'S A -- WHAT IS THAT, ABOUT 33 FEET PER SECOND?

16:00    9   A.   YEAH.  YOU CAN SEE THE DIFFERENCE BETWEEN -- YOU KNOW,

16:00   10   BETWEEN THE RED, SOLID RED, AND THE RED DASH, THERE'S NOT SO

16:00   11   MUCH OF A DIFFERENCE.  BETWEEN THE BLUE AND THE DASHED BLUE,

16:00   12   YOU BEGIN TO GET A LITTLE MORE DIFFERENCE.  FOR THE GOOD GRASS

16:00   13   TURF, THERE'S A HUGE DIFFERENCE, PARTICULARLY AT THIS LIFTOFF

16:01   14   TIME OF ONE HOUR.

16:01   15          SO WHEREAS THE HEWLETT CURVE SUGGESTED THAT IF I HAVE

16:01   16   A VELOCITY OF 15 FOOT PER SECOND, IT WILL TAKE ONE HOUR TO LIFT

16:01   17   OFF THE GRASS, DR. BEA'S CURVE SAYS I HAVE TO HAVE A VELOCITY

16:01   18   OF 33 FOOT PER SECOND ACTING FOR ONE HOUR BEFORE I LIFT OFF THE

16:01   19   GRASS.  SO HE MADE IT MUCH MORE DIFFICULT TO LIFT OFF THE GRASS

16:01   20   ON THE BACK SIDE IN ONE HOUR BY MAKING THIS ALTERATION.

16:01   21   Q.   IN YOUR ANALYSIS OF THE BACK-SIDE VELOCITIES, DID YOU EVER

16:01   22   COMPUTE A VELOCITY OF 33 FEET PER SECOND?

16:01   23   A.   NO, NOT AS A MEAN VELOCITY, WE DID NOT.

16:01   24   Q.   IN THE LS-DYNA RESULTS PRESENTED IN DR. BEA'S REPORTS,

16:02   25   HAVE YOU SEEN VELOCITIES ABOVE 33 FEET PER SECOND ON THE BACK

16:02   1   SIDE?

16:02   2   **A.**   I HAVE NOT SEEN MEAN VELOCITIES THAT HIGH IN HIS REPORT.

16:02   3   **Q.**   THE ESSENTIAL TAKEAWAY MESSAGE OF THIS IS THAT, INDEED,

16:02   4   DR. BEA'S CURVES MEAN THAT THERE'S NOT GOING TO BE ANY GRASS

16:02   5   LIFTOFF ON THE BACK SIDE?

16:02   6   **A.**   I THINK BY ADOPTING THESE CURVES FOR GOOD GRASS COVERINGS,

16:02   7   HE HAS BASICALLY DONE THINGS IN A WAY THAT WILL NOT BE ABLE TO

16:02   8   ERODE GOOD GRASS ON THE BACK SIDE WITHIN ONE HOUR AND MAKE IT

16:02   9   EVEN MORE DIFFICULT WITHIN TWO HOURS TO ERODE THE TURF ON THE

16:02   10   BACK SIDE OF THE LEVEE.

16:02   11   **Q.**   NOW, LET'S GO TO SLIDE 69, WHICH IS FIGURE 46 AT 80.

16:02   12   **A.**   MAY I MAKE ONE MORE POINT ABOUT THE LAST CHART?

16:03   13   **Q.**   SURE.  GO AHEAD.

16:03   14   **A.**   I THINK THE SIGNIFICANCE OF THAT IS, DR. BEA, MOVING FROM

16:03   15   HIS SCENARIO 1 TO SCENARIO 2, I BELIEVE FOR SCENARIO 1 HE DID

16:03   16   NOT ASSUME TURF WAS OF GOOD QUALITY, BUT HE DID FOR SCENARIO 2.

16:03   17   SO THAT, IN ESSENCE, GOING FROM SCENARIO 1 TO SCENARIO 2C TO

16:03   18   THE NEUTRAL CONDITION, HE HAS MADE IT MUCH MORE DIFFICULT TO

16:03   19   ERODE THE BACK SIDE OF THE LEVEE UNDER THE SCENARIO 2C

16:03   20   CONDITION.

16:03   21   **Q.**   LET'S GO TO FIGURE 46 AT 80, SLIDE 69.  THAT'S THE HEWLETT

16:03   22   STUDY?

16:03   23   **A.**   YES.  THESE ARE THE ORIGINAL CURVES GENERATED FROM HEWLETT

16:03   24   FOR THE GRASS LIFTOFF.  THE THREE CURVES THAT I WERE PLOTTING

16:04   25   WERE THESE THREE LOWER CURVES FOR PLAIN GRASS GOOD COVER,

16:04  1  AVERAGE COVER, AND POOR COVER.  THE VELOCITIES OVER HERE ARE IN

16:04  2  METERS PER SECOND, SO I CONVERTED THEM TO FEET PER SECOND IN MY

16:04  3  PARTICULAR CHART.

16:04  4  **Q.**  LET'S GO TO CONCRETE SYSTEMS, GOOD INTERBLOCK RESTRAINTS,

16:04  5  WHICH IS UP TOWARDS THE 8 METERS PER SECOND.  CONVERT THE 8

16:04  6  METERS INTO FEET PER SECOND.

16:04  7  **A.**  IT'S ROUGHLY ABOUT 26 FOOT PER SECOND.  8 METERS A SECOND

16:04  8  WOULD BE ROUGHLY 26, I BELIEVE.

16:04  9  **Q.**  WHICH IS STILL BELOW THE 33 FEET PER SECOND THAT WE WERE

16:04  10  LOOKING AT IN THE PREVIOUS SLIDE; RIGHT?

16:04  11  **A.**  YEAH, THAT'S CORRECT.  THE HEWLETT DATA WOULD SUGGEST THAT

16:04  12  IF I HAVE A VELOCITY OF 8 METERS A SECOND ACTING FOR ONE HOUR,

16:04  13  OR 26 FOOT PER SECOND, THAT WOULD BE SUFFICIENT TO DAMAGE

16:05  14  CONCRETE ARMORING SYSTEMS ON THE SURFACE THAT WOULD HAVE GOOD

16:05  15  INTERBLOCK RESTRAINT, WHICH IS MAKING SURE THAT THE BLOCKS

16:05  16  FUNCTION AS A COHERENT UNIT IN ARMORING THE GRASS COVER.

16:05  17          **THE COURT:**  WHICH ONE IS THAT?  THAT'S NO. 1?

16:05  18          **THE WITNESS:**  YEAH.  THAT WOULD BE THIS POINT ON THE

16:05  19  CURVE, ONE-HOUR TIME, 8 METERS PER SECOND, WHICH IS ROUGHLY

16:05  20  26-FOOT PER SECOND, I BELIEVE.

16:05  21  **BY MR. MITSCH:**

16:05  22  **Q.**  AGAIN, WHAT THIS CHART SHOWS US IS THAT THE CONCRETE

16:05  23  ARMORING OF THIS TYPE WOULD BE DAMAGED AT A VELOCITY OF ABOUT

16:05  24  26 FOOT PER SECOND FOR AN HOUR, BUT DR. BEA'S LIFTOFF MODEL

16:05  25  INDICATES THAT GOOD GRASS CAN WITHSTAND THOSE VELOCITIES OF

16:05    1    ABOUT 33 FEET PER SECOND; RIGHT?

16:06    2    **A.**   THAT'S CORRECT.  HE'S TREATING GOOD GRASS COVER ON THE

16:06    3    BACK SIDE IN THE LIFTOFF MODEL -- HE'S TREATING IT AS THOUGH

16:06    4    IT'S MUCH MORE RESISTANT TO EROSION THAN EVEN A CONCRETE

16:06    5    ARMORING SYSTEM.

16:06    6    **Q.**   IS THAT 26 FEET PER SECOND A STANDARD THAT'S ACCEPTED IN

16:06    7    THE COASTAL ENGINEERING COMMUNITY?

16:06    8    **A.**   THE WORK OF HEWLETT'S BEEN WIDELY ADOPTED AND ACCEPTED

16:06    9    AROUND THE WORLD FOR LOOKING AT LIMITING VELOCITIES AND HOW

16:06   10    THEY INTERACT WITH GRASS COVER AND ARMORING SYSTEMS THAT ARE

16:06   11    DESIGNED TO REINFORCE AND PROTECT AGAINST THE EROSION OF GRASS.

16:06   12          **THE COURT:**  LET ME ASK YOU A QUESTION NOW THAT I CAN

16:06   13    LOOK AT IT.  IF WE START FROM THE BOTTOM, "PLAIN COVER, POOR

16:06   14    COVER," IT'S ONE LINE.  WHAT DOES THAT MEAN, THE TWO DIFFERENT

16:06   15    DESCRIPTIONS OF COVER?  OH, I SEE.  IT WAS POOR COVER AT --

16:07   16          **THE WITNESS:**  POOR COVER, THAT'S THE CURVE; AVERAGE

16:07   17    COVER, THAT'S THE CURVE.

16:07   18          **THE COURT:**  IT SAYS, "PLAIN COVER, POOR COVER."  WHAT

16:07   19    DOES THAT MEAN, TWO DIFFERENT DESCRIPTIONS?

16:07   20          **THE WITNESS:**  I THINK IT WAS A TYPO.

16:07   21          **THE COURT:**  IT SHOULD BE PLAIN GRASS, POOR COVER?

16:07   22          **THE WITNESS:**  I BELIEVE SO.

16:07   23          **THE COURT:**  ALL OF THEM HAVE "PLAIN GRASS."  WHAT

16:07   24    DOES "PLAIN GRASS" MEAN.  TELL ME WHAT IT MEANS.

16:07   25          **THE WITNESS:**  I DON'T KNOW.  TO ME, IT MEANS IT'S THE

| | | |
|---|---|---|
| 16:07 | 1 | GENERAL KIND OF GRASS THAT ONE FINDS ON A GRASS-LINED WATERWAY. |
| 16:07 | 2 | THE COURT:  WHEN WE SAY "GOOD COVER" OR "AVERAGE |
| 16:07 | 3 | COVER," WE'RE USING THE SAME GRASS AND DIFFERENT COVERS. |
| 16:07 | 4 | WHAT'S THE DIFFERENCE ABOUT THE -- |
| 16:07 | 5 | THE WITNESS:  I WOULD SAY THE DENSITY OF GRASS. |
| 16:07 | 6 | THE COURT:  THE DENSITY OF THE GRASS.  SO AT THE |
| 16:07 | 7 | LOWEST SCENARIO, WE BEGIN DAMAGE AT THREE HOURS? |
| 16:07 | 8 | THE WITNESS:  YEAH.  FOR A ONE-HOUR DAMAGE TIME FOR |
| 16:07 | 9 | POOR COVERING, YOU WOULD ONLY NEED A VELOCITY OF 3 METERS PER |
| 16:07 | 10 | SECOND, OR SAY 10 FOOT PER SECOND. |
| 16:07 | 11 | THE COURT:  I'M SORRY.  I'M LOOKING AT THE METERS PER |
| 16:08 | 12 | SECOND.  DAMAGE WOULD OCCUR IN -- |
| 16:08 | 13 | THE WITNESS:  YEAH.  FOR POOR COVER IT WOULD OCCUR AT |
| 16:08 | 14 | 3 METERS PER SECOND.  FOR THE AVERAGE COVER, THE PLAIN GRASS |
| 16:08 | 15 | AVERAGE COVER, IT COULD WITHSTAND A SLIGHTLY HIGHER VELOCITY OF |
| 16:08 | 16 | ABOUT 3.8 FOOT PER SECOND. |
| 16:08 | 17 | THE COURT:  AT THE ONE HOUR? |
| 16:08 | 18 | THE WITNESS:  AT THE ONE HOUR.  THEN THE GOOD GRASS |
| 16:08 | 19 | COVER COULD WITHSTAND EVEN A HIGHER VELOCITY. |
| 16:08 | 20 | THE COURT:  THANK YOU. |
| 01:59 | 21 | BY MR. MITSCH: |
| 16:08 | 22 | Q.  IS THERE ANYTHING ELSE YOU WANT TO ADD TO THAT? |
| 16:08 | 23 | A.  NO. |
| 16:08 | 24 | Q.  NOW, WE'RE GOING TO TAKE A LITTLE BIT OF A JUMP.  WE'VE |
| 16:08 | 25 | BEEN TALKING ABOUT VELOCITIES HERE.  JUST A COUPLE MORE |

| | | |
|---|---|---|
| 16:08 | 1 | QUESTIONS, BUT WE'RE GOING TO JUMP TO DR. BEA'S VALUES FOR MEAN |
| 16:08 | 2 | OVERTOPPING RATES.  WHAT I WOULD LIKE TO DO IS GO TO SLIDE 83, |
| 16:08 | 3 | WHICH IS DR. BEA'S TECHNICAL REPORT 1, AGAIN, JULY 11, 2008. |
| 16:09 | 4 | IT'S AT PAGE 48.  IT'S DX-0451. |
| 16:09 | 5 | **A.**   THIS WAS A CHART OF RESULTS THAT DR. BEA PRESENTED FOR |
| 16:09 | 6 | WHAT HE CALLED HIS TEST SECTION FOR SCENARIO 1, THE KATRINA |
| 16:09 | 7 | AS-WAS CONDITION.  YOU HAVE TIME LISTED OVER HERE IN THE |
| 16:09 | 8 | LEFT-HAND COLUMN, CENTRAL DAYLIGHT TIME, THE STORM SURGE LEVEL, |
| 16:09 | 9 | THE SIGNIFICANT WAVE HEIGHT, AND I BELIEVE THESE ARE VALUES |
| 16:09 | 10 | CORRESPONDING TO THE TOE ELEVATION, THE WAVE PERIOD, AND THEN |
| 16:09 | 11 | HE LISTS AN OVERTOPPING RATE IN CUBIC FOOT PER SECOND PER FOOT. |
| 16:09 | 12 | AT THE TEST SECTION, I THINK IN HIS TESTIMONY HE SAID |
| 16:09 | 13 | THE ELEVATION WAS 16 FEET OF THE LEVEE AT THE TEST SECTION.  SO |
| 16:10 | 14 | ONCE THE WATER LEVEL, THE STORM SURGE GETS ABOVE 16 FEET, WE |
| 16:10 | 15 | SHOULD HAVE A MASSIVE AMOUNT OF WATER COMING OVER THE LEVEE IN |
| 16:10 | 16 | THE FORM OF STEADY OVERFLOW IN ADDITION TO WAVE OVERTOPPING. |
| 16:10 | 17 | I NOTICED THESE VALUES OF .2 CUBIC FOOT PER SECOND |
| 16:10 | 18 | PER FOOT.  THEY SEEM JUST GROSSLY UNDERSTATED WHEN WE HAVE |
| 16:10 | 19 | STEADY FLOW CONDITIONS.  IF YOU APPLY JUST SIMPLE WEIR |
| 16:10 | 20 | FORMULAS, YOU WOULD GET VELOCITIES -- I MEAN, EXCUSE ME, |
| 16:10 | 21 | OVERTOPPING RATES THAT ARE QUITE A BIT HIGHER THAN .2.  THESE |
| 16:10 | 22 | ARE NOWHERE CLOSE TO THE KIND OF OVERTOPPING RATES THAT WE |
| 16:10 | 23 | CALCULATED.  SO I DIDN'T UNDERSTAND IF HIS MODEL WAS NOT |
| 16:10 | 24 | CAPABLE OF GIVING ACCURATE ESTIMATES OF OVERTOPPING. |
| 16:10 | 25 | I ALSO NOTED THAT WHEN THE WATER LEVEL WAS BELOW THE |

16:11   1   LEVEE CREST, HE WAS CALCULATING ZERO OVERTOPPING.  IT'S WELL

16:11   2   KNOWN THAT WAVES CAN BEGIN TO OVERTOP A LEVEE WHEN THE STILL

16:11   3   WATER IS BELOW THE CREST, SO I DIDN'T UNDERSTAND WHY IT WAS

16:11   4   CALCULATING ZERO VALUES FOR THAT PARTICULAR TIME AS WELL.

16:11   5           **THE COURT:**  THIS IS ALSO 2C; CORRECT?

16:11   6           **MR. MITSCH:**  NO, YOUR HONOR.  LOOK AT THE TOP OF THE

16:11   7   TABLE.  IT SAYS "TABLE 3."

16:11   8           **THE COURT:**  THAT'S ANOTHER TABLE.  WE'RE TALKING

16:11   9   ABOUT --

16:11   10          **MR. MITSCH:**  TABLE 4 IS ON THE NEXT PAGE.

16:11   11          **THE COURT:**  GOTCHA.  SO THIS IS A KATRINA REAL RUN.

16:11   12   GOTCHA.  THAT'S WHAT THREW ME.  THANK YOU.

16:11   13          **THE WITNESS:**  IT LED ME TO QUESTION WHETHER WE WERE

16:11   14   GETTING ACCURATE VELOCITIES ON THE BACK SIDE IF WE WERE GETTING

16:11   15   SUCH NEGLIGIBLE OVERTOPPING RATES.

16:11   16   **BY MR. MITSCH:**

16:11   17   **Q.**   THAT'S A VAST UNDERSTATEMENT OF THE MEAN OVERTOPPING RATES

16:11   18   ON THE BACK SIDE?

16:11   19   **A.**   YEAH.  I DON'T KNOW.  I SENSED HE WAS CALCULATING HIGHER

16:11   20   VELOCITIES ON THE BACK SIDE, BUT I DON'T UNDERSTAND WHY HE

16:12   21   WOULD BE GIVING SUCH LOW OVERTOPPING RATES.

16:12   22   **Q.**   LET'S COMPARE THAT TO WHAT DR. VRIJLING'S GROUP

16:12   23   DISCOVERED.  SLIDE 85, JX-0197.  THAT'S THE FLOW MODELING,

16:12   24   NEW ORLEANS MISSISSIPPI RIVER GULF OUTLET, AUGUST 2, '05

16:12   25   REPORT, JX-0197.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:12 | 1 | SO WE'VE GOT OVERTOPPING RATES HERE.  THE FIRST ONE |
| 16:12 | 2 | IS FOR BAYOU BIENVENUE.  WHAT RATES DO THE -- |
| 16:13 | 3 | **THE COURT:**  MAYBE I'M LOOKING AT IT WRONG AGAIN |
| 16:13 | 4 | BECAUSE IT SAYS "BAYOU DUPRE" WAY UP AT THE TOP. |
| 16:13 | 5 | **MR. MITSCH:**  THAT IS SLIDE 86.  I AM SORRY.  WE CAN |
| 16:13 | 6 | LOOK AT DUPRE FIRST.  WE'LL GO BACK. |
| 16:13 | 7 | **THE COURT:**  IT'S UP TO YOU, SIR. |
| 14:38 | 8 | BY MR. MITSCH: |
| 16:13 | 9 | **Q.**   LET'S LOOK JUST AT DUPRE. |
| 16:13 | 10 | **A.**   FOR SCENARIO 1, WHICH IS THE BLUE CURVE, I BELIEVE THE |
| 16:13 | 11 | PLAINTIFFS' MODELING SHOWS THE PEAK SURGE 8:00 OR SOMEWHAT |
| 16:13 | 12 | AFTER 8:00.  SO AT THE PEAK FOR SCENARIO 1, WHERE I BELIEVE |
| 16:13 | 13 | THERE WOULD HAVE BEEN STEADY OVERFLOW OVER THIS LEVEE, EVEN |
| 16:13 | 14 | WITH THE PLAINTIFFS' MODELING, THEY'RE CALCULATING OVERTOPPING |
| 16:13 | 15 | RATES OF APPROXIMATELY 17 CUBIC FOOT PER SECOND PER FOOT. |
| 16:13 | 16 | THOSE SEEM REASONABLE VALUES TO ME.  THEY'RE QUITE SIMILAR TO |
| 16:14 | 17 | THE KINDS OF RATES THAT WE CALCULATE WITH THE COULWAVE MODEL. |
| 16:14 | 18 | 15 OR 17 CUBIC FOOT PER SECOND PER FOOT IS FAR |
| 16:14 | 19 | DIFFERENT THAN .2 CUBIC FOOT PER SECOND PER FOOT.  SO I DON'T |
| 16:14 | 20 | UNDERSTAND WHY THE LS-DYNA MODEL -- PRESUMABLY, THOSE |
| 16:14 | 21 | OVERTOPPING RATES ARE COMING OUT OF THE MODEL AND ARE BEING |
| 16:14 | 22 | CALCULATED IN THE SAME WAY THAT WE CALCULATE THE RATES OF |
| 16:14 | 23 | COULWAVE.  I DON'T KNOW THAT FOR A FACT.  I DON'T UNDERSTAND |
| 16:14 | 24 | WHY THE LS-DYNA WOULD BE GIVING OVERTOPPING RATES THAT ARE SO |
| 16:14 | 25 | INCONSISTENT WITH THE FINEL OVERTOPPING RATES ALONG REACH 2. |

16:14   1   **Q.**   LET'S GO BACK TO SLIDE 84.  THAT'S BIENVENUE AND MRGO

16:14   2   HALFWAY.  LET'S GO TO BIENVENUE FIRST.  SCENARIO 1'S --

16:15   3   **A.**   HERE'S SCENARIO 1.  YOU SEE THE PEAK AGAIN BETWEEN

16:15   4   8:00 AND 9:00.  YOU'RE SEEING PEAK RATES OF ABOUT 10.  THESE

16:15   5   ARE INCREDIBLY DAMAGING RATES AT THIS MAGNITUDE; BUT, AGAIN,

16:15   6   THEY'RE SO MUCH GREATER THAN .2, IT JUST SEEMS TO ME THAT THE

16:15   7   OVERTOPPING RATES COMING OUT OF LS-DYNA ARE JUST NOT REALISTIC.

16:15   8   **Q.**   FINALLY, LET'S GO TO THE MRGO HALFWAY POINT AND THE

16:15   9   SCENARIO 1 RATES THERE.

16:15   10  **A.**   HERE, FOR SCENARIO 1, THERE ARE 2 TO 3 CUBIC FOOT PER

16:15   11  SECOND PER FOOT, WHICH IS STILL A FACTOR OF 10, HIGHER THAN THE

16:15   12  RATES THAT WERE BEING CALCULATED USING THE LS-DYNA MODEL.

16:16   13  THAT'S SIGNIFICANT.

16:16   14           **MR. MITSCH:**  YOUR HONOR, I TENDER THE WITNESS.

16:16   15           **THE COURT:**  I WANT TO COMPLIMENT YOU ON A VERY

16:16   16  THOROUGH AND WELL-PREPARED DIRECT EXAMINATION.

16:16   17               SIR, YOU MAY STEP DOWN AND AWAIT MR. BRUNO AND

16:16   18  HIS TEAM MONDAY AT 9:00.  I THINK IT'S A GOOD DECISION.  IT'S

16:16   19  4:15 AND, FRANKLY, I'M TIRED.  I'M SURE Y'ALL HAVE TO BE, TOO.

16:16   20           **THE DEPUTY CLERK:**  ALL RISE.

16:16   21           (WHEREUPON COURT WAS IN RECESS FOR THE EVENING.)

16:16   22                      * * *

23

24

25

2286

16:16    1                        **<u>CERTIFICATE</u>**

16:16    2              I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

16:16    3    REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT

16:16    4    OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE

16:16    5    AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND

16:16    6    UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE

16:16    7    ABOVE-ENTITLED AND NUMBERED MATTER.

