<pre>
 1                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2  *******************************************************************
    NORMAN ROBINSON, ET AL
 3
                                     DOCKET NO. 06-CV-2268
 4  V.                               NEW ORLEANS, LOUISIANA
                                     MONDAY, MAY 4, 2009
 5
    UNITED STATES OF AMERICA, ET AL
 6  *******************************************************************

 7
                     TRANSCRIPT OF TRIAL PROCEEDINGS
 8        HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                    UNITED STATES DISTRICT JUDGE
 9                  VOLUME 11 - MORNING SESSION

10

11  APPEARANCES:

12

13  FOR THE PLAINTIFF:            O'DONNELL & ASSOCIATES
                                  BY:  PIERCE O'DONNELL, ESQ.
14                                550 SOUTH HOPE STREET
                                  SUITE 1000
15                                LOS ANGELES, CA 90071-2627

16                                LAW OFFICE OF JOSEPH M. BRUNO
                                  BY:  JOSEPH M. BRUNO, ESQ.
17                                855 BARONNE ST.
                                  NEW ORLEANS, LA 70113
18

19                                THE ANDRY LAW FIRM
                                  BY:  JONATHAN B. ANDRY, ESQ.
20                                     KEA SHERMAN, ESQ.
                                  610 BARONNE ST.
21                                NEW ORLEANS, LA 70113

22                                BARON & BUDD
                                  BY:  THOMAS SIMS, ESQ.
23                                3102 OAK LAWN AVENUE, SUITE 1100
                                  DALLAS, TX 75219
24

25
</pre>

```
 1                              DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                BY:  JAMES P. ROY, ESQ.
 2                              P. O. BOX 3668
                                556 JEFFERSON ST.
 3                              LAFAYETTE, LA 70502-3668

 4
                                THE DUDENHEFER LAW FIRM, LLC
 5                              BY:  FRANK C. DUDENHEFER, JR., ESQ.
                                601 POYDRAS ST., SUITE 2655
 6                              NEW ORLEANS, LA 70130-6004

 7
                                DUMAS & ASSOCIATES LAW FIRM
 8                              BY:  WALTER C. DUMAS, ESQ.
                                LAWYER'S COMPLEX
 9                              1261 GOVERNMENT STREET
                                P.O. BOX 1366
10                              BATON ROUGE, LA 70821-1366

11
                                FAYARD & HONEYCUTT
12                              BY:  CALVIN C. FAYARD, JR., ESQ.
                                519 FLORIDA AVENUE, S.W.
13                              DENHAM SPRINGS, LA 70726

14
                                MICHAEL C. PALMINTIER, A PLC
15                              BY:  MICHAEL C. PALMINTIER, ESQ.
                                     JOSHUA M. PALMINTIER, ESQ.
16                              618 MAIN STREET
                                BATON ROUGE, LA 70801-1910
17

18                              LAW OFFICE OF ELWOOD C. STEVENS, JR.
                                BY:  ELWOOD C. STEVENS, JR., ESQ.
19                              1205 VICTOR II BLVD.
                                P. O. BOX 2626
20                              MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:   THE GILBERT FIRM, LLC
                                BY:  ELISA T. GILBERT, ESQ.
23                                   BRENDAN R. O'BRIEN, ESQ.
                                325 EAST 57TH ST.
24                              NEW YORK, NY 10022

25
```

— FINAL DAILY COPY —

```
1    ALSO PRESENT:                    MRGO LITIGATION OFFICE
                                      BY:  J. ROBERT WARREN, II, ESQ.
2                                          ASHLEY E. PHILEN, ESQ.
                                      600 CARONDELET STREET, SUITE 604
3                                     NEW ORLEANS, LA 70130

4
     FOR THE DEFENDANT:              U. S. DEPARTMENT OF JUSTICE
5                                    TORTS BRANCH
                                     BY:  DANIEL MICHAEL BAEZA, JR.
6                                         JEFFREY PAUL EHRLICH, ESQ.
                                          TAHEERAH KALIMAH EL-AMIN, ESQ.
7                                         MICHELE S. GREIF, ESQ.
                                          CONOR KELLS, ESQ.
8                                         PAUL MARC LEVINE, ESQ.
                                          JAMES F. MCCONNON, JR., ESQ.
9                                         KARA K. MILLER, ESQ.
                                          RUPERT MITSCH, ESQ.
10                                        PETER G. MYER, ESQ.
                                          ROBIN D. SMITH, ESQ.
11                                        SARAH K. SOJA, ESQ.
                                          RICHARD R. STONE, SR., ESQ.
12                                        JOHN WOODCOCK, ESQ.
                                     P. O. BOX 888
13                                   BENJAMIN FRANKLIN STATION
                                     WASHINGTON, DC 20044
14

15
     OFFICIAL COURT REPORTER:        KAREN A. IBOS, CCR, RPR, CRR
16                                   500 POYDRAS STREET, ROOM HB-406
                                     NEW ORLEANS, LOUISIANA 70130
17                                   (504) 589-7776

18
           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
19    PRODUCED BY COMPUTER.

20

21

22

23

24

25
```

———— FINAL DAILY COPY ————

I N D E X

WITNESSES FOR THE GOVERNMENT:                          PAGE/LINE:

BRUCE EBERSOLE

    CROSS-EXAMINATION BY MR. BRUNO                     2294/1

<u>P R O C E E D I N G S</u>

(MONDAY, MAY 4, 2009)

(MORNING SESSION)

08:31:06   4

09:21:50   5   THE DEPUTY CLERK:  COURT'S IN SESSION.  PLEASE BE SEATED.

09:21:53   6   THE COURT:  GOOD MORNING.

09:21:59   7   MR. BRUNO:  GOOD MORNING AGAIN, YOUR HONOR.  YOUR HONOR,

09:22:01   8   BEFORE WE BEGIN, ON FRIDAY YOU ASKED FOR A MAP SHOWING THE LOCATIONS

09:22:09   9   OF THE BREACHES, AS WELL AS THE HEIGHTS OF THE LEVEE.  SO WE'VE JUST

09:22:15  10   PREPARED SUCH A MAP FOR YOU.  IT'S BASED UPON EVIDENCE THAT'S BEEN

09:22:20  11   ACCEPTED INTO THE RECORD.

09:22:22  12   THE COURT:  HAS OPPOSING COUNSEL SEEN IT?

09:22:24  13   MR. BRUNO:  OH, YES.  JUST IN CASE YOU WANT TO SEE IT

09:22:32  14   AGAIN.  HERE IS A COPY FOR YOU.  AND THE FIRST ONE IS BAYOU

09:23:04  15   BIENVENUE, THE SECOND IS BAYOU DUPRE IN THE BOTTOM RIGHT-HAND

09:23:06  16   CORNER, THE THIRD IS BAYOU DUPRE, TOO, AND THEN THE LAST ONE IS THE

09:23:06  17   END.

09:23:14  18   IF I MAY, JUDGE?

09:23:15  19   THE COURT:  YES, SIR.

09:23:16  20   MR. BRUNO:  AGAIN, THIS IS FOR YOUR -- THIS IS FOR YOU

09:23:19  21   JUST TO HAVE ON THE DESK.  WHAT IS THE NUMBER, WE CAN CALL THAT UP?

09:23:24  22   WE CAN SHOW THE JUDGE WHAT THIS IS.  IT'S PX 1810.13.  JUDGE, THERE

09:23:53  23   WE GO.  YOU'LL SEE WE HAVE A LEGEND FOR YOU.

09:23:58  24   THE COURT:  YES.

09:23:58  25   MR. BRUNO:  WHAT WE HAVE HERE ARE FOUR DIFFERENT, I AM

09:24:01 1   GOING TO CALL THEM SCREEN SHOTS, AND THEY GO FOR THE WHOLE LENGTH OF

09:24:06 2   MRGO STARTING AT BAYOU BIENVENUE TO THE LAST PIECE IS RIGHT WHERE

09:24:09 3   THE -- THERE IS THAT SHARP RIGHT-HAND TURN NEAR SHELL BEACH.  AND

09:24:13 4   WHAT WE'VE SHOWN YOU ARE, FIRST, IN GREEN, YOU CAN SEE THE CHANNEL

09:24:19 5   AS AUTHORIZED.  I HAVE AN EXTRA COPY FOR JANET --

09:24:23 6           THE COURT:  OH, YOU DO, GOOD.  I HAVE THIS GREAT MONITOR

09:24:28 7   HERE.  GO AHEAD.

09:24:31 8           MR. BRUNO:  IF I MAY.  FORGIVE ME, I DIDN'T WRITE DOWN

09:24:37 9   THOSE NUMBERS.  THE NUMBER AGAIN IS 1810.13, 1810.13.

09:24:46 10          THE LAW CLERK:  THANK YOU.

09:24:48 11          MR. BRUNO:  JUDGE, OBVIOUSLY, JUST FOR THE RECORD, THE

09:24:51 12  GREEN LINE REPRESENTS THE AUTHORIZED WIDTH OF 650 FEET.  THE LITTLE

09:24:57 13  BLUE LINES REFLECT THE DISTANCE BETWEEN THE AUTHORIZED CHANNEL AND

09:25:03 14  WHAT YOU WOULD CALL THE NORTHEAST BANK, YOU CAN SEE THAT.

09:25:08 15          THE RED INDICATES THE DISTANCE BETWEEN THE AUTHORIZED

09:25:13 16  CHANNEL AND THE CURRENT, WE'LL CALL IT THE SOUTHERN WESTERN BANK.

09:25:20 17          THIS GREEN LINE HERE, THAT INDICATES THE LOCATION OF THE

09:25:25 18  BREACHING (INDICATING).

09:25:28 19          THE HEIGHTS OF THE LEVEES, WE USED STEPHEN FITZGERALD WHO

09:25:33 20  YOU REMEMBER IS THE DEFENDANT --

09:25:34 21          THE COURT:  YES.

09:25:36 22          MR. BRUNO:  -- EXPERT.  THESE ARE NOT -- WE HAVE A LITTLE

09:25:37 23  DIFFERENCE BETWEEN US ON THE LEVEE HEIGHTS, WE USED THEIRS.

09:25:40 24          THE COURT:  RIGHT.

09:25:41 25          MR. BRUNO:  LET'S SEE WHAT ELSE WE HAVE HERE.

09:25:43  1        THE COURT:  THE LEVEE HEIGHTS, DOES THAT INCLUDE THE SHEET

09:25:46  2   PILE?

09:25:47  3        MR. BRUNO:  WELL, ACTUALLY, HERE IS THE THING.  THIS IS A

09:25:54  4   SATELLITE PHOTO, SO YOU CAN SEE THE SHEET PILING WHERE THERE WAS NO

09:25:55  5   BREACHING.  THE PROBLEM WITH THE WAY THEY DID THIS IS, WHERE THE

09:25:59  6   SHEET PILE BREACHED, IT'S MASKED BY THE GREEN LINE, SO I APOLOGIZE

09:26:05  7   FOR THAT.  BUT IF WE GO TO THAT MAP WITH THE SQUIGGLY LINES, THAT

09:26:10  8   HAS THE SHEET PILES CLEARLY SHOWN ON IT.

09:26:13  9        THE COURT:  OKAY.

09:26:14 10        MR. BRUNO:  ACTUALLY, WHAT WE CAN DO, CAN'T WE GIVE THE

09:26:17 11   COURT ONE THAT SHOWS WHERE THE SHEET PILES ARE AS WELL?  WE CAN DO

09:26:21 12   THAT, TOO.

09:26:22 13        THE COURT:  OKAY.

09:26:22 14        MR. BRUNO:  JUDGE, THAT'S THE POINT I WANT TO MAKE TO YOU,

09:26:24 15   REALLY.  THE GIS THAT YOU'VE RECEIVED, ANYTHING THAT YOU WANT US OR

09:26:29 16   THE DEFENDANTS TO DO, WE CAN MANIPULATE THIS DATA SO THAT YOU CAN

09:26:33 17   SEE WHATEVER YOU WANT TO SEE, IT'S YOUR CALL.

09:26:36 18        THE COURT:  WELL, WHATEVER RELEVANCE IT MIGHT HAVE.

09:26:38 19        MR. BRUNO:  WHATEVER.  I MEAN, AGAIN, I MEAN, IT WOULDN'T

09:26:39 20   BE MY CALL, IT'S YOUR CALL.  ALL RIGHT.  SO LET'S JUST TAKE THAT

09:26:43 21   DOWN.

09:26:43 22        THE COURT:  THANK YOU.

09:26:44 23        MR. BRUNO:  AND FINALLY, IF I MAY, HERE IS A COPY OF THE

09:26:47 24   SLIDES.

09:26:47 25                    CROSS-EXAMINATION

09:26:47  1   BY MR. BRUNO:

09:26:55  2   Q.  FORGIVE ME, MR. EBERSOLE, I DIDN'T MEAN TO IGNORE YOU, BUT GOOD

09:26:59  3   MORNING.

09:26:59  4   A.  THAT'S ALL RIGHT.

09:27:01  5   Q.  YOU TOLD US ON FRIDAY, I THINK, THAT -- WELL, ACTUALLY, COUNSEL

09:27:03  6   TOLD US YOU ARE HERE TO TALK ABOUT CAUSATION, RIGHT?

09:27:06  7   A.  TALKING ABOUT THE LOADINGS, HYDRODYNAMIC LOADING THAT OCCURRED

09:27:12  8   AT BREACH SITES AS WELL AS THE RESPONSES OF THE LEVEES.

09:27:17  9          THE COURT:  WOULD YOU MOVE THAT JUST A LITTLE BUILT, SIR.

09:27:19 10   THAT OUGHT TO BE GOOD.  YOU DON'T HAVE TO GET TOO CLOSE, BUT.  IT'S

09:27:23 11   HARD TO GET THAT RIGHT DISTANCE.

09:27:25 12   BY MR. BRUNO:

09:27:26 13   Q.  CAUSATION, CORRECT?

09:27:27 14   A.  IF THAT'S HOW YOU DEFINE CAUSATION.  I JUST PREFER TO STICK WITH

09:27:32 15   MY OWN REASON OF BEING HERE.

09:27:34 16   Q.  OKAY.  AND THE OTHER EXPERTS, DR. RESIO, DR. WESTERINK,

09:27:41 17   DR. FITZGERALD, THEY ALL PROVIDED SUPPORT FOR YOUR ULTIMATE OPINION;

09:27:45 18   ISN'T THAT CORRECT?

09:27:45 19   A.  IT PROVIDED INFORMATION THAT I USED IN FORMING MY OPINION.

09:27:49 20   Q.  BUT YOU'RE THE GUY, YOU ARE THE PERSON WHO IS GOING TO SPEAK TO

09:27:55 21   THE OVERALL ISSUES RELATING TO THE EFFECT, IF ANY, OF THE MRGO, AS

09:27:59 22   YOU PUT IT, ON THE LOADINGS OF THE LPV SYSTEM; ISN'T THAT CORRECT?

09:28:03 23   A.  WELL, I AM JUST ONE PLAYER IN THIS PROCESS.  AT THE END OF THE

09:28:07 24   DAY WHAT REALLY MATTERS MOST IS HOW MUCH WATER ACCUMULATED WITHIN

09:28:10 25   THE POLDER, AND I AM NOT THE ONE WHO IS HERE TO TESTIFY ABOUT HOW WE

09:28:15 1   SIMULATED THAT PROCESS, SO...

09:28:17 2   Q.   OKAY.  BUT YOU'RE HERE TO TALK ABOUT HOW THE MRGO EITHER DIDN'T

09:28:23 3   OR DID AFFECT THOSE SYSTEMS; IS THAT ACCURATE, DO I HAVE THAT RIGHT?

09:28:27 4   A.   YEAH.  IN MY REPORT I'VE GIVEN MY EXPERT OPINION ON WHETHER OR

09:28:36 5   NOT I THOUGHT THE PRESENCE OF THE MRGO WOULD HAVE CHANGED OUTCOMES

09:28:36 6   OF BREACHING --

09:28:37 7   Q.   RIGHT.

09:28:38 8   A.   -- ALONG REACH 2 AND IN THE INDUSTRIAL CANAL.

09:28:41 9   Q.   IS THERE ANY OTHER EXPERT WHO IS GOING TO SPEAK PRECISELY TO

09:28:44 10  THAT ISSUE, THAT IS, WHETHER OR NOT THE MRGO AFFECTED THE OUTCOME?

09:28:48 11  A.   I DON'T KNOW.  YOU'LL HAVE TO WAIT AND HEAR THE OTHER EXPERTS.

09:28:51 12  Q.   OKAY.  THAT'S FAIR.  DON'T KNOW.

09:28:55 13         MR. BRUNO:  WHAT I WOULD LIKE TO DO, YOUR HONOR, AND

09:28:56 14  MR. EBERSOLE, IS TALK ABOUT THE FUNNEL FIRST.  CAN WE DO THAT?

09:28:56 15  BY MR. BRUNO:

09:29:04 16  Q.   CAN YOU CALL UP PX 83, WHICH IS SLIDE NO. 1.  AND I KNOW YOU'VE

09:29:14 17  SEEN THIS MANY, MANY TIMES BEFORE.  SO LET ME ASK YOU THE SIMPLE

09:29:18 18  QUESTION, MR. EBERSOLE.  IS THERE A FUNNEL EFFECT?

09:29:21 19  A.   BASED ON MY EXPERIENCE, IT'S THE LEVEE SYSTEM THAT FORMS THAT

09:29:28 20  PARTICULAR FUNNEL AS YOU'VE DRAWN IT IN YELLOW LINES THERE.

09:29:31 21  Q.   IS THE ANSWER YES?

09:29:33 22  A.   CAN YOU RESTATE THE QUESTION, PLEASE?

09:29:35 23  Q.   IS THERE A FUNNEL EFFECT?

09:29:38 24  A.   IT DEPENDS ON THE TRACK OF THE STORM.  IT'S MY PERSONAL OPINION

09:29:43 25  THAT DURING KATRINA THE WINDS WERE PRIMARILY BLOWING OUT OF THE

09:29:48 1  NORTHEAST, BUT HURRICANE WINDS WILL STACK WATER UP AGAINST ANY LEVEE

09:29:52 2  NO MATTER WHAT ITS ALIGNMENT.  I THINK FOR STORM TRACKS THAT TRACK

09:29:56 3  MORE SOUTHEAST TO NORTHWEST, THEN I THINK THE FUNNEL CAUSED BY THOSE

09:30:01 4  LEVEES COMES MORE INTO PLAY THAN IT DID DURING KATRINA.

09:30:05 5  Q.  FORGIVE ME, I AM A LITTLE CONFUSED.  SO IS THERE A FUNNEL EFFECT

09:30:11 6  OR IS THERE NOT A FUNNEL EFFECT?

09:30:12 7  A.  DEPENDS ON THE CHARACTERISTICS OF THE HURRICANE.

09:30:14 8  Q.  WELL, THAT'S FINE.

09:30:21 9       THE COURT:  WOULD THE QUESTION BE, IN THE EVENT OF A

09:30:27 10 HURRICANE THAT'S APPROPRIATELY JUXTAPOSED WITH THE FUNNEL SO THAT

09:30:30 11 THE MAXIMUM WINDS WOULD AFFECT -- JUXTAPOSED WITH THE GEOGRAPHY

09:30:34 12 SHOWN ON THAT MAP, ISN'T IT TRUE THAT THAT JUXTAPOSITION, IF

09:30:40 13 MAXIMUM, COULD -- JUST BECAUSE I AM ASKING DOESN'T MEAN THAT'S THE

09:30:46 14 ANSWER -- COULD CREATE A FUNNEL EFFECT THE WAY THAT IS DESIGNED?

09:30:49 15      THE WITNESS:  YEAH.  IF YOU HAD A HURRICANE THAT WAS

09:30:51 16 TRACKING FROM SOUTHEAST TO NORTHWEST AND IT WAS MOVING IN AN

09:30:55 17 ORIENTATION IN THE WAY THAT HAD THE MAXIMUM WINDS BLOWING OUT OF THE

09:31:00 18 SOUTHEAST, THEN I THINK THE LEVEES WOULD TEND TO FUNNEL THE STORM

09:31:05 19 SURGE UP IN THAT APEX SLIGHTLY.

09:31:07 20 BY MR. BRUNO:

09:31:07 21 Q.  OKAY.  YOU WERE -- HAD A PRETTY SIGNIFICANT ROLE IN THE IPET

09:31:18 22 INVESTIGATION, DID YOU NOT?

09:31:19 23 A.  CORRECT.

09:31:19 24 Q.  AND YOU AND JOANNES WESTERINK AS WELL AS HARLEY WINER WROTE, AND

09:31:26 25 YOU'LL FORGIVE ME, I AM GOING TO CALL IT AN ARTICLE, I DON'T KNOW

09:31:33 1   HOW TO CALL IT, BUT IT WAS ENTITLED "NOTE ON THE INFLUENCE OF THE

09:31:34 2   MISSISSIPPI RIVER GULF OUTLET ON HURRICANE-INDUCED STORM SURGE IN

09:31:37 3   NEW ORLEANS AND THE VICINITY."  DO YOU RECALL THAT?

09:31:39 4   A.  YES, I DO.

09:31:40 5   Q.  WHAT SHOULD I CALL THAT, AN ARTICLE?

09:31:42 6   A.  IT WAS AN APPENDIX.

09:31:44 7   Q.  FAIR ENOUGH.

09:31:45 8   A.  IN OUR FINAL REPORT.

09:31:47 9   Q.  ALL RIGHT.  IT'S AN APPENDIX.  AND IN THAT APPENDIX, WHAT YOU

09:31:51 10  ATTEMPT TO DO IS TO GO THROUGH THE HISTORY OF ALL OF THE

09:31:55 11  INVESTIGATIONS THAT THE CORPS CONDUCTED TO ASCERTAIN WHETHER OR NOT

09:31:58 12  THE MRGO HAD SOME NEGATIVE IMPACT ON HURRICANE PROTECTION; ISN'T

09:32:02 13  THAT CORRECT?

09:32:02 14  A.  YEAH.  AND I WAS FAMILIAR WITH THE WORK THAT THE STATE HAD

09:32:07 15  COMMISSIONED ONLY.  HARLEY AND JOANNES HAD KNOWLEDGE OF SOME OTHER

09:32:14 16  WORK THAT HAD BEEN DONE IN THAT AREA.

09:32:15 17  Q.  OKAY.  HERE IS THE QUESTION:  DID THE ARTICLE ATTEMPT TO

09:32:18 18  IDENTIFY ALL OF THE INVESTIGATIONS THAT THE CORPS HAD DONE TO

09:32:23 19  ASCERTAIN THE POTENTIAL IMPACT OF THE MRGO ON HURRICANE SURGE?

09:32:29 20  A.  I THINK THAT WAS THE INTENT.  IT WAS CERTAINLY -- LIKE I SAID,

09:32:36 21  THE ONLY ONE THAT I WAS AWARE OF WAS THE WORK COMMISSIONED BY THE

09:32:40 22  STATE OF LOUISIANA, AND SO I ASSUME THAT HARLEY AND JOANNES WERE

09:32:43 23  AWARE OF OTHERS THAT HAD BEEN DONE.

09:32:45 24  Q.  FAIR ENOUGH.  NOW, DID YOU, THE GROUP OF YOU, WHO WROTE THIS

09:32:51 25  ARTICLE, INVESTIGATE WHETHER THE DESIGNERS OF THE MRGO HAD EVALUATED

09:32:56  1   WHETHER OR NOT THERE WAS A POTENTIAL OF THE MRGO TO AFFECT THE

09:33:02  2   HURRICANE'S -- I'M SORRY, HURRICANE PROTECTION AND THE LIKE?

09:33:04  3   A.  I DON'T RECALL IF WE DID OR NOT.

09:33:07  4   Q.  COULD WE CALL UP PX 699.  FIRST OF ALL, MR. EBERSOLE, DO YOU

09:33:22  5   KNOW WHAT A DESIGN MEMORANDUM IS?

09:33:25  6   A.  GENERALLY.

09:33:26  7   Q.  WOULD YOU SHARE WITH THE COURT, THEN, WHAT YOUR UNDERSTANDING IS

09:33:30  8   OF A DESIGN MEMORANDUM?

09:33:31  9   A.  MY UNDERSTANDING IS THAT IT'S THE TITLE ASSIGNED TO DOCUMENTS

09:33:34  10  THAT ARE TYPICALLY PRODUCED IN OUR DISTRICTS REGARDING THE DESIGN OF

09:33:38  11  A PROJECT.

09:33:38  12  Q.  AND CAN WE AGREE THAT THIS IS THE DESIGN MEMORANDUM FOR MILE

09:33:43  13  39.01 TO MILE 6377 FOR THE MRGO?  YOU CAN SEE THAT RIGHT HERE

09:33:50  14  (INDICATING)?

09:33:51  15  A.  THAT'S THE TITLE.

09:33:54  16  Q.  ALL RIGHT.  AND CAN WE ALSO AGREE THAT MILE 39 TO MILE 63

09:33:59  17  GENERALLY ENCOMPASSES THAT PART OF THE REACH THAT WE'VE ALL CALLED

09:34:08  18  REACH 2?

09:34:09  19  A.  CAN YOU TELL ME WHAT SEGMENT IS COVERED BY THOSE MILE MARKERS?

09:34:13  20  Q.  YEAH.  ACTUALLY, THAT'S THE BEAUTY OF THIS NICE LITTLE CHART.

09:34:17  21       MR. BRUNO:  MAY I APPROACH THE WITNESS?

09:34:19  22       THE COURT:  YES, YOU MAY.

09:34:21  23       MR. BRUNO:  AND AGAIN, THE CHART I AM HANDING THE WITNESS

09:34:23  24  IS -- PLEASE HELP ME.

09:34:33  25       THE COURT:  1810.13.

09:34:33  1            MR. BRUNO:  SORRY.  I AM EMBARRASSED THAT I HAVE TO ASK

09:34:33  2   THE COURT FOR THAT INFORMATION.

09:34:33  3   BY MR. BRUNO:

09:34:33  4   Q.  YOU CAN LOOK AT THAT AND SEE IF I'VE GOT IT RIGHT.  THIS MEMO

09:34:40  5   ENCOMPASSES THE REACH 2.

09:35:02  6   A.  (WITNESS REVIEWS DOCUMENT.)  APPEARS TO.

09:35:06  7   Q.  ALL RIGHT.  CAN WE GO TO -- I HAVE AN NAD NUMBER, WILL THAT HELP

09:35:11  8   YOU, NAD --

09:35:12  9   A.  IS THERE A WAY FOR ME TO GET A COPY OF THIS DOCUMENT?  I'VE

09:35:15 10   NEVER SEEN THIS PARTICULAR DOCUMENT.

09:35:17 11   Q.  WELL, I'LL SHOW YOU, WE'RE GOING TO PUT IT ON THE SCREEN?

09:35:20 12   A.  OKAY.

09:35:21 13   Q.  113.  ALL RIGHT.  AND HERE WE HAVE THE FIRST PAGE, AND IT TALKS

09:35:39 14   ABOUT THE PROJECT AUTHORIZATION.  LET'S GO DOWN, PLEASE.  AND WE

09:35:49 15   HAVE THE PURPOSE.  CAN WE HIGHLIGHT THE PURPOSE.

09:35:53 16            AND YOU WOULD AGREE THAT THE PURPOSE OF THE MEMO IS TO

09:35:57 17   PRESENT PERTINENT INFORMATION AND DATA COMPILED AND UTILIZED IN THE

09:36:02 18   DESIGN OF THE CHANNEL FOR THAT PORTION OF THE SEAWAY CANAL EXTENDING

09:36:07 19   FROM THE MILES THAT WE'VE ALREADY TALKED ABOUT, RIGHT?

09:36:09 20   A.  OKAY.

09:36:11 21   Q.  AND THE NEXT PAGE.  IF WE HIGHLIGHT -- I'M SORRY.  HERE WE HAVE

09:36:31 22   A SECTION CALLED TIDAL FLUCTUATIONS.  AND IT SAYS:  "THE GAUGE

09:36:38 23   RECORDS ARE AVAILABLE ALONG THE ROUTE," AND WE CAN READ ON.  IT

09:36:44 24   TALKS ABOUT THE HIGHS AND LOWS OF THE PAST HURRICANES, AND IT TALKS

09:36:47 25   ABOUT THE RECORDS THAT THEY EVALUATED.

09:36:49  1          GO TO THE NEXT PAGE, PLEASE.  AND THEN THE PARAGRAPH

09:36:55  2   STARTING WITH INFLUENCE.  SO CLEARLY, THE DESIGNERS LOOKED INTO THE

09:37:05  3   INFLUENCE OF THE PROPOSED CHANNEL ON THE WATER SURFACE ELEVATION OF

09:37:09  4   THE EXISTING LAKES AND STREAMS; THAT'S WHAT IT SAYS THERE, RIGHT?

09:37:13  5   A.  I DON'T KNOW.  CAN I READ IT, PLEASE?

09:37:16  6   Q.  OH, SURE, I'M SORRY.

09:37:18  7   A.  (WITNESS READS DOCUMENT.)  THIS IS TALKING ABOUT FLORIDA?

09:37:33  8   PENSACOLA, FLORIDA?  I AM NOT SURE WHAT THAT HAS TO DO WITH THIS

09:37:41  9   REACH.

09:37:44 10          THE COURT:  WELL, LAKE BORGNE IS MENTIONED THERE.

09:37:44 11   BY MR. BRUNO:

09:37:44 12   Q.  I DIDN'T WRITE IT SO...

09:37:49 13          THE COURT:  WELL, WHY DON'T WE FOCUS ON LAKE BORGNE, THEN.

09:37:49 14   BY MR. BRUNO:

09:37:49 15   Q.  LET'S SEE HERE.  "LAKE BORGNE WITH ITS LARGE OPENINGS INTO THE

09:37:53 16   MISSISSIPPI SOUND AND THE GULF, CONTROLS THE ELEVATION IN ALL OF THE

09:37:57 17   STREAMS INSIDE OF BAYOU LA LOUTRE CROSSING, AND THE SMALL ADDITIONAL

09:38:03 18   AREA OF THE PROJECT CHANNEL WILL NOT HAVE ANY MATERIAL INFLUENCE ON

09:38:08 19   THE ELEVATIONS PRODUCED BY ORDINARY TIDES, INCLUDING THOSE FROM

09:38:13 20   LESSER STORMS."  SO THAT'S -- FIRST OF ALL, YOU AGREE WE'RE TALKING

09:38:18 21   ABOUT LAKE BORGNE?

09:38:24 22          THE COURT:  THE EFFECT OF LAKE BORGNE ON THE --

09:38:29 23          MR. BRUNO:  THE TIDES.

09:38:30 24          THE WITNESS:  I THINK WE'RE TALKING ABOUT LOW-AMPLITUDE

09:38:38 25   EVENTS HERE, TIDES, THINGS THAT WOULD BE CHANGING THE WATER SURFACE

09:38:38 1    ELEVATION, LIKE SMALL AMOUNTS, A FOOT.  I DON'T THINK THEY'RE

09:38:39 2    TALKING ABOUT MAJOR STORMS HERE.

09:38:42 3    BY MR. BRUNO:

09:38:43 4    Q.  I DIDN'T ASK THAT, BUT THAT'S OKAY.

09:38:45 5          ANYWAY, SO AS AN EXPERT IN THE FIELD OF HYDROLOGY, CAN YOU

09:38:50 6    TELL THE COURT, THE TIDES IN THE GULF, DO THEY GO UP AND DOWN?

09:38:54 7    A.  THIS LAST SENTENCE SAYS:  "FOR MAJOR STORMS AND HURRICANES, WHEN

09:38:57 8    TIDES ROLL ACROSS THE MARSH MANY FEET DEEP, AS WELL AS THROUGH THE

09:39:01 9    OPEN WATER CONNECTIONS, THE EFFECT OF THE NEW CHANNEL WILL BE OF NO

09:39:05 10   CONSEQUENCE."

09:39:06 11   Q.  FAIR ENOUGH.

09:39:07 12   A.  WHAT'S THE NEW CHANNEL WE'RE TALKING ABOUT HERE?

09:39:10 13   Q.  WELL, I DON'T HAVE A QUESTION ON THE TABLE YET.  I'D LIKE TO ASK

09:39:13 14   YOU ABOUT THAT.

09:39:13 15   A.  I AM JUST TRYING TO UNDERSTAND THE PASSAGE YOU PUT UP BEFORE ME.

09:39:18 16   YOU'RE ASKING ME TO COMMENT, I BELIEVE, ON IT --

09:39:18 17         THE COURT:  WELL, FIRST, THE QUESTION WAS, ARE THERE

09:39:20 18   TIDES, YES, THERE ARE TIDES.  I KNOW THERE ARE TIDES, THAT'S THE

09:39:22 19   QUESTION, LET'S MOVE ON.  THERE ARE TIDES.

09:39:25 20   BY MR. BRUNO:

09:39:25 21   Q.  THANK YOU.

09:39:25 22         AND THE QUESTION I WANTED TO ASK YOU, AS AN EXPERT IN YOUR

09:39:30 23   FIELD, THE MOVEMENT OF THE TIDES CAUSES THE WATER TO MOVE UP AND

09:39:32 24   DOWN THE MRGO, RIGHT?

09:39:33 25   A.  CORRECT.

————— FINAL DAILY COPY —————

09:39:34 1    Q.  SO WHAT MAKES THE WATER MOVE IN THE MRGO IS THE MOVING TIDES?

09:39:39 2    A.  CORRECT.

09:39:39 3    Q.  THAT CAUSES FLOW.

09:39:41 4    A.  CORRECT.

09:39:41 5    Q.  THANK YOU.

09:39:43 6          NOW, LET'S TALK ABOUT THE LAST SENTENCE.  THE AUTHOR

09:39:49 7    WROTE:  "FOR MAJOR STORMS" -- THAT'S THEIR WORDS -- "AND HURRICANES,

09:39:55 8    WHEN THE TIDES ROLL ACROSS THE MARSH MANY FEET DEEP, AS WELL AS

09:39:59 9    THROUGH THE OPEN-WATER CONNECTIONS, THE EFFECT OF THE NEW CHANNEL

09:40:03 10   WILL BE OF NO CONSEQUENCE."  SO...

09:40:04 11         THE COURT:  THE NEW CHANNEL THEY'RE TALKING ABOUT THERE IS

09:40:07 12   THE MRGO?

09:40:07 13         MR. BRUNO:  THE MRGO.

09:40:09 14         THE WITNESS:  I WOULD CONCUR WITH THAT SENTENCE.  THAT'S

09:40:11 15   CONSISTENT WITH OUR FINDINGS, AS ALL OF THE TESTIMONY HAS POINTED

09:40:14 16   OUT SO FAR.

09:40:15 17   BY MR. BRUNO:

09:40:16 18   Q.  FAIR ENOUGH.  ALL I WANT TO MAKE SURE THAT THIS RECORD

09:40:19 19   DEMONSTRATES IS THAT YOU AGREE THAT THE DESIGNERS OF THE MRGO DID AN

09:40:25 20   ENGINEERING EVALUATION OF THE POTENTIAL IMPACT OF THE MRGO ON STORM

09:40:29 21   SURGE AND CAME TO THE CONCLUSION THAT THERE WOULD BE NO CONSEQUENCE;

09:40:36 22   ISN'T THAT TRUE?

09:40:37 23   A.  YEAH, I THINK THEY WERE TALKING ABOUT NO CONSEQUENCE PROBABLY,

09:40:40 24   MOST LIKELY, IN TERMS OF EFFECT ON SURGE LEVELS, PEAK SURGE LEVELS.

09:40:45 25   Q.  ALL RIGHT.  FAIR ENOUGH.

09:40:46  1          NOW, LET'S GO TO PARAGRAPH 11.  THEY ALSO STUDIED

09:40:54  2   SALINITY.  CORRECT?

09:40:55  3   A.  CORRECT.

09:40:56  4   Q.  AND --

09:41:00  5          THE COURT:  GIVE HIM A CHANCE TO READ IT.

09:41:02  6          MR. BRUNO:  YES, JUDGE.  YOU READ IT, READ THE ENTIRE

09:41:04  7   PARAGRAPH AND LET ME KNOW WHEN YOU'RE DONE SO I WON'T INTERRUPT YOU.

09:41:13  8          THE WITNESS:  OKAY.  (WITNESS READS DOCUMENT.)  OKAY.

09:41:51  9   BY MR. BRUNO:

09:41:51 10   Q.  CAN WE GO TO THE LAST SENTENCE.  CAN WE JUST HAVE THE LAST

09:41:53 11   SENTENCE.  "IF THE CHANNEL IS SEPARATED BY SPOIL FROM THE

09:41:59 12   SURROUNDING AREA EXCEPT FOR A FEW OPENINGS, THE SALINITIES IN THE

09:42:05 13   AREA INLAND FROM SHELL BEACH TO THE WEST OF THE CHANNEL WILL TEND TO

09:42:09 14   BE FRESHER, AND LAKE BORGNE SHOULD REMAIN ESSENTIALLY UNCHANGED."

09:42:12 15          SO, CAN WE CONCLUDE THAT THE DESIGNERS OF THE MRGO, FIRST

09:42:14 16   OF ALL, WERE AWARE OF, I AM GOING TO CALL IT GENERALLY THE ISSUE OF

09:42:19 17   SALINITY?

09:42:21 18   A.  I WOULD AGREE.

09:42:22 19   Q.  OKAY.  AND WE ALSO CAN AGREE THAT THEY STUDIED THE ISSUE; ISN'T

09:42:27 20   THAT TRUE?

09:42:27 21   A.  APPEARS TO BE SO.

09:42:29 22   Q.  AND THEY CONCLUDED THAT IF WE KEEP THE SHORES INTACT, IF WE'RE

09:42:34 23   ABLE TO KEEP THE SHORES INTACT, THEN THE SALINITY WON'T BE A PROBLEM

09:42:39 24   TO THE SURROUNDING AREA, RIGHT, THAT'S WHAT THEY CONCLUDE THERE?

09:42:45 25   A.  WHAT DO YOU MEAN BY A PROBLEM, THE SALINITIES BEING A PROBLEM?

09:43:04 1    Q.  WELL, LET'S GO UP A LITTLE BIT, THEN.  IT SAYS:  "UNDER EXISTING

09:43:09 2    CONDITIONS, THE SALINITY IN THE AREA TRAVERSED BY THE CHANNEL

09:43:14 3    DECREASES PROGRESSIVELY FROM THE CHANDELEUR SOUND TOWARD NEW

09:43:18 4    ORLEANS."  IT SAYS:  "THE SALINITIES ALONG LAKE BORGNE SEGMENT BEING

09:43:22 5    ONE-FOURTH TO ONE-THIRD OF THOSE IN THE SOUND."

09:43:25 6          THAT'S BEFORE WE BUILD THE CHANNEL, WE KNOW WE HAVE LESS

09:43:28 7    SALT IN LAKE BORGNE THAN WE DO IN THE GULF; THAT'S WHAT THEY'RE

09:43:32 8    SAYING, CORRECT?

09:43:33 9    A.  YES.

09:43:33 10   Q.  NEXT SENTENCE.  NOW, WE'RE SAYING, WITH THE PROJECT IN PLACE,

09:43:39 11   SALINITIES IN THE CHANNEL WILL TEND TO BE HIGHER TOWARD THE INNER

09:43:44 12   END, PARTICULARLY SO IF THE CHANNEL IS EFFECTIVELY SEPARATED FROM

09:43:48 13   THE SURROUNDING AREAS BY SPOIL DIKES.  SO THAT IF WE SUCCEED IN

09:43:52 14   KEEPING THE WATER FROM GOING OVER THE SPOIL DIKE, THE SALINITIES

09:43:58 15   WILL INCREASE, RIGHT?

09:44:00 16   A.  YEAH, PROVIDED THERE WAS NO OTHER CHANNELS THROUGH WHICH THE

09:44:04 17   SALINITY CAN MOVE INTO THE ADJOINING WETLANDS.  THIS AREA, TO ME,

09:44:09 18   LOOKS LIKE IT HAS PLENTY OF CHANNELS ON THE CHARTS THAT YOU'RE

09:44:12 19   SHOWING.

09:44:12 20   Q.  AND THEN IT SAID:  "THE EXTENT TO WHICH THESE HIGHER SALINITIES

09:44:15 21   WILL BE TRANSMITTED."  DO YOU KNOW WHAT TRANSMITTED TO THE

09:44:18 22   SURROUNDING AREA MEANS?

09:44:20 23   A.  YES.

09:44:21 24   Q.  WHAT DOES IT MEAN?

09:44:24 25   A.  SALINITY EFFECTS PROPAGATED, THROUGH CHANNELS MOST LIKELY --

09:44:27  1           THE COURT:  LET HIM FINISH.

09:44:29  2           THE WITNESS:  IT WOULD BE SALINITY EFFECTS PROPAGATED

09:44:31  3   THROUGH CHANNELS INTO THE SURROUNDING AREA.

09:44:38  4   BY MR. BRUNO:

09:44:38  5   Q.  RIGHT.  AND IT SAYS:  IT WILL DEPEND -- JUST LIKE YOU SAID -- ON

09:44:38  6   THE NUMBER, THE SIZE, THE LOCATION OF OPENINGS IN THE SPOIL, THE

09:44:42  7   NAVIGATION, DRAINAGE OR OTHER PURPOSE, RIGHT?

09:44:46  8   A.  IT WOULD TEND TO FOLLOW THE DEEPER CHANNELS, THAT'S HOW SALINITY

09:44:51  9   TYPICALLY PROPAGATES.

09:44:52 10   Q.  AND SO THE ENGINEERS ARE THINKING TO THEMSELVES, WELL, NORMALLY

09:44:54 11   THE RAINFALL OVER THE IMMEDIATE AREA AND GENERALLY OVER THE

09:44:59 12   PONTCHARTRAIN BASIN TENDS TO MAKE THE WATER CONDITIONS FRESHER BY

09:45:02 13   OFFSETTING THE SALINITY INTRUSION EFFECTS.  SO THEY EXPECTED THAT

09:45:06 14   THE RAINWATER WOULD RESOLVE THE SALINITY ISSUES, RIGHT?

09:45:10 15   A.  I DON'T KNOW.  THAT SOUNDS A LITTLE UNREALISTIC TO ME.  YOU CAN

09:45:17 16   GET A LOT OF SALINITY PROPAGATED IN A CHANNEL, IN A DEEP CHANNEL.

09:45:20 17   Q.  WELL, I AM CONFUSED.  IS THAT WHAT THEY SAID OR ARE YOU NOW

09:45:24 18   GIVING ME YOUR OPINION?

09:45:25 19   A.  I'M JUST GIVING YOU MY OPINION.

09:45:26 20   Q.  ALL I WANT YOU TO DO FOR ME AT THE MOMENT, I'LL LET YOU GIVE

09:45:29 21   YOUR OPINION, BUT THEIR OPINION WAS THAT THE RAIN WOULD FRESHEN UP

09:45:32 22   THE WATER, RIGHT?

09:45:33 23   A.  YEAH.  PROBABLY WOULD TAKE ISSUE MAYBE WITH THEIR WORD

09:45:37 24   OFFSETTING.

09:45:38 25   Q.  WELL, WE'RE NOW TALKING ABOUT A DIFFERENCE OF ENGINEERING

09:45:41  1   OPINION, ARE WE NOT?

09:45:43  2   A.   FAIR.

09:45:43  3   Q.   SO THEY HAD ONE ENGINEERING OPINION AND YOU HAVE ANOTHER

09:45:46  4   ENGINEERING OPINION, CORRECT?

09:45:49  5   A.   CORRECT.

09:45:50  6   Q.   THANK YOU.

09:45:50  7            AND THEN FINALLY, TO GO BACK TO WHERE WE STARTED, IF THE

09:45:54  8   CHANNEL IS SEPARATED BY SPOIL, EXCEPT FOR A FEW OPENINGS, THE

09:46:01  9   SALINITY IN THE AREA INLAND FROM SHELL BEACH TO THE WEST WILL TEND

09:46:05 10   TO BE FRESHER.

09:46:06 11            NOW, ARE THEY SAYING THERE, IF WE SUCCEED IN HAVING A GOOD

09:46:10 12   BARRIER ALONG THE SHORELINE, WE'LL BE ABLE TO CONTROL ANY SALINITY

09:46:16 13   PROBLEM, IS THAT WHAT THEY'RE SAYING?

09:46:18 14   A.   YEAH.   I AM NOT SURE WHAT THEY MEAN AREA INLAND FROM SHELL BEACH

09:46:21 15   TO THE WEST OF THE CHANNEL.   ARE THEY TALKING ABOUT THE AREA OVER

09:46:29 16   TOWARDS CAERNARVON?

09:46:29 17   Q.   WELL, I WOULD SAY TO YOU THAT SHELL BEACH TO THE WEST WOULD BE

09:46:32 18   FROM SHELL BEACH UP THE CHANNEL UP INTO THE IHNC.

09:46:35 19   A.   I DON'T KNOW IF THAT'S WHAT THEY MEAN.

09:46:36 20   Q.   FAIR ENOUGH, WE DON'T KNOW.   THAT'S GOOD.   BUT IT SAYS WHAT IT

09:46:39 21   SAYS.

09:46:40 22            ALL RIGHT.   LET'S GO TO THE NEXT SUBJECT.   NOW WE ALSO

09:46:42 23   HAVE AN INDICATION IN PARAGRAPH 12 THAT THE BEACH EROSION BOARD

09:46:48 24   PARTICIPATED IN STUDIES AT THE TIME OF THE DESIGN OF THE MRGO.

09:46:54 25   FIRST, READ THE PARAGRAPH.   I'M SORRY.   READ THE PARAGRAPH FIRST.

09:47:00 1    A.  (WITNESS READS DOCUMENT.)

09:47:17 2    Q.  AND LET ME KNOW WHEN YOU'RE DONE BECAUSE I AM GOING TO SWITCH

09:47:27 3    THE PAGE SO YOU CAN HAVE A FULL READING.

09:47:28 4    A.  (WITNESS CONTINUES TO READ DOCUMENT.)  CAN YOU MOVE ONTO THE

09:47:33 5    NEXT PAGE?

09:47:34 6    Q.  YES, THANK YOU.  NEXT PAGE, PLEASE, PAGE FOUR.  HIGHLIGHT THE

09:47:39 7    TOP REMAINDER OF THE PARAGRAPH.  THAT'S CLEVER.  SO NOW WE HAVE IT

09:47:50 8    ALTOGETHER.

09:48:07 9    A.  (WITNESS CONTINUES TO READ DOCUMENT.)  OKAY.

09:48:07 10   Q.  ALL RIGHT.  NOW, WOULD YOU TELL THE COURT, IF YOU KNOW, WHAT IS

09:48:10 11   THE BEACH EROSION BOARD?

09:48:12 12   A.  IT WAS A PREDECESSOR TO THE COASTAL ENGINEERING RESEARCH CENTER.

09:48:15 13   Q.  AND --

09:48:18 14   A.  WELL, CORPS OF ENGINEERS ENTITY.

09:48:19 15   Q.  RIGHT.  LOOKS TO ME LIKE THEY DID AN EVALUATION OF THE POTENTIAL

09:48:23 16   INFLUENCE OF THE MRGO ON POSSIBLE HURRICANE WIND WAVES PROPAGATED UP

09:48:30 17   THE CHANNEL, RIGHT?

09:48:32 18   A.  CORRECT.

09:48:33 19   Q.  NOW, THE WIND WAVES THEY'RE TALKING ABOUT ARE THE WAVES THAT ARE

09:48:36 20   IN THE CHANNEL MOVING UP THE CHANNEL, NOT WAVES THAT ARE MOVING

09:48:40 21   ACROSS THE CHANNEL FROM LAKE BORGNE TOWARD THE LPV, RIGHT?

09:48:45 22   A.  I'M SORRY?

09:48:49 23   Q.  WHEN THEY DESCRIBE WIND WAVES PROPAGATED UP THE CHANNEL, THEY'RE

09:48:56 24   TALKING ABOUT WAVES THAT MOVE ALONG THE LENGTH OF THE CHANNEL INTO

09:49:02 25   OR TOWARD THE IHNC, RIGHT?

09:49:05 1  A.  YEAH.  IT WOULD SEEM A LITTLE IMPLAUSIBLE TO ME THAT A WIND WAVE

09:49:10 2  COULD TOTALLY FOLLOW A CHANNEL THE WHOLE WAY UP OVER TENS OF MILES.

09:49:14 3  YOU KNOW, WIND WAVES WOULD TEND TO BE REFRACTED ONTO THE BANKS OF

09:49:19 4  THE CHANNELS.  THAT'S A LITTLE INCONCEIVABLE TO ME THAT A WIND WAVE

09:49:24 5  OUT IN CHANDELEUR SOUND IS JUST GOING TO FOLLOW THE CHANNEL THE

09:49:26 6  WHOLE WAY UP ALONG ITS IRREGULAR PATH.  THAT DOESN'T MAKE ANY SENSE

09:49:30 7  TO ME.

09:49:31 8  Q.  AND FAIR ENOUGH.  BUT THAT'S YOUR ENGINEERING OPINION, CORRECT?

09:49:34 9  A.  CORRECT.

09:49:36 10  Q.  AND YOUR ENGINEERING OPINION DIFFERS FROM THE ENGINEERING

09:49:37 11  OPINION THAT WE READ HERE IN PARAGRAPH 12, CORRECT?

09:49:41 12  A.  YEAH, IT SEEMS TO BE DIFFERENT.

09:49:43 13  Q.  BUT WHATEVER OR HOW GOOD THE ENGINEERING OPINION WAS, THE

09:49:48 14  CONCLUSION THAT THEY REACHED WAS THAT THE WAVES THAT ARRIVED AT NEW

09:49:56 15  ORLEANS, RIGHT, SO THAT MUST MEAN THE IHNC, THOSE WOULD BE LESS THAN

09:50:02 16  THE HURRICANE WIND WAVES THAT WOULD BE GENERATED WITHIN THE CHANNEL,

09:50:05 17  CORRECT?

09:50:06 18  A.  I MEAN, TO ME, THAT'S SILLY THAT YOU COULD THINK YOU COULD MAKE

09:50:09 19  AN ESTIMATE OF A WAVE CONDITION IN THE INDUSTRIAL CANAL BY

09:50:13 20  PROPAGATING A WAVE FROM CHANDELEUR SOUND ALL THE WAY UP A CHANNEL

09:50:18 21  THROUGH ALL OF ITS IRREGULAR ALIGNMENTS AND PREDICT THE WAVE HEIGHT

09:50:23 22  IN THE INDUSTRIAL CANAL WITH ANY CONFIDENCE AT ALL.

09:50:29 23  Q.  ARE YOU SAYING THAT THE ENGINEERING WORK DONE BY THE CORPS IN

09:50:32 24  CONNECTION WITH THE DESIGN OF THE MRGO WAS SILLY?

09:50:34 25  A.  YEAH.  WHOEVER DID THAT ANALYSIS, I WOULD DEFINITELY DISAGREE

09:50:38 1    WITH THEIR ANALYSIS.

09:50:46 2    Q.   OKAY.   THAT'S FINE.   CAN WE AGREE THAT THE CONCLUSION THAT MAY

09:50:46 3    BE REACHED BY THE COURT HERE IS THAT THE DESIGNERS OF THE MRGO MADE

09:50:55 4    AN EVALUATION OF THE POTENTIAL IMPACT OF THE MRGO ON HURRICANE

09:50:59 5    SURGE; ISN'T THAT TRUE?

09:51:03 6    A.   BASED ON THE PREVIOUS PARAGRAPH, YES.

09:51:06 7    Q.   AND CAN THE COURT CONCLUDE THAT THE DESIGNERS OF THE MRGO

09:51:10 8    REACHED THE ENGINEERING DECISION THAT THE MRGO WOULD HAVE NO IMPACT

09:51:16 9    ON HURRICANE SURGE; ISN'T THAT TRUE?

09:51:19 10   A.   NO IMPACT ON HURRICANE SURGE.   I READ THE COMPLETE OPPOSITE IN

09:51:27 11   THE LAST PARAGRAPH, I THOUGHT.   I THOUGHT THEY WERE --

09:51:32 12   Q.   WELL, I THOUGHT THAT THE CONCLUSION WAS THAT THE WAVES WOULD BE

09:51:35 13   LESS THAN THE WAVES GENERATED THERE IN A HURRICANE --

09:51:39 14   A.   YOU SAID SURGE.

09:51:41 15   Q.   I KNOW, AND YOU'RE REFERRING TO WAVES, SO HELP ME OUT HERE.

09:51:45 16   A.   YOU HAVE ME CONFUSED HERE.

09:51:47 17   Q.   OKAY.   WELL, I WAS ASKING ABOUT SURGE AND YOU WERE TALKING ABOUT

09:51:49 18   THE LAST THING, THE LAST THING WE TALKED ABOUT WAS WAVES.   FAIR

09:51:52 19   ENOUGH.   YOU WANT TO GO BACK AND LOOK AT THE SURGE STUFF AGAIN?

09:51:57 20   A.   YEAH, MAYBE YOU CAN ASK ME YOUR QUESTION AGAIN.

09:51:59 21   Q.   PAGE 115, THE PARAGRAPH THAT TALKS ABOUT THE INFLUENCE.   IT

09:52:11 22   SAYS, FOR MAJOR STORMS AND HURRICANES WHEN TIDES ROLL, BLAH, BLAH,

09:52:17 23   BLAH, THE EFFECT OF THE CHANNEL WOULD BE OF NO CONSEQUENCE.   THEY

09:52:23 24   REACH THE CONCLUSION THAT THE MRGO WILL NOT HAVE ANY IMPACT ON

09:52:26 25   SURGE.

09:52:26 1   A.  I WOULD AGREE WITH THAT.

09:52:27 2   Q.  AND THEY ALSO REACH THE CONCLUSION THAT THERE'S NO IMPACT ON

09:52:32 3   SALT LEVELS, RIGHT?

09:52:34 4   A.  I DON'T KNOW.  I WAS A LITTLE CONFUSED ABOUT WHERE THEY MEANT BY

09:52:43 5   WEST OF SHELL BEACH.  AND YOU TALK ABOUT IMPACTS, YOU HAVE TO BE

09:52:46 6   VERY CAREFUL ABOUT WHERE YOU'RE TALKING ABOUT, WHAT LOCATION.

09:52:49 7   Q.  AND FINALLY, WITH REGARD TO THE WAVES IN THE CHANNEL, THEY'LL BE

09:52:53 8   OF NO CONSEQUENCE.  WHATEVER IMPACT THE MRGO MAY HAVE HAD, IT'S OF

09:52:56 9   NO CONSEQUENCE.

09:52:58 10  A.  YEAH, I MEAN, I QUESTION SOME OF THEIR ANALYSIS AND CONCLUSIONS

09:53:03 11  OF THAT PROCESS.

09:53:04 12  Q.  THAT'S FINE.  LET'S MOVE AHEAD IN TIME.

09:53:07 13         IN YOUR PAPER, WHAT YOU CALLED AN APPENDIX, THE GROUP --

09:53:12 14  AND I KNOW, YOU KNOW, EVERYBODY CONTRIBUTED SEPARATELY, BUT LET'S

09:53:15 15  JUST TALK ABOUT WHAT THE PAPER SAYS.  THE PAPER REPORTS THAT THERE

09:53:20 16  WERE THREE EVALUATIONS OF THE MRGO RELATIVE TO ITS POTENTIAL IMPACT

09:53:24 17  ON HURRICANE SURGE, RIGHT?

09:53:28 18  A.  I SORT OF RECALL THE STATE STUDY, THAT'S THE ONE I WAS MOST

09:53:32 19  FAMILIAR WITH.

09:53:33 20  Q.  WELL, YOU'VE BEEN IN THE COURTROOM FOR THE PAST SEVERAL DAYS AND

09:53:36 21  YOU'VE HEARD MUCH DISCUSSION ABOUT STUDY UNDERTAKING BY

09:53:42 22  BRETSCHNEIDER AND COLLINS?

09:53:43 23  A.  I DO.  I'VE HEARD THE TESTIMONY ABOUT IT.

09:53:45 24  Q.  AND THAT'S ONE OF THE STUDIES THAT YOU REFERENCE IN THIS

09:53:53 25  APPENDIX, RIGHT?

A.  I'LL TAKE YOUR WORD FOR IT, I DON'T KNOW THAT.  I WOULD HAVE TO

GO BACK TO MY IPET REPORT.

Q.  ALL RIGHT.  WELL, THAT'S FINE.  I TELL YOU WHAT.  WE'LL JUST ASK

IT THIS WAY:  DO YOU HAVE AN OPINION AS TO WHETHER OR NOT THE

BRETSCHNEIDER AND COLLINS REPORT INDICATES THAT THERE'S A FUNNEL

EFFECT OR THAT THERE IS NO FUNNEL EFFECT?

A.  FROM THE TESTIMONY I SAW THE LAST COUPLE OF DAYS, IT LOOKED TO

ME LIKE, IN THE ANALYSIS DONE BY BRETSCHNEIDER, THEY ONLY LOOKED AT

HURRICANES WITH UNREALISTICALLY SHORT DURATIONS; AND THAT FOR ANY

HURRICANES THAT HAD ANY REASONABLE DURATION, I THINK MY IMPRESSION

WAS THERE WAS NO IMPACT.  I THINK THIS PHASE LAG SEEMED TO BE

FOCUSED ON SOME VERY, VERY SHORT, FAST-MOVING OR SHORT-DURATION

SURGES THAT WOULD BE ASSOCIATED WITH VERY FAST-MOVING STORMS,

HURRICANES.

Q.  AND THAT'S FINE.

          THE NEXT STUDY DONE BY THE CORPS WAS AFTER 2000, THAT WAS

IN CONNECTION WITH THE MRGO REEVALUATION STUDY, RIGHT?

A.  I AM NOT CERTAIN.  JOANNES WESTERINK COULD PROBABLY TELL YOU

MORE, GIVE YOU MORE, A MORE INFORMED OPINION.  I KNOW HE DID SOME

WORK WITH HARLEY WINER ON THE SUBJECT.

Q.  AND THEN THERE WAS THAT STUDY BY URS THAT YOU REFERENCED A FEW

MOMENTS AGO?

A.  CORRECT.

Q.  AND THAT STUDY, WHAT DID IT CONCLUDE ABOUT THE POTENTIAL IMPACT

OF THE MRGO?

09:55:20 1   A.  I THINK THE FOCUS -- MY RECOLLECTION WAS THAT THOSE STUDIES

09:55:23 2   BASICALLY CONCLUDED THAT REACH 2 OF THE MRGO HAD NO EFFECT ON MAJOR

09:55:34 3   STORM SURGE.  IT MIGHT ON TIDES, IT MIGHT ON VERY LOW-AMPLITUDE

09:55:37 4   SURGE EVENTS, BUT FOR MAJOR STORM EVENTS, IT WOULD HAVE NO IMPACT

09:55:42 5   ALONG REACH 2.

09:55:43 6   Q.  CAN WE CONCLUDE, THEN, THAT BY THE TIME OF HURRICANE KATRINA,

09:55:49 7   THAT THE UNITED STATES ARMY CORPS OF ENGINEERS HAD CONCLUDED, BASED

09:55:53 8   UPON ITS OWN ENGINEERING EVALUATIONS, THAT THERE WAS NO FUNNEL

09:55:56 9   EFFECT CAUSED BY THE MRGO?

09:55:58 10  A.  WELL, ALL OF THE ANALYSIS AND THE IPET FOCUSED ON, AT LEAST OUR

09:56:08 11  INTEREST WAS ON KATRINA.  AND LIKE I SAID, I THINK IF YOU HAD A

09:56:11 12  DIFFERENT HURRICANE WITH SOME DIFFERENT CHARACTERISTICS THAT WAS

09:56:15 13  MOVING IN A DIFFERENT WAY THAN HURRICANE KATRINA DID, I THINK THE

09:56:19 14  FUNNEL EFFECT CAUSED BY THOSE LEVEE SYSTEMS WOULD INCREASE THE STORM

09:56:24 15  SURGE SLIGHTLY UP IN THE APEX OF THAT FUNNEL.

09:56:26 16  Q.  SO THE ANSWER IS YES AND NO?

09:56:32 17  A.  COULD YOU ASK ME THE QUESTION AGAIN, PLEASE?

09:56:33 18  Q.  WELL --

09:56:34 19  A.  I AM TRYING --

09:56:35 20       MR. BRUNO:  MAY WE READ THE QUESTION BACK.

09:56:54 21     (WHEREUPON, THE QUESTION WAS READ BACK BY THE COURT REPORTER.)

09:56:58 22       THE WITNESS:  YEAH, I WOULD SAY THE FUNNEL EFFECT IS NOT

09:57:04 23  CAUSED BY THE WATERWAY, IT'S CAUSED BY THE LEVEE SYSTEM.

09:57:12 24  BY MR. BRUNO:

09:57:12 25  Q.  OKAY.  GREAT.  FINE.  NOW, LET'S TALK ABOUT, IF YOU DON'T MIND,

09:57:12 1    LET'S TALK ABOUT NEW ORLEANS EAST.

09:57:14 2    A.  OKAY.

09:57:14 3    Q.  THIS CASE REGARDS THREE POLDERS, AS THE COURT KNOWS, NEW ORLEANS

09:57:20 4    EAST, THE LOWER NINE AND ST. BERNARD, EVEN THOUGH THE LOWER NINE AND

09:57:27 5    ST. BERNARD ARE IN ONE GIANT POLDER, RIGHT?

09:57:29 6    A.  (WITNESS NODS HEAD IN THE AFFIRMATIVE.)

09:57:30 7    Q.  YOU NEED TO SAY YES, YOU CAN'T SHAKE YOUR HEAD.

09:57:33 8    A.  YES.  THEY CERTAINLY RESPOND DIFFERENTLY, THESE POLDERS.

09:57:36 9    Q.  YES.  MAY WE HAVE PX 53.  THIS IS THE FRONT COVER.  JUDGE, THIS

09:57:52 10   IS THE POLDER FLOOD SIMULATION, THIS IS THE SOBEK, THIS IS JULY '07.

09:58:00 11   THIS WAS TO MODEL WHERE THE WATER WENT.

09:58:02 12           CAN WE HAVE PAGE 26.  ON THIS PAGE, WHAT PROFESSOR

09:58:22 13   VRIJLING ATTEMPTS TO DO, AND I WANT TO SEE IF YOU AGREE, IS TO

09:58:24 14   IDENTIFY THE SOURCES OF THE WATER THAT ENTERED THIS NEW ORLEANS EAST

09:58:26 15   POLDER.  AND SO WHAT I WANT TO LEARN HERE IS WHETHER YOU CAN AGREE

09:58:32 16   THAT PROFESSOR VRIJLING HAS APPROPRIATELY IDENTIFIED ALL OF THE

09:58:38 17   SOURCES THAT -- ALL OF THE ENTRANCE POINTS, IS A BETTER WAY TO SAY

09:58:43 18   IT, INTO THE NEW ORLEANS EAST POLDER.

09:58:45 19           TAKE YOUR TIME.  THEY'RE NUMBERED.

09:59:07 20   A.  (WITNESS REVIEWS DOCUMENT.)  OKAY.

09:59:12 21   Q.  ALL RIGHT.  SO, DO WE AGREE THAT PROFESSOR VRIJLING HAS

09:59:17 22   APPROPRIATELY IDENTIFIED ALL OF THE SOURCES OF WATER THAT ENTERED

09:59:20 23   THE POLDER DURING KATRINA?

09:59:22 24   A.  YEAH, I AM NOT QUITE SURE ON SOME OF THESE ARROWS.  1, 4, 7, 8,

09:59:29 25   WHAT'S THE LENGTH OF LEVEE THAT THOSE ARROWS REPRESENT?  I MEAN, I

09:59:35 1    CAN SEE NINE WHERE HE'S IDENTIFIED A SOURCE OVER THAT WHOLE ENTIRE

09:59:39 2    BREACH SECTION.  I AM NOT QUITE SURE WHAT THE OTHER ARROWS, WHAT

09:59:43 3    LENGTH OF LEVEE IS REPRESENTED BY SOME OF THE ARROWS.  MAYBE YOU CAN

09:59:47 4    HELP ME GO FROM TWO -- IS THAT THE CSX RAIL LINE?

09:59:52 5    Q.  YES.  IN FACT, IF YOU'LL ALLOW ME.  YOU CAN SEE THAT THAT'S THE

09:59:56 6    RAILROAD (INDICATING).  RIGHT, WE AGREE?

09:59:58 7    A.  I THINK THAT IS THE RAIL LINE.  IT'S A SMALL BREACH AROUND THE

10:00:02 8    TRANSITION SECTION IF I REMEMBER.

10:00:03 9    Q.  EXACTLY.

10:00:04 10   A.  CSX.

10:00:05 11   Q.  SO, ONE, THAT'S WHERE THAT CONCRETE GATE -- I'M SORRY, THE GATE

10:00:12 12   IS NOT CONCRETE, THERE IS A CONCRETE WALL AND THERE'S A METAL GATE

10:00:15 13   THAT SLIDES; ISN'T THAT RIGHT?

10:00:16 14   A.  I AM NOT SO FAMILIAR WITH THE DETAILS.  I REMEMBER THERE WAS

10:00:19 15   SOME BREACHING, SLIGHT BREACHING, AT THE CSX RAIL LINE.

10:00:23 16   Q.  IT WAS A SMALL OPENING, RIGHT?

10:00:30 17   A.  YEAH, I'LL TAKE YOUR WORD FOR THAT.

10:00:30 18   Q.  WELL, I'LL SHOW YOU.

10:00:30 19   A.  OKAY.

10:00:30 20   Q.  I JUST WANT TO ORIENT OURSELVES.  AND THEN NUMBER TWO IS THE

10:00:31 21   OTHER END OF THE RAILROAD, RIGHT?

10:00:34 22   A.  NO. 1?

10:00:35 23   Q.  NUMBER TWO, SEE, TWO (INDICATING)?

10:00:37 24   A.  OH.

10:00:39 25          THE COURT:  ONE AND TWO.

10:00:40 1          THE WITNESS:  ARE YOU SAYING ONE AND TWO OR JUST TWO?

10:00:43 2    BY MR. BRUNO:

10:00:43 3    Q.  WELL, I SAID NUMBER TWO IS THE OTHER END OF THE RAILROAD LINE.

10:00:47 4    A.  OKAY.

10:00:48 5    Q.  HERE IS ONE, THAT'S ONE END; AND TWO IS THE OTHER END.

10:00:52 6    A.  OKAY.

10:00:53 7    Q.  IS THAT REASONABLE?

10:00:54 8    A.  I'LL TRUST YOU.

10:00:55 9    Q.  OKAY.  I DIDN'T THINK THAT WAS SUCH A LEAP OF LOGIC, BUT THAT'S

10:01:00 10   ALL RIGHT.

10:01:00 11          SO NUMBER THREE IS A LITTLE BIT OF OVERTOPPING AT THE

10:01:03 12   AIRPORT.  RIGHT?

10:01:07 13   A.  I AM NOT SURE.  I HAVEN'T LOOKED AT MUCH DETAIL OTHER THAN ALONG

10:01:15 14   THE SOUTHERN MOST SIDE OF THIS POLDER.

10:01:20 15   Q.  WE'LL GET TO THE SOUTHERN SIDE.  LET'S GO TO THE NEXT PAGE OF

10:01:23 16   THE REPORT.

10:01:26 17          MR. BRUNO:  AND, JUDGE, THIS IS PAGE 27 OF THE SAME PX

10:01:29 18   NUMBER.

10:01:29 19          THE COURT:  OKAY.

10:01:30 20   BY MR. BRUNO:

10:01:31 21   Q.  AND WHAT WE CAN SEE HERE, MR. EBERSOLE, IS WE HAVE DETAILED THE

10:01:36 22   ELEVATION HEIGHT, WE HAVE THE WIDTH OF EACH OF THOSE BREACHES.  DO

10:01:41 23   YOU SEE THAT?

10:01:44 24   A.  (WITNESS NODS HEAD IN THE AFFIRMATIVE.)

10:01:44 25   Q.  THIS IS NOT IN YOUR SLIDE, I'M SORRY.  I'M SORRY, JANET, THIS IS

10:01:48  1    THE NEXT PAGE OF THAT EXHIBIT.

10:01:51  2              THE COURT:  IT'S IN THE --

10:01:54  3              MR. BRUNO:  IT'S IN THE '07 --

10:01:56  4    BY MR. BRUNO:

10:01:57  5    Q.  BUT NOT TO SPEND TOO MUCH TIME ON THIS.  I JUST WANTED TO SEE

10:02:00  6    IF, NOW THAT YOU'VE SEEN THIS, YOU CAN AGREE WITH ME THAT THAT FIRST

10:02:02  7    MAP SHOWS GENERALLY WHERE ALL OF THE BREACHES ARE.

10:02:05  8    A.  YEAH.  LIKE I SAID, I HAVEN'T LOOKED SO MUCH AT THE NEW ORLEANS

10:02:08  9    EAST POLDER.  I'VE LOOKED A LITTLE BIT ABOUT TO THE WATER LEVELS AND

10:02:15 10    SOME OF THE BORINGS ALONG THE BREACH SITES, BUT I HAVE NOT LOOKED IN

10:02:25 11    DETAIL AT THE FLOODING OF THIS PARTICULAR POLDER.

10:02:25 12    Q.  CAN WE AGREE THAT THE BACK LEVEE EAST OF MICHOUD WE HAD 112 FEET

10:02:29 13    PLUS 34, ABOUT A 150-SOME ODD FEET OF OVERTOPPING?

10:02:35 14    A.  IS THIS BREACHING OR ARE YOU TALKING ABOUT AREAS THAT WERE

10:02:38 15    ACTUALLY OVERTOPPED?

10:02:40 16    Q.  WELL, IT'S BREACHING BECAUSE THE SILL ELEVATION HAS BEEN

10:02:44 17    REDUCED.

10:02:44 18    A.  OKAY.  SO THIS TABLE IS JUST BREACHES?

10:02:48 19    Q.  YES.  JUST BREACHING.  LET'S DEFINE THAT FOR THE COURT, IF YOU

10:02:51 20    DON'T MIND.  WHAT IS SILL HEIGHT?

10:02:53 21    A.  I BELIEVE THE WAY IT'S USED HERE IS THE ELEVATION TO WHICH A

10:03:00 22    BREACH WOULD LOWER, IT'S MY UNDERSTANDING HOW IT'S BEING USED.

10:03:06 23    Q.  ALL RIGHT.  SO WE HAVE REALLY TWO MAJOR BREACHES, WE HAVE SOME

10:03:11 24    BREACHES TO THE EAST OF MICHOUD AND WE HAVE SOME BREACHES TO THE

10:03:21 25    WEST IN REACH 1, RIGHT?

10:03:21  1          LET'S GO BACK TO THE PREVIOUS SLIDE SO WE CAN ORIENT WHERE

10:03:21  2   WE ARE.  THIS IS IN REACH -- 7 AND 8, THAT'S IN REACH 1, RIGHT?

10:03:32  3   A.  OKAY.

10:03:33  4   Q.  AND THEN OVER HERE, 5, 6 IS WHERE WE HAVE SOME BREACHING AND

10:03:37  5   THAT'S WEST OF MICHOUD, RIGHT?

10:03:41  6   A.  YEAH.  ARE 7 AND 8 WHERE THAT LARGE WALL WAS LAID OVER?

10:03:45  7   Q.  YES.

10:03:45  8   A.  OKAY.

10:03:45  9   Q.  OKAY.  ALL RIGHT.  NOW, LET'S GO TO PX 104, PAGE 19.  PX 104,

10:04:18 10   PAGE 94, I'M SORRY.  I MISSPOKE.

10:04:30 11          NOW, WHAT WE HAVE HERE, PROFESSOR VRIJLING DID A

10:04:35 12   HYDROGRAPH AND THE COURT HAS HEARD A LOT ABOUT HYDROGRAPHS, AND

10:04:38 13   THERE'S AN INDICATION OF THE DIFFERENT SCENARIOS, CORRECT?

10:04:42 14   A.  CORRECT.

10:04:42 15   Q.  AND THIS IS AT THE BACK LEVEE.  SO THIS IS TO THE EAST OF

10:04:49 16   MICHOUD, RIGHT?

10:04:53 17   A.  I'LL TAKE YOUR WORD FOR THAT.  I AM NOT SURE.  BUT IF YOU SAY IT

10:05:00 18   IS, I'LL GO WITH YOU.

10:05:02 19   Q.  LET'S GO TO PAGE 91.  I DON'T WANT YOU TAKING MY WORD FOR

10:05:14 20   ANYTHING.  IT MAY TAKE A LITTLE LONGER AND I APOLOGIZE, YOUR HONOR.

10:05:18 21          THE COURT:  THAT'S OKAY.

10:05:20 22   BY MR. BRUNO:

10:05:20 23   Q.  SO HERE WE HAVE THE MAP THAT SHOWS US WHERE THESE HYDROGRAPHS

10:05:24 24   ARE TAKEN, AND HERE IS, SURE ENOUGH, THE BACK LEVEE, AND IT IS, IN

10:05:29 25   FACT, TO THE EAST OF MICHOUD, RIGHT?

10:05:33 1   A.  IS IT?  OR TO THE WEST?

10:05:38 2   Q.  NO, ISN'T THIS THE EAST (INDICATING)?

10:05:41 3   A.  NO.  MICHOUD IS ABOUT MIDWAY OUT ON I THOUGHT --

10:05:46 4   Q.  HERE IS MICHOUD (INDICATING).

10:05:48 5   A.  OKAY.  I'M THINKING PUMP STATION 15 IN MY MIND.  GOT YOU.

10:05:53 6   SORRY.

10:05:53 7   Q.  ARE WE ORIENTED?  THIS IS TO THE EAST OF THE PUMP STATION EVEN?

10:06:00 8   A.  YEAH, IS IT?  IT'S HARD FOR ME TO TELL FROM THIS MAP.  BUT IT'S

10:06:03 9   GOT TO BE AROUND APPROXIMATELY THE PUMP STATION 15.

10:06:06 10  Q.  AND WHILE WE'RE HERE, SO I DON'T HAVE TO PULL THIS UP AGAIN, THE

10:06:09 11  POINT TO THE WEST IS THIS GIWW BULK, IS WHAT THE DUTCH REFER TO, AND

10:06:17 12  THAT'S IN REACH 1, CORRECT?

10:06:19 13  A.  IS THAT WHERE THE WALL IS LAID OVER?

10:06:22 14  Q.  YES.

10:06:22 15  A.  OKAY.

10:06:23 16  Q.  THAT'S WHERE IT IS.

10:06:24 17  A.  OKAY.

10:06:25 18  Q.  NOW, LET'S GO TO THE HYDROGRAPH, PLEASE, AND I APOLOGIZE FOR

10:06:29 19  BOUNCING AROUND, BUT LET'S NOW GO TO PAGE 94.  LET'S GO TO THE BACK

10:06:41 20  LEVEE FIRST.  WE CAN SEE HERE THAT DURING HURRICANE KATRINA THE

10:06:51 21  WATER LEVEL IS ABOUT 17, AND THEN IF WE'RE ABLE TO MITIGATE THE

10:06:56 22  MRGO'S DELETERIOUS EFFECTS, WE CAN REDUCE THE WATER LEVEL BY A FOOT

10:07:02 23  TO 16.  THAT'S WHAT THIS SHOWS AT THE VERY LEAST.

10:07:11 24  A.  YEAH, I AM NOT SURE I NECESSARILY AGREE WITH YOUR HYDROGRAPHS.

10:07:11 25  Q.  FAIR ENOUGH.  WE'RE GOING TO LOOK AT YOURS IN A MINUTE, THAT'S

10:07:13 1   WHY WE'RE DOING THIS.  I'VE GOT YOURS COMING UP NEXT.

10:07:14 2   A.  SO SCENARIO 1 IS THE BLUE?

10:07:17 3   Q.  SCENARIO 1 IS THE BLUE.

10:07:19 4   A.  SCENARIO 3 IS MRGO UNAUTHORIZED.  THAT HAS AN ELEVATION OF

10:07:23 5   SLIGHTLY ABOVE THE BASE CASE AND THEN --

10:07:24 6   Q.  RIGHT.

10:07:25 7   A.  -- YOUR NEUTRAL IS 2C IS ABOUT A FOOT LOWER THAN THE BASE CASE.

10:07:30 8   Q.  CORRECT.  JUST WANT TO ORIENT US, ABOUT A FOOT LOWER IF WE CAN

10:07:34 9   MITIGATE THAT MRGO.

10:07:36 10          LET'S GO TO THE NEXT, WHICH IS NUMBER -- PAGE 95.

10:07:39 11          THE COURT:  IF THE COURT UNDERSTANDS MITIGATING, THAT

10:07:44 12   MEANS IF THE CHANNEL EXISTED THERE WOULD BE A SURGE PROTECTION IN

10:07:46 13   EFFECT?  THAT'S HOW I'M UNDERSTANDING.

10:07:52 14          MR. BRUNO:  YES.  AND WE ARE GOING TO TIE THIS UP IN A

10:07:52 15   NICE PACKAGE, I CAN PROMISE YOU, JUDGE.  AT LEAST THIS PART OF THE

10:07:55 16   EXAMINATION I CAN GUARANTEE, THE REST --

10:07:56 17          THE COURT:  ALL RIGHT.  I LIKE YOUR CANDOR.

10:08:00 18   BY MR. BRUNO:

10:08:03 19   Q.  SOME THINGS I KNOW VERY, VERY WELL YOU'RE GOING TO FIND --

10:08:05 20   ANYWAY.

10:08:05 21          SO BULK TERMINAL, THIS IS NOW IN REACH 1, AND WE HAVE THE

10:08:10 22   BLUE LINE SCENARIO 1 WHICH IS OUR KATRINA, WATER IS ABOVE 16, AND IF

10:08:15 23   WE CAN MITIGATE IT, WE CAN DROP THE WATER BY, GOODNESS, TWO FEET,

10:08:19 24   RIGHT?

10:08:20 25   A.  AND AGAIN, IN PEAK FOR THE BASE CASE IS ABOUT, A LITTLE LESS

10:08:25 1    THAN 16 AND A HALF.  THE SCENARIO 3 IS ABOUT 16, SLIGHT DROP OF A

10:08:32 2    COUPLE OF TENTHS.

10:08:34 3    Q.  SURE.

10:08:35 4    A.  AND THEN 2C IS ABOUT TWO FEET.

10:08:39 5    Q.  TWO FEET, YOU'LL GIVE ME TWO FEET?  THANK YOU.

10:08:42 6         THEN WE DID SOME OVERTOPPING RATES.  LET'S GO TO THE NEXT

10:08:47 7    PAGE, THIS IS PAGE 101.  AND AGAIN, JUST TO ORIENT US, WE HAD SOME

10:08:57 8    OVERTOPPING GRAPHS HERE AND SOME OVERTOPPING GRAPHS AT ONE, WHICH

10:09:01 9    ARE THE SAME LOCATIONS WHERE WE HAD THE HYDROGRAPHS, RIGHT?

10:09:04 10   A.  LOOKS TO BE.

10:09:05 11   Q.  LET'S MOVE TO PAGE SIX.  LET'S DO THE TOP ONE FIRST.  THIS IS IN

10:09:27 12   REACH 1.  AGAIN, IF WE CAN MITIGATE THAT MRGO, WE CAN REDUCE THE

10:09:32 13   OVERFLOWS FROM 20 DOWN TO FIVE CUBIC FEET PER SECOND PER FOOT,

10:09:40 14   RIGHT?

10:09:40 15   A.  YEAH.  I THINK IT'S IMPORTANT TO ALSO CONSIDER THAT IN YOUR 2C,

10:09:45 16   I DON'T THINK YOU BREACHED THE LEVEE AT ALL EAST OF PUMP STATION 15,

10:09:51 17   WHICH I WOULDN'T AGREE WITH.  IF WE'RE GOING TO RAISE THE WATER

10:09:56 18   LEVELS OR NOT ALTER THE WATER LEVELS, I WOULD THINK WE'RE GOING TO

10:10:01 19   MOST LIKELY STILL GET BREACHING OUT THERE.  SO I THINK DR. BEA DID

10:10:07 20   NOT BREACH THAT LEVEE OR SECTION IN THIS SCENARIO 2C, IF I RECALL.

10:10:15 21   Q.  HE DID, BUT WE'LL GET THERE IN A MINUTE.  LET'S SEE IF YOU AGREE

10:10:15 22   WITH THIS POINT.  AND YOU ARE CORRECT, IN THESE DIAGRAMS, THE WALLS

10:10:22 23   DON'T FAIL, RIGHT?

10:10:27 24   A.  YOU KNOW, I DON'T RECALL EXACTLY WHAT WAS IN OR OUT IN TERMS OF

10:10:30 25   BREACHING IN SCENARIO 2C, YOUR SCENARIO 2C.  BUT I DO KNOW THAT

10:10:35 1   THERE WAS NO BREACHING EAST OF PUMP STATION 15, WHICH MY

10:10:44 2   UNDERSTANDING FROM LISTENING TO PROFESSOR VRIJLING'S TESTIMONY, WAS

10:10:48 3   REALLY THE SOURCE OF BREACHING THAT ULTIMATELY DETERMINED THE WATER

10:10:51 4   LEVELS IN THAT FLOODED POLDER.

10:10:54 5   Q.  LET ME REPRESENT TO YOU THAT THESE CHARTS DON'T HAVE ANY

10:10:57 6   BREACHING IN THEM, OKAY?  THERE IS NO BREACHING.

10:10:59 7   A.  OKAY.

10:11:00 8   Q.  ALL THIS IS INTENDED TO SHOW IS THAT IF WE CAN MITIGATE THAT

10:11:04 9   MRGO, WE'RE GOING TO HAVE A WHOLE LOT LESS VOLUME OF WATER AND WE'RE

10:11:10 10  GOING TO HAVE A MUCH SLOWER OVERTOPPING RATE.  OKAY?

10:11:17 11  A.  I AM NOT SURE WHY YOU'RE ASKING ME TO COMMENT ON THINGS I DON'T

10:11:21 12  BELIEVE WOULD HAVE HAPPENED.

10:11:22 13  Q.  I AM NOT ASKING YOU TO COMMENT.  I AM JUST ASKING YOU IF YOU CAN

10:11:26 14  UNDERSTAND WHAT THIS IS.

10:11:27 15  A.  YOU'RE ASKING MY OPINION ON THINGS HERE.

10:11:29 16  Q.  NO, I AM NOT.

10:11:32 17        THE COURT:  HE IS ASKING YOU, DOES THIS CHART, TO YOUR

10:11:34 18  KNOWLEDGE, REPRESENT A HYDROGRAPH OF THE VARIOUS SCENARIOS THAT

10:11:37 19  SHOWS THE LEVEL OF THE WATER, I THINK YOU ACCEPT THAT LEVEL, DONE BY

10:11:42 20  DR. VRIJLING AND HIS TEAM WITHOUT BREACHING; DOES THAT REPRESENT

10:11:46 21  THAT?

10:11:46 22        THE WITNESS:  I DON'T KNOW.  I AM JUST NOT SO FAMILIAR

10:11:48 23  WITH HIS WORK.  I HEARD WHAT I HEARD.

10:11:51 24        MR. BRUNO:  FAIR ENOUGH.

10:11:52 25        THE WITNESS:  AND I'VE LOOKED AT HIS PAPER, BUT I CAN'T

10:11:56 1    SAY THAT I'VE POURED THROUGH THE DETAILS OF HIS REPORT.

10:11:58 2    BY MR. BRUNO:

10:11:58 3    Q.  ALL RIGHT.  THAT'S FINE.

10:12:00 4         DID YOUR -- DID YOU OR THE OTHER EXPERTS ON YOUR TEAM

10:12:03 5    PREPARE SOME HYDROGRAPHS THAT THE COURT COULD LOOK AT TO COMPARE IN

10:12:07 6    THIS AREA?

10:12:08 7    A.  I THINK MR. FITZGERALD WILL BE TESTIFYING FOR US ABOUT THE

10:12:12 8    INTERIOR FLOODING THAT WE DID.

10:12:14 9    Q.  THIS IS NOT INTERIOR FLOODING, MR. EBERSOLE.  LET ME ASK THE

10:12:18 10   QUESTION ONE MORE TIME.

10:12:19 11   A.  OKAY.

10:12:19 12   Q.  PLEASE REMEMBER WHAT THIS -- WITHDRAW.

10:12:22 13        YOUR TEAM DID A SERIES OF STUDIES, WHICH COMPARED THE

10:12:30 14   KATRINA AS HAPPENED TO A SITUATION WITH A NEUTRAL MRGO, RIGHT, YOU

10:12:36 15   CALLED THEM H1, H2, H3, H4, DID YOU NOT?

10:12:40 16   A.  YEAH.  MY FOCUS WAS ON THE ST. BERNARD POLDER.  I DIDN'T REALLY

10:12:44 17   LOOK MUCH AT ST. BERNARD (SIC) AT ALL.

10:12:47 18   Q.  THAT'S FINE.

10:12:47 19   A.  I'M SORRY, NEW ORLEANS EAST.

10:12:56 20   Q.  ALL I'M ASKING IS A REAL SIMPLE QUESTION.  YOU ALL DID --

10:12:57 21        THE COURT:  SO I ASSUME HE DOESN'T HAVE MANY OPINIONS ON

10:12:57 22   THE NEW ORLEANS EAST SINCE HE DOESN'T SEEM TO KNOW MUCH ABOUT IT.

10:12:59 23        MR. BRUNO:  WELL, WE'LL SEE ABOUT THAT IN MINUTE.  WE'RE

10:13:01 24   GETTING THERE, JUDGE.  I APOLOGIZE.  I JUST GOT --

10:13:02 25        THE COURT:  AS TO THIS ASPECT.  HE MAY HAVE OPINIONS AS TO

10:13:05 1    OTHER ASPECTS.

10:13:06 2              MR. BRUNO:  RIGHT, THAT'S TRUE.

10:13:07 3    BY MR. BRUNO:

10:13:11 4    Q.  I AM JUST ASKING YOU GENERALLY WHAT THESE KINDS OF CHARTS SHOW

10:13:13 5    OR DON'T SHOW.  I AM NOT ASKING YOU TO TELL ME THAT THEY'RE

10:13:16 6    ACCURATE.

10:13:17 7              THIS SHOWS THAT THE AMOUNT OF WATER, THE VOLUME OF WATER

10:13:22 8    THAT WOULD BE INSIDE OF REACH 2, WOULD BE DIFFERENT IF WE COULD

10:13:24 9    MITIGATE THE MRGO; THAT'S ALL I'M ASKING YOU IS WHETHER THAT SHOWS

10:13:28 10   THAT?

10:13:28 11   A.  THIS CHART, IT LOOKS LIKE OVERTOPPING RATE, YOU KNOW, CUBIC FOOT

10:13:33 12   PER SECOND PER FOOT.

10:13:35 13   Q.  RIGHT.

10:13:35 14   A.  I DON'T KNOW IF THAT RELATES -- DOESN'T NECESSARILY EQUATE TO A

10:13:40 15   VOLUME OF WATER, IT'S A RATE AT WHICH WATER IS COMING OVER A SECTION

10:13:44 16   OF LEVEE.

10:13:45 17   Q.  ARE YOU FAMILIAR WITH THESE KINDS OF CHARTS?

10:13:49 18   A.  SURE.

10:13:49 19   Q.  HAVE YOU USED THESE KINDS OF CHARTS?

10:13:52 20   A.  YEAH, I MEAN, WE'VE GENERATED OUR OWN.  I'VE USED OVERTOPPING

10:13:56 21   RATED AS A FUNCTION OF TIMING IN MY OWN ANALYSIS.

10:13:59 22   Q.  SO YOU KNOW, THEREFORE, THAT THIS BLUE LINE, EVERYTHING

10:14:01 23   UNDERNEATH THE BLUE LINE, REPRESENTS A VOLUME OF WATER; YOU KNOW

10:14:04 24   THAT, DON'T YOU?

10:14:04 25   A.  THAT'S A RATE, RATE PER LENGTH OF LEVEE.  YOU HAVE TO INTEGRATE

10:14:07 1   THAT OVER A LENGTH OF LEVEE TO GET AN ACTUAL VOLUME THAT'S COMING

10:14:12 2   OVER.

10:14:12 3   Q.  WE DO HAVE A LENGTH OF LEVEE.  YOU WILL REMEMBER, THIS IS THE

10:14:15 4   AMOUNT OF WATER GOING OVER THE LEVEE.  THAT'S THE WHOLE POINT OF THE

10:14:18 5   EXERCISE.

10:14:18 6   A.  NO, I DON'T THINK SO.  I THINK THIS IS AN OVERTOPPING RATE, IT'S

10:14:22 7   A CUBIC FOOT PER SECOND PER FOOT OF LEVEE.  SO TO GET A TOTAL

10:14:26 8   VOLUME, YOU HAVE TO MULTIPLY IT BY THE LENGTH OF LEVEE.

10:14:29 9   Q.  RIGHT.

10:14:30 10  A.  OR TO GET AN OVERTOPPING RATE, AND THEN YOU HAVE TO MULTIPLY

10:14:33 11  THAT BY SOME INTERVAL OF TIME TO GET A TOTAL VOLUME.

10:14:36 12  Q.  WELL, THAT WOULD BE TRUE IF YOU WANTED TO TAKE IT AT A POINT

10:14:40 13  LARGER THAN THE POINT THAT THE DUTCH CHOSE TO DO IT AT, RIGHT?

10:14:43 14  A.  I DIDN'T UNDERSTAND YOUR QUESTION.

10:14:44 15  Q.  WELL, THE HYDROGRAPH -- THE BEAUTY OF THE DUTCH WORK IS THAT YOU

10:14:48 16  CAN PICK A POINT ALONG REACH 2 OR REACH 1, AND THE COMPUTER CAN TELL

10:14:51 17  YOU WHAT THE HEIGHT OF THE WATER IS AT THAT POINT; ISN'T THAT TRUE?

10:14:58 18  A.  THAT'S NOT WHAT'S SHOWN HERE.  SURE.

10:15:02 19  Q.  CAN I JUST GET YOU TO ANSWER THE QUESTION THAT'S ON THE TABLE

10:15:05 20  AND THEN I'LL MOVE IT ALONG.

10:15:12 21  A.  SURE.  THAT WOULD BE A HYDROGRAPH.

10:15:12 22  Q.  THAT'S WHAT A HYDROGRAPH IS.

10:15:12 23  A.  GOTCHA.

10:15:12 24  Q.  NOW, YOU CAN ALSO AT THAT SAME POINT MEASURE HOW MUCH WATER IS

10:15:15 25  GOING OVER AT THAT ONE POINT; ISN'T THAT TRUE?

10:15:20 1    A.   FROM THE MODEL RESULTS.

10:15:22 2    Q.   YES.

10:15:23 3    A.   CORRECT.

10:15:23 4    Q.   OKAY.  AND AT THAT SAME POINT YOU CAN DETERMINE THE VOLUMES AT

10:15:27 5    THAT POINT; ISN'T THAT TRUE?

10:15:33 6    A.   IF YOU START TALKING VOLUME --

10:15:33 7    Q.   AT THAT POINT.

10:15:34 8    A.   -- YOU HAVE TO CONSIDER OTHER THINGS.

10:15:38 9    Q.   YOU WERE IN THE COURTROOM WHEN PROFESSOR VRIJLING TESTIFIED,

10:15:41 10   WEREN'T YOU?

10:15:41 11   A.   CORRECT.

10:15:42 12   Q.   AND PROFESSOR VRIJLING TOLD US THAT THESE REPRESENTED A VOLUME

10:15:45 13   OF WATER THAT WENT OVER THE TOP AT THAT POINT, SO HE WAS OBVIOUSLY

10:15:49 14   TOTALLY WRONG.

10:15:51 15   A.   YOU HAVE TO BE CAREFUL WHEN YOU SAY VOLUME.  I MEAN, THIS IS AN

10:15:54 16   OVERTOPPING RATE.  YOU HAVE TO INTEGRATE TIME AND LENGTH ALONG THE

10:15:58 17   LEVEE TO GET A TOTAL VOLUME.

10:15:59 18   Q.   DR. VRIJLING WAS WRONG.

10:16:01 19   A.   I THINK MAYBE TECHNICALLY HE MISSPOKE, IF THAT'S WHAT HE SAID.

10:16:04 20   Q.   THAT'S FINE.  TECHNICALLY HE MISSPOKE, RIGHT?

10:16:07 21   A.   IF THAT'S WHAT HE SAID, WHAT YOU JUST ATTRIBUTED TO HIM, THEN --

10:16:11 22   Q.   FAIR ENOUGH.

10:16:12 23   A.   -- I WOULD DISAGREE WITH HIS STATEMENT.

10:16:14 24   Q.   LET'S LOOK AT --

10:16:16 25            THE COURT:  JUST SO I UNDERSTAND BECAUSE I AM CERTAINLY

-- FINAL DAILY COPY --

10:16:19  1    NOT UNDERSTANDING.  THIS GRAPH, TO YOUR UNDERSTANDING, LET'S JUST

10:16:27  2    TAKE SCENARIO, OH, SCENARIO 3.  WHAT DO YOU THINK IT REPRESENTS?

10:16:34  3         THE WITNESS:  SCENARIO 3, I BELIEVE THAT THIS CITRUS BACK

10:16:39  4    LEVEE MUST REPRESENT THE OVERTOPPING RATE AT SOME -- AT THAT,

10:16:45  5    WHATEVER THAT SAFE LOCATION WAS FOR THE CITRUS BACK LEVEE, AND WHAT

10:16:51  6    THIS IS SHOWING DOESN'T INCLUDE WAVE EFFECTS AT ALL, BUT IT DOES

10:16:55  7    INCLUDE THE FACT THAT THE STILL WATER LEVEL IS OBVIOUSLY ABOVE THE

10:16:59  8    HEIGHT OF THE LEVEE AND IT SHOWS, YOU KNOW, MASSIVE AMOUNT OF WATER

10:17:03  9    COMING OVER THE LEVEE AT INCREDIBLY DAMAGING LEVELS, BOTH FOR

10:17:08 10    SCENARIOS 1, SCENARIO 3 AND SCENARIO 2C.

10:17:17 11         THAT'S WHAT IT MEANS TO ME WHEN I LOOK AT THIS PARTICULAR

10:17:20 12    CHART.

10:17:21 13    BY MR. BRUNO:

10:17:21 14    Q.  OKAY.  ALL RIGHT.  LET'S LOOK AT YOURS.  LET'S CALL UP

10:17:26 15    WESTERINK -- I'M SORRY, JX 196, PAGE 192.  NOW, THIS IS A CHART

10:17:40 16    WHICH SHOWS WHERE -- IS IT DR. WESTERINK, I DON'T WANT TO BE

10:17:48 17    IMPOLITE?

10:17:48 18    A.  DOCTOR.

10:17:48 19    Q.  WHERE DR. WESTERINK DID SOME HYDROGRAPHS, RIGHT?

10:17:52 20    A.  IT APPEARS TO BE.  I AM NOT SO FAMILIAR WITH HIS REPORT, BUT...

10:17:56 21    Q.  YOU NEVER READ DR. WESTERINK'S REPORT; ISN'T THAT TRUE?

10:17:59 22    A.  I DIDN'T READ IT BEFORE THE DEPOSITION.  SINCE, I'VE LOOKED AT

10:18:02 23    IT.

10:18:02 24    Q.  OKAY.  WELL THEN, YOU'RE FAMILIAR WITH IT IF YOU LOOKED AT IT.

10:18:05 25    A.  NO, I CAN'T SAY I AM FAMILIAR WITH ALL OF THE DETAILS OF WHAT

10:18:13  1    HE'S DONE.

10:18:13  2    Q.  YOU DIDN'T STUDY DR. WESTERINK'S REPORT?

10:18:13  3    A.  NO, I CHOSE TO LOOK AT SOME OF THE MAGNITUDES OF THE SURGES THAT

10:18:15  4    HE WAS CALCULATING AT KEY POINTS ALONG REACH 2 AND IN THE INDUSTRIAL

10:18:18  5    CANAL.

10:18:19  6    Q.  ALL RIGHT.  SO AT THE TIME OF YOUR DEPOSITION, THOUGH, YOU

10:18:22  7    HADN'T EVEN SEEN IT?

10:18:23  8    A.  THAT'S CORRECT.

10:18:24  9    Q.  AT ANY RATE, HE'S GOT SOME HYDROGRAPHS FOR US TO LOOK AT, HE HAS

10:18:30 10    ONE HERE AND ONE HERE (INDICATING).  SO LET'S LOOK AT THOSE.

10:18:32 11    A.  OKAY.

10:18:33 12    Q.  LET'S GO TO JX 196, PAGE 206.

10:18:40 13            THE COURT:  WHICH ONE IS THAT, SIR, JUST FOR THE RECORD?

10:18:45 14            MR. BRUNO:  IT WILL HAVE AN INDICATION, YOUR HONOR.  IT'S

10:18:46 15    AT THE BOTTOM, YOU'LL SEE FIGURE 196 IS A TIME SERIES OF WATER

10:18:51 16    SURFACE ELEVATION DURING THE PEAK SURGE FOR SCENARIOS H1 THROUGH H6.

10:18:58 17    AND, JUDGE, THIS IS EAST OF THE CONFLUENCE OF THE GIWW AND THE IHNC.

10:19:04 18            THE COURT:  OKAY.  THANK YOU.

10:19:05 19            THE WITNESS:  ARE WE STILL TALKING ABOUT FLOODING IN NEW

10:19:08 20    ORLEANS EAST OR ST. BERNARD POLDER?  BECAUSE IN HYDROGRAPHS DURING

10:19:14 21    KATRINA, THERE WAS VERY LITTLE WATER THAT CAME OVER THE REACH 1

10:19:17 22    LEVEE INTO ST. BERNARD POLDER.  SO I AM NOT SURE WHAT WE'RE TALKING

10:19:20 23    ABOUT HERE.  ARE WE TALKING ABOUT FLOODING IN NEW ORLEANS EAST OR IN

10:19:23 24    THE ST. BERNARD WATER, COMING OVER WHICH LEVEE TOWARDS WHICH POLDER?

10:19:27 25    BY MR. BRUNO:

                          — FINAL DAILY COPY —

10:19:27 1    Q.  ARE YOU FINISHED?

10:19:29 2    A.  UH-HUH.

10:19:29 3    Q.  NEW ORLEANS EAST.  WE STARTED THIS WHOLE -- I ASKED YOU WHEN WE

10:19:32 4    BEGAN, CAN WE TALK ABOUT NEW ORLEANS EAST FIRST.  SO WE'RE JUST

10:19:35 5    TALKING ABOUT NEW ORLEANS EAST.

10:19:36 6    A.  YEAH, I WILL TELL YOU, I MEAN, I HAVEN'T LOOKED AT SO MUCH WATER

10:19:41 7    ENTRY INTO NEW ORLEANS EAST.  I'VE FOCUSED SOLELY ON THE ST. BERNARD

10:19:45 8    POLDER IN MY OWN ANALYSIS.

10:19:47 9    Q.  OKAY.  ALL RIGHT.  WELL, LET'S JUST LOOK AT THIS, THEN, FOR THE

10:19:50 10   FUN OF IT.  THIS IS JOANNES WESTERINK'S WORK, AND HE TALKS ABOUT THE

10:19:56 11   DIFFERENCES IN WATER HEIGHTS AT THIS LOCATION.  AND LET'S SEE WHAT

10:19:59 12   IT SHOWS.  WE HAVE H1.  H1 IS HURRICANE KATRINA, RIGHT?

10:20:03 13   A.  YEAH, OUR BASE CASE.

10:20:05 14   Q.  AND HE GETS A WATER LEVEL OF ABOUT 13 AND A HALF FEET?

10:20:12 15   A.  THAT'S HIS CALCULATED VALUE, YES.

10:20:16 16   Q.  AND YOUR H3 IS YOUR -- H3 IS THE MITIGATED MRGO, NEUTRAL MRGO.

10:20:25 17   A.  H --

10:20:28 18   Q.  H3.

10:20:29 19          THE COURT:  LET HIM --

10:20:33 20          THE WITNESS:  I AM TRYING TO RECALL.  OUR H3, I BELIEVE,

10:20:34 21   WAS MRGO REMOVED AND WETLANDS RETURNED TO THEIR '56, '58 TIME FRAME.

10:20:41 22          MR. BRUNO:  EXACTLY.

10:20:42 23          THE COURT:  OKAY.

10:20:43 24          THE WITNESS:  I BELIEVE, SO...

10:20:49 25   BY MR. BRUNO:

─────── FINAL DAILY COPY ───────

2329

10:20:49  1    Q.   SO DR. WESTERINK FOUND THAT THE WATER REDUCTION WITH THE

10:20:49  2    MITIGATED MRGO --

10:20:49  3    A.   CAN YOU POINT OUT WHICH CURVE IS H3?  I HAVE A HARD TIME LOOKING

10:20:53  4    AT THIS COLOR SCHEME MYSELF.

10:20:56  5             THE COURT:  I AGREE.

10:20:57  6    BY MR. BRUNO:

10:20:57  7    Q.   AM I RIGHT (INDICATING)?  LET'S, FIRST OF ALL, GO UP THERE.

10:21:00  8    IT'S A BLUE DASHED DOTTED LINE.  THANK YOU.  IS THAT IT?

10:21:06  9             THE COURT:  THAT HELPS.

10:21:06 10             THE WITNESS:  YEAH, I WOULD THINK THE H5 AND H6 WOULD BE

10:21:09 11    THE TWO CURVES JUST UNDER THE BASE CASE.

10:21:12 12             MR. BRUNO:  YOU'RE RIGHT.

10:21:13 13             THE WITNESS:  IT WOULD BE ONE OF THOSE LOWER TWO CURVES.

10:21:17 14             MR. BRUNO:  RIGHT.

10:21:20 15    BY MR. BRUNO:

10:21:20 16    Q.   THREE FEET?

10:21:21 17    A.   H3, SO THAT BLUISH CURVE OF THE LOWER GROUP OF TWO THERE?  OKAY.

10:21:28 18    GOTCHA.

10:21:32 19    Q.   THREE FEET DIFFERENCE?

10:21:34 20             THE COURT:  BETWEEN?

10:21:38 21             MR. BRUNO:  BETWEEN H1 --

10:21:39 22             THE COURT:  KATRINA AND --

10:21:40 23             MR. BRUNO:  -- AND THIS MITIGATED MRGO OR MRGO NEUTRAL.

10:21:43 24    WE COULD CALL IT FRED OR SOMETHING SO WE KNOW WE'RE TALKING --

10:21:45 25    NOBODY CAN BE UPSET.

10:21:46  1              THE COURT:  I UNDERSTAND WHAT IT IS.

10:21:47  2              MR. BRUNO:  WE COULD CALL IT THE PLAINTIFFS' VERSION.

10:21:49  3              THE COURT:  HE'S IDENTIFIED IT AS NO MRGO CHANNEL WITH

10:21:53  4  WETLANDS RESTORED.

10:21:55  5              THE WITNESS:  CORRECT.

10:21:56  6  BY MR. BRUNO:

10:21:56  7  Q.  SO WE GET A THREE-FOOT REDUCTION OF WATER?

10:22:03  8  A.  AND WHAT WAS THE LOCATION OF THIS?  THIS WAS IN REACH 1?

10:22:08  9  Q.  IT SAYS EAST OF THE CONFLUENCE OF GIWW AND IHNC.

10:22:15 10  A.  YEAH, I JUST WANT TO MAKE SURE WE FOCUS ON WHAT REALLY MATTERS,

10:22:19 11  AND I THINK FROM WHAT I SAW FROM PROFESSOR VRIJLING'S TESTIMONY THAT

10:22:22 12  THE MAJORITY OF THE WATER CAME THROUGH THE BREACH AREA AND THAT'S

10:22:27 13  THE SOURCE OF WATER THAT ULTIMATELY DICTATED THE FLOODING LEVELS IN

10:22:31 14  THE POLDER.

10:22:31 15          SO IF WE'RE GOING TO TALK ABOUT BREACHING IN REACH 1, I

10:22:36 16  THINK WE HAVE TO UNDERSTAND THAT MAYBE THIS ISN'T THE MOST IMPORTANT

10:22:39 17  SOURCE OF WATER TO DETERMINE THE ULTIMATE INUNDATION LEVELS IN THE

10:22:43 18  POLDER.

10:22:43 19              THE COURT:  DO YOU WANT TO POINT OUT TO HIM WHERE EXACTLY

10:22:46 20  THIS IS?

10:22:47 21              MR. BRUNO:  LET'S BACK UP.  LET'S GO TO 192.  IT'S JX

10:23:08 22  196 --

10:23:10 23              THE COURT:  POINT TO THE HYDROGRAPH WE'RE TALKING ABOUT.

10:23:15 24  THE LITTLE WHITE SQUARES, WHICH ONE ARE WE LOOKING AT NOW, WHICH

10:23:15 25  WHITE SQUARE?

─────────────────── FINAL DAILY COPY ───────────────────

10:23:19 1            MR. BRUNO:  WE CAN'T --

10:23:26 2            THE COURT:  YOU CAN JUST POINT.  THE ONE --

10:23:29 3            THE WITNESS:  I DON'T THINK THAT'S RIGHT.  I DON'T SEE HOW

10:23:32 4   THAT LOCATION WE WOULD SEE A THREE-FOOT REDUCTION IN SURGE.  YOU

10:23:35 5   MUST HAVE YOUR POINT WRONG.

10:23:38 6            MR. BRUNO:  I DIDN'T WRITE THE REPORT.

10:23:43 7            THE WITNESS:  IT DOESN'T MAKE ANY SENSE THAT THE SURGE AT

10:23:45 8   THAT LOCATION --

10:23:47 9            THE COURT:  YOU WANT TO SHOW TO HIM WHY THAT THE PICTURE

10:23:49 10  YOU'RE SHOWING HIM IS, IN FACT, THE HYDROGRAPH DONE BY DR. WESTERINK

10:23:49 11  AT THAT POINT?

10:23:49 12           MR. BRUNO:  YES, YOUR HONOR.

10:23:56 13           THE COURT:  AND THEN HE CAN SAY THAT DR. WESTERINK IS

10:23:57 14  WRONG.

10:23:57 15           MR. BRUNO:  THAT'S FINE.

10:23:57 16  BY MR. BRUNO:

10:23:59 17  Q.  CAN WE AGREE THAT THIS IS THE CONFLUENCE OF THE MRGO AND THE

10:24:05 18  GIWW, CAN WE AGREE ON THAT, RIGHT THERE (INDICATING)?

10:24:05 19  A.  CORRECT.

10:24:05 20  Q.  WE CAN AGREE ON THAT.  SO LET'S GO TO THE HYDROGRAPH.  LET'S GO

10:24:08 21  BACK TO IT, PAGE 206.  IT SAYS EAST OF THE CONFLUENCE.

10:24:15 22  A.  YEAH.  PERHAPS THEY MADE AN ERROR IN THE FIGURE CAPTION.  CAN WE

10:24:20 23  LOOK AT -- FIND OUT EXACTLY WHICH IS POINT 1315, MAYBE?  CAN WE LOOK

10:24:27 24  AT THE MAP AND CLEARLY IDENTIFY WHERE POINT 1315 IS?

10:24:34 25           MR. BRUNO:  UNFORTUNATELY, IT'S SO BLURRY I CAN'T SEE IT.

10:24:37  1    ALL I CAN DO IS RELY ON THE CAPTION, AND PERHAPS WE'LL' CLEAR THIS

10:24:41  2    UP --

10:24:42  3              THE COURT:  THERE'S A LITTLE WHITE AND --

10:24:43  4              THE WITNESS:  THERE'S A LITTLE WHITE TAG.  LET'S SEE IF WE

10:24:46  5    CAN ZOOM IN AND FIND 1315.

10:24:49  6              THE COURT:  IT LOOKS LIKE 1298.  1315 LOOKS A LITTLE MORE

10:24:52  7    TO THE LEFT, TO ME.  AND I COULD BE WRONG.  1315 LOOKS LIKE, IF YOU

10:25:00  8    WOULD JUST GO TO THE LEFT, TO THE LEFT, ONE MORE TO THE LEFT, ONE

10:25:05  9    MORE.  THAT LOOKS LIKE, ON MINE -- NO, IT LOOKS LIKE --

10:25:10  10             MR. BRUNO:  THAT'S 1318.  YEAH.  I HAVE 1318.  WE'LL LOOK

10:25:15  11   AT THAT IN A MINUTE.

10:25:16  12             THE COURT:  THE OTHER THING LOOKS LIKE 12 --

10:25:20  13             MR. BRUNO:  THIS IS 21.

10:25:23  14             THE COURT:  WHICH ONE IS THAT?

10:25:27  15             THE WITNESS:  I MEAN, JUST KNOWING WHAT I KNOW ABOUT STORM

10:25:29  16   SURGE, THERE'S NO REASON WHY THE SURGE FOR ANY OF THESE ALTERNATIVES

10:25:32  17   WOULD BE THREE-FOOT DIFFERENT AT THE POINT THAT YOU JUST POINTED

10:25:35  18   OUT.

10:25:36  19             THE COURT:  WE'RE TALKING ABOUT 1315.

10:25:39  20             MR. BRUNO:  THAT'S FINE.

10:25:42  21             THE COURT:  I AM JUST TRYING TO FIND 1315 ON THE MAP AND I

10:25:46  22   CAN'T QUITE TELL.

10:25:50  23             MR. BRUNO:  CAN WE BLOW UP THIS ONE (INDICATING)?

10:25:55  24             THE COURT:  YOUR RESOLUTION -- YOU NEED A BETTER GRID.

10:25:57  25             MR. BRUNO:  NEED A BETTER GRID.  AT LEAST, JUDGE, YOU HAVE

10:25:59 1    THAT DOWN.

10:25:59 2              THE COURT:  YEAH.  OH, I HAVE THAT DOWN.  THAT'S IT.

10:26:08 3    BY MR. BRUNO:

10:26:08 4    Q.  CAN WE AGREE THAT THAT'S WHERE IT IS?

10:26:10 5    A.  I DON'T KNOW.  I CAN'T READ THAT.

10:26:12 6    Q.  YOU DON'T KNOW.

10:26:12 7              THE COURT:  THAT DOES LOOK LIKE MIGHTY CLOSE.

10:26:15 8              THE LAW CLERK:  IT MAKES SENSE FROM THE SEQUENTIAL NATURE.

10:26:20 9    IS THERE ANY WAY TO BLOW THAT UP?

10:26:24 10             THE COURT:  IT'S 13-SOMETHING.

10:26:29 11             MR. BRUNO:  IT'S CLOSE ENOUGH FOR GOVERNMENT WORK, I

10:26:32 12   THINK, YOUR HONOR.

10:26:32 13   BY MR. BRUNO:

10:26:32 14   Q.  SO DO WE AGREE THAT IT'S EAST OF THE CONFLUENCE OF THE IHNC AND

10:26:38 15   THE GIWW; CAN WE AGREE ON THAT?

10:26:39 16   A.  YEAH.  THE POINT I WAS TRYING TO MAKE, THOUGH, THAT THIS

10:26:41 17   PARTICULAR REGION OF REACH 1, IF I INTERPRETED PROFESSOR VRIJLING'S

10:26:46 18   TESTIMONY CORRECTLY, THE LARGE MAJORITY OF THE WATER THAT ULTIMATELY

10:26:50 19   DETERMINED THE FLOODING LEVELS IN NEW ORLEANS EAST CAME THROUGH THE

10:26:52 20   BREACHES --

10:26:54 21   Q.  RIGHT HERE (INDICATE)?

10:26:55 22   A.  -- EAST OF PUMP STATION 15, OUT ON THE FAR END OF THE POLDER,

10:26:59 23   NOT THIS PARTICULAR AREA.  THIS MAY HAVE INFLUENCED THE EARLY

10:27:02 24   FLOODING, BUT MY IMPRESSION FROM LOOKING AT HIS RESULTS WAS THAT THE

10:27:07 25   ULTIMATE FLOODING LEVELS IN THAT POLDER WERE DICTATED BY THE AMOUNT

2334

10:27:16 1  OF WATER THAT CAME IN TO THE EAST OF PUMP STATION 15.  NOT THIS

10:27:17 2  LOCATION.

10:27:17 3  Q.  I THOUGHT YOU TOLD US A LITTLE WHILE AGO THAT YOU REALLY WEREN'T

10:27:20 4  ALL THAT FAMILIAR WITH PROFESSOR VRIJLING'S REPORT.

10:27:23 5  A.  I WAS AN ATTENTIVE LISTENER, I WATCHED THE TESTIMONY THE WHOLE

10:27:26 6  TIME.

10:27:26 7  Q.  WELL, IF YOU LISTENED, YOU WOULD HAVE HEARD THAT HE SAID MOST OF

10:27:29 8  THE WATER CAME IN RIGHT HERE AT THE BULK.

10:27:31 9  A.  I AM NOT SURE HE SAID THAT.

10:27:32 10         THE COURT:  THAT'S FOR ME TO DECIDE --

10:27:32 11         MR. BRUNO:  THAT'S FOR THE JUDGE TO DECIDE.

10:27:33 12         THE COURT:  -- NOT FOR THIS WITNESS.  YOU CAN ASK HIM YOUR

10:27:38 13  QUESTION, THOUGH, ABOUT WHAT --

10:27:41 14  BY MR. BRUNO:

10:27:42 15  Q.  NOW, LET'S GET BACK TO THE HYDROGRAPH BECAUSE WE NOW KNOW WHERE

10:27:46 16  IT IS, YOU'RE COMFORTABLE THAT IT'S JUST TO THE EAST OF WHERE THE

10:27:49 17  IHNC AND THE GIWW COME TOGETHER, RIGHT?

10:27:53 18  A.  CORRECT.

10:27:53 19  Q.  AND WE AGREED THREE FEET OF DIFFERENCE IN WATER, IF WE CAN

10:27:57 20  MITIGATE THAT MRGO.

10:27:58 21  A.  CORRECT.

10:28:01 22  Q.  OKAY.  NOW, LET'S SEE SOMETHING.

10:28:04 23         MR. BRUNO:  MAY I GO TO THE BLACKBOARD?

10:28:06 24         THE COURT:  YES, SIR, YOU MAY.

10:28:26 25  BY MR. BRUNO:

2335

10:28:26  1  Q.  NOW, THE FUNNEL YOU'VE TOLD US WAS CREATED BY THE FACT THAT

10:28:31  2  THERE ARE THESE LEVEES ALONG THE MRGO AND ALONG THE GIWW, RIGHT?

10:28:37  3  A.  CORRECT.

10:28:39  4  Q.  SO THAT'S WHY THERE'S A FUNNEL.

10:28:41  5  A.  CORRECT.

10:28:41  6  Q.  AND YOU BELIEVE THAT THERE'S NO EFFECT OF JUST THE CONFLUENCE OF

10:28:50  7  THE CHANNELS THAT CAUSES HIGHER WATER IN REACH 1, RIGHT?

10:28:55  8  A.  YEAH.  WHATEVER THE WATER LEVEL IN REACH 1 IS GOING TO BE

10:28:58  9  DICTATED IN LARGE PART BY THE WATER LEVEL AT THE CONFLUENCE.

10:29:02 10  Q.  OKAY.  SO THE CONFLUENCE OF THE CHANNELS, DO THEY MAKE THE WATER

10:29:07 11  HIGHER OR NOT?

10:29:08 12  A.  I DON'T THINK IT'S THE PRESENCE OF THE CHANNELS PER SE, IT'S

10:29:10 13  WHATEVER THE STORM SURGE LEVEL IS AT THAT POINT.  I THINK THE

10:29:14 14  CHANNELS AS CONVEYERS OF WATER ARE NOT ALL THAT IMPORTANT DURING

10:29:18 15  KATRINA.  THE VAST MAJORITY OF THE WATER CAME IN FROM THE NORTHEAST

10:29:23 16  OVER THROUGH LAKE BORGNE AND OVER THE INUNDATED WETLANDS.

10:29:27 17  Q.  I UNDERSTAND THAT.  BUT WE'RE TALKING FUNNEL.  WE'RE TALKING

10:29:31 18  ABOUT WHAT IT IS MECHANICALLY THAT MAKES THE WATER LEVEL GO UP.

10:29:37 19  A.  I THINK I JUST ANSWERED THAT.  IT'S THE WATER LEVEL AT THE

10:29:40 20  CONFLUENCE.

10:29:40 21  Q.  AND WHAT'S THE CAUSE?  IS IT THE LEVEE OR IS IT THE CHANNEL?

10:29:45 22  A.  IN THIS CASE, I MEAN, I THINK IF YOU LOOK AT THE STORM SURGE, IT

10:29:51 23  WAS BUILDING UP, AND THE WINDS WERE COMING OUT OF THE NORTHEAST,

10:29:54 24  JUST PILING WATER UP AGAINST THE REACH 2 LEVEE, THAT LENGTH OF

10:30:00 25  LEVEE.  AND, OF COURSE, THAT HAS TO PRODUCE A HIGH WATER LEVEL AT

10:30:03 1    THE CONFLUENCE.

10:30:04 2    Q.  SO IT'S THE LEVEE?

10:30:05 3    A.  IT'S THE WATER LEVEL.

10:30:06 4    Q.  IT'S THE WATER LEVEL PUSHED AGAINST THE LEVEE.

10:30:16 5          THE COURT:  WITHOUT THE LEVEES WOULD THE WATER LEVEL HAVE

10:30:16 6    BEEN LESS?

10:30:16 7          THE WITNESS:  I WOULD AGREE WITH, I WOULD AGREE WITH YOUR

10:30:16 8    CHARACTERIZATION THERE.

10:30:17 9    BY MR. BRUNO:

10:30:18 10   Q.  FINE.  LET'S LOOK BACK AT THE CHART.  DO YOU SEE THAT GREEN

10:30:23 11   LINE?  GREEN (INDICATING)?

10:30:27 12   A.  CORRECT.

10:30:28 13   Q.  THAT'S H4, RIGHT?

10:30:31 14   A.  YEAH.  PERSONALLY, I HAVEN'T LOOKED AT H4, I DIDN'T INCLUDE ANY

10:30:36 15   ANALYSIS OF H4.

10:30:37 16         THE COURT:  CAN YOU TELL US WHAT H4 IS?

10:30:40 17         THE WITNESS:  H4 WAS THE, I THINK, THE SCENARIO WHERE WE

10:30:42 18   REMOVED THE MRGO COMPLETELY AND HAD THE LEVEE BACK AT 40 ARPENT.

10:30:47 19         THE COURT:  OKAY.

10:30:48 20         THE WITNESS:  I DIDN'T LOOK AT IT, IT WAS A HYPOTHETICAL.

10:30:51 21   I DIDN'T KNOW HOW TO DEAL WITH IT IN ASSESSING LOADINGS AND LEVEE

10:30:55 22   RESPONSE, SO I DIDN'T EVEN LOOK AT IT PERSONALLY.

10:30:58 23   BY MR. BRUNO:

10:30:59 24   Q.  WELL, YOU DIDN'T LOOK AT IT, LET'S LOOK AT IT TODAY.

10:31:00 25   A.  WELL, WE SHOULD DEFER TO DR. WESTERINK SINCE HE'S REALLY LOOKED

10:31:04 1  AT H4 AND I HAVE NOT.  HE WILL BE TESTIFYING LATER, SO WE SHOULD

10:31:07 2  DIRECT ANY QUESTIONS ABOUT H4 TO HIM.

10:31:10 3  Q.  YOU'RE AN EXPERT ON SURGE, AREN'T YOU?

10:31:12 4  A.  BUT I HAVEN'T LOOKED AT THIS PARTICULAR ALTERNATIVE.

10:31:14 5  Q.  WELL, WE HAVE IT ON THE BOARD.  CAN YOU LOOK AT IT NOW?

10:31:18 6  A.  NO, I'D PREFER --

10:31:18 7       THE COURT:  IF YOU WANT TO ASK HIM THE QUESTION.  IF HE

10:31:20 8  CAN'T ANSWER IT, YOU CAN ASK A QUESTION.

10:31:22 9  BY MR. BRUNO:

10:31:23 10  Q.  WELL, I AM JUST CURIOUS.  COULD WE AGREE, DO WE NOT -- AND I'LL

10:31:26 11  GO BACK OVER HERE BEFORE --

10:31:27 12       THE COURT:  ASK HIM A QUESTION AND THEN IF HE SAYS HE

10:31:29 13  CAN'T ANSWER IT.

10:31:31 14  BY MR. BRUNO:

10:31:31 15  Q.  WE CAN AGREE THAT THE GREEN LINE IS HIGHER THAN OUR MITIGATED

10:31:36 16  MRGO?  CAN WE AGREE ON THAT, JUST THAT LITTLE, SMALL PIECE?

10:31:39 17  A.  YES.  FROM THIS GRAPH, YES.

10:31:41 18  Q.  SO THIS GRAPH, IF IT'S ACCURATE, SHOWS THAT THE WATER LEVELS

10:31:47 19  CAUSED BY MOVING THE LEVEE ALL THE WAY TO THE 40 ARPENT ACTUALLY

10:31:52 20  MAKES THE WATER GO UP; THAT'S WHAT IT SHOWS AT LEAST ON THE

10:31:57 21  HYDROGRAPH, RIGHT?  ISN'T THAT TRUE?

10:32:04 22  A.  IT APPEARS TO BE.  YOU KNOW, I PROBABLY JUST ASSUME

10:32:08 23  DR. WESTERINK COMMENT ON WHY OR WHY NOT IN TERMS OF THE LEVEE WATER

10:32:14 24  LEVEL GOING UP BECAUSE I HAVE NOT LOOKED AT THIS ALTERNATIVE.

10:32:16 25       THE COURT:  FAIR ENOUGH.

BY MR. BRUNO:

Q.   JUST AS LOGICAL PEOPLE, AND AGAIN, WITHOUT EXPERTISE, WITHOUT THE SCIENTIFIC ACUMEN AND STUDY AND YEARS OF WORK, THE ORDINARY JOE LOOKING AT THIS MIGHT CONCLUDE THAT THE LEVEES THEMSELVES DON'T CREATE THE FUNNEL, IT'S THE CONFLUENCE OF THE CHANNEL THAT CREATES THE FUNNEL; ISN'T THAT TRUE?

A.   I MEAN, I WOULD TOTALLY DISAGREE WITH THAT.  THAT WOULD BE MY OPINION BASED ON WHAT I'VE LOOKED AT IN TERMS OF OTHER ALTERNATIVES.

Q.   THAT'S NOT THE QUESTION.  I KNOW YOU DON'T LIKE IT.  BUT THE QUESTION IS, CAN'T ONE CONCLUDE THAT FROM THIS CHART?

A.   I CAN'T ANSWER THAT ABOUT ALTERNATIVE H4.

Q.   FAIR ENOUGH.  LET'S GO TO PAGE 58.  THIS IS FROM YOUR REPORT, THIS IS JX 211, PAGE 58.  AND HERE YOU INDICATE SOMETHING CALLED FREEBOARD.

A.   CORRECT.

Q.   AND YOU'RE GIVING -- FIRST, TELL THE COURT, WHAT IS FREEBOARD?

A.   FREEBOARD IS THE DISTANCE OR THE LENGTH OF SEPARATION BETWEEN A LEVEE CREST HEIGHT AND THE PEAK SURGE VALUE.

Q.   OKAY.  AND IF IT'S PLUS VERSUS MINUS, WHAT DOES THAT MEAN?

A.   A PLUS FREEBOARD WOULD BE WHERE THE LEVEE CREST ELEVATION IS ABOVE THE PEAK SURGE LEVEL.

Q.   ALL RIGHT.  SO THIS MEANS THAT THE WATER LEVEL DURING KATRINA WAS ABOUT A FOOT TO A FOOT AND A HALF HIGHER THAN THE LEVEE?

A.   WHICH PARTICULAR ROW?

Q.   THE TOP ONE.  IS THAT PLUS ONE TO PLUS 1.5?

10:34:12 1  A.  YEAH.  THESE ARE SOME APPROXIMATE NUMBERS.

10:34:13 2  Q.  FAIR ENOUGH.  CAN WE CONCLUDE THAT IF A MITIGATED MRGO WOULD

10:34:17 3  REDUCE THAT WATER LEVEL BY A FOOT AND A HALF, THE WATER WON'T GO

10:34:20 4  OVER THE TOP OF THE LEVEE?

10:34:24 5  A.  NO.  THESE LOCATIONS ARE EAST OF MICHOUD, SO...

10:34:30 6  Q.  I UNDERSTAND.  THAT'S NOT THE QUESTION.  HERE IS THE QUESTION

10:34:33 7  ONE MORE TIME:  WHEREVER THESE ARE, IF THE WATER LEVEL IS REDUCED BY

10:34:39 8  A FOOT AND A HALF, THE WATER DOESN'T GO OVER THE TOP OF THE LEVEE;

10:34:44 9  ISN'T THAT RIGHT?

10:34:44 10  A.  NO, THAT'S WRONG.  I MEAN, THAT WOULD DEPEND ON WHETHER THERE'S

10:34:48 11  WAVE OVERTOPPING OR NONE.

10:34:51 12  Q.  LET'S JUST TAKE STILL WATER LEVEL BY ITSELF.

10:34:54 13  A.  IF THE FREEBOARD IS LARGE ENOUGH POSITIVE, THAT MIGHT INDICATE

10:34:58 14  THAT THERE'S NO WATER GOING OVER IT, IT WOULD DEPEND ON WHETHER --

10:35:03 15  WHETHER THERE ARE WAVES PRESENT, WHAT'S THE WATER LEVEL, THINGS LIKE

10:35:05 16  THAT.

10:35:06 17  Q.  IF WE JUST TAKE STILL WATER LEVEL, IF WE CAN REDUCE THAT STILL

10:35:09 18  WATER LEVEL, THEN THE STILL WATER LEVEL DOESN'T GO OVER THE TOP,

10:35:12 19  RIGHT?

10:35:13 20  A.  CONSIDERING ONLY STILL WATER LEVEL.

10:35:16 21  Q.  OF COURSE.

10:35:17 22  A.  CORRECT.

10:35:17 23  Q.  AND IF WE GOT WAVES, IT'S THE WAVES PUSHING THE WATER OVER THE

10:35:21 24  TOP; DON'T WE AGREE?

10:35:22 25  A.  DEPENDS ON THE SITE-SPECIFIC CONDITIONS.

10:35:26 1   Q.   SURE.   ALL RIGHT.   AND THIS IS NEW ORLEANS EAST MIDWAY BETWEEN

10:35:32 2   MICHOUD CANAL AND PUMP STATION OP-15.

10:35:37 3   A.   OKAY.

10:35:37 4   Q.   AND THEN WE GO JUST WEST OF PUMP STATION 15, AND OUR STILL WATER

10:35:41 5   LEVEL IS ONLY ABOUT A FOOT HIGHER THAN OUR LEVEE RIGHT THERE, RIGHT?

10:35:46 6   A.   NO.   THE LEVEE -- A POSITIVE FREEBOARD IS WHEN THE LEVEE CREST

10:35:51 7   IS ABOVE THE STILL WATER LEVEL.

10:35:56 8   Q.   SO -- WAIT, ARE YOU SURE ABOUT THAT?

10:36:04 9   A.   UH-HUH.

10:36:04 10  Q.   POSITIVE MEANS THAT WATER LEVEL IS ABOVE THE LEVEE CREST, NOT

10:36:04 11  BELOW IT?

10:36:04 12  A.   NO --

10:36:04 13  Q.   THE OTHER PAPERS THAT YOU WROTE --

10:36:06 14  A.   THE WAY IT'S LISTED HERE IS POSITIVE FREEBOARD WOULD BE A LEVEE

10:36:09 15  CREST THAT EXCEEDS THE PEAK SURGE LEVEL.

10:36:14 16  Q.   ALL RIGHT.   SO IN HURRICANE KATRINA, THE WATER WAS LOWER THAN

10:36:17 17  THE LEVEE AT THAT POINT, RIGHT?

10:36:22 18  A.   STILL WATER LEVEL BELOW THE CREST OF THE LEVEE AT THAT POINT.

10:36:37 19  Q.   SO ANY DAMAGE TO THE LEVEE THERE WOULD HAVE BEEN CAUSED BY THE

10:36:44 20  WAVES, RIGHT?

10:36:45 21  A.   YEAH.   THESE TWO SITES, THOUGH, I DON'T THINK THERE WAS VERTICAL

10:36:50 22  EROSION.   I KIND OF ANNOTATED WHAT THE DEGREE OF EROSION WAS OFF TO

10:36:55 23  THE RIGHT-HAND SIDE.

10:36:55 24  Q.   RIGHT.   OKAY.   LET'S JUST QUICKLY, EAST OF THE PUMPING STATION,

10:36:59 25  WE HAVE NEGATIVES, SO HERE WE HAVE THE WATER GOING ABOVE BY ONLY A

10:37:04 1    HALF A FOOT TO A FOOT, RIGHT?

10:37:06 2    A.  WELL, YOU SAY ONLY.  THAT'S, YOU KNOW, A DEVASTATING AMOUNT OF

10:37:10 3    WATER TO GET ON THE BACK SIDE OF A LEVEE GENERALLY.

10:37:13 4    Q.  BUT THERE'S NO EROSION.  IT'S DEVASTATING -- YOU SAID IT'S JUST

10:37:22 5    DEVASTATING, AND YOU PUT ON THERE NO VERTICAL EROSION TO EITHER SIDE

10:37:25 6    OF THE SITE.

10:37:26 7    A.  YEAH, JUST 100 FEET.  BUT IF YOU LOOK AT THE NEXT SENTENCE, I

10:37:29 8    MEAN, THERE'S SEVERE DEGRADATION WITHIN 200 FEET ON EITHER SIDE.

10:37:35 9    SO, YOU KNOW, YOU CAN'T DRAW TOO MUCH AT A PARTICULAR LOCATION LIKE

10:37:39 10   THIS.  YOU DO WANT TO LOOK AT THE GENERAL REGION AND THE VICINITY.

10:37:43 11   SINCE I AM USING SOME APPROXIMATE ESTIMATIONS OF WATER LEVEL AS WELL

10:37:47 12   AS LEVEE CREST ELEVATION.

10:37:49 13   Q.  OKAY.  SO HERE WE HAVE A SITUATION WHERE 100 FOOT TO EITHER

10:37:54 14   SIDE, WE DON'T HAVE A PROBLEM WITH THAT LEVEL OF WATER.  BUT AT THAT

10:37:59 15   PARTICULAR SITE, FOR WHATEVER REASON, IT FAILED, RIGHT?

10:38:02 16   A.  YEAH.  I THINK SOMETIMES I BELIEVE THERE IS A LOT OF

10:38:06 17   HETEROGENEITY IN THE SOIL PROPERTIES OF THIS LEVEE SYSTEM, SO YOU

10:38:10 18   CAN, I THINK, PROBABLY MOVE A FAIRLY SHORT DISTANCE AWAY AND PERHAPS

10:38:13 19   GET SOME VERY DIFFERENT GRASS OR SOIL CONDITIONS THAT WOULD LEAD TO

10:38:16 20   A DIFFERENT RESPONSE FOR THE SAME HYDRODYNAMIC LOADING.

10:38:30 21   Q.  NOW, DR. BEA, LET'S GO TO PX 105, PAGE 39.  HE DREW SOME

10:38:40 22   CONCLUSIONS ABOUT WHETHER THOSE LEVEES IN NEW ORLEANS EAST WOULD

10:38:42 23   FALL OR NOT FALL BASED UPON THE ABILITY TO MITIGATE THE MRGO, RIGHT?

10:38:53 24        THE COURT:  RIGHT NOW JUST ASKING -- HE IS NOT ASKING YOU

10:38:58 25   TO AGREE WITH --

10:38:58  1          MR. BRUNO:  I DON'T WANT -- YEAH.

10:38:58  2  BY MR. BRUNO:

10:38:59  3  Q.  HE'S GOT THAT OPINION, CORRECT?

10:39:01  4  A.  YOU WERE ASKING ME WHAT AGAIN, PLEASE?

10:39:04  5  Q.  I JUST WANT YOU TO EITHER AGREE OR DISAGREE THAT WHAT THIS

10:39:11  6  REPRESENTS IS DR. BEA'S CONCLUSIONS BASED UPON HIS OPINION AS TO

10:39:15  7  WHETHER OR NOT THE LEVEE AT THOSE LOCATIONS FAIL OR DON'T FAIL BASED

10:39:19  8  UPON THE ABILITY TO MITIGATE THE MRGO.

10:39:21  9  A.  I BELIEVE THAT'S WHAT'S REPRESENTED HERE.

10:39:23 10          THE COURT:  AND CAN WE AT THIS POINT, MR. BRUNO, WOULD

10:39:27 11  THIS BE A GOOD POINT, IF WE'RE GOING TO HAVE A MORNING RECESS.

10:39:32 12          MR. BRUNO:  OH, YES, JUDGE.

10:39:32 13          THE COURT:  IS THAT ALL RIGHT?

10:39:33 14          MR. BRUNO:  SURE.

10:39:34 15          THE COURT:  WE'LL TAKE A TEN-MINUTE RECESS.

10:39:36 16          THE MARSHAL:  ALL RISE.

10:39:37 17      (WHEREUPON, A RECESS WAS TAKEN.)

10:42:15 18      (OPEN COURT.)

10:55:25 19          THE DEPUTY CLERK:  ALL RISE.  COURT'S IN SESSION, PLEASE

10:55:35 20  BE SEATED.

10:55:37 21  BY MR. BRUNO:

10:55:37 22  Q.  MR. EBERSOLE, JUST ONE MORE QUESTION ON THIS LINE.  IN YOUR

10:55:41 23  EXPERT REPORT, YOU OFFER NO OPINION WHATSOEVER AS TO WHETHER OR NOT

10:55:47 24  THE MRGO AS MITIGATED OR 2C, OR HOWEVER YOU WANT TO CALL IT, WOULD

10:55:54 25  HAVE PREVENTED THE FLOODING IN NEW ORLEANS EAST; ISN'T THAT TRUE?

10:55:58 1   A.   THAT'S CORRECT.  WE GOT TURNED AROUND, SORRY.  THAT'S CORRECT.

10:56:09 2   Q.   THAT'S CORRECT.  OKAY.  THANK YOU.

10:56:13 3         DO YOU KNOW WHICH OF THE EXPERTS ON YOUR TEAM WILL SPEAK

10:56:17 4   TO THAT ISSUE?

10:56:19 5   A.   NO, I DON'T.  I DID LOOK AT THE WATER LEVELS OVER AT THAT

10:56:24 6   CRITICAL BREACHED AREA AND SAW NO DIFFERENCE, SO MY CONCLUSION WOULD

10:56:29 7   BE HAD I OFFERED --

10:56:30 8         MR. BRUNO:  YOUR HONOR, I OBJECT.  THERE IS NO OPINION.

10:56:34 9         THE COURT:  HE JUST SAID HE DIDN'T RENDER ONE.  HE DIDN'T

10:56:39 10  KNOW OF ANY OTHER EXPERT WHOSE RENDERED AN OPINION, WHETHER HE DOES

10:56:43 11  OR DOESN'T WE'LL FIND OUT.

10:56:45 12        MR. BRUNO:  RIGHT.

10:56:45 13  BY MR. BRUNO:

10:56:45 14  Q.   LET'S MOVE ON TO THE IHNC, THAT'S THE INNER-HARBOR NAVIGATION

10:56:50 15  CANAL.  AND LET'S GO TO SLIDE NO. 12.  AND AGAIN, MR. EBERSOLE, ALL

10:56:55 16  I'M DOING IS JUST COMPARING THE PLAINTIFFS' WORK TO THE WORK THAT

10:56:59 17  DR. WESTERINK DID, NOTHING MORE OR NOTHING LESS, NOTHING COMPLICATED

10:57:03 18  HERE.

10:57:04 19        SO WE HAVE ON THE SCREEN, FIRST OF ALL, FOR THE COURT PX

10:57:07 20  104, PAGE 95.  AND THIS IS A HYDROGRAPH AT THE IHNC AT ITS JUNCTION

10:57:15 21  WITH THE REACH 1.  AND WHAT WE SEE HERE IS THAT A MITIGATED MRGO

10:57:20 22  REDUCES THE WATER LEVEL IN KATRINA BY ABOUT THREE FEET.  RIGHT?

10:57:29 23        THE COURT:  THAT'S THE GRAY LINE?

10:57:32 24        MR. BRUNO:  I'M SORRY, JUDGE.  GRAY ONE --

10:57:36 25        THE COURT:  THE GRAY LINE IS AT 14 AND THE BLUE LINE IS AT

10:57:41 1    17, A LITTLE ABOVE 14, NOT MUCH, 14 AND A TENTH.  SO THE COURT TAKES

10:57:47 2    NOTICE OF THAT.  THE WITNESS NEEDS TO BE ABLE TO SEE IT AS WELL.

10:57:50 3    BY MR. BRUNO:

10:57:51 4    Q.  CAN WE AGREE THAT IT SHOWS THAT?

10:57:53 5    A.  YOUR RESULTS SHOW THAT.

10:57:54 6    Q.  LET'S LOOK AT YOUR RESULTS, PAGE 14 -- I'M SORRY SLIDE 14.  AND

10:58:03 7    THIS IS FROM YOUR REPORT.  THIS IS EBERSOLE REPORT DATED 12/17/08

10:58:11 8    AND IT'S JX 211 PAGE 152, AND YOU REPORT THE CASES THERE.  AND WE'VE

10:58:16 9    ALREADY ESTABLISHED THAT CASE 1 IS OUR KATRINA AND CASE 3 IS THIS

10:58:22 10   MITIGATED MRGO, RIGHT?

10:58:26 11   A.  CORRECT.

10:58:28 12   Q.  AND YOU REPORT A DIFFERENCE IN WATER LEVEL OF FOUR FEET AS

10:58:42 13   BETWEEN BASE CASE 1 AND BASE CASE 3, THERE'S A FOUR-FOOT DIFFERENCE

10:58:44 14   IF WE CAN MITIGATE THAT MRGO, RIGHT?

10:58:48 15   A.  YEAH.  THESE RESULTS ARE FROM THE ADCIRC MODEL RESULTS, AND I

10:58:53 16   HOPE IN MY DIRECT TESTIMONY I DID A GOOD JOB OF EXPLAINING SOME OF

10:58:57 17   THE CONCERN I HAD WITH THE ABILITY OF THE ADCIRC MODEL TO PREDICT

10:59:03 18   SURGE IN THE INDUSTRIAL CANAL.  SO WHEN I DID MY ANALYSIS OF WHETHER

10:59:07 19   I THOUGHT THE MRGO HAD ANY ROLE AT ALL IN THE OCCURRENCE OF EITHER

10:59:11 20   THE NORTH OR SOUTH BREACH, I BASED THAT ON NOT THESE PARTICULAR

10:59:16 21   RESULTS BUT MY OWN TECHNICAL ANALYSIS OF KNOWING WHY I THINK THE

10:59:22 22   ADCIRC SIMULATION WAS DEFICIENT THERE.

10:59:26 23           I BASED MY ANALYSIS, JUST USING MY PROFESSIONAL KNOWLEDGE

10:59:29 24   AND EXPERIENCE, WHEN LOOKING AT THE ADCIRC RESULTS BUT ALSO USED THE

10:59:34 25   PLAINTIFFS' RESULTS TO ARRIVE AT MY CONCLUSION.

10:59:37 1   Q.  I PROPOSE TO ASK YOU EXTENSIVE QUESTIONS ABOUT THE ADCIRC THAT

10:59:43 2   YOU GUYS USED; AND IF YOU DON'T MIND, I WOULD JUST LIKE TO PUSH THAT

10:59:47 3   BACK IN THE ORDER OF MY QUESTIONS.

10:59:49 4           AND LET'S FOCUS ON THE IHNC AT THE MOMENT WITH REGARD TO

10:59:52 5   WATER LEVELS LET'S GO TO -- I'M SORRY.

10:59:57 6           I'M CURIOUS, ON THIS CHART, WHY DID YOU LEAVE OUT CASE 4?

11:00:03 7   A.  I SAID I DIDN'T ANALYZE CASE 4, H4 AT ALL.  I WOULDN'T HAVE

11:00:09 8   KNOWN -- IT WOULD HAVE BEEN QUITE A LEAP IN TERMS OF A HYPOTHETICAL

11:00:14 9   TO TRY TO FIGURE OUT WHAT, YOU KNOW, HOW THE SOIL PROPERTIES OR THE

11:00:19 10  GRASS CONDITIONS WOULD HAVE DIFFERED BETWEEN SOMETHING OUT ON, ALONG

11:00:25 11  REACH 2 AND WHAT WAS ALONG THE 40 ARPENT.  I WOULDN'T HAVE KNOWN HOW

11:00:29 12  TO DEAL WITH THAT IN MY ANALYSIS.

11:00:31 13  Q.  WHY DID YOU REPORT CASE H6?

11:00:34 14  A.  H6.

11:00:39 15  Q.  YOU REPORTED THAT.

11:00:40 16          THE COURT:  LET'S DESCRIBE WHAT IT IS FIRST.

11:00:42 17          THE WITNESS:  H5 AND H6 WERE BOTH CASES WHERE WE HAD THE

11:00:46 18  MRGO IN ITS AUTHORIZED DIMENSIONS.  H5, IF I RECALL CORRECTLY, HAD

11:00:52 19  THE WETLAND IN AT 2005 CONDITION AND H6 HAD THE WETLAND IN AT THE

11:01:00 20  PRE-MRGO CONDITION.

11:01:03 21  BY MR. BRUNO:

11:01:03 22  Q.  AND H2, ROUND IT OUT?

11:01:05 23  A.  H2, IF I AM RECALLING CORRECTLY, WAS THE MRGO CHANNEL COMPLETELY

11:01:11 24  REMOVED AND THE WETLAND IN ITS 2005 CONDITION.

11:01:14 25  Q.  OKAY.  SO THE ONLY ONE THAT YOU LEFT OUT WAS H4, WHICH YOU'LL

11:01:21  1    RECALL WAS THE ONE THAT MOVES THAT LEVEE TO THE 40 ARPENT, CORRECT?

11:01:24  2    A.   CORRECT.

11:01:26  3    Q.   LET'S LOOK AT THE HYDROGRAPH IN SLIDE NO. 15.  AND THIS IS JX

11:01:36  4    196 AND IT'S PAGE 204.

11:01:39  5         AND ONCE AGAIN WE SEE THIS CURIOUS ANOMALY, DO WE NOT --

11:01:50  6    A.   CAN YOU TELL ME WHERE POINT 1300 IS, PLEASE?

11:01:50  7    Q.   SURE.  IT SAYS -- FIRST OF ALL, LET'S READ WHAT DR. WESTERINK

11:01:53  8    WROTE FIRST --

11:01:53  9    A.   MAYBE WE SHOULDN'T TRUST THE CAPTION HERE EITHER.

11:01:56 10    Q.   WELL, IN FAIRNESS TO ME SINCE I HAD TO TAKE THE CHART AS

11:02:03 11    WRITTEN, DON'T YOU AGREE -- I MEAN, AS IT WAS PRESENTED TO ME --

11:02:06 12         THE COURT:  I AM GOING TO ACCEPT THE CAPTION AS THE

11:02:08 13    CAPTION.  IF IT'S WRONG, THEN IT'S WRONG.

11:02:10 14    BY MR. BRUNO:

11:02:10 15    Q.   LET'S SEE WHAT THE CAPTION SAYS FOR THE RECORD.  THE CAPTION

11:02:13 16    SAYS IT'S NORTH OF THE IHNC MISSISSIPPI RIVER LOCKS.

11:02:18 17    A.   WOULD YOU PLEASE JUST CONFIRM FOR ME WHERE POINT 1300 IS FROM

11:02:23 18    THE SAME SKETCH THAT WE TRIED TO DO BEFORE.

11:02:26 19    Q.   ABSOLUTELY.  I JUST WANTED TO HAVE A COMPLETE RECORD.

11:02:28 20    A.   I JUST WANT TO KNOW WHERE THE POINT IS BEFORE I START MAKING

11:02:31 21    COMMENTS ABOUT STORM SURGE.

11:02:33 22    Q.   THAT IS EXHIBIT NUMBER -- I'M SORRY, SLIDE NO. 7.  THAT'S THIS

11:02:39 23    ONE, 1300 (INDICATING).

11:02:43 24    A.   CAN YOU BLOW THAT UP, PLEASE?

11:02:45 25         THE COURT:  MOVE ON THE LEFT, YEAH, OKAY.  THAT'S 1300.

2347

11:02:50  1      THE WITNESS:  OKAY.

11:02:50  2  BY MR. BRUNO:

11:02:51  3  Q.  SO WE AGREE IT'S 1300?

11:02:54  4  A.  OKAY.

11:02:55  5  Q.  FAIR ENOUGH.

11:02:58  6  A.  AND THAT WAS NOT AT THE LOCK, CORRECT, THAT WAS UP CLOSER TO THE

11:03:00  7  BREACH SITES?

11:03:01  8  Q.  NO, THIS IS CLOSE TO THE LOCK, NORTH OF THE LOCK.

11:03:05  9  A.  IF YOU WOULD GO BACK TO THAT LAST FIGURE, IF YOU WOULD, PLEASE.

11:03:09 10  Q.  SURE WILL.

11:03:13 11  A.  THAT LOOKS LIKE IT'S NORTH OF THE LOCK TO ME.

11:03:16 12  Q.  THAT'S WHAT IT SAYS, NORTH OF THE LOCK.

11:03:18 13  A.  OKAY.

11:03:21 14  Q.  RIGHT HERE (INDICATING).  THERE'S ONLY ONE IN THIS AREA, IT'S

11:03:26 15  1300.  WE AGREE THAT'S WHERE IT IS?

11:03:28 16  A.  GOTCHA .  I JUST THOUGHT YOU HAD SAID IT WAS AT THE LOCK.

11:03:32 17  Q.  NO, I SAID NORTH OF THE LOCK.  I READ THE CAPTION.

11:03:35 18  A.  OKAY.

11:03:35 19  Q.  THE CAPTION SAYS NORTH OF THE LOCK.  ALL RIGHT.

11:03:45 20      NOW, ONCE AGAIN WE HAVE THIS CURIOUS ANOMALY WHERE THE

11:03:49 21  WATER IS HIGHER WITH THE LEVEE LOCATED AT THE 40 ARPENT.

11:03:54 22  A.  LIKE I SAID THE LAST TIME, I DON'T REALLY -- I CAN'T COMMENT ON

11:03:59 23  THE STORM SURGE FOR H4.  I JUST HAVEN'T LOOKED AT THAT ALTERNATIVE

11:04:03 24  IN MY OWN ANALYSIS.  YOU SHOULD DEFER THESE QUESTIONS ABOUT H4 TO

11:04:08 25  DR. WESTERINK.

11:04:08  1    Q.  WHERE DID THESE LINES COME FROM?

11:04:16  2    A.  I'M PRESUMING FROM WESTERINK'S REPORT, THAT SEEMS TO BE WHAT

11:04:20  3    THAT LOWER LINE INDICATES HERE ON THIS CHART.

11:04:22  4    Q.  WHERE DID HE GET THE LINES FROM?

11:04:25  5    A.  FROM THE SL15 ADCIRC MODEL RESULTS, I PRESUME.

11:04:32  6             MR. BRUNO:  MAY I APPROACH THE BLACKBOARD?

11:04:34  7             THE COURT:  YES, YOU MAY.

11:04:35  8             MR. BRUNO:  I JUST WANT TO WRITE THAT DOWN SO WE ALL HAVE

11:04:36  9    A LITTLE BIT OF REFERENCE AT LEAST.  WE'RE GOING TO END UP WITH MORE

11:04:45 10    NUMBERS THAN ANY HUMAN BEING COULD POSSIBLY REMEMBER.

11:04:46 11    BY MR. BRUNO:

11:04:46 12    Q.  SO IT'S THE ADCIRC SL --

11:04:51 13    A.  15.

11:04:53 14    Q.  -- 15.  THAT'S THE ONE THAT DR. WESTERINK USED.  AND SO I WANT

11:05:00 15    TO UNDERSTAND YOUR TESTIMONY, ADCIRC SL15 DOES A VERY LOUSY JOB OF

11:05:08 16    SHOWING US THE WATER LEVELS WITH THE LEVEE AT THE 40 ARPENT CANAL,

11:05:12 17    RIGHT?

11:05:12 18    A.  NO, I CAN'T MAKE THAT COMMENT, I DON'T AGREE.  I DON'T KNOW.

11:05:17 19    Q.  YOU DON'T KNOW?

11:05:18 20    A.  NO, I DON'T.  YOU WOULD HAVE TO TALK TO DR. WESTERINK ABOUT

11:05:21 21    THAT.

11:05:21 22    Q.  WHEN YOU SAW THIS GREEN LINE, THAT'S THE H4, I MEAN, YOU KNOW, A

11:05:26 23    CYNICAL PERSON MIGHT -- GOSH, A CYNICAL PERSON MIGHT SAY THAT'S WHY

11:05:31 24    YOU LEFT OUT H4 ON YOUR CHART BECAUSE YOU DIDN'T LIKE THE RESULT.

11:05:35 25    IS THAT WHAT HAPPENED?

11:05:37 1    A.  I CAN'T COMMENT.  I DON'T KNOW THE DETAILS OF THE H4 SIMULATION,

11:05:40 2    I NEVER USED IT IN MY ANALYSIS.

11:05:42 3    Q.  ALL WE KNOW IS YOU MADE A CHART, YOU HAVE ALL OF THE SCENARIOS

11:05:45 4    LISTED BUT YOU DON'T HAVE H4, THAT'S ALL WE KNOW, RIGHT?

11:05:49 5    A.  CORRECT.

11:05:50 6    Q.  THANK YOU.  NOW WE ALSO SEE THIS BIG GAP BETWEEN THE

11:05:58 7    KATRINA-AS-IS, IT'S ABOUT 13 AND A HALF FEET HERE AND OUR MITIGATED

11:06:02 8    MRGO IS TEN, SO WE HAVE -- IF WE CAN MITIGATE THAT MRGO, WE CAN

11:06:06 9    REDUCE THAT WATER LEVEL BY THREE AND A HALF FEET; ISN'T THAT

11:06:09 10   CORRECT, THAT'S WHAT THIS SHOWS?

11:06:11 11   A.  AGAIN, I DON'T CONCUR WITH THAT.  BUT THAT'S WHAT THIS SHOW.

11:06:15 12   Q.  AND YOU DON'T CONCUR WITH THAT BECAUSE?

11:06:18 13   A.  WELL, I TRIED TO EXPLAIN THAT IN MY DIRECT TESTIMONY YESTERDAY

11:06:21 14   ABOUT THE INABILITY OF THE ADCIRC MODEL TO SIMULATE THAT SURGE ON

11:06:27 15   THE SOUTH SHORE OF LAKE PONTCHARTRAIN THAT OCCURRED BETWEEN BOTH THE

11:06:30 16   FIRST PEAK, THAT ORIGINATED WHEN THE STORM WAS JUST SOUTH OF LAKE

11:06:36 17   BORGNE AND THAT SECOND PEAK THAT ORIGINATED DUE TO A REBOUNDING OF

11:06:39 18   THAT SURGE FROM THE COAST OF MISSISSIPPI.

11:06:41 19   Q.  ALL RIGHT.

11:06:41 20   A.  SO I TRIED TO EXPLAIN YESTERDAY WHAT I THOUGHT WOULD HAVE BEEN

11:06:48 21   THE -- WHAT OUR CALCULATED HYDROGRAPH WOULD HAVE LOOKED LIKE HAD WE

11:06:52 22   NOT HAD THAT DEFICIENCY IN SIMULATING THE SURGE IN THE SOUTH SHORE

11:06:58 23   OF THE LAKE.

11:06:59 24            MR. BRUNO:  MAY I JUDGE?

11:07:00 25            THE COURT:  YES, YOU MAY.

11:07:02 1    BY MR. BRUNO:

11:07:03 2    Q.  SO WE HAVE A DEFICIENCY WITH OUR ADCIRC MODEL HERE, OUR FIRST

11:07:07 3    DEFICIENCY.  HOW DO YOU SPELL --

11:07:10 4              THE COURT:  WE WON'T GIVE YOU AN F FOR MISSPELLED.

11:07:13 5    BY MR. BRUNO:

11:07:14 6    Q.  DEFICIENCY, WHAT WON'T IT DO, IT WON'T --

11:07:17 7    A.  IT DIDN'T SIMULATE WELL THE STORM SURGE ON THE SOUTH SHORE OF

11:07:21 8    LAKE PONTCHARTRAIN.  I HAVE A CONFIDENCE THAT IT SIMULATED QUITE

11:07:30 9    WELL THE FIRST PEAK AND THE SECOND PEAK.

11:07:30 10   Q.  SO WON'T SIMULATE STORM SURGE ON SOUTH SHORE OF THE LAKE -- WE

11:07:35 11   ALL KNOW WHAT THE LAKE IS.

11:07:36 12   A.  THE REASON WHY I BELIEVE IS WE DON'T RESOLVE THE WAVE SETUP THAT

11:07:41 13   OCCURRED RIGHT ALONG THE LEVEE ON THE SOUTH SHORE OF THE LAKE.  WE

11:07:44 14   GOT WAVE HEIGHTS OF -- WE DON'T HAVE THE RESOLUTION -- EVEN WITH OUR

11:07:48 15   ULTRA HIGH RESOLUTION, WE DON'T HAVE ENOUGH RESOLUTION TO RESOLVE

11:07:52 16   WAVE SETUP ON THAT -- THAT ACTUALLY DEVELOPS ON THE LEVEE THAT WOULD

11:07:56 17   HAVE DRIVEN WATER TOWARDS THE INDUSTRIAL CANAL.

11:07:59 18   Q.  ALL RIGHT.  SO THAT THE COURT AND I CAN UNDERSTAND, THE FAILURE

11:08:04 19   OF THE ADCIRC TO DO THIS, WHAT DOES THAT DO TO THE GAP BETWEEN THE

11:08:11 20   KATRINA WATER HEIGHT AND THIS MITIGATED MRGO WATER HEIGHT, WHAT DOES

11:08:17 21   IT DO?

11:08:18 22   A.  WELL, IN MY REPORT I THINK I DESCRIBED A COUPLE OF WAYS THAT I

11:08:22 23   REACHED MY CONCLUSION.  AND BASED ON THE ANALYSIS THAT I DID, MY

11:08:29 24   SENSE WAS THAT THE PEAK WATER LEVEL IN THE INDUSTRIAL CANAL FOR

11:08:34 25   SCENARIOS H2 AND H3 PROBABLY WOULD HAVE BEEN IN THE 13 TO 13 AND A

11:08:40 1    HALF FOOT RANGE.

11:08:42 2    Q.   13 TO 13 AND A HALF WITH H --

11:08:47 3    A.   FOR H2 AND H3.

11:08:49 4    Q.   SO DESPITE WHAT THIS SAYS, YOUR OPINION IS THAT THE WATER LEVELS

11:08:54 5    WOULD HAVE BEEN ABOUT THE SAME?

11:08:56 6    A.   SLIGHTLY LESS THAN THE BASE CASE, PERHAPS A FOOT PERHAPS

11:09:03 7    APPROACHING A FOOT AND A HALF.

11:09:05 8    Q.   DO YOU HAVE A HYDROGRAPH TO SHOW US?

11:09:07 9    A.   I TRIED TO SHOW THAT YESTERDAY IN MY GRAPH.

11:09:10 10   Q.   OKAY.  THAT'S THE ONE, WE'LL TALK ABOUT THAT LATER.  BEFORE WE

11:09:13 11   LEAVE THERE --

11:09:14 12   A.   I GUESS THE IMPORTANT THING, ALSO, IN OUR INTERIOR FLOODING

11:09:17 13   ANALYSIS WE REALLY RELIED UPON THE MEASURED HYDROGRAPH AT THIS

11:09:21 14   PARTICULAR SOUTH END OF THE DOMAIN.  SO IN OUR INTERIOR FLOODING WE

11:09:27 15   TRIED TO BASE OUR ANALYSIS USING THE MEASURED DATA WHERE WE WERE

11:09:32 16   COMFORTABLE USING THEM.

11:09:33 17   Q.   ARE YOU FINISHED?

11:09:34 18   A.   YES.

11:09:35 19        THE COURT:  OF COURSE THERE WOULD BE NO WAY TO MEASURE THE

11:09:38 20   DATA IN A HYPOTHETICAL CASE, THAT IS WITHOUT.

11:09:41 21        THE WITNESS:  TRUE.  BUT MY UNDERSTANDING IS DR. STEVE

11:09:46 22   FITZGERALD RAN THE BASE CASE AND EITHER CASE H5 OR H6, I DON'T

11:09:50 23   RECALL WHICH.  OUR ANALYSIS SHOWED THAT FOR BOTH OF THOSE CASES THE

11:09:55 24   CHANGE IN THE WATER LEVEL IN THE INDUSTRIAL CANAL, AS YOU SEE FROM

11:10:01 25   THIS CHART IS QUITE SMALL, JUST A FEW TENTHS OF A FOOT.  SO I THINK

11:10:07 1   USING THE MEASURED DATA IS PROBABLY THE BEST APPROACH FOR LOOKING AT

11:10:12 2   THOSE TWO PARTICULAR SCENARIOS.

11:10:15 3   BY MR. BRUNO:

11:10:16 4   Q.  I'M A LITTLE CONFUSED.  DID STEVE FITZGERALD RUN THESE CASES OR

11:10:20 5   DID DR. WESTERINK RUN THESE CASES?

11:10:22 6   A.  STEVE FITZGERALD WAS THE ONE WHO DID THE INTERIOR FLOODING

11:10:29 7   MODELING, SO I'M SURE ON HIS TESTIMONY HE WILL BE ABLE TO GIVE YOU

11:10:29 8   LOTS OF DETAILS ABOUT HOW HE ACTUALLY RAN THOSE TWO CASES.

11:10:32 9   Q.  HERE IS THE QUESTION ONE MORE TIME:  DID DR. FITZGERALD OR DID

11:10:40 10  DR. WESTERINK RUN THESE NUMBERS TO GET THIS CHART?

11:10:46 11  A.  THESE ARE FROM DR. WESTERINK'S REPORT I BELIEVE.

11:10:49 12  Q.  WESTERINK.  SO DO WE HAVE A CHART THAT WE CAN LOOK AT FROM

11:10:53 13  DR. FITZGERALD TO SEE THIS SMALL GAP THAT YOU JUST TOLD THE JUDGE

11:10:58 14  ABOUT?

11:11:00 15  A.  I DON'T KNOW.

11:11:02 16  Q.  YOU DON'T KNOW?

11:11:02 17  A.  I BELIEVE THEY USED THE MEASURED RESULTS, NOT --

11:11:07 18  Q.  IN YOUR REPORT DO YOU HAVE A HYDROGRAPH THAT YOU USED TO COMPARE

11:11:12 19  THE KATRINA TO THE MITIGATED MRGO TO SHOW THAT THE GAP SHOULD BE

11:11:16 20  SMALLER?

11:11:17 21  A.  NO, IT WAS REALLY WRAPPED UP IN DISCUSSION CONTAINED IN MY

11:11:20 22  EXPERT REPORT.

11:11:21 23  Q.  FAIR ENOUGH, FAIR ENOUGH.  YOU ALSO TOLD ME AT YOUR DEPOSITION

11:11:24 24  THAT THE OTHER PROBLEM WITH THIS SL15 WAS THIS HUMP, THE SECOND HUMP

11:11:29 25  IS ALL WRONG ON THE IHNC, RIGHT?

11:11:32  1    A.  NO.  I THINK, AS I TRIED TO SHOW IN MY DIRECT TESTIMONY, I THINK

11:11:37  2    THE SL15 MODEL REALLY DOES AN EXCELLENT JOB WITH BOTH THAT FIRST AND

11:11:41  3    SECOND PEAK, AND I THINK IT'S REFLECTED IN THE QUALITY OF THE RESULT

11:11:45  4    THAT WE GET WITH IT IN TERMS OF WATER LOOKING AT THE DURATION OF

11:11:49  5    WATER LEVELS ABOVE TEN FEET, WHICH IS ABSOLUTELY CRUCIAL TO FLOODING

11:11:53  6    IN THE ST. BERNARD POLDER.

11:11:55  7          SO I THINK IF WE REALLY WANT TO LOOK AT MODEL SKILL,

11:12:01  8    THAT'S DEFINITELY AN IMPORTANT PARAMETER THAT WE SHOULD LOOK AT

11:12:04  9    BETWEEN THE VARIOUS MODELS IS HOW WELL DO THEY SIMULATE THE DURATION

11:12:08 10    OF TIME ABOVE WHICH THE WATER LEVEL WAS TEN FEET.  AND I THINK IF

11:12:12 11    YOU LOOK AT THE ADCIRC RESULTS, YOU'LL SEE THEY MATCH THE OBSERVED

11:12:18 12    VALUES MUCH MORE CLOSELY THAN THE PLAINTIFFS' MODELING DOES.

11:12:24 13    Q.  WHEN YOU SAY THE ADCIRC RESULTS MATCH, WHICH ADCIRC ARE YOU

11:12:30 14    REFERRING TO?  THE ORIGINAL IPET OR --

11:12:36 15    A.  YOU CAN --

11:12:38 16    Q.  LET ME FINISH MY QUESTION.  THE ORIGINAL IPET ADCIRC RESULTS OR

11:12:42 17    THE NEW ADCIRC SL15?

11:12:44 18    A.  SL15.  I MEAN, I CAN ILLUSTRATE ON THIS PARTICULAR CHART, IF

11:12:48 19    YOU'D LIKE.

11:12:54 20          THE COURT:  ARE YOU GOING TO HIS DEPOSITION NOW?

11:12:59 21          MR. BRUNO:  (WITNESS NODS HEAD IN THE AFFIRMATIVE.)

11:13:08 22    BY MR. BRUNO:

11:13:08 23    Q.  MAYBE I GOT THIS WRONG.  LET'S GO TO YOUR DEPOSITION AT

11:13:13 24    PAGE 527.

11:13:20 25    A.  527?

11:13:22 1    Q.  YES.  IT'LL SHOW UP ON THE SCREEN AT SOME POINT.  YOU SEE HERE

11:13:41 2    AT PAGE -- AT LINE FOUR, AND I THOUGHT YOU SAID, MAYBE I AM WRONG

11:13:48 3    HERE, YOU SAID:  "AND SO WHAT I'M SAYING IS THIS LITTLE DIP THAT'S

11:13:51 4    BEING CALCULATED BY THE ADCIRC MODEL IS WRONG.  I DON'T BELIEVE IT'S

11:13:56 5    PHYSICALLY POSSIBLE TO DIP DOWN THAT LOW, IT'S AN ARTIFACT, I

11:14:00 6    BELIEVE, IN PART DUE TO THE UNDERPREDICTION IN LAKE PONTCHARTRAIN."

11:14:06 7            WHEN YOU SAID THAT YOU WERE TALKING ABOUT THE DIP BEFORE

11:14:08 8    THE SECOND HUMP; ISN'T THAT TRUE?

11:14:13 9    A.  CORRECT.

11:14:13 10   Q.  CORRECT.  OKAY.  SO I DIDN'T GET IT WRONG.  THANK GOD.

11:14:16 11           SO WE HAVE A SECOND PROBLEM WITH THE --

11:14:19 12   A.  I THINK YOU SAID THAT THERE WAS A PROBLEM WITH THE SECOND HUMP.

11:14:22 13   Q.  I DID, MY FAULT.

11:14:24 14   A.  RIGHT, OKAY.

11:14:24 15   Q.  I SHOULD HAVE BEEN TALKING ABOUT THE DIP.

11:14:27 16           MR. BRUNO:  SO IF I CAN APPROACH AGAIN.

11:14:29 17           THE COURT:  YOU MAY.

11:14:30 18   BY MR. BRUNO:

11:14:31 19   Q.  SO THE SECOND PROBLEM WE GOT HERE IS WE GOT THE DIP IS TOO LOW.

11:14:37 20   A.  THIS IS THE SAME AS THE FIRST ONE THAT YOU HAVE, THEY'RE ONE IN

11:14:40 21   THE SAME THING.

11:14:42 22   Q.  THE FIRST ONE DEALT -- THE FIRST ONE, IN FAIRNESS TO ME, DEALT

11:14:46 23   WITH THIS, RIGHT (INDICATING)?

11:14:48 24   A.  NO, NO, NOT AT ALL.

11:14:51 25   Q.  WELL, I THOUGHT WHAT YOU SAID TO ME --

11:14:53 1              THE COURT:  THE FIRST ONE DEALT WITH THE GREEN?

11:14:57 2              THE WITNESS:  YEAH.  IF YOU CAN RECALL FROM MY TESTIMONY

11:14:58 3    YESTERDAY JUST THE HYDROGRAPH, IF IT HAD SIMULATED THE SURGE ON THE

11:15:07 4    SOUTH SHORE OF LAKE PONTCHARTRAIN CORRECTLY, WE WOULD NOT SEE THAT

11:15:11 5    SECOND, THAT LITTLE DIP BETWEEN THE FIRST AND SECOND PEAK.  WE WOULD

11:15:14 6    HAVE SEEN A MUCH MORE GRADUAL TRANSITION FROM THE FIRST PEAK THROUGH

11:15:19 7    THE TIME THAT WE HAD A HIGH STORM SURGE OF 12 FEET ON THE SOUTH

11:15:24 8    SHORE OF LAKE PONTCHARTRAIN AND INTO THE SECOND PEAK THAT WE SEE IN

11:15:29 9    LAKE BORGNE THAT'S DUE TO REBOUNDING OF THE SURGE FROM THE COAST OF

11:15:33 10   MISSISSIPPI.

11:15:33 11             THAT'S WHAT I WAS TRYING TO EXPLAIN YESTERDAY IN MY DIRECT

11:15:36 12   TESTIMONY.  THIS WOULD BE A MORE ACCURATE HYDROGRAPH THAT ADCIRC

11:15:42 13   WOULD HAVE SIMULATED HAD WE DONE A BETTER JOB OF SIMULATING THE

11:15:46 14   SOUTH -- THE STORM SURGE ON THE SOUTH SHORE OF LAKE PONTCHARTRAIN.

11:15:49 15   BY MR. BRUNO:

11:15:50 16   Q.  I THOUGHT YOU TOLD US THAT THE FACT THAT THIS HYDROGRAPH SHOWS A

11:15:55 17   THREE AND A HALF FOOT GAP WAS WRONG BECAUSE OF IT DIDN'T SIMULATE

11:16:02 18   THE STORM SURGE ON THE SOUTH SHORE, DIDN'T YOU TELL US THAT?

11:16:05 19   A.  THE LINE I JUST DREW WAS FOR THE BASE CASE AND WOULD HAVE BEEN

11:16:11 20   THE CASE FOR ALTERNATIVE S 5 AND 6 WITH THE MRGO AS AUTHORIZED.

11:16:17 21             YOU'RE TALKING ABOUT A LITTLE BIT MORE COMPLICATED

11:16:20 22   SITUATION WHERE WE'VE REMOVED THE MRGO.  AND SO TO MAKE THAT

11:16:25 23   ANALYSIS, IN LIGHT OF WHAT I SAW HERE, I CAME AT IT FROM A NUMBER OF

11:16:32 24   DIFFERENT WAYS; BUT AT END OF THE DAY, I RELIED AS MUCH ON THE

11:16:39 25   PLAINTIFFS' MODELING AS ANYTHING BECAUSE THEY TRIED TO GET AROUND

11:16:39 1   THIS PARTICULAR ISSUE BY FORCING THEIR MODEL AT LAKE PONTCHARTRAIN

11:16:42 2   WITH THE MEASURED WATER LEVEL DATA OF 12 FEET.

11:16:46 3           SO MY SENSE IS THEIR MODELING WOULD NOT HAVE -- THEY

11:16:52 4   DIDN'T HAVE TO ADDRESS THIS PARTICULAR DIP, THEY JUST FORCED THE

11:16:55 5   MODEL WITH THE MEASURED DATA AT LAKE PONTCHARTRAIN, THEREBY AVOIDING

11:17:00 6   THIS PARTICULAR ISSUE.

11:17:01 7   Q.  MR. EBERSOLE, WE ARE NOT TALKING ABOUT THE DIP.

11:17:04 8   A.  I THOUGHT WE WERE.

11:17:05 9   Q.  NO, WE'RE NOT.

11:17:06 10  A.  OKAY.

11:17:07 11  Q.  LET ME GET YOU TO LISTEN TO MY QUESTION.

11:17:09 12  A.  ALL RIGHT.

11:17:10 13  Q.  I ASKED YOU ABOUT THE GAP BETWEEN H3 AND H1.  YOU SAID IT WAS

11:17:17 14  THREE AND A HALF FEET ON THE CHART.  THEN YOU TOLD US THAT, NO, IT'S

11:17:21 15  REALLY NOT AN ACCURATE DEPICTION OF THE GAP BECAUSE YOU SAID THERE

11:17:25 16  WAS A DEFICIENCY IN THE MODEL, YOU SAID IT DIDN'T SIMULATE THE STORM

11:17:30 17  SURGE ON THE SOUTH SHORE AND YOU SAID THE GAP WASN'T THREE AND A

11:17:33 18  HALF FEET, IT WAS MORE LIKE A FOOT; ISN'T THAT WHAT YOU TOLD US?

11:17:37 19  A.  YEAH, A FOOT TO APPROACHING A FOOT AND A HALF I BELIEVE.

11:17:39 20  Q.  SO WHERE IS THE PROBLEM WITH THE SL15, IS IT IN THE HEIGHT OF

11:17:45 21  THE SURGE OR IS IT IN THE HEIGHT OF THE H3?  WHERE IS THE

11:17:49 22  DEFICIENCY?

11:17:52 23  A.  WELL, CERTAINLY NONE OF THE ALTERNATIVES WOULD HAVE ALTERED THE

11:17:58 24  STORM SURGE ON THE SOUTH SHORE OF LAKE PONTCHARTRAIN.

11:18:01 25  Q.  WELL, YEAH, I KNOW.

—————————— FINAL DAILY COPY ——————————

11:18:04 1   A.   SO, YOU KNOW, IT INFLUENCES THE SIMULATION OF ADCIRC FOR

11:18:10 2   EVERYTHING IN THE INDUSTRIAL CANAL.  AND THAT'S WHY I CERTAINLY

11:18:15 3   RECOMMENDED THAT WE USE THE MEASUREMENTS TO AVOID THIS PARTICULAR

11:18:18 4   PROBLEM IN OUR INTERIOR FLOODING ANALYSIS DOWN IN THIS PART OF THE

11:18:23 5   SYSTEM WHICH WE, TO MY UNDERSTANDING, WE HAVE DONE.

11:18:26 6   Q.   SO ADCIRC SL15 IS ACCURATE FOR THE H3 CASE, RIGHT?

11:18:33 7   A.   THAT DEPENDS WHERE IN THE SYSTEM YOU ARE.  I THINK IT HAS GREAT

11:18:37 8   ACCURACY OUT ALONG REACH 2.  IT'S BACK HERE IN THE INDUSTRIAL CANAL

11:18:42 9   WHERE THE SURGE RESPONSE IS INFLUENCED BY WHAT HAPPENED ALONG THE

11:18:45 10  SOUTH SHORE OF LAKE PONTCHARTRAIN THAT I THINK IT HAS LIMITATIONS.

11:18:50 11  Q.   MR. EBERSOLE, WE'RE RIGHT HERE WITH THIS CHART ON THIS SCREEN

11:18:56 12  (INDICATING).  DOES THE ADCIRC SL 12 (SIC) ACCURATELY DEPICT THE H3

11:19:01 13  CURVE OR NOT?

11:19:08 14  A.   NO, I DON'T BELIEVE SO.

11:19:10 15  Q.   WHY NOT?

11:19:10 16  A.   WELL, I JUST TRIED TO EXPLAIN THAT.  I CAN GO THROUGH IT AGAIN

11:19:13 17  IF YOU LIKE.

11:19:14 18  Q.   WHAT YOU JUST TOLD US BEFORE WAS SINCE H3 IS BASED UPON PRE '58

11:19:24 19  CIRCUMSTANCES, WE CAN'T REALLY BLAME IT ON LAKE PONTCHARTRAIN,

11:19:27 20  THAT'S WHAT YOU JUST TOLD US A FEW MODEMS AGO.

11:19:30 21  A.   I DON'T THINK I SAID THAT AT ALL.  I THINK WHAT I SAID WAS THAT

11:19:35 22  THE SURGE AT THE SOUTH SHORE OF LAKE PONTCHARTRAIN OF 12 FEET WOULD

11:19:37 23  BE THERE REGARDLESS OF ANY OF THESE ALTERNATIVES.  AND SO ONE HAS TO

11:19:41 24  DEAL WITH IT.  SO IF THE MODEL HAS A PROBLEM SIMULATING THE SURGE ON

11:19:46 25  THE SOUTH SHORE OF LAKE PONTCHARTRAIN, THEN IT'S GOING TO INFLUENCE

11:19:49 1    THE RESULTS FOR ALL OF THE ALTERNATIVES.

11:19:51 2    Q.  OKAY.  SO THAT MEANS THAT THE H3 PEAK IS WRONG WITH SL15,

11:19:58 3    CORRECT?

11:19:58 4    A.  I THINK I JUST SAID THAT, YES.

11:20:00 5    Q.  SO THEN ALSO THE PEAK FOR THE KATRINA IS WRONG AS WELL?

11:20:04 6    A.  NO, I DON'T THINK THE PEAK IS WRONG, IT'S THE TRANSITION FROM

11:20:08 7    THE FIRST PEAK TO THE REBOUND IN PEAK FROM MISSISSIPPI THAT'S WRONG.

11:20:12 8            THE FIRST PEAK, THE FIRST PEAK HAPPENS WHILE THE CENTER OF

11:20:16 9    THE STORM IS SOUTH OF LAKE BORGNE AND PILING THE WATER AGAINST THE

11:20:20 10   REACH 2 LEVEE.  THAT'S ONE KEY EVENT IN DEFINING THE STORM SURGE IN

11:20:26 11   THE INDUSTRIAL CANAL.

11:20:27 12           THE SECOND -- I'LL SAY THE THIRD EVENT THAT'S EQUALLY

11:20:32 13   IMPORTANT IS THE SIMULATION OF THE REBOUNDING SURGE FROM THE COAST

11:20:37 14   OF MISSISSIPPI, WHICH YOU SEE IN THE SECOND PEAK HERE.  THE MODEL

11:20:42 15   DOES THOSE QUITE WELL.

11:20:43 16           WHAT THE MODEL DOESN'T DO IS THAT, THE MIDDLE PIECE TO

11:20:47 17   WHAT'S DRIVING SURGE IN THE INDUSTRIAL CANAL AND IT'S THE

11:20:50 18   UNDERPREDICTION OF THE SURGE AT THE SOUTH SHORE OF THE LAKE WHICH

11:20:53 19   HAPPENS BETWEEN THE TIME OF THE FIRST AND SECOND PEAKS THAT ARE

11:20:57 20   SHOWN HERE.

11:20:58 21           THE COURT:  SO IS THAT THE REASON -- I THINK YOU'VE

11:21:01 22   EXPLAINED IT, BUT IS THAT THE REASON THAT THE ADCIRC MODEL HERE IN

11:21:10 23   YOUR OPINION BASICALLY COMES CLOSER TO MEASURING THE APPROPRIATE

11:21:17 24   SURGE PEAK FOR KATRINA RATHER THAN APPROPRIATELY MEASURING THE SURGE

11:21:25 25   PEAK FOR -- EXCUSE ME -- H4?  IN OTHER WORDS, WHY WOULD LAKE

11:21:36 1  PONTCHARTRAIN NOT AFFECT THE KATRINA AND AFFECT THE OTHER ONES?

11:21:39 2          THE WITNESS:  IT DOES, IT AFFECTS ALL OF THE ALTERNATIVE

11:21:41 3  SIMULATIONS.

11:21:42 4  BY MR. BRUNO:

11:21:42 5  Q.  IF IT AFFECTS ALL OF THEM, IF IT AFFECTS ALL OF THEM THEN YOU

11:21:46 6  HAVE TO REDUCE THIS PEAK AND YOU HAVE TO REDUCE THIS PEAK

11:21:48 7  (INDICATING), DON'T YOU?

11:21:50 8  A.  NO.  I THINK I JUST SAID THAT THE SIMULATION OF THE FIRST PEAK

11:21:54 9  WITH THE MODEL IS VERY ACCURATE, AS WELL AS THE SIMULATION OF THAT

11:21:58 10 SECOND PEAK DUE TO THE REBOUND IN THE SURGE IS VERY ACCURATELY

11:22:02 11 SIMULATED.  WHAT'S NOT SIMULATED IS THAT THIRD ASPECT OF THE

11:22:06 12 DYNAMICS OF THE SURGE, AND THAT'S THE SURGE THAT OCCURRED AT LAKE

11:22:11 13 PONTCHARTRAIN BETWEEN THOSE TWO PEAKS, THE MAXIMUM ON THE SOUTH

11:22:15 14 SHORE OF THE LAKE OCCURRED BETWEEN THOSE TWO PEAKS.

11:22:25 15         SO IF YOU WANT TO GET AN ACCURATE ESTIMATE IN THE

11:22:25 16 INDUSTRIAL CANAL, YOU HAVE TO CONSIDER ALL THREE OF THOSE THINGS AND

11:22:25 17 DO ALL THREE OF THOSE THINGS WELL.  ADCIRC DID TWO OF THEM VERY

11:22:29 18 WELL, ONE OF THEM NOT AS WELL.

11:22:31 19 Q.  MR. EBERSOLE, CAN WE JUST TALK ABOUT THE PEAKS AND NOT TALK

11:22:34 20 ABOUT THE TROUGH AT ALL, CAN WE LEAVE THAT OFF OF THE TABLE FOR A

11:22:37 21 MOMENT?

11:22:38 22         THE COURT:  WHY DON'T YOU FRAME YOUR QUESTION SO THAT'S

11:22:39 23 WHAT IT IS; AND IF HE NEEDS TO EXPLAIN IT, I'M GOING TO LET HIM DO

11:22:43 24 THAT.

11:22:44 25         MR. BRUNO:  THAT'S FINE, I WANT TO ASK ABOUT THE PEAKS.

11:22:46 1          THE COURT:  FINE.  ASK HIM YOUR QUESTION, FRAME IT AS

11:22:49 2  SUCH; AND IF HE NEEDS TO EXPLAIN IT BY USING SOMETHING ELSE, HE MAY.

11:22:57 3  GO AHEAD AND ASK THE QUESTION.

11:22:59 4  BY MR. BRUNO:

11:22:59 5  Q.  YOU TOLD ME JUST NOW THAT THIS PEAK IS ACCURATE, CORRECT

11:23:04 6  (INDICATING)?

11:23:04 7          THE COURT:  WHEN YOU SAY THIS PEAK, FOR THE RECORD.

11:23:08 8  BY MR. BRUNO:

11:23:09 9  Q.  THIS PEAK IS THE H1 KATRINA PEAK; IS THIS ACCURATE?

11:23:11 10  A.  YEAH, WE DID SOME SMALL SCALING.

11:23:13 11  Q.  FINE.  AND YOU SAID THIS PEAK, WHICH IS H3 PEAK, IS ACCURATE,

11:23:16 12  RIGHT (INDICATING)?

11:23:16 13  A.  NO.  I SAID H3 PEAK, H2 PEAK, H4 PEAK, THEY'RE GOING TO BE

11:23:24 14  INFLUENCED BY HOW WELL WE DO THAT TRANSITION.

11:23:26 15          THE COURT:  YOU THINK THEY'RE UNDERSTATED?

11:23:30 16          THE WITNESS:  I'M NOT SURE.  IT'S A TOUGH ANALYSIS TO TRY

11:23:32 17  TO DO WITHOUT ACTUALLY MAKING A MODEL SIMULATION.

11:23:34 18          THE COURT:  THAT'S WHAT I WAS INTERESTED IT.

11:23:36 19          MR. BRUNO:  THAT'S WHAT I WAS TRYING TO FIGURE OUT MYSELF.

11:23:38 20  BY MR. BRUNO:

11:23:38 21  Q.  SO THIS ONE IS OKAY, THIS ONE IS UNDERSTATED (INDICATING)?

11:23:41 22  A.  I HAD TO MAKE MY ANALYSIS OTHER WAYS; AND LIKE I SAID, I RELIED

11:23:44 23  PRIMARILY ON PLAINTIFFS' MODELING RESULTS TO MAKE MY ANALYSIS OF

11:23:48 24  WHETHER THOSE TWO BREACHES WOULD HAVE OCCURRED WITH OR WITHOUT THE

11:23:51 25  MRGO.

11:23:54 1  Q.  NOW, THIS CURVE DOESN'T HAVE ANY BREACHING IN IT, CORRECT?

11:24:00 2  A.  WHICH CURVE?

11:24:00 3          THE COURT:  ANY CURVE THERE.

11:24:02 4  BY MR. BRUNO:

11:24:02 5  Q.  ALL OF THEM?

11:24:03 6          THE COURT:  THOSE HYDROGRAPHS DO NOT CONTEMPLATE BREACHES?

11:24:07 7          THE WITNESS:  CORRECT.  THAT'S CORRECT.

11:24:09 8  BY MR. BRUNO:

11:24:09 9  Q.  NOW, BY THE WAY, WHILE WE'RE LOOKING HERE, YOU SAID THE PEAK IS

11:24:14 10 ACCURATELY DEPICTED, DID YOU NOT, IN H1?

11:24:18 11 A.  YEAH.  YOU KNOW, WE WOULD HAVE SCALED IT, SLIGHTLY UNDERSTATES,

11:24:23 12 IN COMPARISON WITH THE MEASURED VALUE OF 14.3 WE'RE SLIGHTLY UNDER

11:24:27 13 THAT.

11:24:27 14 Q.  YOU'RE SURE THIS IS ACCURATE BEFORE I ASK -- IT'S ACCURATE IN

11:24:33 15 HEIGHT AND IT'S ACCURATE IN TIME, CORRECT?

11:24:35 16 A.  I THINK WE HAVE A BETTER ESTIMATE BY DOING THE SCALING THAT I'VE

11:24:38 17 DESCRIBED IN MY EXPERT REPORT.

11:24:40 18 Q.  NOW, 29.3 IS 7 O'CLOCK.  ISN'T THAT TRUE -- I'M SORRY, 7:30, I

11:25:00 19 AM WRONG.  29.3, THAT'S .3 OF A 12-HOUR DAY.

11:25:00 20 A.  YEAH, I DON'T KNOW.  I AM A LITTLE LEERY OF SOME OF THESE AXES.

11:25:04 21 I NOTICED IN SOME OF THE HIS CHARTS THAT SOMEBODY CLEARLY HAD MADE A

11:25:08 22 MISTAKE AND HAD NOT DONE THE CONVERSION FROM UTC TO CENTRAL DAYLIGHT

11:25:14 23 CORRECTLY.  SO I AM A LITTLE LEERY OF USING THIS FOR TIMING.  I'D

11:25:18 24 RATHER USE THE INFORMATION IN MY OWN REPORT.

11:25:23 25 Q.  SO WE HAVE ANOTHER MISTAKE?

11:25:26 1    A.  A PLOTTING MISTAKE IN ALL LIKELIHOOD.

11:25:29 2    Q.  IT'S ANOTHER MISTAKE, RIGHT?

11:25:31 3    A.  YEAH.  I KNOW I CORRECTED PROPERLY TO GO FROM UTC TO CENTRAL

11:25:36 4    DAYLIGHT TIME.  SO IF WE WANT TO HAVE MORE DISCUSSION ABOUT THE

11:25:40 5    UPPER SET OF CURVES, IT WOULD BE BETTER OFF TAKING A FIGURE FROM MY

11:25:44 6    OWN REPORT THAT HAS THINGS IN PROPER RELATIONSHIP.

11:25:47 7         THE COURT:  WHY DON'T YOU ASK HIM TO ASSUME IT, SIR, YOU

11:25:50 8    CAN ASK THE WITNESS A HYPOTHETICAL QUESTIONS AND, THEN I WILL

11:25:52 9    ULTIMATELY DETERMINE HOW GOOD THE ASSUMPTION IS.

11:25:55 10   BY MR. BRUNO:

11:25:56 11   Q.  ALL I WANT TO ESTABLISH IS, JUST LOOKING AT THE CHART,

11:25:58 12   MR. EBERSOLE, THIS SHOWS THAT THE PEAK SURGE OCCURS BEFORE 7:30; IN

11:26:04 13   FACT, IT SHOWS IT AT ABOUT 6:36?

11:26:07 14        THE COURT:  ASSUMING, FIRST MAKE THE ASSUMPTION, BECAUSE

11:26:09 15   HE IS NOT NECESSARILY AGREEING WITH YOU.

11:26:14 16        MR. BRUNO:  YES.

11:26:14 17   BY MR. BRUNO:

11:26:14 18   Q.  ASSUMING THAT THE 29.1, .2, .3, THAT THAT IS CORRECT, WAS THE

11:26:25 19   SURGE LEVEL, DO YOU AGREE WITH ME THAT WHAT THIS CHART DEPICTS IS

11:26:28 20   THE PEAK SURGE AT ABOUT 6:30?

11:26:31 21   A.  NO, I DON'T.

11:26:33 22   Q.  WHAT IS THE TIME OF THE PEAK SURGE ON THIS CHART?

11:26:36 23   A.  I DON'T KNOW, I DON'T SEE A TIME REFERENCE HERE SO I AM NOT

11:26:43 24   SURE.  ALL I SEE IS DECIMAL DAYS, I DON'T KNOW WHAT, IF THAT'S

11:26:48 25   DECIMAL DAYS IN UTC OR DECIMAL DAYS IN CENTRAL DAYLIGHT TIME.

11:26:53 1          THE COURT:  THAT'S WHY I ASKED YOU.  ASSUME THAT 29.3 IS X

11:26:56 2  OKAY AND GO FROM THERE.  IT'S HYPOTHETICAL.

11:26:59 3  BY MR. BRUNO:

11:27:00 4  Q.  WELL, ASSUME THAT 29.3 IS 730.  WOULD YOU AGREE WITH ME THAT THE

11:27:06 5  PEAK AS DEPICTED ON THE CHART IS 6:30?

11:27:15 6          THE COURT:  7:30 A.M.

11:27:18 7          MR. BRUNO:  A.M., YOU'RE RIGHT.

11:27:20 8          THE COURT:  CENTRAL STANDARD TIME.

11:27:22 9          MR. BRUNO:  YOU'RE RIGHT, YOU'RE RIGHT.

11:27:23 10          THE COURT:  AND THAT'S A HYPOTHETICAL ASSUMPTION.

11:27:26 11          MR. BRUNO:  THAT'S A HYPOTHETICAL.

11:27:28 12          THE WITNESS:  I HOPE I DON'T GET LOST IN THE LAND OF

11:27:31 13  HYPOTHETICALS HERE.

11:27:33 14          THE COURT:  THERE'S A LOT OF HYPOTHETICALS GOING ON.  SO

11:27:36 15  GO AHEAD.

11:27:37 16          THE WITNESS:  THE .1 DAY IS 2.4 HOURS, CORRECT?

11:27:48 17          MR. BRUNO:  I WOULD GUESS.

11:27:49 18          THE WITNESS:  SO THAT PEAK, THE MIDDLE OF IT WOULD BE

11:27:49 19  MIDDLE OF THOSE TWO-BLOCKS WOULD BE 1.2 HOURS SO I AM GOING TO SAY

11:27:54 20  IT WOULD BE A HALF HOUR EARLIER THAN WHATEVER YOU CITED WAS THE TIME

11:27:59 21  THAT 29.3.

11:28:00 22  BY MR. BRUNO:

11:28:00 23  Q.  ABOUT 7 O'CLOCK?

11:28:02 24  A.  IF YOU SAID 7:30 AT 29.3, YES.

11:28:07 25  Q.  WELL, THE PERSON WHO DREW THIS CHART THEY COULD HAVE USED

11:28:12 1    CENTRAL STANDARD TIME IF THEY HAD CHOSEN; ISN'T THAT CORRECT?

11:28:15 2    A.  SURE.  I THINK IT WOULD BE A LOT MORE INFORMATIVE HAD THEY DONE

11:28:19 3    SO.

11:28:20 4              THE COURT:  AND WOULD HELP THE COURT.

11:28:21 5              THE WITNESS:  SURE WOULD HELP ME.

11:28:26 6              THE COURT:  IT WOULD HELP US ALL MORE.

11:28:29 7    BY MR. BRUNO:

11:28:30 8    Q.  LET'S GO TO JX 211, 43, WHICH IS YOUR HYDROGRAPH.  JX 211, PAGE

11:28:51 9    43.  THIS IS FROM MR. EBERSOLE'S EXPERT REPORT.  CAN WE BLOW THAT

11:29:02 10   UP.  THIS IS YOUR HYDROGRAPH THAT YOU REFERENCED A FEW MOMENTS AGO.

11:29:07 11   A.  CORRECT.  THIS IS THE ADCIRC SIMULATION, SL15 SIMULATION AT THE

11:29:14 12   BREACHES SITE.

11:29:15 13             THE COURT:  JUST SO I CAN GET SOMETHING CLEARED UP.

11:29:18 14   FORGIVE ME.  IS THIS THE HYDROGRAPH YOU UTILIZED PRIOR TO ANY

11:29:22 15   SCALING?

11:29:23 16             THE WITNESS:  NO, THIS WOULD BE THE SCALED VERSION OF THAT

11:29:25 17   HYDROGRAPH.

11:29:26 18             THE COURT:  SO IT'S THE ADCIRC MODIFIED BY EBERSOLE?

11:29:29 19             THE WITNESS:  I THINK I USED ABOUT FOUR PERCENT SCALING ON

11:29:33 20   THIS PARTICULAR HYDROGRAPH.

11:29:35 21             THE COURT:  FOUR PERCENT?

11:29:36 22             THE WITNESS:  FOUR PERCENT.

11:29:40 23             THE COURT:  CAN WE CALL UP JX 196, PAGE 202, AND PUT THEM

11:29:47 24   SIDE BY SIDE.

11:29:50 25   BY MR. BRUNO:

─────────────────── FINAL DAILY COPY ───────────────────

11:29:51 1   Q.  SO THE TOP ONE YOU TOLD US IS THE HYDROGRAPH OF DR. WESTERINK,

11:29:54 2   RIGHT?

11:29:55 3   A.  CORRECT.

11:29:56 4   Q.  AND THE BOTTOM ONE IS YOUR HYDROGRAPH, RIGHT?

11:30:00 5   A.  CORRECT, CORRECT.

11:30:02 6   Q.  WELL, I COULD BE CRAZY, BUT THIS LINE ON THE UP SURGE DOESN'T

11:30:08 7   LOOK VERY MUCH LIKE THE LINE ON YOUR UP SURGE?

11:30:11 8          THE COURT:  CAN WE GET SOMETHING STRAIGHT?  THIS IS THE

11:30:14 9   HYDROGRAPH OF KATRINA WHICH WOULD COINCIDE WITH THE BLUE --

11:30:19 10          MR. BRUNO:  H1.

11:30:21 11          THE COURT:  -- H1, I TAKE IS IN BLUE, MAYBE I AM WRONG,

11:30:23 12   WHATEVER COLOR IT'S IN, I CAN'T TELL, H1 -- IT CORRESPONDS WITH H1?

11:30:28 13          MR. BRUNO:  RIGHT.

11:30:29 14          THE COURT:  THE BOTTOM DONE BY MR. EBERSOLE CORRESPONDS

11:30:34 15   TO -- HE IS DOING HIS SCALED VERSION OF THE H1 DONE BY WESTERINK.

11:30:39 16          MR. BRUNO:  RIGHT, RIGHT.

11:30:43 17   BY MR. BRUNO:

11:30:44 18   Q.  SO WOULD YOU AGREE WITH ME THAT THE WATER RISE LINE ON YOUR

11:30:49 19   HYDROGRAPH DOESN'T MATCH VERY WELL WITH THE WATER RISE LINE ON

11:30:53 20   DR. WESTERINK'S HYDROGRAPH?

11:30:55 21   A.  NO, IT MATCHES QUITE CLOSELY, I AM NOT SURE WHAT YOU'RE LOOKING

11:30:59 22   AT.

11:30:59 23   Q.  IT'S QUITE CLOSE, YOU DON'T SEE THAT IN THE MIDDLE THERE IS A

11:31:02 24   MUCH LOWER DIP THAN THERE IS --

11:31:08 25   A.  WE'RE NOT LOOKING AT THE SAME ELEVATION RANGE, THE TWO PLOTS

11:31:08 1  DON'T SHOW THE SAME PARTS OF THE HYDROGRAPH.

11:31:09 2  Q.  THAT'S FAIR ENOUGH, WE WILL LET THE COURT DECIDE THAT.

11:31:12 3          AND WE ALSO SEE THAT THE PEAKS ARE A LITTLE THINNER, TOO,

11:31:14 4  DON'T WE?

11:31:14 5  A.  NO.  I THINK YOU'RE GETTING CONFUSED BY THE PROPORTIONAL

11:31:18 6  HYDROGRAPH SHOWN IN THE UPPER FIGURE COMPARED TO THE PROPORTION OF

11:31:23 7  THE HYDROGRAPH SHOWN IN THE LOWER FIGURE.

11:31:24 8          THE COURT:  IF I AM GOING TO UNDERSTAND THIS AND I HAVE TO

11:31:26 9  UNDERSTAND THIS.  THE TIME LAPSE IN-BETWEEN -- BECAUSE WE USE

11:31:29 10  DIFFERENT DATA, I HAVE TO UNDERSTAND THE TIME LAPSE THAT'S DEPICTED

11:31:34 11  IN THE POINT OF THE HIGH POINT OF THE SURGE IN NUMBER ONE AND NUMBER

11:31:42 12  TWO.  I DON'T KNOW HOW THEY MATCH UP.

11:31:44 13          THE WITNESS:  JUST KEEP IN MIND THE UPPER CURVE ONLY SHOWS

11:31:48 14  THE SURGE LEVELS ABOVE, I DON'T KNOW, SIX AND A HALF OR SEVEN FEET;

11:31:54 15  WHEREAS, THE BOTTOM FIGURE SHOWS THE SURGE ABOVE TWO FEET.  SO WE'RE

11:32:01 16  ONLY SEEING ROUGHLY THE UPPER PART OF THIS HYDROGRAPH IN THE TOP

11:32:08 17  FIGURE.

11:32:09 18  BY MR. BRUNO:

11:32:10 19  Q.  SO WHERE DID YOU GET THE REST OF THE INFORMATION FROM?

11:32:12 20  A.  DR. RESIO -- I'M SORRY, NOT DR. RESIO.  DR. WESTERINK PLACED THE

11:32:19 21  OUTPUT FROM THESE FILES ON A SHARED FILE SPACE AND THEY WERE ALWAYS

11:32:24 22  IN UTC COORDINATES AND MY STAFF WOULD RETRIEVE THOSE FILES AND DO

11:32:30 23  SOME FORMATTING OF THEM; AND THEN I WOULD DO THE ACTUAL CONVERSION

11:32:34 24  OF UTC TO LOCAL DAYLIGHT TIME BY SUBTRACTING FIVE HOURS.  I WAS THE

11:32:40 25  ONE MAKING THE TIME CONVERSION ON ALL OF THESE DATA.

11:32:43 1    Q.  AND SO DID YOU DO ANYTHING TO THIS CURVE OTHER THAN JUST PUT IT

11:32:52 2    ON A DIFFERENT SCALE?

11:32:54 3    A.  AS I SAID, I SCALED THE HYDROGRAPH UPWARD BY FOUR PERCENT.

11:33:00 4    Q.  FOUR PERCENT?

11:33:01 5    A.  FOUR PERCENT.

11:33:01 6    Q.  WHERE DID YOU GET THAT NUMBER FROM?

11:33:04 7    A.  I DID A LOT OF COMPARISONS BETWEEN MODEL PREDICTIONS AND

11:33:10 8    EXCELLENT QUALITY HIGH WATER MARKS AND, YOU KNOW, PUT A LOT OF FAITH

11:33:15 9    IN THOSE HIGH WATER MARKS; AND I THINK THEY'RE OUR BEST ESTIMATES OF

11:33:19 10   A WHAT THE PEAK SURGE WAS IN VARIOUS PLACES.

11:33:21 11           AND SO WHERE I SAW THAT A MODEL RESULT WAS CONSISTENTLY

11:33:26 12   LOWER THAN THE OBSERVED PEAK SURGES, I USED A SCALING APPROACH TO

11:33:36 13   BASICALLY TRY TO CREATE A MORE ACCURATE HYDROGRAPH BASED ON THE

11:33:38 14   MEASUREMENTS THAT WE HAD.

11:33:41 15   Q.  SO YOU CHANGED THE OUTPUT?  RIGHT?

11:33:44 16   A.  YEAH, I'M SCALING, CHANGED IT, CORRECT.

11:33:47 17   Q.  SCALING.  SO WE HAVE ANOTHER PROBLEM WITH THE SL15, WE HAVE

11:33:50 18   ANOTHER DEFICIENCY, IT DOESN'T REALLY ACCURATELY SHOW THE HEIGHT OF

11:33:56 19   THE WATER?

11:33:56 20   A.  I WOULDN'T CHARACTERIZE IT AS THAT.  WE DO -- I MEAN, THIS IS A

11:34:05 21   TECHNIQUE WE CALL DATA ASSIMILATION, THIS IS USED THROUGHOUT THE

11:34:05 22   OCEANOGRAPHIC COMMUNITY, THROUGHOUT THE METEOROLOGICAL COMMUNITY.

11:34:09 23           EACH AND EVERY DAY WHAT YOU HEAR ON WEATHER STATIONS IS A

11:34:12 24   FORECAST THAT INVOLVES A FORECAST, A COMPUTER MODEL AND ALSO USE OF

11:34:19 25   MEASURED DATA TO PRODUCE A BETTER FORECAST.  AND THIS TYPE OF A DATA

11:34:25 1    ASSIMILATION TECHNIQUE IS DONE EACH AND EVERY DAY IN A FORECAST THAT

11:34:28 2    YOU SEE.  THIS IS NOT UNUSUAL.

11:34:31 3    Q.  WHAT YOU GENERALLY DO IS THAT YOU TRY TO CHANGE YOUR INPUT SO

11:34:36 4    THAT YOU HAVE ACCURATE OUTPUTS RATHER THAN CHANGING YOUR OUTPUTS TO

11:34:40 5    MATCH WHAT YOU WANT IT TO MATCH, RIGHT?

11:34:42 6    A.  NO, THAT'S NOT WHAT THEY DO WHEN THEY DO DATA ASSIMILATION.

11:34:46 7    THEY TAKE A MODEL RESULT AND THEY TAKE MEASUREMENTS AND WHERE THEY

11:34:49 8    SEE THERE ARE SOME SYSTEMATIC DIFFERENCES BETWEEN MEASURED DATA AND

11:34:54 9    A MODEL PREDICTION, THEY NUDGE THE MODEL PREDICTION IN THE DIRECTION

11:34:58 10   OF THE MEASUREMENTS TO GET A MORE ACCURATE FORECAST.

11:35:02 11           THE COURT:  AND THIS, PLEASE, IS THERE AN ALGORITHM THEM

11:35:06 12   OR SOME TYPE OF FORMULA TO DO THIS OR IS IT BASED ON EMPIRICAL

11:35:13 13   OBSERVATION?

11:35:14 14           THE WITNESS:  NO, IT IS QUITE SIMPLE.  WHAT I DID WAS

11:35:17 15   TAKE -- I NOTICED THAT THE PEAK DIFFERED BY FOUR PERCENT, SO I

11:35:23 16   BASICALLY TOOK THE WATER LEVEL HYDROGRAPHS THAT WERE COMPUTED WITH

11:35:27 17   THE ADCIRC SL15 MODEL AND MULTIPLIED THEM BY 1.04 TO COME UP WITH A

11:35:35 18   SCALED HYDROGRAPH.  AND IT'S NOT SO COMPLICATED.

11:35:37 19   BY MR. BRUNO:

11:35:38 20   Q.  NO, IT'S NOT.  BUT ON REACH 2 YOU DIDN'T USE FOUR PERCENT, YOU

11:35:42 21   USED 12 PERCENT?

11:35:43 22   A.  THAT'S CORRECT.

11:35:44 23   Q.  YOU USED TWO DIFFERENT SCALING FACTORS?

11:35:47 24   A.  CORRECT.

11:35:47 25   Q.  SO THE MODEL WAS OFF IN BOTH INSTANCES AND OFF BY A DIFFERENT --

11:35:52  1    TO A DIFFERENT DEGREE BASED UPON WHERE YOU WERE IN LOOKING AT THE

11:35:57  2    MODEL, RIGHT?

11:35:57  3    A.  EXACTLY.  THE ERROR IN THE MODEL ISN'T THE SAME SPATIALLY, SO

11:36:03  4    FOR REACH 2 I LOOKED AT COMPARISONS BETWEEN MODEL SIMULATIONS AND

11:36:08  5    MEASURED HIGH WATER MARKS FOR THE REGION SURROUNDING REACH 2.

11:36:15  6         12 PERCENT, NORMALLY IF YOU CAN PREDICT SURGE WITHIN

11:36:18  7    12 PERCENT YOU WOULD CONSIDER THAT QUITE GOOD.  BUT FOR THIS TYPE OF

11:36:23  8    AN INVESTIGATION AND ANALYSIS, I THOUGHT IT WAS VERY IMPORTANT TO

11:36:27  9    TRY TO ESTIMATE MORE ACCURATELY WHAT REALLY WAS THE HYDROGRAPH IN

11:36:33 10    LIGHT OF THE FACT THAT THE MODEL HAS SOME CONSISTENT LOW PREDICTION

11:36:40 11    BY, IN THAT CASE, ABOUT 12 PERCENT.

11:36:42 12    Q.  THE DUTCH FINEL HYDROGRAPH WAS SPOT ON, WEREN'T THEY?

11:36:47 13    A.  HARDLY.

11:36:48 14    Q.  HARDLY?

11:36:49 15    A.  HARDLY.

11:36:50 16    Q.  HOW DIFFERENT WERE THEY?

11:36:52 17    A.  I MEAN, THEIR PEAK IN THE INDUSTRIAL CANAL WAS THREE FEET OVER

11:36:59 18    THE MEASURED PEAK IN THE INDUSTRIAL CANAL.  WE HEARD IN THE

11:36:59 19    TESTIMONY FROM DR. KEMP YESTERDAY THAT THE DURATION ABOVE TEN FEET

11:37:05 20    WAS --

11:37:06 21         THE COURT:  NOT YESTERDAY.

11:37:09 22         THE WITNESS:  SORRY, SORRY.  SEEMED LIKE YESTERDAY.

11:37:11 23         THE COURT:  IT WAS SO COMPELLING IT SEEMS LIKE YESTERDAY.

11:37:14 24         THE WITNESS:  IT WAS SO COMPELLING, RIGHT.  ON FRIDAY WE

11:37:17 25    HEARD FROM DR. KEMP'S TESTIMONY THAT TIME, THE DURATION ABOVE TEN

11:37:25  1   FEET WAS UNDERSTATED BY THE PLAINTIFFS' MODELING BY THREE HOURS.

11:37:29  2   THE MEASUREMENT SUGGESTS ABOUT EIGHT AND A HALF HOURS AND THEY WERE

11:37:31  3   GETTING FIVE AND A HALF HOURS.  THOSE ARE SIGNIFICANT DEFICIENCIES

11:37:34  4   IN THEIR HYDROGRAPHS.

11:37:35  5   BY MR. BRUNO:

11:37:35  6   Q.  THAT'S NOT EXACTLY WHAT DR. KEMP SAID.  WHAT HE SAID WAS THAT

11:37:39  7   THE MODEL DIDN'T TAKE INTO CONSIDERATION THE BREACHING AND THAT IF

11:37:42  8   YOU FACTORED IN THE BREACHING YOU WOULD GET THE RESULT; ISN'T THAT

11:37:45  9   WHAT HE SAID?

11:37:46 10   A.  HE SAID HE'S WRONG, THAT ISN'T CORRECT EITHER.

11:37:48 11   Q.  THE QUESTION IS NOT WHETHER HE'S WRONG, THE QUESTION IS DIDN'T

11:37:52 12   HE SAY THAT THE DIFFERENCE WAS ACCOUNTED FOR BECAUSE WHEN YOU FACTOR

11:37:56 13   IN THE BREACHING OBVIOUSLY AND THE WALL IS NOT THERE, THE WATER GETS

11:38:01 14   TO GO THROUGH THE HOLE IN THE WALL AND SO THE PEAKS DROP, THAT'S

11:38:04 15   WHAT HE SAID.

11:38:05 16   A.  HE SAID THAT --

11:38:07 17   Q.  HE SAID THAT.

11:38:07 18   A.  HE SAID THAT, BUT IF YOU LOOK AT THE HIGH WATER MARKS YOU SEE

11:38:10 19   THAT BETWEEN THE CONFLUENCE OF THE INDUSTRIAL CANAL AND GULF

11:38:15 20   INTRACOASTAL WATERWAY AND THE LOCK YOU ONLY SEE A ONE FOOT DROP.

11:38:19 21   THE DATA DON'T SUGGEST A THREE-FOOT DROP, THEY ONLY SUGGEST A ONE

11:38:22 22   FOOT DROP.

11:38:23 23        SO IF YOUR MODEL IS THREE FEET OFF, YOU CAN EXPLAIN ONE OF

11:38:27 24   THAT DUE TO THE REASONING THAT HE ARTICULATED.  THE OTHER TWO FEET

11:38:32 25   ARE SIMPLY ERROR.

— FINAL DAILY COPY —

11:38:34  1   Q.   THERE IS ALSO A DIFFERENCE IN THE PEAK SURGE TIME AS BETWEEN

11:38:38  2   WHAT DR. WESTERINK FOUND AND WHAT YOU SCALED, RIGHT?   YOU ON YOUR

11:38:44  3   CHART SHOW THE PEAK SURGE AT 7:30, RIGHT?

11:38:48  4   A.   YEAH.   I MEAN, THERE ARE DIFFERENCES IN THE TIMING.   FRANKLY,

11:38:51  5   THEY'RE IRRELEVANT BECAUSE THE NORTH BREACH OCCURRED AT ROUGHLY I

11:38:56  6   THINK FOUR O'CLOCK, WHICH IS HOURS BEFORE THE PEAK SURGE; THE SOUTH

11:39:00  7   BREACH OCCURRED SEVERAL HOURS BEFORE THE TIME OF PEAK SURGE.

11:39:05  8            AND WHAT REALLY MATTERS AFTER THOSE BREACHES OCCURRED IS

11:39:08  9   THE AMOUNT OF TIME THAT THE WATER LEVEL REMAINS ABOVE TEN FEET THAT

11:39:13 10   CAN CONTINUE TO ACT TO PUSH WATER INTO THE FLOODED POLDERS.   SO THE

11:39:17 11   PEAK IS NOT ALL THAT IMPORTANT, TIMING OF THE PEAK.

11:39:22 12            AND I WOULD FURTHER SUGGEST TO YOU THAT YOUR PLAINTIFFS'

11:39:25 13   MODELING SHOWS ARRIVAL OF A 14-FOOT WATER LEVEL IN THE INDUSTRIAL

11:39:30 14   CANAL AT SIX O'CLOCK A.M. WHEREAS THE MEASUREMENTS SHOW AN ARRIVAL

11:39:42 15   AT AN ELEVATION OF 14 FEET BETWEEN EIGHT AND NINE O'CLOCK.   SO I

11:39:42 16   THINK YOUR PLAINTIFFS' MODELING HAS A WATER ARRIVING MUCH TOO EARLY

11:39:47 17   IN THE INDUSTRIAL CANAL.

11:39:48 18   Q.   THE BOTTOM LINE IS YOUR CHART MOVES BACK THE SURGE TIME BY ABOUT

11:39:52 19   HALF AN HOUR FROM WHAT DR. WESTERINK FOUND; ISN'T THAT TRUE?

11:39:55 20   A.   I LOOK AT IT THIS WAY.   ALL OF THIS MODELING THAT WE'RE DOING,

11:39:59 21   IF YOU VIEW IT AS A VIDEO, A MOVIE, IT DOESN'T MATTER WHETHER I

11:40:04 22   PUNCH THE PLAY BUTTON A LITTLE SOONER OR LATER, I AM STILL GOING TO

11:40:08 23   WATCH THE WHOLE MOVIE.   AND SO WHILE YOU MIGHT WANT TO FOCUS ON

11:40:11 24   DIFFERENCES IN TIME TO PEAK SURGE, IT'S NOT ALL THAT IMPORTANT.

11:40:14 25   Q.   OKAY.   LET'S WATCH THE MOVIE.   YOU FIND A PEAK SURGE OF 7:30 AT

11:40:20  1    REACH 2, DON'T YOU?

11:40:21  2    A.  IT'S IN THAT VICINITY.

11:40:24  3    Q.  OKAY.  SO LET ME FIGURE THIS OUT.  THE WATER HAS TO TRAVEL FROM

11:40:28  4    REACH 2 ALL THE WAY UP TO REACH 1 AND THEN GET INTO IHNC AND IT HAS

11:40:35  5    TO GET THERE AT THE EXACT SAME TIME IN ORDER TO HAVE PEAK SURGES AT

11:40:39  6    BOTH PLACES AT THE SAME POINT IN TIME; ISN'T THAT TRUE?

11:40:42  7    A.  WELL, THE ONLY REASON THE PLAINTIFFS' MODELING SHOWS A PEAK --

11:40:48  8           THE COURT:  FIRST, HE IS ASKING YOU A QUESTION.  YOU CAN

11:40:49  9    SAY YES, NO, I DON'T KNOW.  I DIDN'T HEAR AN ANSWER.  IS IT TRUE

11:40:53 10    WHAT HE SAID?

11:40:54 11           THE WITNESS:  I'M SORRY, CAN YOU REPEAT YOUR QUESTION?

11:40:55 12    BY MR. BRUNO:

11:40:55 13    Q.  YOU TOLD US THAT THE PEAK SURGE AT THE IHNC WAS 7:30, YOU TOLD

11:41:00 14    US THAT THE PEAK SURGE AT REACH 2 WAS 7:30, DOWN AT BAYOU DUPRE.  SO

11:41:04 15    DOESN'T THAT MEAN THEN THAT THE WATER'S GOT TO TRAVEL, BE PUSHED ALL

11:41:07 16    THE WAY UP THE MRGO INTO REACH 1, INTO THE IHNC, AND IT HAS TO GET

11:41:15 17    THERE SO THAT THEY BOTH HAPPEN AT THE SAME TIME 7:30, RIGHT?

11:41:19 18    A.  YEAH.  I WOULD IMAGINE THAT THE PEAK IN THE INDUSTRIAL CANAL IS

11:41:23 19    SLIGHTLY LATER.

11:41:24 20    Q.  LATER, GOT TO BE LATER.

11:41:25 21    A.  SLIGHTLY LATER.  AND I AM STILL NOT QUITE CLEAR ON THIS ISSUE

11:41:29 22    ABOUT THE SURGE IN LAKE PONTCHARTRAIN, HOW THAT WOULD INFLUENCE THE

11:41:32 23    TIMING OF THE PEAK SURGE.  I DON'T HAVE A GOOD FEEL FOR THAT.

11:41:35 24    Q.  ALL RIGHT.  JUST SO THAT I AM NOT CRAZY, YOU AGREE WITH ME IT

11:41:39 25    TAKES A LITTLE TIME FOR THE WATER TO TRAVEL SO THE PEAK SURGE IN THE

11:41:42 1  IHNC HAS GOT TO BE LATER?

11:41:44 2  A.  YOU KNOW, THESE ARE LONG WAVES, THEY TRAVEL FAST.

11:41:45 3  Q.  THEY'RE FAST WAVES?

11:41:45 4  A.  THEY ARE.

11:41:46 5  Q.  THE DUTCH FOUND ABOUT AN HALF AN HOUR DIFFERENCE, WOULD THAT BE

11:41:49 6  REASONABLE?

11:41:50 7  A.  YEAH, REASONABLE.

11:41:52 8  Q.  REASONABLE.  THANK YOU.  THAT WAS NICE OF YOU.

11:41:56 9  A.  THANKS.  YOU'RE WELCOME.

11:41:59 10  Q.  I APPRECIATE THAT.  FOR A MINUTE THERE I WAS THINKING WE WERE ON

11:42:07 11  TWO DIFFERENT PLANETS, ANYWAY.

11:42:07 12        THE COURT:  GO AHEAD, GO AHEAD.

11:42:07 13  BY MR. BRUNO:

11:42:07 14  Q.  NEXT SLIDE, SLIDE 57.  THIS IS THE IHNC HYDROGRAPH.  SLIDE 57,

11:42:17 15  PX 1460 FOR THE RECORD, IPET VOLUME IV, APPENDIX ONE, PAGE IV-1-67.

11:42:28 16  HERE WE SHOW A 9:00 P.M. PEAK, DON'T WE?

11:42:31 17  A.  WELL, WE KNOW THAT THE LOCK OPERATOR COLLECTED OBSERVATIONS

11:42:35 18  EVERY HOUR, SO WE KNOW THAT THE PEAK OCCURRED BETWEEN EIGHT AND

11:42:39 19  NINE.  THE SURFACE SLOPE ON THE RISE AND THE FALL ARE A BIT

11:42:42 20  DIFFERENT.  IT WOULD HAVE BEEN BETWEEN EIGHT AND NINE, PERHAPS 8:30.

11:42:47 21  Q.  OKAY.  YOU SAY 7:30, DR. WESTERINK SAYS BEFORE SEVEN, SO IF YOU

11:42:56 22  WANT TO BE TRUE TO WHAT YOU TOLD TO THE COURT, WE WANT TO MOVE ALL

11:42:57 23  OF YOUR DATA TO MEET WHAT WE KNOW TO BE ACCURATE AND IT'S GOING TO

11:43:02 24  BE BETWEEN EIGHT AND NINE, RIGHT?

11:43:05 25  A.  YEAH.  WHAT I DON'T UNDERSTAND IS WHETHER OR NOT NINE O'CLOCK WE

11:43:08 1    WERE BEGINNING TO SEE SOME INFLUENCE OF THE SURGE ON THE SOUTH SHORE

11:43:11 2    OF THE LAKE PONTCHARTRAIN THAT WOULD HAVE ALSO INFLUENCED LEVELS IN

11:43:16 3    THE INDUSTRIAL.  SO I DON'T --

11:43:18 4    Q.  THIS IS NOT ACCURATE EITHER?

11:43:20 5    A.  NO, THE DATA IS DEFINITELY ACCURATE.

11:43:22 6    Q.  IT'S DEFINITELY ACCURATE?

11:43:24 7    A.  YES.

11:43:24 8    Q.  DEFINITELY ACCURATE?

11:43:25 9    A.  I BELIEVE SO.

11:43:25 10   Q.  OKAY.  SO WE DEFINITELY HAVE A PEAK SURGE AT BETWEEN EIGHT AND

11:43:28 11   NINE, POSSIBLY NINE, RIGHT?

11:43:29 12   A.  YEAH.  I DON'T THINK IT WOULD BE NINE.  IF YOU LOOK AT THE

11:43:32 13   SURFACE RATE OF RISE ON THE FRONT SIDE, IT WOULD HAVE BEEN BEFORE

11:43:36 14   NINE O'CLOCK.

11:43:36 15   Q.  ONE THING WE KNOW IS IT'S NOT 7:30, IS IT?

11:43:41 16   A.  NO.  WE'RE OFF A LITTLE BIT I THINK IN THE ARRIVAL TIME.

11:43:44 17   Q.  OKAY.  THANK YOU.

11:43:47 18        AND BY THE WAY, THIS HYDROGRAPH DOES REFLECT THE BREACHING

11:43:53 19   MECHANISM AT THE NORTH AND SOUTH, WHAT WE CALL THE NORTH AND SOUTH

11:43:59 20   PART OF THE LOWER NINTH WARD, RIGHT?

11:44:01 21   A.  YEAH.  BUT I WANTED TO POINT OUT THAT THE PLAINTIFFS' HYDROGRAPH

11:44:05 22   IS AT LEAST TWO FEET IN ERROR, PROBABLY TWO FEET IN ERROR.  SO

11:44:08 23   THEY'RE GOING TO NATURALLY GET A LATER ARRIVING AMOUNT OF HIGH WATER

11:44:13 24   BECAUSE THEY HAVE A LOT MORE WATER COMING IN THERE ABOVE THE PEAK OF

11:44:21 25   14 FEET.  THEY GOT 17 FEET AND I BELIEVE YOU CAN ONLY ATTRIBUTE A

11:44:26 1    FOOT OF THAT TO THE EFFECTS OF BREACHING.

11:44:29 2            SO THEY JUST HAVE A LOT MORE WATER THAT THEY'RE

11:44:32 3    INTRODUCING EARLIER INTO THIS AS COMPARED TO THE MEASURED

11:44:36 4    HYDROGRAPH.  YOU CAN GO BACK AND LOOK AT IT.

11:44:40 5            LIKE I SAID, AT 14 FEET THEIR HYDROGRAPH SHOWS A LEVEL OF

11:44:44 6    14 FEET AT 6:00 A.M.  THAT'S THREE HOURS BEFORE THE 9:00 A.M. HERE.

11:44:49 7    SO I THINK FOR YOU TO TRY CHARACTERIZE THE PLAINTIFFS' HYDROGRAPH AS

11:44:58 8    BEING A SUPERIOR AS TO THE WATER LEVELS WOULD BE FALSE.

11:44:58 9    Q.  CAN I GET AN ANSWER TO MY QUESTION?

11:45:00 10   A.  WHAT WAS YOUR QUESTION, PLEASE?

11:45:01 11   Q.  THE QUESTION WAS, VERY SIMPLY:  DOESN'T THIS HYDROGRAPH REFLECT

11:45:07 12   THE WATER FLOWING OUT AS A RESULT OF THE BREACHES AT THE NORTH AND

11:45:10 13   SOUTH OF THE LOWER NINTH WARD BECAUSE IT'S REALTIME DATA?

11:45:14 14   A.  YES, IT DOES.

11:45:16 15           THE COURT:  MR. BRUNO, I AM GOING TO ASK YOU A QUESTION.

11:45:20 16   AND I AM GOING TO WANT THE GOVERNMENT TO DO THIS EVERY NOW AND THEN,

11:45:24 17   TOO.

11:45:24 18           JUST TO HIGHLIGHT, SOMEBODY HAS TO READ THIS AT THE COURT

11:45:27 19   OF APPEAL -- AND AT LEAST PARTS OF IT, WHATEVER RECORD EXCERPTS YOU

11:45:32 20   SUBMIT.  WHAT IS THE RELEVANCE AS TO -- WHAT DO YOU CONSIDER IN THE

11:45:39 21   GRAND SCHEME OF THINGS, WHAT'S THE RELEVANCE HERE?

11:45:43 22           MR. BRUNO:  THE RELEVANCE HERE, FIRST, IS THE PEAK SURGE.

11:45:45 23   YOU'LL SEE DURING THIS CROSS-EXAMINATION THE PEAK SURGE IS AN

11:45:48 24   EXTREMELY IMPORTANT ISSUE BETWEEN THE TWO PARTIES.

11:45:51 25           THE COURT:  TELL ME WHY PEAK SURGE IS IMPORTANT HERE AT

11:45:54 1    IHNC FOR THE RECORD.

11:45:56 2             MR. BRUNO:  ALL RIGHT.  FOR THE RECORD THE DEFENSE LOGIC

11:45:59 3    OR THEORY DEPENDS UPON A PEAK SURGE TIME OF 7:30.  SO IF THAT PEAK

11:46:04 4    SURGE TIME IS LATER IN TIME, THEN IT'S OUR VIEW THEIR WHOLE THEORY

11:46:09 5    FALLS APART.

11:46:10 6             THE COURT:  THAT THEORY BEING?

11:46:12 7             MR. BRUNO:  THAT THEORY BEING THAT ALL OF THE BREACHING

11:46:14 8    OCCURRED FROM WAVE OVERTOPPING VERY CLOSE, I THINK THEY PUT IT AT

11:46:18 9    LIKE SIX O'CLOCK.

11:46:19 10            THE COURT:  SO WE'RE EXTRAPOLATING BACK TO REACH 2?

11:46:23 11            MR. BRUNO:  YES.

11:46:24 12            THE COURT:  I GOT YOU, ALL RIGHT.  I JUST WANTED --

11:46:26 13            MR. BRUNO:  AND ALSO, THE OTHER POINT, QUITE CANDIDLY, IT

11:46:31 14   DEMONSTRATES THAT THE SL15 IS NOT ALL THAT IT'S CRACKED UP TO BE AS

11:46:36 15   WELL.

11:46:36 16            THE COURT:  I UNDERSTAND THAT POINT.

11:46:37 17   BY MR. BRUNO:

11:46:38 18   Q.  ALL RIGHT.  SO WE'LL LEAVE THIS ALONE.  LET'S SEE IF WE CAN WRAP

11:46:41 19   THIS UP BEFORE, AT LEAST THIS SECTION, NOON.

11:46:44 20            LET'S GO TO YOUR APPENDIX SIX.  WHICH IS PX 1416, IPET

11:46:52 21   VOLUME IV, APPENDIX SIX, PAGES IV-6-1.  IT'S SLIDE 17.  THIS IS THAT

11:47:02 22   APPENDIX THAT YOU -- WELL, YOUR NAME IS ON IT BUT APPARENTLY YOU

11:47:07 23   DIDN'T WRITE IT, IS THAT WHAT YOU'RE TELLING ME?

11:47:09 24   A.  IT WAS MOSTLY PROBABLY WRITTEN BY JOANNES AND HARLEY.  I CAN'T

11:47:14 25   RECALL HOW MUCH OF THE ACTUAL WRITING I DID.

11:47:15  1    Q.  WELL, YOUR NAME IS ON IT?

11:47:18  2    A.  IT'S ON IT.

11:47:19  3    Q.  WHICH MEANS YOU ENDORSE IT, USUALLY?

11:47:21  4    A.  YES.

11:47:21  5    Q.  IT MEANS YOU ENDORSE THE CONCLUSIONS, RIGHT?

11:47:29  6    A.  CORRECT.

11:47:29  7    Q.  SO LET'S LOOK AT THE CONCLUSIONS.  LET'S GO TO PAGE 19 -- I'M

11:47:45  8    SORRY, APOLOGIZE, SLIDE 19.  THERE'S TOO MANY NUMBERS ON THIS CASE.

11:47:54  9    THIS IS NOT SLIDE 19.  WHAT IF I GIVE YOU A PAGE NUMBER?  NO.

11:48:05 10    THAT'S SLIDE 6.

11:48:07 11          THE COURT:  WE'VE SEEN THAT ONE.

11:48:15 12          MR. BRUNO:  SLIDE 19, THERE WE GO.  LET'S BLOW UP THIS,

11:48:19 13    BOTTOM PARAGRAPH HERE (INDICATING).

11:48:21 14    BY MR. BRUNO:

11:48:22 15    Q.  MR. EBERSOLE, YOU AND MR. WINER AND DR. WESTERINK ARE ALL OF THE

11:48:28 16    OPINION THAT THE MRGO NEEDED A GATE IN ORDER TO MITIGATE THE EFFECTS

11:48:32 17    OF THE MRGO; ISN'T THAT TRUE?

11:48:34 18    A.  THAT WOULD HAVE BEEN DEFINITELY ONE WAY TO KEEP THE SURGE OUT OF

11:48:41 19    THE INDUSTRIAL CANAL.

11:48:42 20    Q.  LET'S SEE IF WE CAN HIGHLIGHT THIS AND WE CAN FINISH THIS OUT.

11:48:46 21    A.  OKAY.

11:48:47 22    Q.  WE'LL READ THAT WHOLE PARAGRAPH.  YOU SAY HERE, OR YOU AND YOU

11:48:52 23    COHORTS SAY:  "WHILE THE SIMULATIONS CLEARLY SHOW THAT REACH 2 OF

11:48:58 24    THE MRGO DOES NOT SIGNIFICANTLY INFLUENCE THE DEVELOPMENT OF STORM

11:49:03 25    SURGE IN THE REGION FOR LARGE STORM EVENTS, REACH 1 (WHICH IS THE

11:49:12 1    COMBINED GIWW/MRGO SECTION) AND THE IHNC, TOGETHER, PROVIDE A

11:49:19 2    HYDRAULIC CONNECTION BETWEEN LAKE BORGNE AND LAKE PONTCHARTRAIN."

11:49:26 3          WOULD YOU EXPLAIN TO THE COURT WHAT DOES IT MEAN THAT THE

11:49:32 4    MRGO AND THE GIWW AND THE IHNC PROVIDE A HYDRAULIC CONNECTION?

11:49:38 5    A.  LET ME CONTINUE JUST TO READ IT --

11:49:41 6    Q.  NO, NO, NO.  I WOULD LIKE FOR YOU TO EXPLAIN HYDRAULIC

11:49:44 7    CONNECTION FIRST, I WILL READ THE NEXT PARAGRAPH.

11:49:47 8    A.  OKAY.  SORRY.

11:49:47 9    Q.  JUST SO WE'LL KNOW WHERE WE ARE, THAT'S ALL.

11:49:49 10   A.  A CONNECTION JUST MEANS THAT THE INDUSTRIAL CANAL AND REACH 1

11:49:54 11   ARE CONNECTED WITH TWO, AT THE TWO ENDS TO THE LARGER WATER BODIES.

11:50:01 12   LAKE BORGNE IN ESSENCE ON ONE SIDE AND LAKE PONTCHARTRAIN ON THE

11:50:04 13   OTHER SIDE.

11:50:06 14   Q.  ALL RIGHT.  NOW, THE NEXT SENTENCE SAYS:  "AS A RESULT OF THIS

11:50:11 15   CONNECTION," NOW THIS CONNECTION MEANS -- THIS CONNECTION IS THE

11:50:21 16   CONNECTION BETWEEN THE MRGO, THE INTRACOASTAL WATERWAY AND THE LAKE

11:50:26 17   PONTCHARTRAIN, THAT WHAT THIS CONNECTION MEANS?

11:50:29 18   A.  YES, YOU KNOW, RIGHT AT THE APEX OF MRGO AND THE REACH 2 OF --

11:50:37 19   GIWW -- AT THE CONFLUENCE OF GIWW AND REACH 2, THAT'S ONE END OF THE

11:50:43 20   CONNECTION, THE APEX THERE, AND THEN LAKE PONTCHARTRAIN WOULD BE THE

11:50:45 21   OTHER END OF THE CONNECTION.

11:50:49 22   Q.  I'LL DRAW IT BECAUSE I WANT TO BE CRYSTAL CLEAR ON THIS POINT.

11:50:59 23   MRGO, GIWW, REACH 2, LAKE (DRAWING).  IS THAT RIGHT?

11:51:07 24   A.  CORRECT.

11:51:07 25   Q.  I MEAN, IT'S NOT TO SCALE.

11:51:09 1   A.   WE'LL TAKE IT, I'LL TAKE IT.

11:51:10 2   Q.   IT'S A GUIDELINE -- NEVER MIND.

11:51:16 3         SO LET'S SEE WHAT ELSE YOU HAVE TO SAY HERE.  YOU SAY, AS

11:51:22 4   A RESULT OF THIS SECTION, THE STORM SURGE EXPERIENCED WITHIN THE

11:51:26 5   IHNC AND REACH 1 IS A FUNCTION OF STORM SURGE IN BOTH LAKES.  THAT'S

11:51:34 6   LAKE BORGNE AND LAKE PONTCHARTRAIN, RIGHT?

11:51:35 7   A.   CORRECT.

11:51:37 8   Q.   AND YOU SAY:  "A WATER LEVEL GRADIENT IS ESTABLISHED WITHIN THE

11:51:43 9   IHNC AND REACH 1 THAT IS DICTATED BY THE SURGE LEVELS IN THE TWO

11:51:48 10  LAKES.  THIS IS TRUE FOR BOTH LOW AND HIGH STORM SURGE CONDITIONS."

11:51:54 11  CORRECT?

11:51:54 12  A.   CORRECT.

11:51:55 13  Q.   NOW, WE'RE TALKING ABOUT JUST THE -- WE'RE NOT TALKING ABOUT

11:51:59 14  LEVEES HERE, WE'RE JUST TALKING ABOUT THE WATER BODIES; RIGHT?

11:52:04 15  A.   WE'RE TALKING ABOUT THE WATER LEVEL AT THAT APEX AND THE WATER

11:52:08 16  LEVEL AT THE ENTRANCE OF THE INDUSTRIAL CANAL TO LAKE PONTCHARTRAIN,

11:52:12 17  TWO WATER LEVELS AT TWO LOCATIONS.

11:52:14 18  Q.   ALL RIGHT.  SO WE'RE NOT -- THE EXTENT TO WHICH TWO LEVEES MAY

11:52:20 19  HAVE SOMETHING TO DO WITH FUNNEL, THAT'S NOT WHAT YOU GUYS ARE

11:52:23 20  TALKING ABOUT RIGHT HERE, CORRECT?

11:52:24 21  A.   WE'RE TALKING ABOUT WATER LEVELS AND THE CONNECTIVITY BETWEEN

11:52:28 22  THOSE.

11:52:28 23  Q.   AND YOU SAY TO PREVENT, TO PREVENT STORM SURGE IN LAKE BORGNE

11:52:33 24  FROM REACHING THE IHNC OR GIWW/MRGO SECTIONS OF WATERWAY, FLOW

11:52:39 25  THROUGH THE REACH 1 CHANNEL MUST BE DRAMATICALLY REDUCED OR

11:52:43 1   ELIMINATED, EITHER BY A PERMANENT CLOSURE OF SOME TYPE OF STRUCTURE

11:52:47 2   THAT TEMPORARILY SERVES TO ELIMINATE THIS HYDRAULIC CONNECTIVITY.

11:52:51 3   THE PRESENCE OF AN OPEN CHANNEL IS THE KEY FACTOR.  SO YOUR

11:52:57 4   CONCLUSION IS THAT THERE SHOULD BE SOME KIND OF A GATE THERE TO

11:53:00 5   PREVENT SURGE FROM GOING INTO THAT IHNC, RIGHT?

11:53:06 6   A.  YOU LOOK AT THE HEIGHT OF THE PROTECTION IN THE INDUSTRIAL

11:53:09 7   CANAL, AND I DON'T RECALL EXACTLY, IT SEEMED LIKE IT WAS ON THE

11:53:11 8   ORDER OF 12, 13 FEET.  I MEAN, YOU GOT A COUPLE OF OPTIONS:  YOU CAN

11:53:17 9   RAISE THE PROTECTION IN THE INDUSTRIAL CANAL OR YOU CAN TRY TO LOWER

11:53:20 10  THE SURGE THAT GETS BACK THERE.  AND CERTAINLY A GATE WOULD DO THAT.

11:53:24 11  AND THAT'S THE APPROACH THAT'S BEING ADOPTED PRESENTLY.

11:53:26 12  Q.  RIGHT.  AND THAT'S BECAUSE OF THE, IN PART BECAUSE OF THE

11:53:30 13  INFLUENCE OF THE MRGO; ISN'T THAT TRUE?

11:53:32 14  A.  IT'S BECAUSE OF THE WATER, THE CONNECTIVITY THERE, THE

11:53:36 15  CONNECTIVITY AND THE WATER LEVEL AT THAT APEX IS JUST, IS HEAVILY

11:53:42 16  INFLUENCED BY THE PRESENCE OF THE LEVEES REGARDLESS OF WHAT THE

11:53:46 17  CHANNELS ARE TO THE EAST OF THAT POINT.

11:53:49 18  Q.  HERE IS THE QUESTION ONE MORE TIME.  MR. MRGO IS A SIGNIFICANT

11:53:54 19  CONTRIBUTOR TO THE PROBLEM; ISN'T THAT TRUE?

11:54:02 20  A.  THE CHANNEL ITSELF, NO.

11:54:02 21  Q.  YES, THE CHANNEL.

11:54:02 22  A.  NO, IT'S NOT.

11:54:02 23  Q.  ALL RIGHT.  LET'S GO TO THE NEXT PARAGRAPH.  BECAUSE FOR SOME

11:54:05 24  REASON, I DON'T KNOW WHY, YOU CHOOSE TO BE TALK ABOUT THE LEVEES IN

11:54:10 25  A SEPARATE PARAGRAPH.  AND YOU SAY:  "THE HURRICANE PROTECTION

11:54:17  1  LEVEES ALONG THE SOUTH SIDE OF ORLEANS PARISH AND THE EASTERN SIDE

11:54:20  2  OF ST. BERNARD PARISH ALONG THE MRGO, WHICH TOGETHER I'LL REFER TO

11:54:25  3  AS THE FUNNEL, CAN LOCALLY COLLECT AND FOCUS STORM SURGE IN THIS

11:54:29  4  VICINITY DEPENDING UPON WIND SPEED AND DIRECTION.  THIS LOCALIZED

11:54:30  5  FOCUSSING EFFECT CAN LEAD TO SMALL LOCAL INCREASE IN SURGE

11:54:35  6  AMPLITUDE.  STRONG WINDS FROM THE EAST TEND TO MAXIMIZE THE LOCAL

11:54:38  7  FUNNELING EFFECT."

11:54:39  8         SO, FIRST OF ALL, WHEN YOU GUYS WROTE THIS, YOU'RE

11:54:42  9  TREATING THE HYDRAULIC CONNECTIVITY DIFFERENTLY THAN YOU ARE

11:54:45 10  TREATING THE WALLS, RIGHT?

11:54:49 11  A.  IT'S THE WALLS ALONG NEW ORLEANS AND ST. BERNARD THAT FORM THAT,

11:55:00 12  WHAT I CALL, WHAT YOU CALL THE FUNNEL, THAT INFLUENCE THE SURGE AT

11:55:05 13  ONE END OF THIS CONNECTION, THIS WATER LEVEL.  AND THEN IT'S THE

11:55:10 14  REACH 1 AND THE INDUSTRIAL CANAL -- WELL, THEY INFLUENCE THE WATER

11:55:15 15  LEVEL AT ONE END OF THE CONNECTION.  WHAT'S GOING OUT IN LAKE

11:55:22 16  PONTCHARTRAIN INFLUENCES THE WATER LEVEL AT THE OTHER END OF THE

11:55:24 17  CONNECTION.  EVERYTHING IN-BETWEEN IS A FUNCTION OF THOSE TWO WATER

11:55:27 18  LEVELS.

11:55:28 19  Q.  I JUST WANT TO LEARN, MR. EBERSOLE.

11:55:30 20         THE COURT:  WHY DON'T YOU LET ME ASK A QUESTION.

11:55:34 21         MR. BRUNO:  SURE.

11:55:35 22         THE COURT:  IF THERE WERE NO LEVEES, WOULD YOU NEED A GATE

11:55:38 23  AND IF THERE WERE THE MRGO?

11:55:42 24         THE WITNESS:  IF THERE WERE NO LEVEES?

11:55:44 25         THE COURT:  OR HAVE YOU STUDIED THAT?  DOESN'T MEAN JUST

11:55:48 1    BECAUSE I ASKED IT, YOU CAN SAY ANYTHING YOU WANT.

11:55:51 2              THE WITNESS:  YOU'RE TALKING ABOUT H4?

11:55:53 3              THE COURT:  I AM TALKING ABOUT REALITY.  IF YOU'RE NOT

11:56:00 4    PREPARED TO ANSWER THE QUESTION --

11:56:02 5              THE WITNESS:  I DID NOT LOOK AT THAT.  I ASSUME YOU'RE

11:56:04 6    TALKING ABOUT REMOVING LEVEES.  I AM NOT QUITE SURE.

11:56:07 7              THE COURT:  I'M ASSUMING, I AM JUST SAYING IF THERE WERE

11:56:09 8    NO LEVEES, HAVE THERE BEEN ANY STUDIES DONE OR ARE YOU PREPARED TO

11:56:13 9    ANSWER THE QUESTION, WOULD YOU NEED A GATE AT THE PLACE WHERE YOU

11:56:16 10   RECOMMENDED IT HERE?

11:56:21 11             THE WITNESS:  I DON'T KNOW, I HAVEN'T LOOKED AT THAT

11:56:23 12   CAREFULLY ENOUGH.  DR. WESTERINK MAY HAVE LOOKED AT IT MORE THAN I

11:56:27 13   HAVE.

11:56:27 14   BY MR. BRUNO:

11:56:28 15   Q.  AT LEAST THE WAY IT'S WRITTEN, THE REASON FOR THE GATE HAS

11:56:31 16   NOTHING TO DO WITH LEVEES; ISN'T THAT TRUE?

11:56:34 17   A.  THE REASON FOR THE GATE WOULD BE TO KEEP HIGH SURGE THAT'S

11:56:37 18   CREATED BY WATER PILING UP AGAINST THE LEVEES FROM PROPAGATING BACK

11:56:48 19   INTO THE INDUSTRIAL CANAL.  SO IT DOES RELATE TO THE LEVEES.

11:56:48 20   Q.  LET'S BACK UP TO THE SECOND PARAGRAPH JUST ABOVE THIS.  CAN YOU

11:56:51 21   SHOW ME IN THIS PARAGRAPH WHERE YOU TALK ABOUT LEVEES?  MAYBE I

11:56:56 22   MISSED IT.  WHERE DO YOU TALK ABOUT LEVEES?

11:56:58 23   A.  I THOUGHT WE WERE JUST ON A PARAGRAPH --

11:57:00 24   Q.  THAT WAS AFTER, MR. EBERSOLE, THIS IS BEFORE.  THIS IS THE

11:57:04 25   PARAGRAPH WHICH RECOMMENDS THE CLOSURE, RIGHT?

11:57:06 1    A.  SO WHAT'S THE WORDING OF THE PARAGRAPHS HAVE TO DO WITH

11:57:09 2    ANYTHING?  I DON'T UNDERSTAND.

11:57:10 3    Q.  MOST PEOPLE WITH LOGIC, SOME DEGREE, SIMPATICO OF LOGIC WOULD

11:57:16 4    RELATE THE LAST SENTENCE TO WHAT'S CONTAINED IN THE BODY OF THE

11:57:18 5    PARAGRAPH, DON'T YOU AGREE?  I AM NOT AN ENGLISH MAJOR LIKE

11:57:22 6    MR. O'DONNELL HERE, BUT GENERALLY WHEN YOU WRITE A PARAGRAPH, THE

11:57:25 7    LAST SENTENCE IS THE CONCLUSION OF WHAT'S CONTAINED IN THE WORDS

11:57:31 8    ABOVE IT; ISN'T THAT TRUE?

11:57:32 9    A.  PROBABLY NOT IF YOU'RE AN ENGINEER.

11:57:33 10   Q.  OKAY.  AT THE CORPS OF ENGINEERS THEY DO IT DIFFERENTLY?

11:57:37 11   A.  YOUR WRITING STYLE IS DIFFERENT FROM MY WRITING STYLE.

11:57:40 12   Q.  I JUST WANT TO CLEAR THIS UP.  SO WHEN YOU GUYS WROTE YOU HAVE

11:57:45 13   TO PUT A GATE, YOU INTENDED TO DEAL WITH THE HYDRAULIC CONNECTIVITY

11:57:51 14   AND THE LEVEES, THAT'S YOUR TESTIMONY TODAY?

11:57:54 15   A.  YEAH.  I MEAN, THE PURPOSE OF THE GATE IS TO KEEP HIGH SURGE OUT

11:57:58 16   OF THE INDUSTRIAL CANAL.

11:58:00 17             THE COURT:  OKAY.  COUNSEL, THIS HORSE HAS BEEN --

11:58:03 18             MR. BRUNO:  AND IT'S LUNCHTIME, JUDGE, FOR ME; FOR YOU,

11:58:06 19   I'LL BEG YOU FOR LUNCH.

11:58:08 20             THE COURT:  FOR EVERYBODY, FOR THE WITNESS, FOR ALL OF US,

11:58:11 21   WE WILL TAKE AN HOUR -- HOLD ON.  I MAY HAVE SOME OTHER BUSINESS.

11:58:18 22   WE WILL TAKE A LITTLE LONGER, AN HOUR AND A HALF TODAY.  WE WILL BE

11:58:22 23   BACK AT 1:30.

11:58:24 24             THE MARSHAL:  ALL RISE.

25       (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

1

2                              * * * * * *

3

4                        REPORTER'S CERTIFICATE

5

6        I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES

7   DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY

8   THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF

9   MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

10  THE ABOVE-ENTITLED AND NUMBERED MATTER.

11

12

13                  _____

14                      KAREN A. IBOS, CCR, RPR, CRR

15                      OFFICIAL COURT REPORTER

16

17

18

11:58:27 19

11:58:27 20

21

22

23

24

25

————— FINAL DAILY COPY —————

**'**

**'07** [2] - 2313:10, 2316:3

**'56** [1] - 2328:21

**'58** [2] - 2328:21, 2357:18

**0**

**06-CV-2268** [1] - 2287:3

**1**

**1** [31] - 2295:16, 2313:24, 2314:22, 2316:25, 2317:2, 2318:12, 2319:2, 2319:3, 2319:21, 2319:22, 2320:12, 2324:16, 2326:10, 2327:21, 2330:8, 2330:15, 2333:17, 2335:7, 2335:8, 2343:21, 2344:9, 2344:13, 2363:16, 2372:4, 2372:16, 2377:25, 2378:10, 2379:5, 2379:9, 2379:25, 2381:14
**1.04** [1] - 2368:17
**1.2** [1] - 2363:19
**1.5** [1] - 2338:25
**100** [2] - 2341:7, 2341:13
**1000** [1] - 2287:14
**10022** [1] - 2288:24
**101** [1] - 2320:7
**104** [3] - 2317:9, 2343:20
**105** [1] - 2341:21
**11** [2] - 2287:9, 2303:1
**1100** [1] - 2287:23
**112** [1] - 2316:12
**113** [1] - 2299:13
**115** [1] - 2309:21
**12** [13] - 2306:23, 2308:11, 2332:12, 2343:15, 2355:7, 2356:2, 2357:12, 2357:22, 2368:21, 2369:6, 2369:7, 2369:11, 2380:8
**12-HOUR** [1] - 2361:19
**12/17/08** [1] - 2344:7
**1205** [1] - 2288:19
**1261** [1] - 2288:9
**1298** [1] - 2332:6

**13** [7] - 2328:14, 2349:7, 2350:25, 2351:2, 2380:8
**13-SOMETHING** [1] - 2333:10
**1300** [6] - 2346:6, 2346:17, 2346:23, 2346:25, 2347:3, 2347:15
**1315** [7] - 2331:23, 2331:24, 2332:5, 2332:6, 2332:7, 2332:19, 2332:21
**1318** [2] - 2332:10
**1366** [1] - 2288:9
**14** [9] - 2343:25, 2344:1, 2344:6, 2371:15, 2374:25, 2375:5, 2375:6
**14-FOOT** [1] - 2371:13
**14.3** [1] - 2361:12
**1416** [1] - 2376:20
**1460** [1] - 2373:15
**15** [10] - 2318:5, 2318:9, 2320:16, 2321:1, 2333:22, 2334:1, 2340:4, 2346:3, 2348:13, 2348:14
**150-SOME** [1] - 2316:13
**152** [1] - 2344:8
**16** [4] - 2318:23, 2319:22, 2320:1
**17** [4] - 2318:21, 2344:1, 2374:25, 2376:21
**1810.13** [4] - 2291:22, 2292:9, 2298:25
**19** [5] - 2317:9, 2377:7, 2377:8, 2377:9, 2377:12
**192** [2] - 2326:15, 2330:21
**196** [6] - 2326:15, 2327:12, 2327:15, 2330:22, 2346:4, 2364:23
**1:30** [1] - 2383:23

**2**

**2** [24] - 2295:8, 2298:18, 2299:5, 2312:2, 2312:5, 2323:8, 2324:16, 2327:4, 2335:24, 2345:11, 2357:8, 2358:10, 2362:18,

2368:20, 2369:4, 2369:5, 2372:1, 2372:4, 2372:14, 2376:10, 2377:23, 2378:18, 2378:19, 2378:23
**2.4** [1] - 2363:16
**20** [1] - 2320:13
**200** [1] - 2341:8
**2000** [1] - 2311:16
**20044** [1] - 2289:13
**2005** [2] - 2345:19, 2345:24
**2009** [2] - 2287:4, 2291:2
**202** [1] - 2364:23
**204** [1] - 2346:4
**206** [2] - 2327:12, 2331:21
**21** [1] - 2332:13
**211** [4] - 2338:13, 2344:8, 2364:8
**2294/1** [1] - 2290:6
**26** [1] - 2313:12
**2626** [1] - 2288:19
**2655** [1] - 2288:5
**27** [1] - 2315:17
**29.1** [1] - 2362:18
**29.3** [6] - 2361:18, 2361:19, 2363:1, 2363:4, 2363:21, 2363:24
**2C** [8] - 2319:7, 2320:4, 2320:15, 2320:20, 2320:25, 2326:10, 2342:24

**3**

**3** [9] - 2319:4, 2320:1, 2326:2, 2326:3, 2326:10, 2344:9, 2344:13, 2361:19, 2362:18
**3102** [1] - 2287:23
**325** [1] - 2288:23
**34** [1] - 2316:13
**3668** [1] - 2288:2
**39** [2] - 2298:16, 2341:21
**39.01** [1] - 2298:13

**4**

**4** [5] - 2287:4, 2291:2, 2313:24, 2345:6, 2345:7
**40** [6] - 2336:18, 2337:19, 2345:11, 2346:1, 2347:21, 2348:16

**43** [2] - 2364:8, 2364:9

**5**

**5** [2] - 2317:4, 2355:20
**500** [1] - 2289:16
**504** [1] - 2289:17
**519** [1] - 2288:12
**527** [2] - 2353:24, 2353:25
**53** [1] - 2313:9
**550** [1] - 2287:13
**556** [1] - 2288:2
**57** [2] - 2373:14
**57TH** [1] - 2288:23
**58** [2] - 2338:12, 2338:13
**589-7776** [1] - 2289:17

**6**

**6** [3] - 2317:4, 2355:20, 2377:10
**600** [1] - 2289:2
**601** [1] - 2288:5
**604** [1] - 2289:2
**610** [1] - 2287:20
**618** [1] - 2288:16
**63** [1] - 2298:16
**6377** [1] - 2298:13
**650** [1] - 2292:12
**699** [1] - 2298:4
**6:00** [1] - 2375:6
**6:30** [2] - 2362:20, 2363:5
**6:36** [1] - 2362:13

**7**

**7** [6] - 2313:24, 2317:2, 2317:6, 2346:22, 2361:18, 2363:23
**70113** [2] - 2287:17, 2287:21
**70130** [2] - 2289:3, 2289:16
**70130-6004** [1] - 2288:6
**70381** [1] - 2288:20
**70502-3668** [1] - 2288:3
**70726** [1] - 2288:13
**70801-1910** [1] - 2288:16
**70821-1366** [1] - 2288:10
**730** [1] - 2363:4

**75219** [1] - 2287:24
**7:30** [12] - 2361:18, 2362:12, 2363:6, 2363:24, 2371:3, 2371:25, 2372:13, 2372:14, 2372:17, 2373:21, 2374:15, 2376:3

**8**

**8** [3] - 2313:24, 2317:2, 2317:6
**83** [1] - 2295:16
**855** [1] - 2287:17
**888** [1] - 2289:12
**8:30** [1] - 2373:20

**9**

**90071-2627** [1] - 2287:14
**91** [1] - 2317:19
**94** [2] - 2317:10, 2318:19
**95** [2] - 2319:10, 2343:20
**9:00** [2] - 2373:16, 2375:6

**A**

**A** [307] - 2288:14, 2289:15, 2291:8, 2291:10, 2291:14, 2291:23, 2292:22, 2293:3, 2293:23, 2294:9, 2295:18, 2295:23, 2296:5, 2296:6, 2296:9, 2296:14, 2296:15, 2296:21, 2298:1, 2298:5, 2298:8, 2298:11, 2299:9, 2299:22, 2301:1, 2301:13, 2303:5, 2303:12, 2303:23, 2303:25, 2304:1, 2305:15, 2305:16, 2305:25, 2306:8, 2306:11, 2307:3, 2307:12, 2308:1, 2308:2, 2308:4, 2308:19, 2308:20, 2309:13, 2310:4, 2311:5, 2311:19, 2311:21, 2312:11, 2312:13, 2313:17, 2314:1, 2314:7, 2314:12, 2314:16, 2315:9, 2315:11, 2316:9, 2316:13,

2316:21, 2317:11, 2317:12, 2317:20, 2318:22, 2318:25, 2319:7, 2319:8, 2319:12, 2319:14, 2319:25, 2320:1, 2320:21, 2321:9, 2321:10, 2321:18, 2322:13, 2322:14, 2322:20, 2323:14, 2323:15, 2323:21, 2323:23, 2323:25, 2324:1, 2324:3, 2324:7, 2324:11, 2324:12, 2324:16, 2324:21, 2324:22, 2325:12, 2325:17, 2326:15, 2327:15, 2328:14, 2329:3, 2329:8, 2330:7, 2331:4, 2332:3, 2332:4, 2332:6, 2332:11, 2332:24, 2332:25, 2334:3, 2335:4, 2335:25, 2336:20, 2337:8, 2337:12, 2338:17, 2338:20, 2338:23, 2339:2, 2339:3, 2339:8, 2340:5, 2340:6, 2340:14, 2340:25, 2341:1, 2341:2, 2341:3, 2341:9, 2341:13, 2341:14, 2341:16, 2341:18, 2341:20, 2342:11, 2342:15, 2342:17, 2343:20, 2343:21, 2344:1, 2344:12, 2344:13, 2344:16, 2345:8, 2346:19, 2348:9, 2348:15, 2348:22, 2348:23, 2349:3, 2349:7, 2349:9, 2349:17, 2350:2, 2350:8, 2350:22, 2350:25, 2351:2, 2351:6, 2351:7, 2351:8, 2351:20, 2351:25, 2352:4, 2352:12, 2352:18, 2354:11, 2354:12, 2355:6, 2355:7, 2355:12, 2355:13, 2355:16, 2355:17, 2355:21, 2355:23, 2356:14, 2356:16, 2356:17, 2356:18, 2356:19, 2357:20, 2357:24, 2359:20,

2360:16, 2360:17, 2361:16, 2361:19, 2361:20, 2361:21, 2361:23, 2362:1, 2362:5, 2362:8, 2362:23, 2363:10, 2363:11, 2363:14, 2363:20, 2364:2, 2364:10, 2365:23, 2366:3, 2366:14, 2366:21, 2367:2, 2367:7, 2367:8, 2367:10, 2367:11, 2367:12, 2367:13, 2367:20, 2367:23, 2367:24, 2367:25, 2368:1, 2368:7, 2368:9, 2368:10, 2368:17, 2368:25, 2369:1, 2370:2, 2370:3, 2370:20, 2370:21, 2371:1, 2371:13, 2371:16, 2371:21, 2371:22, 2371:25, 2372:7, 2372:8, 2372:23, 2372:25, 2373:10, 2373:16, 2373:19, 2374:10, 2374:16, 2374:23, 2374:24, 2374:25, 2375:2, 2375:5, 2375:8, 2375:12, 2375:15, 2376:3, 2377:9, 2377:16, 2378:1, 2378:4, 2378:10, 2378:14, 2379:2, 2379:4, 2379:5, 2379:8, 2380:1, 2380:4, 2380:8, 2380:10, 2380:18, 2380:25, 2381:17, 2381:20, 2381:22, 2382:9, 2382:23, 2383:6, 2383:13, 2383:22, 2383:25, 2384:6, 2384:8, 2384:14

**A.M** [5] - 2363:6, 2363:7, 2371:14, 2375:6

**ABILITY** [4] - 2341:23, 2342:8, 2344:17, 2384:9

**ABLE** [5] - 2303:23, 2306:12, 2318:21, 2344:2, 2352:7

**ABOUT** [110] - 2294:6, 2294:7, 2294:25, 2295:2, 2295:14, 2299:14,

2299:19, 2299:24, 2299:25, 2300:7, 2300:21, 2300:24, 2301:2, 2301:12, 2301:14, 2302:6, 2302:11, 2302:23, 2305:25, 2306:15, 2307:19, 2307:24, 2309:17, 2309:18, 2309:21, 2310:4, 2310:5, 2310:6, 2310:15, 2310:21, 2310:23, 2311:24, 2312:25, 2313:1, 2316:9, 2316:13, 2316:14, 2317:12, 2318:3, 2318:21, 2319:7, 2319:8, 2319:25, 2320:1, 2320:4, 2322:7, 2322:22, 2322:23, 2327:19, 2327:23, 2328:4, 2328:5, 2328:10, 2328:14, 2330:15, 2330:23, 2332:15, 2332:19, 2334:13, 2335:18, 2337:2, 2338:11, 2338:23, 2340:5, 2340:8, 2341:22, 2343:22, 2345:1, 2346:21, 2347:24, 2348:20, 2349:7, 2349:14, 2351:5, 2351:10, 2352:8, 2352:14, 2354:7, 2354:15, 2355:21, 2356:7, 2356:13, 2359:19, 2359:20, 2359:25, 2362:4, 2362:13, 2362:20, 2363:23, 2364:19, 2369:11, 2370:2, 2371:18, 2372:22, 2373:5, 2379:13, 2379:14, 2379:15, 2379:20, 2379:21, 2380:24, 2382:2, 2382:3, 2382:6, 2382:21, 2382:22

**ABOVE** [19] - 2319:5, 2319:22, 2326:7, 2338:21, 2340:7, 2340:10, 2340:25, 2344:1, 2353:5, 2353:10, 2366:14, 2366:15, 2369:19, 2369:25, 2371:9, 2374:24, 2382:20, 2383:8, 2384:10

**ABOVE-ENTITLED**

[1] - 2384:10

**ABSOLUTELY** [2] - 2346:19, 2353:5

**ACCEPT** [2] - 2321:19, 2346:12

**ACCEPTED** [1] - 2291:11

**ACCOUNTED** [1] - 2370:12

**ACCUMULATED** [1] - 2294:24

**ACCURACY** [1] - 2357:8

**ACCURATE** [22] - 2295:3, 2323:6, 2337:18, 2355:12, 2356:15, 2357:6, 2359:9, 2359:15, 2360:5, 2360:9, 2360:11, 2361:14, 2361:15, 2367:13, 2368:4, 2368:10, 2373:23, 2374:4, 2374:5, 2374:6, 2374:8

**ACCURATELY** [5] - 2357:12, 2359:10, 2361:10, 2367:18, 2369:9

**ACROSS** [3] - 2301:8, 2302:8, 2307:21

**ACT** [1] - 2371:10

**ACTUAL** [3] - 2324:1, 2366:23, 2376:25

**ACTUALLY** [9] - 2293:3, 2293:10, 2294:5, 2298:20, 2316:15, 2337:19, 2350:16, 2352:8, 2360:17

**ACUMEN** [1] - 2338:3

**ADCIRC** [26] - 2344:15, 2344:17, 2344:22, 2344:24, 2345:1, 2348:5, 2348:12, 2348:15, 2349:14, 2350:2, 2350:19, 2353:11, 2353:13, 2353:16, 2353:17, 2354:4, 2355:12, 2357:1, 2357:6, 2357:12, 2358:22, 2359:17, 2364:11, 2364:18, 2368:17

**ADDITIONAL** [1] - 2300:17

**ADDRESS** [1] - 2356:4

**ADJOINING** [1] - 2304:17

**ADOPTED** [1] - 2380:11

**AFFECT** [5] - 2295:3, 2296:11, 2298:1, 2359:1

**AFFECTED** [1] - 2295:10

**AFFECTS** [3] - 2359:2, 2359:5

**AFFIRMATIVE** [3] - 2313:6, 2315:24, 2353:21

**AFTER** [3] - 2311:16, 2371:8, 2382:24

**AGAIN** [21] - 2291:7, 2291:14, 2291:20, 2292:9, 2293:19, 2298:23, 2309:19, 2309:20, 2312:17, 2318:10, 2319:25, 2320:7, 2320:12, 2338:2, 2342:4, 2343:15, 2346:5, 2347:20, 2349:11, 2354:16, 2357:16

**AGAINST** [5] - 2296:1, 2335:24, 2336:4, 2358:9, 2382:18

**AGO** [4] - 2311:22, 2334:3, 2357:20, 2364:10

**AGREE** [43] - 2298:12, 2298:16, 2299:16, 2300:20, 2302:19, 2303:18, 2303:19, 2309:2, 2310:1, 2313:13, 2313:15, 2313:21, 2314:6, 2316:6, 2316:12, 2318:24, 2320:17, 2320:21, 2329:5, 2331:17, 2331:18, 2331:20, 2333:4, 2333:14, 2333:15, 2336:7, 2337:10, 2337:15, 2337:16, 2339:24, 2341:25, 2342:5, 2344:4, 2346:11, 2347:3, 2347:15, 2348:18, 2362:19, 2363:4, 2365:18, 2372:24, 2383:5

**AGREED** [1] - 2334:19

**AGREEING** [1] - 2362:15

**AHEAD** [6] - 2292:7, 2310:12, 2360:3, 2363:15, 2373:12

**AIRPORT** [1] - 2315:12

**AL** [2] - 2287:2, 2287:5

**ALGORITHM** [1] - 2368:11

**ALIGNMENT** [1] - 2296:2

**ALIGNMENTS** [1] - 2308:21

**ALL** [107] - 2293:20, 2294:4, 2294:17, 2297:9, 2297:10, 2297:18, 2298:4, 2298:16, 2298:17, 2299:7, 2299:13, 2300:16, 2300:20, 2302:15, 2302:18, 2302:25, 2303:16, 2305:20, 2306:22, 2307:10, 2308:20, 2308:21, 2308:22, 2311:3, 2312:10, 2313:16, 2313:17, 2313:21, 2313:22, 2315:10, 2316:7, 2316:23, 2317:9, 2319:17, 2320:16, 2321:8, 2322:3, 2322:17, 2322:20, 2323:9, 2326:6, 2326:14, 2326:25, 2327:6, 2328:9, 2329:7, 2332:1, 2334:4, 2335:14, 2337:19, 2338:22, 2340:1, 2340:16, 2342:13, 2342:16, 2342:19, 2343:15, 2343:19, 2344:19, 2345:7, 2346:7, 2347:19, 2348:8, 2349:3, 2349:4, 2349:19, 2350:11, 2350:18, 2352:25, 2354:24, 2356:12, 2357:21, 2358:1, 2359:2, 2359:5, 2359:16, 2359:17, 2359:20, 2361:5, 2362:1, 2362:11, 2362:24, 2364:6, 2366:25, 2371:11, 2371:20, 2371:24, 2372:4, 2372:15,

2372:24, 2373:22, 2376:2, 2376:7, 2376:12, 2376:14, 2376:18, 2377:15, 2378:9, 2378:14, 2379:18, 2380:23, 2381:8, 2383:20, 2383:24

**ALLOW** [1] - 2314:5

**ALONE** [1] - 2376:18

**ALONG** [23] - 2295:8, 2299:23, 2304:4, 2306:12, 2307:24, 2308:6, 2312:5, 2315:13, 2316:10, 2324:16, 2324:20, 2325:16, 2327:4, 2335:2, 2345:10, 2345:11, 2350:13, 2357:8, 2357:9, 2381:1, 2381:2, 2381:11

**ALREADY** [2] - 2299:19, 2344:9

**ALSO** [18] - 2289:1, 2298:16, 2303:1, 2303:19, 2306:22, 2310:2, 2320:15, 2324:24, 2344:24, 2349:6, 2351:12, 2352:23, 2358:5, 2366:3, 2367:24, 2371:1, 2374:2, 2376:13

**ALTER** [1] - 2320:18

**ALTERED** [1] - 2356:23

**ALTERNATIVE** [6] - 2337:4, 2337:24, 2338:11, 2347:23, 2355:20, 2359:2

**ALTERNATIVES** [5] - 2332:16, 2338:8, 2356:23, 2357:23, 2358:1

**ALTOGETHER** [1] - 2307:8

**ALWAYS** [1] - 2366:21

**AM** [59] - 2291:25, 2294:23, 2294:25, 2296:5, 2296:13, 2296:25, 2298:23, 2299:1, 2300:8, 2301:15, 2303:16, 2305:17, 2306:14, 2307:2, 2311:18, 2312:19, 2313:24, 2314:2, 2314:14, 2315:13, 2317:17,

2318:24, 2321:11, 2321:13, 2321:16, 2321:22, 2323:4, 2323:5, 2325:25, 2326:20, 2326:25, 2327:22, 2328:20, 2329:7, 2332:21, 2334:9, 2337:10, 2341:11, 2345:23, 2346:12, 2354:2, 2361:19, 2361:20, 2361:23, 2362:23, 2363:19, 2365:11, 2365:21, 2366:8, 2371:22, 2372:21, 2372:24, 2375:15, 2375:16, 2382:3, 2382:6, 2382:7, 2383:5

**AMERICA** [1] - 2287:5

**AMIN** [1] - 2289:6

**AMOUNT** [7] - 2323:7, 2324:4, 2326:8, 2333:25, 2341:2, 2371:9, 2374:23

**AMOUNTS** [1] - 2301:1

**AMPLITUDE** [3] - 2300:24, 2312:3, 2381:6

**AN** [48] - 2292:5, 2296:16, 2296:25, 2297:5, 2297:6, 2297:9, 2299:7, 2301:5, 2301:22, 2302:19, 2306:23, 2307:15, 2308:19, 2309:4, 2310:13, 2311:4, 2317:13, 2319:4, 2324:1, 2324:6, 2324:10, 2325:15, 2327:14, 2331:22, 2334:5, 2337:3, 2343:10, 2350:4, 2353:2, 2353:8, 2354:5, 2356:15, 2359:15, 2368:11, 2369:8, 2371:14, 2371:15, 2371:19, 2372:9, 2373:5, 2375:9, 2375:23, 2380:3, 2383:5, 2383:9, 2383:21, 2383:22

**ANALYSIS** [24] - 2308:25, 2309:1, 2310:10, 2311:8, 2312:10, 2323:21,

2328:8, 2336:15, 2344:18, 2344:21, 2344:23, 2345:12, 2347:24, 2349:2, 2350:23, 2351:13, 2351:15, 2351:23, 2355:23, 2357:4, 2360:16, 2360:22, 2360:23, 2369:8

**ANALYZE** [1] - 2345:7

**AND** [376] - 2291:14, 2291:16, 2292:1, 2292:3, 2292:13, 2292:16, 2293:23, 2294:16, 2294:25, 2295:8, 2295:11, 2295:13, 2296:16, 2296:16, 2296:24, 2297:3, 2297:9, 2297:14, 2297:15, 2297:22, 2298:2, 2298:12, 2298:16, 2298:23, 2299:4, 2299:13, 2299:14, 2299:16, 2299:17, 2299:21, 2299:22, 2299:23, 2299:24, 2300:1, 2300:4, 2300:16, 2300:17, 2301:6, 2301:7, 2301:22, 2301:23, 2302:7, 2302:21, 2303:4, 2303:7, 2303:14, 2303:19, 2303:22, 2304:20, 2305:5, 2305:10, 2305:11, 2306:3, 2306:7, 2307:2, 2307:13, 2308:8, 2308:10, 2308:21, 2309:7, 2309:15, 2309:17, 2309:19, 2309:22, 2310:2, 2310:5, 2310:7, 2310:10, 2310:14, 2310:20, 2310:22, 2310:24, 2311:5, 2311:9, 2311:15, 2311:21, 2311:24, 2312:10, 2312:11, 2312:16, 2313:4, 2313:13, 2313:15, 2314:12, 2314:20, 2314:25, 2315:1, 2315:5, 2315:17, 2315:21, 2316:9, 2316:24, 2317:2, 2317:4, 2317:6, 2317:12, 2317:15, 2317:20, 2317:24,

2318:10, 2318:11, 2318:18, 2318:21, 2319:5, 2319:14, 2319:21, 2319:22, 2319:25, 2320:1, 2320:4, 2320:7, 2320:8, 2320:22, 2321:9, 2321:20, 2321:25, 2324:10, 2324:16, 2324:20, 2325:5, 2325:12, 2325:16, 2326:5, 2326:8, 2326:10, 2327:4, 2327:10, 2327:17, 2328:10, 2328:11, 2328:14, 2328:16, 2328:21, 2329:10, 2329:22, 2329:23, 2330:8, 2330:9, 2330:11, 2330:12, 2331:13, 2331:17, 2331:24, 2332:1, 2332:3, 2332:5, 2332:7, 2332:21, 2333:14, 2334:17, 2334:19, 2335:2, 2335:6, 2335:16, 2335:21, 2335:23, 2335:25, 2336:18, 2336:21, 2337:1, 2337:10, 2337:12, 2338:2, 2338:3, 2338:13, 2338:16, 2338:18, 2338:19, 2338:23, 2339:3, 2339:8, 2339:23, 2340:1, 2340:2, 2340:4, 2341:5, 2341:10, 2341:18, 2342:10, 2343:6, 2343:15, 2343:20, 2343:21, 2343:25, 2344:1, 2344:6, 2344:8, 2344:9, 2344:12, 2344:13, 2344:15, 2344:24, 2345:2, 2345:4, 2345:11, 2345:17, 2345:19, 2345:22, 2345:24, 2346:3, 2346:4, 2346:5, 2347:6, 2348:14, 2349:7, 2349:9, 2349:12, 2349:17, 2350:9, 2350:18, 2350:20, 2350:23, 2350:25, 2351:2, 2351:3, 2351:7, 2351:22, 2353:2, 2353:3, 2353:10, 2354:2,

2354:3, 2355:5, 2355:8, 2355:17, 2355:19, 2355:20, 2355:22, 2356:13, 2356:14, 2356:17, 2356:19, 2357:2, 2357:23, 2358:9, 2358:17, 2358:19, 2359:1, 2359:6, 2359:12, 2359:16, 2359:19, 2359:23, 2360:2, 2360:3, 2360:11, 2360:22, 2361:15, 2361:22, 2362:8, 2363:2, 2363:10, 2364:4, 2364:23, 2365:4, 2366:3, 2366:8, 2366:11, 2366:14, 2366:21, 2366:22, 2366:23, 2367:1, 2367:7, 2367:8, 2367:9, 2367:11, 2367:23, 2367:24, 2367:25, 2368:1, 2368:7, 2368:8, 2368:11, 2368:17, 2368:18, 2368:25, 2369:4, 2369:8, 2370:2, 2370:3, 2370:7, 2370:13, 2370:14, 2370:19, 2370:20, 2371:2, 2371:8, 2371:12, 2371:15, 2371:23, 2372:4, 2372:16, 2372:21, 2373:18, 2373:19, 2373:20, 2373:23, 2373:24, 2374:10, 2374:18, 2374:19, 2374:25, 2375:4, 2375:12, 2375:16, 2375:19, 2376:13, 2376:24, 2377:15, 2377:20, 2377:22, 2378:1, 2378:2, 2378:4, 2378:10, 2378:12, 2378:16, 2378:18, 2378:19, 2378:20, 2379:5, 2379:6, 2379:8, 2379:9, 2379:10, 2379:15, 2379:21, 2379:23, 2380:7, 2380:10, 2380:11, 2380:12, 2380:15, 2380:25, 2381:1, 2381:3, 2381:4, 2381:11, 2381:13, 2381:14, 2381:23, 2383:14,

2383:18, 2383:22, 2384:8, 2384:9, 2384:10
**ANDRY** [2] - 2287:19, 2287:19
**ANGELES** [1] - 2287:14
**ANNOTATED** [1] - 2340:22
**ANOMALY** [2] - 2346:5, 2347:20
**ANOTHER** [5] - 2306:3, 2361:25, 2362:2, 2367:17, 2367:18
**ANSWER** [11] - 2295:21, 2296:14, 2312:16, 2324:19, 2337:8, 2337:13, 2338:11, 2372:9, 2375:9, 2382:4, 2382:9
**ANSWERED** [1] - 2335:19
**ANY** [26] - 2294:21, 2295:9, 2296:1, 2300:18, 2306:12, 2308:6, 2308:22, 2309:24, 2311:9, 2311:10, 2321:5, 2327:9, 2331:7, 2332:16, 2333:9, 2336:14, 2337:2, 2340:19, 2343:10, 2344:19, 2348:10, 2357:23, 2361:1, 2361:3, 2364:14, 2382:8
**ANYTHING** [6] - 2293:15, 2317:20, 2355:25, 2367:1, 2382:1, 2383:2
**ANYWAY** [3] - 2301:5, 2319:20, 2373:11
**APART** [1] - 2376:5
**APEX** [6] - 2296:19, 2312:15, 2378:18, 2378:20, 2379:15, 2380:15
**APOLOGIZE** [5] - 2293:6, 2317:20, 2318:18, 2322:24, 2377:8
**APPARENTLY** [1] - 2376:22
**APPEAL** [1] - 2375:19
**APPEARANCES** [1] - 2287:11

**APPEARS** [4] - 2299:6, 2303:21, 2326:20, 2337:22
**APPENDIX** [9] - 2297:6, 2297:9, 2310:13, 2310:25, 2373:15, 2376:20, 2376:21, 2376:22
**APPRECIATE** [1] - 2373:10
**APPROACH** [6] - 2298:21, 2348:6, 2352:1, 2354:16, 2367:12, 2380:11
**APPROACHING** [2] - 2351:7, 2356:19
**APPROPRIATE** [1] - 2358:23
**APPROPRIATELY** [4] - 2296:10, 2313:16, 2313:22, 2358:24
**APPROXIMATE** [2] - 2339:1, 2341:11
**APPROXIMATELY** [1] - 2318:9
**ARE** [67] - 2291:25, 2292:4, 2292:22, 2293:11, 2294:6, 2294:20, 2298:10, 2299:23, 2301:17, 2301:18, 2301:19, 2305:10, 2305:17, 2306:1, 2306:11, 2306:15, 2307:19, 2307:20, 2308:23, 2313:5, 2315:1, 2316:7, 2316:14, 2317:2, 2317:6, 2317:24, 2318:7, 2319:14, 2320:9, 2320:22, 2323:17, 2327:19, 2327:23, 2328:1, 2330:24, 2335:2, 2335:14, 2339:1, 2339:5, 2339:7, 2339:15, 2340:8, 2344:15, 2351:17, 2352:11, 2353:13, 2353:20, 2356:7, 2357:7, 2358:19, 2366:3, 2368:8, 2370:3, 2370:25, 2371:4, 2373:2, 2373:4, 2373:19, 2377:15, 2378:9, 2378:11, 2379:19, 2380:17, 2381:9, 2382:8
**AREA** [18] - 2297:16, 2300:18, 2303:12,

2303:13, 2303:24, 2304:2, 2304:17, 2304:22, 2305:3, 2305:11, 2306:9, 2306:14, 2306:15, 2322:6, 2330:12, 2333:23, 2343:6, 2347:14
**AREAS** [2] - 2304:13, 2316:14
**AREN'T** [1] - 2337:3
**ARMY** [1] - 2312:7
**AROUND** [5] - 2314:7, 2318:9, 2318:19, 2343:1, 2355:25
**ARPENT** [6] - 2336:18, 2337:19, 2345:11, 2346:1, 2347:21, 2348:16
**ARRIVAL** [3] - 2371:13, 2371:14, 2374:16
**ARRIVE** [1] - 2344:25
**ARRIVED** [1] - 2308:14
**ARRIVING** [2] - 2371:16, 2374:23
**ARROWS** [4] - 2313:24, 2313:25, 2314:2, 2314:3
**ARTICLE** [4] - 2296:25, 2297:5, 2297:17, 2297:25
**ARTICULATED** [1] - 2370:24
**ARTIFACT** [1] - 2354:5
**AS** [62] - 2291:9, 2292:5, 2293:11, 2294:8, 2294:21, 2295:20, 2296:24, 2301:5, 2301:8, 2301:22, 2302:8, 2302:15, 2311:4, 2313:3, 2322:14, 2322:25, 2323:21, 2330:3, 2335:14, 2338:2, 2341:11, 2341:12, 2342:6, 2342:23, 2342:24, 2344:2, 2344:12, 2346:10, 2346:11, 2346:12, 2349:7, 2351:24, 2353:1, 2354:20, 2355:20, 2355:24, 2355:25, 2358:5, 2359:9, 2359:18, 2360:1,

2363:5, 2367:3, 2367:20, 2371:1, 2371:21, 2375:3, 2375:7, 2375:8, 2375:12, 2375:20, 2376:14, 2378:14, 2379:3, 2381:3
**ASCERTAIN** [2] - 2297:11, 2297:19
**ASHLEY** [1] - 2289:2
**ASK** [22] - 2295:17, 2299:1, 2301:4, 2301:13, 2301:22, 2309:20, 2311:3, 2312:17, 2322:9, 2334:12, 2337:7, 2337:8, 2337:12, 2345:1, 2359:25, 2360:1, 2360:3, 2361:14, 2362:7, 2362:8, 2375:15, 2381:20
**ASKED** [5] - 2291:8, 2328:3, 2356:13, 2363:1, 2382:1
**ASKING** [16] - 2296:13, 2301:16, 2309:17, 2321:11, 2321:13, 2321:15, 2321:17, 2322:20, 2323:4, 2323:5, 2323:9, 2341:24, 2342:4, 2342:8
**ASPECT** [2] - 2322:25, 2359:11
**ASPECTS** [1] - 2323:1
**ASSESSING** [1] - 2336:21
**ASSIGNED** [1] - 2298:9
**ASSIMILATION** [3] - 2367:21, 2368:1, 2368:6
**ASSOCIATED** [1] - 2311:13
**ASSOCIATES** [2] - 2287:12, 2288:7
**ASSUME** [7] - 2297:22, 2322:21, 2337:22, 2362:7, 2363:1, 2363:4, 2382:5
**ASSUMING** [3] - 2362:14, 2362:18, 2382:7
**ASSUMPTION** [3] - 2362:9, 2362:14, 2363:10
**AT** [191] - 2292:2,

2294:8, 2294:23,
2299:4, 2305:20,
2306:24, 2308:14,
2308:22, 2309:19,
2311:8, 2312:10,
2314:15, 2315:11,
2315:13, 2316:8,
2316:11, 2317:15,
2318:23, 2318:25,
2319:15, 2320:8,
2320:16, 2321:25,
2322:5, 2322:17,
2323:15, 2324:12,
2324:13, 2324:17,
2324:24, 2324:25,
2325:4, 2325:7,
2325:13, 2325:24,
2326:4, 2326:6,
2326:9, 2326:11,
2326:14, 2326:22,
2326:24, 2327:3,
2327:4, 2327:6,
2327:9, 2327:10,
2327:15, 2328:6,
2328:9, 2328:11,
2329:4, 2330:24,
2331:7, 2331:11,
2331:23, 2331:24,
2332:11, 2332:17,
2332:25, 2333:24,
2334:8, 2335:9,
2335:13, 2335:19,
2335:22, 2335:25,
2336:10, 2336:14,
2336:18, 2336:20,
2336:22, 2336:24,
2337:1, 2337:4,
2337:5, 2337:20,
2337:24, 2338:4,
2338:8, 2340:17,
2340:18, 2341:7,
2341:9, 2341:10,
2341:14, 2342:7,
2342:10, 2343:5,
2343:20, 2343:25,
2344:6, 2344:19,
2344:24, 2344:25,
2345:4, 2345:7,
2345:19, 2346:3,
2347:6, 2347:16,
2347:21, 2347:23,
2348:9, 2348:16,
2351:13, 2352:1,
2352:12, 2352:23,
2353:4, 2353:7,
2353:8, 2353:11,
2353:23, 2354:1,
2354:2, 2354:24,
2355:23, 2355:24,
2356:1, 2356:5,
2357:21, 2357:22,

2358:18, 2359:12,
2359:20, 2362:11,
2362:13, 2362:20,
2363:24, 2364:11,
2365:22, 2365:25,
2369:1, 2369:4,
2370:18, 2371:3,
2371:5, 2371:14,
2371:15, 2371:20,
2371:25, 2372:5,
2372:6, 2372:13,
2372:14, 2372:17,
2374:10, 2374:12,
2374:19, 2374:22,
2375:4, 2375:5,
2375:6, 2375:12,
2375:18, 2375:19,
2375:25, 2376:8,
2376:19, 2377:7,
2378:11, 2378:18,
2378:19, 2379:15,
2379:16, 2379:17,
2380:6, 2380:15,
2381:12, 2381:15,
2381:16, 2382:5,
2382:9, 2382:11,
2382:12, 2382:15,
2383:10, 2383:23
    **ATTEMPT** [2] -
2297:10, 2297:17
    **ATTEMPTS** [1] -
2313:13
    **ATTENTIVE** [1] -
2334:5
    **ATTRIBUTE** [1] -
2374:25
    **ATTRIBUTED** [1] -
2325:21
    **AUTHOR** [1] - 2302:6
    **AUTHORIZATION**
[1] - 2299:14
    **AUTHORIZED** [6] -
2292:5, 2292:12,
2292:13, 2292:15,
2345:18, 2355:20
    **AVAILABLE** [1] -
2299:23
    **AVENUE** [2] -
2287:23, 2288:12
    **AVOID** [1] - 2357:3
    **AVOIDING** [1] -
2356:5
    **AWARE** [3] -
2297:21, 2297:23,
2303:16
    **AWAY** [1] - 2341:18
    **AXES** [1] - 2361:20

**B**

    **B** [1] - 2287:19

    **BACK** [29] - 2306:7,
2309:19, 2311:2,
2312:20, 2312:21,
2316:12, 2317:1,
2317:15, 2317:24,
2318:19, 2326:3,
2326:5, 2330:21,
2331:21, 2334:15,
2336:10, 2336:18,
2337:11, 2341:3,
2345:3, 2347:9,
2357:8, 2371:18,
2375:4, 2376:10,
2380:10, 2382:18,
2382:20, 2383:23
    **BAEZA** [1] - 2289:5
    **BANK** [2] - 2292:14,
2292:16
    **BANKS** [1] - 2308:3
    **BARON** [1] - 2287:22
    **BARONNE** [2] -
2287:17, 2287:20
    **BARRIER** [1] -
2306:12
    **BASE** [11] - 2319:5,
2319:7, 2319:25,
2328:13, 2329:11,
2344:13, 2351:6,
2351:15, 2351:22,
2355:19
    **BASED** [15] -
2291:10, 2295:19,
2309:6, 2312:17,
2338:8, 2341:23,
2342:6, 2342:7,
2344:20, 2344:23,
2350:23, 2357:18,
2367:13, 2368:12,
2369:1
    **BASICALLY** [4] -
2312:2, 2358:23,
2367:13, 2368:16
    **BASIN** [1] - 2305:12
    **BATON** [2] -
2288:10, 2288:16
    **BAYOU** [6] -
2291:14, 2291:15,
2291:16, 2292:2,
2300:17, 2372:14
    **BE** [85] - 2291:5,
2293:20, 2294:10,
2296:9, 2300:25,
2301:9, 2302:10,
2302:21, 2303:14,
2303:21, 2303:23,
2304:11, 2304:21,
2305:2, 2306:10,
2306:12, 2306:17,
2308:3, 2308:12,
2308:15, 2308:16,

2309:3, 2309:12,
2309:23, 2310:5,
2310:7, 2311:11,
2311:13, 2318:9,
2319:12, 2320:10,
2322:7, 2323:8,
2324:12, 2324:21,
2325:15, 2326:16,
2326:20, 2329:10,
2329:13, 2329:25,
2332:7, 2332:17,
2335:8, 2337:1,
2337:22, 2338:7,
2338:20, 2340:14,
2342:11, 2342:20,
2343:7, 2344:2,
2348:2, 2351:19,
2352:7, 2352:19,
2355:12, 2357:23,
2360:13, 2362:5,
2363:18, 2363:19,
2363:20, 2364:2,
2364:16, 2365:6,
2372:15, 2372:20,
2373:1, 2373:5,
2373:22, 2373:23,
2373:24, 2374:12,
2375:8, 2376:14,
2378:20, 2378:22,
2379:25, 2380:4,
2380:24, 2382:17,
2383:22
    **BEA** [2] - 2320:19,
2341:21
    **BEA'S** [1] - 2342:6
    **BEACH** [9] - 2292:3,
2303:13, 2306:9,
2306:14, 2306:17,
2306:18, 2306:23,
2307:11, 2310:5
    **BEAUTY** [2] -
2298:20, 2324:15
    **BECAUSE** [24] -
2296:13, 2307:2,
2316:16, 2325:25,
2327:20, 2334:15,
2337:24, 2348:24,
2349:12, 2355:17,
2355:25, 2356:15,
2362:14, 2366:9,
2370:12, 2371:5,
2374:24, 2375:13,
2378:22, 2380:12,
2380:14, 2380:23,
2382:1
    **BEEN** [18] - 2291:10,
2297:16, 2297:23,
2310:20, 2316:16,
2336:6, 2340:19,
2345:8, 2349:20,

2350:25, 2351:5,
2354:15, 2355:19,
2373:20, 2374:13,
2377:18, 2382:8,
2383:17
    **BEFORE** [21] -
2287:8, 2291:8,
2295:17, 2301:15,
2304:6, 2326:22,
2337:11, 2346:18,
2346:20, 2351:10,
2354:7, 2357:18,
2361:14, 2362:12,
2371:6, 2371:7,
2373:21, 2374:13,
2375:6, 2376:19,
2382:24
    **BEG** [1] - 2383:19
    **BEGAN** [1] - 2328:4
    **BEGIN** [1] - 2291:8
    **BEGINNING** [1] -
2374:1
    **BEING** [10] -
2294:15, 2303:25,
2304:4, 2316:22,
2348:10, 2354:4,
2375:8, 2376:6,
2376:7, 2380:11
    **BELIEVE** [18] -
2301:16, 2316:21,
2321:12, 2326:3,
2328:20, 2328:24,
2335:6, 2341:16,
2342:9, 2350:12,
2352:11, 2352:17,
2354:4, 2354:6,
2356:19, 2357:14,
2374:9, 2374:25
    **BELOW** [2] -
2340:11, 2340:18
    **BENJAMIN** [1] -
2289:13
    **BERNARD** [11] -
2313:4, 2313:5,
2322:16, 2322:17,
2327:20, 2327:22,
2327:24, 2328:7,
2353:6, 2381:2,
2381:11
    **BEST** [3] - 2352:1,
2367:9, 2384:8
    **BETTER** [7] -
2313:17, 2332:24,
2332:25, 2355:13,
2361:16, 2362:5,
2367:25
    **BETWEEN** [34] -
2292:13, 2292:15,
2292:23, 2329:20,
2329:21, 2338:17,

2340:1, 2344:13, 2345:10, 2349:6, 2349:15, 2350:19, 2353:9, 2355:5, 2356:13, 2358:19, 2359:13, 2359:14, 2366:9, 2367:7, 2368:8, 2369:4, 2370:19, 2371:1, 2371:15, 2373:18, 2373:20, 2373:24, 2374:10, 2375:24, 2378:2, 2378:16, 2379:21, 2381:17

**BIENVENUE** [2] - 2291:15, 2292:2

**BIG** [1] - 2349:6

**BIT** [7] - 2304:1, 2315:11, 2316:9, 2348:9, 2355:21, 2373:19, 2374:16

**BLACKBOARD** [2] - 2334:23, 2348:6

**BLAH** [3] - 2309:22, 2309:23

**BLAME** [1] - 2357:19

**BLOCKS** [1] - 2363:19

**BLOW** [5] - 2332:23, 2333:9, 2346:24, 2364:9, 2377:12

**BLOWING** [2] - 2295:25, 2296:17

**BLUE** [10] - 2292:13, 2319:2, 2319:3, 2319:22, 2323:22, 2323:23, 2329:8, 2343:25, 2365:9, 2365:11

**BLUISH** [1] - 2329:17

**BLURRY** [1] - 2331:25

**BLVD** [1] - 2288:19

**BOARD** [3] - 2306:23, 2307:11, 2337:5

**BODIES** [2] - 2378:11, 2379:14

**BODY** [1] - 2383:4

**BORGNE** [17] - 2300:10, 2300:13, 2300:15, 2300:21, 2300:22, 2303:14, 2304:4, 2304:7, 2307:21, 2335:16, 2349:17, 2355:9, 2358:9, 2378:2, 2378:12, 2379:6, 2379:23

**BORINGS** [1] - 2316:10

**BOTH** [10] - 2326:9, 2345:17, 2349:15, 2351:23, 2353:2, 2368:25, 2372:6, 2372:17, 2379:5, 2379:10

**BOTTOM** [7] - 2291:15, 2327:15, 2365:4, 2365:14, 2366:15, 2371:18, 2377:13

**BOUNCING** [1] - 2318:19

**BOX** [4] - 2288:2, 2288:9, 2288:19, 2289:12

**BRANCH** [1] - 2289:5

**BREACH** [11] - 2294:8, 2314:2, 2314:7, 2316:10, 2316:22, 2320:20, 2330:12, 2344:20, 2347:7, 2371:5, 2371:7

**BREACHED** [3] - 2293:6, 2320:16, 2343:6

**BREACHES** [13] - 2291:9, 2315:22, 2316:7, 2316:18, 2316:23, 2316:24, 2333:20, 2360:24, 2361:6, 2364:12, 2371:8, 2375:12

**BREACHING** [24] - 2292:18, 2293:5, 2295:6, 2314:15, 2316:14, 2316:16, 2316:19, 2317:4, 2320:19, 2320:25, 2321:1, 2321:3, 2321:6, 2321:20, 2330:15, 2361:1, 2370:7, 2370:8, 2370:13, 2374:18, 2375:1, 2376:7

**BRENDAN** [1] - 2288:23

**BRETSCHNEIDER** [3] - 2310:22, 2311:5, 2311:8

**BRUCE** [1] - 2290:5

**BRUNO** [153] - 2287:16, 2287:16, 2290:6, 2291:7, 2291:13, 2291:20, 2291:25, 2292:8,

2292:11, 2292:22, 2292:25, 2293:3, 2293:10, 2293:14, 2293:19, 2293:23, 2294:1, 2294:12, 2295:13, 2295:15, 2296:20, 2298:21, 2298:23, 2299:1, 2299:3, 2300:11, 2300:14, 2300:23, 2301:3, 2301:20, 2302:13, 2302:17, 2303:6, 2303:9, 2305:4, 2312:20, 2312:24, 2315:2, 2315:17, 2315:20, 2316:3, 2316:4, 2317:22, 2319:14, 2319:18, 2321:24, 2322:2, 2322:23, 2323:2, 2323:3, 2326:13, 2327:14, 2327:25, 2328:22, 2328:25, 2329:6, 2329:12, 2329:14, 2329:15, 2329:21, 2329:23, 2330:2, 2330:6, 2330:21, 2331:1, 2331:6, 2331:12, 2331:15, 2331:16, 2331:25, 2332:10, 2332:13, 2332:20, 2332:23, 2332:25, 2333:3, 2333:11, 2333:13, 2334:1, 2334:14, 2334:23, 2334:25, 2336:9, 2336:23, 2337:9, 2337:14, 2338:1, 2342:1, 2342:2, 2342:10, 2342:12, 2342:14, 2342:21, 2343:8, 2343:12, 2343:13, 2343:24, 2344:3, 2345:21, 2346:14, 2347:2, 2348:6, 2348:8, 2348:11, 2349:24, 2350:1, 2350:5, 2352:3, 2353:21, 2353:22, 2354:16, 2354:18, 2355:15, 2359:4, 2359:25, 2360:4, 2360:8, 2360:19, 2360:20, 2361:4, 2361:8, 2362:10, 2362:16, 2362:17, 2363:3, 2363:7, 2363:9, 2363:11, 2363:17, 2363:22,

2364:7, 2364:25, 2365:10, 2365:13, 2365:16, 2365:17, 2366:18, 2368:19, 2370:5, 2372:12, 2373:13, 2375:15, 2375:22, 2376:2, 2376:7, 2376:11, 2376:13, 2376:17, 2377:12, 2377:14, 2381:21, 2382:14, 2383:18

**BUDD** [1] - 2287:22

**BUILD** [1] - 2304:6

**BUILDING** [1] - 2335:23

**BUILT** [1] - 2294:9

**BULK** [3] - 2318:11, 2319:21, 2334:8

**BUSINESS** [1] - 2383:21

**BUT** [45] - 2293:7, 2294:2, 2294:10, 2294:20, 2295:2, 2296:1, 2297:1, 2301:4, 2305:21, 2306:20, 2308:8, 2308:13, 2310:14, 2312:4, 2315:9, 2316:5, 2316:10, 2317:17, 2318:8, 2318:19, 2320:21, 2320:25, 2321:25, 2326:6, 2333:24, 2335:17, 2337:4, 2338:9, 2341:4, 2341:7, 2341:14, 2344:21, 2344:24, 2349:4, 2349:11, 2351:21, 2355:24, 2358:22, 2365:6, 2368:20, 2369:7, 2370:18, 2374:21, 2376:22, 2383:6

**BUT..** [1] - 2326:20

**BUTTON** [1] - 2371:22

**BY** [157] - 2287:13, 2287:16, 2287:19, 2287:23, 2288:1, 2288:5, 2288:8, 2288:12, 2288:15, 2288:18, 2288:22, 2289:1, 2289:5, 2289:18, 2289:19, 2290:6, 2293:6, 2294:1, 2294:12, 2295:15, 2296:3, 2296:20, 2297:21, 2298:19, 2299:3,

2300:11, 2300:14, 2300:19, 2301:3, 2301:20, 2302:17, 2303:9, 2303:11, 2303:25, 2304:2, 2304:13, 2305:4, 2305:12, 2306:8, 2308:19, 2308:23, 2309:3, 2310:4, 2310:21, 2311:8, 2311:16, 2311:21, 2312:6, 2312:9, 2312:14, 2312:21, 2312:23, 2312:24, 2314:3, 2315:2, 2315:20, 2316:4, 2317:22, 2318:22, 2319:18, 2319:23, 2321:19, 2322:2, 2323:3, 2324:8, 2324:11, 2326:13, 2327:25, 2328:25, 2329:6, 2329:15, 2330:6, 2331:10, 2331:16, 2333:3, 2333:13, 2333:25, 2334:14, 2334:25, 2335:1, 2335:9, 2336:9, 2336:23, 2337:9, 2337:14, 2337:19, 2338:1, 2339:3, 2339:7, 2339:12, 2340:19, 2340:25, 2342:2, 2342:21, 2343:13, 2343:22, 2344:3, 2345:21, 2346:14, 2347:2, 2348:11, 2349:9, 2350:1, 2350:5, 2352:3, 2353:22, 2354:4, 2354:18, 2355:15, 2356:1, 2357:9, 2359:4, 2360:2, 2360:4, 2360:8, 2360:14, 2360:20, 2361:4, 2361:8, 2361:9, 2361:16, 2362:10, 2362:17, 2363:3, 2363:22, 2364:7, 2364:18, 2364:24, 2364:25, 2365:14, 2365:15, 2365:17, 2366:5, 2366:18, 2366:24, 2367:3, 2368:15, 2368:17, 2368:19, 2368:25, 2369:11, 2370:1, 2370:5, 2371:18, 2372:12, 2373:13, 2374:18,

2376:17, 2376:24, 2377:14, 2379:9, 2380:1, 2380:16, 2382:14, 2382:18

# C

**C** [8] - 2288:5, 2288:8, 2288:12, 2288:14, 2288:15, 2288:18, 2288:18, 2291:1

**CA** [1] - 2287:14

**CAERNARVON** [1] - 2306:16

**CALCULATED** [3] - 2328:15, 2349:21, 2354:4

**CALCULATING** [1] - 2327:4

**CALL** [22] - 2291:21, 2292:1, 2292:14, 2292:16, 2293:17, 2293:20, 2295:16, 2296:25, 2297:1, 2297:5, 2298:4, 2303:16, 2326:14, 2329:24, 2330:2, 2367:21, 2374:19, 2381:12

**CALLED** [5] - 2298:17, 2299:22, 2310:13, 2322:15, 2338:13

**CALVIN** [1] - 2288:12

**CAME** [8] - 2302:21, 2327:21, 2330:12, 2333:19, 2334:1, 2334:8, 2335:15, 2355:23

**CAN** [122] - 2291:21, 2291:22, 2292:4, 2292:14, 2293:4, 2293:10, 2293:11, 2293:16, 2295:14, 2295:16, 2295:22, 2298:12, 2298:13, 2298:16, 2298:19, 2299:4, 2299:7, 2299:15, 2299:23, 2300:5, 2301:5, 2303:10, 2303:15, 2303:19, 2304:17, 2305:15, 2307:3, 2307:4, 2309:2, 2309:7, 2309:20, 2312:6, 2313:12, 2313:15, 2314:1, 2314:3, 2314:5, 2315:21, 2316:6,

2316:12, 2317:1, 2318:20, 2318:22, 2319:8, 2319:15, 2319:16, 2319:23, 2320:12, 2321:8, 2321:13, 2324:16, 2324:19, 2324:24, 2325:4, 2328:4, 2329:3, 2329:25, 2331:2, 2331:13, 2331:17, 2331:18, 2331:20, 2331:22, 2331:23, 2332:1, 2332:5, 2332:23, 2333:4, 2333:15, 2334:12, 2334:19, 2336:16, 2337:5, 2337:8, 2337:15, 2337:16, 2339:2, 2339:17, 2341:18, 2342:10, 2344:4, 2344:14, 2346:6, 2346:24, 2349:8, 2350:18, 2352:12, 2353:15, 2353:18, 2354:16, 2355:2, 2357:16, 2359:19, 2359:20, 2362:8, 2364:9, 2364:13, 2364:23, 2365:8, 2369:6, 2370:23, 2371:10, 2372:8, 2372:11, 2374:25, 2375:4, 2375:9, 2376:18, 2377:20, 2380:8, 2380:9, 2381:3, 2381:5, 2382:1, 2382:20

**CAN'T** [19] – 2293:10, 2313:7, 2321:25, 2326:25, 2331:1, 2331:25, 2332:22, 2333:5, 2337:8, 2337:13, 2338:10, 2338:11, 2341:9, 2347:22, 2348:18, 2349:1, 2357:19, 2365:12, 2376:24

**CANAL** [31] – 2295:8, 2299:18, 2308:19, 2308:22, 2327:5, 2340:2, 2343:15, 2344:18, 2348:16, 2350:17, 2350:24, 2351:24, 2357:2, 2357:8, 2358:11, 2358:17, 2359:16, 2369:17, 2369:18, 2370:19, 2371:14, 2371:17, 2372:18, 2377:19, 2378:10,

2379:16, 2380:7, 2380:9, 2381:14, 2382:19, 2383:16

**CANDIDLY** [1] - 2376:13

**CANDOR** [1] - 2319:17

**CAPTION** [9] - 2331:22, 2332:1, 2346:9, 2346:12, 2346:13, 2346:15, 2347:17, 2347:19

**CAREFUL** [2] - 2310:6, 2325:15

**CAREFULLY** [1] - 2382:12

**CARONDELET** [1] - 2289:2

**CASE** [24] - 2291:13, 2313:3, 2319:5, 2319:7, 2319:25, 2328:13, 2329:11, 2335:22, 2344:9, 2344:13, 2345:6, 2345:7, 2345:13, 2351:6, 2351:20, 2351:22, 2355:19, 2355:20, 2357:6, 2369:11, 2377:8

**CASES** [6] - 2344:8, 2345:17, 2351:23, 2352:4, 2352:5, 2352:8

**CAUSATION** [3] - 2294:6, 2294:13, 2294:14

**CAUSE** [1] - 2335:21

**CAUSED** [7] - 2296:3, 2312:9, 2312:14, 2312:23, 2337:19, 2340:19

**CAUSES** [3] - 2301:23, 2302:3, 2335:7

**CCR** [2] - 2289:15, 2384:6, 2384:14

**CENTER** [2] - 2307:12, 2358:8

**CENTRAL** [5] - 2361:22, 2362:3, 2362:25, 2363:8, 2364:1

**CERTAIN** [1] - 2311:18

**CERTAINLY** [6] - 2297:20, 2313:8, 2325:25, 2356:23, 2357:2, 2380:10

**CERTIFICATE** [1] - 2384:4

**CERTIFY** [1] - 2384:7

**CHANCE** [1] - 2303:5

**CHANDELEUR** [3] - 2304:3, 2308:5, 2308:20

**CHANGE** [2] - 2351:24, 2368:3

**CHANGED** [3] - 2295:5, 2367:15, 2367:16

**CHANGING** [2] - 2300:25, 2368:4

**CHANNEL** [42] - 2292:4, 2292:13, 2292:16, 2299:18, 2300:3, 2300:18, 2301:9, 2301:12, 2302:9, 2302:11, 2303:11, 2303:13, 2304:2, 2304:6, 2304:11, 2304:12, 2305:16, 2306:8, 2306:15, 2306:18, 2307:17, 2307:20, 2307:21, 2307:23, 2307:24, 2308:2, 2308:5, 2308:16, 2308:20, 2309:23, 2310:7, 2319:12, 2330:3, 2335:21, 2338:5, 2345:23, 2379:25, 2380:3, 2380:20, 2380:21

**CHANNELS** [11] - 2304:16, 2304:18, 2304:25, 2305:3, 2305:8, 2308:4, 2335:7, 2335:10, 2335:12, 2335:14, 2380:17

**CHARACTERISTIC S** [2] - 2296:7, 2312:12

**CHARACTERIZATI ON** [1] - 2336:8

**CHARACTERIZE** [2] - 2367:20, 2375:7

**CHART** [26] - 2298:20, 2298:23, 2321:17, 2323:11, 2326:12, 2326:15, 2336:10, 2338:10, 2345:6, 2346:10, 2348:3, 2348:24, 2349:3, 2351:25, 2352:10, 2352:12, 2353:18, 2356:14, 2357:11, 2362:11, 2362:19, 2362:22, 2363:5, 2363:25,

2371:3, 2371:18

**CHARTS** [6] - 2304:18, 2321:5, 2323:4, 2323:17, 2323:19, 2361:21

**CHOOSE** [1] - 2380:24

**CHOSE** [2] - 2324:13, 2327:3

**CHOSEN** [1] - 2364:1

**CIRCUMSTANCES** [1] - 2357:19

**CITED** [1] - 2363:20

**CITRUS** [2] - 2326:3, 2326:5

**CITY** - 2288:20

**CLEAR** [4] - 2332:1, 2372:21, 2378:22, 2383:12

**CLEARED** [1] - 2364:13

**CLEARLY** [5] - 2293:8, 2300:2, 2331:24, 2361:21, 2377:23

**CLERK** [4] - 2291:5, 2292:10, 2333:8, 2342:19

**CLEVER** [1] - 2307:7

**CLOSE** [6] - 2294:10, 2333:7, 2333:11, 2347:8, 2365:23, 2376:8

**CLOSELY** [2] - 2353:12, 2365:21

**CLOSER** [2] - 2347:6, 2358:23

**CLOSURE** [2] - 2380:1, 2382:25

**COAST** [3] - 2349:18, 2355:9, 2358:13

**COASTAL** [1] - 2307:12

**COHORTS** [1] - 2377:23

**COINCIDE** [1] - 2365:9

**COLLECT** [1] - 2381:3

**COLLECTED** [1] - 2373:17

**COLLINS** [2] - 2310:22, 2311:5

**COLOR** [2] - 2329:4, 2365:12

**COMBINED** [1] - 2378:1

**COME** [3] - 2334:17,

2348:1, 2368:17
**COMES** [2] - 2296:4, 2358:23
**COMFORTABLE** [2] - 2334:16, 2351:16
**COMING** [7] - 2319:1, 2323:15, 2324:1, 2326:9, 2327:24, 2335:23, 2374:24
**COMMENT** [7] - 2301:16, 2321:11, 2321:13, 2337:23, 2347:22, 2348:18, 2349:1
**COMMENTS** [1] - 2346:21
**COMMISSIONED** [2] - 2297:15, 2297:21
**COMMUNITY** [2] - 2367:22
**COMPARE** [2] - 2322:5, 2352:18
**COMPARED** [3] - 2322:13, 2366:6, 2375:3
**COMPARING** [1] - 2343:16
**COMPARISON** [1] - 2361:12
**COMPARISONS** [2] - 2367:7, 2369:4
**COMPELLING** [2] - 2369:23, 2369:24
**COMPILED** [1] - 2299:17
**COMPLETE** [2] - 2309:10, 2346:19
**COMPLETELY** [2] - 2336:18, 2345:23
**COMPLEX** [1] - 2288:8
**COMPLICATED** [3] - 2343:17, 2355:21, 2368:18
**COMPUTED** [1] - 2368:16
**COMPUTER** [3] - 2289:19, 2324:16, 2367:24
**CONCERN** [1] - 2344:17
**CONCLUDE** [8] - 2303:15, 2303:24, 2309:7, 2311:24, 2312:6, 2338:4, 2338:10, 2339:2
**CONCLUDED** [3] - 2303:22, 2312:2, 2312:7

**CONCLUSION** [11] - 2302:21, 2308:14, 2309:2, 2309:12, 2309:24, 2310:2, 2343:6, 2344:25, 2350:23, 2380:4, 2383:7
**CONCLUSIONS** [5] - 2310:10, 2341:22, 2342:6, 2377:5, 2377:7
**CONCRETE** [3] - 2314:11, 2314:12
**CONCUR** [3] - 2302:14, 2349:11, 2349:12
**CONDITION** [4] - 2308:19, 2345:19, 2345:20, 2345:24
**CONDITIONS** [6] - 2304:2, 2305:12, 2339:25, 2341:19, 2345:10, 2379:10
**CONDUCTED** [1] - 2297:11
**CONFIDENCE** [2] - 2308:22, 2350:8
**CONFIRM** [1] - 2346:17
**CONFLUENCE** [13] - 2327:17, 2330:9, 2331:17, 2331:21, 2333:14, 2335:6, 2335:9, 2335:10, 2335:20, 2336:1, 2338:5, 2370:19, 2378:19
**CONFUSED** [6] - 2296:5, 2305:17, 2309:16, 2310:4, 2352:4, 2366:5
**CONNECTED** [1] - 2378:11
**CONNECTION** [16] - 2308:24, 2311:17, 2378:2, 2378:4, 2378:7, 2378:10, 2378:15, 2378:16, 2378:17, 2378:20, 2378:21, 2381:13, 2381:15, 2381:17
**CONNECTIONS** [2] - 2301:9, 2302:9
**CONNECTIVITY** [6] - 2379:21, 2380:2, 2380:14, 2380:15, 2381:9, 2383:13
**CONOR** [1] - 2289:7
**CONSEQUENCE** [7] - 2301:10, 2302:10,

2302:21, 2302:23, 2309:23, 2310:8, 2310:9
**CONSIDER** [5] - 2320:15, 2325:8, 2359:16, 2369:7, 2375:20
**CONSIDERATION** [1] - 2370:7
**CONSIDERING** [1] - 2339:20
**CONSISTENT** [2] - 2302:15, 2369:10
**CONSISTENTLY** [1] - 2367:11
**CONTAINED** [3] - 2352:21, 2383:4, 2383:7
**CONTEMPLATE** [1] - 2361:6
**CONTINUE** [2] - 2371:10, 2378:5
**CONTINUES** [2] - 2307:4, 2307:9
**CONTRIBUTED** [1] - 2310:14
**CONTRIBUTOR** [1] - 2380:19
**CONTROL** [1] - 2306:12
**CONTROLS** [1] - 2300:16
**CONVERSION** [3] - 2361:22, 2366:23, 2366:25
**CONVEYERS** [1] - 2335:14
**COORDINATES** [1] - 2366:22
**COPY** [4] - 2291:14, 2292:5, 2293:23, 2299:9
**CORNER** [1] - 2291:16
**CORPS** [7] - 2297:11, 2297:18, 2307:14, 2308:23, 2311:16, 2312:7, 2383:10
**CORRECT** [72] - 2294:13, 2294:18, 2294:22, 2296:23, 2297:13, 2301:25, 2302:2, 2302:4, 2303:2, 2303:3, 2304:8, 2306:4, 2306:5, 2307:18, 2308:8, 2308:9, 2308:11, 2308:17, 2311:23, 2317:13,

2317:14, 2318:12, 2319:8, 2320:22, 2325:3, 2325:11, 2327:8, 2330:5, 2331:19, 2334:18, 2334:21, 2335:3, 2335:5, 2336:12, 2338:15, 2339:22, 2342:3, 2343:1, 2343:2, 2344:11, 2346:1, 2346:2, 2347:6, 2349:5, 2349:10, 2354:9, 2354:10, 2358:3, 2360:5, 2361:1, 2361:7, 2361:15, 2362:18, 2363:16, 2364:1, 2364:11, 2365:3, 2365:5, 2367:16, 2368:22, 2368:24, 2370:10, 2377:6, 2378:24, 2379:7, 2379:11, 2379:12, 2379:20, 2384:8
**CORRECTED** [1] - 2362:3
**CORRECTLY** [5] - 2333:18, 2345:18, 2345:23, 2355:4, 2361:23
**CORRESPONDS** [2] - 2365:12, 2365:14
**COULD** [17] - 2296:13, 2296:14, 2298:4, 2308:2, 2308:18, 2311:18, 2312:17, 2322:5, 2323:8, 2329:24, 2330:2, 2332:7, 2337:10, 2348:10, 2363:25, 2365:6
**COUNSEL** [3] - 2291:12, 2294:5, 2383:17
**COUPLE** [4] - 2311:7, 2320:2, 2350:22, 2380:8
**COURSE** [3] - 2335:25, 2339:21, 2351:19
**COURT** [156] - 2287:1, 2289:15, 2291:6, 2291:12, 2291:19, 2291:24, 2292:6, 2292:21, 2292:24, 2293:1, 2293:9, 2293:11, 2293:13, 2293:18, 2293:22, 2294:9,

2296:9, 2298:7, 2298:22, 2298:25, 2299:2, 2300:10, 2300:13, 2300:22, 2301:6, 2301:17, 2302:11, 2303:5, 2305:1, 2307:10, 2309:3, 2309:7, 2312:21, 2313:3, 2314:25, 2315:19, 2316:2, 2316:19, 2317:12, 2317:21, 2319:11, 2319:17, 2321:17, 2322:5, 2322:21, 2322:25, 2325:25, 2327:13, 2327:18, 2328:19, 2328:23, 2329:5, 2329:9, 2329:20, 2329:22, 2330:1, 2330:3, 2330:19, 2330:23, 2331:2, 2331:9, 2331:13, 2332:3, 2332:6, 2332:12, 2332:14, 2332:19, 2332:21, 2332:24, 2333:2, 2333:7, 2333:10, 2334:10, 2334:12, 2334:24, 2336:5, 2336:16, 2336:19, 2337:7, 2337:12, 2337:25, 2338:16, 2341:24, 2342:10, 2342:13, 2342:15, 2342:18, 2343:9, 2343:19, 2343:23, 2343:25, 2344:1, 2345:16, 2346:12, 2346:25, 2348:7, 2349:25, 2350:4, 2350:18, 2351:19, 2353:20, 2354:17, 2355:1, 2358:21, 2359:22, 2360:1, 2360:7, 2360:15, 2360:18, 2361:3, 2361:6, 2362:7, 2362:14, 2363:1, 2363:6, 2363:8, 2363:10, 2363:14, 2364:4, 2364:6, 2364:13, 2364:18, 2364:21, 2364:23, 2365:8, 2365:11, 2365:14, 2366:2, 2366:8, 2368:11, 2369:21, 2369:23, 2372:8, 2373:12, 2373:22, 2375:15, 2375:18, 2375:25,

2376:6, 2376:10, 2376:12, 2376:16, 2377:11, 2378:3, 2381:20, 2381:22, 2381:25, 2382:3, 2382:7, 2383:17, 2383:20, 2384:6, 2384:7, 2384:15

**COURT'S** [2] - 2291:5, 2342:19

**COURTROOM** [2] - 2310:20, 2325:9

**COVER** [1] - 2313:9

**COVERED** [1] - 2298:19

**CRACKED** [1] - 2376:14

**CRAZY** [2] - 2365:6, 2372:24

**CREATE** [3] - 2296:14, 2338:5, 2367:13

**CREATED** [2] - 2335:1, 2382:18

**CREATES** [1] - 2338:5

**CREST** [7] - 2338:18, 2338:20, 2340:6, 2340:10, 2340:15, 2340:18, 2341:12

**CRITICAL** [1] - 2343:6

**CROSS** [3] - 2290:6, 2293:25, 2375:23

**CROSS-EXAMINATION** [3] - 2290:6, 2293:25, 2375:23

**CROSSING** [1] - 2300:17

**CRR** [2] - 2289:15, 2384:14

**CRUCIAL** [1] - 2353:5

**CRYSTAL** [1] - 2378:22

**CSX** [3] - 2314:4, 2314:10, 2314:15

**CUBIC** [3] - 2320:13, 2323:11, 2324:7

**CURIOUS** [4] - 2337:10, 2345:6, 2346:5, 2347:20

**CURRENT** [1] - 2292:16

**CURVE** [8] - 2329:3, 2329:17, 2357:13, 2361:1, 2361:2, 2361:3, 2366:13, 2367:1

**CURVES** [3] - 2329:11, 2329:13, 2362:5

**CYNICAL** [2] - 2348:23

# D

**D** [3] - 2289:10, 2290:2, 2291:1

**DALLAS** [1] - 2287:24

**DAMAGE** [1] - 2340:19

**DAMAGING** [1] - 2326:9

**DANIEL** [1] - 2289:5

**DASHED** [1] - 2329:8

**DATA** [18] - 2293:16, 2299:17, 2351:15, 2351:20, 2352:1, 2356:2, 2356:5, 2366:10, 2366:25, 2367:21, 2367:25, 2368:6, 2368:8, 2370:21, 2373:23, 2374:5, 2375:13

**DATED** [1] - 2344:7

**DAY** [6] - 2294:24, 2355:24, 2361:19, 2363:16, 2367:23, 2368:1

**DAYLIGHT** [4] - 2361:22, 2362:4, 2362:25, 2366:24

**DAYS** [5] - 2310:20, 2311:7, 2362:24, 2362:25

**DC** [1] - 2289:13

**DEAL** [4] - 2336:21, 2345:12, 2357:24, 2383:13

**DEALT** [3] - 2354:22, 2355:1

**DECIDE** [3] - 2334:10, 2334:11, 2366:2

**DECIMAL** [3] - 2362:24, 2362:25

**DECISION** [1] - 2309:8

**DECREASES** [1] - 2304:3

**DEEP** [3] - 2301:8, 2302:8, 2305:16

**DEEPER** [1] - 2305:8

**DEFENDANT** [2] - 2289:4, 2292:20

**DEFENDANTS** [1] - 2293:16

**DEFENSE** [1] - 2376:2

**DEFER** [2] - 2336:25, 2347:24

**DEFICIENCIES** [1] - 2370:3

**DEFICIENCY** [7] - 2349:22, 2350:2, 2350:3, 2350:6, 2356:16, 2356:22, 2367:18

**DEFICIENT** [1] - 2344:22

**DEFINE** [2] - 2294:14, 2316:19

**DEFINING** [1] - 2358:10

**DEFINITELY** [7] - 2308:25, 2353:8, 2374:5, 2374:6, 2374:8, 2374:10, 2377:18

**DEGRADATION** [1] - 2341:8

**DEGREE** [3] - 2340:22, 2369:1, 2383:3

**DELETERIOUS** [1] - 2318:22

**DEMONSTRATES** [2] - 2302:19, 2376:14

**DENHAM** [1] - 2288:13

**DEPARTMENT** [1] - 2289:4

**DEPEND** [3] - 2305:5, 2339:10, 2339:14

**DEPENDING** [1] - 2381:4

**DEPENDS** [5] - 2295:24, 2296:7, 2339:25, 2357:7, 2376:3

**DEPICT** [1] - 2357:12

**DEPICTED** [5] - 2361:10, 2363:5, 2366:10

**DEPICTION** [1] - 2356:15

**DEPICTS** [1] - 2362:19

**DEPOSITION** [5] - 2326:22, 2327:6, 2352:23, 2353:20, 2353:23

**DEPUTY** [2] - 2291:5, 2342:19

**DESCRIBE** [2] - 2307:23, 2345:16

**DESCRIBED** [2] - 2350:22, 2361:17

**DESIGN** [7] - 2298:5, 2298:8, 2298:10, 2298:12, 2299:18, 2306:24, 2308:24

**DESIGNED** [1] - 2296:14

**DESIGNERS** [6] - 2297:25, 2300:2, 2302:19, 2303:15, 2309:3, 2309:7

**DESK** [1] - 2291:21

**DESPITE** [1] - 2351:4

**DETAIL** [2] - 2315:13, 2316:11

**DETAILED** [1] - 2315:21

**DETAILS** [5] - 2314:14, 2322:1, 2326:25, 2349:1, 2352:8

**DETERMINE** [3] - 2325:4, 2330:17, 2362:9

**DETERMINED** [2] - 2321:3, 2333:19

**DEVASTATING** [3] - 2341:2, 2341:4, 2341:5

**DEVELOPMENT** [1] - 2377:24

**DEVELOPS** [1] - 2350:16

**DIAGRAMS** [1] - 2320:22

**DICTATED** [4] - 2330:13, 2333:25, 2335:9, 2379:9

**DID** [49] - 2293:5, 2295:3, 2296:4, 2296:22, 2297:17, 2297:24, 2298:3, 2302:19, 2307:15, 2308:25, 2311:19, 2311:24, 2312:13, 2317:11, 2320:6, 2320:19, 2320:21, 2322:4, 2322:8, 2322:13, 2322:15, 2322:20, 2326:19, 2343:5, 2343:17, 2344:16, 2344:18, 2345:6, 2345:13, 2348:1, 2348:4, 2350:23, 2352:4, 2352:5, 2352:6, 2352:9, 2354:13, 2359:17, 2360:10,

2361:10, 2366:19, 2367:1, 2367:6, 2367:7, 2368:14, 2376:25, 2382:5

**DIDN'T** [31] - 2292:8, 2294:2, 2295:2, 2300:12, 2301:4, 2315:9, 2322:16, 2324:14, 2326:22, 2327:2, 2331:6, 2336:14, 2336:20, 2336:21, 2336:22, 2336:24, 2343:9, 2345:7, 2348:24, 2350:7, 2354:10, 2355:17, 2355:18, 2356:4, 2356:16, 2368:20, 2370:7, 2370:11, 2372:9, 2376:23

**DIFFERED** [2] - 2345:10, 2368:15

**DIFFERENCE** [10] - 2292:23, 2305:25, 2329:19, 2334:19, 2343:6, 2344:12, 2344:13, 2370:12, 2371:1, 2373:5

**DIFFERENCES** [4] - 2328:11, 2368:8, 2371:4, 2371:24

**DIFFERENT** [20] - 2291:25, 2308:12, 2312:12, 2312:13, 2317:13, 2323:8, 2332:17, 2341:19, 2341:20, 2355:24, 2366:10, 2367:2, 2368:23, 2368:25, 2369:1, 2369:16, 2373:11, 2373:20, 2383:11

**DIFFERENTLY** [3] - 2313:8, 2381:9, 2383:10

**DIFFERS** [1] - 2308:10

**DIKE** [1] - 2304:14

**DIKES** [1] - 2304:13

**DIMENSIONS** [1] - 2345:18

**DIP** [9] - 2354:3, 2354:5, 2354:7, 2354:15, 2354:19, 2355:5, 2356:4, 2356:7, 2365:24

**DIRECT** [5] - 2337:2, 2344:16, 2349:13, 2353:1, 2355:11

**DIRECTION** [2] -

2368:9, 2381:4
**DISAGREE** [4] - 2308:25, 2325:23, 2338:7, 2342:5
**DISCUSSION** [3] - 2310:21, 2352:21, 2362:4
**DISTANCE** [5] - 2292:13, 2292:15, 2294:11, 2338:17, 2341:18
**DISTRICT** [5] - 2287:1, 2287:1, 2287:8, 2384:7
**DISTRICTS** [1] - 2298:10
**DO** [70] - 2292:6, 2293:10, 2293:11, 2293:16, 2295:3, 2295:13, 2295:14, 2297:3, 2297:4, 2297:10, 2298:4, 2300:8, 2301:6, 2303:25, 2304:7, 2304:21, 2305:20, 2310:23, 2311:4, 2313:13, 2313:21, 2315:22, 2320:11, 2320:25, 2324:3, 2324:13, 2326:2, 2330:19, 2332:1, 2333:14, 2335:10, 2336:10, 2337:10, 2341:10, 2343:3, 2346:5, 2346:18, 2350:3, 2350:6, 2350:19, 2350:21, 2351:8, 2352:12, 2352:18, 2353:9, 2358:16, 2359:17, 2359:23, 2360:14, 2360:17, 2361:6, 2362:19, 2366:22, 2366:23, 2367:1, 2367:20, 2368:3, 2368:6, 2368:12, 2375:16, 2375:20, 2379:19, 2380:10, 2382:16, 2382:22, 2383:1, 2383:10, 2384:7
**DOCKET** [1] - 2287:3
**DOCTOR** [1] - 2326:18
**DOCUMENT** [9] - 2299:6, 2299:9, 2299:10, 2300:7, 2303:8, 2307:1, 2307:4, 2307:9, 2313:20

**DOCUMENTS** [1] - 2298:9
**DOES** [21] - 2293:1, 2304:24, 2321:17, 2321:20, 2326:6, 2333:7, 2338:19, 2343:10, 2348:15, 2350:19, 2350:20, 2353:2, 2353:12, 2357:12, 2358:15, 2359:2, 2374:18, 2375:14, 2377:24, 2378:3, 2382:19
**DOESN'T** [19] - 2296:13, 2308:6, 2322:21, 2322:22, 2323:14, 2326:6, 2331:7, 2339:8, 2339:18, 2343:11, 2358:16, 2361:1, 2365:6, 2365:19, 2367:18, 2371:21, 2372:15, 2375:11, 2381:25
**DOING** [5] - 2319:1, 2343:16, 2361:16, 2365:15, 2371:20
**DOMAIN** [1] - 2351:14
**DOMENGEAUX** [1] - 2288:1
**DON'T** [91] - 2294:10, 2295:11, 2295:12, 2296:25, 2298:3, 2300:5, 2300:13, 2301:1, 2301:13, 2305:15, 2306:19, 2306:20, 2310:4, 2311:1, 2312:25, 2316:20, 2317:19, 2318:10, 2320:16, 2320:23, 2320:24, 2321:5, 2321:11, 2321:22, 2323:5, 2323:14, 2323:24, 2324:6, 2326:16, 2331:3, 2333:5, 2333:6, 2335:12, 2338:4, 2338:9, 2339:24, 2340:21, 2341:14, 2342:1, 2342:7, 2343:5, 2345:2, 2346:11, 2347:22, 2348:18, 2348:19, 2348:20, 2349:1, 2349:4, 2349:11, 2349:12, 2350:12, 2350:14, 2350:15, 2351:22, 2352:15,

2352:16, 2354:4, 2357:14, 2357:21, 2358:6, 2359:7, 2359:22, 2361:20, 2362:7, 2362:21, 2362:23, 2362:24, 2363:12, 2365:23, 2366:1, 2366:4, 2366:12, 2366:14, 2370:21, 2372:1, 2372:9, 2372:23, 2373:16, 2373:25, 2374:3, 2374:12, 2380:7, 2380:24, 2381:20, 2382:11, 2383:2, 2383:5
**DONE** [19] - 2297:16, 2297:18, 2297:23, 2303:7, 2307:2, 2308:23, 2311:8, 2311:16, 2321:19, 2327:1, 2331:10, 2355:13, 2357:5, 2361:22, 2364:2, 2365:14, 2365:15, 2368:1, 2382:8
**DOTTED** [1] - 2329:8
**DOWN** [12] - 2292:8, 2293:21, 2299:14, 2301:6, 2301:24, 2320:13, 2333:1, 2333:2, 2348:8, 2354:5, 2357:4, 2372:14
**DR** [41] - 2294:16, 2294:17, 2320:19, 2321:20, 2325:18, 2326:16, 2326:19, 2326:21, 2327:2, 2329:1, 2331:10, 2331:13, 2336:25, 2337:23, 2341:21, 2342:6, 2343:17, 2346:7, 2347:25, 2348:14, 2348:20, 2351:21, 2352:5, 2352:9, 2352:10, 2352:11, 2352:13, 2365:1, 2365:20, 2369:19, 2369:25, 2370:6, 2371:2, 2371:19, 2373:21, 2377:15, 2382:12
**DRAINAGE** [1] - 2305:7
**DRAMATICALLY** [1] - 2379:25
**DRAW** [2] - 2341:9, 2378:22

**DRAWING)** [1] - 2378:23
**DRAWN** [1] - 2295:20
**DREW** [3] - 2341:21, 2355:19, 2363:25
**DRIVEN** [1] - 2350:17
**DRIVING** [1] - 2358:17
**DROP** [6] - 2319:23, 2320:1, 2370:14, 2370:20, 2370:21, 2370:22
**DUDENHEFER** [2] - 2288:4, 2288:5
**DUE** [5] - 2349:17, 2354:6, 2355:9, 2359:10, 2370:24
**DUMAS** [2] - 2288:7, 2288:8
**DUPRE** [3] - 2291:15, 2291:16, 2372:14
**DURATION** [6] - 2311:10, 2311:12, 2353:4, 2353:9, 2369:19, 2369:25
**DURATIONS** [1] - 2311:9
**DURING** [9] - 2295:25, 2296:4, 2313:23, 2318:20, 2327:16, 2327:20, 2335:14, 2338:22, 2375:23
**DUTCH** [5] - 2318:11, 2324:13, 2324:15, 2369:12, 2373:5
**DUVAL** [1] - 2287:8
**DYNAMICS** [1] - 2359:12

# E

**E** [4] - 2289:2, 2290:2, 2291:1
**EACH** [3] - 2315:22, 2367:23, 2368:1
**EARLIER** [2] - 2363:20, 2375:3
**EARLY** [2] - 2333:23, 2371:16
**EAST** [37] - 2288:23, 2313:1, 2313:4, 2313:14, 2313:18, 2316:9, 2316:12, 2316:24, 2317:15, 2317:25, 2318:2, 2318:7, 2320:16,

2321:1, 2322:19, 2322:22, 2327:17, 2327:20, 2327:23, 2328:3, 2328:4, 2328:5, 2328:7, 2330:9, 2331:21, 2333:14, 2333:19, 2333:22, 2334:1, 2334:16, 2339:5, 2340:1, 2340:24, 2341:22, 2342:25, 2380:17, 2381:6
**EASTERN** [3] - 2287:1, 2381:1, 2384:7
**EBERSOLE** [19] - 2290:5, 2294:2, 2295:14, 2295:18, 2298:4, 2315:21, 2322:9, 2342:22, 2343:15, 2344:7, 2356:7, 2357:11, 2359:19, 2362:12, 2364:18, 2365:14, 2377:15, 2381:19, 2382:24
**EBERSOLE'S** [1] - 2364:9
**EDWARDS** [1] - 2288:1
**EFFECT** [21] - 2294:21, 2295:18, 2295:23, 2296:5, 2296:6, 2296:14, 2300:22, 2301:9, 2302:9, 2302:24, 2309:23, 2311:6, 2312:2, 2312:9, 2312:14, 2312:22, 2319:13, 2335:6, 2381:5, 2381:7
**EFFECTIVELY** [1] - 2304:12
**EFFECTS** [7] - 2304:25, 2305:2, 2305:13, 2318:22, 2326:6, 2375:1, 2377:16
**EHRLICH** [1] - 2289:6
**EIGHT** [6] - 2370:2, 2371:15, 2373:18, 2373:20, 2373:24, 2374:10
**EITHER** [11] - 2295:2, 2341:5, 2341:8, 2341:13, 2342:5, 2344:19, 2346:9, 2351:22, 2370:10, 2374:4,

2380:1
  EL [1] - 2289:6
  EL-AMIN [1] - 2289:6
  ELEVATION [12] -
2300:3, 2300:16,
2301:1, 2315:22,
2316:16, 2316:21,
2319:4, 2327:16,
2338:20, 2341:12,
2365:25, 2371:15
  ELEVATIONS [1] -
2300:19
  ELIMINATE [1] -
2380:2
  ELIMINATED [1] -
2380:1
  ELISA [1] - 2288:22
  ELSE [3] - 2292:25,
2360:2, 2379:3
  ELWOOD [2] -
2288:18, 2288:18
  EMBARRASSED [1]
- 2299:1
  EMPIRICAL [1] -
2368:12
  ENCOMPASSES [2]
- 2298:17, 2299:5
  END [16] - 2291:17,
2294:23, 2304:12,
2314:21, 2315:3,
2315:5, 2333:22,
2348:9, 2351:14,
2355:24, 2378:19,
2378:21, 2381:13,
2381:15, 2381:16
  ENDORSE [2] -
2377:3, 2377:5
  ENDS [1] - 2378:11
  ENGINEER [1] -
2383:9
  ENGINEERING [12] -
2302:20, 2305:25,
2306:3, 2306:4,
2307:12, 2308:8,
2308:10, 2308:13,
2308:23, 2309:8,
2312:8
  ENGINEERS [4] -
2305:10, 2307:14,
2312:7, 2383:10
  ENGLISH [1] -
2383:5
  ENOUGH [23] -
2297:7, 2297:24,
2301:11, 2302:18,
2302:25, 2306:20,
2308:8, 2309:19,
2317:24, 2318:25,
2321:24, 2325:22,
2333:11, 2337:25,

2338:12, 2339:2,
2339:13, 2347:5,
2350:15, 2352:23,
2366:2, 2382:12
  ENTERED [2] -
2313:14, 2313:22
  ENTIRE [2] - 2303:6,
2314:1
  ENTITLED [2] -
2297:1, 2384:10
  ENTITY [1] - 2307:14
  ENTRANCE [2] -
2313:17, 2379:16
  ENTRY [1] - 2328:7
  EQUALLY [1] -
2358:12
  EQUATE [1] -
2323:14
  EROSION [6] -
2306:23, 2307:11,
2340:22, 2341:4,
2341:5
  ERROR [5] -
2331:22, 2369:3,
2370:25, 2374:22
  ESQ [29] - 2287:13,
2287:16, 2287:19,
2287:20, 2287:23,
2288:1, 2288:5,
2288:8, 2288:12,
2288:15, 2288:15,
2288:18, 2288:22,
2288:23, 2289:1,
2289:2, 2289:6,
2289:6, 2289:7,
2289:7, 2289:8,
2289:8, 2289:9,
2289:9, 2289:10,
2289:10, 2289:11,
2289:11, 2289:12
  ESSENCE [1] -
2378:12
  ESSENTIALLY [1] -
2303:14
  ESTABLISH [1] -
2362:11
  ESTABLISHED [2] -
2344:9, 2379:8
  ESTIMATE [4] -
2308:19, 2359:15,
2361:16, 2369:9
  ESTIMATES [1] -
2367:9
  ESTIMATIONS [1] -
2341:11
  ET [2] - 2287:2,
2287:5
  EVALUATED [2] -
2297:25, 2299:25
  EVALUATION [3] -

2302:20, 2307:15,
2309:4
  EVALUATIONS [2] -
2310:16, 2312:8
  EVEN [5] - 2313:4,
2318:7, 2327:7,
2336:22, 2350:14
  EVENT [3] - 2296:9,
2358:10, 2358:12
  EVENTS [4] -
2300:25, 2312:4,
2377:25
  EVERY [4] - 2367:23,
2368:1, 2373:18,
2375:16
  EVERYBODY [2] -
2310:14, 2383:20
  EVERYTHING [3] -
2323:22, 2357:2,
2381:17
  EVIDENCE [1] -
2291:10
  EXACT [1] - 2372:5
  EXACTLY [8] -
2314:9, 2320:24,
2328:22, 2330:19,
2331:23, 2369:3,
2370:6, 2380:7
  EXAMINATION [4] -
2290:6, 2293:25,
2319:16, 2375:23
  EXCEEDS [1] -
2340:15
  EXCELLENT [2] -
2353:2, 2367:8
  EXCEPT [2] -
2303:12, 2306:8
  EXCERPTS [1] -
2375:19
  EXCUSE [1] -
2358:25
  EXERCISE [1] -
2324:5
  EXHIBIT [2] - 2316:1,
2346:22
  EXISTED [1] -
2319:12
  EXISTING [2] -
2300:4, 2304:1
  EXPECTED [1] -
2305:13
  EXPERIENCE [2] -
2295:19, 2344:24
  EXPERIENCED [1] -
2379:4
  EXPERT [11] -
2292:22, 2295:4,
2295:9, 2301:5,
2301:22, 2337:3,
2342:23, 2343:10,

2352:22, 2361:17,
2364:9
  EXPERTISE [1] -
2338:2
  EXPERTS [4] -
2294:16, 2295:11,
2322:4, 2343:3
  EXPLAIN [9] -
2349:13, 2349:20,
2355:11, 2357:16,
2359:23, 2360:2,
2370:23, 2378:3,
2378:6
  EXPLAINED [1] -
2358:22
  EXPLAINING [1] -
2344:16
  EXTENDING [1] -
2299:18
  EXTENSIVE [1] -
2345:1
  EXTENT [2] -
2304:20, 2379:18
  EXTRA [1] - 2292:5
  EXTRAPOLATING
[1] - 2376:10
  EXTREMELY [1] -
2375:24

**F**

  F [2] - 2289:8, 2350:4
  FACT [8] - 2314:5,
2317:25, 2326:7,
2331:10, 2335:1,
2355:16, 2362:13,
2369:10
  FACTOR [2] -
2370:12, 2380:3
  FACTORED [1] -
2370:8
  FACTORS [1] -
2368:23
  FAIL [3] - 2320:23,
2342:7
  FAILED [1] - 2341:15
  FAILURE [1] -
2350:18
  FAIR [20] - 2295:12,
2297:7, 2297:24,
2301:11, 2302:18,
2302:25, 2306:2,
2306:20, 2308:8,
2309:18, 2318:25,
2321:24, 2325:22,
2337:25, 2338:12,
2339:2, 2347:5,
2352:23, 2366:2
  FAIRLY [1] - 2341:18
  FAIRNESS [2] -
2346:10, 2354:22

  FAITH [1] - 2367:8
  FALL [3] - 2341:23,
2373:19
  FALLS [1] - 2376:5
  FALSE [1] - 2375:8
  FAMILIAR [9] -
2297:14, 2310:19,
2314:14, 2321:22,
2323:17, 2326:20,
2326:24, 2326:25,
2334:4
  FAR [2] - 2302:16,
2333:22
  FAST [4] - 2311:12,
2311:13, 2373:2,
2373:3
  FAST-MOVING [2] -
2311:12, 2311:13
  FAULT [1] - 2354:13
  FAYARD [2] -
2288:11, 2288:12
  FEEL [1] - 2372:23
  FEET [43] - 2292:12,
2301:8, 2302:8,
2316:12, 2316:13,
2319:23, 2320:4,
2320:5, 2320:13,
2328:14, 2329:16,
2329:19, 2334:19,
2341:7, 2341:8,
2343:22, 2344:12,
2349:7, 2349:9,
2353:5, 2353:10,
2355:7, 2356:2,
2356:14, 2356:18,
2357:22, 2366:14,
2366:15, 2369:17,
2369:19, 2370:1,
2370:23, 2370:24,
2371:9, 2371:15,
2374:22, 2374:25,
2375:5, 2375:6,
2380:8
  FEW [6] - 2303:12,
2306:8, 2311:21,
2351:25, 2357:20,
2364:10
  FIELD [2] - 2301:5,
2301:23
  FIGURE [11] -
2327:15, 2331:22,
2345:9, 2347:9,
2360:19, 2362:5,
2366:6, 2366:7,
2366:15, 2366:17,
2372:3
  FILE [1] - 2366:21
  FILES [2] - 2366:21,
2366:22
  FINAL [1] - 2297:8

**FINALLY** [3] - 2293:23, 2306:7, 2310:7

**FIND** [6] - 2319:19, 2331:23, 2332:5, 2332:21, 2343:11, 2371:25

**FINDINGS** [1] - 2302:15

**FINE** [15] - 2296:8, 2309:2, 2310:12, 2311:3, 2311:15, 2312:25, 2322:3, 2322:18, 2325:20, 2331:15, 2332:20, 2336:10, 2359:25, 2360:1, 2360:11

**FINEL** [1] - 2369:12

**FINISH** [3] - 2305:1, 2353:16, 2377:20

**FINISHED** [2] - 2328:1, 2351:17

**FIRM** [4] - 2287:19, 2288:4, 2288:7, 2288:22

**FIRST** [40] - 2291:14, 2292:4, 2295:14, 2298:4, 2299:13, 2300:20, 2301:17, 2303:15, 2306:25, 2316:6, 2318:20, 2320:11, 2328:4, 2329:7, 2338:16, 2343:19, 2345:16, 2346:7, 2346:8, 2349:16, 2350:2, 2350:9, 2353:2, 2354:20, 2354:22, 2355:1, 2355:5, 2355:6, 2358:7, 2358:8, 2358:19, 2359:8, 2362:14, 2372:8, 2375:22, 2378:7, 2381:8

**FITZGERALD** [8] - 2292:19, 2294:17, 2322:7, 2351:22, 2352:4, 2352:6, 2352:9, 2352:13

**FIVE** [3] - 2320:13, 2366:24, 2370:3

**FLOOD** [1] - 2313:10

**FLOODED** [2] - 2321:4, 2371:10

**FLOODING** [15] - 2316:11, 2322:8, 2322:9, 2327:19, 2327:23, 2330:13, 2333:19, 2333:24, 2333:25, 2342:25,

2351:12, 2351:14, 2352:6, 2353:5, 2357:4

**FLORIDA** [3] - 2288:12, 2300:7, 2300:8

**FLOW** [2] - 2302:3, 2379:24

**FLOWING** [1] - 2375:12

**FLUCTUATIONS** [1] - 2299:22

**FOCUS** [7] - 2300:13, 2312:1, 2322:16, 2330:10, 2345:4, 2371:23, 2381:3

**FOCUSED** [2] - 2311:12, 2312:10, 2328:7

**FOCUSSING** [1] - 2381:5

**FOLLOW** [3] - 2305:8, 2308:2, 2308:5

**FOOT** [33] - 2301:1, 2318:22, 2319:7, 2319:8, 2320:13, 2323:11, 2323:12, 2324:7, 2330:7, 2331:4, 2332:17, 2338:23, 2339:3, 2339:8, 2340:5, 2341:1, 2341:13, 2344:13, 2351:1, 2351:6, 2351:7, 2351:25, 2355:17, 2356:18, 2356:19, 2370:20, 2370:21, 2370:22, 2375:1

**FOR** [95] - 2287:12, 2288:22, 2289:4, 2290:4, 2291:8, 2291:10, 2291:14, 2291:20, 2291:23, 2292:1, 2292:5, 2292:11, 2293:7, 2294:17, 2296:2, 2298:12, 2298:13, 2299:2, 2299:9, 2299:18, 2301:7, 2302:7, 2303:12, 2305:20, 2306:8, 2309:22, 2310:20, 2311:1, 2311:9, 2312:4, 2314:17, 2316:19, 2317:17, 2317:19, 2318:8, 2318:18, 2319:25, 2322:7, 2326:5,

2326:9, 2327:9, 2327:13, 2327:16, 2328:9, 2332:16, 2333:11, 2334:10, 2334:11, 2334:12, 2341:15, 2341:20, 2343:19, 2346:15, 2346:17, 2347:23, 2350:4, 2350:24, 2351:3, 2351:23, 2352:1, 2355:19, 2355:20, 2357:1, 2357:6, 2358:1, 2358:5, 2358:24, 2358:25, 2359:20, 2360:7, 2361:23, 2369:4, 2369:5, 2369:7, 2370:12, 2372:23, 2372:25, 2373:10, 2373:15, 2375:7, 2376:1, 2376:2, 2377:25, 2378:6, 2379:10, 2380:23, 2382:15, 2382:17, 2383:18, 2383:19, 2383:20

**FORCED** [1] - 2356:4

**FORCING** [1] - 2356:1

**FORECAST** [5] - 2367:24, 2367:25, 2368:1, 2368:10

**FOREGOING** [1] - 2384:8

**FORGIVE** [5] - 2292:8, 2294:2, 2296:5, 2296:25, 2364:14

**FORM** [1] - 2381:11

**FORMATTING** [1] - 2366:23

**FORMING** [1] - 2294:19

**FORMS** [1] - 2295:19

**FORMULA** [1] - 2368:12

**FOUND** [4] - 2329:1, 2371:2, 2371:19, 2373:5

**FOUR** [14] - 2291:25, 2307:6, 2344:12, 2344:13, 2354:2, 2364:19, 2364:21, 2364:22, 2367:3, 2367:4, 2367:5, 2368:15, 2368:20, 2371:6

**FOUR-FOOT** [1] - 2344:13

**FOURTH** [1] - 2304:5

**FRAME** [3] - 2328:21, 2359:22, 2360:1

**FRANK** [1] - 2288:5

**FRANKLIN** [1] - 2289:13

**FRANKLY** [1] - 2371:4

**FRED** [1] - 2329:24

**FREEBOARD** [7] - 2338:14, 2338:16, 2338:17, 2338:20, 2339:13, 2340:6, 2340:14

**FRESHEN** [1] - 2305:21

**FRESHER** [3] - 2303:14, 2305:12, 2306:10

**FRIDAY** [3] - 2291:8, 2294:5, 2369:24

**FROM** [65] - 2296:16, 2299:19, 2300:19, 2303:11, 2303:13, 2304:3, 2304:12, 2304:14, 2306:9, 2306:14, 2306:18, 2307:21, 2308:10, 2308:20, 2311:7, 2314:4, 2318:8, 2320:13, 2321:2, 2325:1, 2330:11, 2333:8, 2333:24, 2335:15, 2337:17, 2338:10, 2338:12, 2344:7, 2344:15, 2346:17, 2348:1, 2348:2, 2348:4, 2348:5, 2349:18, 2351:24, 2352:11, 2352:12, 2355:2, 2355:6, 2355:9, 2355:23, 2358:6, 2358:7, 2358:13, 2361:22, 2362:3, 2362:5, 2363:2, 2364:9, 2366:19, 2366:21, 2367:6, 2369:19, 2369:25, 2371:19, 2372:3, 2376:8, 2379:24, 2380:5, 2381:6, 2382:18, 2383:11, 2384:9

**FRONT** [2] - 2313:9, 2374:13

**FULL** [1] - 2307:3

**FUN** [1] - 2328:10

**FUNCTION** [3] - 2323:21, 2379:5,

2381:17

**FUNNEL** [24] - 2295:14, 2295:18, 2295:20, 2295:23, 2296:3, 2296:5, 2296:6, 2296:10, 2296:14, 2296:18, 2311:5, 2311:6, 2312:8, 2312:14, 2312:15, 2312:22, 2335:1, 2335:4, 2335:17, 2338:5, 2338:6, 2379:19, 2381:3, 2381:12

**FUNNELING** [1] - 2381:7

**FURTHER** [1] - 2371:12

### G

**G** [2] - 2289:10, 2291:1

**GAP** [8] - 2349:6, 2350:19, 2352:13, 2352:19, 2355:17, 2356:13, 2356:15, 2356:17

**GATE** [12] - 2314:11, 2314:12, 2377:16, 2380:4, 2380:10, 2381:22, 2382:9, 2382:15, 2382:17, 2383:13, 2383:15

**GAUGE** [1] - 2299:22

**GENERAL** [1] - 2341:10

**GENERALLY** [9] - 2298:6, 2298:17, 2303:16, 2305:11, 2316:7, 2323:4, 2341:3, 2368:3, 2383:6

**GENERATED** [3] - 2308:16, 2309:13, 2323:20

**GEOGRAPHY** [1] - 2296:11

**GET** [36] - 2294:10, 2294:11, 2299:9, 2305:16, 2315:15, 2320:19, 2320:21, 2324:1, 2324:7, 2324:10, 2324:11, 2324:19, 2325:17, 2330:7, 2334:15, 2341:3, 2341:19, 2348:4, 2352:10, 2353:4, 2354:10, 2355:25, 2356:11, 2359:15, 2363:12,

2364:13, 2365:8, 2366:19, 2367:6, 2368:10, 2370:8, 2372:4, 2372:5, 2372:16, 2374:23, 2375:9

**GETS** [3] - 2328:14, 2370:13, 2380:10

**GETTING** [3] - 2322:24, 2366:5, 2370:3

**GIANT** [1] - 2313:5

**GILBERT** [2] - 2288:22, 2288:22

**GIS** [1] - 2293:15

**GIVE** [8] - 2293:10, 2303:5, 2305:20, 2311:19, 2320:5, 2350:4, 2352:7, 2377:9

**GIVEN** [1] - 2295:4

**GIVING** [3] - 2305:18, 2305:19, 2338:16

**GIWW** [11] - 2318:11, 2327:17, 2330:9, 2331:18, 2333:15, 2334:17, 2335:2, 2378:4, 2378:19, 2378:23

**GIWW/MRGO** [2] - 2378:1, 2379:24

**GO** [61] - 2291:23, 2292:1, 2292:7, 2293:7, 2297:10, 2299:7, 2299:14, 2300:1, 2301:6, 2303:1, 2303:10, 2304:1, 2306:7, 2306:22, 2309:19, 2311:2, 2314:4, 2315:15, 2317:1, 2317:9, 2317:18, 2317:19, 2318:18, 2318:19, 2319:10, 2320:6, 2327:12, 2329:7, 2330:21, 2331:20, 2332:8, 2334:23, 2335:18, 2337:11, 2337:20, 2338:12, 2339:3, 2339:8, 2339:18, 2340:4, 2341:21, 2343:15, 2345:5, 2347:9, 2353:23, 2357:16, 2360:3, 2362:3, 2363:2, 2363:15, 2364:8, 2370:14, 2373:12, 2375:4, 2376:20,

2377:7, 2377:12, 2380:23

**GOD** [1] - 2354:10

**GOING** [40] - 2292:1, 2294:20, 2295:9, 2296:25, 2299:11, 2303:16, 2304:14, 2307:2, 2308:5, 2318:25, 2319:14, 2319:19, 2320:17, 2320:18, 2321:9, 2321:10, 2324:4, 2324:25, 2330:15, 2335:8, 2337:24, 2339:14, 2340:25, 2342:11, 2346:12, 2348:9, 2353:20, 2357:25, 2359:23, 2360:13, 2363:14, 2363:19, 2366:8, 2371:22, 2373:23, 2374:23, 2375:15, 2375:16, 2380:5, 2381:15

**GOOD** [13] - 2291:6, 2291:7, 2292:6, 2294:2, 2294:10, 2306:11, 2306:20, 2308:13, 2342:11, 2344:16, 2362:9, 2369:7, 2372:23

**GOODNESS** [1] - 2319:23

**GOSH** [1] - 2348:23

**GOT** [19] - 2299:4, 2318:5, 2318:9, 2319:1, 2322:24, 2327:9, 2339:23, 2342:3, 2343:1, 2350:14, 2353:23, 2354:19, 2372:15, 2372:20, 2373:1, 2374:25, 2376:12, 2380:8

**GOTCHA** [3] - 2324:23, 2329:18, 2347:16

**GOVERNMENT** [4] - 2288:9, 2290:4, 2333:11, 2375:16

**GRADIENT** [1] - 2379:8

**GRADUAL** [1] - 2355:6

**GRAND** [1] - 2375:21

**GRAPH** [4] - 2326:1, 2337:17, 2337:18, 2351:9

**GRAPHS** [2] - 2320:8

**GRASS** [2] -

2341:19, 2345:10

**GRAY** [3] - 2343:23, 2343:24, 2343:25

**GREAT** [3] - 2292:6, 2312:25, 2357:7

**GREEN** [9] - 2292:4, 2292:12, 2292:17, 2293:6, 2336:10, 2336:11, 2337:15, 2348:22, 2355:1

**GREIF** [1] - 2289:7

**GRID** [2] - 2332:24, 2332:25

**GROUP** [3] - 2297:24, 2310:13, 2329:17

**GUARANTEE** [1] - 2319:16

**GUESS** [2] - 2351:12, 2363:17

**GUIDELINE** [1] - 2379:2

**GULF** [5] - 2297:2, 2300:16, 2301:6, 2304:7, 2370:19

**GUY** [1] - 2294:20

**GUYS** [4] - 2345:2, 2379:19, 2381:8, 2383:12

## H

**H** [2] - 2328:17, 2351:2

**H1** [13] - 2322:15, 2327:16, 2328:12, 2329:21, 2356:13, 2360:9, 2361:10, 2365:10, 2365:11, 2365:12, 2365:15

**H2** [6] - 2322:15, 2345:22, 2345:23, 2350:25, 2351:3, 2360:13

**H3** [17] - 2322:15, 2328:16, 2328:18, 2328:20, 2329:3, 2329:17, 2350:25, 2351:3, 2356:13, 2356:21, 2357:6, 2357:12, 2357:18, 2358:2, 2360:11, 2360:13

**H4** [20] - 2322:15, 2336:13, 2336:14, 2336:15, 2336:16, 2336:17, 2337:1, 2337:2, 2338:11, 2345:7, 2345:25, 2347:23, 2347:24, 2348:22, 2348:24,

2349:1, 2349:4, 2358:25, 2360:13, 2382:2

**H5** [4] - 2329:10, 2345:17, 2345:18, 2351:22

**H6** [7] - 2327:16, 2329:10, 2345:13, 2345:14, 2345:17, 2345:19, 2351:22

**HAD** [39] - 2296:15, 2296:17, 2296:21, 2297:12, 2297:14, 2297:15, 2297:16, 2297:18, 2297:23, 2297:25, 2306:3, 2310:8, 2311:10, 2312:2, 2312:7, 2312:11, 2316:12, 2320:7, 2320:9, 2336:18, 2343:7, 2344:17, 2344:19, 2345:17, 2345:18, 2345:19, 2346:10, 2347:16, 2349:21, 2349:22, 2355:3, 2355:7, 2355:13, 2360:22, 2361:21, 2361:22, 2364:1, 2364:2, 2367:14

**HADN'T** [1] - 2327:7

**HALF** [22] - 2320:1, 2328:14, 2338:23, 2339:3, 2339:8, 2341:1, 2349:7, 2349:9, 2351:1, 2351:2, 2351:7, 2355:17, 2356:14, 2356:18, 2356:19, 2363:20, 2366:14, 2370:2, 2370:3, 2371:19, 2373:5, 2383:22

**HAND** [3] - 2291:15, 2292:3, 2340:23

**HANDING** [1] - 2298:23

**HAPPEN** [1] - 2372:17

**HAPPENED** [4] - 2321:12, 2322:14, 2348:25, 2357:9

**HAPPENS** [2] - 2358:8, 2358:19

**HARBOR** [1] - 2343:14

**HARD** [3] - 2294:11, 2318:8, 2329:3

**HARDLY** [3] - 2369:13, 2369:14,

2369:15

**HARLEY** [5] - 2296:24, 2297:15, 2297:22, 2311:20, 2376:24

**HAS** [26] - 2291:12, 2293:8, 2300:8, 2302:15, 2304:18, 2313:16, 2313:21, 2316:16, 2317:12, 2319:4, 2327:9, 2335:25, 2357:7, 2357:10, 2357:23, 2357:24, 2362:6, 2369:10, 2371:16, 2372:3, 2372:4, 2372:16, 2373:1, 2375:18, 2382:15, 2383:17

**HAVE** [148] - 2291:21, 2291:23, 2291:25, 2292:5, 2292:6, 2292:22, 2292:25, 2293:18, 2294:10, 2295:3, 2295:5, 2295:11, 2299:1, 2299:7, 2299:13, 2299:15, 2299:21, 2300:18, 2301:13, 2301:20, 2304:6, 2306:3, 2306:23, 2307:3, 2307:7, 2309:8, 2309:16, 2309:24, 2310:5, 2310:8, 2311:1, 2311:4, 2312:4, 2313:9, 2313:12, 2315:21, 2315:22, 2316:10, 2316:23, 2316:24, 2317:4, 2317:11, 2317:23, 2318:10, 2319:21, 2321:5, 2321:9, 2321:10, 2321:12, 2322:21, 2322:25, 2323:19, 2323:25, 2324:3, 2324:8, 2324:10, 2325:8, 2325:15, 2325:16, 2327:14, 2328:12, 2329:3, 2330:16, 2331:5, 2332:10, 2332:25, 2333:2, 2333:23, 2334:7, 2336:5, 2337:1, 2337:5, 2337:24, 2340:19, 2340:25, 2341:13, 2341:14, 2342:11, 2342:25, 2343:19, 2345:7, 2345:8,

2345:10, 2345:11, 2346:19, 2347:20, 2348:8, 2348:20, 2349:3, 2349:4, 2349:8, 2349:20, 2349:21, 2350:2, 2350:8, 2350:14, 2350:15, 2350:17, 2350:25, 2351:5, 2351:8, 2352:12, 2352:18, 2354:11, 2354:15, 2354:20, 2355:6, 2355:13, 2355:19, 2356:3, 2356:4, 2356:23, 2357:5, 2359:6, 2359:16, 2360:24, 2361:1, 2361:11, 2361:16, 2361:25, 2362:4, 2363:25, 2366:8, 2366:10, 2367:17, 2368:4, 2372:5, 2372:23, 2373:20, 2374:2, 2374:10, 2374:13, 2374:24, 2375:2, 2377:18, 2379:3, 2379:19, 2381:25, 2382:8, 2382:12, 2382:13, 2383:1, 2383:12, 2383:21

**HAVEN'T** [7] - 2315:13, 2316:8, 2328:6, 2336:14, 2337:4, 2347:23, 2382:11

**HAVING** [1] - 2306:11

**HB-406** [1] - 2289:16

**HE** [47] - 2311:19, 2320:21, 2321:17, 2322:21, 2322:22, 2322:25, 2325:13, 2325:19, 2325:20, 2325:21, 2327:4, 2327:9, 2328:10, 2328:14, 2331:13, 2334:7, 2334:9, 2337:1, 2337:7, 2337:12, 2341:21, 2341:24, 2343:9, 2343:10, 2348:4, 2352:7, 2352:8, 2359:23, 2360:2, 2362:15, 2365:15, 2370:6, 2370:9, 2370:10, 2370:12, 2370:15, 2370:16, 2370:17, 2370:18, 2370:24, 2372:8, 2372:10

**HE'S** [8] - 2314:1, 2327:1, 2327:9, 2330:3, 2336:25, 2342:3, 2370:10, 2370:11

**HEAD** [4] - 2313:6, 2313:7, 2315:24, 2353:21

**HEAR** [3] - 2295:11, 2367:23, 2372:9

**HEARD** [9] - 2287:8, 2310:21, 2310:23, 2317:12, 2321:23, 2334:7, 2369:18, 2369:25

**HEAVILY** [1] - 2380:15

**HEIGHT** [13] - 2308:21, 2315:22, 2316:20, 2324:17, 2326:8, 2338:18, 2350:20, 2356:20, 2356:21, 2361:15, 2367:18, 2380:6

**HEIGHTS** [6] - 2291:9, 2292:19, 2292:23, 2293:1, 2328:11, 2350:14

**HELP** [7] - 2298:24, 2299:7, 2309:15, 2314:4, 2364:4, 2364:5, 2364:6

**HELPS** [1] - 2329:9

**HERE** [82] - 2291:14, 2291:25, 2292:7, 2292:17, 2292:25, 2293:3, 2293:23, 2294:6, 2294:15, 2294:25, 2295:2, 2297:17, 2298:13, 2299:13, 2299:21, 2300:15, 2300:25, 2301:2, 2301:12, 2308:11, 2309:3, 2309:15, 2309:16, 2313:15, 2315:5, 2315:21, 2316:21, 2317:4, 2317:11, 2317:23, 2317:24, 2318:4, 2318:10, 2318:20, 2320:8, 2321:15, 2324:18, 2327:10, 2327:23, 2333:21, 2334:8, 2337:11, 2338:13, 2339:6, 2340:14, 2340:25, 2341:13, 2342:9, 2343:18, 2343:21, 2346:9, 2347:14, 2348:3,

2349:7, 2350:2, 2352:9, 2354:1, 2354:3, 2354:19, 2355:23, 2357:8, 2357:11, 2358:14, 2358:20, 2358:22, 2361:9, 2362:23, 2363:13, 2373:16, 2375:6, 2375:21, 2375:22, 2375:25, 2377:13, 2377:22, 2379:3, 2379:14, 2379:20, 2380:18, 2382:10, 2383:6

**HEREBY** [1] - 2384:7

**HETEROGENEITY** [1] - 2341:17

**HIGH** [12] - 2335:25, 2350:15, 2355:7, 2366:11, 2367:8, 2367:9, 2369:5, 2370:18, 2374:23, 2379:10, 2382:17, 2383:15

**HIGHER** [8] - 2304:11, 2304:20, 2335:7, 2335:11, 2337:15, 2338:23, 2340:5, 2347:21

**HIGHLIGHT** [5] - 2299:15, 2299:21, 2307:6, 2375:18, 2377:20

**HIGHS** [1] - 2299:24

**HIM** [14] - 2303:5, 2305:1, 2325:21, 2328:19, 2330:19, 2331:9, 2331:10, 2334:12, 2337:2, 2337:7, 2337:12, 2359:23, 2360:1, 2362:7

**HIS** [13] - 2321:20, 2321:23, 2321:25, 2322:1, 2325:23, 2326:20, 2328:15, 2333:24, 2342:6, 2352:7, 2353:20, 2361:21, 2365:15

**HISTORY** [1] - 2297:10

**HOLD** [1] - 2383:21

**HOLE** [1] - 2370:14

**HONEYCUTT** [1] - 2288:11

**HONOR** [2] - 2291:7, 2295:13, 2317:20, 2327:14, 2331:12, 2333:12, 2343:8

**HONORABLE** [1] -

2287:8

**HOPE** [3] - 2287:13, 2344:16, 2363:12

**HORSE** [1] - 2383:17

**HOUR** [6] - 2363:20, 2371:19, 2373:5, 2373:18, 2383:21, 2383:22

**HOURS** [9] - 2363:16, 2363:19, 2366:24, 2370:1, 2370:2, 2370:3, 2371:6, 2371:7, 2375:6

**HOW** [23] - 2294:14, 2294:24, 2294:25, 2295:2, 2297:1, 2305:8, 2308:13, 2316:22, 2319:13, 2324:24, 2331:3, 2336:21, 2345:9, 2345:11, 2350:3, 2352:8, 2353:9, 2360:14, 2362:9, 2366:12, 2369:16, 2372:22, 2376:25

**HOWEVER** [1] - 2342:24

**HUH** [2] - 2328:2, 2340:9

**HUMAN** [1] - 2348:10

**HUMP** [4] - 2352:24, 2354:8, 2354:12

**HURRICANE** [22] - 2296:1, 2296:7, 2296:10, 2296:15, 2297:2, 2297:12, 2297:19, 2298:2, 2307:16, 2308:16, 2309:4, 2309:9, 2309:10, 2309:13, 2310:17, 2312:6, 2312:12, 2312:13, 2318:20, 2328:12, 2340:16, 2380:25

**HURRICANE'S** [1] - 2298:2

**HURRICANE-INDUCED** [1] - 2297:2

**HURRICANES** [7] - 2299:24, 2301:7, 2302:7, 2309:22, 2311:9, 2311:10, 2311:14

**HYDRAULIC** [6] - 2378:2, 2378:4, 2378:6, 2380:2, 2381:9, 2383:13

**HYDRODYNAMIC** [2] - 2294:7, 2341:20

**HYDROGRAPH** [46] - 2317:12, 2318:18, 2321:19, 2324:15, 2324:21, 2324:22, 2330:23, 2331:10, 2331:20, 2334:15, 2337:21, 2343:20, 2346:3, 2349:21, 2351:8, 2351:13, 2352:18, 2355:3, 2355:12, 2355:16, 2364:8, 2364:10, 2364:14, 2364:17, 2364:20, 2365:1, 2365:4, 2365:9, 2365:19, 2365:20, 2366:1, 2366:6, 2366:7, 2366:16, 2367:3, 2367:13, 2368:18, 2369:9, 2369:12, 2373:14, 2374:18, 2374:21, 2375:4, 2375:5, 2375:7, 2375:11

**HYDROGRAPHS** [11] - 2317:12, 2317:23, 2318:24, 2320:9, 2322:5, 2326:19, 2327:9, 2327:20, 2361:6, 2368:16, 2370:4

**HYDROLOGY** [1] - 2301:5

**HYPOTHETICAL** [7] - 2336:20, 2345:8, 2351:20, 2362:8, 2363:2, 2363:10, 2363:11

**HYPOTHETICALS** [2] - 2363:13, 2363:14

## I

**I** [482] - 2290:2, 2291:1, 2291:18, 2291:25, 2292:5, 2292:6, 2292:8, 2293:6, 2293:14, 2293:19, 2293:23, 2294:2, 2294:5, 2294:14, 2294:19, 2294:23, 2294:25, 2295:3, 2295:5, 2295:11, 2295:13, 2295:16, 2296:2, 2296:3, 2296:5, 2296:13, 2296:18, 2296:25, 2297:4, 2297:5, 2297:14, 2297:20, 2297:21, 2297:22, 2298:3,

2298:21, 2298:23, 2299:1, 2299:7, 2300:5, 2300:8, 2300:12, 2300:24, 2301:1, 2301:4, 2301:13, 2301:15, 2301:16, 2301:18, 2301:22, 2302:14, 2302:18, 2302:23, 2303:7, 2303:16, 2303:18, 2305:15, 2305:17, 2305:20, 2306:14, 2306:17, 2306:19, 2307:2, 2308:18, 2308:25, 2309:10, 2309:11, 2309:12, 2309:15, 2309:17, 2310:1, 2310:4, 2310:10, 2310:14, 2310:18, 2310:23, 2311:1, 2311:3, 2311:7, 2311:10, 2311:11, 2311:18, 2311:19, 2312:1, 2312:11, 2312:13, 2312:19, 2312:22, 2313:13, 2313:15, 2313:24, 2313:25, 2314:2, 2314:7, 2314:8, 2314:14, 2314:20, 2315:3, 2315:9, 2315:13, 2316:5, 2316:8, 2316:10, 2316:21, 2317:10, 2317:17, 2317:19, 2317:20, 2318:3, 2318:10, 2318:18, 2318:24, 2319:15, 2319:16, 2319:17, 2319:19, 2320:15, 2320:17, 2320:18, 2320:19, 2320:20, 2320:24, 2320:25, 2321:11, 2321:13, 2321:16, 2321:19, 2321:22, 2321:23, 2321:25, 2322:7, 2322:16, 2322:21, 2322:24, 2323:4, 2323:5, 2323:14, 2323:20, 2324:6, 2324:14, 2324:19, 2325:15, 2325:19, 2325:23, 2325:25, 2326:3, 2326:11, 2326:16, 2326:20, 2326:22, 2326:25, 2327:3, 2327:22, 2328:3, 2328:6, 2328:20,

2328:24, 2329:3, 2329:5, 2329:7, 2329:10, 2330:1, 2330:10, 2330:11, 2330:15, 2331:3, 2331:6, 2331:25, 2332:1, 2332:7, 2332:10, 2332:15, 2332:21, 2333:2, 2333:5, 2333:11, 2333:16, 2333:17, 2334:3, 2334:5, 2334:9, 2334:23, 2335:12, 2335:13, 2335:17, 2335:19, 2335:22, 2336:7, 2336:14, 2336:17, 2336:20, 2336:21, 2336:22, 2337:1, 2337:4, 2337:10, 2337:22, 2337:24, 2338:7, 2338:9, 2338:11, 2339:6, 2339:10, 2340:21, 2340:22, 2341:7, 2341:11, 2341:16, 2341:18, 2342:1, 2342:5, 2342:9, 2343:5, 2343:7, 2343:8, 2344:15, 2344:16, 2344:17, 2344:18, 2344:19, 2344:20, 2344:21, 2344:23, 2345:1, 2345:2, 2345:7, 2345:11, 2345:18, 2345:23, 2346:10, 2346:11, 2346:12, 2346:19, 2346:20, 2347:16, 2347:17, 2347:22, 2347:23, 2348:5, 2348:6, 2348:8, 2348:14, 2348:18, 2348:20, 2348:22, 2349:1, 2349:2, 2349:11, 2349:13, 2349:20, 2349:24, 2350:8, 2350:12, 2350:18, 2350:22, 2350:23, 2351:9, 2351:12, 2351:22, 2351:25, 2352:11, 2352:15, 2352:17, 2353:1, 2353:3, 2353:7, 2353:10, 2353:18, 2353:23, 2354:2, 2354:4, 2354:5, 2354:10, 2354:12, 2354:13, 2354:15, 2354:16, 2354:25,

2355:11, 2355:16, 2355:19, 2355:23, 2355:24, 2356:8, 2356:13, 2356:19, 2356:25, 2357:2, 2357:7, 2357:10, 2357:14, 2357:16, 2357:21, 2358:4, 2358:6, 2358:21, 2359:8, 2359:25, 2360:13, 2360:18, 2360:19, 2360:22, 2361:14, 2361:16, 2361:18, 2361:20, 2361:21, 2361:23, 2362:3, 2362:8, 2362:11, 2362:21, 2362:23, 2362:24, 2363:1, 2363:12, 2363:17, 2363:19, 2364:2, 2364:13, 2364:19, 2365:6, 2365:11, 2365:12, 2365:21, 2366:5, 2366:8, 2366:10, 2366:12, 2366:14, 2366:23, 2366:24, 2367:3, 2367:7, 2367:9, 2367:11, 2367:12, 2367:20, 2368:14, 2368:15, 2369:4, 2369:8, 2369:17, 2371:4, 2371:5, 2371:12, 2371:15, 2371:20, 2371:21, 2371:22, 2372:9, 2372:18, 2372:21, 2372:23, 2372:24, 2373:10, 2373:25, 2374:3, 2374:9, 2374:12, 2374:16, 2374:21, 2374:25, 2375:5, 2375:7, 2375:9, 2375:15, 2375:16, 2376:8, 2376:12, 2376:16, 2376:24, 2376:25, 2377:9, 2378:6, 2378:7, 2378:22, 2378:25, 2380:7, 2380:8, 2380:24, 2381:12, 2381:19, 2382:1, 2382:3, 2382:5, 2382:6, 2382:7, 2382:11, 2382:12, 2382:21, 2382:23, 2383:2, 2383:5, 2383:12, 2383:15, 2383:21, 2384:6
**I'D** [3] - 2301:13,

2337:6, 2361:23
**I'LL** [15] - 2299:11, 2305:20, 2311:1, 2314:17, 2314:18, 2315:8, 2317:17, 2317:18, 2324:20, 2337:10, 2358:12, 2378:22, 2379:1, 2381:2, 2383:19
**I'M** [34] - 2298:2, 2299:21, 2300:6, 2305:19, 2306:25, 2307:22, 2314:11, 2315:25, 2317:10, 2318:5, 2319:13, 2322:19, 2322:20, 2323:9, 2326:15, 2343:16, 2343:24, 2344:6, 2345:5, 2345:6, 2346:22, 2348:2, 2352:4, 2352:7, 2354:3, 2359:23, 2360:16, 2361:18, 2366:20, 2367:16, 2372:11, 2377:7, 2382:7
**I'VE** [13] - 2295:4, 2299:4, 2299:9, 2310:23, 2316:9, 2319:1, 2321:25, 2322:1, 2323:20, 2326:22, 2328:7, 2338:8, 2361:16
**IBOS** [3] - 2289:15, 2384:6, 2384:14
**IDENTIFIED** [4] - 2313:16, 2313:22, 2314:1, 2330:3
**IDENTIFY** [3] - 2297:18, 2313:14, 2331:24
**IF** [109] - 2291:18, 2292:8, 2293:7, 2293:23, 2294:14, 2294:21, 2296:12, 2296:15, 2298:3, 2299:4, 2299:21, 2303:11, 2303:22, 2304:12, 2304:13, 2306:7, 2306:11, 2306:19, 2307:10, 2312:11, 2312:25, 2313:13, 2314:5, 2314:8, 2316:6, 2316:19, 2317:17, 2318:21, 2319:8, 2319:11, 2319:22, 2320:12, 2320:17, 2320:20, 2320:21, 2321:8,
**II** [2] - 2288:19, 2289:1
**ILLUSTRATE** [1] - 2353:18
**IMAGINE** [1] - 2372:18
**IMMEDIATE** [1] - 2305:11
**IMPACT** [13] - 2297:12, 2297:19, 2302:20, 2309:4, 2309:8, 2309:10,

2321:13, 2323:8, 2323:14, 2324:12, 2325:6, 2325:19, 2325:21, 2326:24, 2330:15, 2332:4, 2332:7, 2333:17, 2334:7, 2334:19, 2335:22, 2337:7, 2337:12, 2337:18, 2338:19, 2339:2, 2339:7, 2339:13, 2339:17, 2339:23, 2341:7, 2342:11, 2344:14, 2345:2, 2345:18, 2345:23, 2346:13, 2347:9, 2349:8, 2353:7, 2353:10, 2353:18, 2354:16, 2355:2, 2355:3, 2357:17, 2357:24, 2359:5, 2359:15, 2359:23, 2360:2, 2362:4, 2362:24, 2363:24, 2364:1, 2366:8, 2369:6, 2370:7, 2370:18, 2370:23, 2371:21, 2373:21, 2374:12, 2376:3, 2376:18, 2377:20, 2381:22, 2381:23, 2381:24, 2382:3, 2382:7, 2383:9
**IGNORE** [1] - 2294:2
**IHNC** [24] - 2306:18, 2307:25, 2308:15, 2327:17, 2330:9, 2333:14, 2334:17, 2343:14, 2343:20, 2345:4, 2346:16, 2352:25, 2372:4, 2372:13, 2372:16, 2373:1, 2373:14, 2376:1, 2378:1, 2378:4, 2379:5, 2379:9, 2379:24, 2380:5

2309:24, 2310:2,
2310:8, 2310:16,
2311:11, 2311:24,
2312:4

**IMPACTS** [1] -
2310:5

**IMPLAUSIBLE** [1] -
2308:1

**IMPOLITE** [1] -
2326:17

**IMPORTANT** [11] -
2320:15, 2330:16,
2335:14, 2351:12,
2353:8, 2358:13,
2369:8, 2371:11,
2371:24, 2375:24,
2375:25

**IMPRESSION** [2] -
2311:10, 2333:24

**IN** [264] - 2291:5,
2291:13, 2291:15,
2292:4, 2294:19,
2294:23, 2295:4,
2295:8, 2295:20,
2296:9, 2296:16,
2296:17, 2296:19,
2296:21, 2297:2,
2297:8, 2297:9,
2297:16, 2298:10,
2299:17, 2300:16,
2301:5, 2301:6,
2301:22, 2302:1,
2302:24, 2303:12,
2304:2, 2304:5,
2304:7, 2304:10,
2304:11, 2304:13,
2305:6, 2305:16,
2306:9, 2306:11,
2306:23, 2306:24,
2307:20, 2308:5,
2308:11, 2308:19,
2308:22, 2308:23,
2309:10, 2309:13,
2310:7, 2310:12,
2310:13, 2310:20,
2310:24, 2311:8,
2311:17, 2312:13,
2312:15, 2313:5,
2313:6, 2314:5,
2315:24, 2315:25,
2316:2, 2316:3,
2316:10, 2316:25,
2317:2, 2317:24,
2318:5, 2318:12,
2318:25, 2319:12,
2319:14, 2319:21,
2319:25, 2320:11,
2320:15, 2320:20,
2320:21, 2320:22,
2320:24, 2320:25,

2321:4, 2321:6,
2322:5, 2322:23,
2323:21, 2325:9,
2327:4, 2327:19,
2327:20, 2327:23,
2328:8, 2328:11,
2330:8, 2330:13,
2330:15, 2330:17,
2331:4, 2331:10,
2331:22, 2332:5,
2332:11, 2333:19,
2333:25, 2334:1,
2334:8, 2334:19,
2335:7, 2335:8,
2335:9, 2335:15,
2335:22, 2336:21,
2337:23, 2338:8,
2340:16, 2341:17,
2341:22, 2342:19,
2342:22, 2342:25,
2343:22, 2344:12,
2344:16, 2344:18,
2344:19, 2345:3,
2345:8, 2345:12,
2345:18, 2345:19,
2345:24, 2346:3,
2346:10, 2347:14,
2347:24, 2349:2,
2349:13, 2349:22,
2350:22, 2350:24,
2350:25, 2351:9,
2351:12, 2351:14,
2351:20, 2351:24,
2352:18, 2352:21,
2353:1, 2353:3,
2353:4, 2353:6,
2353:21, 2354:6,
2354:20, 2354:22,
2355:8, 2355:11,
2355:23, 2356:16,
2356:20, 2356:21,
2357:2, 2357:4,
2357:7, 2357:8,
2358:7, 2358:10,
2358:14, 2358:17,
2358:22, 2358:25,
2359:10, 2359:15,
2361:1, 2361:10,
2361:12, 2361:14,
2361:15, 2361:17,
2361:21, 2361:24,
2362:1, 2362:6,
2362:12, 2362:25,
2363:12, 2365:11,
2365:12, 2365:23,
2366:6, 2366:7,
2366:9, 2366:11,
2366:13, 2366:16,
2366:22, 2367:9,
2367:10, 2368:1,
2368:9, 2368:25,

2369:1, 2369:3,
2369:9, 2369:11,
2369:17, 2369:18,
2370:4, 2370:8,
2370:13, 2370:14,
2371:1, 2371:4,
2371:13, 2371:17,
2371:24, 2372:2,
2372:5, 2372:6,
2372:18, 2372:22,
2372:25, 2374:2,
2374:16, 2374:22,
2374:24, 2375:20,
2376:4, 2377:16,
2377:25, 2378:12,
2379:5, 2379:9,
2379:23, 2380:6,
2380:9, 2380:12,
2380:24, 2381:3,
2381:5, 2381:15,
2381:17, 2382:21,
2383:4, 2383:7,
2384:9

**IN-BETWEEN** [2] -
2366:9, 2381:17

**INABILITY** [1] -
2349:14

**INCLUDE** [4] -
2293:1, 2326:6,
2326:7, 2336:14

**INCLUDING** [1] -
2300:19

**INCONCEIVABLE**
[1] - 2308:4

**INCREASE** [3] -
2304:15, 2312:14,
2381:5

**INCREDIBLY** [1] -
2326:9

**INDICATE** [3] -
2333:21, 2338:13,
2339:13

**INDICATES** [4] -
2292:15, 2292:17,
2311:5, 2348:3

**INDICATING** [12] -
2298:14, 2314:23,
2318:2, 2329:7,
2331:18, 2332:23,
2336:11, 2354:23,
2359:7, 2360:6,
2360:12, 2360:21

**INDICATING)** [8] -
2292:18, 2314:6,
2318:4, 2327:10,
2346:23, 2347:14,
2357:12, 2377:13

**INDICATION** [3] -
2306:23, 2317:13,
2327:14

**INDUCED** [1] -
2297:2

**INDUSTRIAL** [28] -
2295:8, 2308:19,
2308:22, 2327:4,
2344:18, 2350:17,
2350:24, 2351:24,
2357:2, 2357:8,
2358:11, 2358:17,
2359:16, 2369:17,
2369:18, 2370:19,
2371:13, 2371:17,
2372:18, 2374:3,
2377:19, 2378:10,
2379:16, 2380:6,
2380:9, 2381:14,
2382:19, 2383:16

**INFLUENCE** [13] -
2297:1, 2300:2,
2300:3, 2300:18,
2307:16, 2309:21,
2357:25, 2372:22,
2374:1, 2377:24,
2380:13, 2381:12,
2381:14

**INFLUENCED** [5] -
2333:23, 2357:9,
2360:14, 2374:2,
2380:16

**INFLUENCES** [2] -
2357:1, 2381:16

**INFORMATION** [5] -
2294:19, 2299:2,
2299:17, 2361:24,
2366:19

**INFORMATIVE** [1] -
2364:2

**INFORMED** [1] -
2311:19

**INLAND** [3] -
2303:13, 2306:9,
2306:14

**INNER** [2] - 2304:11,
2343:14

**INNER-HARBOR** [1]
- 2343:14

**INPUT** [1] - 2368:3

**INSIDE** [2] - 2300:17,
2323:8

**INSTANCES** [1] -
2368:25

**INSURERS** [1] -
2288:22

**INTACT** [2] -
2303:22, 2303:23

**INTEGRATE** [2] -
2323:25, 2325:16

**INTENDED** [2] -
2321:8, 2383:13

**INTENT** [1] - 2297:20

**INTEREST** [1] -
2312:11

**INTERESTED** [1] -
2360:18

**INTERIOR** [6] -
2322:8, 2322:9,
2351:12, 2351:14,
2352:6, 2357:4

**INTERPRETED** [1] -
2333:17

**INTERRUPT** [1] -
2303:7

**INTERVAL** [1] -
2324:11

**INTO** [20] - 2291:11,
2296:4, 2300:2,
2300:15, 2304:17,
2305:3, 2306:18,
2307:24, 2313:18,
2327:22, 2328:7,
2355:8, 2370:7,
2371:10, 2372:4,
2372:16, 2375:3,
2380:5, 2382:19

**INTRACOASTAL** [2]
- 2370:20, 2378:16

**INTRODUCING** [1] -
2375:3

**INTRUSION** [1] -
2305:13

**INUNDATED** [1] -
2335:16

**INUNDATION** [1] -
2330:17

**INVESTIGATE** [1] -
2297:25

**INVESTIGATION** [2]
- 2296:22, 2369:8

**INVESTIGATIONS**
[2] - 2297:11, 2297:18

**INVOLVES** [1] -
2367:24

**IPET** [7] - 2296:21,
2311:2, 2312:10,
2353:14, 2353:16,
2373:15, 2376:20

**IRREGULAR** [2] -
2308:6, 2308:21

**IRRELEVANT** [1] -
2371:5

**IS** [337] - 2291:14,
2291:15, 2291:16,
2291:20, 2291:21,
2291:22, 2292:2,
2292:3, 2292:9,
2292:20, 2293:3,
2293:5, 2293:23,
2294:20, 2294:24,
2294:25, 2295:3,
2295:9, 2295:10,

2295:14, 2295:16,
2295:18, 2295:21,
2295:23, 2296:5,
2296:6, 2296:14,
2297:10, 2297:17,
2298:5, 2298:7,
2298:9, 2298:12,
2298:19, 2298:24,
2299:9, 2299:16,
2300:7, 2300:10,
2302:1, 2302:11,
2302:19, 2303:11,
2304:12, 2305:17,
2306:8, 2306:13,
2307:10, 2308:5,
2309:3, 2311:6,
2312:16, 2312:22,
2313:9, 2313:10,
2313:13, 2313:15,
2313:17, 2314:3,
2314:4, 2314:7,
2314:12, 2314:20,
2315:3, 2315:5,
2315:7, 2315:11,
2315:17, 2315:21,
2315:25, 2316:14,
2316:18, 2316:20,
2316:21, 2317:2,
2317:4, 2317:15,
2317:18, 2317:24,
2318:1, 2318:3,
2318:4, 2318:7,
2318:8, 2318:11,
2318:13, 2318:16,
2318:21, 2319:2,
2319:3, 2319:4,
2319:7, 2319:10,
2319:21, 2319:22,
2319:25, 2320:1,
2320:4, 2320:7,
2320:11, 2321:6,
2321:8, 2321:14,
2321:17, 2322:9,
2322:20, 2323:9,
2323:15, 2324:3,
2324:6, 2324:15,
2324:17, 2324:22,
2324:24, 2325:15,
2326:6, 2326:7,
2326:15, 2326:16,
2327:13, 2327:15,
2327:17, 2328:10,
2328:12, 2328:16,
2329:3, 2329:8,
2330:1, 2330:20,
2331:10, 2331:13,
2331:17, 2331:23,
2331:24, 2332:1,
2332:13, 2332:14,
2333:4, 2333:9,
2334:16, 2335:8,

2335:13, 2335:18,
2335:21, 2336:16,
2337:15, 2338:10,
2338:12, 2338:13,
2338:16, 2338:17,
2338:20, 2338:25,
2339:6, 2339:7,
2339:13, 2340:1,
2340:5, 2340:6,
2340:7, 2340:10,
2340:14, 2341:16,
2341:24, 2342:6,
2342:13, 2343:8,
2343:16, 2343:20,
2343:21, 2343:25,
2344:7, 2344:9,
2345:16, 2346:3,
2346:6, 2346:17,
2346:20, 2346:22,
2347:8, 2347:15,
2347:21, 2348:25,
2349:3, 2349:7,
2349:8, 2350:11,
2350:12, 2351:4,
2351:20, 2351:21,
2351:25, 2352:1,
2352:9, 2352:25,
2353:5, 2353:9,
2354:3, 2354:4,
2354:19, 2354:20,
2356:3, 2356:20,
2356:21, 2357:6,
2357:9, 2357:18,
2358:2, 2358:5,
2358:6, 2358:9,
2358:13, 2358:16,
2358:21, 2358:22,
2359:9, 2359:10,
2359:11, 2359:23,
2360:5, 2360:9,
2360:11, 2360:21,
2361:9, 2361:14,
2361:18, 2362:9,
2362:11, 2362:15,
2362:18, 2362:19,
2362:22, 2362:24,
2363:1, 2363:4,
2363:5, 2363:16,
2364:8, 2364:9,
2364:10, 2364:11,
2364:14, 2365:1,
2365:4, 2365:8,
2365:11, 2365:15,
2365:23, 2365:24,
2367:20, 2367:21,
2367:23, 2368:1,
2368:2, 2368:3,
2368:11, 2368:12,
2368:14, 2370:11,
2370:13, 2370:23,
2371:1, 2371:6,

2371:8, 2371:11,
2371:18, 2372:8,
2372:9, 2372:18,
2373:14, 2373:25,
2374:4, 2374:5,
2374:15, 2374:22,
2375:20, 2375:22,
2375:23, 2375:25,
2376:4, 2376:14,
2376:20, 2376:21,
2376:22, 2376:23,
2377:1, 2377:9,
2377:25, 2378:15,
2378:23, 2379:5,
2379:8, 2379:9,
2379:10, 2380:3,
2380:4, 2380:15,
2380:18, 2381:17,
2382:24, 2383:7,
2383:11, 2383:15,
2384:8

**ISN'T** [34] - 2294:18,
2294:22, 2296:12,
2297:12, 2302:22,
2303:19, 2309:5,
2309:9, 2314:13,
2318:2, 2324:17,
2324:25, 2325:5,
2326:21, 2330:16,
2337:21, 2338:6,
2339:9, 2342:25,
2349:9, 2354:8,
2356:18, 2361:18,
2364:1, 2369:3,
2370:8, 2370:10,
2371:19, 2372:6,
2377:17, 2380:13,
2380:19, 2382:16,
2383:8

**ISSUE** [9] - 2295:10,
2303:16, 2303:19,
2305:23, 2343:4,
2356:1, 2356:6,
2372:21, 2375:24

**ISSUES** [2] -
2294:21, 2305:14

**IT** [226] - 2291:12,
2291:13, 2292:16,
2293:8, 2293:18,
2293:19, 2294:19,
2294:22, 2295:20,
2295:24, 2296:4,
2296:12, 2296:16,
2296:25, 2297:1,
2297:6, 2297:20,
2299:4, 2299:11,
2299:13, 2299:22,
2299:23, 2299:24,
2300:4, 2300:5,
2300:12, 2301:16,
2303:5, 2303:6,

2303:16, 2304:1,
2304:4, 2304:18,
2304:20, 2304:24,
2305:2, 2305:5,
2305:8, 2306:20,
2307:7, 2307:12,
2308:1, 2308:12,
2309:21, 2310:23,
2311:1, 2311:4,
2311:7, 2311:24,
2312:3, 2312:4,
2313:18, 2314:16,
2317:17, 2317:20,
2317:24, 2318:1,
2318:8, 2318:16,
2319:23, 2322:22,
2323:11, 2324:8,
2324:12, 2324:13,
2324:20, 2326:2,
2326:6, 2326:8,
2326:11, 2326:16,
2326:20, 2326:22,
2326:23, 2326:24,
2327:7, 2327:14,
2328:10, 2328:12,
2329:8, 2329:13,
2329:24, 2330:1,
2330:2, 2330:3,
2330:9, 2331:7,
2331:21, 2331:25,
2332:6, 2332:9,
2333:2, 2333:4,
2333:8, 2334:16,
2335:18, 2335:21,
2335:22, 2336:20,
2336:21, 2336:22,
2336:24, 2337:5,
2337:8, 2337:13,
2337:20, 2337:22,
2338:9, 2339:14,
2340:11, 2341:15,
2342:24, 2344:2,
2344:4, 2345:8,
2345:16, 2345:22,
2346:7, 2346:11,
2347:12, 2347:15,
2347:16, 2349:2,
2350:6, 2350:7,
2350:8, 2350:21,
2352:21, 2353:4,
2354:10, 2355:3,
2355:17, 2355:23,
2356:13, 2356:16,
2356:18, 2356:20,
2356:21, 2357:1,
2357:7, 2357:10,
2357:16, 2357:19,
2357:24, 2358:22,
2359:2, 2359:5,
2359:23, 2360:1,
2360:2, 2360:18,

2361:1, 2361:11,
2362:5, 2362:7,
2362:13, 2363:18,
2363:20, 2364:2,
2364:6, 2365:12,
2365:21, 2367:1,
2367:16, 2367:18,
2367:20, 2368:5,
2368:12, 2368:14,
2369:8, 2369:23,
2369:24, 2371:20,
2371:21, 2372:4,
2372:9, 2372:16,
2372:24, 2373:20,
2374:12, 2374:13,
2374:15, 2375:4,
2375:14, 2375:19,
2376:8, 2376:13,
2376:22, 2376:23,
2376:24, 2377:1,
2377:2, 2377:3,
2377:5, 2378:3,
2378:5, 2378:22,
2379:1, 2380:7,
2382:1, 2382:10,
2382:12, 2382:19,
2382:22, 2383:8,
2383:10

**IT'LL** [1] - 2354:1

**IT'S** [91] - 2291:10,
2291:22, 2293:6,
2293:17, 2293:20,
2294:10, 2295:19,
2295:24, 2297:9,
2298:9, 2310:8,
2312:23, 2314:7,
2316:2, 2316:3,
2316:16, 2316:21,
2316:22, 2318:8,
2320:15, 2323:15,
2324:6, 2327:14,
2329:8, 2330:21,
2331:25, 2333:10,
2333:11, 2333:14,
2334:16, 2335:12,
2335:19, 2336:2,
2336:3, 2336:4,
2337:18, 2338:5,
2338:19, 2339:23,
2340:14, 2341:4,
2344:8, 2346:4,
2346:13, 2346:16,
2347:3, 2347:11,
2347:14, 2348:12,
2349:7, 2353:3,
2354:4, 2354:5,
2356:14, 2357:8,
2357:25, 2358:6,
2358:17, 2360:16,
2361:14, 2361:15,
2362:2, 2363:2,

2364:18, 2365:12,
2365:23, 2368:18,
2368:20, 2371:24,
2372:2, 2373:23,
2374:6, 2374:15,
2375:13, 2376:4,
2376:14, 2376:21,
2377:2, 2378:25,
2379:2, 2380:14,
2380:22, 2381:11,
2381:13, 2382:15,
2383:18
  **ITS** [9] - 2296:2,
2300:15, 2308:6,
2308:21, 2310:16,
2312:8, 2343:20,
2345:18, 2345:24
  **ITSELF** [2] -
2339:12, 2380:20
  **IV** [2] - 2373:15,
2376:21
  **IV-1-67** [1] - 2373:15
  **IV-6-1** [1] - 2376:21

**J**

  **J** [1] - 2289:1
  **JAMES** [2] - 2288:1,
2289:8
  **JANET** [2] - 2292:5,
2315:25
  **JEFFERSON** [1] -
2288:2
  **JEFFREY** [1] -
2289:6
  **JOANNES** [6] -
2296:24, 2297:15,
2297:22, 2311:18,
2328:10, 2376:24
  **JOB** [4] - 2344:16,
2348:15, 2353:2,
2355:13
  **JOE** [1] - 2338:3
  **JOHN** [1] - 2289:12
  **JONATHAN** [1] -
2287:19
  **JOSEPH** [2] -
2287:16, 2287:16
  **JOSHUA** [1] -
2288:15
  **JR** [7] - 2287:8,
2288:5, 2288:12,
2288:18, 2288:18,
2289:5, 2289:8
  **JUDGE** [19] - 2287:8,
2291:18, 2291:22,
2292:11, 2293:14,
2303:6, 2313:9,
2315:17, 2319:15,
2322:24, 2327:17,
2332:25, 2334:11,

2342:12, 2343:24,
2349:24, 2352:13,
2383:18
  **JULY** [1] - 2313:10
  **JUNCTION** [1] -
2343:20
  **JUST** [101] - 2291:9,
2291:13, 2291:21,
2292:11, 2293:20,
2294:9, 2294:14,
2294:23, 2296:13,
2301:15, 2303:10,
2305:5, 2305:19,
2308:5, 2310:15,
2311:3, 2314:20,
2315:1, 2316:5,
2316:18, 2316:19,
2319:8, 2320:7,
2321:13, 2321:22,
2322:24, 2323:4,
2324:19, 2325:21,
2325:25, 2326:1,
2327:13, 2328:4,
2328:9, 2329:11,
2330:10, 2331:2,
2332:8, 2332:15,
2332:17, 2332:21,
2334:16, 2335:6,
2335:19, 2335:24,
2337:10, 2337:16,
2337:22, 2338:2,
2339:12, 2339:17,
2340:4, 2340:24,
2341:4, 2341:7,
2341:24, 2342:5,
2342:22, 2343:9,
2343:16, 2344:23,
2345:2, 2346:17,
2346:19, 2346:20,
2347:16, 2347:23,
2348:8, 2349:16,
2351:25, 2352:13,
2355:3, 2355:19,
2356:4, 2357:16,
2357:18, 2357:20,
2358:4, 2359:8,
2359:19, 2360:5,
2362:11, 2364:13,
2366:13, 2367:1,
2372:24, 2375:2,
2375:18, 2376:12,
2378:5, 2378:9,
2378:10, 2379:13,
2379:14, 2380:15,
2381:19, 2381:25,
2382:7, 2382:20,
2382:23, 2383:12
  **JUSTICE** [1] - 2289:4
  **JUXTAPOSED** [2] -
2296:10, 2296:11

  **JUXTAPOSITION** [1]
- 2296:12
  **JX** [9] - 2326:15,
2327:12, 2330:21,
2338:13, 2344:8,
2346:3, 2364:8,
2364:23

**K**

  **K** [2] - 2289:9,
2289:11
  **KALIMAH** [1] -
2289:6
  **KARA** [1] - 2289:9
  **KAREN** [3] -
2289:15, 2384:6,
2384:14
  **KATRINA** [25] -
2295:25, 2296:4,
2312:6, 2312:11,
2312:13, 2313:23,
2318:20, 2319:22,
2322:14, 2327:21,
2328:12, 2329:22,
2335:15, 2338:22,
2340:16, 2343:22,
2344:9, 2349:7,
2350:20, 2352:19,
2358:5, 2358:24,
2359:1, 2360:9,
2365:9
  **KATRINA-AS-IS** [1] -
2349:7
  **KEA** [1] - 2287:20
  **KEEP** [6] - 2303:22,
2303:23, 2366:13,
2377:18, 2382:17,
2383:15
  **KEEPING** [1] -
2304:14
  **KELLS** [1] - 2289:7
  **KEMP** [2] - 2369:19,
2370:6
  **KEMP'S** [1] -
2369:25
  **KEY** [3] - 2327:4,
2358:10, 2380:3
  **KIND** [2] - 2340:22,
2346:17
  **KINDS** [3] - 2323:4,
2323:17, 2323:19
  **KNOW** [75] -
2295:11, 2295:12,
2295:16, 2296:25,
2298:5, 2300:5,
2301:18, 2303:7,
2304:6, 2304:21,
2305:15, 2306:19,
2306:20, 2307:2,
2307:10, 2308:3,

2309:15, 2310:4,
2310:14, 2311:1,
2311:19, 2319:19,
2320:24, 2320:25,
2321:22, 2322:22,
2323:11, 2323:14,
2323:22, 2323:23,
2326:8, 2329:24,
2332:15, 2333:5,
2333:6, 2334:15,
2336:21, 2337:22,
2338:9, 2341:2,
2341:9, 2343:3,
2343:10, 2345:9,
2346:20, 2348:18,
2348:19, 2348:22,
2349:1, 2349:3,
2349:4, 2350:11,
2352:15, 2352:16,
2356:25, 2357:1,
2361:11, 2361:20,
2362:3, 2362:23,
2362:24, 2366:12,
2366:14, 2367:8,
2372:9, 2373:2,
2373:17, 2373:18,
2373:23, 2374:15,
2378:9, 2378:18,
2380:24, 2382:11
  **KNOWING** [2] -
2332:15, 2344:21
  **KNOWLEDGE** [3] -
2297:15, 2321:18,
2344:23
  **KNOWN** [2] - 2345:8,
2345:11
  **KNOWS** [1] - 2313:3

**L**

  **LA** [10] - 2287:17,
2287:21, 2288:3,
2288:6, 2288:10,
2288:13, 2288:16,
2288:20, 2289:3,
2300:17
  **LAFAYETTE** [1] -
2288:3
  **LAG** [1] - 2311:11
  **LAID** [2] - 2317:6,
2318:13
  **LAKE** [48] - 2300:10,
2300:13, 2300:15,
2300:21, 2300:22,
2303:14, 2304:4,
2304:7, 2307:21,
2335:16, 2349:15,
2349:16, 2349:23,
2350:8, 2350:10,
2350:11, 2350:13,
2354:6, 2355:4,

2355:8, 2355:9,
2355:14, 2356:1,
2356:5, 2356:24,
2357:10, 2357:19,
2357:22, 2357:25,
2358:9, 2358:18,
2358:25, 2359:12,
2359:14, 2372:22,
2374:2, 2378:2,
2378:12, 2378:16,
2378:20, 2378:23,
2379:6, 2379:16,
2379:23, 2381:15
  **LAKES** [3] - 2300:4,
2379:5, 2379:10
  **LAND** [1] - 2363:12
  **LAPSE** [2] - 2366:9,
2366:10
  **LARGE** [6] -
2300:15, 2317:6,
2333:18, 2335:9,
2339:13, 2377:25
  **LARGER** [2] -
2324:13, 2378:11
  **LAST** [14] - 2291:16,
2292:2, 2301:7,
2302:6, 2303:10,
2309:11, 2309:18,
2311:7, 2347:9,
2347:22, 2383:4,
2383:7
  **LATER** [10] - 2337:1,
2351:10, 2371:22,
2372:19, 2372:20,
2372:21, 2373:1,
2374:23, 2376:4
  **LAW** [7] - 2287:16,
2287:19, 2288:4,
2288:7, 2288:18,
2292:10, 2333:8
  **LAWN** [1] - 2287:23
  **LAWYER'S** [1] -
2288:8
  **LEAD** [2] - 2341:19,
2381:5
  **LEAP** [2] - 2315:9,
2345:8
  **LEARN** [2] - 2313:15,
2381:19
  **LEAST** [10] -
2312:10, 2318:23,
2319:15, 2332:25,
2337:20, 2348:9,
2374:22, 2375:19,
2376:19, 2382:15
  **LEAVE** [4] - 2345:6,
2351:11, 2359:20,
2376:18
  **LEERY** [2] - 2361:20,
2361:23

**LEFT** [7] - 2332:7, 2332:8, 2345:25, 2346:25, 2348:24
**LEGEND** [1] - 2291:23
**LENGTH** [11] - 2292:1, 2307:24, 2313:25, 2314:3, 2323:25, 2324:1, 2324:3, 2324:8, 2325:16, 2335:24, 2338:17
**LESS** [8] - 2304:6, 2308:15, 2309:13, 2319:25, 2321:9, 2336:6, 2343:17, 2351:6
**LESSER** [1] - 2300:20
**LET** [15] - 2295:17, 2303:7, 2305:1, 2305:20, 2307:2, 2321:5, 2322:9, 2328:19, 2353:16, 2356:11, 2359:23, 2366:2, 2372:3, 2378:5, 2381:20
**LET'S** [69] - 2292:25, 2293:20, 2299:14, 2300:15, 2301:19, 2302:6, 2303:1, 2304:1, 2306:22, 2310:12, 2310:14, 2312:25, 2313:1, 2315:15, 2316:19, 2317:1, 2317:9, 2317:19, 2318:18, 2318:19, 2319:10, 2320:6, 2320:11, 2320:21, 2325:24, 2326:1, 2326:14, 2327:10, 2327:12, 2328:9, 2328:11, 2329:7, 2330:21, 2331:20, 2332:4, 2334:15, 2334:22, 2336:10, 2336:24, 2338:12, 2339:12, 2340:24, 2341:21, 2343:14, 2343:15, 2344:6, 2345:4, 2345:5, 2345:16, 2346:3, 2346:7, 2346:15, 2353:23, 2364:8, 2371:25, 2376:18, 2376:20, 2377:7, 2377:12, 2377:20, 2379:3, 2380:23, 2382:20
**LEVEE** [61] - 2291:9,

2292:23, 2293:1, 2295:19, 2296:1, 2312:14, 2312:23, 2313:25, 2314:3, 2316:12, 2317:15, 2317:24, 2318:20, 2320:16, 2320:20, 2323:16, 2323:25, 2324:1, 2324:3, 2324:4, 2324:7, 2324:8, 2325:17, 2326:4, 2326:5, 2326:8, 2326:9, 2327:22, 2327:24, 2335:21, 2335:24, 2335:25, 2336:2, 2336:4, 2336:18, 2336:21, 2337:19, 2337:23, 2338:18, 2338:20, 2338:23, 2339:4, 2339:8, 2340:5, 2340:6, 2340:10, 2340:14, 2340:17, 2340:18, 2340:19, 2341:3, 2341:12, 2341:17, 2342:7, 2346:1, 2347:21, 2348:16, 2350:13, 2350:16, 2358:10
**LEVEES** [23] - 2292:19, 2294:8, 2296:4, 2296:18, 2335:2, 2336:5, 2338:4, 2341:22, 2379:14, 2379:18, 2380:16, 2380:24, 2381:1, 2381:22, 2381:24, 2382:6, 2382:8, 2382:16, 2382:18, 2382:19, 2382:21, 2382:22, 2383:14
**LEVEL** [52] - 2318:21, 2318:22, 2321:19, 2326:7, 2328:14, 2335:8, 2335:9, 2335:13, 2335:18, 2335:19, 2335:25, 2336:3, 2336:4, 2336:5, 2337:24, 2338:21, 2338:22, 2339:3, 2339:7, 2339:12, 2339:15, 2339:17, 2339:18, 2339:20, 2340:5, 2340:7, 2340:10, 2340:15, 2340:18, 2341:11, 2341:14, 2343:22, 2344:12, 2349:9,

2350:24, 2351:24, 2353:10, 2356:2, 2362:19, 2368:16, 2371:9, 2371:13, 2375:5, 2379:8, 2379:15, 2379:16, 2380:15, 2381:13, 2381:15, 2381:16
**LEVELS** [25] - 2302:24, 2310:3, 2316:9, 2320:18, 2321:4, 2326:9, 2330:13, 2330:17, 2333:19, 2333:25, 2337:18, 2343:5, 2345:5, 2348:16, 2351:4, 2353:5, 2366:14, 2374:2, 2375:8, 2379:9, 2379:17, 2379:21, 2381:18
**LEVINE** [1] - 2289:8
**LIGHT** [2] - 2355:23, 2369:10
**LIKE** [39] - 2295:13, 2297:20, 2298:2, 2301:1, 2301:13, 2304:18, 2305:5, 2307:15, 2311:8, 2312:11, 2316:8, 2319:17, 2323:11, 2332:6, 2332:7, 2332:9, 2332:12, 2333:7, 2338:9, 2339:15, 2341:9, 2345:2, 2347:11, 2347:22, 2348:24, 2349:21, 2353:19, 2356:18, 2357:17, 2360:22, 2365:7, 2369:22, 2369:23, 2375:5, 2376:9, 2378:6, 2380:7, 2383:5
**LIKELIHOOD** [1] - 2362:1
**LIKELY** [3] - 2302:24, 2304:25, 2320:19
**LIMITATIONS** [1] - 2357:10
**LINE** [26] - 2292:12, 2292:17, 2293:6, 2314:4, 2314:7, 2314:15, 2315:3, 2319:22, 2323:22, 2323:23, 2329:8, 2336:11, 2337:15, 2342:22, 2343:23, 2343:25, 2348:3,

2348:22, 2354:2, 2355:19, 2365:6, 2365:7, 2365:18, 2365:19, 2371:18
**LINES** [5] - 2292:13, 2293:7, 2295:20, 2348:1, 2348:4
**LISTED** [2] - 2340:14, 2349:4
**LISTEN** [1] - 2356:11
**LISTENED** [1] - 2334:7
**LISTENER** [1] - 2334:5
**LISTENING** [1] - 2321:2
**LITIGATION** [1] - 2289:1
**LITTLE** [34] - 2292:12, 2292:22, 2294:9, 2296:5, 2298:20, 2304:1, 2305:15, 2308:1, 2308:4, 2310:4, 2315:11, 2316:9, 2317:20, 2319:25, 2327:21, 2330:24, 2332:3, 2332:4, 2332:6, 2334:3, 2337:16, 2344:1, 2348:9, 2352:4, 2354:3, 2355:5, 2355:21, 2361:20, 2361:23, 2366:3, 2371:22, 2372:25, 2374:16, 2383:22
**LLC** [2] - 2288:4, 2288:22
**LOADING** [2] - 2294:7, 2341:20
**LOADINGS** [3] - 2294:7, 2294:22, 2336:21
**LOCAL** [3] - 2366:24, 2381:5, 2381:6
**LOCALIZED** [1] - 2381:4
**LOCALLY** [1] - 2381:3
**LOCATED** [1] - 2347:21
**LOCATION** [10] - 2292:17, 2305:6, 2310:6, 2326:5, 2328:11, 2330:8, 2331:4, 2331:8, 2334:2, 2341:9
**LOCATIONS** [5] - 2291:8, 2320:9,

2339:5, 2342:7, 2379:17
**LOCK** [10] - 2347:6, 2347:8, 2347:11, 2347:12, 2347:16, 2347:17, 2347:19, 2370:20, 2373:17
**LOCKS** [1] - 2346:16
**LOGIC** [4] - 2315:9, 2376:2, 2383:3
**LOGICAL** [1] - 2338:2
**LONG** [1] - 2373:2
**LONGER** [2] - 2317:20, 2383:22
**LOOK** [40] - 2299:4, 2309:19, 2318:25, 2322:5, 2322:17, 2325:24, 2326:11, 2326:14, 2327:3, 2327:9, 2327:10, 2328:9, 2331:23, 2332:10, 2333:7, 2335:22, 2336:10, 2336:20, 2336:22, 2336:24, 2337:5, 2341:7, 2341:10, 2343:5, 2344:6, 2346:3, 2352:12, 2353:7, 2353:8, 2353:11, 2365:7, 2370:18, 2371:20, 2374:12, 2375:4, 2377:7, 2380:6, 2382:5
**LOOKED** [21] - 2300:2, 2311:7, 2311:8, 2315:13, 2316:8, 2316:9, 2316:10, 2321:25, 2326:22, 2326:24, 2328:6, 2336:14, 2336:25, 2337:4, 2337:24, 2338:8, 2347:23, 2349:21, 2369:4, 2382:11, 2382:12
**LOOKING** [12] - 2329:3, 2330:24, 2333:24, 2338:4, 2344:24, 2352:1, 2353:4, 2361:9, 2362:11, 2365:21, 2365:25, 2369:1
**LOOKS** [11] - 2304:18, 2307:15, 2320:10, 2323:11, 2332:6, 2332:7, 2332:9, 2332:12, 2347:11

**LOS** [1] - 2287:14
**LOST** [1] - 2363:12
**LOT** [10] - 2305:16, 2317:12, 2321:9, 2341:16, 2363:14, 2364:2, 2367:7, 2367:8, 2374:24, 2375:2
**LOTS** [1] - 2352:8
**LOUISIANA** [5] - 2287:1, 2287:4, 2289:16, 2297:22, 2384:7
**LOUSY** [1] - 2348:15
**LOUTRE** [1] - 2300:17
**LOW** [6] - 2300:24, 2312:3, 2354:5, 2354:19, 2369:10, 2379:10
**LOW-AMPLITUDE** [2] - 2300:24, 2312:3
**LOWER** [15] - 2313:4, 2316:22, 2319:7, 2319:8, 2329:13, 2329:17, 2340:16, 2348:3, 2365:24, 2366:7, 2367:12, 2374:20, 2375:13, 2380:9
**LOWS** [1] - 2299:24
**LPV** [2] - 2294:22, 2307:21
**LUNCH** [2] - 2383:19, 2383:25
**LUNCHTIME** [1] - 2383:18

# M

**M** [3] - 2287:16, 2287:16, 2288:15
**MADE** [4] - 2309:3, 2331:22, 2349:3, 2361:21
**MAGNITUDES** [1] - 2327:3
**MAIN** [1] - 2288:16
**MAJOR** [8] - 2301:2, 2301:7, 2302:7, 2309:22, 2312:2, 2312:4, 2316:23, 2383:5
**MAJORITY** [3] - 2330:12, 2333:18, 2335:15
**MAKE** [14] - 2293:14, 2302:18, 2305:12, 2308:6, 2308:18, 2330:10, 2331:7, 2333:16, 2335:10,

2348:18, 2355:22, 2360:22, 2360:23, 2362:14
**MAKES** [4] - 2302:1, 2333:8, 2335:18, 2337:20
**MAKING** [3] - 2346:20, 2360:17, 2366:25
**MANIPULATE** [1] - 2293:16
**MANY** [6] - 2295:17, 2301:8, 2302:8, 2322:21, 2377:8
**MAP** [9] - 2291:8, 2291:10, 2293:7, 2296:12, 2316:7, 2317:23, 2318:8, 2331:24, 2332:21
**MARC** [1] - 2289:8
**MARKERS** [1] - 2298:19
**MARKS** [4] - 2367:8, 2367:9, 2369:5, 2370:18
**MARSH** [2] - 2301:8, 2302:8
**MARSHAL** [2] - 2342:16, 2383:24
**MASKED** [1] - 2293:6
**MASSIVE** [1] - 2326:8
**MATCH** [6] - 2353:11, 2353:13, 2365:19, 2366:12, 2368:5
**MATCHES** [1] - 2365:21
**MATERIAL** [1] - 2300:18
**MATTER** [3] - 2296:2, 2371:21, 2384:10
**MATTERS** [3] - 2294:24, 2330:10, 2371:8
**MAXIMIZE** [1] - 2381:6
**MAXIMUM** [4] - 2296:11, 2296:13, 2296:17, 2359:13
**MAY** [25] - 2287:4, 2291:2, 2291:18, 2292:8, 2293:23, 2298:21, 2298:22, 2309:2, 2310:8, 2312:20, 2313:9, 2317:20, 2322:25, 2333:23, 2334:23,

2334:24, 2348:6, 2348:7, 2349:24, 2349:25, 2354:17, 2360:2, 2379:18, 2382:12, 2383:21
**MAYBE** [11] - 2305:23, 2309:20, 2314:3, 2325:19, 2330:16, 2331:23, 2346:9, 2353:23, 2354:2, 2365:11, 2382:21
**MCCONNON** [1] - 2289:8
**ME** [64] - 2292:8, 2294:2, 2295:17, 2296:5, 2296:25, 2298:19, 2298:24, 2299:9, 2301:15, 2301:16, 2303:7, 2304:17, 2305:15, 2305:18, 2305:20, 2307:2, 2307:15, 2308:1, 2308:4, 2308:7, 2308:18, 2309:15, 2309:16, 2309:20, 2311:8, 2312:17, 2314:4, 2314:5, 2316:6, 2318:8, 2320:5, 2321:5, 2321:11, 2322:9, 2323:5, 2326:11, 2332:7, 2334:10, 2342:4, 2346:6, 2346:10, 2346:11, 2346:17, 2347:11, 2352:23, 2353:16, 2354:22, 2354:25, 2356:11, 2358:25, 2360:5, 2362:19, 2363:4, 2364:5, 2364:14, 2365:18, 2372:3, 2372:24, 2375:25, 2376:23, 2378:5, 2381:20, 2382:21, 2383:18
**MEAN** [33] - 2293:19, 2294:2, 2296:13, 2303:25, 2304:24, 2306:14, 2306:19, 2308:15, 2308:18, 2310:10, 2313:25, 2323:20, 2325:15, 2328:6, 2332:15, 2335:22, 2338:7, 2338:19, 2339:10, 2341:8, 2346:11, 2348:22, 2353:18, 2367:20, 2369:17, 2371:4, 2372:15,

2378:3, 2378:25, 2380:8, 2381:25, 2383:15
**MEANS** [11] - 2304:22, 2319:12, 2326:11, 2338:22, 2340:10, 2358:2, 2377:3, 2377:5, 2378:10, 2378:15, 2378:17
**MEANT** [1] - 2310:4
**MEASURE** [2] - 2324:24, 2351:19
**MEASURED** [12] - 2351:13, 2351:15, 2352:1, 2352:17, 2356:2, 2356:5, 2361:12, 2367:25, 2368:8, 2369:5, 2369:18, 2375:3
**MEASUREMENT** [1] - 2370:2
**MEASUREMENTS** [5] - 2357:3, 2367:14, 2368:7, 2368:10, 2371:14
**MEASURING** [2] - 2358:23, 2358:24
**MECHANICAL** [1] - 2289:18
**MECHANICALLY** [1] - 2335:18
**MECHANISM** [1] - 2374:19
**MEET** [1] - 2373:23
**MEMO** [2] - 2299:4, 2299:16
**MEMORANDUM** [3] - 2298:5, 2298:8, 2298:12
**MENTIONED** [1] - 2300:10
**METAL** [1] - 2314:12
**METEOROLOGICAL** [1] - 2367:22
**MICHAEL** [3] - 2288:14, 2288:15, 2289:5
**MICHELE** [1] - 2289:7
**MICHOUD** [9] - 2316:12, 2316:24, 2317:5, 2317:16, 2317:25, 2318:3, 2318:4, 2339:5, 2340:2
**MIDDLE** [4] - 2358:16, 2363:18, 2363:19, 2365:23
**MIDWAY** [2] -

2318:3, 2340:1
**MIGHT** [8] - 2293:18, 2312:3, 2338:4, 2339:13, 2348:23, 2371:23
**MIGHTY** [1] - 2333:7
**MILE** [5] - 2298:12, 2298:13, 2298:16, 2298:19
**MILES** [2] - 2299:19, 2308:2
**MILLER** [1] - 2289:9
**MIND** [2] - 2312:25, 2316:20, 2318:5, 2345:2, 2366:13, 2379:2
**MINE** [1] - 2332:9
**MINUS** [1] - 2338:19
**MINUTE** [6] - 2318:25, 2320:21, 2322:23, 2332:11, 2342:15, 2373:10
**MISSED** [1] - 2382:22
**MISSISSIPPI** [7] - 2297:2, 2300:16, 2346:16, 2349:18, 2355:10, 2358:7, 2358:14
**MISSPELLED** [1] - 2350:4
**MISSPOKE** [3] - 2317:10, 2325:19, 2325:20
**MISTAKE** [4] - 2361:22, 2361:25, 2362:1, 2362:2
**MITIGATE** [12] - 2318:21, 2319:9, 2319:23, 2320:12, 2321:8, 2323:9, 2334:20, 2341:23, 2342:4, 2344:14, 2349:8, 2377:16
**MITIGATED** [11] - 2328:16, 2329:2, 2329:23, 2337:15, 2339:2, 2342:24, 2343:21, 2344:10, 2349:7, 2350:20, 2352:19
**MITIGATING** [1] - 2319:11
**MITSCH** [1] - 2289:9
**MODEL** [33] - 2313:11, 2325:1, 2344:15, 2344:17, 2348:5, 2349:14, 2350:2, 2353:2, 2353:7, 2354:4,

2356:1, 2356:5,
2356:16, 2357:24,
2358:14, 2358:16,
2358:22, 2359:9,
2360:17, 2367:7,
2367:11, 2367:24,
2368:7, 2368:9,
2368:17, 2368:25,
2369:2, 2369:3,
2369:4, 2369:10,
2370:7, 2370:23
   **MODELING** [10] -
2352:7, 2353:12,
2355:25, 2356:3,
2360:23, 2370:1,
2371:13, 2371:16,
2371:20, 2372:7
   **MODELS** [1] -
2353:9
   **MODEMS** [1] -
2357:20
   **MODIFIED** [1] -
2364:18
   **MOMENT** [3] -
2305:20, 2345:4,
2359:21
   **MOMENTS** [2] -
2311:22, 2364:10
   **MONDAY** [2] -
2287:4, 2291:2
   **MONITOR** [1] -
2292:6
   **MORE** [29] - 2296:3,
2296:4, 2311:19,
2322:10, 2332:6,
2332:8, 2332:9,
2339:7, 2342:22,
2343:17, 2348:9,
2352:9, 2353:12,
2355:6, 2355:12,
2355:21, 2356:18,
2362:4, 2364:2,
2364:6, 2367:13,
2368:10, 2369:9,
2374:24, 2375:2,
2380:18, 2382:12
   **MORGAN** [1] -
2288:20
   **MORNING** [6] -
2287:9, 2291:3,
2291:6, 2291:7,
2294:3, 2342:11
   **MOST** [9] - 2294:24,
2302:24, 2304:25,
2310:18, 2315:14,
2320:19, 2330:16,
2334:7, 2383:3
   **MOSTLY** [1] -
2376:24
   **MOVE** [14] - 2294:9,

2301:19, 2301:23,
2302:1, 2304:17,
2307:4, 2307:24,
2310:12, 2320:11,
2324:20, 2341:18,
2343:14, 2346:25,
2373:22
   **MOVEMENT** [1] -
2301:23
   **MOVES** [2] - 2346:1,
2371:18
   **MOVIE** [3] - 2371:21,
2371:23, 2371:25
   **MOVING** [8] -
2296:16, 2302:1,
2307:20, 2311:12,
2311:13, 2312:13,
2337:19
   **MR** [172] - 2290:6,
2291:7, 2291:13,
2291:20, 2291:25,
2292:8, 2292:11,
2292:22, 2292:25,
2293:3, 2293:10,
2293:14, 2293:19,
2293:23, 2294:1,
2294:2, 2294:12,
2295:13, 2295:14,
2295:15, 2295:18,
2296:20, 2298:4,
2298:21, 2298:23,
2299:1, 2299:3,
2300:11, 2300:14,
2300:23, 2301:3,
2301:20, 2302:13,
2302:17, 2303:6,
2303:9, 2305:4,
2312:20, 2312:24,
2315:2, 2315:17,
2315:20, 2315:21,
2316:3, 2316:4,
2317:22, 2319:14,
2319:18, 2321:24,
2322:2, 2322:7,
2322:9, 2322:23,
2323:2, 2323:3,
2326:13, 2327:14,
2327:25, 2328:22,
2328:25, 2329:6,
2329:12, 2329:14,
2329:15, 2329:21,
2329:23, 2330:2,
2330:6, 2330:21,
2331:1, 2331:6,
2331:12, 2331:15,
2331:16, 2331:25,
2332:10, 2332:13,
2332:20, 2332:23,
2332:25, 2333:3,
2333:11, 2333:13,

2334:11, 2334:14,
2334:23, 2334:25,
2336:9, 2336:23,
2337:9, 2337:14,
2338:1, 2342:1,
2342:2, 2342:10,
2342:12, 2342:14,
2342:21, 2342:22,
2343:8, 2343:12,
2343:13, 2343:15,
2343:24, 2344:3,
2345:21, 2346:14,
2347:2, 2348:6,
2348:8, 2348:11,
2349:24, 2350:1,
2350:5, 2352:3,
2353:21, 2353:22,
2354:16, 2354:18,
2355:15, 2356:7,
2357:11, 2359:4,
2359:19, 2359:25,
2360:4, 2360:8,
2360:19, 2360:20,
2361:4, 2361:8,
2362:10, 2362:12,
2362:16, 2362:17,
2363:3, 2363:7,
2363:9, 2363:11,
2363:17, 2363:22,
2364:7, 2364:9,
2364:25, 2365:10,
2365:13, 2365:14,
2365:16, 2365:17,
2366:18, 2368:19,
2370:5, 2372:12,
2373:13, 2375:15,
2375:22, 2376:2,
2376:7, 2376:11,
2376:13, 2376:17,
2377:12, 2377:14,
2377:15, 2380:18,
2381:19, 2381:21,
2382:14, 2382:24,
2383:6, 2383:18
   **MRGO** [80] - 2289:1,
2292:2, 2294:21,
2295:2, 2295:5,
2295:10, 2297:12,
2297:19, 2297:25,
2298:1, 2298:13,
2301:24, 2302:1,
2302:12, 2302:13,
2302:19, 2302:20,
2303:15, 2306:24,
2307:16, 2308:24,
2309:3, 2309:4,
2309:7, 2309:8,
2309:24, 2310:8,
2310:16, 2311:17,
2311:25, 2312:2,
2312:9, 2319:4,

2319:9, 2320:12,
2321:9, 2322:14,
2323:9, 2328:16,
2328:21, 2329:2,
2329:23, 2330:3,
2331:17, 2334:20,
2335:2, 2336:18,
2337:16, 2339:2,
2341:23, 2342:8,
2342:24, 2343:21,
2344:10, 2344:14,
2344:19, 2345:18,
2345:20, 2345:23,
2349:8, 2350:20,
2352:19, 2355:20,
2355:22, 2360:25,
2372:16, 2377:16,
2377:17, 2377:24,
2378:4, 2378:16,
2378:18, 2378:23,
2380:13, 2380:18,
2381:2, 2381:23
   **MRGO'S** [1] -
2318:22
   **MUCH** [19] - 2294:24,
2310:21, 2315:13,
2316:5, 2316:8,
2321:10, 2322:17,
2322:22, 2324:24,
2328:6, 2341:9,
2344:1, 2353:12,
2355:6, 2355:24,
2365:7, 2365:24,
2371:16, 2376:25
   **MULTIPLIED** [1] -
2368:17
   **MULTIPLY** [2] -
2324:8, 2324:10
   **MUST** [4] - 2308:15,
2326:4, 2331:5,
2379:25
   **MY** [57] - 2293:20,
2294:15, 2294:19,
2295:4, 2295:19,
2295:24, 2298:9,
2305:19, 2311:2,
2311:10, 2312:1,
2316:22, 2317:19,
2318:5, 2321:1,
2321:15, 2322:16,
2323:21, 2328:8,
2333:24, 2338:7,
2343:6, 2344:16,
2344:18, 2344:21,
2344:23, 2344:25,
2345:3, 2345:12,
2347:24, 2349:2,
2349:13, 2350:22,
2350:23, 2351:9,
2351:21, 2352:21,

2353:1, 2353:16,
2354:13, 2355:2,
2355:11, 2356:3,
2356:11, 2357:5,
2360:22, 2360:23,
2361:17, 2361:24,
2362:5, 2366:22,
2375:9, 2383:11,
2384:9
   **MYER** [1] - 2289:10
   **MYSELF** [2] -
2329:4, 2360:19

# N

**N** [2] - 2290:2,
2291:1
   **NAD** [1] - 2299:7,
2299:8
   **NAME** [2] - 2376:22,
2377:1
   **NATURALLY** [1] -
2374:23
   **NATURE** [1] - 2333:8
   **NAVIGATION** [2] -
2305:7, 2343:14
   **NEAR** [1] - 2292:3
   **NECESSARILY** [3] -
2318:24, 2323:14,
2362:15
   **NEED** [5] - 2313:7,
2332:24, 2332:25,
2381:22, 2382:9
   **NEEDED** [1] -
2377:16
   **NEEDS** [3] - 2344:2,
2359:23, 2360:2
   **NEGATIVE** [1] -
2297:12
   **NEGATIVES** [1] -
2340:25
   **NEUTRAL** [4] -
2319:7, 2322:14,
2328:16, 2329:23
   **NEVER** [4] -
2299:10, 2326:21,
2349:2, 2379:2
   **NEW** [33] - 2287:4,
2287:17, 2287:21,
2288:6, 2288:24,
2289:3, 2289:16,
2297:3, 2301:9,
2301:12, 2302:9,
2302:11, 2304:3,
2308:14, 2313:1,
2313:3, 2313:14,
2313:18, 2316:8,
2322:19, 2322:22,
2327:19, 2327:23,
2328:3, 2328:4,
2328:5, 2328:7,

2333:19, 2340:1,
2341:22, 2342:25,
2353:17, 2381:11
    NEXT [17] - 2299:21,
2300:1, 2304:10,
2306:22, 2307:5,
2307:6, 2311:16,
2315:15, 2316:1,
2319:1, 2319:10,
2320:6, 2341:7,
2373:14, 2378:7,
2378:14, 2380:23
    NICE [3] - 2298:20,
2319:15, 2373:8
    NINE [12] - 2313:4,
2314:1, 2371:15,
2373:19, 2373:20,
2373:24, 2373:25,
2374:11, 2374:12,
2374:14
    NINTH [2] - 2374:20,
2375:13
    NO [83] - 2287:3,
2293:4, 2295:16,
2296:2, 2301:9,
2302:10, 2302:21,
2302:23, 2304:16,
2309:8, 2309:10,
2309:23, 2310:2,
2310:8, 2310:9,
2311:6, 2311:11,
2312:2, 2312:4,
2312:8, 2312:16,
2314:22, 2318:2,
2318:3, 2321:1,
2321:6, 2321:16,
2324:6, 2326:25,
2327:3, 2330:3,
2332:9, 2332:16,
2335:6, 2337:6,
2339:5, 2339:10,
2339:14, 2340:6,
2340:12, 2341:4,
2341:5, 2342:23,
2343:5, 2343:6,
2343:8, 2343:15,
2346:3, 2346:22,
2347:8, 2347:17,
2348:18, 2348:20,
2351:19, 2352:21,
2353:1, 2354:24,
2356:9, 2356:14,
2357:14, 2358:6,
2359:8, 2360:13,
2362:21, 2364:16,
2365:21, 2366:5,
2368:6, 2368:14,
2368:20, 2372:9,
2374:5, 2374:16,
2377:9, 2378:6,

2380:20, 2380:22,
2381:22, 2381:24,
2382:8
    NOBODY [1] -
2329:25
    NODS [3] - 2313:6,
2315:24, 2353:21
    NONE [2] - 2339:11,
2356:23
    NOON [1] - 2376:19
    NORMALLY [2] -
2305:10, 2369:6
    NORMAN [1] -
2287:2
    NORTH [11] -
2344:20, 2346:16,
2347:8, 2347:11,
2347:12, 2347:17,
2347:19, 2371:5,
2374:19, 2375:12
    NORTHEAST [4] -
2292:14, 2296:1,
2335:15, 2335:23
    NORTHWEST [2] -
2296:3, 2296:16
    NOT [113] - 2292:22,
2294:25, 2295:5,
2295:10, 2296:6,
2296:22, 2297:11,
2298:1, 2298:3,
2300:8, 2300:18,
2306:1, 2306:14,
2307:20, 2309:24,
2311:4, 2311:18,
2312:22, 2313:24,
2314:2, 2314:12,
2314:14, 2315:13,
2315:25, 2316:5,
2316:10, 2317:17,
2318:24, 2320:18,
2320:20, 2321:11,
2321:13, 2321:16,
2321:22, 2322:9,
2322:15, 2323:5,
2324:18, 2326:1,
2326:20, 2327:22,
2333:23, 2334:1,
2334:9, 2334:12,
2335:11, 2335:14,
2337:1, 2337:10,
2337:23, 2337:24,
2338:9, 2339:6,
2340:10, 2341:23,
2341:24, 2342:7,
2342:23, 2344:1,
2344:20, 2346:5,
2347:6, 2349:22,
2352:17, 2354:24,
2355:4, 2356:3,
2356:7, 2356:9,

2356:15, 2357:13,
2357:15, 2359:1,
2359:11, 2359:18,
2359:19, 2360:16,
2361:6, 2361:10,
2361:22, 2362:15,
2362:23, 2365:21,
2365:25, 2366:20,
2368:2, 2368:6,
2368:18, 2368:20,
2369:21, 2370:6,
2370:11, 2370:13,
2371:11, 2371:24,
2372:21, 2372:24,
2373:25, 2374:4,
2374:15, 2376:14,
2377:9, 2377:24,
2378:25, 2379:13,
2379:18, 2379:19,
2380:22, 2382:3,
2382:5, 2382:6,
2383:5, 2383:9
    NOTE [1] - 2297:1
    NOTHING [4] -
2343:17, 2382:16
    NOTICE [1] - 2344:2
    NOTICED [2] -
2361:21, 2368:15
    NOW [39] - 2297:24,
2302:6, 2303:1,
2304:10, 2305:17,
2305:25, 2306:11,
2306:22, 2307:7,
2307:10, 2307:19,
2312:25, 2316:6,
2317:9, 2317:11,
2318:18, 2318:19,
2319:21, 2324:24,
2326:15, 2330:24,
2334:15, 2334:22,
2335:1, 2337:5,
2341:21, 2341:24,
2347:20, 2349:6,
2353:20, 2360:5,
2361:1, 2361:9,
2361:18, 2375:16,
2378:14, 2378:15,
2379:13
    NUDGE [1] - 2368:9
    NUMBER [16] -
2291:21, 2292:9,
2299:7, 2305:6,
2314:20, 2314:23,
2315:3, 2315:11,
2315:18, 2319:10,
2346:22, 2355:23,
2366:11, 2367:6,
2377:9
    NUMBERED [2] -
2313:19, 2384:10

    NUMBERS [5] -
2292:9, 2339:1,
2348:10, 2352:10,
2377:8
    NY [1] - 2288:24

## O

    O [4] - 2288:2,
2288:19, 2289:12,
2291:1
    O'BRIEN [1] -
2288:23
    O'CLOCK [8] -
2361:18, 2363:23,
2371:6, 2371:14,
2371:15, 2373:25,
2374:14, 2376:9
    O'DONNELL [3] -
2287:12, 2287:13,
2383:6
    OAK [1] - 2287:23
    OBJECT [1] - 2343:8
    OBSERVATION [1] -
2368:13
    OBSERVATIONS [1]
- 2373:17
    OBSERVED [2] -
2353:11, 2367:12
    OBVIOUSLY [4] -
2292:11, 2325:13,
2326:7, 2370:13
    OCCURRED [11] -
2294:7, 2349:15,
2350:13, 2359:12,
2359:14, 2360:24,
2371:5, 2371:7,
2371:8, 2373:18,
2376:8
    OCCURRENCE [1] -
2344:19
    OCCURS [1] -
2362:12
    OCEANOGRAPHIC
[1] - 2367:22
    ODD [1] - 2316:13
    OF [445] - 2287:1,
2287:5, 2287:7,
2287:16, 2288:18,
2289:4, 2291:9,
2292:1, 2292:12,
2292:17, 2292:19,
2293:23, 2294:8,
2294:15, 2294:21,
2294:22, 2294:23,
2295:5, 2295:6,
2295:24, 2295:25,
2296:7, 2296:9,
2296:17, 2297:1,
2297:10, 2297:15,
2297:18, 2297:19,

2297:21, 2297:22,
2297:23, 2297:24,
2297:25, 2298:1,
2298:4, 2298:8,
2298:10, 2298:17,
2298:20, 2299:9,
2299:16, 2299:18,
2299:24, 2300:3,
2300:16, 2300:17,
2300:18, 2300:20,
2300:22, 2301:5,
2301:9, 2301:23,
2302:9, 2302:10,
2302:15, 2302:19,
2302:20, 2302:24,
2303:13, 2303:15,
2303:16, 2304:5,
2304:18, 2305:6,
2305:16, 2305:25,
2306:15, 2306:24,
2307:7, 2307:14,
2307:15, 2307:16,
2307:24, 2308:2,
2308:3, 2308:19,
2308:21, 2308:24,
2309:3, 2309:4,
2309:7, 2309:23,
2310:5, 2310:8,
2310:10, 2310:11,
2310:16, 2310:18,
2310:24, 2311:7,
2311:25, 2312:2,
2312:6, 2312:7,
2312:10, 2312:15,
2313:14, 2313:16,
2313:17, 2313:22,
2313:24, 2313:25,
2314:3, 2314:21,
2315:3, 2315:9,
2315:11, 2315:14,
2315:15, 2315:17,
2315:22, 2316:1,
2316:7, 2316:10,
2316:11, 2316:12,
2316:13, 2316:24,
2317:5, 2317:13,
2317:15, 2317:25,
2318:7, 2319:4,
2319:15, 2320:1,
2320:2, 2320:16,
2320:24, 2321:1,
2321:3, 2321:9,
2321:18, 2321:19,
2322:1, 2322:13,
2323:4, 2323:7,
2323:8, 2323:15,
2323:16, 2323:17,
2323:19, 2323:21,
2323:23, 2323:25,
2324:1, 2324:3,
2324:4, 2324:7,

2324:8, 2324:11, 2324:15, 2324:17, 2325:13, 2326:8, 2326:25, 2327:3, 2327:6, 2327:15, 2327:17, 2328:10, 2328:14, 2329:7, 2329:13, 2329:17, 2330:7, 2330:8, 2330:9, 2330:12, 2330:13, 2330:17, 2331:17, 2331:21, 2332:16, 2333:14, 2333:17, 2333:18, 2333:22, 2334:1, 2334:7, 2334:16, 2334:19, 2335:6, 2335:10, 2335:12, 2335:14, 2335:15, 2335:23, 2335:24, 2335:25, 2336:15, 2337:23, 2338:3, 2338:5, 2338:8, 2338:17, 2339:4, 2339:5, 2339:8, 2339:21, 2340:4, 2340:18, 2340:22, 2340:24, 2341:2, 2341:3, 2341:6, 2341:11, 2341:14, 2341:16, 2341:17, 2343:3, 2343:10, 2343:19, 2344:2, 2344:12, 2344:16, 2344:17, 2344:18, 2344:19, 2344:21, 2345:3, 2345:8, 2346:7, 2346:16, 2347:8, 2347:11, 2347:12, 2347:17, 2347:19, 2348:9, 2348:15, 2349:1, 2349:3, 2349:14, 2349:15, 2349:16, 2349:17, 2349:18, 2349:23, 2350:7, 2350:10, 2350:13, 2350:14, 2350:19, 2350:22, 2351:14, 2351:19, 2351:23, 2351:25, 2352:8, 2353:3, 2353:4, 2353:10, 2355:4, 2355:7, 2355:8, 2355:9, 2355:13, 2355:14, 2355:17, 2355:23, 2355:24, 2356:2, 2356:15, 2356:20, 2356:21, 2356:23, 2356:24, 2357:1, 2357:4,

2357:10, 2357:22, 2357:23, 2357:25, 2358:1, 2358:8, 2358:9, 2358:13, 2358:14, 2358:18, 2358:19, 2359:2, 2359:5, 2359:8, 2359:9, 2359:11, 2359:12, 2359:14, 2359:16, 2359:17, 2359:18, 2359:20, 2360:23, 2361:5, 2361:12, 2361:19, 2361:20, 2361:21, 2361:23, 2362:5, 2362:22, 2363:12, 2363:14, 2363:18, 2363:19, 2364:16, 2365:1, 2365:9, 2365:15, 2366:1, 2366:6, 2366:11, 2366:16, 2366:19, 2366:23, 2366:24, 2366:25, 2367:7, 2367:8, 2367:9, 2367:18, 2367:24, 2367:25, 2368:10, 2368:12, 2369:7, 2369:10, 2370:19, 2370:23, 2371:7, 2371:9, 2371:11, 2371:13, 2371:15, 2371:20, 2371:25, 2372:23, 2373:8, 2373:23, 2374:1, 2374:2, 2374:13, 2374:20, 2374:23, 2374:24, 2375:1, 2375:5, 2375:12, 2375:13, 2375:19, 2375:21, 2376:3, 2376:7, 2376:25, 2377:15, 2377:17, 2377:18, 2377:23, 2377:24, 2378:14, 2378:18, 2378:19, 2378:21, 2379:4, 2379:5, 2379:16, 2379:24, 2380:1, 2380:3, 2380:4, 2380:6, 2380:8, 2380:12, 2380:13, 2380:14, 2380:16, 2380:17, 2381:1, 2381:2, 2381:8, 2381:13, 2381:15, 2381:16, 2381:17, 2383:1, 2383:3, 2383:4, 2383:7, 2383:10, 2383:15, 2383:16, 2383:20,

2384:7, 2384:8, 2384:9

**OFF** [7] - 2340:22, 2359:20, 2362:5, 2368:25, 2370:23, 2374:16

**OFFER** [1] - 2342:23
**OFFERED** [1] - 2343:7
**OFFICE** [3] - 2287:16, 2288:18, 2289:1
**OFFICIAL** [3] - 2289:15, 2384:6, 2384:15
**OFFSETTING** [2] - 2305:13, 2305:24
**OH** [7] - 2291:13, 2292:6, 2300:6, 2314:24, 2326:2, 2333:2, 2342:12
**OKAY** [74] - 2293:9, 2293:13, 2294:16, 2295:2, 2295:12, 2296:21, 2297:17, 2299:12, 2299:20, 2301:4, 2303:8, 2303:19, 2307:9, 2309:2, 2309:17, 2312:25, 2313:2, 2313:20, 2314:19, 2315:4, 2315:6, 2315:9, 2315:19, 2316:18, 2317:3, 2317:8, 2317:9, 2317:21, 2318:5, 2318:15, 2318:17, 2321:6, 2321:7, 2321:10, 2322:11, 2325:4, 2326:14, 2326:24, 2327:11, 2327:18, 2328:9, 2328:23, 2329:17, 2334:22, 2335:10, 2336:19, 2338:19, 2340:3, 2340:24, 2341:13, 2343:2, 2345:25, 2346:25, 2347:1, 2347:4, 2347:13, 2347:18, 2351:10, 2354:10, 2354:14, 2356:10, 2358:2, 2360:21, 2363:2, 2371:25, 2372:3, 2373:21, 2374:10, 2374:17, 2377:21, 2378:8, 2383:10, 2383:17
**ON** [144] - 2291:8, 2291:21, 2292:23,

2293:8, 2294:5, 2294:22, 2295:4, 2295:19, 2295:24, 2296:7, 2296:12, 2297:1, 2297:2, 2297:12, 2297:19, 2299:11, 2299:23, 2300:3, 2300:13, 2300:18, 2300:22, 2301:13, 2301:16, 2301:19, 2302:20, 2302:24, 2304:18, 2305:5, 2307:16, 2309:4, 2309:6, 2309:9, 2309:10, 2309:24, 2310:2, 2310:17, 2311:12, 2311:20, 2312:2, 2312:3, 2312:10, 2312:11, 2313:12, 2313:24, 2316:5, 2318:3, 2321:11, 2321:15, 2322:4, 2322:16, 2322:21, 2324:19, 2328:7, 2330:10, 2331:18, 2331:20, 2332:1, 2332:9, 2332:21, 2333:15, 2333:22, 2337:3, 2337:5, 2337:16, 2337:20, 2337:23, 2338:8, 2339:10, 2339:14, 2339:25, 2341:3, 2341:5, 2341:8, 2342:22, 2343:3, 2343:14, 2343:19, 2344:20, 2345:4, 2345:6, 2345:10, 2346:25, 2347:22, 2348:3, 2348:24, 2349:14, 2350:7, 2350:10, 2350:13, 2350:16, 2350:23, 2352:7, 2352:25, 2353:18, 2354:1, 2355:3, 2355:7, 2355:14, 2355:18, 2355:24, 2356:14, 2356:17, 2356:24, 2357:11, 2357:19, 2357:24, 2359:13, 2360:23, 2362:22, 2363:5, 2363:14, 2364:19, 2365:6, 2365:7, 2365:18, 2365:19, 2366:21, 2366:25, 2367:2, 2367:13, 2367:23, 2368:12, 2368:20, 2369:12, 2369:24,

2371:2, 2371:23, 2372:21, 2373:10, 2373:19, 2374:1, 2374:13, 2376:22, 2377:1, 2377:2, 2377:8, 2378:12, 2378:22, 2380:7, 2382:23, 2383:21
**ONCE** [2] - 2346:5, 2347:20
**ONE** [72] - 2291:14, 2291:16, 2293:11, 2294:23, 2294:25, 2297:21, 2304:5, 2306:3, 2310:18, 2310:24, 2313:5, 2314:11, 2314:25, 2315:1, 2315:5, 2320:8, 2320:11, 2322:10, 2324:25, 2327:10, 2327:13, 2329:13, 2330:24, 2331:2, 2332:8, 2332:14, 2332:23, 2338:10, 2338:25, 2339:7, 2342:22, 2343:9, 2343:24, 2345:25, 2346:1, 2346:23, 2347:14, 2348:14, 2351:10, 2352:6, 2352:9, 2354:20, 2354:22, 2355:1, 2357:23, 2358:10, 2359:18, 2360:21, 2365:1, 2365:4, 2366:11, 2366:25, 2370:20, 2370:21, 2370:23, 2373:15, 2374:15, 2377:11, 2377:18, 2378:12, 2378:19, 2380:18, 2381:13, 2381:15
**ONE-FOURTH** [1] - 2304:5
**ONE-THIRD** [1] - 2304:5
**ONES** [1] - 2359:1
**ONLY** [15] - 2297:15, 2297:21, 2311:8, 2339:20, 2340:5, 2340:25, 2341:2, 2345:25, 2347:14, 2366:13, 2366:16, 2370:20, 2370:21, 2372:7, 2374:25
**ONTO** [2] - 2307:4, 2308:3
**OP-15** [1] - 2340:2
**OPEN** [4] - 2301:9,

2302:9, 2342:18, 2380:3

**OPEN-WATER** [1] - 2302:9

**OPENING** [1] - 2314:16

**OPENINGS** [4] - 2300:15, 2303:12, 2305:6, 2306:8

**OPERATOR** [1] - 2373:17

**OPINION** [27] - 2294:17, 2294:19, 2295:4, 2295:24, 2305:18, 2305:19, 2305:21, 2306:1, 2306:3, 2306:4, 2308:8, 2308:10, 2308:11, 2308:13, 2311:4, 2311:19, 2321:15, 2338:8, 2342:3, 2342:6, 2342:23, 2343:8, 2343:10, 2351:4, 2358:23, 2377:16

**OPINIONS** [2] - 2322:21, 2322:25

**OPPOSING** [1] - 2291:12

**OPPOSITE** [1] - 2309:10

**OPTIONS** [1] - 2380:8

**OR** [67] - 2293:15, 2295:3, 2295:4, 2295:10, 2296:6, 2297:11, 2298:1, 2298:3, 2305:7, 2305:17, 2307:25, 2308:13, 2311:4, 2311:6, 2311:12, 2315:1, 2316:14, 2318:1, 2320:18, 2320:20, 2320:24, 2322:4, 2323:5, 2324:10, 2324:16, 2327:20, 2327:23, 2329:23, 2329:24, 2335:11, 2335:21, 2337:23, 2338:17, 2339:11, 2341:19, 2341:23, 2342:5, 2342:7, 2342:23, 2342:24, 2343:11, 2343:17, 2344:20, 2345:9, 2351:22, 2352:4, 2352:9, 2353:14, 2353:16, 2356:21, 2357:13, 2360:24, 2362:25,

2366:14, 2368:12, 2371:22, 2373:25, 2376:3, 2377:22, 2379:24, 2379:25, 2380:9, 2381:25, 2382:8

**ORDER** [4] - 2345:3, 2372:5, 2377:16, 2380:8

**ORDINARY** [2] - 2300:19, 2338:3

**ORIENT** [4] - 2314:20, 2317:1, 2319:8, 2320:7

**ORIENTATION** [1] - 2296:17

**ORIENTED** [1] - 2318:7

**ORIGINAL** [2] - 2353:14, 2353:16

**ORIGINATED** [2] - 2349:16, 2349:17

**ORLEANS** [28] - 2287:4, 2287:17, 2287:21, 2288:6, 2289:3, 2289:16, 2297:3, 2304:4, 2308:15, 2313:1, 2313:3, 2313:14, 2313:18, 2316:8, 2322:19, 2322:22, 2327:20, 2327:23, 2328:3, 2328:4, 2328:5, 2328:7, 2333:19, 2340:1, 2341:22, 2342:25, 2381:1, 2381:11

**OTHER** [29] - 2294:16, 2295:9, 2295:11, 2297:15, 2304:16, 2305:7, 2314:2, 2314:21, 2315:3, 2315:5, 2315:13, 2322:4, 2323:1, 2325:8, 2332:12, 2338:8, 2340:13, 2343:10, 2352:24, 2358:25, 2359:1, 2360:22, 2367:1, 2370:24, 2376:13, 2378:13, 2378:21, 2381:16, 2383:21

**OTHERS** [1] - 2297:23

**OUGHT** [1] - 2294:10

**OUR** [24] - 2297:8, 2298:10, 2302:15, 2312:10, 2319:22, 2323:20, 2328:13,

2328:20, 2337:15, 2340:4, 2340:5, 2344:9, 2349:7, 2349:21, 2350:2, 2350:14, 2351:12, 2351:14, 2351:15, 2351:23, 2357:4, 2367:9, 2376:4

**OURSELVES** [1] - 2314:20

**OUT** [30] - 2295:25, 2296:17, 2302:16, 2308:5, 2309:15, 2318:3, 2320:19, 2320:24, 2329:3, 2330:19, 2331:23, 2332:18, 2333:22, 2335:23, 2343:11, 2345:6, 2345:9, 2345:10, 2345:22, 2345:25, 2348:24, 2357:8, 2360:19, 2372:3, 2374:21, 2375:12, 2377:18, 2377:20, 2381:15, 2383:15

**OUTCOME** [1] - 2295:10

**OUTCOMES** [1] - 2295:5

**OUTLET** [1] - 2297:2

**OUTPUT** [2] - 2366:21, 2367:15

**OUTPUTS** [2] - 2368:4

**OVER** [28] - 2304:14, 2305:11, 2306:15, 2308:2, 2314:1, 2317:4, 2317:6, 2318:13, 2323:15, 2324:1, 2324:2, 2324:4, 2324:25, 2325:13, 2326:9, 2327:21, 2327:24, 2335:16, 2337:11, 2339:4, 2339:8, 2339:14, 2339:18, 2339:23, 2343:5, 2369:17

**OVERALL** [1] - 2294:21

**OVERFLOWS** [1] - 2320:13

**OVERTOPPED** [1] - 2316:15

**OVERTOPPING** [14] - 2315:11, 2316:13, 2320:6, 2320:8, 2321:10, 2323:11, 2323:20, 2324:6,

2324:10, 2325:16, 2326:4, 2339:11, 2376:8

**OWN** [9] - 2294:15, 2312:8, 2323:20, 2323:21, 2328:8, 2344:21, 2347:24, 2361:24, 2362:6

---

# P

**P** [5] - 2288:1, 2288:2, 2288:19, 2289:12, 2291:1

**P.M** [1] - 2373:16

**P.O** [1] - 2288:9

**PACKAGE** [1] - 2319:15

**PAGE** [38] - 2299:13, 2299:21, 2300:1, 2307:3, 2307:5, 2307:6, 2309:21, 2313:12, 2315:15, 2315:17, 2316:1, 2317:9, 2317:10, 2317:19, 2318:19, 2319:10, 2320:7, 2320:11, 2326:15, 2327:12, 2331:21, 2338:12, 2338:13, 2341:21, 2343:20, 2344:6, 2344:8, 2346:4, 2353:24, 2354:2, 2364:8, 2364:23, 2373:15, 2377:7, 2377:9

**PAGE/LINE** [1] - 2290:4

**PAGES** [1] - 2376:21

**PALMINTIER** [3] - 2288:14, 2288:15, 2288:15

**PAPER** [4] - 2310:13, 2310:15, 2321:25

**PAPERS** [1] - 2340:13

**PARAGRAPH** [22] - 2300:1, 2303:1, 2303:7, 2306:23, 2306:25, 2307:7, 2308:11, 2309:6, 2309:11, 2309:21, 2377:13, 2377:22, 2378:7, 2380:23, 2380:25, 2382:20, 2382:21, 2382:23, 2382:25, 2383:5, 2383:6

**PARAGRAPHS** [1] - 2383:1

**PARAMETER** [1] -

2353:8

**PARISH** [2] - 2381:1, 2381:2

**PART** [8] - 2298:17, 2319:15, 2335:9, 2354:6, 2357:4, 2366:16, 2374:20, 2380:12

**PARTICIPATED** [1] - 2306:24

**PARTICULAR** [19] - 2295:20, 2299:10, 2316:11, 2326:11, 2333:17, 2333:23, 2337:4, 2338:24, 2341:9, 2341:15, 2344:20, 2351:14, 2352:2, 2353:18, 2356:1, 2356:4, 2356:6, 2357:3, 2364:20

**PARTICULARLY** [1] - 2304:12

**PARTIES** [1] - 2375:24

**PARTS** [2] - 2366:1, 2375:19

**PASSAGE** [1] - 2301:15

**PAST** [2] - 2299:24, 2310:20

**PATH** [1] - 2308:6

**PAUL** [2] - 2289:6, 2289:8

**PEAK** [73] - 2302:24, 2319:25, 2327:16, 2338:18, 2338:21, 2340:15, 2349:16, 2349:17, 2350:9, 2350:24, 2353:3, 2355:5, 2355:6, 2355:8, 2358:2, 2358:5, 2358:6, 2358:7, 2358:8, 2358:14, 2358:24, 2358:25, 2359:6, 2359:8, 2359:10, 2360:5, 2360:7, 2360:9, 2360:11, 2360:13, 2361:9, 2362:12, 2362:20, 2362:22, 2363:5, 2363:18, 2367:10, 2367:12, 2368:15, 2369:17, 2369:18, 2371:1, 2371:3, 2371:6, 2371:7, 2371:11, 2371:24, 2371:25, 2372:5, 2372:7, 2372:13,

2372:14, 2372:18, 2372:23, 2372:25, 2373:16, 2373:18, 2374:10, 2374:24, 2375:22, 2375:23, 2375:25, 2376:3

**PEAKS** [7] - 2358:19, 2359:13, 2359:14, 2359:19, 2359:25, 2366:3, 2370:14

**PENSACOLA** [1] - 2300:8

**PEOPLE** [2] - 2338:2, 2383:3

**PER** [8] - 2320:13, 2323:12, 2323:25, 2324:7, 2335:12

**PERCENT** [12] - 2364:19, 2364:21, 2364:22, 2367:3, 2367:4, 2367:5, 2368:15, 2368:20, 2368:21, 2369:6, 2369:7, 2369:11

**PERHAPS** [6] - 2331:22, 2332:1, 2341:18, 2351:6, 2373:20

**PERMANENT** [1] - 2380:1

**PERSON** [4] - 2294:20, 2348:23, 2363:25

**PERSONAL** [1] - 2295:24

**PERSONALLY** [2] - 2336:14, 2336:22

**PERTINENT** [1] - 2299:17

**PETER** [1] - 2289:10

**PHASE** [1] - 2311:11

**PHILEN** [1] - 2289:2

**PHOTO** [1] - 2293:4

**PHYSICALLY** [1] - 2354:5

**PICK** [1] - 2324:16

**PICTURE** [1] - 2331:9

**PIECE** [3] - 2292:2, 2337:16, 2358:16

**PIERCE** [1] - 2287:13

**PILE** [2] - 2293:2, 2293:6

**PILES** [2] - 2293:8, 2293:11

**PILING** [4] - 2293:4, 2335:24, 2358:9, 2382:18

**PLACE** [2] - 2304:10,

2382:9

**PLACED** [1] - 2366:20

**PLACES** [2] - 2367:10, 2372:6

**PLAINTIFF** [1] - 2287:12

**PLAINTIFFS'** [12] - 2330:2, 2343:16, 2344:25, 2353:12, 2355:25, 2360:23, 2370:1, 2371:12, 2371:16, 2372:7, 2374:21, 2375:7

**PLANETS** [1] - 2373:11

**PLAY** [2] - 2296:4, 2371:22

**PLAYER** [1] - 2294:23

**PLC** [1] - 2288:14

**PLEASE** [18] - 2291:5, 2295:22, 2298:24, 2299:14, 2300:1, 2300:5, 2307:6, 2312:17, 2318:18, 2322:12, 2342:4, 2342:19, 2346:6, 2346:17, 2346:24, 2347:9, 2368:11, 2375:10

**PLENTY** [1] - 2304:18

**PLOTS** [1] - 2365:25

**PLOTTING** [1] - 2362:1

**PLUS** [5] - 2316:13, 2338:19, 2338:20, 2338:25

**POINT** [41] - 2293:14, 2318:11, 2320:22, 2324:4, 2324:12, 2324:13, 2324:16, 2324:17, 2324:24, 2324:25, 2325:4, 2325:5, 2325:7, 2325:13, 2329:3, 2330:19, 2330:23, 2331:2, 2331:5, 2331:11, 2331:23, 2331:24, 2332:17, 2333:16, 2335:13, 2340:17, 2340:18, 2342:10, 2342:11, 2346:6, 2346:17, 2346:20, 2354:1, 2366:11, 2372:6, 2374:21, 2376:13, 2376:16, 2378:22, 2380:17

**POINTED** [2] - 2302:15, 2332:17

**POINTS** [2] - 2313:17, 2327:4

**POLDER** [20] - 2294:25, 2313:5, 2313:10, 2313:15, 2313:18, 2313:23, 2315:14, 2316:9, 2316:11, 2321:4, 2322:16, 2327:20, 2327:22, 2327:24, 2328:8, 2330:14, 2330:18, 2333:22, 2333:25, 2353:6

**POLDERS** [3] - 2313:3, 2313:8, 2371:10

**PONTCHARTRAIN** [25] - 2305:12, 2349:15, 2350:8, 2354:6, 2355:4, 2355:8, 2355:14, 2356:1, 2356:5, 2356:24, 2357:10, 2357:19, 2357:22, 2357:25, 2359:1, 2359:13, 2372:22, 2374:2, 2378:2, 2378:12, 2378:17, 2378:20, 2379:6, 2379:16, 2381:16

**PORTION** [1] - 2299:18

**POSITIVE** [4] - 2339:13, 2340:6, 2340:10, 2340:14

**POSSIBLE** [2] - 2307:16, 2354:5

**POSSIBLY** [2] - 2348:10, 2374:11

**POTENTIAL** [7] - 2297:19, 2298:1, 2302:20, 2307:15, 2309:4, 2310:16, 2311:24

**POURED** [1] - 2322:1

**POYDRAS** [2] - 2288:5, 2289:16

**PRE** [2] - 2345:20, 2357:18

**PRE-MRGO** [1] - 2345:20

**PRECISELY** [1] - 2295:9

**PREDECESSOR** [1] - 2307:12

**PREDICT** [3] - 2308:21, 2344:17,

2369:6

**PREDICTION** [3] - 2368:9, 2369:10

**PREDICTIONS** [1] - 2367:7

**PREFER** [2] - 2294:14, 2337:6

**PREPARE** [1] - 2322:5

**PREPARED** [3] - 2291:10, 2382:4, 2382:8

**PRESENCE** [4] - 2295:5, 2335:12, 2380:3, 2380:16

**PRESENT** [3] - 2289:1, 2299:17, 2339:15

**PRESENTED** [1] - 2346:11

**PRESENTLY** [1] - 2380:11

**PRESUME** [1] - 2348:5

**PRESUMING** [1] - 2348:2

**PRETTY** [1] - 2296:21

**PREVENT** [3] - 2379:23, 2380:5

**PREVENTED** [1] - 2342:25

**PREVIOUS** [2] - 2309:6, 2317:1

**PRIMARILY** [2] - 2295:25, 2360:23

**PRIOR** [1] - 2364:14

**PROBABLY** [10] - 2302:23, 2305:23, 2311:18, 2337:22, 2341:18, 2350:25, 2352:1, 2374:22, 2376:24, 2383:9

**PROBLEM** [15] - 2293:5, 2303:23, 2303:25, 2306:13, 2341:14, 2352:24, 2354:11, 2354:12, 2354:19, 2356:20, 2357:4, 2357:24, 2367:17, 2380:19

**PROCEEDINGS** [3] - 2287:7, 2289:18, 2384:9

**PROCESS** [3] - 2294:23, 2295:1, 2310:11

**PRODUCE** [2] - 2335:25, 2367:25

**PRODUCED** [3] -

2289:19, 2298:10, 2300:19

**PROFESSIONAL** [1] - 2344:23

**PROFESSOR** [10] - 2313:12, 2313:16, 2313:21, 2317:11, 2321:2, 2325:9, 2325:12, 2330:11, 2333:17, 2334:4

**PROGRESSIVELY** [1] - 2304:3

**PROJECT** [4] - 2298:11, 2299:14, 2300:18, 2304:10

**PROMISE** [1] - 2319:15

**PROPAGATED** [5] - 2304:25, 2305:2, 2305:16, 2307:16, 2307:23

**PROPAGATES** [1] - 2305:9

**PROPAGATING** [2] - 2308:20, 2382:18

**PROPER** [1] - 2362:6

**PROPERLY** [1] - 2362:3

**PROPERTIES** [2] - 2341:17, 2345:9

**PROPORTION** [1] - 2366:6

**PROPORTIONAL** [1] - 2366:5

**PROPOSE** [1] - 2345:1

**PROPOSED** [1] - 2300:3

**PROTECTION** [6] - 2297:12, 2298:2, 2319:12, 2380:6, 2380:9, 2380:25

**PROVIDE** [2] - 2378:1, 2378:4

**PROVIDED** [3] - 2294:17, 2294:19, 2304:16

**PULL** [1] - 2318:10

**PUMP** [9] - 2318:5, 2318:7, 2318:9, 2320:16, 2321:1, 2333:22, 2334:1, 2340:2, 2340:4

**PUMPING** [1] - 2340:24

**PUNCH** [1] - 2371:22

**PURPOSE** [5] - 2299:15, 2299:16, 2305:7, 2383:15

**PUSH** [2] - 2345:2,

2371:10
**PUSHED** [2] - 2336:4, 2372:15
**PUSHING** [1] - 2339:23
**PUT** [9] - 2294:22, 2299:11, 2301:15, 2341:5, 2364:23, 2367:1, 2367:8, 2376:8, 2383:13
**PX** [11] - 2291:22, 2295:16, 2298:4, 2313:9, 2315:17, 2317:9, 2341:21, 2343:19, 2373:15, 2376:20

## Q

**QUALITY** [2] - 2353:3, 2367:8
**QUESTION** [44] - 2295:18, 2295:22, 2296:9, 2297:17, 2301:13, 2301:17, 2301:19, 2301:22, 2309:20, 2310:10, 2312:17, 2312:20, 2322:20, 2324:14, 2324:19, 2334:13, 2337:7, 2337:8, 2337:12, 2338:9, 2338:10, 2339:6, 2342:22, 2352:9, 2353:16, 2356:11, 2359:22, 2360:1, 2360:3, 2370:11, 2372:8, 2372:11, 2375:9, 2375:10, 2375:11, 2375:15, 2380:18, 2381:20, 2382:4, 2382:9
**QUESTIONS** [5] - 2337:2, 2345:1, 2345:3, 2347:24, 2362:8
**QUICKLY** [1] - 2340:24
**QUITE** [14] - 2313:24, 2314:2, 2332:22, 2345:8, 2350:8, 2351:25, 2358:15, 2365:21, 2365:23, 2368:14, 2369:7, 2372:21, 2376:13, 2382:6

## R

**R** [4] - 2287:8,

2288:23, 2289:11, 2291:1
**RAIL** [3] - 2314:4, 2314:7, 2314:15
**RAILROAD** [3] - 2314:6, 2314:21, 2315:3
**RAIN** [1] - 2305:21
**RAINFALL** [1] - 2305:11
**RAINWATER** [1] - 2305:14
**RAISE** [2] - 2320:17, 2380:9
**RAN** [2] - 2351:22, 2352:8
**RANGE** [2] - 2351:1, 2365:25
**RATE** [11] - 2321:10, 2323:11, 2323:15, 2323:25, 2324:6, 2324:10, 2325:16, 2326:4, 2327:9, 2374:13
**RATED** [1] - 2323:21
**RATES** [1] - 2320:6
**RATHER** [3] - 2358:24, 2361:24, 2368:4
**REACH** [49] - 2295:8, 2298:17, 2298:18, 2299:5, 2300:9, 2309:24, 2310:2, 2312:2, 2312:5, 2316:25, 2317:2, 2318:12, 2319:21, 2320:12, 2323:8, 2324:16, 2327:4, 2327:21, 2330:8, 2330:15, 2333:17, 2335:7, 2335:8, 2335:24, 2343:21, 2345:11, 2357:8, 2358:10, 2368:20, 2369:4, 2369:5, 2372:1, 2372:4, 2372:14, 2372:16, 2376:10, 2377:23, 2377:25, 2378:10, 2378:18, 2378:19, 2378:23, 2379:5, 2379:9, 2379:25, 2381:14
**REACHED** [4] - 2308:14, 2309:3, 2309:8, 2350:23
**REACHING** [1] - 2379:24
**READ** [22] - 2299:23, 2300:5, 2303:5,

2303:6, 2306:25, 2307:4, 2307:9, 2308:11, 2309:10, 2312:20, 2312:21, 2326:21, 2326:22, 2333:5, 2346:7, 2347:17, 2375:18, 2377:22, 2378:5, 2378:7
**READING** [1] - 2307:3
**READS** [3] - 2300:7, 2303:8, 2307:1
**REAL** [1] - 2322:20
**REALITY** [1] - 2382:3
**REALLY** [18] - 2293:15, 2294:24, 2316:23, 2321:3, 2322:16, 2330:10, 2334:3, 2336:25, 2347:22, 2351:13, 2352:21, 2353:2, 2353:7, 2356:15, 2357:19, 2367:18, 2369:9, 2371:8
**REALTIME** [1] - 2375:13
**REASON** [10] - 2294:15, 2332:16, 2341:15, 2350:12, 2358:21, 2358:22, 2372:7, 2380:24, 2382:15, 2382:17
**REASONABLE** [5] - 2311:10, 2315:7, 2373:6, 2373:7, 2373:8
**REASONING** [1] - 2370:24
**REBOUND** [2] - 2358:7, 2359:10
**REBOUNDING** [3] - 2349:17, 2355:9, 2358:13
**RECALL** [12] - 2297:3, 2298:3, 2310:18, 2320:20, 2320:24, 2328:20, 2345:18, 2346:1, 2351:23, 2355:2, 2376:25, 2380:7
**RECALLING** [1] - 2345:23
**RECEIVED** [1] - 2293:15
**RECESS** [4] - 2342:11, 2342:15, 2342:17, 2383:25
**RECOLLECTION** [1] - 2312:1

**RECOMMENDED** [2] - 2357:3, 2382:10
**RECOMMENDS** [1] - 2382:25
**RECORD** [12] - 2291:11, 2292:11, 2302:18, 2327:13, 2346:15, 2346:19, 2360:7, 2373:15, 2375:19, 2376:1, 2376:2, 2384:9
**RECORDED** [1] - 2289:18
**RECORDS** [2] - 2299:23, 2299:25
**RED** [1] - 2292:15
**REDUCE** [7] - 2318:22, 2320:12, 2339:3, 2339:17, 2349:9, 2359:6
**REDUCED** [3] - 2316:17, 2339:7, 2379:25
**REDUCES** [1] - 2343:22
**REDUCTION** [3] - 2329:1, 2330:7, 2331:4
**REEVALUATION** [1] - 2311:17
**REFER** [2] - 2318:11, 2381:2
**REFERENCE** [3] - 2310:24, 2348:9, 2362:23
**REFERENCED** [2] - 2311:21, 2364:10
**REFERRING** [2] - 2309:15, 2353:14
**REFLECT** [3] - 2292:13, 2374:18, 2375:11
**REFLECTED** [1] - 2353:3
**REFRACTED** [1] - 2308:3
**REGARD** [2] - 2310:7, 2345:4
**REGARDING** [1] - 2298:10
**REGARDLESS** [2] - 2357:23, 2380:16
**REGARDS** [1] - 2313:3
**REGION** [4] - 2333:17, 2341:10, 2369:5, 2377:25
**RELATE** [2] - 2382:19, 2383:4
**RELATES** [1] -

2323:14
**RELATING** [1] - 2294:21
**RELATIONSHIP** [1] - 2362:6
**RELATIVE** [1] - 2310:16
**RELEVANCE** [4] - 2293:18, 2375:20, 2375:21, 2375:22
**RELIED** [3] - 2351:13, 2355:24, 2360:22
**RELY** [1] - 2332:1
**REMAIN** [1] - 2303:14
**REMAINDER** [1] - 2307:7
**REMAINS** [1] - 2371:9
**REMEMBER** [6] - 2292:20, 2314:8, 2314:14, 2322:12, 2324:3, 2348:10
**REMOVED** [4] - 2328:21, 2336:18, 2345:24, 2355:22
**REMOVING** [1] - 2382:6
**RENDER** [1] - 2343:9
**RENDERED** [1] - 2343:10
**REPEAT** [1] - 2372:11
**REPORT** [27] - 2295:4, 2297:8, 2311:2, 2311:5, 2315:16, 2322:1, 2326:20, 2326:21, 2327:2, 2331:6, 2334:4, 2338:12, 2342:23, 2344:7, 2344:8, 2344:12, 2345:13, 2348:2, 2350:22, 2352:11, 2352:18, 2352:22, 2361:17, 2361:24, 2362:6, 2364:9
**REPORTED** [1] - 2345:15
**REPORTER** [4] - 2289:15, 2312:21, 2384:6, 2384:15
**REPORTER'S** [1] - 2384:4
**REPORTS** [1] - 2310:15
**REPRESENT** [5] - 2313:25, 2321:5, 2321:18, 2321:20,

2326:4
 **REPRESENTED** [3] -
2314:3, 2325:12,
2342:9
 **REPRESENTS** [4] -
2292:12, 2323:23,
2326:2, 2342:6
 **RESEARCH** [1] -
2307:12
 **RESIO** [3] - 2294:16,
2366:20
 **RESOLUTION** [4] -
2332:24, 2350:14,
2350:15
 **RESOLVE** [3] -
2305:14, 2350:12,
2350:15
 **RESPOND** [1] -
2313:8
 **RESPONSE** [3] -
2336:22, 2341:20,
2357:9
 **RESPONSES** [1] -
2294:8
 **REST** [2] - 2319:16,
2366:19
 **RESTATE** [1] -
2295:22
 **RESTORED** [1] -
2330:4
 **RESULT** [8] -
2348:24, 2353:3,
2367:11, 2368:7,
2370:8, 2375:12,
2378:14, 2379:4
 **RESULTS** [16] -
2325:1, 2333:24,
2344:5, 2344:6,
2344:15, 2344:21,
2344:24, 2344:25,
2348:5, 2352:17,
2353:11, 2353:13,
2353:16, 2358:1,
2360:23
 **RETRIEVE** [1] -
2366:22
 **RETURNED** [1] -
2328:21
 **REVIEWS** [2] -
2299:6, 2313:20
 **RICHARD** [1] -
2289:11
 **RIGHT** [153] -
2291:15, 2292:2,
2292:3, 2292:24,
2293:20, 2294:4,
2294:6, 2294:11,
2295:3, 2295:7,
2297:9, 2298:13,
2298:16, 2299:4,

2299:7, 2299:13,
2299:19, 2300:4,
2301:24, 2302:25,
2303:24, 2304:15,
2305:5, 2305:7,
2305:14, 2305:22,
2306:22, 2307:10,
2307:15, 2307:17,
2307:21, 2307:25,
2308:15, 2310:3,
2310:17, 2310:25,
2311:3, 2311:17,
2313:5, 2313:21,
2314:6, 2314:13,
2314:16, 2314:21,
2315:10, 2315:12,
2316:23, 2316:25,
2317:2, 2317:5,
2317:9, 2317:16,
2317:25, 2319:6,
2319:17, 2319:24,
2320:9, 2320:14,
2320:23, 2322:3,
2322:14, 2323:2,
2323:13, 2324:9,
2324:13, 2325:20,
2326:14, 2326:19,
2327:6, 2328:9,
2328:12, 2329:7,
2329:12, 2329:14,
2331:3, 2331:18,
2333:21, 2334:8,
2334:17, 2335:2,
2335:7, 2336:13,
2337:21, 2338:22,
2339:9, 2339:19,
2340:1, 2340:5,
2340:16, 2340:17,
2340:20, 2340:23,
2340:24, 2341:1,
2341:15, 2341:23,
2341:24, 2342:13,
2343:12, 2343:22,
2344:10, 2344:14,
2347:14, 2347:19,
2348:17, 2349:4,
2349:19, 2350:13,
2350:18, 2352:25,
2354:14, 2354:23,
2356:12, 2357:6,
2357:11, 2360:12,
2362:2, 2363:7,
2363:9, 2365:2,
2365:4, 2365:13,
2365:16, 2367:15,
2368:5, 2369:2,
2369:24, 2371:2,
2371:3, 2372:17,
2372:24, 2373:24,
2374:11, 2374:20,
2376:2, 2376:12,

2376:18, 2377:5,
2378:14, 2378:18,
2378:23, 2379:6,
2379:14, 2379:18,
2379:20, 2380:5,
2380:12, 2380:23,
2381:10, 2382:25
 **RIGHT-HAND** [3] -
2291:15, 2292:3,
2340:23
 **RISE** [7] - 2342:16,
2342:19, 2365:18,
2365:19, 2373:19,
2374:13, 2383:24
 **RIVER** [2] - 2297:2,
2346:16
 **ROBERT** [1] - 2289:1
 **ROBIN** [1] - 2289:10
 **ROBINSON** [1] -
2287:2
 **ROLE** [2] - 2296:21,
2344:19
 **ROLL** [3] - 2301:8,
2302:8, 2309:22
 **ROOM** [1] - 2289:16
 **ROUGE** [2] -
2288:10, 2288:16
 **ROUGHLY** [2] -
2366:16, 2371:5
 **ROUND** [1] - 2345:22
 **ROUTE** [1] - 2299:23
 **ROW** [1] - 2338:24
 **ROY** [2] - 2288:1,
2288:1
 **RPR** [2] - 2289:15,
2384:14
 **RUN** [3] - 2352:4,
2352:5, 2352:10
 **RUPERT** [1] - 2289:9

## S

 **S** [4] - 2289:4,
2289:7, 2291:1,
2355:20
 **S.W** [1] - 2288:12
 **SAFE** [1] - 2326:5
 **SAID** [47] - 2297:20,
2304:20, 2305:5,
2305:17, 2309:14,
2312:11, 2315:3,
2316:8, 2325:9,
2325:21, 2334:7,
2334:9, 2341:4,
2343:9, 2345:7,
2347:16, 2347:17,
2347:22, 2354:2,
2354:3, 2354:7,
2354:12, 2354:25,
2356:13, 2356:15,
2356:16, 2356:17,

2357:21, 2358:4,
2359:8, 2360:11,
2360:13, 2360:22,
2361:9, 2363:24,
2367:3, 2370:6,
2370:9, 2370:10,
2370:15, 2370:16,
2370:17, 2370:18,
2372:10, 2375:5
 **SALINITIES** [6] -
2303:12, 2303:25,
2304:4, 2304:11,
2304:14, 2304:20
 **SALINITY** [13] -
2303:2, 2303:17,
2303:23, 2304:2,
2304:17, 2304:25,
2305:2, 2305:8,
2305:13, 2305:14,
2305:16, 2306:9,
2306:12
 **SALT** [2] - 2304:7,
2310:3
 **SAME** [15] - 2315:17,
2320:9, 2324:24,
2325:4, 2341:20,
2346:18, 2351:5,
2354:20, 2354:21,
2365:25, 2366:1,
2369:3, 2372:5,
2372:6, 2372:17
 **SARAH** [1] - 2289:11
 **SATELLITE** [1] -
2293:4
 **SAW** [6] - 2311:7,
2330:11, 2343:6,
2348:22, 2355:23,
2367:11
 **SAY** [26] - 2306:17,
2312:22, 2313:7,
2313:17, 2317:17,
2322:1, 2325:15,
2326:25, 2331:13,
2341:2, 2348:23,
2353:13, 2358:12,
2360:7, 2363:19,
2370:12, 2372:9,
2373:21, 2377:22,
2377:23, 2379:3,
2379:8, 2379:23,
2380:25, 2382:1
 **SAYING** [8] - 2304:8,
2304:10, 2306:11,
2306:13, 2308:23,
2315:1, 2354:3,
2382:7
 **SAYS** [21] - 2299:22,
2300:4, 2301:7,
2304:1, 2304:4,
2305:5, 2306:20,

2306:21, 2309:22,
2310:15, 2330:9,
2331:21, 2337:12,
2346:7, 2346:15,
2346:16, 2347:12,
2347:19, 2351:4,
2373:21, 2378:14
 **SCALE** [2] - 2367:2,
2378:25
 **SCALED** [6] -
2361:11, 2364:16,
2365:15, 2367:3,
2368:18, 2371:2
 **SCALING** [8] -
2360:10, 2361:16,
2364:15, 2364:19,
2367:12, 2367:16,
2367:17, 2368:23
 **SCENARIO** [14] -
2319:2, 2319:3,
2319:4, 2319:22,
2320:1, 2320:20,
2320:25, 2326:2,
2326:3, 2326:10,
2336:17
 **SCENARIOS** [7] -
2317:13, 2321:18,
2326:10, 2327:16,
2349:3, 2350:25,
2352:2
 **SCHEME** [2] -
2329:4, 2375:21
 **SCIENTIFIC** [1] -
2338:3
 **SCREEN** [5] -
2292:1, 2299:11,
2343:19, 2354:1,
2357:11
 **SE** [1] - 2335:12
 **SEATED** [2] -
2291:5, 2342:20
 **SEAWAY** [1] -
2299:18
 **SECOND** [20] -
2291:15, 2320:13,
2323:12, 2324:7,
2349:17, 2350:9,
2352:24, 2353:3,
2354:8, 2354:11,
2354:12, 2354:19,
2355:5, 2355:8,
2358:12, 2358:14,
2358:19, 2359:10,
2382:20
 **SECTION** [8] -
2299:22, 2314:2,
2314:8, 2320:20,
2323:15, 2376:19,
2378:1, 2379:4
 **SECTIONS** [1] -

2379:24

**SEE** [54] - 2291:13, 2291:23, 2292:4, 2292:14, 2292:25, 2293:4, 2293:17, 2298:13, 2299:4, 2300:15, 2313:13, 2314:1, 2314:5, 2314:23, 2315:21, 2315:23, 2316:5, 2318:20, 2320:21, 2322:23, 2327:15, 2328:11, 2331:3, 2331:4, 2331:25, 2332:4, 2334:22, 2336:10, 2343:21, 2344:2, 2346:5, 2346:15, 2349:6, 2351:24, 2352:13, 2353:11, 2354:1, 2355:4, 2355:8, 2358:14, 2362:23, 2362:24, 2365:23, 2366:3, 2368:2, 2368:8, 2370:18, 2370:20, 2374:1, 2375:23, 2376:18, 2377:20, 2379:3

**SEEING** [1] - 2366:16

**SEEM** [2] - 2308:1, 2322:22

**SEEMED** [3] - 2311:11, 2369:22, 2380:7

**SEEMS** [3] - 2308:12, 2348:2, 2369:23

**SEEN** [7] - 2291:12, 2295:17, 2299:10, 2316:6, 2327:7, 2355:6, 2377:11

**SEGMENT** [2] - 2298:19, 2304:4

**SENSE** [5] - 2308:6, 2331:7, 2333:8, 2350:24, 2356:3

**SENTENCE** [10] - 2301:7, 2302:6, 2302:14, 2303:10, 2303:11, 2304:10, 2341:7, 2378:14, 2383:4, 2383:7

**SEPARATE** [1] - 2380:25

**SEPARATED** [3] - 2303:11, 2304:12, 2306:8

**SEPARATELY** [1] - 2310:14

**SEPARATION** [1] - 2338:17

**SEQUENTIAL** [1] - 2333:8

**SERIES** [2] - 2322:13, 2327:15

**SERVES** [1] - 2380:2

**SESSION** [4] - 2287:9, 2291:3, 2291:5, 2342:19

**SET** [1] - 2362:5

**SETUP** [2] - 2350:12, 2350:16

**SEVEN** [2] - 2366:14, 2373:21

**SEVERAL** [2] - 2310:20, 2371:7

**SEVERE** [1] - 2341:8

**SHAKE** [1] - 2313:7

**SHARE** [1] - 2298:7

**SHARED** [1] - 2366:21

**SHARP** [1] - 2292:3

**SHEET** [5] - 2293:1, 2293:4, 2293:6, 2293:8, 2293:11

**SHELL** [7] - 2292:3, 2303:13, 2306:9, 2306:14, 2306:17, 2306:18, 2310:5

**SHERMAN** [1] - 2287:20

**SHORE** [17] - 2349:15, 2349:22, 2350:7, 2350:10, 2350:13, 2355:4, 2355:8, 2355:14, 2355:18, 2356:17, 2356:24, 2357:10, 2357:22, 2357:25, 2358:18, 2359:14, 2374:1

**SHORELINE** [1] - 2306:12

**SHORES** [2] - 2303:22, 2303:23

**SHORT** [4] - 2311:9, 2311:12, 2341:18

**SHORT-DURATION** [1] - 2311:12

**SHOTS** [1] - 2292:1

**SHOULD** [9] - 2297:5, 2303:14, 2336:25, 2337:1, 2347:24, 2352:19, 2353:8, 2354:15, 2380:4

**SHOULDN'T** [1] - 2346:9

**SHOW** [21] -

2291:22, 2299:11, 2314:18, 2321:8, 2323:4, 2323:5, 2331:9, 2344:5, 2349:11, 2351:8, 2351:9, 2352:19, 2353:1, 2354:1, 2366:1, 2367:18, 2371:3, 2371:14, 2373:16, 2377:23, 2382:21

**SHOWED** [1] - 2351:23

**SHOWING** [5] - 2291:8, 2304:19, 2326:6, 2331:10, 2348:16

**SHOWN** [7] - 2292:4, 2293:8, 2296:12, 2324:18, 2358:20, 2366:6, 2366:7

**SHOWS** [22] - 2293:11, 2316:7, 2317:23, 2318:23, 2321:19, 2323:7, 2323:9, 2326:8, 2326:16, 2328:12, 2337:18, 2337:20, 2344:4, 2349:10, 2355:16, 2362:12, 2362:13, 2366:13, 2366:15, 2371:13, 2372:7, 2375:5

**SIC** [2] - 2322:17, 2357:12

**SIDE** [14] - 2315:14, 2315:15, 2340:23, 2341:3, 2341:5, 2341:8, 2341:14, 2364:24, 2374:13, 2378:12, 2378:13, 2381:1

**SIGNIFICANT** [3] - 2296:21, 2370:3, 2380:18

**SIGNIFICANTLY** [1] - 2377:24

**SILL** [2] - 2316:16, 2316:20

**SILLY** [2] - 2308:18, 2308:24

**SIMPATICO** [1] - 2383:3

**SIMPLE** [3] - 2295:17, 2322:20, 2368:14

**SIMPLY** [2] - 2370:25, 2375:11

**SIMS** [1] - 2287:23

**SIMULATE** [6] -

2349:14, 2350:7, 2350:10, 2353:9, 2355:17, 2356:16

**SIMULATED** [6] - 2295:1, 2350:8, 2355:3, 2355:13, 2359:11

**SIMULATING** [3] - 2349:22, 2355:13, 2357:24

**SIMULATION** [10] - 2313:10, 2344:22, 2349:1, 2357:1, 2358:13, 2359:8, 2359:9, 2360:17, 2364:11

**SIMULATIONS** [3] - 2359:3, 2369:4, 2377:23

**SINCE** [6] - 2322:22, 2326:22, 2336:25, 2341:11, 2346:10, 2357:18

**SIR** [5] - 2291:19, 2294:9, 2327:13, 2334:24, 2362:7

**SITE** [4] - 2339:25, 2341:6, 2341:15, 2364:12

**SITE-SPECIFIC** [1] - 2339:25

**SITES** [4] - 2294:8, 2316:10, 2340:21, 2347:7

**SITUATION** [3] - 2322:14, 2341:13, 2355:22

**SIX** [6] - 2320:11, 2366:14, 2371:14, 2376:9, 2376:20, 2376:21

**SIZE** [1] - 2305:6

**SKETCH** [1] - 2346:18

**SKILL** [1] - 2353:7

**SL** [2] - 2348:12, 2357:12

**SL15** [13] - 2348:5, 2348:15, 2352:24, 2353:2, 2353:17, 2353:18, 2356:20, 2357:6, 2358:2, 2364:11, 2367:17, 2368:17, 2376:14

**SLIDE** [15] - 2295:16, 2315:25, 2317:1, 2343:15, 2344:6, 2346:3, 2346:22, 2373:14, 2376:21, 2377:8, 2377:9,

2377:10, 2377:12

**SLIDES** [2] - 2293:24, 2314:13

**SLIGHT** [2] - 2314:15, 2320:1

**SLIGHTLY** [8] - 2296:19, 2312:15, 2319:5, 2351:6, 2361:11, 2361:12, 2372:19, 2372:21

**SLOPE** [1] - 2373:19

**SLOWER** [1] - 2321:10

**SMALL** [9] - 2300:17, 2301:1, 2314:7, 2314:16, 2337:16, 2351:25, 2352:13, 2360:10, 2381:5

**SMALLER** [1] - 2352:20

**SMITH** [1] - 2289:10

**SO** [171] - 2291:9, 2293:4, 2293:6, 2293:16, 2293:20, 2295:17, 2296:5, 2296:10, 2297:22, 2300:2, 2300:20, 2301:5, 2302:1, 2302:16, 2303:7, 2303:15, 2303:21, 2304:12, 2304:13, 2305:10, 2305:13, 2306:3, 2307:3, 2307:7, 2308:15, 2309:15, 2312:16, 2313:15, 2313:21, 2314:11, 2314:14, 2315:11, 2316:8, 2316:18, 2316:23, 2317:1, 2317:15, 2317:23, 2318:10, 2319:2, 2319:21, 2320:19, 2321:22, 2322:21, 2323:22, 2324:6, 2324:7, 2325:13, 2325:25, 2326:20, 2327:6, 2327:10, 2327:22, 2328:4, 2328:6, 2329:1, 2329:17, 2329:24, 2330:7, 2330:15, 2331:20, 2331:25, 2333:14, 2335:4, 2335:10, 2336:2, 2336:22, 2337:1, 2337:18, 2338:22, 2340:8, 2340:16, 2340:19, 2340:25, 2341:9, 2341:13, 2341:17,

2343:6, 2343:19,
2344:1, 2344:18,
2345:25, 2347:3,
2348:8, 2348:12,
2348:14, 2349:8,
2349:20, 2350:2,
2350:10, 2350:18,
2351:4, 2351:14,
2351:25, 2352:7,
2352:12, 2353:7,
2354:3, 2354:10,
2354:11, 2354:16,
2354:19, 2355:22,
2356:3, 2356:20,
2357:1, 2357:6,
2357:14, 2357:23,
2357:24, 2358:2,
2358:5, 2358:21,
2359:15, 2359:22,
2360:21, 2361:23,
2361:25, 2362:4,
2362:23, 2363:14,
2363:18, 2363:19,
2364:3, 2364:13,
2364:18, 2365:1,
2365:18, 2366:15,
2366:19, 2367:1,
2367:11, 2367:15,
2367:17, 2368:3,
2368:15, 2368:18,
2368:25, 2369:3,
2369:23, 2369:24,
2370:14, 2370:23,
2371:10, 2371:15,
2371:23, 2372:3,
2372:14, 2372:17,
2372:24, 2372:25,
2373:18, 2373:21,
2374:3, 2374:9,
2374:10, 2374:22,
2375:2, 2375:7,
2376:3, 2376:10,
2376:18, 2377:7,
2378:9, 2379:3,
2379:18, 2380:3,
2381:8, 2382:19,
2383:1, 2383:12
**SO..** [5] - 2295:1,
2300:12, 2302:10,
2328:24, 2339:5
**SOBEK** [1] - 2313:10
**SOIL** [3] - 2341:17,
2341:19, 2345:9
**SOJA** [1] - 2289:11
**SOLELY** [1] - 2328:7
**SOME** [42] - 2297:12,
2297:15, 2310:10,
2311:12, 2311:19,
2312:12, 2313:24,
2314:3, 2314:15,

2316:10, 2316:23,
2316:24, 2317:4,
2319:19, 2320:6,
2320:7, 2320:8,
2322:5, 2324:11,
2326:4, 2326:19,
2327:3, 2327:9,
2339:1, 2341:11,
2341:19, 2341:21,
2344:16, 2354:1,
2360:10, 2361:20,
2361:21, 2366:23,
2368:8, 2368:12,
2369:10, 2374:1,
2380:1, 2380:4,
2380:23, 2383:3,
2383:21
**SOMEBODY** [2] -
2361:21, 2375:18
**SOMETHING** [8] -
2329:24, 2334:22,
2338:13, 2345:10,
2360:2, 2364:13,
2365:8, 2379:19
**SOMETIMES** [1] -
2341:16
**SOONER** [1] -
2371:22
**SORRY** [25] - 2298:2,
2299:1, 2299:21,
2300:6, 2306:25,
2307:22, 2314:11,
2315:25, 2317:10,
2318:6, 2322:19,
2326:15, 2343:1,
2343:24, 2344:6,
2345:5, 2346:22,
2361:18, 2366:20,
2369:22, 2372:11,
2377:8, 2378:8
**SORT** [1] - 2310:18
**SOUND** [5] -
2300:16, 2304:3,
2304:5, 2308:5,
2308:20
**SOUNDS** [1] -
2305:15
**SOURCE** [4] -
2314:1, 2321:3,
2330:13, 2330:17
**SOURCES** [3] -
2313:14, 2313:17,
2313:22
**SOUTH** [28] -
2287:13, 2344:20,
2349:15, 2349:16,
2349:22, 2350:7,
2350:10, 2350:13,
2351:14, 2355:4,
2355:7, 2355:14,

2355:18, 2356:17,
2356:24, 2357:10,
2357:22, 2357:25,
2358:9, 2358:18,
2359:13, 2371:6,
2374:1, 2374:19,
2375:13, 2381:1
**SOUTHEAST** [3] -
2296:3, 2296:16,
2296:18
**SOUTHERN** [3] -
2292:16, 2315:14,
2315:15
**SPACE** [1] - 2366:21
**SPATIALLY** [1] -
2369:3
**SPEAK** [3] - 2294:20,
2295:9, 2343:3
**SPECIFIC** [1] -
2339:25
**SPEED** [1] - 2381:4
**SPELL** [1] - 2350:3
**SPEND** [1] - 2316:5
**SPOIL** [5] - 2303:11,
2304:13, 2304:14,
2305:6, 2306:8
**SPOT** [1] - 2369:12
**SPRINGS** [1] -
2288:13
**SQUARE** [1] -
2330:25
**SQUARES** [1] -
2330:24
**SQUIGGLY** [1] -
2293:7
**SR** [1] - 2289:11
**ST** [16] - 2287:17,
2287:20, 2288:2,
2288:5, 2288:23,
2313:4, 2313:5,
2322:16, 2322:17,
2327:20, 2327:22,
2327:24, 2328:7,
2353:6, 2381:2,
2381:11
**STACK** [1] - 2296:1
**STAFF** [1] - 2366:22
**STANDARD** [2] -
2363:8, 2364:1
**STANWOOD** [1] -
2287:8
**START** [2] - 2325:6,
2346:20
**STARTED** [2] -
2306:7, 2328:3
**STARTING** [2] -
2292:2, 2300:2
**STATE** [3] - 2297:14,
2297:22, 2310:18
**STATEMENT** [1] -

2325:23
**STATES** [5] - 2287:1,
2287:5, 2287:8,
2312:7, 2384:6
**STATION** [11] -
2289:13, 2318:5,
2318:7, 2318:9,
2320:16, 2321:1,
2333:22, 2334:1,
2340:2, 2340:4,
2340:24
**STATIONS** [1] -
2367:23
**STENOGRAPHY** [1]
- 2289:18
**STEPHEN** [1] -
2292:19
**STEVE** [3] - 2351:21,
2352:4, 2352:6
**STEVENS** [2] -
2288:18, 2288:18
**STICK** [1] - 2294:14
**STILL** [13] - 2320:19,
2326:7, 2327:19,
2339:12, 2339:17,
2339:18, 2339:20,
2340:4, 2340:7,
2340:18, 2371:22,
2372:21
**STONE** [1] - 2289:11
**STORM** [30] -
2295:24, 2296:2,
2296:18, 2297:2,
2302:20, 2312:3,
2312:4, 2312:14,
2332:15, 2335:13,
2335:22, 2346:21,
2347:23, 2349:16,
2350:7, 2350:10,
2355:7, 2355:14,
2355:18, 2356:16,
2356:24, 2358:9,
2358:10, 2377:24,
2377:25, 2379:4,
2379:5, 2379:10,
2379:23, 2381:3
**STORMS** [6] -
2300:20, 2301:2,
2301:7, 2302:7,
2309:22, 2311:13
**STRAIGHT** [1] -
2365:8
**STREAMS** [2] -
2300:4, 2300:17
**STREET** [5] -
2287:13, 2288:9,
2288:16, 2289:2,
2289:16
**STRONG** [1] -
2381:6

**STRUCTURE** [1] -
2380:1
**STUDIED** [3] -
2303:1, 2303:19,
2381:25
**STUDIES** [5] -
2306:24, 2310:24,
2312:1, 2322:13,
2382:8
**STUDY** [8] - 2310:18,
2310:21, 2311:16,
2311:17, 2311:21,
2311:24, 2327:2,
2338:3
**STUFF** [1] - 2309:19
**STYLE** [2] - 2383:11
**SUBJECT** [2] -
2306:22, 2311:20
**SUBMIT** [1] -
2375:20
**SUBROGATED** [1] -
2288:22
**SUBTRACTING** [1] -
2366:24
**SUCCEED** [2] -
2304:13, 2306:11
**SUCH** [3] - 2291:10,
2315:9, 2360:2
**SUGGEST** [3] -
2370:21, 2371:12
**SUGGESTS** [1] -
2370:2
**SUITE** [4] - 2287:14,
2287:23, 2288:5,
2289:2
**SUPERIOR** [1] -
2375:8
**SUPPORT** [1] -
2294:17
**SURE** [32] - 2300:6,
2300:8, 2302:18,
2306:14, 2313:24,
2314:2, 2315:13,
2317:17, 2317:24,
2318:24, 2320:3,
2321:11, 2323:18,
2324:18, 2324:21,
2327:22, 2330:10,
2334:9, 2340:1,
2340:8, 2342:14,
2346:7, 2347:10,
2352:7, 2360:16,
2361:14, 2362:24,
2364:2, 2364:5,
2365:21, 2381:21,
2382:6
**SURFACE** [5] -
2300:3, 2300:25,
2327:16, 2373:19,
2374:13

DAILY COPY

**SURGE** [101] - 2296:19, 2297:2, 2297:19, 2302:21, 2302:24, 2309:5, 2309:9, 2309:10, 2309:14, 2309:17, 2309:19, 2309:25, 2310:17, 2312:3, 2312:4, 2312:15, 2319:12, 2327:16, 2331:4, 2331:7, 2332:16, 2335:13, 2335:22, 2337:3, 2338:18, 2338:21, 2340:15, 2344:18, 2346:21, 2347:23, 2349:14, 2349:18, 2349:22, 2350:7, 2350:10, 2355:3, 2355:7, 2355:9, 2355:14, 2355:18, 2356:17, 2356:21, 2356:24, 2357:9, 2357:22, 2357:24, 2358:10, 2358:13, 2358:17, 2358:18, 2358:24, 2359:10, 2359:12, 2362:12, 2362:19, 2362:20, 2362:22, 2365:6, 2365:7, 2366:11, 2366:14, 2366:15, 2367:10, 2369:6, 2371:1, 2371:3, 2371:6, 2371:7, 2371:18, 2371:24, 2371:25, 2372:13, 2372:14, 2372:22, 2372:23, 2372:25, 2374:1, 2374:10, 2375:22, 2375:23, 2375:25, 2376:3, 2376:4, 2377:18, 2377:25, 2379:4, 2379:5, 2379:9, 2379:10, 2379:23, 2380:5, 2380:10, 2381:3, 2381:5, 2381:12, 2382:17, 2383:15

**SURGES** [4] - 2311:13, 2327:3, 2367:12, 2372:5

**SURROUNDING** [6] - 2303:12, 2303:24, 2304:13, 2304:22, 2305:3, 2369:5

**SWITCH** [1] - 2307:2

**SYSTEM** [6] - 2294:22, 2295:19,

2312:23, 2341:17, 2357:5, 2357:7

**SYSTEMATIC** [1] - 2368:8

**SYSTEMS** [2] - 2295:3, 2312:14

# T

**T** [1] - 2288:22

**TABLE** [4] - 2301:13, 2316:18, 2324:19, 2359:20

**TAG** [1] - 2332:4

**TAHEERAH** [1] - 2289:6

**TAKE** [22] - 2293:20, 2305:23, 2311:1, 2313:19, 2314:17, 2317:17, 2317:20, 2324:12, 2326:2, 2339:12, 2339:17, 2342:15, 2346:10, 2365:11, 2368:7, 2368:15, 2370:7, 2379:1, 2383:21, 2383:22

**TAKEN** [3] - 2317:24, 2342:17, 2383:25

**TAKES** [2] - 2344:1, 2372:25

**TAKING** [2] - 2317:19, 2362:5

**TALK** [17] - 2294:6, 2295:2, 2295:14, 2302:6, 2310:5, 2310:15, 2312:25, 2313:1, 2328:4, 2330:15, 2348:20, 2351:10, 2359:19, 2380:24, 2382:21, 2382:22

**TALKED** [2] - 2299:19, 2309:18

**TALKING** [38] - 2294:7, 2300:7, 2300:20, 2300:24, 2301:2, 2301:12, 2302:11, 2302:23, 2303:25, 2306:15, 2307:19, 2307:24, 2309:17, 2310:6, 2316:14, 2325:6, 2327:19, 2327:22, 2327:23, 2328:5, 2329:24, 2330:23, 2332:19, 2335:17, 2354:7, 2354:15, 2355:21, 2356:7, 2379:13, 2379:14, 2379:15, 2379:20,

2379:21, 2382:2, 2382:3, 2382:6

**TALKS** [5] - 2299:13, 2299:24, 2309:21, 2328:10

**TEAM** [4] - 2321:20, 2322:4, 2322:13, 2343:3

**TECHNICAL** [1] - 2344:21

**TECHNICALLY** [2] - 2325:19, 2325:20

**TECHNIQUE** [2] - 2367:21, 2368:1

**TELL** [16] - 2298:19, 2301:6, 2307:10, 2311:3, 2311:18, 2318:8, 2323:5, 2324:16, 2328:6, 2332:22, 2336:16, 2338:16, 2346:6, 2355:18, 2365:12, 2375:25

**TELLING** [1] - 2376:23

**TEMPORARILY** [1] - 2380:2

**TEN** [7] - 2342:15, 2349:8, 2353:5, 2353:10, 2369:19, 2369:25, 2371:9

**TEN-MINUTE** [1] - 2342:15

**TEND** [7] - 2296:18, 2303:13, 2304:11, 2305:8, 2306:9, 2308:3, 2381:6

**TENDS** [1] - 2305:12

**TENS** [1] - 2308:2

**TENTH** [1] - 2344:1

**TENTHS** [2] - 2320:2, 2351:25

**TERMINAL** [1] - 2319:21

**TERMS** [6] - 2302:24, 2320:24, 2337:23, 2338:8, 2345:8, 2353:4

**TESTIFIED** [1] - 2325:9

**TESTIFY** [1] - 2294:25

**TESTIFYING** [2] - 2322:7, 2337:1

**TESTIMONY** [17] - 2302:15, 2310:23, 2311:7, 2321:2, 2330:11, 2333:18, 2334:5, 2344:16, 2348:15, 2349:13,

2352:7, 2353:1, 2355:2, 2355:12, 2369:19, 2369:25, 2383:14

**THAN** [24] - 2296:4, 2304:7, 2308:15, 2309:13, 2312:13, 2315:13, 2319:7, 2320:1, 2324:13, 2337:15, 2338:23, 2340:5, 2340:16, 2348:10, 2351:6, 2353:12, 2358:24, 2363:20, 2365:24, 2367:1, 2367:12, 2368:4, 2381:9, 2382:12

**THANK** [1] - 2292:10, 2293:22, 2301:21, 2302:5, 2306:6, 2307:6, 2320:5, 2327:18, 2329:8, 2343:2, 2349:6, 2354:10, 2373:8, 2374:17

**THANKS** [1] - 2373:9

**THAT** [533] - 2291:21, 2292:3, 2292:14, 2292:17, 2293:1, 2293:7, 2293:11, 2293:12, 2293:15, 2293:16, 2293:20, 2294:5, 2294:7, 2294:9, 2294:10, 2294:11, 2294:18, 2294:19, 2294:22, 2295:1, 2295:3, 2295:10, 2295:14, 2295:19, 2295:25, 2296:2, 2296:10, 2296:12, 2296:14, 2296:15, 2296:17, 2296:19, 2297:3, 2297:5, 2297:9, 2297:11, 2297:13, 2297:14, 2297:16, 2297:18, 2297:20, 2297:21, 2297:22, 2297:23, 2298:9, 2298:10, 2298:12, 2298:13, 2298:16, 2298:17, 2299:1, 2299:2, 2299:4, 2299:7, 2299:16, 2299:18, 2299:19, 2299:25, 2300:8, 2300:25, 2301:4, 2301:14, 2302:3, 2302:14, 2302:18, 2302:19, 2302:21, 2302:22,

2303:15, 2303:19, 2303:20, 2303:22, 2304:13, 2304:18, 2305:13, 2305:15, 2305:17, 2305:21, 2306:13, 2306:17, 2306:23, 2307:19, 2307:20, 2307:24, 2308:1, 2308:4, 2308:6, 2308:11, 2308:14, 2308:15, 2308:16, 2308:18, 2308:23, 2308:25, 2309:2, 2309:3, 2309:5, 2309:7, 2309:8, 2309:9, 2309:12, 2309:21, 2309:24, 2310:1, 2310:2, 2310:11, 2310:15, 2310:24, 2311:1, 2311:5, 2311:6, 2311:9, 2311:10, 2311:13, 2311:16, 2311:21, 2311:24, 2312:1, 2312:2, 2312:6, 2312:7, 2312:8, 2312:12, 2312:15, 2313:14, 2313:16, 2313:17, 2313:21, 2313:22, 2313:25, 2314:1, 2314:4, 2314:5, 2314:7, 2314:11, 2314:13, 2314:17, 2315:7, 2315:9, 2315:23, 2316:1, 2316:6, 2316:12, 2316:14, 2316:19, 2317:6, 2317:17, 2317:23, 2318:13, 2318:20, 2319:4, 2319:9, 2319:11, 2320:12, 2320:15, 2320:20, 2320:25, 2321:3, 2321:4, 2321:5, 2321:8, 2321:18, 2321:19, 2321:20, 2321:21, 2322:1, 2322:5, 2322:8, 2322:23, 2323:5, 2323:7, 2323:8, 2323:9, 2323:10, 2323:14, 2323:22, 2323:24, 2324:1, 2324:11, 2324:12, 2324:13, 2324:15, 2324:17, 2324:21, 2324:24, 2324:25, 2325:4, 2325:5, 2325:7, 2325:12,

2325:13, 2326:3,
2326:4, 2326:5,
2326:7, 2326:21,
2327:3, 2327:13,
2327:21, 2329:1,
2329:8, 2329:9,
2329:17, 2330:11,
2330:13, 2330:16,
2331:4, 2331:7,
2331:8, 2331:9,
2331:11, 2331:13,
2331:17, 2331:18,
2331:20, 2332:9,
2332:11, 2332:14,
2332:17, 2333:1,
2333:2, 2333:4,
2333:5, 2333:7,
2333:9, 2333:14,
2333:15, 2333:16,
2333:18, 2333:24,
2333:25, 2334:1,
2334:3, 2334:4,
2334:7, 2334:9,
2334:16, 2334:20,
2335:1, 2335:6,
2335:7, 2335:13,
2335:14, 2335:17,
2335:18, 2335:19,
2335:24, 2335:25,
2336:10, 2337:15,
2337:16, 2337:18,
2337:21, 2338:4,
2338:5, 2338:6,
2338:7, 2338:10,
2338:11, 2338:19,
2338:22, 2338:25,
2339:2, 2339:3,
2339:9, 2339:10,
2339:13, 2339:14,
2339:16, 2339:17,
2340:8, 2340:10,
2340:13, 2340:15,
2340:17, 2340:18,
2341:14, 2341:19,
2342:3, 2342:5,
2342:13, 2342:25,
2343:4, 2343:5,
2343:16, 2343:21,
2344:2, 2344:4,
2344:5, 2344:9,
2344:14, 2344:20,
2345:1, 2345:2,
2345:12, 2345:15,
2345:25, 2346:1,
2346:18, 2346:22,
2346:24, 2347:6,
2347:9, 2347:11,
2347:23, 2348:2,
2348:3, 2348:8,
2348:14, 2348:18,
2348:21, 2348:25,

2349:8, 2349:9,
2349:11, 2349:12,
2349:13, 2349:14,
2349:15, 2349:16,
2349:17, 2349:18,
2349:22, 2350:8,
2350:12, 2350:16,
2350:18, 2350:19,
2350:22, 2350:23,
2350:24, 2351:4,
2351:9, 2351:10,
2351:20, 2351:23,
2352:12, 2352:13,
2352:18, 2352:19,
2352:24, 2353:2,
2353:4, 2353:8,
2354:5, 2354:7,
2354:8, 2354:12,
2354:20, 2355:4,
2355:5, 2355:7,
2355:8, 2355:12,
2355:16, 2355:18,
2355:22, 2356:14,
2356:18, 2357:3,
2357:7, 2357:10,
2357:16, 2357:21,
2358:2, 2358:4,
2358:16, 2358:19,
2358:21, 2358:22,
2359:8, 2359:9,
2359:11, 2359:12,
2359:20, 2359:24,
2360:5, 2360:14,
2361:13, 2361:16,
2361:18, 2361:21,
2362:6, 2362:12,
2362:18, 2362:19,
2363:1, 2363:4,
2363:18, 2363:21,
2364:1, 2364:9,
2364:10, 2364:16,
2365:18, 2365:23,
2366:2, 2366:3,
2367:6, 2367:11,
2367:14, 2367:20,
2367:24, 2368:1,
2368:3, 2368:4,
2368:15, 2368:16,
2369:7, 2369:10,
2369:11, 2369:19,
2369:25, 2370:6,
2370:7, 2370:8,
2370:10, 2370:12,
2370:16, 2370:17,
2370:18, 2370:19,
2370:24, 2371:9,
2371:11, 2371:12,
2371:19, 2371:20,
2371:24, 2372:2,
2372:6, 2372:13,
2372:14, 2372:15,

2372:17, 2372:18,
2372:22, 2372:23,
2372:24, 2373:5,
2373:8, 2373:10,
2373:17, 2373:18,
2374:2, 2374:21,
2375:1, 2375:2,
2376:3, 2376:6,
2376:7, 2376:14,
2376:16, 2376:21,
2376:22, 2376:23,
2377:11, 2377:16,
2377:17, 2377:18,
2377:22, 2377:23,
2378:3, 2378:10,
2378:17, 2378:23,
2379:9, 2379:15,
2380:2, 2380:4,
2380:5, 2380:10,
2380:13, 2380:15,
2380:17, 2380:19,
2381:11, 2381:12,
2381:25, 2382:5,
2382:11, 2382:16,
2382:24, 2383:8,
2384:8

**THAT'S** [130] -
2291:10, 2293:14,
2294:4, 2294:14,
2295:12, 2296:8,
2296:10, 2296:13,
2298:15, 2298:20,
2300:4, 2300:20,
2301:4, 2301:18,
2302:7, 2302:14,
2303:24, 2304:6,
2304:7, 2305:8,
2306:19, 2306:20,
2307:7, 2308:4,
2308:8, 2308:18,
2309:2, 2310:12,
2310:18, 2310:24,
2311:3, 2311:15,
2314:5, 2314:11,
2315:5, 2315:9,
2317:2, 2317:5,
2317:21, 2318:12,
2318:16, 2318:23,
2318:25, 2319:13,
2322:3, 2322:18,
2323:2, 2323:9,
2323:25, 2324:1,
2324:4, 2324:18,
2324:19, 2324:22,
2325:19, 2325:20,
2325:21, 2326:11,
2327:8, 2328:15,
2330:12, 2331:3,
2331:15, 2332:10,
2332:20, 2333:2,
2333:4, 2334:10,

2334:11, 2335:4,
2336:13, 2337:20,
2338:9, 2339:6,
2339:10, 2341:2,
2342:9, 2343:1,
2343:2, 2343:14,
2343:23, 2346:22,
2346:25, 2347:12,
2347:15, 2348:14,
2348:22, 2348:23,
2349:4, 2349:10,
2349:11, 2351:10,
2353:8, 2354:3,
2355:9, 2355:11,
2357:2, 2357:20,
2358:7, 2358:10,
2358:12, 2359:12,
2359:22, 2359:25,
2360:18, 2360:19,
2361:7, 2361:19,
2362:24, 2363:1,
2363:10, 2363:11,
2366:2, 2366:10,
2368:6, 2368:22,
2370:6, 2370:14,
2375:6, 2377:10,
2378:9, 2378:19,
2379:5, 2379:19,
2380:11, 2380:12,
2382:17, 2383:14

**THE** [1574] - 2287:8,
2287:12, 2287:19,
2288:4, 2288:22,
2289:4, 2290:4,
2291:5, 2291:6,
2291:8, 2291:9,
2291:11, 2291:12,
2291:14, 2291:15,
2291:16, 2291:19,
2291:21, 2291:22,
2291:24, 2292:1,
2292:2, 2292:3,
2292:4, 2292:6,
2292:9, 2292:10,
2292:11, 2292:12,
2292:13, 2292:14,
2292:15, 2292:16,
2292:17, 2292:19,
2292:20, 2292:21,
2292:23, 2292:24,
2293:1, 2293:3,
2293:4, 2293:5,
2293:6, 2293:7,
2293:8, 2293:9,
2293:10, 2293:11,
2293:13, 2293:14,
2293:15, 2293:16,
2293:18, 2293:22,
2293:23, 2294:7,
2294:8, 2294:9,
2294:16, 2294:20,

2294:21, 2294:22,
2294:23, 2294:25,
2295:2, 2295:5,
2295:8, 2295:10,
2295:11, 2295:14,
2295:17, 2295:19,
2295:21, 2295:22,
2295:24, 2295:25,
2296:3, 2296:7,
2296:9, 2296:10,
2296:11, 2296:13,
2296:14, 2296:15,
2296:17, 2296:18,
2296:21, 2297:1,
2297:3, 2297:10,
2297:11, 2297:12,
2297:14, 2297:17,
2297:18, 2297:19,
2297:20, 2297:21,
2297:24, 2297:25,
2298:1, 2298:2,
2298:7, 2298:9,
2298:10, 2298:12,
2298:13, 2298:15,
2298:17, 2298:20,
2298:21, 2298:22,
2298:23, 2298:25,
2299:2, 2299:5,
2299:11, 2299:13,
2299:16, 2299:17,
2299:18, 2299:19,
2299:21, 2299:22,
2299:23, 2299:24,
2299:25, 2300:1,
2300:2, 2300:3,
2300:4, 2300:10,
2300:13, 2300:15,
2300:16, 2300:17,
2300:18, 2300:19,
2300:22, 2300:23,
2300:24, 2300:25,
2301:5, 2301:6,
2301:8, 2301:9,
2301:12, 2301:13,
2301:15, 2301:17,
2301:18, 2301:22,
2301:23, 2301:24,
2302:1, 2302:6,
2302:8, 2302:9,
2302:11, 2302:12,
2302:13, 2302:14,
2302:15, 2302:19,
2302:20, 2302:21,
2303:5, 2303:6,
2303:8, 2303:10,
2303:11, 2303:12,
2303:13, 2303:15,
2303:16, 2303:19,
2303:22, 2303:23,
2303:24, 2303:25,

| | | | | |
|---|---|---|---|---|
| 2304:2, 2304:3, | 2313:9, 2313:10, | 2326:3, 2326:4, | 2336:7, 2336:10, | 2347:22, 2347:23, |
| 2304:4, 2304:5, | 2313:11, 2313:14, | 2326:5, 2326:7, | 2336:16, 2336:17, | 2348:4, 2348:5, |
| 2304:6, 2304:7, | 2313:16, 2313:17, | 2326:8, 2326:9, | 2336:18, 2336:19, | 2348:6, 2348:7, |
| 2304:10, 2304:11, | 2313:18, 2313:22, | 2326:22, 2326:25, | 2336:20, 2337:5, | 2348:12, 2348:14, |
| 2304:12, 2304:13, | 2313:23, 2313:25, | 2327:3, 2327:4, | 2337:7, 2337:12, | 2348:16, 2348:22, |
| 2304:14, 2304:16, | 2314:2, 2314:3, | 2327:6, 2327:13, | 2337:15, 2337:18, | 2348:24, 2349:1, |
| 2304:17, 2304:18, | 2314:4, 2314:5, | 2327:15, 2327:16, | 2337:19, 2337:20, | 2349:3, 2349:6, |
| 2304:20, 2304:21, | 2314:7, 2314:11, | 2327:17, 2327:18, | 2337:23, 2337:25, | 2349:14, 2349:15, |
| 2305:1, 2305:2, | 2314:14, 2314:15, | 2327:19, 2327:21, | 2338:3, 2338:4, | 2349:16, 2349:18, |
| 2305:3, 2305:6, | 2314:20, 2314:21, | 2327:24, 2328:7, | 2338:5, 2338:6, | 2349:21, 2349:22, |
| 2305:8, 2305:10, | 2314:25, 2315:1, | 2328:9, 2328:10, | 2338:9, 2338:16, | 2349:23, 2349:25, |
| 2305:11, 2305:12, | 2315:3, 2315:5, | 2328:16, 2328:19, | 2338:17, 2338:18, | 2350:4, 2350:7, |
| 2305:13, 2305:14, | 2315:11, 2315:14, | 2328:20, 2328:23, | 2338:20, 2338:21, | 2350:9, 2350:10, |
| 2305:20, 2305:21, | 2315:15, 2315:16, | 2328:24, 2329:1, | 2338:22, 2338:23, | 2350:11, 2350:12, |
| 2305:22, 2306:7, | 2315:17, 2315:19, | 2329:5, 2329:9, | 2338:25, 2339:3, | 2350:13, 2350:14, |
| 2306:8, 2306:9, | 2315:21, 2315:22, | 2329:10, 2329:11, | 2339:4, 2339:6, | 2350:16, 2350:17, |
| 2306:12, 2306:15, | 2315:24, 2316:1, | 2329:13, 2329:17, | 2339:7, 2339:8, | 2350:18, 2350:19, |
| 2306:17, 2306:18, | 2316:2, 2316:3, | 2329:20, 2329:22, | 2339:13, 2339:15, | 2350:23, 2350:24, |
| 2306:22, 2306:23, | 2316:7, 2316:8, | 2330:1, 2330:2, | 2339:18, 2339:23, | 2350:25, 2351:4, |
| 2306:24, 2306:25, | 2316:9, 2316:10, | 2330:3, 2330:5, | 2339:25, 2340:6, | 2351:5, 2351:6, |
| 2307:3, 2307:4, | 2316:11, 2316:12, | 2330:8, 2330:9, | 2340:7, 2340:10, | 2351:10, 2351:12, |
| 2307:6, 2307:7, | 2316:16, 2316:19, | 2330:12, 2330:13, | 2340:13, 2340:14, | 2351:13, 2351:14, |
| 2307:10, 2307:11, | 2316:21, 2316:24, | 2330:14, 2330:16, | 2340:15, 2340:16, | 2351:15, 2351:19, |
| 2307:12, 2307:15, | 2317:1, 2317:12, | 2330:17, 2330:19, | 2340:17, 2340:18, | 2351:21, 2351:22, |
| 2307:16, 2307:17, | 2317:13, 2317:15, | 2330:23, 2330:24, | 2340:19, 2340:22, | 2351:23, 2351:24, |
| 2307:19, 2307:20, | 2317:21, 2317:23, | 2331:2, 2331:3, | 2340:23, 2340:24, | 2352:1, 2352:6, |
| 2307:21, 2307:23, | 2317:24, 2317:25, | 2331:6, 2331:7, | 2340:25, 2341:3, | 2352:9, 2352:13, |
| 2307:24, 2307:25, | 2318:1, 2318:2, | 2331:9, 2331:10, | 2341:6, 2341:7, | 2352:17, 2352:19, |
| 2308:2, 2308:3, | 2318:7, 2318:9, | 2331:13, 2331:17, | 2341:10, 2341:17, | 2352:24, 2352:25, |
| 2308:4, 2308:5, | 2318:10, 2318:11, | 2331:20, 2331:21, | 2341:20, 2341:23, | 2353:2, 2353:3, |
| 2308:10, 2308:13, | 2318:13, 2318:18, | 2331:22, 2331:24, | 2341:24, 2342:7, | 2353:4, 2353:6, |
| 2308:14, 2308:15, | 2318:19, 2318:20, | 2332:1, 2332:3, | 2342:8, 2342:10, | 2353:9, 2353:10, |
| 2308:16, 2308:19, | 2318:21, 2318:22, | 2332:4, 2332:6, | 2342:13, 2342:15, | 2353:11, 2353:12, |
| 2308:20, 2308:21, | 2318:23, 2319:2, | 2332:7, 2332:8, | 2342:16, 2342:19, | 2353:13, 2353:14, |
| 2308:22, 2308:23, | 2319:3, 2319:5, | 2332:12, 2332:14, | 2342:24, 2342:22, | 2353:16, 2353:17, |
| 2308:24, 2309:2, | 2319:7, 2319:10, | 2332:15, 2332:16, | 2343:3, 2343:5, | 2353:20, 2353:21, |
| 2309:3, 2309:4, | 2319:11, 2319:12, | 2332:17, 2332:19, | 2343:9, 2343:14, | 2354:1, 2354:4, |
| 2309:6, 2309:7, | 2319:15, 2319:16, | 2332:21, 2332:24, | 2343:16, 2343:19, | 2354:6, 2354:7, |
| 2309:8, 2309:10, | 2319:17, 2319:21, | 2333:2, 2333:7, | 2343:20, 2343:21, | 2354:8, 2354:11, |
| 2309:11, 2309:12, | 2319:23, 2319:25, | 2333:8, 2333:10, | 2343:22, 2343:23, | 2354:12, 2354:15, |
| 2309:13, 2309:18, | 2320:1, 2320:6, | 2333:14, 2333:15, | 2343:25, 2344:1, | 2354:17, 2354:19, |
| 2309:19, 2309:21, | 2320:9, 2320:11, | 2333:16, 2333:18, | 2344:2, 2344:8, | 2354:20, 2354:21, |
| 2309:23, 2309:24, | 2320:12, 2320:16, | 2333:19, 2333:22, | 2344:15, 2344:17, | 2354:22, 2355:1, |
| 2310:2, 2310:7, | 2320:17, 2320:18, | 2333:23, 2333:24, | 2344:18, 2344:19, | 2355:2, 2355:3, |
| 2310:8, 2310:13, | 2320:22, 2321:3, | 2333:25, 2334:1, | 2344:20, 2344:21, | 2355:5, 2355:6, |
| 2310:15, 2310:16, | 2321:17, 2321:18, | 2334:5, 2334:8, | 2344:24, 2345:1, | 2355:7, 2355:8, |
| 2310:18, 2310:20, | 2321:19, 2321:22, | 2334:10, 2334:11, | 2345:3, 2345:4, | 2355:9, 2355:13, |
| 2310:23, 2310:24, | 2321:25, 2322:1, | 2334:12, 2334:15, | 2345:9, 2345:11, | 2355:14, 2355:16, |
| 2311:4, 2311:7, | 2322:4, 2322:5, | 2334:16, 2334:17, | 2345:16, 2345:17, | 2355:18, 2355:19, |
| 2311:8, 2311:16, | 2322:7, 2322:9, | 2334:23, 2334:24, | 2345:19, 2345:23, | 2355:20, 2355:22, |
| 2311:17, 2311:20, | 2322:13, 2322:16, | 2335:1, 2335:2, | 2345:24, 2345:25, | 2355:24, 2356:2, |
| 2311:24, 2311:25, | 2322:21, 2322:22, | 2335:6, 2335:7, | 2346:1, 2346:3, | 2356:4, 2356:5, |
| 2312:1, 2312:2, | 2322:25, 2323:7, | 2335:8, 2335:9, | 2346:9, 2346:10, | 2356:7, 2356:13, |
| 2312:6, 2312:7, | 2323:9, 2323:23, | 2335:10, 2335:12, | 2346:12, 2346:15, | 2356:14, 2356:15, |
| 2312:9, 2312:10, | 2324:3, 2324:4, | 2335:13, 2335:15, | 2346:16, 2346:18, | 2356:16, 2356:17, |
| 2312:13, 2312:14, | 2324:8, 2324:13, | 2335:16, 2335:18, | 2346:20, 2346:25, | 2356:20, 2356:21, |
| 2312:15, 2312:16, | 2324:15, 2324:16, | 2335:19, 2335:21, | 2347:1, 2347:6, | 2356:23, 2356:24, |
| 2312:17, 2312:20, | 2324:17, 2324:19, | 2335:22, 2335:23, | 2347:8, 2347:11, | 2357:1, 2357:2, |
| 2312:21, 2312:22, | 2325:1, 2325:4, | 2335:24, 2336:1, | 2347:12, 2347:16, | 2357:3, 2357:4, |
| 2312:23, 2313:3, | 2325:9, 2325:13, | 2336:2, 2336:3, | 2347:17, 2347:19, | 2357:6, 2357:7, |
| 2313:4, 2313:6, | 2325:16, 2325:25, | 2336:4, 2336:5, | 2347:20, 2347:21, | 2357:8, 2357:9, |

DAILY COPY

2357:12, 2357:22,
2357:24, 2357:25,
2358:1, 2358:2,
2358:5, 2358:6,
2358:7, 2358:8,
2358:9, 2358:10,
2358:11, 2358:12,
2358:13, 2358:14,
2358:16, 2358:17,
2358:18, 2358:19,
2358:21, 2358:22,
2358:23, 2358:24,
2359:1, 2359:2,
2359:8, 2359:9,
2359:10, 2359:11,
2359:12, 2359:13,
2359:14, 2359:15,
2359:19, 2359:20,
2359:22, 2359:25,
2360:1, 2360:3,
2360:7, 2360:9,
2360:15, 2360:16,
2360:18, 2360:24,
2361:3, 2361:6,
2361:7, 2361:9,
2361:12, 2361:16,
2361:21, 2361:22,
2361:24, 2362:4,
2362:7, 2362:8,
2362:9, 2362:11,
2362:12, 2362:14,
2362:18, 2362:20,
2362:22, 2363:1,
2363:4, 2363:5,
2363:6, 2363:8,
2363:10, 2363:12,
2363:14, 2363:16,
2363:18, 2363:20,
2363:25, 2364:4,
2364:5, 2364:6,
2364:11, 2364:13,
2364:14, 2364:16,
2364:18, 2364:19,
2364:21, 2364:22,
2364:23, 2365:1,
2365:4, 2365:6,
2365:7, 2365:8,
2365:9, 2365:11,
2365:14, 2365:15,
2365:18, 2365:19,
2365:23, 2365:25,
2366:1, 2366:2,
2366:3, 2366:5,
2366:6, 2366:7,
2366:8, 2366:9,
2366:10, 2366:11,
2366:13, 2366:14,
2366:15, 2366:16,
2366:19, 2366:20,
2366:23, 2366:24,
2366:25, 2367:3,

2367:10, 2367:12,
2367:13, 2367:15,
2367:17, 2367:18,
2367:19, 2367:21,
2367:22, 2368:9,
2368:10, 2368:11,
2368:14, 2368:15,
2368:16, 2368:17,
2368:25, 2369:1,
2369:3, 2369:5,
2369:9, 2369:10,
2369:12, 2369:17,
2369:18, 2369:19,
2369:21, 2369:22,
2369:23, 2369:24,
2369:25, 2370:1,
2370:2, 2370:7,
2370:8, 2370:11,
2370:12, 2370:13,
2370:14, 2370:18,
2370:19, 2370:20,
2370:21, 2370:24,
2371:1, 2371:3,
2371:4, 2371:5,
2371:6, 2371:7,
2371:9, 2371:10,
2371:11, 2371:13,
2371:14, 2371:17,
2371:18, 2371:22,
2371:23, 2371:25,
2372:3, 2372:4,
2372:5, 2372:6,
2372:7, 2372:8,
2372:11, 2372:13,
2372:14, 2372:15,
2372:16, 2372:17,
2372:18, 2372:22,
2372:23, 2372:25,
2373:5, 2373:12,
2373:14, 2373:15,
2373:17, 2373:18,
2373:19, 2373:22,
2374:1, 2374:2,
2374:3, 2374:5,
2374:12, 2374:13,
2374:16, 2374:18,
2374:19, 2374:20,
2374:21, 2374:24,
2375:1, 2375:3,
2375:6, 2375:7,
2375:8, 2375:11,
2375:12, 2375:13,
2375:15, 2375:16,
2375:18, 2375:20,
2375:21, 2375:22,
2375:23, 2375:24,
2375:25, 2376:1,
2376:2, 2376:6,
2376:7, 2376:10,
2376:12, 2376:13,
2376:14, 2376:16,

2376:25, 2377:5,
2377:7, 2377:11,
2377:15, 2377:16,
2377:17, 2377:18,
2377:19, 2377:23,
2377:24, 2377:25,
2378:1, 2378:3,
2378:4, 2378:7,
2378:10, 2378:11,
2378:12, 2378:14,
2378:15, 2378:16,
2378:18, 2378:19,
2378:20, 2378:21,
2379:4, 2379:8,
2379:9, 2379:13,
2379:14, 2379:15,
2379:16, 2379:18,
2379:21, 2379:24,
2379:25, 2380:3,
2380:6, 2380:7,
2380:9, 2380:10,
2380:11, 2380:12,
2380:13, 2380:14,
2380:15, 2380:16,
2380:17, 2380:18,
2380:19, 2380:20,
2380:21, 2380:23,
2380:24, 2380:25,
2381:1, 2381:2,
2381:3, 2381:6,
2381:9, 2381:10,
2381:11, 2381:12,
2381:13, 2381:14,
2381:15, 2381:16,
2381:20, 2381:22,
2381:23, 2381:24,
2381:25, 2382:2,
2382:3, 2382:4,
2382:5, 2382:7,
2382:9, 2382:11,
2382:15, 2382:17,
2382:18, 2382:19,
2382:20, 2382:24,
2382:25, 2383:1,
2383:4, 2383:6,
2383:7, 2383:10,
2383:13, 2383:14,
2383:15, 2383:16,
2383:17, 2383:20,
2383:24, 2384:8,
2384:9, 2384:10

**THEIR** [12] - 2302:7,
2305:21, 2305:23,
2309:1, 2310:10,
2328:21, 2356:1,
2356:3, 2369:17,
2370:4, 2375:5,
2376:4

**THEIRS** [1] - 2292:23

**THEM** [13] - 2292:1,
2321:6, 2322:15,

2351:16, 2359:5,
2359:17, 2359:18,
2361:5, 2364:23,
2366:23, 2368:11,
2368:17

**THEMSELVES** [2] -
2305:10, 2338:4

**THEN** [40] - 2291:16,
2296:3, 2296:18,
2298:7, 2300:1,
2300:13, 2303:23,
2304:1, 2304:20,
2306:7, 2311:21,
2312:6, 2314:20,
2317:4, 2318:21,
2319:5, 2320:4,
2320:6, 2324:10,
2324:20, 2325:21,
2326:24, 2328:9,
2331:13, 2337:12,
2339:18, 2340:4,
2346:13, 2356:14,
2357:25, 2358:5,
2359:5, 2362:8,
2366:23, 2372:4,
2372:15, 2375:16,
2376:4, 2378:20,
2381:13

**THEORY** [4] -
2376:3, 2376:4,
2376:6, 2376:7

**THERE** [81] -
2291:22, 2292:3,
2293:4, 2295:9,
2295:18, 2295:20,
2295:23, 2296:5,
2296:6, 2298:1,
2299:9, 2300:4,
2300:10, 2301:17,
2301:18, 2301:19,
2302:11, 2302:21,
2303:24, 2304:16,
2306:11, 2309:13,
2310:15, 2311:6,
2311:11, 2311:21,
2312:8, 2314:12,
2314:14, 2319:12,
2320:19, 2320:21,
2321:1, 2321:6,
2322:24, 2327:21,
2329:7, 2329:17,
2331:18, 2333:9,
2335:2, 2336:8,
2339:15, 2340:5,
2340:19, 2340:21,
2341:5, 2341:16,
2343:8, 2344:8,
2344:22, 2351:11,
2351:19, 2354:12,
2356:15, 2357:23,
2361:3, 2363:2,

2365:23, 2365:24,
2368:8, 2368:11,
2370:13, 2371:1,
2371:4, 2372:5,
2372:17, 2373:10,
2374:24, 2377:12,
2378:20, 2380:4,
2380:10, 2380:14,
2381:22, 2381:23,
2381:24, 2382:7,
2382:8

**THERE'S** [17] -
2310:2, 2311:5,
2314:12, 2317:13,
2332:3, 2332:4,
2332:16, 2335:4,
2335:6, 2339:10,
2339:14, 2341:4,
2341:8, 2344:13,
2347:14, 2363:14,
2377:8

**THEREBY** [1] -
2356:5

**THEREFORE** [1] -
2323:22

**THESE** [30] -
2292:22, 2304:20,
2313:8, 2313:24,
2317:23, 2320:22,
2321:5, 2323:4,
2323:17, 2323:19,
2325:12, 2332:16,
2335:2, 2339:1,
2339:5, 2339:7,
2340:21, 2344:15,
2344:20, 2347:24,
2348:1, 2352:4,
2352:5, 2352:10,
2352:11, 2357:23,
2361:20, 2366:21,
2366:25, 2373:2

**THEY** [58] - 2292:1,
2293:5, 2294:17,
2299:25, 2301:6,
2302:23, 2303:1,
2303:19, 2303:22,
2303:24, 2305:13,
2305:17, 2306:3,
2306:11, 2306:14,
2306:15, 2306:19,
2307:15, 2307:23,
2308:14, 2309:11,
2309:23, 2310:2,
2310:4, 2311:8,
2313:8, 2331:22,
2335:10, 2352:17,
2353:9, 2353:11,
2355:25, 2356:3,
2356:4, 2363:25,
2364:1, 2364:2,

DAILY COPY

2366:12, 2366:21, 2368:6, 2368:7, 2368:9, 2369:12, 2369:16, 2370:2, 2370:21, 2372:17, 2373:2, 2373:4, 2374:24, 2374:25, 2375:2, 2376:8, 2381:14, 2383:10

**THEY'LL** [1] - 2310:7

**THEY'RE** [16] - 2301:1, 2302:11, 2304:7, 2306:13, 2307:19, 2307:23, 2313:19, 2323:5, 2354:20, 2360:13, 2360:15, 2367:9, 2371:5, 2373:3, 2374:23, 2375:2

**THING** [7] - 2293:3, 2309:18, 2332:12, 2351:12, 2354:21, 2374:15

**THINGS** [10] - 2300:25, 2319:19, 2321:11, 2321:15, 2325:8, 2339:15, 2359:16, 2359:17, 2362:6, 2375:21

**THINK** [68] - 2294:5, 2296:2, 2296:3, 2296:18, 2297:20, 2300:24, 2301:1, 2302:23, 2308:18, 2311:10, 2311:11, 2312:1, 2312:11, 2312:13, 2314:7, 2315:9, 2320:15, 2320:16, 2320:18, 2320:19, 2321:19, 2322:7, 2324:6, 2325:19, 2326:2, 2329:10, 2330:11, 2330:16, 2331:3, 2333:12, 2335:12, 2335:13, 2335:19, 2335:22, 2336:17, 2340:21, 2341:16, 2341:18, 2344:21, 2350:22, 2351:25, 2353:1, 2353:3, 2353:7, 2353:10, 2354:12, 2357:7, 2357:10, 2357:21, 2358:4, 2358:6, 2358:21, 2359:8, 2360:15, 2361:16, 2364:2, 2364:19, 2366:5, 2367:9, 2371:6, 2371:16,

2374:12, 2374:16, 2375:7, 2376:8

**THINKING** [3] - 2305:10, 2318:5, 2373:10

**THINNER** [1] - 2366:3

**THIRD** [4] - 2291:16, 2304:5, 2358:12, 2359:11

**THIS** [227] - 2291:20, 2291:22, 2292:6, 2292:17, 2293:3, 2293:5, 2293:16, 2294:23, 2295:17, 2297:24, 2298:12, 2298:20, 2299:4, 2299:9, 2299:10, 2300:7, 2300:8, 2301:7, 2302:18, 2304:17, 2310:24, 2311:4, 2311:11, 2313:3, 2313:9, 2313:10, 2313:11, 2313:12, 2313:14, 2315:14, 2315:17, 2315:25, 2316:5, 2316:6, 2316:11, 2316:14, 2316:18, 2317:2, 2317:15, 2318:2, 2318:7, 2318:8, 2318:10, 2318:11, 2318:23, 2319:1, 2319:14, 2319:15, 2319:21, 2320:7, 2320:11, 2320:20, 2320:22, 2321:8, 2321:14, 2321:17, 2322:6, 2322:9, 2322:12, 2322:25, 2323:7, 2323:11, 2323:22, 2324:3, 2324:6, 2325:15, 2326:1, 2326:3, 2326:6, 2326:11, 2326:15, 2327:17, 2328:3, 2328:9, 2328:10, 2328:11, 2329:4, 2329:23, 2330:8, 2330:16, 2330:20, 2331:17, 2332:1, 2332:13, 2332:23, 2333:16, 2333:23, 2334:1, 2334:12, 2335:22, 2337:4, 2337:17, 2337:18, 2337:24, 2338:4, 2338:10, 2338:12, 2338:13, 2338:22, 2340:1, 2341:10,

2341:17, 2342:5, 2342:10, 2342:11, 2342:22, 2343:20, 2344:7, 2344:9, 2345:6, 2346:3, 2346:5, 2346:22, 2347:8, 2347:14, 2347:20, 2348:3, 2348:22, 2349:6, 2349:10, 2349:11, 2350:19, 2350:20, 2351:4, 2351:13, 2351:25, 2352:10, 2352:13, 2352:24, 2353:18, 2353:23, 2354:3, 2354:20, 2354:23, 2355:12, 2355:16, 2356:1, 2356:4, 2356:6, 2357:3, 2357:4, 2357:11, 2359:6, 2360:5, 2360:7, 2360:9, 2360:11, 2360:21, 2361:1, 2361:14, 2361:23, 2362:12, 2362:19, 2362:22, 2363:25, 2364:9, 2364:10, 2364:11, 2364:14, 2364:16, 2364:20, 2365:6, 2365:8, 2366:8, 2366:9, 2366:16, 2367:1, 2367:20, 2367:21, 2367:25, 2368:2, 2368:11, 2368:12, 2369:7, 2371:20, 2372:3, 2372:21, 2373:14, 2374:4, 2374:18, 2375:3, 2375:11, 2375:16, 2375:18, 2375:23, 2376:18, 2376:19, 2376:21, 2377:8, 2377:9, 2377:12, 2377:20, 2378:14, 2378:15, 2378:17, 2378:22, 2379:4, 2379:10, 2380:2, 2381:3, 2381:4, 2381:8, 2381:13, 2382:20, 2382:21, 2382:24, 2383:12, 2383:17

**THOMAS** [1] - 2287:23

**THOSE** [32] - 2292:9, 2295:3, 2296:3, 2298:19, 2300:19, 2304:5, 2308:15, 2312:1, 2312:14,

2313:25, 2315:22, 2327:10, 2329:13, 2341:22, 2342:7, 2351:23, 2352:2, 2352:8, 2358:15, 2359:13, 2359:14, 2359:16, 2359:17, 2360:24, 2361:6, 2363:19, 2366:22, 2367:9, 2370:3, 2371:8, 2379:22, 2381:17

**THOUGH** [5] - 2313:4, 2327:6, 2333:16, 2334:13, 2340:21

**THOUGHT** [15] - 2295:5, 2309:11, 2309:12, 2318:3, 2334:3, 2344:19, 2347:16, 2349:20, 2354:2, 2354:25, 2355:16, 2356:8, 2369:8, 2382:23

**THREE** [21] - 2310:16, 2313:3, 2315:11, 2329:16, 2329:19, 2330:7, 2331:4, 2332:17, 2334:19, 2343:22, 2349:9, 2355:17, 2356:14, 2356:17, 2359:16, 2359:17, 2369:17, 2370:1, 2370:21, 2370:23, 2375:6

**THREE-FOOT** [4] - 2330:7, 2331:4, 2332:17, 2370:21

**THROUGH** [16] - 2297:10, 2301:8, 2302:9, 2304:16, 2304:25, 2305:3, 2308:21, 2322:1, 2327:16, 2330:12, 2333:19, 2335:16, 2355:6, 2357:16, 2370:14, 2379:25

**THROUGHOUT** [2] - 2367:21, 2367:22

**TIDAL** [1] - 2299:22

**TIDES** [14] - 2300:19, 2300:23, 2300:25, 2301:6, 2301:8, 2301:18, 2301:19, 2301:23, 2302:1, 2302:8, 2309:22, 2312:3

**TIE** [1] - 2319:14

**TIME** [46] - 2306:24,

2310:12, 2312:6, 2313:19, 2316:5, 2322:10, 2324:11, 2325:16, 2327:6, 2327:15, 2328:21, 2329:3, 2334:6, 2339:7, 2347:22, 2352:9, 2353:10, 2355:7, 2358:19, 2361:15, 2362:4, 2362:22, 2362:23, 2362:25, 2363:8, 2363:20, 2364:1, 2366:9, 2366:10, 2366:24, 2366:25, 2369:25, 2371:1, 2371:7, 2371:9, 2371:18, 2371:24, 2372:5, 2372:6, 2372:17, 2372:25, 2374:16, 2376:3, 2376:4, 2380:18

**TIMES** [1] - 2295:17

**TIMING** [5] - 2323:21, 2361:23, 2371:4, 2371:11, 2372:23

**TITLE** [2] - 2298:9, 2298:15

**TO** [444] - 2291:13, 2291:21, 2292:1, 2292:2, 2293:7, 2293:14, 2293:16, 2293:17, 2294:2, 2294:6, 2294:10, 2294:11, 2294:14, 2294:20, 2294:21, 2294:25, 2295:2, 2295:9, 2295:11, 2295:13, 2296:3, 2296:16, 2296:18, 2296:25, 2297:1, 2297:10, 2297:11, 2297:17, 2297:18, 2298:1, 2298:9, 2298:13, 2298:16, 2299:1, 2299:6, 2299:7, 2299:9, 2299:11, 2299:16, 2300:1, 2300:8, 2301:13, 2301:15, 2301:16, 2301:22, 2301:23, 2302:18, 2302:21, 2303:1, 2303:5, 2303:10, 2303:13, 2303:16, 2303:21, 2303:23, 2303:24, 2304:5, 2304:11, 2304:17, 2304:20, 2304:21, 2305:8, 2305:10,

2305:12, 2305:15, 2305:20, 2306:7, 2306:9, 2306:10, 2306:12, 2306:15, 2306:17, 2306:22, 2307:2, 2307:4, 2307:9, 2307:12, 2307:15, 2308:1, 2308:3, 2308:4, 2308:5, 2308:7, 2308:12, 2308:18, 2309:15, 2309:19, 2310:5, 2310:7, 2310:16, 2311:1, 2311:2, 2311:4, 2311:7, 2311:11, 2313:7, 2313:11, 2313:13, 2313:15, 2313:17, 2314:20, 2315:15, 2316:5, 2316:9, 2316:21, 2316:24, 2317:1, 2317:9, 2317:15, 2317:19, 2317:25, 2318:1, 2318:7, 2318:8, 2318:9, 2318:10, 2318:11, 2318:18, 2318:19, 2318:21, 2318:23, 2318:25, 2319:8, 2319:10, 2319:14, 2319:19, 2320:6, 2320:7, 2320:10, 2320:11, 2320:13, 2320:15, 2320:17, 2320:18, 2321:2, 2321:5, 2321:8, 2321:9, 2321:10, 2321:11, 2321:13, 2321:17, 2322:5, 2322:14, 2322:22, 2322:25, 2323:5, 2323:14, 2323:25, 2324:1, 2324:7, 2324:8, 2324:10, 2324:11, 2324:12, 2324:13, 2324:19, 2325:8, 2325:15, 2325:16, 2325:17, 2325:21, 2326:1, 2326:11, 2326:16, 2326:20, 2327:3, 2327:9, 2327:12, 2328:20, 2328:21, 2330:10, 2330:16, 2330:16, 2330:17, 2330:19, 2330:21, 2330:23, 2331:9, 2331:20, 2331:21, 2332:7, 2332:8, 2332:21, 2333:9,

2333:16, 2334:1, 2334:10, 2334:11, 2334:15, 2334:16, 2334:23, 2335:8, 2335:25, 2336:21, 2336:25, 2337:2, 2337:7, 2337:19, 2337:22, 2338:12, 2338:23, 2338:25, 2340:19, 2340:22, 2341:1, 2341:3, 2341:5, 2341:10, 2341:13, 2341:19, 2341:21, 2341:23, 2341:25, 2342:5, 2342:6, 2342:8, 2342:11, 2342:23, 2342:24, 2343:4, 2343:14, 2343:15, 2343:16, 2344:2, 2344:17, 2344:25, 2345:1, 2345:2, 2345:4, 2345:5, 2345:9, 2345:12, 2346:1, 2346:10, 2346:11, 2346:12, 2346:18, 2346:19, 2346:20, 2347:6, 2347:8, 2347:9, 2347:11, 2347:24, 2348:2, 2348:8, 2348:9, 2348:15, 2348:20, 2349:13, 2349:14, 2349:17, 2349:20, 2350:15, 2350:19, 2350:25, 2351:2, 2351:8, 2351:9, 2351:15, 2351:19, 2352:7, 2352:10, 2352:13, 2352:18, 2352:19, 2353:1, 2353:5, 2353:7, 2353:14, 2353:20, 2353:23, 2354:5, 2354:6, 2354:22, 2354:25, 2355:9, 2355:11, 2355:22, 2355:25, 2356:4, 2356:11, 2356:19, 2357:3, 2357:5, 2357:16, 2357:23, 2357:25, 2358:7, 2358:16, 2358:23, 2359:6, 2359:10, 2359:15, 2359:16, 2359:23, 2359:25, 2360:2, 2360:13, 2360:16, 2360:17, 2360:19, 2360:22, 2360:23, 2361:22, 2362:3,

2362:4, 2362:7, 2362:11, 2363:19, 2364:8, 2364:14, 2365:15, 2366:6, 2366:8, 2366:10, 2366:24, 2367:1, 2367:12, 2367:13, 2367:25, 2368:3, 2368:4, 2368:5, 2368:10, 2368:12, 2368:17, 2369:1, 2369:8, 2369:9, 2370:14, 2370:24, 2371:10, 2371:12, 2371:22, 2371:23, 2371:24, 2372:3, 2372:4, 2372:5, 2372:15, 2372:16, 2372:20, 2372:25, 2373:1, 2373:22, 2373:23, 2374:1, 2374:21, 2374:23, 2375:1, 2375:3, 2375:7, 2375:8, 2375:9, 2375:15, 2375:16, 2375:18, 2375:20, 2376:10, 2376:14, 2376:20, 2377:7, 2377:16, 2377:18, 2378:3, 2378:5, 2378:6, 2378:11, 2378:22, 2378:25, 2379:3, 2379:16, 2379:18, 2379:19, 2379:23, 2380:2, 2380:4, 2380:9, 2380:17, 2380:19, 2380:23, 2380:24, 2381:2, 2381:5, 2381:6, 2381:19, 2382:4, 2382:8, 2382:16, 2382:17, 2382:19, 2382:20, 2383:1, 2383:4, 2383:12, 2383:13, 2383:15, 2384:8
**TODAY** [3] - 2336:24, 2383:14, 2383:22
**TOGETHER** [3] - 2334:17, 2378:1, 2381:2
**TOLD** [17] - 2294:5, 2294:6, 2325:12, 2334:3, 2335:1, 2352:13, 2352:23, 2355:16, 2356:14, 2356:18, 2357:18, 2357:20, 2360:5, 2365:1, 2372:13,

2373:22
**TOO** [10] - 2291:16, 2293:12, 2294:10, 2316:5, 2341:9, 2354:19, 2366:3, 2371:16, 2375:17, 2377:8
**TOOK** [1] - 2368:16
**TOP** [10] - 2307:7, 2320:11, 2325:13, 2338:25, 2339:4, 2339:8, 2339:18, 2339:24, 2365:1, 2366:16
**TORTS** [1] - 2289:5
**TOTAL** [2] - 2324:7, 2324:11, 2325:17
**TOTALLY** [3] - 2308:2, 2325:14, 2338:7
**TOUGH** [1] - 2360:16
**TOWARD** [4] - 2304:3, 2304:11, 2307:21, 2307:25
**TOWARDS** [3] - 2306:16, 2327:24, 2350:17
**TRACK** [2] - 2295:24, 2296:2
**TRACKING** [1] - 2296:16
**TRACKS** [1] - 2296:2
**TRANSCRIPT** [3] - 2287:7, 2289:18, 2384:8
**TRANSITION** [4] - 2314:8, 2355:6, 2358:6, 2360:14
**TRANSMITTED** [2] - 2304:21
**TRAVEL** [4] - 2372:3, 2372:15, 2372:25, 2373:2
**TRAVERSED** [1] - 2304:2
**TREATING** [2] - 2381:9, 2381:10
**TRIAL** [1] - 2287:7
**TRIED** [8] - 2346:18, 2349:13, 2349:20, 2351:9, 2351:15, 2353:1, 2355:25, 2357:16
**TROUGH** [1] - 2359:20
**TRUE** [28] - 2296:12, 2302:22, 2303:20, 2309:5, 2309:9, 2323:2, 2324:12, 2324:17, 2324:25,

2325:5, 2326:21, 2337:21, 2338:6, 2342:25, 2351:21, 2354:8, 2361:18, 2371:19, 2372:6, 2372:9, 2373:22, 2377:17, 2379:10, 2380:13, 2380:19, 2382:16, 2383:8, 2384:8
**TRUST** [2] - 2315:8, 2346:9
**TRY** [7] - 2345:9, 2360:16, 2367:13, 2368:3, 2369:9, 2375:7, 2380:9
**TRYING** [7] - 2301:15, 2312:19, 2328:20, 2332:21, 2333:16, 2355:11, 2360:19
**TURN** [1] - 2292:3
**TURNED** [1] - 2343:1
**TWO** [41] - 2314:4, 2314:20, 2314:23, 2314:25, 2315:1, 2315:3, 2315:5, 2316:23, 2319:23, 2320:4, 2320:5, 2329:11, 2329:13, 2329:17, 2340:21, 2352:2, 2352:8, 2359:13, 2359:14, 2359:17, 2360:24, 2363:19, 2365:25, 2366:12, 2366:15, 2368:23, 2370:24, 2373:11, 2374:22, 2375:24, 2378:11, 2379:9, 2379:17, 2379:18, 2381:17
**TWO-BLOCKS** [1] - 2363:19
**TX** [1] - 2287:24
**TYPE** [4] - 2367:25, 2368:12, 2369:7, 2380:1
**TYPICALLY** [2] - 2298:10, 2305:9

# U

**U** [1] - 2289:4
**UH** [2] - 2328:2, 2340:9
**UH-HUH** [2] - 2328:2, 2340:9
**ULTIMATE** [3] - 2294:17, 2330:17, 2333:25
**ULTIMATELY** [4] -

2321:3, 2330:13, 2333:18, 2362:9
**ULTRA** [1] - 2350:15
**UNAUTHORIZED** [1] - 2319:4
**UNCHANGED** [1] - 2303:14
**UNDER** [3] - 2304:1, 2329:11, 2361:12
**UNDERNEATH** [1] - 2323:23
**UNDERPREDICTIO N** [2] - 2354:6, 2358:18
**UNDERSTAND** [16] - 2301:15, 2321:14, 2324:14, 2325:25, 2330:1, 2330:16, 2335:17, 2339:6, 2348:15, 2350:18, 2366:8, 2366:9, 2366:10, 2373:25, 2376:16, 2383:2
**UNDERSTANDING** [10] - 2298:7, 2298:9, 2316:22, 2319:13, 2321:2, 2326:1, 2351:21, 2357:5, 2384:9
**UNDERSTANDS** [1] - 2319:11
**UNDERSTATED** [3] - 2360:15, 2360:21, 2370:1
**UNDERSTATES** [1] - 2361:11
**UNDERTAKING** [1] - 2310:21
**UNFORTUNATELY** [1] - 2331:25
**UNITED** [5] - 2287:1, 2287:5, 2287:8, 2312:7, 2384:6
**UNREALISTIC** [1] - 2305:15
**UNREALISTICALL Y** [1] - 2311:9
**UNUSUAL** [1] - 2368:2
**UP** [53] - 2291:21, 2295:16, 2296:1, 2296:19, 2298:4, 2301:6, 2301:15, 2301:23, 2304:1, 2305:21, 2306:18, 2307:16, 2307:20, 2307:23, 2308:2, 2312:15, 2318:10, 2319:1, 2319:14, 2326:14, 2329:7,

2330:21, 2332:2, 2332:23, 2333:9, 2335:18, 2335:23, 2335:24, 2337:20, 2337:24, 2346:24, 2347:6, 2348:9, 2352:21, 2354:1, 2364:10, 2364:13, 2364:23, 2365:6, 2365:7, 2366:12, 2368:17, 2372:4, 2372:16, 2376:14, 2376:19, 2377:12, 2382:18, 2382:20, 2383:12
**UPON** [10] - 2291:10, 2312:8, 2341:23, 2342:6, 2342:8, 2351:13, 2357:18, 2369:1, 2376:3, 2381:4
**UPPER** [4] - 2362:5, 2366:6, 2366:13, 2366:16
**UPSET** [1] - 2329:25
**UPWARD** [1] - 2367:3
**URS** [1] - 2311:21
**US** [26] - 2292:23, 2293:15, 2294:5, 2294:6, 2317:23, 2319:8, 2320:7, 2322:7, 2325:12, 2327:9, 2334:3, 2335:1, 2336:16, 2348:16, 2351:8, 2355:16, 2355:18, 2356:14, 2356:18, 2357:18, 2357:20, 2364:6, 2365:1, 2372:13, 2372:14, 2383:20
**USE** [5] - 2357:3, 2361:24, 2366:9, 2367:24, 2368:20
**USED** [19] - 2292:19, 2292:23, 2294:19, 2316:21, 2316:22, 2323:19, 2323:20, 2344:24, 2345:2, 2348:14, 2349:2, 2352:17, 2352:18, 2363:25, 2364:19, 2367:12, 2367:21, 2368:21, 2368:23
**USING** [7] - 2341:11, 2344:23, 2351:15, 2351:16, 2352:1, 2360:2, 2361:23
**USUALLY** [1] -

2377:3
**UTC** [5] - 2361:22, 2362:3, 2362:25, 2366:22, 2366:24
**UTILIZED** [2] - 2299:17, 2364:14

# V

**V** [1] - 2287:4
**VALUE** [3] - 2328:15, 2338:18, 2361:12
**VALUES** [1] - 2353:12
**VARIOUS** [3] - 2321:18, 2353:9, 2367:10
**VAST** [1] - 2335:15
**VERSION** [3] - 2330:2, 2364:16, 2365:15
**VERSUS** [1] - 2338:19
**VERTICAL** [2] - 2340:21, 2341:5
**VERY** [19] - 2310:6, 2311:12, 2311:13, 2312:3, 2318:23, 2319:19, 2327:21, 2341:19, 2348:15, 2359:9, 2359:10, 2359:17, 2365:7, 2365:19, 2369:8, 2375:11, 2376:8
**VICINITY** [4] - 2297:3, 2341:10, 2372:2, 2381:4
**VICTOR** [1] - 2288:19
**VIDEO** [1] - 2371:21
**VIEW** [2] - 2371:21, 2376:4
**VOLUME** [14] - 2287:9, 2321:9, 2323:7, 2323:15, 2323:23, 2324:1, 2324:8, 2324:11, 2325:6, 2325:12, 2325:15, 2325:17, 2373:15, 2376:21
**VOLUMES** [1] - 2325:4
**VRIJLING** [8] - 2313:13, 2313:16, 2313:21, 2317:11, 2321:20, 2325:9, 2325:12, 2325:18
**VRIJLING'S** [4] - 2321:2, 2330:11, 2333:17, 2334:4

# W

**WAIT** [2] - 2295:11, 2340:8
**WALL** [5] - 2314:12, 2317:6, 2318:13, 2370:13, 2370:14
**WALLS** [3] - 2320:22, 2381:10, 2381:11
**WALTER** [1] - 2288:8
**WANT** [38] - 2291:13, 2293:14, 2293:15, 2293:17, 2302:18, 2305:20, 2309:19, 2313:13, 2313:15, 2314:20, 2317:19, 2319:8, 2326:16, 2330:10, 2330:19, 2331:9, 2337:7, 2341:10, 2342:1, 2342:5, 2342:24, 2346:20, 2348:8, 2348:14, 2353:7, 2359:15, 2359:25, 2362:4, 2362:11, 2368:5, 2371:23, 2373:22, 2375:16, 2378:22, 2381:19, 2382:1, 2383:12
**WANTED** [6] - 2301:22, 2316:5, 2324:12, 2346:19, 2374:21, 2376:12
**WARD** [2] - 2374:20, 2375:13
**WARREN** [1] - 2289:1
**WAS** [115] - 2293:4, 2296:15, 2296:16, 2297:1, 2297:6, 2297:14, 2297:20, 2297:21, 2298:1, 2301:17, 2304:16, 2305:21, 2307:12, 2308:13, 2308:14, 2308:24, 2309:12, 2309:17, 2309:18, 2310:4, 2310:18, 2311:11, 2311:16, 2311:21, 2312:1, 2312:8, 2312:11, 2312:12, 2312:21, 2313:11, 2314:14, 2314:16, 2315:9, 2317:6, 2320:24, 2321:1, 2321:2, 2322:16, 2325:13, 2325:18, 2326:5, 2327:4, 2327:21, 2328:21, 2330:8,

2333:16, 2333:24, 2334:5, 2335:1, 2335:23, 2336:17, 2336:20, 2338:23, 2340:16, 2340:21, 2340:22, 2342:17, 2344:22, 2345:11, 2345:23, 2345:25, 2346:1, 2346:11, 2347:6, 2347:16, 2349:16, 2350:24, 2352:6, 2352:21, 2352:24, 2353:10, 2354:12, 2355:11, 2355:17, 2355:19, 2356:13, 2356:16, 2356:18, 2357:18, 2357:21, 2360:18, 2360:19, 2362:18, 2363:20, 2366:24, 2367:10, 2367:11, 2368:14, 2368:25, 2369:8, 2369:9, 2369:12, 2369:17, 2369:20, 2369:23, 2369:24, 2370:1, 2370:6, 2370:12, 2372:13, 2372:14, 2373:8, 2373:10, 2375:10, 2375:11, 2376:24, 2380:7, 2382:24, 2383:25
**WASHINGTON** [1] - 2289:13
**WASN'T** [1] - 2356:17
**WATCH** [2] - 2371:23, 2371:25
**WATCHED** [1] - 2334:5
**WATER** [140] - 2294:24, 2296:1, 2300:3, 2300:25, 2301:9, 2301:23, 2302:1, 2302:9, 2304:14, 2305:12, 2305:22, 2313:11, 2313:14, 2313:22, 2316:9, 2318:21, 2318:22, 2319:22, 2319:23, 2320:17, 2320:18, 2321:3, 2321:9, 2321:19, 2323:7, 2323:15, 2323:23, 2324:4, 2324:17, 2324:24, 2325:13, 2326:7, 2326:8, 2327:15, 2327:21, 2327:24, 2328:6, 2328:11,

DAILY COPY

2328:14, 2329:1,
2330:7, 2330:12,
2330:13, 2330:17,
2333:18, 2334:1,
2334:8, 2334:19,
2335:7, 2335:8,
2335:9, 2335:10,
2335:14, 2335:15,
2335:18, 2335:19,
2335:24, 2335:25,
2336:3, 2336:4,
2336:5, 2337:18,
2337:20, 2337:23,
2338:22, 2339:3,
2339:7, 2339:8,
2339:12, 2339:14,
2339:15, 2339:17,
2339:18, 2339:20,
2339:23, 2340:4,
2340:7, 2340:10,
2340:16, 2340:18,
2340:25, 2341:3,
2341:11, 2341:14,
2343:5, 2343:22,
2344:12, 2345:5,
2347:21, 2348:16,
2349:9, 2350:17,
2350:20, 2350:24,
2351:4, 2351:24,
2353:4, 2353:5,
2353:10, 2356:2,
2358:9, 2365:18,
2365:19, 2367:8,
2367:9, 2367:19,
2368:16, 2369:5,
2370:13, 2370:18,
2371:9, 2371:10,
2371:13, 2371:16,
2372:3, 2372:25,
2374:23, 2374:24,
2375:2, 2375:8,
2375:12, 2378:11,
2379:8, 2379:14,
2379:15, 2379:17,
2379:21, 2380:14,
2380:15, 2381:13,
2381:14, 2381:16,
2381:17, 2382:18

**WATER'S** [1] -
2372:15

**WATERWAY** [4] -
2312:23, 2370:20,
2378:16, 2379:24

**WAVE** [11] - 2308:1,
2308:4, 2308:19,
2308:20, 2308:21,
2326:6, 2339:11,
2350:12, 2350:14,
2350:16, 2376:8

**WAVES** [20] -
2307:16, 2307:19,

2307:20, 2307:23,
2307:24, 2308:3,
2308:14, 2308:16,
2309:12, 2309:13,
2309:15, 2309:18,
2310:7, 2339:15,
2339:23, 2340:20,
2373:2, 2373:3

**WAY** [22] - 2293:5,
2296:14, 2296:17,
2299:9, 2308:2,
2308:6, 2308:20,
2311:4, 2312:13,
2313:17, 2316:21,
2333:9, 2337:19,
2340:14, 2351:19,
2361:9, 2371:20,
2372:4, 2372:16,
2374:18, 2377:18,
2382:15

**WAYS** [3] - 2350:22,
2355:24, 2360:22

**WE** [224] - 2291:8,
2291:21, 2291:22,
2291:23, 2291:25,
2292:19, 2292:22,
2292:23, 2292:25,
2293:7, 2293:10,
2293:11, 2293:16,
2294:25, 2295:14,
2298:3, 2298:4,
2298:12, 2298:16,
2299:7, 2299:13,
2299:14, 2299:15,
2299:21, 2299:23,
2300:13, 2303:10,
2303:15, 2303:19,
2303:22, 2304:6,
2304:7, 2304:13,
2306:1, 2306:7,
2306:11, 2306:20,
2306:22, 2307:7,
2308:11, 2309:2,
2309:18, 2312:6,
2312:20, 2313:9,
2313:12, 2313:21,
2314:6, 2315:21,
2315:22, 2316:12,
2316:23, 2316:24,
2317:1, 2317:2,
2317:4, 2317:11,
2317:23, 2318:7,
2318:20, 2318:22,
2319:8, 2319:14,
2319:21, 2319:23,
2320:6, 2320:7,
2320:9, 2320:12,
2321:8, 2322:8,
2323:8, 2324:3,
2327:19, 2327:23,
2328:3, 2328:4,

2328:12, 2329:24,
2330:2, 2330:7,
2330:10, 2330:16,
2330:24, 2331:1,
2331:4, 2331:17,
2331:18, 2331:20,
2331:22, 2331:23,
2332:4, 2332:23,
2333:4, 2333:14,
2333:15, 2334:15,
2334:19, 2336:17,
2336:25, 2337:1,
2337:5, 2337:10,
2337:15, 2337:16,
2339:2, 2339:17,
2339:23, 2339:24,
2340:4, 2340:25,
2341:13, 2341:14,
2342:10, 2343:1,
2343:19, 2343:21,
2344:4, 2344:14,
2345:17, 2346:5,
2346:9, 2346:18,
2347:3, 2347:15,
2347:20, 2348:8,
2349:3, 2349:4,
2349:6, 2349:8,
2349:21, 2350:2,
2350:4, 2350:10,
2350:12, 2350:13,
2350:14, 2350:15,
2351:10, 2351:13,
2351:14, 2351:15,
2352:12, 2353:4,
2353:7, 2353:8,
2354:11, 2354:19,
2355:4, 2355:5,
2355:7, 2355:8,
2355:13, 2356:7,
2356:8, 2357:3,
2357:5, 2357:19,
2359:19, 2359:20,
2360:10, 2360:14,
2361:11, 2361:16,
2361:25, 2362:4,
2364:9, 2364:23,
2365:8, 2366:2,
2366:3, 2366:4,
2366:9, 2367:14,
2367:17, 2367:20,
2367:21, 2369:18,
2369:24, 2373:10,
2373:16, 2373:17,
2373:18, 2373:22,
2373:23, 2373:25,
2374:10, 2374:15,
2374:19, 2376:18,
2377:12, 2377:20,
2378:9, 2382:23,
2383:21, 2383:22

**WE'LL** [14] -

2292:16, 2306:12,
2311:3, 2315:15,
2320:21, 2322:23,
2332:10, 2342:15,
2343:11, 2351:10,
2376:18, 2377:22,
2378:9, 2379:1

**WE'LL** [1] - 2332:1

**WE'RE** [41] -
2299:11, 2300:20,
2300:24, 2301:12,
2303:22, 2304:10,
2305:25, 2318:10,
2318:21, 2318:25,
2319:1, 2320:17,
2320:18, 2321:9,
2322:23, 2327:22,
2328:4, 2329:24,
2330:15, 2330:23,
2332:19, 2335:17,
2342:11, 2348:9,
2356:9, 2357:11,
2361:9, 2361:12,
2365:25, 2366:15,
2371:20, 2374:16,
2376:10, 2379:13,
2379:14, 2379:15,
2379:18, 2379:21

**WE'VE** [8] - 2291:9,
2292:4, 2298:17,
2299:19, 2323:20,
2344:8, 2355:22,
2377:11

**WEATHER** [1] -
2367:23

**WELCOME** [1] -
2373:9

**WELL** [72] - 2291:9,
2293:3, 2293:11,
2293:18, 2294:5,
2294:8, 2294:23,
2296:8, 2296:24,
2299:11, 2300:10,
2300:13, 2301:8,
2301:13, 2301:17,
2302:8, 2304:1,
2305:10, 2305:17,
2305:25, 2306:17,
2307:14, 2309:12,
2309:17, 2310:20,
2311:3, 2312:10,
2312:18, 2314:18,
2315:3, 2316:16,
2319:19, 2322:23,
2324:12, 2324:15,
2326:24, 2328:9,
2334:7, 2336:24,
2336:25, 2337:5,
2337:10, 2341:2,
2341:11, 2344:2,

2346:10, 2349:13,
2350:7, 2350:9,
2350:22, 2353:9,
2354:25, 2356:23,
2356:25, 2357:16,
2358:5, 2358:15,
2359:9, 2359:17,
2359:18, 2360:14,
2363:4, 2363:25,
2365:6, 2365:19,
2372:7, 2373:17,
2376:15, 2376:22,
2377:1, 2381:14

**WENT** [2] - 2313:11,
2325:13

**WERE** [29] - 2295:25,
2296:21, 2297:22,
2302:23, 2303:16,
2309:11, 2309:17,
2310:16, 2316:14,
2325:9, 2333:25,
2335:23, 2342:4,
2345:17, 2351:15,
2354:7, 2356:8,
2366:21, 2368:16,
2369:1, 2369:16,
2370:2, 2373:10,
2381:22, 2381:22,
2381:23, 2381:24,
2382:7, 2382:23

**WEREN'T** [3] -
2325:10, 2334:3,
2369:12

**WEST** [10] - 2303:13,
2306:9, 2306:15,
2306:17, 2310:5,
2316:25, 2317:5,
2318:1, 2318:11,
2340:4

**WESTERINK** [27] -
2294:16, 2296:24,
2311:18, 2326:15,
2326:16, 2326:19,
2329:1, 2331:10,
2331:13, 2336:25,
2337:23, 2343:17,
2346:7, 2347:25,
2348:14, 2348:20,
2352:5, 2352:10,
2352:12, 2365:1,
2365:15, 2366:20,
2371:2, 2371:19,
2373:21, 2377:15,
2382:12

**WESTERINK'S** [6] -
2326:21, 2327:2,
2328:10, 2348:2,
2352:11, 2365:20

**WESTERN** [1] -
2292:16

DAILY COPY

**WETLAND** [3] - 2345:19, 2345:24

**WETLANDS** [4] - 2304:17, 2328:21, 2330:4, 2335:16

**WHAT** [141] - 2291:21, 2291:22, 2291:25, 2292:4, 2292:14, 2292:25, 2293:10, 2294:24, 2295:13, 2296:2, 2297:5, 2297:9, 2298:5, 2298:7, 2298:19, 2300:4, 2300:8, 2302:1, 2303:24, 2303:25, 2304:7, 2304:21, 2304:24, 2305:17, 2306:13, 2306:14, 2306:19, 2306:20, 2307:10, 2310:6, 2310:13, 2310:15, 2311:3, 2311:24, 2313:12, 2313:15, 2314:2, 2315:21, 2316:20, 2317:11, 2318:11, 2318:23, 2320:24, 2321:14, 2321:23, 2322:12, 2323:4, 2324:17, 2324:22, 2325:19, 2325:21, 2326:2, 2326:5, 2326:11, 2326:25, 2327:22, 2328:11, 2330:1, 2330:8, 2330:10, 2330:11, 2332:15, 2334:13, 2335:18, 2336:16, 2337:20, 2338:8, 2338:16, 2338:19, 2340:22, 2342:4, 2342:5, 2343:21, 2345:9, 2345:11, 2345:16, 2346:7, 2346:15, 2347:12, 2348:2, 2348:25, 2349:10, 2349:11, 2349:20, 2349:21, 2350:6, 2350:11, 2350:19, 2350:20, 2351:4, 2354:3, 2354:25, 2355:11, 2355:23, 2356:18, 2357:9, 2357:18, 2357:20, 2357:21, 2358:16, 2359:23, 2360:18, 2360:19, 2362:19, 2362:22, 2362:24, 2365:21, 2367:10, 2367:23, 2368:3,

2368:5, 2368:6, 2368:14, 2369:9, 2370:6, 2370:9, 2370:15, 2371:2, 2371:8, 2371:19, 2372:10, 2373:22, 2373:23, 2373:25, 2374:19, 2375:10, 2375:20, 2376:23, 2377:9, 2378:3, 2378:17, 2379:3, 2379:19, 2380:16, 2381:12

**WHAT'S** [13] - 2301:12, 2313:25, 2324:18, 2335:21, 2339:15, 2342:9, 2358:17, 2359:11, 2375:21, 2381:15, 2383:1, 2383:4, 2383:7

**WHATEVER** [12] - 2293:17, 2293:18, 2293:19, 2308:13, 2310:8, 2326:5, 2335:8, 2335:13, 2341:15, 2363:20, 2365:12, 2375:19

**WHATSOEVER** [1] - 2342:23

**WHEN** [23] - 2301:7, 2302:8, 2303:7, 2307:2, 2307:23, 2309:22, 2325:9, 2325:15, 2326:11, 2328:3, 2340:6, 2344:18, 2344:24, 2348:22, 2349:16, 2353:13, 2354:7, 2360:7, 2368:6, 2370:12, 2381:8, 2383:6, 2383:12

**WHERE** [51] - 2292:2, 2293:4, 2293:5, 2293:11, 2306:7, 2310:4, 2310:6, 2313:11, 2314:1, 2314:11, 2316:7, 2317:1, 2317:4, 2317:6, 2317:23, 2318:13, 2318:16, 2320:9, 2326:16, 2326:19, 2330:19, 2331:24, 2333:4, 2334:15, 2334:16, 2336:17, 2338:20, 2341:13, 2345:17, 2346:6, 2346:17, 2346:20, 2347:15, 2347:20,

2348:1, 2348:4, 2351:15, 2355:22, 2356:20, 2356:21, 2357:7, 2357:9, 2366:19, 2367:6, 2367:11, 2368:7, 2369:1, 2378:9, 2382:9, 2382:21, 2382:22

**WHEREAS** [2] - 2366:15, 2371:14

**WHEREUPON** [3] - 2312:21, 2342:17, 2383:25

**WHEREVER** [1] - 2339:7

**WHETHER** [20] - 2295:4, 2295:10, 2297:11, 2297:25, 2298:1, 2311:4, 2313:15, 2323:9, 2339:10, 2339:14, 2339:15, 2341:22, 2342:7, 2342:23, 2343:10, 2344:18, 2360:24, 2370:11, 2371:21, 2373:25

**WHICH** [41] - 2295:16, 2304:16, 2304:20, 2316:21, 2319:10, 2319:22, 2320:8, 2320:17, 2321:1, 2322:13, 2323:15, 2326:16, 2327:13, 2327:24, 2329:3, 2330:24, 2331:23, 2332:14, 2338:24, 2343:3, 2345:25, 2351:23, 2353:5, 2353:10, 2353:13, 2357:5, 2358:14, 2358:18, 2360:11, 2361:2, 2364:8, 2365:9, 2371:6, 2376:20, 2377:3, 2377:25, 2379:18, 2381:2, 2382:25

**WHILE** [6] - 2318:10, 2334:3, 2358:8, 2361:9, 2371:23, 2377:23

**WHITE** [4] - 2330:24, 2330:25, 2332:3, 2332:4

**WHO** [7] - 2292:19, 2294:20, 2294:25, 2295:9, 2297:24, 2352:6, 2363:25

**WHOEVER** [1] -

2308:25

**WHOLE** [11] - 2292:1, 2300:2, 2308:6, 2314:1, 2321:9, 2324:4, 2328:3, 2334:5, 2371:23, 2376:4, 2377:22

**WHOSE** [1] - 2343:10

**WHY** [22] - 2300:13, 2319:1, 2321:11, 2331:9, 2332:16, 2335:4, 2337:23, 2344:21, 2345:6, 2345:13, 2348:23, 2350:12, 2357:2, 2357:15, 2358:25, 2359:22, 2362:7, 2363:1, 2375:25, 2380:24, 2381:20

**WIDTH** [2] - 2292:12, 2315:22

**WILL** [26] - 2296:1, 2299:7, 2300:18, 2301:9, 2302:10, 2303:13, 2304:11, 2304:15, 2304:21, 2305:5, 2306:9, 2309:24, 2322:7, 2324:3, 2327:14, 2328:6, 2337:1, 2343:3, 2347:10, 2352:7, 2362:8, 2366:2, 2378:7, 2383:21, 2383:22

**WIND** [8] - 2307:16, 2307:19, 2307:23, 2308:1, 2308:3, 2308:4, 2308:16, 2381:4

**WINDS** [6] - 2295:25, 2296:1, 2296:11, 2296:17, 2335:23, 2381:6

**WINER** [3] - 2296:24, 2311:20, 2377:15

**WITH** [93] - 2293:5, 2293:7, 2294:14, 2296:10, 2296:11, 2297:14, 2298:7, 2300:2, 2300:8, 2300:15, 2302:14, 2302:15, 2304:10, 2305:23, 2308:22, 2308:24, 2309:1, 2310:1, 2310:7, 2310:19, 2311:9, 2311:13, 2311:17, 2311:20, 2312:12,

2314:14, 2316:6, 2317:18, 2318:24, 2320:17, 2320:22, 2321:23, 2322:14, 2323:17, 2325:23, 2326:20, 2326:24, 2326:25, 2329:1, 2330:3, 2334:4, 2336:7, 2336:21, 2338:7, 2341:14, 2341:25, 2343:21, 2344:17, 2345:4, 2345:12, 2347:21, 2348:9, 2348:16, 2349:11, 2349:12, 2350:2, 2350:14, 2351:2, 2352:24, 2353:2, 2353:4, 2354:11, 2354:12, 2354:23, 2355:1, 2355:20, 2356:2, 2356:5, 2356:20, 2357:11, 2357:24, 2358:2, 2359:9, 2360:24, 2361:12, 2362:15, 2362:19, 2363:4, 2365:9, 2365:12, 2365:18, 2365:19, 2367:17, 2368:16, 2368:17, 2372:24, 2378:11, 2379:19, 2382:16, 2383:1, 2383:3, 2383:13

**WITHDRAW** [1] - 2322:12

**WITHIN** [6] - 2294:24, 2308:16, 2341:8, 2369:6, 2379:4, 2379:8

**WITHOUT** [7] - 2321:20, 2336:5, 2338:2, 2351:20, 2360:17, 2360:24

**WITNESS** [62] - 2296:15, 2298:21, 2298:23, 2299:6, 2300:7, 2300:24, 2302:14, 2303:8, 2305:2, 2307:1, 2307:4, 2307:9, 2312:22, 2313:6, 2313:20, 2315:1, 2315:24, 2321:22, 2321:25, 2326:3, 2327:19, 2328:20, 2328:24, 2329:10, 2329:13, 2330:5, 2331:3, 2331:7, 2332:4, 2332:15, 2334:12, 2336:7,

2336:17, 2336:20,
2344:2, 2345:17,
2347:1, 2351:21,
2353:21, 2355:2,
2359:2, 2360:16,
2361:7, 2362:8,
2363:12, 2363:16,
2363:18, 2364:5,
2364:16, 2364:19,
2364:22, 2366:13,
2368:14, 2369:22,
2369:24, 2372:11,
2381:24, 2382:2,
2382:5, 2382:11,
2383:20

**WITNESSES** [1] -
2290:4

**WON'T** [7] - 2303:7,
2303:23, 2339:3,
2350:4, 2350:6,
2350:10

**WOODCOCK** [1] -
2289:12

**WORD** [5] - 2305:23,
2311:1, 2314:17,
2317:17, 2317:19

**WORDING** [1] -
2383:1

**WORDS** [3] - 2302:7,
2358:25, 2383:7

**WORK** [12] -
2297:14, 2297:16,
2297:21, 2308:23,
2311:20, 2321:23,
2324:15, 2328:10,
2333:11, 2338:3,
2343:16

**WOULD** [126] -
2292:14, 2294:9,
2295:5, 2295:13,
2296:9, 2296:11,
2296:18, 2298:7,
2299:16, 2300:25,
2302:14, 2302:21,
2303:18, 2305:2,
2305:8, 2305:14,
2305:21, 2305:23,
2306:17, 2307:10,
2308:1, 2308:3,
2308:15, 2308:16,
2308:25, 2309:8,
2309:12, 2309:23,
2310:1, 2311:1,
2311:13, 2312:4,
2312:14, 2312:22,
2316:22, 2319:12,
2320:18, 2321:12,
2323:8, 2324:12,
2324:21, 2325:23,
2329:10, 2329:13,

2331:4, 2332:8,
2332:17, 2334:7,
2336:5, 2336:7,
2338:7, 2338:20,
2339:2, 2339:10,
2339:14, 2340:14,
2340:19, 2341:19,
2341:22, 2342:10,
2342:24, 2343:6,
2345:2, 2345:8,
2345:10, 2346:17,
2347:9, 2348:20,
2349:20, 2349:21,
2350:16, 2350:25,
2351:5, 2351:19,
2355:4, 2355:5,
2355:12, 2355:13,
2355:19, 2356:3,
2356:23, 2357:22,
2358:25, 2360:24,
2361:11, 2362:5,
2363:4, 2363:17,
2363:18, 2363:19,
2363:20, 2364:2,
2364:4, 2364:5,
2364:6, 2364:16,
2365:9, 2365:18,
2366:22, 2366:23,
2369:7, 2370:8,
2371:12, 2372:18,
2372:22, 2373:5,
2373:20, 2374:2,
2374:12, 2374:13,
2375:8, 2377:18,
2378:3, 2378:6,
2378:20, 2380:10,
2381:22, 2382:9,
2382:17, 2383:3

**WOULDN'T** [5] -
2293:19, 2320:17,
2345:7, 2345:11,
2367:20

**WRAP** [1] - 2376:18

**WRAPPED** [1] -
2352:21

**WRIGHT** [1] - 2288:1

**WRITE** [6] - 2292:8,
2300:12, 2331:6,
2348:8, 2376:23,
2383:6

**WRITING** [3] -
2376:25, 2383:11

**WRITTEN** [3] -
2346:11, 2376:24,
2382:15

**WRONG** [22] -
2325:14, 2325:18,
2331:5, 2331:14,
2332:7, 2339:10,
2346:13, 2352:25,

2353:23, 2354:2,
2354:4, 2354:10,
2355:17, 2358:2,
2358:5, 2358:6,
2358:7, 2361:19,
2365:11, 2370:10,
2370:11

**WROTE** [7] -
2296:24, 2297:24,
2302:7, 2340:13,
2346:8, 2381:8,
2383:12

---

# X

**X** [2] - 2290:2,
2363:1

---

# Y

**YEAH** [55] - 2295:4,
2296:15, 2297:14,
2298:20, 2302:23,
2304:16, 2305:23,
2306:14, 2308:1,
2308:12, 2308:25,
2309:20, 2310:10,
2312:22, 2313:24,
2314:17, 2316:8,
2317:6, 2318:8,
2318:24, 2320:15,
2322:16, 2323:20,
2328:6, 2328:13,
2329:10, 2330:10,
2331:22, 2332:10,
2333:2, 2333:16,
2335:8, 2336:14,
2339:1, 2340:21,
2341:7, 2341:16,
2342:1, 2344:15,
2346:25, 2355:2,
2356:19, 2356:25,
2360:10, 2361:11,
2361:20, 2362:3,
2367:16, 2371:4,
2372:18, 2373:7,
2373:25, 2374:12,
2374:21, 2383:15

**YEARS** [1] - 2338:3

**YELLOW** [1] -
2295:20

**YES** [43] - 2291:13,
2291:19, 2291:24,
2292:21, 2295:21,
2297:4, 2298:22,
2301:18, 2303:6,
2304:9, 2304:23,
2307:6, 2309:6,
2312:16, 2313:7,
2313:8, 2313:9,
2314:5, 2316:19,
2317:7, 2318:14,

2319:14, 2325:2,
2328:15, 2331:12,
2334:24, 2337:17,
2342:12, 2348:7,
2349:25, 2351:18,
2354:1, 2358:4,
2362:16, 2363:24,
2372:9, 2374:7,
2375:14, 2376:11,
2377:4, 2378:18,
2380:21

**YESTERDAY** [9] -
2349:13, 2349:20,
2351:9, 2355:3,
2355:11, 2369:19,
2369:21, 2369:22,
2369:23

**YET** [1] - 2301:13

**YORK** [1] - 2288:24

**YOU** [407] - 2291:8,
2291:10, 2291:13,
2291:14, 2291:20,
2291:23, 2292:4,
2292:6, 2292:10,
2292:14, 2292:20,
2293:4, 2293:14,
2293:15, 2293:16,
2293:17, 2293:22,
2294:2, 2294:5,
2294:6, 2294:9,
2294:10, 2294:14,
2294:20, 2294:22,
2295:16, 2295:17,
2295:22, 2296:15,
2296:21, 2296:22,
2296:24, 2297:3,
2297:9, 2297:24,
2298:4, 2298:7,
2298:13, 2298:19,
2298:22, 2299:4,
2299:8, 2299:11,
2299:16, 2300:20,
2301:5, 2301:14,
2301:15, 2301:21,
2301:22, 2302:5,
2302:19, 2303:6,
2303:7, 2303:25,
2304:21, 2305:5,
2305:15, 2305:17,
2305:19, 2305:20,
2306:3, 2306:6,
2306:17, 2307:3,
2307:4, 2307:6,
2307:10, 2308:3,
2308:18, 2308:23,
2309:14, 2309:16,
2309:17, 2309:19,
2309:20, 2310:5,
2310:13, 2310:14,
2310:24, 2311:3,
2311:4, 2311:18,

2311:19, 2311:21,
2312:11, 2312:17,
2312:25, 2313:7,
2313:13, 2313:15,
2314:3, 2314:5,
2314:18, 2315:1,
2315:8, 2315:23,
2316:6, 2316:14,
2316:19, 2317:17,
2317:18, 2317:19,
2318:5, 2319:15,
2320:5, 2320:16,
2320:21, 2320:22,
2320:24, 2321:5,
2321:13, 2321:17,
2321:19, 2322:4,
2322:14, 2322:15,
2322:20, 2323:4,
2323:5, 2323:9,
2323:11, 2323:17,
2323:19, 2323:22,
2323:23, 2323:24,
2323:25, 2324:3,
2324:8, 2324:10,
2324:12, 2324:15,
2324:17, 2324:19,
2324:24, 2325:4,
2325:6, 2325:8,
2325:9, 2325:10,
2325:15, 2325:16,
2325:21, 2326:2,
2326:8, 2326:21,
2326:24, 2327:2,
2327:6, 2327:18,
2328:1, 2328:3,
2328:6, 2329:3,
2329:8, 2330:19,
2331:2, 2331:4,
2331:9, 2332:7,
2332:17, 2332:24,
2332:25, 2333:6,
2334:3, 2334:7,
2334:12, 2334:24,
2335:6, 2335:22,
2336:10, 2336:16,
2336:24, 2337:3,
2337:5, 2337:7,
2337:8, 2337:22,
2338:9, 2338:13,
2340:8, 2340:13,
2341:2, 2341:4,
2341:5, 2341:7,
2341:9, 2341:10,
2341:17, 2341:24,
2342:4, 2342:5,
2342:23, 2342:24,
2343:2, 2343:3,
2344:8, 2344:12,
2345:1, 2345:2,
2345:6, 2345:9,
2345:13, 2345:15,

2345:25, 2346:6,
2346:11, 2346:17,
2346:24, 2347:9,
2347:16, 2347:24,
2348:7, 2348:19,
2348:20, 2348:22,
2348:24, 2349:3,
2349:4, 2349:6,
2349:12, 2349:25,
2350:3, 2350:4,
2351:8, 2351:17,
2351:24, 2352:7,
2352:13, 2352:16,
2352:18, 2352:23,
2353:11, 2353:13,
2353:15, 2353:20,
2354:1, 2354:2,
2354:3, 2354:7,
2354:12, 2354:17,
2354:20, 2354:25,
2355:2, 2355:16,
2355:18, 2356:11,
2356:13, 2356:14,
2356:15, 2356:16,
2356:17, 2356:18,
2357:1, 2357:7,
2357:17, 2357:18,
2357:20, 2358:14,
2359:5, 2359:6,
2359:7, 2359:15,
2359:16, 2359:22,
2360:5, 2360:7,
2360:11, 2360:15,
2361:9, 2361:10,
2361:11, 2362:7,
2362:15, 2362:19,
2363:1, 2363:4,
2363:20, 2363:24,
2364:10, 2364:14,
2365:1, 2365:18,
2365:23, 2366:19,
2367:1, 2367:6,
2367:8, 2367:15,
2367:23, 2368:2,
2368:3, 2368:4,
2368:5, 2368:20,
2368:23, 2369:1,
2369:6, 2369:7,
2370:8, 2370:12,
2370:18, 2370:20,
2370:23, 2371:2,
2371:12, 2371:21,
2371:23, 2371:25,
2372:1, 2372:8,
2372:11, 2372:13,
2372:24, 2373:2,
2373:8, 2373:21,
2373:22, 2374:12,
2374:17, 2374:25,
2375:4, 2375:7,
2375:15, 2375:19,

2375:20, 2376:12,
2376:22, 2377:3,
2377:5, 2377:9,
2377:15, 2377:22,
2378:3, 2378:6,
2378:18, 2379:3,
2379:8, 2379:19,
2379:23, 2380:6,
2380:8, 2380:9,
2380:24, 2380:25,
2381:8, 2381:9,
2381:12, 2381:20,
2381:22, 2381:25,
2382:1, 2382:8,
2382:9, 2382:20,
2382:21, 2382:22,
2383:5, 2383:6,
2383:12, 2383:13,
2383:18, 2383:19

**YOU'D** [1] - 2353:19

**YOU'LL** [9] -
2291:23, 2295:11,
2296:25, 2314:5,
2320:5, 2327:15,
2345:25, 2353:11,
2375:23

**YOU'RE** [31] -
2294:20, 2295:2,
2301:16, 2303:7,
2304:18, 2307:2,
2309:15, 2310:6,
2319:19, 2321:11,
2321:15, 2326:24,
2329:12, 2331:10,
2334:16, 2337:3,
2338:16, 2355:21,
2361:14, 2363:7,
2363:9, 2365:21,
2366:5, 2373:9,
2376:23, 2381:8,
2382:2, 2382:3,
2382:5, 2383:9

**YOU'VE** [8] -
2293:15, 2295:16,
2295:20, 2310:20,
2310:21, 2316:6,
2335:1, 2358:21

**YOUR** [80] - 2291:7,
2291:20, 2293:17,
2293:20, 2294:17,
2295:13, 2298:7,
2301:22, 2305:18,
2305:21, 2308:8,
2308:10, 2309:20,
2310:13, 2311:1,
2313:7, 2313:19,
2314:17, 2315:25,
2317:17, 2317:20,
2318:24, 2319:7,
2319:17, 2320:15,

2320:25, 2321:17,
2322:4, 2322:13,
2324:14, 2326:1,
2327:6, 2327:14,
2328:16, 2331:5,
2331:12, 2332:24,
2333:12, 2334:12,
2336:7, 2338:12,
2342:22, 2343:3,
2343:8, 2344:5,
2344:6, 2344:7,
2348:15, 2348:24,
2351:4, 2352:18,
2352:23, 2353:23,
2358:23, 2359:22,
2360:1, 2364:8,
2364:10, 2365:4,
2365:7, 2365:18,
2368:3, 2368:4,
2370:23, 2371:2,
2371:12, 2371:16,
2371:18, 2372:11,
2373:23, 2375:10,
2376:20, 2376:22,
2377:1, 2380:3,
2383:11, 2383:14

**YOURS** [3] -
2318:25, 2319:1,
2326:14

## Z

**ZOOM** [1] - 2332:5

DAILY COPY