1                   UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3

4

5    NORMAN ROBINSON, ET AL          *    DOCKET 06-CV-2268-K
                                     *
6    VERSUS                          *    NEW ORLEANS, LOUISIANA
                                     *
7    UNITED STATES OF AMERICA, ET AL *    MAY 4, 2009
     * * * * * * * * * * * * * * * * *

8

9

10                   VOLUME 11 - AFTERNOON SESSION
                     TRIAL PROCEEDINGS BEFORE THE
11               HONORABLE STANWOOD R. DUVAL JR.
                   UNITED STATES DISTRICT JUDGE

12

13

     APPEARANCES:

14

15   FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                                BY:  PIERCE O'DONNELL, ESQ.
16                              550 SOUTH HOPE STREET, SUITE 1000
                                LOS ANGELES, CALIFORNIA 90071

17

18   FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                                BY:  JOSEPH M. BRUNO, ESQ.
19                                   L. SCOTT JOANEN, ESQ.
                                855 BARONNE STREET
20                              NEW ORLEANS, LOUISIANA 70113

21

     FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                              BY:  JONATHAN B. ANDRY, ESQ.
                                     KEA SHERMAN, ESQ.
23                              610 BARONNE STREET
                                NEW ORLEANS, LOUISIANA 70113

24

25

                           FINAL DAILY COPY

1 | APPEARANCES (CONTINUED):

2

3 | FOR THE PLAINTIFFS:          BARON & BUDD, PC
   |                             BY:  THOMAS SIMS, ESQ.
   |                             3102 OAK LAWN AVENUE, SUITE 1100
4 |                             DALLAS, TEXAS 75219

5

   | FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
6 |                             BY:  JAMES P. ROY, ESQ.
   |                             556 JEFFERSON STREET, SUITE 500
7 |                             POST OFFICE BOX 3668
   |                             LAFAYETTE, LOUISIANA 70502
8

9 | FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
   |                             BY:  FRANK C. DUDENHEFER JR., ESQ.
10 |                            601 POYDRAS STREET, SUITE 2655
   |                             NEW ORLEANS, LOUISIANA 70130
11

12 | FOR THE PLAINTIFFS:         DUMAS & ASSOCIATES LAW FIRM, LLC
   |                             BY:  WALTER C. DUMAS, ESQ.
13 |                            LAWYER'S COMPLEX
   |                             1261 GOVERNMENT STREET
14 |                            POST OFFICE BOX 1366
   |                             BATON ROUGE, LOUISIANA 70821
15

16 | FOR THE PLAINTIFFS:         FAYARD & HONEYCUTT
   |                             BY:  CALVIN C. FAYARD JR., ESQ.
17 |                            519 FLORIDA AVENUE S.W.
   |                             DENHAM SPRINGS, LOUISIANA 70726
18

19 | FOR THE PLAINTIFFS:         MICHAEL C. PALMINTIER, A PLC
   |                             BY:  MICHAEL C. PALMINTIER, ESQ.
20 |                                  JOSHUA M. PALMINTIER, ESQ.
   |                             618 MAIN STREET
21 |                            BATON ROUGE, LOUISIANA 70801

22

   | FOR THE PLAINTIFFS:         LAW OFFICE OF ELWOOD C. STEVENS JR.,
23 |                                 A PLC
   |                             BY:  ELWOOD C. STEVENS JR., ESQ.
24 |                            1205 VICTOR II BOULEVARD
   |                             POST OFFICE BOX 2626
25 |                            MORGAN CITY, LOUISIANA 70381

FINAL DAILY COPY

```
1    APPEARANCES (CONTINUED):

2
     FOR SUBROGATED INSURERS:    THE GILBERT FIRM
3                                BY:  ELISA T. GILBERT, ESQ.
                                      BRENDAN R. O'BRIEN, ESQ.
4                                325 EAST 57TH STREET
                                 NEW YORK, NEW YORK 10022
5

6    ALSO PRESENT FOR            J. ROBERT WARREN II, ESQ.
       PLAINTIFFS:               ASHLEY E. PHILEN, ESQ.
7                                MRGO LITIGATION GROUP
                                 600 CARONDELET STREET, SUITE 604
8                                NEW ORLEANS, LOUISIANA 70130

9
     FOR THE DEFENDANT:          U.S. DEPARTMENT OF JUSTICE
10                               TORTS BRANCH, CIVIL DIVISION
                                 BY:  DANIEL M. BAEZA JR., ESQ.
11                                    JEFFREY PAUL EHRLICH, ESQ.
                                      TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                    MICHELE S. GREIF, ESQ.
                                      CONOR KELLS, ESQ.
13                                    PAUL MARC LEVINE, ESQ.
                                      JAMES F. MCCONNON JR., ESQ.
14                                    KARA K. MILLER, ESQ.
                                      RUPERT MITSCH, ESQ.
15                                    PETER G. MYER, ESQ.
                                      ROBIN D. SMITH, ESQ.
16                                    SARAH K. SOJA, ESQ.
                                      RICHARD R. STONE SR., ESQ.
17                                    JOHN WOODCOCK, ESQ.
                                 BENJAMIN FRANKLIN STATION
18                               P.O. BOX 888
                                 WASHINGTON, DC 20044
19

20   OFFICIAL COURT REPORTER:    TONI DOYLE TUSA, CCR, FCRR
                                 500 POYDRAS STREET, ROOM HB-406
21                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7778
22

23

24
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25   PRODUCED BY COMPUTER.



                           FINAL DAILY COPY
```

2388

1                              <u>I N D E X</u>

2                                                          <u>PAGE</u>

3    BRUCE EBERSOLE

4         CROSS-EXAMINATION                                2389

5
     PLAINTIFF PROFFER 2                                   2456
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


                            FINAL DAILY COPY

| | | |
|---|---|---|
| 13:29 | 1 | **AFTERNOON SESSION** |
| 13:29 | 2 | **(MAY 4, 2009)** |
| 13:29 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 13:34 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:34 | 5 | (WHEREUPON, **BRUCE EBERSOLE**, HAVING BEEN DULY SWORN, |
| 13:34 | 6 | TESTIFIED AS FOLLOWS.) |
| 13:34 | 7 | **CROSS-EXAMINATION** |
| 13:34 | 8 | BY MR. BRUNO: |
| 13:34 | 9 | **Q.**  CAN WE CALL UP, PLEASE, SLIDE 22. |
| 13:34 | 10 | NOW, MR. EBERSOLE, I REALIZE THAT THIS SLIDE WAS |
| 13:34 | 11 | CREATED FOR ANOTHER PURPOSE.  THE FACT OF THE MATTER IS THAT |
| 13:34 | 12 | WHAT WE SEE HERE, DO WE NOT, IS THE WATER LEVEL DEVELOPED |
| 13:35 | 13 | DURING CASE 1, HURRICANE KATRINA, DOESN'T REALLY EVER EXCEED |
| 13:35 | 14 | 17.5 FEET?  THIS IS THE STILL WATER LEVEL, OF COURSE; ISN'T |
| 13:35 | 15 | THAT TRUE? |
| 13:35 | 16 | **A.**  IT'S GOT A MAXIMUM WATER LEVEL.  I'M TRYING TO DETERMINE |
| 13:35 | 17 | WHETHER I THINK IT INCLUDES WAVE SETUP OR NOT. |
| 13:35 | 18 | **Q.**  WELL, BECAUSE IT COMES FROM THE HYDROGRAPHS, I'M WONDERING |
| 13:35 | 19 | IF IT WOULD EXCLUDE WAVE SETUP.  JUST A THOUGHT. |
| 13:36 | 20 | **A.**  TO BE SURE, I'D HAVE TO GO BACK AND CHECK MY EXCEL FILES. |
| 13:36 | 21 | I'M NOT SURE OF THAT. |
| 13:36 | 22 | **Q.**  FAIR ENOUGH.  IF WE ASSUME IT'S STILL WATER LEVEL, STILL |
| 13:36 | 23 | WATER LEVEL WOULD OBVIOUSLY NOT INCLUDE WAVE SETUP; RIGHT? |
| 13:36 | 24 | **A.**  THAT'S CORRECT. |
| 13:36 | 25 | **Q.**  SO, AGAIN, IF THIS IS STILL WATER LEVEL, THE STILL WATER |

| | | |
|---|---|---|
| 13:36 | 1 | LEVEL DIDN'T EXCEED 17.5 FEET ALONG REACH 2? |
| 13:36 | 2 | **A.**   YEAH.   I THINK THE MAXIMUM WE CALCULATED WAS ABOUT 17.6, |
| 13:36 | 3 | JUST A LITTLE BIT ABOVE. |
| 13:36 | 4 | **Q.**   CLOSE.   SO CAN WE CONCLUDE THAT IF THE LEVEE CONSTRUCTED |
| 13:36 | 5 | BY THE CORPS OF ENGINEERS, HAD IT NOT SUNK FASTER THAN |
| 13:36 | 6 | ANTICIPATED BY THE CORPS, THAT WE WOULD'VE HAD VERY LITTLE |
| 13:36 | 7 | SURGE OVERTOPPING?   JUST FROM SURGE. |
| 13:37 | 8 | **A.**   WELL, YOU HAVE TO CONSIDER WAVE SETUP BECAUSE IT IS A |
| 13:37 | 9 | CONTRIBUTION TO THE MEAN WATER SURFACE, SO IT DEFINITELY |
| 13:37 | 10 | INFLUENCES OVERTOPPING.   SO YOUR ANALYSIS WOULD NEED TO MAKE |
| 13:37 | 11 | SURE THAT YOU ARE CONSIDERING WAVE SETUP AS WELL. |
| 13:37 | 12 | **Q.**   EXCEPT THAT I'M TALKING ABOUT SURGE AND NOT WAVE SETUP. |
| 13:37 | 13 | SO LET'S ASK IT ONE MORE TIME.   SURGE IS STILL WATER HEIGHT. |
| 13:37 | 14 | YOU TOLD THE COURT THAT ON THURSDAY AND FRIDAY.   WE'VE HEARD IT |
| 13:37 | 15 | FOR WEEKS NOW THAT STILL WATER IS THE WATER WITHOUT THE WAVES; |
| 13:37 | 16 | ISN'T THAT TRUE? |
| 13:37 | 17 | **A.**   NO.   AS I SAID, WAVE SETUP IS A MEAN QUANTITY THAT IS IN |
| 13:37 | 18 | ADDITION TO WHAT WE'RE CALCULATING WITH THE STORM SURGE MODEL |
| 13:37 | 19 | AND THE SCALING.   SO THERE'S AN ADDITIONAL CONTRIBUTION TO THE |
| 13:37 | 20 | MEAN WATER SURFACE DUE TO WAVE SETUP THAT IN A MEAN SENSE DOES |
| 13:37 | 21 | CONTRIBUTE ALSO TO THE STILL WATER LEVEL. |
| 13:37 | 22 | **Q.**   YOU DIDN'T PUT WAVE SETUP IN YOUR HYDROGRAPH SCALING, DID |
| 13:38 | 23 | YOU? |
| 13:38 | 24 | **A.**   NO.   ACTUALLY, WAVE SETUP IS IMPLICITLY HANDLED IN OUR |
| 13:38 | 25 | COULWAVE MODELING. |

| | | |
|---|---|---|
| 13:38 | 1 | **Q.** WELL, WE'RE NOT TALKING ABOUT COULWAVE, SIR. |
| 13:38 | 2 | **A.** THAT'S CORRECT. |
| 13:38 | 3 | **Q.** WE'RE JUST TALKING ABOUT STILL WATER LEVEL.  SO CAN WE |
| 13:38 | 4 | TALK ABOUT STILL WATER LEVEL? |
| 13:38 | 5 | **A.** NO, NOT WITHOUT CONSIDERING WAVE SETUP AS WELL.  THEY'RE |
| 13:38 | 6 | NOT SEPARABLE. |
| 13:38 | 7 | **Q.** WELL, LET'S DO A HYPOTHET, THEN.  LET'S HYPOTHETICALLY |
| 13:38 | 8 | LOOK AT JUST STILL WATER WITHOUT THE WAVE SETUP.  OKAY? |
| 13:38 | 9 | **A.** DOES THAT MEAN NO WAVES ALSO? |
| 13:38 | 10 | **Q.** YES, IT DOES.  THAT'S WHY I'M ASKING THE QUESTION THAT |
| 13:38 | 11 | WAY. |
| 13:38 | 12 | **A.** OKAY. |
| 13:38 | 13 | **Q.** WE'RE TALKING ABOUT OVERTOPPING FLOW, RIGHT, AS |
| 13:38 | 14 | DISTINGUISHED FROM WAVE OVERTOPPING?  THOSE THINGS ARE |
| 13:38 | 15 | DIFFERENT, TOO, AREN'T THEY? |
| 13:38 | 16 | **A.** YEAH.  I WOULD CALL IT OVERFLOW.  YOU'RE SAYING THEM -- |
| 13:38 | 17 | JUST STILL WATER LEVEL OR MEAN WATER LEVEL IS ABOVE. |
| 13:38 | 18 | **Q.** THAT'S OVERFLOW? |
| 13:38 | 19 | **A.** RIGHT.  YOU'VE GOT TO CONSIDER SETUP AS WELL IF YOU'RE |
| 13:38 | 20 | GOING TO TALK ABOUT MEAN FLOW.  YOU CAN'T REALLY SEPARATE THEM. |
| 13:38 | 21 | IT'S ALL PART OF A CONTINUOUS PROCESS.  THE WAVES GENERATE A |
| 13:38 | 22 | MEAN WATER SURFACE AT THE LEVEE, WHICH IS OVER AND ABOVE WHAT |
| 13:39 | 23 | WE WOULD CONSIDER TO BE THE STILL WATER LEVEL COMPUTED WITH THE |
| 13:39 | 24 | SURGE MODEL. |
| 13:39 | 25 | **Q.** AS WE WALK THROUGH WHAT YOU DID, YOU SEPARATED THEM, |

13:39  1   DIDN'T YOU?  YOU SEPARATED OUT STILL WATER LEVEL FROM A
13:39  2   CALCULATION OF STILL WATER LEVEL WITH WAVE SETUP, DIDN'T YOU?
13:39  3   **A.**   YEAH.
13:39  4   **Q.**   YOU DID?
13:39  5   **A.**   AT CERTAIN TIMES WE DID.  WE FACTORED IN THE OVERTOPPING
13:39  6   INTO THE COULWAVE CALCULATION.
13:39  7   **Q.**   ONCE AGAIN, WE'RE NOT TALKING ABOUT COULWAVE; WE'RE
13:39  8   TALKING ABOUT WHAT YOU DID.  WHAT YOU DID WAS YOU CALCULATED A
13:39  9   STILL WATER HEIGHT WITHOUT WAVE SETUP, DIDN'T YOU?
13:39  10  **A.**   YEAH, I BELIEVE THESE DO REFLECT WITHOUT WAVE SETUP.
13:39  11  **Q.**   THANK YOU.  NOW THAT WE'VE CLEARED THAT UP, HERE'S THE
13:39  12  QUESTION:  IF THE LEVEES HADN'T SANK MORE THAN THE CORPS
13:39  13  ANTICIPATED, THE STILL WATER LEVEL WOULD NOT REALLY HAVE
13:39  14  EXCEEDED BY VERY MUCH THE HEIGHT OF THE LEVEES; ISN'T THAT
13:39  15  TRUE?
13:39  16  **A.**   I DON'T THINK THAT'S TRUE, NO.
13:39  17  **Q.**   WHY NOT?
13:39  18  **A.**   WELL, I THINK YOU HAVE TO LOOK, ONE, AT THE HEIGHT OF THE
13:39  19  LEVEES.  BASED ON WHAT I'VE SEEN, THERE WERE MANY, MANY LEVEES
13:39  20  IN THE 15 TO 15.5 RANGE, CERTAINLY IN THE LOW SPOTS.
13:40  21  **Q.**   ARE YOU TELLING THE COURT --
13:40  22  **A.**   SO THOSE WATER LEVELS WERE 2, 2.5 FEET ABOVE THE LOW SPOTS
13:40  23  OF THE LEVEES.
13:40  24  **Q.**   ARE YOU TELLING THE COURT THAT THE CORPS INTENDED THAT
13:40  25  THOSE LEVEES SINK DOWN TO 15?

13:40   1   **A.**   NO, NOT AT ALL.

13:40   2   **Q.**   HERE'S THE QUESTION.  MAYBE YOU DIDN'T UNDERSTAND THE

13:40   3   QUESTION.  IF THE LEVEES HADN'T SUNK MORE THAN ANTICIPATED --

13:40   4   DID YOU UNDERSTAND THAT -- HADN'T SUNK MORE THAN ANTICIPATED --

13:40   5   ARE YOU FOLLOWING ME?

13:40   6   **A.**   NO, I'M NOT.

13:40   7   **Q.**   YOU DON'T FOLLOW THAT?

13:40   8   **A.**   NO, I DIDN'T.

13:40   9   **Q.**   WELL, YOU HEARD TESTIMONY THAT IN 1987 THE LEVEES WERE

13:40   10   BUILT TO 20 FEET.  THE REASON THEY WERE BUILT TO 20 FEET WAS

13:40   11   BECAUSE THEY CONTEMPLATED THERE WOULD BE SOME SETTLEMENT.  THEY

13:40   12   FIGURED ABOUT 25 PERCENT INTO THE CALCULATIONS SO THAT -- THE

13:40   13   HOPE WAS -- WITH THE SETTLEMENT, THE LEVEES WOULD END UP BEING

13:40   14   17.5 AS PLANNED.  WASN'T THAT THE CORPS' DESIRE AND PLAN AND

13:41   15   HOPE?

13:41   16   **A.**   YEAH.  I THINK THE CORPS' PLAN IS, AT AN APPROPRIATE TIME,

13:41   17   TO COME BACK AND ADD AN ADDITIONAL LIFT TO GET THE LEVEE UP DUE

13:41   18   TO SETTLEMENT.

13:41   19   **Q.**   IN FACT, THE LEVEES SUNK MORE THAN THEY ANTICIPATED; ISN'T

13:41   20   THAT TRUE?

13:41   21   **A.**   I DON'T KNOW THAT.

13:41   22   **Q.**   YOU DON'T KNOW THAT?

13:41   23   **A.**   NO, I DON'T.

13:41   24   **Q.**   SO THAT THE LEVEES SANK JUST AS MUCH AS THE CORPS

13:41   25   INTENDED?

| 13:41 | 1 | **A.**  I DON'T KNOW THAT. |
| 13:41 | 2 | **Q.**  YOU DON'T KNOW THAT EITHER? |
| 13:41 | 3 | **A.**  NO, I DON'T. |
| 13:41 | 4 | **Q.**  FAIR ENOUGH.  SO YOU AND YOUR TEAM DID NOT INVESTIGATE AT |
| 13:41 | 5 | ALL WHY THE LEVEES WERE AT 15 WHEN THEY WERE INTENDED TO BE AT |
| 13:41 | 6 | 17.5; ISN'T THAT TRUE? |
| 13:41 | 7 | **A.**  I HAVE NOT. |
| 13:41 | 8 | **Q.**  YOU HAVE NOT.  HAS ANY MEMBER OF YOUR TEAM CONDUCTED SUCH |
| 13:41 | 9 | AN INVESTIGATION? |
| 13:41 | 10 | **A.**  I DON'T KNOW.  YOU'D HAVE TO LISTEN TO THEIR TESTIMONY. |
| 13:41 | 11 | **Q.**  YOU DON'T KNOW? |
| 13:41 | 12 | **A.**  NO. |
| 13:42 | 13 | **Q.**  YOU WERE CHARGED, WERE YOU NOT, WITH ASCERTAINING THE ROLE |
| 13:42 | 14 | OF THE MRGO IN FLOODING?  RIGHT? |
| 13:42 | 15 | **A.**  WE LOOKED AT TWO CONDITIONS.  WE ASSUMED THE LEVEES WERE |
| 13:42 | 16 | THE SAME ELEVATION IN ALL OF OUR ANALYSES. |
| 13:42 | 17 | **Q.**  YOU WERE CHARGED TO ASCERTAIN WHETHER THE MRGO HAD A ROLE |
| 13:42 | 18 | IN FLOODING; ISN'T THAT TRUE? |
| 13:42 | 19 | **A.**   MY ROLE IN THIS PARTICULAR ANALYSIS WAS TO ASCERTAIN |
| 13:42 | 20 | WHETHER THE MRGO HAD A ROLE IN ALTERING THE HYDRODYNAMIC |
| 13:42 | 21 | LOADING CONDITIONS AT THE LEVEES AND WALLS AND WHETHER THE |
| 13:42 | 22 | PRESENCE OF THE MRGO WOULD HAVE INFLUENCED THE BREACHING AT |
| 13:42 | 23 | LOCATIONS WHERE IT BREACHED.  THOSE WERE MY ROLES. |
| 13:42 | 24 | **Q.**  OKAY.  WE'LL TOUCH ON THAT IN A LITTLE BIT.  WE'LL PUT |
| 13:42 | 25 | THAT OFF FOR A MOMENT. |

| | | |
|---|---|---|
| 13:42 | 1 | LET'S SEE IF WE CAN LEARN THE DIFFERENCE BETWEEN THE |
| 13:42 | 2 | DEFENDANT'S POSITION AND THE PLAINTIFFS' POSITION IN THIS CASE |
| 13:42 | 3 | ABOUT CAUSATION.  OKAY? |
| 13:42 | 4 | **THE COURT:**  JUST A SECOND.  WE CAN CONTINUE.  ONE OF |
| 13:43 | 5 | OUR MONITORS ISN'T WORKING.  I GOT A MESSAGE TO THE LEFT THAT |
| 13:43 | 6 | THE MONITOR'S NOT WORKING.  YOU CAN CONTINUE.  IT DOESN'T |
| 13:43 | 7 | AFFECT THE LAWYERS, BUT I'D LIKE EVERYBODY HERE TO BE ABLE TO |
| 13:43 | 8 | SEE. |
| 13:43 | 9 | **BY MR. BRUNO:** |
| 13:43 | 10 | **Q.**   THE POSITION OF THE DEFENDANTS, I THINK -- I WANT TO |
| 13:43 | 11 | ARTICULATE IT AND SEE IF I'VE GOT IT CORRECT -- IS THAT ALL OF |
| 13:43 | 12 | THE FAILURES ALONG REACH 2 -- |
| 13:43 | 13 | **MR. BRUNO:**  FORGIVE ME.  I SHOULD HAVE PREFACED, |
| 13:43 | 14 | YOUR HONOR, THIS ENTIRE LINE.  WE'VE NOW LEFT THE FUNNEL. |
| 13:43 | 15 | **THE COURT:**  I'M GOING ON DOWN TOWARDS SHELL BEACH |
| 13:43 | 16 | NOW. |
| 13:43 | 17 | **MR. BRUNO:**  NOW WE'RE TALKING ABOUT REACH 2.  I |
| 13:43 | 18 | SHOULD HAVE SAID THAT.  ALL MY QUESTIONS WILL BE ABOUT REACH 2. |
| 13:43 | 19 | **BY MR. BRUNO:** |
| 13:43 | 20 | **Q.**   IN ASKING THE QUESTION, MR. EBERSOLE, PLEASE CONSIDER THAT |
| 13:43 | 21 | I'M ONLY ASKING ABOUT REACH 2. |
| 13:43 | 22 | **A.**   OKAY. |
| 13:44 | 23 | **Q.**   ALL OF THE FAILURES, THE BREACHES, WHATEVER TERMINOLOGY |
| 13:44 | 24 | THAT ONE CHOOSES TO USE, THE CORPS OF ENGINEERS BELIEVES WAS |
| 13:44 | 25 | THE RESULT OF OVERTOPPING WAVES AND OVERTOPPING SURGE; IS THAT |

13:44  1   CORRECT?

13:44  2   **A.**   MY CONCLUSION WAS THAT THE PRESENCE OF THE MRGO WOULD NOT

13:44  3   HAVE SIGNIFICANTLY ALTERED THE BREACHING ALONG REACH 2.

13:44  4   **Q.**   HERE'S THE QUESTION ONE MORE TIME:  IS IT THE CORPS OF

13:44  5   ENGINEERS' POSITION IN THIS TRIAL THAT ALL OF THE BREACHES OR

13:44  6   FAILURES, HOWEVER ONE CHOOSES TO CHARACTERIZE THEM, WERE THE

13:44  7   RESULT OF OVERTOPPING WAVES AND OVERTOPPING SURGE?  IS THAT

13:44  8   YOUR POSITION?

13:44  9   **A.**   I DON'T KNOW WHAT THE CORPS' POSITION -- I'M NOT

13:44  10  TESTIFYING HERE AS AN EXPERT, INDEPENDENT EXPERT.  I JUST GAVE

13:45  11  YOU MY OPINION.

13:45  12  **Q.**   WELL, LET'S ASK YOUR OPINION.  IS IT YOUR OPINION THAT ALL

13:45  13  OF THE FAILURES ALONG REACH 2 WERE THE RESULT OF OVERTOPPING

13:45  14  WAVES AND OVERTOPPING SURGE?

13:45  15  **A.**   I BELIEVE THAT WAS THE PREVALENT CAUSE.

13:45  16  **Q.**   PREVALENT?

13:45  17  **A.**   PREVALENT, YES.

13:45  18  **Q.**   WHAT OTHER CAUSES WERE THERE?

13:45  19  **A.**   I FOUND SOME EVIDENCE OF FRONT-SIDE WAVE EROSION THAT I

13:45  20  SAW DID CARVE, I GUESS, THROUGH THE FRONT FACE OF THE LEVEE,

13:45  21  AND I BELIEVE THEY WERE INCONSEQUENTIAL TO THE AMOUNT OF WATER

13:45  22  THAT WENT IN, BUT IT WAS CLEAR THAT SOME SMALL AMOUNT OF WATER

13:45  23  PASSED THROUGH.  SO I WOULD BE RELUCTANT TO DRAW A BLANKET

13:45  24  STATEMENT THAT OVERTOPPING AND OVERFLOW CAUSED EVERY BREACH,

13:45  25  BUT CERTAINLY IT WAS THE PREVALENT CAUSE OF BREACHING ALONG

| | | |
|---|---|---|
| 13:45 | 1 | REACH 2. |
| 13:45 | 2 | **Q.**   SO IT'S YOUR OPINION THAT SOME OF THE BREACHES, THAT IS, |
| 13:46 | 3 | THOSE THAT RESULTED IN WATER ACTUALLY FLOWING THROUGH WHAT WAS |
| 13:46 | 4 | A LEVEE, WAS CAUSED BY FRONT-SIDE WAVE ATTACK; RIGHT? |
| 13:46 | 5 | **A.**   MY DEFINITION OF A *BREACHING* IS LOWERING OF THE LEVEE |
| 13:46 | 6 | CREST.  I SAW INSTANCES WHERE THE LEVEE CREST LOOKED LIKE IT |
| 13:46 | 7 | WAS INITIATED FROM THE FRONT SIDE.  THOSE OCCURRED AT VERY HIGH |
| 13:46 | 8 | SPOTS IN THE LEVEE AND I BELIEVE AT LOCATIONS WHERE THE |
| 13:46 | 9 | MATERIAL AND THE SOIL WAS HIGHLY ERODIBLE.  SO I WOULD BE |
| 13:46 | 10 | RELUCTANT TO SAY EACH AND EVERY BREACH, AS I DEFINE *BREACH*, WAS |
| 13:46 | 11 | CAUSED BY OVERTOPPING AND OVERFLOW. |
| 13:46 | 12 | **Q.**   DID YOU ATTEMPT TO QUANTIFY WITH PERCENTAGES HOW MUCH -- I |
| 13:46 | 13 | SHOULDN'T SAY HOW MUCH -- YEAH, HOW MUCH OF THE BREACHING WAS |
| 13:46 | 14 | CAUSED BY FRONT-SIDE WAVE ATTACK VERSUS HOW MUCH OF THE |
| 13:47 | 15 | BREACHING -- AND YOU'VE DEFINED *BREACHING* FOR ME, I KNOW -- HOW |
| 13:47 | 16 | MUCH OF THE BREACHING WAS CAUSED BY WAVE OVERTOPPING AND |
| 13:47 | 17 | SUBSEQUENT OVERFLOW FROM SURGE? |
| 13:47 | 18 | **A.**   JUST BASED ON MY ANALYSIS OF LOOKING AT THE LACK OF AND |
| 13:47 | 19 | THE ISOLATED NATURE OF THOSE LOCATIONS THAT LOOKED LIKE THEY |
| 13:47 | 20 | MAY HAVE BREACHED FROM THE FRONT SIDE, IT'S CLEAR TO ME THAT |
| 13:47 | 21 | THEY WERE NEGLIGIBLE IN TERMS OF THE AMOUNT OF WATER THAT WOULD |
| 13:47 | 22 | HAVE ENTERED THE POLDER.  WHEN YOU CONSIDER JUST HOW LOW THE |
| 13:47 | 23 | LEVEE AND THE WALL SYSTEM WAS RELATIVE TO THE STILL WATER, BY |
| 13:47 | 24 | FAR AND AWAY, THE AMOUNT OF WATER THAT CAME INTO THE POLDER |
| 13:47 | 25 | ORIGINATED THROUGH BREACHES CAUSED BY OVERTOPPING AND OVERFLOW. |

| | | |
|---|---|---|
| 13:47 | 1 | **Q.**   FAIR ENOUGH.  SO NEGLIGIBLE WOULD BE ON THE ORDER OF |
| 13:47 | 2 | NOTHING; RIGHT? |
| 13:47 | 3 | **A.**   CORRECT. |
| 13:47 | 4 | **Q.**   SO LET ME ASK THE QUESTION ONE MORE TIME.  IS IT YOUR |
| 13:47 | 5 | POSITION AS AN EXPERT THAT ALL OF THE FAILURES, BASED UPON WHAT |
| 13:48 | 6 | YOU JUST SAID WAS NEGLIGIBLE, WERE THE RESULT OF OVERTOPPING |
| 13:48 | 7 | WAVES AND OVERTOPPING SURGE? |
| 13:48 | 8 | **A.**   NO.  I WOULD NOT USE THE WORD *ALL*. |
| 13:48 | 9 | **Q.**   99.9 PERCENT? |
| 13:48 | 10 | **A.**   APPROXIMATELY.  PERHAPS.  NEGLIGIBLE. |
| 13:48 | 11 | **Q.**   WELL, GIVE ME A -- |
| 13:48 | 12 | **A.**   SMALL, MINOR. |
| 13:48 | 13 | **Q.**   WHAT IS MINOR?  1 PERCENT? |
| 13:48 | 14 | **A.**   PROBABLY LESS. |
| 13:48 | 15 | **Q.**   THEN I CAN USE 99 PERCENT? |
| 13:48 | 16 | **A.**   USE 99.9.  I LIKE THAT BETTER. |
| 13:48 | 17 | **Q.**   I'M TRYING. |
| 13:48 | 18 | **A.**   OKAY. |
| 13:48 | 19 | **Q.**   I'M REALLY TRYING.  99.9 IT IS.  OKAY.  IT'S THE |
| 13:48 | 20 | DEFENDANT'S -- I'M SORRY. |
| 13:48 | 21 | IT'S YOUR POSITION THAT THE INITIATION OF THAT |
| 13:48 | 22 | OVERTOPPING WAS CAUSED FIRST BY WAVE OVERTOPPING AND THEN |
| 13:48 | 23 | FOLLOWED BY SURGE OVERTOPPING; RIGHT? |
| 13:48 | 24 | **A.**   THAT'S CORRECT.  THE WAVE OVERTOPPING BEGAN WHILE THE |
| 13:48 | 25 | SURGE LEVEL WAS BELOW THE CREST OF THE LEVEE.  AS THE SURGE |

| | | |
|---|---|---|
| 13:49 | 1 | CONTINUED TO RISE, WE MOVED INTO A TRANSITION FROM WAVE |
| 13:49 | 2 | OVERTOPPING ONLY TO STEADY OVERFLOW IN COMBINATION WITH WAVE |
| 13:49 | 3 | OVERTOPPING. |
| 13:49 | 4 | **Q.**   SO WITHOUT THE WAVE DAMAGE, YOU'RE LEFT WITH ONLY STILL |
| 13:49 | 5 | WATER, OR STILL WATER IF YOU WANT TO ADD SOME WAVE SETUP |
| 13:49 | 6 | OVERTOPPING; CORRECT? |
| 13:49 | 7 | **A.**   YOU LOST ME WHEN YOU SAID WITHOUT WAVE DAMAGE. |
| 13:49 | 8 | **Q.**   IF YOU ELIMINATE -- IF, FOR SOME REASON, SOMEHOW, SOME |
| 13:49 | 9 | MAGIC DUST, YOU REMOVE THE WAVE OVERTOPPING COMPONENT, ALL YOU |
| 13:49 | 10 | HAVE LEFT IS THE SURGE OVERTOPPING COMPONENT; RIGHT? |
| 13:49 | 11 | **A.**   WELL, YOU DON'T WANT TO DO THAT.  WAVE OVERTOPPING WAS |
| 13:49 | 12 | CRUCIAL IN THE FAILURE OF THESE LEVEES. |
| 13:49 | 13 | **Q.**   ALL RIGHT.  SO IF THE WAVES DON'T DO THE DAMAGE FIRST, |
| 13:49 | 14 | WHAT I'M TRYING TO UNDERSTAND HERE, DO YOU STILL GET THE |
| 13:49 | 15 | DAMAGE?  DO YOU STILL GET THIS OVERTOPPING SURGE?  THAT'S WHAT |
| 13:49 | 16 | I'M TRYING TO FIGURE OUT. |
| 13:49 | 17 | **A.**   YES.  SOONER OR LATER, YOU WOULD HAVE GOTTEN TO THE POINT |
| 13:50 | 18 | WHERE OVERFLOW IS PRODUCING THE SAME AND EVENTUALLY MUCH |
| 13:50 | 19 | GREATER AMOUNTS OF WATER THAN THE WAVE OVERTOPPING AMOUNT. |
| 13:50 | 20 | **Q.**   HOW CAN THAT BE IF WE JUST LEARNED A FEW MOMENTS AGO THAT |
| 13:50 | 21 | THE STILL WATER HEIGHT AND THE LEVEE HEIGHTS WERE PRETTY CLOSE? |
| 13:50 | 22 | **A.**   I DIDN'T SAY THEY WERE CLOSE.  MAYBE YOU DID.  I DIDN'T. |
| 13:50 | 23 | **Q.**   NEVER MIND.  WHEN, IN YOUR OPINION, DID THE OVERTOPPING |
| 13:50 | 24 | DAMAGE -- I'M SORRY. |
| 13:50 | 25 | WHEN DID THE WAVE OVERTOPPING DAMAGE INITIATE, WHAT |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:50 | 1 | TIME IN THE MORNING? |
| 13:50 | 2 | **A.**   TELL ME HOW HIGH THE LEVEE WAS AND I CAN GIVE YOU A BETTER |
| 13:50 | 3 | ANSWER.  IT WOULD DEPEND ON THE HEIGHT OF THE LEVEE, OF COURSE. |
| 13:50 | 4 | **Q.**   OF COURSE, BUT WHEN I ASKED YOU THE SAME QUESTION IN YOUR |
| 13:50 | 5 | DEPOSITION, YOU DIDN'T SUGGEST THAT YOU NEEDED TO KNOW THE |
| 13:50 | 6 | LEVEE HEIGHT. |
| 13:50 | 7 | **A.**   I'M SUGGESTING IT NOW. |
| 13:50 | 8 | **Q.**   LET'S GO TO YOUR DEPOSITION AT PAGE 211, LINE 4. |
| 13:51 | 9 | **A.**   WHAT WAS THE PAGE NUMBER? |
| 13:51 | 10 | **Q.**   PAGE 211, LINE 4.  YOU SAY HERE ABOUT 5:00 YOU BEGIN TO |
| 13:51 | 11 | GET OVERTOPPING VALUES, AND THEN YOU SAY DAMAGE BEGINS BETWEEN |
| 13:51 | 12 | 4:30, 5:00. |
| 13:51 | 13 | **A.**   YEAH. |
| 13:51 | 14 | **MR. MITSCH:**  EXCUSE ME, YOUR HONOR.  I ASK THAT THE |
| 13:51 | 15 | WITNESS BE GIVEN THE PAGE PREVIOUS IN THE DEPOSITION.  I THINK |
| 13:51 | 16 | THERE IS A LEVEE CREST MENTIONED THERE. |
| 13:51 | 17 | **THE COURT:**  ALL RIGHT. |
| 13:51 | 18 | **BY MR. BRUNO:** |
| 13:51 | 19 | **Q.**   DO YOU HAVE YOUR DEPOSITION IN FRONT OF YOU? |
| 13:51 | 20 | **A.**   YES, I DO. |
| 13:51 | 21 | **MR. BRUNO:**  HE HAS IT. |
| 13:51 | 22 | **THE COURT:**  IF HE WANTS TO REFER TO THAT, IF HE WANTS |
| 13:52 | 23 | TO GET THE CONTEXT OF WHATEVER THE QUESTION WAS -- BECAUSE IT'S |
| 13:52 | 24 | A RATHER LENGTHY ANSWER. |
| 13:52 | 25 | **MR. BRUNO:**  RIGHT. |

FINAL DAILY COPY

13:52   1           **THE COURT:**  I DON'T KNOW IF IT CHANGES THE CONTEXT OR

13:52   2   NOT.  LET HIM LOOK AT IT A LITTLE BIT.

13:52   3           **THE WITNESS:**  YEAH.  THERE WAS AN ELEVATION HERE

13:52   4   SPECIFIED:  15-FOOT LEVEE CREST.  ANYTIME WE TALK ABOUT THE

13:52   5   ONSET OF WAVE OVERTOPPING, WE HAVE TO TALK ABOUT THE LEVEE

13:52   6   ELEVATION.

13:52   7           **MR. BRUNO:**  MAY I GO TO THE BOARD, JUDGE?

13:52   8           **THE COURT:**  YES, YOU MAY.

13:52   9   **BY MR. BRUNO:**

13:52   10  **Q.**   THAT'S FINE BECAUSE THAT'S THE POINT I WANTED TO MAKE.  SO

13:52   11  YOU'VE GOT A 15-FOOT LEVEE -- 15 FOOT?  15.5?

13:52   12  **A.**   WHATEVER YOU WOULD LIKE TO USE.  15 IS HERE.

13:52   13  **Q.**   TELL ME WHAT YOU USED.

13:52   14  **A.**   I USED 15.

13:52   15  **Q.**   WITH A 15-FOOT LEVEE, WHEN DID BREACHING BEGIN?

13:52   16  **A.**   BREACHING OR WAVE OVERTOPPING?

13:52   17  **Q.**   WAVE OVERTOPPING.

13:52   18  **A.**   I THOUGHT WE WERE TALKING ABOUT WAVE OVERTOPPING.

13:52   19  **Q.**   I'M SORRY.  WELL, WAVE OVERTOPPING.  I THOUGHT YOU CALLED

13:53   20  IT BREACHING, BUT WE'LL USE YOUR WORD.

13:53   21  **A.**   TWO DIFFERENT THINGS.

13:53   22  **Q.**   WAVE OVERTOPPING CAUSES INITIATION OF DAMAGE WHAT TIME?

13:53   23  **A.**   WELL, I'D HAVE TO REFER BACK.  I HAVE SOME CHARTS THAT I

13:53   24  USED IN MY DIRECT TESTIMONY.  THAT WOULD GIVE YOU THE MOST

13:53   25  ACCURATE INFORMATION.  BUT IF YOU WANT A ROUGH BALLPARK, I

13:53  1  WOULD SAY WHEN THE STILL WATER LEVEL WAS ABOUT 2.5 FEET BELOW

13:53  2  THAT ELEVATION.

13:53  3  Q.  WELL, IN YOUR DEPOSITION YOU GAVE ME A TIME.  COUNSEL GOT

13:53  4  UP AND SAID YOU NEEDED TO READ YOUR DEPOSITION.

13:53  5        THE COURT:  DO YOU WANT TO REFER HIM BACK TO THE

13:53  6  DEPOSITION?  LET'S NOT ARGUE.  JUST REFER BACK TO THE

13:53  7  DEPOSITION AND SAY, "DIDN'T YOU SAY IN YOUR DEPOSITION...."

13:53  8  BY MR. BRUNO:

13:53  9  Q.  WELL, DIDN'T YOU SAY IN YOUR DEPOSITION, NOW THAT WE'VE

13:53  10 LEARNED THAT IT'S A 15-FOOT LEVEE, WHAT APPEARS ON THE SCREEN?

13:53  11 IT SAYS:  "I WOULD -- ACCORDING TO THE ENGINEERING GUIDANCE,

13:53  12 WOULD SUGGEST THAT DAMAGE BEGINS ABOUT 5:00 A.M., 4:30 TO 5:00,

13:53  13 ABOUT 5:30."  THAT'S WHAT YOU SAID IN YOUR DEPOSITION.

13:54  14 A.  OKAY.

13:54  15 Q.  SO IS THAT YOUR ANSWER?

13:54  16 A.  I THINK THAT'S REASONABLE.

13:54  17 Q.  SO IT'S BETWEEN 4:30 AND 5:30?

13:54  18 A.  I WOULD SAY ROUGHLY.

13:54  19 Q.  SO IT'S AN HOUR SPAN OF TIME?

13:54  20 A.  HOUR SPAN OF TIME MEANING?

13:54  21 Q.  WELL, BY MY MATH 4:30 TO 5:30 IS AN HOUR.  MAYBE I'M DOING

13:54  22 THAT INCORRECTLY.

13:54  23 A.  ARE YOU TALKING ABOUT THE ONSET OF OVERTOPPING OR THE --

13:54  24        THE COURT:  I'M LOOKING AT THE DEPOSITION.  IT SAYS:

13:54  25 DAMAGE BEGINS AT 5:00 A.M., MAYBE 4:30.  4:30 TO 5:00.

FINAL DAILY COPY

13:54    1              SO WE'RE TALKING ABOUT DAMAGE TO THE LEVEE AT

13:54    2  SOME POINT.  HE'S SAYING BETWEEN 4:30 AND 5:00 IN HIS

13:54    3  DEPOSITION.  THEN HE SAYS 5:30 HE'S EXPERIENCING OVERTOPPING

13:54    4  RATES.  HE CAN EXPLAIN THE REST.

13:54    5          **THE WITNESS:**  I'M SAYING HERE THAT IN THE 4:30,

13:54    6  5:00 A.M., WE'RE GETTING WAVE OVERTOPPING.  THE STILL WATER

13:54    7  LEVEL WOULD STILL BE BELOW 15 FEET.  THAT OVERTOPPING IS

13:55    8  BEGINNING TO DAMAGE THE BACK SIDE OF THE LEVEE.  THEN WHAT I'M

13:55    9  SAYING IS, BY 5:30, WE WOULD BE EXPERIENCING OVERTOPPING RATES

13:55   10  IN A MUCH, MUCH, MUCH, MUCH, MUCH HIGHER MAGNITUDE THAT WOULD

13:55   11  BEGIN TO ACTUALLY LOWER THE CREST OF THE LEVEE.

13:55   12  **BY MR. BRUNO:**

13:55   13  **Q.**  SO WHAT'S THE TIME WE'RE GOING TO USE?  PICK A TIME.

13:55   14  **A.**  I DON'T KNOW.  YOU TELL ME WHAT POINT, FOR WHAT POINT.

13:55   15  **Q.**  15 FEET.  YOU SAY HERE, "THAT'S THE TRIGGER THAT WE USED."

13:55   16  SO WHAT DID YOU USE?

13:55   17         **THE COURT:**  IS YOUR QUESTION IS IT HIS OPINION WHEN

13:55   18  THE DAMAGE BEGAN FROM OVERTOPPING?

13:55   19         **MR. BRUNO:**  RIGHT.  WELL, THE WITNESS MAKES A

13:55   20  DISTINCTION.  I HAVE TO BE MORE PRECISE.

13:55   21         **THE COURT:**  BY "OVERTOPPING" HE MEANS WAVE

13:55   22  OVERTOPPING.  LET'S USE "WAVE OVERTOPPING."

13:55   23         **MR. BRUNO:**  HE CALLS IT A TRIGGER.

13:55   24  **BY MR. BRUNO:**

13:55   25  **Q.**  SO WHEN IS THE TRIGGER?

| | | |
|---|---|---|
| 13:55 | 1 | **A.**   THE TRIGGER -- DAMAGE TO THE BACK SIDE BEGINS PRIOR TO THE |
| 13:55 | 2 | POINT IN TIME THE OVERTOPPING RATE WOULD REACH WHAT WE USED AS |
| 13:56 | 3 | THE TRIGGER FOR LOWERING.  SO AS I SIT HERE, THE DAMAGE BEGINS |
| 13:56 | 4 | AT 4:30 TO 5:00, BUT VERY QUICKLY WE REACH A MAGNITUDE OF |
| 13:56 | 5 | OVERTOPPING THAT, IN MY OPINION, WOULD BE SUFFICIENT TO BEGIN |
| 13:56 | 6 | TO LOWER THE CREST OF THE LEVEE.  THAT HAPPENS AT APPROXIMATELY |
| 13:56 | 7 | 5:30. |
| 13:56 | 8 | **Q.**   SO THE TRIGGER TIME IS BETWEEN 4:30 AND 5:00? |
| 13:56 | 9 | **A.**   WELL, THE TRIGGER IS NOT NECESSARILY A TIME.  IT DEPENDS |
| 13:56 | 10 | ON HOW CLOSE YOU ARE TO THE CREST OF THE LEVEE.  THE TRIGGER |
| 13:56 | 11 | THAT I RECOMMENDED THAT WE USE WAS THE POINT IN TIME WHEN THE |
| 13:56 | 12 | WATER LEVEL WAS 1 FOOT BELOW THE CREST OF THE LEVEE.  THAT'S |
| 13:56 | 13 | THE POINT IN TIME I RECOMMENDED WE TRIGGER LOWERING. |
| 13:56 | 14 | **Q.**   WE KNOW THE WATER LEVEL BECAUSE WE KNOW THE HYDROGRAPH, |
| 13:57 | 15 | AND WE KNOW THE LEVEE HEIGHT BECAUSE WE'VE PICKED 15.  SO WHAT |
| 13:57 | 16 | TIME IS IT?  YOU ANSWERED ME IN THE DEPOSITION.  I DON'T KNOW |
| 13:57 | 17 | WHY YOU CAN'T ANSWER ME NOW.  WHEN IS THE TRIGGER HAPPENING? |
| 13:57 | 18 | **A.**   I SAID -- LET'S SAY 5:30 WE WOULD BE EXPERIENCING |
| 13:57 | 19 | OVERTOPPING RATES PROBABLY IN THAT .5 TO 1 THAT I BELIEVE LEVEE |
| 13:57 | 20 | LOWERING WOULD HAVE BEGUN.  SO THE ANSWER IS ROUGHLY 5:30. |
| 13:57 | 21 | **Q.**   THANK YOU.  SO 5:30 IS OUR TRIGGER TIME? |
| 13:57 | 22 | **A.**   FOR THAT PARTICULAR ELEVATION. |
| 13:57 | 23 | **Q.**   THANK YOU. |
| 13:57 | 24 | **MR. BRUNO:**  MAY I WRITE THAT DOWN? |
| 13:57 | 25 | **THE COURT:**  YOU MAY. |

| | | |
|---|---|---|
| 13:57 | 1 | **BY MR. BRUNO:** |
| 13:57 | 2 | **Q.**   FOR A 16-FOOT LEVEE, IT WOULD HAVE TO BE DIFFERENT, RIGHT, |
| 13:57 | 3 | BECAUSE YOU HAVE TO GET THE WATER HIGHER TO GET THAT SAME |
| 13:57 | 4 | DEGREE OF FLOW AND GET THAT TRIGGER? |
| 13:57 | 5 | **A.**   THE TRIGGER WOULD HAPPEN JUST SLIGHTLY LATER. |
| 13:58 | 6 | **Q.**   SLIGHTLY LATER? |
| 13:58 | 7 | **A.**   YES. |
| 13:58 | 8 | **Q.**   SO IF YOU GO UP TO 16 FEET, HOW MUCH LATER IS IT? |
| 13:58 | 9 | **A.**   WELL, THE WATER LEVEL WAS RISING AT THAT TIME.  I'M |
| 13:58 | 10 | ESTIMATING -- I HAVE SOME CHARTS I CAN DO BETTER, MORE |
| 13:58 | 11 | PRECISE -- BUT IT WAS PROBABLY ON THE ORDER OF 2, 2.5 FOOT PER |
| 13:58 | 12 | HOUR.  SO IF WE'RE GOING UP 1 FOOT, IT WOULD BE 20 TO 30 |
| 13:58 | 13 | MINUTES LATER. |
| 13:58 | 14 | **Q.**   FAIR ENOUGH.  6:00?  CAN WE USE 6:00? |
| 13:58 | 15 | **A.**   THAT'S AN APPROXIMATE NUMBER, SURE. |
| 13:58 | 16 | **Q.**   GET A NUMBER YOU'RE HAPPY WITH. |
| 13:58 | 17 | **A.**   THAT'S AN APPROXIMATE NUMBER.  GO AHEAD. |
| 13:58 | 18 | **Q.**   6:00 FOR A 16-FOOT LEVEE AND 5:30 FOR A 15-FOOT LEVEE? |
| 13:58 | 19 | **A.**   YEAH.  WE'VE PREPARED CHARTS FOR BOTH A 15.4 AND A 16.3 |
| 13:58 | 20 | LEVEE, I KNOW. |
| 13:58 | 21 | **Q.**   OKAY. |
| 13:58 | 22 | **A.**   SO WE'RE ESTIMATING HERE. |
| 13:58 | 23 | **Q.**   NOW, HOW LONG DOES IT TAKE TO FILL UP THE CENTRAL WETLANDS |
| 13:59 | 24 | UNIT? |
| 13:59 | 25 | **A.**   I DON'T KNOW.  YOU'D HAVE TO TALK TO MR. FITZGERALD.  I |

| | | |
|---|---|---|
| 13:59 | 1 | DIDN'T DO THE INTERIOR FLOODING, SO I DON'T KNOW THE ANSWER TO |
| 13:59 | 2 | THAT. |
| 13:59 | 3 | **Q.**   NOW, THE PLAINTIFFS ARGUE THAT THE FAILURES OCCURRED AS A |
| 13:59 | 4 | RESULT OF A COMBINATION.  IT'S ACTUALLY THE SAME COMBINATION |
| 13:59 | 5 | THAT YOU DESCRIBED; IT'S JUST WE HAVE DIFFERENT PERCENTAGES. |
| 13:59 | 6 | RIGHT? |
| 13:59 | 7 | **A.**   NO.  I THINK WE HAVE FUNDAMENTAL DIFFERENCES ON HOW |
| 13:59 | 8 | IMPORTANT FRONT-SIDE WAVE EROSION WAS.  I THINK IT WAS |
| 13:59 | 9 | NEGLIGIBLE, QUITE SMALL.  I THINK MY IMPRESSION FROM LISTENING |
| 13:59 | 10 | TO DR. BEA'S TESTIMONY IS HE BELIEVES IT WAS A PREDOMINANT |
| 13:59 | 11 | CAUSE OF BREACHING THAT LED TO THE OVERFLOW OF WATER. |
| 13:59 | 12 | **Q.**   FAIR ENOUGH.  YOU UNDERSTAND THAT THE PLAINTIFFS BELIEVE |
| 13:59 | 13 | THAT THE FAILURES WERE CAUSED BY, IN PORTION, FRONT-SIDE WAVE |
| 13:59 | 14 | ATTACK; CORRECT? |
| 13:59 | 15 | **A.**   I THINK DR. BEA IN HIS WORK SAYS THAT THE -- |
| 14:00 | 16 | **THE COURT:**  BEFORE WE GO INTO THE EXPLANATION, WE |
| 14:00 | 17 | NEED THE ANSWER.  THE ANSWER IS PRETTY OBVIOUS.  DR. BEA DID |
| 14:00 | 18 | OPINE IN FRONT OF THIS COURT FOR A COUPLE OF DAYS THAT |
| 14:00 | 19 | FRONT-SIDE WAVE ATTACK WAS A FACTOR.  I KNOW THAT.  SO WHATEVER |
| 14:00 | 20 | THE WITNESS SAYS, I KNOW IT. |
| 14:00 | 21 | **MR. BRUNO:**  RIGHT. |
| 14:00 | 22 | **THE COURT:**  LET'S ESTABLISH THAT THAT IS A -- |
| 14:00 | 23 | **MR. BRUNO:**  THAT'S KNOWN. |
| 14:00 | 24 | **THE COURT:**  WHAT'S YOUR QUESTION? |
| | 25 | |

14:00    1    **BY MR. BRUNO:**

14:00    2    **Q.**    THE QUESTION IS THAT THE REAL DISAGREEMENT BETWEEN THE

14:00    3    PLAINTIFFS AND THE DEFENDANTS IS THE DEGREE TO WHICH THERE

14:00    4    WAS -- OR ACTUALLY THE AMOUNT OF FRONT-SIDE WAVE ATTACK VERSUS

14:00    5    OVERTOPPING FROM WAVES AND OVERFLOW, THAT'S THE REAL BEEF;

14:00    6    CORRECT?

14:00    7    **A.**    YOU KNOW, I DON'T KNOW.  I SAW A CHART THAT DR. BEA

14:00    8    PRODUCED WHERE I THOUGHT HE ATTRIBUTED 55 PERCENT OF THIS

14:00    9    REACH 2 TO DAMAGE CAUSED SOLELY BY OVERFLOWING AND OVERTOPPING.

14:00   10    HE HAD ANOTHER PERCENTAGE THAT HE ATTRIBUTED TO THE ONSET OF

14:01   11    OVERTOPPING CAUSED BY FRONT-SIDE WAVE ATTACK.  I JUST DON'T

14:01   12    BELIEVE FRONT-SIDE WAVE ATTACK WAS MUCH OF A FACTOR AT ALL.

14:01   13                **THE COURT:**  HE'S NOT ASKING YOU THAT, SIR.

14:01   14                **THE WITNESS:**  OH, I'M SORRY.

14:01   15                **THE COURT:**  HE'S ASKING YOU:  ISN'T THAT THE MAIN

14:01   16    DIFFERENCE BETWEEN THE CASES?  IF IT'S NOT, WE'VE SPENT TWO

14:01   17    WEEKS FOR NOTHING.  SO THAT'S ALL HE'S ASKING RIGHT NOW.  HE'S

14:01   18    NOT ASKING YOU TO ENDORSE THAT THEORY.  YOU'VE CLEARLY

14:01   19    ENUNCIATED YOURS VERY ARTICULATELY.  NOW HE'S SIMPLY ASKING YOU

14:01   20    ISN'T THAT THE -- IT MAY NOT BE.  YOU CAN ANSWER HOWEVER YOU

14:01   21    THINK, BUT THE QUESTION IS:  IS THE MAIN THEORY AS TO REACH 2,

14:01   22    AS TO THE FAILURE OF THE LEVEES, FRONT-SIDE EROSION VERSUS BACK

14:01   23    SIDE?

14:01   24                NOW, YOU DID ANSWER IN PART OF YOUR ANSWER THAT,

14:01   25    "WELL, NO, I THOUGHT DR. BEA ATTRIBUTED X PERCENT, WHICH I

| | | |
|---|---|---|
| 14:01 | 1 | UNDERSTOOD, NOT NECESSARILY TO FRONT-SIDE EROSION."  THAT WAS |
| 14:01 | 2 | RESPONSIVE TO THE QUESTION. |
| 14:02 | 3 |        **MR. BRUNO:**  LET ME TRY AGAIN, JUDGE. |
| 14:02 | 4 |        **THE COURT:**  ALL RIGHT. |
| 14:02 | 5 | **BY MR. BRUNO:** |
| 14:02 | 6 | **Q.**   I THOUGHT I ESTABLISHED AND I THOUGHT WE ALREADY |
| 14:02 | 7 | UNDERSTOOD THAT THE PLAINTIFFS HAVE PUT ON TESTIMONY THAT WE |
| 14:02 | 8 | BELIEVE PART OF THE DAMAGE WAS CAUSED BY FRONT-SIDE WAVE ATTACK |
| 14:02 | 9 | AND PART OF THE DAMAGE WAS CAUSED BY WAVE OVERTOPPING FOLLOWED |
| 14:02 | 10 | BY SURGE OVERTOPPING.  RIGHT? |
| 14:02 | 11 |        **THE COURT:**  WHICH WOULD BE BACK-SIDE EROSION? |
| 14:02 | 12 |        **MR. BRUNO:**  YES. |
| 14:02 | 13 |        **THE WITNESS:**  OVER A PORTION OF REACH 2, I WOULD |
| 14:02 | 14 | AGREE WITH WHAT YOU JUST SAID. |
| 14:02 | 15 | **BY MR. BRUNO:** |
| 14:02 | 16 | **Q.**   SO LET'S SEE IF WE CAN -- THE DIFFERENCE BETWEEN THE |
| 14:02 | 17 | PLAINTIFFS AND THE DEFENDANTS IS THAT THE PLAINTIFFS BELIEVE A |
| 14:02 | 18 | MUCH LARGER PORTION, I.E., MORE THAN NEGLIGIBLE, WAS CAUSED BY |
| 14:02 | 19 | FRONT-SIDE WAVE ATTACK; ISN'T THIS TRUE? |
| 14:02 | 20 | **A.**   I BELIEVE THAT'S TRUE. |
| 14:02 | 21 | **Q.**   YOU ALSO AGREE -- YOU -- THAT THE MRGO CONTRIBUTED TO |
| 14:02 | 22 | LARGER WAVES?  NEGLIGIBLE, BUT THE MRGO CONTRIBUTED TO LARGER |
| 14:02 | 23 | WAVES; ISN'T THIS TRUE? |
| 14:02 | 24 | **A.**   NO.  I THINK I TRIED TO ARTICULATE IN MY DIRECT TESTIMONY |
| 14:03 | 25 | THAT REGARDLESS OF WHAT THE ALTERNATIVES DID TO WAVE CONDITIONS |

| | | |
|---|---|---|
| 14:03 | 1 | OUT IN THE MRGO, THE WAVE HEIGHTS AT THE TOE, WHICH WERE GOING |
| 14:03 | 2 | TO IMPACT THE LEVEE, WOULD HAVE BEEN SOLELY INFLUENCED -- |
| 14:03 | 3 | PRIMARILY INFLUENCED, I WON'T SAY SOLELY -- BY THE WATER LEVELS |
| 14:03 | 4 | THAT EXISTED.  SINCE THE WATER LEVELS -- I THINK WE ALL AGREE |
| 14:03 | 5 | THAT THE WATER LEVELS AMONG THE VARIOUS CASES WERE NEGLIGIBLY |
| 14:03 | 6 | INFLUENCED BY THE MRGO.  THEN THE WAVE CONDITIONS AT THE TOE |
| 14:03 | 7 | WOULD ALSO BE NEGLIGIBLY INFLUENCED BY THE PRESENCE OF THE |
| 14:03 | 8 | MRGO. |
| 14:03 | 9 | Q.   MAY WE GO TO PAGE 591 OF YOUR DEPOSITION AT LINE 11 AND |
| 14:03 | 10 | SEE IF THAT WAS YOUR TESTIMONY WHEN I TOOK YOUR DEPOSITION. |
| 14:03 | 11 | A.   WHAT WAS THE PAGE, PLEASE? |
| 14:03 | 12 | Q.   591, LINE 11: |
| 14:04 | 13 | "Question:  THEN SHALL WE SAY MRGO NEUTRAL, THAT MRGO |
| 14:04 | 14 | IS CONTRIBUTING TO THE OVERTOPPING REGIME AS WELL? |
| 14:04 | 15 | "Answer:  TRUE.  SMALL.  SMALL AMOUNTS.  I'VE GOT |
| 14:04 | 16 | SOME GRAPHICS.  EVEN WITH THE KIND OF CHANGES WE'RE SEEING |
| 14:04 | 17 | ATTRIBUTED TO THE MRGO, WHICH WE DO SEE REDUCTION IN |
| 14:04 | 18 | HEIGHT, THAT THE CHANGE IN OVERTOPPING RATE IS QUITE |
| 14:04 | 19 | SMALL." |
| 14:04 | 20 | YOU AGREED THAT THE MRGO WAS CONTRIBUTING TO WAVES |
| 14:04 | 21 | AND THAT THE WAVES WERE CONTRIBUTING TO OVERTOPPING, ALBEIT |
| 14:04 | 22 | SMALL, TINY, BUT THERE WAS A CONTRIBUTION; ISN'T THAT TRUE? |
| 14:04 | 23 | A.   WELL, YOU HAVE TO BE CAREFUL ABOUT WHERE YOU'RE TALKING |
| 14:04 | 24 | ABOUT WHERE THE CHANGES TO THE WAVES ARE.  I THINK IN OUR |
| 14:04 | 25 | DISCUSSION I WAS REFERRING MOSTLY TO CONDITIONS OUT IN THE |

14:04  1   MRGO.  I THINK I JUST ARTICULATED WHY ANY CHANGES IN THE

14:04  2   MRGO -- WHICH WOULD BE MUCH, MUCH, MUCH SMALLER AT THE TOE OF

14:04  3   THE LEVEE.  SO WHILE THEY WOULD INFLUENCE THE OVERTOPPING

14:05  4   SOMEWHAT, IT WOULD BE A SMALL AMOUNT.  I THINK IN MY DIRECT

14:05  5   TESTIMONY I PRESENTED HOW THEY WOULD AFFECT THE OVERTOPPING

14:05  6   RATES.

14:05  7   Q.   SURE.  SO, AGAIN, THE FIGHT IS, BETWEEN THE PLAINTIFFS AND

14:05  8   THE DEFENDANTS, HOW MUCH DID THE MRGO CONTRIBUTE TO THE HEIGHT

14:05  9   OF THE WAVES.  THE DEFENDANTS SAY NOT MUCH.  THE PLAINTIFFS SAY

14:05  10  A LOT.  RIGHT?

14:05  11  A.   I SENSE THAT IS THE POSITION.  I DON'T WANT TO TESTIFY FOR

14:05  12  THE PLAINTIFFS.  I KNOW WHAT I BELIEVE.

14:05  13  Q.   YOU DON'T REALLY UNDERSTAND THE PLAINTIFFS' POSITION; IS

14:05  14  THAT WHAT YOU'RE TELLING THE COURT?

14:05  15  A.   I'M NOT SURE WHAT THEIR POSITION IS ON THE WAVES,

14:05  16  ACTUALLY.

14:05  17  Q.   YOU'RE NOT SURE?

14:05  18  A.   IT WAS HARD FOR ME TO FIGURE THAT OUT.

14:05  19  Q.   YOU COULDN'T FIGURE THAT OUT?  ALL RIGHT.  LET'S GO TO

14:05  20  PAGE 449, THEN.

14:05  21        THE COURT:  WHAT LINE?  IF YOU NEED TO REFER BACK,

14:06  22  JUST TELL THE COURT.

14:06  23        THE WITNESS:  WHAT WAS THE PAGE, PLEASE?

14:06  24  BY MR. BRUNO:

14:06  25  Q.   449.

FINAL DAILY COPY

14:06    1  **A.**    449?

14:06    2  **Q.**    LINE 23.  WELL, THE QUESTION IS LINE 19:

14:06    3           "Question:  SO YOU BELIEVE THAT IT WAS APPROPRIATE TO

14:06    4       STUDY WAVES SIMPLY BECAUSE THE PROBLEM PRESENTED WAS WHAT

14:06    5       WAS THE ROLE OF THE MRGO?

14:06    6           "Answer:  NO.  WAVES CONTRIBUTE TO OVERTOPPING AND

14:06    7       THEY POTENTIALLY CONTRIBUTE TO FRONT-SIDE WAVE EROSION."

14:06    8           THAT WAS YOUR ANSWER; RIGHT?

14:06    9  **A.**    I'M TRYING TO FIND IT.  I WAS TRYING TO FIND IT.

14:06   10  **Q.**    THERE IT IS RIGHT IN FRONT OF YOU.

14:06   11           **THE COURT:**  I TOLD THE WITNESS IF HE NEEDED TO REFER

14:06   12  TO THE QUESTIONS ABOVE, HE MAY, IF THAT'S WHAT HE'S DOING.

14:07   13           **THE WITNESS:**  I AGREE WITH WHAT I STATED IN THE

14:07   14  DEPOSITION.

14:07   15  **BY MR. BRUNO:**

14:07   16  **Q.**    OKAY.  ALL RIGHT.  SO I'M TRYING TO SEE IF WE CAN FRAME

14:07   17  THE ISSUES FOR THE COURT.  THE FIRST ISSUE IS DOES THE MRGO

14:07   18  MAKE THE WAVES BIGGER; RIGHT?

14:07   19  **A.**    WHERE?

14:07   20  **Q.**    IN THE DEEP.

14:07   21  **A.**    THERE ARE SOME CHANGES, YES.

14:07   22  **Q.**    THERE ARE SOME CHANGES?  YOU BELIEVE THEY'RE SMALL.  THE

14:07   23  PLAINTIFFS BELIEVE THEY'RE LARGE.  IS THAT FAIR?

14:07   24  **A.**    YEAH.  I DON'T BELIEVE CHANGES OF A HALF TO A FOOT TO 2

14:07   25  FOOT ARE ALL THAT LARGE WHEN YOU CONSIDER THAT THEY'RE GOING TO

14:07    1    BE -- ANY OF THOSE WAVE CONDITIONS WOULD BE HEAVILY DISSIPATED

14:07    2    BY THE BERM IN FRONT OF THE LEVEE.

14:07    3    **Q.**    OKAY.

14:07    4    **A.**    SO THE DIFFERENCES, THAT WOULD BE MUCH, MUCH, MUCH SMALLER

14:08    5    ONCE THE WAVES GET TO THE TOE OF THE LEVEE.

14:08    6    **Q.**    FAIR ENOUGH, BUT HERE'S THE QUESTION:   PLAINTIFFS THINK

14:08    7    THEY'RE LARGE, AND YOU THINK THEY'RE SMALL; RIGHT?

14:08    8    **A.**    I DIDN'T SAY THAT.   I SAID THEY WOULD BE LIMITED BY THE

14:08    9    WATER DEPTH.

14:08   10    **Q.**    ARE YOU USING THE PLAINTIFFS' VIEW OF HOW LARGE THE WAVES

14:08   11    GOT OR ARE YOU USING THE DEFENDANTS' VIEW OF HOW LARGE THE

14:08   12    WAVES GOT?

14:08   13    **A.**    I THINK I TRIED TO COVER THAT IN MY DIRECT TESTIMONY

14:08   14    YESTERDAY [*SIC*], THAT I TRIED TO USE A SIMPLE EXAMPLE OF A

14:08   15    17.5-FOOT SURGE AND A 7.5-FOOT LEVEE CREST ELEVATION THAT WOULD

14:08   16    PRODUCE A 10-FOOT WATER DEPTH AT THE TOE OF THE LEVEE.   IN MY

14:08   17    TESTIMONY I TRIED TO ILLUSTRATE HOW, REGARDLESS OF HOW THE WAVE

14:08   18    CONDITIONS IN THE DEEP MRGO CHANNEL ARE CHANGED BY

14:08   19    ALTERNATIVES, WE WOULD STILL HAVE A WAVE HEIGHT AT THE TOE OF

14:08   20    THAT LEVEE OF APPROXIMATELY .4 TO .5 TIMES THAT WATER DEPTH.

14:08   21    THAT WOULD BE IRRESPECTIVE OF THOSE ALTERNATIVES SINCE THEY ALL

14:08   22    PRODUCED WAVE CONDITIONS OUT IN THE MRGO CHANNEL THAT WERE

14:09   23    GREATER THAN 4 OR 5 FEET.

14:09   24    **Q.**    ACTUALLY, IT'S .6.   YOU TESTIFIED TO .6, AND THEN YOU

14:09   25    CHANGED IT TO .5 OR .4.   WHICH ONE IS IT?

FINAL DAILY COPY

| 14:09 | 1 | **A.**   NO.  I'VE USED -- IN MY EXPERIENCE, TYPICALLY, THAT NUMBER |
| 14:09 | 2 | WILL VARY FROM .4 TO .6.  IN MY EXPERIENCE IT'S GENERALLY .4 |
| 14:09 | 3 | FOR A LARGE, GENTLY SLOPING BERM OUT IN FRONT OF A LEVEE.  .6 |
| 14:09 | 4 | WOULD BE MORE OF A NATURAL BEACH CONDITION, WHERE THE SLOPE |
| 14:09 | 5 | WOULD BE MUCH GREATER.  SO, PERSONALLY, I THINK .4 WOULD BE THE |
| 14:09 | 6 | MOST APPROPRIATE CHOICE.  DR. BEA USED .5.  I THINK WE'RE |
| 14:09 | 7 | SIMILAR IN WHAT WE ASSUMED WOULD BE THE MAXIMUM AMOUNT OF WAVE |
| 14:09 | 8 | ENERGY AS LIMITED BY THE WATER DEPTH. |
| 14:09 | 9 | **Q.**   SO EVEN IF WE USED .5, IF WE HAVE A MUCH HIGHER WAVE AND |
| 14:09 | 10 | YOU CUT IT IN HALF, YOU'RE STILL GOING TO HAVE A HIGHER WAVE AT |
| 14:09 | 11 | THE TOE NO MATTER HOW YOU CUT IT; RIGHT? |
| 14:09 | 12 | **A.**   I THINK I JUST EXPLAINED THAT THAT WOULD NOT BE THE CASE. |
| 14:10 | 13 | IF YOU USED .5 TIMES THE WATER DEPTH, IT WOULD BE A MAXIMUM |
| 14:10 | 14 | WAVE HEIGHT OF 5 FEET AT THE TOE OF THE LEVEE.  IT'S SOLELY A |
| 14:10 | 15 | FUNCTION OF THE WATER DEPTH MULTIPLIED BY WHATEVER COEFFICIENT |
| 14:10 | 16 | WE USE, .4 OR .5. |
| 14:10 | 17 | **Q.**   SO MAYBE I'M NOT DOING MY MATH CORRECTLY, BUT IF THE WAVE |
| 14:10 | 18 | IS -- 10 FEET TIMES .5 IS 5; AND IF THE WAVE IS 9 FEET TIMES |
| 14:10 | 19 | .5, IT'S 4.5.  SO YOU HAVE A DIFFERENT SIZE WAVE. |
| 14:10 | 20 | **A.**   I THINK YOU'VE GOT YOUR CALCULATION WRONG.  IF I HAVE A |
| 14:10 | 21 | 10-FOOT WAVE OUT IN THE MRGO AND A 9-FOOT WAVE IN THE MRGO, AT |
| 14:10 | 22 | THE LEVEE THEY'RE BOTH GOING TO BE 4 OR 5 FEET.  IT DOESN'T |
| 14:10 | 23 | MATTER.  IF THE WAVE HEIGHT IS HIGHER OFFSHORE, THE ENERGY WILL |
| 14:10 | 24 | JUST BECOME DISSIPATED FASTER ACROSS THE SHALLOW BERM. |
| 14:10 | 25 | **Q.**   YOU'LL HAVE TO WALK ME VERY SLOWLY THROUGH THIS MATH.  YOU |

| | | |
|---|---|---|
| 14:10 | 1 | JUST TOLD ME YOU MULTIPLIED THE WAVE TIMES .5, DIDN'T YOU? |
| 14:10 | 2 | **A.**   NO.   MULTIPLIED WATER DEPTH TIMES .5. |
| 14:10 | 3 | **Q.**   YOU DON'T TAKE THE SIGNIFICANT WAVE HEIGHT AND MULTIPLY IT |
| 14:10 | 4 | TIMES THIS FRACTION? |
| 14:11 | 5 | **A.**   NO. |
| 14:11 | 6 | **Q.**   SO THEN, IF THAT'S TRUE, THEN IT DOESN'T MATTER HOW BIG |
| 14:11 | 7 | THE WAVES ARE.   THEY COULD BE 30 FEET AND YOU'D GET THE SAME |
| 14:11 | 8 | SIZE WAVE AT THE TOE; IS THAT YOUR TESTIMONY? |
| 14:11 | 9 | **A.**   THAT'S CORRECT.   IT WOULD BE LIMITED BY THE DEPTH. |
| 14:11 | 10 | **Q.**   OKAY.   I'LL TAKE THAT.   SO IF YOU HAVE A 50-FOOT -- WELL, |
| 14:11 | 11 | LET'S GET CRAZY. |
| 14:11 | 12 | **THE COURT:**   IS THERE ANYTHING IN THE LITERATURE OR |
| 14:11 | 13 | THE SCIENCE -- |
| 14:11 | 14 | **THE WITNESS:**   I THINK DR. RESIO WILL TESTIFY MUCH |
| 14:11 | 15 | GREATER ON THIS PARTICULAR SUBJECT. |
| 14:11 | 16 | **THE COURT:**   THAT'S FAIR ENOUGH. |
| 14:11 | 17 | **BY MR. BRUNO:** |
| 14:11 | 18 | **Q.**   JUST TO GET ON THE RIDICULOUS, IF THE WAVE IS 50 FEET HIGH |
| 14:11 | 19 | IN THE CENTER OF THE MRGO, THAT WAVE WILL NEVER GET HIGHER THAN |
| 14:11 | 20 | HALF OF THE -- |
| 14:11 | 21 | **THE COURT:**   IT'S 3 FEET AT THE -- |
| 14:11 | 22 | **MR. BRUNO:**   YEAH. |
| 14:11 | 23 | **BY MR. BRUNO:** |
| 14:11 | 24 | **Q.**   IF THE DISTANCE BETWEEN THE TOE AND THE LEVEE HEIGHT IS 10 |
| 14:11 | 25 | FEET, THAT WAVE WILL NEVER GET HIGHER THAN 5 FEET?   THAT'S WHAT |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:11 | 1 | YOUR TESTIMONY IS?  I WANT TO BE CRYSTAL CLEAR ON THAT. |
| 14:11 | 2 | **A.**   NO.  A BROAD, GENTLE SLOPING BREACH -- YOU CAN'T HAVE A |
| 14:11 | 3 | 50-FOOT WAVE HEIGHT -- |
| 14:11 | 4 | **Q.**   THAT'S NOT THE QUESTION, SIR. |
| 14:12 | 5 | **A.**   -- IN 20 FEET OF WATER.  IT DOESN'T WORK LIKE THAT. |
| 14:12 | 6 | **MR. MITSCH:**  THE WITNESS SHOULD BE PERMITTED TO |
| 14:12 | 7 | FINISH HIS ANSWER BEFORE HE INTERRUPTS. |
| 14:12 | 8 | **THE COURT:**  I AGREE.  SUSTAINED.  LET HIM FINISH. |
| 14:12 | 9 | **MR. BRUNO:**  YOU'RE RIGHT, YOUR HONOR.  I WOULD LIKE |
| 14:12 | 10 | AN ANSWER, THOUGH. |
| 14:12 | 11 | **BY MR. BRUNO:** |
| 14:12 | 12 | **Q.**   THE QUESTION WAS -- AND I APOLOGIZE FOR INTERRUPTING.  I |
| 14:12 | 13 | SAID:  IF THE WAVE IS 50 FEET, YOUR TESTIMONY IS THAT WAVE, |
| 14:12 | 14 | WHEN IT HITS THE TOE OF THE MRGO LEVEE, WILL BE 5 FEET HIGH? |
| 14:12 | 15 | **A.**   WE HAD WAVES OUT IN THE MIDDLE OF THE GULF DURING KATRINA |
| 14:12 | 16 | THAT WERE TENS OF METERS HIGH.  YOU DON'T SEE THAT KIND OF WAVE |
| 14:12 | 17 | HEIGHT AT THE COASTLINE. |
| 14:12 | 18 | **Q.**   I DIDN'T ASK THAT QUESTION, MR. EBERSOLE.  MAY I PLEASE, |
| 14:12 | 19 | PLEASE HAVE AN ANSWER TO MY QUESTION.  IF THE WAVE HEIGHT IN |
| 14:12 | 20 | THE CENTER OF THE MRGO IS 50 FEET, IS IT YOUR TESTIMONY, SIR, |
| 14:12 | 21 | THAT THAT WAVE WILL BE 5 FEET IF THE DISTANCE BETWEEN THE LEVEE |
| 14:12 | 22 | TOE AND THE CREST IS 10 FEET?  IS THAT YOUR TESTIMONY? |
| 14:13 | 23 | **A.**   IT'S IMPOSSIBLE TO HAVE A 50-FOOT WAVE IN THE MRGO CHANNEL |
| 14:13 | 24 | BECAUSE IT'S GOING TO BE LIMITED BY THE WATER DEPTH EITHER IN |
| 14:13 | 25 | LAKE BORGNE OR IN THE WETLANDS SURROUNDING LAKE BORGNE. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:13 | 1 | **THE COURT:**  LET ME ASK YOU THIS:  IS THERE A |
| 14:13 | 2 | MATHEMATICAL GRADIENT -- IS WHAT YOU'RE SAYING -- LET'S ASSUME |
| 14:13 | 3 | IT'S .5.  IS IT A UNIVERSAL RULE OR ARE THERE ANOMALIES WHICH |
| 14:13 | 4 | COULD AFFECT THAT?  IF IT GETS PAST A CERTAIN HEIGHT, ARE YOU |
| 14:13 | 5 | SAYING IT MIGHT NOT BE -- YOU THINK IT'S UNIVERSAL? |
| 14:13 | 6 | **THE WITNESS:**  GENERALLY, IT WILL NEVER EXCEED .4 TO |
| 14:13 | 7 | .6. |
| 14:13 | 8 | **THE COURT:**  THAT'S WHAT HE SAID. |
| 14:13 | 9 | **BY MR. BRUNO:** |
| 14:13 | 10 | **Q.**   THAT'S WHAT YOU SAID, THAT'S RIGHT.  THE WAVES WILL NEVER |
| 14:13 | 11 | GET HIGHER THAN HALF THE DISTANCE BETWEEN THE TOE AND THE |
| 14:13 | 12 | CREST.  IF THAT'S YOUR TESTIMONY, I'M FINE.  I JUST WANT THE |
| 14:13 | 13 | MAKE SURE THE RECORD'S CLEAR. |
| 14:13 | 14 | NOW, LET'S SEE IF WE CAN UNDERSTAND SOME BASIC |
| 14:13 | 15 | DIFFERENCES BETWEEN THE PLAINTIFFS AND THE DEFENDANTS ABOUT |
| 14:14 | 16 | SOME OF THESE FACTS. |
| 14:14 | 17 | **MR. BRUNO:**  CAN I GO TO THE BOARD, JUDGE? |
| 14:14 | 18 | **THE COURT:**  YOU MAY. |
| 14:14 | 19 | **BY MR. BRUNO:** |
| 14:14 | 20 | **Q.**   THE PLAINTIFFS AND THE DEFENDANTS BOTH AGREE THAT THE |
| 14:14 | 21 | WATER ARRIVED AT THE 40 ARPENT CANAL AT 8:30; RIGHT? |
| 14:14 | 22 | **A.**   I DON'T KNOW.  I'D RATHER MR. FITZGERALD COMMENT ON THAT |
| 14:14 | 23 | PARTICULAR TOPIC SINCE HE DID THE INTERIOR FLOODING ANALYSIS. |
| 14:14 | 24 | **Q.**   YOU DON'T KNOW? |
| 14:14 | 25 | **A.**   I BELIEVE MY RECOLLECTION WAS IN THE 8:20, 8:30 TIME |

| | | |
|---|---|---|
| 14:14 | 1 | FRAME, BUT HE COULD GIVE A MORE DEFINITIVE RESULT. |
| 14:14 | 2 | **MR. BRUNO:** CAN I ASK A FEW QUESTIONS HERE, JUDGE? |
| 14:14 | 3 | **THE COURT:** GO AHEAD.  YOU CAN STAY THERE. |
| 14:14 | 4 | **BY MR. BRUNO:** |
| 14:14 | 5 | **Q.** MR. EBERSOLE, IN YOUR DEPOSITION, YOU TOLD US THAT YOU |
| 14:14 | 6 | ALTERED THE SPEED WITH WHICH THE BREACHES FORMED FROM AN HOUR |
| 14:14 | 7 | TO AN HOUR AND A HALF SO THAT THE WATER WOULD ARRIVE AT 8:30 |
| 14:15 | 8 | BECAUSE THAT'S WHERE ALL THE TESTIMONY INDICATED WHEN THE WATER |
| 14:15 | 9 | GOT TO THE 40 ARPENT CANAL.  DO YOU REMEMBER THAT TESTIMONY? |
| 14:15 | 10 | **A.** YEAH.  I REMEMBER TALKING ABOUT HOW WE HAD TO MAKE A |
| 14:15 | 11 | DECISION ON A RATHER UNCERTAIN PARAMETER ABOUT HOW FAST THE |
| 14:15 | 12 | LEVEE DEGRADES ONCE IT STARTED TO LOWER UNTIL ONCE IT REACHED |
| 14:15 | 13 | ITS SILL LEVEL.  THE ADVICE THAT I GAVE TO MR. FITZGERALD WAS |
| 14:15 | 14 | THAT I THOUGHT THAT TIME, BASED ON MY PROFESSIONAL JUDGMENT, |
| 14:15 | 15 | WOULD BE ON THE ORDER OF AN HOUR, HOUR AND A HALF.  I |
| 14:15 | 16 | RECOMMENDED TO HIM THAT HE LOOK AT TRYING TO GET A HANDLE ON |
| 14:15 | 17 | WHAT THAT LOWERING RATE WOULD BE BY LOOKING AT HOW WELL THE |
| 14:15 | 18 | MODEL WAS SIMULATING THE ARRIVAL OF WATER AT THAT PARTICULAR |
| 14:15 | 19 | LOCATION. |
| 14:15 | 20 | **Q.** SO YOU DO REMEMBER THE 8:30 ARRIVAL TIME? |
| 14:15 | 21 | **A.** YEAH.  I THINK IT WAS 8:20 OR 8:30.  I DON'T REMEMBER. |
| 14:15 | 22 | **Q.** I JUST WANT TO JOG YOUR MEMORY A LITTLE BIT.  SO NOW YOU |
| 14:15 | 23 | REMEMBER.  FAIR ENOUGH.  I'LL PUT 8:30 DOWN. |
| 14:15 | 24 | **THE COURT:** WE'RE NOT HOLDING HIM TO THAT PRECISE |
| 14:15 | 25 | NUMBER. |

| | | |
|---|---|---|
| 14:15 | 1 | **MR. BRUNO:**  NO, WE'RE NOT. |
| 14:16 | 2 | **THE COURT:**  IT'S JUST ILLUSTRATIVE RIGHT NOW. |
| 14:16 | 3 | **MR. BRUNO:**  JUST ILLUSTRATIVE. |
| 14:16 | 4 | BY MR. BRUNO: |
| 14:16 | 5 | Q.   THE PLAINTIFFS HAVE THE SAME POSITION, CORRECT, OR YOU DO |
| 14:16 | 6 | NOT KNOW THAT EITHER? |
| 14:16 | 7 | A.   I THINK SO.  I THINK I HEARD THAT IN THE TESTIMONY. |
| 14:16 | 8 | Q.   THE PEAK SURGE IS 7:30 FOR YOU AND 8:30 FOR US; IS THAT |
| 14:16 | 9 | RIGHT? |
| 14:16 | 10 | **THE COURT:**  AT REACH 2? |
| 14:16 | 11 | **MR. BRUNO:**  RIGHT.  JUDGE, THIS IS ALL REACH 2. |
| 14:16 | 12 | **THE COURT:**  I JUST WOULD LIKE TO MARK IT AGAIN. |
| 14:16 | 13 | **MR. BRUNO:**  YOU'RE RIGHT, REACH 2. |
| 14:16 | 14 | **THE WITNESS:**  YEAH, I THINK THAT'S YOUR POSITION. |
| 14:16 | 15 | BY MR. BRUNO: |
| 14:16 | 16 | Q.   AS I SAID, YOU DON'T KNOW HOW LONG IT TAKES TO FILL THE |
| 14:16 | 17 | BOWL.  YOU TOLD US THAT ALREADY. |
| 14:16 | 18 | A.   CORRECT. |
| 14:17 | 19 | Q.   BUT WE DO KNOW THAT YOU ALTERED THE TIME THAT IT TOOK FOR |
| 14:17 | 20 | THE LEVEE BREACHING TO OCCUR FROM AN HOUR TO AN HOUR AND A HALF |
| 14:17 | 21 | BECAUSE YOU WANTED THE NUMBERS TO WORK OUT RIGHT; CORRECT? |
| 14:17 | 22 | A.   I SUGGESTED TO MR. FITZGERALD THAT THAT WOULD BE ONE WAY |
| 14:17 | 23 | FOR HIM TO ESTABLISH IN A RELIABLE WAY JUST HOW FAST WE LOWER |
| 14:17 | 24 | THE LEVEE ONCE IT STARTS TO DEGRADE BECAUSE THERE IS |
| 14:17 | 25 | UNCERTAINTY IN THAT PARAMETER. |

14:17  1  **Q.**   OKAY.  ALL RIGHT.  JUST TO ROUND THIS OUT, THESE BREACHING

14:17  2  TIMES CHANGE WITH THE HEIGHT OF THE LEVEE.  15 FEET, WE SAID

14:17  3  5:30.  A 16-FOOT LEVEE, HALF AN HOUR LATER; RIGHT?

14:17  4  **A.**   OKAY.

14:17  5  **Q.**   17 FEET, SOMETIME -- I WON'T HOLD YOU TO IT.  SOMETIME

14:17  6  LATER; CORRECT?

14:17  7  **A.**   SURE.  IT'S GOING TO BE 20 MINUTES LATER, SOMETHING LIKE

14:17  8  THAT.

14:17  9  **Q.**   SO IF YOUR PEAK TIME IS WRONG -- GOD FORBID.  I KNOW IT'S

14:18  10  HIGHLY UNLIKELY.  BUT IF IT'S WRONG, THEN THE TIME AT WHICH THE

14:18  11  LEVEES STARTED TO FAIL GETS CLOSER TO THE TIME THAT THE WATER

14:18  12  HITS THE 40 ARPENT CANAL; ISN'T THAT TRUE?

14:18  13  **A.**   I DON'T KNOW.  LIKE I SAID, I WASN'T INVOLVED IN THE

14:18  14  INTERIOR FLOODING.  I WOULD RATHER MR. FITZGERALD COMMENT ON

14:18  15  THESE ISSUES.  I WILL SAY MY IMPRESSION FROM DISCUSSING THE

14:18  16  RESULTS OF HIS WORK WITH ME WAS THAT HE GOT VERY GOOD AGREEMENT

14:18  17  ON NOT ONLY THE PEAK WATER LEVELS IN THE FLOODED INHABITED

14:18  18  PARTS OF THE POLDER BUT ALSO THE TIME AT WHICH THE WATER LEVEL

14:18  19  PEAKED.

14:18  20      SO IF HE GOT VERY GOOD RESULTS ON BOTH OF THOSE

14:18  21  THINGS, THEN I WOULD CONCLUDE THAT THE COMBINATION OF OUR

14:18  22  HYDROGRAPHS AND OUR TRIGGER FOR BREACHING AND LOWERING DID A

14:18  23  GOOD JOB BECAUSE YOU CAN'T GET GOOD AGREEMENT ON THE WATER

14:19  24  LEVEL AND THE PEAK OF THE WATER LEVEL IN THE FLOODED POLDER AND

14:19  25  THE TIME OF OCCURRENCE OF THE HIGH WATER IN THE POLDER WITHOUT

14:19    1    DOING THOSE THINGS PRETTY WELL.

14:19    2    Q.   WELL, YOU CAN GET GOOD AGREEMENT IF YOU ARBITRARILY CHANGE

14:19    3    THE TIME THAT IT TAKES FOR THE BREACHING TO OCCUR.  IN FACT,

14:19    4    YOU DID THAT; RIGHT?

14:19    5    A.   IT WASN'T SO ARBITRARY.  I SUGGESTED THAT IT BE ONE,

14:19    6    ONE-AND-A-HALF HOURS.  WE DECIDED TO START WITH ONE VALUE.  I

14:19    7    THINK YOU RECALL THAT HE GOT WATER A LITTLE BIT TOO SOON, AND

14:19    8    HE TRIED THE NEXT VALUE AND HIT IT PRETTY WELL RIGHT ON THE

14:19    9    MARK.

14:19   10    Q.   YOU CAN ALSO GET GOOD ALIGNMENT IF YOU CHANGE THE PEAK

14:19   11    SURGE TIME.  THAT'S SOMETHING ALSO YOU COULD MESS WITH; RIGHT?

14:19   12    A.   I DIDN'T ALTER THE PEAK SURGE TIME ON THE REACH 2.

14:19   13    Q.   YOU DIDN'T ALTER IT?  IT ALWAYS WAS 7:30?

14:19   14    A.   CORRECT.  I HAVE NOT ALTERED THE TIME OF PEAK SURGE ALONG

14:19   15    REACH 2.

14:19   16    Q.   WE'LL SEE ABOUT THAT.  LET'S LOOK AT MR. FITZGERALD'S JUST

14:20   17    TO KIND OF SEE HOW THESE THINGS COMPARE.

14:20   18            THE COURT:  WHEN YOU'RE TALKING ABOUT FITZGERALD, IF

14:20   19    WE COULD JUST SAY --

14:20   20            MR. BRUNO:  THIS IS STEVE FITZGERALD.  THIS IS THE

14:20   21    DEFENDANTS' EXPERT, NOT THE PLAINTIFFS' EXPERT.

14:20   22    BY MR. BRUNO:

14:20   23    Q.   LET'S GO TO PX-1487, PAGE 18.  THAT'S THE REPORT.

14:20   24    A.   WHOSE REPORT WAS THAT, PLEASE?

14:20   25    Q.   STEVEN FITZGERALD, THE ONE YOU JUST ALLUDED TO.

14:20   1   **A.**   I HAVE NOT READ THIS REPORT.

14:20   2   **Q.**   YOU HAVEN'T READ THIS ONE EITHER?

14:20   3   **A.**   NO.

14:20   4   **Q.**   WELL, AT THE TOP HERE IT SAYS:  "THE MODEL CALCULATED THAT

14:20   5   THE FIRST FLOW THROUGH A BREACH OCCURRED ABOUT 6:00 A.M."  THE

14:21   6   FIRST FLOW THROUGH A BREACH.  BASED UPON YOUR DISCUSSION WITH

14:21   7   THE COURT ABOUT BREACH TRIGGERS AND FLOWING, WHAT DOES THAT

14:21   8   MEAN?

14:21   9   **A.**   I DON'T KNOW.  I CAN'T COMMENT ON STEVE'S WORK.  I

14:21   10   PROVIDED HIM WITH A BREACH TRIGGER AND MADE SOME SUGGESTIONS

14:21   11   REGARDING THE ACTUAL LOWERING RATE ONCE THE LEVEES STARTED TO

14:21   12   DEGRADE AND THAT WAS ABOUT IT.  HE TOOK THAT INFORMATION AND

14:21   13   DID HIS ANALYSIS.  I HAVE NOT READ HIS REPORT, NOR DO I KNOW

14:21   14   THE DETAILS OTHER THAN WHAT HE'S TOLD ME ABOUT THE QUALITY OF

14:21   15   THE RESULTS THAT HE GOT BACK FROM HIS SIMULATIONS.

14:21   16   **Q.**   WELL, MAYBE I'M INCORRECT.  PLEASE FORGIVE ME IF I GOT

14:21   17   THIS WRONG.  AREN'T YOU USING FITZGERALD'S RESULTS TO

14:21   18   CORROBORATE YOUR FINDINGS?

14:21   19   **A.**   NO.  NO, I'M NOT.

14:21   20   **Q.**   YOU'RE NOT?

14:21   21   **A.**   NO.

14:21   22   **Q.**   THAT'S FINE.

14:22   23   **A.**   WHAT I DID SAY WAS THAT THE QUALITY OF THE RESULTS THAT HE

14:22   24   GOT INSIDE THE POLDER, YOU COULDN'T GET THAT QUALITY OF RESULTS

14:22   25   UNLESS YOU HAD GOOD HYDROGRAPH INPUT.  WE HANDLED THE BREACH

| | | |
|---|---|---|
| 14:22 | 1 | TRIGGER REASONABLY WELL.  SO IN THAT SENSE, MAYBE IT DOES |
| 14:22 | 2 | CORROBORATE MY RESULTS, HOWEVER YOU WANT TO INTERPRET THAT. |
| 14:22 | 3 | Q.   WELL, I'M ASKING YOU, FRANKLY, NOT AS TO TODAY.  BACK WHEN |
| 14:22 | 4 | YOU WERE PUTTING TOGETHER YOUR THOUGHTS AND YOUR THINKING AND |
| 14:22 | 5 | YOUR CONCLUSIONS, YOU'RE TELLING THE COURT THAT YOU DIDN'T USE |
| 14:22 | 6 | THE STEVEN FITZGERALD CONCLUSIONS TO SUPPORT YOUR OPINION IN |
| 14:22 | 7 | ANY WAY?  THAT'S WHAT YOU'RE TELLING THE COURT TODAY; ISN'T |
| 14:22 | 8 | THAT TRUE? |
| 14:22 | 9 | A.   YES, I WOULD AGREE WITH THAT. |
| 14:23 | 10 | Q.   FOR COMPLETENESS, SO THAT WE CAN KIND OF PUT THIS TOGETHER |
| 14:23 | 11 | WITH LOGIC, FITZGERALD'S NUMBERS/TIMES -- THAT IS, THE BREACH |
| 14:23 | 12 | THAT OCCURRED AT 6:00 FOLLOWED BY 7:00, WHERE FLOW OCCURRED |
| 14:23 | 13 | THROUGH ALL THE BREACHES -- DID HE GET THAT FROM YOU? |
| 14:23 | 14 | A.   NO.  HE WOULD GENERATE THAT INFORMATION HIMSELF. |
| 14:23 | 15 | Q.   FAIR ENOUGH.  WE DON'T KNOW WHERE HE GOT IT, BUT WE KNOW, |
| 14:23 | 16 | FOR THE RECORD, HE DIDN'T GET IT FROM YOU? |
| 14:23 | 17 | A.   WHAT I PROVIDED TO HIM WAS THE TRIGGER, THE 1-FOOT |
| 14:23 | 18 | ELEVATION BELOW LEVEE CREST ELEVATION, WHENEVER THAT OCCURRED |
| 14:23 | 19 | FOR A PARTICULAR AREA.  AND THEN I ALSO GAVE HIM ADVICE ON THE |
| 14:23 | 20 | AMOUNT OF -- THE TIME TO LOWER THE BREACH. |
| 14:23 | 21 | Q.   ALL RIGHT. |
| 14:23 | 22 | A.   I MEAN -- YEAH, LOWER THE BREACH FROM ITS INITIAL |
| 14:23 | 23 | ELEVATION TO ITS SILL ELEVATION.  I TOLD HIM THAT |
| 14:23 | 24 | PROFESSIONALLY I THOUGHT IT WOULD BE AN HOUR TO AN HOUR AND A |
| 14:24 | 25 | HALF.  I GAVE THAT INFORMATION TO HIM.  HE TOOK IT AND WENT |

| 14:24 | 1 | WITH IT. |

14:24  2          THE COURT:  SOME OF THAT INFORMATION MAY HAVE BEEN

14:24  3    PROVIDED BY YOU?

14:24  4          THE WITNESS:  YEAH, IN THOSE TWO AREAS.

14:24  5          MR. BRUNO:  JUST TO KIND OF TIE IT ALL TOGETHER,

14:24  6    YOUR HONOR, YOU HAVE BEFORE YOU THE PICTOGRAM, WHICH GIVES YOU

14:24  7    ALL THOSE LEVEE HEIGHTS.  YOU'VE SOME 17-FOOT LEVEES.  YOU'VE

14:24  8    GOT SOME 18-FOOT LEVEES.  YOU'VE GOT SOME 15-FOOT LEVEES.

14:24  9    YOU'VE GOT SOME 16-FOOT LEVEES.

14:24  10   BY MR. BRUNO:

14:24  11   Q.   SO WHAT YOU WOULD HAVE EXPECTED MR. STEVEN FITZGERALD,

14:24  12   DEFENSE EXPERT, TO DO WOULD BE TO PUT INTO HIS COMPUTER THE

14:24  13   FOLLOWING:  WHEN THE WATER GETS 1 FOOT BELOW THE CREST OF THE

14:24  14   LEVEE, THAT'S WHEN OUR TRIGGER OCCURS.  RIGHT?

14:24  15   A.   THAT'S CORRECT.

14:24  16   Q.   OKAY.

14:24  17   A.   I GUESS THE OTHER THING THAT WE DID COMMUNICATE -- NOT

14:24  18   JUST STEVE AND I, BUT THE GROUP -- IS WE HAD SOME DISCUSSION

14:24  19   ABOUT WHAT WERE THE HEIGHTS AND ELEVATIONS OF THE LEVEES AND

14:24  20   THE WALLS ALONG REACH 2.  WE DID SOME ITERATION, COMPARING

14:24  21   NOTES ON WHAT INFORMATION WE HAD, TRYING TO ARRIVE AT THE MOST

14:24  22   ACCURATE REPRESENTATION OF WHAT THOSE ELEVATIONS WERE.

14:24  23   Q.   FAIR ENOUGH.  THE POINT IS THAT YOU WOULD EXPECT,

14:25  24   THEREFORE, THAT THE BREACH TIMES WOULD BE DIFFERENT ALL OVER

14:25  25   REACH 2 BECAUSE YOU'VE GOT DIFFERENT LEVEE HEIGHTS ALL OVER

14:25    1    REACH 2?

14:25    2    **A.**   I CAN'T COMMENT ON THAT.  YOU'D HAVE TO ASK STEVE THOSE

14:25    3    QUESTIONS.

14:25    4    **Q.**   LOGICALLY, IF THE LEVEE HEIGHTS ARE ALL DIFFERENT AND THE

14:25    5    TRIGGER HAPPENS WHEN THE WATER GETS A FOOT BELOW, THAT'S GOING

14:25    6    TO BE DIFFERENT?

14:25    7    **A.**   I WOULD EXPECT THERE WOULD BE SOME DIFFERENCES ON

14:25    8    THE ORDER OF --

14:25    9           **THE COURT:**  WE'VE TALKED ABOUT THAT, I THINK, TO SOME

14:25   10    DEGREE.

14:25   11    **BY MR. BRUNO:**

14:25   12    **Q.**   YEAH.  THEY'RE DIFFERENT.

14:25   13    **A.**   I WOULD EXPECT THERE TO BE SOME DIFFERENCES.

14:25   14    **Q.**   ALL RIGHT.  FAIR ENOUGH.

14:25   15    **A.**   NOT LONG ONES, BUT SOME.

14:25   16    **Q.**   DID YOU EVALUATE THIS WORK?  YOU DIDN'T EVALUATE THIS WORK

14:25   17    AT ALL; RIGHT?

14:25   18    **A.**   NO, I DID NOT.  I DID NOT READ THE REPORT.

14:25   19    **Q.**   LET'S GO, THEN, TO YOUR CONCEPTUAL MODELING, THEN.  YOU

14:25   20    SHOWED THESE CARTOONS TO THE COURT.  THAT'S DM-15.  LET'S LOOK

14:25   21    AT DM-15.2.  IF WE LOOK AT 5:30 --

14:26   22           **THE COURT:**  YOU MIGHT TELL THE WITNESS IF HE DOESN'T

14:26   23    KNOW WHAT THIS IS FROM.

14:26   24           **MR. BRUNO:**  THIS IS FROM HIS OWN --

14:26   25           **THE COURT:**  THEN HE'LL KNOW.  SORRY ABOUT THAT.


                          FINAL DAILY COPY

14:26    1            **MR. BRUNO:**  THIS IS HIS TESTIMONY.

14:26    2            **THE COURT:**  I JUST WANTED TO MAKE SURE.

14:26    3            **MR. BRUNO:**  THIS IS TESTIMONY.  THIS IS A

14:26    4    DEMONSTRATIVE EVIDENCE, I BELIEVE, USED BY MR. EBERSOLE ON

14:26    5    FRIDAY.

14:26    6    **BY MR. BRUNO:**

14:26    7    **Q.**  FIRST OF ALL, WE'RE TALKING ABOUT A 15.5-FOOT LEVEE;

14:26    8    RIGHT?

14:26    9    **A.**  CORRECT.  15.4.

14:27   10    **Q.**  15.4.  WE WANT TO BE AS PRECISE AS WE CAN.  I SEE 15 HERE.

14:27   11    IT'S TRUE, MR. EBERSOLE, THAT YOU WANT TO BE AS ABSOLUTELY

14:27   12    PRECISE AS YOU CAN BE?  ISN'T THAT TRUE?

14:27   13    **A.**  WELL, I JUST KNOW THE OVERTOPPING RATES ARE SENSITIVE TO

14:27   14    THAT ELEVATION.  THE TITLE SAYS "15.4," SO LET'S CALL IT WHAT

14:27   15    IT IS.

14:27   16    **Q.**  RIGHT.  FAIR ENOUGH.  I WANT TO TEST THE PRECISION LATER

14:27   17    ON IN OUR DIALOGUE.

14:27   18            OUR 15.4-FOOT LEVEE, WE HAVE A SIGNIFICANT WAVE

14:27   19    HEIGHT OF 2.9 FEET?

14:27   20    **A.**  CORRECT, AT THE TOE.

14:28   21    **Q.**  THAT'S NOT LIMITED YET BECAUSE IT'S NOT LIMITED BY THE TOE

14:28   22    THERE AT ALL?

14:28   23    **A.**  YES, I BELIEVE IT WOULD BE --

14:28   24    **Q.**  WELL, THEN --

14:28   25    **A.**  -- AT THIS POINT DURING THE EVENT.

14:28  1  **Q.**   WELL, THEN LET'S GO TO 6:00 BECAUSE THE WAVE GETS BIGGER.

14:28  2  **A.**   OKAY.

14:28  3  **Q.**   SO IT'S NOT LIMITED; RIGHT?

14:28  4  **A.**   WELL, IF THE WATER LEVEL'S GETTING DEEPER, THAT MEANS THE

14:28  5  DEPTH-LIMITED WAVE HEIGHT COULD BE SLIGHTLY LARGER IN A DEEPER

14:28  6  WATER DEPTH.

14:28  7  **Q.**   SO THE WAVE HEIGHT IS EXACTLY THE SAME HERE?  IF YOU GET

14:28  8  13.9 FEET OF WATER, YOUR TESTIMONY IS THE WAVE HEIGHT IS

14:28  9  2.9 FEET?

14:28  10  **A.**   YEAH.  THESE RESULTS ARE COMING FROM THE COULWAVE MODEL,

14:28  11  WHICH IS A MUCH MORE RIGOROUS WAY TO PROPAGATE WAVES OVER THIS

14:29  12  BERM AND TO THE LEVEE THAN WHAT MY SIMPLE RULE OF THUMB WOULD

14:29  13  BE.

14:29  14  **Q.**   I JUST WANT TO SEE HOW THIS WORKS.  SO AT 5:30 WE HAVE --

14:29  15  AT OUR 15.4-FOOT HEIGHT LEVEE, WE HAVE WAVE OVERTOPPING

14:29  16  OCCURRING AT DAMAGING LEVELS; RIGHT?

14:29  17  **A.**   CORRECT.

14:29  18  **Q.**   SO IF WE SWITCH TO 15.4, WE HAVE THE SAME TIME, 5:30;

14:29  19  RIGHT?

14:29  20  **A.**   PARDON ME?  WE ARE GOING TO 16.5?

14:29  21  **Q.**   YEAH.  WE HAVE A 16.5 LEVEE, BUT AT THE SAME TIME --

14:29  22  **A.**   YOU SWITCHED LEVEE CREST ELEVATION ON THESE TWO CHARTS;

14:29  23  CORRECT?

14:29  24  **Q.**   YES.  THAT'S WHAT I JUST TOLD YOU.  I MOVED FROM 15.5 TO

14:29  25  16.5.

| | | |
|---|---|---|
| 14:29 | 1 | **A.**   GOTCHA. |
| 14:29 | 2 | **Q.**   I'M LOOKING AT THE SAME TIME. |
| 14:29 | 3 | **A.**   CORRECT. |
| 14:29 | 4 | **Q.**   YOU SAY HERE THAT THE WAVE OVERTOPPING BEGINS AND REACHES |
| 14:30 | 5 | DAMAGING LEVELS; RIGHT? |
| 14:30 | 6 | **A.**   CORRECT. |
| 14:30 | 7 | **Q.**   SO HERE'S WHAT'S CURIOUS.  IT'S THE SAME TIME.  IT'S 5:30. |
| 14:30 | 8 | YOU TOLD US A FEW MOMENTS AGO THAT THE TIME FOR THE TRIGGER |
| 14:30 | 9 | CHANGES BASED UPON THE HEIGHT OF THE LEVEE, AND YET YOU |
| 14:30 | 10 | DEPICTED IN THESE CARTOONS THE TRIGGER HAPPENING AT THE SAME |
| 14:30 | 11 | POINT IN TIME; ISN'T THAT TRUE? |
| 14:30 | 12 | **A.**   NO.  NEITHER OF THESE -- NEITHER ELEVATION WOULD WE HAVE |
| 14:30 | 13 | GOTTEN TRIGGERING AND LOWERING AT THESE RATES OF .18 AND I |
| 14:30 | 14 | THINK OTHER ONE IS .35.  THERE'S CERTAINLY ENOUGH TO BEGIN TO |
| 14:30 | 15 | DAMAGE THE BACK SIDE OF THE LEVEE, BUT WE USED AN OVERTOPPING |
| 14:30 | 16 | RATE OF SOMETHING IN THE VICINITY OF .5 TO 1 CUBIC FOOT PER |
| 14:30 | 17 | SECOND PER FOOT TO ACTUALLY TRIGGER THE DEGRADATION OF THE |
| 14:30 | 18 | LEVEE CREST ITSELF.  AT BOTH TIMES WE WOULD'VE BEEN GETTING |
| 14:31 | 19 | DAMAGE ON THE BACK SIDE, BUT IN NEITHER OF THOSE CASES WOULD WE |
| 14:31 | 20 | HAVE STARTED TO TRIGGER. |
| 14:31 | 21 | **Q.**   TRIGGER? |
| 14:31 | 22 | **A.**   THE LOWERING OF THE LEVEE. |
| 14:31 | 23 | **Q.**   LET'S LOOK AT 6:00, THEN, FOR BOTH.  LET'S GO BACK TO |
| 14:31 | 24 | 15.3.  THIS IS DEMONSTRATIVE 15.3, REFERRING TO A 15.4-FOOT |
| 14:31 | 25 | LEVEE.  IT'S NOW 6:00.  YOU'RE SAYING THAT THERE IS -- YOU'RE |

2428

| | | |
|---|---|---|
| 14:31 | 1 | ACTUALLY SHOWING A BIG CHUNK OF LEVEE MISSING, AREN'T YOU? |
| 14:31 | 2 | **A.**   YEAH.   WE WOULD HAVE STARTED TO DEGRADE THE LEVEE AT THIS |
| 14:31 | 3 | PARTICULAR TIME, AT THIS PARTICULAR LEVEE CREST ELEVATION. |
| 14:31 | 4 | **Q.**   GREAT.   NOW LET'S GO TO OUR 16.5-FOOT LEVEE AND SEE WHAT'S |
| 14:31 | 5 | HAPPENING AT THE SAME TIME.   THIS IS 15.5.   SURE ENOUGH, SAME |
| 14:32 | 6 | TIME, FOOT DIFFERENCE IN HEIGHT, NOW WE'VE GOT DAMAGE TO THE |
| 14:32 | 7 | BACK SIDE OF THE LEVEE.   SO APPARENTLY WHAT YOU TOLD US BEFORE |
| 14:32 | 8 | IS NOT CORRECT, BECAUSE YOU TOLD US BEFORE THAT THERE'S GOING |
| 14:32 | 9 | TO BE A DELAY IN THE TRIGGER BASED UPON THE HEIGHT OF THE |
| 14:32 | 10 | LEVEE; ISN'T THIS TRUE? |
| 14:32 | 11 | **A.**   YEAH.   AT A RATE OF 1.5, WE WOULD HAVE BEGUN TO DEGRADE |
| 14:32 | 12 | THE LEVEE AT THIS PARTICULAR ELEVATION, AT THIS PARTICULAR |
| 14:32 | 13 | TIME. |
| 14:32 | 14 | **Q.**   WELL, IN YOUR CARTOONS YOU'RE SHOWING -- |
| 14:32 | 15 | **A.**   MY SKETCH IS NOT THE BEST.   I SHOULD HAVE SHOWED THE CREST |
| 14:32 | 16 | ACTUALLY LOWER AT THIS PARTICULAR TIME. |
| 14:32 | 17 | **Q.**   WE UNDERSTAND.   WE ALL MAKE MISTAKES.   LET'S JUST GO TO |
| 14:32 | 18 | THE NEXT SUBJECT. |
| 14:32 | 19 | LET'S TALK ABOUT THIS BREACHING TRIGGER.   LET'S GO TO |
| 14:33 | 20 | YOUR REPORT AGAIN, WHICH IS PX -- I'M SORRY, JX -- THIS IS THE |
| 14:33 | 21 | REPORT, JX-211, PAGE 14. |
| 14:33 | 22 | IS THAT PAGE 14?   I'M SORRY.   I'VE GOT THE WRONG |
| 14:33 | 23 | REPORT.   THIS IS DR. STEVEN FITZGERALD'S REPORT.   IT'S |
| 14:34 | 24 | SLIDE 76.   I APOLOGIZE. |
| 14:34 | 25 | YOU HAD TOLD US THAT YOU HAD GIVEN -- IS IT |

FINAL DAILY COPY

14:34   1   DR. FITZGERALD?  DR. STEVEN FITZGERALD?  HE'S A DOCTOR?

14:34   2   **A.**   I'M NOT SURE.

14:34   3   **Q.**   WELL, DEFENDANT FITZGERALD, YOU GAVE HIM SOME WATER

14:34   4   SURFACE TRIGGER ELEVATIONS?

14:34   5   **A.**   I DIDN'T GIVE HIM WATER SURFACE TRIGGER ELEVATIONS; I JUST

14:34   6   GAVE HIM THE TRIGGER, WHICH WAS 1 FOOT BELOW WHATEVER --

14:34   7   **Q.**   I SEE.

14:34   8   **A.**   -- THE CREST WAS.  THIS IS HIS INFORMATION FROM HIS

14:34   9   REPORT.

14:34   10   **Q.**   GOTCHA.  THEN WE HAVE THE APPROXIMATE CENTERLINE STATION,

14:35   11   SO WE HAVE THE STATIONS.  SO WHAT WE DID WAS, WE WENT TO THE

14:35   12   CHART THAT WE'VE GIVEN THE COURT FOR STATION 40265, AND WE'VE

14:35   13   DETERMINED THE CREST ELEVATION THERE WAS 16 TO 17.5 FEET.

14:35   14   OKAY?

14:35   15   **A.**   I REALLY CAN'T COMMENT ON THIS REPORT AND THE TABLES AND

14:35   16   INFORMATION IN IT.  I'VE NEVER SEEN THE REPORT.  I THINK YOU'LL

14:35   17   HAVE TO ASK MR. FITZGERALD THESE KINDS OF QUESTIONS WHEN HE

14:35   18   GIVES HIS TESTIMONY.

14:35   19   **Q.**   WELL, WOULD YOU, HYPOTHETICALLY, ALLOW -- WOULD YOU AGREE

14:35   20   WITH ME THAT WHAT ONE COULD DO, IF ONE WAS SO DISPOSED, IS THAT

14:35   21   ONE COULD DETERMINE WHAT THE LEVEE HEIGHT WAS AT THIS LOCATION,

14:35   22   AND THEN ONE COULD DETERMINE THE TRIGGER POINT THAT WAS USED BY

14:36   23   MR. FITZGERALD, AND THEN ONE COULD SEE IF THAT WAS, IN FACT, A

14:36   24   FOOT BELOW THE LEVEE CREST?  ONE COULD DO THAT; RIGHT?

14:36   25   **A.**   YOU WOULD HAVE TO CONSIDER THE HYDROGRAPH AT THIS

14:36 1 PARTICULAR LOCATION.

14:36 2 **Q.** SURE.  WELL, WE HAVE TO ACCEPT THE WATER SURFACE

14:36 3 ELEVATIONS THAT HE USED AS BEING ACCURATE; RIGHT?

14:36 4 **A.** SURE.  THESE NUMBERS WOULD HAVE TO CORRESPOND TO WHATEVER

14:36 5 WATER SURFACE ELEVATIONS HE USED.

14:36 6 **Q.** LET'S GO TO SLIDE 75, PX-2138.3.  AGAIN, IF ONE WAS --

14:36 7 HAVE YOU SEEN THIS BEFORE?  IT ACTUALLY SHOWS UP IN THE REPORT

14:36 8 IN TWO PIECES.

14:36 9 **A.** NO, I HAVE NOT SEEN HIS REPORT.

14:36 10 **Q.** YOU'VE NEVER READ THAT REPORT?

14:36 11 **A.** THAT'S WHAT I SAID.

14:36 12 **Q.** AGAIN, IF, HYPOTHETICALLY, THIS IS A REPRESENTATION OF THE

14:37 13 BREACHES AS MODELED IN THE FITZGERALD COMPUTER MODEL AND HE'S

14:37 14 SHOWING THE SIZE OF THE BREACH AND THE DEPTH OF THE BREACH AND

14:37 15 THEN, AS WE SAW, HE SHOWS WHAT HE USED AS A TRIGGER POINT --

14:37 16 13 FEET HERE, 14 FEET HERE, 14.7, 15.25 -- WHAT WE SEE IS THOSE

14:37 17 BREACH TRIGGERS GO UP AND DOWN.

14:37 18   AGAIN, IF THIS IS ACCURATE -- I'M NOT ASKING YOU TO

14:37 19 VOUCH FOR ITS ACCURACY, BUT IF IT'S ACCURATE, YOU SEE THAT

14:37 20 THERE'S A MOVEMENT.  IF YOU CHART IT, IT GOES UP AND DOWN;

14:37 21 RIGHT?

14:37 22 **A.** I'M REALLY UNABLE TO COMMENT ON THIS WORK.

14:37 23 **Q.** UNDERSTOOD.  HERE'S THE QUESTION:  IF THE COURT WAS

14:37 24 LOOKING AT THIS -- AND YOU'RE THE EXPERT ON THE WATER AND WHAT

14:37 25 THE WATER'S DOING.  I WANT TO ASK YOU A WATER QUESTION.  YOU

14:37   1   WOULD EXPECT THE WATER TO BE PRETTY MUCH EVEN ACROSS THIS LINE,

14:37   2   WOULDN'T YOU?  AT THE TRIGGER POINT, WHATEVER TRIGGER POINT ONE

14:38   3   PICKED, THE WATER PRETTY MUCH LOOKS LIKE A STRAIGHT LINE?  WE

14:38   4   CAN GO BACK AND LOOK AT THE --

14:38   5   A.   THERE'S SOME CURVE TO IT, AT LEAST THE PEAKS DO, AND SO --

14:38   6   IT CURVED AT OTHER TIMES THAT I ASSUME IT WOULD BE CURVED AS

14:38   7   WELL.  WE KNOW WE HAVE LOWER WATER LEVELS AT EACH END OF

14:38   8   REACH 2 COMPARED TO WHAT WE SEE AT THE MAXIMUM AROUND BAYOU

14:38   9   DUPRE.

14:38   10  Q.   LET'S QUICKLY GO BACK TO SLIDE 22.  THIS IS WHAT THE LINE

14:38   11  SHOULD LOOK LIKE; RIGHT?

14:38   12  A.   WHICH LINE?

14:38   13  Q.   IF WE WERE TO DRAW A LINE THROUGH EACH OF THE TRIGGER

14:38   14  POINTS ON THE DIAGRAM THAT I JUST SHOWED, THAT LINE SHOULD LOOK

14:38   15  PRETTY MUCH LIKE THIS LINE, WHICH IS ON SLIDE 22?

14:38   16        THE COURT:  IT'S ALSO FROM MR. EBERSOLE'S REPORT AT

14:38   17  PAGE 139, JOINT EXHIBIT 211.

14:39   18  BY MR. BRUNO:

14:39   19  Q.   THIS SHOWS THE MAXIMUM WATER LEVEL.  BUT AS THE WATER ROSE

14:39   20  DURING THE MORNING OF THE HURRICANE, IT ROSE PRETTY MUCH THE

14:39   21  SAME, IN THE SAME SPEED AT EACH OF THESE 21 LOCATIONS?

14:39   22  A.   NO.  THERE WERE SOME DIFFERENCES IN TIMING FROM THE ONE

14:39   23  END OF REACH 2 TO THE OTHER.  SO WHEN YOU CONSIDER THE TIMING

14:39   24  OF THE TRIGGER, YOU HAVE TO CONSIDER NOT ONLY THE -- THE PEAK'S

14:39   25  NOT ALL THAT RELEVANT; IT'S WHAT'S THE HYDROGRAPH SHAPE AND

14:39    1   WHEN DO YOU REACH A CERTAIN WATER LEVEL DURING THE HYDROGRAPH

14:39    2   SHAPE.  SO YOU HAVE TO CONSIDER BOTH THE MAGNITUDE AND THE

14:39    3   PHASING OF THE HYDROGRAPH.  THERE WERE SOME DIFFERENCES BETWEEN

14:39    4   ONE END TO THE OTHER OF REACH 2, SO IT'S NOT QUITE AS SIMPLE AS

14:39    5   YOU PORTRAYED IT HERE.

14:39    6   **Q.**   AT EACH OF THOSE 21 POINTS, THE HYDROGRAPH GOT A DIFFERENT

14:39    7   CHARACTERISTIC; IS THAT YOUR TESTIMONY?

14:39    8   **A.**   A LITTLE BIT DIFFERENT PEAK AND A LITTLE BIT DIFFERENT

14:40    9   TIME OF ARRIVAL.

14:40   10   **Q.**   DIFFERENT SHAPE?

14:40   11   **A.**   THE SHAPE'S GOING TO BE FAIRLY SIMILAR.  I THINK THE TIME

14:40   12   OF ARRIVAL WOULD BE SLIGHTLY DIFFERENT.

14:40   13   **Q.**   IF IT'S GOT THE SAME SHAPE, THEN IT SHOULD LOOK PRETTY

14:40   14   MUCH LIKE THIS THROUGH THE COURSE OF THE STORM; RIGHT?

14:40   15         **THE COURT:**  IS YOUR QUESTION THAT THE GRAPH THAT I'M

14:40   16   CALLING DR. FITZGERALD'S SHOULD CONFORM SOMEWHAT TO THE SHAPE

14:40   17   OF THIS?

14:40   18         **MR. BRUNO:**  YES, YOUR HONOR.

14:40   19         **THE COURT:**  YOU CAN ASK HIM THAT IF HE CAN ANSWER IT.

14:40   20   **BY MR. BRUNO:**

14:40   21   **Q.**   LET'S GO BACK TO SLIDE 75.  I'M JUST ASKING IF YOU WOULD

14:40   22   AGREE THAT IT SHOULDN'T BE EXACTLY THE SAME, FOR THE REASONS

14:40   23   THAT YOU'VE JUST EXPLAINED, BUT IT SHOULD LOOK PRETTY MUCH THE

14:40   24   SAME?  IT SHOULD BE LOWER AT THIS END, LOWER AT THIS END; ISN'T

14:40   25   THAT TRUE?

14:40    1    **A.**   I DON'T THINK I CAN ANSWER THAT.

14:40    2    **Q.**   CAN'T ANSWER IT.  THAT'S FINE.

14:40    3          WHAT WE DO SEE HERE IS WE SEE HERE THAT THERE'S A

14:40    4    TRIGGER POINT SHOWN.  AGAIN, I'M NOT ASKING YOU TO VOUCH FOR

14:40    5    ITS ACCURACY.  BUT IF THIS IS ACCURATE, THERE'S NO WAY IN THE

14:41    6    WORLD THAT YOU COULD HAVE A TRIGGER FOR THIS BREACH AT 13 FEET;

14:41    7    ISN'T THAT TRUE?

14:41    8    **A.**   I'M NOT SURE.  I'M NOT FAMILIAR WITH THE WORK.

14:41    9    **Q.**   WELL, TO BE CONSISTENT WITH YOUR TESTIMONY, THIS SHOULD BE

14:41    10   ABOUT 1 FOOT BELOW THAT BLUE LINE; RIGHT?  IF THE TRIGGER POINT

14:41    11   IS A FOOT BELOW THE HEIGHT OF THE LEVEE, THEN THIS DOTTED LINE

14:41    12   SHOULD BE 1 FOOT BELOW THIS BLUE LINE WITH THE SQUARES IN IT?

14:41    13   **A.**   I CAN'T VOUCH FOR -- THERE'S A LOT OF VARIABILITY IN THE

14:41    14   LEVEE ELEVATION WITHIN THE FIRST DASHED BOX.  SO I CAN'T VOUCH

14:41    15   FOR WHAT HE DID OR DIDN'T OR HOW HE ADDRESSED THE ISSUE OF

14:41    16   VARIABILITY IN THE BOX.

14:42    17   **Q.**   FAIR ENOUGH, BUT YOU CERTAINLY AGREE THERE'S A LOT OF

14:42    18   VARIABILITY THERE; RIGHT?

14:42    19   **A.**   WITHIN THE FIRST BOX, YES.

14:42    20   **Q.**   YEAH?

14:42    21          **THE COURT:**  BY "THE FIRST BOX" --

14:42    22          **MR. BRUNO:**  THAT'S THIS BOX HERE.  THE POINT,

14:42    23   YOUR HONOR, IS 13 IS USED FOR THE WHOLE BOX EVEN THOUGH YOU

14:42    24   HAVE GREAT VARIABILITY IN LEVEE HEIGHT.

14:42    25          **THE COURT:**  I UNDERSTAND.

| | | |
|---|---|---|
| 14:42 | 1 | **BY MR. BRUNO:** |
| 14:42 | 2 | **Q.**   ALL RIGHT.  THAT'S FINE.  LET'S TALK ABOUT LEVEE HEIGHTS |
| 14:42 | 3 | JUST FOR A BIT. |
| 14:42 | 4 | YOU DIDN'T USE THE IPET LEVEE HEIGHTS; CORRECT? |
| 14:42 | 5 | **A.**   I DON'T BELIEVE SO. |
| 14:42 | 6 | **Q.**   WELL, IN YOUR DEPOSITION YOU SAID YOU USED PRE-KATRINA AND |
| 14:43 | 7 | POST-KATRINA LIDAR.  DO YOU REMEMBER THAT? |
| 14:43 | 8 | **A.**   YEAH.  I KNOW THE IPET SPENT A LOT OF TIME WITH THE PRE- |
| 14:43 | 9 | AND POSTSTORM LIDAR DATA, TRYING TO RECTIFY THEM TO A COMMON |
| 14:43 | 10 | DATUM.  I KNOW THERE WERE SOME ISSUES WITH ONE OR BOTH OF THE |
| 14:43 | 11 | SURVEYS THAT THEY FELT LIKE THEY WERE UNABLE TO RESOLVE IN |
| 14:43 | 12 | TERMS OF MAKING CERTAIN THAT ONE OR BOTH OF THOSE DATASETS WERE |
| 14:43 | 13 | RECTIFIABLE TO THE SAME DATA.  THAT WAS BASED ON A CONVERSATION |
| 14:43 | 14 | I HAD WITH ONE OF MY STAFF WHO WAS INVOLVED IN THAT WORK. |
| 14:43 | 15 | **Q.**   YOU DON'T KNOW IF THE IPET MADE THE SAME CHANGES TO THE |
| 14:43 | 16 | LEVEE HEIGHTS AS YOU DID IN DISCUSSION WITH THE OTHER EXPERTS; |
| 14:43 | 17 | RIGHT? |
| 14:43 | 18 | **A.**   I DON'T BELIEVE THEY DID. |
| 14:43 | 19 | **Q.**   WHAT YOU-ALL DID WAS YOU TOOK THE PRESTORM LIDAR AND THE |
| 14:43 | 20 | POSTSTORM LIDAR, AND WHERE THERE WAS A DIFFERENCE YOU JUST |
| 14:44 | 21 | DIVIDED -- WHERE THE LEVEE WAS STILL THERE, I'M SORRY, YOU TOOK |
| 14:44 | 22 | THE HALFWAY POINT? |
| 14:44 | 23 | **A.**   YEAH.  LET ME TRY TO EXPLAIN FOR YOU. |
| 14:44 | 24 | **Q.**   FAIR ENOUGH. |
| 14:44 | 25 | **A.**   IF YOU LOOKED AT THE PRESTORM LIDAR AND COMPARED IT TO THE |

14:44   1    POSTSTORM LIDAR WHERE THE LEVEE WAS STILL INTACT AFTER THE

14:44   2    STORM AND WE KNEW IT WAS INTACT, THERE WERE OFFSETS BETWEEN THE

14:44   3    TWO SURVEYS.  THEY RANGED FROM A HALF A FOOT TO A FOOT AND A

14:44   4    HALF.  IDEALLY, WE WOULD HAVE LIKED TO HAVE A PRESTORM SURVEY

14:44   5    THAT WAS THE BEGINNING OF AUGUST 2005, BUT WE DIDN'T.  THE

14:44   6    NEAREST PRESTORM LIDAR SURVEY WAS, I BELIEVE, IN 2000.

14:44   7            SO BASED ON WHAT WE KNEW, WE BELIEVED THERE SHOULD

14:44   8    HAVE BEEN SOME SETTLEMENT BETWEEN THE TIME OF THE PRESTORM

14:44   9    LIDAR IN 2000 AND JUST BEFORE KATRINA, APPROXIMATELY FIVE YEARS

14:44   10   LATER.  THE SETTLEMENT RATES THAT WE HAD SEEN WERE

14:45   11   APPROXIMATELY 1 INCH TO AN INCH AND A HALF PER YEAR ALONG

14:45   12   REACH 2.

14:45   13           SO WE THOUGHT, WELL, IF THE SUBSIDENCE IS AN INCH AND

14:45   14   A HALF, LET'S SAY, INCH OR INCH AND A HALF, THAT BETWEEN 2000

14:45   15   AND IMMEDIATELY PRIOR TO KATRINA 6 INCHES OF SETTLEMENT ALONG

14:45   16   THAT LEVEE WOULD HAVE BEEN A REASONABLE AMOUNT, BUT YET THERE

14:45   17   WERE SOME AREAS THAT SHOWED AS MUCH AS A FOOT AND A HALF.

14:45   18           IN TALKING TO THE PEOPLE THAT ACTUALLY PROCESSED THE

14:45   19   LIDAR DATA, THEY WERE NOT SURE THAT ONE OR BOTH DID NOT HAVE

14:45   20   SOME VERTICAL RESOLUTION ISSUES.  WE KNEW IT WAS IMPORTANT TO

14:45   21   TRY TO GET ACCURATE ELEVATION INFORMATION FOR THE LEVEES AND

14:45   22   THE WALLS.  WE FELT LIKE THE PRESTORM SHOULD BE SLIGHTLY LOWER

14:45   23   THAN THE 2000 SURVEY BY APPROXIMATELY HALF A FOOT IF THE

14:45   24   SETTLEMENT WAS UNIFORM ALONG REACH 2.

14:46   25           SO WHAT WE OPTED TO DO WAS, WHERE WE HAD PRE- AND

FINAL DAILY COPY

14:46    1   POSTSTORM DATA AND THE LEVEE WAS STILL INTACT, WE CHOSE SIMPLY

14:46    2   TO SPLIT THE DIFFERENCE BETWEEN THE TWO, ALLOW SOME SUBSIDENCE,

14:46    3   IN EFFECT, BETWEEN THE TWO.  WHERE WE DID NOT HAVE OR WHERE THE

14:46    4   POSTSTORM LIDAR DATA SHOWED THE LEVEE HAD DETERIORATED AND

14:46    5   DEGRADED AND BREACHED, WE SIMPLY SUBTRACTED A HALF A FOOT FROM

14:46    6   THE PRESTORM LIDAR, ALL WITH THE INTENTION OF TRYING TO GET AS

14:46    7   ACCURATE A PRESTORM ELEVATION AS WE COULD.

14:46    8   Q.   I THINK YOU'VE ALREADY ANSWERED THIS.  YOU AND YOUR TEAM

14:46    9   DIDN'T FEEL ANY COMPULSION WHATSOEVER TO TRY TO ASCERTAIN WHY

14:46   10   THOSE LEVEES WERE SINKING SO QUICKLY?

14:46   11   A.   NO.  I SPOKE TO ONE OF MY STAFF MEMBERS WHO WAS INVOLVED

14:46   12   IN THE IPET WORK TO RECTIFY THIS DATA, DISCUSSED SOME OF THE

14:46   13   ISSUES THAT THEY HAD WITH THE DATA, DISCUSSED ISSUES RELATED TO

14:46   14   SETTLEMENT.  I MADE A RECOMMENDATION TO THE GROUP THAT THAT'S

14:47   15   HOW WE WOULD -- WHAT ADJUSTMENT WE WOULD MAKE TO THE PRESTORM

14:47   16   LIDAR DATA TO TRY TO GET THE MOST ACCURATE REPRESENTATION OF

14:47   17   THE ACTUAL PRESTORM LEVEE CONDITION AS WE COULD.

14:47   18   Q.   SO THAT, THEREFORE, NEITHER YOU OR ANY MEMBER OF THE

14:47   19   DEFENSE EXPERT TEAM HAS ANY OPINION AS TO THE POTENTIAL

14:47   20   CONTRIBUTION OF THE MRGO TO THIS SETTLEMENT ISSUE; RIGHT?

14:47   21   A.   I DON'T.  OTHER MEMBERS MIGHT, BUT I DO NOT.

14:47   22   Q.   YOU DO NOT.  ALL RIGHT.

14:47   23        ON FRIDAY YOU TOLD US THAT YOU FIRST HEARD OF THIS

14:47   24   THEORY OF FRONT-SIDE WAVE ATTACK EITHER DIRECTLY FROM -- OR YOU

14:47   25   HAD HEARD THAT MR. MASHRIQUI HAD ADVANCED THAT POSITION; RIGHT?

14:47   1   **A.**   YEAH.  I HAD NOTHING TO DO WITH FRONT-SIDE WAVE ATTACK,

14:47   2   WHAT DR. MASHRIQUI WAS SAYING.

14:47   3   **Q.**   WHAT WAS HE SAYING?

14:47   4   **A.**   HE WAS SAYING THAT THEY HAD RUN THEIR ADCIRC S08 MODEL AND

14:48   5   HAD CALCULATED VELOCITIES FROM THE MODEL, JUST AS WE DO.  HE

14:48   6   CALLED IT SURGE VELOCITY.  IT'S REALLY THE VELOCITY THAT'S

14:48   7   MOVING ALONG THE LEVEE AS THE STORM SURGE IS BUILDING UP.  HIS

14:48   8   SUGGESTIONS WERE THAT THOSE VELOCITIES MOVING ALONG THE LEVEE

14:48   9   WERE, IN FACT, THE CAUSE OF THE BREACHING OF THE LEVEE.  I

14:48   10   THOUGHT THAT WAS WRONG.  I STILL THINK IT IS WRONG.  I BELIEVE

14:48   11   THE PLAINTIFFS' EXPERTS HAVE ALSO CONCLUDED THAT IT WAS WRONG.

14:48   12          **THE COURT:**  FOR THE RECORD, I'LL ASK THE WITNESS:

14:48   13   WHO IS DR. MASHRIQUI?

14:48   14          **THE WITNESS:**  HE WAS AN EMPLOYEE AT THE LSU HURRICANE

14:48   15   CENTER AT THE TIME THAT I FIRST GOT INVOLVED LOOKING AT HOW THE

14:48   16   LEVEES AND WALLS RESPONDED.

14:48   17          **THE COURT:**  DO YOU KNOW HOW TO SPELL THAT NAME?

14:48   18          **THE WITNESS:**  M-A-S-H-R-I-Q-U-I.

14:48   19   **BY MR. BRUNO:**

14:48   20   **Q.**   THAT'S WHAT I HAVE GOT.  THAT'S NOT FRONT-SIDE WAVE

14:49   21   ATTACK?

14:49   22   **A.**   NO.  THAT WAS JUST VELOCITY, NOTHING TO DO WITH WIND-WAVE

14:49   23   VELOCITIES.

14:49   24   **Q.**   VELOCITIES FROM WHICH DIRECTION?

14:49   25   **A.**   IT DEPENDS.  IT WOULD DEPEND WHICH WAY THE CURRENTS WERE

FINAL DAILY COPY

14:49   1   MOVING.  SOMETIMES THEY WERE MOVING TO THE NORTHWEST AND

14:49   2   SOMETIMES IN THE MRGO THEY WOULD MOVE TO THE SOUTHEAST AT

14:49   3   VARIOUS STAGES OF THE STORM.

14:49   4   **Q.**   IT HAD NOTHING TO DO WITH WAVES?

14:49   5   **A.**   NO.

14:49   6   **Q.**   THIS IS JUST CURRENT?

14:49   7   **A.**   JUST CURRENT.

14:49   8   **Q.**   SO WHEN IS THE FIRST TIME YOU HEARD OF A THEORY THAT THE

14:49   9   WAVES THEMSELVES PLAYED A ROLE IN THE FAILURE OF THE LEVEES?

14:49   10  **A.**   I DON'T RECALL.  I JUST MADE THE DECISION TO CONSIDER THAT

14:49   11  POSSIBILITY ON MY OWN IN MY REPORT.

14:49   12  **Q.**   WHEN YOU DECIDED TO STUDY IT, YOU DIDN'T HAVE BEFORE YOU

14:49   13  THE WORK OF THE LSU HURRICANE CENTER?  YOU DIDN'T HAVE THE TEAM

14:50   14  LOUISIANA?

14:50   15  **A.**   WHEN I BEGAN WORK FOR THIS CASE?

14:50   16  **Q.**   YES.

14:50   17  **A.**   I WOULD'VE HAD THEIR REPORT.  I DON'T RECALL MUCH AT ALL

14:50   18  ABOUT FRONT-SIDE, NECESSARILY, IN THAT REPORT.  I DIDN'T READ

14:50   19  THE COMPLETE ILIT REPORT.

14:50   20  **Q.**   DID YOU READ THE COMPLETE ILET REPORT?

14:50   21  **A.**   WHAT WAS THE DIFFERENCE?  I-L-I-T?

14:50   22  **Q.**   ONE OF THEM IS TEAM LOUISIANA, WHICH IS LSU; THE OTHER WAS

14:50   23  BOB BEA'S TEAM WITH RAY SEED AND OTHERS.  DID YOU KNOW THERE

14:50   24  WAS A DIFFERENCE?

14:50   25           **THE COURT:**  THEY BOTH HAVE THE SAME ACRONYM?

FINAL DAILY COPY

14:50  1         **MR. BRUNO:**  NO, NO.  TEAM LOUISIANA IS TEAM

14:50  2  LOUISIANA.  THEY DON'T HAVE AN ACRONYM.

14:50  3         **THE COURT:**  ILIT IS --

14:50  4         **MR. BRUNO:**  ILIT IS THE INDEPENDENT LEVEE EVALUATION

14:50  5  TEAM --

14:50  6         **THE WITNESS:**  INVESTIGATION TEAM.

14:50  7         **MR. BRUNO:**  INVESTIGATION TEAM, FORGIVE ME, HEADED UP

14:50  8  BY RAY SEED, OF WHICH BOB BEA WAS A MEMBER.

14:50  9  **BY MR. BRUNO:**

14:50  10  **Q.**   THEY HAVE A REPORT.  DID YOU KNOW THAT?

14:51  11  **A.**   I BELIEVE THE ONLY REPORT I READ WAS PARTS OF THE ILIT

14:51  12  REPORT.

14:51  13  **Q.**   WELL, DID YOU READ ANY OF THE PART OF THE ILIT REPORT

14:51  14  WHICH DISCUSSED FRONT-SIDE WAVE ATTACK?

14:51  15  **A.**   I DON'T RECALL THAT I DID, NO.

14:51  16  **Q.**   YOU DIDN'T, I GUESS, HAVE ANY OF THE PLAINTIFFS' EXPERT

14:51  17  REPORTS WHEN YOU STARTED WORK ON THIS ISSUE; RIGHT?

14:51  18  **A.**   NO.  I BEGAN TO THINK ABOUT THAT POSSIBILITY SOME YEARS

14:51  19  AGO WHEN I BEGAN TO LOOK AT SOME OF THE SUGGESTIONS FROM

14:51  20  DR. MASHRIQUI.

14:51  21  **Q.**   FORGIVE ME.  YOU TOLD ME THAT DR. MASHRIQUI IS ONLY

14:51  22  TALKING ABOUT CURRENT.

14:51  23  **A.**   CORRECT.

14:51  24  **Q.**   SO WHY WOULD A THOUGHT ABOUT CURRENT MAKE YOU THINK ABOUT

14:51  25  WAVES ATTACKING THE FRONT OF THE LEVEE?

| | | |
|---|---|---|
| 14:51 | 1 | **A.**   I BEGAN TO LOOK IN GENERAL AT THE SUBJECT OF HOW THE |
| 14:51 | 2 | LEVEES RESPONDED ALONG REACH 2.  SO I THINK IT WOULD BE PRUDENT |
| 14:51 | 3 | TO CONSIDER THE POSSIBILITY THAT WAVES HAD A ROLE IN THAT.  SO |
| 14:52 | 4 | I BEGAN TO CONSIDER THAT POSSIBILITY IN ADDITION TO THE |
| 14:52 | 5 | OVERTOPPING AND OVERFLOW ISSUE. |
| 14:52 | 6 | **Q.**   LET ME ASK YOU THIS QUESTION, MR. EBERSOLE:  WHAT IS THE |
| 14:52 | 7 | SIGNIFICANCE, IF ANY, IF, IN FACT, THE COURT SHOULD FIND THAT |
| 14:52 | 8 | SOME OF THESE LEVEES FAILED FROM FRONT-SIDE WAVE ATTACK?  I |
| 14:52 | 9 | MEAN, DOES IT REALLY MAKE A DIFFERENCE? |
| 14:52 | 10 | **THE COURT:**  YOU MEAN FROM WHAT STANDPOINT? |
| 14:52 | 11 | **MR. BRUNO:**  FROM THE STANDPOINT OF A SCIENTIST OR A |
| 14:52 | 12 | MEMBER OF THE ARMY CORPS OF ENGINEERS. |
| 14:52 | 13 | **BY MR. BRUNO:** |
| 14:52 | 14 | **Q.**   I MEAN, WHAT'S THE BEEF?  WHAT'S THE BIG DEAL?  FORGET THE |
| 14:52 | 15 | LITIGATION. |
| 14:52 | 16 | **A.**   I DIDN'T REACH THAT CONCLUSION, SO I'VE NEVER PONDERED |
| 14:52 | 17 | YOUR QUESTION. |
| 14:52 | 18 | **Q.**   WELL, WHAT YOU'RE TELLING US IS YOU'VE PONDERED THE |
| 14:52 | 19 | QUESTION BEFORE THERE WAS LITIGATION; RIGHT? |
| 14:52 | 20 | **A.**   I BEGAN TO CONSIDER THE POSSIBILITY THAT WAVE EROSION WAS |
| 14:52 | 21 | A POSSIBLE CONTRIBUTOR BEFORE THIS LITIGATION. |
| 14:53 | 22 | **Q.**   RIGHT.  BEFORE.  SO DOES IT REALLY MATTER?  YOU WORK FOR |
| 14:53 | 23 | THE CORPS.  DOES IT REALLY MATTER TO THE CORPS WHETHER OR NOT A |
| 14:53 | 24 | COURT FINDS THAT SOME OF THESE LEVEES FAILED FROM FRONT-SIDE |
| 14:53 | 25 | WAVE ATTACK? |

| | | |
|---|---|---|
| 14:53 | 1 | **A.**   YEAH, I THINK SO.  SURE. |
| 14:53 | 2 | **Q.**   WHY? |
| 14:53 | 3 | **A.**   IT'S IMPORTANT TO ME TO TRY TO UNDERSTAND WHAT CAUSED THE |
| 14:53 | 4 | LEVEE TO RESPOND THE WAY IT DID.  I'D LIKE TO KNOW THAT. |
| 14:53 | 5 | **Q.**   THAT'S A DIFFERENT ANSWER.  I'M ASKING YOU THIS QUESTION: |
| 14:53 | 6 | DOES IT REALLY MATTER, IN OTHER WORDS, IF THE COURT SHOULD FIND |
| 14:53 | 7 | FRONT-SIDE WAVE ATTACK IS THE CULPRIT? |
| 14:53 | 8 | **MR. MITSCH:**  YOUR HONOR, I'M GOING TO OBJECT.  I |
| 14:53 | 9 | THINK I KNOW WHERE MR. BRUNO'S GOING.  HE WANTS HIM TO GIVE AN |
| 14:53 | 10 | OPINION ABOUT WHAT EFFECT EITHER FRONT-SIDE OR BACK-SIDE |
| 14:53 | 11 | EROSION HAS ON A LEGAL DECISION. |
| 14:53 | 12 | **MR. BRUNO:**  NO, NO, NO, NO, NO, NO.  I WOULD |
| 14:53 | 13 | APPRECIATE IF PEOPLE DON'T ASSUME MOTIVES.  I WILL TELL YOU |
| 14:53 | 14 | THAT MY MOTIVE IS THIS:  I'M TRYING TO DECIDE WHAT THE BIAS IS. |
| 14:53 | 15 | IT'S BIAS.  WHAT IS THE BIAS, IF ANY, OF A PERSON WHO'S MAKING |
| 14:53 | 16 | THIS INQUIRY?  I MEAN, IF IT DOESN'T MEAN ANYTHING, THEN |
| 14:54 | 17 | THERE'S LESS LIKELIHOOD THAT THERE'S BIAS.  IF IT |
| 14:54 | 18 | MEANS SOMETHING -- |
| 14:54 | 19 | **THE COURT:**  THERE'S BIAS ON BOTH SIDES.  WHEN YOU'RE |
| 14:54 | 20 | TESTIFYING AS AN EXPERT, THERE'S BIAS. |
| 14:54 | 21 | **MR. BRUNO:**  YEAH. |
| 14:54 | 22 | **THE COURT:**  I'VE YET TO MEET THE COMPLETELY PURE |
| 14:54 | 23 | EXPERT.  IT MAY BE SUBLIMINAL.  IT MAY BE BY THE NATURE OF "I |
| 14:54 | 24 | THINK THIS IS RIGHT AND I BELIEVE IT, AND I'M A MEMBER OF THE |
| 14:54 | 25 | CORPS" OR "I'M PLAINTIFFS' EXPERT AND I WANT THE PLAINTIFF TO |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:54 | 1 | WIN OR I WOULDN'T BE TESTIFYING." |
| 14:54 | 2 | I'M NOT QUITE SURE WHERE WE'RE GOING.  I ASSUME |
| 14:54 | 3 | BIAS IN ALL EXPERT WITNESSES.  WHEN I SAY "PURE," YOU CAN STILL |
| 14:54 | 4 | BE 100 PERCENT RIGHT AND NOT BE 100 PERCENT PURE.  HE MAY BE |
| 14:54 | 5 | 100 PERCENT RIGHT. |
| 14:54 | 6 | MR. BRUNO:  HE SHOULD BE, BUT YOU'LL REMEMBER AS A |
| 14:54 | 7 | "FOR EXAMPLE," DURING THE CROSS-EXAMINATION OF DR. KEMP, HE WAS |
| 14:54 | 8 | ASKED HOW MUCH MONEY HE WAS PAID -- |
| 14:54 | 9 | THE COURT:  RIGHT.  I UNDERSTAND. |
| 14:54 | 10 | MR. BRUNO:  -- WHICH IS A BIAS QUESTION.  FRANKLY, |
| 14:54 | 11 | I'M JUST CURIOUS WHAT NEGATIVE IMPACT FROM THE CORPS' |
| 14:55 | 12 | PERSPECTIVE -- |
| 14:55 | 13 | THE COURT:  I KNOW WHAT IT IS.  HE DOESN'T HAVE TO |
| 14:55 | 14 | KNOW.  I KNOW WHAT IT IS. |
| 14:55 | 15 | MR. BRUNO:  WELL, BEFORE LITIGATION -- I HAD |
| 14:55 | 16 | ESTABLISHED THAT THE DESIRE FOR THE INVESTIGATION OCCURRED |
| 14:55 | 17 | BEFORE LITIGATION, SO I HAD REMOVED THAT FROM THE ANALYSIS.  IF |
| 14:55 | 18 | LITIGATION WASN'T INTO PLAY, I'M JUST CURIOUS:  DOES IT REALLY |
| 14:55 | 19 | MATTER?  I WITHDRAW THE QUESTION, BUT YOU UNDERSTAND WHERE I'M |
| 14:55 | 20 | COMING FROM. |
| 14:55 | 21 | THE COURT:  LET'S MOVE ON. |
| 14:55 | 22 | BY MR. BRUNO: |
| 14:55 | 23 | Q.   LET'S TALK ABOUT THE SCALED HYDROGRAPHS BECAUSE WE'RE |
| 14:55 | 24 | REALLY INTERESTED IN ABSOLUTE ACCURACY HERE.  YOU TOLD US IN |
| 14:55 | 25 | YOUR DEPOSITION THAT YOU GUYS SPENT BETWEEN $15 AND $20 MILLION |

| | | |
|---|---|---|
| 14:55 | 1 | ON THE IPET INVESTIGATION; RIGHT? |
| 14:55 | 2 | **A.**   THAT WAS MY UNDERSTANDING OF THE FINAL PRICE TAG, BUT I |
| 14:55 | 3 | COULD BE WRONG. |
| 14:56 | 4 | **Q.**   THE IPET TEAM DID SOME ADCIRC MODELING? |
| 14:56 | 5 | **A.**   CORRECT. |
| 14:56 | 6 | **Q.**   THE ADCIRC MODEL THAT THE IPET USED WAS WHICH ONE? |
| 14:56 | 7 | **A.**   IT WAS AN EARLIER -- A LATER VERSION OF ADCIRC THAN THE |
| 14:56 | 8 | S08 AND AN EARLIER VERSION THAN SL15. |
| 14:56 | 9 | **Q.**   DO YOU REMEMBER ITS NAME? |
| 14:56 | 10 | **A.**   I THINK IT WAS TXF01 OR SOMETHING LIKE THAT.  I'D HAVE TO |
| 14:56 | 11 | GO BACK TO THE REPORT AND FIGURE THAT OUT. |
| 14:56 | 12 | **Q.**   WHY DON'T WE TAKE A SHORTCUT AND CALL IT THE IPET ADCIRC. |
| 14:56 | 13 | OKAY? |
| 14:56 | 14 | **A.**   OKAY. |
| 14:56 | 15 | **Q.**   IPET ADCIRC. |
| 14:56 | 16 | **A.**   SOUNDS GOOD TO ME. |
| 14:56 | 17 | **Q.**   THE IPET TEAM DIDN'T SCALE THE OUTPUTS FROM THE IPET |
| 14:56 | 18 | ADCIRC MODEL; ISN'T THAT TRUE? |
| 14:56 | 19 | **A.**   THAT DECISION WAS MADE BY THE TEAM THAT DR. RESIO LED. |
| 14:57 | 20 | THE IPET, THEY MADE THE DECISION OF HOW THAT SCALING WAS DONE. |
| 14:57 | 21 | THEY ALSO SCALED. |
| 14:57 | 22 | **Q.**   WHEN I ASKED YOU THIS QUESTION AT THE DEPOSITION, YOU TOLD |
| 14:57 | 23 | ME YOU DIDN'T KNOW IF THEY SCALED. |
| 14:57 | 24 | **A.**   THEY DID. |
| 14:57 | 25 | **Q.**   THEY DID SCALE? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:57 | 1 | **A.**   YES. |
| 14:57 | 2 | **Q.**   THEY SCALED THE OUTPUTS OR THE INPUTS? |
| 14:57 | 3 | **A.**   THE OUTPUTS. |
| 14:57 | 4 | **Q.**   THE OUTPUTS.  DO YOU REMEMBER AT YOUR DEPOSITION I ASKED |
| 14:57 | 5 | YOU:  IF THEY HAD SCALED IN THE IPET REPORT, THEY SURELY WOULD |
| 14:57 | 6 | HAVE PUT IT INTO THE REPORT? |
| 14:57 | 7 | DO YOU REMEMBER THAT QUESTION? |
| 14:57 | 8 | **A.**   NO, I DON'T. |
| 14:57 | 9 | **Q.**   THEN LET'S LOOK AT IT, PAGE 50 AT LINE 18. |
| 14:57 | 10 | **A.**   PAGE 50? |
| 14:57 | 11 | **Q.**   50.  LET'S JUST LOOK AT THE WHOLE DIALOGUE THERE, LINE 23. |
| 14:58 | 12 | YOU DIDN'T RECALL, IN FAIRNESS TO YOU. |
| 14:58 | 13 | "Question:  IF YOU HAD DONE SOME SCALING, THAT WOULD |
| 14:58 | 14 | CERTAINLY BE IDENTIFIED IN THE IPET MATERIALS? |
| 14:58 | 15 | "Answer:  YES. |
| 14:58 | 16 | "Question:  THAT'S PRETTY SIGNIFICANT WHEN YOU SCALE |
| 14:58 | 17 | AN ADCIRC HYDROGRAPH? |
| 14:58 | 18 | "Answer:  YES." |
| 14:58 | 19 | DO YOU REMEMBER THAT? |
| 14:58 | 20 | **A.**   YES. |
| 14:58 | 21 | **Q.**   SO THERE'S NO MENTION OF SCALING IN THE IPET REPORT; |
| 14:59 | 22 | RIGHT? |
| 14:59 | 23 | **A.**   WELL, CERTAINLY NOT IN THE PARTS THAT I EDITED AND WROTE. |
| 14:59 | 24 | **Q.**   BUT THEY DID SCALE THE OUTPUTS? |
| 14:59 | 25 | **A.**   THAT'S MY UNDERSTANDING.  YOU COULD CONFIRM THAT WITH |

14:59    1  ║ DR. RESIO, BUT THAT'S MY UNDERSTANDING.

14:59    2  ║ **Q.**   HOW DID THEY SCALE THEM?

14:59    3  ║ **A.**   YOU WOULD HAVE TO CHECK WITH DR. RESIO.

14:59    4  ║ **Q.**   YOU DON'T KNOW?

14:59    5  ║ **A.**   NO.

14:59    6  ║        **THE COURT:**  WE'RE GOING TO TAKE A LITTLE RECESS, JUST

14:59    7  ║ 10 TO 15 MINUTES.

14:59    8  ║            I WANT TO ASK THE WITNESS A QUESTION THAT HAS

14:59    9  ║ NOTHING TO DO WITH WHAT'S BEEN ASKED TODAY AND I FORGOT TO ASK

14:59   10  ║ YOU FRIDAY.  YOU HAD AN INTERESTING SERIES OF PHOTOGRAPHS YOU

14:59   11  ║ WENT THROUGH, 1 THROUGH 50, AND EXPLAINED TO ME THEY WERE IN

14:59   12  ║ SEQUENCE AS YOU GO DOWN REACH 2.  MY QUESTION WAS:  IS THERE A

14:59   13  ║ SPECIFIC DISTANCE INTERVAL BETWEEN EACH OF THOSE POINTS OR NOT,

14:59   14  ║ OR DO YOU KNOW?

14:59   15  ║        **THE WITNESS:**  I DON'T BELIEVE SO.

14:59   16  ║        **THE COURT:**  IT COULD BE 100 YARDS AND THEN 200 YARDS?

15:00   17  ║ IT'S NOT LIKE EVERY 250 YARDS, FOR EXAMPLE?

15:00   18  ║        **THE WITNESS:**  MY SENSE IS, IN GENERAL, THEY WERE

15:00   19  ║ FAIRLY EVENLY SPACED, BUT I WOULD SAY ABSOLUTELY EVENLY SPACED,

15:00   20  ║ I DON'T KNOW THE ANSWER.

15:00   21  ║        **THE COURT:**  THAT'S ALL I NEEDED TO KNOW.

15:00   22  ║        **MR. BRUNO:**  WE'RE GOING TO TOUCH ON THAT, JUDGE.

15:00   23  ║ I'VE GOT THE ANSWER.

15:00   24  ║        **THE COURT:**  WE WILL TAKE A 15-MINUTE RECESS.  IT WILL

15:00   25  ║ PROBABLY BE OUR LAST RECESS FOR THE DAY.  WE'RE GOING TO GO

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:00 | 1 | UNTIL 5:15 BECAUSE THE COURT IS GOING TO ONE OF THE |
| 15:00 | 2 | FIFTH CIRCUIT FUNCTIONS THIS EVENING.  I'LL HAVE TO LEAVE A |
| 15:00 | 3 | LITTLE EARLY.  THANK YOU. |
| 15:00 | 4 | **THE DEPUTY CLERK:**  ALL RISE. |
| 15:00 | 5 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 15:11 | 6 | **THE DEPUTY CLERK:**  ALL RISE. |
| 15:18 | 7 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 15:19 | 8 | **THE COURT:**  OKAY, SIR. |
| 13:54 | 9 | **BY MR. BRUNO:** |
| 15:19 | 10 | **Q.**   WE WERE TALKING ABOUT SCALING.  YOU HAVE ALREADY TOLD US |
| 15:19 | 11 | YOU DON'T KNOW WHAT MULTIPLIER WAS USED BY THE IPET FOLKS TO |
| 15:19 | 12 | SCALE UP THEIR OUTPUTS? |
| 15:19 | 13 | **A.**   NO. |
| 15:19 | 14 | **Q.**   YOU ALREADY TESTIFIED THAT YOU USED 12 PERCENT? |
| 15:19 | 15 | **A.**   ALONG REACH 2. |
| 15:19 | 16 | **Q.**   ALONG REACH 2. |
| 15:19 | 17 | **A.**   A SCALE FACTOR OF 1.12. |
| 15:19 | 18 | **Q.**   NOW, THE WAY THAT YOU WENT ABOUT THAT WAS YOU CHECKED SOME |
| 15:19 | 19 | EVIDENCE OF WATER LEVELS AT THE SHELL BEACH LOCATION; RIGHT? |
| 15:19 | 20 | **A.**   AMONG QUITE A NUMBER OF OTHER THINGS. |
| 15:19 | 21 | **Q.**   WELL, AT THE END OF THE DAY, THE ONES THAT YOU CHOSE TO |
| 15:19 | 22 | USE WERE NEAR SHELL BEACH AND AT THE OTHER END OF REACH 2 BY |
| 15:19 | 23 | THE INTRACOASTAL WATERWAY; RIGHT? |
| 15:20 | 24 | **A.**   IT WORKED OUT, BUT I CONSIDERED A NUMBER OF OTHER THINGS |
| 15:20 | 25 | IN ARRIVING AT THAT NUMBER. |

| | | |
|---|---|---|
| 15:20 | 1 | **Q.**  WELL, YOU CONSIDERED A BUNCH OF OTHER THINGS AND REJECTED |
| 15:20 | 2 | THEM.  THE ONLY ONES THAT YOU USED, IN FACT, WERE THE WATER |
| 15:20 | 3 | MARKS AT THE SHELL BEACH END AND THE WATER MARKS AT THE |
| 15:20 | 4 | INTERCOASTAL END; RIGHT? |
| 15:20 | 5 | **A.**  NO.  I USED THE WATER MARK AT, I BELIEVE, REGGIO AS WELL |
| 15:20 | 6 | AS INFORMATION ABOUT THE PATTERNS OF MAXIMUM WATER LEVELS. |
| 15:20 | 7 | **Q.**  THOSE WERE AT THE ENDS, NOT IN THE MIDDLE; RIGHT? |
| 15:20 | 8 | **A.**  THE PATTERN THROUGHOUT THE REGION I CONSIDERED, FROM |
| 15:20 | 9 | REGGIO ON UP ALONG REACH 2. |
| 15:20 | 10 | **Q.**  YOU DIDN'T HAVE ANY WATER MARKS BETWEEN THOSE TWO ENDS |
| 15:20 | 11 | THAT YOU FOUND TO BE RELIABLE? |
| 15:20 | 12 | **A.**  CORRECT. |
| 15:20 | 13 | **Q.**  REMEMBER, YOU PUT THE SLIDE UP. |
| 15:20 | 14 | **A.**  CORRECT.  CORRECT. |
| 15:20 | 15 | **Q.**  ALL I'M TRYING TO ESTABLISH IS THAT THE INFORMATION YOU |
| 15:20 | 16 | HAD WAS AT ONE END OR THE OTHER, AND YOU CHOSE A SCALING |
| 15:20 | 17 | FACTOR.  YOU CHOSE 1.12; RIGHT? |
| 15:21 | 18 | **A.**  THE VALUE THAT I ULTIMATELY ADOPTED WAS CONSISTENT WITH |
| 15:21 | 19 | THE HIGH WATER MARKS AT BIENVENUE AND DUPRE; ALTHOUGH, WE VIEW |
| 15:21 | 20 | THOSE WITH A LITTLE MORE SKEPTICISM THAN WE DO THOSE MARKS THAT |
| 15:21 | 21 | WERE RATED EXCELLENT. |
| 15:21 | 22 | **Q.**  LET'S CALL UP JX-193, WHICH IS THE DR. RESIO REPORT AT |
| 15:21 | 23 | PAGE 6, JUST SO THE COURT CAN SEE THE 21 POINTS. |
| 15:21 | 24 | WHAT ARE WE LOOKING AT HERE, MR. EBERSOLE? |
| 15:21 | 25 | **A.**  THESE ARE THE 21 POINTS ALONG REACH 2 FOR WHICH DR. RESIO |

| | | |
|---|---|---|
| 15:22 | 1 | PROVIDED ME WITH INFORMATION ABOUT THE WAVES AND WATER LEVELS |
| 15:22 | 2 | AND OVERTOPPING. |
| 15:22 | 3 | **Q.**   WELL, ACTUALLY, NO.   IT'S DR. WESTERINK WHO PROVIDED YOU |
| 15:22 | 4 | WITH THE HYDROGRAPHS FOR EACH OF THESE POINTS; RIGHT? |
| 15:22 | 5 | **A.**   CORRECT. |
| 15:22 | 6 | **Q.**   BUT DR. RESIO CHOSE THE POINTS THEMSELVES? |
| 15:22 | 7 | **A.**   I DON'T RECALL HOW HE ARRIVED AT THAT SET OF POINTS.   I |
| 15:22 | 8 | DON'T KNOW -- I SUSPECT IT WAS MORE OF A TEAM DECISION THAN ONE |
| 15:22 | 9 | INDIVIDUAL. |
| 15:22 | 10 | **Q.**   OKAY.   AT THE END OF THE DAY, WE ENDED UP WITH 21 |
| 15:22 | 11 | LOCATIONS ALONG REACH 2? |
| 15:22 | 12 | **A.**   CORRECT. |
| 15:22 | 13 | **Q.**   YOU HAD HIGH WATER MARKS HERE, BY 21, AND YOU HAD HIGH |
| 15:22 | 14 | WATER MARKS IN THIS AREA BY POINT 1? |
| 15:22 | 15 | **A.**   I HAD TWO VERY GOOD MARKS AT PARIS ROAD; TWO, IF I |
| 15:23 | 16 | REMEMBER, VERY GOOD MARKS AT SHELL BEACH; A GOOD MARK AT |
| 15:23 | 17 | REGGIO; AND I BELIEVE TWO EXCELLENT MARKS UP AT CHEF MENTEUR. |
| 15:23 | 18 | **Q.**   OKAY. |
| 15:23 | 19 | **A.**   THEN WE HAD LESSER-QUALITY MARKS AT DUPRE AND BIENVENUE. |
| 15:23 | 20 | **Q.**   NOW, YOU TOLD US DURING YOUR TESTIMONY THIS MORNING THAT |
| 15:23 | 21 | THE CONDITIONS AT EACH ONE OF THESE POINTS IS NOT IDENTICAL; |
| 15:23 | 22 | RIGHT?   I MEAN, THERE ARE DIFFERENCES, DIFFERENCES IN WATER |
| 15:23 | 23 | HEIGHTS AND SO FORTH; RIGHT? |
| 15:23 | 24 | **A.**   THERE ARE SOME. |
| 15:23 | 25 | **Q.**   BUT ONCE YOU CHOSE YOUR SCALING FACTOR, YOU USED THE SAME |

| | | |
|---|---|---|
| 15:23 | 1 | SCALING FACTOR FOR EVERY ONE OF THESE 21 POINTS; ISN'T THIS |
| 15:23 | 2 | TRUE? |
| 15:23 | 3 | **A.**   CORRECT. |
| 15:23 | 4 | **Q.**   YOU DIDN'T ALTER THE FACTOR TO ACCOUNT FOR ANY NUANCES OR |
| 15:23 | 5 | CHANGES FOR WATER DEPTH, MARSH, TREES, ANY OF THAT STUFF; |
| 15:23 | 6 | RIGHT?  YOU JUST USED THE SAME FACTOR? |
| 15:23 | 7 | **A.**   CORRECT. |
| 15:23 | 8 | **Q.**   WHEN YOU SCALED UP, YOU SCALED UP NOT ONLY TO PEAK, YOU |
| 15:24 | 9 | SCALED UP THE ENTIRE HYDROGRAPH; RIGHT? |
| 15:24 | 10 | **A.**   IT DOES RAISE THE HYDROGRAPH.  THE THINKING THERE IS, IF |
| 15:24 | 11 | WE ARE LOW, CONSISTENTLY LOW, THEN WE DIDN'T GET ENOUGH WATER |
| 15:24 | 12 | COMING INTO THE SYSTEM PRIOR TO THE PEAK, SO WE SHOULD RAISE |
| 15:24 | 13 | THE SHAPE OF THE HYDROGRAPH PRIOR TO THE PEAK. |
| 15:24 | 14 | LIKEWISE, YOU KNOW, WITH MORE WATER IN THE SYSTEM, IT |
| 15:24 | 15 | WILL TAKE LONGER FOR THAT WATER TO LEAVE THE SYSTEM.  SO THAT'S |
| 15:24 | 16 | WHY WE SCALE ON THE OTHER SIDE OF THE PEAK AS WELL.  SO, IN |
| 15:24 | 17 | ESSENCE, WE ARE JUST RAISING THE WATER LEVEL. |
| 15:24 | 18 | **Q.**   SO THE WHOLE THING, THE WHOLE LINE MOVES UP? |
| 15:24 | 19 | **A.**   SCALES UPWARD. |
| 15:24 | 20 | **Q.**   SCALES UPWARD? |
| 15:24 | 21 | **A.**   IT DOESN'T ALTER THE TIME OF PEAK, BUT IT DOES ALTER THE |
| 15:24 | 22 | HYDROGRAPH. |
| 15:24 | 23 | **Q.**   YOU COMPARED, I THINK YOU TOLD US ON FRIDAY, THE SCALED |
| 15:24 | 24 | RESULTS WITH THE IPET RESULTS, AND YOU GOT GOOD AGREEMENT. |
| 15:24 | 25 | THAT WAS YOUR TESTIMONY ON FRIDAY. |

15:24  1  **A.**   I DON'T KNOW IF I SAID THAT OR NOT.  THE PEAK FOR IPET WAS

15:25  2  17.5 FEET.  ACTUALLY, WE HAVE A PEAK IN WITH THESE SCALED

15:25  3  HYDROGRAPHS OF 17.6.  SO THEY ARE VERY SIMILAR.

15:25  4  **Q.**   WELL, DID YOU OR DID YOU NOT TESTIFY ON FRIDAY THAT YOU

15:25  5  COMPARED YOUR SCALED RESULTS WITH THE ORIGINAL IPET RESULTS?

15:25  6  YOU TOLD US, I THOUGHT, THAT YOU HAD GOOD AGREEMENT.

15:25  7  **A.**   I DON'T RECALL SAYING THAT, SIR.  I WOULD HAVE TO GO BACK

15:25  8  AND LOOK AT EXACTLY WHAT I SAID.

15:25  9         **THE COURT:**  JUST ASK HIM -- LET'S SAY TODAY IS

15:25  10 MONDAY.  DID YOU DO THAT AND DID YOU HAVE AGREEMENT?

15:25  11 **BY MR. BRUNO:**

15:25  12 **Q.**   DID YOU DO THAT?

15:25  13 **A.**   WE COMPARED THE PEAK OF 17.6, AND IT WAS VERY SIMILAR TO

15:25  14 THE MAXIMUM WE GOT FROM THE IPET OF 17.5.

15:25  15 **Q.**   IT WAS GOOD AGREEMENT?

15:25  16 **A.**   YEAH, I WOULD SAY.

15:25  17 **Q.**   ALL RIGHT.

15:25  18 **A.**   JUST IN TERMS OF THE PEAK.

15:25  19        **THE COURT:**  IN OTHER WORDS, WERE THERE OTHER AREAS

15:25  20 WHERE THERE WASN'T AGREEMENT?

15:25  21        **THE WITNESS:**  I DON'T RECALL.  I DON'T BELIEVE SO.  I

15:25  22 MEAN, I -- I THINK MY COMMENT WAS RELATED PRIMARILY TO THE

15:26  23 DIFFERENCE BETWEEN THE PEAKS, THE MAXIMUM ALONG REACH 2.

15:26  24 **BY MR. BRUNO:**

15:26  25 **Q.**   SO IF THE IPET RESULTS WERE SIMILAR TO YOUR SCALED

| | | |
|---|---|---|
| 15:26 | 1 | OUTPUTS, WHY ON EARTH WAS IT NECESSARY FOR YOU TO REDO THE |
| 15:26 | 2 | ADCIRC?  WHY NOT JUST TAKE THE IPET ADCIRC RESULTS? |
| 15:26 | 3 | **A.**   I FELT, I THINK IT -- WELL, I DON'T FEEL.  THE SL15 MODEL |
| 15:26 | 4 | IS A MUCH BETTER PREDICTION TOOL REGIONALLY COMPARED TO THE |
| 15:26 | 5 | MODEL THAT WE USED IN IPET. |
| 15:26 | 6 | **Q.**   WELL -- |
| 15:26 | 7 | **A.**   DOES IT STILL SHOW SOME UNDERSTATEMENT IN THIS PARTICULAR |
| 15:26 | 8 | REGION?  YES, IT DID, JUST AS WE FOUND IN THE IPET. |
| 15:26 | 9 | **Q.**   WELL, THE REASON I ASKED IS BECAUSE WE HAVE ALREADY |
| 15:26 | 10 | ESTABLISHED THAT IT DIDN'T DO SUCH A HOT JOB IN THE INDUSTRIAL |
| 15:26 | 11 | CANAL.  YOU HAD TO SCALE REACH 2 TO GET A RESULT THAT YOU FELT |
| 15:26 | 12 | COMPARABLE TO IPET. |
| 15:26 | 13 | SO, YOU KNOW, A CYNIC WOULD SAY, WELL, IT SEEMS LIKE |
| 15:27 | 14 | THERE WAS SOME ULTERIOR MOTIVE IN USING A NEW ADCIRC MODEL WHEN |
| 15:27 | 15 | YOU HAD A PERFECTLY GOOD ADCIRC MODEL THAT WAS THE RESULT OF A |
| 15:27 | 16 | $15 MILLION TO $20 MILLION EXPENDITURE; ISN'T THAT TRUE? |
| 15:27 | 17 | **A.**   I WOULD NOT CHARACTERIZE THINGS THE WAY THAT YOU JUST |
| 15:27 | 18 | CHARACTERIZED THEM.  I THINK THE INDUSTRIAL CANAL ADCIRC DOES |
| 15:27 | 19 | AN EXCELLENT JOB ON THE FIRST AND THE SECOND PEAK.  IT'S THE |
| 15:27 | 20 | TRANSITION TO PEAKS WHERE I THINK IT'S PROBLEMATIC. |
| 15:27 | 21 | BUT I THINK IF YOU LOOK OVERALL FROM A DURATION AMONG |
| 15:27 | 22 | CERTAIN LEVELS, ESPECIALLY 10 FEET AND ABOVE, WHICH REALLY |
| 15:27 | 23 | MATTER HERE, I THINK YOU CAN CONCLUDE THAT THE SL15 MODEL DOES |
| 15:27 | 24 | A BETTER JOB THAN THE IPET JOB. |
| 15:27 | 25 | **Q.**   I JUST FOUND THE CITE.  17.15.6 ON FRIDAY, YOU SAID YOU |

2452

15:28    1   ENDED UP WITH THE SAME VALUE THAT THE IPET ESTIMATED.  I'VE GOT
15:28    2   THE ACTUAL POINT IN THE TESTIMONY.
15:28    3   A.   THE MAXIMUM.  I WAS EQUATING 17.6 TO 17.5, TREATING THE
15:28    4   DIFFERENCE AS THOUGH IT WERE SMALL.
15:28    5   Q.   IPET RESULTS ARE EQUAL TO YOUR SCALED OUTPUTS FROM YOUR
15:28    6   NEW, IMPROVED VERSION OF THE MODEL; RIGHT?  THEY'RE THE SAME?
15:28    7   A.   I DON'T KNOW THAT THEY'RE THE SAME.  I NEVER REALLY WENT
15:28    8   BACK AND COMPARED HYDROGRAPHS FROM THE IPET VERSUS HYDROGRAPHS
15:28    9   FROM THE SL15 ALONG THIS REACH.
15:28   10   Q.   WELL, WHAT IS DIFFERENT -- WHAT IS DIFFERENT -- BETWEEN
15:28   11   THE IPET ADCIRC AND YOUR NEW AND IMPROVED ADCIRC IS THE PEAK
15:28   12   SURGE TIME; ISN'T THIS TRUE?  IPET FINDS 8:30, JUST LIKE THE
15:28   13   PLAINTIFFS; AND YOUR NEW AND IMPROVED ADCIRC FINDS 7:30.
15:29   14   A.   I DON'T RECALL -- AND I PUT THAT WE GOT PEAK SURGE TIMES
15:29   15   AT 8:30.  MY RECOLLECTION WAS THEY WERE MORE IN THE SAME TIME
15:29   16   FRAME OF 7:30.  NOW, I COULD GO BACK TO THE ORIGINAL IPET
15:29   17   REPORT AND CHECK IN VOLUME 4 TO CONFIRM THAT.
15:29   18   Q.   WE HAVE GOT IT.  WE ARE GOING TO SHOW IT TO YOU IN A
15:29   19   MINUTE.  SO A CYNIC MIGHT SAY, WELL, THAT'S THE REAL MOTIVATION
15:29   20   AS TO WHY IT WAS YOU REJECTED $20 MILLION WORTH OF ADCIRC AND
15:29   21   DECIDED TO REDO IT, BECAUSE YOU WANTED TO GET A DIFFERENT PEAK
15:29   22   SURGE TIME.  SO THAT WOULD BE JUST A GROSS AND UNFAIR
15:29   23   CHARACTERIZATION OF YOUR MOTIVATION; RIGHT?
15:29   24   A.   YEAH.  I WOULD NOT AGREE WITH THAT.
15:29   25   Q.   YOU WOULDN'T AGREE WITH THAT.  ALL RIGHT.

FINAL DAILY COPY

| 15:29 | 1 | NOW, WE HAVE ANOTHER PROBLEM WITH THE SCALING |
|---|---|---|
| 15:29 | 2 | BUSINESS, DO WE NOT?  AND THAT IS, IF YOU'RE GOING TO TAKE THE |
| 15:29 | 3 | ADCIRC AND YOU'RE GOING TO PLUG IT INTO STWAVE, YOU REALLY |
| 15:30 | 4 | CAN'T PLUG INTO STWAVE THE SCALED RESULTS.  YOU HAVE GOT TO |
| 15:30 | 5 | TAKE THE OUTPUTS AS THE ADCIRC DELIVERS THEM SO THAT THE TWO |
| 15:30 | 6 | MODELS WILL MESH TOGETHER; ISN'T THIS TRUE? |
| 15:30 | 7 | A.   I DIDN'T REALLY FOLLOW YOUR QUESTION.  I'M SORRY. |
| 15:30 | 8 | Q.   WELL, DO YOU REMEMBER SOME DISCUSSION ABOUT BOUNDARY |
| 15:30 | 9 | CONDITIONS AND THE ADCIRC PROVIDES THE BOUNDARY CONDITION TO |
| 15:30 | 10 | THE WAVE MODEL?  OR DO YOU KNOW THAT? |
| 15:30 | 11 | A.   YOUR USE OF THE WORD *BOUNDARY*, YOU MEAN INPUT TO THE -- |
| 15:30 | 12 | Q.   YES. |
| 15:30 | 13 | A.   OKAY. |
| 15:30 | 14 | Q.   YES. |
| 15:30 | 15 | A.   I THINK OF A BOUNDARY CONDITION AS SOMETHING DIFFERENT |
| 15:30 | 16 | THAN -- |
| 15:30 | 17 | Q.   WELL, IT'S AN INPUT. |
| 15:30 | 18 | A.   FIELD INPUT, TRUE. |
| 15:30 | 19 | Q.   BUT, I MEAN, IN FAIRNESS TO ME, WHO IS JUST A NOVICE OF |
| 15:30 | 20 | THIS, IT IS AN INPUT? |
| 15:30 | 21 | A.   CORRECT. |
| 15:30 | 22 | Q.   IF YOU WANT TO SUPPLY INPUTS TO YOUR STWAVE MODEL, THE |
| 15:30 | 23 | STWAVE MODEL HAS GOT TO KNOW WHAT THE WINDS AND THE SURGE AND |
| 15:30 | 24 | ALL THAT STUFF IS IN ORDER FOR THE STWAVE TO DELIVER AN OUTPUT |
| 15:31 | 25 | THAT TELLS YOU HOW HIGH THE WAVES ARE; RIGHT? |

15:31  1   **A.**   CORRECT.

15:31  2   **Q.**   WHAT YOU DO IS YOU PLUG THESE -- YOU'RE BASICALLY PLUGGING

15:31  3   THEM TOGETHER; CORRECT?

15:31  4   **A.**   CORRECT.

15:31  5   **Q.**   NOW, WHEN YOU PLUG YOUR NEW AND IMPROVED ADCIRC, WHICH WE

15:31  6   KNOW PRODUCES TOO LOW OF A SURGE, INTO YOUR STWAVE, THEN WE ARE

15:31  7   GETTING TOO LOW OF A WAVE; ISN'T THIS TRUE?

15:31  8   **A.**   YEAH, I THINK THAT'S A FAIR STATEMENT.

15:31  9   **Q.**   SO DID YOU-GUYS SCALE UP THE WAVES TOO?

15:31  10  **A.**   YEAH.  IN THE SECOND ROUND OF THE WORK THAT DR. RESIO DID,

15:31  11  WE DID RAISE THE WATER LEVEL --

15:31  12          **MR. BRUNO:**  OBJECT.  TIME OUT.

15:31  13          **THE WITNESS:**  -- RAISE THE HEIGHT, EXCUSE ME, TO

15:31  14  REPRESENT THE WAVE CONDITIONS UNDER AN INCREASED OFFSHORE WAVE

15:31  15  HEIGHT.

15:31  16          **MR. BRUNO:**  THIS IS A PROFFER.  I DON'T MEAN TO BE

15:31  17  RUDE.  NOW WE ARE GETTING INTO A PROFFER, AND I JUST WANTED TO

15:31  18  DRAW A LINE FOR THE RECORD.

15:32  19  **BY MR. BRUNO:**

15:32  20  **Q.**   WHEN YOU SAID "NEW AND IMPROVED," YOU MEANT THE WORK

15:32  21  THAT --

15:32  22          **MR. BRUNO:**  LET ME JUST CONFIRM THAT IT'S A PROFFER

15:32  23  FIRST BEFORE -- I DON'T WANT TO MAKE A MISTAKE.

15:32  24          **THE COURT:**  RESIO PROFFER.

15:32  25          **MR. BRUNO:**  I DON'T WANT TO MAKE A MISTAKE.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:32 | 1 | **BY MR. BRUNO:** |
| 15:32 | 2 | **Q.**   I THOUGHT WHAT YOU WERE ALLUDING TO -- AND STOP ME, |
| 15:32 | 3 | MR. EBERSOLE, IF I'M WRONG. |
| 15:32 | 4 | **THE COURT:**  ARE WE IN A PROFFER OR NOT? |
| 15:32 | 5 | **MR. BRUNO:**  I'M GOING TO FIND OUT.  I THOUGHT WE |
| 15:32 | 6 | WERE, BUT I DON'T WANT TO MAKE A MISTAKE. |
| 15:32 | 7 | **BY MR. BRUNO:** |
| 15:32 | 8 | **Q.**   RESIO 1, BEFORE THIS NEW REPORT -- LET ME ORIENT YOU IN |
| 15:32 | 9 | TIME.  THE EXPERT REPORT THAT DR. RESIO DID IN |
| 15:32 | 10 | NOVEMBER/DECEMBER OF 2008 -- OKAY.  ARE YOU WITH ME? |
| 15:32 | 11 | **A.**   YES. |
| 15:32 | 12 | **Q.**   THAT STWAVE MODEL THAT DR. RESIO DID USED THE OUTPUTS FROM |
| 15:32 | 13 | THE NEW AND IMPROVED ADCIRC THAT WAS DONE FOR THE WORK OF THIS |
| 15:32 | 14 | EXPERT PROOF; RIGHT? |
| 15:32 | 15 | **A.**   CORRECT. |
| 15:33 | 16 | **Q.**   BECAUSE YOU-ALL KNEW THAT IT PRODUCED TOO LOW OF A SURGE, |
| 15:33 | 17 | WE KNOW THAT THE WAVES THAT CAME OUT OF THAT STWAVE ARE ALSO |
| 15:33 | 18 | TOO LOW; CORRECT? |
| 15:33 | 19 | **A.**   THEY'RE LOW; BUT AT THE END OF THE DAY, IT'S A MOOT POINT |
| 15:33 | 20 | IN THE SENSE THAT THE WAVE CONDITIONS AT THE TOE ARE GOING TO |
| 15:33 | 21 | BE LIMITED BY THE WATER DEPTH.  SO WHILE I WOULD AGREE WITH YOU |
| 15:33 | 22 | THAT THE WAVE CONDITIONS WOULD BE UNDERSTATED A BIT WITH A |
| 15:33 | 23 | LOWER SURGE LEVEL, IT'S A MOOT POINT FROM THE STANDPOINT OF |
| 15:33 | 24 | WAVE CONDITIONS AT THE TOE. |
| 15:33 | 25 | **MR. BRUNO:**  NOW, PROFFER. |

15:33    1            **THE COURT:**  WE ARE ON THE RESIO PROFFER.

15:33    2            **MR. BRUNO:**  PROFFER.

15:33    3                             * * *

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 15:33 | 1  | **PLAINTIFF PROFFER 2**                                       |
| 13:10 | 2  | **BY MR. BRUNO:**                                            |
| 15:33 | 3  | **Q.**   THIS IS JUST TO CLEAR MY HEAD.  I THINK WHILE YOU WERE |
| 15:33 | 4  | JUST TESTIFYING, YOU SAID DR. RESIO WENT BACK AND REDID SOME  |
| 15:33 | 5  | STWAVE; IS THAT CORRECT?  OR DID SOMETHING.                   |
| 15:34 | 6  | **A.**   NO.  MY UNDERSTANDING IS WHAT THEY DID WAS THEY MADE SOME |
| 15:34 | 7  | ADDITIONAL RUNS WITH COULWAVE AND SIMPLY INCREASED THE WAVE   |
| 15:34 | 8  | HEIGHTS --                                                    |
| 15:34 | 9  | **Q.**   AH, THAT'S CORRECT.                                 |
| 15:34 | 10 | **A.**   -- TO ADDRESS THE ISSUE THAT YOU JUST RAISED, AND   |
| 15:34 | 11 | DR. RESIO CAN TESTIFY ABOUT THE IMPLICATIONS OF DOING THAT    |
| 15:34 | 12 | ALONG WAVE CONDITIONS.                                        |
| 15:34 | 13 | **Q.**   FAIR ENOUGH.  I JUST WANT TO ESTABLISH THIS POINT.  YOU |
| 15:34 | 14 | JUST TOLD THE JUDGE THAT IT'S A MOOT POINT.  YOU DON'T --     |
| 15:34 | 15 | **THE COURT:**  ARE WE STILL ON THE PROFFER?                 |
| 15:34 | 16 | **MR. BRUNO:**  YES, JUDGE.  OKAY.  LET ME ORIENT YOU,       |
| 15:34 | 17 | JUDGE, BECAUSE THIS IS VERY, VERY IMPORTANT --               |
| 15:34 | 18 | **THE WITNESS:**  I THINK MY COMMENT WAS PERTAINING TO       |
| 15:34 | 19 | THE OLD STWAVE RESULTS.  THE OLD STWAVE PRODUCED WAVE HEIGHTS |
| 15:34 | 20 | OUT IN THE CHANNEL THAT, I THINK, GENERALLY WERE ABOVE THE .4 |
| 15:34 | 21 | TIMES THE WATER DEPTH THRESHOLD, OR MAXIMUM THRESHOLD.  SO    |
| 15:34 | 22 | THAT'S WHAT MY COMMENT ABOUT "MOOT" PERTAINED TO.            |
| 15:34 | 23 | **BY MR. BRUNO:**                                           |
| 15:34 | 24 | **Q.**   FAIR ENOUGH, BUT ALLOW ME TO MAKE MY RECORD.  YOU SAID IT |
| 15:35 | 25 | WAS MOOT, MEANING IT HAD NO IMPLICATIONS, NO REPERCUSSIONS;   |

FINAL DAILY COPY

```
15:35    1  RIGHT?
15:35    2  A.   WELL, MOOT IN THE WAY I JUST DESCRIBED.
15:35    3  Q.   WELL, "MOOT" MEANS IT DOESN'T MATTER?
15:35    4  A.   JUST IN THE WAY I JUST DESCRIBED IT.
15:35    5  Q.   NOW, DR. RESIO, HOWEVER, FELT IT DID MATTER BECAUSE
15:35    6  DR. RESIO RAISED THE WAVE HEIGHT UP BY 1 FOOT; ISN'T THIS TRUE?
15:35    7  A.   AND I SUSPECT, IF YOU WILL ASK HIM ABOUT THE RESULTS, HE
15:35    8  WILL CONFIRM FOR YOU THAT, AT THE TOE, THAT KIND OF ADJUSTMENT
15:35    9  DIDN'T HAVE MUCH BEARING ON THE WAVE CONDITIONS AT THE TOE OF
15:35   10  THE LEVEE.
15:35   11  Q.   SO DR. RESIO FELT THAT IT WAS IMPORTANT TO GET A MORE
15:35   12  ACCURATE WAVE; ISN'T THIS TRUE?
15:35   13  A.   NO.  I THINK WHAT HE WAS DOING WAS LOOKING AT SENSITIVITY
15:35   14  TO MANY THINGS THAT YOU SEEM TO BE CRITICAL OF.  THAT WAS ONE
15:35   15  OF THEM.  I THINK THAT'S THE WHOLE PURPOSE BEHIND HIS
15:36   16  ADDITIONAL SENSITIVITY TEST.
15:36   17          MR. BRUNO:  ALL RIGHT.  END OF PROFFER.
15:36   18          THE COURT:  OKAY.
15:36   19                  (END OF PROFFER)
        20
        21
        22
        23
        24
        25
```

| | | |
|---|---|---|
| 15:36 | 1 | **BY MR. BRUNO:** |
| 15:36 | 2 | **Q.**   ARE YOU SURE ABOUT THIS LIMITING WAVE?  DON'T YOU MEAN TO |
| 15:36 | 3 | SAY THAT A DEPTH-LIMITED WAVE IS A WAVE LIMITED BY THE DEPTH OF |
| 15:36 | 4 | THE WATER, NOT THE DISTANCE BETWEEN THE TOE AND THE CREST? |
| 15:36 | 5 | ISN'T THIS TRUE? |
| 15:36 | 6 | **A.**   IT DOESN'T -- THE DISTANCE BETWEEN THE TOE AND THE CREST? |
| 15:36 | 7 | **Q.**   THAT'S WHAT YOU TOLD THE JUDGE BEFORE. |
| 15:36 | 8 | **A.**   NO. |
| 15:36 | 9 | **Q.**   YOU SAID THE WAVE COULD NEVER GET HIGHER THAN 5 FEET. |
| 15:36 | 10 | **A.**   THAT HAS NO BEARING WHATSOEVER.  I'M STRICTLY TALKING |
| 15:36 | 11 | ABOUT THE FACT THAT THE WATER DEPTH AT THE TOE, AT THE |
| 15:36 | 12 | SIGNIFICANT WAVE HEIGHT THAT CAN EXIST AT THE TOE, THE UPPER |
| 15:36 | 13 | BOUND ON THAT SIGNIFICANT WAVE HEIGHT WILL BE .4 TO -- I |
| 15:36 | 14 | BELIEVE .4. |
| 15:37 | 15 | **Q.**   .6? |
| 15:37 | 16 | **A.**   DR. BEA USES .5.  I DON'T BELIEVE .6 BECAUSE I BELIEVE |
| 15:37 | 17 | THIS BERM IN FRONT OF THE LEVEE WAS VERY, VERY GENTLE.  I |
| 15:37 | 18 | BELIEVE .4 WOULD BE A MORE APPROPRIATE VALUE. |
| 15:37 | 19 | **THE COURT:**  JUST TO MAKE SURE I UNDERSTAND THIS, WHEN |
| 15:37 | 20 | YOU SAY THE BERM IN FRONT OF THE LEVEE, I THINK I KNOW WHAT |
| 15:37 | 21 | THAT MEANS.  ONE, IS THE BERM UNIFORM ALONG REACH 2? |
| 15:37 | 22 | **THE WITNESS:**  NO, THE BERM ELEVATION IS NOT UNIFORM. |
| 15:37 | 23 | I DON'T BELIEVE SO.  IT WOULD BE A FUNCTION OF WHATEVER THAT |
| 15:37 | 24 | LOCAL WATER DEPTH IS. |
| | 25 | |

| | | |
|---|---|---|
| 23:59 | 1 | **BY MR. BRUNO:** |
| 15:37 | 2 | **Q.**   BUT LET'S WALK THROUGH THIS BECAUSE I THINK -- AT LEAST, I |
| 15:37 | 3 | WAS CONFUSED.  I THOUGHT YOU SAID THAT THE WAVE IS ALWAYS |
| 15:37 | 4 | LIMITED BY 50 PERCENT OF THE DISTANCE BETWEEN THE TOE AND THE |
| 15:37 | 5 | CREST.  THAT'S WRONG; RIGHT? |
| 15:37 | 6 | **A.**   THAT'S WRONG, CORRECT. |
| 15:37 | 7 | **Q.**   IN FACT, IF THE WATER HEIGHT IS 20 FEET AT THE TOE, THEN |
| 15:38 | 8 | THE WAVE HEIGHT IS LIMITED TO 10 FEET; RIGHT?  IF YOU USE .5. |
| 15:38 | 9 | **A.**   WHAT'S THE BERM ELEVATION?  I NEED TO KNOW THE BERM |
| 15:38 | 10 | ELEVATION AND THE SURGE LEVEL TO ESTIMATE THE WATER DEPTH AT |
| 15:38 | 11 | THE TOE. |
| 15:38 | 12 | **Q.**   LET'S SAY WE HAVE A WATER LEVEL OF 20 FEET.  LET'S USE |
| 15:38 | 13 | THAT. |
| 15:38 | 14 | **A.**   HOW ABOUT 17 1/2, SINCE THAT'S ABOUT WHAT IT WAS. |
| 15:38 | 15 | **Q.**   WELL, I DON'T WANT TO DO MATH. |
| 15:38 | 16 | **A.**   ALL RIGHT. |
| 15:38 | 17 | **Q.**   DON'T STRESS MY MATH SKILLS, MAN, PLEASE. |
| 15:38 | 18 | **A.**   I LIKE TO BE REALISTIC.  LET'S USE A REALISTIC EXAMPLE, |
| 15:38 | 19 | NOT SOME HYPOTHETICAL THAT DOESN'T EXIST. |
| 15:38 | 20 | **Q.**   LET'S SEE.  LET ME WORK WITH YOU HERE. |
| 15:38 | 21 | **A.**   GO 17 1/2 OR -- |
| 15:38 | 22 | **Q.**   OKAY.  HERE'S WHAT I'LL DO WITH YOU. |
| 15:38 | 23 | **A.**   HOW ABOUT THE EXAMPLE I GAVE YESTERDAY [*SIC*] OF A |
| 15:38 | 24 | 7 1/2-FOOT BERM AND A 17 1/2-FOOT SURGE? |
| 15:38 | 25 | **Q.**   THERE YOU GO. |

15:38   1   **A.**   THAT MAKES IT REAL EASY.   10-FOOT WATER DEPTH.

15:38   2   **Q.**   THE POINT I WAS GOING TO MAKE TO YOU IS 7 IS FAR MORE

15:38   3   REALISTIC THAN THE 9 THAT YOU USED; ISN'T THIS TRUE?

15:38   4   **A.**   THEY BOTH WILL BE APPROXIMATELY THE SAME AT THE TOE OF THE

15:39   5   LEVEE.  WHETHER IT'S 9 FOOT IN THE CHANNEL OR 7 FOOT IN THE

15:39   6   CHANNEL, BY THE TIME THAT WAVE ENERGY IS DISSIPATED OVER THAT

15:39   7   SHALLOW, GENTLY SLOPING BERM IN FRONT, THE WAVE HEIGHT AT THE

15:39   8   TOE WILL BE APPROXIMATELY 4 FEET.

15:39   9   **Q.**   IF THE WAVE IS 17 1/2?

15:39   10   **A.**   WATER LEVEL, YOU MEAN?

15:39   11   **Q.**   I'M SORRY.  THE WATER LEVEL IS 17 1/2 AND THE BERM IS

15:39   12   7 1/2.

15:39   13   **A.**   RIGHT.  THAT'S A 10-FOOT WATER DEPTH AT THE TOE.

15:39   14   **Q.**   IT MEANS THE WAVE CAN'T BE HIGHER THAN 5 FEET; RIGHT.

15:39   15   **A.**   I PREFER TO USE .4.  I THINK THAT'S A -- YOU WANT TO USE

15:39   16   .5.  I THINK .4 IS MORE APPROPRIATE BECAUSE I THINK -- BECAUSE

15:39   17   OF THE SHALLOWNESS AND GENTLENESS OF THE SLOPING BERM IN FRONT,

15:39   18   I THINK .4 IS THE MORE APPROPRIATE VALUE.

15:39   19   **Q.**   MR. EBERSOLE, IF YOU USED .6 IN YOUR REPORT, I GUESS YOU

15:39   20   WERE WRONG, HUH?

15:39   21   **A.**   I WAS TRYING TO -- I OFTEN USE .6 IF I WANT TO OVERSTATE

15:39   22   THE WAVE CONDITIONS A LITTLE BIT AND NOT ERR ON THE SIDE OF

15:40   23   UNDERSTATING THE WAVES.

15:40   24   **Q.**   IN FACT, IN YOUR REPORT --

15:40   25   **A.**   I THINK I TOLD YOU EARLIER THAT .6 IS TYPICALLY A VALUE

| | | |
|---|---|---|
| 15:40 | 1 | THAT WE USE FOR STEEPER OPEN-COAST BEACHES.  A SLOPE IN FRONT |
| 15:40 | 2 | OF THE SHORELINE WOULD BE A LITTLE STEEPER THAN WE FIND HERE ON |
| 15:40 | 3 | THE BERM. |
| 15:40 | 4 | **Q.**   IN FACT, IN YOUR REPORT YOU USE -- |
| 15:40 | 5 | **THE COURT:**  MR. BRUNO, YOU'VE USING "BERM" AND "TOE," |
| 15:40 | 6 | AND I KNOW YOU KNOW THE DIFFERENCE. |
| 15:40 | 7 | **BY MR. BRUNO:** |
| 15:40 | 8 | **Q.**   ALL RIGHT.  LET'S WALK THROUGH THIS THING VERY SLOWLY. |
| 15:40 | 9 | WHERE IS THE TOE IN RELATIONSHIP TO THIS BERM? |
| 15:40 | 10 | **A.**   YOU KNOW, THE LEVEE HAS A STEEPER FRONT SLOPE TO IT, SAY 1 |
| 15:40 | 11 | ON 4 1/2.  AT THE BOTTOM OF THAT SLOPE OF THE LEVEE, WE GO INTO |
| 15:40 | 12 | A VERY GENTLE SLOPING BERM IN FRONT OF IT.  THAT TRANSITION IN |
| 15:40 | 13 | SLOPE OCCURS AT WHAT I CALL THE TOE ELEVATION, WHICH COULD BE |
| 15:40 | 14 | 10, COULD BE 9, COULD BE 8, COULD BE 7 1/2.  THERE IS SOME |
| 15:40 | 15 | VARIATION IN TOE ELEVATION.  SEAWARD OF THE TOE IS WHERE THE |
| 15:41 | 16 | GENTLY SLOPING BERM HEADS DOWN TOWARDS THE BANK OF THE MRGO. |
| 15:41 | 17 | **THE COURT:**  SO THE COURT UNDERSTANDS, WOULD THE BERM |
| 15:41 | 18 | EXTEND FROM THE TOE TO THE BANK OF THE MRGO? |
| 15:41 | 19 | **THE WITNESS:**  YEAH.  IT WOULD BE SOME ELEVATION ABOVE |
| 15:41 | 20 | THE BANK, BUT -- MAYBE +3 OR SOMETHING.  SO IT WILL BE -- THAT |
| 15:41 | 21 | SLOPING BERM FROM, SAY, +7, +8, +9, ALL THE WAY DOWN TO |
| 15:41 | 22 | SOMETHING LIKE +3 OR SOMETHING. |
| 15:41 | 23 | **THE COURT:**  DOES IT MAKE ANY DIFFERENCE, FOR YOUR |
| 15:41 | 24 | PURPOSES IN THIS, AS TO THE LENGTH OF THE BERM? |
| 15:41 | 25 | **THE WITNESS:**  I THINK DR. RESIO WILL TALK IN MUCH |

FINAL DAILY COPY

15:41 1  GREATER DEPTH ABOUT THE DYNAMICS OF DISSIPATION AND HOW QUICKLY

15:41 2  THAT TAKES PLACE.

15:41 3      **THE COURT:**  YOU HAVE GIVEN A FAIRLY UNEQUIVOCAL

15:41 4  OPINION ABOUT THIS EFFECT.

15:41 5      **THE WITNESS:**  TRUE.

15:41 6      **THE COURT:**  I'M TRYING TO, THEN, TEST THE -- WHICH

15:42 7  THE COURT HAS TO DO, TRY TO UNDERSTAND THE BASIS FOR THE

15:42 8  OPINION.  I'M WONDERING WHAT VARIABLES GO INTO IT; SUCH AS, THE

15:42 9  VEGETATION ON THE BERM, THE DISTANCE OF THE BERM, THE ELEVATION

15:42 10  OF THE BERM.  ALL OF THOSE WOULD BE VARIABLES.

15:42 11      **THE WITNESS:**  IF I WERE GOING TO -- IF THE DISTANCE

15:42 12  BETWEEN THE TOE OF THE LEVEE AND THE CHANNEL WERE 10 FEET, WHAT

15:42 13  I'M TELLING YOU WOULD NOT BE CORRECT, BUT I'M TALKING ABOUT A

15:42 14  BERM THAT'S HUNDREDS OF FEET.

15:42 15      **THE COURT:**  EXACTLY.  THAT'S WHAT I HAD UNDERSTOOD.

15:42 16  **BY MR. BRUNO:**

15:42 17  **Q.**   I HAVE DRAWN THIS TO SEE IF WE ARE CORRECT.  I HAVE A

15:42 18  YELLOW PIECE OF PAPER HERE ON THE ELMO AND MARKED IT

15:42 19  "EBERSOLE," AND I HAVE SHOWN THE MRGO.

15:42 20      THE POINT FROM THE SHORELINE TO THE TOE, AM I SHOWING

15:42 21  THE TOE CORRECTLY?

15:42 22  **A.**   YES.

15:42 23  **Q.**   THIS IS THE BERM; RIGHT?  IS THAT RIGHT?

15:43 24  **A.**   CORRECT.

15:43 25  **Q.**   AND WE KNOW -- WE'VE GOT THE DOCUMENTS IN EVIDENCE -- THE

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:43 | 1 | SLOPE OF THAT BERM IS 1 ON 30. |
| 15:43 | 2 | **A.**   I THINK IT'S MORE LIKE 1 ON 60, ACTUALLY. |
| 15:43 | 3 | **Q.**   MAYBE 1 ON 90, BUT WE HAVE THE DOCUMENTS.  WE'LL SHOW IT. |
| 15:43 | 4 | SO IT'S EITHER 1 ON 30 OR 1 ON 60. |
| 15:43 | 5 | **THE COURT:**  WHEN YOU SAY "1 ON 30," "1 ON 60" -- |
| 15:43 | 6 | **MR. BRUNO:**  ONE FOOT.  FOR EVERY 30 FEET OF DISTANCE, |
| 15:43 | 7 | YOU HAVE 1 FOOT OF DROP. |
| 15:43 | 8 | **THE COURT:**  ELEVATION. |
| 23:59 | 9 | **BY MR. BRUNO:** |
| 15:43 | 10 | **Q.**   DID I SAY THAT RIGHT, MR. EBERSOLE? |
| 15:43 | 11 | **A.**   PARDON ME? |
| 15:43 | 12 | **Q.**   IF, JUST FOR THE SAKE OF OUR DISCUSSION, IT'S 1 ON 30, |
| 15:43 | 13 | EVERY 30 FEET OF DISTANCE YOU WOULD GO UP A FOOT IN HEIGHT? |
| 15:43 | 14 | **A.**   NO, I DON'T THINK SO.  I THINK IT'S MUCH GENTLER THAN |
| 15:43 | 15 | THAT.  JUST BASED ON THE INFORMATION -- |
| 15:43 | 16 | **Q.**   I'M TRYING TO DESCRIBE 1 ON 30 -- |
| 15:43 | 17 | **THE COURT:**  HE IS NOT SAYING THAT IS THE RATIO.  BUT |
| 15:43 | 18 | IF THE RATIO WERE 1 ON 30, IS THAT WHAT THAT MEANS?  1 ON 60 |
| 15:43 | 19 | WOULD MEAN WHATEVER -- |
| 15:43 | 20 | **THE WITNESS:**  YEAH.  FOR EVERY 60 FOOT YOU GO OUT, |
| 15:43 | 21 | YOU DROP IN ELEVATION 1 FOOT.  I TRIED TO GIVE THAT EXAMPLE |
| 15:44 | 22 | YESTERDAY [*SIC*]. |
| 15:44 | 23 | **THE COURT:**  I UNDERSTAND. |
| 15:44 | 24 | **MR. BRUNO:**  RIGHT.  FOR THE RECORD, THE 30(B)(6) |
| 15:44 | 25 | DEPOSITION OF NANCY POWELL GAVE TESTIMONY ABOUT WHAT THE BERM |

FINAL DAILY COPY

15:44   1   TRULY IS, JUST FOR THE COURT'S REFERENCE.  I DON'T EVEN

15:44   2   REMEMBER IT, BUT IT'S THERE.

15:44   3   **BY MR. BRUNO:**

15:44   4   **Q.**   SO NOW WE HAVE GOT THE TOE, AND WE ARE TALKING ABOUT A

15:44   5   DISTANCE HERE, RIGHT, AT THE TOE?  A HEIGHT AT THE TOE?

15:44   6   **A.**   NOT HEIGHT.  A DEPTH OF WATER.

15:44   7   **Q.**   A DEPTH OF WATER.

15:44   8   **A.**   OKAY.

15:44   9   **Q.**   YOU AND DR. RESIO, Y'ALL USED 9 FEET FOR A TOE HEIGHT?

15:44  10   **A.**   SOMETIMES.  I THINK IN THAT RANGE.  I THINK HE DID A LOT

15:45  11   OF CALCULATIONS LOOKING AT SENSITIVITY TO TOE ELEVATIONS, SO I

15:45  12   THINK HE USED MULTIPLE TOE ELEVATIONS IN HIS SENSITIVITY

15:45  13   ANALYSIS.

15:45  14   **Q.**   YOU WROTE DOWN 9 FEET ON YOUR --

15:45  15   **A.**   I THINK IN MY REPORT AND SOME OF MY EXAMPLES I USED

15:45  16   9 FEET.

15:45  17   **Q.**   FINE.  RIGHT NOW I'M TALKING ABOUT THE FACT IN YOUR REPORT

15:45  18   YOU USED 9 FEET FOR THE TOE.  ISN'T THAT TRUE?

15:45  19   **A.**   IT'S JUST TO ILLUSTRATE, YES.

15:45  20   **Q.**   ALL RIGHT.  BUT 9 FEET IS WHAT YOU USED.

15:45  21           IN FACT, THE AVERAGE IS BETWEEN 5 AND 7, AS TESTIFIED

15:45  22   TO BY CHAD MORRIS, THE PLAINTIFFS' EXPERT, WHO HAD THE ACTUAL

15:45  23   DATA.

15:45  24   **A.**   I LOOKED AT SOME PROFILES AND REPORTED IN MY REPORT, THE

15:45  25   APPENDIX BY WILLIAM DALLY, AND I SAW TOE ELEVATIONS THAT WERE

15:46    1   AS MUCH AS 10.  SO I CAN'T COMMENT ON MR. MORRIS' WORK.  I

15:46    2   HAVEN'T READ IT.  BUT I BELIEVE THE ELEVATION DOES VARY QUITE A

15:46    3   BIT ALONG THE REACH 2.

15:46    4           I'VE SEEN DR. BEA CITE 7 FEET AT HIS TEST SITE, AND

15:46    5   I'VE SEEN PROFILES WHERE IT SAYS AS MUCH AS 10 FEET.  SO I

15:46    6   THINK THERE IS SOME VARIABILITY.  I WON'T SAY IT'S ALL 5 OR 6

15:46    7   FEET.

15:46    8   Q.   SO A CAREFUL SCIENTIST, IN ORDER TO MAKE APPROPRIATE AND

15:46    9   FAIR REPRESENTATIONS TO THE COURT, WOULD HAVE DONE AN

15:46   10   EVALUATION OF THE TOE HEIGHT OVER THE ENTIRE REACH, WOULD HAVE

15:46   11   INDICATED HOW MUCH OF THAT DISTANCE WAS 7, HOW MUCH WAS 5, HOW

15:46   12   MUCH WAS 9, SO AS TO JUSTIFY THE USE OF THE PARTICULAR HEIGHT

15:46   13   THAT YOU USED.  DON'T YOU AGREE?

15:46   14   A.   IF MR. MORRIS IS RIGHT, IN FACT, THOSE TOE ELEVATIONS ARE

15:46   15   5 AND 6, THAT WOULD JUST REINFORCE THE GENTLENESS OF THAT

15:47   16   SLOPE.  IF YOU ARE ONLY GOING UP A FEW FEET OVER SEVERAL

15:47   17   HUNDRED FEET, THAT IS GOING TO MAKE THE SLOPE EVEN GENTLER AND

15:47   18   MAKE THE DISSIPATION, I WOULD IMAGINE, GREATER ON A MORE

15:47   19   GENTLE-SLOPING BEACH.

15:47   20   Q.   SURE.  IT ALSO MAKES THE WAVE HIGHER, DOESN'T IT?

15:47   21   A.   YEAH.  BY THE WATER DEPTH.  SO IT'S A COMPLICATED PROCESS.

15:47   22   YOU REALLY DO HAVE TO KNOW WHAT THE LEVEE TOE IS.

15:47   23   Q.   LET'S JUST WALK THROUGH THIS BECAUSE WE WANT TO MAKE SURE

15:47   24   THAT THE RECORD'S CRYSTAL CLEAR.  IN ORDER FOR US TO DO OUR

15:47   25   CALCULATIONS, WE HAVE TO PICK FOR ILLUSTRATIVE PURPOSES A WATER

15:47   1   HEIGHT, AND WE WANT TO USE -- IF YOU WANT TO USE 17 1/2, WE'LL

15:47   2   USE 17 1/2.  SO IF YOU GET TO USE 17 1/2, THEN I GET TO USE

15:47   3   5 FEET AS MY LEVEE TOE.  FAIR ENOUGH?

15:47   4   **A.**   I DIDN'T SEE ANY LEVEES OF THAT ELEVATION IN MY WORK, BUT

15:47   5   IF YOU WANT TO USE A CALCULATION OF 5, YOU CAN DO THAT.

15:47   6   **Q.**   WE ARE NOT TALKING ABOUT LEVEES; WE ARE TALKING ABOUT THE

15:47   7   TOE.

15:47   8   **A.**   THE TOE.

15:47   9   **Q.**   ARE YOU SAYING YOU DIDN'T FIND A SINGLE PLACE ON REACH 2

15:48  10   THAT IT WAS 5?

15:48  11   **A.**   IN THE PROFILES THAT I LOOKED AT, I DID NOT SEE A LEVEE

15:48  12   TOE ELEVATION OF 5.

15:48  13   **Q.**   WHAT LEVEE PROFILES DID YOU LOOK AT?

15:48  14   **A.**   I JUST SAID THE ONES IN THE APPENDIX TO MY REPORT THAT SAY

15:48  15   JUST SIX -- SIX, EIGHT LOCATIONS.  THAT'S THE INFORMATION

15:48  16   THAT --

15:48  17   **Q.**   SO YOU'RE TELLING THE COURT THAT YOUR LOOKING AT SIX OR

15:48  18   EIGHT DIFFERENT LOCATIONS ALONG A 12 1/2-MILE STRETCH SHOULD

15:48  19   SOMEHOW BE INDICATIVE TO THIS COURT ABOUT THE TRUE HEIGHT OF

15:48  20   THE TOE?  IS THAT WHAT YOU'RE SAYING?

15:48  21   **A.**   NO.

15:48  22   **Q.**   OKAY.  SO THE FACT THAT YOU DIDN'T SEE A 5 IS MEANINGLESS

15:48  23   IN THE CONTEXT OF THIS ILLUSTRATION; ISN'T THIS TRUE?

15:48  24   **A.**   YEAH.  YOU WOULD HAVE TO LOOK AT HOW THE TOE ELEVATION IS

15:48  25   DISTRIBUTABLE ON THE REACH 2 LEVEE.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:48 | 1 | **Q.**   SURE.  BUT FOR THE PURPOSES OF THIS ILLUSTRATION, IF THE |
| 15:48 | 2 | TOE HEIGHT IS 5 AND THE WATER LEVEL IS 17 1/2, THE DIFFERENCE |
| 15:48 | 3 | BETWEEN THOSE -- AGAIN, THIS IS TESTING MY MATH -- IS 12 1/2; |
| 15:49 | 4 | RIGHT? |
| 15:49 | 5 | **A.**   OKAY. |
| 15:49 | 6 | **Q.**   SO 12 1/2.  NOW, IN YOUR REPORT, DESPITE WHAT YOU HAVE |
| 15:49 | 7 | TESTIFIED TODAY, YOU USED .6. |
| 15:49 | 8 | **A.**   AS A CONSERVATIVE NUMBER, AS I STATED IN MY REPORT.  THE |
| 15:49 | 9 | MOST APPROPRIATE FOR A SHALLOW SLOPING BERM WOULD BE .4 IN MY |
| 15:49 | 10 | OPINION. |
| 15:49 | 11 | **THE COURT:**  THE COURT HAS THAT INDELIBLY.  I DON'T |
| 15:49 | 12 | WANT TO HEAR IT AGAIN, PLEASE.  PLEASE. |
| 15:49 | 13 | **BY MR. BRUNO:** |
| 15:49 | 14 | **Q.**   FAIR ENOUGH.  I'M JUST MAKING A NOTE.  EBERSOLE REPORT |
| 15:49 | 15 | SAYS .6; EBERSOLE TESTIMONY IS NOW .4.  FAIR ENOUGH. |
| 15:49 | 16 | CAN WE USE .5 TO MAKE OUR MATH EASY? |
| 15:49 | 17 | **A.**   LET'S USE .4.  THAT'S WHAT I THINK IT SHOULD BE. |
| 15:49 | 18 | **THE COURT:**  MR. BRUNO IS ASKING THE QUESTION, SO YOU |
| 15:49 | 19 | CAN ASK HIM THE WAY YOU WANT. |
| 15:49 | 20 | **BY MR. BRUNO:** |
| 15:49 | 21 | **Q.**   ALL RIGHT.  IF WE USE .5 -- |
| 15:49 | 22 | **THE COURT:**  WE HAVE A RANGE BETWEEN .6 AND .4. |
| 15:49 | 23 | BELIEVE ME, I CAN EXTRAPOLATE UP AND DOWN. |
| 13:44 | 24 | **BY MR. BRUNO:** |
| 15:49 | 25 | **Q.**   JUST TO FINISH IT OUT, HALF OF 12 1/2 WOULD BE 6 1/4; |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:49 | 1 | RIGHT? |
| 15:49 | 2 | **THE COURT:**  WE ALL AGREE ON THAT. |
| 15:49 | 3 | **THE WITNESS:**  CORRECT. |
| 23:59 | 4 | **BY MR. BRUNO:** |
| 15:49 | 5 | Q.   FINE.  SO THE TALLEST OUR WAVE CAN BE UNDER THESE |
| 15:50 | 6 | CIRCUMSTANCES IS 6 1/4; RIGHT? |
| 15:50 | 7 | A.   YEAH, JUST DO THE WAVE BREAKING FOR THAT PARTICULAR RATIO, |
| 15:50 | 8 | CORRECT. |
| 15:50 | 9 | Q.   ALL RIGHT.  NOW, IF WE -- |
| 15:50 | 10 | A.   THERE COULD BE VEGETATION EFFECTS THAT WOULD DISSIPATE IT |
| 15:50 | 11 | MORE. |
| 15:50 | 12 | Q.   FINE.  WE ARE NOT THERE YET. |
| 15:50 | 13 | **THE COURT:**  AS I UNDERSTAND IT, VEGETATION LESS OR |
| 15:50 | 14 | MORE CAN AFFECT IT. |
| 15:50 | 15 | **BY MR. BRUNO:** |
| 15:50 | 16 | Q.   SIMPLE POINT:  IF THE WAVES ARE HIGHER, THEN THE WAVES AT |
| 15:50 | 17 | THE TOE ARE HIGHER; CORRECT? |
| 15:50 | 18 | A.   SAY THAT AGAIN, PLEASE. |
| 15:50 | 19 | Q.   IF THE WAVES AT THE D ARE HIGHER THAN WHATEVER THIS IS, |
| 15:50 | 20 | THEN THE WAVES AT THE TOE ARE HIGHER BECAUSE IT'S -- IT'S |
| 15:50 | 21 | ALWAYS LIMITED, BUT THERE'S NO LIMIT TO THE TOP END. |
| 15:50 | 22 | A.   NO, I THINK YOU SAID THAT WRONG.  IF THE WAVES ARE HIGHER |
| 15:50 | 23 | IN THE DEEP END, THEY'RE GOING TO BE THE SAME AT THE TOE |
| 15:51 | 24 | BECAUSE IT WILL BE A FUNCTION OF THE WATER DEPTH ONLY, NOT SO |
| 15:51 | 25 | DEPENDENT ON THE ACTUAL DEEPWATER INCIDENT HEIGHT IN THE |

| | | |
|---|---|---|
| 15:51 | 1 | CHANNEL ITSELF. |
| 15:51 | 2 | **Q.**   SO AS THE WATER LEVEL GOES UP, THE WAVES GET HIGHER -- |
| 15:51 | 3 | **THE COURT:**  IF YOU ARE TRYING TO ESTABLISH THAT THE |
| 15:51 | 4 | TOE SLOPE IS DIFFERENT, THEN THAT WOULD ADD MORE DEPTH, |
| 15:51 | 5 | THEREFORE, MORE WAVE HEIGHT -- IS THAT WHAT YOU'RE TRYING TO |
| 15:51 | 6 | ESTABLISH? |
| 15:51 | 7 | **MR. BRUNO:**  RIGHT.  THAT'S RIGHT. |
| 15:51 | 8 | **THE WITNESS:**  I AGREE WITH THAT.  THAT'S NOT WHAT HE |
| 15:51 | 9 | STATED. |
| 14:00 | 10 | **BY MR. BRUNO:** |
| 15:51 | 11 | **Q.**   IF THE WATER LEVEL GOES UP, THE LIMITATION GOES UP; RIGHT? |
| 15:51 | 12 | THE LIMITING FACTOR GOES UP WITH THE WATER HEIGHT? |
| 15:51 | 13 | **A.**   THE FACTOR DOESN'T GO UP. |
| 15:51 | 14 | **Q.**   I DIDN'T SAY THE FACTOR WENT UP. |
| 15:51 | 15 | **A.**   THE UPPER BOUND ON THE WAVE HEIGHT WOULD GO UP. |
| 15:51 | 16 | **THE COURT:**  WE HAVE THE POINT.  HIGHER WAVES, MORE |
| 15:51 | 17 | DEPTH -- EXCUSE ME, MORE DEPTH AT THE TOE, HIGHER WAVES. |
| 15:51 | 18 | **MR. BRUNO:**  RIGHT.  MAY I MARK THIS AS -- |
| 15:51 | 19 | **THE COURT:**  IF THE COURT CAN'T UNDERSTAND THAT BY |
| 15:51 | 20 | NOW, WE ARE ALL IN GIANT TROUBLE. |
| 15:52 | 21 | **MR. BRUNO:**  YOUR HONOR, I WOULD LIKE TO MOVE THIS |
| 15:52 | 22 | INTO EVIDENCE, PX-2169. |
| 15:52 | 23 | **THE COURT:**  ANY OBJECTION, COUNSEL? |
| 15:52 | 24 | **MR. MITSCH:**  NONE AT ALL, YOUR HONOR. |
| 15:52 | 25 | **THE COURT:**  THANK YOU, SIR.  LET IT BE ADMITTED. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:52 | 1 | **BY MR. BRUNO:** |
| 15:53 | 2 | **Q.**   NOW WE ARE GOING TO GET INTO MORE OF THE DIRT, IF YOU |
| 15:53 | 3 | WILL.  WE HAVE BEEN TALKING A LOT ABOUT THE WATER SIDE -- |
| 15:53 | 4 | **THE COURT:**  IS THIS FINALLY GOING TO GET REALLY |
| 15:53 | 5 | SPICY? |
| 15:53 | 6 | **MR. BRUNO:**  I TELL YOU ONE THING:  IT'S GOING TO GET |
| 15:53 | 7 | A LOT MORE COMPLICATED. |
| 15:53 | 8 | **BY MR. BRUNO:** |
| 15:53 | 9 | **Q.**   LET'S GET OUR HANDS DIRTY NOW.  YOU HAVE TALKED A LOT |
| 15:53 | 10 | ABOUT WATER.  NOW, YOU ARE OFFERING OPINIONS IN THIS CASE ABOUT |
| 15:53 | 11 | DIRT; RIGHT?  HOW THE WAVES ERODE OR DON'T ERODE THE DIRT OR |
| 15:53 | 12 | THE CLAY, OR WHATEVER YOU WANT TO CALL IT, OF THE LEVEE; RIGHT? |
| 15:53 | 13 | **A.**   CORRECT. |
| 15:53 | 14 | **Q.**   NOW, LET'S LEARN A LITTLE BIT ABOUT YOUR EXPERIENCE. |
| 15:53 | 15 | FIRST OF ALL, IF WE CALL UP JX-211, PAGE 239, THESE ARE THE |
| 15:54 | 16 | PUBLICATIONS THAT YOU SELECTED WHICH YOU BELIEVE ARE RELEVANT |
| 15:54 | 17 | TO THE SUBJECT MATTER ADDRESSED IN THE REPORT.  JX-211, |
| 15:54 | 18 | PAGE 239.  THIS IS THE PAGE OF YOUR REPORT WHERE YOU IDENTIFY |
| 15:55 | 19 | THE PUBLICATIONS. |
| 15:55 | 20 | WOULD YOU SHARE WITH THE COURT WHICH OF THESE |
| 15:55 | 21 | PUBLICATIONS DEAL WITH EROSION OF A LEVEE. |
| 15:55 | 22 | **A.**   WELL, THERE'S A NUMBER UP THERE THAT DEAL WITH EROSION OF |
| 15:55 | 23 | DIRT, AS YOU DESCRIBED DIRT. |
| 15:55 | 24 | **Q.**   ALL RIGHT.  THE FIRST ONE:  DEPENDENCE OF LONGSHORE |
| 15:55 | 25 | TRANSPORT ON INCIDENT WAVES AND BREAKER TYPE. |

15:55   1   **A.**   YEAH.   THAT WOULD BE RELATED TO EROSION OF SAND ALONG THE

15:55   2   BEACH AND HOW THE INCIDENT WAVES AND THE CURRENT CONDITIONS IN

15:55   3   A BREAKING WAVE ZONE ACT TO ERODE ERODIBLE SOIL, IF YOU WANT TO

15:55   4   CALL IT.   IT'S SAND, BUT IT'S CERTAINLY A SOIL.

15:55   5   **Q.**   FIRST OF ALL, THAT'S ABOUT A BEACH; RIGHT?

15:55   6   **A.**   IT'S ABOUT SAND.

15:55   7   **Q.**   IS IT ABOUT A BEACH OR NOT?

15:55   8   **A.**   IT'S ABOUT SAND.

15:55   9   **Q.**   DOES THE BEACH HAVE SAND ON IT?

15:55   10   **A.**   SURE.

15:55   11   **Q.**   SO WHERE THE SAND IS LOCATED, IT'S A BEACH?   IT'S NOT MY

15:56   12   BACKYARD.   IT'S NOT MRGO.   IT'S A BEACH.

15:56   13   **A.**   CORRECT.   I'VE HEARD DR. BEA DESCRIBE THIS SOIL AS SANDY

15:56   14   SUBSTRATES, SO I -- I MEAN, I THINK IT DEFINITELY HAS

15:56   15   RELEVANCE.

15:56   16   **Q.**   FAIR ENOUGH.

15:56   17   **A.**   THE DYNAMICS ARE VERY SIMILAR.

15:56   18   **Q.**   MR. EBERSOLE, I WANT TO LEARN.   PLEASE TEACH ME.

15:56   19   **A.**   OKAY.

15:56   20   **Q.**   I WANT TO LEARN THE CONNECTION BETWEEN BEACHES AND LEVEES

15:56   21   ALONG CHANNELS LIKE THE MRGO.   THAT'S THE SUBJECT I WOULD LIKE

15:56   22   TO ASK YOU A FEW QUESTIONS ABOUT, IF I MAY.

15:56   23   **A.**   WHAT I CAN DO FOR YOU IS RUN THROUGH ALL THE STORM AND

15:56   24   HURRICANE PROTECTION PROJECTS THAT I HAVE WORKED ON IN DESIGN

15:56   25   AROUND THE COUNTRY.   THEY ALL INVOLVE CHARACTERIZING STORM

FINAL DAILY COPY

15:56   1   SURGE AND WAVES.  THEY ALL INVOLVE SOME MODELING TO LOOK AT HOW

15:56   2   A BERM -- A SAND BERM AND A SAND DUNE, WHICH I VIEW JUST LIKE A

15:56   3   BERM AND A LEVEE, HOW THEY RESPOND.

15:56   4          I'VE PROBABLY BEEN INVOLVED IN DESIGN OF, AT LEAST, A

15:57   5   DOZEN LARGE PROJECTS ALL AROUND THE COUNTRY OVER THE LAST --

15:57   6   WELL, 15 TO 20 YEARS THAT I WAS IN THE COASTAL PROCESSES

15:57   7   BRANCH.  SO I'VE HAD TREMENDOUS EXPERIENCE LOOKING AT THE

15:57   8   DYNAMICS OF HOW THINGS ERODE UNDER THE ACTION OF HURRICANE

15:57   9   SURGE AND WAVES.

15:57   10  Q.   SO WHAT WE KNOW FOR ABSOLUTE CERTAINTY IS YOU HAVE AN

15:57   11  EXTRAORDINARY AMOUNT OF EXPERIENCE ON THE BEACH; ISN'T THAT

15:57   12  TRUE?

15:57   13  A.   YES.

15:57   14  Q.   YES.  MOSTLY --

15:57   15  A.   MOST OF THE U.S. COASTLINES ARE SAND, SO ALL THE

15:57   16  STORM-DAMAGE REDUCTION PROJECTS THAT I HAVE BEEN INVOLVED WITH

15:57   17  IN MY CAREER WITH THE CORPS HAVE BEEN ON SANDY BEACHES --

15:57   18  Q.   BEACHES.

15:57   19  A.   -- NOT SOIL --

15:57   20  Q.   EARTHEN --

15:57   21  A.   -- LIKE THIS PARTICULAR PROJECT, BUT I WOULD SUGGEST TO

15:57   22  YOU THAT MANY OF THE DYNAMICS ARE EXACTLY THE SAME.

15:57   23  Q.   SO YOU'RE TELLING THE COURT THAT A SAND LEVEE ACTS JUST

15:57   24  LIKE A CLAY LEVEE; RIGHT?

15:58   25  A.   NOT EXACTLY.  IT ERODES.  IT'S MUCH MORE ERODIBLE THAN A

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:58 | 1 | CLAY LEVEE. |
| 15:58 | 2 | **Q.**   DO YOU MAKE LEVEES OUT OF SAND ON THE BEACH? |
| 15:58 | 3 | **A.**   ABSOLUTELY. |
| 15:58 | 4 | **Q.**   YOU DO? |
| 15:58 | 5 | **A.**   WE CALL THEM DUNES.  BUT, IN FACT, THE CROSS-SECTION OF |
| 15:58 | 6 | THE DUNES THAT WE BUILD LOOKS EXACTLY LIKE THE CROSS-SECTION OF |
| 15:58 | 7 | THE LEVEES THAT ARE BUILT HERE. |
| 15:58 | 8 | **Q.**   I WANT TO BE TAUGHT, MR. EBERSOLE.  SO YOUR TESTIMONY IS |
| 15:58 | 9 | THAT A BEACH DUNE IS JUST LIKE A LEVEE? |
| 15:58 | 10 | **A.**   ABSOLUTELY. |
| 15:58 | 11 | **Q.**   ABSOLUTELY. |
| 15:58 | 12 | **A.**   IT'S SUBJECTED TO WAVE EROSION ON THE FRONT SIDE AND IT'S |
| 15:58 | 13 | SUBJECTED -- IF IT GETS OVERTOPPING DOWN THE BACK SIDE OF IT, |
| 15:58 | 14 | IT'S GOING TO ERODE THE HECK OUT OF A SAND DUNE.  IT'S VERY |
| 15:58 | 15 | SIMILAR. |
| 15:58 | 16 | **THE COURT:**  THE COURT DOES UNDERSTAND, OF COURSE, ALL |
| 15:58 | 17 | MATERIALS DON'T HAVE THE SAME DEGREE OF ERODIBILITY AND THAT |
| 15:58 | 18 | SAND IS PERHAPS MORE ERODIBLE THAN OTHER TYPES OF MATERIAL.  I |
| 15:58 | 19 | UNDERSTAND THAT.  I UNDERSTAND IN GENERAL.  HE IS SPEAKING IN |
| 15:58 | 20 | GENERAL ABOUT THE DYNAMICS, ETC., THE CONFIGURATION.  I |
| 15:59 | 21 | UNDERSTAND. |
| 15:59 | 22 | **BY MR. BRUNO:** |
| 15:59 | 23 | **Q.**   THOSE SAND DUNES, DO THEY HAVE GRASS COVER? |
| 15:59 | 24 | **A.**   USUALLY.  THEY HAVE SOME KIND OF A DUNE GRASS PLANTED ON |
| 15:59 | 25 | THEM. |

FINAL DAILY COPY

15:59  1  **Q.**   IT'S NOT LIKE THE SAME KIND OF GRASS WE ARE TALKING ABOUT

15:59  2  ON A LEVEE, THOUGH; RIGHT?

15:59  3  **A.**   PROBABLY NOT.

15:59  4  **Q.**   PROBABLY NOT.  IN A BEACH SITUATION, THE WATER THAT

15:59  5  SPLASHES ONTO THAT DUNE IS ABSORBED IN SOME PART BY THE DUNE

15:59  6  ITSELF.  IT'S INTENDED THAT THE WATER SINK INTO IT.

15:59  7  **A.**   YEAH.  GENERALLY, MUCH MORE OF THE ENERGY WILL GO INTO

15:59  8  ACTUALLY ERODING IT EITHER ON THE FRONT SIDE OR ON THE BACK

15:59  9  SIDE.

15:59  10  **Q.**   YOU EXPECT A LOT MORE EROSION ON THE DUNE THAN YOU DO ON A

15:59  11  LEVEE; RIGHT?

15:59  12  **A.**   ON A CLAY LEVEE, YES, I WOULD.

15:59  13  **Q.**   YOU DON'T EXPECT ANY EROSION ON A CLAY LEVEE.

15:59  14  **A.**   I WOULDN'T SAY "ANY."

15:59  15  **Q.**   THAT'S YOUR PLAN.

15:59  16  **A.**   I WOULDN'T SAY "ANY."  I DEFINITELY IN MY TESTIMONY

15:59  17  YESTERDAY [*SIC*] DESCRIBED VARIOUS TRACES OF EROSION ON A LEVEE,

15:59  18  SOME DUE TO WAVES; MOST OF THEM DUE TO OVERTOPPING AND

16:00  19  OVERFLOW.

16:00  20  **Q.**   SO IF WE GO THROUGH THIS ENTIRE LIST OF PUBLICATIONS, ARE

16:00  21  WE GOING TO FIND ANYTHING THAT TALKS ABOUT EARTH BERM LEVEES?

16:00  22  **A.**   YOU'RE TALKING COHESIVE SEDIMENTS LEVEE?

16:00  23  **Q.**   NO, NO.  I'LL ASK IT ONE MORE TIME.  EARTH BERM LEVEES.

16:00  24  **A.**   I CONSIDER EVERYTHING I HAVE DONE ON BEACHES AND DUNES TO

16:00  25  BE --

| | | |
|---|---|---|
| 16:00 | 1 | **Q.**   EARTH? |
| 16:00 | 2 | **A.**   -- EARTH, SOIL, SAND, WHATEVER YOU WANT TO CALL IT. |
| 16:00 | 3 | **Q.**   IS AN EARTH BERM LEVEE THE SAME AS A SAND LEVEE?  I MEAN, |
| 16:00 | 4 | I NEED TO FIND SOME WAY TO COMMUNICATE WITH YOU, MR. EBERSOLE. |
| 16:00 | 5 | SAND IS SAND, AND EARTH IS SOMETHING DIFFERENT. |
| 16:00 | 6 | **A.**   LET'S JUST CALL A BEACH BERM A SAND BERM OR WE CAN CALL IT |
| 16:00 | 7 | A SAND LEVEE, IF THAT TERMINOLOGY MAKES SENSE TO YOU. |
| 16:00 | 8 | **Q.**   WHAT DO I CALL THE LEVEE ON MRGO? |
| 16:00 | 9 | **A.**   CALL IT A LEVEE. |
| 16:00 | 10 | **Q.**   WELL, NO.  APPARENTLY, I NEED TO KNOW ITS MATERIAL.  I |
| 16:00 | 11 | WANT TO KNOW -- |
| 16:00 | 12 | **THE COURT:**  IS IT MORE AKIN TO CLAY OR SAND? |
| 16:00 | 13 | **THE WITNESS:**  YOU KNOW, I LOOKED AT THE CORES ALONG |
| 16:00 | 14 | THE CENTERLINE, AND CERTAINLY THE MAJORITY OF IT WAS LEAN OR |
| 16:01 | 15 | FAT CLAY.  BUT I DEFINITELY SAW IN ONE PLACE WHERE THE SOIL IS |
| 16:01 | 16 | A SILT SAND, WHICH MAY OR MAY NOT ERODE AS A NONCOHESIVE SOIL, |
| 16:01 | 17 | BUT IF IT -- |
| 16:01 | 18 | **THE COURT:**  AS A GENERAL PROPOSITION -- AND I KNOW |
| 16:01 | 19 | YOU HAVEN'T TESTIFIED TO THIS.  AS A GENERAL PROPOSITION, THE |
| 16:01 | 20 | LEVEE ALONG THE REACH 2 SHOULD NOT ERODE QUITE AS QUICKLY, |
| 16:01 | 21 | LET'S SAY, AS A PURE SAND WOULD? |
| 16:01 | 22 | **THE WITNESS:**  SURE.  IT WOULD ERODE NOWHERE NEAR AS |
| 16:01 | 23 | QUICKLY AS A PURE SAND. |
| | 24 | **BY MR. BRUNO:** |
| 16:01 | 25 | **Q.**   WHAT I'M TRYING TO FIND OUT IS -- I MEAN, YOU ARE SQUARING |

16:01   1   OFF WITH DR. BEA ON THIS ISSUE; CORRECT?

16:01   2           **THE COURT:**  THAT'S KIND OF VAGUE, MR. BRUNO.  THEY

16:01   3   DISAGREE ON WHEN IT ERODED AND HOW QUICKLY IT ERODED.

16:01   4   **BY MR. BRUNO:**

16:01   5   **Q.**   THE OPINIONS THAT REGARD THE DIRT, HOW QUICKLY THE GRASS

16:01   6   ERODED, FRONT-SIDE VELOCITIES THAT ARE NEEDED TO ERODE GRASS

16:02   7   COVER, HOW MUCH OF A FLOW IS NEEDED TO ERODE GRASS IN THE BACK

16:02   8   SIDE, THAT'S ALL WHAT I WOULD CALL DIRT QUESTIONS.  DON'T YOU

16:02   9   AGREE?

16:02   10  **A.**   YEAH.  I HAVE NO -- I DON'T REALLY KNOW IF DR. BEA HAS ANY

16:02   11  EXPERIENCE AT ALL ON LEVEES SUBJECTED TO WAVE LOADING.  THAT'S

16:02   12  WHAT MAKES THIS LEVEE DIFFERENT THAN MOST LEVEES YOU ENCOUNTER

16:02   13  AROUND THE COUNTRY THAT ARE IN MORE RIVERINE ENVIRONMENTS WHERE

16:02   14  WAVE LOADING IS NOT AN ISSUE.

16:02   15          I THINK WHERE MY EXPERIENCE COMES IN IS HAVING A VAST

16:02   16  AMOUNT OF EXPERIENCE LOOKING AT EROSION SITUATIONS THAT DO

16:02   17  INVOLVE WAVE ENERGY, WHICH IS QUITE A BIT DIFFERENT FROM

16:02   18  SITUATIONS THAT DON'T INVOLVE WAVE ENERGY.

16:02   19  **Q.**   SO YOU BELIEVE YOU HAVE MORE EXPERIENCE THAN DR. BEA?

16:02   20  **A.**   I DON'T KNOW.  I DON'T KNOW WHAT HIS EXPERIENCE IS IN THAT

16:02   21  PARTICULAR KIND OF AN OPEN COASTAL-EROSION SETTING THAT WE HAD

16:02   22  ALONG THESE LEVEES DURING KATRINA.

16:02   23  **Q.**   SO WHAT EXPERIENCE DO YOU HAVE WITH WAVE LOADINGS ON A

16:03   24  LEVEE LIKE THE LEVEES THAT WERE LOCATED ALONG THE MRGO?

16:03   25          **THE COURT:**  WHY DON'T YOU SAY ON LEVEES THAT ARE MORE

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:03 | 1 | CLAY THAN SAND OR SOMETHING LIKE THAT. |
| 16:03 | 2 | **BY MR. BRUNO:** |
| 16:03 | 3 | **Q.**   WELL, I'LL TAKE THE JUDGE'S QUESTION. |
| 16:03 | 4 | **A.**   WE HAVE A LOT OF EXPERIENCE IN OUR LAB.  WE DO A LOT OF |
| 16:03 | 5 | WORK WITH COHESIVE SEDIMENTS.  SO, TYPICALLY, THEY ARE |
| 16:03 | 6 | UNDERWATER, WHICH THESE WOULD HAVE BEEN UNDERWATER, CERTAINLY, |
| 16:03 | 7 | A GOOD BIT OF THE TIME.  SO I'M AROUND AND REVIEW AND SEE AND |
| 16:03 | 8 | HELP DISCUSS RESEARCH RELATED TO EROSION OF COHESIVE SEDIMENTS |
| 16:03 | 9 | OF EXACTLY THE TYPE WE WOULD FIND ON THE LEVEE. |
| 16:03 | 10 | **Q.**   I ASK YOU -- NOT THE PEOPLE IN YOUR OFFICE, NOT THE PEOPLE |
| 16:03 | 11 | YOU SUPERVISE, YOU -- WHAT EXPERIENCE DO YOU HAVE WITH REGARD |
| 16:03 | 12 | TO WAVE LOADINGS ON A LEVEE, AS THE JUDGE POINTED OUT, MADE OF |
| 16:03 | 13 | CLAY AND SAND? |
| 16:03 | 14 | **A.**   LIKE I SAID, EVERYTHING THAT WE DO WITH SAND, IT'S THE |
| 16:03 | 15 | SAME WAVE LOADINGS THAT THIS LEVEE WAS SUBJECTED TO. |
| 16:04 | 16 | **Q.**   SO THE FACT OF THE MATTER IS YOU DON'T HAVE ANY EXPERIENCE |
| 16:04 | 17 | WITH LEVEES THAT ARE CLAY AND SAND.  WHAT YOU'RE DOING HERE IS |
| 16:04 | 18 | YOU'RE TAKING YOUR EXPERIENCE FROM THE BEACH AND YOU'RE |
| 16:04 | 19 | APPLYING THAT EXPERIENCE TO THESE LEVEES MADE OF CLAY AND SAND. |
| 16:04 | 20 | ISN'T THAT THE FAIREST AND MOST ACCURATE WAY TO DESCRIBE THIS? |
| 16:04 | 21 | **A.**   PLUS, I ALSO HAVE A LOT OF KNOWLEDGE BASED ON THE WORK |
| 16:04 | 22 | THAT MY PEOPLE DO ABOUT HOW MIXED SEDIMENTS RESPOND TO BOTH |
| 16:04 | 23 | WAVE AND CURRENT LOADING.  SO THAT COLLECTIVE BODY OF |
| 16:04 | 24 | EXPERIENCE IS WHAT I BRING TO BEAR TO THIS ANALYSIS. |
| 16:04 | 25 | **Q.**   CAN I GET AN ANSWER, "YES" OR "NO"? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:04 | 1 | **A.**   WHAT'S YOUR QUESTION? |
| 16:04 | 2 | **Q.**   THE QUESTION WAS:  AS A MATTER OF FACT, YOU HAVE NO |
| 16:04 | 3 | EXPERIENCE YOURSELF ON EVALUATING WAVE LOADINGS ON LEVEES MADE |
| 16:04 | 4 | OF CLAY AND SAND; ISN'T THAT TRUE?  YOU YOURSELF, BRUCE |
| 16:04 | 5 | EBERSOLE. |
| 16:04 | 6 | **A.**   THAT'S WRONG. |
| 16:04 | 7 | **Q.**   WELL, BEFORE THIS CASE, WHAT LEVEES HAVE YOU ACTUALLY |
| 16:04 | 8 | WORKED ON THAT WERE MADE OF THIS MIXTURE OF CLAY AND SAND? |
| 16:05 | 9 | **A.**   WELL, YOU ASKED ABOUT WAVE LOADINGS, AND I WOULD SUGGEST |
| 16:05 | 10 | TO YOU THAT EVERY PROJECT I HAVE EVER WORKED ON IN A COASTAL |
| 16:05 | 11 | SETTING -- |
| 16:05 | 12 | **THE COURT:**  ASK HIM HAS HE EVER WORKED ON A CLAY |
| 16:05 | 13 | LEVEE.  WOULD YOU JUST ASK HIM THAT. |
| | 14 | **BY MR. BRUNO:** |
| 16:05 | 15 | **Q.**   HAVE YOU EVER WORKED ON A CLAY LEVEE IN YOUR LIFE? |
| 16:05 | 16 | **A.**   NO. |
| 16:05 | 17 | **Q.**   NO. |
| 16:05 | 18 | **THE COURT:**  MOVE ON. |
| 16:05 | 19 | **BY MR. BRUNO:** |
| 16:05 | 20 | **Q.**   HAVE YOU EVER EVALUATED HOW QUICKLY -- HOW MUCH TIME IT |
| 16:05 | 21 | TAKES TO ERODE GRASS FROM A CLAY LEVEE?  EVER IN YOUR LIFE? |
| 16:05 | 22 | **A.**   IN THE CALCULATIONS FOR THIS REPORT, I DID. |
| 16:05 | 23 | **Q.**   BEFORE THIS REPORT? |
| 16:05 | 24 | **A.**   NO. |
| 16:05 | 25 | **Q.**   NO.  HAVE YOU EVER EVALUATED HOW FAST OR WHAT KIND OF FLOW |

16:05    1    IS NECESSARY TO MAKE THE GRASS ERODE OFF THE BACK SIDE OF A

16:05    2    LEVEE?  HAVE YOU EVER DONE THAT IN YOUR ENTIRE LIFE, BEFORE

16:05    3    THIS EVALUATION IN THIS CASE?

16:05    4    **A.**    NO.

16:05    5    **Q.**    NEVER.  THIS EXERCISE IS YOUR VERY FIRST TIME IN

16:06    6    EVALUATING CLAY LEVEES IN THE CONTEXT OF WAVE LOADING, GRASS

16:06    7    EROSION, BACK-SIDE EROSION, AND THE LIKE?  THIS IS YOUR FIRST

16:06    8    EXERCISE; ISN'T THAT TRUE?

16:06    9    **A.**    YEAH.  YOU KNOW, I WORK FOR THE CORPS.  IN MY ENTIRE

16:06    10   CAREER IN THE CORPS, TO MY KNOWLEDGE WE HAVE NOT DESIGNED A

16:06    11   CLAY LEVEE IN AN OPEN-COAST SETTING TO WITHSTAND HURRICANE-WAVE

16:06    12   AND WATER-LEVEL LOADINGS.  I WOULD BE RESTRICTED TO THE

16:06    13   PROJECTS THAT THE CORPS HAS ASKED ME TO WORK ON IN MY CAREER

16:06    14   HERE.

16:06    15   **Q.**    WELL, ARE YOU TELLING THE COURT THAT THERE'S NOT AN EXPERT

16:06    16   ENGINEER WHO WORKS FOR YOU OR WITH YOU THAT, IN FACT, HAS

16:06    17   EXPERIENCE WITH REGARD TO EVALUATING CLAY LEVEES AND GRASS

16:06    18   REMOVAL AND GRASS LIFTOFF AND ALL THAT BUSINESS?

16:06    19   **A.**    WE HAVE SOME OTHER PEOPLE ON STAFF --

16:07    20   **Q.**    YOU DO?

16:07    21   **A.**    -- THAT HAVE CERTAINLY WORKED WITH ERODIBILITY OF COHESIVE

16:07    22   SEDIMENTS.  WE HAVE PEOPLE THAT ARE INVOLVED IN RESEARCH ON

16:07    23   OVERTOPPING AND BEGINNING TO LOOK MORE AND MORE AT THIS

16:07    24   PARTICULAR SUBJECT.  WE HAVE BEGUN SOME RESEARCH ALONG THIS

16:07    25   LINE, SO --

16:07   1   **Q.**   ONE OF THOSE FELLOWS IS A FELLOW NAMED HUGHES?

16:07   2   **A.**   CORRECT.

16:07   3   **Q.**   HE EVEN WROTE A PAPER ON GRASS LIFTOFF; RIGHT?

16:07   4   **A.**   HE HAS DONE A LOT OF SUMMARY OF THE LITERATURE.  HE IS

16:07   5   QUITE FAMILIAR WITH THE LITERATURE.  HE'S DONE A LOT OF -- HIS

16:07   6   AREA IS TYPICALLY MORE HYDRODYNAMICS, THE FLOW OF THE WATER,

16:07   7   INTERACTION OF THE WATER WITH THE LEVEE.  I HAVE A MUCH MORE

16:07   8   EXTENSIVE BACKGROUND IN THE EROSION PROCESS SIDE OF THINGS.

16:07   9   **Q.**   DID YOU WORK WITH HIM ON THIS PROJECT?  THAT IS, BEFORE

16:07   10   YOU WROTE YOUR REPORT, NOT AFTERWARDS, BEFORE YOUR --

16:07   11   **A.**   I TALK TO STEVE ALL THE TIME ABOUT HIS WORK.  HE KEEPS ME

16:07   12   APPRISED OF WHAT HE IS DOING, SHARES WITH ME WHAT HE IS DOING.

16:07   13   WHENEVER I ASK FOR A BRIEFING ABOUT WHERE HE IS, HE SHARES WITH

16:07   14   ME THE LATEST PUBLICATIONS HE MIGHT HAVE AND THINGS LIKE THAT.

16:08   15   **Q.**   DID YOU WORK WITH THIS GENTLEMAN, MR. HUGHES, AT ALL

16:08   16   SPECIFICALLY WITH REGARD TO THE WORK THAT YOU ARE DOING OR THAT

16:08   17   YOU DID TO COME UP WITH THE CONCLUSIONS THAT YOU'RE OFFERING TO

16:08   18   THE COURT TODAY?

16:08   19   **A.**   YES, I HAVE.

16:08   20   **Q.**   I ASKED YOU FOR THIS REPORT.  DID YOU WORK WITH HIM IN

16:08   21   DEVELOPING THE CONCLUSIONS THAT YOU'RE OFFERING THE COURT?

16:08   22   THAT'S THE QUESTION.

16:08   23   **A.**   I'VE WORKED WITH MR. HUGHES.  HE HAS HELPED ME PUT

16:08   24   TOGETHER INFORMATION ON THE VELOCITY WORK THAT I DISCUSSED

16:08   25   YESTERDAY [*SIC*], THE COMPARISON BETWEEN HUGHES' DATA AND THE

| | | |
|---|---|---|
| 16:08 | 1 | LS-DYNA RESULTS.  SO I HAVE WORKED CLOSELY WITH HIM. |
| 16:08 | 2 | **Q.**   ALL RIGHT.  NOW, LET'S TURN TO JX-211, PAGE 74, SLIDE 64. |
| 16:08 | 3 | **A.**   MAY I ADD ONE MORE POINT? |
| 16:08 | 4 | **THE COURT:**  YOU MAY, SIR. |
| 16:08 | 5 | **THE WITNESS:**  I HAVE ALSO WORKED -- I'VE BEEN |
| 16:08 | 6 | INVOLVED IN TRYING TO PUT TOGETHER SOME NEW GUIDANCE FOR THE |
| 16:09 | 7 | CORPS ON THIS SUBJECT MATTER, AND I'VE WORKED WITH STEVE ON THE |
| 16:09 | 8 | PREPARATION OF THAT GUIDANCE AS WELL. |
| 16:09 | 9 | **BY MR. BRUNO:** |
| 16:09 | 10 | **Q.**   THIS IS A PICTURE FROM YOUR REPORT; CORRECT? |
| 16:09 | 11 | **A.**   CORRECT. |
| 16:09 | 12 | **Q.**   THIS IS A CLOSE-UP PHOTOGRAPH OF SOILS ON THE SHOULDER OF |
| 16:09 | 13 | A BREACH ON THE MRGO LEVEE AT STATION 497 SHOWING DREDGED SPOIL |
| 16:09 | 14 | MATERIALS USED IN CONSTRUCTION OF THE LEVEE.  THAT'S WHAT THIS |
| 16:09 | 15 | SHOWS? |
| 16:09 | 16 | **A.**   CORRECT. |
| 16:09 | 17 | **Q.**   IS YOUR TESTIMONY THAT THAT'S CLAY?  ARE WE LOOKING AT |
| 16:09 | 18 | CLAY? |
| 16:09 | 19 | **A.**   IT LOOKS LIKE CLAY TO ME JUST FROM ITS COLOR.  THIS IN |
| 16:09 | 20 | PARTICULAR IS WHAT WE OFTEN SEE IN OUR WORK, LOOKING AT EROSION |
| 16:09 | 21 | OF COHESIVE AND MIXED SEDIMENTS, WHERE WE SEE EROSION IN |
| 16:09 | 22 | AGGREGATES OR CHUNKS. |
| 16:09 | 23 | **THE COURT:**  EXCUSE ME, MR. BRUNO. |
| 16:09 | 24 | JUST FOR THE COURT, MR. EBERSOL, WOULD YOU JUST |
| 16:09 | 25 | BRIEFLY DEFINE *COHESIVE* AND *MIXED SEDIMENT*. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:09 | 1 | **THE WITNESS:**  YES.  *COHESIVE* WOULD BE ANYTHING THAT |
| 16:10 | 2 | INVOLVES CLAY, WHERE THERE ARE SOME COHESIVE FORCES BETWEEN THE |
| 16:10 | 3 | PARTICLES.  CLAY OFTEN HAS SAND IN IT TO SOME PERCENT. |
| 16:10 | 4 | GENERALLY, ANYTHING WITH CLAY TENDS TO RESPOND MORE AS A |
| 16:10 | 5 | COHESIVE MATERIAL VERSUS A PURE SILT OR PURE SAND THAT WOULD BE |
| 16:10 | 6 | WHAT WE CALL COHESIONLESS. |
| 16:10 | 7 | **THE COURT:**  THAT EXPLAINS IT. |
| 16:10 | 8 | **BY MR. BRUNO:** |
| 16:10 | 9 | **Q.**   WHAT COLOR IS CLAY? |
| 16:10 | 10 | **A.**   IT CAN BE VARIOUS COLORS. |
| 16:10 | 11 | **Q.**   CAN IT BE BLACK? |
| 16:10 | 12 | **A.**   YEAH.  I MEAN, THIS CLAY TYPICALLY IS GRAY THAT I HAVE |
| 16:10 | 13 | SEEN. |
| 16:10 | 14 | **Q.**   THE PURER THE CLAY, THE DARKER THE COLOR? |
| 16:10 | 15 | **A.**   CLAY IS A MINERAL, SO YOU CAN HAVE DIFFERENT COLORS OF |
| 16:10 | 16 | CLAY DEPENDING ON THE COLOR OF THE MINERAL. |
| 16:10 | 17 | **Q.**   THE LOWER THE PERCENTAGE OF CLAY, THE LIGHTER THE COLOR; |
| 16:10 | 18 | ISN'T THAT TRUE? |
| 16:10 | 19 | **A.**   I DON'T KNOW THAT. |
| 16:10 | 20 | **Q.**   DID YOU INVESTIGATE THAT? |
| 16:10 | 21 | **A.**   NO. |
| 16:10 | 22 | **Q.**   SO HOW ABOUT RIGHT HERE, IS THAT CLAY? |
| 16:10 | 23 | **A.**   THIS DEFINITELY LOOKS LIKE A CLAY LEVEE TO ME. |
| 16:10 | 24 | **Q.**   WELL, THAT'S CLAY RIGHT THERE. |
| 16:11 | 25 | **THE COURT:**  NO, NO.  WAIT.  WE ARE IN TWO DIFFERENT |

| | | |
|---|---|---|
| 16:11 | 1 | SPOTS.  I SEE WHAT MR. EBERSOLE HAS CIRCLED. |
| 23:59 | 2 | **BY MR. BRUNO:** |
| 16:11 | 3 | **Q.**   NOW I'M CIRCLING SOMETHING ELSE THAT IS IN THE CENTERLINE |
| 16:11 | 4 | OF THE PHOTO.  I JUST WANT TO BE CLEAR.  YOUR TESTIMONY IS WHAT |
| 16:11 | 5 | IS IN THAT CIRCLE IS ALSO CLAY? |
| 16:11 | 6 | **A.**   I DON'T KNOW.  I WOULD SAY, IN GENERAL, THAT LEVEE IS CLAY |
| 16:11 | 7 | BECAUSE, WHEN I LOOK AT WHAT'S IN MY CIRCLE, I SEE DEFINITELY |
| 16:11 | 8 | CHUNKS OF CLAY.  FROM OUR EXPERIENCE CLAY OFTENTIMES ERODES IN |
| 16:11 | 9 | CHUNKS. |
| 16:11 | 10 | **Q.**   YEAH. |
| 16:11 | 11 | **A.**   INDIVIDUAL CLAY PARTICLES WOULD BE SO SMALL, YOU WOULDN'T |
| 16:11 | 12 | SEE THEM.  SO WE OFTEN SEE IT ERODE IN CHUNKS OF CLAY THAT WILL |
| 16:11 | 13 | END UP GETTING SMOOTHED OUT DURING THE COURSE OF BEING ERODED |
| 16:11 | 14 | AND TRANSPORTED. |
| 16:11 | 15 | **Q.**   MIGHT THIS BE A CLAY CAP OVER A VERY SANDY SUBSTRATE? |
| 16:11 | 16 | MIGHT THIS BE THE SANDY PART OF THIS LEVEE AND THAT BE THE CLAY |
| 16:11 | 17 | CAP ON THE RIGHT?  IS THAT POSSIBLE? |
| 16:11 | 18 | **A.**   YOU KNOW, FROM MY INSPECTION OF THE CORES ALONG THE |
| 16:11 | 19 | CENTERLINE OF THE LEVEE, THEY SEEMED PRETTY UNIFORMLY FAT OR |
| 16:12 | 20 | LEAN CLAY THROUGH THE ENTIRE LEVEE.  I WOULDN'T CLASSIFY THIS |
| 16:12 | 21 | LEVEE AS BEING BUILT WITH A SAND CORE AND A CLAY CAP LIKE SOME |
| 16:12 | 22 | OF THE LEVEES THAT ARE BUILT IN EUROPE. |
| 16:12 | 23 | **Q.**   SO YOUR OPINION ABOUT THE MATERIAL UTILIZED TO MAKE THE |
| 16:12 | 24 | LEVEES IS BASED UPON YOUR EVALUATION OF SOME CORE SAMPLES? |
| 16:12 | 25 | **A.**   ALONG THE CENTERLINE OF THE LEVEE.  THAT WAS THE DATA THAT |

| 16:12 | 1 | I FELT WAS MOST RELIABLE TO TELL ME EXACTLY WHAT WAS IN THAT |
| 16:12 | 2 | STEEPER SLOPING SECTION OF THE LEVEE VERSUS WHAT'S IN THE BERM. |
| 16:12 | 3 | **Q.**   HOW MANY CORE SAMPLES DID YOU LOOK AT? |
| 16:12 | 4 | **A.**   I'M TRYING TO RECALL.  I'M THINKING -- I LOOKED MOSTLY AT |
| 16:12 | 5 | THOSE AT THE LEVEE SECTIONS.  I THINK THERE WERE APPROXIMATELY |
| 16:12 | 6 | HALF A DOZEN THAT I FOUND WERE AVAILABLE FROM THE IPET REPORT. |
| 16:12 | 7 | **Q.**   SO LET'S SEE -- |
| 16:12 | 8 | **A.**   ALONG NEW ORLEANS EAST, THERE WERE A FEW MORE AVAILABLE |
| 16:12 | 9 | FROM THE IPET REPORT. |
| 16:12 | 10 | **Q.**   IF WE DO THE MATH HERE, YOU HAVE A 12 1/2-FOOT LENGTH OF |
| 16:12 | 11 | LEVEE, AND YOU USED SIX CORE SAMPLES TO DRAW AN OPINION AS TO |
| 16:13 | 12 | WHAT THE MAKEUP OF THAT 12 MILES OF LEVEE WAS; RIGHT?  THAT'S |
| 16:13 | 13 | WHAT YOU ARE TELLING THE COURT? |
| 16:13 | 14 | **A.**   YEAH.  I WISH THERE WERE MORE CORES AVAILABLE ALONG THIS |
| 16:13 | 15 | LEVEE CENTERLINE -- |
| 16:13 | 16 | **Q.**   YEAH. |
| 16:13 | 17 | **A.**   -- BUT THAT'S ALL I COULD ASCERTAIN FROM LOOKING IN THE |
| 16:13 | 18 | IPET REPORT OF WHAT WAS AVAILABLE. |
| 16:13 | 19 | **Q.**   DID YOU WALK THE LEVEE YOURSELF AFTER KATRINA? |
| 16:13 | 20 | **A.**   I HAVE NEVER WALKED THAT LEVEE.  I HAVE FLOWN OVER IT, BUT |
| 16:13 | 21 | I'VE NEVER -- |
| 16:13 | 22 | **Q.**   YOU HAVE NEVER, EVER PUT YOUR FEET ON THAT LEVEE IN |
| 16:13 | 23 | CONNECTION WITH ANY STUDY THAT YOU DID FOR THE UNITED STATES |
| 16:13 | 24 | ARMY CORPS OF ENGINEERS? |
| 16:13 | 25 | **A.**   NOT THIS PARTICULAR LEVEE.  DOWN IN PLAQUEMINES PARISH, WE |

16:13    1    DID SOME ON-THE-GROUND SURVEY --

16:13    2    **Q.**    YOU DIDN'T REACH DOWN AND PICK UP A WAD OF MATERIAL, HOLD

16:13    3    IT IN YOUR HANDS, MAKE THE ASSESSMENT OF WHETHER IT WAS CLAY OR

16:13    4    SAND OR WHATEVER; RIGHT?

16:13    5    **A.**    NO.  I THINK YOU HAVE TO BE A LITTLE CAREFUL ABOUT JUST

16:13    6    PICKING UP A WAD OF SEDIMENT.  YOU HAVE TO TRY TO UNDERSTAND

16:13    7    WHAT'S, YOU KNOW, THROUGH THE THICKNESS OF THE LEVEE.

16:13    8    CERTAINLY, SOMETHING YOU GRAB OFF THE SURFACE MAY OR MAY NOT BE

16:13    9    REPRESENTATIVE OF WHAT'S DEEP IN THE LEVEE.

16:14    10           IF YOU PICK A SAMPLE FROM AN AREA THAT'S BEEN

16:14    11    RECENTLY DEPOSITED, IT MAY OR MAY NOT REFLECT THE PROPERTIES OF

16:14    12    THE SEDIMENT IN THE CORE OF THE LEVEE.  SOME OF THE FINDS MAY

16:14    13    HAVE BEEN WINNOWED OUT DURING THE EROSION PROCESS, AND YOU MAY

16:14    14    BE LEFT WITH SOME OF THE MORE SANDY-TYPE MATERIAL.

16:14    15    **Q.**    SURE.  DR. BEA WENT TO INSPECT THAT LEVEE ON INNUMERABLE

16:14    16    OCCASIONS, DID HE NOT?

16:14    17    **A.**    I DON'T KNOW.

16:14    18    **Q.**    YOU DON'T BELIEVE THAT WALKING THE LEVEE, SEEING THE LEVEE

16:14    19    WITH YOUR OWN EYES, PICKING UP SOME OF THAT DIRT WITH YOUR OWN

16:14    20    HANDS, RUBBING IT TOGETHER IN YOUR HANDS -- THAT WOULD NOT HAVE

16:14    21    GIVEN YOU ANY INFORMATION AT ALL WHICH WOULD HAVE ALLOWED YOU

16:14    22    TO DRAW ANY CONCLUSION AS TO THE MAKEUP OF THAT LEVEE; RIGHT?

16:14    23    THAT'S YOUR TESTIMONY.

16:14    24    **A.**    I THINK YOU HAVE TO BE CAREFUL, AGAIN, WHAT YOU PICK UP

16:14    25    AND WHERE YOU PICK IT UP.

| | | |
|---|---|---|
| 16:14 | 1 | **THE COURT:**  CAN I ASK A QUESTION?  THE APPROPRIATE |
| 16:15 | 2 | SPECIFIC DISCIPLINE TO TELL YOU EXACTLY WHAT A SOIL SAMPLE IS, |
| 16:15 | 3 | DOING IT IN A SCIENTIFIC WAY, WOULD THAT BE A GEOTECHNICAL |
| 16:15 | 4 | ENGINEER, OR AM I WRONG?  JUST EDUCATE ME. |
| 16:15 | 5 | **THE WITNESS:**  I SENSE IT'S DONE IN BOTH DISCIPLINES. |
| 16:15 | 6 | MOST OF THE PEOPLE IN OUR LABORATORY WHO DO WORK ON SURFACE |
| 16:15 | 7 | EROSION OF SOIL OR SEDIMENT LIKE THIS ARE MORE HYDRAULIC |
| 16:15 | 8 | ENGINEERS.  I THINK OUR GEOTECH ENGINEERS TEND TO FOCUS MORE ON |
| 16:15 | 9 | SUBSURFACE FOUNDATIONAL ISSUES. |
| 16:15 | 10 | **THE COURT:**  THAT HELPS ME.  THANK YOU. |
| 16:15 | 11 | **BY MR. BRUNO:** |
| 16:15 | 12 | **Q.**  DID YOU LOOK AT THE GENERAL DESIGN MEMOS FOR THOSE LEVEES |
| 16:15 | 13 | SO THAT, AT LEAST, YOU MIGHT HAVE ASCERTAINED WHAT THE LEVEES |
| 16:15 | 14 | WERE SUPPOSED TO BE MADE OUT OF, MAYBE AS A START POINT? |
| 16:15 | 15 | **A.**  IT WAS MY UNDERSTANDING THAT THEY WERE DESIGNED TO EXTRACT |
| 16:15 | 16 | CLAY FROM THE APPROPRIATE STRATA IN THE MRGO TO CONSTRUCT THE |
| 16:15 | 17 | LEVEES.  SO THE INTENT WAS TO CREATE THE LEVEE OUT OF CLAY. |
| 16:16 | 18 | JUST LIKE I SAID, FROM THE LIMITED -- INSPECTION OF |
| 16:16 | 19 | THE LIMITED CORES THAT WERE AVAILABLE ALONG THE CENTERLINE, I |
| 16:16 | 20 | WOULD CONCLUDE THAT, IN GENERAL, IT WAS PRIMARILY CLAY, BUT I |
| 16:16 | 21 | DID SEE OCCASIONALLY A SMALL LENS OF SOMETHING THAT WAS MOST |
| 16:16 | 22 | LIKELY A LITTLE MORE ERODIBLE THAN CLAY.  IN ONE INSTANCE IT |
| 16:16 | 23 | WAS A FAIRLY SIGNIFICANT LAYER OF SILTY, SANDY MATERIAL. |
| 16:16 | 24 | BUT, AGAIN, THERE YOU DON'T HAVE -- IN OUR RESEARCH |
| 16:16 | 25 | AT THE LAB, WE FOUND EVEN A SMALL PERCENTAGE OF CLAY CAN MAKE |

2488

16:16   1   AN OTHERWISE PURE SAND VERY RESISTANT TO EROSION.  SO TO REALLY

16:16   2   LOOK AT ERODIBILITY, YOU HAVE TO KNOW NOT ONLY THE COMPOSITION

16:16   3   BUT HOW THE PRESENCE OF A SMALL AMOUNT OF CLAY WILL AFFECT

16:16   4   ERODIBILITY.

16:16   5        WE CERTAINLY ARE UNABLE IN ANY RELIABLE WAY TO SIMPLY

16:16   6   RELATE SOIL PROPERTIES TO ERODIBILITY.  FOR COHESIVE AND MIXED

16:17   7   SEDIMENTS, WE DEFINITELY UTILIZE FLUMES, ONE OF WHICH THAT WE

16:17   8   HAVE IS NOT UNLIKE THE FLUME THAT TEXAS A&M HAS.  YOU KNOW, WE

16:17   9   ALSO HAVE DEVELOPED AN OSCILLATORY FLOW VERSION OF THAT SAME

16:17   10  KIND OF FLUME.  SO, IN AREAS WHERE WE DO HAVE WAVES, WE CAN

16:17   11  TREAT THE SHEAR STRESS REGIME AND SOIL ERODIBILITY MUCH MORE

16:17   12  ACCURATELY.

16:17   13  **Q.**   ARE YOU DONE?  ARE YOU FINISHED?

16:17   14  **A.**   YES.

16:17   15  **Q.**   THANK YOU.  SO WE KNOW THAT THE WAY THE LEVEES WERE BUILT

16:17   16  IS THEY HYDRAULICALLY DREDGED THE BOTTOM OF THIS MRGO AND THEY

16:17   17  SPRAYED THE MATERIAL ONTO THE SIDE OF THE MRGO, AND THAT'S WHAT

16:17   18  THEY USED TO BUILD THE LEVEE; RIGHT?

16:17   19  **A.**   YEAH.  MY UNDERSTANDING WAS THAT THEY HYDRAULICALLY PLACED

16:17   20  THE DREDGED CLAY IN BETWEEN SOME CONTAINMENT DIKES AND

16:17   21  GRADUALLY BUILT THAT UP --

16:17   22  **Q.**   RIGHT.

16:17   23  **A.**   -- TO A DESIRED ELEVATION AND THEN EVENTUALLY CAME IN AND

16:18   24  SHAPED THAT FINAL STEEPER PART OF THE LEVEE WITH THE MATERIAL

16:18   25  THAT HAD BEEN PLACED IN THE CONTAINMENT AREA.

FINAL DAILY COPY

16:18   1   **Q.**   SO THEY MUST HAVE HAD A DIVER UNDER THE WATER TO DIRECT

16:18   2   THE DREDGE TO FIND WHERE THE CLAY WAS; RIGHT?  I MEAN, HOW ELSE

16:18   3   WOULD THE DREDGE GUY KNOW WHERE THE CLAY WAS?

16:18   4   **A.**   I THINK THEY HAD DONE ENOUGH CORING TO ESTABLISH AT WHAT

16:18   5   DEPTHS, WHAT DEPTH RANGES IN THE MRGO THE CLAY WAS LOCATED.

16:18   6   **Q.**   WELL, HOW COULD THEY DO THAT IF THEY ARE DREDGING?  I

16:18   7   MEAN, WALK ME THROUGH THIS.  IF YOU STICK YOUR DREDGE INTO THE

16:18   8   BOTTOM OF THE MRGO, THE DREDGE IS GOING TO SUCK UP WHATEVER THE

16:18   9   DREDGE THING IS NEXT TO; RIGHT?

16:18   10  **A.**   I THINK THROUGH A CORING, A DRILLING PROGRAM, THEY WOULD

16:18   11  HAVE ESTABLISHED WHERE IN THE CHANNEL THOSE CLAY DEPOSITS

16:18   12  RESIDED.  IF THERE WAS UNDESIRABLE MATERIAL ABOVE THEM, THEY

16:18   13  WOULD HAVE DREDGED IT AND GOT RID OF IT, AND THEN BEGAN TO

16:18   14  DREDGE IN THE DEPTH RANGE WHERE THE CLAY WAS AND DREDGED IT AND

16:18   15  PLACED IT INTO THEIR CONTAINMENT AREA.

16:18   16  **Q.**   SO YOU BELIEVE THAT THEY DID SOME CORE BORINGS ON THE

16:19   17  BOTTOM OF THE CHANNEL TO ASCERTAIN WHERE THE CLAY WAS BELOW THE

16:19   18  BOTTOM OF THE CHANNEL.  THAT'S YOUR TESTIMONY.

16:19   19  **A.**   THAT WOULD BE MY ESTIMATE OF HOW THEY ARRIVED AT KNOWING

16:19   20  WHERE IT IS.  I TALKED TO DR. MOSHER A BIT ABOUT HOW THAT WAS

16:19   21  DONE, HOW THEY MADE A DETERMINATION OF WHERE THE CLAY WAS.

16:19   22  **Q.**   ALL RIGHT.  BUT IN ORDER TO GET CLAY, YOU WOULD AGREE THAT

16:19   23  YOU HAVE TO DO SOME ASSESSMENT OF THE MATERIAL THAT YOU PULLED

16:19   24  OUT FROM THE BOTTOM OF THE MRGO BECAUSE IT'S NOT ALL CLAY;

16:19   25  RIGHT?

16:19   1   **A.**   YEAH.   THEY WOULD HAVE DONE DRILLING, TAKEN CORE LOGS DOWN

16:19   2   THROUGH THE SEDIMENT STRATA THAT ARE UNDERNEATH THE MRGO

16:19   3   CHANNEL, DONE AN ANALYSIS OF THE TYPES OF SEDIMENT THAT ARE IN

16:19   4   THAT CORE LOG, AND MADE AN ESTIMATE OF WHAT DEPTH RANGE WAS THE

16:19   5   MATERIAL THAT THEY WANTED TO USE FOR THE CONSTRUCTION OF THE

16:19   6   LEVEE.

16:19   7   **Q.**   FAIR ENOUGH.   YOU REMEMBER YOUR TESTIMONY THIS MORNING WAS

16:20   8   THAT THE MATERIALS OF CONSTRUCTION OF THE LEVEE ARE NOT

16:20   9   HOMOGENEOUS, THEY ARE HETEROGENEOUS, AND THAT'S HOW YOU

16:20   10   ACCOUNTED FOR, AT LEAST WITH REGARD TO THAT LEVEE BREAK IN

16:20   11   NEW ORLEANS EAST, THAT YOU HAD A BREAK, AND YOU HAD AREAS NEXT

16:20   12   TO THE BREAK WHERE THE LEVEES WERE PERFECTLY OKAY.   I THINK

16:20   13   YOUR TESTIMONY WAS THAT'S BECAUSE IT'S HETEROGENEOUS, NOT

16:20   14   HOMOGENEOUS, MATERIALS THAT WERE USED TO BUILD A LEVEE.   DO YOU

16:20   15   REMEMBER THAT TESTIMONY?

16:20   16   **A.**   THAT WOULD BE ONE FACTOR.   I THINK ANYTIME YOU CONSIDER

16:20   17   EROSION OF THIS LEVEE, YOU HAVE TO CONSIDER A NUMBER OF

16:20   18   FACTORS:   ONE IS THE MAGNITUDE OF LOADING, HYDRODYNAMIC

16:20   19   LOADING; THE DURATION OF HYDRODYNAMIC LOADING; THE REGIME, LIKE

16:20   20   WHETHER WE ARE IN A WAVE-BREAKING REGIME OR A NONWAVE REGIME;

16:20   21   YOU HAVE TO CONSIDER THE QUALITY OF THE TURF THAT WOULD RESIST

16:20   22   INITIAL EROSION AT THE LEVEE SURFACE; AND YOU HAVE TO CONSIDER,

16:20   23   AS YOU JUST POINTED OUT, PROPERTIES OF THE SEDIMENT BENEATH THE

16:21   24   TURF.

16:21   25   **Q.**   I'M SORRY.   I DON'T UNDERSTAND.   HOW DOES ALL THAT

16:21   1   EXTERIOR INFORMATION HELP YOU APPRECIATE WHETHER THE LEVEE IS

16:21   2   HOMOGENEOUS OR HETEROGENEOUS?  I MEAN, IT IS WHAT IT IS; ISN'T

16:21   3   THIS TRUE?

16:21   4   **A.**   YEAH.  WHAT I WOULD USE IS TO USE THE CORE LOGS ALONG THE

16:21   5   CENTERLINE THAT WERE AVAILABLE TO --

16:21   6   **Q.**   THE ONLY SURE -- YEAH.  I MEAN, WE AGREE.  THE ONLY REAL

16:21   7   SURE-FIRE WAY TO ASSESS WHAT THOSE LEVEES ARE MADE OUT OF IS TO

16:21   8   TAKE A STATISTICALLY SIGNIFICANT NUMBER OF CORE SAMPLES FOR THE

16:21   9   12 1/2 MILES.  THEN WITH THAT STATISTICALLY SIGNIFICANT SAMPLE,

16:21  10   THEN YOU COULD PROBABLY MAKE SOME CONCLUSIONS ABOUT WHAT THE

16:21  11   REACH 2 LEVEE WAS MADE OF; RIGHT?

16:21  12   **A.**   WELL, I WOULD CERTAINLY TAKE CENTERLINE CORES.  IF I

16:22  13   WANTED TO KNOW WHAT WAS IN THE MIDDLE OF A LEVEE, I WOULD LOOK

16:22  14   AT WHAT'S IN THE LEVEE --

16:22  15   **Q.**   SURE.

16:22  16   **A.**   -- NOT WHAT'S OFF TO SOME DISTANCE TO EITHER SIDE OF THE

16:22  17   LEVEE.

16:22  18   **Q.**   EXACTLY.

16:22  19   **A.**   SO I THINK CORES DOWN THE CENTERLINE ARE THE MOST RELIABLE

16:22  20   SET OF INFORMATION TO CHARACTERIZE WHAT EXACTLY IS IN THE

16:22  21   LEVEE.

16:22  22   **Q.**   THOSE SIX THAT YOU USED, WHERE WERE THEY FROM?

16:22  23   **A.**   I HAVE A CHART IN MY REPORT THAT SHOWS THE LOCATIONS.

16:22  24   **Q.**   NOW, FOR YOUR OPINIONS RELATIVE TO FRONT-SIDE WAVE ATTACK,

16:22  25   YOU USED A FORMULA THAT CAME FROM JAN WILLEM SEIJFFERT; ISN'T

16:22   1   THAT RIGHT?

16:22   2   **A.**   SEIJFFERT AND VERHEIJ WAS THE ONLY MODEL THAT I COULD FIND

16:22   3   IN THE LITERATURE THAT WOULD RELATE TURF EROSION ON THE FRONT

16:22   4   SIDE IN THE PRESENCE OF WAVE ACTION.  IT WAS DEVELOPED BASED ON

16:22   5   A LARGE-SCALE WAVE TANK TEST DONE IN THE NETHERLANDS.

16:22   6          **MR. BRUNO:**  CAN WE PLEASE PULL UP SLIDE 37.

16:23   7          **THE COURT:**  WOULD YOU MIND, SIR, IF YOU WOULD CLEAR

16:23   8   THAT ANNOTATION.

16:23   9          **THE WITNESS:**  PARDON ME?

16:23   10          **THE COURT:**  CLEAR THE ANNOTATION.

16:23   11          **THE WITNESS:**  I'M SORRY.

16:23   12          **THE COURT:**  THANK YOU.

16:23   13   **BY MR. BRUNO:**

16:23   14   **Q.**   HERE'S THE ARTICLE.  SO, MR. EBERSOLE, DID YOU READ THIS

16:23   15   ARTICLE?

16:23   16   **A.**   YES.

16:23   17   **Q.**   WHEN DID YOU READ IT FOR THE FIRST TIME?

16:23   18   **A.**   I DON'T RECALL.

16:23   19   **Q.**   IT WAS AFTER YOU GAVE YOUR DEPOSITION, ISN'T IT?

16:23   20   **A.**   NO.

16:23   21   **Q.**   WAS IT AFTER YOU WROTE YOUR REPORT?

16:23   22   **A.**   NO.

16:23   23   **Q.**   WAS IT BEFORE YOU WROTE THE REPORT?

16:23   24   **A.**   YES.

16:23   25   **Q.**   ARE YOU SURE?

16:23    1    **A.**    YES.

16:23    2    **Q.**    OKAY.

16:23    3    **A.**    IF THAT'S THE ONE THAT I REFERENCED IN MY REPORT.  I READ

16:23    4    MANY, MANY DOCUMENTS.  THE ONE THAT I REFERENCED WAS THE ONE

16:23    5    THAT HAD THE PARTICULAR GRAPHIC THAT I WAS INTERESTED IN USING

16:23    6    IN MY REPORT.

16:23    7    **Q.**    OKAY.  SO YOU KNOW THIS ARTICLE PRETTY WELL BECAUSE YOU

16:23    8    READ IT AND STUDIED IT CAREFULLY; RIGHT?

16:23    9    **A.**    FAIRLY WELL.

16:24    10   **Q.**    OKAY.  LET'S GO TO PX-1958 AT PAGE 289 SO WE CAN PAGE

16:24    11   THROUGH THIS JOURNAL ARTICLE.

16:24    12            **THE COURT:**  WE ARE AT PAGE 289 NOW.

16:24    13            **MR. BRUNO:**  BUT, JUDGE, THIS IS JUST A SLIDE.  I WANT

16:24    14   TO OPEN UP THE DOCUMENT --

16:24    15            **THE COURT:**  ALL RIGHT.

16:24    16            **MR. BRUNO:**  -- IF I MAY.

         17   **BY MR. BRUNO:**

16:24    18   **Q.**    LET'S SEE WHAT WE HAVE HERE.  THE FIRST SENTENCE SAYS:  "A

16:24    19   GRASSED CLAY DIKE REVETMENT IS ONE OF THE TYPES OF REVETMENTS

16:24    20   USED WITH THE AIM OF PREVENTING EROSION OF A DIKE BY BREAKING

16:24    21   WAVES."

16:24    22            SO THE FIRST THING WE KNOW IS THAT THIS ARTICLE IS

16:24    23   ABOUT CLAY DIKES; RIGHT?

16:24    24   **A.**    CORRECT.  IN THE NETHERLANDS THEIR DIKES ARE GENERALLY OF

16:24    25   CLAY.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:24 | 1 | **Q.**   100 PERCENT CLAY, NOT SAND.  REAL CLAY.  THE REAL DEAL. |
| 16:25 | 2 | **A.**   YEAH, YOU KNOW, CLAY CAN HAVE SAND IN IT.  IN REVIEWING |
| 16:25 | 3 | SOME OF THE DATA FROM THEIR LARGE-SCALE TANK TESTS, THEY HAD |
| 16:25 | 4 | CLAY THAT EVEN HAD AS MUCH AS 40 PERCENT SAND IN SOME OF THE |
| 16:25 | 5 | MATERIALS THEY TESTED IN THEIR FLUME.  CLAY CAN HAVE SAND IN |
| 16:25 | 6 | IT. |
| 16:25 | 7 | **Q.**   IN THIS ARTICLE, THIS REPORT, WHAT KIND OF CLAY IS IT? |
| 16:25 | 8 | **A.**   IT JUST SAYS CLAY. |
| 16:25 | 9 | **Q.**   YOU DON'T KNOW? |
| 16:25 | 10 | **A.**   NO. |
| 16:25 | 11 | **Q.**   YOU DON'T KNOW HOW MUCH SAND IS IN THIS CLAY? |
| 16:25 | 12 | **A.**   NOT FROM THIS ARTICLE.  LIKE I SAID, I HAVE LOOKED AT A |
| 16:25 | 13 | NUMBER OF THE DATA SETS IN THE VISSER THESIS THAT TALK ABOUT |
| 16:25 | 14 | EROSION DUE TO WAVES ON THE FRONT SIDE OF A CLAY LEVEE.  IN |
| 16:25 | 15 | THAT ARTICLE, THEY DO TALK ABOUT THE VARIOUS CLAYS THAT WERE |
| 16:25 | 16 | TESTED AND THE PERCENT OF SANDS THAT EACH OF THOSE CLAYS |
| 16:25 | 17 | CONTAINED. |
| 16:25 | 18 | **Q.**   THE REASON WHY THE ARTICLE DOESN'T DISCUSS THE TYPE OF |
| 16:25 | 19 | CLAY IS BECAUSE THE ARTICLE IS NOT ABOUT EROSION OF CLAY.  THE |
| 16:26 | 20 | ARTICLE IS ABOUT THE EROSION OF GRASS COVER; ISN'T THIS TRUE? |
| 16:26 | 21 | **A.**   YEAH.  AS I SAID IN MY DEPOSITION, YOU CAN'T DISTINGUISH |
| 16:26 | 22 | BETWEEN CLAY AND THE SOIL -- I'M SORRY, YOU CAN'T DISTINGUISH |
| 16:26 | 23 | BETWEEN GRASS AND THE SOIL THAT HOLDS THE ROOTS OF THE GRASS. |
| 16:26 | 24 | IT'S THE ROOTS THAT ARE HOLDING THE SOIL IN PLACE AND THE SOIL |
| 16:26 | 25 | TRYING TO HOLD THE ROOTS IN PLACE.  IT'S TURF.  TURF IS SOIL |

16:26    1    AND GRASS.

16:26    2            I THINK IN MY ANALYSIS I HAVE USED THEIR METHOD AS A

16:26    3    REPRESENTATIVE WAY TO LOOK AT THE EROSION OF GRASS-COVERED CLAY

16:26    4    LEVEES, AND I BELIEVE IT'S AN APPROPRIATE APPROACH.  I THINK

16:26    5    IT'S THE ONLY APPROACH THAT I HAVE SEEN IN THE LITERATURE FOR

16:26    6    LOOKING AT THIS PARTICULAR SUBJECT ON A CLAY LEVEE.

16:26    7    Q.   ALL RIGHT.  LET'S GO TO PAGE 290.

16:26    8            NOW, WHAT WE EVALUATE WHEN WE ARE EVALUATING THE

16:26    9    ABILITY OF A WAVE OR A FORCE TO REMOVE THE GRASS IS WE HAVE TO

16:27   10    LOOK AT THE THICKNESS OF THE SUBSTRATE; RIGHT?  THAT'S WHAT WE

16:27   11    ARE REALLY LOOKING AT, THIS AREA RIGHT HERE; ISN'T THIS TRUE?

16:27   12    A.   I THINK WE ARE LOOKING AT EVERYTHING FROM THE TOPSOIL

16:27   13    DOWN, ANYTHING THAT WOULD CONTAIN ROOTS.  YOU KNOW, I THINK ONE

16:27   14    BENEFIT OF HAVING GRASS COVER IS THE BLADES OF GRASS

16:27   15    THEMSELVES.

16:27   16            IF YOU HAVE HIGH-SPEED FLOW COMING DOWN THE BACK SIDE

16:27   17    AND THE BLADES OF GRASS WOULD LAY DOWN AND ACTUALLY FORM A

16:27   18    PROTECTIVE LAYER OVER THE UNDERLYING TOPSOIL, I THINK THAT

16:27   19    WOULD BE -- I THINK THAT'S HUGELY BENEFICIAL IN TERMS OF THE

16:27   20    ABILITY OF GRASS TO WITHSTAND THE EROSIVE EFFECTS OF FLOW.

16:27   21    Q.   WELL, THERE ARE A VARIETY OF CHARACTERISTICS OF GRASS, ARE

16:27   22    THERE NOT?

16:27   23    A.   TRUE.

16:27   24    Q.   I MEAN, THE FIRST THING WE HAVE GOT TO CONSIDER IS HOW

16:28   25    MUCH COVER DO WE HAVE WITH OUR GRASS.  I MEAN, ALL OF US HAVE

FINAL DAILY COPY

16:28    1   EXPERIENCED OUR LAWN WHERE WE HAVE NO GRASS AND SOME GRASS,

16:28    2   PATCHINESS, IF YOU WILL; RIGHT?  THAT'S REFERRED TO AS GRASS

16:28    3   COVER; ISN'T THAT TRUE?

16:28    4   A.    I BELIEVE SO.

16:28    5   Q.    GRASS COVER.  THE SECOND THING WE HAVE TO LOOK AT IS THE

16:28    6   TYPE OF THE GRASS; RIGHT?

16:28    7   A.    YEAH.  I DON'T SENSE THE METHODS THAT WE HAVE AVAILABLE

16:28    8   TODAY, INCLUDING THIS ONE, HAVE BEEN DEFINED WITH ENOUGH

16:28    9   SENSITIVITY TO THE TYPE OF THE GRASS.

16:28   10   Q.    ALL RIGHT.

16:28   11   A.    WE ARE SO DATA-POOR IN THIS PARTICULAR AREA THAT ALL OF

16:28   12   OUR PREDICTIVE METHODS AT THE CURRENT TIME ARE BASED ON VERY

16:28   13   SMALL SETS OF DATA UNDER A VERY SMALL SUBSET OF CONDITIONS.

16:28   14   Q.    WE ALSO HAVE TO LOOK AT THE ROOT DECK AND HOW TIGHTLY

16:28   15   WOVEN THE ROOTS ARE, BECAUSE THAT IS GOING TO REALLY IMPACT THE

16:28   16   ABILITY OF THAT GRASS TO KEEP THE WATER OR THE ATTACK FROM

16:29   17   REMOVING IT; ISN'T THIS TRUE?

16:29   18   A.    YEAH, BUT I CAN FIND NO DATA ALONG THESE LEVEES ALONG

16:29   19   REACH 2 WITH INFORMATION ABOUT THE ROOT DENSITY AND THINGS LIKE

16:29   20   THAT.

16:29   21   Q.    IT'S IN THIS ARTICLE.

16:29   22   A.    NO.  I SAID ALONG THE REACH 2 LEVEES.

16:29   23   Q.    OKAY.  ALL RIGHT.  BUT WE HAVE INFORMATION ABOUT DENSITY

16:29   24   IN THIS ARTICLE; RIGHT?

16:29   25   A.    I THINK THE METHOD THAT I SAW IN HERE IS SOLELY A FUNCTION

| | | |
|---|---|---|
| 16:29 | 1 | OF GRASS COVER TYPE.  THE METHOD THAT I USED RELATES THE |
| 16:29 | 2 | VERTICAL EROSION RATE TO A MEASURE OF GRASS COVER AND THE |
| 16:29 | 3 | INCIDENT WAVE HEIGHT ONLY.  THOSE WERE THE TWO PARAMETERS. |
| 16:29 | 4 | **MR. BRUNO:**  MAY I SHOW THAT ON THE BOARD, JUDGE, SO |
| 16:29 | 5 | WE CAN FOLLOW THIS? |
| 16:29 | 6 | **THE COURT:**  YES, YOU MAY. |
| 16:29 | 7 | **MR. BRUNO:**  WE WANT TO MAKE SURE WE UNDERSTAND |
| 16:29 | 8 | VERTICAL AND WHAT WE ARE DOING HERE BECAUSE THIS IS CRITICAL. |
| 16:29 | 9 | **BY MR. BRUNO:** |
| 16:30 | 10 | **Q.**   LEVEE; IS THAT RIGHT? |
| 16:30 | 11 | **A.**   IT WOULD BE THE EROSION RATE PERPENDICULAR TO THE LEVEE |
| 16:30 | 12 | SURFACE.  THAT'S WHAT THE METHOD CALCULATES.  IT'S THE EROSION |
| 16:30 | 13 | RATE PERPENDICULAR TO THE LEVEE SURFACE. |
| 16:30 | 14 | **Q.**   SO YOU'RE GETTING A DEPTH; RIGHT? |
| 16:30 | 15 | **A.**   THE MODEL IS FORMULATED AS A RATE OF EROSION. |
| 16:30 | 16 | **Q.**   RIGHT. |
| 16:30 | 17 | **A.**   SO YOU WOULD GET A DEPTH IF YOU MULTIPLIED BY SOME TIME |
| 16:30 | 18 | INTERVAL. |
| 16:30 | 19 | **Q.**   LET'S DO IT THIS WAY.  OUR ATTACK IS IN THE DIRECTION OF |
| 16:30 | 20 | THE ARROW.  THAT'S THE WAVE FORCES.  THEY'RE STRIKING THE |
| 16:30 | 21 | LEVEE. |
| 16:30 | 22 | **A.**   CERTAINLY NOT IN DR. BEA'S MODEL.  HIS ONLY METHOD IS |
| 16:30 | 23 | VELOCITIES MOVING BACK AND FORTH TANGENTIALLY.  I THINK THAT'S |
| 16:30 | 24 | ONE OF THE FLAWS IN HIS MODEL, THAT IT DOESN'T ACCOUNT FOR ONE |
| 16:30 | 25 | OF THE KEY PHYSICAL MECHANISMS BY WHICH THE TURF IS DAMAGED, |

| | | |
|---|---|---|
| 16:30 | 1 | WHICH WOULD BE BREAKING WAVES IMPACTING NORMALLY TO THE |
| 16:31 | 2 | SURFACE, AS YOU HAVE DRAWN THAT.  HIS MODEL ONLY CONSIDERS THE |
| 16:31 | 3 | BACK-AND-FORTH VELOCITIES MOVING PARALLEL TO THE SURFACE OF THE |
| 16:31 | 4 | LEVEE. |
| 16:31 | 5 | **Q.**   CAN I PLEASE LEARN WHAT YOU DID? |
| 16:31 | 6 | **A.**   I USED THEIR METHOD, WHICH I THINK INHERENTLY -- |
| 16:31 | 7 | **Q.**   WHICH DOES WHAT? |
| 16:31 | 8 | **A.**   -- INCLUDES THAT PROCESS. |
| 16:31 | 9 | **Q.**   FINE.  I'M JUST TRYING TO GET THROUGH THIS. |
| 16:31 | 10 | **A.**   SURE.  THEIRS IS A VERY EMPIRICAL METHOD. |
| 16:31 | 11 | **Q.**   THEIRS IS WE HAVE ATTACK PERPENDICULAR TO THE SURFACE. |
| 16:31 | 12 | **A.**   IT COULD BE PERPENDICULAR.  IT COULD BE MORE OF A GLANCING |
| 16:31 | 13 | ANGLE DUE TO A PLUNGING BREAKING WAVE.  I THINK THE |
| 16:31 | 14 | BACK-AND-FORTH MOTION OF THE VELOCITY IS ALSO A CONTRIBUTING |
| 16:31 | 15 | FACTOR. |
| 16:31 | 16 | **Q.**   THE MEASURE IS HOW DEEP DOES THIS PLUNGING ACTION GO INTO |
| 16:31 | 17 | THE SURFACE OF THE SOIL.  IT'S A DEPTH MEASUREMENT. |
| 16:31 | 18 | **A.**   NO, NOT AT ALL. |
| 16:31 | 19 | **Q.**   REALLY? |
| 16:31 | 20 | **A.**   NO.  IT'S SIMPLY A VERTICAL EROSION RATE.  IT'S ONLY |
| 16:31 | 21 | RELATED TO THE WAVE HEIGHT AND IT'S ONLY RELATED TO -- |
| 16:32 | 22 | **Q.**   VERTICAL.  SO HOW DEEP DOES IT ERODE?  HOW DEEP -- |
| 16:32 | 23 | **THE COURT:**  WHEN YOU SAY A VERTICAL EROSION RATE, LET |
| 16:32 | 24 | ME TELL YOU WHAT THAT IMPLIES TO ME, SITTING OVER HERE, SOMEONE |
| 16:32 | 25 | WHO MAY BE ON A DIFFERENT FREQUENCY THAN EACH OF YOU ARE ON. |

16:32    1   SO I NEED TO GET ON THE RIGHT FREQUENCY, WHICH IS IMPORTANT.

16:32    2   VERTICAL IS TOP TO BOTTOM OR BOTTOM TO TOP.

16:32    3          MR. BRUNO:  THAT'S THE WAY I READ IT.  THAT'S THE WAY

16:32    4   I READ IT TOO, JUDGE.

16:32    5          THE WITNESS:  WHEN I'M USING "VERTICAL," I GUESS I'M

16:32    6   USING THE -- PERPENDICULAR TO THE LEVEE SURFACE.

16:32    7          THE COURT:  I SEE.  SO WHEN YOU SAY "PERPENDICULAR TO

16:32    8   THE LEVEE SURFACE," WHEN, OSTENSIBLY, THE WAVE HITS THE LEVEE

16:32    9   SURFACE, THE EROSION IS DOING WHAT?  I'M TRYING TO UNDERSTAND.

16:32   10          THE WITNESS:  IT'S ERODING DOWN PERPENDICULAR TO THE

16:32   11   LEVEE SURFACE.

16:32   12          THE COURT:  SO THAT WOULD BE VERTICAL BUT

16:32   13   PERPENDICULAR?

16:32   14          THE WITNESS:  YEAH.  IF YOU HAD A HORIZONTAL LEVEE

16:33   15   SURFACE, IT WOULD BE VERTICAL.  IF I HAD A TILTING LEVEE

16:33   16   SURFACE, IT WOULD BE NOT QUITE VERTICAL BUT PERPENDICULAR TO

16:33   17   THE LEVEE SURFACE.

23:59   18   BY MR. BRUNO:

16:33   19   Q.   I AM THOROUGHLY CONFUSED.  WHEN YOU HAVE WAVE ATTACK, IF

16:33   20   YOU HAVE WAVE ATTACK, IT EATS A HOLE IN THE SURFACE OF THE

16:33   21   LEVEE; RIGHT?

16:33   22   A.   CORRECT.

16:33   23   Q.   SO ONE WOULD THINK THAT ONE WOULD MEASURE THE DEPTH OF THE

16:33   24   HOLE; RIGHT?

16:33   25   A.   THE WAY THE MODEL IS FORMULATED, IT'S A DEPTH -- IT IS A

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:33 | 1 | DEPTH OF EROSION -- IT'S A RATE OF EROSION.  SO IT WOULD BE |
| 16:33 | 2 | DEPTH DIVIDED BY TIME. |
| 16:33 | 3 | **Q.**   WELL, IT'S A RATE.  WELL, IT ALSO GIVES YOU DEPTH TOO. |
| 16:33 | 4 | **A.**   IF YOU INTEGRATE OVER TIME. |
| 16:33 | 5 | **Q.**   WELL, BUT THE POINT IS WE ARE STILL GOING IN THIS |
| 16:33 | 6 | DIRECTION.  WE ARE NOT GOING IN THIS DIRECTION.  "THIS," FOR |
| 16:33 | 7 | THE RECORD, SO THE RECORD IS NOT TERRIBLY CONVOLUTED, WE ARE |
| 16:33 | 8 | MEASURING HOW DEEP OF A HOLE WE GET.  WE ARE NOT MEASURING HOW |
| 16:33 | 9 | MUCH ALONG THE SURFACE OF THE LEVEE WE ARE REMOVING GRASS. |
| 16:34 | 10 | **A.**   CORRECT.  WITH THEIR METHOD. |
| 16:34 | 11 | **Q.**   SO IT'S THE DEPTH. |
| 16:34 | 12 | **A.**   THE WAY THE MODEL IS CROUCHED, IT'S AN EROSION RATE:  HOW |
| 16:34 | 13 | MUCH DEPTH PER TIME, PER UNIT TIME. |
| 16:34 | 14 | **Q.**   ALL RIGHT.  SO LET'S TAKE A TIME.  TWO MINUTES WILL GIVE |
| 16:34 | 15 | YOU SO MUCH DEPTH. |
| 16:34 | 16 | **A.**   CORRECT. |
| 16:34 | 17 | **Q.**   ALL RIGHT.  SO IF WE PICK AN HOUR -- |
| 16:34 | 18 | **THE COURT:**  IT MIGHT BE HELPFUL IF YOU WOULD DRAW THE |
| 16:34 | 19 | LEVEE AS IT'S ACTUALLY CONFIGURED. |
| 16:34 | 20 | **MR. BRUNO:**  I TRIED THAT.  I WILL DO IT AGAIN.  WE |
| 16:34 | 21 | BETTER DO THIS TO SAVE IT.  LET'S DO IT TO SAVE IT, THOUGH, |
| 16:34 | 22 | JUDGE, JUST FOR ALL OF OUR BENEFIT. |
| 16:34 | 23 | **THE COURT:**  I UNDERSTAND WE ARE ON A GRASS LIFTOFF |
| 16:34 | 24 | AREA. |
| 16:34 | 25 | **MR. BRUNO:**  OH, YEAH.  THIS IS IMPORTANT. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:35 | 1 | **BY MR. BRUNO:** |
| 16:35 | 2 | **Q.**   THIS IS GOING TO BE EBERSOLE 2170.  SO WE HAVE OUR LEVEE |
| 16:35 | 3 | AND WE HAVE OUR WAVE ATTACK. |
| 16:35 | 4 | **A.**   YEAH.  I MEAN, THAT WAVE ATTACK COULD BE AT AN ANGLE ALSO. |
| 16:35 | 5 | IT'S PROBABLY NOT VERTICAL.  IF YOU HAVE BEEN ON A BEACH AND |
| 16:35 | 6 | OBSERVED THE PLUNGING BREAKERS, YOU KNOW IT'S NOT -- |
| 16:35 | 7 | **Q.**   IS THAT FAIR? |
| 16:35 | 8 | **A.**   FAIR ENOUGH. |
| 16:35 | 9 | **Q.**   I THINK YOU HAVE TESTIFIED THAT WHAT'S HAPPENING ON THE |
| 16:35 | 10 | FRONT SIDE OF THIS LEVEE AS A WAVE HITS IT IS IT -- I MEAN, |
| 16:35 | 11 | THERE'S ALL KIND OF SWIRLING AND ALL KINDS OF MOTION GOING ON |
| 16:35 | 12 | THERE.  I MEAN, IT'S VERY ACTIVE.  IT'S A VERY ACTIVE |
| 16:35 | 13 | ENVIRONMENT. |
| 16:35 | 14 |     IN FACT, WE EVEN HAVE A MOVIE, WHICH WE WILL SHOW IN |
| 16:35 | 15 | A MINUTE, THAT YOU HAVE THAT SHOWS WHAT'S HAPPENING. |
| 16:35 | 16 |     **THE COURT:**  ASK A QUESTION, MR. BRUNO. |
| 16:36 | 17 |     **MR. BRUNO:**  OKAY.  SORRY.  I GOT WOUND UP IN ALL |
| 16:36 | 18 | THAT. |
| 16:36 | 19 | **BY MR. BRUNO:** |
| 16:36 | 20 | **Q.**   THE SWIRLING -- |
| 16:36 | 21 |     **THE COURT:**  IT'S A LOVELY STORY.  YOUR GESTICULATIONS |
| 16:36 | 22 | WERE INTERESTING. |
| 16:36 | 23 |     **MR. BRUNO:**  THANK YOU FOR YOUR PATIENCE, JUDGE, I |
| 16:36 | 24 | MUST SAY. |
| 16:36 | 25 |     **MR. O'DONNELL:**  IT'S ANOTHER FORM OF LIFTOFF. |

2502

16:36    1    **BY MR. BRUNO:**

16:36    2    **Q.**    SO THIS MIGHT CAUSE A HOLE.  I'M GOING TO PUT "HOLE."  THE

16:36    3    WAVES SOMETIMES, IF THEY ARE STRONG ENOUGH OR IF THEY HAVE

16:36    4    ENOUGH FORCE, WILL CAUSE THE TURF TO BE REMOVED AND WILL

16:36    5    ACTUALLY CAUSE A POCKMARK, IF YOU WILL, IN THE SURFACE OF THE

16:36    6    LEVEE; ISN'T THAT CORRECT?

16:36    7    **A.**    CORRECT.

16:36    8    **Q.**    OKAY.  WHAT WE DO TO MEASURE, WE MEASURE -- WE HAVE A RATE

16:36    9    OF EROSION.  IF WE HAVE TIME, WE KNOW HOW DEEP THAT HOLE IS

16:36    10   GOING TO BE; CORRECT?

16:36    11   **A.**    CORRECT.

16:37    12   **Q.**    NOW, FOR THIS THING TO WORK, WE NEED TO KNOW WHAT KIND OF

16:37    13   GRASS WE HAVE.

16:37    14           **THE COURT:**  WE ARE STILL TALKING ABOUT THE ARTICLE

16:37    15   WHERE THESE --

16:37    16           **MR. BRUNO:**  YES.  THERE WE GO.  HERE'S OUR ARTICLE

16:37    17   AGAIN.

16:37    18           **THE COURT:**  RIGHT.

16:37    19   **BY MR. BRUNO:**

16:37    20   **Q.**    IN THE CONTEXT OF THIS ARTICLE, RATHER THAN LEARNING

16:37    21   WHETHER IT'S BERMUDA GRASS OR ST. AUGUSTINE GRASS, WHAT WE LOOK

16:37    22   AT IN THIS ARTICLE IS WE LOOK AT THE DEPTH OF THE ROOT SYSTEM,

16:37    23   DON'T WE?

16:37    24   **A.**    NO.  THEY DON'T HAVE ENOUGH DATA TO REFINE THE METHOD.

16:37    25   THE ONLY THING THAT THEY RELATE THE EROSION RATE TO IS THE

2503

| | | |
|---|---|---|
| 16:37 | 1 | COVER. |
| 16:37 | 2 | **Q.**   WE HAVE ALREADY DECIDED THAT COVER HAS NOTHING TO DO WITH |
| 16:37 | 3 | THE DEPTH OF THE ROOTS.  WHAT THAT DESCRIBED IS, WHEN YOU LOOK |
| 16:37 | 4 | DOWN, YOU'RE SEEING -- LET'S SAY WALL-TO-WALL GRASS WOULD BE |
| 16:37 | 5 | REALLY GOOD COVER, AND THEN POOR GRASS WOULD BE BIG -- PLACES |
| 16:38 | 6 | ON THE GROUND WHERE THERE'S NO GRASS, THAT WOULD BE POOR; |
| 16:38 | 7 | RIGHT? |
| 16:38 | 8 | **A.**   THEY RELIED ON SOME ACTUAL TEST DATA, AND THEY |
| 16:38 | 9 | CHARACTERIZED THE CONDITIONS FOR EACH OF THOSE TESTS.  THE |
| 16:38 | 10 | COVER LOOKED TO BE CERTAINLY AN IMPORTANT FACTOR.  I FORGET |
| 16:38 | 11 | WHAT THE EXACT CATEGORIES THEY USED, GOOD AND POOR AND -- |
| 16:38 | 12 | **THE COURT:**  MODERATE? |
| 16:38 | 13 | **THE WITNESS:**  I FORGET.  TURF QUALITY. |
| 16:38 | 14 | **MR. BRUNO:**  THERE'S THREE.  WE'LL GET THERE.  I MOVE |
| 16:38 | 15 | FOR INTRODUCTION OF EBERSOLE 2170. |
| 16:38 | 16 | **MR. MITSCH:**  NO OBJECTION, YOUR HONOR. |
| 16:38 | 17 | **THE COURT:**  LET IT BE ADMITTED. |
| 16:38 | 18 | **THE WITNESS:**  I DON'T KNOW IF THEY FACTORED ROOTS |
| 16:38 | 19 | INTO THE MEASURE OF QUALITY OR WHETHER IT WAS MORE OF A COVER. |
| 23:59 | 20 | **BY MR. BRUNO:** |
| 16:38 | 21 | **Q.**   WE'LL SHOW YOU THAT IN A MINUTE.  LET'S GO TO THE BOTTOM |
| 16:38 | 22 | OF 290 JUST WHILE WE ARE IN THE ARTICLE BECAUSE IT'S EASIER FOR |
| 16:39 | 23 | ME TO JUST FOLLOW IT LOGICALLY. |
| 16:39 | 24 | WE SEE HERE THAT "GRASS COVERS CAN RESIST" -- DO YOU |
| 16:39 | 25 | SEE THIS LAST SENTENCE? |

16:39    1              THE COURT:  POINT IT OUT.

16:39    2    BY MR. BRUNO:

16:39    3    Q.   THE LAST SENTENCE.

16:39    4              THE COURT:  "GRASS COVERS...."

16:39    5    BY MR. BRUNO:

16:39    6    Q.   RIGHT HERE.  "GRASS COVERS CAN RESIST FLOW VELOCITIES OF

16:39    7    UP TO 2 METERS PER SECOND WITHOUT ANY PROBLEM."

16:39    8    A.   THAT WOULD BE NOT FOR WAVE CONDITIONS PRESENT.

16:39    9    Q.   I UNDERSTAND.

16:39   10    A.   THIS IS JUST STEADY FLOW, NOT INVOLVING ANY WAVE ACTION.

16:39   11              THE COURT:  YOU'RE TALKING ABOUT CURRENT MORE THAN --

16:39   12              THE WITNESS:  YEAH.  THIS WOULD BE NOTHING LIKE THE

16:39   13    SITUATION THAT EXISTED ON THE FRONT SIDE OF THE LEVEE.

16:39   14              THE COURT:  I UNDERSTAND.

16:39   15    BY MR. BRUNO:

16:39   16    Q.   I AGREE, BUT THIS IS A PIECE OF INFORMATION THAT I JUST

16:39   17    WANT TO PLUG INTO OUR MEMORY BANKS.  SO 2 METERS PER SECOND IS

16:39   18    WHAT, 6.4 FEET PER SECOND?

16:39   19    A.   CLOSER TO 6.6.

16:39   20    Q.   6.6.  OKAY.  SO WE KNOW 6.6 FEET PER SECOND, GRASS COVER

16:40   21    IS NOT GOING AWAY IF THE WATER IS FLOWING OVER THAT GRASS?

16:40   22    A.   WITH NO WAVE ACTION.

16:40   23    Q.   RIGHT.  JUST SO WE CAN KIND OF PUT THIS IN PERSPECTIVE, IF

16:40   24    THE WATER IS FLOWING OVER THE TOP OF THE LEVEE FROM SURGE

16:40   25    OVERTOPPING ONLY, WE KNOW THAT IT CAN FLOW AS FAST AS -- WHAT

16:40  1   DID YOU SAY, 6.6?

16:40  2   **A.**   6.6.

16:40  3   **Q.**   IT CAN FLOW 6.6 FEET PER SECOND AND THERE WON'T BE ANY

16:40  4   DAMAGE TO THE GRASS COVER; RIGHT?

16:40  5   **A.**   NO, I DON'T THINK SO.  IT'S MY OPINION THAT THE CONDITIONS

16:40  6   ON THE BACK SIDE OF THIS LEVEE WERE MUCH MORE TURBULENT.  THEY

16:40  7   INVOLVED WAVES PASSING OVER THE TOP OF THE LEVEE.  I BELIEVE

16:40  8   THAT THE WORK BY HEWLETT WOULD PROBABLY OVERSTATE THE ABILITY

16:40  9   OF GRASS TO WITHSTAND LOADING ON THE BACK SIDE.

16:40  10  **Q.**   OKAY.

16:40  11  **A.**   I THINK THE GRASS COVER WILL TEND TO ERODE MORE READILY

16:40  12  THAN THE INFORMATION FOLKS HAVE DEVELOPED BASED ON STEADY FLOW

16:40  13  AND GRASS-LINED CHANNELS.  I THINK IT'S A MUCH HIGHER ENERGY,

16:41  14  MORE TURBULENT REGIME ON THE BACK SIDE OF THE LEVEE.

16:41  15  **Q.**   WELL, IN FAIRNESS TO MR. HEWLETT, NOBODY SAID ANYTHING

16:41  16  ABOUT TURBULENCE.  WE ARE TALKING ABOUT FLOW.

16:41  17          SPECIFICALLY, MR. EBERSOLE, I ASKED YOU ABOUT SURGE

16:41  18  OVERTOPPING AND/OR FLOW.  I DIDN'T PUT WAVES IN MY QUESTIONS;

16:41  19  YOU PUT WAVES IN THE ANSWER.  SO I'LL ASK IT ONE MORE TIME.

16:41  20  **A.**   THERE WERE ALWAYS WAVES COMING OVER THE TOP OF THE --

16:41  21          **THE COURT:**  WAIT A MINUTE.  THE FIRST QUESTION --

16:41  22  HOLD ON.  THE FIRST QUESTION ABOUT THE 6.6 WAS ASSUMING NO

16:41  23  WAVES.

16:41  24          **MR. BRUNO:**  RIGHT.

16:41  25          **THE COURT:**  SO RIGHT NOW THE COURT IS ASSUMING NO

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:41 | 1 | WAVES. |
| 16:41 | 2 | **MR. BRUNO:**  NO WAVES. |
| 16:41 | 3 | **THE COURT:**  WHATEVER RELEVANCE IT HAS. |
| 16:41 | 4 | **MR. BRUNO:**  EXACTLY.  WHATEVER RELEVANCE IT HAS. |
| 16:41 | 5 | **THE COURT:**  IF WE ARE GOING TO WAVES, I NEED TO KNOW. |
| 16:41 | 6 | I DON'T KNOW WHAT RELEVANCE IT HAS BECAUSE THERE WERE WAVES. |
| 16:41 | 7 | I'M SURE WE ARE BUILDING TO SOMETHING. |
| 16:41 | 8 | **MR. BRUNO:**  IT WILL DEFINITELY BUILD.  I JUST WANT TO |
| 16:41 | 9 | SEE IF WE AGREE THAT, WITHOUT WAVES, JUST PURE FLOW -- |
| 16:41 | 10 | **THE COURT:**  WITHOUT WAVES.  IN OTHER WORDS, AN |
| 16:41 | 11 | OVERFLOW OF 6.6 FEET PER SECOND WITHOUT WAVES. |
| 16:42 | 12 | **BY MR. BRUNO:** |
| 16:42 | 13 | **Q.**   GRASS WON'T ERODE; ISN'T THAT RIGHT? |
| 16:42 | 14 | **A.**   I AGREE, BUT IT'S IRRELEVANT TO THE SITUATION ALONG |
| 16:42 | 15 | REACH2, BECAUSE THERE WERE ALWAYS WAVES COMING DOWN THE BACK |
| 16:42 | 16 | SIDE. |
| 16:42 | 17 | **Q.**   RIGHT.  ONCE AGAIN, WE HAVE ESTABLISHED WITHOUT QUESTION |
| 16:42 | 18 | THAT WAVES ARE WHAT'S CRITICAL IN THIS CASE.  WAVES, NOT JUST |
| 16:42 | 19 | THIS LAZY FLOWING OVERFLOW FROM SURGE.  IT'S ABOUT WAVES; ISN'T |
| 16:42 | 20 | THAT TRUE? |
| 16:42 | 21 | **A.**   BOTH.  BOTH OVERFLOW AND WAVE OVERFLOW. |
| 16:42 | 22 | **Q.**   WELL, LET'S GO TO THE NEXT PAGE, 291.  NOW, WE HAVE A |
| 16:42 | 23 | DESCRIPTION OF THE STRUCTURE OF THE TURF.  IT SAYS: |
| 16:42 | 24 | "THE PHYSICAL BEHAVIOR OF THE TURF DIFFERS |
| 16:42 | 25 | ESSENTIALLY FROM THAT OF THE ORIGINAL CLAY APPLIED AS SOIL.  DE |

16:42    1   TURF FORMS SLOWLY (YEARS) UNDER THE INFLUENCE OF PLANT ROOTS

16:42    2   AND A NUMBER OF BIOLOGICAL PROCESSES.  THE NETWORK OF ROOTS

16:43    3   (TURF MATRIX) IS IMPORTANT FOR KEEPING THE SOIL TOGETHER, BUT

16:43    4   AT LEAST AS IMPORTANT IS THE STRUCTURE OF THE SOIL IN BETWEEN

16:43    5   THE ROOTS."

16:43    6           SO NOT ONLY GRASS IS IMPORTANT, BUT WE HAVE GOT TO

16:43    7   KNOW WHAT THE GRASS IS GROWING IN IN ORDER FOR US TO UNDERSTAND

16:43    8   THE IMPORT AND THE MEANING OF THIS FORMULA THAT WE ARE ABOUT TO

16:43    9   GET INTO; CORRECT?

16:43   10   A.   COULD YOU REPEAT THAT.

16:43   11   Q.   NOT ONLY THE GRASS, BUT THE NATURE OF THE SOIL IS

16:43   12   IMPORTANT FOR US TO UNDERSTAND HOW TO USE THIS FORMULA; ISN'T

16:43   13   THAT TRUE?

16:43   14   A.   WELL, THIS FORMULA DOESN'T HAVE SOIL TYPE IN IT.  IT'S

16:43   15   SOLELY -- AS I SAID, THE DATA ARE SO SPARSE, SO LIMITED RIGHT

16:43   16   NOW THAT THE FORMULA IS NOT THAT REFINED.  IT DOESN'T

16:43   17   DISTINGUISH THE TYPE OF SOIL.  SIMPLY GRASS COVER AND THE

16:43   18   RELATIONSHIP -- THE ONLY THINGS THAT GO INTO THE FORMULA ARE

16:43   19   INCIDENT WAVE HEIGHT AND A MEASURE OF THE GRASS COVER.  THEY'RE

16:44   20   NOT REFINED ENOUGH TO CONSIDER SOIL TYPE.

16:44   21   Q.   LET'S GO BACK TO PAGE 291.

16:44   22   A.   I THINK WE ALL WOULD AGREE THAT THAT SHOULD BE AN

16:44   23   IMPORTANT VARIABLE, BUT IT'S NOT CONSIDERED IN THE METHODS THAT

16:44   24   ARE AVAILABLE TO US AT PRESENT.

16:44   25   Q.   SURE.  WE HAVE TO UNDERSTAND THAT, WITHOUT HAVING THOSE

FINAL DAILY COPY

16:44   1   VARIABLES, WE HAVE TO BE VERY CAREFUL ABOUT HOW WE APPLY THESE

16:44   2   FORMULAS TO OUR LEVEE NEXT TO THE MRGO, NOT KNOWING A WHOLE LOT

16:44   3   ABOUT WHAT THOSE SOILS TRULY ARE AND NOT KNOWING A WHOLE LOT

16:44   4   ABOUT WHAT THE GRASS TRULY WAS LIKE BEFORE KATRINA; ISN'T THIS

16:44   5   TRUE?

16:44   6   A.   WELL, WE HAVE LIMITED INFORMATION.

16:44   7   Q.   THANK YOU.

16:44   8   A.   WHAT WE KNOW IS THAT IT'S A GRASS-COVERED CLAY LEVEE OUT

16:44   9   THERE, BY AND LARGE.

16:44   10   Q.   LET'S SEE.  LET'S GO HERE.  "UNDER BREAKING WAVES, THE

16:44   11   SWARD (THE ABOVEGROUND COMPONENTS OF PLANT GROWTH)" --

16:44   12       THE COURT:  I HAVE NOW LEARNED SOMETHING.

16:45   13       MR. BRUNO:  IT WILL BE LIKE MY JESUIT PROFESSOR TOLD

16:45   14   ME, USE THAT WORD FOUR TIMES THIS WEEK, YOUR HONOR.

16:45   15   BY MR. BRUNO:

16:45   16   Q.   "UNDER BREAKING WAVES, THE SWARD (THE ABOVEGROUND

16:45   17   COMPONENTS OF PLANT GROWTH) ONLY STANDS A LIMITED TIME.  IT IS

16:45   18   THE TURF (THE TOP LAYER OF SOIL WITH A DENSE NET OF ROOTS) THAT

16:45   19   IN STRONG GRASS MATS WITHSTANDS THE HYDRAULIC LOADING DURING A

16:45   20   LONG PERIOD.  THIS LAYER IS 5 TO 15 CENTIMETERS THICK."

16:45   21       THAT'S WHAT THEY ARE THINKING ABOUT.

16:45   22       THE COURT:  EXCUSE ME.  THIS LAYER, THAT'S -- ASK THE

16:45   23   WITNESS.

16:45   24       THE WITNESS:  IT'S 2 TO 6 INCHES, ROUGHLY.

        25

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:45 | 1 | **BY MR. BRUNO:** |
| 16:45 | 2 | **Q.**   THE LAYER THEY ARE REFERRING TO -- LET'S GO BACK A PAGE, |
| 16:45 | 3 | SO WE ARE CLEAR ON THIS, 290.  THE LAYER THEY ARE TALKING ABOUT |
| 16:45 | 4 | IS RIGHT THERE.  THAT'S WHAT THEY CALL THE SUBSTRATE; RIGHT? |
| 16:46 | 5 | ISN'T THAT WHAT THEY ARE TALKING ABOUT, MR. EBERSOLE? |
| 16:46 | 6 | **A.**   IS THAT WHAT THEY ARE REFERRING TO IN THAT PREVIOUS -- |
| 16:46 | 7 | **Q.**   RIGHT. |
| 16:46 | 8 | **A.**   I HEARD THE WORD *SWARD*. |
| 16:46 | 9 | **Q.**   THE SWARD IS THIS PART.  IT'S THE PART ABOVE THE GROUND. |
| 16:46 | 10 | **A.**   RIGHT. |
| 16:46 | 11 | **Q.**   STUBBLE IS BETWEEN THE TURF AND THE TOPSOIL. |
| 16:46 | 12 | **A.**   YEAH, I WOULD AGREE.  I THINK THEY ARE DISCUSSING -- THE |
| 16:46 | 13 | TURF IS IN THAT -- |
| 16:46 | 14 | **Q.**   SUBSTRATE. |
| 16:46 | 15 | **A.**   -- 2 TO 6-INCH RANGE WITHIN THE SURFACE. |
| 16:46 | 16 | **Q.**   2 TO 6 INCHES.  THAT'S GREAT.  WE ARE MAKING GOOD PROGRESS |
| 16:46 | 17 | HERE.  NEXT PAGE. |
| 16:46 | 18 |          NOW, WHILE WE ARE HERE, WE HAVE THIS CHART.  LET'S |
| 16:46 | 19 | SEE IF WE CAN UNDERSTAND THAT THING.  THIS IS LIMITING |
| 16:46 | 20 | VELOCITIES FOR PLAIN GRASS. |
| 16:46 | 21 |          **THE COURT:**  I THINK WE HAVE SEEN THAT WHEN |
| 16:46 | 22 | MR. EBERSOLE TESTIFIED. |
| 16:46 | 23 |          **MR. BRUNO:**  WE SURE HAVE. |
| 16:46 | 24 |          **THE COURT:**  HOW COULD I FORGET. |
| | 25 | |

16:46    1    **BY MR. BRUNO:**

16:46    2    **Q.**   WE ARE TALKING ABOUT FLOWS HERE; RIGHT, MR. EBERSOLE?

16:46    3    FLOWING WATER, NOT WAVE ACTION.  THIS IS FLOWING OVER THE

16:46    4    GRASS.

16:46    5    **A.**   IS THIS FROM THE HEWLETT OR THE -- CAN YOU TELL ME WHAT

16:47    6    THE REFERENCE IS FOR THIS?

16:47    7        **THE COURT:**  YOU TALKED ABOUT IT A GOOD DEAL, IF I

16:47    8    RECALL.

16:47    9        **THE WITNESS:**  IT LOOKS LIKE HEWLETT'S CURVES, BUT I

16:47   10    DON'T WANT TO BE --

23:59   11    **BY MR. BRUNO:**

16:47   12    **Q.**   WE CAN SHOW IT TO YOU.  PAGE 290, IT SAYS, "HEWLETT, 1985,

16:47   13    PUBLISHED A DESIGN GRAPH FOR THE MAXIMUM PERMISSIBLE FLOW

16:47   14    DURATION," AND THAT'S WHAT IT IS.  THIS IS THE MAXIMUM

16:47   15    PERMISSIBLE; RIGHT?

16:47   16    **A.**   YEAH.  I USED THE '87, AND I DON'T KNOW IF THEY ARE

16:47   17    DIFFERENT OR THE SAME.

16:47   18    **Q.**   FAIR ENOUGH.  LET'S FIRST UNDERSTAND *MAXIMUM PERMISSIBLE*.

16:47   19    WHAT DOES THAT MEAN?

16:47   20    **A.**   I THINK IT'S AN ANALOGOUS CONCEPT, THE LIFTOFF OF THE

16:47   21    GRASS, THE EROSION OF THE GRASS, WHAT'S THE VELOCITY WITH WHICH

16:47   22    THAT CAN STAND BEFORE THAT OCCURS.

16:47   23    **Q.**   WELL, LET'S BE CAREFUL.  *MAXIMUM PERMISSIBLE* WOULD IMPLY

16:47   24    TO ME -- AND I'M NOT YOU.  *MAXIMUM PERMISSIBLE* WOULD BE THE

16:47   25    UPPER LIMIT OF A DESIGN CRITERIA THAT ONE MIGHT PUT IN PLACE IF

| | | |
|---|---|---|
| 16:47 | 1 | ONE WAS DESIGNING A LEVEE BECAUSE IT'S A LIMIT.  THEY'RE NOT |
| 16:47 | 2 | SAYING THIS IS WHEN GRASS WILL PEEL OFF.  THEY'RE SAYING THIS |
| 16:48 | 3 | IS A MAXIMUM LIMIT.  SO IT'S MORE LIKELY A DESIGN LIMIT, ISN'T |
| 16:48 | 4 | IT? |
| 16:48 | 5 | A.   I THINK IT IS.  I THINK IT'S EXACTLY.  THEY'RE SAYING |
| 16:48 | 6 | WHAT'S THE LIMITING VELOCITY BEFORE GRASS WILL START TO ERODE, |
| 16:48 | 7 | AND I THINK THAT'S WHAT THIS CURVE DEPICTS. |
| 16:48 | 8 | THE COURT:  AS I UNDERSTAND IT, THE WITNESS IS BEING |
| 16:48 | 9 | MORE LITERAL IN HIS VIEW OF THIS THAN YOU ARE, MR. BRUNO. |
| 16:48 | 10 | MR. BRUNO:  RIGHT. |
| 16:48 | 11 | BY MR. BRUNO: |
| 16:48 | 12 | Q.   WELL, THE FACT OF THE MATTER IS NO ONE USED THIS TO |
| 16:48 | 13 | INDICATE WHEN GRASS WILL BE REMOVED UNDER A PARTICULAR FLOW; |
| 16:48 | 14 | ISN'T THAT TRUE? |
| 16:48 | 15 | A.   NO, I DON'T THINK THAT'S TRUE AT ALL. |
| 16:48 | 16 | Q.   SO YOU CAN POINT TO SOME PEER-REVIEWED JOURNALS, ARTICLES, |
| 16:48 | 17 | AND THE LIKE WHICH WOULD SAY THAT, WHEN YOU HAVE THREE METERS |
| 16:48 | 18 | PER SECOND WITH PLAIN GRASS OF POOR COVER, THAT IT'S GOING TO |
| 16:49 | 19 | LAST AN HOUR?  YOU CAN SHOW US SOMETHING LIKE THAT; RIGHT? |
| 16:49 | 20 | A.   I THINK THAT'S WHAT THE METHOD -- THAT'S WHAT THE DATA |
| 16:49 | 21 | WERE, THE REMOVAL/EROSION OF THE GRASS FROM THE SURFACE WHEN |
| 16:49 | 22 | SUBJECTED TO VELOCITIES FOR DIFFERENT PERIODS OF TIME.  THAT |
| 16:49 | 23 | WAS THE WHOLE PURPOSE FOR DOING THE EXPERIMENTS, I BELIEVE. |
| 16:49 | 24 | Q.   WELL, LET'S SEE.  LET'S JUST PICK GOOD COVER, PLAIN GRASS. |
| 16:49 | 25 | *PLAIN* REFERS TO THE TYPE OF GRASS; RIGHT? |

FINAL DAILY COPY

16:49  1  **A.**   YEAH.  IT'S A PRETTY GENERAL CATEGORY.

16:49  2  **Q.**   *GOOD*, *AVERAGE*, AND *POOR* REFERS TO, ONCE AGAIN, HOW MUCH

16:49  3  COVERAGE WE HAVE; RIGHT?

16:49  4  **A.**   THAT'S WHAT I WOULD ASSUME, YES.

16:49  5  **Q.**   IF WE GO TO OUR PLAIN GRASS, WOULD YOU AGREE WITH ME THAT

16:49  6  THE TOP LINE IS BETWEEN THE 4 AND THE 5, ABOUT HALFWAY?

16:49  7  **A.**   YEAH.  I REFERRED TO THE WORK OF HEWLETT.  I'M NOT SURE IF

16:49  8  THESE ARE ONE AND THE SAME CURVES, THOUGH.

16:49  9  **Q.**   WELL, THIS ONE.

16:49  10  **A.**   I WOULD RATHER COMMENT ON THE ONE THAT I REFERENCED IN MY

16:49  11  OWN REPORT.  IF YOU'RE GOING TO ASK ME TO MAKE STATEMENTS ABOUT

16:49  12  WHAT IT SAYS, LET'S PULL THE ONE UP FROM MY OWN REPORT.

16:49  13       **THE COURT:**  RIGHT NOW HE IS ASKING ABOUT -- MAYBE YOU

16:50  14  CAN JUST READ THE GRAPH.  YOU DON'T HAVE TO AGREE WITH IT.

16:50  15  **BY MR. BRUNO:**

16:50  16  **Q.**   SO 4.5 METERS PER SECOND IS ABOUT 14.76 FEET PER SECOND.

16:50  17       **THE COURT:**  THAT'S THE PLAIN GRASS, GOOD COVER ON

16:50  18  THIS '85 HEWLETT CHART.

16:50  19       **MR. BRUNO:**  RIGHT.  EXACTLY.

16:50  20       **THE WITNESS:**  THAT'S WHAT THE CHART SAYS.

16:50  21  **BY MR. BRUNO:**

16:50  22  **Q.**   SO THE CHART SAYS, IF YOU'RE CORRECT, THAT YOU CAN HAVE

16:50  23  14.76 FEET PER SECOND FLOWING OVER THE GRASS BEFORE IT LIFTS

16:50  24  OFF; RIGHT?

16:50  25  **A.**   THAT'S WHAT THIS CHART SAYS.

FINAL DAILY COPY

16:50   1   **Q.**   THAT'S PRETTY FAST, ISN'T IT?  14.76 FEET PER SECOND,

16:50   2   THAT'S VERY FAST WATER?

16:50   3   **A.**   YEAH, I WOULD AGREE.  I THINK WITH TURBULENCE IT WOULD

16:50   4   LIFT OFF SOONER THAN THAT.

16:50   5   **Q.**   FAIR ENOUGH, BUT WE ARE NOT TALKING ABOUT TURBULENCE.  WE

16:50   6   ARE TALKING ABOUT FLOW.  NOW, LET ME ASK YOU THIS QUESTION.

16:50   7          **THE COURT:**  I THINK ON REDIRECT, IF THE '87 CHART

16:51   8   VARIES, I WOULD LIKE TO SEE THE VARIANCE.  I'D ASK THE WITNESS

16:51   9   TO DO THAT.

16:51   10          **MR. BRUNO:**  I WOULD TOO.  I WOULD CHALLENGE THEM TO

16:51   11   BRING US THE OTHER CHART AND LET'S SEE THOSE VARIANCES.

16:51   12          **THE COURT:**  OKAY.

16:51   13   BY MR. BRUNO:

16:51   14   **Q.**   NOW, WHERE WAS I?  I FORGOT WHAT I WAS GOING TO SAY.

16:51   15   **A.**   I GUESS THE OTHER THING I WOULD POINT OUT IS THERE ARE

16:51   16   SOME RECENT PUBLICATIONS IN THE LITERATURE THAT HAVE REVISITED

16:51   17   THESE DATA.  I DON'T RECALL THE REFERENCE OFFHAND, BUT THEY

16:51   18   HAVE ALSO CONCLUDED THAT THE REMOVAL OF GRASS HAPPENS A LITTLE

16:51   19   BIT QUICKER THAN SOME OF THESE CURVES, AT LEAST THE '87 CURVE,

16:51   20   SUGGESTS.  SO THERE IS INFORMATION IN THE LITERATURE THAT

16:51   21   SUGGESTS THAT THE LIFTOFF COULD OCCUR A LITTLE FASTER THAN WHAT

16:51   22   THESE CURVES SUGGEST.

16:51   23   **Q.**   I THOUGHT YOU WEREN'T FAMILIAR WITH THESE CURVES.  YOU

16:51   24   TOLD US YOU NEEDED TO COMPARE THEM TO THE OTHER CURVES, SO HOW

16:51   25   CAN YOU SAY THAT?

16:51   1   **A.**   I DIDN'T SAY THAT.

16:51   2   **Q.**   YEAH, YOU DID.  YOU TOLD US THAT YOU USED A DIFFERENT

16:51   3   YEAR --

16:51   4   **A.**   I'M TALKING ABOUT THE '87 CURVE.  THERE'S BEEN SOME

16:51   5   RECENT -- I RAN INTO ONE PUBLICATION RECENTLY THAT TALKED ABOUT

16:51   6   THE '87 CURVE, AND THEY ACTUALLY WENT BACK AND REANALYZED SOME

16:52   7   OF THE DATA THAT WENT INTO THE FORMULATION OF THOSE CURVES, AND

16:52   8   THEIR CONCLUSION WAS THAT THE EROSION WOULD OCCUR EVEN MORE

16:52   9   FREQUENTLY -- I MEAN, UNDER LESS VELOCITY THAN WHAT THE '87

16:52   10   CURVES SUGGESTS.

16:52   11            **THE COURT:**  I THINK SOME OF THESE SCIENTISTS NEED TO

16:52   12   GO OUT THERE DURING A HURRICANE AND WE'LL GET THE ANSWER, BUT

16:52   13   GO AHEAD.

16:52   14   **BY MR. BRUNO:**

16:52   15   **Q.**   ALL WE HAVE ARE THESE FORMULAS, THOUGH, MR. EBERSOLE;

16:52   16   RIGHT?  SO WE HAVE TO DIVINE SOME INFORMATION FROM THESE

16:52   17   ARTICLES AS BEST WE CAN; RIGHT?

16:52   18   **A.**   CORRECT.

16:52   19   **Q.**   ONCE AGAIN, WE ARE TALKING ABOUT THE FLOW OVER THE TURF.

16:52   20   WE'RE NOT TALKING ABOUT THE POUNDING THAT MAY RESULT FROM WAVE

16:52   21   OVERTOPPING; RIGHT?  THIS IS JUST FLOW.

16:52   22            **THE COURT:**  WE HAVE GOT THAT.  WE HAVE GOT THAT.

16:52   23   LET'S NOT GO BACK BECAUSE YOU COULD GET A WAVE ANSWER, SO I

16:52   24   WOULDN'T BE DOING THAT IF I WERE YOU.

16:52   25            **MR. BRUNO:**  JUDGE, WITH ALL DUE RESPECT, I WAS TRYING

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:52 | 1 | TO REMEMBER MY LAST QUESTION.  I JUST FORGET.  SO I THOUGHT I |
| 16:52 | 2 | WOULD ASK IT AGAIN AND MAYBE IT WOULD COME TO ME. |
| 16:53 | 3 |      **THE COURT:**  THIS SURF HAS BEEN POUNDING FOR A LONG |
| 16:53 | 4 | TIME. |
| 16:53 | 5 |      **MR. BRUNO:**  WELL, SOMETIMES YOU HAVE TO DO WHAT YOU |
| 16:53 | 6 | HAVE TO DO. |
| 16:53 | 7 |      **THE COURT:**  WELL, I SHOULD HAVE STAYED AT GRAND ISLE |
| 16:53 | 8 | WHEN MY LEVEE WAS DESTROYED, AND MAYBE I COULD BE A WITNESS AND |
| 16:53 | 9 | BE RECUSED OR Y'ALL WOULD HAVE THE BENEFIT OF ME NOT BEING HERE |
| 16:53 | 10 | AT ALL.  GO AHEAD.  IT SURE IS INTERESTING, I MUST SAY.  GO |
| 16:53 | 11 | AHEAD. |
| 16:53 | 12 | **BY MR. BRUNO:** |
| 16:53 | 13 | **Q.**  SO JUST TO FINISH IT OUT, WE WOULD LOOK -- NOW, THIS IS |
| 16:53 | 14 | MEASURING A DISTANCE ALONG THE SURFACE OF THE GRASS, SO THAT WE |
| 16:53 | 15 | CAN BE CLEAR, AS OPPOSED TO THE DEPTH THAT WE TALKED ABOUT |
| 16:53 | 16 | BEFORE.  WHEN WE GOT FLOW EROSION -- OKAY.  WE HAVE FLOW |
| 16:53 | 17 | EROSION, AND WE HAVE THIS 14.76 FEET PER SECOND GOING OVER OUR |
| 16:53 | 18 | GOOD COVER, PLAIN GRASS.  IT'S REMOVING GRASS. |
| 16:53 | 19 | **A.**  ON THE BACK SIDE. |
| 16:53 | 20 | **Q.**  ON THE BACK SIDE.  IT'S REMOVING -- SO WE CAN TELL -- I'M |
| 16:54 | 21 | SORRY.  IT WILL TAKE AN HOUR TO -- AT THAT RATE, AT 14.76 FEET |
| 16:54 | 22 | PER SECOND, IT TAKES AN HOUR TO REMOVE THE GRASS; RIGHT? |
| 16:54 | 23 | **A.**  ACCORDING TO THIS CHART.  WE HAVE TO KEEP IN MIND THAT, ON |
| 16:54 | 24 | THE BACK SIDE, THE VELOCITY IS BEING ACCELERATED THE WHOLE WAY |
| 16:54 | 25 | DOWN THE BACK SIDE.  SO THE VELOCITY IS STEADILY INCREASING AS |

16:54    1    WE MOVE DOWN THE BACK SIDE OF THE LEVEE.  SO THE ENTIRE BACK

16:54    2    SIDE IS SUBJECTED TO THE SAME VELOCITY.

16:54    3    **Q.**    RIGHT.  IN FACT, THE DUTCH REPORT THAT THE DAMAGE IS MOST

16:54    4    LIKELY TO BE AT THE BOTTOM OF THE LEVEE BECAUSE THAT'S WHERE

16:54    5    THE VELOCITIES ARE HIGHEST AND THAT'S WHERE THOSE VELOCITIES

16:54    6    ARE IMPACTING THE DIFFERENT CHANGE IN ANGLE.  ISN'T THAT WHAT

16:54    7    THEY SAY?

16:54    8    **A.**    THEY DO SAY -- I WOULD AGREE THAT THE -- YOU KNOW, I

16:54    9    TALKED ABOUT THE HYDRAULIC JUMP IN MY OWN TESTIMONY.

16:54   10    **Q.**    RIGHT.

16:54   11    **A.**    THE TOE IS CERTAINLY WITHIN AN EROSIVE ZONE, BUT I THINK

16:55   12    YOU CAN LOOK AT THE WEALTH OF PHOTOS THAT I PRESENTED YESTERDAY

16:55   13    [*SIC*] AND SEE THAT THE EROSION OCCURS AT OTHER PLACES ON THE

16:55   14    BACK SIDE, NOT JUST AT THE TOE.

16:55   15    **Q.**    WELL, THE QUESTION IS WHETHER WE CAN WORK BACKWARDS OR

16:55   16    WHETHER WE WORK FORWARDS, BECAUSE WHAT WE KNOW, IN FACT, AS YOU

16:55   17    JUST POINTED OUT, IS THAT WHEN THE WATER FLOWS OVER THE TOP, IT

16:55   18    PICKS UP SPEED AS IT GOES DOWN.  WHEN IT HITS THE BOTTOM OF THE

16:55   19    TOE AND CHANGES DIRECTION, THAT'S WHERE THE DAMAGE IS GOING TO

16:55   20    BE FOCUSED:  WHERE THE WATER IS FLOWING THE FASTEST AND WHERE

16:55   21    THAT CHANGE OF ANGLE IS.  THAT'S WHAT WE WOULD EXPECT TO SEE.

16:55   22    THAT'S THE SIGNATURE; ISN'T THIS TRUE?

16:55   23    **A.**    ONE OF THE SIGNATURES, AND THAT WOULD CERTAINLY BE ONE OF

16:55   24    THE AREAS WHERE THE EROSION IS QUITE HIGH.  THERE ARE OTHERS ON

16:55   25    THE BACK SIDE.

| | | |
|---|---|---|
| 16:56 | 1 | **Q.**   GO TO THE NEXT PAGE, 292.  IT SAYS: |
| 16:56 | 2 | "WHEN THE TURF IS SATURATED BY WATER, IT DOES NOT |
| 16:56 | 3 | DISPERSE AT ALL, NOT EVEN IN COURSE OF TIME.  NEVERTHELESS IT |
| 16:56 | 4 | FEELS SOFT AND CAN EASILY BE DAMAGED, E.G. BY A HEEL OF A SHOE. |
| 16:57 | 5 | WHEN TOUCHED BY HAND, THE TURF REACTS ELASTICALLY (UNLIKE MOIST |
| 16:57 | 6 | CLAY, WHICH IS PLASTIC) AND IT IS HIGHLY POROUS WITH THE |
| 16:57 | 7 | NUMEROUS HOLES OF EARTHWORMS.  HENCE BREAKING WAVES LARGER THAN |
| 16:57 | 8 | ONE METER CAN BE RESISTED WITHOUT DAMAGE." |
| 16:57 | 9 | SO A 3-FOOT WAVE BREAKING ON THE BACK SIDE IS NOT |
| 16:57 | 10 | GOING TO CAUSE ANY DAMAGE ACCORDING TO THIS. |
| 16:57 | 11 | **A.**   I THINK THEIR METHOD WAS FOCUSED ON THE FRONT SIDE.  THEIR |
| 16:57 | 12 | LIFTOFF CRITERIA FOR THE FRONT SIDE WAS FORMULATED IN TERMS OF |
| 16:57 | 13 | INCIDENT WAVE HEIGHT.  ON THE BACK, THE ONE YOU JUST SHOWED |
| 16:57 | 14 | ME -- AND I'M NOT SURE WHERE THAT CAME FROM.  I DON'T KNOW IF |
| 16:57 | 15 | THAT'S FROM THE SAME DOCUMENT.  WAS THE PREVIOUS CHART FROM |
| 16:57 | 16 | THIS DOCUMENT? |
| 16:57 | 17 | **THE COURT:**  SO YOU'RE NOT CERTAIN IF THIS IS DEALING |
| 16:57 | 18 | WITH -- YOU THINK IT MIGHT BE DEALING WITH FRONT SIDE RATHER |
| 16:57 | 19 | THAN BACK SIDE? |
| 16:57 | 20 | **THE WITNESS:**  YEAH.  SEIJFFERT AND VERHEIJ DEALT WITH |
| 16:57 | 21 | FRONT-SIDE TURF LIFTOFF ASSOCIATED WITH WAVE ACTION.  I GUESS |
| 16:57 | 22 | I'D LIKE TO ASK COUNSELOR IF THE PREVIOUS CHART SHOWING FLOW |
| 16:57 | 23 | VELOCITY IS FROM THE SAME REPORT.  IS IT? |
| 16:57 | 24 | **BY MR. BRUNO:** |
| 16:57 | 25 | **Q.**   SURE. |

16:58   1   **A.**   I DON'T RECALL.

16:58   2   **Q.**   YES, IT IS.  WHAT IT SHOWS HERE IS IT SAYS THAT --

16:58   3   **A.**   WHICH PAGE WAS THAT ON?

16:58   4   **Q.**   PAGE 291.  THIS IS 292.

16:58   5   **A.**   NO.  I'M TALKING ABOUT THE CHART THAT YOU SHOWED THE --

16:58   6   **Q.**   IT'S ON 291, AND NOW WE ARE ON PAGE 292.  WE'LL GO BACK

16:58   7   AND SHOW IT TO YOU.

16:58   8        **THE COURT:**  WHY DON'T YOU DO THAT SO THE WITNESS CAN

16:58   9   GET THAT IN CONTEXT.

16:58  10   **BY MR. BRUNO:**

16:58  11   **Q.**   THERE YOU GO.  DO YOU SEE THE CHART?

16:58  12   **A.**   GOT IT.

16:58  13   **Q.**   SO WHAT IT SAYS HERE IS THAT THE BREAKING WAVES LARGER

16:58  14   THAN A METER CAN BE RESISTED WITHOUT DAMAGE CAUSED BY LUMPS OF

16:58  15   SOIL BEING BROKEN OUT.

16:58  16        SO WHAT'S INTERESTING HERE IS THAT THE GRASS IS NOT

16:58  17   EVEN AFFECTED, BUT YOU MIGHT LOSE A BIG CHUNK OF THE SOIL FROM

16:58  18   A 3-FOOT OR 3.28-FOOT WAVE.  THAT'S WHAT THAT SAYS.  ON THE

16:58  19   FRONT SIDE; RIGHT?  ACCORDING TO WHAT YOU JUST SAID.

16:58  20   **A.**   AGREED.

16:58  21   **Q.**   THANK YOU.

16:58  22   **A.**   I MEAN, THAT'S CONSISTENT WITH WHAT I SAW, VERY LITTLE

16:59  23   EROSION ON THE FRONT SIDE.

16:59  24   **Q.**   BUT IT CAN CAUSE BIG CHUNKS OF THE LEVEE TO DISAPPEAR.

16:59  25   THAT'S A PROBLEM FOR US, ISN'T IT?

| | | |
|---|---|---|
| 16:59 | 1 | **A.**   AS I SAID EARLIER, TYPICALLY, THESE LEVEES, YOU WILL GET A |
| 16:59 | 2 | LOT OF MICROFRACTURING AND CRACKING OF THE COHESIVE SOIL, AND |
| 16:59 | 3 | THAT'S WHY THEY TEND TO ERODE IN CHUNKS AND AGGREGATES WHEN |
| 16:59 | 4 | THEY FAIL. |
| 16:59 | 5 | **Q.**   RIGHT.  SO THAT MEANS THAT EVEN IF YOU DON'T ERODE THE |
| 16:59 | 6 | GRASS, YOUR WAVE CAN TAKE OUT A BIG CHUNK OF THE FRONT SIDE OF |
| 16:59 | 7 | THE LEVEE.  THAT'S WHAT THAT MEANS. |
| 16:59 | 8 | **A.**   IT DEPENDS WHAT YOU MEAN BY "BIG CHUNK."  WHAT DO YOU |
| 16:59 | 9 | DEFINE AS A "BIG CHUNK"?  WHAT'S THE DIMENSION OF A BIG CHUNK? |
| 16:59 | 10 | **Q.**   HOW ABOUT IF I USE WHATEVER THESE GUYS WHO WROTE THIS |
| 16:59 | 11 | ARTICLE MEANT?  BECAUSE THEY WROTE IT AND I DIDN'T, AND THEY |
| 16:59 | 12 | USED THE WORDS "A LUMP OF SOIL BEING BROKEN OUT."  SO WHATEVER |
| 16:59 | 13 | THAT IS. |
| 16:59 | 14 | **A.**   I DIDN'T SEE THE WORD "BIG CHUNK."  I SEE "LUMP." |
| 16:59 | 15 | **Q.**   "LUMP OF SOIL"? |
| 16:59 | 16 | **A.**   YEAH. |
| 16:59 | 17 | **Q.**   OKAY.  I'LL TAKE "LUMP." |
| 16:59 | 18 | **A.**   HOW BIG IS YOUR LUMP? |
| 17:00 | 19 | **Q.**   THIS BIG (INDICATING). |
| 17:00 | 20 | **A.**   NO, THAT'S TOO BIG FOR A LUMP.  THAT WOULDN'T HAPPEN. |
| 17:00 | 21 | **Q.**   THERE'S NO INDICATION? |
| 17:00 | 22 | **A.**   I AGREE. |
| 17:00 | 23 | **Q.**   BUT YOU DID SEE CHUNKS OF LEVEE ON THE FRONT SIDE ON THE |
| 17:00 | 24 | MRGO THAT BIG (INDICATING) THAT WERE REMOVED IN THE PHOTOS, |
| 17:00 | 25 | DIDN'T YOU? |

| | | |
|---|---|---|
| 17:00 | 1 | **A.**   I DIDN'T SEE ANY CHUNKS LYING AROUND.  I SAW THE REMNANTS |
| 17:00 | 2 | OF EROSION, SIGNATURES OF EROSION. |
| 17:00 | 3 | **Q.**   RIGHT. |
| 17:00 | 4 | **A.**   I HAVE TO SAY THAT, OTHER THAN THAT PHOTO THAT I SHOWED |
| 17:00 | 5 | THAT SHOWED SOME SMALL LUMPS, WHICH I WOULD CONSIDER THOSE TO |
| 17:00 | 6 | BE SMALL LUMPS, I SAW NO LARGE CHUNKS OF CLAY LYING AROUND. |
| 17:00 | 7 | **Q.**   BUT YOU SAW WHERE THE CHUNKS WERE.  YOU SAW THE HOLE. |
| 17:00 | 8 | **MR. BRUNO:**   THIS IS *WGI* IN REVERSE, JUDGE. |
| 17:00 | 9 | **BY MR. BRUNO:** |
| 17:00 | 10 | **Q.**   YOU SAW THE HOLES? |
| 17:00 | 11 | **A.**   I SAW THE REMNANTS OF EROSION, EITHER BEING A SURFACE BAND |
| 17:00 | 12 | OR IN ISOLATED AREAS OF A DEEPER AREA OF EROSION. |
| 17:00 | 13 | **Q.**   IT'S INTERESTING THAT YOU SHOULD SAY, "I SAW EROSION."  SO |
| 17:00 | 14 | YOU DIDN'T WALK THE GROUND.  YOU NEVER PUT YOUR FEET ON THE |
| 17:00 | 15 | GROUND.  YOU NEVER LOOKED AT THE HOLE WITH YOUR OWN TWO |
| 17:00 | 16 | EYEBALLS.  ALL YOU DID WAS LOOK AT A PHOTOGRAPH, AND YOU'RE |
| 17:01 | 17 | GOING TO TELL THE COURT WHAT YOU SAW WAS, IN FACT, EROSION AND |
| 17:01 | 18 | NOT A LUMP OF THE LEVEE BEING PULLED OUT BY THE FORCE OF THE |
| 17:01 | 19 | WAVE?  IS THAT WHAT YOU'RE GOING TO TELL THE JUDGE? |
| 17:01 | 20 | **A.**   YEAH, ABSOLUTELY.  I COULD LOOK AT THE PHOTO AND SEE THE |
| 17:01 | 21 | NOTCHING, THE BENCH CUTTING.  I MEAN, THAT WAS A FAIRLY SIZABLE |
| 17:01 | 22 | AREA.  THAT WOULD NOT BE A SINGLE CHUNK OF SOIL THAT WAS ERODED |
| 17:01 | 23 | FROM THAT PARTICULAR AREA. |
| 17:01 | 24 | **Q.**   LET'S SEE.  WE KNOW, IN FACT, THAT THE PHOTOGRAPH WAS |
| 17:01 | 25 | TAKEN FROM AN AIRPLANE, DON'T WE? |

17:01   1   **A.**   I DON'T RECALL IF IT WAS AN AIRPLANE OR A HELICOPTER.

17:01   2   **Q.**   I'M SORRY.  IT WAS A HELICOPTER.  YOU'RE RIGHT; I'M WRONG.

17:01   3   IT WAS A HELICOPTER.

17:01   4   **A.**   I DON'T RECALL.

17:01   5   **Q.**   SO IT WAS SOME DISTANCE ABOVE THE GROUND; RIGHT?

17:01   6   **A.**   I HOPE SO.

17:01   7   **Q.**   YEAH.  WELL, THEY MIGHT HAVE LANDED.  THEY MIGHT HAVE SAT

17:01   8   IT DOWN ON THE GROUND AND TAKEN THEIR PICTURE.

17:01   9           THE POINT IS, MR. EBERSOLE -- AND THIS IS FUNNY, BUT

17:01   10  MAYBE NOT FUNNY TO A LOT OF FOLKS.  YOU'RE REACHING YOUR

17:02   11  CONCLUSIONS BASED UPON A PHOTO TAKEN FROM A HELICOPTER SOME

17:02   12  DISTANCE ABOVE THE GROUND.  YOU NEVER WENT TO THE SITE, NEVER

17:02   13  WALKED THE EARTH, NEVER SAW IT WITH YOUR OWN EYEBALLS, AND YOU

17:02   14  HAVE THE GREAT POWER AND THE GREAT EXPERIENCE AND THE GREAT

17:02   15  KNOWLEDGE TO LOOK AT THAT PICTURE AND DIVINE WHETHER WHAT

17:02   16  YOU'RE SEEING IS EROSION VERSUS A LUMP OR CHUNK, OR WHATEVER

17:02   17  YOU WANT TO CALL IT, BEING TAKEN OUT OF THE LEVEE; ISN'T THIS

17:02   18  TRUE?

17:02   19  **A.**   YEAH.  I THINK THE FEATURES THAT I SAW WERE MUCH LARGER

17:02   20  THAN A CHUNK OF CLAY WOULD BE.

17:02   21  **Q.**   FAIR ENOUGH.  LET'S GO TO PAGE 295.

17:02   22           **MR. BRUNO:**  STILL ON THE SAME ARTICLE, YOUR HONOR.

17:02   23  WE ARE LEARNING ABOUT GRASS LIFTOFF, AND IT'S THE MOST

17:02   24  FASCINATING AND ENJOYABLE SUBJECT.  IT'S GOOD COCKTAIL

17:02   25  CONVERSATION FOR US ALL.

2522

| 17:02 | 1 | LET'S BLOW THIS UP HERE. |

17:03    2   **BY MR. BRUNO:**

17:03    3   **Q.**   YOU HAVE REPRODUCED THIS PORTION OF THIS CHART IN YOUR

17:03    4   REPORT; RIGHT?

17:03    5   **A.**   IT LOOKS LIKE THE SAME ONE.

17:03    6   **Q.**   SURE.   WHAT WE SEE HERE IS A WAVE IMPACT ZONE.   WE SEE A

17:03    7   SLOPE OF 1:4, WE SEE A SIGNIFICANT WAVE HEIGHT, AND IT'S SHOWN

17:03    8   AT BEING AT THE LINE BETWEEN ZONE 3 AND ZONE 4; RIGHT?

17:03    9   **A.**   SAY THAT AGAIN.

17:03   10   **Q.**   THE SIGNIFICANT WAVE HEIGHT IS DRAWN AS A LINE THAT MEETS

17:03   11   AT THE POINT BETWEEN 3 AND 4?

17:03   12   **A.**   NO.   THAT WOULD BE THE STILL WATER LEVEL, THAT LINE THAT

17:03   13   MEETS BETWEEN ZONES 3 AND 4.

17:03   14   **Q.**   THAT'S THE STILL WATER LEVEL?

17:03   15   **A.**   YES.

17:03   16   **Q.**   SO WHERE IS THE WAVE HEIGHT SHOWN?

17:03   17   **A.**   OFF TO THE LEFT SIDE.

17:03   18   **Q.**   SO THAT'S FROM THE D?   THAT'S THE WAVE HEIGHT IN THE DEEP

17:03   19   WATER?

17:04   20   **A.**   I THINK IT WOULD BE THE WAVE HEIGHT.   MOST APPROPRIATE

17:04   21   WOULD BE THE ONE AT THE LEVEE TOE THAT'S GETTING READY TO

17:04   22   IMPACT THE LEVEE.

17:04   23   **Q.**   SHOW ME WHERE IN THIS ARTICLE IT SAYS THAT THE WAVE HEIGHT

17:04   24   IS AT THE TOE.   SHOW ME.   YOU WANT ME TO GIVE YOU A COPY?

17:04   25   **A.**   IT'S LIKE YOU WOULD NOT PICK THE WAVE HEIGHT OUT IN THE

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:04 | 1 | MIDDLE OF THE GULF OF MEXICO TO RUN WITH THIS METHOD.  YOU |
| 17:04 | 2 | WOULD WANT THE WAVE HEIGHT THAT YOU BELIEVE WAS IMPACTING AND |
| 17:04 | 3 | INTERACTING WITH THE SLOPE OF THE LEVEE. |
| 17:04 | 4 | **Q.**   IT'S FUNNY.  YOU ALWAYS -- |
| 17:04 | 5 | **A.**   IT WOULD MAKE NO SENSE TO USE A DEEPWATER WAVE HEIGHT IN |
| 17:04 | 6 | THIS CASE. |
| 17:04 | 7 | **Q.**   YOU ALWAYS GO TO THE GULF OF MEXICO WHEN ALL THE EXPERTS |
| 17:04 | 8 | WHO HAVE TESTIFIED TALK ABOUT A D AND A T.  DOES THE D HAVE |
| 17:04 | 9 | SOME PARTICULAR MEANING TO GENTLEMEN IN YOUR FIELD?  DOES IT |
| 17:04 | 10 | MEAN THE GULF OF MEXICO, OR DOES IT MEAN AT A POINT AWAY FROM |
| 17:04 | 11 | THE TOE? |
| 17:04 | 12 | **A.**   THE D? |
| 17:04 | 13 | **Q.**   THE D. |
| 17:04 | 14 | **A.**   WHAT DO YOU MEAN BY "THE D"? |
| 17:04 | 15 | **Q.**   THE DEEPWATER WAVE.  IS IT THREE MILES AWAY?  IS IT FOUR |
| 17:05 | 16 | MILES AWAY FROM THE TOE? |
| 17:05 | 17 | **A.**   IT COULD BE WHEREVER THE WATER DEPTH CORRESPONDS TO -- |
| 17:05 | 18 | **THE COURT:**  IN THE CONTEXT OF THIS CASE, IT'S BEEN IN |
| 17:05 | 19 | THE MIDDLE OF THE MRGO. |
| 17:05 | 20 | **MR. BRUNO:**  PRECISELY. |
| 17:05 | 21 | **THE COURT:**  SO LET'S GO BACK TO THE CHART AND ASK HIM |
| 17:05 | 22 | WHAT YOU ARE TRYING TO ASCERTAIN HERE.  YOU'RE TRYING TO |
| 17:05 | 23 | ASCERTAIN IF THE WAVE HEIGHT IS SHOWN AT THE TOE. |
| 17:05 | 24 | **MR. BRUNO:**  RIGHT.  BEFORE I GET THERE, I WAS JUST |
| 17:05 | 25 | CURIOUS TO KNOW, JUDGE, IF I MAY ASK, THE WORD "D," GENERALLY, |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:05 | 1 | IN HIS WORLD -- |
| 17:05 | 2 | **BY MR. BRUNO:** |
| 17:05 | 3 | **Q.**   IN THE WORLD OF COASTAL ENGINEERING, DOES IT HAVE SOME |
| 17:05 | 4 | RELATIONSHIP BETWEEN THE STRUCTURE THAT YOU'RE STUDYING?  IS IT |
| 17:05 | 5 | A MILE AWAY?  IS IT 500 FEET AWAY?  IS THERE SOME POINT WHERE |
| 17:05 | 6 | ONE LOOKS TO BE? |
| 17:05 | 7 | **THE COURT:**  MR. BRUNO, I'M GOING TO OBJECT TO THAT |
| 17:05 | 8 | QUESTION BECAUSE I KNOW WHAT IT MEANS AND HE KNOWS WHAT IT |
| 17:05 | 9 | MEANS IN THIS CASE.  IT'S NOT THE GULF OF MEXICO; IT'S THE |
| 17:05 | 10 | MIDDLE OF THE MRGO.  HE BETTER KNOW THAT, ANYWAY. |
| 08:00 | 11 | **BY MR. BRUNO:** |
| 17:05 | 12 | **Q.**   IN THE CASE OF THIS TEST, WHERE WOULD THE D BE? |
| 17:06 | 13 | **THE COURT:**  THE D BEING THE MIDDLE OF THE -- |
| 17:06 | 14 | **MR. BRUNO:**  THAT'S RIGHT.  I DON'T KNOW.  SO I'M |
| 17:06 | 15 | TRYING TO LEARN WHERE THE SIGNIFICANT WAVE HEIGHT IS MEASURED. |
| 17:06 | 16 | **THE COURT:**  YOU CAN ASK:  CAN YOU TELL HOW FAR FROM |
| 17:06 | 17 | THE TOE OF THE LEVEE IT IS BY THAT DIAGRAM? |
| 17:06 | 18 | **MR. BRUNO:**  RIGHT. |
| 17:06 | 19 | **THE WITNESS:**  IF I WERE GOING TO APPLY THIS METHOD, I |
| 17:06 | 20 | WOULD USE THE WAVE HEIGHT AT THE TOE OF THE LEVEE. |
| 23:59 | 21 | **BY MR. BRUNO:** |
| 17:06 | 22 | **Q.**   THAT'S BECAUSE IT SUITS YOUR PURPOSE TO DO THAT, BUT IS |
| 17:06 | 23 | THERE SOME SCIENTIFIC OR DOES THE ARTICLE ITSELF TELL YOU WHERE |
| 17:06 | 24 | TO APPLY THAT NUMBER? |
| 17:06 | 25 | **A.**   THAT WOULD BE JUST BASED ON MY EXPERTISE -- |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:06 | 1 | **Q.**   FAIR ENOUGH. |
| 17:06 | 2 | **THE COURT:**  LET HIM FINISH HIS ANSWER.  IT WOULD BE |
| 17:06 | 3 | BASED ON YOUR EXPERTISE -- |
| 17:06 | 4 | **THE WITNESS:**  EXPERTISE AND EXPERIENCE OF WHAT WOULD |
| 17:06 | 5 | BE THE MOST APPROPRIATE WAVE HEIGHT TO USE WITH THIS PARTICULAR |
| 17:06 | 6 | PREDICTION METHOD. |
| 17:06 | 7 | **BY MR. BRUNO:** |
| 17:06 | 8 | **Q.**   NOW, THE ARTICLE TALKS ABOUT DAMAGE, A WAVE IMPACT ZONE |
| 17:06 | 9 | BEING 1, 2, AND 3.  DO YOU SEE THAT? |
| 17:06 | 10 | **A.**   CORRECT. |
| 17:06 | 11 | **Q.**   NOW, AS OUR STILL WATER HEIGHT RISES, THE WAVE IMPACT ZONE |
| 17:06 | 12 | GETS LONGER; RIGHT? |
| 17:07 | 13 | **A.**   IT LEAVES AN IMPACT ZONE IN ITS WAKE, SO TO SPEAK. |
| 17:07 | 14 | **Q.**   SURE. |
| 17:07 | 15 | **A.**   I THINK ONE OF THE IMPORTANT THINGS HERE IS THAT ZONE 4 IS |
| 17:07 | 16 | NEGLIGIBLE IN TERMS OF ITS EROSION. |
| 17:07 | 17 | I OFTEN STRUGGLE WITH DR. BEA'S MODEL.  IF THERE IS |
| 17:07 | 18 | NO EROSION OF THE TURF ABOVE THE MEAN WATER LEVEL, HOW CAN HE |
| 17:07 | 19 | POSSIBLY GET EROSION, THIS CRENELLATION THAT HE DESCRIBES, IF |
| 17:07 | 20 | THE WATER LEVEL IS -- THE EROSION IS ALL HAPPENING BELOW THE |
| 17:07 | 21 | WATER LEVEL, NOT ABOVE THE WATER LEVEL? |
| 17:07 | 22 | **Q.**   WELL, YOU'RE -- |
| 17:07 | 23 | **A.**   I THINK THAT'S THE REALLY IMPORTANT POINT THAT WE HAVE TO |
| 17:07 | 24 | ASK OURSELVES. |
| 17:07 | 25 | **Q.**   WELL, LET'S ASK OURSELVES. |

| 17:07 | 1 | **A.** | OKAY. |

17:07   1   **A.**   OKAY.

17:07   2   **Q.**   YOU SAID, "MEAN WATER LEVEL"; RIGHT?

17:07   3   **A.**   STILL WATER LEVEL, RIGHT.

17:07   4   **Q.**   SORRY?

17:07   5   **A.**   STILL WATER LEVEL.

17:07   6   **Q.**   WELL, YOU CHANGED IT ON ME.  IS IT MEAN OR IS IT STILL?

17:07   7   **A.**   I WOULD SAY STILL WATER LEVEL.

17:07   8   **Q.**   WELL, YOU SAID "MEAN" BEFORE.  NOW YOU MEAN "STILL."

17:07   9   **A.**   THAT'S RIGHT.

17:07   10   **Q.**   WELL, MAYBE DR. BEA WAS TALKING ABOUT A DIFFERENT NUMBER.

17:07   11   IS THAT POSSIBLE?

17:07   12   **A.**   I DON'T KNOW.

17:07   13   **Q.**   YOU DON'T KNOW.  SO YOU CAN'T CRITICIZE DR. BEA; RIGHT?

17:08   14   **A.**   MY SENSE IS HE WORKS WITH STILL WATER LEVELS.

17:08   15   **Q.**   "MY SENSE" IS NOT GOOD ENOUGH, MR. EBERSOLE.  EITHER YOU

17:08   16   KNOW OR DON'T KNOW WHAT DR. BEA USED.  DO YOU KNOW?

17:08   17        **MR. MITSCH:**  OBJECTION, YOUR HONOR.  HE IS BEING

17:08   18   ARGUMENTATIVE.

17:08   19        **THE COURT:**  THAT IS BEING ARGUMENTATIVE, MR. BRUNO.

17:08   20   **BY MR. BRUNO:**

17:08   21   **Q.**   MAY I ASK:  DO YOU KNOW?

17:08   22   **A.**   AS FAR AS I CAN TELL, HE USES A STILL WATER LEVEL.

17:08   23   **Q.**   AS FAR AS YOU CAN TELL?

17:08   24   **A.**   THAT'S CORRECT.

17:08   25   **Q.**   THAT'S JUST A GUESS, BASED UPON WHAT YOU JUST TOLD ME.

| 17:08 | 1 | **A.**   NO.  I LOOKED AT -- I LOOKED AT THE TABLES IN HIS REPORT |
| 17:08 | 2 | FOR HIS TEST CASE, AND THE WATER LEVEL VALUES THAT HE WAS |
| 17:08 | 3 | CITING WERE THE SAME LEVELS COMING OUT OF THE FINEL MODEL.  SO |
| 17:08 | 4 | I WOULD ASSUME THAT THEY ARE STILL WATER LEVELS. |
| 17:08 | 5 | **Q.**   WE HAVE A P6 WAVE HEIGHT OF 1.35 METERS AND WE HAVE A P7 |
| 17:08 | 6 | WAVE HEIGHT OF .70 METERS; RIGHT? |
| 17:08 | 7 | **A.**   RIGHT. |
| 17:08 | 8 | **Q.**   SO LET'S SEE -- 1.3 METERS IS A 4.43-FOOT WAVE; RIGHT? |
| 17:09 | 9 | **A.**   I TRUST YOUR CALCULATIONS.  IT SOUNDS REASONABLE. |
| 17:09 | 10 | **Q.**   ACCORDING TO YOU THAT'S A 4.43-FOOT WAVE AT THE TOE; |
| 17:09 | 11 | RIGHT? |
| 17:09 | 12 | **A.**   YEAH.  MY SENSE IS THEY PROBABLY RAN THESE TESTS WITH A -- |
| 17:09 | 13 | IN A FLUME THAT HAD A SQUARE BOTTOM, A FLAT BOTTOM OFFSHORE, |
| 17:09 | 14 | AND THEN IT CAME UP TO THE LEVEE SLOPE.  SO I BELIEVE THE |
| 17:09 | 15 | APPROPRIATE HEIGHT WOULD BE 4 FEET AT THE TOE.  IT'S TYPICALLY |
| 17:09 | 16 | HOW THOSE TESTS ARE EXECUTED. |
| 17:09 | 17 | **Q.**   SO WHAT WE SEE HERE -- AND YOU USED THIS CHART.  YOU SAID |
| 17:09 | 18 | THIS CHART INDICATES THAT IT TAKES OVER 15 HOURS TO GET TWO |
| 17:09 | 19 | INCHES OF GRASS ERODED; RIGHT?  THAT'S WHAT YOU CONCLUDED. |
| 17:09 | 20 | **A.**   FOR ZONE 1.  FOR P6, ZONE 1, THAT'S CORRECT. |
| 17:09 | 21 | **THE COURT:**  THE BLOCK. |
| 17:09 | 22 | **BY MR. BRUNO:** |
| 17:10 | 23 | **Q.**   17 HOURS; AM I RIGHT?  17 HOURS. |
| 17:10 | 24 | **A.**   CLOSE.  I DON'T KNOW IF I SAID 16 OR 17. |
| 17:10 | 25 | **Q.**   YOU REMEMBER, WHEN YOU LOOKED AT THE PHOTOGRAPHS, YOU SAW |

2528

17:10    1    EVIDENCE OF AT LEAST 2 INCHES OF DEPTH ERODED ON THE FRONT SIDE

17:10    2    OF THE LEVEE THAT YOU ATTRIBUTED TO FRONT-SIDE WAVE ATTACK;

17:10    3    RIGHT?

17:10    4    **A.**   CORRECT.

17:10    5    **Q.**   SO WHAT THIS CHART SAYS SHOULD TAKE 17 HOURS WITH A

17:10    6    4.43-FOOT WAVE, ACCORDING TO YOU, HAPPENED IN A COUPLE HOURS

17:10    7    DURING KATRINA; ISN'T THIS TRUE?

17:10    8    **A.**   COULD YOU RESTATE THAT QUESTION.

17:10    9    **Q.**   OKAY.  LET'S DO IT AGAIN.

17:10   10             **THE COURT:**  IF YOU USE THIS CHART, IT WOULD HAVE

17:10   11    TAKEN --

17:10   12             **MR. BRUNO:**  17 HOURS.

17:10   13             **THE COURT:**  -- 17 HOURS FOR THE EROSION HE SAW IN

17:10   14    KATRINA TO OCCUR; IS THAT TRUE?  YOU CAN ASK IT.

17:10   15             **MR. BRUNO:**  JUDGE, CAN I CALL YOU FOR MY QUESTIONS

17:10   16    AHEAD OF TIME?

17:10   17             **THE COURT:**  NO, NO, NO.  I DON'T WANT TO DO TOO MUCH.

17:11   18             **MR. BRUNO:**  I HOPE YOU TAKE THAT IN JEST.

17:11   19             **THE COURT:**  OH, I DO.

17:11   20                  IS THAT CORRECT?

17:11   21             **THE WITNESS:**  ACCORDING TO THIS CHART, MY

17:11   22    INTERPRETATION WOULD BE THAT WHERE WE SAW SURFACE EROSION WAS

17:11   23    SLIGHTLY MORE ERODIBLE THAN THE SOIL CONDITIONS THAT THEY USED

17:11   24    IN THIS PARTICULAR TEST.

17:11   25             **THE COURT:**  I UNDERSTAND THAT THAT'S A GUESS BECAUSE

17:11   1   HE DOESN'T KNOW IT.  I UNDERSTAND IT.

17:11   2              **MR. BRUNO:**  I DIDN'T HEAR HIS ANSWER.

17:11   3              **THE COURT:**  HE SAID THE SOIL WAS MORE ERODIBLE.

17:11   4              **THE WITNESS:**  BUT THERE WERE ALSO AREAS THAT HAD NO

17:11   5   TURF EROSION AT ALL, SO THAT WOULD BE FAIRLY CONSISTENT WITH

17:11   6   THESE NUMBERS.

17:11   7   **BY MR. BRUNO:**

17:11   8   **Q.**   IT'S FAIRLY CONSISTENT WITH THE POINT THAT I WAS TRYING TO

17:11   9   MAKE AN HOUR AGO THAT THE CONSISTENCY, THE MAKEUP OF THE LEVEE

17:11   10  IS DIFFERENT ALL OVER THE REACH, THE 12 1/2 MILES.  SOMETIMES

17:11   11  IT'S MAYBE GRAY CLAY; SOMETIMES IT HAS A LOT OF SAND IN IT.  SO

17:11   12  YOU REALLY CAN'T DRAW ANY GENERALIZED CONCLUSIONS, ASSUMING

17:11   13  THAT THE WHOLE 12 1/2 MILES IS CLAY; ISN'T THIS TRUE?

17:11   14  **A.**   I THINK YOU CAN DRAW A CONCLUSION THAT THE MAJORITY OF

17:12   15  THAT MATERIAL WAS CLAY.

17:12   16  **Q.**   WELL, THEN, IF THE MAJORITY IS CLAY, THEN LET'S DRAW THIS

17:12   17  CONCLUSION.  IT TOOK 17 HOURS TO GET 2 INCHES IN CLAY.  SO,

17:12   18  THEREFORE, IT TOOK 17 HOURS TO MAKE THE HOLES THAT YOU SAW IN

17:12   19  THE PHOTOGRAPHS WHILE THE GUY WAS TAKING PICTURES IN A

17:12   20  HELICOPTER ABOVE THE REACH 2 LEVEE; RIGHT?  IT TOOK 17 HOURS?

17:12   21  **A.**   THAT'S WHAT I SAID.  I BELIEVE THAT WAS SLIGHTLY MORE

17:12   22  ERODIBLE THAN THE CLAY THAT WAS USED IN THESE TESTS.

17:12   23  **Q.**   YOU CAN'T HAVE IT BOTH WAYS, MR. EBERSOLE.  YOU HAVE JUST

17:12   24  TOLD US THAT YOU ARE MAKING THE ASSUMPTION THAT THE WHOLE

17:12   25  12 1/2 MILES IS CLAY.  NOW YOU WANT TO SAY THAT IN EVERY

2530

17:12   1   PHOTOGRAPH WHERE YOU SAW 2 INCHES OF SOIL REMOVED,

17:12   2   HAPPENSTANCE, LUCK OF THE IRISH, THOSE ARE THE PLACES WHERE

17:12   3   IT'S NOT CLAY; RIGHT?

17:12   4   **A.**   I BELIEVE IT WAS CLAY, BUT I THINK IT'S PRETTY CLEAR THAT

17:12   5   THAT CLAY HAD SOME DIFFERING ERODIBILITY CHARACTERISTICS.

17:13   6           **THE COURT:**  IS THIS A GOOD PLACE TO STOP?

17:13   7           **MR. BRUNO:**  ON THAT NOTE, JUDGE, IT'S A GOOD PLACE TO

17:13   8   STOP, IF YOU DON'T MIND.

17:13   9           **THE COURT:**  I DON'T MIND.  I THINK I HAVE APPRISED

17:13   10  EVERYBODY I HAVE TO BE, UNFORTUNATELY, ON A PANEL TOMORROW AT

17:13   11  THE FIFTH CIRCUIT CONFERENCE.  THEREFORE, WE WILL COMMENCE AT

17:13   12  1:00 SHARP.

17:13   13          **MR. BRUNO:**  THANK YOU, JUDGE.  ENJOY THE CONFERENCE.

17:13   14          **THE COURT:**  LET ME JUST ASK YOU THIS, MR. BRUNO, JUST

17:13   15  FOR TIME PURPOSES.  DO YOU THINK YOU WILL BE FINISHED WITH

17:13   16  MR. EBERSOLE TOMORROW BY 5:30?  JUST A GUESS.

17:13   17          **MR. BRUNO:**  I WILL MAKE EVERY EFFORT, JUDGE.

17:13   18          **THE COURT:**  YOU DON'T HAVE TO.  I MEAN, USE YOUR TIME

17:13   19  AS YOU NEED.

17:13   20          **MR. BRUNO:**  I WILL.  YES, I'M GOING TO WORK ON IT.  I

17:13   21  DON'T WANT --

17:13   22          **THE COURT:**  THIS IS ALSO FOR THE GOVERNMENT'S

17:13   23  STANDPOINT.  I WOULDN'T COUNT ON ANY WITNESS TOMORROW OTHER

17:13   24  THAN MR. EBERSOLE.

17:13   25          **MR. MITSCH:**  BASED ON TODAY, I'M NOT.

FINAL DAILY COPY

17:14   1           **MR. BRUNO:**  BASED ON TODAY, MAYBE THOSE WITNESSES

17:14   2   SHOULD STAY HOME.

17:14   3           **THE COURT:**  WE WILL SEE YOU AT 1:00 SHARP TOMORROW, I

17:14   4   HOPE.

17:14   5           **THE DEPUTY CLERK:**  ALL RISE.

17:14   6           (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.)

17:14   7                           * * *

17:14   8                       **CERTIFICATE**

17:14   9           I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

17:14  10   REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT

17:14  11   OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE

17:14  12   AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND

17:14  13   UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE

17:14  14   ABOVE-ENTITLED AND NUMBERED MATTER.

17:14  15
17:14
17:14  16
17:14
17:14  17                            S/ TONI DOYLE TUSA
17:14                               TONI DOYLE TUSA, CCR, FCRR
17:14  18                            OFFICIAL COURT REPORTER
17:14

       19

       20

       21

       22

       23

       24

       25


                           FINAL DAILY COPY

**$**

$15 [2]  2442/25 2451/16
$20 [3]  2442/25 2451/16 2452/20
$20 MILLION [3]  2442/25 2451/16 2452/20

**'**

'85 [1]  2512/18
'87 [6]  2510/16 2513/7 2513/19 2514/4 2514/6 2514/9

**.**

.18 [1]  2427/13
.35 [1]  2427/14
.4 [18]  2412/20 2412/25 2413/2 2413/2 2413/5 2413/16 2416/6 2457/20 2459/13 2459/14 2459/18 2461/15 2461/16 2461/18 2468/9 2468/15 2468/17 2468/22
.5 [18]  2404/19 2412/20 2412/25 2413/6 2413/9 2413/13 2413/16 2413/18 2413/19 2414/1 2414/2 2416/3 2427/16 2459/16 2460/8 2461/16 2468/16 2468/21
.6 [13]  2412/24 2412/24 2413/2 2413/3 2416/7 2459/15 2459/16 2461/19 2461/21 2461/25 2468/7 2468/15 2468/22
.70 [1]  2527/6
.70 METERS [1]  2527/6

**0**

06-CV-2268-K [1]  2385/5

**1**

1 CUBIC [1]  2427/16
1-FOOT [1]  2422/17
1.12 [2]  2446/17 2447/17
1.3 [1]  2527/8
1.35 METERS [1]  2527/5
1.5 [1]  2428/11
1/2 [16]  2460/14 2460/21 2461/9 2461/11 2462/11 2462/14 2467/1 2467/2 2467/2 2468/2 2468/3 2468/6 2468/25 2491/9 2529/10 2529/13
1/2-FOOT [2]  2460/24 2485/10
1/2-MILE [1]  2467/18
1/4 [2]  2468/25 2469/6
10 [8]  2413/18 2414/24 2415/22 2445/7 2451/22 2462/14 2463/12 2466/1
10 FEET [2]  2460/8 2466/5
10-FOOT [4]  2412/16 2413/21 2461/1 2461/13
100 [5]  2442/4 2442/4 2442/5 2445/16 2494/1
1000 [1]  2385/16
10022 [1]  2387/4
11 [3]  2385/10 2409/9 2409/12
1100 [1]  2386/3
12 [8]  2467/18 2468/3 2468/6 2468/25 2485/10 2491/9 2529/10 2529/13
12 1/2 [1]  2529/25
12 MILES [1]  2485/12
12 PERCENT [1]  2446/14
1205 [1]  2386/24
1261 [1]  2386/13
13 [1]  2433/23
13 FEET [2]  2430/16 2433/6
13.9 FEET [1]  2426/8
1366 [1]  2386/14
139 [1]  2431/17
14 [2]  2428/21 2428/22
14 FEET [1]  2430/16

14.7 [1]  2430/16
14.79 GEMINI [1]  2386/21
2515/17 2515/21
1487 [1]  2420/23
15 [14]  2392/20 2392/25 2394/5 2401/11 2401/12 2401/14 2404/15 2419/2 2424/20 2425/10 2445/7 2473/6 2508/20 2527/18
15 FEET [2]  2403/7 2403/15
15-FOOT [6]  2401/4 2401/11 2401/15 2402/10 2405/18 2423/8
15-MINUTE [1]  2445/24
15.2 [1]  2424/21
15.25 [1]  2430/16
15.3 [2]  2427/24 2427/24
15.4 [5]  2405/19 2425/9 2425/10 2425/14 2426/18
15.4-FOOT [3]  2425/18 2426/15 2427/24
15.5 [4]  2392/20 2401/11 2426/24 2428/5
15.5-FOOT [1]  2425/7
16 [2]  2429/13 2527/24
16 FEET [1]  2405/8
16-FOOT [4]  2405/2 2405/18 2419/3 2423/9
16.3 [1]  2405/19
16.5 [3]  2426/20 2426/21 2426/25
16.5-FOOT [1]  2428/4
17 [18]  2460/14 2460/21 2460/24 2461/9 2461/11 2467/1 2467/2 2467/2 2468/2 2527/23 2527/23 2527/24 2528/5 2528/12 2528/13 2529/17 2529/18 2529/20
17 FEET [1]  2419/5
17-FOOT [1]  2423/7
17.15.6 [1]  2451/25
17.5 [6]  2389/14 2390/1 2393/14 2394/6 2450/14 2452/3
17.5 FEET [2]  2429/13 2450/2
17.5-FOOT [1]  2412/15
17.6 [4]  2390/2 2450/3 2450/13 2452/3
18 [2]  2420/23 2444/9
18-FOOT [1]  2423/8
19 [1]  2411/2
193 [1]  2447/22
1958 [1]  2493/10
1985 [1]  2510/12
1987 [1]  2393/9
1:00 SHARP [2]  2530/12 2531/3
1:4 [1]  2522/7

**2**

2 INCHES [3]  2528/1 2529/17 2530/1
2 METERS [1]  2504/7
2.5 [3]  2392/22 2402/1 2405/11
2.9 FEET [2]  2425/19 2426/9
20 [3]  2405/12 2419/7 2473/6
20 FEET [5]  2393/10 2393/10 2415/5 2460/7 2460/12
200 YARDS [1]  2445/16
2000 [4]  2435/6 2435/9 2435/14 2435/23
20044 [1]  2387/18
2005 [1]  2435/5
2008 [1]  2455/10
2009 [2]  2385/7 2389/2
21 [7]  2431/21 2432/6 2447/23 2447/25 2448/10 2448/13 2449/1
211 [7]  2400/8 2400/10 2428/21 2431/17 2471/15 2471/17 2482/2
2138.3 [1]  2430/6
2169 [1]  2470/22
2170 [2]  2501/2 2503/15
22 [3]  2389/9 2431/10 2431/15

23 [2]  2411/2 2444/11
24 [1]  2473/6
25 PERCENT [1]  2393/12
250 YARDS [1]  2445/17
2626 [1]  2386/24
2655 [1]  2386/10
289 [2]  2493/10 2493/12
290 [4]  2495/7 2503/22 2509/3 2510/12
291 [4]  2506/22 2507/21 2518/4 2518/6
292 [3]  2517/1 2518/4 2518/6
295 [1]  2521/21

**3**

3 FEET [1]  2414/21
3-FOOT [2]  2517/9 2518/18
3.28-FOOT [1]  2518/18
30 [8]  2405/12 2464/1 2464/4 2464/5 2464/12 2464/16 2464/18 2464/24
30 FEET [3]  2414/7 2464/6 2464/13
3102 [1]  2386/3
325 [1]  2387/4
3668 [1]  2386/7
37 [1]  2492/6

**4**

4 FEET [1]  2527/15
4.43-FOOT [3]  2527/8 2527/10 2528/6
4.5 [1]  2413/19
4.5 METERS [1]  2512/16
40 [3]  2416/21 2417/9 2419/12
40 PERCENT [1]  2494/4
40265 [1]  2429/12
406 [1]  2387/20
449 [3]  2410/20 2410/25 2411/1
497 [1]  2482/13
4:30 [10]  2400/12 2402/12 2402/17 2402/21 2402/25 2402/25 2403/2 2403/5 2404/4 2404/8

**5**

5 FEET [4]  2413/22 2415/14 2415/21 2467/3
50 [5]  2415/20 2444/9 2444/10 2444/11 2445/11
50 FEET [2]  2414/18 2415/13
50 PERCENT [1]  2460/4
50-FOOT [2]  2415/3 2415/23
500 [2]  2386/6 2387/20
500 FEET [1]  2524/5
504 [1]  2387/21
519 [1]  2386/17
55 PERCENT [1]  2407/8
550 [1]  2385/16
556 [1]  2386/6
57TH [1]  2387/4
589-7778 [1]  2387/21
591 [2]  2409/9 2409/12
5:00 [6]  2400/10 2400/12 2402/12 2402/25 2404/4 2404/8
5:00 A.M [3]  2402/12 2402/25 2403/6
5:00 IN [1]  2403/2
5:15 [1]  2446/1
5:30 [16]  2402/13 2402/17 2402/21 2403/3 2403/9 2404/7 2404/18 2404/20 2404/21 2405/18 2419/3 2424/21 2426/14 2426/18 2427/7 2530/16

**6**

6 INCHES [2]  2435/15 2509/16
6-INCH [1]  2509/15
6.4 FEET [1]  2504/18
6.6 [5]  2504/19 2504/20 2505/1 2505/2 2505/22
6.6 FEET [3]  2504/20 2505/3 2506/11

6

60 [5]  2464/2 2464/4 2464/5 2464/18
2464/20
600 [1]  2387/7
601 [1]  2386/10
604 [1]  2387/7
610 [1]  2385/23
618 [1]  2386/20
64 [1]  2482/2
6:00 [4]  2405/14 2405/14 2427/23
2427/25
6:00 A.M [1]  2421/5
6:00 BECAUSE [1]  2426/1
6:00 FOLLOWED [1]  2422/12
6:00 FOR [1]  2405/18

7

7 1/2 [1]  2461/12
7 1/2-FOOT [1]  2460/24
7 FEET [1]  2466/4
7.5-FOOT [1]  2412/15
70113 [2]  2385/20 2385/23
70130 [3]  2386/10 2387/8 2387/21
70381 [1]  2386/25
70502 [1]  2386/7
70726 [1]  2386/17
70801 [1]  2386/21
70821 [1]  2386/14
74 [1]  2482/2
75 [2]  2430/6 2432/21
75219 [1]  2386/4
76 [1]  2428/24
7778 [1]  2387/21
7:00 [1]  2422/12
7:30 [4]  2418/8 2420/13 2452/13
2452/16

8

855 [1]  2385/19
888 [1]  2387/18
8:20 [2]  2416/25 2417/21
8:30 [9]  2416/21 2416/25 2417/7
2417/20 2417/21 2417/23 2418/8
2452/12 2452/15

9

9 FEET [6]  2413/18 2465/9 2465/14
2465/16 2465/18 2465/20
9-FOOT [1]  2413/21
90 [1]  2464/3
90071 [1]  2385/16
99 PERCENT [1]  2398/15
99.9 [2]  2398/16 2398/19
99.9 PERCENT [1]  2398/9

A

A 50-FOOT [1]  2414/10
A.M [4]  2402/12 2402/25 2403/6 2421/5
ABILITY [5]  2495/9 2495/20 2496/16
2505/8 2531/12
ABLE [1]  2395/7
ABOUT [132]  2390/2 2390/12 2391/1
2391/3 2391/4 2391/13 2391/20 2392/7
2392/8 2393/12 2395/3 2395/17 2395/18
2395/21 2400/10 2401/4 2401/5 2401/18
2402/1 2402/12 2402/13 2402/23 2403/1
2409/23 2409/24 2416/15 2417/10
2417/11 2420/16 2420/18 2421/5 2421/7
2421/12 2421/14 2423/19 2424/9
2424/25 2425/7 2428/19 2433/10 2434/2
2438/18 2439/18 2439/22 2439/24
2439/24 2441/10 2442/23 2446/10
2446/18 2447/6 2448/1 2453/8 2457/11

2457/22 2458/7 2459/2 2459/11 2460/14
2460/20 2461/21 2463/3 2463/16 2464/14
2464/25 2465/4 2465/17 2467/6 2467/6
2467/19 2471/3 2471/10 2471/10
2471/14 2472/5 2472/6 2472/7 2472/8
2472/22 2474/20 2475/1 2475/21
2478/22 2479/9 2481/11 2481/13
2483/22 2484/23 2486/5 2489/20
2491/10 2493/23 2494/13 2494/15
2494/19 2494/20 2496/19 2496/23
2502/4 2504/11 2505/16 2505/16
2505/17 2505/22 2506/19 2507/8 2508/1
2508/3 2508/4 2508/21 2509/3 2509/5
2510/2 2510/7 2512/6 2512/11 2512/13
2512/16 2513/5 2513/6 2514/4 2514/5
2514/19 2514/20 2515/15 2516/9 2518/5
2519/10 2521/23 2523/8 2525/8 2526/10
ABOVE [16]  2390/3 2391/17 2391/22
2392/22 2411/12 2451/22 2457/20
2462/19 2489/12 2509/9 2521/5 2521/12
2525/18 2525/21 2529/20 2531/14
ABOVE-ENTITLED [1]  2531/14
ABOVEGROUND [2]  2508/11 2508/16
ABSOLUTE [2]  2442/24 2473/10
ABSOLUTELY [6]  2425/11 2445/19
2474/3 2474/10 2474/11 2520/20
ABSORBED [1]  2475/5
ACCELERATED [1]  2515/24
ACCEPT [1]  2430/2
ACCORDING [7]  2402/11 2515/23
2517/10 2518/19 2527/10 2528/6
2528/21
ACCOUNT [2]  2449/4 2497/24
ACCOUNTED [1]  2490/10
ACCURACY [3]  2430/19 2433/5 2442/24
ACCURATE [11]  2401/25 2423/22
2430/3 2430/18 2430/19 2433/5 2435/21
2436/7 2436/16 2458/12 2478/20
ACCURATELY [1]  2488/12
ACRONYM [2]  2438/25 2439/2
ACROSS [2]  2413/24 2431/1
ACT [1]  2472/3
ACTION [7]  2473/8 2492/4 2498/16
2504/10 2504/22 2513/3 2517/21
ACTIVE [2]  2501/12 2501/12
ACTS [1]  2473/23
ACTUAL [6]  2421/11 2436/17 2452/2
2465/22 2469/25 2503/8
ACTUALLY [21]  2390/24 2397/3
2403/11 2406/4 2407/4 2410/16 2412/24
2427/17 2428/1 2428/16 2430/7 2435/18
2448/3 2450/2 2464/2 2475/8 2479/7
2495/17 2500/19 2502/5 2514/6
ADCIRC [22]  2437/4 2443/4 2443/6
2443/7 2443/12 2443/15 2443/18
2444/17 2451/2 2451/2 2451/14 2451/15
2451/18 2452/11 2452/11 2452/13
2452/20 2453/3 2453/5 2453/9 2454/5
2455/13
ADD [4]  2393/17 2399/5 2470/4 2482/3
ADDITION [2]  2390/18 2440/4
ADDITIONAL [4]  2390/19 2393/17
2457/7 2458/16
ADDRESS [1]  2457/10
ADDRESSED [2]  2433/15 2471/17
ADJUSTMENT [2]  2436/15 2458/8
ADMITTED [2]  2470/25 2503/17
ADOPTED [1]  2447/18
ADVANCED [1]  2436/25
ADVICE [2]  2417/13 2422/19
AFFECT [5]  2395/7 2410/5 2416/4
2469/14 2488/3
AFFECTED [1]  2518/17

AFTER [4]  2435/1 2485/19 2492/19
AFTERNOON [2]  2385/10 2389/1
AFTERWARDS [1]  2481/10
AGAIN [23]  2389/25 2392/7 2408/3
2410/7 2418/12 2428/20 2430/6 2430/12
2430/18 2433/4 2468/3 2468/12 2469/18
2486/24 2487/24 2500/20 2502/17
2506/17 2512/2 2514/19 2515/2 2522/9
2528/9
AGGREGATES [2]  2482/22 2519/3
AGO [4]  2399/20 2427/8 2439/19 2529/9
AGREE [29]  2408/14 2408/21 2409/4
2411/13 2415/8 2416/20 2422/9 2429/19
2432/22 2433/17 2452/24 2452/25
2455/21 2466/13 2469/2 2470/8 2477/9
2489/22 2491/6 2506/14 2506/9 2506/14
2507/22 2509/12 2512/5 2512/14 2513/3
2516/8 2519/22
AGREE THAT [1]  2516/8
AGREED [2]  2409/20 2518/20
AGREEMENT [8]  2419/16 2419/23
2420/2 2449/24 2450/6 2450/10 2450/15
2450/20
AH [1]  2457/9
AHEAD [6]  2405/17 2417/3 2514/13
2515/10 2515/11 2528/16
AIM [1]  2493/20
AIRPLANE [2]  2520/25 2521/1
AKIN [1]  2476/12
AL [2]  2385/5 2385/7
ALBEIT [1]  2409/21
ALIGNMENT [1]  2420/10
ALL [111]  2389/3 2391/21 2393/1 2394/5
2394/16 2395/11 2395/18 2395/23
2396/5 2396/12 2398/5 2398/8 2399/9
2399/13 2400/17 2407/12 2407/17
2408/4 2409/4 2410/19 2411/16 2411/25
2412/21 2417/8 2418/11 2419/1 2422/13
2422/21 2423/5 2423/7 2423/24 2423/25
2424/4 2424/14 2424/17 2425/7 2425/22
2428/17 2431/25 2434/2 2434/19 2436/6
2436/22 2438/17 2442/3 2445/21 2446/4
2446/6 2447/15 2450/17 2452/25
2453/24 2455/16 2458/17 2460/16
2462/8 2462/21 2463/10 2465/20 2466/6
2468/21 2469/2 2469/9 2470/20 2470/24
2471/15 2471/24 2472/5 2472/23
2472/25 2473/1 2473/5 2473/15 2474/16
2477/8 2477/11 2480/18 2481/11
2481/15 2482/2 2485/17 2486/21
2489/22 2489/24 2490/25 2493/15
2495/7 2495/25 2496/10 2496/11
2496/23 2498/18 2500/14 2500/17
2500/22 2501/11 2501/11 2501/17
2507/22 2511/15 2514/15 2514/25
2515/10 2517/3 2520/16 2521/25 2523/7
2525/20 2529/5 2529/10 2531/5
ALLOW [3]  2429/19 2436/2 2457/24
ALLOWED [1]  2486/21
ALLUDED [1]  2420/25
ALLUDING [1]  2455/2
ALONG [43]  2390/1 2395/12 2396/3
2396/13 2396/25 2420/14 2423/20
2435/11 2435/15 2435/24 2437/7 2437/8
2440/2 2446/15 2446/16 2447/9 2447/25
2448/11 2450/23 2452/9 2457/12
2459/21 2466/3 2467/18 2472/1 2472/21
2476/13 2476/20 2477/22 2477/24
2480/24 2484/18 2484/25 2485/8
2485/14 2487/19 2491/4 2496/18
2496/18 2496/22 2500/9 2506/14
2515/14

**A**

ALREADY [7]  2408/6 2418/17 2436/8
 2446/10 2446/14 2451/9 2503/2
ALSO [25]  2387/6 2390/21 2391/9
 2408/21 2409/7 2419/18 2420/10
 2420/11 2422/19 2431/16 2437/11
 2443/21 2455/17 2466/20 2478/21
 2482/5 2484/5 2488/9 2496/14 2498/14
 2500/3 2501/4 2513/18 2529/4 2530/22
ALTER [5]  2420/12 2420/13 2449/4
 2449/21 2449/21
ALTERED [4]  2396/3 2417/6 2418/19
 2420/14
ALTERING [1]  2394/20
ALTERNATIVES [3]  2408/25 2412/19
 2412/21
ALTHOUGH [1]  2447/19
ALWAYS [7]  2420/13 2460/3 2469/21
 2505/20 2506/15 2523/4 2523/7
AM [4]  2463/20 2487/4 2499/19 2527/23
AMERICA [1]  2385/7
AMIN [1]  2387/11
AMONG [3]  2409/5 2446/20 2451/21
AMOUNT [13]  2396/21 2396/22 2397/21
 2397/24 2399/19 2407/4 2410/4 2413/7
 2422/20 2435/16 2473/11 2477/16
 2488/3
AMOUNTS [2]  2399/19 2409/15
ANALOGOUS [1]  2510/20
ANALYSES [1]  2394/16
ANALYSIS [10]  2390/10 2394/19
 2397/18 2416/23 2421/13 2442/17
 2465/13 2478/24 2490/3 2495/2
AND/OR [1]  2505/18
ANDRY [2]  2385/21 2385/22
ANGELES [1]  2385/16
ANGLE [4]  2498/13 2501/4 2516/6
 2516/21
ANNOTATION [2]  2492/8 2492/10
ANOMALIES [1]  2416/3
ANOTHER [4]  2389/11 2407/10 2453/1
 2501/25
ANSWER [27]  2400/3 2400/24 2402/15
 2404/17 2404/20 2406/1 2406/17
 2406/17 2407/20 2407/24 2407/24
 2411/8 2415/7 2415/10 2415/19 2432/19
 2433/1 2433/2 2441/5 2445/20 2445/23
 2478/25 2505/19 2514/12 2514/23
 2525/2 2529/2
ANSWERED [2]  2404/16 2436/8
ANTICIPATED [5]  2390/6 2392/13
 2393/3 2393/4 2393/19
ANY [33]  2394/8 2410/1 2412/1 2422/7
 2436/9 2436/18 2436/19 2439/13
 2439/16 2440/7 2441/15 2447/10 2449/4
 2449/5 2462/23 2467/4 2470/23 2475/13
 2475/14 2475/16 2477/10 2478/16
 2485/23 2486/21 2486/22 2488/5 2504/7
 2504/10 2505/3 2517/10 2520/1 2529/12
 2530/23
ANYTHING [7]  2414/12 2441/16
 2475/21 2483/1 2483/4 2495/13 2505/15
ANYTIME [2]  2401/4 2490/16
ANYWAY [1]  2524/10
APOLOGIZE [2]  2415/12 2428/24
APPARENTLY [2]  2428/7 2476/10
APPEARANCES [3]  2385/13 2386/1
 2387/1
APPEARS [1]  2402/10
APPENDIX [2]  2465/25 2467/14
APPLIED [1]  2506/25
APPLY [3]  2508/1 2524/19 2524/24

APPLYING [1]  2478/19
APPRECIATE [2]  2460/8 2511/5
APPRISED [2]  2481/12 2530/9
APPROACH [2]  2495/4 2495/5
APPROPRIATE [14]  2393/16 2411/3
 2413/6 2459/18 2461/16 2461/18 2466/8
 2468/9 2471/1 2487/16 2495/4 2522/20
 2525/5 2527/15
APPROXIMATE [3]  2405/15 2405/17
 2429/10
APPROXIMATELY [9]  2398/10 2404/6
 2412/20 2435/9 2435/11 2435/23 2461/4
 2461/8 2485/5
ARBITRARILY [1]  2420/2
ARBITRARY [1]  2420/5
ARE [151]
AREA [12]  2422/19 2448/14 2481/6
 2486/10 2488/25 2489/15 2495/11
 2496/11 2500/24 2520/12 2520/22
 2520/23
AREAS [8]  2423/4 2435/17 2450/19
 2488/10 2490/11 2516/24 2520/12
 2529/4
AREN'T [3]  2391/15 2421/17 2428/1
ARGUE [2]  2402/6 2406/3
ARGUMENTATIVE [2]  2526/18 2526/19
ARMY [2]  2440/12 2485/24
AROUND [7]  2431/8 2472/25 2473/5
 2477/13 2478/7 2520/1 2520/6
ARPENT [3]  2416/21 2417/9 2419/12
ARRIVAL [4]  2417/18 2417/20 2432/9
 2432/12
ARRIVE [2]  2417/7 2423/21
ARRIVED [3]  2416/21 2448/7 2489/19
ARRIVING [1]  2446/25
ARROW [1]  2497/20
ARTICLE [23]  2492/14 2492/15 2493/7
 2493/11 2493/22 2494/7 2494/12
 2494/15 2494/18 2494/19 2494/20
 2496/21 2496/24 2502/14 2502/16
 2502/20 2502/22 2503/22 2519/11
 2521/22 2522/23 2524/23 2525/8
ARTICLES [2]  2511/16 2514/17
ARTICULATE [2]  2395/11 2408/24
ARTICULATED [1]  2410/1
ARTICULATELY [1]  2407/19
AS [117]  2389/6 2390/11 2390/17
 2391/5 2391/13 2391/19 2391/25
 2393/14 2393/24 2393/24 2396/10
 2397/10 2398/5 2398/25 2404/2 2404/3
 2406/3 2407/21 2407/22 2409/14 2413/8
 2418/16 2422/3 2425/10 2425/10
 2425/11 2425/12 2430/3 2430/13
 2430/15 2430/15 2431/6 2431/19 2432/4
 2432/4 2434/16 2435/17 2435/17 2436/6
 2436/7 2436/17 2436/19 2437/5 2437/7
 2441/20 2442/6 2445/12 2447/5 2447/6
 2449/16 2451/8 2452/4 2452/20 2453/5
 2453/15 2462/24 2463/8 2465/21 2466/1
 2466/1 2466/5 2466/5 2466/12 2467/3
 2468/8 2468/8 2469/13 2470/2 2470/18
 2471/23 2472/13 2476/3 2476/16
 2476/18 2476/19 2476/20 2476/21
 2476/22 2476/23 2478/12 2479/2 2482/8
 2483/4 2484/21 2485/11 2486/22
 2487/14 2490/23 2494/4 2494/4 2494/21
 2495/2 2496/2 2497/15 2498/2 2500/19
 2501/10 2504/24 2504/25 2506/25
 2507/4 2507/15 2511/8 2514/17 2515/15
 2515/25 2516/16 2516/18 2519/1 2519/9
 2522/10 2525/11 2526/22 2526/22
 2526/23 2526/23 2530/19
ASCERTAIN [7]  2394/17 2394/19

ASCERTAIN... [2]  2436/9 2485/17
ASCERTAINED [1]  2487/13
ASCERTAINING [1]  2394/13
ASHLEY [1]  2387/6
ASK [41]  2390/13 2396/12 2398/4
 2400/14 2415/18 2416/1 2417/2 2424/2
 2429/17 2430/25 2432/19 2437/12
 2440/6 2445/8 2445/9 2450/9 2458/7
 2468/19 2472/22 2475/23 2478/10
 2479/12 2479/13 2481/13 2487/1
 2501/16 2505/19 2508/22 2512/11
 2513/6 2513/8 2515/2 2517/22 2523/21
 2523/25 2524/16 2525/24 2525/25
 2526/21 2528/14 2530/14
ASKED [10]  2400/4 2442/8 2443/22
 2444/4 2445/9 2451/9 2479/9 2480/13
 2481/20 2505/17
ASKING [15]  2391/10 2395/20 2395/21
 2407/13 2407/15 2407/17 2407/18
 2407/19 2423/12 2430/18 2432/21 2433/4
 2441/5 2468/18 2512/13
ASSESS [1]  2491/7
ASSESSMENT [2]  2486/3 2489/23
ASSOCIATED [1]  2517/21
ASSOCIATES [2]  2385/15 2386/12
ASSUME [7]  2389/22 2416/2 2431/6
 2441/13 2442/2 2512/4 2527/4
ASSUMED [2]  2394/15 2413/7
ASSUMING [3]  2505/22 2505/25
 2529/12
ASSUMPTION [1]  2529/24
AT [228]
ATTACK [25]  2397/4 2397/14 2406/14
 2406/19 2407/4 2407/11 2407/12 2408/8
 2408/19 2436/24 2437/1 2437/21
 2439/14 2440/8 2440/25 2441/7 2491/24
 2496/16 2497/19 2498/11 2499/19
 2499/20 2501/3 2501/4 2528/2
ATTACKING [1]  2439/25
ATTEMPT [1]  2397/12
ATTRIBUTED [5]  2407/8 2407/10
 2407/25 2409/17 2528/2
AUGUST [1]  2435/5
AUGUST 2005 [1]  2435/5
AUGUSTINE [1]  2502/21
AVAILABLE [8]  2485/6 2485/8 2485/14
 2485/18 2487/19 2491/5 2496/7 2507/24
AVENUE [2]  2386/3 2386/17
AVERAGE [2]  2465/21 2512/2
AWAY [7]  2397/24 2504/21 2523/10
 2523/15 2523/16 2524/5 2524/5

**B**

BACK [55]  2389/20 2393/17 2401/23
 2402/5 2402/6 2403/8 2404/1 2407/22
 2408/11 2410/21 2421/15 2422/3
 2427/15 2427/19 2427/23 2428/7 2431/4
 2431/10 2432/21 2441/2 2443/11
 2450/7 2452/8 2452/16 2457/4 2474/13
 2475/8 2477/7 2480/1 2480/7 2495/16
 2497/23 2498/3 2498/14 2505/6 2505/9
 2505/14 2506/15 2507/21 2509/2 2514/6
 2514/23 2515/19 2515/20 2515/24
 2515/25 2516/1 2516/1 2516/14 2516/25
 2517/9 2517/13 2517/19 2518/6 2523/21
BACK-AND-FORTH [2]  2498/3 2498/14
BACK-SIDE [3]  2408/11 2441/10 2480/7
BACKGROUND [1]  2481/8
BACKWARDS [1]  2516/15
BACKYARD [1]  2472/12
BAEZA [1]  2387/10
BALLPARK [1]  2401/25

B

BAND [1] 2520/11
BANK [3] 2462/16 2462/18 2462/20
BANKS [1] 2504/17
BARON [1] 2386/2
BARONNE [2] 2385/19 2385/23
BASED [21] 2392/19 2397/18 2398/5
2417/14 2421/6 2427/9 2428/9 2434/13
2435/7 2464/15 2478/21 2484/24 2492/4
2496/12 2505/12 2521/11 2524/25
2525/3 2526/3 2530/25 2531/1
BASIC [1] 2416/14
BASICALLY [1] 2454/2
BASIS [1] 2463/7
BATON [2] 2386/14 2386/21
BAYOU [1] 2431/8
BE [196]
BEA [16] 2406/15 2406/17 2407/7
2407/25 2413/6 2439/8 2459/16 2466/4
2472/13 2477/1 2477/10 2477/19
2486/15 2526/10 2526/13 2526/16
BEA'S [4] 2406/10 2438/23 2497/22
2525/17
BEACH [20] 2395/15 2413/4 2446/19
2446/22 2447/3 2448/16 2466/19 2472/2
2472/5 2472/7 2472/9 2472/11 2472/12
2473/11 2474/2 2474/9 2475/4 2476/6
2478/18 2501/5
BEACHES [5] 2462/1 2472/20 2473/17
2473/18 2475/24
BEAR [1] 2478/24
BEARING [2] 2458/9 2459/10
BECAUSE [50] 2389/18 2390/8 2393/11
2400/23 2401/10 2404/14 2404/15
2405/3 2411/4 2415/24 2417/8 2418/21
2418/24 2419/23 2423/25 2425/21
2426/1 2428/8 2442/23 2446/1 2451/9
2452/21 2455/16 2457/17 2458/5
2459/16 2460/2 2461/16 2461/16
2466/23 2469/20 2469/24 2484/7
2489/24 2490/13 2493/7 2494/19
2496/15 2497/8 2503/22 2506/6 2506/15
2511/1 2514/23 2516/4 2516/16 2519/11
2524/8 2524/22 2528/25
BECOME [1] 2413/24
BEEF [2] 2407/5 2440/14
BEEN [21] 2389/5 2409/2 2423/2
2427/18 2435/8 2435/16 2445/9 2471/3
2473/4 2473/16 2473/17 2478/6 2482/5
2486/10 2486/13 2488/25 2496/8 2501/5
2514/4 2515/3 2523/18
BEFORE [30] 2385/10 2406/16 2415/7
2423/6 2428/7 2428/8 2430/7 2435/9
2438/12 2440/19 2440/21 2440/22
2442/15 2442/17 2454/23 2455/8 2459/7
2479/7 2479/23 2480/2 2481/9 2481/10
2492/23 2508/4 2510/22 2511/6 2512/23
2515/16 2523/24 2526/8
BEGAN [9] 2398/24 2403/18 2438/15
2439/18 2439/19 2440/1 2440/4 2440/20
2489/13
BEGIN [5] 2400/10 2401/15 2403/11
2404/5 2427/14
BEGINNING [3] 2403/8 2435/5 2480/23
BEGINS [6] 2400/11 2402/12 2402/25
2404/1 2404/3 2427/4
BEGUN [3] 2404/20 2428/11 2480/24
BEHAVIOR [1] 2506/24
BEHIND [1] 2458/15
BEING [17] 2393/13 2430/3 2484/13
2484/21 2511/8 2515/9 2515/24 2518/15
2519/12 2520/11 2520/18 2521/17

2522/8 2524/13 2525/9 2526/17 2526/19
BELIEVE [17] 2389/6 2396/6 2396/15
2397/8 2404/19 2406/12 2407/12 2408/8
2408/17 2408/20 2410/12 2411/3
2411/22 2411/23 2411/24 2416/25
2425/4 2425/23 2434/5 2434/18 2435/6
2437/10 2439/11 2441/24 2445/15
2447/5 2448/17 2450/21 2459/14
2459/16 2459/16 2459/18 2459/23
2466/2 2468/23 2471/16 2477/19
2486/18 2489/16 2495/4 2496/4 2505/7
2511/23 2523/2 2527/14 2529/21 2530/4
BELIEVED [1] 2435/7
BELIEVES [2] 2395/24 2406/10
BELOW [14] 2398/25 2402/1 2403/7
2404/12 2422/18 2423/13 2424/5 2429/6
2429/24 2433/10 2433/11 2433/12
2489/17 2525/20
BENCH [1] 2520/21
BENEATH [1] 2490/23
BENEFICIAL [1] 2495/19
BENEFIT [3] 2495/14 2500/22 2515/9
BENJAMIN [1] 2387/17
BERM [39] 2412/2 2413/3 2413/24
2426/12 2459/17 2459/20 2459/21
2459/22 2460/9 2460/9 2460/24 2461/7
2461/11 2461/17 2462/3 2462/5 2462/9
2462/12 2462/16 2462/17 2462/21
2462/24 2463/9 2463/9 2463/10 2463/14
2463/23 2464/1 2464/25 2468/9 2473/2
2473/2 2473/3 2475/21 2475/23 2476/3
2476/6 2476/6 2485/2
BERMUDA [1] 2502/21
BEST [3] 2428/15 2514/17 2531/12
BETTER [7] 2398/16 2400/2 2405/10
2451/4 2451/24 2500/21 2524/10
BETWEEN [44] 2395/1 2400/11 2402/17
2403/2 2404/8 2407/2 2407/16 2408/16
2410/7 2414/24 2415/21 2416/11
2416/15 2432/3 2435/2 2435/8 2435/14
2436/2 2436/3 2442/25 2445/13 2447/10
2450/23 2452/10 2459/4 2459/6 2460/4
2463/12 2465/21 2468/3 2468/22
2472/20 2481/25 2483/2 2488/20
2494/22 2494/23 2507/4 2509/11 2512/6
2522/8 2522/11 2522/13 2524/4
BIAS [8] 2441/14 2441/15 2441/15
2441/17 2441/19 2441/20 2442/3
2442/10
BIENVENUE [2] 2447/19 2448/19
BIG [15] 2414/6 2428/1 2440/14 2503/5
2518/17 2518/24 2519/6 2519/8 2519/9
2519/9 2519/14 2519/18 2519/19
2519/20 2519/24
BIGGER [2] 2411/18 2426/1
BIOLOGICAL [1] 2507/2
BIT [16] 2390/3 2394/24 2401/2 2417/22
2420/7 2432/8 2432/8 2434/3 2455/22
2461/22 2466/3 2471/14 2477/17 2478/7
2489/20 2513/19
BLACK [1] 2483/11
BLADES [2] 2495/14 2495/17
BLANKET [1] 2396/23
BLOCK [1] 2527/21
BLOW [1] 2522/1
BLUE [2] 2433/10 2433/12
BOARD [3] 2401/7 2416/17 2497/4
BOB [2] 2438/23 2439/8
BODY [1] 2478/23
BORGNE [2] 2415/25 2415/25
BORINGS [1] 2489/16
BOTH [18] 2405/19 2413/22 2416/20
2419/20 2427/18 2427/23 2432/2

2434/10 2434/12 2435/19 2438/25
2473/12 2476/10 2506/3 2506/8 2506/22
2506/21 2529/23
BOTTOM [13] 2462/11 2488/16 2489/8
2489/17 2489/18 2489/24 2499/2 2499/2
2503/21 2516/4 2516/18 2527/13
2527/13
BOULEVARD [1] 2386/24
BOUND [2] 2459/13 2470/15
BOUNDARY [4] 2453/8 2453/9 2453/11
2453/15
BOWL [1] 2418/17
BOX [10] 2386/7 2386/14 2386/24
2387/18 2433/14 2433/16 2433/19
2433/21 2433/22 2433/23
BRANCH [2] 2387/10 2473/7
BREACH [18] 2396/24 2397/10 2397/10
2415/2 2421/5 2421/6 2421/7 2421/10
2421/25 2422/11 2422/20 2422/22
2423/24 2430/14 2430/14 2430/17
2433/6 2482/13
BREACHED [3] 2394/23 2397/20 2436/5
BREACHES [7] 2395/23 2396/5 2397/2
2397/25 2417/6 2422/13 2430/13
BREACHING [18] 2394/22 2396/3
2396/25 2397/5 2397/13 2397/15
2397/15 2397/16 2401/15 2401/16
2401/20 2406/11 2418/20 2419/1
2419/22 2420/3 2428/19 2437/9
BREAK [3] 2490/10 2490/11 2490/12
BREAKER [1] 2471/25
BREAKERS [1] 2501/6
BREAKING [11] 2469/7 2472/3 2490/20
2493/20 2498/1 2498/13 2508/10
2508/16 2517/7 2517/9 2518/13
BRENDAN [1] 2387/3
BRIEF [1] 2446/5
BRIEFING [1] 2481/13
BRIEFLY [1] 2482/25
BRING [2] 2478/24 2513/11
BROAD [1] 2415/2
BROKEN [2] 2518/15 2519/12
BRUCE [2] 2389/5 2479/4
BRUNO [11] 2385/18 2385/18 2462/5
2468/18 2477/2 2482/23 2501/16 2511/9
2524/7 2526/19 2530/14
BRUNO'S [1] 2441/9
BUDD [1] 2386/2
BUILD [4] 2474/6 2488/18 2490/14
2506/8
BUILDING [2] 2437/7 2506/7
BUILT [7] 2393/10 2393/10 2474/7
2484/21 2484/22 2488/15 2488/21
BUNCH [1] 2447/1
BUSINESS [2] 2453/2 2480/18
BUT [93] 2395/7 2396/22 2396/25
2400/4 2401/20 2401/25 2404/4 2405/11
2407/21 2408/22 2409/22 2412/6
2413/17 2417/1 2418/19 2419/10
2419/18 2422/15 2423/18 2424/15
2431/19 2432/23 2433/5 2433/17 2435/5
2435/16 2436/21 2442/6 2442/19 2443/2
2444/24 2445/1 2445/19 2446/24 2448/6
2448/25 2449/21 2451/21 2453/19
2455/6 2455/19 2457/24 2460/2 2462/20
2463/13 2464/3 2464/17 2465/2 2465/20
2466/2 2467/4 2468/1 2469/21 2472/4
2473/21 2474/5 2476/15 2476/17
2485/17 2485/20 2487/20 2487/24
2488/3 2489/22 2493/13 2496/18
2496/23 2499/12 2499/16 2500/5
2504/16 2506/14 2507/3 2507/6 2507/11

**B**

BUT... [14]  2507/23 2510/9 2513/5
2513/17 2514/12 2516/11 2518/17
2518/24 2519/23 2520/7 2521/9 2524/22
2529/4 2530/4

**C**

CALCULATED [4]  2390/2 2392/8 2421/4
2437/5
CALCULATES [1]  2497/12
CALCULATING [1]  2390/18
CALCULATION [4]  2392/2 2392/6
2413/20 2467/5
CALCULATIONS [5]  2393/12 2465/11
2466/25 2479/22 2527/9
CALIFORNIA [1]  2385/16
CALL [20]  2389/9 2391/16 2425/14
2443/12 2447/22 2462/13 2471/12
2471/15 2472/4 2474/5 2476/2 2476/6
2476/6 2476/8 2476/9 2477/8 2483/6
2509/4 2521/17 2528/15
CALLED [2]  2401/19 2437/6
CALLING [1]  2432/16
CALLS [1]  2403/23
CALVIN [1]  2386/16
CAME [6]  2397/24 2455/17 2488/23
2491/25 2517/14 2527/14
CAN [88]  2389/9 2390/4 2391/3 2395/1
2395/4 2395/6 2398/15 2399/20 2400/2
2403/4 2405/10 2405/14 2407/20
2408/16 2411/16 2416/14 2416/17
2417/2 2417/3 2420/2 2420/10 2422/10
2425/10 2425/12 2431/4 2432/19
2432/19 2433/1 2442/3 2447/23 2451/23
2457/11 2459/12 2467/5 2468/16
2468/19 2468/23 2469/5 2469/14
2472/23 2476/6 2478/25 2483/10
2483/11 2483/15 2487/1 2487/25
2488/10 2492/6 2493/10 2494/2 2494/5
2496/18 2497/5 2498/5 2503/24 2504/6
2504/23 2504/25 2505/3 2509/19 2510/5
2510/12 2510/22 2511/16 2511/19
2512/14 2512/22 2513/25 2514/17
2515/15 2515/20 2516/12 2516/15
2517/4 2517/8 2518/8 2518/14 2518/24
2519/6 2524/16 2524/16 2525/18
2526/22 2526/23 2528/14 2528/15
2529/14
CAN'T [19]  2391/20 2404/17 2415/2
2419/23 2421/9 2424/2 2429/15 2433/2
2433/13 2433/14 2453/4 2461/14 2466/1
2470/19 2494/21 2494/22 2526/13
2529/12 2529/23
CANAL [5]  2416/21 2417/9 2419/12
2451/11 2451/18
CAP [3]  2484/15 2484/17 2484/21
CAREER [3]  2473/17 2480/10 2480/13
CAREFUL [6]  2409/23 2466/8 2486/5
2486/24 2508/1 2510/23
CAREFULLY [1]  2493/8
CARONDELET [1]  2387/7
CARTOONS [3]  2424/20 2427/10
2428/14
CARVE [1]  2396/20
CASE [13]  2389/13 2395/2 2413/12
2438/15 2471/10 2479/7 2480/3 2506/18
2523/6 2523/18 2524/9 2524/12 2527/2
CASES [3]  2407/16 2409/5 2427/19
CATEGORIES [1]  2503/11
CATEGORY [1]  2512/1
CAUSATION [1]  2395/3
CAUSE [9]  2396/15 2396/25 2406/11

2437/9 2502/2 2502/4 2502/5 2517/10
2519/24
CAUSED [15]  2396/24 2397/4 2397/11
2397/14 2397/16 2397/25 2398/22
2406/13 2407/9 2407/11 2408/8 2408/9
2408/18 2441/3 2518/14
CAUSES [2]  2396/18 2401/22
CCR [3]  2387/20 2531/9 2531/17
CENTER [2]  2414/19 2415/20 2437/15
2438/13
CENTERLINE [10]  2429/10 2476/14
2484/3 2484/19 2484/25 2485/15
2487/19 2491/5 2491/12 2491/19
CENTIMETERS [1]  2508/20
CENTRAL [1]  2405/23
CERTAIN [6]  2392/5 2416/4 2432/1
2434/12 2451/22 2517/17
CERTAINLY [17]  2392/20 2396/25
2427/14 2433/17 2444/14 2444/23
2472/4 2476/14 2478/6 2480/21 2486/8
2488/5 2491/12 2497/22 2503/10
2516/11 2516/23
CERTAINTY [1]  2473/10
CERTIFICATE [1]  2531/8
CERTIFY [1]  2531/11
CHAD [1]  2465/22
CHALLENGE [1]  2513/10
CHANGE [6]  2409/18 2419/22 2420/2
2420/10 2516/6 2516/21
CHANGED [3]  2412/18 2412/25 2526/6
CHANGES [11]  2401/1 2409/16 2409/24
2410/1 2411/21 2411/22 2411/24 2427/9
2434/15 2449/5 2516/19
CHANNEL [12]  2412/18 2412/22
2415/23 2457/20 2461/5 2461/6 2463/12
2470/1 2489/11 2489/17 2489/18 2490/3
CHANNELS [2]  2472/21 2505/13
CHARACTERISTIC [1]  2432/7
CHARACTERISTICS [2]  2495/21 2530/5
CHARACTERIZATION [1]  2452/23
CHARACTERIZE [3]  2396/6 2451/17
2491/20
CHARACTERIZED [2]  2451/18 2503/9
CHARACTERIZING [1]  2472/25
CHARGED [2]  2394/13 2394/17
CHART [23]  2407/7 2429/12 2430/20
2491/23 2509/18 2512/18 2512/20
2512/22 2512/25 2513/7 2513/11
2515/23 2517/15 2517/22 2518/5
2518/11 2522/3 2523/21 2527/17
2527/18 2528/5 2528/10 2528/21
CHARTS [4]  2401/23 2405/10 2405/19
2426/22
CHECK [3]  2389/20 2445/3 2452/17
CHECKED [1]  2446/18
CHEF [1]  2448/17
CHOICE [1]  2413/6
CHOOSES [2]  2395/24 2396/6
CHOSE [6]  2436/1 2446/21 2447/16
2447/17 2448/6 2448/25
CHUNK [10]  2428/1 2518/17 2519/6
2519/8 2519/9 2519/9 2519/14 2520/22
2521/16 2521/20
CHUNKS [10]  2482/22 2484/8 2484/9
2484/12 2518/24 2519/3 2519/23 2520/1
2520/6 2520/7
CIRCLE [2]  2484/5 2484/7
CIRCLED [1]  2484/1
CIRCLING [1]  2484/3
CIRCUIT [2]  2446/2 2530/11
CIRCUMSTANCES [1]  2469/6
CITE [2]  2451/25 2466/4
CITING [1]  2527/3

CITY [1]  2386/25
CLARIFY [1]  2484/20
CLASSIFY [1]  2484/20
CLAY [93]  2471/12 2473/24 2474/1
2475/12 2475/13 2476/12 2476/15
2478/1 2478/13 2478/17 2478/19 2479/4
2479/8 2479/12 2479/15 2479/21 2480/6
2480/11 2480/17 2482/17 2482/18
2482/19 2483/2 2483/3 2483/4 2483/9
2483/12 2483/14 2483/15 2483/16
2483/17 2483/22 2483/23 2483/24
2484/5 2484/6 2484/8 2484/8 2484/11
2484/12 2484/15 2484/16 2484/20
2484/21 2486/3 2487/16 2487/17
2487/20 2487/22 2487/25 2488/3
2488/20 2489/2 2489/3 2489/5 2489/11
2489/14 2489/17 2489/21 2489/22
2489/24 2493/19 2493/23 2493/25
2494/1 2494/1 2494/2 2494/4 2494/5
2494/7 2494/8 2494/11 2494/14 2494/19
2494/19 2494/22 2495/3 2495/6 2506/25
2508/8 2517/6 2520/6 2521/20 2529/11
2529/13 2529/15 2529/16 2529/17
2529/22 2529/25 2530/3 2530/4 2530/5
CLAYS [2]  2494/15 2494/16
CLEAR [12]  2396/22 2397/20 2415/1
2416/13 2457/3 2466/24 2484/4 2492/7
2492/10 2509/3 2515/15 2530/4
CLEARED [1]  2392/11
CLEARLY [1]  2407/18
CLOSE [6]  2390/4 2399/21 2399/22
2404/10 2482/12 2527/24
CLOSE-UP [1]  2482/12
CLOSELY [1]  2482/1
CLOSER [2]  2419/11 2504/19
COAST [2]  2462/1 2480/11
COASTAL [4]  2473/6 2477/21 2479/10
2524/3
COASTAL-EROSION [1]  2477/21
COASTLINE [1]  2415/17
COASTLINES [1]  2473/15
COCKTAIL [1]  2521/24
COEFFICIENT [1]  2413/15
COHESIONLESS [1]  2483/6
COHESIVE [11]  2475/22 2478/5 2478/8
2480/21 2482/21 2482/25 2483/1 2483/2
2483/5 2488/6 2519/2
COLLECTIVE [1]  2478/23
COLOR [5]  2482/19 2483/9 2483/14
2483/16 2483/17
COLORS [2]  2483/10 2483/15
COMBINATION [4]  2399/2 2406/4
2406/4 2419/21
COME [3]  2393/17 2481/17 2515/2
COMES [2]  2389/18 2477/15
COMING [7]  2426/10 2442/20 2449/12
2495/16 2505/20 2506/15 2527/3
COMMENCE [1]  2530/11
COMMENT [11]  2416/22 2419/14
2421/9 2424/2 2429/15 2430/22 2450/2
2457/18 2457/22 2466/1 2512/10
COMMON [1]  2434/9
COMMUNICATE [2]  2423/17 2476/4
COMPARABLE [1]  2451/12
COMPARE [2]  2420/17 2513/24
COMPARED [7]  2431/8 2434/25
2449/23 2450/5 2450/13 2451/4 2452/8
COMPARING [1]  2423/20
COMPARISON [1]  2481/25
COMPLETE [2]  2438/19 2438/20
COMPLETELY [1]  2441/22
COMPLETENESS [1]  2422/10
COMPLEX [1]  2386/13

**C**

COMPLICATED [2] 2466/21 2471/7
COMPONENT [2] 2399/9 2399/10
COMPONENTS [2] 2508/11 2508/17
COMPOSITION [1] 2488/2
COMPULSION [1] 2436/9
COMPUTED [1] 2391/23
COMPUTER [3] 2387/25 2423/12 2430/13
CONCEPT [1] 2510/20
CONCEPTUAL [1] 2424/19
CONCLUDE [4] 2390/4 2419/21 2451/23 2487/20
CONCLUDED [3] 2437/11 2513/18 2527/19
CONCLUSION [6] 2396/2 2440/16 2486/22 2514/8 2529/14 2529/17
CONCLUSIONS [5] 2422/5 2422/6 2481/17 2481/21 2491/10 2521/11 2529/12
CONDITION [4] 2413/4 2436/17 2453/9 2453/15
CONDITIONS [23] 2394/15 2394/21 2408/25 2409/6 2409/25 2412/1 2412/18 2412/22 2448/21 2453/9 2454/14 2455/20 2455/22 2455/24 2457/12 2458/9 2461/22 2472/2 2496/13 2503/9 2504/8 2505/5 2528/23
CONDUCTED [1] 2394/8
CONFERENCE [2] 2530/11 2530/13
CONFIGURATION [1] 2474/20
CONFIGURED [1] 2500/19
CONFIRM [4] 2444/25 2452/17 2454/22 2458/8
CONFORM [1] 2432/16
CONFUSED [1] 2460/3 2499/19
CONNECTION [2] 2472/20 2485/23
CONOR [1] 2387/12
CONSERVATIVE [1] 2468/8
CONSIDER [22] 2390/8 2391/19 2391/23 2395/20 2397/22 2411/25 2429/25 2431/23 2431/24 2432/2 2438/10 2440/3 2440/4 2440/20 2475/24 2490/16 2490/17 2490/21 2490/22 2495/24 2507/20 2520/5
CONSIDERED [4] 2446/24 2447/1 2447/8 2507/23
CONSIDERING [2] 2390/11 2391/5
CONSIDERS [1] 2498/2
CONSISTENCY [1] 2529/9
CONSISTENT [5] 2433/9 2447/18 2518/22 2529/5 2529/8
CONSISTENTLY [1] 2449/11
CONSTRUCT [1] 2487/16
CONSTRUCTED [1] 2390/4
CONSTRUCTION [3] 2482/14 2490/5 2490/8
CONTAIN [1] 2495/13
CONTAINED [1] 2494/17
CONTAINMENT [3] 2488/20 2488/25 2489/15
CONTEMPLATED [1] 2393/11
CONTEXT [7] 2400/23 2401/1 2467/23 2480/6 2502/20 2518/9 2523/18
CONTINUE [2] 2395/4 2395/6
CONTINUED [3] 2386/1 2387/1 2399/1
CONTINUOUS [1] 2391/21
CONTRIBUTE [4] 2390/21 2410/8 2411/6 2411/7
CONTRIBUTED [2] 2408/21 2408/22
CONTRIBUTING [4] 2409/14 2409/20 2409/21 2498/14

CONTRIBUTION [4] 2390/9 2390/19 2409/23 2410/7
CONTRIBUTOR [1] 2440/21
CONVERSATION [2] 2434/13 2521/25
CONVOLUTED [1] 2500/7
COPY [1] 2522/24
CORE [10] 2484/21 2484/24 2485/3 2485/11 2486/12 2489/16 2490/1 2490/4 2491/4 2491/8
CORES [6] 2476/13 2484/18 2485/14 2487/19 2491/12 2491/19
CORING [2] 2489/4 2489/10
CORPS [17] 2390/5 2390/6 2392/12 2392/24 2393/24 2395/24 2396/4 2440/12 2440/23 2441/25 2473/17 2480/9 2480/10 2480/13 2482/7 2485/24
CORPS' [3] 2393/14 2393/16 2396/9 2442/11
CORRECT [72] 2389/24 2391/2 2395/11 2396/1 2398/3 2398/24 2399/6 2406/14 2407/6 2414/9 2418/5 2418/18 2418/21 2419/6 2420/14 2423/15 2425/9 2425/20 2426/17 2426/23 2427/3 2427/6 2428/8 2434/4 2439/23 2443/5 2447/12 2447/14 2447/14 2448/12 2449/3 2449/7 2453/21 2454/1 2454/3 2454/4 2455/15 2455/18 2457/5 2457/9 2460/6 2463/13 2463/17 2463/24 2469/3 2469/8 2469/17 2471/13 2472/13 2477/1 2481/2 2482/10 2482/11 2482/16 2493/24 2499/22 2500/10 2500/16 2502/6 2502/7 2502/10 2502/11 2507/9 2512/22 2514/18 2525/10 2526/24 2527/20 2528/4 2528/20 2531/12
CORRECTLY [2] 2413/17 2463/21
CORRESPOND [1] 2430/4
CORRESPONDS [1] 2523/17
CORROBORATE [2] 2421/18 2422/2
COULD [39] 2414/7 2416/4 2417/1 2420/11 2420/19 2426/5 2429/20 2429/21 2429/22 2429/23 2429/24 2433/6 2436/7 2436/17 2443/3 2444/25 2445/16 2452/16 2459/9 2462/13 2462/14 2462/14 2462/14 2469/10 2485/17 2489/6 2491/10 2492/2 2498/12 2498/12 2501/4 2507/10 2509/24 2513/21 2514/23 2515/8 2520/20 2523/17 2528/8
COULDN'T [2] 2410/19 2421/24
COULWAVE [6] 2390/25 2391/1 2392/6 2392/7 2426/10 2457/7
COUNSEL [2] 2402/3 2470/23
COUNSELOR [1] 2517/22
COUNT [1] 2530/23
COUNTRY [3] 2472/25 2473/5 2477/13
COUPLE [2] 2406/18 2528/6
COURSE [7] 2389/14 2400/3 2400/4 2432/14 2474/16 2484/13 2517/3
COURT [44] 2385/1 2387/20 2389/4 2390/14 2392/21 2392/24 2406/18 2410/14 2410/22 2411/17 2421/7 2422/5 2422/7 2424/20 2429/12 2430/23 2440/7 2440/24 2441/6 2446/1 2446/5 2446/7 2447/23 2462/17 2463/7 2466/9 2467/17 2467/19 2468/11 2470/19 2471/20 2473/23 2474/16 2480/15 2481/18 2481/21 2482/24 2485/13 2505/25 2520/17 2531/6 2531/9 2531/10 2531/18
COURT'S [1] 2465/1
COVER [24] 2412/13 2474/23 2477/7 2494/20 2495/14 2495/25 2496/3 2496/5 2497/1 2497/2 2503/1 2503/2 2503/5

2503/10 2503/19 2504/20 2505/4 2509/11 2509/11 2510/16 2511/18 2511/24 2512/17 2515/18
COVERAGE [1] 2512/3
COVERED [2] 2495/3 2508/8
COVERS [3] 2503/24 2504/4 2504/6
CRACKING [1] 2519/2
CRAZY [1] 2414/11
CREATE [1] 2487/17
CREATED [1] 2389/11
CRENELLATION [1] 2525/19
CREST [24] 2397/6 2397/6 2398/25 2400/16 2401/4 2403/11 2404/6 2404/10 2404/12 2412/15 2415/22 2416/12 2422/18 2423/13 2426/22 2427/18 2428/3 2428/15 2429/8 2429/13 2429/24 2459/4 2459/6 2460/5
CRITERIA [2] 2510/25 2517/12
CRITICAL [3] 2458/14 2497/8 2506/18
CRITICIZE [1] 2526/13
CROSS [4] 2389/7 2442/7 2474/5 2474/6
CROSS-EXAMINATION [2] 2389/7 2442/7
CROSS-SECTION [2] 2474/5 2474/6
CROUCHED [1] 2500/12
CRUCIAL [1] 2399/12
CRYSTAL [2] 2415/1 2466/24
CUBIC [1] 2427/16
CULPRIT [1] 2441/7
CURIOUS [4] 2427/9 2442/11 2442/18 2523/25
CURRENT [8] 2438/6 2438/7 2439/22 2439/24 2472/2 2478/23 2496/12 2504/11
CURRENTS [1] 2437/25
CURVE [5] 2431/5 2511/7 2513/19 2514/4 2514/6
CURVED [2] 2431/6 2431/6
CURVES [8] 2510/9 2512/8 2513/19 2513/22 2513/23 2513/24 2514/7 2514/10
CUT [2] 2413/10 2413/11
CUTTING [1] 2520/21
CV [1] 2385/5
CYNIC [2] 2451/13 2452/19

**D**

DALLAS [1] 2386/4
DALLY [1] 2465/25
DAMAGE [29] 2399/4 2399/7 2399/13 2399/15 2399/24 2399/25 2400/11 2401/22 2402/12 2402/25 2403/1 2403/8 2403/18 2404/1 2404/3 2407/9 2408/8 2408/9 2427/15 2427/19 2428/6 2473/16 2505/4 2516/3 2516/19 2517/8 2517/10 2518/14 2525/8
DAMAGED [2] 2497/25 2517/4
DAMAGING [2] 2426/16 2427/5
DANIEL [1] 2387/10
DARKER [1] 2483/14
DASHED [1] 2433/14
DATA [22] 2434/9 2434/13 2435/19 2436/1 2436/4 2436/12 2436/13 2436/16 2465/23 2481/25 2484/25 2494/3 2494/13 2496/11 2496/13 2496/18 2502/24 2503/8 2507/15 2511/20 2513/17 2514/7
DATA-POOR [1] 2496/11
DATASETS [1] 2434/12
DATUM [1] 2434/10
DAY [4] 2445/25 2446/21 2448/10 2455/19

Case 2:05-cv-04182-SRD-JCW Document 13999 Filed 05/22/08 Page 154 of 174

D

DAYS [1] 2406/18
DC [1] 2387/18
DE [1] 2506/25
DEAL [5] 2440/14 2471/21 2471/22 2494/1 2510/7
DEALING [2] 2517/17 2517/18
DEALT [1] 2517/20
DECEMBER [1] 2455/10
DECIDE [1] 2441/14
DECIDED [4] 2420/6 2438/12 2452/21 2503/2
DECISION [6] 2417/11 2438/10 2441/11 2443/19 2443/20 2448/8
DECK [1] 2496/14
DEEP [10] 2411/20 2412/18 2469/23 2486/9 2498/16 2498/22 2498/22 2500/8 2502/9 2522/18
DEEPER [3] 2426/4 2426/5 2520/12
DEEPWATER [3] 2469/25 2523/5 2523/15
DEFENDANT [2] 2387/9 2429/3
DEFENDANT'S [2] 2395/2 2398/20
DEFENDANTS [7] 2395/10 2407/3 2408/17 2410/8 2410/9 2416/15 2416/20
DEFENDANTS' [2] 2412/11 2420/21
DEFENSE [2] 2423/12 2436/19
DEFINE [3] 2397/10 2482/25 2519/9
DEFINED [2] 2397/15 2496/8
DEFINITELY [8] 2390/9 2472/14 2475/16 2476/15 2483/23 2484/7 2488/7 2506/8
DEFINITION [1] 2397/5
DEFINITIVE [1] 2417/1
DEGRADATION [1] 2427/17
DEGRADE [4] 2418/24 2421/12 2428/2 2428/11
DEGRADED [1] 2436/5
DEGRADES [1] 2417/12
DEGREE [3] 2405/4 2407/3 2424/10 2474/17
DELAY [1] 2428/9
DELIVER [1] 2453/24
DELIVERS [1] 2453/5
DEMONSTRATIVE [2] 2425/4 2427/24
DENHAM [1] 2386/17
DENSE [1] 2508/18
DENSITY [2] 2496/19 2496/23
DEPARTMENT [1] 2387/9
DEPEND [2] 2400/3 2437/25
DEPENDENCE [1] 2471/24
DEPENDENT [1] 2469/25
DEPENDING [1] 2483/16
DEPENDS [3] 2404/9 2437/25 2519/8
DEPICTED [1] 2427/10
DEPICTS [1] 2511/7
DEPOSITED [1] 2486/11
DEPOSITION [25] 2400/5 2400/8 2400/15 2400/19 2402/3 2402/4 2402/6 2402/7 2402/7 2402/9 2402/13 2402/24 2403/3 2404/16 2409/9 2409/10 2411/14 2417/5 2434/6 2442/25 2443/22 2444/4 2464/25 2492/19 2494/21
DEPOSITS [1] 2489/11
DEPTH [49] 2412/9 2412/16 2412/20 2413/8 2413/13 2413/15 2414/2 2414/9 2415/24 2426/5 2426/6 2430/14 2449/5 2455/21 2457/21 2459/3 2459/3 2459/11 2459/24 2460/10 2461/1 2461/13 2463/1 2465/6 2465/7 2466/21 2469/24 2470/4 2470/17 2470/17 2489/5 2489/14 2490/4 2497/14 2497/17 2498/17 2499/23

2499/25 2500/1 2500/2 2500/3 2500/11 2500/12 2501/13 2502/2 2502/23 2515/15 2523/17 2528/1
DEPTH-LIMITED [2] 2426/5 2459/3
DEPTHS [1] 2489/5
DESCRIBE [3] 2464/16 2472/13 2478/20
DESCRIBED [6] 2406/5 2458/2 2458/4 2471/23 2475/17 2503/3
DESCRIBES [1] 2525/19
DESCRIPTION [1] 2506/23
DESIGN [6] 2472/24 2473/4 2487/12 2510/13 2510/25 2511/3
DESIGNED [2] 2480/10 2487/15
DESIGNING [1] 2511/1
DESIRE [2] 2393/14 2442/16
DESIRED [1] 2488/23
DESPITE [1] 2468/6
DESTROYED [1] 2515/8
DETAILS [1] 2421/14
DETERIORATED [1] 2436/4
DETERMINATION [1] 2489/21
DETERMINE [3] 2389/16 2429/21 2429/22
DETERMINED [1] 2429/13
DEVELOPED [4] 2389/12 2488/9 2492/4 2505/12
DEVELOPING [1] 2481/21
DIAGRAM [2] 2431/14 2524/17
DIALOGUE [2] 2425/17 2444/11
DID [87] 2390/22 2391/25 2392/4 2392/5 2392/8 2392/8 2393/4 2394/4 2396/20 2397/12 2399/22 2399/23 2399/25 2401/15 2403/16 2406/17 2407/24 2408/25 2410/8 2416/23 2419/22 2420/4 2421/13 2421/23 2422/13 2423/17 2423/20 2424/16 2424/18 2424/18 2429/11 2433/15 2434/16 2434/18 2434/19 2435/19 2436/3 2438/20 2438/23 2439/10 2439/13 2439/15 2441/4 2443/4 2443/24 2443/25 2444/24 2445/2 2450/4 2450/4 2450/10 2450/10 2450/12 2451/8 2454/9 2454/10 2454/11 2455/9 2455/12 2457/5 2457/6 2458/5 2464/10 2465/10 2467/11 2467/13 2479/22 2481/9 2481/15 2481/17 2481/20 2483/20 2485/3 2485/19 2485/23 2486/1 2486/16 2487/12 2487/21 2489/16 2492/14 2492/17 2498/5 2505/1 2514/2 2519/23 2520/16
DIDN'T [53] 2390/1 2390/22 2392/1 2392/2 2392/9 2393/2 2393/8 2399/22 2399/22 2400/5 2402/7 2402/9 2406/1 2412/8 2414/1 2415/18 2420/12 2420/13 2422/5 2422/16 2424/16 2429/5 2433/15 2434/4 2435/5 2436/9 2438/12 2438/13 2438/18 2439/16 2440/16 2443/17 2443/23 2444/12 2447/10 2449/4 2449/11 2451/10 2453/7 2458/9 2467/4 2467/9 2467/22 2470/14 2486/2 2505/18 2514/1 2519/11 2519/14 2519/25 2520/1 2520/14 2529/2
DIFFERENCE [14] 2395/1 2407/16 2408/16 2428/6 2434/20 2436/2 2438/21 2438/24 2440/9 2450/23 2452/4 2462/6 2462/23 2468/2
DIFFERENCES [9] 2406/7 2412/4 2416/15 2424/7 2424/13 2431/22 2432/3 2448/22 2448/22
DIFFERENT [34] 2391/15 2401/21 2405/2 2406/5 2413/19 2423/24 2423/25 2424/4 2424/6 2424/12 2432/6 2432/8 2432/8 2432/10 2432/12 2441/5 2452/10 2452/10 2452/21 2453/15 2467/18

2470/4 2476/5 2477/12 2477/17 2483/15 2490/25 2492/3 2514/17 2531/1 2514/2 2516/6 2526/10 2529/10
DIFFERING [1] 2530/5
DIFFERS [1] 2506/24
DIKE [2] 2493/19 2493/20
DIKES [3] 2488/20 2493/23 2493/24
DIMENSION [1] 2519/9
DIRECT [5] 2401/24 2408/24 2410/4 2412/13 2489/1
DIRECTION [5] 2437/24 2497/19 2500/6 2500/6 2516/19
DIRECTLY [1] 2436/24
DIRT [8] 2471/2 2471/11 2471/11 2471/23 2471/23 2477/5 2477/8 2486/19
DIRTY [1] 2471/9
DISAGREE [1] 2477/3
DISAGREEMENT [1] 2407/2
DISAPPEAR [1] 2518/24
DISCIPLINE [1] 2487/2
DISCIPLINES [1] 2487/5
DISCUSS [2] 2478/8 2494/18
DISCUSSED [4] 2436/12 2436/13 2439/14 2481/24
DISCUSSING [2] 2419/15 2509/12
DISCUSSION [6] 2409/25 2421/6 2423/18 2434/16 2453/8 2464/12
DISPERSE [1] 2517/3
DISPOSED [1] 2429/20
DISSIPATE [1] 2469/10
DISSIPATED [3] 2412/1 2413/24 2461/6
DISSIPATION [2] 2463/1 2466/18
DISTANCE [17] 2414/24 2415/21 2416/11 2445/13 2459/4 2459/6 2460/4 2463/9 2463/11 2464/6 2464/13 2465/5 2466/11 2491/16 2515/14 2521/5 2521/12
DISTINCTION [1] 2403/20
DISTINGUISH [3] 2494/21 2494/22 2507/17
DISTINGUISHED [1] 2391/14
DISTRIBUTABLE [1] 2467/25
DISTRICT [5] 2385/1 2385/2 2385/11 2531/10 2531/10
DIVER [1] 2489/1
DIVIDED [2] 2434/21 2500/2
DIVINE [2] 2514/16 2521/15
DIVISION [1] 2387/10
DM [2] 2424/20 2424/21
DM-15 [1] 2424/20
DM-15.2 [1] 2424/21
DO [99] 2389/12 2391/7 2392/10 2399/11 2399/13 2399/14 2399/15 2400/19 2400/20 2402/5 2405/10 2406/1 2409/17 2417/9 2417/20 2418/5 2418/19 2421/13 2423/12 2429/20 2429/24 2431/5 2432/1 2433/3 2434/7 2435/25 2436/21 2436/22 2437/1 2437/5 2437/17 2437/22 2438/4 2443/9 2444/4 2444/7 2444/19 2445/9 2445/14 2447/20 2450/10 2450/12 2451/10 2453/2 2453/8 2453/10 2454/2 2460/15 2460/22 2463/7 2466/22 2466/24 2467/5 2469/7 2472/23 2474/2 2474/4 2474/23 2475/10 2476/8 2477/16 2477/23 2478/4 2478/11 2478/14 2478/22 2480/20 2485/10 2487/6 2488/10 2489/6 2489/23 2490/14 2494/15 2495/25 2497/19 2500/20 2500/21 2500/21 2502/8 2503/2 2503/24 2513/9 2515/5 2515/6 2516/8 2518/8 2518/11 2519/8 2523/14 2524/22 2525/9 2526/16 2526/21 2528/9 2528/17 2528/19 2530/15 2531/11

**D**

DOCKET [1] 2385/5
DOCTOR [1] 2429/1
DOCUMENT [3] 2493/14 2517/15 2517/16
DOCUMENTS [3] 2463/25 2464/3 2493/4
DOES [32] 2390/20 2391/9 2391/10 2405/23 2411/17 2421/7 2422/1 2440/9 2440/22 2440/23 2441/6 2442/18 2449/10 2449/21 2451/7 2451/18 2451/23 2462/23 2466/2 2472/9 2474/16 2490/25 2498/7 2498/16 2498/22 2510/19 2517/2 2523/8 2523/9 2523/10 2524/3 2524/23
DOESN'T [19] 2389/13 2395/6 2413/22 2414/6 2415/5 2424/22 2441/16 2442/13 2449/21 2458/3 2459/6 2460/19 2466/20 2470/13 2494/18 2497/24 2507/14 2507/16 2529/1
DOING [16] 2402/21 2411/12 2413/17 2420/1 2430/25 2457/11 2458/13 2478/17 2481/12 2481/12 2481/16 2487/3 2497/8 2499/9 2511/23 2514/24
DOMENGEAUX [1] 2386/5
DON'T [118] 2392/16 2393/7 2393/21 2393/22 2393/23 2394/1 2394/2 2394/3 2394/10 2394/11 2396/9 2399/11 2399/13 2401/1 2403/14 2404/16 2405/25 2406/1 2407/7 2407/11 2410/11 2410/13 2411/24 2414/3 2415/16 2416/22 2416/24 2417/21 2418/16 2419/13 2421/9 2422/15 2433/1 2434/5 2434/15 2434/18 2436/21 2438/10 2438/17 2439/2 2439/15 2441/13 2443/12 2444/8 2445/4 2445/15 2445/20 2446/11 2448/7 2448/8 2450/1 2450/7 2450/21 2450/21 2451/3 2452/7 2452/14 2454/16 2454/23 2454/25 2455/6 2457/14 2459/2 2459/16 2459/23 2460/15 2460/17 2464/14 2465/1 2466/13 2468/11 2471/11 2474/17 2475/13 2477/8 2477/10 2477/18 2477/20 2477/20 2477/25 2478/16 2483/19 2484/6 2486/17 2486/18 2487/24 2490/25 2492/18 2494/9 2494/11 2496/7 2502/23 2502/24 2503/18 2505/5 2506/6 2510/10 2510/16 2511/15 2512/14 2513/17 2517/14 2518/1 2518/8 2519/5 2520/25 2521/1 2521/4 2524/14 2526/12 2526/13 2526/16 2527/24 2528/17 2530/8 2530/9 2530/18 2530/21
DONE [15] 2443/20 2444/13 2455/13 2466/9 2475/24 2480/2 2481/4 2481/5 2487/5 2488/13 2489/4 2489/21 2490/1 2490/3 2492/5
DOTTED [1] 2433/11
DOWN [26] 2392/25 2395/15 2404/24 2417/23 2430/17 2430/20 2445/12 2462/16 2462/21 2465/14 2468/23 2474/13 2485/25 2486/2 2490/1 2491/19 2495/13 2495/16 2495/17 2499/10 2503/4 2506/15 2515/25 2516/1 2516/18 2521/8
DOYLE [4] 2387/20 2531/9 2531/17 2531/17
DOZEN [2] 2473/5 2485/6
DR [3] 2437/2 2447/22 2526/13
DR. [43] 2406/10 2406/15 2406/17 2407/7 2407/20 2413/6 2414/14 2428/23 2429/1 2429/1 2432/16 2437/13 2439/20

2439/21 2442/7 2443/19 2445/1 2445/3 2447/22 2449/2 2450/1 2454/10 2455/9 2455/12 2457/4 2457/11 2458/5 2458/6 2458/11 2459/16 2462/25 2465/9 2466/4 2472/13 2477/1 2477/10 2477/19 2486/15 2489/20 2497/22 2525/17 2526/10 2526/16
DR. BEA [14] 2406/15 2406/17 2407/7 2407/25 2413/6 2459/16 2466/4 2472/13 2477/1 2477/10 2477/19 2486/15 2526/10 2526/16
DR. BEA'S [3] 2406/10 2497/22 2525/17
DR. FITZGERALD [1] 2429/1
DR. FITZGERALD'S [1] 2432/16
DR. KEMP [1] 2442/7
DR. MASHRIQUI [3] 2437/13 2439/20 2439/21
DR. MOSHER [1] 2489/20
DR. RESIO [16] 2414/14 2443/19 2445/1 2445/3 2447/25 2448/6 2454/10 2455/9 2455/12 2457/4 2457/11 2458/5 2458/6 2458/11 2462/25 2465/9
DR. STEVEN [2] 2428/23 2429/1
DR. WESTERINK [1] 2448/3
DRAW [9] 2396/23 2431/13 2454/18 2485/11 2486/22 2500/18 2529/12 2529/14 2529/16
DRAWN [5] 2463/17 2498/2 2522/10
DREDGE [6] 2489/2 2489/3 2489/7 2489/8 2489/9 2489/14
DREDGED [5] 2482/13 2488/16 2488/20 2489/13 2489/14
DREDGING [1] 2489/6
DRILLING [2] 2489/10 2490/1
DROP [2] 2464/7 2464/21
DUDENHEFER [2] 2386/9 2386/9
DUE [7] 2390/20 2393/17 2475/18 2475/18 2494/14 2498/13 2514/25
DULY [1] 2389/5
DUMAS [2] 2386/12 2386/12
DUNE [7] 2473/2 2474/9 2474/14 2474/24 2475/5 2475/5 2475/10
DUNES [4] 2474/5 2474/6 2474/23 2475/24
DUPRE [3] 2431/9 2447/19 2448/19
DURATION [3] 2451/21 2490/19 2510/14
DURING [13] 2389/13 2415/15 2425/25 2431/20 2432/1 2442/7 2448/20 2477/22 2484/13 2486/13 2508/19 2514/12 2528/7
DUST [1] 2399/9
DUTCH [1] 2516/3
DUVAL [1] 2385/11
DYNA [1] 2482/1
DYNAMICS [5] 2463/1 2472/17 2473/8 2473/22 2474/20

**E**

E.G [1] 2517/4
EACH [11] 2397/10 2431/7 2431/13 2431/21 2432/6 2445/13 2448/4 2448/21 2494/16 2498/25 2503/9
EARLIER [4] 2443/7 2443/8 2461/25 2519/1
EARLY [1] 2446/3
EARTH [8] 2451/1 2475/21 2475/23 2476/1 2476/2 2476/3 2476/5 2521/13
EARTHEN [1] 2473/20
EARTHWORMS [1] 2517/7
EASIER [1] 2503/22
EASILY [1] 2517/4
EAST [3] 2387/4 2485/8 2490/11

EASTERN [2] 2385/2 2531/10
EATS [1] 2499/20
EBERSOL [1] 2482/24
EBERSOLE [33] 2389/5 2389/10 2395/20 2415/18 2417/5 2425/4 2425/11 2440/6 2447/24 2455/3 2461/19 2463/19 2464/10 2468/14 2468/15 2472/18 2474/8 2476/4 2479/5 2484/1 2492/14 2501/2 2503/15 2505/17 2509/5 2509/22 2510/2 2514/15 2521/9 2526/15 2529/23 2530/16 2530/24
EBERSOLE'S [1] 2431/16
EDITED [1] 2444/23
EDUCATE [1] 2487/4
EDWARDS,LLC [1] 2386/5
EFFECT [3] 2436/3 2441/10 2463/4
EFFECTS [2] 2469/10 2495/20
EFFORT [1] 2530/17
EHRLICH [1] 2387/11
EIGHT [2] 2467/15 2467/18
EITHER [11] 2394/2 2415/24 2418/6 2421/2 2436/24 2441/10 2464/4 2475/8 2491/16 2520/11 2526/15
EL [1] 2387/11
EL-AMIN [1] 2387/11
ELASTICALLY [1] 2517/5
ELEVATION [33] 2394/16 2401/3 2401/6 2402/2 2404/22 2412/15 2422/18 2422/18 2422/23 2422/23 2425/19 2426/22 2427/12 2428/3 2428/12 2429/13 2433/14 2435/21 2436/7 2459/22 2460/9 2460/10 2462/13 2462/15 2462/19 2463/9 2464/8 2464/21 2466/2 2467/4 2467/12 2467/24 2488/23
ELEVATIONS [10] 2423/19 2423/22 2429/4 2429/5 2430/3 2430/5 2465/11 2465/12 2465/25 2466/14
ELIMINATE [1] 2399/8
ELISA [1] 2387/3
ELMO [1] 2463/18
ELSE [2] 2484/3 2489/2
ELWOOD [2] 2386/22 2386/23
EMPIRICAL [1] 2498/10
EMPLOYEE [1] 2437/14
ENCOUNTER [1] 2477/12
END [18] 2393/13 2431/7 2431/23 2432/4 2432/24 2432/24 2446/21 2446/22 2447/3 2447/4 2447/16 2448/10 2455/19 2458/17 2458/19 2469/21 2469/23 2484/13
ENDED [2] 2448/10 2452/1
ENDORSE [1] 2407/18
ENDS [2] 2447/7 2447/10
ENERGY [7] 2413/8 2413/23 2461/6 2475/7 2477/17 2477/18 2505/13
ENGINEER [2] 2480/16 2487/4
ENGINEERING [2] 2402/11 2524/3
ENGINEERS [6] 2390/5 2395/24 2440/12 2485/24 2487/8 2487/8
ENGINEERS' [1] 2396/5
ENJOY [1] 2530/13
ENJOYABLE [1] 2521/24
ENOUGH [36] 2389/22 2394/4 2398/1 2405/14 2406/12 2412/6 2414/16 2417/23 2422/15 2423/23 2424/14 2425/16 2427/14 2428/5 2433/17 2434/24 2449/11 2457/13 2457/24 2467/3 2468/14 2468/15 2472/16 2489/4 2490/7 2496/8 2501/8 2502/3 2502/4 2502/24 2507/20 2510/18 2513/5 2521/21 2525/1 2526/15
ENTERED [1] 2397/22

E

ENTIRE [8] 2395/14 2449/9 2466/10
2475/20 2480/2 2480/9 2484/20 2516/1
ENTITLED [1] 2531/14
ENUNCIATED [1] 2407/19
ENVIRONMENT [1] 2501/13
ENVIRONMENTS [1] 2477/13
EQUAL [1] 2452/5
EQUATING [1] 2452/3
ERODE [19] 2471/11 2471/11 2472/3
2473/8 2474/14 2476/16 2476/20
2476/22 2477/6 2477/7 2479/21 2480/1
2484/12 2498/22 2505/11 2506/13
2511/6 2519/2 2519/5
ERODED [7] 2477/3 2477/3 2477/6
2484/13 2520/22 2527/19 2528/1
ERODES [2] 2473/25 2484/8
ERODIBILITY [7] 2474/17 2480/21
2488/2 2488/4 2488/6 2488/11 2530/5
ERODIBLE [8] 2397/9 2472/3 2473/25
2474/18 2487/22 2528/23 2529/3
2529/22
ERODING [2] 2475/8 2499/10
EROSION [68] 2396/19 2406/8 2407/22
2408/1 2408/11 2411/7 2440/20 2441/11
2471/21 2471/22 2472/1 2474/12
2475/10 2475/13 2475/17 2477/16
2477/21 2478/8 2480/7 2480/7 2481/8
2482/20 2482/21 2486/13 2487/7 2488/1
2490/17 2490/22 2492/3 2493/20
2494/14 2494/19 2494/20 2495/3 2497/2
2497/11 2497/17 2497/15 2498/20
2498/23 2499/9 2500/1 2500/1 2500/12
2502/9 2502/25 2510/21 2511/21 2514/8
2515/16 2515/17 2516/13 2516/24
2518/23 2520/2 2520/2 2520/11 2520/12
2520/13 2520/17 2521/16 2525/16
2525/18 2525/19 2525/20 2528/13
2528/22 2529/5
EROSIVE [2] 2495/20 2516/11
ERR [1] 2461/22
ESPECIALLY [1] 2451/22
ESQ [31] 2385/15 2385/18 2385/19
2385/22 2385/22 2386/3 2386/6 2386/9
2386/12 2386/16 2386/19 2386/20
2386/23 2387/3 2387/3 2387/6 2387/6
2387/10 2387/11 2387/11 2387/12
2387/12 2387/13 2387/13 2387/14
2387/14 2387/15 2387/15 2387/16
2387/16 2387/17
ESSENCE [1] 2449/17
ESSENTIALLY [1] 2506/25
ESTABLISH [7] 2406/22 2418/23
2447/15 2457/13 2470/3 2470/6 2489/4
ESTABLISHED [5] 2408/6 2442/16
2451/10 2489/11 2506/17
ESTIMATE [3] 2460/10 2489/19 2490/4
ESTIMATED [1] 2452/1
ESTIMATING [2] 2405/10 2405/22
ET [2] 2385/5 2385/7
ETC [1] 2474/20
EUROPE [1] 2484/22
EVALUATE [3] 2424/16 2424/16 2495/8
EVALUATED [2] 2479/20 2479/25
EVALUATING [4] 2479/3 2480/6
2480/17 2495/8
EVALUATION [2] 2439/4 2466/10
2480/3 2484/24
EVEN [14] 2409/16 2413/9 2431/1
2433/23 2465/1 2466/17 2481/3 2487/25
2494/4 2501/14 2514/8 2517/3 2518/17
2519/5

EVENING [2] 2446/2 2531/6
EVENT [1] 2425/25
EVENTUALLY [2] 2399/18 2488/23
EVER [9] 2389/13 2479/10 2479/12
2479/15 2479/20 2479/21 2479/25
2480/2 2485/22
EVERY [10] 2396/24 2397/10 2445/17
2449/1 2464/6 2464/13 2464/20 2479/10
2529/25 2530/17
EVERYBODY [2] 2395/7 2530/10
EVERYTHING [3] 2475/24 2478/14
2495/12
EVIDENCE [6] 2396/19 2425/4 2446/19
2463/25 2470/22 2528/1
EXACT [1] 2503/11
EXACTLY [15] 2426/7 2432/22 2450/8
2463/15 2473/22 2473/25 2474/6 2478/9
2485/1 2487/2 2491/18 2491/20 2506/4
2511/5 2512/19
EXAMINATION [2] 2389/7 2442/7
EXAMPLE [6] 2412/14 2442/7 2445/17
2460/18 2460/23 2464/21
EXAMPLES [1] 2465/15
EXCEED [3] 2389/13 2390/1 2416/6
EXCEEDED [1] 2392/14
EXCEL [1] 2389/20
EXCELLENT [3] 2447/21 2448/17
2451/19
EXCEPT [1] 2390/12
EXCLUDE [1] 2389/19
EXCUSE [5] 2400/14 2454/13 2470/17
2482/23 2508/22
EXECUTED [1] 2527/16
EXERCISE [2] 2480/5 2480/8
EXHIBIT [1] 2431/17
EXHIBIT 211 [1] 2431/17
EXIST [2] 2459/12 2460/19
EXISTED [2] 2409/4 2504/13
EXPECT [7] 2423/23 2424/7 2424/13
2431/1 2475/10 2475/13 2516/21
EXPECTED [1] 2423/11
EXPENDITURE [1] 2451/16
EXPERIENCE [2] 2413/1 2413/2
2471/14 2473/7 2473/11 2477/11
2477/15 2477/16 2477/19 2477/20
2477/23 2478/4 2478/11 2478/16
2478/18 2478/19 2478/24 2479/3
2480/17 2484/8 2521/14 2525/4
EXPERIENCED [1] 2496/1
EXPERIENCING [3] 2403/3 2403/9
2404/18
EXPERIMENTS [1] 2511/23
EXPERT [17] 2396/10 2396/10 2398/5
2420/21 2420/21 2423/12 2430/24
2436/19 2439/16 2441/20 2441/23
2441/25 2442/3 2455/9 2455/14 2465/22
2480/15
EXPERTISE [3] 2524/25 2525/3 2525/4
EXPERTS [3] 2434/16 2437/11 2523/7
EXPLAIN [2] 2403/4 2434/23
EXPLAINED [3] 2413/12 2432/23
2445/11
EXPLAINS [1] 2483/7
EXPLANATION [1] 2406/16
EXTEND [1] 2462/18
EXTENSIVE [1] 2481/8
EXTERIOR [1] 2491/1
EXTRACT [1] 2487/15
EXTRAORDINARY [1] 2473/11
EXTRAPOLATE [1] 2468/23
EYEBALLS [2] 2520/16 2521/13
EYES [1] 2486/19

F

FACE [1] 2396/20
FACT [25] 2389/11 2393/19 2420/3
2429/23 2437/9 2440/7 2447/2 2459/11
2460/7 2461/24 2462/4 2465/17 2465/21
2466/14 2467/22 2474/5 2478/16 2479/2
2480/16 2501/14 2511/12 2516/3
2516/16 2520/17 2520/24
FACTOR [14] 2406/19 2407/12 2446/17
2447/17 2448/25 2449/1 2449/4 2449/6
2470/12 2470/13 2470/14 2490/16
2498/15 2503/10
FACTORED [2] 2392/5 2503/18
FACTORS [1] 2490/18
FACTS [1] 2416/16
FAIL [2] 2419/11 2519/4
FAILED [2] 2440/8 2440/24
FAILURE [3] 2399/12 2407/22 2438/9
FAILURES [7] 2395/12 2395/23 2396/6
2396/13 2398/5 2406/3 2406/13
FAIR [30] 2389/22 2394/4 2398/1
2405/14 2406/12 2411/23 2412/6
2414/16 2417/23 2422/15 2423/23
2424/14 2425/16 2433/17 2434/24
2454/8 2457/13 2457/24 2466/9 2467/3
2468/14 2468/15 2472/16 2490/7 2501/7
2501/8 2510/18 2513/5 2521/21 2525/1
FAIREST [1] 2478/20
FAIRLY [8] 2432/11 2445/19 2463/3
2487/23 2493/9 2520/21 2529/5 2529/8
FAIRNESS [3] 2444/12 2453/19 2505/15
FAMILIAR [3] 2433/8 2481/5 2513/23
FAR [5] 2397/24 2461/2 2524/16
2526/22 2526/23
FASCINATING [1] 2521/24
FAST [6] 2417/11 2418/23 2479/25
2504/25 2513/1 2513/2
FASTER [3] 2390/5 2413/24 2513/21
FASTEST [1] 2516/20
FAT [2] 2476/15 2484/19
FAYARD [2] 2386/16 2386/16
FCRR [3] 2387/20 2531/9 2531/17
FEATURES [1] 2521/19
FEEL [2] 2436/9 2451/3
FEELS [1] 2517/4
FEET [70] 2389/12 2390/1 2392/22
2393/10 2393/10 2402/1 2403/7 2403/15
2405/8 2412/23 2413/14 2413/18
2413/18 2413/22 2414/7 2414/18
2414/21 2414/25 2414/25 2415/5
2415/13 2415/14 2415/20 2415/21
2415/22 2419/2 2419/5 2425/19 2426/8
2426/9 2429/13 2430/16 2430/16 2433/6
2450/2 2451/22 2459/9 2460/7 2460/8
2460/12 2461/8 2461/14 2463/12
2463/14 2464/6 2464/13 2465/9 2465/14
2465/16 2465/18 2465/20 2466/4 2466/5
2466/7 2466/16 2466/17 2467/3 2485/22
2504/18 2504/20 2505/3 2506/11
2512/16 2512/23 2513/1 2515/17
2515/21 2520/14 2524/5 2527/15
FELLOW [1] 2481/1
FELLOWS [1] 2481/1
FELT [7] 2434/11 2435/22 2451/3
2451/11 2458/5 2458/11 2485/1
FEW [6] 2399/20 2417/2 2427/8 2466/16
2472/22 2485/8
FIELD [2] 2453/18 2523/9
FIFTH [2] 2446/2 2530/11
FIFTH CIRCUIT [2] 2446/2 2530/11
FIGHT [1] 2410/7
FIGURE [4] 2399/16 2410/18 2410/19

**F**

FIGURE... [1]  2443/11
FIGURED [1]  2393/12
FILES [1]  2389/20
FILL [2]  2405/23 2418/16
FINAL [2]  2443/2 2488/24
FINALLY [1]  2471/4
FIND [14]  2411/9 2411/9 2440/7 2441/6 2455/5 2462/2 2467/9 2475/21 2476/4 2476/25 2478/9 2489/2 2492/2 2496/18
FINDINGS [1]  2421/18
FINDS [4]  2440/24 2452/12 2452/13 2486/12
FINE [9]  2401/10 2416/12 2421/22 2433/2 2434/2 2465/17 2469/5 2469/12 2498/9
FINEL [1]  2527/3
FINISH [5]  2415/7 2415/8 2468/25 2515/13 2525/2
FINISHED [2]  2488/13 2530/15
FIRE [1]  2491/7
FIRM [4]  2385/21 2386/9 2386/12 2387/2
FIRST [26]  2398/22 2399/13 2411/17 2421/5 2421/6 2425/7 2433/14 2433/19 2433/21 2436/23 2437/15 2438/8 2451/19 2454/23 2471/15 2471/24 2472/5 2480/5 2480/7 2492/17 2493/18 2493/22 2495/24 2505/21 2505/22 2510/18
FITZGERALD [16]  2405/25 2416/22 2417/13 2418/22 2419/14 2420/18 2420/20 2420/25 2422/6 2423/11 2429/1 2429/1 2429/3 2429/17 2429/23 2430/13 FITZGERALD'S [5]  2420/16 2421/17 2422/11 2428/23 2432/16
FIVE [1]  2435/9
FLAT [1]  2527/13
FLAWS [1]  2497/24
FLOODED [2]  2419/17 2419/24
FLOODING [5]  2394/14 2394/18 2406/1 2416/23 2419/14
FLORIDA [1]  2386/17
FLOW [28]  2391/13 2391/20 2405/4 2421/5 2421/6 2422/12 2477/7 2479/25 2481/6 2488/9 2495/16 2495/20 2504/6 2504/10 2504/25 2505/3 2505/12 2505/16 2505/18 2506/9 2510/13 2511/13 2513/6 2514/19 2514/21 2515/16 2515/16 2517/22
FLOWING [9]  2397/3 2421/7 2504/21 2504/24 2506/19 2510/3 2510/3 2512/23 2516/20
FLOWN [1]  2485/20
FLOWS [2]  2510/2 2516/17
FLUME [4]  2488/8 2488/10 2494/5 2527/13
FLUMES [1]  2488/7
FOCUS [1]  2487/8
FOCUSED [2]  2516/20 2517/11
FOLKS [3]  2446/11 2505/12 2521/10
FOLLOW [4]  2393/7 2453/7 2497/5 2503/23
FOLLOWED [3]  2398/23 2408/9 2422/12
FOLLOWING [2]  2393/5 2423/13
FOLLOWS [1]  2389/6
FOOT [66]  2401/4 2401/11 2401/11 2401/15 2402/10 2404/12 2405/2 2405/11 2405/12 2405/18 2405/18 2411/24 2411/25 2412/15 2412/15 2412/16 2413/21 2413/21 2414/10 2415/3 2415/23 2419/3 2422/17 2423/7

2423/8 2423/8 2423/9 2423/13 2424/5 2425/2 2425/17 2426/13 2426/24 2427/17 2427/24 2428/4 2428/6 2429/6 2429/24 2433/10 2433/11 2433/12 2435/3 2435/3 2435/17 2435/23 2436/5 2458/6 2460/24 2460/24 2461/1 2461/5 2461/5 2461/13 2464/6 2464/7 2464/13 2464/20 2464/21 2485/10 2517/9 2518/18 2518/18 2527/8 2527/10 2528/6
FORBID [1]  2419/9
FORCE [3]  2495/9 2502/4 2520/18
FORCES [2]  2483/2 2497/20
FOREGOING [1]  2531/11
FORGET [5]  2440/14 2503/10 2503/13 2509/24 2515/1
FORGIVE [4]  2395/13 2421/16 2439/7 2439/21
FORGOT [2]  2445/9 2513/14
FORM [2]  2491/7 2501/25
FORMED [1]  2417/6
FORMS [1]  2507/1
FORMULA [6]  2491/25 2507/8 2507/12 2507/14 2507/16 2507/18
FORMULAS [2]  2508/2 2514/15
FORMULATED [3]  2497/15 2499/25 2517/12
FORMULATION [1]  2514/7
FORTH [4]  2448/23 2497/23 2498/3 2498/14
FORWARDS [1]  2516/16
FOUND [6]  2396/19 2447/11 2451/8 2451/25 2485/6 2487/25
FOUNDATIONAL [1]  2487/9
FOUR [2]  2508/14 2523/15
FRACTION [1]  2414/4
FRAME [3]  2411/16 2417/1 2452/16
FRANK [1]  2386/9
FRANKLIN [1]  2387/17
FRANKLY [2]  2423/3 2442/10
FREQUENCY [2]  2498/25 2499/1
FREQUENTLY [1]  2514/9
FRIDAY [8]  2390/14 2425/5 2436/23 2445/10 2449/23 2449/25 2450/4 2451/25
FRONT [57]  2396/19 2396/20 2397/4 2397/7 2397/14 2397/20 2400/19 2406/8 2406/13 2406/18 2406/19 2407/4 2407/11 2407/12 2407/22 2408/1 2408/8 2408/19 2411/7 2411/10 2412/2 2413/3 2436/24 2437/1 2437/20 2438/18 2439/14 2439/20 2440/17 2441/10 2459/17 2459/20 2461/7 2461/17 2462/10 2462/10 2462/12 2474/12 2475/8 2477/6 2491/24 2492/3 2494/14 2501/10 2504/13 2517/11 2517/12 2517/18 2517/21 2518/19 2518/23 2519/6 2519/23 2528/1 2528/2
FRONT-SIDE [27]  2396/19 2397/4 2397/14 2406/8 2406/13 2406/19 2407/4 2407/11 2407/12 2407/22 2408/1 2408/8 2408/19 2411/7 2436/24 2437/1 2437/20 2438/18 2439/14 2440/8 2440/24 2441/7 2441/10 2477/6 2491/24 2517/21 2528/2
FUNCTION [2]  2413/15 2459/23 2469/24 2496/25
FUNCTIONS [1]  2446/2
FUNDAMENTAL [1]  2406/7
FUNNEL [1]  2395/14
FUNNY [3]  2521/9 2521/10 2523/4

**G**

GAVE [10]  2396/10 2402/3 2417/13 2422/19 2422/25 2429/3 2429/6 2460/23

2464/25 2492/19
GEAR [4]  2439/1 2439/12 2439/13 2439/17
GENERAL [4]  2474/18 2474/19 2474/20 2476/18 2476/19 2484/6 2487/12 2487/20 2512/1
GENERALIZED [1]  2529/12
GENERALLY [7]  2413/2 2416/6 2457/20 2475/7 2483/4 2493/24 2523/25
GENERATE [2]  2391/21 2422/14
GENTLE [4]  2415/2 2459/17 2462/12 2466/19
GENTLE-SLOPING [1]  2466/19
GENTLEMAN [1]  2481/15
GENTLEMEN [1]  2523/9
GENTLENESS [2]  2461/17 2466/15
GENTLER [2]  2464/14 2466/17
GENTLY [3]  2413/3 2461/7 2462/16
GEOTECH [1]  2487/8
GEOTECHNICAL [1]  2487/3
GESTICULATIONS [1]  2501/21
GET [55]  2393/17 2399/14 2399/15 2400/11 2400/23 2405/3 2405/3 2405/4 2405/16 2412/5 2414/7 2414/11 2414/18 2414/19 2414/25 2416/11 2417/16 2419/23 2420/2 2420/10 2421/24 2422/13 2422/16 2426/7 2435/21 2436/6 2436/16 2444/17 2451/11 2452/21 2458/11 2459/9 2467/2 2467/2 2470/2 2471/2 2471/4 2471/6 2471/9 2478/25 2489/22 2497/17 2498/9 2499/1 2500/8 2503/14 2507/9 2514/12 2514/23 2518/9 2519/1 2523/24 2525/19 2527/18 2529/17
GETS [7]  2416/4 2419/11 2423/13 2424/5 2426/1 2474/13 2525/12
GETTING [8]  2403/6 2426/4 2427/18 2454/7 2454/17 2484/13 2497/14 2522/21
GIANT [1]  2470/20
GILBERT [2]  2387/2 2387/3
GIVE [9]  2398/11 2400/2 2401/24 2417/1 2429/5 2441/9 2464/21 2500/14 2522/24
GIVEN [5]  2400/15 2428/25 2429/12 2463/3 2486/21
GIVES [3]  2423/6 2429/18 2500/3
GLANCING [1]  2498/12
GO [59]  2389/20 2400/8 2401/7 2405/8 2405/17 2406/16 2409/9 2410/19 2416/17 2417/3 2420/23 2424/19 2426/1 2427/23 2428/4 2428/17 2428/19 2430/6 2430/7 2431/4 2431/10 2432/21 2443/11 2445/12 2445/25 2450/7 2452/16 2460/21 2460/25 2462/11 2463/8 2464/13 2464/20 2470/13 2470/15 2475/7 2475/20 2493/10 2495/7 2498/16 2502/16 2503/21 2506/22 2507/18 2507/21 2508/10 2509/2 2512/5 2514/12 2514/13 2514/23 2515/10 2515/10 2517/1 2518/6 2518/11 2521/21 2523/7 2523/21
GOD [1]  2419/9
GOES [6]  2430/20 2470/2 2470/11 2470/11 2470/12 2516/18
GOING [57]  2391/20 2395/15 2403/13 2405/12 2409/1 2411/25 2413/10 2413/22 2415/24 2419/7 2424/5 2426/20 2428/8 2432/11 2441/8 2441/9 2442/2 2445/6 2445/22 2445/25 2446/1 2452/18 2453/2 2453/3 2455/5 2455/20 2461/2 2463/11 2466/16 2466/17 2469/23 2471/2 2471/4 2471/6 2474/14 2475/21 2489/8 2496/15 2500/5 2500/6 2501/2 2501/11 2502/2 2502/10 2504/21 2506/5

GOING... [11] 2511/18 2512/11 2513/14
2515/17 2516/19 2517/10 2520/17
2520/19 2524/7 2524/19 2530/20
GOOD [28] 2419/16 2419/20 2419/23
2419/23 2420/2 2420/10 2421/25
2443/16 2448/15 2448/16 2448/16
2449/24 2450/6 2450/15 2451/15 2478/7
2503/5 2503/11 2509/16 2510/7 2511/24
2512/2 2512/17 2515/18 2521/24
2526/15 2530/6 2530/7
GOT [46] 2389/16 2391/19 2395/5
2395/11 2401/11 2402/3 2409/15
2412/11 2412/12 2413/20 2417/9
2419/16 2419/20 2420/7 2421/15
2421/16 2421/24 2422/15 2423/8 2423/8
2423/9 2423/25 2428/6 2428/22 2432/6
2432/13 2437/15 2437/20 2445/23
2449/24 2450/14 2452/1 2452/14
2452/18 2453/4 2453/23 2463/25 2465/4
2489/13 2495/24 2501/17 2507/6
2514/22 2514/22 2515/16 2518/12
GOTCHA [2] 2427/1 2429/10
GOTTEN [2] 2399/17 2427/13
GOVERNMENT [1] 2386/13
GOVERNMENT'S [1] 2530/22
GRAB [1] 2486/8
GRADIENT [1] 2416/2
GRADUALLY [1] 2488/21
GRAND [1] 2515/7
GRAND ISLE [1] 2515/7
GRAPH [3] 2432/15 2510/13 2512/14
GRAPHIC [1] 2493/5
GRAPHICS [1] 2409/16
GRASS [82] 2474/23 2474/24 2475/1
2477/5 2477/6 2477/7 2479/21 2480/1
2480/6 2480/17 2480/18 2481/3 2494/20
2494/23 2494/23 2495/1 2495/3 2495/9
2495/14 2495/14 2495/17 2495/20
2495/21 2495/25 2496/1 2496/1 2496/2
2496/5 2496/6 2496/9 2496/16 2497/1
2497/2 2500/9 2500/23 2502/13 2502/21
2502/21 2503/4 2503/5 2503/6 2503/24
2504/4 2504/6 2504/20 2504/21 2505/4
2505/9 2505/11 2505/13 2506/13 2507/6
2507/7 2507/11 2507/17 2507/19 2508/4
2508/8 2508/19 2509/20 2510/4 2510/21
2510/21 2511/2 2511/6 2511/13 2511/18
2511/21 2511/24 2511/25 2512/5
2512/17 2512/23 2513/18 2515/14
2515/18 2515/18 2515/22 2518/16
2519/6 2521/23 2527/19
GRASS-COVERED [2] 2495/3 2508/8
GRASS-LINED [1] 2505/13
GRASSED [1] 2493/19
GRAY [2] 2483/12 2529/11
GREAT [6] 2428/4 2433/24 2509/16
2521/14 2521/14 2521/14
GREATER [6] 2399/19 2412/23 2413/5
2414/15 2463/1 2466/18
GREIF [1] 2387/12
GROSS [1] 2452/22
GROUND [8] 2486/1 2503/6 2509/9
2520/14 2520/15 2521/5 2521/8 2521/12
GROUP [3] 2387/7 2423/18 2436/14
GROWING [1] 2507/7
GROWTH [2] 2508/11 2508/17
GUESS [10] 2396/20 2423/17 2439/16
2461/19 2499/5 2513/15 2517/21
2526/25 2528/25 2530/16
GUIDANCE [3] 2402/11 2482/6 2482/8
GULF [5] 2415/15 2523/1 2523/7

2523/10 2524/9
GUTIERREZ [1] 2531/10
GUYS [3] 2442/25 2454/9 2519/10

H

HAD [56] 2390/5 2390/6 2394/17
2394/20 2407/10 2415/15 2417/10
2421/25 2423/18 2423/21 2428/25
2428/25 2434/14 2435/10 2435/25
2436/4 2436/13 2436/25 2436/25 2437/1
2437/4 2437/5 2438/4 2438/17 2440/3
2442/15 2442/17 2444/5 2444/13
2445/10 2447/16 2448/13 2448/13
2448/15 2448/19 2450/6 2451/11
2451/15 2457/25 2463/15 2465/22
2473/7 2477/21 2488/25 2489/1 2489/4
2490/11 2490/11 2493/5 2494/3 2494/4
2499/14 2499/15 2527/13 2529/4 2530/5
HADN'T [3] 2392/12 2393/3 2393/4
HALF [20] 2411/24 2413/10 2414/20
2416/11 2417/7 2417/15 2418/20 2419/3
2420/6 2422/25 2435/3 2435/4 2435/11
2435/14 2435/14 2435/17 2435/23
2436/5 2468/25 2485/6
HALFWAY [2] 2434/22 2512/6
HAND [1] 2517/5
HANDLE [1] 2417/16
HANDLED [2] 2390/24 2421/25
HANDS [4] 2471/9 2486/3 2486/20
2486/20
HAPPEN [2] 2405/5 2519/20
HAPPENED [1] 2528/6
HAPPENING [6] 2404/17 2427/10
2428/5 2501/9 2501/15 2525/20
HAPPENS [3] 2404/6 2424/5 2513/18
HAPPENSTANCE [1] 2530/2
HAPPY [1] 2405/16
HARD [1] 2410/18
HAS [26] 2393/8 2400/21 2436/19
2441/11 2445/8 2453/23 2459/10
2462/10 2463/7 2468/11 2472/14
2477/10 2479/12 2480/13 2480/16
2481/4 2481/23 2483/3 2484/1 2488/8
2503/2 2506/3 2506/4 2506/6 2515/3
2529/11
HAVE [258]
HAVEN'T [3] 2421/2 2466/2 2476/19
HAVING [4] 2389/5 2477/15 2495/14
2507/25
HB [1] 2387/20
HB-406 [1] 2387/20
HE [81] 2400/21 2400/22 2400/22
2403/3 2403/4 2403/21 2403/23 2406/10
2407/8 2407/10 2407/10 2411/11
2411/12 2415/7 2416/8 2416/23 2417/1
2417/16 2419/16 2419/20 2420/7 2420/8
2421/12 2421/15 2421/23 2422/13
2422/14 2422/15 2422/16 2422/25
2424/22 2429/17 2430/3 2430/5 2430/15
2430/15 2432/19 2433/15 2433/15
2437/3 2437/4 2437/5 2437/14 2441/9
2442/4 2442/6 2442/7 2442/8 2442/13
2448/7 2458/8 2458/13 2464/17 2465/10
2465/12 2470/8 2474/19 2479/12 2481/3
2481/4 2481/4 2481/11 2481/12 2481/12
2481/13 2481/13 2481/14 2481/23
2486/16 2512/13 2524/8 2524/10
2525/18 2525/19 2526/14 2526/17
2526/22 2527/2 2528/13 2529/3 2529/3
HE WAS [1] 2458/13
HE'LL [1] 2424/25
HE'S [12] 2403/2 2403/3 2407/13
2407/15 2407/17 2407/17 2407/19

2411/12 2421/14 2429/1 2430/13 2481/5
HEADED [1] 2439/7
HEADS [1] 2462/16
HEAR [2] 2468/12 2529/2
HEARD [8] 2390/14 2393/9 2418/7
2436/23 2436/25 2438/8 2472/13 2509/8
HEAVILY [1] 2412/1
HECK [1] 2474/14
HEEL [1] 2517/4
HEIGHT [73] 2390/13 2392/9 2392/14
2392/18 2399/21 2400/3 2400/6 2404/15
2409/18 2410/8 2412/19 2413/14
2413/23 2414/3 2414/24 2415/3 2415/17
2415/19 2416/4 2419/2 2425/19 2426/5
2426/7 2426/8 2426/15 2427/9 2428/6
2428/9 2429/21 2433/11 2433/24
2454/13 2454/15 2458/6 2459/12
2459/13 2460/7 2460/8 2461/7 2464/13
2465/5 2465/6 2465/9 2466/10 2466/12
2467/1 2467/19 2468/2 2469/25 2470/5
2470/12 2470/15 2497/3 2498/21
2507/19 2517/13 2522/7 2522/10
2522/12 2522/18 2522/20 2522/23
2522/25 2523/2 2523/5 2523/23 2524/15
2524/20 2525/5 2525/11 2527/5 2527/6
2527/15
HEIGHTS [12] 2399/21 2409/1 2423/7
2423/19 2423/25 2424/4 2434/2 2434/4
2434/16 2448/23 2457/8 2457/19
HELICOPTER [5] 2521/1 2521/2 2521/3
2521/11 2529/20
HELP [2] 2478/8 2491/1
HELPED [1] 2481/23
HELPFUL [1] 2500/18
HELPS [1] 2487/10
HENCE [1] 2517/7
HERE [55] 2389/12 2395/7 2396/10
2399/14 2400/10 2401/3 2401/12 2403/5
2403/15 2404/3 2405/22 2417/2 2421/4
2425/10 2426/7 2427/4 2430/16 2430/16
2432/5 2433/3 2433/3 2433/22 2442/24
2447/24 2448/13 2451/23 2460/20
2462/2 2463/18 2465/5 2474/7 2478/17
2480/14 2483/22 2485/10 2493/18
2495/11 2496/25 2497/8 2498/24
2503/24 2504/6 2508/10 2509/17
2509/18 2510/2 2515/9 2518/2 2518/13
2518/16 2522/1 2522/6 2523/22 2525/15
2527/17
HERE'S [9] 2392/11 2393/2 2396/4
2412/6 2427/7 2430/23 2460/22 2492/14
2502/16
HEREBY [1] 2531/11
HETEROGENEOUS [3] 2490/9 2490/13
2491/2
HEWLETT [6] 2505/8 2505/15 2510/5
2510/12 2512/7 2512/18
HEWLETT'S [1] 2510/9
HIGH [12] 2397/7 2400/2 2414/18
2415/14 2415/16 2419/25 2447/19
2448/13 2448/13 2453/25 2495/16
2516/24
HIGH-SPEED [1] 2495/16
HIGHER [20] 2403/10 2405/3 2413/9
2413/10 2413/23 2414/19 2414/25
2416/11 2459/9 2461/14 2466/20
2469/16 2469/17 2469/19 2469/20
2469/22 2470/2 2470/16 2470/17
2505/13
HIGHEST [1] 2516/5
HIGHLY [3] 2397/9 2419/10 2517/6
HIM [26] 2401/2 2402/5 2415/8 2417/16

**H**

HIM... [22] 2417/24 2418/23 2421/10 2422/17 2422/19 2422/23 2422/25 2429/3 2429/5 2429/6 2432/19 2441/9 2450/9 2458/7 2468/19 2479/12 2479/13 2481/9 2481/20 2482/1 2523/21 2525/2
HIMSELF [1] 2422/14
HIS [31] 2403/2 2403/17 2406/15 2415/7 2419/16 2421/13 2421/13 2421/15 2423/12 2424/24 2425/1 2429/8 2429/8 2429/18 2430/9 2437/7 2458/15 2465/12 2466/4 2477/20 2481/5 2481/11 2497/22 2497/24 2498/2 2511/9 2524/1 2525/2 2527/1 2527/2 2529/2
HIT [1] 2420/8
HITS [5] 2415/14 2419/12 2499/8 2501/10 2516/18
HOLD [4] 2419/5 2486/2 2494/25 2505/22
HOLDING [2] 2417/24 2494/24
HOLDS [1] 2494/23
HOLE [8] 2499/20 2499/24 2500/8 2502/2 2502/2 2502/9 2520/7 2520/15
HOLES [3] 2517/7 2520/10 2529/18
HOME [1] 2531/2
HOMOGENEOUS [3] 2490/9 2490/14 2491/2
HONEYCUTT [1] 2386/16
HONOR [13] 2395/14 2400/14 2415/9 2423/6 2432/18 2433/23 2441/8 2470/21 2470/24 2503/16 2508/14 2521/22 2526/17
HONORABLE [1] 2385/11
HOPE [6] 2385/16 2393/13 2393/15 2521/6 2528/18 2531/4
HORIZONTAL [1] 2499/14
HOT [1] 2451/10
HOUR [18] 2402/19 2402/20 2402/21 2405/12 2417/6 2417/7 2417/15 2417/15 2418/20 2418/20 2419/3 2422/24 2422/24 2500/17 2511/19 2515/21 2515/22 2529/9
HOURS [11] 2420/6 2527/18 2527/23 2527/23 2528/5 2528/6 2528/12 2528/13 2529/17 2529/18 2529/20
HOW [86] 2397/12 2397/13 2397/13 2397/14 2397/15 2397/22 2399/20 2400/2 2404/10 2405/8 2405/23 2406/7 2410/5 2410/8 2412/10 2412/11 2412/17 2412/17 2413/11 2414/6 2417/10 2417/11 2417/17 2418/16 2418/23 2420/17 2426/14 2433/15 2436/15 2437/15 2437/17 2440/1 2442/8 2443/20 2445/2 2448/7 2453/25 2460/14 2460/23 2463/1 2466/11 2466/11 2466/11 2467/24 2471/11 2472/2 2473/1 2473/3 2473/8 2477/3 2477/5 2477/7 2478/22 2479/20 2479/20 2479/25 2482/22 2485/3 2488/3 2489/2 2489/6 2489/19 2489/20 2489/21 2490/9 2490/25 2494/11 2495/24 2496/14 2498/16 2498/22 2498/22 2500/8 2500/8 2500/12 2502/9 2507/12 2508/1 2509/24 2512/2 2513/24 2519/10 2519/18 2524/16 2525/18 2527/16
HOWEVER [4] 2396/6 2407/20 2422/2 2458/5
HUGELY [1] 2495/19
HUGHES [3] 2481/1 2481/15 2481/23
HUGHES' [1] 2481/25
HUH [1] 2461/20
HUNDRED [1] 2466/17

HUNDREDS [1] 2463/14
HURRICANE [28] 2389/24 2415/16 2437/14 2438/13 2472/24 2473/8 2480/11 2514/12
HURRICANE KATRINA [1] 2389/13
HURRICANE-WAVE [1] 2480/11
HYDRAULIC [3] 2487/7 2508/19 2516/9
HYDRAULICALLY [2] 2488/16 2488/19
HYDRODYNAMIC [3] 2394/20 2490/18 2490/19
HYDRODYNAMICS [1] 2481/6
HYDROGRAPH [13] 2390/22 2404/14 2421/25 2429/25 2431/25 2432/1 2432/3 2432/6 2444/17 2449/9 2449/10 2449/13 2449/22
HYDROGRAPHS [7] 2389/18 2419/22 2442/23 2448/4 2450/3 2452/8 2452/8
HYPOTHET [1] 2391/7
HYPOTHETICAL [1] 2460/19
HYPOTHETICALLY [3] 2391/7 2429/19 2430/12

**I**

I'D [8] 2389/20 2395/7 2401/23 2416/22 2441/4 2443/10 2513/8 2517/22
I'LL [9] 2414/10 2417/23 2437/12 2446/2 2460/22 2475/23 2478/3 2505/19 2519/17
I'M [91] 2389/16 2389/18 2389/21 2390/12 2391/10 2393/6 2395/15 2395/21 2396/9 2398/17 2398/19 2398/20 2399/14 2399/16 2399/24 2400/7 2401/19 2402/21 2402/24 2403/5 2403/8 2405/9 2407/14 2410/15 2411/9 2411/16 2413/17 2416/12 2421/16 2421/19 2422/3 2427/2 2428/20 2428/22 2429/2 2430/18 2430/22 2432/15 2432/21 2433/4 2433/8 2433/8 2434/21 2441/5 2441/8 2441/14 2441/24 2441/25 2442/2 2442/11 2442/18 2442/19 2447/15 2453/7 2455/3 2455/5 2459/10 2461/11 2463/6 2463/8 2463/13 2463/13 2464/16 2465/17 2468/14 2476/25 2478/7 2484/3 2485/4 2485/4 2490/25 2492/11 2494/22 2498/9 2499/5 2499/5 2499/9 2502/2 2506/7 2510/24 2512/7 2514/4 2515/20 2517/14 2518/5 2521/2 2521/2 2524/7 2524/14 2530/20 2530/25
I'VE [19] 2392/19 2395/11 2409/15 2413/1 2428/22 2429/16 2440/16 2441/22 2445/23 2452/1 2466/4 2466/5 2472/13 2473/4 2473/7 2481/23 2482/5 2487/2 2485/21
I-L-I-T [1] 2438/21
I.E [1] 2408/18
IDEALLY [1] 2435/4
IDENTICAL [1] 2448/21
IDENTIFIED [1] 2444/14
IDENTIFY [1] 2471/18
IF [181]
II [2] 2386/24 2387/6
ILET [1] 2438/20
ILIT [5] 2438/19 2439/3 2439/4 2439/11 2439/13
ILLUSTRATE [2] 2412/17 2465/19
ILLUSTRATION [2] 2467/23 2468/1
ILLUSTRATIVE [3] 2418/2 2418/3 2466/25
IMAGINE [1] 2466/18
IMMEDIATELY [1] 2435/15
IMPACT [8] 2409/2 2442/11 2496/15 2522/6 2522/22 2525/8 2525/11 2525/13
IMPACTING [3] 2498/1 2516/6 2523/2

IMPLICATIONS [2] 2457/11 2457/25
IMPLIES [1] 2498/24
IMPLY [1] 2510/23
IMPORT [1] 2507/8
IMPORTANT [17] 2406/8 2435/20 2441/3 2457/17 2458/11 2499/1 2500/25 2503/10 2507/3 2507/4 2507/6 2507/12 2507/23 2525/15 2525/23
IMPOSSIBLE [1] 2415/23
IMPRESSION [2] 2406/9 2419/15
IMPROVED [6] 2452/6 2452/11 2452/13 2454/5 2454/20 2455/13
IN [396]
INCH [6] 2435/11 2435/11 2435/13 2435/14 2435/14 2509/15
INCHES [7] 2435/15 2508/24 2509/16 2527/19 2528/1 2529/17 2530/1
INCIDENT [6] 2469/25 2471/25 2472/2 2497/3 2507/19 2517/13
INCLUDE [1] 2389/23
INCLUDES [2] 2389/17 2498/8
INCLUDING [1] 2496/8
INCONSEQUENTIAL [1] 2396/21
INCORRECT [1] 2421/16
INCORRECTLY [1] 2402/22
INCREASED [2] 2454/14 2457/7
INCREASING [1] 2515/25
INDELIBLY [1] 2468/11
INDEPENDENT [2] 2396/10 2439/4
INDICATE [1] 2511/13
INDICATED [2] 2417/8 2466/11
INDICATES [1] 2527/18
INDICATING [2] 2519/19 2519/24
INDICATION [1] 2519/21
INDICATIVE [1] 2467/19
INDIVIDUAL [2] 2448/9 2484/11
INDUSTRIAL [2] 2451/10 2451/18
INFLUENCE [2] 2410/3 2507/1
INFLUENCED [5] 2394/22 2409/2 2409/3 2409/6 2409/7
INFLUENCES [1] 2390/10
INFORMATION [25] 2401/25 2421/12 2422/14 2422/25 2423/2 2423/21 2429/8 2429/16 2435/21 2447/6 2447/15 2448/1 2464/15 2467/15 2481/24 2486/21 2491/1 2491/20 2496/19 2496/23 2504/16 2505/12 2508/6 2513/20 2514/16
INHABITED [1] 2419/17
INHERENTLY [1] 2498/6
INITIAL [2] 2422/22 2490/22
INITIATE [1] 2399/25
INITIATED [1] 2397/7
INITIATION [2] 2398/21 2401/22
INNUMERABLE [1] 2486/15
INPUT [5] 2421/25 2453/11 2453/17 2453/18 2453/20
INPUTS [2] 2444/2 2453/22
INQUIRY [1] 2441/16
INSIDE [1] 2421/24
INSPECT [1] 2486/15
INSPECTION [2] 2484/18 2487/18
INSTANCE [1] 2487/22
INSTANCES [1] 2397/6
INSURERS [1] 2387/2
INTACT [3] 2435/1 2435/2 2436/1
INTEGRATE [1] 2500/4
INTENDED [4] 2392/24 2393/25 2394/5 2475/6
INTENT [1] 2487/17
INTENTION [1] 2436/6
INTERACTING [1] 2523/3

**I**

INTERACTION [1] 2481/7
INTERCOASTAL [1] 2447/4
INTERESTED [2] 2442/24 2493/5
INTERESTING [5] 2445/10 2501/22
2515/10 2518/16 2520/13
INTERIOR [3] 2406/1 2416/23 2419/14
INTERPRET [1] 2422/2
INTERPRETATION [1] 2528/22
INTERRUPTING [1] 2415/12
INTERRUPTS [1] 2415/7
INTERVAL [2] 2445/13 2497/18
INTO [28] 2392/6 2393/12 2397/24
2399/1 2406/16 2423/12 2442/18 2444/6
2449/12 2453/3 2453/4 2454/6 2454/17
2462/11 2463/8 2470/22 2471/2 2475/6
2475/7 2489/7 2489/15 2498/16 2503/19
2504/17 2507/9 2507/18 2514/5 2514/7
INTRACOASTAL [1] 2446/23
INTRODUCTION [1] 2503/15
INVESTIGATE [2] 2394/4 2483/20
INVESTIGATION [5] 2394/9 2439/6
2439/7 2442/16 2443/1
INVOLVE [4] 2472/25 2473/1 2477/17
2477/18
INVOLVED [9] 2419/13 2434/14 2436/11
2437/15 2473/4 2473/16 2480/22 2482/6
2505/7
INVOLVES [1] 2483/2
INVOLVING [1] 2504/10
IPET [35] 2434/4 2434/8 2434/15
2436/12 2443/1 2443/4 2443/6 2443/12
2443/15 2443/17 2443/17 2443/20
2444/5 2444/14 2444/21 2446/11
2449/24 2450/1 2450/5 2450/14 2450/25
2451/2 2451/5 2451/8 2451/12 2451/24
2452/1 2452/5 2452/8 2452/11 2452/12
2452/16 2485/6 2485/9 2485/18
IRISH [1] 2530/2
IRRELEVANT [1] 2506/14
IRRESPECTIVE [1] 2412/21
IS [427]
ISLE [1] 2515/7
ISN'T [58] 2389/14 2390/16 2392/14
2393/19 2394/6 2394/18 2395/5 2407/15
2407/20 2408/19 2408/23 2409/22
2419/12 2422/7 2425/12 2427/11
2428/10 2432/24 2433/7 2443/18 2449/1
2451/16 2452/12 2453/6 2454/7 2458/6
2458/12 2459/5 2461/3 2465/18 2467/23
2473/11 2478/20 2479/4 2480/8 2483/18
2491/2 2491/25 2492/19 2494/20
2495/11 2496/3 2496/17 2502/6 2506/13
2506/19 2507/12 2508/4 2509/5 2511/3
2511/14 2513/1 2516/6 2516/22 2518/25
2521/17 2528/7 2529/13
ISOLATED [2] 2397/19 2520/12
ISSUE [8] 2411/17 2433/15 2436/20
2439/17 2440/5 2457/10 2477/1 2477/14
ISSUES [7] 2411/17 2419/15 2434/10
2435/20 2436/13 2436/13 2487/9
IT [369]
IT'S [140] 2389/16 2389/22 2391/21
2397/2 2397/20 2398/19 2398/21
2400/23 2402/10 2402/17 2402/19
2406/4 2406/5 2407/16 2412/24 2413/2
2413/14 2413/19 2414/21 2415/23
2415/24 2416/3 2416/5 2418/2 2419/7
2419/9 2419/10 2425/11 2425/21 2426/3
2427/7 2427/7 2427/25 2428/23 2430/19
2431/16 2431/25 2432/4 2432/13 2437/6
2441/3 2441/15 2445/17 2448/3 2451/19
2451/20 2453/17 2454/22 2455/19
2459/3 2460/8 2464/5 2464/7 2464/11
2464/12 2464/14 2465/2 2465/19 2466/6
2466/21 2469/20 2469/20 2471/6 2472/4
2472/4 2472/6 2472/8 2472/11 2472/11
2472/12 2472/12 2473/25 2474/12
2474/12 2474/14 2474/14 2475/1 2475/6
2478/14 2487/5 2489/24 2490/13
2494/24 2494/25 2495/4 2495/5 2496/21
2497/12 2498/17 2498/20 2498/20
2498/21 2499/10 2499/25 2500/1 2500/3
2500/11 2500/12 2500/19 2501/5 2501/6
2501/12 2501/12 2501/21 2501/25
2502/21 2503/22 2505/5 2505/13
2506/14 2506/16 2507/14 2507/23
2508/8 2508/24 2509/9 2510/20 2511/1
2511/3 2511/5 2511/18 2512/1 2515/18
2515/20 2518/6 2520/13 2521/23
2521/24 2522/7 2522/25 2523/4 2523/18
2524/9 2524/9 2527/15 2529/8 2529/11
2530/3 2530/4 2530/7
ITERATION [1] 2423/20
ITS [10] 2417/13 2422/22 2422/23
2430/19 2433/5 2443/9 2476/10 2482/19
2525/13 2525/16
ITSELF [4] 2427/18 2470/1 2475/6
2524/23

**J**

JAMES [2] 2386/6 2387/13
JAN [1] 2491/25
JEFFERSON [1] 2386/6
JEFFREY [1] 2387/11
JEST [1] 2528/18
JESUIT [1] 2508/13
JOANEN [1] 2385/19
JOB [5] 2419/23 2451/10 2451/19
2451/24 2451/24
JOG [1] 2417/22
JOHN [1] 2387/17
JOINT [1] 2431/17
JONATHAN [1] 2385/22
JOSEPH [2] 2385/18 2385/18
JOSHUA [1] 2386/20
JOURNAL [1] 2493/11
JOURNALS [1] 2511/16
JR [7] 2385/11 2386/9 2386/16 2386/22
2386/23 2387/10 2387/13
JUDGE [25] 2385/11 2401/7 2408/3
2416/17 2417/2 2418/11 2445/22
2457/14 2457/16 2457/17 2459/7
2478/12 2493/13 2497/4 2499/4 2500/22
2501/23 2514/25 2520/8 2520/19
2523/25 2528/15 2530/7 2530/13
2530/17
JUDGE'S [1] 2478/3
JUDGMENT [1] 2417/14
JUMP [1] 2516/9
JUST [133] 2389/19 2390/3 2390/7
2391/3 2391/8 2391/17 2393/24 2395/4
2396/10 2397/18 2397/22 2398/6
2399/20 2402/6 2405/5 2406/5 2407/11
2408/14 2410/1 2410/22 2413/12
2413/24 2414/1 2414/18 2416/12
2417/22 2418/2 2418/3 2418/12 2418/23
2419/1 2420/16 2420/19 2420/25 2423/5
2423/18 2425/2 2425/13 2426/14
2426/24 2428/17 2429/5 2431/14
2432/21 2432/23 2434/3 2434/20 2435/9
2437/5 2437/22 2438/6 2438/7 2438/10
2442/11 2442/18 2444/11 2445/6
2447/23 2449/6 2449/17 2450/9 2450/18
2451/2 2451/8 2451/17 2451/25 2452/12
2452/22 2453/19 2454/17 2454/22
2455/3 2456/10 2457/3 2457/8 2457/14
2458/2 2458/4 2458/4 2459/19 2464/12
2464/15 2465/1 2465/19 2466/15
2466/23 2467/14 2467/15 2468/14
2468/25 2469/7 2473/2 2473/23 2474/9
2476/6 2479/13 2482/19 2482/24
2482/24 2484/4 2486/5 2487/4 2487/18
2490/23 2493/13 2494/8 2498/9 2500/22
2503/22 2503/23 2504/10 2504/16
2504/23 2506/8 2506/9 2506/18 2511/24
2512/14 2514/21 2515/1 2515/13
2516/14 2516/17 2517/13 2518/19
2523/24 2524/25 2526/25 2526/25
2529/23 2530/14 2530/16
JUSTICE [1] 2387/9
JUSTIFY [1] 2466/12
JX [6] 2428/20 2428/21 2447/22 2471/15
2471/17 2482/2
JX-193 [1] 2447/22
JX-211 [4] 2428/21 2471/15 2471/17
2482/2

**K**

KALIMAH [1] 2387/11
KARA [1] 2387/14
KATRINA [11] 2389/13 2415/15 2434/6
2434/7 2435/9 2435/15 2477/22 2485/19
2508/4 2528/7 2528/14
KEA [1] 2385/22
KEEP [2] 2496/16 2515/23
KEEPING [1] 2507/3
KEEPS [1] 2481/11
KELLS [1] 2387/12
KEMP [1] 2442/7
KEY [1] 2497/25
KIND [16] 2409/16 2415/16 2420/17
2422/10 2423/5 2458/8 2474/24 2475/1
2477/2 2477/21 2479/25 2488/10 2494/7
2501/11 2502/12 2504/23
KINDS [2] 2429/17 2501/11
KNEW [4] 2435/2 2435/7 2435/20
2455/16
KNOW [123] 2393/21 2393/22 2394/1
2394/2 2394/10 2394/11 2396/9 2397/15
2400/5 2401/1 2403/14 2404/14 2404/14
2404/15 2404/16 2405/20 2405/25
2406/1 2406/19 2406/20 2407/7 2407/7
2410/12 2416/22 2416/24 2418/6
2418/16 2418/19 2419/9 2419/13 2421/9
2421/13 2422/15 2422/15 2424/23
2424/25 2425/13 2431/7 2434/8 2434/10
2434/15 2437/17 2438/23 2439/10
2441/4 2441/9 2442/13 2442/14 2442/14
2443/23 2445/4 2445/14 2445/20
2445/21 2446/11 2448/8 2449/14 2450/1
2451/13 2452/7 2453/10 2453/23 2454/6
2455/17 2459/20 2460/9 2462/6 2462/6
2462/10 2463/25 2466/22 2473/10
2476/10 2476/11 2476/13 2476/18
2477/10 2477/20 2477/20 2480/9
2483/19 2484/6 2484/18 2486/7 2486/17
2488/2 2488/8 2488/15 2489/3 2491/13
2493/7 2493/22 2494/2 2494/9 2494/11
2495/13 2501/6 2502/9 2502/12 2503/18
2504/20 2504/25 2506/5 2506/6 2507/7
2508/8 2510/16 2516/8 2516/16 2517/14
2520/24 2523/25 2524/8 2524/10
2524/14 2526/12 2526/13 2526/16
2526/16 2526/16 2526/21 2527/24
2529/1
KNOWING [3] 2489/19 2508/2 2508/3
KNOWLEDGE [3] 2478/21 2480/10

K

KNOWLEDGE... [1] 2521/15
KNOWN [1] 2406/23
KNOWS [1] 2524/8

L

LAB [2] 2478/4 2487/25
LABORATORY [1] 2487/6
LACK [1] 2397/18
LAFAYETTE [1] 2386/7
LAKE [2] 2415/25 2415/25
LAKE BORGNE [2] 2415/25 2415/25
LANDED [1] 2521/7
LARGE [11] 2411/23 2411/25 2412/7
2412/10 2412/11 2413/3 2473/5 2492/5
2494/3 2508/9 2520/6
LARGE-SCALE [2] 2492/5 2494/3
LARGER [7] 2408/18 2408/22 2408/22
2426/5 2517/7 2518/13 2521/19
LAST [6] 2445/25 2473/5 2503/25
2504/3 2511/19 2515/1
LATER [11] 2399/17 2405/5 2405/6
2405/8 2405/13 2419/3 2419/6 2419/7
2425/16 2435/10 2443/7
LATEST [1] 2481/14
LAW [5] 2385/18 2385/21 2386/9
2386/12 2386/22
LAWN [2] 2386/3 2496/1
LAWYER'S [1] 2386/13
LAWYERS [1] 2395/7
LAY [1] 2495/17
LAYER [7] 2487/23 2495/18 2508/18
2508/20 2508/22 2509/2 2509/3
LAZY [1] 2506/19
LEAN [2] 2476/14 2484/20
LEARN [6] 2395/1 2471/14 2472/18
2472/20 2498/5 2524/15
LEARNED [3] 2399/20 2402/10 2508/12
LEARNING [2] 2502/20 2521/23
LEAST [8] 2431/5 2460/2 2473/4
2487/13 2490/10 2507/4 2513/9 2528/1
LEAVE [2] 2446/2 2449/15
LEAVES [1] 2525/13
LED [2] 2406/11 2443/19
LEFT [6] 2395/5 2395/14 2399/4
2399/10 2486/14 2522/17
LEGAL [1] 2441/11
LENGTH [2] 2462/24 2485/10
LENGTHY [1] 2400/24
LENS [1] 2487/21
LESS [4] 2398/14 2441/17 2469/13
2514/9
LESSER [1] 2448/19
LESSER-QUALITY [1] 2448/19
LET [17] 2398/4 2401/2 2408/3 2415/8
2416/1 2434/23 2440/6 2454/22 2455/8
2457/16 2460/20 2470/25 2498/23
2503/17 2513/6 2525/2 2530/14
LET'S [81] 2390/13 2391/7 2391/7
2395/1 2396/12 2400/8 2402/6 2403/22
2404/18 2406/22 2408/16 2410/19
2414/11 2416/2 2416/14 2420/16
2420/23 2424/19 2424/20 2425/14
2426/1 2427/23 2427/23 2428/4 2428/17
2428/19 2428/19 2430/6 2431/10
2432/21 2434/2 2435/14 2442/21
2442/23 2444/9 2444/11 2447/22 2450/9
2460/2 2460/12 2460/12 2460/18
2460/20 2462/8 2466/23 2468/17 2471/9
2471/14 2476/6 2476/21 2482/2 2485/7
2493/10 2493/18 2495/7 2497/19
2500/14 2500/21 2503/4 2503/21

2506/22 2507/21 2508/10 2508/10
2509/9 2509/9 2510/8 2511/7 2511/23
2511/24 2511/24 2512/12 2513/11
2514/23 2520/24 2521/21 2522/1
2523/21 2525/25 2527/8 2528/9 2529/16
LEVEE [220]
LEVEES [60] 2392/12 2392/14 2392/19
2392/19 2392/23 2392/25 2393/3 2393/9
2393/13 2393/19 2393/24 2394/5
2394/15 2394/21 2399/12 2407/22
2419/11 2421/11 2423/7 2423/8 2423/8
2423/9 2423/19 2435/21 2436/10
2437/16 2438/9 2440/2 2440/8 2440/24
2467/4 2467/6 2472/20 2474/2 2474/7
2475/21 2475/24 2477/11 2477/12
2477/22 2477/24 2477/25 2478/17
2478/19 2479/3 2479/7 2480/6 2480/17
2484/22 2484/24 2487/12 2487/13
2487/17 2488/15 2490/12 2491/7 2495/4
2496/18 2496/22 2519/1
LEVEL [51] 2389/12 2389/14 2389/16
2389/22 2389/23 2389/25 2390/1
2390/21 2391/3 2391/4 2391/17 2391/17
2391/23 2392/1 2392/2 2392/13 2398/25
2402/1 2403/7 2404/12 2404/14 2405/9
2417/13 2419/18 2419/24 2419/24
2431/19 2432/1 2449/17 2454/11
2455/23 2460/10 2460/12 2461/10
2461/11 2468/2 2470/2 2470/11 2480/12
2522/12 2522/14 2525/18 2525/20
2525/21 2525/21 2526/2 2526/3 2526/5
2526/7 2526/22 2527/2
LEVEL'S [1] 2426/4
LEVELS [15] 2392/22 2409/3 2409/4
2409/5 2419/17 2426/16 2427/5 2431/7
2446/19 2447/6 2448/1 2451/22 2526/14
2527/3 2527/4
LEVINE [1] 2387/13
LIDAR [12] 2434/7 2434/9 2434/19
2434/20 2434/25 2435/1 2435/6 2435/9
2435/19 2436/4 2436/6 2436/16
LIFE [3] 2479/15 2479/21 2480/2
LIFT [2] 2393/17 2513/4
LIFTOFF [9] 2480/18 2481/3 2500/23
2501/25 2510/20 2513/21 2517/12
2517/21 2521/23
LIFTS [1] 2512/23
LIGHTER [1] 2483/17
LIKE [56] 2395/7 2397/6 2397/19
2398/16 2401/12 2415/5 2415/9 2418/12
2419/7 2419/13 2431/3 2431/11 2431/15
2432/14 2434/11 2435/22 2441/4
2443/10 2445/17 2451/13 2452/12
2460/18 2462/22 2464/2 2470/21
2472/21 2472/21 2473/2 2473/21
2473/24 2474/6 2474/9 2475/1 2477/24
2478/1 2478/14 2480/7 2481/14 2482/19
2483/23 2484/21 2487/7 2487/18
2490/19 2494/12 2496/19 2504/12
2508/4 2508/13 2510/9 2511/17 2511/19
2513/8 2517/22 2522/5 2522/25
LIKED [1] 2435/4
LIKELIHOOD [1] 2441/17
LIKELY [3] 2487/22 2511/3 2516/4
LIKEWISE [1] 2449/14
LIMIT [5] 2469/21 2510/25 2511/1
2511/3 2511/3
LIMITATION [1] 2470/11
LIMITED [19] 2412/8 2413/8 2414/9
2415/24 2425/21 2425/21 2426/3 2426/5
2455/21 2459/3 2459/3 2460/4 2460/8
2469/21 2487/18 2487/19 2507/15
2508/6 2508/17

LIMITING [4] 2459/2 2470/12 2509/19
2509/6
LINE [27] 2395/14 2400/8 2400/10
2409/9 2409/12 2410/21 2411/2 2411/2
2431/1 2431/3 2431/10 2431/12 2431/13
2431/14 2431/15 2433/10 2433/11
2433/12 2444/9 2444/11 2449/18
2454/18 2480/25 2512/6 2522/8 2522/10
2522/12
LINED [1] 2505/13
LIST [1] 2475/20
LISTEN [1] 2394/10
LISTENING [1] 2406/9
LITERAL [1] 2511/9
LITERATURE [7] 2414/12 2481/4 2481/5
2492/3 2495/5 2513/16 2513/20
LITIGATION [7] 2387/7 2440/15 2440/19
2440/21 2442/15 2442/17 2442/18
LITTLE [19] 2390/3 2390/6 2394/24
2401/2 2417/22 2420/7 2432/8 2432/8
2445/6 2446/3 2447/20 2461/22 2462/2
2471/14 2486/5 2487/22 2513/18
2513/21 2518/22
LLC [3] 2385/21 2386/9 2386/12
LOADING [10] 2394/21 2477/11 2477/14
2478/23 2480/6 2490/18 2490/19
2490/19 2505/9 2508/19
LOADINGS [6] 2477/23 2478/12
2478/15 2479/3 2479/9 2480/12
LOCAL [1] 2459/24
LOCATED [3] 2472/11 2477/24 2489/5
LOCATION [4] 2417/19 2429/21 2430/1
2446/19
LOCATIONS [8] 2394/23 2397/8
2397/19 2431/21 2448/11 2467/15
2467/18 2491/23
LOG [1] 2490/4
LOGIC [1] 2422/11
LOGICALLY [2] 2424/4 2503/23
LOGS [2] 2490/1 2491/4
LONG [5] 2405/23 2418/16 2424/15
2508/20 2515/3
LONGER [2] 2449/15 2525/12
LONGSHORE [1] 2471/24
LOOK [40] 2391/8 2392/18 2401/2
2417/16 2420/16 2424/20 2424/21
2427/23 2431/4 2431/11 2431/14
2432/13 2432/23 2439/19 2440/1 2444/9
2444/11 2450/8 2451/21 2467/13
2467/24 2473/1 2480/23 2484/7 2485/3
2487/12 2488/2 2491/13 2495/3 2495/10
2496/5 2496/14 2502/21 2502/22 2503/3
2515/13 2516/12 2520/16 2520/20
2521/15
LOOKED [14] 2394/15 2397/6 2397/19
2434/25 2465/24 2467/11 2476/13
2485/4 2494/12 2503/10 2520/15 2527/1
2527/1 2527/25
LOOKING [18] 2397/18 2402/24 2417/17
2427/2 2430/24 2437/15 2447/24
2458/13 2465/11 2467/17 2473/7
2477/16 2482/17 2482/20 2485/17
2495/6 2495/11 2495/12
LOOKS [7] 2431/3 2474/6 2482/19
2483/23 2510/9 2522/5 2524/6
LOS [1] 2385/16
LOSE [1] 2518/17
LOST [1] 2399/7
LOT [19] 2410/10 2433/13 2433/17
2434/8 2465/10 2471/3 2471/7 2471/9
2475/10 2478/4 2478/4 2478/21 2481/4
2481/5 2508/2 2508/3 2519/2 2521/7
2529/11

L

LOUISIANA [17] 2385/2 2385/6 2385/20 2385/23 2386/7 2386/10 2386/14 2386/17 2386/21 2386/25 2387/8 2387/21 2438/14 2438/22 2439/1 2439/2 2531/11
LOVELY [1] 2501/21
LOW [10] 2392/20 2392/22 2397/22 2449/11 2449/11 2454/6 2454/7 2455/16 2455/18 2455/19
LOWER [13] 2403/11 2404/6 2417/12 2418/23 2422/20 2422/22 2428/16 2431/7 2432/24 2432/24 2435/22 2455/23 2483/17
LOWERING [9] 2397/5 2404/3 2404/13 2404/20 2417/17 2419/22 2421/11 2427/13 2427/22
LS [1] 2482/1
LS-DYNA [1] 2482/1
LSU [3] 2437/14 2438/13 2438/22
LUCK [1] 2530/2
LUMP [8] 2519/12 2519/14 2519/15 2519/17 2519/18 2519/20 2520/18 2521/16
LUMPS [3] 2518/14 2520/5 2520/6
LYING [2] 2520/1 2520/6

M

M-A-S-H-R-I-Q-U-I [1] 2437/18
MADE [16] 2421/10 2434/15 2436/14 2438/10 2443/19 2443/20 2457/6 2478/12 2478/19 2479/3 2479/8 2487/14 2489/21 2490/4 2491/7 2491/11
MAGIC [1] 2399/9
MAGNITUDE [4] 2403/10 2404/4 2432/2 2490/18
MAIN [3] 2386/20 2407/15 2407/21
MAJORITY [3] 2476/14 2529/14 2529/16
MAKE [34] 2390/10 2401/10 2411/18 2416/13 2417/10 2425/2 2428/17 2436/15 2439/24 2440/9 2454/23 2454/25 2455/6 2457/24 2459/19 2461/2 2462/23 2466/8 2466/17 2466/18 2466/23 2468/16 2474/2 2480/1 2484/23 2486/3 2487/25 2491/10 2497/7 2512/11 2523/5 2529/9 2529/18 2530/17
MAKES [5] 2403/19 2461/1 2466/20 2476/7 2477/12
MAKEUP [3] 2485/12 2486/22 2529/9
MAKING [5] 2434/12 2441/15 2468/14 2509/16 2529/24
MAN [1] 2460/17
MANY [7] 2392/19 2392/19 2458/14 2473/22 2485/3 2493/4 2493/4
MARC [1] 2387/13
MARK [5] 2418/12 2420/9 2447/5 2448/16 2470/18
MARKED [1] 2463/18
MARKS [11] 2447/3 2447/3 2447/10 2447/19 2447/20 2448/13 2448/14 2448/15 2448/16 2448/17 2448/19
MARSH [1] 2449/5
MASHRIQUI [5] 2436/25 2437/2 2437/13 2439/20 2439/21
MATERIAL [14] 2397/9 2474/18 2476/10 2483/5 2484/23 2486/2 2486/14 2487/23 2488/17 2488/24 2489/12 2489/23 2490/5 2529/15
MATERIALS [6] 2444/14 2474/17 2482/14 2490/8 2490/14 2494/5
MATH [8] 2402/21 2413/17 2413/25 2460/15 2460/17 2468/3 2468/16

2485/10
MATHEMATICAL [1] 2469/2
MATRIX [1] 2507/3
MATS [1] 2508/19
MATTER [17] 2389/11 2413/11 2413/23 2414/6 2440/22 2440/23 2441/6 2442/19 2451/23 2458/3 2458/5 2471/17 2478/16 2479/2 2482/2 2521/13 2531/14
MAXIMUM [17] 2389/16 2390/2 2413/7 2413/13 2413/14 2431/19 2447/6 2450/14 2450/23 2452/3 2457/21 2510/13 2510/14 2510/18 2510/23 2510/24 2511/3
MAY [35] 2385/7 2389/2 2397/20 2401/7 2401/8 2404/24 2404/25 2407/20 2409/9 2411/12 2415/18 2416/18 2423/2 2441/23 2441/23 2442/4 2470/18 2472/22 2476/16 2476/16 2482/3 2482/4 2486/8 2486/8 2486/11 2486/11 2486/12 2486/13 2493/16 2497/4 2497/6 2498/25 2514/20 2523/25 2526/21
MAYBE [17] 2393/2 2399/22 2402/21 2402/25 2413/17 2421/16 2422/1 2462/20 2464/3 2487/14 2512/13 2515/2 2515/8 2521/10 2526/10 2529/11 2531/1
MCCONNON [1] 2387/13
ME [79] 2393/5 2395/13 2397/15 2397/20 2398/4 2398/11 2399/7 2400/2 2400/14 2401/13 2402/3 2403/14 2404/16 2404/17 2408/3 2410/18 2413/25 2414/1 2416/1 2419/16 2421/14 2421/16 2426/20 2429/20 2434/23 2439/7 2439/21 2439/21 2440/6 2441/3 2443/16 2443/23 2445/11 2448/1 2453/19 2454/13 2454/22 2455/2 2455/8 2455/10 2457/16 2457/24 2460/20 2464/11 2468/23 2470/17 2472/18 2480/13 2481/11 2481/12 2481/14 2481/23 2482/19 2482/23 2483/23 2485/1 2487/4 2487/10 2489/7 2492/9 2498/24 2503/23 2508/14 2508/22 2510/5 2510/24 2512/5 2512/11 2513/6 2515/2 2515/9 2517/14 2522/23 2522/24 2522/24 2526/6 2526/25 2530/14
ME A [1] 2398/11
MEAN [50] 2390/9 2390/17 2390/20 2390/20 2391/9 2391/17 2391/20 2391/22 2421/8 2422/22 2440/9 2440/10 2440/14 2441/16 2441/16 2448/22 2450/22 2453/11 2453/19 2454/16 2459/2 2461/10 2464/19 2472/14 2476/3 2476/25 2483/12 2489/2 2489/7 2491/2 2491/6 2495/24 2495/25 2501/4 2501/10 2501/12 2510/19 2514/9 2518/22 2519/8 2520/21 2523/10 2523/10 2523/14 2525/18 2526/2 2526/6 2526/8 2526/8 2530/18
MEANING [4] 2402/20 2457/25 2507/8 2523/9
MEANINGLESS [1] 2467/22
MEANS [11] 2403/21 2426/4 2441/18 2458/3 2459/21 2461/14 2464/18 2519/5 2519/7 2524/8 2524/9
MEANS SOMETHING [1] 2441/18
MEANT [2] 2454/20 2519/11
MEASURE [7] 2497/2 2498/16 2499/23 2502/8 2502/8 2503/19 2507/19
MEASURED [1] 2524/15
MEASUREMENT [1] 2498/17
MEASURING [3] 2500/8 2500/8 2515/14
MECHANICAL [1] 2387/24
MECHANISMS [1] 2497/25

MEET [1] 2441/22
MEMBER [5] 2394/8 2436/18 2439/8 2440/12 2441/24
MEMBERS [2] 2436/11 2436/21
MEMORY [2] 2417/22 2504/17
MEMOS [1] 2487/12
MENTEUR [1] 2448/17
MENTION [1] 2444/21
MENTIONED [1] 2400/16
MESH [1] 2453/6
MESS [1] 2420/11
MESSAGE [1] 2395/5
METER [2] 2517/8 2518/14
METERS [8] 2415/16 2504/7 2504/17 2511/17 2512/16 2527/5 2527/6 2527/8
METHOD [14] 2495/2 2496/25 2497/1 2497/12 2497/22 2498/6 2498/10 2500/10 2502/24 2511/20 2517/11 2523/1 2524/19 2525/6
METHODS [3] 2496/7 2496/12 2507/23
MEXICO [4] 2523/1 2523/7 2523/10 2524/9
MICHAEL [2] 2386/19 2386/19
MICHELE [1] 2387/12
MICROFRACTURING [1] 2519/2
MIDDLE [7] 2415/15 2447/7 2491/13 2523/1 2523/19 2524/10 2524/13
MIGHT [15] 2416/5 2424/22 2436/21 2452/19 2481/14 2484/15 2484/16 2487/13 2500/18 2502/2 2510/25 2517/18 2518/17 2521/7 2521/7
MILE [2] 2467/18 2524/5
MILES [7] 2485/12 2491/9 2523/15 2523/16 2529/10 2529/13 2529/25
MILLER [1] 2387/14
MILLION [4] 2442/25 2451/16 2451/16 2452/20
MIND [5] 2399/23 2492/7 2515/23 2530/8 2530/9
MINERAL [2] 2483/15 2483/16
MINOR [2] 2398/12 2398/13
MINUTE [5] 2445/24 2452/19 2501/15 2503/21 2505/21
MINUTES [4] 2405/13 2419/7 2445/7 2500/14
MISSING [1] 2428/1
MISTAKE [3] 2454/23 2454/25 2455/6
MISTAKES [1] 2428/17
MITSCH [1] 2387/14
MIXED [4] 2478/22 2482/21 2482/25 2488/6
MIXTURE [1] 2479/8
MODEL [29] 2390/18 2391/24 2417/18 2421/4 2426/10 2430/13 2437/4 2437/5 2443/6 2443/18 2451/3 2451/5 2451/14 2451/15 2451/23 2452/6 2453/10 2453/22 2453/23 2455/12 2492/2 2497/15 2497/22 2497/24 2498/2 2499/25 2500/12 2525/17 2527/3
MODELED [1] 2430/13
MODELING [4] 2390/25 2424/19 2443/4 2473/1
MODELS [1] 2453/6
MODERATE [1] 2503/12
MOIST [1] 2517/5
MOMENT [1] 2394/25
MOMENTS [2] 2399/20 2427/8
MONDAY [1] 2450/10
MONEY [1] 2442/8
MONITOR'S [1] 2395/6
MONITORS [1] 2395/5
MOOT [7] 2455/19 2455/23 2457/14

**M**

MOOT... [4] 2457/22 2457/25 2458/2 2458/3
MORE [67] 2390/13 2392/12 2393/3 2393/4 2393/19 2396/4 2398/4 2403/20 2405/10 2408/18 2413/4 2417/1 2426/11 2447/20 2448/8 2449/14 2452/15 2458/11 2459/18 2461/2 2461/16 2461/18 2464/2 2466/18 2469/11 2469/14 2470/4 2470/5 2470/16 2470/17 2471/2 2471/7 2473/25 2474/18 2475/7 2475/10 2475/23 2476/12 2477/13 2477/19 2477/25 2480/23 2480/23 2481/6 2481/7 2482/3 2483/4 2485/8 2485/14 2486/14 2487/7 2487/8 2487/22 2488/11 2498/12 2503/19 2504/11 2505/6 2505/11 2505/14 2505/19 2511/3 2511/9 2514/8 2528/23 2529/3 2529/21
MORGAN [1] 2386/25
MORNING [4] 2400/1 2431/20 2448/20 2490/7
MORRIS [2] 2465/22 2466/14
MORRIS' [1] 2466/1
MOSHER [1] 2489/20
MOST [17] 2401/24 2413/6 2423/21 2436/16 2468/9 2473/15 2475/18 2477/12 2478/20 2485/1 2487/6 2487/21 2491/19 2516/3 2521/23 2522/20 2525/5
MOSTLY [3] 2409/25 2473/14 2485/4
MOTION [2] 2498/14 2501/11
MOTIVATION [2] 2452/19 2452/23
MOTIVE [2] 2441/14 2451/14
MOTIVES [1] 2441/13
MOVE [6] 2438/2 2442/21 2470/21 2479/18 2503/14 2516/1
MOVED [2] 2399/1 2426/24
MOVEMENT [1] 2430/20
MOVES [1] 2449/18
MOVIE [1] 2501/14
MOVING [6] 2437/7 2437/8 2438/1 2438/1 2497/23 2498/3
MR [8] 2416/22 2441/9 2462/5 2476/4 2482/23 2482/24 2492/14 2526/19
MR. [45] 2389/10 2395/20 2405/25 2415/18 2417/5 2417/13 2418/22 2419/14 2420/16 2423/11 2425/4 2425/11 2429/17 2429/23 2431/16 2436/25 2440/6 2447/24 2455/3 2461/19 2464/10 2466/1 2466/14 2468/18 2472/18 2474/8 2477/2 2481/15 2481/23 2484/1 2501/16 2505/15 2505/17 2509/5 2509/22 2510/2 2511/9 2514/15 2521/9 2524/7 2526/15 2529/23 2530/14 2530/16 2530/24
MR. BRUNO [6] 2468/18 2477/2 2501/16 2511/9 2524/7 2530/14
MR. EBERSOLE [24] 2389/10 2395/20 2415/18 2417/5 2425/4 2425/11 2440/6 2447/24 2455/3 2461/19 2464/10 2472/18 2474/8 2484/1 2505/17 2509/5 2509/22 2510/2 2514/15 2521/9 2526/15 2529/23 2530/16 2530/24
MR. EBERSOLE'S [1] 2431/16
MR. FITZGERALD [6] 2405/25 2417/13 2418/22 2419/14 2429/17 2429/23
MR. FITZGERALD'S [1] 2420/16
MR. HEWLETT [1] 2505/15
MR. HUGHES [2] 2481/15 2481/23
MR. MASHRIQUI [1] 2436/25
MR. MORRIS [1] 2466/14
MR. MORRIS' [1] 2466/1
MR. STEVEN [1] 2423/11

MRGO [49] 2387/7 2394/14 2394/17 2395/9 2396/12 2398/23 2406/18 2408/22 2409/1 2409/6 2409/8 2409/13 2409/13 2409/17 2409/20 2410/1 2410/2 2410/8 2411/5 2411/17 2412/18 2412/22 2413/21 2413/21 2414/19 2415/14 2415/20 2415/23 2436/20 2438/2 2462/16 2462/18 2463/19 2472/12 2472/21 2476/8 2477/24 2482/13 2487/16 2488/16 2488/17 2489/5 2489/8 2489/24 2490/2 2508/2 2519/24 2523/19 2524/10
MUCH [63] 2392/14 2393/24 2397/12 2397/13 2397/13 2397/14 2397/16 2399/18 2403/10 2403/10 2403/10 2403/10 2403/10 2405/8 2407/12 2408/18 2410/2 2410/2 2410/2 2410/8 2410/9 2412/4 2412/4 2412/4 2413/5 2413/9 2414/14 2426/11 2431/1 2431/3 2431/15 2431/20 2432/14 2432/23 2435/17 2438/17 2442/8 2451/4 2458/9 2462/25 2464/14 2466/1 2466/5 2466/11 2466/11 2466/12 2473/25 2477/7 2477/7 2479/20 2481/7 2488/11 2494/4 2494/11 2495/25 2500/9 2500/13 2500/16 2505/6 2505/13 2512/2 2521/19 2528/17
MULTIPLE [1] 2465/12
MULTIPLIED [4] 2413/15 2414/1 2414/2 2497/17
MULTIPLIER [1] 2446/11
MULTIPLY [1] 2414/3
MUST [3] 2489/1 2501/24 2515/10
MY [86] 2389/20 2394/19 2394/23 2395/18 2396/2 2396/11 2397/5 2397/18 2401/24 2402/21 2404/5 2406/9 2408/24 2410/4 2412/13 2412/16 2413/1 2413/2 2413/17 2415/19 2416/25 2417/14 2419/15 2422/2 2426/12 2428/15 2434/14 2436/11 2438/11 2438/11 2441/14 2443/2 2444/25 2445/1 2445/12 2445/18 2450/22 2452/15 2457/3 2457/6 2457/18 2457/22 2457/24 2460/17 2465/15 2465/24 2467/3 2467/4 2467/14 2468/3 2468/8 2468/9 2472/11 2473/7 2475/16 2477/14 2478/22 2480/9 2480/10 2480/13 2484/7 2484/18 2487/15 2488/19 2489/19 2491/23 2493/3 2493/6 2494/21 2495/2 2505/5 2505/18 2508/13 2512/10 2512/12 2515/1 2515/8 2516/9 2524/25 2526/14 2526/15 2527/12 2528/15 2528/21 2531/12
MYER [1] 2387/15

**N**

NAME [2] 2437/17 2443/9
NAMED [1] 2481/1
NANCY [1] 2464/25
NATURAL [1] 2413/4
NATURE [3] 2397/19 2441/23 2507/11
NEAR [2] 2446/22 2476/22
NEAREST [1] 2435/6
NECESSARILY [3] 2404/9 2408/1 2438/18
NECESSARY [2] 2451/1 2480/1
NEED [11] 2390/10 2406/17 2410/21 2460/9 2476/4 2476/10 2499/1 2502/12 2506/5 2514/11 2530/19
NEEDED [7] 2400/5 2402/4 2411/11 2445/21 2477/6 2477/7 2513/24
NEGATIVE [1] 2442/11
NEGLIGIBLE [8] 2397/21 2398/1 2398/6 2398/10 2406/9 2408/18 2408/22

2525/16
2530/6 GIGIP [2] 2509/6 2509/7
NEITHER [4] 2427/12 2427/12 2427/19 2436/18
NET [1] 2508/18
NETHERLANDS [2] 2492/5 2493/24
NETWORK [1] 2507/2
NEUTRAL [1] 2409/13
NEVER [19] 2399/23 2414/19 2414/25 2416/6 2416/10 2429/16 2430/10 2440/16 2452/7 2459/9 2480/5 2485/20 2485/21 2485/22 2520/14 2520/15 2521/12 2521/12 2521/13
NEVERTHELESS [1] 2517/3
NEW [19] 2385/6 2385/20 2385/23 2386/10 2387/4 2387/4 2387/8 2387/21 2451/14 2452/6 2452/11 2452/13 2454/5 2454/20 2455/8 2455/13 2482/6 2485/8 2490/11
NEW ORLEANS [2] 2485/8 2490/11
NEXT [8] 2420/8 2428/18 2489/9 2490/11 2506/22 2508/2 2509/17 2517/1
NO [107] 2390/17 2390/24 2391/5 2391/9 2392/16 2393/1 2393/6 2393/8 2393/23 2394/3 2394/12 2398/8 2406/7 2407/25 2408/24 2411/6 2413/1 2413/11 2414/2 2414/5 2415/2 2418/1 2421/3 2421/19 2421/19 2421/21 2422/14 2424/18 2427/12 2430/9 2431/22 2433/5 2436/11 2437/22 2438/5 2439/1 2439/1 2439/15 2439/18 2441/12 2441/12 2441/12 2441/12 2441/12 2441/12 2444/8 2444/21 2445/5 2446/13 2447/5 2448/3 2457/6 2457/25 2457/25 2458/13 2459/8 2459/10 2459/22 2464/14 2467/21 2469/21 2469/22 2475/23 2475/23 2476/10 2477/10 2478/25 2479/2 2479/16 2479/17 2479/24 2479/25 2480/4 2483/21 2483/25 2483/25 2486/5 2492/20 2492/22 2494/10 2496/18 2496/22 2498/18 2498/20 2502/24 2503/6 2503/16 2504/22 2505/5 2505/22 2505/25 2506/2 2511/12 2511/15 2518/5 2519/20 2519/21 2520/6 2522/12 2523/5 2525/18 2527/1 2528/17 2528/17 2528/17 2529/4
NOBODY [1] 2505/15
NONCOHESIVE [1] 2476/16
NONE [1] 2470/24
NONWAVE [1] 2490/20
NOR [1] 2421/13
NORMALLY [1] 2498/1
NORMAN [1] 2385/5
NORTHWEST [1] 2438/1
NOT [174]
NOTCHING [1] 2520/21
NOTE [2] 2468/14 2530/7
NOTES [1] 2423/21
NOTHING [8] 2398/2 2407/17 2437/1 2437/22 2438/4 2445/9 2503/2 2504/12
NOVEMBER [1] 2455/10
NOVEMBER/DECEMBER [1] 2455/10
NOVICE [1] 2453/19
NOW [58] 2389/10 2390/15 2392/11 2395/14 2395/16 2395/17 2400/7 2402/9 2404/17 2405/23 2406/3 2407/17 2407/19 2407/24 2416/14 2417/22 2418/2 2427/25 2428/4 2428/6 2446/18 2448/20 2452/16 2453/1 2454/5 2454/17 2455/25 2458/5 2465/4 2465/17 2468/6 2468/15 2469/9 2470/20 2471/2 2471/9 2471/10 2471/14 2482/2 2484/3 2491/24

## N

NOW... [17] 2493/12 2495/8 2502/12
2505/25 2506/22 2507/16 2508/12
2509/18 2512/13 2513/6 2513/14
2515/13 2518/6 2525/8 2525/11 2526/8
2529/25
NOWHERE [1] 2476/22
NUANCES [1] 2449/4
NUMBER [17] 2400/9 2405/15 2405/16
2405/17 2413/1 2417/25 2446/20
2446/24 2446/25 2468/8 2471/22
2490/17 2491/8 2494/13 2507/2 2524/24
2526/10
NUMBERED [1] 2531/14
NUMBERS [4] 2418/21 2422/11 2430/4
2529/6
NUMBERS/TIMES [1] 2422/11
NUMEROUS [1] 2517/7

## O

O'BRIEN [1] 2387/3
O'DONNELL [2] 2385/15 2385/15
OAK [1] 2386/3
OBJECT [3] 2441/8 2454/12 2524/7
OBJECTION [3] 2470/23 2503/16
2526/17
OBSERVED [1] 2501/6
OBVIOUS [1] 2406/17
OBVIOUSLY [1] 2389/23
OCCASIONALLY [1] 2487/21
OCCASIONS [1] 2486/16
OCCUR [5] 2418/20 2420/3 2513/21
2514/8 2528/14
OCCURRED [7] 2397/7 2406/3 2421/5
2422/12 2422/12 2422/18 2442/16
OCCURRENCE [1] 2419/25
OCCURRING [1] 2426/16
OCCURS [4] 2423/14 2462/13 2510/22
2516/13
OFF [9] 2394/25 2477/1 2480/1 2486/8
2491/16 2511/2 2512/24 2513/4 2522/17
OFFERING [3] 2471/10 2481/17
2481/21
OFFHAND [1] 2513/17
OFFICE [5] 2386/7 2386/14 2386/22
2386/24 2478/10
OFFICES [1] 2385/18
OFFICIAL [3] 2387/20 2531/9 2531/18
OFFSETS [1] 2435/2
OFFSHORE [3] 2413/23 2454/14
2527/13
OFTEN [5] 2461/21 2482/20 2483/3
2484/12 2525/17
OFTENTIMES [1] 2484/8
OH [3] 2407/14 2500/25 2528/19
OKAY [45] 2391/8 2391/12 2394/24
2395/3 2395/22 2398/18 2398/19
2402/14 2405/21 2411/16 2412/3
2414/10 2419/1 2419/4 2423/16 2426/2
2429/14 2443/13 2443/14 2446/8
2448/10 2448/18 2453/13 2455/10
2457/16 2458/18 2460/22 2465/8
2467/22 2468/5 2472/19 2490/12 2493/2
2493/7 2493/10 2496/23 2501/17 2502/8
2504/20 2505/10 2513/12 2515/16
2519/17 2526/1 2528/9
OLD [2] 2457/19 2457/19
ON [192]
ON-THE-GROUND [1] 2486/1
ONCE [10] 2392/7 2412/5 2417/12
2417/12 2418/24 2421/11 2448/25
2506/17 2512/2 2514/19

ONE [77] 2390/13 2392/18 2395/4
2395/9 2396/11 2398/3 2398/14 2405/23
2418/22 2420/5 2420/6 2420/6 2420/25
2421/2 2427/14 2429/20 2429/20
2429/21 2429/22 2429/23 2429/24
2430/6 2431/2 2431/22 2432/4 2434/10
2434/12 2434/14 2435/19 2436/11
2438/22 2443/6 2446/1 2447/16 2448/8
2448/21 2449/1 2458/14 2459/21 2464/6
2471/6 2471/24 2475/23 2476/15 2481/1
2482/3 2487/22 2488/7 2490/16 2490/18
2493/3 2493/4 2493/4 2493/19 2495/13
2496/8 2497/24 2497/24 2499/23
2499/23 2505/19 2510/25 2511/1
2511/12 2512/8 2512/9 2512/10 2512/12
2514/5 2516/23 2516/23 2517/8 2517/13
2522/5 2522/21 2524/6 2525/15
ONE-AND-A-HALF [1] 2420/6
ONES [4] 2424/15 2446/21 2447/2
2467/14
ONLY [27] 2395/21 2399/2 2399/4
2419/17 2431/24 2439/11 2439/21
2447/2 2449/8 2466/16 2469/24 2488/2
2491/6 2491/6 2492/2 2495/5 2497/3
2497/22 2498/2 2498/20 2498/21
2502/25 2504/25 2507/6 2507/11
2507/18 2508/17
ONSET [3] 2401/5 2402/23 2407/10
ONTO [2] 2475/5 2488/17
OPEN [4] 2462/1 2477/21 2480/11
2493/14
OPEN-COAST [2] 2462/1 2480/11
OPINE [1] 2406/18
OPINION [16] 2396/11 2396/12 2396/12
2397/2 2399/23 2403/17 2404/5 2422/6
2436/19 2441/10 2463/4 2463/8 2468/10
2484/23 2485/11 2505/5
OPINIONS [3] 2471/10 2477/5 2491/24
OPPOSED [1] 2515/15
OPTED [1] 2435/25
OR [99] 2389/17 2391/17 2396/5 2399/5
2399/17 2401/1 2401/16 2402/23 2407/4
2412/11 2412/23 2412/25 2413/16
2413/22 2414/12 2415/25 2416/3
2417/21 2418/5 2433/15 2433/15
2434/10 2434/12 2435/14 2435/19
2436/3 2436/18 2436/24 2440/11
2440/23 2441/10 2441/25 2442/1
2443/10 2444/2 2445/13 2445/14
2447/16 2449/4 2450/1 2450/4 2453/10
2455/4 2457/5 2457/21 2460/21 2461/5
2462/20 2462/22 2464/4 2466/6 2467/17
2469/13 2471/11 2471/11 2471/12
2472/7 2475/8 2476/6 2476/12 2476/14
2476/16 2478/1 2478/25 2479/25
2480/16 2481/16 2482/22 2483/5
2484/19 2486/3 2486/4 2486/8 2486/11
2487/4 2487/7 2490/20 2491/2 2495/9
2496/16 2499/2 2502/3 2502/21 2503/19
2505/18 2510/5 2510/17 2515/9 2516/15
2518/18 2520/12 2521/1 2521/16
2521/16 2523/10 2524/23 2526/6
2526/16 2527/24
OR THE [1] 2402/23
ORDER [9] 2398/1 2405/11 2417/15
2424/8 2453/24 2466/8 2466/24 2489/22
2507/7
ORIENT [2] 2455/8 2457/16
ORIGINAL [3] 2450/5 2452/16 2506/25
ORIGINATED [1] 2397/25
ORLEANS [8] 2385/6 2385/20 2385/23
2386/10 2387/8 2387/21 2485/8 2490/11
OSCILLATORY [1] 2488/9

OSTENSIBLY [1] 2499/8
OUR [8] 2396/4 2421/14
2427/14 2431/6 2431/23 2432/4 2434/16
2436/21 2438/22 2441/6 2446/20
2446/22 2446/24 2447/1 2447/16
2449/16 2450/19 2450/19 2474/18
2480/19 2506/10 2513/11 2513/15
2513/24 2516/13 2524/9 2530/23
OTHERS [2] 2438/23 2516/24
OTHERWISE [1] 2488/1
OUR [37] 2390/24 2394/16 2395/5
2404/21 2409/24 2419/21 2419/22
2423/14 2425/17 2425/18 2426/15
2428/4 2445/25 2464/12 2466/24
2468/16 2469/5 2471/9 2478/4 2482/20
2484/8 2487/6 2487/8 2487/24 2495/25
2496/1 2496/12 2497/19 2500/22 2501/2
2501/3 2502/16 2504/17 2508/2 2512/5
2515/17 2525/11
OURSELVES [2] 2525/24 2525/25
OUT [44] 2392/1 2399/16 2409/1
2409/25 2410/18 2410/19 2412/22
2413/3 2413/21 2415/15 2418/21 2419/1
2443/11 2446/24 2454/12 2455/5
2455/17 2457/20 2464/20 2468/25
2474/2 2474/14 2476/25 2478/12
2484/13 2486/13 2487/14 2487/17
2489/24 2490/23 2491/7 2504/1 2508/8
2513/15 2514/12 2515/13 2516/17
2518/15 2519/6 2519/12 2520/18
2521/17 2522/25 2527/3
OUTPUT [1] 2453/24
OUTPUTS [10] 2443/17 2444/2 2444/3
2444/4 2444/24 2446/12 2451/1 2452/5
2453/5 2455/12
OVER [25] 2391/22 2408/13 2423/24
2423/25 2426/11 2461/6 2466/10
2466/16 2473/5 2484/15 2485/20
2495/18 2498/24 2500/4 2504/21
2504/24 2505/7 2505/20 2510/3 2512/23
2514/19 2515/17 2516/17 2527/18
2529/10
OVERALL [1] 2451/21
OVERFLOW [16] 2391/16 2391/18
2396/24 2397/11 2397/17 2397/25
2399/2 2399/18 2406/11 2407/5 2440/5
2475/19 2506/11 2506/19 2506/21
2506/21
OVERFLOWING [1] 2407/9
OVERSTATE [2] 2461/21 2505/8
OVERTOPPING [73] 2390/7 2390/10
2391/13 2391/14 2392/5 2395/25
2395/25 2396/7 2396/7 2396/13 2396/14
2396/24 2397/11 2397/16 2397/25
2398/6 2398/7 2398/22 2398/22 2398/23
2398/24 2399/2 2399/3 2399/8 2399/9
2399/10 2399/11 2399/15 2399/19
2399/23 2399/25 2400/11 2401/5
2401/16 2401/17 2401/18 2401/19
2401/22 2402/23 2403/3 2403/6 2403/7
2403/9 2403/18 2403/21 2403/22
2403/22 2404/2 2404/5 2404/19 2407/5
2407/9 2407/11 2408/9 2408/10 2409/14
2409/18 2409/21 2410/3 2410/5 2411/6
2425/13 2426/15 2427/4 2427/15 2440/5
2448/2 2474/13 2475/18 2480/23
2504/25 2505/18 2514/21
OWN [9] 2424/24 2438/11 2486/19
2486/19 2512/11 2512/12 2516/9
2520/15 2521/13

## P

P.O [1] 2387/18

P
P6 [2]  2527/5 2527/20
P7 [1]  2527/5
PAGE [34]  2388/2 2400/8 2400/9
2400/10 2400/15 2409/9 2409/11
2410/20 2410/23 2420/23 2428/21
2428/22 2431/17 2444/9 2444/10
2447/23 2471/15 2471/18 2471/18
2482/2 2493/10 2493/10 2493/12 2495/7
2506/22 2507/21 2509/2 2509/17
2510/12 2517/1 2518/3 2518/4 2518/6
2521/21
PAGE 239 [1]  2471/18
PAID [1]  2442/8
PALMINTIER [3]  2386/19 2386/19
2386/20
PANEL [1]  2530/10
PAPER [2]  2463/18 2481/3
PARALLEL [1]  2498/3
PARAMETER [2]  2417/11 2418/25
PARAMETERS [1]  2497/3
PARDON [3]  2426/20 2464/11 2492/9
PARIS [1]  2448/15
PARISH [1]  2485/25
PART [10]  2391/21 2407/24 2408/8
2408/9 2439/13 2475/5 2484/16 2488/24
2509/9 2509/9
PARTICLES [2]  2483/3 2484/11
PARTICULAR [28]  2394/19 2404/22
2414/15 2416/23 2417/18 2422/19
2428/3 2428/3 2428/12 2428/12 2428/16
2430/1 2451/7 2466/12 2469/7 2473/21
2477/21 2480/24 2482/20 2485/25
2493/5 2495/6 2496/11 2511/13 2520/23
2523/9 2525/5 2528/24
PARTS [3]  2419/18 2439/11 2444/23
PASSED [1]  2396/23
PASSING [1]  2505/7
PAST [1]  2416/4
PATCHINESS [1]  2496/2
PATIENCE [1]  2501/23
PATTERN [1]  2447/8
PATTERNS [1]  2447/6
PAUL [2]  2387/11 2387/13
PC [2]  2385/15 2386/2
PEAK [21]  2418/8 2419/9 2419/17
2419/24 2420/10 2420/12 2420/14
2432/8 2449/8 2449/12 2449/13 2449/16
2449/21 2450/1 2450/2 2450/3 2450/18
2451/19 2452/11 2452/14 2452/21
PEAK'S [1]  2431/24
PEAKED [1]  2419/19
PEAKS [3]  2431/5 2450/23 2451/20
PEEL [1]  2511/2
PEER [1]  2511/16
PEER-REVIEWED [1]  2511/16
PEOPLE [8]  2435/18 2441/13 2478/10
2478/10 2478/22 2480/19 2480/22
2487/6
PER [19]  2405/11 2427/16 2427/17
2435/11 2500/13 2500/13 2504/7
2504/17 2504/18 2504/20 2505/3
2506/11 2511/18 2512/16 2512/16
2512/23 2513/1 2515/17 2515/22
PERCENT [15]  2393/12 2398/9 2398/13
2398/15 2407/8 2407/25 2442/4 2442/4
2442/5 2446/14 2460/4 2483/3 2494/1
2494/4 2494/16
PERCENTAGE [3]  2407/10 2483/17
2487/25
PERCENTAGES [2]  2397/12 2406/5
PERFECTLY [2]  2451/15 2490/12

PERHAPS [2]  2398/10 2474/18
PERIOD [1]  2501/23
PERIODS [1]  2511/22
PERMISSIBLE [5]  2510/13 2510/15
2510/18 2510/23 2510/24
PERMITTED [1]  2415/6
PERPENDICULAR [9]  2497/11 2497/13
2498/11 2498/12 2499/6 2499/7 2499/10
2499/13 2499/16
PERSON [1]  2441/15
PERSONALLY [1]  2413/5
PERSPECTIVE [2]  2442/12 2504/23
PERTAINED [1]  2457/22
PERTAINING [1]  2457/18
PETER [1]  2387/8
PHASING [1]  2432/3
PHILEN [1]  2387/6
PHOTO [4]  2484/4 2520/4 2520/20
2521/11
PHOTOGRAPH [4]  2482/12 2520/16
2520/24 2530/1
PHOTOGRAPHS [3]  2445/10 2527/25
2529/19
PHOTOS [2]  2516/12 2519/24
PHYSICAL [2]  2497/25 2506/24
PICK [9]  2403/13 2466/25 2486/2
2486/10 2486/24 2486/25 2500/17
2511/24 2522/25
PICKED [2]  2404/15 2431/3
PICKING [2]  2486/6 2486/19
PICKS [1]  2516/18
PICTOGRAM [1]  2423/6
PICTURE [3]  2482/10 2521/8 2521/15
PICTURES [1]  2529/19
PIECE [2]  2463/18 2504/16
PIECES [1]  2430/8
PIERCE [1]  2385/15
PLACE [8]  2463/2 2467/9 2476/15
2494/24 2494/25 2510/25 2530/6 2530/7
PLACED [3]  2488/19 2488/25 2489/15
PLACES [3]  2503/5 2516/13 2530/2
PLAIN [7]  2509/20 2511/18 2511/24
2511/25 2512/5 2512/17 2515/18
PLAINTIFF [2]  2441/25 2457/1
PLAINTIFFS [26]  2385/15 2385/18
2385/21 2386/2 2386/5 2386/9 2386/12
2386/16 2386/19 2386/22 2387/6 2406/3
2406/12 2407/3 2408/7 2408/17 2408/17
2410/7 2410/9 2410/12 2411/23 2412/6
2416/15 2416/20 2418/5 2452/13
PLAINTIFFS' [8]  2395/2 2410/13
2412/10 2420/21 2437/11 2439/16
2441/25 2465/22
PLAN [3]  2393/14 2393/16 2475/15
PLANNED [1]  2393/14
PLANT [3]  2507/1 2508/11 2508/17
PLANTED [1]  2474/24
PLAQUEMINES [1]  2485/25
PLASTIC [1]  2517/6
PLAY [1]  2442/18
PLAYED [1]  2438/9
PLC [3]  2385/18 2386/19 2386/23
PLEASE [17]  2389/4 2389/9 2395/20
2409/11 2410/23 2415/18 2415/19
2420/24 2421/16 2446/7 2460/17
2468/12 2468/12 2469/18 2472/18
2492/6 2498/5
PLUG [5]  2453/3 2453/4 2454/2 2454/5
2504/17
PLUGGING [1]  2454/2
PLUNGING [3]  2498/13 2498/16 2501/6
PLUS [1]  2478/21
POCKMARK [1]  2502/5

POINT [41]  2399/17 2401/10 2403/2
2403/14 2404/14 2404/11 2404/11
2404/13 2423/23 2425/25 2427/11
2429/22 2430/15 2431/2 2431/2 2433/4
2433/10 2433/22 2434/22 2448/14
2452/2 2455/19 2455/23 2457/13
2457/14 2461/2 2463/20 2469/16
2470/16 2482/3 2487/14 2500/5 2504/1
2511/16 2513/15 2521/9 2522/11
2523/10 2524/5 2525/23 2529/8
POINTED [3]  2478/12 2490/23 2516/17
POINTS [10]  2431/14 2432/6 2445/13
2447/23 2447/25 2448/4 2448/6 2448/7
2448/21 2449/1
POLDER [6]  2397/22 2397/24 2419/18
2419/24 2419/25 2421/24
PONDERED [1]  2440/16 2440/18
POOR [6]  2496/11 2503/5 2503/6
2503/1 2511/18 2512/2
POROUS [2]  2517/6
PORTION [4]  2406/13 2408/13 2408/18
2522/3
PORTRAYED [1]  2432/5
POSITION [14]  2395/2 2395/2 2395/10
2396/5 2396/8 2396/9 2398/5 2398/21
2410/11 2410/13 2410/15 2418/5
2418/14 2436/25
POSSIBILITY [5]  2438/11 2439/18
2440/3 2440/4 2440/20
POSSIBLE [3]  2440/21 2484/17 2526/11
POSSIBLY [1]  2525/19
POST [4]  2386/7 2386/14 2386/24
2434/7
POST-KATRINA [1]  2434/7
POSTSTORM [5]  2434/9 2434/20
2435/1 2436/1 2436/4
POTENTIAL [1]  2436/19
POTENTIALLY [1]  2411/7
POUNDING [2]  2514/20 2515/3
POWELL [2]  2464/25
POWER [1]  2521/14
POYDRAS [2]  2386/10 2387/20
PRE [3]  2434/6 2434/8 2435/25
PRE-KATRINA [1]  2434/6
PRECISE [5]  2403/20 2405/11 2417/24
2425/10 2425/12
PRECISELY [1]  2523/20
PRECISION [1]  2425/16
PREDICTION [2]  2451/4 2525/6
PREDICTIVE [1]  2496/12
PREDOMINANT [1]  2406/10
PREFACED [1]  2395/13
PREFER [1]  2461/15
PREPARATION [1]  2482/8
PREPARED [1]  2405/19
PRESENCE [5]  2394/22 2396/2 2409/7
2488/3 2492/4
PRESENT [3]  2387/6 2504/8 2507/24
PRESENTED [3]  2410/5 2411/4 2516/12
PRESTORM [10]  2434/19 2434/25
2435/4 2435/6 2435/8 2435/22 2436/6
2436/7 2436/15 2436/17
PRETTY [16]  2399/21 2406/17 2420/1
2420/8 2431/1 2431/3 2431/15 2431/20
2432/13 2432/23 2444/16 2484/19
2493/7 2512/1 2513/1 2530/4
PREVALENT [4]  2396/15 2396/16
2396/17 2396/25
PREVENTING [1]  2493/20
PREVIOUS [4]  2400/15 2509/6 2517/15
2517/22
PRICE [1]  2443/2
PRIMARILY [3]  2409/3 2450/22 2487/20

Case 2:05-cv-04182-SRD-JCW Document 18889 Filed 05/28/09 Page 166 of 174

## P

PRIOR [4]  2404/1 2435/15 2449/12 2449/13
PROBABLY [11]  2398/14 2404/19 2405/11 2445/25 2473/4 2475/3 2475/4 2491/10 2501/5 2505/8 2527/12
PROBLEM [4]  2411/4 2453/1 2504/7 2518/25
PROBLEMATIC [1]  2451/20
PROCEEDINGS [3]  2385/10 2387/24 2531/13
PROCESS [5]  2391/21 2466/21 2481/8 2486/13 2498/8
PROCESSED [1]  2435/18
PROCESSES [2]  2473/6 2507/2
PRODUCE [1]  2412/16
PRODUCED [5]  2387/25 2407/8 2412/22 2455/16 2457/19
PRODUCES [1]  2454/6
PRODUCING [1]  2399/18
PROFESSIONAL [1]  2417/14
PROFESSIONALLY [1]  2422/24
PROFESSOR [1]  2508/13
PROFFER [12]  2454/16 2454/17 2454/22 2454/24 2455/4 2455/25 2456/1 2456/2 2457/1 2457/15 2458/17 2458/19
PROFILES [4]  2465/24 2466/5 2467/11 2467/13
PROGRAM [1]  2489/10
PROGRESS [1]  2509/16
PROJECT [3]  2473/21 2479/10 2481/9
PROJECTS [4]  2472/24 2473/5 2473/16 2480/13
PROOF [1]  2455/14
PROPAGATE [1]  2426/11
PROPERTIES [3]  2486/11 2488/6 2490/23
PROPOSITION [2]  2476/18 2476/19
PROTECTION [1]  2472/24
PROTECTIVE [1]  2495/18
PROVIDED [5]  2421/10 2422/17 2423/3 2448/1 2448/3
PROVIDES [1]  2453/9
PRUDENT [1]  2440/2
PUBLICATION [1]  2514/5
PUBLICATIONS [6]  2471/16 2471/19 2471/21 2475/20 2481/14 2513/16
PUBLISHED [1]  2510/13
PULL [2]  2492/6 2512/12
PULLED [2]  2489/23 2520/18
PURE [9]  2441/22 2442/3 2442/4 2476/21 2476/23 2483/5 2483/5 2488/1 2506/9
PURER [1]  2483/14
PURPOSE [4]  2389/11 2458/15 2511/23 2524/22
PURPOSES [4]  2462/24 2466/25 2468/1 2530/15
PUT [18]  2390/22 2394/24 2408/7 2417/23 2422/10 2423/12 2444/6 2447/13 2452/14 2481/23 2482/6 2485/22 2502/2 2504/23 2505/18 2505/19 2510/25 2520/14
PUTTING [1]  2422/4
PX [5]  2420/23 2428/20 2430/6 2470/22 2493/10
PX-1487 [1]  2420/23
PX-1958 [1]  2493/10
PX-2138.3 [1]  2430/6
PX-2169 [1]  2470/22

## Q

QUALITY [7]  2421/14 2421/23 2421/24

2448/19 2490/21 2503/13 2503/19
QUANTIFIER [1]  2391/4
QUANTITY [1]  2390/17
QUESTION [49]  2391/10 2392/12 2393/2 2393/3 2395/20 2396/4 2398/4 2400/4 2400/23 2403/17 2406/24 2407/2 2407/21 2408/2 2411/2 2412/6 2415/4 2415/12 2415/18 2415/19 2430/23 2430/25 2432/15 2440/6 2440/17 2440/19 2441/5 2442/10 2442/19 2443/22 2444/7 2445/8 2445/12 2453/7 2468/18 2478/3 2479/1 2479/2 2481/22 2487/1 2501/16 2505/21 2505/22 2506/17 2513/6 2515/1 2516/15 2524/8 2528/8
QUESTIONS [9]  2395/18 2411/12 2417/2 2424/3 2429/17 2472/22 2477/8 2505/18 2528/15
QUICKER [1]  2513/19
QUICKLY [9]  2404/4 2431/10 2436/10 2463/1 2476/20 2476/23 2477/3 2477/5 2479/20
QUITE [11]  2406/9 2409/18 2432/4 2442/2 2446/20 2466/2 2476/20 2477/17 2481/5 2499/16 2516/24

## R

RAISE [4]  2449/10 2449/12 2454/11 2454/13
RAISED [2]  2457/10 2458/6
RAISING [1]  2449/17
RAN [2]  2514/5 2527/12
RANGE [6]  2392/20 2465/10 2468/22 2489/14 2490/4 2509/15
RANGED [1]  2435/3
RANGES [1]  2489/5
RATE [18]  2404/2 2409/18 2417/17 2421/11 2427/16 2428/11 2497/2 2497/11 2497/13 2497/15 2498/20 2498/23 2500/1 2500/3 2500/12 2502/8 2502/25 2515/21
RATED [1]  2447/21
RATES [7]  2403/4 2403/9 2404/19 2410/6 2425/13 2427/13 2435/10
RATHER [7]  2400/24 2416/22 2417/11 2419/14 2502/20 2512/10 2517/18
RATIO [3]  2464/17 2464/18 2469/7
RAY [2]  2438/23 2439/8
REACH [51]  2390/1 2395/12 2395/17 2395/18 2395/21 2396/3 2396/13 2397/1 2404/2 2404/4 2407/9 2407/21 2408/13 2418/10 2418/11 2418/13 2420/12 2420/15 2423/20 2423/25 2424/1 2431/8 2431/23 2432/1 2432/4 2435/12 2435/24 2440/2 2440/16 2445/12 2446/15 2446/16 2446/22 2447/9 2447/25 2448/11 2450/23 2451/11 2452/9 2459/21 2466/3 2466/10 2467/9 2467/25 2476/20 2482/6 2491/11 2496/19 2496/22 2529/10 2529/20
REACH 2 [40]  2390/1 2395/12 2395/21 2396/3 2396/13 2397/1 2407/9 2407/21 2408/13 2418/10 2418/11 2418/13 2420/12 2420/15 2423/20 2423/25 2424/1 2431/8 2431/23 2435/12 2435/24 2440/2 2445/12 2446/15 2446/16 2446/22 2447/9 2447/25 2448/11 2450/23 2451/11 2459/21 2466/3 2466/7 2467/9 2467/25 2476/20 2491/11 2496/19 2496/22 2529/20
REACH2 [1]  2506/15
REACHED [1]  2417/12
REACHES [1]  2427/4

REACHING [1]  2521/10
REACT [1]  2521/5
READ [18]  2402/4 2421/1 2421/2 2421/13 2424/18 2430/10 2438/18 2438/20 2439/11 2439/13 2466/2 2492/14 2492/17 2493/3 2493/8 2499/3 2499/4 2512/14
READILY [1]  2505/11
READY [1]  2522/21
REAL [7]  2407/2 2407/5 2452/19 2461/1 2491/6 2494/1 2494/1
REALISTIC [3]  2460/18 2460/18 2461/3
REALIZE [1]  2389/10
REALLY [28]  2389/13 2391/20 2392/13 2398/19 2410/13 2429/15 2430/22 2437/6 2440/9 2440/22 2440/23 2441/6 2442/18 2442/24 2451/22 2452/7 2453/3 2453/7 2466/22 2471/4 2477/10 2488/1 2495/11 2496/15 2498/19 2503/5 2525/23 2529/12
REANALYZED [1]  2514/6
REASON [4]  2393/10 2399/8 2451/9 2494/18
REASONABLE [3]  2402/16 2435/16 2527/9
REASONABLY [1]  2422/1
REASONS [1]  2432/22
RECALL [16]  2420/7 2438/10 2438/17 2439/15 2444/12 2448/7 2450/7 2450/21 2452/14 2485/4 2492/18 2510/8 2513/17 2518/1 2521/1 2521/4
RECENT [2]  2513/16 2514/5
RECENTLY [2]  2486/11 2514/5
RECESS [5]  2445/6 2445/24 2445/25 2446/5 2531/6
RECOLLECTION [2]  2416/25 2452/15
RECOMMENDATION [1]  2436/14
RECOMMENDED [3]  2404/11 2404/13 2417/16
RECORD [8]  2422/16 2437/12 2454/18 2457/24 2464/24 2500/7 2500/7 2531/13
RECORD'S [2]  2416/13 2466/24
RECORDED [1]  2387/24
RECTIFIABLE [1]  2434/13
RECTIFY [2]  2434/9 2436/12
RECUSED [1]  2515/9
REDID [1]  2457/4
REDIRECT [1]  2513/7
REDO [2]  2451/1 2452/21
REDUCTION [2]  2409/17 2473/16
REFER [6]  2400/22 2401/23 2402/5 2402/6 2410/21 2411/11
REFERENCE [3]  2465/1 2510/6 2513/17
REFERENCED [3]  2493/3 2493/4 2512/10
REFERRED [2]  2496/2 2512/7
REFERRING [4]  2409/25 2427/24 2509/2 2509/6
REFERS [2]  2511/25 2512/2
REFINE [1]  2502/24
REFINED [2]  2507/16 2507/20
REFLECT [2]  2392/10 2486/11
REGARD [5]  2477/5 2478/11 2480/17 2481/16 2490/10
REGARDING [1]  2421/11
REGARDLESS [2]  2408/25 2412/17
REGGIO [3]  2447/5 2447/9 2448/17
REGIME [5]  2409/14 2488/11 2490/19 2490/20 2490/20 2505/14
REGION [2]  2447/8 2451/8
REGIONALLY [1]  2451/4
REINFORCE [1]  2466/15
REJECTED [2]  2447/1 2452/20

Case 2:05-cv-04182-SRD-JCW Document 18889 Filed 05/22/09 Page 167 of 174

R

RELATE [3] 2488/6 2492/3 2502/25
RELATED [6] 2436/13 2450/22 2472/1 2478/8 2498/21 2498/21
RELATES [1] 2497/1
RELATIONSHIP [3] 2462/9 2507/18 2524/4
RELATIVE [2] 2397/23 2491/24
RELEVANCE [4] 2472/15 2506/3 2506/4 2506/6
RELEVANT [2] 2431/25 2471/16
RELIABLE [5] 2418/23 2447/11 2485/1 2488/5 2491/19
RELIED [1] 2503/8
RELUCTANT [2] 2396/23 2397/10
REMEMBER [19] 2417/9 2417/10 2417/20 2417/21 2417/23 2434/7 2442/6 2443/9 2444/4 2444/7 2444/19 2447/13 2448/16 2453/8 2465/2 2490/7 2490/15 2515/1 2527/25
REMNANTS [2] 2520/1 2520/11
REMOVAL [3] 2480/18 2511/21 2513/18
REMOVAL/EROSION [1] 2511/21
REMOVE [3] 2399/9 2495/9 2515/22
REMOVED [5] 2442/17 2502/4 2511/13 2519/24 2530/1
REMOVING [4] 2496/17 2500/9 2515/18 2515/20
REPEAT [1] 2507/10
REPERCUSSIONS [1] 2457/25
REPORT [65] 2420/23 2420/24 2421/1 2421/13 2424/18 2428/20 2428/21 2428/23 2428/23 2429/9 2429/15 2429/16 2430/7 2430/9 2430/10 2431/16 2438/11 2438/17 2438/18 2438/19 2438/20 2439/10 2439/11 2439/12 2439/13 2443/11 2444/5 2444/6 2444/21 2447/22 2452/17 2455/8 2455/9 2461/19 2461/24 2462/4 2465/15 2465/17 2465/24 2467/14 2468/6 2468/8 2468/14 2471/17 2471/18 2479/22 2479/23 2481/10 2481/20 2482/10 2485/6 2485/9 2485/18 2491/23 2492/21 2492/23 2493/3 2493/6 2494/7 2512/11 2512/12 2516/3 2517/23 2522/4 2527/1
REPORTED [1] 2465/24
REPORTER [3] 2387/20 2531/10 2531/18
REPORTS [1] 2439/17
REPRESENT [1] 2454/14
REPRESENTATION [3] 2423/22 2430/12 2436/16
REPRESENTATIONS [1] 2466/9
REPRESENTATIVE [2] 2486/9 2495/3
REPRODUCED [1] 2522/3
RESEARCH [4] 2478/8 2480/22 2480/24 2487/24
RESIDED [1] 2489/12
RESIO [20] 2414/14 2443/19 2445/1 2445/3 2447/22 2447/25 2448/6 2454/10 2454/24 2455/8 2455/9 2455/12 2456/1 2457/4 2457/11 2458/5 2458/6 2458/11 2462/25 2465/9
RESIST [2] 2490/21 2503/24 2504/6
RESISTANT [1] 2518/14
RESISTED [2] 2517/8 2518/14
RESOLUTION [1] 2435/20
RESOLVE [1] 2434/11
RESPECT [1] 2514/25
RESPOND [4] 2441/4 2473/3 2478/22 2483/4
RESPONDED [2] 2437/16 2440/2

RESPONSIVE [1] 2408/2
REST [1] 2415/11
RESTATE [1] 2528/8
RESTRICTED [1] 2480/12
RESULT [9] 2395/25 2396/7 2396/13 2398/6 2406/4 2417/1 2451/11 2451/15 2514/20
RESULTED [1] 2397/3
RESULTS [19] 2419/16 2419/20 2421/15 2421/17 2421/23 2421/24 2422/2 2426/10 2449/24 2449/24 2450/5 2450/5 2450/25 2451/2 2452/5 2453/4 2457/19 2458/7 2482/1
REVERSE [1] 2520/8
REVETMENT [1] 2493/19
REVETMENTS [1] 2493/19
REVIEW [1] 2478/7
REVIEWED [1] 2511/16
REVIEWING [1] 2494/2
REVISITED [1] 2513/16
RICHARD [1] 2387/16
RID [1] 2489/13
RIDICULOUS [1] 2414/18
RIGHT [206]
RIGOROUS [1] 2426/11
RISE [5] 2389/3 2399/1 2446/4 2446/6 2531/5
RISES [1] 2525/11
RISING [1] 2405/9
RIVERINE [1] 2477/13
ROAD [1] 2448/15
ROBERT [1] 2387/6
ROBIN [1] 2387/15
ROBINSON [1] 2385/5
ROLE [7] 2394/13 2394/17 2394/19 2394/20 2411/5 2438/9 2440/3
ROLES [1] 2394/23
ROOM [1] 2387/20
ROOT [3] 2496/14 2496/19 2502/22
ROOTS [11] 2494/23 2494/24 2494/25 2495/13 2496/15 2503/3 2503/18 2507/1 2507/2 2507/5 2508/18
ROSE [2] 2431/19 2431/20
ROUGE [2] 2386/14 2386/21
ROUGH [1] 2401/25
ROUGHLY [3] 2402/18 2404/20 2508/24
ROUND [2] 2419/1 2454/10
ROY [2] 2386/5 2386/6
RUBBING [1] 2486/20
RUDE [1] 2454/17
RULE [2] 2416/3 2426/12
RUN [3] 2437/4 2472/23 2523/1
RUNS [1] 2457/7
RUPERT [1] 2387/14

S

S.W [1] 2386/17
S08 [2] 2437/4 2443/8
SAID [42] 2390/17 2395/18 2398/6 2399/7 2402/4 2402/13 2404/18 2408/14 2412/8 2415/13 2416/8 2416/10 2418/16 2419/2 2419/13 2430/11 2434/6 2450/1 2450/8 2451/25 2454/20 2457/4 2457/24 2459/9 2460/3 2467/14 2469/22 2478/14 2487/18 2494/12 2494/21 2496/22 2505/15 2507/15 2518/19 2519/1 2526/2 2526/8 2527/17 2527/24 2529/3 2529/21
SAKE [1] 2464/12
SAME [45] 2394/16 2399/18 2400/4 2405/3 2406/4 2414/7 2418/5 2426/7 2426/18 2426/21 2427/2 2427/7 2427/10 2428/5 2428/5 2431/21 2431/21 2432/13 2432/22 2432/24 2434/13 2434/15

2438/25 2448/25 2449/6 2452/1 2452/6 2457/7 2458/5 2467/6 2468/23 2473/22 2474/17 2475/1 2476/3 2478/15 2488/9 2510/17 2512/8 2516/2 2517/15 2517/3 2521/22 2522/5 2527/3
SAMPLE [3] 2486/10 2487/2 2491/9
SAMPLES [4] 2484/24 2485/3 2485/11 2491/8
SAND [42] 2472/1 2472/4 2472/6 2472/8 2472/9 2472/11 2473/2 2473/2 2473/15 2473/23 2474/2 2474/14 2474/18 2474/23 2476/2 2476/3 2476/5 2476/5 2476/6 2476/7 2476/12 2476/16 2476/21 2476/23 2478/1 2478/13 2478/14 2478/17 2478/19 2479/4 2479/8 2483/3 2483/5 2484/21 2486/4 2488/1 2494/1 2494/2 2494/4 2494/5 2494/11 2529/11
SANDS [1] 2494/16
SANDY [6] 2472/13 2473/17 2484/15 2484/16 2486/14 2487/23
SANDY-TYPE [1] 2486/14
SANK [2] 2392/12 2393/24
SARAH [1] 2387/16
SAT [1] 2521/7
SATURATED [1] 2517/2
SAVE [2] 2500/21 2500/21
SAW [23] 2396/20 2397/6 2407/7 2430/15 2465/25 2476/15 2496/25 2518/22 2520/1 2520/6 2520/7 2520/10 2520/11 2520/13 2520/17 2521/13 2521/19 2527/25 2528/13 2528/22 2529/18 2530/1
SAY [61] 2397/10 2397/13 2399/22 2400/10 2400/11 2402/1 2402/7 2402/7 2402/9 2402/18 2403/15 2404/18 2409/3 2409/13 2410/9 2410/9 2412/8 2419/15 2420/19 2421/23 2427/4 2435/14 2442/3 2445/19 2450/9 2450/16 2451/13 2452/19 2459/3 2459/20 2460/12 2462/10 2462/21 2464/5 2464/10 2466/6 2467/14 2469/18 2470/14 2475/14 2475/16 2476/21 2477/25 2484/6 2498/23 2499/7 2501/24 2503/4 2505/1 2511/17 2513/14 2513/25 2514/1 2515/10 2516/7 2516/8 2520/4 2520/13 2522/9 2526/7 2529/25
SAYING [17] 2391/16 2403/2 2403/5 2403/9 2416/2 2416/5 2427/25 2437/2 2437/3 2437/4 2450/7 2464/17 2467/9 2467/20 2511/2 2511/2 2511/5
SAYS [23] 2402/11 2402/24 2403/3 2406/15 2406/20 2421/4 2425/14 2466/5 2468/15 2493/18 2494/8 2506/23 2510/12 2512/12 2512/20 2512/22 2512/25 2517/1 2518/2 2518/13 2518/18 2522/23 2528/5
SCALE [12] 2443/17 2443/25 2444/16 2444/24 2445/2 2446/12 2446/17 2449/16 2451/11 2454/9 2492/5 2494/3
SCALED [14] 2442/23 2443/21 2443/23 2444/2 2444/5 2449/8 2449/8 2449/9 2449/23 2450/2 2450/5 2450/25 2452/5 2453/4
SCALES [2] 2449/19 2449/20
SCALING [10] 2390/19 2390/22 2443/20 2444/13 2444/21 2446/10 2447/16 2448/25 2449/1 2453/1
SCIENCE [1] 2414/13
SCIENTIFIC [2] 2487/3 2524/23
SCIENTIST [2] 2440/11 2466/8
SCIENTISTS [1] 2514/11
SCOTT [1] 2385/19
SCREEN [1] 2402/10

SEATED [2] 2389/4 2446/7
SEAWARD [1] 2462/15
SECOND [18] 2395/4 2427/17 2451/19 2454/10 2496/5 2504/7 2504/17 2504/18 2504/20 2505/3 2506/11 2511/18 2512/16 2512/16 2512/23 2513/1 2515/17 2515/22
SECTION [3] 2474/5 2474/6 2485/2
SECTIONS [1] 2485/5
SEDIMENT [7] 2482/25 2486/6 2486/12 2487/7 2490/2 2490/3 2490/23
SEDIMENTS [7] 2475/22 2478/5 2478/8 2478/22 2480/22 2482/21 2488/7
SEE [63] 2389/12 2395/1 2395/8 2395/11 2408/16 2409/10 2409/17 2411/16 2415/16 2416/14 2420/16 2420/17 2425/10 2426/14 2428/4 2429/7 2429/23 2430/16 2430/19 2431/8 2433/3 2433/3 2447/23 2460/20 2463/17 2467/4 2467/11 2467/22 2478/7 2482/20 2482/21 2484/1 2484/7 2484/12 2484/12 2485/7 2487/21 2493/18 2499/7 2503/24 2503/25 2506/9 2508/10 2509/19 2511/24 2513/8 2513/11 2516/13 2516/21 2518/11 2519/14 2519/14 2519/23 2520/1 2520/20 2520/24 2522/6 2522/6 2522/7 2525/9 2527/8 2527/17 2531/3
SEE IF [1] 2408/16
SEED [2] 2438/23 2439/8
SEEING [4] 2409/16 2486/18 2503/4 2521/16
SEEM [1] 2458/14
SEEMED [1] 2484/19
SEEMS [1] 2451/13
SEEN [10] 2392/19 2429/16 2430/7 2430/9 2435/10 2466/4 2466/5 2483/13 2495/5 2509/21
SEIJFFERT [3] 2491/25 2492/2 2517/20
SELECTED [1] 2471/16
SENSE [12] 2390/20 2410/11 2422/1 2445/18 2455/20 2476/7 2487/5 2496/7 2523/5 2526/14 2526/15 2527/12
SENSITIVE [1] 2425/13
SENSITIVITY [5] 2458/13 2458/16 2465/11 2465/12 2496/9
SENTENCE [3] 2493/18 2503/25 2504/3
SEPARABLE [1] 2391/6
SEPARATE [1] 2391/20
SEPARATED [2] 2391/25 2392/1
SEQUENCE [1] 2445/12
SERIES [1] 2445/10
SESSION [4] 2385/10 2389/1 2389/4 2446/7
SET [2] 2448/7 2491/20
SETS [2] 2494/13 2496/13
SETTING [3] 2477/21 2479/11 2480/11
SETTLEMENT [9] 2393/11 2393/13 2393/18 2435/8 2435/10 2435/15 2435/24 2436/14 2436/20
SETUP [17] 2389/17 2389/19 2389/23 2390/8 2390/11 2390/17 2390/17 2390/20 2390/22 2390/24 2391/5 2391/8 2391/19 2392/2 2392/9 2392/10 2399/5
SEVERAL [1] 2466/16
SHALL [1] 2409/13
SHALLOW [3] 2413/24 2461/7 2468/9
SHALLOWNESS [1] 2461/17
SHAPE [6] 2431/25 2432/2 2432/10 2432/13 2432/16 2449/13
SHAPE'S [1] 2432/11

SHAPED [1] 2488/24
SHARES [plural] 2411/20 2488/9
SHARES [2] 2481/12 2481/13
SHARP [2] 2530/12 2531/3
SHEAR [1] 2488/11
SHELL [5] 2395/15 2446/19 2446/22 2447/3 2448/16
SHERMAN [1] 2385/22
SHOE [1] 2517/4
SHORELINE [2] 2462/2 2463/20
SHORTCUT [1] 2443/12
SHOULD [26] 2395/13 2395/18 2415/6 2428/15 2431/11 2431/14 2432/13 2432/16 2432/23 2432/24 2433/9 2433/12 2435/7 2435/22 2440/7 2441/6 2442/6 2449/12 2467/18 2468/17 2476/20 2507/22 2515/7 2520/13 2528/5 2531/2
SHOULDER [1] 2482/12
SHOULDN'T [2] 2397/13 2432/22
SHOW [11] 2451/7 2452/18 2464/3 2497/4 2501/14 2503/21 2510/12 2511/19 2518/7 2522/23 2522/24
SHOWED [9] 2424/20 2428/15 2431/14 2435/17 2436/4 2517/13 2518/5 2520/4 2520/5
SHOWING [6] 2428/1 2428/14 2430/14 2463/20 2482/13 2517/22
SHOWN [5] 2433/4 2463/19 2522/7 2522/16 2523/23
SHOWS [7] 2430/7 2430/15 2431/19 2482/15 2491/23 2501/15 2518/2
SIC [6] 2412/14 2460/23 2464/22 2475/17 2481/25 2516/13
SIDE [78] 2396/19 2397/4 2397/7 2397/14 2397/20 2403/8 2404/1 2406/8 2406/13 2406/19 2407/4 2407/11 2407/12 2407/22 2407/23 2408/1 2408/8 2408/11 2408/19 2411/7 2427/15 2427/19 2428/7 2436/24 2437/1 2437/20 2438/18 2439/14 2440/8 2440/24 2441/7 2441/10 2441/12 2474/13 2461/22 2471/3 2474/12 2474/13 2475/8 2475/9 2477/6 2477/8 2480/1 2480/7 2481/8 2488/17 2491/16 2491/24 2492/4 2494/14 2495/16 2501/10 2504/13 2505/6 2505/9 2505/14 2506/16 2515/19 2515/20 2515/24 2515/25 2516/1 2516/2 2516/14 2516/25 2517/9 2517/11 2517/12 2517/18 2517/19 2517/21 2518/19 2518/23 2519/6 2519/23 2522/17 2528/1 2528/2
SIDES [1] 2441/19
SIGNATURE [1] 2516/22
SIGNATURES [2] 2516/23 2520/2
SIGNIFICANCE [1] 2440/7
SIGNIFICANT [11] 2414/3 2425/18 2444/16 2459/12 2459/13 2487/23 2491/8 2491/9 2522/7 2522/10 2524/15
SIGNIFICANTLY [1] 2396/3
SILL [2] 2417/13 2422/23
SILT [2] 2417/16 2483/5
SILTY [1] 2487/23
SIMILAR [7] 2413/7 2432/11 2450/3 2450/13 2450/25 2472/17 2474/15
SIMPLE [4] 2412/14 2426/12 2432/4 2469/16
SIMPLY [8] 2407/19 2411/4 2436/1 2436/5 2457/7 2488/5 2498/20 2507/17
SIMS [1] 2386/3
SIMULATING [1] 2417/18
SIMULATIONS [1] 2421/15
SINCE [4] 2409/4 2412/21 2416/23

2460/14
SINGLE [2] 2467/18 2519/14
SINK [2] 2392/25 2475/6
SINKING [1] 2436/10
SIR [9] 2391/1 2407/13 2415/4 2415/20 2446/8 2450/7 2470/25 2482/4 2492/7
SIT [1] 2404/3
SITE [2] 2466/4 2521/12
SITTING [1] 2498/24
SITUATION [3] 2475/4 2504/13 2506/14
SITUATIONS [2] 2477/16 2477/18
SIX [5] 2407/15 2467/15 2467/17 2485/11 2491/22
SIZABLE [1] 2520/21
SIZE [3] 2413/19 2414/8 2430/14
SKEPTICISM [1] 2447/20
SKETCH [1] 2428/15
SKILLS [1] 2460/17
SL15 [4] 2443/8 2451/3 2451/23 2452/9
SLIDE [12] 2389/9 2389/10 2428/24 2430/6 2431/10 2431/15 2432/21 2447/13 2482/2 2492/6 2493/13
SLIDE 76 [1] 2428/24
SLIGHTLY [7] 2405/5 2405/6 2426/5 2432/12 2435/22 2528/23 2529/21
SLOPE [12] 2413/4 2462/1 2462/10 2462/11 2462/13 2464/1 2466/16 2466/17 2470/4 2522/7 2523/3 2527/14
SLOPING [10] 2413/3 2415/2 2461/7 2461/17 2462/12 2462/16 2462/21 2466/19 2468/9 2485/2
SLOWLY [3] 2413/25 2462/8 2507/1
SMALL [19] 2396/22 2398/12 2406/9 2409/15 2409/15 2409/19 2409/22 2410/4 2411/22 2412/7 2452/4 2484/11 2487/21 2487/25 2488/3 2496/13 2496/13 2520/5 2520/6
SMALLER [2] 2410/2 2412/4
SMITH [1] 2387/15
SMOOTHED [1] 2484/13
SO [227]
SOFT [1] 2517/4
SOIL [35] 2397/9 2472/3 2472/4 2472/13 2473/19 2476/2 2476/15 2476/16 2487/2 2487/7 2488/6 2488/11 2494/22 2494/23 2494/24 2494/24 2494/25 2498/17 2506/25 2507/3 2507/4 2507/11 2507/14 2507/17 2507/20 2508/18 2518/15 2518/17 2519/2 2519/12 2519/15 2520/22 2528/23 2529/3 2530/1
SOILS [2] 2482/12 2508/3
SOJA [1] 2387/16
SOLELY [6] 2407/9 2409/2 2409/3 2413/14 2496/25 2507/15
SOME [97] 2393/11 2396/19 2396/22 2397/2 2399/5 2399/8 2399/8 2401/23 2403/2 2405/10 2409/16 2411/21 2411/22 2416/14 2416/16 2421/10 2423/2 2423/7 2423/8 2423/8 2423/9 2423/18 2423/20 2424/7 2424/9 2424/13 2424/15 2429/3 2431/5 2431/22 2432/3 2434/10 2435/8 2435/17 2435/20 2436/2 2436/12 2439/18 2439/19 2440/8 2440/24 2443/4 2444/13 2446/18 2448/24 2451/7 2451/14 2453/8 2457/4 2457/6 2460/19 2462/14 2462/19 2465/15 2465/24 2466/6 2473/1 2474/24 2475/5 2475/18 2476/4 2480/19 2480/24 2482/6 2483/2 2483/3 2484/21 2484/24 2486/1 2486/12 2486/14 2486/19 2488/20 2489/16 2489/23 2491/10 2491/16 2494/3 2494/4 2496/1 2497/17 2503/8 2511/16 2513/16 2513/19 2514/4

S

SOME... [11] 2514/6 2514/11 2514/16 2520/5 2521/5 2521/11 2523/9 2524/3 2524/5 2524/23 2530/5
SOMEHOW [2] 2399/8 2467/19
SOMEONE [1] 2498/24
SOMETHING [18] 2419/7 2420/11 2427/16 2441/18 2443/10 2453/15 2457/5 2462/20 2462/22 2462/22 2476/5 2478/1 2484/3 2486/8 2487/21 2506/7 2508/12 2511/19
SOMETIME [2] 2419/5 2419/5
SOMETIMES [7] 2438/1 2438/2 2465/10 2502/3 2515/5 2529/10 2529/11
SOMEWHAT [2] 2410/4 2432/16
SOON [1] 2420/7
SOONER [2] 2399/17 2513/4
SORRY [17] 2398/20 2399/24 2401/19 2407/14 2424/25 2428/20 2428/22 2434/21 2453/7 2461/11 2490/25 2492/11 2494/22 2501/17 2515/21 2521/2 2526/4
SOUNDS [2] 2443/16 2527/9
SOUTH [1] 2385/16
SOUTHEAST [1] 2438/2
SPACED [2] 2445/19 2445/19
SPAN [2] 2402/19 2402/20
SPARSE [1] 2507/15
SPEAK [1] 2525/13
SPEAKING [1] 2474/19
SPECIFIC [2] 2445/13 2487/2
SPECIFICALLY [2] 2481/16 2505/17
SPECIFIED [1] 2401/4
SPEED [4] 2417/6 2431/21 2495/16 2516/18
SPELL [1] 2437/17
SPENT [3] 2407/16 2434/8 2442/25
SPICY [1] 2471/5
SPLASHES [1] 2475/5
SPLIT [1] 2436/2
SPOIL [1] 2482/13
SPOKE [1] 2436/11
SPOTS [4] 2392/20 2392/22 2397/8 2484/1
SPRAYED [1] 2488/17
SPRINGS [1] 2386/17
SQUARE [1] 2527/13
SQUARES [1] 2433/12
SQUARING [1] 2476/25
SR [1] 2387/16
ST. [1] 2502/21
ST. AUGUSTINE [1] 2502/21
STAFF [3] 2434/14 2436/11 2480/19 2455/23 2530/23
STAGES [1] 2438/3
STAND [1] 2510/22
STANDPOINT [4] 2440/10 2440/11 2455/23 2530/23
STANDS [1] 2508/17
STANWOOD [1] 2385/11
START [3] 2420/6 2487/14 2511/6
STARTED [6] 2417/12 2419/11 2421/11 2427/20 2428/2 2439/17
STARTS [1] 2418/24
STATED [3] 2411/13 2468/8 2470/9
STATEMENT [2] 2396/24 2454/8
STATEMENTS [1] 2512/11
STATES [5] 2385/1 2385/7 2385/11 2485/23 2531/10
STATION [4] 2387/17 2429/10 2429/12 2482/13
STATIONS [1] 2429/11
STATISTICALLY [2] 2491/8 2491/9

STAY [2] 2417/3 2531/2
STEADILY [1] 2515/25
STEADY [3] 2399/2 2504/10 2505/12
STEEPER [5] 2462/1 2462/2 2462/10 2485/2 2488/24
STENOGRAPHY [1] 2387/24
STEVE [5] 2420/20 2423/18 2424/2 2481/11 2482/7
STEVE'S [1] 2421/9
STEVEN [5] 2420/25 2422/6 2423/11 2428/23 2429/1
STEVENS [2] 2386/22 2386/23
STICK [1] 2489/7
STILL [49] 2389/14 2389/22 2389/22 2389/25 2389/25 2390/13 2390/15 2390/21 2391/3 2391/4 2391/8 2391/17 2391/23 2392/1 2392/2 2392/9 2392/13 2397/23 2399/4 2399/5 2399/14 2399/15 2399/21 2402/1 2403/6 2403/7 2412/19 2413/10 2434/21 2435/1 2436/1 2437/10 2442/3 2451/7 2457/15 2500/5 2502/14 2521/22 2522/12 2522/14 2525/11 2526/3 2526/5 2526/6 2526/7 2526/8 2526/14 2526/22 2527/4
STONE [1] 2387/16
STOP [3] 2455/2 2530/6 2530/8
STORM [8] 2390/18 2432/14 2435/2 2437/7 2438/3 2472/23 2472/25 2473/16
STORM-DAMAGE [1] 2473/16
STORY [2] 2501/21
STRAIGHT [1] 2431/3
STRATA [2] 2487/16 2490/2
STREET [10] 2385/16 2385/19 2385/23 2386/6 2386/10 2386/13 2386/20 2387/4 2387/7 2387/20
STRESS [2] 2460/17 2488/11
STRETCH [1] 2467/18
STRICTLY [1] 2459/10
STRIKING [1] 2497/20
STRONG [2] 2502/3 2508/19
STRUCTURE [3] 2506/23 2507/4 2524/4
STRUGGLE [1] 2525/17
STUBBLE [1] 2509/11
STUDIED [1] 2493/8
STUDY [3] 2411/4 2438/12 2485/23
STUDYING [1] 2524/4
STUFF [2] 2449/5 2453/24
STWAVE [11] 2453/3 2453/4 2453/22 2453/23 2453/24 2454/6 2455/12 2455/17 2457/5 2457/19 2457/19
SUBJECT [9] 2414/15 2428/18 2440/1 2471/17 2472/21 2480/24 2482/7 2495/6 2521/24
SUBJECTED [6] 2474/12 2474/13 2477/11 2478/15 2511/22 2516/2
SUBLIMINAL [1] 2441/23
SUBROGATED [1] 2387/2
SUBSEQUENT [1] 2397/17
SUBSET [1] 2496/13
SUBSIDENCE [2] 2435/13 2436/2
SUBSTRATE [4] 2484/15 2495/10 2509/4 2509/14
SUBSTRATES [1] 2472/14
SUBSURFACE [1] 2487/9
SUBTRACTED [1] 2436/5
SUCH [3] 2394/8 2451/10 2463/8
SUCK [1] 2489/8
SUFFICIENT [1] 2404/5
SUGGEST [5] 2400/5 2402/12 2473/21 2479/9 2513/22
SUGGESTED [2] 2418/22 2420/5
SUGGESTING [1] 2400/7

SUGGESTIONS [3] 2421/10 2437/8 2439/19
SUGGESTS [3] 2513/20 2513/21 2514/10
SUITE [5] 2385/16 2386/3 2386/6 2386/10 2387/19
SUITS [1] 2524/22
SUMMARY [1] 2481/4
SUNK [4] 2390/5 2393/3 2393/4 2393/19
SUPERVISE [1] 2478/11
SUPPLY [1] 2453/22
SUPPORT [1] 2422/6
SUPPOSED [1] 2487/14
SURE [41] 2389/20 2389/21 2390/11 2405/15 2410/7 2410/15 2410/17 2416/13 2419/7 2425/2 2428/5 2429/2 2430/2 2430/4 2433/8 2435/19 2441/1 2442/2 2459/2 2459/19 2466/20 2466/23 2468/1 2472/10 2476/22 2486/15 2491/6 2491/7 2491/15 2492/25 2497/7 2498/10 2506/7 2507/25 2509/23 2512/7 2515/10 2517/14 2517/25 2522/6 2525/14
SURE-FIRE [1] 2491/7
SURELY [1] 2444/5
SURF [1] 2515/3
SURFACE [31] 2390/9 2390/20 2391/22 2429/4 2429/5 2430/2 2430/5 2486/8 2487/6 2490/22 2497/12 2497/13 2498/2 2498/3 2498/11 2498/17 2499/6 2499/8 2499/9 2499/11 2499/15 2499/16 2499/17 2499/20 2500/9 2502/5 2509/15 2511/21 2515/14 2520/11 2528/22
SURGE [38] 2390/7 2390/7 2390/12 2390/13 2390/18 2391/24 2395/25 2396/7 2396/14 2397/17 2398/7 2398/23 2398/25 2398/25 2399/10 2399/15 2408/10 2412/15 2418/8 2420/11 2420/12 2420/14 2437/6 2437/7 2452/12 2452/14 2452/22 2453/23 2454/6 2455/16 2455/23 2460/10 2460/24 2473/1 2473/9 2504/24 2505/17 2506/19
SURROUNDING [1] 2415/25
SURVEY [4] 2435/4 2435/6 2435/23 2486/1
SURVEYS [2] 2434/11 2435/3
SUSPECT [2] 2448/8 2458/7
SUSTAINED [1] 2415/8
SWARD [4] 2508/11 2508/16 2509/8 2509/9
SWIRLING [2] 2501/11 2501/20
SWITCH [1] 2426/18
SWITCHED [1] 2426/22
SWORN [1] 2389/5
SYSTEM [5] 2397/23 2449/12 2449/14 2449/15 2502/22

T

TABLES [2] 2429/15 2527/1
TAG [1] 2443/2
TAHEERAH [1] 2387/11
TAKE [19] 2405/23 2414/3 2414/10 2443/12 2445/6 2445/24 2449/15 2451/2 2453/2 2453/5 2478/3 2491/8 2491/12 2500/14 2515/21 2519/6 2519/17 2528/5 2528/18
TAKEN [6] 2490/1 2520/25 2521/8 2521/11 2521/17 2528/11
TAKES [6] 2418/16 2420/3 2463/2 2479/21 2515/22 2527/18
TAKING [2] 2478/18 2529/19
TALK [13] 2391/4 2391/20 2401/4 2401/5 2405/25 2428/19 2434/2 2442/23 2462/25 2481/11 2494/13 2494/15

TALK... [1]  2523/8
TALKED [7]  2424/9 2471/9 2489/20
2510/7 2514/5 2515/15 2516/9
TALKING [39]  2390/12 2391/1 2391/3
2391/13 2392/7 2392/8 2395/17 2401/18
2402/23 2403/1 2409/23 2417/10
2420/18 2425/7 2435/18 2439/22
2446/10 2459/10 2463/13 2465/4
2465/17 2467/6 2467/6 2471/3 2475/1
2475/22 2502/14 2504/11 2505/16
2509/3 2509/5 2510/2 2513/5 2513/6
2514/4 2514/19 2514/20 2518/5 2526/10
TALKS [2]  2475/21 2525/8
TALLEST [1]  2469/5
TANGENTIALLY [1]  2497/23
TANK [2]  2492/5 2494/3
TAUGHT [1]  2474/8
TEACH [1]  2472/18
TEAM [16]  2394/4 2394/8 2436/8
2436/19 2438/13 2438/22 2438/23
2439/1 2439/1 2439/5 2439/6 2439/7
2443/4 2443/17 2443/19 2448/8
TELL [18]  2400/2 2401/13 2403/14
2410/22 2424/22 2441/13 2471/6 2485/1
2487/2 2498/24 2510/5 2515/20 2520/17
2520/19 2524/16 2524/23 2526/22
2526/23
TELLING [11]  2392/21 2392/24 2410/14
2422/5 2422/7 2440/18 2463/13 2467/17
2473/23 2480/15 2485/13
TELLS [1]  2453/25
TEND [3]  2487/8 2505/11 2519/3
TENDS [1]  2483/4
TENS [1]  2415/16
TERMINOLOGY [2]  2395/23 2476/7
TERMS [6]  2397/21 2434/12 2450/18
2495/19 2517/12 2525/16
TERRIBLY [1]  2500/7
TEST [9]  2425/16 2458/16 2463/6
2466/4 2492/5 2503/8 2524/12 2527/2
2528/24
TESTED [2]  2494/5 2494/16
TESTIFIED [9]  2389/6 2412/24 2446/14
2465/21 2468/7 2476/19 2501/9 2509/22
2523/8
TESTIFY [4]  2410/11 2414/14 2450/4
2457/11
TESTIFYING [4]  2396/10 2441/20
2442/1 2457/4
TESTIMONY [40]  2393/9 2394/10
2401/24 2406/10 2408/7 2408/24
2409/10 2410/5 2412/13 2412/17 2414/8
2415/1 2415/13 2415/20 2415/22
2416/12 2417/8 2417/9 2418/7 2425/1
2425/3 2426/8 2429/18 2432/7 2433/9
2448/20 2449/25 2452/2 2464/25
2468/15 2474/8 2475/16 2482/17 2484/4
2486/23 2489/18 2490/7 2490/13
2490/15 2516/9
TESTING [1]  2468/3
TESTS [5]  2494/3 2503/9 2527/12
2527/16 2529/22
TEXAS [2]  2386/4 2488/8
THAN [50]  2390/5 2392/12 2393/3
2393/4 2393/19 2399/19 2408/18
2412/23 2414/19 2414/25 2416/11
2421/14 2426/12 2435/23 2443/7 2443/8
2447/20 2448/8 2451/24 2453/16 2459/9
2461/3 2461/14 2462/2 2464/14 2469/19
2473/25 2474/18 2475/10 2477/12
2477/19 2478/1 2487/22 2498/25

2502/20 2504/11 2505/12 2511/9 2513/4
2513/10 2516/3 2517/25 2518/14 2518/14
2518/14 2520/4 2521/20 2528/23
2529/22 2530/24
THANK [12]  2392/11 2404/21 2404/23
2446/3 2470/25 2487/10 2488/15
2492/12 2501/23 2508/7 2518/21
2530/13
THAT [756]
THAT'S [142]  2389/24 2391/2 2391/10
2391/18 2392/16 2398/24 2399/15
2401/10 2401/10 2402/13 2402/16
2403/15 2404/12 2405/15 2405/17
2406/23 2407/5 2407/17 2408/20
2411/12 2414/6 2414/9 2414/16 2414/25
2415/4 2416/8 2416/10 2416/10 2416/12
2417/8 2418/14 2420/11 2420/23
2421/22 2422/7 2423/14 2423/15 2424/5
2424/20 2425/21 2426/24 2430/11
2433/2 2433/22 2434/2 2436/14 2437/6
2437/20 2437/20 2441/5 2444/16
2444/25 2445/1 2445/21 2449/15
2452/19 2454/8 2457/9 2457/22 2458/15
2459/7 2460/5 2460/6 2460/14 2461/13
2461/15 2463/14 2463/15 2467/15
2468/17 2470/7 2470/8 2472/5 2472/21
2475/15 2477/2 2477/8 2477/11 2479/6
2481/22 2482/14 2482/17 2483/24
2485/12 2485/17 2486/10 2486/23
2488/17 2489/18 2490/9 2490/13 2493/3
2495/10 2495/19 2496/2 2497/12
2497/20 2497/23 2499/3 2499/3 2508/21
2508/22 2509/4 2509/16 2510/14 2511/7
2511/15 2511/20 2511/20 2512/4
2512/17 2512/20 2512/25 2513/1 2513/2
2516/4 2516/5 2516/19 2516/21 2516/22
2517/15 2518/18 2518/22 2518/25
2519/3 2519/7 2519/20 2522/14 2522/18
2522/18 2522/21 2524/14 2524/22
2525/23 2526/9 2526/24 2526/25
2527/10 2527/19 2527/20 2528/25
2529/21
THE ORDER [1]  2424/8
THEIR [16]  2394/10 2410/15 2437/4
2438/17 2446/12 2489/15 2493/24
2494/3 2494/5 2495/2 2498/6 2500/10
2514/8 2517/11 2517/11 2521/8
THEIRS [2]  2498/10 2498/11
THEM [19]  2391/16 2391/20 2391/25
2396/6 2434/9 2438/22 2445/2 2447/2
2451/18 2453/5 2454/3 2458/15 2474/5
2474/25 2475/18 2484/12 2489/12
2513/10 2513/24
THEMSELVES [3]  2438/9 2448/6
2495/15
THEN [47]  2391/7 2398/15 2398/22
2400/11 2403/3 2403/8 2409/6 2409/13
2410/20 2412/24 2414/6 2414/6 2419/10
2419/21 2422/19 2424/19 2424/19
2424/25 2425/24 2426/1 2427/23
2429/10 2429/22 2429/23 2430/15
2432/13 2433/11 2441/16 2444/9
2445/16 2448/19 2449/11 2454/6 2460/7
2463/6 2467/2 2469/16 2469/20 2470/4
2488/23 2489/13 2491/9 2491/10 2503/5
2527/14 2529/16 2529/16
THEORY [4]  2407/18 2407/21 2436/24
2438/8
THERE [75]  2392/19 2393/11 2396/18
2400/16 2400/16 2401/3 2407/3 2409/22
2411/10 2411/21 2411/22 2414/12
2416/1 2416/3 2417/3 2418/24 2424/7
2424/13 2425/22 2427/25 2429/13

2431/22 2432/3 2433/18 2434/10
2438/23 2440/19 2444/11 2445/12
2448/22 2448/24 2449/7 2450/19
2450/20 2451/14 2460/25 2462/14
2465/2 2466/6 2469/10 2469/12 2471/22
2483/2 2483/24 2485/5 2485/8 2485/14
2487/24 2489/12 2495/21 2495/22
2501/12 2502/16 2503/14 2505/3
2505/20 2506/6 2506/15 2508/9 2509/4
2513/15 2513/20 2514/12 2516/24
2518/11 2523/24 2524/5 2524/23
2525/17 2529/4
THERE'S [22]  2390/19 2427/14 2428/8
2430/20 2431/5 2433/3 2433/5 2433/13
2433/17 2441/17 2441/17 2441/19
2441/20 2444/21 2469/21 2471/22
2480/15 2501/11 2503/6 2503/14 2514/4
2519/21
THEREFORE [5]  2423/24 2436/18
2470/5 2529/18 2530/11
THESE [45]  2392/10 2399/12 2416/16
2419/1 2419/15 2420/17 2424/20
2426/10 2426/22 2427/10 2427/12
2427/13 2429/17 2430/4 2431/21 2440/8
2440/24 2447/25 2448/4 2448/21 2449/1
2450/2 2454/2 2469/5 2471/15 2471/20
2477/22 2478/6 2478/19 2496/18
2502/15 2508/1 2512/8 2513/17 2513/19
2513/22 2513/23 2514/11 2514/15
2514/16 2519/1 2519/10 2527/12 2529/6
2529/22
THESIS [1]  2494/13
THEY [104]  2391/15 2393/10 2393/11
2393/11 2393/19 2394/5 2396/21
2397/19 2397/21 2399/22 2410/3 2410/5
2411/7 2412/8 2412/21 2414/7 2434/11
2434/11 2434/18 2435/3 2435/19
2436/13 2437/4 2438/1 2438/2 2438/25
2439/2 2439/10 2443/20 2443/21
2443/23 2443/24 2443/25 2444/2 2444/5
2444/5 2444/24 2445/2 2445/11 2445/18
2450/3 2452/15 2457/6 2457/6 2461/4
2472/25 2473/1 2473/3 2474/23 2474/24
2477/2 2478/5 2484/19 2487/15 2488/16
2488/16 2488/18 2488/19 2489/1 2489/4
2489/6 2489/6 2489/10 2489/12 2489/16
2489/19 2489/21 2490/1 2490/5 2490/9
2491/22 2494/3 2494/5 2494/15 2502/3
2502/3 2502/24 2502/25 2503/8 2503/8
2503/11 2503/18 2505/6 2508/21 2509/2
2509/3 2509/4 2509/5 2509/6 2509/12
2510/16 2513/17 2514/6 2516/7 2516/8
2519/3 2519/4 2519/11 2519/11 2521/7
2521/7 2527/4 2527/12 2528/23
THEY'RE [17]  2391/5 2411/22 2411/23
2411/25 2412/7 2412/7 2413/22 2424/12
2452/6 2452/7 2455/19 2469/23 2497/20
2507/19 2511/1 2511/2 2511/5
THICK [1]  2508/20
THICKNESS [2]  2486/7 2495/10
THING [12]  2423/17 2449/18 2462/8
2471/6 2489/9 2493/22 2495/24 2496/5
2502/12 2502/25 2509/19 2513/15
THINGS [16]  2391/14 2401/21 2419/21
2420/1 2420/17 2446/20 2446/24 2447/1
2451/17 2458/14 2473/8 2481/8 2481/14
2496/19 2507/18 2525/15
THINK [127]  2389/17 2390/2 2392/16
2392/18 2393/16 2395/10 2400/15
2402/16 2406/7 2406/8 2406/9 2406/15
2407/21 2408/24 2409/4 2409/24 2410/1
2410/4 2412/6 2412/7 2412/13 2413/5

**T**

THINK... [105]  2413/6 2413/12 2413/20
2414/14 2416/5 2417/21 2418/7 2418/7
2418/14 2420/7 2424/9 2427/14 2429/16
2432/11 2433/1 2436/8 2437/10 2439/18
2439/24 2440/2 2441/1 2441/9 2441/24
2443/10 2449/23 2450/22 2451/3
2451/18 2451/20 2451/21 2451/23
2453/15 2454/8 2457/3 2457/18 2457/20
2458/13 2458/15 2459/20 2460/2
2461/5 2461/16 2461/16 2461/18
2461/25 2462/25 2464/2 2464/14
2464/14 2465/10 2465/10 2465/12
2465/15 2466/8 2468/17 2469/22
2472/14 2477/15 2485/5 2486/5 2486/24
2487/8 2489/4 2489/10 2490/12 2490/16
2491/19 2495/2 2495/4 2495/12 2495/13
2495/18 2495/19 2496/25 2497/23
2498/6 2498/13 2499/23 2501/9 2505/5
2505/11 2505/13 2507/22 2509/12
2509/21 2510/20 2511/5 2511/5 2511/7
2511/15 2511/20 2513/3 2513/7 2514/11
2516/11 2517/11 2517/18 2521/19
2522/20 2525/15 2525/23 2529/14
2530/4 2530/9 2530/15
THINK IT [1]  2451/3
THINKING [4]  2422/4 2449/10 2485/4
2508/21
THIS [270]
THIS WORK [1]  2424/16
THOMAS [1]  2386/3
THOROUGHLY [1]  2499/19
THOSE [48]  2391/14 2392/22 2392/25
2394/23 2397/3 2397/7 2397/19 2412/1
2412/21 2419/20 2420/1 2423/4 2423/7
2423/22 2424/2 2427/19 2430/16 2432/6
2434/12 2436/10 2437/8 2445/13 2447/7
2447/10 2447/20 2447/20 2463/10
2466/14 2468/3 2474/23 2481/1 2485/5
2487/12 2489/11 2491/7 2491/22
2494/16 2497/3 2503/9 2507/25 2508/3
2513/11 2514/7 2516/5 2520/5 2527/16
2530/2 2531/1
THOUGH [7]  2415/10 2433/23 2452/4
2475/2 2500/21 2512/8 2514/15
THOUGHT [18]  2389/19 2401/18
2401/19 2407/8 2407/25 2408/6 2408/6
2417/14 2422/24 2435/13 2437/10
2439/24 2450/6 2455/2 2455/5 2460/3
2513/23 2515/1
THOUGHTS [1]  2422/4
THREE [3]  2503/14 2511/17 2523/15
THRESHOLD [2]  2457/21 2457/21
THROUGH [25]  2391/25 2396/20
2396/23 2397/3 2397/25 2413/25 2421/5
2421/6 2422/13 2431/13 2432/12
2445/11 2445/11 2460/2 2462/8 2466/23
2472/23 2475/20 2484/20 2486/7 2489/7
2489/10 2490/2 2493/11 2498/9
THROUGHOUT [1]  2447/8
THUMB [1]  2426/12
THURSDAY [1]  2390/14
TIE [1]  2423/5
TIGHTLY [1]  2496/14
TILTING [1]  2499/15
TIME [79]  2390/13 2393/16 2396/4
2398/4 2400/1 2401/22 2402/3 2402/19
2402/20 2403/13 2403/13 2404/2 2404/8
2404/9 2404/11 2404/13 2404/16
2404/21 2405/9 2416/25 2417/14
2417/20 2418/19 2419/9 2419/10
2419/11 2419/18 2419/25 2420/3

2420/11 2420/12 2420/14 2422/20
2420/23 2427/8 2427/20 2427/20
2427/11 2428/3 2428/5 2428/6 2428/13
2428/16 2432/9 2432/11 2434/8 2435/8
2437/15 2438/8 2449/21 2452/12
2452/15 2452/22 2454/12 2455/9 2461/6
2475/23 2478/7 2479/20 2480/5 2481/11
2492/17 2496/12 2497/17 2500/2 2500/4
2500/13 2500/13 2500/14 2502/9
2505/19 2508/17 2511/22 2515/4 2517/3
2528/16 2530/15 2530/18
TIMES [16]  2392/5 2412/20 2413/13
2413/18 2413/18 2414/1 2414/2 2414/4
2419/2 2422/11 2423/24 2427/18 2431/6
2452/14 2457/21 2508/14
TIMING [2]  2431/22 2431/23
TINY [1]  2409/22
TITLE [1]  2425/14
TO DECIDE [1]  2441/14
TODAY [9]  2422/3 2422/7 2445/9 2450/9
2468/7 2481/18 2496/8 2530/25 2531/1
TOE [73]  2409/1 2409/6 2410/2 2412/5
2412/16 2412/19 2413/11 2413/14
2414/8 2414/24 2415/14 2415/22
2416/11 2425/20 2425/21 2455/20
2455/24 2458/8 2458/9 2459/4 2459/6
2459/11 2459/12 2460/4 2460/7 2460/11
2461/4 2461/8 2461/13 2462/5 2462/9
2462/13 2462/15 2462/15 2462/18
2463/12 2463/20 2463/21 2465/4 2465/5
2465/5 2465/9 2465/11 2465/12 2465/18
2465/25 2466/10 2466/14 2466/22
2467/3 2467/7 2467/8 2467/12 2467/20
2467/24 2468/2 2469/17 2469/20
2469/23 2470/4 2470/17 2516/11
2516/14 2516/19 2522/21 2522/24
2523/11 2523/16 2523/23 2524/17
2524/20 2527/10 2527/15
TOGETHER [9]  2422/4 2422/10 2423/5
2453/6 2454/3 2481/24 2482/6 2486/20
2507/3
TOLD [28]  2390/14 2411/11 2414/1
2417/5 2418/17 2421/14 2422/23
2426/24 2427/8 2428/7 2428/8 2428/25
2436/23 2439/21 2442/24 2443/22
2446/10 2448/20 2449/23 2450/6
2457/14 2459/7 2461/25 2508/13
2513/24 2514/2 2526/25 2529/24
TOMORROW [4]  2530/10 2530/16
2530/23 2531/3
TONI [4]  2387/20 2531/9 2531/17
2531/17
TOO [12]  2391/15 2420/7 2454/6 2454/7
2454/9 2455/16 2455/18 2499/4 2500/3
2513/10 2519/20 2528/17
TOOK [10]  2409/10 2418/19 2421/12
2422/25 2434/19 2434/21 2446/5
2529/17 2529/18 2529/20
TOOL [1]  2451/4
TOP [10]  2421/4 2469/21 2499/2 2499/2
2504/24 2505/7 2505/20 2508/18 2512/6
2516/17
TOPIC [1]  2416/23
TOPSOIL [3]  2495/12 2495/18 2509/11
TORTS [1]  2387/10
TOUCH [2]  2424/24 2445/22
TOUCHED [1]  2517/5
TOWARDS [2]  2395/15 2462/16
TRACES [1]  2475/17
TRANSCRIPT [2]  2387/24 2531/12
TRANSITION [3]  2399/1 2451/20
2462/12
TRANSPORT [1]  2471/25

TRANSPORTED [1]  2484/14
TREATING [1]  2452/3
TREES [1]  2449/5
TREMENDOUS [1]  2473/7
TRIAL [2]  2385/10 2396/5
TRIED [7]  2408/24 2412/13 2412/14
2412/17 2420/8 2464/21 2500/20
TRIGGER [38]  2403/15 2403/23 2403/25
2404/1 2404/3 2404/8 2404/9 2404/10
2404/13 2404/17 2404/21 2405/4 2405/5
2419/22 2421/10 2422/1 2422/17
2423/14 2424/5 2427/8 2427/10 2427/17
2427/20 2427/21 2428/9 2428/19 2429/4
2429/5 2429/6 2429/22 2430/15 2431/2
2431/2 2431/13 2431/24 2433/4 2433/5
2433/10
TRIGGERING [1]  2427/13
TRIGGERS [2]  2421/7 2430/17
TROUBLE [1]  2470/20
TRUE [57]  2389/15 2390/16 2392/15
2392/16 2393/20 2394/6 2394/18
2408/19 2408/20 2408/23 2409/15
2409/22 2414/6 2419/12 2422/8 2425/11
2425/12 2427/11 2428/10 2432/25
2433/7 2443/18 2449/2 2451/16 2452/12
2453/6 2453/18 2454/7 2458/6 2458/12
2459/5 2461/3 2463/5 2465/18 2467/19
2467/23 2473/12 2479/4 2480/8 2483/18
2491/3 2494/20 2495/11 2495/23 2496/3
2496/17 2506/20 2507/13 2508/5
2511/14 2511/15 2516/22 2521/18
2528/7 2528/14 2529/13 2531/11
TRULY [3]  2465/1 2508/3 2508/4
TRUST [1]  2527/9
TRY [8]  2408/3 2434/23 2435/21 2436/9
2436/16 2441/3 2463/7 2486/6
TRYING [30]  2389/16 2398/17 2398/19
2399/14 2399/16 2411/9 2411/9 2411/16
2417/16 2423/21 2434/9 2436/6 2441/14
2447/15 2461/21 2463/6 2464/16 2470/3
2470/5 2476/25 2482/6 2485/4 2494/25
2498/9 2499/9 2514/25 2523/22 2523/22
2524/15 2529/8
TURBULENCE [3]  2505/16 2513/3
2513/5
TURBULENT [2]  2505/6 2505/14
TURF [21]  2490/21 2490/24 2492/3
2494/25 2494/25 2497/25 2502/4
2503/13 2506/23 2506/24 2507/1 2507/3
2508/18 2509/11 2509/13 2514/19
2517/2 2517/5 2517/21 2525/18 2529/5
TURN [1]  2482/2
TUSA [4]  2387/20 2531/9 2531/17
2531/17
TWO [19]  2394/15 2401/21 2407/16
2423/4 2426/22 2430/8 2435/3 2436/2
2436/3 2447/10 2448/15 2448/15
2448/17 2453/5 2483/25 2497/3 2500/14
2520/15 2527/18
TXF01 [1]  2443/10
TYPE [11]  2471/25 2478/9 2486/14
2494/18 2496/6 2496/9 2497/1 2507/14
2507/17 2507/20 2511/25
TYPES [3]  2474/18 2490/3 2493/19
TYPICALLY [7]  2413/1 2461/25 2478/5
2481/6 2483/12 2519/1 2527/15

**U**

U.S [2]  2387/9 2473/15
ULTERIOR [1]  2451/14
ULTIMATELY [1]  2447/18
UNABLE [3]  2430/22 2434/11 2488/5

# U

UNCERTAIN [1] 2417/11
UNCERTAINTY [1] 2418/25
UNDER [10] 2454/14 2469/5 2473/8
2489/1 2496/13 2507/1 2508/10 2508/16
2511/13 2514/9
UNDERLYING [1] 2495/18
UNDERNEATH [1] 2490/2
UNDERSTAND [35] 2393/2 2393/4
2399/14 2406/12 2410/13 2416/14
2428/17 2433/25 2441/3 2442/9 2442/19
2459/19 2463/7 2464/23 2469/13
2470/19 2474/16 2474/19 2474/19
2474/21 2486/6 2490/25 2497/7 2499/9
2500/23 2504/9 2504/14 2507/7 2507/12
2507/25 2509/19 2510/18 2511/8
2528/25 2529/1
UNDERSTANDING [7] 2443/2 2444/25
2445/1 2457/6 2487/15 2488/19 2531/13
UNDERSTANDS [1] 2462/17
UNDERSTATED [1] 2455/22
UNDERSTATEMENT [1] 2451/7
UNDERSTATING [1] 2461/23
UNDERSTOOD [4] 2408/1 2408/7
2430/23 2463/15
UNDERWATER [2] 2478/6 2478/6
UNDESIRABLE [1] 2489/12
UNEQUIVOCAL [1] 2463/3
UNFAIR [1] 2452/22
UNFORTUNATELY [1] 2530/10
UNIFORM [3] 2435/24 2459/21 2459/22
UNIFORMLY [1] 2484/19
UNIT [2] 2405/24 2500/13
UNITED [5] 2385/1 2385/7 2385/11
2485/23 2531/10
UNITED STATES [1] 2485/23
UNIVERSAL [2] 2416/3 2416/5
UNLESS [1] 2421/25
UNLIKE [2] 2488/8 2517/5
UNLIKELY [1] 2419/10
UNTIL [2] 2417/12 2446/1
UP [56] 2389/9 2392/11 2393/13
2393/17 2402/4 2405/8 2405/12 2405/23
2430/7 2430/17 2430/20 2437/7 2439/7
2446/12 2447/9 2447/13 2447/22
2448/10 2448/17 2449/8 2449/8 2449/9
2449/18 2452/1 2454/9 2458/6 2464/13
2466/16 2468/23 2470/2 2470/11
2470/11 2470/12 2470/13 2470/14
2470/15 2471/15 2471/22 2481/17
2482/12 2484/13 2486/2 2486/6 2486/19
2486/24 2486/25 2488/21 2489/8 2492/6
2493/14 2501/17 2504/7 2512/12
2516/18 2522/1 2527/14
UPON [7] 2398/5 2421/6 2427/9 2428/9
2484/24 2521/11 2526/25
UPPER [3] 2459/12 2470/15 2510/25
UPWARD [2] 2449/19 2449/20
US [26] 2417/5 2418/8 2418/17 2427/8
2428/7 2428/8 2428/25 2436/23 2440/18
2442/24 2446/10 2448/20 2449/23
2450/6 2466/24 2495/25 2507/7 2507/12
2507/24 2511/19 2513/11 2513/24
2514/2 2518/25 2521/25 2529/24
USE [46] 2395/24 2398/8 2398/15
2398/16 2401/12 2401/20 2403/13
2403/16 2403/22 2404/11 2405/14
2412/14 2413/16 2422/5 2434/4 2446/22
2453/11 2460/8 2460/12 2460/18
2461/15 2461/15 2461/21 2462/1 2462/4
2466/12 2467/1 2467/1 2467/2 2467/2
2467/2 2467/5 2468/16 2468/17 2468/21

2490/5 2491/4 2491/4 2507/12 2508/14
2519/9 2523/2 2523/5 2526/15 2526/17
2530/18
USED [54] 2401/13 2401/14 2401/24
2403/15 2404/2 2413/1 2413/6 2413/9
2413/13 2425/4 2427/15 2429/22 2430/3
2430/5 2430/15 2433/23 2434/6 2443/6
2446/11 2446/14 2447/2 2447/5 2448/25
2449/6 2451/5 2455/12 2461/3 2461/19
2465/9 2465/12 2465/15 2465/18
2465/20 2466/13 2468/7 2482/14
2485/11 2488/18 2490/14 2491/22
2491/25 2493/20 2495/2 2497/1 2498/6
2503/11 2510/16 2511/12 2514/2
2519/12 2526/16 2527/17 2528/23
2529/22
USES [2] 2459/16 2526/22
USING [8] 2412/10 2412/11 2421/17
2451/14 2462/5 2493/5 2499/5 2499/6
USUALLY [1] 2474/24
UTILIZE [1] 2488/7
UTILIZED [1] 2484/23

# V

VAGUE [1] 2477/2
VALUE [7] 2420/6 2420/8 2447/18
2452/1 2459/18 2461/18 2461/25
VALUES [2] 2400/11 2527/2
VARIABILITY [5] 2433/13 2433/16
2433/18 2433/24 2466/6
VARIABLE [1] 2507/23
VARIABLES [3] 2463/8 2463/10 2508/1
VARIANCE [1] 2513/8
VARIANCES [1] 2513/11
VARIATION [1] 2462/15
VARIES [1] 2513/8
VARIETY [1] 2495/21
VARIOUS [5] 2409/5 2438/3 2475/17
2483/10 2494/15
VARY [2] 2413/2 2466/2
VAST [1] 2477/15
VEGETATION [3] 2463/9 2469/10
2469/13
VELOCITIES [12] 2437/5 2437/8
2437/23 2437/24 2477/6 2497/23 2498/3
2504/6 2509/20 2511/22 2516/5 2516/5
VELOCITY [12] 2437/6 2437/6 2437/22
2481/24 2498/14 2510/21 2511/6 2514/9
2515/24 2515/25 2516/2 2517/23
VERHEIJ [2] 2492/2 2517/20
VERSION [4] 2443/7 2443/8 2452/6
2488/9
VERSUS [8] 2385/6 2397/14 2407/4
2407/22 2452/8 2483/5 2485/2 2521/16
VERTICAL [12] 2435/20 2497/2 2497/8
2498/20 2498/22 2498/23 2499/2 2499/5
2499/12 2499/16 2499/16 2501/5
VERY [31] 2390/6 2392/14 2397/7
2404/4 2407/19 2413/25 2419/16
2419/20 2448/15 2448/16 2450/3
2450/13 2457/17 2457/17 2459/17
2459/17 2462/8 2462/12 2472/17
2474/14 2480/5 2484/15 2488/1 2496/12
2496/13 2498/10 2501/12 2501/12
2508/1 2513/2 2518/22
VICINITY [1] 2427/16
VICTOR [1] 2386/24
VIEW [5] 2412/10 2412/11 2447/19
2473/2 2511/9
VISSER [1] 2494/13
VOLUME [2] 2385/10 2452/17
VOUCH [4] 2430/19 2433/4 2433/13
2433/14

# W

WAD [2] 2486/2 2486/6
WAIT [2] 2483/25 2505/21
WAKE [1] 2525/13
WALK [8] 2391/25 2413/25 2460/2
2462/8 2466/23 2485/19 2489/7 2520/14
WALKED [2] 2485/20 2521/13
WALKING [1] 2486/18
WALL [3] 2397/23 2503/4 2503/4
WALL-TO-WALL [1] 2503/4
WALLS [4] 2394/21 2423/20 2435/22
2437/16
WALTER [1] 2386/12
WANT [50] 2395/10 2399/5 2399/11
2401/25 2402/5 2410/11 2415/1 2416/12
2417/22 2422/2 2425/10 2425/11
2425/16 2426/14 2430/25 2441/25
2445/8 2453/22 2454/23 2454/25 2455/6
2457/13 2460/15 2461/15 2461/21
2466/23 2467/1 2467/1 2467/5 2468/12
2468/19 2471/12 2472/3 2472/18
2472/20 2474/8 2476/2 2476/11 2484/4
2493/13 2497/7 2504/17 2506/8 2510/10
2521/17 2522/24 2523/2 2528/17
2529/25 2530/21
WANTED [7] 2401/10 2418/21 2425/2
2452/21 2454/17 2490/5 2491/13
WANTS [3] 2400/22 2400/22 2441/9
WARREN [1] 2387/6
WAS [217]
WASHINGTON [1] 2387/18
WASN'T [5] 2393/14 2419/13 2420/5
2442/18 2450/20
WATER [153]
WATER'S [1] 2430/25
WATER-LEVEL [1] 2480/12
WATERWAY [1] 2446/23
WAVE [193]
WAVE-BREAKING [1] 2490/20
WAVES [74] 2390/15 2391/9 2391/21
2395/25 2396/7 2396/14 2398/7 2399/13
2407/5 2408/22 2408/23 2409/20
2409/21 2409/24 2410/9 2410/15 2411/4
2411/6 2411/18 2412/5 2412/10 2412/12
2414/7 2415/15 2416/10 2426/11 2438/4
2438/9 2439/25 2440/3 2448/1 2453/25
2454/9 2455/17 2461/23 2469/16
2469/16 2469/19 2469/20 2469/22
2470/2 2470/16 2470/17 2471/11
2471/25 2472/2 2473/1 2473/9 2475/18
2488/10 2493/21 2494/14 2498/1 2502/3
2505/7 2505/18 2505/19 2505/20
2505/23 2506/1 2506/2 2506/5 2506/6
2506/9 2506/10 2506/11 2506/15
2506/18 2506/18 2506/19 2508/10
2508/16 2517/7 2518/13
WAY [27] 2391/11 2418/22 2418/23
2422/7 2426/11 2433/5 2437/25 2441/4
2446/18 2451/17 2458/2 2458/4 2462/21
2468/19 2476/4 2478/20 2487/3 2488/5
2488/15 2491/7 2495/3 2497/19 2499/3
2499/3 2499/25 2500/12 2515/24
WAYS [1] 2529/23
WE [322]
WE'LL [10] 2394/24 2394/24 2401/20
2420/16 2464/3 2467/1 2503/14 2503/21
2514/12 2518/6
WE'RE [23] 2390/18 2391/1 2391/3
2391/13 2392/7 2392/7 2395/17 2403/1
2403/6 2403/13 2405/12 2405/25
2409/16 2413/6 2417/24 2418/1 2425/7
2442/2 2442/23 2445/6 2445/22 2445/25

WE'RE... [1]  2514/20
WE'VE [12]  2390/14 2392/11 2395/14
2402/9 2404/15 2405/19 2407/16 2424/9
2428/6 2429/12 2429/12 2463/25
WEALTH [1]  2516/12
WEEK [1]  2508/14
WEEKS [2]  2390/15 2407/17
WELL [101]  2389/18 2390/8 2390/11
2391/1 2391/5 2391/7 2391/19 2392/18
2393/9 2396/12 2398/11 2399/11
2401/19 2401/23 2402/3 2402/9 2402/21
2403/19 2404/9 2405/9 2407/25 2409/14
2409/23 2411/2 2414/10 2417/17 2420/1
2420/2 2420/8 2421/4 2421/16 2422/1
2422/3 2425/13 2425/24 2426/1 2426/4
2428/14 2429/3 2429/19 2430/2 2431/7
2433/9 2434/6 2435/13 2439/13 2440/18
2442/15 2444/23 2446/21 2447/1 2447/5
2448/3 2449/16 2450/4 2451/3 2451/6
2451/9 2451/13 2452/10 2452/19 2453/8
2453/17 2458/2 2458/3 2460/15 2471/22
2473/6 2476/10 2478/3 2479/7 2479/9
2480/15 2482/8 2483/24 2489/6 2491/12
2493/7 2493/9 2495/21 2500/3 2500/3
2500/5 2505/15 2506/22 2507/14 2508/6
2510/23 2511/21 2511/24 2512/9 2515/5
2515/7 2516/15 2521/7 2525/22 2525/25
2526/6 2526/8 2526/10 2529/16
WENT [12]  2396/22 2422/25 2429/11
2445/11 2446/18 2452/7 2457/4 2470/14
2486/15 2514/6 2514/7 2521/12
WERE [93]  2392/19 2392/22 2393/9
2393/10 2394/5 2394/5 2394/13 2394/13
2394/15 2394/17 2394/23 2396/6
2396/13 2396/18 2396/21 2397/21
2398/6 2399/21 2399/22 2401/18
2406/13 2409/1 2409/5 2409/21 2412/22
2415/16 2422/4 2423/19 2423/22
2431/13 2431/22 2432/3 2434/10
2434/11 2434/12 2435/2 2435/10
2435/17 2435/19 2436/10 2437/8 2437/9
2437/25 2438/1 2445/11 2445/18
2446/10 2446/22 2447/2 2447/7 2447/21
2450/19 2450/25 2452/4 2452/15 2455/2
2455/6 2457/3 2457/20 2461/20 2463/11
2463/12 2464/18 2465/25 2477/24
2479/8 2485/5 2485/6 2485/8 2485/14
2487/14 2487/15 2487/19 2488/15
2490/12 2490/14 2491/5 2491/22
2494/15 2497/3 2501/22 2505/6 2505/20
2506/6 2506/15 2511/21 2514/24
2519/24 2520/7 2521/19 2524/19 2527/3
2529/4
WEREN'T [1]  2513/23
WESTERINK [1]  2448/3
WETLANDS [2]  2405/23 2415/25
WGI [1]  2520/8
WHAT [219]
WHAT'S [23]  2403/13 2406/24 2427/7
2428/4 2431/25 2440/14 2440/14 2445/9
2460/9 2479/1 2484/7 2485/2 2486/7
2486/9 2491/14 2491/16 2501/9 2501/15
2506/18 2510/21 2511/6 2518/16 2519/9
WHATEVER [20]  2395/23 2400/23
2401/12 2406/19 2413/15 2429/6 2430/4
2431/2 2459/23 2464/19 2469/19
2471/12 2476/2 2486/4 2489/8 2506/3
2506/4 2510/19 2519/12 2521/16
WHATSOEVER [2]  2436/9 2459/10
WHEN [63]  2394/5 2397/22 2399/7
2399/23 2399/25 2400/4 2401/15 2402/1

2403/17 2403/25 2404/11 2404/17
2409/9 2411/21 2418/9 2419/10 2419/13
2420/18 2422/3 2423/13 2423/14 2424/5
2429/17 2431/23 2432/1 2438/8 2438/12
2438/15 2439/17 2439/19 2441/19
2442/3 2443/22 2444/16 2449/8 2451/14
2454/5 2454/20 2459/19 2464/5 2477/3
2484/7 2492/17 2495/8 2498/23 2499/5
2499/7 2499/8 2499/19 2503/3 2509/21
2511/2 2511/13 2511/17 2511/21 2515/8
2515/16 2516/17 2516/18 2517/2 2517/5
2519/3 2523/7 2527/25
WHENEVER [2]  2422/18 2481/13
WHERE [66]  2394/23 2397/6 2397/8
2399/18 2407/8 2409/23 2409/24
2411/19 2413/4 2417/8 2422/12 2422/15
2434/20 2434/21 2435/1 2435/25 2436/3
2436/3 2441/9 2442/2 2442/19 2450/20
2451/20 2462/9 2462/15 2466/5 2471/18
2472/11 2476/15 2477/13 2477/15
2481/13 2482/21 2483/2 2486/25
2488/10 2489/2 2489/3 2489/11 2489/14
2489/17 2489/20 2489/21 2490/12
2491/22 2496/1 2502/15 2503/6 2513/14
2516/4 2516/5 2516/19 2516/20 2516/20
2516/24 2517/14 2520/7 2522/16
2522/23 2524/5 2524/12 2524/15
2524/23 2528/22 2530/1 2530/2
WHEREUPON [3]  2389/5 2446/5 2531/6
WHEREVER [1]  2523/17
WHETHER [14]  2389/17 2394/17
2394/20 2394/21 2440/23 2461/5 2486/3
2490/20 2491/1 2502/21 2503/19
2516/15 2516/16 2521/15
WHICH [50]  2391/22 2407/3 2407/25
2408/11 2409/1 2409/17 2410/2 2412/25
2416/3 2417/6 2419/10 2419/18 2423/6
2426/11 2428/20 2429/6 2431/12
2431/15 2437/24 2437/25 2438/22
2439/8 2439/14 2442/10 2443/6 2447/22
2447/25 2451/22 2454/5 2462/13 2463/6
2471/16 2471/20 2473/2 2476/16
2477/17 2478/6 2486/21 2488/7 2497/25
2498/1 2498/6 2498/7 2499/1 2501/14
2510/21 2511/17 2517/6 2518/3 2520/5
WHILE [7]  2398/24 2410/3 2455/21
2457/3 2503/22 2509/18 2529/19
WHO [11]  2424/14 2436/11 2437/13
2448/3 2453/19 2465/22 2480/16 2487/6
2498/25 2519/10 2523/8
WHO'S [1]  2441/15
WHOLE [11]  2433/23 2444/11 2449/18
2449/18 2458/15 2508/2 2508/3 2511/23
2515/24 2529/13 2529/24
WHOSE [1]  2420/24
WHY [17]  2391/10 2392/17 2394/5
2404/17 2410/1 2436/9 2439/24 2441/2
2443/12 2449/16 2451/1 2451/2 2452/20
2477/25 2494/18 2518/8 2519/3
WILL [48]  2395/18 2413/2 2413/23
2414/14 2414/19 2414/25 2415/14
2415/21 2416/6 2416/10 2419/15
2441/13 2445/24 2445/24 2449/15
2453/6 2458/7 2458/8 2459/13 2461/4
2461/8 2462/20 2462/25 2469/24 2471/3
2475/7 2484/12 2488/3 2496/2 2500/14
2500/20 2501/14 2502/4 2502/4 2502/5
2505/11 2506/8 2508/13 2511/2 2511/6
2511/13 2515/21 2519/1 2530/11
2530/15 2530/17 2530/20 2531/3
WILLEM [1]  2491/25
WILLIAM [1]  2465/25
WIN [1]  2442/1

WIND [1]  2437/22
WINDS [1]  2453/23
WINNOWED [1]  2486/13
WISH [1]  2485/14
WITHDRAW [1]  2442/19
WITHIN [4]  2433/14 2433/19 2509/15
2516/11
WITHOUT [16]  2390/15 2391/5 2391/8
2392/9 2392/10 2399/4 2399/7 2419/25
2504/7 2506/9 2506/10 2506/11 2506/17
2507/25 2517/8 2518/14
WITHSTAND [3]  2480/11 2495/20
2505/9
WITHSTANDS [1]  2508/19
WITNESS [14]  2400/15 2403/19 2406/20
2411/11 2415/6 2422/24 2437/12 2445/8
2508/23 2511/8 2513/8 2515/8 2518/8
2530/23
WITNESSES [2]  2442/3 2531/1
WON'T [5]  2409/3 2419/5 2466/6 2505/3
2506/13
WONDERING [2]  2389/18 2463/8
WOODCOCK [1]  2387/17
WORD [7]  2398/8 2401/20 2453/11
2508/14 2509/8 2519/14 2523/25
WORDS [4]  2441/6 2450/19 2506/10
2519/12
WORK [39]  2406/15 2415/5 2418/21
2419/16 2421/9 2424/16 2424/16
2430/22 2433/8 2434/14 2436/12
2438/13 2438/15 2439/17 2440/22
2454/10 2454/20 2455/13 2460/20
2466/1 2467/4 2478/5 2478/21 2480/9
2480/13 2481/9 2481/11 2481/15
2481/16 2481/20 2481/24 2482/20
2487/6 2502/12 2505/8 2512/7 2516/15
2516/16 2530/20
WORKED [11]  2446/24 2472/24 2479/8
2479/10 2479/12 2479/15 2480/21
2481/23 2482/1 2482/5 2482/7
WORKING [2]  2395/5 2395/6
WORKS [3]  2426/14 2480/16 2526/14
WORLD [3]  2433/6 2524/1 2524/3
WORTH [1]  2452/20
WOULD [224]
WOULD LOOK [1]  2515/13
WOULD'VE [3]  2390/6 2427/18 2438/17
WOULDN'T [10]  2431/2 2442/1 2452/25
2475/14 2475/16 2484/11 2484/20
2514/24 2519/20 2530/23
WOUND [1]  2501/17
WOVEN [1]  2496/15
WRIGHT [1]  2386/5
WRITE [1]  2404/24
WRONG [17]  2413/20 2419/9 2419/10
2421/17 2428/22 2437/10 2437/10
2437/11 2443/3 2455/3 2460/5 2460/6
2461/20 2465/22 2479/6 2487/4 2521/2
WROTE [8]  2444/23 2465/14 2481/3
2481/10 2492/21 2492/23 2519/10
2519/11

Y

Y'ALL [2]  2465/9 2515/9
YARDS [3]  2445/16 2445/16 2445/17
YEAH [68]  2390/2 2391/16 2392/3
2392/10 2393/16 2397/13 2400/13
2401/3 2405/19 2411/24 2414/22
2417/10 2417/21 2418/14 2422/22
2423/4 2424/12 2426/10 2426/21 2428/2
2428/11 2433/20 2434/8 2434/23 2437/1
2441/1 2441/21 2450/16 2452/24 2454/8

**Y**

YEAH... [38]  2454/10 2462/19 2464/20
2466/21 2467/24 2469/7 2472/1 2475/7
2477/10 2480/9 2483/12 2484/10
2485/14 2485/16 2488/19 2490/1 2491/4
2491/6 2494/2 2494/21 2496/7 2496/18
2499/14 2500/25 2501/4 2504/12
2509/12 2510/16 2512/1 2512/7 2513/3
2514/2 2517/20 2519/16 2520/20 2521/7
2521/19 2527/12
YEAR [2]  2435/11 2514/3
YEARS [4]  2435/9 2439/18 2473/6
2507/1
YELLOW [1]  2463/18
YES [41]  2391/10 2396/17 2399/17
2400/20 2401/8 2405/7 2408/12 2411/21
2422/9 2425/23 2426/24 2432/18
2433/19 2438/16 2444/1 2444/15
2444/18 2444/20 2451/8 2453/12
2453/14 2455/11 2457/16 2463/22
2465/19 2473/13 2473/14 2475/12
2478/25 2481/19 2483/1 2488/14
2492/16 2492/24 2493/1 2497/6 2502/16
2512/4 2518/2 2522/15 2530/20
YESTERDAY [6]  2412/14 2460/23
2464/22 2475/17 2481/25 2516/12
YET [5]  2425/21 2427/9 2435/16
2441/22 2469/12
YORK [2]  2387/4 2387/4
YOU [670]
YOU'D [4]  2394/10 2405/25 2414/7
2424/2
YOU'LL [3]  2413/25 2429/16 2442/6
YOU'RE [48]  2391/16 2391/19 2399/4
2405/16 2409/23 2410/14 2410/17
2413/10 2415/9 2416/2 2418/13 2420/18
2421/20 2422/5 2422/7 2427/25 2427/25
2428/14 2430/24 2440/18 2441/19
2453/2 2453/3 2454/2 2467/17 2467/20
2470/5 2473/23 2475/22 2478/17
2478/18 2478/18 2481/17 2481/21
2497/14 2503/4 2504/11 2512/11
2512/22 2517/17 2520/16 2520/19
2521/2 2521/10 2521/16 2523/22 2524/4
2525/22
YOU'VE [15]  2391/19 2397/15 2401/11
2407/18 2413/20 2423/7 2423/7 2423/8
2423/9 2423/25 2430/10 2432/23 2436/8
2440/18 2462/5
YOU-ALL [2]  2434/19 2455/16
YOU-GUYS [1]  2454/9
YOUR [139]  2390/10 2390/22 2394/4
2394/8 2395/14 2396/8 2396/12 2396/12
2397/2 2398/4 2398/21 2399/23 2400/4
2400/8 2400/14 2400/19 2401/20 2402/3
2402/4 2402/7 2402/9 2402/13 2402/15
2403/17 2406/24 2407/24 2409/9
2409/10 2409/10 2411/8 2413/20 2414/8
2415/1 2415/9 2415/13 2415/20 2415/22
2416/12 2417/5 2417/22 2418/14 2419/9
2421/6 2421/18 2422/4 2422/4 2422/5
2422/6 2423/6 2424/19 2426/8 2428/14
2428/20 2432/7 2432/15 2432/18 2433/9
2433/23 2434/6 2436/8 2440/17 2441/8
2442/25 2444/4 2448/20 2448/25
2449/25 2450/5 2450/25 2452/5 2452/5
2452/11 2452/13 2452/23 2453/7
2453/11 2453/22 2454/5 2454/6 2461/19
2461/24 2462/4 2462/23 2465/14
2465/17 2467/17 2468/6 2470/21
2470/24 2471/14 2471/18 2474/8
2475/15 2478/10 2478/18 2479/1
2479/15 2479/21 2480/2 2480/5 2480/7
2481/20 2484/11 2484/22 2484/24
2484/4 2484/23 2484/24 2485/22 2486/3
2486/19 2486/19 2486/20 2486/23
2489/7 2489/18 2490/7 2490/13 2491/24
2492/19 2492/21 2501/21 2501/23
2503/16 2508/14 2519/6 2519/18
2520/14 2520/15 2521/10 2521/13
2521/22 2522/3 2523/9 2524/22 2525/3
2526/17 2527/9 2530/18
YOUR HONOR [9]  2395/14 2400/14
2415/9 2423/6 2432/18 2433/23 2470/24
2508/14 2521/22
YOURS [1]  2407/19
YOURSELF [3]  2479/3 2479/4 2485/19

**Z**

ZONE [11]  2472/3 2516/11 2522/6
2522/8 2522/8 2522/8 2525/11 2525/13
2525/15 2527/20 2527/20
ZONES [1]  2522/13