1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

5  NORMAN ROBINSON, ET AL        *   DOCKET 06-CV-2268-K
                                 *
6  VERSUS                        *   NEW ORLEANS, LOUISIANA
                                 *
7  UNITED STATES OF AMERICA, ET AL *  MAY 5, 2009
   * * * * * * * * * * * * * * * * *

8

9

10              VOLUME 12 - AFTERNOON SESSION
                TRIAL PROCEEDINGS BEFORE THE
11            HONORABLE STANWOOD R. DUVAL JR.
                UNITED STATES DISTRICT JUDGE

12

13

   APPEARANCES:
14

15  FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                               BY:  PIERCE O'DONNELL, ESQ.
16                             550 SOUTH HOPE STREET, SUITE 1000
                               LOS ANGELES, CALIFORNIA 90071
17

18  FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                               BY:  JOSEPH M. BRUNO, ESQ.
19                                  L. SCOTT JOANEN, ESQ.
                               855 BARONNE STREET
20                             NEW ORLEANS, LOUISIANA 70113

21

    FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                             BY:  JONATHAN B. ANDRY, ESQ.
                                    KEA SHERMAN, ESQ.
23                             610 BARONNE STREET
                               NEW ORLEANS, LOUISIANA 70113
24

25

                        FINAL DAILY COPY

1 | APPEARANCES (CONTINUED):

2

3 | FOR THE PLAINTIFFS:       BARON & BUDD, PC
                             BY:  THOMAS SIMS, ESQ.
                             3102 OAK LAWN AVENUE, SUITE 1100
4 |                          DALLAS, TEXAS 75219

5

6 | FOR THE PLAINTIFFS:       DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
                             BY:  JAMES P. ROY, ESQ.
                             556 JEFFERSON STREET, SUITE 500
7 |                          POST OFFICE BOX 3668
                             LAFAYETTE, LOUISIANA 70502

8

9 | FOR THE PLAINTIFFS:       THE DUDENHEFER LAW FIRM, LLC
                             BY:  FRANK C. DUDENHEFER JR., ESQ.
10 |                         601 POYDRAS STREET, SUITE 2655
                             NEW ORLEANS, LOUISIANA 70130

11

12 | FOR THE PLAINTIFFS:      DUMAS & ASSOCIATES LAW FIRM, LLC
                             BY:  WALTER C. DUMAS, ESQ.
13 |                         LAWYER'S COMPLEX
                             1261 GOVERNMENT STREET
14 |                         POST OFFICE BOX 1366
                             BATON ROUGE, LOUISIANA 70821

15

16 | FOR THE PLAINTIFFS:      FAYARD & HONEYCUTT
                             BY:  CALVIN C. FAYARD JR., ESQ.
17 |                         519 FLORIDA AVENUE S.W.
                             DENHAM SPRINGS, LOUISIANA 70726

18

19 | FOR THE PLAINTIFFS:      MICHAEL C. PALMINTIER, A PLC
                             BY:  MICHAEL C. PALMINTIER, ESQ.
20 |                              JOSHUA M. PALMINTIER, ESQ.
                             618 MAIN STREET
21 |                         BATON ROUGE, LOUISIANA 70801

22

23 | FOR THE PLAINTIFFS:      LAW OFFICE OF ELWOOD C. STEVENS JR.,
                               A PLC
                             BY:  ELWOOD C. STEVENS JR., ESQ.
24 |                         1205 VICTOR II BOULEVARD
                             POST OFFICE BOX 2626
25 |                         MORGAN CITY, LOUISIANA 70381

FINAL DAILY COPY

1    APPEARANCES (CONTINUED):

2

     FOR SUBROGATED INSURERS:      THE GILBERT FIRM
3                                  BY:   ELISA T. GILBERT, ESQ.
                                         BRENDAN R. O'BRIEN, ESQ.
4                                  325 EAST 57TH STREET
                                   NEW YORK, NEW YORK 10022
5

6    ALSO PRESENT FOR              J. ROBERT WARREN II, ESQ.
       PLAINTIFFS:                 ASHLEY E. PHILEN, ESQ.
7                                  MRGO LITIGATION GROUP
                                   600 CARONDELET STREET, SUITE 604
8                                  NEW ORLEANS, LOUISIANA 70130

9

     FOR THE DEFENDANT:            U.S. DEPARTMENT OF JUSTICE
10                                 TORTS BRANCH, CIVIL DIVISION
                                   BY:   DANIEL M. BAEZA JR., ESQ.
11                                       JEFFREY PAUL EHRLICH, ESQ.
                                         TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                       MICHELE S. GREIF, ESQ.
                                         CONOR KELLS, ESQ.
13                                       PAUL MARC LEVINE, ESQ.
                                         JAMES F. MCCONNON JR., ESQ.
14                                       KARA K. MILLER, ESQ.
                                         RUPERT MITSCH, ESQ.
15                                       PETER G. MYER, ESQ.
                                         ROBIN D. SMITH, ESQ.
16                                       SARAH K. SOJA, ESQ.
                                         RICHARD R. STONE SR., ESQ.
17                                       JOHN WOODCOCK, ESQ.
                                   BENJAMIN FRANKLIN STATION
18                                 P.O. BOX 888
                                   WASHINGTON, DC 20044
19

20   OFFICIAL COURT REPORTER:      TONI DOYLE TUSA, CCR, FCRR
                                   500 POYDRAS STREET, ROOM HB-406
21                                 NEW ORLEANS, LOUISIANA 70130
                                   (504) 589-7778
22

23

24

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25   PRODUCED BY COMPUTER.


                            FINAL DAILY COPY

1                              <u>I N D E X</u>

2                                                     <u>PAGE</u>

3    BRUCE EBERSOLE

4          CROSS-EXAMINATION                          2536

5
     PLAINTIFF PROFFER 3                               2599
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


                         FINAL DAILY COPY

| | | |
|---|---|---|
| 12:57 | 1 | **AFTERNOON SESSION** |
| 12:57 | 2 | **(MAY 5, 2009)** |
| 12:57 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 12:57 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:05 | 5 | **THE COURT:**  YES, SIR. |
| 13:08 | 6 | **MR. BRUNO:**  GOOD AFTERNOON, YOUR HONOR. |
| 13:08 | 7 | **THE COURT:**  GOOD AFTERNOON.  WE ARE ACCUSTOMED TO |
| 13:08 | 8 | STARTING IN THE MORNING, BUT GOOD AFTERNOON. |
| 13:08 | 9 | (WHEREUPON, **BRUCE EBERSOLE**, HAVING BEEN DULY SWORN, |
| 13:08 | 10 | TESTIFIED AS FOLLOWS.) |
| 13:08 | 11 | **CROSS-EXAMINATION** |
| 13:08 | 12 | BY MR. BRUNO: |
| 13:08 | 13 | **Q.**  LET ME TRY TO REMEMBER WHERE WE WERE, MR. EBERSOLE, WHEN |
| 13:08 | 14 | WE BROKE YESTERDAY.  WE WERE DISCUSSING THE SEIJFFERT ARTICLE, |
| 13:08 | 15 | WHICH IS PX-1958 -- IF WE COULD HAVE THAT UP ON THE SCREEN -- |
| 13:08 | 16 | AT PAGE 295. |
| 13:09 | 17 | WE WERE, I BELIEVE, REMEMBERING YOUR TESTIMONY FROM |
| 13:09 | 18 | FRIDAY, WHERE YOU SAID THAT IT WOULD TAKE ABOUT 17 HOURS TO |
| 13:09 | 19 | REMOVE ABOUT 2 INCHES OF TURF BASED UPON YOUR REVIEW OF THIS |
| 13:09 | 20 | CHART.  DO YOU REMEMBER THAT? |
| 13:09 | 21 | **A.**  CORRECT.  FOR P6. |
| 13:09 | 22 | **Q.**  EXACTLY.  I DON'T KNOW IF I ASKED YOU THIS OR NOT, BUT YOU |
| 13:09 | 23 | ALSO TESTIFIED AT PAGE 33 OF THE TRIAL TRANSCRIPT THAT YOUR |
| 13:09 | 24 | OBSERVATIONS OF THE FRONT-SIDE WAVE ATTACK REVEALED THAT THERE |
| 13:09 | 25 | WAS A REMOVAL OF INCHES OF MATERIAL, NOT FEET.  DO YOU RECALL |

13:10   1   THAT?

13:10   2   **A.**   NO, I DON'T.  IF YOU COULD SHOW ME THE TEXT, I MIGHT.

13:10   3   GENERALLY, I BELIEVE IT WAS MEASURED IN INCHES, NOT FEET.

13:10   4   **Q.**   WELL, THEN I'M RIGHT.  DIDN'T I JUST SAY THAT?

13:10   5   **A.**   I DON'T KNOW.  WHAT DID YOU SAY?

13:10   6   **Q.**   I THOUGHT WHAT YOU TESTIFIED TO ON FRIDAY WAS WHEN YOU

13:10   7   LOOKED AT THE PHOTOGRAPHS -- AND PARTICULARLY THOSE PHOTOGRAPHS

13:10   8   WHICH DEMONSTRATED TO YOU FRONT-SIDE WAVE ATTACK -- THERE WAS

13:10   9   THAT BAND IN FRONT OF THE LEVEE?

13:10   10   **A.**   CORRECT.

13:10   11   **Q.**   YOU WERE ASKED -- I THINK BY YOUR OWN COUNSEL -- WHAT WAS

13:10   12   THE DEPTH OF THE EROSION THERE.  YOU SAID IT WAS ON THE ORDER

13:10   13   OF INCHES, CERTAINLY NOT FEET.

13:10   14   **A.**   YES.  WE ALSO LOOKED AT SOME LIDAR DATA --

13:10   15   **Q.**   SURE.

13:10   16   **A.**   -- PRE- AND POSTSTORM LIDAR DATA.  FROM THAT ANALYSIS, IT

13:10   17   LOOKED TO BE LESS THAN 12 INCHES.

13:10   18   **Q.**   OKAY.  SO KATRINA DID ABOUT 2 INCHES OF DAMAGE IN A PERIOD

13:11   19   OF TIME THAT THIS CHART SAYS REQUIRES 17 HOURS OF TIME; RIGHT?

13:11   20   **A.**   NO.  I THINK I SAID IT WAS LESS THAN 12 INCHES, NOT

13:11   21   2 INCHES.

13:11   22   **Q.**   DIDN'T YOU SAY IT WAS ON THE ORDER OF INCHES?

13:11   23   **A.**   YEAH.  I JUST SAID "LESS THAN 12 INCHES."

13:11   24   **Q.**   WELL, 1 INCH WOULD BE CALLED AN INCH.  IF YOU PLURALIZED

13:11   25   *INCH*, YOU GET *INCHES*.  SO YOU'D HAVE TO HAVE AT LEAST 2 INCHES;

| | | |
|---|---|---|
| 13:11 | 1 | RIGHT? |
| 13:11 | 2 | **A.**   NOT NECESSARILY.  THERE WERE PLACES ON THE LEVEE THAT |
| 13:11 | 3 | OBVIOUSLY EXPERIENCED NO LOSS OF TURF. |
| 13:11 | 4 | **Q.**   WE'RE TALKING ABOUT THE PLACES WHERE YOU DID OBSERVE LOSS |
| 13:11 | 5 | OF TURF.  THAT'S INCHES.  IS THAT YOUR TESTIMONY OR NOT? |
| 13:11 | 6 | **A.**   YEAH.  BASED ON THE ANALYSIS OF THE LIDAR DATA, IT LOOKED |
| 13:11 | 7 | TO ME IT WAS LESS THAN 12 INCHES. |
| 13:11 | 8 | **Q.**   LESS THAN 12 INCHES.  MORE THAN AN INCH?  WAS IT MORE THAN |
| 13:12 | 9 | AN INCH? |
| 13:12 | 10 | **A.**   THE PLACE I LOOKED, IT LOOKED TO BE 6 TO 12 INCHES.  IT |
| 13:12 | 11 | WAS DIFFICULT IN TERMS OF SOME OF THE ISSUES WITH THE |
| 13:12 | 12 | DIFFERENCES BETWEEN PRE- AND POSTSTORM LIDAR ELEVATIONS TO GET |
| 13:12 | 13 | AN ACCURATE ESTIMATE. |
| 13:12 | 14 | **Q.**   WOULD YOU AGREE WITH ME THAT 60 MILLIMETERS IS, WHAT, |
| 13:12 | 15 | ABOUT 3 INCHES? |
| 13:12 | 16 | **A.**   50 MILLIMETERS WOULD BE 2 INCHES.  IT'S AN EASY WAY TO |
| 13:12 | 17 | CONVERT. |
| 13:12 | 18 | **Q.**   I SEE.  SO THIS IS 50.  SO THIS CHART SAYS IT TAKES ABOUT |
| 13:12 | 19 | 17 HOURS TO GET 2 INCHES OF SOIL REMOVED; RIGHT?  FAIR ENOUGH? |
| 13:12 | 20 | **A.**   CORRECT. |
| 13:12 | 21 | **Q.**   KATRINA DID THAT SAME AMOUNT OF DAMAGE TO THE FRONT OF |
| 13:12 | 22 | THAT LEVEE; RIGHT? |
| 13:12 | 23 | **A.**   WELL, AT THE SITE I EXAMINED, I JUST SAID I THINK KATRINA |
| 13:12 | 24 | DID MORE THAN 2 INCHES, SOMETHING ON THE ORDER OF 6 TO |
| 13:12 | 25 | 12 INCHES. |

FINAL DAILY COPY

13:12  1  **Q.**   LET'S GO TO THE NEXT PAGE.  BASED ON THAT CHART, IT SEEMS

13:13  2  TO SHOW THAT WAVES UP TO .5 METERS WILL CAUSE NO DAMAGE TO

13:13  3  GRASS COVER.  THAT'S ABOUT A FOOT-AND-A-HALF WAVE; RIGHT?

13:13  4  **A.**   CORRECT.

13:13  5  **Q.**   IT SAYS WAVES IN THE RANGE OF .5 TO 1.5 AND A DURATION OF

13:13  6  6 TO 24 HOURS WILL, IN GENERAL, NOT RESULT IN DAMAGE.  SO

13:13  7  THAT'S ABOUT A FOOT AND A HALF TO 4, 4.5 FEET; RIGHT?

13:13  8  **A.**   CORRECT.

13:13  9  **Q.**   THEN IT SAYS WAVES LARGER THAN 1.5 -- WHICH IS LARGER THAN

13:13  10  ABOUT 4 FEET, 4.5 FEET -- WILL PROBABLY CAUSE SEVERE EROSION OF

13:13  11  GRASS COVERS, BUT EXPERIMENTAL DATA ARE NOT AVAILABLE.  THAT'S

13:14  12  WHAT IT SAYS.

13:14  13  **A.**   CORRECT.

13:14  14  **Q.**   LET'S GO TO THAT CHART RIGHT BELOW THERE.  NOW, THIS IS

13:14  15  THE CHART THAT YOU USED TO PULL THE FORMULA WITH WHICH YOU

13:14  16  CALCULATED THE GRASS EROSION THAT YOU FELT WOULD HAVE OCCURRED

13:14  17  BASED UPON THE WAVES CREATED BY KATRINA ON THE FRONT SIDE OF

13:14  18  THE LEVEE; IS THAT RIGHT?

13:14  19          **THE COURT:**  JUST FOR THE RECORD, DO WE HAVE A PAGE

13:14  20  NUMBER?  IS THAT FROM HIS REPORT?

13:14  21          **MR. BRUNO:**  NO, JUDGE.  WE STARTED THE EXAMINATION

13:14  22  WITH THIS ARTICLE.  IT IS --

13:14  23          **THE COURT:**  THE DUTCH ARTICLE.  OKAY.

13:14  24          **MR. BRUNO:**  YEAH.  THIS IS PX-1958.  WE ARE NOW ON

13:14  25  PAGE 296, FOR THE RECORD.

FINAL DAILY COPY

13:14   1          **THE COURT:**  ALL RIGHT.  THANK YOU.

13:14   2   **BY MR. BRUNO:**

13:14   3   **Q.**   OKAY.  MR. EBERSOLE, THIS IS WHERE YOU GOT YOUR FORMULA?

13:14   4   **A.**   YEAH.  THE LINE RIGHT AT THE TOP OF THE SCREEN IS THE

13:15   5   FORMULA THAT I USED.

13:15   6   **Q.**   LET'S GO UP A LITTLE BIT.  START WITH "BASED...."  PLEASE

13:15   7   START WITH "BASED...."  OKAY.

13:15   8          SO THIS IS WHAT YOU USED IN YOUR CALCULATIONS?

13:15   9   **A.**   THE FORMULA, CORRECT.

13:15  10   **Q.**   THE FORMULA.  LET'S SEE WHAT THIS ARTICLE SAYS ABOUT THIS

13:15  11   FORMULA.  IT SAYS:  "BASED UPON THEORETICAL CONSIDERATIONS, IT

13:15  12   IS ASSUMED THAT THE SPEED OF EROSION INCREASES WITH POWER 2 OF

13:15  13   THE SIGNIFICANT WAVE HEIGHT, IN WHICH $C_E$ IS THE EROSION

13:15  14   COEFFICIENT."

13:15  15          SO ACCORDING TO THIS ARTICLE, E IS THE SPEED OF

13:15  16   EROSION; CORRECT?

13:15  17   **A.**   CORRECT, OR RATE OF EROSION PERPENDICULAR TO THE SURFACE

13:15  18   OF THE LEVEE HEIGHT.

13:15  19   **Q.**   SO THAT E IS NOT GOING TO TELL US HOW FAST ALL GRASSES

13:16  20   ERODE; CORRECT?

13:16  21   **A.**   WELL, THE E GIVES THE SPEED OF EROSION AND IT'S A FUNCTION

13:16  22   OF THE WAVE HEIGHT AND ALSO SOME INDICATOR OF THE GRASS COVER

13:16  23   QUALITY.  THEY PROVIDE THREE DIFFERENT RANGES OF VALUES FOR

13:16  24   GOOD, AVERAGE, AND POOR GRASS-COVER QUALITY.

13:16  25   **Q.**   RIGHT.  WE RECALL FROM YESTERDAY *COVER* REFERS TO HOW MUCH

13:16    1   OF THE SURFACE HAS GRASS AS OPPOSED TO HOW MUCH OF THE SURFACE

13:16    2   DOESN'T HAVE GRASS; CORRECT?

13:16    3   **A.**   AND ROOT STRUCTURE.  THAT'S ANOTHER VARIABLE THAT I

13:16    4   BELIEVE THEY FACTORED INTO THOSE THREE DIFFERENT CATEGORIES.

13:16    5   **Q.**   WELL --

13:16    6   **A.**   BOTH COVERAGE AND ROOT STRUCTURE.

13:16    7   **Q.**   WELL, THAT'S SOMETHING NEW.  YOU DIDN'T SAY THAT

13:16    8   YESTERDAY.  SO NOW YOUR TESTIMONY IS THAT GRASS COVER ALSO

13:16    9   REGARDS SOMETHING ABOUT THE ROOT STRUCTURE?

13:16   10   **A.**   YEAH.  I THINK I SAID THAT YESTERDAY.

13:16   11   **Q.**   OKAY.  WELL, LET'S SEE.  LET'S MOVE DOWN ON THE PAGE,

13:17   12   WHERE IT STARTS WITH "THE...."  WHAT IS THAT?

13:17   13   **A.**   WHAT THEY DID WAS JUST CAST THE PREVIOUS EQUATION INTO A

13:17   14   DIFFERENT FORM THAT SOLVES FOR THE LIFTOFF TIME, WHERE THEY

13:17   15   TOOK A DEPTH, D -- INSTEAD OF THE RATE, LARGE E, THEY

13:17   16   REPRESENTED THE LARGE E WITH A D, A DEPTH, DIVIDED BY A TIME,

13:17   17   T, AND THEY ADDED A SAFETY FACTOR TO THE ESTIMATE.

13:17   18   **Q.**   BUT THIS EQUATION INCLUDES A VARIABLE FOR THE TURF

13:17   19   THICKNESS, DOESN'T IT?

13:17   20   **A.**   CORRECT.

13:17   21   **Q.**   THE OTHER EQUATION --

13:17   22   **A.**   THEY ASSUMED A THICKNESS AT WHICH TIME THE GRASS WOULD BE

13:17   23   CONSIDERED TO BE ERODED.

13:17   24   **Q.**   THE OTHER EQUATION DOESN'T CONTAIN A VARIABLE FOR TURF

13:18   25   THICKNESS, DOES IT?

FINAL DAILY COPY

13:18    1    **A.**   CORRECT.  YOU HAVE TO MAKE SOME ASSUMPTION ABOUT WHAT THAT

13:18    2    THICKNESS IS WHEN THE GRASS ERODED.  I THINK THEY USED -- I

13:18    3    THINK 2 INCHES, ROUGHLY, IN THEIR CALCULATIONS.

13:18    4    **Q.**   CAN YOU SHOW ME IN THE ARTICLE WHERE YOU LEARNED THAT THEY

13:18    5    USED 2 INCHES IN THE EROSION RATE CALCULATION.

13:18    6    **A.**   I DON'T RECALL.  I READ IT SOMEWHERE IN AN ARTICLE

13:18    7    REGARDING THEIR METHOD IN THOSE CURVES.

13:18    8    **Q.**   I DON'T THINK IT'S THERE, MR. EBERSOLE.  LET'S GO TO THE

13:18    9    NEXT PAGE.  WE'LL SHOW YOU.

13:18   10    **A.**   ONE HAS TO MAKE SOME ASSUMPTION FOR D TO IMPLEMENT THE

13:18   11    METHOD TO GET A LIFTOFF TIME.

13:18   12    **Q.**   WELL, YOU KNOW, WE'RE GOING TO GO THERE.

13:18   13    **A.**   OKAY.

13:18   14    **Q.**   I THINK THE ARTICLE DOES JUST THAT, BECAUSE WE HAVE A SET

13:18   15    OF CURVES HERE.  HERE, WE SEE THE RELATIONSHIP BETWEEN THE $T_{MAX}$

13:18   16    AND THE $H^2$ FOR DIFFERENT VALUES.  HERE, WE SEE IN THE CHART

13:19   17    THAT THEY HAVE ACCOUNTED FOR THE D.  DO YOU SEE THAT THERE IT

13:19   18    SAYS THE D EQUALS 50 MILLIMETERS?

13:19   19    **A.**   YEAH.  THAT WAS THEIR ASSUMPTION OF THE THICKNESS OF

13:19   20    EROSION THAT WOULD CONSTITUTE REMOVAL OF THE TURF.

13:19   21    **Q.**   ON THIS CHART?

13:19   22    **A.**   CORRECT.

13:19   23    **Q.**   SO THIS CHART SAYS WE HAVE A WAVE HEIGHT.  LET'S USE --

13:19   24    **A.**   THE OTHER THING YOU'VE GOT TO REMEMBER IS THEY USE A

13:19   25    SAFETY FACTOR, SO THEY'RE GENERATING THIS CURVE AS THOUGH

2543

| | | |
|---|---|---|
| 13:19 | 1 | THEY'RE GOING TO USE IT FOR DESIGN.  THEY USE A SAFETY FACTOR |
| 13:19 | 2 | OF 2 SO THAT WHATEVER LIFTOFF TIME THEY CALCULATE WITH A |
| 13:19 | 3 | FORMULA, THEY'RE GOING TO DIVIDE THE LIFTOFF TIME IN HALF TO BE |
| 13:19 | 4 | CONSERVATIVE TO ACCOUNT FOR THE SAFETY FACTOR OF 2. |
| 13:19 | 5 | I THINK IN A FORENSIC STUDY YOU DON'T WANT TO USE A |
| 13:19 | 6 | SAFETY FACTOR.  YOU WANT TO USE THE RATE AS IT IS AND MAKE AN |
| 13:19 | 7 | ASSUMPTION ABOUT WHAT DEPTH WOULD CONSTITUTE TURF EROSION AND |
| 13:19 | 8 | CALCULATE THE TIME ACCORDINGLY, WHICH IS WHAT I DID IN MY |
| 13:20 | 9 | CALCULATIONS.  I DIDN'T ASSUME A SAFETY FACTOR IN MY |
| 13:20 | 10 | CALCULATIONS. |
| 13:20 | 11 | Q.   WELL, BUT THE CALCULATIONS ARE BASED UPON A SAFETY FACTOR. |
| 13:20 | 12 | A.   ONLY IF YOU'RE GOING TO USE THE FORMULA FOR DESIGN.  IF |
| 13:20 | 13 | YOU WANT TO FIND OUT ACTUALLY WHAT HAPPENED DURING AN EVENT, |
| 13:20 | 14 | YOU SHOULD USE THE FORMULA THAT THEY'VE DERIVED BASED ON THEIR |
| 13:20 | 15 | DATA AND NOT INCLUDE A SAFETY FACTOR IN THE CALCULATION.  THAT |
| 13:20 | 16 | DOESN'T MAKE ANY SENSE WHATSOEVER. |
| 13:20 | 17 | Q.   LET'S UNDERSTAND WHAT YOU'RE TALKING ABOUT.  A SAFETY |
| 13:20 | 18 | FACTOR MEANS THAT YOU WANT TO DESIGN AS CONSERVATIVELY AS |
| 13:20 | 19 | POSSIBLE SO THAT -- YOU WANT TO MAKE CERTAIN THAT YOUR |
| 13:20 | 20 | THRESHOLD IS MUCH, MUCH LOWER THAN THE RATE AT WHICH YOU MIGHT |
| 13:20 | 21 | GET DAMAGE; RIGHT? |
| 13:20 | 22 | A.   CORRECT.  THAT WOULD BE A DESIGNER'S CHOICE OF WHAT SAFETY |
| 13:20 | 23 | FACTOR TO USE IN MAKING THAT ASSESSMENT. |
| 13:20 | 24 | Q.   SO, FOR EXAMPLE, IF THE CHART SAYS, WELL, A SAFETY |
| 13:20 | 25 | FACTOR -- WITH A SAFETY FACTOR INCLUDED -- LET'S JUST USE 2, |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:20 | 1 | WHATEVER 2 MEANS.  WE'LL DESIGN TO 2, KNOWING FULL WELL THAT 2 |
| 13:21 | 2 | WON'T DESTROY THE LEVEE.  WE KNOW THAT A HIGHER NUMBER WILL |
| 13:21 | 3 | DESTROY THE LEVEE.  BUT TO BE SAFE, WE'RE GOING TO USE THAT |
| 13:21 | 4 | LOWER NUMBER; RIGHT? |
| 13:21 | 5 | A.   WHEN YOU SAID A HIGHER NUMBER WOULD DESTROY THE LEVEE, |
| 13:21 | 6 | YOU'RE TALKING ABOUT WAVE HEIGHT? |
| 13:21 | 7 | Q.   NO.  I'M TALKING ABOUT -- FORGET ABOUT WHETHER IT'S HEIGHT |
| 13:21 | 8 | OR ANYTHING.  JUST LARGER OR SMALLER, JUST TO GIVE A REFERENCE |
| 13:21 | 9 | POINT. |
| 13:21 | 10 | A.   I THINK I EXPLAINED THAT.  IF YOU USED A SAFETY FACTOR OF |
| 13:21 | 11 | 2, YOU WOULD CALCULATE A LIFTOFF TIME OF, SAY, 10 HOURS.  IF |
| 13:21 | 12 | YOU'RE A DESIGNER AND WANTED A SAFETY FACTOR OF 2, YOU WOULD |
| 13:21 | 13 | ASSUME THAT LOADING COULD CREATE LIFTOFF IN 5 HOURS, TO BE |
| 13:21 | 14 | CONSERVATIVE. |
| 13:21 | 15 | Q.   SAY THAT AGAIN.  LET'S WRITE THIS DOWN BECAUSE I'M HAVING |
| 13:21 | 16 | A HARD TIME FOLLOWING YOU. |
| 13:21 | 17 | A.   IF YOU TOOK THEIR FORMULA WITHOUT THE SAFETY FACTOR AND |
| 13:21 | 18 | YOU MADE AN ESTIMATE OF WHAT THE EROSION DEPTH WAS THAT WOULD |
| 13:21 | 19 | CONSTITUTE GRASS REMOVAL AND YOU CAME UP WITH A LIFTOFF TIME OF |
| 13:21 | 20 | 10 HOURS, IF YOU WANTED TO APPLY A SAFETY FACTOR OF 2, YOU |
| 13:22 | 21 | WOULD ASSUME THAT THE SAME LOADING WOULD PRODUCE LIFTOFF IN 5 |
| 13:22 | 22 | HOURS. |
| 13:22 | 23 | Q.   RIGHT.  SO IT'S CLEAR THAT IF WE LOOK AT THE SAFETY |
| 13:22 | 24 | FACTOR, THE SAFETY FACTOR DOES NOT TELL US HOW LONG IT TAKES |
| 13:22 | 25 | FOR GRASS TO BE LIFTED OFF BASED UPON A PARTICULAR VELOCITY OF |

| | | |
|---|---|---|
| 13:22 | 1 | WATER; RIGHT? |
| 13:22 | 2 | **A.**   CORRECT.  IF YOU WANT TO APPLY THE METHOD IN THIS TYPE OF |
| 13:22 | 3 | ANALYSIS, YOU SHOULDN'T BE USING A SAFETY FACTOR.  YOU SHOULD |
| 13:22 | 4 | USE, IN ESSENCE, A SAFETY FACTOR OF 1. |
| 13:22 | 5 | **Q.**   RIGHT.  IN YOUR CALCULATIONS, YOU USED THE SAFETY FACTOR? |
| 13:22 | 6 | **A.**   NO, I DIDN'T. |
| 13:22 | 7 | **Q.**   YOU DIDN'T? |
| 13:22 | 8 | **A.**   NO. |
| 13:22 | 9 | **Q.**   WELL, LET'S GO BACK TO PAGE 296.  YOU USED THE CALCULATION |
| 13:22 | 10 | THAT APPEARS RIGHT HERE.  YOU USED .5 -- I THINK YOU USED .5 IN |
| 13:22 | 11 | YOUR CALCULATION. |
| 13:22 | 12 | **A.**   THAT'S NOT THE SAFETY FACTOR.  THAT'S THE COEFFICIENT THAT |
| 13:22 | 13 | RELATES TO THE GRASS COVER QUALITY.  THE SYMBOL GAMMA IN THE |
| 13:23 | 14 | EQUATION JUST BELOW THERE IS THE SAFETY FACTOR.  THE SYMBOL |
| 13:23 | 15 | JUST TO THE LEFT OF $C_E$ IN THE EQUATION -- |
| 13:23 | 16 | **Q.**   GAMMA -- |
| 13:23 | 17 | **A.**   -- GAMMA, IS THE SAFETY FACTOR. |
| 13:23 | 18 | **Q.**   BUT YOU DIDN'T USE THAT. |
| 13:23 | 19 | **A.**   CORRECT.  YOU SHOULDN'T USE IT IN THIS. |
| 13:23 | 20 | **Q.**   LET'S SEE WHAT THE CHART SAYS.  LET'S GO TO PAGE 297 AND |
| 13:23 | 21 | SEE IF WHAT YOU'RE SAYING MAKES SOME SENSE TO US. |
| 13:23 | 22 |         WHAT YOU'RE SAYING IS FIGURE 6 REPRESENTS A SAFETY |
| 13:23 | 23 | FACTOR? |
| 13:23 | 24 | **A.**   YEAH.  I BELIEVE THEY DID THE CALCULATION -- YOU CAN SEE |
| 13:23 | 25 | THEY ASSUMED A GAMMA OF 2, GAMMA EQUAL 2, WHICH IS A SAFETY |

| | | |
|---|---|---|
| 13:23 | 1 | FACTOR OF 2. |
| 13:23 | 2 | **Q.**   I'M SORRY.  WHERE DO YOU SEE THE GAMMA? |
| 13:23 | 3 |        THERE IT IS.  SAFETY FACTOR OF 2? |
| 13:23 | 4 | **A.**   CORRECT.  BOTH OF THOSE CURVES, THEY USED A SAFETY FACTOR |
| 13:23 | 5 | OF 2. |
| 13:23 | 6 | **Q.**   FAIR ENOUGH.  LET'S SEE WHAT IT TELLS US.  SO THIS CURVE |
| 13:23 | 7 | HERE IS ON THE -- WE'RE USING BETWEEN 1 AND 2, WHICH IS AVERAGE |
| 13:24 | 8 | GRASS COVER; RIGHT? |
| 13:24 | 9 | **A.**   A VALUE OF 1? |
| 13:24 | 10 | **Q.**   A VALUE OF 1. |
| 13:24 | 11 | **A.**   I THOUGHT 1 WAS GOOD GRASS COVER. |
| 13:24 | 12 | **Q.**   WE CAN BACK IT UP. |
| 13:24 | 13 | **A.**   COULD YOU GO BACK AND CHECK, PLEASE.  YEAH, A VALUE OF 1 |
| 13:24 | 14 | TIMES 10 TO THE -6 WOULD BE MIDDLE OF THE GOOD GRASS COVER.  A |
| 13:24 | 15 | VALUE OF 2 WOULD BE THE MIDDLE OF THE AVERAGE GRASS COVER RANGE |
| 13:24 | 16 | OF COEFFICIENTS. |
| 13:24 | 17 | **Q.**   LET'S LOOK AT AVERAGE, THEN.  LET'S GO BACK.  SO THE CURVE |
| 13:24 | 18 | CLOSEST TO THE WAVE HEIGHT IN METERS IS OUR AVERAGE GRASS |
| 13:24 | 19 | COVER; RIGHT? |
| 13:24 | 20 | **A.**   THE LOWER CURVE WOULD BE FOR THE -- CORRECT. |
| 13:24 | 21 | **Q.**   WE KNOW THE D TELLS US WE HAVE ABOUT 2 INCHES THICKNESS OF |
| 13:24 | 22 | GRASS. |
| 13:24 | 23 | **A.**   YEAH.  THAT WAS AN ASSUMPTION FOR TURF. |
| 13:24 | 24 | **Q.**   FOR THIS -- |
| 13:24 | 25 | **A.**   FOR THIS SET OF CURVES. |

| | | |
|---|---|---|
| 13:25 | 1 | **Q.**   LET'S JUST GO WHERE THE LINES CROSS, TO MAKE OUR LIVES |
| 13:25 | 2 | EASY.   SO WE SEE THE LINE CROSSES AT THE 2-HOUR MARK; RIGHT? |
| 13:25 | 3 | CORRECT? |
| 13:25 | 4 | **A.**   CROSSES WHERE, PLEASE? |
| 13:25 | 5 | **Q.**   RIGHT WHERE I HAVE THE LITTLE RED DOT. |
| 13:25 | 6 | **A.**   OKAY. |
| 13:25 | 7 | **Q.**   THAT TELLS ME THAT A WAVE HEIGHT OF ABOUT 1.3 WILL LIFT |
| 13:25 | 8 | OFF THE GRASS, WHICH IS THE MAXIMUM PERMISSIBLE? |
| 13:25 | 9 | **A.**   1.3 METERS. |
| 13:25 | 10 | **Q.**   1.3 METERS. |
| 13:25 | 11 | **A.**   ROUGHLY 4 FEET. |
| 13:25 | 12 | **Q.**   ABOUT 4.5 FEET WILL CAUSE THAT -- THAT'S YOUR LIMIT; |
| 13:25 | 13 | RIGHT? |
| 13:25 | 14 | **THE COURT:**  I THINK HE SAID ROUGHLY 4 FEET. |
| 13:25 | 15 | **BY MR. BRUNO:** |
| 13:25 | 16 | **Q.**   4.26, TO BE PRECISE; RIGHT? |
| 13:25 | 17 | **A.**   CORRECT.   SO, ROUGHLY, YOU WOULD HAVE TO DOUBLE THAT TO |
| 13:25 | 18 | 4 HOURS. |
| 13:25 | 19 | **THE COURT:**  WITH THE GAMMA INCLUDED? |
| 13:25 | 20 | **THE WITNESS:**  WITH A SAFETY FACTOR.  THE ACTUAL WOULD |
| 13:25 | 21 | BE 4 HOURS.  YOU WOULD CUT THAT TO 2 IF YOU WANTED TO BE ON THE |
| 13:26 | 22 | SAFE SIDE. |
| 13:26 | 23 | **BY MR. BRUNO:** |
| 13:26 | 24 | **Q.**   SO WHAT THAT TELLS ME IS IN 4 HOURS A 4.2-FOOT WAVE WILL |
| 13:26 | 25 | REMOVE 2 INCHES OF TURF. |

13:26   1   **A.**   CORRECT, FOR AVERAGE TURF QUALITY, ASSUMING THE TURF IS

13:26   2   2 INCHES THICK.

13:26   3   **Q.**   4 HOURS, 2 INCHES.  NOW, YOU DID SOME CALCULATIONS --

13:26   4   **A.**   CORRECT.

13:26   5   **Q.**   -- BY HAND.  THAT'S PX-2158.  THESE ARE YOUR HAND

13:26   6   CALCULATIONS.  YOU USED .5?

13:26   7   **A.**   CORRECT, IN ONE OF MY TABLES.  I DID THE CALCULATIONS WITH

13:27   8   A NUMBER OF -- THREE DIFFERENT VALUES OF $C_E$.  THIS WAS THE ONE

13:27   9   I USED TO REPRESENT WHAT I'D CALL GOOD GRASS.  IT WAS THE END

13:27   10  OF THEIR SCALE.

13:27   11  **Q.**   AND WE JUST LOOKED AT AVERAGE GRASS.

13:27   12  **A.**   CORRECT.

13:27   13  **Q.**   SO THIS IS GOING TO BE A LITTLE HIGH, ISN'T IT?  I'M

13:27   14  SORRY.  THIS IS GOING TO BE A LITTLE LOW.  FORGIVE ME.  BECAUSE

13:27   15  YOU'RE CALCULATING THE BEST VALUES FOR GOOD GRASS, IT'S GOING

13:27   16  TO TAKE LONGER USING THIS CALCULATION THAN THE CALCULATIONS

13:27   17  USED IN THE CHART; RIGHT?

13:27   18  **A.**   YEAH.  WHAT I WAS DOING WITH SELECTING THE VALUE OF .5

13:27   19  TIMES 10 TO THE -6 WAS MAKING AN ASSESSMENT OF, IF I HAD THE

13:27   20  BEST GRASS COVER POSSIBLE, WHAT WOULD BE THE MAXIMUM AMOUNT OF

13:27   21  EROSION I MIGHT EXPECT WITH THIS PARTICULAR MODEL, ALSO

13:27   22  ASSUMING A THICKNESS OF 2 INCHES.

13:28   23  **Q.**   OKAY.  WHERE DID YOU PUT 2 INCHES INTO THE CALCULATION?  I

13:28   24  DON'T SEE IT ANYWHERE.  I DON'T SEE THE D.  IT'S NOT THERE, IS

13:28   25  IT?

| | | |
|---|---|---|
| 13:28 | 1 | **THE COURT:** LET HIM LOOK AT IT.  IS THAT THE ENTIRE |
| 13:28 | 2 | CALCULATION FOR THIS, THE 0.5 -- |
| 13:28 | 3 | **MR. BRUNO:** YES. |
| 13:28 | 4 | **THE COURT:** -- THAT I'M LOOKING AT DOWN AT A NOTE IN |
| 13:28 | 5 | THE BOTTOM, .0049?  THAT'S THE CALCULATION? |
| 13:28 | 6 | I'LL ASK MR. EBERSOLE:  IS THAT THE CALCULATION, |
| 13:28 | 7 | WHAT I'M LOOKING AT ON THE SCREEN, FOR ALL -- DO WE HAVE THE |
| 13:28 | 8 | WHOLE CALCULATION? |
| 13:28 | 9 | **THE WITNESS:** I BELIEVE SO.  THERE'S SEVERAL PAGES OF |
| 13:28 | 10 | CALCULATIONS. |
| 13:28 | 11 | **THE COURT:** FOR THIS PARTICULAR ONE.  OKAY.  WE'RE |
| 13:29 | 12 | LOOKING FOR THE SYMBOL OR ANYTHING THAT WOULD SHOW THE |
| 13:29 | 13 | 2 INCHES. |
| 13:29 | 14 | **MR. BRUNO:** RIGHT.  IT'S NOT THERE. |
| 13:29 | 15 | **THE COURT:** WELL, I'M GOING TO LET MR. EBERSOLE TELL |
| 13:29 | 16 | ME THAT. |
| 13:29 | 17 | **THE WITNESS:** WELL, THE 2 INCHES COMES INTO PLAY IF I |
| 13:29 | 18 | WANT TO CALCULATE A LIFTOFF TIME.  IF I'M SIMPLY CALCULATING A |
| 13:29 | 19 | RATE AND I WANT TO INTEGRATE THAT RATE THROUGH TIME, IT'S NOT |
| 13:29 | 20 | PART OF THE CALCULATION. |
| 13:29 | 21 | BY MR. BRUNO: |
| 13:29 | 22 | Q.  ALL RIGHT.  SO WE DON'T KNOW HOW THICK THE GRASS IS IN |
| 13:29 | 23 | YOUR CALCULATION? |
| 13:29 | 24 | **THE COURT:** SO THIS CALCULATION DOES NOT CALCULATE A |
| 13:29 | 25 | LIFTOFF TIME? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:29 | 1 | **THE WITNESS:**  IT'S CALCULATING JUST A RATE OF |
| 13:29 | 2 | EROSION. |
| 13:29 | 3 | **BY MR. BRUNO:** |
| 13:29 | 4 | **Q.**   RIGHT.  WITHOUT REGARD TO HOW THICK THE GRASS IS? |
| 13:29 | 5 | **A.**   CORRECT. |
| 13:29 | 6 | **Q.**   SO TO REALLY GET IT RIGHT, WE HAVE TO KNOW WHAT THE |
| 13:29 | 7 | THICKNESS IS BECAUSE THAT'S GOING TO CHANGE THE RATE AT WHICH |
| 13:30 | 8 | THE EROSION REMOVES THE TURF? |
| 13:30 | 9 | **A.**   YEAH.  WHAT I WAS TRYING TO DO HERE WAS JUST LOOK AT IF I |
| 13:30 | 10 | INTEGRATED THE CALCULATED RATES OF EROSION THROUGH TIME, HOW |
| 13:30 | 11 | THICK -- I MEAN HOW MUCH EROSION WOULD I GET.  SO I CAME UP |
| 13:30 | 12 | WITH ESTIMATES, IN INCHES, OF WHAT THAT WOULD BE. |
| 13:30 | 13 | **Q.**   SURE. |
| 13:30 | 14 | **A.**   THEN, YOU KNOW, MY ANALYSIS, I LOOKED AT IT AND CONCLUDED |
| 13:30 | 15 | THAT IT WAS ON THE ORDER OF INCHES. |
| 13:30 | 16 | **Q.**   FAIR ENOUGH. |
| 13:30 | 17 | **A.**   SO IT WAS CLEARLY ENOUGH TO ERODE OR -- YOU KNOW, IF I HAD |
| 13:30 | 18 | 6 INCHES -- IF I CALCULATED 6 INCHES OF EROSION AND MY TURF |
| 13:30 | 19 | WOULD HAVE BEEN 6 INCHES, THEN I WOULD HAVE SAID, AT THAT POINT |
| 13:30 | 20 | IN TIME, IT WOULD HAVE ERODED THROUGH THE TURF.  IF I ASSUMED |
| 13:30 | 21 | THE TURF WAS 2 INCHES THICK AND I DID MY CALCULATION, I WOULD |
| 13:30 | 22 | LOOK AT THE POINT IN TIME WHERE THE CUMULATIVE EROSION EQUALED |
| 13:30 | 23 | 2 INCHES AND MAKE AN ASSESSMENT OF WHETHER IT WOULD HAVE ERODED |
| 13:30 | 24 | THE TURF OR NOT. |
| 13:30 | 25 | SO I WASN'T REALLY LOOKING AT A PARTICULAR THICKNESS |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:31 | 1 | IN THIS CALCULATION, JUST SIMPLY ESTIMATING HOW MUCH VERTICAL |
| 13:31 | 2 | EROSION WOULD OCCUR USING THEIR PARTICULAR MODEL. |
| 13:31 | 3 | **Q.**   IN ORDER FOR THE COURT TO LEARN SOMETHING FROM THESE |
| 13:31 | 4 | CALCULATIONS, THE COURT NEEDS TO KNOW HOW THICK THE TURF IS; |
| 13:31 | 5 | ISN'T THAT TRUE? |
| 13:31 | 6 | **A.**   RIGHT.  IF THE COURT WANTS TO LEARN ABOUT WHAT THEY MEAN, |
| 13:31 | 7 | I'D BE GLAD TO GO TO THE TABLE TO DISCUSS HOW THE EROSION DEPTH |
| 13:31 | 8 | CHANGES AS A FUNCTION OF TIME AND WHAT THE IMPLICATIONS ARE. |
| 13:31 | 9 | **THE COURT:**  IS THAT ON PAGE 85 OF YOUR EXPERT REPORT? |
| 13:31 | 10 | WOULD YOU MIND REFERRING TO THAT. |
| 13:31 | 11 | **THE WITNESS:**  LET ME CHECK.  CAN YOU TELL ME WHAT |
| 13:31 | 12 | PAGE. |
| 13:31 | 13 | **THE COURT:**  85. |
| 13:31 | 14 | **THE WITNESS:**  YES, CORRECT.  IF WE'D LIKE TO GO TO |
| 13:31 | 15 | THE TABLE, I WOULD BE GLAD TO WALK THE COURT THROUGH WHAT EACH |
| 13:31 | 16 | OF THOSE TABLES SHOWS AND STATES. |
| 13:32 | 17 | **BY MR. BRUNO:** |
| 13:32 | 18 | **Q.**   HERE'S THE PROBLEM:  THE TABLE IN YOUR REPORT DOESN'T |
| 13:32 | 19 | INCLUDE A CALCULATION FOR THE THICKNESS OF THE TURF.  YOU JUST |
| 13:32 | 20 | TOLD US THAT. |
| 13:32 | 21 | **A.**   I KNOW.  IT DOESN'T HAVE TO. |
| 13:32 | 22 | **Q.**   I UNDERSTAND.  A FEW MOMENTS AGO, YOU SAID IF THE COURT |
| 13:32 | 23 | WANTS TO UNDERSTAND HOW THIS IMPACTS RELATIVE THICKNESSES OF |
| 13:32 | 24 | TURF, WE HAVE TO LOOK AT HOW RELATIVE THICKNESSES OF TURF |
| 13:32 | 25 | AFFECT THE EROSION RATE.  DIDN'T YOU JUST TELL US THAT? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:32 | 1 | **A.**   I DON'T RECALL EXACTLY WHAT I JUST SAID.   MAYBE YOU COULD |
| 13:32 | 2 | REFER ME BACK TO SOMETHING I JUST SAID. |
| 13:32 | 3 | **Q.**   WELL, WHY DON'T YOU JUST -- |
| 13:32 | 4 | **THE COURT:**   THE BOTTOM LINE IS:   IF WE ASSUME A |
| 13:32 | 5 | THICKNESS OF 2 INCHES, CAN I LOOK AT YOUR TABLE 5, PAGE 85 OF |
| 13:32 | 6 | YOUR REPORT, AND DETERMINE WHEN LIFTOFF WOULD BE OF THAT COVER? |
| 13:32 | 7 | **THE WITNESS:**   YEAH.   MY TABLE'S CALCULATED WITHOUT |
| 13:32 | 8 | RESPECT TO A CERTAIN THICKNESS THAT WOULD CONSTITUTE REMOVAL. |
| 13:33 | 9 | MY TABLE IS -- MERELY USING THEIR MODEL FOR EROSION, IT MERELY |
| 13:33 | 10 | LOOKS, AS A FUNCTION OF TIME, WHAT THE DEPTH OF EROSION IS.   SO |
| 13:33 | 11 | IF AT A PARTICULAR TIME I HAD A CERTAIN DEPTH OF EROSION, IF I |
| 13:33 | 12 | WANTED TO ASSESS WHETHER THE TURF WOULD LIFT OFF OR NOT -- IF I |
| 13:33 | 13 | ASSUMED THE TURF WAS 2 INCHES THICK, THEN I COULD LOOK IN MY |
| 13:33 | 14 | CHART AND SEE ROUGHLY ABOUT WHAT TIME WOULD WE HAVE GOTTEN TO |
| 13:33 | 15 | 2 INCHES OF EROSION.   IF THE TURF WAS 6 INCHES, THAT WOULD HAVE |
| 13:33 | 16 | OCCURRED LATER, IN MY CALCULATION.   SO I REALLY DON'T KNOW HOW |
| 13:33 | 17 | THICK THE TURF WAS ON THE LEVEE ALONG REACH 2.   I DON'T HAVE |
| 13:33 | 18 | ANY DATA THAT WOULD TELL ME. |
| 13:33 | 19 | **BY MR. BRUNO:** |
| 13:33 | 20 | **Q.**   WHAT I'D LIKE TO DO, IF YOU DON'T MIND, IS I'D LIKE TO |
| 13:33 | 21 | COMPARE YOUR CALCULATIONS TO THE TABLE THAT WE JUST LOOKED AT |
| 13:33 | 22 | BECAUSE THE ONE THING WE HAVE IN FRONT OF US IS WE HAVE A |
| 13:33 | 23 | TABLE, AND THE TABLE TELLS US THAT WE ARE USING 2 INCHES OF |
| 13:34 | 24 | TURF.   WE JUST CALCULATED -- |
| 13:34 | 25 | **A.**   I DON'T THINK IT'S AN APPLES-TO-APPLES COMPARISON.   I |

| | | |
|---|---|---|
| 13:34 | 1 | THINK THE CURVE PROBABLY ALSO REFLECTS A SAFETY FACTOR, WHICH I |
| 13:34 | 2 | DIDN'T USE EITHER. |
| 13:34 | 3 | **THE COURT:**  IF THE COURT DETERMINES THIS IS A VERY |
| 13:34 | 4 | SIGNIFICANT ISSUE AND I NEED TO DETERMINE -- I MAY NOT HAVE |
| 13:34 | 5 | ENOUGH IN THE RECORD TO DETERMINE IT, BUT LET'S SAY THERE'S |
| 13:34 | 6 | SOMETHING IN THE RECORD THAT SHOWS THERE'S 3 INCHES OF TURF. |
| 13:34 | 7 | LET'S ASSUME I ADOPT THIS FORMULA AS THE METHOD TO DETERMINE |
| 13:34 | 8 | THE RATE AND AMOUNT OF EROSION.  IF THAT ASSUMPTION IS NOT |
| 13:34 | 9 | BASED ON A CALCULATION, HOW DOES THE COURT KNOW -- |
| 13:34 | 10 | **THE WITNESS:**  WELL, IF YOU'LL ALLOW ME TO GO TO THAT |
| 13:34 | 11 | TABLE, I CAN EXPLAIN THAT. |
| 13:34 | 12 | **THE COURT:**  WILL YOU DO THAT. |
| 13:34 | 13 | **THE WITNESS:**  CAN SOMEONE CALL UP THE TABLE FROM MY |
| 13:35 | 14 | EXPERT REPORT, PAGE 85, TABLE 5, PLEASE. |
| 13:35 | 15 | **THE LAW CLERK:**  JX-211. |
| 13:35 | 16 | **MR. BRUNO:**  HERE WE GO. |
| 13:35 | 17 | **THE COURT:**  YOU DON'T HAVE TO GO THROUGH THE WHOLE -- |
| 13:35 | 18 | I HOPE NOT. |
| 13:35 | 19 | **THE WITNESS:**  HOW ABOUT IF I JUST TALK ABOUT THIS |
| 13:35 | 20 | PARTICULAR COLUMN? |
| 13:35 | 21 | **THE COURT:**  ALL RIGHT. |
| 13:35 | 22 | **THE WITNESS:**  THAT'S CUMULATIVE EROSION, AND THAT |
| 13:35 | 23 | ASSUMED THE BEST OF THEIR GOOD GRASS COVER, ASSUMED VERY, |
| 13:35 | 24 | VERY -- I CALL IT THE GOOD SIDE OF THEIR GOOD RANGE OF GRASS |
| 13:35 | 25 | COVER.  SO IT WOULD BE REALLY GOOD GRASS COVER. |

13:35    1          WHAT I'M DOING IS CALCULATING THE CUMULATIVE

13:35    2    EROSION THAT WOULD OCCUR, A MAXIMUM, ON THE FACE OF THE LEVEE.

13:35    3    THESE ARE IN FEET, SO TO CONVERT TO INCHES YOU'D HAVE TO

13:36    4    MULTIPLY BY 12.  LET ME JUST GIVE AN EXAMPLE.  WHAT THE

13:36    5    CALCULATION SHOWS -- I'LL PICK AN EASY ONE -- BY 7:00 A.M., FOR

13:36    6    REALLY GOOD GRASS COVER, WE'VE GOTTEN .05 FEET OF CUMULATIVE

13:36    7    EROSION.  IF I MULTIPLY THAT BY 12, I GET .6 INCHES OF

13:36    8    CUMULATIVE EROSION, WHICH IS QUITE SMALL.  THEN IF I LET THE

13:36    9    CALCULATION CONTINUE ON TO 11:00 A.M., I GET .09 FEET, WHICH,

13:36   10    MULTIPLIED BY 12, WOULD BE APPROXIMATELY AN INCH.

13:36   11          SO WHAT THIS SAYS IS THAT FOR CUMULATIVE GRASS

13:36   12    COVER, THE MOST I'M GOING TO GET USING THEIR MODEL WOULD BE

13:36   13    ABOUT AN INCH FOR VERY GOOD GRASS COVER.  WHAT I DID WAS LOOK

13:36   14    AND SAY, WELL, THAT MAKES SOME SENSE BECAUSE I SEE MANY PLACES

13:37   15    ON THIS LEVEE WHERE THE GRASS WAS NEVER REMOVED.

13:37   16          **THE COURT:**  BUT IF THE MATHEMATICAL COMPONENT OF

13:37   17    THICKNESS IS NOT INCLUDED IN THERE, HOW DO YOU ARRIVE AT THAT?

13:37   18          **THE WITNESS:**  THAT'S A FAIR QUESTION.  LET'S SUPPOSE

13:37   19    THE TURF WAS 2 INCHES THICK.  I'M ONLY CALCULATING AN INCH OF

13:37   20    EROSION.  THAT MEANS THE TURF WOULD NOT BE COMPLETELY ERODED.

13:37   21    IT'S ONLY ERODED DOWN AN INCH INTO A TURF THAT'S 2 INCHES

13:37   22    THICK.  LIKEWISE, IF THE TURF WERE 6 INCHES THICK, I WOULD ONLY

13:37   23    BE ERODING INTO THE TURF 1 INCH.  SO CERTAINLY I WOULD HAVE

13:37   24    MUCH LESS EROSION OF THE TURF UNDER THAT CONDITION.  THAT'S HOW

13:37   25    TO INTERPRET THIS PARTICULAR CALCULATION.

| | | |
|---|---|---|
| 13:37 | 1 | **THE COURT:**  I'LL LET YOU TAKE UP CROSS. |
| 13:37 | 2 | **BY MR. BRUNO:** |
| 13:37 | 3 | **Q.**   MR. EBERSOLE, I'M THOROUGHLY CONFUSED.  YOU JUST TOLD US A |
| 13:37 | 4 | FEW MOMENTS AGO AT PAGE 297 -- LET'S GO THERE -- ON THE |
| 13:38 | 5 | ARTICLE, WHICH IS THE BASIS OF ALL OF THIS, THAT CHART -- |
| 13:38 | 6 | **THE COURT:**  CAN WE CLEAR THE ANNOTATION. |
| 13:38 | 7 | **MR. BRUNO:**  MR. EBERSOLE, PLEASE PRESS THE LITTLE |
| 13:38 | 8 | BUTTON THAT SAYS "CLEAR."  THANK YOU. |
| 13:38 | 9 | **THE COURT:**  THANK YOU. |
| 13:38 | 10 | **BY MR. BRUNO:** |
| 13:38 | 11 | **Q.**   ALL RIGHT.  THIS CHART IS A CHART WHICH DOES INCORPORATE |
| 13:38 | 12 | THE VARIABLE FOR GRASS THICKNESS? |
| 13:38 | 13 | **A.**   AND A SAFETY FACTOR AND A COEFFICIENT THAT'S DIFFERENT |
| 13:38 | 14 | THAN THE ONE I JUST ILLUSTRATED. |
| 13:38 | 15 | **Q.**   FINE. |
| 13:38 | 16 | **A.**   OKAY. |
| 13:38 | 17 | **Q.**   BUT IT DOES -- |
| 13:38 | 18 | **THE COURT:**  LET'S JUST STICK TO THE THICKNESS RIGHT |
| 13:38 | 19 | NOW. |
| 13:38 | 20 | **MR. BRUNO:**  I'M TRYING TO. |
| 13:38 | 21 | **THE COURT:**  I DON'T CARE ABOUT THE OTHER TWO.  RIGHT |
| 13:38 | 22 | NOW, ASK HIM ABOUT THAT. |
| 13:38 | 23 | **BY MR. BRUNO:** |
| 13:38 | 24 | **Q.**   NOW, THE THICKNESS IS 50 MILLIMETERS; RIGHT? |
| 13:38 | 25 | **A.**   OKAY. |

| | | |
|---|---|---|
| 13:38 | 1 | **Q.**   THAT'S 2 INCHES OF TURF. |
| 13:38 | 2 | **A.**   OKAY. |
| 13:38 | 3 | **Q.**   RIGHT HERE. |
| 13:38 | 4 | **A.**   OKAY. |
| 13:38 | 5 | **Q.**   THIS IS FOR OUR POOR GRASS? |
| 13:39 | 6 | **A.**   THAT'S FOR AVERAGE GRASS.  I'M SORRY.  WHICH CURVE ARE YOU |
| 13:39 | 7 | ON, THE 2? |
| 13:39 | 8 | **Q.**   THE 2. |
| 13:39 | 9 | **A.**   YEAH, THAT'S FOR AVERAGE GRASS. |
| 13:39 | 10 | **Q.**   I'M SORRY.  YOU'RE RIGHT.  THIS IS FOR AVERAGE GRASS. |
| 13:39 | 11 | THIS IS AVERAGE GRASS COVER.  COVER DOESN'T SPEAK TO TURF |
| 13:39 | 12 | DEPTH; RIGHT? |
| 13:39 | 13 | **A.**   I DON'T AGREE WITH YOU.  I THINK IF YOU READ THE ARTICLE, |
| 13:39 | 14 | THEY ARE, IN FACT, DOING BOTH FACTORS INTO THEIR ASSESSMENT. |
| 13:39 | 15 | **Q.**   I'VE READ THE ARTICLE, AND THEY DON'T. |
| 13:39 | 16 | **THE COURT:**  ARE THERE ANY STUDIES THAT CORRELATE |
| 13:39 | 17 | GRASS TO DEPTH? |
| 13:39 | 18 | **MR. BRUNO:**  NO. |
| 13:39 | 19 | **THE COURT:**  I'M ASKING THE WITNESS. |
| 13:39 | 20 | **MR. BRUNO:**  I READ THE ARTICLE.  AT LEAST I READ THE |
| 13:39 | 21 | ARTICLE.  I DON'T KNOW ABOUT THE WITNESS. |
| 13:39 | 22 | **THE COURT:**  COME ON, COME ON, COME ON.  LET'S NOT -- |
| 13:39 | 23 | WAIT A MINUTE.  I WANT MY QUESTION ANSWERED. |
| 13:39 | 24 | **THE WITNESS:**  I THINK THE INVESTIGATORS ASSESSED BOTH |
| 13:39 | 25 | THE COVERAGE AS WELL AS THE ROOT STRUCTURE. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:39 | 1 | **THE COURT:**  WHERE IS THAT DATA? |
| 13:39 | 2 | **THE WITNESS:**  I THINK IT'S EMBEDDED IN THESE |
| 13:39 | 3 | FORMULAS.  I DON'T KNOW WHERE THE ORIGINAL DATA ARE. |
| 13:39 | 4 | BY MR. BRUNO: |
| 13:39 | 5 | Q.   LET'S DO THIS.  IF IT'S EMBEDDED IN THE FORMULA -- THERE'S |
| 13:39 | 6 | THE FORMULA.  IT'S ON PAGE 297; CORRECT? |
| 13:40 | 7 | A.   IT'S EMBEDDED IN THE COEFFICIENT. |
| 13:40 | 8 | Q.   FAIR ENOUGH.  IT'S EMBEDDED.  SO WE COULD TAKE THIS CURVE |
| 13:40 | 9 | AND WE COULD SEE.  WE DID A CALCULATION A FEW MOMENTS AGO.  WE |
| 13:40 | 10 | SAID THAT A 4.26 WAVE WOULD ERODE 2 INCHES OF GRASS IN 2 HOURS |
| 13:40 | 11 | WITH THE SAFETY FACTOR, ADMITTEDLY; RIGHT? |
| 13:40 | 12 | **THE COURT:**  WE DID.  WE DID. |
| 13:40 | 13 | BY MR. BRUNO: |
| 13:40 | 14 | Q.   MR. EBERSOLE? |
| 13:40 | 15 | A.   CORRECT. |
| 13:40 | 16 | Q.   OKAY.  NOW, LET'S GO TO YOUR CALCULATION BECAUSE WHAT WE |
| 13:40 | 17 | CAN DO IS WE CAN LOOK AT YOUR CALCULATIONS FOR -- YOU HAVE A |
| 13:40 | 18 | 4.3-FOOT WAVE.  CLOSE ENOUGH.  LET'S LOOK AT THAT, PAGE 2 OF |
| 13:40 | 19 | PX-2158. |
| 13:40 | 20 | A.   REMEMBER, I'M NOT ASSUMING ANY SAFETY FACTOR, SO WE'RE |
| 13:40 | 21 | GOING TO HAVE A DIFFICULTY IF WE'RE TRYING TO DO A DIRECT |
| 13:40 | 22 | COMPARISON HERE. |
| 13:40 | 23 | Q.   YOU JUST TOLD ME THE SAFETY FACTOR WAS 2, AND ALL YOU HAVE |
| 13:40 | 24 | TO DO IS MULTIPLY IT TIMES 2, SO YOU GET 4 HOURS INSTEAD OF 2. |
| 13:40 | 25 | A.   IN MY CALCULATION I ASSUMED A SAFETY FACTOR OF 1.  I DON'T |

| | | |
|---|---|---|
| 13:40 | 1 | THINK YOU SHOULD BE INCLUDING A SAFETY FACTOR IN THIS TYPE OF |
| 13:41 | 2 | CALCULATION.  YOU WOULD ONLY BE USING A SAFETY FACTOR IF YOU'RE |
| 13:41 | 3 | USING THE FORMULA TO DO A DESIGN. |
| 13:41 | 4 | Q.   MR. EBERSOLE, YOU JUST TESTIFIED NOT MORE THAN FIVE |
| 13:41 | 5 | MINUTES AGO, WHEN WE WERE GOING THROUGH THE CHART, THAT THE |
| 13:41 | 6 | SAFETY FACTOR WAS 2 AND, THEREFORE, ALL YOU HAD TO DO WAS |
| 13:41 | 7 | MULTIPLY THE END RESULT BY 2; CORRECT? |
| 13:41 | 8 | **THE COURT:**  THE SAFETY FACTOR IN THE EQUATION DONE BY |
| 13:41 | 9 | THE DUTCH? |
| 13:41 | 10 | **MR. BRUNO:**  THE DUTCH, CORRECT. |
| 13:41 | 11 | **THE COURT:**  MR. EBERSOLE HAS STATED, IN DOING HIS |
| 13:41 | 12 | CALCULATIONS, HE BASICALLY FLATLINED THE SAFETY FACTOR. |
| 13:41 | 13 | IS THAT -- |
| 13:41 | 14 | **THE WITNESS:**  AT 1, SO YOU CAN'T DO A DIRECT |
| 13:41 | 15 | COMPARISON HERE. |
| 13:41 | 16 | **BY MR. BRUNO:** |
| 13:41 | 17 | Q.   MR. EBERSOLE, HOW DO YOU COMPARE A SAFETY FACTOR OF 2 TO A |
| 13:41 | 18 | SAFETY FACTOR OF 1? |
| 13:41 | 19 | A.   WELL, IF YOU WANT A SAFETY FACTOR OF 1, OMIT THAT FROM THE |
| 13:41 | 20 | CALCULATION. |
| 13:41 | 21 | Q.   SIMPLY DIVIDE BY 2 AND YOU GET YOUR 1; RIGHT? |
| 13:41 | 22 | A.   DIVIDE WHAT BY 2, THE LIFTOFF TIME? |
| 13:42 | 23 | **THE COURT:**  ARE YOU TRYING TO FIND OUT WHAT THIS |
| 13:42 | 24 | CALCULATION WOULD BE USING -- WITHOUT THE SAFETY FACTOR, HOW IT |
| 13:42 | 25 | COMPARED TO THE DUTCH CALCULATION? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:42 | 1 | **MR. BRUNO:** PRECISELY, YOUR HONOR. |
| 13:42 | 2 | **THE COURT:** THAT'S WHAT I WANT TO KNOW. |
| 13:42 | 3 | **MR. BRUNO:** THAT'S WHAT I'M TRYING TO GET AT. |
| 13:42 | 4 | **THE COURT:** IF IT'S IMPOSSIBLE, YOU CAN TELL ME. |
| 13:42 | 5 | **MR. BRUNO:** IT'S VERY POSSIBLE. |
| 13:42 | 6 | **THE WITNESS:** BUT THAT'S NOT REFLECTED IN THE CHART |
| 13:42 | 7 | THAT YOU JUST SHOWED BECAUSE THE CHART REFLECTS A SAFETY |
| 13:42 | 8 | FACTOR. |
| 13:42 | 9 | **THE COURT:** WE UNDERSTAND THAT, SIR, AND IT OUGHT TO |
| 13:42 | 10 | BE SIMPLE. CAN YOU EXTRAPOLATE OUT THE SAFETY FACTOR AND THEN |
| 13:42 | 11 | DETERMINE IF IT COMES OUT, IF YOU TAKE OUT THE SAFETY FACTOR, |
| 13:42 | 12 | IF YOU'RE USING THE SAME FORMULA THAT THE DUTCH ARE? |
| 13:42 | 13 | IS THAT BASICALLY WHAT WE'RE TRYING TO GET TO? |
| 13:42 | 14 | **MR. BRUNO:** RIGHT. |
| 13:42 | 15 | BY MR. BRUNO: |
| 13:42 | 16 | Q.  LET'S JUST DO THIS HYPOTHETICALLY, MR. EBERSOLE, SO WE CAN |
| 13:42 | 17 | GET THROUGH IT. HERE'S 5:00. THIS IS PAGE 2 OF YOUR |
| 13:42 | 18 | CALCULATIONS. |
| 13:42 | 19 | **THE COURT:** YOU'RE TRYING TO MAKE AN APPLE TO AN |
| 13:42 | 20 | APPLE BY SAYING WHAT EFFECT NOT HAVING THE SAFETY FACTOR HAD ON |
| 13:42 | 21 | THE CALCULATION? |
| 13:42 | 22 | **MR. BRUNO:** RIGHT. |
| 13:42 | 23 | BY MR. BRUNO: |
| 13:42 | 24 | Q.  LET'S JUST FORGET SAFETY FACTOR. LET'S LOOK AT WHAT YOU |
| 13:42 | 25 | DID AND FORGET ABOUT THE WORLD FOR A MOMENT. |

FINAL DAILY COPY

```
13:42   1   A.   OKAY.

13:42   2   Q.   5:00, YOU'VE GOT AN HOUR'S WORTH OF WAVE HEIGHT AT 4.3;

13:43   3   RIGHT?

13:43   4   A.   FROM WHAT TIME TO WHAT TIME?  MY WAVE HEIGHTS VARY EACH

13:43   5   HALF HOUR.

13:43   6            THE COURT:  WHAT'S YOUR QUESTION?

13:43   7            MR. BRUNO:  FIRST, I'VE GOT TO SET THE PARAMETERS.

13:43   8            THE COURT:  RIGHT.

13:43   9   BY MR. BRUNO:

13:43  10   Q.   YOU'VE GOT A HALF AN HOUR.  SO IF WE MULTIPLY IT TIMES 2,

13:43  11   WILL WE GET THE NUMBER?

13:43  12   A.   MULTIPLY WHAT TIMES 2, COUNSELOR?

13:43  13            THE COURT:  IN OTHER WORDS, IF YOU ADD A SAFETY

13:43  14   FACTOR TO THAT, WOULD IT DOUBLE?

13:43  15   BY MR. BRUNO:

13:43  16   Q.   LET'S DO IT THIS WAY.  YOU SAID THIS IS A HALF AN HOUR, SO

13:43  17   CAN WE AGREE WE HAVE 4.3 FEET WAVES FOR HALF AN HOUR?

13:43  18            THE COURT:  WITHOUT A SAFETY FACTOR?

13:43  19            MR. BRUNO:  NO SAFETY FACTOR.

13:43  20            THE WITNESS:  WE CAN.

13:43  21   BY MR. BRUNO:

13:43  22   Q.   WE CAN AT LEAST GET THAT MUCH, AND YOU USED THE FORMULA.

13:43  23   HOW MUCH GRASS LIFTOFF DO YOU GET USING YOUR FORMULA FOR HALF

13:43  24   AN HOUR FOR A 4.3-FOOT WAVE?  .0101.

13:44  25   A.   NO, NO, NO.  THAT'S THE RATE.  IT'S THE NEXT LINE DOWN,
```

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:44 | 1 | .005 FEET. |
| 13:44 | 2 | **Q.**   LET'S WRITE THAT DOWN.   .005 FEET PER HALF HOUR; IS THAT |
| 13:44 | 3 | RIGHT? |
| 13:44 | 4 | **THE COURT:**  IT'S FIVE-THOUSANDTHS OF A FOOT. |
| 13:44 | 5 | **BY MR. BRUNO:** |
| 13:44 | 6 | **Q.**   DID I GET THAT RIGHT, .005 FEET? |
| 13:44 | 7 | **A.**   FOR THIS PARTICULAR HALF HOUR -- |
| 13:44 | 8 | **Q.**   FAIR ENOUGH. |
| 13:44 | 9 | **A.**   -- CORRECT. |
| 13:44 | 10 | **Q.**   IF I MULTIPLY TIMES 2, DO I GET AN HOUR? |
| 13:44 | 11 | **THE COURT:**  WAIT.  IF YOU MULTIPLY WHAT TIMES 2? |
| 13:44 | 12 | **MR. BRUNO:**  THIS NUMBER. |
| 13:44 | 13 | **THE COURT:**  I SEE. |
| 13:44 | 14 | **BY MR. BRUNO:** |
| 13:44 | 15 | **Q.**   IF, IN ONE HALF HOUR, YOU REMOVE .005 FEET OF GRASS, |
| 13:45 | 16 | OBVIOUSLY IF YOU KEEP THE SPIGOT ON FOR ONE MORE HOUR AND THE |
| 13:45 | 17 | RATE'S THE SAME, ALL THE OTHER VARIABLES ARE THE SAME, ONE |
| 13:45 | 18 | WOULD ASSUME THAT YOU'D GET ANOTHER .005, AND THAT IS .010 FEET |
| 13:45 | 19 | OF GRASS; CORRECT? |
| 13:45 | 20 | **A.**   IN THAT ONE HOUR. |
| 13:45 | 21 | **Q.**   IN THAT ONE HOUR. |
| 13:45 | 22 | **A.**   CORRECT. |
| 13:45 | 23 | **Q.**   HOW MUCH IS .01 FEET OF GRASS?  .1 IS A TENTH OF A FOOT, |
| 13:45 | 24 | SO THAT'S 1.2. |
| 13:45 | 25 | **THE COURT:**  YOU'RE TALKING ABOUT A HUNDREDTH OF A |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:45 | 1 | FOOT? |
| 13:45 | 2 | **MR. BRUNO:**  RIGHT.  IT'S TINY. |
| 13:45 | 3 | **THE COURT:**  IT'S NOT MUCH. |
| 13:45 | 4 | **THE WITNESS:**  IT'S NOT MUCH. |
| 13:45 | 5 | **BY MR. BRUNO:** |
| 13:45 | 6 | **Q.**  LET'S TALK SAFETY FACTORS NOW.  IF WE HAVE A SAFETY |
| 13:45 | 7 | FACTOR, WE HAVE TO INCREASE THE TIME THAT WE WOULD USE TO GET |
| 13:46 | 8 | THE SAME LIFTOFF, SO LET'S SEE.  LET'S MULTIPLY TIMES 10, 10 |
| 13:46 | 9 | HOURS.  IF WE GO TO 10 HOURS, WE GET .1 OF A FOOT; RIGHT?  AM I |
| 13:46 | 10 | RIGHT THAT 10 TIMES .01 EQUALS .1? |
| 13:46 | 11 | **A.**  CORRECT. |
| 13:46 | 12 | **THE COURT:**  A TENTH. |
| 13:46 | 13 | **BY MR. BRUNO:** |
| 13:46 | 14 | **Q.**  A TENTH? |
| 13:46 | 15 | **A.**  OKAY. |
| 13:46 | 16 | **Q.**  SO USING YOUR CALCULATIONS WITH OUR 4.3 WAVE HEIGHT, IT |
| 13:46 | 17 | TAKES 10 HOURS TO REMOVE .1 FEET OF GRASS, WHICH IS ABOUT |
| 13:46 | 18 | 1.2 INCHES; RIGHT? |
| 13:46 | 19 | **A.**  OKAY. |
| 13:46 | 20 | **Q.**  SO THAT'S A SAFETY FACTOR OF 10, ISN'T IT? |
| 13:47 | 21 | **A.**  I DON'T KNOW.  YOU'RE DOING YOUR CALCULATIONS FAR |
| 13:47 | 22 | DIFFERENTLY THAN I DID MINE.  YOU'RE LOSING ME A BIT. |
| 13:47 | 23 | **Q.**  WILL YOU HELP ME.  HERE'S OUR NUMBER.  OUR NUMBER IS NOW |
| 13:47 | 24 | .01 FEET OF GRASS OVER OUR HOUR.  TELL THE JUDGE AND I HOW YOU |
| 13:47 | 25 | TRANSLATE THAT INTO A SAFETY FACTOR OF 2.  CAN YOU DO IT FOR |

13:47  1  US?

13:47  2  **A.**   NO.   I DON'T THINK -- YOU'RE GOING THROUGH THE

13:47  3  CALCULATIONS FAR DIFFERENTLY THAN I DID, AND I'M NOT FOLLOWING

13:47  4  YOUR THINKING.

13:47  5           **THE COURT:**  IT SEEMS TO ME WHAT HE'S DOING IS TAKING

13:47  6  YOUR CALCULATION AND EXTRAPOLATING IT THROUGH TIME, ADDING A

13:47  7  SAFETY FACTOR OF 10, AND SEEING -- IF ALL THINGS REMAIN THE

13:47  8  SAME, THEN IN 10 HOURS YOU'D HAVE A TENTH OF A FOOT.

13:47  9           **MR. BRUNO:**  RIGHT.

13:47  10          **THE COURT:**  BASED ON THE ORIGINAL FINDING --

13:47  11          **MR. BRUNO:**  THAT AFTER ONE HOUR --

13:48  12          **THE COURT:**  WE'RE TALKING ABOUT AT 5:00 A.M.

13:48  13          **MR. BRUNO:**  I ONLY CHOSE 5:00 --

13:48  14          **THE COURT:**  I UNDERSTAND, JUST SO WE WON'T GET OFF

13:48  15  ANYWHERE ELSE.  IS THERE SOME ILLOGIC IN THAT, OR IS THERE

13:48  16  SOMETHING IN YOUR EQUATION THAT ACCOUNTS FOR THE PROGRESSION OF

13:48  17  TIME AND THE COMPOUNDING OF EROSION AND OTHER THINGS THAT ARE

13:48  18  NOT MANIFESTED AND EVIDENT TO THE COURT?

13:48  19  **BY MR. BRUNO:**

13:48  20  **Q.**   NOW, YOU SAY WE CAN'T COMPARE, BUT LET'S JUST

13:48  21  HYPOTHETICALLY COMPARE SO WE CAN SEE WHAT I'M MISSING.  YOU

13:48  22  KNOW THIS FAR BETTER THAN I.

13:48  23          THE CHART WE JUST LOOKED AT, USING THE SAME WAVE

13:48  24  HEIGHT OR CLOSE, 4.3 VERSUS 4.4 -- THE WAVE HEIGHTS ARE CLOSE;

13:48  25  RIGHT?

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:48 | 1 | **A.**   CORRECT. |
| 13:48 | 2 | **Q.**   THE WAVE HEIGHTS ARE CLOSE.  WE'RE USING THE SAME FORMULA |
| 13:48 | 3 | ACCORDING TO YOU. |
| 13:48 | 4 | **A.**   I THINK WE'RE USING A DIFFERENT COEFFICIENT.  I THINK THE |
| 13:48 | 5 | CHARTS THAT YOU'RE REFERRING BACK TO USE 1 OR 2 TIMES 10 TO THE |
| 13:49 | 6 | -6.  I USED -- |
| 13:49 | 7 | **Q.**   COEFFICIENT? |
| 13:49 | 8 | **A.**   -- .5. |
| 13:49 | 9 | **Q.**   COEFFICIENT -- NO, NO. |
| 13:49 | 10 | YEAH.  SO YOURS IS MUCH MORE LIBERAL THAN OURS. |
| 13:49 | 11 | YOU'RE USING GOOD, GOOD GRASS? |
| 13:49 | 12 | **A.**   CORRECT. |
| 13:49 | 13 | **Q.**   WE'RE USING AVERAGE GRASS. |
| 13:49 | 14 | **A.**   MINE WOULD BE LESS. |
| 13:49 | 15 | **Q.**   LESS.  OKAY.  THAT'S FINE.  THAT'S WHY I PICKED 10. |
| 13:49 | 16 | SO THIS IS AVERAGE GRASS AND YOURS IS GOOD GRASS? |
| 13:49 | 17 | **A.**   I THOUGHT WE DID -- THE CALCULATION OF 2 INCHES WAS USING |
| 13:49 | 18 | MY NUMBERS.  SO MY NUMBERS USED GOOD GRASS, NOT AVERAGE GRASS. |
| 13:49 | 19 | **Q.**   ALL WE HAVE IS THE CHART.  THE CHART USED AVERAGE GRASS |
| 13:49 | 20 | AND THAT'S -- |
| 13:49 | 21 | **A.**   I USED GOOD GRASS. |
| 13:49 | 22 | **Q.**   I UNDERSTAND.  YOU POINTED IT OUT, BUT WE DIDN'T HAVE A |
| 13:49 | 23 | LOT OF DATA. |
| 13:49 | 24 | **A.**   I'M GETTING CONFUSED BY WHAT YOU'RE DOING.  IT'S QUITE |
| 13:49 | 25 | DIFFERENT THAN HOW I APPROACHED THE CALCULATIONS. |

| | | |
|---|---|---|
| 13:49 | 1 | **Q.**   IF WE GO REAL SLOW, MAYBE WE CAN RESOLVE IT. |
| 13:50 | 2 | **A.**   I DON'T KNOW. |
| 13:50 | 3 | **THE COURT:**  WELL, IF WE CAN'T RESOLVE THE CONFUSION, |
| 13:50 | 4 | WE BETTER.  YOU BETTER FIND OUT A WAY TO DO IT. |
| 13:50 | 5 | **BY MR. BRUNO:** |
| 13:50 | 6 | **Q.**   MR. EBERSOLE, I'VE BEEN ORDERED TO RESOLVE THIS. |
| 13:50 | 7 | **A.**   CAN WE GO THROUGH MY OWN? |
| 13:50 | 8 | **THE COURT:**  I'M GOING TO LET MR. BRUNO CONDUCT HIS |
| 13:50 | 9 | CROSS-EXAMINATION.  WHAT WE'RE TRYING TO SEE IS IF YOUR |
| 13:50 | 10 | CALCULATION FIT THE DUTCH CALCULATION IF WE CAN EXTRAPOLATE IT. |
| 13:50 | 11 | I THINK THAT'S WHAT WE'RE TRYING TO DO. |
| 13:50 | 12 | **MR. BRUNO:**  EXACTLY. |
| 13:50 | 13 | **THE COURT:**  THERE SEEMS TO BE ANOMALIES THAT ARE |
| 13:50 | 14 | MYSTERIOUS TO THE COURT. |
| 13:50 | 15 | **BY MR. BRUNO:** |
| 13:50 | 16 | **Q.**   MR. EBERSOLE, 2 HOURS, 2 INCHES, AVERAGE GRASS, SAFETY |
| 13:50 | 17 | FACTOR OF 2 -- |
| 13:50 | 18 | **A.**   WHERE DID WE GET THE 2 INCHES?  WHOSE GRASS ASSUMPTION, |
| 13:50 | 19 | MINE OR THE CHART? |
| 13:50 | 20 | **Q.**   WE'LL DO IT AGAIN, AND WE'LL KEEP DOING IT AND KEEP DOING |
| 13:50 | 21 | IT AND KEEP DOING IT.  PAGE 297. |
| 13:50 | 22 | **THE COURT:**  WE'RE ONLY GOING TO DO IT FOR SO LONG AND |
| 13:50 | 23 | THEN WE'RE -- |
| 13:50 | 24 | **MR. BRUNO:**  I APOLOGIZE.  IF THE WITNESS WOULD JUST |
| 13:50 | 25 | REMEMBER WHAT WE -- |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:50 | 1 | **THE COURT:** IF HE SAYS IT CAN'T BE DONE, I'LL ACCEPT |
| 13:51 | 2 | THAT. |
| 13:51 | 3 | **MR. BRUNO:** HERE'S PAGE 297, JUST TO REMIND HIM WHAT |
| 13:51 | 4 | HE JUST TESTIFIED TO. |
| 13:51 | 5 | BY MR. BRUNO: |
| 13:51 | 6 | Q.   YOU TESTIFIED TWO SECONDS AGO -- |
| 13:51 | 7 | **THE COURT:** OR IF HE SAYS HE CAN DO IT. |
| 13:51 | 8 | BY MR. BRUNO: |
| 13:51 | 9 | Q.   HERE'S THE GRASS TURF THICKNESS.  NOW, DO YOU REMEMBER |
| 13:51 | 10 | NOW? |
| 13:51 | 11 | A.   MAYBE THERE'S ANOTHER WAY TO APPROACH THIS.  IS THERE |
| 13:51 | 12 | SOMETHING IN MY TABLE THAT SHOWS THE MAXIMUM OF ABOUT 6 INCHES? |
| 13:51 | 13 | DO YOU THINK IT SHOULD BE TWICE THAT?  FOUR TIMES THAT?  HALF |
| 13:51 | 14 | THAT?  MAYBE THERE'S ANOTHER WAY WE CAN APPROACH THIS. |
| 13:51 | 15 | Q.   MR. EBERSOLE, YOU'VE ALREADY TESTIFIED THAT YOUR CHART |
| 13:51 | 16 | DOESN'T FIGURE INTO THE CALCULATION THE TURF THICKNESS. |
| 13:51 | 17 | **THE COURT:** CAN I ASK A SIMPLE QUESTION?  IF YOU DID |
| 13:51 | 18 | THE DUTCH EQUATION WITHOUT THE SAFETY FACTOR, WITH A SAFETY |
| 13:51 | 19 | FACTOR OF 1, THE DUTCH EQUATION BASED ON THE SAME PREMISE THAT |
| 13:51 | 20 | YOU'VE UTILIZED EXCEPT THERE'S NO SAFETY FACTOR -- IS THERE A |
| 13:51 | 21 | PROBLEM WITH THE 2-INCH? |
| 13:51 | 22 | **THE WITNESS:** I'M TRYING TO THINK OF ANOTHER WAY TO |
| 13:52 | 23 | TRY TO EXPLAIN THIS TO BREAK OUR IMPASSE HERE. |
| 13:52 | 24 | **THE COURT:** I'LL LET YOU DO THAT. |
| 13:52 | 25 | **THE WITNESS:** LET'S TAKE THE COEFFICIENT OF 2, THE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:52 | 1 | ONE THAT WE'VE BEEN WORKING ON. |
| 13:52 | 2 | **BY MR. BRUNO:** |
| 13:52 | 3 | **Q.**   COEFFICIENT OF 2 FOR WHAT? |
| 13:52 | 4 | **A.**   FOR THIS CHART. |
| 13:52 | 5 | **THE COURT:**  WE'RE TALKING ABOUT GRASS. |
| 13:52 | 6 | **BY MR. BRUNO:** |
| 13:52 | 7 | **Q.**   SAFETY FACTOR? |
| 13:52 | 8 | **A.**   LET'S PICK THE WAVE HEIGHT THAT WE'VE BEEN WORKING WITH. |
| 13:52 | 9 | **Q.**   WHICH IS, FOR THE RECORD -- |
| 13:52 | 10 | **A.**   1.3 METERS. |
| 13:52 | 11 | **Q.**   WHICH IS 4.26 FEET -- |
| 13:52 | 12 | **A.**   OKAY. |
| 13:52 | 13 | **Q.**   -- SO WE'RE CLEAR. |
| 13:52 | 14 | **A.**   RIGHT.  SO IF WE USED THIS PARTICULAR CURVE, THIS WOULD |
| 13:52 | 15 | SUGGEST THAT WE CAN ERODE THROUGH 2 INCHES OF TURF IN 4 HOURS. |
| 13:52 | 16 | **Q.**   ACTUALLY, TWO HOURS. |
| 13:52 | 17 | **A.**   NO, THE SAFETY FACTOR -- TAKE OUT THE SAFETY FACTOR. |
| 13:52 | 18 | **Q.**   I'M SORRY.  SLOW DOWN.  YOU JUST TOLD US YOU COULDN'T USE |
| 13:53 | 19 | A NUMBER TO REMOVE THE SAFETY FACTOR.  YOU JUST TOLD US THAT A |
| 13:53 | 20 | FEW MINUTES AGO. |
| 13:53 | 21 | **A.**   NO, I DIDN'T. |
| 13:53 | 22 | **Q.**   NOW YOU CAN? |
| 13:53 | 23 | **A.**   I DIDN'T USE A SAFETY FACTOR IN MY CALCULATION, SO PLEASE |
| 13:53 | 24 | LET ME CONTINUE. |
| 13:53 | 25 | **THE COURT:**  LET HIM GET THROUGH HIS EXPLANATION. |

FINAL DAILY COPY

13:53    1    LISTEN TO IT, AND THEN YOU CAN CROSS-EXAMINE HIM.

13:53    2           **MR. BRUNO:**  FAIR ENOUGH, JUDGE.

13:53    3           **THE WITNESS:**  WITH YOUR WAVE HEIGHT OF 4.3 WITH A

13:53    4    SAFETY FACTOR OF 1, WE WOULD BE ERODING 2 INCHES IN

13:53    5    APPROXIMATELY 4 HOURS FOR THE AVERAGE TURF.  SO 2 INCHES IS

13:53    6    APPROXIMATELY .16 FEET OF EROSION; CORRECT?

13:53    7    **BY MR. BRUNO:**

13:53    8    **Q.**  YES, IT IS.

13:53    9    **A.**  IT'S 2 OVER 12, SO .16.  SO IF WE GO TO MY MIDDLE COLUMN

13:53   10    FOR CUMULATIVE EROSION OF AVERAGE GRASS COVER, BETWEEN 3:00 AND

13:54   11    6:30 A.M. -- THAT'S ABOUT 3.5 HOURS -- I GET .16 FEET OF

13:54   12    EROSION.  SO IT'S ABOUT THE SAME.  I THINK I'M GETTING 3.5 AND

13:54   13    NOT 4 BECAUSE I DON'T HAVE A 4.3-FOOT WAVE THE ENTIRE TIME.  I

13:54   14    THINK THEY ARE VERY CONSISTENT.

13:54   15    **Q.**  THEN THE NUMBERS SHOULD ADD UP?

13:54   16    **A.**  I THINK THEY JUST DID.

13:54   17    **Q.**  LET'S SEE IF THEY DO.  YOU JUST TOLD US THAT AT --

13:54   18    **A.**  DO YOU WANT ME TO GO BACK THROUGH IT AGAIN FOR YOU,

13:54   19    COUNSELOR?

13:54   20    **Q.**  I WOULD LIKE TO WRITE IT ON THE BOARD SO I CAN FOLLOW IT.

13:54   21    LET'S DO IT THIS WAY.

13:54   22    **A.**  LET'S DO IT MY WAY.

13:54   23           **THE COURT:**  SIR, HE'S ASKING THE QUESTIONS.  WE'RE

13:54   24    GOING TO DO IT MY WAY, ULTIMATELY.

13:54   25           **THE WITNESS:**  FAIR ENOUGH.

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:54 | 1 | **THE COURT:** AT LEAST HERE. THIS IS PROBABLY THE ONLY |
| 13:54 | 2 | PLACE I GET TO DO IT MY WAY, RIGHT HERE. PRETTY MUCH |
| 13:54 | 3 | ELSEWHERE -- |
| 13:55 | 4 | **BY MR. BRUNO:** |
| 13:55 | 5 | **Q.** THE WAVE HEIGHT IS -- |
| 13:55 | 6 | **A.** 4.3. |
| 13:55 | 7 | **Q.** CLOSE ENOUGH. YOU SAY IT TAKES 4 HOURS? |
| 13:55 | 8 | **A.** 4 HOURS FOR AVERAGE GRASS COVER TO ERODE THROUGH 2 INCHES. |
| 13:55 | 9 | **Q.** 2 INCHES OF GRASS, WAVE HEIGHT, 4 HOURS -- OKAY. |
| 13:55 | 10 | **A.** WE'LL PULL UP MY TABLE, PLEASE, TABLE 5. SO UNDER THE |
| 13:55 | 11 | CUMULATIVE EROSION FOR AVERAGE GRASS COVER GOING -- YOU SEE THE |
| 13:55 | 12 | .16 DOWN AT 6:30 A.M., THAT PARTICULAR VALUE, WHAT I'M GETTING |
| 13:56 | 13 | IN MY CALCULATION IS -- AND WE AGREED THAT 2 INCHES WAS ROUGHLY |
| 13:56 | 14 | .16 FEET. IN MY CALCULATION, FROM 3:00 A.M. TO 6:30 A.M., |
| 13:56 | 15 | WHICH IS 3.5 HOURS, I'M CALCULATING 2 INCHES OF VERTICAL |
| 13:56 | 16 | EROSION. THE DUTCH, USING THAT PREVIOUS CHART, WE GET -- IT |
| 13:56 | 17 | WOULD TAKE 4 HOURS, NOT 3.5. |
| 13:56 | 18 | SO WHAT I'M SAYING THE DIFFERENCE IS BECAUSE I'M NOT |
| 13:56 | 19 | USING EXACTLY 4.3 FEET FOR THE ENTIRE PERIOD OF TIME. I'M |
| 13:56 | 20 | USING A VARYING WAVE CONDITION THAT GOES FROM 3 TO 5.9 FEET. |
| 13:56 | 21 | SO IT'S NOT GOING TO BE EXACT, BUT I THINK YOU CAN SEE FROM THE |
| 13:56 | 22 | CALCULATION IT'S PRETTY CLOSE. SO I THINK THEY ARE CONSISTENT. |
| 13:56 | 23 | **Q.** SO THAT'S 3.5 HOURS FOR YOU, AND YOU'RE USING .16? |
| 13:56 | 24 | **A.** THAT WAS THE CUMULATIVE EROSION DEPTH AT 6:30 A.M. |
| 13:57 | 25 | **Q.** THAT'S 2 INCHES? |

| | | |
|---|---|---|
| 13:57 | 1 | **A.**   CORRECT. |
| 13:57 | 2 | **Q.**   WAVE HEIGHT, 4.3? |
| 13:57 | 3 | **A.**   AS I JUST SAID, I'M VARYING THE WAVE HEIGHT, SO IT'S |
| 13:57 | 4 | DIFFICULT TO DO THE APPLES-TO-APPLES COMPARISON.  YOUR |
| 13:57 | 5 | CALCULATION ASSUMES 4.3 FEET FOR THE ENTIRE 4 HOURS. |
| 13:57 | 6 | **Q.**   SO YOU'RE GETTING MORE EROSION? |
| 13:57 | 7 | **A.**   I'M GETTING ABOUT THE SAME, .16, 2 INCHES. |
| 13:57 | 8 | **Q.**   FOR YOUR AVERAGE GRASS? |
| 13:57 | 9 | **A.**   CORRECT. |
| 13:57 | 10 | **Q.**   WELL, IT'S A SHORTER PERIOD OF TIME? |
| 13:57 | 11 | **A.**   I KNOW IT IS, BUT THIS IS NOT ALL THAT RELEVANT.  IF WE'RE |
| 13:57 | 12 | TALKING ABOUT HUNDREDTHS AND TENTHS OF INCHES, THE FACT OF THE |
| 13:57 | 13 | MATTER IS IT'S 2 INCHES.  WHETHER IT'S 2 INCHES IN 3.5 HOURS OR |
| 13:57 | 14 | 2 INCHES IN 4 HOURS, I DON'T THINK IT MAKES MUCH DIFFERENCE. |
| 13:58 | 15 | **Q.**   WHAT WE'VE JUST ESTABLISHED IS THAT DURING HURRICANE |
| 13:58 | 16 | KATRINA WE HAD WAVES SUFFICIENT TO REMOVE THE TURF; RIGHT? |
| 13:58 | 17 | **A.**   FOR AVERAGE GRASS COVER. |
| 13:58 | 18 | **Q.**   RIGHT. |
| 13:58 | 19 | **A.**   I THINK WE DID SEE AREAS WHERE THE TURF WAS REMOVED DURING |
| 13:58 | 20 | KATRINA. |
| 13:58 | 21 | **Q.**   WE SAW AREAS WHERE IT WASN'T REMOVED? |
| 13:58 | 22 | **A.**   CORRECT.  MY INTERPRETATION WOULD BE THERE WERE SOME AREAS |
| 13:58 | 23 | WE HAD AVERAGE GRASS COVER AND SOME AREAS WE HAD BETTER GRASS |
| 13:58 | 24 | COVER. |
| 13:58 | 25 | **Q.**   SO WHAT WE'VE JUST SUCCESSFULLY DEMONSTRATED IS THAT THE |

| | | |
|---|---|---|
| 13:58 | 1 | WAVES IN HURRICANE KATRINA WERE SUFFICIENT TO REMOVE 2 INCHES |
| 13:58 | 2 | OF TURF -- |
| 13:58 | 3 | **A.**   ONE OTHER THING -- |
| 13:58 | 4 | **Q.**   CAN I FINISH MY QUESTION? |
| 13:58 | 5 | **THE COURT:**  BEFORE WE HAVE AN ANSWER, LET HIM FINISH |
| 13:58 | 6 | HIS QUESTION. |
| 13:58 | 7 | **MR. BRUNO:**  I JUST WANT -- |
| 13:58 | 8 | **THE COURT:**  -- OKAY, MR. BRUNO, NO MORE.  JUST ASK |
| 13:58 | 9 | YOUR QUESTION. |
| 13:58 | 10 | **BY MR. BRUNO:** |
| 13:58 | 11 | **Q.**   WE HAD, BASED UPON YOUR OWN WAVE CALCULATIONS, WHICH WERE |
| 13:58 | 12 | LOW, ENOUGH TIME TO REMOVE GRASS BY 6:30.  THAT'S WHAT WE'VE |
| 13:59 | 13 | JUST SUCCESSFULLY DEMONSTRATED TO THE COURT; ISN'T THAT |
| 13:59 | 14 | CORRECT? |
| 13:59 | 15 | **A.**   AT SOME PLACES, CORRECT. |
| 13:59 | 16 | **Q.**   THANK YOU. |
| 13:59 | 17 | **THE COURT:**  IT WAS HARD TO GET THERE, BUT THANK BOTH |
| 13:59 | 18 | OF YOU.  I APPRECIATE IT. |
| 13:59 | 19 | **MR. BRUNO:**  SOMETIMES YOU'VE GOT TO WORK EXTRA HARD |
| 13:59 | 20 | TO GET -- |
| 13:59 | 21 | **THE COURT:**  I APPRECIATE IT.  NO, I'M JUST THANKING |
| 13:59 | 22 | EVERYBODY.  LET'S MOVE ON. |
| 13:59 | 23 | **BY MR. BRUNO:** |
| 13:59 | 24 | **Q.**   THE DIFFERENCE IS THE SOIL; RIGHT?  SO IN THOSE AREAS -- |
| 13:59 | 25 | **THE COURT:**  GET AN ANSWER BEFORE YOU -- |

| | | |
|---|---|---|
| 13:59 | 1 | **MR. BRUNO:** I'M SORRY. |
| 13:59 | 2 | **THE COURT:** WHEN YOU SAY, "THE DIFFERENCE IS THE |
| 13:59 | 3 | SOIL," HE MAY NOT AGREE WITH YOU. HE MAY NOT. |
| 13:59 | 4 | **MR. BRUNO:** DID I GET AN -- |
| 13:59 | 5 | **THE COURT:** YES, YOU GOT AN ANSWER, SIR. |
| 13:59 | 6 | BY MR. BRUNO: |
| 13:59 | 7 | Q. SO I'M ASKING YOU NOW, MR. EBERSOLE: HOW DO YOU ACCOUNT |
| 13:59 | 8 | FOR THE DIFFERENCE? BECAUSE YOU'VE ACKNOWLEDGED SOME AREAS WE |
| 13:59 | 9 | HAVE GRASS REMOVAL, SOME AREAS WE DON'T HAVE GRASS REMOVAL. SO |
| 13:59 | 10 | IT MUST HAVE SOMETHING TO DO -- BASED UPON ALL OF THE AGONY |
| 13:59 | 11 | THAT YOU AND I JUST WENT THROUGH, SOMETHING TO DO WITH THE SOIL |
| 13:59 | 12 | AND/OR THE TURF; RIGHT? |
| 14:00 | 13 | A. I WOULD AGREE THAT THE EROSION OF THE TURF IS A FUNCTION |
| 14:00 | 14 | OF GRASS QUALITY AND SOIL CHARACTERISTICS. AGREED. |
| 14:00 | 15 | Q. THE LEVEES WERE BUILT CONSISTENT WITH UNITED STATES ARMY |
| 14:00 | 16 | CORPS OF ENGINEERS' STANDARDS; ISN'T THAT TRUE? |
| 14:00 | 17 | A. I CAN'T COMMENT ON HOW THE DESIGN -- |
| 14:00 | 18 | Q. FAIR ENOUGH. |
| 14:00 | 19 | A. ALL I CAN CONCLUDE FROM MY ANALYSIS WAS THAT THERE |
| 14:00 | 20 | APPEARED TO BE DIFFERENCES IN SOIL CHARACTERISTICS ALONG THE |
| 14:00 | 21 | LEVEE AND DIFFERENCES IN GRASS QUALITY ALONG THE LEVEE. |
| 14:00 | 22 | Q. THAT'S SOMETHING THAT WE JUST EXPECT ON A LEVEE; RIGHT? |
| 14:00 | 23 | A. YEAH, I WOULD EXPECT THAT TO SOME DEGREE. |
| 14:00 | 24 | Q. LET'S TALK ABOUT SOIL FOR A MOMENT. YOU BROUGHT THIS |
| 14:00 | 25 | ARTICLE TO OUR ATTENTION, I THINK, AFTER YOUR DEPOSITION. THIS |

| | | |
|---|---|---|
| 14:00 | 1 | IS THAT THESIS BY MONSIEUR VISSER? |
| 14:01 | 2 | **A.**   CORRECT. |
| 14:01 | 3 | **Q.**   THIS IS NOT SOMETHING YOU SHOWED US AT YOUR DEPOSITION, OR |
| 14:01 | 4 | WAS IT?  MAYBE I MISSED IT. |
| 14:01 | 5 | **A.**   I DON'T THINK I SHOWED YOU ANYTHING AT MY DEPOSITION.  YOU |
| 14:01 | 6 | WERE JUST ASKING ME QUESTIONS. |
| 14:01 | 7 | **Q.**   DID YOU HAVE IT AND USE IT AS A REFERENCE FOR YOUR |
| 14:01 | 8 | OPINION? |
| 14:01 | 9 | **A.**   I THINK WE SUBMITTED IT AS RELIANCE MATERIALS. |
| 14:01 | 10 | **Q.**   THAT'S FINE.  LET'S CALL UP PX-2165. |
| 14:01 | 11 | THIS, PERHAPS, IS OBVIOUS.  YOU REGARD THIS AS AN |
| 14:01 | 12 | AUTHORITATIVE PUBLICATION? |
| 14:01 | 13 | **A.**   WELL, I THOUGHT THE VALUE OF IT WAS IT WAS A VERY NICE |
| 14:01 | 14 | SUMMARY OF MANY OF THE LARGE-SCALE WAVE TANK TESTS THAT HAD |
| 14:01 | 15 | BEEN CONDUCTED IN THE NETHERLANDS PRIMARILY ON LOOKING AT THE |
| 14:01 | 16 | ERODIBILITY OF UNGRASS-COVERED SOIL, BUT THERE WERE SOME DATA |
| 14:01 | 17 | REGARDING GRASS-COVERED CONDITIONS AS WELL. |
| 14:01 | 18 | **Q.**   SURE.  BUT WE HAVE TO NOT ONLY TALK ABOUT EROSION OF GRASS |
| 14:02 | 19 | IN THE CONTEXT OF FRONT-SIDE WAVE ATTACK; WE HAVE TO TALK ABOUT |
| 14:02 | 20 | THE EROSION OF THE MATERIALS BELOW THE GRASS, DON'T WE? |
| 14:02 | 21 | **A.**   CORRECT. |
| 14:02 | 22 | **Q.**   IS THIS AUTHORITATIVE OR NOT? |
| 14:02 | 23 | **A.**   I'M NOT SURE WHAT YOUR DEFINITION OF *AUTHORITATIVE* -- FOR |
| 14:02 | 24 | ME, IT WAS THE BEST SUMMARY THAT I COULD FIND OF THE RESULTS OF |
| 14:02 | 25 | THE DUTCH LARGE-SCALE TANK EXPERIMENT. |

| | | |
|---|---|---|
| 14:02 | 1 | **Q.**   FAIR ENOUGH.   THIS IS SOMETHING THAT YOU WOULD USE AS A |
| 14:02 | 2 | SOURCE OR REFERENCE FOR YOUR OPINIONS? |
| 14:02 | 3 | **A.**   SURE.   I TRUST THEIR MEASURED DATA FAR MORE THAN I TRUST |
| 14:02 | 4 | ANYONE'S ATTEMPT TO TRY TO MODEL THIS COMPLICATED PROCESS. |
| 14:02 | 5 | **Q.**   MAY WE PLEASE GO TO PAGE VIII, WHICH IS IN THE FIRST -- |
| 14:02 | 6 | JUST PAGE THROUGH IT.   THERE WE GO.   CAN WE HIGHLIGHT THE |
| 14:02 | 7 | PARAGRAPH THAT SAYS "LOCATION OF EROSION...." |
| 14:02 | 8 | IT SAYS HERE, MR. EBERSOLE, THAT THE LOCATION OF |
| 14:03 | 9 | EROSION IS DIFFERENT FOR CLAY AND SAND.   DO YOU AGREE WITH |
| 14:03 | 10 | THAT? |
| 14:03 | 11 | **A.**   YES, TO A DEGREE. |
| 14:03 | 12 | **Q.**   "THE EROSION OF CLAY STARTS BELOW THE WATER LEVEL BY THE |
| 14:03 | 13 | DEVELOPMENT OF A HOLE APPROXIMATELY BETWEEN .3 SIGNIFICANT WAVE |
| 14:03 | 14 | HEIGHT AND .12 SIGNIFICANT WAVE HEIGHT BELOW THE WATER LEVEL." |
| 14:03 | 15 | DO YOU AGREE WITH THAT? |
| 14:03 | 16 | **A.**   YEAH.   I THINK THEIR DATA WERE PRETTY CONSISTENT WHERE THE |
| 14:03 | 17 | LOCATION OF EROSION OF THE SOIL OCCURRED RELATIVE TO THE STILL |
| 14:03 | 18 | WATER LEVEL. |
| 14:03 | 19 | **Q.**   BY THE WAY, WE ARE TALKING ABOUT WAVE LOADING ON THE FRONT |
| 14:03 | 20 | SIDE, BEFORE I GET TOO FAR INTO THIS; RIGHT? |
| 14:03 | 21 | **A.**   CORRECT. |
| 14:03 | 22 | **Q.**   IT SAYS:   "THE HOLE CAN EXTEND AND DEVELOP UNTIL ABOVE THE |
| 14:03 | 23 | WATER LEVEL IF THE EROSION PROCESS HAS SUFFICIENT TIME TO |
| 14:03 | 24 | CONTINUE." |
| 14:03 | 25 | DO YOU AGREE WITH THAT? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:03 | 1 | **A.**   YEAH.  I THINK ONE THING THAT YOU REALLY HAVE TO KEEP IN |
| 14:03 | 2 | MIND, AS YOU LOOK AT THESE DATA, IS ALL THESE TESTS WERE DONE |
| 14:04 | 3 | BY HOLDING THE STILL WATER LEVEL AT A CONSTANT POSITION ON THE |
| 14:04 | 4 | LEVEE FACE.  SO CERTAINLY THE EROSION RESULTS THAT APPEAR IN |
| 14:04 | 5 | THESE TESTS WOULD BE OVERESTIMATED COMPARED TO A SITUATION |
| 14:04 | 6 | WHERE THE STILL WATER LEVEL IS MOVING RAPIDLY UP THE FRONT FACE |
| 14:04 | 7 | OF THE LEVEE. |
| 14:04 | 8 | **Q.**   IT SAYS:  "THE EROSION OF SAND DEVELOPS ABOVE THE WATER |
| 14:04 | 9 | LEVEL.  THESE CONCLUSIONS ARE CONFIRMED BY THE OBSERVATIONS |
| 14:04 | 10 | MADE IN THE STORM SURGE DISASTER OF 1953.  THIS DIFFERENCE IS |
| 14:04 | 11 | PROBABLY THE RESULT OF DIFFERENT EROSION MECHANISMS OF CLAY AND |
| 14:04 | 12 | SAND." |
| 14:04 | 13 | DO YOU AGREE WITH THAT? |
| 14:04 | 14 | **A.**   YEAH.  AGAIN, YOU HAVE TO KEEP IN MIND THAT THEIR TESTS |
| 14:04 | 15 | INVOLVED A CONSTANT WATER LEVEL.  SO FOR A HURRICANE, WE HAVE A |
| 14:04 | 16 | VERY RAPIDLY MOVING WATER LEVEL THAT MOVES QUICKLY UP THE |
| 14:04 | 17 | SLOPE. |
| 14:04 | 18 | THE 1953 -- THEIR HAZARDS IN THE NETHERLANDS ARE NOT |
| 14:04 | 19 | HURRICANES; THEY'RE NOR'EASTERS, WINTER-TYPE STORMS THAT HAVE |
| 14:04 | 20 | MUCH, MUCH LONGER DURATION, MUCH, MUCH SLOWER RATES OF CHANGE |
| 14:05 | 21 | OF WATER LEVEL THAN DO HURRICANES.  IN GENERAL, I THINK THERE |
| 14:05 | 22 | ARE SOME DIFFERENCES IN MECHANISMS, SO I WOULD AGREE WITH THE |
| 14:05 | 23 | LAST SENTENCE OF THAT PARAGRAPH. |
| 14:05 | 24 | **Q.**   TERRIFIC.  PAGE 56, PLEASE.  WE HAVE A CHART, AND ONCE |
| 14:05 | 25 | AGAIN THIS IS FOR CLAY.  WE HAVE EROSION DEPTH EXPRESSED IN |

14:05   1   METERS AND WE HAVE TIME EXPRESSED IN SECONDS AND WE HAVE TWO

14:05   2   WAVE HEIGHTS THAT WE'LL BE LOOKING AT, BOTH OF THEM 1.47, WHICH

14:06   3   THAT'S WHAT WE'VE BEEN WORKING WITH, IS ABOUT A 4.8-FOOT WAVE.

14:06   4   WOULD YOU AGREE?

14:06   5   A.   YES.   THIS IS A BIT HIGHER THAN WHAT WE GET AT THE TOE OF

14:06   6   THE LEVEE DURING THE PEAK OF THE STORM.   WE CALCULATED ABOUT

14:06   7   3 FEET.

14:06   8   Q.   SORRY.   IT'S ALL I'VE GOT.

14:06   9   A.   I KNOW, BUT I GUESS MY POINT IS THAT THESE EROSION DEPTHS

14:06   10  WILL BE LARGER THAN WHAT WE WOULD EXPECT DURING KATRINA ON THE

14:06   11  LEVEE.

14:06   12  Q.   SO IF WE LOOK AT THIS CHART AND WE COMPARE THE TIME, 1,000

14:06   13  SECONDS IS ABOUT 2.78 HOURS.   WOULD YOU AGREE?

14:06   14  A.   CLOSE.

14:06   15  Q.   SO IF WE GO AT 1,000 --

14:06   16  A.   CAN WE JUST ROUND OFF TO 3 MAYBE FOR SIMPLICITY?

14:07   17  Q.   ROUND UP WHERE?

14:07   18  A.   ROUND OFF TO 3 HOURS FOR SIMPLICITY.

14:07   19  Q.   FAIR ENOUGH, BUT I'M TRYING TO USE THIS 1,000 HERE ON THE

14:07   20  CHART SO WE DON'T HAVE TO MOVE AWAY FROM THE 1,000 BECAUSE THAT

14:07   21  WOULD BE IMPOSSIBLE.

14:07   22          IF WE GO UP ON THE 1,000 LINE, WE MEET THAT LINE A

14:07   23  LITTLE ABOVE .8; RIGHT?

14:07   24          MR. MITSCH:   EXCUSE ME, YOUR HONOR.   I THINK HE'S

14:07   25  POINTING TO THE 10,000 LINE.

FINAL DAILY COPY

| 14:07 | 1 | **MR. BRUNO:**  I'M SORRY. |
| 14:07 | 2 | **THE COURT:**  DO YOU WANT TO POINT THAT OUT? |
| 14:08 | 3 | BY MR. BRUNO: |
| 14:07 | 4 | **Q.**   THEN I'M WRONG.  10,000 SECONDS IS 2.78 HOURS; CORRECT? |
| 14:07 | 5 | **A.**   THAT'S WHAT I'M SAYING.  LET'S ASSUME 3 FOR SIMPLICITY. |
| 14:07 | 6 | **Q.**   RIGHT.  I MISSPOKE, AND COUNSEL APPROPRIATELY POINTED MY |
| 14:07 | 7 | MISTAKE OUT.  I DON'T WANT THE RECORD TO BE DIFFICULT TO READ. |
| 14:07 | 8 | WE'RE MOVING OUR LITTLE LIGHT APPROPRIATELY. |
| 14:07 | 9 | SO IF WE MOVE UP AND WE GO TO THE LINE, WITH THE LINE |
| 14:08 | 10 | IN BLACK, WE GET AN EROSION DEPTH OF ABOUT, LET'S SAY, .9? |
| 14:08 | 11 | **A.**   .9 METERS AFTER 3 HOURS OF ELAPSED TIME, THAT'S CORRECT. |
| 14:08 | 12 | **Q.**   THAT'S 2.95 FEET OF EROSION DEPTH? |
| 14:08 | 13 | **A.**   CORRECT.  LET'S MAKE IT SIMPLE, 3 FEET. |
| 14:08 | 14 | **Q.**   3 FEET OF EROSION DEPTH.  THAT'S CLAY? |
| 14:08 | 15 | **A.**   AFTER 3 HOURS WITH THE WATER HELD AT A CONSTANT POINT ON |
| 14:08 | 16 | THE LEVEE SURFACE. |
| 14:08 | 17 | **Q.**   RIGHT.  WE'RE ERODING CLAY.  WE'RE NOT ERODING SAND, JUST |
| 14:08 | 18 | SO WE'RE CLEAR; RIGHT? |
| 14:08 | 19 | **A.**   UNDERSTOOD. |
| 14:08 | 20 | **Q.**   IF WE GO TO 72, WE CAN SEE IT AGAIN. |
| 14:08 | 21 | **A.**   AS I SAID, THIS IS A LARGER WAVE CONDITION THAN WE HAD |
| 14:09 | 22 | DURING KATRINA, SO OUR SITUATION WOULD BE LESS THAN WHAT'S |
| 14:09 | 23 | HERE, MOST LIKELY. |
| 14:09 | 24 | **Q.**   PAGE 72.  IF WE DO THE SAME THING, WE'VE GOT OUR 1.4.  OUR |
| 14:09 | 25 | 1.4 IS STILL OUR 4.8-FOOT WAVE.  AT 90 MINUTES, WE GO UP AT |

| 14:09 | 1 | LEAST TWO WAVES.  WE GET SOMEWHERE BETWEEN .5 AND .6, WHICH IS |
|---|---|---|
| 14:09 | 2 | ABOUT 4.8 FEET OF EROSION IN 90 MINUTES. |
| 14:09 | 3 | **A.**   IS THIS THE SAME EXPERIMENT, SAME CLAY? |
| 14:09 | 4 | **Q.**   IT SAYS:  "MAXIMUM EROSION DEPTH OF A CLAY LAYER UNDER |
| 14:09 | 5 | WAVE LOADING, THE DELTA FLUME EXPERIMENTS." |
| 14:09 | 6 | **A.**   OKAY. |
| 14:09 | 7 | **Q.**   RIGHT?  THAT'S WHAT IT SAYS? |
| 14:09 | 8 | **A.**   YEAH. |
| 14:09 | 9 | **Q.**   THE CHART SHOWS -- |
| 14:10 | 10 | **A.**   YOU'VE JUST BEEN MOVING AROUND FROM CHART TO CHART.  I'M |
| 14:10 | 11 | NOT QUITE SURE WE'RE ON THE SAME RESULTS FROM THE SAME |
| 14:10 | 12 | EXPERIMENT THAT YOU JUST SHOWED OR NOT. |
| 14:10 | 13 | **Q.**   I'M MOVING AROUND FROM CHART TO CHART IN THE ARTICLE YOU |
| 14:10 | 14 | FIND RELIABLE AND YOU BASED YOUR OPINIONS ON. |
| 14:10 | 15 | **MR. MITSCH:**  YOUR HONOR, CAN WE GET HIM A COPY OF THE |
| 14:10 | 16 | ARTICLE SO HE HAS IT IN FRONT OF HIM, OR THE MASTER'S THESIS BY |
| 14:10 | 17 | VISSER? |
| 14:10 | 18 | **MR. BRUNO:**  JUDGE, WITH ALL DUE RESPECT, HE CAN DO IT |
| 14:10 | 19 | ON REDIRECT.  I HAVE A LOT TO COVER. |
| 14:10 | 20 | **THE COURT:**  IF HE DOESN'T RECOGNIZE THE CHART, THEN |
| 14:10 | 21 | WE'LL GIVE HIM TIME. |
| 14:10 | 22 | **BY MR. BRUNO:** |
| 14:10 | 23 | **Q.**   THE POINT IS THAT THE CHART SHOWS, DOES IT NOT, THAT AT 90 |
| 14:10 | 24 | MINUTES, 1.5 HOURS, YOU GET ABOUT 4.8 FEET OF EROSION? |
| 14:10 | 25 | **A.**   WHERE DO YOU GET 4.8? |

14:10   1   **Q.**   I'M SORRY.

14:10   2   **A.**   CAN YOU TELL ME WHICH COLORED CURVE YOU'RE REFERRING TO,

14:10   3   PLEASE.

14:10   4   **Q.**   SINCE WE HAVE TWO AT 1.47, ONE THAT'S PURPLE AND ONE

14:11   5   THAT'S BLUE, I'M PICKING THE MEDIAN BETWEEN THESE TWO AT 1.5,

14:11   6   AND I'M GETTING .5 METERS.  SO I'M GETTING AN EROSION DEPTH OF

14:11   7   ABOUT A FOOT AND A HALF; RIGHT?

14:11   8   **A.**   AFTER 2 HOURS; CORRECT.

14:11   9   **Q.**   NO, AFTER 90 MINUTES.  I'M GOING BETWEEN THE TWO.

14:11   10   **A.**   YOU'RE TAKING AN AVERAGE BETWEEN THOSE TWO CURVES, THE

14:11   11   PINK AND THE PURPLE?

14:11   12   **Q.**   YES, BECAUSE THEY'RE BOTH --

14:11   13   **A.**   THEY WOULD BE DIFFERENT CLAYS, I ASSUME, DIFFERENT SITES.

14:11   14   **Q.**   EXACTLY.  SO WE GET BETWEEN .5, .6 -- LET'S CALL IT .6.

14:11   15   .6 IS A LITTLE BIT BETTER THAN A FOOT AND A HALF OF EROSION

14:12   16   DEPTH?

14:12   17   **A.**   A COUPLE THINGS TO POINT OUT ON THESE TWO CURVES:  YOU SEE

14:12   18   THE SLOPE IS CHANGING, SO THE RATE OF EROSION IS SLOWING DOWN

14:12   19   WITH TIME.  SO, YOU KNOW, YOU'RE PICKING 1.5.  YOU COULD PICK

14:12   20   THE VALUE AT 2 HOURS, TOO, IF YOU WANTED TO GET AN AVERAGE RATE

14:12   21   OVER 2 HOURS.

14:12   22   **Q.**   SURE.  RIGHT.  THE POINT I'M SIMPLY MAKING IS THAT EVEN

14:12   23   CLAY WILL ERODE TO A FOOT-AND-A-HALF DEPTH UNDER THAT WAVE LOAD

14:12   24   IN AN HOUR AND A HALF -- WE'LL USE 2 HOURS; RIGHT?

14:12   25   **A.**   THAT PARTICULAR CLAY AT THOSE PARTICULAR SITES.

| | | |
|---|---|---|
| 14:12 | 1 | **Q.**   LET'S GO TO PAGE 114.  HERE ARE THE CONCLUSIONS FROM THIS |
| 14:12 | 2 | THESIS WHICH YOU RELY ON TO MAKE YOUR OPINIONS IN THIS CASE. |
| 14:12 | 3 | THE FIRST PARAGRAPH, IT SAYS: |
| 14:13 | 4 | "A ROUGH COMPARISON OF THE EROSION OF SAND WITH THE |
| 14:13 | 5 | EROSION OF CLAY IS MADE" -- I GUESS THEY FORGOT THE *TO* -- |
| 14:13 | 6 | "OBTAIN MORE INSIGHT INTO THE BEHAVIOR OF CLAY IN RESPECT TO |
| 14:13 | 7 | THAT OF SAND.  THE ORDER OF MAGNITUDE OF THE EROSION RATE, THE |
| 14:13 | 8 | LOCATION OF EROSION, AND SHAPE OF THE EROSION PROFILE ARE |
| 14:13 | 9 | COMPARED TO EACH OTHER." |
| 14:13 | 10 | SO APPARENTLY WHAT THEY'RE DOING HERE IS THEY'RE |
| 14:13 | 11 | COMPARING HOW FAST CLAY ERODES AS TO HOW FAST SAND ERODES UNDER |
| 14:13 | 12 | THE SAME CONDITIONS; RIGHT? |
| 14:13 | 13 | **A.**   CORRECT. |
| 14:13 | 14 | **Q.**   THEY TALK ABOUT THE METHODS.  LET'S GO TO THE CONCLUSIONS |
| 14:13 | 15 | HERE.  IT SAYS: |
| 14:13 | 16 | "FROM ALL METHODS IT APPEARS THAT THE EROSION RATE OF |
| 14:13 | 17 | SAND IS CLEARLY HIGHER THAN THAT OF CLAY.  HOWEVER, THE |
| 14:13 | 18 | DIFFERENCE OF THE PERPENDICULAR EROSION RATES OF SAND |
| 14:13 | 19 | DETERMINED BY THE TWO METHODS IS SIGNIFICANT.  THE |
| 14:13 | 20 | PERPENDICULAR EROSION OF SAND DETERMINED WITH METHOD A IS |
| 14:13 | 21 | APPROXIMATELY THREE TO TEN TIMES HIGHER THAN CLAY, AND |
| 14:14 | 22 | DETERMINED BY METHOD B APPROXIMATELY TWO TO THREE TIMES.  IF |
| 14:14 | 23 | THESE VALUES OF THE TWO METHODS ARE AVERAGED, THE PERPENDICULAR |
| 14:14 | 24 | EROSION OF SAND IS BETWEEN TWO AND TEN TIMES HIGHER THAN CLAY." |
| 14:14 | 25 | THAT'S WHAT THEIR CONCLUSION IS; RIGHT? |

FINAL DAILY COPY

14:14   1   **A.**   YEAH.  THEY HAD SEVERAL DEFINITIONS.  I CAN'T RECALL

14:14   2   EXACTLY HOW PERPENDICULAR EROSION WAS CALCULATED.  I KNOW THEY

14:14   3   HAD TWO OR THREE DIFFERENT METHODS THAT THEY WERE USING TO

14:14   4   CALCULATE EROSION.

14:14   5   **Q.**   FAIR ENOUGH.

14:14   6   **A.**   I DON'T RECALL WHICH PERPENDICULAR EROSION THIS WAS.

14:14   7   **Q.**   NEXT PAGE, PAGE 115.  HERE'S THE KEY:

14:14   8         "NO CONCLUSIONS CAN BE DRAWN ON THE INFLUENCE OF THE

14:14   9   CLAY TYPE (THE SAND PERCENTAGE IN THE CLAY), THE WAVE HEIGHT,

14:15  10   WAVE PERIOD, AND INITIAL SLOPE ANGLE.  IT WOULD BE EXPECTED

14:15  11   THAT A HIGHER SAND PERCENTAGE IN THE CLAY WOULD RESULT IN A

14:15  12   MORE SIMILAR BEHAVIOR AS SAND."

14:15  13         DO YOU AGREE WITH THAT?

14:15  14   **A.**   NOT NECESSARILY, NO.

14:15  15   **Q.**   FAIR ENOUGH.  YOU DON'T, BUT YOU BROUGHT THIS TO US AS

14:15  16   YOUR RELIANCE MATERIAL.

14:15  17   **A.**   YEAH.  THIS WAS A MASTER'S THESIS.  AS I SAID, THE VALUE

14:15  18   TO ME WAS REALLY THE DATA, THE SUMMARY OF THE DATASETS

14:15  19   CONTAINED IN THE THESIS.

14:15  20   **Q.**   HOW ABOUT THIS:  IF WE READ WHAT THE AUTHOR OF THAT THESIS

14:15  21   CONCLUDED, THE MORE SAND YOU HAVE IN YOUR CLAY, THE HIGHER THE

14:15  22   EROSION RATE FROM FRONT-SIDE WAVE ATTACK; ISN'T THAT TRUE?

14:15  23   **A.**   IT WOULD DEPEND ON THE SPECIFICS OF THE SOIL.  IN GENERAL,

14:15  24   I WOULD AGREE WITH YOU.

14:15  25   **Q.**   THANK YOU.  THAT WOULD BE A REASON OR IT WOULD BE A LOGIC

| | | |
|---|---|---|
| 14:16 | 1 | OR IT WOULD BE AN EXPLANATION WHY SOME PARTS OF THE FRONT SIDE |
| 14:16 | 2 | OF THE LEVEES ALONG REACH 2 SHOW EVIDENCE OF WAVE ATTACK AND |
| 14:16 | 3 | OTHERS DON'T; RIGHT? |
| 14:16 | 4 | **A.**   CORRECT.  I BELIEVE THE SAME THING.  SOME OF THE DEEPER |
| 14:16 | 5 | CUTS MOST LIKELY HAPPENED AT PLACES WHERE THE SOIL WAS A BIT |
| 14:16 | 6 | MORE ERODIBLE THAN AT OTHER PLACES. |
| 14:16 | 7 | **Q.**   FRANKLY, THAT'S WHAT DR. BEA CONCLUDED AS WELL.  DR. BEA |
| 14:16 | 8 | BASED HIS CONCLUSIONS ON A MUCH HIGHER SAND CONTENT THAN THE |
| 14:16 | 9 | DEFENDANTS DID; ISN'T THAT TRUE? |
| 14:16 | 10 | **A.**   I DON'T KNOW THAT. |
| 14:16 | 11 | **Q.**   YOU DON'T KNOW. |
| 14:16 | 12 | **A.**   I DO KNOW THAT THE ERODIBILITY HE USED FOR HIS VERY HIGH |
| 14:16 | 13 | ERODIBILITY AND HIGH ERODIBILITY, THOSE VALUES WERE RIDICULOUS. |
| 14:16 | 14 | **Q.**   FINE.  THAT'S BECAUSE HE REMOVED THE FACTORS OF SAFETY, |
| 14:17 | 15 | THOUGH, ISN'T IT? |
| 14:17 | 16 | **A.**   IT HAD NOTHING TO DO WITH FACTOR OF SAFETY. |
| 14:17 | 17 | **Q.**   IN YOUR CASE, WHEN YOU REMOVE THE FACTOR OF SAFETY, THE |
| 14:17 | 18 | NUMBERS CHANGE? |
| 14:17 | 19 | **A.**   THOSE CALCULATIONS OF MINE YOU'RE REFERRING TO RELATE TO |
| 14:17 | 20 | TURF EROSION, NOT ERODIBILITY OF THE UNDERLYING SOIL. |
| 14:17 | 21 | **Q.**   JUST SO WE CAN BE FAIR HERE, WHEN YOU REMOVED A FACTOR OF |
| 14:17 | 22 | SAFETY ON THE DUTCH, YOU DOUBLED THE EROSION TIME FROM 2 TO 4, |
| 14:17 | 23 | SO IT'S A PRETTY SIGNIFICANT CHANGE? |
| 14:17 | 24 | **A.**   NO.  BY REMOVING THE FACTOR OF SAFETY, ALL I WAS GETTING |
| 14:17 | 25 | BACK TO WAS THE ORIGINAL ALGORITHM THAT THEY DEVELOPED BASED ON |

| | | |
|---|---|---|
| 14:17 | 1 | THE DATA.  SO I THREW AWAY THE CONSERVATISM OF A SAFETY FACTOR |
| 14:17 | 2 | BECAUSE I DIDN'T THINK IT WAS RELEVANT TO THAT PARTICULAR |
| 14:17 | 3 | CALCULATION. |
| 14:17 | 4 | **THE COURT:**  IS THE POINT YOU WANT TO MAKE, MR. BRUNO, |
| 14:17 | 5 | THAT REMOVING THE FACTOR OF SAFETY IN AND OF ITSELF IS NOT |
| 14:17 | 6 | NECESSARILY A FLAW IN METHODOLOGY -- |
| 14:17 | 7 | **MR. BRUNO:**  NO. |
| 14:17 | 8 | **THE COURT:**  FOR DETERMINATION, IS THAT WHAT YOU'RE |
| 14:17 | 9 | TRYING TO -- |
| 14:17 | 10 | **MR. BRUNO:**  THAT'S RIGHT, YOUR HONOR.  I ALSO POINT |
| 14:18 | 11 | OUT -- AND I THINK THE WITNESS AGREES WITH ME -- THAT IT'S A |
| 14:18 | 12 | BIG DIFFERENCE. |
| 14:18 | 13 | **BY MR. BRUNO:** |
| 14:18 | 14 | **Q.**  FROM 2 HOURS TO 4 HOURS IS A LOT OF TIME DIFFERENCE; ISN'T |
| 14:18 | 15 | THAT TRUE? |
| 14:18 | 16 | **A.**  2 HOURS AND 4 HOURS IS A BIG TIME DIFFERENCE. |
| 14:18 | 17 | **Q.**  THANK YOU.  YOU REMEMBER 2 HOURS IS A FACTOR OF SAFETY OF |
| 14:18 | 18 | 2 AND 4 HOURS IS A FACTOR OF SAFETY OF 1, SO THERE'S YOUR BIG |
| 14:18 | 19 | DIFFERENCE. |
| 14:18 | 20 | **A.**  CORRECT.  BUT LIKE I SAID EARLIER, I DON'T BELIEVE IT'S |
| 14:18 | 21 | RELEVANT TO INCLUDE A FACTOR OF SAFETY IN THIS TYPE |
| 14:18 | 22 | OF CALCULATION WHEN I'M TRYING TO EXAMINE EXACTLY WHAT HAPPENED |
| 14:18 | 23 | DURING A PARTICULAR EVENT.  IT'S VERY APPROPRIATE IF WE WANT TO |
| 14:18 | 24 | USE THAT PARTICULAR METHOD TO MAKE AN ESTIMATE FOR DESIGN |
| 14:18 | 25 | PURPOSES, BUT I THINK THAT'S QUITE DIFFERENT THAN WHAT WE'RE |

14:18  1  TALKING ABOUT HERE.  I THINK DR. BEA WAS VERY ANIMATED ABOUT

14:18  2  HIS DESIRE THAT WE NOT TREAT THIS AS DESIGN AND, IN FACT, WE

14:18  3  LOOK AT ACTUALLY -- OR TRY TO ASCERTAIN WHAT REALLY HAPPENED.

14:18  4  **Q.**   SO WE CAN'T USE DESIGN PARAMETERS AND DRAW FROM THE DESIGN

14:19  5  PARAMETERS ANY LOGIC ABOUT WHEN A LEVEE'S GOING TO FAIL OR NOT

14:19  6  GOING TO FAIL BECAUSE, AS YOU JUST POINTED OUT TO US VERY

14:19  7  ELOQUENTLY, IT'S A DESIGN.  IT'S NOT NECESSARILY AN INDICATION

14:19  8  OF WHEN A PARTICULAR LEVEE IS GOING TO ERODE UNDER WHAT

14:19  9  CONDITIONS; ISN'T THAT TRUE?

14:19  10  **A.**   WE DON'T WANT TO BUILD A SAFETY FACTOR CONSCIOUSLY INTO

14:19  11  OUR ASSESSMENT, CORRECT.

14:19  12  **Q.**   JUST SO WE GET OUR TERMINOLOGY RIGHT -- WE SAY THINGS LIKE

14:19  13  *MAXIMUM PERMISSIBLE*.  WHEN YOU SEE THOSE WORDS, THAT'S A RED

14:19  14  FLAG.  THAT TELLS YOU THERE'S A SAFETY FACTOR BUILT INTO IT;

14:19  15  RIGHT?

14:19  16  **A.**   NO, NOT NECESSARILY AT ALL.

14:19  17  **Q.**   SO HOW DO YOU KNOW, THEN, WHETHER A SAFETY FACTOR'S BUILT

14:19  18  INTO A PARTICULAR VALUE?

14:19  19  **A.**   WELL, IF THE GUIDANCE SAYS THERE'S A SAFETY FACTOR, THEN I

14:19  20  THINK YOU CAN ASSUME THERE IS.  IF THERE'S NOT, I THINK YOU CAN

14:19  21  ASSUME THAT THERE'S NOT.

14:19  22  **Q.**   EVEN IF IT SAYS "MAXIMUM PERMISSIBLE," THAT, IN YOUR MIND,

14:19  23  DOES NOT IMPLY THE USE OF A SAFETY FACTOR?

14:19  24  **A.**   CORRECT.

14:19  25  **Q.**   THANK YOU.  LET'S GO TO SLIDE 48.  THIS IS FROM THE IPET

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:20 | 1 | REPORT. |
| 14:20 | 2 | APPARENTLY, THE IPET TEAM EVALUATED SOME FRONT-FACE |
| 14:20 | 3 | MEAN SPEEDS, DOWNRUSH MEAN SPEEDS, AND SOME TIME-AVERAGED |
| 14:20 | 4 | VELOCITIES; RIGHT?  YOU TALKED ABOUT THIS ON FRIDAY. |
| 14:20 | 5 | A.   CORRECT. |
| 14:20 | 6 | Q.   IT SEEMS LIKE THE HIGHEST THAT THEY GET IS, WHAT, ABOUT -- |
| 14:20 | 7 | HELP ME THERE.  IS THAT 11?  12? |
| 14:20 | 8 | A.   A MAXIMUM AT ABOUT, WHAT, 12:30 UTC, WHICH WOULD BE 7:30. |
| 14:20 | 9 | THAT'S THE PEAK STORM-SURGE TIME. |
| 14:20 | 10 | Q.   I DON'T KNOW.  I'M NOT ASKING YOU THAT.  I'M ASKING YOU: |
| 14:20 | 11 | WHAT IS THE HIGHEST SPEED RECORDED ON THE CHART? |
| 14:21 | 12 | A.   THE VELOCITY AT THAT PARTICULAR POINT IN TIME CORRESPONDS |
| 14:21 | 13 | TO, BASICALLY, THE OVERFLOW VELOCITY SINCE AT THAT PARTICULAR |
| 14:21 | 14 | TIME THE LEVEE'S GETTING -- MASSIVELY OVERFLOWING WITH STEADY |
| 14:21 | 15 | WATER.  SO THE VELOCITIES THAT ARE REFLECTED IN THIS PANEL THAT |
| 14:21 | 16 | YOU'RE SHOWING ARE, IN FACT, THE VELOCITIES AT THE VERY TOP -- |
| 14:21 | 17 | Q.   HERE? |
| 14:21 | 18 | A.   -- OF THE LEVEE CREST ON THE FRONT SIDE -- |
| 14:21 | 19 | Q.   GOTCHA. |
| 14:21 | 20 | A.   -- AT A PARTICULAR TIME.  SO THEY'RE BASICALLY EQUAL TO |
| 14:21 | 21 | THE CREST VELOCITIES AT THAT PARTICULAR TIME. |
| 14:21 | 22 | Q.   GOOD. |
| 14:21 | 23 | A.   IF YOU WANT TO LOOK AT THE WAVE VELOCITIES, YOU WOULD NEED |
| 14:21 | 24 | TO LOOK AT THEM PRIOR TO THE POINT OF OVERFLOW.  THEY'RE ON THE |
| 14:21 | 25 | ORDER OF 2 FOOT PER SECOND ON THE FRONT FACE.  THESE VELOCITY |

| | | |
|---|---|---|
| 14:21 | 1 | CALCULATIONS ARE DONE AT THE POINT OF THE STILL WATER LEVEL |
| 14:21 | 2 | INTERSECTION WITH THE LEVEE FACE. |
| 14:21 | 3 | **Q.**   OKAY.  WELL, NOW THAT WE UNDERSTAND THAT, LET'S LOOK AT |
| 14:22 | 4 | DR. RESIO'S SLIDES AND SEE IF WE CAN INTERPRET THE SAME THING. |
| 14:22 | 5 | LET'S GO TO SLIDE 49. |
| 14:22 | 6 | SO WE KNOW WHAT THIS IS, DR. RESIO DIDN'T RUN ANY |
| 14:22 | 7 | COULWAVE ANALYSES OF FRONT-SIDE WAVE ATTACK BASED UPON HIS |
| 14:22 | 8 | STWAVE DATA OR ADCIRC DATA; ISN'T THAT CORRECT?  DO YOU EVEN |
| 14:22 | 9 | KNOW? |
| 14:22 | 10 | **A.**   COULD YOU REPEAT THE QUESTION, PLEASE. |
| 14:22 | 11 | **Q.**   DR. RESIO DIDN'T RUN ANY COULWAVE MODELS TO DETERMINE |
| 14:22 | 12 | FRONT-SIDE VELOCITIES USING HIS STWAVE INFORMATION OR ADCIRC OR |
| 14:22 | 13 | ANY SUCH INFORMATION?  HE DIDN'T RUN ANY MODELS? |
| 14:23 | 14 | **A.**   I DID NOT HAVE THE INFORMATION ON THE FRONT SIDE AT THE |
| 14:23 | 15 | TIME I PREPARED MY EXPERT REPORT, BUT SINCE THAT TIME HE HAS |
| 14:23 | 16 | MADE THOSE ADDITIONAL RUNS.  I'VE BEEN PROVIDED WITH A |
| 14:23 | 17 | CONSISTENT SET OF VELOCITIES FROM THOSE RUNS.  THESE LOOK TO ME |
| 14:23 | 18 | LIKE THEY'RE THE VELOCITY RESULTS FROM SOME OF THOSE ADDITIONAL |
| 14:23 | 19 | SIMULATIONS THAT WERE DONE BY DR. RESIO. |
| 14:23 | 20 | **Q.**   THESE ARE NOT THE ACTUAL SIMULATIONS; THESE ARE THE ONES |
| 14:23 | 21 | HE PICKED OFF THE SHELF?  DO YOU HAVE ANY INFORMATION AS TO |
| 14:23 | 22 | WHAT HE DID DO? |
| 14:23 | 23 | **A.**   I HAVE A GENERAL IDEA, YES. |
| 14:23 | 24 | **Q.**   OKAY.  WELL, BEFORE HE DID HIS NEW WORK, TELL THE COURT |
| 14:23 | 25 | WHAT HE DID TO GIVE YOU SOME SENSE OF FRONT-SIDE WAVE VELOCITY. |

| | | |
|---|---|---|
| 14:23 | 1 | **A.**   AS I JUST SAID, PRIOR TO THE TIME I PREPARED MY EXPERT |
| 14:23 | 2 | REPORT, I DID NOT HAVE FRONT-SIDE VELOCITY INFORMATION FROM |
| 14:23 | 3 | DR. RESIO.  SO IN MY EXPERT REPORT, I REFERRED BACK TO |
| 14:23 | 4 | FRONT-SIDE VELOCITY INFORMATION FROM THE IPET REPORT.  YOU WERE |
| 14:24 | 5 | QUITE CRITICAL OF THAT, AND SO WE WENT BACK AND DID ADDITIONAL |
| 14:24 | 6 | CALCULATIONS.  SINCE THE TIME OF MY EXPERT REPORT, HE'S |
| 14:24 | 7 | PROVIDED ME WITH THE RESULTS FROM HIS ADDITIONAL CALCULATIONS. |
| 14:24 | 8 | **Q.**   DIDN'T DR. RESIO CONTACT SOMEONE IN TEXAS TO GET SOME |
| 14:24 | 9 | ALREADY-RUN DATA ON FRONT-SIDE VELOCITIES, AND HE COMPARED THAT |
| 14:24 | 10 | ALREADY-RUN DATA WITH SOME OF HIS COULWAVE DATA, AND THEN HE |
| 14:24 | 11 | OPINED SOME THINGS, DID SOME MAGIC, AND CAME UP WITH SOME |
| 14:24 | 12 | CONCLUSIONS BASED UPON SOMEBODY ELSE'S DATA? |
| 14:24 | 13 | MR. MITSCH:  OBJECTION. |
| 14:24 | 14 | THE COURT:  IT'S SUSTAINED.  TRY NOT TO USE THE |
| 14:24 | 15 | *MAGIC*. |
| 14:24 | 16 | **BY MR. BRUNO:** |
| 14:24 | 17 | **Q.**   WELL, DID DR. RESIO CONTACT SOMEONE IN TEXAS TO GET SOME |
| 14:24 | 18 | DATA THAT HAD ALREADY BEEN RUN, SOME FORM DATA, OR DO YOU KNOW? |
| 14:24 | 19 | **A.**   I DON'T KNOW. |
| 14:24 | 20 | **Q.**   YOU HAVE NO IDEA? |
| 14:24 | 21 | **A.**   I KNOW HE'S BEEN IN CONTACT WITH DR. PAT LYNETTE AT TEXAS |
| 14:24 | 22 | A&M. |
| 14:24 | 23 | **Q.**   THAT'S WHO IT WAS, PAT LYNETTE. |
| 14:24 | 24 | **A.**   I COULDN'T ANSWER THE REST OF YOUR QUESTION. |
| 14:25 | 25 | THE COURT:  MR. BRUNO, MAYBE ONE OR TWO MORE |

| | | |
|---|---|---|
| 14:25 | 1 | QUESTIONS AND WE'RE GOING TO TAKE A BREAK. |
| 14:25 | 2 | **MR. BRUNO:** OKAY. |
| 14:25 | 3 | **BY MR. BRUNO:** |
| 14:25 | 4 | **Q.** LET'S LOOK AT THIS CHART. YOU JUST TOLD US A LITTLE BIT |
| 14:25 | 5 | AGO THAT THIS IS AN INDICATION OF VELOCITIES ON THE LEVEE; |
| 14:25 | 6 | RIGHT? |
| 14:25 | 7 | **THE COURT:** WE'RE POINTING TO? |
| 14:25 | 8 | **MR. BRUNO:** THESE CHARTS. |
| 14:25 | 9 | **THE WITNESS:** YEAH. THIS WOULD BE A POINT ON THE -- |
| 14:25 | 10 | THE TOP PANEL WOULD BE A POINT ON THE FRONT FACE OF THE LEVEE, |
| 14:25 | 11 | AND THE BOTTOM PANEL WOULD BE A POINT AT THE CREST OF THE |
| 14:25 | 12 | LEVEE. |
| 23:59 | 13 | **BY MR. BRUNO:** |
| 14:25 | 14 | **Q.** SO WHAT DOES THIS LINE TELL US? |
| 14:25 | 15 | **A.** THAT WOULD BE HOW THE MEAN UPRUSH -- PEAK UPRUSH VELOCITY |
| 14:25 | 16 | OF THE WAVE IS CHANGING WITH TIME. EVERY TIME A WAVE IS |
| 14:25 | 17 | PASSING THIS PARTICULAR LOCATION, IT'S GENERATING AN UPSLOPE |
| 14:26 | 18 | VELOCITY. THAT WOULD BE THE UPRUSH VELOCITY. THEN WHEN THAT |
| 14:26 | 19 | WAVE FLUSHES BACK DOWN, IT'S CALCULATING THE DOWNRUSH VELOCITY. |
| 14:26 | 20 | SINCE IT'S AN IRREGULAR WAVE MODEL, THOSE VELOCITIES WOULD VARY |
| 14:26 | 21 | WITHIN INDIVIDUAL WAVES. THIS IS BASICALLY GIVING ME AN |
| 14:26 | 22 | AVERAGE OVER ALL THE WAVES FOR BOTH PEAK UPRUSH AND PEAK |
| 14:26 | 23 | DOWNRUSH VELOCITIES. |
| 14:26 | 24 | **Q.** DOES THIS TELL US THAT WE'RE GETTING VELOCITIES OF 2 FEET |
| 14:26 | 25 | PER SECOND UPWARDS TO 6 FEET PER SECOND? |

14:26   1   **A.**   CORRECT.  THE 6-FOOT-PER-SECOND POINT IN TIME IS WHEN WE

14:26   2   HAVE STEADY OVERFLOW OVER THIS LEVEE LIKE THE OTHER SITUATION

14:26   3   WE DESCRIBED.

14:26   4   **Q.**   NOW, IT ALSO SHOWS US THAT WE HAVE THESE VELOCITIES HERE

14:26   5   BEFORE THE WATER STARTS GOING OVER THE BACK SIDE OF THE LEVEE;

14:26   6   RIGHT?

14:26   7   **A.**   CAN YOU DIRECT ME TO A PARTICULAR TIME.

14:26   8   **Q.**   RIGHT HERE, 9:30.  I THOUGHT YOU JUST TOLD US THAT THIS

14:27   9   LINE IS AN INDICATION OF THE LANDWARD VELOCITY.  THIS IS HOW

14:27   10   FAST THE WATER'S COMING DOWN THE BACK SIDE.

14:27   11   **A.**   NO, NO, NO, NO, NO.  THAT'S AT THE CREST.  THIS HAS

14:27   12   NOTHING TO DO WITH BACK-SIDE VELOCITIES.  THEY'RE NOT SHOWN IN

14:27   13   THIS CHART THAT YOU'RE SHOWING ME.

14:27   14   **Q.**   WHAT DOES THIS MEAN?  WHAT DOES THAT POINT SHOW US?

14:27   15   **A.**   THAT POINT SHOWS US THAT AT THE CREST, AT 1300 UTC, WHICH

14:27   16   WOULD BE 8:00 --

14:27   17   **Q.**   IN THE MORNING?

14:27   18   **A.**   -- CENTRAL DAYLIGHT TIME, IT LOOKS TO ME LIKE IT'S ON THE

14:27   19   FALLING STORM SURGE.  WE GET A MEAN LANDWARD-DIRECTED VELOCITY

14:27   20   OF, SAY, 13 FOOT PER SECOND.

14:27   21   **Q.**   ALL RIGHT.  SO HELP ME UNDERSTAND IT.  THAT MEANS THAT THE

14:27   22   WATER IS HITTING THE FRONT SIDE OF THE LEVEE AT 13 FEET PER

14:28   23   SECOND?

14:28   24   **A.**   NO.  INCORRECT.

14:28   25   **Q.**   WHAT DOES IT SHOW US?

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:28 | 1 | **A.**   THAT MEANS THAT AT THAT PARTICULAR TIME THERE WOULD BE |
| 14:28 | 2 | STEADY FLOW OVER THE LEVEE, STEADY OVERFLOW.  SO WHAT YOU'RE |
| 14:28 | 3 | SEEING IS STEADY OVERFLOW IN CONCERT WITH WAVES PASSING OVER |
| 14:28 | 4 | THE CREST AND THAT THE MEAN OF THOSE PEAK LANDWARD-DIRECTED |
| 14:28 | 5 | VELOCITIES AT THE CREST IS 13 FOOT PER SECOND. |
| 14:28 | 6 | **Q.**   SO THIS WHOLE LINE IS THE SPEED WITH WHICH THE WATER IS |
| 14:28 | 7 | TRAVELING OVER THE CREST ONLY? |
| 14:28 | 8 | **A.**   CORRECT. |
| 14:28 | 9 | **Q.**   SO IT DOESN'T GO OVER THE CREST UNTIL 9:30 UTC TIME; |
| 14:28 | 10 | RIGHT? |
| 14:28 | 11 |        **THE COURT:**  HERE WE ARE WITH UTC TIME. |
| 14:28 | 12 |        **MR. BRUNO:**  THEY COULD HAVE MADE IT EASY ON US. |
| 23:59 | 13 | **BY MR. BRUNO:** |
| 14:28 | 14 | **Q.**   SO LET'S DO THAT.  9:30 UTC IS WHAT TIME OUR TIME? |
| 14:28 | 15 | **A.**   4:30 A.M. |
| 14:28 | 16 | **Q.**   SO AT 4:30 IN THE MORNING THE WATER'S NOT GOING OVER THE |
| 14:28 | 17 | TOP OF THE LEVEE HERE? |
| 14:29 | 18 | **A.**   YEAH.  THE LEVEE CREST AT THIS PARTICULAR POINT IS 14.5 |
| 14:29 | 19 | FEET. |
| 14:29 | 20 | **Q.**   SO AT 4:30 IN THE MORNING, IF WE GO UP HERE, WE DON'T KNOW |
| 14:29 | 21 | WHAT'S HAPPENING AT 4:30?  AT 4:30 IN THE MORNING, WE'VE GOT |
| 14:29 | 22 | FRONT-SIDE VELOCITIES AT ABOUT 4 FEET PER SECOND?  AM I READING |
| 14:29 | 23 | THAT RIGHT? |
| 14:29 | 24 | **A.**   YEAH.  THE PEAK UPRUSH WOULD BE ABOUT 4 FOOT PER SECOND; |
| 14:29 | 25 | THE PEAK DOWNRUSH WOULD BE ABOUT 2 FOOT PER SECOND. |

14:29   1   **Q.**   THAT'S GOING UP AND DOWN.  SO WE HAVE, AT 4:30 IN THE

14:29   2   MORNING -- AND THIS IS WITH YOUR PEAK SURGE AT 7:30, SO WE'RE

14:29   3   ORIENTED.

14:29   4   **A.**   4:30; RIGHT?  9:30 UTC IS THE POINT IN TIME WE'RE TALKING

14:29   5   ABOUT HERE.

14:29   6   **Q.**   YEAH.  I THOUGHT I SAID THAT.

14:29   7   **A.**   YOU SAID 7:30.

14:29   8   **Q.**   I SAID THIS IS WITH A PEAK SURGE TIME OF 7:30.

14:29   9            **THE COURT:**  IS THAT 7:30 CENTRAL --

14:30   10  **BY MR. BRUNO:**

14:30   11  **Q.**   7:30 CENTRAL STANDARD TIME AS OPPOSED TO THE 8:30 WHICH

14:30   12  IPET AND THE PLAINTIFFS USED?

14:30   13  **A.**   NO.  THE POINT IN TIME WE'RE TALKING ABOUT HERE IS 0930

14:30   14  UTC, WHICH IS 4:30 A.M. CENTRAL DAYLIGHT TIME.

14:30   15  **Q.**   THAT WASN'T MY QUESTION.

14:30   16            **THE COURT:**  WE'RE GOING TO TAKE A 10-MINUTE RECESS.

14:30   17            **THE DEPUTY CLERK:**  ALL RISE.

14:30   18            (WHEREUPON THE COURT TOOK A BRIEF RECESS.)

14:38   19            **THE DEPUTY CLERK:**  ALL RISE.

14:52   20              COURT IS IN SESSION.  PLEASE BE SEATED.

14:52   21  **BY MR. BRUNO:**

14:52   22  **Q.**   MR. EBERSOLE, I THINK PERHAPS YOU MISUNDERSTOOD MY LAST

14:52   23  QUESTION.  WHAT I WAS MEANING TO CLEAR UP FOR THE JUDGE, THE

14:52   24  TIMES ON THE EXHIBIT ASSUME A PEAK SURGE OCCURRED AT 7:30.

14:53   25  THAT'S ALL OF THESE CALCULATIONS, COULWAVE AND ADCIRC AND ALL

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:53 | 1 | THAT BUSINESS, AND OBVIOUSLY THE OUTPUTS -- |
| 14:53 | 2 | OKAY.  THIS IS BASED UPON A PEAK SURGE THAT HAPPENS |
| 14:53 | 3 | AT 7:30; ISN'T THAT CORRECT? |
| 14:53 | 4 | **A.**   CORRECT. |
| 14:53 | 5 | **Q.**   IF THE PEAK SURGE HAPPENS AT 9:30, THEN ALL THESE SHAPES |
| 14:53 | 6 | MOVE TOWARD -- I'M SORRY, TO THE RIGHT AN HOUR; RIGHT?  BECAUSE |
| 14:53 | 7 | WE'RE SIMPLY MOVING BACK AN HOUR, SO THE CURVE IS THE SAME.  IT |
| 14:53 | 8 | JUST MOVES DOWN THE LINE A LITTLE BIT; ISN'T THAT RIGHT? |
| 14:53 | 9 | **A.**   WE DETERMINED FROM OUR MODELING THAT THE PEAK SURGE ALONG |
| 14:54 | 10 | REACH 2 OCCURRED APPROXIMATELY 7:30. |
| 14:54 | 11 | **Q.**   AGREED.  I UNDERSTAND THAT.  BUT IF IT HAPPENED AT 8:30, |
| 14:54 | 12 | THE CURVES DON'T CHANGE, DO THEY? |
| 14:54 | 13 | **A.**   NO.  IT WOULD JUST BE SHIFTED. |
| 14:54 | 14 | **Q.**   LET'S JUST CLARIFY THIS AND WE'LL MOVE ALONG.  THIS POINT |
| 14:54 | 15 | HERE, 9:30, WHICH IS UTC TIME -- WHICH WE ESTABLISHED TO BE |
| 14:54 | 16 | WHAT TIME IN THE MORNING? |
| 14:54 | 17 | **A.**   4:30 A.M. |
| 14:54 | 18 | **Q.**   4:30 IN THE MORNING.  WE DON'T HAVE ANY OVERTOPPING, BUT |
| 14:54 | 19 | WE HAVE FRONT-SIDE VELOCITIES OF BETWEEN 4 TO -- I GUESS THAT |
| 14:54 | 20 | LITTLE STAR IS ABOUT 1.8; ISN'T THAT CORRECT? |
| 14:54 | 21 | **A.**   I DON'T UNDERSTAND WHERE YOU GOT THE 1.8 AT 4:30. |
| 14:55 | 22 | **Q.**   I WAS JUST TRYING TO OPINE THAT THAT IS ABOUT 1.8 ON THE |
| 14:55 | 23 | SCALE.  MAYBE I'M WRONG. |
| 14:55 | 24 | **THE COURT:**  1.8 IN FEET PER SECOND. |
| 14:55 | 25 | **THE WITNESS:**  I THINK YOU'RE AT 8:30, WHICH WOULD BE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:55 | 1 | 3:30 A.M.  I THOUGHT WE WERE TALKING ABOUT 9:30 UTC, WHICH IS |
| 14:55 | 2 | 4:30 A.M. |
| 14:55 | 3 | **BY MR. BRUNO:** |
| 14:55 | 4 | **Q.**   I SAID BEFORE.  BEFORE THAT POINT IN TIME, WE WOULD HAVE |
| 14:55 | 5 | SEEN FLOWS BETWEEN O AND 4.5 FEET PER SECOND? |
| 14:55 | 6 | **THE COURT:**  ARE WE SURE ABOUT THE POINT IN TIME WE'RE |
| 14:55 | 7 | TALKING ABOUT? |
| 14:55 | 8 | **THE WITNESS:**  NO.  I WISH YOU WOULD HELP ME. |
| 14:55 | 9 | **THE COURT:**  I'M NOT SURE EITHER. |
| 14:55 | 10 | **THE WITNESS:**  I WISH YOU WOULD REFER TO THE POINT IN |
| 14:55 | 11 | TIME WITH REGARD TO THE POINT THAT YOU'RE TRYING TO MAKE WITH |
| 14:55 | 12 | THE QUESTION YOU'RE ASKING. |
| 14:55 | 13 | **BY MR. BRUNO:** |
| 14:55 | 14 | **Q.**   I STARTED DOWN HERE BECAUSE I THOUGHT THAT WE HAD |
| 14:55 | 15 | ESTABLISHED AT 9:30 WE DON'T HAVE ANY OVERTOPPING YET. |
| 14:56 | 16 | **A.**   RIGHT.  AT 9:30, AROUND THAT TIME WOULD BE THE BEGINNING |
| 14:56 | 17 | OF OVERTOPPING. |
| 14:56 | 18 | **Q.**   FAIR ENOUGH.  THAT'S WHY I'M PICKING 9:30. |
| 14:56 | 19 | **THE COURT:**  WE'RE TALKING ABOUT 9:30 UTC? |
| 14:56 | 20 | **MR. BRUNO:**  UTC TIME. |
| 14:56 | 21 | **BY MR. BRUNO:** |
| 14:56 | 22 | **Q.**   SO NOW LET'S TRANSLATE IT BACK TO OUR TIME, WHICH IS 4:30. |
| 14:56 | 23 | **A.**   RIGHT. |
| 14:56 | 24 | **Q.**   4:30 CENTRAL STANDARD TIME. |
| 14:56 | 25 | **A.**   DAYLIGHT.  DAYLIGHT TIME. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:56 | 1 | **THE COURT:**  CENTRAL DAYLIGHT TIME. |
| 14:56 | 2 | BY MR. BRUNO: |
| 14:56 | 3 | Q.   WE HAVE NO OVERTOPPING.  SO WE GO TO THE TOP CHART AT THE |
| 14:56 | 4 | SAME TIME, WHICH IS 4:30 CENTRAL STANDARD TIME. |
| 14:56 | 5 | **THE COURT:**  DAYLIGHT TIME. |
| 14:56 | 6 | **MR. BRUNO:**  RIGHT. |
| 14:56 | 7 | **THE COURT:**  JUST TO MAKE SURE BECAUSE IT'S AUGUST. |
| 14:56 | 8 | **MR. BRUNO:**  DAYLIGHT TIME, RIGHT. |
| 14:56 | 9 | BY MR. BRUNO: |
| 14:56 | 10 | Q.   WILL YOU AGREE WITH ME THAT BEFORE 4:30 IN THE MORNING, WE |
| 14:56 | 11 | HAVE FRONT-SIDE VELOCITIES BETWEEN 0 AND 4.25 FEET PER SECOND |
| 14:56 | 12 | ON THE FRONT SIDE OF THE LEVEE? |
| 14:57 | 13 | A.   PEAK UPRUSH VELOCITIES, CORRECT. |
| 14:57 | 14 | Q.   IS THAT CORRECT? |
| 14:57 | 15 | NOW, DESCRIBE FOR THE COURT WHAT'S HAPPENING ON THE |
| 14:57 | 16 | FRONT OF THAT LEVEE WITH THE WAVES.  WHAT IS THE MOVEMENT LIKE? |
| 14:57 | 17 | A.   WELL, THERE WOULD BE CERTAINLY SOME -- WELL, AT WHICH |
| 14:57 | 18 | TIME?  MAYBE YOU COULD HELP ME. |
| 14:57 | 19 | Q.   THE POINT IN TIME THAT WE JUST ESTABLISHED, WHICH I |
| 14:57 | 20 | THOUGHT WAS BEFORE 4:30.  I GUESS THE START TIME IS WHAT IS |
| 14:57 | 21 | 7:30 CENTRAL DAYLIGHT TIME. |
| 14:57 | 22 | A.   SO BETWEEN THAT INTERVAL OF TIME, THE WATER LEVEL WOULD BE |
| 14:57 | 23 | RISING VERY RAPIDLY UP THE FRONT FACE OF THE LEVEE. |
| 14:57 | 24 | Q.   BUT WHAT TIME IS IT, PLEASE, CENTRAL DAYLIGHT TIME BETWEEN |
| 14:57 | 25 | 7:30 AND 8:00 UTC? |

| | | |
|---|---|---|
| 14:58 | 1 | **A.**   2:30 IN THE MORNING.  THAT TELLS ME AT 2:30 WE HAVEN'T YET |
| 14:58 | 2 | GOT A WATER LEVEL -- PROBABLY NOT ON THE LEVEE YET. |
| 14:58 | 3 | **Q.**   RIGHT. |
| 14:58 | 4 | **A.**   IT MAY BE CLOSE. |
| 14:58 | 5 | **Q.**   I'M USING THAT BECAUSE THAT'S WHERE THE LITTLE DOT ENDS, |
| 14:58 | 6 | SO THAT'S OUR START POINT.  SO BETWEEN 2:30 AND 4:30 IS WHEN WE |
| 14:58 | 7 | START SEEING WATER HITTING THE LEVEE AND WE HAVE A MEASUREMENT |
| 14:58 | 8 | OF THE VELOCITIES ON THIS CHART; RIGHT? |
| 14:58 | 9 | **A.**   CORRECT. |
| 14:58 | 10 | **Q.**   SO BETWEEN THOSE TIME PERIODS, IT GOES FROM 0 TO ABOUT |
| 14:58 | 11 | 4.25 FEET PER SECOND; RIGHT? |
| 14:58 | 12 | **A.**   CORRECT. |
| 14:58 | 13 | **Q.**   SO THE WATER IS GOING UP, GOING DOWN, IT'S TURNING, IT'S |
| 14:58 | 14 | TURBULENT, ALL AT THE FACE OF THE LEVEE; RIGHT? |
| 14:58 | 15 | **A.**   THERE'S SOME BREAKING HAPPENING ON THE FACE OF THE LEVEE |
| 14:58 | 16 | AS WELL. |
| 14:58 | 17 | **Q.**   YOU HAVE A VIDEOTAPE OF A SCALE MODEL SETUP THAT |
| 14:59 | 18 | DEMONSTRATED HYDRODYNAMIC LOADINGS ON THE LEVEE SO THE COURT |
| 14:59 | 19 | COULD GET A SENSE OF WHAT'S HAPPENING ON THE FRONT SIDE OF THE |
| 14:59 | 20 | LEVEE; RIGHT? |
| 14:59 | 21 | **A.**   CORRECT. |
| 14:59 | 22 | **Q.**   LET'S PLAY THAT.  THAT'S PX-2133.1.  IF YOU WANT, YOU CAN |
| 14:59 | 23 | JUST NARRATE AND TELL THE JUDGE WHAT'S HAPPENING WITH THAT |
| 14:59 | 24 | WATER ON THE FRONT SIDE OF THIS LEVEE. |
| 14:59 | 25 | **A.**   CAN WE TALK ABOUT THE BACK SIDE AS WELL? |

FINAL DAILY COPY

14:59    1   **Q.**   NO.  YOU CAN ANSWER THIS QUESTION.  THEN IF YOU WANT, I'LL

14:59    2   DO YOU A FAVOR AND ASK YOU ABOUT THE BACK SIDE, BUT PLEASE

14:59    3   ANSWER MY QUESTION FIRST.

14:59    4         SO THE FRONT SIDE IS WHAT WE'RE TALKING ABOUT NOW.

14:59    5   WHAT I WANT TO KNOW IS:  WHAT'S GOING ON ON THE FRONT OF THAT

14:59    6   LEVEE?

14:59    7   **A.**   I THINK, SO WE DON'T MISLEAD FOLKS, WE SHOULD POINT OUT

14:59    8   THAT THIS IS A PARTICULAR TIME WHERE THE STILL WATER LEVEL IS

14:59    9   1 FOOT ABOVE THE CREST OF THE LEVEE.  SO THIS IS CERTAINLY NOT

14:59   10   THE BEGINNING STAGES OF WAVE ATTACK ON THIS LEVEE.

14:59   11   **Q.**   RIGHT.

14:59   12   **A.**   IT'S A POINT IN TIME WHERE WE'VE ALREADY BEGUN STEADY

15:00   13   OVERFLOW AND WAVES ARE -- LET'S SAY -- I DON'T REMEMBER EXACTLY

15:00   14   WHAT THE CREST OF THIS LEVEE WAS WITHOUT LOOKING BACK, BUT

15:00   15   LET'S SAY IT'S A 15-FOOT LEVEE CREST BEING SIMULATED.  THE

15:00   16   STILL WATER LEVEL WOULD BE 16 FEET AND WE'D BE AROUND THE

15:00   17   MAXIMUM WAVE CONDITIONS.

15:00   18         **THE COURT:**  I UNDERSTAND.  THANK YOU, SIR.  THAT

15:00   19   HELPS.

15:00   20   **BY MR. BRUNO:**

15:00   21   **Q.**   IT DOES ILLUSTRATE, DOES IT NOT, WHAT'S HAPPENING BELOW

15:00   22   THE SURFACE WATER LEVEL:  THE WATER'S CHURNING; IT'S MOVING.

15:00   23   THIS VIDEO STILL ILLUSTRATES THAT, DOESN'T IT?

15:00   24   **A.**   YEAH.  I THINK DOWN NEAR THE TOE YOU WOULD JUST TEND TO

15:00   25   SEE MORE OSCILLATORY BACK-AND-FORTH VELOCITIES.  CERTAINLY,

| | | |
|---|---|---|
| 15:00 | 1 | WHEN IT BREAKS -- AND FROM THE BREAKING POINT LANDWARD, YOU |
| 15:00 | 2 | WOULD SEE QUITE A BIT OF HEAVY, TURBULENT FLOW IF THE WAVE'S |
| 15:00 | 3 | BREAKING ON THE FRONT SIDE, LIKE THAT ONE BROKE ON THE CREST. |
| 15:00 | 4 | SOME OF THEM DON'T BREAK AND THEY JUST PASS DIRECTLY OVER THE |
| 15:00 | 5 | TOP.  THAT BIG ONE JUST BROKE RIGHT ON THE BACK OF THE CREST. |
| 15:01 | 6 | Q.   EXPLAIN TO THE JUDGE WHAT'S HAPPENING TO CAUSE THE MAT TO |
| 15:01 | 7 | ROLL UP.  CAN WE ROLL IT BACK.  WHAT'S GOING ON THERE?  THAT'S |
| 15:01 | 8 | HAPPENING UNDERWATER? |
| 15:01 | 9 | A.   CORRECT. |
| 15:01 | 10 | Q.   SO HOW ON EARTH IS THAT HAPPENING? |
| 15:01 | 11 | A.   LET ME TRY TO EXPLAIN IT. |
| 15:01 | 12 | Q.   OKAY. |
| 15:01 | 13 | A.   FLUME MECHANICS HERE.  WHAT HAPPENS IS:  WHEN YOU HAVE A |
| 15:01 | 14 | CONCRETE MAT SITTING ON THE SURFACE OF THE LEVEE AND YOU HAVE |
| 15:01 | 15 | AN ORBITAL VELOCITY THAT'S MOVING OVERTOP OF IT UNDER HIGH |
| 15:01 | 16 | WAVES -- AND WE HAVE, ACCORDING TO BERNOULLI'S LAW, CLASSIC |
| 15:01 | 17 | FLUID MECHANICS. |
| 15:01 | 18 | THE COURT:  EVEN THOSE OF US WHO ARE NOT SCIENCE |
| 15:01 | 19 | MAJORS ARE SOMEWHAT FAMILIAR. |
| 15:01 | 20 | THE WITNESS:  WHEN YOU HAVE A HIGH-SPEED VELOCITY |
| 15:01 | 21 | MOVING OVER THE TOP OF THE MAT, THAT CREATES LOW PRESSURE ON |
| 15:01 | 22 | THE TOP OF THE MAT.  BECAUSE THE FLUID UNDER THE MAT IS NOT |
| 15:01 | 23 | MOVING, YOU HAVE A HIGHER PRESSURE UNDER THE MAT.  SO WHAT YOU |
| 15:01 | 24 | DO IS YOU GET AN UPLIFT FORCE.  IT'S THE SAME PRINCIPLE THAT |
| 15:02 | 25 | ENABLES AN AIRPLANE TO FLY. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:02 | 1 | **THE COURT:**  THE PRINCIPLE OF LIFT. |
| 15:02 | 2 | **THE WITNESS:**  RIGHT, THE PRINCIPLE OF LIFT.  SO THE |
| 15:02 | 3 | PRINCIPLE OF LIFT POPS THE EDGE OF THAT FRONT SIDE OF THAT MAT |
| 15:02 | 4 | UP WHEN IT GETS A BIG WAVE THAT IT HITS IT, AND THEN A |
| 15:02 | 5 | DIFFERENT FORCE BALANCE TAKES OVER.  AS SOON AS WE GET THAT MAT |
| 15:02 | 6 | LIFTED UP JUST A LITTLE BIT, WE GET A SURFACE AREA THAT THE |
| 15:02 | 7 | NEXT WAVE VELOCITY IS SEEING AND WE GET A NORMAL FORCE AGAINST |
| 15:02 | 8 | THAT SLIGHTLY LIFTED MAT.  NOW IT'S ACTING LIKE THE REASON WHY |
| 15:02 | 9 | YOUR SAILBOAT GETS PUSHED.  YOU'VE GOT A SAIL AREA OF THE MAT, |
| 15:02 | 10 | OF VELOCITY PUSHING AGAINST THE MAT, AND IT ROLLS THE MAT UP A |
| 15:02 | 11 | LITTLE HIGHER.  THEN THE NEXT WAVE CAN EXERT A FORCE ON A MUCH |
| 15:02 | 12 | GREATER SAIL AREA.  IT JUST PROGRESSED TO ROLL THE MAT UP. |
| 15:02 | 13 | **BY MR. BRUNO:** |
| 15:02 | 14 | **Q.**   THANK YOU.  SO WHAT THAT ILLUSTRATES TO US IS THAT EVEN |
| 15:02 | 15 | THOUGH YOU CAN'T REALLY SEE MOVEMENT OF WATER UNDERNEATH THE |
| 15:02 | 16 | SURFACE, THERE'S A VELOCITY BEING DEVELOPED ALONG THE SURFACE |
| 15:03 | 17 | OF THE FRONT OF THE LEVEE; ISN'T THAT CORRECT? |
| 15:03 | 18 | **A.**   YEAH.  THERE'S A BACK-AND-FORTH ORBITAL VELOCITY.  IT'S |
| 15:03 | 19 | GOING BOTH WAYS, BACK AND FORTH. |
| 15:03 | 20 | **Q.**   THANK YOU VERY MUCH.  LET'S CALL UP DR. RESIO'S MOVIES NOW |
| 15:03 | 21 | AND SEE WHAT WE CAN LEARN FROM THEM.  LET'S CALL UP 2131.3. |
| 15:03 | 22 | THIS IS THE PROFFER, JUDGE, AT THIS POINT.  THIS IS PROFFER 3. |
| 15:03 | 23 | THIS IS RESIO PROFFER 3. |
| | 24 | |
| | 25 | |

FINAL DAILY COPY

15:03    1              <u>**PLAINTIFF PROFFER 3**</u>

15:03    2    **BY MR. BRUNO:**

15:03    3    **Q.**   YOU'LL REMEMBER DR. RESIO GAVE US SEVEN HARD DRIVES OF

15:03    4    DATA, WHICH HAD 500 GIGS EACH.  WE PULLED FROM THESE HARD

15:03    5    DRIVES THIS LITTLE DEMONSTRATION.

15:03    6              ALL RIGHT.  FIRST OF ALL, HAVE YOU EVER SEEN A CHART

15:03    7    LIKE THIS BEFORE, MR. EBERSOLE?

15:03    8    **A.**   THIS PARTICULAR MOVIE?

15:03    9    **Q.**   NO, NO.  JUST ONE LIKE THIS.  JUST GENERALLY SPEAKING,

15:04   10    NOW.

15:04   11              **THE COURT:**  WHEN YOU SAY "A CHART LIKE THIS," YOU

15:04   12    MEAN ONES WITH LINES AND BLOCKS?  I CAN TELL YOU THE ANSWER'S

15:04   13    "YES."  OTHER THAN THAT, I'M NOT COMMITTING YOU TO ANYTHING.

15:04   14              **THE WITNESS:**  I DON'T RECALL IF DR. RESIO PRODUCED A

15:04   15    SIMILAR CHART LIKE THIS DURING THE IPET OR NOT.  I'M NOT VERY

15:04   16    FAMILIAR WITH THE DETAILS OF THE COULWAVE MODELING.

15:04   17    **BY MR. BRUNO:**

15:04   18    **Q.**   THIS IS NOT IPET.  I DIDN'T SAY IT WAS.

15:04   19    **A.**   NO.  I SAID YOU SAID "A CHART LIKE THIS."  I SAID --

15:04   20    **Q.**   HAVE YOU EVER SEEN A GRAPH WHICH WOULD SHOW THE WAVE AND

15:04   21    THE VELOCITIES AND THE HEIGHTS OF THE LEVEE?  DID YOU EVER SEE

15:04   22    THAT BEFORE?

15:04   23    **A.**   I DON'T RECALL SEEING THIS.

15:04   24              **MR. MITSCH:**  OBJECTION, YOUR HONOR.  WE DON'T HAVE

15:04   25    ANY IDENTIFICATION OF THIS.  THERE IS NO IDENTIFICATION OF THE

```
15:04    1   Y-AXIS OR THE X-AXIS.
15:04    2           THE COURT:  EVEN IF WE'RE IN A PROFFER, I UNDERSTAND
15:04    3   THAT.  IF YOU COULD TELL US WHAT WE'RE LOOKING AT IN THE
15:04    4   PROFFER.
15:04    5           MR. MITSCH:  WE HAD ASKED FOR THAT THE OTHER DAY WHEN
15:04    6   WE RECEIVED THAT, AND WE NEVER RECEIVED THAT INFORMATION.
15:04    7           MR. BRUNO:  ACTUALLY, FOR THE RECORD, THIS IS WHAT
15:04    8   THEY GAVE US.  SO WE'RE INTERPRETING THIS, AND HERE'S THE
15:05    9   INTERPRETATION.
15:05   10           THE COURT:  I UNDERSTAND, BUT HOW DO WE BOOKMARK WHAT
15:05   11   THAT IS?
15:05   12           MR. BRUNO:  FIRST OF ALL, THE BLUE LINE REPRESENTS
15:05   13   THE LEVEE.
15:05   14           THE COURT:  IS IT ONE OF THE COMPUTER RUNS?
15:05   15           MR. BRUNO:  YES.  THIS IS A COULWAVE RUN THAT
15:05   16   DR. RESIO DID TO DEMONSTRATE THE WAVE ACTION ON THE FRONT AND
15:05   17   THE VELOCITIES THAT ARE DEVELOPING ON THE FRONT SIDE OF THE
15:05   18   LEVEE.  THE GREEN LINE SHOWS THE VELOCITIES.
15:05   19           THE COURT:  DO WE HAVE AN IDENTIFYING MARKER WHICH
15:05   20   CAN SHOW WHICH RUN IT WAS?
15:05   21           MR. BRUNO:  THE MARKER IS, ON THE COMPUTER, WLN4, IS
15:05   22   WHAT THE COMPUTER TELLS US.  AS BEST THAT WE CAN INTERPRET,
15:05   23   WHAT WE HAVE HERE IS -- ON THIS AXIS WE HAVE -- IN METERS, WE
15:05   24   HAVE HEIGHT.  SO THE 0 LINE OBVIOUSLY IS 0.  THIS IS 2 METERS
15:05   25   ABOVE, 4 METERS, 6 METERS.  WE HAVE A LEVEE OF ABOUT 17.5 FEET
```

15:06    1    TALL.  WE HAVE A BERM OF ABOUT 100, 200 METERS THERE.  WE HAVE

15:06    2    AN 8-FOOT WAVE, THEN WE HAVE WHAT THAT WAVE IS DOING AND THE

15:06    3    VELOCITIES DEVELOPED BASED UPON DR. RESIO'S COULWAVE, NOT OURS.

15:06    4            MR. MITSCH:  I'M GOING TO OBJECT AGAIN.  GIVEN THAT

15:06    5    WE DON'T REALLY HAVE THE INFORMATION DESCRIBING WHAT THE DATA

15:06    6    HERE ARE AND WE HAVE MR. BRUNO'S REPRESENTATION -- AND I'M SURE

15:06    7    IN GOOD FAITH HE'S TRYING TO REPRESENT THIS, BUT IT PROBABLY

15:06    8    MAKES A LITTLE BIT MORE SENSE TO WAIT FOR DR. RESIO TO DISCUSS

15:06    9    THIS RATHER THAN HAVING MR. EBERSOLE SPECULATE ABOUT THIS ONE

15:06   10    ASPECT OF DR. RESIO'S WORK.

15:06   11            THE COURT:  I'M NOT SURE WHERE YOU'RE GOING WITH

15:06   12    THIS, UNLESS IT'S TO CHALLENGE SOME TESTIMONY HE'S ALREADY

15:07   13    DONE, BUT CLEARLY HE'S NOT FAMILIAR WITH THIS.  THIS IS IN A

15:07   14    PROFFER.  I GUESS THIS COULD BE A PROFFER WITHIN A PROFFER.

15:07   15            YOUR OBJECTION IS NOTED WITHIN THE PROFFER.

15:07   16    BY MR. BRUNO:

15:07   17    Q.    LET ME JUST DEVELOP A LITTLE RECORD HERE.  YOU GOT FROM

15:07   18    DR. RESIO INFORMATION ABOUT THE RESULTS FROM HIS COULWAVE

15:07   19    ANALYSIS; CORRECT?

15:07   20    A.    CORRECT.  I GOT SOME PROCESS RESULTS THAT REPRESENTED IN

15:07   21    AVERAGES OVER 30 MINUTES.  THIS PARTICULAR INFORMATION, I DID

15:07   22    NOT GET FROM DR. RESIO.

15:07   23    Q.    LET US ASSUME HYPOTHETICALLY, JUST FOR THE PURPOSES OF OUR

15:07   24    DISCUSSION TODAY, THAT THIS IS A MOVIE REPRESENTATION OF THE

15:07   25    FOLLOWING:  WE HAVE DISTANCE REPRESENTED ON THE BOTTOM IN

15:07   1   METERS SO THAT THE WAVE WOULD BE AT 0 AT THE BEGINNING AND IT

15:07   2   WOULD HIT THE LEVEE AT ABOUT 600 AND, SAY, 50 FEET FROM WHERE

15:07   3   IT DEVELOPS.

15:07   4           **MR. BRUNO:**  I'M SORRY.  650 METERS, JUDGE.  I'M

15:08   5   SORRY.

15:08   6           **THE COURT:**  METERS.

15:08   7   **BY MR. BRUNO:**

15:08   8   **Q.**   AND HAVE AN INDICATION OF THE VELOCITY HERE, WHICH WOULD

15:08   9   BE THIS 2 METERS PER SECOND PER FOOT.  THEN WE HAVE OUR 8-FOOT

15:08  10   WAVE.

15:08  11           **THE COURT:**  THE 8-FOOT WAVE AT ITS PEAK?

15:08  12           **MR. BRUNO:**  AT ITS PEAK, RIGHT.

15:08  13           **THE COURT:**  THAT'S EXTRAPOLATED 6 METERS TO --

15:08  14           **MR. BRUNO:**  PRECISELY.

15:08  15   **BY MR. BRUNO:**

15:08  16   **Q.**   LET'S LOOK AT THE NEXT ONE.  THIS NEXT ONE IS ON THE

15:08  17   COMPUTER, SO THE DEFENDANTS WILL KNOW, IS MARKED AS WL --

15:08  18           **THE COURT:**  NOT 6 METERS.  I'M SORRY.  I APOLOGIZE.

15:08  19   HOW DO WE GET 8 FEET?

15:08  20           **MR. BRUNO:**  BECAUSE IF WE TAKE THE DISTANCE FROM HERE

15:08  21   TO HERE -- I'M SORRY, FROM --

15:08  22           **THE COURT:**  I SEE.

15:08  23           **MR. BRUNO:**  IT'S ABOUT --

15:08  24           **THE COURT:**  THE 2 METERS, YOU MEAN?

15:08  25           **MR. BRUNO:**  YEAH.  IF YOU GO FROM HERE TO HERE, YOU

FINAL DAILY COPY

15:08  1  GET ABOUT AN 8-FOOT WAVE BECAUSE THE WAVE GOES UP AND DOWN, AS

15:08  2  MR. EBERSOLE TAUGHT US THE OTHER DAY.

15:09  3          **THE COURT:**  I UNDERSTAND.  YOU MEAN THE WAVE ABOVE

15:09  4  AND BELOW THE SURFACE.  I UNDERSTAND.

15:09  5  **BY MR. BRUNO:**

15:09  6  **Q.**  LET'S LOOK AT 2131.1.  NOW, THIS ONE, AGAIN,

15:09  7  HYPOTHETICALLY -- THIS IS RESIO'S WORK, NOT MINE.

15:09  8  **A.**  NOR MINE.

15:09  9  **Q.**  WHAT WE SEE HERE IS THE WAVES NOW GOING OVER -- THE STILL

15:09  10  WATER LEVEL IS CLOSE TO THE TOP.  THE WAVES ARE GOING OVER THE

15:09  11  TOP OF THE LEVEE.  IF THIS IS ACCURATE, WHAT DOES IT TELL US

15:09  12  ABOUT THE WAVE HEIGHTS ONCE THEY GO OVER THE TOP OF THE LEVEE?

15:09  13  **A.**  I CANNOT COMMENT.  THIS IS NOT MY RESULTS.  I DON'T KNOW

15:09  14  THE DETAILS OF THE COULWAVE MODELING.  I'M FAMILIAR WITH THE

15:09  15  INFORMATION THAT DR. RESIO PROVIDED ME.  THIS IS NOT THE KIND

15:09  16  OF INFORMATION THAT HE PROVIDED TO ME.

15:09  17  **Q.**  DIDN'T HE GIVE YOU INFORMATION ABOUT THE VELOCITIES THAT

15:10  18  WERE DEVELOPED ON THE BACK SIDE OF THE LEVEE?

15:10  19  **A.**  INTEGRATED MEANS OVER TIME AND INTERVALS OF 30 MINUTES.

15:10  20  THIS IS CLEARLY INFORMATION THAT IS A FUNCTION OF THE TIMES.

15:10  21  I'M NOT FAMILIAR WITH THE DETAILS OF THESE CALCULATIONS.

15:10  22  **Q.**  LET'S JUST SHOW THE LAST ONE FOR COMPLETENESS, 2131.2.

15:10  23  THIS IS WHERE, NOW, THE STILL WATER LEVEL'S ABOVE THE TOP OF

15:10  24  THE LEVEE.  IT WOULD APPEAR, IF THIS IS ACCURATE, THAT THE WAVE

15:10  25  ACTION ON THE BACK SIDE IS FAR LESS THAN THE WAVE ACTION ON THE

FINAL DAILY COPY

15:10   1   FRONT SIDE; ISN'T THAT TRUE?

15:10   2   **A.**   I DON'T KNOW.  I CAN'T COMMENT ON THESE RESULTS.

15:10   3   **Q.**   LET ME ASK YOU THE QUESTION BASED UPON YOUR VAST

15:10   4   EXPERIENCE AND KNOWLEDGE.  THE WAVE HEIGHTS ON THE FRONT SIDE

15:10   5   OF THE LEVEE, ONCE THEY GO OVER TO THE BACK SIDE OF THE LEVEE,

15:10   6   ARE THE WAVE HEIGHTS THE SAME?

15:10   7   **A.**   I DON'T KNOW MUCH ABOUT WAVE HEIGHTS ON THE BACK SIDE OF A

15:10   8   LEVEE.  I HAVEN'T DONE THOSE KIND OF CALCULATIONS BEFORE.

15:10   9   **Q.**   SO WHAT HAPPENS TO THE WAVE ONCE IT HITS THE TOP OF THE

15:10   10   LEVEE?  WHAT DOES IT TURN INTO WHEN IT GETS TO THE BACK SIDE?

15:11   11   **A.**   I BELIEVE IT SPILLS DOWN THE BACK SIDE.

15:11   12          **MR. BRUNO:**  END OF PROFFER.

15:11   13              **(END OF PROFFER)**

15:11   14                   * * *

15   

16   

17   

18   

19   

20   

21   

22   

23   

24   

25   

FINAL DAILY COPY

15:11    1          **MR. MITSCH:**  YOUR HONOR, THIS MAY BE A GOOD POINT
15:11    2    BECAUSE I THINK MR. BRUNO HAD PROMISED MR. EBERSOLE THE
15:11    3    OPPORTUNITY TO DESCRIBE THE BACK-SIDE WAVE ACTION ON THE FIRST
15:11    4    VIDEO THAT HE SHOWED, REMEMBER, WITH THE MAT.
15:11    5          **THE COURT:**  YES, HE DID.
15:11    6          **MR. MITSCH:**  THIS WOULD PROBABLY BE A REALLY GOOD
15:11    7    SEGUE INTO GOING BACK TO THAT VIDEO.
15:11    8          **MR. BRUNO:**  WHY IS IT A GOOD SEGUE?
15:11    9          **THE COURT:**  DON'T YOU TALK WITH EACH OTHER.  TALK TO
15:11   10    ME.  SAY "YOUR HONOR" --
15:11   11          **MR. BRUNO:**  YOUR HONOR, I'M HAPPY TO GO BACK AND LOOK
15:11   12    AT THE VIDEO AGAIN.
15:11   13          **THE COURT:**  I'M NOT ASSUMING IT'S A SEGUE AT ALL
15:11   14    SINCE THE WITNESS WAS NOT ILLUMINATING ME ON THIS AT ALL, BUT
15:11   15    YOU DID MAKE A PROMISE, AND YOU MIGHT AS WELL KEEP IT.  I'M NOT
15:11   16    NECESSARILY ASSOCIATING WHAT MR. EBERSOLE SHOWED THROUGH THIS.
15:11   17    SO I DON'T ACCEPT, NECESSARILY, THAT IT'S A SEGUE UNTIL I HEAR
15:11   18    FROM DR. RESIO, IF I HEAR FROM DR. RESIO ON THIS, IF I RULE IN
15:12   19    THE GOVERNMENT'S FAVOR.
15:12   20          **MR. MITSCH:**  SORT OF LIKE DOUBLE-SECRET PROBATION.
15:12   21          **THE WITNESS:**  AS YOU CAN TELL, WE HAVE A STILL WATER
15:12   22    LEVEL ABOVE THE LEVEE CREST, SO MANY OF THE WAVES ARE BREAKING
15:12   23    ON THE CREST ON THE BACK SIDE; SOME OF THE SMALLER ONES PASS
15:12   24    OVER.  SO THERE'S AN ELONGATED WAVE FORM THAT MOVES DOWN THE
15:12   25    BACK SIDE.  WITH EACH WAVE, WATER IS BEING ACCELERATED DOWN THE

| | | |
|---|---|---|
| 15:12 | 1 | BACK SIDE BY GRAVITY.  WHAT WE DON'T SEE IS THE TOE OF THE |
| 15:12 | 2 | ELEVATION HERE.  YOU CAN SEE QUITE A BIT OF TURBULENCE, WHERE |
| 15:12 | 3 | THE STEEP SLOPE TRANSITIONS INTO THE HYDRAULIC JUMP, WHICH IS |
| 15:12 | 4 | ALSO DEFINITELY TRYING TO LIFT THE MAT OFF ON THE BACK SIDE AS |
| 15:12 | 5 | WELL, THE TOE OF THE BACK SIDE. |
| 15:12 | 6 | SOME OF THE BIGGER WAVES DO BREAK, STILL, ON THE |
| 15:12 | 7 | FRONT SIDE; BUT WHEN WE GET TO THE STILL WATER LEVEL ABOVE THE |
| 15:12 | 8 | CREST, MANY OF THE WAVES BREAK ON THE CREST, ON THE BACK SIDE |
| 15:13 | 9 | OF THE CREST, OR MANY OF THE WAVES JUST SIMPLY PASS OVER THE |
| 15:13 | 10 | CREST. |
| 15:13 | 11 | **BY MR. BRUNO:** |
| 15:13 | 12 | **Q.**   DOES THAT COMPLETE YOUR EXPLANATION? |
| 15:13 | 13 | **A.**   THAT'S FINE. |
| 15:13 | 14 | **Q.**   SO WHAT WE'VE NOW LEARNED IS THAT EVEN WHEN THE STILL |
| 15:13 | 15 | WATER HEIGHT IS HIGHER THAN THE CREST OF THE LEVEE, YOU STILL |
| 15:13 | 16 | HAVE WAVES BREAKING ON THE FRONT SIDE? |
| 15:13 | 17 | **A.**   SOME OF THE LARGER WAVES WILL. |
| 15:13 | 18 | **Q.**   THAT MOMENT, IT'S A POUNDING FORCE ON THE FRONT SIDE OF |
| 15:13 | 19 | THE LEVEE; RIGHT? |
| 15:13 | 20 | **A.**   CORRECT.  BUT AS THE WATER LEVEL WAS RISING, WE HAVE FEWER |
| 15:13 | 21 | AND FEWER WAVES THAT ARE BREAKING ON THE FRONT SIDE.  SO AS |
| 15:13 | 22 | THAT WATER LEVEL'S RISING UP THE FRONT FACE AND RISING TO AN |
| 15:13 | 23 | ELEVATION THAT EXCEEDS THE HEIGHT OF THE LEVEE, THE INFLUENCE |
| 15:13 | 24 | OF THE BREAKING WAVES, THAT POUNDING ON THE FRONT, IS GOING TO |
| 15:13 | 25 | DIMINISH. |

| | | |
|---|---|---|
| 15:13 | 1 | **Q.**   RIGHT.  SO ON THE BACK SIDE, WHAT WE SEE MOSTLY IS FLOW; |
| 15:13 | 2 | RIGHT? |
| 15:13 | 3 | **A.**   NO.  DEFINITELY SOME WAVES BREAKING ON THE CREST.  SOME OF |
| 15:13 | 4 | THE LARGER WAVES, IN FACT, BREAK ON THE UPPER PART OF THE BACK |
| 15:13 | 5 | FACE OF THE LEVEE. |
| 15:13 | 6 | **Q.**   IT'S NOT A CONTINUOUS ACTION.  WHAT WE CAN SEE, IF WE LOOK |
| 15:14 | 7 | AT THE VIDEO, WE HAVE FLOW THAT'S FAST AND, FOR EXAMPLE, IN |
| 15:14 | 8 | THIS FRAME WE HAVE VERY LITTLE FLOW. |
| 15:14 | 9 | **A.**   YOU'VE GOT TO BE CAREFUL ABOUT -- THE WAVE PERIODS IN THIS |
| 15:14 | 10 | PARTICULAR VIDEO WERE QUITE A BIT LONGER THAN THE WAVE PERIODS |
| 15:14 | 11 | DURING KATRINA, SO WE WOULD NOT HAVE AS MUCH DRAWDOWN IN THE |
| 15:14 | 12 | TROUGHS DURING KATRINA AS WOULD BE INDICATED IN THIS PARTICULAR |
| 15:14 | 13 | VIDEO.  SO THIS IS REALLY FOR ILLUSTRATIVE PURPOSES, NOTHING |
| 15:14 | 14 | QUANTITATIVE THAT WE CAN DRAW UPON.  IT'S MERELY MEANT TO SHOW |
| 15:14 | 15 | HOW THOSE WAVES, HOW THAT WATER IS ACCELERATED DOWN THE BACK |
| 15:14 | 16 | SIDE ONCE THE OVERTOPPING OF INDIVIDUAL WAVES OCCURS.  THE MEAN |
| 15:14 | 17 | FLOW IS ALSO ACCELERATED DOWN THE BACK SIDE. |
| 15:14 | 18 | **Q.**   MEAN FLOW IS AVERAGE FLOW; RIGHT? |
| 15:14 | 19 | **A.**   MEAN VELOCITY? |
| 15:14 | 20 | **Q.**   WHAT IS FLOW?  YOU TELL ME. |
| 15:14 | 21 | **A.**   FLOW AT THE CREST -- WE CALCULATED A MEAN OVERTOPPING |
| 15:15 | 22 | RATE. |
| 15:15 | 23 | **Q.**   I DIDN'T ASK YOU THAT.  LET ME GO TO THE BOARD. |
| 15:15 | 24 | **MR. BRUNO:**  MAY I GO TO THE BOARD, JUDGE? |
| 15:15 | 25 | **THE COURT:**  YOU MAY. |

FINAL DAILY COPY

15:15    1            **MR. BRUNO:**  WE'RE NOT TALKING WITH EACH OTHER HERE.

15:15    2   **BY MR. BRUNO:**

15:15    3   **Q.**   WE HAVE OUR LEVEE AND WE HAVE WATER TRAVELING DOWN THE

15:15    4   BACK OF THE LEVEE, DO WE NOT?

15:15    5   **A.**   CORRECT.  WHEN YOU HAVE OVERTOPPING, YOU DO.

15:15    6   **Q.**   NO.  WHEN WE HAVE OUR WAVE HITTING THE LEVEE, THE WAVE

15:15    7   ACTION -- I THOUGHT YOU TOLD US FOR DAYS NOW THAT BEFORE THE

15:15    8   STILL WATER GETS TO THE TOP OF THE LEVEE, YOU'VE GOT WAVE

15:15    9   ACTION SPILLING WATER OVER THE TOP OF THE LEVEE?

15:15   10   **A.**   CORRECT.  ONCE THE STILL WATER GETS TO WITHIN ABOUT 2.5

15:15   11   FEET OF THE CREST, APPROXIMATELY.

15:15   12   **Q.**   WHAT I WANT YOU TO TEACH US IS:  THE WATER, ONCE IT HITS

15:15   13   BACK HERE, IT'S NOW FLOWING DOWN HERE?

15:15   14   **A.**   CORRECT.

15:15   15   **Q.**   SO WHAT IS THE RIGHT WAY TO DESCRIBE THAT MOVEMENT?  IS IT

15:15   16   FLOW?

15:15   17   **A.**   WELL, WE CALCULATE A FEW MEASURES, AND THIS IS THE

15:15   18   INFORMATION I GET FROM DR. RESIO.  WE HAVE A POINT AT THE CREST

15:16   19   OF THE LEVEE WHERE WE --

15:16   20   **Q.**   HERE?  IS THAT IT?

15:16   21   **A.**   YES, WHERE WE ARE MONITORING THE VELOCITIES AS A FUNCTION

15:16   22   OF TIME.

15:16   23   **Q.**   VELOCITY?

15:16   24   **A.**   COMING FROM THE COULWAVE MODEL.  WE HAVE A SIMILAR --

15:16   25   **Q.**   THE VELOCITY'S MEASURED HOW?

15:16    1   **A.**   FEET PER SECOND.

15:16    2   **Q.**   FEET PER SECOND.  THAT'S OUR VELOCITY THAT WE'RE LOOKING

15:16    3   AT HERE?

15:16    4   **A.**   THE OTHER THING WE DO AT THE CREST IS WE ARE KEEPING TRACK

15:16    5   OF THE THICKNESS OF THE WATER LAYER THAT'S MOVING OVER THE

15:16    6   CREST.  WE MULTIPLY THAT TIMES THE VELOCITY TO GET OUR AVERAGE

15:16    7   MEAN OVERTOPPING RATE.  SO THE VELOCITY TIMES THE THICKNESS IS

15:16    8   EQUALED TO THE MEAN OVERTOPPING RATE PER UNIT LENGTH OF CREST

15:16    9   INTO THE BOARD, PERPENDICULAR TO THE BOARD, THE BLACKBOARD.

15:17   10   **Q.**   I DIDN'T ASK YOU THAT QUESTION, BUT I REALLY ENJOYED THE

15:17   11   ANSWER.  HERE'S THE QUESTION:  HOW DO YOU DESCRIBE WHAT'S

15:17   12   HAPPENING AT THIS POINT IN THE LEVEE?

15:17   13   **A.**   WE HAVE ANOTHER POINT ON THE BACK SIDE OF THE LEVEE WHERE

15:17   14   WE ARE ALSO MONITORING THE VELOCITIES CALCULATED BY THE MODEL.

15:17   15   **Q.**   SO THIS IS A VELOCITY AS WELL?

15:17   16   **A.**   YES.  OUR LOCATION IS ABOUT MIDWAY DOWN THE BACK SIDE.

15:17   17   **Q.**   ABOUT RIGHT HERE.  HOW DO WE DETERMINE -- THAT'S A FLOW,

15:17   18   IS IT NOT?

15:17   19   **A.**   IT'S A VELOCITY.  THE MODEL CALCULATES A VELOCITY.

15:17   20               **THE COURT:**  VELOCITY OF THE --

15:17   21               **THE WITNESS:**  THE WATER.

15:17   22               **THE COURT:**  -- THE WATER.

15:17   23   **BY MR. BRUNO:**

15:17   24   **Q.**   SO THE WATER'S FLOWING?

15:17   25   **A.**   SURE.

                              FINAL DAILY COPY

| | | |
|---|---|---|
| 15:17 | 1 | **Q.**   SO WE HAVE THE VELOCITY OF WATER AND IT'S GOING SO MANY |
| 15:17 | 2 | FEET PER SECOND? |
| 15:17 | 3 | **A.**   CORRECT. |
| 15:17 | 4 | **Q.**   NOW, WHEN WE TALK ABOUT EROSION, WE MEASURED EROSION BASED |
| 15:17 | 5 | UPON A VELOCITY OF WATER.  IF WE HAD A REALLY HIGH VELOCITY -- |
| 15:17 | 6 | WITHOUT PICKING A NUMBER AND CAUSING A CONTROVERSY, THERE WAS A |
| 15:18 | 7 | POINT AT WHICH THE GRASS WOULD BE REMOVED AND THE SOIL WOULD BE |
| 15:18 | 8 | REMOVED; RIGHT? |
| 15:18 | 9 | **A.**   I DIDN'T APPROACH THE PROBLEM THAT WAY IN MY ANALYSIS. |
| 15:18 | 10 | **Q.**   I KNOW YOU DIDN'T, BUT THE DUTCH DO IT THAT WAY.  THE |
| 15:18 | 11 | DUTCH SAY -- IN FACT MR. HUGHES DOES IT THAT WAY.  HE SAYS IF |
| 15:18 | 12 | YOU HAVE SO MANY FEET PER SECOND ALONG THE BACK SIDE, WE HAVE |
| 15:18 | 13 | EROSION OR WE DON'T HAVE EROSION.  THAT'S HOW HE DOES IT. |
| 15:18 | 14 | **A.**   NO, I DON'T THINK SO. |
| 15:18 | 15 | **Q.**   OKAY.  ALL RIGHT. |
| 15:18 | 16 | **A.**   I MEAN, THE STATE OF ENGINEERING PRACTICE AT THE PRESENT |
| 15:18 | 17 | TIME IS TO RELATE BACK-SIDE LEVEE DAMAGE TO THE MEAN |
| 15:18 | 18 | OVERTOPPING RATE, NOT VELOCITIES ON THE BACK SIDE. |
| 15:18 | 19 | **Q.**   WELL, THE STUDIES THAT WE LOOKED AT FOR GRASS LIFTOFF DID |
| 15:18 | 20 | DESCRIBE A VELOCITY, DIDN'T THEY? |
| 15:18 | 21 | **A.**   WHICH STUDIES ARE YOU REFERRING TO? |
| 15:18 | 22 | **Q.**   THE SEIJFFERT TALKED ABOUT FEET PER SECOND.  THE HEWLETT |
| 15:18 | 23 | TALKED ABOUT FEET PER SECOND, DIDN'T IT? |
| 15:18 | 24 | **A.**   CORRECT, BUT THAT'S NOT HOW WE -- AT THE PRESENT TIME, IN |
| 15:18 | 25 | THE STATE OF ENGINEERING PRACTICE, THAT'S NOT HOW WE ASSESS |

| 15:19 | 1 | LEVEE DAMAGE DUE TO EROSION ON THE BACK SIDE. |

15:19   1   LEVEE DAMAGE DUE TO EROSION ON THE BACK SIDE.

15:19   2   **Q.**   ALL I WANTED TO LEARN IS -- SO THAT THE COURT AND I --

15:19   3   BECAUSE I DON'T KNOW ANYTHING ABOUT THIS STUFF.  THE STUFF

15:19   4   WE'VE LOOKED AT, THE ARTICLES THAT WE'VE LOOKED AT RELATE GRASS

15:19   5   LIFTOFF AND EROSION TO SOME FEET PER SECOND; RIGHT?  NOW, I

15:19   6   KNOW THAT'S NOT THE WAY YOU DO IT NOW, BUT THAT'S WHAT WE'VE

15:19   7   SEEN SO FAR.

15:19   8            **THE COURT:**  BUT THAT CHART WAS USED IN HIS TESTIMONY.

15:19   9            **MR. BRUNO:**  EXACTLY.

15:19   10            **THE COURT:**  THE STUDY.  FORGIVE ME.  NOT NECESSARILY

15:19   11   THIS PORTION OF IT, BUT IT WAS.

15:19   12   **BY MR. BRUNO:**

15:19   13   **Q.**   WE TALKED ABOUT GRASS LIFTOFF IN THE CONTEXT OF A CERTAIN

15:19   14   VELOCITY?

15:19   15   **A.**   NO.  ON THE FRONT SIDE, WE TALKED ABOUT LIFTOFF IN THE

15:19   16   CONTEXT OF A CERTAIN WAVE HEIGHT, NOT VELOCITY.

15:19   17   **Q.**   LET ME GO BACK AND SHOW YOU AND SEE IF I'M MISSING

15:19   18   SOMETHING.

15:19   19            **THE COURT:**  WE COULD BE HERE UNTIL THE MILLENNIUM.

15:19   20   THAT'S ALL I'M SAYING.  WE HAVE AN HOUR LIMIT AND, FRANKLY, THE

15:20   21   MORE OBTUSE EVERYTHING IS, THE LESS CLEAR IT IS FOR THE COURT.

15:20   22   EVERYTHING NEEDS TO BE CLEAR.  LET ME BE FAIR.  IF THE QUESTION

15:20   23   ISN'T CLEAR OR THE ANSWER ISN'T CLEAR, IT'S DIFFICULT TO

15:20   24   GET A -- OR IF IT'S OBFUSCATION, AS WELL, BY EITHER SIDE.

25

| | | |
|---|---|---|
| 15:20 | 1 | **BY MR. BRUNO:** |
| 15:20 | 2 | **Q.**   DO YOU REMEMBER THE HEWLETT CHART? |
| 15:20 | 3 | **A.**   CORRECT. |
| 15:20 | 4 | **Q.**   THAT'S THE CHART AT PAGE 291 OF THE SEIJFFERT ARTICLE. |
| 15:20 | 5 | THEY TALK ABOUT PLAIN GRASS, AVERAGE GRASS, AND ALL THAT |
| 15:20 | 6 | BUSINESS.  THEY TALK ABOUT LIMITING VELOCITIES -- |
| 15:20 | 7 | **A.**   CORRECT. |
| 15:20 | 8 | **Q.**   -- FOR PLAIN GRASS.  WHAT THEY WERE TALKING ABOUT WAS A |
| 15:20 | 9 | POINT AT WHICH GRASS WOULD LIFT OFF BASED UPON A VELOCITY; |
| 15:20 | 10 | RIGHT? |
| 15:20 | 11 | **A.**   CORRECT. |
| 15:20 | 12 | **Q.**   NOW, ALL I WANT TO DO IS FINISH THIS OUT BY EXPLAINING TO |
| 15:20 | 13 | THE JUDGE HOW -- |
| 15:20 | 14 | **THE COURT:**  WELL, THE WITNESS HAS TO EXPLAIN IT TO |
| 15:20 | 15 | ME.  YOU CAN -- |
| 15:20 | 16 | **MR. BRUNO:**  I MEANT THE QUESTION AND ANSWER, NOT BY |
| 15:21 | 17 | ME. |
| 15:21 | 18 | **THE COURT:**  OKAY. |
| 15:21 | 19 | **BY MR. BRUNO:** |
| 15:21 | 20 | **Q.**   YOU SAID, NOW, THE STATE OF THE PRACTICE TODAY IS THAT WE |
| 15:21 | 21 | LOOK AT HOW FAST THE WATER IS GOING OVER THE CREST, LOOKING AT |
| 15:21 | 22 | THE THICKNESS OF THE WATER GOING OVER THE CREST, AND WE USE |
| 15:21 | 23 | THAT TO OPINE ABOUT HOW FAST THE BACK SIDE OF THE LEVEE IS |
| 15:21 | 24 | GOING TO ERODE.  ISN'T THAT WHAT YOU TOLD US? |
| 15:21 | 25 | **A.**   THE PRODUCT OF VELOCITY TIMES THICKNESS.  IT'S A RATE. |

| | | |
|---|---|---|
| 15:21 | 1 | IT'S A VOLUMETRIC RATE, NOT A VELOCITY. |
| 15:21 | 2 | **Q.**   FIRST QUESTION:  THE THING THAT'S CAUSING THE EROSION -- |
| 15:21 | 3 | **THE COURT:**  YOU CALCULATE THE VOLUME? |
| 15:21 | 4 | **THE WITNESS:**  IT'S MORE VOLUME-BASED, NOT |
| 15:21 | 5 | VELOCITY-BASED.  THAT'S THE CURRENT STATE OF PRACTICE IN THE |
| 15:21 | 6 | FIELD RIGHT NOW. |
| 15:21 | 7 | **BY MR. BRUNO:** |
| 15:21 | 8 | **Q.**  LITERS PER FOOT PER SECOND -- I'M SORRY, LITERS PER -- |
| 15:21 | 9 | **THE COURT:**  CUBIC FEET PER SECOND? |
| 15:21 | 10 | **MR. BRUNO:**  YEAH. |
| 15:21 | 11 | **THE WITNESS:**  CUBIC FEET PER SECOND PER FOOT OF CREST |
| 15:21 | 12 | LENGTH PERPENDICULAR TO THE BLACKBOARD.  SO CUBIC FOOT PER |
| 15:22 | 13 | SECOND WOULD BE A FLOW RATE.  CUBIC FEET WOULD BE A VOLUME. |
| 15:22 | 14 | CUBIC FOOT PER SECOND IS A VOLUME PER RATE OF TIME, AND SO |
| 15:22 | 15 | THAT'S WHAT THE CRITERIA RELATE.  A VOLUME PER UNIT TIME IS |
| 15:22 | 16 | WHAT WE USE PRESENTLY TO RELATE TO DAMAGE DUE TO EROSION ON THE |
| 15:22 | 17 | BACK. |
| 15:22 | 18 | **BY MR. BRUNO:** |
| 15:22 | 19 | **Q.**  THAT WOULD BE EXPRESSED AS CUBIC FEET PER SECOND PER FOOT; |
| 15:22 | 20 | RIGHT? |
| 15:22 | 21 | **A.**  CORRECT. |
| 15:22 | 22 | **Q.**  DID I GET THAT RIGHT? |
| 15:22 | 23 | **A.**  CORRECT. |
| 15:22 | 24 | **Q.**  THE DUTCH, SINCE WE'LL BE LOOKING -- OR THE EUROPEANS |
| 15:22 | 25 | WOULD CALL IT CUBIC METERS PER SECOND PER METER? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:22 | 1 | **A.**   YEAH.   THEY TYPICALLY CITE THEIR CRITERIA IN LITERS. |
| 15:22 | 2 | **Q.**   THEY USE BOTH? |
| 15:22 | 3 | **A.**   I THINK ON THE CHART I USED IN MY DIRECT TESTIMONY I |
| 15:22 | 4 | SHOWED ALL THREE SYSTEM OF UNITS. |
| 15:22 | 5 | **Q.**   OKAY.   NOW, JUST ONE MORE QUESTION SO WE CAN ROUND THIS |
| 15:23 | 6 | OUT.   THE FRICTION OCCURS WHERE THE WATER TOUCHES THE GRASS? |
| 15:23 | 7 | IN OTHER WORDS, THE EROSIVE COMPONENT IS WHERE THAT WATER IS |
| 15:23 | 8 | PUSHING THE GRASS AWAY; RIGHT? |
| 15:23 | 9 | **A.**   WELL, THERE CERTAINLY IS FRICTION OR THE VELOCITY IS |
| 15:23 | 10 | INTERACTING WITH THE SURFACE. |
| 15:23 | 11 | **Q.**   JUST EXPLAIN TO US HOW THE THICKNESS OF THE WATER PLAYS A |
| 15:23 | 12 | ROLE IN THE DEGREE TO WHICH THIS FLOW WILL REMOVE GRASS |
| 15:23 | 13 | FROM THE SURFACE OF THE -- |
| 15:23 | 14 | **THE COURT:**  WHEN WE SAY THE "THICKNESS OF THE WATER," |
| 15:23 | 15 | AM I INCORRECT IN EQUATING THAT TO DEPTH? |
| 15:23 | 16 | **THE WITNESS:**  DEPTH, IT'S THE SAME THING. |
| 15:23 | 17 | **THE COURT:**  ALL RIGHT.  OKAY.  I UNDERSTAND. |
| 15:23 | 18 | **BY MR. BRUNO:** |
| 15:23 | 19 | **Q.**   JUST TELL US HOW WATER DEPTH -- YOU CALLED IT THICKNESS, |
| 15:23 | 20 | THE JUDGE IS CALLING IT DEPTH.  HOW DOES THAT AFFECT THE RATE |
| 15:23 | 21 | AT WHICH YOU'RE GOING TO ERODE YOUR LEVEE? |
| 15:23 | 22 | **A.**   AS I SAID, THE CURRENT STATE OF PRACTICE IN ENGINEERING |
| 15:23 | 23 | ADOPTED BY THE INTERNATIONAL ENGINEERING COMMUNITY AS OF RIGHT |
| 15:23 | 24 | NOW IS TO RELATE DAMAGE ON THE BACK SIDE OF THE LEVEE IN TERMS |
| 15:24 | 25 | OF THIS MEAN VOLUMETRIC RATE OF WATER COMING OVER THE CREST OF |

| | | |
|---|---|---|
| 15:24 | 1 | THE LEVEE. |
| 15:24 | 2 | **Q.**   I KNOW.  THE QUESTION IS -- |
| 15:24 | 3 | **THE COURT:**  ARE YOU ASKING HIM WHY? |
| 15:24 | 4 | **BY MR. BRUNO:** |
| 15:24 | 5 | **Q.**   HOW DOES IT HAPPEN?  WHY? |
| 15:24 | 6 | **A.**   IT'S OUR STATE OF UNDERSTANDING AT THE PRESENT TIME OF HOW |
| 15:24 | 7 | WE RELATE THOSE TWO PHENOMENON:  WATER MOVING OVER; EROSION |
| 15:24 | 8 | DAMAGE ON THE BACK SIDE.  IT'S BECAUSE WE DON'T HAVE ENOUGH |
| 15:24 | 9 | DATA.  WE DON'T HAVE ENOUGH UNDERSTANDING.  THAT'S JUST THE WAY |
| 15:24 | 10 | IT IS.  THERE'S A LOT OF WORK GOING ON TO IMPROVE THE |
| 15:24 | 11 | UNDERSTANDING AND TRY TO GET TO A MORE PHYSICS-BASED APPROACH |
| 15:24 | 12 | FOR RELATING THE TWO, BUT AT THE PRESENT TIME WE'RE UNABLE TO |
| 15:24 | 13 | DO THAT. |
| 15:24 | 14 | **Q.**   SO YOU'VE GOT THIS VELOCITY OF CUBIC FEET PER SECOND PER |
| 15:24 | 15 | FOOT GOING OVER THE TOP.  WHERE DOES THE DAMAGE BEGIN -- |
| 15:24 | 16 | **A.**   IT HAPPENS -- |
| 15:24 | 17 | **Q.**   -- ALONG THE BACK SIDE? |
| 15:25 | 18 | **A.**   IT HAPPENS DOWN THE BACK SIDE -- |
| 15:25 | 19 | **Q.**   WHERE? |
| 15:25 | 20 | **A.**   -- AS WE TALKED ABOUT YESTERDAY. |
| 15:25 | 21 | **Q.**   BUT WHERE? |
| 15:25 | 22 | **A.**   IT WOULD DEPEND ON WHAT'S ON THE BACK SIDE.  IF YOU HAD |
| 15:25 | 23 | ANY KIND OF PERTUBATION, SOME SMALL DEPRESSION ON THE BACK |
| 15:25 | 24 | SIDE, IT'S MOST LIKELY THAT THE DAMAGE WOULD OCCUR THERE.  IF |
| 15:25 | 25 | YOU HAD A PATCH OF MORE ERODIBLE SOIL ON THE BACK SIDE, IT'S |

15:25   1   LIKELY TO OCCUR THERE.  WE KNOW THERE'S A HYDRAULIC JUMP AT THE
15:25   2   TOE.  WELL, WHEREVER THAT HYDRAULIC JUMP IS IN RELATION TO A
15:25   3   WATER SURFACE, THAT'S ANOTHER AREA.  SO IT COULD BE ANYPLACE.
15:25   4   **Q.**   IT COULD BE ANYPLACE ALONG THE BACK SIDE OF THE LEVEE,
15:25   5   REALLY; RIGHT?
15:25   6   **A.**   DEPENDING ON WHAT'S THERE AND WHAT'S THE CHARACTER OF THE
15:25   7   VEGETATION AND THE SOIL AND WHETHER THERE ARE PERTURBATIONS ON
15:25   8   THE BACK SIDE AND SMALL CHANGES IN THE RELIEF OF THE LEVEE
15:25   9   SURFACE ITSELF.
15:25   10  **Q.**   IF THE DAMAGE STARTS DOWN AT THE TOE, DOES THE DAMAGE MOVE
15:25   11  UP OR DOWN?
15:25   12  **A.**   AS SOON AS YOU BEGIN TO GET A SMALL DEPRESSION OF EROSION
15:25   13  DEVELOP, WHEREVER IT IS, BECAUSE YOU HAVE SUCH HIGH-SPEED FLOW
15:26   14  COMING DOWN THE BACK SIDE, YOU GET VORTICES CREATED WHERE THAT
15:26   15  HIGH-SPEED FLOW IS MOVING OVER SOME SLIGHT DIP IN THE LEVEE
15:26   16  SURFACE.  THOSE VORTICES JUST CONTINUE TO CHEW AT THE SOIL
15:26   17  SURFACE.  EVENTUALLY, IF IT GETS DEEP ENOUGH, YOU GET MORE AND
15:26   18  MORE TURBULENCE.  SO IT'S AN EXACERBATING PROCESS.  IF THAT
15:26   19  PROCESS HAPPENS TO A LARGE DEGREE, YOU'LL ACTUALLY START TO GET
15:26   20  SMALL WATERFALLS THAT CASCADE DOWN OVER THE EDGE.  THAT'S
15:26   21  CALLED A HEADCUT.
15:26   22          **THE COURT:**  YOU SHOWED EXAMPLES OF A HEADCUT EARLIER.
15:26   23          **THE WITNESS:**  EVENTUALLY, AS THAT PROCESS CONTINUES
15:26   24  TO EVOLVE AND OCCUR, THAT HEADCUT STARTS MOVING TOWARD THE
15:26   25  FRONT SIDE OF THE LEVEE, REALLY IN THE DIRECTION OPPOSITE THE

FINAL DAILY COPY

15:26    1    FLOW.  IT'S COMING DOWN THE BACK SIDE.  SO THAT'S HOW THAT

15:26    2    WORKS.

15:26    3    **BY MR. BRUNO:**

15:26    4    **Q.**    THAT CAN HAPPEN HERE, HERE, HERE, HERE, OR HERE?

15:26    5    **A.**    IT COULD, DEPENDING WHAT'S ON THE CONDITIONS ON THE BACK

15:27    6    SIDE.

15:27    7    **Q.**    SO, IN OTHER WORDS, THE LOCATION OF THE HOLE DOESN'T HAVE

15:27    8    ANYTHING TO DO WITH THE WATER LEVEL OR THE WAVE HEIGHT; IT HAS

15:27    9    TO DO WITH THE NATURE OF THE SURFACE THAT THE WATER IS COMING

15:27   10    IN CONTACT WITH.  RIGHT?

15:27   11    **A.**    WELL, THIS IS ONE OF THE REASONS WHY WE'VE GONE TO THIS

15:27   12    VOLUMETRIC -- THE STATE OF TECHNOLOGY IS SUCH THAT WE CANNOT

15:27   13    PREDICT THAT RELIABLY.  WE WOULD HAVE TO HAVE A LOT OF

15:27   14    INFORMATION ABOUT RELIEF OF THE LEVEE, WHERE IS THE SOIL

15:27   15    WEAKER, WHERE IS THE VEGETATION WEAKER.  SO EVERYTHING WE DO AT

15:27   16    THE PRESENT TIME IS BASED ON OBSERVATIONS OF HOW ACTUAL LEVEES

15:27   17    RESPONDED TO SOMETHING THAT'S BEEN QUANTIFIED.  THAT'S THE

15:27   18    AMOUNT OF WATER, IN A VOLUMETRIC SENSE, THAT'S PASSING OVER THE

15:27   19    LEVEE.

15:27   20    **Q.**    OKAY.  I JUST DIDN'T GET AN ANSWER TO MY QUESTION.  JUST

15:27   21    SO I CAN MOVE ON, THE QUESTION WAS:  THE LOCATION ALONG THE

15:27   22    BACK SIDE OF THE LEVEE WHERE YOU GET YOUR HOLE HAS NOTHING TO

15:27   23    DO WITH THE HEIGHT OF THE LEVEE, THE WAVE HEIGHT, THE FLOW?  IT

15:28   24    HAS TO DO WITH WHAT'S GOING ON ON THE BACK SIDE OF THE LEVEE:

15:28   25    THE SOILS, THE PERTUBATION THAT YOU REFERRED TO, PERHAPS A

15:28   1   DEPRESSION.  BUT IT'S NOT RELATED TO THE WAVES OR THE STILL

15:28   2   WATER OR THE HEIGHT OF THE LEVEE; ISN'T THAT TRUE?

15:28   3   **A.**   IT'S RELATED TO HOW MUCH WATER IS COMING OVER AND DOWN THE

15:28   4   BACK SIDE.

15:28   5   **Q.**   I KNOW, BUT I'M TALKING ABOUT WHERE ALONG THE BACK SIDE.

15:28   6   EVERYTHING ELSE IS THE SAME.  WE SAID IT COULD HAPPEN HERE,

15:28   7   HERE, HERE, HERE, HERE, OR HERE.  WHAT I'M TRYING TO SEE IF I

15:28   8   UNDERSTAND IS:  WHERE THE HOLE STARTS IS NOT DEPENDENT UPON THE

15:28   9   WAVES OR THE VELOCITIES; IT'S DEPENDENT UPON THE DEPRESSION

15:28   10   THAT MAY EXIST OR THE SOILS THAT ARE THERE.  THOSE ARE THE

15:28   11   VARIABLES WHICH DICTATE WHERE ALONG THE BACK SIDE YOU START

15:28   12   SEEING THOSE HOLES; IS THAT RIGHT?

15:28   13   **A.**   IT'S RELATING TO VELOCITIES, OBVIOUSLY.  YOU'VE GOT TO

15:28   14   HAVE -- HOW THE VELOCITIES ARE INTERACTING WITH THE BACK SIDE

15:29   15   ARE GOING TO DICTATE WHERE THAT HAPPENS AS WELL.

15:29   16   **Q.**   ONCE YOU HAVE THE VELOCITY SUFFICIENT TO CAUSE A HOLE, THE

15:29   17   QUESTION IS NOT WHETHER YOU HAVE THOSE VELOCITIES; THE QUESTION

15:29   18   IS:  WHAT DICTATES WHERE THE HOLE BEGINS?  TELL US.

15:29   19   **A.**   IT WOULD BE A COMBINATION OF VELOCITY AND ALL THE OTHER

15:29   20   FACTORS THAT I MENTIONED.

15:29   21   **Q.**   DEPRESSION IN THE DIRT, SOIL CONDITIONS, GRASS CONDITIONS?

15:29   22   **A.**   DIFFERENCE IN SOIL, DIFFERENCE IN GRASS.  IT COULD BE SOME

15:29   23   FEATURE THAT'S STUCK IN THE LEVEE, A POLE, WHERE THAT MIGHT

15:29   24   SCOUR AROUND THE POLE.

15:29   25           **THE COURT:**  IS IT FAIR TO SAY, AS A GENERAL

| | | |
|---|---|---|
| 15:29 | 1 | PROPOSITION, ONCE YOU GET A CERTAIN VOLUME THAT COULD CAUSE |
| 15:29 | 2 | EROSION, BASED ON VARIOUS FACTORS ON THE BACK SIDE OF THE |
| 15:29 | 3 | LEVEE, EROSION COULD TAKE PLACE AT ANY POINT ALONG THE BACK |
| 15:29 | 4 | SIDE OF THE LEVEE? |
| 15:29 | 5 | **THE WITNESS:**  CORRECT.  YOU WOULD HAVE TO KNOW A LOT |
| 15:29 | 6 | MORE ABOUT THE SPECIFICS TO DO THAT. |
| 15:29 | 7 | **MR. BRUNO:**  THANK YOU. |
| 15:29 | 8 | BY MR. BRUNO: |
| 15:29 | 9 | **Q.**  LET'S LOOK AT SOME PICTURES.  FIRST OF ALL, WE'VE COVERED |
| 15:29 | 10 | SOME OF THIS ALREADY.  YOU GIVE US YOUR OPINION ABOUT WHETHER |
| 15:30 | 11 | OR NOT THERE WAS FRONT-SIDE OR BACK-SIDE EROSION THROUGH YOUR |
| 15:30 | 12 | EVALUATION OF PHOTOGRAPHS; CORRECT? |
| 15:30 | 13 | **A.**  OKAY. |
| 15:30 | 14 | **Q.**  LET'S FIRST TALK ABOUT WHERE THE PHOTOGRAPHS CAME FROM. |
| 15:30 | 15 | THE PHOTOGRAPHS -- |
| 15:30 | 16 | **THE COURT:**  YOU'RE TALKING ABOUT A1 THROUGH 50, |
| 15:30 | 17 | THOSE? |
| 15:30 | 18 | **MR. BRUNO:**  YES. |
| 15:30 | 19 | BY MR. BRUNO: |
| 15:30 | 20 | **Q.**  THOSE PHOTOGRAPHS WERE LIFTED FROM A VIDEOTAPE; ISN'T THAT |
| 15:30 | 21 | TRUE? |
| 15:30 | 22 | **A.**  MY UNDERSTANDING IS THEY -- THE SENSE I'VE GOT -- AND I |
| 15:30 | 23 | BELIEVE THE SOURCE WAS A VIDEOTAPE, WHERE THERE WERE SCREEN |
| 15:30 | 24 | CAPTURES OF A VIDEO TAKEN OF THE LEVEE FROM A FAIRLY LOW |
| 15:30 | 25 | ALTITUDE OVERFLIGHT. |

| | | |
|---|---|---|
| 15:30 | 1 | **Q.**   DID YOU REVIEW ALL OF THE VIDEOTAPES? |
| 15:30 | 2 | **A.**   I HAVE NOT SEEN THE VIDEOTAPES.  WHAT I WAS GIVEN WAS THE |
| 15:30 | 3 | SET OF THE 50 PHOTOGRAPHS. |
| 15:31 | 4 | **Q.**   SO GIVEN THE FACT THAT YOU'VE GOT VIDEOTAPE, OBVIOUSLY |
| 15:31 | 5 | SOMEBODY, NOT YOU, DECIDED WHERE TO LIFT OFF THE FRAMES TO |
| 15:31 | 6 | CREATE THESE INDIVIDUAL PHOTOGRAPHS? |
| 15:31 | 7 | **A.**   CORRECT. |
| 15:31 | 8 | **Q.**   WHO WAS THAT? |
| 15:31 | 9 | **A.**   I DON'T KNOW.  I GOT THE PHOTOS FROM DR. REED MOSHER. |
| 15:31 | 10 | THROUGH LOOKING AT THE PHOTOS AND LOOKING AT THE LIDAR DATA, I |
| 15:31 | 11 | WAS ABLE TO GET A ROUGH IDEA.  LOOKING AT THE LOCATIONS OF |
| 15:31 | 12 | WALLS IN THE FRAMES AND LOOKING AT LOCATIONS OF THE BIENVENUE |
| 15:31 | 13 | AND DUPRE CONTROL STRUCTURES, I WAS ABLE TO GET SOME IDEA OF |
| 15:31 | 14 | THE SPATIAL DISTRIBUTION OF THOSE PHOTOS ALONG REACH 2.  AS I |
| 15:31 | 15 | TESTIFIED EARLIER, THEY'RE ROUGHLY FAIRLY DISTRIBUTED, NOT |
| 15:31 | 16 | PERFECTLY DOWN THE LEVEE. |
| 15:31 | 17 | **Q.**   DO YOU BELIEVE, MR. EBERSOLE, THAT THOSE PHOTOGRAPHS |
| 15:31 | 18 | ACCURATELY AND COMPLETELY DESCRIBE ALL OF THE DEVASTATION THAT |
| 15:31 | 19 | OCCURRED ALONG THAT LEVEE ON REACH 2? |
| 15:32 | 20 | **A.**   NO, THEY WOULD NOT REPRESENT THE ENTIRE LENGTH OF REACH 2. |
| 15:32 | 21 | MY ASSUMPTION WAS THAT THEY WERE REPRESENTATIVE. |
| 15:32 | 22 | **Q.**   IN FACT, THOSE PHOTOGRAPHS REALLY DON'T EVEN SHOW WHERE |
| 15:32 | 23 | THE LEVEES WERE COMPLETELY REMOVED, DO THEY? |
| 15:32 | 24 | **A.**   I THINK MANY OF THEM SHOW WHERE THE LEVEES WERE COMPLETELY |
| 15:32 | 25 | REMOVED. |

15:32   1   **Q.**   I THINK YOU'VE TESTIFIED IN YOUR DEPOSITION THAT WHERE THE

15:32   2   LEVEES WERE COMPLETELY REMOVED, THERE WOULD BE NO EVIDENCE

15:32   3   WHICH WOULD ALLOW SOMEONE TO ASCERTAIN WHETHER THE CAUSE OF THE

15:32   4   FAILURE WAS FRONT-SIDE WAVE ATTACK OR OVERTOPPING OR, FRANKLY,

15:32   5   WHAT THE CAUSE WAS.

15:32   6   **A.**   AT THAT PARTICULAR LOCATION, I GOT A LOT OF INFORMATION

15:32   7   ABOUT LOOKING AT WHAT WAS PRESENT IN THE PHOTO ADJACENT TO THE

15:32   8   AREAS WHERE THE LEVEE WAS COMPLETELY REMOVED.  SO YOU HAVE TO

15:33   9   CONSIDER OTHER THINGS, BUT I WOULD AGREE IF THE LEVEE'S TOTALLY

15:33   10  REMOVED, AT THE EXACT LOCATION WHERE THE LEVEE IS TOTALLY

15:33   11  REMOVED, ALL YOU'RE SEEING IS THE END STATE OF THE PROCESS.

15:33   12  **Q.**   THANK YOU.  LET'S CALL UP PX-1877.6.

15:33   13          WHAT WE'VE DONE, MR. EBERSOLE, IS WE'VE GOT THE

15:33   14  ACTUAL VIDEOTAPE.  WE MOVED INTO THE RECORD ALL OF THE

15:33   15  VIDEOTAPES, BUT WE'RE NOT GOING TO BURDEN THE COURT WITH

15:33   16  LOOKING AT THEM FOR HOURS; RATHER, WE'VE TAKEN SOME

15:33   17  SCREENSHOTS.

15:33   18          JUDGE AND MR. EBERSOLE, FOR YOUR PURPOSES, YOU CAN

15:33   19  SEE ON THIS STRETCH WITH THE LITTLE CAMERA INDICATOR THAT'S

15:33   20  WHERE, MR. EBERSOLE AND YOUR HONOR, THESE PICTURES ARE TAKEN.

15:33   21          **THE COURT:**  I CAN SEE IT A LOT BETTER ON MY SCREEN.

15:33   22  I HOPE THE ATTORNEYS CAN SEE IT A LITTLE BETTER --

15:34   23          **MR. MITSCH:**  I CAN SEE IT ON MY SCREEN.

15:34   24          **MR. BRUNO:**  CAN EVERYBODY SEE?  WE HAVE THEM IN

15:34   25  ORDER.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:34 | 1 | **THE COURT:** -- BECAUSE I'M HAVING TROUBLE UP THERE. |
| 15:34 | 2 | **THE WITNESS:** I'M FINE ON MY SCREEN. |
| 15:34 | 3 | BY MR. BRUNO: |
| 15:34 | 4 | Q. SO THE FIRST VIDEO IS GOING TO BE IN ORDER, VIDEO 1, |
| 15:34 | 5 | NEAR -- IT'S TO THE SOUTH OF BAYOU DUPRE. IT'S BETWEEN MILE 51 |
| 15:34 | 6 | AND MILE 53. OKAY? |
| 15:34 | 7 | **MR. MITSCH:** JUST TO MAKE SURE, THESE VIDEOS |
| 15:34 | 8 | REPRESENT THE PICTURES YOU'RE GOING TO SHOW HIM NOW? |
| 15:34 | 9 | **MR. BRUNO:** YES. |
| 15:34 | 10 | **THE COURT:** VIDEO 1 WOULD CORRELATE TO THE PHOTOGRAPH |
| 15:34 | 11 | YOU'RE GOING TO SHOW HIM NOW? |
| 15:34 | 12 | **MR. BRUNO:** YES. WE HAVE A SCREENSHOT. LET'S GO TO |
| 15:34 | 13 | THE NEXT, 1877.1. THERE IS THE SCREENSHOT. |
| 15:34 | 14 | **THE COURT:** VIDEO 1? |
| 15:34 | 15 | **MR. BRUNO:** RIGHT. WE'VE DONE JUST LIKE THE |
| 15:34 | 16 | DEFENDANTS; WE TOOK ONE SCREENSHOT. |
| 15:34 | 17 | BY MR. BRUNO: |
| 15:34 | 18 | Q. SO, NOW, MR. EBERSOLE, LET'S LOOK AT THIS PICTURE. |
| 15:34 | 19 | **THE COURT:** JUST TO MAKE SURE I'M RIGHT -- EXCUSE ME |
| 15:34 | 20 | IF I'M OBTUSE ON THIS -- VIDEO 1 WOULD BE PHOTOGRAPH 1 IN |
| 15:35 | 21 | MR. EBERSOLE'S -- |
| 15:35 | 22 | **MR. BRUNO:** NO. |
| 15:35 | 23 | **THE COURT:** THAT'S WHAT I WAS -- |
| 15:35 | 24 | **MR. BRUNO:** NO. |
| 15:35 | 25 | **THE COURT:** DO WE KNOW WHICH ONE IT WILL BE, OR IS IT |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:35 | 1 | ANOTHER ONE, OR DID YOU LIFT OFF OTHER PHOTOGRAPHS? |
| 15:35 | 2 | **MR. BRUNO:**  LET ME SEE -- PERHAPS I DIDN'T EXPLAIN IT |
| 15:35 | 3 | VERY WELL.  THE DEFENDANT'S PICTURES WERE LIFTED OFF OF A |
| 15:35 | 4 | VIDEOTAPE. |
| 15:35 | 5 | **THE COURT:**  I UNDERSTAND. |
| 15:35 | 6 | **MR. BRUNO:**  SO WHAT WE DID, WE LOOKED AT THE WHOLE |
| 15:35 | 7 | VIDEOTAPE AND WE LIFTED OFF OUR OWN. |
| 15:35 | 8 | **THE COURT:**  SO WE HAVE NEW PHOTOGRAPHS? |
| 15:35 | 9 | **MR. BRUNO:**  WE HAVE NEW PHOTOGRAPHS, BUT FOR |
| 15:35 | 10 | YOUR HONOR, WE HAVE THE ENTIRE VIDEO, WHICH YOU'LL BE ABLE TO |
| 15:35 | 11 | REVIEW AT YOUR LEISURE.  I KNOW THAT IT'LL MAKE ENTERTAINING |
| 15:35 | 12 | WATCHING. |
| 15:35 | 13 | **THE COURT:**  I'M SURE IT WILL. |
| 15:35 | 14 | **MR. BRUNO:**  GET YOUR POPCORN READY. |
| 15:35 | 15 | **THE COURT:**  YOU'RE SAYING WHERE THIS WAS LIFTED, BUT |
| 15:35 | 16 | IT DOESN'T NECESSARILY CORRELATE TO MR. EBERSOLE'S -- |
| 15:35 | 17 | **MR. BRUNO:**  RIGHT. |
| 15:35 | 18 | **BY MR. BRUNO:** |
| 15:35 | 19 | Q.   THE POINT IS, MR. EBERSOLE, YOU DIDN'T CHOOSE THOSE |
| 15:35 | 20 | LOCATIONS; SOMEONE ELSE DID? |
| 15:36 | 21 | A.   CORRECT. |
| 15:36 | 22 | Q.   SO WE HAVE SOMEBODY WHO SELECTED SOME PICTURES FOR YOU TO |
| 15:36 | 23 | USE IN YOUR EVALUATION; RIGHT? |
| 15:36 | 24 | A.   CORRECT.  I USED ALL THE PHOTOS THAT I HAD AVAILABLE. |
| 15:36 | 25 | Q.   RIGHT.  SO HERE'S THE PROBLEM:  YOU'VE GOT 12.5 MILES OF |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:36 | 1 | LEVEE.  SOMEBODY ELSE CHOSE 50 PHOTOGRAPHS.  YOU WEREN'T A PART |
| 15:36 | 2 | OF THE PROCESS, SO YOU HAVE NO OPINION WHATSOEVER ABOUT EVERY |
| 15:36 | 3 | PART OF THAT LEVEE THAT'S NOT DEPICTED IN THE 50 PHOTOGRAPHS; |
| 15:36 | 4 | ISN'T THAT TRUE? |
| 15:36 | 5 | A.   WELL, AS I STATED PREVIOUSLY, I BELIEVE, BASED ON MY LOOK |
| 15:36 | 6 | AT THE PROFILES AND OTHER BENCHMARKS, THEY WERE FAIRLY WELL |
| 15:36 | 7 | DISTRIBUTED ALONG THE LENGTH OF THE LEVEE.  SO I THINK I'M |
| 15:36 | 8 | GETTING A REPRESENTATIVE VIEW OF THE ENTIRE LEVEE SYSTEM. |
| 15:36 | 9 | Q.   HOW DO YOU KNOW THAT THEY ARE FAIRLY DISTRIBUTED ALONG THE |
| 15:36 | 10 | ENTIRE LENGTH OF THE 12.5 MILES IF YOU DID NOT SELECT THE 50 |
| 15:36 | 11 | PHOTOGRAPHS? |
| 15:37 | 12 | A.   I WAS ABLE TO GO BACK INTO THE PHOTOGRAPHS THAT WE HAD, |
| 15:37 | 13 | NOT JUST THIS SET OF PHOTOS, BUT SOME OTHER AERIAL PHOTOS THAT |
| 15:37 | 14 | WERE CONTAINED IN THE IPET REPORT AND SOME PHOTOS THAT WERE |
| 15:37 | 15 | CONTAINED IN THE APPENDIX TO MY REPORT DONE BY WILLIAM DALLY, |
| 15:37 | 16 | AND ALSO LOOKING AT THE PRE- AND POSTSTORM LIDAR DATA, I WAS |
| 15:37 | 17 | ABLE TO ESTABLISH REASONABLY WELL WHERE THOSE PHOTOS WERE |
| 15:37 | 18 | TAKEN. |
| 15:37 | 19 | Q.   IN FAIRNESS TO THE COURT, THE DALLY INFORMATION, WHICH |
| 15:37 | 20 | YOU'VE CONTAINED IN THE APPENDIX, THOSE ARE NOT PHOTOGRAPHS; |
| 15:37 | 21 | THOSE ARE ALMOST LIDAR-LOOKING PICTURES, ARE THEY NOT? |
| 15:37 | 22 | A.   NO.  THERE WERE PHOTOS THERE. |
| 15:37 | 23 | Q.   PHOTOS JUST LIKE A36?  JUST LIKE THIS ONE? |
| 15:38 | 24 | A.   NO.  DIFFERENT TYPES OF AERIAL PHOTOS. |
| 15:38 | 25 | Q.   RIGHT.  CAN YOU PULL ONE OUT OF YOUR BOOK AND SHOW US. |

| | | |
|---|---|---|
| 15:38 | 1 | **A.**   I DON'T HAVE A PAGE NUMBER IN THAT APPENDIX, BUT IF YOU'LL |
| 15:38 | 2 | LOOK BACK IN -- |
| 15:38 | 3 | **Q.**   JUST SHOW THE JUDGE.  THAT'S THE PICTURES THAT YOU'RE |
| 15:38 | 4 | RELYING ON. |
| 15:38 | 5 | **THE COURT:**  I UNDERSTAND. |
| 15:38 | 6 | **MR. BRUNO:**  THAT'S ALL I WANTED TO SHOW. |
| 15:38 | 7 | **THE COURT:**  THANK YOU, SIR. |
| 15:38 | 8 | BY MR. BRUNO: |
| 15:38 | 9 | **Q.**   LET'S LOOK AT THIS PHOTOGRAPH.  THIS IS PX-1877.1.  DO YOU |
| 15:38 | 10 | SEE IN THIS PHOTOGRAPH EVIDENCE OF BENCH CUTTING? |
| 15:38 | 11 | **A.**   YES, I DO. |
| 15:38 | 12 | **Q.**   THAT'S RIGHT HERE? |
| 15:38 | 13 | **A.**   I SEE SOME HERE AND HERE, HERE, HERE, HERE. |
| 15:38 | 14 | **Q.**   SO THIS LARGE AREA OF LEVEE THAT'S NOW GONE, RIGHT HERE, |
| 15:38 | 15 | WE ALSO SEE BENCH CUTTING IN THE CORNER OF THIS HOLE, DON'T WE? |
| 15:38 | 16 | **A.**   IT'S LESS CLEAR.  I'M NOT SURE.  WHAT I DO SEE IN THAT |
| 15:38 | 17 | AREA COULD BE THE REMNANTS OF FEATURES JUST LIKE THESE.  YOU |
| 15:39 | 18 | KNOW, THE CENTERLINE IS ROUGHLY HERE. |
| 15:39 | 19 | **Q.**   RIGHT. |
| 15:39 | 20 | **A.**   SO THESE FEATURES ON THE FRONT, IT COULD BE; MAYBE NOT. |
| 15:39 | 21 | I'M NOT QUITE CERTAIN. |
| 15:39 | 22 | **Q.**   I UNDERSTAND YOU'RE NOT CERTAIN.  BUT TO BE FAIR, YOU JUST |
| 15:39 | 23 | TOLD US THAT -- WELL, YOU HAVE NO LEVEE.  ONE OF THE THINGS |
| 15:39 | 24 | THAT YOU DID WAS LOOK AT THE LOCATIONS WHERE THE LEVEE WAS |
| 15:39 | 25 | STILL STANDING NEARBY AND MAKE SOME ASSESSMENTS ABOUT WHAT WAS |

15:39    1    GOING ON NEARBY; RIGHT?

15:39    2    **A.**    CORRECT.

15:39    3    **Q.**    SO HERE, NEARBY, WE HAVE ABSOLUTE, CRYSTAL CLEAR,

15:39    4    UNEQUIVOCAL EVIDENCE OF BENCH CUTTING NEARBY THIS GIANT GAPING

15:39    5    HOLE; RIGHT?

15:39    6    **A.**    CORRECT.

15:39    7    **Q.**    SO UTILIZING YOUR OWN METHODOLOGY, THIS WOULD BE EVIDENCE

15:39    8    OF THE FACT THAT THIS GIANT GAPING HOLE IN 1877.1 IS A HOLE

15:39    9    CREATED BY FRONT-SIDE WAVE ATTACK?

15:39    10   **A.**    NO.  LOOK ON THE OTHER SIDE OF THOSE FEATURES.  IN THIS

15:39    11   PARTICULAR AREA, FOR EXAMPLE, ALL YOU SEE IS MINOR SURFACE

15:40    12   EROSION.  YOU SEE NO FEATURES.  SO I DON'T KNOW EXACTLY WHAT

15:40    13   WAS IN THIS PARTICULAR VICINITY.

15:40    14   **Q.**    RIGHT.

15:40    15   **A.**    IT COULD BE.  IT MIGHT NOT BE.

15:40    16   **Q.**    SO I GUESS THAT YOU CAN POINT TO SOME PEER-REVIEWED

15:40    17   SCIENTIFIC JOURNAL THAT WOULD GIVE US THE RULES OF ENGAGEMENT

15:40    18   RELATIVE TO THE INTERPRETATION OF PHOTOGRAPHS THAT WOULD ALLOW

15:40    19   US TO MAKE OUR OWN ASSESSMENT OF WHETHER THESE PICTURES SHOW

15:40    20   FRONT SIDE OR BACK SIDE?

15:40    21          **THE COURT:**  JUST A MINUTE.  AS YOU KNOW, WHEN YOUR

15:40    22   ATTORNEY STANDS, DON'T ANSWER.

15:40    23          **MR. MITSCH:**  I'VE BEEN REMARKABLY HELD BACK ON THE

15:40    24   POINT, BUT THAT WAS AN EXTRAORDINARILY AMBIGUOUS QUESTION.

15:40    25   *RULES OF ENGAGEMENT*, THOSE ARE EXTREMELY AMBIGUOUS TERMS.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:40 | 1 | **MR. BRUNO:**  ALL RIGHT. |
| 15:40 | 2 | **BY MR. BRUNO:** |
| 15:40 | 3 | **Q.**   IS THERE A HOW-TO BOOK THAT HELPS US UNDERSTAND -- |
| 15:40 | 4 | **THE COURT:**  IN OTHER WORDS, IS THERE GUIDANCE IN THE |
| 15:40 | 5 | LITERATURE -- |
| 15:40 | 6 | **MR. BRUNO:**  FAIR ENOUGH. |
| 15:40 | 7 | **THE COURT:**  -- THAT ENABLES ONE TO DEDUCE WHETHER THE |
| 15:41 | 8 | EROSION IS FRONT SIDE OR BACK SIDE?  IS THAT -- |
| 15:41 | 9 | **MR. BRUNO:**  THAT'S CORRECT, JUDGE. |
| 15:41 | 10 | **THE WITNESS:**  MAY I GO TO THE BOARD AND MAKE AN |
| 15:41 | 11 | ILLUSTRATION? |
| 15:41 | 12 | **THE COURT:**  I'M JUST ASKING IF THAT'S IN THE |
| 15:41 | 13 | LITERATURE. |
| 15:41 | 14 | **THE WITNESS:**  I'M NOT AWARE.  I USED MY PROFESSIONAL |
| 15:41 | 15 | JUDGMENT BASED ON WHAT I'VE SEEN. |
| 15:41 | 16 | **BY MR. BRUNO:** |
| 15:41 | 17 | **Q.**   YOUR PROFESSIONAL JUDGMENT IS BASED UPON ALL OF THE |
| 15:41 | 18 | HUNDREDS AND HUNDREDS OF CLAY LEVEES THAT YOU HAVE EVALUATED |
| 15:41 | 19 | BEFORE YOU EVALUATED THIS ONE; RIGHT? |
| 15:41 | 20 | **A.**   IT'S BASED ON A VERY CAREFUL EXAMINATION OF THE FIGURES |
| 15:41 | 21 | THAT I HAD AVAILABLE TO WORK WITH. |
| 15:41 | 22 | **Q.**   YOU'VE NEVER IN YOUR LIFE, BEFORE THIS CASE, EVALUATED THE |
| 15:41 | 23 | DESTRUCTION OF A CLAY LEVEE; ISN'T THAT TRUE? |
| 15:41 | 24 | **THE COURT:**  WE'VE BEEN OVER THE SAME THING ALREADY. |
| 15:41 | 25 | HE'S ANSWERED IT.  I DON'T WANT TO GO THROUGH IT AGAIN.  I |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:41 | 1 | RECALL YOUR TESTIMONY. |
| 15:41 | 2 | **MR. BRUNO:**  PLAY THE VIDEO AGAIN. |
| 15:41 | 3 | **THE COURT:**  WE'RE PLAYING WHAT VIDEO NOW? |
| 15:41 | 4 | **MR. BRUNO:**  THE VIDEO WHERE WE FOUND THIS, JUST SO |
| 15:41 | 5 | YOU CAN GET A SENSE OF WHERE IT IS. |
| 15:42 | 6 | **BY MR. BRUNO:** |
| 15:42 | 7 | Q.   NOW, MR. EBERSOLE, WE'RE TRAVELING ALONG THE DISTANCE.  WE |
| 15:42 | 8 | SEE BENCH CUTTING HERE, DO WE NOT? |
| 15:42 | 9 | A.   THIS IS MOVING A LITTLE FAST FOR ME TO MAKE COMMENTS. |
| 15:42 | 10 | THAT'S THE VALUE OF ME HAVING THE SCREEN CAPTURES:  THEY'RE |
| 15:42 | 11 | STEADY, AND I CAN LOOK AT THEM AS LONG AS I WANT TO LOOK AT |
| 15:42 | 12 | THEM. |
| 15:42 | 13 | **THE COURT:**  CAN WE STOP IT AT A CERTAIN POINT THERE? |
| 15:42 | 14 | I UNDERSTAND. |
| 15:42 | 15 | **MR. BRUNO:**  YES.  LET'S BACK IT UP A LITTLE BIT. |
| 15:42 | 16 | LET'S MOVE IT FORWARD A LITTLE BIT, PLEASE. |
| 15:42 | 17 | **THE COURT:**  MR. BRUNO, WHAT WE'RE LOOKING AT RIGHT |
| 15:42 | 18 | THERE AT THE BOTTOM, IS THAT WHAT WE'VE ALREADY -- |
| 15:42 | 19 | **MR. BRUNO:**  YES.  THAT'S WHY I'M LETTING US MOVE |
| 15:42 | 20 | FORWARD.  STOP.  PLEASE STOP. |
| 15:42 | 21 | **BY MR. BRUNO:** |
| 15:43 | 22 | Q.   NOW, HERE WE SEE SOME CLEAR EVIDENCE OF ERODED GRASS HERE |
| 15:43 | 23 | AND HERE; RIGHT? |
| 15:43 | 24 | A.   YEAH.  I SEE CLEAR SIGNS OF WHAT I DESCRIBED AS A |
| 15:43 | 25 | SURFICIAL EROSION BAND RIGHT IN THIS VICINITY.  IT LOOKS TO ME |

FINAL DAILY COPY

15:43    1   AS WE HAVE BACK-TO-FRONT EROSION THAT'S PRODUCED HEADCUTS THAT

15:43    2   HAVE ADVANCED ALL THE WAY INTO THE SURFACE EROSION BAND ON THE

15:43    3   FRONT SIDE.

15:43    4   **Q.**   SO EVEN THOUGH THE CUT IS IN THE MIDDLE OF WHERE WE SEE

15:43    5   ADMITTED FRONT-SIDE WAVE ATTACK EROSION, YOU STILL THINK THAT

15:43    6   THIS CAME FROM THE BACK?

15:43    7   **A.**   IF I CAN ILLUSTRATE ON THE BOARD, I'LL SHOW YOU HOW I MADE

15:43    8   THAT ASSESSMENT.

15:43    9         **MR. BRUNO:**  THIS IS PX-1877-1V FOR VIDEO.  WELL,

15:44  10   WE'RE DOING SOMETHING THAT'S LOGICAL.

15:44  11         **MR. MITSCH:**  1877.1 RELATES TO THAT FIRST PHOTO THAT

15:44  12   YOU GAVE US.  THIS IS A DIFFERENT PICTURE.

15:44  13         **MR. BRUNO:**  YES.  THIS IS A VIDEO PICTURE.  FOR THE

15:44  14   RECORD, THAT NUMBER DOESN'T REFER TO THIS SCREENSHOT.  THE

15:44  15   NUMBER REFERS TO THE ENTIRE VIDEO, SO THERE'S NO CONFUSION.

15:44  16   **BY MR. BRUNO:**

15:44  17   **Q.**   GO AHEAD.

15:44  18   **A.**   SO WHAT I DO IS -- I KNOW THAT ON THE FRONT SIDE OF THE

15:44  19   LEVEE, IF WAVE-INDUCED EROSION IS GOING TO CREATE THE FEATURE,

15:44  20   THE BENCH CUT, IT'LL LOOK SOMETHING LIKE THIS TYPE OF A

15:44  21   SCALLOP.  IT WILL HAVE THE STEEPEST SLOPE IN THIS LOCATION AND

15:44  22   A GENTLER SLOPE IN THAT LOCATION. IF IT'S A HEADCUT INDUCED BY

15:45  23   BACK-TO-FRONT EROSION, I'M GOING TO HAVE THE STEEPEST PART OF

15:45  24   THE FEATURE HERE AND THE GENTLE PART OF THE FEATURE HERE.

15:45  25         YOU CAN LOOK AT THESE PHOTOS AND YOU CAN LOOK AT HOW

FINAL DAILY COPY

15:45    1    THE SUNLIGHT IS CASTING A SHADOW ON WHAT'S A VERY, VERY STEEP

15:45    2    FACE DUE TO BACK-TO-FRONT HEADCUTTING AND NOT THIS PARTICULAR

15:45    3    FEATURE.

15:45    4    **Q.**   OKAY.

15:45    5    **A.**   SO IT'S CLEAR TO ME, LOOKING FROM THOSE HEAVILY ERODED

15:45    6    AREAS, THAT THEY HAVE THIS CHARACTER AND NOT THIS CHARACTER.

15:45    7            **MR. MITSCH:**   YOUR HONOR, IT MIGHT BE HELPFUL IF

15:45    8    MR. EBERSOLE POINTED OUT ALONG THERE WHERE THAT FEATURE IS.

15:45    9            **THE COURT:**   THAT'S PROBABLY A GOOD IDEA.   THANK YOU,

15:45   10    COUNSEL.

15:45   11            IF YOU WOULD DO THAT, MR. EBERSOLE.

15:45   12    **BY MR. BRUNO:**

15:45   13    **Q.**   LET ME ASK YOU TO DO, AS WELL, WOULD YOU --

15:45   14            **THE COURT:**   LET HIM DO THAT FIRST.   THEN YOU CAN ASK

15:45   15    HIM A QUESTION.

15:45   16            THE FEATURES YOU WERE TALKING ABOUT WHEN YOU

15:45   17    MADE YOUR DIAGRAM ON THE BOARD ARE?

15:45   18            **THE WITNESS:**   LET'S JUST PICK THIS FEATURE.   WHAT YOU

15:45   19    CAN SEE, THE BLACK AREAS ARE SHADOWS CAST BY THE SUNLIGHT.

15:46   20    THEY INDICATE A FAIRLY STEEP FRONT FACE.   IF IT WAS A VERY

15:46   21    GENTLE FRONT FACE, THERE WOULDN'T BE MUCH OF A CAST SHADOW.

15:46   22            YOU CAN TELL BY LOOKING AT THE SHARPNESS OF

15:46   23    THOSE FEATURES THAT THESE ARE, IN FACT, THE TYPE OF CUTS THAT

15:46   24    ARE SHOWN AT THE BOTTOM, WHERE WE HAVE A GENTLE SLOPE BACK IN

15:46   25    HERE AND A VERY STEEP SLOPE IN THAT VICINITY.   SO THAT TELLS ME

15:46    1    THAT THESE HEADCUTS WERE, INDEED, FORMED BY BACK-TO-FRONT

15:46    2    EROSION INITIATED BY OVERTOPPING.

15:46    3                    THE OTHER THING THAT'S QUITE OBVIOUS IS THE

15:46    4    AMOUNT OF SEDIMENT THAT'S BEEN PUSHED LANDWARD FROM THIS

15:46    5    FEATURE.  YOU ONLY GET THAT SEDIMENT DEPOSIT IN THAT ELONGATED

15:46    6    FORM DUE TO WATER FLOWING OVER THE LEVEE AND PUSHING THE ERODED

15:46    7    SOIL SOME GREAT DISTANCE IN A LANDWARD DIRECTION.

15:46    8                **THE COURT:**  SO JUST FOR CONTRAST, IF IT WERE IN YOUR

15:47    9    OPINION FRONT-SIDE EROSION, HOW WOULD THE FEATURE BE DIFFERENT?

15:47   10                **THE WITNESS:**  IF IT WERE LARGELY DUE TO FRONT-SIDE

15:47   11    EROSION, I WOULD EXPECT TO SEE SEDIMENT -- JUST LIKE THE SOIL'S

15:47   12    BEEN TRANSPORTED LANDWARD, I WOULD EXPECT TO SEE TRACES OF

15:47   13    SEDIMENT THAT WOULD HAVE BEEN PULLED DOWNSLOPE, DEPOSITED

15:47   14    CLOSER TO THE TOE.  THAT'S WHAT WE SEE IN THE --

15:47   15                **THE COURT:**  WHAT ABOUT THE ANGLE YOU WERE TALKING

15:47   16    ABOUT, THE SHADOW, WHAT WOULD BE DIFFERENT?

15:47   17                **THE WITNESS:**  YOU WOULDN'T SEE MUCH OF A SHADOW.  IN

15:47   18    THE UPPER-TYPE SITUATION, IT WOULD BE A VERY GENTLE SLOPE ON

15:47   19    THE FRONT, UNLIKELY TO CAST MUCH OF A SHADOW AT ALL.

15:47   20                **THE COURT:**  IT WOULDN'T BE AS SHEER AS IF IT WERE --

15:47   21                **THE WITNESS:**  CORRECT.  IT'S LIKE A LITTLE CLIFF.

15:47   22    **BY MR. BRUNO:**

15:47   23    **Q.**  WHERE'S THE CENTERLINE OF THE LEVEE HERE?  IS IT ABOUT

15:47   24    RIGHT HERE?

15:47   25    **A.**  JUST LOOKING FROM THE INTACT SECTIONS, MOST LIKELY IN THAT

FINAL DAILY COPY

15:48    1    POSITION.

15:48    2    **Q.**   ALL RIGHT.

15:48    3    **A.**   SO THESE HEADCUTS HAVE ALREADY -- AS I DEMONSTRATED IN MY

15:48    4    DIRECT TESTIMONY, THERE'S CLEAR EVIDENCE ALONG THIS REACH, AND

15:48    5    THEN I SHOWED A NICE PROGRESSION OF PHOTOS THAT SHOW HOW THAT

15:48    6    HEADCUT MIGRATES TOWARDS THE FRONT SIDE AT VARIOUS STAGES.   AT

15:48    7    THIS PARTICULAR STAGE, THIS WOULD BE A VERY MATURE BREACH IN

15:48    8    TERMS OF ITS LIFE.   AT THIS POINT THE HEADCUT WOULD HAVE

15:48    9    ADVANCED INTO THIS SURFACE EROSION BAND.

15:48    10            THE OTHER THING I THINK IT'S IMPORTANT TO NOTE IN THE

15:48    11    INTACT SECTION BETWEEN -- YOU SEE THE SURFACE EROSION BANDS, SO

15:48    12    WE KNOW THAT CERTAINLY THE SURFACE EROSION BAND EXISTED AT THIS

15:48    13    PARTICULAR LOCATION WITHOUT ANY EVIDENCE OF EROSION EATING INTO

15:48    14    THE CREST FROM THE FRONT SIDE.   THE SAME THING IS SEEN AT THIS

15:48    15    PARTICULAR LOCATION.   YOU SEE TRACES OF SURFACE EROSION, THE

15:49    16    CREST FAIRLY INTACT.

15:49    17    **Q.**   WELL, MR. EBERSOLE, THERE'S ALSO NO EVIDENCE OF BACK-SIDE

15:49    18    EROSION OR HEADCUTTING THERE TOO?

15:49    19    **A.**   AGREED.

15:49    20    **Q.**   RIGHT?

15:49    21    **A.**   AGREED.

15:49    22    **Q.**   SO YOU CAN DRAW THAT CONCLUSION ANY WAY YOU WANT TO.

15:49    23            NOW, WITH REGARD TO THE TAILINGS, IF YOU WILL --

15:49    24            **THE COURT:**  WOULD YOU MIND, MR. BRUNO, PRINTING THAT

15:49    25    WHILE YOU'RE THERE.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:49 | 1 | **MR. BRUNO:** JUST TEACH ME HOW. |
| 15:49 | 2 | **THE COURT:** WE'VE LOST THE MARKINGS. |
| 15:49 | 3 | **MR. BRUNO:** WE CAN PUT THEM BACK. |
| 15:49 | 4 | **THE COURT:** MR. EBERSOLE, WOULD YOU MIND PUTTING THE |
| 15:49 | 5 | MARKINGS BACK. |
| 15:49 | 6 | **THE WITNESS:** WHICH ONES? I FELT LIKE I MARKED IT A |
| 15:49 | 7 | LOT ON THERE. |
| 15:49 | 8 | **MR. BRUNO:** I THINK WHAT YOU DID, FIRST OF ALL, WAS |
| 15:49 | 9 | YOU SHOWED WHERE YOU SAW THE SHADOW BUSINESS. I THINK YOU ALSO |
| 15:49 | 10 | SHOWED THE -- |
| 15:49 | 11 | **THE COURT:** THOSE ARE EVIDENT. I DON'T NEED THE |
| 15:49 | 12 | MARKINGS. I CAN LOOK AT IT WITH HIS TESTIMONY. |
| 15:49 | 13 | **MR. BRUNO:** SO YOU JUST WANT TO TAKE A PICTURE? |
| 15:50 | 14 | **THE COURT:** YES. I'M FINE. THE SHADOW WAS A |
| 15:50 | 15 | FEATURE, THE LACK OF SEDIMENT ON THE FRONT WAS A FEATURE, AND |
| 15:50 | 16 | THE SEDIMENT ON THE BACK WAS A FEATURE. THAT'S SOME OF THE |
| 15:50 | 17 | FEATURES. |
| 15:50 | 18 | **THE WITNESS:** I GUESS ANOTHER FEATURE -- WHEN I LOOK |
| 15:50 | 19 | AT THESE PHOTOS, THIS PARTICULAR AREA RIGHT HERE, YOU CAN SEE |
| 15:50 | 20 | THAT THE SCOUR IS PARTICULARLY DEEP. IT LOOKS LIKE THERE'S |
| 15:50 | 21 | DEPRESSIONS. THIS WOULD CORRESPOND TO THE LOCATION, ROUGHLY, |
| 15:50 | 22 | OF THE BACK SIDE TOE. AS I MENTIONED EARLIER, WHEN YOU GET |
| 15:50 | 23 | THIS HYDRAULIC JUMP FORM, A LOT OF TURBULENCE FORMED AT THE |
| 15:50 | 24 | BASE OF THE LEVEE. IN MANY OF THESE PHOTOS, YOU'LL SEE A |
| 15:50 | 25 | PARTICULARLY DEEP SCOUR HOLE FORMED ON THE BACK SIDE AS THAT |

| | | |
|---|---|---|
| 15:50 | 1 | WATER WOULD HAVE COME RUSHING INTO THIS BREACH AND BEEN |
| 15:50 | 2 | CONCENTRATED IN THIS PARTICULAR VICINITY -- |
| 15:50 | 3 | **MR. BRUNO:**  RIGHT. |
| 15:50 | 4 | **THE WITNESS:**  -- WORKING TO SCOUR A HOLE AT THAT |
| 15:50 | 5 | PARTICULAR LOCATION OF THE INBOARD TOE. |
| 15:50 | 6 | BY MR. BRUNO: |
| 15:50 | 7 | Q.   THAT WOULD HAVE HAPPENED WHETHER IT WAS FRONT-SIDE WAVE |
| 15:50 | 8 | ATTACK OR OVERTOPPING BECAUSE ONCE YOU'VE GOT NO TOP ON THE |
| 15:51 | 9 | LEVEE, YOU'VE GOT WATER FLOWING THROUGH THE HOLE, DON'T YOU? |
| 15:51 | 10 | A.   CORRECT. |
| 15:51 | 11 | Q.   WHEN CLAY MIXES WITH WATER, WHAT HAPPENS TO IT? |
| 15:51 | 12 | A.   YOU'RE TALKING ABOUT ERODED BY THE WATER?  IS THAT WHAT |
| 15:51 | 13 | YOU MEAN? |
| 15:51 | 14 | Q.   YEAH.  IN OTHER WORDS, WHEN THE CLAY IS NOW -- BACK WHEN I |
| 15:51 | 15 | WAS A KID, YOU'D TAKE THE CLAY, YOU'D PUT A BUNCH OF WATER, |
| 15:51 | 16 | YOU'D STIR IT UP REAL GOOD, AND THE CLAY WOULD GO INTO THE |
| 15:51 | 17 | WATER LIKE CHOCOLATE MILK. |
| 15:51 | 18 | A.   A LOT OF TIME, CLAY ERODES AS AGGREGATES OR CHUNKS.  I |
| 15:51 | 19 | WOULD IMAGINE THIS CLAY WAS EXACTLY THE SAME WAY.  SOME OF THE |
| 15:51 | 20 | FINE PARTICLES OF THE CLAY WOULD HAVE BEEN TORN AWAY FROM THE |
| 15:51 | 21 | CHUNKS AND CARRIED TREMENDOUS DISTANCES INLAND.  MANY OF THE |
| 15:51 | 22 | AGGREGATES WOULD HAVE BEEN TRANSPORTED AS FAIRLY LARGE |
| 15:51 | 23 | PARTICLES OF SEDIMENT OR SOIL.  THAT'S WHAT WOULD BE MOST |
| 15:51 | 24 | LIKELY DEPOSITED IN THESE FEATURES. |
| 15:51 | 25 | Q.   LET ME ASK YOU THIS:  IF THERE'S A LOT OF SAND IN THAT |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:51 | 1 | LEVEE, AND WHEN YOU MIX SAND WITH THE WATER, THE SAND -- |
| 15:52 | 2 | BECAUSE IT'S HEAVIER THAN THE SUSPENDED CLAY, THE SAND'S GOING |
| 15:52 | 3 | TO DROP DOWN TO THE BOTTOM, ISN'T IT? |
| 15:52 | 4 | **A.**   IT COULD ALSO, YEAH, IF THE SAND'S BEING SEPARATED FROM |
| 15:52 | 5 | THAT SOIL.  IT ALSO WOULD BE SOMETHING THAT WOULD END UP MOST |
| 15:52 | 6 | LIKELY DEPOSITED IN THE SAME TYPE OF FEATURE. |
| 15:52 | 7 | **Q.**   IT'S WHITE, TOO, IRONICALLY ENOUGH, THE SAME COLOR AS |
| 15:52 | 8 | SAND? |
| 15:52 | 9 | **A.**   YEAH.  I THINK SAND WOULD GENERALLY SHOW UP AS WHITE, NOT |
| 15:52 | 10 | NECESSARILY. |
| 15:52 | 11 | **Q.**   SO THE WHITE STUFF COULD REALLY BE SAND.  FRANKLY, IF YOU |
| 15:52 | 12 | HAD SAND, YOU WOULD EXPECT IT TO DO JUST EXACTLY WHAT THIS |
| 15:52 | 13 | PICTURE SHOWS? |
| 15:52 | 14 | **A.**   I AGREE. |
| 15:52 | 15 | **MR. BRUNO:**  JUDGE, THE PRINT THAT YOU JUST REQUESTED |
| 15:52 | 16 | IS PX-1877.1A. |
| 15:52 | 17 | **THE COURT:**  IF ANYBODY WANTS A COPY OF THIS STUFF, |
| 15:52 | 18 | WE'LL TRY TO MAKE A FEW FOR THE PLAINTIFFS AND DEFENDANT.  IT |
| 15:52 | 19 | MIGHT BE A XEROX COPY, BUT WE'LL TRY TO MAKE IT.  YOU CAN SCAN |
| 15:53 | 20 | IT.  THAT'S TRUE. |
| 15:53 | 21 | **MR. BRUNO:**  WE WILL ONCE WE GET IT.  WE'LL SCAN IT. |
| 15:53 | 22 | WE'LL TAKE CARE OF IT. |
| 15:53 | 23 | **THE COURT:**  WE'RE MOVING ON TO ANOTHER VIDEO. |
| 15:53 | 24 | **MR. BRUNO:**  1877.2, ANOTHER SCREENSHOT. |
| 15:53 | 25 | **THE COURT:**  CAN WE SHOW THE LOCATION OF THAT, |

FINAL DAILY COPY

2636

15:53   1   MR. BRUNO.

15:53   2           **MR. BRUNO:**  YES, JUDGE.  WE'VE GOT TO GO BACK TO

15:53   3   1877.6, 2 AND 3.

15:53   4           **THE COURT:**  THIS IS 2 AND 3?

15:53   5           **MR. BRUNO:**  YES.

15:53   6   BY MR. BRUNO:

15:53   7   Q.   SO THE SCREENSHOT, PLEASE, WHICH IS 1877.2, HERE WE SEE A

15:53   8   BUNCH OF BENCH CUTTING; RIGHT?

15:53   9   A.   YES.  THIS IS EXACTLY THE SAME AS A PHOTO I HAD IN MY OWN

15:53   10  REPORT.

15:53   11  Q.   DO YOU SEE ANY SEDIMENT THERE?

15:53   12  A.   NO.  JUST TO KIND OF ORIENT US.  HERE'S THE LEVEE

15:53   13  CENTERLINE IN THIS POSITION.  AGAIN, WE SEE THE SURFACE EROSION

15:54   14  FEATURE.  AT THE TOPS WE SEE SOME WAVE-INDUCED BENCH CUTTING.

15:54   15  WE DON'T SEE -- SOME OF THESE CUTS -- FOR EXAMPLE, THIS ONE,

15:54   16  THIS ONE, THESE TWO, KIND OF MOVING INTO THE CREST, BUT WE

15:54   17  DON'T SEE EXTENSIVE -- THIS PARTICULAR LEVEE WAS QUITE HIGH,

15:54   18  ABOUT 19 FEET.

15:54   19  Q.   RIGHT.

15:54   20  A.   SO THERE WAS VERY LITTLE OVERTOPPING HERE.  ACTUALLY,

15:54   21  RELATIVELY SPEAKING, COMPARED TO THE KIND OF SEDIMENT THAT

15:54   22  WOULD BE DEPOSITED ON THE BACK SIDE OF A BREACH, THIS IS A

15:54   23  RATHER MINOR AMOUNT OF EROSION COMPARED TO THE KIND OF EROSION

15:54   24  WE SEE IN A LARGE, WELL-FORMED, MATURE BREACH.

15:54   25  Q.   YOU TOLD US THAT IF THERE'S BENCH-SIDE CUTTING, YOU'RE

| | | |
|---|---|---|
| 15:54 | 1 | GOING TO HAVE SOME SEDIMENT ON THE FRONT SIDE OF THE LEVEE.  WE |
| 15:54 | 2 | DON'T SEE IT HERE, DO WE? |
| 15:54 | 3 | **A.**   IF WE HAD MASSIVE EROSION -- IF WE HAD A LARGE BREACH, YOU |
| 15:54 | 4 | WOULD EXPECT TO SEE A LARGE AMOUNT OF SEDIMENT ERODED.  WHERE |
| 15:55 | 5 | WE HAD NO BREACHING HERE, OR JUST NEGLIGIBLE BREACHING, THAT |
| 15:55 | 6 | WOULD NOT GENERATE AS MUCH MATERIAL TO BE DEPOSITED DOWN HERE |
| 15:55 | 7 | ON THE TOE. |
| 15:55 | 8 | **Q.**   WHAT DO WE SEE RIGHT HERE ALONG THE BACK-SIDE TOE? |
| 15:55 | 9 | **A.**   NOT MUCH. |
| 15:55 | 10 | **Q.**   YOU DON'T SEE EVIDENCE OF GRASS EROSION ON THE BACK SIDE |
| 15:55 | 11 | TOE, WHICH WOULD BE VERY CONSISTENT WITH YOUR TESTIMONY TODAY |
| 15:55 | 12 | THAT IF YOU HAD WATER GOING OVER THE TOP, THE MOST LIKELY PLACE |
| 15:55 | 13 | YOU'RE GOING TO SEE EROSION IS RIGHT WHERE THAT TOE MEETS THE |
| 15:55 | 14 | DIFFERENT ANGLE OF THE LAND? |
| 15:55 | 15 | **A.**   YEAH.  THERE COULD HAVE BEEN SOME SLIGHT OVERTOPPING.  AT |
| 15:55 | 16 | 19 FEET WITH A 17.5-FOOT SURGE, WE WOULD EXPECT SOME |
| 15:55 | 17 | OVERTOPPING FOR A FAIRLY LIMITED DURATION. |
| 15:55 | 18 | **Q.**   YOU CANNOT TELL THE COURT, BUT CERTAINLY THIS IS 19 FEET? |
| 15:55 | 19 | **A.**   YEAH.  I LOOKED AT THE PRE- AND POSTSTORM LIDAR DATA AT |
| 15:55 | 20 | EXACTLY THIS LOCATION, AND THAT ANALYSIS IS CONTAINED IN MY |
| 15:56 | 21 | REPORT. |
| 15:56 | 22 | **Q.**   LET'S LOOK AT PX-1877.3.  BEFORE WE MOVE FROM THERE, THIS |
| 15:56 | 23 | BENCH CUTTING SHOWS THE SAME DARK SHADOWS, WHICH YOU SAID WOULD |
| 15:56 | 24 | BE AN INDICATION OF HEAD-SIDE CUTTING FROM THE BACK; ISN'T THAT |
| 15:56 | 25 | TRUE? |

15:56  1  **A.**   CORRECT.  ON THE FRONT SIDE, YOU CAN SEE IT'S A LITTLE

15:56  2  MORE GRADUAL SLOPE.  AS WE GET DEEPER INTO A CUT LIKE THAT, YOU

15:56  3  WOULD SEE A CAST SHADOW ON THE STEEP EDGE OF THAT CUT.

15:56  4  **Q.**   THANK YOU.  THAT'S WHAT I THOUGHT.

15:56  5       1877.3, HOW ABOUT THIS?  THIS IS EVIDENCE OF

15:56  6  FRONT-SIDE WAVE ATTACK?

15:56  7  **A.**   THAT'S CLEAR TO ME.  THIS IS DEFINITELY ONE THAT I HAVE IN

15:56  8  MY REPORT.  IT'S POSSIBLE THAT THIS WAS TRIGGERED BY FRONT-SIDE

15:56  9  EROSION AND THAT IT DEVELOPED INTO A BREACH DUE TO OVERFLOWING.

15:56  10  ITS OBVIOUS, WHEN YOU HAVE A LOT OF FLOW, SEDIMENT IS BEING

15:56  11  DEPOSITED.  THIS IS, AGAIN -- MY LOOK AT THE 50 PHOTOS, THIS

15:57  12  TYPE OF A FEATURE IS VERY RARELY SEEN.

15:57  13  **Q.**   OKAY.

15:57  14  **A.**   AGAIN, THIS WAS A FAIRLY HIGH LEVEE AT THIS PARTICULAR

15:57  15  LOCATION.

15:57  16  **Q.**   I'M SORRY, WHICH FEATURE'S NOT SEEN, THE TAILINGS?

15:57  17  **A.**   NO.  I SAID THE PRESENCE OF A FEATURE, WHERE IT LOOKED

15:57  18  LIKE IT COULD HAVE BEEN WAVE-INDUCED BENCH CUTTING ON THE FRONT

15:57  19  THAT LED TO OVERTOPPING, IS NOT A FEATURE THAT'S PREVALENT IN

15:57  20  THE SET OF 50 PHOTOS THAT I LOOKED AT.

15:57  21       **THE COURT:**  DID YOU SAY YOU HAD TALKED ABOUT THIS

15:57  22  ONE -- I MAY HAVE MISUNDERSTOOD YOU -- IN YOUR DIRECT

15:57  23  TESTIMONY?

15:57  24       **THE WITNESS:**  I DON'T KNOW ABOUT MY DIRECT TESTIMONY.

15:57  25  THIS PHOTO IS DISCUSSED IN MY REPORT.

FINAL DAILY COPY

15:57   1          **THE COURT:**  IN YOUR REPORT.  THANK YOU.

15:57   2   **BY MR. BRUNO:**

15:57   3   **Q.**   THE VIDEO IS NEXT.  WE'RE JUST TRAVELING OVERHEAD NOW.  WE

15:57   4   SEE ALL THIS GRASS REMOVED ON THE FRONT SIDE, DO WE NOT?

15:57   5   **A.**   YEAH.  LIKE I TRIED TO EXPLAIN IN MY REPORT, I THINK THESE

15:58   6   FEATURES ARE PREVALENT WHERE THE LEVEE IS VERY HIGH AND WHERE

15:58   7   THE STORM SURGE LEVEL, WHEN IT REACHED ITS PEAK, IT WAS MOST

15:58   8   STATIONARY AT A LOCATION ON THE LEVEE FOR THE LONGEST PERIOD OF

15:58   9   TIME.  SO AT THE HIGHEST LEVEES, AT PEAK SURGE LEVELS, WE WOULD

15:58   10  HAVE HAD THE MAXIMUM AMOUNT OF TIME THAT WAVES COULD HAVE

15:58   11  ERODED AT THE FRONT.

15:58   12          YOU'LL NOTICE THAT THERE'S VERY LITTLE PENETRATION

15:58   13  THROUGH THE CREST OF THE LEVEE AT THESE LOCATIONS.  WHAT THAT

15:58   14  TELLS ME IS THAT FOR THE LOWER LEVEES, THERE WOULD NOT BE

15:58   15  NEARLY AS MUCH TIME FOR THIS KIND OF FEATURE TO DEVELOP BECAUSE

15:58   16  THE WATER LEVEL WAS RISING QUITE RAPIDLY.  IT'S ONLY WHEN WE

15:58   17  GET A HIGH LEVEE, AT WHAT I BELIEVE IS PROBABLY A MORE ERODIBLE

15:58   18  SEDIMENT, THAT THIS TYPE OF FEATURE CAN FORM TO THE POINT WHERE

15:58   19  IT'S CAPABLE OF EVEN BEGINNING TO CUT THROUGH THE CREST.

15:58   20  **Q.**   NOW, WE ALSO SEE HERE EVIDENCE OF BACK-SIDE GRASS REMOVAL,

15:58   21  BUT WE DON'T HAVE ANY OF THIS HEADCUTTING; ISN'T THAT TRUE?

15:59   22  **A.**   IT COULD BE.  AGAIN, THIS IS A VERY HIGH LEVEE.  THE

15:59   23  AMOUNT OF OVERTOPPING HERE WOULD HAVE BEEN LIMITED IN DURATION.

15:59   24  SO I THINK THERE LOOKS LIKE MAYBE SOME BEGINNINGS OF SOME

15:59   25  BACK-SIDE EROSION.

15:59   1   **Q.**   OKAY.

15:59   2   **A.**   BUT IT WOULDN'T HAVE BEEN THERE LONG ENOUGH TO CREATE A

15:59   3   LARGE AREA OF EROSION ON THE BACK.

15:59   4   **Q.**   SO JUST LIKE THE TESTIMONY THAT YOU GAVE US THAT YOU HAVE

15:59   5   GOT EVIDENCE OF FRONT-SIDE EROSION WITHOUT A BROKEN LEVEE, WE

15:59   6   HAVE LOTS OF INSTANCES WHERE WE HAVE EVIDENCE OF BACK-SIDE

15:59   7   EROSION WITHOUT A BROKEN LEVEE; RIGHT?

15:59   8   **A.**   WHATEVER YOU CONSIDER ABOUT EROSION, YOU HAVE TO CONSIDER

15:59   9   ALL FOUR MAJOR FACTORS:  THE MAGNITUDE AND DURATION OF THE

15:59   10   LOADING, SOIL PROPERTIES, AND GRASS/TURF QUALITIES.

15:59   11   **Q.**   OKAY.

15:59   12   **A.**   SO WHERE WE HAD A VERY HIGH LEVEE, THE MAGNITUDE AND

15:59   13   DURATION OF OVERTOPPING WOULD BE LESS THAN WHERE YOU HAVE A

15:59   14   VERY LOW LEVEE.

15:59   15   **Q.**   LET'S GO TO PX-1877.4.

15:59   16        NOW, HERE WE HAVE EVIDENCE OF FRONT-SIDE WAVE ATTACK

16:00   17   AT A SHEET PILE WALL; RIGHT?

16:00   18   **A.**   I SEE, AGAIN, A SURFICIAL EROSION BAND ALONG THE FRONT

16:00   19   FACE OF THE LEVEE.  I SEE A NICE GREEN STRIPE OF GRASS ABOVE,

16:00   20   AT AN ELEVATION HIGHER THAN THE SURFACE EROSION.  I SEE A FEW,

16:00   21   PERHAPS, A BEGINNING FORMATION OF A BENCH CUT.  WE'VE SEEN THIS

16:00   22   ON A NUMBER OF PHOTOS, THAT THE SURFACE EROSION BAND IS

16:00   23   RESTRICTED TO A ZONE ON THE FRONT FACE THAT IS LOWER THAN THE

16:00   24   CREST -- NEAR THE CREST OF THE LEVEE.  AS YOU POINT OUT, THIS

16:00   25   ONE HAS A SHEET PILE WALL EMBEDDED IN IT.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:00 | 1 | **Q.**   WHAT IS THIS? |
| 16:00 | 2 | **A.**   THIS IS WHERE THE WALL HAS BASICALLY LEANED OVER, AWAY |
| 16:00 | 3 | FROM THE LEVEE SOIL ITSELF, AND LEFT A GAP BETWEEN THE |
| 16:00 | 4 | LEANED-OVER WALL AND THE LEVEE. |
| 16:01 | 5 | **Q.**   LET'S SHOW THE VIDEO REAL QUICK. |
| 16:01 | 6 | **THE COURT:**   ARE WE MOVING ON DOWN FROM THAT POINT? |
| 16:01 | 7 | **MR. BRUNO:**   YES, AND THE LAST ONE WILL BE MOVING BACK |
| 16:01 | 8 | UP ABOVE. |
| 16:01 | 9 | OKAY.   THAT'S FINE.   LET'S GO TO THE NEXT ONE, |
| 16:01 | 10 | 1877.5 SCREENSHOT.   YOU'LL REMEMBER, JUDGE, THIS IS BETWEEN |
| 16:01 | 11 | BIENVENUE DUPRE. |
| 16:01 | 12 | **BY MR. BRUNO:** |
| 16:01 | 13 | **Q.**   DO YOU SEE ANY WHITE STUFF IN THE PICTURE? |
| 16:01 | 14 | **A.**   I SEE SOMETHING THAT LOOKS WHITER THAN OTHER THINGS. |
| 16:01 | 15 | **Q.**   IS THAT SAND? |
| 16:01 | 16 | **A.**   I DON'T KNOW. |
| 16:01 | 17 | **Q.**   IT SURE IS DIFFERENT. |
| 16:01 | 18 | **A.**   IT SURE IS LIGHTER IN COLOR, BUT I'D HAVE TO BE ON THE |
| 16:01 | 19 | GROUND TO SAY FOR SURE. |
| 16:01 | 20 | **Q.**   WELL, YOU DIDN'T GO ON THE GROUND. |
| 16:01 | 21 | OKAY.   PLAY THE MOVIE. |
| 16:01 | 22 | WE HAVE SOME BENCH CUTTING HERE; RIGHT?   WE'VE GOT A |
| 16:01 | 23 | BUNCH OF THAT FRONT-SIDE EROSION HERE, UP AND DOWN.   THE GRASS |
| 16:01 | 24 | IS GONE.   STOP. |
| 16:01 | 25 | ALSO, IS THIS FRONT-SIDE EROSION HERE? |

| | | |
|---|---|---|
| 16:02 | 1 | **A.**   IT'S A LITTLE HARDER GO TELL.  IT'S NOT AS CLEAR VIDEO.  I |
| 16:02 | 2 | CAN DEFINITELY SEE THE -- |
| 16:02 | 3 | **THE COURT:**  DO YOU WANT TO BACK UP SOME. |
| 16:02 | 4 | **BY MR. BRUNO:** |
| 16:02 | 5 | **Q.**   LET'S BACK UP A LITTLE BIT.  I THOUGHT YOU TOLD US THAT |
| 16:02 | 6 | ONE OF THE REASONS WHY YOU WOULDN'T CALL SOMETHING FRONT-SIDE |
| 16:02 | 7 | EROSION IS BECAUSE YOU SAID THERE'S A CUT HERE.  WELL, HERE |
| 16:02 | 8 | THERE'S NO CUT.  IT GOES STRAIGHT ACROSS.  BASED ON WHAT YOU |
| 16:02 | 9 | TOLD US, THIS SHOULD BE BENCH-SIDE CUTTING, RIGHT? |
| 16:02 | 10 | **A.**   I DON'T BELIEVE SO.  YOU HAVE TO LOOK AT ALL THE EVIDENCE. |
| 16:02 | 11 | WHAT I SEE ON THE BACK SIDE HERE IS A VERY DEEP SCOUR HOLE, |
| 16:02 | 12 | WHICH IS APPROXIMATELY LOCATED AT THE TOE.  YOU CAN SEE, AGAIN, |
| 16:02 | 13 | WHERE -- IN MY LOOK AT THESE PHOTOS, WHERE I USED TO SEE THE |
| 16:02 | 14 | PRESENCE OF SUCH A SCOUR HOLE AT THE TOE, THAT WOULD BE MORE |
| 16:02 | 15 | EVIDENT IN A BREACH THAT'S REACHED A MORE ADVANCED STAGE OF |
| 16:02 | 16 | BREACHING DUE TO OVERTOPPING, WHERE THE OVERTOPPING FLOWS HAVE |
| 16:02 | 17 | HAD A MUCH LONGER PERIOD OF TIME TO WORK ON ERODING THE BACK |
| 16:03 | 18 | SIDE.  WHERE WE SEE THE OVERTOPPING IN A LESS MATURE STATE, |
| 16:03 | 19 | SOUTH OF DUPRE, YOU SEE MUCH LESS PREVALENCE OF THE SCOURED |
| 16:03 | 20 | POLE AT THE TOE.  SO I THINK YOU HAVE TO CONSIDER A NUMBER OF |
| 16:03 | 21 | FACTORS WHEN YOU'RE TRYING TO ASSESS AND ANALYZE THESE |
| 16:03 | 22 | PARTICULAR PHOTOS. |
| 16:03 | 23 | **Q.**   LET'S TALK ABOUT OVERTOPPING RATES.  LET'S GO TO DM-14. |
| 16:03 | 24 | **THE COURT:**  WHAT WAS THE EXHIBIT? |
| 16:03 | 25 | **MR. BRUNO:**  DM-14. |

FINAL DAILY COPY

2643

| | | |
|---|---|---|
| 16:03 | 1 | **THE COURT:**  THIS IS A DEMONSTRATIVE? |
| 16:03 | 2 | **MR. BRUNO:**  RIGHT. |
| 16:03 | 3 | BY MR. BRUNO: |
| 16:03 | 4 | **Q.**  THIS IS WHAT YOU RELY ON IN YOUR REPORT, DO YOU NOT? |
| 16:03 | 5 | **A.**  YEAH.  THIS IS THE TABLE FROM OUR *COASTAL ENGINEERING* |
| 16:04 | 6 | *MANUAL* THAT RELATES THE THRESHOLDS FOR DAMAGE AS A FUNCTION OF |
| 16:04 | 7 | THE DISCHARGE OVERTOPPING RATE, THE MEAN OVERTOPPING RATE THAT |
| 16:04 | 8 | I DESCRIBED PREVIOUSLY. |
| 16:04 | 9 | **Q.**  THIS HAS A FACTOR OF SAFETY IN IT, DOESN'T IT? |
| 16:04 | 10 | **A.**  I DON'T BELIEVE IT DOES.  I COULDN'T FIND EVIDENCE THAT IT |
| 16:04 | 11 | DOES. |
| 16:04 | 12 | **Q.**  HOW DO YOU KNOW? |
| 16:04 | 13 | **A.**  I DON'T BELIEVE IT'S IN THE TEXT. |
| 16:04 | 14 | **Q.**  SO IT MIGHT? |
| 16:04 | 15 | **A.**  I BELIEVE IF IT WOULD, THEY WOULD HAVE STATED IT IN THE |
| 16:04 | 16 | TEXT. |
| 16:04 | 17 | **Q.**  WELL, STEVEN HUGHES WORKS FOR YOU? |
| 16:04 | 18 | **A.**  HE'S NOT IN MY DIVISION, BUT HE'S IN THE OTHER DIVISION. |
| 16:04 | 19 | **Q.**  HE WORKS AT THE ARMY CORPS OF ENGINEERS? |
| 16:04 | 20 | **A.**  YES.  HE WORKS IN OUR LAB. |
| 16:04 | 21 | **Q.**  BEFORE WE GET TOO FAR, YOU USED THIS CHART AS EVIDENCE OF |
| 16:04 | 22 | WHEN THERE WOULD BE EROSION BASED UPON A CERTAIN VELOCITY OR |
| 16:04 | 23 | VOLUME OF WATER OVER THE TOP OF THE LEVEE; ISN'T THAT TRUE? |
| 16:04 | 24 | **A.**  YES.  I'VE USED THIS CHART TO RELATE THE THRESHOLD FOR |
| 16:05 | 25 | DAMAGE AND AS AN INDICATOR OF -- WE USED THIS CHART TO |

16:05  1  ESTABLISH OUR BREACHING TRIGGER AS WELL.

16:05  2  **Q.**  BY THE WAY, IT WOULD HAVE A FACTOR OF SAFETY IN IT IF IT

16:05  3  WAS A DESIGN GUIDE; RIGHT?

16:05  4  **A.**  WELL, IF YOU ARE GOING TO USE THIS IN DESIGN, THE DESIGNER

16:05  5  MAY CHOOSE TO IMPOSE THEIR OWN FACTOR OF SAFETY ON IT.

16:05  6  **Q.**  THAT WASN'T MY QUESTION.  I'LL ASK IT ONE MORE TIME.

16:05  7       IF THIS IS A DESIGN GUIDE, THEN IT WOULD HAVE A

16:05  8  FACTOR OF SAFETY ALREADY BUILT INTO IT; ISN'T THAT TRUE?

16:05  9  **A.**  NO.

16:05  10  **Q.**  YOU TOLD US EARLIER THAT ALL DESIGN GUIDES HAVE FACTORS OF

16:05  11  SAFETY BUILT INTO THEM.

16:05  12  **A.**  I DON'T RECALL SAYING THAT.

16:05  13  **Q.**  YOU DON'T RECALL SAYING THAT?

16:05  14  **A.**  NO.

16:05  15  **Q.**  WELL, A DESIGN GUIDE IS SOMETHING THAT TELLS YOU OR GIVES

16:05  16  YOU SOME INFORMATION ABOUT HOW TO DESIGN YOUR LEVEE; RIGHT?

16:05  17  **A.**  CORRECT.

16:06  18  **Q.**  SO YOU TRY TO BUILD TO THE GUIDANCE PROVIDED BY THAT

16:06  19  PARTICULAR PIECE OF INFORMATION; RIGHT?

16:06  20  **A.**  CORRECT.  CORRECT.  THE DESIGNER WILL MAKE A DECISION ON

16:06  21  HOW MUCH OF A SAFETY FACTOR THEY ADD IN, OR THE GUIDANCE MAY

16:06  22  TELL THEM HOW MUCH OF A SAFETY FACTOR NEEDS TO BE INCLUDED IN A

16:06  23  PARTICULAR DESIGN.

16:06  24  **Q.**  DID YOU CONSULT WITH STEVEN HUGHES ABOUT HOW TO USE THIS

16:06  25  CHART?

| | | |
|---|---|---|
| 16:06 | 1 | **A.**  I CONSULTED WITH STEVE ON HIS WORK IN THIS AREA.  I DID |
| 16:06 | 2 | NOT CONSULT WITH STEVE ABOUT HOW TO USE THIS CHART. |
| 16:06 | 3 | **Q.**  CAN WE GO TO PX-2163, PLEASE. |
| 16:06 | 4 | HAVE YOU EVER SEEN THIS BEFORE? |
| 16:06 | 5 | **A.**  I'VE PROBABLY SEEN THIS IN VARIOUS STAGES.  I DON'T KNOW |
| 16:06 | 6 | THAT I'VE SEEN THIS PARTICULAR DOCUMENT.  I KEEP TRACK WITH |
| 16:06 | 7 | STEVE ABOUT THE WORK THAT HE'S DOING.  I'VE SEEN SOME PREVIOUS |
| 16:06 | 8 | STATES OF THIS PARTICULAR DOCUMENT.  I'VE SEEN MATERIAL FROM |
| 16:07 | 9 | THIS DOCUMENT PRESENTED IN POWERPOINT FORM, BUT I DON'T KNOW |
| 16:07 | 10 | THAT I'VE SEEN THIS PARTICULAR DOCUMENT. |
| 16:07 | 11 | **Q.**  SO YOU DIDN'T REVIEW IT? |
| 16:07 | 12 | **A.**  AS I SAID, I'VE REVIEWED PREVIOUS STATES OF THIS |
| 16:07 | 13 | PARTICULAR DOCUMENT. |
| 16:07 | 14 | **Q.**  DID YOU REVIEW THIS ARTICLE? |
| 16:07 | 15 | **A.**  I DON'T RECALL SEEING THIS FULL ARTICLE. |
| 16:07 | 16 | **Q.**  I GUESS THAT MEANS "NO"? |
| 16:07 | 17 | **A.**  I DON'T RECALL SEEING THIS FULL ARTICLE. |
| 16:07 | 18 | **Q.**  LET'S LOOK AT THE SECOND FULL PARAGRAPH AND BLOW THAT UP, |
| 16:07 | 19 | PLEASE. |
| 16:07 | 20 | STEVEN HUGHES, IS HE A SMART GUY? |
| 16:07 | 21 | **A.**  YES.  VERY CAPABLE GUY. |
| 16:07 | 22 | **Q.**  VERY KNOWLEDGEABLE? |
| 16:07 | 23 | **A.**  YES. |
| 16:07 | 24 | **Q.**  IS HE KNOWLEDGEABLE? |
| 16:07 | 25 | **A.**  YES. |

16:07    1    **Q.**   IS HE KNOWLEDGEABLE ABOUT THE EVALUATION OF PERMISSIBLE

16:07    2    WAVE OVERTOPPING CRITERIA FOR EARTHEN LEVEES WITHOUT EROSION

16:07    3    PROTECTION?

16:07    4    **A.**   HE'S CERTAINLY BEGINNING TO WORK MORE AND MORE IN THAT

16:07    5    AREA.  HISTORICALLY, THIS HAS NOT BEEN HIS AREA OF EXPERTISE,

16:07    6    BUT HE IS WORKING MORE AND MORE IN THIS AREA.

16:07    7    **Q.**   WHO'S THE MORE KNOWLEDGEABLE EXPERT, YOU OR MR. HUGHES?

16:08    8            **MR. MITSCH:**  YOUR HONOR, I OBJECT.

16:08    9            **THE COURT:**  I'M GOING TO SUSTAIN THE OBJECTION.

17:09   10            **MR. BRUNO:**  FINE.  WE'LL SEE.

16:08   11    **BY MR. BRUNO:**

16:08   12    **Q.**   LET'S READ THIS.  IT SAYS:

16:08   13            "EARTHEN LEVEES CONSTRUCTED WITHOUT SLOPE PROTECTION

16:08   14    OR ARMORING MUST RELY ON THE EROSION RESISTANCE OF THE OUTER

16:08   15    SOIL LAYER DURING EROSION EPISODES OF WAVE AND/OR STORM SURGE

16:08   16    OVERTOPPING.  USUALLY, EROSION RESISTANCE FOR WAVE OR SURGE

16:08   17    OVERTOPPING IS MOST NEEDED ON THE LEVEE CROWN AND DOWN THE REAR

16:08   18    SLOPE OF THE PROTECTED SIDE OF THE LEVEE.  LEVEES CONSTRUCTED

16:08   19    WITH A TOP LAYER OF GOOD CLAY AND WELL-ESTABLISHED VEGETATION

16:08   20    WITH A HEALTHY ROOT SYSTEM HAVE MUCH BETTER EROSION RESISTANCE

16:08   21    THAN TOP LAYERS OF SANDY SOIL WITH SPARSE OR UNHEALTHY

16:08   22    VEGETATION."

16:08   23            DO YOU AGREE WITH THAT?

16:08   24    **A.**   YEAH.  I THINK IT'S IMPORTANT TO NOTE THAT HE DOESN'T SAY

16:08   25    ANY KIND OF RESISTANCE FOR EROSION OR STORM SURGE IS NEEDED ON

FINAL DAILY COPY

| 16:08 | 1 | THE FRONT FACE.  WE KNOW FROM EXPERIENCE THAT THE MOST |

16:08   1   THE FRONT FACE.  WE KNOW FROM EXPERIENCE THAT THE MOST

16:09   2   VULNERABLE PARTS TO A LEVEE ARE THE BACK SIDE BECAUSE THE

16:09   3   VELOCITY REGIME IS SO MUCH HIGHER ON THE BACK SIDE.

16:09   4   **Q.**   LET'S GO TO PAGE 2, RIGHT HERE, SEVERAL COASTAL

16:09   5   ENGINEERING DESIGN GUIDANCE PUBLICATIONS.  WHAT IS A DESIGN

16:09   6   GUIDANCE PUBLICATION?

16:09   7   **A.**   I THINK IT WOULD BE PUBLICATIONS LIKE THE *COASTAL*

16:09   8   *ENGINEERING MANUAL*, LIKE THE EUROTOP OVERTOPPING MANUAL, COULD

16:09   9   BE PUBLICATIONS FROM THE NETHERLANDS, DESIGN-TYPE GUIDANCE,

16:09   10   COULD BE -- THAT'S WHAT I WOULD CONSIDER DESIGN GUIDANCE

16:09   11   PUBLICATIONS.  FOR THE CORPS, IT'S THE *COASTAL ENGINEERING*

16:09   12   *MANUAL*.

16:09   13   **Q.**   SO LET'S GO TO THE NEXT PAGE.  THAT'S YOUR CHART, ISN'T

16:09   14   IT?

16:10   15   **A.**   IT LOOKS LIKE THE CHART.  IT LOOKS SIMILAR, I BELIEVE.

16:10   16   **Q.**   THAT'S IT.  THAT'S THE CHART.

16:10   17   **A.**   OKAY.

16:10   18   **Q.**   LET'S SEE WHAT HE SAYS ABOUT IT.  HE SAYS THAT THE

16:10   19   ORIGINAL AUTHOR OF THE TABLE WAS NOT EVEN IDENTIFIED DURING THE

16:10   20   COURSE OF THE INVESTIGATION, SO WE DON'T EVEN KNOW WHO WROTE

16:10   21   THE TABLE.

16:10   22   **A.**   YEAH.  MY UNDERSTANDING FROM TALKING TO STEVE AND FROM

16:10   23   OTHERS WAS THAT THE ORIGINAL SOURCE APPEARS TO HAVE BEEN A

16:10   24   COMBINATION OF JAPANESE AND DUTCH INPUT INTO THE DEVELOPMENT OF

16:10   25   THAT TABLE.

| | | |
|---|---|---|
| 16:10 | 1 | **Q.**  NEXT PAGE, A CAUTIONARY NOTE ABOUT THE TABLE.  LET'S READ |
| 16:10 | 2 | WHAT HE SAYS HERE.  WHAT DOES MR. HUGHES SAY ABOUT THIS TABLE? |
| 16:11 | 3 | HE SAYS: |
| 16:11 | 4 | "THE VALUES GIVEN IN THIS TABLE MUST BE REGARDED ONLY |
| 16:11 | 5 | AS ROUGH GUIDELINES BECAUSE, EVEN FOR THE SAME VALUE OF Q |
| 16:11 | 6 | (AVERAGE WAVE OVERTOPPING), THE INTENSITY OF WATER HITTING A |
| 16:11 | 7 | SPECIFIC LOCATION IS VERY MUCH DEPENDENT ON THE GEOMETRY OF THE |
| 16:11 | 8 | STRUCTURE AND THE DISTANCE FROM THE FRONT OF THE STRUCTURE. |
| 16:11 | 9 | MOREOVER, WHAT IS REGARDED AS ACCEPTABLE CONDITIONS IS TO A |
| 16:11 | 10 | LARGE EXTENT A MATTER OF LOCAL TRADITION AND INDIVIDUAL |
| 16:11 | 11 | OPINION." |
| 16:11 | 12 | SO AT LEAST WE CAN LEARN FROM MR. HUGHES THAT HE |
| 16:11 | 13 | REGARDS THIS AS ONLY A ROUGH GUIDELINE; ISN'T THAT TRUE? |
| 16:11 | 14 | **A.**  THAT'S HIS OPINION, CORRECT. |
| 16:11 | 15 | **Q.**  YOU WOULD DISAGREE WITH THAT OPINION? |
| 16:11 | 16 | **A.**  I THINK IF YOU LOOK AT THE TABLE, I WILL AGREE THAT THERE |
| 16:11 | 17 | IS SOME UNCERTAINTY IN THESE THRESHOLDS.  WHETHER THE VALUE IS |
| 16:11 | 18 | .01 OR .02 OR .03, WE'RE NOT REALLY SURE EXACTLY.  WHAT REALLY |
| 16:11 | 19 | MATTERS IN THIS PARTICULAR CASE IS JUST HOW FAR AND ABOVE THE |
| 16:11 | 20 | THRESHOLDS THE ACTUAL OVERTOPPING RATES WERE.  THEY HAVE |
| 16:12 | 21 | EXCEEDED THESE THRESHOLDS BY HUNDREDS, PERHAPS THOUSANDS OF A |
| 16:12 | 22 | FACTOR.  SO WHILE WE DO HAVE SOME UNCERTAINTY, WHETHER IT'S .1, |
| 16:12 | 23 | .2, .3, WE KNOW THAT THIS LEVEE SYSTEM WAS MASSIVELY |
| 16:12 | 24 | OVERWHELMED WITH WATER, CREATING OVERTOPPING RATES THAT JUST |
| 16:12 | 25 | DWARFED THESE THRESHOLD VALUES.  THAT'S REALLY WHAT MATTERS FOR |

FINAL DAILY COPY

16:12     1     THIS CASE.

16:12     2     Q.   I'M CONFUSED.  'MASSIVELY OVERWHELMED," I THOUGHT WHAT YOU

16:12     3     TOLD US WAS THAT BEFORE THE WATER EVEN GOT TO THE TOP OF THE

16:12     4     LEVEE, THERE WAS DESTRUCTION OF THE BACK SIDE.

16:12     5     A.   THERE WAS DAMAGE, YES, TO THE BACK SIDE WHEN THE WATER

16:12     6     LEVEL WAS BELOW.  WHAT YOU HAVE IS A SITUATION WHERE THE WATER

16:12     7     LEVEL IS QUICKLY RISING ON THE FRONT.  SAY OVERTOPPING BEGINS

16:12     8     WHEN THE WATER LEVEL IS 2.5 FEET BELOW THE CREST.  ASSUMING

16:12     9     THAT THE WATER LEVEL RISES 2.5 FOOT PER HOUR, IN A SINGLE HOUR

16:13    10     YOU'RE GOING TO GO FROM A SITUATION OF THE BEGINNING OF WAVE

16:13    11     OVERTOPPING TO A SITUATION WHERE YOU NOW HAVE AN INCREDIBLY

16:13    12     DESTRUCTIVE COMBINATION OF STEADY OVERFLOW AND WAVES.

16:13    13     Q.   YOU HAVE EXACTLY THE SAME SCENARIO.  IF THE WAVES ATTACK

16:13    14     THE FRONT OF THE LEVEE AND THE TOP OF THE LEVEE IS REMOVED,

16:13    15     THEN YOU HAVE THIS HUGE VOLUME OF WATER GOING THROUGH THE LEVEE

16:13    16     AND CAUSING THE SAME KIND OF DESTRUCTION; ISN'T THAT TRUE?

16:13    17     A.   IF YOU BELIEVE THAT'S A VIABLE MECHANISM.  I HAPPEN TO

16:13    18     BELIEVE THAT THE DURATION OF TIME AVAILABLE AND IN LIGHT OF THE

16:13    19     MUCH MORE BENIGN LOADINGS ON THE FRONT VERSUS THE BACK DOES NOT

16:13    20     MAKE THAT A PLAUSIBLE SCENARIO.

16:13    21             THE COURT:  WERE THERE ANY AREAS -- JUST FOR

16:13    22     CONTEXT -- WHERE THE LEVEE WAS LOWER THAN 17.5 FEET YET

16:13    23     SURVIVED?

16:13    24             THE WITNESS:  YEAH.  THERE WERE SOME AREAS THAT I SAW

16:13    25     BETWEEN LARGE BREACHES WHERE THE LEVEE WAS INTACT.  I THINK THE

                                  FINAL DAILY COPY

16:14    1    REASON IS BECAUSE THERE ARE THREE-DIMENSIONAL ASPECTS TO

16:14    2    BREACHING.  WE'VE BEEN TREATING THIS IN THIS CASE AS MORE OF A

16:14    3    CROSS-SECTIONAL PROFILE LOOK AT BREACHING.  BUT IN REALITY, IF

16:14    4    YOU THINK ABOUT WHAT'S HAPPENING, YOU HAVE WATER ON THE OUTSIDE

16:14    5    THAT'S 17.5 AND WATER ON THE INSIDE THAT MIGHT BE 5 FOOT, 7

16:14    6    FOOT, PROBABLY NOT MORE THAN 11 FOOT, AND THERE HAS TO BE A

16:14    7    HUGE CHANGE IN WATER SURFACE BETWEEN THE FLOOD SIDE AND THE

16:14    8    PROTECTED SIDE.  SO THAT WATER SURFACE IS GOING TO DECREASE AS

16:14    9    IT MOVES THROUGH THE BREACH.  I BELIEVE WHEN THAT HAPPENS, YOU

16:14   10    GET SOME DRAWDOWN IN WATER LEVEL IMMEDIATELY ADJACENT TO THE

16:14   11    BREACH ON THE FLOOD SIDE.

16:14   12              THE COURT:  WERE THERE LEVEES 18 FEET OR HIGHER THAT

16:14   13    FAILED?

16:14   14              THE WITNESS:  YES.  SOUTH OF DUPRE, THERE WERE.  MY

16:15   15    INTERPRETATION THERE WAS THAT THAT WAS A RELATIVELY MUCH MORE

16:15   16    ERODIBLE PART OF THE LEVEE THAN ACTUALLY PLACES NORTH OF --

16:15   17              THE COURT:  THAT'S YOUR OPINION BASED ON SIMPLY

16:15   18    DEDUCTION RATHER THAN ANY EMPIRICAL SAMPLE?

16:15   19              THE WITNESS:  RIGHT.  LOOKING AT THE PHOTOS

16:15   20    AND LOOKING AT THE FACT THAT, BY OUR BEST ESTIMATES, THE STILL

16:15   21    WATER LEVEL DIDN'T GET ABOVE THE CREST OF THE LEVEE AT THOSE

16:15   22    LOCATIONS, YET IT WAS HEAVILY BREACHED.

16:15   23              MR. BRUNO:  JUDGE, AS A REMINDER, YOU'VE GOT THOSE

16:15   24    PICTURES THAT GIVE YOU THE LEVEE HEIGHTS.

        25

                              FINAL DAILY COPY

| 16:15 | 1 | **BY MR. BRUNO:** |

16:15   2   **Q.**   NOW, MR. EBERSOLE, THOUGH, TO GET TO CASES HERE, THE REAL

16:15   3   ISSUE BETWEEN US IS WHETHER THERE IS ENOUGH WATER GOING OVER

16:15   4   THE TOP DURING WAVE OVERTOPPING TO CAUSE THE BACK SIDE TO START

16:15   5   TO ERODE AND REMOVE THE CREST.  BECAUSE WE BOTH AGREE THAT ONCE

16:15   6   THE TOP IS GONE, YOU CLEARLY HAVE ENOUGH FLOW GOING THROUGH,

16:15   7   WHETHER THE DAMAGE WAS INITIATED AT THE FRONT OR THE BACK.  YOU

16:15   8   HAVE ENOUGH WATER COMING THROUGH TO KNOCK THE WHOLE LEVEE DOWN.

16:15   9   SO THE REAL ISSUE IS:  IS THERE ENOUGH FLOW DURING WAVE

16:16   10   OVERTOPPING TO CAUSE THE INITIATION OF BACK-SIDE TO FRONT-SIDE

16:16   11   BREACHING; RIGHT?

16:16   12   **A.**   NO.  I THINK THE REAL ISSUE IS IS THERE ENOUGH TIME IN A

16:16   13   SITUATION WHERE THE WATER LEVEL IS RISING RAPIDLY AND THE

16:16   14   CONCENTRATION OF BREAKING WAVE ENERGY ON THE FRONT FACE OF THAT

16:16   15   LEVEE IS ALSO CHANGING POSITION WITH TIME -- IS THERE ENOUGH

16:16   16   TIME FOR THE FRONT-SIDE BREAKING WAVE TO STAY IN ONE PLACE LONG

16:16   17   ENOUGH TO PRODUCE ENOUGH FRONT-SIDE EROSION THAT WOULD GO

16:16   18   COMPLETELY THROUGH THE CREST BEFORE THAT PARTICULAR LOCATION IS

16:16   19   OVERTOPPED.

16:16   20   **Q.**   YOU ALSO NEED ENOUGH TIME BETWEEN WHEN THE WATER GETS TO

16:16   21   THE 40 ARPENT AND THE TIME THAT THE WATER IS HIGH ENOUGH TO

16:16   22   CAUSE THIS OVERTOPPING, BACK-TO-FRONT EROSION TO OCCUR, TOO,

16:16   23   DON'T YOU?

16:16   24   **A.**   YOU LOST ME.  I THOUGHT WE WERE TALKING ABOUT BREACHING.

16:16   25   NOW YOU'RE TALKING ABOUT THE 40 ARPENT LEVEE.  CONNECT FOR ME,

| | | |
|---|---|---|
| 16:17 | 1 | PLEASE. |
| 16:17 | 2 | **Q.**   YOU NEED ENOUGH TIME BETWEEN THE POINT AT WHICH THE WATER |
| 16:17 | 3 | HITS THE 40 ARPENT SO THAT THE WATER'S HIGH ENOUGH TO CAUSE |
| 16:17 | 4 | THIS HEADCUTTING, REMOVE THE TOP OF THE LEVEE, FILL UP THE |
| 16:17 | 5 | CENTRAL WETLANDS UNIT, AND THE WATER GETS TO THE 40 ARPENT |
| 16:17 | 6 | CANAL.  YOU NEED THAT MUCH TIME, DON'T YOU? |
| 16:17 | 7 | **A.**   YEAH.  I THINK YOU CERTAINLY HAVE TO HAVE BREACHING OCCUR |
| 16:17 | 8 | AT A POINT IN TIME AND OVER A PARTICULAR RATE.  THAT'S |
| 16:17 | 9 | SOMETHING WE DID IN OUR ANALYSIS. |
| 16:17 | 10 | **Q.**   LET'S GO TO PAGE 5 OF THE HUGHES' REPORT. |
| 16:17 | 11 | **A.**   MAY I FINISH MY ANSWER, PLEASE? |
| 16:17 | 12 | WHAT WE DID IN OUR -- THIS IS SOMETHING WE HANDLED IN |
| 16:17 | 13 | OUR INTERIOR INUNDATION ANALYSIS THAT HELPED US CUE US INTO |
| 16:17 | 14 | ESTABLISHING A BREACH TRIGGER. |
| 16:18 | 15 | **Q.**   ALL RIGHT.  IT SAYS HERE THAT NO REFERENCE HAS BEEN FOUND |
| 16:18 | 16 | THAT DESCRIBES A TECHNIQUE USED TO RELATE PERMISSIBLE |
| 16:18 | 17 | STEADY-FLOW OVERTOPPING TO COMPARABLE WAVE OVERTOPPING.  IN |
| 16:18 | 18 | FACT, SUCH A RELATIONSHIP WAS DEVELOPED PRIOR TO APPEARANCE OF |
| 16:18 | 19 | THESE GUIDELINES. |
| 16:18 | 20 | SO THERE'S NO WAY, REALLY, TO RELATE WAVE OVERTOPPING |
| 16:18 | 21 | TO OVERFLOW OVERTOPPING ACCORDING TO MR. HUGHES, THE GUY THAT |
| 16:18 | 22 | WORKS FOR THE CORPS DOWN THE HALL FROM YOU? |
| 16:18 | 23 | **A.**   I THINK WHAT THIS REFERS TO, AS YOU POINTED OUT EARLIER, |
| 16:18 | 24 | THERE'S BEEN A LOT OF WORK BY HEWLETT TO LOOK AT ERODIBILITY OF |
| 16:18 | 25 | SOIL, GRASS-COVERED SOIL, UNDER STEADY-FLOW CONDITIONS ONLY. |

16:18  1        SO WHAT STEVE IS TRYING TO DO, AS ARE SOME OTHER

16:18  2   RESEARCHERS, IS TRYING TO FIND OUT IF THERE'S A WAY TO RELATE

16:18  3   SITUATIONS WHERE WE HAVE WAVE OVERTOPPING AND COMBINED OVERFLOW

16:18  4   AND WAVE OVERTOPPING TO OUR DATA THAT HAVE BEEN ACQUIRED UNDER

16:19  5   STEADY-FLOW SITUATIONS ONLY.

16:19  6   Q.   BOTTOM LINE, MR. EBERSOLE:  YOU USED OVERTOPPING FLOW TO

16:19  7   PREDICT WHEN THE WAVES CAUSED THE BACK SIDE OF THE LEVEE TO

16:19  8   START TO ERODE; ISN'T THAT TRUE?

16:19  9   A.   THAT'S TRUE.  WE USED THE TABLE WE SAW EARLIER THAT

16:19  10  RELATES THE OVERTOPPING RATE TO THE THRESHOLD FOR DAMAGE TO

16:19  11  MAKE THAT ASSESSMENT.

16:19  12  Q.   PAGE 26, PLEASE, OF THE SAME REPORT, FIRST PARAGRAPH, IN

16:19  13  SUMMARY.  YOU USED .1 CUBIC FEET PER SECOND IN ORDER TO DRAW A

16:19  14  CONCLUSION THAT THE WAVES WERE SUFFICIENT TO GO OVER THE TOP

16:19  15  AND CAUSE THE BACK SIDE TO ERODE; RIGHT?  THAT'S WHAT YOU USED,

16:19  16  THIS NUMBER, .1?

16:19  17  A.   MY PERSONAL OPINION IS THAT THESE LEVEES ARE --

16:19  18  Q.   CAN I GET AN ANSWER TO THE QUESTION, PLEASE?  PLEASE.  I'M

16:20  19  TRYING TO FINISH BEFORE 5:00.

16:20  20        MR. BRUNO:  FORGIVE ME, JUDGE.

16:20  21        THE COURT:  YOU ASKED FOR A "YES" OR "NO?"

16:20  22  BY MR. BRUNO:

16:20  23  Q.   COULD I PLEASE GET "YES" OR "NO," SO I COULD BE DONE WITH

16:20  24  THIS AND MOVE ON.

16:20  25  A.   WHAT WAS YOUR QUESTION?

                        FINAL DAILY COPY

16:20   1   **Q.**   MY QUESTION IS:  ISN'T IT TRUE YOU USED .1 CUBIC FEET PER

16:20   2   SECOND AS A NUMBER TO JUSTIFY YOUR BELIEF THAT THERE WAS ENOUGH

16:20   3   OVERTOPPING FLOW TO CAUSE BACK-SIDE EROSION AND THEN

16:20   4   FRONT-TO-BACK FROM WAVES ONLY?

16:20   5   **A.**   NO.  WHAT I USED WERE VALUES IN THE RANGE OF .01 TO .1.

16:20   6   **Q.**   YOU USED .1 AND LOWER; RIGHT?  YOU USED .1 AND LOWER;

16:20   7   RIGHT?

16:20   8   **A.**   I JUST ANSWERED YOUR QUESTION.

16:20   9   **Q.**   LET'S SEE WHAT MR. HUGHES SAYS.  MR. HUGHES SAYS:

16:20   10           "THE GENERALLY ACCEPTED CRITERIA FOR LEVEES WITH

16:20   11   GOOD-QUALITY GRASS COVER ON THE CREST AND PROTECTED SIDE IS AN

16:20   12   AVERAGE DISCHARGE PER UNIT LENGTH OF LEVEE OF .1 CUBIC FEET PER

16:20   13   FOOT."

16:20   14           THAT'S HIS CRITERIA FOR LEVEES.

16:20   15           **THE COURT:**  IS THAT PER LITER?

16:21   16           **MR. BRUNO:**  PER SQUARE FOOT PER SECOND PER FOOT.

16:21   17           **THE COURT:**  .11; RIGHT?

16:21   18           **MR. BRUNO:**  RIGHT.

16:21   19   **BY MR. BRUNO:**

16:21   20   **Q.**   "THIS CRITERIA FIRST AROSE FROM RECOMMENDATIONS MADE BY

16:21   21   GODA IN 1970 AND ALSO APPEARED IN DUTCH GUIDELINES IN THE LATE

16:21   22   1980S."

16:21   23           SO WHAT MR. HUGHES, THE GUY WHO WORKS FOR YOU, USES

16:21   24   AS HIS GUIDELINE, YOU SAY IS THE SAME NUMBER THAT SHOULDN'T BE

16:21   25   USED TO PROVE THAT THE LEVEES FAILED FROM OVERTOPPING FLOW;

FINAL DAILY COPY

```
16:21   1  RIGHT?
16:21   2          THE WITNESS:  I BELIEVE THE DUTCH HAVE USED A LOWER
16:21   3  VALUE HISTORICALLY.  WE TEND TO RESERVE THE .1 CUBIC FOOT PER
16:21   4  SECOND PER FOOT.
16:21   5          THE COURT:  DO YOU AGREE WITH THAT STATEMENT OR NOT?
16:21   6          THE WITNESS:  I DON'T AGREE WITH IT.
16:21   7          MR. BRUNO:  THANK YOU.  LET'S MOVE ON.
16:21   8          THE COURT:  I THINK WE HAVE ESTABLISHED THAT THERE IS
16:21   9  TENSION IN THE CORPS.
16:21  10          MR. BRUNO:  PX-2167.  I'M VERY CLOSE TO ENDING.  IF
16:21  11  THE WITNESS WILL JUST ANSWER MY QUESTIONS, WE'LL BE DONE.
16:21  12          THE COURT:  I'M SURE THERE'S TENSION EVERYWHERE IN
16:21  13  THIS FIELD AND IT'S ESOTERIC.
16:21  14          MR. BRUNO:  PAGE 2167.  I'M SORRY, PX-2167.  FORGIVE
16:22  15  ME, JUDGE.  I'M TRYING TO FINISH THIS.
16:22  16          THE COURT:  DO THE BEST YOU CAN.
16:22  17          MR. BRUNO:  PX-2167.  THAT IS A PX NUMBER, NOT A
16:22  18  SLIDE.  WE DON'T HAVE AN IMAGE?
16:22  19          THE COURT:  WE HAVE THE GOOD OL' ELMO AS A BACKUP.
16:22  20  BY MR. BRUNO:
16:22  21  Q.  WE'LL GO THIS WAY.  THIS IS AN ARTICLE ENTITLED "EROSION
16:22  22  STRENGTH OF INNER SLOPES OF DIKES AGAINST WAVE OVERTOPPING:
16:22  23  PRELIMINARY CONCLUSIONS AFTER TWO YEARS OF TESTING WITH WAVE
16:22  24  OVERTOPPING SIMULATOR."
16:22  25  A.  WE SHOULD EMPHASIZE THE WORD *PRELIMINARY*.
```

2656

| | | |
|---|---|---|
| 16:22 | 1 | **Q.**  WE CAN.  DID YOU REVIEW THIS ARTICLE? |
| 16:22 | 2 | **A.**  AT SOME POINT IN MY PAST, I HAVE. |
| 16:22 | 3 | **Q.**  LET'S SEE WHAT THESE GUYS HAVE TO SAY.  YOU SAID THAT |
| 16:23 | 4 | 20 LITERS -- THE CHART THAT YOU USED USES 20 LITERS, DOESN'T |
| 16:23 | 5 | IT, AS A DESIGN GUIDE?  YOU USED IT AS AN INDICATION OF |
| 16:23 | 6 | EVIDENCE OF BACK-SIDE EROSION AT THAT FLOW OVER THE TOP OF THE |
| 16:23 | 7 | LEVEE; ISN'T THAT TRUE? |
| 16:23 | 8 | **A.**  WHICH CHART ARE YOU REFERRING TO, THE 20 LITERS? |
| 16:23 | 9 | **Q.**  THIS ONE, 20. |
| 16:23 | 10 | **A.**  NO.  THE START OF DAMAGE IS BETWEEN 10 AND 1. |
| 16:23 | 11 | **Q.**  YOU USED MUCH LOWER; RIGHT? |
| 16:23 | 12 | **A.**  I SAID IN MY PREVIOUS TESTIMONY THAT I LOOKED IN A RANGE |
| 16:23 | 13 | FROM 1 TO 10 LITERS, WHICH CORRESPONDED TO .01 TO .1 CUBIC FOOT |
| 16:23 | 14 | PER SECOND PER FOOT. |
| 16:23 | 15 | **Q.**  LET'S SEE WHAT THE DUTCH SAY BECAUSE THEY SAY IT SEEMS |
| 16:24 | 16 | CREDIBLE THAT -- OF COURSE, THIS IS DUTCH SITUATIONS.  YOU'LL |
| 16:24 | 17 | SEE THE PAREN THERE. |
| 16:24 | 18 | "AN INNER SLOPE OF A DIKE COVERED WITH GRASS WILL |
| 16:24 | 19 | NEVER FAIL BY EROSION DUE TO OVERTOPPING FOR A MEAN OVERTOPPING |
| 16:24 | 20 | DISCHARGE OF" -- NOT 10, NOT 5, NOT 15 -- "30 LITERS PER SECOND |
| 16:24 | 21 | PER METER OR LESS." |
| 16:24 | 22 | RIGHT? |
| 16:24 | 23 | **A.**  THAT'S WHAT THIS SAYS, YES. |
| 16:24 | 24 | **Q.**  YOU WOULD DISAGREE WITH THAT, OBVIOUSLY? |
| 16:24 | 25 | **A.**  WELL, I THINK WHAT'S HAPPENING IS, AS WE DO MORE AND MORE |

| | | |
|---|---|---|
| 16:24 | 1 | TESTING -- AND THE DUTCH ARE DOING IT AND THE GERMANS ARE DOING |
| 16:24 | 2 | IT -- WE'RE COMING TO LEARN THAT OUR VALUES MIGHT BE SLIGHTLY |
| 16:24 | 3 | CONSERVATIVE.  AS I SAID EARLIER, THERE IS UNCERTAINTY -- I |
| 16:24 | 4 | THINK THE KEY MESSAGE HERE IS WHETHER IT'S 10 OR IT'S 20 OR |
| 16:24 | 5 | IT'S 30, THE OVERTOPPING RATES THAT WERE PRODUCED BY KATRINA ON |
| 16:24 | 6 | THESE LEVEES ARE HUNDREDS OF TIMES HIGHER THAN THESE VALUES. |
| 16:25 | 7 | Q.   FINE.  YOU DISAGREE; RIGHT?  JUST SAY "YES" OR "NO." |
| 16:25 | 8 | A.   NO, I DON'T DISAGREE WITH WHAT THIS SAYS. |
| 16:25 | 9 | Q.   YOU AGREE? |
| 16:25 | 10 | A.   I TRUST THAT THEY'VE OFFERED AN OPINION BASED ON RECENT |
| 16:25 | 11 | TESTING. |
| 16:25 | 12 | Q.   FINE.  SO THAT MEANS ALL OF YOUR CONCLUSIONS ARE INCORRECT |
| 16:25 | 13 | BECAUSE YOU USED 20; RIGHT? |
| 16:25 | 14 | A.   WRONG.  MY CONCLUSIONS ARE BASED ON JUST HOW HIGH THE |
| 16:25 | 15 | ACTUAL OVERTOPPING RATES WERE COMPARED TO OUR DESIGN |
| 16:25 | 16 | THRESHOLDS.  THEY'RE HUNDREDS OF TIMES GREATER.  YOU'RE TALKING |
| 16:25 | 17 | HERE ABOUT A FACTOR OF THREE DIFFERENT THAN OUR CURRENT |
| 16:25 | 18 | THRESHOLD.  I'M SAYING THE ACTUAL RATES PRODUCE RATES THAT |
| 16:25 | 19 | EXCEEDED IT BY HUNDREDS OF TIMES. |
| 16:25 | 20 | Q.   WE ALSO SEE HERE THAT THE TRANSITIONS FROM SLOPE TO |
| 16:25 | 21 | HORIZONTAL ARE PROBABLY THE MOST IMPORTANT LOCATIONS FOR |
| 16:25 | 22 | INITIAL AND INCREASING DAMAGE.  YOU WILL AGREE WITH THAT? |
| 16:25 | 23 | A.   NOT NECESSARILY.  THAT DOES REFER TO THE TOE, WHERE WE DO |
| 16:25 | 24 | TEND TO HAVE A HYDRAULIC JUMP.  IF WE HAD A WATER LEVEL HIGHER |
| 16:26 | 25 | ON THE BACK SIDE OF A LEVEE, STANDING WATER, THE HYDRAULIC JUMP |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:26 | 1 | WOULD FORM AT THE POSITION WHERE THE WATER LEVEL INTERSECTS THE |
| 16:26 | 2 | LEVEE.  SO THAT MAY NOT BE AT THE ORIGINAL TOE OF THE LEVEE BUT |
| 16:26 | 3 | AT SOME POINT HIGHER ON THE LEVEE.  DEPENDING ON THE SOIL |
| 16:26 | 4 | CHARACTERISTICS, THE GRASS COVER, THE EROSION MAY BE TRIGGERED |
| 16:26 | 5 | AT A DIFFERENT LOCATION ON THE TOE. |
| 16:26 | 6 | **Q.**   YOU DISAGREE?  "YES" OR "NO." |
| 16:26 | 7 | **A.**   I DISAGREE. |
| 16:26 | 8 | **Q.**   THANK YOU.  NUMBER 4:  "A HOLE IN THE LAYER OF CLAY WHICH |
| 16:26 | 9 | REACHES THE UNDERLAYING SAND CORE AND CREATED A LARGE MEAN |
| 16:26 | 10 | OVERTOPPING DISCHARGE OF 50 LITERS PER METER OR MORE WILL GIVE |
| 16:26 | 11 | A VERY QUICK, ONGOING EROSION." |
| 16:26 | 12 | WOULD YOU AGREE WITH THAT? |
| 16:26 | 13 | **A.**   I WOULD AGREE THAT SAND WOULD BE MORE ERODIBLE AT THAT |
| 16:26 | 14 | POINT. |
| 16:26 | 15 | **Q.**   SURE.  IF THE CORES OF THESE LEVEES WERE SAND AND YOU |
| 16:26 | 16 | BROKE THAT CLAY LEVEE, YOU WOULD EXPECT THEM TO ERODE VERY, |
| 16:27 | 17 | VERY QUICKLY? |
| 16:27 | 18 | **THE COURT:**  IS THAT A QUESTION? |
| | 19 | **BY MR. BRUNO:** |
| 16:27 | 20 | **Q.**   ISN'T THAT TRUE? |
| 16:27 | 21 | **A.**   YES, IF THERE WAS A SAND CORE, WHICH I COULDN'T FIND |
| 16:27 | 22 | EVIDENCE THAT THEY WERE CONSTRUCTED THAT WAY.  I DID FIND ONE |
| 16:27 | 23 | CORE WHERE THE UPPER SURFACE WAS COMPRISED OF COHESIVE SANDY |
| 16:27 | 24 | MATERIAL, WHICH I WOULD EXPECT WOULD ERODE MORE READILY THAN |
| 16:27 | 25 | SOMETHING OF CLAY. |

2659

| | | |
|---|---|---|
| 16:27 | 1 | **Q.**   PAGE 13.   THIS IS JUST SO THE JUDGE CAN BE ORIENTED.   WE |
| 16:27 | 2 | SEE AT FIGURE 4 [*SIC*] A PICTURE OF WHAT HEADCUTS LOOK LIKE; |
| 16:27 | 3 | RIGHT? |
| 16:27 | 4 | **A.**   CORRECT. |
| 16:27 | 5 | **Q.**   THIS IS FIGURE 2.   WHAT DID I SAY?   FIGURE 2. |
| 16:27 | 6 | HERE WE SEE EVIDENCE OF WHAT HAPPENS, AGAIN, |
| 16:27 | 7 | OVERTOPPING LOWER ON THE LEVEE? |
| 16:27 | 8 | **A.**   YOU CAN SEE THIS CUT'S INITIATED WELL UP THE BACK SLOPE, |
| 16:27 | 9 | NOT AT THE TOE. |
| 16:27 | 10 | **Q.**   THIS IS FIGURE 6. |
| 16:28 | 11 | HERE WE SEE FIGURE 7, A HOLE MIDWAY DOWN THE BOTTOM |
| 16:28 | 12 | OF THE LEVEE. |
| 16:28 | 13 | **A.**   AGAIN, NOT AT THE TOE.   I THINK A FAILURE CAN BE INITIATED |
| 16:28 | 14 | ELSEWHERE ON THE BACK SIDE. |
| 16:28 | 15 | **Q.**   JUST A FEW MORE. |
| 16:28 | 16 | **THE COURT:**   I INTEND TO GO TO 5:30, SO YOU DON'T HAVE |
| 16:28 | 17 | TO FINISH BY 5:00 FOR THE COURT'S SAKE, MAYBE FOR YOURS. |
| 16:28 | 18 | **MR. BRUNO:**   I MADE YOU A PROMISE.   ONE THING I DO IS |
| 16:28 | 19 | I ALWAYS KEEP MY PROMISES. |
| 16:28 | 20 | **THE COURT:**   OKAY. |
| 16:28 | 21 | **BY MR. BRUNO:** |
| 16:28 | 22 | **Q.**   LET'S GO TO JX-211, PAGE 97.   THIS IS THE CHART THAT YOU |
| 16:29 | 23 | USED TO DEMONSTRATE THAT THERE'S SUFFICIENT OVERTOPPING |
| 16:29 | 24 | VOLUMES? |
| 16:29 | 25 | **THE COURT:**   DO WE NEED TO GO OFF OF ELMO? |

FINAL DAILY COPY

```
16:29    1              MR. BRUNO:  YES.

16:29    2              THE COURT:  THANK YOU.

16:29    3   BY MR. BRUNO:

16:29    4   Q.   THIS IS THE CHART THAT YOU USED TO DEMONSTRATE THAT

16:29    5   THERE'S SUFFICIENT OVERTOPPING VOLUMES BEFORE -- BEFORE -- THE

16:29    6   WATER GOES OVER THE TOP OF THE LEVEE TO CAUSE BACK-SIDE

16:29    7   HEADCUTTING AND BACK-TO-FRONT EROSION; RIGHT?  THAT'S WHAT THIS

16:29    8   SHOWS?

16:29    9   A.   NO.  THIS WOULD BE MAXIMUM RATES THAT MOST LIKELY OCCURRED

16:29   10   AT THE TIME OF PEAK, PEAK SURGE LEVEL.

16:29   11   Q.   DIDN'T YOU USE THIS TO CREATE YOUR LITTLE GRAPH, WHICH

16:29   12   ALLOWED YOU TO OPINE WHEN THE WATER WOULD BE HIGH ENOUGH

16:29   13   AGAINST THE CREST OF THE LEVEE TO CAUSE BACK-SIDE HEADCUTTING?

16:29   14   A.   I USED THIS INFORMATION TO HELP ME ESTABLISH WHEN THE

16:30   15   TRIGGER -- WHEN THE OVERTOPPING RATE WOULD REACH A LEVEL THAT

16:30   16   WOULD BE DAMAGING ENOUGH TO BEGIN TO LOWER THE CREST OF THE

16:30   17   LEVEE.

16:30   18   Q.   PRECISELY.  BEFORE WATER IS GOING OVER THE TOP BY

16:30   19   OVERFLOW?

16:30   20   A.   BEFORE OVERFLOW, CORRECT.

16:30   21   Q.   THANK YOU.  NOW, WHAT'S INTERESTING HERE IS THAT YOU HAVE

16:30   22   AN INDICATION OF VARYING HEIGHTS OF LEVEE.

16:30   23   A.   CORRECT.

16:30   24   Q.   WOULD YOU AGREE WITH ME THAT THERE'S ABOUT 12.73 MILES OF

16:30   25   LEVEE?
```

| | | |
|---|---|---|
| 16:30 | 1 | **THE COURT:**  ALONG REACH 2? |
| 16:30 | 2 | **MR. BRUNO:**  YES, YOUR HONOR. |
| 16:30 | 3 | **THE WITNESS:**  YEAH. |
| 16:30 | 4 | BY MR. BRUNO: |
| 16:30 | 5 | **Q.**   IF WE DIVIDE THAT BY YOUR 21 POINTS, WE GET ABOUT |
| 16:30 | 6 | 3,200 FEET PER SECTION?  YOU'VE GOT 21 POINTS ON YOUR LEVEE? |
| 16:30 | 7 | **THE COURT:**  IT'S ABOUT RIGHT. |
| 16:30 | 8 | **MR. BRUNO:**  ABOUT RIGHT?  OKAY. |
| 16:30 | 9 | BY MR. BRUNO: |
| 16:30 | 10 | **Q.**   SO THAT EACH OF THESE BOXES REPRESENTS ABOUT 3,200 FEET OF |
| 16:31 | 11 | LEVEE; RIGHT? |
| 16:31 | 12 | **A.**   CORRECT. |
| 16:31 | 13 | **Q.**   SO IF WE COUNTED THE LOWER 25 AND THE HIGHER 25, ALL THOSE |
| 16:31 | 14 | THAT ARE BELOW 17, WE GET 13, DON'T WE? |
| 16:31 | 15 | **A.**   I DON'T KNOW. |
| 16:31 | 16 | **Q.**   1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 -- |
| 16:31 | 17 | **THE COURT:**  WHERE ARE WE COUNTING FROM? |
| 16:31 | 18 | **MR. BRUNO:**  THE LOWER 25 AND THE HIGHER 25. |
| 16:31 | 19 | **THE WITNESS:**  WHY ARE WE FORGETTING ABOUT THE MEDIAN |
| 16:31 | 20 | 50? |
| 16:31 | 21 | **MR. BRUNO:**  WELL, BECAUSE WE HAVE TO USE A DIFFERENT |
| 16:31 | 22 | MULTIPLIER. |
| 16:31 | 23 | **THE COURT:**  LET ME MAKE SURE.  FORGIVE ME IF I'M NOT |
| 16:31 | 24 | ON THE SAME PAGE.  WHAT WAS YOUR QUESTION PRECISELY?  HOW MANY |
| 16:31 | 25 | OF THE POINTS -- |

| | | |
|---|---|---|
| 16:31 | 1 | **MR. BRUNO:**  HOW MANY OF THE POINTS ARE BELOW 16? |
| 16:32 | 2 | **THE COURT:**  WE'RE LOOKING AT THE LOWER 25 PERCENT |
| 16:32 | 3 | COLUMN? |
| 16:32 | 4 | **MR. BRUNO:**  RIGHT. |
| 16:32 | 5 | **THE WITNESS:**  I WOULD NOT USE .1.  I THINK I SAID |
| 16:32 | 6 | EARLIER I DID NOT USE -- |
| 16:32 | 7 | **BY MR. BRUNO:** |
| 16:32 | 8 | **Q.**  WE'LL TALK ABOUT THAT IN A MINUTE.  LET'S JUST COUNT |
| 16:32 | 9 | BECAUSE YOU DIDN'T SAY THAT IN YOUR REPORT HERE.  1, 2, 3, 4, |
| 16:32 | 10 | 5, 6, 7, 8, 9, 10, 11, AND OVER HERE WE HAVE -- |
| 16:32 | 11 | **THE COURT:**  NOW WE'RE AT THE HIGHER 25 PERCENT. |
| 16:32 | 12 | **BY MR. BRUNO:** |
| 16:32 | 13 | **Q.**  1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13.  SO 13 TIMES |
| 16:32 | 14 | HALF OF 32 IS ABOUT 10,400 FEET? |
| 16:32 | 15 | **A.**  WHERE DID THE 32 COME FROM? |
| 16:32 | 16 | **Q.**  WELL, IF EACH STRETCH, EACH POINT IS ABOUT 3,200 FEET -- |
| 16:33 | 17 | **THE COURT:**  3,200 FEET. |
| 16:33 | 18 | **THE WITNESS:**  OKAY. |
| 16:33 | 19 | **BY MR. BRUNO:** |
| 16:33 | 20 | **Q.**  IF WE GOT 25 PERCENT AND 25 PERCENT, WE COUNT THE NUMBER |
| 16:33 | 21 | OF BLOCKS THAT ARE 16 AND BELOW, WE GET 13.  THAT'S ABOUT |
| 16:33 | 22 | 10,400 FEET. |
| 16:33 | 23 | **A.**  YOU CAN'T USE A VALUE AT THE SAME LOCATION -- YOU CAN'T |
| 16:33 | 24 | USE A BLOCK AT THE SAME LOCATION TWICE.  THAT'S WHAT YOU'RE |
| 16:33 | 25 | DOING, I THINK. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:33 | 1 | **Q.**   THAT'S NOT WHAT YOU TOLD US.  YOU TOLD US THAT YOU'VE GOT |
| 16:33 | 2 | A STRETCH.  WITHIN THAT STRETCH, 50 PERCENT OF THE STRETCH IS |
| 16:33 | 3 | AT 15.3.  YOU TOLD US THAT 25 PERCENT OF THE STRETCH IS AT 11, |
| 16:33 | 4 | AND THE OTHER 25 PERCENT IS AT 16.  SO I HAVE TO COUNT ALL THE |
| 16:33 | 5 | BLOCKS; OTHERWISE, I'M LEAVING THINGS OUT. |
| 16:33 | 6 | **A.**   YOU CAN'T DO THAT.  YOU'RE DOUBLE COUNTING.  THESE |
| 16:33 | 7 | ELEVATIONS ARE REPRESENTED AT THE SAME STRETCH.  YOU'VE GOT TO |
| 16:33 | 8 | ELIMINATE THESE TWO FROM YOUR CALCULATION.  YOU'RE COUNTING |
| 16:33 | 9 | THEM TWICE. |
| 16:33 | 10 | **Q.**   NO, I'M NOT. |
| 16:33 | 11 | **A.**   YOU CAN ONLY COUNT ONE LENGTH OF COASTLINE ONCE. |
| 16:33 | 12 | **Q.**   THAT'S NOT WHAT I'M DOING, MR. EBERSOLE.  THESE ARE 21 |
| 16:33 | 13 | LOCATIONS.  WE AGREE THAT EACH POINT REPRESENTS 3,200 FEET? |
| 16:34 | 14 | **A.**   EACH POINT, CORRECT. |
| 16:34 | 15 | **Q.**   RIGHT? |
| 16:34 | 16 | **A.**   CORRECT. |
| 16:34 | 17 | **THE COURT:**  POINT 1 HAS THREE DIFFERENT VALUES. |
| 16:34 | 18 | **MR. BRUNO:**  VALUES. |
| 23:59 | 19 | **BY MR. BRUNO:** |
| 16:34 | 20 | **Q.**   SO WE HAVE A LENGTH OF LEVEE THAT'S 3,200 FEET LONG.  HALF |
| 16:34 | 21 | OF THE LEVEE IS 15.3 FEET HIGH, 25 PERCENT OF THE LEVEE IS |
| 16:34 | 22 | 11 FEET HIGH, AND THE LAST 25 FEET IS 16 FEET HIGH.  THAT ADDS |
| 16:34 | 23 | UP TO 100 PERCENT IN MY BOOK; CORRECT?  DOES IT NOT ADD UP TO |
| 16:34 | 24 | 100 PERCENT? |
| 16:34 | 25 | **THE COURT:**  NO ONE'S ARGUING THAT. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:34 | 1 | **BY MR. BRUNO:** |
| 16:34 | 2 | **Q.**   IF WE THEN GO TO THE MIDDLE SECTION AND WE COUNT THE |
| 16:34 | 3 | NUMBERS OF 16S OR BELOW, WE GET 1, 2 -- WE GET EIGHT OF THOSE. |
| 16:35 | 4 | **A.**   EIGHT? |
| 16:35 | 5 | **Q.**   WAIT.  I'M SORRY.  HOW MANY OF THOSE DO WE GET? |
| 16:35 | 6 | **THE COURT:**  I ONLY SEE EIGHT. |
| 16:35 | 7 | **MR. BRUNO:**  I'M SORRY.  THAT'S BELOW. |
| 16:35 | 8 | **THE COURT:**  YOU GET TWO ON THE MIDDLE 50 PERCENT. |
| 16:35 | 9 | THAT'S WHAT I SEE. |
| 16:35 | 10 | **MR. BRUNO:**  I'M SORRY.  WE'RE COUNTING EVERYTHING |
| 16:35 | 11 | BELOW 17 FEET, SO LET'S ADD THESE. |
| 16:35 | 12 | **THE COURT:**  I'M SORRY.  I THOUGHT IT WAS 16. |
| 16:35 | 13 | **BY MR. BRUNO:** |
| 16:35 | 14 | **Q.**   SO WE HAVE EIGHT OF THOSE, AND THAT EQUALS 14,400 FEET. |
| 16:35 | 15 | SO WE HAVE 24,800 FEET ACCORDING TO THIS CHART.  SO ACCORDING |
| 16:36 | 16 | TO THIS CHART, ONLY A QUARTER OF THE ENTIRE REACH 2 IS LESS |
| 16:36 | 17 | THAN 17 FEET BASED UPON YOUR OWN CALCULATIONS; ISN'T THAT TRUE? |
| 16:36 | 18 | **A.**   I DIDN'T DO THESE CALCULATIONS.  THESE ELEVATIONS CAME |
| 16:36 | 19 | FROM DR. RESIO.  HE MADE THE DETERMINATION OF WHAT THESE |
| 16:36 | 20 | ELEVATIONS WERE. |
| 16:36 | 21 | **Q.**   IF MY MATH IS RIGHT -- AND THE COURT CAN CHECK ME, OR YOU |
| 16:36 | 22 | CAN CHECK ME LATER.  IF THESE NUMBERS ARE RIGHT, THEN |
| 16:36 | 23 | 75 PERCENT OF REACH 2 IS 17 FEET OR HIGHER; RIGHT? |
| 16:36 | 24 | **A.**   WELL, YOU DIDN'T COUNT AREAS THAT WERE 17; YOU COUNTED |
| 16:36 | 25 | ONLY AREAS THAT WERE BELOW 17. |

2665

16:36  1  **Q.**   RIGHT.

16:36  2  **A.**   IF YOU'RE GOING TO COUNT 17 AND ABOVE, YOU --

16:36  3  **Q.**   WE JUST COUNTED THEM ALL.

16:36  4  **A.**   YOU JUST LOST ME.

16:36  5       **THE COURT:**  WHY DON'T YOU ASK HIM.

16:36  6  **BY MR. BRUNO:**

16:36  7  **Q.**   THE POINT IS FULLY A QUARTER OF YOUR CHART IS BELOW --

16:36  8       **THE COURT:**  THIS IS NOT HIS CHART.

16:36  9  **BY MR. BRUNO:**

16:36  10  **Q.**   FULLY A QUARTER OF DR. RESIO'S CHART IS LESS THAN 17 FEET?

16:37  11  **A.**   I COULDN'T COMMENT.  THIS INFORMATION CAME FROM DR. RESIO.

16:37  12  **Q.**   YOU HAVE THE MAXIMUM TOTAL WATER LEVEL, AND THEN YOU

16:37  13  SUBTRACTED THE HEIGHT OF THE LEVEE FROM THE TOTAL WATER LEVEL

16:37  14  TO GET A DISTANCE; RIGHT?

16:37  15  **A.**   OF FREEBOARD.  FREEBOARD.

16:37  16  **Q.**   THIS CHART'S IN YOUR REPORT, IS IT NOT?

16:37  17  **A.**   CORRECT.

16:37  18  **Q.**   I'M NOT PULLING THIS OUT OF DR. RESIO'S REPORT?

16:37  19  **A.**   CORRECT, BUT WHAT I'M SAYING IS DR. RESIO MADE THE

16:37  20  DETERMINATION OF WHAT THESE ELEVATIONS WERE FOR THE LOWER --

16:37  21  **Q.**   BUT YOU RELIED ON --

16:37  22  **A.**   MAY I FINISH, PLEASE?

16:37  23       DR. RESIO MADE THE DETERMINATION OF WHAT ELEVATIONS

16:37  24  CORRESPONDED TO THE 25 PERCENT, MEDIAN 50 PERCENT, AND HIGHER

16:37  25  25 PERCENT.  THEN THESE DISCHARGE VALUES FOR EACH OF THOSE ALSO

FINAL DAILY COPY

16:37   1   WERE PROVIDED BY DR. RESIO.

16:38   2   **Q.**   YOU RELIED ON THEM?

16:38   3   **A.**   CORRECT.

16:38   4   **Q.**   SO WHAT YOU THEN DID WAS, FOR EXAMPLE, YOU SUBTRACTED THE

16:38   5   11 FEET FROM THE 16 FEET.  YOU GOT 5.8 FEET.  THEN YOU GOT FROM

16:38   6   DR. RESIO AN OVERTOPPING RATE OF 39 CUBIC FEET PER SECOND PER

16:38   7   FOOT; RIGHT?

16:38   8   **A.**   CORRECT.

16:38   9   **Q.**   NOW, DOESN'T THAT MEAN THAT YOU'VE GOT THAT VOLUME OF

16:38   10  WATER GOING OVER THE TOP?  THAT'S NOT WAVE OVERTOPPING; THAT'S

16:38   11  PURE, OLD-FASHIONED SURGE OVERTOPPING.  I MEAN, YOU'VE GOT

16:38   12  5.8 FEET OF WATER FLOWING OVER THE TOP.

16:38   13  **A.**   AGAIN, LET'S NOT USE POINT 1.  I THINK IN MY DEPOSITION TO

16:38   14  YOU I TOLD YOU THAT I DID NOT USE POINT 1.  IF YOU WANT TO TALK

16:38   15  ABOUT REACH 2, I THINK IT WOULD BE BETTER IF WE USE AN ACTUAL

16:38   16  CASE THAT CORRESPONDS TO REACH 2, WHICH WOULD BE ANY ONE OF THE

16:38   17  OTHER POINTS, 2 THROUGH 21.

16:38   18  **Q.**   IN YOUR DEPOSITION, YOU DID NOT TELL ME YOU DIDN'T USE

16:38   19  POINT 1.

16:39   20  **A.**   I THINK IN MY DIRECT I TALKED ABOUT POINT 1 AND WHAT THAT

16:39   21  SIGNIFIED.  POINT 1 WAS GENERATED BY DR. RESIO TO PROVIDE

16:39   22  INFORMATION ALONG REACH 1 SHOULD MR. FITZGERALD DESIRE TO USE

16:39   23  INFORMATION ALONG REACH 1.  THE LOWER 25 PERCENT ELEVATION,

16:39   24  ACTUALLY, OF 11 FEET CORRESPONDS TO A WALL SECTION UNDER PARIS

16:39   25  ROAD BRIDGE, AND 15.3 AND 16 FEET CORRESPOND TO LEVEE

| | | |
|---|---|---|
| 16:39 | 1 | ELEVATIONS ALONG THE SOUTH SIDE OF REACH 1.  SO THEY DON'T |
| 16:39 | 2 | APPLY TO REACH 2. |
| 16:39 | 3 | **Q.**   MR. EBERSOLE, IN YOUR REPORT DID YOU WRITE A PARAGRAPH |
| 16:39 | 4 | WHEREIN YOU SAY THAT POINT 1 IS AN ABERRATION, IT'S JUST |
| 16:39 | 5 | SOMETHING SOMEBODY MADE UP, IT'S JUST AN EXAMPLE, IT'S FOR SOME |
| 16:39 | 6 | OTHER PURPOSE?  DID YOU WRITE THAT IN YOUR REPORT? |
| 16:39 | 7 | **A.**   NO.  I TOLD YOU AT DEPOSITION THAT WAS THE CASE. |
| 16:39 | 8 | **Q.**   NO, YOU DIDN'T.  I'LL SHOW YOU THE DEPOSITION.  YOU TOLD |
| 16:40 | 9 | US FOR THE FIRST TIME IN YOUR TESTIMONY ON FRIDAY THAT IT WAS |
| 16:40 | 10 | SOME KIND OF ABERRATION.  IN YOUR DEPOSITION WHAT YOU TOLD US |
| 16:40 | 11 | WAS YOU DIDN'T KNOW NOW EXPLAIN IT. |
| 16:40 | 12 | **A.**   CAN YOU POINT ME TO THE PAGE, PLEASE. |
| 16:40 | 13 | **THE COURT:**  POINT HIM TO THE DEPOSITION, PLEASE. |
| 16:40 | 14 | TAKE YOUR TIME. |
| 16:40 | 15 | **MR. BRUNO:**  I'LL HAVE TO FIND THE PAGE NUMBER. |
| 16:40 | 16 | **BY MR. BRUNO:** |
| 16:40 | 17 | **Q.**   IN YOUR DEPOSITION, YOU'RE TELLING ME TODAY UNDER OATH |
| 16:40 | 18 | THAT YOU TOLD ME THAT POINT 1 WAS AN ABERRATION? |
| 16:40 | 19 | **A.**   I TOLD YOU I DIDN'T USE POINT 1 TO INDICATE CONDITIONS |
| 16:41 | 20 | SOUTH OF BAYOU BIENVENUE, WHICH IS POINT 2. |
| 16:41 | 21 | **Q.**   LET'S GO TO PAGE 99 OF JX-0211. |
| 16:41 | 22 | **THE COURT:**  WHAT IS THAT, THE REPORT? |
| 16:41 | 23 | **MR. BRUNO:**  THAT'S HIS OWN REPORT. |
| 16:41 | 24 | **THE WITNESS:**  ARE WE IN THE DEPOSITION? |
| 16:41 | 25 | **MR. BRUNO:**  IN THE REPORT. |

| | | |
|---|---|---|
| 16:41 | 1 | **BY MR. BRUNO:** |
| 16:41 | 2 | **Q.**   WHERE IT SAYS "EROSION," YOU, IN YOUR REPORT, SAID: |
| 16:41 | 3 | "EROSION OF THE BACK SIDE WOULD HAVE BEGUN ONCE MEAN |
| 16:41 | 4 | OVERTOPPING RATES EXCEEDED THE THRESHOLD FOR EROSION AT .01 TO |
| 16:41 | 5 | .1 CUBIC FEET PER SECOND," WHICH IS HIGHLIGHTING THE POINT OF |
| 16:41 | 6 | DISAGREEMENT BETWEEN YOU AND MR. HUGHES, THE FELLOW THAT WORKS |
| 16:41 | 7 | FOR THE CORPS WITH YOU? |
| 16:41 | 8 | **A.**   CORRECT. |
| 16:41 | 9 | **Q.**   LET'S GO DOWN THE CHART.  ON THIS CHART HERE, DIDN'T YOU |
| 16:42 | 10 | TELL ME IN YOUR DEPOSITION THAT YOU CHARTED EVERY ONE OF THE |
| 16:42 | 11 | POINTS THAT APPEAR ON THE CHART BEFORE; THAT IS, THE ONE THAT |
| 16:42 | 12 | HAS THE WEIGHTED AVERAGE? |
| 16:42 | 13 | **A.**   CORRECT. |
| 16:42 | 14 | **Q.**   DIDN'T YOU CHART ON THIS CHART POINT 1?  IN FACT, THERE IT |
| 16:42 | 15 | IS RIGHT THERE. |
| 16:42 | 16 | **A.**   CORRECT. |
| 16:42 | 17 | **Q.**   WELL, DO YOU SHOW ANYWHERE ON THIS CHART THAT THAT'S AN |
| 16:42 | 18 | ABERRATION? |
| 16:42 | 19 | **A.**   NO, I DID NOT.  I -- |
| 16:42 | 20 | **Q.**   ON THE CONTRARY, YOU TOLD ME -- |
| 16:42 | 21 | **THE COURT:**  LET HIM FINISH WITH THE ANSWER. |
| 16:42 | 22 | **THE WITNESS:**  I TOLD YOU THAT IN MY DEPOSITION.  SO |
| 16:42 | 23 | IF YOU WANT TO SEARCH THROUGH MY DEPOSITION, WE CAN GO REVIEW |
| 16:42 | 24 | EXACTLY WHAT I TOLD YOU DURING THE DEPOSITION REGARDING THIS |
| 16:42 | 25 | POINT. |

16:42   1           **MR. BRUNO:**  I WILL SHOW YOU THIS POINT IN THE

16:42   2    DEPOSITION AS SOON AS I CAN FIND IT.

16:42   3    **BY MR. BRUNO:**

16:42   4    **Q.**   SO YOU PLOTTED IT EVEN THOUGH IT WAS AN ABERRATION OR

16:43   5    DIDN'T REALLY COUNT?

16:43   6    **A.**   CORRECT.  IT IS INFORMATIVE IN ONE SENSE, THAT 11 FOOT.

16:43   7    WHAT IT DOES IS GIVE AN ILLUSTRATION OF JUST HOW HIGH THE

16:43   8    OVERTOPPING RATE WOULD BE SHOULD THE LEVEE CREST DEGRADE TO AN

16:43   9    ELEVATION OF 11 FEET.  SO, IN THAT SENSE, IT'S SOMEWHAT USEFUL.

16:43   10   **Q.**   SO LET'S GO BACK TO THE OTHER CHART, JX-211, PAGE 97.  YOU

16:43   11   GET 12 -- WELL, I THINK WHAT HAPPENED IN YOUR DEPOSITION, NOW

16:43   12   THAT I HAVE IT IN FRONT OF ME --

16:44   13   **A.**   CAN YOU POINT ME TO THE PAGE, PLEASE.

16:44   14   **Q.**   SURE CAN.  PAGE 248.  I ASKED YOU ABOUT THIS PARTICULAR

16:44   15   LOCATION --

16:44   16   **A.**   COULD YOU WAIT UNTIL I GET TO THAT PAGE, PLEASE?

16:44   17   **Q.**   SURE.

16:44   18   **A.**   248?

16:44   19   **Q.**   248.  ARE YOU WITH ME?

16:44   20   **A.**   I KNOW WE HAD A LENGTHY DISCUSSION ABOUT THIS IN THE

16:44   21   DEPOSITION.  IT MAY COVER SEVERAL PAGES.

16:44   22   **Q.**   TAKE YOUR TIME.  LET'S MAKE THIS POINT BECAUSE YOU SAID I

16:45   23   WAS MISTAKEN.

16:45   24           **THE COURT:**  LET HIM LOOK AT HIS DEPOSITION BEFORE WE

16:45   25   COMMENT ON IT.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:45 | 1 | **BY MR. BRUNO:** |
| 16:45 | 2 | **Q.**   I'LL GIVE YOU HAVE A HINT.  252 IS WHERE IT ENDS. |
| 16:46 | 3 | **A.**   ON THE BOTTOM OF PAGE 251, BEGINNING OF 252. |
| 16:46 | 4 | **Q.**   EXACTLY.  DID YOU TELL ME THAT THIS WAS A MADE-UP -- |
| 16:46 | 5 | **THE COURT:**  DO YOU WANT TO PUT IT UP FOR THE COURT? |
| 16:46 | 6 | **MR. BRUNO:**  LET'S PUT UP PAGE 251. |
| 16:46 | 7 | **THE COURT:**  IF ANYBODY WANTS TO GO BACK A FEW PAGES |
| 16:46 | 8 | BEFORE OR AFTER, THAT'S FINE. |
| 16:46 | 9 | **MR. BRUNO:**  LET'S GO TO 250, JUST TO BE SAFE. |
| 16:46 | 10 | **BY MR. BRUNO:** |
| 16:47 | 11 | **Q.**   SO I ASKED THE QUESTION.  I NOTICED, DID I NOT, |
| 16:47 | 12 | MR. EBERSOLE, THAT AT POINT 1 YOU HAD THIS HUGE OVERTOPPING |
| 16:47 | 13 | RATE OF 12.6 CUBIC FEET PER SECOND PER FOOT?  THAT'S GIANT. |
| 16:47 | 14 | THAT'S THE BIGGEST NUMBER IN THE WHOLE CHART; RIGHT? |
| 16:47 | 15 | **A.**   WHAT WAS THE CHART NUMBER?  WHAT PAGE? |
| 16:47 | 16 | **Q.**   PAGE 97 OF YOUR REPORT. |
| 16:47 | 17 | **A.**   WHICH POINT ARE YOU REFERRING TO? |
| 16:48 | 18 | **Q.**   YOU TELL ME.  YOU DON'T KNOW? |
| 16:48 | 19 | **A.**   I WAS TRYING TO THUMB THROUGH MY PAGES. |
| 16:48 | 20 | **Q.**   WE'RE TALKING ABOUT POINT 1. |
| 16:48 | 21 | **A.**   THE LOWER 25 PERCENT VALUE? |
| 16:48 | 22 | **Q.**   NO.  THE WEIGHTED AVERAGE. |
| 16:48 | 23 | **A.**   OKAY. |
| 16:48 | 24 | **Q.**   12.6 IS A GIANT NUMBER. |
| 16:48 | 25 | **A.**   YEAH.  IT'S CERTAINLY WEIGHTED HEAVILY BY THE LOWER |

16:48   1   25 PERCENT.

16:48   2   **Q.**   SURE.  I ASKED YOU THE SAME QUESTION.  I AM NOW READING

16:48   3   FROM THE DEPOSITION.  I AM READING FROM PAGE --

16:48   4   **A.**   I THOUGHT WE WERE TALKING ABOUT WHETHER I USED THE --

16:48   5           **MR. BRUNO:**  CAN I FINISH?

16:48   6           **THE COURT:**  YES, SIR.  LET HIM ASK THE QUESTION, THEN

16:48   7   YOU CAN EXPLAIN.

16:48   8   **BY MR. BRUNO:**

16:48   9   **Q.**   I ASKED YOU THE QUESTION:

16:48   10          "Question:  WELL, WEIGHTED AVERAGE MEANS FOR THAT

16:48   11      SECTION, OUR WEIGHTED AVERAGE WAS 12.6 CUBIC FEET PER

16:48   12      SECOND PER FOOT GOING OVER THAT LEVEE; RIGHT?

16:48   13          "Answer:  YEAH, YOU KNOW --

16:48   14          "Question:  WELL --

16:49   15          "Answer:  I TEND TO LOOK -- I'VE NOT USED, REALLY,

16:49   16      POINT 1, BUT I THINK THAT'S WHAT THE INTERPRETATION WOULD

16:49   17      BE.  I'VE USED POINTS -- YOU KNOW, I'VE BEEN TRYING TO

16:49   18      FOCUS ON POINTS FROM BIENVENUE TO THE SOUTH.

16:49   19          "Question:  BRUCE, DID THAT LEVEE FAIL?

16:49   20          "Answer:  AT POINT 1?

16:49   21          "Question:  YEAH.

16:49   22          "Answer:  YES.  I'M NOT SURE.

16:49   23          "Question:  IT DIDN'T FAIL, DID IT?

16:49   24          "Answer:  I DON'T KNOW.  THIS MUST BE SOME PART JUST

16:49   25      NORTH OF BIENVENUE STRUCTURE.

16:49    1            "Question:  WELL, I MEAN, YOU KNOW, I'VE GOT MY MAP

16:49    2        HERE AND, I MEAN, AM I READING IT WRONG?  IT LOOKS TO ME

16:49    3        LIKE IT'S RIGHT AT THE INTERSECTION OF -- AGAIN, THIS IS

16:49    4        ONE OF THOSE CHECKS AND BALANCES.  HOW ABOUT THIS:  DID

16:49    5        YOU COMPARE YOUR WEIGHTED AVERAGE TO THE ACTUAL EXPERIENCE

16:49    6        OF THE LEVEE AT THAT LOCATION TO GET SOME REMOTE SENSE OF

16:49    7        WHETHER OR NOT THESE OVERTOPPING RATES RELATED IN ANY WAY

16:49    8        TO REALITY?

16:49    9            "Answer:  WELL, I'VE NOT USED THE RESULTS FROM

16:49   10        POINT 1 VERY MUCH.  I'VE REALLY FOCUSED ON, REALLY, POINT

16:49   11        2, THINGS BETWEEN POINT 2 AND POINT 11.  THAT'S REALLY

16:50   12        BETWEEN BIENVENUE AND DUPRE, WHICH IS THE REALLY CRITICAL

16:50   13        AREA THROUGH WHICH MOST OF THE WATER CAME DURING THE

16:50   14        EVENT, SO I TEND TO FOCUS ON THOSE VALUES."

16:50   15            NOW, MR. EBERSOLE, IN THAT DIALOGUE BETWEEN YOU AND

16:50   16    I, DID YOU INDICATE TO ME THAT THAT WAS SOME SORT OF TEST

16:50   17    NUMBER OR SOMETHING THAT DR. RESIO DID JUST FOR

16:50   18    DR. FITZGERALD'S PURPOSES?  DID YOU TELL ME THAT AT THE TIME OF

16:50   19    THE DEPOSITION?

16:50   20    **A.**   WHEN I GOT THE INFORMATION, IT WAS CLEAR TO ME THAT -- I

16:50   21    DIDN'T RECALL ANYTHING BEING AT ELEVATION 11 FEET ALONG

16:50   22    REACH 2, SO I WAS QUITE SKEPTICAL OF THAT INFORMATION.  AS I

16:50   23    SAID, POINT 11 WOULD BE REPRESENTATIVE OF A BREACHED LEVEE, SO

16:50   24    I BEGAN TO NOT REALLY CONSIDER POINT 1 IN MY ANALYSIS OF WHAT

16:50   25    HAPPENED ALONG REACH 2.

                                FINAL DAILY COPY

| | | |
|---|---|---|
| 16:50 | 1 | **Q.**   YOU JUST LET ME READ THE DEPOSITION.  DID YOU TELL ME THAT |
| 16:50 | 2 | AT THE TIME OF YOUR DEPOSITION? |
| 16:50 | 3 | **A.**   YEAH.  I THINK WHAT I WAS TRYING TO DO WAS EXPLAIN THAT TO |
| 16:51 | 4 | YOU, MAYBE IN NOT THOSE EXACT WORDS. |
| 16:51 | 5 | **THE COURT:**  I READ IT. |
| 16:51 | 6 | **BY MR. BRUNO:** |
| 16:51 | 7 | **Q.**   THE POINT IS THAT THIS FIRST POINT, WHICH YOU CHARTED AND |
| 16:51 | 8 | YOU USED, IS WRONG? |
| 16:51 | 9 | **A.**   WELL, AS I SAID, I DIDN'T USE IT VERY MUCH.  I DIDN'T USE |
| 16:51 | 10 | POINT 1 TO ACTUALLY RELATE TO A PARTICULAR LOCATION ALONG |
| 16:51 | 11 | REACH 2.  WHAT I SAID WAS THAT THE POINT 1 AND THE ELEVATION OF |
| 16:51 | 12 | 11 PROVIDES SOME INSIGHT AS TO JUST HOW HIGH THE OVERTOPPING |
| 16:51 | 13 | RATE WOULD GET SHOULD A LEVEE DEGRADE TO AN ELEVATION OF 11. |
| 16:51 | 14 | **Q.**   MR. EBERSOLE, IT'S WRONG. |
| 16:51 | 15 | **A.**   FROM THAT STANDPOINT, IT WAS INFORMATIVE TO ME. |
| 16:51 | 16 | **Q.**   IT'S WRONG; ISN'T THAT TRUE? |
| 16:51 | 17 | **A.**   WHAT IS WRONG? |
| 16:51 | 18 | **Q.**   THE INFORMATION THAT YOU HAVE ON YOUR CHART FOR POINT 1 IS |
| 16:51 | 19 | WRONG? |
| 16:51 | 20 | **A.**   YEAH. |
| 16:51 | 21 | **Q.**   THANK YOU. |
| 16:51 | 22 | **A.**   I WOULD NOT USE INFORMATION FROM POINT 1 ALONG REACH 2 |
| 16:52 | 23 | WITH THE EXCEPTION OF WHAT I JUST TALKED ABOUT. |
| 16:52 | 24 | **Q.**   RIGHT.  NOW, IT'S WRONG BECAUSE THE INFORMATION ABOUT |
| 16:52 | 25 | LEVEE HEIGHTS WAS WRONG; ISN'T THAT TRUE? |

16:52   1   **A.**   I DON'T KNOW.  DR. RESIO DEVELOPED THE INFORMATION ON THE

16:52   2   ELEVATIONS.

16:52   3   **Q.**   THAT'S NOT THE QUESTION.  THE WEIGHTED AVERAGE, 12.6, IS

16:52   4   ULTIMATELY WRONG BECAUSE THE INFORMATION ABOUT LEVEE CREST

16:52   5   ELEVATION IS WRONG; ISN'T THAT TRUE?  THIS IS WRONG, WHICH

16:52   6   MAKES THAT WRONG; ISN'T THAT TRUE?

16:52   7   **A.**   WELL, I THINK IT'S CORRECT IN TERMS OF LOCATIONS ALONG

16:52   8   REACH 1.

16:52   9        **THE COURT:**  JUST SO WE WON'T BELABOR THE POINT, THE

16:52   10  HEN'S TEETH ARE ABOUT TO KILL ME.  AS YOU SAID IN YOUR

16:53   11  DEPOSITION, THE REASON YOU DIDN'T REALLY FACTOR POINT 1 IN YOUR

16:53   12  ULTIMATE CONCLUSIONS IS BECAUSE YOU FELT THE 11 SEEMED SUSPECT

16:53   13  TO YOU?

16:53   14       **THE WITNESS:**  I DIDN'T RECALL ANYTHING THAT LOW ALONG

16:53   15  REACH 2.  SO IN MY MIND I REALLY DISREGARDED 1 IN TERMS OF

16:53   16  ANYTHING OF SUBSTANCE THAT I'VE USED FROM THESE DATA.

16:53   17       **THE COURT:**  BECAUSE YOU WERE CONCERNED ABOUT THE

16:53   18  ELEVATION?

16:53   19       **THE WITNESS:**  IT REALLY HAS NO BEARING AT ALL ON WHAT

16:53   20  I'VE DONE ALONG REACH 2 EXCEPT FOR THE FACT THAT, AT AN

16:53   21  ELEVATION OF 11, IT WOULD PROVIDE SOME REASONABLE INFORMATION

16:53   22  ALONG REACH 2 BECAUSE WE ACTUALLY USED INFORMATION AT POINT 1

16:53   23  IN CALCULATING THOSE VALUES.

16:53   24       **THE COURT:**  I DON'T KNOW IF WE'RE GOING TO GET INTO A

16:53   25  SYSTEMIC ELEVATION PROBLEM, BUT --

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:53 | 1 | **MR. BRUNO:**  HERE WE GO.  THAT'S EXACTLY WHERE I WAS |
| 16:53 | 2 | GOING. |
| 16:53 | 3 | **THE COURT:**  I THOUGHT SO. |
| 16:53 | 4 | **BY MR. BRUNO:** |
| 16:53 | 5 | **Q.**  39, PX-2138.2.  WHAT WE'VE DONE, MR. EBERSOLE, IS THAT WE |
| 16:53 | 6 | HAVE CHARTED ALL OF YOUR NUMBERS AS AGAINST MR. FITZGERALD'S |
| 16:54 | 7 | LEVEE HEIGHTS AND AS AGAINST -- THIS IS 39 IN THE SLIDES. |
| 16:54 | 8 | **THE COURT:**  HAVE WE SEEN THIS ONE YET, MR. BRUNO?  IS |
| 16:54 | 9 | THIS OUR FIRST VIEW OF THIS? |
| 16:54 | 10 | **MR. BRUNO:**  WELL, IT'S OUR FIRST VIEW OF THIS, YES, |
| 16:54 | 11 | IT IS.  YOU'VE SEEN THE CHART, JUDGE.  WHAT YOU HAVEN'T SEEN IS |
| 16:54 | 12 | OUR PLOTTING OF ALL OF MR. EBERSOLE'S NUMBERS.  WE HAVE IN |
| 16:54 | 13 | GREEN ALL OF WHAT MR. EBERSOLE CALLS THE LOWER 25 PERCENT.  WE |
| 16:54 | 14 | HAVE IN PURPLE WHAT HE CALLS THE MEDIAN.  WE HAVE IN ORANGE |
| 16:54 | 15 | WHAT HE CALLS THE HIGH.  THAT'S ON THIS CHART, WHICH WAS PUT |
| 16:54 | 16 | TOGETHER BY MR. FITZGERALD. |
| 16:54 | 17 | **BY MR. BRUNO:** |
| 16:54 | 18 | **Q.**  NOW, I WANT YOU TO ASSUME, MR. EBERSOLE, THAT I'VE |
| 16:54 | 19 | CORRECTLY PLOTTED THESE POINTS.  LET'S MAKE THIS A HYPOTHETICAL |
| 16:55 | 20 | QUESTION SO YOU DON'T HAVE TO TRUST ME BECAUSE I KNOW YOU DON'T |
| 16:55 | 21 | WANT TO DO THAT. |
| 16:55 | 22 | WHAT WE CAN SEE HERE, CAN WE NOT, IS THAT WE HAVE |
| 16:55 | 23 | EXTREME VARIABILITY IN HEIGHTS.  HERE'S OUR REALLY BAD ONE AT |
| 16:55 | 24 | POINT 1.  IT'S PAINFULLY OBVIOUS THAT ALL OF THESE POINTS ARE |
| 16:55 | 25 | WAY TOO LOW COMPARED TO THE HEIGHTS OF THE LEVEE IN SECTION 1; |

16:55   1   ISN'T THAT TRUE?

16:55   2   **A.**   YES.  BUT YOU HAVE TO REMEMBER THAT THOSE ELEVATIONS DON'T

16:55   3   CORRESPOND TO THAT LOCATION ALONG REACH 2; THEY CORRESPOND TO

16:55   4   CONDITIONS ALONG REACH 1.

16:55   5   **Q.**   FINE.  LET'S PICK ANOTHER ONE.  HOW ABOUT HERE?  LET'S GO

16:55   6   TO POINT 3.  WE'VE GOT THIS, WHICH DOESN'T REALLY RELATE TO THE

16:55   7   BLACK LINE.  WE HAVE THE PURPLE LINE, WHICH DOESN'T REALLY

16:55   8   RELATE TO THE BLACK LINE.  WE HAVE THE ORANGE LINE, WHICH

16:55   9   REALLY DOESN'T SEEM TO RELATE VERY WELL TO THE BLACK LINE, DOES

16:55  10   IT?

16:55  11   **A.**   I DON'T SEE A BLACK LINE.  ARE YOU TALKING ABOUT THE DARK

16:55  12   BLUE LINE?

16:55  13   **Q.**   THIS IS BLACK TO ME.  HOW ABOUT THE DARKEST LINE,

16:56  14   MR. EBERSOLE, PLEASE?  THE DARKEST LINE.  I'LL COME UP THERE

16:56  15   AND SHOW YOU WITH A PENCIL, IF YOU LIKE.

16:56  16           **THE COURT:**  SHOW HIM RIGHT THERE WITH THAT.

       17   **BY MR. BRUNO:**

16:56  18   **Q.**   THIS LINE HERE, DO YOU KNOW WHAT LINE I'M TALKING ABOUT,

16:56  19   MR. EBERSOLE?

16:56  20   **A.**   YES.

16:56  21   **Q.**   HOW ABOUT THIS?  IT'S NOT ORANGE, IT'S NOT PURPLE, AND

16:56  22   IT'S NOT GREEN?

16:56  23           **THE COURT:**  HE SAYS HE KNOWS.

16:56  24   **BY MR. BRUNO:**

16:56  25   **Q.**   WE HAVE A LOT OF DISPARITY AT POINT 3, DO WE NOT?

                        FINAL DAILY COPY

| | | |
|---|---|---|
| 16:56 | 1 | **A.**   I THINK ONE THING YOU HAVE TO KEEP IN MIND HERE -- AND |
| 16:56 | 2 | DR. RESIO PROVIDED THIS INFORMATION ON THE LEVEE ELEVATIONS. |
| 16:56 | 3 | BUT IF YOU LOOK BACK TO A FIGURE IN MY REPORT, YOU'LL SEE THAT |
| 16:56 | 4 | THERE'S A LOT OF VARIABILITY THAT'S NOT REFLECTED IN THE |
| 16:56 | 5 | NUMBERS THAT MR. FITZGERALD GENERATED.  I ASSUME MR. FITZGERALD |
| 16:56 | 6 | TOOK SOME SORT OF A MORE AVERAGE-TYPE ELEVATION AND HE PICKED A |
| 16:56 | 7 | NUMBER.  SO CERTAINLY WITHIN A REACH THERE'S -- OFTENTIMES, I |
| 16:57 | 8 | SAW AS MUCH AS SEVERAL FEET OF VARIABILITY WITHIN SEVERAL |
| 16:57 | 9 | THOUSAND FEET. |
| 16:57 | 10 | SO I THINK WE HAVE TO KEEP IN MIND THAT |
| 16:57 | 11 | MR. FITZGERALD PICKED A NUMBER.  DR. RESIO, AS MY |
| 16:57 | 12 | UNDERSTANDING, LOOKED AT DATA THAT SHOWED MUCH GREATER |
| 16:57 | 13 | VARIABILITY TO MAKE HIS ASSESSMENT OF WHAT THE LOWER |
| 16:57 | 14 | 25 PERCENT, MEDIAN 50 PERCENT, AND HIGHER 25 PERCENT ELEVATIONS |
| 16:57 | 15 | WERE. |
| 16:57 | 16 | **Q.**   FINE.  MR. EBERSOLE, IN FACT, THE LOWER THE NUMBER IS, THE |
| 16:57 | 17 | HIGHER THE OVERTOPPING NUMBER; RIGHT? |
| 16:57 | 18 | **A.**   CORRECT. |
| 16:57 | 19 | **Q.**   CORRECT.  SO THESE WIDE VARIABILITIES ALLOW YOU TO |
| 16:57 | 20 | GENERATE SOME VERY LARGE OVERTOPPING RATES, DON'T THEY? |
| 16:57 | 21 | **A.**   I DIDN'T MAKE THE DECISION ON WHAT THOSE ELEVATIONS WERE. |
| 16:57 | 22 | I DIDN'T MAKE THE DECISIONS ON WHAT THE OVERTOPPING WAS. |
| 16:57 | 23 | **THE COURT:**  THE COURT HAS THE POINT:  THE LOWER THE |
| 16:58 | 24 | ELEVATION, THE MORE THE OVERTOPPING RATE IS; AND THAT THERE IS |
| 16:58 | 25 | A DISPARITY BETWEEN THE HEIGHTS SHOWN ON THIS CHART, THEREBY |

| | | |
|---|---|---|
| 16:58 | 1 | AFFECTING THE OVERTOPPING RATES POTENTIALLY. |
| 16:58 | 2 | **MR. BRUNO:**  WE MOVE INTO EVIDENCE, YOUR HONOR, |
| 16:58 | 3 | PX-2138.2. |
| 16:58 | 4 | **THE COURT:**  LET IT BE ADMITTED. |
| 16:58 | 5 | **BY MR. BRUNO:** |
| 16:58 | 6 | **Q.**  MR. EBERSOLE, LET'S SEE IF WE CAN WRAP THIS UP.  I'M |
| 16:58 | 7 | MAKING AN EXECUTIVE DECISION AND I'M GOING TO END ON THIS NOTE. |
| 16:58 | 8 | IF YOU MOVE THE PEAK SURGE TIME BACKWARDS IN TIME, |
| 16:58 | 9 | WHAT HAPPENS IS YOU HAVE HIGHER WATER EARLIER; ISN'T THAT TRUE? |
| 16:59 | 10 | **A.**  GIVE ME AN EXAMPLE.  SAY A PEAK SURGE AT 7:30, WHICH WAY |
| 16:59 | 11 | ARE YOU MOVING?  WHICH IS BACKWARDS, 8:30 OR 6:30? |
| 16:59 | 12 | **THE COURT:**  6:30.  MAYBE IT'S A GOOD QUESTION. |
| 23:59 | 13 | **BY MR. BRUNO:** |
| 16:59 | 14 | **Q.**  IT'S NOT THAT HARD, BUT WE'LL JUST DRAW IT ON THE BOARD |
| 16:59 | 15 | FOR MR. EBERSOLE. |
| 16:59 | 16 | LET'S SAY THE PEAK SURGE IS HERE.  LET'S JUST SAY FOR |
| 16:59 | 17 | THE SAKE OF THIS HYPOTHETICAL QUESTION THE PEAK SURGE IS AT |
| 16:59 | 18 | 8:30.  IF WE MOVE THE PEAK SURGE BACK AN HOUR -- ARE YOU WITH |
| 16:59 | 19 | ME SO FAR? |
| 16:59 | 20 | **A.**  YES. |
| 16:59 | 21 | **Q.**  THE WATER IS HIGHER EARLIER -- |
| 16:59 | 22 | **A.**  CORRECT. |
| 16:59 | 23 | **Q.**  -- RIGHT? |
| 16:59 | 24 | **A.**  CORRECT. |
| 16:59 | 25 | **Q.**  IF THE WATER IS HIGHER EARLIER, THEN THE LEVEES WILL FALL |

17:00  1  DOWN EARLIER, RIGHT, FROM YOUR OVERTOPPING THAT YOU DESCRIBED

17:00  2  TO THE COURT?

17:00  3  **A.**   CORRECT.

17:00  4  **Q.**   CORRECT?  SO YOU HAVE MORE TIME AVAILABLE TO YOU TO ALLOW

17:00  5  THE WATER TO GET TO THE 40 ARPENT AT 8:30; ISN'T THAT TRUE?

17:00  6        **THE COURT:**  THE BOTTOM LINE IS, IN OTHER WORDS, IF

17:00  7  THE PEAK SURGE WAS AT 7:30, THE WATER WOULD GET TO THE

17:00  8  40 ARPENT QUICKER THAN IF IT WERE AT 8:30.  IS THAT --

17:00  9        **MR. BRUNO:**  NO, THAT'S NOT IT, JUDGE.

17:00  10       **THE COURT:**  ALL RIGHT.

17:00  11 **BY MR. BRUNO:**

17:00  12 **Q.**   THE PROBLEM WITH THE DEFENDANT'S POSITION IS THIS --

17:00  13       **MR. MITSCH:**  YOUR HONOR, MR. BRUNO IS TESTIFYING NOW.

17:00  14 IF HE HAS A QUESTION, LET HIM ASK IT.

17:00  15       **THE COURT:**  WHAT'S YOUR QUESTION ABOUT THE 40 ARPENT?

17:00  16 IF I MESSED YOU UP, I'M SORRY.

17:00  17 **BY MR. BRUNO:**

17:00  18 **Q.**   ALL RIGHT.  8:30 --

17:00  19       **THE COURT:**  DRAW THE 40 ARPENT IF YOU WANT.  THAT

17:00  20 WOULD BE GREAT.

17:00  21 **BY MR. BRUNO:**

17:01  22 **Q.**   WE'VE ALREADY ESTABLISHED THAT THE WATER -- WE BOTH

17:01  23 AGREED -- PLAINTIFFS AND DEFENDANTS AGREE THE WATER GETS TO THE

17:01  24 40 ARPENT AT 8:30.

17:01  25 **A.**   OKAY.

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:01 | 1 | **Q.**   RIGHT? |
| 17:01 | 2 | **A.**   APPROXIMATELY, YES. |
| 17:01 | 3 | **Q.**   LET'S JUST SAY FOR THE SAKE OF ARGUMENT THAT THE PEAK |
| 17:01 | 4 | SURGE IS AT 8:30, JUST FOR THE SAKE OF ARGUMENT.  OKAY? |
| 17:01 | 5 | **A.**   I DON'T QUITE UNDERSTAND HOW YOU COULD HAVE THAT |
| 17:01 | 6 | SITUATION. |
| 17:01 | 7 | **Q.**   I SAID ASSUME IT. |
| 17:01 | 8 | **A.**   IT SEEMS IMPOSSIBLE TO ME.  HOW CAN YOU HAVE A SURGE ON |
| 17:01 | 9 | REACH 2 THAT'S 8:30 AND HAVE WATER LEVEL REACHING THE -- |
| 17:01 | 10 | **THE COURT:**  BECAUSE YOU'D HAVE TO HAVE PREMATURE |
| 17:01 | 11 | BREACHING.  YOU'D HAVE TO HAVE BREACHING BEFORE YOU THOUGHT. |
| 17:01 | 12 | THAT'S THE ANSWER. |
| 17:01 | 13 | **MR. BRUNO:**  IT'S OF NO MOMENT TO THE QUESTION.  THE |
| 17:01 | 14 | QUESTION'S GOT NOTHING TO DO WITH THAT. |
| 17:01 | 15 | **THE COURT:**  OKAY. |
| 17:01 | 16 | **BY MR. BRUNO:** |
| 17:01 | 17 | **Q.**   THE QUESTION IS:  IF, IN FACT, THE JUDGE DECIDES THAT YOU |
| 17:01 | 18 | HAVE AN 8:30 PEAK AND IF YOUR THEORY IS CORRECT, THE WATER GOT |
| 17:02 | 19 | INTO ST. BERNARD ONLY BECAUSE IT WAS WAVE OVERTOPPING, |
| 17:02 | 20 | BACK-SIDE EROSION, YOU DON'T HAVE ENOUGH TIME AVAILABLE TO YOU, |
| 17:02 | 21 | IN YOUR THEORY, FOR THE WATER TO GET TO THE 40 ARPENT AT 8:30; |
| 17:02 | 22 | ISN'T THAT TRUE? |
| 17:02 | 23 | **A.**   MR. FITZGERALD COULD COMMENT BETTER, BUT I DO BELIEVE WE |
| 17:02 | 24 | HAD DEGRADATION OCCUR QUITE A BIT EARLIER THAN THE TIME OF PEAK |
| 17:02 | 25 | SURGE.  SO WE WOULD HAVE BEGUN TO PUT WATER INTO THE 40 |

| | | |
|---|---|---|
| 17:02 | 1 | ARPENT -- |
| 17:02 | 2 | **Q.**  THAT'S NOT THE QUESTION. |
| 17:02 | 3 | **A.**  YOU'RE CONFUSING ME. |
| 17:02 | 4 | **Q.**  NO.  IT'S A "YES" OR "NO" ANSWER, AS USUAL.  THE QUESTION |
| 17:02 | 5 | IS REALLY SIMPLE. |
| 17:02 | 6 | **A.**  I'M CONFUSED WITH THE QUESTION. |
| 17:02 | 7 | **Q.**  ONLY BECAUSE YOU CHOOSE TO BE. |
| 17:02 | 8 | **THE COURT:**  ALL RIGHT, SIR.  MR. BRUNO -- |
| 17:02 | 9 | **MR. MITSCH:**  IF EVERY ONE OF THESE QUESTIONS -- |
| 17:02 | 10 | **THE COURT:**  MR. BRUNO -- |
| 17:02 | 11 | **MR. BRUNO:**  I APOLOGIZE. |
| 17:02 | 12 | **MR. MITSCH:**  IF EVERY ONE OF THESE QUESTIONS WERE |
| 17:02 | 13 | "YES" OR "NO," WE WOULD HAVE BEEN OUT OF HERE ABOUT SIX HOURS |
| 17:02 | 14 | AGO. |
| 17:02 | 15 | **THE COURT:**  WELL, COUNSEL, SHALL I SAY THERE'S |
| 17:02 | 16 | CULPABILITY ON BOTH PARTS, MAY I SAY. |
| 17:03 | 17 | **BY MR. BRUNO:** |
| 17:03 | 18 | **Q.**  IF THE PEAK SURGE WAS AT 8:30, ISN'T IT A FACT THAT UNDER |
| 17:03 | 19 | YOUR THEORY, THERE'S NOT ENOUGH TIME FOR THE WATER TO GET TO |
| 17:03 | 20 | THE 40 ARPENT LEVEE?  ISN'T THAT TRUE? |
| 17:03 | 21 | **A.**  I DON'T NECESSARILY AGREE.  I THINK MR. FITZGERALD COULD |
| 17:03 | 22 | COMMENT BETTER ON THAT PARTICULAR SUBJECT SINCE HE DID THE |
| 17:03 | 23 | INTERIOR INUNDATION ANALYSIS AND REALLY LOOKED AT THE TIME OF |
| 17:03 | 24 | ARRIVAL.  I THINK THAT'S MORE OF HIS REALM THAN IT IS IN MY |
| 17:03 | 25 | REALM. |

17:03   1          I WAS REALLY LOOKING AT TIME AT WHICH THE LEVEE WOULD

17:03   2   BEGIN TO DEGRADE AS FAR AS HOW MUCH TIME IT TAKES TO FILL UP

17:03   3   THE CENTRAL WETLANDS, HOW MUCH TIME IT TAKES THE WATER TO

17:03   4   ARRIVE AT THE 40 ARPENT.  THOSE ARE QUESTIONS THAT YOU WOULD

17:03   5   HAVE TO DIRECT TO HIM.

17:03   6   Q.   YOU TESTIFIED IN THIS COURTROOM THAT YOU TALKED TO

17:03   7   DR. FITZGERALD ABOUT THE NECESSITY OF CHANGING THE RATE OF

17:03   8   EROSION OF THE LEVEES SO THAT THE WATER WOULD GET TO THE 40

17:03   9   ARPENT AT 8:30.  YOU CHANGED IT FROM ONE HOUR TO AN HOUR AND A

17:04  10   HALF.  YOU'RE TELLING THE COURT NOW THAT YOU DIDN'T PARTICIPATE

17:04  11   IN THAT DISCUSSION?

17:04  12   A.   NO.  I THINK WHAT I SAID WAS THAT, IN MY PROFESSIONAL

17:04  13   OPINION, I THOUGHT THAT THE RATE OF DEGRADATION OF THE LEVEES

17:04  14   ALONG REACH 2 WOULD HAVE TAKEN AN HOUR TO AN HOUR AND A HALF.

17:04  15   I THINK MR. FITZGERALD -- THERE WAS SOME UNCERTAINTY THERE.

17:04  16   WHAT I SUGGESTED TO HIM WAS ONE WAY TO HELP DETERMINE WHICH OF

17:04  17   THOSE WOULD BE A BETTER CHOICE WOULD BE TO LOOK AT HIS INTERIOR

17:04  18   INUNDATION RESULTS WITH THOSE TWO CHOICES, OR PERHAPS A THIRD

17:04  19   CHOICE, FIND OUT WHICH MOST ACCURATELY REPRESENTED THE ARRIVAL

17:04  20   TIME OF THE WATER AT THAT LOCATION.  THAT'S WHAT I GAVE HIM.

17:04  21          AS FAR AS THE ACTUAL TIME OF ARRIVAL, THINGS LIKE

17:04  22   THAT, INFLUENCE OF THE DIFFERENT CHOICES FOR THAT LOWERING

17:04  23   RATE, THAT'S SOMETHING YOU WOULD HAVE TO ASK MR. FITZGERALD.

17:05  24   Q.   YOU JUST TOLD US WHICH ONE MOST ACCURATELY REPRESENTED THE

17:05  25   ARRIVAL TIME, DIDN'T YOU?

                        FINAL DAILY COPY

| | | |
|---|---|---|
| 17:05 | 1 | **A.**   WELL, WHAT I TOLD HIM IS -- |
| 17:05 | 2 | **Q.**   DID YOU SAY THAT?  "YES" OR "NO." |
| 17:05 | 3 | **A.**   I DON'T RECALL EXACTLY WHAT I SAID. |
| 17:05 | 4 | **Q.**   HOW ABOUT THIS:  IN YOUR THEORY YOU USE A PEAK SURGE OF |
| 17:05 | 5 | 7:30, YOU GET AN ARRIVAL TIME OF 8:30, AND YOUR 7:30 PEAK SURGE |
| 17:05 | 6 | IS BASED UPON A TIME WHERE WATER GOES TO A CERTAIN LEVEL.  AT |
| 17:05 | 7 | THAT TIME THE WATER GOES OVER THE TOP OF THE LEVEE, AND AT THAT |
| 17:05 | 8 | TIME THE LEVEES START TO DEGRADE; RIGHT? |
| 17:05 | 9 | **A.**   WE WOULD HAVE HAD BREACHING WELL BEFORE -- |
| 17:05 | 10 | **THE COURT:**  THAT IS A "YES" OR "NO," AND YOU CAN |
| 17:05 | 11 | EXPLAIN.  IS THAT RIGHT? |
| 17:05 | 12 | **THE WITNESS:**  CAN YOU RESTATE THE QUESTION. |
| 17:06 | 13 | (WHEREUPON THE QUESTION WAS READ BACK.) |
| 17:06 | 14 | **THE WITNESS:**  INCORRECT. |
| 17:06 | 15 | **BY MR. BRUNO:** |
| 17:06 | 16 | **Q.**   WHAT'S WRONG ABOUT IT? |
| 17:06 | 17 | **A.**   WELL, THE TIME OF BREACHING IS GOING TO BE A FUNCTION OF |
| 17:06 | 18 | BOTH THE RISING WATER LEVEL AND THE CREST OF THE LEVEE, WHICH |
| 17:06 | 19 | VARIES ALONG REACH 2.  SO THE ACTUAL BREACHING WILL VARY |
| 17:06 | 20 | DEPENDING ON WHERE YOU ARE AROUND REACH 2. |
| 17:06 | 21 | **Q.**   IT DOESN'T MATTER.  WE'RE TALKING ABOUT WHEN THE WATER |
| 17:06 | 22 | STARTS TO INVADE THE CENTRAL WETLANDS UNIT; RIGHT? |
| 17:06 | 23 | **A.**   THAT VARIES DEPENDING ON WHERE YOU ARE ALONG REACH 2. |
| 17:06 | 24 | **Q.**   UNDERSTOOD.  WHATEVER HAPPENS, IT HAPPENS AT A CERTAIN |
| 17:07 | 25 | POINT IN TIME RELATIVE TO THE PEAK SURGE? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:07 | 1 | **A.**   NO.   THE LEVEE CREST ELEVATION IS ALSO AN IMPORTANT |
| 17:07 | 2 | FACTOR. |
| 17:07 | 3 | **Q.**   EXACTLY.  WHATEVER THE LEVEE CREST ELEVATION, IT'S RELATED |
| 17:07 | 4 | TO WHERE THE WATER IS AT A PARTICULAR MOMENT IN TIME; ISN'T |
| 17:07 | 5 | THAT TRUE? |
| 17:07 | 6 | **A.**   CORRECT. |
| 17:07 | 7 | **Q.**   IF YOU CHANGE THE PEAK SURGE TIME, YOU'RE CHANGING THE |
| 17:07 | 8 | POINT IN TIME THAT THAT WATER GETS TO THAT POINT WHEREVER YOU |
| 17:07 | 9 | ARE ON REACH 2; RIGHT? |
| 17:07 | 10 | **A.**   CORRECT. |
| 17:07 | 11 | **Q.**   CORRECT.  OKAY.  SO, IN FACT, THEN, YOUR THEORY IS BASED |
| 17:07 | 12 | UPON THE WATER ARRIVING AT A PARTICULAR LEVEE AT A PARTICULAR |
| 17:07 | 13 | TIME AND THAT BREACHING OCCURRING, DEPENDING UPON HOW HIGH THAT |
| 17:07 | 14 | LEVEE IS, WHICH THEN CAUSES WATER TO FILL UP THE BOWL AND GET |
| 17:07 | 15 | TO THE 40 ARPENT AT 8:30; ISN'T THAT RIGHT? |
| 17:07 | 16 | **A.**   CORRECT. |
| 17:07 | 17 | **Q.**   SO IF YOU MOVE THAT TIME FRAME TO 8:30, YOU DON'T HAVE |
| 17:07 | 18 | ENOUGH TIME FOR THE WATER TO GET TO THE 40 ARPENT? |
| 17:07 | 19 | **THE COURT:**  IF YOU MOVE THE PEAK SURGE LEVEL TO 8:30? |
| 17:07 | 20 | **MR. BRUNO:**  EXACTLY. |
| 17:07 | 21 | BY MR. BRUNO: |
| 17:07 | 22 | **Q.**   ISN'T THAT TRUE? |
| 17:08 | 23 | **THE COURT:**  THE WITNESS IS THINKING, WHICH HE'S |
| 17:08 | 24 | ENTITLED TO DO. |
| 17:08 | 25 | **THE WITNESS:**  I WOULD AGREE. |

FINAL DAILY COPY

```
17:08    1            MR. BRUNO:  THANK YOU FOR BEING THE MOST COOPERATIVE

17:08    2    WITNESS I'VE EVER CROSS-EXAMINED IN MY LIFE.  I APPRECIATE IT.

17:08    3    THANK YOU.

17:08    4            THE COURT:  I ASSUME, IF YOU'RE GOING TO REDIRECT,

17:08    5    YOU'LL DO IT TOMORROW AT 1:00?

17:08    6            MR. MITSCH:  I'M PREPARED TO START, BUT I WOULD NEED

17:08    7    15 OR 20 MINUTES.  IT MAKES MORE SENSE TO START TOMORROW.

17:08    8            THE COURT:  WE WILL RECESS AND START TOMORROW.  DOES

17:08    9    THE GOVERNMENT PLAN -- DO YOU HAVE ANOTHER WITNESS LINED UP

17:08   10    JUST IN CASE?

17:08   11            MR. MITSCH:  WE DO.

17:08   12            THE COURT:  PERFECT.  THANK YOU VERY MUCH.  I HOPE

17:08   13    YOU ENJOY THE MORNING OFF.  EVERYBODY NEEDS A LITTLE RESPITE

17:08   14    FROM THIS.  WE'RE ADJOURNED FOR THE DAY.

17:09   15            THE DEPUTY CLERK:  ALL RISE.

17:09   16            (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.)

17:09   17                              * * *

17:09   18                         CERTIFICATE

17:09   19            I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT
17:09         REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT
17:09   20    OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE
17:09         AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND
17:09   21    UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE
17:09         ABOVE-ENTITLED AND NUMBERED MATTER.
17:09   22
17:09                                        S/ TONI DOYLE TUSA
17:09   23                                   TONI DOYLE TUSA, CCR, FCRR
                                             OFFICIAL COURT REPORTER

        24

        25



                             FINAL DAILY COPY
```

'
'MASSIVELY [1] 2649/2

-

-6 [3] 2546/14 2548/19 2564/6

.

.0049 [1] 2549/5
.005 [5] 2561/1 2561/2 2561/6 2561/15 2561/18
.005 FEET [4] 2561/1 2561/2 2561/6 2561/15
.01 [7] 2561/23 2562/10 2562/24 2648/18 2654/5 2656/13 2668/4
.01 FEET [2] 2561/23 2562/24
.010 [1] 2561/18
.010 FEET [1] 2561/18
.0101 [1] 2560/24
.02 [1] 2648/18
.03 [1] 2648/18
.05 [1] 2554/6
.05 FEET [1] 2554/6
.09 [1] 2554/9
.09 FEET [1] 2554/9
.1 [16] 2561/23 2562/9 2562/10 2562/17 2648/22 2653/13 2653/16 2654/1 2654/5 2654/6 2654/6 2654/12 2655/3 2656/13 2662/5 2668/5
.1 CUBIC [5] 2653/13 2654/1 2654/12 2656/13 2668/5
.1 FEET [1] 2562/17
.11 [1] 2654/17
.12 [1] 2574/14
.16 [7] 2568/6 2568/9 2568/11 2569/12 2569/14 2569/23 2570/7
.16 FEET [3] 2568/6 2568/11 2569/14
.2 [1] 2648/23
.3 [2] 2574/13 2648/23
.5 [10] 2539/2 2539/5 2545/10 2545/10 2548/6 2548/18 2564/8 2578/1 2579/6 2579/14
.5 METERS [2] 2539/2 2579/6
.6 [5] 2554/7 2578/1 2579/14 2579/14 2579/15
.6 INCHES [1] 2554/7
.8 [1] 2576/23
.9 [2] 2577/10 2577/11
.9 METERS [1] 2577/11

0

0.5 [1] 2549/2
0211 [1] 2667/21
06-CV-2268-K [1] 2532/5
0930 [1] 2591/13

1

1 FOOT [1] 2596/9
1,000 [5] 2576/12 2576/15 2576/19 2576/20 2576/22
1.2 [1] 2561/24
1.2 INCHES [1] 2562/18
1.3 [3] 2547/7 2547/9 2547/10
1.3 METERS [1] 2567/10
1.4 [2] 2577/24 2577/25
1.47 [2] 2576/2 2579/4
1.5 [5] 2539/5 2539/9 2578/24 2579/5 2579/19
1.8 [4] 2592/20 2592/21 2592/22 2592/24
10 [20] 2544/11 2544/20 2546/14 2548/19 2562/8 2562/8 2562/9 2562/10 2562/17 2562/20 2563/7 2563/8 2564/5 2654/15 2656/10 2656/20 2657/4

2661/16 2662/10 2662/13
0 1765 11 2659/10
10,000 [2] 2576/25 2577/4
10,400 FEET [2] 2662/14 2662/22
10-MINUTE [1] 2591/16
100 [3] 2601/1 2663/23 2663/24
1000 [1] 2532/16
10022 [1] 2534/4
11 [13] 2585/7 2650/6 2661/16 2662/10 2662/13 2663/3 2669/6 2672/11 2672/23 2673/12 2673/13 2674/12 2674/21
11 FEET [5] 2663/22 2666/5 2666/24 2669/9 2672/21
1100 [1] 2533/3
114 [1] 2580/1
115 [1] 2581/7
11:00 A.M [1] 2554/9
12 [9] 2532/10 2537/17 2554/4 2554/7 2554/10 2568/9 2585/7 2662/13 2669/11
12 INCHES [6] 2537/20 2537/23 2538/7 2538/8 2538/10 2538/25
12.5 [2] 2623/25 2624/10
12.6 [3] 2670/13 2670/24 2674/3
12.6 CUBIC [1] 2671/11
12.73 MILES [1] 2660/24
1205 [1] 2533/24
1261 [1] 2533/13
12:30 [1] 2585/8
13 [7] 2589/20 2590/5 2659/1 2661/14 2662/13 2662/13 2662/21
13 FEET [1] 2589/22
1300 [1] 2589/15
1366 [1] 2533/14
14 [2] 2642/23 2642/25
14,400 FEET [1] 2664/14
14.5 [1] 2590/18
15 [2] 2656/20 2685/7
15-FOOT [1] 2596/15
15.3 [2] 2663/3 2666/25
15.3 FEET [1] 2663/21
16 [4] 2662/1 2662/21 2663/4 2664/12
16 FEET [4] 2596/16 2663/22 2666/5 2666/25
16S [1] 2664/3
17 [7] 2536/18 2537/19 2538/19 2661/14 2664/24 2664/25 2665/2
17 FEET [4] 2664/11 2664/17 2664/23 2665/10
17.5 [3] 2600/25 2649/22 2650/5
17.5-FOOT [1] 2637/16
18 FEET [1] 2650/12
1877.1 [4] 2622/13 2625/9 2626/8 2629/11
1877.1A [1] 2635/16
1877.2 [2] 2635/24 2636/7
1877.3 [2] 2637/22 2638/5
1877.4 [1] 2640/15
1877.5 [1] 2641/10
1877.6 [2] 2612/12 2636/3
19 FEET [3] 2636/18 2637/16 2637/18
1953 [2] 2575/10 2575/18
1958 [2] 2536/15 2539/24
1970 [1] 2654/21
1980S [1] 2654/22
1:00 [1] 2685/5
1V [1] 2629/9

2

2 FEET [1] 2588/24
2 INCHES [39] 2537/21 2538/16 2538/24 2542/3 2542/5 2546/21 2547/25 2548/2 2548/3 2548/22 2548/23 2549/13 2549/17 2550/21 2550/23 2552/5

2552/13 2552/15 2552/23 2554/19
0 1765 11 2659/10
2559/21 2566/3 2567/14 2567/17
2565/16 2565/18 2567/15 2568/4 2568/5 2569/8 2569/9 2569/13 2569/15 2569/23 2570/7 2570/13 2570/13 2570/14 2571/1
2 METERS [2] 2602/9 2602/24
2-HOUR [1] 2547/2
2-INCH [1] 2566/21
2.5 [3] 2608/10 2649/8 2649/9
2.78 [2] 2576/13 2577/4
2.95 FEET [1] 2577/17
20 [4] 2656/9 2657/4 2657/13 2685/7
20 LITERS [3] 2656/4 2656/4 2656/8
200 METERS [1] 2601/1
20044 [1] 2534/18
2009 [2] 2532/7 2536/2
21 [4] 2661/5 2661/6 2663/12 2666/17
211 [3] 2553/15 2659/22 2669/10
2131.1 [1] 2603/6
2131.2 [1] 2603/22
2131.3 [1] 2598/21
2133.1 [1] 2595/22
2138.2 [2] 2675/5 2678/3
2158 [2] 2548/5 2557/19
2163 [1] 2645/3
2165 [1] 2573/10
2167 [4] 2655/10 2655/14 2655/14 2655/17
24 [1] 2539/6
24,800 FEET [1] 2664/15
248 [2] 2669/14 2669/18 2669/19
25 [5] 2661/13 2661/13 2661/18 2661/18 2662/20
25 FEET [1] 2663/22
25 PERCENT [14] 2662/2 2662/11 2662/20 2663/3 2663/4 2663/21 2665/24 2665/25 2666/23 2670/21 2671/1 2675/13 2677/14 2677/14
250 [1] 2670/9
251 [2] 2670/3 2670/6
252 [2] 2670/2 2670/3
26 [1] 2653/12
2626 [1] 2533/24
2655 [1] 2533/10
291 [1] 2612/4
295 [1] 2536/16
296 [2] 2539/25 2545/9
297 [5] 2545/20 2555/4 2557/6 2565/21 2566/3
2:30 [3] 2595/1 2595/1 2595/6

3

3 FEET [3] 2576/7 2577/13 2577/14
3 INCHES [2] 2538/15 2553/6
3,200 FEET [6] 2661/6 2661/10 2662/16 2662/17 2663/13 2663/20
3.5 [6] 2568/11 2568/12 2569/15 2569/17 2569/23 2570/13
30 [3] 2601/21 2603/19 2657/5
30 LITERS [1] 2656/20
3102 [1] 2533/3
32 [2] 2662/14 2662/15
325 [1] 2534/4
33 [1] 2536/23
3668 [1] 2533/7
39 [2] 2675/5 2675/7
39 CUBIC [1] 2666/6
3:00 [1] 2568/10
3:30 A.M [1] 2593/1

4

4 FEET [4] 2539/10 2547/11 2547/14

**4**

4 FEET... [1] 2590/22
4 HOURS [1] 2547/18
4 METERS [1] 2600/25
4.2-FOOT [1] 2547/24
4.25 [2] 2594/11 2595/11
4.26 [2] 2547/16 2557/10
4.26 FEET [1] 2567/11
4.3 [6] 2560/2 2562/16 2563/24 2568/3
2569/6 2570/2
4.3 FEET [3] 2560/17 2569/19 2570/5
4.3-FOOT [2] 2557/18 2560/24 2568/13
4.4 [1] 2563/24
4.5 [4] 2539/7 2539/10 2547/12 2593/5
4.8 [1] 2578/25
4.8 FEET [2] 2578/2 2578/24
4.8-FOOT [2] 2576/3 2577/25
40 [15] 2651/21 2651/25 2652/3 2652/5
2679/5 2679/15 2679/19 2679/24
2680/21 2680/25 2681/20 2682/4 2682/8
2684/15 2684/18
40 ARPENT [1] 2679/8
406 [1] 2534/20
48 [1] 2584/25
49 [1] 2586/5
4:30 [14] 2590/16 2590/20 2590/21
2590/21 2591/1 2591/24 2592/18 2592/21
2593/22 2593/24 2594/4 2594/10
2594/20 2595/6
4:30 A.M [4] 2590/15 2591/14 2592/17
2593/2

**5**

5.8 FEET [2] 2666/5 2666/12
5.9 FEET [1] 2569/20
50 [9] 2538/18 2619/16 2620/3 2624/1
2624/3 2624/10 2638/11 2638/20
2661/20
50 FEET [1] 2602/2
50 LITERS [1] 2658/10
50 MILLIMETERS [3] 2538/16 2542/18
2555/24
50 PERCENT [4] 2663/2 2664/8 2665/24
2677/14
500 [3] 2533/6 2534/20 2599/4
504 [1] 2534/21
51 [1] 2622/5
519 [1] 2533/17
53 [1] 2622/6
550 [1] 2532/16
556 [1] 2533/6
56 [1] 2575/24
57TH [1] 2534/4
589-7778 [1] 2534/21
5:00 [4] 2559/17 2560/2 2563/13
2653/19
5:00 A.M [1] 2563/12
5:00 FOR [1] 2659/17
5:30 [1] 2659/16

**6**

6 FEET [1] 2588/25
6 INCHES [6] 2550/18 2550/18 2550/19
2552/15 2554/22 2566/12
6 METERS [3] 2560/25 2602/13 2602/18
6-FOOT-PER-SECOND [1] 2589/1
60 MILLIMETERS [1] 2538/14
600 [2] 2534/7 2602/2
601 [1] 2533/10
604 [1] 2534/7
610 [1] 2532/23
618 [1] 2533/20

650 METERS [1] 2602/4
6:30 [3] 2568/12 2569/12 2678/12
6:30 A.M [4] 2568/11 2569/12 2569/14
2569/24

**7**

70113 [2] 2532/20 2532/23
70130 [3] 2533/10 2534/8 2534/21
70381 [1] 2533/25
70502 [1] 2533/7
70726 [1] 2533/17
70801 [1] 2533/21
70821 [1] 2533/14
72 [2] 2577/20 2577/24
75 PERCENT [2] 2664/23
75219 [1] 2533/4
7778 [1] 2534/21
7:00 A.M [1] 2554/5
7:30 [15] 2585/8 2591/2 2591/7 2591/8
2591/9 2591/11 2591/24 2592/3 2592/10
2594/21 2594/25 2678/10 2679/7 2683/5
2683/5

**8**

8 FEET [1] 2602/19
8-FOOT [4] 2601/2 2602/9 2602/11
2603/1
85 [4] 2551/9 2551/13 2552/5 2553/14
855 [1] 2532/19
888 [1] 2534/18
8:00 [2] 2589/16 2594/25
8:30 [19] 2591/11 2592/11 2592/25
2678/11 2678/18 2679/5 2679/8 2679/18
2679/24 2680/4 2680/9 2680/18 2680/21
2681/18 2682/9 2683/5 2684/15 2684/17
2684/19

**9**

90 [4] 2577/25 2578/2 2578/23 2579/9
90071 [1] 2532/16
97 [3] 2659/22 2669/10 2670/16
99 [1] 2667/21
9:30 [11] 2589/8 2590/9 2590/14 2591/4
2592/5 2592/15 2593/1 2593/15 2593/16
2593/18 2593/19

**A**

A.M [13] 2554/5 2554/9 2563/12 2568/11
2569/12 2569/14 2569/14 2569/24
2590/15 2591/14 2592/17 2593/1 2593/2
A1 [1] 2619/16
A36 [1] 2624/23
ABERRATION [5] 2667/4 2667/10
2667/18 2668/18 2669/4
ABILITY [1] 2685/20
ABLE [5] 2620/11 2620/13 2623/10
2624/12 2624/17
ABOUT [162]
ABOVE [15] 2574/22 2575/8 2576/23
2596/9 2600/25 2603/3 2603/23 2605/22
2606/7 2640/19 2641/8 2648/19 2650/21
2665/2 2685/21
ABOVE-ENTITLED [1] 2685/21
ABSOLUTE [1] 2626/3
ACCELERATED [3] 2605/25 2607/15
2607/17
ACCEPT [2] 2566/1 2605/17
ACCEPTABLE [1] 2648/9
ACCEPTED [1] 2654/10
ACCORDING [6] 2540/15 2564/3
2597/16 2652/21 2664/15 2664/15
ACCORDINGLY [1] 2543/8
ACCOUNT [2] 2543/4 2572/7
ACCOUNTED [1] 2542/17

ACCOUNTS [1] 2563/16
ACCURATE [3] 2538/13 2603/11
2603/24
ACCURATELY [3] 2620/18 2682/19
2682/24
ACCUSTOMED [1] 2536/7
ACKNOWLEDGED [1] 2572/8
ACQUIRED [1] 2653/4
ACROSS [1] 2642/8
ACTING [1] 2598/8
ACTION [7] 2600/16 2603/25 2603/25
2605/3 2607/6 2608/7 2608/9
ACTUAL [11] 2547/20 2586/20 2617/16
2621/14 2648/20 2657/15 2657/18
2666/15 2672/5 2682/21 2683/19
ACTUALLY [10] 2543/13 2567/16
2584/3 2600/7 2616/19 2636/20 2650/16
2666/24 2673/10 2674/22
ADCIRC [3] 2586/8 2586/12 2591/25
ADD [2] 2560/13 2568/15 2644/21
2663/23 2664/11
ADDED [1] 2541/17
ADDING [2] 2563/6
ADDITIONAL [4] 2586/16 2586/18
2587/5 2587/7
ADDS [1] 2663/22
ADJACENT [2] 2621/7 2650/10
ADJOURNED [1] 2685/14
ADMITTED [2] 2629/5 2678/4
ADMITTEDLY [1] 2557/11
ADOPT [1] 2553/7
ADOPTED [1] 2614/23
ADVANCED [3] 2629/2 2632/9 2642/15
AERIAL [2] 2624/13 2624/24
AFFECT [2] 2551/25 2614/20
AFFECTING [1] 2678/1
AFTER [8] 2563/11 2572/25 2577/11
2577/15 2579/8 2579/9 2655/23 2670/8
AFTERNOON [5] 2532/10 2536/1
2536/6 2536/7 2536/8
AGAIN [12] 2544/15 2565/20 2568/18
2575/14 2575/25 2577/20 2601/4 2603/6
2605/12 2627/25 2628/2 2636/13
2638/11 2638/14 2639/22 2640/18
2642/12 2659/6 2659/13 2666/13 2672/3
AGAINST [6] 2598/7 2598/10 2655/22
2660/13 2675/6 2675/7
AGGREGATES [2] 2634/18 2634/22
AGO [8] 2551/22 2555/4 2557/9 2558/5
2566/6 2567/20 2588/5 2681/14
AGONY [1] 2572/10
AGREE [31] 2538/14 2556/13 2560/17
2572/3 2572/13 2574/9 2574/15 2574/25
2575/13 2575/22 2576/4 2576/13
2581/13 2581/24 2594/10 2621/9
2635/14 2646/23 2648/16 2651/5 2655/5
2655/6 2657/9 2657/22 2658/12 2658/13
2660/24 2663/13 2679/23 2681/21
2684/25
AGREED [6] 2569/13 2572/14 2592/11
2632/19 2632/21 2679/23
AGREES [1] 2583/11
AHEAD [1] 2629/17
AIRPLANE [1] 2597/25
AL [2] 2532/5 2532/7
ALGORITHM [1] 2582/25
ALL [75] 2536/3 2540/1 2540/19 2549/7
2549/22 2553/21 2555/5 2555/11
2557/23 2558/6 2561/17 2563/7 2564/19
2570/11 2572/10 2572/19 2575/2 2576/8
2578/18 2580/16 2582/24 2584/16
2588/22 2589/21 2591/17 2591/19
2591/25 2591/25 2592/5 2595/14 2599/6

A

ALL... [44] 2599/6 2600/12 2605/13
2605/14 2610/15 2611/2 2611/20 2612/5
2612/12 2614/4 2614/17 2618/19 2619/9
2620/1 2620/18 2621/11 2621/14
2623/24 2625/6 2626/11 2627/1 2627/17
2629/2 2631/19 2632/2 2633/8 2639/4
2640/9 2642/10 2644/10 2652/15
2657/12 2661/13 2663/4 2665/3 2674/19
2675/6 2675/12 2675/13 2675/24
2679/10 2679/18 2681/8 2685/15
ALLOW [5] 2553/10 2621/3 2626/18
2677/19 2679/4
ALLOWED [1] 2660/12
ALMOST [1] 2624/21
ALONG [40] 2552/17 2572/20 2572/21
2582/2 2592/9 2592/14 2598/16 2610/12
2615/17 2616/4 2617/21 2618/5 2618/11
2619/3 2620/14 2620/19 2624/7 2624/9
2628/7 2630/8 2632/4 2637/8 2640/18
2661/1 2666/22 2666/23 2667/1 2672/21
2672/25 2673/10 2673/22 2674/7
2674/14 2674/20 2674/22 2676/3 2676/4
2682/14 2683/19 2683/23
ALREADY [12] 2566/15 2587/9 2587/10
2587/18 2596/12 2601/12 2619/10
2627/24 2628/18 2632/3 2644/8 2679/22
ALREADY-RUN [2] 2587/9 2587/10
ALSO [26] 2534/6 2536/23 2537/14
2540/22 2541/8 2548/21 2553/1 2583/10
2589/4 2606/4 2607/17 2609/14 2624/16
2625/15 2632/17 2633/9 2635/4 2635/5
2639/20 2641/25 2651/15 2651/20
2654/21 2657/20 2665/25 2684/1
ALTITUDE [1] 2619/25
ALWAYS [1] 2659/19
AM [6] 2562/9 2590/22 2614/15 2671/2
2671/3 2672/2
AMBIGUOUS [2] 2626/24 2626/25
AMERICA [1] 2532/7
AMIN [1] 2534/11
AMOUNT [9] 2538/21 2548/20 2553/8
2617/18 2631/4 2636/23 2637/4 2639/10
2639/23
ANALYSES [1] 2586/7
ANALYSIS [12] 2537/16 2538/6 2545/3
2550/14 2572/19 2601/19 2610/9
2637/20 2652/9 2652/13 2672/24
2681/23
ANALYZE [1] 2642/21
AND LOOKING [1] 2650/20
AND/OR [2] 2572/12 2646/15
ANDRY [2] 2532/21 2532/22
ANGELES [1] 2532/16
ANGLE [3] 2581/10 2631/15 2637/14
ANIMATED [1] 2584/1
ANNOTATION [1] 2555/6
ANOMALIES [1] 2565/13
ANOTHER [13] 2541/3 2561/18 2566/11
2566/14 2566/22 2609/13 2616/3 2623/1
2633/18 2635/23 2635/24 2676/5 2685/9
ANSWER [17] 2571/5 2571/25 2572/5
2587/24 2596/1 2596/3 2609/11 2611/23
2612/16 2617/20 2626/22 2652/11
2653/18 2655/11 2668/21 2680/12
2681/4
ANSWER'S [1] 2596/12
ANSWERED [3] 2556/23 2627/25
2654/8
ANY [25] 2543/16 2552/18 2556/16
2557/20 2584/5 2586/6 2586/11 2586/13
2586/13 2586/21 2592/18 2593/15

2599/25 2615/23 2619/3 2632/13
2633/22 2636/17 2639/20 2641/15
2646/25 2649/21 2650/18 2666/16
2672/7
ANYBODY [2] 2635/17 2670/7
ANYONE'S [1] 2574/4
ANYPLACE [2] 2616/3 2616/4
ANYTHING [9] 2544/8 2549/12 2573/5
2599/13 2611/3 2617/8 2672/21 2674/11
2674/16
ANYWHERE [3] 2548/24 2563/15
2668/17
APOLOGIZE [3] 2565/24 2602/18
2681/11
APPARENTLY [2] 2580/10 2585/2
APPEAR [3] 2575/4 2603/24 2668/11
APPEARANCE [1] 2652/18
APPEARANCES [3] 2532/13 2533/1
2534/1
APPEARED [2] 2572/20 2654/21
APPEARS [3] 2545/10 2580/16 2647/23
APPENDIX [3] 2624/15 2624/20 2625/1
APPLE [2] 2559/19 2559/20
APPLES [4] 2552/25 2552/25 2570/4
2570/4
APPLES-TO-APPLES [2] 2552/25
2570/4
APPLY [1] 2544/20 2545/2 2667/2
APPRECIATE [3] 2571/18 2571/21
2685/2
APPROACH [4] 2566/11 2566/14 2610/9
2615/11
APPROACHED [1] 2564/25
APPROPRIATE [1] 2583/23
APPROPRIATELY [2] 2577/6 2577/8
APPROXIMATELY [10] 2554/10 2568/5
2568/6 2574/13 2580/21 2580/22
2592/10 2608/11 2642/12 2680/2
ARE [99] 2536/7 2539/11 2539/24
2543/11 2548/5 2551/8 2552/23 2554/3
2556/6 2556/14 2556/16 2557/3 2558/23
2559/12 2561/17 2563/17 2563/24
2564/2 2565/13 2568/14 2569/22
2574/19 2575/9 2575/18 2575/22 2580/1
2580/8 2580/23 2585/15 2585/16 2586/1
2586/20 2586/20 2590/11 2593/6
2596/13 2597/18 2597/19 2600/17
2601/6 2603/10 2604/6 2605/22 2606/21
2608/21 2609/4 2609/14 2610/21 2615/3
2616/7 2618/10 2618/10 2618/14
2618/15 2621/20 2624/9 2624/20
2624/21 2624/21 2626/25 2630/17
2630/19 2630/23 2630/24 2633/11
2639/6 2641/6 2644/4 2647/2 2650/1
2653/1 2653/17 2656/8 2657/1 2657/1
2657/6 2657/12 2657/14 2657/21
2661/14 2661/17 2661/19 2662/1
2662/21 2663/7 2663/12 2664/22
2667/24 2669/19 2670/17 2674/10
2675/24 2676/11 2678/11 2678/18
2682/4 2683/20 2683/23 2684/9
AREA [14] 2598/6 2598/9 2598/12
2616/3 2625/14 2625/17 2626/11
2633/19 2640/3 2645/1 2646/5 2646/5
2646/6 2672/13
AREAS [14] 2570/19 2570/21 2570/22
2570/23 2571/24 2572/8 2572/9 2621/8
2630/6 2630/19 2649/21 2649/24
2664/24 2664/25
ARGUING [1] 2663/25
ARGUMENT [2] 2680/3 2680/4
ARMORING [1] 2646/14
ARMY [2] 2572/15 2643/19

AROSE [1] 2654/20
AROUND [6] 2551/10 2578/2 2593/16
2596/16 2618/24 2683/20
ARPENT [16] 2651/21 2651/25 2652/3
2652/5 2679/5 2679/8 2679/15 2679/19
2679/24 2680/21 2681/1 2681/20 2682/4
2682/9 2684/15 2684/18
ARRIVAL [5] 2681/24 2682/19 2682/21
2682/25 2683/5
ARRIVE [2] 2554/17 2682/4
ARRIVING [1] 2684/12
ARTICLE [22] 2536/14 2539/22 2539/23
2540/10 2540/15 2542/4 2542/6 2542/14
2555/5 2556/13 2556/15 2556/20
2556/21 2572/25 2578/13 2578/16
2612/4 2645/14 2645/15 2645/17
2655/21 2656/1
ARTICLES [1] 2611/4
AS [114] 2536/10 2541/1 2542/25
2543/6 2543/18 2543/18 2551/8 2552/10
2553/7 2556/25 2556/25 2570/3 2573/7
2573/9 2573/11 2573/17 2574/1 2575/2
2577/21 2580/11 2581/12 2581/15
2581/17 2582/7 2584/2 2584/6 2586/21
2587/1 2591/11 2595/16 2595/25 2598/5
2598/5 2600/22 2602/17 2603/1 2605/15
2605/21 2606/4 2606/20 2606/21
2607/11 2607/12 2608/21 2609/15
2611/24 2613/19 2614/22 2614/23
2615/20 2616/12 2616/12 2616/23
2618/15 2618/25 2620/14 2624/5
2626/21 2628/11 2628/11 2628/24
2629/1 2630/13 2631/20 2631/20 2632/3
2633/22 2633/25 2634/18 2634/22
2635/7 2635/9 2636/9 2637/6 2638/2
2639/15 2640/24 2642/1 2643/6 2643/21
2643/25 2644/1 2645/12 2648/5 2648/9
2648/13 2650/2 2650/8 2650/23 2652/23
2653/1 2654/2 2654/24 2655/19 2656/5
2656/5 2656/25 2657/3 2669/2 2669/2
2672/22 2673/9 2673/12 2674/10 2675/6
2675/7 2677/8 2677/8 2677/11 2681/4
2682/2 2682/2 2682/21 2682/21
ASCERTAIN [2] 2584/3 2621/3
ASHLEY [1] 2534/6
ASK [16] 2549/6 2555/22 2566/17
2571/8 2596/2 2604/3 2607/23 2609/10
2630/13 2630/14 2634/25 2644/6 2665/5
2671/6 2679/14 2682/23
ASKED [8] 2536/22 2537/11 2600/5
2653/21 2669/14 2670/11 2671/2 2671/9
ASKING [9] 2556/19 2568/23 2572/7
2573/6 2585/10 2585/10 2593/12 2615/3
2627/12
ASPECT [1] 2601/10
ASPECTS [1] 2650/1
ASSESS [3] 2552/12 2610/25 2642/21
ASSESSED [1] 2556/24
ASSESSMENT [9] 2543/23 2548/19
2550/23 2556/14 2584/11 2626/19
2629/8 2653/11 2677/13
ASSESSMENTS [1] 2625/25
ASSOCIATES [2] 2532/15 2533/12
ASSOCIATING [1] 2605/16
ASSUME [16] 2543/9 2544/13 2544/21
2552/4 2553/7 2561/18 2577/5 2579/13
2584/20 2584/21 2591/24 2601/23
2675/18 2677/5 2680/7 2685/4
ASSUMED [8] 2540/12 2541/22 2545/25
2550/20 2552/13 2553/23 2553/23
2557/25
ASSUMES [1] 2570/5
ASSUMING [5] 2548/1 2548/22 2557/20

# A

ASSUMING... [2]  2605/13 2649/8
ASSUMPTION [8]  2542/1 2542/10
2542/19 2543/7 2546/23 2553/8 2565/18
2620/21
AT [268]
ATTACK [14]  2536/24 2537/8 2573/19
2581/22 2582/2 2586/7 2596/10 2621/4
2626/9 2629/5 2634/8 2638/6 2640/16
2649/13
ATTEMPT [1]  2574/4
ATTENTION [1]  2572/25
ATTORNEY [1]  2626/22
ATTORNEYS [1]  2621/22
AUGUST [1]  2594/7
AUTHOR [2]  2581/20 2647/19
AUTHORITATIVE [3]  2573/12 2573/22
2573/23
AVAILABLE [6]  2539/11 2623/24
2627/21 2649/18 2679/4 2680/20
AVENUE [2]  2533/3 2533/17
AVERAGE [38]  2540/24 2546/7 2546/15
2546/17 2546/18 2548/1 2548/11 2556/6
2556/9 2556/10 2556/11 2564/13
2564/16 2564/18 2564/19 2565/16
2568/5 2568/10 2569/8 2569/11 2570/8
2570/17 2570/23 2579/10 2579/20
2588/22 2607/18 2609/6 2612/5 2648/6
2654/12 2668/12 2670/22 2671/10
2671/11 2672/5 2674/3 2677/6
AVERAGE-TYPE [1]  2677/6
AVERAGED [2]  2580/23 2585/3
AVERAGES [1]  2601/21
AWARE [1]  2627/14
AWAY [5]  2576/20 2583/1 2614/8
2634/20 2641/2
AXIS [3]  2600/1 2600/1 2600/23

# B

BACK [135]  2545/9 2546/12 2546/13
2546/17 2552/2 2564/5 2568/18 2582/25
2587/3 2587/5 2588/19 2589/5 2589/10
2589/12 2592/7 2593/22 2595/25 2596/2
2596/14 2596/25 2597/5 2597/7 2598/18
2598/19 2603/18 2603/25 2604/5 2604/7
2604/10 2604/11 2605/3 2605/7 2605/11
2605/23 2605/25 2606/1 2606/4 2606/5
2606/8 2607/1 2607/4 2607/15 2607/17
2608/4 2608/13 2609/13 2609/16
2610/12 2610/17 2610/18 2611/1
2611/17 2612/23 2613/17 2614/24
2615/8 2615/17 2615/18 2615/22
2615/23 2615/25 2616/4 2616/8 2616/14
2617/1 2617/5 2617/22 2617/24 2618/4
2618/5 2618/11 2618/14 2619/2 2619/3
2619/11 2624/12 2625/2 2626/20
2626/23 2627/8 2628/15 2629/1 2629/6
2629/23 2630/2 2630/24 2631/1 2632/17
2633/3 2633/5 2633/16 2633/22 2633/25
2634/14 2636/2 2636/22 2637/8 2637/10
2637/24 2639/20 2639/25 2640/3 2640/6
2641/7 2642/3 2642/5 2642/11 2642/17
2647/2 2647/3 2649/4 2649/5 2649/19
2651/4 2651/7 2651/10 2651/22 2653/7
2653/15 2654/3 2654/4 2656/6 2657/25
2659/8 2659/14 2660/6 2660/7 2660/13
2668/3 2669/10 2670/7 2677/3 2678/18
2680/20 2683/13
BACK-AND-FORTH [2]  2596/25 2598/18
BACK-SIDE [15]  2589/12 2605/3
2610/17 2619/11 2632/17 2637/8
2639/20 2639/25 2640/6 2651/10 2654/3

BACK-TO-FRONT [8]  2639/1 2639/20
2630/2 2631/1 2651/22 2660/7
BACKUP [1]  2655/19
BACKWARDS [2]  2678/8 2678/11
BAD [1]  2675/23
BAEZA [1]  2534/10
BALANCE [1]  2598/5
BALANCES [1]  2672/4
BAND [7]  2537/9 2628/25 2629/2 2632/9
2632/12 2640/18 2640/22
BANDS [1]  2632/11
BARON [2]  2533/2
BARONNE [2]  2532/19 2532/23
BASE [1]  2633/24
BASED [42]  2536/19 2538/6 2539/1
2539/17 2540/6 2540/7 2540/11 2543/11
2543/14 2544/25 2553/9 2563/10
2566/19 2571/11 2572/10 2578/14
2582/8 2582/25 2586/7 2587/12 2592/2
2601/3 2604/3 2610/4 2612/9 2613/4
2613/5 2615/11 2617/16 2619/2 2624/5
2627/15 2627/17 2627/20 2642/8
2643/22 2650/17 2657/10 2657/14
2664/17 2683/6 2684/11
BASICALLY [6]  2558/12 2559/13
2585/13 2585/20 2588/21 2641/2
BASIS [1]  2555/5
BATON [2]  2533/14 2533/21
BAYOU [2]  2622/5 2667/20
BE [162]
BEA [3]  2582/7 2582/7 2584/1
BEARING [1]  2674/19
BECAUSE [50]  2542/14 2544/15
2548/14 2550/7 2552/22 2554/14
2557/16 2559/7 2568/13 2569/18 2572/8
2576/20 2579/12 2582/14 2583/2 2584/6
2592/6 2593/14 2594/7 2595/5 2597/22
2602/20 2603/1 2605/2 2611/3 2615/8
2616/13 2622/1 2634/8 2635/2 2639/15
2642/7 2647/2 2648/5 2650/1 2651/5
2656/16 2657/13 2661/21 2662/9
2669/22 2673/24 2674/4 2674/12
2674/17 2674/22 2675/20 2680/10
2680/19 2681/7
BEEN [32]  2536/9 2550/19 2565/6
2567/1 2567/8 2573/15 2576/3 2578/10
2586/16 2587/18 2587/21 2617/17
2626/23 2627/24 2631/4 2631/12
2631/13 2634/1 2634/20 2634/22
2637/15 2638/18 2639/23 2640/2 2646/5
2647/23 2650/2 2652/15 2652/24 2653/4
2671/17 2681/13
BEFORE [31]  2532/10 2571/5 2571/25
2574/20 2586/24 2589/5 2593/4 2593/4
2594/10 2594/20 2599/7 2599/22 2604/8
2608/7 2627/19 2627/22 2637/22
2643/21 2645/4 2649/3 2651/18 2653/19
2660/5 2660/5 2660/18 2660/20 2668/11
2669/24 2670/8 2680/11 2683/9
BEGAN [1]  2672/24
BEGIN [4]  2615/15 2616/12 2660/16
2682/2
BEGINNING [8]  2593/16 2596/10 2602/1
2639/19 2640/21 2646/4 2649/10 2670/3
BEGINNINGS [1]  2639/24
BEGINS [2]  2618/18 2649/7
BEGUN [3]  2596/12 2668/3 2680/25
BEHAVIOR [2]  2580/6 2581/12
BEING [7]  2596/15 2598/16 2605/25
2635/4 2638/10 2672/21 2685/1
BELABOR [1]  2674/9
BELIEF [1]  2654/2

BELIEVE [22]  2536/17 2537/3 2541/4
2542/24 2548/9 2582/6 2583/20 2604/11
2605/24 2607/21 2609/21 2618/4 2618/20
2619/23 2620/17 2624/5 2639/17
2642/10 2643/10 2643/13 2643/15
2647/15 2649/17 2649/18 2650/9 2655/2
2680/23
BELOW [17]  2539/14 2545/14 2573/20
2574/12 2574/14 2596/21 2603/4 2649/6
2649/8 2661/14 2662/1 2662/21 2664/3
2664/7 2664/11 2664/25 2665/7
BENCH [13]  2625/10 2625/15 2626/4
2628/8 2629/20 2636/8 2636/14 2636/25
2637/23 2638/18 2640/21 2641/2
2642/9
BENCH-SIDE [2]  2636/25 2642/9
BENCHMARKS [1]  2624/6
BENIGN [1]  2649/19
BENJAMIN [1]  2534/17
BERM [1]  2601/1
BERNARD [1]  2680/19
BERNOULLI'S [1]  2597/16
BEST [8]  2548/15 2548/20 2553/23
2573/24 2600/22 2650/20 2655/16
2685/20
BETTER [12]  2563/22 2565/4 2565/4
2570/23 2579/15 2621/21 2621/22
2646/20 2666/15 2680/23 2681/22
2682/17
BETWEEN [33]  2538/12 2542/15 2546/7
2568/10 2574/13 2578/1 2579/5 2579/9
2579/10 2579/14 2580/24 2592/19
2593/5 2594/11 2594/22 2594/24 2595/6
2595/10 2622/5 2632/11 2641/3 2641/10
2649/25 2650/7 2651/3 2651/20 2652/2
2656/10 2668/6 2672/11 2672/12
2672/15 2677/25
BIENVENUE [6]  2620/12 2641/11
2667/20 2671/18 2671/25 2672/12
BIG [5]  2583/12 2583/16 2583/18 2597/5
2598/4
BIGGER [1]  2606/6
BIGGEST [1]  2670/14
BIT [16]  2540/6 2562/22 2576/5 2579/15
2582/5 2588/4 2592/8 2597/2 2598/6
2601/8 2606/2 2607/10 2628/15 2628/16
2642/5 2680/24
BLACK [7]  2577/10 2630/19 2676/7
2676/8 2676/9 2676/11 2676/13
BLACKBOARD [2]  2609/9 2613/12
BLOCK [1]  2662/24
BLOCKS [3]  2599/12 2662/21 2663/5
BLOW [1]  2645/18
BLUE [3]  2579/5 2600/12 2676/12
BOARD [9]  2568/20 2607/23 2607/24
2609/9 2609/9 2627/10 2629/7 2630/17
2678/14
BOOK [3]  2624/25 2627/3 2663/23
BOOKMARK [1]  2600/10
BOTH [14]  2541/6 2546/4 2556/14
2556/24 2571/17 2576/2 2579/12
2588/22 2598/19 2614/2 2651/5 2679/22
2681/16 2683/18
BOTTOM [11]  2549/5 2552/4 2588/11
2601/25 2628/18 2630/24 2635/3 2653/6
2659/11 2670/3 2679/6
BOULEVARD [1]  2533/24
BOWL [1]  2684/14
BOX [4]  2533/7 2533/14 2533/24
2534/18
BOXES [1]  2661/10
BRANCH [1]  2534/10
BREACH [10]  2632/7 2634/1 2636/22
2636/24 2637/3 2638/9 2642/15 2650/9

**B**

BREACH... [2] 2650/11 2652/14
BREACHED [2] 2650/22 2672/23
BREACHES [1] 2649/25
BREACHING [15] 2637/5 2637/5 2642/16 2644/1 2650/2 2650/3 2651/11 2651/24 2652/7 2680/11 2680/11 2683/9 2683/17 2683/19 2684/13
BREAK [6] 2566/23 2588/1 2597/4 2606/6 2606/8 2607/4
BREAKING [10] 2595/15 2597/1 2597/3 2605/22 2606/16 2606/21 2606/24 2607/3 2651/14 2651/16
BREAKS [1] 2597/1
BRENDAN [1] 2534/3
BRIDGE [1] 2666/25
BRIEF [1] 2591/18
BROKE [4] 2536/14 2597/3 2597/5 2658/16
BROKEN [2] 2640/5 2640/7
BROUGHT [2] 2572/24 2581/15
BRUCE [2] 2536/9 2671/19
BRUNO [14] 2532/18 2532/18 2565/8 2571/8 2583/4 2587/25 2605/2 2628/17 2632/24 2636/1 2675/8 2679/13 2681/8 2681/10
BRUNO'S [1] 2601/6
BUDD [1] 2533/2
BUILD [2] 2584/10 2644/18
BUILT [5] 2572/15 2584/14 2584/17 2644/8 2644/11
BUNCH [3] 2634/15 2636/8 2641/23
BURDEN [1] 2621/15
BUSINESS [3] 2592/1 2612/6 2633/9
BUT [73] 2536/8 2536/22 2539/11 2541/18 2543/11 2544/3 2545/18 2553/5 2554/16 2555/17 2559/6 2563/20 2564/22 2569/21 2570/11 2571/17 2573/16 2573/18 2576/9 2576/19 2581/15 2583/20 2583/25 2586/15 2592/11 2592/18 2594/24 2596/2 2596/14 2600/10 2601/7 2601/13 2605/14 2606/7 2606/20 2609/10 2610/10 2610/24 2611/6 2611/8 2611/11 2615/12 2615/21 2618/1 2618/5 2621/9 2621/15 2623/9 2623/15 2624/13 2625/1 2625/22 2626/24 2635/19 2636/16 2637/18 2639/21 2640/2 2641/18 2643/18 2645/9 2646/6 2653/2 2658/2 2665/19 2665/21 2671/16 2674/25 2676/2 2677/3 2678/14 2680/23 2685/6
BUTTON [1] 2555/8

**C**

CALCULATE [8] 2543/2 2543/8 2544/11 2549/18 2549/24 2581/4 2608/17 2613/3
CALCULATED [9] 2539/16 2550/10 2550/18 2552/7 2552/24 2576/6 2581/2 2607/21 2609/14
CALCULATES [1] 2609/19
CALCULATING [8] 2548/15 2549/18 2550/1 2554/1 2554/19 2569/15 2588/19 2674/23
CALCULATION [43] 2542/5 2543/15 2545/9 2545/11 2545/24 2548/16 2548/23 2549/2 2549/5 2549/6 2549/8 2549/20 2549/23 2549/24 2550/21 2551/1 2551/19 2552/16 2553/9 2554/5 2554/9 2554/25 2557/9 2557/16 2557/25 2558/2 2558/20 2558/24 2558/25 2559/21 2563/6 2564/17 2565/10 2565/10 2566/16 2567/23 2569/13
CALCULATIONS [30] 2540/8 2542/3 2543/9 2543/10 2543/11 2545/5 2548/3 2548/6 2548/7 2548/16 2549/10 2551/4 2552/21 2557/17 2558/12 2559/18 2562/16 2562/21 2563/3 2564/25 2571/11 2582/19 2586/1 2587/6 2587/7 2591/25 2603/21 2604/8 2664/17 2664/18
CALIFORNIA [1] 2532/16
CALL [10] 2548/9 2553/13 2553/24 2573/10 2579/14 2598/20 2598/21 2613/25 2621/12 2642/6
CALLED [3] 2537/24 2614/19 2616/21
CALLING [1] 2614/20
CALLS [3] 2675/13 2675/14 2675/15
CALVIN [1] 2533/16
CAME [8] 2541/19 2550/11 2587/11 2619/14 2629/6 2664/18 2665/11 2672/13
CAMERA [1] 2621/19
CAN [111] 2542/4 2545/24 2546/12 2551/11 2552/5 2553/11 2553/13 2555/6 2557/17 2557/17 2559/4 2559/10 2559/16 2560/17 2560/20 2560/22 2562/25 2563/21 2565/1 2565/7 2565/10 2566/7 2566/14 2566/17 2567/15 2567/22 2568/1 2568/20 2569/21 2571/4 2572/19 2574/6 2574/22 2576/16 2577/20 2578/15 2578/18 2579/2 2581/8 2582/21 2584/20 2584/20 2586/4 2589/7 2595/22 2595/25 2596/1 2597/7 2598/11 2598/21 2599/12 2600/20 2600/22 2605/21 2606/2 2607/6 2607/14 2612/15 2614/5 2617/4 2617/21 2621/18 2621/21 2621/22 2621/23 2621/24 2624/25 2626/16 2628/5 2628/11 2628/13 2629/7 2629/25 2629/25 2630/14 2630/19 2630/22 2632/22 2633/3 2633/12 2633/19 2635/5 2638/1 2639/18 2642/2 2642/12 2645/3 2648/12 2653/8 2655/16 2656/1 2659/1 2659/8 2659/13 2663/1 2664/21 2664/22 2667/12 2668/23 2669/2 2669/13 2669/14 2671/5 2671/7 2672/5 2672/22 2678/6 2680/8 2683/10 2683/12
CAN'T [12] 2558/14 2563/20 2565/3 2566/1 2572/17 2581/1 2584/4 2598/15 2604/2 2642/23 2662/23 2663/6
CANAL [1] 2652/6
CANNOT [3] 2603/13 2617/12 2637/18
CAPABLE [2] 2639/19 2645/21
CAPTURES [2] 2619/24 2628/10
CARE [2] 2555/21 2635/22
CAREFUL [2] 2607/9 2627/20
CARONDELET [1] 2534/7
CARRIED [1] 2634/21
CASCADE [1] 2616/20
CASE [9] 2580/2 2582/17 2627/22 2648/19 2649/1 2650/2 2666/16 2667/7 2685/10
CASES [1] 2651/2
CAST [5] 2541/13 2630/19 2630/21 2631/19 2638/3
CASTING [1] 2630/1
CATEGORIES [1] 2541/4
CAUSE [16] 2539/2 2539/19 2547/12 2597/6 2618/16 2619/1 2621/3 2621/5 2651/4 2651/10 2651/22 2652/3 2653/15 2654/3 2660/6 2660/13
CAUSE THAT [1] 2547/12
CAUSED [1] 2653/7
CAUSES [1] 2684/14
CAUSING [2] 2651/9 2653/22
CAUTIONARY [1] 2648/1
CCR [2] 2534/20 2685/19 2685/23
CE [3] 2540/13 2545/15 2548/8
CENTERLINE [3] 2625/18 2631/23 2636/13
CENTRAL [12] 2589/18 2591/9 2591/11 2591/14 2593/24 2594/1 2594/4 2594/21 2594/24 2652/3 2683/22
CERTAIN [12] 2543/19 2552/8 2552/11 2611/13 2611/16 2619/1 2625/21 2625/22 2628/13 2643/22 2683/6 2683/24
CERTAINLY [13] 2537/13 2554/23 2575/4 2594/17 2596/9 2596/25 2614/9 2632/12 2637/18 2646/4 2652/7 2670/25 2677/7
CERTIFICATE [1] 2685/18
CERTIFY [1] 2685/20
CHALLENGE [1] 2601/12
CHANGE [7] 2550/7 2575/20 2582/18 2582/23 2592/12 2650/7 2684/7
CHANGED [1] 2682/9
CHANGES [2] 2551/8 2616/8
CHANGING [5] 2579/18 2588/16 2651/15 2682/7 2684/7
CHARACTER [3] 2616/6 2630/6 2630/6
CHARACTERISTICS [3] 2572/14 2572/20 2658/4
CHART [79] 2536/20 2537/19 2538/18 2539/1 2539/14 2539/15 2542/16 2542/21 2542/23 2543/24 2545/20 2548/17 2552/14 2555/5 2555/11 2555/11 2558/5 2559/6 2559/7 2563/23 2564/19 2564/19 2565/19 2566/15 2567/4 2569/16 2575/24 2576/12 2576/20 2578/9 2578/10 2578/10 2578/13 2578/13 2578/20 2578/23 2585/11 2588/4 2589/13 2594/3 2595/8 2599/6 2599/11 2599/15 2599/19 2611/8 2612/2 2612/4 2614/3 2643/21 2643/24 2643/25 2644/25 2645/2 2647/13 2647/15 2647/16 2656/4 2656/8 2659/22 2660/4 2664/15 2664/16 2665/7 2665/8 2665/10 2668/9 2668/9 2668/11 2668/14 2668/14 2668/17 2669/10 2670/14 2670/15 2673/18 2675/11 2675/15 2677/25
CHART'S [1] 2665/16
CHARTED [3] 2668/10 2673/7 2675/6
CHARTS [2] 2564/5 2588/8
CHECK [4] 2546/13 2551/11 2664/21 2664/22
CHECKS [1] 2672/4
CHEW [1] 2616/16
CHOCOLATE [1] 2634/17
CHOICE [3] 2543/22 2682/17 2682/19
CHOICES [2] 2682/18 2682/22
CHOOSE [3] 2623/19 2644/5 2681/7
CHOSE [2] 2563/13 2624/1
CHUNKS [2] 2634/18 2634/21
CHURNING [1] 2596/22
CITE [1] 2614/1
CITY [1] 2533/25
CIVIL [1] 2534/10
CLARIFY [1] 2592/14
CLASSIC [1] 2597/16
CLAY [34] 2574/9 2574/12 2575/11 2575/25 2577/14 2577/17 2578/3 2578/4 2579/23 2579/25 2580/5 2580/6 2580/11 2580/17 2580/21 2580/24 2581/9 2581/9 2581/11 2581/21 2627/18 2627/23

**C**

CLAY... [12] 2634/11 2634/14 2634/15 2634/16 2634/18 2634/19 2634/20 2635/2 2646/19 2658/8 2658/16 2658/25
CLAYS [1] 2579/13
CLEAR [19] 2544/23 2555/6 2555/8 2567/13 2577/18 2591/23 2611/21 2611/22 2611/23 2611/23 2625/16 2626/3 2628/22 2628/24 2630/5 2632/4 2638/7 2642/1 2672/20
CLEARLY [5] 2550/17 2580/17 2601/13 2603/20 2651/6
CLIFF [1] 2631/21
CLOSE [10] 2557/18 2563/24 2563/24 2564/2 2569/7 2569/22 2576/14 2595/4 2603/10 2655/10
CLOSER [1] 2631/14
CLOSEST [1] 2546/18
COASTAL [4] 2643/5 2647/4 2647/7 2647/11
COASTLINE [1] 2663/11
COEFFICIENT [9] 2540/14 2545/12 2555/13 2557/7 2564/4 2564/7 2564/9 2566/25 2567/3
COEFFICIENTS [1] 2546/16
COHESIVE [1] 2658/23
COLOR [2] 2635/7 2641/18
COLORED [1] 2579/2
COLUMN [3] 2553/20 2568/9 2662/3
COMBINATION [3] 2618/19 2647/24 2649/12
COMBINED [1] 2653/3
COME [6] 2556/22 2556/22 2556/22 2634/1 2662/15 2676/14
COMES [2] 2549/17 2559/11
COMING [9] 2589/10 2608/24 2614/25 2616/14 2617/1 2617/9 2618/3 2651/8 2657/2
COMMENT [7] 2572/17 2603/13 2604/2 2665/11 2669/25 2680/23 2681/22
COMMENTS [1] 2628/9
COMMITTING [1] 2599/13
COMMUNITY [1] 2614/23
COMPARABLE [1] 2652/17
COMPARE [6] 2552/21 2558/17 2563/20 2563/21 2576/12 2672/5
COMPARED [8] 2558/25 2575/5 2580/9 2587/9 2636/21 2636/23 2657/15 2675/25
COMPARING [1] 2580/11
COMPARISON [5] 2552/25 2557/22 2558/15 2570/4 2580/4
COMPLETE [1] 2606/12
COMPLETELY [7] 2554/20 2620/18 2620/23 2620/24 2621/2 2621/8 2651/18
COMPLETENESS [1] 2603/22
COMPLEX [1] 2533/13
COMPLICATED [1] 2574/4
COMPONENT [2] 2554/16 2614/7
COMPOUNDING [1] 2563/17
COMPRISED [1] 2658/23
COMPUTER [5] 2534/25 2600/14 2600/21 2600/22 2602/17
CONCENTRATED [1] 2634/2
CONCENTRATION [1] 2651/14
CONCERNED [1] 2674/17
CONCERT [1] 2590/3
CONCLUDE [1] 2572/19
CONCLUDED [3] 2550/14 2581/21 2582/7
CONCLUSION [3] 2580/25 2632/22 2653/14

CONCLUSIONS [10] 2575/9 2580/1 2580/12 2656/23 2657/11 2657/12 2657/12 2657/14 2674/12
CONCRETE [1] 2597/14
CONDITION [3] 2554/24 2569/20 2577/21
CONDITIONS [11] 2573/17 2580/12 2584/9 2596/17 2617/5 2618/21 2618/21 2648/9 2652/25 2667/19 2676/4
CONDUCT [1] 2565/8
CONDUCTED [1] 2573/15
CONFIRMED [1] 2575/9
CONFUSED [4] 2555/3 2564/24 2649/2 2681/6
CONFUSING [1] 2681/3
CONFUSION [2] 2565/3 2629/15
CONNECT [1] 2651/25
CONOR [1] 2534/12
CONSCIOUSLY [1] 2584/10
CONSERVATISM [1] 2583/1
CONSERVATIVE [3] 2543/4 2544/14 2657/3
CONSERVATIVELY [1] 2543/18
CONSIDER [6] 2621/9 2640/8 2640/8 2642/20 2647/10 2672/24
CONSIDERATIONS [1] 2540/11
CONSIDERED [1] 2541/23
CONSISTENT [6] 2568/14 2569/22 2572/15 2574/16 2586/17 2637/11
CONSTANT [3] 2575/3 2575/15 2577/15
CONSTITUTE [4] 2542/20 2543/7 2544/19 2552/8
CONSTRUCTED [3] 2646/13 2646/18 2658/22
CONSULT [2] 2644/24 2645/2
CONSULTED [1] 2645/1
CONTACT [4] 2587/8 2587/17 2587/21 2617/10
CONTAIN [1] 2541/24
CONTAINED [5] 2581/19 2624/14 2624/15 2624/20 2637/20
CONTENT [1] 2582/8
CONTEXT [4] 2573/19 2611/13 2611/16 2649/22
CONTINUE [4] 2554/9 2567/24 2574/24 2616/16
CONTINUED [2] 2533/1 2534/1
CONTINUES [1] 2616/23
CONTINUOUS [1] 2607/6
CONTRARY [1] 2668/20
CONTRAST [1] 2631/8
CONTROL [1] 2620/13
CONTROVERSY [1] 2610/6
CONVERT [2] 2538/17 2554/3
COOPERATIVE [1] 2685/1
COPY [3] 2578/15 2635/17 2635/19
CORE [3] 2658/9 2658/21 2658/23
CORES [1] 2658/15
CORNER [1] 2625/15
CORPS [6] 2572/16 2643/19 2647/11 2652/22 2655/9 2668/7
CORRECT [125] 2536/21 2537/10 2538/20 2539/4 2539/8 2539/13 2540/9 2540/16 2540/17 2540/20 2541/2 2541/20 2542/1 2542/22 2543/22 2545/2 2545/19 2546/4 2546/20 2547/3 2547/17 2548/1 2548/4 2548/7 2548/12 2550/5 2551/14 2557/6 2557/15 2558/7 2558/10 2561/9 2561/19 2561/22 2562/11 2564/1 2564/12 2568/6 2570/1 2570/9 2570/22 2571/14 2571/15 2573/2 2574/1 2574/21 2577/4 2577/11 2577/13 2579/8 2580/13 2582/4 2583/20 2584/11

2584/24 2585/5 2586/8 2589/1 2590/8 2590/11 2593/2 2593/6 2593/13 2594/14 2595/9 2595/12 2595/21 2597/9 2598/17 2601/19 2601/20 2606/20 2608/5 2608/10 2608/14 2610/3 2610/24 2612/3 2612/7 2612/11 2613/21 2613/23 2619/5 2619/12 2620/7 2623/21 2623/24 2626/2 2626/6 2627/9 2631/21 2634/10 2638/1 2644/17 2644/20 2644/20 2648/14 2659/4 2660/20 2660/23 2661/12 2663/14 2663/16 2663/23 2665/17 2665/19 2666/3 2666/8 2668/8 2668/13 2668/16 2669/6 2674/7 2677/18 2677/19 2678/22 2678/24 2679/3 2679/4 2680/18 2684/6 2684/10 2684/11 2684/16 2685/20
CORRECTLY [1] 2675/19
CORRELATE [3] 2556/16 2622/10 2623/16
CORRESPOND [4] 2633/21 2666/25 2676/3 2676/3
CORRESPONDED [2] 2656/13 2665/24
CORRESPONDS [3] 2585/12 2666/16 2666/24
COULD [41] 2536/15 2537/2 2544/13 2546/13 2552/1 2552/13 2557/8 2557/9 2573/24 2579/19 2586/10 2590/12 2594/18 2595/19 2600/3 2601/14 2611/19 2616/3 2616/4 2617/5 2618/6 2618/22 2619/1 2619/3 2625/17 2625/20 2626/15 2635/4 2635/11 2637/15 2638/18 2639/10 2639/22 2647/8 2647/10 2653/23 2653/23 2669/16 2680/5 2680/23 2681/21
COULDN'T [5] 2567/18 2587/24 2643/10 2658/21 2665/11
COULWAVE [10] 2586/7 2586/11 2587/10 2591/25 2599/16 2600/15 2601/3 2601/18 2603/14 2608/24
COUNSEL [4] 2537/11 2577/6 2630/10 2681/15
COUNSELOR [2] 2560/12 2568/19
COUNT [8] 2662/8 2662/20 2663/4 2663/11 2664/2 2664/24 2665/2 2669/5
COUNTED [3] 2661/13 2664/24 2665/3
COUNTED THE [1] 2661/13
COUNTING [4] 2661/17 2663/6 2663/8 2664/10
COUPLE [1] 2579/17
COURSE [2] 2647/20 2656/16
COURT [32] 2532/1 2534/20 2536/4 2551/3 2551/4 2551/6 2551/15 2551/22 2553/3 2553/9 2563/18 2565/14 2571/13 2586/24 2591/18 2591/20 2594/15 2595/18 2611/2 2611/21 2621/15 2624/19 2637/18 2664/21 2670/5 2677/23 2679/2 2682/10 2685/16 2685/19 2685/21 2685/23
COURT KNOW [1] 2553/9
COURT'S [1] 2659/17
COURTROOM [1] 2682/6
COVER [31] 2539/3 2540/22 2540/24 2540/25 2541/8 2545/13 2546/8 2546/11 2546/14 2546/15 2546/19 2548/20 2552/6 2553/23 2553/25 2553/25 2554/6 2554/12 2554/13 2556/11 2556/11 2568/10 2569/8 2569/11 2570/17 2570/23 2570/24 2578/19 2654/11 2658/4 2669/21
COVERAGE [2] 2541/6 2556/25
COVERED [3] 2573/16 2573/17 2619/9 2652/25 2656/18
COVERS [1] 2539/11

## C

CREATE [5] 2544/13 2620/6 2629/19 2640/2 2660/11
CREATED [4] 2539/17 2616/14 2626/9 2658/9
CREATES [1] 2597/21
CREATING [1] 2648/24
CREDIBLE [1] 2656/16
CREDIBLE THAT [1] 2656/16
CREST [52] 2585/18 2585/21 2588/11 2589/11 2589/15 2590/4 2590/5 2590/7 2590/9 2590/18 2596/9 2596/14 2596/15 2597/3 2597/5 2605/22 2605/23 2606/8 2606/8 2606/9 2606/10 2606/15 2607/3 2607/21 2608/11 2608/18 2609/4 2609/6 2609/8 2612/2 2612/22 2613/11 2614/25 2632/14 2632/16 2636/16 2639/13 2639/19 2640/24 2640/24 2649/8 2650/21 2651/5 2651/18 2654/11 2660/13 2660/16 2669/8 2674/4 2683/18 2684/1 2684/3
CRITERIA [6] 2613/15 2614/1 2646/2 2654/10 2654/14 2654/20
CRITICAL [2] 2587/5 2672/12
CROSS [7] 2536/11 2547/1 2555/1 2565/9 2568/1 2650/3 2685/2
CROSS-EXAMINATION [2] 2536/11 2565/9
CROSS-EXAMINE [1] 2568/1
CROSS-EXAMINED [1] 2685/2
CROSS-SECTIONAL [1] 2650/3
CROSSES [2] 2547/2 2547/4
CROWN [1] 2646/17
CRYSTAL [1] 2626/3
CUBIC [17] 2613/9 2613/11 2613/12 2613/13 2613/14 2613/19 2613/25 2615/14 2653/13 2654/1 2654/12 2655/3 2656/13 2666/6 2668/5 2670/13 2671/11
CUE [1] 2652/13
CULPABILITY [1] 2681/16
CUMULATIVE [9] 2550/22 2553/22 2554/1 2554/6 2554/8 2554/11 2568/10 2569/11 2569/24
CURRENT [3] 2613/5 2614/22 2657/17
CURVE [10] 2542/25 2546/6 2546/17 2546/20 2553/1 2556/6 2557/8 2567/14 2579/2 2592/7
CURVES [7] 2542/7 2542/15 2546/4 2546/25 2579/10 2579/17 2592/12
CUT [9] 2547/21 2629/4 2629/20 2638/2 2638/3 2639/19 2640/21 2642/7 2642/8
CUT'S [1] 2659/8
CUTS [3] 2582/5 2630/23 2636/15
CUTTING [12] 2625/10 2625/15 2626/4 2628/8 2636/8 2636/14 2636/25 2637/23 2637/24 2638/18 2641/22 2642/9
CV [1] 2532/5

## D

DALLAS [1] 2533/4
DALLY [2] 2624/15 2624/19
DAMAGE [21] 2537/18 2538/21 2539/2 2539/6 2543/21 2610/17 2611/1 2613/16 2614/24 2615/8 2615/15 2615/24 2616/10 2616/10 2643/6 2643/25 2649/5 2651/7 2653/10 2656/10 2657/22
DAMAGING [1] 2660/16
DANIEL [1] 2534/10
DARK [2] 2637/23 2676/11
DARKEST [2] 2676/13 2676/14
DATA [32] 2537/14 2537/16 2538/6 2539/11 2543/15 2552/18 2557/1 2557/3

2564/23 2573/16 2574/3 2574/16 2575/2 2581/10 2582/1 2586/25 2586/25 2587/10 2587/10 2587/10 2587/12 2587/18 2587/18 2599/4 2601/5 2615/9 2620/10 2624/16 2637/19 2653/4 2674/16 2677/12
DATASETS [1] 2581/18
DAY [3] 2600/5 2603/2 2685/14
DAYLIGHT [9] 2589/18 2591/14 2593/25 2593/25 2594/1 2594/5 2594/8 2594/21 2594/24
DAYS [1] 2608/7
DC [1] 2534/18
DECIDED [1] 2620/5
DECIDES [1] 2680/17
DECISION [3] 2644/20 2677/21 2678/7
DECISIONS [1] 2677/22
DECREASE [1] 2650/8
DEDUCE [1] 2627/7
DEDUCTION [1] 2650/18
DEEP [4] 2616/17 2633/20 2633/25 2642/11
DEEPER [2] 2582/4 2638/2
DEFENDANT [2] 2534/9 2635/18
DEFENDANT'S [2] 2623/3 2679/12
DEFENDANTS [2] 2582/9 2602/17 2622/16 2679/23
DEFINITELY [4] 2606/4 2607/3 2638/7 2642/2
DEFINITION [1] 2573/23
DEFINITIONS [1] 2581/1
DEGRADATION [2] 2680/24 2682/13
DEGRADATION OF [1] 2682/13
DEGRADE [4] 2669/8 2673/13 2682/2 2683/8
DEGREE [4] 2572/23 2574/11 2614/12 2616/19
DELTA [1] 2578/5
DEMONSTRATE [3] 2600/16 2659/23 2660/4
DEMONSTRATED [5] 2537/8 2570/25 2571/13 2595/18 2632/3
DEMONSTRATION [1] 2599/5
DEMONSTRATIVE [1] 2643/1
DENHAM [1] 2533/17
DEPARTMENT [1] 2534/9
DEPEND [2] 2581/23 2615/22
DEPENDENT [3] 2618/8 2618/9 2648/7
DEPENDING [6] 2616/6 2617/5 2658/3 2683/20 2683/23 2684/13
DEPICTED [1] 2624/3
DEPOSIT [1] 2631/5
DEPOSITED [6] 2631/13 2634/24 2635/6 2636/22 2637/6 2638/11
DEPOSITION [25] 2572/25 2573/3 2573/5 2621/1 2666/13 2666/18 2667/7 2667/8 2667/10 2667/13 2667/17 2667/24 2668/10 2668/22 2668/23 2668/24 2669/2 2669/11 2669/21 2669/24 2671/3 2672/19 2673/1 2673/2 2674/11
DEPRESSION [5] 2615/23 2616/12 2618/1 2618/9 2618/21
DEPRESSIONS [1] 2633/21
DEPTH [23] 2537/12 2541/15 2541/16 2543/7 2544/18 2551/7 2552/10 2552/11 2556/12 2556/17 2569/24 2575/25 2577/10 2577/12 2577/14 2578/4 2579/6 2579/16 2579/23 2614/15 2614/16 2614/19 2614/20
DEPTHS [1] 2576/9
DERIVED [1] 2543/14
DESCRIBE [6] 2594/15 2605/3 2608/15

2609/11 2610/20 2620/18
DESCRIBED [4] 2589/9 2622/24 2643/8 2679/1
DESCRIBES [1] 2652/16
DESCRIBING [1] 2601/5
DESIGN [24] 2543/1 2543/12 2543/18 2544/1 2558/3 2572/17 2583/24 2584/2 2584/4 2584/4 2584/7 2644/3 2644/4 2644/7 2644/10 2644/15 2644/16 2644/23 2647/5 2647/9 2647/10 2656/5 2657/15
DESIGN-TYPE [1] 2647/9
DESIGNER [3] 2544/12 2644/4 2644/20
DESIGNER'S [1] 2543/22
DESIRE [2] 2584/2 2666/22
DESTROY [3] 2544/2 2544/3 2544/5
DESTRUCTION [3] 2627/23 2649/4 2649/16
DESTRUCTIVE [1] 2649/12
DETAILS [3] 2599/16 2603/14 2603/21
DETERMINATION [4] 2583/8 2664/19 2665/20 2665/23
DETERMINE [8] 2552/6 2553/4 2553/5 2553/7 2559/11 2586/11 2609/17 2682/16
DETERMINED [4] 2580/19 2580/20 2580/22 2592/9
DETERMINES [1] 2553/3
DEVASTATION [1] 2620/18
DEVELOP [4] 2574/22 2601/17 2616/13 2639/15
DEVELOPED [7] 2582/25 2598/16 2601/3 2603/18 2638/9 2652/18 2674/1
DEVELOPING [1] 2600/17
DEVELOPMENT [2] 2574/13 2647/24
DEVELOPS [2] 2575/8 2602/3
DIAGRAM [1] 2630/17
DIALOGUE [1] 2672/15
DICTATE [2] 2618/11 2618/15
DICTATES [1] 2618/18
DID [78] 2537/5 2537/18 2538/4 2538/21 2538/24 2541/13 2543/8 2545/24 2548/3 2548/7 2548/23 2550/21 2554/13 2557/9 2557/12 2557/12 2559/25 2561/6 2562/22 2563/3 2564/17 2565/18 2566/17 2568/16 2570/19 2572/4 2573/7 2582/9 2586/14 2586/22 2586/24 2586/25 2587/2 2587/5 2587/11 2587/17 2599/21 2600/16 2601/21 2605/5 2605/15 2610/19 2613/22 2620/21 2623/1 2623/6 2623/20 2624/10 2625/24 2633/8 2638/21 2644/24 2645/1 2645/14 2652/9 2652/12 2656/1 2658/22 2659/5 2662/6 2662/15 2666/4 2666/14 2666/18 2667/3 2667/6 2668/19 2670/4 2670/11 2671/19 2671/23 2672/4 2672/16 2672/17 2672/18 2673/1 2681/22 2683/2
DIDN'T [52] 2537/4 2537/22 2541/7 2543/9 2545/6 2545/7 2545/18 2551/25 2553/2 2564/22 2567/21 2567/23 2583/2 2586/6 2586/11 2586/13 2587/8 2599/18 2603/17 2607/23 2609/10 2610/9 2610/17 2607/23 2609/10 2610/9 2610/9 2610/20 2610/20 2610/23 2617/20 2623/2 2623/9 2640/20 2645/11 2650/21 2660/11 2662/9 2664/18 2664/24 2666/18 2667/8 2667/11 2667/19 2668/9 2668/14 2669/5 2671/23 2672/2 2672/21 2673/9 2674/14 2674/14 2677/21 2677/22 2682/10 2682/25
DIFFERENCE [13] 2569/18 2570/14 2571/24 2572/2 2572/8 2575/10 2580/18 2583/12 2583/14 2583/16 2583/19 2618/22 2618/22

D

DIFFERENCES [4] 2538/12 2572/20
2572/21 2575/22
DIFFERENT [26] 2540/23 2541/4
2541/14 2542/16 2548/8 2555/13 2564/4
2564/25 2574/9 2575/11 2579/13
2579/13 2581/3 2583/25 2598/5 2624/24
2629/12 2631/9 2631/16 2637/14
2641/17 2657/17 2658/5 2661/21
2663/17 2682/22
DIFFERENTLY [2] 2562/22 2563/3
DIFFICULT [4] 2538/11 2570/4 2577/7
2611/23
DIFFICULTY [1] 2557/21
DIKE [1] 2656/18
DIKES [1] 2655/22
DIMENSIONAL [1] 2650/1
DIMINISH [1] 2606/25
DIP [1] 2616/15
DIRECT [9] 2557/21 2558/14 2589/7
2614/3 2632/4 2638/22 2638/24 2666/20
2682/5
DIRECTED [2] 2589/19 2590/4
DIRECTION [2] 2616/25 2631/7
DIRECTLY [1] 2597/4
DIRT [1] 2618/21
DISAGREE [6] 2648/15 2656/24 2657/7
2657/8 2658/6 2658/7
DISAGREEMENT [1] 2668/6
DISASTER [1] 2575/10
DISCHARGE [5] 2643/7 2654/12
2656/20 2658/10 2665/25
DISCUSS [2] 2551/7 2601/8
DISCUSSED [1] 2638/25
DISCUSSING [1] 2536/14
DISCUSSION [3] 2601/24 2669/20
2682/11
DISPARITY [2] 2676/25 2677/25
DISREGARDED [1] 2674/15
DISTANCE [6] 2601/25 2602/20 2628/7
2631/7 2648/8 2665/14
DISTANCES [1] 2634/21
DISTRIBUTED [3] 2620/15 2624/7
2624/9
DISTRIBUTION [1] 2620/14
DISTRICT [5] 2532/1 2532/2 2532/11
2685/19 2685/19
DIVIDE [4] 2543/3 2558/21 2558/22
2661/5
DIVIDED [1] 2541/16
DIVISION [3] 2534/10 2643/18 2643/18
DM [2] 2642/23 2642/25
DM-14 [2] 2642/23 2642/25
DO [129] 2536/20 2536/25 2539/19
2542/17 2546/2 2549/7 2550/9 2552/20
2553/12 2554/17 2557/5 2557/17
2557/21 2557/24 2558/3 2558/6 2558/14
2558/17 2559/10 2560/16 2560/23
2561/10 2562/25 2565/4 2565/11
2565/20 2565/22 2566/7 2566/9 2566/13
2566/24 2568/17 2568/18 2568/21
2568/22 2568/24 2569/2 2570/4 2572/7
2572/10 2572/11 2574/9 2574/15
2574/25 2575/13 2575/21 2577/2
2577/24 2578/18 2578/25 2581/13
2582/12 2582/16 2584/17 2586/8
2586/21 2586/22 2587/18 2589/12
2590/14 2592/12 2596/2 2597/24
2600/10 2600/19 2602/19 2606/6 2608/4
2608/5 2609/4 2609/11 2609/17 2610/10
2611/6 2612/2 2612/12 2615/13 2617/8
2617/9 2617/15 2617/23 2617/24 2619/6

2620/17 2620/23 2622/25 2624/9 2625/9
2625/10 2626/16 2630/3 2630/7 2630/10
2630/11 2630/13 2630/14 2635/12
2636/11 2637/2 2637/8 2639/4 2641/13
2642/3 2643/4 2643/12 2646/23 2648/22
2653/1 2655/5 2655/16 2656/25 2657/23
2659/18 2659/25 2663/6 2664/5 2664/18
2668/17 2670/5 2673/3 2675/21 2676/18
2676/25 2680/14 2680/23 2684/24
2685/5 2685/9 2685/11 2685/20
DOCKET [1] 2532/5
DOCUMENT [5] 2645/6 2645/8 2645/9
2645/10 2645/13
DOES [34] 2541/25 2542/14 2544/24
2549/24 2553/9 2555/11 2555/17
2578/23 2584/23 2588/14 2588/24
2589/14 2589/14 2589/25 2596/21
2596/21 2603/11 2604/10 2606/12
2610/11 2610/13 2614/20 2615/5
2615/15 2616/10 2643/10 2643/11
2648/2 2649/19 2657/23 2663/23 2669/7
2676/9 2685/8
DOESN'T [22] 2541/2 2541/19 2541/24
2543/16 2551/18 2551/21 2556/11
2566/16 2578/20 2590/9 2596/23 2617/7
2623/16 2629/14 2643/9 2646/24 2656/4
2666/9 2676/6 2676/7 2676/9 2683/21
DOING [18] 2548/18 2554/1 2556/14
2558/11 2562/21 2563/5 2564/24
2565/20 2565/20 2565/21 2580/10
2601/2 2629/10 2645/7 2657/1 2657/1
2662/25 2663/12
DOMENGEAUX [1] 2533/5
DON'T [114] 2536/22 2537/2 2537/5
2542/6 2542/8 2543/5 2548/24 2548/24
2549/22 2552/1 2552/3 2552/16 2552/17
2552/20 2552/25 2553/17 2555/21
2556/13 2556/15 2556/21 2557/3
2557/25 2562/21 2563/2 2565/2 2568/13
2570/14 2572/9 2573/5 2573/20 2576/20
2577/7 2581/6 2581/15 2582/3 2582/10
2582/11 2583/20 2584/10 2585/10
2587/19 2590/20 2592/12 2592/18
2592/21 2593/15 2596/7 2596/13 2597/4
2599/14 2599/23 2599/24 2601/5
2603/13 2604/2 2604/7 2605/9 2605/17
2606/1 2610/13 2610/14 2611/3 2615/8
2615/9 2620/9 2620/22 2625/1 2625/15
2626/12 2626/22 2627/25 2633/11
2634/9 2636/15 2636/17 2637/2 2637/10
2638/24 2639/21 2641/16 2642/10
2643/10 2643/13 2644/12 2644/13
2645/5 2645/9 2645/15 2645/17 2647/20
2651/23 2652/6 2655/6 2655/18 2657/8
2659/16 2661/14 2661/15 2665/5 2667/1
2670/18 2671/24 2674/1 2674/24
2675/20 2675/20 2676/2 2676/11
2677/20 2680/5 2680/20 2681/21 2683/3
2684/17
DONE [14] 2558/8 2566/1 2575/2 2586/1
2586/19 2601/13 2604/8 2621/13
2622/15 2624/15 2653/23 2655/11
2674/20 2675/5
DOT [2] 2547/5 2595/5
DOUBLE [4] 2547/17 2560/14 2605/20
2663/6
DOUBLE-SECRET [1] 2605/20
DOUBLED [1] 2582/22
DOWN [43] 2541/11 2544/15 2549/4
2554/21 2560/25 2561/2 2567/18
2569/12 2579/18 2588/19 2589/10
2591/1 2592/8 2593/14 2595/13 2596/24
2603/1 2604/11 2605/24 2605/25

2607/17 2607/17 2608/3 2608/13
2609/16 2615/8 2616/1 2616/11
2616/14 2616/20 2617/1 2618/3 2620/16
2635/3 2637/6 2641/6 2641/23 2646/17
2651/8 2652/22 2659/11 2668/9 2679/1
DOWNRUSH [4] 2585/3 2588/19
2588/23 2590/25
DOWNSLOPE [1] 2631/13
DOYLE [4] 2534/20 2685/19 2685/22
2685/23
DR. [40] 2582/7 2582/7 2584/1 2586/4
2586/6 2586/11 2586/19 2587/3 2587/8
2587/17 2587/21 2598/20 2599/3
2599/14 2600/16 2601/3 2601/8 2601/10
2601/18 2601/22 2603/15 2605/18
2605/18 2608/18 2620/9 2664/19
2665/10 2665/11 2665/18 2665/19
2665/23 2666/1 2666/6 2666/21 2672/17
2672/18 2674/1 2677/2 2677/11 2682/7
DR. BEA [3] 2582/7 2582/7 2584/1
DR. FITZGERALD [1] 2682/7
DR. FITZGERALD'S [1] 2672/18
DR. PAT [1] 2587/21
DR. REED [1] 2620/9
DR. RESIO [27] 2586/6 2586/11 2586/19
2587/3 2587/8 2587/17 2599/3 2599/14
2600/16 2601/8 2601/18 2601/22
2603/15 2605/18 2605/18 2608/18
2664/19 2665/11 2665/19 2665/23
2666/1 2666/6 2666/21 2672/17 2674/1
2677/2 2677/11
DR. RESIO'S [6] 2586/4 2598/20 2601/3
2601/10 2665/10 2665/18
DRAW [6] 2584/4 2607/14 2632/22
2653/13 2678/14 2679/19
DRAWDOWN [2] 2607/11 2650/10
DRAWN [1] 2581/8
DRIVES [2] 2599/3 2599/5
DROP [1] 2635/3
DUDENHEFER [2] 2533/9 2533/9
DUE [9] 2578/18 2611/1 2613/16 2630/2
2631/6 2631/10 2638/9 2642/16 2656/19
DULY [1] 2536/9
DUMAS [2] 2533/12 2533/12
DUPRE [6] 2620/13 2622/5 2641/11
2642/19 2650/14 2672/12
DURATION [7] 2539/5 2575/20 2637/17
2639/23 2640/9 2640/13 2649/18
DURING [16] 2543/13 2570/15 2570/19
2576/6 2576/10 2577/22 2583/23
2599/15 2607/11 2607/12 2646/15
2647/19 2651/4 2651/9 2668/24 2672/13
DUTCH [20] 2539/23 2558/9 2558/10
2558/25 2559/12 2565/10 2566/18
2566/19 2569/16 2573/25 2582/22
2610/10 2610/11 2613/24 2647/24
2654/21 2655/2 2656/15 2656/16 2657/1
DUVAL [1] 2532/11
DWARFED [1] 2648/25

E

EACH [13] 2551/15 2560/4 2580/9
2599/4 2605/9 2605/25 2608/1 2661/10
2662/16 2662/16 2663/13 2663/14
2665/25
EARLIER [14] 2583/20 2616/22 2620/15
2633/22 2644/10 2652/23 2653/9 2657/3
2662/6 2678/9 2678/21 2678/25 2679/1
2680/24
EARTH [1] 2597/10
EARTHEN [3] 2646/2 2646/13
EAST [1] 2534/4
EASTERN [2] 2532/2 2685/19

E

EASY [4] 2538/16 2547/2 2554/5 2590/12
EATING [1] 2632/13
EBERSOLE [50] 2536/9 2536/13 2540/3 2542/8 2549/6 2549/15 2555/3 2555/7 2557/14 2558/4 2558/11 2558/17 2559/16 2565/6 2565/16 2566/15 2572/7 2574/8 2591/22 2599/7 2601/9 2603/2 2605/2 2605/16 2620/17 2621/13 2621/18 2621/20 2622/18 2623/19 2628/7 2630/8 2630/11 2632/17 2633/4 2651/2 2653/6 2663/12 2667/3 2670/12 2672/15 2673/14 2675/5 2675/13 2675/18 2676/14 2676/19 2677/16 2678/6 2678/15
EBERSOLE'S [3] 2622/21 2623/16 2675/12
EDGE [3] 2598/3 2616/20 2638/3
EDWARDS,LLC [1] 2533/5
EFFECT [1] 2559/20
EHRLICH [1] 2534/11
EIGHT [4] 2664/3 2664/4 2664/6 2664/14
EITHER [3] 2553/2 2593/9 2611/24
EL [1] 2534/11
EL-AMIN [1] 2534/11
ELAPSED [1] 2577/11
ELEVATION [16] 2606/2 2606/23 2640/20 2666/23 2669/9 2672/21 2673/11 2673/13 2674/5 2674/18 2674/21 2674/25 2677/6 2677/24 2684/1 2684/3
ELEVATIONS [12] 2538/12 2663/7 2664/18 2664/20 2665/20 2665/23 2667/1 2674/2 2676/2 2677/2 2677/14 2677/21
ELIMINATE [1] 2663/8
ELISA [1] 2534/3
ELMO [2] 2655/19 2659/25
ELONGATED [2] 2605/24 2631/5
ELOQUENTLY [1] 2584/7
ELSE [4] 2563/15 2618/6 2623/20 2624/1
ELSE'S [1] 2587/12
ELSEWHERE [2] 2569/3 2659/14
ELWOOD [2] 2532/22 2533/23
EMBEDDED [5] 2557/2 2557/5 2557/7 2557/8 2640/25
EMPHASIZE [1] 2655/25
EMPIRICAL [1] 2650/18
ENABLES [2] 2597/25 2627/7
END [7] 2548/9 2558/7 2604/12 2604/13 2621/11 2635/5 2678/7
ENDING [1] 2655/10
ENDS [2] 2595/5 2670/2
ENERGY [1] 2651/14
ENGAGEMENT [2] 2626/17 2626/25
ENGINEERING [8] 2610/16 2610/25 2614/22 2614/23 2643/5 2647/5 2647/8 2647/11
ENGINEERS [1] 2643/19
ENGINEERS' [1] 2572/16
ENJOY [1] 2685/13
ENJOYED [1] 2609/10
ENOUGH [42] 2538/19 2546/6 2550/16 2550/17 2553/5 2557/8 2557/18 2561/8 2568/2 2568/25 2569/7 2571/12 2572/18 2574/1 2576/19 2581/5 2581/15 2593/18 2615/8 2615/9 2616/17 2627/6 2635/7 2640/2 2651/3 2651/6 2651/8 2651/9 2651/12 2651/15 2651/17 2651/17

2651/20 2651/21 2652/2 2652/3 2654/2 2660/2 2666/16 2380/90 26811891 2684/18
ENTERTAINING [1] 2623/11
ENTIRE [10] 2549/1 2568/13 2569/19 2570/5 2620/20 2623/10 2624/8 2624/10 2629/15 2664/16
ENTITLED [3] 2655/21 2684/24 2685/21
EPISODES [1] 2646/15
EQUAL [2] 2545/25 2585/20
EQUALED [2] 2550/22 2609/8
EQUALS [3] 2542/18 2562/10 2664/14
EQUATING [1] 2614/15
EQUATION [10] 2541/13 2541/18 2541/21 2541/24 2545/14 2545/15 2558/8 2563/16 2566/18 2566/19
ERODE [14] 2540/20 2550/17 2557/10 2567/15 2569/8 2579/23 2584/8 2612/24 2614/21 2651/5 2653/8 2653/15 2658/16 2658/24
ERODED [12] 2541/23 2542/2 2550/20 2550/23 2554/20 2554/21 2628/22 2630/5 2631/6 2634/12 2637/4 2639/11
ERODES [3] 2580/11 2580/11 2634/18
ERODIBILITY [6] 2573/16 2582/12 2582/13 2582/13 2582/20 2652/24
ERODIBLE [5] 2582/6 2615/25 2639/17 2650/16 2658/13
ERODING [5] 2554/23 2568/4 2577/17 2577/17 2642/17
EROSION [147] 2537/12 2539/10 2539/16 2540/12 2540/13 2540/16 2540/17 2540/21 2542/5 2542/20 2543/7 2544/18 2548/21 2550/2 2550/8 2550/10 2550/11 2550/18 2550/22 2551/2 2551/7 2551/25 2552/9 2552/10 2552/11 2552/15 2553/8 2553/22 2554/2 2554/7 2554/8 2554/20 2554/24 2563/17 2568/6 2568/10 2568/12 2569/11 2569/16 2569/24 2570/6 2572/13 2573/18 2573/20 2574/7 2574/9 2574/12 2577/19 2574/23 2575/4 2575/8 2575/11 2575/25 2576/9 2577/10 2577/12 2577/14 2578/2 2578/4 2578/24 2579/6 2579/15 2579/18 2580/4 2580/5 2580/7 2580/8 2580/8 2580/16 2580/18 2580/20 2580/24 2581/2 2581/4 2581/6 2581/22 2582/20 2582/22 2610/4 2610/4 2610/13 2610/13 2611/1 2611/5 2613/2 2613/16 2615/7 2616/12 2619/2 2619/3 2619/11 2626/12 2627/8 2628/25 2629/1 2629/2 2629/5 2629/19 2629/23 2631/2 2631/9 2631/11 2632/9 2632/11 2632/12 2632/13 2632/15 2632/18 2636/13 2636/23 2636/23 2637/3 2637/10 2637/13 2638/9 2639/23 2640/3 2640/5 2640/7 2640/8 2640/18 2640/20 2642/20 2641/21 2641/25 2642/7 2643/22 2646/2 2646/14 2646/15 2646/16 2646/20 2646/25 2651/17 2651/22 2654/3 2655/21 2656/6 2656/19 2658/4 2658/11 2660/7 2668/2 2668/3 2668/4 2680/20 2682/8
EROSIVE [1] 2614/7
ESOTERIC [1] 2655/13
ESQ [31] 2532/15 2532/18 2532/19 2532/22 2532/22 2533/3 2533/6 2533/9 2533/12 2533/16 2533/19 2533/20 2533/23 2534/3 2534/3 2534/6 2534/6 2534/10 2534/11 2534/11 2534/12 2534/12 2534/13 2534/14 2534/14 2534/15 2534/15 2534/16 2534/16 2534/17
ESSENCE [1] 2545/4

ESTABLISH [2] 2624/17 2644/1 2660/14
ESTABLISHED [2] 2537/15 2592/15
ESTABLISHING [1] 2652/14
ESTIMATE [4] 2538/13 2541/17 2544/18 2583/24
ESTIMATES [2] 2550/12 2650/20
ESTIMATING [1] 2551/1
ET [2] 2532/5 2532/7
EUROPEANS [1] 2613/24
EUROTOP [1] 2647/8
EVALUATED [2] 2585/2 2627/18 2627/19 2627/22
EVALUATION [3] 2619/12 2623/23 2646/1
EVEN [15] 2579/22 2584/22 2586/8 2597/18 2598/14 2600/2 2606/14 2620/22 2629/4 2639/19 2647/7 2647/20 2648/5 2649/3 2669/4
EVENING [1] 2685/16
EVENT [3] 2543/13 2583/23 2672/14
EVENTUALLY [2] 2616/17 2616/23
EVER [5] 2599/6 2599/20 2599/21 2645/4 2685/2
EVERY [5] 2588/16 2624/2 2668/10 2681/9 2681/12
EVERYBODY [3] 2571/22 2621/24 2685/13
EVERYTHING [5] 2611/21 2611/22 2617/15 2618/6 2664/10
EVERYWHERE [1] 2655/12
EVIDENCE [22] 2582/2 2621/2 2625/10 2626/4 2626/7 2628/22 2632/4 2632/13 2632/17 2637/10 2638/5 2639/20 2640/5 2640/6 2640/16 2642/10 2643/10 2643/21 2656/6 2658/22 2659/6 2672/2
EVIDENT [3] 2563/18 2633/11 2642/15
EVOLVE [1] 2616/24
EXACERBATING [1] 2616/18
EXACT [3] 2569/21 2621/10 2673/4
EXACTLY [22] 2536/22 2552/1 2565/12 2569/19 2579/14 2581/2 2583/22 2596/13 2611/9 2626/12 2634/19 2635/12 2636/9 2637/20 2648/18 2649/13 2664/24 2670/4 2675/1 2683/3 2684/3 2684/20
EXAMINATION [4] 2536/11 2539/21 2565/9 2627/20
EXAMINE [2] 2568/1 2583/22
EXAMINED [2] 2538/23 2685/2
EXAMPLE [8] 2543/24 2554/4 2607/7 2626/11 2636/15 2666/4 2667/5 2678/10
EXAMPLES [1] 2616/22
EXCEEDED [3] 2648/21 2657/19 2668/4
EXCEEDS [1] 2606/23
EXCEPT [2] 2566/20 2674/20
EXCEPTION [1] 2673/23
EXCUSE [2] 2576/24 2622/19
EXECUTIVE [1] 2678/7
EXERT [1] 2598/11
EXHIBIT [2] 2591/24 2642/24
EXIST [1] 2618/10
EXISTED [1] 2632/12
EXPECT [11] 2548/21 2572/22 2572/23 2576/10 2631/11 2631/12 2635/12 2637/4 2637/16 2658/16 2658/24
EXPECTED [1] 2581/10
EXPERIENCE [3] 2604/4 2647/1 2672/5
EXPERIENCED [1] 2538/3
EXPERIMENT [3] 2573/25 2578/3 2578/12
EXPERIMENTAL [1] 2539/11

Case 2:05-cv-04182-SRD-JCW Document 16090 Filed 05/25/08 Page 164 of 182

**E**

EXPERIMENTS [1] 2578/5
EXPERT [7] 2551/9 2553/14 2586/15 2587/1 2587/3 2587/6 2646/7
EXPERTISE [1] 2646/5
EXPLAIN [12] 2553/11 2566/23 2597/6 2597/11 2612/14 2614/11 2623/2 2639/5 2667/11 2671/7 2673/3 2683/11
EXPLAINED [1] 2544/10
EXPLAINING [1] 2612/12
EXPLANATION [3] 2567/25 2582/1 2606/12
EXPRESSED [3] 2575/25 2576/1 2613/19
EXTEND [1] 2574/22
EXTENSIVE [1] 2636/17
EXTENT [1] 2648/10
EXTRA [1] 2571/19
EXTRAORDINARILY [1] 2626/24
EXTRAPOLATE [2] 2559/10 2565/10
EXTRAPOLATED [1] 2602/13
EXTRAPOLATING [1] 2563/6
EXTREME [1] 2675/23
EXTREMELY [1] 2626/25

**F**

FACE [19] 2554/2 2575/4 2575/6 2585/2 2585/25 2586/2 2588/10 2594/23 2595/14 2595/15 2606/22 2607/5 2630/2 2630/20 2630/21 2640/19 2640/23 2647/1 2651/14
FACT [18] 2556/14 2570/12 2584/2 2585/16 2607/4 2610/11 2620/4 2620/22 2626/8 2630/23 2650/20 2652/18 2668/14 2674/20 2677/16 2680/17 2681/18 2684/11
FACTOR [89] 2541/17 2542/25 2543/1 2543/4 2543/6 2543/9 2543/11 2543/15 2543/18 2543/23 2543/25 2543/25 2544/10 2544/12 2544/17 2544/20 2544/24 2544/24 2545/3 2545/4 2545/5 2545/12 2545/14 2545/17 2545/23 2546/1 2546/3 2546/4 2547/20 2553/1 2555/13 2557/11 2557/20 2557/23 2557/25 2558/1 2558/2 2558/6 2558/8 2558/12 2558/17 2558/18 2558/19 2558/24 2559/8 2559/10 2559/11 2559/20 2559/24 2560/14 2560/18 2560/19 2562/7 2562/20 2562/25 2563/7 2565/17 2566/18 2566/19 2566/20 2567/23 2568/4 2582/16 2582/17 2582/21 2582/24 2583/1 2583/5 2583/17 2583/18 2583/21 2584/10 2584/14 2584/19 2584/23 2643/9 2644/2 2644/5 2644/8 2644/21 2644/22 2648/22 2657/17 2674/11 2684/2
FACTOR'S [1] 2584/17
FACTORED [1] 2541/4
FACTORS [8] 2556/14 2562/6 2582/14 2618/20 2619/2 2640/9 2642/21 2644/10
FAIL [5] 2584/5 2584/6 2656/19 2671/19 2671/23
FAILED [2] 2650/13 2654/25
FAILURE [2] 2621/4 2659/13
FAIR [19] 2538/19 2546/6 2550/16 2554/18 2557/8 2561/8 2568/2 2568/25 2572/18 2574/1 2576/19 2581/5 2581/15 2582/21 2593/18 2611/22 2618/25 2625/22 2627/6
FAIRLY [9] 2619/24 2620/15 2624/6 2624/9 2630/20 2632/16 2634/22

2637/17 2638/14
FAIR-NESS [1] 2618/25
FAITH [1] 2601/7
FALL [1] 2678/25
FALLING [1] 2589/19
FAMILIAR [5] 2597/19 2599/16 2601/13 2603/14 2603/21
FAR [12] 2562/21 2563/3 2563/22 2574/3 2574/20 2603/25 2611/7 2643/21 2648/19 2678/19 2682/2 2682/21
FASHIONED [1] 2666/11
FAST [8] 2540/19 2580/11 2580/11 2589/10 2607/7 2612/21 2612/23 2628/9
FAVOR [2] 2596/2 2605/19
FAYARD [2] 2533/16 2533/16
FCRR [3] 2534/20 2685/19 2685/23
FEATURE [20] 2618/23 2629/19 2629/24 2629/24 2630/3 2630/8 2630/18 2631/5 2631/9 2633/15 2633/15 2633/16 2633/18 2635/6 2636/14 2638/12 2638/17 2638/18 2639/15 2639/18
FEATURE'S [1] 2638/16
FEATURES [9] 2625/17 2625/20 2626/10 2626/12 2630/16 2630/23 2633/17 2634/24 2639/6
FEET [101] 2536/25 2537/3 2537/13 2539/7 2539/10 2539/10 2547/11 2547/12 2547/14 2554/3 2554/6 2554/9 2560/17 2561/1 2561/2 2561/6 2561/15 2561/18 2561/22 2562/17 2562/24 2567/11 2568/6 2568/11 2569/14 2569/19 2569/20 2570/5 2576/7 2577/12 2577/13 2577/14 2578/2 2578/24 2588/24 2588/25 2589/22 2590/19 2590/22 2592/24 2593/5 2594/11 2595/11 2596/16 2600/25 2602/2 2602/19 2608/11 2609/1 2609/2 2610/2 2610/12 2610/22 2610/23 2611/5 2613/9 2613/11 2613/13 2613/19 2615/14 2636/18 2637/16 2637/18 2649/8 2649/22 2650/12 2653/13 2654/1 2654/12 2661/6 2661/10 2662/14 2662/16 2662/17 2662/22 2663/13 2663/20 2663/21 2663/22 2663/22 2663/22 2664/11 2664/14 2664/15 2664/17 2664/23 2665/10 2666/5 2666/5 2666/6 2666/6 2666/12 2666/24 2666/25 2668/5 2669/9 2670/13 2671/11 2672/21 2677/8 2677/9
FELLOW [1] 2668/6
FELT [3] 2539/16 2633/6 2674/12
FEW [9] 2551/22 2555/4 2557/9 2567/20 2608/17 2635/18 2640/20 2659/15 2670/7
FEWER [2] 2606/20 2606/21
FIELD [2] 2613/6 2655/13
FIGURE [8] 2545/22 2566/16 2659/2 2659/5 2659/5 2659/10 2659/11 2677/3
FIGURES [1] 2627/20
FILL [3] 2652/4 2682/2 2684/14
FIND [12] 2543/13 2558/23 2565/4 2573/24 2578/14 2643/10 2653/2 2658/21 2658/22 2667/15 2669/2 2682/19
FINDING [1] 2563/10
FINE [15] 2555/15 2564/15 2573/10 2582/14 2606/13 2622/2 2633/14 2634/20 2641/9 2646/10 2657/7 2657/12 2670/8 2676/5 2677/16
FINISH [10] 2571/4 2571/5 2612/12 2652/11 2653/19 2655/15 2659/17 2665/22 2668/21 2671/5
FIRM [4] 2532/21 2533/9 2533/12

2534/2
FIRST [20] 2560/24 2575/3 2580/3 2596/3 2599/6 2600/12 2605/3 2613/2 2619/9 2619/14 2622/4 2629/11 2630/14 2633/8 2653/12 2654/20 2667/9 2673/7 2675/9 2675/10
FIT [1] 2565/10
FITZGERALD [10] 2666/22 2675/16 2677/5 2677/5 2677/11 2680/23 2681/21 2682/7 2682/12 2682/15 2682/23
FITZGERALD'S [2] 2672/18 2675/6
FIVE [2] 2558/10
FIVE-THOUSANDTHS [1] 2561/4
FLAG [1] 2584/14
FLATLINED [1] 2558/12
FLAW [1] 2583/6
FLOOD [2] 2650/7 2650/11
FLORIDA [1] 2533/17
FLOW [28] 2590/2 2597/2 2607/1 2607/7 2607/8 2607/17 2607/18 2607/18 2607/20 2607/22 2608/16 2609/17 2613/13 2614/12 2616/13 2616/15 2617/1 2617/23 2638/10 2651/6 2651/9 2652/17 2652/25 2653/5 2653/6 2654/3 2654/25 2656/6
FLOWING [5] 2608/13 2609/24 2631/6 2634/9 2666/12
FLOWS [2] 2593/5 2642/16
FLUID [2] 2597/17 2597/22
FLUME [2] 2578/5 2597/13
FLUSHES [1] 2588/19
FLY [1] 2597/25
FOCUS [2] 2671/18 2672/14
FOCUSED [1] 2672/10
FOLKS [1] 2596/7
FOLLOW [1] 2568/20
FOLLOWING [3] 2544/16 2563/3 2601/25
FOLLOWS [1] 2536/10
FOOT [51] 2539/3 2539/7 2547/24 2557/18 2560/24 2561/4 2561/23 2562/1 2562/9 2563/8 2568/13 2576/3 2577/25 2579/7 2579/15 2579/23 2585/25 2589/1 2589/20 2590/5 2590/24 2590/25 2596/9 2596/15 2601/2 2602/9 2602/9 2602/11 2603/1 2603/8 2613/11 2613/12 2613/14 2613/19 2615/15 2637/16 2649/9 2650/5 2650/6 2650/6 2654/13 2654/16 2654/14 2655/3 2655/4 2656/13 2656/14 2666/7 2669/6 2670/13 2671/12
FOOT-AND-A-HALF [2] 2539/3 2579/23
FORCE [5] 2597/24 2598/5 2598/7 2598/11 2606/18
FOREGOING [1] 2685/20
FORENSIC [1] 2543/5
FORGET [3] 2544/7 2559/24 2559/25
FORGETTING [1] 2661/19
FORGIVE [5] 2548/14 2611/10 2653/20 2655/14 2661/23
FORGOT [1] 2580/5
FORM [8] 2541/14 2587/18 2605/24 2631/6 2633/23 2639/18 2645/9 2658/1
FORMATION [1] 2640/21
FORMED [4] 2631/1 2633/23 2633/25 2636/24
FORMULA [13] 2539/15 2540/3 2540/5 2540/9 2540/10 2540/11 2543/3 2543/12 2543/14 2544/17 2553/7 2557/5 2557/6 2558/3 2559/12 2560/22 2560/23 2564/2 2557/3
FORMULAS [1] 2557/3
FORTH [3] 2596/25 2598/18 2598/19
FORWARD [2] 2628/16 2628/20
FOUND [2] 2628/4 2652/15

F

FOUR [2] 2566/13 2640/9
FRAME [2] 2607/8 2684/17
FRAMES [2] 2620/5 2620/12
FRANK [1] 2533/9
FRANKLIN [1] 2534/17
FRANKLY [4] 2582/7 2611/20 2621/4 2635/11
FREEBOARD [2] 2665/15 2665/15
FRICTION [2] 2614/6 2614/9
FRIDAY [4] 2536/18 2537/6 2585/4 2667/9
FROM THE [1] 2614/13
FRONT [99] 2536/24 2537/8 2537/9 2538/21 2539/17 2552/22 2573/19 2574/19 2575/6 2578/16 2581/22 2582/1 2585/2 2585/18 2585/25 2586/7 2586/12 2586/14 2586/25 2587/2 2587/4 2587/9 2588/10 2589/22 2590/22 2592/19 2594/11 2594/12 2594/16 2594/23 2595/19 2595/24 2596/4 2596/5 2597/3 2598/3 2598/17 2600/16 2600/17 2604/1 2604/4 2606/7 2606/16 2606/18 2606/21 2606/22 2606/24 2611/15 2616/25 2619/11 2621/4 2625/20 2626/9 2626/20 2627/8 2629/1 2629/3 2629/5 2629/18 2629/23 2630/2 2630/20 2630/21 2631/1 2631/9 2631/10 2631/19 2632/6 2632/14 2633/15 2634/7 2637/1 2638/1 2638/6 2638/8 2638/18 2639/4 2639/11 2640/5 2640/16 2640/18 2640/23 2641/23 2641/25 2642/6 2647/1 2648/8 2649/7 2649/14 2649/19 2651/7 2651/10 2651/14 2651/16 2651/17 2651/22 2654/4 2660/7 2669/12
FRONT-FACE [1] 2585/2
FRONT-SIDE [29] 2536/24 2537/8 2573/19 2581/22 2586/12 2586/25 2587/2 2587/4 2587/9 2590/22 2592/19 2594/11 2619/11 2621/4 2626/9 2629/5 2631/9 2631/10 2634/7 2638/6 2638/8 2640/5 2640/16 2641/23 2641/25 2642/6 2651/10 2651/16 2651/17
FRONT-TO-BACK [1] 2654/4
FULL [4] 2544/1 2645/15 2645/17 2645/18
FULLY [2] 2665/7 2665/10
FUNCTION [8] 2540/21 2551/8 2552/10 2572/13 2603/20 2608/21 2643/6 2683/17

G

GAMMA [7] 2545/13 2545/16 2545/17 2545/25 2545/25 2546/2 2547/19
GAP [1] 2641/3
GAPING [2] 2626/4 2626/8
GAVE [5] 2599/3 2600/8 2629/12 2640/4 2682/20
GENERAL [5] 2539/6 2575/21 2581/23 2586/23 2618/25
GENERALLY [2] 2537/3 2599/9 2635/9 2654/10
GENERATE [2] 2637/6 2677/20
GENERATED [2] 2666/21 2677/5
GENERATING [2] 2542/25 2588/17
GENTLE [4] 2629/24 2630/21 2630/24 2631/18
GENTLER [1] 2629/22
GEOMETRY [1] 2648/7
GERMANS [1] 2657/1
GET [104] 2537/25 2538/12 2538/19 2542/11 2543/21 2550/6 2550/11 2554/7

2554/9 2554/12 2557/24 2558/21 2559/3 2559/3 2560/7 2560/10 2560/21 2560/23 2561/6 2561/10 2561/18 2562/7 2562/9 2563/14 2565/18 2567/25 2568/11 2569/2 2569/16 2571/17 2571/20 2571/25 2572/4 2574/20 2576/5 2577/10 2578/1 2578/15 2578/24 2578/25 2579/14 2579/20 2584/12 2585/6 2587/8 2587/17 2589/19 2595/19 2597/24 2598/5 2598/6 2598/7 2601/22 2602/19 2603/1 2606/7 2608/18 2609/6 2611/24 2613/22 2615/11 2616/12 2616/14 2616/17 2616/19 2617/20 2617/22 2619/1 2620/11 2620/13 2623/14 2628/5 2631/5 2633/22 2635/21 2638/2 2639/17 2643/21 2650/10 2650/21 2651/2 2653/18 2653/23 2661/15 2661/14 2662/21 2664/3 2664/3 2664/5 2664/8 2665/14 2669/11 2669/16 2672/6 2673/13 2674/24 2679/5 2679/7 2680/21 2681/19 2682/8 2683/5 2684/14 2684/18
GET A [1] 2611/24
GET AN [1] 2572/4
GETS [10] 2598/4 2598/9 2604/10 2608/8 2608/10 2616/17 2651/20 2652/5 2679/23 2684/8
GETTING [11] 2564/24 2568/12 2569/12 2570/6 2570/7 2579/6 2579/6 2582/24 2585/14 2588/24 2624/8
GIANT [4] 2626/4 2626/8 2670/13 2670/24
GIGS [1] 2599/4
GILBERT [2] 2534/2 2534/3
GIVE [12] 2544/8 2554/4 2578/21 2586/25 2603/17 2619/10 2626/17 2650/24 2658/10 2669/7 2670/2 2678/10
GIVEN [4] 2601/4 2602/20 2620/4 2648/4
GIVES [2] 2540/21 2644/15
GIVING [1] 2588/21
GLAD [2] 2551/7 2551/15
GO [75] 2539/1 2539/14 2540/6 2542/8 2542/12 2545/9 2545/20 2546/13 2546/17 2547/1 2551/7 2551/14 2553/10 2553/16 2553/17 2555/4 2557/16 2562/9 2565/1 2565/7 2568/9 2568/18 2574/5 2574/6 2576/15 2576/22 2577/9 2577/20 2577/25 2580/1 2580/14 2584/25 2586/5 2590/9 2590/20 2594/3 2602/25 2603/12 2604/5 2605/11 2607/23 2607/24 2611/17 2622/12 2624/12 2627/10 2627/25 2629/17 2634/16 2636/2 2640/15 2641/9 2641/20 2642/1 2642/23 2645/3 2647/4 2647/13 2649/10 2651/17 2652/10 2653/14 2655/21 2659/16 2659/22 2659/25 2664/2 2667/21 2668/9 2668/23 2669/10 2670/7 2670/9 2675/1 2676/5
GODA [1] 2654/21
GOES [5] 2569/20 2595/10 2603/1 2642/8 2660/6 2683/6 2683/7
GOING [76] 2540/19 2542/12 2543/1 2543/3 2543/12 2543/14 2543/18 2548/14 2548/15 2549/15 2550/7 2554/12 2557/21 2558/5 2563/2 2565/8 2565/22 2568/24 2569/11 2569/21 2579/9 2584/5 2584/6 2584/8 2588/1 2589/5 2590/16 2591/1 2591/16 2595/13 2595/13 2596/5 2597/7 2598/19 2601/4 2601/11 2603/9 2603/10 2605/7 2606/24 2610/1 2612/21 2612/22 2612/24 2614/21 2615/10 2615/15 2617/24 2618/15 2621/15 2622/4 2622/8 2622/11 2626/1 2629/19 2629/23 2635/2 2637/1 2637/12 2637/13

2644/4 2646/9 2649/10 2649/15 2650/8 2655/4 2656/14 2665/18 2666/5 2666/10 2671/12 2674/24 2675/2 2678/7 2683/17 2685/4
GONE [4] 2617/11 2625/14 2641/24 2651/6
GOOD [30] 2536/6 2536/7 2536/8 2540/24 2546/11 2546/14 2548/9 2548/15 2553/23 2553/24 2553/24 2553/25 2564/4 2564/11 2564/13 2564/1 2564/11 2564/16 2564/18 2564/21 2585/22 2601/7 2605/1 2605/6 2605/8 2630/9 2634/16 2646/19 2654/11 2655/19 2678/12
GOOD-QUALITY [1] 2654/11
GOT [45] 2540/3 2542/24 2560/2 2560/7 2560/10 2571/19 2572/5 2576/8 2577/24 2590/21 2592/21 2595/2 2598/9 2601/17 2601/20 2607/9 2608/8 2615/14 2618/13 2619/22 2620/4 2620/9 2621/6 2621/13 2623/25 2634/8 2634/9 2636/2 2640/5 2641/22 2649/3 2650/23 2661/6 2662/20 2663/1 2663/7 2666/5 2666/5 2666/9 2666/11 2672/1 2672/20 2676/6 2680/14 2680/18
GOTCHA [1] 2585/19
GOTTEN [2] 2552/14 2554/6
GOVERNMENT [2] 2533/13 2685/9
GOVERNMENT'S [1] 2605/19
GRADUAL [1] 2638/2
GRAPH [2] 2599/20 2660/11
GRASS [99] 2539/3 2539/11 2539/16 2540/22 2540/24 2541/1 2541/2 2541/8 2541/22 2542/2 2544/19 2544/25 2545/13 2546/8 2546/11 2546/14 2546/15 2546/18 2546/22 2547/8 2548/9 2548/11 2548/15 2548/20 2549/22 2550/4 2553/23 2553/24 2553/25 2554/6 2554/1 2554/13 2554/15 2555/12 2556/5 2556/6 2556/9 2556/10 2556/11 2556/17 2557/10 2560/23 2561/15 2561/19 2561/23 2562/17 2562/24 2564/1 2564/13 2564/16 2564/16 2564/2 2564/18 2564/19 2564/21 2565/16 2565/18 2566/9 2567/5 2568/10 2569/8 2569/9 2569/11 2570/8 2570/17 2570/23 2570/25 2571/12 2572/9 2572/9 2572/14 2572/21 2573/17 2573/18 2573/20 2610/7 2610/19 2611/4 2611/13 2612/5 2612/5 2612/8 2612/9 2614/6 2614/8 2614/12 2618/21 2618/22 2628/22 2637/10 2639/4 2639/20 2640/10 2640/19 2641/23 2652/25 2654/11 2656/18 2658/4
GRASS-COVER [1] 2540/24
GRASS-COVERED [2] 2573/17 2652/25
GRASS/TURF [1] 2640/10
GRASSES [1] 2540/19
GRAVITY [1] 2606/1
GREAT [2] 2631/7 2679/20
GREATER [3] 2598/12 2657/16 2677/12
GREEN [4] 2600/18 2640/19 2675/13 2676/22
GREIF [1] 2534/12
GROUND [2] 2641/19 2641/20
GROUP [1] 2534/7
GUESS [8] 2576/9 2580/5 2592/19 2594/20 2601/14 2626/16 2633/18 2645/16
GUIDANCE [8] 2584/19 2627/4 2644/18 2644/21 2647/5 2647/6 2647/9 2647/10
GUIDE [4] 2644/3 2644/7 2644/15 2656/5

## G

GUIDELINE [2] 2648/13 2654/24
GUIDELINES [3] 2648/5 2652/19 2654/21
GUIDES [1] 2644/10
GUY [4] 2645/20 2645/21 2652/21 2654/23
GUYS [1] 2656/3

## H

H2 [1] 2542/16
HAD [40] 2548/19 2550/17 2552/11 2558/6 2559/20 2570/16 2570/23 2570/23 2571/11 2573/14 2577/21 2581/1 2581/3 2582/16 2587/18 2593/14 2599/4 2600/5 2605/2 2610/5 2615/22 2615/25 2623/24 2624/12 2627/21 2635/12 2636/9 2637/3 2637/3 2637/5 2637/12 2638/21 2639/10 2640/12 2642/17 2657/24 2669/20 2670/12 2680/24 2683/9
HALF [20] 2539/3 2539/7 2543/3 2560/5 2560/10 2560/16 2560/17 2560/23 2561/2 2561/7 2561/15 2566/13 2579/7 2579/15 2579/23 2579/24 2662/14 2663/20 2682/10 2682/14
HALL [1] 2652/22
HAND [2] 2548/5 2548/5
HANDLED [1] 2652/12
HAPPEN [4] 2615/5 2617/4 2618/6 2649/17
HAPPENED [8] 2543/13 2582/5 2583/22 2584/3 2592/11 2634/7 2669/11 2672/25
HAPPENING [12] 2590/21 2594/15 2595/15 2595/19 2595/23 2596/21 2597/6 2597/8 2597/10 2609/12 2650/4 2656/25
HAPPENS [14] 2592/2 2592/5 2597/13 2604/9 2615/16 2615/18 2616/19 2618/15 2634/11 2650/9 2659/6 2678/9 2683/24 2683/24
HAPPY [1] 2605/11
HARD [6] 2544/16 2571/17 2571/19 2599/3 2599/4 2678/14
HARDER [1] 2642/1
HAS [22] 2541/1 2542/10 2558/11 2574/23 2578/16 2586/15 2589/11 2612/14 2617/8 2617/22 2617/24 2640/25 2641/2 2643/9 2646/5 2650/6 2652/15 2663/17 2668/12 2674/19 2677/23 2679/14
HAVE [246]
HAVEN'T [3] 2595/1 2604/8 2675/11
HAVING [6] 2536/9 2544/15 2559/20 2601/9 2622/1 2628/10
HAZARDS [1] 2575/18
HB [1] 2534/20
HB-406 [1] 2534/20
HE [47] 2547/14 2558/12 2566/1 2566/4 2566/7 2566/7 2572/3 2572/3 2578/16 2578/18 2578/20 2582/12 2587/10 2603/16 2603/17 2605/4 2605/5 2610/11 2610/13 2643/19 2643/20 2645/20 2645/24 2646/1 2646/6 2646/24 2647/18 2647/18 2648/2 2648/3 2648/12 2664/19 2675/14 2675/15 2676/23 2676/23 2677/6 2679/14 2681/22
HE'S [14] 2563/5 2568/23 2576/24 2587/6 2587/21 2601/7 2601/12 2601/13 2627/25 2643/18 2643/18 2645/7 2646/4

2684/23
HEAD-SIDE [1] 2637/24
HEADCUT [6] 2616/21 2616/22 2616/24 2629/22 2632/6 2632/8
HEADCUTS [4] 2629/1 2631/1 2632/3 2659/2
HEADCUTTING [6] 2630/2 2632/18 2639/21 2652/4 2660/7 2660/13
HEALTHY [1] 2646/20
HEAR [2] 2605/17 2605/18
HEAVIER [1] 2635/2
HEAVILY [3] 2630/5 2650/22 2670/25
HEAVY [1] 2597/2
HEIGHT [29] 2540/13 2540/18 2540/22 2542/23 2544/6 2544/7 2546/18 2547/7 2560/2 2562/16 2563/24 2567/8 2568/3 2569/5 2569/9 2570/2 2570/3 2574/14 2574/14 2581/9 2600/24 2606/15 2606/23 2611/16 2617/8 2617/23 2617/23 2618/2 2665/13
HEIGHTS [16] 2560/4 2563/24 2564/2 2576/2 2599/21 2603/12 2604/4 2604/6 2604/7 2650/24 2660/22 2673/25 2675/7 2675/23 2675/25 2677/25
HELD [2] 2577/15 2626/23
HELP [7] 2562/23 2585/7 2589/21 2593/8 2594/18 2660/14 2682/16
HELPED [1] 2652/13
HELPFUL [1] 2630/7
HELPS [2] 2596/19 2627/3
HEN'S [1] 2674/10
HERE [115] 2542/15 2542/15 2542/16 2545/10 2546/7 2550/9 2553/16 2556/3 2557/22 2558/15 2566/23 2569/1 2569/2 2574/8 2576/19 2577/23 2580/1 2580/10 2580/15 2582/21 2584/1 2585/17 2589/4 2589/8 2590/11 2590/17 2590/20 2591/5 2591/13 2592/15 2593/14 2597/13 2600/23 2601/6 2601/17 2602/8 2602/20 2602/21 2602/25 2602/25 2603/9 2606/2 2608/1 2608/13 2608/13 2608/20 2609/3 2609/17 2611/19 2617/4 2617/4 2617/4 2617/4 2617/4 2618/6 2618/7 2618/7 2618/7 2618/7 2618/7 2625/12 2625/13 2625/13 2625/13 2625/13 2625/14 2625/18 2626/3 2628/8 2628/22 2628/22 2628/23 2629/24 2629/24 2630/25 2631/23 2631/24 2633/19 2636/7 2636/20 2637/2 2637/5 2637/6 2637/8 2639/20 2639/23 2640/16 2641/22 2641/23 2641/25 2642/7 2642/7 2642/11 2647/4 2648/2 2651/2 2652/15 2657/4 2657/17 2657/20 2659/6 2659/11 2660/21 2662/9 2662/10 2668/9 2672/2 2675/1 2675/22 2676/5 2676/18 2677/1 2678/16 2681/13
HERE'S [11] 2551/18 2559/17 2562/23 2566/3 2566/9 2581/7 2600/8 2609/11 2623/25 2636/12 2675/23
HEREBY [1] 2685/20
HEWLETT [3] 2610/22 2612/2 2652/24
HIGH [25] 2548/13 2582/12 2582/13 2597/15 2597/20 2610/5 2616/13 2616/15 2636/17 2638/14 2639/6 2639/17 2639/22 2640/12 2651/21 2652/3 2657/14 2660/12 2663/21 2663/22 2663/22 2669/7 2673/12 2675/15 2684/13
HIGH-SPEED [3] 2597/20 2616/13 2616/15
HIGHER [28] 2544/2 2544/5 2576/5 2580/17 2580/21 2580/24 2581/11

2581/21 2582/8 2597/23 2598/11 2609/15 2611/20 2657/3 2657/6 2657/24 2658/3 2661/13 2661/18 2662/11 2664/23 2665/24 2677/14 2677/17 2678/9 2678/21 2678/25
HIGHEST [3] 2585/6 2585/11 2639/9
HIGHLIGHT [1] 2574/6
HIGHLIGHTING [1] 2668/5
HIM [25] 2549/1 2555/22 2566/3 2567/25 2568/1 2571/5 2578/15 2578/16 2578/21 2615/3 2622/8 2622/11 2630/14 2630/15 2665/5 2667/13 2668/21 2669/24 2671/6 2676/16 2679/14 2682/5 2682/16 2682/20 2683/1
HINT [1] 2670/2
HIS [27] 2539/20 2558/11 2565/8 2567/25 2571/6 2582/8 2582/12 2584/2 2586/7 2586/12 2586/24 2587/7 2587/10 2601/18 2611/8 2633/12 2645/1 2646/5 2648/14 2654/14 2654/24 2665/8 2667/23 2669/24 2677/13 2681/24 2682/17
HISTORICALLY [2] 2646/5 2655/3
HIT [1] 2602/2
HITS [4] 2598/4 2604/9 2608/12 2652/3
HITTING [4] 2589/22 2595/7 2608/6 2648/6
HOLDING [1] 2575/3
HOLE [18] 2574/13 2574/22 2617/7 2617/22 2618/8 2618/16 2618/18 2625/15 2626/5 2626/8 2626/8 2633/25 2634/4 2634/9 2642/11 2642/14 2658/8 2659/11
HOLES [1] 2618/12
HONEYCUTT [1] 2533/16
HONOR [16] 2536/6 2559/1 2576/24 2578/15 2583/10 2599/24 2605/1 2605/10 2605/11 2621/20 2623/10 2630/7 2646/8 2661/2 2678/2 2679/13
HONORABLE [1] 2532/11
HOPE [4] 2532/16 2553/18 2621/22 2685/12
HORIZONTAL [1] 2657/21
HOUR [26] 2547/2 2560/5 2560/10 2560/16 2560/17 2560/24 2561/2 2561/7 2561/10 2561/15 2561/16 2561/20 2561/21 2562/24 2563/11 2579/24 2592/6 2592/7 2611/20 2649/9 2649/9 2678/18 2682/9 2682/9 2682/14 2682/14
HOUR'S [1] 2560/2
HOURS [50] 2536/18 2537/19 2538/19 2539/6 2544/11 2544/13 2544/20 2544/22 2547/18 2547/21 2547/24 2548/3 2557/10 2557/24 2562/9 2562/9 2562/17 2563/8 2565/16 2567/15 2567/16 2568/5 2568/11 2569/7 2569/8 2569/9 2569/15 2569/17 2569/23 2570/5 2570/13 2570/14 2576/13 2576/18 2577/4 2577/11 2577/15 2578/24 2579/8 2579/20 2579/21 2579/24 2583/14 2583/14 2583/16 2583/16 2583/17 2583/18 2621/16 2681/13
HOW [87] 2540/19 2540/25 2541/1 2544/24 2549/22 2550/4 2550/10 2550/11 2551/1 2551/4 2551/7 2551/23 2551/24 2552/16 2553/9 2553/19 2554/17 2554/24 2558/17 2558/24 2560/23 2561/23 2562/24 2564/25 2572/7 2572/17 2580/11 2580/11 2581/2 2581/20 2584/17 2588/15 2589/9 2597/10 2600/10 2602/19 2607/15 2607/15 2608/25 2609/11 2609/17 2610/13 2610/24 2610/25 2612/13

HOW... [42] 2612/21 2612/23 2614/11
2614/19 2614/20 2615/5 2615/6 2617/1
2617/16 2618/3 2618/14 2624/9 2627/3
2629/7 2629/25 2631/9 2632/5 2633/1
2638/5 2643/12 2644/16 2644/21
2644/22 2644/24 2645/2 2648/19
2657/14 2661/24 2662/1 2664/5 2669/7
2672/4 2673/12 2676/5 2676/13 2676/21
2680/5 2680/8 2682/2 2682/3 2683/4
2684/13
HOW-TO [1] 2627/3
HOWEVER [1] 2580/17
HUGE [3] 2649/15 2650/7 2670/12
HUGHES [12] 2610/11 2643/17 2644/24
2645/20 2646/7 2648/2 2648/12 2652/21
2654/9 2654/9 2654/23 2668/6
HUGHES' [1] 2652/10
HUNDREDS [6] 2627/18 2627/18
2648/21 2657/6 2657/16 2657/19
HUNDREDTH [1] 2561/25
HUNDREDTHS [1] 2570/12
HURRICANE [3] 2570/15 2571/1
2575/15
HURRICANES [2] 2575/19 2575/21
HYDRAULIC [6] 2606/3 2616/1 2616/2
2633/23 2657/24 2659/25
HYDRODYNAMIC [1] 2595/18
HYPOTHETICAL [2] 2675/19 2678/17
HYPOTHETICALLY [2] 2559/16 2563/21
2601/23 2603/7

I

I'D [5] 2548/9 2551/7 2552/20 2552/20
2641/18
I'LL [12] 2549/6 2554/5 2555/1 2566/1
2566/24 2596/1 2629/7 2644/6 2667/8
2667/15 2670/2 2676/14
I'M [115] 2537/4 2544/7 2544/15 2546/2
2548/13 2549/4 2549/7 2549/15 2549/18
2554/1 2554/12 2554/19 2555/3 2555/20
2556/6 2556/10 2556/19 2557/20 2559/3
2563/3 2563/21 2564/24 2565/8 2566/22
2567/18 2568/12 2569/12 2569/15
2569/18 2569/18 2569/19 2570/3 2570/7
2571/21 2572/1 2572/7 2573/23 2576/19
2577/1 2577/4 2577/5 2578/10 2578/13
2579/1 2579/5 2579/6 2579/6 2579/9
2579/22 2583/22 2585/10 2585/10
2592/6 2592/23 2593/9 2593/18 2595/5
2599/13 2599/15 2601/4 2601/6 2601/11
2602/4 2602/4 2602/18 2602/21 2603/14
2603/21 2605/11 2605/13 2605/15
2611/17 2611/20 2613/8 2618/5 2618/7
2622/1 2622/2 2622/19 2622/20 2623/13
2624/7 2625/16 2625/21 2627/12
2627/14 2628/19 2629/23 2633/14
2638/16 2646/9 2653/18 2655/18 2655/10
2655/12 2655/14 2655/15 2657/18
2661/23 2663/5 2663/10 2663/12 2664/5
2664/7 2664/10 2664/12 2665/18
2665/19 2671/22 2676/18 2678/6 2678/7
2679/16 2681/6 2685/6
I'VE [25] 2556/15 2560/7 2565/6 2576/8
2586/16 2619/22 2626/23 2627/15
2643/24 2645/3 2645/6 2645/7 2645/8
2645/10 2645/12 2671/15 2671/17
2671/17 2672/1 2672/9 2672/10 2674/16
2674/20 2675/18 2685/2
IDEA [5] 2586/23 2587/20 2620/11
2620/13 2630/9
IDENTIFICATION [2] 2599/25 2599/25

IDENTIFIED [1] 2647/19
IDENTIFYING [1] 2609/9
IF [183]
II [2] 2533/24 2534/6
ILLOGIC [1] 2563/15
ILLUMINATING [1] 2605/14
ILLUSTRATE [2] 2596/21 2629/7
ILLUSTRATED [1] 2555/14
ILLUSTRATES [2] 2596/23 2598/14
ILLUSTRATION [2] 2627/11 2669/7
ILLUSTRATIVE [1] 2607/13
IMAGE [1] 2655/18
IMAGINE [1] 2634/19
IMMEDIATELY [1] 2650/10
IMPACTS [1] 2551/23
IMPASSE [1] 2566/23
IMPLEMENT [1] 2542/10
IMPLICATIONS [1] 2551/8
IMPLY [1] 2584/23
IMPORTANT [2] 2632/10 2646/24
2657/21 2684/1
IMPOSE [1] 2644/5
IMPOSSIBLE [3] 2559/4 2576/21 2680/8
IMPROVE [1] 2615/10
IN [349]
IN 3.5 [1] 2570/13
INBOARD [1] 2634/5
INCH [11] 2537/24 2537/24 2537/25
2538/8 2538/9 2554/10 2554/13 2554/19
2554/21 2554/23 2566/21
INCHES [70] 2536/19 2536/25 2537/3
2537/13 2537/17 2537/18 2537/20
2537/21 2537/22 2537/24 2537/25
2537/25 2538/5 2538/7 2538/8 2538/10
2538/15 2538/16 2538/19 2538/24
2538/25 2542/3 2542/5 2546/21 2547/25
2548/2 2548/3 2548/22 2548/23 2549/13
2549/17 2550/12 2550/15 2550/18
2550/18 2550/19 2550/21 2550/23
2552/5 2552/13 2552/15 2552/15
2552/23 2553/6 2554/3 2554/7 2554/19
2554/21 2554/22 2556/1 2557/10
2562/18 2564/17 2565/16 2565/18
2566/12 2567/15 2568/4 2568/5 2569/8
2569/9 2569/13 2569/15 2569/25 2570/7
2570/12 2570/13 2570/13 2570/14
2571/1
INCLUDE [3] 2543/15 2551/19 2583/21
INCLUDED [4] 2543/25 2547/19 2554/17
2644/22
INCLUDES [1] 2541/18
INCLUDING [1] 2558/1
INCORPORATE [1] 2555/11
INCORRECT [4] 2589/24 2614/15
2657/12 2683/14
INCREASE [1] 2562/7
INCREASES [1] 2540/12
INCREASING [1] 2657/22
INCREDIBLY [1] 2649/11
INDEED [1] 2631/1
INDICATE [3] 2630/20 2667/19 2672/16
INDICATED [1] 2607/12
INDICATION [7] 2584/7 2588/5 2589/9
2602/8 2637/24 2656/5 2660/22
INDICATOR [3] 2540/22 2621/19
2643/25
INDIVIDUAL [4] 2588/21 2607/16 2620/6
2648/10
INDUCED [4] 2629/19 2629/22 2636/14
2638/18
INFLUENCE [3] 2581/8 2606/23 2682/22
INFORMATION [34] 2586/12 2586/13
2586/14 2586/21 2587/2 2587/4 2600/6

2601/5 2601/18 2601/21 2603/15
2609/16 2616/7 2617/10 2617/13
2617/14 2621/6 2624/19 2644/16
2644/19 2660/14 2665/11 2666/22
2666/23 2672/20 2672/22 2673/18
2673/22 2673/24 2674/1 2674/4 2674/21
2674/22 2677/2
INFORMATIVE [2] 2669/6 2673/15
INITIAL [2] 2581/10 2657/22
INITIATED [4] 2631/2 2651/7 2659/8
2659/13
INITIATION [1] 2651/10
INLAND [1] 2634/21
INNER [2] 2655/22 2656/18
INPUT [1] 2647/24
INSIDE [1] 2650/5
INSIGHT [2] 2580/6 2673/12
INSTANCES [1] 2640/6
INSTEAD [2] 2541/15 2557/24
INSURERS [1] 2534/2
INTACT [4] 2631/25 2632/11 2632/16
2649/25
INTEGRATE [1] 2549/19
INTEGRATED [2] 2550/10 2603/19
INTEND [1] 2659/16
INTENSITY [1] 2648/6
INTERACTING [2] 2614/10 2618/14
INTERESTING [1] 2660/21
INTERIOR [3] 2652/13 2681/23 2682/17
INTERNATIONAL [1] 2614/23
INTERPRET [3] 2554/25 2586/4 2600/22
INTERPRETATION [5] 2570/22 2600/9
2626/18 2650/15 2671/16
INTERPRETING [1] 2600/8
INTERSECTION [2] 2586/2 2672/3
INTERSECTS [1] 2658/1
INTERVAL [1] 2594/22
INTERVALS [1] 2603/19
INTO [36] 2541/4 2541/13 2548/23
2549/17 2554/21 2554/23 2556/14
2562/25 2563/16 2574/20 2580/6
2584/10 2584/14 2584/18 2604/10
2605/7 2606/3 2609/9 2621/14 2624/12
2629/2 2632/9 2632/13 2634/1 2634/16
2636/16 2638/2 2638/9 2644/8 2644/11
2647/24 2652/13 2674/24 2678/2
2680/19 2680/25
INUNDATION [3] 2652/13 2681/23
2682/18
INVADE [2] 2683/22
INVESTIGATION [1] 2647/20
INVESTIGATORS [1] 2556/24
INVOLVED [1] 2575/15
IPET [7] 2584/25 2585/2 2587/4 2591/12
2599/15 2599/18 2624/14
IRONICALLY [1] 2635/7
IRREGULAR [1] 2588/20
IS [487]
IS IN [1] 2549/22
ISN'T [49] 2548/13 2551/5 2562/20
2571/13 2572/16 2581/22 2582/9
2582/15 2583/14 2584/9 2586/8 2592/3
2592/8 2592/20 2598/17 2604/1 2611/23
2611/23 2612/24 2618/2 2619/20 2624/4
2627/23 2635/3 2637/24 2639/21
2643/23 2644/8 2647/13 2648/13
2649/16 2653/8 2654/1 2656/7 2658/20
2664/17 2673/16 2673/25 2674/5 2674/6
2676/1 2678/9 2679/5 2680/22 2681/18
2681/20 2684/4 2684/15 2684/22
ISSUE [42] 2553/4 2651/3 2651/9
2651/12
ISSUES [1] 2538/11

**I**

IT [333]
IT'LL [2]  2623/11 2629/20
IT'S [125]  2538/16 2540/21 2542/8
2544/7 2544/23 2548/15 2548/24
2549/14 2549/19 2550/1 2552/25
2554/21 2557/2 2557/5 2557/6 2557/7
2557/8 2559/4 2559/5 2560/25 2561/4
2562/2 2562/3 2562/4 2564/24 2568/9
2568/12 2569/21 2569/22 2570/3
2570/10 2570/13 2570/13 2576/8
2582/23 2583/11 2583/20 2583/23
2584/7 2584/7 2587/14 2588/17 2588/19
2588/20 2589/18 2594/7 2595/13
2595/13 2596/12 2596/15 2596/22
2597/24 2598/8 2598/12 2601/12
2602/23 2605/13 2605/17 2606/18
2607/6 2607/14 2608/13 2609/19 2610/1
2611/23 2611/24 2612/25 2613/1 2613/4
2614/16 2615/6 2615/8 2615/24 2615/25
2616/18 2617/1 2618/1 2618/3 2618/9
2618/13 2622/5 2622/5 2625/16 2627/20
2629/22 2630/5 2631/21 2632/10 2635/2
2635/7 2638/1 2638/8 2639/16 2639/19
2642/1 2642/1 2643/13 2646/24 2647/11
2648/22 2655/13 2657/4 2657/4 2657/5
2661/7 2667/4 2667/5 2667/5 2669/9
2670/25 2672/3 2673/14 2673/16
2673/24 2674/7 2675/10 2675/24
2676/21 2676/21 2676/22 2678/12
2678/14 2680/13 2681/4 2684/3
ITS [5]  2602/1 2602/12 2632/8 2638/10
2639/7
ITSELF [3]  2583/5 2616/9 2641/3

**J**

JAMES [2]  2533/6 2534/13
JAPANESE [1]  2647/24
JEFFERSON [1]  2533/6
JEFFREY [1]  2534/11
JOANEN [1]  2532/19
JOHN [1]  2534/17
JONATHAN [1]  2532/22
JOSEPH [2]  2532/18 2532/18
JOSHUA [1]  2533/20
JOURNAL [1]  2626/17
JR [7]  2532/11 2533/9 2533/16 2533/22
2533/23 2534/10 2534/13
JUDGE [26]  2532/11 2539/21 2562/24
2568/2 2578/18 2591/23 2595/23 2597/6
2598/22 2602/4 2607/24 2612/13
2614/20 2621/18 2625/3 2627/9 2635/15
2636/2 2641/10 2650/23 2653/20
2655/15 2659/1 2675/11 2679/9 2680/17
JUDGMENT [2]  2627/15 2627/17
JUMP [6]  2606/3 2616/1 2616/2 2633/23
2657/24 2657/25
JUST [141]  2537/4 2537/23 2538/23
2539/19 2541/13 2542/14 2543/25
2544/8 2544/8 2545/14 2545/15 2547/1
2548/11 2550/1 2550/9 2551/1 2551/19
2551/25 2552/1 2552/2 2552/3 2552/21
2552/24 2553/19 2554/4 2555/3 2555/14
2555/18 2557/23 2558/4 2559/7 2559/16
2559/24 2563/14 2563/22 2563/23
2565/24 2566/3 2566/4 2567/18 2567/19
2568/16 2568/17 2570/3 2570/15
2570/25 2571/7 2571/8 2571/13 2571/21
2572/11 2572/22 2573/6 2574/6 2576/16
2577/17 2578/10 2578/12 2582/21
2584/6 2584/12 2587/1 2588/4 2589/8
2592/8 2592/13 2592/14 2592/22 2594/7

2594/19 2595/23 2596/24 2597/4 2597/5
2598/6 2599/14 2599/19 2600/11 2600/19
2601/23 2603/22 2606/9 2614/5 2614/11
2614/19 2615/9 2616/16 2617/20
2617/20 2622/7 2622/15 2622/19
2624/13 2624/23 2624/23 2625/3
2625/17 2625/22 2626/21 2627/12
2628/4 2630/18 2631/8 2631/11 2631/25
2633/1 2633/13 2635/12 2635/15
2636/12 2637/5 2639/3 2640/4 2648/19
2648/24 2649/21 2654/8 2655/11 2657/7
2657/14 2659/1 2659/15 2662/8 2665/3
2665/4 2667/4 2667/5 2669/7 2670/9
2671/24 2672/17 2673/1 2673/12
2673/23 2674/9 2678/14 2678/16 2680/3
2680/4 2682/24 2685/10
JUSTICE [1]  2534/6
JUSTIFY [1]  2654/2
JX [4]  2553/15 2659/22 2667/21 2669/10
JX-0211 [1]  2667/21
JX-211 [3]  2553/15 2659/22 2669/10

**K**

KALIMAH [1]  2534/11
KARA [1]  2534/14
KATRINA [12]  2537/18 2538/21 2538/23
2539/17 2570/16 2570/20 2571/1
2576/10 2577/22 2607/11 2607/12
2657/5
KEA [1]  2532/22
KEEP [11]  2561/16 2565/20 2565/20
2565/21 2575/1 2575/14 2605/15 2645/6
2659/19 2677/1 2677/10
KEEPING [1]  2609/4
KELLS [1]  2534/12
KEY [2]  2581/7 2657/4
KID [1]  2634/15
KILL [1]  2674/10
KIND [11]  2603/15 2604/8 2615/23
2636/12 2636/16 2636/21 2636/23
2639/15 2646/25 2649/16 2667/10
KNOCK [1]  2651/8
KNOW [75]  2536/22 2537/5 2542/12
2544/2 2546/21 2549/22 2550/6 2550/14
2550/17 2551/4 2551/21 2552/16 2553/9
2556/21 2557/3 2559/2 2562/21 2563/22
2565/2 2570/11 2576/9 2579/19 2581/2
2582/10 2582/11 2582/12 2584/17
2585/10 2586/6 2586/9 2587/18 2587/19
2587/21 2590/20 2596/5 2602/17
2603/13 2604/2 2604/7 2610/10 2611/3
2611/6 2615/2 2616/1 2618/5 2619/5
2620/9 2622/25 2623/11 2624/9 2625/18
2626/12 2626/21 2629/18 2632/12
2638/24 2641/16 2643/12 2645/5 2645/9
2647/1 2647/20 2648/23 2661/15
2667/11 2669/20 2670/18 2671/13
2671/17 2671/24 2672/1 2674/1 2674/24
2675/20 2676/18
KNOWING [1]  2544/1
KNOWLEDGE [1]  2604/4
KNOWLEDGEABLE [4]  2645/22
2645/24 2646/1 2646/7
KNOWS [1]  2676/23

**L**

LAB [1]  2643/20
LACK [1]  2633/15
LAFAYETTE [1]  2533/7
LAND [1]  2637/14
LANDWARD [7]  2589/9 2589/19 2590/4
2597/1 2631/4 2631/7 2631/12
LANDWARD-DIRECTED [2]  2589/19

2590/4
2590/9 2631/4 2631/8 2631/12
LARGE [1]  2541/8 2573/14
2573/25 2616/19 2625/14 2634/22
2636/24 2637/3 2637/4 2640/3 2648/10
2649/25 2658/9 2677/20
LARGE-SCALE [2]  2573/14 2573/25
LARGELY [1]  2631/10
LARGER [7]  2539/9 2539/9 2544/8
2576/10 2577/21 2606/17 2607/4
LAST [5]  2575/23 2591/22 2603/22
2641/7 2663/22
LATE [1]  2654/21
LATER [2]  2552/16 2664/22
LAW [6]  2532/18 2532/21 2533/9
2533/12 2533/22 2597/16
LAWN [1]  2533/3
LAWYER'S [1]  2533/13
LAYER [5]  2578/4 2609/5 2646/15
2646/19 2658/8
LAYERS [1]  2646/21
LEANED [2]  2641/2 2641/4
LEANED-OVER [1]  2641/4
LEARN [6]  2551/3 2551/6 2598/21
2611/2 2648/12 2657/2
LEARNED [2]  2542/4 2606/14
LEAST [6]  2537/25 2556/20 2560/22
2569/1 2578/1 2648/12
LEAVING [1]  2663/5
LED [1]  2638/19
LEFT [2]  2545/15 2641/3
LEISURE [1]  2623/11
LENGTH [8]  2609/8 2613/12 2620/20
2624/7 2624/10 2654/12 2663/11
2663/20
LENGTHY [1]  2669/20
LESS [18]  2537/17 2537/20 2537/23
2538/7 2538/8 2554/24 2564/14 2564/15
2577/22 2603/25 2611/21 2625/16
2640/13 2642/18 2642/19 2656/21
2664/16 2665/10
LET [30]  2536/13 2549/1 2549/15
2551/11 2554/4 2554/8 2555/1 2565/8
2566/24 2567/24 2567/25 2571/5
2597/11 2601/17 2601/23 2604/3
2607/23 2611/17 2611/22 2623/2
2630/13 2630/14 2634/25 2661/23
2668/21 2669/24 2671/6 2673/1 2678/4
2679/14
LET'S [109]  2539/1 2539/14 2540/6
2540/10 2541/11 2541/11 2542/8
2542/23 2543/17 2543/25 2544/15
2545/9 2545/20 2545/20 2546/6 2546/17
2546/17 2547/1 2553/5 2553/7 2554/18
2555/4 2555/18 2556/22 2557/5 2557/16
2557/18 2559/16 2559/24 2559/24
2560/16 2561/2 2562/6 2562/8 2562/8
2563/20 2566/25 2567/8 2568/17
2568/21 2568/22 2571/22 2572/24
2573/10 2577/5 2577/10 2577/13
2579/14 2580/1 2580/14 2584/25 2586/3
2586/5 2588/4 2590/14 2592/14 2593/22
2595/22 2596/13 2596/15 2598/20
2598/21 2602/16 2603/6 2603/22 2619/9
2619/14 2621/12 2622/12 2622/18
2625/9 2628/15 2628/16 2630/18
2637/22 2640/15 2641/5 2641/9 2642/5
2642/23 2642/23 2645/18 2646/12
2647/4 2647/13 2647/18 2648/1 2652/10
2654/9 2655/7 2656/3 2656/15 2659/22
2662/8 2664/11 2666/13 2667/21 2668/9
2669/10 2669/22 2670/6 2670/9 2675/19
2676/5 2676/5 2678/6 2678/16 2678/16
2680/3

**L**

LETTING [1] 2628/19
LEVEE [189]
LEVEE'S [3] 2584/5 2585/14 2621/9
LEVEES [23] 2572/15 2582/2 2617/16
2620/23 2620/24 2621/2 2627/18 2639/9
2639/14 2646/2 2646/13 2646/18
2650/12 2653/17 2654/10 2654/14
2654/25 2657/6 2658/15 2678/25 2682/8
2682/13 2683/8
LEVEL [40] 2574/12 2574/14 2574/18
2574/23 2575/3 2575/6 2575/9 2575/15
2575/16 2575/21 2586/1 2594/22 2595/2
2596/8 2596/16 2596/22 2603/10
2605/22 2606/7 2606/20 2617/8 2639/7
2639/16 2649/6 2649/7 2649/8 2649/9
2650/10 2650/21 2651/13 2657/24
2658/1 2660/10 2660/15 2665/12
2665/13 2680/9 2683/6 2683/18 2684/19
LEVEL'S [2] 2603/23 2606/22
LEVELS [1] 2639/9
LEVINE [1] 2534/13
LIBERAL [1] 2564/10
LIDAR [8] 2537/14 2537/16 2538/6
2538/12 2620/10 2624/16 2624/21
2637/19
LIDAR-LOOKING [1] 2624/21
LIFE [3] 2627/22 2632/8 2685/2
LIFT [9] 2547/7 2552/12 2598/1 2598/2
2598/3 2606/4 2612/9 2620/5 2623/1
LIFTED [7] 2544/25 2598/6 2598/8
2619/20 2623/3 2623/7 2623/15
LIFTOFF [18] 2541/14 2542/11 2543/2
2543/3 2544/11 2544/13 2544/19
2544/21 2549/18 2549/25 2552/6
2558/22 2560/23 2562/8 2610/19 2611/5
2611/13 2611/15
LIGHT [2] 2577/8 2649/18
LIGHTER [1] 2641/18
LIKE [41] 2551/14 2552/20 2552/20
2568/20 2583/20 2584/12 2585/6
2586/18 2589/2 2589/18 2594/16 2597/3
2598/8 2599/7 2599/9 2599/11 2599/15
2599/19 2605/20 2622/15 2624/23
2624/23 2625/17 2629/20 2631/11
2631/21 2633/6 2633/20 2634/17 2638/2
2638/18 2639/5 2639/24 2640/4 2647/7
2647/8 2647/15 2659/2 2672/3 2676/15
2682/21
LIKELY [9] 2577/23 2582/5 2615/24
2616/1 2631/25 2634/24 2635/6 2637/12
2660/9
LIKEWISE [1] 2554/22
LIMIT [2] 2547/12 2611/20
LIMITED [2] 2637/17 2639/23
LIMITING [1] 2612/6
LINE [29] 2540/4 2547/2 2552/4 2560/25
2576/22 2576/22 2576/25 2577/9 2577/9
2588/14 2589/9 2590/6 2592/8 2600/12
2600/18 2600/24 2653/6 2676/7 2676/7
2676/8 2676/8 2676/9 2676/11 2676/12
2676/13 2676/14 2676/18 2676/18
2679/6
LINED [1] 2685/9
LINES [2] 2547/1 2599/12
LISTEN [1] 2568/1
LITER [1] 2654/15
LITERATURE [2] 2627/5 2627/13
LITERS [9] 2613/8 2613/8 2614/1
2656/4 2656/4 2656/8 2656/13 2656/20
2658/10
LITIGATION [1] 2534/7

LITTLE [31] 2540/6 2547/5 2548/13
2549/6 2558/2 2586/23 2587/7 2588/4
2588/4 2592/8 2592/20 2595/5 2598/6
2598/11 2599/5 2601/8 2601/17 2607/8
2621/19 2621/22 2628/9 2628/15
2628/16 2631/21 2636/20 2638/1
2639/12 2642/1 2642/5 2660/11 2685/13
LIVES [1] 2547/1
LLC [3] 2532/21 2533/9 2533/12
LOAD [1] 2579/23
LOADING [5] 2544/13 2544/21 2574/19
2578/5 2640/10
LOADINGS [2] 2595/18 2649/19
LOCAL [1] 2648/10
LOCATED [1] 2642/12
LOCATION [30] 2574/7 2574/8 2574/17
2580/8 2588/17 2609/16 2617/7 2617/21
2621/6 2621/10 2629/21 2629/22
2632/13 2632/15 2633/21 2634/5
2635/25 2637/20 2638/15 2639/8 2648/7
2651/18 2658/5 2662/23 2662/24
2669/15 2672/6 2673/10 2676/3 2682/20
LOCATIONS [9] 2620/11 2620/12
2623/20 2625/24 2639/13 2650/22
2657/21 2663/13 2674/7
LOGIC [2] 2581/25 2584/5
LOGICAL [1] 2629/10
LONG [6] 2544/24 2565/22 2628/11
2640/2 2651/16 2663/20
LONGER [4] 2548/16 2575/20 2607/10
2642/17
LONGEST [1] 2639/8
LOOK [52] 2544/23 2546/17 2549/1
2550/9 2550/22 2551/24 2552/5 2552/13
2554/13 2557/17 2557/18 2559/24
2575/2 2576/12 2584/3 2585/23 2585/24
2586/3 2586/17 2588/4 2602/16 2603/6
2605/11 2607/6 2612/21 2619/9 2622/18
2624/5 2625/2 2625/9 2625/24 2626/10
2628/11 2628/11 2629/20 2629/25
2629/25 2633/12 2633/18 2637/22
2638/11 2642/10 2642/13 2645/18
2648/16 2650/3 2652/24 2659/2 2669/24
2671/15 2677/3 2682/17
LOOKED [20] 2537/7 2537/14 2537/17
2538/6 2538/10 2538/10 2548/11
2550/14 2552/21 2563/23 2610/19
2611/4 2611/4 2623/6 2637/19 2638/17
2638/20 2656/12 2677/12 2681/23
LOOKING [27] 2549/4 2549/7 2549/12
2550/25 2573/15 2576/2 2596/14 2600/3
2609/2 2612/21 2613/24 2620/10
2620/10 2620/11 2620/12 2621/7
2621/16 2624/16 2624/21 2628/17
2630/5 2630/22 2631/25 2650/19
2650/20 2662/2 2682/1
LOOKS [9] 2552/10 2589/18 2628/25
2633/20 2639/24 2641/14 2647/15
2647/15 2672/2
LOS [1] 2532/16
LOSING [1] 2562/22
LOSS [2] 2538/3 2538/4
LOST [3] 2633/2 2651/24 2665/4
LOT [16] 2564/23 2578/19 2583/14
2615/10 2617/13 2619/5 2621/6 2621/21
2633/7 2633/23 2634/18 2634/25
2638/10 2652/24 2676/25 2677/4
LOTS [1] 2640/6
LOUISIANA [13] 2532/2 2532/6 2532/20
2532/23 2533/7 2533/10 2533/14
2533/17 2533/21 2533/25 2534/8
2534/21 2685/20
LOW [7] 2548/14 2571/12 2597/21

2619/24 2640/14 2674/14 2675/25
2675/25 2676/25 2632/13 2646/20
2639/14 2640/23 2649/22 2654/6 2654/6
2655/2 2656/11 2659/7 2660/14 2661/13
2661/18 2662/2 2665/20 2666/23
2670/21 2670/25 2675/13 2677/13
2677/16 2677/23
LOWERING [1] 2630/17
LYNETTE [2] 2587/21 2587/23

**M**

MADE [14] 2544/18 2575/10 2580/5
2586/16 2590/12 2629/7 2630/17
2654/20 2659/18 2664/19 2665/19
2665/23 2667/5 2670/4
MADE-UP [1] 2670/4
MAGIC [2] 2587/11 2587/15
MAGNITUDE [3] 2580/7 2640/9 2640/12
MAIN [1] 2533/20
MAJOR [1] 2640/9
MAJORS [1] 2597/19
MAKE [33] 2542/1 2542/10 2543/6
2543/16 2543/19 2547/1 2550/23
2559/19 2577/13 2580/2 2583/4 2583/24
2593/11 2594/7 2605/15 2622/7 2622/19
2623/11 2625/25 2626/19 2627/10
2628/9 2635/18 2635/19 2644/20
2649/20 2653/11 2661/23 2669/22
2675/19 2677/13 2677/21 2677/22
MAKES [6] 2545/21 2554/14 2570/14
2601/8 2674/6 2685/7
MAKING [4] 2543/23 2548/19 2579/22
2678/7
MANIFESTED [1] 2563/18
MANUAL [4] 2643/6 2647/8 2647/8
2647/12
MANY [13] 2554/14 2573/14 2605/22
2606/8 2606/9 2610/1 2610/12 2620/24
2633/24 2634/21 2661/24 2662/1 2664/5
MAP [1] 2672/1
MARC [1] 2534/13
MARK [1] 2547/2
MARKED [2] 2602/17 2633/6
MARKER [2] 2600/19 2600/21
MARKINGS [3] 2633/2 2633/5 2633/12
MASSIVE [1] 2637/3
MASSIVELY [2] 2585/14 2648/23
MASSIVELY OVERFLOWING [1]
2585/14
MASTER'S [2] 2578/16 2581/17
MAT [15] 2597/6 2597/14 2597/21
2597/22 2597/22 2597/23 2598/3 2598/5
2598/8 2598/9 2598/10 2598/10 2598/12
2605/4 2606/4
MATERIAL [5] 2536/25 2581/16 2637/6
2645/8 2658/24
MATERIALS [2] 2573/9 2573/20
MATH [1] 2664/21
MATHEMATICAL [1] 2554/16
MATTER [4] 2570/13 2648/10 2683/21
2685/21
MATTERS [2] 2648/19 2648/25
MATURE [3] 2632/7 2636/24 2642/18
MAXIMUM [12] 2547/8 2548/20 2554/2
2566/12 2578/4 2584/13 2584/22 2585/8
2596/17 2639/10 2660/9 2665/12
MAY [21] 2532/7 2536/2 2553/4 2572/3
2572/3 2574/5 2595/4 2605/1 2607/24
2607/25 2618/10 2627/10 2638/22
2644/5 2644/21 2652/11 2658/2 2658/4
2665/22 2669/21 2681/16
MAYBE [14] 2552/1 2565/1 2566/11
2566/14 2573/4 2576/16 2587/25

Case 2:05-cv-04182-SRD-JCW Document 20890-2 Filed 05/21/09 Page 170 of 182

MAYBE... [7] 2592/23 2594/18 2625/20
2639/24 2659/17 2673/4 2678/12
MCCONNON [1] 2534/13
ME [102] 2536/13 2537/2 2538/7
2538/14 2542/4 2547/7 2547/24 2548/14
2549/16 2551/11 2551/11 2552/2
2552/18 2553/10 2554/4 2557/23 2559/4
2562/22 2562/23 2563/5 2567/24
2568/13 2573/6 2573/24 2576/24 2579/2
2581/18 2583/11 2585/7 2586/17 2587/7
2588/21 2589/7 2589/13 2589/18
2589/21 2593/8 2594/10 2594/18 2595/1
2597/11 2601/17 2603/15 2603/16
2604/3 2605/10 2605/14 2607/20
2607/23 2611/10 2611/17 2611/22
2612/15 2612/17 2622/19 2623/2 2628/9
2628/10 2628/25 2630/5 2630/13
2630/25 2633/1 2634/25 2638/7 2639/14
2651/24 2651/25 2653/20 2655/15
2660/14 2660/24 2661/23 2661/23
2664/21 2664/22 2665/4 2666/18
2667/12 2667/17 2667/18 2668/10
2668/20 2669/12 2669/13 2669/19
2670/4 2670/18 2672/2 2672/16 2672/18
2672/20 2673/1 2673/1 2673/15 2674/10
2675/20 2676/13 2676/18 2678/19
2680/8 2681/3
MEAN [29] 2550/11 2551/6 2585/3
2585/3 2588/15 2589/14 2589/19 2590/4
2599/12 2602/24 2603/3 2607/16
2607/18 2607/19 2607/21 2609/7 2609/8
2610/16 2610/17 2614/25 2634/13
2643/7 2656/19 2658/9 2666/9 2666/11
2668/3 2672/1 2672/2
MEANING [1] 2591/23
MEANS [9] 2543/18 2544/1 2554/20
2589/21 2590/1 2603/19 2645/16
2657/12 2671/10
MEANT [2] 2607/14 2612/16
MEASURED [4] 2537/3 2574/3 2608/25
2610/4
MEASUREMENT [1] 2595/7
MEASURES [1] 2608/17
MECHANICAL [1] 2534/24
MECHANICS [2] 2597/13 2597/17
MECHANISM [1] 2649/17
MECHANISMS [2] 2575/11 2575/22
MEDIAN [3] 2579/5 2661/19 2665/24
2675/14 2677/14
MEET [1] 2576/22
MEETS [1] 2637/13
MENTIONED [2] 2618/20 2633/22
MERELY [3] 2552/9 2552/9 2607/14
MESSAGE [1] 2657/4
MESSED [1] 2679/16
METER [3] 2613/25 2656/21 2658/10
METERS [21] 2539/2 2546/18 2547/9
2547/10 2567/10 2576/1 2577/11 2579/6
2600/23 2600/24 2600/25 2600/25
2601/1 2602/1 2602/4 2602/6 2602/9
2602/13 2602/18 2602/24 2613/25
METHOD [7] 2542/7 2542/11 2545/2
2553/7 2580/20 2580/22 2583/24
METHODOLOGY [2] 2583/6 2626/7
METHODS [5] 2580/14 2580/16 2580/19
2580/23 2581/3
MICHAEL [2] 2533/19 2533/19
MICHELE [1] 2534/12
MIDDLE [6] 2546/14 2546/15 2568/9
2629/4 2664/2 2664/8
MIDWAY [2] 2609/16 2659/11

MIGHT [11] 2537/2 2543/20 2548/21
2605/16 2608/14 2608/20 2620/1
2635/19 2643/14 2650/5 2657/2
MIGRATES [1] 2632/6
MILE [2] 2622/5 2622/6
MILES [3] 2623/25 2624/10 2660/24
MILK [1] 2634/17
MILLENNIUM [1] 2611/19
MILLER [1] 2534/14
MILLIMETERS [4] 2538/14 2538/16
2542/18 2555/24
MIND [10] 2551/10 2552/20 2575/2
2575/14 2584/22 2632/24 2633/4
2674/15 2677/1 2677/10
MINE [6] 2562/22 2564/14 2565/19
2582/19 2603/7 2603/8
MINOR [2] 2626/11 2636/23
MINUTE [4] 2556/23 2591/16 2626/21
2662/8
MINUTES [9] 2558/5 2567/20 2577/25
2578/2 2578/24 2579/9 2601/21 2603/19
2685/7
MISLEAD [1] 2596/7
MISSED [1] 2573/4
MISSING [2] 2563/21 2611/17
MISSPOKE [1] 2577/6
MISTAKE [1] 2577/7
MISTAKEN [1] 2669/23
MISUNDERSTOOD [2] 2591/22 2638/22
MITSCH [1] 2534/14
MIX [1] 2635/1
MIXES [1] 2634/11
MODEL [10] 2548/21 2551/2 2552/9
2554/12 2574/4 2588/20 2595/17
2608/24 2609/14 2609/19
MODELING [3] 2592/9 2599/16 2603/14
MODELS [2] 2586/11 2586/13
MOMENT [5] 2559/25 2572/24 2606/18
2680/13 2684/4
MOMENTS [3] 2551/22 2555/4 2557/9
MONITORING [2] 2608/21 2609/14
MONSIEUR [1] 2573/1
MORE [49] 2538/8 2538/8 2538/24
2558/4 2561/16 2564/10 2570/6 2571/8
2574/3 2580/6 2581/12 2581/21 2582/6
2587/25 2596/25 2601/8 2611/21 2613/4
2614/5 2615/11 2615/25 2616/17
2616/18 2619/6 2638/2 2639/17 2642/14
2642/15 2644/6 2646/4 2646/4 2646/6
2646/6 2646/7 2649/19 2650/2 2650/6
2650/15 2656/25 2656/25 2658/10
2658/13 2658/24 2659/15 2677/6
2677/24 2679/4 2681/24 2685/7
MOREOVER [1] 2648/9
MORGAN [1] 2533/25
MORNING [11] 2536/8 2589/17 2590/16
2590/20 2590/21 2591/2 2592/16
2592/18 2594/10 2595/1 2685/13
MOSHER [1] 2620/9
MOST [17] 2554/12 2577/23 2582/5
2615/24 2631/25 2634/23 2635/5
2637/12 2639/7 2646/17 2647/1 2657/21
2660/9 2672/13 2682/19 2682/24 2685/1
MOSTLY [1] 2607/1
MOVE [18] 2541/11 2571/22 2576/20
2577/9 2592/6 2592/14 2616/10 2617/21
2628/16 2628/19 2637/22 2653/24
2655/7 2678/2 2678/8 2678/18 2684/17
2684/19
MOVED [1] 2621/14
MOVEMENT [3] 2594/16 2598/15
2608/15
MOVES [4] 2575/16 2592/8 2605/24

2650/9
MOVIES [1] 2598/20
MOVING [20] 2575/6 2575/16 2577/8
2578/10 2578/13 2592/7 2596/22
2597/15 2597/21 2597/23 2609/5 2615/7
2616/15 2616/24 2628/9 2635/23
2636/16 2641/6 2641/7 2678/11
MR [3] 2559/16 2651/2 2663/12
MR. [81] 2536/13 2540/3 2542/8 2549/6
2549/15 2555/3 2555/7 2557/14 2558/4
2558/11 2558/17 2565/6 2565/8 2565/16
2566/15 2571/8 2572/7 2574/8 2583/4
2587/25 2591/22 2599/7 2601/6 2601/9
2603/2 2605/2 2605/2 2605/16 2610/11
2620/17 2621/13 2621/18 2621/20
2622/18 2622/21 2626/13 2623/19
2628/7 2628/17 2630/8 2630/11 2632/17
2632/24 2633/4 2636/1 2646/7 2648/2
2648/12 2652/21 2653/6 2654/9 2654/9
2654/23 2666/22 2667/3 2668/6 2670/12
2672/15 2673/14 2675/5 2675/6 2675/8
2675/12 2675/13 2675/16 2675/18
2676/14 2676/19 2677/5 2677/5 2677/11
2677/16 2678/6 2678/15 2679/13
2680/23 2681/8 2681/10 2681/21
2682/15 2682/23
MR. BRUNO [12] 2565/8 2571/8 2583/4
2587/25 2605/2 2628/17 2632/24 2636/1
2675/8 2679/13 2681/8 2681/10
MR. BRUNO'S [1] 2601/6
MR. EBERSOLE [46] 2536/13 2540/3
2542/8 2549/6 2549/15 2555/3 2555/7
2557/14 2558/4 2558/11 2558/17 2565/6
2565/16 2566/15 2572/7 2574/8 2591/22
2599/7 2601/9 2603/2 2605/2 2605/16
2620/17 2621/13 2621/18 2621/20
2622/18 2623/19 2628/7 2630/8 2630/11
2632/17 2633/4 2653/6 2667/3 2670/12
2672/15 2673/14 2675/5 2675/13
2675/18 2676/14 2676/19 2677/16
2678/6 2678/15
MR. EBERSOLE'S [3] 2622/21 2623/16
2675/12
MR. FITZGERALD [9] 2666/22 2675/16
2677/5 2677/5 2677/11 2680/23 2681/21
2682/15 2682/23
MR. FITZGERALD'S [1] 2675/6
MR. HUGHES [9] 2610/11 2646/7
2648/2 2648/12 2652/21 2654/9 2654/9
2654/23 2668/6
MRGO [1] 2534/7
MUCH [49] 2540/25 2541/1 2543/20
2543/20 2550/11 2551/1 2554/24
2560/22 2560/23 2561/23 2562/3 2562/4
2564/10 2569/2 2570/14 2575/20
2575/20 2575/20 2575/20 2582/8
2598/11 2598/20 2604/7 2607/11 2618/3
2630/21 2631/17 2631/19 2637/6 2637/9
2639/15 2642/17 2642/19 2644/21
2644/22 2646/20 2647/3 2648/7 2649/19
2650/15 2652/6 2656/11 2672/10 2673/9
2677/8 2677/12 2682/2 2682/3 2685/12
MULTIPLIED [1] 2554/10
MULTIPLIER [1] 2661/22
MULTIPLY [10] 2554/4 2554/7 2557/24
2558/7 2560/10 2560/12 2561/10
2561/11 2562/8 2609/6
MUST [4] 2572/10 2646/14 2648/4
2671/24
MY [88] 2543/8 2543/9 2548/7 2550/14
2550/18 2550/21 2552/7 2552/9 2552/13
2552/16 2553/13 2556/23 2557/25

## M

MY... [75] 2560/4 2564/18 2564/18
2565/7 2566/12 2567/23 2568/9 2568/22
2568/24 2569/2 2569/10 2569/13
2569/14 2570/22 2571/4 2572/19 2573/5
2576/9 2577/6 2586/15 2587/1 2587/3
2587/6 2591/15 2591/22 2596/3 2603/13
2610/9 2614/3 2617/20 2619/22 2620/21
2621/21 2621/23 2622/2 2624/5 2624/15
2627/14 2632/3 2636/9 2637/20 2638/8
2638/11 2638/24 2638/25 2639/5
2642/13 2643/18 2644/6 2647/22
2650/14 2652/11 2653/17 2654/1
2655/11 2656/2 2656/12 2657/14
2659/19 2663/23 2664/21 2666/13
2666/20 2668/22 2668/23 2670/19
2672/1 2672/24 2674/15 2677/3 2677/11
2681/24 2682/12 2685/2 2685/20
MYER [1] 2534/15
MYSTERIOUS [1] 2565/14

## N

NARRATE [1] 2595/23
NATURE [1] 2617/9
NEAR [3] 2596/24 2622/5 2640/24
NEARBY [4] 2625/25 2626/1 2626/3
2626/4
NEARLY [1] 2639/15
NECESSARILY [12] 2538/2 2581/14
2583/6 2584/7 2584/16 2605/16 2605/17
2611/10 2623/16 2635/10 2657/23
2681/21
NECESSITY [1] 2682/7
NEED [8] 2553/4 2585/23 2633/11
2651/20 2652/2 2652/6 2659/25 2685/6
NEEDED [2] 2646/17 2646/25
NEEDS [4] 2551/4 2611/22 2644/22
2685/13
NEGLIGIBLE [1] 2637/5
NETHERLANDS [3] 2573/15 2575/18
2647/9
NEVER [4] 2554/15 2600/6 2627/22
2656/19
NEW [12] 2532/6 2532/20 2532/23
2533/10 2534/4 2534/4 2534/8 2534/21
2541/7 2586/24 2623/8 2623/9
NEXT [13] 2539/1 2542/9 2560/25
2581/7 2598/7 2598/11 2602/16 2602/16
2622/13 2639/3 2641/9 2647/13 2648/1
NICE [3] 2573/13 2632/5 2640/19
NO [94] 2537/2 2537/20 2538/3 2539/2
2539/21 2544/7 2545/6 2545/8 2556/18
2560/19 2560/25 2560/25 2560/25
2563/2 2564/9 2564/9 2566/20 2567/17
2567/21 2571/8 2571/21 2579/9 2581/8
2581/14 2582/24 2583/7 2584/16
2587/20 2589/11 2589/11 2589/11
2589/11 2589/11 2589/24 2591/13
2592/13 2593/8 2594/3 2596/1 2599/9
2599/9 2599/19 2599/25 2607/3 2608/6
2610/14 2611/15 2620/20 2621/2
2622/22 2622/24 2624/2 2624/22
2624/24 2625/23 2626/10 2626/12
2629/15 2632/17 2634/8 2636/12 2637/5
2638/17 2642/8 2644/9 2644/14 2645/16
2651/12 2652/15 2652/20 2653/21
2653/23 2654/5 2656/10 2657/7 2657/8
2658/6 2660/9 2663/10 2663/25 2667/7
2667/8 2668/19 2670/22 2674/19 2679/9
2680/13 2681/4 2681/4 2681/13 2682/12
2683/2 2683/10 2684/1
NOR [1] 2603/8

NOR'EASTERS [1] 2575/19
NORMAL [1] 2598/8
NORMAN [1] 2532/5
NORTH [2] 2650/16 2671/25
NOT [185]
NOTE [5] 2549/4 2632/10 2646/24
2648/1 2678/7
NOTED [1] 2601/15
NOTHING [5] 2582/16 2589/12 2607/13
2617/22 2680/14
NOTICE [1] 2639/12
NOTICED [1] 2670/11
NOW [63] 2539/14 2539/24 2541/8
2548/3 2555/19 2555/22 2555/24
2557/16 2562/6 2562/23 2563/20 2566/9
2566/10 2567/22 2572/7 2586/3 2589/4
2593/22 2594/15 2596/4 2598/8 2598/20
2599/10 2603/6 2603/9 2603/23 2606/14
2608/7 2608/13 2610/4 2611/5 2611/6
2612/12 2612/20 2613/6 2614/5 2614/24
2622/8 2622/11 2622/18 2625/14 2628/3
2628/7 2628/22 2632/18 2634/14 2639/3
2639/20 2640/16 2649/11 2651/2
2651/25 2660/21 2662/11 2666/9
2667/11 2669/11 2671/2 2672/15
2673/24 2675/18 2679/13 2682/10
NUMBER [31] 2539/20 2544/2 2544/4
2544/5 2548/8 2560/11 2561/12 2562/23
2562/23 2567/19 2610/6 2625/1 2629/14
2629/15 2640/22 2642/20 2653/16
2654/2 2654/24 2655/17 2658/8 2662/20
2667/15 2670/14 2670/15 2670/24
2672/17 2677/7 2677/11 2677/16
2677/17
NUMBERED [1] 2685/21
NUMBERS [9] 2564/18 2564/18 2568/15
2582/18 2664/3 2664/22 2675/6 2675/12
2677/5

## O

O'BRIEN [1] 2534/3
O'DONNELL [2] 2532/15 2532/15
OAK [1] 2533/3
OATH [1] 2667/17
OBFUSCATION [1] 2611/24
OBJECT [2] 2601/4 2646/8
OBJECTION [2] 2587/13 2599/24
2601/15 2646/9
OBSERVATIONS [3] 2536/24 2575/9
2617/16
OBSERVE [1] 2538/4
OBTAIN [1] 2580/6
OBTUSE [2] 2611/21 2622/20
OBVIOUS [4] 2573/11 2631/3 2638/10
2675/24
OBVIOUSLY [7] 2538/3 2561/16 2592/1
2600/24 2618/13 2620/4 2656/24
OCCUR [8] 2551/2 2554/2 2615/24
2616/1 2616/24 2651/22 2652/7 2680/24
OCCURRED [7] 2539/16 2552/16
2574/17 2591/24 2592/10 2620/19
2660/9
OCCURRING [1] 2684/13
OCCURS [2] 2607/16 2614/6
OF CALCULATION [1] 2583/22
OF FRONT-SIDE [1] 2586/7
OFF [15] 2544/25 2547/8 2552/12
2563/14 2576/16 2576/18 2586/21
2606/4 2612/9 2620/5 2623/1 2623/3
2623/7 2659/25 2685/13
OFFERED [1] 2657/10
OFFICE [4] 2533/3 2533/14 2533/22
2533/24

OFFICES [1] 2532/18
OFFICIAL [1] 2685/19 2685/23
OFFICIALLY [1] 2587/20
OFTENTIMES [1] 2677/7
OKAY [49] 2537/18 2539/23 2540/3
2540/7 2541/11 2542/13 2547/6 2548/23
2549/11 2555/16 2555/25 2556/2 2556/4
2557/16 2560/1 2562/15 2562/19
2564/15 2567/12 2569/9 2571/8 2578/6
2586/3 2586/24 2588/2 2592/2 2597/12
2610/15 2612/18 2614/5 2614/17
2617/20 2619/13 2622/6 2630/4 2638/13
2640/1 2640/11 2641/9 2641/21 2647/17
2659/20 2661/8 2662/18 2670/23
2679/25 2680/4 2680/15 2684/11
OL' [1] 2655/19
OLD [1] 2666/11
OLD-FASHIONED [1] 2666/11
OMIT [1] 2558/19
ON [243]
ONCE [14] 2575/24 2603/12 2604/5
2604/9 2607/16 2608/10 2608/12
2618/16 2619/1 2634/8 2635/21 2651/5
2663/11 2668/3
ONE [66] 2542/10 2548/7 2548/8
2549/11 2552/22 2554/5 2555/14
2561/15 2561/16 2561/17 2561/20
2561/21 2563/11 2567/1 2571/3 2575/1
2579/4 2579/4 2587/25 2597/3 2597/5
2599/9 2600/14 2601/9 2602/16 2602/16
2603/6 2603/22 2614/5 2617/11 2622/16
2622/25 2623/1 2624/23 2624/25
2625/23 2627/7 2627/19 2636/15
2636/16 2638/7 2638/22 2640/25 2641/7
2641/9 2642/6 2644/6 2651/16 2656/9
2658/22 2659/18 2663/11 2666/16
2668/10 2668/11 2669/6 2672/4 2675/8
2675/23 2676/5 2677/1 2681/9 2681/12
2682/9 2682/16 2682/24
ONE'S [1] 2663/25
ONES [4] 2586/20 2599/12 2605/23
2633/6
ONGOING [1] 2658/11
ONLY [23] 2543/12 2554/19 2554/21
2554/22 2558/2 2563/13 2565/22 2569/1
2573/18 2590/7 2631/5 2639/16 2648/4
2648/13 2652/25 2653/5 2654/4 2663/11
2664/6 2664/16 2664/25 2680/19 2681/7
OPINE [3] 2592/22 2612/23 2660/12
OPINED [1] 2587/11
OPINION [11] 2573/8 2619/10 2624/2
2631/9 2648/11 2648/14 2648/15
2650/17 2653/17 2657/10 2682/13
OPINIONS [3] 2574/2 2578/14 2580/2
OPPORTUNITY [1] 2605/3
OPPOSED [2] 2541/1 2591/11
OPPOSITE [1] 2616/25
OR [96] 2536/22 2538/5 2540/17 2544/8
2544/8 2549/12 2550/17 2550/24
2552/12 2563/15 2563/24 2564/5
2565/19 2566/7 2570/13 2572/12 2573/3
2573/22 2574/2 2578/12 2578/16 2581/3
2581/25 2582/1 2584/3 2584/5 2586/8
2586/12 2586/12 2587/18 2587/25
2599/15 2600/1 2606/9 2610/13 2611/23
2611/24 2613/24 2614/9 2616/11 2617/4
2617/8 2618/1 2618/2 2618/7 2618/9
2618/10 2619/11 2619/11 2621/4 2621/4
2622/25 2623/1 2626/20 2627/8 2632/18
2634/8 2634/18 2634/23 2637/5 2643/22
2644/15 2644/21 2646/7 2646/14
2646/15 2646/16 2646/21 2646/25
2648/18 2648/18 2650/12 2651/7
2653/21 2653/23 2655/5 2656/21 2657/4

Q

OR... [18] 2657/4 2657/7 2658/6 2658/10 2664/3 2664/21 2664/23 2669/4 2670/8 2672/7 2672/17 2678/11 2681/4 2681/13 2682/18 2683/2 2683/10 2685/7
ORANGE [3] 2675/14 2676/8 2676/21
ORBITAL [2] 2597/15 2598/18
ORDER [10] 2537/12 2537/22 2538/24 2550/15 2551/3 2580/7 2585/25 2621/25 2622/4 2653/13
ORDERED [1] 2565/6
ORIENT [1] 2636/12
ORIENTED [1] 2591/3 2659/1
ORIGINAL [6] 2557/3 2563/10 2582/25 2647/19 2647/23 2658/2
ORLEANS [6] 2532/6 2532/20 2532/23 2533/10 2534/8 2534/21
OSCILLATORY [1] 2596/25
OTHER [37] 2541/21 2541/24 2542/24 2555/21 2560/13 2561/17 2563/17 2571/3 2580/9 2582/6 2589/2 2599/13 2600/5 2603/2 2605/9 2608/1 2609/4 2614/7 2617/7 2618/19 2621/9 2623/1 2624/6 2624/13 2626/10 2627/4 2631/3 2632/10 2634/14 2641/14 2643/18 2653/1 2663/4 2666/17 2667/6 2669/10 2679/6
OTHERS [2] 2582/3 2647/23
OTHERWISE [1] 2663/5
OUGHT [1] 2559/9
OUR [46] 2546/18 2547/1 2556/5 2562/16 2562/23 2562/23 2562/24 2566/23 2572/25 2577/8 2577/22 2577/24 2577/24 2577/25 2584/11 2584/12 2590/14 2592/9 2593/22 2595/6 2601/23 2602/9 2608/3 2608/6 2609/2 2609/6 2609/16 2615/6 2623/7 2626/19 2643/5 2643/20 2644/1 2650/20 2652/9 2652/12 2652/13 2653/4 2657/2 2657/15 2657/17 2671/11 2675/9 2675/10 2675/12 2675/23
OURS [2] 2564/10 2601/3
OUT [25] 2543/13 2558/23 2559/10 2559/11 2559/11 2564/22 2565/4 2567/17 2577/22 2577/7 2579/17 2583/11 2584/6 2596/7 2612/12 2614/6 2624/25 2630/8 2640/24 2652/23 2653/2 2663/5 2665/18 2681/13 2682/19
OUTER [1] 2646/14
OUTPUTS [1] 2592/1
OUTSIDE [1] 2650/4
OVER [50] 2562/24 2568/9 2579/21 2588/22 2589/2 2589/5 2590/2 2590/3 2590/7 2590/9 2590/16 2597/4 2597/21 2598/5 2601/21 2603/9 2603/10 2603/12 2603/19 2604/5 2605/24 2606/9 2608/9 2609/5 2612/21 2612/22 2614/25 2615/7 2615/15 2616/15 2616/20 2617/18 2618/3 2627/24 2631/6 2637/12 2641/2 2641/4 2643/23 2651/3 2652/8 2653/14 2656/6 2660/6 2660/18 2662/10 2666/10 2666/12 2671/12 2683/7
OVERESTIMATED [1] 2645/12
OVERFLIGHT [1] 2619/25
OVERFLOW [11] 2585/13 2585/24 2589/2 2590/2 2590/3 2596/13 2649/12 2652/21 2653/3 2660/19 2660/20
OVERFLOWING [2] 2585/14 2638/9
OVERHEAD [1] 2639/3
OVERTOP [1] 2597/15
OVERTOPPED [1] 2651/19
OVERTOPPING [73] 2592/18 2593/15

2593/17 2594/3 2607/16 2607/21 2608/5 2609/20 2609/25 2638/9 2634/1 2634/7 2634/8 2636/20 2637/15 2637/17 2638/19 2639/23 2640/13 2642/16 2642/16 2642/18 2642/23 2643/7 2643/7 2646/2 2646/16 2646/17 2647/8 2648/6 2648/20 2648/24 2649/7 2649/11 2651/4 2651/10 2651/22 2652/17 2652/17 2652/20 2652/21 2653/3 2653/4 2653/6 2653/10 2654/3 2654/25 2655/22 2655/24 2656/19 2656/19 2657/5 2657/15 2658/10 2659/7 2659/23 2660/5 2660/15 2666/6 2666/10 2666/11 2668/4 2669/8 2670/12 2672/7 2673/12 2677/17 2677/20 2677/22 2677/24 2678/1 2679/1 2680/19
OVERWHELMED [2] 2648/24 2649/2
OWN [10] 2537/11 2565/7 2571/11 2623/7 2626/7 2626/19 2636/9 2644/5 2664/17 2667/23

P

P.O [1] 2534/18
P6 [1] 2536/21
PAGE [50] 2535/2 2536/16 2536/23 2539/1 2539/19 2539/25 2541/11 2542/9 2545/9 2545/20 2551/9 2551/12 2552/5 2553/14 2555/4 2557/6 2557/18 2559/17 2565/21 2566/3 2574/5 2574/6 2575/24 2577/24 2580/1 2581/7 2581/7 2612/4 2625/1 2647/4 2647/13 2648/1 2652/10 2653/12 2655/14 2659/1 2659/22 2661/24 2667/12 2667/15 2667/21 2669/10 2669/13 2669/14 2669/16 2670/3 2670/6 2670/15 2670/16 2671/3
PAGE 85 [1] 2552/5
PAGES [4] 2549/9 2669/21 2670/7 2670/19
PAINFULLY [1] 2675/24
PALMINTIER [3] 2533/19 2533/19 2533/20
PANEL [3] 2585/15 2588/10 2588/11
PARAGRAPH [6] 2574/7 2575/23 2580/3 2645/18 2653/12 2667/3
PARAMETERS [3] 2560/7 2584/4 2584/5
PAREN [1] 2656/17
PARIS [1] 2666/24
PART [8] 2549/20 2607/4 2624/1 2624/3 2629/23 2629/24 2650/16 2671/24
PARTICIPATE [1] 2682/10
PARTICLES [2] 2634/20 2634/23
PARTICULAR [59] 2544/25 2548/21 2549/11 2550/25 2551/2 2552/11 2553/20 2554/25 2561/7 2567/14 2569/12 2579/25 2579/25 2583/2 2583/23 2583/24 2584/8 2584/18 2585/12 2585/13 2585/20 2585/21 2588/17 2589/7 2590/1 2590/18 2596/8 2599/8 2601/21 2607/10 2607/12 2621/6 2626/11 2626/13 2630/2 2632/7 2632/13 2632/15 2633/19 2634/2 2634/5 2636/17 2638/14 2642/22 2644/19 2644/23 2645/6 2645/8 2645/10 2645/13 2648/19 2651/18 2652/8 2669/14 2673/10 2681/22 2684/4 2684/12 2684/22
PARTICULARLY [3] 2537/7 2633/20 2633/25
PARTS [3] 2582/1 2647/2 2681/16
PASS [3] 2597/4 2605/23 2606/9
PASSING [3] 2588/17 2590/3 2617/18
PAST [1] 2656/2
PAT [2] 2587/21 2587/23

PATCH [1] 2615/25
PATH [2] 2709 [2] 2534/11
PC [2] 2532/15 2533/2
PEAK [36] 2576/6 2585/9 2588/15 2588/22 2588/22 2590/4 2590/24 2590/25 2591/2 2591/8 2591/24 2592/2 2592/5 2592/9 2594/13 2602/1 2602/12 2639/7 2639/9 2660/10 2660/10 2678/8 2678/10 2678/16 2678/17 2678/18 2679/7 2680/3 2680/18 2680/24 2681/18 2683/4 2683/5 2683/25 2684/7 2684/19
PEER [1] 2626/16
PEER-REVIEWED [1] 2626/16
PENCIL [1] 2676/15
PENETRATION [1] 2639/12
PER [65] 2561/2 2585/25 2588/25 2588/25 2589/1 2589/20 2589/22 2590/5 2590/22 2590/24 2590/25 2592/24 2593/5 2594/11 2595/11 2602/9 2602/9 2609/1 2609/2 2609/8 2610/2 2610/12 2610/22 2610/23 2611/5 2613/8 2613/8 2613/8 2613/9 2613/11 2613/11 2613/12 2613/14 2613/14 2613/15 2613/19 2613/19 2613/25 2613/25 2615/14 2615/14 2649/9 2653/13 2654/1 2654/12 2654/12 2654/15 2654/16 2654/16 2654/16 2655/3 2655/4 2656/14 2656/14 2656/20 2656/12 2660/10 2661/6 2666/6 2666/6 2668/5 2670/13 2670/13 2671/11 2671/12
PERCENT [22] 2662/2 2662/11 2662/20 2662/20 2663/2 2663/3 2663/4 2663/21 2663/23 2663/24 2664/8 2664/23 2665/24 2665/24 2665/25 2666/23 2670/21 2671/1 2675/13 2677/14 2677/14 2677/14
PERCENTAGE [2] 2581/9 2581/11
PERFECT [1] 2685/12
PERFECTLY [1] 2620/16
PERHAPS [7] 2573/11 2591/22 2617/25 2623/2 2640/21 2648/21 2682/18
PERIOD [6] 2537/18 2569/19 2570/10 2581/10 2639/8 2642/17
PERIODS [3] 2595/10 2607/9 2607/10
PERMISSIBLE [5] 2547/8 2584/13 2584/22 2646/1 2652/16
PERPENDICULAR [8] 2540/17 2580/18 2580/20 2580/23 2581/2 2581/6 2609/9 2613/12
PERSONAL [1] 2653/17
PERTUBATION [2] 2615/23 2617/25
PERTURBATIONS [1] 2616/7
PETER [1] 2534/15
PHENOMENON [1] 2615/7
PHILEN [1] 2534/6
PHOTO [4] 2621/7 2629/11 2636/9 2638/25
PHOTOGRAPH [4] 2622/10 2622/20 2625/9 2625/10
PHOTOGRAPHS [19] 2537/7 2537/7 2619/12 2619/14 2619/15 2619/20 2620/3 2620/6 2620/17 2620/22 2623/1 2623/8 2623/9 2624/1 2624/3 2624/11 2624/12 2624/20 2624/23 2624/24
PHOTOS [21] 2620/9 2620/10 2620/14 2623/24 2624/13 2624/14 2624/14 2624/17 2624/22 2624/23 2624/24 2629/25 2632/5 2633/19 2633/24 2638/11 2638/20 2640/22 2642/13 2642/22 2650/19
PHYSICS [1] 2615/11
PHYSICS-BASED [1] 2615/11
PICK [5] 2554/5 2567/8 2579/19 2630/18

P

PICK... [1] 2676/5
PICKED [4] 2564/15 2586/21 2677/6
2677/11
PICKING [4] 2579/5 2579/19 2593/18
2610/6
PICTURE [7] 2622/18 2629/12 2629/13
2633/13 2635/13 2641/13 2659/2
PICTURES [9] 2619/9 2621/20 2622/8
2623/3 2623/22 2624/21 2625/3 2626/19
2650/24
PIECE [1] 2644/19
PIERCE [1] 2532/15
PILE [2] 2640/17 2640/25
PINK [1] 2579/11
PLACE [5] 2538/10 2569/2 2619/3
2637/12 2651/16
PLACES [7] 2538/2 2538/4 2554/14
2571/15 2582/5 2582/6 2650/16
PLAIN [2] 2612/5 2612/8
PLAINTIFF [1] 2599/1
PLAINTIFFS [14] 2532/15 2532/18
2532/21 2533/2 2533/5 2533/9 2533/12
2533/16 2533/19 2533/22 2534/6
2591/12 2635/18 2679/23
PLAN [1] 2685/9
PLAUSIBLE [1] 2649/20
PLAY [4] 2549/17 2595/22 2628/2
2641/21
PLAYING [1] 2628/3
PLAYS [1] 2614/11
PLC [3] 2532/18 2533/19 2533/23
PLEASE [32] 2536/4 2540/6 2546/13
2547/4 2553/14 2555/7 2567/23 2569/10
2574/5 2575/24 2579/3 2586/10 2591/20
2594/24 2596/2 2628/16 2628/20 2636/7
2645/3 2645/19 2652/1 2652/11 2653/12
2653/18 2653/18 2653/23 2665/22
2667/12 2667/13 2669/13 2669/16
2676/14
PLOTTED [2] 2669/4 2675/19
PLOTTING [1] 2675/12
PLURALIZED [1] 2537/24
POINT [103] 2544/9 2550/19 2550/22
2576/9 2577/2 2577/15 2578/23 2579/17
2579/22 2583/4 2583/10 2585/12
2585/24 2586/9 2588/10 2588/10 2588/11
2589/1 2589/14 2589/15 2590/18 2591/4
2591/13 2592/14 2593/4 2593/6 2593/10
2593/11 2594/19 2595/6 2596/7 2596/12
2597/1 2598/22 2605/1 2608/18 2609/12
2609/13 2610/7 2612/9 2619/3 2623/19
2626/16 2626/24 2628/13 2632/8
2639/18 2640/24 2641/6 2652/2 2652/8
2656/2 2658/3 2658/14 2662/16 2663/13
2663/14 2663/17 2665/7 2666/13
2666/14 2666/19 2666/20 2666/21
2667/4 2667/12 2667/13 2667/18
2667/19 2667/20 2668/5 2668/14
2668/25 2669/1 2669/13 2669/22
2670/12 2670/17 2670/20 2671/16
2671/20 2672/10 2672/10 2672/11
2672/11 2672/23 2672/24 2673/7 2673/7
2673/10 2673/11 2673/18 2673/22
2674/9 2674/11 2674/22 2675/24 2676/6
2676/25 2677/23 2683/25 2684/8 2684/8
POINT 1 [1] 2672/10
POINTED [5] 2564/22 2577/6 2584/6
2630/8 2652/23
POINTING [2] 2576/25 2588/7
POINTS [10] 2661/5 2661/6 2661/25
2662/1 2666/17 2668/11 2671/17
2671/18 2675/19 2675/24
POISON [1] 2619/23 2620/4 2642/20
POOR [2] 2540/24 2556/5
POPCORN [2] 2623/14
POPS [1] 2598/3
PORTION [1] 2611/11
POSITION [6] 2575/3 2632/1 2636/13
2651/15 2658/1 2679/12
POSSIBLE [4] 2543/19 2548/20 2559/5
2638/8
POST [3] 2533/7 2533/14 2533/24
POSTSTORM [4] 2537/16 2538/12
2624/16 2637/19
POTENTIALLY [1] 2678/1
POUNDING [2] 2606/18 2606/24
POWER [1] 2540/12
POWERPOINT [1] 2645/9
POYDRAS [2] 2533/10 2534/20
PRACTICE [5] 2610/16 2610/25 2612/20
2613/5 2614/22
PRE [4] 2537/16 2538/12 2624/16
2637/19
PRECISE [1] 2547/16
PRECISELY [4] 2559/1 2602/14 2660/18
2661/24
PREDICT [2] 2617/13 2653/7
PRELIMINARY [2] 2655/23 2655/25
PREMATURE [1] 2680/10
PREMISE [1] 2566/19
PREPARED [3] 2586/15 2587/1 2685/6
PRESENCE [2] 2638/17 2642/14
PRESENT [7] 2534/6 2610/16 2610/24
2615/6 2615/12 2617/16 2621/7
PRESENTED [1] 2645/9
PRESENTLY [1] 2613/16
PRESS [1] 2555/7
PRESSURE [2] 2597/21 2597/23
PRETTY [4] 2569/2 2569/22 2574/16
2582/23
PREVALENCE [1] 2642/19
PREVALENT [2] 2638/19 2639/6
PREVIOUS [5] 2541/13 2569/16 2645/7
2645/12 2656/12
PREVIOUSLY [2] 2624/5 2643/8
PRIMARILY [1] 2573/15
PRINCIPLE [4] 2597/24 2598/1 2598/2
2598/3
PRINT [1] 2635/15
PRINTING [1] 2632/24
PRIOR [3] 2585/24 2587/1 2652/18
PROBABLY [12] 2539/10 2553/1 2569/1
2575/11 2595/2 2601/7 2605/6 2630/9
2639/17 2645/5 2650/6 2657/21
PROBATION [1] 2605/20
PROBLEM [6] 2551/18 2566/21 2610/9
2623/25 2674/25 2679/12
PROCEEDINGS [5] 2532/10 2534/24
2685/21
PROCESS [8] 2574/4 2574/23 2601/20
2616/18 2616/19 2616/23 2621/11
2624/2
PRODUCE [3] 2544/21 2651/17 2657/18
PRODUCED [4] 2534/25 2599/14
2629/1 2657/5
PRODUCT [1] 2612/25
PROFESSIONAL [3] 2627/14 2627/17
2682/12
PROFFER [2] 2598/22 2598/22
2598/23 2599/1 2600/2 2600/4 2601/14
2601/14 2601/14 2601/15 2604/12
2604/13
PROFILE [2] 2580/8 2650/3
PROFILES [1] 2624/6
PROGRESSED [1] 2598/12
PROGRESSION [1] 2631/18
PROMISE [2] 2605/15 2659/18
PROMISED [1] 2605/2
PROMISES [1] 2659/19
PROPERTIES [1] 2640/10
PROPOSITION [1] 2619/1
PROTECTED [3] 2646/18 2650/8
2654/11
PROTECTION [2] 2646/3 2646/13
PROVE [1] 2654/25
PROVIDE [3] 2540/23 2666/21 2674/21
PROVIDED [7] 2586/16 2587/7 2603/15
2603/16 2644/18 2666/1 2677/2
PROVIDES [1] 2673/12
PUBLICATION [2] 2573/12 2647/6
PUBLICATIONS [4] 2647/5 2647/7
2647/9 2647/11
PULL [3] 2539/15 2569/10 2624/25
PULLED [2] 2599/4 2631/13
PULLING [1] 2665/18
PURE [1] 2666/11
PURPLE [5] 2579/4 2579/11 2675/14
2676/7 2676/21
PURPOSE [1] 2667/6
PURPOSES [5] 2583/25 2601/23
2607/13 2621/18 2672/18
PUSHED [1] 2598/9 2631/4
PUSHING [3] 2598/10 2614/8 2631/6
PUT [7] 2548/23 2633/3 2634/15 2670/5
2670/6 2675/15 2680/25
PUTTING [1] 2633/4
PX [19] 2536/15 2539/24 2548/5
2557/19 2573/10 2595/22 2621/12
2625/9 2629/9 2635/16 2637/22 2640/15
2645/3 2655/10 2655/14 2655/17
2655/17 2675/5 2678/3
PX-1877-1V [1] 2629/9
PX-1877.1 [1] 2625/9
PX-1877.1A [1] 2635/16
PX-1877.3 [1] 2637/22
PX-1877.4 [1] 2640/15
PX-1877.6 [1] 2621/12
PX-1958 [2] 2536/15 2539/24
PX-2133.1 [1] 2595/22
PX-2138.2 [2] 2675/5 2678/3
PX-2158 [2] 2548/5 2557/19
PX-2163 [1] 2645/3
PX-2165 [1] 2573/10
PX-2167 [3] 2655/10 2655/14 2655/17

Q

QUALITIES [1] 2640/10
QUALITY [7] 2540/23 2540/24 2545/13
2548/1 2572/14 2572/21 2654/11
QUANTIFIED [1] 2617/17
QUANTITATIVE [1] 2607/14
QUARTER [3] 2664/16 2665/7 2665/10
QUESTION [52] 2554/18 2556/23
2560/6 2566/17 2571/4 2571/6 2571/9
2586/10 2587/24 2591/15 2591/23
2593/12 2596/1 2596/3 2604/3 2609/10
2609/11 2611/22 2612/16 2613/2 2614/5
2615/2 2617/20 2617/21 2618/17
2618/17 2626/24 2630/15 2644/6
2653/18 2653/25 2654/1 2654/8 2658/18
2661/24 2670/11 2671/2 2671/6 2671/9
2674/3 2675/20 2678/12 2678/17
2679/14 2679/15 2680/13 2680/17
2681/2 2681/4 2681/6 2683/12 2683/13
QUESTION'S [1] 2680/14
QUESTIONS [7] 2568/23 2573/6 2588/1
2655/11 2681/9 2681/12 2682/4

**Q**

QUICK [2] 2641/5 2658/11
QUICKER [1] 2679/8
QUICKLY [3] 2575/16 2649/7 2658/17
QUITE [15] 2554/8 2564/24 2578/11
2583/25 2587/5 2597/2 2606/2 2607/10
2625/21 2631/3 2636/17 2639/16
2672/22 2680/5 2680/24

**R**

RANGE [5] 2539/5 2546/15 2553/24
2654/5 2656/12
RANGES [1] 2540/23
RAPIDLY [5] 2575/6 2575/16 2594/23
2639/16 2651/13
RARELY [1] 2638/12
RATE [40] 2540/17 2541/15 2542/5
2543/6 2543/20 2549/19 2549/19 2550/1
2550/7 2551/25 2553/8 2560/25 2579/18
2579/20 2580/7 2580/16 2581/22
2607/22 2609/7 2609/8 2610/18 2612/25
2613/1 2613/13 2613/14 2614/20
2614/25 2643/7 2643/7 2652/8 2653/10
2660/15 2666/6 2669/8 2670/13 2673/13
2677/24 2682/7 2682/13 2682/23
RATE'S [1] 2561/17
RATES [15] 2550/10 2575/20 2580/18
2642/23 2648/20 2648/24 2657/5
2657/15 2657/18 2657/18 2660/9 2668/4
2672/7 2677/20 2678/1
RATHER [4] 2601/9 2621/16 2636/23
2650/18
REACH [34] 2552/17 2582/2 2592/10
2620/14 2620/19 2620/20 2632/4
2660/15 2661/1 2664/16 2664/23
2666/15 2666/16 2666/22 2666/23
2667/1 2667/2 2672/22 2672/25 2673/11
2673/22 2674/8 2674/15 2674/20
2674/22 2676/3 2676/4 2677/7 2680/9
2682/14 2683/19 2683/20 2683/23
2684/9
REACH 1 [5] 2666/22 2666/23 2667/1
2674/8 2676/4
REACH 2 [25] 2552/17 2582/2 2592/10
2620/14 2620/19 2620/20 2661/1
2664/16 2664/23 2666/16 2667/2
2672/22 2672/25 2673/11 2673/22
2674/15 2674/20 2674/22 2676/3 2680/9
2682/14 2683/19 2683/20 2683/23
2684/9
REACHED [2] 2639/7 2642/15
REACHES [1] 2658/9
REACHING [1] 2680/9
READ [12] 2542/6 2556/13 2556/15
2556/20 2556/20 2577/7 2581/20
2646/12 2648/1 2673/1 2673/5 2683/13
READILY [1] 2658/24
READING [4] 2590/22 2671/2 2671/3
2672/2
READY [1] 2623/14
REAL [6] 2565/1 2634/16 2641/5 2651/2
2651/9 2651/12
REALITY [2] 2650/3 2672/8
REALLY [39] 2550/6 2550/25 2552/16
2553/25 2554/6 2575/1 2581/18 2584/3
2598/15 2601/5 2605/6 2607/13 2609/10
2610/5 2616/5 2616/25 2620/22 2635/11
2648/18 2648/18 2648/25 2652/20
2669/5 2671/15 2672/10 2672/10
2672/11 2672/12 2672/24 2674/11
2674/15 2674/19 2675/23 2676/6 2676/7
2676/9 2681/5 2681/23 2682/1

REALM [2] 2681/24 2681/25
REALTOR [1] 2661/17
REASON [4] 2581/25 2598/8 2650/1
2674/11
REASONABLE [1] 2674/21
REASONABLY [1] 2624/17
REASONS [2] 2617/11 2642/6
RECALL [16] 2536/25 2540/25 2542/6
2552/1 2581/1 2581/6 2599/14 2599/23
2628/1 2644/12 2644/13 2645/15
2645/17 2672/21 2674/14 2683/3
RECEIVED [2] 2600/6 2600/6
RECENT [1] 2657/10
RECESS [4] 2591/16 2591/18 2685/8
2685/16
RECOGNIZE [1] 2578/20
RECOMMENDATIONS [1] 2654/20
RECORD [11] 2539/19 2539/25 2553/5
2553/6 2567/9 2577/7 2600/7 2601/17
2621/14 2629/14 2685/21
RECORDED [2] 2534/24 2585/11
RED [2] 2547/5 2584/13
REDIRECT [2] 2578/19 2685/4
REED [1] 2620/9
REFER [4] 2552/2 2593/10 2629/14
2657/23
REFERENCE [4] 2544/8 2573/7 2574/2
2652/15
REFERRED [2] 2587/3 2617/25
REFERRING [7] 2551/10 2564/5 2579/2
2582/19 2610/21 2656/8 2670/17
REFERS [3] 2540/25 2629/15 2652/23
REFLECTED [3] 2559/6 2585/15 2677/4
REFLECTS [2] 2553/1 2559/7
REGARD [4] 2550/4 2573/11 2593/11
2632/23
REGARDED [2] 2648/4 2648/9
REGARDING [3] 2542/7 2573/17
2668/24
REGARDS [2] 2541/9 2648/13
REGIME [1] 2647/3
RELATE [15] 2582/19 2610/17 2611/4
2613/15 2613/16 2614/24 2615/7
2643/24 2652/16 2652/20 2653/2
2673/10 2676/6 2676/8 2676/9
RELATED [4] 2618/1 2618/3 2672/7
2684/3
RELATES [4] 2545/13 2629/11 2643/6
2653/10
RELATING [2] 2615/12 2618/13
RELATION [1] 2616/2
RELATIONSHIP [2] 2542/15 2652/18
RELATIVE [5] 2551/23 2551/24 2574/17
2626/18 2683/25
RELATIVELY [2] 2636/21 2650/15
RELEVANT [3] 2570/11 2583/2 2583/21
RELIABLE [1] 2578/14
RELIABLY [1] 2617/13
RELIANCE [2] 2573/9 2581/16
RELIED [2] 2665/21 2666/2
RELIEF [2] 2616/8 2617/14
RELY [3] 2580/2 2643/4 2646/14
RELYING [1] 2625/4
REMAIN [1] 2563/7
REMARKABLY [1] 2626/23
REMEMBER [13] 2536/13 2536/20
2542/24 2557/20 2565/25 2566/9
2583/17 2599/13 2599/3 2605/4 2612/2
2641/10 2676/2
REMEMBERING [1] 2536/17
REMIND [1] 2566/3
REMINDER [1] 2650/23
REMNANTS [1] 2625/17

REMOTE [1] 2672/6
REMOVAL [2] 2536/2 2544/19
2552/8 2572/9 2572/9 2639/20
REMOVE [12] 2536/19 2547/25 2561/15
2562/17 2567/19 2570/16 2571/1
2571/12 2582/17 2614/12 2651/5 2652/4
REMOVED [16] 2538/19 2554/15
2570/19 2570/21 2582/14 2582/21
2610/7 2610/8 2620/23 2620/25 2621/2
2621/8 2641/10 2621/11 2639/4 2649/14
REMOVES [1] 2550/8
REMOVING [2] 2582/24 2583/5
REPEAT [1] 2586/10
REPORT [33] 2539/20 2551/9 2551/18
2552/6 2553/14 2585/1 2586/15 2587/2
2587/3 2587/4 2587/6 2624/14 2624/15
2636/10 2637/21 2638/8 2638/25 2639/1
2639/5 2643/4 2652/10 2653/12 2662/9
2665/16 2665/18 2667/3 2667/6 2667/22
2667/23 2667/25 2668/2 2670/16 2677/3
REPORTER [3] 2534/20 2685/19
2685/23
REPRESENT [4] 2548/9 2601/7 2620/20
2622/8
REPRESENTATION [2] 2601/6 2601/24
REPRESENTATIVE [3] 2602/21 2624/8
2672/23
REPRESENTED [6] 2541/16 2601/20
2601/25 2663/7 2682/19 2682/24
REPRESENTED IN [1] 2601/20
REPRESENTS [4] 2545/22 2600/12
2661/10 2663/13
REQUESTED [1] 2635/15
REQUIRES [1] 2537/19
RESEARCHERS [1] 2653/2
RESERVE [1] 2655/3
RESIO [28] 2586/6 2586/11 2586/19
2587/3 2587/8 2587/17 2598/23 2599/3
2599/14 2600/16 2601/8 2601/18
2601/22 2603/15 2605/18 2605/18
2608/18 2664/19 2665/11 2665/19
2665/23 2666/1 2666/6 2666/2 2672/17
2674/1 2677/2 2677/11
RESIO'S [7] 2586/4 2598/20 2601/3
2601/10 2603/7 2665/10 2665/18
RESISTANCE [4] 2646/14 2646/16
2646/20 2646/25
RESOLVE [3] 2565/1 2565/3 2565/6
RESPECT [3] 2552/8 2578/18 2580/6
RESPITE [1] 2685/13
RESPONDED [2] 2617/17
REST [1] 2587/24
RESTATE [1] 2683/12
RESTRICTED [1] 2640/23
RESULT [4] 2539/6 2558/7 2575/11
2581/11
RESULTS [11] 2573/24 2575/4 2578/11
2586/18 2587/7 2601/18 2601/20
2603/13 2604/2 2672/9 2682/12
REVEALED [1] 2536/24
REVIEW [7] 2536/19 2620/1 2623/11
2645/11 2645/14 2656/1 2668/23
REVIEWED [2] 2626/16 2645/12
RICHARD [1] 2534/16
RIDICULOUS [1] 2582/13
RIGHT [197]
RISE [4] 2536/3 2591/17 2591/19
2685/15
RISES [1] 2649/9
RISING [8] 2594/23 2606/20 2606/22
2606/22 2639/16 2649/7 2651/13
2683/18
ROAD [1] 2666/25

R

ROBERT [1] 2534/6
ROBIN [1] 2534/15
ROBINSON [1] 2532/5
ROLE [1] 2614/12
ROLL [3] 2597/7 2597/7 2598/12
ROLLS [1] 2598/10
ROOM [1] 2534/20
ROOT [5] 2541/3 2541/6 2541/9 2556/25 2646/20
ROUGE [2] 2533/14 2533/21
ROUGH [4] 2580/4 2620/11 2648/5 2648/13
ROUGHLY [9] 2542/3 2547/11 2547/14 2547/17 2552/14 2569/13 2620/15 2625/18 2633/21
ROUND [4] 2576/16 2576/17 2576/18 2614/5
ROY [2] 2533/5 2533/6
RULE [1] 2605/18
RULES [2] 2626/17 2626/25
RUN [8] 2586/6 2586/11 2586/13 2587/9 2587/10 2587/18 2600/15 2600/20
RUNS [2] 2586/16 2586/17 2600/14
RUPERT [1] 2534/14
RUSHING [1] 2634/1

S

S.W [1] 2533/17
SAFE [3] 2544/3 2547/22 2670/9
SAFETY [89] 2541/17 2542/25 2543/1 2543/4 2543/6 2543/9 2543/11 2543/15 2543/17 2543/22 2543/24 2543/25 2544/10 2544/12 2544/17 2544/20 2544/23 2544/24 2545/3 2545/4 2545/5 2545/12 2545/14 2545/17 2545/22 2545/25 2546/3 2546/4 2547/20 2553/1 2555/13 2557/11 2557/20 2557/23 2557/25 2558/1 2558/2 2558/6 2558/8 2558/12 2558/17 2558/18 2558/19 2558/24 2559/7 2559/10 2559/11 2559/20 2559/24 2560/13 2560/18 2560/19 2562/6 2562/2 2562/20 2562/25 2563/7 2565/16 2566/18 2566/18 2566/20 2567/7 2567/17 2567/17 2567/19 2567/23 2568/4 2582/14 2582/16 2582/17 2582/22 2582/24 2583/1 2583/5 2583/17 2583/18 2583/21 2584/10 2584/14 2584/17 2584/19 2584/23 2643/9 2644/2 2644/5 2644/8 2644/11 2644/21 2644/22
SAID [46] 2536/18 2537/12 2537/20 2537/23 2538/23 2541/10 2544/5 2547/14 2550/19 2551/22 2552/1 2552/2 2557/10 2560/16 2570/3 2577/21 2581/17 2583/20 2587/1 2591/6 2591/7 2591/8 2593/4 2599/19 2599/19 2599/19 2612/20 2614/22 2618/6 2637/23 2638/17 2642/7 2645/12 2656/3 2656/12 2657/3 2662/5 2668/2 2669/22 2672/23 2673/9 2673/11 2674/10 2680/7 2682/12 2683/3
SAIL [2] 2598/9 2598/12
SAILBOAT [1] 2598/9
SAKE [4] 2659/17 2678/17 2680/3 2680/4
SAME [43] 2538/21 2544/21 2559/12 2561/17 2561/17 2562/8 2563/8 2563/23 2564/2 2566/19 2568/12 2570/7 2577/24 2578/3 2578/3 2578/11 2578/11 2580/12 2582/4 2586/4 2592/7 2594/4 2597/24 2604/6 2614/16 2618/6 2627/24 2632/14

2634/19 2635/6 2635/7 2636/9 2637/23 2645/20 2646/16 2649/9 2655/9 2661/7 2654/24 2661/24 2662/23 2662/24 2663/7 2671/2
SAMPLE [1] 2650/18
SAND [28] 2574/9 2575/8 2575/12 2577/17 2580/4 2580/7 2580/11 2580/17 2580/18 2580/20 2580/24 2581/9 2581/11 2581/12 2581/21 2582/8 2634/25 2635/1 2635/1 2635/8 2635/9 2635/11 2635/12 2641/15 2658/9 2658/13 2658/15 2658/21
SAND'S [2] 2635/2 2635/4
SANDY [2] 2646/21 2658/23
SARAH [1] 2534/16
SAW [5] 2570/21 2633/9 2649/24 2653/9 2677/8
SAY [43] 2537/4 2537/5 2537/22 2541/7 2544/11 2544/15 2553/5 2554/14 2563/20 2569/7 2572/2 2577/10 2584/12 2589/20 2596/13 2596/15 2599/11 2599/18 2602/2 2605/10 2610/11 2614/14 2618/25 2638/21 2641/19 2646/24 2648/2 2649/7 2654/24 2656/3 2656/15 2656/15 2657/7 2659/5 2662/9 2667/4 2678/10 2678/16 2678/16 2680/3 2681/15 2681/16 2683/2
SAYING [11] 2545/21 2545/22 2559/20 2569/18 2577/5 2611/20 2623/15 2644/12 2644/13 2657/18 2665/19
SAYS [38] 2537/19 2538/18 2539/5 2539/9 2539/12 2540/10 2540/11 2542/18 2542/23 2543/24 2545/20 2554/11 2555/8 2566/1 2566/7 2574/7 2574/8 2574/22 2575/8 2578/4 2578/7 2580/3 2580/15 2584/19 2584/22 2610/11 2646/12 2647/18 2647/18 2648/2 2648/3 2652/15 2654/9 2654/9 2656/23 2657/8 2668/2 2676/23
SCALE [5] 2548/10 2573/14 2573/25 2592/23 2595/17
SCALLOP [1] 2629/21
SCAN [2] 2635/19 2635/21
SCENARIO [2] 2649/13 2649/20
SCIENCE [1] 2597/18
SCIENTIFIC [1] 2626/17
SCOTT [1] 2532/19
SCOUR [6] 2618/24 2633/20 2633/25 2634/4 2642/11 2642/14
SCOURED [1] 2642/19
SCREEN [8] 2536/15 2540/4 2549/7 2619/23 2621/21 2621/23 2622/2 2628/10
SCREENSHOT [7] 2622/12 2622/13 2622/16 2629/14 2635/24 2636/7 2641/10
SCREENSHOTS [1] 2621/17
SEARCH [1] 2668/23
SEATED [2] 2536/4 2591/20
SECOND [41] 2585/25 2588/25 2588/25 2589/1 2589/20 2589/23 2590/5 2590/22 2590/24 2590/25 2592/24 2593/5 2594/11 2595/11 2602/9 2609/1 2609/2 2610/2 2610/12 2610/22 2610/23 2611/5 2613/8 2613/9 2613/11 2613/13 2613/14 2613/19 2613/25 2615/14 2645/18 2653/13 2654/2 2654/16 2655/4 2656/14 2656/20 2666/6 2668/5 2670/13 2671/12
SECONDS [4] 2566/6 2576/1 2576/13 2577/4
SECRET [1] 2605/20
SECTION [6] 2632/11 2661/6 2664/2 2666/24 2671/11 2675/25

SECTIONAL [1] 2650/3
SECTIONS [1] 2575/21
SEDIMENT [13] 2631/4 2631/5 2631/11 2631/13 2633/15 2633/16 2634/23 2636/11 2636/21 2637/1 2637/4 2638/10 2639/18
SEE [111] 2538/18 2540/10 2541/11 2542/15 2542/16 2542/17 2545/20 2545/21 2545/24 2546/2 2546/6 2547/2 2548/24 2548/24 2552/14 2554/14 2557/9 2561/13 2562/8 2563/21 2565/9 2568/17 2569/11 2569/21 2570/19 2577/20 2579/17 2584/13 2586/4 2596/25 2597/2 2598/15 2598/21 2599/21 2602/22 2603/9 2606/1 2606/2 2607/1 2607/6 2611/17 2618/7 2621/19 2621/21 2621/22 2621/23 2621/24 2623/2 2625/10 2625/13 2625/15 2625/16 2626/1 2626/12 2628/8 2628/22 2628/24 2629/4 2630/19 2631/11 2631/12 2631/14 2631/17 2632/11 2632/15 2633/19 2633/24 2636/7 2636/11 2636/13 2636/14 2636/15 2636/17 2636/24 2637/2 2637/4 2637/8 2637/10 2637/13 2638/1 2638/3 2639/4 2639/20 2640/18 2640/19 2640/20 2641/13 2641/14 2642/2 2642/11 2642/12 2642/13 2642/18 2642/19 2646/10 2647/18 2654/9 2656/3 2656/15 2656/17 2657/20 2659/2 2659/6 2659/8 2659/11 2664/6 2664/9 2675/22 2676/11 2677/3 2678/6
SEEING [9] 2563/7 2590/3 2595/7 2598/7 2599/23 2618/12 2621/11 2645/15 2645/17
SEEM [1] 2676/9
SEEMED [1] 2674/12
SEEMS [6] 2539/1 2563/5 2565/13 2585/6 2656/15 2680/8
SEEN [19] 2593/5 2599/6 2599/20 2611/7 2620/2 2627/15 2632/14 2638/12 2638/16 2640/21 2645/4 2645/5 2645/6 2645/7 2645/8 2645/10 2675/8 2675/11 2675/11
SEGUE [4] 2605/7 2605/8 2605/13 2605/17
SEIJFFERT [3] 2536/14 2610/22 2612/4
SELECT [1] 2624/10
SELECTED [1] 2623/22
SELECTING [1] 2548/18
SENSE [13] 2543/16 2545/21 2554/14 2586/25 2595/19 2601/8 2617/18 2619/22 2628/5 2669/6 2669/9 2672/6 2685/7
SENTENCE [1] 2575/23
SEPARATED [1] 2635/4
SESSION [4] 2532/10 2536/1 2536/4 2591/20
SET [7] 2542/14 2546/25 2560/7 2586/17 2620/3 2624/13 2638/20
SETUP [1] 2595/17
SEVEN [1] 2599/3
SEVERAL [6] 2549/9 2581/1 2647/4 2662/21 2677/8 2677/8
SEVERE [1] 2539/10
SHADOW [8] 2630/1 2630/21 2631/16 2631/17 2631/19 2633/9 2633/14 2638/3
SHADOWS [2] 2630/19 2637/23
SHALL [1] 2681/15
SHAPE [1] 2580/8
SHAPES [1] 2592/5
SHARPNESS [1] 2630/22
SHEER [1] 2631/20

SHEET [2] 2640/17 2640/25
SHELF [1] 2586/21
SHERMAN [1] 2532/22
SHIFTED [1] 2592/13
SHORTER [1] 2570/10
SHOULD [11] 2543/14 2545/3 2558/1 2566/13 2568/15 2596/7 2642/9 2655/25 2666/22 2669/8 2673/13
SHOULDN'T [3] 2545/3 2545/19 2654/24
SHOW [31] 2537/2 2539/2 2542/4 2542/9 2549/12 2582/2 2589/14 2589/25 2599/20 2600/20 2603/22 2607/14 2611/17 2620/22 2620/24 2622/8 2622/11 2624/25 2625/3 2625/6 2626/19 2629/7 2632/5 2635/9 2635/25 2641/5 2667/8 2668/17 2669/1 2676/15 2676/16
SHOWED [12] 2559/7 2573/3 2573/5 2578/12 2605/16 2614/4 2616/22 2632/5 2633/9 2633/10 2677/12
SHOWED THE [1] 2633/10
SHOWING [2] 2585/16 2589/13
SHOWN [3] 2589/12 2630/24 2677/25
SHOWS [12] 2551/16 2553/6 2554/5 2566/12 2578/9 2578/23 2589/4 2589/15 2600/18 2635/13 2637/23 2660/8
SIC [1] 2659/2
SIDE [151] 2536/24 2537/8 2539/17 2547/22 2553/24 2573/19 2574/20 2581/22 2582/1 2585/18 2586/7 2586/12 2586/14 2586/25 2587/2 2587/4 2587/9 2589/5 2589/10 2589/12 2589/22 2590/22 2592/19 2594/11 2594/12 2595/19 2595/24 2595/25 2596/2 2596/4 2597/3 2598/3 2600/17 2603/18 2603/25 2604/1 2604/4 2604/5 2604/7 2604/10 2604/11 2605/3 2605/23 2605/25 2606/1 2606/4 2606/5 2606/7 2606/8 2606/16 2606/18 2606/21 2607/1 2607/16 2607/17 2609/13 2609/16 2610/12 2610/17 2610/18 2611/1 2611/15 2611/24 2612/23 2614/24 2615/8 2615/17 2615/18 2615/22 2615/24 2615/25 2616/4 2616/8 2616/14 2616/25 2617/1 2617/6 2617/22 2617/24 2618/4 2618/5 2618/11 2618/14 2619/2 2619/4 2619/11 2619/11 2621/4 2626/9 2626/10 2626/20 2626/20 2627/8 2627/8 2629/3 2629/5 2629/18 2631/9 2631/10 2632/6 2632/14 2632/17 2633/22 2633/25 2634/7 2636/22 2636/25 2637/1 2637/8 2637/10 2637/24 2638/1 2638/6 2638/8 2639/4 2639/20 2639/25 2640/5 2640/6 2640/16 2641/23 2641/25 2642/6 2642/9 2642/11 2642/18 2646/18 2647/2 2647/3 2649/4 2649/5 2650/7 2650/8 2650/11 2651/4 2651/10 2651/10 2651/16 2651/17 2653/7 2653/15 2654/3 2654/11 2656/6 2657/25 2659/14 2660/6 2660/13 2667/1 2668/3 2680/20
SIGNIFICANT [6] 2540/13 2553/4 2574/13 2574/14 2580/19 2582/23
SIGNIFIED [1] 2666/21
SIGNS [1] 2628/24
SIMILAR [4] 2581/12 2599/15 2608/24 2647/15
SIMPLE [4] 2559/10 2566/17 2577/13 2681/5
SIMPLICITY [3] 2576/16 2576/18 2577/5
SIMPLY [7] 2549/18 2551/1 2558/21 2579/22 2592/7 2606/9 2650/17

SIMS [1] 2533/3
SIMULATION [2] 2586/9 2586/10
SIMULATIONS [2] 2586/19 2586/20
SIMULATOR [1] 2655/24
SINCE [8] 2579/4 2585/13 2586/15 2587/6 2588/20 2605/14 2613/24 2681/22
SINGLE [1] 2649/9
SIR [8] 2536/5 2559/9 2568/23 2572/5 2596/18 2625/7 2671/6 2681/8
SITE [1] 2538/23
SITES [2] 2579/13 2579/25
SITTING [1] 2597/14
SITUATION [9] 2575/5 2577/22 2589/2 2631/18 2649/6 2649/10 2649/11 2651/13 2680/6
SITUATIONS [3] 2653/3 2653/5 2656/16
SIX [1] 2681/13
SKEPTICAL [1] 2672/22
SLIDE [3] 2584/25 2586/5 2655/18
SLIDES [2] 2586/4 2675/7
SLIGHT [2] 2616/15 2637/15
SLIGHTLY [2] 2598/8 2657/2
SLOPE [15] 2575/17 2579/18 2581/10 2606/3 2629/21 2629/22 2630/24 2630/25 2631/18 2638/2 2646/13 2646/18 2656/18 2657/20 2659/8
SLOPES [1] 2655/22
SLOW [2] 2565/1 2567/18
SLOWER [1] 2575/20
SLOWING [1] 2579/18
SMALL [5] 2554/8 2615/23 2616/8 2616/12 2616/20
SMALLER [2] 2544/8 2605/23
SMART [1] 2645/20
SMITH [1] 2534/15
SO [244]
SOIL [29] 2538/19 2571/24 2572/3 2572/11 2572/14 2572/20 2572/24 2573/16 2574/17 2581/23 2582/5 2582/20 2610/7 2615/25 2616/7 2616/16 2617/14 2618/21 2618/22 2631/7 2634/23 2635/5 2640/10 2641/3 2646/15 2646/21 2652/25 2652/25 2658/3
SOIL'S [1] 2631/11
SOILS [2] 2617/25 2618/10
SOJA [1] 2534/16
SOLVES [1] 2541/14
SOME [86] 2537/14 2538/11 2540/22 2542/1 2542/10 2545/21 2548/3 2554/14 2563/15 2570/22 2570/23 2571/15 2572/8 2572/9 2572/23 2573/16 2575/22 2582/1 2582/4 2585/2 2585/3 2586/18 2586/25 2587/8 2587/10 2587/11 2587/11 2587/11 2587/17 2587/18 2594/17 2595/15 2597/4 2601/12 2601/20 2605/23 2606/6 2606/17 2607/3 2607/3 2611/5 2615/23 2616/15 2618/22 2619/9 2619/10 2620/13 2621/16 2623/22 2624/13 2624/14 2625/13 2625/25 2626/16 2628/22 2631/7 2633/16 2634/19 2636/14 2636/15 2637/1 2637/15 2637/16 2639/24 2639/24 2641/22 2642/3 2644/16 2645/7 2648/17 2648/22 2649/24 2650/10 2653/1 2656/2 2658/3 2667/5 2667/10 2671/24 2672/6 2672/16 2673/12 2677/6 2677/20 2682/15
SOMEBODY [5] 2587/12 2620/5 2623/22 2624/1 2667/5
SOMEONE [5] 2553/13 2587/8 2587/17 2621/3 2623/20
SOMETHING [27] 2538/24 2541/7

2541/9 2551/3 2552/2 2553/6 2563/16 2569/12 2569/13 2572/11 2572/22
2573/3 2574/1 2611/18 2617/17 2629/10 2629/20 2635/5 2641/14 2642/6 2644/15 2652/9 2652/12 2658/25 2667/5 2672/17 2682/23
SOMETIMES [1] 2571/19
SOMEWHAT [2] 2597/19 2669/9
SOMEWHERE [2] 2542/6 2578/1
SOON [3] 2598/5 2616/12 2669/2
SORRY [22] 2546/2 2548/14 2556/6 2556/10 2567/18 2572/1 2576/8 2577/1 2579/1 2592/6 2602/4 2602/5 2602/18 2602/21 2613/8 2638/16 2655/14 2664/5 2664/7 2664/10 2664/12 2679/16
SORT [3] 2605/20 2672/16 2677/6
SOURCE [3] 2574/2 2619/23 2647/23
SOUTH [7] 2532/16 2622/5 2642/19 2650/14 2667/1 2667/20 2671/18
SPARSE [1] 2646/21
SPATIAL [1] 2620/14
SPEAK [1] 2556/11
SPEAKING [2] 2599/9 2636/21
SPECIFIC [1] 2648/7
SPECIFICS [2] 2581/23 2619/6
SPECULATE [1] 2601/9
SPEED [8] 2540/12 2540/15 2540/21 2585/11 2590/6 2597/20 2616/13 2616/15
SPEEDS [2] 2585/3 2585/3
SPIGOT [1] 2561/16
SPILLING [1] 2608/9
SPILLS [1] 2604/11
SPRINGS [1] 2533/17
SQUARE [1] 2654/16
SR [1] 2534/16
ST. [1] 2680/19
ST. BERNARD [1] 2680/19
STAGE [2] 2632/7 2642/15
STAGES [3] 2596/10 2632/6 2645/5
STANDARD [3] 2591/11 2593/24 2594/4
STANDARDS [1] 2572/16
STANDING [2] 2625/25 2657/25
STANDPOINT [1] 2673/15
STANDS [1] 2626/22
STANWOOD [1] 2532/11
STAR [1] 2592/20
START [14] 2540/6 2540/7 2594/20 2595/6 2595/7 2616/19 2618/11 2651/4 2653/8 2656/10 2683/8 2685/6 2685/7 2685/8
STARTED [2] 2539/21 2593/14
STARTING [1] 2536/8
STARTS [7] 2541/12 2574/12 2589/5 2616/10 2616/24 2618/8 2683/22
STATE [9] 2610/16 2610/25 2612/20 2613/5 2614/22 2615/6 2617/12 2621/11 2642/18
STATED [3] 2558/11 2624/5 2643/15
STATEMENT [1] 2655/5
STATES [8] 2532/1 2532/7 2532/11 2551/16 2572/15 2645/8 2645/12 2685/19
STATION [1] 2534/17
STATIONARY [1] 2639/8
STAY [1] 2651/16
STEADY [11] 2585/14 2589/2 2590/2 2590/2 2590/3 2596/12 2628/11 2649/12 2652/17 2652/25 2653/5
STEADY-FLOW [3] 2652/17 2652/25 2653/5
STEEP [5] 2606/3 2630/1 2630/20 2630/25 2638/3

S

STEEPEST [1] 2629/21 2629/23
STENOGRAPHY [1] 2534/24
STEVE [5] 2645/1 2645/2 2645/7 2647/22 2653/1
STEVEN [3] 2643/17 2644/24 2645/20
STEVENS [2] 2533/22 2533/23
STICK [1] 2555/18
STILL [21] 2574/17 2575/3 2575/6 2577/25 2586/1 2596/8 2596/16 2596/23 2603/9 2603/23 2605/21 2606/6 2606/7 2606/14 2606/15 2608/8 2608/10 2618/1 2625/25 2629/5 2650/20
STIR [1] 2623/16
STONE [1] 2534/16
STOP [4] 2628/13 2628/20 2628/20 2641/24
STORM [7] 2575/10 2576/6 2585/9 2589/19 2639/7 2646/15 2646/25
STORM-SURGE [1] 2585/9
STORMS [1] 2575/19
STRAIGHT [1] 2642/8
STREET [10] 2532/16 2532/19 2532/23 2533/6 2533/10 2533/13 2533/20 2534/4 2534/7 2534/20
STRENGTH [1] 2655/22
STRETCH [7] 2621/19 2662/16 2663/2 2663/2 2663/2 2663/3 2663/7
STRIPE [1] 2640/19
STRUCTURE [7] 2541/3 2541/6 2541/9 2556/25 2648/8 2648/8 2671/25
STRUCTURES [1] 2620/13
STUCK [1] 2618/23
STUDIES [3] 2556/16 2610/19 2610/21
STUDY [2] 2543/5 2611/10
STUFF [5] 2611/3 2611/3 2635/11 2635/17 2641/13
STWAVE [2] 2586/8 2586/12
SUBJECT [1] 2681/22
SUBMITTED [1] 2573/9
SUBROGATED [1] 2534/2
SUBSTANCE [1] 2674/16
SUBTRACTED [2] 2665/13 2666/4
SUCCESSFULLY [2] 2570/25 2571/13
SUCH [5] 2586/13 2616/13 2617/12 2642/14 2652/18
SUFFICIENT [7] 2570/16 2571/1 2574/23 2618/16 2653/14 2659/23 2660/5
SUGGEST [1] 2567/15
SUGGESTED [1] 2682/16
SUITE [5] 2532/16 2533/3 2533/6 2533/10 2534/7
SUMMARY [4] 2573/14 2573/24 2581/18 2653/13
SUNLIGHT [2] 2630/1 2630/19
SUPPOSE [1] 2554/18
SURE [28] 2537/15 2550/13 2573/18 2573/23 2574/3 2578/11 2579/22 2593/6 2593/9 2594/7 2601/6 2601/11 2609/25 2622/7 2622/19 2623/13 2625/16 2641/17 2641/18 2641/19 2648/18 2655/12 2658/15 2661/23 2669/14 2669/17 2671/2 2671/22
SURFACE [29] 2540/17 2541/1 2541/1 2577/16 2596/22 2597/14 2598/6 2598/16 2598/16 2603/4 2614/10 2614/13 2616/3 2616/9 2616/16 2616/17 2617/9 2626/11 2629/2 2632/9 2632/11 2632/12 2632/15 2636/13 2640/20 2640/22 2650/7 2650/8 2658/23
SURFICIAL [2] 2628/25 2640/18

SURGE [32] 2575/10 2585/9 2589/19 2591/3 2591/8 2591/23 2592/6 2592/9 2592/9 2637/16 2639/7 2639/9 2646/15 2646/16 2646/25 2660/10 2666/11 2678/8 2678/10 2678/16 2678/17 2678/18 2679/7 2680/4 2680/8 2680/25 2681/18 2683/4 2683/5 2683/25 2684/7 2684/19
SURVIVED [1] 2649/23
SUSPECT [1] 2674/12
SUSPENDED [1] 2635/2
SUSTAIN [1] 2646/9
SUSTAINED [1] 2587/14
SWORN [1] 2536/9
SYMBOL [3] 2545/13 2545/14 2549/12
SYSTEM [4] 2614/4 2624/8 2646/20 2648/23
SYSTEMIC [1] 2674/25

T

TABLE [23] 2551/7 2551/15 2551/18 2552/5 2552/9 2552/21 2552/23 2552/23 2553/11 2553/13 2553/14 2566/12 2569/10 2569/10 2643/5 2647/9 2647/21 2647/25 2648/1 2648/2 2648/4 2648/16 2653/9
TABLE'S [1] 2552/7
TABLES [2] 2548/7 2551/16
TAHEERAH [1] 2534/11
TAILINGS [2] 2632/23 2638/16
TAKE [17] 2536/18 2548/16 2555/1 2557/8 2559/11 2566/25 2567/17 2569/17 2588/1 2591/16 2602/20 2619/3 2633/13 2634/15 2635/22 2667/14 2669/22
TAKEN [5] 2619/24 2621/16 2621/20 2624/18 2682/14
TAKES [7] 2538/18 2544/24 2562/17 2569/7 2598/5 2682/2 2682/3
TAKING [2] 2563/5 2579/10
TALK [16] 2553/19 2562/6 2572/24 2573/18 2573/19 2580/14 2595/25 2605/9 2605/9 2610/4 2612/5 2612/6 2619/14 2642/23 2662/8 2666/14
TALKED [10] 2585/4 2610/22 2610/23 2611/13 2611/15 2615/20 2638/21 2666/20 2673/23 2682/6
TALKING [32] 2538/4 2543/17 2544/6 2544/7 2561/25 2563/12 2567/5 2570/12 2574/19 2584/1 2591/4 2591/13 2593/1 2593/7 2593/19 2596/4 2608/1 2612/8 2618/5 2619/16 2630/16 2631/15 2634/12 2647/22 2651/24 2651/25 2657/16 2670/20 2671/4 2676/11 2676/18 2683/21
TALL [1] 2601/1
TANK [2] 2573/14 2573/25
TAUGHT [1] 2603/2
TEACH [2] 2608/12 2633/1
TEAM [1] 2585/2
TECHNIQUE [1] 2652/16
TECHNOLOGY [1] 2617/12
TEETH [1] 2674/10
TELL [30] 2540/19 2544/24 2549/15 2551/11 2551/25 2552/18 2559/4 2562/24 2579/2 2586/24 2588/14 2588/24 2595/23 2599/12 2600/3 2603/11 2605/21 2607/20 2614/19 2618/18 2630/22 2637/18 2642/1 2644/22 2666/18 2668/10 2670/4 2670/18 2672/18 2673/1
TELLING [2] 2667/17 2682/10
TELLS [11] 2546/6 2546/21 2547/7

2547/24 2552/23 2584/14 2595/1 2599/22 2660/23 2678/14 2684/15

TEN [2] 2580/21 2580/24
TEND [5] 2596/24 2655/3 2657/24 2671/15 2672/14
TENSION [2] 2655/9 2655/12
TENTH [4] 2561/23 2562/12 2562/14 2563/8
TENTHS [1] 2570/12
TERMINOLOGY [1] 2584/12
TERMS [6] 2538/11 2614/24 2626/25 2632/8 2674/7 2674/15
TERRIFIC [1] 2575/24
TEST [1] 2672/16
TESTIFIED [10] 2536/10 2536/23 2537/6 2558/4 2566/4 2566/6 2566/15 2620/15 2621/1 2682/6
TESTIFYING [1] 2679/13
TESTIMONY [15] 2536/17 2538/5 2541/8 2601/12 2611/8 2614/3 2628/1 2632/4 2633/12 2637/11 2638/23 2638/24 2640/4 2656/12 2667/9
TESTING [3] 2655/23 2657/1 2657/11
TESTS [4] 2573/14 2575/2 2575/5 2575/14
TEXAS [4] 2533/4 2587/8 2587/17 2587/21
TEXT [3] 2537/2 2643/13 2643/16
THAN [55] 2537/17 2537/20 2537/23 2538/7 2538/8 2538/8 2538/8 2538/24 2539/9 2539/9 2543/20 2548/16 2555/14 2558/4 2562/22 2563/3 2563/22 2564/10 2564/25 2574/3 2575/21 2576/5 2576/10 2577/21 2577/22 2579/15 2580/17 2580/21 2580/24 2582/6 2582/8 2583/25 2599/13 2601/9 2603/25 2606/15 2607/10 2635/2 2640/13 2640/20 2640/23 2641/14 2646/21 2649/22 2650/6 2650/16 2650/18 2657/6 2657/17 2658/24 2664/17 2665/10 2679/8 2680/24 2681/24
THANK [25] 2540/1 2555/8 2555/9 2571/16 2571/17 2581/25 2583/17 2584/25 2596/18 2598/14 2598/20 2619/7 2621/12 2625/7 2630/9 2638/4 2639/1 2655/7 2658/8 2660/2 2660/21 2673/21 2685/1 2685/3 2685/12
THANKING [1] 2571/21
THAT [691]
THAT THESE [1] 2653/17
THAT'S [152] 2538/5 2539/3 2539/7 2539/11 2541/3 2541/7 2545/12 2545/12 2547/12 2548/5 2549/5 2550/7 2553/22 2554/18 2554/21 2554/24 2555/13 2556/1 2556/6 2556/9 2559/2 2559/3 2559/6 2560/25 2561/24 2562/20 2564/15 2564/25 2564/20 2565/11 2568/11 2569/23 2569/25 2571/12 2572/22 2573/10 2576/3 2577/5 2577/11 2577/12 2577/14 2578/7 2579/4 2579/5 2580/25 2582/7 2582/14 2583/10 2583/25 2584/13 2585/9 2587/23 2589/11 2591/1 2591/25 2593/18 2595/5 2595/6 2595/22 2597/7 2597/15 2602/13 2606/13 2607/7 2609/2 2609/5 2609/17 2610/13 2610/24 2610/25 2611/6 2611/6 2611/20 2612/4 2613/2 2613/5 2613/15 2615/9 2616/3 2616/20 2617/1 2617/17 2617/17 2617/18 2618/23 2621/19 2622/23 2624/3 2625/3 2625/6 2625/12 2625/14 2627/9 2627/12 2628/10 2628/19 2629/1 2629/10 2630/9 2631/3 2631/4 2631/14 2633/16 2634/23

THAT'S... [48] 2635/20 2638/4 2638/7
2638/19 2641/9 2642/15 2647/10
2647/13 2647/16 2647/16 2648/14
2648/25 2649/17 2650/5 2650/17 2652/8
2653/9 2653/15 2654/14 2656/23 2660/7
2662/21 2662/24 2663/1 2663/12
2663/20 2664/7 2664/9 2666/10 2666/10
2667/23 2668/17 2670/8 2670/13
2670/14 2671/16 2672/11 2674/3 2675/1
2675/15 2677/4 2679/9 2680/9 2680/12
2681/2 2681/24 2682/20 2682/23
THE DOWNRUSH [1] 2588/19
THE LAND [1] 2637/14
THEIR [19] 2542/3 2542/7 2542/19
2543/14 2544/17 2548/10 2551/2 2552/9
2553/23 2553/24 2554/12 2556/14
2574/3 2574/16 2575/14 2575/18
2580/25 2614/1 2644/5
THEM [16] 2576/2 2585/24 2597/4
2598/21 2620/24 2621/16 2621/24
2628/11 2628/12 2633/3 2644/11
2644/22 2658/16 2663/9 2665/3 2666/2
THEN [39] 2537/4 2539/9 2546/17
2550/14 2550/19 2552/13 2554/8
2559/10 2563/8 2565/23 2568/1 2568/15
2577/4 2578/20 2584/17 2584/19
2587/10 2588/18 2592/5 2596/1 2598/4
2598/11 2601/2 2602/9 2630/14 2632/5
2644/7 2649/15 2654/3 2664/2 2664/22
2665/12 2665/25 2666/4 2666/5 2671/6
2678/25 2684/11 2684/14
THEORETICAL [1] 2540/11
THEORY [5] 2680/18 2680/21 2681/19
2683/4 2684/11
THERE [90] 2536/24 2537/8 2537/12
2538/2 2539/14 2542/8 2542/12 2542/17
2545/14 2546/3 2548/24 2549/14
2554/17 2555/4 2556/16 2563/15
2563/15 2565/13 2566/11 2566/20
2570/22 2571/17 2572/19 2573/16
2574/6 2575/21 2584/20 2585/7 2590/1
2594/17 2597/7 2599/25 2601/1 2610/6
2614/9 2615/24 2616/1 2616/6 2616/7
2618/10 2619/11 2619/23 2621/2 2622/1
2622/13 2624/22 2624/22 2627/3 2627/4
2628/13 2628/18 2630/8 2630/21
2632/18 2632/25 2633/7 2636/11
2636/20 2637/15 2637/22 2639/14
2639/24 2640/2 2643/22 2648/16 2649/4
2649/5 2649/21 2649/24 2650/1 2650/6
2650/12 2650/14 2650/15 2651/3 2651/9
2651/12 2651/15 2654/2 2655/8 2656/17
2657/3 2658/21 2668/14 2668/15
2676/14 2676/16 2677/24 2682/15
2682/15
THERE'S [38] 2549/9 2553/5 2553/6
2557/5 2566/11 2566/14 2566/20
2583/18 2584/14 2584/19 2584/20
2584/21 2595/15 2598/16 2598/18
2605/24 2615/10 2616/1 2629/15 2632/4
2632/17 2633/20 2634/25 2636/25
2639/12 2642/7 2642/8 2652/20 2652/24
2653/2 2655/12 2659/23 2660/5 2660/24
2677/4 2677/7 2681/15 2681/19
THEREBY [1] 2677/25
THEREFORE [1] 2558/6
THESE [69] 2548/5 2551/3 2554/3
2557/2 2575/2 2575/2 2575/5 2575/9
2576/9 2579/5 2579/12 2580/23 2585/25
2586/17 2586/20 2586/20 2588/8 2589/4
2591/25 2592/5 2599/4 2603/21 2604/2

2620/6 2621/20 2622/7 2625/17 2625/20
2626/9 2628/25 2639/10 2640/5 2647/19
2633/19 2633/24 2634/24 2636/15
2636/16 2639/5 2639/13 2642/13
2642/21 2648/17 2648/21 2648/25
2652/19 2653/17 2656/3 2657/6 2657/6
2658/15 2661/10 2663/6 2663/8 2663/12
2664/11 2664/18 2664/18 2664/19
2664/22 2665/20 2665/25 2672/7
2674/16 2675/19 2675/24 2677/19
2681/9 2681/12
THESIS [6] 2573/1 2578/16 2580/2
2581/17 2581/19 2581/20
THEY [60] 2540/23 2541/4 2541/13
2541/14 2541/15 2541/17 2541/22
2542/2 2542/4 2542/17 2542/24 2543/1
2543/2 2545/24 2545/25 2546/4 2551/6
2556/14 2556/15 2568/14 2568/16
2568/17 2569/22 2579/13 2580/5
2580/14 2581/1 2581/2 2581/3 2582/25
2585/6 2590/12 2592/12 2597/4 2600/8
2603/12 2604/5 2610/20 2612/5 2612/6
2612/8 2614/1 2614/2 2619/22 2620/20
2620/21 2620/23 2624/6 2624/9 2624/21
2630/6 2630/20 2643/15 2644/21
2648/20 2656/15 2658/22 2667/1 2676/3
2677/20
THEY'RE [14] 2542/25 2543/1 2543/3
2575/19 2579/12 2580/10 2580/10
2585/20 2585/24 2586/18 2589/12
2620/15 2628/10 2657/16
THEY'VE [2] 2543/14 2657/10
THICK [11] 2548/2 2549/22 2550/4
2550/11 2550/21 2551/4 2552/13
2552/17 2554/19 2554/22 2554/22
THICKNESS [25] 2541/19 2541/22
2541/25 2542/2 2542/19 2546/21
2548/22 2550/7 2550/25 2551/19 2552/5
2552/8 2554/17 2555/12 2555/18
2555/24 2566/9 2566/16 2609/5 2609/7
2612/22 2612/25 2614/11 2614/14
2614/19
THICKNESSES [2] 2551/23 2551/24
THING [16] 2542/24 2552/22 2571/3
2575/1 2577/24 2582/4 2586/4 2609/4
2613/2 2614/16 2627/24 2631/3 2632/10
2632/14 2659/18 2677/1
THINGS [11] 2563/7 2563/17 2579/17
2584/12 2587/11 2621/9 2625/23
2641/14 2663/5 2672/11 2682/21
THINK [89] 2537/11 2537/20 2538/23
2541/10 2542/2 2542/3 2542/8 2542/14
2543/5 2544/10 2545/10 2547/14
2552/25 2553/1 2556/13 2556/24 2557/2
2558/1 2563/2 2564/4 2564/4 2565/11
2566/13 2566/22 2568/12 2568/14
2568/16 2569/21 2569/22 2570/14
2570/19 2572/25 2573/5 2573/9 2574/16
2575/1 2575/21 2576/24 2583/2 2583/11
2583/25 2584/1 2584/20 2584/20
2591/22 2592/25 2596/7 2596/24 2605/2
2610/14 2614/3 2620/24 2621/1 2624/7
2629/5 2632/10 2633/8 2633/9 2635/9
2639/5 2639/24 2642/20 2646/24 2647/7
2648/16 2649/25 2650/4 2651/12 2652/7
2652/23 2655/8 2656/25 2657/4 2659/13
2662/5 2662/25 2666/13 2666/15
2666/20 2669/11 2671/16 2673/3 2674/7
2677/1 2677/10 2681/21 2681/24
2682/12 2682/15
THINKING [2] 2563/4 2684/23
THIRD [1] 2682/18
THIS [364]

THOMAS [1] 2533/3
THOSE [55] 2537/7 2541/4 2542/7
2546/4 2551/16 2571/24 2579/10
2579/25 2582/13 2582/19 2584/13
2586/16 2586/17 2586/18 2588/20
2590/4 2595/10 2597/18 2604/8 2607/15
2615/7 2616/16 2618/10 2618/12
2618/17 2619/17 2619/20 2620/14
2620/17 2620/22 2623/10 2624/20
2624/20 2624/21 2626/10 2626/25
2630/5 2630/23 2633/11 2650/21
2650/23 2661/13 2664/3 2664/5 2664/14
2665/25 2672/4 2672/14 2673/4 2674/23
2676/2 2677/21 2682/4 2682/17 2682/18
THOSE AREAS [1] 2571/24
THOUGH [6] 2542/25 2582/15 2598/15
2629/4 2651/2 2669/4
THOUGHT [19] 2537/6 2546/11 2564/17
2573/13 2589/8 2591/6 2593/1 2593/14
2594/20 2607/8 2638/4 2642/5 2649/2
2651/24 2664/12 2671/4 2675/3 2680/11
2682/13
THOUSAND [1] 2677/9
THOUSANDS [1] 2648/21
THOUSANDTHS [1] 2561/4
THREE [10] 2540/23 2541/4 2548/8
2580/21 2580/22 2581/3 2614/4 2650/1
2657/17 2663/17
THREE-DIMENSIONAL [1] 2650/1
THRESHOLD [6] 2543/20 2643/24
2648/25 2653/10 2657/18 2668/4
THRESHOLDS [5] 2643/6 2648/17
2648/20 2648/21 2657/16
THREW [1] 2583/1
THROUGH [33] 2549/19 2550/10
2550/20 2551/15 2553/17 2558/5
2559/17 2563/2 2563/6 2565/7 2567/15
2567/25 2568/18 2569/8 2572/11 2574/6
2605/16 2619/11 2619/16 2620/10
2627/25 2634/9 2639/13 2639/19
2649/15 2650/9 2651/6 2651/8 2651/18
2666/17 2668/23 2670/19 2672/13
THUMB [1] 2670/19
TIME [146] 2537/19 2537/19 2541/14
2541/16 2541/22 2542/11 2543/2 2543/3
2543/8 2544/11 2544/16 2544/19
2549/18 2549/19 2549/25 2550/10
2550/20 2550/22 2551/8 2552/10
2552/11 2552/14 2552/22 2560/4 2560/4
2562/7 2563/6 2563/17 2568/13 2569/19
2570/10 2571/12 2574/23 2576/1
2576/12 2577/11 2578/21 2579/19
2582/22 2583/14 2583/16 2585/3 2585/9
2585/12 2585/14 2585/20 2585/21
2586/15 2586/16 2587/1 2587/6 2588/16
2588/16 2589/1 2589/7 2589/18 2590/1
2590/9 2590/11 2590/14 2590/14 2591/4
2591/8 2591/11 2591/13 2591/14
2592/15 2592/16 2593/4 2593/6 2593/11
2593/16 2593/20 2593/22 2593/24
2593/25 2594/1 2594/4 2594/4 2594/5
2594/8 2594/18 2594/19 2594/20
2594/21 2594/22 2594/24 2594/24
2595/10 2596/8 2596/12 2603/19
2608/22 2610/17 2610/24 2613/14
2613/15 2615/6 2615/12 2617/16
2634/18 2639/9 2639/10 2639/15
2642/17 2644/6 2649/18 2651/12
2651/15 2651/16 2651/20 2651/21
2652/2 2652/6 2652/8 2660/10 2667/9
2667/14 2669/22 2672/18 2673/2 2678/8
2678/8 2679/4 2680/20 2680/24 2681/19

**T**

TIME... [19] 2681/23 2682/1 2682/2
2682/3 2682/20 2682/21 2682/25 2683/5
2683/6 2683/7 2683/8 2683/17 2683/25
2684/4 2684/7 2684/8 2684/13 2684/17
2684/18
TIME-AVERAGED [1] 2585/3
TIMES [23] 2546/14 2548/19 2557/24
2560/10 2560/12 2561/10 2561/11
2562/8 2562/10 2564/5 2566/13 2580/21
2580/22 2580/24 2591/24 2603/20
2609/6 2609/7 2612/25 2657/6 2657/16
2657/19 2662/13
TINY [1] 2562/2
TMAX [1] 2542/15
TODAY [4] 2601/24 2612/20 2637/11
2667/17
TOE [21] 2576/5 2596/24 2606/1 2606/5
2616/2 2616/10 2631/14 2633/22 2634/5
2637/7 2637/8 2637/11 2637/13 2642/12
2642/14 2642/20 2657/23 2658/2 2658/5
2659/9 2659/13
TOGETHER [1] 2675/16
TOLD [30] 2551/20 2555/3 2557/23
2567/18 2567/19 2568/17 2588/4 2589/8
2608/7 2612/24 2625/23 2636/25 2642/5
2642/9 2644/10 2649/3 2663/1 2663/1
2663/3 2666/14 2667/7 2667/8 2667/10
2667/18 2667/19 2668/20 2668/22
2668/24 2682/24 2683/1
TOMORROW [3] 2685/5 2685/7 2685/8
TONI [4] 2534/20 2685/19 2685/22
2685/23
TOO [7] 2574/20 2579/20 2632/18
2635/7 2643/21 2651/22 2675/25
TOOK [5] 2541/15 2544/17 2591/18
2622/16 2677/6
TOP [33] 2540/4 2585/16 2588/10
2590/17 2594/3 2597/5 2597/21 2597/22
2603/10 2603/11 2603/12 2603/23
2604/9 2608/8 2608/9 2615/15 2634/8
2637/12 2643/23 2646/19 2646/21
2649/3 2649/14 2651/4 2651/6 2652/4
2653/14 2656/6 2660/6 2660/18 2666/10
2666/12 2683/7
TOPS [1] 2636/14
TORN [1] 2634/20
TORTS [1] 2534/10
TOTAL [2] 2665/12 2665/13
TOTALLY [2] 2621/9 2621/10
TOUCHES [1] 2614/6
TOWARD [2] 2592/6 2616/24
TOWARDS [1] 2632/6
TRACES [2] 2631/12 2632/15
TRACK [2] 2609/4 2645/6
TRADITION [1] 2648/10
TRANSCRIPT [3] 2534/24 2536/23
2685/20
TRANSITIONS [2] 2606/3 2657/20
TRANSLATE [2] 2562/25 2593/22
TRANSPORTED [2] 2631/12 2634/22
TRAVELING [4] 2590/7 2608/3 2628/7
2639/3
TREAT [1] 2584/2
TREATING [1] 2650/2
TREMENDOUS [1] 2634/21
TRIAL [2] 2532/10 2536/23
TRIED [1] 2639/5
TRIGGER [3] 2644/1 2652/14 2660/15
TRIGGERED [2] 2638/8 2658/4
TROUBLE [1] 2622/1
TROUGHS [1] 2607/12

TRUE [36] 2551/5 2572/16 2581/22
2582/6 2596/21 2604/21 2605/6 2616/22
2619/21 2624/4 2627/23 2635/20
2637/25 2639/21 2644/23 2644/8
2648/13 2649/16 2653/8 2653/9 2654/1
2656/7 2658/20 2664/17 2673/16
2673/25 2674/5 2674/6 2676/1 2678/9
2679/5 2680/22 2681/20 2684/5 2684/22
2685/20
TRUST [4] 2574/3 2574/3 2657/10
2675/20
TRY [10] 2536/13 2566/23 2574/4
2584/3 2587/14 2597/11 2615/11
2635/18 2635/19 2644/18
TRYING [26] 2550/9 2555/20 2557/21
2558/23 2559/3 2559/13 2559/19 2565/9
2565/11 2566/22 2576/19 2583/9
2583/22 2592/22 2593/11 2601/7 2606/4
2618/7 2642/21 2653/1 2653/2 2653/19
2655/15 2670/19 2671/17 2673/3
TURBULENCE [3] 2606/2 2616/18
2633/23
TURBULENT [2] 2595/14 2597/2
TURF [45] 2536/19 2538/3 2538/5
2541/18 2541/24 2542/20 2543/7
2546/23 2547/25 2548/1 2548/1 2550/8
2550/18 2550/20 2550/21 2550/24
2551/4 2551/19 2551/24 2551/24
2552/12 2552/13 2552/15 2552/17
2552/24 2553/6 2554/19 2554/20
2554/21 2554/22 2554/23 2554/24
2556/1 2556/11 2566/9 2566/16 2567/15
2568/5 2570/16 2570/19 2571/2 2572/12
2572/13 2582/20 2640/10
TURN [1] 2604/10
TURNING [1] 2595/13
TUSA [4] 2534/20 2685/19 2685/22
2685/23
TWICE [3] 2566/13 2662/24 2663/9
TWO [23] 2555/21 2566/6 2567/16
2576/1 2578/1 2579/4 2579/5 2579/9
2579/10 2579/17 2580/19 2580/22
2580/23 2580/24 2581/3 2587/25 2615/7
2615/12 2636/16 2655/23 2663/8 2664/8
2682/18
TYPE [13] 2545/2 2558/1 2575/19
2581/9 2583/21 2629/20 2630/23
2631/18 2635/6 2638/12 2639/18 2647/9
2677/6
TYPES [1] 2624/24
TYPICALLY [1] 2614/1

**U**

U.S [1] 2534/9
ULTIMATE [1] 2674/12
ULTIMATELY [2] 2568/24 2674/4
UNABLE [1] 2615/12
UNCERTAINTY [4] 2648/17 2648/22
2657/3 2682/15
UNDER [14] 2554/24 2569/10 2578/4
2579/23 2580/11 2584/8 2597/15
2597/22 2597/23 2625/10 2653/4
2666/24 2667/17 2681/18
UNDERLAYING [1] 2658/9
UNDERLYING [1] 2582/20
UNDERNEATH [1] 2598/15
UNDERSTAND [23] 2543/17 2551/22
2551/23 2559/9 2563/14 2564/22 2586/3
2589/21 2592/11 2592/21 2596/18
2600/2 2600/10 2603/3 2603/4 2614/17
2618/8 2623/5 2625/5 2625/22 2627/3
2628/14 2680/5
UNDERSTANDING [7] 2615/6 2615/9

2615/11 2619/22 2647/22 2677/12
2683/23
UNDERSTOOD [2] 2577/19 2683/24
UNDERWATER [1] 2597/8
UNEQUIVOCAL [1] 2626/4
UNGRASS [1] 2573/16
UNGRASS-COVERED [1] 2573/16
UNHEALTHY [1] 2646/21
UNIT [5] 2609/8 2613/15 2652/5 2654/12
2683/22
UNITED [5] 2532/1 2532/7 2532/11
2572/15 2685/19
UNITED STATES [1] 2572/15
UNITS [1] 2614/4
UNLESS [1] 2601/12
UNLIKELY [1] 2631/19
UNTIL [5] 2574/22 2590/9 2605/17
2611/19 2669/16
UP [58] 2536/15 2539/2 2540/6 2544/19
2546/12 2550/11 2553/13 2555/1
2568/15 2569/10 2573/10 2575/6
2575/16 2576/17 2576/22 2577/9
2577/25 2587/11 2590/20 2591/1
2591/23 2594/23 2595/13 2597/7 2598/4
2598/6 2598/10 2598/12 2598/20
2598/21 2603/1 2606/22 2616/11
2621/12 2622/1 2628/15 2634/16 2635/5
2635/9 2641/8 2641/23 2642/3 2642/5
2645/18 2652/4 2659/8 2663/23 2663/23
2667/5 2670/4 2670/5 2670/6 2676/14
2678/6 2679/16 2682/2 2684/14 2685/9
UPLIFT [1] 2597/24
UPON [23] 2536/19 2539/17 2540/11
2543/11 2544/25 2571/11 2572/10
2586/7 2587/12 2592/2 2601/3 2604/3
2607/14 2610/5 2612/9 2618/8 2618/9
2627/17 2643/22 2664/17 2683/6
2684/12 2684/13
UPPER [3] 2607/4 2631/18 2658/23
UPPER-TYPE [1] 2631/18
UPRUSH [6] 2588/15 2588/15 2588/18
2588/22 2590/24 2594/13
UPSLOPE [1] 2588/17
UPWARDS [1] 2588/25
US [65] 2540/19 2544/24 2545/21
2546/6 2546/21 2551/20 2551/25
2552/22 2552/23 2555/3 2563/1 2567/18
2567/19 2568/17 2573/3 2581/15 2584/6
2588/4 2588/14 2588/24 2589/4 2589/8
2589/14 2589/15 2589/25 2590/12
2597/18 2598/14 2599/3 2600/3 2600/8
2600/22 2601/23 2603/2 2603/11 2608/7
2608/12 2612/24 2614/11 2614/19
2618/18 2619/10 2624/25 2625/23
2626/17 2626/19 2627/3 2628/19
2629/12 2636/12 2636/25 2640/4 2642/5
2642/9 2644/10 2649/3 2651/3 2652/13
2652/13 2663/1 2663/1 2663/3 2667/9
2667/10 2682/24
USE [50] 2542/23 2542/24 2543/1
2543/1 2543/5 2543/6 2543/12 2543/14
2543/23 2543/25 2544/3 2545/4 2545/18
2545/19 2553/2 2562/7 2564/5 2567/18
2567/23 2573/7 2574/1 2576/19 2579/24
2583/24 2584/4 2584/23 2587/14
2612/2 2613/16 2614/2 2623/23 2644/4
2644/24 2645/2 2660/11 2661/21 2662/5
2662/6 2662/23 2662/24 2666/13
2666/14 2666/15 2666/18 2666/22
2667/19 2673/9 2673/9 2673/22 2683/4
USED [55] 2539/15 2540/5 2540/8
2542/2 2542/5 2544/10 2545/5 2545/9
2545/10 2545/10 2546/4 2548/6 2548/9

**U**

USED... [42]  2548/17 2560/22 2564/6
2564/18 2564/19 2564/21 2567/14
2582/12 2591/12 2611/8 2614/3 2623/24
2627/14 2642/13 2643/21 2643/24
2643/25 2652/16 2653/6 2653/9 2653/13
2653/15 2654/1 2654/5 2654/6 2654/6
2654/25 2656/2 2656/4 2656/5 2656/11
2657/13 2659/23 2660/4 2660/14 2671/4
2671/15 2671/17 2672/9 2673/8 2674/16
2674/22
USEFUL [1]  2669/9
USES [2]  2654/23 2656/4
USING [26]  2545/3 2546/7 2548/16
2551/2 2552/9 2552/23 2554/12 2558/2
2558/3 2558/24 2559/12 2560/23
2562/16 2563/23 2564/2 2564/4 2564/11
2564/13 2564/17 2569/16 2569/19
2569/20 2569/23 2581/3 2586/12 2595/5
USUAL [1]  2681/4
USUALLY [1]  2646/16
UTC [12]  2585/8 2589/15 2590/9
2590/11 2590/14 2591/4 2591/14
2592/15 2593/1 2593/19 2593/20
2594/25
UTILIZED [1]  2566/20
UTILIZING [1]  2626/7

**V**

VALUE [16]  2546/9 2546/10 2546/13
2546/15 2548/18 2569/12 2573/13
2579/20 2581/17 2584/18 2628/10
2648/5 2648/17 2655/3 2662/23 2670/21
VALUES [16]  2540/23 2542/16 2548/8
2548/15 2580/23 2582/13 2648/4
2648/25 2654/5 2657/2 2657/6 2663/17
2663/18 2665/25 2672/14 2674/23
VARIABILITIES [1]  2677/19
VARIABILITY [4]  2675/23 2677/4 2677/8
2677/13
VARIABLE [4]  2541/3 2541/18 2541/24
2555/12
VARIABLES [2]  2561/17 2618/11
VARIES [2]  2683/19 2683/23
VARIOUS [3]  2619/2 2632/6 2645/5
VARY [3]  2560/4 2588/20 2683/19
VARYING [3]  2590/20 2570/3 2660/22
VAST [1]  2604/3
VEGETATION [4]  2616/7 2617/15
2646/19 2646/22
VELOCITIES [34]  2585/4 2585/15
2585/16 2585/25 2585/23 2586/12
2586/17 2587/9 2588/5 2588/20 2588/23
2588/24 2589/4 2589/12 2590/5 2590/22
2592/19 2594/11 2594/13 2595/8
2596/25 2599/21 2600/17 2600/18
2601/3 2603/17 2608/21 2609/14
2610/18 2612/6 2618/9 2618/13 2618/14
2618/17
VELOCITY [46]  2544/25 2585/12
2585/13 2585/25 2586/18 2586/25
2587/2 2587/4 2588/15 2588/18 2588/18
2588/19 2589/9 2589/19 2591/15
2597/20 2598/7 2598/10 2598/16
2598/18 2602/8 2607/19 2608/23 2609/2
2609/6 2609/7 2609/15 2609/19 2609/19
2609/20 2610/1 2610/5 2610/5 2610/20
2611/14 2611/16 2612/9 2612/25 2613/1
2613/5 2614/9 2615/14 2618/16 2618/19
2643/22 2647/3
VELOCITY'S [1]  2608/25
VELOCITY-BASED [1]  2613/5

VERSUS [3]  2532/6 2563/24 2649/19
VERTICAL [4]  2551/10 2550/11
2550/24 2651/3
VERY [46]  2553/3 2553/23 2553/24
2554/13 2559/5 2568/14 2573/13
2575/16 2582/12 2583/23 2584/1 2584/6
2585/16 2594/23 2598/20 2599/15
2607/8 2623/3 2627/20 2630/1 2630/1
2630/20 2630/25 2631/18 2632/7
2636/20 2637/11 2638/12 2639/6
2639/12 2639/22 2640/12 2640/14
2642/11 2645/21 2645/22 2648/7
2655/10 2658/11 2658/16 2658/17
2672/10 2673/9 2676/9 2677/20 2685/12
VIABLE [1]  2649/17
VICINITY [4]  2626/13 2628/25 2630/25
2634/2
VICTOR [1]  2533/24
VIDEO [24]  2596/23 2605/4 2605/7
2605/12 2607/7 2607/10 2607/13
2619/24 2622/4 2622/4 2622/10 2622/14
2622/20 2623/10 2628/2 2628/3 2628/4
2629/9 2629/13 2629/15 2635/23 2639/3
2641/5 2642/1
VIDEOS [1]  2622/7
VIDEOTAPE [7]  2595/17 2619/20
2619/23 2620/4 2621/14 2623/4 2623/7
VIDEOTAPES [3]  2620/1 2620/2
2621/15
VIEW [3]  2624/8 2675/9 2675/10
VIII [1]  2574/5
VISSER [2]  2573/1 2578/17
VOLUME [10]  2532/10 2613/3 2613/4
2613/13 2613/14 2613/15 2619/1
2643/23 2649/15 2666/9
VOLUME-BASED [1]  2613/4
VOLUMES [2]  2659/24 2660/5
VOLUMETRIC [4]  2613/1 2614/25
2617/12 2617/18
VORTICES [2]  2616/14 2616/16
VULNERABLE [1]  2647/2

**W**

WAIT [5]  2556/23 2561/11 2601/8
2664/5 2669/16
WALK [1]  2551/15
WALL [5]  2640/17 2640/25 2641/2
2641/4 2666/24
WALLS [1]  2620/12
WALTER [1]  2533/12
WANT [35]  2543/5 2543/6 2543/13
2543/18 2543/19 2545/2 2549/18
2549/19 2556/23 2558/19 2559/2
2568/18 2571/7 2577/2 2577/7 2583/4
2583/23 2584/10 2585/23 2595/22
2596/1 2596/5 2608/12 2612/12 2627/25
2628/11 2632/22 2633/13 2642/3
2666/14 2668/23 2670/5 2675/18
2675/21 2679/19
WANTED [7]  2544/12 2544/20 2547/21
2552/12 2579/20 2611/2 2625/6
WANTS [4]  2551/6 2551/23 2635/17
2670/7
WARREN [1]  2534/6
WAS [156]
WASHINGTON [1]  2534/18
WASN'T [4]  2550/25 2570/21 2591/15
2644/6
WATCHING [1]  2623/12
WATER [127]  2545/1 2574/12 2574/14
2574/18 2574/23 2575/3 2575/6 2575/8
2575/15 2575/16 2575/21 2577/15
2585/15 2586/1 2589/5 2589/22 2590/6
2594/22 2595/2 2595/7 2595/13 2595/24

2596/8 2596/16 2596/22 2598/15
2605/10 2606/23 2606/7 2606/25
2606/7 2606/15 2606/20 2606/22
2607/15 2608/3 2608/8 2608/9 2608/10
2608/12 2609/5 2609/21 2609/22 2610/1
2610/5 2612/21 2612/22 2614/6 2614/7
2614/11 2614/14 2614/19 2614/25
2615/7 2616/3 2617/8 2617/9 2617/18
2618/2 2618/3 2631/6 2634/1 2634/9
2634/11 2634/12 2634/15 2634/17
2635/1 2637/12 2639/16 2643/23 2648/6
2648/24 2649/5 2649/5 2649/6 2649/8
2649/9 2649/15 2650/4 2650/5 2650/7
2650/8 2650/10 2650/21 2651/3 2651/8
2651/13 2651/20 2651/21 2652/2 2652/5
2657/24 2657/25 2658/1 2660/6 2660/12
2660/18 2665/12 2665/13 2666/10
2666/12 2672/13 2678/9 2678/21
2678/25 2679/5 2679/7 2679/22 2679/23
2680/9 2680/18 2680/21 2680/25
2681/19 2682/3 2682/8 2682/20 2683/6
2683/7 2683/18 2683/21 2684/4 2684/8
2684/12 2684/14 2684/18
WATER'S [5]  2589/10 2590/16 2596/22
2609/24 2652/3
WATERFALLS [1]  2616/20
WAVE [109]  2536/24 2537/8 2539/3
2540/13 2540/22 2542/23 2544/6
2546/18 2547/7 2547/24 2557/10
2557/18 2560/2 2560/4 2560/24 2562/16
2563/23 2563/24 2564/2 2567/8 2568/3
2568/13 2569/5 2569/9 2569/20 2570/2
2570/3 2571/11 2573/14 2573/19
2574/13 2574/14 2574/19 2576/2 2576/3
2577/21 2577/25 2578/5 2579/23 2581/9
2581/10 2581/22 2582/2 2585/23 2586/7
2586/25 2588/16 2588/16 2588/19
2588/20 2596/10 2596/17 2598/4 2598/7
2598/11 2599/20 2600/16 2601/2 2601/2
2602/1 2602/10 2602/11 2603/1 2603/1
2603/3 2603/12 2603/24 2603/25 2604/4
2604/6 2604/7 2604/9 2605/3 2605/24
2605/25 2607/9 2607/10 2608/6 2608/6
2608/8 2611/16 2617/8 2617/23 2621/4
2626/9 2629/5 2629/19 2634/7 2636/14
2638/6 2638/18 2640/16 2646/2 2646/15
2646/16 2648/6 2649/10 2651/4 2651/9
2651/14 2651/16 2652/17 2652/20
2653/3 2653/4 2655/22 2655/23 2666/10
2680/19
WAVE'S [1]  2597/2
WAVE-INDUCED [3]  2629/19 2636/14
2638/18
WAVES [36]  2539/2 2539/5 2539/9
2539/17 2560/17 2570/16 2571/1 2578/1
2588/21 2588/22 2590/3 2594/16
2596/13 2597/16 2603/9 2603/10
2605/22 2606/6 2606/8 2606/9 2606/16
2606/17 2606/21 2606/24 2607/3 2607/4
2607/15 2607/16 2618/1 2618/9 2639/10
2649/12 2649/13 2653/7 2653/14 2654/4
WAY [29]  2538/16 2560/16 2565/4
2566/11 2566/14 2566/22 2568/21
2568/22 2568/24 2569/2 2574/19
2608/15 2610/9 2610/10 2610/11 2611/6
2615/9 2629/2 2632/22 2634/19 2644/2
2652/20 2653/2 2655/21 2658/22 2672/7
2675/25 2678/10 2682/16
WAYS [1]  2598/19
WE [388]
WE'D [2]  2551/14 2596/16
WE'LL [19]  2542/9 2544/1 2565/20
2565/20 2569/10 2576/2 2578/21

**W**

WE'LL... [12] 2579/24 2592/14 2613/24 2635/18 2635/19 2635/21 2635/22 2646/10 2655/11 2655/21 2662/8 2678/14
WE'RE [59] 2538/4 2542/12 2544/3 2546/7 2549/11 2557/20 2557/21 2559/13 2563/12 2564/2 2564/4 2564/13 2565/9 2565/11 2565/22 2565/23 2567/5 2567/13 2568/23 2570/11 2577/8 2577/17 2577/17 2577/18 2578/11 2583/25 2588/1 2588/7 2588/24 2591/2 2591/4 2591/13 2591/16 2592/7 2593/6 2593/19 2596/4 2600/2 2600/3 2600/8 2608/1 2609/2 2615/12 2621/15 2628/3 2628/7 2628/17 2629/10 2635/23 2639/3 2648/18 2657/2 2662/2 2662/11 2664/10 2670/20 2674/24 2683/21 2685/14
WE'VE [30] 2554/6 2567/1 2567/8 2570/15 2570/25 2571/12 2576/3 2577/24 2590/21 2596/12 2606/14 2611/4 2611/4 2611/6 2617/11 2619/9 2621/13 2621/13 2621/16 2622/15 2627/24 2628/18 2633/2 2636/2 2640/21 2641/22 2650/2 2675/5 2676/6 2679/22
WEAKER [2] 2617/15 2617/15
WEIGHTED [7] 2668/12 2670/22 2670/25 2671/10 2671/11 2672/5 2674/3
WELL [78] 2537/4 2537/24 2538/23 2540/21 2541/5 2541/7 2541/11 2542/12 2543/11 2543/24 2544/1 2545/9 2549/15 2549/17 2552/3 2553/10 2554/14 2556/25 2558/19 2565/3 2570/10 2573/13 2573/17 2582/7 2584/19 2586/3 2586/24 2587/17 2594/17 2594/17 2595/16 2595/25 2605/15 2606/5 2608/17 2609/15 2610/19 2611/24 2612/14 2614/9 2616/2 2617/11 2618/15 2623/3 2624/5 2624/6 2624/17 2625/23 2629/9 2630/13 2632/17 2636/24 2641/20 2642/7 2643/17 2644/1 2644/4 2644/15 2646/19 2656/25 2659/8 2661/21 2662/16 2664/24 2668/17 2669/11 2671/10 2671/14 2672/1 2672/9 2673/9 2674/7 2675/10 2676/9 2681/15 2683/1 2683/9 2683/17
WELL-ESTABLISHED [1] 2646/19
WELL-FORMED [1] 2636/24
WENT [2] 2572/11 2587/5
WERE [64] 2536/13 2536/14 2536/17 2537/11 2538/2 2554/22 2558/5 2570/22 2571/1 2571/11 2572/15 2573/6 2573/16 2574/16 2575/2 2581/3 2582/13 2586/19 2587/4 2593/1 2603/18 2607/10 2612/8 2619/20 2619/23 2620/21 2620/23 2620/24 2621/2 2623/3 2624/6 2624/14 2624/14 2624/17 2624/22 2630/16 2631/1 2631/8 2631/10 2631/15 2631/20 2648/20 2649/21 2649/24 2650/12 2650/14 2651/24 2653/14 2654/5 2657/5 2657/15 2658/15 2658/22 2664/20 2664/24 2664/25 2665/20 2666/1 2671/4 2674/17 2677/15 2677/21 2679/8 2681/12
WEREN'T [1] 2624/1
WETLANDS [3] 2652/5 2682/3 2683/22
WHAT [230]
WHAT WE [1] 2565/25
WHAT'S [22] 2560/6 2577/22 2590/21 2594/15 2595/19 2595/23 2596/5 2596/21 2597/6 2597/7 2609/11 2615/22 2616/6 2616/6 2617/5 2617/24 2630/1

2650/4 2656/25 2660/21 2679/15 2683/21
WHATEVER [5] 2543/2 2544/1 2640/8 2683/24 2684/3
WHATSOEVER [2] 2543/16 2624/2
WHEN [52] 2536/13 2537/6 2542/2 2544/5 2552/6 2558/5 2572/2 2582/17 2582/21 2583/22 2584/5 2584/8 2584/13 2588/18 2589/1 2595/6 2597/1 2597/13 2597/20 2598/4 2599/11 2600/5 2604/10 2606/7 2606/14 2608/5 2608/6 2610/4 2614/14 2626/21 2630/16 2633/18 2633/22 2634/11 2634/14 2634/14 2635/1 2638/10 2639/7 2639/16 2642/21 2643/22 2649/5 2649/8 2650/9 2651/20 2653/7 2660/12 2660/14 2660/15 2672/20 2683/21
WHERE [100] 2536/13 2536/18 2538/4 2540/3 2541/12 2541/14 2542/4 2546/2 2547/1 2547/4 2547/5 2548/23 2550/22 2554/15 2557/1 2557/3 2565/18 2570/19 2570/21 2574/16 2575/6 2576/17 2578/25 2582/5 2592/21 2595/5 2596/8 2596/12 2601/11 2602/2 2603/23 2606/2 2608/19 2608/21 2609/13 2614/6 2614/7 2615/15 2615/19 2615/21 2616/14 2617/14 2617/15 2617/22 2618/5 2618/8 2618/11 2618/15 2618/18 2618/23 2619/14 2619/23 2620/5 2620/22 2620/24 2621/1 2621/8 2621/10 2621/20 2623/15 2624/17 2625/24 2628/4 2628/5 2629/4 2630/8 2630/24 2633/9 2637/4 2637/13 2638/17 2639/6 2639/9 2639/18 2640/6 2640/12 2640/13 2641/2 2642/13 2642/13 2642/24 2642/18 2649/6 2649/11 2649/22 2649/25 2651/13 2653/3 2657/23 2658/1 2658/23 2661/17 2662/15 2668/2 2670/2 2675/1 2683/6 2683/20 2683/23 2684/4
WHERE'S [1] 2631/23
WHEREIN [1] 2667/4
WHEREUPON [4] 2536/9 2591/18 2683/13 2685/16
WHEREVER [3] 2616/2 2616/13 2684/8
WHETHER [19] 2544/7 2550/23 2552/12 2570/13 2584/17 2616/7 2618/17 2619/10 2621/3 2626/19 2627/7 2634/7 2648/17 2648/22 2651/3 2651/7 2657/4 2671/4 2672/7
WHETHER I [1] 2671/4
WHICH [92] 2536/15 2537/8 2539/9 2539/15 2540/13 2541/22 2543/8 2543/20 2545/25 2546/7 2547/8 2550/7 2553/1 2554/8 2554/9 2555/5 2555/11 2556/6 2562/17 2567/9 2567/11 2569/15 2571/11 2574/5 2576/2 2578/1 2579/2 2580/2 2581/6 2585/8 2589/15 2590/6 2591/11 2591/14 2592/15 2592/15 2592/25 2593/1 2593/22 2594/4 2594/17 2594/19 2599/4 2599/20 2600/19 2600/20 2602/8 2606/3 2610/7 2610/21 2612/9 2614/12 2614/21 2618/11 2621/3 2622/25 2623/10 2624/19 2633/6 2636/7 2637/11 2637/23 2638/16 2642/12 2652/2 2656/8 2656/13 2658/8 2658/21 2658/24 2660/11 2666/16 2667/20 2668/5 2670/17 2672/12 2672/13 2673/7 2674/5 2675/15 2676/6 2676/7 2676/8 2678/10 2678/11 2682/1 2682/16 2682/19 2682/24 2683/18 2684/14 2684/23
WHILE [2] 2632/25 2648/22
WHITE [4] 2635/7 2635/9 2635/11

2641/13
2672/17 2684/21
WHO [6] 2587/23 2597/18 2620/8 2623/22 2647/20 2654/23
WHO'S [1] 2646/7
WHOLE [6] 2549/8 2553/17 2590/6 2623/6 2651/8 2670/14
WHOSE [1] 2565/18
WHY [13] 2552/3 2564/15 2582/1 2593/18 2598/8 2605/8 2615/3 2615/5 2617/11 2628/19 2642/6 2661/19 2665/5
WIDE [1] 2677/19
WILL [32] 2539/2 2539/6 2539/10 2544/2 2547/7 2547/12 2547/24 2553/12 2560/11 2562/23 2576/10 2579/23 2594/10 2602/17 2606/17 2614/12 2622/25 2623/13 2629/21 2632/23 2635/21 2641/7 2644/20 2648/16 2655/11 2656/18 2657/22 2658/10 2669/1 2678/25 2683/19 2685/8
WILLIAM [1] 2624/15
WINTER [1] 2575/19
WINTER-TYPE [1] 2575/19
WISH [2] 2593/8 2593/10
WITHIN [7] 2588/21 2601/14 2601/15 2608/10 2663/2 2677/7 2677/8
WITHOUT [13] 2544/17 2550/4 2552/7 2558/24 2560/18 2586/18 2596/14 2610/6 2632/13 2640/5 2640/7 2646/2 2646/13
WITNESS [10] 2556/19 2556/21 2565/24 2583/11 2605/14 2612/14 2655/11 2684/23 2685/2 2685/9
WL [1] 2602/17
WLN4 [1] 2600/21
WON'T [3] 2544/2 2563/14 2674/9
WOODCOCK [1] 2534/17
WORD [1] 2655/25
WORDS [8] 2560/13 2584/13 2614/7 2617/7 2627/4 2634/14 2673/4 2679/6
WORK [11] 2571/19 2586/24 2601/10 2603/7 2615/10 2627/21 2642/17 2645/1 2645/7 2646/4 2652/24
WORKING [5] 2567/1 2567/8 2576/3 2634/4 2646/6
WORKS [7] 2617/2 2643/17 2643/19 2643/20 2652/22 2654/23 2668/6
WORLD [1] 2559/25
WORTH [1] 2560/2
WOULD [211]
WOULDN'T [5] 2630/21 2631/17 2631/20 2640/2 2642/6
WRAP [1] 2678/6
WRIGHT [1] 2533/5
WRITE [5] 2544/15 2561/2 2568/20 2667/3 2667/6
WRONG [16] 2577/4 2592/23 2657/14 2672/2 2673/8 2673/14 2673/16 2673/17 2673/19 2673/24 2673/25 2674/4 2674/5 2674/5 2674/6 2683/16
WROTE [1] 2647/20

**X**

X-AXIS [1] 2600/1
XEROX [1] 2635/19

**Y**

Y-AXIS [1] 2600/1
YEAH [48] 2537/23 2538/6 2539/24 2540/4 2541/10 2542/19 2545/24 2546/13 2546/23 2548/18 2550/9 2552/7 2556/9 2564/10 2572/23 2574/16 2575/1 2575/14 2578/8 2581/1 2581/17 2588/9

**Y**

YEAH... [26]  2590/18 2590/24 2591/6
2596/24 2598/18 2602/25 2613/10
2614/1 2628/24 2634/14 2635/4 2635/9
2637/15 2637/19 2639/5 2643/5 2646/24
2647/22 2649/24 2652/7 2661/3 2670/25
2671/13 2671/21 2673/3 2673/20
YEARS [1]  2655/23
YES [53]  2536/5 2537/14 2549/3
2551/14 2568/8 2572/5 2574/11 2576/5
2579/12 2586/23 2599/13 2600/15
2605/5 2608/21 2609/16 2619/18 2622/9
2622/12 2625/11 2628/15 2628/19
2629/13 2633/14 2636/2 2636/5 2636/9
2641/7 2643/20 2643/24 2645/21
2645/23 2645/25 2649/5 2650/14
2653/21 2653/23 2656/23 2657/7 2658/6
2658/21 2660/1 2661/2 2671/6 2671/22
2675/10 2676/2 2676/20 2678/20 2680/2
2681/4 2681/13 2683/2 2683/10
YESTERDAY [5]  2536/14 2540/25
2541/8 2541/10 2615/20
YET [6]  2593/15 2595/1 2595/2 2649/22
2650/22 2675/8
YORK [2]  2534/4 2534/4
YOU [611]
YOU'D [9]  2537/25 2554/3 2561/18
2563/8 2634/15 2634/15 2634/16
2680/10 2680/11
YOU'LL [11]  2553/10 2599/3 2616/19
2623/10 2625/1 2633/24 2639/12
2641/10 2656/16 2677/3 2685/5
YOU'RE [57]  2543/12 2543/17 2544/6
2544/12 2545/21 2545/22 2548/15
2556/10 2558/2 2559/12 2559/19
2561/25 2562/21 2562/22 2563/2 2564/5
2564/11 2564/24 2569/23 2570/6 2579/2
2579/10 2579/19 2582/19 2583/8
2585/16 2589/13 2590/2 2592/25
2593/11 2593/12 2601/11 2614/21
2619/16 2621/11 2622/8 2622/11
2623/15 2625/3 2625/22 2632/25
2634/12 2636/25 2637/13 2642/21
2649/10 2651/25 2657/16 2662/24
2663/6 2663/8 2665/2 2667/17 2681/3
2682/10 2684/7 2685/4
YOU'VE [27]  2542/24 2560/2 2560/10
2566/15 2566/20 2571/19 2572/8
2578/10 2598/9 2607/9 2608/8 2615/14
2618/13 2620/4 2621/1 2623/25 2624/20
2627/22 2634/8 2634/9 2650/23 2661/6
2663/1 2663/7 2666/9 2666/11 2675/11
YOUR [134]  2536/6 2536/17 2536/19
2536/23 2537/11 2538/5 2540/3 2540/8
2541/8 2543/19 2545/5 2545/11 2547/12
2548/5 2549/23 2551/9 2551/18 2552/5
2552/6 2552/21 2557/16 2557/17
2558/21 2559/1 2559/17 2560/6 2560/23
2562/16 2562/21 2563/4 2563/6 2563/16
2565/9 2566/15 2568/3 2570/4 2570/8
2571/9 2571/11 2572/25 2573/3 2573/7
2573/23 2574/2 2576/24 2578/14
2578/15 2580/2 2581/16 2581/21
2582/17 2583/10 2583/18 2584/22
2587/24 2591/2 2598/9 2599/24 2601/15
2604/3 2605/1 2605/10 2605/11 2606/12
2614/21 2617/22 2619/10 2619/11
2621/1 2621/18 2621/20 2623/10
2623/11 2623/14 2623/23 2624/25
2626/7 2626/21 2627/17 2627/22 2628/1
2630/7 2630/17 2631/8 2637/11 2638/22
2639/1 2643/4 2644/16 2646/8 2647/13

2650/17 2653/25 2654/2 2654/8 2657/12
2659/10 2660/1 2661/8 2661/25 2662/5
2662/9 2663/8 2664/17 2665/7 2665/16
2666/18 2667/3 2667/6 2667/9 2667/10
2667/14 2667/17 2668/2 2668/10
2669/11 2669/22 2670/16 2672/5 2673/2
2673/18 2674/10 2674/11 2675/6 2678/2
2679/1 2679/13 2679/15 2680/18
2680/21 2681/19 2683/4 2683/5 2684/11
YOUR CALCULATION [1]  2563/6
YOUR HONOR [13]  2536/6 2576/24
2583/10 2599/24 2605/1 2605/10
2605/11 2621/20 2623/10 2630/7 2646/8
2661/2 2679/13
YOURS [3]  2564/10 2564/16 2659/17

**Z**

ZONE [1]  2640/23