1                  UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF LOUISIANA

3

4

5   NORMAN ROBINSON, ET AL          *   DOCKET 06-CV-2268-K
                                    *
6   VERSUS                          *   NEW ORLEANS, LOUISIANA
                                    *
7   UNITED STATES OF AMERICA, ET AL *   MAY 6, 2009
    * * * * * * * * * * * * * * * * *

8

9

10                  VOLUME 13 - AFTERNOON SESSION
                    TRIAL PROCEEDINGS BEFORE THE
11              HONORABLE STANWOOD R. DUVAL JR.
                    UNITED STATES DISTRICT JUDGE

12

13
    APPEARANCES:
14

15  FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                               BY:  PIERCE O'DONNELL, ESQ.
16                             550 SOUTH HOPE STREET, SUITE 1000
                               LOS ANGELES, CALIFORNIA 90071
17

18  FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                               BY:  JOSEPH M. BRUNO, ESQ.
19                                  L. SCOTT JOANEN, ESQ.
                               855 BARONNE STREET
20                             NEW ORLEANS, LOUISIANA 70113

21
    FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                             BY:  JONATHAN B. ANDRY, ESQ.
                                    KEA SHERMAN, ESQ.
23                             610 BARONNE STREET
                               NEW ORLEANS, LOUISIANA 70113
24

25

                          FINAL DAILY COPY

1    APPEARANCES (CONTINUED):

2
     FOR THE PLAINTIFFS:          BARON & BUDD, PC
3                                 BY:  THOMAS SIMS, ESQ.
                                  3102 OAK LAWN AVENUE, SUITE 1100
4                                 DALLAS, TEXAS 75219

5
     FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
6                                 BY:  JAMES P. ROY, ESQ.
                                  556 JEFFERSON STREET, SUITE 500
7                                 POST OFFICE BOX 3668
                                  LAFAYETTE, LOUISIANA 70502
8

9    FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
                                  BY:  FRANK C. DUDENHEFER JR., ESQ.
10                                601 POYDRAS STREET, SUITE 2655
                                  NEW ORLEANS, LOUISIANA 70130
11

12   FOR THE PLAINTIFFS:          DUMAS & ASSOCIATES LAW FIRM, LLC
                                  BY:  WALTER C. DUMAS, ESQ.
13                                LAWYER'S COMPLEX
                                  1261 GOVERNMENT STREET
14                                POST OFFICE BOX 1366
                                  BATON ROUGE, LOUISIANA 70821
15

16   FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT
                                  BY:  CALVIN C. FAYARD JR., ESQ.
17                                519 FLORIDA AVENUE S.W.
                                  DENHAM SPRINGS, LOUISIANA 70726
18

19   FOR THE PLAINTIFFS:          MICHAEL C. PALMINTIER, A PLC
                                  BY:  MICHAEL C. PALMINTIER, ESQ.
20                                     JOSHUA M. PALMINTIER, ESQ.
                                  618 MAIN STREET
21                                BATON ROUGE, LOUISIANA 70801

22
     FOR THE PLAINTIFFS:          LAW OFFICE OF ELWOOD C. STEVENS JR.,
23                                   A PLC
                                  BY:  ELWOOD C. STEVENS JR., ESQ.
24                                1205 VICTOR II BOULEVARD
                                  POST OFFICE BOX 2626
25                                MORGAN CITY, LOUISIANA 70381


                         FINAL DAILY COPY

1    APPEARANCES (CONTINUED):

2

3    FOR SUBROGATED INSURERS:    THE GILBERT FIRM
                                 BY:  ELISA T. GILBERT, ESQ.
                                      BRENDAN R. O'BRIEN, ESQ.
4                                325 EAST 57TH STREET
                                 NEW YORK, NEW YORK 10022

5

6    ALSO PRESENT FOR            J. ROBERT WARREN II, ESQ.
       PLAINTIFFS:               ASHLEY E. PHILEN, ESQ.
7                                MRGO LITIGATION GROUP
                                 600 CARONDELET STREET, SUITE 604
8                                NEW ORLEANS, LOUISIANA 70130

9

10   FOR THE DEFENDANT:          U.S. DEPARTMENT OF JUSTICE
                                 TORTS BRANCH, CIVIL DIVISION
                                 BY:  DANIEL M. BAEZA JR., ESQ.
11                                    JEFFREY PAUL EHRLICH, ESQ.
                                      TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                    MICHELE S. GREIF, ESQ.
                                      CONOR KELLS, ESQ.
13                                    PAUL MARC LEVINE, ESQ.
                                      JAMES F. MCCONNON JR., ESQ.
14                                    KARA K. MILLER, ESQ.
                                      RUPERT MITSCH, ESQ.
15                                    PETER G. MYER, ESQ.
                                      ROBIN D. SMITH, ESQ.
16                                    SARAH K. SOJA, ESQ.
                                      RICHARD R. STONE SR., ESQ.
17                                    JOHN WOODCOCK, ESQ.
                                 BENJAMIN FRANKLIN STATION
18                               P.O. BOX 888
                                 WASHINGTON, DC 20044

19

20   OFFICIAL COURT REPORTER:    TONI DOYLE TUSA, CCR, FCRR
                                 500 POYDRAS STREET, ROOM HB-406
21                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7778

22

23

24

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED BY COMPUTER.


                             FINAL DAILY COPY

1                               <u>I N D E X</u>

2                                                              <u>PAGE</u>

3     BRUCE EBERSOLE
           REDIRECT EXAMINATION                              2690
4
      STEVEN FITZGERALD
5          DIRECT EXAMINATION                                2724
           CROSS-EXAMINATION                                 2753
6          REDIRECT EXAMINATION                              2798

7     DONALD RESIO
           VOIR DIRE                                         2820
8          DIRECT EXAMINATION                                2822

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                              FINAL DAILY COPY

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 12:44 | 1  | **AFTERNOON SESSION**                                        |
| 12:50 | 2  | **(MAY 6, 2009)**                                            |
| 12:50 | 3  | **THE DEPUTY CLERK:** ALL RISE.                              |
| 12:50 | 4  | COURT IS IN SESSION. PLEASE BE SEATED.                       |
| 13:12 | 5  | **THE COURT:** GOOD AFTERNOON. I'M SORRY WE ARE A            |
| 13:12 | 6  | LITTLE LATE.                                                 |
| 13:12 | 7  | (WHEREUPON, **BRUCE EBERSOLE**, HAVING BEEN DULY SWORN,      |
| 13:12 | 8  | TESTIFIED AS FOLLOWS.)                                       |
| 13:12 | 9  | **MR. MITSCH:** WHAT I'D LIKE TO DO IS BRING UP THE          |
| 13:12 | 10 | VIDEO, PLEASE. YOUR HONOR, MR. BRUNO SHOWED A VIDEO YESTERDAY. |
| 13:12 | 11 | I WOULD LIKE TO SHOW THAT AGAIN AND THEN ASK MR. EBERSOLE A FEW |
| 13:12 | 12 | QUESTIONS.                                                   |
| 13:12 | 13 | **THE COURT:** YES, SIR.                                     |
|       | 14 | **REDIRECT EXAMINATION**                                     |
| 13:12 | 15 | BY MR. MITSCH:                                               |
| 13:12 | 16 | **Q.** MR. EBERSOLE, DO YOU RECOGNIZE THAT VIDEO?            |
| 13:13 | 17 | **A.** YES, I DO.                                            |
| 13:13 | 18 | **Q.** THAT WAS THE ONE YOU WERE SHOWN YESTERDAY BY MR. BRUNO; |
| 13:13 | 19 | RIGHT?                                                       |
| 13:13 | 20 | **A.** THAT'S CORRECT.                                       |
| 13:13 | 21 | **Q.** MR. BRUNO FOCUSED ON THE LIFTING OFF OF THAT MAT. I THINK |
| 13:13 | 22 | YOU CAN SEE THAT RIGHT NOW. DO YOU RECOLLECT THAT?           |
| 13:13 | 23 | **A.** CORRECT.                                              |
| 13:13 | 24 | **Q.** DID THAT LIFTING OFF OF THAT MAT HAVE ANYTHING TO DO WITH |
| 13:13 | 25 | EROSION AT THE TOE OF THE LEVEE?                             |

FINAL DAILY COPY

13:13    1   **A.**   NO, ABSOLUTELY NOTHING TO DO WITH EROSION AT THE TOE.

13:13    2   **Q.**   WOULD YOU TELL US WHY, PLEASE.

13:13    3   **A.**   WELL, I THINK I DESCRIBED THE LOADING SITUATION, ON WHY

13:13    4   THE MAT ROLLS UP, AND THAT'S NOT AT ALL HOW EROSION OCCURS ON

13:13    5   THE FRONT FACE, WHICH IS PREDOMINANTLY BY WAVE IMPACTS ON THE

13:13    6   SURFACE OF THE LEVEE BY BREAKING WAVES.  I THINK THE TELLTALE

13:13    7   PROOF OF THAT IS THE ABSOLUTE ABSENCE OF ANY INDICATIONS THAT

13:13    8   WAVES CAUSED SIGNIFICANT EROSION ON THE TOE OF THE LEVEE AS

13:13    9   SEEN IN THE SET OF 50 PHOTOS THAT I PROVIDED IN MY REPORT.

13:14   10   **Q.**   JUST SO THAT I UNDERSTAND, ARE YOU SAYING, THEN, THAT YOU

13:14   11   DIDN'T SEE ANY EROSION AT THE TOE OF THE LEVEE IN THE GROUP OF

13:14   12   PHOTOGRAPHS THAT YOU'VE SEEN OVER THE PAST TWO DAYS?  IS THAT

13:14   13   TRUE?

13:14   14   **A.**   DUE TO WAVE ACTION, THAT'S CORRECT.

13:14   15   **Q.**   IS THERE ANYTHING ELSE THAT YOU WANT TO ADD ABOUT THAT

13:14   16   VIDEO?

13:14   17   **A.**   NO.

13:14   18   **Q.**   WHAT I'D LIKE TO DO NOW IS GO TO PX-2138.2.  IF WE DON'T

13:15   19   HAVE IT, I HAVE IT HERE.  I CAN SHOW IT ON THE ELMO.

13:16   20        WHAT DOES THE BLUE LINE REPRESENT ON THAT?  JUST

13:16   21   POINT THAT OUT TO US WITH YOUR LASER POINTER.

13:16   22   **A.**   THE BLUE LINE WOULD BE THAT VERY DARKEST LINE, LIKE WHAT

13:16   23   WE SEE IN THAT PARTICULAR AREA.

13:16   24   **Q.**   YOU'RE RUNNING IT ALONG THE LENGTH OF REACH 2.  WHAT DOES

13:16   25   THAT BLUE LINE REPRESENT?

| Time | Line | Text |
|---|---|---|
| 13:16 | 1 | **A.**   THAT BLUE LINE IS OUR VERY BEST ESTIMATE OF WHAT THE LEVEE |
| 13:16 | 2 | OR WALL CREST ELEVATION IS ALONG THE ENTIRE LENGTH OF REACH 2. |
| 13:16 | 3 | **Q.**   IS THERE A RED LINE THERE TOO? |
| 13:16 | 4 | **A.**   YES, THERE IS. |
| 13:16 | 5 | **Q.**   WHAT DOES THAT REPRESENT? |
| 13:16 | 6 | **A.**   THAT RED LINE WAS DR. RESIO'S REPRESENTATION OF THE MEDIAN |
| 13:16 | 7 | ELEVATION OF THE LEVEE AND WALL SYSTEM ALONG THE LENGTH OF |
| 13:16 | 8 | REACH 2. |
| 13:16 | 9 | **Q.**   WHEN WE TALKED YESTERDAY AND THE DAY BEFORE ABOUT TABLE 6, |
| 13:16 | 10 | WHICH HAD LISTED YOUR MEAN OVERTOPPING RATES, THAT RED LINE |
| 13:17 | 11 | REPRESENTS THE MEAN LEVEE CREST ELEVATION IN THAT COLUMN; ISN'T |
| 13:17 | 12 | THAT CORRECT? |
| 13:17 | 13 | **A.**   CORRECT.  THE MEDIAN 50 PERCENT OVERTOPPING RATES WERE |
| 13:17 | 14 | BASED UPON THE ELEVATIONS SPECIFIED ALONG THAT RED LINE. |
| 13:17 | 15 | **Q.**   WE'RE GOING TO GET TO THAT TABLE IN A MOMENT.  MY QUESTION |
| 13:17 | 16 | NOW IS:  DOES THE BLUE LINE TRACK THE RED LINE? |
| 13:17 | 17 | **A.**   YES.  I BELIEVE IT TRACKS QUITE WELL OVER THE ENTIRE |
| 13:17 | 18 | LENGTH OF REACH 2. |
| 13:17 | 19 | **Q.**   NOW I WANT YOU TO POINT OUT THE AREAS WHERE THE LARGEST |
| 13:17 | 20 | BREACHES ARE. |
| 13:17 | 21 | **A.**   I WOULD SAY THAT WOULD BE ONE OF THE LARGER ONES. |
| 13:17 | 22 | **Q.**   OKAY.  LET'S START WITH THAT FIRST ONE THAT YOU JUST |
| 13:17 | 23 | POINTED OUT.  CLEAR IT AND JUST GO TO THE FIRST ONE. |
| 13:17 | 24 | **A.**   YOU CAN SEE IN THE VERY FIRST, THE VERY LARGEST OF THE |
| 13:17 | 25 | BREACH AREAS, THE BLUE AND THE RED MATCH EXTREMELY WELL WITHIN |

| | | |
|---|---|---|
| 13:17 | 1 | THAT BREACH AREA. |
| 13:17 | 2 | **Q.**   USE YOUR POINTER AND TELL US WHICH ONE THAT IS. |
| 13:18 | 3 | **A.**   THIS PARTICULAR VICINITY, THEY MATCH QUITE WELL. |
| 13:18 | 4 | **Q.**   OKAY. |
| 13:18 | 5 | **A.**   THEY MATCH QUITE WELL IN THAT BREACH.  THEY MATCH QUITE |
| 13:18 | 6 | WELL IN THAT BREACH.  THEY MATCH QUITE WELL IN THOSE TWO |
| 13:18 | 7 | BREACHES.  AND THEY MATCH QUITE WELL IN THOSE TWO BREACH AREAS. |
| 13:18 | 8 | **Q.**   WHAT I'D LIKE TO DO NOW IS GO TO TABLE 6 OF YOUR REPORT, |
| 13:18 | 9 | JX-211 AT 97, WHICH IS OUR SLIDE 40.  I WANT TO FOCUS ON THIS |
| 13:18 | 10 | COLUMN AND THIS COLUMN.  TELL US AGAIN, JUST FOR THE RECORD, |
| 13:19 | 11 | WHAT THOSE TWO COLUMNS REPRESENT. |
| 13:19 | 12 | **A.**   THE MEDIAN 50 PERCENT LEVEE CREST ELEVATION SHOWS THE |
| 13:19 | 13 | VARIATION ALONG THE LENGTH OF REACH 2 AND HOW THAT MEDIAN |
| 13:19 | 14 | 50 PERCENT ELEVATION VARIES AS A FUNCTION OF POSITION ALONG |
| 13:19 | 15 | REACH 2.  THE MEDIAN 50 PERCENT COLUMN UNDER THE OVERTOPPING |
| 13:19 | 16 | RATE INDICATES THE MAXIMUM OVERTOPPING RATE CORRESPONDING TO |
| 13:19 | 17 | EACH OF THOSE ELEVATIONS AND EACH OF THOSE POSITIONS ALONG |
| 13:19 | 18 | REACH 2. |
| 13:19 | 19 | **Q.**   LOOKING AT THE OVERTOPPING RATES, EXCEPT FOR ONE INSTANCE, |
| 13:19 | 20 | ISN'T IT TRUE THAT EVERY OVERTOPPING RATE IS ABOVE 1 CUBIC FOOT |
| 13:19 | 21 | PER SECOND PER FOOT? |
| 13:20 | 22 | **A.**   THAT'S CORRECT. |
| 13:20 | 23 | **Q.**   EXCEPT FOR FOUR INSTANCES, ISN'T IT TRUE THAT EVERY |
| 13:20 | 24 | OVERTOPPING RATE IS ABOVE 2 CUBIC FEET PER SECOND PER FOOT? |
| 13:20 | 25 | **A.**   THAT'S CORRECT. |

| | | |
|---|---|---|
| 13:20 | 1 | **Q.**   LET'S GO TO THE U.S. DEMONSTRATIVE EXHIBIT 14, OUR |
| 13:20 | 2 | SLIDE 39.  NOW, THESE MEAN OVERTOPPING RATES ALONG HERE, ARE |
| 13:20 | 3 | THOSE THE STANDARDS THAT WERE ADOPTED BY THE CORPS? |
| 13:20 | 4 | **A.**   YES.  THESE ARE THE STANDARDS IN CUBIC FOOT PER SECOND PER |
| 13:20 | 5 | FOOT PER GUIDANCE. |
| 13:20 | 6 | **Q.**   ARE THESE STANDARDS ALSO ADOPTED BY MANY IN THE |
| 13:20 | 7 | INTERNATIONAL ENGINEERING COMMUNITY? |
| 13:20 | 8 | **A.**   YES, THEY ARE. |
| 13:20 | 9 | **Q.**   LET'S GO TO .01.  .01 CUBIC FOOT PER SECOND PER FOOT, THAT |
| 13:21 | 10 | IS THE LEVEL WHERE -- OR THE THRESHOLD WHERE DAMAGE STARTS ON |
| 13:21 | 11 | GRASS-COVERED CLAYEY SOIL DIKES; RIGHT? |
| 13:21 | 12 | **A.**   THAT'S CORRECT. |
| 13:21 | 13 | **Q.**   AGAIN, THE COLUMN THAT'S MOST RELEVANT TO US IS THIS, |
| 13:21 | 14 | GRASS SEA DIKE; RIGHT? |
| 13:21 | 15 | **A.**   THAT'S CORRECT. |
| 13:21 | 16 | **Q.**   THE THRESHOLD AT WHICH DAMAGE STARTS IS AT .1 CFS PER |
| 13:21 | 17 | FOOT; RIGHT? |
| 13:21 | 18 | **A.**   THAT'S CORRECT. |
| 13:21 | 19 | **Q.**   THAT'S FOR HIGH-QUALITY TURF AND CLAY? |
| 13:21 | 20 | **A.**   CORRECT. |
| 13:21 | 21 | **Q.**   ONCE YOU REACH 1, YOU'RE WELL INTO THE AREA OF DAMAGE; |
| 13:21 | 22 | CORRECT? |
| 13:21 | 23 | **A.**   THAT'S CORRECT. |
| 13:21 | 24 | **Q.**   ACCORDING TO THIS INTERNATIONAL STANDARD, WHAT DOES |
| 13:21 | 25 | THAT -- FIRST OF ALL, COULD YOU JUST TELL US WHAT THAT SAYS. |

13:21    1    **A.**    YEAH.   THAT COLUMN THAT YOU'RE REFERRING TO IS IN

13:21    2    REVETMENTS THAT HAVE BEEN ARMORED IN SOME WAY ON THE BACK SIDE;

13:21    3    IN THIS CASE, PAVED.   WHAT 1 CUBIC FOOT PER SECOND PER FOOT

13:21    4    INDICATES IS THAT IT'S WELL WITHIN THE RANGE THAT WE WOULD

13:22    5    EXPECT EVEN ARMORED AND PROTECTED BACK SIDES TO BE DAMAGED.

13:22    6    **Q.**    OKAY.   NOW, WOULD YOU AGREE THAT THERE IS SOME UNCERTAINTY

13:22    7    IN THESE THRESHOLDS?

13:22    8    **A.**    YES, I WOULD.

13:22    9    **Q.**    ARE THEY AS REFINED AS THEY COULD BE?

13:22    10   **A.**    NO.   THAT'S A SUBJECT OF ACTIVE RESEARCH AT THE CURRENT

13:22    11   TIME.

13:22    12   **Q.**    SO LET'S SAY FOR A GRASS-COVERED LEVEE WITH CLAYEY SOIL,

13:22    13   COULD THE THRESHOLD FOR THE START OF DAMAGE BE A .02 OR A .03

13:22    14   AND NOT .01 CUBIC FEET PER SECOND PER FOOT?

13:22    15   **A.**    YES, IT COULD.

13:22    16   **Q.**    FOR HIGH-QUALITY CLAY LEVEES WITH EXCELLENT GRASS, COULD

13:22    17   THE THRESHOLD FOR DAMAGE BE .2 OR EVEN .3 CFS PER FOOT AND NOT

13:22    18   .1?

13:22    19   **A.**    YES, IT COULD.

13:22    20   **Q.**    WHEN YOU APPLY THESE CRITERIA TO KATRINA AND THE DAMAGE

13:22    21   ALONG REACH 2, WHAT'S THE CRITICAL ISSUE FOR YOU?

13:23    22   **A.**    THE CRITICAL ISSUE IS JUST HOW MUCH GREATER THE

13:23    23   OVERTOPPING RATES DURING KATRINA WERE THAN THESE THRESHOLD

13:23    24   DAMAGES.   THEY DWARF THESE VALUES.

13:23    25   **Q.**    LET'S GO TO THE EUROTOP 2007 MANUAL.   DOESN'T THAT

13:23  1  STANDARD OR THAT GUIDELINE PROVIDE GUIDANCE THAT STATES THAT,

13:23  2  FOR OVERTOPPING RATES OF THIS MAGNITUDE, THE CREST AND INNER

13:23  3  SLOPES OF LEVEES HAVE TO BE PROTECTED BY ASPHALT OR CONCRETE?

13:23  4  **A.**   YES.   THAT'S WHAT THEY STATE FOR AN OVERTOPPING RATE OF

13:23  5  1 CUBIC FOOT PER SECOND PER FOOT.

13:23  6  **Q.**   LET'S GO BACK TO SLIDE 40, WHICH IS TABLE 6 AT PAGE 97 OF

13:23  7  JX-211.   IF WE LOOK IN THE MEDIAN COLUMN, WHAT I'D LIKE TO DO

13:24  8  IS ASK YOU TO FOCUS ON THIS ONE OVER HERE, THE LEVEE CREST

13:24  9  ELEVATION OF 17.6 FEET.   THAT'S AWFULLY CLOSE TO THE DESIGN

13:24  10  ELEVATION ALONG REACH 2, ISN'T IT?

13:24  11  **A.**   YES, IT IS.

13:24  12  **Q.**   THE OVERTOPPING RATE THERE WAS 2.4, WASN'T IT?

13:24  13  **A.**   YES, IT IS.

13:24  14  **Q.**   THAT'S 24 TIMES THE THRESHOLD FOR DAMAGE ON A LEVEE WITH

13:24  15  HIGH-QUALITY CLAY AND TURF; RIGHT?

13:24  16  **A.**   THAT'S CORRECT.

13:24  17  **Q.**   LET'S LOOK AT A MEDIAN LEVEE CREST ELEVATION OF 15.7 FEET.

13:24  18  THAT HAD AN OVERTOPPING RATE OF 8.9 CUBIC FEET PER SECOND PER

13:24  19  FOOT; RIGHT?

13:24  20  **A.**   THAT'S CORRECT.

13:24  21  **Q.**   THAT'S 89 TIMES THE THRESHOLD STANDARD?

13:24  22  **A.**   THAT'S CORRECT.

13:24  23  **Q.**   THOSE RATES, THE RATES THAT YOU'VE LISTED HERE, THOSE

13:24  24  RATES ARE FOR A STATIC LEVEE; CORRECT?

13:24  25  **A.**   THAT'S CORRECT.

| | | |
|---|---|---|
| 13:24 | 1 | **Q.**   JUST SO WE REMEMBER, AGAIN, WHAT A STATIC LEVEE IS, THAT'S |
| 13:25 | 2 | A LEVEE THAT DOESN'T HAVE ANY DAMAGE TO IT YET; CORRECT? |
| 13:25 | 3 | **A.**   THAT'S CORRECT. |
| 13:25 | 4 | **Q.**   SO WHEN THE DAMAGE STARTS, DOES THAT HAVE -- THE MEAN |
| 13:25 | 5 | OVERTOPPING RATE, IS THAT IMPACTED AT ALL? |
| 13:25 | 6 | **A.**   YES.  AS SOON AS THE LEVEE CREST BEGINS TO DEGRADE IN |
| 13:25 | 7 | ELEVATION, THOSE OVERTOPPING RATES BEGIN TO SKYROCKET. |
| 13:25 | 8 | **Q.**   IS IT YOUR OPINION THAT IT'S THAT PROCESS THAT CAUSED THE |
| 13:25 | 9 | DEVASTATION OF THE REACH 2 LEVEE? |
| 13:25 | 10 | **A.**   YES, IT IS. |
| 13:25 | 11 | **Q.**   I TAKE IT, THEN, YOU WOULD AGREE THAT THE 3 FOOT OR SO OF |
| 13:25 | 12 | WAVES THAT HAVE BEEN ALLEGED TO BE ACTING ALONG THE FRONT SIDE |
| 13:25 | 13 | OF THE LEVEE, THAT WASN'T THE CAUSE? |
| 13:25 | 14 | **A.**   THAT'S CORRECT. |
| 13:25 | 15 | **Q.**   DO YOU BELIEVE THAT THE MRGO HAD AN EFFECT ON THE |
| 13:25 | 16 | OVERTOPPING RATES? |
| 13:25 | 17 | **A.**   VERY SLIGHT. |
| 13:25 | 18 | **Q.**   IS THAT THE SAME ANSWER EVEN IF THE MRGO WERE COMPLETELY |
| 13:25 | 19 | REMOVED AND THE WETLANDS WERE RETURNED TO THEIR 1958 CONDITION? |
| 13:25 | 20 | **A.**   THAT'S CORRECT. |
| 13:26 | 21 | **Q.**   LET'S GO TO SLIDE 84, PLEASE.  THAT IS JX-0197.  THAT'S |
| 13:26 | 22 | THE DELFT FLOW MODELING REPORT, 6-23-08.  LET'S FOCUS ON THE |
| 13:26 | 23 | LOWER ONE.  THANK YOU. |
| 13:26 | 24 | THE SCENARIO 1, WHAT IS THE MEAN OVERTOPPING RATE |
| 13:26 | 25 | THAT THE DUTCH FOUND? |

13:26  1  **A.**   IT LOOKS ABOUT 2.5 CUBIC FOOT PER SECOND PER FOOT.

13:26  2  **Q.**   LET'S GO FOR THE BAYOU BIENVENUE LOCATION.  WHAT ARE THEY

13:26  3  FINDING THERE?

13:26  4  **A.**   APPROXIMATELY 10 CUBIC FOOT PER SECOND PER FOOT.

13:26  5  **Q.**   THAT'S FOR THEIR SCENARIO 1?

13:26  6  **A.**   THAT'S CORRECT.

13:26  7  **Q.**   THAT'S THEIR BASE CASE?

13:26  8  **A.**   CORRECT.

13:26  9  **Q.**   LET'S GO TO SLIDE 85, BAYOU DUPRE.  WHAT'S THE MEAN

13:27  10  OVERTOPPING RATE WE'RE FINDING THERE?

13:27  11  **A.**   APPROXIMATELY 17 CUBIC FOOT PER SECOND PER FOOT.

13:27  12  **Q.**   WE LOOKED AT A LOT OF PICTURES IN THE PAST TWO DAYS.  I

13:27  13  ASSUME YOU'RE FAMILIAR WITH THAT PHRASE "PICTURES TELL A

13:27  14  THOUSAND WORDS"?

13:27  15  **A.**   YES, I AM.

13:27  16  **Q.**   I MANGLED IT A LITTLE, BUT I THINK YOU HAVE THE POINT.  I

13:27  17  THINK YOU'D AGREE THAT THOSE PICTURES ARE INVALUABLE FOR

13:27  18  UNDERSTANDING THE PROCESS BY WHICH THE LEVEES WERE ERODED AND

13:27  19  BREACHED; IS THAT TRUE?

13:27  20  **A.**   THAT'S TRUE.

13:27  21  **Q.**   DID YOU SEE ANY EVIDENCE THAT WAVE-INDUCED EROSION ON THE

13:27  22  FRONT SIDE WAS WIDESPREAD, PERVASIVE, OR A SIGNIFICANT

13:27  23  CONTRIBUTOR TO BREACHING?

13:27  24  **A.**   NO, I DID NOT.

13:27  25  **Q.**   DID YOU SEE ANY EVIDENCE FROM THE INTACT SECTIONS BETWEEN

13:27    1    BREACHES -- INTACT SECTIONS OF LEVEES BETWEEN BREACHES -- THAT

13:27    2    WAVE-INDUCED EROSION WAS A SIGNIFICANT FACTOR?

13:27    3    **A.**   NO, I DID NOT.

13:28    4    **Q.**   WHAT DID YOU SEE?

13:28    5    **A.**   WELL, I SAW SOME AREAS WITH MINOR SURFICIAL BAND OF

13:28    6    FRONT-SIDE EROSION.  I SAW SPORADIC, ISOLATED INSTANCES WHERE

13:28    7    THERE WAS SOME SLIGHTLY DEEPER CUTS ON THE FRONT FACE OF THE

13:28    8    LEVEE DUE TO WAVE EROSION.  THE MOST SUBSTANTIAL SIGNATURES OF

13:28    9    WAVE-INDUCED EROSION WERE SEEN ON THE VERY HIGHEST LEVEES,

13:28   10    APPROXIMATELY 18 TO 19 FEET HIGH, WHERE WAVE ACTION WOULD HAVE

13:28   11    HAD ITS LONGEST DURATION TO WORK TO ERODE THAT LEVEE AT A

13:28   12    RELATIVELY STATIC WATER LEVEL FOR THE LONGEST PERIOD OF TIME.

13:28   13             **THE COURT:**  JUST ONE SECOND, COUNSEL.

13:28   14             GO AHEAD, SIR.

13:28   15    **BY MR. MITSCH:**

13:28   16    **Q.**   WHAT ABOUT THE SHEET PILE SECTIONS THAT DR. BEA REFERRED

13:28   17    TO IN HIS TESTIMONY?

13:28   18    **A.**   WE SAW NO EVIDENCE OF SIGNIFICANT WAVE-INDUCED, FRONT-SIDE

13:28   19    EROSION AT THE SHEET PILE SECTIONS.

13:29   20    **Q.**   DIDN'T DR. BEA SAY THAT THOSE ARE THE AREAS THAT WOULD BE

13:29   21    SUBJECT TO GREATER FRONT-SIDE EROSION?

13:29   22    **A.**   YES, HE DID.

13:29   23    **Q.**   YESTERDAY, THE PLAINTIFFS SHOWED YOU FIVE PHOTOS FROM THE

13:29   24    REACH 2 VIDEO.  DO YOU RECOLLECT THAT?

13:29   25    **A.**   YES, I DO.

13:29   1   **Q.**   THREE OF THOSE PHOTOS WERE IN YOUR EXPERT REPORT ALREADY?

13:29   2   **A.**   YES, THEY WERE.

13:29   3   **Q.**   THEY PRODUCED, I BELIEVE, TWO ADDITIONAL PHOTOS THAT THEY

13:29   4   BELIEVE SHOWED MINOR TRACES -- OR THAT WE INTERPRETED SHOWED

13:29   5   MINOR TRACES OF WAVE-INDUCED EROSION ON THE FRONT SIDE.

13:29   6   **A.**   THAT'S CORRECT.

13:29   7   **Q.**   AT LEAST THREE OF THE PHOTOS THAT THEY SHOWED WERE OF

13:29   8   LEVEES THAT WERE WELL SOUTH OF DUPRE?

13:29   9   **A.**   THAT'S CORRECT.

13:29   10   **Q.**   THAT WAS WHERE THE LEVEES WERE THE HIGHEST, WASN'T IT?

13:29   11   **A.**   THAT'S CORRECT.

13:29   12   **Q.**   THAT'S WHERE YOU WOULD EXPECT TO SEE EVIDENCE OF THE

13:29   13   GREATEST AMOUNT OF FRONT-SIDE EROSION, ISN'T IT?

13:29   14   **A.**   THAT'S CORRECT.

13:29   15   **Q.**   WHY IS THAT?

13:29   16   **A.**   WELL, AS I'VE JUST EXPLAINED, FOR THE HIGHEST LEVEE, YOU

13:29   17   HAVE THE MAXIMUM AMOUNT OF TIME THAT WAVE ENERGY CAN BE

13:30   18   BREAKING ON THE FRONT FACE.  AT LEVEES THAT ARE 18 TO 19 FEET

13:30   19   HIGH, FOR A MAXIMUM WATER LEVEL OF 17 FEET, YOU ALSO HAVE

13:30   20   LOCATIONS WHERE THE WATER LEVEL IS HELD MOST CONSTANT FOR THE

13:30   21   LONGEST PERIOD OF TIME THROUGHOUT THIS ENTIRE HURRICANE.

13:30   22            ANYTHING PRIOR TO THAT, THE WATER LEVEL WOULD HAVE

13:30   23   BEEN MOVING VERY RAPIDLY UP THE FRONT FACE, AND THE WAVE ENERGY

13:30   24   JUST WOULD NOT HAVE HAD SUFFICIENT TIME TO CREATE SIGNIFICANT

13:30   25   EROSION ON THE FRONT SIDE BEFORE MOVING UP TO A HIGHER

| | | |
|---|---|---|
| 13:30 | 1 | ELEVATION ON THE LEVEE. |
| 13:30 | 2 | WHERE THE LEVEES WERE THE LOWEST, OVERTOPPING WOULD |
| 13:30 | 3 | HAVE OCCURRED CERTAINLY WITHIN A VERY SHORT TIME AFTER THOSE |
| 13:30 | 4 | WATER LEVELS BEGAN TO ARRIVE AT THE FACE OF THE LEVEE.  IN |
| 13:30 | 5 | THOSE CASES THERE WOULD NOT HAVE BEEN SUFFICIENT TIME FOR WAVE |
| 13:30 | 6 | TO ERODE THE LEVEE.  AS SOON AS OVERTOPPING BEGAN ANYWHERE, IT |
| 13:30 | 7 | BECAME QUICKLY THE MOST DOMINANT MODE OF EROSION AND BREACHING. |
| 13:31 | 8 | Q.   SO I TAKE IT YOU DON'T BELIEVE, THEN, THAT FRONT-SIDE |
| 13:31 | 9 | EROSION WAS THE DOMINANT FORM OF BREACH MECHANISM ALONG |
| 13:31 | 10 | REACH 2? |
| 13:31 | 11 | A.   CORRECT.  I DON'T BELIEVE THAT. |
| 13:31 | 12 | Q.   NOW, WE'VE SPOKEN ABOUT THESE OVERTOPPING RATES THAT BY |
| 13:31 | 13 | ANY STANDARD, ANY INTERNATIONAL STANDARD, ARE EXTREMELY LARGE. |
| 13:31 | 14 | THE JUDGE ASKED THE QUESTION THE OTHER DAY:  WHY ARE ANY OF THE |
| 13:31 | 15 | LEVEES STILL STANDING?  CAN YOU ANSWER THAT QUESTION. |
| 13:31 | 16 | A.   YES.  WHEN YOU TALK ABOUT EROSION ON THE LEVEE, THERE ARE |
| 13:31 | 17 | FOUR FACTORS THAT YOU HAVE TO CONSIDER AT ANY LOCATION THAT YOU |
| 13:31 | 18 | TALK ABOUT EROSION.  THAT WOULD BE THE MAGNITUDE AND DURATION |
| 13:31 | 19 | OF THE HYDRODYNAMIC LOADING ON THE LEVEE, THE QUALITY OF THE |
| 13:31 | 20 | TURF ON THE LEVEE, AND THE ERODIBILITY OF THE SOIL ON THE |
| 13:31 | 21 | LEVEE.  SO WHEREVER YOU ARE, YOU HAVE TO CONSIDER THE ELEVATION |
| 13:31 | 22 | ON THE LEVEE AND HOW THAT WOULD INFLUENCE THOSE FOUR FACTORS IN |
| 13:31 | 23 | TERMS OF MAGNITUDE, DURATION, AND QUALITY OF THE VEGETATION, |
| 13:32 | 24 | THE GRASS COVER, AND THE SOIL ITSELF. |
| 13:32 | 25 | Q.   SO IT'S NOT JUST SIMPLY RECITING OR ANALYZING MEAN |

13:32    1   OVERTOPPING RATES; IT'S A COMPLICATED PROCESS?

13:32    2   A.    THAT'S CORRECT.

13:32    3   Q.    NOW, THE PLAINTIFFS ASKED QUESTIONS ABOUT THE SCALING OF

13:32    4   THE HYDROGRAPHS AND 12 PERCENT, I BELIEVE, THAT YOU DID ALONG

13:32    5   REACH 2.  LET'S FOCUS ON THAT FOR THE MOMENT.  DIDN'T THEY

13:32    6   EQUALLY DO SCALING?

13:32    7   A.    YES, THEY DID.

13:32    8   Q.    FOR ALL PRACTICAL PURPOSES, DOES IT MAKE ANY DIFFERENCE IF

13:32    9   ONE SCALES WATER LEVELS AT THE LEVEE OR SCALES THEM AT A MODEL

13:32   10   BOUNDARY?

13:32   11   A.    NO, NOT IN THIS CASE.  THEIR MODEL BOUNDARY WAS SO CLOSE

13:32   12   TO THE LEVEE -- THESE ARE LONG-WAVE MOTIONS.  LONG-WAVE MOTIONS

13:32   13   TRAVEL QUITE FAST.  SO FOR ALL PRACTICAL PURPOSES, SCALING AT A

13:32   14   BOUNDARY AND LETTING A LONG-WAVE MODEL PROPAGATE THAT A VERY

13:33   15   SHORT DISTANCE TO THE LEVEE ITSELF IS, FOR ALL PRACTICAL

13:33   16   PURPOSES, THE SAME AS SCALING THE HYDROGRAPH AT THE LEVEE

13:33   17   ITSELF.

13:33   18   Q.    JUST SO THE RECORD IS CRYSTAL CLEAR, THEY SCALED AT THE

13:33   19   BOUNDARY?

13:33   20   A.    THAT'S CORRECT.

13:33   21   Q.    IS SCALING AN ACCEPTED ENGINEERING PRACTICE, COASTAL

13:33   22   ENGINEERING PRACTICE, TO IMPROVE THE ACCURACY OF SURGE

13:33   23   PREDICTION?

13:33   24   A.    YES, IT IS.

13:33   25   Q.    IT'S AN ACCEPTED PART OF OCEANOGRAPHIC SCIENCE?

13:33   1  **A.**  YES, IT IS.

13:33   2  **Q.**  DOES THE WEATHER FORECASTING COMMUNITY USE IT?

13:33   3  **A.**  YES.  BOTH OF THOSE COMMUNITIES ARE HEAVY USERS OF THIS

13:33   4  TECHNIQUE CALLED DATA SIMULATION.

13:33   5       **THE COURT:**  I'M GOING TO STOP YOU FOR A MINUTE.

13:33   6  WE'RE MISSING SOMETHING WE HAD YESTERDAY.  WE NEED TO SPEND A

13:33   7  LITTLE BIT OF TIME LOOKING FOR IT.  THE FIRST GRAPH YOU LOOKED

13:34   8  AT, THE COMBINATION WHERE HE SAID THE RED LINE AGREED WITH THE

13:34   9  BLUE LINE -- WE HAVE IT.

13:34  10       **THE LAW CLERK:**  I FOUND IT.

13:34  11       **THE COURT:**  WE HAD NOTES ON IT, SO WE WANT TO ADD TO

13:35  12  IT.  IT HELPS.  THANK YOU VERY MUCH.  SORRY FOR THE

13:35  13  INTERRUPTION.

13:35  14       **MR. MITSCH:**  IT'S QUITE ALL RIGHT.

13:35  15  **BY MR. MITSCH:**

13:35  16  **Q.**  I THINK YOU SAID A FEW MOMENTS AGO THAT WATER LEVELS ARE

13:35  17  THE MOST HYDRODYNAMIC VARIABLE THAT INFLUENCED THE BREACHING

13:35  18  ALONG REACH 2 DURING KATRINA.  THE BREACHING ALONG REACH 2, IS

13:35  19  THAT THE GREATEST SOURCE OF WATER THAT ENTERED THE ST. BERNARD

13:35  20  POLDER?

13:35  21  **A.**  YES, IT WAS.

13:35  22  **Q.**  BOTH PLAINTIFFS' AND DEFENSE EXPERTS AGREE ON THAT?

13:35  23  **A.**  YES, THEY DO.

13:35  24  **Q.**  SO, ESSENTIALLY, WHAT HAPPENED ALONG REACH 2 IS WHAT

13:35  25  MATTERS THE MOST?

| | | |
|---|---|---|
| 13:35 | 1 | **A.**   YES, IT IS. |
| 13:35 | 2 | **Q.**   DO PLAINTIFFS' AND DEFENSE EXPERTS AGREE THAT THE MRGO HAD |
| 13:35 | 3 | NEGLIGIBLE INFLUENCE ON WATER LEVELS ALONG REACH 2? |
| 13:35 | 4 | **A.**   YES, THEY DO. |
| 13:35 | 5 | **Q.**   THE WATER LEVELS, THROUGH THEIR INFLUENCE ON WATER DEPTH, |
| 13:36 | 6 | DICTATE THE UPPER LIMIT ON HOW MUCH WAVE ENERGY CAN EXIST AT |
| 13:36 | 7 | THE TOE OF THE LEVEE? |
| 13:36 | 8 | **A.**   THAT'S CORRECT. |
| 13:36 | 9 | **MR. MITSCH:**  I THINK THAT THE ONE THING THAT WE DON'T |
| 13:36 | 10 | HAVE TO GO OVER, YOUR HONOR, IS THOSE CALCULATIONS AGAIN. |
| 13:36 | 11 | **THE COURT:**  THANK YOU. |
| 13:36 | 12 | BY MR. MITSCH: |
| 13:36 | 13 | **Q.**   IS IT, THEN, REASONABLE TO CONCLUDE THAT SINCE THE MRGO |
| 13:36 | 14 | HAD NEGLIGIBLE INFLUENCE ON WATER LEVELS ALONG REACH 2, THAT |
| 13:36 | 15 | MRGO HAD NEGLIGIBLE INFLUENCE ON WAVE CONDITIONS AT THE LEVEE |
| 13:36 | 16 | TOE? |
| 13:36 | 17 | **A.**   THAT'S CORRECT. |
| 13:36 | 18 | **Q.**   WOULD THIS BE TRUE FOR ANY PARTICULAR LOCATION, REGARDLESS |
| 13:36 | 19 | OF THE BERM ELEVATION AT THAT LOCATION? |
| 13:36 | 20 | **A.**   THAT'S CORRECT. |
| 13:36 | 21 | **Q.**   LET'S GO TO PX-1877.1A, WHICH WAS A PHOTOGRAPH THAT WAS |
| 13:36 | 22 | TAKEN FROM THE REACH 2 VIDEO YESTERDAY.  I BELIEVE YOU SAID |
| 13:37 | 23 | YESTERDAY THAT THAT PHOTOGRAPH ILLUSTRATED THE BACK-TO-FRONT |
| 13:37 | 24 | EROSION. |
| 13:37 | 25 | **A.**   YES.  THAT'S A VERY, RATHER MATURE STATE OF THE PROCESS. |

| | | |
|---|---|---|
| 13:37 | 1 | **Q.**   NOW, THE AREA ALONG THERE, I BELIEVE YOU HAD MENTIONED |
| 13:37 | 2 | THAT SHADOWS WERE AN ISSUE.  DO YOU SEE SHADOWS THERE, FIRST OF |
| 13:37 | 3 | ALL? |
| 13:37 | 4 | **A.**   YEAH.  SHADOWS ARE ONE THING THAT HELP YOU IDENTIFY HOW |
| 13:37 | 5 | STEEP THE SLOPE IS OF A PARTICULAR CUT. |
| 13:37 | 6 | **Q.**   WHAT DOES THAT TELL YOU? |
| 13:37 | 7 | **A.**   WELL, IN THAT PARTICULAR AREA OF THE BREACH AREA, IT TELLS |
| 13:37 | 8 | ME WHERE THOSE SHADOWS ARE CAST.  IN THIS PARTICULAR AREA, YOU |
| 13:37 | 9 | HAVE A VERY STEEP HEADCUT.  THAT HEADCUT FORMS AT THE LEADING |
| 13:37 | 10 | EDGE OF BACK-TO-FRONT EROSION AS IT OCCURS THROUGH THIS |
| 13:38 | 11 | PARTICULAR LEVEE. |
| 13:38 | 12 | **Q.**   WOULD IT HELP YOU AT ALL IF YOU WENT TO THE BLACKBOARD AND |
| 13:38 | 13 | JUST QUICKLY ILLUSTRATED THAT PROGRESSION BACK TO FRONT? |
| 13:38 | 14 | **A.**   SURE.  WHEN WE GET INTO AN ADVANCED STAGE OF THIS |
| 13:38 | 15 | HEADCUTTING THAT ORIGINATES ON THE BACK SIDE AND BEGINS TO WORK |
| 13:38 | 16 | ITS WAY THROUGH THE LEVEE, WHAT WE DO IS WE GET A VERY STEEP |
| 13:38 | 17 | HEADCUT.  THE WATER'S COMING OVER THE BACK, A HIGH LEVEL OF |
| 13:38 | 18 | TURBULENCE DOWN THE BACK SIDE, AND IT FORMS A VERY STEEP -- |
| 13:38 | 19 | **THE COURT:**  JUST FOR ORIENTATION, THE BACK SIDE OF |
| 13:38 | 20 | THE LEVEE IS -- OKAY. |
| 13:39 | 21 | **THE WITNESS:**  AS THIS HEADCUT MATURES AND MOVES |
| 13:39 | 22 | TOWARDS THE FRONT SIDE, WE GET A VERY STEEP FEATURE HERE WITH A |
| 13:39 | 23 | VERY STEEP SLOPE.  OFTENTIMES, ON MANY OF THE PHOTOS, THAT SUN |
| 13:39 | 24 | WOULD CAST A SHADOW BY THAT STEEP LEADING EDGE.  AS THIS CUT |
| 13:39 | 25 | MATURES FURTHER AND FURTHER, YOU'LL SEE THAT STEEP CUT LOWER |

13:39    1    AND LOWER ON THE LEVEE.  YOU OFTEN SAW THIS BAND OF FRONT-SIDE

13:39    2    EROSION.

13:39    3             IN THIS PARTICULAR PHOTO, YOU'LL SEE THAT THE

13:39    4    HEADCUT HAS ACTUALLY MIGRATED INTO THAT BAND OF FRONT-SIDE

13:39    5    EROSION THAT WAS CREATED EARLIER IN THE EVENT.  EVENTUALLY, IF

13:39    6    THIS THING GETS MATURE ENOUGH, IT BASICALLY WILL PLANE OFF THE

13:39    7    ENTIRE LEVEE ITSELF.

13:39    8             **THE COURT:**  YOU EXPLAINED YESTERDAY THE STEEPNESS OR

13:39    9    THE MINI CLIFF-LIKE FORMATION SHOWN IN THAT PICTURE.  IT'S YOUR

13:40   10    OPINION IT WAS CAUSED BY A BACK-SIDE EROSION EFFECT?

13:40   11             **THE WITNESS:**  CORRECT.  I THINK THAT IN THIS SAME

13:40   12    PHOTO, YOU'LL SEE SOME --

13:40   13             **THE COURT:**  YOU MIGHT EXPLAIN THAT WHILE YOU'RE AT

13:40   14    THE BOARD, AS TO WHAT THE WATER WAS DOING.

13:40   15             **THE WITNESS:**  LET ME JUST DRAW THE CASE FOR A

13:40   16    WAVE-INDUCED BENCH CUT.  YOU'LL SEE A COUPLE HERE THAT DON'T

13:40   17    EVEN PENETRATE INTO THE LEVEE CREST.  THEY'LL TYPICALLY HAVE A

13:40   18    FEATURE LIKE THIS.  SO THE LEADING EDGE OF A WAVE-INDUCED BENCH

13:40   19    CUT WILL BE GENTLE TOWARDS THE LEVEE.

13:40   20             **THE COURT:**  I UNDERSTAND.  EXPLAIN THE WATER

13:40   21    MECHANISM UP AT THE TOP, WHY THOSE BENCH CUTS, THOSE STEEP

13:40   22    BENCH CUTS I'LL CALL THEM, DEVELOP ON THE FRONT OF THE LEVEE.

13:40   23             **THE WITNESS:**  INITIALLY, WHEN WE GET OVERTOPPING, WE

13:40   24    BEGIN TO GET DAMAGE ON THE BACK SIDE THAT WILL BEGIN TO TAKE

13:40   25    AWAY PART OF THAT LEVEE.  SO THIS CREATES AN IRREGULARITY ON

| | | |
|---|---|---|
| 13:40 | 1 | THE BACK SIDE, RIGHT IN HERE, AND CREATES A LITTLE BIT OF A |
| 13:41 | 2 | WATERFALL FOR THE CASCADING WATER TO FALL OVER THOSE CUTS AND |
| 13:41 | 3 | CONTINUES TO WORK ON CHEWING UP THIS BACK FACE OF THE LEVEE. |
| 13:41 | 4 | THIS WILL CONTINUE.  SOONER OR LATER, WE'LL END UP WITH A LEVEE |
| 13:41 | 5 | THAT LOOKS LIKE THAT. |
| 13:41 | 6 | AS THIS LEVEE CREST IS GOING DOWN, THOSE |
| 13:41 | 7 | OVERTOPPING RATES ARE SKYROCKETING.  MORE AND MORE WATER MEANS |
| 13:41 | 8 | HIGHER AND HIGHER VELOCITIES MEANS ACCELERATING RATES OF |
| 13:41 | 9 | EROSION ON THE BACK SIDE.  SO AS THIS PROCESS IS ACCELERATING, |
| 13:41 | 10 | EXACERBATING, FEEDING UPON ITSELF, WE'RE CONTINUING TO GET |
| 13:41 | 11 | CONDITIONS THAT LOOK LIKE THIS.  THE MORE MATURE STAGE, |
| 13:41 | 12 | EVENTUALLY THE LEVEE WILL LOOK LIKE THAT, THEN THE LEVEE WILL |
| 13:41 | 13 | LOOK LIKE THAT, AND EVENTUALLY IT WILL LOOK LIKE THAT. |
| 13:41 | 14 | THE COURT:  YOU'RE SAYING WE'RE SEEING IN THIS |
| 13:41 | 15 | PICTURE THERE'S THE BEGINNING OF THE -- BECAUSE OF THE |
| 13:41 | 16 | BACK-SIDE EROSION, THE BEGINNING OF THE DETERIORATION ON THE |
| 13:42 | 17 | FRONT SIDE BECAUSE THE BACK SIDE HAS BEEN ERODED; IS THAT |
| 13:42 | 18 | RIGHT? |
| 13:42 | 19 | THE WITNESS:  CORRECT.  WE'RE PRETTY FAR INTO THAT |
| 13:42 | 20 | STAGE OF THE PROCESS.  YOU CAN SEE ON THE FRONT SIDE THERE'S |
| 13:42 | 21 | STILL TRACES OF THAT SURFICIAL BAND THAT WAS CREATED BY THAT |
| 13:42 | 22 | WAVE ACTION ON THE FRONT.  YOU'LL SEE A FEW LITTLE POCKETS OF A |
| 13:42 | 23 | LITTLE DEEPER CUT DUE TO WAVE ACTION.  LET ME POINT OUT ON THE |
| 13:42 | 24 | SCREEN. |
| 13:42 | 25 | THE COURT:  THAT ILLUSTRATION ON THE BOARD -- I |

FINAL DAILY COPY

13:42   1   UNDERSTAND THE BASIS OF YOUR OPINION --

13:42   2           **THE WITNESS:**  OKAY.

13:42   3           **THE COURT:**  -- A LITTLE BETTER.  I UNDERSTAND IT

13:42   4   GRAPHICALLY A LITTLE BETTER.  THANK YOU.

13:42   5   BY MR. MITSCH:

13:42   6   **Q.**   NOW, I BELIEVE ON FRIDAY THE COURT HAD ASKED WHETHER OR

13:42   7   NOT -- WE WERE DISCUSSING THE HORIZONTAL OR LATERAL EROSION

13:42   8   THAT DR. BEA HAD SHOWN IN ONE OF HIS FIGURES.  I BELIEVE IT WAS

13:43   9   FIGURE 90 AT PAGE 116, HIS TECH REPORT 1, 7-11-08.  IT'S OUR

13:43   10  SLIDE 81, IF WE CAN JUST PULL THAT UP.

13:43   11          NOW, I THINK THAT WAS A SLIDE THAT WAS DEMONSTRATING

13:43   12  LATERAL EROSION; IS THAT RIGHT?

13:43   13  **A.**   THAT'S CORRECT.  IT LOOKS FROM A SLIDE THAT IT'S LATERAL

13:43   14  EROSION RELATIVE TO THE TOE ON THE FLOOD SIDE.

13:43   15  **Q.**   NOW, THIS CHART, DOES THIS SHOW THAT THE WAVE-INDUCED

13:43   16  EROSION STARTS AT THE TOE OF THE LEVEE?

13:43   17  **A.**   THAT'S THE IMPLICATION FROM THIS PARTICULAR CHART.

13:43   18  **Q.**   AGAIN, AS YOU HAD MENTIONED EARLIER, YOU DID NOT FIND ANY

13:43   19  EVIDENCE OF ANY WAVE-INDUCED EROSION AT THE TOE, DID YOU?

13:43   20  **A.**   NO, I DID NOT.

13:43   21  **Q.**   IN ALL THE PHOTOGRAPHS THAT YOU HAD IN YOUR REPORT AND ALL

13:43   22  THE PHOTOGRAPHS THAT THESE GENTLEMEN SHOWED YOU; ISN'T THAT

13:43   23  RIGHT?

13:43   24  **A.**   THAT'S CORRECT.

13:44   25  **Q.**   NOW, LET'S GO BACK TO THE DISCUSSION OF WHETHER OR NOT --

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:44 | 1 | THERE WAS A QUESTION BY THE COURT WHETHER OR NOT DR. BEA HAD |
| 13:44 | 2 | SOMEHOW EQUATED THE PERPENDICULAR EROSION TO HORIZONTAL OR THE |
| 13:44 | 3 | LATERAL EROSION.  DO YOU REMEMBER THAT DISCUSSION? |
| 13:44 | 4 | **A.**   YES, I DO. |
| 13:44 | 5 | **Q.**   LET'S GO TO DR. BEA'S REPORT, TECHNICAL REPORT 1, 7-11-08 |
| 13:44 | 6 | AT 111.  FIRST OF ALL, IS PERPENDICULAR EROSION THE SAME AS |
| 13:44 | 7 | LATERAL OR HORIZONTAL EROSION? |
| 13:44 | 8 | **A.**   NO.  PERPENDICULAR EROSION WOULD BE THE EROSION THAT'S |
| 13:44 | 9 | TAKING PLACE PERPENDICULAR TO THE FACE OF THE LEVEE. |
| 13:44 | 10 | HORIZONTAL RECESSION WOULD BE THE AMOUNT OF RECESSION TAKING |
| 13:44 | 11 | PLACE IN A HORIZONTAL PLANE. |
| 13:44 | 12 | **MR. BRUNO:**  YOUR HONOR -- |
| 13:45 | 13 | **THE COURT:**  JUST A MINUTE.  MR. BRUNO. |
| 13:45 | 14 | **MR. BRUNO:**  YOUR HONOR, THIS GOES WELL BEYOND THE |
| 13:45 | 15 | CROSS-EXAMINATION.  WE DIDN'T TOUCH ANY OF THIS ON CROSS.  THIS |
| 13:45 | 16 | IS RETREADING GROUND.  IN FACT, THIS WASN'T EVEN TOUCHED ON |
| 13:45 | 17 | DIRECT.  I THINK IT'S INAPPROPRIATE. |
| 13:45 | 18 | **THE COURT:**  COUNSEL, IS IT BEYOND THE SCOPE? |
| 13:45 | 19 | **MR. MITSCH:**  NOT AT ALL.  IN FACT, IT RELATES TO A |
| 13:45 | 20 | QUESTION THAT YOU ASKED SPECIFICALLY ABOUT WHETHER OR NOT |
| 13:45 | 21 | DR. BEA WAS EQUATING PERPENDICULAR WITH LATERAL OR HORIZONTAL |
| 13:45 | 22 | EROSION.  THAT'S WHY I'M BRINGING IT UP, TO ANSWER THAT |
| 13:45 | 23 | QUESTION. |
| 13:45 | 24 | **THE COURT:**  I'M GOING TO NOTE YOUR OBJECTION.  IT'S |
| 13:45 | 25 | JUST A BIG RECORD TO GO THROUGH AND MAKE THAT DECISION UNLESS |

13:45   1   IT'S SOMETHING VERY EVIDENT, SO I'M GOING TO ALLOW THE

13:45   2   QUESTION.

13:45   3   **BY MR. MITSCH:**

13:45   4   **Q.**   TO NONMATH MAJORS, GIVE US A QUICK RUNDOWN OF WHAT THAT

13:45   5   REPRESENTS.

13:45   6   **A.**   OKAY.   IN DR. BEA'S WORK, E IS THE HORIZONTAL RECESSION

13:45   7   THAT'S TAKING PLACE IN THE HORIZONTAL PLANE RELATIVE TO THE TOE

13:46   8   OF THE LEVEE.   WHAT HE DOES IS, HE HAS TIME INTERVALS.   I

13:46   9   BELIEVE HE USED 30-MINUTE TIME INTERVALS.   WHAT HE DOES, HE

13:46   10  COMPUTES -- THIS TERM RIGHT THERE IS THE PERPENDICULAR EROSION

13:46   11  OR THE EROSION PERPENDICULAR TO THE LEVEE FACE WITHIN THAT

13:46   12  30-MINUTE BLOCK OF TIME.   THEN WHAT HE DOES IS HE SUMS THOSE

13:46   13  OVER EACH 30-MINUTE BLOCK OF TIME.   SO THIS IS A SUMMATION

13:46   14  SIDE, AND DELTA T IS HIS TIME INTERVAL.   SO WHAT HE'S DOING IS

13:46   15  SUMMING OVER TIME THE CONTRIBUTIONS OF AN EROSION THAT'S TAKING

13:46   16  PLACE PERPENDICULAR TO THE FACE OF THE LEVEE AND EQUATING THAT

13:46   17  TO THE HORIZONTAL -- OR THE RECESSION IN THE HORIZONTAL PLANE,

13:46   18  WHICH IS FUNDAMENTALLY INCORRECT.

13:47   19  **Q.**   TAKE AWAY MESSAGE:   IS DR. BEA INCORRECTLY EQUATING

13:47   20  PERPENDICULAR WITH LATERAL EROSION?

13:47   21  **A.**   THAT'S CORRECT.

13:47   22  **Q.**   LET'S GO TO DR. BEA'S TECH REPORT 4, 1-28-09, AT PAGE 2.

13:47   23  THERE'S AN ILLUSTRATION THERE.   THIS IS THE DOCUMENT.   IT'S THE

13:47   24  JANUARY 28, 2009 BEA REPORT, TECHNICAL REPORT 4.   IT'S PAGE 2,

13:48   25  I BELIEVE.   LET'S LOOK AT THE LEGEND FIRST.   THE BLUE, THAT

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:48 | 1 | RELATES TO WHERE THE BREACHING WAS CAUSED BY OVERTOPPING ONLY; |
| 13:48 | 2 | CORRECT? |
| 13:48 | 3 | **A.**   THAT'S CORRECT. |
| 13:48 | 4 | **Q.**   AGAIN, JUST TO MAKE SURE, THIS IS DR. BEA'S OPINION IN HIS |
| 13:48 | 5 | REPORT? |
| 13:48 | 6 | **A.**   THAT'S CORRECT. |
| 13:48 | 7 | **Q.**   THE YELLOW RELATES TO WHERE FRONT-SIDE EROSION BREACHED |
| 13:48 | 8 | THE LEVEE AND CAUSED THE OVERTOPPING; IS THAT RIGHT? |
| 13:49 | 9 | **A.**   THAT'S CORRECT. |
| 13:49 | 10 | **Q.**   THAT'S WHAT DR. BEA WOULD REFER TO AS CRENELLATION? |
| 13:49 | 11 | **A.**   THAT'S CORRECT. |
| 13:49 | 12 | **Q.**   WHAT I'D LIKE TO DO IS CIRCLE THAT FIRST AREA FROM THE |
| 13:49 | 13 | FIRST TO THE SECOND WHITE DOT.  ALL RIGHT?  I OVERSHOT IT A |
| 13:49 | 14 | LITTLE BIT. |
| 13:49 | 15 | THAT FIRST AREA THAT I JUST CIRCLED, WOULD YOU AGREE |
| 13:49 | 16 | THAT THE PREDOMINANT MODE OF BREACHING THERE, ACCORDING TO |
| 13:49 | 17 | DR. BEA, WAS OVERTOPPING ONLY? |
| 13:49 | 18 | **A.**   YES. |
| 13:49 | 19 | **Q.**   PREDOMINANT? |
| 13:49 | 20 | **A.**   YES, I WOULD. |
| 13:49 | 21 | **MR. BRUNO:**  ONCE AGAIN, IT'S CRYSTAL CLEAR THAT THIS |
| 13:49 | 22 | WAS NOT ADDRESSED IN THE DIRECT AT ALL. |
| 13:49 | 23 | **THE COURT:**  OKAY.  YOUR RESPONSE, SIR? |
| 13:49 | 24 | **MR. BRUNO:**  IT'S THE FIRST TIME WE'RE SEEING THE |
| 13:49 | 25 | MAPPING. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:49 | 1 | **MR. MITSCH:**  WE'VE BEEN TALKING ABOUT OVERTOPPING AND |
| 13:49 | 2 | FRONT-SIDE EROSION.  IT'S THE THEME OF THE CASE. |
| 13:50 | 3 | **THE COURT:**  IT GOES TO MR. BRUNO'S QUESTIONS |
| 13:50 | 4 | ATTEMPTING TO DEMONSTRATE THAT THERE WERE FLAWS IN |
| 13:50 | 5 | MR. EBERSOLE'S OPINIONS. |
| 13:50 | 6 | **MR. MITSCH:**  EXACTLY. |
| 13:50 | 7 | **THE COURT:**  THIS IS USING INFORMATION, TRULY, THAT |
| 13:50 | 8 | WASN'T SHOWN DURING CROSS OR DIRECT, BUT IT'S USING INFORMATION |
| 13:50 | 9 | ON REDIRECT TO ATTEMPT TO BUTTRESS THE OPINIONS HE GAVE ON |
| 13:50 | 10 | DIRECT. |
| 13:50 | 11 | **MR. MITSCH:**  EXACTLY.  WE'RE USING DR. BEA'S REPORT |
| 13:50 | 12 | TO DO THAT. |
| 13:50 | 13 | **THE COURT:**  I'M GOING TO OVERRULE THE OBJECTION. |
| 13:50 | 14 | **MR. MITSCH:**  THANK YOU, YOUR HONOR. |
| 13:50 | 15 | BY MR. MITSCH: |
| 13:50 | 16 | **Q.**  NOW WHAT I'M GOING TO DO IS CIRCLE FROM THE THIRD TO THE |
| 13:50 | 17 | FIFTH DOT.  THERE'S A LOT OF BLUE THERE, TOO, ISN'T THERE? |
| 13:50 | 18 | **A.**  YES, THERE IS. |
| 13:50 | 19 | **Q.**  AGAIN, I THINK THAT WAS -- FAIR TO SAY THAT THE |
| 13:50 | 20 | PREDOMINANT MODE OF BREACHING THERE, ACCORDING TO DR. BEA, WAS |
| 13:50 | 21 | OVERTOPPING ONLY; RIGHT? |
| 13:50 | 22 | **A.**  THAT'S CORRECT. |
| 13:50 | 23 | **Q.**  NOW, SOUTH OF DUPRE, WHICH IS THERE, I BELIEVE -- |
| 13:51 | 24 | **THE COURT:**  IF THERE WAS NO BREACHING, THEN THERE'S |
| 13:51 | 25 | NO COLOR AT ALL?  IS THAT THE IDEA OF THAT WHAT WE'RE LOOKING |

13:51   1   AT HERE?

13:51   2           **MR. MITSCH:**  WELL, THERE ARE THREE.  THERE'S THE BLUE

13:51   3   OVERTOPPING, YELLOW --

13:51   4           **THE COURT:**  RIGHT.  BUT WHERE THERE'S NO COLOR, I'M

13:51   5   ASSUMING THAT IS NO BREACHING.

13:51   6           **MR. MITSCH:**  I'M NOT CERTAIN THAT I CAN REPRESENT

13:51   7   THAT BY 100 PERCENT, YOUR HONOR.

13:51   8           **THE COURT:**  ALL RIGHT.  IT JUST WOULD HELP TO KEEP IT

13:51   9   ALL IN CONTEXT.  I'LL TRY TO FIGURE IT OUT.

13:51   10          **MR. MITSCH:**  I THINK SO.

13:51   11          **THE COURT:**  I THINK SO, TOO, BUT I DON'T KNOW IT

13:51   12  EITHER.

13:51   13  **BY MR. MITSCH:**

13:51   14  **Q.**  SOUTH OF BAYOU DUPRE, WHERE THERE WAS SIGNIFICANT

13:51   15  BREACHING, THE LEVEES --

13:51   16          **THE COURT:**  JUST A MINUTE, COUNSEL.  I'M SORRY.

13:51   17              IT WAS JUST POINTED OUT TO ME BY MY LAW CLERK

13:52   18  THAT SOME OF THE MARKINGS ON THAT ARE NOT THE SAME AS IN

13:52   19  FIGURE 1 ON PAGE 2 IN THE BEA EXHIBIT.  YOU MIGHT SHOW THAT TO

13:52   20  COUNSEL.  IT MAY NOT MAKE A WIT OF DIFFERENCE.  I JUST WANT TO

13:52   21  MAKE SURE WE'RE LOOKING AT THE SAME THING.

13:52   22          **MR. MITSCH:**  THAT'S EXACTLY RIGHT.  I APOLOGIZE.

13:52   23  THAT'S A GOOD POINT.  A13, 14, I THINK THOSE NUMBERS RELATE TO

13:52   24  PICTURES IN MR. EBERSOLE'S REPORT.  I'M SORRY.  IT'S NOT A

13:53   25  DIRECT -- WE CAN TAKE THAT STRAIGHT OUT OF THAT REPORT.  IN

FINAL DAILY COPY

13:53   1   FACT, IF IT'S EASIER, I'M HAPPY TO USE THAT.

13:53   2          **THE COURT:**  AS LONG AS IT HAS NO EFFECT ON THE

13:53   3   QUESTIONING, IT'S FINE WITH ME.  WE JUST WANTED TO POINT IT

13:53   4   OUT.

13:53   5          **MR. MITSCH:**  THANK YOU.

13:53   6          **THE COURT:**  OKAY.  THE FIGURE 1 WE'RE LOOKING AT, I'M

13:53   7   WONDERING WHY DOESN'T THAT APPEAR -- I GUESS MY QUESTION IS:

13:53   8   IF IT'S A REPLICATION OF THAT, WHY DOESN'T IT APPEAR?  I MAY BE

13:53   9   MISSING SOMETHING.

13:53   10         **MR. MITSCH:**  I THINK WHAT HAPPENED IS THAT AT SOME

13:53   11  POINT WE TOOK A COPY OF THE ILLUSTRATION FROM DR. BEA'S REPORT

13:53   12  AND WE ADDED ADDITIONAL INFORMATION TO IT.  IT'S ESSENTIALLY A

13:53   13  DEMONSTRATIVE EXHIBIT, BUT I'M NOT USING IT AS A DEMONSTRATIVE

13:53   14  EXHIBIT.  ALL I WANT TO DO IS USE THE ILLUSTRATION FROM

13:53   15  DR. BEA'S REPORT.  I DON'T NEED THE A2'S OR A3'S OR A6'S.  THAT

13:54   16  WAS MY SLOPPINESS.

13:54   17         **THE COURT:**  THANK YOU, SIR.

13:54   18  BY MR. MITSCH:

13:54   19  Q.   THE LEVEES SOUTH OF DUPRE, WHERE THERE WAS SIGNIFICANT

13:54   20  BREACHING, ON AVERAGE, WERE HIGHER THAN NORTH OF DUPRE; RIGHT?

13:54   21  A.   THAT'S CORRECT.

13:54   22  Q.   BETWEEN POINTS 2 AND 3 -- I'M SORRY.  THE AREA IN THIS

13:54   23  FIRST CIRCLE HERE, THOSE ELEVATIONS WERE, ON AVERAGE, LOWER

13:54   24  THAN THE ELEVATIONS IN THE SECOND CIRCLE; TRUE?

13:54   25  A.   THAT'S CORRECT.

13:54  1  **Q.**   NOW, IF THE LEVEE HEIGHTS, THE LEVEE ELEVATIONS IN THE

13:54  2  SECOND CIRCLE HERE WERE HIGHER THAN IN THE FIRST CIRCLE,

13:55  3  WOULDN'T YOU HAVE EXPECTED OVERTOPPING TO -- LET ME START THAT

13:55  4  OVER AGAIN.

13:55  5       IN THIS AREA HERE, THE FIRST AREA -- START OFF WITH

13:55  6  THE FIRST CIRCLE -- LEVEE ELEVATIONS ARE LOWER UP THERE, SOUTH

13:55  7  OF DUPRE?

13:55  8  **A.**   CORRECT.

13:55  9       **THE COURT:**   THE LEVEE ELEVATIONS ARE LOWER CLOSER TO

13:55  10  REACH 1 AS REACH 2 MOVES INTO REACH 1.  ARE WE IN THE SAME

13:55  11  PLACE?

13:55  12       **MR. MITSCH:**   RIGHT.  WHAT I'M TRYING TO DO,

13:55  13  YOUR HONOR, IS COMPARE THIS WITH THE SECOND CIRCLE, LARGER

13:55  14  CIRCLE.

13:55  15  **BY MR. MITSCH:**

13:55  16  **Q.**   MY QUESTION IS:  MR. EBERSOLE, ARE THE AVERAGE LEVEE

13:55  17  ELEVATIONS IN THAT AREA AND THAT AREA LOWER THAN IN THIS AREA

13:55  18  BOUNDED BY THE LARGER CIRCLE?

13:55  19  **A.**   YES.  BOTH IN THIS FIRST CIRCLE AT THE TOP AND IN THIS

13:55  20  AREA THAT DR. BEA SAYS IS PREDOMINATED BY WAVE EROSION, THOSE

13:56  21  LEVEE ELEVATIONS ARE BOTH GENERALLY LOWER THAN THE ELEVATIONS

13:56  22  SOUTH OF BAYOU DUPRE.

13:56  23  **Q.**   IF THAT'S THE CASE, WOULDN'T YOU HAVE EXPECTED THE

13:56  24  PREDOMINANT MODE OF BREACHING IN THIS AREA, THAT THIRD AREA, TO

13:56  25  BE OVERTOPPING TOO?

13:56   1   **A.**   YES, I DO.   IF YOU HAVE AN AREA DOWN AT THE SOUTH THAT'S

13:56   2   HIGHER AND YOU CONCLUDE THAT OVERTOPPING IS DOMINANT AS THE

13:56   3   CAUSE OF BREACHING THERE, IT DOESN'T MAKE ANY SENSE TO ME THAT

13:56   4   YOU WOULD HAVE AN AREA WHERE, GENERALLY, THE LEVEE AND ALL

13:56   5   CRESTS ARE MUCH LOWER AND ALSO NOT HAVE THOSE AREAS BE

13:56   6   DOMINATED BY OVERTOPPING WELL.

13:56   7          **THE COURT:**   COUNSEL, IF YOU WOULD PRINT THE PICTURE

13:56   8   AND MAKE IT AN EXHIBIT, THE COURT WOULD APPRECIATE IT.

13:56   9          **MR. MITSCH:**   I WILL, BUT IT SAYS "DON'T TOUCH."

13:56   10          **THE COURT:**   OH, MY GOODNESS.   THAT'S NOT VERY USER

13:57   11   FRIENDLY.   THANK YOU.

13:57   12   **BY MR. MITSCH:**

13:57   13   **Q.**   SO IS IT FAIR TO SAY THAT, IN YOUR VIEW, DR. BEA'S

13:57   14   CONCLUSIONS ABOUT WHERE THERE WAS OVERTOPPING AND WHERE THERE

13:57   15   WAS PREDOMINANTLY FRONT-SIDE BREACHING DUE TO FRONT-SIDE

13:57   16   EROSION ARE JUST ESSENTIALLY IRRECONCILABLE?

13:57   17   **A.**   YES, I WOULD AGREE WITH THAT.

13:57   18   **Q.**   YOU AND DR. WESTERINK WERE COAUTHORS OF VOLUME 4, WAS IT,

13:57   19   OF THE IPET REPORT?

13:57   20   **A.**   THAT'S CORRECT.

13:57   21   **Q.**   WASN'T IT THE OFFICIAL POSITION OF THE IPET REPORT THAT

13:57   22   PEAK SURGE ALONG REACH 2 OCCURRED AT 7:30 A.M.?

13:57   23   **A.**   YES, IT WAS.

13:57   24   **Q.**   THAT'S THE POSITION THAT YOU'VE EXPRESSED HERE; ISN'T THAT

13:57   25   TRUE?

13:57   1   **A.**   THAT'S TRUE.

13:58   2   **Q.**   I THINK BOTH SIDES HAVE AGREED THAT WATER LEVELS ALONG

13:58   3   REACH 2 WERE ABOVE 10 FEET; ISN'T THAT RIGHT?

13:58   4   **A.**   THAT'S CORRECT.

13:58   5   **Q.**   BOTH SIDES HAVE ALSO AGREED THAT SIMILAR PEAK WATER

13:58   6   LEVELS -- BOTH SIDES ALSO HAVE SIMILAR PEAK WATER LEVELS ALONG

13:58   7   REACH 2; CORRECT?

13:58   8   **A.**   THAT'S CORRECT.

13:58   9   **Q.**   BOTH SIDES ALSO AGREE THAT MRGO HAD VERY LITTLE INFLUENCE

13:58   10   ON THOSE WATER LEVELS ALONG REACH 2?

13:58   11   **A.**   THAT'S CORRECT.

13:58   12   **Q.**   THAT WAS PART OF THE FOCUS OF DR. KEMP'S TESTIMONY LAST

13:58   13   THURSDAY; CORRECT?

13:58   14   **A.**   CORRECT.

13:58   15   **Q.**   THE DIFFERENCE, REALLY, IS HOW LONG THAT DURATION WAS

13:58   16   ABOVE 10 FEET?

13:58   17   **A.**   THAT'S CORRECT.

13:58   18   **Q.**   THE DURATION ABOVE 10 FEET, WHY IS THAT IMPORTANT?

13:58   19   **A.**   I THINK BOTH SIDES AGREE THAT THE VAST MAJORITY OF THE

13:58   20   WATER THAT ENTERED THE POLDER CAME THROUGH REACH 2.  SO AS LONG

13:58   21   AS THE WATER LEVEL IS ABOVE APPROXIMATELY 10 FEET, THAT'S GOING

13:59   22   TO BE THE PERIOD OF TIME THAT WATER WILL CONTINUE TO BE FORCED

13:59   23   INTO THE ST. BERNARD POLDER.  SO IF YOU HAVE A LONGER DURATION

13:59   24   OF WATER LEVEL ABOVE 10 FEET, YOU OBVIOUSLY HAVE A LONGER

13:59   25   PERIOD OF TIME THAT THE WATER CAN BE FORCED INTO THE POLDER.

| | | |
|---|---|---|
| 13:59 | 1 | IF YOU HAVE A SHORTER DURATION OF TIME ABOVE 10 FEET, OBVIOUSLY |
| 13:59 | 2 | YOU HAVE A SHORTER PERIOD OF TIME THAT WATER CAN BE FORCED INTO |
| 13:59 | 3 | THE POLDER. |
| 13:59 | 4 | **Q.**   THE U.S. EXPERT REPORTS, HOW LONG DO THEY ASSUME THAT THE |
| 13:59 | 5 | DURATION IS ABOVE 10 FEET? |
| 13:59 | 6 | **A.**   ALONG REACH 2? |
| 13:59 | 7 | **Q.**   ALONG REACH 2, YES. |
| 13:59 | 8 | **A.**   COULD YOU RE-ASK THAT QUESTION, PLEASE. |
| 13:59 | 9 | **Q.**   WHAT'S THE UNITED STATES' ESTIMATE OF HOW LONG THE |
| 13:59 | 10 | DURATION WAS ABOVE 10 FEET ALONG REACH 2? |
| 13:59 | 11 | **A.**   APPROXIMATELY 12 HOURS. |
| 13:59 | 12 | **Q.**   LET'S GO TO THE DELFT REPORT, JX-0197 AT 92.  LET'S LOOK |
| 14:00 | 13 | AT BAYOU DUPRE.  HOW LONG DO THE DUTCH EXPERTS CALCULATE THAT |
| 14:00 | 14 | THE DURATION WAS ABOVE 10 FEET? |
| 14:00 | 15 | **A.**   THAT WOULD BE THIS PARTICULAR INTERVAL OF TIME.  IT'S |
| 14:00 | 16 | APPROXIMATELY SIX HOURS COMPARED TO OUR ESTIMATE OF 12. |
| 14:00 | 17 | **Q.**   IS THAT THE SAME FOR BAYOU BIENVENUE? |
| 14:00 | 18 | **A.**   YES, IT IS. |
| 14:00 | 19 | **Q.**   IS THAT THE SAME FOR MRGO HALFWAY MARK? |
| 14:00 | 20 | **A.**   YES.  ALL THREE OF THEIR LOCATIONS SHOW A DURATION OF |
| 14:00 | 21 | APPROXIMATELY SIX HOURS DURING WHICH THE WATER LEVEL WAS ABOVE |
| 14:00 | 22 | 10 FEET. |
| 14:00 | 23 | **Q.**   LET'S LEAVE THAT UP THERE.  WHAT'S THE SIGNIFICANCE OF |
| 14:01 | 24 | THIS, NOW? |
| 14:01 | 25 | **A.**   WELL, I THINK THE BIG SIGNIFICANCE TO THIS CASE IS, I |

14:01    1    BELIEVE THIS LED THE PLAINTIFFS' EXPERTS DOWN THE WRONG ROAD OF

14:01    2    LOOKING FOR FRONT-SIDE WAVE ATTACK AS THE DOMINANT CAUSE OF

14:01    3    LEVEE BREACHING.  I'LL SEE IF I CAN EXPLAIN ON ONE OF THEIR

14:01    4    ILLUSTRATIONS HERE.

14:01    5            YOU NOTICE THEIR -- THIS IS THEIR HYDROGRAPH THAT WAS

14:01    6    ACTING TO DRIVE WATER INTO THE ST. BERNARD POLDER THROUGH

14:01    7    REACH 2, THE DOMINANT SOURCE OF WATER.  I'LL DRAW OUR

14:01    8    HYDROGRAPH APPROXIMATELY.  OUR HYDROGRAPH LOOKS MORE LIKE THAT.

14:01    9            WHAT HAPPENED IS -- I'M GOING TO ASSUME THEIR

14:01   10    BREACHING WAS APPROXIMATELY 5:00 A.M., IF I RECALL CORRECTLY,

14:01   11    SOMEWHERE ABOUT THAT TIME.  THE DILEMMA THAT THEY FACED WAS

14:01   12    THEY HAD TO BREACH THE LEVEE, COMPLETELY FILL UP THE CENTRAL

14:01   13    WETLANDS, HAVE THE WATER GO OVER THE 40 ARPENT LEVEE AND FLOOD

14:02   14    THE INHABITED AREA BEFORE THE WATER LEVEL ON THE OUTSIDE OF

14:02   15    REACH 2 BEGAN TO DROP BELOW 10 FEET.  IT'S AT 10 FEET THAT THE

14:02   16    WATER WOULD HAVE STARTED COMING BACK OUT OF THE POLDER.

14:02   17            SO TO MAKE EVERYTHING WORK, THEY HAD TO PURSUE A

14:02   18    THEORY THAT WOULD BREACH THE LEVEE VERY, VERY EARLY.  SO THEY

14:02   19    ADOPTED THE THEORY OF FRONT-SIDE WAVE EROSION, BUT THEY'RE

14:02   20    WRONG.  IF YOU LOOK AT A MUCH BETTER HYDROGRAPH THAT WE GET

14:02   21    FROM THE SL15 MODEL, WE DO A MUCH BETTER JOB OF GETTING THIS

14:02   22    SECOND PEAK, WHICH IS THE REBOUNDING SURGE PROPAGATING BACK

14:02   23    AWAY FROM THE COAST OF MISSISSIPPI.  SO WE'LL GET 12 HOURS OF

14:02   24    DURATION ABOVE APPROXIMATELY 10 FEET, AND SO WE DIDN'T HAVE TO

14:02   25    RUSH INTO A WAVE-INDUCED EROSION CAUSE FOR BREACHING.  WE COULD

14:02  1  ALLOW THE BREACHING TO OCCUR AS IT ACTUALLY DID, DUE TO WAVE

14:02  2  OVERTOPPING, AND STILL HAVE PLENTY OF TIME FOR THAT FLOODED

14:03  3  WATER TO COME INTO THE POLDER AND RAISE THE LEVELS TO WHAT WAS

14:03  4  OBSERVED AND WITH THE PROPER TIMING.

14:03  5        **THE COURT:**  LET ME ASK YOU A QUESTION BECAUSE I

14:03  6  UNDERSTAND PRECISELY AS MUCH AS I CAN, PRETTY WELL, WHAT I

14:03  7  THINK YOU JUST SAID.

14:03  8              AS I RECALL -- AND I'M PARAPHRASING -- YOUR

14:03  9  TESTIMONY YESTERDAY WAS THAT IT WOULD BE IMPOSSIBLE FOR THE

14:03  10  PEAK SURGE TO BE AT 8:30 AND FOR THE WATER TO BE AT THE LEVEE

14:03  11  AT THE 40 ARPENT LINE AT 8:30.  THAT WOULD BE IMPOSSIBLE.  I

14:03  12  THINK THAT'S WHAT YOU SAID.  IF I'M MISCHARACTERIZING IT,

14:03  13  PLEASE CLEAR THAT UP.

14:03  14        **THE WITNESS:**  I THINK THAT'S GENERALLY WHAT I SAID.

14:03  15        **THE COURT:**  IF PLAINTIFFS' FRONT-SIDE WAVE THEORY

14:03  16  WERE CORRECT, WHICH I KNOW YOU ADAMANTLY DISAGREE WITH, WOULD

14:03  17  THEN -- FIRST, YOU DISAGREE WHEN THE PEAK SURGE TOOK PLACE, AN

14:03  18  HOUR; CORRECT?

14:04  19        **THE WITNESS:**  IT'S A SMALL DIFFERENCE.

14:04  20        **THE COURT:**  I THOUGHT IT WAS AN HOUR?

14:04  21        **THE WITNESS:**  I THINK --

14:04  22        **THE COURT:**  7:30, 8:30?

14:04  23        **THE WITNESS:**  YEAH.  I MEAN, IF YOU LOOK AT THIS

14:04  24  PARTICULAR CHART HERE AT BAYOU DUPRE, I BELIEVE THEIR PEAK

14:04  25  SURGE IS JUST A LITTLE BIT AFTER 8:00 ON THIS CHART.  SO WE'RE

14:04    1    AT 7:30, THEY'RE A LITTLE BIT AFTER 8:00, SO I THINK WE'RE

14:04    2    TALKING -- I THINK OUR PEAK WAS MAYBE MORE 7:40ISH.  SO I THINK

14:04    3    WE'RE ABOUT A HALF HOUR, TO BE HONEST WITH YOU, DIFFERENT.

14:04    4    IT'S NOT THAT BIG OF A DIFFERENCE.

14:04    5         **THE COURT:**  AGAIN, I'LL HAVE TO LOOK AT ALL THE

14:04    6    TESTIMONY.

14:04    7         **THE WITNESS:**  I'M JUST LOOKING AT THIS PARTICULAR

14:04    8    HYDROGRAPH.

14:04    9         **THE COURT:**  THIS IS A HYPOTHETICAL:  IF IT WERE AN

14:04   10    HOUR DIFFERENCE -- AND LET'S SAY THAT THE PLAINTIFFS ARE RIGHT

14:04   11    ABOUT THE 8:30 BEING THE MAXIMUM SURGE.  IF THERE'S EVIDENCE

14:04   12    THAT THE WATER WAS AT THE POLDER AT 8:30, WOULD THAT INDICATE

14:04   13    THAT SOME OF THE WATER HAD GOTTEN THERE THROUGH BREACHES THAT

14:05   14    HAD ALREADY OCCURRED?

14:05   15         **THE WITNESS:**  LET ME TRY TO EXPLAIN.  I DON'T THINK

14:05   16    THE TIME OF PEAK SURGE, FRANKLY, IS ALL THAT RELEVANT.  I THINK

14:05   17    WHAT MATTERS IS WHEN DID THE BREACHES OCCUR.  BOTH THE

14:05   18    PLAINTIFFS AND WE AGREE THAT THE BREACHES OCCUR AND THE LEVEE

14:05   19    BEGINS TO DEGRADE BEFORE THE TIME OF PEAK SURGE.  SO THE TIME

14:05   20    OF PEAK SURGE IS NOT SO MUCH RELEVANT AS, ACTUALLY, THE

14:05   21    DURATION BETWEEN THE TIME THE BREACHES OCCUR AND THE TIME THE

14:05   22    WATER LEVEL DROPS BELOW 10 FEET.

14:05   23         **THE COURT:**  LET ME ASK IT A LITTLE MORE DIRECTLY.

14:05   24    HOW, THEN, DO YOU EXPLAIN -- IF THE WATER GOT TO THE 40 ARPENT

14:05   25    LEVEE AT 8:30 AND THE PEAK SURGE WAS AT 8:30, WOULD THERE BE

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:05 | 1 | ANY POSSIBLE EXPLANATION, THEN, FOR THAT? |
| 14:05 | 2 | **THE WITNESS:**  I DON'T KNOW.  I THINK MR. FITZGERALD, |
| 14:05 | 3 | IN THE COMING TESTIMONY, IS GOING TO TALK MORE TO THIS |
| 14:06 | 4 | PARTICULAR ISSUE.  I THINK HE PROBABLY COULD GIVE A MORE |
| 14:06 | 5 | INFORMED OPINION ABOUT THAT. |
| 14:06 | 6 | **THE COURT:**  THAT'S FAIR ENOUGH.  I WILL AWAIT HIS |
| 14:06 | 7 | OPINION. |
| 14:06 | 8 | **MR. MITSCH:**  YOUR HONOR, I DON'T HAVE ANYTHING ELSE. |
| 14:06 | 9 | THANK YOU. |
| 14:06 | 10 | **THE COURT:**  THANK YOU, SIR. |
| 14:06 | 11 | CAN WE LABEL THE PICTURE.  WE WILL MAKE SURE |
| 14:06 | 12 | EVERYBODY GETS A COPY.  IF YOU WANT TO CALL IT "COURT," THAT'S |
| 14:06 | 13 | FINE. |
| 14:06 | 14 | **MR. MITSCH:**  WE CAN CALL IT A U.S. DEMONSTRATIVE, THE |
| 14:06 | 15 | NEXT IN LINE.  I THINK IT'S U.S. DEMONSTRATIVE 19. |
| 14:07 | 16 | **THE COURT:**  THANK YOU.  WHO IS THE GOVERNMENT'S NEXT |
| 14:07 | 17 | WITNESS? |
| 14:08 | 18 | **MS. GREIF:**  I'M MICHELE GREIF FOR THE UNITED STATES. |
| 14:08 | 19 | THE UNITED STATES CALLS STEVEN FITZGERALD. |
| 14:08 | 20 | (WHEREUPON **STEVEN FITZGERALD**, HAVING BEEN DULY SWORN, |
| 14:08 | 21 | TESTIFIED AS FOLLOWS.) |
| 14:08 | 22 | **THE DEPUTY CLERK:**  WOULD YOU STATE YOUR NAME AND ALSO |
| 14:08 | 23 | SPELL IT FOR THE RECORD. |
| 14:09 | 24 | **THE WITNESS:**  YES.  MY COMPLETE NAME IS STEVEN D. |
| 14:09 | 25 | FITZGERALD.  IT'S:  S-T-E-V-E-N; D-E-E; F-I-T-Z-G-E-R-A-L-D. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:09 | 1 | **MS. GREIF:**  YOUR HONOR, BEFORE I BEGIN QUESTIONING, |
| 14:09 | 2 | I'D JUST LIKE TO GIVE A BRIEF INTRODUCTION OF MR. FITZGERALD. |
| 14:09 | 3 | **THE COURT:**  CERTAINLY. |
| 14:09 | 4 | **MS. GREIF:**  MR. FITZGERALD IS A CIVIL ENGINEER, |
| 14:09 | 5 | SPECIALIZING IN HYDROLOGY, HYDRAULICS, AND INTERIOR FLOODING |
| 14:10 | 6 | ANALYSIS. |
| 14:10 | 7 | **THE COURT:**  I WONDER IF YOU PUT THAT DOWN A LITTLE |
| 14:10 | 8 | BIT -- I THINK IT GETS THE VOLUME A LITTLE BETTER WHEN IT'S A |
| 14:10 | 9 | LITTLE LOWER. |
| 14:10 | 10 | **MS. GREIF:**  HE HAS EXTENSIVE EXPERIENCE IN BASIC MATH |
| 14:10 | 11 | AND PHYSICS, IN COMPUTER AND PHYSICAL MODELS, AND IN REAL-WORLD |
| 14:10 | 12 | APPLICATIONS DURING AND AFTER STORMS.  MR. FITZGERALD HAS SPENT |
| 14:10 | 13 | NEARLY 30 YEARS ANALYZING AND MODELING OPEN-CHANNEL DETENTION |
| 14:10 | 14 | BASINS AND OVERLAND DRAINAGE.  MOST OF HIS CAREER HAS BEEN |
| 14:10 | 15 | SPENT AT THE HARRIS COUNTY FLOOD CONTROL DISTRICT, WHICH SERVES |
| 14:10 | 16 | HOUSTON, TEXAS, AND THE SURROUNDING AREAS. |
| 14:10 | 17 | SINCE 1981, MR. FITZGERALD HAS WORKED FLOODS, |
| 14:10 | 18 | GATHERING INFORMATION ON WATER LEVELS AND FLOWS DURING AND |
| 14:10 | 19 | AFTER STORMS, AND THEN USES THIS DATA TO ANALYZE AND MAKE |
| 14:10 | 20 | PROJECTIONS REGARDING FLOOD RISK AND ALSO TO ANALYZE THE |
| 14:11 | 21 | PERFORMANCE AND PHYSICAL FEATURES, AS WELL AS TO ANALYZE THE |
| 14:11 | 22 | PERFORMANCE OF HIS COMPUTER MODELS.  HE WAS CHOSEN AS THE |
| 14:11 | 23 | NON-CORPS OF ENGINEERS CO-LEAD OF THE IPET STUDY'S INTERIOR |
| 14:11 | 24 | DRAINAGE TEAM. |
| 14:11 | 25 | YOUR HONOR, I'D LIKE TO BEGIN QUESTIONING BY |

FINAL DAILY COPY

| 14:11 | 1 | GOING INTO SOME DETAIL OF HIS BACKGROUND. |
|---|---|---|
| 14:11 | 2 | **MR. STEVENS:**  FOR THE RECORD, WE HAVE NO OBJECTION TO |
| 14:11 | 3 | HIS CREDENTIALS. |
| 14:11 | 4 | **THE COURT:**  YOU TENDER HIM IN THE SPECIFIC |
| 14:11 | 5 | DISCIPLINES OF -- |
| 14:11 | 6 | **MS. GREIF:**  HYDROLOGY, HYDRAULICS, AND INTERIOR |
| 14:11 | 7 | FLOODING ANALYSIS. |
| 14:11 | 8 | **THE COURT:**  THE COURT ACCEPTS THE WITNESS AS |
| 14:11 | 9 | TENDERED. |
| 14:11 | 10 | **DIRECT EXAMINATION** |
| 14:11 | 11 | **BY MS. GREIF:** |
| 14:11 | 12 | **Q.**  MR. FITZGERALD, WILL YOU BRIEFLY DESCRIBE THE ANALYSIS |
| 14:11 | 13 | THAT YOU DID FOR US IN THIS CASE. |
| 14:11 | 14 | **A.**  YES.  FOR THIS CASE, MYSELF AND THE ENTIRE HYDRAULICS |
| 14:11 | 15 | TEAM, WE DID AN ANALYSIS OF THE KATRINA EVENT IN THE |
| 14:11 | 16 | ST. BERNARD BASIN AND WE RAN A SCENARIO -- ONE OTHER SCENARIO |
| 14:11 | 17 | OF SOME OTHER CONDITIONS TO COMPUTE THE WATER SURFACE ELEVATION |
| 14:12 | 18 | OVER TIME WITHIN THE ST. BERNARD BASIN. |
| 14:12 | 19 | **Q.**  WHAT TOOL DID YOU USE TO DO THE ANALYSIS IN THIS CASE? |
| 14:12 | 20 | **A.**  THE PRIMARY TOOL WAS THE HEC-RAS UNSTEADY MODEL.  THAT'S |
| 14:12 | 21 | H-E-C, THEN R-A-S.  IT STANDS FOR HYDROLOGICAL ENGINEERING |
| 14:12 | 22 | CENTER, THEN RIVER ANALYSIS SYSTEM. |
| 14:12 | 23 | **Q.**  WHAT DO YOU MEAN BY "UNSTEADY"? |
| 14:12 | 24 | **A.**  UNSTEADY MEANS THAT IT WOULD COMPUTE THE TIME WITHIN THE |
| 14:12 | 25 | BASIN -- WOULD COMPUTE THE WATER SURFACE LEVELS OVER TIME |

| | | |
|---|---|---|
| 14:12 | 1 | WITHIN THE BASIN. |
| 14:12 | 2 | **Q.**   WHAT SCENARIOS DID YOU ANALYZE USING THIS MODEL? |
| 14:12 | 3 | **A.**   THE FIRST ONE WAS THE REAL KATRINA RUN, WHAT WE'VE BEEN |
| 14:12 | 4 | CALLING SCENARIO 1.  I THINK THAT'S BEEN CONSISTENT IN THIS |
| 14:12 | 5 | CASE.  THE OTHER ONE THAT I RAN WAS WHAT WE CALL SCENARIO 6. |
| 14:12 | 6 | IT WAS MRGO AS DESIGNED AND 1956 WETLAND CONDITIONS.  IN THE |
| 14:12 | 7 | PLAINTIFFS' NUMBERING SYSTEM, THAT'S SCENARIO 3. |
| 14:12 | 8 | **Q.**   WHAT DID YOUR MODELING SHOW IN TERMS OF THE MAXIMUM WATER |
| 14:13 | 9 | SURFACE ELEVATIONS IN THE ST. BERNARD BASIN FOR THOSE TWO |
| 14:13 | 10 | SCENARIOS? |
| 14:13 | 11 | **A.**   IT SHOWED THAT THE MAXIMUM WATER SURFACE ELEVATIONS WERE |
| 14:13 | 12 | NEARLY IDENTICAL FOR BOTH OF THOSE SCENARIOS. |
| 14:13 | 13 | **Q.**   DID YOU DO ANY OTHER MODEL RUNS FOR THESE? |
| 14:13 | 14 | **A.**   YES.  WE ALSO RAN TWO OTHER CASES.  WE TOOK THE REAL |
| 14:13 | 15 | KATRINA RUN AND WE RAN IT WITHOUT THE SOUTH BREACH ALONG THE |
| 14:13 | 16 | IHNC, INNER-HARBOR NAVIGATION CANAL.  THEN WE ALSO RAN IT |
| 14:13 | 17 | WITHOUT THE NORTH OR THE SOUTH BREACH ALONG THE IHNC ADJACENT |
| 14:13 | 18 | TO THE LOWER NINTH. |
| 14:13 | 19 | **Q.**   WHAT DID THESE RESULTS SHOW IN TERMS OF THE MAXIMUM WATER |
| 14:13 | 20 | SURFACE ELEVATION? |
| 14:13 | 21 | **A.**   IT SHOWED THAT WITHIN THE LOWER NINTH WARD THE WATER |
| 14:13 | 22 | SURFACES WERE THE SAME, AND IN THE REST OF THE ST. BERNARD |
| 14:13 | 23 | BASIN THEY WERE A LITTLE BIT LOWER. |
| 14:14 | 24 | **Q.**   LET'S TALK A LITTLE BIT ABOUT THE MODEL THAT YOU USED FOR |
| 14:14 | 25 | YOUR FLOODING ANALYSIS, THE HEC-RAS MODEL.  IS IT COMMONLY USED |

14:14    1    IN THE UNITED STATES?

14:14    2    **A.**   YES.  IT'S VERY COMMONLY USED, AS WELL AS ITS PREDECESSOR,

14:14    3    WHICH IS HEC-2.  IT'S USED FOR WATERSHED STUDIES, IT'S USED TO

14:14    4    DETERMINE 100-YEAR FLOOD PLANES FOR FLOOD INSURANCE PURPOSES

14:14    5    THROUGH THE FEMA PROGRAM, AS WELL AS FOR DESIGNING OPEN

14:14    6    CHANNELS AND DETENTION BASINS AND OTHER FLOOD CONTROL

14:14    7    STRUCTURES.

14:14    8    **Q.**   HAVE YOU USED THE HEC-RAS MODEL TO MODEL THE INTERIOR

14:14    9    FLOODING IN THE ST. BERNARD BASIN BEFORE?

14:14   10    **A.**   YES.  IT WAS THE MODEL THAT WAS USED IN THE IPET WORK THAT

14:14   11    I WAS INVOLVED IN.

14:14   12    **Q.**   DID YOU USE THE EXACT SAME HEC-RAS MODEL?

14:14   13    **A.**   WE STARTED WITH THE ONE FROM IPET, AND THEN WE IMPROVED IT

14:14   14    AND UPDATED IT.

14:14   15    **Q.**   HOW DID YOU IMPROVE IT?

14:14   16    **A.**   THE MAIN THING WE DID WAS TO IMPROVE THE LEVEE AND CREST

14:15   17    ELEVATIONS.  WE ALSO GOT NEW AND IMPROVED SURGE HYDROGRAPHS TO

14:15   18    GO INTO THE MODEL.

14:15   19            **MS. GREIF:**  YOUR HONOR, NOW I'M GOING TO GO THROUGH

14:15   20    THE PROCESS THAT MR. FITZGERALD USED TO ACTUALLY DO THE

14:15   21    MODELING.

14:15   22            **THE COURT:**  THANK YOU, COUNSEL.

14:15   23    **BY MS. GREIF:**

14:15   24    **Q.**   MR. FITZGERALD, WHAT WAS THE FIRST STEP?

14:15   25    **A.**   THE FIRST STEP IS TO LOOK AT THE TERRAIN OR TOPOGRAPHY OF

| | | |
|---|---|---|
| 14:15 | 1 | THE ST. BERNARD BASIN AND LOOK AT THE INTERIOR DRAINAGE |
| 14:15 | 2 | COMPONENTS, SUCH AS CHANNELS, CANALS, STORM SEWERS, ELEVATED |
| 14:15 | 3 | RAILROAD EMBANKMENTS, THOSE KIND OF THINGS THAT WOULD AFFECT |
| 14:15 | 4 | THE FLOW OF WATER WITHIN THE BASIN ITSELF.  THEN WE DIVIDED IT |
| 14:15 | 5 | UP INTO SUBBASINS -- OR SUBAREAS IS WHAT I NORMALLY CALL IT. |
| 14:15 | 6 | WE END UP WITH 67 SUBBASINS WITHIN THE ST. BERNARD BASIN. |
| 14:15 | 7 | Q.   HOW DID YOU GET THIS INFORMATION? |
| 14:15 | 8 | A.   WE LOOKED AT WHAT HAD BEEN DEVELOPED IN IPET, THE TEAMS |
| 14:15 | 9 | THAT PUT THAT TOGETHER IN IPET.  WE WERE SATISFIED, FOR THIS |
| 14:16 | 10 | PARTICULAR ANALYSIS, THAT WE COULD USE THAT INFORMATION AS IS. |
| 14:16 | 11 | Q.   SO YOU'VE GOT THE TERRAIN, THE SUBBASINS, AND THE INTERIOR |
| 14:16 | 12 | DRAINAGE COMPONENT.  WHAT IS THE NEXT STEP? |
| 14:16 | 13 | A.   THE NEXT STEP IS WE LOOKED AT THE LEVEES AND CREST |
| 14:16 | 14 | ELEVATIONS AROUND THE -- OUTSIDE THE ST. BERNARD BASIN.  WE |
| 14:16 | 15 | SPENT QUITE A BIT OF TIME LOOKING AT THE DIFFERENT INFORMATION |
| 14:16 | 16 | TO DEVELOP THAT CREST ELEVATION AS ACCURATE AS WE COULD FOR |
| 14:16 | 17 | THIS PARTICULAR MODEL. |
| 14:16 | 18 | Q.   EXACTLY HOW DID YOU DETERMINE THE LEVEE AND FLOOD WALL |
| 14:16 | 19 | CREST HEIGHTS? |
| 14:16 | 20 | A.   WE HAD A COUPLE OF DIFFERENT SOURCES OF INFORMATION.  ONE |
| 14:16 | 21 | WAS THE PRE- AND POST-KATRINA LIDAR INFORMATION.  THAT WAS IN |
| 14:16 | 22 | THE IPET REPORT, ONE OF THE APPENDICES.  THERE WERE PROFILES |
| 14:16 | 23 | AND AERIAL PHOTOGRAPHS WE USED THAT WAS PART OF THAT. |
| 14:16 | 24 | THEN I WORKED WITH BRUCE EBERSOLE.  HE HAD SOME |
| 14:16 | 25 | INFORMATION ON THE -- SOME SURVEY INFORMATION IN CERTAIN PARTS |

14:17    1    OF IT THAT HE HAD ACQUIRED FROM THE HURRICANE PROTECTION

14:17    2    OFFICE.  THEN HE ALSO -- IT WAS HIS STAFF OR PEOPLE WHERE HE

14:17    3    WORKS THAT DID A LOT OF THE -- OBTAINING THE INFORMATION AFTER

14:17    4    KATRINA, GIS INFORMATION AND OTHER TOPOGRAPHIC INFORMATION.  HE

14:17    5    WAS ABLE TO ACCESS THAT THROUGH SOME OF HIS STAFF AND LOOK AT

14:17    6    IT IN MORE DETAIL THAN I COULD, SO HE PROVIDED SOME INPUT FOR

14:17    7    ME IN THE FORM OF A MEMORANDUM TO GIVE ME SOME OF THE

14:17    8    INFORMATION.  THEN WE WORKED COLLABORATIVELY ON SOME OF THE

14:17    9    POINTS.

14:17   10    Q.   SO YOU DETERMINED THE BOUNDARY CONDITIONS.  THEN, I GUESS,

14:17   11    NEXT YOU HAD TO DETERMINE THE BREACH GEOMETRY; IS THAT RIGHT?

14:17   12    A.   YES.  AFTER WE HAD THE PRE-KATRINA CREST ELEVATIONS, THEN

14:17   13    WE NEEDED TO LOOK AT THE BREACHES.  THEY'RE VERY IRREGULAR, AS

14:17   14    WE'VE SEEN FROM THE PHOTOS ALONG REACH 2.  FOR MODELING -- IN

14:17   15    THIS MODEL, WE MODELED THE REACH 2 AS A SERIES OF WEIRS, WHICH

14:18   16    IS SOMETHING THAT WATER FLOWS OVER.  WE CALL IT A WEIR.  IT

14:18   17    JUST HOLDS WATER BACK AND WATER WILL FLOW OVER IT.

14:18   18              SO WE DIVIDED IT UP INTO 15 WEIRS AND HAD TO PLACE

14:18   19    THOSE BREACHES IN EACH ONE OF THOSE WEIRS THAT WE SAW FROM THE

14:18   20    LIDAR INFORMATION THAT HAD OCCURRED.  I AGGREGATED THE

14:18   21    INFORMATION BOTH VERTICALLY AND HORIZONTALLY FROM THOSE

14:18   22    PROFILES THAT WE HAD AND PLACED THEM IN THE MODEL.

14:18   23    Q.   LET'S TURN TO YOUR EXPERT REPORT, PX-1487.  ON PAGE 14,

14:18   24    FIGURE 6, THERE'S A MAP THAT YOU CREATED?

14:18   25    A.   YES, I CREATED THIS MAP.  AROUND THE OUTSIDE, WE LABELED

14:18    1   THE DIFFERENT LEVEE REACHES.  WE HAD TO PUT A NAME TO THEM, SO

14:18    2   THESE ARE THE NAMES WE USED, THE IHNC, GIWW, AND ON AROUND TO

14:19    3   THE SOUTHERN END.  YOU CAN SEE HERE WE HAVE THE BAYOU BIENVENUE

14:19    4   AT THIS LOCATION HERE.  BAYOU DUPRE IS ABOUT HERE ON THIS

14:19    5   PHOTOGRAPH.

14:19    6           VISUALLY, I WANTED TO APPROXIMATE WHERE THE BREACH

14:19    7   LOCATIONS OCCURRED, SO THAT'S WHAT THESE RED LINES ARE ALONG

14:19    8   THE REACH 2.  THESE ARE APPROXIMATE LOCATIONS, WHAT I VISUALLY

14:19    9   PLACED FROM THE PHOTOGRAPHS.

14:19   10   Q.   ON THAT SAME PAGE, PAGE 14, IS TABLE 1 THAT YOU CREATED.

14:19   11   THAT CONTAINS BREACH DATA.  WILL YOU PLEASE JUST EXPLAIN THIS

14:19   12   TABLE FOR US.

14:19   13   A.   YES.  THE BREACHES, THERE WERE TWO ALONG IHNC, WHICH ARE

14:19   14   LISTED IN THE LEFT COLUMN, AS WELL AS THE 11 AREAS THAT HAD

14:19   15   BREACHES IN OUR WEIR AREA.  EXCUSE ME.  THE NEXT COLUMN IS THE

14:19   16   APPROXIMATE BOTTOM WIDTHS THAT I AGGREGATED WITHIN THOSE AREAS.

14:19   17   THE NEXT COLUMN, BOTTOM ELEVATION, WE'VE BEEN REFERRING TO IT

14:20   18   AS A SILL ELEVATION, TOO, BUT IT'S AN AVERAGE OR AGGREGATED

14:20   19   BOTTOM ELEVATION WHERE THE BREACHES OBTAINED ARE DEGRADED TOO.

14:20   20           THE NEXT COLUMN IS THE WATER SURFACE TRIGGER

14:20   21   ELEVATION.  THE WATER SURFACE WE'RE REFERRING TO HERE IS THE

14:20   22   SURGE ELEVATION, WHICH WOULD TRIGGER THE DEGRADATION OF THE

14:20   23   BREACHES FROM THE TOP DOWN.  I WORKED IN COLLABORATION WITH

14:20   24   BRUCE EBERSOLE ON THAT.  HE GAVE ME THE GUIDELINES FOR THAT.

14:20   25   THEN OUR TEAM APPLIED THOSE GUIDELINES HERE.

| | | |
|---|---|---|
| 14:20 | 1 | THE LAST COLUMN IS THE FORMATION TIME FOR THOSE |
| 14:20 | 2 | BREACHES.  ALONG IHNC, THE PHYSICAL EVIDENCE INDICATED THAT |
| 14:20 | 3 | THAT OCCURRED RATHER RAPIDLY ALONG THOSE FLOOD WALLS.  THE |
| 14:20 | 4 | ESTIMATE WAS 20 MINUTES FOR THAT FORMATION TIME.  THEN ALONG |
| 14:20 | 5 | REACH 2, THAT TIME THAT WE USED IN THE FINAL MODEL WAS |
| 14:20 | 6 | ONE-AND-A-HALF HOURS FOR THAT DEGRADATION TO ERODE THOSE |
| 14:20 | 7 | EARTHEN LEVEES ALONG REACH 2. |
| 14:21 | 8 | **Q.**   HOW DID YOU DETERMINE THE BOTTOM WIDTH AND BOTTOM |
| 14:21 | 9 | ELEVATIONS? |
| 14:21 | 10 | **A.**   THE BOTTOM WIDTH AND BOTTOM ELEVATIONS, I LOOKED AT THE |
| 14:21 | 11 | PROFILES FROM THE LIDAR, THE POST-KATRINA LIDAR, AND JUST |
| 14:21 | 12 | APPROXIMATED USING MY ENGINEERING JUDGMENT AND SCALED THEM OFF. |
| 14:21 | 13 | WE PUT THEM IN LIKE I'VE SHOWN HERE, WITH THESE LENGTHS AND |
| 14:21 | 14 | WITH THESE BOTTOM ELEVATIONS. |
| 14:21 | 15 | THE BOTTOM ELEVATIONS, THERE ARE ELEVATIONS ABOVE AND |
| 14:21 | 16 | BELOW THOSE ELEVATIONS, BUT THIS IS MEANT TO BE AGGREGATED FOR |
| 14:21 | 17 | COMPUTATIONAL PURPOSES SO THAT WE CAN COMPUTE IT IN THIS MODEL. |
| 14:21 | 18 | WE NEEDED TO PUT THEM IN SO THAT WE COULD COMPUTE IT WITH THIS |
| 14:21 | 19 | ROUTINE. |
| 14:21 | 20 | **THE COURT:**  COUNSEL, TO MAKE SURE I UNDERSTAND THIS, |
| 14:21 | 21 | I WANT TO ASK THE WITNESS A BRIEF QUESTION. |
| 14:21 | 22 | ON MRGO REACH, WE HAVE 40265, WE HAVE A BOTTOM |
| 14:21 | 23 | WIDTH OF 8,600? |
| 14:21 | 24 | **THE WITNESS:**  YES. |
| 14:21 | 25 | **THE COURT:**  WHERE WOULD THAT BE, APPROXIMATELY? |

14:22   1              **THE WITNESS:**  THAT ONE WOULD BE STARTING RIGHT AT

14:22   2    BAYOU BIENVENUE AND GO SOUTHWARD ABOUT A MILE AND A HALF.  THAT

14:22   3    WOULD BE THE FIRST ONE.

14:22   4              **THE COURT:**  I'M UNDERSTANDING.  WHEN YOU SAY "BOTTOM

14:22   5    WIDTH," CAN YOU DESCRIBE THAT.

14:22   6              **THE WITNESS:**  YES.  THE BOTTOM WIDTH IS THE -- IF

14:22   7    YOU'RE LOOKING AT THE LEVEE FROM THE SIDE AFTER IT'S BREACHED,

14:22   8    YOU CAN SEE IT WAS UP HERE AT THIS LEVEL, AT A HIGHER LEVEL,

14:22   9    AND THEN WHEN IT DEGRADES, IT GOES DOWN TO A LOWER LEVEL, AND

14:22   10   WHATEVER THAT -- THAT LENGTH THAT YOU CAN SEE THROUGH THE LEVEE

14:22   11   I'M CALLING THE BOTTOM WIDTH.

14:22   12             **THE COURT:**  WE'RE LOOKING AT A LEVEE THAT HAS

14:22   13   BREACHED AND THERE IS -- IT'S ONE LEVEE.  YOU'RE LOOKING AT A

14:22   14   SEGMENT OF THE LEVEE THAT HAS BREACHED ALONG REACH 2.  THAT

14:22   15   SEGMENT OF BREACH IS 8,600 --

14:22   16             **THE WITNESS:**  FEET LONG, YES, SIR.

14:22   17             **THE COURT:**  ALL RIGHT.

14:22   18   BY MS. GREIF:

14:22   19   Q.   SO YOU'VE DETERMINED, NOW, THE LEVEE AND FLOOD WALL CREST

14:23   20   PROFILE AND THE BREACH GEOMETRIES.  WHAT IS THE NEXT STEP IN

14:23   21   THE HEC-RAS MODEL PROCESS?

14:23   22   A.   THE NEXT STEP, THEN, IS TO START PUTTING THE WATER SOURCES

14:23   23   INTO THE MODEL.  CHRONOLOGICALLY, IN TIME, THE RAINFALL OCCURS

14:23   24   FIRST, SO WE LOOKED AT WHAT WAS USED IN THE IPET STUDY, OUR

14:23   25   IPET WORK, WHICH WAS DETERMINED THROUGH THE HEC-HMS MODEL,

| | | |
|---|---|---|
| 14:23 | 1 | WHICH IS THE HYDROLOGICAL ENGINEERING CENTER HYDROLOGIC |
| 14:23 | 2 | MODELING SYSTEM, WHICH IS THE HYDROLOGY MODEL. |
| 14:23 | 3 | WHAT THAT DOES IS, WE PUT THE RAINFALL INTO THE |
| 14:23 | 4 | SUBBASIN AND IT CALCULATES THE RUNOFF FROM THAT RAINFALL.  WE |
| 14:23 | 5 | PUT THAT IN AS AN INFLOW HYDROGRAPH OR INFLOW INTO EACH OF |
| 14:23 | 6 | THOSE SUBBASINS.  THAT RAINFALL GOES INTO EACH OF THE 67 |
| 14:23 | 7 | SUBBASINS.  THAT IS PUT IN THERE. |
| 14:23 | 8 | Q.   YOU USED THIS INFORMATION FROM THE IPET REPORT? |
| 14:24 | 9 | A.   YES.  WE USED IT AS IS.  WE LOOKED AT IT AND FELT |
| 14:24 | 10 | COMFORTABLE WITH IT AND USED IT AS IS. |
| 14:24 | 11 | Q.   SO YOU'VE GOT THE RAINFALL INFLOW.  WHAT IS THE NEXT WATER |
| 14:24 | 12 | SOURCE? |
| 14:24 | 13 | A.   THE NEXT WATER SOURCE IN TIME IS THE WAVE OVERTOPPING AS |
| 14:24 | 14 | THE SURGE IS RISING.  WE GOT THAT INFORMATION FROM DON RESIO. |
| 14:24 | 15 | HE HAD DONE HIS ANALYSIS AND PROVIDED US -- AT SEVERAL POINTS |
| 14:24 | 16 | ALONG REACH 2, HE PROVIDED THE WAVE OVERTOPPING RATES OVER |
| 14:24 | 17 | REACH 2.  WE AVERAGED THOSE AND PUT THAT IN WITH THE RAINFALL |
| 14:24 | 18 | INTO THE CENTRAL WETLANDS BECAUSE THAT'S WHERE THE WATER -- THE |
| 14:24 | 19 | OVERFLOW WOULD GO INTO THE CENTRAL WETLANDS, AND THAT'S WHERE |
| 14:24 | 20 | WE ADDED THAT IN.  WE GOT THAT FROM DON RESIO, AVERAGED IT, AND |
| 14:24 | 21 | PUT IT IN. |
| 14:24 | 22 | Q.   THEN WHAT IS THE NEXT SOURCE? |
| 14:24 | 23 | A.   THE NEXT SOURCE IS THE SURGE ITSELF.  WE GOT HYDROGRAPHS |
| 14:25 | 24 | FROM JOANNES WESTERINK AROUND THE ST. BERNARD BASIN.  WE TOOK |
| 14:25 | 25 | THAT INFORMATION, AND BRUCE EBERSOLE PROVIDED US THE SCALING |

14:25  1   FACTORS THAT HAVE BEEN TALKED ABOUT HERE, SO WE USED THE

14:25  2   SCALING FACTORS ON THOSE SURGE HYDROGRAPHS.

14:25  3         THEN DON RESIO, ALSO WITH HIS WORK, HE HAD CALCULATED

14:25  4   THE WAVE SETUP, SO WE ADDED THOSE TO THE WAVE SETUP.  WE ADDED

14:25  5   THE WAVE SETUP TO THOSE HYDROGRAPHS.  WITH ALL THOSE TOGETHER,

14:25  6   THAT WAS OUR INPUT TO OUR INTERIOR MODEL FOR THE SURGE.

14:25  7   Q.   WERE ALL OF THE SURGE HYDROGRAPHS THAT YOU USED COMPUTED

14:25  8   BY DR. WESTERINK?

14:25  9   A.   ALL OF THEM BUT THE ONE ALONG IHNC.  WE HAD THAT OBSERVED

14:25  10  HYDROGRAPH THAT WAS MEASURED AT THE LOCK THAT WE'VE SEEN HERE A

14:25  11  FEW TIMES.  WHENEVER YOU HAVE A MEASURED HYDROGRAPH, IT'S

14:25  12  ALWAYS BETTER TO USE THAT THAN A COMPUTED ONE.  SO THAT'S WHAT

14:25  13  WE USED ALONG IHNC.

14:26  14  Q.   NOW, AT THIS POINT YOU'VE GOT ALL THE INPUT?

14:26  15  A.   YES.  WE HAVE ALL THE WATER SOURCES.

14:26  16  Q.   THEN WHAT'S NEXT?

14:26  17  A.   NEXT IS TO RUN THE MODELS.

14:26  18  Q.   HOW DID YOU REPORT THE RESULTS OF THE MODELS?

14:26  19  A.   THE TWO PRIMARY WAYS WE REPORT IS THE MAXIMUM WATER

14:26  20  SURFACE ELEVATION AT DIFFERENT POINTS WITHIN THE SUBBASIN; THEN

14:26  21  WE ALSO LIKE TO DRAW THE HYDROGRAPHS, THESE WATER LEVELS OVER

14:26  22  TIME AT DIFFERENT POINTS WITHIN THE SUBBASIN.

14:26  23  Q.   THAT'S CALLED THE STAGE HYDROGRAPH?

14:26  24  A.   STAGE HYDROGRAPHS, YES.

14:26  25  Q.   WHERE IN THE BASIN DID YOU CALCULATE ALL THE MAXIMUM WATER

14:26    1    SURFACE ELEVATIONS?

14:26    2    **A.**    WE CALCULATED WITHIN EACH OF THE SUBBASINS.

14:26    3    **Q.**    LET'S TURN BACK TO YOUR EXPERT REPORT, PX-1487, ON

14:26    4    PAGE 17, FIGURE 7.  WE SEE ANOTHER MAP HERE.  WILL YOU DESCRIBE

14:26    5    THIS MAP.

14:26    6    **A.**    YES.  THE YELLOW LINE IS THE LAKE PONTCHARTRAIN AND

14:27    7    VICINITY HURRICANE PROTECTION SYSTEM LEVEES.  THE RED LINE IS

14:27    8    THE MISSISSIPPI RIVER LEVEE.  THE PURPLE LINE THROUGH THE

14:27    9    CENTER IS APPROXIMATELY THE 40 ARPENT LEVEE.  I'VE SHOWN SOME

14:27    10   NUMBERS AND LETTERS THROUGH HERE.  THE NUMBERS ARE THE

14:27    11   LOCATIONS WHERE I REPORTED RESULTS, MAXIMUM WATER SURFACE AND

14:27    12   STAGE HYDROGRAPHS.

14:27    13        I CHOSE THE SAME LOCATIONS AS THE PLAINTIFFS'

14:27    14   LOCATIONS FROM THEIR 2008 REPORT, WHICH IS PART OF PROFESSOR

14:27    15   VRIJLING'S REPORT.  SO TO MAKE IT EASY, THEY PICKED GOOD

14:27    16   LOCATIONS, SO I JUST USED THE SAME ONES.  THEN I SHOWED THE

14:27    17   PLAINTIFFS' LOCATIONS A, B, AND C.  A IS THE FRANZ -- I THINK

14:27    18   I'M NOT SAYING THIS RIGHT, BUT THE FRANZ LOCATION, SOMETHING

14:27    19   LIKE THAT.  B IS WHERE THE LATTIMORES LIVED.  C IS THE SMITH

14:27    20   LOCATION.

14:27    21   **Q.**    LET'S TURN TO PAGE 16 OF YOUR REPORT, TABLE 3.  THIS

14:28    22   DISPLAYS YOUR RESULTS FROM THE KATRINA REAL RUN?

14:28    23   **A.**    YES, IT DOES.

14:28    24   **Q.**    WILL YOU JUST DESCRIBE YOUR RESULTS.

14:28    25   **A.**    SURE.  FOR EACH OF THE LOCATIONS WE JUST SAW ON THE

14:28   1   PREVIOUS FIGURE, REPORTED IN THIS MIDDLE COLUMN, THE MAXIMUM

14:28   2   WATER SURFACE ELEVATIONS FROM OUR COMPUTATIONS, AND THE LAST

14:28   3   COLUMN IS THE OBSERVED OR MEASURED HIGH WATER MARKS THAT THE

14:28   4   TEAM COLLECTED -- THE IPET TEAM COLLECTED RIGHT AFTER KATRINA.

14:28   5   THOSE REPRESENT THE HIGHER ELEVATIONS WITHIN THOSE SUBBASINS.

14:28   6   Q.   THE OBSERVATIONAL HIGH WATER MARKS, HOW DID THE IPET TEAM

14:28   7   GET THAT INFORMATION?

14:28   8   A.   WELL, FROM TALKING TO A COUPLE OF THEM AND THEN READING IN

14:28   9   THE REPORT FROM IPET CHAPTER 4, THEY HAD USED STOP CLOCKS,

14:28   10  TRIED TO FIND HIGH WATER MARKS AFTER THE STORM AT DIFFERENT

14:29   11  LOCATIONS AND GO AND DETERMINE THEIR RELIABILITY AND PICK THE

14:29   12  ONES THEY FELT WERE ACCURATE.

14:29   13        ALSO, THEY USED EYEWITNESS ACCOUNTS.  WHERE THERE

14:29   14  WERE PHOTOGRAPHS, THEY USED THOSE THAT -- PEOPLE THAT TOOK

14:29   15  PHOTOGRAPHS, THEY USED THOSE, AS WELL AS FOR ANY KIND OF VIDEO

14:29   16  THAT THEY WERE ABLE TO OBTAIN.

14:29   17  Q.   IN YOUR PROFESSIONAL OPINION, HOW WELL DO YOU THINK THE

14:29   18  HEC-RAS MODEL FOR SCENARIO 1 REPLICATED THE WATER LEVELS IN THE

14:29   19  ACTUAL KATRINA EVENT IN THE ST. BERNARD BASIN BASED ON WHAT WE

14:29   20  KNOW FROM THE OBSERVED DATA?

14:29   21  A.   I THINK IT REPRESENTED IT VERY WELL.  IN OUR WORLD OF

14:29   22  DOING POSTFLOOD ANALYSIS AND COMPARING TO OUR MODELS, IF WE CAN

14:29   23  GET WITHIN A FOOT FOR DEPTHS LIKE THIS, THEN WE CONSIDER THAT A

14:29   24  GOOD RUN AND THAT OUR RESULTS ARE GOOD.

14:29   25  Q.   DID YOU DO ANY CALIBRATIONS TO MATCH THE OBSERVED DATA?

| | | |
|---|---|---|
| 14:29 | 1 | **A.**   VERY MINIMAL. |
| 14:29 | 2 | **Q.**   WHY DO YOU THINK YOUR RESULTS CAME SO CLOSE TO THE |
| 14:30 | 3 | OBSERVED DATA? |
| 14:30 | 4 | **A.**   WELL, WE SPENT A LOT OF TIME BOTH IN THE INTERIOR DRAINAGE |
| 14:30 | 5 | TEAM WITH THE ACCURACY OF THE PHYSICAL DIMENSIONS IN GEOMETRY, |
| 14:30 | 6 | THE INTERIOR BASIN, AND ALSO I KNOW THAT DR. WESTERINK AND |
| 14:30 | 7 | MR. EBERSOLE SPENT TIME LOOKING AT THE PHYSICAL CONDITIONS IN |
| 14:30 | 8 | THE AREA, AS WELL AS REPRESENTING THE CONDITIONS OF THE |
| 14:30 | 9 | HURRICANE ITSELF WITH THE WINDS, TRYING TO GET AS ACCURATE OF |
| 14:30 | 10 | WINDS FOR DEVELOPING THE SURGE HYDROGRAPH. |
| 14:30 | 11 | I THINK, IN MY OPINION, IT'S BECAUSE OF OUR EFFORT IN |
| 14:30 | 12 | TRYING TO REPRESENT IT WAS PHYSICALLY POSSIBLE, THE CONDITIONS |
| 14:30 | 13 | THAT HAPPENED DURING KATRINA, AND THE PHYSICAL CONDITIONS THAT |
| 14:30 | 14 | WERE IN PLACE AT THE TIME. |
| 14:30 | 15 | **Q.**   PLAINTIFFS' EXPERTS RAN THIS KATRINA REAL-RUN SCENARIO TO |
| 14:30 | 16 | MODEL INTERIOR FLOODING; RIGHT? |
| 14:30 | 17 | **A.**   YES. |
| 14:30 | 18 | **Q.**   THEY USED A DIFFERENT MODEL? |
| 14:30 | 19 | **A.**   YES.  THEY USED THE SOBEK MODEL. |
| 14:30 | 20 | **Q.**   LET'S TURN TO PAGE 26 OF YOUR REPORT, PX-1487, PAGE 26, |
| 14:30 | 21 | TABLE 6.  WOULD YOU JUST DESCRIBE WHAT THIS TABLE DISPLAYS. |
| 14:31 | 22 | **A.**   YES.  THIS IS THE SAME LOCATIONS, 1 THROUGH 10, AS I |
| 14:31 | 23 | SHOWED EARLIER.  THE SECOND COLUMN IS THE SAME AS THE PREVIOUS |
| 14:31 | 24 | FIGURE.  IT'S OUR RESULTS FOR THE REAL KATRINA RUN FOR THE |
| 14:31 | 25 | MAXIMUM WATER SURFACE ELEVATIONS.  THE THIRD COLUMN IS THE |

FINAL DAILY COPY

14:31    1    PLAINTIFFS' RESULTS FOR THOSE SAME LOCATIONS FOR THEIR MAXIMUM

14:31    2    WATER SURFACE.  THE LAST IS THE OBSERVED OR MEASURED HIGH WATER

14:31    3    MARKS.

14:31    4    **Q.**    FROM A CIVIL ENGINEERING PERSPECTIVE, HOW WELL DO YOU

14:31    5    THINK YOUR RESULTS COMPARED WITH THE PLAINTIFFS' EXPERTS'

14:31    6    RESULTS?

14:31    7    **A.**    THE PLAINTIFFS' RESULTS WERE GOOD TOO; OURS WERE JUST A

14:31    8    LITTLE BIT CLOSER.

14:31    9    **Q.**    LET'S TURN TO JX-265.  THIS IS THE IPET STUDY ON

14:31    10   PAGE 4-197, FIGURE 136.  WOULD YOU DESCRIBE WHAT THIS FIGURE

14:32    11   DISPLAYS.

14:32    12   **A.**    YES.  THIS IS FROM THE IPET REPORT, CHAPTER 4.  THIS IS A

14:32    13   GRAPHICAL SUMMARY OF SOME OF THE POINTS THAT THE TEAM THAT WENT

14:32    14   OUT AND GOT THE OBSERVED ELEVATIONS FOUND.  THE LEFT COLUMN,

14:32    15   IT'S THE ELEVATION ON THE LEFT.  THEN ALONG THE BOTTOM AXIS IS

14:32    16   THE TIME.  SO THIS IS A FORM OF A STAGE HYDROGRAPH, BUT THIS IS

14:32    17   AT DIFFERENT LOCATIONS; THEY'RE NOT ALL AT THE SAME LOCATION.

14:32    18   SO THIS INFORMATION WAS VALUABLE BOTH TO US, AS WELL AS TO THE

14:32    19   PLAINTIFFS WHEN THEY WERE DOING THEIR INTERIOR MODELING.

14:32    20         I WOULD JUST LIKE TO POINT YOU TO THE RED TRIANGLES

14:32    21   THAT'S AT JACKSON BARRACKS, WHICH IS JUST ON THE EAST SIDE OF

14:32    22   THE LOWER NINTH WARD.  FROM WHAT I UNDERSTAND, THERE WERE

14:32    23   PEOPLE THAT STAYED THERE DURING THE HURRICANE AND TOOK

14:33    24   PHOTOGRAPHS AND RECORDED THE TIMES THAT THOSE PHOTOGRAPHS WERE

14:33    25   TAKEN, SO THOSE RED TRIANGLES ARE GOOD INFORMATION ABOUT THE

| | | |
|---|---|---|
| 14:33 | 1 | PROGRESS OF THE STORM OR THE PROGRESS OF THE POLDER FILLING UP |
| 14:33 | 2 | DURING KATRINA. |
| 14:33 | 3 | THE OTHER ONE IS THE CHALMETTE, OR THE GREEN BOXES. |
| 14:33 | 4 | THERE WAS A COUPLE OF VIDEOS AND PROBABLY OTHER INFORMATION |
| 14:33 | 5 | THEY GOT THERE.  ONE OF THEM WAS A VIDEO WE SAW ON THE FIRST |
| 14:33 | 6 | DAY THAT PROFESSOR VRIJLING TESTIFIED FROM THE CHANNEL 8 |
| 14:33 | 7 | SECURITY CAMERA AT THE TOWER THERE.  SO THAT WAS A GOOD VIDEO |
| 14:33 | 8 | FOR -- AN INTERIOR MODELER, IT'S GOOD TO HAVE INFORMATION LIKE |
| 14:33 | 9 | THAT BECAUSE IT HELPS US IN OUR MODELING. |
| 14:33 | 10 | Q.  SO YOU JUST POINTED OUT SOME EXAMPLES OF PARTICULARLY |
| 14:33 | 11 | RELIABLE DATA? |
| 14:33 | 12 | A.  YES, YES. |
| 14:33 | 13 | Q.  LET'S TURN BACK TO YOUR EXPERT REPORT, PX-1487, ON PAGE |
| 14:33 | 14 | 22, FIGURE 9B.  THIS IS A HYDROGRAPH THAT YOU CREATED; RIGHT? |
| 14:34 | 15 | A.  YES.  THIS IS A STAGE HYDROGRAPH.  AT LEFT IS ELEVATION, |
| 14:34 | 16 | AND THE TIME IS ALONG THE BOTTOM.  THIS ONE STARTS ABOUT |
| 14:34 | 17 | MIDNIGHT -- EXCUSE ME, ABOUT NOON ON THE 28TH AND GOES THROUGH |
| 14:34 | 18 | MIDNIGHT ON THE 30TH.  THAT'S THE TIME FRAME. |
| 14:34 | 19 | Q.  THIS IS THE LOCATION A.  THAT IS THE FRANZ LOCATION? |
| 14:34 | 20 | A.  YES.  IT'S THE FRANZ LOCATION IN THE LOWER NINTH WARD. |
| 14:34 | 21 | AROUND MIDNIGHT OR RIGHT AFTER MIDNIGHT ON THE 28TH, |
| 14:34 | 22 | RIGHT HERE, THE RAINFALL BEGINS AND THE WATER STARTS TO FILL UP |
| 14:34 | 23 | WITHIN THIS SUBBASIN.  THEN AROUND 4:30 OR SO, THE NORTH BREACH |
| 14:34 | 24 | OCCURRED ON THE NORTH SIDE OF IHNC, NORTH PART OF THE LOWER |
| 14:34 | 25 | NINTH.  THAT WATER CAME IN VERY QUICKLY.  YOU CAN SEE THE RISE |

| | | |
|---|---|---|
| 14:34 | 1 | VERY QUICKLY.  THEN AROUND 7:00, 7:30, THE SOUTHERN BREACH |
| 14:34 | 2 | OCCURRED, BY OUR ESTIMATIONS, AND THAT'S AT THAT POINT THERE. |
| 14:34 | 3 | THEN IT CAME IN VERY QUICKLY THERE.  THAT WAS A |
| 14:35 | 4 | LARGER BREACH ON THE SOUTHERN SIDE.  THEN ABOUT THIS POINT |
| 14:35 | 5 | HERE, THE WATER STARTS TO LEVEL OFF, AND THEN YOU CAN SEE RISES |
| 14:35 | 6 | TO THE RIGHT UP TO A PEAK RIGHT HERE.  RIGHT HERE, WHERE IT |
| 14:35 | 7 | STARTS TO LEVEL OFF, THAT'S WHEN THE WATER THAT HAD COME FROM |
| 14:35 | 8 | THE REACH 2 BREACHES AND OVERTOPPING HAD MADE IT THIS FAR TO |
| 14:35 | 9 | THE LOWER NINTH WARD.  SO THIS IS WATER THAT HAD CAME ACROSS |
| 14:35 | 10 | THE CENTRAL WETLANDS, OVER THE 40 ARPENT, AND WAS REACHING |
| 14:35 | 11 | LOWER NINTH BY THIS TIME. |
| 14:35 | 12 | THE COURT:  THAT WOULD BE APPROXIMATELY -- |
| 14:35 | 13 | THE WITNESS:  IT WAS APPROXIMATELY 10:00 TO 11:00 IN |
| 14:35 | 14 | THE MORNING.  THEN THE WATER CONTINUES TO RISE BECAUSE WATER IS |
| 14:35 | 15 | STILL COMING INTO THE ST. BERNARD BASIN UP UNTIL ABOUT 3:00 IN |
| 14:35 | 16 | THE AFTERNOON, REACHES ABOUT 11 FEET. |
| 14:35 | 17 | BY MS. GREIF: |
| 14:35 | 18 | Q.   LET'S PULL UP DM-25, 9B.  THIS IS THAT SAME HYDROGRAPH; |
| 14:36 | 19 | RIGHT? |
| 14:36 | 20 | A.   YES, THIS IS THE SAME HYDROGRAPH I WAS JUST SHOWING. |
| 14:36 | 21 | THESE RED TRIANGLES ARE THE SAME TRIANGLES FROM THAT FIGURE 136 |
| 14:36 | 22 | FROM IPET.  I JUST OVERLAID THE TWO.  SO THIS IS THE COMPUTED |
| 14:36 | 23 | STAGE HYDROGRAPH AT THE FRANZ LOCATION AND SHOWS HOW CLOSE THE |
| 14:36 | 24 | OBSERVED OR MEASURED RISE FOLLOWED WITH WHAT THE FOLKS THERE |
| 14:36 | 25 | TOOK PICTURES OF THERE WHILE THEY WERE AT JACKSON BARRACKS.  SO |

14:36  1  THIS WAS A VERY GOOD AGREEMENT AT THIS LOCATION.

14:36  2  **Q.**   DID THE PLAINTIFFS' EXPERTS PREPARE STAGE HYDROGRAPHS FOR

14:36  3  THIS POINTS?

14:36  4  **A.**   YES, THEY DID.

14:36  5  **Q.**   HOW DID THEIR STAGE HYDROGRAPH FOR THIS POINT COMPARE TO

14:36  6  YOUR HYDROGRAPH?

14:36  7  **A.**   IT STARTS OFF VERY SIMILAR ON THE RISE, AND OUR MAXIMUM

14:36  8  WATER SURFACES THAT I SHOWED EARLIER ARE VERY SIMILAR.  THE

14:37  9  MAIN DIFFERENCE IS THAT THEIR PEAK STAGE OCCURS ABOUT FOUR

14:37  10  HOURS OR SO BEFORE OURS.  IT'S ABOUT A FOUR- TO FIVE-HOUR

14:37  11  DIFFERENCE.

14:37  12  **Q.**   LET'S TURN BACK TO YOUR EXPERT REPORT, PX-1487, ON PAGE

14:37  13  23.

14:37  14          **THE COURT:**  LET ME ASK A QUESTION.  WHEN YOU SAY

14:37  15  "OBSERVED AT JACKSON BARRACKS," THAT'S AN ANECDOTAL REMARK OR

14:37  16  HOW IS THAT PLACED ON YOUR GRAPH?

14:37  17          **THE WITNESS:**  WHAT I UNDERSTOOD AND WHAT I READ IS

14:37  18  THEY TOOK PHOTOGRAPHS AS THE WATER WAS RISING, AND A TEAM WENT

14:37  19  OUT AFTERWARDS AND TOOK MEASUREMENTS AT THOSE LOCATIONS WHERE

14:37  20  THE WATER WAS SEEN AT THOSE POINTS IN TIME.  SO THEY WERE

14:37  21  OBSERVED AND THEN MEASURED.

14:37  22          **THE COURT:**  THAT WAS DONE BY THE IPET?

14:37  23          **THE WITNESS:**  YES.  THE IPET TEAM MEASURED FROM THE

14:37  24  INFORMATION PROVIDED BY THE FOLKS AT JACKSON BARRACKS.

14:38  25          **THE COURT:**  THANK YOU.

FINAL DAILY COPY

14:38 | 1 |         **THE WITNESS:**  IN HOUSTON, TEXAS, WHERE I AM FROM, WE
14:38 | 2 | GET A LOT OF GOOD INFORMATION FROM PEOPLE THAT STAY AT THEIR
14:38 | 3 | HOME AND TAKE PICTURES AS THEY COME UP.  SO THIS IS A VERY
14:38 | 4 | COMMON WAY TO COLLECT INFORMATION AFTER A STORM.
14:38 | 5 |         **THE COURT:**  I WAS JUST CURIOUS AS TO HOW YOU -- I'M
14:38 | 6 | SURE THERE'S A WAY TO CORRELATE THE WATER HEIGHT WITH THE TIME.
14:38 | 7 | LOOKING AT A VIDEO WOULD SHOW THE TIME, BUT HOW YOU
14:38 | 8 | WOULD CORRELATE THE HEIGHT --
14:38 | 9 |         **THE WITNESS:**  RIGHT.  RIGHT.  AFTERWARDS.  YOU GO OUT
14:38 | 10 | AND MEASURE IT AFTERWARDS WITH -- A SURVEYOR GOES OUT AND
14:38 | 11 | MEASURES IT AFTERWARDS.  YOU NEED TO HAVE SOMETHING IN THE
14:38 | 12 | PICTURE YOU CAN SEE TO RELATE IT TO, LIKE THE SIDE OF A
14:38 | 13 | BUILDING OR A TREE OR MAILBOX OR SOMETHING LIKE THAT.
14:38 | 14 |         **THE COURT:**  ALL RIGHT.  THANK YOU.
14:38 | 15 | **BY MS. GREIF:**
14:38 | 16 | **Q.**  PAGE 23 OF YOUR EXPERT REPORT, 9D, THIS IS ANOTHER STAGE
14:38 | 17 | HYDROGRAPH THAT YOU CREATED?
14:38 | 18 | **A.**  YES.  SAME TIME FRAME.  THIS IS AT THE SMITH LOCATION,
14:39 | 19 | WHICH IS JUST EAST OF PARIS ROAD, NOT TOO FAR FROM THAT
14:39 | 20 | CHANNEL 8 TOWER THAT WE SAW IN THE VIDEO THE FIRST DAY OF
14:39 | 21 | PROFESSOR VRIJLING'S TESTIMONY.
14:39 | 22 | **Q.**  IN CHALMETTE?
14:39 | 23 | **A.**  IN CHALMETTE.  YES, IT'S IN CHALMETTE.
14:39 | 24 |         THE RAINFALL STARTS AFTER MIDNIGHT RIGHT ABOUT HERE
14:39 | 25 | AND BEGINS TO RISE AND FILL THE POLDER.  THEN APPROXIMATELY

14:39   1   8:00, 8:30 TIME FRAME, YOU SEE AT THIS POINT THE WATER -- THE

14:39   2   CENTRAL WETLANDS IS FILLED UP AND BEGINS TO SPILL OVER THE

14:39   3   40 ARPENT, AND THEN RISES VERY RAPIDLY, AND THEN PEAKS OUT

14:39   4   AROUND 3:00, AROUND 11 FEET, AGAIN, AT THIS LOCATION AS WELL.

14:39   5   **Q.**   LET'S PULL UP DM-25 AGAIN, FIGURE 9D.  WHAT ARE WE LOOKING

14:39   6   AT HERE?

14:39   7   **A.**   THIS IS THE SAME COMPUTER HYDROGRAPH THAT WE DEVELOPED AT

14:40   8   THAT LOCATION, THE SMITH LOCATION.  I SUPERIMPOSED THOSE

14:40   9   OBSERVED AND THEN FOLLOW-UP MEASURED ELEVATIONS FROM THE IPET

14:40   10   TEAM ON THIS SAME HYDROGRAPH.  THIS AGAIN SHOWS THAT OUR

14:40   11   CORRELATION IS CLOSE TO WHAT WAS MEASURED AND OBSERVED FROM OUR

14:40   12   COMPUTATION.

14:40   13   **Q.**   IN THIS CASE THE OBSERVED DATA WAS FROM VARIOUS VIDEOS,

14:40   14   INCLUDING THE FOX 8 --

14:40   15   **A.**   YES, IT WAS A CHANNEL 8, FOX SECURITY CAMERA AT THEIR

14:40   16   TOWER, AND THERE WAS ONE -- AT LEAST I KNOW OF ONE FROM AN

14:40   17   INDIVIDUAL THAT STAYED.  HE WAS ON THE SECOND FLOOR AND TOOK

14:40   18   VIDEO OUT OF THE SECOND FLOOR.

14:40   19   **Q.**   DID THE PLAINTIFFS' EXPERTS PREPARE A HYDROGRAPH FOR THIS

14:40   20   LOCATION?

14:40   21   **A.**   YES, THEY DID.  WE START OUT AT THE SAME TIME, ABOUT

14:40   22   8:00 OR 8:30, THAT THE WATER STARTS TO COME OVER THE 40 ARPENT

14:40   23   AT THIS LOCATION HERE.  OUR MAXIMUM WATER SURFACES ARE VERY

14:40   24   SIMILAR, AROUND 11 FEET, BUT AGAIN THEIR PEAK IS ABOUT FOUR

14:41   25   HOURS OR SO EARLIER.  IT'S UP IN THAT AREA.  SO THEY PEAK OUT

14:41  1  EARLIER THAN WE DO.

14:41  2  **Q.**   WHY DO YOU THINK THAT PLAINTIFFS' PEAKS WERE EARLIER THAN

14:41  3  THE OBSERVED OR KNOWN DATA?

14:41  4  **A.**   MY OPINION HAS TO DO WITH THE SURGE HYDROGRAPHS AND THE

14:41  5  SHAPE OF THE SURGE HYDROGRAPHS.  THAT'S THE WAY I SAY IT.  BUT

14:41  6  A BETTER WAY TO SAY IT, MR. EBERSOLE DESCRIBED IT AS THE

14:41  7  DURATION OF THE TIME THAT THE WATER OUTSIDE OF THE LEVEE IN

14:41  8  LAKE BORGNE IS HIGHER THAN INSIDE.  AS LONG AS THAT'S HIGHER,

14:41  9  IT'S GOING TO FLOW INTO IT THROUGH THE BREACHES IN REACH 2.

14:41  10  OUR DURATION'S AROUND 12 HOURS.  SO THE WATER CONTINUES TO COME

14:41  11  INTO ST. BERNARD BASIN WHILE THAT WATER IS HIGHER.  OUR STAGE

14:41  12  HYDROGRAPHS SHOW THAT AND IT MATCHES THE OBSERVATIONS.

14:41  13  **Q.**   NOW, I'D LIKE TO ASK YOU SOME QUESTIONS ABOUT WATER SOURCE

14:42  14  CONTRIBUTIONS TO THE OVERALL FLOODING.

14:42  15        **THE COURT:**  COUNSEL, MAY I INTERRUPT YOU?  DO YOU

14:42  16  HAVE COPIES OF YOUR DEMONSTRATIVE EXHIBITS?

14:42  17        **MS. GREIF:**  YES.

14:42  18        **THE COURT:**  I KNOW.  DO WE?

14:42  19        **MS. GREIF:**  I THINK YOU SHOULD.

14:42  20        **THE COURT:**  WE MAY HAVE BEEN GIVEN THEM, AND GOD

14:42  21  KNOWS WHAT WE MIGHT HAVE DONE WITH THEM IF WE WERE GIVEN THEM.

14:42  22        **MS. GREIF:**  DO YOU WANT ONE RIGHT NOW?

14:42  23        **THE COURT:**  NO, NO, NO, NO, NO, NO.  IT HELPS US TO

14:42  24  ACTUALLY HAVE THE COPIES.

14:42  25        **MS. GREIF:**  I HAVE A COPY RIGHT HERE.

FINAL DAILY COPY

14:42   1          **THE COURT:**  WE'VE GONE THROUGH SEVERAL.  I SHOULD

14:42   2   HAVE ASKED YOU EARLIER.  I APOLOGIZE.  WE'LL SEE IF YOU HAVE

14:42   3   THEM LATER.  THAT'S OKAY.  GO AHEAD.

14:42   4   **BY MS. GREIF:**

14:42   5   **Q.**   LET ME JUST ASK YOU, MR. FITZGERALD, A QUESTION.  USING

14:42   6   THE HEC-RAS MODELING, YOU WERE ABLE TO ISOLATE THE CONTRIBUTION

14:42   7   FROM A GIVEN WATER SOURCE TO THE OVERALL FLOODING; IS THAT

14:42   8   RIGHT?

14:42   9   **A.**   YES.

14:42   10  **Q.**   LET'S TURN BACK TO YOUR EXPERT REPORT, PX-1487.  IN THE

14:43   11  MIDDLE OF PAGE 20, THERE'S A CHART.  WOULD YOU EXPLAIN THE

14:43   12  CHART.

14:43   13  **A.**   YES.  THIS IS JUST A SIMPLE CHART SHOWING THE DIFFERENT

14:43   14  WATER SOURCES IN ST. BERNARD BASIN AND THE VOLUME, WHICH I'M

14:43   15  USING ACRE-FEET, WHICH IS A MEASURE THAT WE CIVIL ENGINEERS

14:43   16  LIKE TO USE IN THE UNITED STATES.  THE LAST COLUMN IS THE

14:43   17  PERCENT OF THE CONTRIBUTION FROM EACH ONE OF THOSE WATER

14:43   18  SOURCES TO THE TOTAL.  THIS IS SOMETHING SIMILAR WE DID IN IPET

14:43   19  BECAUSE PEOPLE WERE WONDERING WHERE DID THE WATER COME FROM,

14:43   20  HOW MUCH, FROM WHICH SOURCE.

14:43   21          SO THE RAINFALL, BY OUR ESTIMATION, WAS ABOUT

14:43   22  8 PERCENT OF THE TOTAL VOLUME, AND THAT TRANSLATES TO ABOUT

14:43   23  8 INCHES -- BETWEEN 8 AND 9 INCHES OF RAINFALL TOTAL THAT

14:43   24  CONTRIBUTED.  I THINK THAT'S SIMILAR TO THE PLAINTIFFS'

14:43   25  ANALYSIS.

FINAL DAILY COPY

14:43   1          THE NEXT ONE IS THE WAVE OVERTOPPING.  IT TURNED OUT

14:44   2   TO BE ABOUT 4 PERCENT.  THEN THE SURGE OVERTOPPING -- SURGE

14:44   3   OVERTOPPING IS WHERE IT CAME OVER THE FLOOD WALL OR THE LEVEE

14:44   4   ITSELF BUT DID NOT BREACH.  THERE WAS A LOT OF PLACES WHERE

14:44   5   WATER JUST CAME OVER AND THERE WAS NO BREACHING.  THAT TURNED

14:44   6   OUT TO BE ABOUT 6 PERCENT OF THE TOTAL VOLUME.

14:44   7          THE LAST ONE IS THE BREACHES.  YOU CAN SEE MOST OF

14:44   8   IT, A LITTLE OVER 80 PERCENT OF THE TOTAL VOLUME CAME FROM THE

14:44   9   BREACHES ALONG REACH 2 AND IHNC.

14:44   10         **THE COURT:**  I WAS WONDERING:  IS THERE ANY WAY TO

14:44   11  EXTRAPOLATE OUT THE IHNC, OR HAVE YOU DONE THAT?

14:44   12         **THE WITNESS:**  YES, SIR.  ABOUT 12 PERCENT OF THAT

14:44   13  VOLUME IS FROM THE IHNC BREACHES, THE TWO ALONG THE IHNC, AND

14:44   14  THE REST IS FROM REACH 2 OF THAT.

14:44   15         **THE COURT:**  SO 12 PERCENT OF 82 PERCENT ARE THE IHNC

14:44   16  BREACHES?

14:44   17         **THE WITNESS:**  THAT'S CORRECT.  THAT'S CORRECT.

14:44   18         **THE COURT:**  THANK YOU.

14:44   19         **THE WITNESS:**  THAT'S CORRECT.

14:45   20         **THE COURT:**  DO YOU AND THE PLAINTIFFS VARY VERY

14:45   21  MUCH ON THE -- DO YOU AND THE PLAINTIFFS DISAGREE TO ANY

14:45   22  SIGNIFICANT LEVEL AS TO THOSE COMPUTATIONS?

14:45   23         **THE WITNESS:**  I DON'T THINK SO BECAUSE I KNOW -- I'VE

14:45   24  SEEN THEIR NUMBERS OF BREACHING IS ABOUT 70 PERCENT OF THE

14:45   25  TOTAL.  THEIR OVERTOPPING IS AROUND, I THINK, 15 OR 20 PERCENT

FINAL DAILY COPY

| 14:45 | 1 | VERSUS MY 10. |

14:45   2       **THE COURT:**  THERE'S SOME DIFFERENCE.

14:45   3       **THE WITNESS:**  THERE'S SOME DIFFERENCE, BUT OUR MODELS

14:45   4   ARE COMPARABLE.

14:45   5       **THE COURT:**  THE MOST SIGNIFICANT DIFFERENCE IN THE

14:45   6   HYDROGRAPHS IS THE DURATION OF THE WATER LEVEL, IN ESSENCE, OR

14:45   7   THE DURATION OF THE HIGH WATER?

14:45   8       **THE WITNESS:**  YEAH.  THE MOST SIGNIFICANT DIFFERENCE

14:45   9   IS THE TIME OF OUR STAGE PEAK, OF THE PEAK OF OUR MAXIMUM WATER

14:45   10   SURFACES, OF THEIRS BEING EARLIER, ABOUT FOUR HOURS EARLIER.

14:45   11   THAT'S THE MOST SIGNIFICANT DIFFERENCE.

14:45   12       **THE COURT:**  THE MOST SIGNIFICANT DIFFERENCE.  THE

14:45   13   AMOUNT OF TIME THE WATER WAS AT THAT HEIGHT, THE DURATION, IS

14:45   14   THAT ALSO A DIFFERENCE?  IT'S MORE TIMING THAN DURATION?

14:46   15       **THE WITNESS:**  YES.

14:46   16       **THE COURT:**  IT'S WHEN WE START MARKING THE TIME, IN

14:46   17   ESSENCE?

14:46   18       **THE WITNESS:**  THE DURATION HAS TO DO WITH THE

14:46   19   DURATION OF A SURGE HYDROGRAPH FROM OUTSIDE THE LEVEE.  THAT'S

14:46   20   OUR MOST-- OUR BIGGEST DIFFERENCE IS THE SURGE HYDROGRAPH OF

14:46   21   THE INPUT.  THEIRS IS ABOUT HALF THE TIME THAT OURS IS.  THAT'S

14:46   22   THE MOST SIGNIFICANT DIFFERENCE.

14:46   23       **THE COURT:**  I KNOW YOU'LL GET INTO THAT LATER, SO

14:46   24   I'LL STOP AND LET YOU GO ON.

        25

14:46   1   **BY MS. GREIF:**

14:46   2   **Q.**   WE WERE TALKING ABOUT THE CONTRIBUTION OF WATER FROM THE

14:46   3   BREACHES.  CAN YOU BREAK DOWN THE VOLUME THAT CAME THROUGH THE

14:46   4   REACH 2 BREACHES.

14:46   5   **A.**   YES.  OF THAT TOTAL SHOWN HERE, OF THAT 82 PERCENT, ABOUT

14:46   6   70 PERCENT OF THAT VOLUME CAME IN THROUGH THE BREACHES BETWEEN

14:46   7   BAYOU BIENVENUE AND BAYOU DUPRE.  ONLY ABOUT 14 PERCENT OF

14:46   8   THAT VOLUME --

14:46   9               **THE COURT:**  70 PERCENT OF THE 82 PERCENT?

14:46   10               **THE WITNESS:**  YES.

14:46   11               **THE COURT:**  SO TO GET THE ACTUAL NUMBER, WE COULD

14:47   12   TAKE OUT THE IHNC, YOU CAN DO THE MATH, BUT I UNDERSTAND WHAT

14:47   13   YOU'RE SAYING.

14:47   14               **THE WITNESS:**  YES, YES, YES.  THE REST OF IT,

14:47   15   14 PERCENT OF IT CAME IN THROUGH THE BREACHES SOUTH OF BAYOU

14:47   16   DUPRE BECAUSE THERE WEREN'T AS MANY BREACHES AND THE LEVEES

14:47   17   WERE HIGHER SOUTH OF BAYOU DUPRE.

14:47   18   **BY MS. GREIF:**

14:47   19   **Q.**   NOW I'D LIKE TO ASK YOU SOME OUTFLOW QUESTIONS.  CAN YOU

14:47   20   TELL FROM YOUR MODEL HOW WATER STARTED FLOWING OUT OF THE

14:47   21   ST. BERNARD BASIN?

14:47   22   **A.**   YES.

14:47   23   **Q.**   WHAT DID YOUR MODEL RESULTS SHOW WITH REGARD TO THE FLOW?

14:47   24   **A.**   IT SHOWED THAT THE WATER INITIALLY STARTED FLOWING OUT

14:47   25   THROUGH THE IHNC BREACHES PROBABLY SOMEWHERE BETWEEN 12:30 TO

14:47    1    1:30 IN THE AFTERNOON, AFTER THE LEVEL IN IHNC BEGAN TO DROP.

14:47    2    IT THEN BEGAN TO FLOW BACK OUT OF THE BREACHES THROUGH THE

14:47    3    REACH 2 AROUND 3:00 IN THE AFTERNOON, AFTER WE REACHED THE PEAK

14:47    4    LEVEL INSIDE ST. BERNARD AND IT WAS PRETTY MUCH EQUALIZED AND

14:48    5    THE WATER STARTED FALLING OUTSIDE OF THE LEVEES AND THE STORM

14:48    6    WAS MOVING ON, THEN IT STARTED FLOWING BACK OUT THROUGH THOSE

14:48    7    BREACHES.  IT WAS 3:00 OR A LITTLE BIT AFTER THAT.

14:48    8    **Q.**    IN YOUR JOB IN HOUSTON, YOU REGULARLY EVALUATE A STORM'S

14:48    9    IMPACT ON EARTHEN STRUCTURES; IS THAT RIGHT?

14:48    10   **A.**    YES.

14:48    11   **Q.**    THIS IS JUST BASIC OPEN-CHANNEL HYDRAULICS?

14:48    12   **A.**    YES.

14:48    13   **Q.**    LET'S PULL UP JX-211, PAGE 164, FIGURE A7.  DO YOU KNOW

14:48    14   WHERE THIS PHOTOGRAPH IS LOCATED ALONG REACH 2?

14:48    15   **A.**    YES.  THIS IS SOUTH OF BAYOU BIENVENUE.  IT'S ABOUT A

14:49    16   THIRD OF THE WAY TOWARD BAYOU DUPRE, ABOUT A THIRD OF THE

14:49    17   DISTANCE DOWN.

14:49    18   **Q.**    BASED ON WHAT YOU KNOW FROM YOUR HEC-RAS MODEL AND YOUR

14:49    19   YEARS OF EVALUATIONS IN THE FIELD, LOOKING AT THIS PICTURE, CAN

14:49    20   YOU EVALUATE WHAT EFFECT THE WATER HAD ON THE EARTHEN LEVEE?

14:49    21   **A.**    YES.  THIS IS THE RETURN FLOW OUT OF THE LEVEE.  LIKE THE

14:49    22   OTHER PICTURES, THE MRGO IS ON THIS SIDE, AND THIS IS CENTRAL

14:49    23   WETLANDS OVER HERE.

14:49    24   **Q.**    ON THE LEFT SIDE?

14:49    25   **A.**    YEAH.  MRGO IS ON THE LEFT SIDE AND CENTRAL WETLANDS IS ON

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:49 | 1 | THE RIGHT SIDE.  WHEN I SAW THIS FROM MR. EBERSOLE'S REPORT, I |
| 14:49 | 2 | WAS LOOKING AT THIS FEATURE RIGHT HERE, LIKE HE TALKED ABOUT |
| 14:49 | 3 | EARLIER, THIS HERE, AND THE DEPOSITION ON THAT SIDE, THE |
| 14:49 | 4 | DISTANCE THE SEDIMENT DEPOSITION OCCURRED AWAY FROM THE LEVEE. |
| 14:49 | 5 | FROM THE HYDRAULIC STANDPOINT, I WONDERED WHAT THE FLOW |
| 14:49 | 6 | VELOCITY WAS ON THE WAY OUT, BACK IN THE MRGO, TO CREATE THIS |
| 14:50 | 7 | DEPOSITION FEATURE HERE.  SO I LOOKED AT OUR MODEL. |
| 14:50 | 8 | NOT LONG AFTER THE SURGE BEGINS TO DROP, THE SURGE |
| 14:50 | 9 | DROPS RELATIVELY QUICKER THAN THE CENTRAL WETLANDS DRAINS OUT |
| 14:50 | 10 | BECAUSE THERE'S LIMITED FLOW OUT OF THE CENTRAL WETLANDS |
| 14:50 | 11 | THROUGH THESE BREACHES.  SO THERE'S A WATER SURFACE |
| 14:50 | 12 | DIFFERENTIAL OVER ABOUT THE NEXT 24 HOURS AFTER THE PEAK WAS |
| 14:50 | 13 | REACHED OF ABOUT 1 TO 4 FEET, VARIED OVER THAT TIME. |
| 14:50 | 14 | THE FLOW VELOCITY, THAT IS A SIMPLE CALCULATION, WAS |
| 14:50 | 15 | ABOUT 5 TO 6 FEET PER SECOND.  FOR AN EARTHEN SITUATION WHERE |
| 14:50 | 16 | THERE'S NO GRASS COVER AND BARE EARTH, THAT WOULD EASILY ERODE |
| 14:50 | 17 | THAT LEVEE ON OUT AND DEPOSIT THAT MATERIAL OUT TOWARD MRGO. |
| 14:50 | 18 | WHILE THAT WAS HAPPENING, THERE WAS WATER STILL |
| 14:50 | 19 | SITTING ON THE LEFT, WHERE MRGO IS.  THIS IS A DEPOSITIONAL |
| 14:50 | 20 | FEATURE SIMILAR TO LIKE A DELTA AND A RIVER, I THINK, WHERE IT |
| 14:50 | 21 | DEPOSITS UNDERWATER, AND YOU CAN SEE THAT HERE. |
| 14:51 | 22 | **MS. GREIF:**  YOUR HONOR, I'D LIKE TO GO ON TO THE NEXT |
| 14:51 | 23 | MODELING RUN. |
| 14:51 | 24 | **THE COURT:**  IT MIGHT BE A GOOD TIME TO TAKE A RECESS. |
| 14:51 | 25 | WE'VE BEEN HERE FOR A LITTLE MORE THAN AN HOUR AND A HALF.  WE |

FINAL DAILY COPY

14:51   1   WILL TAKE A 10-MINUTE RECESS AND BE BACK.

14:51   2       **THE DEPUTY CLERK:**  ALL RISE.

14:51   3       (WHEREUPON THE COURT TOOK A BRIEF RECESS.)

15:00   4       **THE DEPUTY CLERK:**  ALL RISE.

15:06   5        COURT IS IN SESSION.  PLEASE BE SEATED.

15:07   6       **THE COURT:**  THANK YOU.  COUNSEL, YOU MAY PROCEED.

15:07   7       **MS. GREIF:**  WE WERE JUST GOING TO GO ON TO THE NEXT

15:07   8   MODEL RUN THAT MR. FITZGERALD DID.

15:07   9   **BY MS. GREIF:**

15:07   10  **Q.**  YOU MENTIONED THAT YOU DID A RUN THAT INVOLVED RUNNING

15:07   11  SCENARIO 1 WITHOUT THE IHNC BREACHES?

15:07   12  **A.**  YES, THAT'S CORRECT.

15:07   13  **Q.**  LET'S GO BACK TO YOUR REPORT, PX-1487, ON PAGE 21,

15:07   14  TABLE 4.  THIS TABLE DISPLAYS YOUR RESULTS.  WILL YOU JUST

15:07   15  DESCRIBE WHAT YOUR RESULTS WERE.

15:07   16  **A.**  YES.  WHEN I RAN THE -- WITHOUT SOUTH BREACH OF IHNC, AS

15:07   17  WELL AS WITHOUT NORTH AND SOUTH BREACHES, THIS SHOWS THE

15:07   18  MAXIMUM WATER SURFACE ELEVATIONS FOR EACH OF THOSE CONDITIONS

15:07   19  IN THIS COLUMN AND THIS COLUMN.  THIS SHOWS THE MAXIMUM WATER

15:08   20  SURFACES AT POINTS 1 THROUGH 10.  POINTS 1 AND 2 ARE IN LOWER

15:08   21  NINTH WARD.  THOSE ELEVATIONS ARE THE SAME.

15:08   22      THE OTHER ONES IN THE REST OF THE ST. BERNARD BASIN

15:08   23  ARE LOWER, TWO-TENTHS OF A FOOT WITHOUT THE SOUTH BREACH, AND

15:08   24  ABOUT FOUR-TENTHS OF A FOOT LOWER WITHOUT BOTH BREACHES.  THE

15:08   25  REASON THAT THEY'RE LOWER IS BECAUSE LESS WATER COMES INTO

| 15:08 | 1 | ST. BERNARD BASIN.  WITHOUT THOSE BREACHES, LESS WATER COMES |
| 15:08 | 2 | IN, SO YOUR MAXIMUM WATER LEVELS DON'T GET AS HIGH. |
| 15:08 | 3 | IT WAS INTERESTING WHY THE LOWER NINTH WARD STAYED |
| 15:08 | 4 | ABOUT THE SAME.  THE BEST I COULD TELL FROM LOOKING AT THE |
| 15:08 | 5 | MODEL WAS THAT DURING KATRINA, LIKE I HAD MENTIONED EARLIER, |
| 15:08 | 6 | THE WATER BEGAN EXITING AROUND 12:30, 1:30 IN THE AFTERNOON, |
| 15:08 | 7 | STARTED FLOWING OUT, SO SOME OF THE VOLUME LEFT THAT CAME INTO |
| 15:08 | 8 | THE BASIN.  WITHOUT BOTH BREACHES -- THE IHNC BREACHES WERE NOT |
| 15:09 | 9 | THERE, SO NO WATER COULD LEAVE, BUT ALSO LESS WATER CAME IN. |
| 15:09 | 10 | SO IT WAS KIND OF A TRADEOFF.  SO I THINK THAT'S WHY POINTS 1 |
| 15:09 | 11 | AND 2 IN LOWER NINTH WARD TURNED OUT TO BE THE SAME FOR ALL |
| 15:09 | 12 | THREE CONDITIONS. |
| 15:09 | 13 | Q.   GENERALLY, THE IHNC BREACHES DIDN'T REALLY IMPACT THE |
| 15:09 | 14 | MAXIMUM WATER SURFACE ELEVATIONS IN THE ST. BERNARD BASIN? |
| 15:09 | 15 | A.   NO, NOT SIGNIFICANTLY. |
| 15:09 | 16 | Q.   YOU RAN THE HEC-RAS MODEL ALSO WITH OUR CONDITION 6, WHERE |
| 15:09 | 17 | THE MRGO WAS IN ITS AS-DESIGNED CONDITION AND THE 1956 |
| 15:09 | 18 | WETLANDS; IS THAT CORRECT? |
| 15:09 | 19 | A.   YES. |
| 15:09 | 20 | Q.   DID THE PLAINTIFFS' EXPERTS RUN AN INTERIOR FLOODING MODEL |
| 15:09 | 21 | FOR THIS SCENARIO? |
| 15:09 | 22 | A.   NOT THAT I KNOW OF.  IT WASN'T IN THE REPORTS THAT WE WERE |
| 15:09 | 23 | PROVIDED. |
| 15:09 | 24 | Q.   FOR THIS RUN, WHAT SURGE AND WAVE OVERTOPPING DATA DID YOU |
| 15:09 | 25 | USE? |

FINAL DAILY COPY

| 15:09 | 1 | **A.**   I USED THE SURGE AND OVERTOPPING INFORMATION FROM |
|---|---|---|
| 15:09 | 2 | DR. WESTERINK AND DR. RESIO.   THEY HAD RUN SCENARIO 6, AND I |
| 15:10 | 3 | GOT THAT INFORMATION FROM THEM FOR BOTH THE SURGE HYDROGRAPHS |
| 15:10 | 4 | AND THE WAVE OVERTOPPING AND THE WAVE SETUP. |
| 15:10 | 5 | **Q.**   DID YOU SCALE? |
| 15:10 | 6 | **A.**   YES.   WE USED THE SAME SCALING FACTORS AS BEFORE THAT |
| 15:10 | 7 | MR. EBERSOLE HAD PROVIDED. |
| 15:10 | 8 | **Q.**   THAT YOU USED FOR THE SCENARIO 1? |
| 15:10 | 9 | **A.**   FOR SCENARIO 1, YES. |
| 15:10 | 10 | **Q.**   WHAT BREACHING INFORMATION DID YOU USE FOR THIS MODEL? |
| 15:10 | 11 | **A.**   WELL, SINCE THE WATER SURFACE LEVELS WERE VERY SIMILAR AND |
| 15:10 | 12 | THE SHAPES OF THE HYDROGRAPH WERE SO CLOSE, WE USED THE SAME |
| 15:10 | 13 | BREACHING PARAMETERS AS IN SCENARIO 1. |
| 15:10 | 14 | **Q.**   LET'S TURN BACK TO YOUR REPORT ON PAGE 25, TABLE 5.   THIS |
| 15:10 | 15 | IS A TABLE YOU PREPARED WITH YOUR RESULTS.   WOULD YOU DESCRIBE |
| 15:10 | 16 | THE RESULTS. |
| 15:10 | 17 | **A.**   YES.   HERE, AGAIN, WE SHOW THE LOCATIONS ON THE LEFT SIDE; |
| 15:10 | 18 | THE MAXIMUM WATER SURFACE ELEVATIONS IN THE SECOND COLUMN FROM |
| 15:10 | 19 | THE REAL KATRINA RUN; THEN THE WATER SURFACE ELEVATIONS FROM |
| 15:11 | 20 | THE SCENARIO 6 ARE IN THIS COLUMN HERE; THEN THE DIFFERENCE IS |
| 15:11 | 21 | IN THE FINAL COLUMN. |
| 15:11 | 22 | **Q.**   HOW DO YOU THINK THESE RESULTS DIFFER FROM THE KATRINA |
| 15:11 | 23 | REAL RUN THAT YOU DID? |
| 15:11 | 24 | **A.**   THEY'RE VIRTUALLY IDENTICAL. |
| 15:11 | 25 | **Q.**   IN YOUR PROFESSIONAL OPINION, TO A REASONABLE DEGREE OF |

15:11    1   ENGINEERING CERTAINTY, WOULD THERE HAVE BEEN LOWER FLOOD LEVELS

15:11    2   IF THE MRGO HAD BEEN AT ITS DESIGNED DIMENSION AND THE WETLANDS

15:11    3   WERE IN THEIR 1956 CONDITION?

15:11    4   **A.**   NO.

15:11    5           **MS. GREIF:**  I HAVE NOTHING FURTHER.

15:11    6           **THE COURT:**  THANK YOU, COUNSEL.

15:11    7           **MR. STEVENS:**  GOOD AFTERNOON.  I'M ELWOOD STEVENS FOR

15:11    8   THE PLAINTIFFS.  LET ME DO A LITTLE HOUSEKEEPING HERE FIRST AND

15:11    9   MAKE SURE EVERYBODY'S GOT COPIES OF EVERYTHING BEFORE I GET

15:11   10   STARTED.  I THINK THAT WILL MAKE THINGS GO A LITTLE MORE

15:12   11   SMOOTHLY.  I'VE GIVEN THE GOVERNMENT A COPY OF OUR SLIDES.  LET

15:12   12   ME MAKE SURE THAT I HAVE A SET FOR THE COURT.

15:13   13                     **CROSS-EXAMINATION**

15:13   14   **BY MR. STEVENS:**

15:13   15   **Q.**   MR. FITZGERALD, YOUR REPORT IS ENTITLED "INTERIOR FLOODING

15:13   16   ANALYSIS - ST. BERNARD PARISH AND LOWER NINTH WARD, ORLEANS

15:13   17   PARISH."  CORRECT?

15:13   18   **A.**   YES, SIR.

15:13   19   **Q.**   YOU WERE NOT ASKED BY THE DEFENDANT IN THIS CASE AND YOU

15:13   20   DID NOT ANALYZE NEW ORLEANS EAST IN ANY WAY?

15:13   21   **A.**   NO, SIR.

15:13   22   **Q.**   YOU MADE NO RUNS, YOU MADE NO MODELS, AND YOU OFFER NO

15:13   23   OPINIONS REGARDING NEW ORLEANS EAST?

15:14   24   **A.**   THAT'S CORRECT.

15:14   25   **Q.**   NOW, I'D LIKE TO RECAP A BIT A FEW OF THE OPINIONS THAT

15:14   1   YOU HAVE PREVIOUSLY GIVEN IN THIS CASE IN YOUR DEPOSITION AS

15:14   2   WELL AS IN THIS COURTROOM TODAY.

15:14   3             FIRST, MR. FITZGERALD, IN YOUR OPINION THE

15:14   4   PREDOMINANT CONTRIBUTING FACTOR TO FLOODING IN ST. BERNARD

15:14   5   PARISH AND THE LOWER NINTH WARD OF ORLEANS PARISH WAS WATER

15:14   6   THAT FLOWED THROUGH BREACHES ALONG MRGO BETWEEN BAYOU BIENVENUE

15:14   7   AND BAYOU DUPRE?

15:14   8   **A.**   YES, SIR.

15:14   9   **Q.**   AS TO THE LOWER NINTH ITSELF, ONCE THE WATER CAME OVER THE

15:14   10   40 ARPENT LEVEE AND INTERACTED WITH THE WATER FROM THE IHNC

15:14   11   ALTOGETHER, IT WOULD BE HARD TO DISTINGUISH BETWEEN THE TWO?

15:15   12   **A.**   THAT'S CORRECT.

15:15   13   **Q.**   IN A SENSE IT WOULD BE INDIVISIBLE WATERS?

15:15   14   **A.**   I DON'T KNOW IF I'D SAY THAT, BUT --

15:15   15   **Q.**   FAIR ENOUGH. MR. FITZGERALD, IS IT YOUR OPINION THAT

15:15   16   THERE'S NO SIGNIFICANT DIFFERENCE IN THE VOLUME OF WATER IN THE

15:15   17   LOWER NINTH WITH OR WITHOUT THE NORTH AND SOUTH BREACHES AND

15:15   18   THE IHNC?

15:15   19   **A.**   YES, THAT'S CORRECT. NO SIGNIFICANT DIFFERENCE.

15:15   20   **Q.**   IN YOUR OWN WORDS, THE WATER LEVELS ARE NEARLY IDENTICAL

15:15   21   WITH OR WITHOUT THE NORTH BREACHES?

15:15   22   **A.**   YES, SIR. THE MAXIMUM WATER LEVELS ARE NEARLY IDENTICAL.

15:15   23           **THE COURT:** YOU SAID "THE NORTH BREACHES." DO YOU

15:15   24   JUST WANT TO CONFINE THAT TO THE NORTH BREACH?

15:15   25           **MR. STEVENS:** I MEANT TO SAY NORTH AND SOUTH.

| | | |
|---|---|---|
| 15:15 | 1 | **THE WITNESS:** THANK YOU, YOUR HONOR. |
| 15:15 | 2 | **MR. STEVENS:** THAT'S MY OPELOUSAS. IT HAPPENS EVERY |
| 15:15 | 3 | NOW AND THEN. |
| 15:15 | 4 | **BY MR. STEVENS:** |
| 15:16 | 5 | **Q.** MR. FITZGERALD, ANOTHER OPINION I'D LIKE TO CONFIRM WITH |
| 15:16 | 6 | YOU, SIR, IS IT'S FURTHER YOUR OPINION THAT 70 PERCENT OF ALL |
| 15:16 | 7 | BREACH FLOW CAME THROUGH THE MAJOR BREACHES BETWEEN BAYOU |
| 15:16 | 8 | BIENVENUE AND BAYOU DUPRE ALONG REACH 2 OF THE MRGO? |
| 15:16 | 9 | **A.** YES. |
| 15:16 | 10 | **Q.** LAST IN THIS LIST BUT CERTAINLY NOT LEAST, IT'S YOUR |
| 15:16 | 11 | OPINION THAT THE WATER FLOWING THROUGH THE 11 BREACH SITES |
| 15:16 | 12 | ALONG REACH 2 OF THE MRGO IS NOT OVERTOPPING BUT BREACH FLOW? |
| 15:16 | 13 | **A.** WELL, THERE WAS MORE THAN -- WHEN YOU LOOK AT THE PROFILE, |
| 15:16 | 14 | THERE'S MORE THAN 11 BREACHES. THERE'S A LOT OF BREACHES. |
| 15:16 | 15 | **Q.** OKAY. THE BREACH SITES ALONG REACH 2, THE WATER THAT CAME |
| 15:16 | 16 | THROUGH THOSE BREACHES IS NOT OVERTOPPING BUT BREACH FLOW? |
| 15:17 | 17 | **A.** YES. ONCE THE BREACHES BEGAN, THEN THE FLOW CAME THROUGH |
| 15:17 | 18 | THE BREACHES AND THAT WOULD BE BREACH FLOW. |
| 15:17 | 19 | **Q.** SO IT'S YOUR OPINION IN THIS CASE THAT THE WATER THROUGH |
| 15:17 | 20 | THE BREACHES THAT CAME INTO THE CENTRAL WETLANDS UNIT FROM |
| 15:17 | 21 | THOSE BREACHES IS NOT OVERTOPPING? |
| 15:17 | 22 | **A.** WELL, THERE WOULD BE OVERTOPPING BEFORE THEY BREACHED. |
| 15:17 | 23 | **THE COURT:** I THINK YOU ALREADY ESTABLISHED THE |
| 15:17 | 24 | PERCENTAGE THAT HE ATTRIBUTED TO BREACH. |
| 15:17 | 25 | **MR. STEVENS:** IT'S THE NATURE OF THE FLOW, |

15:17  1  YOUR HONOR, THAT I WANT TO CONFIRM WITH THIS WITNESS AT THIS

15:17  2  TIME.  IF YOU DON'T MIND, WE'LL GO TO JX-0126.

15:17  3  **BY MR. STEVENS:**

15:17  4  **Q.**   FIRST, LET ME ASK YOU:  DO YOU REMEMBER DISCUSSING THAT

15:17  5  ISSUE WITH ME IN YOUR DEPOSITION I WAS TAKING 50 YARDS FROM

15:17  6  HERE AS THE CROW FLIES?  I'M NOT SURE IF A CROW COULD GET THERE

15:17  7  THROUGH ALL THIS SECURITY, BUT ABOUT 50 YARDS FROM HERE IF A

15:18  8  LASER BEAM WOULD BE SHOT TO THE DOJ OFFICE?

15:18  9  **A.**   I KNOW WE TALKED ABOUT SEVERAL ITEMS.

15:18  10 **Q.**   JANUARY 29, 2009, DO YOU RECALL OFFERING AN OPINION ABOUT

15:18  11 THIS TOPIC?

15:18  12 **A.**   NOT SPECIFICALLY.

15:18  13 **Q.**   LET ME REFER YOU TO PAGE 117, LINES 4 THROUGH 22 OF YOUR

15:18  14 DEPOSITION.

15:18  15      **THE COURT:**  TELL US WHEN YOU'RE THERE, SIR.  HE'S GOT

15:18  16 IT ON THE SCREEN, BUT YOU CERTAINLY CAN REFER TO YOUR

15:18  17 DEPOSITION.

15:18  18      **THE WITNESS:**  PAGE 117?

15:18  19 **BY MR. STEVENS:**

15:18  20 **Q.**   YES, SIR.  BEGINNING AT LINE 4, IT READS:

15:18  21      "Question:  ALL THE BREACH LOCATIONS ADJACENT TO THE

15:18  22      MRGO IS THE 11 AGGREGATED BREACH LOCATIONS THAT YOU HAVE A

15:18  23      MAP OF IN YOUR REPORT?

15:18  24      "Answer:  YES."

15:18  25 **A.**   YES.

15:18   1   **Q.**   WE'LL GO THROUGH THAT IN A BIT, BUT MY QUESTION WAS, SO I

15:18   2   WILL READ THE QUOTE:

15:18   3           "Question:  AND SO MY QUESTION IS:  WHAT TYPE OF

15:18   4           OVERTOPPING OR FLOW, WHAT TYPE OF FLOW ARE WE TALKING

15:18   5           ABOUT?"

15:18   6           CAN YOU TELL US WHAT YOUR ANSWER WAS.

15:18   7   **A.**   I SAID:

15:18   8           "Answer:  THE FLOW IS FROM THE OUTSIDE OF THE LEVEE

15:18   9           OPPOSITE OF THE CENTRAL WETLANDS, AND THAT WOULD BE SURGE

15:19   10          AND WAVES."

15:19   11  **Q.**   SO I ASKED:

15:19   12          "Question:  IT WAS BOTH SURGE AND WAVE OVERTOPPING?"

15:19   13  **A.**   I SAID:

15:19   14          "Answer:  WELL, IT'S NOT OVERTOPPING; IT'S COMING

15:19   15          THROUGH THE BREACHES."

15:19   16  **Q.**   "IT'S BREACH FLOW," WAS YOUR ANSWER; IS THAT NOT CORRECT?

15:19   17  **A.**   YES.  THIS WAS ONCE THE BREACHES BEGAN, FLOW WAS COMING

15:19   18  THROUGH THE BREACHES.  THAT'S THE WAY I WAS LOOKING AT IT AT

15:19   19  THIS POINT.

15:19   20  **Q.**   LET'S TALK ABOUT WHAT WE AGREE ABOUT AND WHAT WE DISAGREE

15:19   21  ABOUT, IF YOU DON'T MIND.  BOTH SIDES -- THAT IS, NOT ME AND

15:19   22  YOU, BUT OUR SIDES:  PLAINTIFFS' SIDE, DEFENSE SIDE.  ISN'T IT

15:19   23  TRUE THAT BOTH SIDES AGREE THAT THE BREACHING WAS TRIGGERED AT

15:19   24  APPROXIMATELY 6:00 OR 6:30 A.M. ON AUGUST 29, 2005?

15:19   25  **A.**   YES.  I READ THAT IN THE KOK REPORT FROM 2007, I BELIEVE.

15:19    1    **Q.**    IN FACT, BOTH SIDES ALSO AGREE THAT IT HAD TO HAPPEN AT

15:19    2    THAT TIME IN ORDER FOR THE WATER TO OVERTOP THE 40 ARPENT LEVEE

15:20    3    AT 8:30, AS SHOWN ON THE NEWS VIDEO AND AS REPORTED BY THE

15:20    4    FIRST RESPONDERS?

15:20    5    **A.**    I'M NOT FAMILIAR WITH THE DELFT TEAM THAT DID IT.  I'M NOT

15:20    6    SURE WHAT THEIR DETAILS WERE IN THEIR BREACH MODELING.  I KNOW

15:20    7    THAT IN THE REPORT THEY INDICATE THE BREACH DEVELOPMENT STARTS

15:20    8    AT 5:00 A.M. TO 8:30.  SO THEY HAVE A SOMEWHAT DIFFERENT BREACH

15:20    9    DEVELOPMENT TIME THAN WE DO, BUT I DON'T KNOW THE DETAIL THAT

15:20    10   YOU'RE TALKING ABOUT FROM THEIR ANALYSIS.

15:20    11   **Q.**    FROM YOUR ANALYSIS, IT HAD TO HAPPEN BETWEEN 6:00 AND 6:30

15:20    12   FOR THE WATER TO GET TO THE 40 ARPENT LEVEE BY 8:30 ON TIME?

15:20    13   **A.**    WELL, IT HAPPENED IN THIS CASE FOR HURRICANE KATRINA BASED

15:20    14   ON OUR ANALYSIS.

15:20    15   **Q.**    LET'S TALK ABOUT WHAT WE DON'T AGREE ABOUT.  OKAY.  IS IT

15:20    16   NOT A FACT THAT THE DISAGREEMENT BETWEEN THE TWO SIDES IS

15:20    17   REALLY ABOUT THE MECHANISM BY WHICH THE BREACHES WERE

15:21    18   TRIGGERED; THAT IS, PLAINTIFFS' THEORY IS THAT IT'S

15:21    19   FRONT-TO-BACK BREACHING; DEFENDANT'S THEORY IS IT'S

15:21    20   BACK-TO-FRONT BREACHING.  CORRECT?

15:21    21   **A.**    THAT'S WHAT I'VE BEEN HEARING IN THIS COURTROOM, YES.

15:21    22   **Q.**    LET'S LOOK AT SLIDE 1 BECAUSE YOU BROUGHT THIS UP A MINUTE

15:21    23   AGO.  IT'S PX-2172.  IT'S NOT A CARTOON; IT'S A CONCEPTUAL

15:21    24   DRAWING, I'M TOLD, BY DR. DUNCAN FITZGERALD.

15:21    25           TO DEMONSTRATE WHAT IT TAKES FOR A BREACH TRIGGER AND

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:21 | 1 | WHERE THE TRIGGER OCCURS, AM I CORRECT HERE OR IS THIS DIAGRAM |
| 15:21 | 2 | CORRECT THAT, FOR BACK-TO-FRONT BREACHING TO OCCUR, FIVE THINGS |
| 15:21 | 3 | MUST OCCUR AND THEY MUST ALL BE COMPLETED BEFORE THE TRIGGER |
| 15:21 | 4 | CAN TAKE PLACE? |
| 15:21 | 5 | A.   THIS IS OUTSIDE MY AREA OF EXPERTISE. |
| 15:21 | 6 | Q.   SO YOU RELY ON OTHERS FOR THAT; CORRECT? |
| 15:21 | 7 | A.   YES, SIR. |
| 15:21 | 8 | Q.   BUT THE OTHERS THAT YOU RELY UPON, WHO SUPPLIED YOU THE |
| 15:22 | 9 | INFORMATION ABOUT THE BREACH TRIGGERING, THAT MECHANISM |
| 15:22 | 10 | DIRECTLY AFFECTS ONE OF THE PRIMARY INPUTS INTO YOUR MODEL; |
| 15:22 | 11 | TRUE? |
| 15:22 | 12 | A.   I DID NOT RELATE THE MECHANISM TO THE TRIGGER IN MY MODEL. |
| 15:22 | 13 | I DID NOT RELATE THE TWO. |
| 15:22 | 14 | Q.   WHEN THE TRIGGER OCCURS IS A PRIMARY FACTOR IN YOUR |
| 15:22 | 15 | MODELING? |
| 15:22 | 16 | A.   YES. |
| 15:22 | 17 | Q.   NOW, IF ALL FIVE STEPS HAVE TO BE COMPLETE TO TRIGGER THE |
| 15:22 | 18 | BREACH -- AND THAT IS THE TRIGGER BEING DEGRADING THE LEVEE |
| 15:22 | 19 | CREST ELEVATION; CORRECT? |
| 15:22 | 20 | A.   YES.  WE AGREE ON THAT. |
| 15:22 | 21 | Q.   THEN YOU WOULD AGREE THAT THAT PROCESS CANNOT START UNTIL |
| 15:22 | 22 | AT LEAST STEPS 1 AND 2 ARE COMPLETE; THAT IS, WAVE AND SURGE |
| 15:22 | 23 | OVERTOPPING AND FAST FLOW DOWN THE BACK SIDE OF THE LEVEE?  DO |
| 15:23 | 24 | YOU AGREE WITH THAT? |
| 15:23 | 25 | A.   THAT'S WHAT I'VE BEEN HEARING IN THIS COURTROOM THIS WEEK. |

FINAL DAILY COPY

| 15:23 | 1 | I DON'T OFFER ANY OPINION ON THAT. |
| 15:23 | 2 | **Q.**   WELL, LET'S SEE SLIDE 2 BECAUSE THIS SHOWS BREACH TRIGGER |
| 15:23 | 3 | PROFILES, IF YOU WILL.  I UNDERSTAND THAT THIS DIAGRAM -- |
| 15:23 | 4 | **THE COURT:**  YOU SAY THAT'S EXHIBIT 2138.3? |
| 15:23 | 5 | **MR. STEVENS:**  YES, YOUR HONOR. |
| 15:23 | 6 | **THE COURT:**  PLAINTIFFS' EXHIBIT? |
| 15:23 | 7 | **MR. STEVENS:**  PLAINTIFFS' EXHIBIT 2183.3.  THANK YOU. |
| 15:23 | 8 | **BY MR. STEVENS:** |
| 15:23 | 9 | **Q.**   NOW, THIS BREACH TRIGGER ELEVATION DATA COMES FROM YOUR |
| 15:23 | 10 | REPORT; TRUE? |
| 15:23 | 11 | **A.**   YES. |
| 15:23 | 12 | **Q.**   YOU SHOWED US A CHART A MINUTE AGO, AND WE'LL GO BACK |
| 15:23 | 13 | THROUGH IT IN SOME DETAIL.  YOU SHOWED A CHART WHERE THE BREACH |
| 15:23 | 14 | TRIGGER ELEVATIONS WERE ALL LISTED; CORRECT? |
| 15:23 | 15 | **A.**   YES. |
| 15:23 | 16 | **Q.**   NOW, ISN'T IT TRUE THAT FOR EACH OF THE BREACHES -- EACH |
| 15:23 | 17 | BREACH HERE WAS TRIGGERED AT A TIME WHEN SURGE WATER SURFACE |
| 15:23 | 18 | ELEVATIONS WERE STILL WELL BELOW LEVEE CREST ELEVATIONS? |
| 15:24 | 19 | **A.**   YES. |
| 15:24 | 20 | **Q.**   SO THIS GRAPHIC WOULD ALSO SHOW THAT THE BREACHES ALONG |
| 15:24 | 21 | REACH 2 OF THE MRGO WERE TRIGGERED IN YOUR MODEL BEFORE THERE |
| 15:24 | 22 | WAS ANY SURGE OVERTOPPING AT THE BREACH SITES? |
| 15:24 | 23 | **A.**   THERE COULD HAVE BEEN OVERTOPPING PRIOR TO THESE |
| 15:24 | 24 | ELEVATIONS SOMEWHERE ALONG THE REACH, SOMEWHERE ALONG THE WEIR, |
| 15:24 | 25 | WHERE I'M CALCULATING IT.  SO THERE COULD BE SOME OVERTOPPING. |

15:24  1  **Q.**   CAN WE GO BACK TO SLIDE 1, PX-2172.  THE WATER SURFACE

15:24  2  ELEVATION IS DOWN BELOW THE CREST; CORRECT?

15:24  3  **A.**   YES.

15:24  4  **Q.**   ARE YOU TELLING THIS COURT TODAY THAT THERE CAN BE SURGE

15:24  5  OVERTOPPING AT A POINT IN TIME WHEN THE WATER LEVEL IS STILL

15:24  6  BELOW THE LEVEE CREST?

15:24  7  **A.**   I WAS THINKING ALONG THE WEIR -- IN OUR COMPUTATION IN THE

15:24  8  MODEL, IT'S ALONG THE WEIR SEGMENT.

15:25  9  **Q.**   THE WEIR SEGMENT IS THE COMPROMISED LEVEE HEIGHT ALREADY;

15:25  10  THAT IS, THE SILL --

15:25  11  **A.**   NO.  THE WEIR SEGMENT IS A LINE ALONG THE CREST ELEVATION

15:25  12  PRIOR TO ANY BREACHING OCCURRING.  IT'S HOW WE COMPUTE IT ALONG

15:25  13  THE LENGTH OF REACH 2.  IT'S NOT ONE BIG, LONG WEIR; IT'S 15

15:25  14  THAT ARE SEGMENTED TOGETHER.

15:25  15  **Q.**   LET'S LOOK AT SLIDE 3, BETTER KNOWN AS PX-1487.1, WHICH IS

15:25  16  TABLE 1 ON PAGE 14 OF YOUR REPORT.

15:25  17  **A.**   EVERYTHING EXCEPT THE ADDITIONS TO THE RIGHT OF THE TABLE.

15:25  18  **Q.**   THE CREST ELEVATION AND THE DISTANCE BELOW THE CREST TO

15:25  19  THE RIGHT, THOSE TWO FAR RIGHT COLUMNS ARE DATA TAKEN FROM

15:25  20  PLAINTIFFS' EXHIBIT 2138.3, SLIDE 2, THE SLIDE WE JUST SHOWED;

15:26  21  CORRECT?

15:26  22  **A.**   YES.

15:26  23  **Q.**   WHO CALCULATED THE BREACH TRIGGER ELEVATIONS SHOWN IN

15:26  24  TABLE 1 OF PAGE 14 OF YOUR REPORT?  THE COLUMN THAT SAYS "WATER

15:26  25  SURFACE TRIGGER ELEVATIONS," THAT THIRD COLUMN, WHO CALCULATED

15:26   1   THOSE ELEVATIONS?

15:26   2   **A.**   THE FIRST TWO ON THE IHNC, I GOT THOSE FROM MR. EBERSOLE.

15:26   3   THEY WERE TRIGGERED BY SOME MECHANISM I WASN'T SURE OF, SO I

15:26   4   GOT THOSE ELEVATIONS FROM HIM.

15:26   5        ALONG REACH 2, I WORKED WITH OUR TEAM AT THE

15:26   6   NEW ORLEANS DISTRICT CORPS OF ENGINEERS.  WE WORKED ON THOSE

15:26   7   TOGETHER ON GETTING THOSE ELEVATIONS.

15:26   8   **Q.**   NOW, DID SOMEONE GIVE YOU THOSE ELEVATIONS OR DID YOU

15:26   9   ASSIST IN CALCULATING THOSE ELEVATIONS?

15:27   10   **A.**   THEY WERE DONE INITIALLY AT THE DISTRICT OFFICE, AND THEN

15:27   11   I LOOKED AT THEM.

15:27   12   **Q.**   MR. EBERSOLE -- WERE YOU HERE FOR HIS ENTIRE TESTIMONY?

15:27   13   **A.**   YES.

15:27   14   **Q.**   OKAY.  FOR HIS ENTIRE TESTIMONY FROM START TO FINISH?

15:27   15   **A.**   YES, SIR.

15:27   16   **Q.**   DID YOU HEAR MR. EBERSOLE TESTIFY IN THIS COURT THAT HE

15:27   17   GAVE YOU THE INFORMATION TO TRIGGER THE BREACHES WHEN THE SURGE

15:27   18   HEIGHT WAS 1 FOOT BELOW LEVEE CREST ELEVATION?  DID YOU HEAR

15:27   19   HIM TESTIFY TO THAT IN THIS COURT?

15:27   20   **A.**   YES.

15:27   21   **Q.**   IS THAT CORRECT?

15:27   22   **A.**   YES.

15:27   23   **Q.**   IS THAT WHAT YOU DID?

15:27   24   **A.**   WHAT WE DID WAS, IN EACH ONE OF THOSE 15 SEGMENTS, WE

15:27   25   FOUND THE LOWEST ELEVATION IN THOSE 15 SEGMENTS ALONG REACH 2

FINAL DAILY COPY

15:27    1    AND WE SET THE TRIGGER AT THAT.  WE WERE VERY CONSISTENT WITH

15:27    2    THAT.  WE ARE TRYING TO BE PHYSICALLY AND MODELING CORRECT AND

15:27    3    BE CONSISTENT, SO WE DID THAT, AND WE ENDED UP PUTTING THE

15:28    4    BREACH IN THE CENTER OF EACH ONE OF THOSE SEGMENTS.  SO

15:28    5    SOMETIMES THE LOWER ELEVATIONS MIGHT BE OUTSIDE OF WHAT'S SHOWN

15:28    6    ON THAT PREVIOUS FIGURE THAT YOU SHOWED.  SO THIS WAS FOR

15:28    7    COMPUTATIONAL PURPOSES.

15:28    8    Q.   I'M JUST A LIBERAL ARTS MAJOR AND "COMPUTATIONAL PURPOSES"

15:28    9    DOESN'T MEAN A WHOLE LOT TO ME.  I'M HERE TO FIND OUT THE FACTS

15:28    10   OF WHAT WENT INTO YOUR MODEL, SIR.

15:28    11          ACCORDING TO MR. CHAD MORRIS, WHO TOOK THE CREST

15:28    12   ELEVATION DATA AND ADDED IT TO TWO MORE COLUMNS TO THIS EXHIBIT

15:28    13   1487.1, SLIDE 3, EVERY DISTANCE BELOW THE CREST -- THAT IS, HE

15:28    14   TOOK THE ELEVATION OF THE CREST AND HE TOOK THE ELEVATION AT

15:28    15   WHICH THE BREACH WAS TRIGGERED, AND THERE'S ONLY ONE -- THE FAR

15:28    16   RIGHT COLUMN, THERE'S ONLY ONE -- THE DISTANCE BELOW THE CREST,

15:28    17   THERE IS ONLY ONE ELEVATION THAT'S 1 FOOT.  EVERYTHING ELSE IS

15:28    18   ANYWHERE FROM 1 FOOT TO 4.5 FEET.

15:28    19          THE COURT:  JUST FOR THE RECORD, WOULD THAT BE 60380

15:28    20   TO THE FAR LEFT?

15:29    21          MR. STEVENS:  IT WOULD BE 60380, YES, SIR, TO THE FAR

15:29    22   LEFT.  WE'LL MATCH THAT BREACH UP IN A SECOND.

15:29    23   BY MR. STEVENS:

15:29    24   Q.   60380 IS BREACH SITE 6 ON THE PREVIOUS SLIDE.  SO IF WE

15:29    25   COULD GO BACK TO SLIDE 2, AT THE BOTTOM IT SAYS BREACHES 1

15:29  1  THROUGH 11.  SO IT WOULD BE BREACH SITE 6; IS THAT RIGHT,

15:29  2  MR. FITZGERALD?

15:29  3  **A.**   I BELIEVE SO.

15:29  4  **Q.**   BREACH SITE 6 IS JUST COUNTING BREACHES, LITTLE BOXES,

15:29  5  FROM LEFT TO RIGHT, SIX.  THAT'S THAT LITTLE NARROW ONE; RIGHT?

15:29  6  THAT'S THE VERY NARROW ONE JUST TO THE SOUTH OF THE PIPELINE

15:29  7  CROSSING; TRUE?

15:29  8  **A.**   YES.

15:29  9  **Q.**   THAT'S THE ONLY ONE THAT HAD A 1-FOOT DISTANCE BELOW THE

15:29  10  CREST AT THE TIME THAT YOUR MODEL TRIGGERED ALL OF THE

15:29  11  BREACHES; CORRECT?

15:30  12  **A.**   BY THIS CALCULATION, THAT'S CORRECT.  HOWEVER, THERE'S

15:30  13  SEGMENTS ALONG HERE THAT GO BEYOND -- WEIR SEGMENTS GO BEYOND

15:30  14  THESE BREACH LENGTHS OR BREACH PLOTS HERE, AND SO WE -- THE

15:30  15  INSTRUCTIONS I GOT WAS TO PICK A POINT 1 FOOT BELOW THE LOWEST

15:30  16  PART OF THE CREST, 1 FOOT BELOW THE LOWEST CREST ELEVATION, AND

15:30  17  THAT'S WHAT WE DID.

15:30  18  **Q.**   DID YOU SAY "INSTRUCTIONS" YOU GOT?

15:30  19  **A.**   WELL, FROM MR. EBERSOLE WAS TO GO 1 FOOT BELOW THE LOWER

15:30  20  CREST ELEVATION.

15:30  21  **Q.**   ACCORDING TO YOUR DATA, YOU ONLY DID THAT AT ONE SITE,

15:30  22  60380.  BREACH SITE 6 IS THE ONLY ONE THAT TRIGGERED AT 1 FOOT

15:30  23  BELOW LEVEE CREST ELEVATION.

15:30  24  **A.**   WE DID IT AT ALL OF THEM.  IF WE GO BACK TO YOUR FIGURE,

15:30  25  I'LL SHOW YOU.

| | | |
|---|---|---|
| 15:30 | 1 | **Q.**   WHICH FIGURE DO YOU WANT? |
| 15:30 | 2 | **A.**   THE PREVIOUS ONE, THE PROFILE. |
| 15:30 | 3 | **Q.**   LET'S GO TO PX-2138.2, SLIDE 2.  IS THAT THE ONE YOU WANT? |
| 15:30 | 4 | **A.**   YES, THIS ONE.  FOR EXAMPLE, ON THE FIRST ONE THAT SAYS |
| 15:31 | 5 | "13," THE LOWEST CREST ELEVATION WAS AT 14, SO WE PICKED THAT |
| 15:31 | 6 | POINT.  ON THE NEXT ONE, IT'S RIGHT HERE, 14.5, AND THAT'S |
| 15:31 | 7 | WHERE WE WENT 1 FOOT BELOW THAT POINT TO GET THE TRIGGER. |
| 15:31 | 8 | **THE COURT:**  IF I'M UNDERSTANDING IT, 13 IS RATHER |
| 15:31 | 9 | LARGE; CORRECT?  THE WIDTH IS VERY LARGE? |
| 15:31 | 10 | **THE WITNESS:**  YES. |
| 15:31 | 11 | **THE COURT:**  IT VARIES IN ELEVATION -- |
| 15:31 | 12 | **THE WITNESS:**  YES. |
| 15:31 | 13 | **THE COURT:**  -- THE SEGMENT YOU HAVE THERE? |
| 15:31 | 14 | **THE WITNESS:**  YES. |
| 15:31 | 15 | **THE COURT:**  YOU PICKED THE LOWEST PART OF THE SEGMENT |
| 15:31 | 16 | TO MEASURE YOUR 1 FOOT? |
| 15:31 | 17 | **THE WITNESS:**  YES.  ON EVERY ONE OF THEM. |
| 15:31 | 18 | **THE COURT:**  ALL RIGHT.  I UNDERSTAND THAT. |
| 15:31 | 19 | **BY MR. STEVENS:** |
| 15:31 | 20 | **Q.**   THAT PARTICULAR SEGMENT, AS THE JUDGE NOTED EARLIER, IS |
| 15:31 | 21 | 8,600 FEET WIDE? |
| 15:31 | 22 | **A.**   YES. |
| 15:31 | 23 | **Q.**   THAT'S A MILE AND A HALF WIDE? |
| 15:31 | 24 | **A.**   YES. |
| 15:31 | 25 | **Q.**   YOU PICKED ONE SPOT IN THAT ZONE TO TRIGGER THE BREACH |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:32 | 1 | 1 FOOT BELOW AN AVERAGE HEIGHT OF 13 FEET? |
| 15:32 | 2 | **A.** YES. |
| 15:32 | 3 | **Q.** THANK YOU.  SO IF MR. EBERSOLE TESTIFIED IN THIS COURTROOM |
| 15:32 | 4 | THAT THE TRIGGER POINTS SHOULD HAVE BEEN INITIATED WHEN THE |
| 15:32 | 5 | SURGE HEIGHT WAS 1 FOOT BELOW LEVEE CREST ELEVATIONS, THAT'S |
| 15:32 | 6 | NOT EXACTLY CORRECT FOR THE WHOLE REACH, IS IT?  THAT'S ONLY |
| 15:32 | 7 | FOR YOUR AVERAGE SILL HEIGHTS OR AVERAGE WEIRS? |
| 15:32 | 8 | **A.** YES.  WE AGGREGATED THESE BECAUSE IT'S VERY IRREGULAR, AND |
| 15:32 | 9 | SO WE TRIED TO AGGREGATE AS BEST AS WE COULD.  THEY ALL GO INTO |
| 15:33 | 10 | THE CENTRAL WETLANDS, INTO ONE SUBBASIN IN OUR MODEL, SO THEY |
| 15:33 | 11 | ALL END UP IN THE SAME PLACE. |
| 15:33 | 12 | **Q.** YOU WOULD AGREE THAT YOUR OWN DATA SHOWS -- BACK TO |
| 15:33 | 13 | SLIDE 3, PX-1487.1, YOUR TABLE 1 -- THAT THE DISTANCES BELOW |
| 15:33 | 14 | THE CREST ELEVATIONS WERE MUCH LOWER THAN 1 FOOT AT THE TIME |
| 15:33 | 15 | YOUR MODEL TRIGGERED THE BREACHES? |
| 15:33 | 16 | **A.** WOULD YOU REPHRASE THE QUESTION. |
| 15:33 | 17 | **Q.** YES, SIR.  I'M LOOKING AT THAT COLUMN TO THE FAR RIGHT. |
| 15:33 | 18 | YOU WOULD AGREE THAT THE DISTANCE BELOW THE CREST, WHEN YOU |
| 15:33 | 19 | TRIGGERED ALL THE BREACHES IN YOUR MODEL, WAS SUBSTANTIALLY |
| 15:33 | 20 | BELOW 1 FOOT; IN FACT, IT WAS ONLY ONE THAT WAS 1 FOOT BELOW |
| 15:33 | 21 | CREST? |
| 15:33 | 22 | **A.** BUT THERE WAS SOMEWHERE IN THAT COMPUTATIONAL REACH, WHERE |
| 15:33 | 23 | EACH ONE OF THOSE WERE LOCATED, WHERE IT WAS 1 FOOT BELOW.  SO |
| 15:33 | 24 | WE TRIGGERED AT THE 1 FOOT BELOW THE LOWER CREST ELEVATION. |
| 15:33 | 25 | **Q.** YOU LOOKED AT ONE DATA POINT? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:33 | 1 | **A.**   NO.   ALL OF THEM. |
| 15:33 | 2 | **THE COURT:**  I UNDERSTAND WHAT YOU'RE SAYING. |
| 15:34 | 3 | **THE WITNESS:**  ALL 11 IS WHAT I MEANT. |
| 15:34 | 4 | **THE COURT:**  ALL 11.  I UNDERSTOOD THAT.  THERE WERE |
| 15:34 | 5 | 11 SEGMENTS.  AS YOU JUST STATED, YOU TOOK THE LOWEST PORTION |
| 15:34 | 6 | THEREOF AND MEASURED THE TRIGGER POINT 1 FOOT BELOW THAT |
| 15:34 | 7 | PORTION? |
| 15:34 | 8 | **THE WITNESS:**  YES, SIR. |
| 15:34 | 9 | **BY MR. STEVENS:** |
| 15:34 | 10 | **Q.**   WE'RE GOING TO COME BACK TO THAT AGAIN IN A LITTLE WHILE, |
| 15:34 | 11 | BUT LET ME ASK YOU THIS:  AT THE TIME YOUR MODEL ASSUMES THAT |
| 15:34 | 12 | BREACHING WAS TRIGGERED, NO SURGE OVERTOPPING HAD YET TO OCCUR, |
| 15:34 | 13 | AND THUS THE ONLY FORCES ACTING TO TRIGGER BREACHING OF THE |
| 15:34 | 14 | LEVEE CREST AT THESE SITES HAD TO BE WAVE ACTION? |
| 15:34 | 15 | **A.**   THAT'S OUTSIDE OF MY EXPERTISE. |
| 15:34 | 16 | **Q.**   WE SHOWED ON SLIDE 1, PX-2172, THAT IF THE WATER LEVEL IS |
| 15:34 | 17 | NOT YET TO THE CREST, THERE'S NO SURGE OVERTOPPING.  EVEN I |
| 15:34 | 18 | UNDERSTAND THAT.  SO WHEN YOU TRIGGERED THE MODEL, WHEN YOU |
| 15:34 | 19 | TRIGGERED THE BREACHES IN YOUR MODEL, THERE WAS NOT YET ANY |
| 15:35 | 20 | SURGE OVERTOPPING? |
| 15:35 | 21 | **A.**   YOU ASK IT THAT WAY, THERE ARE LOCATIONS ALONG REACH 2 AND |
| 15:35 | 22 | REACH 1 AND OTHER PLACES WHERE THERE WAS OVERTOPPING OCCURRING |
| 15:35 | 23 | THAT WERE LOWER THAN THESE SURGE ELEVATIONS.  SO THERE WAS |
| 15:35 | 24 | SURGE OVERTOPPING OCCURRING AT THESE ELEVATIONS ON REACH 2 AND |
| 15:35 | 25 | REACH -- OR, EXCUSE ME, ON REACH 1. |

FINAL DAILY COPY

15:35   1   **Q.**   IS IT YOUR TESTIMONY THAT IN SLIDE 2, 2138.3, THERE'S

15:35   2   SURGE OVERTOPPING EVEN WHEN THE WATER LEVEL IS NOT YET UP TO

15:35   3   THE CREST?

15:35   4   **A.**   AT EACH ONE OF THE 11 AGGREGATED BREACH LOCATIONS HERE,

15:35   5   THERE WAS NOT SURGE OVERTOPPING WHEN IT REACHED THOSE

15:35   6   INDIVIDUAL ELEVATIONS AT THOSE LOCATIONS WITHIN THAT

15:35   7   COMPUTATIONAL REACH THAT THOSE BREACHES ARE LOCATED IN.

15:36   8   **Q.**   NOT A SINGLE ONE, SIR?  NOT A SINGLE ONE; CORRECT?

15:36   9   **A.**   FROM THE COMPUTATIONAL STANDPOINT, THAT'S CORRECT.

15:36   10   **Q.**   LET'S TALK ABOUT SOME OTHER IMPORTANT DATA INPUTS THAT

15:36   11   MIGHT AFFECT THE ACCURACY OF YOUR MODELING, LIKE HYDROGRAPHS.

15:36   12   IN THIS CASE WE'RE TALKING ABOUT HYDROGRAPHS IS THE STILL WATER

15:36   13   ELEVATION FOR THE WATER IN THE MRGO; IS THAT FAIR ENOUGH?

15:36   14   **A.**   SURGE HYDROGRAPHS?

15:36   15   **Q.**   YES.

15:36   16   **A.**   I REFER TO THEM AS SURGE HYDROGRAPHS.

15:36   17   **Q.**   NOW, THE MODELING EXPERT FOR -- I'LL CALL IT TEAM U.S.A.,

15:36   18   FOR YOUR SIDE.  DR. WESTERINK; RIGHT?  HE IS THE MAN WHO KNOWS

15:36   19   THE MOST ABOUT ADCIRC MODELING; TRUE?

15:36   20   **A.**   YES, SIR.

15:36   21   **Q.**   NOW, SURELY, YOU WOULD AGREE THAT HE, DR. JOANNES

15:36   22   WESTERINK, KNOWS ALL THE PROPER INPUTS AND APPROPRIATE

15:37   23   PARAMETERS FOR MODELING?

15:37   24   **A.**   YES, SIR.

15:37   25   **Q.**   ISN'T IT TRUE THAT IN YOUR DEPOSITION YOU TOLD ME ABOUT

FINAL DAILY COPY

15:37   1   TEN TIMES THAT THE HYDROGRAPHS FOR YOUR WORK WERE PROVIDED BY

15:37   2   DR. WESTERINK; AND YOU ALSO REFERENCED THAT ANOTHER THREE OR

15:37   3   FOUR TIMES IN YOUR REPORT FOR THIS CASE, THAT THE HYDROGRAPHS

15:37   4   CAME FROM DR. WESTERINK?

15:37   5   **A.**   YES.

15:37   6   **Q.**   THE TRUTH OF THE MATTER IS THAT YOU DIDN'T MODEL ANY RUNS

15:37   7   USING ANY OF DR. WESTERINK'S ACTUAL HYDROGRAPH OUTPUTS, DID

15:37   8   YOU?

15:37   9   **A.**   AS I MENTIONED EARLIER, WE TOOK THOSE AND APPLIED A

15:37  10   SCALING FACTOR -- AND I BELIEVE I MENTIONED THIS IN THE

15:37  11   DEPOSITION -- FROM MR. EBERSOLE AND WE ADDED THE WAVE SETUP

15:37  12   FROM DR. RESIO.  THAT WAS WHAT WENT INTO OUR MODEL.

15:37  13   **Q.**   SO THE ANSWER TO MY QUESTION IS:  "YES, MR. STEVENS, YOU

15:37  14   ARE CORRECT.  YES, WE HAVE NO BANANAS.  WE DID NOT USE HIS

15:38  15   HYDROGRAPH; WE SCALED IT UP?"  TRUE?

15:38  16   **A.**   IT WAS THE FIRST STEP IN DEVELOPING THE HYDROGRAPHS.

15:38  17   **Q.**   BECAUSE DR. WESTERINK'S HYDROGRAPH SHOWED 15.5 FEET OF

15:38  18   SURFACE WATER SURGE ELEVATION, AND THAT WOULD NOT SUPPORT THE

15:38  19   GOVERNMENT'S OVERTOPPING THEORY, WOULD IT?

15:38  20   **A.**   NO COMMENT ON THAT.  IT'S OUTSIDE OF MY EXPERTISE, SIR.

15:38  21   **Q.**   IN THE FINAL ANALYSIS, WOULD YOU AGREE, AS TO YOUR MODEL

15:38  22   INPUTS, DR. WESTERINK'S HYDROGRAPHS ENDED UP ON THE

15:38  23   CUTTING-ROOM FLOOR AND YOU USED MODIFIED HYDROGRAPHS SCALED UP

15:38  24   BY MR. BRUCE EBERSOLE?

15:38  25   **A.**   THEY DIDN'T END UP ON THE FLOOR; THEY WERE THE FIRST STEP

15:38  1  IN DEVELOPING THE HYDROGRAPHS.  THEY DID NOT END UP ON THE

15:38  2  FLOOR.

15:38  3          **THE COURT:**  I UNDERSTAND -- THE RHETORIC

15:38  4  NOTWITHSTANDING -- THAT THERE WAS A BASELINE THAT DR. WESTERINK

15:38  5  PROVIDED.  THAT BASELINE WAS MODIFIED AND TESTIFIED TO BY THE

15:38  6  WITNESS.

15:38  7  **BY MR. STEVENS:**

15:38  8  **Q.**  HIS ACTUAL HYDROGRAPH FIGURES DID NOT ENTER YOUR MODEL?

15:39  9  **A.**  THAT'S CORRECT.

15:39  10         **THE COURT:**  I UNDERSTAND.

15:39  11 **BY MR. STEVENS:**

15:39  12 **Q.**  IS IT ALSO A FACT THAT THESE MODIFICATIONS OF

15:39  13 DR. WESTERINK'S HYDROGRAPH WERE NECESSARY IN ORDER TO GET THE

15:39  14 WATER TO THE TOP OF THE LEVEE EARLIER?

15:39  15 **A.**  I DON'T KNOW THAT.

15:39  16 **Q.**  DO YOU KNOW WHAT METHODOLOGY MR. EBERSOLE APPLIED IN

15:39  17 REJECTING DR. WESTERINK'S HYDROGRAPHS?

15:39  18 **A.**  I PREFER TO DEFER TO HIM, BUT I DON'T THINK HE REJECTED

15:39  19 THE SURGE HYDROGRAPHS FROM WESTERINK.

15:39  20 **Q.**  YOU DON'T REALLY KNOW WHAT METHODOLOGY HE USED.  HE COULD

15:39  21 HAVE USED THE INTERNATIONAL FUDGE FACTOR OR A WILD GUESS AS FAR

15:39  22 AS YOU KNOW?

15:40  23 **A.**  I HEARD HIM TESTIFY TO WHAT HE USED IN THIS COURTROOM

15:40  24 EARLIER.

15:40  25 **Q.**  I GUESS THE FINAL WORD ON THAT -- AND I'LL MOVE ON TO

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:40 | 1 | ANOTHER TOPIC -- IS THE HYDROGRAPH WATER LEVELS IN YOUR MODEL |
| 15:40 | 2 | DID NOT COME FROM DR. WESTERINK BUT FROM MR. EBERSOLE? |
| 15:40 | 3 | **A.**   WELL, THE COMBINATION OF THE SCALING FACTOR FROM |
| 15:40 | 4 | MR. EBERSOLE AND THE WAVE SETUP AMOUNT THAT WE ADDED TO EACH |
| 15:40 | 5 | SURGE HYDROGRAPH FROM DR. RESIO, IT WAS BOTH OF THEM. |
| 15:40 | 6 | **Q.**   NEW TOPIC.  LET'S TALK ABOUT LEVEE CREST ELEVATIONS.  YOU |
| 15:40 | 7 | WOULD AGREE THAT IS A VERY, VERY IMPORTANT SET OF DATA TO HAVE |
| 15:40 | 8 | INPUT CORRECTLY INTO YOUR MODEL; RIGHT? |
| 15:40 | 9 | **A.**   YES, I WOULD AGREE WITH THAT. |
| 15:40 | 10 | **Q.**   YOUR TEAM, INCLUDING YOU, MADE EVERY EFFORT TO ENSURE |
| 15:40 | 11 | PRECISION AND ACCURACY IN ENTERING LEVEE CREST ELEVATIONS INTO |
| 15:41 | 12 | YOUR MODEL? |
| 15:41 | 13 | **A.**   BASED ON THE INFORMATION THAT WE HAD AND OUR METHODOLOGY |
| 15:41 | 14 | USING THE LIDAR, AND YOU STILL HAVE TO DO REPRESENTATIVE |
| 15:41 | 15 | LOCATIONS.  THE INFORMATION IS NOT ALWAYS AS CLEAR AS YOU WOULD |
| 15:41 | 16 | LIKE IT TO BE, SO YOU HAVE TO MAKE SOME JUDGMENTS AND PICK |
| 15:41 | 17 | POINTS THAT ARE REPRESENTATIVE OF THE CREST ELEVATION, THAT'S |
| 15:41 | 18 | CORRECT. |
| 15:41 | 19 | **Q.**   ISN'T IT A FACT, SIR, THAT FROM AUGUST 23, 2008 UNTIL |
| 15:41 | 20 | NOVEMBER 9, 2008, YOUR FOCUS WAS ON DEVELOPING A LEVEE CREST |
| 15:41 | 21 | PROFILE TO FIT MR. EBERSOLE'S MANIPULATED SURGE LEVELS AND THE |
| 15:41 | 22 | CORPS' BACK-TO-FRONT BREACHING OR OVERTOPPING THEORY? |
| 15:41 | 23 | **A.**   NO, SIR. |
| 15:41 | 24 | **Q.**   WELL, LET'S LOOK AT HOW THAT DATA WAS DEVELOPED IN THIS |
| 15:41 | 25 | CASE.  CAN I SEE PLAINTIFFS' EXHIBIT 2136.  .1 THROUGH .15 IS |

15:41   1   GOING TO BE THE WHOLE SET.  I NEED TO SEE PAGE 11.  2136 AT

15:42   2   PAGE 11.

15:42   3           THESE ARE YOUR BILLING RECORDS, SIR, ARE THEY NOT?

15:42   4   **A.**   LET ME TAKE A LOOK AT THEM.  I HAVEN'T SEEN THEM TODAY.

15:42   5           **THE COURT:**  DO YOU WANT TO APPROACH IT SO HE CAN LOOK

15:42   6   AT IT?

15:42   7           **THE WITNESS:**  I CAN SEE IT ON THE SCREEN, SIR.

15:42   8           **THE COURT:**  LET HIM SEE THE FULL SET, AND THEN WE'LL

15:42   9   GO BACK TO THE SCREEN.

15:42   10  **BY MR. STEVENS:**

15:42   11  **Q.**   VERY GOOD.  JUST CONFIRM FOR ME THAT THOSE ARE THE BILLING

15:42   12  RECORDS THAT YOU PRODUCED AT THE TIME OF THE DEPOSITION.

15:42   13  **A.**   AT THE TIME OF THE DEPOSITION?

15:42   14  **Q.**   YES, SIR.

15:42   15  **A.**   YES, SIR.

15:42   16  **Q.**   YOU MAY HAVE BILLED MORE SINCE THEN, BUT THIS WAS AS OF

15:42   17  THE DATE OF YOUR DEPO, JANUARY 29, 2009?

15:42   18  **A.**   JUST THUMBING THROUGH THAT, IT LOOKS LIKE THEM.

15:42   19  **Q.**   NOW, IF WE COULD GO TO PAGE 11, AT THE TOP IT SAYS THE

15:42   20  BILLING PERIOD IS, HERE, AUGUST 23 TO NOVEMBER 9, 2008.  DOWN

15:43   21  BELOW IT YOU DO A LITTLE SYNOPSIS, ALMOST, OF WHAT YOUR WORK IS

15:43   22  GOING TO BE ABOUT FOR THAT BILLING CYCLE.  IF YOU COULD

15:43   23  HIGHLIGHT THAT, PLEASE, IT SAYS:

15:43   24          "CONTINUE TO COORDINATE WITH DOJ AND HYDRODYNAMICS

15:43   25  TEAM ON THE MODELING EFFORT; WORK WITH THE INTERIOR DRAINAGE

15:43    1    MODELING TEAM; FOCUS IS ON DEVELOPING A LEVEE CREST CONSISTENT

15:43    2    WITH HYDRODYNAMICS ANALYSIS, RUNNING HEC-RAS, EVALUATING

15:43    3    RESULTS, AND WRITING REPORT; CLOSE COORDINATION WITH ALL

15:43    4    PARTIES CONTINUING."

15:43    5          SO AM I CORRECT, SIR, THAT FROM THIS DATE, AUGUST 28,

15:43    6    TO NOVEMBER 9, 2008, YOUR FOCUS WAS TO DEVELOP LEVEE CRESTS

15:43    7    CONSISTENT WITH HYDRODYNAMIC ANALYSIS?

15:43    8    A.   YES.  IT'S IMPORTANT, WHEN DR. RESIO IS RUNNING HIS WAVE

15:44    9    MODELING, THAT WE USE CONSISTENT CREST ELEVATIONS SO THAT OUR

15:44   10    RESULTS, WHEN WE PUT THEM TOGETHER, WILL BE -- NOT JUSTIFIED,

15:44   11    BUT CONSISTENT.  WE WANT TO MAKE SURE THAT WE'RE NOT OFF ON THE

15:44   12    WAVE OVERTOPPING AMOUNTS AND THOSE KINDS OF THINGS, SO I WAS

15:44   13    WORKING ON THOSE CREST ELEVATIONS TO MAKE THEM AS ACCURATE AS

15:44   14    POSSIBLE.

15:44   15    Q.   GOOD.  LET'S WALK THROUGH SOME OF THE WORK YOU DID TO DO

15:44   16    THAT.  IF WE COULD SCROLL DOWN A LITTLE BIT ON THAT SAME PAGE

15:44   17    TO NOVEMBER 1:

15:44   18          "VERIFIED LEVEE PROFILE WITH LIMITED AVAILABLE

15:44   19    INFORMATION; PREPARED CREST PROFILE FOR TEAM REVIEW."

15:44   20    A.   YES.

15:44   21    Q.   NEXT, PAGE 12, FOR THE DATES NOVEMBER 5 THROUGH

15:44   22    NOVEMBER 8:  "REFINED LEVEE AND FLOOD WALL LOCATIONS AND

15:44   23    ELEVATIONS THROUGH COORDINATION WITH BRUCE" --

15:44   24          AND I TRUST THAT'S BRUCE EBERSOLE; CORRECT?

15:45   25    A.   YES.

15:45   1   **Q.**   -- "USING SUPERIOR LIDAR PROFILES AND AERIALS PROVIDED BY

15:45   2   BRUCE; INCLUDED SEVERAL ITERATIONS AND COORDINATION WITH BOB,

15:45   3   BRUCE, JEFF, AND DON."

15:45   4           FOR THE RECORD, "BOB" WOULD BE ROBERT BASS FROM THE

15:45   5   CORPS OF ENGINEERS OFFICE IN VICKSBURG?

15:45   6   **A.**   YES.

15:45   7   **Q.**   "BRUCE," OF COURSE, WOULD BE MR. EBERSOLE?

15:45   8   **A.**   YES.

15:45   9   **Q.**   JEFF HARRIS AND DON RESIO; CORRECT?

15:45   10   **A.**   YES.

15:45   11   **Q.**   THEN IT SAYS, THAT BOTTOM LINE:  "METICULOUS CARE TAKEN TO

15:45   12   MAKE AS ACCURATE AS POSSIBLE."

15:45   13   **A.**   THAT'S CORRECT.

15:45   14   **Q.**   A VERY IMPORTANT PIECE OF INFORMATION TO PUT INTO YOUR

15:45   15   MODEL IS THE LEVEE CREST ELEVATIONS?

15:45   16   **A.**   YES.

15:45   17   **Q.**   BEAR WITH ME.  I WANT TO GO AHEAD AND GET ALL THE WAY

15:45   18   THROUGH THESE.  IT WILL ONLY TAKE ANOTHER MINUTE.  PAGE 14,

15:45   19   THIS IS FOR A TIME PERIOD NOVEMBER 10 TO DECEMBER 29 OF 2008.

15:45   20   AT THAT TIME IT SAYS AGAIN:

15:46   21           "FOCUS IS RUNNING HEC-RAS SCENARIOS, EVALUATING

15:46   22   RESULTS, CALIBRATING MODEL, AND CONSISTENCY WITH OTHER EXPERT

15:46   23   REPORTS, WRITING A CLEAR AND CONCISE REPORT."

15:46   24           THAT WAS YOUR FOCUS FOR THAT BILLING CYCLE; CORRECT?

15:46   25   **A.**   YES, THAT'S WHAT I WROTE.

15:46  1  **Q.**   NOW, ON NOVEMBER 13 THROUGH NOVEMBER 20 -- ACTUALLY,

15:46  2  NOVEMBER 13 AND NOVEMBER 20; IT'S TWO DATES, NOT A WEEK.  BUT

15:46  3  DURING THAT BILLING CYCLE, YOU BILLED TO REVISE YOUR LEVEE

15:46  4  CREST PROFILE AND YOU REVIEWED WITH BOB BREACH PARAMETERS, AND

15:46  5  YOU REVIEWED WITH DON SURGE AND WAVE INPUT; CORRECT?

15:46  6  **A.**   YES.

15:46  7  **Q.**   COINCIDENTALLY PERHAPS -- AND THESE TWO EXHIBITS HAVE BEEN

15:46  8  COMBINED AS 2138.  I'LL JUST USE THE ELMO, IF I COULD SWITCH

15:46  9  OVER.

15:47  10         THIS IS THE SAME BREACH PROFILES THAT WE'VE BEEN

15:47  11  LOOKING AT FOR DAYS.  THIS IS MRGO REACH 2A, AND THAT'S FROM

15:47  12  BIENVENUE DOWN TO THE PIPELINE CROSSING.  THEN THE NEXT PLOT IS

15:47  13  MRGO REACH 2B, AND THAT'S FROM DUPRE TO A LITTLE FURTHER SOUTH

15:47  14  TOWARD YCLOSKEY BUT INCLUDES ALL 11 OF THE BREACH SITES;

15:47  15  CORRECT?

15:47  16  **A.**   YES.

15:47  17  **Q.**   WE COMBINED THOSE TO MAKE 2138.  THE PURPOSE FOR PUTTING

15:47  18  THIS UP HERE NOW IS, AFTER THIS MEETING WE JUST TALKED ABOUT OF

15:47  19  NOVEMBER 13, YOU REVISED THESE CHARTS.  THE DATE SAYS:

15:47  20  "REVISED NOVEMBER 13, 2008."  THOSE INITIALS "SF," WOULD THAT

15:47  21  STAND FOR STEVEN FITZGERALD?

15:47  22  **A.**   YES.  I DEVELOPED THIS PROFILE.

15:47  23  **Q.**   NOW, IF WE COULD GO BACK TO THE BILLING RECORD, THE SAME

15:47  24  PAGE I WAS ON, PAGE 14.  WE WERE LOOKING AT NOVEMBER 13; RIGHT?

15:48  25  "REVISED LEVEE CREST PROFILES," AND THAT'S WHAT GENERATED THOSE

15:48    1    PLOTS WE JUST LOOKED AT, WHICH IS NOW THE SOURCE OF OUR

15:48    2    EXHIBIT 2138.  THEN DECEMBER 2 AND 3, "WORKED AT MVN" -- AND

15:48    3    WHAT IS MVN?

15:48    4    A.    THAT'S THE NEW ORLEANS DISTRICT CORPS OF ENGINEERS.

15:48    5    Q.    -- "WITH BOB AND DANIELLE ON INITIAL HEC-RAS RUNS,

15:48    6    CONFIRMED INPUT, EVALUATED RESULTS."

15:48    7             DECEMBER 6 THROUGH 9:  "IMPROVED SCENARIO 1 AND 6,

15:48    8    HEC-RAS MODELS, WORKED ON REPORT."

15:48    9             IF WE GO TO PAGE 15 AND WRAP THIS UP, ON THE FINAL

15:48   10    ENTRY, DECEMBER 13 THROUGH 19, 2008, YOU IMPROVED SCENARIO 1

15:48   11    MODEL, YOU RAN A FINAL SCENARIO 6, YOU RAN TWO ADDITIONAL

15:48   12    MODELS WITH NO IHNC BREACHES, AND YOU COORDINATED REPORT

15:48   13    CLARITY WITH DOJ AND BRUCE EBERSOLE; CORRECT?

15:49   14    A.    YES.

15:49   15    Q.    AND FINALIZED THE REPORT.  BUT I SKIPPED SOMETHING.  I

15:49   16    SKIPPED A PAGE, PAGE 12.  DID I GO TO THE NOVEMBER 5 THROUGH 8?

15:49   17    I'M SORRY.

15:49   18             PAGE 12, I SAID WE REFINED LEVEE AND FLOOD WALL

15:49   19    LOCATIONS; RIGHT?  I SKIPPED THE NOVEMBER 9 ENTRY, WHICH WOULD

15:49   20    HAVE BEEN FOUR DAYS BEFORE YOU REVISED THESE PLOTS.  IT SAYS:

15:49   21             "FINALIZED LEVEE PROFILE FOR HEC-RAS TEAM, DOCUMENTED

15:49   22    PROCESS, AND RESEARCH DATUM ISSUES."

15:49   23    A.    YES.

15:49   24    Q.    FOUR DAYS LATER, YOU REVISED YOUR FINAL LEVEE CREST

15:49   25    ELEVATIONS AGAIN; RIGHT?

15:49  1   **A.**   THAT'S WHAT I WROTE, YES.  I DON'T RECALL THAT, BUT THAT'S

15:49  2   WHAT I WROTE.

15:49  3   **Q.**   ENOUGH ABOUT THAT FOR NOW.  THANK YOU FOR WALKING THROUGH

15:49  4   THAT.

15:50  5            MR. BRUCE EBERSOLE, WHO TESTIFIED IN THIS COURTROOM

15:50  6   WHEN YOU WERE HERE, SAID:  "I HAVE NOT READ FITZGERALD'S

15:50  7   REPORT."

15:50  8            LATER HE SAID:  "I HAVE NEVER READ FITZGERALD'S

15:50  9   REPORT."

15:50  10           A THIRD TIME HE SAID:  "AS I SAID BEFORE, I NEVER

15:50  11  READ FITZGERALD'S REPORT."

15:50  12           NOW, IS THAT A FAIR STATEMENT BY MR. EBERSOLE?

15:50  13  **A.**   I DON'T KNOW.  MY REPORT WAS FINALIZED TOWARD THE END OF

15:50  14  DECEMBER.  I WAS COORDINATING WITH BRUCE ON WHAT WE HAD BEEN

15:50  15  TALKING ABOUT BEFORE, ABOUT THE LEVEE CREST EVALUATIONS DURING

15:50  16  THOSE TIMES.  HE HAD THAT ADDITIONAL INFORMATION THAT HE HAD

15:50  17  SEEN.  HE HAD WORKED WITH THE GROUP, WITH HIS TEAM, AND SO HE

15:50  18  HAD BETTER CLARITY IN SOME OF THAT INFORMATION ON THE COMPUTER

15:51  19  WITH HIS FOLKS.  SO HE WAS LOOKING AT WHAT I WAS COMING UP WITH

15:51  20  TO MAKE SURE IT LOOKED SIMILAR TO WHAT HE HAD SEEN IN THAT WORK

15:51  21  SESSION HE HAD DONE WITH THE TEAM THAT HE WORKED WITH.

15:51  22  **Q.**   ON DECEMBER 13, WE JUST SHOWED AN EXHIBIT -- WHAT IS THIS?

15:51  23  21, THE BILLING RECORDS AT PAGE 15:  "COORDINATED REPORT

15:51  24  CLARITY WITH DOJ AND BRUCE AND FINALIZED REPORT."

15:51  25           HE SAW YOUR FINAL REPORT AT LEAST BY THE LAST DATE,

15:51    1    DECEMBER 19, 2008?

15:51    2    **A.**   ON SOME OF THE CLARITY POINTS, I BELIEVE IT WAS THAT I WAS

15:51    3    REPRESENTING THE INFORMATION THAT HE HAD PROVIDED ME OR THE

15:51    4    GUIDANCE WAS CORRECTLY -- HE MAY OR MAY NOT HAVE SEEN THE

15:51    5    ENTIRE REPORT.  I JUST DON'T REMEMBER.

15:51    6    **Q.**   MAYBE HE DIDN'T NEED TO READ IT?

15:51    7    **A.**   I DON'T REMEMBER, SIR.

15:51    8    **Q.**   LET ME ASK YOU THIS, SIR, ON A FINAL NOTE.  YOU'VE TOLD US

15:51    9    BEFORE YOUR MODEL WAS ACTUALLY A CULMINATION OF EFFORTS OF YOUR

15:51   10    TEAM.  YOUR TEAM WAS BRUCE EBERSOLE, JOANNES WESTERINK, DON

15:52   11    RESIO, AND STEVEN FITZGERALD.

15:52   12    **A.**   THE TEAM I WAS REFERRING TO THAT I THINK OF IS THE

15:52   13    NEW ORLEANS DISTRICT CORPS OF ENGINEERS AND THE HEC CENTER OUT

15:52   14    IN DAVIS BECAUSE WE WORKED TOGETHER ON IPET AND WE WORKED

15:52   15    TOGETHER ON THIS ONE AS WELL.

15:52   16         OUR GOAL WAS TO GET EVERYTHING AS PHYSICALLY CORRECT

15:52   17    AS POSSIBLE AS FAR AS THE CREST ELEVATION IS CONCERNED.  THE

15:52   18    IPET REPORT PROFILES AND INFORMATION MR. EBERSOLE HAD WAS THE

15:52   19    MOST IMPORTANT THING.  THAT'S ALL THAT I WORKED WITH HIM ON, AS

15:52   20    FAR AS THE CREST ELEVATION, TO GET THAT AS ACCURATE AS

15:52   21    POSSIBLE.

15:52   22    **Q.**   LET'S TALK ABOUT THAT.  NEW TOPIC.  SOME MORE IMPORTANT

15:52   23    INPUT DATA FOR YOUR MODEL.  CREST ELEVATIONS ARE OBVIOUSLY VERY

15:52   24    IMPORTANT, VERY CRITICAL; RIGHT?  BUT WOULDN'T YOU AGREE THAT

15:52   25    BREACH LEVELS, BREACH LOCATIONS, AND BREACH DURATIONS ARE

15:52   1   EQUALLY AS IMPORTANT AS LEVEE CREST ELEVATIONS?

15:52   2   **A.**   YES, THEY ARE IMPORTANT.

15:53   3   **Q.**   MR. FITZGERALD, DID YOU APPLY THE SAME DEGREE OF CARE AND

15:53   4   METICULOUS DETAIL -- COULD WE SAY *METICULARITY* -- FOR

15:53   5   DETERMINING BREACH DEPTHS?

15:53   6             **MR. O'DONNELL:**  NO, WE COULDN'T.

15:53   7              **MR. STEVENS:**  I THOUGHT I WOULD CREATE A WORD.

15:53   8              **THE COURT:**  YOU DID.

15:53   9   **BY MR. STEVENS:**

15:53  10   **Q.**   DID YOU PROVIDE THE SAME DEGREE OF METICULOUS DETAIL FOR

15:53  11   DETERMINING BREACH DEPTHS, WIDTHS, AND LOCATIONS THAT YOU DID

15:53  12   WITH REGARD TO THE LEVEE CREST HEIGHTS AND LEVEE CREST PROFILES

15:53  13   THAT WE JUST WENT OVER ALL YOUR WORK ON?

15:53  14   **A.**   WELL, AFTER LOOKING AT HOW IRREGULAR THE BREACHES WERE

15:53  15   COMPARED TO THE PRE-KATRINA CREST ELEVATIONS, WE DID SPEND A

15:53  16   LOT OF CARE DOING THAT, BUT REALIZING WHEN WE HAD TO PUT THAT

15:53  17   INTO OUR COMPUTATIONAL -- INTO OUR MODEL THAT WE HAD TO DO SOME

15:54  18   AVERAGING, AGGREGATING, AND THOSE KIND OF THINGS.

15:54  19         SO WE DID TAKE CARE, BUT IN THE END ALL THE WATER --

15:54  20   THE WATER -- THOSE BREACHES FORMED.  WHERE IT HAPPENED ALONG

15:54  21   THAT LOCATION IS IMPORTANT, BUT NOT AS IMPORTANT AS YOU WOULD

15:54  22   THINK AS IT ALL ENDED UP IN OUR MODEL IN THE CENTRAL WETLANDS.

15:54  23   SO THE EXACT LOCATION OF EACH BREACH FROM THE MODEL STANDPOINT,

15:54  24   FROM THE COMPUTATIONAL STANDPOINT IS NOT QUITE AS CRITICAL AS

15:54  25   THE CREST ELEVATION IS.

| | | |
|---|---|---|
| 15:54 | 1 | **Q.**  WELL, LET'S TAKE A LOOK AT THAT.  I'M GOING TO SHOW IT TO |
| 15:54 | 2 | YOU TWO WAYS.  FIRST, I'M GOING TO SHOW IT TO YOU IN THE -- IS |
| 15:54 | 3 | IT PLAN VIEW, P-L-A-N? |
| 15:54 | 4 | **A.**  PLAN VIEW. |
| 15:54 | 5 | **Q.**  PLAN VIEW.  I GAVE IT TO YOU DURING THE BREAK. |
| 15:54 | 6 | **A.**  YOU GAVE THAT TO US DURING THE BREAK TODAY, YES. |
| 15:54 | 7 | **Q.**  WE CREATED THIS DURING YOUR DIRECT, WHEN YOU TALKED ABOUT |
| 15:54 | 8 | THE AVERAGING AND THE WEIRS.  THEN WE'LL LOOK AT THE ACTUAL |
| 15:54 | 9 | FACTS AND FIGURES AND THE DETAILS NEXT, BUT IF I COULD SEE |
| 15:54 | 10 | 1810.16.  IT'S A SERIES OF FOUR SLIDES. |
| 15:55 | 11 | YOU'VE HAD A CHANCE TO LOOK AT THESE.  ARE YOU |
| 15:55 | 12 | FAMILIAR WITH IT? |
| 15:55 | 13 | **A.**  FOR ABOUT 10 SECONDS. |
| 15:55 | 14 | **Q.**  THE YELLOW IS STEVE FITZGERALD'S LEVEE BREACHES WITH SILL |
| 15:55 | 15 | ELEVATIONS.  THAT'S YOUR AGGREGATED BREACHES; CORRECT? |
| 15:55 | 16 | **THE COURT:**  LET HIM LOOK AT IT AND MAKE SURE. |
| 15:55 | 17 | **MR. STEVENS:**  HE IS LOOKING AT NO. 1. |
| 15:55 | 18 | **THE COURT:**  MILE 53 TO 56. |
| 15:55 | 19 | **MR. STEVENS:**  SLIDE 1?  IT SHOULD BE 56 UP TO 59. |
| 15:55 | 20 | **THE COURT:**  THAT'S RIGHT.  I READ IT WRONG. |
| 15:55 | 21 | **MR. STEVENS:**  THIS WOULD BE FOR THE BAYOU BIENVENUE |
| 15:55 | 22 | AT THE TOP -- |
| 15:55 | 23 | **THE COURT:**  JUST BAD EYESIGHT. |
| 15:55 | 24 | **BY MR. STEVENS:** |
| 15:55 | 25 | **Q.**  SO THIS IS YOUR BREACH, THAT FIRST ONE.  THAT |

15:55   1   8,600-FOOT-LONG LINEAR BREACH SHOWS A BREACH ELEVATION OF

15:55   2   10 FEET; CORRECT?

15:55   3   **A.**   YES.   THAT WAS AN AGGREGATED AVERAGE OVER THE VERTICAL --

15:56   4   THERE'S DIFFERENT ONES THAT ARE VERTICAL.   THERE WERE SOME

15:56   5   HIGHER, SOME LOWER ALONG THERE.

15:56   6   **Q.**   THAT'S A SILL HEIGHT?

15:56   7   **A.**   SILL HEIGHT.   BOTTOM ELEVATION, ON MY CHART, IS WHAT I

15:56   8   CALL IT.

15:56   9   **Q.**   THEN THE GREEN ALONG THAT SAME STRETCH WOULD BE

15:56   10   MR. MORRIS' LIDAR AND SURVEY WORK THAT SHOWS THE LEVEE BREACHES

15:56   11   AND SILLS THAT HE PROVIDED TO THE DUTCH FOR THEIR MODELING.

15:56   12   OKAY?

15:56   13        NOW, YOU WOULD AGREE THAT THERE'S A LOT MORE BREACHES

15:56   14   THERE THAN WHAT YOU AGGREGATED?   A LOT MORE INDIVIDUAL

15:56   15   BREACHES; TRUE?

15:56   16   **A.**   IT'S VERY IRREGULAR, YES.   AS WE'VE SEEN FROM THE LIDAR

15:56   17   AND FROM THE PHOTOS, IT IS.

15:56   18   **Q.**   LET'S GO TO SLIDE 2, JUST MOVING DOWN.   SO WE'RE GOING

15:56   19   FROM MILEPOST 56 DOWN TO 53.   THAT GETS US ABOUT TO THE LAND

15:56   20   BRIDGE.

15:56   21        AGAIN, YOU HAVE THE YELLOW BARS, WHERE YOU HAVE

15:56   22   BREACHES INSERTED INTO YOUR MODEL.   THE GREEN ARE THE SILL

15:56   23   ELEVATIONS FOR BREACHES MAPPED BY GIS THROUGH MR. MORRIS;

15:56   24   RIGHT?

15:57   25   **A.**   YES.   LIKE I SAID BEFORE, THESE BREACHES ARE POSITIONED IN

| | | |
|---|---|---|
| 15:57 | 1 | THE CENTER OF OUR COMPUTATIONAL WEIR SEGMENT. |
| 15:57 | 2 | **Q.**   SO, FOR EXAMPLE, LET'S LOOK AT RIGHT ACROSS FROM THE LAND |
| 15:57 | 3 | BRIDGE HERE, WHERE YOU SAY THAT THE BREACH SILL ELEVATION IS |
| 15:57 | 4 | 5 FEET.  THAT MEANS THAT IT'S GONE DOWN TO ELEVATION 5 FROM |
| 15:57 | 5 | WHATEVER THE LEVEE WAS AT THE BEGINNING; TRUE?  THAT IS THE |
| 15:57 | 6 | FINAL GRADE OF THE SILL AFTER THE STORM? |
| 15:57 | 7 | **A.**   IT'S AN ELEVATION, YES, AN AVERAGE ELEVATION. |
| 15:57 | 8 | **Q.**   NOW, YOU WOULD AGREE THAT MR. MORRIS' LIDAR DATA AND |
| 15:57 | 9 | MAPPING DOESN'T SHOW ANYWHERE NEAR 5 FOOT OF BREACHES?  HE HAS |
| 15:57 | 10 | ELEVATIONS FROM 10 TO 12 TO 14 -- |
| 15:57 | 11 | **THE COURT:**  YOU SAID 5 FOOT OF BREACHES.  5 FOOT OF |
| 15:57 | 12 | SILL, YOU MEAN? |
| 15:57 | 13 | **MR. STEVENS:**  5 FOOT OF SILL ELEVATIONS, FINAL GRADE |
| 15:57 | 14 | SILL ELEVATIONS.  THANK YOU, JUDGE.  IT GETS A LITTLE |
| 15:57 | 15 | CONFUSING. |
| 15:57 | 16 | **BY MR. STEVENS:** |
| 15:57 | 17 | **Q.**   THAT'S NOT EVEN CLOSE.  YOU-ALL ARE WAY OFF ON THAT ONE; |
| 15:57 | 18 | RIGHT? |
| 15:58 | 19 | **A.**   I'M NOT SURE WHAT CHAD MORRIS USED FOR HIS SILL |
| 15:58 | 20 | ELEVATIONS. |
| 15:58 | 21 | **Q.**   YOU USED 5 FEET FOR YOURS.  THAT LITTLE YELLOW BAR IS THE |
| 15:58 | 22 | AGGREGATED TOTAL LINEAR WIDTH OF THE BREACHES? |
| 15:58 | 23 | **A.**   I WOULDN'T RELATE WHAT I HAVE IN THERE TO WHAT HE HAS |
| 15:58 | 24 | BECAUSE I DON'T KNOW WHERE HIS CAME FROM. |
| 15:58 | 25 | **Q.**   BUT LET'S ASSUME FOR SAKE OF DISCUSSION THAT THOSE ARE |

| | | |
|---|---|---|
| 15:58 | 1 | ACCURATELY MAPPED BREACHES, INDIVIDUAL BREACHES ALONG THAT SAME |
| 15:58 | 2 | SECTION OF LEVEE AT ABOUT MILEPOST 53 OPPOSITE THE LAND BRIDGE; |
| 15:58 | 3 | RIGHT? |
| 15:58 | 4 | A.   YES. |
| 15:58 | 5 | Q.   YOU WOULD AGREE THAT HIS BOTTOM SILLS FOR BREACH |
| 15:58 | 6 | ELEVATIONS ARE MUCH HIGHER THAN 5 FEET? |
| 15:58 | 7 | A.   THAT'S CORRECT. |
| 15:58 | 8 | Q.   YOUR WEIR IS ALL THE WAY DOWN TO 5.  IS IT FAIR TO SAY |
| 15:58 | 9 | IT'S LIKE LOWERING THE WINDOW ON AN AUTOMOBILE -- |
| 15:58 | 10 | A.   YES. |
| 15:58 | 11 | Q.   -- THE LOWER IT GETS, THE MORE THE WATER COMES OVER? |
| 15:58 | 12 | A.   YES, THAT'S CORRECT. |
| 15:58 | 13 | Q.   FAIR ENOUGH. |
| 15:58 | 14 | A.   BUT WHEN I WAS LOOKING AT THE LIDAR ALONG THESE BREACHES, |
| 15:59 | 15 | ON THE ONE I WAS LOOKING AT ON THE IPET REPORT PRE- AND |
| 15:59 | 16 | POST-KATRINA, THERE WAS BREACHES THAT OCCURRED IN THIS RANGE. |
| 15:59 | 17 | Q.   YOU NEVER SAT FOOT THERE, DID YOU?  YOU DIDN'T GO THERE? |
| 15:59 | 18 | A.   AFTER THE STORM, NO. |
| 15:59 | 19 | Q.   YOU DIDN'T GET HIRED UNTIL TWO YEARS AFTER THE STORM; |
| 15:59 | 20 | RIGHT? |
| 15:59 | 21 | A.   HIRED FOR WHAT? |
| 15:59 | 22 | Q.   FOR THIS CASE. |
| 15:59 | 23 | A.   YES. |
| 15:59 | 24 | Q.   YOU DIDN'T START YOUR WORK UNTIL TWO YEARS AFTER THE |
| 15:59 | 25 | STORM, AND YOU NEVER PERSONALLY MAPPED A SINGLE BREACH |

| | | |
|---|---|---|
| 15:59 | 1 | PARAMETER OR DEPTH OR WIDTH?  YOU DIDN'T MAP ANY OF THEM |
| 15:59 | 2 | YOURSELF? |
| 15:59 | 3 | **A.**   FROM THE REAL KATRINA EVENT? |
| 15:59 | 4 | **Q.**   THAT'S CORRECT. |
| 15:59 | 5 | **A.**   NO.  WE RELIED ON THE TEAM -- FROM THE IPET TEAM THAT |
| 15:59 | 6 | OBTAINED THE LIDAR INFORMATION AFTER KATRINA, WE RELIED ON THAT |
| 15:59 | 7 | TEAM. |
| 15:59 | 8 | **MR. STEVENS:**  LET ME SHOW YOU -- |
| 15:59 | 9 | **THE COURT:**  LET HIM FINISH. |
| 15:59 | 10 | **MR. STEVENS:**  I'M SORRY, JUDGE.  I WAS TRYING TO MOVE |
| 15:59 | 11 | ON. |
| 15:59 | 12 | **THE COURT:**  LET HIM FINISH. |
| 15:59 | 13 | SIR, HAVE YOU FINISHED? |
| 15:59 | 14 | **THE WITNESS:**  I FINISHED. |
| 15:59 | 15 | **THE COURT:**  YOU SAID YOU RELIED ON THE -- |
| 15:59 | 16 | **THE WITNESS:**  I RELIED ON THE LIDAR INFORMATION, THE |
| 15:59 | 17 | POST-KATRINA LIDAR INFORMATION THAT WAS COLLECTED BY THE IPET |
| 16:00 | 18 | TEAM. |
| 16:00 | 19 | **BY MR. STEVENS:** |
| 16:00 | 20 | **Q.**   SLIDE 3, PLEASE.  1810.16, SLIDE 3. |
| 16:00 | 21 | THERE ARE LOT MORE BREACHES HERE THAN YOU HAVE. |
| 16:00 | 22 | CERTAINLY FROM MILEPOST 49 UP TO 51, YOU HAVE ONE LITTLE BREACH |
| 16:00 | 23 | AND THEY HAVE ABOUT 20.  YOUR SILL ELEVATION IS 8 FEET, AND |
| 16:00 | 24 | THERE IS NOT A SINGLE BREACH THAT HAS A SILL ELEVATION BELOW |
| 16:00 | 25 | 12.  SO THEY'RE AS HIGH AS 12 TO 15 FEET THERE AND YOU'RE |

2785

| | | |
|---|---|---|
| 16:00 | 1 | SHOWING 8 FEET? |
| 16:00 | 2 | **THE COURT:**  IS THAT REACH 11 WE'RE LOOKING AT? |
| 16:00 | 3 | **MR. STEVENS:**  YOU KNOW, YOUR HONOR, YOU MIGHT BE |
| 16:00 | 4 | ABSOLUTELY CORRECT. |
| 16:00 | 5 | **THE WITNESS:**  THAT'S THE LAST ONE THAT I PUT IN THE |
| 16:00 | 6 | MODEL.  THERE WEREN'T TOO MANY DOWN IN THAT AREA SOUTH OF |
| 16:00 | 7 | DUPRE. |
| 16:00 | 8 | **BY MR. STEVENS:** |
| 16:00 | 9 | **Q.**  LET'S CONFIRM THAT.  THIS WOULD BE BREACH 11 IS AT, |
| 16:00 | 10 | ACCORDING TO YOUR STATIONING, 9,000 [*SIC*].  SO THAT WOULD BE |
| 16:00 | 11 | THE BREACH WE'RE SEEING -- |
| 16:00 | 12 | **THE COURT:**  90,000. |
| 16:01 | 13 | **MR. STEVENS:**  90,000.  THANK YOU. |
| 16:01 | 14 | **BY MR. STEVENS:** |
| 16:01 | 15 | **Q.**  THAT WOULD BE THE BREACH WE'RE SEEING WITH THE 8-FOOT SILL |
| 16:01 | 16 | ON SLIDE 3. |
| 16:01 | 17 | ONE MORE SLIDE.  4, PLEASE.  YOU HAVE NONE.  THIS IS |
| 16:01 | 18 | THE END OF THE LEVEE.  THIS IS THE VERRETT TURN.  THERE ARE 10 |
| 16:01 | 19 | MORE BREACHES THERE WITH SILL ELEVATIONS OF 12, 14, 15 FEET. |
| 16:01 | 20 | 13.5 IS THE LOWEST, AND YOU HAVE NONE. |
| 16:01 | 21 | **A.**  NOT IN THIS LOCATION, BUT I WOULD HAVE TO LOOK AT THE |
| 16:01 | 22 | PROFILE I WAS LOOKING AT TO COMPARE TO CHAD MORRIS. |
| 16:01 | 23 | **Q.**  ON THE PROFILE WE'VE BEEN LOOKING AT, YOUR LAST BREACH WAS |
| 16:01 | 24 | WELL ABOVE THIS.  WE JUST SHOWED THAT TO YOU. |
| 16:01 | 25 | **A.**  YES.  BUT LIKE I SAID, THERE WAS A LOT OF BREACHES AND WE |

| | | |
|---|---|---|
| 16:01 | 1 | AGGREGATED THEM INTO FEWER THAN WHAT WAS THERE DOWN TO 11. |
| 16:01 | 2 | **Q.**   CAN I SEE SLIDE 4, PLEASE, BREACH SILL HEIGHT. |
| 16:02 | 3 | **THE COURT:**  IT WASN'T YOUR INTENTION TO SHOW ALL |
| 16:02 | 4 | BREACHES ON THE FIGURE WE'VE LOOKED AT WITH THE CREST |
| 16:02 | 5 | ELEVATIONS? |
| 16:02 | 6 | **THE WITNESS:**  NO, SIR, IT WAS NOT THAT INTENTION. |
| 16:02 | 7 | **BY MR. STEVENS:** |
| 16:02 | 8 | **Q.**   PX-1810.15, WHICH IS SLIDE 4.  IS IT NOT A FACT, SIR, THAT |
| 16:02 | 9 | 64 PERCENT OF ALL BREACHES ALONG REACH 2 HAD SILL ELEVATIONS OF |
| 16:02 | 10 | 10 FEET OR HIGHER? |
| 16:02 | 11 | **A.**   I DON'T KNOW THE EXACT NUMBER. |
| 16:02 | 12 | **Q.**   WE DID A COMPARISON FOR YOU AND WE COMPARED YOUR DATA -- |
| 16:02 | 13 | THIS IS THE DATA FROM YOUR REPORT COMPARED TO THE DATA THAT WAS |
| 16:02 | 14 | MAPPED BY GIS.  LET'S LOOK AT BAYOU BIENVENUE TO DUPRE.  THAT'S |
| 16:02 | 15 | THE TOP HALF OF THIS CHART.  THEN WE CAN LOOK AT DUPRE DOWN TO |
| 16:02 | 16 | THE END OF THE LEVEES.  THAT'S THE BOTTOM HALF OF THE CHART. |
| 16:02 | 17 | ACCORDING TO MR. MORRIS' DATA, 50 PERCENT OF THE |
| 16:03 | 18 | BREACHES HAD BOTTOM SILL ELEVATIONS ABOVE 10 FEET.  50 PERCENT. |
| 16:03 | 19 | YOURS, YOU HAD NONE? |
| 16:03 | 20 | **A.**   WELL, MY 10 FOOT -- THE ONE YOU HAVE ON MINE BELOW SAYS -- |
| 16:03 | 21 | I USED 10.  IT COULD BE A LITTLE ABOVE OR A LITTLE BELOW.  SO |
| 16:03 | 22 | MY 10 FOOT COULD BE IN THE COLUMN RIGHT ABOVE JUST AS EASILY AS |
| 16:03 | 23 | THE COLUMN BELOW YOUR DARK, DASHED LINE. |
| 16:03 | 24 | **Q.**   ALSO, THE 10 TO 11 -- |
| 16:03 | 25 | **A.**   IT COULD BE THERE JUST AS EASILY AS BELOW.  THE 10 FOOT |

| | | |
|---|---|---|
| 16:03 | 1 | WAS, LIKE I SAID, AN AGGREGATED AVERAGE, NOT NUMERICAL AVERAGE. |
| 16:03 | 2 | VISUALLY AGGREGATED. |
| 16:03 | 3 | **Q.**   FROM DUPRE DOWN TO THE END OF THE LEVEE, MR. MORRIS SHOWS |
| 16:03 | 4 | 88 PERCENT, 88 PERCENT OF THE BREACHES, 8,700 LINEAR FEET OF |
| 16:03 | 5 | IT, AND YOU HAVE NONE WITH BOTTOM SILL ELEVATIONS OF 10 FEET. |
| 16:04 | 6 | **A.**   AGAIN, LOOKING AT MY COLUMN, THE 10 FOOT -- FOR MINE IT |
| 16:04 | 7 | SAYS 9 TO 10.  THAT COULD BE ABOVE THAT LINE TOO.  YOU COULD |
| 16:04 | 8 | PLOT IT THERE AS WELL. |
| 16:04 | 9 | **Q.**   WE COULD MOVE THAT ONE UP.  SO YOU WOULD HAVE A FEW FEET |
| 16:04 | 10 | HERE OR A FEW FEET THERE, BUT ASSUMING FOR SAKE OF DISCUSSION |
| 16:04 | 11 | THAT 10 FEET PUTS IT OVER THE LINE AND NOT UNDER THE LINE -- |
| 16:04 | 12 | **A.**   I WON'T ASSUME THAT. |
| 16:04 | 13 | **THE COURT:**  LET ME ASK YOU A QUESTION, SIR.  WHAT |
| 16:04 | 14 | DOES "VISUALLY AGGREGATED" MEAN IN THE CONTEXT OF YOUR REPORT |
| 16:04 | 15 | AND YOUR METHODOLOGY? |
| 16:04 | 16 | **THE WITNESS:**  WE LOOKED AT THE POST-KATRINA PROFILE. |
| 16:04 | 17 | IT WAS VERY IRREGULAR, SO WE LOOKED AT WHERE THE LARGER GAPS |
| 16:04 | 18 | WERE -- I MEAN LARGER BREACHES WERE.  WE JUST TRIED TO DRAW A |
| 16:04 | 19 | LINE, IF WE HAD TO GEOMETRICALLY AVERAGE THIS AREA, HOW WOULD |
| 16:04 | 20 | WE DRAW IT THROUGH THERE.  THEN WE SAW A BUNCH OF SMALLER |
| 16:04 | 21 | BREACHES OVER A LONGER LENGTH.  WE PUT THEM INTO ONE WITHIN |
| 16:04 | 22 | THAT WEIR COMPUTATIONAL LENGTH THAT WE HAD.  IF WE HAD A BUNCH |
| 16:05 | 23 | OF SMALLER ONES, WE JUST PUT IT INTO ONE.  IN THE COMPUTATION |
| 16:05 | 24 | IN THE MODEL, YOU'LL COME UP WITH A VERY SIMILAR ANSWER WHETHER |
| 16:05 | 25 | THERE'S A LOT OR JUST ONE. |

16:05  1  **BY MR. STEVENS:**

16:05  2  **Q.**   MR. FITZGERALD, LET ME ASK YOU THIS TO QUANTIFY SOME OF

16:05  3  THESE PERCENTAGES.  BASED ON THESE PERCENTAGES AND THESE

16:05  4  MEASUREMENTS, YOUR MODEL DOES NOT INCLUDE 17,500 LINEAR FEET OF

16:05  5  BREACHES WITH BOTTOM SILL ELEVATIONS ABOVE 10 FEET.  IF WE

16:05  6  ADDED THE 8,869 BETWEEN BIENVENUE AND DUPRE AND WE ADDED TO

16:05  7  THAT THE 8,714 LINEAR FEET OF BREACHES BETWEEN DUPRE AND THE

16:05  8  END OF THE LEVEE, WE HAVE 17,500 LINEAR FEET OF BREACHES WITH

16:05  9  BOTTOM SILLS ABOVE 10 FEET, AND NONE OF THEM ARE ON YOUR MAPS

16:05  10  AND NONE OF THEM ARE INCLUDED IN YOUR MODEL.

16:05  11  **A.**   I DISAGREE WITH THAT.

16:05  12            **THE COURT:**  WOULD YOU EXPLAIN YOUR ANSWER.

16:05  13            **THE WITNESS:**  YEAH.  BECAUSE, LIKE I SAID, THE ONES

16:06  14  THAT I HAVE AT 10 FEET -- I'VE GOT 13,600 FEET UP HERE AND

16:06  15  5,900 FEET HERE.  THOSE JUST COULD EASILY BE IN THE COLUMN

16:06  16  ABOVE AS BELOW.  SO I DON'T KNOW WHAT THAT SUM IS, BUT I DON'T

16:06  17  AGREE WITH THAT COMPARISON THAT YOU MADE BECAUSE 10 FEET IS

16:06  18  10 FEET; IT'S NOT ABOVE OR BELOW.  IN THE COMPUTATION IT'S JUST

16:06  19  10 FEET BECAUSE WHEN I DID THE -- WHEN I ESTABLISHED THE

16:06  20  10 FEET, THERE WERE SOME PARTS OF THAT BREACH THAT WAS ABOVE

16:06  21  10 FEET AND SOME BELOW 10 FEET.  THAT WAS JUST AGGREGATED

16:06  22  ACROSS THE ONE LENGTH OF LEVEE.

16:06  23  **BY MR. STEVENS:**

16:06  24  **Q.**   SO IF I TAKE YOUR NUMBERS AND I CARVE THOSE OUT, YOU'VE

16:06  25  STILL GOT ABOUT 10,000 LINEAR FEET OF BREACH SILLS WITH

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:06 | 1 | ELEVATIONS ABOVE 10 FEET THAT ARE NOT INCLUDED IN YOUR MODEL? |
| 16:07 | 2 | **A.**   I DIDN'T DO THIS -- WHAT CHAD MORRIS DID WAS A VERY |
| 16:07 | 3 | SURVEYING, MATHEMATICAL ANALYSIS ALONG EVERY FOOT OF IT, AND |
| 16:07 | 4 | MINE WAS VISUAL. |
| 16:07 | 5 | **Q.**   I UNDERSTAND. |
| 16:07 | 6 | **A.**   SO I DID NOT DO A CALCULATION LIKE THIS. |
| 16:07 | 7 | **Q.**   WELL, MR. FITZGERALD, USING THE 17,583 FEET BECAUSE THAT'S |
| 16:07 | 8 | THE ONE I WORKED WITH EARLIER, THAT'S ABOUT THREE-AND-A-THIRD |
| 16:07 | 9 | MILES OF BREACH ELEVATIONS WITH SILLS ABOVE 10 FEET NOT IN YOUR |
| 16:07 | 10 | MODEL.  IF WE BACK OUT THAT OTHER STUFF, YOU'VE STILL GOT |
| 16:07 | 11 | 10,000.  THAT'S ALMOST TWO MILES OF BREACH ELEVATIONS WITH |
| 16:07 | 12 | HIGHER WEIRS THAN ARE IN YOUR MODEL; AGREED? |
| 16:07 | 13 | **A.**   I DON'T REALLY AGREE WITH THAT, NO. |
| 16:07 | 14 | **Q.**   WOULD YOU AGREE THAT IF YOU DON'T INCLUDE ALL THAT IN YOUR |
| 16:07 | 15 | MODEL, IT WOULD HAVE A DRASTIC IMPACT ON THE RESULTS OF YOUR |
| 16:07 | 16 | MODEL IN TERMS OF THE TIME IT WOULD TAKE TO FILL THE CENTRAL |
| 16:07 | 17 | WETLANDS UNIT AND OVERTOP THE 40 ARPENT LEVEE BY 8:30 A.M.? |
| 16:08 | 18 | **A.**   NO.  I FEEL WE REPRESENTED THE BREACHES THAT OCCURRED AS |
| 16:08 | 19 | WELL AS YOU CAN IN A MODEL, ANY KIND OF INTERIOR MODEL, THAT WE |
| 16:08 | 20 | REPRESENTED WHAT HAPPENED THERE AS WELL AS YOU CAN IN A MODEL |
| 16:08 | 21 | AND THAT WE DID IT WELL. |
| 16:08 | 22 | **Q.**   YOU DID THE BEST YOU COULD? |
| 16:08 | 23 | **THE COURT:**  JUST SO I UNDERSTAND -- AND WHEN THE |
| 16:08 | 24 | COURT ASKS YOU A QUESTION, YOU DON'T HAVE TO ANSWER IT.  YOU |
| 16:08 | 25 | CAN JUST SAY, "I DON'T KNOW." |

16:08   1           I'M JUST GOING TO ASSUME HYPOTHETICALLY, WITHOUT

16:08   2   FINDING IT AT ALL AS A FACT, THAT IF 17,500 FEET OF LEVEE SILL

16:08   3   WAS ABOVE 10 FEET, WOULD THAT IN ANY WAY -- IF THAT WERE

16:08   4   CORRECT, WHICH YOU DON'T AGREE WITH, WOULD THAT IN ANY WAY

16:08   5   AFFECT YOUR CALCULATIONS AS TO THE WAY THE HYDROLOGY FLOWED?

16:09   6   IF YOU CAN'T ANSWER THAT --

16:09   7           **THE WITNESS:**  I WOULD HAVE TO THINK ABOUT THAT.

16:09   8           **THE COURT:**  THAT'S FAIR ENOUGH.

16:09   9   **BY MR. STEVENS:**

16:09   10  **Q.**   SO TO FOLLOW UP ON THAT, IF THERE WAS, LET'S JUST SAY,

16:09   11  5,000 FEET OF BREACHES THAT HAD ELEVATIONS OF 14 OR 15 FEET

16:09   12  POST-KATRINA INSTEAD OF 10 FEET, WOULD THAT AFFECT THE OUTCOME

16:09   13  OF YOUR MODEL?

16:09   14  **A.**   IT REALLY IS THE -- THE CUMULATIVE OF THE WHOLE -- NOT

16:09   15  ONLY THE BREACH SILL OR BOTTOM ELEVATION AND THE LENGTH --

16:09   16  YOU'VE GOT TO LOOK AT IT AS A WHOLE BECAUSE IT'S ALL RUNNING --

16:09   17  AND I'M MODELING IN ONE SUBBASIN.  SO YOU'VE GOT TO LOOK AT IT

16:09   18  CUMULATIVELY.

16:09   19  **Q.**   YOU PERSONALLY, MR. STEVEN FITZGERALD, DID NOT CALCULATE

16:09   20  HOW FAST THE BREACHES DEVELOPED YOURSELF, DID YOU, SIR?

16:09   21  **A.**   BREACH DEVELOPMENT, NO, SIR, I DID NOT.

16:09   22  **Q.**   THAT INFORMATION CAME FROM BRUCE EBERSOLE, DIDN'T IT, SIR?

16:09   23  **A.**   YES, IT DID.

16:09   24  **Q.**   IN FACT, YOU TOLD US ON YOUR DIRECT TESTIMONY THAT THAT

16:09   25  HOUR-AND-A-HALF TIME YOU ASSUMED FROM INITIAL TRIGGER TO BOTTOM

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:09 | 1 | SILL ELEVATION TO FINAL GRADE WAS WHAT YOU USED IN THE FINAL |
| 16:10 | 2 | MODEL.  BUT THE FIRST MODEL YOU RAN, YOU USED THE ONE-HOUR |
| 16:10 | 3 | DURATION FROM TRIGGER OF BREACHING TO FINAL SILL ELEVATIONS, |
| 16:10 | 4 | DIDN'T YOU? |
| 16:10 | 5 | **A.**   THAT IS CORRECT.  MR. EBERSOLE SAID IT COULD BE ANYWHERE |
| 16:10 | 6 | FROM ONE TO ONE-AND-A-HALF HOURS, SO WE TRIED ONE HOUR FIRST. |
| 16:10 | 7 | **Q.**   RIGHT.  BUT WHEN YOU DID ONE HOUR FIRST, IT GOT THE WATER |
| 16:10 | 8 | TO THE TV STATION TOO SOON? |
| 16:10 | 9 | **A.**   NO, SIR.  WHEN I FIRST RAN IT, I DID NOT LOOK AT THAT |
| 16:10 | 10 | TIMING.  I WAS COMPARING THE MAXIMUM WATER SURFACE ELEVATIONS |
| 16:10 | 11 | WITHIN THE SUBBASINS TO THE OBSERVED.  SO I WAS COMPARING NOT |
| 16:10 | 12 | THE TIMING BUT THE MAXIMUM WATER SURFACE ELEVATIONS. |
| 16:10 | 13 | WHEN I RAN IT WITH ONE HOUR, THEY WERE HIGHER, |
| 16:10 | 14 | CONSISTENTLY HIGHER THAN THE MAXIMUM WATER SURFACE ELEVATIONS |
| 16:10 | 15 | THAT WERE OBSERVED.  SO I TRIED THE ONE-AND-A-HALF FOOT AND |
| 16:10 | 16 | THEY GOT CLOSER. |
| 16:10 | 17 | **Q.**   SO YOU, WITH THE AID OF MR. EBERSOLE -- |
| 16:10 | 18 | **THE COURT:**  DID YOU SAY ONE-AND-A-HALF FOOT? |
| 16:11 | 19 | **THE WITNESS:**  ONE-AND-A-HALF-HOUR DURATION. |
| 16:11 | 20 | **THE COURT:**  YOU SAID "FOOT."  YOU MEANT HOUR. |
| 16:11 | 21 | **THE WITNESS:**  I'M SORRY.  YES. |
| 16:11 | 22 | **THE COURT:**  I JUST WANT THE RECORD TO BE CLEAR. |
| 16:11 | 23 | **THE WITNESS:**  THANK YOU. |
| 16:11 | 24 | **BY MR. STEVENS:** |
| 16:11 | 25 | **Q.**   SO YOU, WITH THE AID OF MR. EBERSOLE, TWEAKED THE MODEL TO |

16:11   1   GET RESULTS WHICH FIT THE TIMING OF THE WATER CROSSING THE 40

16:11   2   ARPENT LEVEE AT 8:30 A.M.; ISN'T THAT RIGHT?

16:11   3   **A.**   NO.

16:11   4   **Q.**   NOW, THE DUTCH, DO YOU KNOW IF THEY ADJUSTED THEIR TIME TO

16:11   5   GET THE RIGHT TIMING FOR THE WATER CROSSING THE 40 ARPENT?

16:11   6   **A.**   I DON'T KNOW IF THEY WERE KEYING IN ON IT AT THAT POINT OR

16:11   7   NOT, BUT I KNOW THAT THEY ADJUSTED THE TIMING OF THEIR BREACHES

16:11   8   TO CALIBRATE THEIR MODEL.

16:11   9   **Q.**   THEY GOT IT RIGHT THE FIRST TIME, DIDN'T THEY?

16:11   10   **A.**   NO, BECAUSE THEY INDICATED THEY HAD TO DO CALIBRATION.

16:11   11   ONE OF THE CALIBRATION STEPS THEY TOOK WAS TO ADJUST THE TIMING

16:11   12   OF THE BREACHES.

16:11   13   **Q.**   LET ME ASK YOU THIS JUST TO CONCLUDE:  WE ESTABLISHED

16:11   14   EARLIER THAT TRIGGERING OF ALL THE BREACHES YOU MODELED WAS THE

16:11   15   RESULT OF WAVE ACTION PRIOR TO SURGE OVERTOPPING?

16:12   16   **A.**   COULD YOU REPEAT THE QUESTION.

16:12   17   **Q.**   SURE.  TRIGGERING OF ALL THE BREACHES ALONG REACH 2, WHICH

16:12   18   YOU MODELED, WAS THE RESULT OF WAVE ACTION PRIOR TO SURGE

16:12   19   OVERTOPPING?

16:12   20   **A.**   THAT WOULD BE OUTSIDE MY EXPERTISE.

16:12   21   **Q.**   IN ANY EVENT, ISN'T IT TRUE THAT YOUR REPORT SHOWS THAT

16:12   22   ONLY 10 PERCENT OF THE WATER WHICH ENTERED THE ST. BERNARD

16:12   23   BASIN CAME FROM A COMBINATION OF WAVE AND/OR SURGE OVERTOPPING?

16:12   24   **A.**   YES, THAT'S CORRECT.

16:12   25   **Q.**   THAT'S THE 6 PERCENT AND THE 4 PERCENT ON PAGE 20 OF YOUR

FINAL DAILY COPY

16:12    1   REPORT?

16:12    2   **A.**   YES, THAT'S CORRECT.

16:12    3   **Q.**   I'VE GOT A CALCULATOR HERE.  IF YOU DON'T MIND, I'M GOING

16:12    4   TO WRAP UP WITH SOME MATH.  THAT IS A SCARY THOUGHT, SO WORK

16:13    5   WITH ME AND HELP ME.

16:13    6           ACCORDING TO YOUR OWN CALCULATIONS IN YOUR REPORT --

16:13    7   COULD WE SEE THAT.  YOU REMEMBER IT.  IT WAS THE WAVE

16:13    8   OVERTOPPING WITH 17,250 ACRE-FEET, AND THE SURGE OVERTOPPING

16:13    9   WAS 23,290 ACRE-FEET.

16:13   10           **MR. STEVENS:**  CAN WE SHOW THAT GRAPH?

16:13   11           **THE COURT:**  IT MIGHT HELP THE WITNESS.

16:13   12           **MR. STEVENS:**  IT WOULD HELP US ALL.  IT'S HIS REPORT

16:13   13   AT PAGE 20.  CAN WE SEE THAT.  HIS REPORT IS PX -- THERE IT IS.

16:13   14   IF YOU COULD ZOOM IN ON THAT CHART IN THE MIDDLE THERE.

16:13   15   **BY MR. STEVENS:**

16:13   16   **Q.**   NOW, WAVE OVERTOPPING WAS 17,250 ACRE-FEET AND SURGE

16:14   17   OVERTOPPING WAS 23,290.  I'VE NEVER USED THAT MEASUREMENT

16:14   18   BEFORE, NOT EVEN IN A SWEET POTATO FIELD.

16:14   19           YOU TOLD ME IN YOUR DEPOSITION THAT TO MAKE THE

16:14   20   CONVERSION, YOU WOULD MULTIPLY THOSE NUMBERS BY 43,560 TO

16:14   21   CONVERT TO CUBIC FEET, SOMETHING WE UNDERSTAND; CORRECT?

16:14   22           **THE COURT:**  THE SQUARE FEET IN AN ACRE TIMES THE

16:14   23   VOLUME IN ACRE-FEET GIVES YOU THE CUBIC.

16:14   24           **MR. STEVENS:**  ABSOLUTELY.

        25

| | | |
|---|---|---|
| 16:14 | 1 | **BY MR. STEVENS:** |
| 16:14 | 2 | **Q.**   CHECK MY MATH.  IF WE DID THAT AND WE MULTIPLIED IT, WE |
| 16:14 | 3 | WOULD GET -- FROM SURGE AND WAVE OVERTOPPING, WE WOULD GET |
| 16:14 | 4 | 1.8 BILLION CUBIC FEET OF WATER FROM ALL OVERTOPPING, WAVE |
| 16:14 | 5 | AND/OR SURGE; IS THAT CORRECT? |
| 16:14 | 6 | **A.**   ARE YOU GOING TO DO THE MATH? |
| 16:14 | 7 | **Q.**   NO.  I'M ASKING YOU TO CONFIRM IT BECAUSE I TRIED.  I |
| 16:14 | 8 | THINK I GOT IT RIGHT, BUT PLEASE CONFIRM.  YOU'RE THE ENGINEER. |
| 16:14 | 9 | IF WE HAVE 17,000 PLUS THE 23,000 -- |
| 16:15 | 10 | **THE COURT:**  WHY DON'T YOU PUT IT ON THE BOARD. |
| 16:15 | 11 | **BY MR. STEVENS:** |
| 16:15 | 12 | **Q.**   WAVE OVERTOPPING IS 17,250; RIGHT?  PLUS THE 23,290 |
| 16:15 | 13 | ACRE-FEET FROM SURGE OVERTOPPING.  IF WE MULTIPLY THAT TIMES |
| 16:15 | 14 | 43,560, HOW MANY CUBIC FEET DO WE GET? |
| 16:15 | 15 | **THE COURT:**  I DON'T KNOW IF THAT CALCULATOR IS -- YOU |
| 16:15 | 16 | GAVE HIM A CALCULATOR TO DO BILLIONS? |
| 16:15 | 17 | **THE WITNESS:**  THAT'S 41,170 BY ADDING THOSE TWO |
| 16:15 | 18 | TOGETHER. |
| 16:15 | 19 | **BY MR. STEVENS:** |
| 16:15 | 20 | **Q.**   OKAY.  41,170 ACRE-FEET, WHATEVER THAT IS. |
| 16:15 | 21 | **A.**   YES. |
| 16:15 | 22 | **Q.**   NOW, HOW MANY CUBIC FEET OF WATER? |
| 16:15 | 23 | **THE COURT:**  WHAT DID YOU SAY, 1.8 BILLION? |
| 16:15 | 24 | **MR. STEVENS:**  THAT'S WHAT I'M GETTING. |
| 16:15 | 25 | **THE COURT:**  THAT'S ABOUT RIGHT. |

| | | |
|---|---|---|
| 16:15 | 1 | **BY MR. STEVENS:** |
| 16:15 | 2 | **Q.**   1.8 BILLION CUBIC FEET; RIGHT? |
| 16:15 | 3 | **A.**   YEAH.  THIS DIDN'T GO TO BILLIONS. |
| 16:15 | 4 |         **THE COURT:**  YOU KNOW THAT, OBVIOUSLY, 40,000 TIMES |
| 16:15 | 5 | 40,000 IS 1.6 BILLION. |
| 16:16 | 6 |         **MR. STEVENS:**  GIVE OR TAKE A FEW.  I DIDN'T EVEN |
| 16:16 | 7 | THINK THAT THAT CALCULATOR COULDN'T GO THAT HIGH. |
| 16:16 | 8 | **BY MR. STEVENS:** |
| 16:16 | 9 | **Q.**   SLIDE 5, PLEASE.  THIS IS THE CENTRAL WETLANDS UNIT, THE |
| 16:16 | 10 | STORAGE AREA THAT YOU'VE TOLD US ABOUT.  THAT STORAGE AREA IS |
| 16:16 | 11 | 46 SQUARE MILES, CORRECT? |
| 16:16 | 12 | **A.**   YES.  46, 47 -- YES, YES.  46, 47, YES, RIGHT IN THERE. |
| 16:16 | 13 | YOU'RE RIGHT ABOUT THAT. |
| 16:16 | 14 | **Q.**   IF YOU TAKE 46 SQUARE MILES, WE WANT TO FIGURE OUT HOW |
| 16:16 | 15 | MANY CUBIC FEET IT TAKES TO FILL THAT ENTIRE BASIN 6 FEET |
| 16:16 | 16 | DEEP -- BECAUSE THE 40 ARPENT LEVEE IS 6 FEET; RIGHT?  SO TO |
| 16:16 | 17 | FILL THAT UP, I'M ASKING YOU -- AGAIN, 46 SQUARE MILES -- A |
| 16:16 | 18 | SQUARE MILE IS 5,280 FEET BY 5,280 FEET BY 6 FEET DEEP.  WOULD |
| 16:16 | 19 | THAT BE ABOUT 7.7 BILLION CUBIC FEET? |
| 16:17 | 20 | **A.**   I'LL TAKE YOUR WORD FOR IT. |
| 16:17 | 21 | **Q.**   YOUR AN ENGINEER.  STOP ME NOW BECAUSE MY MATH IS NOT TO |
| 16:17 | 22 | BE TRUSTED.  7.7 BILLION CUBIC FEET OF WATER TO FILL UP THE |
| 16:17 | 23 | CENTRAL WETLANDS UNIT; RIGHT? |
| 16:17 | 24 | **A.**   I'LL TAKE YOUR WORD FOR IT. |
| 16:17 | 25 |         **THE COURT:**  HE'S GOING TO ASSUME THAT'S CORRECT. |

FINAL DAILY COPY

2796

16:17    1    **BY MR. STEVENS:**

16:17    2    **Q.**    NOW, BASED ON YOUR NUMBERS, THE WATER ENTERING THE CENTRAL

16:17    3    WETLANDS UNIT, ORIGINATING IN SOME WAY FROM ALL THE

16:17    4    OVERTOPPING, IS 1.8 BILLION CUBIC FEET; RIGHT?

16:17    5    **A.**    YES.

16:17    6    **Q.**    WHAT PERCENTAGE OF 7.7 BILLION, THE AMOUNT IT WOULD TAKE

16:17    7    TO FILL UP THE CENTRAL WETLANDS UNIT, IS 1.8 BILLION?  YOU

16:17    8    DIVIDE 1.8 BY 7.7?  23.4 PERCENT?

16:18    9            **THE COURT:**  THAT'S ABOUT RIGHT.

16:18   10            **THE WITNESS:**  YES, THAT'S CORRECT.

16:18   11    **BY MR. STEVENS:**

16:18   12    **Q.**    IF THE CENTRAL WETLANDS UNIT, THE STORAGE AREA, DOES NOT

16:18   13    GET FULL, IT CANNOT OVERFLOW?

16:18   14    **A.**    THAT'S A CORRECT STATEMENT.

16:18   15    **Q.**    IN THE FINAL ANALYSIS, BY YOUR OWN NUMBERS, WITH YOUR

16:18   16    PRE-KATRINA LEVEE CREST ELEVATIONS THAT WE USED, BUT FOR THE

16:18   17    BREACHES ALONG REACH 2 OF THE MRGO, THE AMOUNT OF WATER THAT

16:18   18    WOULD HAVE GOTTEN INTO THE POPULATED AREAS OF THE ST. BERNARD

16:18   19    BASIN IS ZERO?  NADA?  IT WOULD HAVE BEEN 23 PERCENT OF THE

16:18   20    WATER NECESSARY TO FILL IT UP; CORRECT?

16:18   21    **A.**    TO MAKE SURE I UNDERSTOOD, YOU SAID NO BREACHING; CORRECT?

16:18   22    **Q.**    BUT FOR THE BREACHING --

16:18   23    **A.**    FOR IHNC OR REACH 2, NO BREACHING?

16:18   24    **Q.**    CORRECT.  BUT FOR THE BREACHES, THERE IS ZERO WATER IN THE

16:18   25    POPULATED AREAS, BUT FOR THE BREACHES ALONG REACH 2.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:18 | 1 | **A.**   THAT WOULD BE CORRECT. |
| 16:18 | 2 | **MR. STEVENS:**  THANK YOU VERY MUCH, SIR.  I HAVE NO |
| 16:18 | 3 | FURTHER QUESTIONS. |
| 16:18 | 4 | LET ME OFFER A COUPLE THINGS INTO EVIDENCE. |
| 16:19 | 5 | **THE COURT:**  GO AHEAD. |
| 16:19 | 6 | **MR. STEVENS:**  2172. |
| 16:19 | 7 | **THE COURT:**  YES. |
| 16:19 | 8 | **MR. STEVENS:**  2172, THE CONCEPTUAL DRAWING.  2183.3 |
| 16:19 | 9 | WAS REFERRED TO; IT'S BEEN IN A FEW TIMES.  1487.1, WHICH IS |
| 16:19 | 10 | HIS BREACH DATA TABLE WITH TWO COLUMNS ADDED TO IT. |
| 16:19 | 11 | PX-1810.15, BREACH SILL HEIGHTS COMPARISON BETWEEN HIS DATA AND |
| 16:19 | 12 | MR. MORRIS'.  JX-0126.3, WHICH IS THE CENTRAL WETLANDS UNIT |
| 16:19 | 13 | DIAGRAM THAT I JUST USED.  THE BILLING RECORDS -- AND I DIDN'T |
| 16:19 | 14 | GET A NUMBER.  CAN SOMEBODY GIVE ME A PX NUMBER FOR THE BILLING |
| 16:19 | 15 | RECORDS? |
| 16:19 | 16 | **THE COURT:**  LET ME ASK THE GOVERNMENT.  I JUST WANT |
| 16:19 | 17 | TO MAKE SURE.  DO YOU HAVE ANY EXIGENT ISSUES THAT YOU NEED TO |
| 16:20 | 18 | ADDRESS THE COURT WITH? |
| 16:20 | 19 | **MS. GREIF:**  COULD WE TAKE A 10-MINUTE BREAK? |
| 16:20 | 20 | **THE COURT:**  YOU CERTAINLY MAY. |
| 16:20 | 21 | **MR. STEVENS:**  THE BILLING RECORDS ARE 2136.1 THROUGH |
| 16:20 | 22 | .15.  THEN WE ALSO USED THE GIS PLAN-VIEW IMAGES, WHICH WERE |
| 16:20 | 23 | MARKED AS 1810.16, SLIDES 1 THROUGH 4.  THANK YOU VERY MUCH. |
| 16:20 | 24 | **THE COURT:**  THANK YOU, SIR. |
| 16:20 | 25 | WE'LL TAKE A 10-MINUTE RECESS. |

2798

16:20   1          **THE DEPUTY CLERK:**  ALL RISE.

16:20   2          (WHEREUPON THE COURT TOOK A BRIEF RECESS.)

16:32   3          **THE DEPUTY CLERK:**  ALL RISE, PLEASE.

16:33   4              COURT IS IN SESSION.  PLEASE BE SEATED.

16:33   5          **MS. GREIF:**  THIS WILL BE BRIEF.

16:33   6                  **REDIRECT EXAMINATION**

16:33   7   **BY MS. GREIF:**

16:33   8   **Q.**   THIS IS PX-2138.3.  MR. FITZGERALD, YOU WERE SHOWN THIS ON

16:33   9   CROSS-EXAMINATION?

16:33   10  **A.**   YES.

16:33   11  **Q.**   I'M GOING TO ASK YOU ABOUT THIS BREACH AREA RIGHT HERE.

16:33   12         **THE COURT:**  THAT'S NO. 13, JUST FOR THE RECORD.

16:33   13         **MS. GREIF:**  YES, THE LARGE ONE NEAR BAYOU BIENVENUE.

16:33   14         **THE COURT:**  I SAID "NO. 13" --

16:33   15         **MS. GREIF:**  THE LEVEL THERE IS 13.

16:33   16  **BY MS. GREIF:**

16:33   17  **Q.**   IF THE TRIGGER ELEVATION THERE AT BAYOU BIENVENUE WERE A

16:33   18  FOOT HIGHER, WHAT DIFFERENCE WOULD IT HAVE MADE ON THE WATER

16:33   19  LEVELS IN THE ST. BERNARD BASIN?

16:33   20  **A.**   AT THAT ONE PARTICULAR LOCATION?

16:34   21  **Q.**   YES.

16:34   22  **A.**   I MADE A TEST RUN WITH THAT ONE 2 FEET HIGHER.  THE

16:34   23  ELEVATIONS WOULD HAVE BEEN ABOUT TWO- TO THREE-TENTHS OF A FOOT

16:34   24  LOWER.  THE MAXIMUM WATER SURFACE ELEVATIONS AT THOSE TEN

16:34   25  POINTS THAT I SHOWED EARLIER WOULD HAVE BEEN ABOUT TWO- OR

| | | |
|---|---|---|
| 16:34 | 1 | THREE-TENTHS OF A FOOT LOWER.  THAT ACTUALLY WOULD HAVE |
| 16:34 | 2 | RESULTED IN OUR MAXIMUM WATER SURFACE ELEVATIONS BEING CLOSER |
| 16:34 | 3 | TO THE OBSERVED WATER SURFACE ELEVATIONS.  I JUST DID A TEST |
| 16:34 | 4 | RUN.  WHEN WE RAN THIS MODEL, WE WANTED TO KEEP IT AS CLEAN AS |
| 16:34 | 5 | POSSIBLE AND MAKE THE FEWEST NUMBER OF CHANGES ON THESE BREACH |
| 16:34 | 6 | GEOMETRY HERE. |
| 16:34 | 7 | Q.   WHAT IF ALL THE BREACHES WERE TRIGGERED AT A FOOT HIGHER? |
| 16:34 | 8 | A.   THAT'S ANOTHER TEST RUN I MADE.  I RAISED ALL THE BREACHES |
| 16:34 | 9 | BY 1 FOOT.  IT WOULD HAVE LESS WATER COMING INTO THE -- |
| 16:34 | 10 | MR. STEVENS:  EXCUSE ME, YOUR HONOR.  THIS IS NOT IN |
| 16:35 | 11 | HIS REPORT.  IT WASN'T TOUCHED IN CROSS-EXAMINATION.  THIS IS A |
| 16:35 | 12 | TOTAL SURPRISE TO US. |
| 16:35 | 13 | MS. GREIF:  ACTUALLY, THIS WAS JUST BASED ON HIS |
| 16:35 | 14 | MODEL AND THE RESULTS AND YOU-ALL -- |
| 16:35 | 15 | THE COURT:  YOU CAN DIRECT IT TO THE COURT. |
| 16:35 | 16 | MS. GREIF:  I'M SORRY.  MR. FITZGERALD PRODUCED THE |
| 16:35 | 17 | MODEL AND THE RESULTS BEFORE HIS DEPOSITION.  THIS DIRECTLY |
| 16:35 | 18 | RELATES TO THIS DOCUMENT THAT YOU GAVE HIM ON CROSS. |
| 16:35 | 19 | THE COURT:  THIS WAS DATA THAT WAS -- ALTHOUGH NOT IN |
| 16:35 | 20 | HIS REPORT, WAS BACKUP DATA GIVEN -- |
| 16:35 | 21 | MS. GREIF:  TO THE PLAINTIFFS, YES.  THE MODEL WAS |
| 16:35 | 22 | ALSO GIVEN TO THE PLAINTIFFS.  WE PRODUCED THE MODEL TO THE |
| 16:35 | 23 | PLAINTIFFS AS WELL. |
| 16:35 | 24 | THE COURT:  I MAY ALLOW YOU TO HAVE A LITTLE RECROSS |
| 16:35 | 25 | ON THIS, SIR. |

```
16:35    1              GO AHEAD.

16:35    2              MR. STEVENS:  THE MODEL WE GOT IS THE MODEL WE GOT.

16:35    3    THAT'S NOT THE MODEL HE'S TALKING ABOUT.  WE GOT ONE MODEL.

16:35    4              THE COURT:  LET ME MAKE SURE I UNDERSTAND WHAT THE

16:35    5    GOVERNMENT IS SAYING.  YOU GOT BACKUP DATA --

16:35    6              MS. GREIF:  AND THE MODEL.

16:35    7              THE COURT:  AND THE MODEL.

16:35    8              MS. GREIF:  YEAH.  WE PROVIDED THAT BEFORE

16:35    9    MR. FITZGERALD'S DEPOSITION, WITH OTHER RELIANCE MATERIALS.

16:36   10              THE COURT:  I'M GOING TO ASSUME THAT IS ACCURATE,

16:36   11    COUNSEL.  BASED ON THAT, I WILL ALLOW THE QUESTIONS, BUT

16:36   12    BECAUSE IT WAS NOT ELICITED IN DIRECT AND BECAUSE IT -- I MAY

16:36   13    ALLOW A LITTLE RECROSS, NOT A LOT.

16:36   14              WE HAVE TIME ISSUES, BY THE WAY, THAT I DON'T

16:36   15    WANT ANYBODY TO HAVE A HEART ATTACK OVER.  THE GOVERNMENT IS

16:36   16    NOT QUITE IN THE PERIL THAT THE PLAINTIFF IS IN.  WE'LL TALK

16:36   17    ABOUT TIME TOMORROW MORNING.  MAYBE WE'LL GET HERE BEFORE WE

16:36   18    START TAKING THE TESTIMONY JUST TO LET YOU KNOW WHERE THE TIME

16:36   19    IS AND WHAT LATITUDE YOU MAY NEED TO ASK FOR FROM THE COURT AND

16:36   20    WHAT THE COURT MIGHT BE WILLING TO GIVE.

16:36   21              I DON'T KNOW IF THE GOVERNMENT'S GOING TO BE IN

16:36   22    A TIME CONSTRAINT.  I DON'T KNOW.  THE GOVERNMENT'S NOT QUITE

16:36   23    AS IMPERILED AS I SEE THE PLAINTIFF IS, BUT I DON'T KNOW HOW

16:36   24    LONG THE OTHER WITNESSES ARE GOING TO BE.  WE'LL TALK ABOUT

16:36   25    THAT TOMORROW.  IT DOESN'T RELATE TO WHAT WE'RE TALKING ABOUT
```

| | | |
|---|---|---|
| 16:36 | 1 | NOW, JUST AN ASIDE.  I'M GOING TO ALLOW THE QUESTION. |
| 16:37 | 2 | **MS. GREIF:**  WERE YOU FINISHED ANSWERING? |
| 16:37 | 3 | **THE COURT:**  DO YOU WANT TO GET IT IN PERSPECTIVE |
| 16:37 | 4 | AGAIN?  YOU WERE TALKING ABOUT RUNS YOU DID THAT ARE ADMITTEDLY |
| 16:37 | 5 | NOT IN THIS MODEL, BUT THE WORK YOU DID IN PREPARING THE MODEL; |
| 16:37 | 6 | IS THAT CORRECT? |
| 16:37 | 7 | **THE WITNESS:**  YES.  I DID SOME TEST RUNS TO CHECK THE |
| 16:37 | 8 | SENSITIVITY TO THE BREACH ELEVATIONS. |
| 16:37 | 9 | BY MS. GREIF: |
| 16:37 | 10 | Q.   MY QUESTION IS:  WHAT IF ALL THE BREACHES WERE TRIGGERED |
| 16:37 | 11 | AT A FOOT HIGHER, ALL THE BREACHES SHOWN ON THAT DOCUMENT? |
| 16:37 | 12 | A.   THEN THE MAXIMUM WATER SURFACE ELEVATIONS WOULD HAVE BEEN |
| 16:37 | 13 | ABOUT FOUR-TENTHS TO HALF A FOOT LOWER THAN I SHOWED IN THE |
| 16:37 | 14 | REPORT.  THOSE WOULD BE CLOSER TO THE OBSERVED HIGH WATER MARKS |
| 16:37 | 15 | AS WELL. |
| 16:37 | 16 | Q.   THANK YOU.  THEN ON CROSS-EXAMINATION YOU WERE ASKED ABOUT |
| 16:38 | 17 | YOU CHANGED YOUR BREACH DURATION FROM ONE HOUR TO |
| 16:38 | 18 | ONE-AND-A-HALF HOURS, AND THAT WAS ONE OF THE THINGS THAT YOU |
| 16:38 | 19 | DID -- THAT WAS ONE OF YOUR CALIBRATIONS? |
| 16:38 | 20 | A.   YES. |
| 16:38 | 21 | Q.   SO ANY OTHER CALIBRATIONS THAT YOU DID TO YOUR MODEL AFTER |
| 16:38 | 22 | YOU RAN IT THE FIRST TIME? |
| 16:38 | 23 | A.   TWO MINOR ONES.  ONE WAS THE SILL ELEVATION ALONG THE IHNC |
| 16:38 | 24 | ON THE SOUTH BREACH.  THAT'S IN MY REPORT.  I RAISED IT FROM 1 |
| 16:38 | 25 | FOOT TO 3 FOOT.  THEN ON THE 40 ARPENT, THERE WAS A WEIR |

16:38   1   COEFFICIENT THAT I FELT WAS TOO LOW FOR THE CONDITIONS IN THE

16:38   2   FIELD.  I CHANGED THAT ONE AS WELL.

16:38   3   **Q.**   IS IT COMMON PRACTICE FOR ENGINEERS TO CALIBRATE MODELS?

16:38   4   **A.**   YES, IT'S VERY COMMON.  BUT LIKE I SAID EARLIER, THERE'S A

16:38   5   LIMIT.  YOU DO THINGS THAT ARE PHYSICALLY JUSTIFIED AND THEN

16:38   6   YOU STOP THERE.

16:38   7   **Q.**   DID THE PLAINTIFFS' EXPERTS CALIBRATE THEIR MODEL?

16:39   8   **A.**   YES, THEY DID.

16:39   9   **Q.**   HOW DID THEY CALIBRATE THEIR MODEL?  DO YOU KNOW?

16:39   10  **A.**   I DON'T KNOW THE SPECIFICS.  BUT WHAT THEY RELATED TO US

16:39   11  WAS THAT THEY ADJUSTED THE TIMING OF THE BREACHES AND THEY

16:39   12  ADJUSTED THE SIZE OF THEIR BREACHES.

16:39   13           **MS. GREIF:**  OKAY.  THANK YOU.  I HAVE NOTHING

16:39   14  FURTHER.

16:39   15           **THE COURT:**  THANK YOU, COUNSEL.

16:39   16           I'M GOING TO ALLOW YOU RECROSS IF YOU WISH, ONLY

16:39   17  ON THAT SMALL ISSUE ABOUT THE 1-FOOT SENSITIVITY, IF YOU CARE

16:39   18  TO USE IT.

16:39   19           **MR. STEVENS:**  I DON'T THINK IT MAKES A BIT OF

16:39   20  DIFFERENCE, YOUR HONOR.  NO FURTHER QUESTIONS.

16:39   21           **THE COURT:**  SIR, MAY STEP DOWN.

16:39   22           **MR. BRUNO:**  YOUR HONOR, I NEGLECTED TO OFFER ONE

16:39   23  EXHIBIT DURING MY EXAMINATION OF MR. EBERSOLE.  I HAVE

16:39   24  CONSULTED WITH COUNSEL.  HE HAS NO OBJECTION.  WE MOVE INTO

16:39   25  EVIDENCE PX-2167, WHICH IS AN ARTICLE --

| | | |
|---|---|---|
| 16:39 | 1 | **THE COURT:**  I REMEMBER. |
| 16:39 | 2 | **MR. BRUNO:**  -- ENTITLED "EROSION STRENGTH OF INNER |
| 16:39 | 3 | SLOPES OF DIKES AGAINST WAVE OVERTOPPING." |
| 16:39 | 4 | **THE COURT:**  YOU SAID -- |
| 16:40 | 5 | **MR. BRUNO:**  PX-2167.  THANK YOU, YOUR HONOR. |
| 16:40 | 6 | **THE COURT:**  LET IT BE ADMITTED. |
| 16:40 | 7 | MR. SMITH, WHAT'S THE NEXT ITEM OF BUSINESS? |
| 16:41 | 8 | I'M TRYING TO MAKE SURE THIS IS IN MY MOTION-IN-LIMINE BOOK. |
| 16:41 | 9 | JUST GIVE ME A SECOND. |
| 16:41 | 10 | **MR. ROY:**  IS YOUR HONOR GOING TO WANT US TO |
| 16:41 | 11 | ARTICULATE THE REASONS FOR THE MOTION? |
| 16:44 | 12 | **THE COURT:**  OKAY. |
| 16:40 | 13 | **MR. SMITH:**  YOUR HONOR, THE NEXT WITNESS IS GOING TO |
| 16:40 | 14 | BE DR. DONALD T. RESIO.  WE HAVE THIS OUTSTANDING MOTION. |
| 16:40 | 15 | **THE COURT:**  WE CAN MAYBE TAKE THAT UP.  MR. SMITH, |
| 16:45 | 16 | WHAT WAS YOUR PROPOSED METHOD? |
| 16:45 | 17 | **MR. SMITH:**  I KNOW YOUR HONOR HAD SOME QUESTIONS |
| 16:45 | 18 | THERE IN HIS ORDER, AND I WAS GOING TO ALLOW DR. RESIO TO TELL |
| 16:45 | 19 | YOUR HONOR WHY HE DID HIS REPORT AND WHAT THE NATURE OF IT IS. |
| 16:45 | 20 | **THE COURT:**  I'LL SET THE STAGE. |
| 16:45 | 21 | (WHEREUPON **DONALD RESIO**, HAVING BEEN DULY SWORN, |
| 16:45 | 22 | TESTIFIED AS FOLLOWS.) |
| 16:40 | 23 | **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND |
| 16:40 | 24 | CORRECT SPELLING FOR THE RECORD. |
| 16:41 | 25 | **THE WITNESS:**  MY NAME IS DONALD THOMAS RESIO: |

| | | |
|---|---|---|
| 16;41 | 1 | D-O-N-A-L-D; T-H-O-M-A-S; R-E-S-I-O. |
| 16:45 | 2 | **THE COURT:**  GOOD AFTERNOON, SIR. |
| 16:45 | 3 | **THE WITNESS:**  GOOD AFTERNOON. |
| 16:45 | 4 | **THE COURT:**  ONE OF THE CONCERNS, OF COURSE, IS |
| 16:45 | 5 | WHETHER -- THE FIRST QUESTION WOULD BE:  ARE THERE ANY NEW |
| 16:45 | 6 | OPINIONS IN YOUR SUPPLEMENTAL REPORT? |
| 16:45 | 7 | **THE WITNESS:**  NO.  NO, SIR.  THERE'S NOTHING THAT'S |
| 16:45 | 8 | SUBSTANTIALLY DIFFERENT.  IT'S REALLY SUPPORTING WHAT I DID IN |
| 16:45 | 9 | MY FIRST -- |
| 16:45 | 10 | **THE COURT:**  WHEN YOU SAY "SUBSTANTIALLY DIFFERENT," |
| 16:45 | 11 | WOULD YOU DESCRIBE IN THE REPORT WHAT IS DIFFERENT. |
| 16:46 | 12 | **THE WITNESS:**  THERE'S NOTHING ANY DIFFERENT.  I'M |
| 16:46 | 13 | SORRY.  I'M A SCIENTIST, AND SOMETIMES I THROW IN EXTRA WORDS. |
| 16:46 | 14 | **THE COURT:**  LAWYERS' AND JUDGES' EARS PERK UP ALL THE |
| 16:46 | 15 | TIME WHEN THERE'S ANY KIND OF WORD LIKE THAT.  WHAT DID THE |
| 16:46 | 16 | SUPPLEMENTAL REPORT CONSIST OF, AND WHAT WERE YOU ATTEMPTING TO |
| 16:46 | 17 | ACCOMPLISH? |
| 16:46 | 18 | **THE WITNESS:**  WELL, THERE WERE A LOT OF QUESTIONS |
| 16:46 | 19 | THAT CAME UP.  FROM MY EXPERIENCE, I THOUGHT RUNNING ON A |
| 16:46 | 20 | GENERIC PROFILE WOULD BE VERY ADEQUATE FOR REPRESENTING THE |
| 16:46 | 21 | PROCESSES ALONG REACH 2.  A LOT OF QUESTIONS CAME UP THAT SAID |
| 16:46 | 22 | THESE -- WE REALLY HAD TO SHOW THAT THE VARIATIONS THAT WERE |
| 16:46 | 23 | THERE IN NATURE DID BEHAVE LIKE I THOUGHT THEY DID BEHAVE, |
| 16:46 | 24 | WHICH WOULD SAY NOT TO CHANGE THE RESULTS VERY MUCH. |
| 16:46 | 25 | **THE COURT:**  YOU DON'T HAVE TO GO OVER IT IN AGONIZING |

FINAL DAILY COPY

16:47    1    DETAIL, BUT JUST IN A GENERAL WAY, WHAT DID YOU DO IN THIS

16:47    2    SUPPLEMENTAL REPORT?

16:47    3              **THE WITNESS:**  WE RAN A NUMBER OF SENSITIVITY STUDIES

16:47    4    SIMPLY TO SAY IF THIS HAD BEEN A LITTLE DIFFERENT, THE TOE OF

16:47    5    THE LEVEE WAS A LITTLE DIFFERENT -- YOU HAVE HEARD THESE TERMS

16:47    6    BEFORE.  IF THE TOE OF THE BERM WERE A LITTLE DIFFERENT, IF IT

16:47    7    WERE A LITTLE WIDER, WHAT WERE ALL THE CONSEQUENCES OF THAT.

16:47    8              AGAIN, FROM EXPERIENCE, WE SORT OF EXPECTED WHAT

16:47    9    WE GOT ON OUR OUTCOME; BUT IN ORDER TO ACTUALLY SHOW THAT,

16:47   10    THAT'S WHY WE RAN A VERY LARGE NUMBER OF BOUSSINESQ MODEL RUNS

16:47   11    TO ACTUALLY DEMONSTRATE THAT.

16:47   12              **THE COURT:**  IF YOU WERE ON THE OTHER SIDE AS AN

16:47   13    OPPOSING EXPERT, IN ORDER TO EVALUATE THE SIGNIFICANCE OF THE

16:47   14    RUNS, TO BE FAIR, WHAT WOULD IT TAKE IN ORDER TO ANALYZE WHAT

16:47   15    NEW INFORMATION YOU WERE GIVEN?  HOW MUCH TIME?

16:47   16              **THE WITNESS:**  I WOULD SAY A COUPLE WEEKS.

16:48   17              **THE COURT:**  WHAT WAS THE PRIMARY PURPOSE FOR YOUR

16:48   18    FILING THE SUPPLEMENTAL REPORT?

16:48   19              **THE WITNESS:**  AGAIN, TO SUPPORT WHAT WE BELIEVED, BUT

16:48   20    MORE OR LESS TO SIMPLY CONFIRM IN MODEL RUNS WHAT WE THOUGHT

16:48   21    WOULD HAVE BEEN ESTABLISHED IN THE FIELD ALREADY AMONG EXPERTS,

16:48   22    BUT IT'S NOT ACCEPTED AMONG NONEXPERTS.

16:48   23              **THE COURT:**  AM I CORRECT THAT YOU USED GENERIC

16:48   24    LEVEES, IN ESSENCE, IN YOUR ORIGINAL REPORT?

16:48   25              **THE WITNESS:**  THAT IS CORRECT, SIR.

16:48  1            **THE COURT:**  NOT THE LITERAL REACH 2 LEVEE?

16:48  2            **THE WITNESS:**  THAT'S RIGHT.  WE TOOK ONE THAT WE

16:48  3  THOUGHT LOOKED LIKE BUT WOULD BEHAVE VERY MUCH LIKE ALL OF THE

16:48  4  REACH 2 LEVEES.  WE RAN EVERYTHING ON THAT.  THE QUESTIONS

16:48  5  AROSE WAS THIS SOMETHING THAT WAS ONLY SPECIFIC FOR THAT ONE

16:49  6  VERY SPECIFIC GENERIC PROFILE AND NOT RELEVANT TO THE REACH 2

16:49  7  PROFILES THAT DID EXIST.

16:49  8            AGAIN, OUR EXPERIENCE WOULD SUGGEST OTHERWISE,

16:49  9  BUT THAT'S NOT SUFFICIENT, SO WE WENT AHEAD AND MADE ADDITIONAL

16:49  10  SENSITIVITY RUNS TO COVER A LOT OF DIFFERENT VARIABILITY.

16:49  11  THAT'S WHAT WE SUBMITTED AS THE SUPPLEMENTAL REPORT.

16:49  12            **THE COURT:**  DID YOU TRY TO, IN THOSE ADDITIONAL RUNS,

16:49  13  CONFORM THE GENERIC LEVEE TO MORE SPECIFICALLY RELATE TO THE

16:49  14  REACH 2 LEVEE IN CERTAIN ASPECTS?

16:49  15            **THE WITNESS:**  WE REALLY TOOK OUR INITIAL LEVEE AND

16:49  16  VARIED A NUMBER OF FACTORS.  WE SAID:  WHAT IF THE LEVEE SLOPES

16:49  17  HAD BEEN HIGHER OR SHALLOWER?  WHAT IF THE BERM WERE SHORTER OR

16:49  18  LONGER?  SO WE REALLY JUST COVERED A NUMBER OF SENSITIVITIES TO

16:49  19  DIFFERENT PARAMETERS SO WE COULD ADDRESS FAIRLY WHAT IS THE

16:50  20  SENSITIVITY TO A LEVEE TOE BEING 9 FOOT, AS PEOPLE HAVE SAID,

16:50  21  VERSUS 7 FEET VERSUS 5 FEET.

16:50  22            **THE COURT:**  AS A RESULT OF THESE SENSITIVITY

16:50  23  ANALYSES, DID YOU CHANGE OR ALTER, IN ANY WAY MODIFY THE

16:50  24  OPINIONS RENDERED IN YOUR PREVIOUS REPORT?

16:50  25            **THE WITNESS:**  NO, SIR.

2807

16:50   1          **THE COURT:**  AT THIS TIME IT MIGHT BE A GOOD IDEA -- I

16:50   2   KNOW EVERYBODY'S ARGUED IT.  BECAUSE WE DON'T HAVE A LOT OF

16:50   3   TIME, I'M GOING TO GIVE THE PLAINTIFFS ABOUT FIVE MINUTES.  I'M

16:50   4   GOING TO LET MR. SMITH HAVE FIVE MINUTES TO TALK TO HIM AFTER.

16:50   5   I'VE GOT ALL THE INFORMATION I NEED FROM A, SHALL WE SAY,

16:50   6   GENERAL STANDPOINT.  IF ANYBODY WANTS TO ASK ANY SPECIFIC

16:51   7   INFORMATION, YOU HAVE FIVE MINUTES TO DO IT.

16:51   8          **MR. ROY:**  DO YOU WANT ME TO GO AT THIS TIME,

16:51   9   YOUR HONOR?

16:51   10         **THE COURT:**  YES.  THEN, MR. SMITH, I'LL GIVE YOU FIVE

16:51   11  MINUTES.

16:51   12         **MR. ROY:**  LET ME SET THE STAGE, YOUR HONOR.  MAY I

16:51   13  ADDRESS ALL MY COMMENTS TO YOU BECAUSE I REALLY DON'T HAVE ANY

16:51   14  QUESTIONS FOR DR. RESIO RIGHT NOW.  THAT TIME WILL COME DURING

16:51   15  CROSS.

16:51   16         **THE COURT:**  OKAY.  IF YOU DON'T, THEN MAY HE STEP

16:51   17  DOWN, THEN?

16:51   18         **MR. ROY:**  THAT'S FINE WITH ME.

16:51   19         **THE COURT:**  YOU MAY STEP DOWN, SIR.  WE'LL GET YOU

16:51   20  BACK UP HERE SOON.

16:53   21         **MR. ROY:**  LET ME SET THE STAGE WITH BASICALLY THREE

16:53   22  CLIPS, IF YOU WILL, FROM DR. RESIO'S DEPOSITION, WHICH I TOOK

16:53   23  IN FEBRUARY ON, I BELIEVE, FEBRUARY 9.  IT'S IMPORTANT BECAUSE

16:53   24  IN HIS REPORT OF DECEMBER OF 2008, IT IS TOTALLY SILENT AS TO

16:53   25  WHAT WE WILL CALL FRONT-SIDE VELOCITIES, THAT IS, VELOCITIES

16:53   1   AGAINST THE MRGO FACE OF THE LPV STRUCTURES.  TOTALLY SILENT;

16:54   2   SAYS NOTHING.

16:54   3                   AT HIS DEPOSITION I ASKED DR. RESIO, PAGE 152,

16:54   4   LINE 16, OF PX-78:

16:54   5           "Question:  WHY DO YOU OMIT FROM YOUR REPORT ANY

16:54   6       MENTION WHATSOEVER OF THE VELOCITIES THAT WOULD HAVE BEEN

16:54   7       ESTIMATED BY COULWAVE ON THE MRGO FACE OF THE LEVEE?

16:54   8           "Answer:  BECAUSE WHEN WE DID THESE RUNS FOR A

16:54   9       DIFFERENT PURPOSE, THEY WEREN'T THERE, AND I DIDN'T -- I

16:54   10      THOUGHT THAT MY ROLE IN THIS WAS TO PRODUCE OVERTOPPING

16:54   11      THAT WENT TO THE INTERIOR DRAINAGE PEOPLE.

16:54   12          "Question:  FAIR ENOUGH.

16:54   13          "Answer:  SO I PRODUCED THAT."

16:54   14                  THAT WAS HIS ANSWER OF WHY HE DID NOT HAVE

16:54   15  FRONT-SIDE DATA.  ELSEWHERE IN THE DEPOSITION I ASKED IF

16:54   16  COULWAVE WAS CAPABLE OF GENERATING FRONT-SIDE, AND HE ADMITTED

16:54   17  IT WAS, BUT IT'S NOT IN HIS REPORT AND THAT'S THE REASON HE

16:54   18  GAVE WHY.

16:54   19                  YOU KNOW, I CAN'T READ MINDS.  I CAN'T

16:55   20  PROGNOSTICATE THE FUTURE.  I WOULD HAVE GONE INTO FAR GREATER

16:55   21  DETAIL AT SOME POINT IN TIME -- I DON'T KNOW HOW, PREPARING FOR

16:55   22  TRIAL, AS WELL -- BUT IT WAS NOT AN ISSUE AT THE DEPOSITION.

16:55   23                  I THEN SAID TO HIM -- NOT AT THAT PRECISE POINT,

16:55   24  BUT AT PAGE 254 I ASKED HIM IF IT WAS HIS INTENT TO OPINE AS TO

16:55   25  WHY A LEVEE FAILED, AND HE SAID NO.  AT 254, LINE 11:

FINAL DAILY COPY

16:55  1           "Question:  THEN TO THE EXTENT ANY SUCH STATEMENTS

16:55  2      WERE MADE" -- THAT'S ABOUT THE LEVEE FAILURE OR

16:55  3      MECHANISMS -- "THEY ARE MADE OUTSIDE OF YOUR EXPERTISE AND

16:55  4      THE INTENT AND SCOPE OF YOUR REPORT, WHICH WAS TO DO THE

16:55  5      TWO THINGS WE TALKED ABOUT EARLIER, WHICH WAS TO MEASURE

16:55  6      SURGE HEIGHT AND VELOCITY GOING OVER THE TOP OF THE LEVEE

16:55  7      AND, SECONDLY, TO MEASURE THE BACK-SIDE VELOCITIES?

16:55  8           "Answer:  THAT'S CORRECT."

16:55  9                NOW, UP UNTIL THAT POINT IN TIME, WE ARE KIND OF

16:56  10  THINKING WE MAY NEED A SECOND DAY TO DEPOSE DR. RESIO.  ONCE HE

16:56  11  GIVES ME THIS LIMITING ANSWER OF WHAT HE IS GOING TO DO AND NOT

16:56  12  GOING TO DO, WE OBVIOUSLY DON'T DO THAT.  UP UNTIL THAT POINT

16:56  13  IN TIME, WE HAD -- IN FACT, HAD BEEN TALKING THAT DAY, THROUGH

16:56  14  MR. BRUNO AS OUR PLAINTIFF LIAISON COUNSEL, TRYING TO ARRANGE A

16:56  15  SECOND DAY FOR DR. RESIO.  BUT ONCE HE LIMITED THAT, YOU KNOW,

16:56  16  IT WASN'T NECESSARY.

16:56  17                FINALLY, I ASKED HIM, PAGE 210 -- I'M NOT GOING

16:56  18  TO GIVE YOU THE EXACT QUOTE, BUT BASICALLY HE TOLD ME HE IS NOT

16:56  19  GOING TO COME TO COURT AND GIVE EXPERT OPINIONS ABOUT HOW THE

16:56  20  VOLUMES AND VELOCITIES CAUSED DAMAGE TO LEVEES.  I THANKED HIM

16:56  21  FOR THAT.

16:56  22                SIX WEEKS AFTER THAT DEPOSITION, ON MARCH 24,

16:56  23  2009, THREE AND A HALF WEEKS BEFORE THIS TRIAL BEGAN, WE ARE

16:56  24  HANDED THE NEW RESIO REPORT, RESIO 2; WHICH I DON'T HAVE THE

16:57  25  PAGE COUNT, MY COPY DOESN'T HAVE PAGE NUMBERS, BUT I THINK IT'S

| 16:57 | 1 | AROUND 60-SOMETHING PAGES.  MORE SIGNIFICANTLY, IT'S |
| 16:57 | 2 | ACCOMPANIED BY SEVEN HARD DRIVES, EACH WITH, I BELIEVE, 500 |
| 16:57 | 3 | GIGS OF INFORMATION REPRESENTING CLOSE TO THREE AND A HALF |
| 16:57 | 4 | THOUSAND NEW COULWAVE RUNS. |
| 16:57 | 5 | **THE COURT:**  HOW MANY? |
| 16:57 | 6 | **MR. ROY:**  THREE AND A HALF THOUSAND.  NOW, I REALLY |
| 16:57 | 7 | DISAGREE WITH THE CHARACTERIZATION THAT THERE'S NO NEW OPINIONS |
| 16:57 | 8 | AND NOTHING NEW COMPARED TO WHAT WAS ORIGINAL.  LET ME JUST |
| 16:57 | 9 | GIVE YOU A FEW TASTES OF IT.  PAGE 1 OF THE NEW REPORT |
| 16:57 | 10 | INTRODUCES -- |
| 16:57 | 11 | **THE COURT:**  HOLD ON. |
| 16:57 | 12 | ALL RIGHT.  I'M LOOKING AT PAGE 1. |
| 16:58 | 13 | **MR. ROY:**  PAGE 1, THE FORTH TO LAST LINE MENTIONS |
| 16:58 | 14 | RECOMMENDED CRITERIA FOR DAMAGE THRESHOLDS.  NOW, WHILE I WILL |
| 16:58 | 15 | GIVE DR. RESIO IN HIS ORIGINAL REPORT THERE IS A PASSING |
| 16:58 | 16 | REFERENCE TO DAMAGE THRESHOLDS -- IT'S NOT ANNOTATED.  IT'S NOT |
| 16:58 | 17 | CITED.  IT'S REALLY NOT PUT INTO CONTEXT.  NOW HE IS TALKING |
| 16:58 | 18 | ABOUT LOWER THRESHOLDS AND OVERTOPPING RATES OF A PARTICULAR |
| 16:58 | 19 | VOLUME AND THEN HE TALKS ABOUT CHARACTERISTICS OF CLAYEY SOIL. |
| 16:58 | 20 | WELL, THAT'S IN DIRECT CONTRAVENTION OF WHAT HE ASSURED ME HE |
| 16:58 | 21 | IS NOT GOING TO BE TALKING ABOUT, THAT IS, THE MECHANISMS OF |
| 16:58 | 22 | THE FAILURE, MUCH LESS THE SOILS OF THE LEVEE.  NOW HE IS |
| 16:58 | 23 | TALKING ABOUT CLAYEY SOILS. |
| 16:58 | 24 | PAGE 3, HE TALKS ABOUT THE POTENTIAL IMPACT OF |
| 16:58 | 25 | THESE DIFFERENT PARAMETERS ON THE DURATION OF OVERTOPPING AND |

| | | |
|---|---|---|
| 16:58 | 1 | DISCUSSES PARAMETERS SUCH AS LEVEE SLOPE, ELEVATIONS, BERM, AND |
| 16:58 | 2 | WAVE PERIODS.  I COULD PROBABLY LIVE WITH THAT IF IT WAS A |
| 16:59 | 3 | GENERAL STATEMENT, BUT WE THEN HAVE STATEMENTS ABOUT, ON |
| 16:59 | 4 | PAGE 3, HYDRODYNAMIC LOADINGS AT THE LEVEE.  SO NOW HE IS |
| 16:59 | 5 | TALKING ABOUT WHAT HIS STUFF IS GOING TO DO TO THE LEVEE ONCE |
| 16:59 | 6 | AGAIN, WHICH IS EXACTLY WHAT HE TOLD ME HE WASN'T GOING TO DO. |
| 16:59 | 7 | **THE COURT:**  WHERE IS THAT, SO I CAN GET IT IN |
| 16:59 | 8 | CONTEXT? |
| | 9 | **MR. ROY:**  PAGE 3: |
| 16:58 | 10 | "TO PROVIDE INFORMATION ABOUT THE HYDRODYNAMIC |
| 16:58 | 11 | LOADINGS OF THE LEVEE, INCLUDING FRONT-SIDE VELOCITIES...." |
| 16:58 | 12 | ALL RIGHT.  WELL, HYDRODYNAMIC LOADINGS OF THE |
| 16:58 | 13 | LEVEES, ONCE AGAIN, IS GOING, AS FAR AS I'M CONCERNED, INTO THE |
| 16:58 | 14 | MECHANISM OF THE LEVEE FAILURE, WHICH HE SOLEMNLY TOLD ME, NO |
| 16:58 | 15 | LESS THAN ON THREE OCCASIONS, HE WASN'T GOING TO COME TO COURT |
| 16:58 | 16 | AND TESTIFY ABOUT.  THAT WASN'T HIS JOB, AND IT WAS OUTSIDE HIS |
| 16:58 | 17 | SCOPE. |
| 16:58 | 18 | THEY TALK ABOUT MANY ADDITIONAL MODEL |
| 16:58 | 19 | SIMULATIONS TO PROVIDE HYDRODYNAMIC LOADINGS TO THE LEVEE, |
| 16:58 | 20 | INCLUDING FRONT-SIDE VELOCITIES.  NOW, HE ALSO TALKS ABOUT -- |
| 16:58 | 21 | THIS IS PAGE 6 -- WAVE HEIGHT SENSITIVITY STUDIES.  NOW, WHILE |
| 16:59 | 22 | HE MENTIONS IN HIS ORIGINAL REPORT THE GENERAL CONCEPT OF |
| 16:59 | 23 | SENSITIVITY STUDIES, HE GIVES NO DELINEATION.  WE DON'T KNOW |
| 16:59 | 24 | WHETHER THESE SENSITIVITY STUDIES WERE DONE BEFORE HIS |
| 16:59 | 25 | DECEMBER 2008 REPORT OR DONE SINCE. |

FINAL DAILY COPY

2812

| 16:59 | 1 | THE IMPRESSION WE HAVE -- AND WE ARE STILL |
|---|---|---|

16:59   1        THE IMPRESSION WE HAVE -- AND WE ARE STILL

16:59   2    TRYING TO CRACK THESE THREE AND A HALF THOUSAND SIMULATIONS, IF

16:59   3    YOU WILL, WITH OUR EXPERTS LOOKING AT THEM ONE AT A TIME.  IT'S

16:59   4    A TEDIOUS PROCESS.  BUT TO BE ABLE TO GET IN AND FULLY

16:59   5    UNDERSTAND THEM, WE HAVE SUFFERED A GREAT DISADVANTAGE, HAVING

16:59   6    THREE AND A HALF THOUSAND SIMULATIONS DUMPED ON US THREE AND A

16:59   7    HALF WEEKS BEFORE TRIAL.  IT'S JUST NOT FAIR, YOUR HONOR.

16:59   8        NOW, THE ORIGINAL GENERIC -- TO REALLY GIVE IT

16:59   9    THE LAST BIT, DR. RESIO ALLUDED TO THIS IN HIS DEPOSITION.  HE

16:59   10   TALKED ABOUT THE GENERIC LEVEE, THE GENERIC PROFILE; HOW IT WAS

17:00   11   NOT SOMETHING HE HAD DONE; THAT IT WAS SOMETHING THAT WAS

17:00   12   BASICALLY SOMEONE THAT WAS A GOOD SAMARITAN AT TEXAS A&M HAD

17:00   13   GIVEN TO HIM TO USE; AND SO FORTH AND SO ON.

17:00   14       SO I SIT THERE FOR SIX WEEKS AFTER THAT

17:00   15   DEPOSITION SATISFIED WITH THE JOB OF INQUIRY WE HAD DONE AT

17:00   16   THAT DEPOSITION TO, ALL OF THE SUDDEN, BE PRESENTED, THREE AND

17:00   17   A HALF WEEKS, WITH A TOTAL REVERSAL.  NOW IT'S NOT GOING TO BE

17:00   18   A GENERIC LEVEE.  IT'S NOT GOING TO BE A GENERIC DEAL DONE BY A

17:00   19   GOOD SAMARITAN AT TEXAS A&M.  NOW, ALL OF THE SUDDEN, WE ARE

17:00   20   BEING PRESENTED WITH THREE AND A HALF THOUSAND NEW RUNS AND

17:00   21   CLEARLY NEW OPINIONS.

17:00   22       SO THAT'S THE SHORT OF IT, YOUR HONOR.  I WON'T

17:00   23   GET INTO THE DETAILS.  I MEAN, I DO WANT TO POINT OUT TO THE

17:00   24   COURT THAT DR. RESIO'S DEPOSITION WAS TAKEN ON FEBRUARY 9.  AT

17:00   25   THE TIME I TOOK IT WITH JON ANDRY AND A MEMBER OF OUR MRGO

| | | |
|---|---|---|
| 17:00 | 1 | OFFICE STAFF, ANOTHER LAWYER, WE HAD NO REVIEWABLE RELIANCE |
| 17:01 | 2 | MATERIALS, DESPITE REPEATED REQUESTS, OTHER THAN 25 MEGABYTES |
| 17:01 | 3 | OF DATA PROVIDED ON JANUARY 26, 13 DAYS BEFORE THE DEPOSITION. |
| 17:01 | 4 | ON FEBRUARY 17, THE GOVERNMENT FILED A NOTICE OF |
| 17:01 | 5 | PRODUCTION, AND I'M GOING TO READ IT TO YOU.  IT'S IN RECORD |
| 17:01 | 6 | DOCUMENT 17730.  "ON JANUARY 6, 2009, THE PLAINTIFFS REQUESTED |
| 17:01 | 7 | FROM THE UNITED STATES THE ARTICLES CITED BY DR. RESIO IN HIS |
| 17:01 | 8 | EXPERT REPORT.  THE PLAINTIFFS ALSO REQUESTED FROM DR. RESIO |
| 17:01 | 9 | AND WESTERINK 'ALL OF THE INFORMATION AND DATA THAT WAS USED TO |
| 17:01 | 10 | SET UP THEIR MODELS, ALL INPUT AND OUTPUT FILES.' THE |
| 17:01 | 11 | INFORMATION REQUESTED FROM DR. RESIO WAS PROVIDED BY THE |
| 17:01 | 12 | UNITED STATES TO THE PLAINTIFFS ON A CD ON JANUARY 26, 2009." |
| 17:01 | 13 | IT GOES ON, AND I WON'T BORE THE COURT WITH IT. |
| 17:01 | 14 | BUT THE FACT OF THE MATTER IS THE COULWAVE FILES WERE NOT |
| 17:01 | 15 | PRODUCED IN THAT PRODUCTION.  IN FACT, A MERE 25 MEGABYTES OF |
| 17:02 | 16 | DATA, 30 DOCUMENTS, WERE PRODUCED ON JANUARY 26.  IN |
| 17:02 | 17 | COMPARISON, 602 MEGABYTES OF DATA WERE PRODUCED THREE WEEKS |
| 17:02 | 18 | AFTER THE DEPOSITION, ON FEBRUARY 28, A DAY AFTER THE |
| 17:02 | 19 | DEADLINE -- I WOULD GIVE THEM THE DAY IF THAT WAS IT, I'VE |
| 17:02 | 20 | NEVER BEEN ONE TO BE A STICKLER ON THAT KIND OF STUFF -- AND |
| 17:02 | 21 | 21.4 ADDITIONAL GIGABYTES WERE PRODUCED MARCH 2.  BUT THE |
| 17:02 | 22 | KILLER WAS 7 GIGABYTES PRODUCED WITH THIS SO-CALLED |
| 17:02 | 23 | SUPPLEMENTAL REPORT ON MARCH 24. |
| 17:02 | 24 | SO THAT'S IT, YOUR HONOR.  I MEAN, THAT'S IT IN |
| 17:02 | 25 | A NUTSHELL. |

| | | |
|---|---|---|
| 17:02 | 1 | **THE COURT:**  I APPRECIATE IT.  WELL STATED. |
| 17:02 | 2 | MR. SMITH, YOU MAY RESPOND. |
| 17:02 | 3 | **MR. SMITH:**  THANK YOU, YOUR HONOR.  MR. ROY MAY HAVE |
| 17:02 | 4 | UNINTENTIONALLY CONFUSED THE ISSUE BY TALKING ABOUT FRONT-SIDE |
| 17:02 | 5 | VELOCITIES AND OVERTOPPING RATES WHEN THEY'RE NOT AT ALL THE |
| 17:02 | 6 | SAME SORTS OF ANALYSES.  HE WENT FROM TALKING ABOUT NEW DATA |
| 17:03 | 7 | CONCERNING FRONT-SIDE VELOCITIES, WHICH WEREN'T INCLUDED IN HIS |
| 17:03 | 8 | FIRST REPORT, AND THEN QUOTING FROM THE REPORT, THE |
| 17:03 | 9 | SUPPLEMENTAL REPORT, WHERE DR. RESIO WAS TALKING ABOUT |
| 17:03 | 10 | OVERTOPPING RATES. |
| 17:03 | 11 | OVERTOPPING RATES WERE THOROUGHLY DISCUSSED IN |
| 17:03 | 12 | HIS ORIGINAL REPORT.  MR. ROY SAID THAT THERE ARE NEW OPINIONS |
| 17:03 | 13 | IN THIS REPORT, AND YET HE DIDN'T STATE ONE SINGLE NEW OPINION. |
| 17:03 | 14 | HE JUST, CONCLUSORY, DESCRIBED THE REPORT AS CONTAINING NEW |
| 17:03 | 15 | OPINIONS WITHOUT STATING A SINGLE ONE.  HE ALSO SAID THIS IS A |
| 17:03 | 16 | TOTAL REVERSAL WITHOUT EXPLAINING HOW THIS IS A TOTAL REVERSAL. |
| 17:03 | 17 | DR. RESIO, IN RESPONSE TO YOUR HONOR'S |
| 17:03 | 18 | QUESTIONS, POINTED OUT THERE'S NO TOTAL REVERSAL HERE.  HE |
| 17:03 | 19 | HASN'T CHANGED ANY OF HIS OPINIONS.  ALL HE DID WAS VARIED THE |
| 17:03 | 20 | LEVEE CONFIGURATION, VARY THE BERM ELEVATION CONFIGURATION, |
| 17:04 | 21 | VARY THE BERM DISTANCE ELEVATION, AND VARY SOME OF THE SURGE |
| 17:04 | 22 | ELEVATIONS TO SEE HOW THAT IMPACTED HIS OPINIONS.  IT HAD NO |
| 17:04 | 23 | EFFECT ON HIS OPINIONS AS HE STATED. |
| 17:04 | 24 | THERE'S NOT GOING TO BE ONE NEW OPINION GIVEN |
| 17:04 | 25 | TODAY.  THERE'S NOT ONE NEW OPINION IN THIS REPORT THAT WAS NOT |

FINAL DAILY COPY

17:04   1   SET FORTH IN HIS ORIGINAL REPORT.  HE IS NOT GOING TO TALK

17:04   2   ABOUT DAMAGE TO THE LEVEE.  THE THINGS THAT HE CITED OUT OF HIS

17:04   3   DEPOSITION ARE TRUE TODAY.  HE IS NOT GOING TO RENDER OPINIONS

17:04   4   ABOUT FRONT-SIDE VELOCITIES.  IF MR. ROY WANTS TO ASK HIM ABOUT

17:04   5   THAT ON CROSS-EXAMINATION, HE WILL HAVE TO GO BEYOND THE SCOPE

17:04   6   OF DIRECT BECAUSE I'M NOT GOING TO ASK HIM ANY QUESTIONS ABOUT

17:04   7   FRONT-SIDE VELOCITIES.

17:04   8          THAT ANALYSIS WAS DONE -- AS A LOT OF THE

17:04   9   PLAINTIFFS OWN EXPERTS HAVE DONE, CONTINUED TO DO ANALYSIS TO

17:05   10   SUPPORT THE OPINIONS THAT ARE RENDERED BY A NUMBER OF THE

17:05   11   EXPERTS ON OUR TEAM.

17:05   12          BUT DR. RESIO IS NOT GOING TO RENDER ANY

17:05   13   OPINIONS OR EXPRESS ANY FINDINGS, EVEN, ABOUT FRONT-SIDE

17:05   14   VELOCITIES HERE TODAY.  ALL HE IS GOING TO DO, WITH RESPECT TO

17:05   15   TALKING ABOUT DAMAGE TO THE LEVEES, IS TO RELATE OVERTOPPING

17:05   16   FLOW RATES TO ESTABLISHED INTERNATIONAL STANDARDS, AND THAT'S

17:05   17   REALLY THE SAME THING HE WAS TALKING ABOUT IN HIS FIRST REPORT.

17:05   18   SO WE WOULD ASK, YOUR HONOR, THAT YOU DENY THE MOTION.

17:05   19          **THE COURT:**  THIS CASE IS A CASE OF TREMENDOUS

17:05   20   CONSEQUENCE.  THIS CASE INVOLVES SIX PEOPLE, BUT IT HAS

17:05   21   RAMIFICATIONS FOR HUNDREDS OF THOUSANDS.  THE COURT IS WELL

17:05   22   AWARE OF ITS SIGNIFICANCE, OBVIOUSLY.

17:05   23          CLEARLY, I UNDERSTAND THE PLAINTIFFS' POSITION.

17:05   24   A LOT OF INFORMATION WAS GIVEN TO THEM, CONSIDERING EVERYTHING

17:06   25   ELSE THEY HAD TO DO, WITHOUT SUFFICIENT TIME TO ANALYZE IT.

| | | |
|---|---|---|
| 17:06 | 1 | IT'S PERHAPS UNFAIR.  BUT THE COURT'S VANTAGE POINT IS A LITTLE |
| 17:06 | 2 | DIFFERENT.  IT'S REALLY IMPORTANT TO THE COURT THAT EVEN THOUGH |
| 17:06 | 3 | IT'S MAYBE NOT COMPLETELY FAIR TO ONE SIDE OR THE OTHER, THAT |
| 17:06 | 4 | AS MUCH INFORMATION GETS INTO THIS RECORD AS IS POSSIBLE.  I |
| 17:06 | 5 | REALIZE IT'S A DISADVANTAGE TO THE PLAINTIFFS NOT BEING ABLE TO |
| 17:06 | 6 | REVIEW THE INFORMATION FULLY. |
| 17:06 | 7 | I HAVE LOOKED AT THE OPINION.  I HAVE TALKED TO |
| 17:06 | 8 | THE WITNESS.  ALTHOUGH WORK WAS DONE AND IT WAS SUBSTANTIAL, IT |
| 17:06 | 9 | DOES NOT APPEAR THAT THERE ARE ANY TRUE NEW OPINIONS.  THERE |
| 17:06 | 10 | MAY BE NEW INFORMATION BUT NOT NEW OPINIONS.  I'M JUST NOT |
| 17:06 | 11 | GOING TO BE FORMALISTIC ABOUT THIS BECAUSE I WANT A FULL |
| 17:07 | 12 | RECORD.  SO I'M GOING TO ALLOW THE SUPPLEMENTAL REPORT OVER |
| 17:07 | 13 | PLAINTIFFS' OBJECTION, FULLY UNDERSTANDING THAT YOU MAY BE |
| 17:07 | 14 | SOMEWHAT PREJUDICED BY MY RULING, BUT, I GUESS, EVERYBODY IS |
| 17:07 | 15 | PREJUDICED, ONE SIDE OR THE OTHER, AS WE GO ALONG, BUT I |
| 17:07 | 16 | UNDERSTAND. |
| 17:07 | 17 | SO, WITH THAT, DR. RESIO MAY TESTIFY AS TO HIS |
| 17:07 | 18 | SUPPLEMENTAL REPORT. |
| 17:07 | 19 | **MR. SMITH:**  THANK YOU, YOUR HONOR. |
| 17:07 | 20 | **THE COURT:**  IT'S 5:10.  WHAT DO YOU WANT TO DO, |
| 17:07 | 21 | MR. SMITH?  I'M GOING TO LEAVE IT UP TO YOU.  WOULD YOU LIKE TO |
| 17:07 | 22 | START IN THE MORNING, OR WOULD YOU LIKE TO GO FOR A LITTLE |
| 17:07 | 23 | WHILE TONIGHT? |
| 17:07 | 24 | **MR. SMITH:**  YOUR HONOR, WHY DON'T WE JUST DO A LITTLE |
| 17:07 | 25 | BIT.  WE ONLY HAD HALF A DAY TODAY, SO WHY DON'T WE GO TO 5:30 |

FINAL DAILY COPY

| 17:07 | 1 | AND SEE WHERE WE ARE. |

17:07    1    AND SEE WHERE WE ARE.

17:07    2    **THE COURT:**  THAT'S FINE.

17:07    3    **MR. SMITH:**  THANK YOU.

17:07    4    **THE COURT:**  I DON'T KNOW WHAT YOUR OTHER PLANNING IS,

17:08    5    SO IT MAY BE IMPORTANT TO DO THIS.

17:08    6    **MR. SMITH:**  YOUR HONOR, DR. RESIO HOLDS THE POSITION

17:08    7    OF SENIOR TECHNOLOGIST AT THE U.S. ARMY CORPS OF ENGINEERS.  HE

17:08    8    HAS HELD THAT POSITION FOR THE LAST 15 YEARS.  THIS IS THE

17:08    9    HIGHEST TECHNICAL RANK IN THE DEPARTMENT OF DEFENSE

17:08   10    CIVIL SERVICE, WITH FEWER THAN 40 SUCH POSITIONS AUTHORIZED

17:08   11    WITHIN THE ARMY.

17:08   12    HE SERVES AS THE TECHNICAL LEADER FOR THE

17:08   13    COASTAL MILITARY ENGINEERING PROGRAM AND IS THE TECHNICAL

17:09   14    MANAGER FOR A RECENTLY SUCCESSFULLY COMPLETED ADVANCED

17:09   15    TECHNOLOGY CONCEPT DEMONSTRATION FOR MILITARY LOGISTICS, WHICH

17:09   16    WON THE *TECHNOLOGY IMPLEMENTATION OF THE YEAR* AWARD FROM THE

17:09   17    DEFENSE LOGISTICS AGENCY.

17:09   18    HE ALSO CONDUCTS AND DIRECTS RESEARCH THAT SPANS

17:09   19    A WIDE RANGE OF ENVIRONMENTAL AND ENGINEERING AREAS WITHIN THE

17:09   20    CORPS CIVIL WORKS PROGRAM.  IN THAT CAPACITY, HE DIRECTS THE

17:09   21    MORPHOS -- THAT'S AN ACRONYM, ALL CAPS, M-O-R-P-H-O-S --

17:09   22    PROJECT AIMED AT IMPROVING THE PREDICTIVE STATE OF ART FOR

17:09   23    WINDS, WAVES, CURRENTS, SURGES, AND COASTAL EVOLUTION DUE TO

17:09   24    STORMS.

17:09   25    HE RECENTLY SERVED WITH DR. ROBERT DEAN OF THE

FINAL DAILY COPY

2818

| | | |
|---|---|---|
| 17:09 | 1 | UNIVERSITY OF FLORIDA AS A CO-LEADER ON THE IPET STUDY |
| 17:09 | 2 | ANALYZING WAVE AND SURGE EFFECTS.  HE RECENTLY LED A TEAM THAT |
| 17:09 | 3 | DEVELOPED A NEW TECHNICAL APPROACH FOR HURRICANE RISK |
| 17:09 | 4 | ASSESSMENT ALONG THE U.S. COASTLINE AND IS NOW LEADING AN |
| 17:10 | 5 | EFFORT SPONSORED BY THE NUCLEAR REGULATORY AGENCY TO EXTEND |
| 17:10 | 6 | THIS APPROACH TO THE ESTIMATION OF HAZARDS FOR NUCLEAR POWER |
| 17:10 | 7 | PLANTS IN COASTAL AREAS. |
| 17:10 | 8 | RECENTLY, UNDER THE SPONSORSHIP OF THE |
| 17:10 | 9 | DEPARTMENT OF HOMELAND SECURITY, DR. RESIO LED A TEAM OF |
| 17:10 | 10 | RESEARCHERS IN THE DEVELOPMENT OF INNOVATIVE METHODS FOR THE |
| 17:10 | 11 | RAPID REPAIR OF LEVEE BREACHES.  THIS WORK APPEARS TO OFFER NEW |
| 17:10 | 12 | OPTIONS FOR IMPROVED FLOOD MITIGATION IN MANY AREAS OF THE |
| 17:10 | 13 | UNITED STATES. |
| 17:10 | 14 | HE HOLDS THE DEGREE OF DOCTOR OF PHILOSOPHY FROM |
| 17:10 | 15 | THE UNIVERSITY OF VIRGINIA.  HIS PH.D. THESIS DISSERTATION WAS |
| 17:10 | 16 | ENTITLED "AN INTEGRATED MODEL OF WAVES AND SURGES ALONG THE |
| 17:10 | 17 | U.S. ATLANTIC COAST."  HE HAS BEEN A CONSULTANT IN PRIVATE |
| 17:10 | 18 | INDUSTRY.  HE'S BEEN A PROFESSOR IN ACADEMIA.  HE DEVELOPED THE |
| 17:10 | 19 | FIRST ARBITRARY DEPTH MODEL FOR WAVE PREDICTION, INCLUDING WAVE |
| 17:10 | 20 | GENERATION, IN SHALLOW COASTAL AREAS.  HE CONTRIBUTED TO A |
| 17:10 | 21 | REVISION OF THE CORPS' OWN *SHORE PROTECTION MANUAL* IN 1981. |
| 17:10 | 22 | HE IS WELL QUALIFIED IN THIS AREA.  HE IS THE |
| 17:11 | 23 | HOLDER OF NUMEROUS PATENTS, INCLUDING TWO PATENTS THAT ARE |
| 17:11 | 24 | CURRENTLY PENDING.  IN THE LAST THREE YEARS, HE HAS RECEIVED A |
| 17:11 | 25 | NUMBER OF HONORS AND AWARDS, INCLUDING *CORPS OF ENGINEERS* |

17:11  1   *RESEARCHER OF THE YEAR* AWARD IN 2007; *THE RESEARCH DEVELOPMENT*

17:11  2   *CENTER RESEARCHER OF THE YEAR* AWARD FOR 2007; AND THE

17:11  3   *DEPARTMENT OF THE ARMY MERITORIOUS CIVILIAN SERVICE* AWARD IN

17:11  4   2007.  THIS YEAR, FOR HIS WORK AS A MANAGER OF THE PROGRAM THAT

17:11  5   WON THE *TECHNOLOGY IMPLEMENTATION OF THE YEAR* AWARD, HE

17:11  6   RECEIVED AN AWARD FOR HIS WORK IN DEVELOPING A NEW METHOD OF

17:11  7   RAPID REPAIR OF LEVEE BREACHES.

17:11  8            WITH YOUR HONOR'S INDULGENCE, WE WOULD JUST LIKE

17:11  9   TO SHOW A BRIEF ILLUSTRATION OF A PRODUCT THAT DR. RESIO'S TEAM

17:12  10  HAS DEVELOPED FOR REPAIRING LEVEE BREACHES.

17:12  11          **THE COURT:**  YES, SIR.  GO AHEAD.

17:12  12          **MR. ROY:**  YOUR HONOR, I REALIZE IT'S A BENCH TRIAL,

17:12  13  BUT WE REALLY DO OBJECT.  IT'S OUTSIDE THE SCOPE OF HIS REPORT

17:12  14  AND IT'S IRRELEVANT.

17:12  15          **THE COURT:**  I'M GOING TO ALLOW IT REGARDLESS.  IT MAY

17:12  16  BE, BUT I'M GOING TO ALLOW EVERYBODY TO TRY TO GIVE ME THE FULL

17:12  17  MEASURE OF THE EXPERTS THAT THEY ARE TENDERING.

17:12  18          **MR. SMITH:**  THANK YOU, YOUR HONOR.

17:12  19          **THE COURT:**  BESIDES, THE COURT IS CURIOUS.

17:12  20          **MR. SMITH:**  THIS WAS RECENTLY FEATURED ON CNN, I

17:12  21  BELIEVE.  YOU CAN SEE THE FILM CREW FROM CNN RIGHT HERE IN THE

17:12  22  FOREGROUND.

17:12  23            DR. RESIO, DO YOU WANT TO EXPLAIN WHAT'S GOING

17:12  24  ON HERE FOR THE COURT'S BENEFIT?  THERE'S NO SOUND FOR THIS.

17:12  25          **THE WITNESS:**  NO, THERE ACTUALLY WAS SOUND.

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:13 | 1 | **MR. ROY:**  YOUR HONOR, MAY I MAKE ONE OTHER OBJECTION? |
| 17:13 | 2 | WE ARE LOOKING AT A VIDEO OF A LEVEE EROSION HERE.  CLEARLY, |
| 17:13 | 3 | THIS IS AN EXPANSION -- |
| 17:13 | 4 | **THE COURT:**  HE IS NOT GOING TO BE ABLE TO |
| 17:13 | 5 | TESTIFY ABOUT -- THERE'S ALREADY BEEN A REPRESENTATION MADE TO |
| 17:13 | 6 | THE COURT.  I NOTE YOUR OBJECTION AND WILL CERTAINLY KEEP IT IN |
| 17:13 | 7 | MIND IN THE EVENT WE STRAY INTO THAT AREA. |
| 17:13 | 8 | DO YOU WANT TO PUT IT BACK ON AND WE WILL WATCH |
| 17:13 | 9 | IT. |
| 17:13 | 10 | (WHEREUPON THE VIDEO WAS SHOWN.) |
| 17:13 | 11 | **VOIR DIRE** |
| 17:13 | 12 | BY MR. SMITH: |
| 17:13 | 13 | Q.   EXPLAIN TO THE COURT WHAT'S GOING ON HERE. |
| 17:13 | 14 | A.   OKAY.  THIS IS AN EXPERIMENT IN THE LARGEST FACILITY THAT |
| 17:13 | 15 | WE COULD ACTUALLY CONDUCT A BREACH IN THE UNITED STATES AND |
| 17:13 | 16 | THEN TRY TO RAPIDLY REPAIR IT.  THE PROBLEM HAS ALWAYS BEEN |
| 17:13 | 17 | THAT, ONCE A BREACH HAS A LOT OF WATER FLOWING THROUGH IT, THE |
| 17:13 | 18 | FORCE IS SO LARGE THAT YOU CAN'T JUST STOP IT.  A GOOD EXAMPLE |
| 17:13 | 19 | HERE IS THE 17TH STREET BREACH AND THINGS LIKE THAT, WHEN WE |
| 17:14 | 20 | WERE DROPPING SANDBAGS TO TRY TO STOP THE BREACHES. |
| 17:14 | 21 | SO WHAT WE DID HERE WAS WE ACTUALLY WENT TO |
| 17:14 | 22 | STILLWATER, OKLAHOMA, THE AGRICULTURE RESEARCH STATION'S LARGE |
| 17:14 | 23 | FACILITY THERE, AND THIS -- WE HAD A COMPACTED SILT FOUNDATION, |
| 17:14 | 24 | AND WE JUST CREATED A BREACH JUST FOR SHOW AND SO THEY COULD |
| 17:14 | 25 | FILM IT.  IN A MINUTE, WE'LL ACTUALLY GET TO THE PART THAT WAS |

| | | |
|---|---|---|
| 17:14 | 1 | THE EXPERIMENT ITSELF, WHICH IS A TUBE FILLED WITH -- IT'S A |
| 17:14 | 2 | VERY INEXPENSIVE TUBE, I MIGHT ADD, THAT ACTUALLY CAN PATCH |
| 17:14 | 3 | THIS LEVEL OF BREACHING.  I THINK IT'S IN THE FINAL STAGES OF |
| 17:14 | 4 | GETTING -- REACHING INTO THE STAGES WHERE IT WILL BE AVAILABLE |
| 17:14 | 5 | FOR APPLICATIONS IN THE UNITED STATES. |
| 17:14 | 6 | WE JUST HAVE TO NOW PROVE IT UP ON A LITTLE BIT |
| 17:14 | 7 | LARGER SCALE THAN THIS.  THIS WAS ABOUT 8-FOOT WIDE BY 6-FOOT |
| 17:15 | 8 | DEEP.  IF YOU HAD TRIED TO STAND THERE, OF COURSE, YOU |
| 17:15 | 9 | COULDN'T.  IT WOULD HAVE BEEN A MASSIVE SITUATION. |
| 17:15 | 10 | BUT HERE, THIS IS THE TUBE.  IT'S A SIMPLE CONCEPT. |
| 17:15 | 11 | IT JUST COMES UP.  BY ROLLING, WHEN IT STARTS TO ROLL HERE -- |
| 17:15 | 12 | WE HAVE NO INTERNAL BAFFLING IN IT.  WHEN THIS STARTS TO |
| 17:15 | 13 | HAPPEN, IT DISTRIBUTES THE LOAD AND SHUTS THE ENTIRE FLOW DOWN |
| 17:15 | 14 | IN A MATTER OF SECONDS.  NOW, IF YOU'VE BEEN TO THE -- THE |
| 17:15 | 15 | SOUND WAS AWESOME DURING THIS TIME.  I HAD TO HAVE A VERY LARGE |
| 17:15 | 16 | AMPLIFIER DURING THIS ENTIRE PROCEDURE.  IT SHUT IT DOWN TO |
| 17:15 | 17 | ESSENTIALLY TOTAL SILENCE. |
| 17:15 | 18 | THE COURT:  WHAT DID YOU SAY WAS IN THE TUBE? |
| 17:15 | 19 | THE WITNESS:  WATER AND AIR.  JUST WATER AND AIR.  IT |
| 17:15 | 20 | WAS A VERY -- THAT'S ONE OF OUR PATENTS PENDING THERE, AND THAT |
| 17:15 | 21 | WAS ACTUALLY VERY WELL RECEIVED BY A NUMBER OF ENGINEERING |
| 17:15 | 22 | CONSTRUCTION COMPANIES. |
| 17:15 | 23 | THE COURT:  THANK YOU. |
| 17:15 | 24 | MR. SMITH:  THANK YOU, YOUR HONOR.  I APPRECIATE YOU |
| 17:15 | 25 | INDULGING US.  IT WAS INTERESTING, AND I JUST WANTED TO SHOW IT |

FINAL DAILY COPY

17:15   1    TO THE COURT.

17:15   2    **BY MR. SMITH:**

17:16   3    **Q.**   DR. RESIO, WE ASKED YOU TO ANALYZE THE EFFECTS OF THE MRGO

17:16   4    ON WAVES ALONG THE REACH 2.

17:16   5            **THE COURT:**  DO YOU WANT TO TENDER HIM, MR. SMITH?

17:16   6            **MR. SMITH:**  YOUR HONOR, WE WOULD LIKE TO TENDER HIM

17:16   7    AS AN EXPERT IN WAVES AND THEIR ANALYSIS.

17:16   8            **MR. ROY:**  NO OBJECTION, YOUR HONOR.

17:16   9            **THE COURT:**  THE COURT ACCEPTS IT, AND I DO WANT TO

17:16   10   GIVE ALL OF THE LAWYERS IN THIS CASE A GIANT BOUQUET FOR NOT

17:16   11   FILING *DAUBERT* MOTIONS.  GO AHEAD, SIR.

17:16   12           **MR. SMITH:**  IF WE HAD MORE TIME, JUDGE.

17:16   13                   **DIRECT EXAMINATION**

17:16   14   **BY MR. SMITH:**

17:16   15   **Q.**   DR. RESIO, WE ASKED YOU TO ANALYZE THE IMPACT OF THE MRGO

17:16   16   ON WAVES ALONG REACH 2.  I'M WONDERING IF YOU COULD SUMMARIZE

17:16   17   FOR THE COURT SOME OF THE PRINCIPAL CONCLUSIONS THAT YOU

17:16   18   REACHED WITH RESPECT TO WAVES ALONG REACH 2.

17:16   19   **A.**   YES, I CAN.  AS SHOWN ON THE SLIDE THAT WE ARE LOOKING AT

17:17   20   NOW, WE SEE THAT FIRST THE WAVES, IN MY OPINION, INCREASED IN

17:17   21   SIZE BY ABOUT 1 FOOT AS THEY CROSSED THE MRGO CHANNEL.

17:17   22           SECOND -- WE HAVE HEARD A LOT ABOUT THIS -- WAVES

17:17   23   RAPIDLY DECAY AFTER CROSSING THE CHANNEL BECAUSE THEY BECOME

17:17   24   DEPTH-LIMITED.  I THINK I WILL ALSO BE ABLE TO, HOPEFULLY, MAKE

17:17   25   IT CLEAR WHERE THE REST OF THAT ENERGY GOES.

17:17   1        FINALLY, THE OVERTOPPING FLOW ALONG REACH 2 VASTLY

17:17   2   EXCEEDS MOST OF THE INTERNATIONAL THRESHOLDS.

17:17   3   **Q.**   DR. RESIO, I UNDERSTAND THAT YOU USED THREE DIFFERENT

17:17   4   MODELS IN ORDER FOR YOU TO FORM YOUR OPINIONS IN THIS CASE.

17:17   5   CAN YOU EXPLAIN WHAT THOSE MODELS WERE LIKE.

17:17   6   **A.**   YES.  IT'S IMPORTANT TO RESOLVE THE PROCESSES THAT YOU'RE

17:17   7   TRYING TO MODEL.  ALL THAT JUST MEANS IS MAKE SURE YOUR SCALE

17:17   8   OF THE MODEL -- AND WE HEARD SOME ABOUT THIS IN THE MODELING OF

17:18   9   THE MRGO AND DIFFERENT THINGS.

17:18   10       IN DEEP WATER -- I'LL START THERE.  DEEP WATER, WE

17:18   11  BOTH USED THE WAM MODEL, IF I CAN HAVE THE NEXT SLIDE, SO

17:18   12  THERE'S REALLY NO DIFFERENCE.  WE HAVE THREE SCALES.  THE FIRST

17:18   13  SCALE IS THE WAM MODEL, AND THAT IS USED IN DEEP WATER.  THE

17:18   14  INTERMEDIATE SCALE WAS THE STWAVE VERSUS THE SWAN, AND THE

17:18   15  THIRD SCALE I WILL GET INTO LATER.

17:18   16       THE WAM MODEL, IT'S ESSENTIALLY THE SAME.  WE RAN IT

17:18   17  THE SAME AND USED VIRTUALLY IDENTICAL WIND, SO THERE'S REALLY

17:18   18  NO DISCREPANCY HERE.

17:18   19       **THE COURT:**  DEEP WATER, ARE WE TALKING ABOUT THE OPEN

17:18   20  SEA?

17:18   21       **THE WITNESS:**  THAT'S EXACTLY RIGHT.  IN FACT, JUST TO

17:18   22  MAKE SURE THAT WE DO UNDERSTAND EXACTLY WHAT I'M TALKING ABOUT,

17:18   23  THIS IS THE OPEN-WATER GENERATION OF WAVES.  IN ORDER TO MODEL

17:18   24  THIS PROPERLY, YOU HAVE TO HAVE THE CORRECT WIND FIELDS AND

17:18   25  HAVE THE MODEL SCALE SO THAT YOU CAN ACTUALLY CAPTURE ALL OF

17:18    1    THE GRADIENTS THAT ARE IMPORTANT IN THOSE WINDS.

17:18    2              WHAT YOU'RE LOOKING AT HERE IS A CONTOUR MAP,

17:19    3    WITH THE RED BEING THE HIGHEST WAVES, YELLOW BEING LESS HIGH,

17:19    4    AND THE BLUE BEING LESS HIGH STILL.  THE DOT IN THE MIDDLE OF

17:19    5    THIS SHOWS THAT AT THAT PARTICULAR LOCATION, SOUTH OF THE

17:19    6    DELTA, THE SIGNIFICANT WAVE HEIGHT REACHED ABOUT 54.6 FEET, AND

17:19    7    IT WAS A RIDGE THAT WAS PART OF THE RIDGE THAT EXTENDED IN

17:19    8    TOWARDS THE COAST OF LOUISIANA.

17:19    9    BY MR. SMITH:

17:19   10    Q.   AS YOU MOVED IN CLOSER TO THE COAST, THEN YOU SWITCHED TO

17:19   11    AN INTERMEDIATE SCALE MODEL, AND I THINK YOU HAVE DESCRIBED

17:19   12    THAT WAS THE STWAVE MODEL?

17:19   13    A.   THAT'S CORRECT.  IN THE UNITED STATES, THE STWAVE MODEL IS

17:19   14    A MODEL THAT I WROTE THE INITIAL VERSION OF AND PUBLISHED IN

17:19   15    1988.  AND SWAN, IT'S A LITTLE BIT MORE RECENT MODEL.  I THINK

17:19   16    IT CAME OUT IN THE MID TO LATE '90S.  BUT THEY HAVE A SIMILAR

17:19   17    BASIS IN THE SENSE THAT THEY BOTH HAVE THE SAME LIMITATIONS,

17:20   18    THE SAME ASSUMPTIONS.

17:20   19              THE WAY THEY DO SOME OF THE TECHNICAL INTEGRATIONS

17:20   20    INSIDE OF IT -- THAT ARE BEYOND WHAT I REALLY NEED TO GET INTO

17:20   21    HERE -- ARE DIFFERENT, BUT THEY ARE VERY SIMILAR MODELS, WITH

17:20   22    SIMILAR LIMITATIONS AND SIMILAR RANGES OF APPLICATION.

17:20   23    Q.   CAN YOU SHOW THE COURT HOW YOU APPLY THE STWAVE MODEL IN

17:20   24    THIS CASE.

17:20   25    A.   YES.  ON THE NEXT SLIDE, YOU'LL SEE A NUMBER OF BOXES.

2825

17:20   1   ONE OVER HERE -- WE USED THREE DIFFERENT BOXES HERE THAT WERE

17:20   2   HALF-PLANE MODELS.  WE HAVE HEARD A LOT ABOUT THIS, HALF-PLANE

17:20   3   VERSUS A FULL-PLANE MODEL, AND THESE WERE IN THE ORIGINAL IPET

17:20   4   RUNS.

17:20   5          THE ORIGINAL IPET RUNS HAD TO BE DONE VERY QUICKLY

17:20   6   BECAUSE WE WERE UNDER TREMENDOUS TIME OBLIGATIONS FOR

17:20   7   SOLUTIONS.  IT WAS NOT AN EXPERIMENT.  ON ONE HAND, SOMETIMES I

17:21   8   ALWAYS SECOND-GUESS MYSELF; BUT ON THE OTHER HAND, WE HAVE

17:21   9   GOTTEN VERY GOOD GRADES.  IN FACT, THE NATIONAL RESEARCH

17:21   10  COUNCIL SAID THAT THE SURGES AND WAVES IN THE FINAL REPORT --

17:21   11  THEY SAID THESE WERE DONE VERY WELL AND REPRESENTED ADVANCES IN

17:21   12  THE STATE OF THE ART.  SO IT DOESN'T SAY WE HAVE DONE

17:21   13  EVERYTHING, BUT WE HAVE MADE SOME GOOD PROGRESS.

17:21   14         MOST RECENTLY, FOR THIS CASE WE WENT BACK AND RAN A

17:21   15  FULL-PLANE SUBGRID NESTED HERE, AND WE DID FIND, JUST AS THE

17:21   16  PLAINTIFFS HAVE SAID -- AND WE HAD ALREADY FOUND THAT, WE

17:21   17  ACTUALLY HAD DISCOVERED THIS ON OUR OWN -- THAT THE

17:21   18  POST-IPET -- I MEAN, YOU DO A REPORT AND YOU LEARN SOMETHING

17:21   19  AFTERWARDS.  YOU CAN'T GO BACK AND ERASE IT.  IT'S STILL A

17:21   20  REPORT.  BUT WE DID FIND THAT THE FULL PLANE GAVE SOMEWHAT

17:21   21  DIFFERENT ANSWERS, AND IT WAS IMPORTANT TO USE A FULL PLANE, SO

17:21   22  WE DID IT IN THIS CASE.

17:21   23  **Q.**   IF WE COULD ZOOM IN A LITTLE BIT ON THAT INTERNAL BOX,

17:22   24  MAYBE YOU COULD COMPARE WHAT YOU FOUND WHEN YOU USED THE

17:22   25  FULL-PLANE MODEL IN THAT AREA WITH THE NEXT SLIDE AND COMPARE

17:22  1  THAT TO THE PLAINTIFFS' SWAN MODELING.

17:22  2  **A.**   IN THE END, ONCE WE HAD SIMILAR MODELS, YOU KNOW, YOU HAVE

17:22  3  TO UNDERSTAND THAT THEY USED SLIGHTLY HIGHER WINDS.   THEIR

17:22  4  WINDS WERE MAYBE 48 TO 50 METERS PER SECOND ACROSS THIS REGION,

17:22  5  AND OUR WINDS WERE MAYBE ABOUT 42 METERS PER SECOND ACROSS THE

17:22  6  REGION.

17:22  7       BUT GIVEN THAT DIFFERENCE, THEIR WAVE HEIGHTS ARE

17:22  8  ABOUT A MAXIMUM OF -- THIS DARK COLOR HERE IS 9 FEET; AND THE

17:22  9  RED OVER HERE, THAT'S 8 FEET.  SO YOU CAN SEE THAT, FOR

17:22  10 PRACTICAL PURPOSES, THE MODELS ARE PERFORMING VERY SIMILARLY.

17:22  11 SO I DON'T THINK IT'S AN ISSUE OF THE ONE MODEL, YOU KNOW,

17:22  12 BEING THE STWAVE OR THE SWAN, THAT ONE MODEL HAS TO BE

17:23  13 CONSIDERED RIGHT AND ONE MODEL WRONG.  I THINK THEY ARE VERY,

17:23  14 VERY SIMILAR IN THE RESULTS THEY ARE PRODUCING.

17:23  15 **Q.**   I WONDER IF WE COULD ZOOM IN A LITTLE BIT ON YOUR STWAVE

17:23  16 MODELING.   THERE WAS SOME QUESTION ABOUT THE RESOLUTION THAT

17:23  17 YOU HAD, AND THERE WAS SOME QUESTIONS ASKED ABOUT WHAT WAS

17:23  18 DESCRIBED AS, I THINK, BEADS THAT APPEAR ALONG THE MRGO CHANNEL

17:23  19 THERE.

17:23  20 **A.**   YES, I DO SEE THEM.  AND, YES, THAT IS A RESOLUTION

17:23  21 ARTIFACT.  AS YOU WILL SEE, SUBSEQUENT TO THIS WE TAKE OUR

17:23  22 BOUNDARY CONDITION TO THE BOUSSINESQ MODEL BEFORE WE GET TO

17:23  23 THESE BEADS, SO THE BEADS BECAME SOMEWHAT LESS IMPORTANT TO US.

17:23  24       THESE BEADS ARE DUE TO RESOLUTION WHERE WE ARE HAVING

17:23  25 MORE CONVERGENCE AND MORE DIVERGENCE DOWNSTREAM FROM OUR

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:23 | 1 | 200-METER GRID, BUT IT'S NOT RIGHT AT THE CHANNEL.  IT'S |
| 17:23 | 2 | IMMEDIATELY LANDWARD OF THAT CHANNEL.  SO, THEREFORE, WE DIDN'T |
| 17:24 | 3 | GO BACK AND REDO THIS. |
| 17:24 | 4 | **Q.**   JUST FOR THE COURT'S UNDERSTANDING, YOU MENTIONED YOUR |
| 17:24 | 5 | BOUSSINESQ MODEL.  WE ARE GOING TO GET TO THAT TOMORROW.  IT |
| 17:24 | 6 | LOOKS LIKE WE WON'T GET TO THAT TONIGHT.  THAT'S YOUR LOCAL |
| 17:24 | 7 | SCALE MODEL; RIGHT? |
| 17:24 | 8 | **A.**   THAT'S RIGHT.  WE HAD TO HAVE SOME MODEL THAT WE WANTED TO |
| 17:24 | 9 | DO WHAT THE PLAINTIFFS ATTEMPTED TO DO WITH THE LS-DYNA MODEL. |
| 17:24 | 10 | **Q.**   WELL, I WOULD LIKE TO RETURN AGAIN TO YOUR PRINCIPAL |
| 17:24 | 11 | CONCLUSIONS HERE.  YOUR FIRST CONCLUSION THAT YOU REACHED WAS |
| 17:24 | 12 | THAT WAVES INCREASED IN SIZE BY ABOUT 1 FOOT AS THEY CROSSED |
| 17:24 | 13 | THE MRGO CHANNEL. |
| 17:24 | 14 |            NOW, THIS IS NOT AS LARGE AN INCREASE AS THE |
| 17:24 | 15 | PLAINTIFFS' EXPERTS FOUND IN CROSSING THAT CHANNEL.  I WONDER |
| 17:24 | 16 | IF WE COULD LOOK AT THE PLAINTIFFS' OWN PHOTOGRAPH, AND PERHAPS |
| 17:24 | 17 | YOU COULD DESCRIBE THE DIFFERENCES BETWEEN YOUR OPINION AND |
| 17:24 | 18 | THEIR OPINION. |
| 17:24 | 19 | **A.**   YES, I CERTAINLY CAN DO THAT.  THE PLAINTIFFS, IF YOU LOOK |
| 17:25 | 20 | AT THEIR RESULTS -- |
| 17:25 | 21 |           **THE COURT:**  FOR THE RECORD, MAYBE IF SOMEBODY IS |
| 17:25 | 22 | REALLY ASSIDUOUS AT THE COURT OF APPEALS, DO WE HAVE -- THAT'S |
| 17:25 | 23 | IN DR. VRIJLING'S -- |
| 17:25 | 24 |           **MR. SMITH:**  THIS IS FROM THEIR MARCH -- I THINK IT'S |
| 17:25 | 25 | PX-2009, YOUR HONOR, IF I RECALL CORRECTLY. |

17:25  1              **THE COURT:**  THAT'S FROM WHOSE REPORT?

17:25  2              **MR. SMITH:**  IT'S A SUPPLEMENTAL DUTCH REPORT.

17:25  3              **THE COURT:**  I'LL SAY DR. VRIJLING --

17:25  4              **MR. SMITH:**  YEAH, DR. VRIJLING.  I THINK

17:25  5    MR. VRIJLING.  PROFESSOR VRIJLING.

17:25  6              **THE WITNESS:**  THAT'S WHERE I GOT IT FROM WAS

17:25  7    PROFESSOR VRIJLING'S REPORT.

17:25  8                   SO IF YOU LOOK HERE, IF WE LOOK AT THE BOTTOM,

17:25  9    IT'S ACTUALLY SHOWING ABOUT A 6-FOOT WAVE ENTERING THE MRGO AT

17:25  10   THIS POINT.  BY THE TIME IT'S OVER AT THIS POINT, IT'S UP TO

17:26  11   JUST ABOUT A 9-FOOT WAVE.

17:26  12             **THE COURT:**  WE ARE GOING LEFT.

17:26  13             **THE WITNESS:**  EXACTLY.  THE WAVES ARE -- THIS IS EAST

17:26  14   AND THIS IS WEST OVER HERE.

17:26  15             **THE COURT:**  OKAY.

17:26  16             **MR. SMITH:**  THIS IS RAY 6, I BELIEVE, AT THE BOTTOM?

17:26  17             **THE WITNESS:**  THIS IS RAY 6.  YOU CAN SEE THE SAME

17:26  18   THING HAPPENS IN VIRTUALLY EVERY ONE OF THESE.  YOU'LL START

17:26  19   OFF AT ABOUT 6 FEET, AND SOME PLACES YOU WILL GO UP TO ABOUT

17:26  20   9 FEET IN THESE AREAS.  THEY WERE SAYING THAT THE WAVE

17:26  21   GENERATION OF ABOUT 3, 3 1/2, FEET WAS WHAT THEY EXPECTED

17:26  22   ACROSS THE MRGO.

17:26  23   **BY MR. SMITH:**

17:26  24   **Q.**   NOW, DID YOU UNDERTAKE TO LOOK AT THE WAY THAT THEY

17:26  25   CONDUCTED THEIR SWAN ANALYSIS IN THIS AREA AND WHAT SOURCE

2829

17:26  1  TERMS THEY USED?

17:26  2  **A.**  YES, I DID.  IF WE CAN GO TO THE NEXT SLIDE, I THINK

17:26  3  THE -- YOU'LL SEE HERE THERE'S A PAPER.  SWAN IS AN

17:26  4  OFTEN-UPDATED MODEL.  AND PROBABLY STWAVE, IN FAIRNESS, IS AN

17:27  5  OFTEN-UPDATED MODEL.  BUT WHAT HAPPENS SOMETIMES IS A NEW

17:27  6  VERSION OF A MODEL IS CREATED, AND IT WORKS FOR A LOT OF

17:27  7  THINGS, IT WORKS BETTER FOR CERTAIN THINGS, AND IT DOESN'T WORK

17:27  8  AS WELL FOR OTHER THINGS.

17:27  9       I WAS ACTUALLY A REVIEWER FOR THIS ARTICLE WHEN IT

17:27  10  WAS SUBMITTED TO THE JOURNAL OF *COASTAL ENGINEERING*, AND I

17:27  11  POINTED OUT TO THEM THAT THIS WAS AN EXCELLENT MODEL.  SOURCE

17:27  12  TERMS, I REALLY LIKED IT.  IT SHOULD BE PUBLISHED, BUT IT

17:27  13  DIDN'T WORK WELL FOR SHORT FETCHES.  I MADE A NOTE THAT IT

17:27  14  SHOULD NOT BE USED FOR SHORT FETCHES.

17:27  15  **Q.**  IN FACT, THEN THEY MADE SOME REVISIONS TO INDICATE THAT IN

17:27  16  THE ARTICLE.  I THINK IN THE NEXT SLIDE YOU CAN SEE WHAT IS IN

17:27  17  THE ABSTRACT ITSELF, WHICH TALKS ABOUT HOW THIS MODEL WORKS

17:27  18  GENERALLY WELL FOR APPLICATIONS IN MEASURING SIGNIFICANT WAVE

17:27  19  HEIGHT AND HAS SMALL BIASES AND GOOD CORRELATIONS.  THEN I

17:27  20  THINK THEY WENT ON TO MAKE THE SAME POINT THAT YOU HAVE MADE IN

17:28  21  YOUR REVIEW; IS THAT CORRECT?

17:28  22  **A.**  THAT'S RIGHT.  THAT WAS NOT IN THEIR ORIGINAL MANUSCRIPT,

17:28  23  BUT BASED ON PROBABLY MINE AND PROBABLY SOME OTHER REVIEW

17:28  24  COMMENTS BACK, THEY ADDED IT.

17:28  25       **THE COURT:**  THE QUESTION THAT I HAVE JUST FOR

FINAL DAILY COPY

17:28  1   DEFINITION PURPOSES IS:  WHAT IS A "SHORT DIMENSIONLESS FETCH"?

17:28  2        **THE WITNESS:**  DIMENSIONLESS FETCH IS SOMETHING THAT,

17:28  3   FOR PRACTICAL PURPOSES, WITH A CONSTANT WIND SPEED, IT'S THE

17:28  4   SAME AS FETCH.  IT'S A CONSTANT TIMES THE FETCH.  WE HAVE HEARD

17:28  5   WHAT FETCH IS.  IF I CAN GO TO THE BOARD, I CAN WRITE IT FOR

17:28  6   YOU, IF YOU THINK THAT WILL HELP.

17:28  7        **THE COURT:**  OH, NO, I'VE GOT IT.  WHAT CONSTITUTES A

17:28  8   SHORT FETCH?

17:28  9        **THE WITNESS:**  WELL, SHORT FETCH IS -- IT'S ON THE

17:28  10  SCALE OF HOW LONG IT TAKES FOR A WAVE TO BECOME FULLY

17:28  11  DEVELOPED.  FOR A 90-MPH WIND, THE DISTANCE THAT YOU WOULD

17:28  12  PROBABLY BECOME FULLY DEVELOPED WOULD BE ON THE ORDER OF

17:28  13  HUNDREDS OF MILES.  SO IF YOU ARE TALKING ABOUT A THOUSAND FEET

17:28  14  OR SOMETHING, THAT IS A VERY SHORT FETCH.

17:29  15       **MR. SMITH:**  WE CAN GO BACK AGAIN AND LOOK AT THE

17:29  16  PLAINTIFFS' CHART FOR THE NEXT SLIDE.  WE NEED TO ZOOM OUT A

17:29  17  LITTLE BIT.  WE'RE CUTTING OFF SOME OF IT.

17:29  18  **BY MR. SMITH:**

17:29  19  **Q.**   THESE GRAPHS WERE DEVELOPED USING NOT WHAT WAS CALLED THE

17:29  20  DEFAULT SOURCE TERM BUT THE WESTHUYSEN SOURCE TERM FROM THAT

17:29  21  ARTICLE THAT YOU'VE JUST DESCRIBED; IS THAT CORRECT?

17:29  22  **A.**   THAT IS CORRECT.  THEY DID NOT USE THE DEFAULT SOURCE

17:29  23  TERMS, WHICH PRODUCED RESULTS VERY CLOSE TO THE STWAVE.  THEY

17:29  24  USED THE WESTHUYSEN SOURCE TERMS, WHICH IN MY OPINION

17:29  25  OVERPREDICTED SHORT FETCH.

2831

| | | |
|---|---|---|
| 17:29 | 1 | **Q.**   WELL, HOW DO YOU KNOW THAT?  DID YOU RUN THE DEFAULT |
| 17:30 | 2 | SOURCE TERMS? |
| 17:30 | 3 | **A.**   YES, WE DID. |
| 17:30 | 4 | **Q.**   CAN WE SEE THE RESULTS OF WHAT HAPPENS, THE COMPARISON |
| 17:30 | 5 | BETWEEN THE DEFAULT SOURCE TERMS AND THE WESTHUYSEN SOURCE |
| 17:30 | 6 | TERMS. |
| 17:30 | 7 | **A.**   YES.  WE SEE HERE THAT PROBABLY ALL THE LINES, OTHER THAN |
| 17:30 | 8 | THE TOP TWO, ARE NOT VERY IMPORTANT FOR CONSIDERATION HERE, BUT |
| 17:30 | 9 | THE TOP LINE HERE -- WELL, I DID NOT DO THAT WELL.  I'M SORRY. |
| 17:30 | 10 | IT TAKES SOME SKILL TO GET USED TO THIS. |
| 17:30 | 11 |        BUT THE TOP RED LINE IS ACTUALLY THE DEFAULT SOURCE |
| 17:30 | 12 | TERMS.  AS YOU CAN SEE, IN THIS CASE IT PRODUCES WAVES THAT ARE |
| 17:30 | 13 | ABOUT 9 1/2 FEET AT THE END OF THE CHANNEL AND THE -- I'M |
| 17:30 | 14 | SORRY, THE WESTHUYSEN PRODUCED THE 9 1/2-FOOT WAVES.  THAT'S |
| 17:30 | 15 | THE RED LINE.  THE DEFAULT PRODUCED ABOUT 8-FOOT. |
| 17:30 | 16 |        THIS IS WITH THEIR WIND SPEEDS.  AS I HAVE SAID |
| 17:30 | 17 | BEFORE, THEY ARE A LITTLE HIGHER THAN OURS, SO THE RESULTS ARE |
| 17:31 | 18 | A LITTLE DIFFERENT THAN OURS. |
| 17:31 | 19 |        **THE COURT:**  JUST FOR MY EDIFICATION, WHY IS THE |
| 17:31 | 20 | DEFAULT LESS?  WHAT FACTORS ARE DIFFERENT? |
| 17:31 | 21 |        **THE WITNESS:**  THE FACTORS ARE DIFFERENT BECAUSE, WHAT |
| 17:31 | 22 | HAPPENS IN THESE MODELS, THERE ARE THREE FUNDAMENTAL SOURCE |
| 17:31 | 23 | TERMS THAT ARE TRYING TO SEEK A BALANCE IN THE WIND/WAVE |
| 17:31 | 24 | GROWTH:  ONE OF THOSE IS THE WIND INPUT, AND IT HAS A LITTLE |
| 17:31 | 25 | BIT DIFFERENT INPUT; ONE IS THE WAVE BREAKING, AND THEY HAVE A |

17:31    1   VASTLY DIFFERENT WAVE BREAK.  IT TAKES OUT LESS ENERGY, SO THE

17:31    2   WAVES RETAIN MORE.

17:31    3             IT'S A COMBINATION OF PROBABLY HAVING A HIGHER

17:31    4   WIND SPEED AND A HIGHER DRAG -- WELL, I DON'T WANT TO GET INTO

17:31    5   THAT -- AND A HIGHER -- MORE ENERGY COMING FROM THE WIND AND

17:31    6   LESS ENERGY GOING OUT DUE TO BREAKING THAN THERE IS IN THE

17:31    7   DEFAULT SET OF TERMS.

17:31    8         **THE COURT:**  I WON'T GET TOO TEDIOUS, BUT THE

17:32    9   BREAKING, IS THAT THE CONFIGURATION OF THE WAVE AND HOW IT

17:32   10   BREAKS?  WOULD YOU DESCRIBE TO ME WHAT THE DIFFERENCE WOULD BE

17:32   11   IN THE WAVE BREAKING.

17:32   12         **THE WITNESS:**  OKAY.  THE WAY THE WAVE BREAKING WORKS

17:32   13   IN THESE MODELS IS THAT THEY ARE DISTRIBUTED ACROSS A

17:32   14   SPECTRUM -- AND WE ARE GOING TO GET TO THIS POINT LATER, BUT AT

17:32   15   A SPECTRUM.  WE KNOW THAT THERE ARE REGULAR MONOCHROMATIC WAVES

17:32   16   WHICH REPRESENT A SINGLE FREQUENCY AND IT LOOKS LIKE A NICE

17:32   17   SIDE WAVE, AND THEN THERE ARE THESE VERY IRREGULAR WAVES THAT

17:32   18   WE SEE IN NATURE.

17:32   19            WE CAN ANALYZE THAT, AND IT'S THE SAME AS

17:32   20   SHINING A BEAM THROUGH A PRISM:  WE SEE THAT THERE'S AN ENTIRE

17:32   21   SPECTRUM OF LIGHT IN THERE.  HOW WE ATTRIBUTE THE DIFFERENT

17:32   22   BREAKING TO DIFFERENT FREQUENCIES AND HOW WE ATTRIBUTE HOW MUCH

17:32   23   BREAKING IS OCCURRING IS WHAT I'M TALKING ABOUT HERE.

17:32   24         **THE COURT:**  THAT'S AS MUCH AS I NEED TO GET INTO IT

17:32   25   NOW.

17:32  1      **MR. SMITH:**  YOUR HONOR, THIS WOULD BE A GOOD PLACE IF

17:32  2  WE WOULD LIKE TO STOP.

17:32  3      **THE COURT:**  IT IS.  IT'S 5:32 P.M. ACCORDING TO MY

17:33  4  COMPUTER, SO WE WILL START AT 9:00 SHARP AND HAVE A FULL DAY

17:33  5  TOMORROW AND A FULL DAY FRIDAY.

17:33  6      AT 8:45, MAYBE WE CAN MEET JUST TO GO OVER THE

17:33  7  TIME.  HAVE A GOOD EVENING.

17:33  8      **THE DEPUTY CLERK:**  ALL RISE.

17:33  9      (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.)

17:33  10      * * *

17:33  11      **CERTIFICATE**

17:33  12      I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

17:33  13  REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT

17:33  14  OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE

17:33  15  AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND

17:33  16  UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE

17:33  17  ABOVE-ENTITLED AND NUMBERED MATTER.

17:33  18

17:33
17:33  19
17:33

17:33  20      S/ TONI DOYLE TUSA
17:33          TONI DOYLE TUSA, CCR, FCRR
17:33  21      OFFICIAL COURT REPORTER

22

23

24

25

FINAL DAILY COPY

' [1]
'90S [1] 2824/16
'ALL [1] 2813/9

.

.01 [3] 2694/9 2694/9 2695/14
.01 CUBIC [1] 2694/9
.02 [1] 2695/13
.03 [1] 2695/13
.1 [3] 2694/16 2695/18 2771/25
.15 [2] 2771/25 2797/22
.2 [1] 2695/17
.3 [1] 2695/17

0

0126 [1] 2756/2
0126.3 [1] 2797/12
0197 [2] 2697/21 2718/12
06-CV-2268-K [1] 2686/5
08 [3] 2697/22 2708/9 2709/5
09 [1] 2710/22

1

1 CUBIC [2] 2693/20 2696/5
1 FOOT [1] 2766/1
1-28-09 [1] 2710/22
1-FOOT [2] 2764/9 2802/17
1.6 [1] 2795/5
1.8 [1] 2796/8
1.8 BILLION [5] 2794/4 2794/23 2795/2
2796/4 2796/7
1/2 [2] 2828/21 2831/13
1/2-FOOT [1] 2831/14
10 [15] 2736/22 2746/1 2750/20 2774/19
2780/13 2782/10 2785/18 2786/20
2786/21 2786/22 2786/24 2786/25
2787/6 2787/7 2790/12
10 CUBIC [1] 2698/4
10 FEET [31] 2717/3 2717/16 2717/18
2717/21 2717/24 2718/1 2718/5 2718/10
2718/14 2718/22 2719/15 2719/15
2719/24 2721/22 2781/2 2786/10
2786/18 2787/5 2787/11 2788/5 2788/9
2788/14 2788/17 2788/18 2788/19
2788/20 2788/21 2788/21 2789/1 2789/9
2790/3
10 PERCENT [1] 2792/22
10,000 [2] 2788/25 2789/11
10-MINUTE [3] 2750/1 2797/19 2797/25
100 [1] 2713/7
100-YEAR [1] 2726/4
1000 [1] 2686/16
10022 [1] 2688/4
10:00 TO [1] 2739/13
11 [18] 2729/14 2755/11 2755/14
2756/22 2764/1 2767/3 2767/4 2767/5
2768/4 2772/1 2772/2 2772/19 2775/14
2785/2 2785/9 2786/1 2786/24 2808/25
11 FEET [3] 2739/16 2742/4 2742/24
1100 [1] 2687/3
111 [1] 2709/6
116 [1] 2708/9
117 [2] 2756/13 2756/18
11:00 [1] 2739/13
12 [11] 2718/11 2718/16 2719/23
2743/10 2773/21 2776/16 2776/18
2782/10 2784/25 2784/25 2785/19
12 PERCENT [3] 2702/4 2745/12
2745/15
1205 [1] 2687/24
1261 [1] 2687/13
12:30 [2] 2747/25 2751/6
13 [14] 2686/10 2765/5 2765/8 2775/1

2775/2 2775/19 2775/20 2775/24
2776/16 2797/21 2798/9 2798/11
2798/15 2813/3
13 FEET [1] 2766/1
13,600 FEET [1] 2788/14
13.5 [1] 2785/20
136 [2] 2737/10 2739/21
1366 [1] 2687/14
14 [12] 2694/1 2713/23 2728/23 2729/10
2761/16 2761/24 2765/5 2774/18
2775/24 2782/10 2785/19 2790/11
14 PERCENT [2] 2747/7 2747/15
14.5 [1] 2765/6
1487 [7] 2728/23 2734/3 2736/20
2738/13 2740/12 2744/10 2755/8
1487.1 [4] 2761/15 2763/13 2766/13
2797/9
15 [9] 2728/18 2745/25 2761/13 2762/24
2762/25 2776/9 2777/23 2790/11 2817/8
15 FEET [2] 2784/25 2785/19
15.5 FEET [1] 2769/17
15.7 FEET [1] 2696/17
152 [1] 2808/3
16 [2] 2734/21 2808/4
164 [1] 2748/13
17 [2] 2734/4 2813/4
17 CUBIC [1] 2698/11
17 FEET [1] 2769/17
17,000 [1] 2794/9
17,250 [3] 2793/8 2793/16 2794/12
17,500 [2] 2788/4 2788/8
17,500 FEET [1] 2790/2
17,583 FEET [1] 2789/7
17.6 FEET [1] 2696/9
17730 [1] 2813/6
17TH [1] 2820/19
18 [2] 2699/10 2700/18
1810.15 [2] 2786/8 2797/11
1810.16 [3] 2780/10 2784/20 2797/23
1877.1A [1] 2704/21
19 [3] 2722/15 2776/10 2787/8
19 FEET [2] 2699/10 2700/18
1956 [3] 2725/6 2751/17 2753/3
1958 [1] 2697/19
197 [1] 2737/10
1981 [2] 2723/17 2818/21
1988 [1] 2824/15
1:30 [2] 2748/1 2751/6

2

2 CUBIC [1] 2693/24
2 FEET [1] 2798/22
2.4 [1] 2696/12
2.5 [1] 2698/1
20 [7] 2730/4 2744/11 2775/1 2775/2
2784/23 2792/25 2793/13
20 PERCENT [1] 2745/25
200-METER [1] 2827/1
20044 [1] 2688/18
2005 [1] 2757/24
2007 [5] 2695/25 2757/25 2819/1 2819/2
2819/4
2008 [11] 2734/14 2771/19 2771/20
2772/20 2773/6 2774/19 2775/20
2776/10 2778/1 2807/24 2811/25
2009 [9] 2686/7 2690/2 2710/24 2756/10
2772/17 2809/23 2813/6 2813/12
2827/25
21 [2] 2750/13 2777/23
21.4 [1] 2813/21
210 [1] 2809/17
211 [3] 2693/9 2696/7 2748/13
2136 [2] 2771/25 2772/1

2136.1 [1] 2797/21
2136.2 [1] 2797/8
2138.2 [2] 2691/18 2765/3
2138.3 [2] 2760/4 2761/20 2768/1
2798/8
2167 [2] 2802/25 2803/5
2172 [5] 2758/23 2761/1 2767/16 2797/6
2797/8
2183.3 [2] 2760/7 2797/8
22 [2] 2738/14 2756/13
23 [4] 2740/13 2741/16 2771/19 2772/20
23 PERCENT [1] 2796/19
23,000 [1] 2794/9
23,290 [3] 2793/9 2793/17 2794/12
23.4 PERCENT [1] 2796/8
24 [4] 2696/14 2749/12 2809/22 2813/23
25 [5] 2739/18 2742/5 2752/14 2813/2
2813/15
254 [2] 2808/24 2808/25
26 [5] 2736/20 2736/20 2813/3 2813/12
2813/16
2626 [1] 2687/24
265 [1] 2737/9
2655 [1] 2687/10
28 [3] 2710/24 2773/5 2813/18
28TH [2] 2738/17 2738/21
29 [4] 2756/10 2757/24 2772/17 2774/19
2A [1] 2775/11
2B [1] 2775/13

3

30 [2] 2723/13 2813/16
30-MINUTE [3] 2710/9 2710/12 2710/13
30TH [1] 2738/18
3102 [1] 2687/3
325 [1] 2688/4
3668 [1] 2687/7
39 [1] 2694/2
3:00 [1] 2742/4
3:00 IN [2] 2739/15 2748/3
3:00 OR [1] 2748/7

4

4 FEET [1] 2749/13
4 PERCENT [2] 2745/2 2792/25
4.5 [1] 2763/18
40 [17] 2693/9 2696/6 2719/13 2720/11
2721/24 2734/9 2739/10 2742/22
2754/10 2758/2 2758/12 2789/17 2792/1
2792/5 2795/16 2801/25 2817/10
40 ARPENT [1] 2742/3
40,000 [2] 2795/4 2795/5
40265 [1] 2730/22
406 [1] 2688/20
41,170 [2] 2794/17 2794/20
42 METERS [1] 2826/5
43,560 [2] 2793/20 2794/14
46 [5] 2795/11 2795/12 2795/12 2795/14
2795/17
47 [2] 2795/12 2795/12
48 [1] 2826/4
49 [1] 2784/22
4:30 [1] 2738/23

5

5 FEET [4] 2782/4 2782/21 2783/6
2806/21
5,000 FEET [1] 2790/11
5,280 [1] 2795/18
5,280 FEET [1] 2795/18
5,900 FEET [1] 2788/15
50 [1] 2691/9
50 METERS [1] 2826/4
50 PERCENT [6] 2692/13 2693/12

**5**

50 PERCENT... [4] 2693/14 2693/15
 2786/17 2786/18
50 YARDS [2] 2756/5 2756/7
500 [3] 2687/6 2688/20 2810/2
504 [1] 2688/21
51 [1] 2784/22
519 [1] 2687/17
53 [3] 2780/18 2781/19 2783/2
54.6 FEET [1] 2824/6
550 [1] 2686/16
556 [1] 2687/6
56 [3] 2780/18 2780/19 2781/19
57TH [1] 2688/4
589-7778 [1] 2688/21
59 [1] 2780/19
5:00 A.M [2] 2719/10 2758/8
5:10 [1] 2816/20
5:30 [1] 2816/25
5:32 [1] 2833/3

**6**

6 FEET [5] 2749/15 2795/15 2795/16
 2795/18 2828/19
6 PERCENT [2] 2745/6 2792/25
6-23-08 [1] 2697/22
6-FOOT [2] 2821/7 2828/9
60-SOMETHING [1] 2810/1
600 [1] 2688/7
601 [1] 2687/10
602 [1] 2813/17
60380 [4] 2763/19 2763/21 2763/24
 2764/22
604 [1] 2688/7
610 [1] 2686/23
618 [1] 2687/20
64 PERCENT [1] 2786/9
67 [2] 2727/6 2732/6
6:00 AND [1] 2758/11
6:00 OR [1] 2757/24
6:30 [1] 2758/11
6:30 A.M [1] 2757/24

**7**

7 FEET [1] 2806/21
7-11-08 [2] 2708/9 2709/5
7.7 [1] 2796/8
7.7 BILLION [1] 2796/6
7.7 BILLION CUBIC [2] 2795/19 2795/22
70 PERCENT [4] 2745/24 2747/6 2747/9
 2755/6
70113 [2] 2686/20 2686/23
70130 [3] 2687/10 2688/8 2688/21
70381 [1] 2687/25
70502 [1] 2687/7
70726 [1] 2687/17
70801 [1] 2687/21
70821 [1] 2687/14
75219 [1] 2687/4
7778 [1] 2688/21
78 [1] 2808/4
7:00 [1] 2739/1
7:30 [3] 2720/22 2721/1 2739/1
7:30 A.M [1] 2716/22
7:40ISH [1] 2721/2

**8**

8 FEET [3] 2784/23 2785/1 2826/9
8 INCHES [1] 2744/23
8 PERCENT [1] 2744/22
8,600 [2] 2730/23 2731/15
8,600 FEET [1] 2765/21
8,600-FOOT-LONG [1] 2781/1

8,700 [1] 2787/4
8,800 [1] 2787/10
8,869 [1] 2788/6
8-FOOT [3] 2785/15 2821/7 2831/15
8.9 CUBIC [1] 2696/18
80 PERCENT [1] 2745/8
81 [1] 2708/10
82 PERCENT [3] 2745/15 2747/5 2747/9
84 [1] 2697/21
85 [1] 2698/9
855 [1] 2686/19
88 PERCENT [2] 2787/4 2787/4
888 [1] 2688/18
89 [1] 2696/21
8:00 [2] 2721/1 2742/1
8:00 ON [1] 2720/25
8:00 OR [1] 2742/22
8:30 [14] 2720/10 2720/11 2720/22
 2721/11 2721/12 2721/25 2721/25
 2742/1 2742/22 2758/3 2758/8 2758/12
 2789/17 2792/2
8:45 [1] 2833/6

**9**

9 FEET [2] 2826/8 2828/20
9 INCHES [1] 2744/23
9,000 [1] 2785/10
9-FOOT [1] 2828/11
90 [1] 2708/9
90,000 [2] 2785/12 2785/13
90-MPH [1] 2830/11
90071 [1] 2686/16
92 [1] 2718/12
97 [2] 2693/9 2696/6
9:00 SHARP [1] 2833/4
9B [2] 2738/14 2739/18
9D [2] 2741/16 2742/5

**A**

A HIGHER [1] 2832/5
A.M [6] 2716/22 2719/10 2757/24 2758/8
 2789/17 2792/2
A13 [1] 2713/23
A2'S [1] 2714/15
A3'S [1] 2714/15
A6'S [1] 2714/15
A7 [1] 2748/13
ABILITY [1] 2833/15
ABLE [7] 2728/5 2735/16 2744/6 2812/4
 2816/5 2820/4 2822/24
ABOUT [148] 2691/15 2692/9 2698/1
 2699/16 2701/12 2701/16 2701/18
 2702/3 2709/20 2712/1 2716/14 2719/11
 2721/3 2721/11 2722/5 2725/24 2729/4
 2731/2 2733/1 2737/25 2738/16 2738/17
 2739/4 2739/15 2739/16 2740/9 2740/10
 2741/24 2742/21 2742/24 2743/13
 2744/21 2744/22 2745/2 2745/6 2745/12
 2745/24 2746/10 2746/21 2747/2 2747/5
 2747/7 2748/15 2748/16 2749/2 2749/12
 2749/13 2749/15 2750/24 2751/4 2756/7
 2756/9 2756/10 2757/5 2757/20 2757/20
 2757/21 2758/10 2758/15 2758/15
 2758/17 2759/9 2768/10 2768/12
 2768/19 2768/25 2771/6 2772/22
 2775/18 2777/3 2777/15 2777/15
 2778/22 2780/7 2780/13 2781/19 2783/2
 2784/23 2788/25 2789/8 2790/7 2794/25
 2795/10 2795/13 2795/19 2796/9
 2798/11 2798/23 2798/25 2800/3
 2800/17 2800/24 2800/25 2801/4
 2801/13 2801/16 2802/17 2807/3 2809/2
 2809/5 2809/19 2810/18 2810/19

2810/21 2810/23 2810/24 2811/3 2811/5
 2811/12 2811/21 2811/21 2811/23 2811/20
2812/10 2814/4 2814/6 2814/9 2815/2
 2815/4 2815/4 2815/6 2815/13 2815/15
 2815/17 2816/11 2820/5 2821/7 2822/21
 2822/22 2823/8 2823/19 2823/22 2824/6
 2825/2 2826/5 2826/8 2826/16 2826/17
 2827/12 2828/9 2828/11 2828/19
 2828/19 2828/21 2829/17 2830/13
 2831/13 2831/15 2832/23
ABOVE [28] 2693/20 2693/24 2717/3
 2717/16 2717/18 2717/21 2717/24
 2718/1 2718/5 2718/10 2718/14 2718/21
 2719/24 2730/15 2785/24 2786/18
 2786/21 2786/22 2787/7 2788/5 2788/9
 2788/16 2788/18 2788/20 2789/1 2789/9
 2790/3 2833/17
ABOVE-ENTITLED [1] 2833/17
ABSENCE [1] 2691/7
ABSOLUTE [1] 2691/7
ABSOLUTELY [3] 2691/1 2785/4
 2793/24
ABSTRACT [1] 2829/17
ACADEMIA [1] 2818/18
ACCELERATING [2] 2707/8 2707/9
ACCEPTED [3] 2702/21 2702/25
 2805/22
ACCEPTS [2] 2724/8 2822/9
ACCESS [1] 2728/5
ACCOMPANIED [1] 2810/2
ACCOMPLISH [1] 2804/17
ACCORDING [9] 2694/24 2711/16
 2712/20 2763/11 2764/21 2785/10
 2786/17 2793/6 2833/3
ACCOUNTS [1] 2735/13
ACCURACY [4] 2702/22 2736/5 2768/11
 2771/11
ACCURATE [7] 2727/16 2735/12 2736/9
 2773/13 2774/12 2778/20 2800/10
ACCURATELY [1] 2783/1
ACQUIRED [1] 2728/1
ACRE [8] 2744/15 2793/8 2793/9
 2793/16 2793/22 2793/23 2794/13
 2794/20
ACRE-FEET [7] 2744/15 2793/8 2793/9
 2793/16 2793/23 2794/13 2794/20
ACRONYM [1] 2817/21
ACROSS [7] 2739/9 2782/2 2788/22
 2826/4 2826/5 2828/22 2832/13
ACTING [3] 2697/12 2719/6 2767/13
ACTION [7] 2691/14 2699/10 2707/22
 2707/23 2767/14 2792/15 2792/18
ACTIVE [1] 2695/10
ACTUAL [5] 2735/19 2747/11 2769/7
 2770/8 2780/8
ACTUALLY [22] 2706/4 2720/1 2721/20
 2726/20 2743/24 2775/1 2778/9 2799/1
 2799/13 2805/9 2805/11 2819/25
 2820/5 2820/21 2820/25 2821/2
 2821/21 2823/25 2825/17 2828/9 2829/9
 2831/11
ADAMANTLY [1] 2720/16
ADCIRC [1] 2768/19
ADD [3] 2691/15 2703/11 2821/2
ADDED [11] 2714/12 2732/20 2733/4
 2733/4 2763/12 2769/11 2771/4 2788/6
 2788/6 2797/10 2829/24
ADDING [1] 2794/17
ADDITIONAL [8] 2700/3 2714/12
 2776/11 2777/16 2806/9 2806/12
 2811/18 2813/21
ADDITIONS [1] 2761/17
ADDRESS [3] 2797/18 2806/19 2807/13

A

ADDRESSED [1] 2711/22
ADEQUATE [1] 2804/20
ADJACENT [2] 2725/17 2756/21
ADJUST [1] 2792/11
ADJUSTED [4] 2792/4 2792/7 2802/11 2802/12
ADMITTED [2] 2803/6 2808/16
ADMITTEDLY [1] 2801/4
ADOPTED [3] 2694/3 2696/24 2719/19
ADVANCED [2] 2750/14 2817/14
ADVANCES [1] 2825/11
AERIAL [1] 2727/23
AERIALS [1] 2774/1
AFFECT [4] 2727/3 2768/11 2790/5 2790/12
AFFECTS [1] 2759/10
AFTER [32] 2701/3 2720/25 2721/1 2723/12 2723/19 2728/3 2728/12 2731/7 2735/4 2735/10 2738/21 2741/4 2741/24 2748/1 2748/3 2748/7 2749/4 2749/12 2775/18 2779/14 2782/6 2783/18 2783/19 2783/24 2784/6 2801/21 2807/4 2809/22 2812/14 2813/18 2813/18 2822/23
AFTERNOON [10] 2686/10 2690/1 2690/5 2739/16 2748/1 2748/3 2751/6 2753/7 2804/2 2804/3
AFTERWARDS [5] 2740/19 2741/9 2741/10 2741/11 2825/19
AGAIN [30] 2690/11 2693/10 2694/13 2697/1 2704/10 2708/18 2711/4 2711/21 2712/19 2715/4 2721/5 2742/4 2742/5 2742/10 2742/24 2752/17 2767/10 2774/20 2776/25 2781/21 2787/6 2795/17 2801/4 2805/8 2805/19 2806/8 2811/6 2811/13 2827/10 2830/15
AGAINST [2] 2803/3 2808/1
AGENCY [2] 2817/17 2818/5
AGGREGATE [1] 2766/9
AGGREGATED [16] 2728/20 2729/16 2729/18 2730/16 2756/22 2766/8 2768/4 2780/15 2781/3 2781/14 2782/22 2786/1 2787/1 2787/2 2787/14 2788/21
AGGREGATING [1] 2779/18
AGO [3] 2703/16 2758/23 2760/12
AGONIZING [1] 2804/25
AGREE [31] 2695/6 2697/11 2698/17 2703/22 2704/2 2711/15 2716/17 2717/9 2717/19 2721/18 2757/20 2757/23 2758/1 2758/15 2759/20 2759/21 2759/24 2766/12 2766/18 2768/21 2769/21 2771/7 2771/9 2778/24 2781/13 2782/8 2783/5 2788/17 2789/13 2789/14 2790/4
AGREED [4] 2703/8 2717/2 2717/5 2789/12
AGREEMENT [1] 2740/1
AGRICULTURE [1] 2820/22
AHEAD [8] 2699/14 2744/3 2774/17 2797/5 2800/1 2806/9 2819/11 2822/11
AID [2] 2791/17 2791/25
AIMED [1] 2817/22
AIR [2] 2821/19 2821/19
AL [2] 2686/5 2686/7
ALL [97] 2690/3 2691/4 2694/25 2697/5 2702/8 2702/13 2702/15 2703/14 2705/3 2705/12 2708/21 2708/21 2709/6 2709/19 2711/13 2711/22 2712/25 2713/8 2713/9 2716/14 2716/4 2718/20 2721/5 2721/16 2731/17 2733/5 2733/7 2733/9 2733/14 2733/15 2733/25

2737/17 2741/14 2750/2 2750/4 2751/11 2755/6 2756/7 2759/7 2759/18 2760/20 2760/14 2764/10 2764/24 2765/18 2766/9 2766/11 2766/19 2767/1 2767/3 2767/4 2768/22 2773/3 2774/17 2775/14 2778/19 2779/13 2779/19 2779/22 2782/17 2783/8 2786/3 2786/9 2789/14 2790/2 2790/16 2792/14 2792/17 2793/12 2794/4 2796/3 2798/1 2798/3 2799/7 2799/8 2799/14 2801/10 2801/11 2804/14 2805/7 2806/3 2807/5 2807/13 2810/12 2811/12 2812/16 2812/19 2813/10 2814/5 2814/19 2815/14 2817/21 2822/10 2823/7 2823/25 2831/7 2833/8
ALLEGED [1] 2697/12
ALLOW [11] 2710/1 2720/1 2799/24 2800/11 2800/13 2801/1 2802/16 2803/18 2816/12 2819/15 2819/16
ALLUDED [1] 2812/9
ALMOST [2] 2772/21 2789/11
ALONG [79] 2691/24 2692/2 2692/7 2692/14 2693/13 2693/14 2693/17 2694/2 2695/21 2696/10 2697/12 2701/9 2702/4 2703/18 2703/18 2703/24 2704/3 2704/14 2705/1 2716/22 2717/2 2717/6 2717/10 2718/6 2718/7 2718/10 2725/15 2725/17 2728/14 2729/7 2729/13 2730/2 2730/3 2730/4 2730/7 2731/14 2732/16 2733/9 2733/13 2737/15 2738/16 2745/9 2745/13 2748/14 2754/6 2755/8 2755/12 2755/15 2760/20 2760/24 2760/24 2761/7 2761/8 2761/11 2761/12 2762/5 2762/25 2764/13 2767/21 2779/20 2781/5 2781/9 2783/1 2783/14 2786/9 2789/3 2792/17 2796/17 2796/25 2801/23 2804/21 2816/15 2818/4 2818/16 2822/4 2822/16 2822/18 2823/1 2826/18
ALREADY [7] 2700/1 2721/14 2755/23 2761/9 2805/21 2820/5 2825/16
ALSO [32] 2688/6 2694/6 2700/19 2716/5 2717/5 2717/6 2717/9 2722/22 2723/20 2725/14 2725/16 2726/17 2728/2 2733/3 2733/21 2735/13 2736/6 2746/14 2751/9 2751/16 2758/1 2760/20 2769/2 2770/12 2786/24 2797/22 2799/22 2811/20 2813/8 2814/15 2817/18 2822/24
ALTER [1] 2806/23
ALTHOUGH [2] 2799/19 2816/8
ALTOGETHER [1] 2754/11
ALWAYS [4] 2733/12 2771/15 2820/16 2825/8
AM [5] 2698/15 2741/1 2759/1 2773/5 2805/23
AMERICA [1] 2686/7
AMIN [1] 2688/11
AMONG [2] 2805/21 2805/22
AMOUNT [7] 2700/13 2700/17 2709/10 2746/13 2771/4 2796/6 2796/17
AMOUNTS [1] 2773/12
AMPLIFIER [1] 2821/16
ANALYSES [2] 2806/23 2814/6
ANALYSIS [24] 2723/6 2724/7 2724/12 2724/15 2724/19 2724/22 2725/25 2727/10 2732/15 2735/22 2744/25 2753/16 2758/10 2758/11 2758/14 2769/21 2773/2 2773/7 2789/3 2796/15 2815/8 2815/9 2822/7 2828/25
ANALYZE [10] 2723/19 2723/20 2723/21 2725/2 2750/20 2805/14 2805/25 2822/3 2822/15 2832/19

ANALYZING [3] 2701/25 2723/13 2818/2
ANDRY [3] 2686/21 2686/22 2812/25
ANECDOTAL [1] 2740/15
ANGELES [1] 2686/16
ANNOTATED [1] 2810/16
ANOTHER [8] 2734/4 2741/16 2755/5 2769/2 2771/1 2774/18 2799/8 2813/1
ANSWER [12] 2697/18 2701/15 2709/22 2757/6 2757/16 2769/13 2787/24 2788/12 2789/24 2790/6 2808/14 2809/11
ANSWERING [1] 2801/2
ANSWERS [1] 2825/21
ANY [48] 2691/7 2691/11 2697/2 2698/21 2698/25 2701/13 2701/13 2701/14 2701/17 2702/8 2704/18 2708/18 2708/19 2709/16 2716/3 2722/1 2725/13 2735/15 2735/25 2745/10 2745/21 2753/20 2760/1 2760/22 2761/12 2767/19 2769/6 2769/7 2784/1 2789/19 2790/3 2790/4 2792/21 2797/17 2801/21 2804/5 2804/12 2804/15 2806/23 2807/6 2807/13 2808/5 2809/1 2814/19 2815/6 2815/12 2815/13 2816/9 2819/10 2822/18 2807/6 ANYBODY [2] 2800/15 2807/6
ANYTHING [4] 2690/24 2691/15 2700/22 2722/8
ANYWHERE [4] 2701/6 2763/18 2782/9 2791/5
APOLOGIZE [2] 2713/22 2744/2
APPEALS [1] 2827/22
APPEAR [4] 2714/7 2714/8 2816/9 2826/18
APPEARANCES [3] 2686/13 2687/1 2688/1
APPEARS [1] 2818/11
APPENDICES [1] 2727/22
APPLICATION [1] 2824/22
APPLICATIONS [3] 2723/12 2821/5 2829/18
APPLIED [3] 2729/25 2769/9 2770/16
APPLY [3] 2695/20 2779/3 2824/23
APPRECIATE [3] 2716/8 2814/1 2821/24
APPROACH [3] 2772/5 2818/3 2818/6
APPROPRIATE [1] 2768/22
APPROXIMATE [3] 2729/6 2729/8 2729/16
APPROXIMATED [1] 2730/12
APPROXIMATELY [16] 2698/4 2698/11 2699/10 2717/21 2718/11 2718/16 2718/21 2719/8 2719/10 2719/24 2730/25 2734/9 2739/12 2739/13 2741/25 2757/24
ARBITRARY [1] 2818/19
ARE [130] 2690/5 2691/10 2692/20 2694/2 2694/4 2694/6 2694/8 2695/9 2696/24 2698/2 2698/17 2699/20 2700/18 2701/13 2701/14 2701/16 2701/21 2702/12 2703/3 2703/16 2705/4 2705/8 2707/7 2713/2 2713/18 2715/6 2715/9 2715/10 2715/16 2715/21 2716/7 2716/16 2721/10 2729/2 2729/7 2729/8 2729/13 2729/19 2730/15 2734/10 2735/24 2737/25 2739/21 2740/8 2742/5 2742/23 2745/15 2746/4 2750/20 2750/21 2750/23 2752/20 2754/20 2754/22 2757/4 2759/22 2761/4 2761/14 2761/19 2763/2 2767/21 2768/7 2769/14 2771/17 2772/3 2772/3 2772/11 2778/23 2778/25 2779/2 2780/11 2781/4 2781/22 2781/25 2782/17 2782/25 2783/6

**A**

ARE... [53] 2784/21 2785/18 2788/9
2788/10 2789/1 2789/12 2794/6 2797/21
2800/24 2801/4 2802/5 2804/5 2809/3
2809/9 2809/23 2812/1 2812/19 2814/12
2815/3 2815/10 2816/9 2817/1 2818/23
2819/17 2820/2 2822/19 2823/19 2824/1
2824/20 2824/21 2824/21 2826/7
2826/10 2826/13 2826/14 2826/24
2826/24 2827/5 2828/12 2828/13
2830/13 2831/8 2831/12 2831/17
2831/17 2831/20 2831/21 2831/22
2831/23 2832/13 2832/14 2832/15
2832/17
AREA [35] 2691/23 2693/1 2694/21
2705/1 2705/7 2705/7 2705/8 2711/12
2711/15 2714/22 2715/5 2715/5 2715/17
2715/17 2715/17 2715/20 2715/24
2715/24 2716/1 2716/4 2719/14 2729/15
2736/8 2742/25 2759/8 2766/6 2787/19
2795/10 2795/10 2796/12 2798/11
2818/22 2820/7 2825/25 2828/25
AREAS [16] 2692/19 2692/25 2693/7
2699/5 2699/20 2716/5 2723/16 2729/14
2729/16 2796/18 2796/25 2817/19
2818/7 2818/12 2818/20 2828/20
ARGUED [1] 2807/2
ARMORED [2] 2695/2 2695/5
ARMY [3] 2817/7 2817/11 2819/3
AROSE [1] 2806/5
AROUND [15] 2727/14 2728/25 2729/2
2732/24 2738/21 2738/23 2739/1 2742/4
2742/4 2742/24 2743/10 2745/25 2748/3
2751/6 2810/1
ARPENT [15] 2719/13 2720/11 2721/24
2734/9 2739/10 2742/3 2742/22 2754/10
2758/2 2758/12 2789/17 2792/2 2792/5
2795/16 2801/25
ARRANGE [1] 2809/14
ARRIVE [1] 2701/4
ART [2] 2817/22 2825/12
ARTICLE [4] 2802/25 2829/9 2829/16
2830/21
ARTICLES [1] 2813/7
ARTICULATE [1] 2803/11
ARTIFACT [1] 2826/21
ARTS [1] 2763/8
AS [186]
AS-DESIGNED [1] 2751/17
ASHLEY [1] 2688/6
ASIDE [1] 2801/1
ASK [24] 2690/11 2696/8 2718/8 2720/5
2721/23 2730/21 2740/14 2743/13
2744/5 2747/19 2756/4 2767/1 2767/21
2778/8 2787/13 2788/2 2792/13 2797/16
2798/11 2800/19 2807/6 2815/4 2815/6
2815/18
ASKED [19] 2701/14 2702/3 2708/6
2709/20 2744/2 2753/19 2757/11
2801/16 2808/3 2808/15 2808/24
2809/17 2822/3 2822/15 2826/17
ASKING [2] 2794/7 2795/17
ASKS [1] 2789/24
ASPECTS [1] 2806/14
ASPHALT [1] 2696/3
ASSESSMENT [1] 2818/4
ASSIDUOUS [1] 2827/22
ASSIST [1] 2762/9
ASSOCIATES [2] 2686/15 2687/12
ASSUME [8] 2698/13 2718/4 2719/9
2782/25 2787/12 2790/1 2795/25
2800/10

**B**

ASSUMED [1] 2790/25
ASSUMED-AT [1] 2791/1
ASSUMING [2] 2713/5 2787/10
ASSUMPTIONS [1] 2824/18
ASSURED [1] 2810/20
AT [247]
ATLANTIC [1] 2818/17
ATTACK [2] 2719/2 2800/15
ATTEMPT [1] 2712/9
ATTEMPTED [1] 2827/9
ATTEMPTING [2] 2712/4 2804/16
ATTRIBUTE [2] 2832/21 2832/22
ATTRIBUTED [1] 2755/24
AUGUST [4] 2757/24 2771/19 2772/20
2773/5
AUGUST 23 [2] 2771/19 2772/20
AUGUST 28 [1] 2773/5
AUGUST 29 [1] 2757/24
AUTHORIZED [1] 2817/10
AUTOMOBILE [1] 2783/9
AVAILABLE [2] 2773/18 2821/4
AVENUE [2] 2687/3 2687/17
AVERAGE [12] 2714/20 2714/23
2715/16 2729/18 2766/1 2766/7 2766/7
2781/3 2782/7 2787/1 2787/1 2787/19
AVERAGED [2] 2732/17 2732/20
AVERAGING [2] 2779/18 2780/8
AWAIT [1] 2722/6
AWARD [6] 2817/16 2819/1 2819/2
2819/3 2819/5 2819/6
AWARDS [1] 2818/25
AWARE [1] 2815/22
AWAY [4] 2706/25 2710/19 2719/23
2749/4
AWESOME [1] 2821/15
AWFULLY [1] 2696/9
AXIS [1] 2737/15

**B**

BACK [53] 2695/2 2695/5 2696/6
2704/23 2705/10 2705/13 2705/15
2705/17 2705/18 2705/19 2706/10
2706/24 2707/1 2707/3 2707/9 2707/16
2707/17 2708/25 2719/16 2719/22
2728/17 2734/3 2738/13 2740/12
2744/10 2748/2 2748/6 2749/6 2750/1
2750/13 2752/14 2758/19 2758/20
2759/2 2759/23 2760/12 2761/1 2763/25
2764/24 2766/12 2767/10 2771/22
2772/9 2775/23 2789/10 2807/20 2809/7
2820/8 2825/14 2825/19 2827/3 2829/24
2830/15
BACK-SIDE [3] 2706/10 2707/16 2809/7
BACK-TO-FRONT [5] 2704/23 2705/10
2758/20 2759/2 2771/22
BACKGROUND [1] 2724/1
BACKUP [2] 2799/20 2800/5
BAD [1] 2780/23
BAEZA [1] 2688/10
BAFFLING [1] 2821/12
BALANCE [1] 2831/23
BANANAS [1] 2769/14
BAND [4] 2699/5 2706/1 2706/4 2707/21
BAR [1] 2782/21
BARE [1] 2749/16
BARON [1] 2687/2
BARONNE [2] 2686/19 2686/23
BARRACKS [4] 2737/21 2739/25
2740/15 2740/24
BARS [1] 2781/21
BASE [1] 2698/7
BASED [10] 2692/14 2735/19 2748/18
2758/13 2771/13 2788/3 2796/2 2799/13

2800/11 2829/23
BASELINE [1] 2757/8
BASIC [2] 2723/10 2748/11
BASICALLY [4] 2706/6 2807/21 2809/18
2812/12
BASIN [27] 2724/16 2724/18 2724/25
2725/1 2725/9 2725/23 2726/9 2727/1
2727/4 2727/6 2727/14 2732/24 2733/25
2735/19 2736/6 2739/15 2743/11
2744/14 2747/21 2750/22 2751/1 2751/8
2751/14 2792/23 2795/15 2796/19
2798/19
BASINS [2] 2723/14 2726/6
BASIS [2] 2708/1 2824/17
BASS [1] 2774/4
BATON [2] 2687/14 2687/21
BAYOU [24] 2698/2 2698/9 2713/14
2715/22 2718/13 2718/17 2720/24
2729/3 2729/4 2731/2 2747/7 2747/7
2747/15 2747/17 2748/15 2748/16
2754/6 2754/7 2755/7 2755/8 2780/21
2786/14 2798/13 2798/17
BE [116] 2690/4 2691/22 2692/21
2695/5 2695/9 2695/13 2695/17 2696/3
2697/12 2699/20 2700/17 2701/18
2704/18 2706/19 2709/8 2709/10 2714/8
2715/25 2716/5 2717/22 2717/22
2717/25 2718/2 2718/15 2720/9 2720/10
2720/10 2720/11 2721/3 2721/25
2730/16 2730/25 2731/1 2731/3 2739/12
2745/2 2745/6 2749/24 2750/1 2750/5
2751/11 2754/11 2754/13 2755/18
2755/22 2756/8 2757/9 2759/3 2759/17
2760/25 2761/4 2763/2 2763/3 2763/5
2763/19 2763/21 2764/1 2767/14
2771/16 2772/1 2772/22 2773/10 2774/4
2774/7 2780/19 2780/21 2781/9 2785/3
2785/9 2785/10 2785/15 2786/21
2786/22 2786/25 2787/17 2788/15 2791/5
2791/22 2792/20 2795/19 2795/22
2797/1 2798/4 2798/5 2800/20 2800/21
2800/24 2801/14 2803/6 2803/14 2804/5
2804/20 2805/14 2807/1 2810/21 2812/4
2812/16 2812/17 2812/18 2813/20
2814/24 2816/10 2816/11 2816/13
2817/5 2819/16 2820/4 2821/4 2822/24
2825/5 2826/12 2829/12 2829/14
2830/12 2832/10 2833/1
BEA [12] 2699/16 2699/20 2708/8
2709/1 2709/21 2710/9 2710/24
2711/10 2711/17 2712/20 2713/19
2715/20
BEA'S [8] 2709/5 2710/6 2710/22 2711/4
2712/1 2714/11 2714/15 2716/13
BEADS [4] 2826/18 2826/23 2826/23
2826/24
BEAM [2] 2756/8 2832/20
BEAR [1] 2774/17
BECAME [2] 2701/7 2826/23
BECAUSE [38] 2707/15 2707/17 2720/5
2732/18 2736/11 2738/9 2739/14
2744/19 2745/23 2747/16 2749/10
2750/25 2758/22 2760/2 2766/8 2769/17
2778/14 2782/24 2788/13 2788/17
2788/19 2789/7 2790/16 2792/10 2794/7
2795/16 2795/21 2800/12 2800/12
2807/2 2807/13 2807/23 2808/8 2815/6
2816/11 2822/23 2825/6 2831/21
BECOME [3] 2822/23 2830/10 2830/12
BEEN [45] 2690/7 2695/2 2697/12
2700/23 2701/5 2707/17 2712/1 2722/20
2723/14 2725/3 2725/4 2727/8 2729/17
2733/1 2743/20 2749/25 2753/1 2753/2

B

BEEN... [27] 2758/21 2759/25 2760/23
2766/4 2775/7 2775/10 2776/20 2777/14
2785/23 2796/19 2797/9 2798/23
2798/25 2801/12 2803/21 2805/4
2805/21 2806/17 2808/6 2809/13
2813/20 2818/17 2818/18 2820/5
2820/16 2821/9 2821/14
BEFORE [29] 2686/10 2692/9 2700/25
2719/14 2721/19 2723/1 2726/9 2740/10
2752/6 2753/9 2755/22 2759/3 2760/21
2776/20 2777/10 2777/15 2778/9
2781/25 2793/18 2799/17 2800/8
2800/17 2805/6 2809/23 2811/24 2812/7
2813/3 2826/22 2831/17
BEGAN [9] 2701/4 2701/6 2719/15
2748/1 2748/2 2751/6 2755/17 2757/17
2809/23
BEGIN [5] 2697/7 2706/24 2706/24
2723/1 2723/25
BEGINNING [4] 2707/15 2707/16
2756/20 2782/5
BEGINS [7] 2697/6 2705/15 2721/19
2738/22 2741/25 2742/2 2749/8
BEHAVE [3] 2804/23 2804/23 2806/3
BEING [11] 2721/11 2746/10 2759/18
2799/2 2806/20 2812/20 2816/5 2824/3
2824/3 2824/4 2826/12
BELIEVE [24] 2692/17 2697/15 2700/3
2700/4 2701/8 2701/11 2702/4 2704/22
2705/1 2708/6 2708/8 2710/9 2710/25
2712/23 2719/1 2720/24 2757/25 2764/3
2769/10 2778/2 2807/23 2810/2 2819/21
2828/16
BELIEVED [1] 2805/19
BELOW [34] 2719/15 2721/22 2730/16
2760/18 2761/2 2761/6 2761/18 2762/18
2763/13 2763/16 2764/9 2764/15
2764/16 2764/19 2764/23 2765/7 2766/1
2766/5 2766/13 2766/18 2766/20
2766/20 2766/23 2766/24 2767/6
2772/21 2784/24 2786/20 2786/21
2786/23 2786/25 2788/16 2788/18
2788/21
BENCH [5] 2706/16 2706/18 2706/21
2706/22 2819/12
BENEFIT [1] 2819/24
BENJAMIN [1] 2688/17
BERM [6] 2704/19 2805/6 2806/17
2811/1 2814/20 2814/21
BERNARD [26] 2703/19 2717/23 2719/6
2724/16 2724/18 2725/9 2725/22 2726/9
2727/1 2727/6 2727/14 2732/24 2735/19
2739/15 2743/11 2744/14 2747/21
2748/4 2750/22 2751/1 2751/14 2753/16
2754/4 2792/22 2796/18 2798/19
BESIDES [1] 2819/19
BEST [5] 2692/1 2751/4 2766/9 2789/22
2833/15
BETTER [10] 2708/3 2708/4 2719/20
2719/21 2723/8 2733/12 2743/6 2761/15
2777/18 2829/7
BETWEEN [17] 2698/25 2699/1 2714/22
2721/21 2744/23 2747/6 2747/25 2754/6
2754/11 2757/23 2758/11 2758/16 2788/6
2788/7 2797/11 2827/17 2831/5
BEYOND [6] 2709/14 2709/18 2764/13
2764/13 2815/5 2824/20
BIASES [1] 2829/19
BIENVENUE [14] 2698/2 2718/17
2729/3 2731/2 2747/7 2748/15 2754/6
2755/8 2775/12 2780/21 2786/14 2788/6

2798/13 2798/17
BIG [1] 2706/12
BIGGEST [1] 2746/20
BILLED [2] 2772/16 2776/1
BILLING [11] 2772/3 2772/11 2772/20
2772/22 2774/24 2775/3 2775/23
2777/23 2797/13 2797/14 2797/21
BILLION [9] 2794/4 2794/23 2795/2
2795/5 2795/19 2795/22 2796/4 2796/6
2796/7
BILLIONS [2] 2794/16 2795/3
BIT [23] 2703/7 2707/1 2711/14 2720/25
2721/1 2723/8 2725/23 2725/24 2727/15
2737/8 2748/7 2753/25 2757/1 2773/16
2802/19 2812/4 2825/15 2821/6 2824/15
2825/23 2826/15 2830/17 2831/25
BLACKBOARD [1] 2705/12
BLOCK [2] 2710/12 2710/13
BLUE [11] 2691/20 2691/22 2691/25
2692/1 2692/16 2692/25 2703/9 2710/25
2712/17 2713/2 2824/4
BOARD [4] 2706/14 2707/25 2794/10
2830/5
BOB [4] 2774/2 2774/4 2775/4 2776/5
BOOK [1] 2803/8
BORE [1] 2813/13
BORGNE [1] 2743/8
BOTH [24] 2703/3 2703/22 2715/19
2715/21 2717/2 2717/5 2717/6 2717/9
2717/19 2717/17 2725/12 2728/21
2736/4 2737/18 2750/24 2751/8 2752/3
2757/12 2757/21 2757/23 2758/1 2771/5
2823/11 2824/17
BOTTOM [28] 2729/16 2729/17 2729/19
2730/8 2730/8 2730/10 2730/10 2730/14
2730/15 2730/22 2731/4 2731/6 2731/11
2737/15 2738/16 2763/25 2774/11
2781/7 2783/5 2786/16 2786/18 2787/5
2788/5 2788/9 2790/15 2790/25 2828/8
2828/16
BOULEVARD [1] 2687/24
BOUNDARY [6] 2702/10 2702/11
2702/14 2702/19 2728/10 2826/22
BOUNDED [1] 2715/18
BOUQUET [1] 2822/10
BOUSSINESQ [3] 2805/10 2826/22
2827/5
BOX [5] 2687/7 2687/14 2687/24
2688/18 2825/23
BOXES [2] 2738/3 2764/4 2824/25
2825/1
BRANCH [1] 2688/10
BREACH [95] 2692/25 2693/1 2693/5
2693/6 2693/7 2701/9 2705/7 2719/12
2719/18 2725/15 2725/17 2728/11
2729/6 2729/11 2731/15 2731/20
2738/23 2739/1 2739/4 2745/4 2750/16
2750/23 2754/24 2755/7 2755/11
2755/12 2755/15 2755/16 2755/18
2755/24 2756/21 2756/22 2757/16
2758/6 2758/7 2758/8 2758/25 2759/9
2759/18 2760/2 2760/9 2760/13 2760/17
2760/22 2761/23 2763/4 2763/15
2763/22 2763/24 2764/1 2764/4 2764/12
2764/14 2764/22 2765/25 2768/4 2775/4
2775/10 2775/14 2776/25 2778/25
2778/25 2779/5 2779/11 2779/23
2780/25 2781/1 2781/1 2782/3 2783/5
2783/25 2784/22 2784/24 2785/9
2785/11 2785/15 2785/23 2786/2
2788/20 2788/25 2789/9 2789/11
2790/15 2790/21 2797/10 2797/11
2798/11 2799/5 2801/8 2801/17 2801/24

2820/5 2820/17 2820/19 2820/24
2821/25 2822/16 2830/18 2831/7 2731/7
2731/13 2731/14 2755/22
BREACHES [113] 2692/20 2693/7
2699/1 2699/1 2721/13 2721/17 2721/18
2721/21 2728/13 2728/19 2729/13
2729/15 2729/19 2729/23 2730/2 2739/8
2743/9 2745/7 2745/9 2745/13 2745/16
2747/3 2747/4 2747/6 2747/15 2747/16
2747/25 2748/2 2748/7 2749/11 2750/11
2750/17 2750/24 2751/1 2751/8 2751/8
2751/13 2754/6 2754/17 2754/21
2754/23 2755/7 2755/14 2755/14
2755/16 2755/17 2755/18 2755/20
2755/21 2757/15 2757/17 2757/18
2758/17 2760/16 2760/20 2762/17
2763/25 2764/4 2764/11 2766/15
2766/19 2767/19 2768/7 2776/12
2779/14 2779/20 2780/14 2780/15
2781/10 2781/13 2781/15 2781/22
2781/23 2781/25 2782/9 2782/11
2782/22 2783/1 2783/1 2783/14 2783/16
2784/21 2785/19 2785/25 2786/4 2786/9
2786/18 2787/4 2787/18 2787/21 2788/5
2788/7 2788/8 2789/18 2790/11 2790/20
2792/7 2792/12 2792/14 2792/17
2796/17 2796/24 2796/25 2799/7 2799/8
2801/10 2801/11 2802/11 2802/12
2818/11 2819/7 2819/10 2820/20
BREACHING [35] 2698/23 2701/7
2703/17 2703/18 2711/1 2711/16
2712/20 2712/24 2713/5 2713/15
2714/20 2715/24 2716/3 2716/15 2719/3
2719/10 2719/25 2720/1 2745/5 2745/24
2752/10 2752/13 2757/23 2758/19
2758/20 2759/2 2761/12 2767/12
2767/13 2771/22 2791/3 2796/21
2796/22 2796/23 2821/3
BREAK [5] 2747/3 2780/5 2780/6
2797/19 2832/1
BREAKING [9] 2691/6 2700/18 2831/25
2832/6 2832/9 2832/11 2832/12 2832/22
2832/23
BREAKS [1] 2832/10
BRENDAN [1] 2688/3
BRIDGE [3] 2781/20 2782/3 2783/2
BRIEF [6] 2723/2 2730/21 2750/3
2798/2 2798/5 2819/9
BRIEFLY [1] 2724/12
BRING [1] 2690/9
BRINGING [2] 2709/22
BROUGHT [1] 2758/22
BRUCE [16] 2690/7 2727/24 2729/24
2732/25 2769/24 2773/23 2773/24
2774/2 2774/3 2774/7 2776/13 2777/5
2777/14 2777/24 2778/10 2790/22
BRUNO [7] 2686/18 2686/18 2690/10
2690/18 2690/21 2709/13 2809/14
BRUNO'S [1] 2712/3
BUDD [1] 2687/2
BUILDING [1] 2741/13
BUNCH [2] 2787/20 2787/22
BUSINESS [1] 2803/7
BUT [104] 2698/16 2712/8 2713/4
2713/11 2714/13 2716/9 2719/19
2729/18 2730/16 2733/9 2734/18
2737/16 2741/7 2742/24 2743/5 2745/4
2746/3 2747/12 2751/9 2754/14 2755/10
2755/12 2755/16 2756/7 2756/16 2757/1
2757/22 2758/9 2759/8 2766/22 2767/11
2770/18 2771/2 2772/16 2773/11 2775/2
2775/14 2776/15 2777/1 2778/24
2779/16 2779/19 2779/21 2780/9

**B**

BUT... [60]  2782/25 2783/14 2785/21
2785/25 2787/10 2788/16 2791/2 2791/7
2791/12 2792/7 2794/8 2796/16 2796/22
2796/24 2796/25 2800/11 2800/23
2801/5 2802/4 2802/10 2805/1 2805/9
2805/19 2805/24 2806/3 2806/9 2808/17
2808/22 2808/24 2809/15 2809/18
2809/25 2811/3 2812/4 2813/14 2813/21
2815/12 2815/20 2816/1 2816/10
2816/14 2816/15 2819/13 2819/16
2821/10 2824/16 2824/21 2825/8
2825/13 2825/20 2826/7 2827/1 2829/5
2829/12 2829/23 2830/20 2831/8
2831/11 2832/8 2832/14
BUTTRESS [1]  2712/9

**C**

CALCULATE [3]  2718/13 2733/25
2790/19
CALCULATED [4]  2733/3 2734/2
2761/23 2761/25
CALCULATES [1]  2732/4
CALCULATING [2]  2760/25 2762/9
CALCULATION [3]  2749/14 2764/12
2789/6
CALCULATIONS [3]  2704/10 2790/5
2793/6
CALCULATOR [2]  2793/3 2794/15
2794/16 2795/7
CALIBRATE [4]  2792/8 2802/3 2802/7
2802/9
CALIBRATING [1]  2774/22
CALIBRATION [2]  2792/10 2792/11
CALIBRATIONS [3]  2735/25 2801/19
2801/21
CALIFORNIA [1]  2686/16
CALL [9]  2706/22 2722/12 2722/14
2725/5 2727/5 2728/16 2768/17 2781/8
2807/25
CALLED [4]  2703/4 2733/23 2813/22
2830/19
CALLING [2]  2725/4 2731/11
CALLS [1]  2722/19
CALVIN [1]  2687/16
CAME [25]  2717/20 2736/2 2738/25
2739/3 2739/9 2745/3 2745/5 2745/8
2747/3 2747/6 2747/15 2751/7 2751/9
2754/9 2755/7 2755/15 2755/17 2755/20
2769/4 2782/24 2790/22 2792/23
2804/19 2804/21 2824/16
CAMERA [2]  2738/7 2742/15
CAN [69]  2690/22 2691/19 2692/24
2700/17 2701/15 2704/6 2707/20
2708/10 2713/6 2713/25 2717/25 2718/2
2719/3 2720/6 2722/11 2722/14 2729/3
2730/17 2731/5 2731/8 2731/10 2735/22
2738/25 2739/5 2741/12 2745/7 2747/3
2747/12 2747/19 2748/19 2749/21
2756/16 2757/6 2759/4 2761/1 2761/4
2771/25 2772/5 2772/7 2786/2 2786/15
2789/19 2789/20 2789/25 2793/10
2793/13 2797/14 2799/15 2803/15
2811/7 2819/21 2821/2 2822/19 2823/5
2823/11 2823/25 2824/23 2826/9
2827/19 2828/17 2829/2 2829/16 2830/5
2830/5 2830/15 2831/4 2831/12 2832/19
2833/6
CAN'T [5]  2790/6 2808/19 2808/19
2820/18 2825/19
CANAL [1]  2725/16
CANALS [1]  2727/2

CANNOT [2]  2759/21 2796/13
CAPABLE [1]  2703/6
CAPACITY [1]  2817/20
CAPS [1]  2817/21
CAPTURE [1]  2823/25
CARE [5]  2774/11 2779/3 2779/16
2779/19 2802/17
CAREER [2]  2723/14
CARONDELET [1]  2688/7
CARTOON [1]  2758/23
CARVE [1]  2788/24
CASCADING [1]  2707/2
CASE [29]  2695/3 2698/7 2702/11
2706/15 2712/2 2715/23 2718/25
2724/13 2724/14 2724/19 2725/5
2742/13 2753/19 2754/1 2755/19
2758/13 2768/12 2769/3 2771/25
2783/22 2815/19 2815/19 2815/20
2822/10 2823/4 2824/24 2825/14
2825/22 2831/12
CASES [2]  2701/5 2725/14
CAST [2]  2705/8 2705/24
CAUSE [4]  2697/13 2716/3 2719/2
2719/25
CAUSED [6]  2691/8 2697/8 2706/10
2711/1 2711/8 2809/20
CCR [3]  2688/20 2833/12 2833/20
CD [1]  2813/12
CENTER [7]  2724/22 2732/1 2734/9
2763/4 2778/13 2782/1 2819/12
CENTRAL [20]  2719/12 2732/18
2732/19 2739/10 2742/2 2748/22
2748/25 2749/9 2749/10 2755/20 2757/9
2766/10 2779/22 2789/16 2795/9
2795/23 2796/2 2796/7 2796/12 2797/12
CERTAIN [4]  2713/6 2727/25 2806/14
2829/7
CERTAINLY [8]  2701/3 2723/3 2755/10
2756/16 2784/22 2797/20 2820/6
2827/19
CERTAINTY [1]  2753/1
CERTIFICATE [1]  2833/11
CERTIFY [1]  2833/14
CFS [2]  2694/16 2695/17
CHAD [4]  2763/11 2782/19 2785/22
2789/2
CHALMETTE [4]  2738/3 2741/22
2741/23 2741/23
CHANCE [1]  2780/11
CHANGE [2]  2804/24 2806/23
CHANGED [3]  2801/17 2802/2 2814/19
CHANGES [1]  2799/5
CHANNEL [13]  2723/13 2738/6 2741/20
2742/15 2748/11 2822/21 2822/23
2826/18 2827/1 2827/2 2827/13 2827/15
2831/13
CHANNEL 8 [1]  2741/20
CHANNELS [2]  2726/6 2727/2
CHAPTER [2]  2735/9 2737/12
CHARACTERISTICS [1]  2810/19
CHARACTERIZATION [1]  2810/7
CHART [14]  2708/15 2708/17 2720/24
2720/25 2744/11 2744/12 2744/13
2760/12 2760/13 2781/7 2786/15
2786/16 2793/14 2830/16
CHARTS [1]  2775/19
CHECK [2]  2794/2 2801/7
CHEWING [1]  2707/3
CHOSE [1]  2734/13
CHOSEN [1]  2723/22
CHRONOLOGICALLY [1]  2731/23
CIRCLE [11]  2711/12 2712/16 2714/23
2714/24 2715/2 2715/2 2715/6 2715/13

2715/14 2715/18 2715/19
2715/23 2760/6 2784/19
CITED [3]  2810/17 2813/7 2815/2
CITY [1]  2687/25
CIVIL [6]  2688/10 2723/4 2737/4
2744/15 2817/10 2817/20
CIVIL SERVICE [1]  2817/10
CIVILIAN [1]  2819/3
CIVILIAN SERVICE [1]  2819/3
CLARITY [4]  2776/13 2777/18 2777/24
2778/2
CLAY [3]  2694/19 2695/16 2696/15
CLAYEY [4]  2694/11 2695/12 2810/19
2810/23
CLEAN [1]  2799/4
CLEAR [8]  2692/23 2702/18 2711/21
2720/13 2771/15 2774/23 2791/22
2822/25
CLEARLY [3]  2812/21 2815/23 2820/2
CLERK [1]  2713/17
CLIFF [1]  2706/9
CLIFF-LIKE [1]  2706/9
CLIPS [1]  2807/22
CLOCKS [1]  2735/9
CLOSE [10]  2696/9 2702/11 2736/2
2739/23 2742/11 2752/12 2773/3
2782/17 2810/3 2830/23
CLOSER [6]  2715/9 2737/8 2791/16
2799/2 2801/14 2824/10
CNN [2]  2819/20 2819/21
CO [2]  2723/23 2818/1
CO-LEAD [1]  2723/23
CO-LEADER [1]  2818/1
COAST [4]  2719/23 2818/17 2824/8
2824/10
COASTAL [6]  2702/21 2817/13 2817/23
2818/7 2818/20 2829/10
COASTLINE [1]  2818/4
COAUTHORS [1]  2716/18
COEFFICIENT [1]  2802/1
COINCIDENTALLY [1]  2775/7
COLLABORATION [1]  2729/23
COLLABORATIVELY [1]  2728/8
COLLECT [1]  2741/4
COLLECTED [3]  2735/4 2735/4 2784/17
COLOR [3]  2712/25 2713/4 2826/8
COLUMN [31]  2692/11 2693/10 2693/10
2693/15 2694/13 2695/1 2696/7 2729/14
2729/15 2729/17 2729/20 2730/1 2735/1
2735/3 2736/23 2736/25 2737/14
2744/16 2750/19 2750/19 2752/18
2752/20 2752/21 2761/24 2761/25
2763/16 2766/17 2786/22 2786/23
2787/6 2788/15
COLUMNS [4]  2693/11 2761/19 2763/12
2797/10
COMBINATION [4]  2703/8 2771/3
2792/23 2832/3
COMBINED [2]  2775/8 2775/17
COME [12]  2720/3 2739/7 2741/3
2742/22 2743/10 2744/19 2767/10
2771/2 2787/24 2807/14 2809/19
2811/15
COMES [5]  2750/25 2751/1 2760/9
2783/11 2821/11
COMFORTABLE [1]  2732/10
COMING [9]  2705/17 2719/16 2722/3
2739/15 2757/14 2757/17 2777/19
2799/9 2832/5
COMMENT [1]  2769/20
COMMENTS [2]  2807/13 2829/24
COMMON [3]  2741/4 2802/3 2802/4
COMMONLY [2]  2725/25 2726/2

C

COMMUNITIES [1] 2703/3
COMMUNITY [2] 2694/7 2703/2
COMPACTED [1] 2820/23
COMPANIES [1] 2821/22
COMPARABLE [1] 2746/4
COMPARE [5] 2715/13 2740/5 2785/22 2825/24 2825/25
COMPARED [6] 2718/16 2737/5 2779/15 2786/12 2786/13 2810/8
COMPARING [3] 2735/22 2791/10 2791/11
COMPARISON [5] 2786/12 2788/17 2797/11 2813/17 2831/4
COMPLETE [3] 2722/24 2759/17 2759/22
COMPLETED [2] 2759/3 2817/14
COMPLETELY [3] 2697/18 2719/12 2816/3
COMPLEX [1] 2687/13
COMPLICATED [1] 2702/1
COMPONENT [1] 2727/12
COMPONENTS [1] 2727/2
COMPROMISED [1] 2761/9
COMPUTATION [4] 2742/12 2761/7 2787/23 2788/18
COMPUTATIONAL [10] 2730/17 2763/7 2763/8 2766/22 2768/7 2768/9 2779/17 2779/24 2782/1 2787/22
COMPUTATIONS [1] 2735/2 2745/22
COMPUTE [6] 2724/17 2724/24 2724/25 2730/17 2730/18 2761/12
COMPUTED [3] 2733/7 2733/12 2739/22
COMPUTER [6] 2688/25 2723/11 2723/22 2742/7 2777/18 2833/4
COMPUTES [1] 2710/10
CONCEPT [3] 2811/22 2817/15 2821/10
CONCEPTUAL [2] 2758/23 2797/8
CONCERNED [2] 2778/17 2811/13
CONCERNING [1] 2814/7
CONCERNS [1] 2804/4
CONCISE [1] 2774/23
CONCLUDE [3] 2704/13 2716/2 2792/13
CONCLUSION [1] 2827/11
CONCLUSIONS [2] 2716/14 2822/17 2827/11
CONCLUSORY [1] 2814/14
CONCRETE [1] 2696/3
CONDITION [5] 2697/19 2751/16 2751/17 2753/3 2826/22
CONDITIONS [12] 2704/15 2707/11 2724/17 2725/6 2728/10 2736/7 2736/8 2736/12 2736/13 2750/18 2751/12 2802/1
CONDUCT [1] 2820/15
CONDUCTED [1] 2828/25
CONDUCTS [1] 2817/18
CONFIGURATION [3] 2814/20 2814/20 2832/9
CONFINE [1] 2754/24
CONFIRM [7] 2755/5 2756/1 2772/11 2785/9 2794/7 2794/8 2805/20
CONFIRMED [1] 2776/6
CONFORM [1] 2806/13
CONFUSED [1] 2814/4
CONFUSING [1] 2782/15
CONOR [1] 2688/12
CONSEQUENCE [1] 2815/20
CONSEQUENCES [1] 2805/7
CONSIDER [3] 2701/17 2701/21 2735/23

CONSIDERATION [1] 2831/8
CONSIDERED [1] 2829/13
CONSIDERING [1] 2815/24
CONSIST [1] 2804/16
CONSISTENCY [1] 2774/22
CONSISTENT [7] 2725/4 2763/1 2763/3 2773/1 2773/7 2773/9 2773/11
CONSISTENTLY [1] 2791/14
CONSTANT [3] 2700/20 2830/3 2830/4
CONSTITUTES [1] 2830/7
CONSTRAINT [1] 2800/22
CONSTRUCTION [1] 2821/22
CONSULTANT [1] 2818/17
CONSULTED [1] 2802/24
CONTAINING [1] 2814/14
CONTAINS [1] 2729/11
CONTEXT [4] 2713/9 2787/14 2810/17 2811/8
CONTINUE [3] 2707/4 2717/22 2772/24
CONTINUED [3] 2687/1 2688/1 2815/9
CONTINUES [3] 2707/3 2739/14 2743/10
CONTINUING [2] 2707/10 2773/4
CONTOUR [1] 2824/2
CONTRAVENTION [1] 2810/20
CONTRIBUTED [2] 2744/24 2818/20
CONTRIBUTING [1] 2754/4
CONTRIBUTION [3] 2744/6 2744/17 2747/2
CONTRIBUTIONS [2] 2710/15 2743/14
CONTRIBUTOR [1] 2698/23
CONTROL [2] 2723/15 2726/6
CONVERGENCE [1] 2826/25
CONVERSION [1] 2793/20
CONVERT [1] 2793/21
COORDINATE [1] 2772/24
COORDINATED [2] 2776/12 2777/23
COORDINATING [1] 2777/14
COORDINATION [3] 2773/3 2773/23 2774/2
COPIES [3] 2743/16 2743/24 2753/9
COPY [5] 2714/11 2722/12 2743/25 2753/11 2809/25
CORPS [9] 2694/3 2723/23 2762/6 2774/5 2776/4 2778/13 2817/7 2817/20 2818/25
CORPS' [2] 2771/22 2818/21
CORRECT [127] 2690/20 2690/23 2691/14 2692/12 2692/13 2693/22 2693/25 2694/12 2694/15 2694/18 2694/20 2694/22 2694/23 2696/16 2696/20 2696/22 2696/24 2696/25 2697/2 2697/3 2697/14 2697/20 2698/6 2698/8 2700/6 2700/9 2700/11 2700/14 2701/11 2702/2 2702/20 2704/8 2704/17 2704/20 2706/11 2707/19 2708/13 2708/24 2710/21 2711/2 2711/3 2711/6 2711/9 2711/11 2712/22 2714/21 2714/25 2715/8 2716/20 2717/4 2717/7 2717/8 2717/17 2717/13 2717/14 2717/17 2720/16 2720/18 2745/17 2745/17 2745/19 2750/12 2751/18 2753/17 2753/24 2754/12 2754/19 2757/16 2758/20 2759/1 2759/2 2759/6 2759/19 2760/14 2761/2 2761/21 2762/21 2763/2 2764/11 2764/12 2765/9 2766/6 2768/8 2768/9 2769/14 2770/9 2771/18 2773/5 2773/24 2774/9 2774/13 2774/24 2775/5 2775/15 2776/13 2778/16 2780/15 2781/2 2783/7 2783/12 2784/4 2785/4 2790/4 2791/5 2792/24 2793/2 2793/21 2794/5 2795/11 2795/25 2796/10 2796/14 2796/20 2796/21

2796/24 2797/1 2801/6 2803/24 2805/23 2805/25 2808/8 2823/24 2829/13 2829/21 2830/21 2830/22 2833/15
CORRECTLY [4] 2719/10 2771/8 2778/4 2827/25
CORRELATE [2] 2741/6 2741/8
CORRELATION [1] 2742/11
CORRELATIONS [1] 2829/19
CORRESPONDING [1] 2693/16
COULD [52] 2694/25 2695/9 2695/13 2695/15 2695/16 2695/19 2718/8 2719/25 2722/4 2727/10 2727/16 2728/6 2730/18 2747/11 2751/4 2751/9 2756/6 2760/23 2760/25 2763/25 2766/9 2770/20 2772/19 2772/22 2773/16 2775/8 2775/23 2779/4 2780/9 2786/21 2786/22 2786/25 2787/7 2787/7 2787/9 2788/15 2789/22 2791/5 2792/16 2793/7 2793/14 2797/19 2806/19 2811/2 2820/15 2820/24 2822/16 2825/23 2825/24 2826/15 2827/16 2827/17 COULDN'T [3] 2779/6 2795/7 2821/9
COULWAVE [4] 2808/7 2808/16 2810/4 2813/14
COUNCIL [1] 2825/10
COUNSEL [14] 2699/13 2709/18 2713/16 2713/20 2716/7 2726/22 2730/20 2743/15 2750/6 2753/6 2800/11 2802/15 2802/24 2809/14
COUNT [1] 2809/25
COUNTING [1] 2764/4
COUNTY [1] 2723/15
COUPLE [6] 2706/16 2727/20 2735/8 2738/4 2797/4 2805/16
COURSE [3] 2774/7 2804/4 2821/8
COURT [39] 2686/1 2688/20 2690/4 2708/6 2709/1 2716/8 2722/12 2724/8 2750/3 2750/5 2753/12 2761/4 2762/16 2762/19 2789/24 2797/18 2798/2 2798/4 2799/15 2800/19 2800/20 2809/19 2811/15 2812/24 2813/13 2815/21 2816/2 2819/19 2820/6 2820/13 2822/1 2822/9 2822/17 2824/23 2827/22 2833/9 2833/12 2833/13 2833/21
COURT'S [3] 2816/1 2819/24 2827/4
COURTROOM [6] 2754/2 2758/21 2759/25 2766/3 2770/23 2777/5
COVER [3] 2701/24 2749/16 2806/10
COVERED [3] 2694/11 2695/12 2806/18 2812/2
CRACK [1] 2812/2
CREATE [3] 2700/24 2749/6 2779/7
CREATED [10] 2706/5 2707/21 2728/24 2728/25 2729/10 2738/14 2741/17 2780/7 2820/24 2829/6
CREATES [2] 2706/25 2707/1
CREDENTIALS [1] 2724/3
CRENELLATION [1] 2711/10
CREST [64] 2692/4 2692/11 2693/12 2696/2 2696/8 2696/17 2697/6 2706/17 2707/6 2726/16 2727/13 2727/16 2727/19 2728/12 2731/19 2759/19 2760/18 2761/2 2761/6 2761/11 2761/18 2761/18 2762/18 2763/11 2763/13 2763/14 2763/16 2764/4 2764/20 2764/23 2765/5 2766/5 2764/14 2766/18 2766/21 2766/24 2767/14 2767/17 2768/3 2771/6 2771/11 2771/17 2771/20 2773/1 2773/9 2773/13 2773/19 2774/1 2775/4 2775/25 2776/24 2777/15 2778/17 2778/20 2778/23 2779/1 2779/12 2779/18 2779/15 2779/25 2786/4 2796/16
CRESTS [2] 2716/5 2773/6

**C**

CREW [1] 2819/21
CRITERIA [2] 2695/20 2810/14
CRITICAL [4] 2695/21 2695/22 2778/24 2779/24
CROSS [10] 2709/15 2709/15 2712/8 2753/13 2798/9 2799/11 2799/18 2801/16 2807/15 2815/5
CROSS-EXAMINATION [6] 2709/15 2753/13 2798/9 2799/11 2801/16 2815/5
CROSSED [2] 2822/21 2827/12
CROSSING [6] 2764/7 2775/12 2792/1 2792/5 2822/23 2827/15
CROW [2] 2756/6 2756/6
CRYSTAL [2] 2702/18 2711/21
CUBIC [21] 2693/20 2693/24 2694/4 2694/9 2695/3 2695/14 2696/5 2696/18 2698/1 2698/4 2698/11 2793/21 2793/23 2794/4 2794/14 2794/22 2795/2 2795/15 2795/19 2795/22 2796/4
CULMINATION [1] 2778/9
CUMULATIVE [1] 2790/14
CUMULATIVELY [1] 2790/18
CURIOUS [2] 2741/5 2819/19
CURRENT [1] 2695/10
CURRENTLY [1] 2818/24
CURRENTS [1] 2817/23
CUT [6] 2705/5 2705/24 2705/25 2706/16 2706/19 2707/23
CUTS [4] 2699/7 2706/21 2706/22 2707/2
CUTTING [2] 2769/23 2830/17
CUTTING-ROOM [1] 2769/23
CV [1] 2686/5
CYCLE [3] 2772/22 2774/24 2775/3

**D**

D-E-E [1] 2722/25
D-O-N-A-L-D [1] 2804/1
DALLAS [1] 2687/4
DAMAGE [15] 2694/10 2694/16 2694/21 2695/13 2695/17 2695/20 2696/14 2697/2 2697/4 2706/24 2809/20 2810/14 2810/16 2815/2 2815/15
DAMAGED [1] 2695/5
DAMAGES [1] 2695/24
DANIEL [1] 2688/10
DANIELLE [1] 2776/5
DARK [2] 2786/23 2826/8
DARKEST [1] 2691/22
DASHED [1] 2786/23
DATA [36] 2703/4 2723/19 2729/11 2735/20 2735/25 2736/3 2738/11 2742/13 2743/3 2751/24 2760/9 2761/19 2763/12 2764/21 2766/12 2766/25 2768/10 2771/7 2771/24 2778/23 2782/8 2786/12 2786/13 2786/13 2786/17 2797/10 2797/11 2799/19 2799/20 2800/5 2808/15 2813/3 2813/9 2813/16 2813/17 2814/6
DATE [4] 2772/17 2773/5 2775/19 2777/25
DATES [2] 2773/21 2775/2
DATUM [1] 2776/22
DAUBERT [1] 2822/11
DAVIS [1] 2778/14
DAY [12] 2692/9 2701/14 2738/6 2741/20 2809/10 2809/13 2809/15 2813/18 2813/19 2816/25 2833/4 2833/5
DAYS [6] 2691/12 2698/12 2775/11 2776/20 2776/24 2813/3
DC [1] 2688/18

DEADLINE [1] 2813/19
DEAL [1] 2812/18
DEAN [1] 2817/25
DECAY [1] 2822/23
DECEMBER [9] 2774/19 2776/2 2776/7 2776/10 2777/14 2777/22 2778/1 2807/24 2811/25
DECEMBER 13 [2] 2776/10 2777/22
DECEMBER 19 [1] 2778/1
DECEMBER 2 [1] 2776/2
DECEMBER 2008 [1] 2811/25
DECEMBER 29 [1] 2774/19
DECEMBER 6 [1] 2776/7
DECISION [1] 2709/25
DEEP [7] 2795/16 2795/18 2821/8 2823/10 2823/10 2823/13 2823/19
DEEPER [2] 2699/7 2707/23
DEFAULT [8] 2830/20 2830/22 2831/1 2831/5 2831/11 2831/15 2831/20 2832/7
DEFENDANT [2] 2688/9 2753/19
DEFENDANT'S [1] 2758/19
DEFENSE [5] 2703/22 2704/2 2757/22 2817/9 2817/17
DEFER [1] 2770/18
DEFINITION [1] 2830/1
DEGRADATION [2] 2729/22 2730/6
DEGRADE [2] 2697/6 2721/19
DEGRADED [1] 2729/19
DEGRADES [1] 2731/9
DEGRADING [1] 2759/18
DEGREE [4] 2752/25 2779/3 2779/10 2818/14
DELFT [3] 2697/22 2718/12 2758/5
DELINEATION [1] 2811/23
DELTA [3] 2710/14 2749/20 2824/6
DEMONSTRATE [3] 2712/4 2758/25 2805/11
DEMONSTRATING [1] 2708/11
DEMONSTRATION [1] 2817/15
DEMONSTRATIVE [6] 2694/1 2714/13 2714/13 2722/14 2722/15 2743/16
DENHAM [1] 2687/17
DENY [1] 2815/18
DEPARTMENT [4] 2688/9 2817/9 2818/9 2819/3
DEPO [1] 2772/17
DEPOSE [1] 2809/10
DEPOSIT [1] 2749/17
DEPOSITION [26] 2749/3 2749/4 2749/7 2754/1 2756/5 2756/14 2756/17 2768/25 2769/11 2772/12 2772/13 2793/19 2799/17 2800/9 2807/22 2808/3 2808/15 2808/22 2809/22 2812/9 2812/15 2812/16 2812/24 2813/3 2813/18 2815/3
DEPOSITIONAL [1] 2749/19
DEPOSITS [1] 2749/21
DEPTH [4] 2704/5 2784/1 2818/19 2822/24
DEPTH-LIMITED [1] 2822/24
DEPTHS [3] 2735/23 2779/5 2779/11
DESCRIBE [11] 2724/12 2731/5 2734/4 2734/24 2736/21 2737/10 2750/15 2752/15 2804/11 2827/17 2832/10
DESCRIBED [6] 2691/3 2743/6 2814/14 2824/11 2826/18 2830/21
DESIGN [1] 2696/9
DESIGNED [3] 2725/6 2751/17 2753/2
DESIGNING [1] 2726/5
DESPITE [1] 2813/2
DETAIL [8] 2724/1 2728/6 2758/9 2760/13 2779/4 2779/10 2805/1 2808/21
DETAILS [3] 2758/6 2780/9 2812/23
DETENTION [2] 2723/13 2726/6

DETERIORATION [1] 2707/16
DETERMINE [5] 2706/21 2707/18 2728/11 2730/8 2735/11
DETERMINED [3] 2728/10 2731/19 2731/25
DETERMINING [2] 2779/5 2779/11
DEVASTATION [1] 2697/9
DEVELOP [3] 2706/22 2727/16 2773/6
DEVELOPED [11] 2727/8 2742/7 2771/24 2775/22 2790/20 2818/23 2818/18 2819/10 2830/11 2830/12 2830/19
DEVELOPING [6] 2736/10 2769/16 2770/1 2771/20 2773/1 2819/6
DEVELOPMENT [5] 2758/7 2758/9 2790/21 2818/10 2819/1
DIAGRAM [3] 2759/1 2760/3 2797/13
DICTATE [1] 2704/6
DID [124] 2690/24 2698/21 2698/24 2698/25 2699/3 2699/4 2699/22 2702/4 2702/7 2708/18 2708/19 2708/20 2720/1 2721/17 2724/13 2724/15 2724/19 2725/2 2725/8 2725/13 2725/19 2726/12 2726/15 2726/16 2727/7 2727/18 2728/3 2730/8 2733/18 2733/25 2735/6 2735/25 2740/2 2740/4 2740/5 2742/19 2742/21 2744/18 2744/19 2745/4 2747/23 2750/8 2750/10 2751/20 2751/24 2752/5 2752/10 2752/23 2753/20 2758/5 2759/12 2759/13 2762/8 2762/8 2762/16 2762/18 2762/23 2762/24 2763/3 2764/17 2764/18 2764/21 2764/24 2769/7 2769/14 2770/1 2770/8 2771/2 2773/15 2776/16 2779/3 2779/8 2779/10 2779/11 2779/19 2779/23 2817 2786/12 2788/19 2789/2 2789/6 2789/21 2789/22 2790/19 2790/20 2790/21 2790/23 2791/7 2791/9 2791/18 2794/2 2794/23 2799/3 2801/4 2801/5 2801/7 2801/19 2801/21 2802/7 2802/8 2802/9 2803/19 2804/8 2804/15 2804/23 2804/23 2805/1 2806/7 2806/12 2806/23 2808/8 2808/14 2814/19 2820/21 2821/18 2825/15 2825/20 2825/22 2828/24 2829/2 2830/22 2831/1 2831/3 2831/9
DID THE [1] 2788/19
DIDN'T [24] 2691/11 2699/20 2702/5 2709/15 2719/24 2751/13 2769/6 2769/25 2778/6 2783/17 2783/19 2783/24 2784/1 2789/2 2790/22 2791/4 2792/9 2795/3 2795/6 2797/13 2808/9 2814/13 2827/2 2829/13
DIFFER [1] 2752/22
DIFFERENCE [25] 2702/8 2713/20 2717/15 2720/19 2721/4 2721/10 2740/9 2740/11 2746/2 2746/3 2746/5 2746/8 2746/11 2746/12 2746/14 2746/20 2746/22 2752/20 2754/16 2754/19 2798/18 2802/20 2823/12 2826/7 2832/10
DIFFERENCES [1] 2827/17
DIFFERENT [36] 2721/3 2727/15 2727/20 2729/1 2733/20 2733/22 2735/10 2736/18 2737/17 2744/13 2758/8 2781/4 2804/8 2804/10 2804/11 2804/12 2805/4 2805/5 2805/6 2806/10 2806/19 2808/9 2810/25 2816/2 2823/3 2823/9 2824/21 2825/1 2825/21 2831/3 2831/20 2831/21 2831/25 2832/1 2832/21 2832/22
DIFFERENTIAL [1] 2749/12
DIKE [1] 2694/14

**D**

DIKES [2] 2694/11 2803/3
DILEMMA [1] 2719/11
DIMENSION [1] 2753/2
DIMENSIONLESS [2] 2830/1 2830/2
DIMENSIONS [1] 2736/5
DIRE [1] 2820/11
DIRECT [13] 2709/17 2711/22 2712/8
2712/10 2713/25 2724/10 2780/7
2790/24 2799/15 2800/12 2810/20
2815/6 2822/13
DIRECTLY [3] 2721/23 2759/10 2799/17
DIRECTS [2] 2817/18 2817/20
DISADVANTAGE [2] 2812/5 2816/5
DISAGREE [6] 2720/16 2720/17
2745/21 2757/20 2788/11 2810/7
DISAGREEMENT [1] 2758/16
DISCIPLINES [1] 2724/5
DISCOVERED [1] 2825/17
DISCREPANCY [1] 2823/18
DISCUSSED [1] 2814/11
DISCUSSES [1] 2811/1
DISCUSSING [2] 2708/7 2756/4
DISCUSSION [4] 2708/25 2709/3
2782/25 2787/10
DISPLAYS [4] 2734/22 2736/21 2737/11
2750/14
DISSERTATION [1] 2818/15
DISTANCE [10] 2702/15 2748/17 2749/4
2761/18 2763/13 2763/16 2764/9
2766/18 2814/21 2830/11
DISTANCES [1] 2766/13
DISTINGUISH [1] 2754/11
DISTRIBUTED [1] 2832/13
DISTRIBUTES [1] 2821/13
DISTRICT [10] 2686/1 2686/2 2686/11
2723/15 2762/6 2762/10 2776/4 2778/13
2833/13 2833/13
DIVERGENCE [1] 2826/25
DIVIDE [1] 2796/8
DIVIDED [2] 2727/4 2728/18
DIVISION [1] 2688/10
DM [2] 2739/18 2742/5
DM-25 [2] 2739/18 2742/5
DO [108] 2690/9 2690/16 2690/17
2690/22 2690/24 2691/1 2691/18 2693/8
2696/7 2697/15 2699/24 2699/25 2702/6
2703/23 2704/2 2704/4 2705/2 2705/16
2709/3 2709/4 2711/12 2712/12 2712/16
2714/14 2715/12 2716/1 2718/4 2718/13
2719/21 2721/24 2724/19 2724/23
2725/13 2726/20 2735/17 2735/25
2736/2 2737/4 2743/1 2743/2 2743/4
2743/15 2743/18 2743/22 2745/20
2745/21 2746/18 2747/12 2748/13
2752/22 2753/8 2754/23 2756/4 2756/10
2758/9 2759/23 2765/1 2770/16 2771/14
2772/5 2772/21 2773/15 2779/17 2789/2
2789/6 2792/4 2792/10 2794/6 2794/14
2794/16 2797/17 2801/3 2802/5 2802/9
2805/1 2807/7 2807/8 2808/5 2809/4
2809/11 2809/12 2809/12 2811/5 2811/6
2812/23 2815/9 2815/14 2815/25
2816/20 2816/20 2816/24 2817/5
2819/13 2819/23 2820/8 2822/5 2822/9
2823/22 2824/19 2825/18 2826/20
2827/9 2827/9 2827/19 2827/22 2831/1
2831/9 2833/14
DOCKET [1] 2686/5
DOCTOR [1] 2818/14
DOCUMENT [4] 2710/23 2799/18
2801/11 2813/6

DOCUMENTED [1] 2776/21
DOCUMENTS [1] 2816/6
DOES [19] 2691/20 2691/24 2692/5
2692/16 2694/24 2697/4 2702/8 2703/2
2705/6 2708/15 2710/8 2710/9 2710/12
2732/3 2734/23 2787/14 2788/4 2796/12
2816/9
DOESN'T [11] 2695/25 2697/2 2714/7
2714/8 2716/3 2763/9 2782/9 2800/25
2809/25 2825/12 2829/7
DOING [5] 2706/14 2710/14 2735/22
2737/19 2779/16
DOJ [4] 2756/8 2772/24 2776/13
2777/24
DOMENGEAUX [1] 2687/5
DOMINANT [5] 2701/7 2701/9 2716/2
2719/2 2719/7
DOMINATED [1] 2716/6
DON [7] 2712/14 2732/20 2733/3 2774/3
2774/9 2775/5 2778/10
DON'T [58] 2691/18 2701/8 2701/11
2704/9 2706/16 2713/11 2714/15 2716/9
2721/15 2722/2 2722/8 2745/23 2751/2
2754/14 2756/2 2757/21 2758/9 2758/15
2760/1 2770/15 2770/18 2770/20 2777/1
2777/13 2778/5 2778/7 2782/24 2786/11
2788/16 2788/16 2789/13 2789/14
2789/24 2789/25 2790/4 2792/6 2793/3
2794/10 2794/15 2800/14 2800/21
2800/22 2800/23 2802/10 2802/19
2804/25 2807/2 2807/13 2807/16
2808/21 2809/12 2809/24 2811/23
2816/24 2816/25 2817/4 2826/11 2832/4
DONALD [3] 2803/14 2803/21 2803/25
DONE [17] 2732/15 2740/22 2743/21
2745/11 2762/10 2777/21 2811/24
2811/25 2812/11 2812/15 2812/18
2815/8 2815/9 2816/8 2825/5 2825/11
2825/12
DOT [3] 2711/13 2712/17 2824/4
DOWN [27] 2705/18 2707/6 2716/1
2719/1 2723/7 2729/23 2731/9 2747/3
2748/17 2759/23 2761/2 2772/20
2773/16 2775/12 2781/18 2781/19
2782/4 2783/8 2785/6 2786/1 2786/15
2787/3 2802/21 2807/17 2807/19
2821/13 2821/16
DOWNSTREAM [1] 2826/25
DOYLE [4] 2688/20 2833/12 2833/20
2833/20
DR [1] 2828/4
DR. [67] 2692/6 2699/16 2699/20 2708/8
2709/1 2709/5 2709/21 2710/6 2710/19
2710/22 2711/4 2711/10 2711/17
2712/11 2712/20 2714/11 2714/15
2715/20 2716/13 2716/18 2717/12
2733/8 2736/6 2752/2 2752/2 2758/24
2768/18 2768/21 2769/2 2769/4 2769/7
2769/12 2769/17 2769/22 2770/4
2770/13 2770/17 2771/2 2771/5 2773/8
2803/14 2803/18 2807/14 2807/22
2808/3 2809/10 2809/15 2810/15 2812/9
2812/24 2813/7 2813/8 2813/11 2814/9
2814/17 2815/12 2816/17 2817/6
2817/25 2818/9 2819/9 2819/23 2822/3
2822/15 2823/7 2827/23 2828/3
DR. BEA [10] 2699/16 2699/20 2708/8
2709/1 2709/21 2710/19 2711/10
2711/17 2712/20 2715/20
DR. BEA'S [8] 2709/5 2710/6 2710/22
2711/4 2712/11 2714/11 2714/15
2716/13
DR. DONALD [1] 2803/14

DR. DUNCAN [2] 2758/24
DR. KEMP'S [1] 2717/12
DR. RESIO [24] 2752/2 2769/12 2771/5
2773/8 2803/18 2807/14 2808/3 2809/10
2809/15 2810/15 2812/9 2813/7 2813/8
2813/11 2814/9 2814/17 2815/12
2816/17 2817/6 2818/9 2819/23 2822/3
2822/15 2823/3
DR. RESIO'S [4] 2692/6 2807/22
2812/24 2819/9
DR. ROBERT [1] 2817/25
DR. VRIJLING [1] 2828/3
DR. VRIJLING'S [1] 2827/23
DR. WESTERINK [9] 2716/18 2733/8
2736/6 2752/2 2768/18 2769/2 2769/4
2770/4 2771/2
DR. WESTERINK'S [5] 2769/7 2769/17
2769/22 2770/13 2770/17
DRAG [1] 2832/4
DRAINAGE [7] 2723/14 2723/24 2727/1
2727/12 2736/4 2772/25 2808/11
DRAINS [1] 2749/9
DRASTIC [1] 2789/15
DRAW [5] 2706/15 2719/7 2733/21
2787/18 2787/20
DRAWING [2] 2758/24 2797/8
DRIVE [1] 2719/6
DRIVES [1] 2810/2
DROP [3] 2719/15 2748/1 2749/8
DROPPING [1] 2820/20
DROPS [2] 2721/22 2749/9
DUDENHEFER [2] 2687/9 2687/9
DUE [8] 2691/14 2699/8 2707/23
2716/15 2720/1 2817/23 2826/24 2832/6
DULY [3] 2690/7 2722/20 2803/21
DUMAS [2] 2687/12 2687/12
DUMPED [1] 2812/6
DUNCAN [1] 2758/24
DUPRE [24] 2698/9 2700/8 2712/23
2713/14 2714/19 2714/20 2715/7
2715/22 2718/13 2720/24 2729/4 2747/7
2747/16 2747/17 2748/16 2754/7 2755/8
2775/13 2785/7 2786/14 2786/15 2787/3
2788/6 2788/7
DURATION [24] 2699/11 2701/18
2701/23 2717/15 2717/18 2717/23
2718/1 2718/5 2718/10 2718/14 2718/20
2719/24 2721/21 2743/7 2746/6 2746/7
2746/13 2746/14 2746/18 2746/19
2791/3 2791/19 2801/17 2810/25
DURATION'S [1] 2743/10
DURATIONS [1] 2778/25
DURING [19] 2695/23 2703/18 2712/8
2718/21 2723/12 2723/18 2736/13
2737/23 2738/2 2751/5 2775/3 2777/15
2780/5 2780/6 2780/7 2802/23 2807/14
2821/15 2821/16
DUTCH [5] 2697/25 2718/13 2781/11
2792/4 2828/2
DUVAL [1] 2686/11
DWARF [1] 2695/24
DYNA [1] 2827/9

**E**

EACH [19] 2693/17 2693/17 2710/13
2728/19 2732/5 2732/6 2734/2 2734/25
2744/17 2750/18 2760/16 2760/16
2762/24 2763/4 2766/23 2768/4 2771/4
2779/23 2810/2
EARLIER [21] 2706/5 2708/18 2736/23
2740/8 2742/25 2743/1 2743/2 2744/2
2746/10 2746/10 2749/3 2751/5 2765/20

E

EARLIER... [8] 2769/9 2770/14 2770/24 2789/3 2792/14 2798/25 2802/4 2809/5
EARLY [1] 2719/18
EARS [1] 2804/14
EARTH [2] 2749/16
EARTHEN [4] 2730/7 2748/9 2748/20 2749/15
EASIER [1] 2714/1
EASILY [4] 2749/16 2786/22 2786/25 2788/15
EAST [6] 2688/4 2737/21 2741/19 2753/20 2753/23 2828/13
EASTERN [2] 2686/2 2833/13
EASY [1] 2734/15
EBERSOLE [32] 2690/7 2690/11 2690/16 2715/16 2727/24 2729/24 2732/25 2736/7 2743/6 2752/7 2762/2 2762/12 2762/16 2764/19 2766/3 2769/11 2769/24 2770/16 2771/2 2771/4 2773/24 2774/7 2776/13 2777/5 2777/12 2778/10 2778/18 2790/22 2791/5 2791/17 2791/25 2802/23
EBERSOLE'S [4] 2712/5 2713/24 2749/1 2771/21
EDGE [3] 2705/10 2705/24 2706/18
EDIFICATION [1] 2831/19
EDWARDS,LLC [1] 2687/5
EFFECT [5] 2697/15 2706/10 2714/2 2748/20 2814/23
EFFECTS [2] 2818/2 2822/3
EFFORT [4] 2736/11 2771/10 2772/25 2818/5
EFFORTS [1] 2778/9
EHRLICH [1] 2688/11
EITHER [1] 2713/12
EL [1] 2688/11
EL-AMIN [1] 2688/11
ELEVATED [1] 2727/2
ELEVATION [60] 2692/2 2692/7 2692/11 2693/12 2693/14 2696/9 2696/10 2696/17 2697/7 2701/1 2701/21 2704/19 2724/17 2725/20 2727/16 2729/17 2729/18 2729/19 2729/21 2729/22 2733/20 2737/15 2738/15 2759/19 2760/9 2761/2 2761/11 2761/18 2762/18 2762/25 2763/12 2763/14 2763/14 2763/17 2764/16 2764/20 2764/23 2765/5 2765/11 2766/24 2768/13 2769/18 2771/17 2778/17 2778/20 2779/25 2781/1 2781/7 2782/3 2782/4 2782/7 2782/7 2784/23 2784/24 2790/15 2791/1 2798/17 2801/23 2814/20 2814/21
ELEVATIONS [89] 2692/14 2693/17 2714/23 2714/24 2715/1 2715/6 2715/9 2715/17 2715/21 2715/21 2725/9 2725/11 2726/17 2727/14 2728/12 2730/9 2730/10 2730/14 2730/15 2730/15 2730/16 2734/1 2735/2 2735/5 2736/25 2737/14 2742/9 2750/18 2750/21 2751/14 2752/18 2752/19 2760/14 2760/18 2760/24 2760/24 2761/23 2761/25 2762/1 2762/4 2762/7 2762/8 2762/9 2763/5 2766/5 2766/14 2767/23 2767/24 2768/6 2771/6 2771/11 2773/9 2773/13 2773/23 2774/15 2776/25 2778/23 2779/1 2779/15 2780/15 2781/23 2782/10 2782/13 2782/14 2782/20 2783/6 2785/19 2786/5 2786/9 2786/18 2787/5 2788/5 2789/1 2789/9 2789/11 2790/11 2791/3 2791/10

2791/12 2791/14 2796/16 2798/23 2799/8 2800/21 2808/18 2810/3 2811/1 2814/22
ELICITED [1] 2800/12
ELISA [1] 2688/3
ELMO [2] 2691/19 2775/8
ELSE [4] 2691/15 2722/8 2763/17 2815/25
ELSEWHERE [1] 2808/15
ELWOOD [3] 2687/22 2687/23 2753/7
EMBANKMENTS [1] 2727/3
END [14] 2707/4 2727/6 2729/3 2766/11 2769/25 2770/1 2777/13 2779/19 2785/18 2786/16 2787/3 2788/8 2826/2 2831/13
ENDED [3] 2763/3 2769/22 2779/22
ENERGY [7] 2700/17 2700/23 2704/6 2822/25 2832/1 2832/5 2832/6
ENGINEER [3] 2723/4 2794/8 2795/21
ENGINEERING [12] 2694/7 2702/21 2702/22 2724/21 2730/12 2732/1 2737/4 2753/1 2817/13 2817/19 2821/21 2829/10
ENGINEERS [9] 2723/23 2744/15 2762/6 2774/5 2776/4 2778/13 2802/3 2817/7 2818/25
ENOUGH [8] 2706/6 2722/6 2754/15 2768/13 2777/3 2783/13 2790/8 2808/12
ENSURE [1] 2771/10
ENTER [1] 2770/8
ENTERED [3] 2703/19 2717/20 2792/22
ENTERING [3] 2771/11 2796/2 2828/9
ENTIRE [12] 2692/2 2692/17 2700/21 2706/7 2724/14 2762/12 2762/14 2778/5 2795/15 2821/13 2821/16 2832/20
ENTITLED [4] 2753/15 2803/2 2818/16 2833/17
ENTRY [2] 2776/10 2776/19
ENVIRONMENTAL [1] 2817/19
EQUALIZED [1] 2748/4
EQUALLY [2] 2702/6 2779/1
EQUATED [1] 2709/2
EQUATING [3] 2709/21 2710/16 2710/19
ERASE [1] 2825/19
ERODE [4] 2699/11 2701/6 2730/6 2749/16
ERODED [2] 2698/18 2707/17
ERODIBILITY [1] 2701/20
EROSION [50] 2690/25 2691/1 2691/4 2691/8 2691/11 2698/21 2699/2 2699/6 2699/8 2699/9 2699/19 2699/21 2700/5 2700/13 2700/25 2701/7 2701/9 2701/16 2701/18 2704/24 2705/10 2706/2 2706/5 2706/10 2707/9 2707/16 2708/7 2708/12 2708/14 2708/16 2708/19 2709/2 2709/3 2709/6 2709/7 2709/8 2709/22 2710/10 2710/11 2710/15 2710/20 2711/7 2712/2 2715/20 2716/16 2719/19 2719/25 2803/2 2820/2
ESQ [31] 2686/15 2686/18 2686/19 2686/22 2686/22 2687/3 2687/6 2687/9 2687/12 2687/16 2687/19 2687/20 2687/23 2688/3 2688/3 2688/6 2688/6 2688/10 2688/11 2688/11 2688/12 2688/12 2688/13 2688/13 2688/14 2688/14 2688/15 2688/15 2688/16 2688/16 2688/16
ESSENCE [3] 2746/6 2746/17 2805/24
ESSENTIALLY [5] 2703/24 2714/12 2716/16 2821/17 2823/16
ESTABLISHED [5] 2755/23 2788/19 2792/13 2805/21 2815/16

ESTIMATE [4] 2692/1 2718/9 2718/16 2808/7
ESTIMATED [1] 2808/7
ESTIMATION [2] 2744/21 2818/6
ESTIMATIONS [1] 2739/2
ET [2] 2686/5 2686/7
EUROTOP [1] 2695/25
EVALUATE [3] 2748/8 2748/20 2805/13
EVALUATED [1] 2776/6
EVALUATING [2] 2773/2 2774/21
EVALUATIONS [2] 2748/19 2777/15
EVEN [12] 2695/5 2695/17 2697/18 2706/17 2709/16 2767/17 2768/2 2782/17 2793/18 2795/6 2815/13 2816/7
EVENING [2] 2833/7 2833/9
EVENT [6] 2706/5 2724/15 2735/19 2784/3 2792/21 2820/7
EVENTUALLY [3] 2706/5 2707/12 2707/13
EVERY [8] 2693/20 2693/23 2755/2 2763/13 2765/17 2771/10 2789/3 2828/18
EVERYBODY [3] 2722/12 2816/14 2819/16
EVERYBODY'S [2] 2753/9 2807/2
EVERYTHING [8] 2719/17 2753/9 2761/17 2763/17 2778/16 2806/4 2815/24 2825/13
EVIDENCE [9] 2698/21 2698/25 2699/18 2700/12 2708/19 2721/11 2730/2 2797/4 2802/25
EVIDENT [1] 2710/1
EVOLUTION [1] 2817/23
EXACERBATING [1] 2707/10
EXACT [4] 2726/12 2779/23 2786/11 2809/18
EXACTLY [9] 2712/6 2712/11 2713/22 2727/18 2766/6 2811/6 2823/21 2823/22 2828/13
EXAMINATION [11] 2690/14 2709/15 2724/10 2753/13 2798/6 2798/9 2799/11 2801/16 2802/23 2815/5 2822/13
EXAMPLE [3] 2765/4 2782/2 2820/18
EXAMPLES [1] 2738/10
EXCEEDS [1] 2823/2
EXCELLENT [2] 2695/16 2829/11
EXCEPT [3] 2693/19 2693/23 2761/17
EXCUSE [4] 2729/15 2738/17 2767/25 2799/10
EXHIBIT [16] 2694/1 2713/19 2714/13 2714/14 2716/8 2760/4 2760/6 2760/7 2761/20 2763/12 2771/25 2776/2 2777/22 2802/23
EXHIBIT 2138 [1] 2776/2
EXHIBIT 2138.3 [1] 2760/4
EXHIBITS [2] 2743/16 2775/7
EXIGENT [1] 2797/17
EXIST [2] 2704/6 2806/7
EXITING [1] 2751/6
EXPANSION [1] 2820/3
EXPECT [2] 2695/5 2700/12
EXPECTED [4] 2715/3 2715/23 2805/8 2828/21
EXPERIENCE [4] 2723/10 2804/19 2805/8 2806/8
EXPERIMENT [3] 2820/14 2821/1 2825/7
EXPERT [14] 2700/1 2718/4 2728/23 2734/3 2738/13 2740/12 2741/16 2744/10 2768/17 2774/22 2805/13 2809/19 2813/8 2822/7
EXPERTISE [5] 2759/5 2767/15 2769/20 2792/20 2809/3

**E**

EXPERTS [15] 2703/22 2704/2 2718/13 2719/1 2736/15 2740/2 2742/19 2751/20 2802/7 2805/21 2812/3 2815/9 2815/11 2819/17 2827/15
EXPERTS' [1] 2737/5
EXPLAIN [11] 2706/13 2706/20 2719/3 2721/15 2721/24 2729/11 2744/11 2788/12 2819/23 2820/13 2823/5
EXPLAINED [2] 2700/16 2706/8
EXPLAINING [1] 2814/16
EXPLANATION [1] 2722/1
EXPRESS [1] 2815/13
EXPRESSED [1] 2716/24
EXTEND [1] 2818/5
EXTENDED [1] 2824/7
EXTENSIVE [1] 2723/10
EXTENT [1] 2809/1
EXTRA [1] 2804/13
EXTRAPOLATE [1] 2745/11
EXTREMELY [2] 2692/25 2701/13
EYESIGHT [1] 2780/23
EYEWITNESS [1] 2735/13

**F**

F-I-T-Z-G-E-R-A-L-D [1] 2722/25
FACE [11] 2691/5 2699/7 2700/18 2700/23 2701/4 2707/3 2709/9 2710/11 2710/16 2808/1 2808/7
FACED [1] 2719/11
FACILITY [2] 2820/14 2820/23
FACT [17] 2709/16 2709/19 2714/1 2758/1 2758/16 2766/20 2770/12 2771/19 2786/8 2790/2 2790/24 2809/13 2813/14 2813/15 2823/21 2825/9 2829/15
FACTOR [6] 2699/2 2754/4 2759/14 2769/10 2770/21 2771/3
FACTORS [8] 2701/17 2701/22 2733/1 2733/2 2752/6 2806/16 2831/20 2831/21
FACTS [2] 2763/9 2780/9
FAILED [1] 2808/25
FAILURE [3] 2809/2 2810/22 2811/14
FAIR [13] 2712/19 2716/13 2722/6 2754/15 2768/13 2777/12 2783/8 2783/13 2790/8 2805/14 2808/12 2812/7 2816/3
FAIRLY [1] 2806/19
FAIRNESS [1] 2829/4
FALL [1] 2707/2
FALLING [1] 2748/5
FAMILIAR [3] 2698/13 2758/5 2780/12
FAR [13] 2707/19 2739/8 2741/19 2761/19 2763/15 2763/20 2763/21 2766/17 2770/21 2778/17 2778/20 2808/20 2811/13
FAST [3] 2702/13 2759/23 2790/20
FAYARD [2] 2687/16 2687/16
FCRR [3] 2688/20 2833/12 2833/20
FEATURE [5] 2705/22 2706/18 2749/2 2749/7 2749/20
FEATURED [1] 2819/20
FEATURES [1] 2723/21
FEBRUARY [5] 2807/23 2807/23 2812/24 2813/4 2813/18
FEBRUARY 17 [1] 2813/4
FEBRUARY 28 [1] 2813/18
FEBRUARY 9 [2] 2807/23 2812/24
FEEDING [1] 2707/10
FEEL [1] 2789/18
FEET [103] 2693/24 2695/14 2696/9 2696/17 2696/18 2699/10 2700/18

2700/19 2717/3 2717/16 2717/18 2718/14 2718/22 2719/15 2719/15 2719/24 2721/22 2731/16 2739/16 2742/4 2742/24 2744/15 2749/13 2749/15 2763/18 2765/21 2766/1 2769/17 2781/2 2782/4 2782/21 2783/6 2784/23 2784/25 2785/1 2785/19 2786/10 2786/18 2787/4 2787/5 2787/9 2787/10 2787/11 2788/4 2788/7 2788/8 2788/9 2788/14 2788/14 2788/15 2788/17 2788/18 2788/19 2788/20 2788/21 2788/21 2788/25 2789/1 2789/7 2789/9 2790/2 2790/3 2790/11 2790/11 2790/12 2793/8 2793/9 2793/16 2793/21 2793/22 2793/23 2794/4 2794/13 2794/14 2794/20 2794/22 2795/2 2795/15 2795/15 2795/16 2795/18 2795/18 2795/18 2795/19 2795/22 2796/4 2798/22 2806/21 2806/21 2824/6 2826/8 2826/9 2828/19 2828/20 2828/21 2830/13 2831/13
FELT [3] 2732/9 2735/12 2802/1
FEMA [1] 2726/6
FETCH [9] 2830/1 2830/2 2830/4 2830/4 2830/5 2830/8 2830/9 2830/14 2830/25
FETCHES [2] 2829/13 2829/14
FEW [10] 2690/11 2703/16 2707/22 2733/11 2753/25 2787/9 2787/10 2795/6 2797/9 2810/9
FEWER [2] 2786/1 2817/10
FEWEST [1] 2799/5
FIELD [4] 2748/19 2793/18 2802/2 2805/21
FIELDS [1] 2823/24
FIFTH [1] 2712/17
FIGURE [19] 2708/9 2713/9 2713/19 2714/6 2728/24 2734/4 2735/1 2736/24 2737/10 2737/10 2738/14 2739/21 2742/5 2748/13 2763/6 2764/24 2765/1 2786/4 2795/14
FIGURE 1 [1] 2713/19
FIGURES [3] 2708/8 2770/8 2780/9
FILED [1] 2813/4
FILES [1] 2813/14
FILES.' [1] 2813/10
FILING [2] 2805/18 2822/11
FILL [9] 2719/12 2738/22 2741/25 2789/16 2795/15 2795/17 2795/22 2796/7 2796/20
FILLED [2] 2742/2 2821/1
FILLING [1] 2738/1
FILM [2] 2819/21 2820/25
FINAL [17] 2730/5 2752/21 2769/21 2770/25 2776/9 2776/11 2776/24 2777/25 2778/8 2782/6 2782/13 2791/1 2791/1 2791/3 2796/15 2821/3 2825/10
FINALIZED [4] 2776/15 2776/21 2777/13 2777/24
FINALLY [2] 2809/17 2823/1
FIND [5] 2708/18 2735/10 2763/9 2825/15 2825/20
FINDING [2] 2698/3 2698/10 2790/2
FINDINGS [1] 2815/13
FINE [4] 2714/3 2722/13 2807/18 2817/2
FINISH [3] 2762/14 2784/9 2784/12
FINISHED [3] 2784/13 2784/14 2801/2
FIRM [4] 2686/21 2687/9 2687/12 2688/2
FIRST [49] 2692/22 2692/23 2692/24 2694/25 2703/7 2705/2 2709/6 2710/25 2711/12 2711/13 2711/15 2711/24 2714/23 2715/2 2715/5 2715/6 2715/19

2720/17 2725/3 2726/24 2726/25 2731/3 2737/23 2747/24 2753/25 2754/8 2754/3 2756/4 2758/4 2762/2 2765/4 2769/16 2769/25 2780/2 2780/25 2782/22 2791/6 2791/7 2791/9 2792/9 2801/22 2804/5 2804/9 2814/8 2815/17 2818/19 2822/20 2823/12 2827/11
FIT [2] 2771/21 2792/1
FITZGERALD [27] 2722/2 2722/19 2722/20 2722/25 2723/2 2723/4 2723/12 2723/17 2724/12 2726/20 2726/24 2744/5 2750/8 2753/15 2754/3 2754/15 2755/5 2758/24 2764/2 2775/21 2778/11 2779/3 2788/2 2789/7 2790/19 2798/8 2799/16
FITZGERALD'S [5] 2777/6 2777/8 2777/11 2780/14 2800/9
FIVE [8] 2699/23 2740/10 2759/2 2759/17 2807/3 2807/4 2807/7 2807/10
FIVE-HOUR [1] 2740/10
FLAWS [1] 2712/4
FLIES [1] 2756/6
FLOOD [15] 2708/14 2719/13 2723/15 2723/20 2726/4 2726/4 2726/6 2727/18 2730/3 2731/19 2745/3 2753/1 2773/22 2776/18 2818/12
FLOODED [1] 2720/2
FLOODING [10] 2723/5 2724/7 2725/25 2726/9 2736/16 2743/14 2744/7 2751/20 2753/15 2754/4
FLOODS [1] 2723/17
FLOOR [5] 2742/17 2742/18 2769/23 2769/25 2770/2
FLORIDA [2] 2687/17 2818/1
FLOW [25] 2697/22 2727/4 2728/17 2743/9 2747/23 2748/2 2748/21 2749/5 2749/10 2749/14 2755/7 2755/12 2755/16 2755/17 2755/18 2755/25 2757/4 2757/4 2757/8 2757/16 2757/17 2759/23 2815/16 2821/13 2823/1
FLOWED [2] 2754/6 2790/5
FLOWING [6] 2747/20 2747/24 2748/6 2751/7 2755/11 2820/17
FLOWS [2] 2723/18 2728/16
FOCUS [10] 2693/9 2696/8 2697/22 2702/5 2717/12 2771/20 2773/1 2773/6 2774/21 2774/24
FOCUSED [1] 2690/21
FOLKS [3] 2739/24 2740/24 2777/19
FOLLOW [2] 2742/9 2790/10
FOLLOW-UP [1] 2742/9
FOLLOWED [1] 2739/24
FOLLOWS [3] 2690/8 2722/21 2803/22
FOOT [77] 2693/20 2693/21 2693/24 2694/4 2694/5 2694/9 2694/9 2694/17 2695/3 2695/3 2695/14 2695/17 2696/5 2696/5 2696/19 2697/11 2698/1 2698/1 2698/4 2698/4 2698/11 2698/11 2735/23 2750/23 2750/24 2762/18 2763/17 2763/18 2764/9 2764/15 2764/16 2764/19 2764/22 2765/7 2765/16 2766/1 2766/5 2766/14 2766/20 2766/20 2766/23 2766/24 2767/6 2781/1 2782/9 2782/11 2782/12 2782/13 2783/17 2785/15 2786/20 2786/22 2786/25 2787/6 2789/3 2791/15 2791/18 2791/20 2798/18 2798/23 2799/1 2799/7 2799/9 2801/11 2801/13 2801/25 2801/25 2802/17 2806/20 2821/7 2821/7 2822/21 2827/12 2828/9 2828/11 2831/14 2831/15
FORCE [1] 2820/18
FORCED [3] 2717/22 2717/25 2718/2

## F

FORCES [1] 2767/13
FORECASTING [1] 2703/2
FOREGOING [1] 2833/14
FOREGROUND [1] 2819/22
FORM [4] 2701/9 2728/7 2737/16 2823/4
FORMALISTIC [1] 2816/11
FORMATION [3] 2706/9 2730/1 2730/4
FORMED [1] 2779/20
FORMS [2] 2705/9 2705/18
FORTH [3] 2810/13 2812/13 2815/1
FOUND [7] 2697/25 2703/10 2737/14 2762/25 2825/16 2825/24 2827/15
FOUNDATION [1] 2820/23
FOUR [13] 2693/23 2701/17 2701/22 2740/9 2740/10 2742/24 2746/10 2750/24 2769/3 2776/20 2776/24 2780/10 2801/13
FOUR-TENTHS [2] 2750/24 2801/13
FOX [2] 2742/14 2742/15
FRAME [3] 2738/18 2741/18 2742/1
FRANK [1] 2687/9
FRANKLIN [1] 2688/17
FRANKLY [1] 2721/16
FRANZ [5] 2734/17 2734/18 2738/19 2738/20 2739/23
FREQUENCIES [1] 2832/22
FREQUENCY [1] 2832/16
FRIDAY [2] 2708/6 2833/5
FRIENDLY [1] 2716/11
FRONT [44] 2691/5 2697/12 2698/22 2699/6 2699/7 2699/18 2699/21 2700/5 2700/13 2700/18 2700/23 2700/25 2701/8 2704/23 2705/10 2705/13 2705/22 2706/1 2706/4 2706/22 2707/17 2707/20 2707/22 2711/7 2712/2 2716/15 2716/15 2719/2 2719/19 2720/15 2758/19 2758/20 2759/2 2771/22 2807/25 2808/15 2808/16 2811/11 2811/20 2814/4 2814/7 2815/4 2815/7 2815/13
FRONT-SIDE [24] 2699/6 2699/18 2699/21 2700/13 2701/8 2706/1 2706/4 2711/7 2712/2 2716/15 2716/15 2719/2 2719/19 2720/15 2807/25 2808/15 2808/16 2811/11 2811/20 2814/4 2814/7 2815/4 2815/7 2815/13
FRONT-TO-BACK [1] 2758/19
FUDGE [1] 2770/21
FULL [12] 2772/8 2796/13 2803/23 2816/11 2819/16 2825/3 2825/15 2825/20 2825/21 2825/25 2833/4 2833/5
FULL-PLANE [3] 2825/3 2825/15 2825/25
FULLY [5] 2812/4 2816/6 2816/13 2830/10 2830/12
FUNCTION [1] 2693/14
FUNDAMENTAL [1] 2831/22
FUNDAMENTALLY [1] 2710/18
FURTHER [8] 2705/25 2705/25 2753/5 2755/6 2775/13 2797/3 2802/14 2820/20
FUTURE [1] 2808/20

## G

GAPS [1] 2787/17
GATHERING [1] 2723/18
GAVE [9] 2712/9 2729/24 2762/17 2780/5 2780/6 2794/16 2799/18 2808/18 2825/20
GENERAL [4] 2805/1 2807/6 2811/3 2811/22

GENERALLY [5] 2715/21 2716/4 2770/10 2776/11 2833/21
GENERATED [1] 2775/25
GENERATING [1] 2808/16
GENERATION [3] 2818/20 2823/23 2828/21
GENERIC [9] 2804/20 2805/23 2806/6 2806/13 2812/8 2812/10 2812/10 2812/18 2812/18
GENTLE [1] 2706/19
GENTLEMEN [1] 2708/22
GEOMETRICALLY [1] 2787/19
GEOMETRIES [1] 2731/20
GEOMETRY [3] 2728/11 2736/5 2799/6
GET [50] 2692/15 2705/24 2705/16 2705/22 2706/23 2706/24 2707/10 2719/20 2719/23 2727/7 2735/7 2735/23 2736/9 2741/2 2746/23 2747/11 2751/2 2753/9 2756/6 2758/12 2765/7 2770/13 2774/17 2778/16 2778/20 2783/19 2792/1 2792/5 2794/3 2794/3 2794/14 2796/13 2797/14 2800/17 2801/3 2807/19 2811/7 2812/4 2812/23 2820/25 2823/15 2824/20 2826/22 2827/5 2827/6 2831/10 2832/4 2832/8 2832/12 2832/14 2832/24
GETS [7] 2706/6 2722/12 2723/8 2781/19 2782/14 2783/11 2816/4
GETTING [4] 2719/21 2762/7 2794/24 2821/4
GIANT [1] 2822/10
GIGABYTES [2] 2813/21 2813/22
GIGS [1] 2810/3
GILBERT [2] 2688/2 2688/3
GIS [4] 2728/4 2781/23 2786/14 2797/22
GIVE [19] 2710/4 2721/4 2723/2 2728/7 2762/8 2795/6 2797/14 2800/20 2803/9 2807/3 2807/10 2809/18 2809/19 2810/9 2810/15 2812/8 2813/19 2819/16 2822/10
GIVEN [12] 2743/20 2743/21 2744/7 2753/11 2754/1 2799/20 2799/22 2805/15 2812/13 2814/24 2815/24 2826/7
GIVES [3] 2793/23 2809/11 2811/23
GIWW [1] 2729/2
GO [69] 2691/18 2692/23 2693/8 2694/1 2694/9 2695/25 2696/6 2697/21 2698/2 2698/9 2699/14 2704/10 2704/21 2708/25 2709/5 2709/25 2710/22 2718/12 2719/13 2726/18 2726/19 2731/2 2732/19 2735/11 2741/9 2744/3 2746/24 2749/22 2750/7 2750/13 2753/10 2756/2 2757/1 2760/12 2761/1 2763/25 2764/13 2764/13 2764/19 2764/24 2765/3 2766/9 2772/9 2772/19 2774/17 2775/23 2776/9 2776/16 2781/18 2783/17 2795/3 2795/7 2797/5 2800/1 2804/25 2807/8 2815/5 2816/15 2816/22 2816/25 2819/11 2822/11 2825/19 2827/3 2828/19 2829/2 2830/5 2830/15 2833/6
GOAL [1] 2778/16
GOD [1] 2743/20
GOES [8] 2709/14 2712/3 2731/9 2732/6 2738/17 2741/10 2813/13 2822/25
GOING [66] 2692/15 2703/5 2707/6 2709/24 2710/1 2712/13 2712/16 2717/21 2719/9 2722/3 2724/1 2726/19 2743/9 2750/7 2767/10 2772/1 2772/22 2780/1 2780/2 2781/18 2790/1 2793/3 2794/6 2795/25 2798/11 2800/10 2800/21 2800/24 2801/1 2802/16 2803/10 2803/13 2803/18 2807/3 2807/4

GENERALLY [5] 2809/9 2809/11 2809/12 2809/17 2809/19 2811/21 2811/23 2811/13
2811/15 2812/17 2812/18 2813/5
2814/24 2815/1 2815/3 2815/6 2815/12
2815/14 2816/11 2816/12 2816/21
2819/15 2819/16 2819/23 2820/4
2820/13 2827/5 2828/12 2832/6 2832/14
GONE [3] 2744/1 2782/4 2808/20
GOOD [26] 2690/5 2713/23 2734/15
2735/24 2735/24 2737/7 2737/25 2738/7
2738/8 2740/1 2741/2 2749/24 2753/7
2772/11 2773/15 2804/2 2804/3 2807/1
2812/12 2812/19 2820/18 2825/9
2825/13 2829/19 2833/1 2833/7
GOODNESS [1] 2716/10
GOT [35] 2721/24 2726/17 2727/11
2732/11 2732/14 2732/20 2732/23
2733/14 2737/14 2738/5 2752/3 2753/9
2756/15 2762/2 2762/4 2764/15 2764/16
2788/14 2788/25 2789/10 2790/16
2790/17 2791/7 2791/16 2792/9 2793/3
2794/8 2800/2 2800/2 2800/3 2800/5
2805/9 2807/5 2828/6 2830/7
GOTTEN [3] 2721/13 2796/18 2825/9
GOVERNMENT [6] 2687/13 2753/11
2797/16 2800/5 2800/15 2813/4
GOVERNMENT'S [4] 2722/16 2769/19
2800/21 2800/22
GRADE [3] 2782/6 2782/13 2791/1
GRADES [1] 2825/9
GRADIENTS [1] 2824/1
GRAPH [3] 2703/7 2740/16 2793/10
GRAPHIC [1] 2760/20
GRAPHICAL [1] 2737/13
GRAPHICALLY [1] 2708/4
GRAPHS [1] 2830/19
GRASS [6] 2694/11 2694/14 2695/12
2695/16 2701/24 2749/16
GRASS-COVERED [2] 2694/11 2695/12
GREAT [1] 2812/5
GREATER [3] 2695/22 2699/21 2808/20
GREATEST [2] 2700/13 2703/19
GREEN [3] 2738/3 2781/9 2781/22
GREIF [2] 2688/12 2722/18
GRID [1] 2827/1
GROUND [1] 2709/16
GROUP [3] 2688/7 2691/11 2777/17
GROWTH [1] 2831/24
GUESS [6] 2714/7 2728/10 2770/21
2770/25 2816/14 2825/8
GUIDANCE [3] 2694/5 2696/1 2778/4
GUIDELINE [1] 2696/1
GUIDELINES [2] 2729/24 2729/25

## H

H-E-C [1] 2724/21
HAD [93] 2692/10 2696/18 2697/15
2699/11 2700/24 2703/6 2703/11 2704/2
2704/14 2704/15 2705/1 2708/6 2708/8
2708/18 2708/21 2709/1 2717/9 2719/12
2719/17 2721/13 2721/14 2727/8
2727/20 2727/24 2728/1 2728/11
2728/12 2728/18 2728/20 2728/22
2729/1 2729/14 2732/15 2733/3 2733/9
2735/9 2739/7 2739/8 2739/9 2748/20
2751/5 2752/2 2752/7 2753/2 2758/1
2758/11 2764/9 2767/12 2767/14
2771/13 2777/14 2777/16 2777/16
2777/17 2777/18 2777/20 2777/21
2778/3 2778/18 2779/16 2779/17
2780/11 2786/9 2786/18 2786/19
2787/19 2787/22 2787/22 2790/11
2792/10 2803/17 2804/22 2805/4

Case 2:05-cv-04182-SRD-JCW Document 20495-3 Filed 05/22/2009 Page 161 of 178

HAD... [20]  2806/17 2809/13 2809/13
2812/11 2812/12 2812/15 2813/1
2814/22 2815/25 2816/25 2820/23
2821/8 2821/15 2822/12 2825/5 2825/16
2825/17 2826/2 2826/17 2827/8
HALF [26]  2721/3 2730/6 2731/2
2746/21 2749/25 2765/23 2786/15
2786/16 2790/25 2791/6 2791/15
2791/18 2791/19 2801/13 2801/18
2809/23 2810/3 2810/6 2812/2 2812/6
2812/7 2812/17 2812/20 2816/25 2825/2
2825/2
HALF-PLANE [2]  2825/2 2825/2
HALFWAY [1]  2718/19
HAND [2]  2825/7 2825/8
HANDED [1]  2809/24
HAPPEN [3]  2758/1 2758/11 2821/13
HAPPENED [7]  2703/24 2714/10 2719/9
2736/13 2758/13 2779/20 2789/20
HAPPENING [1]  2749/18
HAPPENS [5]  2755/2 2828/18 2829/5
2831/4 2831/22
HAPPY [1]  2714/1
HARBOR [1]  2725/16
HARD [2]  2754/11 2810/2
HARRIS [2]  2723/15 2774/9
HAS [26]  2706/4 2707/17 2710/8 2714/2
2723/10 2723/12 2723/4 2723/17
2731/12 2731/14 2743/4 2746/18 2782/9
2782/23 2784/24 2802/24 2815/20
2817/8 2818/17 2818/24 2819/10
2820/16 2820/17 2826/12 2829/19
2831/24
HASN'T [1]  2814/19
HAVE [163]
HAVEN'T [1]  2772/4
HAVING [6]  2690/7 2722/20 2803/21
2812/5 2826/24 2832/3
HAZARDS [1]  2818/6
HB [1]  2688/20
HB-406 [1]  2688/20
HE [110]  2699/22 2703/8 2710/8 2710/8
2710/9 2710/9 2710/9 2710/12 2710/12
2712/9 2722/4 2723/10 2723/22 2727/24
2728/1 2728/2 2728/2 2728/4 2728/6
2729/24 2732/15 2732/16 2733/3
2742/17 2749/2 2755/24 2762/16
2763/13 2763/14 2768/18 2768/21
2770/18 2770/20 2770/20 2770/23
2772/5 2777/8 2777/10 2777/16 2777/16
2777/17 2777/17 2777/19 2777/20
2777/21 2777/21 2777/25 2778/3 2778/4
2778/6 2780/17 2781/11 2782/9 2782/23
2802/24 2803/19 2807/16 2808/14
2808/16 2808/17 2808/25 2809/10
2809/11 2809/15 2809/18 2809/18
2810/17 2810/19 2810/20 2810/20
2810/22 2810/24 2811/4 2811/6 2811/6
2811/14 2811/15 2811/20 2811/22
2811/23 2812/9 2812/11 2814/6 2814/13
2814/14 2814/15 2814/18 2814/19
2814/23 2815/1 2815/2 2815/3 2815/5
2815/14 2815/17 2817/7 2817/12
2817/18 2817/20 2817/25 2818/2
2818/14 2818/17 2818/18 2818/20
2818/22 2818/22 2820/4 2820/5 2820/4
2832/18 2818/18
HE'S [5]  2710/14 2756/15 2795/25
2800/3 2818/18
HEADCUT [5]  2705/9 2705/9 2705/17
2705/21 2706/4
HEADCUTTING [1]  2705/15

HEAR [2]  2762/16 2762/18
HEARD [1]  2710/25
HEARING [2]  2758/21 2759/25
2823/8 2825/2 2830/4
HEARING [6]  2758/21 2759/25
HEART [1]  2800/15
HEAVY [1]  2703/3
HEC [17]  2724/20 2725/25 2726/3
2726/8 2726/12 2731/21 2731/25
2735/18 2744/6 2748/18 2751/16 2773/2
2774/21 2776/5 2776/8 2776/21 2778/13
HEC-2 [1]  2726/3
HEC-HMS [1]  2731/25
HEC-RAS [14]  2724/20 2725/25 2726/8
2726/12 2731/21 2735/18 2744/6
2748/18 2751/16 2773/2 2774/21 2776/5
2776/8 2776/21
HEIGHT [14]  2741/6 2741/8 2746/13
2761/9 2762/18 2766/1 2766/5 2781/6
2781/7 2786/2 2809/6 2811/21 2824/6
2829/19
HEIGHTS [6]  2715/1 2727/19 2766/7
2779/12 2797/11 2826/7
HELD [2]  2700/20 2817/8
HELP [7]  2705/4 2705/12 2713/8 2793/5
2793/11 2793/12 2830/6
HELPS [3]  2703/12 2738/9 2743/23
HERE [92]  2691/19 2694/2 2696/8
2696/23 2705/22 2706/16 2707/1 2713/1
2714/23 2715/2 2715/5 2716/24 2719/4
2720/24 2729/3 2729/4 2729/4 2729/21
2729/25 2730/13 2731/8 2733/1 2733/10
2734/4 2734/10 2738/22 2739/5 2739/6
2739/6 2741/24 2742/6 2742/23 2747/25
2747/5 2748/23 2749/2 2749/3 2749/7
2749/21 2749/25 2752/17 2752/20
2753/8 2756/6 2756/7 2759/1 2760/17
2762/12 2763/9 2764/13 2764/14 2765/6
2768/4 2772/20 2775/18 2777/6 2782/3
2784/21 2787/10 2788/14 2788/15
2793/3 2798/11 2799/6 2800/17 2807/20
2814/18 2815/14 2819/21 2819/24
2820/2 2820/13 2820/19 2820/21
2821/10 2821/11 2823/18 2824/2
2824/21 2825/1 2825/1 2825/15 2826/8
2826/9 2827/11 2828/8 2828/14 2829/3
2831/7 2831/8 2831/9 2832/23
HEREBY [1]  2833/14
HIGH [17]  2694/19 2695/16 2696/15
2699/10 2700/19 2705/17 2735/3 2735/6
2735/10 2737/2 2746/7 2751/2 2784/25
2795/7 2801/14 2824/3 2824/4
HIGH-QUALITY [3]  2694/19 2695/16
2696/15
HIGHER [28]  2700/25 2707/8 2707/8
2714/20 2715/2 2716/2 2731/8 2735/5
2743/8 2743/8 2743/1 2747/17 2781/5
2783/6 2786/10 2789/12 2791/13
2791/14 2798/18 2798/22 2799/7
2801/11 2806/17 2826/3 2831/17 2832/3
2832/4 2832/5
HIGHEST [5]  2699/9 2700/10 2700/16
2817/9 2824/3
HIGHLIGHT [1]  2772/23
HIM [22]  2724/4 2762/4 2762/19
2770/18 2770/23 2772/8 2778/19
2780/16 2784/9 2784/12 2794/16
2799/18 2807/4 2808/23 2808/24
2809/17 2809/20 2812/13 2815/4 2815/6
2822/5 2822/6
HIRED [2]  2783/19 2783/21
HIS [60]  2699/17 2708/8 2708/9 2710/14
2711/4 2712/6 2723/14 2723/22 2724/1
2724/3 2728/2 2728/5 2732/15 2733/3

2762/12 2762/14 2769/14 2770/8 2773/8
2783/5 2793/12 2793/13 2797/10
2797/11 2799/11 2799/13 2799/17
2799/20 2803/18 2803/19 2807/24
2808/3 2808/14 2808/18 2808/17 2808/24
2810/15 2811/5 2811/16 2811/16
2811/22 2811/24 2812/9 2813/7 2814/7
2814/12 2814/19 2814/22 2814/23
2815/1 2815/2 2815/17 2816/17 2818/15
2819/4 2819/6 2819/13
HMS [1]  2731/25
HOLD [1]  2810/11
HOLDER [1]  2818/23
HOLDS [3]  2728/17 2817/6 2818/14
HOME [1]  2741/3
HOMELAND [1]  2818/9
HONEST [1]  2721/3
HONEYCUTT [1]  2687/16
HONOR [42]  2690/10 2704/10 2709/12
2709/14 2712/14 2713/7 2715/13 2722/8
2723/1 2723/25 2726/19 2749/22 2755/1
2756/1 2760/5 2785/3 2799/10 2802/20
2802/22 2803/5 2803/10 2803/13
2803/17 2803/19 2807/9 2807/12 2812/7
2812/22 2813/24 2814/3 2815/18
2816/19 2816/24 2817/6 2819/12
2819/18 2820/1 2821/24 2822/6 2822/8
2827/25 2833/1
HONOR'S [2]  2814/17 2819/8
HONORABLE [1]  2686/11
HONORS [1]  2818/25
HOPE [1]  2686/16
HOPEFULLY [1]  2822/24
HORIZONTAL [10]  2708/7 2709/2
2709/7 2709/10 2709/11 2709/21 2710/6
2710/7 2710/17 2710/17
HORIZONTALLY [1]  2728/21
HOUR [14]  2720/18 2720/20 2721/3
2721/10 2740/10 2749/25 2790/25
2791/2 2791/6 2791/7 2791/13 2791/19
2791/20 2801/17
HOUR-AND-A-HALF [1]  2790/25
HOURS [12]  2718/11 2718/16 2718/21
2719/23 2730/6 2740/10 2742/25
2743/10 2746/10 2749/12 2791/6
2801/18
HOUSEKEEPING [1]  2753/8
HOUSTON [3]  2723/16 2741/1 2748/8
HOW [52]  2691/4 2693/13 2695/22
2701/22 2704/6 2705/4 2717/15 2718/4
2718/9 2718/13 2721/24 2726/15 2727/7
2727/18 2730/8 2733/18 2735/6 2735/17
2737/4 2739/23 2740/5 2740/16 2741/5
2741/7 2744/20 2747/20 2752/22
2761/12 2771/24 2779/14 2787/19
2790/20 2794/14 2794/22 2795/14
2800/23 2802/9 2805/15 2808/21
2809/19 2810/5 2812/10 2814/16
2814/22 2824/23 2829/17 2830/10
2831/1 2832/9 2832/21 2832/22 2832/22
HOWEVER [1]  2764/12
HUNDREDS [2]  2815/21 2830/13
HURRICANE [7]  2700/21 2728/1 2734/7
2736/9 2737/23 2758/13 2818/3
HYDRAULIC [1]  2749/5
HYDRAULICS [4]  2723/5 2724/6
2724/14 2748/11
HYDRODYNAMIC [7]  2701/19 2703/17
2773/7 2811/4 2811/10 2811/12 2811/19
HYDRODYNAMICS [2]  2772/24 2773/2
HYDROGRAPH [33]  2702/16 2719/5
2719/8 2719/8 2719/20 2721/8 2732/5

**H**

HYDROGRAPH... [26]  2733/10 2733/11
2733/23 2736/10 2737/16 2738/14
2738/15 2739/18 2739/20 2739/23
2740/5 2740/6 2741/17 2742/7 2742/10
2742/19 2746/19 2746/20 2752/12
2769/7 2769/15 2769/17 2770/8 2770/13
2771/1 2771/5
HYDROGRAPHS [27]  2702/4 2726/17
2732/23 2733/2 2733/5 2733/7 2733/21
2733/24 2734/12 2740/2 2743/4 2743/5
2743/12 2746/6 2752/3 2768/11 2768/12
2768/14 2768/16 2769/1 2769/3 2769/16
2769/22 2769/23 2770/1 2770/17
2770/19
HYDROLOGIC [1]  2732/1
HYDROLOGICAL [2]  2724/21 2732/1
HYDROLOGY [4]  2723/5 2724/6 2732/2
2790/5
HYPOTHETICAL [1]  2721/9
HYPOTHETICALLY [1]  2790/1

**I**

I'D [13]  2690/9 2691/18 2693/8 2696/7
2711/12 2723/2 2723/25 2743/13
2747/19 2749/22 2753/25 2754/14
2755/5
I'LL [16]  2706/22 2713/9 2719/3 2719/7
2721/5 2746/24 2764/25 2768/17
2770/25 2775/8 2795/20 2795/24
2803/20 2807/10 2823/10 2828/3
I'M [74]  2690/5 2703/5 2709/22 2709/24
2710/1 2712/13 2712/16 2713/4 2713/6
2713/16 2713/24 2714/1 2714/6 2714/13
2714/22 2715/12 2719/9 2720/8 2720/12
2721/7 2722/18 2726/19 2731/4 2731/11
2734/18 2741/5 2744/14 2753/7 2756/6
2758/5 2758/5 2758/24 2760/25 2763/8
2763/9 2765/8 2766/17 2776/17 2780/1
2780/2 2782/19 2784/10 2790/1 2790/17
2791/21 2793/3 2794/7 2794/24 2795/17
2798/11 2799/16 2800/10 2801/1
2802/16 2803/8 2804/12 2804/13 2807/3
2807/3 2809/17 2810/12 2811/13 2813/5
2815/6 2816/10 2816/12 2816/21
2819/15 2819/16 2822/16 2823/22
2831/9 2831/13 2832/23
I'VE [13]  2700/16 2730/13 2734/9
2745/23 2753/11 2758/21 2759/25
2788/14 2793/3 2793/17 2807/5 2813/19
2830/7
IDEA [2]  2712/25 2807/1
IDENTICAL [5]  2725/12 2752/24
2754/20 2754/22 2823/17
IDENTIFY [1]  2705/4
IF [110]  2691/18 2696/7 2697/18 2702/8
2705/12 2706/5 2708/10 2712/24 2714/1
2714/8 2715/1 2715/23 2716/1 2716/7
2717/23 2718/1 2719/3 2719/10 2719/20
2720/12 2720/15 2720/23 2721/9
2721/11 2721/24 2722/12 2723/7 2731/6
2735/22 2743/21 2744/2 2753/2 2754/14
2756/2 2756/6 2756/7 2757/21 2759/17
2760/3 2763/24 2764/24 2765/8 2766/3
2767/16 2772/19 2772/22 2773/16
2775/8 2775/23 2776/9 2780/9 2787/19
2787/22 2788/5 2788/24 2789/10
2789/14 2790/2 2790/3 2790/6 2790/10
2792/4 2792/6 2793/3 2793/14 2794/2
2794/9 2794/13 2794/15 2795/14
2796/12 2798/17 2799/7 2800/21
2801/10 2802/16 2802/17 2805/4 2805/6
2805/6 2805/12 2806/16 2806/17 2807/6
2807/10 2808/17 2809/23 2809/24
2811/2 2812/2 2813/19 2815/4 2821/8
2821/14 2822/12 2822/16 2823/11
2825/23 2826/15 2827/16 2827/19
2827/21 2827/25 2828/8 2828/8 2829/2
2830/5 2830/6 2830/13 2833/1
IHNC [26]  2725/16 2725/17 2729/2
2729/13 2730/2 2733/9 2733/13 2738/24
2745/9 2745/11 2745/13 2745/13
2745/15 2747/12 2747/25 2748/1
2750/11 2750/16 2751/8 2751/13
2754/10 2754/18 2762/2 2776/12
2796/23 2801/23
II [2]  2687/24 2688/6
ILLUSTRATED [2]  2704/23 2705/13
ILLUSTRATION [5]  2707/25 2710/23
2714/11 2714/14 2819/9
ILLUSTRATIONS [1]  2719/4
IMAGES [1]  2797/22
IMMEDIATELY [1]  2827/2
IMPACT [5]  2748/9 2751/13 2789/15
2810/24 2822/15
IMPACTED [2]  2697/5 2814/22
IMPACTS [1]  2691/5
IMPERILED [1]  2800/23
IMPLEMENTATION [2]  2817/16 2819/5
IMPLICATION [1]  2708/17
IMPORTANT [20]  2717/18 2768/10
2771/7 2773/8 2774/14 2778/19 2778/22
2778/24 2779/1 2779/2 2779/21 2779/21
2807/23 2816/2 2817/5 2823/6 2824/1
2825/21 2826/23 2831/8
IMPOSSIBLE [2]  2720/9 2720/11
IMPRESSION [1]  2812/1
IMPROVE [3]  2702/22 2726/15 2726/16
IMPROVED [5]  2726/13 2726/17 2776/7
2776/10 2818/12
IMPROVING [1]  2817/22
IN [431]
IN THE [1]  2763/4
INAPPROPRIATE [1]  2709/17
INCHES [2]  2744/23 2744/23
INCLUDE [2]  2788/4 2789/14
INCLUDED [4]  2774/2 2788/10 2789/1
2814/7
INCLUDES [1]  2775/14
INCLUDING [7]  2742/14 2771/10
2811/11 2811/20 2818/19 2818/23
2818/25
INCORRECT [1]  2710/18
INCORRECTLY [1]  2710/19
INCREASE [1]  2827/14
INCREASED [2]  2822/20 2827/12
INDICATE [3]  2721/12 2758/7 2829/15
INDICATED [2]  2730/2 2792/10
INDICATES [2]  2693/16 2695/4
INDICATIONS [1]  2691/7
INDIVIDUAL [4]  2742/17 2768/6 2781/14
2783/1
INDIVISIBLE [1]  2754/13
INDUCED [10]  2698/21 2699/2 2699/9
2699/18 2700/5 2706/16 2706/18
2708/15 2708/19 2719/25
INDULGENCE [1]  2819/8
INDULGING [1]  2821/25
INDUSTRY [1]  2818/18
INEXPENSIVE [1]  2831/2
INFLOW [3]  2732/5 2732/5 2732/11
INFLUENCE [6]  2701/22 2704/3 2704/5
2704/14 2704/15 2717/9
INFLUENCED [1]  2703/17
INFORMATION [56]  2712/7 2712/8
2714/12 2723/18 2727/7 2727/10
2727/15 2727/19 2727/21 2727/25
2727/25 2728/3 2728/4 2728/4 2728/8
2728/20 2728/21 2732/8 2732/14
2732/25 2735/7 2737/18 2737/25 2738/4
2738/8 2740/24 2741/2 2741/4 2752/1
2752/3 2752/10 2759/9 2762/17 2771/13
2771/15 2773/19 2774/14 2777/16
2777/18 2778/3 2778/18 2784/6 2784/16
2784/17 2790/22 2805/15 2807/5 2807/7
2810/3 2811/10 2813/9 2813/11 2815/24
2816/4 2816/6 2816/10
INFORMED [1]  2722/5
INHABITED [1]  2719/14
INITIAL [4]  2776/5 2790/25 2806/15
2824/14
INITIALLY [3]  2706/23 2747/24 2762/10
INITIALS [1]  2775/20
INITIATED [1]  2766/4
INNER [3]  2696/2 2725/16 2803/2
INNER-HARBOR [1]  2725/16
INNOVATIVE [1]  2818/10
INPUT [11]  2728/6 2733/6 2733/14
2746/21 2771/8 2775/5 2776/6 2778/23
2813/10 2831/24 2831/25
INPUTS [4]  2759/10 2768/10 2768/22
2769/22
INQUIRY [1]  2812/15
INSERTED [1]  2781/22
INSIDE [3]  2743/8 2748/4 2824/20
INSTANCE [1]  2693/19
INSTANCES [2]  2693/23 2699/6
INSTEAD [1]  2790/12
INSTRUCTIONS [2]  2764/15 2764/18
INSURANCE [1]  2726/4
INSURERS [1]  2688/2
INTACT [2]  2698/25 2699/1
INTEGRATED [1]  2818/16
INTEGRATIONS [1]  2824/19
INTENT [2]  2808/24 2809/4
INTENTION [2]  2786/3 2786/6
INTERACTED [1]  2754/10
INTERESTING [2]  2751/3 2821/25
INTERIOR [17]  2723/5 2723/23 2724/6
2726/8 2727/1 2727/11 2733/6 2736/4
2736/6 2736/16 2737/19 2738/8 2751/20
2753/15 2772/25 2789/19 2808/11
INTERMEDIATE [2]  2823/14 2824/11
INTERNAL [2]  2821/12 2825/23
INTERNATIONAL [6]  2694/7 2694/24
2701/13 2770/21 2815/16 2823/2
INTERPRETED [1]  2700/4
INTERRUPT [1]  2743/15
INTERRUPTION [1]  2703/13
INTERVAL [2]  2710/14 2718/15
INTERVALS [2]  2710/8 2710/9
INTO [58]  2694/21 2705/14 2706/4
2706/17 2707/19 2715/10 2717/23
2717/25 2718/2 2719/6 2719/25 2720/3
2724/1 2726/18 2727/5 2728/18 2731/23
2732/3 2732/5 2732/6 2732/18 2732/19
2739/15 2743/9 2743/11 2746/23
2750/25 2751/7 2755/20 2759/10
2763/10 2766/6 2769/10 2769/12 2771/8
2771/11 2774/14 2779/17 2779/17
2781/22 2786/1 2787/21 2787/23
2796/18 2797/4 2799/9 2802/24 2808/20
2810/17 2811/13 2812/23 2816/4 2820/7
2821/4 2823/15 2824/20 2832/4 2832/24
INTRODUCES [1]  2810/10
INTRODUCTION [1]  2723/2
INVALUABLE [1]  2698/17
INVOLVED [2]  2726/11 2750/10

## I

INVOLVES [1] 2815/20
IPET [30] 2716/19 2716/21 2723/23
2726/10 2726/13 2727/8 2727/9 2727/22
2731/24 2731/25 2732/8 2735/4 2735/6
2735/9 2737/9 2737/12 2739/22 2740/22
2740/23 2742/9 2744/18 2778/14
2778/18 2783/15 2784/5 2784/17 2818/1
2825/3 2825/5 2825/18
IRRECONCILABLE [1] 2716/16
IRREGULAR [6] 2728/13 2766/8
2779/14 2781/16 2787/17 2832/17
IRREGULARITY [1] 2706/25
IRRELEVANT [1] 2819/14
IS [446]
IS THE [1] 2790/14
ISN'T [15] 2692/11 2693/20 2693/23
2696/10 2700/13 2708/22 2712/17
2716/24 2717/3 2757/22 2760/16
2768/25 2771/19 2792/2 2792/21
ISOLATE [1] 2744/6
ISOLATED [1] 2699/6
ISSUE [9] 2695/21 2695/22 2705/2
2722/4 2756/5 2802/17 2808/22 2814/4
2826/11
ISSUES [3] 2776/22 2797/17 2800/14
IT [374]
IT'S [124] 2695/4 2697/8 2701/25 2702/1
2702/25 2703/14 2706/9 2708/9 2708/13
2709/17 2709/24 2710/1 2710/23
2710/24 2711/21 2711/24 2712/2 2712/8
2713/24 2714/1 2714/3 2714/8 2714/12
2718/15 2719/15 2720/19 2721/4
2722/15 2722/25 2723/8 2726/2 2726/3
2726/3 2729/18 2731/7 2731/13 2733/11
2736/11 2736/24 2737/15 2738/8
2738/20 2740/10 2741/23 2742/25
2743/9 2746/14 2746/16 2747/18 2755/6
2755/10 2755/19 2755/25 2757/14
2757/14 2757/16 2758/18 2758/19
2758/23 2758/23 2758/23 2761/8
2761/12 2761/13 2761/13 2765/6 2766/8
2769/20 2773/8 2775/2 2780/10 2781/16
2782/4 2782/7 2783/9 2788/18 2788/18
2790/16 2793/12 2797/9 2802/4 2804/8
2805/22 2807/23 2808/17 2809/25
2810/1 2810/16 2810/16 2810/17 2812/3
2812/7 2812/17 2812/18 2813/5 2816/1
2816/2 2816/3 2816/5 2816/20 2819/12
2819/13 2819/14 2821/1 2821/3 2821/10
2823/6 2823/16 2824/15 2825/19
2826/11 2827/1 2827/1 2827/24 2828/2
2828/9 2828/10 2828/10 2830/3 2830/4
2830/9 2832/3 2832/19 2833/3
ITEM [1] 2803/7
ITEMS [1] 2756/9
ITERATIONS [1] 2774/2
ITS [6] 2699/11 2705/16 2726/2 2751/17
2753/2 2815/22
ITSELF [12] 2701/24 2702/15 2702/17
2706/7 2707/10 2727/4 2732/23 2736/9
2745/4 2754/9 2821/1 2829/17

## J

JACKSON [4] 2737/21 2739/25 2740/15
2740/24
JAMES [2] 2687/6 2688/13
JANUARY [7] 2710/24 2756/10 2772/17
2813/3 2813/6 2813/12 2813/16
JANUARY 26 [3] 2813/3 2813/12
2813/16
JANUARY 28 [1] 2710/24

JANUARY 29 [2] 2756/10 2772/17
JANUARY NIGHT [1] 2813/6
JEFF [2] 2774/3 2774/9
JEFFERSON [1] 2687/6
JEFFREY [1] 2688/11
JOANEN [1] 2686/19
JOANNES [3] 2732/24 2768/21 2778/10
JOB [4] 2719/21 2748/8 2811/16
2812/15
JOHN [1] 2688/17
JON [1] 2812/25
JONATHAN [1] 2686/22
JOSEPH [2] 2686/18 2686/18
JOSHUA [1] 2687/20
JOURNAL [1] 2829/10
JR [7] 2686/11 2687/9 2687/16 2687/22
2687/23 2688/10 2688/13
JUDGE [6] 2686/11 2701/14 2765/20
2782/14 2784/10 2822/12
JUDGES' [1] 2804/14
JUDGMENT [1] 2730/12
JUDGMENTS [1] 2771/16
JUST [116] 2691/10 2691/20 2692/22
2692/23 2693/10 2694/25 2695/22
2697/1 2699/13 2700/16 2700/24
2701/25 2702/18 2705/13 2705/19
2706/15 2708/10 2709/13 2709/25
2711/4 2711/15 2713/8 2713/16 2713/17
2713/20 2714/3 2716/16 2720/7 2720/25
2721/7 2723/2 2728/17 2729/11 2730/11
2734/16 2734/24 2734/25 2736/21
2737/7 2737/20 2737/21 2738/10
2739/20 2739/22 2741/5 2741/19 2744/5
2744/13 2745/5 2748/11 2750/7 2750/14
2754/24 2761/20 2763/8 2763/19 2764/4
2764/6 2767/5 2772/11 2772/18 2775/8
2775/18 2776/1 2777/22 2778/5 2779/13
2780/23 2781/18 2785/24 2786/22
2786/25 2787/18 2787/23 2787/25
2788/15 2788/18 2788/21 2789/23
2789/25 2790/1 2790/10 2791/22
2792/13 2797/13 2797/16 2798/12
2799/3 2799/13 2800/18 2801/1 2803/9
2805/1 2806/18 2810/8 2812/7 2814/14
2816/10 2816/24 2819/8 2820/18
2820/24 2820/24 2821/6 2821/11
2821/19 2821/25 2823/7 2823/21
2825/15 2827/4 2828/11 2829/25
2830/21 2831/19 2833/6
JUSTICE [1] 2688/9
JUSTIFIED [2] 2773/10 2802/5
JX [8] 2693/9 2696/7 2697/21 2718/12
2737/9 2748/13 2756/2 2797/12
JX-0126 [1] 2756/2
JX-0126.3 [1] 2797/12
JX-0197 [2] 2697/21 2718/12
JX-211 [3] 2693/9 2696/7 2748/13
JX-265 [1] 2737/9

## K

KALIMAH [1] 2688/11
KARA [1] 2688/14
KATRINA [29] 2695/20 2695/23 2703/18
2724/15 2725/3 2725/15 2727/21 2728/4
2728/12 2730/11 2734/22 2735/4
2735/19 2736/13 2736/15 2736/24
2738/2 2751/5 2752/19 2752/22 2758/13
2779/15 2783/16 2784/3 2784/6 2784/17
2787/16 2790/12 2796/16
KEA [1] 2686/22
KEEP [3] 2713/8 2799/4 2820/6
KELLS [1] 2688/12
KEMP'S [1] 2717/12

KEYING [1] 2792/6
KIN [1] 2832/13
KIND [8] 2727/3 2735/15 2751/10
2779/18 2789/19 2804/15 2809/9
2813/20
KINDS [1] 2773/12
KNOW [48] 2713/11 2720/16 2722/2
2735/20 2736/6 2742/14 2743/18
2745/23 2746/23 2748/13 2748/18
2751/22 2754/14 2756/9 2758/6 2758/9
2770/15 2770/16 2770/20 2770/22
2777/13 2782/24 2785/3 2786/11
2788/16 2789/25 2792/4 2792/6 2792/7
2794/15 2795/4 2800/18 2800/21
2800/22 2800/23 2802/9 2802/10
2803/17 2807/2 2808/19 2808/21
2809/15 2811/23 2817/4 2826/2 2826/11
2831/1 2832/15
KNOWN [2] 2743/3 2761/15
KNOWS [3] 2743/21 2768/18 2768/22
KOK [1] 2757/25

## L

LABEL [1] 2722/11
LABELED [1] 2728/25
LAFAYETTE [1] 2687/7
LAKE [2] 2734/6 2743/8
LAKE BORGNE [1] 2743/8
LAKE PONTCHARTRAIN [1] 2734/6
LAND [3] 2781/19 2782/2 2783/2
LANDWARD [1] 2827/2
LARGE [9] 2701/13 2765/9 2765/9
2798/13 2805/10 2820/18 2820/22
2821/15 2827/14
LARGER [7] 2692/21 2715/13 2715/18
2739/4 2787/17 2787/18 2821/7
LARGEST [3] 2692/19 2692/24 2820/14
LASER [2] 2691/21 2756/8
LAST [14] 2717/12 2730/1 2735/2
2737/2 2744/16 2745/7 2755/10 2777/25
2785/5 2785/23 2810/13 2812/9 2817/8
2818/24
LATE [2] 2690/6 2824/16
LATER [7] 2707/4 2744/3 2746/23
2776/24 2777/8 2823/15 2832/14
LATERAL [2] 2708/7 2708/12 2708/13
2709/3 2709/7 2709/21 2710/20
LATITUDE [1] 2800/19
LATTIMORES [1] 2734/19
LAW [6] 2686/18 2686/21 2687/9
2687/12 2687/22 2713/17
LAWN [1] 2687/3
LAWYER [1] 2813/1
LAWYER'S [1] 2687/13
LAWYERS [1] 2822/10
LAWYERS' [1] 2804/14
LEAD [1] 2723/23
LEADER [2] 2817/12 2818/1
LEADING [4] 2705/9 2705/24 2706/18
2818/4
LEARN [1] 2825/18
LEAST [5] 2700/7 2742/16 2755/10
2759/22 2777/25
LEAVE [3] 2718/23 2751/9 2816/21
LED [3] 2719/1 2818/2 2818/9
LEFT [13] 2729/14 2737/14 2737/15
2738/15 2748/24 2748/25 2749/19
2751/7 2752/17 2763/20 2763/22 2764/5
2828/12
LEGEND [1] 2710/25
LENGTH [11] 2691/24 2692/2 2692/7
2692/18 2693/13 2731/10 2761/13
2787/21 2787/22 2788/22 2790/15

**L**

LENGTHS [2] 2730/13 2764/14
LESS [13] 2750/25 2751/1 2751/9
2799/9 2805/20 2810/22 2811/15 2824/3
2824/4 2826/23 2831/20 2832/1 2832/6
LET [33] 2706/15 2707/23 2715/3
2720/5 2721/15 2721/23 2740/14 2744/5
2746/24 2753/8 2753/11 2756/4 2756/13
2767/11 2772/4 2772/8 2778/8 2780/16
2784/8 2784/9 2784/12 2787/13 2788/2
2792/13 2797/4 2797/16 2800/4 2800/18
2803/6 2807/4 2807/12 2807/21 2810/8
LET'S [53] 2692/22 2694/1 2694/9
2695/12 2695/25 2696/6 2696/17
2697/21 2697/22 2698/2 2698/9 2702/5
2704/21 2708/25 2709/5 2710/22
2710/25 2718/12 2718/12 2718/23
2721/10 2725/24 2728/23 2734/3
2734/21 2736/20 2737/9 2738/13
2739/18 2740/12 2742/5 2744/10
2748/13 2750/13 2752/14 2757/20
2758/15 2758/22 2760/2 2761/15 2765/3
2768/10 2771/6 2771/24 2773/15
2778/22 2780/1 2781/18 2782/2 2782/25
2785/9 2786/14 2790/10
LETTERS [1] 2734/10
LETTING [1] 2702/14
LEVEE [157]
LEVEE HEIGHT [1] 2761/9
LEVEES [23] 2695/16 2696/3 2698/18
2699/1 2699/9 2700/8 2700/10 2700/18
2701/2 2701/15 2713/15 2714/19
2727/13 2730/7 2734/7 2747/16 2748/5
2786/16 2805/24 2806/4 2809/20
2811/13 2815/15
LEVEL [25] 2694/10 2699/12 2700/19
2700/20 2700/22 2705/17 2717/21
2717/24 2718/21 2719/14 2721/22
2731/8 2731/8 2731/9 2739/5 2739/7
2745/22 2746/6 2748/1 2748/4 2761/5
2767/16 2768/2 2798/15 2821/3
LEVEL WHERE [1] 2694/10
LEVELS [24] 2701/4 2702/9 2703/16
2704/3 2704/5 2704/14 2717/2 2717/6
2717/6 2717/10 2720/3 2723/18 2724/25
2733/21 2735/18 2751/2 2752/11 2753/1
2754/20 2754/22 2771/1 2771/21
2778/25 2798/19
LEVINE [1] 2688/13
LIAISON [1] 2809/14
LIBERAL [1] 2763/8
LIDAR [13] 2727/21 2728/20 2730/11
2730/11 2771/14 2774/1 2781/10
2781/16 2782/8 2783/14 2784/6 2784/16
2784/17
LIFTING [2] 2690/21 2690/24
LIGHT [1] 2832/21
LIKE [59] 2690/9 2690/11 2691/18
2691/22 2693/8 2696/7 2706/9 2706/18
2707/5 2707/11 2707/12 2707/13
2707/13 2711/12 2719/8 2723/2 2723/25
2730/13 2733/21 2734/19 2735/23
2737/20 2738/8 2741/12 2741/13
2743/13 2744/16 2747/19 2748/21
2749/2 2749/20 2749/22 2751/5 2753/25
2755/5 2768/11 2771/16 2772/18
2781/25 2783/9 2785/25 2787/1 2788/13
2789/6 2802/4 2804/15 2804/23 2806/3
2806/3 2816/21 2816/22 2819/8 2820/19
2822/6 2823/5 2827/6 2827/10 2832/16
2833/2
LIKED [1] 2829/12

LIMINE [1] 2803/8
LIMIT [4] 2704/6 2804/9
LIMITATIONS [2] 2824/17 2824/22
LIMITED [4] 2749/10 2773/18 2809/15
2822/24
LIMITING [1] 2809/11
LINE [32] 2691/20 2691/22 2691/22
2691/25 2692/1 2692/3 2692/6 2692/10
2692/14 2692/16 2692/16 2703/8 2703/9
2720/11 2722/15 2736/4 2734/7 2734/8
2756/20 2761/11 2774/11 2786/23
2787/7 2787/11 2787/11 2787/19 2808/4
2808/25 2810/13 2831/9 2831/11
2831/15
LINEAR [7] 2781/1 2782/22 2787/4
2788/4 2788/7 2788/8 2788/25
LINES [3] 2729/7 2756/13 2831/7
LIST [1] 2755/10
LISTED [4] 2692/10 2696/23 2729/14
2760/14
LITERAL [1] 2806/1
LITIGATION [1] 2688/7
LITTLE [52] 2690/6 2698/16 2703/7
2707/1 2707/22 2707/23 2708/3 2708/4
2711/14 2717/9 2720/25 2721/1 2721/23
2723/7 2723/8 2723/9 2725/23 2725/24
2737/8 2745/8 2748/7 2749/25 2753/8
2753/10 2764/4 2764/5 2767/10 2772/21
2773/16 2775/13 2782/14 2782/21
2784/22 2786/21 2786/21 2799/24
2800/13 2805/4 2805/5 2805/6 2805/7
2816/1 2816/22 2816/24 2821/6 2824/15
2825/23 2826/15 2830/17 2831/17
2831/18 2831/24
LIVE [1] 2811/2
LIVED [1] 2734/19
LLC [3] 2686/21 2687/9 2687/12
LOAD [1] 2821/13
LOADING [2] 2691/3 2701/19
LOADINGS [4] 2811/4 2811/11 2811/12
2811/19
LOCAL [1] 2827/6
LOCATED [3] 2748/14 2766/23 2768/7
LOCATION [24] 2698/2 2701/17 2704/18
2704/19 2729/4 2734/18 2734/20
2737/17 2738/19 2738/19 2738/20
2739/23 2740/1 2741/18 2742/4 2742/8
2742/8 2742/20 2742/23 2779/21
2779/23 2785/21 2798/20 2824/5
LOCATIONS [26] 2700/20 2718/20
2729/7 2729/8 2734/11 2734/13 2734/14
2734/16 2734/17 2734/25 2735/11
2736/22 2737/1 2737/17 2740/19
2752/17 2756/21 2756/22 2767/21
2768/4 2768/6 2771/15 2773/22 2776/19
2778/25 2779/11
LOCK [1] 2821/13
LOGISTICS [2] 2817/15 2817/17
LONG [16] 2702/12 2702/12 2702/14
2714/2 2717/15 2717/20 2718/4 2718/9
2718/13 2731/16 2743/8 2749/8 2761/13
2781/1 2800/24 2830/10
LONG-WAVE [3] 2702/12 2702/12
2702/14
LONGER [4] 2717/23 2717/24 2787/21
2806/18
LONGEST [3] 2699/11 2699/12 2700/21
LOOK [38] 2696/7 2696/17 2707/11
2707/12 2707/13 2707/13 2710/25
2718/12 2719/20 2720/23 2721/5
2726/25 2727/1 2728/5 2728/13 2755/13
2758/22 2761/15 2771/24 2772/4 2772/5
2780/1 2780/8 2780/11 2780/16 2782/2

2785/21 2786/14 2786/15 2790/16
2799/17 2826/17 2827/6 2828/19 2828/8
2828/8 2828/24 2830/15
LOOKED [17] 2698/12 2703/7 2727/8
2727/13 2730/10 2731/24 2732/9 2749/7
2762/11 2766/25 2776/1 2777/20 2786/4
2787/16 2787/17 2806/3 2816/7
LOOKING [35] 2693/19 2703/7 2712/25
2713/21 2714/6 2719/2 2721/7 2727/15
2731/7 2731/12 2731/13 2736/7 2741/7
2742/5 2748/19 2749/2 2751/4 2757/18
2766/17 2775/11 2775/24 2777/19
2779/14 2780/17 2783/14 2783/15
2785/2 2785/22 2785/23 2787/6 2810/12
2812/3 2820/2 2822/19 2824/2
LOOKS [7] 2698/1 2707/5 2708/13
2719/8 2772/18 2827/6 2832/16
LOS [1] 2686/16
LOT [25] 2698/12 2712/17 2728/3
2736/4 2741/2 2745/4 2755/14 2763/9
2779/16 2781/13 2781/14 2784/21
2785/25 2787/25 2800/13 2804/18
2804/21 2806/10 2807/2 2815/8 2815/24
2820/17 2822/22 2825/2 2829/6
LOUISIANA [14] 2686/2 2686/6 2686/20
2686/23 2687/7 2687/10 2687/14
2687/17 2687/21 2687/25 2688/8
2688/21 2824/8 2833/14
LOW [1] 2802/1
LOWER [41] 2697/23 2705/25 2706/1
2714/23 2715/6 2715/9 2715/17 2715/21
2716/5 2723/9 2725/18 2725/21 2725/23
2731/9 2737/22 2738/20 2738/24 2739/9
2739/11 2750/20 2750/23 2750/24
2750/25 2751/3 2751/11 2753/1 2753/16
2754/5 2754/9 2754/17 2763/5 2764/19
2766/14 2766/24 2767/23 2781/5
2783/11 2798/24 2799/1 2801/13
2810/18
LOWERING [1] 2783/9
LOWEST [8] 2701/2 2762/25 2764/15
2764/16 2765/5 2765/15 2767/5 2785/20
LPV [1] 2808/1
LS [1] 2827/9
LS-DYNA [1] 2827/9

**M**

M-O-R-P-H-O-S [1] 2817/21
MADE [16] 2739/8 2753/22 2753/22
2771/10 2788/17 2798/18 2798/22
2799/8 2806/9 2809/2 2809/3 2820/5
2825/13 2829/13 2829/15 2829/20
MAGNITUDE [3] 2696/2 2701/18
2701/23
MAILBOX [1] 2741/13
MAIN [3] 2687/20 2726/16 2740/9
MAJOR [2] 2755/7 2763/8
MAJORITY [1] 2717/19
MAJORS [1] 2710/4
MAKE [33] 2702/8 2709/25 2711/4
2713/20 2713/21 2716/3 2716/8 2719/17
2722/11 2723/19 2730/20 2734/15
2753/9 2753/10 2753/12 2771/16
2773/11 2773/13 2774/12 2775/17
2777/20 2780/16 2793/19 2796/21
2797/17 2799/5 2800/4 2803/8 2820/1
2822/24 2823/7 2823/22 2829/20
MAKES [1] 2802/19
MAN [1] 2768/18
MANAGER [2] 2817/14 2819/4
MANGLED [1] 2698/16
MANIPULATED [1] 2771/21
MANUAL [2] 2695/25 2818/21

Case 2:05-cv-04182-SRD-JCW   Document 18394   Filed 05/26/09   Page 165 of 178

MANUSCRIPT [1]  2829/22
MANY [10]  2694/6 2705/23 2747/16
2785/6 2794/14 2794/22 2795/15 2810/5
2811/18 2818/12
MAP [7]  2728/24 2728/25 2734/4 2734/5
2756/23 2784/1 2824/2
MAPPED [4]  2781/23 2783/1 2783/25
2786/14
MAPPING [2]  2711/25 2782/9
MAPS [1]  2788/9
MARC [1]  2688/13
MARCH [4]  2809/22 2813/21 2813/23
2827/24
MARCH 2 [1]  2813/21
MARCH 24 [2]  2809/22 2813/23
MARK [1]  2718/19
MARKED [1]  2797/23
MARKING [1]  2746/16
MARKINGS [1]  2713/18
MARKS [5]  2735/3 2735/6 2735/10
2737/3 2801/14
MASSIVE [1]  2821/9
MAT [3]  2690/21 2690/24 2691/4
MATCH [8]  2692/25 2693/3 2693/5
2693/5 2693/6 2693/7 2735/25 2763/22
MATCHES [1]  2743/12
MATERIAL [1]  2749/17
MATERIALS [2]  2800/9 2813/2
MATH [6]  2723/10 2747/12 2793/4
2794/2 2794/6 2795/21
MATHEMATICAL [1]  2789/3
MATTER [4]  2769/6 2813/14 2821/14
2833/17
MATTERS [2]  2703/25 2721/17
MATURE [3]  2704/25 2706/6 2707/11
MATURES [2]  2705/21 2705/25
MAXIMUM [29]  2693/16 2700/17
2700/19 2721/11 2725/8 2725/11
2725/19 2733/19 2733/25 2734/11
2735/1 2736/25 2737/1 2740/7 2742/23
2746/9 2750/18 2750/19 2751/2 2751/14
2752/18 2754/22 2791/10 2791/12
2791/14 2798/24 2799/2 2801/12 2826/8
MAY [27]  2686/7 2690/2 2713/20 2714/8
2743/15 2743/20 2750/6 2772/16 2778/4
2778/4 2797/20 2799/24 2800/12
2800/19 2802/21 2807/12 2807/16
2807/19 2809/10 2814/2 2814/3 2816/10
2816/13 2816/17 2817/5 2819/15 2820/1
MAYBE [10]  2721/2 2778/6 2800/17
2803/15 2816/3 2825/24 2826/4 2826/5
2827/21 2833/6
MCCONNON [1]  2688/13
ME [58]  2705/8 2706/15 2707/23
2713/17 2714/3 2715/3 2716/3 2720/5
2721/15 2721/23 2728/7 2728/7 2729/15
2729/24 2738/17 2740/14 2744/5 2753/8
2753/12 2756/14 2756/5 2756/13 2757/21
2763/9 2767/11 2767/25 2768/25 2772/4
2772/11 2774/17 2778/3 2778/8 2784/8
2787/13 2788/2 2792/13 2793/5 2793/5
2793/19 2795/21 2797/4 2797/14
2797/16 2799/10 2800/4 2803/9 2807/8
2807/12 2807/18 2807/21 2808/9 2811/21
2809/18 2810/8 2810/20 2811/6 2811/14
2819/16 2832/10
MEAN [16]  2692/10 2692/11 2694/2
2697/4 2697/24 2698/9 2701/25 2720/23
2724/23 2763/9 2782/12 2787/14
2787/18 2812/23 2813/24 2825/18
MEANS [5]  2707/7 2707/8 2724/24

2782/4 2823/7
MEANT [3]  2791/18 2791/25 2791/25
2791/20
MEASURE [6]  2741/10 2744/15 2765/16
2809/5 2809/7 2819/17
MEASURED [10]  2733/10 2733/11
2735/3 2737/2 2739/24 2740/21 2740/23
2742/9 2742/11 2767/6
MEASUREMENT [1]  2793/17
MEASUREMENTS [2]  2740/19 2788/4
MEASURES [1]  2741/11
MEASURING [1]  2829/18
MECHANICAL [1]  2688/24
MECHANISM [7]  2701/9 2706/21
2758/17 2759/9 2759/12 2762/3 2811/14
MECHANISMS [2]  2809/3 2810/21
MEDIAN [7]  2692/6 2692/13 2693/12
2693/13 2693/15 2696/7 2696/17
MEET [1]  2833/6
MEETING [1]  2775/18
MEGABYTES [3]  2813/2 2813/15
2813/17
MEMBER [1]  2812/25
MEMORANDUM [1]  2728/7
MENTION [1]  2808/6
MENTIONED [7]  2705/1 2708/18
2750/10 2751/5 2769/9 2769/10 2827/4
MENTIONS [2]  2810/13 2811/22
MERE [1]  2813/15
MERITORIOUS [1]  2819/3
MESSAGE [2]  2710/19
METER [1]  2827/1
METERS [2]  2826/4 2826/5
METHOD [2]  2803/16 2819/6
METHODOLOGY [4]  2770/16 2770/20
2771/13 2787/15
METHODS [1]  2818/10
METICULARITY [1]  2779/4
METICULOUS [3]  2774/11 2779/4
2779/10
MICHAEL [2]  2687/19 2687/19
MICHELE [2]  2688/12 2722/18
MID [1]  2824/16
MIDDLE [4]  2735/1 2744/11 2793/14
2824/4
MIDNIGHT [5]  2738/17 2738/18 2738/21
2738/21 2741/24
MIGHT [11]  2706/13 2713/19 2743/21
2749/24 2763/5 2768/11 2785/3 2793/11
2800/20 2807/1 2821/2
MIGRATED [1]  2706/4
MILE [4]  2731/2 2765/23 2780/18
2795/18
MILEPOST [3]  2781/19 2783/2 2784/22
MILES [6]  2780/9 2789/11 2795/11
2795/14 2795/17 2830/13
MILITARY [2]  2817/13 2817/15
MILLER [1]  2688/14
MIND [4]  2756/2 2757/21 2793/3 2820/7
MINDS [1]  2808/19
MINE [4]  2786/20 2787/6 2789/4
2829/23
MINI [1]  2706/9
MINIMAL [1]  2736/1
MINOR [4]  2699/5 2700/4 2700/5
2801/23
MINUTE [13]  2703/5 2709/13 2710/9
2710/12 2710/13 2713/16 2750/1
2758/22 2760/12 2774/18 2797/19
2797/25 2820/25
MINUTES [5]  2730/4 2807/3 2807/4
2807/7 2807/11
MISCHARACTERIZING [1]  2720/12

MISSING [2]  2703/6 2714/9
MISSISSIPPI [2]  2759/23 2784/8
MISSISSIPPI RIVER [1]  2734/8
MITIGATION [1]  2818/12
MITSCH [1]  2688/14
MODE [42]  2701/7 2711/16 2712/20
2715/24
MODEL [131]  2702/9 2702/11 2702/14
2719/21 2724/20 2725/2 2725/13
2725/24 2725/25 2726/8 2726/8 2726/10
2726/12 2726/18 2727/17 2728/15
2728/22 2730/5 2730/17 2731/21
2731/23 2731/25 2732/2 2733/6 2735/18
2736/16 2736/18 2736/19 2747/20
2747/23 2748/18 2749/7 2750/8 2751/5
2751/16 2751/20 2752/10 2759/10
2759/12 2760/21 2761/8 2763/10
2764/10 2766/10 2766/15 2766/19
2767/11 2767/18 2767/19 2769/6
2769/12 2769/21 2770/8 2771/1 2771/8
2771/12 2774/15 2774/22 2776/11
2778/9 2778/23 2779/17 2779/22
2779/23 2781/22 2785/6 2787/24 2788/4
2788/10 2789/1 2789/10 2789/12
2789/15 2789/16 2789/19 2789/19
2789/20 2790/13 2791/2 2791/2 2791/25
2792/8 2799/4 2799/14 2799/17 2799/21
2799/22 2800/2 2800/2 2800/3 2800/3
2800/6 2800/7 2801/5 2801/5 2801/21
2802/7 2802/9 2805/10 2805/20 2811/18
2818/16 2818/19 2823/7 2823/8 2823/11
2823/13 2823/16 2823/23 2823/25
2824/11 2824/12 2824/13 2824/14
2824/15 2824/23 2825/3 2825/25
2826/1 2826/12 2826/13 2826/22
2827/5 2827/7 2827/8 2827/9 2829/4
2829/5 2829/6 2829/11 2829/17
MODELED [3]  2728/15 2792/14 2792/18
MODELER [1]  2738/8
MODELING [25]  2697/22 2723/13
2725/8 2726/21 2728/14 2732/2 2737/19
2738/9 2744/6 2749/23 2758/6 2759/15
2763/2 2768/11 2768/17 2768/19
2768/23 2772/25 2773/1 2773/9 2781/11
2790/17 2823/8 2826/1 2826/16
MODELS [19]  2723/11 2723/22 2733/17
2733/18 2735/22 2746/3 2753/22 2776/8
2776/12 2802/3 2813/10 2823/4 2823/5
2824/21 2825/2 2826/2 2826/10 2831/22
2832/13
MODIFICATIONS [1]  2770/12
MODIFIED [2]  2769/23 2770/5
MODIFY [1]  2806/23
MOMENT [2]  2692/15 2702/5
MOMENTS [1]  2703/16
MONOCHROMATIC [1]  2832/15
MORE [32]  2707/7 2707/7 2707/11
2719/8 2721/2 2721/23 2722/3 2722/4
2728/6 2746/14 2749/25 2753/10
2755/13 2755/14 2763/12 2772/16
2778/22 2781/13 2781/14 2783/11
2784/21 2785/17 2785/19 2805/20
2806/13 2810/1 2822/12 2824/15
2826/25 2826/25 2832/2 2832/5
MORGAN [1]  2687/25
MORNING [3]  2739/14 2800/17 2816/22
MORPHOS [1]  2817/21
MORRIS [6]  2763/11 2781/23 2782/19
2785/22 2787/3 2789/2
MORRIS' [4]  2781/10 2782/8 2786/17
2797/12
MOST [18]  2694/13 2699/8 2700/20
2701/7 2703/17 2703/25 2723/14 2745/7

# M

MOST... [10] 2746/5 2746/8 2746/11
2746/12 2746/20 2746/22 2768/19
2778/19 2823/2 2825/14
MOTION [4] 2803/8 2803/11 2803/14
2815/18
MOTION-IN-LIMINE [1] 2803/8
MOTIONS [3] 2702/12 2702/12 2822/11
MOVE [4] 2770/25 2784/10 2787/9
2802/24
MOVED [1] 2824/10
MOVES [2] 2705/21 2715/10
MOVING [4] 2700/23 2700/25 2748/6
2781/18
MPH [1] 2830/11
MR [3] 2790/19 2791/17 2822/5
MR. [72] 2690/10 2690/11 2690/16
2690/18 2690/21 2709/13 2712/3 2712/5
2713/24 2715/16 2722/2 2723/2 2723/4
2723/12 2723/17 2724/12 2726/20
2726/24 2736/7 2743/6 2744/5 2749/1
2750/8 2752/7 2753/15 2754/3 2754/15
2755/5 2762/2 2762/12 2762/16 2763/11
2764/2 2764/19 2766/3 2769/11 2769/13
2769/24 2770/16 2771/2 2771/4 2771/21
2774/7 2777/5 2777/12 2778/18 2779/3
2781/10 2781/23 2782/8 2786/17 2787/3
2788/2 2789/7 2791/5 2791/25 2797/12
2798/8 2799/16 2800/9 2802/23 2803/7
2803/15 2807/4 2807/10 2809/14 2814/2
2814/3 2814/12 2815/4 2816/21 2828/5
MR. BRUCE [2] 2769/24 2777/5
MR. BRUNO [5] 2690/10 2690/18
2690/21 2709/13 2809/14
MR. BRUNO'S [1] 2712/3
MR. CHAD [1] 2763/11
MR. EBERSOLE [21] 2690/11 2690/16
2715/16 2736/7 2743/6 2752/7 2762/2
2762/12 2762/16 2764/19 2766/3
2769/11 2770/16 2771/2 2771/4 2774/7
2777/12 2778/18 2791/5 2791/25
2802/23
MR. EBERSOLE'S [4] 2712/5 2713/24
2749/1 2771/21
MR. FITZGERALD [20] 2722/2 2723/2
2723/4 2723/12 2723/17 2724/12
2726/20 2726/24 2744/5 2750/8 2753/15
2754/3 2754/15 2755/5 2764/2 2779/3
2788/2 2789/7 2798/8 2799/16
MR. FITZGERALD'S [1] 2800/9
MR. MORRIS [2] 2781/23 2787/3
MR. MORRIS' [4] 2781/10 2782/8
2786/17 2797/12
MR. ROY [3] 2814/3 2814/12 2815/4
MR. SMITH [6] 2803/7 2803/15 2807/4
2807/10 2814/2 2816/21
MR. STEVENS [1] 2769/13
MR. VRIJLING [1] 2828/5
MRGO [37] 2688/7 2697/15 2697/18
2704/2 2704/13 2704/15 2717/9 2718/19
2725/6 2730/22 2748/22 2748/25 2749/6
2749/17 2749/19 2751/17 2753/2 2754/6
2755/8 2755/12 2756/22 2756/23
2768/13 2775/11 2775/13 2796/17
2808/1 2808/7 2812/2 2822/3 2822/15
2822/21 2823/9 2826/18 2827/13 2828/9
2828/22
MUCH [22] 2695/22 2703/12 2704/6
2716/5 2719/20 2719/21 2720/6 2721/20
2744/20 2745/21 2748/4 2766/14 2783/6
2797/2 2797/23 2804/24 2805/15 2806/3
2810/22 2816/4 2832/22 2832/24
MUCH ON [1] 2745/21
MULTIPLE [1] 2782/21
MULTIPLY [2] 2793/20 2794/13
MUST [2] 2759/3 2759/3
MVN [2] 2776/2 2776/3
MY [44] 2691/9 2692/15 2713/17 2714/7
2714/16 2715/16 2716/10 2722/24
2730/12 2736/11 2743/4 2746/1 2755/2
2757/1 2757/3 2759/5 2759/12 2767/15
2769/13 2769/20 2777/13 2781/7
2786/20 2786/22 2787/6 2792/20 2794/2
2795/21 2801/10 2801/24 2802/23
2803/8 2803/25 2804/9 2804/19 2807/13
2808/10 2809/25 2816/14 2822/20
2830/24 2831/19 2833/3 2833/15
MYER [1] 2688/15
MYSELF [2] 2724/14 2825/8

# N

NADA [1] 2796/19
NAME [5] 2722/22 2722/24 2729/1
2803/23 2803/25
NAMES [1] 2729/2
NARROW [2] 2764/5 2764/6
NATIONAL [1] 2825/9
NATURE [4] 2755/25 2803/19 2804/23
2832/18
NAVIGATION [1] 2725/16
NEAR [2] 2782/9 2798/13
NEARLY [4] 2723/13 2725/12 2754/20
2754/22
NECESSARY [3] 2770/13 2796/20
2809/16
NEED [12] 2703/6 2714/15 2741/11
2772/1 2778/6 2797/17 2800/19 2807/5
2809/10 2824/20 2830/16 2832/24
NEEDED [2] 2728/13 2730/18
NEGLECTED [1] 2802/22
NEGLIGIBLE [3] 2704/3 2704/14
2704/15
NESTED [1] 2825/15
NEVER [6] 2777/8 2777/10 2783/17
2783/25 2793/17 2813/20
NEW [38] 2686/6 2686/20 2686/23
2687/10 2688/4 2688/4 2688/8 2688/21
2726/17 2753/20 2753/23 2762/6 2771/6
2776/4 2778/13 2778/22 2804/5 2805/15
2809/24 2810/4 2810/7 2810/8 2810/9
2812/20 2812/21 2814/6 2814/12
2814/13 2814/14 2814/24 2814/25
2816/9 2816/10 2816/10 2818/3 2818/11
2819/6 2829/5
NEW ORLEANS [5] 2753/20 2753/23
2762/6 2776/4 2778/13
NEWS [1] 2758/3
NEXT [32] 2722/15 2722/16 2727/12
2727/13 2728/11 2729/15 2729/17
2729/20 2731/20 2731/22 2732/11
2732/13 2732/22 2732/23 2733/16
2733/17 2745/1 2749/12 2749/22 2750/7
2765/6 2773/21 2775/12 2780/9 2803/7
2803/13 2821/1 2824/25 2825/25
2829/2 2829/16 2830/16
NICE [1] 2832/16
NINTH [14] 2725/18 2725/21 2737/22
2738/20 2738/25 2739/9 2739/11
2750/21 2751/3 2751/11 2753/16 2754/5
2754/9 2754/17
NO [76] 2691/1 2691/17 2695/10
2698/24 2699/3 2699/18 2702/11
2708/20 2709/8 2712/24 2712/25 2713/4
2713/5 2714/2 2724/2 2743/23 2743/23
2743/23 2743/23 2743/23 2743/23

2745/5 2749/16 2751/9 2751/15 2753/4
2754/16 2754/19 2761/11 2767/1
2767/12 2767/17 2769/14 2769/20
2771/23 2776/12 2779/6 2780/17
2783/18 2784/5 2786/6 2789/13 2789/18
2790/21 2791/9 2792/3 2792/10 2794/7
2796/21 2796/22 2797/2 2798/12
2798/14 2802/20 2802/24 2804/7 2804/7
2806/25 2808/25 2810/7 2811/14
2811/23 2813/1 2814/18 2814/22
2819/24 2819/25 2821/12 2822/8
2823/12 2823/18 2830/7
NON [1] 2723/23
NON-CORPS [1] 2723/23
NONE [6] 2785/17 2785/20 2786/19
2787/5 2788/9 2788/10
NONEXPERTS [1] 2805/22
NONMATH [1] 2710/4
NOON [1] 2738/17
NORMALLY [1] 2727/5
NORMAN [1] 2686/5
NORTH [11] 2714/20 2725/17 2738/23
2738/24 2738/24 2750/17 2754/17
2754/21 2754/23 2754/24 2754/25
NOT [148] 2691/4 2695/14 2695/17
2698/24 2699/3 2700/24 2701/5 2701/25
2702/11 2708/7 2708/18 2708/20
2708/25 2709/1 2709/19 2709/20
2711/22 2713/6 2713/18 2713/20
2713/24 2714/13 2716/5 2716/10 2721/4
2721/20 2734/18 2737/17 2741/19
2745/4 2749/8 2751/8 2751/15 2751/22
2753/19 2753/20 2755/10 2755/12
2755/16 2755/21 2756/6 2756/12
2757/14 2757/16 2757/21 2758/5 2758/5
2758/16 2758/23 2759/12 2759/13
2761/13 2766/6 2767/17 2767/19 2768/2
2768/5 2768/8 2768/8 2769/14 2769/18
2770/1 2770/8 2771/2 2771/15 2772/3
2773/10 2773/11 2775/2 2777/6 2778/4
2779/21 2779/24 2782/17 2782/19
2784/24 2785/21 2786/6 2786/8 2787/1
2787/11 2788/4 2788/18 2789/1 2789/6
2789/9 2790/14 2790/19 2790/21 2791/9
2791/11 2792/7 2793/18 2795/21
2796/12 2799/10 2799/19 2800/3
2800/12 2800/13 2800/16 2800/22
2801/5 2804/24 2805/22 2806/1 2806/6
2806/9 2808/14 2808/17 2808/22
2808/23 2809/11 2809/17 2809/18
2810/16 2810/16 2810/17 2810/21
2812/7 2812/17 2812/18 2812/18
2813/14 2814/5 2814/24 2814/25
2814/25 2815/1 2815/3 2815/6 2815/12
2816/3 2816/5 2816/9 2816/10 2816/10
2820/4 2822/10 2825/7 2827/1 2827/14
2829/14 2829/22 2830/19 2830/22
2831/8 2831/9
NOTE [4] 2709/24 2778/8 2820/6
2829/13
NOTED [1] 2765/20
NOTES [1] 2703/11
NOTHING [7] 2691/1 2753/5 2802/13
2804/7 2804/12 2808/2 2810/8
NOTICE [2] 2719/5 2813/4
NOTWITHSTANDING [1] 2770/4
NOVEMBER [16] 2771/20 2772/20
2773/6 2773/17 2773/21 2773/22
2774/19 2775/1 2775/1 2775/2 2775/2
2775/19 2775/20 2775/24 2776/16
2776/19
NOVEMBER 1 [1] 2773/17

# N

NOVEMBER 10 [1] 2774/19
NOVEMBER 13 [5] 2775/1 2775/2
2775/19 2775/20 2775/24
NOVEMBER 20 [2] 2775/1 2775/2
NOVEMBER 5 [2] 2773/21 2776/16
NOVEMBER 8 [1] 2773/22
NOVEMBER 9 [4] 2771/20 2772/20
2773/6 2776/19
NOW [66] 2690/22 2691/18 2692/16
2692/19 2693/8 2694/2 2695/6 2701/12
2702/3 2705/1 2708/6 2708/11 2708/15
2708/25 2712/16 2712/23 2715/1
2718/24 2726/19 2731/19 2733/14
2743/13 2743/22 2747/19 2753/25
2755/3 2759/17 2760/9 2760/16 2762/8
2768/17 2768/21 2772/19 2775/1
2775/18 2775/23 2776/1 2777/3 2777/12
2781/13 2782/8 2792/4 2793/16 2794/22
2795/21 2796/2 2801/1 2807/14 2809/9
2810/6 2810/14 2810/17 2810/22 2811/4
2811/20 2811/21 2812/8 2812/17
2812/19 2818/4 2821/6 2821/14 2822/20
2827/14 2828/24 2832/25
NUCLEAR [2] 2818/5 2818/6
NUMBER [13] 2747/11 2786/11 2797/14
2797/14 2799/5 2805/3 2805/10 2806/16
2806/18 2815/10 2818/25 2821/21
2824/25
NUMBERED [1] 2833/17
NUMBERING [1] 2725/7
NUMBERS [9] 2713/23 2734/10 2734/10
2745/24 2788/24 2793/20 2796/2
2796/15 2809/25
NUMERICAL [1] 2787/1
NUMEROUS [1] 2818/23
NUTSHELL [1] 2813/25

# O

O'BRIEN [1] 2688/3
O'DONNELL [2] 2686/15 2686/15
OAK [1] 2687/3
OBJECT [1] 2819/13
OBJECTION [8] 2709/24 2712/13
2724/2 2802/24 2816/13 2820/1 2820/6
2822/8
OBLIGATIONS [1] 2825/6
OBSERVATIONAL [1] 2735/6
OBSERVATIONS [1] 2743/12
OBSERVED [19] 2720/4 2733/9 2735/3
2735/20 2735/25 2736/3 2737/2 2737/14
2739/24 2740/15 2740/21 2742/9
2742/11 2742/13 2743/3 2791/11
2791/15 2793/9 2801/14
OBTAIN [1] 2735/16
OBTAINED [2] 2729/19 2784/6
OBTAINING [1] 2728/3
OBVIOUSLY [6] 2717/24 2718/1
2778/23 2795/4 2809/12 2815/22
OCCASIONS [1] 2811/15
OCCUR [7] 2720/1 2721/17 2721/18
2721/21 2759/2 2759/3 2767/12
OCCURRED [11] 2701/3 2716/22
2721/14 2728/20 2729/7 2730/3 2738/24
2739/2 2749/4 2783/16 2789/18
OCCURRING [4] 2761/12 2767/22
2767/24 2832/23
OCCURS [6] 2691/4 2705/10 2731/23
2740/9 2759/1 2759/14
OCEANOGRAPHIC [1] 2702/25
OF 14 [1] 2790/11
OFF [12] 2690/21 2690/24 2706/6

2715/5 2730/12 2739/5 2739/7 2740/7
2773/2 2782/7 2788/9 2809/13 2815/6
OFFER [5] 2753/22 2760/1 2797/4
2802/22 2818/11
OFFERING [1] 2756/10
OFFICE [9] 2687/7 2687/14 2687/22
2687/24 2728/2 2756/8 2762/10 2774/5
2813/1
OFFICES [1] 2686/18
OFFICIAL [4] 2688/20 2716/21 2833/12
2833/21
OFTEN [3] 2706/1 2829/4 2829/5
OFTEN-UPDATED [2] 2829/4 2829/5
OFTENTIMES [1] 2705/23
OH [2] 2716/10 2830/7
OKAY [20] 2692/22 2693/4 2695/6
2705/20 2708/2 2710/6 2711/23 2714/6
2744/3 2755/15 2758/15 2762/14
2781/12 2794/20 2802/13 2803/12
2807/16 2820/14 2828/15 2832/12
OKLAHOMA [1] 2820/22
OMIT [1] 2808/5
ON [239]
ONCE [11] 2694/21 2711/24 2754/9
2755/17 2757/17 2809/10 2809/15
2811/5 2811/13 2820/17 2826/2
ONE [119] 2690/18 2692/21 2692/22
2692/23 2693/2 2693/19 2696/8 2697/23
2699/13 2702/9 2704/9 2705/4 2708/8
2719/3 2724/16 2725/3 2725/5 2726/13
2727/20 2727/22 2728/19 2730/6 2731/1
2731/3 2731/13 2733/9 2733/12 2738/3
2738/5 2738/16 2742/16 2742/16
2743/22 2744/17 2745/1 2745/7 2759/10
2761/13 2762/24 2763/4 2763/15
2763/16 2763/17 2764/5 2764/6 2764/9
2764/21 2764/22 2765/2 2765/3 2765/4
2765/4 2765/6 2765/17 2765/25 2766/10
2766/20 2766/23 2766/25 2768/4 2768/8
2768/8 2778/15 2780/25 2782/17
2783/15 2784/22 2785/5 2785/17
2786/20 2787/9 2787/11 2787/23
2787/25 2788/22 2789/8 2790/17 2791/2
2791/6 2791/6 2791/6 2791/7 2791/13
2791/15 2791/18 2791/19 2792/11
2798/13 2798/20 2798/22 2800/3
2801/17 2801/18 2801/18 2801/19
2801/23 2802/2 2802/22 2804/4 2806/2
2806/5 2812/3 2813/20 2814/13 2814/15
2814/24 2814/25 2816/3 2816/15 2820/1
2821/20 2825/1 2825/7 2826/11 2826/12
2826/13 2828/18 2831/24 2831/25
ONE-AND-A-HALF [5] 2730/6 2791/6
2791/15 2791/18 2801/18
ONE-AND-A-HALF-HOUR [1] 2791/19
ONE-HOUR [1] 2791/2
ONES [8] 2692/21 2734/16 2735/12
2750/22 2781/4 2787/23 2788/13
2801/23
ONLY [19] 2711/1 2711/17 2712/21
2747/7 2763/15 2763/16 2763/17 2764/9
2764/21 2764/22 2766/6 2766/20
2767/13 2774/18 2790/15 2792/22
2802/16 2806/5 2816/25
OPELOUSAS [1] 2755/2
OPEN [5] 2723/13 2726/5 2748/11
2823/19 2823/23
OPEN-CHANNEL [2] 2723/13 2748/11
OPEN-WATER [1] 2823/23
OPINE [1] 2808/24
OPINION [26] 2697/8 2706/10 2708/1
2711/4 2722/5 2722/7 2735/17 2736/11
2743/4 2752/25 2754/3 2754/15 2755/5

2755/5 2755/11 2755/19 2756/10 2760/1
2809/13 2816/4 2821/18 2822/6/7
2822/20 2827/17 2827/18 2830/24
OPINIONS [20] 2712/5 2712/9 2753/23
2753/25 2804/6 2806/24 2809/19 2810/7
2812/21 2814/12 2814/15 2814/19
2814/22 2814/23 2815/3 2815/10
2815/13 2816/9 2816/10 2823/4
OPPOSING [1] 2805/13
OPPOSITE [2] 2757/9 2783/2
OPTIONS [1] 2818/12
OR [93] 2692/2 2694/10 2695/13
2695/17 2696/1 2696/3 2697/11 2698/22
2700/4 2701/25 2702/9 2706/8 2707/4
2708/6 2708/7 2708/25 2709/1 2709/2
2709/7 2709/20 2709/21 2710/11
2710/17 2712/8 2714/15 2714/15
2725/17 2726/25 2727/5 2728/2 2729/18
2732/5 2735/3 2737/2 2738/1 2738/3
2738/21 2738/23 2739/24 2740/10
2740/15 2741/13 2741/13 2741/13
2742/22 2742/25 2743/3 2745/3 2745/11
2745/25 2746/6 2748/7 2754/17 2754/21
2757/4 2757/24 2759/1 2762/8 2764/14
2766/7 2767/25 2769/2 2770/21 2771/22
2778/3 2778/4 2784/1 2784/1 2786/10
2786/21 2787/10 2787/25 2788/18
2790/1 2790/15 2792/6 2792/23 2794/5
2795/6 2796/23 2798/25 2805/20
2806/17 2806/17 2806/23 2809/2
2811/25 2815/13 2816/3 2816/15
2816/22 2826/12 2830/14
ORDER [9] 2758/2 2770/13 2803/18
2805/9 2805/13 2805/14 2823/4 2823/23
2830/12
ORIENTATION [1] 2705/19
ORIGINAL [10] 2805/24 2810/8 2810/15
2811/22 2812/8 2814/12 2815/1 2825/3
2825/5 2829/22
ORIGINATES [1] 2705/15
ORIGINATING [1] 2796/3
ORLEANS [13] 2686/6 2686/20 2686/23
2687/10 2688/8 2688/21 2753/16
2753/20 2753/23 2754/5 2762/6 2776/4
2778/13
ORLEANS PARISH [1] 2754/5
OTHER [29] 2701/14 2724/16 2724/17
2725/5 2725/13 2725/14 2726/6 2728/4
2738/3 2738/4 2748/22 2750/22 2767/22
2768/10 2774/7 2789/10 2800/9
2800/24 2801/21 2805/12 2813/2 2816/3
2816/15 2817/4 2820/1 2825/8 2829/8
2829/23 2831/7
OTHERS [2] 2759/6 2759/8
OTHERWISE [1] 2806/8
OUR [63] 2692/1 2693/9 2694/1 2708/9
2718/16 2719/7 2719/8 2721/2 2729/15
2729/25 2731/24 2733/6 2733/6 2735/2
2735/21 2735/22 2735/24 2736/11
2736/24 2738/9 2739/2 2740/7 2742/10
2742/11 2742/23 2743/10 2743/11
2744/21 2746/3 2746/9 2746/9 2746/20
2746/20 2749/7 2751/16 2753/11
2757/22 2758/14 2761/7 2762/5 2766/10
2769/12 2771/13 2773/9 2776/1 2778/16
2779/17 2779/17 2779/22 2782/1 2799/2
2805/9 2806/8 2806/15 2809/14 2812/3
2812/25 2815/11 2821/20 2825/17
2826/5 2826/21 2826/25
OURS [5] 2737/7 2740/10 2746/21
2831/17 2831/18
OUT [47] 2691/21 2692/19 2692/23
2707/23 2713/9 2713/17 2713/25 2714/4

Q

OUT... [39]  2719/16 2737/14 2738/10
2740/19 2741/10 2742/3 2742/18
2742/21 2742/25 2745/1 2745/6 2745/11
2747/12 2747/20 2747/24 2748/2 2748/6
2748/21 2749/6 2749/9 2749/10 2749/17
2749/17 2751/7 2751/11 2763/9 2778/13
2788/24 2789/10 2795/14 2812/23
2814/18 2815/2 2824/16 2829/11
2830/16 2832/1 2832/6
OUTCOME [2]  2790/12 2805/9
OUTFLOW [1]  2747/19
OUTPUT [1]  2813/10
OUTPUTS [1]  2769/7
OUTSIDE [15]  2719/14 2727/14 2728/25
2743/7 2746/19 2748/5 2757/8 2759/5
2763/5 2767/15 2769/20 2792/20 2809/3
2811/16 2819/13
OUTSTANDING [1]  2803/14
OVER [41]  2691/12 2692/17 2696/8
2704/10 2705/17 2707/2 2710/13
2710/15 2715/4 2719/13 2724/18
2724/25 2728/16 2728/17 2732/16
2733/21 2739/10 2742/2 2742/22 2745/3
2745/5 2745/8 2748/23 2749/12 2754/9
2754/9 2775/9 2779/13 2781/3 2783/11
2787/11 2787/21 2800/15 2804/25
2809/6 2816/12 2825/1 2826/9 2828/10
2828/14 2833/6
OVERALL [2]  2743/14 2744/7
OVERFLOW [2]  2732/19 2796/13
OVERLAID [1]  2739/22
OVERLAND [1]  2723/14
OVERPREDICTED [1]  2830/25
OVERRULE [1]  2712/13
OVERSHOT [1]  2711/13
OVERTOP [2]  2758/2 2789/17
OVERTOPPING [89]  2692/10 2692/13
2693/15 2693/16 2693/19 2693/20
2693/24 2694/2 2695/23 2696/2 2696/4
2696/12 2696/18 2697/5 2697/7 2697/16
2697/24 2698/10 2701/2 2701/6 2701/12
2702/1 2706/23 2707/7 2711/1 2711/8
2711/17 2712/1 2712/21 2713/3 2715/3
2715/25 2716/2 2716/6 2716/14 2720/2
2732/13 2732/16 2739/8 2745/1 2745/2
2745/3 2745/25 2751/24 2752/1 2752/4
2755/12 2755/16 2755/21 2755/22
2757/4 2757/12 2757/14 2759/23
2760/22 2760/23 2760/25 2761/5
2767/12 2767/17 2767/20 2767/22
2767/24 2768/2 2768/5 2769/19 2771/22
2773/12 2792/15 2792/19 2792/23
2793/8 2793/8 2793/16 2793/17 2794/3
2794/4 2794/12 2794/13 2796/4 2803/3
2808/10 2810/18 2810/25 2814/5
2814/10 2814/11 2815/15 2823/1
OVERTOPPING TO [1]  2715/3
OWN [8]  2754/20 2766/12 2793/6
2796/15 2815/9 2818/21 2825/17
2827/16

P

P-L-A-N [1]  2780/3
P.M [1]  2833/3
P.O [1]  2688/18
PAGE [52]  2689/2 2696/6 2708/9
2710/22 2710/24 2713/19 2728/23
2729/10 2729/10 2734/4 2734/21
2736/20 2736/20 2737/10 2738/13
2740/12 2741/16 2744/11 2748/13
2750/13 2752/14 2756/13 2756/18

2761/16 2761/24 2772/1 2772/2 2772/19
2773/6 2773/17 2773/19 2775/14
2775/24 2776/9 2776/16 2776/16
2776/18 2777/23 2792/25 2793/13
2808/3 2808/24 2809/17 2809/25
2809/25 2810/9 2810/12 2810/13
2810/24 2811/4 2811/9 2811/21
PAGE 17 [1]  2734/4
PAGE 3 [1]  2811/4
PAGE 4-197 [1]  2737/10
PAGES [1]  2810/1
PALMINTIER [3]  2687/19 2687/19
2687/20
PAPER [1]  2829/3
PARAMETER [1]  2784/1
PARAMETERS [6]  2752/13 2768/23
2775/4 2806/19 2810/25 2811/1
PARAPHRASING [1]  2720/8
PARIS [1]  2741/19
PARISH [4]  2753/16 2753/17 2754/5
2754/5
PART [10]  2702/25 2706/25 2717/12
2727/23 2734/14 2738/24 2764/16
2765/15 2820/25 2824/7
PARTICULAR [19]  2691/23 2693/3
2704/18 2705/5 2705/7 2705/8 2705/11
2706/3 2708/17 2718/15 2720/24 2721/7
2722/4 2727/10 2727/17 2765/20
2798/20 2810/18 2824/5
PARTICULARLY [1]  2738/10
PARTIES [1]  2773/4
PARTS [2]  2727/25 2788/20
PASSING [1]  2810/15
PAST [2]  2691/12 2698/12
PATCH [1]  2821/2
PATENTS [3]  2818/23 2818/23 2821/20
PAUL [2]  2688/11 2688/13
PAVED [1]  2695/3
PC [2]  2686/15 2687/2
PEAK [20]  2716/22 2717/5 2717/6
2719/22 2720/10 2720/17 2720/24
2721/2 2721/16 2721/19 2721/20
2721/25 2739/6 2740/9 2742/24 2742/25
2746/9 2746/9 2748/3 2749/12
PEAKS [2]  2742/3 2743/2
PENDING [2]  2818/24 2821/20
PENETRATE [1]  2706/17
PEOPLE [8]  2728/2 2735/14 2737/23
2741/2 2744/19 2806/20 2808/11
2815/20
PER [28]  2693/21 2693/21 2693/24
2693/24 2694/4 2694/4 2694/5 2694/9
2694/9 2694/16 2695/3 2695/3 2695/14
2695/14 2695/17 2696/5 2696/5 2696/18
2696/18 2698/1 2698/1 2698/4 2698/4
2698/11 2698/11 2749/15 2826/4 2826/5
PERCENT [33]  2692/13 2693/12
2693/14 2693/15 2702/4 2713/7 2744/17
2744/22 2745/2 2745/6 2745/8 2745/12
2745/15 2745/15 2745/24 2745/25
2747/5 2747/6 2747/7 2747/9 2747/9
2747/15 2755/6 2786/9 2786/17 2786/18
2787/4 2787/4 2792/22 2792/25 2792/25
2796/8 2796/19
PERCENTAGE [2]  2755/24 2796/6
PERCENTAGES [2]  2788/3 2788/3
PERFORMANCE [2]  2723/21 2723/22
PERFORMING [1]  2826/10
PERHAPS [3]  2775/7 2816/1 2827/16
PERIL [1]  2800/16
PERIOD [7]  2699/12 2700/21 2717/22
2717/25 2718/2 2772/20 2774/19
PERIODS [1]  2811/2

PERK [1]  2804/14
PERMITTED... [2]  2703/10 2717/18
PERSONAL [2]  2709/24 2709/6
2709/8 2709/9 2709/21 2710/10 2710/11
2710/16 2710/20
PERSONALLY [2]  2783/25 2790/19
PERSPECTIVE [2]  2737/4 2801/3
PERVASIVE [1]  2698/22
PETER [1]  2688/15
PH.D [1]  2818/15
PHILEN [1]  2688/6
PHILOSOPHY [1]  2818/14
PHOTO [2]  2706/3 2706/12
PHOTOGRAPH [5]  2704/21 2704/23
2729/5 2748/14 2827/16
PHOTOGRAPHS [10]  2691/12 2708/21
2708/22 2727/23 2729/9 2735/14
2735/15 2737/24 2737/24 2740/18
PHOTOS [8]  2691/9 2699/23 2700/1
2700/3 2700/7 2705/23 2728/14 2781/17
PHRASE [1]  2698/13
PHYSICAL [6]  2723/11 2723/21 2730/2
2736/5 2736/7 2736/13
PHYSICALLY [4]  2736/12 2763/2
2778/16 2802/5
PHYSICS [1]  2723/11
PICK [3]  2735/11 2764/15 2771/16
PICKED [4]  2734/15 2765/5 2765/15
2765/25
PICTURE [6]  2706/9 2707/15 2716/7
2722/11 2741/12 2748/19
PICTURES [7]  2698/12 2698/13 2698/17
2713/24 2739/25 2741/3 2748/22
PIECE [1]  2774/14
PIERCE [1]  2686/15
PILE [2]  2699/16 2699/19
PIPELINE [2]  2764/6 2775/12
PLACE [11]  2709/9 2709/11 2710/7
2710/16 2715/11 2720/17 2728/18
2736/14 2759/4 2766/11 2833/1
PLACED [3]  2728/22 2729/9 2740/16
PLACES [3]  2745/4 2767/22 2828/19
PLAINTIFF [3]  2800/16 2800/23 2809/14
PLAINTIFFS [31]  2686/15 2686/18
2686/21 2687/2 2687/5 2687/9 2687/12
2687/16 2687/19 2687/22 2688/6
2699/23 2702/3 2721/10 2721/18
2737/19 2745/20 2745/21 2753/8
2799/21 2799/22 2799/23 2807/3 2813/6
2813/8 2813/12 2815/9 2816/5 2825/16
2827/9 2827/19
PLAINTIFFS' [29]  2703/22 2704/2
2719/1 2720/15 2725/7 2734/13 2734/17
2736/15 2737/1 2737/5 2737/7 2740/2
2742/19 2743/2 2744/24 2751/20
2757/22 2758/18 2760/6 2760/7 2761/20
2771/25 2802/7 2815/23 2816/13 2826/1
2827/15 2827/16 2830/16
PLAN [4]  2780/3 2780/4 2780/5 2797/22
PLAN-VIEW [1]  2797/22
PLANE [11]  2706/6 2709/11 2710/7
2710/17 2825/2 2825/2 2825/3 2825/15
2825/20 2825/21 2825/25
PLANES [1]  2726/4
PLANNING [1]  2817/4
PLANTS [1]  2818/7
PLC [3]  2686/18 2687/19 2687/23
PLEASE [17]  2690/4 2690/10 2691/2
2697/21 2718/8 2720/13 2729/11 2750/5
2772/23 2784/20 2785/17 2786/2 2794/8
2795/9 2798/3 2798/4 2803/23
PLENTY [1]  2720/2
PLOT [2]  2775/12 2787/8
PLOTS [3]  2764/14 2776/1 2776/20

P

PLUS [2] 2794/9 2794/12
POCKETS [1] 2707/22
POINT [31] 2691/21 2692/19 2698/16
2707/23 2713/23 2714/3 2714/11
2733/14 2737/20 2739/2 2739/4 2740/5
2742/1 2757/19 2761/5 2764/15 2765/6
2765/7 2766/25 2767/6 2792/6 2808/21
2808/23 2809/9 2809/12 2812/23 2816/1
2828/10 2828/10 2829/20 2832/14
POINTED [5] 2692/23 2713/17 2738/10
2814/18 2829/11
POINTER [2] 2691/21 2693/2
POINTS [15] 2714/22 2728/9 2732/15
2733/20 2733/22 2737/13 2740/3
2740/20 2750/20 2750/20 2751/10
2766/4 2771/17 2778/2 2798/25
POLDER [11] 2703/20 2717/20 2717/23
2717/25 2718/3 2719/6 2719/16 2720/3
2721/12 2738/1 2741/25
PONTCHARTRAIN [1] 2734/6
POPULATED [2] 2796/18 2796/25
PORTION [2] 2767/5 2767/7
POSITION [6] 2693/14 2716/21 2716/24
2815/23 2817/6 2817/8
POSITIONED [1] 2781/25
POSITIONS [2] 2693/17 2817/10
POSSIBLE [8] 2722/1 2736/12 2773/14
2774/12 2778/17 2778/21 2799/5 2816/4
POST [10] 2687/7 2687/14 2687/24
2727/21 2730/11 2783/16 2784/17
2787/16 2790/12 2825/18
POST-IPET [1] 2825/18
POST-KATRINA [6] 2727/21 2730/11
2783/16 2784/17 2787/16 2790/12
POSTFLOOD [1] 2735/22
POTATO [1] 2793/18
POTENTIAL [1] 2810/24
POWER [1] 2818/6
POYDRAS [2] 2687/10 2688/20
PRACTICAL [5] 2702/8 2702/13 2702/15
2826/10 2830/3
PRACTICE [3] 2702/21 2702/22 2802/3
PRE [5] 2727/21 2728/12 2779/15
2783/15 2796/16
PRE-KATRINA [3] 2728/12 2779/15
2796/16
PRECISE [1] 2808/23
PRECISELY [1] 2720/6
PRECISION [1] 2771/11
PREDECESSOR [1] 2726/2
PREDICTION [2] 2702/23 2818/19
PREDICTIVE [1] 2817/22
PREDOMINANT [5] 2711/16 2711/19
2712/20 2715/24 2754/4
PREDOMINANTLY [2] 2691/5 2716/15
PREDOMINATED [1] 2715/20
PREFER [1] 2770/18
PREJUDICED [2] 2816/14 2816/15
PREPARE [2] 2740/2 2742/19
PREPARED [2] 2752/15 2773/19
PREPARING [2] 2801/5 2808/21
PRESENT [1] 2688/6
PRESENTED [2] 2812/16 2812/20
PRETTY [3] 2707/19 2720/6 2748/4
PREVIOUS [6] 2735/1 2736/23 2763/6
2763/24 2765/2 2806/24
PREVIOUSLY [1] 2754/1
PRIMARY [5] 2724/20 2733/19 2759/10
2759/14 2805/17
PRINCIPAL [2] 2822/17 2827/10
PRINT [1] 2716/7

PRIOR [5] 2700/22 2760/23 2761/12
2793/20 2793/24
PRISM [1] 2832/20
PRIVATE [1] 2818/17
PROBABLY [10] 2722/4 2738/4 2747/25
2811/2 2829/4 2829/23 2829/23 2830/12
2831/7 2832/3
PROBLEM [1] 2820/16
PROCEDURE [1] 2821/16
PROCEED [1] 2750/6
PROCEEDINGS [3] 2686/10 2688/24
2833/16
PROCESS [11] 2697/8 2698/18 2702/1
2704/25 2707/9 2707/20 2726/20
2731/21 2759/21 2776/22 2812/4
PROCESSES [2] 2804/21 2823/6
PRODUCE [1] 2808/10
PRODUCED [14] 2688/25 2700/3
2772/12 2799/16 2799/22 2808/13
2813/15 2813/16 2813/17 2813/21
2813/22 2830/23 2831/14 2831/15
PRODUCES [1] 2831/12
PRODUCING [1] 2826/14
PRODUCT [1] 2819/9
PRODUCTION [2] 2813/5 2813/15
PROFESSIONAL [2] 2735/17 2752/25
PROFESSOR [6] 2734/14 2738/6
2741/21 2818/18 2828/5 2828/7
PROFILE [15] 2731/20 2755/13 2765/2
2771/21 2773/18 2773/19 2775/4
2775/22 2776/21 2785/22 2785/23
2787/16 2804/20 2806/6 2812/10
PROFILES [10] 2727/22 2728/22
2730/11 2760/3 2774/1 2775/10 2775/25
2778/18 2779/12 2806/7
PROGNOSTICATE [1] 2808/20
PROGRAM [4] 2726/5 2817/13 2817/20
2819/4
PROGRESS [3] 2738/1 2738/1 2825/13
PROGRESSION [1] 2705/13
PROJECT [1] 2817/22
PROJECTIONS [1] 2723/20
PROOF [1] 2691/7
PROPAGATE [1] 2702/14
PROPAGATING [1] 2719/22
PROPER [2] 2720/4 2768/22
PROPERLY [1] 2823/24
PROPOSED [1] 2803/16
PROTECTED [2] 2695/5 2696/3
PROTECTION [3] 2728/1 2734/7
2818/21
PROVE [1] 2821/6
PROVIDE [4] 2696/1 2779/10 2811/10
2811/19
PROVIDED [16] 2691/9 2728/6 2732/15
2732/16 2732/25 2740/24 2751/23
2752/7 2769/1 2770/5 2774/1 2778/3
2781/11 2800/8 2813/3 2813/11
PUBLISHED [2] 2824/14 2829/12
PULL [4] 2708/10 2739/18 2742/5
2748/13
PURPLE [1] 2734/8
PURPOSE [3] 2775/17 2805/17 2808/9
PURPOSES [10] 2702/8 2702/13
2702/16 2726/4 2730/17 2763/7 2763/8
2826/10 2830/1 2830/3
PURSUE [1] 2719/17
PUT [19] 2723/7 2727/9 2729/1 2730/13
2730/18 2732/3 2732/5 2732/7 2732/17
2732/21 2773/10 2774/14 2779/16
2785/5 2787/7 2787/23 2794/10
2810/17 2820/8
PUTS [1] 2787/11

PUTTING [3] 2731/22 2763/3 2775/17
PX-1 [60] 2731/17 2734/3 2734/23
2734/3 2736/20 2738/13 2740/12
2744/10 2750/13 2758/23 2761/1
2761/15 2765/3 2766/13 2767/16 2786/8
2793/13 2797/11 2797/14 2798/8
2802/25 2803/5 2808/4 2827/25
PX-1487 [7] 2728/23 2734/3 2736/20
2738/13 2740/12 2744/10 2750/13
PX-1487.1 [2] 2761/15 2766/13
PX-1810.15 [2] 2786/8 2797/11
PX-1877.1A [1] 2704/21
PX-2009 [1] 2827/25
PX-2138.2 [2] 2691/18 2765/3
PX-2138.3 [1] 2798/8
PX-2167 [2] 2802/25 2803/5
PX-2172 [3] 2758/23 2761/1 2767/16
PX-78 [1] 2808/4

Q

QUALIFIED [1] 2818/22
QUALITY [5] 2694/19 2695/16 2696/15
2701/19 2701/23
QUANTIFY [1] 2788/2
QUESTION [26] 2692/15 2701/14
2701/15 2709/1 2709/20 2709/23 2710/2
2714/7 2715/16 2718/8 2720/5 2730/21
2740/14 2744/5 2757/1 2757/3 2766/16
2769/13 2787/13 2789/24 2792/16
2801/1 2801/10 2804/5 2826/16 2829/25
QUESTIONING [3] 2714/3 2723/1
2723/25
QUESTIONS [16] 2690/12 2702/3
2712/3 2743/13 2747/19 2797/3 2800/11
2802/20 2803/17 2804/18 2804/21
2806/4 2807/14 2814/18 2815/6 2826/17
QUICK [1] 2710/4
QUICKER [1] 2749/9
QUICKLY [6] 2701/7 2705/13 2738/25
2739/1 2739/3 2825/5
QUITE [12] 2692/17 2693/3 2693/5
2693/5 2693/6 2693/7 2702/14 2703/14
2727/15 2779/24 2800/16 2800/22
QUOTE [2] 2757/2 2809/18
QUOTING [1] 2814/8

R

R-A-S [1] 2724/21
R-E-S-I-O [1] 2804/1
RAILROAD [1] 2727/3
RAINFALL [10] 2731/23 2732/3 2732/4
2732/6 2732/11 2732/17 2738/22
2741/24 2744/21 2744/23
RAISE [1] 2720/3
RAISED [2] 2799/8 2801/24
RAMIFICATIONS [1] 2815/21
RAN [20] 2724/16 2725/5 2725/14
2725/15 2725/16 2736/15 2750/16
2751/16 2776/11 2776/11 2791/2 2791/9
2791/13 2799/4 2801/22 2805/3 2805/10
2806/4 2823/16 2825/14
RANGE [3] 2695/4 2783/16 2817/19
RANGES [1] 2824/22
RANK [1] 2817/9
RAPID [2] 2818/11 2819/7
RAPIDLY [5] 2700/23 2730/3 2742/3
2820/16 2822/23
RAS [14] 2724/20 2725/25 2726/8
2726/12 2731/21 2735/18 2744/6
2748/18 2751/16 2773/2 2774/21 2776/5
2776/8 2776/21
RATE [10] 2693/16 2693/16 2693/20
2693/24 2696/4 2696/12 2696/18 2697/5

Case 2:05-cv-04182-SRD-JCW Document 18891 Filed 05/25/09 Page 170 of 178

RATE... [2] 2697/24 2698/10
RATES [21] 2692/10 2692/13 2693/19
2694/2 2695/23 2696/2 2696/23 2696/23
2696/24 2697/7 2697/16 2701/12 2702/1
2707/7 2707/8 2732/16 2810/18 2814/5
2814/10 2814/11 2815/16
RATHER [3] 2704/25 2730/3 2765/8
RAY [2] 2828/16 2828/17
RE [1] 2718/8
RE-ASK [1] 2718/8
REACH [82] 2691/24 2692/2 2692/8
2692/18 2693/13 2693/15 2693/18
2694/21 2695/21 2696/10 2697/9
2699/24 2701/10 2702/5 2703/18
2703/18 2703/24 2704/3 2704/14
2704/22 2715/10 2715/10 2715/10
2716/22 2717/3 2717/7 2717/10 2717/20
2718/6 2718/7 2718/10 2719/7 2719/15
2728/14 2728/15 2729/8 2730/5 2730/7
2730/22 2731/14 2732/16 2732/17
2739/8 2743/9 2745/9 2745/14 2747/4
2748/3 2748/14 2755/8 2755/12 2755/15
2760/21 2760/24 2761/13 2762/5
2762/25 2766/6 2766/22 2767/21
2767/22 2767/24 2767/25 2767/25
2768/7 2775/11 2775/13 2785/2 2786/9
2792/17 2796/17 2796/23 2796/25
2804/21 2806/1 2806/4 2806/6 2806/14
2822/4 2822/16 2822/18 2823/1
REACH 1 [5] 2694/21 2715/10 2715/10
2767/22 2767/25
REACH 2 [65] 2691/24 2692/2 2692/8
2692/18 2693/13 2693/15 2693/18
2695/21 2696/10 2697/9 2699/24
2701/10 2702/5 2703/18 2703/24 2704/3
2704/14 2704/22 2715/10 2716/22
2717/3 2717/7 2717/10 2717/20 2718/6
2718/7 2718/10 2719/7 2719/15 2728/15
2729/8 2730/5 2730/7 2731/14 2732/17
2739/8 2743/9 2745/9 2745/14 2747/4
2748/3 2748/14 2755/8 2755/12 2755/15
2760/21 2761/13 2762/5 2762/25
2767/21 2767/24 2786/9 2792/17
2796/17 2796/23 2796/25 2804/21
2806/1 2806/4 2806/6 2806/14 2822/4
2822/16 2822/18 2823/1
REACH 2A [1] 2775/11
REACH 2B [1] 2775/13
REACHED [6] 2748/3 2749/13 2768/5
2822/18 2824/6 2827/11
REACHES [2] 2729/1 2739/16
REACHING [2] 2739/10 2821/4
READ [10] 2740/17 2757/2 2757/25
2777/6 2777/8 2777/11 2778/6 2780/20
2808/19 2813/5
READING [1] 2735/8
READS [1] 2756/20
REAL [9] 2723/11 2725/3 2725/14
2734/22 2736/15 2736/24 2752/19
2752/23 2784/3
REAL-RUN [1] 2736/15
REAL-WORLD [1] 2723/11
REALIZE [2] 2816/5 2819/12
REALIZING [1] 2779/16
REALLY [22] 2717/15 2751/13 2758/17
2770/20 2789/13 2790/14 2804/8
2804/22 2806/15 2806/18 2807/13
2810/6 2810/17 2812/8 2815/17 2816/2
2819/13 2823/12 2823/17 2824/20
2827/22 2829/12
REASON [2] 2750/25 2808/17

REASONABLE [2] 2704/13 2752/25
REASONS [1] 2809/24
REBOUNDING [1] 2719/22
RECALL [5] 2719/10 2720/8 2756/10
2777/1 2827/25
RECAP [1] 2753/25
RECEIVED [3] 2818/24 2819/6 2821/21
RECENT [1] 2824/15
RECENTLY [6] 2817/14 2817/25 2818/2
2818/8 2819/20 2825/14
RECESS [6] 2749/24 2750/1 2750/3
2797/25 2798/2 2833/9
RECESSION [2] 2709/10 2709/10
2710/6 2710/17
RECITING [1] 2701/25
RECOGNIZE [1] 2690/16
RECOLLECT [2] 2690/22 2699/24
RECOMMENDED [1] 2810/14
RECORD [19] 2693/10 2702/18 2709/25
2722/23 2724/2 2763/19 2774/4 2775/23
2791/22 2798/12 2803/24 2813/5 2816/4
2816/12 2827/21 2833/16
RECORDED [2] 2688/24 2737/24
RECORDS [6] 2772/3 2772/12 2777/23
2797/13 2797/15 2797/21
RECROSS [3] 2799/24 2800/13 2802/16
RED [16] 2692/3 2692/6 2692/10
2692/14 2692/16 2692/25 2703/8 2729/7
2734/7 2737/20 2737/25 2739/21 2824/3
2826/9 2831/11 2831/15
REDIRECT [3] 2690/14 2712/9 2798/6
REDO [1] 2827/3
REFER [4] 2711/10 2756/13 2756/16
2768/16
REFERENCE [1] 2810/16
REFERENCED [1] 2769/2
REFERRED [2] 2699/16 2797/9
REFERRING [4] 2695/1 2729/17
2729/21 2778/12
REFINED [3] 2695/9 2773/22 2776/18
REGARD [2] 2747/23 2779/12
REGARDING [2] 2723/20 2753/23
REGARDLESS [2] 2704/18 2819/15
REGION [2] 2826/4 2826/6
REGULAR [1] 2832/15
REGULARLY [1] 2748/8
REGULATORY [1] 2818/5
REJECTED [1] 2770/18
REJECTING [1] 2770/17
RELATE [8] 2713/23 2741/12 2759/12
2759/13 2782/23 2800/25 2806/13
2815/15
RELATED [1] 2802/10
RELATES [4] 2709/19 2711/1 2711/7
2799/18
RELATIVE [2] 2708/14 2710/7
RELATIVELY [2] 2699/12 2749/9
RELEVANT [4] 2694/13 2721/16
2721/20 2806/6
RELIABILITY [1] 2735/11
RELIABLE [1] 2738/11
RELIANCE [2] 2800/9 2813/1
RELIED [4] 2784/5 2784/6 2784/15
2784/16
RELY [2] 2759/6 2759/8
REMARK [1] 2740/15
REMEMBER [7] 2697/1 2709/3 2756/4
2778/5 2778/7 2793/7 2803/1
REMOVED [1] 2697/19
RENDER [2] 2815/3 2815/12
RENDERED [2] 2806/24 2815/10
REPAIR [3] 2818/11 2819/7 2820/16
REPAIRING [1] 2819/10

REPEAT [1] 2792/16
REPEATED [1] 2779/5
REPHRASE [1] 2766/16
REPLICATED [1] 2735/18
REPLICATION [1] 2714/8
REPORT [111] 2691/9 2693/8 2697/22
2700/1 2708/9 2708/21 2709/5 2709/5
2710/22 2710/24 2710/24 2711/5
2712/11 2713/24 2713/25 2714/11
2714/15 2716/19 2716/21 2718/12
2727/22 2728/23 2732/8 2733/18
2733/19 2734/3 2734/14 2734/15
2734/21 2735/9 2736/20 2737/12
2738/13 2740/12 2741/16 2744/10
2749/1 2750/13 2752/14 2753/15
2756/23 2757/25 2758/7 2760/10
2761/16 2761/24 2769/3 2773/3 2774/23
2776/8 2776/12 2776/15 2777/7 2777/9
2777/11 2777/13 2777/23 2777/24
2777/25 2778/5 2778/18 2783/15
2786/13 2787/14 2792/21 2793/1 2793/6
2793/12 2793/13 2799/11 2799/20
2801/14 2801/24 2803/19 2804/6
2804/11 2804/16 2805/2 2805/18
2805/24 2806/11 2806/24 2807/24
2808/5 2808/17 2809/4 2809/24 2810/9
2810/15 2811/22 2811/25 2813/8
2813/23 2814/8 2814/8 2814/9 2814/12
2814/13 2814/14 2814/25 2815/1
2815/17 2816/12 2816/18 2819/13
2825/10 2825/18 2825/20 2828/1 2828/2
2828/7
REPORTED [3] 2734/11 2735/1 2758/3
REPORTER [3] 2688/24 2833/13
2833/21
REPORTS [3] 2718/4 2751/22 2774/23
REPRESENT [8] 2691/20 2691/25
2692/5 2693/11 2713/6 2735/5 2736/12
2832/16
REPRESENTATION [2] 2692/6 2820/5
REPRESENTATIVE [2] 2771/14 2771/17
REPRESENTED [4] 2735/21 2789/18
2789/20 2825/11
REPRESENTING [4] 2736/8 2778/3
2804/20 2810/3
REPRESENTS [2] 2692/11 2710/5
REQUESTED [3] 2813/6 2813/8 2813/11
REQUESTS [1] 2813/2
RESEARCH [6] 2695/10 2776/22
2817/18 2819/1 2820/22 2825/9
RESEARCHER [2] 2819/1 2819/2
RESEARCHERS [1] 2818/10
RESIO [34] 2732/14 2732/20 2733/3
2752/2 2769/12 2771/5 2773/8 2774/9
2778/11 2803/14 2803/18 2803/21
2803/25 2807/14 2808/3 2809/10
2809/15 2809/24 2809/24 2810/15
2812/9 2813/7 2813/8 2813/11 2814/9
2814/17 2815/12 2816/17 2817/6 2818/9
2819/23 2822/3 2822/15 2823/3
RESIO'S [4] 2692/6 2807/22 2812/24
2819/9
RESOLUTION [3] 2826/16 2826/20
2826/24
RESOLVE [1] 2823/6
RESPECT [2] 2815/14 2822/18
RESPOND [1] 2814/2
RESPONDERS [1] 2758/4
RESPONSE [2] 2711/23 2814/17
REST [5] 2725/22 2745/14 2747/14
2750/22 2822/25
RESULT [3] 2792/15 2792/18 2806/22
RESULTED [1] 2799/2

**R**

RESULTS [32]  2725/19 2733/18
2734/11 2734/22 2734/24 2735/24
2736/2 2736/24 2737/1 2737/5 2737/6
2737/7 2747/23 2750/14 2750/15
2752/15 2752/16 2752/22 2773/3
2773/10 2774/22 2776/6 2789/15 2792/1
2799/14 2799/17 2804/24 2826/14
2827/20 2830/23 2831/4 2831/17
RETAIN [1]  2832/2
RETREADING [1]  2709/16
RETURN [2]  2748/21 2827/10
RETURNED [1]  2697/19
REVERSAL [4]  2812/17 2814/16
2814/16 2814/18
REVETMENTS [1]  2695/2
REVIEW [4]  2773/19 2816/6 2829/21
2829/23
REVIEWABLE [1]  2813/1
REVIEWED [2]  2775/4 2775/5
REVIEWER [1]  2829/9
REVISE [1]  2775/3
REVISED [5]  2775/19 2775/20 2775/25
2776/20 2776/24
REVISION [1]  2818/21
REVISIONS [1]  2829/15
RHETORIC [1]  2770/3
RICHARD [1]  2688/16
RIDGE [2]  2824/7 2824/7
RIGHT [95]  2690/19 2690/22 2694/11
2694/14 2694/17 2696/15 2696/19
2703/14 2707/1 2707/18 2708/12
2708/23 2710/10 2711/8 2711/13
2712/21 2713/4 2713/8 2713/22 2714/20
2715/12 2717/3 2721/10 2728/11 2731/1
2731/17 2734/18 2735/4 2736/16
2738/14 2738/21 2738/22 2739/6 2739/6
2739/6 2739/19 2741/9 2741/9 2741/14
2741/24 2743/22 2743/25 2744/8 2748/9
2749/1 2749/2 2761/17 2761/19 2761/19
2763/16 2764/1 2764/5 2764/5 2765/6
2765/18 2766/17 2768/18 2771/8
2775/24 2776/19 2776/25 2778/24
2780/20 2781/24 2782/2 2782/18 2783/3
2783/20 2786/22 2791/7 2792/2 2792/5
2792/9 2794/8 2794/12 2794/25 2795/2
2795/12 2795/13 2795/16 2795/23
2796/4 2796/9 2798/11 2806/2 2807/14
2810/12 2811/12 2819/21 2823/21
2826/13 2827/1 2827/7 2827/8 2829/22
RISE [11]  2690/3 2738/25 2739/14
2739/24 2740/7 2741/25 2750/2 2750/4
2798/1 2798/3 2833/8
RISES [2]  2739/5 2742/3
RISING [2]  2732/14 2740/18
RISK [2]  2723/20 2818/3
RIVER [3]  2724/22 2734/8 2749/20
ROAD [2]  2719/1 2741/19
ROBERT [3]  2688/6 2774/4 2817/25
ROBIN [1]  2688/15
ROBINSON [1]  2686/5
ROLE [1]  2808/10
ROLL [1]  2821/11
ROLLING [1]  2821/11
ROLLS [1]  2691/4
ROOM [2]  2688/20 2769/23
ROUGE [2]  2687/14 2687/21
ROUTINE [1]  2730/19
ROY [5]  2687/5 2687/6 2814/3 2814/12
2815/4
RULING [1]  2816/14
RUN [19]  2725/3 2725/15 2733/17

2734/22 2735/24 2736/15 2736/24
2749/4 2751/8 2751/9 2751/18 2751/20
2751/24 2752/2 2752/19 2752/23
2798/22 2799/4 2799/8 2831/1
RUNDOWN [1]  2710/4
RUNNING [7]  2691/24 2750/10 2773/2
2773/8 2774/21 2790/16 2804/19
RUNOFF [1]  2732/4
RUNS [16]  2725/13 2753/22 2769/6
2776/5 2801/4 2801/7 2805/10 2805/14
2805/20 2806/10 2806/12 2808/8 2810/4
2812/20 2825/4 2825/5
RUPERT [1]  2688/14
RUSH [1]  2719/25

**S**

S-T-E-V-E-N [1]  2722/25
S.W [1]  2687/17
SAID [37]  2703/8 2703/16 2704/22
2720/7 2720/12 2720/14 2754/23 2757/7
2757/13 2776/18 2777/6 2777/8 2777/10
2777/10 2781/25 2782/11 2784/15
2785/25 2787/1 2788/13 2791/5 2791/20
2796/21 2798/14 2802/4 2803/4 2804/21
2806/16 2806/20 2808/23 2808/25
2814/12 2814/15 2825/10 2825/11
2825/16 2831/16
SAKE [2]  2782/25 2787/10
SAMARITAN [2]  2812/12 2812/19
SAME [48]  2697/18 2702/16 2706/11
2709/6 2713/18 2713/21 2715/10
2718/17 2718/19 2725/22 2726/12
2729/10 2734/13 2734/16 2736/22
2736/23 2737/1 2737/17 2739/18
2739/20 2739/21 2741/18 2742/7
2742/10 2742/21 2750/21 2751/4
2751/11 2752/6 2752/12 2766/11
2773/16 2775/10 2775/23 2779/3
2779/10 2781/9 2783/1 2814/6 2815/17
2823/16 2823/17 2824/17 2824/18
2828/17 2829/20 2830/4 2832/19
SANDBAGS [1]  2820/20
SARAH [1]  2688/16
SAT [1]  2783/17
SATISFIED [2]  2727/9 2812/15
SAW [11]  2699/5 2699/6 2699/18 2706/1
2728/19 2734/25 2738/5 2741/20 2749/1
2777/25 2787/20
SAY [29]  2692/21 2695/12 2699/20
2712/19 2716/13 2721/10 2731/4
2740/14 2743/5 2743/6 2754/14 2754/25
2760/4 2764/18 2779/4 2782/3 2783/8
2789/25 2790/10 2791/18 2794/23
2804/10 2804/24 2805/4 2805/16 2807/5
2821/18 2825/2 2826/9
SAYING [7]  2691/10 2707/14 2734/18
2747/13 2767/2 2800/5 2828/20
SAYS [15]  2694/25 2715/20 2716/9
2761/24 2763/25 2765/4 2772/19
2772/23 2774/11 2774/20 2775/19
2776/20 2786/20 2787/7 2808/2
SCALE [10]  2752/5 2821/7 2823/7
2823/13 2823/14 2823/15 2823/25
2824/11 2827/7 2830/10
SCALED [4]  2702/18 2730/12 2769/15
2769/23
SCALES [3]  2702/9 2702/9 2823/12
SCALING [10]  2702/3 2702/6 2702/13
2702/16 2702/21 2732/25 2733/2 2752/6
2769/10 2771/3
SCARY [1]  2793/4
SCENARIO [19]  2697/24 2698/5
2724/16 2724/16 2725/4 2725/5 2725/7

2735/18 2736/15 2750/11 2751/21
2751/22 2752/5 2751/9 2751/19 2752/20
2776/7 2776/10 2776/11
SCENARIOS [4]  2725/2 2725/10
2725/12 2774/21
SCIENCE [1]  2702/25
SCIENTIST [1]  2804/13
SCOPE [5]  2709/18 2809/4 2811/17
2815/5 2819/13
SCOTT [1]  2686/19
SCREEN [4]  2707/24 2756/16 2772/7
2772/9
SCROLL [1]  2773/16
SEA [2]  2694/14 2823/20
SEATED [3]  2690/4 2750/5 2798/4
SECOND [30]  2693/21 2693/24 2694/4
2694/9 2695/3 2695/14 2696/6 2696/18
2698/1 2698/4 2698/11 2699/13 2711/13
2714/24 2715/2 2715/13 2719/22
2736/23 2742/17 2742/18 2749/15
2752/18 2763/22 2803/9 2809/10
2809/15 2822/22 2825/8 2826/4 2826/5
SECOND-GUESS [1]  2825/8
SECONDLY [1]  2809/7
SECONDS [2]  2780/13 2821/14
SECTION [1]  2783/2
SECTIONS [4]  2698/25 2699/1 2699/16
2699/19
SECURITY [4]  2738/7 2742/15 2756/7
2818/9
SEDIMENT [1]  2749/4
SEE [53]  2690/22 2691/11 2691/23
2692/24 2698/21 2698/25 2699/4
2700/12 2705/2 2705/25 2706/3 2706/12
2706/16 2707/20 2707/22 2719/3 2729/3
2731/8 2731/10 2734/4 2738/25 2739/5
2741/12 2742/1 2744/2 2745/7 2749/21
2760/2 2771/25 2772/1 2772/7 2772/8
2780/9 2786/2 2793/7 2793/13 2800/23
2814/22 2817/1 2819/21 2822/20
2824/25 2826/9 2826/20 2826/21
2828/17 2829/3 2829/16 2831/4 2831/7
2831/12 2832/18 2832/20
SEEING [4]  2707/14 2711/24 2785/11
2785/15
SEEK [1]  2831/23
SEEN [12]  2691/9 2691/12 2699/9
2728/14 2733/10 2740/20 2745/24
2772/4 2777/17 2777/20 2778/4 2781/16
SEGMENT [9]  2731/14 2731/15 2761/8
2761/9 2761/11 2765/13 2765/15
2765/20 2782/1
SEGMENTED [1]  2761/14
SEGMENTS [6]  2762/24 2762/25 2763/4
2764/13 2764/13 2767/5
SENIOR [1]  2817/7
SENSE [3]  2716/3 2754/13 2824/17
SENSITIVITIES [1]  2806/18
SENSITIVITY [9]  2801/8 2802/17 2805/3
2806/10 2806/20 2806/22 2811/21
2811/23 2811/24
SERIES [2]  2728/15 2780/10
SERVED [1]  2817/25
SERVES [2]  2723/15 2817/12
SERVICE [2]  2817/10 2819/3
SESSION [6]  2686/10 2690/1 2690/4
2750/5 2777/21 2798/4
SET [12]  2691/9 2753/12 2763/1 2771/7
2772/1 2772/8 2803/20 2807/12 2807/21
2813/10 2815/1 2832/7
SETUP [6]  2733/4 2733/4 2733/5 2752/4
2769/11 2771/4
SEVEN [1]  2810/2

SEVERAL [4]  2732/15 2744/1 2756/9 2774/2
SEWERS [1]  2727/2
SF [1]  2775/20
SHADOW [1]  2705/24
SHADOWS [4]  2705/2 2705/2 2705/4 2705/8
SHALL [1]  2807/5
SHALLOW [2]  2818/20
SHALLOWER [1]  2806/17
SHAPE [1]  2743/5
SHAPES [1]  2752/12
SHARP [1]  2833/4
SHEET [2]  2699/16 2699/19
SHERMAN [1]  2686/22
SHINING [1]  2832/20
SHORE [1]  2818/21
SHORT [10]  2701/3 2702/15 2812/22 2829/13 2829/14 2830/1 2830/8 2830/9 2830/14 2830/25
SHORTER [3]  2718/1 2718/2 2806/17
SHOT [1]  2756/8
SHOULD [6]  2743/19 2744/1 2766/4 2780/19 2829/12 2829/14
SHOW [25]  2690/11 2691/19 2708/15 2713/19 2718/20 2725/8 2725/19 2741/7 2743/12 2747/23 2752/17 2760/20 2764/25 2780/1 2780/2 2782/9 2784/8 2786/3 2793/10 2804/22 2805/9 2819/9 2820/24 2821/25 2824/23
SHOWED [22]  2690/10 2699/23 2700/4 2700/4 2700/7 2708/22 2725/11 2725/21 2734/16 2736/23 2740/8 2747/24 2760/12 2760/13 2761/20 2763/6 2767/16 2769/17 2777/22 2785/24 2798/25 2801/13
SHOWING [4]  2739/20 2744/13 2785/1 2828/9
SHOWN [14]  2690/18 2706/9 2708/8 2712/8 2730/13 2734/9 2747/5 2758/3 2761/23 2763/5 2798/8 2801/11 2820/10 2822/19
SHOWS [12]  2693/12 2739/23 2742/10 2750/17 2750/19 2760/2 2766/12 2781/1 2781/10 2787/3 2792/21 2824/5
SHUT [1]  2821/16
SHUTS [1]  2821/13
SIC [1]  2785/10
SIDE [63]  2695/2 2697/12 2698/22 2699/6 2699/18 2699/21 2700/5 2700/13 2700/25 2701/8 2705/15 2705/18 2705/19 2705/22 2706/1 2706/4 2706/10 2706/24 2707/1 2707/9 2707/16 2707/17 2707/17 2707/20 2708/14 2710/14 2711/7 2712/2 2716/15 2716/15 2719/2 2719/19 2720/15 2731/7 2737/21 2738/24 2739/4 2741/12 2748/22 2748/24 2748/25 2749/1 2749/3 2752/17 2757/22 2757/22 2759/23 2768/18 2805/12 2807/25 2808/15 2808/16 2809/7 2811/11 2811/20 2814/4 2814/7 2815/4 2815/7 2815/13 2816/3 2816/15 2832/17
SIDES [11]  2695/5 2717/2 2717/5 2717/6 2717/9 2717/19 2757/21 2757/22 2757/23 2758/1 2758/16
SIGNATURES [1]  2699/8
SIGNIFICANCE [4]  2718/23 2718/25 2805/13 2815/22
SIGNIFICANT [17]  2691/8 2698/22 2699/2 2699/18 2700/24 2713/14

2714/19 2745/22 2746/5 2746/8 2746/11 2750/6 2751/23 2751/23 2751/10 2824/6 2829/18
SIGNIFICANT DIFFERENCE [1]  2746/22
SIGNIFICANTLY [2]  2751/15 2810/1
SILENCE [1]  2821/17
SILENT [2]  2807/24 2808/1
SILL [28]  2729/18 2761/10 2766/7 2780/14 2781/6 2781/7 2781/22 2782/3 2782/6 2782/12 2782/13 2782/14 2782/19 2784/23 2784/24 2785/15 2785/19 2786/2 2786/9 2786/18 2787/5 2788/5 2790/2 2790/15 2791/1 2791/3 2797/11 2801/23
SILLS [5]  2781/11 2783/5 2788/9 2788/25 2789/9
SILT [1]  2820/23
SIMILAR [17]  2717/5 2717/6 2740/7 2740/8 2742/24 2744/18 2744/24 2749/20 2752/11 2777/20 2787/24 2824/16 2824/21 2824/22 2824/22 2826/2 2826/14
SIMILARLY [1]  2826/10
SIMPLE [3]  2744/13 2749/14 2821/10
SIMPLY [3]  2701/25 2805/4 2805/20
SIMS [1]  2687/3
SIMULATION [1]  2703/4
SIMULATIONS [3]  2811/19 2812/2 2812/6
SINCE [5]  2704/13 2723/17 2752/11 2772/16 2811/25
SINGLE [7]  2768/8 2768/8 2783/25 2784/24 2814/13 2814/15 2832/16
SIR [52]  2690/13 2699/14 2711/23 2714/17 2722/10 2731/16 2745/12 2753/18 2753/21 2754/8 2754/22 2755/6 2756/15 2756/20 2759/7 2762/15 2763/10 2763/21 2766/17 2767/8 2768/8 2768/20 2768/24 2769/20 2771/19 2771/23 2772/3 2772/7 2772/14 2772/15 2773/5 2778/7 2778/8 2784/13 2786/6 2786/8 2787/13 2790/20 2790/21 2790/22 2791/9 2797/2 2797/24 2799/25 2802/21 2804/2 2804/7 2805/25 2806/25 2807/19 2819/11 2822/11
SIT [1]  2812/14
SITE [5]  2763/24 2764/1 2764/4 2764/21 2764/22
SITES [5]  2755/11 2755/15 2760/22 2767/14 2775/14
SITTING [1]  2749/19
SITUATION [3]  2691/3 2749/15 2821/9
SIX [6]  2718/16 2718/21 2764/5 2809/22 2812/14 2815/20
SIZE [3]  2802/12 2822/21 2827/12
SKILL [1]  2831/10
SKIPPED [3]  2776/15 2776/16 2776/19
SKYROCKET [1]  2697/7
SKYROCKETING [1]  2707/7
SL15 [1]  2719/21
SLIDE [37]  2693/9 2694/2 2696/6 2697/21 2698/9 2708/10 2708/11 2708/13 2758/22 2760/2 2761/1 2761/15 2761/20 2761/20 2763/13 2763/24 2763/25 2765/3 2766/13 2767/16 2768/1 2780/19 2781/18 2784/20 2784/20 2785/16 2785/17 2786/2 2786/8 2795/9 2822/19 2823/11 2824/25 2825/25 2829/2 2829/16 2830/16
SLIDE 3 [1]  2766/13
SLIDE 39 [1]  2694/2
SLIDES [3]  2753/11 2780/10 2797/23

SLIGHT [1]  2697/17
SLOPE [3]  2705/5 2705/23 2811/1
SLOPES [3]  2696/3 2803/3 2806/16
SLOPPINESS [1]  2714/16
SMALL [3]  2720/19 2802/17 2829/19
SMALLER [2]  2787/20 2787/23
SMITH [11]  2688/15 2734/19 2741/18 2742/8 2803/7 2803/15 2807/4 2807/10 2814/2 2816/21 2822/5
SMOOTHLY [1]  2753/11
SO [167]
SO-CALLED [1]  2813/22
SOBEK [1]  2736/19
SOIL [5]  2694/11 2695/12 2701/20 2701/24 2810/19
SOILS [2]  2810/22 2810/23
SOJA [1]  2688/16
SOLEMNLY [1]  2811/14
SOLUTIONS [1]  2825/7
SOME [57]  2695/2 2695/6 2699/5 2699/7 2706/12 2713/18 2714/10 2721/13 2724/1 2724/17 2727/24 2727/25 2728/5 2728/6 2728/7 2728/8 2734/9 2737/13 2738/10 2743/13 2746/2 2746/3 2747/19 2751/7 2760/13 2760/25 2762/3 2768/10 2771/16 2773/15 2777/18 2778/2 2778/22 2779/17 2781/4 2781/5 2788/2 2788/20 2788/21 2793/4 2796/3 2801/7 2803/17 2808/21 2814/21 2822/17 2823/8 2824/19 2825/13 2826/16 2826/17 2827/8 2828/19 2829/15 2829/23 2830/17 2831/14 2831/14
SOMEBODY [2]  2797/14 2827/21
SOMEHOW [1]  2709/2
SOMEONE [2]  2762/8 2812/12
SOMETHING [17]  2703/6 2710/1 2714/9 2728/16 2734/18 2741/11 2741/13 2744/18 2776/15 2793/21 2806/5 2810/1 2812/11 2812/11 2825/18 2830/2 2830/14
SOMETIMES [4]  2763/5 2804/13 2825/7 2829/5
SOMEWHAT [4]  2758/8 2816/14 2825/20 2826/23
SOMEWHERE [5]  2719/11 2747/25 2760/24 2760/24 2766/22
SOON [4]  2697/6 2701/6 2791/8 2807/20
SOONER [1]  2707/4
SORRY [12]  2690/5 2703/12 2713/16 2713/24 2714/22 2776/17 2784/10 2791/21 2799/16 2804/13 2831/9 2831/14
SORT [1]  2805/8
SORTS [1]  2814/6
SOUND [3]  2819/24 2819/25 2821/15
SOURCE [21]  2703/19 2719/7 2732/12 2732/13 2732/22 2732/23 2743/13 2744/7 2744/20 2776/1 2828/25 2829/11 2830/20 2830/20 2830/22 2830/24 2831/2 2831/5 2831/5 2831/11 2831/22
SOURCES [5]  2727/20 2731/22 2733/15 2744/14 2744/18
SOUTH [23]  2686/16 2700/8 2712/23 2713/14 2714/19 2715/6 2715/22 2716/1 2725/15 2725/17 2747/15 2747/17 2748/15 2750/16 2750/17 2753/20 2754/17 2754/25 2764/6 2775/13 2785/6 2801/24 2824/5
SOUTHERN [3]  2729/3 2739/1 2739/4
SOUTHWARD [1]  2731/2
SPANS [1]  2817/18

S

SPECIALIZING [1] 2723/5
SPECIFIC [4] 2724/4 2806/5 2806/6
2807/6
SPECIFICALLY [2] 2709/20 2756/12
2806/13
SPECIFICS [1] 2802/10
SPECIFIED [1] 2692/14
SPECTRUM [3] 2832/14 2832/15
2832/21
SPEED [2] 2830/3 2832/4
SPEEDS [1] 2831/16
SPELL [1] 2722/23
SPELLING [1] 2803/24
SPEND [2] 2703/6 2779/15
SPENT [5] 2723/12 2723/15 2727/15
2736/4 2736/7
SPILL [1] 2742/2
SPOKEN [1] 2701/12
SPONSORED [1] 2818/5
SPONSORSHIP [1] 2818/8
SPORADIC [1] 2699/6
SPOT [1] 2765/25
SPRINGS [1] 2687/17
SQUARE [5] 2793/22 2795/11 2795/14
2795/17 2795/18
SR [1] 2688/16
ST. [26] 2703/19 2717/23 2719/6
2724/16 2724/18 2725/9 2725/22 2726/9
2727/1 2727/6 2727/14 2732/24 2735/19
2739/15 2743/11 2744/14 2747/21
2748/4 2750/22 2751/1 2751/14 2753/16
2754/4 2792/22 2796/18 2798/19
ST. BERNARD [26] 2703/19 2717/23
2719/6 2724/16 2724/18 2725/9 2725/22
2726/9 2727/1 2727/6 2727/14 2732/24
2735/19 2739/15 2743/11 2744/14
2747/21 2748/4 2750/22 2751/1 2751/14
2753/16 2754/4 2792/22 2796/18
2798/19
STAFF [3] 2728/2 2728/5 2813/1
STAGE [18] 2705/14 2707/11 2707/20
2733/23 2733/24 2734/12 2737/16
2738/15 2739/23 2740/2 2740/5 2740/9
2741/16 2743/11 2746/9 2803/20
2807/12 2807/21
STAGES [2] 2821/3 2821/4
STAND [2] 2775/21 2821/8
STANDARD [5] 2694/24 2696/1 2696/21
2701/13 2701/13
STANDARDS [4] 2694/3 2694/4 2694/6
2815/16
STANDING [1] 2701/15
STANDPOINT [5] 2749/5 2768/9
2779/23 2779/24 2807/6
STANDS [1] 2724/21
STANWOOD [1] 2686/11
START [15] 2692/22 2695/13 2715/3
2715/5 2731/22 2742/21 2746/16
2759/21 2762/14 2783/24 2800/18
2816/22 2823/10 2828/18 2833/4
STARTED [8] 2719/16 2726/13 2747/20
2747/24 2748/5 2748/6 2751/7 2753/10
STARTING [1] 2731/1
STARTS [14] 2694/10 2694/16 2697/4
2708/16 2738/16 2738/22 2739/5 2739/7
2740/7 2741/24 2742/22 2758/7 2821/11
2821/12
STATE [7] 2696/4 2704/25 2722/22
2803/23 2814/13 2817/22 2825/12
STATED [3] 2767/5 2814/1 2814/23
STATEMENT [3] 2777/12 2796/14
2811/3
STATEMENTS [1] 2799/1
STATES [15] 2686/1 2686/7 2686/11
2696/1 2722/18 2722/19 2726/1 2744/16
2813/7 2813/12 2818/13 2820/15 2821/5
2824/13 2833/13
STATES' [1] 2718/9
STATIC [3] 2696/24 2697/1 2699/12
STATING [1] 2814/15
STATION [2] 2688/17 2791/8
STATION'S [1] 2820/22
STATIONING [1] 2785/10
STAY [1] 2741/2
STAYED [3] 2737/23 2742/17 2751/3
STEEP [9] 2705/5 2705/9 2705/16
2705/18 2705/22 2705/23 2705/24
2705/25 2706/21
STEEPNESS [1] 2706/8
STENOGRAPHY [1] 2688/24
STEP [11] 2726/24 2726/25 2727/12
2727/13 2731/20 2731/22 2769/16
2769/25 2802/21 2807/16 2807/19
STEPS [3] 2759/17 2759/22 2792/11
STEVE [1] 2780/14
STEVEN [6] 2722/19 2722/20 2722/24
2775/21 2778/11 2790/19
STEVENS [4] 2687/22 2687/23 2753/7
2769/13
STICKLER [1] 2813/20
STILL [14] 2701/15 2707/21 2720/2
2739/15 2749/18 2760/18 2761/5
2768/12 2771/14 2788/25 2789/10
2812/1 2824/4 2825/19
STILLWATER [1] 2820/22
STONE [1] 2688/16
STOP [8] 2703/5 2735/9 2746/24
2795/21 2802/6 2820/18 2820/20 2833/2
STORAGE [2] 2795/10 2795/10 2796/12
STORM [9] 2727/2 2735/10 2738/1
2741/4 2748/5 2782/6 2783/18 2783/19
2783/25
STORM'S [1] 2748/8
STORMS [3] 2723/12 2723/19 2817/24
STRAIGHT [1] 2713/25
STRAY [1] 2820/7
STREET [11] 2686/16 2686/19 2686/23
2687/6 2687/10 2687/13 2687/20 2688/4
2688/7 2688/20 2820/19
STRENGTH [1] 2803/2
STRETCH [1] 2781/9
STRUCTURES [3] 2726/7 2748/9
2808/1
STUDIES [5] 2726/3 2805/3 2811/21
2811/23 2811/24
STUDY [3] 2731/24 2737/9 2818/1
STUDY'S [1] 2723/23
STUFF [3] 2789/10 2811/5 2813/20
STWAVE [8] 2823/14 2824/12 2824/13
2824/23 2826/12 2826/15 2829/4
2830/23
SUBAREAS [1] 2727/5
SUBBASIN [6] 2732/4 2733/20 2733/22
2738/23 2766/10 2790/17
SUBBASINS [8] 2727/5 2727/6 2727/11
2732/6 2732/7 2734/2 2735/5 2791/11
SUBGRID [1] 2825/15
SUBJECT [2] 2695/10 2699/21
SUBMITTED [2] 2806/11 2829/10
SUBROGATED [1] 2688/2
SUBSEQUENT [1] 2826/21
SUBSTANTIAL [2] 2699/8 2816/8
SUBSTANTIALLY [3] 2766/19 2804/8
2804/10
SUCCESSFULLY [1] 2817/14
SUCH [4] 2703/1 2806/1 2817/10
SUDDEN [2] 2812/16 2812/19
SUFFERED [1] 2812/5
SUFFICIENT [4] 2700/24 2701/5 2806/9
2815/25
SUGGEST [1] 2806/8
SUITE [5] 2686/16 2687/3 2687/6
2687/10 2688/7
SUM [1] 2788/16
SUMMARIZE [1] 2822/16
SUMMARY [1] 2737/13
SUMMATION [1] 2710/13
SUMMING [1] 2710/15
SUMS [1] 2710/12
SUN [1] 2705/23
SUPERIMPOSED [1] 2742/8
SUPERIOR [1] 2774/1
SUPPLEMENTAL [10] 2804/6 2804/16
2805/2 2805/18 2806/11 2813/23 2814/9
2816/12 2816/18 2828/2
SUPPLIED [1] 2759/8
SUPPORT [3] 2769/18 2805/19 2815/10
SUPPORTING [1] 2804/8
SURE [23] 2705/14 2711/4 2713/21
2722/11 2730/20 2734/25 2741/6 2753/9
2753/12 2756/6 2758/6 2762/3 2773/11
2777/20 2780/16 2782/19 2792/17
2796/21 2797/17 2800/4 2803/8 2823/7
2823/22
SURELY [1] 2768/21
SURFACE [31] 2691/6 2724/17 2724/25
2725/9 2725/11 2725/20 2729/20
2729/21 2733/20 2734/1 2734/11 2735/2
2736/25 2737/2 2749/11 2750/18
2751/14 2752/11 2752/18 2752/19
2760/17 2761/1 2761/25 2769/18
2791/10 2791/12 2791/14 2798/24
2799/2 2799/3 2801/12
SURFACES [5] 2725/22 2740/8 2742/23
2746/10 2750/20
SURFICIAL [2] 2699/5 2707/21
SURGE [63] 2702/22 2716/22 2719/22
2720/10 2720/17 2720/25 2721/11
2721/16 2721/19 2721/20 2721/25
2726/17 2729/22 2732/14 2732/23
2733/2 2733/6 2733/7 2736/10 2743/4
2743/5 2745/2 2745/22 2746/19 2746/20
2749/8 2749/8 2751/24 2752/1 2752/3
2757/9 2757/12 2759/22 2760/17
2760/22 2761/4 2762/17 2766/5 2767/12
2767/17 2767/20 2767/23 2767/24
2768/2 2768/5 2768/14 2768/16 2769/18
2770/19 2771/5 2771/21 2775/5 2792/15
2792/18 2792/23 2793/8 2793/16 2794/3
2794/5 2794/13 2809/6 2814/21 2818/2
SURGES [3] 2817/23 2818/16 2825/10
SURPRISE [1] 2799/12
SURROUNDING [1] 2723/16
SURVEY [2] 2727/25 2781/10
SURVEYING [1] 2789/3
SURVEYOR [1] 2741/10
SWAN [6] 2823/14 2824/15 2826/1
2826/12 2828/25 2829/3
SWEET [1] 2793/18
SWITCH [1] 2775/8
SWITCHED [1] 2824/10
SWORN [3] 2690/7 2722/20 2803/21
SYNOPSIS [1] 2772/21
SYSTEM [5] 2692/7 2724/22 2725/7
2732/2 2734/7

T

T-H-O-M-A-S [1] 2804/1

TABLE [18] 2692/9 2692/15 2693/8
2696/6 2729/10 2729/12 2734/21
2736/21 2736/21 2750/14 2750/14
2752/14 2752/15 2761/16 2761/17
2761/24 2766/13 2797/10
TABLE 4 [1] 2750/14
TAHEERAH [1] 2688/11
TAKE [26] 2697/11 2701/8 2706/24
2710/19 2713/25 2741/3 2747/12
2749/24 2750/1 2759/4 2772/4 2774/18
2779/19 2780/1 2788/24 2789/16 2795/6
2795/14 2795/20 2795/24 2796/6
2797/19 2797/25 2803/15 2805/14
2826/21
TAKEN [5] 2704/22 2737/25 2761/19
2774/11 2812/24
TAKES [5] 2758/25 2795/15 2830/10
2831/10 2832/1
TAKING [6] 2709/9 2709/10 2710/7
2710/15 2756/5 2800/18
TALK [14] 2701/16 2701/18 2722/3
2725/24 2752/10 2753/15 2768/10
2771/6 2778/22 2800/16 2800/24 2807/4
2811/18 2815/1
TALKED [9] 2692/9 2733/1 2749/2
2756/9 2775/18 2780/7 2809/5 2812/10
2816/7
TALKING [25] 2712/1 2721/2 2735/8
2747/2 2757/4 2758/10 2768/12 2777/15
2800/3 2800/25 2801/4 2809/13 2810/17
2810/21 2810/23 2811/5 2814/4 2814/6
2814/9 2815/15 2815/17 2823/19
2823/22 2830/13 2832/23
TALKS [4] 2810/19 2810/24 2811/20
2829/17
TASTES [1] 2810/9
TEAM [32] 2723/24 2724/15 2729/25
2735/4 2735/4 2735/6 2736/5 2737/13
2740/18 2740/23 2742/10 2758/5 2762/5
2768/17 2771/10 2772/25 2773/1
2773/19 2776/21 2777/17 2777/21
2778/10 2778/10 2778/12 2784/5 2784/5
2784/7 2784/18 2815/11 2818/2 2818/9
2819/9
TEAMS [1] 2727/8
TECH [2] 2708/9 2710/22
TECHNICAL [7] 2709/5 2710/24 2817/9
2817/12 2817/13 2818/3 2824/19
TECHNIQUE [1] 2703/4
TECHNOLOGIST [1] 2817/7
TECHNOLOGY [3] 2817/15 2817/16
2819/5
TEDIOUS [2] 2812/4 2832/8
TELL [11] 2691/2 2693/2 2693/10
2694/25 2698/13 2705/6 2747/20 2751/4
2756/15 2757/6 2803/18
TELLING [1] 2761/4
TELLS [1] 2705/7
TELLTALE [1] 2691/6
TEN [2] 2769/1 2798/24
TENDER [3] 2724/4 2822/5 2822/6
TENDERED [1] 2724/9
TENDERING [1] 2819/17
TENTHS [5] 2750/23 2750/24 2798/23
2799/1 2801/13
TERM [3] 2710/10 2830/20 2830/20
TERMS [15] 2701/23 2725/8 2725/19
2789/16 2805/5 2829/1 2829/12 2830/23
2830/24 2831/2 2831/5 2831/6 2831/12
2831/23 2832/7
TERRAIN [2] 2726/25 2727/11

TEST [4] 2798/22 2799/3 2799/8 2801/7
TESTIFIED [10] 2692/2 2712/3 2766/3
2766/3 2770/5 2777/5 2803/22
TESTIFY [6] 2762/16 2762/19 2770/23
2811/16 2816/17 2820/5
TESTIFY ABOUT [1] 2820/5
TESTIMONY [11] 2699/17 2717/12
2720/9 2721/6 2722/3 2741/21 2762/12
2762/14 2768/1 2790/24 2800/18
TEXAS [5] 2687/4 2723/16 2741/1
2812/12 2812/19
THAN [34] 2695/23 2714/20 2714/24
2715/2 2715/17 2715/21 2728/6 2733/12
2743/1 2743/2 2743/8 2746/14 2749/9
2749/25 2755/13 2755/14 2758/9
2766/14 2767/23 2781/14 2783/6
2784/21 2786/1 2789/12 2791/14
2801/13 2811/15 2813/2 2817/10 2821/7
2831/7 2831/17 2831/18 2832/6
THANK [37] 2697/23 2703/12 2704/11
2708/4 2712/14 2714/5 2714/17 2716/11
2722/9 2722/10 2722/16 2726/22
2740/25 2741/14 2745/18 2750/6 2753/6
2755/1 2760/7 2766/3 2777/3 2782/14
2785/13 2791/23 2797/2 2797/23
2797/24 2801/16 2802/13 2802/15
2803/5 2814/3 2816/19 2817/3 2819/18
2821/23 2821/24
THANKED [1] 2809/20
THAT [837]
THAT VOLUME [1] 2747/8
THAT'S [186]
THE IHNC [1] 2751/8
THE SIGNIFICANCE [1] 2805/13
THE WATER [1] 2732/18
THEIR [43] 2697/19 2698/5 2698/7
2702/11 2704/5 2718/20 2719/3 2719/5
2719/5 2719/9 2720/24 2734/14 2735/11
2737/1 2737/19 2740/5 2740/9 2741/2
2742/15 2742/24 2745/24 2745/25
2753/3 2758/6 2758/6 2758/10 2781/11
2792/4 2792/7 2792/8 2802/7 2802/9
2802/12 2813/10 2822/7 2826/3 2826/7
2827/18 2827/20 2827/24 2828/25
2829/22 2831/16
THEIRS [2] 2746/10 2746/21
THEM [37] 2702/9 2706/22 2728/22
2729/1 2730/12 2730/13 2730/18 2733/9
2735/8 2738/5 2743/20 2743/21 2743/21
2744/3 2752/3 2762/11 2764/24 2765/17
2767/1 2768/16 2771/5 2772/4 2772/4
2772/18 2773/10 2773/13 2784/1 2786/1
2787/21 2788/9 2788/10 2812/3 2812/5
2813/19 2815/24 2826/20 2829/11
THEME [1] 2712/2
THEN [81] 2690/11 2691/10 2697/11
2701/8 2704/13 2707/12 2710/12
2712/24 2720/17 2721/24 2722/1
2723/19 2724/21 2724/22 2725/16
2726/13 2727/4 2727/24 2728/2 2728/8
2728/10 2728/12 2729/25 2730/4 2731/9
2731/22 2732/22 2733/3 2733/16
2733/20 2734/16 2735/8 2735/23
2737/15 2738/23 2739/1 2739/3 2739/4
2739/5 2739/14 2740/21 2741/25 2742/3
2742/3 2742/9 2745/2 2748/2 2748/6
2752/19 2752/20 2755/3 2755/17
2759/21 2762/10 2772/8 2772/16
2774/11 2775/12 2776/2 2780/8 2781/9
2786/15 2787/20 2797/22 2801/12
2801/16 2801/25 2802/5 2807/10
2807/16 2807/17 2808/23 2809/1
2810/19 2811/3 2814/8 2820/16 2824/10

2829/15 2829/19 2832/17
THEORY [3] 2717/19 2718/1 2718/9
THERE ARE [3] 2715/19 2716/17 2720/15
2758/18 2758/19 2769/19 2771/22
THERE [128] 2691/15 2692/3 2692/3
2692/4 2695/6 2696/12 2698/3 2698/10
2699/7 2701/5 2701/16 2705/1 2705/2
2709/1 2710/10 2710/23 2711/16 2712/4
2712/17 2712/17 2712/18 2712/20
2712/23 2712/24 2713/2 2713/14
2714/19 2715/6 2716/3 2716/14 2716/14
2718/23 2721/13 2721/25 2727/22
2729/13 2730/15 2731/13 2732/7
2735/13 2737/22 2737/23 2738/4 2738/5
2738/7 2739/2 2739/3 2739/24 2739/25
2742/16 2745/4 2745/5 2745/10 2747/16
2749/18 2751/9 2753/1 2755/13 2755/22
2756/6 2756/15 2760/21 2760/23
2760/25 2761/4 2763/17 2765/13
2766/22 2767/4 2767/19 2767/21
2767/22 2767/23 2768/5 2770/4 2781/4
2781/5 2781/14 2782/23 2783/16
2783/17 2783/17 2784/21 2784/24
2784/25 2785/6 2785/18 2785/19
2785/25 2786/1 2786/25 2787/8 2787/10
2787/20 2788/20 2789/20 2790/10
2793/13 2793/14 2795/12 2796/24
2798/15 2798/17 2801/25 2802/6
2803/18 2804/14 2804/18 2804/23 2808/9
2810/15 2812/14 2814/12 2816/9 2816/9
2819/25 2820/23 2821/8 2821/20
2823/10 2826/16 2826/17 2826/19
2831/22 2832/6 2832/15 2832/17
2832/21
THERE'S [41] 2707/15 2707/20 2710/23
2712/17 2712/24 2713/2 2713/4 2721/11
2728/24 2741/6 2744/11 2746/2 2746/3
2749/10 2749/11 2749/16 2754/16
2755/14 2755/14 2763/15 2763/16
2764/12 2767/17 2768/1 2781/4 2781/13
2787/25 2802/4 2804/7 2804/12 2804/15
2810/7 2814/18 2814/24 2814/25
2819/24 2820/5 2823/12 2823/17 2829/3
2832/20
THEREFORE [1] 2827/2
THEREOF [1] 2767/6
THESE [57] 2694/2 2694/4 2694/6
2695/7 2695/20 2695/23 2695/24
2701/12 2702/12 2708/22 2725/13
2725/19 2729/2 2729/7 2729/8 2730/13
2730/14 2733/21 2739/21 2749/11
2752/22 2760/23 2764/14 2766/8
2767/14 2767/23 2767/24 2770/12
2772/3 2774/18 2775/7 2775/19 2776/20
2780/11 2781/25 2783/14 2788/3 2788/3
2788/3 2799/5 2804/22 2805/5 2806/22
2808/8 2810/25 2811/24 2812/2 2825/3
2825/11 2826/23 2826/24 2828/18
2828/20 2830/19 2831/22 2832/13
2832/17
THESIS [1] 2818/15
THEY [104] 2693/3 2693/5 2693/5
2693/6 2693/7 2694/8 2695/9 2695/9
2695/24 2696/4 2698/2 2700/2 2700/3
2700/3 2700/7 2702/5 2702/7 2702/18
2703/23 2704/4 2718/4 2719/11 2719/12
2719/17 2719/18 2725/23 2734/15
2735/9 2735/12 2735/13 2735/14
2735/15 2735/16 2736/18 2736/19
2737/19 2738/5 2739/25 2740/4 2740/18
2740/20 2741/3 2742/21 2742/25 2752/2
2755/22 2758/7 2758/8 2759/3 2762/3
2762/10 2766/9 2766/10 2769/25
2769/25 2770/1 2772/3 2779/2 2784/23

Case 2:05-cv-04182-SRD-JCW Document 13498 Filed 05/26/2008 Page 175 of 178

THEY... [45]  2791/13 2791/16 2792/4
2792/6 2792/7 2792/9 2792/9 2792/10
2792/10 2792/11 2802/8 2802/9 2802/10
2802/11 2802/11 2804/23 2808/9 2809/3
2811/18 2815/25 2819/17 2820/24
2822/21 2822/23 2824/16 2824/17
2824/19 2824/21 2825/11 2826/3
2826/13 2826/14 2827/12 2828/20
2828/21 2828/24 2829/1 2829/15
2829/20 2829/24 2830/22 2830/23
2831/17 2831/25 2832/13
THEY'LL [1]  2706/17
THEY'RE [8]  2719/19 2721/1 2728/13
2737/17 2750/25 2752/24 2784/25
2814/5
THING [8]  2704/9 2705/4 2706/6
2713/21 2726/16 2778/19 2815/17
2828/18
THINGS [15]  2727/3 2753/10 2759/2
2773/12 2779/18 2797/4 2801/18 2802/5
2809/5 2815/2 2820/19 2823/9 2829/7
2829/7 2829/8
THINK [69]  2690/21 2691/3 2691/6
2698/16 2698/17 2703/16 2704/9
2706/11 2708/11 2709/17 2712/19
2713/10 2713/11 2713/23 2714/10
2717/2 2717/19 2718/25 2720/7 2720/12
2720/14 2720/21 2721/1 2721/2 2721/2
2721/15 2721/16 2722/2 2722/4 2722/15
2723/8 2725/4 2734/17 2735/17 2735/21
2736/2 2736/11 2737/5 2743/2 2743/19
2744/24 2745/23 2745/25 2749/20
2751/10 2752/22 2753/10 2755/23
2770/18 2778/12 2779/22 2790/7 2794/8
2795/7 2802/19 2809/25 2821/3 2822/24
2824/11 2824/15 2826/11 2826/13
2826/18 2827/24 2828/4 2829/2 2829/16
2829/20 2830/6
THINKING [2]  2761/7 2809/10
THIRD [9]  2712/16 2715/24 2736/25
2748/16 2748/16 2761/25 2777/10
2789/8 2823/15
THIS [300]
THOMAS [2]  2687/3 2803/25
THOROUGHLY [1]  2814/11
THOSE [100]  2693/6 2693/7 2693/11
2693/17 2693/17 2694/3 2696/23
2696/23 2697/7 2698/17 2699/20 2700/1
2701/3 2701/5 2701/22 2703/3 2704/10
2705/8 2706/21 2706/21 2707/2 2707/6
2710/12 2713/23 2714/23 2715/20
2716/5 2717/10 2725/9 2725/12 2727/3
2728/19 2728/19 2728/21 2729/16
2729/25 2730/1 2730/3 2730/6 2730/16
2732/6 2732/17 2733/2 2733/4 2733/5
2733/5 2735/5 2735/5 2735/14 2735/15
2737/1 2737/24 2737/25 2740/19
2740/20 2742/8 2744/17 2745/22 2748/6
2750/18 2750/21 2751/1 2755/16
2755/21 2761/19 2762/1 2762/2 2762/4
2762/6 2762/7 2762/8 2762/9 2762/24
2762/25 2763/4 2766/23 2768/5 2768/6
2768/7 2769/9 2772/11 2773/12 2773/13
2775/17 2775/20 2775/25 2777/16
2779/18 2779/20 2782/25 2788/15
2788/24 2793/20 2794/17 2798/24
2801/14 2806/12 2823/5 2824/1 2831/24
THOUGH [1]  2816/2
THOUGHT [8]  2720/20 2779/7 2793/4
2804/19 2804/23 2805/20 2806/3
2808/10

THOUSAND [7]  2698/14 2810/4 2810/6
2810/8 2810/8 2810/10 2811/22
THOUSANDS [1]  2815/21
THREE [25]  2700/1 2700/7 2713/2
2718/20 2751/12 2769/2 2789/8 2798/23
2799/1 2807/21 2809/23 2810/3 2810/6
2811/15 2812/2 2812/6 2812/6 2812/16
2812/20 2813/17 2818/24 2823/3
2823/12 2825/1 2831/22
THREE-AND-A-THIRD [1]  2789/8
THREE-TENTHS [2]  2798/23 2799/1
THRESHOLD [7]  2694/10 2694/16
2695/13 2695/17 2695/23 2696/14
2696/21
THRESHOLDS [5]  2695/7 2810/14
2810/16 2810/18 2823/2
THROUGH [57]  2704/5 2705/10 2705/16
2709/25 2717/20 2719/6 2721/13 2726/5
2726/19 2728/5 2731/10 2731/25 2734/8
2734/10 2736/22 2738/17 2743/9 2744/1
2747/3 2747/6 2747/15 2747/25 2748/2
2748/6 2749/11 2750/20 2754/6 2755/7
2755/11 2755/16 2755/17 2755/19
2756/7 2756/13 2757/1 2757/15 2757/18
2760/13 2764/1 2771/25 2772/18
2773/15 2773/21 2773/23 2774/18
2775/1 2776/7 2776/10 2776/16 2777/3
2781/23 2787/20 2791/21 2797/23
2809/13 2820/17 2832/20
THROUGHOUT [1]  2700/21
THROW [1]  2804/13
THUMBING [1]  2772/18
THURSDAY [1]  2717/13
THUS [1]  2767/13
TIME [97]  2695/11 2699/12 2700/17
2700/21 2700/24 2701/3 2701/5 2703/7
2710/8 2710/9 2710/12 2710/13 2710/14
2710/15 2711/24 2717/22 2717/25
2718/1 2718/2 2718/15 2719/11 2720/2
2721/16 2721/19 2721/19 2721/21
2721/21 2722/14 2724/24 2724/25
2727/15 2730/1 2730/4 2730/5 2731/23
2732/13 2733/22 2736/4 2736/7 2736/14
2737/16 2738/16 2738/18 2739/11
2740/20 2741/6 2741/7 2741/18 2742/1
2742/21 2743/7 2746/9 2746/13 2746/16
2746/21 2749/13 2749/24 2756/2 2758/2
2758/9 2758/12 2760/17 2761/5 2764/10
2766/14 2767/11 2772/12 2772/13
2774/19 2774/20 2777/10 2789/16
2790/25 2792/4 2792/9 2800/14 2800/17
2800/18 2800/22 2801/22 2804/15
2805/15 2807/1 2807/3 2807/8 2807/14
2808/21 2809/9 2809/13 2812/3 2812/25
2815/25 2821/15 2822/12 2825/6
2828/10 2833/7
TIMES [12]  2696/14 2696/21 2733/11
2737/24 2769/1 2769/3 2777/16 2793/22
2794/13 2795/4 2797/9 2830/4
TIMING [9]  2720/4 2746/14 2791/10
2791/12 2792/1 2792/5 2792/7 2792/11
2802/11
TODAY [8]  2754/2 2761/4 2772/4 2780/6
2814/25 2815/3 2815/14 2816/25
TOE [13]  2690/25 2691/1 2691/8
2691/11 2704/7 2704/16 2708/14
2708/16 2708/19 2710/7 2805/4 2805/6
2806/20
TOGETHER [8]  2727/9 2733/5 2761/14
2762/7 2773/10 2778/14 2778/15
2794/18
TOLD [9]  2758/24 2768/25 2778/8
2790/24 2793/19 2795/10 2809/18

2811/6 2811/14
2811/22 2811/23 2811/24 2812/8
TONA [4]  2800/7 2814/17 2800/15 2800/25
2827/5 2833/5
TONI [4]  2688/20 2833/12 2833/20
2833/20
TONIGHT [2]  2816/23 2827/6
TOO [13]  2692/3 2712/17 2713/11
2715/25 2729/18 2729/19 2737/7
2741/19 2785/6 2787/7 2791/8 2802/1
2832/8
TOOK [22]  2714/11 2720/17 2725/14
2732/24 2735/14 2737/23 2739/25
2740/18 2740/19 2742/17 2750/3
2763/11 2763/14 2763/14 2767/5 2769/9
2792/11 2798/2 2806/2 2806/15 2807/22
2812/25
TOOL [2]  2724/19 2724/20
TOP [11]  2706/21 2715/19 2729/23
2770/14 2772/19 2780/22 2786/15
2809/6 2831/8 2831/9 2831/11
TOPIC [4]  2756/11 2771/1 2771/6
2778/22
TOPOGRAPHIC [1]  2728/4
TOPOGRAPHY [1]  2726/25
TORTS [1]  2688/10
TOTAL [14]  2744/18 2744/22 2744/23
2745/6 2745/8 2745/25 2747/5 2782/22
2799/12 2812/17 2814/16 2814/16
2814/18 2821/17
TOTALLY [2]  2807/24 2808/1
TOUCH [2]  2709/15 2716/9
TOUCHED [2]  2709/16 2799/11
TOWARD [4]  2748/16 2749/17 2775/14
2777/13
TOWARDS [3]  2705/22 2706/19 2824/8
TOWER [3]  2738/7 2741/20 2742/16
TRACES [3]  2700/4 2700/5 2707/21
TRACK [1]  2692/16
TRACKS [1]  2692/17
TRADEOFF [1]  2751/10
TRANSCRIPT [2]  2688/24 2833/15
TRANSLATES [1]  2744/22
TRAVEL [1]  2702/13
TREE [1]  2741/13
TREMENDOUS [2]  2815/19 2825/6
TRIAL [5]  2686/10 2808/22 2809/23
2812/7 2819/12
TRIANGLES [4]  2737/20 2737/25
2739/21 2739/21
TRIED [7]  2735/10 2766/9 2787/18
2791/6 2791/15 2794/7 2821/8
TRIGGER [24]  2729/20 2729/22 2758/25
2759/1 2759/3 2759/12 2759/14 2759/17
2759/18 2760/2 2760/9 2760/14 2761/23
2761/25 2762/17 2763/1 2765/7 2765/25
2766/4 2767/6 2767/13 2790/25 2791/3
2798/17
TRIGGERED [16]  2757/23 2758/18
2760/17 2760/21 2762/3 2763/15
2764/10 2764/22 2766/15 2766/19
2766/24 2767/12 2767/18 2767/19
2799/7 2801/10
TRIGGERING [3]  2759/9 2792/14
2792/17
TRUE [23]  2691/13 2693/20 2693/23
2698/19 2698/20 2704/18 2714/24
2716/25 2717/1 2757/23 2759/11
2760/10 2760/16 2764/7 2768/19
2768/25 2769/15 2781/15 2782/5
2792/21 2815/3 2816/9 2833/14
TRULY [1]  2712/7
TRUST [1]  2773/24
TRUSTED [1]  2795/22

**T**

TRUTH [1] 2769/6
TRY [6] 2713/9 2721/15 2806/12
2819/16 2820/16 2820/20
TRYING [10] 2715/12 2736/9 2736/12
2763/2 2784/10 2803/8 2809/14 2812/2
2823/7 2831/23
TUBE [4] 2821/1 2821/2 2821/10
2821/18
TURBULENCE [1] 2705/18
TURF [3] 2694/19 2696/15 2701/20
TURN [10] 2728/23 2734/3 2734/21
2736/20 2737/9 2738/13 2740/12
2744/10 2752/14 2785/18
TURNED [3] 2745/1 2745/5 2751/11
TUSA [4] 2688/20 2833/12 2833/20
2833/20
TV [1] 2791/8
TWEAKED [1] 2791/25
TWO [34] 2691/12 2693/6 2693/7
2693/11 2698/12 2700/3 2725/9 2725/14
2729/13 2733/19 2739/22 2745/13
2750/23 2754/11 2758/16 2759/13
2761/19 2762/2 2763/12 2775/2 2775/7
2776/11 2780/2 2783/19 2783/24
2789/11 2794/17 2797/10 2798/23
2798/25 2801/23 2809/5 2818/23 2831/8
TWO-TENTHS [1] 2750/23
TYPE [2] 2757/3 2757/4
TYPICALLY [1] 2706/17

**U**

U.S [8] 2688/9 2694/1 2718/4 2722/14
2722/15 2817/7 2818/4 2818/17
U.S.A [1] 2768/17
UNCERTAINTY [1] 2695/6
UNDER [4] 2693/15 2787/11 2818/8
2825/6
UNDERSTAND [24] 2691/10 2706/20
2708/1 2708/3 2720/6 2730/20 2737/22
2747/12 2760/3 2765/18 2767/2 2767/18
2770/3 2770/10 2789/5 2789/23 2793/21
2800/4 2812/5 2815/23 2816/16 2823/3
2823/22 2826/3
UNDERSTANDING [6] 2698/18 2731/4
2765/8 2816/13 2827/4 2833/16
UNDERSTOOD [3] 2740/17 2767/4
2796/21
UNDERTAKE [1] 2828/24
UNDERWATER [1] 2749/21
UNFAIR [1] 2816/1
UNINTENTIONALLY [1] 2814/4
UNIT [8] 2755/20 2789/17 2795/9
2795/23 2796/3 2796/7 2796/12 2797/12
UNITED [15] 2686/1 2686/7 2686/11
2718/9 2722/18 2722/19 2726/1 2744/16
2813/7 2813/12 2818/13 2820/15 2821/5
2824/13 2833/13
UNITED STATES [9] 2722/18 2722/19
2726/1 2744/16 2813/7 2813/12 2820/15
2821/5 2824/13
UNITED STATES' [1] 2718/9
UNIVERSITY [2] 2818/1 2818/15
UNLESS [1] 2709/25
UNSTEADY [3] 2724/20 2724/23
2724/24
UNTIL [7] 2739/15 2759/21 2771/19
2783/19 2783/24 2809/9 2809/12
UP [66] 2690/9 2691/4 2700/23 2700/25
2706/21 2707/3 2707/4 2708/10 2709/22
2715/6 2718/23 2719/12 2720/13 2727/5
2727/6 2728/18 2731/8 2738/1 2738/22

2739/6 2739/15 2739/18 2741/3 2742/2
2742/6 2744/17 2748/7 2748/15 2752/5
2763/3 2763/22 2766/11 2768/2 2769/15
2769/22 2769/23 2769/25 2770/1
2775/18 2776/9 2777/19 2779/22
2780/19 2784/22 2787/9 2787/24
2788/14 2790/10 2793/4 2795/17
2795/22 2796/7 2796/20 2803/15
2804/14 2804/19 2804/21 2807/20
2809/9 2809/12 2813/10 2816/21 2821/6
2821/11 2828/10 2828/19
UPDATED [3] 2726/14 2829/4 2829/5
UPON [3] 2692/14 2707/10 2759/8
UPPER [1] 2704/6
US [29] 2691/2 2691/21 2693/2 2693/10
2694/13 2694/25 2710/4 2724/13
2729/12 2732/15 2732/25 2737/18
2738/9 2743/23 2756/15 2757/6 2760/12
2778/8 2780/6 2781/19 2790/24 2793/12
2795/10 2799/12 2802/10 2803/10
2812/6 2821/25 2826/23
USE [18] 2693/2 2703/2 2714/1 2714/14
2724/19 2726/12 2727/10 2733/12
2744/16 2751/25 2752/10 2769/14
2773/9 2775/8 2802/18 2812/13 2825/21
2830/22
USED [56] 2710/9 2725/24 2725/25
2726/2 2726/3 2726/3 2726/8 2726/10
2726/20 2727/23 2729/2 2730/5 2731/24
2732/8 2732/9 2732/10 2733/1 2733/7
2733/13 2734/16 2735/9 2735/13
2735/14 2735/15 2736/18 2736/19
2752/1 2752/6 2752/8 2752/12 2769/23
2770/20 2770/21 2770/23 2782/19
2782/21 2786/1 2791/1 2791/2 2793/17
2796/16 2797/13 2797/22 2805/23
2813/9 2823/3 2823/11 2823/13 2823/17
2825/1 2825/24 2826/3 2829/1 2829/14
2830/24 2831/10
USER [1] 2716/10
USERS [1] 2703/3
USES [1] 2723/19
USING [13] 2712/7 2712/8 2712/11
2714/13 2725/2 2730/12 2744/5 2744/15
2769/7 2771/14 2774/1 2789/7 2830/19

**V**

VALUABLE [1] 2737/18
VALUES [1] 2695/24
VANTAGE [1] 2816/1
VARIABILITY [1] 2806/10
VARIABLE [1] 2703/17
VARIATION [1] 2693/13
VARIATIONS [1] 2804/22
VARIED [3] 2749/13 2806/16 2814/19
VARIES [2] 2693/14 2765/11
VARIOUS [1] 2742/13
VARY [4] 2745/20 2814/20 2814/21
2814/21
VAST [1] 2717/19
VASTLY [2] 2823/1 2832/1
VEGETATION [1] 2701/23
VELOCITIES [13] 2707/8 2807/25
2807/25 2808/6 2809/7 2809/20 2811/11
2811/20 2814/5 2814/7 2815/4 2815/7
2815/14
VELOCITY [3] 2749/6 2749/14 2809/6
VERIFIED [1] 2773/18
VERRETT [1] 2785/18
VERSION [2] 2824/14 2829/6
VERSUS [6] 2686/6 2746/1 2806/21
2806/21 2823/14 2825/3
VERTICAL [2] 2781/3 2781/4

VERTICALLY [1] 2728/21

**W**

WALK [1] 2773/15
WALKING [1] 2777/3
WALL [7] 2692/2 2692/7 2727/18
2731/19 2745/3 2773/22 2776/18
WALLS [1] 2730/3
WALTER [1] 2687/12
WAM [3] 2823/11 2823/13 2823/16
WANT [31] 2691/15 2692/19 2693/9
2703/11 2713/20 2714/14 2722/12
2730/21 2743/22 2754/24 2756/1 2765/1
2765/3 2772/5 2773/11 2774/17 2791/22
2795/14 2797/16 2800/15 2801/3
2803/10 2807/8 2812/23 2816/11
2816/20 2819/23 2820/8 2822/5 2822/9
2832/4
WANTED [5] 2714/3 2729/6 2799/4
2821/25 2827/8
WANTS [2] 2807/6 2815/4
WARD [9] 2725/21 2737/22 2738/20
2739/9 2750/21 2751/3 2751/11 2753/16
2754/5
WARREN [1] 2688/6
WAS [272]
WAS 23,290 [1] 2793/9
WASHINGTON [1] 2688/18
WASN'T [14] 2696/12 2697/13 2700/10
2709/16 2712/8 2716/21 2751/22 2762/3

**VICINITY [1] 2693/3 2734/7**
VICKSBURG [1] 2774/5
VICTOR [1] 2687/24
VIDEO [15] 2690/10 2690/10 2690/16
2691/16 2699/24 2704/22 2735/15
2738/5 2738/7 2741/7 2741/20 2742/18
2758/3 2820/2 2820/10
VIDEOS [2] 2738/4 2742/13
VIEW [5] 2716/13 2780/3 2780/4 2780/5
2797/22
VIRGINIA [1] 2818/15
VIRTUALLY [3] 2752/24 2823/17
2828/18
VISUAL [1] 2789/4
VISUALLY [4] 2729/6 2729/8 2787/2
2787/14
VOIR [1] 2820/11
VOLUME [15] 2686/10 2716/18 2723/8
2744/14 2744/22 2745/6 2745/8 2745/13
2747/3 2747/6 2747/8 2751/7 2754/16
2793/23 2810/19
VOLUMES [1] 2809/20
VRIJLING [5] 2738/6 2828/3 2828/4
2828/5 2828/5
VRIJLING'S [4] 2734/15 2741/21
2827/23 2828/7

Case 2:05-cv-04182-SRD-JCW   Document 16867   Filed 05/22/09   Page 177 of 178

WASN'T... [6] 2786/3 2799/11 2809/16
2811/6 2811/15 2811/16
WATCH [1] 2820/8
WATER [168]
WATER'S [1] 2705/17
WATERFALL [1] 2707/2
WATERS [1] 2754/13
WATERSHED [1] 2726/3
WAVE [74] 2691/5 2691/14 2698/21
2699/2 2699/8 2699/9 2699/10 2699/18
2700/5 2700/17 2700/23 2701/5 2702/12
2702/12 2702/14 2704/6 2704/15
2706/16 2706/18 2707/22 2707/23
2708/15 2708/19 2715/20 2719/2
2719/19 2719/25 2720/1 2720/15
2732/13 2732/16 2733/4 2733/4 2733/5
2745/1 2751/24 2752/4 2752/4 2757/12
2759/22 2767/14 2769/11 2771/4 2773/8
2773/12 2775/5 2792/15 2792/18
2792/23 2793/7 2793/16 2794/3 2794/4
2794/12 2803/3 2811/2 2811/21 2818/2
2818/19 2818/19 2824/6 2826/7 2828/9
2828/11 2828/20 2829/18 2830/10
2831/23 2831/25 2832/1 2832/9 2832/11
2832/12 2832/17
WAVE-INDUCED [10] 2698/21 2699/2
2699/9 2699/18 2700/5 2706/16 2706/18
2708/15 2708/19 2719/25
WAVES [22] 2691/6 2691/8 2697/12
2757/10 2817/23 2818/16 2822/4 2822/7
2822/16 2822/18 2822/20 2822/22
2823/23 2824/3 2825/10 2827/12
2828/13 2831/12 2831/14 2832/2
2832/15 2832/17
WAY [25] 2695/2 2705/16 2741/4 2741/6
2743/5 2743/6 2745/10 2748/16 2749/6
2753/20 2757/18 2767/21 2774/17
2782/17 2783/8 2790/3 2790/4 2790/5
2796/3 2800/14 2805/1 2806/23 2824/19
2828/24 2832/12
WAYS [2] 2733/19 2780/2
WE [353]
WE'LL [15] 2707/4 2719/23 2744/2
2756/2 2757/1 2760/12 2763/22 2772/8
2780/8 2797/25 2800/16 2800/17
2800/24 2807/19 2820/25
WE'RE [25] 2692/15 2698/10 2703/6
2707/10 2707/14 2707/19 2711/24
2712/11 2712/25 2713/21 2714/6
2720/25 2721/1 2721/3 2729/21 2731/12
2767/10 2768/12 2773/11 2781/18
2785/2 2785/11 2785/15 2800/25
2830/17
WE'VE [12] 2701/12 2712/1 2725/3
2728/14 2729/17 2733/10 2744/1
2749/25 2775/10 2781/16 2785/23
2786/4
WEATHER [1] 2703/2
WEEK [2] 2759/25 2775/2
WEEKS [7] 2805/16 2809/22 2809/23
2812/7 2812/14 2812/17 2813/17
WEIR [13] 2728/16 2729/15 2760/24
2761/7 2761/8 2761/9 2761/11 2761/13
2764/13 2782/1 2783/8 2787/22 2801/25
WEIRS [6] 2728/15 2728/18 2728/19
2766/7 2780/8 2789/12
WELL [75] 2691/3 2692/17 2692/25
2693/3 2693/5 2693/6 2693/6 2693/7
2694/21 2695/6 2699/5 2700/8 2700/16
2705/7 2709/14 2713/2 2716/6 2718/25
2720/6 2723/21 2726/2 2726/5 2729/14

2735/8 2735/15 2735/17 2735/21 2736/4
2739/6 2739/7 2743/7 2744/16 2745/5
2752/11 2754/2 2755/13 2755/22
2757/14 2758/13 2760/2 2760/18
2764/19 2771/3 2771/24 2778/15
2779/14 2787/1 2785/24 2786/20 2787/8
2789/7 2789/19 2789/20 2789/21
2799/23 2801/15 2802/2 2804/18
2808/22 2810/20 2811/12 2814/1
2815/21 2818/22 2821/21 2825/11
2827/10 2829/8 2829/13 2829/18 2830/9
2831/1 2831/9 2831/9 2832/4
WENT [13] 2705/12 2737/13 2740/18
2763/10 2765/7 2769/12 2779/13 2806/9
2808/11 2814/6 2820/21 2825/14
2829/20
WERE [117] 2690/18 2692/13 2694/3
2695/23 2697/18 2697/19 2698/18
2699/9 2700/1 2700/2 2700/7 2700/8
2700/10 2701/2 2705/2 2708/7 2712/4
2714/20 2714/23 2715/2 2716/18 2717/3
2720/16 2721/9 2725/11 2725/22
2725/23 2727/9 2727/22 2729/13 2733/7
2735/12 2735/14 2735/16 2736/14
2737/7 2737/7 2737/19 2737/22 2737/24
2739/25 2740/20 2743/2 2743/21 2744/6
2744/19 2747/2 2747/17 2750/7 2750/15
2751/8 2751/22 2752/11 2752/12 2753/3
2753/19 2758/6 2758/17 2760/14
2760/18 2760/21 2762/3 2762/10
2762/12 2763/1 2766/14 2766/23 2767/4
2767/23 2769/1 2769/25 2770/13
2775/24 2777/6 2779/14 2781/4 2787/18
2787/18 2788/20 2790/3 2791/13
2791/15 2792/6 2797/22 2798/8 2798/17
2799/7 2801/2 2801/4 2801/10 2801/16
2804/16 2804/18 2804/22 2805/6 2805/7
2805/7 2805/12 2805/15 2806/17 2809/2
2811/24 2813/14 2813/16 2813/17
2813/21 2814/11 2820/20 2823/5 2825/1
2825/3 2825/6 2825/11 2826/4 2826/5
2828/20 2830/19
WEREN'T [4] 2747/16 2785/6 2808/9
2814/7
WEST [1] 2828/14
WESTERINK [14] 2716/18 2732/24
2733/8 2736/6 2752/2 2768/18 2768/22
2769/2 2769/4 2770/4 2770/19 2771/2
2778/10 2813/9
WESTERINK'S [5] 2769/7 2769/17
2769/22 2770/13 2770/17
WESTHUYSEN [4] 2830/20 2830/24
2831/5 2831/14
WETLAND [1] 2725/6
WETLANDS [23] 2697/19 2719/13
2732/18 2732/19 2739/10 2742/2
2748/23 2748/25 2749/9 2749/10
2751/18 2753/2 2755/20 2757/9 2766/10
2779/22 2789/17 2795/9 2795/23 2796/3
2796/7 2796/12 2797/12
WHAT [179]
WHAT'S [9] 2695/21 2698/9 2718/9
2718/23 2733/16 2763/5 2803/7 2819/23
2820/13
WHATEVER [3] 2731/10 2782/5 2794/20
WHATSOEVER [1] 2808/6
WHEN [51] 2692/9 2695/20 2697/4
2701/16 2705/14 2706/23 2720/17
2721/17 2723/8 2731/4 2731/9 2737/19
2739/7 2740/14 2746/16 2749/1 2750/16
2755/13 2756/15 2759/14 2760/17
2761/5 2762/17 2766/4 2766/18 2767/18
2767/18 2768/2 2768/5 2773/8 2773/10

2777/6 2779/16 2780/7 2783/14 2788/19
2790/19 2791/3 2791/10 2793/11 2793/9
2799/4 2804/10 2804/15 2808/8 2814/5
2820/19 2821/11 2821/12 2825/24
2829/9
WHENEVER [1] 2733/11
WHERE [60] 2692/19 2694/10 2694/10
2699/6 2699/10 2700/10 2700/12
2700/20 2701/2 2703/8 2705/8 2711/1
2711/7 2713/4 2713/14 2714/19 2716/4
2716/14 2716/14 2728/2 2729/6 2729/19
2730/25 2732/18 2732/19 2733/25
2734/11 2734/19 2735/13 2739/6
2740/19 2741/1 2744/19 2745/3 2745/4
2748/14 2749/15 2749/19 2749/20
2751/16 2759/1 2760/13 2760/25 2765/7
2766/22 2766/23 2767/22 2769/22 2770/20
2781/21 2782/3 2782/24 2787/17
2800/18 2817/1 2814/9 2817/1 2821/4
2822/25 2826/24 2828/6
WHEREUPON [7] 2690/7 2722/20
2750/3 2798/2 2803/21 2820/10 2833/9
WHEREVER [1] 2701/21
WHETHER [7] 2708/6 2708/25 2709/1
2709/20 2787/24 2804/5 2811/24
WHICH [56] 2691/5 2692/10 2693/2
2693/9 2694/16 2696/6 2698/18 2704/21
2710/18 2712/23 2718/21 2719/22
2720/16 2723/15 2726/3 2728/15
2729/13 2729/22 2731/25 2732/1 2732/2
2734/14 2737/21 2741/19 2744/14
2744/15 2744/20 2758/17 2761/15
2763/15 2765/1 2776/1 2776/19 2786/8
2790/4 2792/1 2792/17 2792/22 2797/9
2797/12 2797/22 2802/25 2804/24
2807/22 2809/4 2809/5 2809/24 2811/6
2811/14 2814/7 2817/15 2821/1 2829/17
2830/23 2830/24 2832/16
WHILE [8] 2706/13 2739/25 2743/11
2749/18 2767/10 2810/14 2811/21
2816/23
WHITE [1] 2711/13
WHO [7] 2722/16 2759/8 2761/23
2761/25 2763/11 2768/18 2777/5
WHOLE [5] 2763/9 2766/6 2772/1
2790/14 2790/16
WHOSE [1] 2828/1
WHY [23] 2691/2 2693/3 2700/15
2701/14 2706/21 2709/22 2714/7 2714/8
2717/18 2736/2 2742/3 2751/3 2751/10
2794/10 2803/19 2805/10 2808/5
2808/14 2808/18 2808/25 2816/24
2816/25 2831/19
WIDE [4] 2765/21 2765/23 2817/19
2821/7
WIDER [1] 2805/7
WIDESPREAD [1] 2698/22
WIDTH [9] 2730/8 2730/10 2730/23
2731/5 2731/6 2731/11 2765/9 2782/22
2784/1
WIDTHS [2] 2729/16 2779/11
WILD [1] 2770/21
WILL [40] 2706/6 2706/19 2706/24
2707/4 2707/12 2707/12 2707/13 2716/9
2717/22 2722/6 2722/11 2724/12
2728/17 2729/11 2734/4 2734/24 2750/1
2750/14 2753/10 2757/2 2760/3 2773/10
2774/18 2798/5 2800/11 2807/14
2807/22 2807/25 2810/14 2812/3 2815/5
2820/6 2820/8 2821/4 2822/24 2823/15
2826/21 2828/19 2830/6 2833/4
WILLING [1] 2800/20
WIND [9] 2823/17 2823/24 2830/3

## W

WIND... [6]  2830/11 2831/16 2831/23 2831/24 2832/4 2832/5
WIND/WAVE [1]  2831/23
WINDOW [1]  2783/9
WINDS [7]  2736/9 2736/10 2817/23 2824/1 2826/3 2826/4 2826/5
WISH [1]  2802/16
WIT [1]  2713/20
WITHIN [22]  2692/25 2695/4 2701/3 2710/11 2724/18 2724/24 2725/1 2725/21 2727/4 2727/6 2729/16 2733/20 2733/22 2734/2 2735/5 2735/23 2738/23 2768/6 2787/21 2791/11 2817/11 2817/19
WITHOUT [15]  2725/15 2725/17 2750/11 2750/16 2750/17 2750/23 2750/24 2751/1 2751/8 2754/17 2754/21 2790/1 2814/15 2814/16 2815/25
WITNESS [8]  2722/17 2724/8 2730/21 2756/1 2770/6 2793/11 2803/13 2816/8
WITNESSES [1]  2800/24
WON [2]  2817/16 2819/5
WON'T [5]  2787/12 2812/22 2813/13 2827/6 2832/8
WONDER [3]  2723/7 2826/15 2827/15
WONDERED [1]  2749/5
WONDERING [4]  2714/7 2744/19 2745/10 2822/16
WOODCOCK [1]  2688/17
WORD [5]  2770/25 2779/7 2795/20 2795/24 2804/15
WORDS [3]  2698/14 2754/20 2804/13
WORK [24]  2699/11 2705/15 2707/3 2710/6 2719/17 2726/10 2731/25 2733/3 2769/1 2772/21 2772/25 2773/15 2777/20 2779/13 2781/10 2783/24 2793/4 2801/5 2816/8 2818/11 2819/4 2819/6 2829/7 2829/13
WORKED [14]  2723/17 2727/24 2728/8 2729/23 2762/5 2762/6 2776/2 2776/8 2777/17 2777/21 2778/14 2778/14 2778/19 2789/8
WORKING [1]  2773/13
WORKS [6]  2728/3 2817/20 2829/6 2829/7 2829/17 2832/12
WORLD [2]  2723/11 2735/21
WOULD [146]  2690/11 2691/2 2691/22 2692/21 2692/21 2695/4 2695/6 2695/8 2697/11 2699/10 2699/20 2700/12 2700/22 2700/24 2701/2 2701/5 2701/18 2701/22 2704/18 2705/12 2705/24 2709/8 2709/10 2711/10 2711/15 2711/20 2713/8 2716/4 2716/7 2716/8 2716/17 2718/15 2719/16 2719/18 2720/9 2720/11 2720/16 2721/12 2721/25 2722/22 2724/24 2724/25 2727/3 2729/22 2730/25 2731/1 2731/3 2732/19 2736/21 2737/10 2737/20 2739/12 2741/7 2741/8 2744/11 2749/16 2752/15 2753/1 2754/11 2754/13 2755/18 2755/22 2756/8 2757/9 2759/21 2760/20 2763/9 2763/21 2764/1 2766/12 2766/16 2766/18 2768/21 2769/18 2769/19 2769/21 2771/7 2771/9 2771/15 2774/4 2774/7 2775/20 2776/19 2779/7 2779/21 2780/21 2781/9 2781/13 2782/8 2783/5 2785/9 2785/10 2785/15 2785/21 2787/9 2787/19 2788/12 2789/14 2789/15 2789/16 2790/3 2790/4 2790/7 2790/12 2792/20 2793/12 2793/20 2794/3 2794/3 2795/18 2796/6
2796/18 2796/19 2797/1 2798/18 2799/3 2800/8 2800/9 2801/9 2800/5 2801/14 2804/5 2804/11 2804/20 2804/24 2805/14 2805/16 2805/21 2806/3 2806/8 2808/6 2808/20 2813/19 2815/18 2816/21 2816/22 2819/8 2821/9 2822/6 2827/10 2830/11 2830/12 2832/10 2832/10 2833/1 2833/2
WOULD CORRELATE [1]  2741/8
WOULDN'T [4]  2715/3 2715/23 2778/24 2782/23
WRAP [2]  2776/9 2793/4
WRIGHT [1]  2687/5
WRITE [1]  2830/5
WRITING [2]  2773/3 2774/23
WRONG [4]  2719/1 2719/20 2780/20 2826/13
WROTE [4]  2774/25 2777/1 2777/2 2824/14

## Y

YARDS [2]  2756/5 2756/7
YCLOSKEY [1]  2775/14
YEAH [9]  2695/1 2705/4 2720/23 2746/8 2748/25 2788/13 2795/3 2800/8 2828/4
YEAR [6]  2726/4 2817/16 2819/1 2819/2 2819/4 2819/5
YEARS [6]  2723/13 2748/19 2783/19 2783/24 2817/8 2818/24
YELLOW [7]  2711/7 2713/3 2734/6 2780/14 2781/21 2782/21 2824/3
YES [194]
YESTERDAY [9]  2690/10 2690/18 2692/9 2699/23 2703/6 2704/22 2704/23 2706/8 2720/9
YET [6]  2697/2 2767/12 2767/17 2767/19 2768/2 2814/13
YORK [2]  2688/4 2688/4
YOU [516]
YOU'D [1]  2698/17
YOU'LL [10]  2705/25 2706/3 2706/12 2706/16 2707/22 2746/23 2787/24 2824/25 2828/18 2829/3
YOU'RE [17]  2691/24 2694/21 2695/1 2698/13 2706/13 2707/14 2731/7 2731/13 2747/13 2756/15 2758/10 2767/2 2784/25 2794/8 2795/13 2823/6 2824/2
YOU'VE [16]  2691/12 2696/23 2716/24 2727/11 2731/19 2732/11 2733/14 2778/8 2780/11 2788/24 2789/10 2790/16 2790/17 2795/10 2821/14 2830/21
YOU-ALL [2]  2782/17 2799/14
YOUR [210]
YOUR HONOR [33]  2690/10 2704/10 2709/12 2709/14 2713/7 2715/13 2722/8 2723/1 2723/25 2726/19 2749/22 2755/1 2756/1 2785/3 2802/20 2802/22 2803/5 2803/10 2803/17 2803/19 2807/9 2807/12 2812/7 2812/22 2813/24 2814/3 2815/18 2816/19 2816/24 2817/6 2819/18 2821/24 2833/1
YOUR HONOR'S [2]  2814/17 2819/8
YOURS [2]  2782/21 2786/19
YOURSELF [2]  2784/2 2790/20

## Z

ZERO [2]  2796/19 2796/24
ZONE [1]  2765/25
ZOOM [4]  2793/14 2825/23 2826/15 2830/16