16:16    8
16:16
16:16    9
16:16
16:16    10                              <u>S/ TONI DOYLE TUSA</u>
16:16                                   TONI DOYLE TUSA, CCR, FCRR
16:16    11                              OFFICIAL COURT REPORTER

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

                               FINAL DAILY COPY

'
'05 [1] 2283/24

.1 [3] 2203/19 2206/16 2242/8
.2 [6] 2205/22 2230/10 2282/17 2282/21
2284/19 2285/6
.2 CUBIC [1] 2282/17
.3 [1] 2230/10
.35 [2] 2219/24 2220/9
.35 CUBIC [2] 2219/24 2220/9
.4 [4] 2230/11 2234/10 2234/15 2234/21
.4-FOOT [1] 2230/11
.5 [3] 2234/18 2234/21 2237/2
.6 [1] 2218/15
.6 FEET [1] 2218/15
.7 [1] 2205/20
.9 [1] 2218/16
.9 FEET [1] 2218/16

0

0.1 [1] 2206/21
0.5 [1] 2213/2
0075 [1] 2266/12
0197 [2] 2283/23 2283/25
0451 [2] 2270/4 2282/4
06-CV-2268-K [1] 2191/5
0943 [1] 2269/19

1

1 CUBIC [1] 2213/3
1'S [1] 2285/2
1.0 [2] 2207/2 2207/3
1.2 [1] 2205/18
1.6 [3] 2217/3 2217/4 2217/21
1/100 [2] 2203/10 2213/22
10 [19] 2191/10 2207/1 2207/2 2234/8
2236/19 2236/20 2249/3 2250/7 2250/8
2250/9 2250/9 2250/15 2276/4 2276/9
2276/10 2276/14 2281/10 2285/4
2285/11
10 FEET [2] 2234/6 2235/20
10-FOOT [1] 2236/21
100 [9] 2203/10 2203/17 2206/24
2213/22 2213/23 2238/14 2239/21
2242/12 2251/21
100 PERCENT [1] 2255/7
1000 [1] 2191/16
10022 [1] 2193/4
11 [5] 2204/18 2229/20 2238/7 2270/10
2282/3
11-FOOT [1] 2210/15
1100 [1] 2192/3
116 [1] 2270/10
12 [4] 2254/24 2267/21 2275/10 2275/23
12 FEET [1] 2216/24
120 FEET [1] 2235/9
1205 [1] 2192/24
1261 [1] 2192/13
12:00 [1] 2222/7
13 [4] 2195/8 2195/8 2275/10 2275/23
13 FEET [2] 2268/25 2269/3
1366 [1] 2192/14
139 [1] 2229/14
14 [2] 2202/6 2202/8
142 [1] 2230/16
143 [1] 2231/17
144 [1] 2232/9
145 [1] 2237/3
146 [1] 2240/20
147 [1] 2242/12
15 [8] 2208/16 2210/17 2214/17 2251/21
2251/22 2257/19 2277/16 2284/18

15 PERCENT [2] 2247/12 2251/19
15.3 [1] 2221/1
15.4 [1] 2223/24
15.4-FOOT [1] 2216/23
15.6 FEET [1] 2220/21
16 [4] 2208/16 2248/18 2250/13 2265/10
16 FEET [4] 2210/17 2210/17 2282/13
2282/14
16.8 [1] 2222/11
160 FEET [2] 2265/8 2266/24
17 [2] 2227/5 2253/9
17 CUBIC [2] 2284/15 2284/18
17 FEET [1] 2208/16
17-FOOT [1] 2227/7
17.5 [3] 2233/20 2235/19 2236/19
17.5 FEET [1] 2235/17
17.5-FOOT [2] 2234/5 2234/7
17.6 [2] 2205/8 2205/19
18 [3] 2205/21 2250/14 2274/2
18 FEET [1] 2205/10
18-FOOT [2] 2227/5 2227/7
18.5 [1] 2205/24
18.5 FEET [1] 2205/12
186 [1] 2227/11
187 [1] 2228/13
19-FOOT [1] 2208/14
190 [1] 2225/7
1956 [1] 2230/2
1958 [1] 2232/2
1987 [2] 2267/23 2274/5
1:60 [1] 2235/8

2

2 CUBIC [1] 2220/17
2 FEET [4] 2235/12 2254/8 2254/11
2256/2
2-FOOT [2] 2233/13 2256/15
2.4 [1] 2216/25
2.5 [1] 2208/6
2.8 [1] 2221/25
20 [7] 2229/17 2245/22 2254/5 2254/10
2254/19 2256/3 2257/20
2004.65 [1] 2235/16
20044 [1] 2193/18
2005 [2] 2230/1 2230/3
2007 [2] 2202/2 2204/6
2008 [3] 2264/4 2270/10 2282/3
2009 [3] 2191/7 2195/2 2245/22
21 [6] 2204/19 2206/3 2229/20 2233/1
2238/3 2245/22
211 [2] 2225/7 2258/19
2118 [1] 2215/4
25 PERCENT [6] 2205/5 2205/7 2205/11
2205/17 2205/22 2210/3
26 [4] 2279/7 2279/8 2279/13 2279/24
26 FEET [1] 2280/6
26-FOOT [1] 2279/20
2626 [1] 2192/24
2655 [1] 2192/10
2C [3] 2278/17 2278/19 2283/5

3

3 CUBIC [1] 2285/10
3 FEET [2] 2249/2 2264/23
3 METERS [2] 2281/9 2281/14
3-FOOT [1] 2237/16
3.1 [1] 2221/25
3.5 [1] 2281/2
3.8 [1] 2281/16
30 [1] 2201/8
300 [1] 2271/9
3102 [1] 2192/3
32 [1] 2245/22

325 [1] 2193/4
33 FEET [4] 2277/8 2277/22 2279/9
2280/1
33 FEET PER [1] 2277/25
3668 [1] 2192/7
38 [2] 2195/9 2196/6
39 [3] 2202/5 2202/8 2210/3

4

4-FOOT [2] 2196/24 2236/21
40 [2] 2209/24 2256/6
40 PERCENT [2] 2247/23 2250/18
400 [1] 2271/9
406 [1] 2193/20
41 [1] 2258/19
45 [2] 2264/4 2276/15
46 [4] 2264/4 2267/22 2278/11 2278/21
48 [1] 2282/4
4:00 A.M [1] 2271/1
4:15 [1] 2285/19
4:30 [2] 2217/18 2217/19
4:30 A.M [2] 2216/9 2216/24

5

5-FOOT [1] 2197/1
50 [3] 2213/23 2250/16 2265/5
50 METERS [2] 2265/7 2266/24
50 PERCENT [2] 2205/9 2205/20
50,000 [1] 2265/6
50,000 MILLIMETERS [1] 2266/24
500 [4] 2192/6 2193/20 2236/1 2271/9
504 [1] 2193/21
519 [1] 2192/17
52 [1] 2229/14
54 [1] 2230/17
550 [1] 2191/16
556 [1] 2192/6
56 [1] 2202/5
57 [3] 2210/24 2237/23 2264/4
57TH [1] 2193/4
589-7778 [1] 2193/21
5:00 [2] 2218/5 2219/10
5:00 A.M [4] 2218/12 2218/18 2218/19
2219/8
5:30 A.M [1] 2219/18

6

6 FEET [1] 2249/3
6.4 [1] 2222/15
60 PERCENT [1] 2250/16
600 [2] 2193/7 2271/9
600 FEET [1] 2236/1
601 [1] 2192/10
604 [1] 2193/7
61 [1] 2248/19
610 [1] 2191/23
618 [1] 2192/20
62 [1] 2253/9
64 [1] 2258/20
65 [2] 2258/20 2264/3
66 [3] 2251/16 2251/21 2266/12
67 [1] 2269/18
68 [1] 2274/2
69 [2] 2278/11 2278/21
6:00 [1] 2220/13
6:00 A.M [5] 2220/24 2271/1 2271/8
2271/11 2272/18
6:30 [2] 2222/6 2222/10

7

7.5 [2] 2235/20 2236/19
7.5 FEET [1] 2235/18
7.5-FOOT [2] 2234/5 2234/7

7

70 FEET [1]  2271/14
70113 [2]  2191/20 2191/23
70130 [3]  2192/10 2193/8 2193/21
70381 [1]  2192/25
70502 [1]  2192/7
70726 [1]  2192/17
70801 [1]  2192/21
70821 [1]  2192/14
71 [1]  2245/23
75219 [1]  2192/4
7778 [1]  2193/21
7:00 [1]  2223/21

8

8 CUBIC [1]  2242/6
8 METERS [4]  2279/5 2279/7 2279/12
 2279/19
80 [5]  2242/8 2243/2 2267/22 2278/11
 2278/21
800 [1]  2243/3
81 [1]  2270/7
83 [1]  2282/2
84 [1]  2285/1
85 [1]  2283/23
85 PERCENT [2]  2247/13 2251/18
855 [1]  2191/19
86 [1]  2284/5
888 [1]  2193/18
8:00 [1]  2284/12
8:00 AND [1]  2285/4
8:00 OR [1]  2284/11

9

90 [2]  2270/9 2271/11
90071 [1]  2191/16
91 [1]  2271/17
92 [1]  2229/14
94 [1]  2230/16
95 [2]  2202/5 2231/8
96 [1]  2231/16
97 [3]  2204/13 2232/9 2237/16
98 [1]  2237/23
99 [2]  2240/20 2241/18
9:00 [2]  2285/4 2285/18

A

A.M [13]  2216/9 2216/24 2218/12
 2218/18 2218/19 2219/8 2219/18
 2220/24 2271/1 2271/1 2271/8 2271/11
 2272/18
A29 [1]  2227/11
A30 [1]  2228/13
A33 [1]  2225/7
A37 [1]  2226/18
ABILITY [1]  2286/5
ABLE [3]  2207/13 2214/13 2278/7
ABOUT [67]  2195/7 2201/5 2203/2
 2203/3 2204/18 2206/16 2208/6 2212/9
 2212/10 2212/22 2214/7 2214/8 2214/8
 2214/9 2218/1 2218/15 2218/16 2219/7
 2220/21 2224/5 2230/24 2232/2 2232/20
 2233/15 2234/3 2234/23 2235/8 2237/2
 2237/3 2237/4 2237/7 2237/9 2239/14
 2239/15 2240/2 2240/21 2240/23 2241/1
 2244/25 2247/10 2247/13 2252/3
 2254/10 2256/3 2256/4 2262/19 2265/5
 2265/6 2266/21 2266/23 2268/1 2268/2
 2268/25 2269/12 2271/4 2271/7 2276/15
 2277/8 2278/12 2279/7 2279/23 2280/1
 2281/4 2281/16 2281/25 2283/9 2285/4
ABOVE [13]  2207/16 2209/17 2209/19
 2210/3 2219/3 2220/19 2237/5 2251/22

2267/11 2274/23 2277/25 2282/14
 2285/2
ABOVE-ENTITLED [1]  2286/7
ABSENCE [1]  2243/19
ABSOLUTELY [1]  2209/23
ABSURDLY [1]  2265/12
ACCELERATED [1]  2199/12
ACCEPTED [5]  2234/15 2234/22
 2273/22 2280/6 2280/8
ACCORDING [6]  2203/7 2203/9 2213/5
 2247/22 2257/15 2271/11
ACCOUNT [2]  2256/24 2257/8
ACCOUNTING [1]  2251/23
ACCUMULATED [1]  2200/1
ACCUMULATION [2]  2219/16 2255/6
ACCURATE [2]  2282/24 2283/14
ACCURATELY [2]  2207/14 2273/14
ACQUIRE [2]  2259/14 2260/9
ACQUIRED [2]  2262/14 2262/4
ACROSS [1]  2275/22
ACT [2]  2236/7 2275/19
ACTED [2]  2275/11 2275/14
ACTING [5]  2224/9 2228/4 2254/8
 2277/18 2279/12
ACTION [2]  2211/13 2272/25
ACTUAL [10]  2208/23 2210/20 2246/18
 2260/14 2261/10 2263/18 2263/19
 2263/21 2272/20 2272/24
ACTUALITY [1]  2250/18
ACTUALLY [16]  2201/13 2208/21
 2220/23 2221/24 2223/12 2224/6
 2224/11 2243/8 2246/10 2251/18
 2253/18 2259/8 2268/21 2268/22
 2272/11 2274/14
ADD [1]  2281/22
ADDITION [5]  2199/7 2200/4 2224/7
 2224/10 2282/16
ADDITIONAL [2]  2204/23 2204/25
ADJOURN [1]  2244/19
ADOPTED [1]  2280/8
ADOPTING [1]  2278/6
ADVANCED [7]  2225/12 2226/25 2227/2
 2227/14 2228/14 2228/17 2228/20
ADVANCING [3]  2217/21 2217/25
 2225/24
AFFECT [1]  2200/6
AFTER [7]  2208/6 2222/8 2244/12
 2249/17 2249/19 2258/21 2284/12
AFTERNOON [3]  2191/10 2195/1
 2195/5
AGAIN [51]  2202/11 2205/14 2207/7
 2208/4 2209/24 2211/2 2214/22 2216/2
 2216/5 2217/3 2219/14 2219/20 2219/21
 2220/24 2222/4 2225/17 2226/19
 2226/20 2226/25 2227/20 2227/25
 2229/19 2230/17 2231/4 2231/5 2231/14
 2232/11 2232/13 2232/15 2238/2
 2240/10 2242/1 2242/18 2242/20 2243/1
 2243/6 2248/22 2253/10 2257/16 2264/6
 2266/14 2266/18 2266/21 2269/15
 2271/21 2274/5 2279/22 2282/3 2284/3
 2285/3 2285/5
AGAINST [1]  2280/11
AGGREGATE [2]  2245/16
AGREE [1]  2207/20
AGREEMENT [2]  2250/6 2250/11
AHEAD [7]  2218/10 2240/13 2241/16
 2246/4 2257/13 2270/12 2278/13
AL [3]  2191/5 2191/7 2267/23
ALL [50]  2195/3 2202/2 2208/20 2214/4
 2221/22 2222/1 2225/24 2231/24
 2233/22 2234/2 2234/16 2237/1 2239/10
 2239/21 2240/1 2240/2 2240/14 2240/17

2240/19 2242/1 2243/8 2244/7 2244/10
 2247/9 2247/13 2248/6 2250/15
 2250/19 2251/9 2251/10 2251/25 2252/3
 2252/3 2252/4 2252/13 2252/19 2254/22
 2256/16 2257/15 2259/21 2260/19
 2261/4 2263/9 2266/25 2272/3 2272/13
 2274/10 2276/5 2280/23 2285/20
ALLOW [1]  2261/11
ALLOWING [1]  2255/8
ALLOWS [2]  2222/20 2225/14
ALLUDED [1]  2239/8
ALMOST [1]  2270/13
ALONG [44]  2203/2 2204/10 2208/4
 2210/13 2210/14 2210/18 2210/18
 2210/21 2211/7 2211/14 2211/23
 2213/20 2216/3 2223/18 2229/18 2230/6
 2231/20 2232/6 2232/12 2234/11
 2237/17 2237/21 2238/5 2238/16 2239/4
 2242/10 2242/15 2242/19 2250/11
 2253/14 2253/16 2254/8 2254/9 2255/15
 2255/22 2256/16 2256/18 2258/11
 2258/15 2268/25 2272/7 2272/8 2276/10
 2284/25
ALREADY [3]  2226/9 2227/16 2228/17
ALSO [12]  2193/6 2202/16 2203/14
 2221/12 2221/12 2222/19 2248/2 2250/8
 2260/4 2266/3 2282/25 2283/5
ALTERATION [2]  2232/2 2277/20
ALTERNATIVES [19]  2229/12 2230/23
 2231/5 2233/21 2233/23 2233/24
 2234/13 2236/23 2237/19 2238/1
 2238/10 2238/14 2238/16 2238/22
 2241/20 2242/1 2242/6 2242/23 2243/16
AM [2]  2269/3 2284/5
AMERICA [1]  2191/7
AMIN [1]  2193/11
AMONG [2]  2207/25 2229/7
AMOUNT [23]  2199/15 2199/22 2200/3
 2200/22 2201/13 2202/23 2205/2 2212/7
 2212/8 2212/11 2222/17 2222/17 2223/5
 2224/4 2233/18 2233/25 2237/11
 2247/18 2250/21 2270/18 2277/4 2277/5
 2282/15
AMOUNTS [1]  2206/14
ANALOGOUS [1]  2253/13
ANALYSIS [6]  2263/24 2264/10 2266/17
 2272/16 2273/13 2277/21
ANALYZE [1]  2261/15
ANALYZED [2]  2261/1 2261/3
ANALYZING [1]  2262/2
ANDRY [2]  2191/21 2191/22
ANGELES [1]  2191/16
ANOMALY [1]  2257/9
ANOTHER [8]  2196/18 2197/4 2229/2
 2240/23 2241/20 2270/12 2271/23
 2283/8
ANSWER [6]  2240/12 2240/18 2257/11
 2258/19 2260/16 2262/18
ANY [34]  2201/17 2204/10 2207/23
 2218/2 2225/4 2226/3 2226/4 2226/5
 2226/14 2229/6 2230/8 2231/20 2231/25
 2233/21 2233/24 2237/20 2238/16
 2238/20 2239/7 2242/6 2242/24 2243/19
 2257/24 2258/17 2260/5 2261/1 2261/2
 2262/1 2262/13 2262/14 2263/23 2267/1
 2267/14 2278/4
ANYONE [1]  2262/9
ANYTHING [5]  2223/7 2239/9 2257/7
 2271/12 2281/22
APOLOGIZE [1]  2209/21
APPEAR [1]  2255/11
APPEARANCES [3]  2191/13 2192/1
 2193/1

A

APPLICATION [1] 2253/21
APPLIED [5] 2246/15 2253/5 2260/15
 2260/17 2261/14
APPLY [3] 2237/10 2253/20 2282/19
APPROACH [3] 2250/25 2261/8 2276/24
APPROACHING [1] 2219/9
APPROXIMATELY [10] 2201/8 2205/8
 2205/10 2225/19 2233/11 2250/13
 2254/5 2265/8 2269/3 2284/15
APPROXIMATION [1] 2208/15
ARE [149]
ARE SHOWN [1] 2208/25
AREA [11] 2199/14 2199/20 2200/10
 2205/6 2206/7 2211/14 2225/13 2227/5
 2233/9 2241/8 2274/3
AREAS [9] 2206/12 2206/12 2213/11
 2213/12 2225/21 2227/22 2245/2 2245/4
 2246/1
AREN'T [2] 2214/4 2248/6
ARMORING [6] 2203/23 2279/14
 2279/16 2279/23 2280/5 2280/10
AROUND [3] 2210/8 2272/17 2280/9
ARROWS [1] 2216/15
ARTICLE [2] 2267/23 2274/6
ARTIFICIAL [1] 2260/15
AS [102]
AS-AUTHORIZED [1] 2231/22
AS-DESIGNED [1] 2230/13
AS-WAS [2] 2229/24 2282/7
ASCERTAIN [1] 2257/18
ASHLEY [1] 2193/6
ASK [7] 2206/25 2218/6 2218/8 2222/22
 2249/14 2265/14 2280/12
ASKED [7] 2197/21 2199/2 2225/25
 2237/3 2237/4 2249/4 2249/10
ASKING [1] 2198/8
ASPECTS [2] 2258/7 2258/9
ASPHALT [3] 2204/8 2206/11 2220/19
ASSESS [1] 2258/12
ASSOCIATED [2] 2217/5 2230/8
ASSOCIATES [2] 2191/15 2192/12
ASSUME [4] 2197/10 2236/4 2241/6
 2278/16
ASSUMES [4] 2247/1 2251/8 2251/11
 2272/17
ASSUMING [10] 2222/23 2247/15
 2248/14 2251/25 2252/4 2252/8 2256/25
 2265/4 2265/10 2272/16
ASTRONOMICAL [1] 2272/16
AT [195]
ATTEMPT [1] 2260/16
ATTORNEYS [1] 2244/6
ATTRACTING [1] 2228/9
AUGUST [1] 2283/24
AUGUST 2 [1] 2283/24
AUTHORIZED [6] 2230/3 2231/6
 2231/14 2231/22 2238/20 2238/23
AUTHORS [2] 2260/11 2263/16
AVAILABLE [1] 2202/22
AVENUE [2] 2192/3 2192/17
AVERAGE [28] 2200/22 2205/25 2206/1
 2206/18 2216/17 2216/18 2217/5 2217/8
 2217/10 2219/4 2219/5 2233/10 2237/25
 2238/2 2238/2 2241/25 2247/11 2249/5
 2250/3 2250/4 2250/12 2264/21 2265/21
 2279/1 2280/16 2281/2 2281/14 2281/15
AVERAGE-TYPE [1] 2219/4
AWAIT [1] 2285/17
AWARE [1] 2257/24
AXES [1] 2274/10
AXIS [18] 2211/7 2211/12 2229/17

 2229/18 2231/3 2232/12 2232/15 2238/5
 2242/22 2253/15 2258/7 2264/16
 2271/8 2274/12 2274/13 2275/20
 2275/22 2276/10

B

BACK [78] 2196/10 2196/13 2196/17
 2197/4 2197/6 2199/7 2199/8 2199/11
 2199/12 2199/13 2199/25 2200/2 2200/4
 2200/6 2200/11 2200/12 2200/15 2202/4
 2204/8 2206/10 2209/22 2210/24
 2216/15 2219/13 2220/3 2220/8 2220/20
 2220/24 2221/7 2221/19 2225/1 2225/20
 2225/23 2226/2 2226/4 2226/21 2226/23
 2227/13 2227/14 2228/7 2228/22
 2237/21 2249/4 2256/1 2256/14 2259/11
 2259/20 2260/2 2260/12 2263/1 2263/2
 2263/5 2267/21 2268/2 2268/8 2272/19
 2273/13 2273/15 2273/18 2273/19
 2273/20 2273/24 2276/25 2277/2 2277/5
 2277/20 2277/21 2277/25 2278/5 2278/8
 2278/10 2278/19 2280/3 2283/14
 2283/18 2283/20 2284/6 2285/1
BACK-AND-FORTH [1] 2216/15
BACK-SIDE [8] 2199/7 2220/24 2226/2
 2226/4 2237/21 2273/13 2273/15
 2277/21
BAEZA [1] 2193/10
BALLPARK [1] 2241/10
BAND [6] 2221/22 2225/18 2226/7
 2226/20 2227/21 2228/3
BARON [1] 2192/2
BARONNE [2] 2191/19 2191/23
BASE [12] 2199/13 2199/20 2199/23
 2229/24 2230/12 2230/14 2230/18
 2231/7 2231/15 2231/23 2238/17
 2241/23
BASED [7] 2236/5 2243/4 2243/18
 2255/21 2257/18 2267/13 2269/14
BASICALLY [19] 2204/16 2231/2 2231/4
 2231/12 2231/22 2235/5 2236/17 2237/4
 2245/7 2251/23 2252/20 2255/7 2259/10
 2261/9 2264/21 2266/23 2271/1 2275/18
 2278/7
BATON [2] 2192/14 2192/21
BAYOU [21] 2204/17 2204/18 2225/10
 2225/13 2229/20 2229/20 2230/17
 2231/8 2231/11 2231/12 2232/16 2238/5
 2238/5 2238/6 2238/6 2240/4 2242/5
 2242/5 2258/25 2284/2 2284/4
BE [118]
BE EXTENDING [1] 2243/12
BEA [36] 2218/17 2234/18 2244/23
 2246/14 2246/20 2247/6 2248/20
 2248/23 2249/7 2252/20 2253/14 2255/5
 2255/19 2256/3 2257/16 2257/18 2259/1
 2263/11 2263/14 2263/23 2264/10
 2265/2 2265/4 2265/17 2265/19 2266/20
 2267/7 2267/24 2268/18 2271/25
 2272/25 2273/14 2273/23 2276/20
 2278/14 2282/5
BEA'S [23] 2240/25 2245/22 2255/14
 2256/7 2256/10 2257/25 2258/3 2264/3
 2264/24 2268/21 2268/24 2270/10
 2270/16 2271/11 2274/23 2274/25
 2277/7 2277/17 2277/24 2278/4 2279/24
 2282/1 2282/3
BEACH [1] 2263/4
BECAUSE [20] 2195/15 2218/21
 2219/21 2221/24 2223/13 2225/10
 2225/15 2227/24 2239/12 2240/8
 2241/15 2246/3 2247/24 2248/1 2248/9
 2249/11 2251/9 2259/16 2268/23 2284/4

BECOME [4] 2212/5 2218/17 2228/24
BECOMES [2] 2212/11 2226/12
BEEN [21] 2196/2 2199/17 2199/25
 2201/24 2203/22 2203/24 2217/22
 2224/1 2225/12 2238/25 2242/10
 2242/17 2245/14 2245/25 2246/3
 2260/14 2267/21 2268/12 2280/8
 2281/25 2284/13
BEFORE [14] 2191/10 2196/9 2208/8
 2221/5 2234/3 2236/14 2246/24 2252/24
 2253/12 2258/18 2266/13 2272/17
 2274/24 2277/18
BEGIN [17] 2201/10 2203/8 2206/19
 2208/4 2209/9 2211/13 2212/1 2213/10
 2216/9 2219/25 2220/7 2228/9 2228/10
 2258/5 2277/12 2281/7 2283/2
BEGINNING [11] 2200/11 2209/4 2209/6
 2218/25 2219/8 2219/11 2219/12 2220/4
 2225/20 2226/10 2233/15
BEGINNINGS [1] 2219/16
BEGINS [11] 2208/5 2208/10 2208/11
 2209/2 2209/9 2222/16 2222/20 2226/11
 2243/7 2245/11 2257/23
BEGUN [2] 2220/22 2220/23
BEHIND [1] 2199/15
BEING [9] 2199/12 2208/8 2214/1
 2224/8 2225/22 2247/11 2268/21
 2284/21 2285/12
BELIEF [1] 2273/10
BELIEVE [39] 2196/18 2210/3 2216/7
 2227/5 2230/1 2234/18 2234/23 2239/12
 2240/7 2242/10 2245/3 2245/4 2245/13
 2245/16 2248/19 2249/18 2249/20
 2250/22 2251/2 2251/4 2254/7 2257/5
 2258/2 2258/8 2258/11 2258/14 2259/5
 2269/4 2270/9 2271/3 2274/6 2277/7
 2278/15 2279/8 2279/20 2280/22 2282/9
 2284/10 2284/12
BELOW [13] 2211/3 2211/15 2211/18
 2213/9 2218/2 2219/11 2219/23 2237/5
 2251/22 2252/8 2279/9 2282/25 2283/3
BEND [1] 2210/9
BENEFICIAL [1] 2223/12
BENJAMIN [1] 2193/17
BERM [12] 2232/19 2234/4 2234/5
 2234/7 2235/1 2235/6 2235/22 2235/24
 2236/5 2236/5 2237/12 2256/24
BERNARD [1] 2210/19
BEST [4] 2198/5 2202/21 2240/18
 2286/5
BETTER [1] 2251/8
BETWEEN [23] 2209/16 2212/2 2217/13
 2225/13 2228/18 2230/12 2230/14
 2230/18 2231/5 2231/7 2233/10 2237/19
 2238/17 2239/13 2251/21 2259/18
 2263/22 2268/20 2272/24 2277/9
 2277/10 2277/11 2285/3
BEYOND [3] 2197/17 2206/23 2207/8
BIENVENUE [18] 2204/17 2210/6
 2210/7 2210/8 2225/13 2229/20 2230/17
 2231/12 2231/19 2232/16 2233/10
 2238/6 2242/5 2258/25 2262/5 2284/2
 2285/1 2285/2
BIG [1] 2202/20
BIGGER [1] 2221/15
BINDER [3] 2215/2 2215/3 2215/4
BIT [16] 2206/16 2211/25 2214/6
 2216/23 2218/23 2219/22 2224/2
 2229/16 2232/11 2232/20 2233/12
 2248/3 2253/10 2266/22 2281/24
 2282/21
BLACK [2] 2265/1 2266/18

**B**

BLACKBOARD [1]  2235/3
BLOCKS [1]  2279/15
BLOW [1]  2274/3
BLUE [13]  2216/18 2253/19 2253/23
2254/16 2254/17 2274/17 2276/7
2276/10 2276/14 2276/15 2277/11
2277/11 2284/10
BOOK [1]  2270/6
BOTH [3]  2201/2 2216/12 2237/11
BOTTOM [8]  2220/14 2246/14 2250/2
2255/13 2261/18 2264/16 2274/21
2280/13
BOULEVARD [1]  2192/24
BOWL [1]  2222/4
BOX [4]  2192/7 2192/14 2192/24
2193/18
BRACKET [5]  2198/2 2249/22 2249/23
2260/16 2265/25
BRACKETING [1]  2269/15
BRANCH [1]  2193/10
BREACH [5]  2224/5 2224/7 2224/9
2224/10 2228/25
BREACHED [1]  2238/25
BREACHES [7]  2224/9 2224/11 2228/18
2228/21 2228/23 2229/3 2229/4
BREACHING [14]  2210/8 2210/22
2212/21 2213/12 2224/6 2224/10
2225/11 2225/15 2231/1 2231/2 2239/19
2241/22 2242/10 2272/5
BREAK [5]  2199/5 2235/22 2241/13
2244/3 2261/12
BREAKERS [1]  2262/22
BREAKING [13]  2197/7 2197/14
2197/22 2199/5 2204/25 2217/24
2221/16 2221/18 2228/2 2228/3 2235/14
2237/11 2262/21
BRENDAN [1]  2193/3
BRIAUD [1]  2261/15
BRIDGE [1]  2210/16
BRIEF [1]  2244/14
BRIEFLY [2]  2223/21 2241/18
BRING [1]  2234/25
BRINGING [1]  2257/3
BRINGS [1]  2224/12
BROKEN [6]  2197/12 2197/13 2197/16
2199/3 2199/4 2199/7
BROUGHT [2]  2207/19 2260/12
BRUCE [1]  2196/2
BRUNO [3]  2191/18 2191/18 2285/17
BUDD [1]  2192/2
BUILD [1]  2261/10
BUILDING [1]  2269/14
BUT [35]  2214/16 2221/16 2222/23
2223/10 2226/9 2226/25 2232/21
2233/14 2234/20 2237/9 2238/11 2239/6
2240/10 2240/17 2241/6 2242/25 2244/6
2244/12 2245/25 2255/15 2257/4
2257/17 2265/6 2265/22 2267/10
2268/24 2269/22 2273/9 2273/25
2276/25 2278/16 2279/24 2282/1
2283/20 2285/5

**C**

CALCULATE [4]  2201/1 2201/4 2284/17
2284/22
CALCULATED [7]  2205/13 2214/18
2217/8 2233/7 2282/23 2284/22 2285/12
CALCULATES [1]  2201/2
CALCULATING [2]  2217/15 2264/23
2265/23 2273/1 2283/1 2283/4 2283/19
2284/14

CALCULATION [4]  2207/22 2245/8
2245/10 2247/7
CALCULATIONS [11]  2204/10 2210/12
2236/9 2247/21 2247/25 2248/13 2254/7
2256/15 2257/8 2264/20 2272/3
CALIFORNIA [1]  2191/16
CALL [10]  2199/11 2207/9 2212/21
2214/16 2217/4 2226/1 2226/15 2247/4
2250/10 2251/5
CALLED [7]  2199/21 2204/24 2205/1
2215/5 2225/23 2260/18 2282/6
CALVIN [1]  2192/16
CAME [3]  2204/6 2231/2 2233/6
CAN [35]  2196/14 2198/12 2199/18
2207/14 2208/15 2217/20 2220/3
2220/13 2220/24 2226/6 2226/21
2228/18 2230/7 2230/12 2232/11
2232/11 2233/18 2234/10 2236/21
2240/18 2241/6 2242/1 2242/22 2247/16
2249/16 2267/8 2269/2 2270/4 2274/3
2275/16 2277/9 2279/25 2280/12 2283/2
2284/5
CAN'T [1]  2267/13
CAP [5]  2267/7 2267/8 2267/8 2267/10
2267/14
CAPABILITY [1]  2207/25
CAPABLE [3]  2199/23 2219/12 2282/24
CAPPING [1]  2267/18
CAREFULLY [1]  2203/24
CARONDELET [1]  2193/7
CARRIED [1]  2225/12
CARRY [1]  2259/20
CARTON [1]  2259/20
CARTONS [1]  2259/11
CASE [25]  2210/13 2222/14 2225/17
2229/24 2229/24 2229/24 2229/25
2230/1 2230/3 2230/4 2230/12 2230/13
2230/14 2230/18 2231/7 2231/15
2231/23 2236/22 2238/17 2238/22
2241/23 2242/21 2242/21 2243/10
2247/3
CASES [13]  2206/23 2229/23 2230/2
2230/9 2231/5 2231/7 2231/13 2231/22
2238/19 2242/17 2242/20 2248/23
2248/25
CAUSED [2]  2202/24 2228/3
CCR [3]  2193/20 2286/2 2286/10
CENTER [1]  2225/19
CENTERLINE [3]  2225/18 2226/6
2226/19
CENTRAL [3]  2200/1 2216/10 2282/8
CERTAINLY [7]  2208/12 2208/24 2210/7
2212/7 2213/21 2223/23 2270/3
CERTIFICATE [1]  2286/1
CERTIFY [1]  2286/4
CHANGE [8]  2230/22 2231/22 2234/2
2235/12 2238/20 2239/18 2242/23
2243/25
CHANGED [8]  2218/18 2230/21 2233/22
2239/11 2241/22 2242/9 2242/11
2242/17
CHANGES [13]  2211/10 2219/19 2231/4
2231/20 2237/17 2237/18 2237/22
2238/11 2238/21 2239/12 2241/21
2242/3 2243/1
CHANGING [3]  2235/10 2239/14
2239/18
CHANNEL [8]  2229/25 2232/18 2235/5
2235/21 2236/24 2238/23 2242/2 2257/9
CHAOTIC [1]  2200/10
CHARACTERISTICS [3]  2259/17
2263/19 2264/11
CHARACTERIZE [7]  2258/11 2259/1

2259/5 2261/13 2262/6 2266/18 2273/22
2275/7 2281/9 2282/1 2282/6
2203/7 2203/11 2210/25 2211/9 2230/7
2243/14 2246/9 2248/19 2250/1 2250/2
2253/7 2257/16 2264/5 2264/8 2266/11
2266/16 2271/19 2274/3 2274/11
2278/12 2279/3 2279/22 2282/5
CHART'S [1]  2230/20
CHARTS [3]  2217/12 2242/14 2273/22
CHOSE [1]  2263/23
CITED [1]  2273/21
CITING [1]  2254/13
CITY [1]  2192/25
CIVIL [1]  2193/10
CLAY [13]  2203/8 2203/22 2203/25
2206/20 2213/21 2219/9 2243/3 2243/4
2254/6 2255/21 2255/23 2268/13
2268/17
CLAY-SOIL [1]  2203/8
CLEAR [5]  2214/10 2220/13 2221/1
2253/5 2271/25
CLEARLY [2]  2256/15 2274/4
CLOSE [5]  2203/18 2224/12 2248/5
2276/21 2282/22
CLOSER [3]  2211/10 2221/16 2251/18
COASTAL [4]  2201/22 2203/5 2246/11
2280/7
COHERENT [1]  2279/16
COHESIVE [5]  2259/15 2259/16
2259/21 2260/8 2267/1
COHESIVENESS [1]  2259/18
COLLEAGUE [1]  2246/11
COLLECT [1]  2259/15
COLLECTED [5]  2258/18 2258/24
2259/8 2260/13 2262/5
COLLECTING [1]  2263/17
COLLECTION [1]  2258/10
COLUMN [8]  2202/17 2202/25 2204/22
2205/5 2205/17 2205/25 2262/24 2282/8
COLUMNS [4]  2205/3 2205/13 2206/4
2206/5
COMBINATION [1]  2211/13
COME [5]  2199/10 2246/24 2263/5
2268/14 2275/21
COMES [1]  2270/16
COMING [14]  2199/12 2202/23 2212/8
2212/11 2223/6 2224/4 2224/7 2232/19
2235/6 2255/24 2263/2 2282/15 2284/21
2285/7
COMMENT [1]  2266/2
COMMENTS [1]  2262/19
COMMUNITY [2]  2208/1 2280/7
COMPACTED [3]  2203/23 2203/25
2260/19
COMPACTION [13]  2204/1 2260/4
2260/5 2260/7 2260/15 2260/17 2260/20
2260/22 2260/23 2260/24 2263/21
2263/22 2263/23
COMPARE [3]  2196/12 2246/17 2283/22
COMPARED [13]  2196/16 2197/6
2217/15 2220/4 2229/10 2229/11
2231/15 2231/22 2238/22 2241/22
2246/18 2257/20 2276/24
COMPARING [3]  2229/12 2242/12
2249/8
COMPARISON [7]  2217/13 2230/12
2230/18 2238/17 2240/24 2246/21
2250/8
COMPARISONS [2]  2229/6 2231/24
COMPENDIUM [1]  2261/23
COMPILATION [1]  2268/11
COMPLETE [3]  2255/8 2271/22 2272/24
COMPLETELY [8]  2197/16 2214/5

**C**

COMPLETELY... [6]  2228/15 2229/25 2234/15 2259/21 2260/10 2271/2
COMPLEX [2]  2192/13 2263/7
COMPLICATE [1]  2198/2
COMPLICATED [1]  2263/7
COMPLIMENT [1]  2285/15
COMPONENT [1]  2258/3
COMPONENTS [1]  2245/13
COMPROMISE [1]  2207/10
COMPUTATIONS [2]  2250/20 2265/21
COMPUTE [3]  2201/7 2249/5 2277/22
COMPUTED [3]  2246/10 2250/9 2250/13
COMPUTER [1]  2193/25
COMPUTING [1]  2264/21
CONCENTRATED [1]  2224/8
CONCENTRATION [1]  2241/15
CONCERNED [1]  2276/23
CONCRETE [8]  2204/9 2206/11 2220/19 2261/9 2279/4 2279/14 2279/22 2280/4
CONDITION [10]  2230/1 2230/2 2230/4 2230/4 2237/21 2257/23 2259/22 2278/18 2278/20 2282/7
CONDITIONS [15]  2210/13 2210/20 2216/7 2229/7 2229/13 2235/20 2238/15 2239/1 2241/21 2243/7 2258/13 2261/21 2268/22 2273/23 2282/19
CONDUCTED [1]  2246/13
CONFIRM [1]  2249/12
CONOR [1]  2193/12
CONSERVATIVE [3]  2213/15 2213/17 2214/1
CONSIDER [1]  2213/20
CONSIDERED [4]  2243/10 2245/15 2259/1 2262/6
CONSIDERING [1]  2238/1
CONSISTENT [1]  2196/24
CONSISTENTLY [1]  2196/22
CONSTANT [1]  2263/8
CONSTITUTE [1]  2252/20
CONSTRUCTED [2]  2203/22 2203/24
CONTEXT [2]  2198/5 2198/6
CONTINUE [2]  2224/3 2236/7
CONTINUED [2]  2192/1 2193/1
CONTINUES [1]  2223/15
CONTINUING [2]  2199/5 2219/22
CONTRIBUTION [4]  2204/24 2204/25 2212/7 2212/10
CONTRIBUTIONAL [1]  2216/13
CONTROLS [2]  2233/17 2233/18
CONVERSION [2]  2203/12 2203/17
CONVERT [1]  2279/5
CONVERTED [1]  2279/2
COPY [1]  2215/1
CORE [2]  2261/17 2261/19
CORING [2]  2259/25 2262/4
CORPS [3]  2201/21 2202/9 2220/10
CORRECT [41]  2207/24 2209/3 2209/8 2209/11 2210/6 2211/17 2211/19 2211/22 2217/1 2217/2 2218/14 2220/7 2220/12 2222/1 2223/19 2227/8 2246/22 2248/8 2251/4 2251/9 2252/20 2252/24 2254/21 2256/21 2257/18 2258/6 2261/24 2261/25 2263/13 2269/2 2271/10 2271/13 2271/16 2272/19 2274/7 2274/22 2274/25 2279/11 2280/2 2283/5 2286/5
CORRECTLY [1]  2263/21
CORRECTLY THAT [1]  2263/21
CORRELATE [1]  2273/2
CORRESPOND [5]  2205/19 2205/21

2205/23 2210/17 2275/1
CORRESPONDED [1]  2282/10
CORRESPONDING [2]  2282/10
CORRESPONDS [2]  2210/15 2255/6
COULD [11]  2209/14 2209/24 2235/4 2257/18 2269/5 2269/8 2271/3 2273/4 2274/3 2281/15 2281/19
COULWAVE [4]  2201/1 2217/16 2284/17 2284/23
COUNSEL [2]  2240/21 2243/14
COUPLE [4]  2202/12 2262/19 2271/22 2281/25
COURT [12]  2191/1 2193/20 2195/4 2195/14 2244/5 2244/14 2244/16 2245/5 2285/21 2286/2 2286/3 2286/11
COURT'S [1]  2240/11
COVER [47]  2203/3 2203/24 2204/16 2206/21 2220/3 2243/4 2252/21 2253/21 2253/24 2253/25 2254/2 2254/5 2254/6 2255/2 2255/8 2256/2 2256/5 2256/11 2258/5 2270/21 2270/23 2271/20 2274/17 2274/18 2274/19 2275/6 2278/25 2279/1 2279/1 2279/16 2280/2 2280/10 2280/14 2280/15 2280/15 2280/16 2280/17 2280/18 2280/18 2280/21 2281/2 2281/3 2281/3 2281/14 2281/15 2281/19
COVERED [6]  2203/8 2203/23 2219/10 2246/2 2255/21 2255/23
COVERING [2]  2254/23 2281/9
COVERINGS [1]  2278/6
COVERS [2]  2213/21 2281/3
CRASH [1]  2263/5
CRASHING [1]  2263/2
CREATE [1]  2199/21
CREATED [2]  2200/16 2274/11
CREST [48]  2196/9 2196/11 2196/13 2196/17 2196/20 2197/4 2197/5 2197/7 2197/9 2197/10 2198/22 2200/23 2201/2 2201/4 2202/15 2205/19 2205/21 2208/6 2208/9 2208/21 2209/16 2209/17 2209/19 2211/4 2211/16 2211/18 2211/21 2212/15 2213/9 2213/10 2216/22 2219/5 2219/11 2220/3 2220/23 2221/17 2221/18 2221/18 2226/7 2227/2 2227/17 2227/20 2227/24 2228/1 2228/16 2246/10 2283/1 2283/3
CRITERIA [1]  2207/14
CRITICAL [3]  2229/3 2233/9 2242/4
CRITICISMS [2]  2240/25 2258/18 2260/6 2261/2 2261/2
CRITICIZE [1]  2241/6
CROSS [3]  2198/1 2198/2 2244/8
CROSS-EXAMINATION [1]  2244/8
CRUCIAL [1]  2260/7
CUBED [1]  2203/11
CUBIC [28]  2202/14 2203/10 2203/13 2203/19 2204/2 2204/7 2205/15 2205/20 2205/22 2206/8 2206/13 2206/16 2211/4 2213/3 2213/3 2219/2 2219/24 2220/9 2220/17 2238/4 2242/6 2242/19 2282/11 2282/17 2284/15 2284/18 2284/19 2285/10
CURLING [1]  2262/22
CURRENT [8]  2201/12 2201/14 2201/17 2206/10 2213/5 2213/24 2243/5 2257/24
CURVE [19]  2211/23 2212/6 2255/1 2265/2 2266/20 2267/15 2275/7 2275/21 2276/6 2276/7 2276/10 2276/11 2277/7 2277/15 2277/17 2279/19 2280/16 2280/17 2284/10
CURVES [20]  2253/18 2255/13 2258/14 2264/1 2264/3 2268/9 2268/18 2270/20

2270/20 2274/14 2274/15 2275/1 2275/1 2275/20 2275/21 2275/23 2276/23 2278/24 2278/25
CURVES MEAN [1]  2278/4
CUT [3]  2227/15 2227/17
CUTTING [1]  2228/17
CV [1]  2191/5

**D**

DALLAS [1]  2192/4
DAM [2]  2199/18 2199/18
DAMAGE [33]  2201/11 2201/11 2201/15 2201/18 2201/23 2202/3 2202/23 2203/8 2206/19 2208/7 2208/8 2212/24 2213/1 2213/1 2213/7 2213/22 2213/24 2219/9 2219/12 2220/1 2220/11 2220/20 2225/20 2226/10 2226/12 2242/7 2243/4 2255/6 2255/7 2279/13 2281/7 2281/8 2281/12
DAMAGED [2]  2213/4 2279/23
DAMAGING [5]  2204/4 2208/13 2220/17 2243/16 2285/5
DANIEL [1]  2193/10
DARK [4]  2206/5 2206/7 2206/12 2206/22
DASH [2]  2270/23 2277/10
DASHED [6]  2265/2 2266/19 2270/22 2274/19 2274/25 2277/11
DATA [19]  2201/13 2211/24 2235/16 2249/5 2249/6 2249/25 2250/3 2250/5 2250/7 2250/11 2250/14 2255/21 2265/1 2266/19 2266/20 2267/7 2273/25 2274/15 2279/11
DAY [3]  2244/9 2244/11 2259/9
DAYLIGHT [2]  2216/10 2282/8
DC [1]  2193/18
DEAL [1]  2214/25
DEALING [1]  2204/3
DEALS [1]  2202/25
DECISION [3]  2244/10 2244/17 2285/18
DECREASED [1]  2277/3
DEEP [1]  2235/21
DEEPER [5]  2200/11 2200/12 2219/22 2228/9 2228/21
DEEPEST [2]  2232/22 2232/24
DEFENDANT [1]  2193/9
DEFENSE [7]  2195/10 2196/1 2198/13 2216/1 2224/13 2262/13 2270/4
DEFICIENT [1]  2258/8
DEFINE [3]  2201/8 2209/14 2247/8
DEFINED [1]  2209/13
DEFINITELY [1]  2200/7
DEGRADATION [3]  2209/2 2222/12 2222/18
DEGRADE [3]  2220/23 2222/20 2243/8
DEGRADED [4]  2209/1 2222/12 2224/1 2238/25
DEGRADING [10]  2208/21 2221/7 2222/17 2223/11 2223/13 2223/14 2242/21 2243/7 2243/10 2243/12
DEGRADING-LEVEE [1]  2242/21
DEGREE [1]  2225/15
DELFT [1]  2269/25
DEMONSTRATIVE [9]  2195/8 2202/6 2214/16 2214/22 2248/18 2253/9 2255/18 2269/18 2274/2
DENHAM [1]  2192/17
DENSITY [5]  2254/12 2260/7 2260/10 2260/14 2263/18 2263/22 2281/5 2281/6
DEPARTMENT [1]  2193/9
DEPEND [2]  2197/8 2208/11
DEPENDENCE [1]  2196/21
DEPENDING [1]  2248/10

D

DEPOSIT [1] 2228/10
DEPOSITION [2] 2214/21 2249/19
DEPTH [13] 2218/23 2219/22 2233/17
2233/17 2233/23 2234/1 2234/6 2234/10
2234/10 2235/2 2235/9 2235/12 2235/19
DESCRIBED [4] 2255/3 2258/3 2259/9
2261/7
DESCRIBES [1] 2201/14
DESCRIPTION [1] 2269/9
DESCRIPTIONS [2] 2258/15 2280/19
DESIGN [3] 2202/20 2202/21 2243/5
DESIGNATION [1] 2249/1
DESIGNED [6] 2230/13 2230/15
2230/19 2238/18 2243/22 2280/11
DESIRED [1] 2203/25
DESTROY [3] 2207/10 2207/18 2260/10
DESTROYED [3] 2214/5 2259/21 2271/2
DETAIL [1] 2236/11
DETERMINATION [1] 2212/19
DETERMINE [2] 2233/4 2244/8
DETERMINES [1] 2260/8
DETERMINING [1] 2230/25
DEVASTATING [5] 2206/14 2224/4
2238/15 2243/9 2243/13
DEVELOPED [4] 2207/24 2227/22
2229/8 2255/21
DEVELOPING [1] 2219/23
DEVICE [3] 2259/25 2260/1 2262/4
DICTATED [1] 2234/1
DID [31] 2197/20 2204/10 2204/12
2210/11 2212/22 2212/23 2226/3
2230/22 2231/12 2231/24 2232/1 2233/4
2237/20 2240/2 2246/21 2247/6 2249/4
2249/14 2259/24 2260/20 2260/21
2262/3 2262/18 2265/17 2265/22 2272/2
2273/4 2277/21 2277/23 2278/15
2278/16
DIDN'T [9] 2236/9 2238/20 2239/21
2245/18 2256/24 2272/3 2276/22
2282/23 2283/3
DIFFER [1] 2212/2
DIFFERENCE [22] 2206/6 2209/15
2230/5 2230/11 2231/6 2232/5 2233/2
2233/11 2238/8 2243/20 2243/23 2244/1
2250/16 2250/17 2250/18 2250/19
2271/24 2277/9 2277/11 2277/12
2277/13 2281/4
DIFFERENCES [9] 2230/8 2230/14
2231/13 2231/14 2232/7 2233/2 2233/11
2233/13 2234/13
DIFFERENT [22] 2200/18 2205/3 2212/1
2223/3 2229/11 2230/20 2241/5 2243/15
2248/9 2248/9 2255/16 2255/24 2261/20
2265/19 2266/7 2271/20 2273/16 2276/3
2280/14 2280/19 2281/3 2284/19
DIFFICULT [6] 2208/23 2271/2 2277/2
2277/19 2278/9 2278/18
DIKES [5] 2201/23 2202/17 2203/1
2203/1 2203/4
DIMENSIONAL [1] 2224/6
DIMENSIONS [1] 2230/3
DIMINISHING [1] 2222/3
DIRECT [3] 2196/4 2240/22 2285/16
DIRECTLY [1] 2247/8
DISCIPLINES [1] 2241/6
DISCOVERED [1] 2283/23
DISCUSS [1] 2239/8
DISCUSSED [3] 2214/6 2217/24
2243/18
DISCUSSION [7] 2207/8 2214/23
2241/12 2245/25 2248/5 2258/22 2273/8

DISPARITY [2] 2268/20 2272/24
DISPLAY [1] 2204/8
DISPLAYED [1] 2211/7
DISSIPATE [1] 2235/23
DISSIPATING [2] 2199/5 2235/13
DISTANCE [1] 2256/24
DISTRICT [5] 2191/1 2191/2 2191/11
2286/3 2286/3
DISTURBED [1] 2263/17
DISTURBS [1] 2260/1
DIVIDE [1] 2203/17
DIVISION [1] 2193/10
DM [2] 2195/8 2202/8
DM-13 [1] 2195/8
DM-14 [1] 2202/8
DO [58] 2196/6 2198/1 2198/4 2198/11
2198/11 2203/17 2204/10 2212/22
2214/22 2215/1 2215/2 2224/3 2224/3
2225/4 2225/6 2225/13 2226/3 2226/14
2227/3 2228/7 2228/13 2235/4 2236/9
2236/19 2236/19 2236/23 2239/2
2240/21 2241/14 2242/2 2242/25
2244/12 2244/25 2245/21 2246/2 2246/3
2246/6 2246/20 2249/11 2249/14
2250/22 2251/4 2258/7 2258/17 2258/19
2259/3 2259/8 2260/5 2260/23 2261/1
2261/2 2271/3 2273/2 2273/13 2276/1
2282/2 2284/2 2286/4
DOCKET [1] 2191/5
DOCTOR [1] 2237/6
DOCUMENTATION [2] 2273/5 2273/20
DOES [21] 2200/6 2203/20 2208/4
2223/11 2236/2 2236/3 2243/19 2243/22
2243/25 2248/19 2248/21 2255/3
2255/19 2255/20 2258/4 2265/18
2266/11 2267/24 2280/14 2280/19
2280/24
DOESN'T [1] 2265/15
DOING [4] 2203/12 2239/18 2247/18
2252/11
DOMENGEAUX [1] 2192/5
DOMINANT [1] 2226/12
DOMINATE [1] 2226/11
DOMINATED [1] 2212/13
DON'T [37] 2198/2 2198/4 2199/17
2207/7 2209/13 2210/19 2214/15
2218/17 2221/8 2221/10 2222/5 2225/11
2226/16 2227/1 2239/5 2239/12 2241/5
2242/9 2242/23 2245/2 2249/15 2249/20
2251/9 2257/1 2257/11 2262/15 2266/12
2266/25 2267/14 2267/17 2273/4
2280/25 2283/19 2283/20 2284/19
2284/23 2284/23
DONE [6] 2217/7 2229/6 2268/12
2269/24 2272/20 2278/7
DOTTED [1] 2266/19
DOUBT [1] 2240/17
DOWN [20] 2199/10 2199/12 2199/13
2199/19 2200/5 2200/12 2204/18
2216/23 2221/19 2221/25 2222/11
2225/19 2226/6 2228/6 2228/11 2248/3
2249/16 2263/2 2276/11 2285/17
DOYLE [4] 2193/20 2286/2 2286/10
2286/10
DR [2] 2256/7 2278/14
DR. [69] 2210/11 2214/18 2214/21
2214/21 2218/17 2233/7 2233/7 2234/18
2234/22 2236/10 2237/1 2240/25
2244/23 2245/22 2246/14 2246/16
2246/20 2247/6 2248/20 2248/23
2248/24 2249/4 2249/7 2252/20 2253/14
2255/5 2255/14 2256/3 2256/10 2257/16
2257/18 2257/25 2258/3 2259/1 2261/15

2263/11 2263/14 2263/23 2264/3
2264/10 2264/24 2265/4 2265/4 2265/17
2265/19 2266/20 2267/7 2267/24
2268/18 2268/21 2268/24 2270/10
2270/16 2271/11 2271/25 2272/25
2273/14 2273/23 2274/23 2275/24
2277/7 2277/17 2277/24 2278/4 2279/24
2282/1 2282/3 2282/5 2282/25
2273/14 2273/23 2282/5
DR. BEA [33] 2218/17 2234/18 2244/23
2246/14 2246/20 2247/6 2248/20
2248/23 2249/7 2252/20 2253/14 2255/5
2256/3 2257/16 2257/18 2259/1 2263/11
2263/14 2263/23 2264/10 2265/2 2265/4
2265/17 2265/19 2266/20 2267/7
2267/24 2268/18 2270/10 2271/25
2273/14 2273/23 2282/5
DR. BEA'S [22] 2240/25 2245/22
2255/14 2256/10 2257/25 2258/3 2264/3
2264/24 2268/21 2268/24 2270/10
2270/16 2271/11 2274/23 2274/25
2277/7 2277/17 2277/24 2278/4 2279/24
2282/1 2282/3
DR. BRIAUD [1] 2261/15
DR. EBERSOLE'S [1] 2214/21
DR. HUGHES [3] 2246/16 2248/23
2249/4
DR. RESIO [6] 2210/11 2214/18 2214/21
2233/7 2234/22 2236/10
DR. VRIJLING [1] 2237/1
DR. VRIJLING'S [1] 2283/22
DR. WESTERINK [1] 2233/7
DRAMATICALLY [2] 2276/24 2277/3
DRAW [2] 2200/19 2230/18
DRAWN [1] 2276/1
DRAWN THE [1] 2276/1
DRILLING [1] 2259/25
DROP [1] 2276/11
DUDENHEFER [2] 2192/9 2192/9
DUE [5] 2212/20 2225/20 2228/3
2245/15 2272/25
DULY [1] 2196/2
DUMAS [2] 2192/12 2192/12
DUPRE [18] 2204/18 2225/10 2225/13
2225/14 2229/20 2231/8 2231/11
2231/19 2233/10 2233/12 2238/5 2238/5
2238/6 2240/5 2242/5 2284/4 2284/6
2284/9
DUPRE IN [1] 2238/5
DURATION [9] 2196/22 2207/11
2207/15 2208/10 2208/17 2208/22
2214/9 2243/1 2243/12
DURATIONS [1] 2214/13
DURING [8] 2196/25 2197/7 2205/14
2212/6 2241/25 2246/12 2248/7 2272/22
DUTCH [4] 2203/16 2261/8 2261/8
2272/20
DUVAL [1] 2191/11
DX [2] 2269/19 2282/4
DX-0451 [1] 2282/4
DX-0943 [1] 2269/19
DYNA [13] 2246/15 2246/18 2247/9
2250/5 2250/7 2250/10 2250/13 2250/22
2277/24 2284/20 2284/24 2285/7
2285/12
DYNAMIC [1] 2239/16

E

EACH [18] 2204/19 2205/4 2206/3
2217/6 2217/9 2229/23 2230/22 2238/2
2245/13 2247/1 2247/8 2247/15 2247/17
2248/14 2251/12 2251/14 2252/7
2252/14
EARLIER [15] 2206/16 2209/12 2214/6

# E

EARLIER... [12] 2217/24 2220/18 2226/8
2227/24 2229/19 2230/24 2233/22
2239/8 2251/20 2256/14 2261/8 2269/24
EARLY [1] 2219/10
EARTHEN [5] 2201/23 2202/4 2203/3
2220/2 2272/20
EAST [1] 2193/4
EASTERN [2] 2191/2 2286/3
EBERSOLE [7] 2196/2 2196/7 2210/2
2215/5 2216/5 2229/6 2244/22
EBERSOLE'S [2] 2214/21 2240/25
EDGE [1] 2200/13
EDWARDS,LLC [1] 2192/5
EFFECT [3] 2226/3 2226/5 2248/12
EFFECTIVE [1] 2235/13
EHRLICH [1] 2193/11
EIGHT [1] 2240/24
EITHER [9] 2197/3 2199/4 2199/10
2204/8 2206/7 2206/11 2206/22 2221/18
2270/3
EL [1] 2193/11
EL-AMIN [1] 2193/11
ELEVATION [21] 2196/20 2196/21
2197/9 2205/8 2205/9 2205/11 2205/19
2205/25 2208/12 2209/15
2210/15 2216/22 2227/3 2234/5 2234/7
2234/7 2235/16 2235/17 2282/10
2282/13
ELEVATIONS [4] 2205/4 2210/16
2210/18 2222/23
ELISA [1] 2193/3
ELONGATED [1] 2228/24
ELSE [5] 2199/14 2237/3 2240/9 2262/9
2281/22
ELWOOD [2] 2192/22 2192/23
END [17] 2198/13 2204/19 2214/23
2224/13 2228/19 2229/1 2229/21
2231/16 2231/18 2231/19 2233/1
2236/14 2238/7 2244/9 2261/10 2261/11
2273/8
ENERGY [12] 2199/6 2233/18 2233/25
2235/14 2235/23 2236/8 2237/4 2237/8
2237/8 2237/9 2237/10 2247/18
ENGINEER [1] 2218/17
ENGINEERING [5] 2201/14 2201/22
2208/1 2257/24 2280/7
ENGINEERS [1] 2201/21
ENGLISH [4] 2202/14 2202/19 2203/18
2205/15
ENJOYING [1] 2270/11
ENOUGH [2] 2210/9 2249/22
ENTERED [1] 2230/25
ENTIRE [4] 2204/17 2231/20 2254/8
2272/1
ENTITLED [1] 2286/7
ENUMERATE [1] 2245/4
EQUAL [2] 2248/15 2251/12
EQUALED [1] 2247/15
EQUALS [1] 2235/20
EQUIVALENT [1] 2203/1
EQUIVALENTS [1] 2202/16
ERASED [1] 2236/14
ERODE [9] 2221/5 2252/24 2252/25
2260/24 2272/3 2277/2 2278/8 2278/9
2278/19
ERODED [5] 2209/7 2225/22 2245/18
2252/21 2258/5
ERODES [1] 2261/20
ERODIBILITY [48] 2240/8 2258/3 2258/7
2258/11 2258/12 2258/14 2259/2 2259/2
2259/5 2259/6 2259/17 2260/8 2261/13

2262/7 2262/12 2263/19 2264/2 2264/5
2264/5 2264/17 2265/11 2265/12 2265/22
2265/5 2265/9 2265/13 2265/15 2266/10
2266/11 2266/14 2266/18 2266/23
2267/1 2267/10 2267/12 2267/14
2267/18 2268/3 2268/9 2268/20 2270/21
2270/22 2270/23 2271/5 2271/20 2272/2
2272/4 2272/4 2272/25
ERODING [6] 2199/23 2217/23 2227/13
2229/20 2262/20 2265/11
EROSION [80] 2200/6 2200/15 2200/16
2214/7 2218/4 2219/15 2219/16 2219/23
2220/6 2220/7 2220/8 2221/21 2221/23
2225/14 2225/18 2226/2 2226/2 2226/4
2226/4 2226/7 2226/12 2226/15 2226/20
2226/22 2227/1 2227/21 2227/23 2228/3
2228/5 2228/18 2228/19 2244/22 2245/7
2245/10 2245/11 2245/15 2245/17
2247/21 2247/24 2247/25 2248/1
2250/19 2252/23 2255/8 2255/8 2258/4
2258/15 2261/12 2261/19 2263/12
2263/14 2264/14 2267/4 2267/17
2268/13 2268/14 2268/16 2268/16
2268/19 2269/3 2269/4 2269/7 2269/9
2269/10 2269/12 2269/13 2270/2
2270/19 2271/5 2271/14 2271/22
2272/16 2272/22 2273/11 2273/12
2273/15 2273/23 2274/13 2280/4
2280/11
EROSIVE [3] 2197/5 2200/3 2200/9
ESCALATED [1] 2224/2
ESPECIALLY [2] 2196/17 2221/15
ESQ [31] 2191/15 2191/18 2191/19
2191/22 2191/22 2192/3 2192/6 2192/9
2192/12 2192/16 2192/19 2192/20
2192/23 2193/3 2193/3 2193/6 2193/6
2193/10 2193/11 2193/11 2193/12
2193/12 2193/13 2193/13 2193/14
2193/14 2193/15 2193/15 2193/16
2193/16 2193/17
ESSENCE [7] 2223/18 2234/12 2251/16
2251/22 2265/10 2277/1 2278/17
ESSENTIAL [1] 2278/3
ESSENTIALLY [3] 2203/1 2209/4
2230/15
ESTIMATE [9] 2201/6 2208/15 2213/15
2213/16 2213/18 2249/7 2261/20
2262/12 2265/6
ESTIMATES [1] 2282/24
ET [3] 2191/5 2191/7 2267/23
ET AL [1] 2267/23
ETC [1] 2236/6
EUROPEAN [1] 2203/16
EUROPEANS [1] 2203/14
EUROTOP [2] 2202/1 2204/6
EVEN [23] 2205/11 2206/13 2220/1
2223/25 2226/3 2228/14 2228/24
2237/16 2238/12 2238/23 2242/7 2242/9
2243/3 2243/14 2250/16 2251/12 2252/7
2255/2 2267/16 2278/9 2280/4 2281/19
2284/13
EVENING [1] 2285/21
EVENT [2] 2196/22 2205/14
EVENTUALLY [1] 2208/25
EVER [4] 2199/17 2209/13 2263/4
2277/21
EVERY [11] 2228/8 2235/8 2247/1
2247/8 2247/17 2247/25 2248/14
2251/12 2251/14 2252/7 2252/14
EVERYBODY [1] 2245/24
EVERYTHING [2] 2206/22 2257/1
EVERYWHERE [1] 2256/18
EVIDENCE [4] 2225/4 2227/1 2228/7

2256/19
EXACTLY [4] 2227/4 2240/16 2273/25
2276/22
EXAGGERATION [1] 2250/22
EXAMINATION [3] 2196/4 2244/8
2285/16
EXAMINED [2] 2229/23 2242/20
EXAMPLE [15] 2204/5 2205/6 2207/1
2207/17 2210/14 2216/22 2223/1
2233/20 2234/3 2242/4 2250/5 2254/1
2256/1 2275/4 2277/7
EXAMPLES [1] 2272/10
EXCEED [5] 2208/7 2217/10 2222/15
2238/13 2242/6
EXCEEDED [3] 2208/8 2256/16 2264/20
EXCEEDING [1] 2220/2
EXCEEDS [3] 2206/7 2206/13 2211/5
EXCESS [1] 2268/19
EXCUSE [4] 2215/4 2256/23 2266/20
2282/20
EXECUTIVE [1] 2244/17
EXEMPLAR [1] 2272/9
EXHIBIT [13] 2195/8 2202/6 2214/16
2214/17 2214/17 2214/22 2248/18
2253/9 2255/18 2266/13 2269/19 2270/4
2274/2
EXHIBIT 13 [1] 2195/8
EXHIBIT 15 [1] 2214/17
EXHIBIT 16 [1] 2248/18
EXHIBIT 17 [1] 2253/9
EXHIBIT 18 [1] 2274/2
EXIST [3] 2233/18 2234/10 2234/11
EXISTED [5] 2216/12 2238/15 2258/14
2259/23 2263/10
EXPECT [4] 2203/5 2203/7 2206/18
2248/9
EXPERIENCE [2] 2267/13 2271/5
EXPERIMENTS [3] 2246/12 2268/12
2272/20
EXPERT [2] 2240/12 2262/13
EXPERTISE [1] 2241/8
EXPERTS [2] 2229/8 2246/1
EXPLAIN [5] 2211/23 2227/24 2248/19
2263/14 2274/10
EXPLAINED [2] 2210/25 2251/20
EXPLANATION [1] 2204/15
EXPOSED [1] 2203/4
EXPRESS [1] 2202/14
EXTANT [1] 2239/5
EXTENDING [1] 2243/12
EXTENSIVE [1] 2245/25
EXTRACT [1] 2260/1
EXTRAPOLATED [2] 2272/1 2272/11
EXTREME [4] 2260/17 2260/18 2260/23
2263/20
EXTREMELY [5] 2260/19 2260/22
2260/25 2263/25 2267/3

# F

FACE [14] 2199/18 2217/22 2218/20
2219/23 2261/5 2262/20 2262/25
2263/10 2264/15 2264/20 2264/21
2265/4 2265/23 2270/19
FACT [12] 2196/18 2197/2 2212/14
2214/19 2226/1 2251/4 2251/24 2252/15
2255/23 2256/22 2267/2 2284/23
FACTOR [7] 2207/12 2234/15 2234/19
2236/4 2238/13 2257/19 2285/11
FAIL [2] 2239/21 2253/17
FAILED [4] 2227/8 2240/1 2240/7
2240/7
FAIR [1] 2248/6

**F**

FAIRLY [4] 2214/13 2245/20 2266/4
2275/12
FALL [3] 2200/12 2250/11 2252/8
FAMILIAR [1] 2267/2
FAN [1] 2228/11
FAN-SHAPED [1] 2228/11
FAR [3] 2222/15 2251/2 2284/18
FASHION [1] 2261/17
FAYARD [2] 2192/16 2192/16
FCRR [3] 2193/20 2286/2 2286/10
FEATURE [2] 2200/16 2226/24
FEATURES [3] 2226/25 2228/11
2228/24
FEEDING [3] 2200/14 2222/19 2222/19
FEEL [1] 2244/10
FEET [51] 2205/10 2205/12 2208/6
2208/16 2210/17 2210/17 2216/21
2216/24 2216/25 2218/2 2218/15
2218/16 2220/21 2229/17 2232/14
2233/20 2234/6 2234/8 2234/12 2235/9
2235/10 2235/12 2235/17 2235/18
2235/20 2235/25 2236/1 2249/2 2249/3
2253/16 2254/3 2254/8 2254/11 2256/2
2264/23 2265/8 2266/24 2268/25 2269/3
2271/14 2276/14 2277/8 2277/22
2277/25 2279/2 2279/6 2279/9 2280/1
2280/6 2282/13 2282/14
FELT [1] 2213/6
FEW [1] 2243/19
FEWER [2] 2228/1 2228/2
FIELD [4] 2201/12 2235/9 2235/11
2263/8
FIGURE [32] 2198/5 2202/5 2202/8
2210/24 2210/24 2229/14 2230/16
2231/8 2231/16 2231/18 2232/9 2232/11
2237/16 2237/23 2240/20 2241/18
2242/12 2253/10 2254/15 2258/19
2264/4 2267/22 2269/5 2269/8 2270/9
2271/11 2271/17 2273/5 2274/21
2275/16 2278/11 2278/21
FIGURES [4] 2214/19 2214/20 2243/18
2245/22
FINAL [1] 2205/25
FINALLY [1] 2285/8
FIND [1] 2215/6
FINDS [1] 2281/17
FINE [3] 2241/14 2244/20 2270/8
FINEL [1] 2284/25
FINISH [4] 2241/12 2244/7 2244/18
2262/18
FINISHED [1] 2197/24
FIRM [4] 2191/21 2192/9 2192/12
2193/2
FIRST [13] 2205/5 2205/17 2216/16
2245/21 2246/23 2252/19 2252/23
2253/11 2261/2 2274/10 2284/1 2284/6
2285/2
FIT [2] 2265/2 2266/20
FITS [2] 2198/5 2241/18
FITZGERALD [3] 2210/13 2212/18
2213/11
FIVE [1] 2240/23
FIXED [1] 2223/16
FLATTER [1] 2199/14
FLOODED [1] 2231/1
FLOODING [2] 2212/18 2213/12
FLORIDA [1] 2192/17
FLOW [11] 2200/16 2212/13 2220/22
2222/20 2228/9 2228/23 2228/24 2263/7
2273/23 2282/19 2283/23
FLOWING [5] 2199/19 2200/5 2200/12

2200/23 2201/4
FLUID [1] 2257/4
2261/7 2261/11 2261/14 2261/14
2262/18 2262/20 2264/8 2268/12
2268/15
FOCUS [1] 2202/16
FOLKS [1] 2201/24
FOLLOWS [1] 2196/3
FOOT [115]
FOOT-AND-A-HALF [1] 2233/12
FOOTBALL [2] 2235/9 2235/11
FORCES [1] 2259/18
FOREGOING [1] 2286/4
FORESHORE [1] 2257/9
FORM [2] 2200/11 2282/16
FORMATION [1] 2225/22
FORMED [2] 2200/2 2226/24
FORMS [1] 2224/7
FORMULA [1] 2207/22
FORMULAS [1] 2282/20
FORMULATED [1] 2245/14
FORTH [2] 2216/15 2263/1
FORWARD [1] 2226/10
FOUR [2] 2206/5 2230/9
FOUR-TENTHS [1] 2230/9
FOURTHS [1] 2212/3
FRANK [1] 2192/9
FRANKLIN [1] 2193/17
FRANKLY [1] 2285/19
FREEBOARD [12] 2209/13 2209/15
2209/18 2209/20 2210/24 2210/25
2211/2 2211/2 2211/4 2211/10 2211/10
2211/15
FREEBOARDS [1] 2212/2
FRONT [69] 2196/11 2196/16 2196/19
2196/21 2196/23 2197/3 2197/6 2214/17
2216/16 2217/6 2217/14 2217/22
2217/25 2218/4 2218/12 2219/15
2219/17 2219/23 2220/6 2221/13
2221/16 2221/21 2221/22 2224/3
2225/24 2226/2 2226/3 2226/8 2226/15
2226/21 2226/25 2227/15 2227/16
2227/19 2227/23 2228/2 2228/4 2228/6
2228/19 2235/22 2237/12 2244/22
2245/7 2245/9 2245/10 2245/15 2245/17
2245/20 2248/20 2261/5 2262/20
2262/25 2263/10 2264/19 2264/21
2265/4 2265/18 2265/19 2265/23 2266/4
2268/2 2268/17 2270/19 2271/3 2273/8
2273/17 2274/11 2276/23 2277/3
FRONT-SIDE [16] 2196/21 2214/17
2216/16 2219/15 2221/21 2226/2 2226/3
2226/8 2227/23 2244/22 2245/7 2245/15
2245/17 2248/20 2268/2 2273/8
FULL [3] 2245/24 2259/10 2272/12
FUNCTION [8] 2196/11 2196/20
2212/25 2242/17 2270/20 2273/18
2273/19 2279/16
FUNDAMENTALLY [1] 2259/17

**G**

GAUGE [1] 2201/10
GAVE [2] 2212/17 2267/24
GENERAL [3] 2204/20 2217/9 2281/1
GENERALLY [13] 2200/9 2203/15
2214/11 2225/10 2227/4 2227/9 2230/10
2233/9 2233/10 2234/21 2235/25
2238/19 2268/15
GENERATE [3] 2200/3 2200/14 2261/11
GENERATED [2] 2214/20 2278/23
GENERATES [1] 2246/25
GENERATING [1] 2262/24
GENTLE [3] 2235/7 2235/13 2235/22

GENTLY [1] 2235/6
GEOMETRY [2] 2207/8 2207/8
GEORGE [4] 2193/19 2194/6 2207/18
2211/13 2211/20 2212/2 2212/4 2212/8
2215/3 2218/25 2219/8 2219/11 2223/10
2223/10 2224/11 2228/4 2228/8 2237/18
2239/6 2240/17 2240/18 2246/1 2250/18
2251/9 2251/21 2253/20 2254/7 2257/22
2257/23 2260/24 2266/22 2267/9
2272/22 2277/12 2282/20
GETS [9] 2200/11 2208/5 2208/9
2211/10 2213/10 2221/17 2227/25
2267/11 2282/14
GETTING [18] 2202/7 2219/24 2221/14
2223/14 2223/23 2235/12 2238/24
2253/4 2254/16 2254/19 2256/3 2256/4
2256/6 2266/3 2267/3 2268/5 2283/14
2283/14
GILBERT [2] 2193/2 2193/3
GIVE [11] 2206/15 2208/15 2208/23
2213/14 2230/12 2231/20 2234/6 2234/8
2244/11 2251/15 2254/1
GIVEN [2] 2264/13 2264/16
GIVES [1] 2206/1
GIVING [5] 2221/6 2223/1 2282/24
2283/21 2284/24
GO [72] 2202/5 2203/19 2204/13 2207/1
2209/22 2210/24 2214/15 2216/3 2218/9
2219/18 2220/13 2222/6 2222/7 2222/9
2223/18 2223/21 2225/7 2226/18
2227/11 2228/13 2229/14 2230/16
2231/8 2231/16 2232/9 2235/3 2235/11
2236/10 2236/11 2237/23 2240/13
2240/20 2240/25 2241/16 2245/5
2245/21 2246/4 2248/18 2249/4 2251/6
2251/21 2253/9 2253/10 2253/12
2255/18 2256/1 2256/14 2257/13 2258/2
2258/17 2262/25 2264/3 2267/8 2267/21
2269/18 2270/4 2270/12 2271/17
2272/19 2274/2 2275/20 2275/21 2276/6
2278/11 2278/13 2278/21 2279/4 2282/2
2284/6 2285/1 2285/2 2285/8
GOES [1] 2234/19
GOING [60] 2195/10 2200/2 2200/17
2200/18 2202/11 2202/16 2208/13
2210/4 2214/3 2216/2 2216/6 2216/9
2218/8 2218/18 2220/4 2220/16 2222/7
2224/2 2226/11 2229/16 2229/18
2231/19 2232/19 2233/24 2234/1
2234/11 2234/12 2234/13 2234/17
2235/15 2235/19 2238/21 2240/11
2240/17 2240/25 2243/11 2244/9
2244/18 2245/5 2247/20 2248/16
2248/17 2249/11 2250/20 2253/10
2253/10 2256/6 2257/22 2260/24
2262/13 2264/1 2264/7 2265/18 2266/15
2267/11 2267/21 2278/4 2278/17
2281/24 2282/1
GONE [6] 2218/15 2219/20 2221/24
2262/9 2263/4 2272/17
GOOD [27] 2195/5 2198/4 2239/7
2244/3 2253/20 2255/1 2256/5 2256/11
2270/8 2270/21 2271/21 2272/5 2274/15
2274/17 2275/6 2277/12 2278/6 2278/8
2278/16 2278/25 2279/4 2279/14
2279/25 2280/2 2281/2 2281/18 2285/18
GOT [8] 2206/5 2214/7 2216/23 2219/22
2240/23 2244/11 2270/8 2284/1
GOTCHA [4] 2207/6 2276/8 2283/11
2283/12
GOTTEN [2] 2228/21 2267/16
GOVERNMENT [1] 2192/13
GRAPH [2] 2246/9 2270/12
GRAPHICALLY [1] 2229/11

# G

GRASS [85] 2202/17 2203/1 2203/3
2203/8 2203/24 2213/21 2214/12
2219/10 2220/2 2225/19 2243/4 2245/10
2245/12 2245/18 2251/6 2252/19
2252/21 2253/1 2253/14 2253/17
2253/21 2253/24 2253/25 2254/2 2254/5
2254/6 2254/12 2254/19 2254/23 2255/2
2255/3 2255/4 2255/8 2255/14 2255/21
2255/23 2256/2 2256/4 2256/5 2256/11
2256/13 2256/17 2256/20 2257/17
2257/19 2257/22 2257/25 2258/5
2270/21 2270/23 2270/24 2271/4
2271/20 2271/21 2273/23 2274/17
2274/18 2275/6 2275/15 2277/4 2277/6
2277/12 2277/17 2277/19 2277/19
2278/4 2278/6 2278/8 2278/24 2278/25
2279/16 2279/25 2280/2 2280/10
2280/11 2280/21 2280/23 2280/24
2281/1 2281/1 2281/3 2281/5 2281/6
2281/14 2281/18
GRASS-COVERED [4] 2203/8 2219/10
2255/21 2255/23
GRASS-LINED [1] 2281/1
GRAVITY [1] 2199/13
GRAY [3] 2206/5 2206/7 2206/22
GRAYS [1] 2206/5
GREATER [10] 2208/24 2213/23
2220/17 2233/12 2234/23 2240/9 2242/8
2247/12 2250/17 2285/6
GREATEST [1] 2258/24
GREATLY [2] 2220/2 2273/12
GREEN [8] 2225/19 2226/20 2253/19
2253/21 2270/11 2274/16 2275/7
2275/21
GREIF [1] 2193/12
GROSSLY [5] 2245/16 2258/15 2264/1
2267/1 2282/18
GROUP [2] 2193/7 2283/22
GROWS [1] 2208/22
GUESS [9] 2219/7 2237/15 2239/6
2241/9 2262/8 2266/2 2270/20 2270/25
2275/25
GUIDANCE [18] 2201/14 2201/17
2201/21 2201/24 2201/25 2202/2 2202/9
2202/21 2203/9 2203/14 2207/12
2207/22 2212/24 2213/5 2213/24
2220/10 2243/5 2257/24
GUIDELINES [4] 2202/20 2202/21
2203/16 2203/16
GULF [1] 2283/24

# H

H-E-W-L-E-T-T [1] 2267/23
H2 [2] 2229/24 2229/25
H3 [2] 2229/25 2230/1
H3T06 [1] 2249/1
H5 [2] 2230/2 2230/3
H6 [2] 2230/2 2230/4
H6T10 [1] 2249/2
HAD [37] 2205/7 2205/9 2205/11
2206/15 2206/20 2223/8 2225/12 2226/4
2226/5 2226/8 2230/1 2230/1 2230/2
2230/3 2230/4 2233/20 2234/5 2236/19
2236/19 2239/8 2243/6 2246/16 2247/15
2248/23 2250/7 2250/8 2253/3 2254/2
2256/20 2257/2 2259/22 2260/13 2261/1
2263/17 2267/16 2270/1 2272/20
HALF [8] 2205/2 2219/20 2220/5
2220/10 2233/12 2235/9 2235/11 2241/1
HALFWAY [2] 2285/2 2285/8
HAND [11] 2202/19 2203/13 2204/15

2216/21 2232/12 2242/18 2250/4
2253/20 2266/11 2268/7 2268/8
HANDLED [1] 2242/2
HAPPEN [2] 2239/17 2254/24
HAPPENING [1] 2217/18
HAPPENS [3] 2222/13 2222/16 2237/11
HARD [1] 2269/22
HARDLY [1] 2260/18
HAS [30] 2199/22 2207/24 2217/7
2218/15 2221/21 2221/24 2226/7
2226/22 2227/1 2227/15 2227/17
2233/22 2235/2 2235/8 2239/15 2240/12
2245/25 2246/3 2247/2 2248/14 2248/20
2251/12 2255/6 2257/16 2257/19 2273/9
2273/14 2275/19 2278/7 2278/18
HATCHED [3] 2221/2 2221/4 2221/12
HAVE [113]
HAVEN'T [2] 2225/25 2240/16
HAVING [3] 2196/2 2202/7 2262/25
HB [1] 2193/20
HB-406 [1] 2193/20
HE [58] 2210/11 2237/7 2237/9 2246/13
2246/15 2246/21 2247/6 2247/7 2249/10
2252/6 2253/2 2253/3 2255/6 2255/15
2257/2 2257/4 2258/10 2258/14 2259/1
2259/4 2259/5 2259/9 2259/9 2262/3
2262/4 2262/5 2262/6 2262/12 2263/24
2265/23 2266/11 2266/17 2266/17
2267/7 2269/5 2269/9 2270/16 2272/2
2272/3 2272/11 2273/4 2273/9 2273/16
2276/23 2277/1 2277/3 2277/5 2277/19
2278/7 2278/15 2278/16 2278/18 2282/6
2282/11 2282/12 2283/1 2283/19
2283/20
HE'S [26] 2247/17 2247/18 2247/19
2247/19 2247/20 2247/20 2247/22
2247/24 2251/23 2251/25 2252/4 2252/8
2252/11 2252/17 2253/5 2253/6 2253/7
2255/16 2255/23 2257/5 2265/9 2267/3
2270/18 2273/10 2280/2 2280/3
HEADCUTS [6] 2225/23 2226/24
2227/14 2227/22 2228/8 2228/15
HEARD [3] 2234/18 2234/20 2240/17
HEARING [1] 2236/25
HEIGHT [56] 2196/11 2211/6 2216/14
2216/25 2218/15 2232/5 2232/13
2232/17 2232/18 2232/19 2233/3
2233/25 2234/2 2234/9 2234/14 2235/2
2236/22 2236/24 2237/8 2237/10
2237/16 2240/2 2246/25 2247/2 2247/7
2247/8 2247/10 2247/12 2247/14
2247/14 2247/15 2247/16 2249/1
2251/10 2251/13 2251/15 2251/25
2252/1 2252/9 2252/15 2253/15 2253/17
2254/3 2254/8 2254/11 2254/18 2256/2
2256/7 2256/9 2256/10 2256/12 2256/16
2257/5 2257/6 2257/18 2282/9
HEIGHT'S [1] 2219/21
HEIGHTS [6] 2218/20 2218/22 2233/5
2233/6 2247/20 2248/16
HELP [2] 2207/1 2248/19
HELPED [1] 2276/18
HELPFUL [1] 2235/3
HELPS [1] 2240/19
HERE [58] 2197/2 2202/11 2202/13
2202/19 2203/3 2204/14 2206/15
2206/17 2207/4 2208/15 2209/1 2211/3
2211/14 2211/15 2212/22 2216/5 2219/1
2219/7 2221/2 2222/5 2222/14 2223/1
2224/5 2226/10 2227/13 2228/13
2228/14 2228/19 2228/20 2230/18
2230/21 2231/21 2232/9 2235/5 2237/25
2238/9 2240/12 2241/24 2242/12

2242/16 2246/17 2248/25 2253/13
2255/18 2262/21 2265/17 2266/17
2266/15 2269/24 2270/17 2270/25
2274/14 2275/20 2279/1 2281/25 2282/7
2284/1 2285/10
HERE'S [2] 2275/20 2285/3
HEREBY [1] 2286/4
HEWLETT [15] 2267/23 2273/21
2273/25 2274/5 2274/15 2274/16
2274/17 2275/3 2275/6 2276/6 2276/20
2277/15 2278/21 2278/23 2279/11
HEWLETT'S [2] 2274/18 2280/8
HIGH [40] 2199/12 2199/19 2203/5
2203/23 2203/25 2204/4 2206/2 2206/21
2207/15 2210/9 2237/5 2239/23 2240/1
2240/5 2247/17 2259/1 2259/2 2259/4
2259/5 2260/20 2260/20 2262/24
2263/23 2264/5 2264/11 2266/10
2266/11 2266/14 2266/18 2267/1 2267/4
2267/9 2267/10 2270/21 2270/22
2270/23 2271/20 2272/4 2272/4 2278/2
HIGH-COMPACTION [1] 2263/23
HIGH-QUALITY [2] 2203/23 2203/25
HIGH-SPEED [1] 2199/19
HIGHER [26] 2200/2 2205/2 2205/9
2205/11 2205/11 2205/22 2205/23
2207/1 2208/25 2210/4 2212/14 2214/11
2220/10 2225/10 2225/11 2227/25
2227/25 2228/4 2228/5 2251/19 2251/25
2281/15 2281/19 2282/21 2283/19
2285/11
HIGHEST [10] 2203/22 2205/10 2206/20
2220/1 2239/23 2242/8 2243/3 2247/11
2247/16 2248/15
HIGHEST-QUALITY [2] 2220/1 2242/8
HIGHLY [5] 2200/9 2203/23 2250/25
2263/7 2268/6
HILL [1] 2200/5
HIM [3] 2234/20 2237/3 2237/4
HIS [49] 2212/18 2212/18 2213/12
2214/18 2241/2 2241/3 2241/8 2246/16
2246/20 2246/21 2247/19 2247/21
2248/24 2248/24 2249/5 2249/8 2249/11
2251/2 2252/24 2253/2 2253/7 2256/17
2256/23 2257/2 2257/8 2258/4 2258/7
2259/9 2263/11 2263/14 2263/24 2264/1
2265/22 2265/22 2268/21 2269/1 2269/5
2269/9 2272/2 2273/1 2273/17 2273/20
2273/24 2278/2 2278/15 2282/6 2282/12
2282/23 2285/18
HIT [3] 2199/13 2199/14 2199/14
HOLDING [1] 2240/22
HOLE [1] 2200/11
HOME [2] 2234/25 2238/9
HONEST [1] 2249/15
HONEYCUTT [1] 2192/16
HONOR [14] 2195/5 2195/13 2200/17
2209/21 2214/15 2216/2 2222/8 2240/15
2244/4 2268/5 2270/1 2270/14 2283/6
2285/14
HONORABLE [1] 2191/11
HOPE [1] 2191/16
HOPEFULLY [1] 2214/22
HOPING [2] 2245/25 2263/21
HORIZONTAL [12] 2229/18 2231/3
2232/15 2242/12 2253/14 2267/5 2269/4
2269/6 2269/10 2270/2 2270/18 2274/13
HORIZONTALLY [1] 2269/1
HOUR [31] 2217/21 2219/21 2220/5
2241/1 2241/11 2256/4 2264/15 2265/7
2265/7 2265/8 2265/11 2266/24 2266/24
2266/25 2268/15 2268/18 2268/19
2269/3 2272/23 2275/2 2277/14 2277/16

# H

HOUR... [9]  2277/18 2277/20 2278/8
2279/12 2279/19 2279/24 2281/8
2281/17 2281/18
HOURS [21]  2254/5 2254/8 2254/10
2254/19 2254/24 2256/3 2256/6 2256/8
2256/11 2256/16 2271/1 2271/9 2271/22
2274/14 2275/14 2275/17 2275/19
2275/21 2276/15 2278/9 2281/7
HOW [49]  2196/12 2197/5 2200/8
2201/10 2202/3 2202/22 2203/12 2206/2
2206/17 2207/9 2207/15 2211/9 2212/22
2221/6 2230/21 2230/22 2230/25
2233/15 2235/7 2235/24 2237/5 2240/21
2241/18 2241/21 2242/2 2242/14
2242/16 2244/10 2244/12 2245/19
2252/17 2258/18 2259/8 2259/9 2261/2
2261/20 2263/14 2267/10 2267/24
2269/5 2269/9 2271/25 2272/11 2273/2
2273/4 2275/16 2275/18 2276/1 2280/9
HS [1]  2216/14
HUGE [1]  2277/13
HUGHES [10]  2246/10 2246/16 2248/23
2249/4 2249/10 2249/14 2250/3 2250/6
2250/9 2250/15
HUGHES' [1]  2249/25
HUNDRED [1]  2235/25
HURRICANE [2]  2229/24 2248/7
HYDRAULIC [4]  2199/21 2199/21
2200/1 2200/3
HYDRAULICS [1]  2246/11
HYDRODYNAMIC [3]  2216/7 2258/13
2263/9
HYDROGRAPH [3]  2230/22 2230/24
2231/13

# I

I'D [8]  2209/22 2214/21 2233/10 2241/11
2245/21 2258/19 2265/25 2275/21
I'LL [6]  2198/11 2198/11 2214/23 2244/6
2244/7 2254/1
I'M [58]  2195/14 2197/19 2198/5 2198/8
2200/18 2209/20 2216/6 2216/9 2218/8
2218/9 2220/7 2221/6 2222/22 2222/23
2222/24 2223/1 2229/16 2229/19
2229/22 2232/19 2235/12 2235/15
2236/12 2237/5 2238/6 2239/14 2239/15
2240/19 2240/22 2240/25 2241/24
2244/6 2245/25 2249/8 2249/11 2251/8
2253/2 2253/6 2253/10 2254/15 2257/2
2257/7 2258/1 2261/22 2267/2 2267/11
2268/4 2268/4 2268/5 2269/15 2269/19
2270/12 2275/25 2281/11 2281/11
2284/3 2285/19 2285/19
I'VE [11]  2202/18 2213/22 2219/1
2222/14 2229/11 2240/23 2244/11
2255/22 2262/11 2268/10 2268/10
IDEA [4]  2226/14 2231/20 2260/13
2263/18
IDENTIFIED [2]  2213/12 2266/12
IF [62]  2196/14 2199/17 2199/24 2206/7
2206/20 2207/17 2208/12 2209/17
2209/18 2209/24 2211/24 2213/3 2213/5
2214/3 2222/24 2222/24 2223/8 2223/9
2223/13 2226/4 2233/20 2234/8 2235/11
2238/23 2239/12 2239/17 2240/17
2241/5 2241/12 2241/14 2242/7 2243/10
2244/8 2244/10 2246/1 2247/10 2248/12
2249/16 2250/6 2250/11 2253/4 2253/20
2254/2 2254/13 2254/23 2255/1 2256/14
2257/7 2262/20 2263/3 2267/15 2269/2
2272/15 2274/2 2275/10 2275/14

II [2]  2192/24 2193/6
ILIT [4]  2258/24 2260/11 2261/23
2263/16
ILLUSTRATE [1]  2217/13
ILLUSTRATIONS [1]  2216/3
IMPACT [5]  2243/15 2243/15 2253/15
2257/5 2273/15
IMPACTING [1]  2262/23
IMPLEMENTED [1]  2267/8
IMPLICATION [1]  2257/21
IMPORTANT [8]  2202/18 2207/15
2212/7 2217/19 2230/25 2233/15 2235/7
2238/11
IMPOSED [2]  2265/11 2267/7
IMPRESSIONS [1]  2213/19
IN [253]
IN-SITU [2]  2259/22 2260/14
INCIDENT [2]  2232/19 2273/18
INCLUDE [2]  2204/23 2222/24
INCLUDED [1]  2202/1
INCLUDES [2]  2216/12 2222/25
INCONSISTENT [1]  2284/25
INCORRECT [1]  2222/24
INCORRECTLY [1]  2268/24
INCREASE [3]  2220/4 2222/13 2243/8
INCREASED [5]  2218/13 2218/20
2218/21 2219/21 2277/5
INCREASES [4]  2222/17 2222/18
2222/18 2228/25
INCREASING [6]  2217/20 2218/1
2218/23 2220/25 2223/11 2228/23
INCREDIBLE [1]  2199/15
INCREDIBLY [1]  2285/5
INDEED [1]  2278/3
INDICATE [2]  2216/17 2238/24
INDICATED [2]  2221/24 2248/25
INDICATES [3]  2216/11 2256/19
2279/25
INDICATING [1]  2256/7
INDICATION [1]  2221/12
INDICATOR [3]  2197/4 2216/16 2221/6
INDIVIDUAL [2]  2217/9 2249/6
INDIVIDUALLY [1]  2245/13
INDUCED [5]  2218/4 2219/15 2220/6
2220/8 2227/1 2268/13
INFLUENCE [9]  2229/2 2229/12 2231/25
2232/4 2234/17 2235/1 2236/23 2237/20
2238/11
INFORMATION [8]  2201/5 2202/22
2210/14 2212/17 2263/24 2267/24
2268/1 2271/4
INITIALLY [1]  2212/23 2255/14
INITIATE [1]  2212/20
INITIATION [1]  2213/21
INNER [1]  2234/4
INPUTS [1]  2272/15
INSIDE [1]  2260/11
INSURERS [1]  2193/2
INTACT [2]  2223/9 2223/10
INTEGRATION [1]  2245/7
INTENDED [1]  2205/4
INTERACT [1]  2280/10
INTERBLOCK [2]  2279/4 2279/15
INTEREST [1]  2258/25
INTERESTED [3]  2210/7 2210/13
2240/11
INTERESTING [1]  2196/18
INTERIOR [2]  2212/18 2213/12
INTERNATIONAL [1]  2207/25
INTERPARTICLE [1]  2259/18
INTERPRETATION [1]  2252/10

INTERRUPTION [1]  2218/10
INTERSECT [2]  2206/14 2276/14
INTERSECTS [2]  2276/11 2276/13
INTO [27]  2200/13 2203/18 2213/1
2213/7 2213/19 2217/17 2224/9 2227/2
2227/23 2228/17 2231/2 2236/10
2236/11 2239/6 2240/14 2241/18 2249/4
2256/24 2257/8 2261/18 2263/3 2263/5
2265/16 2265/18 2267/20 2272/15
2279/6
INTRODUCE [2]  2199/15 2204/25
INTRODUCES [1]  2199/20
INVOLVE [1]  2231/14
INVOLVED [2]  2260/4 2262/2
INVOLVING [2]  2231/6 2238/19
IPET [5]  2196/25 2217/12 2217/14
2266/2 2266/7
IRREGULAR [4]  2247/4 2247/5 2250/25
2252/15
IRRELEVANT [1]  2212/5
IS [308]
ISSUE [3]  2234/23 2235/1 2241/16
IT [154]
IT'S [55]  2195/12 2197/4 2199/22
2200/14 2202/7 2202/8 2203/18 2208/23
2211/18 2213/18 2213/20 2215/2 2217/4
2217/19 2217/21 2217/21 2219/4
2220/22 2222/19 2223/17 2233/16
2234/1 2234/21 2235/7 2235/25 2238/9
2244/3 2244/9 2246/3 2249/23 2251/18
2252/20 2252/23 2253/5 2261/15 2262/5
2264/15 2265/11 2266/16 2268/6
2269/19 2269/22 2271/2 2273/19
2276/13 2279/7 2280/4 2280/14 2280/25
2282/4 2282/4 2283/1 2284/7 2285/18
2285/18
ITS [4]  2218/19 2223/23 2230/3 2259/22
ITSELF [6]  2203/11 2208/12 2216/13
2235/7 2257/4 2261/13

# J

JAMES [2]  2192/6 2193/13
JANUARY [1]  2245/22
JANUARY 2009 [1]  2245/22
JEFFERSON [1]  2192/6
JEFFREY [1]  2193/11
JOANEN [1]  2191/19
JOHN [1]  2193/17
JOKING [1]  2270/12
JONATHAN [1]  2191/22
JOSEPH [2]  2191/18 2191/18
JOSHUA [1]  2192/20
JR [7]  2191/11 2192/9 2192/16 2192/22
2192/23 2193/10 2193/13
JUDGE [1]  2191/11
JULY [3]  2264/4 2270/10 2282/3
JULY 11 [2]  2270/10 2282/3
JULY 2008 [1]  2264/4
JUMP [5]  2199/21 2199/22 2200/1
2281/24 2282/1
JUMPS [1]  2200/3
JUST [81]  2197/4 2197/4 2198/4 2200/4
2203/15 2203/17 2204/6 2206/1 2206/15
2206/25 2207/15 2209/4 2209/9 2209/22
2211/11 2212/14 2213/14 2214/5 2215/6
2216/5 2216/6 2217/13 2219/9 2219/21
2220/21 2221/1 2221/17 2223/1 2223/21
2224/4 2225/15 2225/21 2227/12
2227/25 2228/20 2230/12 2234/25
2235/3 2235/12 2235/15 2239/15 2240/4
2241/24 2241/12 2241/20 2243/18
2244/6 2245/4 2245/18 2245/24 2248/16
2249/12 2251/7 2252/19 2254/1 2257/1

Case 2:05-cv-04182-SRD-JCW Document 21588-22 Filed 05/22/2013 Page 107 of 116

**J**

JUST... [25] 2257/7 2259/19 2262/11
2263/8 2264/6 2265/12 2265/25 2266/25
2267/13 2267/24 2269/15 2271/6 2271/8
2271/22 2271/23 2272/16 2274/3 2274/3
2275/4 2281/25 2282/18 2282/19 2284/9
2285/6 2285/7
JUSTICE [1] 2193/9
JX [3] 2225/7 2283/23 2283/25
JX-0197 [2] 2283/23 2283/25
JX-211 [1] 2225/7

**K**

KALIMAH [1] 2193/11
KARA [1] 2193/14
KATRINA [5] 2205/14 2229/24 2272/22
2282/6 2283/11
KEA [1] 2191/22
KEEPS [1] 2241/15
KELLS [1] 2193/12
KIND [9] 2203/4 2207/25 2217/5
2258/13 2261/5 2262/18 2263/9 2281/1
2282/22
KINDS [2] 2260/9 2284/17
KNOW [25] 2195/14 2199/17 2208/2
2222/5 2224/5 2227/3 2240/10 2241/5
2244/9 2245/24 2247/1 2247/2 2257/11
2259/8 2262/2 2262/15 2263/19 2270/13
2272/2 2273/4 2276/2 2277/9 2280/25
2283/19 2284/23
KNOWING [1] 2252/12
KNOWLEDGE [4] 2201/12 2207/22
2265/20 2267/14
KNOWN [1] 2283/2

**L**

LAB [2] 2259/21 2260/3
LABORATORY [5] 2246/12 2246/12
2246/15 2248/24 2259/11
LAFAYETTE [1] 2192/7
LANDWARD [1] 2228/11
LARGE [4] 2200/10 2214/3 2261/9
2268/12
LARGE-SCALE [1] 2268/12
LARGER [2] 2206/17 2250/19 2253/4
LARGEST [1] 2252/14
LAST [2] 2199/2 2278/12
LATER [4] 2195/11 2214/25 2239/6
2246/2
LATERAL [6] 2270/2 2270/3 2270/18
2271/14 2272/16 2273/3
LATERAL/HORIZONTAL [1] 2270/18
LAW [5] 2191/18 2191/21 2192/9
2192/12 2192/12
LAWN [1] 2192/3
LAWYER'S [1] 2192/13
LAYER [1] 2201/3
LEADING [1] 2225/22
LEARN [1] 2249/10
LEAST [5] 2206/23 2232/7 2238/21
2256/16 2260/2
LED [1] 2283/13
LEFT [15] 2195/7 2203/13 2204/15
2216/21 2221/22 2226/20 2229/17
2232/12 2239/9 2242/18 2250/4 2253/16
2264/13 2274/12 2282/8
LEFT-HAND [9] 2203/13 2204/15
2216/21 2232/12 2242/18 2250/4
2253/16 2264/13 2282/8
LENGTH [7] 2202/15 2204/20 2231/21
2234/23 2236/5 2254/9 2272/12
LESS [7] 2196/15 2212/11 2212/11

2212/12 2251/16 2256/8 2268/15
LET [8] 2206/25 2158/22 2176/19
2229/16 2244/5 2245/24 2265/14
2280/12
LET'S [68] 2196/6 2202/5 2202/25
2203/19 2204/13 2207/1 2208/16
2210/24 2216/23 2218/5 2219/18
2220/13 2222/6 2223/21 2225/7 2226/18
2227/11 2228/13 2229/14 2230/16
2231/8 2231/16 2232/9 2234/5 2235/15
2235/17 2237/23 2240/20 2241/14
2242/4 2245/21 2248/3 2248/5 2248/18
2249/16 2250/5 2251/6 2253/9 2254/1
2255/18 2256/1 2256/9 2256/24 2258/2
2258/17 2264/3 2264/23 2266/10
2267/20 2267/21 2268/8 2269/18
2271/17 2273/13 2274/2 2275/4 2275/6
2276/3 2276/4 2277/7 2278/11 2278/21
2279/4 2283/22 2284/9 2285/1 2285/2
2285/8
LETTERS [1] 2258/21
LETTING [1] 2195/14
LEVEE [187]
LEVEES [35] 2202/17 2203/2 2203/4
2203/22 2203/24 2205/7 2205/9 2205/10
2209/1 2210/9 2212/20 2213/4 2214/5
2214/11 2220/1 2220/2 2225/10 2227/8
2238/16 2238/25 2239/2 2239/2 2239/4
2239/22 2239/23 2239/24 2239/25
2240/1 2240/5 2255/21 2263/10 2268/13
2268/17 2272/17 2272/20
LEVEL [51] 2197/8 2199/24 2199/24
2203/5 2203/25 2204/22 2205/1 2206/18
2208/5 2208/9 2209/16 2209/18 2209/19
2211/3 2211/5 2211/11 2212/14 2213/8
2213/9 2216/11 2216/24 2217/25 2218/1
2218/19 2219/11 2219/24 2219/25
2221/17 2222/11 2223/24 2229/17
2229/23 2230/8 2230/21 2231/25 2232/3
2233/16 2233/22 2234/1 2235/1 2239/18
2243/2 2245/20 2258/14 2260/18
2260/22 2260/23 2260/23 2282/8
2282/14 2282/25
LEVEL'S [5] 2212/10 2218/21 2219/20
2220/21 2222/2
LEVELS [12] 2206/9 2219/12 2229/3
2229/13 2230/5 2232/8 2233/15 2238/10
2238/20 2260/17 2262/24 2263/20
LEVINE [1] 2193/13
LIBERAL [2] 2213/16 2213/17
LIFE [1] 2198/3
LIFT [8] 2256/4 2275/15 2275/19 2277/4
2277/6 2277/16 2277/18 2277/19
LIFTED [1] 2245/12
LIFTOFF [36] 2245/10 2251/6 2252/19
2253/1 2253/4 2253/14 2254/20 2255/3
2255/4 2255/14 2256/3 2256/8 2256/17
2256/18 2257/17 2257/19 2257/22
2257/25 2268/1 2271/4 2273/17 2273/17
2273/20 2273/24 2274/13 2275/2
2275/20 2275/24 2276/1 2276/12
2276/24 2277/13 2278/5 2278/24
2279/24 2280/3
LIGHT [3] 2206/7 2206/22 2271/4
LIGHTER [1] 2206/5
LIGHTLY [1] 2246/2
LIKE [18] 2198/7 2200/13 2204/5
2209/22 2213/6 2214/16 2214/21
2223/11 2225/12 2245/21 2251/12
2251/22 2256/14 2258/19 2265/25
2272/10 2272/23 2282/2
LIKELY [1] 2207/18
LIKEWISE [1] 2205/19

LIMIT [1] 2234/22
LIMITATIONS [1] 2201/23 2218/25 2237/11
LIMITED [1] 2201/7
LIMITING [1] 2280/9
LINE [19] 2211/25 2212/1 2213/16
2213/17 2221/1 2221/2 2221/4 2221/6
2221/12 2250/10 2250/12 2250/11
2265/2 2266/19 2266/19 2267/5 2268/25
2270/22 2280/14
LINE WE [1] 2268/25
LINEAR [2] 2247/22 2250/17
LINED [1] 2281/1
LINES [5] 2211/25 2212/1 2255/11
2274/19 2275/25
LISTED [4] 2202/18 2205/15 2264/15
2282/7
LISTS [1] 2282/11
LITERAL [1] 2221/8
LITERS [2] 2203/15 2203/16
LITIGATION [1] 2193/7
LITTLE [21] 2204/15 2206/16 2214/6
2216/15 2216/23 2219/22 2219/23
2228/11 2229/16 2230/20 2232/11
2232/20 2233/12 2243/15 2248/3 2251/7
2254/24 2266/22 2276/3 2277/12
2281/24
LLC [3] 2191/21 2192/9 2192/12
LOADED [1] 2257/23
LOADING [7] 2214/8 2214/9 2216/7
2229/6 2245/20 2263/10 2271/3
LOADINGS [4] 2203/4 2203/5 2261/5
2272/21
LOCATED [1] 2210/21
LOCATION [10] 2210/5 2221/5 2232/15
2232/15 2235/19 2238/5 2257/3 2260/21
2261/23 2272/12
LOCATIONS [6] 2206/3 2230/16
2232/14 2238/3 2258/23 2260/21
LOGARITHMIC [1] 2265/6
LOGIC [1] 2240/3
LOGICALLY [2] 2241/11 2248/16
LONG [2] 2207/9 2235/24
LONGER [5] 2208/14 2208/22 2240/21
2244/9 2255/2
LONGSHORE [1] 2229/22
LOOK [20] 2195/11 2196/6 2199/18
2202/25 2210/2 2210/25 2211/24
2212/23 2229/12 2241/20 2262/20
2264/23 2265/22 2266/10 2272/19
2276/3 2280/13 2283/6 2284/6 2284/9
LOOKED [9] 2212/24 2212/25 2253/3
2255/22 2262/10 2262/11 2268/10
2268/10 2273/16
LOOKING [13] 2196/9 2230/21 2237/15
2239/12 2242/16 2254/16 2261/22
2270/11 2271/14 2279/10 2280/9
2281/11 2284/3
LOOKS [1] 2276/20
LOS [1] 2191/16
LOT [23] 2202/11 2224/5 2236/10
LOUISIANA [13] 2191/2 2191/6 2191/20
2191/23 2192/7 2192/10 2192/14
2192/17 2192/21 2192/25 2193/8
2193/21 2286/4
LOW [15] 2208/12 2210/15 2223/25
2245/20 2260/18 2260/21 2260/22
2260/23 2260/23 2262/6 2264/19
2267/15 2267/18 2272/2 2283/21
LOW-LEVEL [1] 2260/18
LOWER [15] 2197/3 2205/5 2205/7
2205/17 2210/3 2217/23 2217/23 2219/1
2220/23 2222/3 2225/15 2238/10
2247/14 2251/19 2278/25
LOWERED [1] 2276/24

L

LOWERING [5] 2208/21 2212/20 2213/11 2224/6 2224/10
LOWEST [1] 2281/7
LS [13] 2246/15 2246/18 2247/9 2250/5 2250/7 2250/10 2250/13 2265/22 2277/24 2284/20 2284/24 2285/7 2285/12
LS-DYNA [13] 2246/15 2246/18 2247/9 2250/5 2250/7 2250/10 2250/13 2265/22 2277/24 2284/20 2284/24 2285/7 2285/12

M

MADE [7] 2210/12 2244/17 2246/18 2247/25 2249/7 2277/19 2278/18
MAGNITUDE [4] 2196/10 2214/8 2222/3 2285/5
MAIN [1] 2192/20
MAJOR [1] 2234/13
MAKE [10] 2215/3 2243/19 2243/22 2243/25 2244/10 2252/2 2262/19 2270/25 2278/8 2278/12
MAKES [2] 2196/20 2241/11
MAKING [4] 2247/17 2277/1 2277/20 2279/15
MANUAL [3] 2201/22 2202/1 2204/6
MANUALS [1] 2201/25
MANY [7] 2210/4 2222/22 2223/25 2241/3 2251/24 2268/12 2271/6
MAP [1] 2235/3
MARC [1] 2193/13
MARK [1] 2198/8
MASSIVE [3] 2214/4 2239/9 2282/15
MASSIVELY [1] 2238/25
MASTER'S [2] 2268/10 2269/19
MATERIAL [1] 2260/10
MATERIALS [1] 2264/11
MATTER [1] 2286/7
MATTERS [1] 2233/14
MATURE [2] 2225/15 2227/14
MAXIMUM [13] 2204/22 2205/13 2205/18 2216/11 2230/7 2233/2 2233/18 2233/25 2234/9 2234/11 2241/24 2242/5 2265/23
MAY [11] 2191/7 2195/2 2195/6 2195/11 2237/1 2242/9 2249/10 2265/16 2268/23 2278/12 2285/17
MAYBE [5] 2205/2 2230/11 2244/11 2254/24 2284/3
MCCONNON [1] 2193/13
ME [38] 2198/9 2206/25 2207/1 2207/2 2207/21 2215/3 2215/4 2215/6 2218/6 2222/7 2222/23 2229/16 2234/6 2234/8 2240/8 2240/19 2244/6 2246/8 2249/5 2251/9 2253/5 2256/23 2258/25 2265/14 2266/20 2269/2 2271/2 2275/16 2276/1 2276/23 2280/12 2282/20 2282/23 2282/20 2283/12 2283/13 2284/16 2285/6
MEAN [43] 2200/18 2200/21 2200/22 2201/7 2201/9 2201/10 2201/17 2201/22 2202/3 2202/13 2204/25 2205/14 2205/18 2206/2 2206/12 2211/7 2211/9 2212/12 2213/17 2217/4 2218/23 2219/2 2219/3 2220/9 2220/15 2220/16 2221/8 2222/13 2239/3 2240/16 2242/18 2251/13 2252/7 2255/4 2277/23 2278/2 2278/4 2280/14 2280/19 2280/24 2282/1 2282/20 2283/17
MEANS [7] 2211/15 2211/18 2211/20 2235/18 2250/19 2280/24 2280/25

MEANT [2] 2217/13 2238/2
MEASURE [2] 2269/5 2269/6
MEASURED [8] 2246/10 2246/18 2250/3 2250/9 2250/14 2266/19 2268/21 2272/23
MECHANICAL [1] 2193/24
MECHANISM [1] 2226/13
MEDIAN [2] 2205/8 2205/20
MENTIONED [4] 2209/12 2243/6 2270/1 2274/5
MERGE [1] 2265/16
MESH [1] 2245/18
MESSAGE [2] 2238/9 2278/3
METAPHOR [1] 2222/4
METER [10] 2203/12 2203/13 2203/15 2203/17 2264/17 2264/24 2266/21 2268/15 2268/18 2272/23
METERS [15] 2203/11 2203/13 2264/16 2265/7 2266/24 2268/19 2279/2 2279/5 2279/6 2279/7 2279/12 2279/19 2281/9 2281/11 2281/14
METHOD [3] 2259/15 2259/24 2269/5
METRIC [1] 2202/15
MICHAEL [2] 2192/19 2192/19
MICHELE [1] 2193/12
MIDDLE [4] 2205/8 2213/16 2213/17 2218/7
MIDPOINT [1] 2222/1
MIGHT [1] 2234/20
MIGRATED [1] 2235/19
MILK [2] 2259/10 2259/20
MILLER [1] 2193/14
MILLIMETERS [3] 2264/15 2265/7 2266/24
MINE [1] 2246/11
MINOR [4] 2231/4 2231/12 2237/22 2237/22
MINUS [5] 2212/2 2212/3 2212/4 2234/7 2235/19
MINUTE [1] 2232/20
MINUTES [3] 2201/8 2207/18 2276/15
MISSED [1] 2209/21
MISSISSIPPI [1] 2283/24
MISSISSIPPI RIVER [1] 2283/24
MITSCH [1] 2193/14
MODEL [61] 2201/2 2201/5 2207/23 2213/13 2217/16 2234/19 2245/10 2245/16 2246/15 2246/18 2246/25 2247/4 2247/5 2247/7 2247/9 2247/19 2248/1 2248/25 2251/5 2251/13 2252/24 2253/3 2253/4 2253/5 2253/6 2253/14 2253/20 2253/22 2253/24 2253/25 2254/2 2254/4 2254/10 2255/6 2255/14 2255/15 2255/17 2255/19 2255/20 2255/25 2256/6 2256/7 2256/10 2256/17 2256/23 2257/4 2257/21 2257/25 2258/3 2268/21 2273/1 2273/17 2273/20 2273/24 2279/24 2280/3 2282/23 2284/17 2284/20 2284/21 2285/12
MODELING [11] 2212/18 2212/19 2244/23 2258/4 2258/7 2263/12 2263/15 2273/9 2283/23 2284/11 2284/14
MODELS [2] 2245/7 2273/17
MODERATE [6] 2253/21 2253/24 2254/5 2254/6 2254/13 2256/2
MODERATES [1] 2254/16
MOMENT [1] 2248/10
MOMENTS [1] 2243/19
MONDAY [1] 2285/18
MONITOR [1] 2261/12
MONITORING [1] 2261/19
MONOCHROMATIC [12] 2246/23 2246/24 2247/1 2247/6 2247/9 2248/5

2248/6 2248/12 2250/24 2251/8 2251/11 2252/15
MORE [51] 2197/5 2200/14 2206/14 2206/24 2214/19 2219/15 2221/17 2221/17 2222/8 2222/20 2222/20 2223/14 2223/14 2225/12 2226/22 2226/23 2226/25 2227/14 2227/23 2227/25 2228/5 2228/5 2228/9 2228/10 2228/10 2228/14 2228/20 2228/22 2228/22 2228/24 2231/2 2231/2 2232/7 2236/11 2243/9 2244/11 2251/17 2261/15 2262/19 2262/22 2267/16 2271/14 2274/4 2277/1 2277/12 2277/19 2278/9 2278/12 2278/18 2280/4 2281/25
MORGAN [1] 2192/25
MORNING [1] 2195/15
MOST [9] 2200/7 2207/18 2210/7 2214/19 2219/18 2238/10 2255/22 2259/24 2268/16
MOTIONS [1] 2217/5
MOVE [5] 2197/20 2200/17 2220/25 2232/11 2276/10
MOVED [1] 2197/17
MOVING [4] 2199/11 2222/2 2224/9 2278/14
MR. [12] 2196/7 2210/2 2210/13 2213/11 2216/5 2229/6 2240/25 2244/22 2249/10 2249/14 2249/25 2285/17
MR. BRUNO [1] 2285/17
MR. EBERSOLE [5] 2196/7 2210/2 2216/5 2229/6 2244/22
MR. EBERSOLE'S [1] 2240/25
MR. FITZGERALD [2] 2210/13 2213/11
MR. HUGHES [2] 2249/10 2249/14
MR. HUGHES' [1] 2249/25
MRGO [30] 2193/7 2210/21 2229/3 2229/25 2230/2 2230/3 2230/4 2230/13 2230/14 2230/18 2231/6 2231/14 2231/22 2231/24 2232/14 2232/18 2232/23 2235/5 2235/21 2236/24 2237/20 2238/17 2238/19 2240/24 2241/12 2242/2 2243/19 2243/22 2285/1 2285/8
MUCH [28] 2196/15 2196/15 2197/3 2197/5 2199/14 2206/14 2206/17 2208/14 2208/22 2208/25 2225/11 2226/23 2227/14 2230/25 2231/11 2234/23 2239/18 2240/21 2250/18 2251/25 2253/4 2267/8 2275/18 2277/11 2277/19 2278/18 2280/4 2285/6
MULTIPLYING [1] 2201/6
MY [15] 2198/2 2213/19 2218/9 2241/14 2241/15 2245/19 2251/14 2262/5 2262/8 2267/13 2271/5 2273/21 2275/20 2279/2 2286/5
MYER [1] 2193/15

N

NAME [1] 2269/22
NAMED [1] 2268/11
NATURE [1] 2214/12
NAVD88 [1] 2235/16
NEAR [3] 2210/16 2226/15 2255/11
NEED [5] 2197/18 2220/19 2246/3 2275/10 2281/9
NEEDED [1] 2208/2
NEEDS [1] 2204/15
NEGATIVE [2] 2209/19 2211/4
NEGLIGIBLE [7] 2218/4 2219/15 2230/15 2231/6 2231/15 2232/4 2283/15
NETHERLANDS [3] 2201/24 2201/25 2268/13
NEUTRAL [1] 2278/18

# N

NEVER [4] 2265/21 2269/5 2269/8 2273/5
NEVERTHELESS [1] 2263/11
NEW [9] 2191/6 2191/20 2191/23 2192/10 2193/4 2193/4 2193/8 2193/21 2283/24
NEW ORLEANS [1] 2283/24
NEXT [12] 2203/19 2205/3 2210/24 2218/5 2219/18 2220/13 2227/12 2244/12 2263/5 2266/11 2271/17 2283/10
NEXT FIGURE [1] 2210/24
NICE [2] 2268/11 2270/11
NO [41] 2207/11 2207/21 2210/9 2210/23 2221/10 2222/8 2223/2 2226/16 2227/1 2227/23 2230/7 2231/22 2232/1 2232/1 2234/17 2237/18 2239/25 2240/4 2240/12 2240/16 2243/21 2243/24 2244/2 2251/5 2252/12 2257/2 2258/1 2258/13 2260/13 2261/4 2262/11 2263/9 2263/18 2263/18 2266/9 2269/19 2270/23 2271/21 2277/23 2281/23 2283/6
NO. [2] 2195/9 2279/17
NO. 1 [1] 2279/17
NO. 38 [1] 2195/9
NOBODY [1] 2207/24
NONE [4] 2226/6 2234/12 2238/14 2240/16
NONERODING [1] 2208/20
NONPROFFER [1] 2225/2
NONUNIFORMITY [1] 2257/9
NORMAL [4] 2254/1 2274/16 2274/17 2276/7
NORMAN [1] 2191/5
NORTH [3] 2210/8 2210/19 2262/5
NOT [53] 2196/19 2207/13 2207/18 2209/7 2213/5 2213/15 2217/23 2218/2 2218/8 2222/7 2222/22 2223/17 2225/15 2227/4 2227/19 2232/1 2232/23 2233/22 2234/1 2237/17 2239/14 2239/16 2239/17 2239/18 2239/21 2240/22 2241/15 2242/21 2247/3 2249/11 2251/5 2251/23 2252/4 2252/3 2253/5 2253/6 2257/2 2257/16 2258/1 2259/14 2263/23 2266/9 2273/14 2275/25 2277/10 2277/23 2277/23 2278/2 2278/4 2278/7 2278/16 2282/23 2285/7
NOTE [4] 2197/18 2198/9 2217/19 2226/25
NOTED [1] 2282/25
NOTHING [2] 2219/15 2261/15
NOTICE [1] 2203/11
NOTICED [1] 2282/17
NOW [33] 2198/1 2200/18 2203/9 2203/11 2203/21 2206/4 2207/12 2211/14 2217/15 2217/17 2218/12 2218/18 2219/19 2219/24 2222/23 2226/18 2226/22 2228/15 2229/2 2229/2 2237/15 2237/25 2240/3 2246/20 2246/23 2255/11 2259/8 2261/1 2264/5 2270/12 2278/11 2280/12 2281/24
NOW IS [1] 2207/12
NOWHERE [1] 2282/22
NUMBER [11] 2201/25 2202/18 2204/16 2210/3 2216/17 2216/17 2219/2 2225/21 2229/11 2245/2 2266/13
NUMBERED [1] 2286/7
NUMBERS [3] 2217/17 2219/3 2258/21

# O

O'BRIEN [1] 2193/3

O'DONNELL [2] 2191/15 2191/15
OBJECT [1] 2249/12
OBSERVATIONS [1] 2272/24
OBVIOUSLY [3] 2224/1 2256/19 2260/24
OCCUR [2] 2281/12 2281/13
OCCURRED [5] 2241/21 2242/11 2242/24 2243/17 2272/21
OCCURRING [1] 2231/1
OCCURS [1] 2270/19
OFF [13] 2202/19 2217/19 2245/12 2251/2 2256/4 2261/19 2275/15 2275/19 2277/4 2277/6 2277/17 2277/18 2277/19
OFFICE [4] 2192/7 2192/14 2192/22 2192/24
OFFICES [1] 2191/18
OFFICIAL [3] 2193/20 2286/2 2286/11
OFTEN [2] 2264/20 2268/16
OH [3] 2251/20 2270/6 2280/15
OKAY [18] 2198/12 2216/20 2217/11 2218/17 2230/20 2231/8 2232/25 2248/4 2254/25 2259/13 2264/8 2275/20
ON [197]
ONCE [14] 2208/10 2208/11 2209/1 2209/2 2209/9 2212/2 2212/4 2212/8 2226/11 2231/1 2237/18 2245/12 2258/5 2282/14
ONE [49] 2195/11 2203/19 2207/18 2209/21 2211/18 2212/3 2212/4 2220/19 2222/8 2227/15 2227/16 2240/11 2240/18 2245/6 2245/6 2245/8 2247/11 2247/16 2248/15 2249/23 2251/17 2253/11 2253/12 2256/4 2260/18 2260/19 2260/21 2261/7 2261/10 2265/11 2267/14 2272/7 2274/11 2274/23 2277/14 2277/16 2277/18 2277/20 2278/8 2278/12 2279/12 2279/17 2279/19 2280/14 2281/1 2281/8 2281/17 2281/18 2284/1
ONE-HOUR [2] 2279/19 2281/8
ONE-THIRD [4] 2247/11 2247/16 2248/15 2251/17
ONES [3] 2196/8 2258/24 2258/25
ONLY [6] 2231/4 2258/5 2260/20 2260/21 2263/24 2281/9
ONSET [2] 2202/3 2209/6
OPINION [3] 2244/25 2269/1 2273/13
OPPOSED [1] 2243/6
OR [58] 2197/4 2197/10 2197/16 2198/1 2199/5 2199/10 2199/14 2201/11 2202/17 2203/4 2203/16 2204/9 2206/7 2206/11 2206/22 2207/10 2213/15 2213/16 2213/17 2213/17 2214/20 2220/19 2221/18 2222/3 2227/17 2230/9 2232/23 2237/2 2237/3 2237/10 2237/16 2237/16 2241/15 2242/2 2243/15 2245/10 2246/10 2250/22 2251/15 2255/11 2257/20 2258/4 2260/7 2260/9 2264/24 2266/24 2266/24 2270/2 2272/7 2272/8 2272/17 2273/14 2275/10 2279/13 2281/2 2281/10 2284/11 2284/18
ORDER [4] 2196/25 2230/9 2243/2 2246/21
ORIENT [7] 2202/11 2216/5 2229/16 2232/9 2248/22 2253/12 2264/6
ORIGINAL [4] 2217/12 2221/4 2249/5 2278/23
ORIGINALLY [1] 2243/22
ORLEANS [7] 2191/6 2191/20 2191/23 2192/10 2193/8 2193/21 2283/24
OSCILLATORY [1] 2263/1

OTHER [18] 2208/19 2239/16 2239/25 2239/11 2246/2 2259/7 2259/9 2260/21 2261/11 2261/14 2262/1 2262/8 2263/3 2266/2 2267/15 2267/20 2276/23
OTHERS [1] 2210/4
OUR [23] 2195/9 2201/1 2201/14 2201/21 2201/21 2202/5 2202/21 2207/12 2207/16 2212/24 2213/5 2213/23 2214/16 2229/23 2234/9 2235/16 2248/18 2253/9 2254/7 2256/15 2258/22 2264/20 2273/8
OUT [25] 2195/11 2198/5 2203/14 2204/6 2207/14 2232/14 2232/18 2235/3 2235/5 2235/9 2235/11 2236/24 2253/22 2254/15 2255/16 2259/3 2267/18 2268/14 2269/5 2269/8 2273/5 2275/16 2276/25 2284/21 2285/7
OUTCOME [4] 2239/11 2239/15 2241/22 2242/10
OUTLET [1] 2283/24
OUTPUT [1] 2257/3
OVER [29] 2200/13 2200/16 2200/23 2200/23 2201/4 2201/7 2202/23 2211/2 2212/8 2212/11 2216/21 2220/22 2221/18 2222/20 2223/6 2224/4 2224/8 2228/1 2262/9 2262/23 2268/13 2274/12 2275/22 2276/10 2279/1 2282/7 2282/15 2284/13
OVERFLOW [5] 2199/10 2211/13 2223/10 2282/16 2284/13
OVERSTATE [4] 2248/16 2248/17 2258/15 2264/1
OVERSTATED [9] 2248/1 2248/2 2248/20 2250/20 2257/16 2271/6 2273/10 2273/10 2273/12
OVERSTATEMENT [1] 2250/23
OVERSTATES [3] 2243/14 2245/14 2245/16
OVERSTATING [5] 2247/18 2247/19 2247/20 2247/23 2247/24
OVERTOP [1] 2283/2
OVERTOPPING [110]
OVERTOPPING-INDUCED [1] 2220/8
OWN [3] 2218/9 2241/16 2257/2

# P

P.O [1] 2193/18
PAGE [18] 2194/2 2202/5 2204/13 2225/7 2228/13 2232/9 2240/20 2242/12 2245/22 2255/18 2258/19 2258/20 2264/4 2267/22 2270/5 2270/10 2282/4 2283/10
PALMINTIER [3] 2192/19 2192/19 2192/20
PARIS [1] 2210/16
PART [12] 2198/9 2212/6 2217/23 2232/13 2232/22 2232/24 2235/21 2245/9 2245/11 2245/11 2248/24 2271/23
PARTICLES [1] 2259/19
PARTICULAR [14] 2202/17 2203/10 2225/9 2225/17 2227/15 2228/16 2234/23 2238/16 2238/22 2243/14 2253/17 2264/10 2279/3 2283/4
PARTICULARLY [1] 2277/13
PARTS [2] 2245/8 2245/8
PASS [1] 2228/1
PASSING [2] 2219/5 2221/18
PAST [2] 2243/19 2264/6
PAUL [2] 2193/11 2193/13
PAVE [1] 2206/10
PAVED [1] 2213/5
PAVING [1] 2204/8

## P

PC [2] 2191/15 2192/2
PEAK [17] 2206/2 2216/18 2218/24
2223/24 2223/25 2229/23 2230/8
2242/25 2243/1 2249/6 2250/3 2250/4
2250/12 2284/11 2284/12 2285/3 2285/4
PEAKING [1] 2218/19
PENETRATED [1] 2226/7
PER [122]
PERCENT [18] 2205/5 2205/7 2205/9
2205/11 2205/17 2205/20 2205/22
2210/3 2239/21 2247/12 2247/13
2247/23 2250/16 2250/18 2251/16
2251/18 2251/19 2255/7
PERFECT [4] 2240/12 2240/18 2250/6
2250/11
PERHAPS [5] 2230/9 2236/1 2238/13
2254/24 2269/22
PERIOD [6] 2200/23 2208/14 2247/2
2249/2 2249/3 2282/10
PERPENDICULAR [2] 2264/14 2269/10
PERSON [1] 2268/11
PERSPECTIVE [3] 2206/15 2223/13
2267/20
PETER [1] 2193/15
PHENOMENON [1] 2239/15
PHILEN [1] 2193/6
PHOTO [2] 2225/7 2225/9
PHOTOGRAPHIC [2] 2225/4 2256/19
PHOTOGRAPHS [1] 2222/9
PHOTOS [1] 2229/2
PICK [6] 2242/4 2250/5 2259/19 2275/4
2275/22 2276/4
PICKED [1] 2231/18
PICTORIALLY [1] 2216/8
PICTURE [2] 2202/20 2226/2
PIECES [2] 2240/14 2245/8
PIECES/PARTS [1] 2245/8
PIERCE [1] 2191/15
PILE [6] 2222/25 2222/25 2223/8 2223/9
2223/12 2223/15
PIN [1] 2249/16
PIPE [3] 2261/16 2261/18 2263/8
PLACE [6] 2210/8 2210/10 2226/9
2272/6 2275/24 2276/1
PLACES [2] 2225/11 2225/16
PLAIN [7] 2278/25 2280/13 2280/18
2280/21 2280/23 2280/24 2281/14
PLAINTIFFS [11] 2191/15 2191/18
2191/21 2192/2 2192/5 2192/9 2192/12
2192/16 2192/19 2192/22 2193/6
PLAINTIFFS' [3] 2266/13 2284/11
2284/14
PLAY [1] 2239/16
PLC [3] 2191/18 2192/19 2192/23
PLEASE [7] 2195/4 2196/6 2209/14
2222/23 2232/10 2244/16 2248/22
PLENTY [1] 2235/21
PLOT [4] 2246/9 2246/14 2250/8
2255/13
PLOTS [1] 2246/6
PLOTTING [1] 2278/24
PLUG [1] 2260/1
PLUNGING [1] 2262/22
PLUS [1] 2204/23
POINT [68] 2196/18 2197/2 2198/4
2204/16 2204/18 2204/18 2204/19
2205/4 2205/6 2205/7 2207/1 2207/2
2207/15 2208/7 2210/2 2210/6 2210/11
2210/20 2210/20 2211/12 2212/1 2212/4
2212/4 2212/9 2212/12 2212/16 2212/17
2212/19 2212/21 2213/4 2213/6 2213/7
2213/8 2213/14 2213/23 2218/1 2218/3
2219/2 2219/22 2219/22 2219/22 2220/1
2220/16 2221/20 2226/9 2226/22
2229/19 2229/20 2229/20 2233/1
2234/25 2238/6 2238/7 2239/7 2239/8
2243/7 2250/9 2252/20 2259/3 2268/8
2270/25 2272/7 2272/15 2273/9 2275/22
2276/20 2278/12 2279/18 2285/8
POINTS [9] 2204/10 2204/16 2204/20
2210/7 2211/24 2214/11 2229/18
2231/19 2265/1
POLDER [3] 2210/19 2231/1 2231/3
PONDING [1] 2199/14
POOR [18] 2253/21 2253/25 2254/12
2254/14 2254/23 2270/22 2271/21
2274/16 2274/19 2274/24 2279/1
2280/13 2280/15 2280/16 2280/18
2280/21 2281/9 2281/13
PORTION [1] 2272/5
PORTRAYED [1] 2273/14
POSITION [3] 2223/16 2228/17 2242/15
POSITIVE [3] 2209/18 2211/2 2211/14
POSSIBLE [2] 2213/14 2232/12
POST [2] 2192/7 2192/14 2192/24
2214/21
POTENTIAL [5] 2201/11 2221/21
2245/14 2245/17 2258/15
POTENTIALLY [1] 2204/4
POYDRAS [2] 2192/10 2193/20
PRE [2] 2230/2 2230/4
PRE-MRGO [2] 2230/2 2230/4
PREDICTIONS [1] 2246/17
PREDICTIVE [1] 2207/25
PREDICTS [1] 2207/23
PREFERRED [2] 2259/15 2259/24
PREPARATION [1] 2258/10
PREPARED [1] 2285/16
PRESENT [3] 2193/6 2195/15 2202/22
PRESENTED [2] 2277/24 2282/5
PRESUMABLY [2] 2272/3 2284/20
PRESUMING [1] 2263/21
PRETTY [4] 2196/22 2231/11 2240/5
2267/7
PREVENT [1] 2220/20
PREVIOUS [7] 2196/14 2209/22 2220/5
2232/21 2241/25 2242/14 2275/20
PREVIOUSLY [2] 2196/9 2271/7
PRIMARILY [1] 2211/11
PRINCIPLE [2] 2236/12 2237/13
PRIOR [1] 2217/22
PROBABLY [9] 2214/20 2227/17 2233/2
2233/3 2240/23 2241/1 2241/9 2250/16
2276/16
PROBLEM [3] 2247/6 2260/12 2261/9
PROCEED [3] 2195/6 2198/12 2255/9
PROCEEDINGS [3] 2191/10 2193/24
2286/6
PROCESS [18] 2197/13 2199/5 2200/15
2201/14 2209/2 2209/5 2209/9 2221/20
2222/19 2222/19 2224/7 2225/14
2227/13 2227/17 2228/5 2228/14
2252/23 2260/5
PRODUCE [1] 2234/13
PRODUCED [1] 2193/25
PROFESSOR [2] 2234/18 2269/23
PROFFER [18] 2195/8 2195/10 2195/12
2195/12 2196/1 2197/15 2197/17 2198/2
2198/9 2198/13 2214/22 2216/1 2218/8
2218/9 2222/23 2224/12 2224/13
2265/17
PROFFERED [2] 2265/17 2266/7
PROGRESS [1] 2225/14
PROGRESSED [2] 2226/22 2227/19

PROGRESSION [7] 2216/3 2216/7
2226/21 2226/23 2227/15 2227/18
2227/23
PROPAGATING [1] 2247/19
PROPER [1] 2259/14
PROPERTIES [2] 2259/21 2260/10
PROPERTY [1] 2260/7
PROTECT [1] 2280/11
PROTECTION [2] 2220/19 2257/10
PROTOTYPED [1] 2261/10
PUBLICATION [2] 2253/23 2274/15
PUMPING [1] 2261/16
PURPOSE [1] 2246/16
PUT [6] 2203/14 2221/4 2238/23
2259/10 2259/20 2267/20
PUTTING [2] 2228/22 2240/14
PUZZLE [1] 2240/15
PX [2] 2215/4 2266/12
PX-0075 [1] 2266/12
PX-2118 [1] 2215/4

## Q

Q'S [1] 2202/13
QUALITATIVE [1] 2221/6
QUALITY [12] 2203/22 2203/23 2203/25
2206/20 2206/21 2214/9 2214/10
2214/12 2220/1 2242/8 2243/3 2278/16
QUESTION [17] 2197/21 2199/2
2206/25 2207/11 2209/22 2218/6 2218/9
2218/9 2239/20 2261/22 2262/8 2265/14
2265/15 2268/23 2275/18 2280/12
2283/13
QUESTIONS [4] 2222/22 2231/10
2240/24 2282/1
QUICKLY [4] 2208/6 2226/12 2235/3
2261/20
QUITE [15] 2217/20 2224/2 2226/24
2230/11 2231/12 2237/19 2250/16
2253/6 2255/16 2255/23 2268/20
2272/11 2276/22 2282/21 2284/16

## R

RAISED [2] 2277/1
RANGE [8] 2196/23 2205/1 2213/1
2227/6 2227/7 2234/21 2250/13 2250/15
RAPID [2] 2257/22 2271/21
RAPIDITY [1] 2245/17
RAPIDLY [2] 2217/20 2260/25
RATE [54] 2200/21 2200/22 2201/5
2201/7 2201/9 2201/10 2201/16 2201/18
2201/23 2202/3 2202/13 2204/5 2204/5
2205/18 2206/2 2206/9 2206/13 2207/8
2210/2 2211/8 2211/9 2212/13 2212/25
2213/2 2217/20 2218/19 2219/2 2220/10
2220/15 2220/16 2222/10 2222/18
2238/1 2238/4 2238/12 2241/24 2242/3
2242/16 2242/18 2263/21 2264/14
2264/14 2265/5 2265/9 2265/13 2265/15
2267/10 2267/12 2268/16 2269/9
2269/11 2273/10 2273/12 2282/11
RATED [1] 2230/10
RATES [60] 2200/18 2200/19 2204/7
2205/14 2206/4 2206/17 2207/16 2208/7
2208/25 2209/7 2209/9 2212/24 2214/4
2214/4 2219/8 2219/24 2220/18 2220/18
2220/20 2222/13 2224/2 2229/13 2238/8
2238/13 2238/24 2239/9 2242/5 2242/15
2243/8 2243/11 2243/13 2265/17 2267/4
2267/17 2268/3 2268/14 2268/17
2268/19 2271/5 2272/16 2272/22 2282/2
2282/21 2282/22 2283/15 2283/17
2283/21 2284/1 2284/2 2284/15 2284/17
2284/21 2284/22 2284/24 2284/25

2213/8 2213/14 2213/23 2218/1 2218/3
...

**R**

RATES... [5] 2285/4 2285/5 2285/7 2285/9 2285/12
REACH [32] 2203/2 2204/11 2204/17 2205/6 2205/7 2205/10 2208/4 2210/13 2210/14 2210/18 2210/21 2213/20 2229/21 2231/21 2235/23 2237/17 2237/21 2239/4 2242/4 2242/15 2254/9 2255/22 2256/16 2256/18 2258/11 2258/16 2262/2 2271/23 2272/2 2272/5 2272/12 2284/25
REACH 1 [3] 2210/13 2210/14 2210/18
REACH 2 [23] 2203/2 2204/11 2204/17 2208/4 2210/21 2213/20 2229/21 2231/21 2237/17 2237/21 2239/4 2242/15 2254/9 2255/22 2256/16 2256/18 2258/11 2258/16 2262/2 2271/23 2272/2 2272/5 2284/25
READ [2] 2253/2 2273/19
REAL [2] 2249/23 2283/11
REALISTIC [2] 2266/25 2285/7
REALITY [1] 2250/25
REALIZE [2] 2208/19 2244/10
REALIZED [1] 2263/16
REALLY [45] 2196/19 2203/21 2203/22 2203/25 2205/25 2206/21 2207/13 2207/14 2209/13 2210/19 2211/25 2212/12 2212/13 2218/3 2220/19 2221/20 2221/21 2221/22 2222/16 2227/21 2228/3 2228/6 2233/14 2233/22 2234/1 2236/21 2236/22 2237/17 2238/7 2238/11 2238/14 2239/18 2242/22 2243/14 2246/3 2253/2 2256/17 2258/12 2261/7 2262/20 2265/15 2269/5 2270/18 2271/25 2277/3
REASONABLE [3] 2213/6 2213/18 2284/16
REASONS [1] 2271/6
RECALL [5] 2213/3 2242/7 2249/15 2256/3 2256/5
RECENT [1] 2201/25
RECESS [2] 2244/14 2285/21
RECIRCULATE [1] 2263/8
RECIRCULATING [2] 2261/17 2261/18
RECOGNIZED [2] 2260/11 2260/12
RECOLLECT [2] 2246/20 2268/23
RECOMMENDED [1] 2263/20
RECORD [5] 2221/1 2225/2 2249/12 2252/19 2286/6
RECORDED [1] 2193/24
RED [10] 2250/9 2253/19 2253/24 2255/1 2274/18 2274/20 2274/21 2277/10 2277/10 2277/10
REDUCE [2] 2236/8 2238/14
REDUCED [2] 2238/12 2257/19
REDUCTION [1] 2242/25
REFER [2] 2245/5 2258/19
REFERENCED [1] 2229/19
REFERRED [1] 2274/8
REFERRING [2] 2257/5 2269/20
REFINED [1] 2207/25
REFLECT [1] 2210/20
REGARDLESS [4] 2235/20 2236/23 2242/1 2267/10
REGIME [1] 2197/5
REGION [1] 2234/4
REGRESSION [1] 2223/17
REINFORCE [1] 2280/11
RELATE [5] 2202/3 2202/23 2203/20 2265/16 2267/24
RELATED [6] 2200/25 2201/15 2214/20 2237/8 2253/1 2259/18

RELATES [5] 2201/15 2201/22 2241/6 2241/9 2247/17
RELATING [1] 2201/17
RELATIVE [1] 2197/8
RELATIVELY [2] 2264/19 2276/21
RELEVANT [1] 2258/22
REMAINED [3] 2223/9 2223/9 2239/23
REMEMBER [7] 2196/14 2214/23 2236/16 2237/1 2240/4 2268/24 2269/2
REMOVAL [1] 2201/7
REMOVE [2] 2254/6 2256/12
REMOVED [2] 2229/25 2245/18
REPLICATES [3] 2258/13 2261/5 2263/9
REPORT [27] 2204/13 2207/7 2217/13 2217/14 2229/15 2241/2 2241/4 2245/23 2249/8 2249/11 2249/17 2253/2 2253/7 2258/20 2263/16 2264/4 2265/22 2267/22 2269/9 2270/5 2270/10 2270/16 2273/21 2274/8 2278/2 2282/3 2283/25
REPORTER [4] 2193/20 2195/14 2286/3 2286/11
REPORTS [1] 2277/24
REPRESENT [6] 2205/4 2250/25 2255/19 2264/10 2270/17 2272/5
REPRESENTATIVE [3] 2210/12 2223/24 2248/6
REPRESENTED [2] 2205/6 2249/25
REPRESENTS [1] 2204/20
REQUIRES [1] 2212/19
RESEARCH [1] 2267/21
RESERVED [1] 2203/21
RESIO [6] 2210/11 2214/18 2214/21 2233/7 2234/22 2236/10
RESIST [1] 2214/13
RESISTANT [1] 2280/4
RESPONSE [1] 2225/5
RESPONSES [1] 2216/8
RESTRAINT [1] 2279/15
RESTRAINTS [1] 2279/4
RESULTS [23] 2242/13 2246/14 2246/21 2249/7 2250/10 2263/11 2263/14 2264/8 2265/2 2265/23 2266/3 2266/7 2266/8 2266/17 2271/19 2272/1 2272/1 2272/4 2272/12 2272/25 2274/18 2277/24 2282/5
REVIEWED [1] 2244/22
RICHARD [1] 2193/16
RIDICULOUS [1] 2267/17
RIGHT [42] 2198/11 2202/19 2203/21 2204/24 2205/13 2207/4 2207/12 2207/23 2209/2 2209/6 2210/16 2211/16 2212/3 2215/3 2216/12 2217/19 2220/11 2221/2 2221/3 2223/3 2223/25 2226/15 2227/17 2232/21 2252/23 2254/22 2255/11 2257/6 2260/16 2263/12 2264/17 2266/8 2267/5 2271/9 2271/15 2272/13 2274/23 2275/2 2275/8 2276/5 2279/10 2280/1
RIGHT-HAND [2] 2202/19 2264/17
RISE [6] 2195/3 2218/20 2222/11 2244/13 2244/15 2285/20
RISING [1] 2212/13
RIVER [1] 2283/24
ROAD [1] 2210/16
ROBERT [1] 2193/6
ROBIN [1] 2193/15
ROBINSON [1] 2191/5
ROLE [2] 2207/15 2245/14
ROOM [1] 2193/20
ROOT [2] 2217/4 2219/3
ROUGE [2] 2192/14 2192/21
ROUGH [2] 2234/3 2234/9
ROUGHLY [11] 2221/4 2226/19 2229/19

2235/9 2247/12 2255/7 2264/18 2275/23 2279/7 2286/12 2286/18
ROY [2] 2192/5 2192/6
RULE [2] 2234/4 2234/9
RUN [3] 2263/3 2263/6 2283/11
RUNNING [1] 2263/2
RUPERT [1] 2193/14
RUSH [1] 2263/4

**S**

S.W [1] 2192/17
S10 [1] 2258/21
S3 [1] 2262/3
S4 [3] 2258/21 2259/4 2264/9
S5 [1] 2259/5
S9 [1] 2258/21
SAID [13] 2210/6 2220/18 2226/8 2237/1 2239/2 2248/14 2256/14 2261/4 2263/16 2268/10 2272/11 2274/20 2282/12
SAME [15] 2231/10 2231/11 2231/21 2246/15 2247/2 2247/2 2249/7 2252/9 2266/16 2266/23 2271/19 2273/25 2276/23 2281/3 2284/22
SAMPLE [11] 2259/14 2259/16 2259/20 2259/22 2260/2 2260/2 2260/18 2260/22 2261/19 2264/9 2266/16
SAMPLES [18] 2258/10 2258/18 2258/23 2259/25 2260/9 2260/12 2260/16 2260/17 2260/19 2261/15 2261/24 2262/1 2262/9 2262/11 2262/14 2263/17 2263/20 2263/24
SARAH [1] 2193/16
SAW [26] 2196/8 2196/24 2232/7 2232/22 2233/21 2265/21
SAY [26] 2208/14 2208/16 2214/2 2218/17 2233/10 2234/5 2234/19 2234/20 2235/15 2235/17 2235/24 2241/11 2244/6 2248/6 2251/14 2252/3 2254/1 2254/3 2256/24 2274/20 2275/6 2275/10 2275/20 2281/2 2281/5 2281/10
SAYING [3] 2237/15 2246/20 2256/23
SAYS [9] 2204/6 2257/5 2264/16 2267/8 2267/10 2277/17 2280/18 2283/7 2284/4
SCALE [7] 2203/13 2232/12 2238/3 2250/2 2261/10 2265/6 2268/12
SCALED [1] 2229/17
SCALES [1] 2202/12
SCENARIO [15] 2278/15 2278/15 2278/15 2278/16 2278/17 2278/17 2278/19 2281/7 2282/6 2284/10 2284/12 2285/2 2285/3 2285/9 2285/10
SCENARIOS [3] 2229/7 2230/6 2232/6
SCHEMATICALLY [1] 2216/6
SCHEME [1] 2241/19
SCIENTIFIC [1] 2221/9
SCOTT [1] 2191/19
SCOUR [3] 2200/10 2226/8 2226/23
SCREEN [1] 2220/14
SEA [3] 2202/17 2202/25 2203/1
SEATED [2] 2195/4 2244/16
SECOND [89] 2196/24 2197/1 2202/14 2203/10 2203/13 2203/15 2203/16 2203/19 2204/2 2204/7 2204/22 2205/15 2205/20 2205/22 2206/8 2206/23 2206/16 2211/8 2213/3 2213/4 2216/17 2216/21 2217/6 2217/11 2219/2 2219/25 2220/9 2220/17 2238/4 2242/6 2242/19 2245/9 2250/7 2250/8 2250/14 2250/14 2250/15 2255/18 2264/16 2264/18 2264/18 2264/20 2264/22 2264/23 2264/25 2265/3 2265/12 2265/18 2265/24 2266/3 2266/4 2266/22 2266/22 2267/9 2275/10 2275/23 2276/4 2276/9

SECOND... [31]  2276/11 2277/8 2277/16
2277/18 2277/25 2279/2 2279/2
2279/5 2279/6 2279/7 2279/7 2279/9
2279/12 2279/13 2279/19 2279/20
2279/24 2280/1 2280/6 2281/10 2281/10
2281/12 2281/21 2281/16 2282/11
2282/17 2284/15 2284/18 2284/19
2285/11
SECOND PER [1]  2202/14
SECONDS [2]  2249/2 2249/3
SECTION [5]  2210/15 2240/5 2282/6
2282/12 2282/13
SEDIMENT [7]  2228/7 2228/10 2228/22
2258/4 2259/22 2260/24 2261/17
SEDIMENTS [4]  2258/12 2259/17
2260/8 2264/2
SEE [59]  2196/6 2199/18 2200/10
2200/12 2204/16 2206/22 2211/24
2217/20 2219/22 2220/3 2220/7 2220/24
2225/11 2225/14 2225/17 2225/20
2225/21 2226/2 2226/6 2226/20 2226/21
2226/23 2227/13 2227/20 2227/21
2228/7 2228/13 2228/14 2228/18
2228/23 2230/7 2230/18 2231/3 2231/11
2231/21 2232/11 2232/13 2233/2 2233/8
2242/1 2242/2 2242/22 2242/25 2242/25
2244/10 2244/12 2246/6 2247/17
2249/16 2250/12 2253/4 2266/11
2266/21 2269/22 2271/21 2274/4 2277/9
2280/15 2285/3
SEEING [5]  2196/23 2206/17 2226/23
2243/11 2285/4
SEEM [4]  2266/25 2266/25 2282/18
2284/16
SEEMS [9]  2210/3 2240/8 2240/10
2256/15 2265/12 2272/23 2276/14
2276/14 2285/6
SEEN [4]  2214/3 2257/8 2277/25 2278/2
SEIJFFERT [16]  2253/3 2253/6 2253/20
2253/22 2253/23 2253/25 2254/2 2254/4
2254/9 2255/15 2255/17 2255/20
2255/24 2256/5 2257/21 2276/25
SELECTED [2]  2213/2 2213/22
SELECTION [1]  2213/19
SELF [2]  2200/14 2222/19
SELF-FEEDING [2]  2200/14 2222/19
SENSE [6]  2196/20 2204/21 2206/1
2213/14 2223/11 2241/12
SENSED [1]  2283/19
SERIOUSLY [1]  2207/10
SESSION [4]  2191/10 2195/1 2195/4
2244/16
SET [2]  2246/14 2273/22
SETS [1]  2231/24
SETTING [1]  2203/6
SETUP [3]  2204/24 2205/1 2216/13
SEVEN [2]  2240/24 2256/11
SEVERAL [4]  2235/25 2254/8 2258/9
2268/17
SEVERE [2]  2206/9 2226/22
SEVERELY [4]  2199/23 2222/12 2224/1
2264/9
SHADED [1]  2206/7
SHAPE [1]  2230/24
SHAPED [1]  2228/11
SHE [1]  2195/15
SHEET [7]  2199/19 2222/25 2222/25
2223/8 2223/9 2223/12 2223/15
SHERMAN [1]  2191/22
SHOEBOX [1]  2261/10
SHORT [1]  2214/13

SHORTEN [1]  2244/11
SHOULD [11]  2198/13 2211/3 2212/8
2213/24 2241/1 2256/17 2280/21
2282/15
SHOULDN'T [2]  2196/21 2271/12
SHOVEL [2]  2259/19 2260/13
SHOVELS [1]  2259/10
SHOW [12]  2205/3 2216/6 2221/4
2225/8 2229/16 2229/18 2231/22
2234/17 2237/25 2253/13 2256/15
2275/16
SHOWED [2]  2242/14 2249/8
SHOWING [7]  2211/9 2229/22 2232/15
2241/24 2246/17 2270/18 2271/19
SHOWN [8]  2202/12 2202/16 2208/25
2209/1 2219/1 2222/14 2253/18 2255/13
SHOWS [11]  2196/10 2211/1 2225/4
2227/12 2238/7 2246/9 2250/2 2253/7
2264/8 2279/22 2284/11
SIDE [119]
SIGNIFICANCE [3]  2242/13 2256/22
2278/14
SIGNIFICANT [46]  2216/14 2216/25
2219/7 2219/19 2230/5 2232/3 2232/13
2233/3 2236/22 2237/8 2237/10 2237/17
2238/20 2242/24 2243/20 2243/22
2243/25 2246/25 2247/7 2247/10
2247/14 2247/24 2249/1 2249/3 2250/16
2250/20 2251/10 2251/13 2251/15
2251/24 2252/4 2252/5 2252/8 2252/16
2253/15 2254/3 2254/7 2254/11 2254/17
2256/1 2256/7 2256/9 2256/10 2256/12
2282/9 2285/13
SIMILAR [7]  2196/8 2202/2 2218/24
2227/5 2272/21 2274/11 2284/16
SIMPLE [2]  2240/3 2282/19
SIMPLY [9]  2203/17 2209/15 2221/18
2228/1 2250/24 2269/13 2271/6 2272/8
SIMS [1]  2192/3
SIMULATED [1]  2248/24
SIMULATIONS [1]  2238/23
SINCE [2]  2233/24 2238/19
SINGLE [1]  2251/12
SIR [8]  2197/15 2198/12 2206/25
2218/10 2225/1 2257/12 2284/7 2285/17
SITE [2]  2264/9 2272/12
SITU [2]  2259/22 2260/14
SITUATION [3]  2208/24 2222/5 2246/16
SITUATIONS [2]  2211/3 2211/5
SIX [3]  2240/24 2253/18 2274/14
SIZES [1]  2248/10
SKYROCKET [2]  2208/22 2209/10
SLIDE [27]  2196/6 2202/5 2202/8
2209/24 2227/12 2229/14 2230/17
2237/23 2241/25 2245/23 2248/18
2253/9 2258/20 2264/3 2266/12 2267/21
2269/18 2270/7 2271/17 2274/2 2278/11
2278/21 2279/10 2282/2 2283/23 2284/5
2285/1
SLIDE 54 [1]  2230/17
SLIDES [2]  2195/9 2215/5
SLIGHTLY [7]  2205/2 2205/9 2205/11
2218/21 2218/21 2219/21 2281/15
SLOPE [8]  2217/25 2235/8 2235/8
2235/13 2263/2 2263/2 2263/3 2263/6
SLOPING [2]  2235/6 2235/22
SLOW [2]  2216/23 2248/3
SLOWED [1]  2221/21
SLOWING [2]  2222/11 2228/6
SLOWLY [1]  2235/22
SMALL [4]  2230/11 2237/19 2242/25
2249/23
SMALLER [1]  2251/24

SMALLEST [1]  2252/14
SO [119]
SOIL [36]  2203/8 2214/10 2214/12
2240/8 2245/11 2245/18 2252/25 2255/9
2258/4 2258/7 2258/15 2258/18 2258/23
2259/2 2259/2 2259/6 2259/10 2259/14
2259/15 2259/19 2261/24 2262/1 2262/2
2262/7 2262/9 2263/11 2263/14 2265/10
2266/16 2267/1 2267/19 2268/22
2270/21 2271/20 2272/2 2272/24
SOJA [1]  2193/16
SOLID [13]  2221/6 2253/24 2274/14
2274/16 2274/17 2274/18 2274/20
2274/21 2275/1 2275/7 2276/7 2276/14
2277/10
SOME [39]  2202/7 2202/15 2206/5
2206/5 2206/6 2206/15 2206/23 2213/18
2214/17 2217/17 2218/25 2219/16
2220/7 2221/15 2222/9 2225/15 2226/1
2226/8 2226/23 2226/24 2227/7 2227/21
2233/2 2236/4 2239/5 2239/16 2239/20
2239/21 2241/12 2242/2 2242/25
2243/14 2246/12 2260/4 2260/15
2260/17 2263/4 2265/22 2267/20
SOMEHOW [1]  2265/16
SOMEONE [1]  2237/3
SOMETHING [7]  2237/3 2237/3 2246/3
2251/22 2253/13 2255/16 2269/15
SOMEWHAT [2]  2201/13 2284/11
SOMEWHERE [4]  2240/9 2263/22
2268/25 2276/16
SOON [1]  2257/22
SOONER [1]  2254/24
SORRY [10]  2197/19 2218/10 2220/8
2238/6 2251/8 2268/4 2268/4 2269/19
2281/11 2284/5
SOUND [1]  2245/3
SOUNDNESS [1]  2244/25
SOURCES [1]  2202/2
SOUTH [7]  2191/16 2210/7 2225/9
2225/13 2233/12 2240/4 2258/25
SOUTHEAST [1]  2229/21
SOUTHEASTERN [6]  2204/19 2231/16
2231/18 2231/19 2233/1 2238/7
SPAN [2]  2201/8 2271/22
SPEAK [1]  2262/13
SPECIFIC [4]  2207/22 2230/16 2265/16
2272/7
SPECIFICALLY [1]  2202/1
SPEED [6]  2199/11 2199/12 2199/19
2217/8 2228/24 2263/9
SPEEDS [1]  2265/19
SPEEDS/VELOCITIES [1]  2265/19
SPELLED [2]  2253/22 2276/25
SPILLWAY [2]  2199/17 2199/19
SPOTS [1]  2223/25
SPRINGS [1]  2192/17
SQUARE [2]  2217/4 2237/2
SQUARED [2]  2219/3 2237/9
SQUARES [2]  2265/1 2266/18
SR [1]  2193/16
ST [1]  2210/19
STAFF [1]  2214/18
STAGES [1]  2225/20
STANDARD [1]  2280/6
STANDING [3]  2239/9 2239/20 2239/23
STANWOOD [1]  2191/11
START [6]  2206/18 2211/12 2212/20
2244/8 2254/19 2280/13
STARTED [1]  2221/5
STARTS [3]  2220/11 2224/11 2258/9
STATE [6]  2201/12 2207/13 2225/12

STATE... [3] 2228/14 2228/20 2264/1
STATED [1] 2260/4
STATES [5] 2191/1 2191/7 2191/11
2225/22 2286/3
STATES' [2] 2195/8 2229/7
STATIC [5] 2208/20 2209/7 2222/14
2242/21 2243/6
STATION [1] 2193/17
STEADY [9] 2199/10 2211/13 2212/13
2220/22 2273/23 2274/12 2282/16
2282/19 2284/13
STEEP [1] 2226/24
STEMS [2] 2250/24 2267/2
STENOGRAPHY [1] 2193/24
STEP [5] 2227/12 2258/2 2258/17
2258/17 2285/17
STEVE [1] 2212/17
STEVEN [1] 2246/10
STEVENS [2] 2192/22 2192/23
STILL [28] 2197/15 2199/20 2199/24
2208/5 2208/8 2209/16 2209/17 2209/18
2211/5 2211/15 2211/15 2211/20 2212/9
2212/14 2213/8 2218/1 2218/22 2219/10
2220/6 2221/15 2221/16 2238/13
2238/25 2256/20 2267/11 2279/9 2283/2
2285/11
STONE [1] 2193/16
STOP [1] 2252/17
STOPPED [1] 2231/2
STORIES [1] 2265/10
STORM [9] 2206/2 2217/20 2222/10
2223/23 2223/25 2231/25 2241/25
2282/8 2282/14
STRAIGHT [1] 2275/22
STREET [10] 2191/16 2191/19 2191/23
2192/6 2192/10 2192/13 2192/20 2193/4
2193/7 2193/20
STRENGTH [1] 2196/15
STRETCHES [1] 2256/20
STUDIES [1] 2226/3
STUDY [2] 2201/11 2278/22
SUBJECT [2] 2260/3 2260/25
SUBJECTED [3] 2208/13 2263/25
2272/21
SUBROGATED [1] 2193/2
SUBSTANTIAL [3] 2256/20 2275/12
2275/13
SUBSTANTIALLY [1] 2246/2
SUBTRACTED [1] 2236/19
SUCH [8] 2207/13 2213/22 2238/12
2245/19 2267/15 2267/18 2283/15
2283/21
SUFFICES [1] 2270/3
SUFFICIENT [2] 2275/15 2279/13
SUGGEST [4] 2254/10 2256/11 2275/9
2279/11
SUGGESTED [5] 2250/17 2253/2
2257/20 2273/20 2277/15
SUGGESTS [5] 2213/24 2220/11 2254/4
2256/17 2274/1
SUITE [5] 2191/16 2192/3 2192/6
2192/10 2193/7
SUMMARIZE [1] 2223/21
SUPERCRITICAL [1] 2199/11
SUPPORT [1] 2236/21
SURE [9] 2215/3 2252/2 2253/6 2253/6
2257/2 2272/11 2278/13 2279/15
2285/19
SURFACE [11] 2219/23 2225/18 2226/7
2228/18 2228/19 2252/21 2261/19
2262/23 2269/10 2274/12 2279/14

SURFICIAL [7] 2219/16 2220/6 2221/23
2226/6 2226/9 2233/7 2238/7
SURGE [11] 2204/23 2216/13 2217/20
2222/10 2231/13 2231/25 2233/20
2234/5 2282/8 2282/14 2284/11
SURVIVE [1] 2240/2
SURVIVED [1] 2239/22
SWAN [5] 2234/19 2246/25 2247/4
2247/7 2251/13 2257/4
SWORN [1] 2196/2
SYSTEM [3] 2261/16 2271/24 2280/5
SYSTEMS [3] 2279/4 2279/14 2280/10

T

TABLE [7] 2202/16 2204/13 2209/22
2283/7 2283/7 2283/8 2283/10
TAHEERAH [1] 2193/11
TAKE [37] 2195/11 2196/6 2202/25
2203/15 2205/6 2207/9 2210/25 2218/5
2236/14 2238/9 2241/1 2244/9 2245/21
2251/15 2253/16 2254/5 2254/10 2255/2
2256/6 2256/9 2256/11 2256/24 2257/8
2259/19 2259/25 2260/2 2264/23
2266/10 2268/8 2272/15 2273/9 2273/13
2277/4 2277/5 2277/7 2277/16 2281/24
TAKE-HOME [1] 2238/9
TAKEAWAY [3] 2268/8 2273/9 2278/3
TAKEN [2] 2217/12 2262/9
TAKES [1] 2256/4
TAKING [3] 2226/9 2275/24 2276/1
TALK [7] 2214/7 2214/7 2214/8 2214/9
2232/20 2234/22 2244/7
TALKED [2] 2206/15 2224/5 2230/24
2233/15 2234/3 2271/6
TALKING [14] 2203/2 2203/3 2237/2
2237/7 2237/9 2239/14 2239/15 2240/2
2252/3 2268/2 2268/25 2269/12 2281/25
2283/8
TALL [1] 2265/10
TAUGHT [1] 2207/21
TEAM [2] 2258/24 2285/18
TEASE [1] 2207/14
TECHNICAL [6] 2244/25 2245/23 2264/4
2269/24 2270/10 2282/3
TECHNICALLY [1] 2245/3
TECHNIQUE [1] 2245/3
TELL [15] 2196/14 2204/13 2211/1
2213/16 2216/5 2217/17 2222/7 2222/23
2230/17 2241/18 2246/8 2264/6 2266/14
2276/1 2280/24
TEMPORAL [1] 2242/23
TEN [3] 2206/23 2206/23 2207/18
TEND [1] 2203/14
TENDER [1] 2285/14
TENS [1] 2268/19
TENTATIVE [1] 2195/12
TENTHS [3] 2230/9 2268/17 2272/23
TERM [2] 2252/20 2255/5
TERM'S [1] 2246/24
TERMINOLOGY [1] 2209/20
TERMS [7] 2196/15 2202/2 2208/17
2223/5 2223/7 2264/14 2268/15
TEST [5] 2248/23 2262/18 2282/6
2282/12 2282/13
TESTIFIED [2] 2196/3 2269/24
TESTIMONY [8] 2209/12 2232/21
2246/20 2252/13 2252/13 2259/9
2268/24 2282/12
TESTING [6] 2246/16 2259/12 2259/15
2260/3 2264/8 2265/16
TESTS [1] 2268/15
TEXAS [1] 2192/4
TEXT [1] 2217/17

THAN [33] 2197/3 2206/18 2206/24
2209/14 2209/21 2209/25 2210/4
2212/14 2213/23 2219/15 2220/10
2220/17 2232/7 2236/11 2240/9 2242/9
2244/9 2247/13 2247/14 2252/12
2255/16 2255/24 2256/8 2261/15
2266/22 2267/15 2268/15 2271/14
2280/4 2282/21 2284/19 2285/6 2285/11
THANK [17] 2208/2 2214/24 2215/1
2220/14 2225/1 2232/12 2244/5 2249/21
2257/12 2262/16 2266/1 2269/15
2272/13 2273/6 2276/18 2281/20
2283/12
THANKS [2] 2232/25 2233/8
THAT [431]
THAT DOCTOR [1] 2237/6
THAT'S [80] 2196/8 2197/13 2197/23
2200/15 2200/23 2201/3 2201/8 2202/8
2202/13 2203/21 2207/19 2208/2
2208/13 2209/7 2209/8 2211/19 2212/8
2213/22 2231/15 2221/24 2222/4
2234/11 2237/17 2240/18 2241/14
2243/10 2244/20 2245/23 2246/22
2247/3 2248/8 2248/9 2248/15 2249/23
2251/2 2252/10 2252/13 2252/17
2253/13 2254/12 2254/21 2256/21
2257/18 2258/6 2258/20 2259/14 2263/5
2263/13 2265/10 2266/10 2266/23
2267/3 2267/21 2267/22 2267/22 2269/6
2269/15 2269/23 2270/6 2270/7 2270/8
2271/10 2271/13 2271/16 2272/19
2274/7 2275/23 2278/21 2279/11
2279/17 2280/2 2280/6 2280/16 2280/17
2283/8 2283/12 2283/17 2283/23 2285/1
2285/13
THEIR [4] 2203/14 2229/12 2253/5
2259/17
THEM [12] 2228/10 2240/2 2245/5
2246/17 2251/25 2252/17 2258/21
2259/10 2259/11 2265/18 2279/2
2280/23
THEN [29] 2201/6 2201/7 2205/22
2211/7 2211/12 2211/20 2211/25
2213/16 2216/24 2217/3 2217/6 2222/9
2225/23 2238/4 2240/24 2241/13
2242/12 2245/5 2249/7 2251/4 2260/2
2260/19 2261/17 2268/8 2274/19
2275/21 2276/11 2281/18 2282/10
THEORY [2] 2247/22 2250/17
THERE [55] 2196/7 2196/20 2198/10
2199/8 2199/25 2201/17 2201/19 2204/3
2207/8 2210/22 2214/11 2214/17
2214/19 2214/19 2216/18 2218/2 2218/3
2219/14 2221/2 2222/24 2230/5 2231/4
2231/20 2232/5 2232/7 2236/14 2237/16
2239/9 2239/15 2239/16 2240/5 2240/9
2241/21 2247/11 2250/6 2250/22
2256/17 2256/19 2258/9 2258/20 2260/4
2262/1 2262/8 2267/5 2269/2 2269/22
2270/13 2271/11 2271/12 2274/14
2276/13 2281/22 2284/13 2285/9
2285/10
THERE'S [37] 2199/24 2201/22 2201/24
2201/25 2202/12 2202/12 2202/15
2207/11 2207/21 2211/25 2213/18
2221/2 2221/12 2221/15 2224/8 2226/1
2227/1 2227/7 2227/23 2228/1 2231/6
2235/21 2239/25 2245/2 2253/7 2253/10
2253/17 2257/7 2261/7 2263/18 2264/13
2267/5 2267/13 2277/8 2277/10 2277/13
2278/4
THEREFORE [1] 2263/18
THESE [86] 2196/15 2196/24 2202/2

# T

THESE... [83] 2202/13 2202/20 2204/16 2204/20 2205/13 2206/1 2206/3 2206/17 2207/16 2208/20 2208/22 2209/6 2209/9 2210/16 2211/4 2212/23 2214/3 2216/9 2216/15 2217/17 2220/1 2220/18 2220/20 2222/1 2222/13 2222/24 2225/9 2225/16 2225/22 2226/24 2227/19 2227/22 2228/8 2228/11 2228/23 2230/6 2231/24 2232/14 2233/4 2233/6 2233/21 2233/22 2233/24 2234/12 2238/14 2238/16 2242/8 2242/22 2243/2 2243/8 2243/13 2243/15 2243/18 2246/6 2246/8 2252/14 2258/17 2258/23 2259/8 2260/9 2261/15 2262/21 2263/17 2263/20 2265/1 2265/25 2266/25 2267/2 2267/3 2268/8 2271/5 2271/19 2272/1 2272/10 2272/11 2275/24 2278/6 2278/23 2278/25 2282/9 2282/17 2282/21 2285/4
THESIS [2] 2268/11 2269/20
THEY [49] 2197/11 2199/13 2199/14 2199/14 2199/15 2202/3 2203/14 2209/1 2210/19 2214/13 2222/14 2224/3 2228/8 2228/10 2239/21 2240/7 2241/6 2241/22 2247/5 2248/25 2249/25 2253/22 2255/12 2259/24 2260/11 2260/12 2260/13 2260/15 2260/16 2260/18 2260/19 2260/20 2260/21 2261/1 2261/2 2261/4 2261/9 2262/14 2263/5 2263/5 2263/17 2263/19 2263/20 2266/9 2266/25 2272/22 2276/22 2280/10 2282/18
THEY'RE [16] 2199/11 2202/21 2202/21 2205/4 2205/15 2213/5 2220/4 2227/5 2228/9 2228/22 2230/15 2233/11 2261/18 2284/14 2284/16 2285/6
THEY'VE [2] 2228/17 2245/14
THICKER [1] 2270/23
THICKNESS [2] 2201/3 2201/6
THIN [1] 2199/19
THING [6] 2208/19 2231/11 2231/21 2238/11 2252/2 2276/23
THINGS [6] 2200/13 2240/11 2241/3 2245/19 2265/25 2278/7
THINK [46] 2195/7 2196/14 2199/2 2202/1 2202/18 2207/15 2208/19 2209/13 2211/24 2213/15 2213/18 2214/6 2214/10 2214/19 2217/21 2225/25 2233/14 2234/21 2235/7 2237/7 2238/9 2239/8 2239/22 2239/25 2241/3 2242/22 2245/2 2246/24 2247/10 2247/16 2252/6 2252/10 2255/5 2255/6 2257/4 2258/9 2266/12 2268/24 2269/23 2271/5 2272/10 2278/6 2278/14 2280/20 2282/12 2285/18
THINKING [1] 2244/6
THINNER [1] 2270/22
THIRD [7] 2234/20 2245/11 2247/11 2247/16 2248/15 2251/17 2258/2
THIRDS [2] 2251/16 2251/21
THIS [204]
THOMAS [1] 2192/3
THOROUGH [2] 2246/4 2285/16
THOSE [37] 2196/12 2200/13 2200/19 2206/4 2206/8 2213/11 2214/20 2231/7 2236/9 2238/3 2238/19 2238/22 2238/24 2239/1 2239/2 2239/23 2241/3 2243/16 2245/8 2245/13 2252/8 2252/8 2255/24 2258/22 2259/3 2261/11 2263/10 2263/11 2263/14 2263/20 2263/25 2264/3 2268/14 2272/1 2279/25 2284/16 2284/20

THOUGH [6] 2210/11 2210/22 2237/16 2243/9 2276/21 2280/7
THOUGHT [7] 2197/23 2234/20 2255/15 2268/2 2269/1 2269/14 2273/24
THREE [22] 2205/3 2205/3 2206/1 2212/3 2220/10 2224/6 2230/9 2231/18 2245/4 2245/8 2245/15 2248/23 2248/25 2255/13 2271/20 2274/14 2275/17 2275/19 2275/21 2278/24 2278/25 2281/7
THREE-DIMENSIONAL [1] 2224/6
THREE-FOURTHS [1] 2212/3
THRESHOLD [10] 2202/18 2206/21 2207/16 2208/7 2208/8 2219/9 2238/13 2242/7 2243/2 2243/3
THRESHOLDS [3] 2201/23 2212/24 2220/2
THREW [1] 2283/12
THROUGH [17] 2220/25 2225/12 2227/16 2227/17 2227/19 2227/20 2228/10 2228/15 2228/23 2228/24 2245/5 2247/19 2252/13 2258/17 2261/16 2263/8 2266/20
THRUST [1] 2261/17
THUMB [2] 2234/4 2234/9
TIME [46] 2200/23 2201/7 2202/22 2206/10 2207/23 2208/14 2212/19 2214/23 2216/3 2216/9 2217/22 2218/24 2219/14 2220/25 2221/14 2226/10 2228/8 2230/22 2231/3 2235/23 2242/17 2242/19 2243/11 2243/13 2244/3 2244/7 2244/11 2252/21 2253/16 2256/3 2256/8 2256/12 2257/17 2270/20 2271/8 2274/14 2275/20 2276/12 2277/4 2277/5 2277/14 2279/19 2281/8 2282/7 2282/8 2283/4
TIMES [14] 2206/23 2206/23 2206/24 2213/23 2216/9 2216/10 2220/10 2234/10 2242/8 2243/2 2243/3 2253/4 2257/19 2276/24
TIRED [2] 2268/5 2285/19
TODAY [1] 2243/5
TOE [26] 2199/8 2216/14 2216/25 2218/22 2218/23 2228/11 2228/12 2232/20 2233/16 2233/23 2233/25 2234/2 2234/6 2234/8 2234/11 2234/14 2235/6 2235/11 2235/18 2235/23 2237/10 2237/18 2254/3 2257/6 2272/22 2282/10
TOGETHER [2] 2200/19 2245/16
TONI [4] 2193/20 2286/2 2286/10 2286/10
TOO [5] 2221/13 2247/17 2267/1 2268/5 2285/19
TOOK [10] 2210/8 2210/9 2210/11 2212/23 2244/14 2247/6 2247/7 2259/10 2262/14 2272/6
TOP [9] 2218/2 2220/22 2226/15 2235/16 2236/17 2246/9 2267/5 2283/6 2284/4
TOPIC [2] 2200/18 2229/2
TORTS [1] 2193/10
TOTAL [3] 2204/22 2212/11 2255/4
TOWARDS [4] 2225/24 2227/15 2240/19 2279/5
TRANSCRIPT [2] 2193/24 2286/5
TRANSLATE [1] 2217/17
TRANSPIRE [1] 2245/19
TRANSPORTED [1] 2259/11
TREATING [3] 2252/17 2280/2 2280/3
TREATS [1] 2247/5
TREMENDOUS [2] 2199/22 2200/3
TREND [5] 2211/23 2211/25 2211/25

2212/1 2212/1
2212/3 2212/1
TRIED [1] 2227/24
TRIGGER [11] 2212/16 2212/17 2212/21 2213/2 2213/6 2213/7 2213/10 2213/14 2213/23 2213/24 2239/19
TROUBLE [1] 2202/7
TRUE [2] 2243/10 2286/4
TRY [4] 2200/18 2260/1 2260/16 2267/20
TRYING [7] 2198/5 2222/22 2237/5 2254/15 2263/3 2263/5 2270/16
TURBULENCE [8] 2199/8 2199/16 2199/22 2200/4 2200/9 2200/14 2200/15 2262/24
TURBULENT [1] 2200/10
TURF [16] 2206/21 2245/10 2252/24 2254/6 2255/7 2274/13 2274/13 2274/16 2274/19 2274/24 2275/19 2276/7 2277/2 2277/13 2278/9 2278/16
TURN [1] 2200/14
TURNS [1] 2255/16
TUSA [4] 2193/20 2286/2 2286/10 2286/10
TWO [27] 2196/14 2201/6 2210/16 2211/24 2227/19 2231/5 2231/7 2231/10 2231/13 2231/21 2238/19 2238/22 2241/5 2246/6 2251/16 2251/21 2256/8 2256/16 2261/7 2263/20 2270/20 2271/1 2271/24 2273/16 2278/9 2280/14 2280/19
TWO-THIRDS [2] 2251/16 2251/21
TYPE [6] 2213/25 2219/4 2261/14 2266/16 2271/19 2279/23
TYPES [3] 2261/7 2262/22 2271/21
TYPICAL [3] 2210/17 2265/3 2266/5
TYPICALLY [1] 2205/1
TYPO [1] 2280/20

# U

U.S [5] 2193/9 2253/9 2267/21 2269/18 2274/2
UNALTERED [3] 2233/21 2233/24 2257/21
UNCAPPED [1] 2267/16
UNCERTAINTY [1] 2213/19
UNDER [6] 2206/4 2239/1 2261/20 2265/11 2273/23 2278/19
UNDERCOMPACTED [3] 2263/25 2264/9 2267/3
UNDERLYING [1] 2252/25
UNDERSTAND [21] 2207/17 2221/9 2223/17 2223/18 2235/7 2237/5 2237/13 2239/5 2240/12 2251/7 2254/22 2257/1 2261/23 2267/17 2271/8 2276/22 2282/23 2283/3 2283/20 2284/20 2284/23
UNDERSTANDABLE [1] 2268/6
UNDERSTANDING [7] 2207/13 2236/12 2245/19 2251/15 2262/5 2272/8 2286/6
UNDERSTATED [1] 2282/18
UNDERSTATEMENT [1] 2283/17
UNDERSTOOD [2] 2195/13 2269/6
UNDISTURBED [3] 2259/16 2260/2 2260/9
UNFORTUNATELY [2] 2229/1 2260/20
UNIFORM [2] 2251/10 2257/1
UNIT [2] 2200/1 2279/16
UNITED [6] 2191/1 2191/7 2191/11 2195/8 2229/7 2286/3
UNITED STATES' [2] 2195/8 2229/7
UNITS [4] 2202/14 2202/19 2203/18 2205/15

**U**

UNIVERSITY [1] 2269/25
UNLESS [1] 2246/2
UNREALISTIC [1] 2265/12
UNREALISTICALLY [1] 2267/4
UP [31] 2200/2 2202/7 2207/19 2214/16
2217/21 2217/25 2218/15 2218/19
2218/20 2219/20 2220/4 2222/2 2228/17
2232/19 2235/6 2241/15 2243/11
2246/24 2250/8 2257/4 2259/19 2261/17
2263/2 2263/3 2263/4 2263/6 2274/3
2275/21 2279/5 2284/4 2284/7
UPPER [1] 2270/20
UPRUSH [5] 2216/18 2217/7 2217/8
2217/9 2218/24
UPSHOT [1] 2257/15
US [28] 2202/11 2204/13 2206/15
2208/15 2209/14 2211/1 2211/9 2213/14
2213/16 2216/5 2216/5 2217/17 2225/14
2230/12 2230/17 2232/9 2234/25
2236/14 2241/18 2245/23 2248/22
2253/12 2264/6 2264/6 2266/14 2267/25
2268/8 2279/22
USE [16] 2201/8 2201/15 2203/14
2212/18 2222/5 2233/4 2234/9 2235/15
2243/5 2247/21 2248/12 2250/24 2262/3
2263/23 2265/19 2267/11
USED [26] 2201/24 2228/16 2234/18
2246/16 2247/8 2248/23 2258/12
2258/15 2259/1 2259/4 2259/5 2260/19
2261/4 2261/8 2262/4 2262/6 2262/12
2263/11 2263/14 2263/24 2266/17
2266/17 2267/16 2271/25 2273/21
2273/24
USES [6] 2252/20 2253/14 2255/5
2257/25 2264/10 2273/16
USING [19] 2201/5 2209/20 2247/22
2247/24 2249/7 2253/3 2253/5 2253/7
2253/8 2254/2 2255/15 2255/16 2255/23
2265/9 2268/18 2268/21 2272/4 2281/3
2285/12
UTILIZED [1] 2258/10

**V**

VALIDATE [1] 2246/21
VALIDATED [1] 2251/5
VALIDATION [3] 2248/24 2251/2 2251/4
VALUE [26] 2203/10 2203/21 2205/18
2205/20 2205/22 2206/8 2211/2 2212/25
2213/2 2213/19 2216/11 2217/6 2217/12
2223/9 2234/20 2234/22 2242/9 2247/13
2248/15 2256/5 2264/24 2266/23
2267/11 2267/15 2267/16 2276/4
VALUES [21] 2202/18 2206/1 2207/16
2208/20 2208/22 2208/24 2211/4 2220/1
2222/1 2222/13 2238/13 2243/2 2253/19
2255/14 2255/23 2257/20 2282/1 2282/9
2282/17 2283/4 2284/16
VARIATION [2] 2229/22 2242/23
VARIED [1] 2242/15
VARIOUS [10] 2216/8 2225/21 2229/7
2230/6 2232/6 2237/19 2238/1 2242/17
2258/21 2258/23
VARY [2] 2236/2 2236/3
VAST [1] 2283/17
VEGETATION [4] 2214/10 2236/5
2236/7 2256/25
VELOCITIES [52] 2196/9 2196/10
2196/12 2196/12 2196/19 2196/23
2196/25 2197/2 2197/3 2199/7 2200/4
2200/10 2200/19 2214/18 2216/16
2216/19 2217/14 2217/15 2218/12

2218/23 2218/24 2219/5 2220/3 2220/24
2249/2 2246/1 2247/8 2247/24 2248/14
2248/17 2248/20 2249/6 2250/12
2257/16 2257/17 2262/25 2264/19
2264/21 2265/19 2265/22 2265/24
2266/4 2277/21 2277/25 2278/2 2279/1
2279/25 2280/9 2281/25 2282/20
2283/14 2283/20
VELOCITY [55] 2196/16 2196/16
2196/17 2196/21 2197/5 2200/25 2201/2
2201/5 2216/17 2217/4 2217/5 2217/7
2217/9 2217/10 2219/4 2219/4 2221/24
2222/2 2237/21 2245/21 2246/9 2246/17
2250/3 2250/4 2250/7 2261/20 2264/16
2264/17 2264/18 2264/19 2265/3 2265/4
2265/11 2265/18 2266/5 2266/21 2267/9
2267/11 2267/15 2267/18 2273/19
2274/12 2275/10 2275/19 2275/22
2276/9 2277/16 2277/17 2277/22
2277/23 2279/12 2279/23 2281/9
2281/15 2281/17
VERHEIJ [16] 2253/3 2253/6 2253/20
2253/22 2253/23 2253/25 2254/2 2254/4
2254/10 2255/15 2255/17 2255/20
2255/24 2256/6 2257/21 2276/25
VERSUS [1] 2191/6
VERTICAL [14] 2223/16 2235/16 2238/3
2264/14 2265/5 2267/17 2268/14
2268/16 2268/16 2268/19 2269/12
2269/13 2272/22 2273/2
VERTICALLY [1] 2269/1
VERY [39] 2196/24 2199/12 2199/18
2199/19 2200/9 2202/2 2204/4 2204/4
2208/6 2210/15 2214/1 2220/17 2230/25
2235/13 2235/13 2238/14 2240/11
2242/25 2243/15 2243/16 2246/4
2255/13 2257/22 2259/2 2259/4 2260/17
2263/7 2264/5 2264/11 2266/10 2267/9
2270/21 2270/22 2271/2 2271/21 2272/4
2272/21 2273/22 2285/15
VICINITY [4] 2212/3 2230/10 2275/23
2276/17
VICTOR [1] 2192/24
VISSER [1] 2268/11
VOLUME [1] 2191/10
VRIJLING [3] 2234/19 2237/1 2269/23
VRIJLING'S [1] 2283/22

**W**

WAIT [3] 2249/9 2249/9 2249/9
WALL [7] 2210/15 2223/2 2223/4 2223/6
2223/8 2223/12 2229/3
WALTER [1] 2192/12
WANT [12] 2198/2 2206/10 2207/7
2214/15 2241/12 2245/24 2249/12
2251/9 2259/3 2262/19 2281/22 2285/15
WANTED [2] 2252/2 2270/25
WARREN [1] 2193/6
WAS [91] 2195/7 2197/5 2197/8 2199/2
2202/1 2210/11 2210/13 2210/16
2210/20 2210/22 2213/4 2213/6 2213/8
2214/10 2216/7 2217/12 2218/1 2218/1
2225/11 2229/24 2229/24 2231/1 2232/5
2236/16 2236/25 2236/25 2237/1 2237/7
2237/9 2240/5 2240/9 2240/9 2241/20
2241/25 2245/18 2245/18 2246/11
2246/12 2247/6 2249/4 2249/16 2249/18
2249/19 2249/20 2250/6 2251/15 2253/3
2253/4 2254/13 2254/14 2255/15
2255/20 2256/6 2256/25 2258/12 2260/4
2260/11 2260/12 2260/18 2261/14
2262/3 2262/4 2262/8 2263/18 2264/9
2265/3 2265/5 2265/23 2268/11 2268/20

2269/1 2269/2 2269/4 2269/10 2269/24
2271/9 2276/23 2278/8 2278/16
2280/15 2280/20 2282/5 2282/7 2282/13
2282/23 2282/25 2283/1 2283/3 2283/19
2285/21
WAS IT [1] 2236/25
WASHINGTON [1] 2193/18
WASN'T [5] 2195/15 2249/11 2271/25
2272/11 2273/25
WATER [90] 2197/8 2199/15 2199/19
2199/20 2199/21 2199/24 2199/24
2199/25 2200/12 2200/23 2201/3 2201/5
2202/23 2203/5 2204/22 2205/1 2208/5
2208/9 2209/16 2209/17 2209/18 2211/3
2211/5 2211/11 2211/15 2211/20 2212/8
2212/9 2212/11 2212/13 2212/14 2213/8
2213/9 2216/11 2216/24 2217/25 2218/1
2218/15 2218/19 2218/21 2218/22
2219/11 2219/20 2219/22 2219/24
2220/21 2221/16 2222/2 2222/11 2224/4
2224/7 2224/8 2229/12 2229/17 2229/23
2230/5 2230/8 2230/21 2230/21 2230/25
2231/2 2232/8 2233/15 2233/16 2233/17
2233/17 2233/22 2233/23 2234/1 2234/6
2234/8 2235/1 2235/2 2235/9 2235/12
2235/19 2236/16 2236/21 2238/10
2238/20 2239/18 2256/25 2261/16
2261/18 2262/23 2263/8 2282/14
2282/15 2282/25 2283/3
WATER-DEPTH [1] 2235/12
WATER-LEVEL [1] 2203/5
WATERFALLS [2] 2200/13 2200/13
WATERWAY [1] 2281/1
WAVE [115]
WAVE-BREAKING [1] 2217/24
WAVE-INDUCED [5] 2218/4 2219/15
2220/6 2227/1 2268/13
WAVES [57] 2197/7 2197/12 2197/13
2197/21 2199/3 2199/4 2199/4 2199/8
2199/10 2204/25 2212/4 2212/6 2212/10
2217/22 2221/15 2221/15 2221/17
2224/2 2227/25 2228/2 2228/4 2232/5
2247/13 2247/16 2247/17 2248/5 2248/6
2248/7 2248/9 2248/12 2248/15 2249/6
2251/1 2251/9 2251/10 2251/16 2251/24
2252/3 2252/4 2252/4 2252/5 2252/13
2252/15 2257/3 2261/11 2261/12
2262/21 2262/22 2263/1 2263/3 2263/4
2283/2
WAY [26] 2201/1 2227/16 2230/20
2238/21 2241/20 2242/24 2245/14
2247/5 2252/12 2255/5 2258/13 2259/14
2259/16 2260/1 2260/9 2261/4 2261/8
2263/1 2263/9 2263/17 2263/19 2270/3
2276/4 2278/7 2284/4 2284/22
WAYS [2] 2229/11 2243/14
WE [142]
WE'D [2] 2262/25 2263/1
WE'LL [12] 2198/8 2207/9 2214/25
2222/9 2226/1 2239/6 2244/9 2244/12
2245/5 2246/2 2276/6 2284/6
WE'RE [47] 2196/23 2197/10 2197/24
2200/17 2202/7 2202/16 2203/2 2203/3
2206/17 2207/13 2210/7 2212/9 2217/15
2218/12 2218/25 2219/11 2219/22
2219/24 2221/14 2221/22 2222/7
2222/11 2225/1 2226/9 2226/23 2229/2
2230/21 2232/15 2234/17 2237/15
2239/17 2239/18 2240/2 2240/14
2240/17 2242/16 2244/18 2252/3
2261/16 2264/21 2264/23 2270/13
2271/14 2281/3 2281/24 2282/1 2283/8

**W**

WE'VE [13]  2197/17 2214/3 2216/23
2217/7 2217/8 2220/21 2224/5 2226/8
2243/18 2246/1 2270/8 2281/24 2284/1
WEAR [1]  2234/10
WEEK [1]  2244/11
WEEKEND [1]  2244/19
WEIGHTED [4]  2205/25 2237/25 2238/2
2241/25
WEIR [1]  2282/19
WELCOMES [1]  2244/5
WELL [24]  2206/20 2207/11 2208/11
2213/1 2213/7 2214/6 2219/4 2223/8
2224/11 2227/22 2239/1 2241/2 2248/14
2250/2 2252/9 2258/9 2259/2 2263/16
2268/23 2270/7 2273/16 2283/1 2283/4
2285/16
WELL-DEVELOPED [1]  2227/22
WELL-PREPARED [1]  2285/16
WENT [2]  2213/7 2269/9
WERE [51]  2196/9 2196/25 2207/18
2210/9 2214/11 2214/12 2214/13
2214/18 2214/20 2216/8 2217/14
2222/25 2225/10 2232/7 2233/7 2236/16
2238/1 2239/22 2239/23 2240/1 2249/6
2254/13 2254/23 2255/1 2256/2 2256/6
2256/20 2258/9 2258/18 2258/23 2259/8
2260/13 2261/3 2262/1 2262/2 2263/25
2263/25 2264/12 2266/3 2266/9 2268/2
2268/17 2268/25 2272/10 2272/21
2278/24 2278/25 2279/9 2283/13
2283/14 2285/12
WEREN'T [2]  2266/7 2276/22
WESTERINK [1]  2233/7
WETLAND [4]  2230/1 2230/2 2230/4
2230/4
WETLANDS [4]  2200/1 2232/2 2242/2
2243/25
WHAT [113]
WHAT'S [40]  2199/21 2200/21 2206/6
2208/10 2210/4 2211/7 2212/16 2212/19
2216/5 2217/3 2217/11 2217/18 2218/18
2218/18 2220/15 2227/5 2226/18
2229/15 2232/20 2236/14 2237/23
2238/17 2242/13 2246/23 2248/12
2253/1 2256/22 2260/5 2261/6 2262/20
2264/7 2266/14 2267/5 2268/21 2269/22
2270/16 2271/17 2271/24 2275/2 2281/4
WHATEVER [1]  2198/7
WHEN [44]  2195/7 2197/20 2197/21
2198/9 2199/10 2199/13 2204/2 2204/6
2208/4 2208/5 2211/12 2214/6 2214/23
2220/11 2220/18 2222/12 2223/23
2224/10 2236/25 2237/3 2237/15 2243/6
2244/18 2245/15 2246/1 2249/10
2249/14 2251/14 2252/2 2252/21 2253/2
2257/4 2259/19 2260/22 2260/25
2272/19 2273/16 2273/19 2274/20
2276/1 2281/2 2282/18 2282/25 2283/2
WHENEVER [2]  2213/9 2244/18
WHERE [39]  2196/25 2199/20 2203/7
2206/12 2206/18 2210/8 2210/9 2210/20
2211/3 2211/5 2211/14 2212/9 2212/20
2213/4 2213/8 2214/12 2223/15 2225/10
2225/19 2226/9 2227/22 2228/15
2232/17 2234/4 2236/16 2239/24
2242/11 2245/2 2249/25 2254/15
2254/19 2258/23 2262/22 2272/5
2275/24 2275/25 2276/10 2276/13
2284/12
WHERE YOU'RE [1]  2254/15
WHEREAS [3]  2250/14 2250/17 2277/15

WHEREUPON [3]  2196/2 2244/14
2285/4
WHETHER [3]  2213/15 2273/14 2283/13
WHICH [57]  2195/9 2196/20 2199/25
2202/5 2202/17 2204/17 2204/18
2204/19 2205/1 2206/9 2206/13 2210/3
2210/18 2217/8 2219/25 2223/24
2225/23 2227/13 2228/16 2229/14
2230/11 2231/8 2231/16 2237/23 2239/2
2243/13 2245/17 2246/15 2247/23
2248/18 2258/2 2258/20 2258/22
2259/25 2261/16 2261/23 2262/3
2264/18 2265/3 2265/7 2265/7 2266/17
2269/18 2271/17 2273/21 2273/22
2275/12 2277/1 2278/11 2279/5 2279/9
2279/15 2279/17 2279/19 2282/3
2284/10 2285/1
WHILE [3]  2218/6 2219/10 2244/8
WHITES [1]  2206/6
WHO [2]  2246/11 2269/23
WHOLE [1]  2221/14
WHY [18]  2198/4 2207/19 2214/4 2239/5
2239/9 2239/20 2239/21 2248/19
2250/22 2251/2 2267/3 2267/14 2267/17
2276/22 2283/3 2283/20 2284/20
2284/24
WIDE [1]  2235/21
WIDELY [1]  2273/22 2280/8
WIDEN [2]  2224/10 2228/9
WIDENED [1]  2228/21
WIDENING [1]  2224/11
WIDTH [1]  2226/14
WILL [12]  2217/8 2217/10 2218/22
2225/22 2225/23 2234/22 2236/10
2236/11 2237/19 2248/1 2277/16 2278/7
WINDS [1]  2257/23
WITHDRAWING [1]  2218/9
WITHIN [8]  2197/10 2201/21 2205/5
2205/10 2208/6 2213/10 2278/8 2278/9
WITHOUT [1]  2265/17
WITHSTAND [3]  2279/25 2281/15
2281/19
WITNESS [5]  2240/22 2241/15 2244/7
2244/18 2285/14
WONDERING [1]  2257/7
WOODCOCK [1]  2193/17
WORD [1]  2209/12
WORDS [1]  2240/1
WORK [4]  2241/1 2269/24 2273/21
2280/8
WORKING [1]  2240/19
WORLD [1]  2280/9
WORTHWHILE [1]  2234/25
WOULD [156]
WOULD'VE [1]  2242/24
WOULDN'T [3]  2223/10 2226/5 2239/11
WRIGHT [1]  2192/5
WRITTEN [1]  2267/23
WRONG [5]  2215/4 2234/21 2237/1
2251/10 2284/3

**Y**

Y'ALL [1]  2285/19
YEAH [24]  2199/10 2200/7 2208/19
2209/15 2212/6 2222/1 2228/8 2230/14
2235/4 2242/14 2245/2 2251/11 2254/17
2261/4 2262/3 2268/10 2270/7 2276/16
2277/9 2279/11 2279/18 2281/8 2281/13
2283/19
YES [32]  2197/11 2197/25 2199/4
2201/12 2201/19 2202/10 2204/12
2207/5 2208/18 2215/2 2221/14 2225/6
2227/9 2229/9 2231/9 2231/11 2232/24

2240/6 2241/4 2244/24 2246/7 2248/11
2259/3 2259/20 2255/24 2266/19
2269/15 2269/21 2274/9 2274/22 2275/5
2278/23
YET [4]  2209/7 2214/16 2225/25
2227/19
YIELD [1]  2244/6
YORK [2]  2193/4 2193/4
YOU [205]
YOU JUST [1]  2198/4
YOU'D [1]  2198/7
YOU'LL [9]  2198/9 2199/18 2200/10
2200/12 2211/24 2211/24 2225/21
2226/23 2228/23
YOU'RE [15]  2214/1 2218/6 2223/14
2237/15 2239/12 2245/4 2248/16
2248/16 2254/15 2254/16 2257/22
2260/24 2269/12 2269/20 2285/4
YOU'VE [7]  2199/17 2206/5 2207/21
2210/25 2214/7 2257/8 2275/25
YOUR [36]  2195/5 2195/13 2198/2
2198/6 2200/17 2202/8 2204/13 2207/7
2207/22 2209/12 2209/21 2214/15
2215/2 2216/2 2222/8 2229/14 2240/15
2243/7 2244/4 2249/17 2249/19 2252/13
2258/20 2262/18 2265/19 2267/22
2268/5 2270/1 2270/6 2270/14 2272/8
2273/10 2274/8 2277/21 2283/6 2285/14
YOUR HONOR [13]  2195/5 2195/13
2200/17 2214/15 2216/2 2222/8 2240/15
2244/4 2268/5 2270/1 2270/14 2283/6
2285/14
YOURS [1]  2240/17

**Z**

ZERO [5]  2211/11 2211/20 2230/15
2283/1 2283/4
ZONE [5]  2217/24 2228/18 2228/19
2253/15 2257/5