```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2   ********************************************************************
     NORMAN ROBINSON, ET AL
 3
                                         DOCKET NO. 06-CV-2268
 4   V.                                  NEW ORLEANS, LOUISIANA
                                         THURSDAY, MAY 7, 2009
 5
     UNITED STATES OF AMERICA, ET AL
 6   ********************************************************************

 7
                       TRANSCRIPT OF TRIAL PROCEEDINGS
 8         HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                      UNITED STATES DISTRICT JUDGE
 9                    VOLUME 14 - MORNING SESSION

10

11   APPEARANCES:

12

13   FOR THE PLAINTIFF:          O'DONNELL & ASSOCIATES
                                  BY:  PIERCE O'DONNELL, ESQ.
14                                550 SOUTH HOPE STREET
                                  SUITE 1000
15                                LOS ANGELES, CA 90071-2627

16                                LAW OFFICE OF JOSEPH M. BRUNO
                                  BY:  JOSEPH M. BRUNO, ESQ.
17                                855 BARONNE ST.
                                  NEW ORLEANS, LA 70113
18

19                                THE ANDRY LAW FIRM
                                  BY:  JONATHAN B. ANDRY, ESQ.
20                                     KEA SHERMAN, ESQ.
                                  610 BARONNE ST.
21                                NEW ORLEANS, LA 70113

22

23                                BARON & BUDD
                                  BY:  THOMAS SIMS, ESQ.
                                  3102 OAK LAWN AVENUE, SUITE 1100
24                                DALLAS, TX 75219

25
```

FINAL DAILY COPY

```
 1                          DOMENGEAUX, WRIGHT, ROY & EDWARDS
                            BY:  JAMES P. ROY, ESQ.
 2                          P. O. BOX 3668
                            556 JEFFERSON ST.
 3                          LAFAYETTE, LA 70502-3668

 4
                            THE DUDENHEFER LAW FIRM, LLC
 5                          BY:  FRANK C. DUDENHEFER, JR., ESQ.
                            601 POYDRAS ST., SUITE 2655
 6                          NEW ORLEANS, LA 70130-6004

 7
                            DUMAS & ASSOCIATES LAW FIRM
 8                          BY:  WALTER C. DUMAS, ESQ.
                            LAWYER'S COMPLEX
 9                          1261 GOVERNMENT STREET
                            P.O. BOX 1366
10                          BATON ROUGE, LA 70821-1366

11
                            FAYARD & HONEYCUTT
12                          BY:  CALVIN C. FAYARD, JR., ESQ.
                            519 FLORIDA AVENUE, S.W.
13                          DENHAM SPRINGS, LA 70726

14
                            MICHAEL C. PALMINTIER, A PLC
15                          BY:  MICHAEL C. PALMINTIER, ESQ.
                                 JOSHUA M. PALMINTIER, ESQ.
16                          618 MAIN STREET
                            BATON ROUGE, LA 70801-1910
17

18                          LAW OFFICE OF ELWOOD C. STEVENS, JR.
                            BY:  ELWOOD C. STEVENS, JR., ESQ.
19                          1205 VICTOR II BLVD.
                            P. O. BOX 2626
20                          MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:    THE GILBERT FIRM, LLC
                            BY:  ELISA T. GILBERT, ESQ.
23                               BRENDAN R. O'BRIEN, ESQ.
                            325 EAST 57TH ST.
24                          NEW YORK, NY 10022

25
```

—FINAL DAILY COPY—

```
 1   ALSO PRESENT:                MRGO LITIGATION OFFICE
                                 BY:  J. ROBERT WARREN, II, ESQ.
 2                                    ASHLEY E. PHILEN, ESQ.
                                 600 CARONDELET STREET, SUITE 604
 3                               NEW ORLEANS, LA 70130

 4
     FOR THE DEFENDANT:          U. S. DEPARTMENT OF JUSTICE
 5                               TORTS BRANCH
                                 BY:  DANIEL MICHAEL BAEZA, JR.
 6                                    JEFFREY PAUL EHRLICH, ESQ.
                                      TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                    MICHELE S. GREIF, ESQ.
                                      CONOR KELLS, ESQ.
 8                                    PAUL MARC LEVINE, ESQ.
                                      JAMES F. MCCONNON, JR., ESQ.
 9                                    KARA K. MILLER, ESQ.
                                      RUPERT MITSCH, ESQ.
10                                    PETER G. MYER, ESQ.
                                      ROBIN D. SMITH, ESQ.
11                                    SARAH K. SOJA, ESQ.
                                      RICHARD R. STONE, SR., ESQ.
12                                    JOHN WOODCOCK, ESQ.
                                 P. O. BOX 888
13                               BENJAMIN FRANKLIN STATION
                                 WASHINGTON, DC 20044
14

15

16   OFFICIAL COURT REPORTER:    KAREN A. IBOS, CCR, RPR, CRR
                                 500 POYDRAS STREET, ROOM HB-406
17                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7776
18

19
         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
20   PRODUCED BY COMPUTER.

21

22

23

24

25
```

———FINAL DAILY COPY———

1                              I N D E X

2

3   WITNESSES FOR THE GOVERNMENT:                    PAGE/LINE:

4

5   DONALD T. RESIO

6       CONTINUED DIRECT EXAMINATION BY MR. SMITH       2840/4

7       CROSS-EXAMINATION BY MR. ROY                    2902/1

P R O C E E D I N G S

(THURSDAY, MAY 7, 2009)

(MORNING SESSION)

08:35:51    THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

09:04:39    MR. ROY:  YOUR HONOR, MAY I ADDRESS THE COURT MOMENTARILY?

09:04:55    THE COURT:  YOU CERTAINLY MAY.

09:04:57    MR. ROY:  IN REVIEWING THE DEMONSTRATIVES THAT WE'VE BEEN
PROVIDED BY MR. SMITH, THERE ARE FOUR, I AM NOT SURE WHETHER THEY'RE
STILLS OR MOVIES, I THINK THEY'RE MOVIES, SPECIFICALLY, DM 27-27, DM
27-54, DM 27-55, AND DM 27-56.  I'VE GOT THE ILLUSTRATIONS, THEY'RE
CUT-AWAYS OF LEVEES BEING DEGRADED IN VARIOUS STAGES.  AND I JUST
DON'T WANT TO UNNECESSARILY BE STANDING AND INTERRUPTING THE WITNESS
AND ANNOYING TO YOU OR MR. SMITH.  BUT IT SEEMS THAT -- AND
MR. SMITH CONFIRMS HIS INTENT TO USE THESE.

            IT SEEMS THAT TALKING ABOUT THE EVOLUTION OF DESTRUCTION
OF LEVEES IS EXACTLY WHAT HE SAID HE WASN'T GOING TO TALK ABOUT AND
WHAT MR. SMITH ASSURED US HE WASN'T GOING TO TALK ABOUT AND YET WE
HAVE THE FOUR MOVIES THAT ARE GOING TO SHOW THE AFFECTS OF WATER IN
DESTROYING LEVEES.  AND I WANT TO POINT THAT OUT TO THE COURT AND
VEHEMENTLY OBJECT TO THE USE OF THESE FOUR, AND IT'S YOUR PLEASURE
WHETHER WE ADDRESS IT NOW.

            THE COURT:  YEAH.  WE MIGHT AS WELL ADDRESS THE ISSUE NOW
UNLESS YOU THINK THAT THERE WILL BE SOME CONTEXT.

            MR. SMITH:  YOUR HONOR, THEY DON'T SHOW LEVEE DESTRUCTION

2839

09:06:12 1    AT ALL.  AS YOUR HONOR WILL SEE, THEY SHOW OVERTOPPING FLOW.  THERE

09:06:15 2    IS NO CHANGE IN THE CONFIGURATION OF THE LEVEES IN THESE MOVIES.

09:06:19 3            MR. ROY:  YES, THERE IS, YOUR HONOR, I AM LOOKING AT IT

09:06:21 4    RIGHT HERE AND WILL BE GLAD TO PROVIDE THE COPIES UP THERE.  JUST

09:06:26 5    THE STILLS PROVIDED, THEY SHOW THE EROSION OF LEVEES IN VARIOUS

09:06:29 6    STAGES, AND I'M SURE THAT ONCE THEY'RE SHOWN THEY'RE GOING TO SHOW

09:06:33 7    THE FLUIDS -- MAY I APPROACH?

09:06:36 8            THE COURT:  YES, YOU MAY.

09:06:45 9            MR. ROY:  AND JUST TO REMIND, WE WERE ASSURED THIS WAVE

09:06:49 10   EXPERT WAS GOING TO TESTIFY ABOUT NOTHING NEW AND NOTHING TO DO WITH

09:06:53 11   LEVEE DESTRUCTION.

09:06:55 12           THE COURT:  I GUESS I WILL HAVE TO GET IT IN CONTEXT

09:06:59 13   BECAUSE MR. SMITH HAS REPRESENTED THAT IT'S NOT -- YOU'RE SAYING

09:07:03 14   THAT THESE SHOW LEVEES IN A DEGRADED STATE?

09:07:06 15           MR. ROY:  BEING DEGRADED, THESE ARE MOVIES, YES.

09:07:10 16           MR. SMITH:  YOUR HONOR, HE IS MISCONSTRUING THEM.  THEY

09:07:13 17   DON'T SHOW LEVEES IN DEGRADED STATES, THEY'RE INTENDED TO SHOW THE

09:07:19 18   EFFECTS OF THE IRREGULAR CREST LINE.  NOTHING IS GOING TO CHANGE THE

09:07:20 19   CREST LINE IN ANY OF THESE VIDEOS.  IT'S SIMPLY TO SHOW HOW FLOW

09:07:24 20   GOES OVER THE LOW SPOTS FIRST.  THAT'S ALL IT IS.

09:07:28 21           THE COURT:  WELL, BASED ON THAT, MR. SMITH, I AM GOING TO

09:07:31 22   CERTAINLY PRELIMINARILY ALLOW THESE TO BE DONE.  IF SOMETHING COMES

09:07:38 23   UP ALONG THE WAY, MR. ROY, YOU WILL CERTAINLY HAVE EVERY RIGHT TO

09:07:41 24   URGE YOUR OBJECTION.

09:07:41 25           MR. ROY:  THANK YOU, YOUR HONOR.

09:07:42 1          THE COURT:  AND YOU MAY PROCEED.  AND I AM GOING TO GIVE

09:07:45 2  THESE BACK TO SOMEBODY, FROM WHEREVER WHENCE THEY CAME.

09:07:58 3                  CONTINUED DIRECT EXAMINATION

09:07:58 4  BY MR. SMITH:

09:07:59 5  Q.  GOOD MORNING, DR. RESIO.

09:08:00 6  A.  GOOD MORNING.

09:08:01 7  Q.  I WOULD LIKE US TO PICK UP WHERE WE LEFT OFF YESTERDAY.  WE

09:08:06 8  CONCLUDED BY LOOKING AT THE PLAINTIFFS' APPLICATION OF THE

09:08:13 9  WESTHUYSEN SOURCE TERMS TO THEIR SWAN MODELING.  AND IF WE COULD

09:08:16 10 HAVE THAT FIRST SLIDE, NO. 16, PLEASE.  AND WE WERE LOOKING -- AND

09:08:29 11 WE WERE DISCUSSING HOW THE USE OF THE WESTHUYSEN SOURCE TERM

09:08:34 12 AMPLIFIES WAVES, EVEN IN THE SWAN MODEL, ABOVE THE SIZE OF WAVE

09:08:41 13 GROWTHS OVER THE CHANNEL THAT WOULD HAVE BEEN SEEN IF THEY HAD USED

09:08:48 14 THE WESTHUYSEN SOURCE TERMS.  IF WE COULD SEE THE SECOND SLIDE,

09:08:53 15 PLEASE.

09:08:54 16          I WONDERED IF YOU HAD -- AND I THINK YOU TESTIFIED

09:09:00 17 PREVIOUSLY YESTERDAY THAT IT WAS YOUR OPINION THAT WAVES DID NOT

09:09:03 18 GROW BY THREE FEET OVER THE CHANNEL, BUT THEY GREW BY APPROXIMATELY

09:09:07 19 ONE FOOT AS THEY CROSSED THE CHANNEL.  WAS THAT YOUR OPINION?

09:09:11 20 A.  THAT IS CORRECT.

09:09:12 21 Q.  CAN YOU TELL THE COURT HOW YOU CAME TO THAT CONCLUSION?

09:09:27 22 A.  WELL, WE RAN THE STWAVE MODEL, WHICH IS THE MODEL THAT I'VE

09:09:34 23 DEVELOPED, AND ACTUALLY BEEN THE SOURCE ON THE MODEL AND I AM

09:09:37 24 INTIMATELY FAMILIAR WITH THIS ASPECT OF THE MODEL.  AND IN THAT

09:09:41 25 MODEL, THAT'S ABOUT THE AMOUNT OF ENERGY THAT CAN BE PUT INTO THE

09:09:45   1    WAVE FIELD OVER THAT DISTANCE.  YOU SIMPLY CAN'T GET MUCH MORE THAN

09:09:49   2    THAT.

09:09:50   3    Q.  AND IS THIS MODELLED IN THE CONDITION OF THE CHANNEL AS IT

09:09:55   4    EXISTED DURING HURRICANE KATRINA?

09:09:57   5    A.  THAT IS CORRECT.

09:09:57   6    Q.  SO IT WASN'T JUST THE 500-FOOT CHANNEL, IT WAS 1000-FOOT CHANNEL

09:10:02   7    IN SOME PLACES OR MORE?

09:10:04   8    A.  THAT'S RIGHT.

09:10:05   9    Q.  AND DESPITE THAT INCREASED WIDTH, YOU STILL FOUND A GROWTH OF

09:10:10  10    ONLY APPROXIMATELY ONE FOOT?

09:10:11  11    A.  THAT IS EXACTLY CORRECT.

09:10:13  12    Q.  I WONDER IF YOU HAD AN OPPORTUNITY TO COMPARE THE RESULTS THAT

09:10:17  13    YOU OBTAINED USING YOUR STWAVE MODELING TO THE SORT OF MODELING, OR

09:10:28  14    I GUESS IT'S NOT REALLY MODELING BUT SORT OF THE ANALYSIS THAT WOULD

09:10:30  15    HAVE BEEN AVAILABLE TO THE CORPS WHEN IT WAS CONSIDERING THE IMPACT

09:10:34  16    OF THE MRGO IN CONNECTION WITH DESIGNING THE LPV LEVEES.  DO YOU

09:10:43  17    KNOW WHAT RESOURCE THE CORPS WOULD HAVE ACCESS TO AT THAT TIME?

09:10:44  18    A.  YES.  THEY WOULD HAVE BEEN USING THE SHORE PROTECTION MANUAL, AN

09:10:47  19    EARLY VERSION OF IT.  IT WAS UPDATED IN THE 1980'S, BUT THE VERSION

09:10:53  20    THEY WOULD HAVE BEEN USING WOULD HAVE BEEN FROM THE 1960'S.  AND

09:10:58  21    IT'S A NICE -- IT'S WHAT'S CALLED A NOMOGRAM.  IT GIVES A CHART OF

09:11:03  22    WHAT THE WAVE HEIGHT WOULD BE -- WE'RE SEEING IT NOW.  ON THE X AXIS

09:11:09  23    HERE YOU SEE FETCH, WHICH WE'VE DISCUSSED --

09:11:12  24    Q.  DO YOU WANT TO SHOW WITH YOUR POINTER SO THE COURT CAN SEE WHAT

09:11:15  25    WE'RE TALKING ABOUT HERE?

─── FINAL DAILY COPY ───

09:11:16  1   A.   OKAY.   I CAN EITHER DO IT OR I CAN DO IT DOWN HERE.   I THINK THE

09:11:21  2   JUDGE PREFERS IF I DO IT HERE.

09:11:23  3            THE COURT:   I THINK YOU'RE RIGHT, SIR.   THANK YOU.

09:11:26  4            THE WITNESS:   AND SO IF I LOOK AT THE FETCH IN FEET DOWN

09:11:29  5   THERE AND I LOOK ON THE Y AXIS, THEN I CAN SEE THAT OVER HERE WE

09:11:35  6   HAVE WIND SPEED.

09:11:36  7            SO FOR ANY COMBINATION OF FETCH AND WIND SPEED, I CAN GO

09:11:43  8   INTO THIS CHART AND I CAN FIND OUT A WAVE HEIGHT THAT WOULD RESULT

09:11:47  9   FOR A FETCH OF, SAY, 3,000 FEET OR 1,500 FEET AND A WIND SPEED OF 90

09:11:54 10   MILES PER HOUR OR 80 MILES PER HOUR.

09:11:56 11            IN THE CASE OF KATRINA, EVERYBODY HAS BEEN USING THE

09:12:01 12   NUMBER 90-MILE PER HOUR, WHICH IS A REASONABLE ESTIMATE OF WHAT THE

09:12:05 13   WIND SPEEDS WERE AT THE TIME OF THE PEAK.   AND IF YOU LOOK ON THIS

09:12:11 14   CHART AT WHERE THE 90 IS, UP HERE, AND YOU GO OVER TO ABOUT

09:12:23 15   1,800 FEET, IT'S 1,700 FEET, IT'S A LOGARITHMIC SCALE, IT'S PROBABLY

09:12:27 16   ABOUT 1,700 FEET, YOU'LL SEE IT INTERSECTS RIGHT THERE WITH A LINE

09:12:31 17   THAT SAYS THREE FEET.   SO EVERYBODY HAS BEEN SAYING, OKAY, THERE

09:12:36 18   WOULD BE THREE FOOT OF WAVE GENERATION IN THE MRGO ACCORDING TO THE

09:12:45 19   SHORE PROTECTION MANUAL --

09:12:46 20   BY MR. SMITH:

09:12:47 21   Q.   IT DOES APPEAR THAT THAT'S WHAT THE CHART SHOWS.   IS THERE SOME

09:12:50 22   REASON WHY THAT'S A MISAPPLICATION OF THIS CHART?

09:12:52 23   A.   YES, IT IS.   BECAUSE THIS CHART IS ONLY VALID FOR A WAVE GROWTH

09:12:59 24   FROM ZERO ENERGY; IN OTHER WORDS, A WAVE GROWTH FROM A SHORELINE.

09:13:03 25   WAVE GROWTH FROM ZERO ENERGY TO ANY FETCH, AND THAT'S HOW FETCH IS

09:13:09 1    DETERMINED.  IF I CAN GO TO THE BOARD, I'LL SHOW YOU THE DIFFERENCE

09:13:13 2    WITH THIS SITUATION AND THE SITUATION THAT WE SAW.

09:13:16 3              THE COURT:  I WOULD LIKE YOU TO DO THAT.  BUT JUST TO GET

09:13:18 4    MY TERMS STRAIGHT.  THE "T" EQUALS SIX POINT -- I REALIZE THERE'S

09:13:24 5    VARYING T'S IN THERE.  THERE'S APPARENTLY THREE DIFFERENT INTERVALS.

09:13:28 6    THE "T", IS THAT THE TIME?

09:13:32 7              THE WITNESS:  NO, THAT IS THE WAVE PERIOD.

09:13:33 8              THE COURT:  THE WAVE PERIOD.

09:13:34 9              THE WITNESS:  SO THAT IS THE PREDICTED WAVE PERIOD.  SO IN

09:13:41 10   THIS CASE, IT WOULD SAY THAT THE WAVE PERIOD WOULD BE ABOUT THREE

09:13:41 11   SECONDS AND THE WAVE HEIGHT WOULD BE ABOUT THREE FEET.  IF YOU LOOK

09:13:42 12   AT THE DASHED LINE HERE THAT INTERSECTS AT ABOUT THE SAME LEVEL, IF

09:13:47 13   YOU FOLLOW THAT UP TO --

09:13:49 14             THE COURT:  YES.

09:13:50 15             THE WITNESS:  -- THAT'S ACTUALLY ABOUT THREE SECONDS.

09:13:52 16             THE COURT:  AND THE NEXT THING I WANTED TO ASK YOU IS,

09:13:55 17   JUST TO UNDERSTAND THIS IN CONTEXT, IT SAYS FORECASTING REFERS TO

09:14:00 18   SHALLOW WATER WAVES.  DO WE DEFINE -- CAN YOU DEFINE FOR ME WHAT

09:14:05 19   YOUR UNDERSTANDING OF SHALLOW WATER WAVES?

09:14:08 20             THE WITNESS:  WELL, IN THIS CASE, THE DEPTH WITH THE SURGE

09:14:10 21   IS ABOUT 45 FEET, SO I PICKED A CHART.  THEY HAVE DIFFERENT CHARTS

09:14:13 22   FOR DIFFERENT DEPTHS, AND THIS WOULD BE APPROPRIATE FOR A 90-MILE

09:14:17 23   PER HOUR WIND AND ABOUT A DEPTH OF 45 FOOT.

09:14:20 24             THE COURT:  PERFECT, UNDERSTAND.  THANK YOU.

09:14:22 25             COUNSEL, YOU WANTED YOUR WITNESS TO GO TO THE BOARD?

09:14:26 1          MR. SMITH:  GO AHEAD IF IT WOULD HELP THE COURT TO

09:14:28 2   UNDERSTAND.

09:14:36 3          THE WITNESS:  YOUR HONOR, WHEN YOU LOOK AT THIS AND YOU

09:14:39 4   HAVE WINDS BLOWING OVER SOME DISTANCE THAT THEY KEEP SAYING X OR

09:14:44 5   FETCH, YOU HAVE ZERO ENERGY HERE, AND I AM JUST GOING TO JUST PUT AN

09:14:49 6   "E".

09:14:51 7          THE COURT:  IT'S GOVERNMENT CHALK.  NO, I'M TEASING.

09:14:54 8          THE WITNESS:  PROBABLY SO.

09:14:58 9          THE COURT:  THAT'S A JOKE.  WE'RE EMPLOYED BY THE SAME

09:15:03 10  ENTITY, SIR.

09:15:05 11         THE WITNESS:  AND YOU CAN FIND A GOOD ONE IN THERE

09:15:08 12  SOMEWHERE.

09:15:09 13         THE COURT:  VERY GOOD.

09:15:13 14         THE WITNESS:  NOW, THE QUESTION IS, IF THE WAVE HEIGHT IS

09:15:15 15  ACTUALLY AT THREE FEET, AS WE SAID ABOUT 1700 FEET, THEN THE ENERGY

09:15:21 16  HERE IS ACTUALLY NINE.  SO THERE HAVE BEEN NINE UNITS OF WAVE ENERGY

09:15:28 17  THAT HAS COME FROM THE WIND.

09:15:30 18         NOW, LET'S LOOK AT THE CASE WHERE I HAVE A SIX-FOOT WAVE,

09:15:34 19  WHICH IS ABOUT WHAT WE HAVE COMING UP TO THE MRGO, AND OVER HERE THE

09:15:39 20  ENERGY IS ACTUALLY -- WELL, THE WAVE HEIGHT WE KNOW IS EQUAL TO SIX

09:15:45 21  AND THE ENERGY IS ACTUALLY EQUAL TO 36.

09:15:49 22         MR. SMITH:  BECAUSE IT'S THE SQUARE OF THE HEIGHT.

09:15:49 23         THE WITNESS:  BECAUSE IT'S THE SQUARE, I'M SORRY.

09:15:52 24         THE COURT:  RIGHT.  AND I HAVE BEEN EDUCATED.

09:15:54 25         THE WITNESS:  YES, THANK YOU.

09:15:54 1          THE COURT:  BUT I THINK MR. SMITH IS WISE TO REMIND THE
09:15:57 2   COURT ABOUT THAT.
09:15:58 3          THE WITNESS:  YOU'RE RIGHT.  I APOLOGIZE.  I SOMETIMES
09:16:00 4   JUMP ABOUT THREE STEPS IN THESE THINGS.
09:16:03 5          THE COURT:  I UNDERSTAND.
09:16:04 6          THE WITNESS:  SO THE ENERGY IS SIX SQUARED, AND NOW THE
09:16:09 7   ENERGY HERE IS AGAIN 36 PLUS NINE.  NOW, WHEN I ADD THAT TOGETHER --
09:16:19 8   BY MR. SMITH:
09:16:19 9   Q.  BECAUSE YOUR CHART SHOWS YOU THAT YOU HAVE WAVE GROWTH OF THREE
09:16:22 10  FEET?
09:16:23 11  A.  BECAUSE I HAVE THIS MUCH ENERGY, I HAVE NINE UNITS OF ENERGY, I
09:16:27 12  STILL -- IT WOULD EXPECT TO HAVE.  THAT'S THE WAY WAVE GENERATION,
09:16:29 13  THE WAY WAVE REGENERATION WORKS, THE WIND IS TAKING A CERTAIN
09:16:32 14  FRACTION OF THE MOMENTUM FROM THE ATMOSPHERE INTO THE WAVE FIELD,
09:16:40 15  AND THE WAVE FIELD IS APPROXIMATELY GOING TO GIVE THIS MUCH.  IT'S
09:16:40 16  NOT GOING TO GIVE TEN TIMES THAT, IT'S NOT GOING TO GIVE 100 TIMES
09:16:44 17  THAT.  IT'S ONLY GOING TO GIVE THAT MUCH ENERGY IN.
09:16:47 18          AND THEN TO DEFINE THE "H" AT THIS POINT, IT'S THE SQUARE
09:16:51 19  ROOT OF 45, 36 PLUS NINE.
09:16:55 20          THE COURT:  I THINK WE HAVE ABOUT A ONE-FOOT DIFFERENCE.
09:16:57 21          THE WITNESS:  WE HAVE A 6.7-FOOT WAVE HEIGHT, WHICH IS NOT
09:17:01 22  A THREE-FOOT WAVE HEIGHT GAIN.
09:17:02 23          THE COURT:  I UNDERSTAND.  THAT'S BECAUSE YOU STARTED WITH
09:17:04 24  A BASE OF 36.
09:17:05 25          THE WITNESS:  THAT'S EXACTLY RIGHT.  THIS MUCH ENERGY PUT

09:17:08 1    INTO A PREEXISTING WAVE FIELD DOES NOT GIVE YOU A THREE-FOOT WAVE

09:17:12 2    HEIGHT INCREASE.

09:17:13 3            THE COURT:  I CERTAINLY UNDERSTAND THE LOGIC BEHIND THAT.

09:17:18 4    AND TEST HIM ON CROSS-EXAMINATION, BUT I UNDERSTAND IT AS WE SPEAK.

09:17:24 5    BY MR. SMITH:

09:17:24 6    Q.  DR. RESIO, I WOULD LIKE TO MOVE ON TO THE SECOND POINT.

09:17:27 7            THE COURT:  THAT'S A VERY GOOD ILLUSTRATION.  IT DOES HELP

09:17:29 8    THE COURT TO SEE SOME GRAPHICALLY.  THANK YOU.

09:17:32 9            THE WITNESS:  THANK YOU.

09:17:33 10            THE COURT:  GO AHEAD.

09:17:35 11    BY MR. SMITH:

09:17:35 12    Q.  DR. RESIO, I UNDERSTAND THAT THIS WOULD BE YOUR ESTIMATE OF THE

09:17:38 13    WAVE HEIGHT AT THE CENTER OF THE CHANNEL; IS THAT CORRECT?

09:17:44 14    A.  WELL, YES, THE D POINT THAT WE'RE GOING TO USE FOR THE CONDITION

09:17:48 15    OF THE NEXT LOCAL SCALE RUN.

09:17:52 16    Q.  AND I WONDER IF WE COULD DISCUSS YOUR SECOND PRINCIPLE

09:17:57 17    CONCLUSION, WHICH IS, DEPENDING THAT WAVE THEN RAPIDLY SUBSIDED

09:18:03 18    AFTER CROSSING THE CHANNEL IN THEIR ENERGY AND IN THEIR HEIGHT.

09:18:10 19    A.  YES, WE CAN.  I THINK IF WE -- IN GENERAL, IT'S MISUNDERSTOOD

09:18:16 20    SOMETIMES JUST HOW STRONG WAVE BREAKING CAN BE.  I'LL GIVE YOU A

09:18:21 21    GOOD EXAMPLE OF THIS.  WE HAVE WAVE GAUGES ON REEFS IN GUAM AND IN

09:18:25 22    HAWAII, AND THE WAVES THERE ARE PRETTY MUCH ALWAYS DEPTH LIMITED.

09:18:33 23            LIKEWISE, THERE HAVE BEEN EXPERIMENTS WHERE I HAVE RUN IN

09:18:36 24    THE OREGON STATE WAVE FLUME, WHICH IS THE LARGEST FLUME IN THIS

09:18:39 25    COUNTRY, WHERE WE GENERATE THE WAVES; AND WE HAVE INTENTIONALLY

09:18:42  1    TRIED TO GENERATE MASSIVE WAVES, WAVES WITH SIGNIFICANT WAVE HEIGHTS

09:18:48  2    THAT WERE EQUAL TO THE DEPTH.

09:18:52  3         AND WITHIN A FRACTION OF A WAVE LENGTH, THIS IS THE

09:18:55  4    IMPORTANT THING TO REMEMBER, THE PROCESS OCCURS ON A FRACTION OF A

09:18:59  5    WAVE LENGTH.  SO WE'RE TALKING ABOUT A WAVE LENGTH OF THE WAVES IN

09:19:04  6    THE -- IN THIS CASE, BEING ABOUT 200-FOOT IN THIS DEPTH.  SO WE'RE

09:19:10  7    TALKING ABOUT, PROBABLY, IT'S ONLY 40 OR 50 FEET, AND THESE WAVES

09:19:13  8    WOULD BE -- WOULD HAVE LOST ALL OF THAT EXCESS ENERGY.

09:19:16  9         NOW, WHY DO THEY LOSE THAT EXCESS ENERGY?  IT'S BECAUSE

09:19:20 10    WAVES ARE VERY IRREGULAR.  THEY'RE BIG WAVES MIXED IN WITH LITTLE

09:19:23 11    WAVES, AND THOSE BIG WAVES ARE ALWAYS BREAKING.  THOSE BIG WAVES ARE

09:19:32 12    ALWAYS BREAKING, THEY'RE ALWAYS FINDING THE PLACE WHERE THEY GET

09:19:32 13    JUST SLIGHTLY TOO LARGE AND BREAK.  AND IT'S AN INSTABILITY.  IT'S

09:19:35 14    NOT A SLOW PROCESS, IT'S A VERY FAST PROCESS.

09:19:38 15    Q.  AM I CORRECT IN UNDERSTANDING THAT WHEN A WAVE GROWS IN HEIGHT,

09:19:42 16    THAT THAT HEIGHT, AS I GUESS YOU'VE SHOWN ON THE BOARD, REFLECTS

09:19:46 17    THAT THERE'S A CERTAIN AMOUNT OF ENERGY THAT'S CAPTURED WITHIN THAT

09:19:49 18    WAVE?

09:19:50 19    A.  THAT IS CORRECT.

09:19:51 20    Q.  WHERE DOES THAT ENERGY GO WHEN A WAVE BREAKS?

09:19:54 21    A.  YEAH.  AND THAT'S AN EXCELLENT POINT THAT IT'S COME UP.  WHEN --

09:19:58 22    LET'S GO BACK TO OUR CASE ON THE REEF.  EXACTLY THE SAME THING.  I

09:20:01 23    SAY WE HAVE THESE SAME WAVE HEIGHTS ON THE REEF, AND WE DO.  WE HAVE

09:20:05 24    A VERY DIFFERENT WAVE -- WE HAVE A VERY DIFFERENT STILL-WATER LEVEL.

09:20:10 25    ALL OF THE MOMENTUM THAT LEAVES THE WAVE FIELD GOES INTO INCREASED

09:20:16  1    SETUP.  NOW -- AND THAT'S WHERE THE BOUSSINESQ MODEL,

09:20:22  2    B-O-U-S-S-I-N-E-S-Q, AND THE BOUSSINESQ MODEL IS CAPABLE, THAT'S

09:20:33  3    WHAT IT'S FORMULATED TO SOLVE.

09:20:35  4         SO THAT'S THE IMPORTANT THING IS THAT AT THE SAME TIME

09:20:38  5    THESE WAVES ARE LOSING ENERGY FROM THE WAVES, THEY'RE PUTTING ENERGY

09:20:42  6    INTO THE MEAN WATER LEVEL.

09:20:44  7         IF YOU'VE EVER STOOD ON THE BEACH AND HAD A GROUP OF BIG

09:20:47  8    WAVES COME IN, THE WATER LEVEL WILL GO UP WHERE YOU ARE.  IN FACT,

09:20:52  9    THIS IS ONE OF THE DANGERS TO THE SWIMMERS WHO GO OUT TOO FAR

09:20:56 10    BECAUSE THE WATER LEVEL DOESN'T STAY CONSTANT.  IT'S A

09:20:58 11    MISUNDERSTANDING TO THINK THAT EVERYTHING IS JUST CONSTANT IN THE

09:21:03 12    WATER.  INSTEAD, OVER PERIODS OF MINUTES THE WATER LEVEL GOES UP,

09:21:07 13    THE WATER LEVEL GOES DOWN, THE WATER LEVEL COMES BACK UP.

09:21:11 14         AND, AGAIN, THAT'S ONE OF THE NICE THINGS ABOUT USING A

09:21:14 15    MODEL, IN THE NEXT SCALE THAT WE'RE GOING TO DISCUSS, THAT CAN

09:21:17 16    ACTUALLY SIMULATE ALL OF THAT VARIABILITY.

09:21:20 17    Q.  AND THAT CHANGING WATER SURFACE IS A RESULT OF THE WAVE

09:21:24 18    TRANSFORMATION AS THEY BREAK, IT COMES OUT OF THE WAVE AND GOES INTO

09:21:29 19    WHAT YOU'VE DESCRIBED AS WAVE SETUP?

09:21:31 20    A.  THAT'S CORRECT.  IT'S TYPICALLY ABOUT 15 PERCENT OF THE WAVE

09:21:35 21    HEIGHT.  BY THE TIME I GET TO A STRUCTURE OR LEVEE OR SOMETHING,

09:21:41 22    15 PERCENT HAS GONE INTO WHAT'S CALLED SETUP.

09:21:44 23         SO IF I HAVE A SIX-FOOT WAVE, THE WATER ELEVATION WOULD BE

09:21:49 24    ABOUT NINE-TENTHS OF A FOOT SUPER ELEVATED.  IF I HAVE A TEN-FOOT

09:21:55 25    WAVE, WELL THEN IT'S GOING TO BE ONE-AND-A-HALF-FOOT.  SO THAT'S

09:21:58 1   WHAT'S HAPPENING TO ALL OF THAT ENERGY, IT KEEPS RUNNING UP, IT'S

09:22:01 2   JUST NO LONGER AN ORGANIZED WAVE, AND IT BECOMES SOMETHING THAT'S A

09:22:05 3   VERY DIFFERENT PROCESS.  IT REALLY DOESN'T GO INTO RUNNING BACK AND

09:22:14 4   FORTH, IT JUST GOES INTO PUSHING FORWARD.

09:22:14 5   Q.  CAN WE SEE THE EFFECTS OF THIS PRINCIPLE IN THE WAVES AS THEY

09:22:18 6   LEAVE THE CHANNEL AND THEY MOVE CLOSER TO THE LEVEE?

09:22:21 7   A.  YES, WE CAN.

09:22:22 8   Q.  AND CAN YOU SHOW THAT ON THE PLAINTIFFS' OWN WAVE ANALYSIS HERE?

09:22:27 9   A.  YES.  PERHAPS IF WE COULD MOVE THIS OVER JUST A LITTLE.  THANK

09:22:32 10  YOU.

09:22:35 11        YOU KNOW, WHAT WE SEE IS THAT EVERY TIME THE WAVES COME

09:22:38 12  OUT OF THE CHANNEL, THIS WOULD BE THE SAME IF I WERE SHOWING THE

09:22:44 13  STWAVE RESULTS, I'VE TRIED TO SHOW THE SWAN RESULTS BECAUSE I WANT

09:22:48 14  TO SHOW THAT IT'S BOTH MODELS.  AND YOU CAN SEE THAT ALL OF THESE

09:22:51 15  PLACES WHERE THE WAVE HEIGHTS GO DOWN, THAT IS WHERE IT'S COMING UP

09:22:56 16  INTO SHALLOW WATER.

09:22:57 17        THE GREEN LINE ON THE BOTTOM OF THIS CHART DENOTES DEPTH.

09:23:03 18  YOU CAN SEE THE CHANNEL BY THE VERY DEEPEST PART HERE, THIS IS RAY 1

09:23:09 19  THAT I AM POINTING AT NOW.  AND YOU HAVE TO MULTIPLY IT TIMES TEN ON

09:23:16 20  THE LEFT-HAND AXIS, BUT IT'S ABOUT 18 FEET, PERHAPS, DEPTH.  AND

09:23:21 21  MOST OF IT -- AND THEN IT GOES DOWN TO ABOUT 48 FEET OR SO DEPTH IN

09:23:30 22  THIS PARTICULAR LOCATION.  AND THEN IT COMES BACK UP.  AND AS YOU

09:23:32 23  SEE, WHEN IT STARTS COMING BACK UP ON THE, WHAT WE ARE CALLING THE

09:23:36 24  BERM OVER HERE, IT GOES BACK UP TO ABOUT THE SAME DEPTH AS WE HAD ON

09:23:43 25  THE OTHER SIDE OF THE CHANNEL (INDICATING).

09:23:44 1    Q.   NOW, YOU'RE COMPARING THE GREEN LINE?

09:23:48 2    A.   YEAH, I WAS TALKING ABOUT THE DEPTH, RIGHT.

09:23:50 3    Q.   RIGHT.   AND THAT'S SHOWN BY THE GREEN LINE AT THE BOTTOM HERE?

09:23:53 4    A.   RIGHT.   OKAY.   YEAH, AND I AM JUST TRYING TO SHOW YOU THAT YOU

09:23:55 5    HAVE SIMILAR DEPTHS ON ONE SIDE AS YOU DO ON THE OTHER SIDE.   AND

09:24:00 6    WHAT I AM TRYING TO SHOW HERE IS THAT WHEN WE GET BACK INTO THE

09:24:03 7    COMPARABLE DEPTH, WE ACTUALLY HAVE ABOUT THE SAME, FAIRLY SIMILAR

09:24:09 8    ANYWAY, WAVE HEIGHT.   AND THAT'S BECAUSE THESE WAVES BREAKING IS A

09:24:15 9    SIMILAR PROCESS IN BOTH SIDES OF THE CHANNEL, AND FOR BOTH SIDES OF

09:24:21 10   THE CHANNEL WE GET VERY SIMILAR RESULTS.

09:24:24 11        I WOULD ALSO LIKE TO ADD THAT THE WAVE MODELS THAT WE'RE

09:24:31 12   USING ON THIS ARE, IN FACT, VALID FOR THIS TYPE OF A SLOPE, FOR THIS

09:24:35 13   TYPE OF A DEPTH.   THERE IS NO REASON TO SUSPECT THAT THERE'S --

09:24:39 14   THEY'RE WRONG ON THIS SIDE AND RIGHT ON THAT SIDE.   IN FACT, I

09:24:44 15   SUSPECT THEY'RE RIGHT.   WELL, THESE ARE THE TWO BEST MODELS THAT ARE

09:24:47 16   USED IN THE WORLD TODAY, AND THEY ATTEMPT TO MODEL THE PHYSICS;

09:24:50 17   BASICALLY, THEY INTEND TO MODEL THE PHYSICS.

09:24:55 18        THE COURT:   YOU DID ORIENT US YESTERDAY, BUT LAKE BORGNE

09:24:56 19   WOULD BE ON WHICH SIDE OF THE GRAPH WE'RE LOOKING AT NOW?

09:25:03 20        THE WITNESS:   LAKE BORGNE IS ON THE LEFT SIDE OF THE

09:25:03 21   GRAPH, AND THE WAVES ARE TRAVELING THAT WAY (INDICATING).   WELL,

09:25:07 22   SORRY.

09:25:08 23        THE COURT:   WELL, IT MAKES SENSE.   I JUST WANTED TO MAKE

09:25:10 24   SURE.

09:25:11 25        THE WITNESS:   AND IT'S IMPORTANT TO RECOGNIZE THAT STWAVE

2851

09:25:17 1    AND SWAN BOTH SHOW THE SAME THING HAPPENING, AND IT'S WITHIN THEIR

09:25:20 2    RANGE OF APPLICABILITY.  IT'S WITHIN THE SLOPES THAT THESE MODELS

09:25:25 3    ARE GOOD FOR, IT'S NOT ABOVE THE STILL-WATER LEVEL; IT'S IN THE

09:25:28 4    RANGE OF DEPTHS THAT THESE MODELS WORK WELL FOR.  THERE'S ABOUT

09:25:32 5    18 -- IN THIS PARTICULAR PLACE HERE, THERE'S PROBABLY ABOUT 18-FOOT

09:25:36 6    OF WATER.  IT'S NOT THAT SHALLOW.  AND SO THESE ARE VERY APPROPRIATE

09:25:41 7    APPLICATIONS OF THE MODELS IN THIS CASE, AND YOU CAN SEE THE MODEL

09:25:45 8    PREDICTS EXACTLY WHAT WE THINK OCCURS WITH THE PHYSICS TODAY.

09:25:49 9         THE COURT:  WHERE IS THE POINT WHERE THERE IS 18 FEET,

09:25:52 10   VIS-A-VIS THE MRGO?

09:25:55 11        THE WITNESS:  WHEN YOU COME OUT OF THE MRGO ON THE --

09:25:58 12   WELL, I AM A LITTLE BIT UNDERNEATH IT, BUT IF YOU SEE WHERE THAT RED

09:26:03 13   DOT IS?

09:26:03 14        THE COURT:  I DO.

09:26:04 15        THE WITNESS:  OKAY.  CLOSE TO WHERE MY DOT IS, AND YOU

09:26:06 16   FOLLOW OVER TO THE OTHER SIDE YOU WILL SEE A MINUS TWO, WELL, THOSE

09:26:09 17   ARE 20-FOOT, YOU HAVE TO MULTIPLY THAT TIMES TEN.  SO THAT IS ABOUT

09:26:13 18   A BALLPARK, AGAIN, I'M NOT -- TO ME, WHEN I LOOK AT IT, IF I GO ALL

09:26:20 19   THE WAY UP TO THE TOP OF THE RED POINT, I AM PROBABLY IN ABOUT

09:26:24 20   13 FEET OF WATER.  IF I AM DOWN TO WHERE THAT SLOPE STARTS, I AM

09:26:29 21   PROBABLY IN ABOUT 18 FEET OF WATER.

09:26:31 22        THE COURT:  ON THE TOP OF THE RED POINT VIS-A-VIS THE

09:26:35 23   GENERAL LOCATION OF THE REACH 2 LEVEE WOULD BE --

09:26:39 24        THE WITNESS:  WOULD BE SLIGHTLY TO THE WEST OF THAT.  AND

09:26:41 25   THIS IS THE POINT I BELIEVE THAT THEY'RE CALLING "L".  SO IT'S

09:26:44  1   COMING RIGHT UP TO THE LEVEE.

09:26:46  2         THE COURT:  IT WOULD BE WHAT WE'RE CALLING THE TOE OF THE

09:26:49  3   LEVEE?

09:26:50  4         THE WITNESS:  THAT'S WHAT I WOULD CALL THE TOE OF THE

09:26:52  5   LEVEE.

09:26:53  6         THE COURT:  ALL RIGHT.

09:26:54  7   BY MR. SMITH:

09:26:55  8   Q.  NOW, THIS IS, AGAIN, AN ANALYSIS THAT YOU'RE ABLE TO PERFORM

09:26:58  9   USING YOUR INTERMEDIATE-SCALE MODEL, YOUR STWAVE OR THE PLAINTIFFS'

09:27:02 10   SWAN MODEL.

09:27:03 11         I WOULD LIKE FOR US TO MOVE ON TO THE THIRD AND FINAL

09:27:06 12   MODEL THAT YOU USED, AND YOU'VE DESCRIBED IT AS THE BOUSSINESQ

09:27:10 13   MODEL.  AND I WONDER IF YOU COULD COMPARE THE MODEL THAT YOU USED TO

09:27:13 14   THE MODEL THAT WAS USED BY PROFESSOR BEA.

09:27:16 15   A.  YES, I CAN.  WE ARE USING THE COULWAVE, COLUMBIA UNIVERSITY LONG

09:27:27 16   AND INTERMEDIATE DEPTH WAVE MODEL DEVELOPED BY PHILIP LIU AT CORNELL

09:27:33 17   AND PAT LYNETT WHEN HE WAS FINISHING HIS PH.D. AT CORNELL AND IS NOW

09:27:38 18   A PROFESSOR AT TEXAS A&M.  THE LS-DYNA IS A MODEL THAT'S BEEN --

09:27:46 19   IT'S A GOOD MODEL USED PRIMARILY FOR CRASH DEFORMATIONS OF SOLIDS

09:27:50 20   AND THINGS, AND PLASTICS.

09:27:53 21   Q.  AND I SEE THAT YOU SAY AT THE BOTTOM THERE THAT THESE HAVE VERY

09:27:57 22   DIFFERENT APPROACHES, AT LEAST AS APPLIED IN THIS CASE.  I WONDER IF

09:28:01 23   WE COULD GO THROUGH AND YOU COULD TELL THE COURT WHAT YOU SEE AS

09:28:03 24   SOME OF THE SIGNIFICANT DIFFERENCES BETWEEN THE COULWAVE MODEL AND

09:28:07 25   THE LS-DYNA MODEL?

2853

09:28:09  1  A.  YES, WE CAN.  THE FIRST POINT THAT I FEEL STRONGLY ABOUT IS THAT

09:28:17  2  ONE HAS TO VALIDATE ANY MODEL FOR WATER WAVES.  THERE'S A LOT OF

09:28:23  3  EMPIRICAL FACTORS IN THESE MODELS THAT HAVE TO BE ATTENDED, AND YOU

09:28:25  4  TUNE THEM TO THE BEST DATA AND YOU GET THEM TO WHERE THEY FIT ACROSS

09:28:28  5  A WIDE RANGE OF DATA, AND THEN YOU LIKE TO THINK YOU SIMULATED THE

09:28:32  6  PHYSICS PROPERLY.

09:28:33  7          AND THAT'S AN IMPORTANT STEP, YOU CAN'T JUST TAKE A MODEL

09:28:36  8  THAT HAS A NUMBER OF EQUATIONS IN IT AND ASSUME THAT BY MODELING

09:28:39  9  THOSE EQUATIONS YOU SOMEHOW HAVE CAPTURED IT CORRECTLY.

09:28:44 10          THE REASON I SAY THAT IS, WAVE BREAKING IS, I COULD USE

09:28:48 11  THE WORD MYSTICAL.  IT'S A DIFFICULT PROCESS BECAUSE IT'S VERY

09:28:52 12  TURBULENT, VERY CHAOTIC, AND WE KNOW HOW BIG IT CAN GET, THE RATE AT

09:28:57 13  WHICH ENERGY COMES OUT OF THIS HAS TO BE TUNED.  AND THESE MODELS

09:29:00 14  HAVE VERY CAREFULLY DONE THAT OVER MANY YEARS OF CALIBRATION.

09:29:05 15  Q.  AND CAN YOU TELL US WHAT ANOTHER DIFFERENCE WOULD BE BETWEEN THE

09:29:09 16  TWO MODELS?

09:29:09 17  A.  WELL, ANOTHER DIFFERENCE IS THAT COULWAVE IS AVAILABLE ON THE

09:29:14 18  WEB.  THERE'S A NUMBER OF USERS WHO COMMONLY USE THIS FOR ESTIMATING

09:29:18 19  RUNUP AND OVERTOPPING.  IT'S A WIDELY-ACCEPTED TOOL IN THE COASTAL

09:29:27 20  ENGINEERING PROFESSION FOR THIS PURPOSE.

09:29:29 21          THE LS-DYNA, I DO NOT KNOW OF ANY SINGLE CASE WHERE A

09:29:33 22  COASTAL ENGINEER -- BEFORE THIS CASE, WHERE A COASTAL ENGINEER HAS

09:29:38 23  USED LS-DYNA FOR RUNUP AND OVERTOPPING PREDICTIONS ON A LEVEE OR

09:29:46 24  SOMETHING.  THERE HAVE BEEN SOME PUBLICATIONS WHERE IT WAS USED TO

09:29:50 25  STUDY WAVES PASSING OVER SUBMERGED OBJECTS AND SOME SIMILAR BUT NOT

09:29:56 1  REALLY THE SAME.

09:29:57 2  Q.  NOW, I NOTICE HERE YOU'RE TALKING ABOUT ESTIMATING WAVE RUNUP

09:30:02 3  AND OVERTOPPING.  PRIOR TO US BEGINNING TO HAVE YOU TESTIFY THIS

09:30:07 4  MORNING, MR. ROY CAME UP AND ASKED SOME QUESTIONS CONCERNING ONE OF

09:30:12 5  THE DEMONSTRATIVE EXHIBITS WE'RE GOING TO GET TO.  AND I REPRESENTED

09:30:15 6  TO THE COURT THAT THOSE ARE EXHIBITS THAT TALK ABOUT OVERTOPPING

09:30:19 7  FLOW.  I JUST WANT YOU TO EXPLAIN TO THE COURT, IS EVALUATING

09:30:25 8  OVERTOPPING FLOW SOMETHING THAT YOU DO AND OTHER PEOPLE WITH

09:30:26 9  EXPERTISE IN YOUR AREA DO, IN TERMS IN ANALYZING WAVES AND WAVE

09:30:33 10  DYNAMICS?

09:30:33 11  A.  WE PREDICT THE OVERTOPPING FLOW.  WE DO NOT ANALYZE THE

09:30:38 12  CONSEQUENCES OF IT.  WE'RE THE ONES THAT GIVE WHAT I WOULD THINK

09:30:41 13  WOULD BE THE VERY, AS BEST WE CAN, ESTIMATES OF THE OVERTOPPING

09:30:46 14  RATES.  AND THEN OTHER PEOPLE HAVE TO TRANSLATE INTO ANY -- WHAT

09:30:51 15  DOES THAT MEAN, AND SO IT'S A PRETTY CLEAR BREAK POINT BETWEEN WHAT

09:30:55 16  I DO AND WHAT OTHER PEOPLE DO.

09:30:57 17  Q.  AND SO IF YOU CALCULATED THAT WAVE SETUP, I THINK AS YOU SAID,

09:31:02 18  WOULD BE SOMETHING LESS THAN A FOOT IN THIS CASE AND MR. EBERSOLE

09:31:08 19  ADDED SEVERAL TENTHS OF A FOOT, AFTER HE SCALED UPWARDS FROM THE

09:31:13 20  MODELING THAT HE RECEIVED FROM DR. WESTERINK --

09:31:17 21          THE COURT:  MR. SMITH, I'M SORRY TO INTERRUPT YOU.  BUT

09:31:19 22  JUST MAKE SURE I UNDERSTAND.  YOU SAID WAVE SETUP, IS THAT

09:31:23 23  EQUIVALENT TO WAVE HEIGHT?  IS THAT SYNONYMOUS WITH WAVE HEIGHT?

09:31:31 24  BY MR. SMITH:

09:31:31 25  Q.  LET'S ASK DR. RESIO.  IF YOU COULD EXPLAIN WHAT YOU MEAN BY WAVE

09:31:31 1   SETUP.

09:31:33 2   A.   WAVE SETUP IS ACTUALLY AN INCREASE IN THE STILL-WATER LEVEL.   SO

09:31:37 3   WAVE SETUP INCREASES THE WATER LEVEL.   IF I HAVE A GAUGE AND MEASURE

09:31:43 4   THE AVERAGE WATER LEVEL, WHICH IS THE STILL-WATER LEVEL, OVER A

09:31:46 5   PERIOD OF TIME, THEN THE WAVE SETUP -- IF I HAD NO WAVES THERE, I

09:31:50 6   MIGHT HAVE, SAY, ONE FOOT OF WATER AT A PARTICULAR LOCATION, AND IF

09:31:55 7   I HAVE SIX-FOOT WAVES INCIDENT HERE AND I HAVE ABOUT 15 PERCENT

09:32:00 8   INCREASE, EXCUSE ME, 15 PERCENT INCREASE OF THAT WAVE HEIGHT IN THE

09:32:05 9   LOCAL DEPTH, MY AVERAGE DEPTH WOULD ACTUALLY BE 1.9 FEET, ADDING

09:32:10 10  THAT NINE-TENTHS OF A FOOT.   AND THAT'S WHERE ALL OF THAT WAVE

09:32:14 11  ENERGY GOES.

09:32:15 12          THE COURT:   WHEN WE TALKED ABOUT THE WAVE SETUP IN THE

09:32:17 13  15 PERCENT FACTOR, THAT TRANSLATES TO MORE DEPTH AT A CERTAIN POINT?

09:32:21 14          THE WITNESS:   THAT'S EXACTLY RIGHT.

09:32:23 15          THE COURT:   I UNDERSTAND.   OKAY.

09:32:24 16  BY MR. SMITH:

09:32:24 17  Q.   SO THAT WAS YOUR PARTICULAR CONTRIBUTION TO THE TEAM EFFORT ON

09:32:28 18  THE DEFENDANT'S SIDE WAS TO CALCULATE THE EFFECTS, THE CLOSE-IN

09:32:33 19  EFFECTS, THIS IS THE THING THAT YOU UNIQUELY CAN DO THAT OUR OTHER

09:32:39 20  EXPERTS CAN'T DO, YOUR EXPERTISE IS IN MODELING THESE NEAR-SHORE

09:32:41 21  WAVE SPECS; IS THAT RIGHT?

09:32:41 22  A.   MODELING WAVES IN GENERAL.

09:32:43 23  Q.   BUT IN THIS CASE, THE CONTRIBUTION THAT YOU GAVE TO MR. EBERSOLE

09:32:48 24  WAS IN SHOWING THE DYNAMICS OF THE WAVES AT THE LEVEE?

09:32:53 25  A.   THAT'S CORRECT.

09:32:53 1  Q.  THERE'S OTHER EFFECTS THAT WERE -- WAVE SETUP THAT OCCURRED FROM

09:32:57 2  BREAKING THAT OCCURRED AWAY FROM THE LEVEES?

09:33:05 3  A.  YES.  MR. EBERSOLE'S ESTIMATE OF SEVERAL TENTHS, SEVEN-TENTHS,

09:33:05 4  IN THAT RANGE, OF SETUP LOOKED VERY CONSISTENT WITH WHAT WE WERE

09:33:09 5  BOTH GETTING OUT OF THE BOUSSINESQ MODEL IS WHAT I WOULD EXPECT FROM

09:33:12 6  THE RULE OF THUMB THAT WE LIKE TO USE.

09:33:14 7  Q.  LET ME ASK YOU IF THERE'S ANOTHER DIFFERENCE BETWEEN THE LS-DYNA

09:33:18 8  MODEL AND THE COULWAVE MODEL?

09:33:20 9  A.  THERE'S A VERY BIG DIFFERENCE, IN MY OPINION, AND THAT IS THAT

09:33:24 10 WE USE THE IRREGULAR WAVES, WHICH IS, TO QUOTE DR. KEMP, THE ONLY

09:33:31 11 WAVES THAT EXIST IN NATURE BECAUSE MONOCHROMATIC WAVES DON'T EXIST

09:33:36 12 IN NATURE.

09:33:37 13 Q.  CAN YOU SHOW THE COURT AN ILLUSTRATION OF WHAT THAT WOULD LOOK

09:33:40 14 LIKE?

09:33:41 15 A.  A MONOCHROMATIC?

09:33:42 16 Q.  YEAH.  DO WE HAVE A DIAGRAM HERE?

09:33:44 17 A.  WE HAVE IT OF IRREGULAR WAVES, YEAH, THAT'S RIGHT.  I DON'T HAVE

09:33:46 18 ONE OF REGULAR WAVES.  BUT A REGULAR WAVE IS JUST A SINE WAVE, AND

09:33:51 19 MOST PEOPLE KNOW WHAT A SINE WAVE LOOKS LIKE.

09:33:54 20         THE COURT:  YES.

09:33:56 21         THE WITNESS:  YES, EXACTLY.  AND WATER WAVES, HOW MANY

09:33:59 22 PEOPLE HAVE EVER GONE OUT AND SURFED AND, OF COURSE, YOU JUST THINK

09:34:00 23 THAT THAT ONE WAVE IS REALLY BIG AND YOU'RE GOING TO CATCH IT AND IT

09:34:04 24 VANISHES BEFORE IT GETS TO YOU, THAT'S BECAUSE WHAT YOU REALLY HAVE

09:34:06 25 IS THE SUPER POSITION OF ALL THESE DIFFERENT WAVES RUNNING ALONG

09:34:09  1  TOGETHER IN A WAVE SPECTRUM, AND THEY CONSTITUTE THE WATER SURFACE

09:34:15  2  IN THIS FASHION HERE.

09:34:16  3       AND IT'S VERY IMPORTANT TO RECOGNIZE THAT THERE ARE

09:34:18  4  DIFFERENCES BETWEEN HOW THE TWO CLASSES OF WAVES BEHAVE.

09:34:22  5  MONOCHROMATIC WAVES BEHAVE SOMEWHAT DIFFERENTLY THAN SPECTRAL WAVES

09:34:27  6  OR IRREGULAR WAVES.

09:34:28  7  BY MR. SMITH:

09:34:28  8  Q.  AND CAN WE SHOW THE COURT IN A DIAGRAM HERE HOW THEY BEHAVE

09:34:32  9  DIFFERENTLY?

09:34:32 10  A.  YES.  FIRST, I WANT TO APOLOGIZE THAT THE WAVES ARE GOING TO BE

09:34:36 11  GOING IN TWO DIFFERENT DIRECTIONS ON THESE CHARTS BECAUSE I JUST

09:34:39 12  TOOK THEM OUT OF THE MANUAL FOR THE -- THE USER'S MANUAL FOR THE

09:34:46 13  COULWAVE.

09:34:49 14       ON THE UPPER CHART ON THE Y AXIS, THERE'S TWO DIFFERENT

09:34:58 15  VALUES, AND IT'S A LITTLE HARD TO READ, YOU HAVE TWO THINGS

09:35:02 16  HAPPENING, YOU HAVE THE WAVE HEIGHT, AND THAT'S ACTUALLY DIVIDED BY

09:35:08 17  TEN -- SCIENTISTS TRY TO MAKE THINGS VERY CONFUSING, SO WE DIVIDE

09:35:11 18  THESE -- SO IT'S REALLY A TEN-CENTIMETER WAVE WHERE IT SAYS ONE ON

09:35:15 19  THIS CHART.  AND YOU CAN SEE THAT THE INCIDENT WAVE, THE WAVE COMING

09:35:21 20  IN ONTO THIS SLOPE IS ACTUALLY ABOUT A SIX-CENTIMETER WAVE, WHICH IS

09:35:28 21  ABOUT -- THESE ARE SMALL WAVES, THESE ARE SMALL WAVES, BUT WE WORKED

09:35:33 22  AT THE SCALING OF IT, AND WE THINK THIS IS VALID.

09:35:37 23  Q.  SMALL WAVES BECAUSE YOU WANTED TO HAVE EMPIRICAL DATA, RIGHT?

09:35:41 24  A.  THAT'S RIGHT.  THIS IS DONE IN A LABORATORY.  WHAT WE'RE GOING

09:35:48 25  TO SEE HERE IS, I HAVE TWO DIFFERENT THINGS.  I'M GOING TO SHOW BOTH

09:35:48  1    LABORATORY RESULTS AND I'M GOING TO SHOW THE RESULTS OF THE

09:35:50  2    BOUSSINESQ MODEL.

09:35:51  3           AND YOU CAN SEE AT THE TOP AN ACTUAL TIME SERIES, AND YOU

09:35:55  4    CAN SEE THEY'RE VERY REGULAR EXCEPT THAT THE WAVES GET MORE AND MORE

09:35:59  5    PEAKED.  AS THE WAVES APPROACH BREAKING, AND AGAIN, EVERYBODY WHO

09:36:04  6    GOES TO THE BEACH SEES THIS AND IT'S NO SURPRISE, THE RECOVER IS

09:36:06  7    STEEP FACED AND ASYMMETRIC.  AND THAT MEANS THAT IT'S GETTING READY

09:36:11  8    TO BREAK.  AND THEN YOU SEE THE WAVES ARE SMALLER LANDWARD THERE.

09:36:18  9    THIS -- WHEN IT COMES ONTO THE SLOPE, ALL OF THIS IS WAVE BREAKING

09:36:22 10    FROM HERE -- WELL, SORRY ABOUT THAT.

09:36:28 11           THE COURT:  YOU GET TO THE MOST, THE SHARPEST PEAK, THEN

09:36:34 12    BREAK.

09:36:34 13           THE WITNESS:  RIGHT.

09:36:34 14           THE COURT:  THEN, WHAT YOU'RE SHOWING HERE?

09:36:36 15           THE WITNESS:  RIGHT.  AND WHAT YOU'RE SEEING IS ACTUALLY

09:36:41 16    THE -- TWO THINGS ARE HAPPENING:  ONE, ALL OF THE BREAKING IS AT THE

09:36:44 17    SAME PLACE.  THAT'S WHY IT PEAKS AND PEAKS UP TO THAT ONE POINT AND

09:36:48 18    THEN ONLY BREAKS AT THAT ONE LOCATION AND, IF WE LOOK NOW TO THE --

09:36:53 19    IF WE LOOK NOW TO THIS CURVE -- I AM JUST GOING TO DO A DOT BECAUSE

09:36:57 20    THAT'S APPARENTLY WHAT MY SKILL LEVEL IS -- AND YOU CAN SEE TWO

09:37:02 21    DIFFERENT --

09:37:02 22           THERE'S REALLY THREE DIFFERENT PIECES OF INFORMATION ON

09:37:05 23    HERE.  THERE'S -- THE DOTS ARE THE EXPERIMENTAL DATA.  AND THAT'S

09:37:10 24    ACTUALLY SAYING WHAT THE WAVE HEIGHT IS IN EACH OF THESE DEPTHS.

09:37:14 25           IF I GO TO THE BOTTOM, I SEE WHAT THOSE ARE DEPTHS IN

09:37:18 1   CENTIMETERS, AND YOU CAN SEE AS IT GETS SHALLOWER AND SHALLOWER THE

09:37:22 2   WAVES GROW UP; AND YOU WILL SEE THAT THE BOUSSINESQ PREDICTIONS,

09:37:33 3   WHICH ARE IN THE LINES, THEY'RE IN GREEN AND DASHED, BUT YOU REALLY

09:37:38 4   CAN'T READ IT VERY WELL.  THE SOLID LINE, I'LL JUST SAY THE SOLID

09:37:42 5   LINE IS THE BOUSSINESQ PREDICTION, AND AS YOU CAN SEE, IT GOES

09:37:45 6   THROUGH THE DOTS VERY NICELY.

09:37:47 7          ON THE BOTTOM CHART, YOU CAN SEE SOMETHING VERY

09:37:49 8   INTERESTING HAPPENING AT THE BOTTOM CHART -- EXCUSE ME, ON THE

09:37:55 9   BOTTOM LINE HERE, YOU CAN SEE, THIS IS THE SETUP BECAUSE THAT'S PART

09:37:57 10  OF WHAT YOU WANT TO MAKE SURE YOUR MODEL IS DOING CORRECTLY, TOO.

09:38:01 11  IF YOU ARE TAKING THE ENERGY OUT OF THE WAVE FIELD AT THE RIGHT

09:38:08 12  RATE, IT SHOULD SHOW UP AS WAVE SETUP.  AND IF YOU MODEL AND

09:38:11 13  CONSERVE MOMENTUM, THEN YOU SHOULD HAVE THIS CHART ALONG THIS LINE

09:38:17 14  THAT ENDS UP HERE COMING UP IN AGREEMENT WITH THE DATA.  SO THAT'S

09:38:21 15  ACTUALLY THE WAVE SETUP.

09:38:28 16         IT DOES SHOW THAT THE BOUSSINESQ MODEL DOES A VERY NICE

09:38:28 17  JOB OF PREDICTING THE WAVE SETUP FOR MONOCHROMATIC WAVES.  NOW, THAT

09:38:31 18  WAS DONE JUST FOR LABORATORY TO SHOW THAT EVEN FOR -- THE ONE PLACE

09:38:34 19  IN NATURE WHERE YOU APPROACH THIS IS VERY, VERY LONG PERIOD SWELL

09:38:40 20  THAT HAS TRAVELED THOUSANDS OF MILES.  YOU DON'T SEE THESE WAVES IN

09:38:44 21  A HURRICANE, BUT YOU NEED TO TEST YOUR MODEL TO MAKE SURE IT CAN

09:38:48 22  WORK FOR THAT CLASS OF WAVE BECAUSE YOU DO APPROACH IT IN THAT

09:38:53 23  SITUATION.

09:38:53 24         IF WE GO DOWN TO THE BOTTOM, THIS IS MUCH MORE OF WHAT YOU

09:38:57 25  WOULD SEE IRREGULAR WAVES, AND THE TOP CURVE HERE, AND I AM JUST

09:39:02 1   GOING TO PAY ATTENTION TO THAT AND ONE OTHER, THE VERY TOP CURVE IS

09:39:06 2   THE SAME TYPE OF INFORMATION, BUT IT'S FOR IRREGULAR WAVES.  AND THE

09:39:11 3   IRREGULAR WAVES --

09:39:12 4   Q.  HERE WE'RE MOVING IN THE OPPOSITE DIRECTION?

09:39:15 5   A.  AND HERE WE'RE MOVING IN THE OPPOSITE DIRECTION, THAT'S CORRECT.

09:39:18 6   IT'S CONFUSING BECAUSE, AGAIN, I APOLOGIZE, IT'S CONFUSING BECAUSE

09:39:22 7   THIS IS WHAT I HAD TIME TO --

09:39:24 8           THE COURT:  BUT I CERTAINLY CAN TELL BY VIRTUE OF THE

09:39:29 9   DECLINING LINES, SO I UNDERSTAND.

09:39:30 10          THE WITNESS:  RIGHT.  AND WHAT YOU CAN SEE IS THERE'S NO

09:39:33 11  SINGLE PLACE WHERE ALL OF THE BREAKING IS TAKING -- IS OCCURRING.

09:39:36 12  WHAT HAPPENS IS, THE LARGE WAVES BREAK IN DEEPER LOCATIONS THAN THE

09:39:42 13  SMALL WAVES.  AND AGAIN, EVERYBODY WHO WATCHES WAVES AT A BEACH SEES

09:39:47 14  THIS ALL THE TIME.  IF YOU HAVE A BIG WAVE, IT BREAKS FARTHER OFF

09:39:51 15  THAN A SMALL WAVE.  AND BECAUSE OF THAT, YOU REALLY HAVE THE DECAY

09:39:55 16  OCCURRING OVER A LONG DISTANCE.

09:39:57 17          AND THE BOTTOM POINT DOWN HERE, THE VERY BOTTOM LINE IS

09:40:03 18  ACTUALLY THE SETUP FOR THAT.  AND YOU CAN AGAIN SEE, THIS TIME IT'S

09:40:08 19  NOT -- THE SCALE IS THE SAME SO THE SLOPES ARE DIFFERENT.  BUT

09:40:11 20  AGAIN, YOU END UP WITH ABOUT 15 PERCENT OR SO OF THE INCIDENT WAVE

09:40:16 21  HEIGHT SHOWING UP AS SETUP BY THE TIME YOU GET TO THE BEACH.

09:40:25 22  BY MR. SMITH:

09:40:26 23  Q.  I WONDER IF THERE'S ANOTHER DISTINCTION THAT YOU THINK IS

09:40:28 24  SIGNIFICANT BETWEEN THE TWO MODELS?

09:40:29 25  A.  WELL, CERTAINLY ONE MORE DISTINCTION IS THAT THE -- THE WAY THAT

09:40:38  1   WE SET THE INCIDENT BOUNDARY CONDITIONS IN THE COULWAVE MODEL ALLOWS

09:40:43  2   FOR THE ENERGY TO PASS BACK THROUGH OUR BOUNDARY.  THIS IS IMPORTANT

09:40:46  3   BECAUSE, OTHERWISE, YOU TRAP THE ENERGY.

09:40:50  4        AND I DO HAVE A MOVIE TO SHOW.  THIS IS PURELY JUST A

09:40:54  5   DEMONSTRATIVE THAT SHOWS WHAT HAPPENS WHEN YOU TRAP ENERGY INSIDE A

09:40:59  6   WAVE MODEL.

09:40:59  7   Q.  CAN WE SEE THAT?  LET'S TAKE A LOOK AT THAT.

09:41:02  8   A.  AND THAT'S ITS ONLY PURPOSE.  WHAT YOU'RE GOING TO SEE, AND

09:41:05  9   NOTHING IS OF ANY CONSEQUENCE ON HERE EXCEPT THAT NOW WE'RE GOING TO

09:41:13 10   SEE, IF YOU HAVE WATER FLOWING DOWN AGAINST A SOLID BOUNDARY AND YOU

09:41:14 11   TRAP IT --

09:41:14 12   Q.  THIS IS THE SOLID BOUNDARY OVER HERE YOU'RE TALKING ABOUT

09:41:18 13   (INDICATING)?

09:41:18 14   A.  THE SOLID BOUNDARY, YES.  IT TRAPS IT, AND NOW YOU HAVE A LOT

09:41:20 15   MORE ENERGY.  THAT ENERGY SHOULD HAVE JUST FLOWED OUT OF THE SYSTEM.

09:41:24 16   AND IF THAT WERE REFLECTED BACK FROM A LEVEE, YOU'RE NOW HAVING A

09:41:29 17   RE-REFLECTED WAVE.

09:41:30 18        IT'S VERY CONFUSING, BUT IT'S VERY IMPORTANT FOR

09:41:34 19   ENGINEERING APPLICATIONS TO ALLOW ENERGY TO ESCAPE THE NEUTRAL

09:41:40 20   REGION WHEN YOU'RE MODELING NEUTRAL WAVES.

09:41:46 21   Q.  AND THE COULWAVE MODEL DOES DO THAT?

09:41:47 22   A.  YES, IT DOES.

09:41:48 23   Q.  AND THE LS-DYNA MODEL DOES NOT?

09:41:51 24   A.  NO, IT DOES NOT, THE WAY THEY FORMULATED THEIR BOUNDARY

09:41:53 25   CONDITION.

09:41:54 1    Q.  I WONDER IF THERE'S YET ONE MORE DISTINCTION YOU WOULD LIKE TO

09:41:57 2    DRAW BETWEEN THE COULWAVE MODEL AND THE LS-DYNA?

09:42:00 3    A.  AT THE RISK OF BEING TEDIOUS, THERE IS ONE MORE THAT I THOUGHT

09:42:04 4    WAS VERY IMPORTANT AND THAT IS THE INCIDENT BOUNDARY CONDITIONS NOT

09:42:10 5    ONLY DID NOT ALLOW REFLECTION, BUT IN COULWAVE IT'S A VERY CAREFUL

09:42:15 6    PROCESS TO SET THE WAVE PARAMETERS INCIDENT ON A BEACH OR INCIDENT

09:42:21 7    ANYWHERE TO BE CONSISTENT WITH WAVE THEORY.  THE LS-DYNA DID NOT DO

09:42:25 8    THAT.  IT HAS WHAT IT LOOKS -- WHAT LOOKED TO ME, AND I COMMENTED ON

09:42:30 9    THIS, AND IT'S NEVER BEEN CLARIFIED, AND THERE WAS NEVER A RESPONSE

09:42:33 10   THAT SAID, WELL, HERE'S WHY WE DID IT RIGHT, BUT I DID COMMENT ON MY

09:42:37 11   REVIEW THAT SAID, WELL, THIS LOOKS WRONG TO ME.  AND I CAN HAVE A

09:42:43 12   DIAGRAM SHOWING --

09:42:44 13   Q.  WHY DON'T YOU SHOW US WHAT YOU THINK AN ACCURATE REPRESENTATION

09:42:47 14   WOULD BE.

09:42:47 15   A.  WELL, THE ONLY REALLY IMPORTANT THING HERE IS, IN DEEP WATER,

09:42:51 16   WHAT WE'RE SEEING ON THESE TO THE RIGHT-HAND CHART HERE, IN DEEP

09:42:57 17   WATER YOU'LL SEE THAT WE HAVE ORBITAL PATHS, THAT'S WHAT THAT CIRCLE

09:43:03 18   IS.  IF YOU WERE A PING PONG BALL ON THE SURFACE OF THE WATER AND

09:43:07 19   YOU JUST FILMED IT, YOU WOULD ACTUALLY INSCRIBE A CIRCLE.  IF I WERE

09:43:12 20   A NEUTRALLY-BUOYANT PING PONG BALL FURTHER DOWN IN THE WATER COLUMN,

09:43:16 21   I WOULD INSCRIBE A CIRCLE BUT IT WOULD BE A SMALLER RADIUS.

09:43:19 22        IN SHALLOW WATER, WHAT YOU WOULD HAVE --

09:43:22 23   Q.  JUST -- SO I CAN INTERRUPT YOU.  IF WE SAY IN THE DEEP WATER,

09:43:26 24   ESSENTIALLY WHAT YOU'RE SAYING IS THAT YOU WOULD SEE A CIRCULAR

09:43:28 25   PATTERN, BUT AS YOU DESCEND THROUGH THE WATER COLUMN, THAT CIRCULAR

09:43:33 1    MOTION WOULD GET SMALLER AND SMALLER AND SMALLER AS YOU GO DOWN TO

09:43:36 2    THE BOTTOM?

09:43:37 3    A.  YES.  AND IMPORTANTLY, YOU NOTICE AT THE BOTTOM THE IMPORTANT

09:43:41 4    BOUNDARY CONDITION DOWN HERE, IS THAT YOU CAN HAVE NO WATER GOING TO

09:43:44 5    THE BOTTOM.  ALL WAVE THEORY IS BASED ON THE CONCEPT THAT THE WATER

09:43:53 6    AT THE BOTTOM EITHER HAS ZERO MOTION OR IT HAS TO HAVE MOTION ONLY

09:43:56 7    PARALLEL TO THAT BOTTOM.

09:43:57 8    Q.  AND NOW, HOW ARE THE WAVE MOTIONS DIFFERENT IN SHALLOW WATER?

09:44:02 9    A.  WELL, IN SHALLOW --

09:44:03 10   Q.  AND PERHAPS YOU CAN JUST TELL THE COURT WHAT YOU CONSIDER TO BE

09:44:06 11   SHALLOW WATER AS OPPOSED TO DEEP WATER.

09:44:08 12   A.  THE WATER DEPTH, THE RATIO OF THE DEPTH TO THE WAVE LENGTH IS

09:44:13 13   THE DETERMINING FACTOR.  AND WHEN THE LENGTH DIVIDED BY THE DEPTH

09:44:17 14   BECOMES LESS THAN SOME FACTOR, OF ABOUT 20, YOU REALLY START SAYING

09:44:22 15   THIS IS SHALLOW.

09:44:23 16        THE COURT:  SO IN THE SITUATION WE'RE DEALING WITH HERE,

09:44:27 17   LAKE BORGNE AND THE MRGO CHANNEL, AS AN EXAMPLE, YOU WOULD BE

09:44:30 18   DEALING WITH SHALLOW WATER?

09:44:32 19        THE WITNESS:  THAT IS CORRECT, THAT IS CORRECT.

09:44:33 20        THE COURT:  THANK YOU.

09:44:34 21        THE WITNESS:  AND HERE YOU SEE THE ELLIPSIS, AND THIS IS

09:44:37 22   THE WONDERFUL THING ABOUT WAVES IS THAT THEY ADJUST, YOU DON'T HAVE

09:44:40 23   TO DO ANYTHING, THEY DO IT THEMSELVES, THEY ADJUST TO BE ELLIPSIS

09:44:45 24   THAT GO DOWN TO A STRAIGHT LINE AT THE BOTTOM.  SO THE MOTION AT THE

09:44:49 25   VERY BOTTOM IS ONLY BACK AND FORTH PARALLEL TO THE BOTTOM.

09:45:00 1    BY MR. SMITH:

09:45:01 2    Q.  I WONDER IF YOU CAN COMPARE --

09:45:03 3          THE COURT:  AND WHAT MIGHT TAKE THIS TO THE NEXT STEP FOR

09:45:10 4    THOSE OF US WHO ARE NOT NEARLY AS ENLIGHTENED.  TELL ME THE EFFECT

09:45:14 5    THIS HAS IN THE MODELING THAT'S DONE HERE BY BOTH MODELS.  YOU KNOW,

09:45:21 6    THE PHENOMENON YOU'VE DESCRIBED VIS-A-VIS THE SHALLOW WATER AND THE

09:45:26 7    DEEP WATER AND HOW THE WAVE -- THE ORBITS IN ESSENCE DIFFER, HOW

09:45:32 8    DOES THAT AFFECT WHAT HAPPENS HERE?

09:45:35 9          THE WITNESS:  YOU MEAN FOR LS-DYNA?

09:45:37 10          THE COURT:  YES.

09:45:38 11          THE WITNESS:  THE NEXT SLIDE, I BELIEVE, WILL SHOW THIS.

09:45:41 12          THE COURT:  ALL RIGHT.

09:45:46 13          THE WITNESS:  HERE YOU SEE THAT THE LS-DYNA BOUNDARY

09:45:48 14    CONDITIONS SPECIFY ORBITAL PATHS THAT WERE CIRCLES ALONG WITH SOME

09:45:55 15    MEAN FLOW, BUT THEY WERE CIRCLES, ALL THE WAY TO THE BOTTOM.  SO AT

09:45:59 16    THE VERY BOTTOM THOSE -- THAT WATER -- OR THAT WATER -- I'LL FINISH

09:46:04 17    ONE SENTENCE AT A TIME -- THAT WATER IS STILL INSCRIBING THE SAME

09:46:10 18    CIRCLE AS IT DID AT THE SURFACE OF THE WATER, WHICH IS NOT A WAVE,

09:46:14 19    THAT IS NOT A WAVE MOTION, IT'S SOMETHING ELSE.  IT GENERATES --

09:46:21 20    ACTUALLY, FOR THE PURIST, IT GENERATES A WAVE AND A SECONDARY MOTION

09:46:26 21    THAT RAPIDLY GOES INTO OTHER FORMS OF MOTION IN THE MEAN FIELD.

09:46:31 22          THE PROBLEM I HAVE WITH THIS -- WELL, I'LL JUST STOP ONE

09:46:36 23    SECOND.  YOU CAN SEE THAT EACH OF THESE VECTORS THAT ARE DRIVEN BY

09:46:41 24    THEIR -- RIGHT NEXT TO THAT THING THAT LOOKS LIKE A BIG PADDLE,

09:46:48 25    BECAUSE THAT'S WHAT THEY WERE LIKENING IT TO, THAT BIG PADDLE, EACH

09:46:56 1    OF THE VECTORS IS EXACTLY THE SAME MAGNITUDE BECAUSE THAT'S THE WAY

09:46:57 2    THEY'RE TREATING IT.  IF YOU ACTUALLY FOLLOWED IT THROUGH, YOU WOULD

09:47:00 3    GET THESE LARGE CIRCLES THAT I HAVE HERE.

09:47:02 4         THIS DISTORTS THE FLOW AT THE BOTTOM.  WELL, THAT'S THE

09:47:06 5    PLACE WE CARE MOST ABOUT THE FLOW IN THIS PARTICULAR CASE.  SO YOU

09:47:10 6    REALLY CAN'T LOOK AT THIS FLOW AND SAY THAT, WELL, IF I'VE DRIVEN IT

09:47:17 7    WRONG AT THIS BOUNDARY, PARTICULARLY NEAR THE MODEL, WHAT DOES IT

09:47:21 8    MEAN?  WELL, WHAT IT MEANS IS THAT YOU HAVE A LOT OF SPURIOUS MOTION

09:47:25 9    THAT ARE NOT IN THE WAVES.

09:47:26 10        THE COURT:  AND THE ULTIMATE EFFECT IS?  IS THERE -- THEN

09:47:32 11   THE CONSEQUENCES THERE ARE LESS ENERGY GOING -- EXPLAIN TO ME THE

09:47:37 12   CONSEQUENCE.

09:47:38 13        THE WITNESS:  THE CONSEQUENCE WOULD BE THERE'S PROBABLY

09:47:39 14   TOO MUCH ENERGY NEAR THE BOTTOM.

09:47:41 15        THE COURT:  OVERSTATES THE ENERGY AT THE BOTTOM.

09:47:44 16        THE WITNESS:  THAT WOULD BE MY UNDERSTANDING OF THIS,

09:47:45 17   BECAUSE WHAT YOU HAVE IS, IS INSTEAD OF DIMINISHING THE ORBITAL

09:47:50 18   VELOCITIES AS YOU MOVE DOWN, INSTEAD OF MOVING THEM THIS WAY, YOU

09:47:54 19   ACTUALLY HAVE A LOT OF -- YOU HAVE A LOT OF DIFFERENT MOTIONS ADDED,

09:47:57 20   AND THAT'S HARD TO UNDERSTAND, AND I HAVEN'T DONE THAT.

09:48:00 21        BUT I DO KNOW THAT YOU NORMALLY HAVE ENERGY.  IF YOU LOOK

09:48:04 22   AT HOW MUCH ENERGY IS IN EACH LEVEL, IT DECAYS.  AS YOU MOVE

09:48:08 23   DOWNWARD IN THE WATER COLUMN, THIS DOESN'T DECAY.

09:48:11 24        THE COURT:  SO I DON'T WANT TO GO BEYOND YOUR REPORT OR

09:48:17 25   WHAT YOU HAVE BEEN TENDERED AS AN EXPERT HERE.  BUT, IN ESSENCE, THE

09:48:25 1    MORE OVERSTATEMENT, THE LESS IMPACT ON WHATEVER IT MIGHT BE

09:48:30 2    ULTIMATELY IMPACTING, IS THAT WHERE WE'RE GETTING?

09:48:32 3              THE WITNESS:  AGAIN, I DON'T WANT TO GET INTO --

09:48:35 4              THE COURT:  ALL RIGHT.

09:48:36 5              THE WITNESS:  I REALLY DON'T WANT TO GET INTO THE --

09:48:37 6              THE COURT:  I'M SURE, WE'LL -- IT'S MY --

09:48:42 7              MR. SMITH:  THIS IS JUST HIS ANALYSIS OF THE WAVES, YOUR

09:48:43 8    HONOR.

09:48:43 9              THE COURT:  RIGHT.  I UNDERSTAND THAT AND I APPRECIATE

09:48:45 10   THAT.  I APPRECIATE YOU KEEPING THE COURT --

09:48:49 11             MR. SMITH:  I UNDERSTAND YOUR HONOR'S INTEREST IN FINDING

09:48:52 12   THE APPLICATION HERE.

09:48:52 13             THE COURT:  BUT I KNOW WE'LL GET TO THEM AND I APPRECIATE

09:48:54 14   THAT.

09:48:54 15             LET ME ASK YOU A QUESTION ON LS-DYNA.  AS I RECALL YOUR

09:48:58 16   EARLIER TESTIMONY, YOU INDICATED LS-DYNA WAS REALLY CREATED FOR

09:49:06 17   APPLICATION OTHER THAN WAVES.

09:49:08 18             THE WITNESS:  THAT'S CORRECT.

09:49:09 19             THE COURT:  AND DO YOU KNOW IF THIS VERSION HAS BEEN

09:49:12 20   MODIFIED IN ANY WAY AT ALL TO BE ABLE TO BETTER ANALYZE WAVE ACTION?

09:49:18 21             THE WITNESS:  I THINK IT HAS.  I MEAN, I'M SURE IT HAS,

09:49:22 22   THAT THEY'VE ACTUALLY ADDED DIFFERENT ATTRIBUTES TO ALLOW IT TO

09:49:27 23   TREAT THE WAVES.  BUT IT'S WHAT IN THE MODELING COMMUNITY WE WOULD

09:49:32 24   CALL AN IMMATURE MODEL, MEANING FOR THIS APPLICATION.  IT'S IN ITS

09:49:40 25   BEGINNING STAGES OF BEING APPLIED TO THIS SORT OF THING, SO THERE'S

09:49:40  1    GOING TO BE NECESSARY CALIBRATION AND VALIDATION PHASES THAT ARE

09:49:44  2    ABSENT.

09:49:44  3         THE COURT:  THANK YOU.

09:49:47  4    BY MR. SMITH:

09:49:50  5    Q.  BEFORE WE GO ON ANYMORE IN THIS AREA I WOULD JUST LIKE TO SWITCH

09:49:53  6    AND TALK ABOUT DR. BEA'S TREATMENT OF THE EFFECT OF VEGETATION ON

09:49:57  7    WAVES.  I UNDERSTAND THAT HE DID HIS OWN ANALYSIS AND HE FELT

09:50:01  8    THAT -- HE WAS COMPELLED TO DO THAT BECAUSE HE FELT THAT THERE WERE

09:50:04  9    SOME INADEQUACIES IN THE MODELING THAT WAS PERFORMED BY THE DELFT

09:50:09 10    MODELERS WHEN THEY MODELLED THEIR WAVES.  AND AS THEY APPROACHED THE

09:50:14 11    LEVEE, I THINK DR. BEA, IN A DECLARATION THAT HE SUBMITTED IN

09:50:17 12    OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT ON CAUSATION, MADE

09:50:22 13    THIS STATEMENT:  "THAT THE HYDRODYNAMIC ANALYSES PERFORMED BY THE

09:50:28 14    DUTCH EXPERTS," HE NAMED THEM BY NAME, "DID NOT ADDRESS CRITICALLY

09:50:31 15    IMPORTANT LOCAL TOPOGRAPHIC AND VEGETATION AFFECTS."

09:50:35 16         I WONDER IF YOU HAVE LOOKED AT DR. BEA'S ANALYSIS OF THE

09:50:39 17    VEGETATION AFFECTS, THE CLOSE VEGETATION AFFECTS, AND IF YOU'VE

09:50:43 18    LOOKED AT THE DELFT MODELERS MODELING OF VEGETATION EFFECT AND IF

09:50:48 19    YOU HAVE SOME OPINIONS ABOUT THE DIFFERENT TREATMENTS BY DR. BEA AND

09:50:52 20    BY THE DELFT MODELERS?

09:50:57 21    A.  YES, I DO.

09:50:58 22    Q.  FIRST OF ALL, I WONDER IF YOU COULD JUST REFRESH OUR MEMORY AS

09:50:59 23    TO HOW DR. BEA CALCULATED THE EFFECT OF VEGETATION ON WAVES.

09:51:03 24    A.  OKAY.  I BELIEVE WE HAVE A SLIDE THAT SHOWS.  THIS IS TAKEN FROM

09:51:07 25    HIS REPORT.  AND ON THE UPPER RIGHT HAND, WE SEE THE DECAY IN, I

09:51:17 1   BELIEVE THAT'S THE LIGHT VEGETATION AND THEN IN THE LOWER LEFT-HAND

09:51:21 2   PANEL WE SEE THE DENSE VEGETATION.  YOU SEE DISTANCE IN FEET ON THE

09:51:28 3   X AXIS IN BOTH, AND YOU SEE THE WAVE HEIGHT AT A PARTICULAR DISTANCE

09:51:33 4   DIVIDED BY THE WAVE HEIGHT THAT COMES INTO THE AREA.

09:51:35 5        IMPORTANTLY, WHAT YOU'RE SAYING IS EVEN FOR LIGHT

09:51:40 6   VEGETATION, BY THE TIME YOU GO 200 FEET, YOU'RE LESS THAN 20 PERCENT

09:51:44 7   TO A MAXIMUM OF 35 PERCENT OF THE WAVE HEIGHT.  NOW, THAT WOULD --

09:51:52 8   Q.  THAT'S A VERY RAPID REDUCTION.

09:51:54 9   A.  IT'S A VERY, VERY, VERY RAPID REDUCTION.  AND THAT ACTUALLY

09:51:58 10  PIQUED MY CURIOSITY BECAUSE THE REFERENCE TO THIS IS ONE TO KNUTSON,

09:52:07 11  AND THERE'S A REFERENCE IN THERE WHAT SAYS THAT THIS MODEL WAS

09:52:11 12  VALIDATED TO --

09:52:13 13  Q.  LET'S HOLD THAT THOUGHT FOR A SECOND.  LET'S LOOK AT SOME OF THE

09:52:17 14  DIFFERENT WAYS OF LOOKING AT THE AFFECTS OF VEGETATION IN THIS

09:52:23 15  SCENARIO, WHERE WE HAVE HURRICANE WINDS AND COMPARE THAT TO

09:52:27 16  DR. BEA'S ANALYSIS.

09:52:28 17  A.  OKAY.  I THINK IT'S FAIR TO SAY THAT IN ACTUAL HURRICANE WINDS,

09:52:35 18  YOU HAVE THE SITUATION WHERE -- AND WE'RE GOING TO GO BACK, AS I

09:52:40 19  UNDERSTAND IT, IN A MOMENT AND SHOW WHERE THIS OCCURS IN THE SWAN

09:52:46 20  MODEL, IT ALSO OCCURRED IN THE STWAVE MODEL, BUT LIKE I SAY, I AM

09:52:50 21  TRYING TO SHOW THAT THEIR OWN -- THE PLAINTIFFS' OWN MODEL SHOWS

09:52:55 22  THESE THINGS RATHER THAN HAVING APPEAR TO BE AN UNNECESSARY CONFLICT

09:52:59 23  BETWEEN THOSE TWO MODELS.

09:53:00 24  Q.  WHAT YOU'RE TALKING ABOUT HERE IS THE GREEN LINE, THE GREEN

09:53:03 25  ARROW?

09:53:03  1  A.  YEAH, ON THE TOP.  WHAT WE SEE IS THAT THERE ARE PLACES IN BOTH

09:53:07  2  THE STWAVE AND THE SWAN MODELING WHERE WE TRAVELED THOUSANDS OF FEET

09:53:14  3  WITH NO ENERGY LOSS.

09:53:18  4  Q.  AND WE CAN SEE THAT AS IT CROSSES LAKE BORGNE?

09:53:21  5  A.  WE CAN SEE THAT AS WE PASS SOME OF THE RAYS, 1 AND 2, IF WE CAN

09:53:25  6  GO TO THAT SLIDE.  IF YOU LOOK AT RAYS 1 AND 2, WHERE THIS GREEN

09:53:31  7  LINE --

09:53:33  8  Q.  I THINK THOSE ARE RAYS 1 AND 3.

09:53:35  9  A.  YOU'RE CORRECT.  YOU'RE CORRECT.  SORRY.

09:53:39  10           HERE YOU CAN SEE THE GREEN LINES, THE DEPTH IS ALMOST

09:53:42  11  CONSTANT.  THE WIND IS ESSENTIALLY CONSTANT.

09:53:45  12           THE COURT:  YOU'RE GOING ACROSS LAKE BORGNE THERE

09:53:47  13  BASICALLY, THAT'S ON THE ACTUAL TOPOGRAPHY.

09:53:51  14           THE WITNESS:  THAT IS EXACTLY RIGHT.

09:53:53  15           MR. SMITH:  CORRECT ME IF I'M WRONG, BUT I THINK RAY 1 IS

09:53:56  16  LARGELY NORTH OF LAKE BORGNE.

09:53:57  17           THE WITNESS:  THAT'S RIGHT.  IT'S ACTUALLY ALMOST IN SOLID

09:54:00  18  MARSH.

09:54:00  19  BY MR. SMITH:

09:54:01  20  Q.  RIGHT.  SO THAT IS ACTUALLY TRAVELING ACROSS INUNDATED MARSH?

09:54:04  21  A.  THAT'S CORRECT.

09:54:05  22  Q.  BECAUSE THIS IS AT THE HEIGHT OF THE STORM, SO WE WOULD HAVE

09:54:07  23  ABOUT --

09:54:07  24           THE COURT:  THE MARSH IS COVERED WITH WATER.

09:54:10  25           MR. SMITH:  WITH WATER, ESSENTIALLY.  RAY 6 IS THE ONE

09:54:12 1    THAT GOES ACROSS THE LAKE.

09:54:14 2              THE COURT:  OKAY.  I GOT YOU.  THANK YOU, COUNSEL.

09:54:16 3              THE WITNESS:  SO WHAT YOU SEE IS, YOU CAN GO 4,000 FEET IN

09:54:20 4    HERE AND THE WAVE HEIGHT FROM ZERO TO 4,000, THE WAVE HEIGHT IS

09:54:28 5    VIRTUALLY UNCHANGED, IF YOU LOOK AT THE BLUE LINE, IN FACT, IT

09:54:33 6    INCREASES JUST A LITTLE BIT.  PROBABLY BECAUSE -- I'M SURE THERE HAS

09:54:36 7    TO BE SOME VARIATION OF THE DEPTH OF DISCOUNTING FOR THAT.

09:54:39 8    BY MR. SMITH:

09:54:40 9    Q.  WHAT HAPPENS IF YOU HAVE A CHANGE IN THE WATER DEPTH IN A

09:54:43 10   HURRICANE WIND SITUATION, CAN YOU SHOW US HOW THAT AFFECTS THE SIZE

09:54:49 11   OF WAVES?

09:54:50 12   A.  YES.  IN THE PLACES WHERE YOU SEE THAT, IN THE PLACES WHERE YOU

09:54:59 13   SEE THAT, YOU SEE THIS -- THESE SET OF LINES HERE.  WHERE THE WATER

09:55:04 14   DEPTH IS COMING UP, LIKE WHEN THE WAVES ARE COMING OUT OF LAKE

09:55:08 15   BORGNE UP TO THAT LITTLE SHELF AREA BEFORE THEY GO INTO THE MRGO

09:55:14 16   CHANNEL, THERE'S A VERY NICE EXAMPLE IN RAY 6 WHERE THE WAVES GET

09:55:19 17   SMALLER, BUT IT'S NOT JUST BECAUSE IT'S VEGETATION BEING

09:55:25 18   ENCOUNTERED, IT'S ACTUALLY THE DEPTH IS GETTING LOWER.  IF WE CAN GO

09:55:32 19   BACK TO THE CHART WE WERE JUST LOOKING AT.

09:55:32 20   Q.  LET'S GO BACK TO THE LAST SLIDE.

09:55:35 21   A.  AND LOOK AT THE BOTTOM RAY.  AND HERE YOU CAN SEE THAT, IN THIS

09:55:44 22   REGION RIGHT HERE, AND I AM JUST GOING TO PUT DOTS BECAUSE THAT'S,

09:55:48 23   AGAIN, MY SKILL LEVEL, ON THESE PLACES WITH THE DOTS, THE WATER

09:55:56 24   LEVEL -- THE WAVE HEIGHTS BEGIN TO DECAY (INDICATING).  AND WHAT'S

09:55:59 25   HAPPENING IS, THIS DEPTH, IT LOOKS VERY SUBTLE HERE, BUT YOU LOSE

09:56:03  1    FROM ABOUT 22- TO 23-FOOT TO ABOUT 17 FEET IN A FAIRLY SHORT

09:56:12  2    DISTANCE, SO YOU'RE GOING MAYBE AT A LOSS OF SIX-FOOT OF WATER

09:56:15  3    DEPTH, AND THAT'S REFLECTED IN A DECAY OF THE WAVE HEIGHT SHOWN IN

09:56:22  4    THE TOP HERE (INDICATING).

09:56:23  5            THE COURT:  IS THERE A DIRECT MATHEMATICAL COMPUTATION FOR

09:56:28  6    THAT VIS-A-VIS ALL FACTORS BEING THE SAME WHEN THE WATER DEPTH

09:56:35  7    CHANGES, THE WAVE HEIGHT WOULD CHANGE X?

09:56:39  8            THE WITNESS:  THERE IS, BUT IT'S CLEANER WHEN THERE'S NO

09:56:41  9    WIND INVOLVED.

09:56:42 10            THE COURT:  THAT'S WHAT I MEAN.  THE WIND VARIES IN GUSTS.

09:56:47 11    I GUESS IT MAKES IT MORE --

09:56:49 12            THE WITNESS:  IT'S A LITTLE MORE COMPLICATED, BUT THAT'S

09:56:51 13    WHY WE USE THIS CLASS OF MODEL.  I THINK THAT'S AN EXCELLENT POINT.

09:56:55 14    IT'S VERY IMPORTANT TO PROPERLY CONSIDER THE WIND INPUT, THE

09:56:59 15    VEGETATIVE DECAY, AND THE DEPTH BREAKING ALTOGETHER, THAT'S WHAT

09:57:03 16    THESE MODELS ARE TRYING TO DO.

09:57:07 17            THE COURT:  ARE THESE MODELS -- DO THEY USE MULTIPLE

09:57:12 18    PROGRESSIONAL ANALYSIS IN ANY WAY IN THESE MODELS TO MEASURE THE

09:57:15 19    VARIOUS FACTORS?

09:57:16 20            THE WITNESS:  THESE MODELS ARE REALLY STUDYING THE PHYSICS

09:57:18 21    THEY HAVE.  THEY HAVE A WAVE PROPAGATION ELEMENT.  IN THE TECHNICAL

09:57:25 22    SENSE, YOU'RE SOLVING AN INHOMOGENEOUS PARTIAL DIFFERENTIAL

09:57:32 23    EQUATION, THE ACTUAL GOVERNING EQUATION FOR THE WAVES, AND THEY ARE

09:57:34 24    NOT AN EMPIRICAL MODEL, THEY'RE ACTUALLY ATTEMPTING TO MODEL THE

09:57:36 25    PHYSICS OF THESE WAVES.

09:57:38  1          THE COURT:  SO IT'S A MODEL BASED ON MORE -- I HATE TO

09:57:45  2   SAY, MATHEMATICS AND --

09:57:47  3          THE WITNESS:  AND PHYSICS.  ABSOLUTELY.  THESE ARE THE

09:57:49  4   STATE-OF-THE-ART IN PHYSICS SPACE MODELS TODAY.

09:57:53  5          THE COURT:  OKAY.

09:57:54  6   BY MR. SMITH:

09:57:54  7   Q.  IF WE COULD JUST GO ON TO THE NEXT SLIDE, 17, OR, I'M SORRY, I

09:57:58  8   GUESS I GOT THE WRONG NUMBER, 30.  AND WHAT WE SEE HERE -- NO, IT'S

09:58:02  9   NOT THAT ONE, I'M SORRY, THE ONE BEFORE THAT, PLEASE.  YES, THIS ONE

09:58:07 10   HERE.

09:58:08 11          SO WHAT WE HAVE HERE IN THIS GRAPH IS A COMPARISON BETWEEN

09:58:11 12   THE DECAY THAT WOULD BE CALCULATED USING THE PLAINTIFFS' SWAN MODEL,

09:58:17 13   WHICH IS SHOWN IN THAT GRADUAL LINE.

09:58:20 14   A.  THAT'S CORRECT.

09:58:20 15   Q.  AND THE STEEP DECAY, WHICH WAS CALCULATED BY DR. BEA, IS THERE

09:58:25 16   AT THE BOTTOM, CORRECT?

09:58:26 17   A.  THAT IS EXACTLY CORRECT.

09:58:28 18   Q.  NOW, DO YOU KNOW HOW DR. BEA DERIVED THIS STEEP DECAY?

09:58:35 19   A.  YES, I DO.  IF YOU GO BACK TO THE KNUTSON ARTICLE THAT HE

09:58:40 20   REFERENCES, AND THEN PERHAPS IF WE SHOW THE NEXT SLIDE.  YOU CAN SEE

09:58:46 21   THAT, ACTUALLY, IT WAS FROM A FIELD STUDY AT THE CHESAPEAKE BAY WITH

09:58:51 22   TWO VERY IMPORTANT DIFFERENCES -- WELL, THREE, ACTUALLY, IMPORTANT

09:58:55 23   DIFFERENCES FROM THE CASE AT HAND.

09:58:58 24          FIRST, THERE WAS NO WINDS.  THE WIND WAS VERY LOW, SO THEY

09:59:03 25   GENERATED THE WAVES IN THIS CASE BY SHIP WAVES, THEY HAD TO RUN A

09:59:05  1    BOAT BACK AND FORTH AND LET THE WAVES PROPAGATE INTO THE VEGETATION.

09:59:10  2         SECOND, THE WAVES WERE ACTUALLY RELATIVELY SMALL COMPARED

09:59:14  3    TO THE VEGETATIVE STAND IN THIS CASE, SO WE HAD SOME IMPLICATIONS

09:59:20  4    THERE THAT THIS IS EMERGENT VEGETATION, WHEREAS IN THE CASE OF THE

09:59:25  5    MRGO DURING THE -- OR THE BERM AREAS IN THE KATRINA CASE, THOSE WERE

09:59:31  6    SUBMERGED.

09:59:32  7         SO THERE ARE THREE VERY IMPORTANT DISTINCTIONS.  PROBABLY

09:59:35  8    THE MOST CRITICAL IS SIMPLY YOU CAN'T IGNORE WINDS IN A HURRICANE.

09:59:41  9    IF YOU IGNORE WINDS IN A HURRICANE, I DON'T KNOW, YOU KNOW, WHAT --

09:59:45 10    WHERE YOU WOULD ADMIT THEM.

09:59:49 11    Q.  SO IF WE GO ON TO THE NEXT SLIDE.  I THINK WHAT WE SEE IS THAT

09:59:52 12    WE HAVE -- WE DO HAVE A VEGETATION EFFECT, WE WOULD AGREE IN MANY

09:59:57 13    SITUATIONS, BUT IT'S A GRADUAL EFFECT.

09:59:59 14    A.  THAT'S CORRECT.

10:00:00 15    Q.  IF YOU TAKE THE WIND OFF, THEN YOU HAVE A VERY MUCH DIFFERENT

10:00:04 16    SITUATION, BUT THAT'S NOT ONE THAT'S APPLICABLE IN THIS CASE?

10:00:07 17    A.  THAT'S RIGHT.  I BELIEVE THAT THE CURVES THAT PROFESSOR BEA IS

10:00:12 18    USING IN THIS CASE AREN'T VALID FOR THE APPLICATION TO WHICH HE'S

10:00:16 19    USING THEM.  I THINK IT'S VALID FOR SHIP WAKES IN THE CHESAPEAKE

10:00:22 20    BAY.

10:00:22 21         THE COURT:  SO THIS, I'LL CALL IT GRAPH, SHOWS A DRAMATIC

10:00:26 22    REDUCTION WITHOUT --

10:00:27 23         THE WITNESS:  THAT'S CORRECT.  AND IT'S ALSO -- THERE ARE

10:00:30 24    SOME SCALE AFFECTS FOR SHIP WAKES AND THINGS THAT I AM NOT SURE

10:00:35 25    THEY'RE PROPERLY EXACTLY ACCOUNTED FOR, BUT THE MAIN THING IS --

10:00:38 1    YES, YOUR HONOR, I'M SORRY, I'M OVERCOMPLICATING IT AGAIN, IS

10:00:41 2    PRIMARILY THE WIND.

10:00:46 3             MR. SMITH:  SO, THEN, I'D LIKE TO MOVE ON, IF WE CAN, TO

10:00:50 4    ANOTHER AREA, YOUR HONOR.

10:00:51 5             THE COURT:  YOU'RE IN CONTROL.

10:00:54 6    BY MR. SMITH:

10:00:54 7    Q.  I'D LIKE FOR YOU TO TALK A LITTLE BIT ABOUT YOUR OWN ANALYSIS OF

10:00:59 8    SURGE AND WAVES ALONG REACH 2.  THIS IS WHAT WE ASKED YOU TO DO, WAS

10:01:07 9    TO LOOK AT SURGE AND WAVES ALONG REACH 2.  AND I WONDER IF YOU COULD

10:01:13 10   EXPLAIN TO THE COURT WHAT YOU HAVE GRAPHED HERE.

10:01:14 11   A.  OKAY.  THIS IS ON THE TOP LINES OF THIS CHART, YOU SEE IN BOTH

10:01:20 12   CASES THE Y AXIS IS HEIGHT IN FEET AND WE HAVE ALL -- WE'VE LOOKED

10:01:32 13   AT A NUMBER OF TIMES THE POINTS ALONG REACH 2, THERE WERE 21 OF

10:01:32 14   THEM, I'LL GET TO SOME POINTS LATER, BUT I TREATED IT SLIGHTLY

10:01:34 15   DIFFERENT THAN OTHER PEOPLE.

10:01:39 16            BUT THE FIRST TOP LINES THERE ARE THE SURGE HEIGHTS, AND

10:01:43 17   THE BOTTOM SET OF LINES HERE ARE THE WAVE HEIGHTS THAT ARE INCIDENT,

10:01:50 18   THAT ARE GOING INTO THE BOUSSINESQ MODEL TO RUN THE WAVES ONTO THE

10:01:57 19   SHELF, ONTO THE BERM, UP THE LEVEE, TO CALCULATE THE WAVE SETUP, THE

10:02:04 20   WAVE PROCESSES DURING THAT TIME AND THE WAVE OVERTOPPING.

10:02:07 21   Q.  AND JUST TO BE CLEAR, THE BOTTOM, THE X AXIS, GOES FROM ZERO TO

10:02:14 22   21.  THAT WOULD BE MOVING FROM -- APPROXIMATELY FROM THE CONJUNCTION

10:02:19 23   OF THE GIWW AND THE MRGO, ALL THE WAY DOWN TOWARD VERRET, WHERE THE

10:02:25 24   LEVEE TURNS AWAY FROM THE CHANNEL; IS THAT CORRECT?

10:02:27 25   A.  THAT'S CORRECT.  EXCEPT I DID WRAP MY POINTS AROUND SOME.  I

2875

10:02:32  1   ACTUALLY HAD MY FIRST POINT ALL THE WAY DOWN AROUND PARIS ROAD.

10:02:36  2   Q.  SO, ACTUALLY, THE OPENING TO THE -- WHAT WE CALL REACH 1 OF THE

10:02:40  3   MRGO?

10:02:40  4   A.  THAT'S RIGHT.

10:02:41  5   Q.  NOW, I SEE YOU HAVE A NUMBER OF LINES, LET'S JUST TALK ABOUT AT

10:02:45  6   THE TOP.  YOU'VE GOT RED LINES, YOU'VE GOT BLACK LINES, YOU'VE GOT

10:02:49  7   DASHED LINES.  THEY ALL PRETTY MUCH LIE ON TOP OF EACH OTHER.  IS

10:02:54  8   THAT BECAUSE THESE ARE THE DIFFERENT SCENARIOS, WITH OR WITHOUT THE

10:03:00  9   CHANNEL, WITH THE CHANNEL REDUCED IN SIZE, AND ESSENTIALLY, THIS IS

10:03:02 10   WHAT WE'VE HEARD OTHER WITNESSES TALK ABOUT BEFORE, THAT --

10:03:06 11   A.  THAT'S CORRECT.  AND WE'RE USING OUR CONVENTION WITH TWO AND

10:03:11 12   THREE, IF I REMEMBER RIGHT, AS NO MRGO, AND FIVE AND SIX ARE WITH

10:03:16 13   THE MRGO AS DESIGNED, DIFFERENT VEGETATION.

10:03:19 14   Q.  AND THEN AT THE BOTTOM, AGAIN, YOU'VE GOT WAVE HEIGHTS

10:03:22 15   CALCULATED, I SEE, AND AGAIN, YOU HAVE A NUMBER OF LINES THERE,

10:03:26 16   DIFFERENT COLORS, DIFFERENT DASHES AND SOLID LINES.  AND AGAIN,

10:03:31 17   THOSE WOULD BE THE RESULTS FOR ALL OF THE SCENARIOS, WITH AND

10:03:35 18   WITHOUT THE CHANNEL, WITH AND WITHOUT THE WETLANDS; IS THAT CORRECT?

10:03:38 19   A.  THAT'S CORRECT.

10:03:39 20   Q.  AND, ESSENTIALLY, YOU FOUND SOME EFFECT ON WAVES, I SEE, AS MUCH

10:03:45 21   AS PERHAPS A COUPLE OF FEET DIFFERENCE AMONG SCENARIOS?

10:03:48 22   A.  YES, WE DID.

10:03:49 23   Q.  BUT IN MANY AREAS, IT WAS LESS THAN THAT, AS YOU CAN SEE, IF YOU

10:03:55 24   GO FROM POINT TO POINT ALONG THE LEVEE.

10:03:57 25   A.  RIGHT.  IF YOU GO TO THE NORTHERN PART OF THIS REACH, WHERE MOST

10:04:02  1    OF THE OVERTOPPING WAS, YOU CAN SEE THE WAVE HEIGHTS ARE FAIRLY

10:04:07  2    SIMILAR AT POINTS, WELL, AT A NUMBER OF POINTS.  AND THERE ARE

10:04:16  3    DIFFERENCES, BUT THEY'RE NOT HUGE DIFFERENCES.  THAT'S WHY WE ENDED

10:04:18  4    UP DOING SOME SENSITIVITY STUDIES.

10:04:20  5    Q.  OKAY.  WE'LL GET TO THAT IN A MINUTE.

10:04:22  6         NOW, I WOULD LIKE YOU TO TURN OUR ATTENTION TO OVERTOPPING

10:04:25  7    RATES, AND PREVIOUSLY I'VE ASKED YOU WHETHER OVERTOPPING FLOW IS

10:04:29  8    SOMETHING THAT YOU DEAL WITH IN YOUR AREA OF EXPERTISE, AND I THINK

10:04:33  9    YOU INDICATED THAT IT IS.  NOW, THIS GRAPH LOOKS VERY DIFFERENT FROM

10:04:37 10    THE ONE WE JUST SAW.  IT'S NOT VERY EVEN.  THERE ARE A LOT OF PEAKS,

10:04:43 11    THERE ARE A LOT OF VALLEYS.  I WONDER IF YOU COULD EXPLAIN WHY WE

10:04:48 12    HAVE SUCH EXTREME VARIATIONS IN THIS CHART.

10:04:51 13    A.  THESE ARE THE SAME ALTERNATIVES, AND WHAT YOU'RE SEEING IS THE

10:04:54 14    EFFECT OF FREEBOARD.

10:04:55 15    Q.  EXPLAIN WHAT YOU MEAN BY THE EFFECT OF FREEBOARD.

10:04:58 16    A.  BY FREEBOARD, THE RELATIVE ELEVATION OF THE CREST OF THE LEVEE

10:05:04 17    COMPARED TO THE SURGE.  AND SO IF YOU TAKE THE LEVEE CREST AND

10:05:11 18    SUBTRACT THE SURGE.  SO IF THE LEVEE CREST IS TWO FOOT ABOVE THE

10:05:15 19    SURGE, THEN YOU SAY YOU HAVE TWO FOOT OF FREEBOARD.  SO, IT'S AN

10:05:20 20    ISSUE THAT GETS INVOKED IN A LOT OF DESIGNS AND THINGS, WE NEED

10:05:25 21    THREE FOOT OF FREEBOARD AND THESE SORT OF THINGS.  IF YOU HAVE A

10:05:29 22    NEGATIVE FREEBOARD, THEN THE WATER LEVEL IS ABOVE THE CREST OF THE

10:05:32 23    LEVEE.

10:05:33 24    Q.  AND I GUESS IF WE WERE TO COMPARE THIS CHART TO THE CHART I

10:05:38 25    THINK WE'VE SEEN A NUMBER OF TIMES, WE WON'T SPEND A LOT OF TIME

10:05:42 1   TALKING ABOUT IT, BUT THE NEXT CHART IS ONE I THINK WE'VE SEEN

10:05:46 2   BEFORE, WHICH SHOWS THE VARIATION IN LEVEE CREST ALONG REACH 2.

10:05:49 3   A.   THAT'S CORRECT.   THIS IS QUITE VARIABLE.

10:05:52 4   Q.   SO YOUR POINT, I GUESS, WOULD BE THAT IF WE COMPARED THIS CHART

10:05:55 5   TO THE ONE THAT SHOWED YOUR SURGE ELEVATIONS, WHICH WERE RELATIVELY

10:05:58 6   THE SAME, WHAT CHANGES THE OVERTOP FLOW IS THAT YOU'VE GOT THESE

10:06:06 7   LEVEE CRESTS THAT GO UP AND DOWN SO THAT YOUR FREEBOARD CHANGES AS

10:06:09 8   YOU GO FROM POINT TO POINT, CREATING VARIATIONS IN OVERTOPPING FLOW

10:06:13 9   RATES; IS THAT CORRECT?

10:06:15 10  A.   THAT'S RIGHT.   I MEAN, THE GENERAL FLOW -- AND THIS IS WHERE

10:06:20 11  THERE ARE SOME VERY NICE EQUATIONS THAT GOVERN THIS, THAT CAN BE

10:06:24 12  SIMPLIFIED, THAT ARE VERY SIMPLE, AND YOU CAN SHOW THAT THE

10:06:29 13  OVERTOPPING RATE FOR FLOW IS PROPORTIONATE TO THE DEPTH OF THE FLOW

10:06:34 14  TO THE THREE-HALVES POWER.   UNFORTUNATELY, IT'S NOT LINEAR, BUT IT

10:06:39 15  IS ONLY THREE-HALVES POWER TIMES SOME CONSTANT, AND THEN YOU CAN

10:06:42 16  THEN USE THAT TO KEEP FROM HAVING TO RUN BOUSSINESQ MODELS EXTREMELY

10:06:48 17  HIGH ABOVE THE WATER LEVEL.

10:06:51 18  Q.   NOW, WE'VE ALSO SEEN ANOTHER TABLE THAT YOU'VE CREATED, AND IT'S

10:06:57 19  BEEN COMMENTED ON PREVIOUSLY.   AND I WONDER IF YOU COULD JUST

10:06:59 20  EXPLAIN TO THE COURT HOW YOU WENT ABOUT CREATING THIS TABLE AND WHAT

10:07:02 21  THE PURPOSE OF IT WAS.

10:07:03 22  A.   THE PURPOSE WAS SIMPLY TO WRAP AROUND THE WHOLE AREA OF

10:07:09 23  INTEREST.   AND FOR ME, THAT WAS FROM ABOUT PARIS ROAD TO JUST

10:07:13 24  SLIGHTLY AROUND THE LEVEE AT VERRET.   AND SO I STRETCHED IT A

10:07:18 25  LITTLE, I TOOK A CHART THAT WAS PROVIDED BY MR. FITZGERALD AND I

10:07:25 1    JUST, BY HAND, MARKED ALONG IN SEGMENTS, DREW SEGMENTS, AND TO THE

10:07:34 2    BEST OF MY ABILITY, THEN I WENT IN AND TRIED TO FIGURE OUT WHAT THE

10:07:36 3    MEAN WAS.  THAT WAS PRETTY EASY.

10:07:38 4            BUT THEN THE LOWER 25 PERCENT AND THE HIGHER 25 WAS

10:07:43 5    PERHAPS A LITTLE MORE JUDGMENTAL, BUT I THOUGHT IT WAS IMPORTANT TO

10:07:46 6    CAPTURE SOME OF THAT TO SAY THERE ARE SOME LOW POINTS IN HERE AS

10:07:49 7    WELL AS THERE ARE SOME HIGH POINTS.

10:07:50 8    Q.  THERE HAVE BEEN QUESTIONS RAISED ABOUT THE ACCURACY OF THE LEVEE

10:07:54 9    CREST ELEVATIONS THAT ARE REFLECTED HERE.  I WONDER IF YOU ACTUALLY

10:07:59 10   WENT BACK TO THE LIDAR DATA AND YOU PLOTTED LEVEE CREST ELEVATION

10:08:05 11   DIRECTLY FROM THE LIDAR DATA?

10:08:07 12   A.  YES, I HAVE.

10:08:08 13   Q.  DO WE HAVE A CHART THAT SHOWS HOW THAT CAME OUT WHEN YOU LOOK AT

10:08:11 14   IT FROM A CUMULATIVE STANDPOINT?

10:08:13 15   A.  YES, WE DID.  AND WHAT WE'RE SEEING HERE, THIS IS ON THE

10:08:21 16   LEFT-HAND AXIS OVER HERE (INDICATING).  THIS WOULD BE THE PERCENTAGE

10:08:25 17   OF LEVEE ELEVATIONS LESS THAN OR EQUAL TO, ACTUALLY, I DIDN'T KEEP

10:08:29 18   STRINGING IT OUT, LESS THAN OR EQUAL TO SOME ELEVATION.  IT'S

10:08:32 19   COMMONLY REFERRED TO AS A CUMULATIVE DISTRIBUTION FUNCTION.

10:08:36 20           AND, FOR EXAMPLE, IF I GO TO 16, IT WOULD SAY THAT ABOUT

10:08:44 21   30 -- I'LL PUT IT RIGHT UNDER RATHER THAN RIGHT ON IT -- BUT IT

10:08:47 22   WOULD SAY ABOUT 35 PERCENT OF ALL OF THE LEVEE ELEVATIONS IN THIS

10:08:51 23   AREA WERE LESS THAN OR EQUAL TO 16-FOOT HIGH.

10:08:55 24   Q.  NOW, I NOTICE YOU SHOW A NUMBER OF THE LEVEE CREST ELEVATIONS

10:09:00 25   BEING BELOW 12 FEET.  IS THERE SOME -- DO YOU HAVE A CONFIDENCE IN

10:09:05 1    THOSE VALUES THAT ARE THAT LOW?

10:09:08 2    A.  NO.  THAT'S WHERE THE LIDAR MISSED THE TOP OF THE FLOW BAR.  WE

10:09:17 3    DIDN'T USE THIS INFORMATION IN THIS SENSE, I JUST PLOTTED IT BECAUSE

10:09:20 4    I WANTED TO LOOK AT IT.

10:09:21 5            THE COURT:  THAT WOULD BE WHAT PERCENTAGE?

10:09:24 6            THE WITNESS:  MOST OF THE -- MY UNDERSTANDING, AGAIN, I

10:09:27 7    DID NOT DO THE LEVEE HEIGHTS.

10:09:29 8            THE COURT:  OF COURSE.

10:09:30 9            THE WITNESS:  BUT MY UNDERSTANDING IS THAT MOST OF THE

10:09:34 10   DATA, LESS THAN -- MAYBE ABOUT 15 HERE, THERE'S PROBABLY A LOT OF

10:09:41 11   INFLUENCE OF SEA WALLS --

10:09:41 12           THE COURT:  SHEET PILES.

10:09:43 13           THE WITNESS:  SHEET PILES, WALLS, THAT WOULD ACTUALLY MAKE

10:09:49 14   THIS NOT A PARTICULARLY GOOD TOOL TO USE TO TAKE INFERENCES FROM

10:09:51 15   LESS THAN THE VALUE AROUND THAT HEIGHT.

10:09:53 16   BY MR. SMITH:

10:09:53 17   Q.  BUT, SAY, IF YOU WENT UP TO AROUND 16 OR 17 FEET, THOSE WOULD BE

10:09:58 18   WASHED OUT OF THE DATA AND YOU COULD BE FAIRLY CONFIDENT THAT THAT

10:10:03 19   WOULD REFLECT EVEN THE AREAS THAT HAVE BEEN RAISED BY SHEET PILE?

10:10:06 20           MR. ROY:  YOUR HONOR, I WOULD LIKE TO OBJECT.  THIS IS

10:10:09 21   OUTSIDE THE SCOPE.  I'VE LET THIS GO ON.  HE'S NOT BEEN TENDERED AS

10:10:14 22   A LIDAR EXPERT, A LEVEE EXPERT, A CREST EXPERT, A SILL EXPERT, HE

10:10:18 23   WAS TENDERED AS A WAVE EXPERT.  AND I BELIEVE THIS IS TOTALLY

10:10:21 24   OUTSIDE OF THE SCOPE.  NOTE THE OBJECTION.

10:10:23 25           THE COURT:  TO THE EXTENT IT'S ALREADY BEEN IN, IT'S IN.

10:10:27 1   AND YOU NEED -- AND THE COURT UNDERSTANDS HE DID NOT ACTUALLY DO THE

10:10:33 2   ELEVATIONS AT THIS CURVE IS BASED ON GOING BACK AND LOOKING AT DATA

10:10:37 3   AND GETTING A GENERAL --

10:10:39 4        MR. SMITH:  YEAH, ALL HE IS DOING IS JUST EXPLAINING -- WE

10:10:42 5   WANTED TO COMPARE THE TABLE BECAUSE IT'S HIS TABLE, IT WAS

10:10:46 6   CRITICIZED AS BEING INACCURATE.  HE JUST TOOK THE LIDAR DATA AND

10:10:50 7   COMPARED IT TO HIS TABLE.  AND WE'RE GOING TO SEE IN THE NEXT SLIDE

10:10:53 8   WHAT THAT COMPARISON SHOWS, AND THAT'S ALL.

10:10:55 9        WE HAVE A LIDAR EXPERT, YOUR HONOR, AND IF YOUR HONOR

10:10:57 10  WANTS TO HEAR FROM HIM, WE WILL BE HAPPY TO PUT HIM UP AND HE CAN

10:11:00 11  TELL YOU EVERYTHING YOU WOULD WANT TO KNOW ABOUT LIDAR.

10:11:04 12       THE COURT:  HE IS RELYING ON THE LIDAR INFORMATION FROM

10:11:07 13  SOMEONE ELSE.

10:11:08 14       MR. SMITH:  THAT'S ALL.  THAT'S EXACTLY RIGHT.  JUST FOR

10:11:09 15  HIS OWN PURPOSES AND ANALYSIS.

10:11:11 16       THE COURT:  ALL RIGHT.

10:11:13 17  BY MR. SMITH:

10:11:14 18  Q.  SO, IF WE COULD JUST SEE THE NEXT GRAPH, I THINK IT SHOWS --

10:11:14 19  AFTER THE CRITICISMS WERE MADE OF YOUR TABLE, DID YOU GO BACK TO THE

10:11:18 20  LIDAR DATA AND PLOT FROM THE LIDAR DATA AND COMPARE WHAT THOSE

10:11:22 21  ELEVATIONS WOULD LOOK LIKE COMPARED TO THE ELEVATIONS THAT ARE SET

10:11:25 22  FORTH IN TABLE THREE?  AND EXPLAIN HOW YOU DID THIS ANALYSIS.

10:11:29 23       MR. ROY:  YOUR HONOR, THIS IS NOT IN HIS SECOND REPORT.

10:11:32 24       THE COURT:  IF IT'S NOT IN HIS REPORT, IT'S A PROFFER.

10:11:32 25       MR. ROY:  I MEAN, I'VE GOT TO OBJECT.

10:11:36  1          MR. SMITH:  THE TABLE IS IN HIS REPORT, YOUR HONOR.

10:11:37  2          THE COURT:  IF THE TABLE IS IN THE REPORT IT'S IMPORTANT.

10:11:39  3   IF THE TABLE IS IN HIS REPORT, I AM GOING TO LET HIM TALK ABOUT.

10:11:43  4          MR. SMITH:  THAT'S WHAT HE'S TALKING ABOUT, HE'S TALKING

10:11:45  5   ABOUT HIS TABLE.

10:11:45  6          THE COURT:  THIS TABLE IS IN HIS REPORT.

10:11:45  7          MR. SMITH:  AND HOW ACCURATE IT IS --

10:11:47  8          MR. ROY:  BUT NOWHERE IN THE REPORT, YOUR HONOR, DOES HE

10:11:50  9   MAKE THIS NEW STATEMENT THAT HE WENT OUT AND INDEPENDENTLY LOOKED AT

10:11:53 10   LIDAR AND DID ALL OF THIS OTHER STUFF.  THIS IS RANKLY UNFAIR, YOUR

10:11:58 11   HONOR, WITH ALL DUE RESPECT.

10:11:59 12          THE COURT:  WELL, IF THE TABLE WAS IN THE REPORT, THE

10:12:04 13   TABLE SEEMS TO INDICATE A COMPARISON, IT SEEMS SELF-EVIDENT THAT

10:12:10 14   THERE'S A LIDAR COMPARISON.  IT'S IN THE REPORT.  UPON WHAT BASIS IS

10:12:19 15   IT UNFAIR?

10:12:19 16          MR. ROY:  MAY I ASK A QUESTION, WHICH PAGE OF WHICH

10:12:20 17   REPORT?

10:12:21 18          THE COURT:  I'LL TELL YOU WHAT.  IT'S A LITTLE EARLY, BUT

10:12:24 19   WE HAVE A COUPLE OF HOUSEKEEPING THINGS TO DO.  I WANTED TO GO TILL

10:12:28 20   10:30, BUT WE'LL TAKE A BRIEF RECESS, TEN MINUTES, AND SEE IF WE CAN

10:12:32 21   STRAIGHTEN IT OUT.  AND WE HAVE THINGS TO STRAIGHTEN OUT.

10:12:37 22          WE'RE IN RECESS FOR TEN MINUTES.

10:12:37 23       (WHEREUPON, A RECESS WAS TAKEN.)

10:13:48 24       (OPEN COURT.)

10:23:18 25          THE DEPUTY CLERK:  THE COURT'S IN SESSION, PLEASE BE

FINAL DAILY COPY

2882

10:29:08 1    SEATED.

10:29:10 2              THE COURT:  YES, SIR.  WHERE ARE WE?  WHEN I LEFT WE WERE

10:29:13 3    IN THE MIDDLE OF AN OBJECTION.

10:29:15 4              MR. ROY:  WELL, YOUR HONOR, THE DIAGRAM THAT WAS UP ON THE

10:29:18 5    BOARD IS NOT IN ANY REPORT.

10:29:24 6              MR. SMITH:  AS I EXPLAINED, YOUR HONOR, THIS IS AN

10:29:26 7    ANALYSIS THAT HE DID, MUCH AS DR. BEA DID, IN RESPONSE TO TESTIMONY

10:29:31 8    THAT WAS GIVEN CRITICIZING TABLE 3.  AND THIS IS SIMPLY HIS

10:29:35 9    EXPLANATION OF HOW TABLE 3 COMPARED TO THE LIDAR DATA THAT HE USED

10:29:43 10   TO COMPILE TABLE NO. 3.

10:29:48 11             MR. ROY:  YOUR HONOR, TABLE NO. 3 IN THE REPORT DOES NOT

10:29:51 12   REFLECT THE USE OF LIDAR DATA, OKAY.  WE CAN PULL IT UP, IT DOESN'T

10:29:55 13   SHOW THAT.  AND, IN FACT -- YOU KNOW, I'LL JUST CROSS HIM ON IT.

10:30:02 14   MAKE MY OBJECTION.

10:30:05 15             THE COURT:  ALL RIGHT.  I'VE GIVEN A LITTLE LATITUDE ON

10:30:10 16   BOTH SIDES, AND I TRY TO BE FAIR, ALTHOUGH I DON'T LIKE TO GO TOO

10:30:15 17   FAR BEYOND THEIR REPORTS, I DID LET DR. BEA DO A CALCULATION OVER

10:30:20 18   THE WEEKEND, OVER THE WEEKEND THAT HE TESTIFIED, AND I AM GOING TO

10:30:28 19   ALLOW THIS TO WHATEVER RELEVANCE IT HAS SINCE I AM NOT SURE -- IT

10:30:32 20   WILL BE BROUGHT OUT ON CROSS, I AM GOING TO LET MR. ROY SOME

10:30:36 21   LATITUDE ON CROSS.  GO AHEAD.

10:30:38 22             MR. SMITH:  THANK YOU, YOUR HONOR.

10:30:40 23             IF WE COULD SEE SLIDE NO. 47, PLEASE.

10:30:48 24             THE COURT:  AND I UNDERSTAND THAT THIS WITNESS DID NOT, IS

10:30:50 25   NOT AN EXPERT IN LIDAR, HE USED THE INFORMATION THAT THE GOVERNMENT

10:30:55 1  HAD REFERENCED THE LIDAR, TO GIVE A GENERAL CONFIGURATION OF THE

10:31:03 2  LEVEES BASED ON THAT DATA AND THAT'S WHAT THAT CURVE REPRESENTS.

10:31:06 3        MR. SMITH:  YES, YOUR HONOR.  HE NEEDED TO HAVE LEVEE

10:31:09 4  CREST ELEVATION TO CALCULATE OVERTOPPING FLOW.  AND THAT'S BEEN

10:31:12 5  CALLED INTO QUESTION AND THAT'S ALL WE'RE TRYING TO DO IS ESTABLISH

10:31:15 6  HOW HIS TABLE COMPARES TO THE LIDAR DATA THAT HE RELIED ON IN

10:31:20 7  COMPILING TABLE NO. 3.

10:31:21 8        THE COURT:  I AM GOING TO ALLOW IT, GO AHEAD.

10:31:24 9        MR. SMITH:  CAN WE SEE SLIDE NO. 47, PLEASE.

10:31:45 10       THE COURT:  ARE WE HAVING A TECHNICAL DIFFICULTY?

10:31:49 11       MR. SMITH:  I THINK WE'RE TRYING TO FIND IT, WE MUST HAVE

10:31:52 12 LOST IT AT THE BREAK.  WE'RE NOT SURE, I GUESS WE ARE HAVING A

10:32:07 13 TECHNICAL PROBLEM.

10:32:09 14       THE COURT:  DO WE NEED, STEVE?  DO WE NEED OUR TECHNICAL

10:32:13 15 PEOPLE?

10:32:15 16       MR. SMITH:  APPARENTLY WE ARE NOT GETTING IT FROM OUR

10:32:18 17 MACHINE TO THE SYSTEM.

10:32:19 18       THE COURT:  WE'LL GET STEVE.

10:32:32 19       MR. O'DONNELL:  I'M NOT GETTING ANYTHING OVER HERE EITHER,

10:32:35 20 YOUR HONOR.

10:32:49 21       THE COURT:  IT'S AMAZING HOW THAT HAPPENS -- WE'RE UP.  IT

10:32:58 22 LOOKS LIKE WE'RE UP.

10:32:58 23       THE DEPUTY CLERK:  WAS IT THE CORD LOOSE OR SOMETHING?

10:32:59 24 THAT'S WHAT HAPPENED, DOWN THERE.

10:33:00 25       THE COURT:  THAT'S WHAT I FIGURED.  WE GOT IT, WE CAN CALL

10:33:03 1    AND CANCEL STEVE, CANCEL THE CAVALRY.

10:33:09 2            MR. O'DONNELL:  WE DON'T HAVE ANYTHING ON OUR SCREEN, YOUR

10:33:12 3    HONOR.  WE'RE HAPPY TO WAIT TO THE LUNCH HOUR, WITH GLASSES I CAN

10:33:16 4    SEE IT.

10:33:17 5            THE COURT:  HOLD ON, LET ME STEP OUT FOR A SECOND.  CAN WE

10:33:32 6    PROCEED?

10:33:34 7            MR. O'DONNELL:  ABSOLUTELY, YOUR HONOR.

10:33:36 8            THE COURT:  OKAY.  YOU MAY PROCEED, SIR.

10:33:42 9    BY MR. SMITH:

10:33:43 10   Q.  DR. RESIO, DID YOU COMPARE YOUR COMPILATION IN TABLE 3, THE

10:33:48 11   LEVEE CREST ELEVATIONS TO THE LEVEE CREST ELEVATIONS THAT YOU

10:33:52 12   OBTAINED FROM THE LIDAR DATA?

10:33:54 13   A.  YES, JUST TO MAKE SURE THEY WERE CONSISTENT.

10:33:58 14   Q.  AND DID YOU FIND -- WHAT KIND OF CONSISTENCY DID YOU FIND WHEN

10:34:01 15   YOU MADE THAT COMPARISON?

10:34:03 16   A.  WELL, IN SPITE OF THE FACT THAT I WAS TRYING TO BE REASONABLY

10:34:07 17   ACCURATE, IT LOOKS LIKE I WAS SLIGHTLY HIGH.  MY VALUES IN THE

10:34:12 18   TABLE, IF YOU CONVERT ALL OF THE VALUES IN THOSE TABLES ASSUMING

10:34:19 19   THAT THERE'S ONE COLUMN THAT HAS 25 PERCENT TIDAL, ANOTHER COLUMN

10:34:26 20   THAT HAS ANOTHER 25 PERCENT OF THEM AND THE MIDDLE COLUMN HAS 50

10:34:30 21   PERCENT, IF YOU DO THE CONVERSION WITH A PROPER -- IF YOU DO A

10:34:38 22   CONVERSION WITH A PROPER MATHEMATICAL FORM, YOU END UP WITH THE RED

10:34:44 23   LINE ON HERE THAT COMPARES TO THE RED LINE -- I'LL MARK IT AND

10:34:51 24   COMPARE IT, THIS IS THE LINE THAT WAS JUST FROM THE LIDAR.

10:34:55 25           AND WHAT YOU CAN DO FOR ANY LEVEL, FOR EXAMPLE, AT 16 FEET

10:35:00  1    IT LOOKS LIKE I'M PROBABLY A FOOT TOO HIGH.  IF YOU BELIEVE THAT

10:35:05  2    THERE'S NO FLOOD WALLS AND THINGS UP THAT HIGH.  IF YOU GO UP TO THE

10:35:12  3    17 FEET, WHICH WOULD BE FOLLOWING UP RIGHT HERE, YOU WOULD BE

10:35:17  4    SOMEWHERE RIGHT IN THE MIDDLE HERE (INDICATING).  YOU SEE I'M

10:35:20  5    PROBABLY ABOUT A HALF FOOT MAYBE LESS THAN HALF FOOT TOO HIGH.

10:35:23  6          AND AT 18 FEET YOU CAN FOLLOW THE LINE UP THERE AND YOU

10:35:27  7    CAN SEE I'M PROBABLY ABOUT THREE QUARTERS OF A FOOT HIGH, SEVEN

10:35:33  8    TENTHS OF A FOOT HIGH.

10:35:35  9          SO IT'S JUST SHOWING THAT THERE ARE SOME SMALL ROUND OFF

10:35:38 10    ERRORS IN WHAT I DID BECAUSE I WAS DOING IT BY HAND, BUT IT DOESN'T

10:35:42 11    DISTORT THE DATA TOO BADLY, IT JUST ADDS A LITTLE BIT OF HEIGHT

10:35:47 12    INADVERTENTLY TO THOSE LEVEES THAT I WAS WORKING WITH.

10:35:52 13    Q.  AND YOU USED THESE CREST ELEVATIONS, I THINK AS WE SAW IN

10:35:58 14    TABLE 3, TO COMPUTE OVERTOPPING RATES AT VARIOUS POINTS ALONG THE

10:36:01 15    LEVEE.  I WONDER IF YOU COMPARED THE OVERTOPPING RATES THAT YOU

10:36:09 16    CALCULATED USING COULWAVE WITH THE OVERTOPPING RATES THAT WERE

10:36:10 17    CALCULATED BY THE DUTCH EXPERTS USING SOBEK?

10:36:17 18    A.  YES, I DID.

10:36:18 19    Q.  AND DO WE HAVE A TABLE THAT SHOWS THAT COMPARISON?

10:36:20 20    A.  YES.  IT'S SHOWING NOW.  AND WHAT WE SEE, THE MAXIMUM

10:36:26 21    OVERTOPPING RATES ON THE Y AXIS IN CUBIC FEET PER SECOND PER FOOT;

10:36:32 22    THE ELEVATION OF THE LEVEE CREST ON THE X AXIS, AGAIN THAT'S JUST

10:36:38 23    FEET AND THAT'S NAVD88 2004.65 DATUM.  AND WHAT YOU SEE IS THAT BOTH

10:36:49 24    OF THESE POINTS CAME FROM REACH 1, AROUND THE CURVE THAT'S THE DUTCH

10:36:53 25    VERY HIGH VALUES OF ABOUT 35 CUBIC FEET PER SECOND AND NEAR PARIS

10:36:59 1   ROAD.  AND MY ESTIMATE IS ABOUT 39 CUBIC FEET PER SECOND, BUT I HAVE

10:37:03 2   A LITTLE BIT LOWER ESTIMATED CREST ELEVATION THERE.

10:37:07 3           IN GENERAL, YOU CAN GO INTO THE DETAILS OF THIS, BUT IN

10:37:11 4   GENERAL WHERE WE COMPARED COMPARABLE LEVEE ELEVATIONS UNDER

10:37:15 5   COMPARABLE FORCING, OUR OVERTOPPING RATES WERE EXTREMELY AGREEABLE.

10:37:22 6   Q.  NOW, IS THERE A DIFFERENCE BETWEEN THE WAY COULWAVE CALCULATES

10:37:27 7   OVERTOPPING RATES --

10:37:29 8           THE COURT:  LET ME ASK HIM A QUESTION ON THAT.

10:37:32 9           THE WITNESS:  CERTAINLY.

10:37:32 10          THE COURT:  YOU SAID BASICALLY, ALTHOUGH THERE ARE

10:37:36 11  DIFFERENCES, WHEN THE LEVEE ELEVATIONS WERE CLOSE OR IDENTICAL THE

10:37:43 12  RESULTS WERE MORE COMPARABLE?

10:37:45 13          THE WITNESS:  THAT'S CORRECT.

10:37:46 14          THE COURT:  AND SO A LOT OF IT WOULD BE TO MEASURE THE

10:37:51 15  TRUE ACCURACY WOULD BE WHOSE ELEVATION RATES ARE BETTER; IS THAT

10:37:56 16  FAIR?

10:37:57 17          THE WITNESS:  I AGREE.

10:37:57 18          THE COURT:  OKAY.  THANK YOU.  GO AHEAD, SIR.

10:38:00 19  BY MR. SMITH:

10:38:01 20  Q.  IS THERE A DIFFERENCE IN THE WAY COULWAVE CALCULATES OVERTOPPING

10:38:05 21  FLOW FROM THE WAY SOBEK, THE MODEL USED BY THE DUTCH EXPERTS, MODELS

10:38:09 22  OVERTOPPING FLOW?

10:38:10 23  A.  THERE'S ONE IMPORTANT DIFFERENCE AND THAT IS THE DUTCH MODEL DID

10:38:14 24  NOT HAVE ANY WAVES IN IT.  IF YOU RECALL FROM THEIR TESTIMONY, THE

10:38:20 25  DUTCH MODEL WAS FOR ONLY STILL WATER OVERTOPPING.  THE COULWAVE HAD

10:38:25  1    WAVE EFFECTS AND STILL WATER OVERTOPPING.  REALLY WHAT THIS IS

10:38:30  2    SAYING IS THAT PROBABLY THE OVERTOPPING IS DOMINATED BY THE STILL

10:38:35  3    WATER OVERTOPPING WOULD BE MY INTERPRETATION RATHER THAN THE WAVE

10:38:40  4    INFLUENCE ON OVERTOPPING.

10:38:41  5    Q.  SO IN OTHER WORDS, EVEN THOUGH THERE'S A CLOSE CORRELATION IN

10:38:45  6    THE VALUES, ONE SET OF VALUES, THAT IS YOUR SET OF VALUES INCLUDES

10:38:51  7    WAVE CONTRIBUTION TO OVERTOPPING FLOW; THE DUTCH OVERTOPPING FLOW

10:38:56  8    RATES DO NOT INCLUDE WAVE CONTRIBUTION TO OVERTOPPING FLOW, AND YET

10:39:00  9    THOSE RATES, AS CALCULATED BY THE PLAINTIFFS AND BY YOURSELF, ARE

10:39:05 10    ABOUT THE SAME?

10:39:06 11    A.  THAT'S CORRECT.  IT WOULD SUGGEST AT THE TIME OF MAXIMUM, THIS

10:39:10 12    MIGHT NOT BE TRUE AT OTHER TIMES, BUT AT THE TIME OF MAXIMUM, THE

10:39:15 13    ROLL WAVES IN THE OVERTOPPING IS NOT THE DOMINANT TERM.

10:39:24 14    Q.  I WOULD LIKE TO GET INTO WHAT YOU DID DO IN YOUR SUPPLEMENTAL

10:39:29 15    REPORT.  I THINK WE'VE PREVIOUSLY TALKED ABOUT THAT.  THE

10:39:33 16    OVERTOPPING FLOW RATES THAT YOU SEE HERE IN THIS CHART, THESE WERE

10:39:36 17    ALL CALCULATED USING YOUR GENERIC LEVEE PROFILE; IS THAT CORRECT?

10:39:41 18    A.  THAT'S CORRECT.

10:39:41 19    Q.  AND QUESTIONS WERE RAISED ABOUT WHETHER YOUR GENERIC LEVEE

10:39:46 20    PROFILE HAD A GOOD APPLICATION IN THIS CASE GIVEN THE FACT THAT

10:39:53 21    THERE WAS A WIDE RANGE OF LEVEE PROFILES ALONG REACH 2 OF THE MRGO.

10:39:57 22    DO YOU REMEMBER THAT?

10:39:58 23    A.  YES, I DO.

10:39:59 24    Q.  AND I BELIEVE YOU TESTIFIED, CORRECT ME IF I'M WRONG, AT YOUR

10:40:03 25    DEPOSITION, THAT IT WAS YOUR PROFESSIONAL JUDGMENT THAT USING A

10:40:07  1   GENERIC LEVEE PROFILE WOULD GIVE YOU ACCURATE OVERTOPPING RATES FOR

10:40:13  2   THIS APPLICATION; IS THAT CORRECT?

10:40:14  3   A.   THAT'S CORRECT.   WE BELIEVE WE HAD DONE WHAT WAS ADEQUATE FOR

10:40:19  4   THIS PURPOSE.   THE QUESTIONS CAME UP TO THE ADEQUACY.

10:40:23  5   Q.   AND SO DID YOU LOOK AT VARIOUS OTHER FACTORS, VARIATIONS, IF YOU

10:40:28  6   WILL, THAT COULD HAVE AFFECTED YOUR RESULTS CONCERNING OVERTOPPING

10:40:33  7   FLOW?

10:40:34  8          THE COURT:   JUST TO NOTE, THE PLAINTIFFS' OBJECTION TO

10:40:38  9   THIS IS MADE GENERAL AND PRESERVED FOR THE RECORD FOR APPEAL.   GO

10:40:42 10   AHEAD.

10:40:43 11          MR. SMITH:   THANK YOU, YOUR HONOR.

10:40:45 12          THE WITNESS:   YES, I DID.   I LOOKED AT A LOT OF

10:40:48 13   VARIABILITY IN WAVE HEIGHTS.

10:40:51 14          THE QUESTION THAT HAS TO BE OF SOME INTEREST TO EVERYBODY

10:40:55 15   WOULD BE HOW SENSITIVE ARE THE RESULTS TO AN EXACT WAVE HEIGHT, TO

10:41:00 16   AN EXACT WAVE PERIOD, TO AN EXACT LEVEE SLOPE, TO THE TOE ELEVATION,

10:41:05 17   TO THE BANK ELEVATION AND TO THE BERM WIDTH.   AND WE THOUGHT THAT IT

10:41:11 18   WOULD BE BEST TO ADDRESS THIS, TO PROVIDE THAT INFORMATION TO SAY

10:41:14 19   HERE IS WHAT THAT SENSITIVITY IS.   AND, THEREFORE, WE COULD ANSWER

10:41:19 20   THE QUESTIONS THAT HAD BEEN RAISED ABOUT WHETHER THE RUNS, THE

10:41:26 21   GENERIC RUNS WERE VALID.

10:41:28 22   BY MR. SMITH:

10:41:28 23   Q.   AND SO DID YOU THEN -- YOU DID THAT.   AND LET'S LOOK AT SOME OF

10:41:34 24   THE GRAPHS THAT SHOW HOW YOU LOOKED AT EACH ONE OF THOSE FACTORS.

10:41:38 25   A.   RIGHT.   AND HERE YOU SEE IRREGULAR WAVES COMING IN ON TO A BERM

10:41:43 1    AND YOU CAN SEE THAT WE VARIED THE WAVE HEIGHT FROM 0 FEET TO

10:41:51 2    8 FEET, WE VARIED THE WAVE PERIOD FROM FIVE SECONDS TO 16 SECONDS.

10:41:59 3    Q.   AND DID THAT PRODUCE -- I GUESS THE ANSWER IS IT DIDN'T PRODUCE

10:42:01 4    VERY MUCH CHANGE IN YOUR OVERTOPPING RATES?

10:42:04 5    A.   NO, IT PRODUCED SOME CERTAINLY, BUT WE WERE AT -- IT'S IN THE

10:42:08 6    REPORT AND TYPICALLY THE VALUES ARE UP TO ABOUT 20 PERCENT

10:42:13 7    DIFFERENCE BUT IT'S NOT A FACTOR OF 2 OR 100.   IT'S NOT THESE

10:42:16 8    FACTORS THAT WOULD INVALIDATE ANY CONCLUSIONS WE HAD REACHED IN OUR

10:42:20 9    EARLIER STUDY.

10:42:22 10   Q.   LET'S LOOK AT THE NEXT SLIDE.   WHAT PARAMETER DID YOU VARY HERE?

10:42:27 11   A.   OKAY.   THE CHANNEL DEPTH IS REALLY ALL WE'RE SHOWING HERE.   I

10:42:31 12   THINK IF YOU GET TO THE NEXT WE'LL BEGIN TO SEE WHERE WE VARIED --

10:42:36 13   YOU CAN BEGIN TO SEE THAT THERE'S A CHANNEL, THERE'S A BERM AND

10:42:39 14   THERE'S GOING TO BE A LEVEE.   A CHANNEL HERE, A BERM IN HERE, AND A

10:42:44 15   LEVEE IN HERE, WE'RE GOING TO VARY DIFFERENT ATTRIBUTES OF THOSE.

10:42:48 16   Q.   OKAY.   LET'S SEE THE NEXT SLIDE.

10:42:52 17   A.   AND NEXT YOU CAN BEGIN TO SEE THE CREST ELEVATION AS TAKEN TO BE

10:42:57 18   17 AND A HALF FEET.   OF COURSE IT'S ALL RELEVANT, SO AS THE TOE GOES

10:43:01 19   UP AND DOWN -- IT'S THE SAME EQUIVALENT AS CHANGING THE ACTUAL

10:43:04 20   HEIGHT OF THE LEVEE AS WELL WITH DIFFERENT WATER LEVELS, SO IN

10:43:08 21   ESSENCE WE DID NOT REALLY RUN JUST ONE LEVEE HEIGHT.

10:43:16 22   Q.   CAN WE SEE THE NEXT SLIDE.

10:43:19 23   A.   NOW WE SEE WE RAN THE FREEBOARD FROM FOUR FOOT UNDER THE CREST

10:43:23 24   OF THE LEVEE TO TWO FOOT OVER THE CREST OF THE LEVEE -- THE SURGES,

10:43:30 25   I'M SORRY, WE RAN THE SURGES FROM FOOT FOUR FOOT UNDER THE CREST OF

2890

10:43:37 1   THE LEVEE TO TWO FEET OVER, SO THE FREEBOARD WENT FROM FOUR FOOT TO

10:43:40 2   MINUS TWO FEET.

10:43:41 3   Q.   AND WHAT WOULD BE THE NEXT SENSITIVITY STUDY THAT YOU DID?

10:43:44 4   A.   THE NEXT SENSITIVITY STUDY WAS, WELL, WHAT WILL BE THE

10:43:48 5   CONSEQUENCE OF DIFFERENT ELEVATIONS WHEN I COME OUT OF THE CHANNEL

10:43:57 6   AND WHETHER THAT WERE EIGHT FEET AND WE HAD AN EIGHT-FOOT SECTION

10:44:01 7   ALL THE WAY ALONG THE MARSH, THE BERM, AS OPPOSED TO COMING UP AND

10:44:05 8   HAVING A SLOPE GOING UP.  SO WE VARIED THAT FROM ZERO TO FIVE FEET.

10:44:09 9   Q.   AND THEN THE NEXT SENSITIVITY STUDY THAT YOU DID?

10:44:13 10  A.   THAT'S ONE THAT WAS RAISED IN SOME OF THE PRIOR TESTIMONY HERE,

10:44:19 11  AND THAT IS THE LEVEE TOE ELEVATION.  AND WE VARIED THAT FROM FIVE

10:44:24 12  FEET TO NINE FEET, WHICH WE FELT COVERED MOST OF THE DATA THAT WE

10:44:28 13  SAW.

10:44:29 14  Q.   AND WHAT WOULD BE THE NEXT SENSITIVITY STUDY THAT YOU DID?

10:44:35 15  A.   THE NEXT WAS THE BERM WIDTH, WE VARIED IT FROM 125 FEET TO

10:44:41 16  625 FEET.  THE BASE CASE WAS ABOUT 300 FEET IN THIS CASE IF I

10:44:45 17  REMEMBER RIGHT.

10:44:46 18  Q.   AND THEN THE FINAL PARAMETER THAT YOU VARIED?

10:44:50 19  A.   THE LEVEE SLOPES.  THE LEVEE SLOPES FROM ABOUT 1:3 TO 1:7, WE

10:44:58 20  HAD 1:5 FOR OUR BASE CASE.

10:44:59 21  Q.   SO THIS WOULD BE THE FACE OF THE LEVEE?

10:45:01 22  A.   THAT'S CORRECT.

10:45:02 23  Q.   AND HOW RAPIDLY IT ROSE UP TO THE CREST?

10:45:04 24  A.   THAT'S RIGHT.

10:45:09 25           AND WHAT WE DID FIND IN ALL OF THESE, AS I SAID, THERE IS

10:45:11 1   NOTHING THAT INVALIDATED -- THAT'S THE REASON WE DID THIS IS TO SHOW

10:45:17 2   THAT IT DID NOT INVALIDATE SUCH VARIATIONS AS WE LOOKED AT, DID NOT

10:45:23 3   INVALIDATE OUR CONCLUSIONS IN OUR FIRST REPORT.

10:45:25 4   Q.   NOW, THESE ARE -- THESE VARIATIONS WERE USED TO ASSESS THE

10:45:37 5   VALIDITY OF YOUR OVERTOPPING FLOW RATES THAT WERE SET FORTH IN YOUR

10:45:41 6   INITIAL REPORT, CORRECT?

10:45:43 7   A.   THAT IS CORRECT.

10:45:43 8   Q.   WE'RE GOING TO GET INTO THE MOVIES WHICH MR. ROY HAS OBJECTED

10:45:50 9   TO, YOUR HONOR.   THESE ARE ONLY ATTEMPTING TO SHOW FLOW OVER A LEVEE

10:45:56 10  THAT HAS A VARYING CREST ELEVATION.   THE LEVEE PROFILE IN THIS

10:46:02 11  MOVIE, THERE'S THREE DIFFERENT VIEWS, BASICALLY ONE DEMONSTRATION.

10:46:06 12  IT'S GOING TO SHOW A VIEW FROM LOOKING AT THE FACE OF THE LEVEE,

10:46:10 13  ANOTHER VIEW FROM THE BACK OF THE LEVEE, AND THEN ANOTHER VIEW FROM

10:46:13 14  THE TOP.

10:46:13 15        THE COURT:   THE COURT WILL FOCUS ONLY ON THE OVERTOPPING

10:46:16 16  RATHER THAN ANY SIMULATED DEGRADATION THAT OCCURS AS A RESULT OF THE

10:46:22 17  OVERTOPPING.

10:46:22 18        MR. SMITH:   THANK YOU, YOUR HONOR.   CAN WE SEE THE FIRST

10:46:24 19  VIEW, PLEASE.

10:46:30 20        THE WITNESS:   FROM THE HYDRODYNAMIC FORCING, REALLY WHAT

10:46:33 21  WE'RE LOOKING AT HERE IS A COUPLE OF DIFFERENT -- WE'RE LOOKING AT

10:46:35 22  THE FACT THAT MOST LEVEES ARE PRECRENULATED.   WHEN THE WATER GOES

10:46:40 23  OVER, IT ALWAYS IS GOING TO GO OVER THE LOW SPOT FIRST, THE DURATION

10:46:45 24  OF THE OVERFLOW AT THOSE PLACES IS GOING TO BE LONGER, AND

10:46:48 25  EVERYTHING THAT YOU SEE IS GOING TO BE EXACERBATED MUCH MORE --

10:46:52 1           THE COURT:  DO WE NEED THE LITTLE ARROWS?

10:46:55 2           THE WITNESS:  I'M SORRY.  SO SORRY.

10:46:56 3           THE COURT:  THANK YOU, SIR.  I'M SORRY TO INTERRUPT YOU.

10:46:59 4   GO AHEAD.

10:46:59 5           THE WITNESS:  THAT'S OKAY.  AND THAT'S ALL IT'S SHOWING IS

10:47:02 6   THAT THIS TYPE OF A PROCESS, ALL OF THESE THINGS EXACERBATE THE

10:47:11 7   FORCING.  I HAD NO COMMENT ON THE RESPONSE AT THE LOW PLACES IN THE

10:47:19 8   LEVEE.

10:47:24 9   BY MR. SMITH:

10:47:24 10  Q.  AND FROM THIS VIEW WE CAN SEE THAT THE FLOW OVER THE BACK OF THE

10:47:27 11  LEVEE --

10:47:27 12  A.  RIGHT, WE CAN SEE THE FLOW AND YOU CAN SEE IT'S LONGER AND MORE

10:47:31 13  OF IT, AND PROBABLY THE OVERTOPPING RATES ARE CONSIDERABLY WORSE AND

10:47:38 14  LONGER IN THIS VIEW.  I THINK WE CAN PROBABLY GO ON, IT'S NOTHING.

10:47:41 15  Q.  SHOULD WE JUST DISPENSE ON THE OVERHEAD VIEW?

10:47:44 16  A.  JUST SKIP THAT, YES, PLEASE.

10:47:44 17  Q.  LET'S JUST DISPENSE WITH THAT.

10:47:56 18           NOW, YOU MENTIONED HOW THE VARIATION IN LEVEE CREST

10:47:58 19  ELEVATION AND THE FREEBOARD VARIATION AFFECTS THE DURATION OF

10:48:04 20  OVERFLOW AND THE RATE OF OVERFLOW.  I WONDER IF YOU COMPARED THAT TO

10:48:09 21  ESTABLISHED THRESHOLDS THAT ARE USED FOR EVALUATING DAMAGE TO

10:48:18 22  LEVEES?

10:48:18 23  A.  YES, WE DID, JUST FOR REFERENCE.  AGAIN --

10:48:21 24  Q.  CAN WE SEE THAT TABLE THAT YOU USED?

10:48:24 25  A.  YES.

10:48:24 1    Q.  WHAT DOES THIS TABLE REPRESENT?  I THINK WE'VE ALREADY HEARD

10:48:28 2    TESTIMONY AS TO THIS, BUT IT'S JUST FOR THE COURT'S REFERENCE.

10:48:31 3    A.  THIS IS JUST GENERALLY ACCEPTED INTERNATIONAL STANDARDS FOR

10:48:36 4    DIFFERENT DAMAGE THRESHOLDS, THE START OF THE DAMAGE AND THE MAJOR

10:48:40 5    DAMAGE THRESHOLDS ACCEPTED IN DIFFERENT DESIGN GROUPS AROUND THE

10:48:46 6    WORLD.

10:48:47 7    Q.  I BELIEVE MR. EBERSOLE ALREADY TESTIFIED AND CALLED ATTENTION TO

10:48:53 8    THE FACT THAT THE ARMY CORPS OF ENGINEERS' THRESHOLD IS A, I THINK

10:48:57 9    HE DESCRIBED IT AS A MORE CONSERVATIVE THRESHOLD, IT'S SLIGHTLY

10:49:00 10   LOWER THAN THE THRESHOLD USED BY THE EUROPEANS AND BY THE JAPANESE

10:49:04 11   AS WELL?

10:49:05 12   A.  THAT'S CORRECT.

10:49:06 13   Q.  I WOULD LIKE TO COMPARE THESE THRESHOLDS TO THE OVERTOPPING

10:49:11 14   RATES THAT YOU CALCULATED IN A SERIES OF HYDROGRAPHS, AND IF YOU

10:49:17 15   COULD EXPLAIN TO THE COURT WHAT WE SEE HERE.  THIS IS A OVERTOPPING

10:49:19 16   RATE FOR LEVEE CREST ELEVATION OF 14 AND A HALF FEET.

10:49:22 17   A.  RIGHT.  SOMETIMES THE BEST WAY TO LOOK AT THIS IS TO ACTUALLY

10:49:26 18   RUN THE GENERIC CREST ELEVATION AT DIFFERENT HEIGHTS AND THEN SAY,

10:49:33 19   WELL, OKAY.  HOW MUCH DO I GET AT 14-FOOT FEET, SOME OTHER HEIGHT

10:49:37 20   AND THINGS.  SO HERE WE SEE ON THE BOTTOM AXIS IT'S JUST TIME AND WE

10:49:43 21   DID CONVERT IT TO THE LOCAL --

10:49:47 22             THE COURT:  I APPRECIATE THAT.

10:49:48 23             THE WITNESS:  IT WAS A CONVERSION, I HAVE TO ADMIT.  AND

10:49:52 24   ON THE Y AXIS WE DO HAVE THE OVERTOPPING RATES IN THE SAME UNITS

10:49:57 25   THAT WE'VE BEEN TALKING ABOUT HERE, WHICH IS CUBIC FEET PER SECOND

10:50:01 1  PER FOOT.  AND YOU CAN SEE THAT THE DAMAGE THRESHOLDS ARE PAST, AND

10:50:10 2  IF YOU'RE LOOKING AT THEM, AT FIVISH IN THIS MORNING.

10:50:12 3  BY MR. SMITH:

10:50:12 4  Q.  THAT'S THE GREEN AND THE RED DOTTED LINES AT THE BOTTOM?

10:50:17 5  A.  THAT'S CORRECT, THAT'S CORRECT.

10:50:17 6  Q.  AND THE LOWER LINE WOULD BE THE THRESHOLD FOR ONSET OF DAMAGE?

10:50:21 7  A.  CORRECT.  I AM NOT GOING TO MAKE ANY COMMENTS OF WHAT WOULD

10:50:23 8  HAPPEN, BUT I AM JUST POINTING OUT THAT WHEN WE'RE LOOKING AT THIS

10:50:30 9  AND IT WOULD PERSIST TO ABOUT TEN IN THE MORNING.  THIS IS FOR A

10:50:30 10  VERY LOW LEVEE SECTION OF 14.5 FEET.

10:50:33 11  Q.  LET'S COMPARE THIS TO A HIGHER LEVEE OF 16 FEET.

10:50:37 12  A.  OKAY.  AND --

10:50:43 13      THE COURT:  SO WE'RE AGREEING AT THE PEAK TIME WE'RE

10:50:49 14  GETTING, THE OVERTOPPING RATE WOULD BE -- DON'T LET ME STATE IT.

10:50:55 15      THE WITNESS:  IS ABOUT, I WOULD SAY A LITTLE OVER NINE

10:50:57 16  CUBIC, MAYBE 9.3 CUBIC FEET PER SECOND PER FOOT, INTERPOLATING HERE

10:51:07 17  BETWEEN 9 AND 10.

10:51:08 18      THE COURT:  ALL RIGHT.

10:51:09 19      THE WITNESS:  AND YOU CAN ALSO SEE THAT THE PASSING THE

10:51:12 20  THRESHOLD IS DELAYED A LITTLE BIT AND IT'S DELAYED FROM FIVE TO

10:51:18 21  ABOUT MAYBE 5:20 AND IT ALSO COMES BACK DOWN A LITTLE BIT EARLIER.

10:51:24 22  THIS IS, AGAIN, FOR JUST EVERYTHING ELSE IS THE SAME, THE WAVES THE

10:51:29 23  SURGES, EVERYTHING IS THE SAME, IT'S JUST THE EFFECT OF CHANGING THE

10:51:32 24  LEVEE ELEVATION.

10:51:33 25      THE COURT:  JUST TO LOOK AT THE 16-FOOT LEVEE AT, LET'S

10:51:37 1  SAY, SIX O'CLOCK JUST SO WE MAKE SURE WE UNDERSTAND EVERY ASPECT OF

10:51:42 2  THIS.

10:51:42 3          THE WITNESS:  OKAY.

10:51:43 4          THE COURT:  AT SIX O'CLOCK, WHAT WAS THE OVERTOPPING RATE?

10:51:46 5          THE WITNESS:  IT LOOKS LIKE TWO CUBIC FEET PER SECOND PER

10:51:49 6  FOOT.

10:51:50 7          THE COURT:  OKAY.  AND HOW LONG FROM SIX O'CLOCK -- WHAT

10:51:55 8  IS THE TOTAL TIME OF OVERTOPPING AS SHOWN ON THIS GRAPH FROM THE

10:51:59 9  BEGINNING OF OVERTOPPING TO THE END?

10:52:01 10         THE WITNESS:  WELL, LET ME TAKE A PARTICULAR -- LET ME

10:52:04 11 JUST TAKE THE RED LINE BECAUSE THAT'S ON HERE.

10:52:04 12         THE COURT:  ALL RIGHT.

10:52:06 13         THE WITNESS:  IT LOOKS LIKE IT BEGINS AT ABOUT IN THIS

10:52:09 14 CASE LET'S SAY 5:15, FOR SIMPLICITY, AND PERSISTS UNTIL 915, AGAIN

10:52:15 15 FOR SIMPLICITY, THAT WOULD BE --

10:52:17 16         THE COURT:  THAT WOULD BE APPROXIMATELY FOUR HOURS OF

10:52:19 17 OVERTOPPING?

10:52:20 18         THE WITNESS:  THAT'S CORRECT.

10:52:21 19 BY MR. SMITH:

10:52:21 20 Q.  I THINK THE JUDGE ASKED JUST A SLIGHTLY DIFFERENT QUESTION.

10:52:24 21 A.  OH, I'M SORRY.

10:52:25 22 Q.  HE WANTS TO KNOW WHEN THE ONSET OF OVERTOPPING, NOT WHEN THE

10:52:28 23 THRESHOLDS ARE CROSSED, CAN YOU TELL THAT FROM THIS CHART?

10:52:30 24 A.  IT'S HARD BECAUSE THERE'S -- I MEAN, ONCE THE WAVES, AN

10:52:35 25 INDIVIDUAL WAVE WILL RUN UP AND GO OVER, IT MAY HAVE AN

10:52:40 1   INCONSEQUENTIAL AMOUNT OF WATER, BUT YOU BEGIN --

10:52:44 2   Q.  WE ARE NOT ASKING YOU FOR CONSEQUENCES HERE, WE'RE JUST ASKING

10:52:48 3   YOU:  CAN YOU TELL US FROM YOUR COULWAVE MODEL WHEN OVERTOPPING

10:52:52 4   BEGINS?  EVEN IF IT'S INCONSEQUENTIAL AND JUST EPHEMERAL.

10:52:56 5   A.  NOT PLOTTED AT THIS SCALE, I CAN'T LOOK AT THE VERY LOW NUMBERS

10:53:00 6   VERY WELL.  IF I HAD MY FILE, YES, I COULD TELL YOU THAT WE HAVE

10:53:03 7   THIS VALUE; BUT ON THIS SCALE, I CAN'T DO THAT.

10:53:06 8           THE COURT:  ALL RIGHT.  THANK YOU, SIR.

10:53:07 9   BY MR. SMITH:

10:53:13 10  Q.  BUT CERTAINLY WHEN YOU BEGIN TO SEE YOUR BLACK LINE RAISE UP OFF

10:53:13 11  THE BASELINE, THAT WOULD INDICATE WHEN OVERTOPPING BEGINS?

10:53:15 12  A.  THAT'S CORRECT.

10:53:16 13  Q.  YOU CAN'T BE PRECISE BECAUSE THE SCALE HERE IS NOT --

10:53:18 14  A.  THAT'S RIGHT.  IT LOOKS TO ME LIKE YOU GET AWAY FROM THE ZERO AT

10:53:24 15  ABOUT 4:30 BUT IT'S HARD TO INTERPOLATE AT THIS PLOTTING SCALE.

10:53:29 16  Q.  IF WE CAN LOOK AT THE NEXT GRAPH.  I THINK WE RAISED THE

10:53:32 17  ELEVATION TO 18 AND A HALF FOOT, AND THERE WERE SOME LEVEES, I

10:53:35 18  BELIEVE, WE SAW IN THE LIDAR DATA THAT WERE THIS HIGH.

10:53:39 19  A.  THAT'S CORRECT.  AND WHAT WE SEE HERE IS THE SAME TENDENCY WE

10:53:44 20  HAVE SEEN IN THE OTHERS, WE NOW HAVE THE PEAK RATHER THAN BEING OVER

10:53:50 21  NINE FEET PER SECOND PER FOOT WE'RE NOW DOWN TO ABOUT 2.2 MAYBE FEET

10:53:58 22  PER SECOND PER FOOT.  AND WE ONLY PASS THIS RED LINE AT ABOUT SIX IN

10:54:04 23  THE MORNING AND WE DO COME BACK UNDER IT ABOUT 8:30.

10:54:09 24  Q.  AND JUST TO EMPHASIZE A POINT THAT I THINK HAS BEEN MADE

10:54:13 25  PREVIOUSLY, THIS IS BASED UPON AN ASSUMPTION THAT THERE'S NO LEVEE

10:54:16 1    CREST DEGRADATION?

10:54:17 2    A.   THAT'S CORRECT.

10:54:18 3    Q.   THIS ASSUMES THAT THE LEVEE REMAINS INTACT AT 17 -- IN THIS

10:54:21 4    CASE, AT 18 AND A HALF FEET -- FOR THE ENTIRE TIME IT'S BEING

10:54:24 5    OVERTOPPED, THAT'S WHEN THESE THRESHOLDS ON THE BACK SIDE WOULD BE

10:54:27 6    REACHED?

10:54:27 7    A.   THAT'S CORRECT.   THERE'S NO DEGRADATION IN THIS CHART.

10:54:30 8    Q.   JUST TO PUT THOSE LAST THREE ON A SINGLE PLOT JUST SO WE CAN SEE

10:54:35 9    HOW THEY COMPARE BECAUSE YOU CHANGED YOUR Y AXIS SCALING, IF WE

10:54:39 10   COULD JUST SEE THE NEXT SLIDE AND SEE HOW CHANGING THE LEVEE CREST

10:54:43 11   ELEVATION VARIES DRAMATICALLY THE OVERTOPPING RATES.

10:54:46 12   A.   YES.   AND I DO WANT TO POINT OUT THAT I INADVERTENTLY PUT 16 AND

10:54:52 13   A HALF FEET ON HERE RATHER THAN 16 FEET.

10:54:55 14              THE COURT:   THANK YOU.

10:54:57 15              THE WITNESS:   BUT IN GENERAL, THIS IS A VERY NICE WAY TO

10:55:00 16   LOOK AT WHAT THE CONSEQUENCES OF LEVEE ELEVATION ARE ON OVERTOPPING

10:55:05 17   RATES IN THIS AREA.   AND YOU CAN -- IF YOU WANT TO SAY WHAT IT IS

10:55:09 18   FOR 17 AND A HALF, YOU CAN LOOK THAT IT'S GOING TO BE SOMEWHERE

10:55:13 19   BETWEEN THESE.   IF YOU WANT TO LOOK WHAT IT'S GOING TO BE FOR

10:55:17 20   20 FEET, YOU KNOW IT'S GOING TO BE UNDERNEATH THE BLUE LINE HERE

10:55:21 21   (INDICATING).

10:55:21 22   BY MR. SMITH:

10:55:21 23   Q.   AND, IN FACT, WE DO WANT TO LOOK AT 17 AND A HALF FEET BECAUSE

10:55:25 24   17 AND A HALF FEET HAS SOME SIGNIFICANCE IN THIS CASE AS THE DESIGN

10:55:29 25   ELEVATION OF THE REACH 2 LEVEES.

COULD WE LOOK AT WHAT YOUR CALCULATIONS FOR OVERTOPPING

RATE WOULD BE AT A 17 AND A HALF FOOT LEVEE IN THE KATRINA REAL RUN,

YOUR SCENARIO 1?

A.   OKAY.   YOU CAN SEE WE REACH A PEAK OF ABOUT 3.6 CUBIC FEET PER

SECOND PER FOOT.   WE PASS THE MAJOR DAMAGE THRESHOLD AT ABOUT

FIVE -- WELL, I'LL JUST CALL IT 5:45, IT'S A LITTLE BEFORE THAT

ACTUALLY, AND WE COME BACK DOWN AT ABOUT 8:45.   SO WE'RE ABOVE IT

FOR A SUBSTANTIAL A TIME, SEVERAL HOURS.

Q.   AND CAN WE LOOK AT WHAT THE PROFILE WOULD BE IF WE HAD THE MRGO

AS DESIGNED WITH THE 1956 WETLANDS IN PLACE?

A.   YES, WE DID THAT.   AND YOU CAN SEE THAT NOW WE'RE AT ABOUT 2.6,

IT'S A LITTLE BIT LOWER, 2.6 CUBIC FEET PER SECOND PER FOOT.   AND WE

DON'T EXCEED THE RED LINE UNTIL A LITTLE BEFORE SIX AND WE GO BACK

UNDER IT AT ABOUT 8:30.

Q.   AND I WONDER IF WE COULD LOOK AGAIN AT THIS IN OUR SCENARIO,

THAT IS THE UNITED STATES' SCENARIO 3 WHICH HAS NO MRGO AND THE 1956

WETLANDS IN PLACE.

A.   RIGHT.   IN THIS CASE YOU SEE THAT WE HAVE A, SIMILAR TYPES OF

NUMBERS, 2.6 CUBIC FEET PER SECOND PER FOOT.   AGAIN, 5:45 WE'RE

CROSSING THE RED LINE ON THE WAY UP AND 8:30 WE'RE CROSSING IT ON

THE WAY DOWN.

Q.   SO, IN FACT, IT CROSSES THOSE THRESHOLDS A LITTLE BIT EARLIER

WITHOUT THE CHANNEL THAN WITH THE CHANNEL?

A.   YES, IT DOES SLIGHTLY, SLIGHTLY.   ALMOST THE SAME TIME BUT

SLIGHTLY.

10:57:38  1    Q.  NOW, I WONDER IF YOU PLOTTED ON A GRAPH THIS DURATION, BECAUSE

10:57:41  2    WE WERE LOOKING AT DURATION, WE'VE BEEN COMPARING THE DISTANCE ALONG

10:57:46  3    THE X AXIS FOR DURATION, BUT I THINK YOU HAVE ANOTHER GRAPH WHICH

10:57:51  4    SHOWS A DIFFERENT VIEW OF DURATION AT THESE THRESHOLDS?

10:57:54  5    A.  RIGHT.  THIS IS JUST TRYING TO PUT ENOUGH INFORMATION TO DISTILL

10:57:59  6    IT TO A SINGLE CHART.  AND THAT IS WE NOW HAVE ALL OF THE LEVEE

10:58:04  7    ELEVATIONS ON ONE CHART, ALL OF THEM BETWEEN ABOUT 14 AND A HALF TO

10:58:13  8    20 ON THE X AXIS.

10:58:15  9              AND WE HAVE THE DURATION ONE LINE, THE TOP LINE HERE SHOWS

10:58:19 10    THE DURATION ABOVE WHAT WE WOULD CALL THE INITIATION OF DAMAGE

10:58:25 11    THRESHOLD AND THE BOTTOM LINE IS THE MAJOR DAMAGE THRESHOLD.  AND

10:58:31 12    YOU CAN SEE AT 15 FEET THAT IT'S ALMOST FIVE HOURS, 300-MINUTES IS

10:58:39 13    ABOUT FIVE HOURS SLIGHTLY.

10:58:39 14              THE COURT:  EXACTLY.

10:58:45 15              THE WITNESS:  I'M SORRY?

10:58:45 16              THE COURT:  THAT'S EXACTLY FIVE HOURS.

10:58:46 17              THE WITNESS:  YEAH, SLIGHTLY, IT'S NOT QUITE AT 300.

10:58:49 18              THE COURT:  OH, I'M SORRY.

10:58:50 19              THE WITNESS:  SO IT'S LIKE 295 OR SOMETHING SO I DID.

10:58:54 20              THE COURT:  SLIGHTLY LESS FIVE MINUTES LESS OR SO.

10:58:58 21              THE WITNESS:  RIGHT, RIGHT.

10:58:58 22              THE COURT:  OKAY, GOTCHA.

10:59:04 23              THE WITNESS:  AND IF IT WENT UP TO 18 IT WOULD BE, IF

10:59:04 24    YOU'RE AT 18 YOU WOULD SEE IT WOULD BE MAYBE 160 WHICH IS GOING TO

10:59:13 25    BE BETWEEN 2 AND 3 HOURS, A LITTLE OVER TWO AND A HALF HOURS.

10:59:17 1          THE COURT:  IF WE, AND WE MAY NOT HAVE ANALYZED THIS.  IF

10:59:22 2  YOU USE THE DUTCH HYDROGRAPHS, WOULD THIS VARY, WOULD THIS CHART.

10:59:32 3          THE WITNESS:  YES, IT WOULD.

10:59:33 4          THE COURT:  AND JUST BRIEFLY, WITHOUT -- IN GENERAL HOW

10:59:36 5  WOULD IT BE DIFFERENT?

10:59:37 6          THE WITNESS:  I DON'T THINK -- WE WOULD STILL PASS ALL OF

10:59:40 7  THE THRESHOLDS BECAUSE WE'VE SEEN THEIR OVERTOPPING RATES ARE

10:59:44 8  SIMILAR TO OURS, THERE WOULD JUST BE LESS OF A DURATION THAT IT

10:59:48 9  WOULD BE ABOVE IT, SO I WOULD ASSUME THAT THAT WOULD BE REFLECTED

10:59:51 10 AND THESE LINES WOULD BE SHIFTED LOWER.

10:59:53 11         THE COURT:  ONE OF THE DECISIONS THE COURT WILL HAVE TO

10:59:55 12 MAKE AND I'M SURE THE PARTIES WILL GIVE ME ELOQUENT BRIEFING AS TO

11:00:00 13 WHICH OF THE HYDROGRAPHS I SHOULD USE.  BUT I UNDERSTAND, GO AHEAD.

11:00:03 14         MR. SMITH:  IF IT MATTERS, YOUR HONOR.

11:00:05 15         THE COURT:  OH, I UNDERSTAND.  LET ME SAY THIS, IN THIS

11:00:09 16 OPINION WE'RE GOING TO COVER EVERYTHING NO MATTER WHO WINS OR LOSES.

11:00:13 17 GO AHEAD.

11:00:14 18         MR. SMITH:  ALL RIGHT, YOUR HONOR.

11:00:15 19 BY MR. SMITH:

11:00:15 20 Q.  I WONDER IF WE COULD JUST SUM UP FOR THE COURT BRIEFLY YOUR

11:00:19 21 PRINCIPLE CONCLUSIONS THAT YOU REACHED, THEY WERE THREE I THINK IN

11:00:24 22 NUMBER?

11:00:24 23 A.  THAT'S CORRECT.  AND JUST TO AGAIN --

11:00:28 24 Q.  RESTATE THEM, PLEASE.

11:00:30 25 A.  I'LL RESTATE THEM.  FIRST, TO ME I THINK IT'S CLEAR THAT WAVES

11:00:35 1   SHOULD ONLY BE INCREASING BY ABOUT A FOOT ACROSS A 1500-FOOT

11:00:44 2   DISTANCE WITH A 90-MILE PER HOUR WIND.

11:00:48 3         SECOND, THESE WAVES REALLY DO BECOME DEPTH LIMITED AND THE

11:00:53 4   NUMBERS THAT PEOPLE HAVE BEEN USING .4 TIMES THE DEPTH TO ABOUT .5

11:00:59 5   TIMES THE DEPTH ARE CONSISTENT WITH WHAT I'VE SEEN IN MODELS AND

11:01:04 6   FLUME EXPERIMENTS, SO I DON'T DISPUTE THAT WITH THEM.

11:01:08 7         AND THIRD, THE OVERTOPPING FLOW ALONG REACH 2 LEVEES

11:01:15 8   VASTLY EXCEEDED THE MAJOR DAMAGE THRESHOLDS FOR ALL OF THE

11:01:19 9   SCENARIOS.

11:01:20 10  Q.  THEN I WONDER IF WE COULD JUST FOCUS ON OVERTOPPING FLOW AND

11:01:24 11  SOME OF YOUR CONCLUSIONS WITH RESPECT TO OVERTOPPING?

11:01:26 12  A.  OKAY.  FIRST, OVERTOPPING RATES ARE EXTREMELY SENSITIVE TO

11:01:31 13  FREEBOARD.  IT'S A CRITICAL ISSUE HERE, YOU KNOW, WHAT'S THE

11:01:37 14  DISTANCE BETWEEN THE SURGE HEIGHT AND THE CREST OF THE LEVEE.

11:01:44 15        SECOND, THE ESTIMATED OVERTOPPING RATES IN ALL OF THE

11:01:46 16  SCENARIOS EXCEEDED BY A FACTOR OF TEN THE INTERNATIONAL STANDARDS,

11:01:50 17  SO, YOU KNOW, THAT SURPRISED ME WHEN I STARTED LOOKING AT IT.

11:01:54 18        AND OVERTOPPING BY SURGE WAS THE DOMINANT CONTRIBUTOR TO

11:02:03 19  OVERTOPPING RATES ALONG REACH 2 RATHER THAN HAVING A STRONG WAVE

11:02:05 20  CONTRIBUTION.

11:02:07 21        MR. SMITH:  THANK YOU, DR. RESIO, I HAVE NO FURTHER

11:02:10 22  QUESTIONS AT THIS TIME.

11:02:17 23        THE COURT:  MR. ROY, YOU'RE UP.

11:02:21 24        MR. ROY:  GOOD MORNING.

11:02:22 25                    CROSS-EXAMINATION

──── FINAL DAILY COPY ────

11:02:23  1    BY MR. ROY:

11:02:25  2    Q.  GOOD MORNING, DR. RESIO.

11:02:26  3    A.  GOOD MORNING.

11:02:28  4    Q.  WOULD YOU AGREE WITH ME, SIR, THAT IT'S PROPER WHEN CONSIDERING

11:02:34  5    WAVES APPROACHING REACH 2, IT'S PROPER TO CONSIDER WIND, VEGETATION,

11:02:42  6    AND SO FORTH?  I THINK THAT'S WHAT I HEARD YOU TELL MR. SMITH A FEW

11:02:44  7    MODEMS AGO.

11:02:45  8    A.  I DID, SIR.

11:02:46  9    Q.  THAT IS YOUR OPINION?

11:02:47 10    A.  THAT IS MY OPINION.

11:02:48 11    Q.  THAT HAS NOT CHANGED?

11:02:49 12    A.  THAT HAS NOT CHANGED.

11:02:50 13    Q.  YOU ALSO I BELIEVE SAID THAT -- I'M PARAPHRASING, I APOLOGIZE IF

11:02:55 14    I DON'T GET IT RIGHT, I BET YOU'LL CORRECT ME IF I DON'T -- WAVES

11:02:55 15    HAVE LIMITING HEIGHT FACTORS BASED ON DEPTH OR SOMETHING TO THAT

11:03:03 16    EFFECT?

11:03:03 17    A.  THAT'S CORRECT.

11:03:03 18    Q.  AND YOU DISCUSSED THAT.  BUT THEN YOU SAID THAT THAT CHANGES

11:03:08 19    WHEN YOU ADD WIND, THE WAVES CAN LAST LONGER AND GO FASTER, THEY

11:03:14 20    DON'T DROP QUITE AS FAST WHEN THEY'RE DRIVEN BY A STRONG WIND; ISN'T

11:03:18 21    THAT RIGHT?

11:03:22 22    A.  I DIDN'T MEAN TO IMPLY THAT -- I HAVE TO BE CAREFUL WHEN I'M

11:03:26 23    SAYING THIS.  WHEN I AS A SCIENTIST SAY THERE'S A LITTLE VARIATION,

11:03:30 24    I AM TALKING ABOUT MAYBE FROM .44 TO .45 OR 46.  I AM NOT TALKING

11:03:37 25    ABOUT SUDDENLY GOING FROM .4 TO .8.

11:03:40 1    Q.  LET ME BE VERY SPECIFIC WITH YOU, SIR.  A BOAT TRAVELING AT TEN

11:03:43 2    MILES AN HOUR UP A BODY OF WATER, OF STILL WATER IS GOING TO

11:03:47 3    GENERATE A WAKE OR WAVES, RIGHT?

11:03:50 4    A.  YES.

11:03:50 5    Q.  THAT WAKE OR WAVES, LET'S PICK A FIGURE, THREE FEET HIGH AS IT

11:03:55 6    COMES OFF THE BOW, THAT THREE-FOOT WAVE IS NOT GOING TO LAST NEARLY

11:04:01 7    AS LONG AT THE HEIGHT OF THREE FEET OR TWO AND A HALF FEET OR TWO

11:04:05 8    FEET AS IT WILL IF IT'S DRIVEN BY 100-MILE AN HOUR WIND; THAT'S

11:04:10 9    TRUE, ISN'T IT?

11:04:11 10   A.  IT DEPENDS WHETHER YOU'RE TALKING ABOUT A FLAT BOTTOM, AND THIS

11:04:15 11   IS WHAT -- I MEAN, IF I AM ON A VERY FLAT BOTTOM THEN WHAT HAPPENS

11:04:20 12   IS THE WAVE WILL PERSIST LONGER, IF THAT'S WHAT YOU'RE TALKING

11:04:24 13   ABOUT, WITH A HIGH WIND THAN THEY WILL WITHOUT A HIGH WIND.

11:04:27 14        IF YOU'RE TALKING ABOUT GOING UP A SLOPE, THERE'S GOING TO

11:04:30 15   BE VERY LITTLE DIFFERENCE BETWEEN THE TWO.

11:04:32 16   Q.  WE'RE GOING TO TALK ABOUT THAT LATER.

11:04:34 17   A.  OKAY.

11:04:34 18   Q.  IT'S BASIC FUNDAMENTAL PHYSICS IN YOUR FIELD OR WHATEVER WAVE

11:04:46 19   PROPAGATION, WHATEVER, THAT A WIND DRIVEN WAVE IS GOING TO LAST

11:04:46 20   LONGER THAN A WAVE WITHOUT WIND, RIGHT?

11:04:48 21   A.  ON A FLAT BOTTOM.

11:04:50 22   Q.  AND THAT THAT WAVE HEIGHT IS GOING TO BE AFFECTED BY, AMONG

11:05:03 23   OTHER THINGS, TWO THINGS:  THAT IS WATER DEPTH AND VEGETATION?

11:05:10 24   A.  THAT'S CORRECT.

11:05:11 25   Q.  IN YOUR MODELING, THE CHARACTERISTICS OF THE LEVEE ALONG THE

11:05:25 1 MRGO REACH 2 REMAIN THE SAME, DON'T THEY?

11:05:30 2 A.  IN THE GENERIC --

11:05:33 3 Q.  IN THE COULWAVE MODEL.

11:05:35 4 A.  IN THE COULWAVE MODEL USING A GENERIC PROFILE, THE

11:05:38 5 CHARACTERISTICS OF THAT STAY THE SAME.

11:05:40 6 Q.  SO IN YOUR COULWAVE MODELING, THE CHARACTERISTICS OF THE REACH 2

11:05:47 7 LEVEE ALONG MRGO REMAIN THE SAME?

11:05:52 8 A.  THAT IS CORRECT.

11:05:52 9 Q.  THAT'S BECAUSE IT'S A GENERIC MODEL AND NOT REAL TOPOGRAPHY,

11:05:57 10 RIGHT?

11:05:57 11 A.  THAT'S CORRECT.

11:05:58 12 Q.  THE HEIGHT, THE CREST, THE BREADTH, THE ANGLE OF THE TOE, THE

11:06:04 13 WHOLE NINE YARDS REMAIN CONSTANT IN YOUR COULWAVE MODEL?

11:06:10 14 A.  IN THE GENERIC PROFILE THAT IS EXACTLY RIGHT.

11:06:13 15 Q.  YOU DID NOT RELY UPON ACTUAL SURVEY OR LIDAR DATA TO ESTABLISH

11:06:19 16 THE REFERENCE POINTS, DID YOU?

11:06:21 17 A.  WELL, I MEAN, IN A GENERIC WAY WE DID, I MEAN, WE CERTAINLY

11:06:26 18 LOOKED AT -- I MEAN, IT'S NOT LIKE WE HAVE A 40-FOOT LEVEE, WE

11:06:32 19 PICKED THE SPECIFIC HEIGHT OF THE LEVEE, WE PICKED THE WIDTH OF

11:06:39 20 EVERYTHING TO BE ROUGHLY REPRESENTATIVE.  WE DIDN'T TAKE A SPECIFIC

11:06:44 21 LIDAR CROSS-SECTION.

11:06:45 22           THE COURT:  JUST ONE SECOND, SIR.

11:07:10 23           ALL RIGHT.  THE MANUAL ATTACHMENTS IN MY REALTIME WAS VERY

11:07:15 24 DEFECTIVE, MEANING ME.  SORRY, MR. ROY.

11:07:18 25           MR. ROY:  NO PROBLEM, YOUR HONOR.

11:07:19 1    BY MR. ROY:

11:07:20 2    Q.  ALL RIGHT.  UNDERSTANDING YOUR ANSWER THEN, LET'S PULL UP JX 78.

11:07:25 3    DO YOU REMEMBER ME ASKING YOU AT YOUR DEPOSITION, THIS IS ON

11:07:28 4    PAGE 206, LINE 24:  "Q. I AM JUST ASKING YOU THAT YOU DID NOT RELY

11:07:34 5    UPON THE ACTUAL SURVEY OR LIDAR DATA -- A. UH-HUH.  Q. -- TO

11:07:39 6    ESTABLISH THE REFERENCE POINTS?  A. OKAY.  Q. THAT'S TRUE, ISN'T

11:07:44 7    IT?"  DO YOU REMEMBER WHAT YOU TOLD ME?

11:07:45 8    A.  I SAID IT'S PROBABLY FAIR ENOUGH.  AND I THINK I AM TRYING TO

11:07:48 9    SAY THE SAME TODAY.  WE DID NOT USE A SPECIFIC CROSS-SECTION, BUT TO

11:07:53 10   IMPLY THAT THIS MEANS THAT WE DID NOT LOOK AT ANY DATA WOULD IMPLY

11:07:57 11   THAT WE COULD BE HAVING 50 FOOT LEVEES AND OTHER THINGS THAT -- WE

11:08:02 12   CERTAINLY LOOKED AT THE DATA IN A GENERIC SENSE.

11:08:05 13   Q.  I AM ASKING WHETHER YOU DID, NOT WE, YOU?

11:08:09 14   A.  I LOOKED AT DATA WITH PAT LYNETT.  COULD I EXPLAIN?  I MEAN, A

11:08:22 15   LOT OF THIS WAS ALREADY DONE BECAUSE WE DID IT AS PART OF THE IPET

11:08:22 16   STUDY.  AS PART OF THE IPET STUDY I WAS THE COLEAD WITH PROFESSOR

11:08:28 17   BOB DEAN OF THE UNIVERSITY OF FLORIDA FOR LOOKING AT THE DETAILED

11:08:32 18   HYDRODYNAMICS AND WE HAD ALREADY DONE A NUMBER OF WAVE STUDIES ALONG

11:08:37 19   THE MRGO REACH THERE.

11:08:41 20   Q.  DID BRUCE EBERSOLE AND STEVE FITZGERALD GIVE YOU INFORMATION ON

11:08:53 21   LEVEE HEIGHTS BECAUSE THEY WERE THE ONES CHARGED WITH DOING THAT?

11:08:58 22   A.  THE LEVEE HEIGHTS FOR -- AND THERE'S TWO DIFFERENT THINGS, THE

11:09:03 23   GENERIC PROFILE --

11:09:05 24           MR. ROY:  YOUR HONOR, I OBJECT, I NEED A YES OR NO.

11:09:08 25           THE COURT:  I AGREE, IF YOU COULD SAY YES, NO, I DON'T

11:09:11 1   KNOW.

11:09:11 2          THE WITNESS:  WOULD YOU REPEAT THE QUESTION, PLEASE.

11:09:14 3   BY MR. ROY:

11:09:14 4   Q.  BOTH BRUCE EBERSOLE AND STEVE FITZGERALD GAVE YOU INFORMATION ON

11:09:18 5   LEVEE HEIGHTS BECAUSE THEY WERE THE ONES THAT WERE CHARGED WITH

11:09:21 6   DOING THAT; THAT'S TRUE, ISN'T IT?

11:09:23 7   A.  THAT IS CORRECT.

11:09:24 8          THE COURT:  IF YOU WANT TO EXPLAIN YOU MAY.

11:09:26 9          THE WITNESS:  OKAY.  THAT IS CORRECT.  THEY GAVE ME THE

11:09:29 10  INFORMATION THAT I USED NOT INTO GENERIC PROFILE, THEY GAVE ME THE

11:09:36 11  INFORMATION THAT I USED WHEN I WAS APPLYING THE INFORMATION WE

11:09:39 12  GENERATED FROM THE GENERIC RUNS TO OVERTOPPING RATES.

11:09:42 13  BY MR. ROY:

11:09:45 14  Q.  NOW, DID MR. EBERSOLE PROVIDE YOU WITH PEAK SURGE TIMES?

11:09:48 15  A.  I GOT ALL OF MY -- NO.  I'LL GIVE YOU THE NO, THEN I'LL EXPLAIN.

11:09:57 16  Q.  WHERE DID YOU GET THEM?

11:09:59 17  A.  WHAT HAPPENED WAS THAT I RECEIVED THE ACTUAL COMPUTER FILES FROM

11:10:04 18  PROFESSOR WESTERINK AND ALL I USED WAS THE DATA IN THOSE FILES WITH

11:10:09 19  THE SCALING FACTOR THAT MR. EBERSOLE HAD GIVEN ME TO USE, WHICH BY

11:10:16 20  THE WAY WAS SIMILAR TO THE SCALING FACTOR WE CONCLUDED NEEDED TO BE

11:10:20 21  USED IN THE IPET STUDY.

11:10:23 22  Q.  SO THE WINDS AND SURGES FOR ALL PURPOSES OF YOUR CALCULATIONS IN

11:10:29 23  YOUR REPORT WERE PROVIDED TO YOU BY DR. WESTERINK; THAT'S TRUE,

11:10:34 24  ISN'T IT?

11:10:35 25  A.  YES.  YES.  I MEAN, LET ME AGAIN EXPLAIN.  JANE SMITH HAD AN

11:10:41 1  INTEGRAL PART IN MAKING THE RUNS THAT ACTUALLY PROVIDED THE WAVES,

11:10:45 2  SO WESTERINK HAD A TEAM THAT I INTERACTED WITH.  BUT THEN WHEN I

11:10:49 3  ACTUALLY GOT THE FILES THEY CAME FROM PROFESSOR WESTERINK.

11:10:55 4  Q.  YOU RELIED UPON THE RESULTS THAT DR. WESTERINK OBTAINED FROM HIS

11:11:05 5  ADCIRC MODELING TO OBTAIN YOUR WINDS, YOUR SURGES FOR ALL PURPOSES

11:11:09 6  OF YOUR CALCULATIONS IN YOUR REPORT, YES OR NO?

11:11:11 7  A.  YES.  GIVEN THE QUALIFICATIONS I JUST STATED.

11:11:19 8  Q.  DID I UNDERSTAND YOU TO TELL MR. SMITH AND THE COURT THAT YOU

11:11:20 9  GOT YOUR LEVEE HEIGHTS FROM LIDAR?  I STILL DON'T QUITE UNDERSTAND

11:11:25 10  THAT.

11:11:26 11  A.  NO, THAT WAS SIMPLY A CROSS CHECK.  WE GOT OUR LEVEE HEIGHTS --

11:11:32 12  THE CHART THAT I TOOK LEVEE HEIGHTS FROM WAS FROM MR. FITZGERALD.

11:11:36 13  WE DID HAVE LIDAR.  I HAD LIDAR WITH ME DURING SOME OF THE TESTIMONY

11:11:44 14  THAT HAD COME UP, THE QUESTIONING WAS THIS TABLE THAT CAME FROM

11:11:52 15  DR. RESIO'S CHART ACCURATE OR INACCURATE AND SO I WANTED TO LOOK AT

11:11:57 16  IT AND I DID LOOK AT IT.

11:11:58 17  Q.  YOU SAID DR. RESIO'S CHART?

11:12:00 18  A.  YES, RIGHT.  THERE WAS A DR. RESIO'S TABLE, THERE WAS A

11:12:03 19  DR. RESIO TABLE THAT PEOPLE SAID, WELL, THAT LOOKS LIKE THAT IT IS

11:12:08 20  ASKEW AND THE NUMBERS ARE TOO LOW; AND I SAID, WELL, I NEED TO CHECK

11:12:12 21  THAT SO I DID CHECK THAT.

11:12:13 22  Q.  LET ME PUT IT LIKE THIS, SIR.  WHATEVER LEVEE HEIGHT INFORMATION

11:12:16 23  YOU RELY UPON TO WRITE YOUR REPORT CAME FROM STEPHEN FITZGERALD OR

11:12:22 24  MR. EBERSOLE, IS THAT CORRECT, OTHER THAN WHAT YOU GOT FROM

11:12:25 25  WESTERINK?

11:12:27 1  A.  THE LEVEE HEIGHTS?  COULD YOU REPEAT THAT AGAIN.

11:12:31 2  Q.  YES.  WHATEVER LEVEE HEIGHT INFORMATION YOU RELIED UPON TO WRITE

11:12:34 3  YOUR REPORT CAME FROM STEVE FITZGERALD OR MR. EBERSOLE; IS THAT

11:12:39 4  CORRECT?

11:12:39 5  A.  THAT IS CORRECT.

11:12:44 6  Q.  OTHER THAN FITZGERALD AND EBERSOLE FOR LEVEE HEIGHT INFORMATION

11:12:47 7  AND THE WINDS AND SURGES FROM DR. WESTER INK, NO ONE ELSE PROVIDED

11:12:52 8  YOU WITH INFORMATION YOU NEEDED TO WRITE YOUR REPORT, ESSENTIAL

11:12:56 9  INFORMATION; ISN'T THAT CORRECT?

11:12:57 10  A.  BESIDES PROFESSOR LYNETT AND --

11:13:00 11  Q.  ESSENTIAL INFORMATION.

11:13:02 12  A.  ARE YOU TALKING ABOUT JUST WHEN WE RUN THE COULWAVE MODEL -- I

11:13:06 13  AM NOT SURE WHAT YOU'RE CONSIDERING ESSENTIAL INFORMATION, I'M

11:13:08 14  SORRY.

11:13:09 15  Q.  WELL, YOU USED THE GENERIC PROFILE AND PAT LYNETT ACTUALLY CAME

11:13:14 16  UP WITH THAT GENERIC PROFILE INDEPENDENT OF YOU, RIGHT?

11:13:16 17  A.  WE TALKED ABOUT IT.  WE HAD A PREVIOUS --

11:13:19 18  Q.  MAY I HAVE A YES OR NO, PLEASE, AND THEN YOU CAN EXPLAIN?

11:13:22 19  A.  I'M SORRY, NO, THAT IS NOT RIGHT.  I DID HAVE INPUT WITH PAT

11:13:26 20  LYNETT BECAUSE WE TALKED ABOUT IT -- IT WAS FOR A DIFFERENT PURPOSE

11:13:33 21  THAT WE WERE DOING IT, BUT WE WERE CERTAINLY DOING IT TOGETHER

11:13:36 22  BECAUSE HE WAS DOING IT FOR ME.

11:13:38 23  Q.  SO PAT LYNETT DID NOT COME UP WITH IT INDEPENDENTLY --

11:13:42 24  A.  NOT TOTALLY.

11:13:42 25  Q.  -- IS THAT WHAT YOU'RE TELLING ME?

11:13:45 1   A.  HE RECOMMENDED IT, I LOOKED AT IT, I SAID THAT LOOKS CLOSE TO

11:13:48 2   ME, AND IT LOOKED LIKE EVERYTHING I EXPECTED IT TO BE, SO I SAID IT

11:13:57 3   WAS OKAY.

11:13:57 4   Q.  DID PAT LYNETT COME UP WITH IT INDEPENDENTLY?

11:13:57 5           THE COURT:  CAN I ASK A QUESTION:  DID YOU MODIFY ANYTHING

11:13:59 6   THAT MR. LYNETT --

11:13:59 7           THE WITNESS:  NO, I DID NOT.  THAT HE CAME UP WITH

11:14:02 8   INDEPENDENTLY.

11:14:02 9   BY MR. ROY:

11:14:02 10  Q.  THAT HE DID OR DID NOT?

11:14:03 11  A.  I SAID HE DID, IN THAT SENSE.

11:14:05 12  Q.  I DON'T KNOW WHAT PAGE OF THE POWERPOINT IT IS, BUT THE

11:14:23 13  DEMONSTRATIVE THAT WAS PULLED UP BY MR. SMITH SHOWING YOU FIGURE

11:14:27 14  3-29, SHORE PROTECTION MANUAL CALCULATIONS FOR WAVES, ON MY

11:14:35 15  POWERPOINT IT'S -- MY COPY WAS DM 27-17.  I AM NOT SURE WHAT IT IS,

11:14:40 16  BUT CAN YOU SEE WHAT I'M HOLDING UP HERE, DR. RESIO?

11:14:44 17  A.  I SEE IT.

11:14:44 18  Q.  DO YOU RECOGNIZE IT?

11:14:45 19  A.  YES, I DO.

11:14:46 20  Q.  THAT'S THE ONLY CHART LIKE THAT THAT HE PULLED UP.

11:14:49 21          THE COURT:  IT'S TO THE SCREEN.

11:14:50 22  BY MR. ROY:

11:14:51 23  Q.  DID I UNDERSTAND YOU TO SAY THAT THIS PAGE IS FROM 1966 SHORE

11:14:55 24  PROTECTION MANUAL?

11:14:56 25  A.  NO, I THINK IT'S FROM THE '81 SHORE PROTECTION MANUAL.

11:14:58 1    Q.  AND LET'S GO THEN AND PULL UP THE ACTUAL 1966 SHORE PROTECTION

11:15:04 2    MANUAL, WHICH IS JX 420.  CARL, IF YOU CAN KEEP THAT IMAGE AND

11:15:15 3    CONTRAST THEM SIDE BY SIDE, THAT WOULD BE GREAT.

11:15:17 4          THE COURT:  JX 420?

11:15:19 5          MR. ROY:  YES, SIR.  JX 420 AT PAGE I THINK IT'S 61.  I

11:16:03 6    APOLOGIZE, YOUR HONOR, WE THOUGHT WE HAD THE PDF PAGES MATCHING WITH

11:16:08 7    THE MANUAL PAGES, I APOLOGIZE.

11:16:09 8          THE COURT:  IT'S BEEN REMARKABLY GREAT SO FAR ON BOTH

11:16:12 9    SIDES, THE DOCUMENTS.  THAT'S QUITE ALL RIGHT.

11:16:33 10         MR. ROY:  SO WE'VE PULLED UP JX 420, WHICH IS, IN FACT,

11:16:38 11   THE 1966 SHORE PROTECTION MANUAL, AND IT'S PAGE -- GO TO THE NEXT

11:16:51 12   PAGE, PLEASE.

11:16:51 13         THE COURT:  YOU'RE TRYING TO GET TO 45 FEET?

11:16:51 14         MR. ROY:  YES.

11:16:56 15         THE COURT:  A LITTLE DEEPER HERE.  LOOKS LIKE IT'S IN

11:16:56 16   INCREMENTS OF FIVE.

11:16:59 17         THE WITNESS:  WE'RE GETTING CLOSE, ONE MORE.

11:17:06 18         THE COURT:  OKAY.

11:17:07 19         MR. ROY:  BLOW UP THE TOP HALF OF THE PAGE, THIS IS FROM

11:17:10 20   PAGE 61.  I DON'T KNOW WHAT THE PDF PAGE IS, YOUR HONOR, BUT IT'S

11:17:14 21   THE ACTUAL PAGE 61 OF THE ACTUAL MANUAL, PAGE 81 OF THE PDF.  THANK

11:17:22 22   YOU.

11:17:22 23   BY MR. ROY:

11:17:23 24   Q.  NOW, DR. RESIO, THIS CHART THAT'S REALLY FROM THE 1966 SHORE

11:17:27 25   PROTECTION MANUAL IS DIFFERENT THAN THE ONE MR. SMITH SHOWED YOU; IS

11:17:31  1    THAT CORRECT?

11:17:31  2    A.  SLIGHTLY, YES.

11:17:33  3    Q.  WELL, TELL THE COURT WHAT THE DIFFERENCE IS.

11:17:35  4    A.  WELL, HERE, I MEAN, IF YOU RECALL FROM THE OTHER CHART, IF I

11:17:39  5    WERE AT 90 MILES PER HOUR UP HERE AND I HAD ABOUT A ONE POINT -- A

11:17:47  6    1700 FOOT WAS DOWN HERE, SORRY ABOUT THAT, I ENDED UP SLIGHTLY -- I

11:17:55  7    ENDED UP RIGHT ABOUT EXACTLY ON THREE FEET.  NOW, I CAN SEE THE

11:18:00  8    INTERSECTION OF 90 AND 1700 FEET LOOKS TO MAYBE BE 3.2 FEET.  SO IT

11:18:08  9    IS SLIGHTLY DIFFERENT, ABOUT TWO TENTHS OF A FOOT DIFFERENT.

11:18:09 10    Q.  WELL, IT DOESN'T HAVE THE OTHER IMAGERY THAT -- THE T'S, RIGHT?

11:18:19 11    A.  IT DOES NOT HAVE A WAVE PERIOD LISTED ON IT, NO, IT, IT DOES

11:18:23 12    NOT.

11:18:23 13    Q.  LET'S JUST SEE SOMEONE -- AND BY THE WAY, THIS SAME CHART, IN

11:18:28 14    FACT, IS REPRODUCED IN THE SHORE PROTECTION MANUAL OF THE CORPS FROM

11:18:33 15    THE 1950'S, ISN'T IT?

11:18:34 16    A.  I DON'T KNOW.

11:18:35 17    Q.  IRRESPECTIVE OF THAT, LET'S LOOK PRECISELY AND JUST SEE WHAT

11:18:44 18    ANYBODY IN THE CORPS IN 1966, AT LEAST UP UNTIL THE '80S WHEN YOU

11:18:49 19    WERE SHOWING US THIS OTHER MANUAL THAT MR. SMITH SHOWED YOU, WOULD

11:18:52 20    HAVE SEEN.  FOR A 1500-FOOT FETCH, WHICH IS RIGHT WHERE YOU'VE DRAWN

11:18:57 21    THE RED LINE --

11:18:58 22    A.  OKAY.

11:18:59 23    Q.  -- AND TO KEEP IT SIMPLE LET'S USE MR. SMITH OR YOUR, WHATEVER

11:19:03 24    IT WAS, 90-MILE AN HOUR WINDS, ALL RIGHT.  WHAT WAVE DO YOU GET

11:19:10 25    GENERATED FROM SCRATCH OVER 1500 FEET USING THIS CHART?  THE ANSWER

11:19:15  1    IS APPROXIMATELY THREE FEET, ISN'T IT?

11:19:17  2    A.  SLIGHTLY OVER THREE FEET.

11:19:22  3    Q.  AND IF IT'S A 2000-FOOT FETCH MOVING TO THE RIGHT WHERE THE TWO

11:19:27  4    IS AT THE BOTTOM OF THE PAGE, AND YOU GO ALL THE WAY TO THE TOP TO

11:19:29  5    HIT 90 MILES AN HOUR, THEN IT'S ABOUT THREE AND A HALF FEET FROM

11:19:34  6    SCRATCH AWAY?

11:19:34  7    A.  THAT'S CORRECT.

11:19:37  8    Q.  THAT'S WHERE WE WOULD BE LOOKING RIGHT THERE CARRYING IT FROM

11:19:43  9    2000 STRAIGHT UP TO THAT AXIS AT 90, RIGHT (INDICATING)?

11:19:48 10    A.  YES, SIR.

11:19:48 11    Q.  AND FOR A 3000-FOOT FETCH, THERE'S YOUR THREE, GOING UP TO THE

11:19:56 12    90-MILE AN HOUR LINE, YOU HAVE, IF I AM READING THIS RIGHT, A FOUR

11:20:01 13    AND A HALF FOOT WAVE FROM SCRATCH?

11:20:03 14    A.  SOMEWHERE -- WELL, MAYBE 4.2, 4.1, 4.2.

11:20:12 15    Q.  I'LL TAKE THAT.

11:20:13 16    A.  BUT IT'S OVER FOUR FOR SURE.

11:20:14 17    Q.  ALL RIGHT.  SO I ASKED YOU IN YOUR DEPOSITION, TO YOUR

11:20:24 18    KNOWLEDGE, IF THESE CHARTS WERE STILL, I THINK I USED THE WORD

11:20:29 19    APPLICABLE BUT I DID ASK YOU HAVE NOT BEEN WITHDRAWN OR DECLARED

11:20:32 20    INVALID, AND YOU TOLD ME TO THE BEST OF YOUR KNOWLEDGE THEY WEREN'T,

11:20:36 21    RIGHT?

11:20:37 22    A.  THAT'S CORRECT.

11:20:37 23    Q.  THAT IS THEY'RE STILL GOOD, RIGHT?

11:20:39 24    A.  YES.  FOR A GROWTH WITH A FETCH FROM A ZERO TO SHORELINE.

11:20:44 25    Q.  LET ME ASK YOU THIS.  LET'S GO BACK TO THE WAVE COMING IN.

11:20:48 1    THAT'S A POWERFUL WAVE, DRIVEN BY 90 OR 100-MILE AN HOUR WINDS, IT

11:20:54 2    GOES OVER A SAND BAR THAT'S SUBMERGED UNDER A FEW FEET OF WATER AND

11:21:04 3    DROPS DOWN, AND THEN HITS AT A POINT OF LET'S SAY 3000, THE LAST

11:21:08 4    EXAMPLE WE USED.  ALL RIGHT.

11:21:12 5            IS IT NOT GOING TO GROW FOUR AND A HALF FEET OVER THE

11:21:16 6    ENSUING 3000-FOOT FETCH?

11:21:18 7    A.  YOU'RE ASSUMING THAT IT'S FROM ZERO, YES.  IN OTHER WORDS, IF

11:21:22 8    YOU KNOCKED ALL OF THE ENERGY OUT OF THE INCOMING WAVE BY THAT SAND

11:21:26 9    BAR, THEN YOU'RE EQUIVALENT TO STARTING A NEW FETCH, AND THEN OVER

11:21:30 10   3000-FOOT -- AND I WOULD POINT OUT AT 3000 AT 45-FOOT DEPTH BECAUSE

11:21:34 11   YOU'VE GOT TO MAINTAIN, THIS CAN'T BE 500-FOOT OR 600-FOOT AT

11:21:40 12   45-FOOT DEPTH AND ALLOW THE REST OF IT AT MUCH LESS DEPTH.

11:21:44 13           BUT IF YOU HAD 45-FOOT OF CONSTANT DEPTH AND YOU HAD ZERO

11:21:50 14   WAVES COMING INTO IT BECAUSE YOU JUST KNOCKED ALL OF THE ENERGY OUT

11:21:55 15   OF IT BY A SAND BAR, THEN, YES, I WOULD SAY THAT WE SHOULD END UP

11:22:01 16   SOMEWHERE CLOSE TO THIS CHART AND THAT IT'S -- IT'S CONSISTENT WITH

11:22:05 17   THE TYPES OF NUMBERS I SEE COME OUT OF MODELS TODAY.

11:22:12 18   Q.  LET'S CHANGE GEARS.  PULL UP JX 41, PLEASE.  I THOUGHT WE GOT

11:22:20 19   THIS CLEAR IN YOUR DEPOSITION, BUT SINCE THIS HAS BEEN SUBMITTED BY

11:22:23 20   THE DEFENSE AS AN EXHIBIT FOR THE CONSIDERATION OF THE JUDGE, I WANT

11:22:28 21   TO MAKE SURE WE ALL UNDERSTAND WHAT IT REALLY SAYS.

11:22:32 22           FOCUS IN, IF YOU WOULD, IN THE TOP PARAGRAPH.  GO TO THE

11:22:41 23   NEXT PARAGRAPH.  NEXT PARAGRAPH.  TOP SENTENCE.  NOW, IN FACT,

11:22:59 24   DR. RESIO, YOU DO NOT HOLD A MASTER OF SCIENCE, DO YOU?

11:23:03 25   A.  NO, SIR, I HOLD A MASTER OF ARTS.

11:23:05 1   Q.   AND THE MASTER OF ARTS IS IN PHYSICAL GEOLOGY; IS THAT CORRECT?

11:23:09 2   A.   THAT'S CORRECT.

11:23:10 3   Q.   NOW, WITH THE EXCEPTION OF A VERY BRIEF STINT TEACHING PHYSICAL

11:23:15 4   OCEANOGRAPHY IN FLORIDA AND A PRIVATE CONSULTING COMPANY, YOU'VE

11:23:18 5   BASICALLY BEEN A LIFELONG CORPS OF ENGINEERS EMPLOYEE; IS THAT

11:23:24 6   CORRECT?

11:23:24 7   A.   I HAVE OVER 20 YEARS WITH THE CORPS.

11:23:27 8   Q.   WELL, YOU STARTED WORKING FOR THE CORPS WHEN YOU WERE IN

11:23:30 9   COLLEGE, RIGHT?  EXCUSE ME, LET ME REPHRASE THAT.

11:23:34 10          YOU STARTED DOING PROJECTS THAT WERE FUNDED BY UNITED

11:23:38 11  STATES ARMY CORPS OF ENGINEERS GRANTS?

11:23:42 12  A.   NOT WHEN I WAS IN COLLEGE.  I MEAN, IT WAS AN OFFICE OF NAVAL

11:23:47 13  RESEARCH I WORKED FOR IN COLLEGE.  THAT'S WHO PAID FOR MY GRANTS --

11:23:51 14  OFFICIALLY THE UNIVERSITY OF VIRGINIA PAID FOR MY, YOU KNOW, PAID

11:23:57 15  THAT BUT THE OFFICE OF NAVAL RESEARCH PAID THEM.

11:23:59 16  Q.   YOU'RE VERY HIGH IN THE CIVILIAN HIERARCHY OF THE ARMY CORPS OF

11:24:03 17  ENGINEERS, ARE YOU NOT?

11:24:08 18  A.   DEPENDS ON WHAT THE CONSIDERATION IS.  ON TECHNICAL MATTERS,

11:24:11 19  SOMETIMES THEY LISTEN TO ME, SOMETIMES THEY DON'T.

11:24:17 20  Q.   AS MR. SMITH SAID, YOU'RE ONE OF ONLY FOUR SENIOR TECHNOLOGISTS

11:24:23 21  IN THE UNITED STATES ARMY CORPS OF ENGINEERS; IS THAT RIGHT?

11:24:27 22  A.   THAT IS CORRECT.

11:24:27 23  Q.   YOU ACTUALLY ARE RATED BY A REGULAR ARMY GENERAL; IS THAT

11:24:32 24  CORRECT?

11:24:32 25  A.   THAT'S CORRECT.

11:24:33 1    Q.   YOU'RE NOT A PROFESSIONAL ENGINEER?

11:24:38 2    A.   THAT IS CORRECT.

11:24:38 3    Q.   YOU'RE NOT A LICENSED ENGINEER?

11:24:40 4    A.   THAT IS CORRECT.

11:24:41 5    Q.   YOU'RE NOT A FORENSIC ENGINEER?

11:24:43 6    A.   THAT IS CORRECT.

11:24:43 7    Q.   YOU'RE NOT A PHYSICIST OR A GEOLOGIST OR STATISTICIAN?

11:24:48 8    A.   THAT IS -- I MEAN, A LOT OF PEOPLE CONSIDER ME A STATISTICIAN,

11:24:51 9    I'VE PUBLISHED IN STATISTICAL JOURNALS.  SO WHEN YOU GET OUT OF

11:24:55 10   SCHOOL IT GETS KIND OF MURKY BECAUSE IT'S WHAT YOU DO, IT'S NOT WHAT

11:24:58 11   YOU STUDY.

11:24:59 12   Q.   DO YOU REMEMBER WHEN I ASKED YOU THIS QUESTION IN YOUR

11:25:01 13   DEPOSITION?

11:25:02 14   A.   I AM NOT A STATISTICIAN.

11:25:03 15   Q.   WHAT DID YOU TELL ME?

11:25:04 16   A.   I THINK I SAID I AM NOT A STATISTICIAN.

11:25:07 17   Q.   THANK YOU.  AND IF COASTAL ENGINEERING REQUIRES YOU TO BE AN

11:25:14 18   ENGINEER, YOU ARE NOT A COASTAL ENGINEER?

11:25:15 19   A.   I AM NOT A COASTAL ENGINEER.

11:25:17 20   Q.   IN FACT, FOR YOU TO HAVE ARTICLES PUBLISHED YOU'VE GOT TO GET

11:25:21 21   PERMISSION FROM YOUR BOSS AT THE ARMY CORPS, DON'T YOU?

11:25:26 22   A.   THAT IS TRUE OF JUST ABOUT EVERYBODY IN THE GOVERNMENT SERVICE,

11:25:30 23   TO PUBLISH SOMETHING YOU HAVE TO GET PERMISSION, YES.

11:25:32 24   Q.   IF THE INFORMATION GIVEN TO YOU BY EBERSOLE AND FITZGERALD IS

11:25:42 25   WRONG DATA, MATERIALLY WRONG, THEN THAT IS GOING TO EFFECT YOUR

11:25:49 1   ULTIMATE RESULTS FROM A STANDPOINT OF AFFECTING YOUR BASELINES THAT

11:25:55 2   YOU BUILD UPON IN YOUR CALCULATIONS, THAT'S TRUE, ISN'T IT?

11:25:59 3   A.   YES.

11:26:02 4   Q.   YOU YOURSELF RAN NO ADCIRC MODELING AND ARE NOT AN ADCIRC

11:26:07 5   EXPERT, CORRECT?

11:26:08 6   A.   THAT'S CORRECT.

11:26:08 7   Q.   WHATEVER ADCIRC MODELING OR OUTPUT YOU RELIED UPON YOU GOT FROM

11:26:14 8   WESTERINK, CORRECT?

11:26:15 9   A.   THAT IS CORRECT.

11:26:15 10  Q.   WHATEVER WESTERINK INPUTTED AND OUTPUTTED TO YOU, THAT'S WHAT

11:26:21 11  YOU RELIED UPON?

11:26:22 12  A.   THAT'S CORRECT.

11:26:23 13  Q.   AND TO BE CLEAR SO WHEN THIS RECORD IS READ COLD BY SOMEBODY WHO

11:26:32 14  HAS NOT SAT IN THIS COURTROOM, IT WAS NOT PART OF YOUR TASK TO

11:26:35 15  DETERMINE ACTUAL DAMAGE MECHANISMS TO LEVEES, CORRECT?

11:26:39 16  A.   THAT IS CORRECT.

11:26:40 17  Q.   SOMEONE ELSE ON THE DEFENSE SIDE, YOU LOOKED TO CHARACTERIZE TO

11:26:49 18  WHAT EXTENT AND HOW THE FORCES CONTRIBUTED TO THE DEMISE OF THOSE

11:26:53 19  LEVEES, NOT YOU, RIGHT?

11:26:55 20  A.   THAT IS CORRECT.

11:26:55 21  Q.   ANY SUCH STATEMENTS ABOUT LEVEE FAILURE THAT ARE MADE IN YOUR

11:27:05 22  REPORT BY YOUR OWN ADMISSION FALL OUTSIDE OF YOUR EXPERTISE AND WERE

11:27:14 23  UNINTENDED, CORRECT?

11:27:14 24  A.   THAT IS CORRECT.

11:27:14 25  Q.   EITHER REPORT?

11:27:14 1    A.   THAT'S CORRECT.

11:27:14 2    Q.   LET'S PULL UP JX 193, PLEASE, WHICH I BELIEVE IS FIGURE 26 FROM

11:27:29 3    PAGE 54 OF YOUR FIRST REPORT.   NOW, FOR WHATEVER REASON, SIR, THIS

11:27:49 4    COPY IS NOT IN COLOR.

11:27:52 5            THE COURT:   WE SAW ONE IN COLOR.

11:27:56 6    BY MR. ROY:

11:27:57 7    Q.   DO YOU HAVE YOUR REPORT WITH YOU, DR. RESIO?

11:28:00 8    A.   I DO HAVE MY REPORT.

11:28:01 9    Q.   I BELIEVE WE CAN WING IT IF YOU HAVE THE ACTUAL REPORT IN FRONT

11:28:04 10   OF YOU.

11:28:05 11           THE COURT:   TAKE YOUR TIME, SIR.

11:28:10 12           THE WITNESS:   I DON'T SUPPOSE YOU KNOW WHAT PAGE IT'S ON?

11:28:14 13           MR. ROY:   YES, 54.

11:28:20 14           THE WITNESS:   YOU SAID 50 WHAT?

11:28:23 15           MR. ROY:   54.

11:28:44 16           THE WITNESS:   OKAY.   I HAVE THAT PAGE.

11:28:54 17           MR. ROY:   THERE WE GO, THAT'S A LITTLE BETTER.

11:29:01 18   BY MR. ROY:

11:29:01 19   Q.   ALL RIGHT.   WE HAVE THE COLOR UP ON THE BOARD, UP ON THE SCREEN.

11:29:04 20   NOW, THIS IS FROM YOUR REPORT, CORRECT?

11:29:07 21   A.   YES, IT IS.

11:29:08 22   Q.   AND AS THE CAPTION SUGGESTS, IT'S YOUR COMPARISON OF MAXIMUM

11:29:12 23   SURGE LEVELS AND SIGNIFICANT WAVE HEIGHTS ALONG THE MEAN WAVE

11:29:16 24   PERIODS ASSOCIATED WITH THE TIME MAXIMUM WAVES ALONG REACH 2 FOR ALL

11:29:22 25   SIX SCENARIOS, DAH DA DAH DA DAH, RIGHT?

11:29:25  1   A.   THAT IS CORRECT.

11:29:26  2   Q.   NOW, I NOTICED THAT THE LINES AT THE TOP, THE SIX LINES, BLACK

11:29:33  3   LINES ARE NOT LABELED.  ARE THOSE INTENDED TO REPRESENT EACH OF THE

11:29:38  4   DIFFERENT GOVERNMENT SCENARIOS FOR WHAT THE SURGE WAS?

11:29:42  5   A.   YES.  BUT THERE WAS AN ERROR IN THIS CHART.  IT'S 12 PERCENT TOO

11:29:46  6   HIGH.

11:29:47  7   Q.   THAT'S EXACTLY WHERE I WAS GOING.

11:29:49  8   A.   OKAY.

11:29:49  9   Q.   SO THE CHART IS WRONG, THE COURT SHOULD DISREGARD THE HEIGHTS

11:29:53 10   REFLECTED BY YOU IN THIS CHART, CORRECT?

11:29:58 11   A.   RIGHT.  THE CHART TODAY WAS RIGHT, THIS CHART WHEN I PLOTTED IT

11:30:03 12   I PUT IN THAT 1.12 FACTOR ONE TIME TOO MANY.

11:30:07 13   Q.   AND THAT'S EXACTLY WHERE I WAS GETTING READY TO GO.  YOU SCALED

11:30:10 14   UP OFF THE ADCIRC AND THEN YOU DID IT AGAIN FOR STWAVE, RIGHT?

11:30:15 15   A.   NO, NO, NO, ONLY WHEN I PLOTTED THIS.  I MEAN, THE NUMBERS THAT

11:30:19 16   WENT INTO THE RUNS WERE CORRECT, THE NUMBERS THAT ARE PLOTTED HERE

11:30:23 17   ARE INCORRECT BUT THE NUMBERS THAT WENT INTO THE RUNS WERE CORRECT.

11:30:27 18   I JUST DIDN'T REALIZE THAT I HAD, WHEN I WROTE THE FILE THAT I HAD

11:30:33 19   DONE IT SO WHEN I PLOTTED THIS I DID IT AGAIN.

11:30:36 20   Q.   WELL, LET'S CUT TO THE CHASE.  YOU'VE BEEN IN THIS COURT, I

11:30:41 21   THINK, ALL WEEK PRETTY MUCH MOST OF THE TIME.  I'M SURE YOU HEARD

11:30:45 22   MR. EBERSOLE TESTIFY.

11:30:48 23           THE COURT:  YOU WANT TO GET AN ACKNOWLEDGMENT FROM THAT?

11:30:51 24   BY MR. ROY:

11:30:51 25   Q.   DID YOU?

11:30:52 1   A.  I DID NOT LISTEN TO ALL OF MR. EBERSOLE'S TESTIMONY BUT I

11:31:00 2   LISTENED TO A LOT OF IT.

11:31:00 3   Q.  YOU WERE HERE FOR ALL OF HIS DIRECT TESTIMONY, WEREN'T YOU?

11:31:00 4   A.  I STEPPED IN AND OUT SOMETIMES.

11:31:01 5   Q.  IT DOESN'T MATTER.

11:31:02 6   A.  MOST OF IT, IF YOU ASK IF IT'S SOMETHING SPECIFIC, I THINK I CAN

11:31:05 7   TELL YOU YES OR NO.

11:31:07 8   Q.  WERE YOU HERE WHEN MR. EBERSOLE SAID THAT 17.6 FEET WAS HIS PEAK

11:31:14 9   WATER CALCULATION?

11:31:15 10  A.  YES.

11:31:16 11  Q.  IPET WAS 17 AND A HALF FEET.  I'M TALKING ON REACH 2.

11:31:21 12  A.  RIGHT.

11:31:22 13  Q.  IPET WAS 17 AND A HALF FEET, CORRECT?

11:31:24 14  A.  THAT'S CORRECT.

11:31:25 15  Q.  DR. WESTERINK'S OUTPUT AT BAYOU DUPRE GIVEN TO YOU 15.4 FEET,

11:31:33 16  WASN'T IT?

11:31:34 17  A.  YES, SOMEWHERE -- I MEAN, I COULD -- I DON'T REMEMBER EXACT

11:31:40 18  NUMBERS.  IF YOU SAY THAT IS THE CORRECT NUMBER FOR THAT POINT I'LL

11:31:44 19  TAKE YOUR WORD FOR IT.

11:31:47 20  Q.  YOUR CALCULATION OF SIGNIFICANT WAVE HEIGHTS BASICALLY FOR THE

11:31:51 21  MIDPOINT OF THE MRGO WAS AROUND SEVEN AND A HALF FEET AT POINTS 10,

11:31:58 22  11 AND 12 ON THIS CHART; IS THAT CORRECT?

11:32:00 23  A.  I THINK THAT'S RIGHT, THAT'S WHAT IT LOOKS LIKE.

11:32:03 24  Q.  YOUR WAVE PERIODS ARE BETWEEN FOUR AND SIX SECONDS, SAME AREA,

11:32:12 25  MRGO, CORRECT?

11:32:15 1   A.  THAT'S AGAIN -- WHEN YOU SAY THE SAME, OVER THE ENTIRE REACH.

11:32:20 2   THE FOUR SECOND LOOKS LIKE IT'S IN THE ONE AREA INTO THE NORTH

11:32:28 3   THERE.

11:32:28 4   Q.  NOW, WHEN YOU DID YOUR CHART THAT MR. SMITH QUESTIONED YOU ABOUT

11:32:33 5   FOR OVERTOPPING RATES, THE 25 PERCENT, THE 50 PERCENT, THE

11:32:38 6   25 PERCENT, WERE YOU EXTRAPOLATING OFF OF THE INFORMATION CONTAINED

11:32:44 7   IN THIS CHART OR WERE YOU USING THE CORRECT INFORMATION FOR PEAK

11:32:49 8   SURGE?

11:32:49 9   A.  I USED THE CORRECT INFORMATION.  I PLOTTED THAT WRONG.  I HAVE

11:32:53 10  HAD IT RIGHT ON ALL OF THE OTHER THINGS I'VE SHOWN, IT WENT RIGHT

11:32:57 11  INTO THE CODE.  THE FILES THAT I SENT TO MR. FITZGERALD, THAT I'M

11:33:00 12  SURE YOU HAVE IN YOUR POSSESSION, HAVE THE CORRECT NUMBERS ON THEM

11:33:03 13  AND DON'T HAVE THOSE NUMBERS.

11:33:04 14  Q.  YOU DID NOT MAKE AN INDEPENDENT DETERMINATION TO SCALE UP

11:33:11 15  DR. WESTERINK'S ADCIRC WATER LEVELS BY 1.12, YOU RELIED ON BRUCE

11:33:16 16  EBERSOLE'S ADVICE TO DO THAT, CORRECT?

11:33:19 17  A.  THAT'S CORRECT.  AND THE -- I MEAN, SINCE THIS IS IN AN AREA

11:33:26 18  THAT I HAD DONE IN THE IPET STUDY, IT WAS CONSISTENT WITH THE

11:33:28 19  SCALING WE FOUND WE HAD TO APPLY TO GET, TO MATCH WATER LEVELS IN

11:33:33 20  THE IPET STUDY.

11:33:34 21  Q.  WHEN I ASKED YOU THAT QUESTION IN YOUR DEPOSITION YOU TOLD ME

11:33:40 22  YES.

11:33:41 23  A.  YES, YES.  IT DIDN'T -- IT DID NOT RING ANY ALARMS WITH ME FOR

11:33:46 24  THAT REASON.

11:33:46 25  Q.  DOES IT TODAY?

11:33:48  1   A.  NO.

11:33:48  2   Q.  IN YOUR FIRST REPORT, CAN YOU SHOW ME WHERE OR IF YOU CORRELATED

11:34:19  3   PEAK SURGE TO SPECIFIC TIMES?

11:34:24  4   A.  TIME?

11:34:31  5   Q.  TIME.

11:34:31  6   A.  I DON'T THINK I PLOTTED IT IN THE FIRST REPORT.  CAN YOU POINT

11:34:31  7   ME OUT WHERE YOU THINK I MIGHT HAVE AND MAYBE I --

11:34:32  8   Q.  I AM NOT AWARE THAT YOU DID, THAT'S PRECISELY MY POINT.

11:34:35  9   A.  I DON'T THINK I DID, NO.

11:34:35 10          THE COURT:  HE IS SAYING HE DOES NOT THINK HE DID.

11:34:39 11   BY MR. ROY:

11:34:40 12   Q.  ARE YOU RELYING UPON MR. EBERSOLE WHEN YOU COME TO COURT TODAY

11:34:45 13   WITH THIS NEW INFORMATION THAT YOU OPINED ABOUT UP ON THE BOARD, OR

11:34:50 14   AT LEAST REFLECTED UPON WHEN IT WAS UP ON THE BOARD, ABOUT A PEAK

11:34:55 15   SURGE TIME?

11:34:58 16   A.  I AM NOT --

11:35:00 17          MR. SMITH:  EXCUSE ME, YOUR HONOR.  I THINK THIS

11:35:02 18   MISREPRESENTS THE CHARTS, THEY WERE OVERTOPPING FLOW RATES NOT PEAK

11:35:07 19   SURGE RATES.  THIS IS THE DIFFERENCE BETWEEN PEAK SURGE AND

11:35:09 20   OVERTOPPING FLOW RATES.  HE TESTIFIED ABOUT OVERTOPPING FLOW, NOT

11:35:13 21   PEAK SURGE.

11:35:14 22          THE COURT:  I UNDERSTAND.  AND ARE YOU TRYING TO --

11:35:17 23          MR. ROY:  I'LL STRAIGHTEN THE QUESTION OUT, YOUR HONOR.

11:35:19 24          THE COURT:  ALL RIGHT.  THANK YOU.

11:35:20 25   BY MR. ROY:

───────── FINAL DAILY COPY ─────────

11:35:21 1   Q.  DR. RESIO, CAN YOU SHOW ME IN YOUR REPORT WHERE YOU CORRELATED

11:35:29 2   WITH A TIME THE PEAK OVERTOPPING RATES THAT YOU CALCULATED?

11:35:37 3   A.  I DID NOT.  I DID NOT -- I DID PROVIDE TIME SERIES TO

11:35:42 4   MR. FITZGERALD THAT I ASSUME YOU DO HAVE.

11:35:44 5   Q.  BUT IT'S NOT IN YOUR REPORT?

11:35:46 6   A.  I DID NOT BOTHER TO PUT IT IN THE REPORT BECAUSE IT JUST SEEMED

11:35:50 7   LIKE THAT WASN'T -- ANYWAY, I DID NOT.

11:35:56 8   Q.  ONCE AGAIN I DON'T KNOW WHAT POWERPOINT IT IS, BUT CAN WE PULL

11:36:04 9   UP WHAT I THINK IS DM -- IT'S THE SURGE AND WAVE COMPARISON.  IT WAS

11:36:14 10  40, BUT I THINK IT MAY HAVE CHANGED TO 42.

11:36:33 11          WE'RE UP HERE.  DM 27-40.  JUST SO WE'RE CLEAR ON THIS.

11:36:45 12  WHEN YOU WERE TESTIFYING, IF UNDERSTOOD IT, YOU WERE TALKING ABOUT

11:36:49 13  THIS BEING REPRESENTATIVE ALONG REACH 2 DURING KATRINA, CORRECT?

11:36:53 14  A.  I BELIEVE ALL SIX SCENARIOS ARE THERE, YES, DURING KATRINA, YES.

11:36:58 15  Q.  FAIR ENOUGH.  THE ACTUAL KATRINA SURGE BETWEEN MILE MARKER 1 AND

11:37:06 16  21, THE PEAK RANGES BETWEEN 15 AND A HALF FEET APPROXIMATELY AND 17

11:37:13 17  AND A HALF FEET, IF I AM READING THIS RIGHT.  IS THAT CORRECT?  REAL

11:37:18 18  KATRINA WHAT ACTUALLY HAPPENED ACCORDING TO YOUR RUN.

11:37:21 19  A.  THAT'S RIGHT.  AND MAY I TAKE A MOMENT TO EXPLAIN?

11:37:25 20  Q.  SURE.

11:37:25 21  A.  YOU DO HAVE TO UNDERSTAND --

11:37:27 22          THE COURT:  JUST A MINUTE, SIR.  HOLD ON.  I'M SORRY FOR

11:37:42 23  THE INTERRUPTION.

11:37:43 24          MR. ROY:  NO PROBLEM.

11:37:44 25          THE WITNESS:  AS LONG AS YOU UNDERSTAND WHERE THESE POINTS

FINAL DAILY COPY

11:37:47 1   ARE.  THESE ARE THE POINTS FOR, THAT WE'RE TAKING AS THE D, YOU

11:37:52 2   KNOW, RIGHT ALONG THE MRGO.  THERE'S PROBABLY ABOUT SEVEN TENTHS OF

11:37:57 3   ONE FOOT, BALL PARK, I MEAN, COMING OUT OF THE -- MAYBE SOME PLACES

11:38:05 4   AS MUCH AS A FOOT, I DON'T KNOW, I DIDN'T LOOK AT EVERYTHING.  BUT

11:38:11 5   IN THE SETUP BETWEEN THOSE SURGES AND ALL OF THE WAVE ENERGY THAT IS

11:38:17 6   LEAVING THE WAVE FIELD IS NOW CONTRIBUTING TO SETUP AT THE LEVEE.

11:38:21 7   SO THE WATER LEVELS AT THE LEVEE WOULD BE SLIGHTLY HIGHER THAN THAT.

11:38:25 8   BY MR. ROY:

11:38:26 9   Q.  GOING TO THE BOTTOM OF THAT SAME ILLUSTRATION, THE GREEN LINE IS

11:38:32 10  INTENDED TO REFLECT YOUR OPINION OF WHAT THE REAL WAVE HEIGHTS WERE,

11:38:38 11  AT LEAST UP TO THE, WHAT, THE MIDDLE OF THE MRGO?

11:38:41 12  A.  RIGHT, RIGHT.

11:38:41 13  Q.  DURING KATRINA, CORRECT?

11:38:43 14  A.  THAT'S CORRECT.

11:38:44 15  Q.  SO JUST SO WE KNOW EXACTLY WHAT YOUR TESTIMONY IS, IT'S

11:38:48 16  GENERALLY REFLECTED WHERE THAT GREEN LINE IS, WHICH REFLECTS WAVES,

11:38:53 17  BETWEEN MILE MARKER 3, WHICH IS APPROXIMATELY, WHAT, SIX AND THREE

11:39:02 18  QUARTER FEET TO MILE MARKER 21 AT SIX FEET, CORRECT?

11:39:09 19          MR. SMITH:  YOUR HONOR, I HAVE A QUESTION.

11:39:10 20          THE WITNESS:  I AM LOST, I'M SORRY.

11:39:13 21          MR. SMITH:  YOUR HONOR, I AM NOT SURE WHAT HE IS REFERRING

11:39:15 22  TO AS MILE MARKERS.

11:39:16 23          THE COURT:  I GUESS THE POINTS ALONG REACH 0 TO 21 AT THE

11:39:20 24  BOTTOM.

11:39:20 25          MR. ROY:  AND THANK YOU, ROBIN, FOR POINTING THAT OUT.

11:39:23  1    BY MR. ROY:

11:39:24  2    Q.  ON YOUR REPORT, ONE OF YOUR VERY FIRST FIGURES, WAS TO SET FORTH

11:39:27  3    21 DISCRETE AND INDEPENDENT POINTS ALONG REACH 2 OF MRGO, CORRECT?

11:39:33  4    A.  YES.  INSIDE THE CHANNEL.

11:39:35  5    Q.  BUT IT'S TRUE, RIGHT?

11:39:36  6    A.  THAT'S CORRECT.

11:39:36  7    Q.  YOU DECIDED THERE WERE GOING TO BE 21 REFERENCE POINTS, RIGHT?

11:39:41  8    A.  IN CONJUNCTION WITH PROFESSOR WESTERINK BECAUSE HE SENT ME 720

11:39:46  9    POINTS AND I THOUGHT THAT 21 WAS SUFFICIENT.

11:39:48 10    Q.  MY ONLY POINT IS, SIR, YOU CHOSE TO REFERENCE POINTS ALONG THE

11:39:52 11    MRGO IN TERMS OF YOUR 21 REFERENCE POINTS AS OPPOSED TO MILE

11:39:57 12    MARKERS, THAT'S ALL I'M TRYING TO SAY.

11:39:58 13    A.  THAT'S RIGHT.

11:39:59 14         THE COURT:  SO THEY'RE NOT NECESSARILY SEPARATED EACH BY A

11:40:02 15    MILE; IS THAT CORRECT, SIR?

11:40:04 16         THE WITNESS:  THAT IS TRUE.

11:40:05 17         THE COURT:  ALL RIGHT.  THANK YOU, BECAUSE I WAS A LITTLE

11:40:08 18    OFF.

11:40:09 19    BY MR. ROY:

11:40:10 20    Q.  SO IN ANY EVENT, THE RANGE OF WAVES THAT YOU SAY, USING WHATEVER

11:40:15 21    YOU DID, EXISTED DURING KATRINA IN THE MIDDLE OF THE MRGO CHANNEL

11:40:21 22    REACH 2 RANGE FROM POINT 1 JUST UNDER FIVE FEET TO A HIGH IN SOME

11:40:33 23    PLACES OF SEVEN FEET AT AROUND POINT 6, SIX FEET AT POINT 14, AND

11:40:41 24    SIX FEET AT POINT 18 AND 20?

11:40:44 25         THE COURT:  MAKE SURE I AM RIGHT.  IT LOOKS LIKE POINT 10

11:40:47 1    IS THE HIGHEST, ABOUT THE HIGHEST.

11:40:49 2            THE WITNESS:  THAT'S ABOUT SEVEN FEET APPROXIMATELY.

11:40:54 3            THE COURT:  OKAY.

11:40:55 4    BY MR. ROY:

11:41:00 5    Q.  BUT THE RANGE DEPENDING UPON WHERE ON THE MRGO IS BASICALLY FOUR

11:41:02 6    AND A HALF TO SEVEN-FOOT WAVE IN THE MIDDLE OF THE MRGO; IS THAT

11:41:06 7    CORRECT?

11:41:07 8    A.  SOMEWHERE IN THAT NEIGHBORHOOD, YES.

11:41:08 9    Q.  NOW, THE SCENARIO 5 WAVE HEIGHT, -- WHAT WAS SCENARIO 5?

11:41:26 10   A.  OH, YOU WOULD ASK.  IT WAS ON SOME OF MY OTHER CHARTS.

11:41:30 11   Q.  I THINK IT WAS MRGO --

11:41:32 12   A.  IT'S IN MY REPORT HERE RATHER THAN GUESSING I AM GOING TO LOOK

11:41:35 13   AT MY REPORT.

11:41:36 14   Q.  I THINK IT'S THE MRGO AS BUILT.  BUT LET'S BOTH LOOK IT UP.

11:41:45 15   HERE IT IS, IT'S PAGE 11 OF YOUR FIRST REPORT.

11:41:48 16   A.  RIGHT, I HAVE IT.

11:41:49 17   Q.  IN DECEMBER.

11:41:50 18   A.  I HAVE IT.  IF YOU JUST -- NOW IF YOU WOULD ASK ME THE QUESTION

11:41:54 19   I CAN PROBABLY ANSWER IT.

11:41:55 20   Q.  SCENARIO 5 IS IDEAL MRGO APPROXIMATE DESIGN DIMENSIONS,

11:41:59 21   PREKATRINA DIMENSIONS, CONDITIONS AT KATRINA LANDFALL IF MRGO HAD

11:42:06 22   BEEN AT DESIGN DIMENSIONS.  RIGHT?

11:42:07 23   A.  RIGHT, WITH THE 2005 WETLANDS.

11:42:09 24   Q.  RIGHT.  THIS IS THE GOVERNMENT'S SCENARIO, RIGHT?

11:42:11 25   A.  SCENARIO 5, YES.

```
11:42:13  1    Q.  JUST FOR REFERENCE, LET'S LOOK AT POINT 18 --

11:42:20  2              THE COURT:  KEEP THAT THOUGHT, POINT 18.

11:42:23  3              SO I CAN UNDERSTAND THIS GRAPH, DO YOU KNOW WHAT DISTANCE

11:42:26  4    THERE IS FROM POINT 0 TO 21 OR WHERE IT IS?

11:42:32  5              THE WITNESS:  I AM GOING TO SAY ABOUT 12 MILES, BUT I

11:42:38  6    AM -- SOMEBODY ELSE COULD PROVE ME WRONG ON THAT, IT WOULDN'T

11:42:41  7    SURPRISE ME.

11:42:42  8              THE COURT:  AND ARE THE POINTS AS SHOWN ON THE GRAPH

11:42:44  9    EQUIDISTANT?

11:42:46 10              THE WITNESS:  IT'S ACTUALLY SHOWN IN MY REPORT AND IT'S

11:42:49 11    NOT EXACTLY EQUIDISTANT BECAUSE THE MODEL RUN THAT'S DOING THIS USES

11:42:55 12    AN IRREGULAR GRID.  THE ADCIRC MODEL IS NOT A RECTANGULAR GRID SO

11:42:59 13    YOU'RE NEVER GUARANTEED THAT THESE POINTS ARE GOING TO BE FALLING

11:43:03 14    EQUAL DISTANCE APART, AND I DON'T THINK THESE ARE EXACTLY AN EQUAL

11:43:09 15    DISTANCE BUT THEY'RE CLOSE.

11:43:11 16              THE COURT:  SO IT'S APPROXIMATELY 12 MILES NOT

11:43:14 17    EQUIDISTANT?

11:43:15 18              THE WITNESS:  KIND OF.

11:43:16 19              THE COURT:  SOMEWHAT EQUIDISTANT.

11:43:19 20              THE WITNESS:  YES.

11:43:20 21    BY MR. ROY:

11:43:21 22    Q.  DR. RESIO, IT'S REFLECTED, THESE 21 POINTS ARE REFLECTED IN

11:43:22 23    FIGURE 1, PAGE SIX OF YOUR PLEASE FIRST REPORT, DECEMBER '08,

11:43:27 24    BASICALLY TO KEEP OUR ORIENTATION SIMPLE, POINT 1 IS AT THE VERY TOP

11:43:31 25    AT REACH 1 -- REACH 2, I'M SORRY, AND POINT 21 IS RIGHT AT THE
```

11:43:36 1    VERRET LEVEE TURN AT THE BOTTOM OF REACH 2, CORRECT?

11:43:40 2    A.   THAT'S RIGHT.

11:43:41 3    Q.   POINT 11, 10 BE RIGHT IN THE NEIGHBORHOOD OF, WHAT, BAYOU

11:43:46 4    BIENVENUE?

11:43:46 5    A.   I THINK SO.

11:43:47 6            THE COURT:   SOMEWHERE IN THE MIDDLE.

11:43:49 7            MR. ROY:   IT'S NOT IMPORTANT, SOMEWHERE IN THE MIDDLE.

11:43:52 8            THE WITNESS:   RIGHT.

11:43:53 9    BY MR. ROY:

11:43:53 10   Q.   LET'S GO BACK TO THIS DEMONSTRATIVE UP HERE THAT MR. SMITH WAS

11:43:58 11   ASKING YOU ABOUT.   CAN WE AGREE THAT IF THE MRGO AS BUILT UNDER YOUR

11:44:10 12   OWN MODEL HAD NOT WIDENED THAT THE WAVES BETWEEN, LET'S KEEP IT

11:44:16 13   SIMPLE, POINT 18 AND 19 WOULD HAVE BEEN FOUR AND A HALF FEET HIGH

11:44:21 14   INSTEAD OF SIX FEET HIGH, ACCORDING TO THIS DEMONSTRATIVE; THAT'S

11:44:31 15   TRUE, ISN'T IT?

11:44:32 16   A.   I DIDN'T HEAR A QUESTION, I'M SORRY.   WHAT WAS THE QUESTION?

11:44:37 17   ARE YOU SAYING ARE THESE VALUES -- IF YOU'RE ASKING ARE THE VALUES

11:44:40 18   FOUR AND A HALF FEET HIGH AT POINTS 18 AND 19, THAT LOOKS

11:44:44 19   APPROXIMATELY CORRECT.

11:44:44 20   Q.   SO THE MRGO DESIGNED WIDTH, YOUR SCENARIO 5, THE WAVES ARE FOUR

11:44:52 21   AND A HALF FEET HIGH AT POINT 18 WHEREAS THEY'RE SIX FEET HIGH UNDER

11:44:58 22   REAL RUN KATRINA?

11:45:00 23   A.   THAT'S CORRECT.

11:45:02 24   Q.   THEY'RE LOWER WITH THE MRGO AT ITS DESIGNED WIDTH BY YOUR OWN

11:45:07 25   TESTING, YOUR TEAM'S OWN TESTING, RIGHT?

11:45:09 1   A.   THAT'S CORRECT.

11:45:09 2   Q.   AT POINT 14 THE AS-DESIGNED WIDTH MR. MRGO WOULD HAVE WAVES OF

11:45:19 3   ABOUT FOUR AND A HALF FEET, YOUR SCENARIO 5, CORRECT?

11:45:22 4   A.   AT POINT 14, THAT'S RIGHT, YES.

11:45:25 5   Q.   WHEREAS, REAL KATRINA, YOUR TEAM'S RUN SHOWED WAVES AT SIX FEET,

11:45:32 6   CORRECT?

11:45:33 7   A.   SLIGHTLY UNDER, I WOULD CALL IT 5.8.

11:45:36 8   Q.   AT POINT 6, AN AS-DESIGNED, AS-BUILT MRGO WITHOUT WIDENING YOUR

11:45:46 9   MODEL REFLECTED WAVES OF FIVE FEET IN THE MRGO, CORRECT?

11:45:52 10  A.   ARE WE SWITCHING TO SCENARIO 3 NOW?

11:45:54 11  Q.   NO, SIR.  SCENARIO 5, SAME SCENARIO.

11:45:58 12  A.   AT WHICH POINT?  I'M SORRY.

11:46:03 13  Q.   POINT 6.

11:46:05 14  A.   AT POINT 6 IT LOOKS TO ME LIKE I SEE THE DASHED LINE, THERE'S NO

11:46:10 15  DOTS IN IT.  I THOUGHT WE WERE LOOKING AT THE LINE THAT HAD DASHES

11:46:13 16  AND DOT.

11:46:13 17  Q.   WE ARE.

11:46:14 18  A.   AND NOW IT LOOKS LIKE WE'VE SWITCHED TO DASHES ONLY, AND I JUST

11:46:17 19  WANT TO MAKE SURE WHICH SCENARIO YOU'RE TALKING ABOUT.

11:46:21 20       THE COURT:  DASHES AND DOTS, RIGHT?

11:46:23 21       THE WITNESS:  IF YOU'RE LOOKING AT DASHES AND DOTS, THEN

11:46:24 22  THE VALUE IS SOMEWHERE, OH, GEEZ, IT'S HARD TO SEE.  YOU MAY BE

11:46:35 23  RIGHT.  THAT CAN BE A PLOTTING, I DIDN'T SEE THAT.  IT COULD BE

11:46:40 24  RIGHT, YES.

11:46:41 25  BY MR. ROY:

2929

11:46:41 1    Q.  LOOK AT MILE MARKER SEVEN.  YOU SEE THE DASH WITH THE TWO DOTS

11:46:47 2    AND THE DASH?

11:46:47 3    A.  I DO.

11:46:47 4    Q.  AND THEN IT'S GOING TO DOWN TO FIVE.

11:46:49 5    A.  YES, THAT'S WHAT I'M SAYING.  BUT WHEN I FIRST LOOKED AT IT ALL

11:46:52 6    I SAW WERE DASHES.

11:46:53 7    Q.  BUT NOW YOU UNDERSTAND.

11:46:53 8    A.  ALL RIGHT.

11:46:55 9    Q.  YOUR CALCULATIONS AS-BUILT UNWIDENED MRGO, YOUR TESTING WOULD

11:46:59 10   HAVE BEEN WAVES OF FIVE FEET COMPARED TO YOUR REAL RUN KATRINA

11:47:05 11   TWO-FOOT HIGHER WAVES?

11:47:06 12   A.  YES.  IN THE POINT D, THE PLACE IN THE MRGO.

11:47:14 13   Q.  LET'S GO TO YOUR STWAVE.  WHEN WE LOOKED AT YOUR STWAVE

11:47:25 14   MODELING, IS IT TRUE THAT YOU AGREED THAT EIGHT TO NINE-FOOT WAVES

11:47:30 15   WERE REFLECTED IN LAKE BORGNE?

11:47:32 16   A.  I THINK I SAID EIGHT, BUT I DIDN'T SEE ANY CONTOUR DEPICTING

11:47:38 17   NINE BUT CERTAINLY COULD BE EIGHT.  AND IT MIGHT BE, YOU KNOW, YOU

11:47:41 18   COULD BE RIGHT, IT COULD BE THERE'S SOME CONTOUR NOT QUITE SHOWN AND

11:47:46 19   IT COULD BE SLIGHTLY OVER EIGHT FEET.

11:47:49 20   Q.  WE TALKED ABOUT WHY YOUR TEAM USED HALF PLANE MODELING STWAVE

11:47:54 21   FOR THE BOUNDARY, AND YOU TOLD ME THERE WERE CERTAIN DISADVANTAGES

11:47:58 22   TO THAT, DIDN'T YOU?

11:47:59 23   A.  TO THE HALF PLANE, YES.

11:48:01 24   Q.  YES, THE HALF PLANE.

11:48:04 25        AND EVEN USING YOUR FULL PLANE, IT'S TRUE, YOU'LL ADMIT TO

11:48:12  1   ME, WON'T YOU, THAT YOUR 200 METER OR 656 FOOT SQUARE GRIDS ARE A

11:48:18  2   LITTLE LOW RESOLUTION?

11:48:18  3   A.  IT'S MARGINAL RESOLUTION, YES.

11:48:22  4   Q.  AND SO WE KNOW WE'RE TALKING WITH THE SAME THING, PULL UP PX

11:48:28  5   1557, WHICH IS THE ACTUAL DEMONSTRATIVE WE USED AT YOUR DEPOSITION.

11:48:37  6   THERE ARE ARROWS POINTING TO WHAT WE BOTH REFERRED TO AS RED DOTS,

11:48:43  7   CORRECT?

11:48:43  8   A.  THAT IS CORRECT.

11:48:47  9   Q.  NOW, WHEN YOU BLOW IT UP LIKE THAT IT KIND OF STICKS OUT,

11:48:53 10   DOESN'T IT?

11:48:56 11   A.  YEAH, I MEAN, IT EMPHASIZES IT.

11:48:57 12   Q.  YOU DON'T KNOW WHETHER IT'S REFRACTION, LOCALIZED FOCUSSING OR

11:49:05 13   ACTUAL WAVE HEIGHTS AT THE MRGO, BUT YOU WOULD KNOW THE ANSWER IF

11:49:13 14   THIS WERE IN 25 METER BY 25 METER OR EVEN FINER RESOLUTION; ISN'T

11:49:18 15   THAT TRUE?

11:49:18 16   A.  I MEAN, YES.  AND I MAY I EXPLAIN?

11:49:21 17   Q.  SURE, GO AHEAD.

11:49:22 18   A.  WE DID RUN SMALLER SCALES TO ACTUALLY LOOK AT THIS.  AND WHAT WE

11:49:26 19   SAW WAS THAT --

11:49:28 20        MR. ROY:  YOUR HONOR, I AM GOING TO OBJECT NONRESPONSIVE,

11:49:30 21   AND ALSO IT'S NOT REPORTED ANYWHERE THAT HE'S DONE THESE AND WE SURE

11:49:33 22   HAVEN'T SEEN THEM.

11:49:34 23        THE WITNESS:  OKAY.

11:49:35 24        THE COURT:  WAIT.  JUST A MINUTE.  I WAS MAKING A NOTE.

11:49:46 25   LET ME GO BACK.

11:50:00 1          I WOULD ASK THE COURT REPORTER TO PLEASE READ THE QUESTION

11:50:03 2  AGAIN.  THE QUESTION YOU DON'T KNOW WHETHER IT'S REFRACTION.

11:50:31 3       (WHEREUPON, THE QUESTION WAS READ BACK BY THE COURT REPORTER.)

11:50:33 4          THE COURT:  I THINK HE SAID, YES, MAY I EXPLAIN.  AND

11:50:40 5  THAT'S WHERE WE GOT INTO OUR LITTLE QUANDARY.

11:50:50 6          THE WITNESS:  CAN I EXPLAIN IF I DON'T REFERENCE?

11:50:52 7          THE COURT:  YES, YOU CAN EXPLAIN.

11:50:53 8          THE WITNESS:  I WOULD EXPLAIN JUST ON THEORETICAL PURPOSES

11:50:56 9  THEN.  ON THEORETICAL PURPOSES WHEN YOU CROSS A CHANNEL -- MAY I USE

11:51:03 10 THE BOARD?

11:51:04 11         THE COURT:  YES, YOU MAY.

11:51:05 12         THE WITNESS:  I THINK IT'S AN IMPORTANT POINT.

11:51:17 13         THE COURT:  YOU CAN ERASE --

11:51:27 14         THE WITNESS:  MAY I ERASE THAT?

11:51:27 15         THE COURT:  -- THE VERY INTERESTING --

11:51:28 16         THE WITNESS:  I WAS ALSO LOOKING FOR SOME GOOD GOVERNMENT

11:51:28 17 CHALK.

11:51:28 18         THE COURT:  GO AHEAD.

11:51:29 19         THE WITNESS:  SO ANYWAY.  IF YOU'RE CROSSING A CHANNEL AND

11:51:33 20 YOU'RE TALKING ABOUT WIND EFFECTS, IT'S CONSISTENT.  IF YOU'RE

11:51:36 21 TALKING ABOUT BREAKING EFFECTS, IT'S CONSISTENT.  IF YOU'RE TALKING

11:51:40 22 ABOUT ANY OF THE EFFECTS THAT WE'VE BEEN TALKING ABOUT, IT'S

11:51:43 23 CONSISTENT.

11:51:44 24         IF YOU'RE TALKING ABOUT REFRACTION, IT'S REALLY QUITE

11:51:47 25 INTERESTING.  A WAVE RAY COMING ALONG THIS DIRECTION WILL REFRACT

11:51:55 1    LIKE THIS HERE AND THEN LIKE THAT THERE (DRAWING).  EVERY WAVE RAY

11:51:59 2    CROSSING A REGULAR CHANNEL WILL, IN FACT, EMERGE ON THE OTHER SIDE

11:52:03 3    SIMPLY DISPLACED BUT WITH THE SAME CHARACTERISTIC WAVE HEIGHTS AND

11:52:07 4    PERIODS.

11:52:08 5          WAVE REFRACTION, IT'S THE SAME THING AS CERTAIN TYPES OF

11:52:11 6    LENSES WHERE ALL IT DOES IS SHIFT THE LIGHT BEAM OVER AND THAT'S ALL

11:52:16 7    THIS DOES.  SO YOU CAN RUN ANY ANGLE THAT YOU WANT AND IT SIMPLY

11:52:21 8    WOULD HAVE EMERGED LIKE THAT ON THE OTHER SIDE (DRAWING).

11:52:25 9          SO WE PRETTY MUCH KNOW THAT IF WE HAD RESOLVED THIS

11:52:31 10   CHANNEL EXACTLY RIGHT, ALL OF THOSE WAVE HEIGHTS WOULD BE SMOOTH.

11:52:36 11   WE KNOW THAT THE HIGH POINTS, AND WE KNOW THAT THE WINDS ARE THE

11:52:40 12   SAME, WE KNOW ALL OF THIS, SO WE KNOW IT IS ARTIFICIAL -- THAT THOSE

11:52:45 13   DOTS ARE, IN FACT, DUE TO ARTIFICIAL CONVERGENCE AND DIVERGENCE ON

11:52:51 14   THE BERM, NOT IN THE CHANNEL BUT ON THE BERM BEYOND THE MRGO AND

11:52:57 15   BEFORE YOU GET --

11:53:01 16         AGAIN, I WOULD LIKE TO POINT OUT THAT'S NOT WHERE I TOOK

11:53:02 17   THE INPUT BOUNDARY CONDITIONS FOR THE BOUSSINESQ.  I TOOK THE

11:53:08 18   BOUSSINESQ RUNS -- AND IF YOU'VE SEEN THOSE, THOSE DON'T REFLECT

11:53:11 19   BIGS UP AND DOWNS, THOSE ARE FAIRLY SMOOTH RUNNING ALONG AND THAT'S

11:53:16 20   BECAUSE THEY DON'T -- THEY ARE TAKEN BEFORE ALL OF THE CONVERGENCE

11:53:20 21   AND DIVERGENCE ACTUALLY AFFECTS THE WAVE HEIGHTS.

11:53:24 22         THE COURT:  YES, SIR.

11:53:32 23   BY MR. ROY:

11:53:33 24   Q.  YOU DID TELL ME THAT A 25 METER BY 25 METER OR FINER RESOLUTION

11:53:40 25   WOULD SHOW US THE DIFFERENCE, DIDN'T YOU?

11:53:43 1    A.  I DID.  IT WOULD SHOW "THE DIFFERENCE" -- I AM NOT SURE WHEN

11:53:46 2    YOU'RE SAYING "THE DIFFERENCE" WHAT DIFFERENCE YOU'RE TALKING ABOUT.

11:53:50 3    IF YOU'RE TALKING ABOUT THE DIFFERENCE BETWEEN HIGH RESOLUTION AND

11:53:52 4    LOW RESOLUTION, THEN MY ANSWER IS YES.

11:53:55 5    Q.  YOUR MODELING DID NOT IMAGE THE EXACT CONTOURS OF THE MRGO AS IT

11:54:05 6    EXISTED PRIOR TO OR AT THE TIME OF KATRINA; IS THAT CORRECT?

11:54:11 7    A.  THAT IS CORRECT.

11:54:12 8    Q.  IT DID NOT REFLECT THE ACTUAL DEPTHS THAT WERE IN EXISTENCE AT

11:54:24 9    THE TIME OF KATRINA, OR EVEN AFTER, THAT'S TRUE, TOO?

11:54:24 10   A.  WE DID IT THE BEST WE COULD WITH 200-METER RESOLUTION.  IF

11:54:28 11   YOU'RE ASKING COULD IT BE DONE ON A FINER RESOLUTION, YES, IT COULD.

11:54:33 12   Q.  AND ALL OF YOUR COULWAVE ASSUMED A 30-FOOT DEPTH OF THE MRGO;

11:54:37 13   ISN'T THAT CORRECT?

11:54:37 14   A.  THAT'S RIGHT.

11:54:38 15   Q.  THERE'S NO LIMITATION ON COULWAVE THAT REQUIRES YOU TO USE THAT

11:54:46 16   AS A MAXIMUM DEPTH, IS THERE?

11:54:48 17   A.  NO.  NO, I MEAN, THERE ARE SOME REQUIREMENTS ON LIMITED -- THE

11:54:53 18   DEEPEST DEPTH I CAN PUT IT IN, BUT 30 FOOT IS WELL WITHIN THE

11:54:57 19   LIMITS.

11:54:57 20   Q.  YOU COULD HAVE PUT IN 40, YOU COULD HAVE PUT IN 45, YOU COULD

11:55:00 21   HAVE DONE 50, 55, EVEN 60 FEET SINCE SOME OF THE DEPTHS OF THE MRGO

11:55:06 22   WERE THAT DEPTH, RIGHT?

11:55:08 23   A.  YES, WE COULD HAVE.

11:55:10 24   Q.  NOW, YOU'VE MENTIONED -- IS IT DR. LYNETT OR MR. LYNETT?

11:55:15 25   A.  IT'S DOCTOR, HE IS A PROFESSOR, ASSOCIATE PROFESSOR.

11:55:20 1    Q.  HE WAS NOT HIRED TO ASSIST THE DEFENSE TEAM OF EXPERTS IN

11:55:28 2    CONNECTION WITH THIS LITIGATION, WAS HE?

11:55:29 3    A.  I MEAN, HE WAS -- NOT AT THE TIME OF MY REPORT.  I DID GO BACK

11:55:36 4    AND ASK HIM AFTERWARDS AND WE DID GET HIM UNDER CONTRACT TO HELP US

11:55:40 5    WITH ALL OF THE SUPPLEMENTAL RUNS.

11:55:43 6    Q.  YOUR SECOND REPORT?

11:55:45 7    A.  YES.

11:55:45 8    Q.  AFTER I DEPOSED YOU?

11:55:47 9    A.  YES, RIGHT.  BUT BEFORE THAT, TO MAKE IT PERFECTLY CLEAR, THE

11:55:51 10   WORK HE DID WAS UNDER CONTRACT WITH THE GOVERNMENT.  IT WAS DONE FOR

11:55:55 11   ME, I ASKED HIM TO DO BUT IT WAS DONE FOR A DIFFERENT PURPOSE.  AND

11:55:59 12   HE AND I BOTH THOUGHT IT WOULD SUFFICE FOR WHAT WE NEEDED HERE AS

11:56:04 13   WELL USING ALL OF OUR PROFESSIONAL JUDGMENT.  AND, YES, HE IS AN

11:56:10 14   ENGINEER.

11:56:11 15   Q.  WELL, WAS DR. LYNETT BASICALLY A GOOD SAMARITAN THAT DIDN'T

11:56:33 16   CHARGE ANYTHING FOR THIS?

11:56:34 17   A.  THE FIRST TIME?

11:56:35 18   Q.  YES.

11:56:36 19   A.  THAT IS CORRECT.  I MEAN, HE WAS PAID FOR IT AND HE FELT, I

11:56:40 20   GUESS, OBLIGATED TO HELP ME OUT TO MAKE SURE THAT WE HAD -- THAT I

11:56:50 21   DID EVERYTHING WITH HIS WORK CORRECTLY.

11:56:51 22   Q.  HE LEFT BOTTOM FRICTION OUT OF THE COULWAVE INPUTS, DIDN'T HE?

11:56:56 23   A.  IN THE CHANNEL.  IN THE DEEPEST PART THERE'S NO FRICTION, AND

11:57:03 24   THEN HE ACTUALLY HAD SOME FRICTION, I THOUGHT.  I KNOW HE DOES ON

11:57:08 25   THE SUPPLEMENTALS.  I KNOW WHAT HIS FRICTION COEFFICIENT IS AND I

11:57:14 1   THOUGHT HE HAD THE SAME FRICTION COEFFICIENT IN HIS FIRST SET OF

11:57:17 2   RUNS.

11:57:17 3   Q.  NOWHERE IN YOUR FIRST REPORT DID YOU EVER IDENTIFY LYNETT BY

11:57:21 4   NAME AS HAVING CONTRIBUTED MATERIAL TO THAT REPORT; ISN'T THAT TRUE?

11:57:27 5   A.  IT COULD BE TRUE.  I THINK I CERTAINLY REFERENCED COULWAVE WHICH

11:57:28 6   IS HIS MODEL BUT NOT HIM PERSONALLY.

11:57:31 7   Q.  NOW, IS IT TRUE THAT YOU BELIEVE YOU CANNOT RUN THE COULWAVE

11:57:39 8   SITE SPECIFIC?

11:57:42 9   A.  NO.

11:57:44 10  Q.  YOU CAN BUT IN YOUR OPINION IT'S JUST TOO COMPUTATIONALLY

11:57:50 11  IMPOSSIBLE TO DO IT FOR THIS CASE UNLESS SOMEBODY SAID YOU NEED IT,

11:57:54 12  RIGHT?

11:57:55 13  A.  WELL, I THINK IT'S --

11:57:56 14  Q.  CAN YOU ANSWER MY QUESTION YES OR NO?

11:57:58 15  A.  NO.  I DON'T AGREE WITH YOU ON THAT.  I THINK IT'S PART OF THE

11:58:02 16  ANSWER, I DON'T THINK IT'S THE WHOLE ANSWER.

11:58:04 17  Q.  WHAT'S THE WHOLE ANSWER?

11:58:38 18  A.  WELL, THE WHOLE ANSWER IS -- THERE'S TWO REASONS FOR DOING IT,

11:58:41 19  ONCE IS THAT REASON; THE OTHER IS WE THOUGHT IT WOULD SUFFICE FOR

11:58:45 20  THE ACCURACY WE NEEDED TO DO WHAT WE DID.  I MEAN, WE WERE NOT ONLY

11:58:49 21  FEELING LIMITED BY THE, BY COMPUTATIONAL, EVEN THOUGH PROBABLY BOTH

11:58:56 22  OF THOSE ARE IMPORTANT CONSIDERATIONS, I DON'T THINK WE COULD HAVE

11:58:58 23  DONE IT WITH THE SPECIFIC SITE APPROACH.

11:59:02 24       BUT WE ALSO DID NOT THINK THAT WHAT WE WERE DOING WAS

11:59:06 25  ADDING INACCURACY TO WHAT WE WERE DOING.

11:59:08 1  Q.  FOR A CASE OF THIS MAGNITUDE, DID ANYONE EVER ASK YOU TO DO IT

11:59:15 2  SITE SPECIFIC FOR THE MRGO?

11:59:17 3  A.  NO.  THEY ASKED ME MY OPINION OF WHAT I THOUGHT WE SHOULD DO,

11:59:21 4  AND I SAID THIS IS WHAT I THOUGHT WE SHOULD DO.

11:59:23 5  Q.  THE GENERIC VERSION?

11:59:25 6  A.  THAT'S CORRECT.

11:59:26 7  Q.  NOW, I DON'T WANT TO BEAT THIS HORSE TOO BADLY ON LIDAR, BUT I

11:59:48 8  REALLY WANT THIS RECORD TO BE ACCURATE.  IS IT FAIR TO SAY THAT YOU

11:59:53 9  DID NOT RELY UPON ACTUAL SURVEY OR LIDAR DATA TO ESTABLISH YOUR

11:59:58 10  REFERENCE POINTS?

11:59:59 11  A.  IT IS TRUE IN THAT I GOT MY DATA FROM MR. FITZGERALD.

12:00:03 12  Q.  AND MR. EBERSOLE?

12:00:05 13  A.  AND MR. EBERSOLE.

12:00:06 14  Q.  WE AGREE, SIR, THAT ONE OF YOUR OPINIONS REFLECTED IN YOUR

12:00:25 15  REPORT IS THAT WAVES CONTRIBUTED VERY SIGNIFICANTLY TO OVERTOPPING

12:00:29 16  RATES UP TO ABOUT A HALF TO ONE FOOT OF FREEBOARD ON THE REACH 2

12:00:37 17  LEVEES?

12:00:37 18  A.  THAT'S CORRECT.  I MEAN, ARE YOU READING FROM MY REPORT?

12:00:40 19  Q.  I BELIEVE I AM QUOTING PAGE 52 OF YOUR REPORT.

12:00:43 20  A.  OKAY.  THAT SOUNDED LIKE SOMETHING I HAD SAID, BUT I JUST WANTED

12:00:46 21  TO MAKE SURE THAT THAT WAS SOMETHING I SAID NOT SOMETHING SOMEBODY

12:00:49 22  ELSE SAID.

12:00:50 23  Q.  IF YOU WANT TO LOOK AT THAT TO BE SURE THEY'RE YOUR WORDS.

12:00:53 24  A.  SORRY.  I JUMPED ON THAT WHEN THEY SAY THAT'S EXACTLY WHAT THEY

12:00:59 25  TELL ME NOT TO DO.

12:01:01 1          THE COURT:  SIR, YOU'RE REFRESHINGLY CANDID.  GO AHEAD.

12:01:06 2          MR. ROY:  THERE'S NOT A LOT OF AMBIGUITY HERE.

12:01:16 3          THE COURT:  NO, NO.

12:01:16 4   BY MR. ROY:

12:01:16 5   Q.  THAT'S YOUR OPINION, ISN'T IT?  I'M SORRY --

12:01:16 6   A.  OKAY.  ON PAGE 52, GIVEN THE MAGNITUDES -- YES, I SEE EXACTLY.

12:01:22 7   IT WAS NOTED THAT WAVES CONTRIBUTED VERY SIGNIFICANTLY TO

12:01:25 8   OVERTOPPING RATES UP TO ABOUT ONE HALF TO ONE FOOT OF FREEBOARD.  SO

12:01:30 9   THE LEVEE IS ABOUT ONE HALF TO ONE FOOT ABOVE THE WATER ELEVATION.

12:01:35 10  Q.  THE STILL WATER?

12:01:36 11  A.  THE STILL WATER.

12:01:37 12  Q.  THAT'S STILL YOUR OPINION TODAY, ISN'T IT?

12:01:39 13  A.  THAT IS STILL MY OPINION TODAY.

12:01:42 14  Q.  LET'S PULL UP YOUR REPORT, AND I AM GOING TO CALL YOUR ATTENTION

12:01:53 15  TO PAGE 19 --

12:01:54 16          THE COURT:  MR. ROY, I AM ASSUMING YOU HAVE A LITTLE BIT

12:01:57 17  MORE TO GO?

12:01:58 18          MR. ROY:  YOUR HONOR, I PROBABLY HAVE 20 MINUTES,

12:02:02 19  30 MINUTES.

12:02:02 20          THE COURT:  WE'RE GOING -- WE'LL LET YOU -- WE ARE GOING

12:02:05 21  TO TAKE A LUNCHEON BREAK.

12:02:07 22          MR. ROY:  OKAY, GREAT.

12:02:09 23          THE COURT:  IT'S RIGHT AT NOON, WE WILL BE BACK AT, RIGHT

12:02:12 24  AT ONE O'CLOCK -- FIVE AFTER ONE, GIVE YOU A BREAK.  WE'RE IN RECESS

12:02:20 25  UNTIL FIVE AFTER ONE.

```
12:02:22  1        (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

12:02:25  2

12:02:25  3                        *  *  *  *  *  *

          4

          5

          6                    REPORTER'S CERTIFICATE

          7

          8        I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES

          9   DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY

         10   THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF

         11   MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

         12   THE ABOVE-ENTITLED AND NUMBERED MATTER.

         13

         14

         15                    _____

         16                    KAREN A. IBOS, CCR, RPR, CRR

         17                    OFFICIAL COURT REPORTER

         18

         19

         20

         21

         22

         23

         24

         25
```

**'08** [1] - 2926:23
**'80S** [1] - 2911:18
**'81** [1] - 2909:25

## 0

**0** [3] - 2889:1, 2923:23, 2926:4
**06-CV-2268** [1] - 2834:3

## 1

**1** [13] - 2849:18, 2869:5, 2869:6, 2869:8, 2869:15, 2875:2, 2885:24, 2898:3, 2922:15, 2924:22, 2926:23, 2926:24, 2926:25
**1,500** [1] - 2842:9
**1,700** [2] - 2842:15, 2842:16
**1,800** [1] - 2842:15
**1.12** [2] - 2918:12, 2920:15
**1.9** [1] - 2855:9
**10** [4] - 2894:17, 2919:21, 2924:25, 2927:3
**100** [2] - 2845:16, 2889:7
**100-MILE** [2] - 2903:8, 2913:1
**1000** [1] - 2834:14
**1000-FOOT** [1] - 2841:6
**10022** [1] - 2835:24
**10:30** [1] - 2881:20
**11** [3] - 2919:22, 2925:15, 2927:3
**1100** [1] - 2834:23
**12** [5] - 2878:25, 2918:5, 2919:22, 2926:5, 2926:16
**1205** [1] - 2835:19
**125** [1] - 2890:15
**1261** [1] - 2835:9
**13** [1] - 2851:20
**1366** [1] - 2835:9
**14** [6] - 2834:9, 2893:16, 2899:7, 2924:23, 2928:2, 2928:4
**14-FOOT** [1] - 2893:19
**14.5** [1] - 2894:10
**15** [9] - 2848:20, 2848:22, 2855:7,

2855:8, 2855:13, 2860:20, 2879:10, 2899:12, 2922:16
**15.4** [1] - 2919:15
**1500** [1] - 2911:25
**1500-FOOT** [2] - 2901:1, 2911:20
**1557** [1] - 2930:5
**16** [1] - 2840:10, 2878:20, 2879:17, 2884:25, 2889:2, 2894:11, 2897:12, 2897:13
**16-FOOT** [2] - 2878:23, 2894:25
**160** [1] - 2899:24
**17** [13] - 2871:1, 2872:7, 2879:17, 2885:3, 2889:18, 2897:3, 2897:18, 2897:23, 2897:24, 2898:2, 2919:11, 2919:13, 2922:16
**17.6** [1] - 2919:8
**1700** [3] - 2844:15, 2911:6, 2911:8
**18** [15] - 2849:20, 2851:5, 2851:9, 2851:21, 2885:6, 2896:17, 2897:4, 2899:23, 2899:24, 2924:24, 2926:1, 2926:2, 2927:13, 2927:18, 2927:21
**18-FOOT** [1] - 2851:5
**19** [3] - 2927:13, 2927:18, 2937:15
**193** [1] - 2917:2
**1950'S** [1] - 2911:15
**1956** [2] - 2898:10, 2898:16
**1960'S** [1] - 2841:20
**1966** [5] - 2909:23, 2910:1, 2910:11, 2910:24, 2911:18
**1980'S** [1] - 2841:19
**1:3** [1] - 2890:19
**1:5** [1] - 2890:20
**1:7** [1] - 2890:19

## 2

**2** [24] - 2851:23, 2869:5, 2869:6, 2874:8, 2874:9, 2874:13, 2877:2, 2887:21, 2889:7, 2897:25, 2899:25, 2901:7, 2901:19, 2902:5, 2904:1, 2904:6, 2917:24,

2919:11, 2922:13, 2924:3, 2924:22, 2926:25, 2927:1, 2936:16
**2.2** [1] - 2896:21
**2.6** [3] - 2898:11, 2898:12, 2898:19
**20** [8] - 2863:14, 2868:6, 2889:6, 2897:20, 2899:8, 2914:7, 2924:24, 2937:18
**20-FOOT** [1] - 2851:17
**200** [2] - 2868:6, 2930:1
**200-FOOT** [1] - 2847:6
**200-METER** [1] - 2933:10
**2000** [1] - 2912:9
**2000-FOOT** [1] - 2912:3
**2004.65** [1] - 2885:23
**20044** [1] - 2836:13
**2005** [1] - 2925:23
**2009** [2] - 2834:4, 2838:2
**206** [1] - 2905:4
**21** [12] - 2874:13, 2874:22, 2922:16, 2923:18, 2923:23, 2924:3, 2924:7, 2924:9, 2924:11, 2926:4, 2926:22, 2926:25
**22** [1] - 2871:1
**23-FOOT** [1] - 2871:1
**24** [1] - 2905:4
**25** [10] - 2878:4, 2884:19, 2884:20, 2920:5, 2920:6, 2930:14, 2932:24
**26** [1] - 2917:2
**2626** [1] - 2835:19
**2655** [1] - 2835:5
**27-17** [1] - 2909:15
**27-27** [1] - 2838:10
**27-40** [1] - 2922:11
**27-54** [1] - 2838:11
**27-55** [1] - 2838:11
**27-56** [1] - 2838:11
**2840/4** [1] - 2837:5
**2902/1** [1] - 2837:6
**295** [1] - 2899:19

## 3

**3** [12] - 2869:8, 2882:8, 2882:9,

2882:10, 2882:11, 2883:7, 2884:10, 2885:14, 2898:16, 2899:25, 2923:17, 2928:10
**3,000** [1] - 2842:9
**3-29** [1] - 2909:14
**3.2** [1] - 2911:8
**3.6** [1] - 2898:4
**30** [4] - 2872:8, 2878:21, 2933:18, 2937:19
**30-FOOT** [1] - 2933:12
**300** [2] - 2890:16, 2899:17
**300-MINUTES** [1] - 2899:12
**3000** [2] - 2913:3, 2913:10
**3000-FOOT** [3] - 2912:11, 2913:6, 2913:10
**3102** [1] - 2834:23
**325** [1] - 2835:23
**35** [3] - 2868:7, 2878:22, 2885:25
**36** [1] - 2844:21, 2845:7, 2845:19, 2845:24
**3668** [1] - 2835:2
**39** [1] - 2886:1

## 4

**4** [2] - 2901:4, 2902:25
**4,000** [2] - 2870:3, 2870:4
**4.1** [1] - 2912:14
**4.2** [1] - 2912:14
**40** [3] - 2847:7, 2922:10, 2933:20
**40-FOOT** [1] - 2904:18
**41** [1] - 2913:18
**42** [1] - 2922:10
**420** [1] - 2910:2, 2910:4, 2910:5, 2910:10
**44** [1] - 2902:24
**45** [6] - 2843:21, 2843:23, 2845:19, 2902:24, 2910:13, 2933:20
**45-FOOT** [3] - 2913:10, 2913:12, 2913:13
**46** [1] - 2902:24
**47** [2] - 2882:23,

2883:9
**48** [1] - 2849:21
**4:30** [1] - 2896:15

## 5

**5** [8] - 2901:4, 2925:9, 2925:20, 2925:25, 2927:20, 2928:3, 2928:11
**5.8** [1] - 2928:7
**50** [6] - 2847:7, 2884:20, 2905:11, 2917:14, 2920:5, 2933:21
**500** [1] - 2836:16
**500-FOOT** [2] - 2841:6, 2913:11
**504** [1] - 2836:17
**519** [1] - 2835:12
**52** [2] - 2936:19, 2937:6
**54** [3] - 2917:3, 2917:13, 2917:15
**55** [1] - 2933:21
**550** [1] - 2834:13
**556** [1] - 2835:2
**57TH** [1] - 2835:23
**589-7776** [1] - 2836:17
**5:15** [1] - 2895:14
**5:20** [1] - 2894:21
**5:45** [2] - 2898:6, 2898:19

## 6

**6** [6] - 2869:25, 2870:16, 2924:23, 2928:8, 2928:13, 2928:14
**6.7-FOOT** [1] - 2845:21
**60** [1] - 2933:21
**600** [1] - 2836:2
**600-FOOT** [1] - 2913:11
**601** [1] - 2835:5
**604** [1] - 2836:2
**61** [3] - 2910:5, 2910:20, 2910:21
**610** [1] - 2834:20
**618** [1] - 2835:16
**625** [1] - 2890:16
**656** [1] - 2930:1

## 7

**7** [2] - 2834:4, 2838:2
**70113** [2] - 2834:17, 2834:21

DAILY COPY

**70130** [2] - 2836:3, 2836:17
  **70130-6004** [1] - 2835:6
  **70381** [1] - 2835:20
  **70502-3668** [1] - 2835:3
  **70726** [1] - 2835:13
  **70801-1910** [1] - 2835:16
  **70821-1366** [1] - 2835:10
  **720** [1] - 2924:8
  **75219** [1] - 2834:24
  **78** [1] - 2905:2

## 8

  **8** [2] - 2889:2, 2902:25
  **80** [1] - 2842:10
  **81** [1] - 2910:21
  **855** [1] - 2834:17
  **888** [1] - 2836:12
  **8:30** [3] - 2896:23, 2898:14, 2898:20
  **8:45** [1] - 2898:7

## 9

  **9** [1] - 2894:17
  **9.3** [1] - 2894:16
  **90** [7] - 2842:9, 2842:14, 2911:5, 2911:8, 2912:5, 2912:9, 2913:1
  **90-MILE** [5] - 2842:12, 2843:22, 2901:2, 2911:24, 2912:12
  **90071-2627** [1] - 2834:14
  **915** [1] - 2895:14

## A

  **A** [411] - 2835:14, 2836:16, 2839:14, 2841:9, 2841:21, 2842:8, 2842:9, 2842:12, 2842:15, 2842:16, 2842:22, 2842:23, 2842:24, 2843:21, 2843:22, 2843:23, 2844:9, 2844:11, 2844:18, 2845:13, 2845:20, 2845:21, 2845:22, 2845:24, 2846:1, 2846:7, 2846:20, 2847:3, 2847:4, 2847:5, 2847:14,

2847:15, 2847:17, 2847:20, 2847:24, 2848:7, 2848:10, 2848:14, 2848:17, 2848:21, 2848:23, 2848:24, 2848:25, 2849:2, 2849:9, 2850:8, 2850:12, 2850:13, 2851:10, 2851:12, 2851:16, 2851:18, 2851:22, 2852:18, 2852:19, 2853:2, 2853:5, 2853:7, 2853:8, 2853:11, 2853:18, 2853:19, 2853:21, 2853:22, 2853:23, 2854:15, 2854:18, 2854:19, 2855:3, 2855:4, 2855:6, 2855:10, 2855:13, 2856:9, 2856:15, 2856:16, 2856:18, 2856:19, 2857:1, 2857:8, 2857:15, 2857:18, 2857:20, 2857:24, 2858:19, 2859:16, 2859:21, 2860:13, 2860:14, 2860:15, 2860:16, 2861:4, 2861:5, 2861:7, 2861:10, 2861:14, 2861:16, 2862:5, 2862:6, 2862:9, 2862:11, 2862:18, 2862:19, 2862:20, 2862:21, 2862:24, 2863:24, 2864:6, 2864:17, 2864:18, 2864:19, 2864:20, 2864:24, 2865:8, 2865:19, 2866:15, 2867:11, 2867:24, 2868:3, 2868:7, 2868:8, 2868:9, 2868:11, 2868:13, 2868:19, 2870:6, 2870:9, 2870:16, 2871:1, 2871:2, 2871:3, 2871:5, 2871:6, 2871:12, 2871:21, 2872:1, 2872:11, 2872:21, 2872:25, 2873:8, 2873:9, 2873:12, 2873:13, 2873:15, 2873:21, 2874:7, 2874:13, 2875:5, 2875:15, 2875:21, 2876:2, 2876:5, 2876:10,

2876:11, 2876:20, 2876:21, 2876:25, 2877:24, 2877:25, 2878:5, 2878:13, 2878:14, 2878:19, 2878:24, 2878:25, 2879:10, 2879:14, 2879:22, 2879:23, 2880:3, 2880:9, 2880:24, 2881:13, 2881:14, 2881:16, 2881:18, 2881:19, 2881:20, 2881:23, 2882:15, 2882:17, 2883:1, 2883:10, 2883:12, 2884:5, 2884:21, 2884:22, 2885:1, 2885:5, 2885:7, 2885:8, 2885:11, 2885:19, 2886:2, 2886:6, 2886:8, 2886:14, 2886:20, 2887:5, 2887:20, 2887:21, 2887:25, 2888:12, 2888:25, 2889:7, 2889:13, 2889:14, 2889:18, 2890:8, 2891:9, 2891:10, 2891:12, 2891:16, 2891:21, 2892:6, 2893:8, 2893:9, 2893:14, 2893:15, 2893:16, 2893:23, 2894:9, 2894:11, 2894:15, 2894:20, 2894:21, 2895:10, 2895:20, 2896:17, 2896:24, 2897:4, 2897:8, 2897:13, 2897:15, 2897:18, 2897:23, 2897:24, 2898:2, 2898:4, 2898:6, 2898:8, 2898:12, 2898:13, 2898:18, 2898:22, 2899:1, 2899:4, 2899:6, 2899:7, 2899:25, 2900:8, 2901:1, 2901:2, 2901:12, 2901:16, 2901:19, 2902:6, 2902:20, 2902:23, 2903:1, 2903:2, 2903:3, 2903:5, 2903:7, 2903:10, 2903:11, 2903:13, 2903:14, 2903:19, 2903:20, 2903:21, 2904:4, 2904:9, 2904:17, 2904:18,

2904:20, 2905:5, 2905:6, 2905:9, 2905:12, 2905:14, 2905:18, 2905:24, 2907:2, 2907:11, 2907:18, 2908:17, 2908:18, 2908:20, 2909:5, 2910:15, 2911:5, 2911:9, 2911:11, 2911:20, 2912:3, 2912:5, 2912:11, 2912:12, 2912:13, 2912:24, 2913:1, 2913:2, 2913:3, 2913:5, 2913:9, 2913:15, 2913:24, 2913:25, 2914:3, 2914:4, 2914:5, 2914:23, 2915:1, 2915:3, 2915:5, 2915:7, 2915:8, 2915:14, 2915:16, 2915:18, 2915:19, 2916:1, 2917:17, 2919:2, 2919:11, 2919:13, 2919:21, 2921:14, 2922:2, 2922:16, 2922:17, 2922:19, 2922:22, 2923:4, 2923:19, 2924:14, 2924:17, 2924:22, 2925:6, 2926:12, 2927:13, 2927:16, 2927:18, 2927:21, 2928:3, 2928:23, 2930:1, 2930:24, 2931:9, 2931:19, 2931:25, 2932:2, 2932:24, 2933:11, 2933:12, 2933:16, 2933:25, 2934:11, 2934:15, 2936:1, 2936:16, 2937:2, 2937:16, 2937:21, 2937:24, 2938:1, 2938:8, 2938:10, 2938:16
  **A&M** [1] - 2852:18
  **ABILITY** [2] - 2878:2, 2938:11
  **ABLE** [2] - 2852:8, 2866:20
  **ABOUT** [136] - 2838:16, 2838:17, 2838:18, 2839:10, 2840:25, 2841:25, 2842:14, 2842:16, 2843:10, 2843:11, 2843:12, 2843:15, 2843:21, 2843:23,

2844:15, 2844:19, 2845:2, 2845:4, 2845:20, 2847:5, 2847:6, 2847:7, 2848:14, 2848:20, 2848:24, 2849:20, 2849:21, 2849:24, 2850:2, 2850:7, 2851:4, 2851:5, 2851:17, 2851:19, 2851:21, 2853:1, 2854:2, 2854:6, 2855:7, 2855:12, 2857:20, 2857:21, 2858:10, 2860:20, 2861:12, 2863:14, 2863:22, 2865:5, 2867:6, 2867:19, 2868:24, 2869:23, 2871:1, 2874:7, 2875:5, 2875:10, 2877:1, 2877:20, 2877:23, 2878:8, 2878:20, 2878:22, 2879:10, 2880:11, 2881:3, 2881:4, 2881:5, 2885:5, 2885:7, 2885:25, 2886:1, 2887:10, 2887:15, 2887:19, 2888:20, 2889:6, 2890:16, 2890:19, 2893:25, 2894:9, 2894:15, 2894:21, 2895:13, 2896:15, 2896:21, 2896:22, 2896:23, 2898:4, 2898:5, 2898:7, 2898:11, 2898:14, 2899:7, 2899:13, 2901:1, 2901:4, 2902:24, 2902:25, 2903:10, 2903:13, 2903:14, 2903:16, 2908:12, 2908:17, 2908:20, 2911:5, 2911:6, 2911:7, 2911:9, 2912:5, 2915:22, 2916:21, 2920:4, 2921:13, 2921:14, 2921:20, 2922:12, 2923:2, 2925:1, 2925:2, 2926:5, 2927:11, 2928:3, 2928:19, 2929:20, 2931:20, 2931:21, 2931:22, 2931:24, 2933:2, 2933:3, 2936:16, 2937:8, 2937:9
  **ABOVE** [10] -

2840:12, 2851:3, 2876:18, 2876:22, 2877:17, 2898:7, 2899:10, 2900:9, 2937:9, 2938:12

**ABOVE-ENTITLED** [1] - 2938:12

**ABSENT** [1] - 2867:2

**ABSOLUTELY** [2] - 2872:3, 2884:7

**ACCEPTED** [3] - 2853:19, 2893:3, 2893:5

**ACCESS** [1] - 2841:17

**ACCORDING** [3] - 2842:18, 2922:18, 2927:14

**ACCOUNTED** [1] - 2873:25

**ACCURACY** [3] - 2878:8, 2886:15, 2935:20

**ACCURATE** [6] - 2862:13, 2881:7, 2884:17, 2888:1, 2907:15, 2936:8

**ACKNOWLEDGME NT** [1] - 2918:23

**ACROSS** [5] - 2853:4, 2869:12, 2869:20, 2870:1, 2901:1

**ACTION** [1] - 2866:20

**ACTUAL** [18] - 2858:3, 2868:17, 2869:13, 2871:23, 2889:19, 2904:15, 2905:5, 2906:17, 2910:1, 2910:21, 2916:15, 2917:9, 2922:15, 2930:5, 2930:13, 2933:8, 2936:9

**ACTUALLY** [46] - 2840:23, 2843:15, 2844:15, 2844:16, 2844:20, 2844:21, 2848:16, 2850:7, 2855:2, 2855:9, 2857:16, 2857:20, 2858:15, 2858:24, 2859:15, 2860:18, 2862:19, 2864:20, 2865:2, 2865:19, 2866:22, 2868:9, 2869:17, 2869:20, 2870:18, 2871:24, 2872:21, 2872:22,

2873:2, 2875:1, 2875:2, 2878:9, 2878:17, 2879:13, 2880:1, 2893:17, 2898:7, 2907:1, 2907:3, 2908:15, 2914:23, 2922:18, 2926:10, 2930:18, 2932:21, 2934:24

**ADCIRC** [7] - 2907:5, 2916:4, 2916:7, 2918:14, 2920:15, 2926:12

**ADD** [3] - 2845:7, 2850:11, 2902:19

**ADDED** [3] - 2854:19, 2865:19, 2866:22

**ADDING** [2] - 2855:9, 2935:25

**ADDRESS** [5] - 2838:6, 2838:22, 2838:23, 2867:14, 2888:18

**ADDS** [1] - 2885:11

**ADEQUACY** [1] - 2888:4

**ADEQUATE** [1] - 2888:3

**ADJUST** [2] - 2863:22, 2863:23

**ADMISSION** [1] - 2916:22

**ADMIT** [3] - 2873:10, 2893:23, 2929:25

**ADVICE** [1] - 2920:16

**AFFECT** [1] - 2864:8

**AFFECTED** [2] - 2888:6, 2903:22

**AFFECTING** [1] - 2916:1

**AFFECTS** [9] - 2838:19, 2867:15, 2867:17, 2868:14, 2870:10, 2873:24, 2892:19, 2932:21

**AFTER** [7] - 2846:18, 2854:19, 2880:19, 2933:9, 2934:8, 2937:24, 2937:25

**AFTERWARDS** [1] - 2934:4

**AGAIN** [31] - 2845:7, 2848:14, 2851:18, 2852:8, 2858:5, 2860:6, 2860:13, 2860:18, 2860:20, 2866:3, 2870:23, 2874:1, 2875:14,

2875:15, 2875:16, 2879:6, 2885:22, 2892:23, 2894:22, 2895:14, 2898:15, 2898:19, 2900:23, 2906:25, 2908:1, 2918:14, 2918:19, 2920:1, 2922:8, 2931:2, 2932:16

**AGAINST** [1] - 2861:10

**AGO** [1] - 2902:7

**AGREE** [7] - 2873:12, 2886:17, 2902:4, 2905:25, 2927:11, 2935:15, 2936:14

**AGREEABLE** [1] - 2886:5

**AGREED** [1] - 2929:14

**AGREEING** [1] - 2894:13

**AGREEMENT** [1] - 2859:14

**AHEAD** [12] - 2844:1, 2846:10, 2882:21, 2883:8, 2886:18, 2888:10, 2892:4, 2900:13, 2900:17, 2930:17, 2931:18, 2937:1

**AL** [2] - 2834:2, 2834:5

**ALARMS** [1] - 2920:23

**ALL** [88] - 2839:1, 2839:20, 2847:8, 2847:25, 2848:16, 2849:1, 2849:14, 2851:18, 2852:6, 2855:10, 2856:25, 2858:9, 2858:16, 2860:11, 2860:14, 2863:5, 2864:12, 2864:15, 2866:4, 2866:20, 2867:22, 2871:6, 2874:12, 2874:23, 2875:1, 2875:7, 2875:17, 2878:22, 2880:4, 2880:8, 2880:14, 2880:16, 2881:10, 2881:11, 2882:15, 2883:5, 2884:18, 2887:17, 2889:11, 2889:18, 2890:7, 2890:25, 2892:5, 2892:6, 2894:18, 2895:12, 2896:8,

2899:6, 2899:7, 2900:6, 2900:18, 2901:8, 2901:15, 2904:23, 2905:2, 2906:15, 2906:18, 2906:22, 2907:5, 2910:9, 2911:24, 2912:4, 2912:17, 2913:4, 2913:8, 2913:14, 2913:21, 2917:19, 2917:24, 2918:21, 2919:1, 2919:3, 2920:10, 2921:24, 2922:14, 2923:5, 2924:12, 2924:17, 2929:5, 2929:8, 2932:6, 2932:10, 2932:12, 2932:20, 2933:12, 2934:5, 2934:13

**ALLOW** [7] - 2839:22, 2861:19, 2862:5, 2866:22, 2882:19, 2883:8, 2913:12

**ALLOWS** [1] - 2861:1

**ALMOST** [4] - 2869:10, 2869:17, 2898:24, 2899:12

**ALONG** [28] - 2839:23, 2856:25, 2859:13, 2864:14, 2874:8, 2874:9, 2874:13, 2875:24, 2877:2, 2878:1, 2885:14, 2887:21, 2890:7, 2899:2, 2901:7, 2901:19, 2903:25, 2904:7, 2905:18, 2917:23, 2917:24, 2922:13, 2923:2, 2923:23, 2924:3, 2924:10, 2931:25, 2932:19

**ALREADY** [5] - 2879:25, 2893:1, 2893:7, 2905:15, 2905:18

**ALSO** [11] - 2836:1, 2850:11, 2868:20, 2873:23, 2877:18, 2894:19, 2894:21, 2902:13, 2930:21, 2931:16, 2935:24

**ALTERNATIVES** [1] - 2876:13

**ALTHOUGH** [2] - 2882:16, 2886:10

**ALTOGETHER** [1] -

2871:15

**ALWAYS** [5] - 2846:22, 2847:11, 2847:12, 2891:23

**AM** [52] - 2838:9, 2839:3, 2839:21, 2840:1, 2840:23, 2844:5, 2847:15, 2849:19, 2850:4, 2850:6, 2851:12, 2851:19, 2851:20, 2858:19, 2859:25, 2868:20, 2870:22, 2873:24, 2881:3, 2882:18, 2882:19, 2882:20, 2883:8, 2894:7, 2894:8, 2902:24, 2903:11, 2905:4, 2905:8, 2905:13, 2908:13, 2909:15, 2912:12, 2915:14, 2915:16, 2915:19, 2921:8, 2921:16, 2922:17, 2923:20, 2923:21, 2924:25, 2925:12, 2926:5, 2926:6, 2930:20, 2933:1, 2936:19, 2937:14, 2937:16

**AMAZING** [1] - 2883:21

**AMBIGUITY** [1] - 2937:2

**AMERICA** [1] - 2834:5

**AMIN** [1] - 2836:6

**AMONG** [2] - 2875:21, 2903:22

**AMOUNT** [3] - 2840:25, 2847:17, 2896:1

**AMPLIFIES** [1] - 2840:12

**AN** [50] - 2841:12, 2841:18, 2844:5, 2847:13, 2847:21, 2849:2, 2852:8, 2853:7, 2855:2, 2856:13, 2858:3, 2862:13, 2863:17, 2865:25, 2866:24, 2868:22, 2871:13, 2871:22, 2871:24, 2876:19, 2882:3, 2882:6, 2882:25, 2888:15, 2888:16, 2890:6, 2895:24, 2895:25, 2896:25, 2903:2, 2903:8,

2906:25, 2911:24,
2912:5, 2912:12,
2913:1, 2913:20,
2914:12, 2915:17,
2916:4, 2918:5,
2918:23, 2920:14,
2920:17, 2926:12,
2926:14, 2928:8,
2931:12, 2934:13

**ANALYSES** [1] -
2867:13

**ANALYSIS** [12] -
2841:14, 2849:8,
2852:8, 2866:7,
2867:7, 2867:16,
2868:16, 2871:18,
2874:7, 2880:15,
2880:22, 2882:7

**ANALYZE** [2] -
2854:11, 2866:20

**ANALYZED** [1] -
2900:1

**ANALYZING** [1] -
2854:9

**AND** [593] - 2838:11,
2838:12, 2838:13,
2838:14, 2838:17,
2838:18, 2838:20,
2838:21, 2839:4,
2839:6, 2839:9,
2839:10, 2840:1,
2840:9, 2840:10,
2840:16, 2840:23,
2840:24, 2841:3,
2841:9, 2841:20,
2842:4, 2842:5,
2842:7, 2842:8,
2842:9, 2842:13,
2842:14, 2842:25,
2843:2, 2843:11,
2843:16, 2843:22,
2843:23, 2844:3,
2844:5, 2844:11,
2844:19, 2844:21,
2844:24, 2845:6,
2845:15, 2845:18,
2846:4, 2846:16,
2846:18, 2846:21,
2846:22, 2846:25,
2847:3, 2847:7,
2847:11, 2847:13,
2847:21, 2847:23,
2848:1, 2848:2,
2848:7, 2848:14,
2848:17, 2848:18,
2848:25, 2849:2,
2849:3, 2849:6,
2849:8, 2849:14,
2849:19, 2849:20,
2849:21, 2849:22,

2850:3, 2850:4,
2850:5, 2850:8,
2850:9, 2850:14,
2850:16, 2850:21,
2850:25, 2851:1,
2851:6, 2851:7,
2851:15, 2851:24,
2852:11, 2852:12,
2852:13, 2852:16,
2852:17, 2852:20,
2852:21, 2852:23,
2852:24, 2853:3,
2853:4, 2853:5,
2853:7, 2853:8,
2853:12, 2853:13,
2853:15, 2853:19,
2853:23, 2853:25,
2854:3, 2854:4,
2854:5, 2854:8,
2854:9, 2854:14,
2854:15, 2854:16,
2854:17, 2854:18,
2855:3, 2855:6,
2855:7, 2855:10,
2856:8, 2856:9,
2856:18, 2856:21,
2856:22, 2856:23,
2857:1, 2857:3,
2857:8, 2857:15,
2857:16, 2857:19,
2857:22, 2858:1,
2858:3, 2858:4,
2858:5, 2858:6,
2858:7, 2858:8,
2858:15, 2858:17,
2858:18, 2858:20,
2858:23, 2859:1,
2859:2, 2859:3,
2859:5, 2859:12,
2859:25, 2860:1,
2860:2, 2860:5,
2860:10, 2860:13,
2860:15, 2860:17,
2860:18, 2861:4,
2861:8, 2861:10,
2861:14, 2861:16,
2861:21, 2861:23,
2862:2, 2862:4,
2862:8, 2862:9,
2862:11, 2862:18,
2863:1, 2863:3,
2863:8, 2863:10,
2863:13, 2863:17,
2863:21, 2863:25,
2864:3, 2864:6,
2864:7, 2864:20,
2865:6, 2865:10,
2865:20, 2866:9,
2866:13, 2866:19,
2867:1, 2867:6,
2867:7, 2867:10,

2867:15, 2867:17,
2867:18, 2867:19,
2867:25, 2868:1,
2868:3, 2868:9,
2868:11, 2868:15,
2868:18, 2868:19,
2869:2, 2869:4,
2869:5, 2869:6,
2869:8, 2870:4,
2870:21, 2870:22,
2870:24, 2871:3,
2871:15, 2871:23,
2872:2, 2872:3,
2872:8, 2872:15,
2872:20, 2873:1,
2873:23, 2873:24,
2874:8, 2874:9,
2874:12, 2874:16,
2874:20, 2874:21,
2874:23, 2875:9,
2875:11, 2875:12,
2875:14, 2875:15,
2875:16, 2875:17,
2875:18, 2875:20,
2876:2, 2876:7,
2876:8, 2876:13,
2876:17, 2876:20,
2876:21, 2876:24,
2877:7, 2877:10,
2877:12, 2877:15,
2877:18, 2877:19,
2877:20, 2877:23,
2877:24, 2877:25,
2878:1, 2878:2,
2878:4, 2878:10,
2878:15, 2878:20,
2879:18, 2879:23,
2880:1, 2880:2,
2880:3, 2880:6,
2880:7, 2880:8,
2880:9, 2880:10,
2880:15, 2880:20,
2880:22, 2881:7,
2881:9, 2881:10,
2881:20, 2881:21,
2882:8, 2882:13,
2882:16, 2882:18,
2882:24, 2883:2,
2883:4, 2883:5,
2884:1, 2884:14,
2884:20, 2884:23,
2884:25, 2885:2,
2885:6, 2885:13,
2885:19, 2885:20,
2885:23, 2885:25,
2886:1, 2886:14,
2886:23, 2887:1,
2887:8, 2887:9,
2887:19, 2887:24,
2888:5, 2888:9,
2888:17, 2888:19,

2888:23, 2888:25,
2889:1, 2889:3,
2889:6, 2889:13,
2889:14, 2889:17,
2889:18, 2889:19,
2890:3, 2890:6,
2890:7, 2890:9,
2890:11, 2890:14,
2890:18, 2890:23,
2890:25, 2891:13,
2891:24, 2892:5,
2892:10, 2892:12,
2892:13, 2892:19,
2892:20, 2893:4,
2893:7, 2893:10,
2893:14, 2893:16,
2893:18, 2893:20,
2893:23, 2894:1,
2894:4, 2894:6,
2894:9, 2894:12,
2894:17, 2894:19,
2894:20, 2894:21,
2895:7, 2895:14,
2895:25, 2896:4,
2896:17, 2896:19,
2896:22, 2896:23,
2896:24, 2897:4,
2897:10, 2897:12,
2897:17, 2897:18,
2897:23, 2897:24,
2898:2, 2898:7,
2898:9, 2898:11,
2898:12, 2898:13,
2898:15, 2898:16,
2898:20, 2899:6,
2899:7, 2899:9,
2899:11, 2899:23,
2899:25, 2900:1,
2900:4, 2900:10,
2900:12, 2900:23,
2901:3, 2901:5,
2901:7, 2901:10,
2901:14, 2901:18,
2902:6, 2902:18,
2902:19, 2903:7,
2903:10, 2903:22,
2903:23, 2904:9,
2905:8, 2905:11,
2905:18, 2905:20,
2905:22, 2906:4,
2906:18, 2906:22,
2907:8, 2907:15,
2907:16, 2907:20,
2908:6, 2908:7,
2908:10, 2908:15,
2908:18, 2909:2,
2910:1, 2910:2,
2910:11, 2911:5,
2911:8, 2911:13,
2911:17, 2911:23,
2912:3, 2912:4,

2912:5, 2912:11,
2912:13, 2912:20,
2913:2, 2913:3,
2913:5, 2913:9,
2913:10, 2913:12,
2913:13, 2913:16,
2914:1, 2914:4,
2915:17, 2915:24,
2916:4, 2916:10,
2916:13, 2916:18,
2916:22, 2917:22,
2917:23, 2918:13,
2918:14, 2919:4,
2919:11, 2919:13,
2919:21, 2919:22,
2919:24, 2920:13,
2920:17, 2921:7,
2921:19, 2921:22,
2922:9, 2922:15,
2922:16, 2922:17,
2922:19, 2923:5,
2923:17, 2923:25,
2924:3, 2924:9,
2924:23, 2924:24,
2925:6, 2926:8,
2926:10, 2926:14,
2926:25, 2927:13,
2927:18, 2927:21,
2928:3, 2928:16,
2928:18, 2928:20,
2928:21, 2929:2,
2929:4, 2929:17,
2929:18, 2929:21,
2929:25, 2930:4,
2930:16, 2930:18,
2930:21, 2931:4,
2931:19, 2932:1,
2932:3, 2932:6,
2932:7, 2932:11,
2932:13, 2932:14,
2932:18, 2932:19,
2932:21, 2933:3,
2933:12, 2934:4,
2934:11, 2934:12,
2934:13, 2934:19,
2934:23, 2934:25,
2936:4, 2936:12,
2936:13, 2937:14,
2938:10, 2938:11,
2938:12

**ANDRY** [2] -
2834:19, 2834:19

**ANGELES** [1] -
2834:14

**ANGLE** [2] -
2904:12, 2932:7

**ANNOYING** [1] -
2838:14

**ANOTHER** [11] -
2853:15, 2853:17,

2856:7, 2860:23, 2874:4, 2877:18, 2884:19, 2884:20, 2891:13, 2899:3

**ANSWER** [12] - 2888:19, 2889:3, 2905:2, 2911:25, 2925:19, 2930:13, 2933:4, 2935:14, 2935:16, 2935:17, 2935:18

**ANY** [22] - 2839:19, 2842:7, 2842:25, 2853:2, 2853:21, 2854:14, 2861:9, 2866:20, 2871:18, 2882:5, 2884:25, 2886:24, 2889:8, 2891:16, 2894:7, 2905:10, 2916:21, 2920:23, 2924:20, 2929:16, 2931:22, 2932:7

**ANYBODY** [1] - 2911:18

**ANYMORE** [1] - 2867:5

**ANYONE** [1] - 2936:1

**ANYTHING** [5] - 2863:23, 2883:19, 2884:2, 2909:5, 2934:16

**ANYWAY** [3] - 2850:8, 2922:7, 2931:19

**ANYWHERE** [2] - 2862:7, 2930:21

**APART** [1] - 2926:14

**APOLOGIZE** [6] - 2845:3, 2857:10, 2860:6, 2902:13, 2910:6, 2910:7

**APPARENTLY** [3] - 2843:5, 2858:20, 2883:16

**APPEAL** [1] - 2888:9

**APPEAR** [2] - 2842:21, 2868:22

**APPEARANCES** [1] - 2834:11

**APPLICABILITY** [1] - 2851:2

**APPLICABLE** [2] - 2873:16, 2912:19

**APPLICATION** [7] - 2840:8, 2866:12, 2866:17, 2866:24, 2873:18, 2887:20, 2888:2

**APPLICATIONS** [2] -

2851:7, 2861:19

**APPLIED** [2] - 2852:22, 2866:25

**APPLY** [1] - 2920:19

**APPLYING** [1] - 2906:11

**APPRECIATE** [4] - 2866:9, 2866:10, 2866:13, 2893:22

**APPROACH** [5] - 2839:7, 2858:5, 2859:19, 2859:22, 2935:23

**APPROACHED** [1] - 2867:10

**APPROACHES** [1] - 2852:22

**APPROACHING** [1] - 2902:5

**APPROPRIATE** [2] - 2843:22, 2851:6

**APPROXIMATE** [1] - 2925:20

**APPROXIMATELY** [11] - 2840:18, 2841:10, 2845:15, 2874:22, 2895:16, 2912:1, 2922:16, 2923:17, 2925:2, 2926:16, 2927:19

**ARE** [123] - 2838:9, 2838:19, 2839:15, 2846:22, 2847:10, 2847:11, 2848:5, 2848:8, 2849:23, 2850:12, 2850:15, 2850:21, 2851:3, 2851:6, 2851:17, 2852:15, 2854:6, 2857:3, 2857:10, 2857:21, 2858:8, 2858:16, 2858:23, 2858:25, 2859:3, 2859:11, 2860:19, 2863:8, 2864:4, 2864:23, 2865:9, 2865:11, 2867:1, 2869:1, 2869:8, 2870:14, 2871:16, 2871:17, 2871:20, 2871:23, 2872:3, 2873:7, 2873:23, 2874:16, 2874:17, 2874:18, 2875:8, 2875:12, 2876:1, 2876:2, 2876:10, 2876:11, 2876:13, 2877:11, 2877:12, 2878:6, 2878:7, 2878:9, 2879:1,

2880:21, 2882:2, 2883:10, 2883:12, 2883:16, 2885:9, 2886:10, 2886:15, 2887:9, 2888:15, 2889:6, 2891:4, 2891:9, 2891:22, 2892:13, 2892:21, 2894:1, 2895:23, 2896:2, 2897:16, 2900:7, 2901:5, 2901:12, 2907:20, 2908:12, 2914:17, 2914:23, 2915:18, 2916:4, 2916:21, 2918:3, 2918:16, 2918:17, 2919:24, 2921:12, 2921:22, 2922:14, 2923:1, 2926:8, 2926:13, 2926:14, 2926:22, 2927:17, 2927:20, 2928:10, 2928:17, 2930:1, 2930:6, 2932:11, 2932:13, 2932:19, 2932:20, 2933:17, 2935:22, 2936:18, 2937:20

**AREA** [12] - 2854:9, 2867:5, 2868:4, 2870:15, 2874:4, 2876:8, 2877:22, 2878:23, 2897:17, 2919:24, 2920:2, 2920:17

**AREAS** [3] - 2873:5, 2875:23, 2879:19

**AREN'T** [1] - 2873:18

**ARMY** [6] - 2893:8, 2914:11, 2914:16, 2914:21, 2914:23, 2915:21

**AROUND** [10] - 2874:25, 2875:1, 2877:22, 2877:24, 2879:15, 2879:17, 2885:24, 2893:5, 2919:21, 2924:23

**ARROW** [1] - 2868:25

**ARROWS** [2] - 2892:1, 2930:6

**ART** [1] - 2872:4

**ARTICLE** [1] - 2872:19

**ARTICLES** [1] - 2915:20

**ARTIFICIAL** [2] - 2932:12, 2932:13

**ARTS** [2] - 2913:25,

2914:1

**AS** [99] - 2838:23, 2839:1, 2840:19, 2841:3, 2844:15, 2846:4, 2847:16, 2848:18, 2848:19, 2849:5, 2849:22, 2849:24, 2850:5, 2852:12, 2852:22, 2852:23, 2854:13, 2854:17, 2858:5, 2859:1, 2859:5, 2859:12, 2860:21, 2862:25, 2863:1, 2863:11, 2863:17, 2864:4, 2864:18, 2865:18, 2865:22, 2865:25, 2866:15, 2867:10, 2867:22, 2868:18, 2869:4, 2869:5, 2875:12, 2875:13, 2875:20, 2875:21, 2875:23, 2877:7, 2878:6, 2878:7, 2878:19, 2879:21, 2879:23, 2880:6, 2882:6, 2882:7, 2885:13, 2887:9, 2889:17, 2889:18, 2889:19, 2889:20, 2890:7, 2890:25, 2891:2, 2891:16, 2893:2, 2893:9, 2893:11, 2895:8, 2897:24, 2898:10, 2900:12, 2902:20, 2902:23, 2903:5, 2903:7, 2903:8, 2905:15, 2905:16, 2913:20, 2914:20, 2917:22, 2922:25, 2923:1, 2923:4, 2923:22, 2924:11, 2925:14, 2926:8, 2927:11, 2928:2, 2928:8, 2929:9, 2930:6, 2932:5, 2933:5, 2933:16, 2934:12, 2935:4

**AS-BUILT** [2] - 2928:8, 2929:9

**AS-DESIGNED** [2] - 2928:2, 2928:8

**ASHLEY** [1] - 2836:2

**ASK** [15] - 2843:16, 2854:25, 2856:7, 2866:15, 2881:16, 2886:8, 2909:5, 2912:19, 2912:25,

2919:6, 2925:10, 2925:18, 2931:1, 2934:4, 2936:1

**ASKED** [9] - 2854:4, 2874:8, 2876:7, 2895:20, 2912:17, 2915:12, 2920:21, 2934:11, 2936:3

**ASKEW** [1] - 2907:20

**ASKING** [8] - 2896:2, 2905:3, 2905:4, 2905:13, 2927:11, 2927:17, 2933:11

**ASPECT** [2] - 2840:24, 2895:1

**ASSESS** [1] - 2891:4

**ASSIST** [1] - 2934:1

**ASSOCIATE** [1] - 2933:25

**ASSOCIATED** [1] - 2917:24

**ASSOCIATES** [2] - 2834:12, 2835:7

**ASSUME** [3] - 2853:8, 2900:9, 2922:4

**ASSUMED** [1] - 2933:12

**ASSUMES** [1] - 2897:3

**ASSUMING** [3] - 2884:18, 2913:7, 2937:16

**ASSUMPTION** [1] - 2896:25

**ASSURED** [2] - 2838:18, 2839:9

**ASYMMETRIC** [1] - 2858:7

**AT** [200] - 2839:1, 2839:3, 2840:8, 2841:17, 2842:4, 2842:13, 2842:14, 2843:12, 2844:3, 2844:15, 2844:18, 2845:18, 2846:13, 2848:4, 2849:19, 2850:3, 2850:19, 2851:18, 2852:16, 2852:17, 2852:18, 2852:21, 2852:22, 2853:12, 2855:6, 2855:13, 2855:24, 2857:22, 2858:3, 2858:16, 2858:18, 2859:8, 2859:11, 2860:13, 2861:7, 2862:3, 2863:3, 2863:6, 2863:24, 2864:15, 2864:17,

DAILY COPY

2864:18, 2865:4, 2865:6, 2865:7, 2865:15, 2865:22, 2866:20, 2867:16, 2867:18, 2868:3, 2868:13, 2868:14, 2869:6, 2869:22, 2870:5, 2870:19, 2870:21, 2871:2, 2872:16, 2872:21, 2872:23, 2874:9, 2874:13, 2875:5, 2875:14, 2876:2, 2877:24, 2878:13, 2879:4, 2880:2, 2881:9, 2883:12, 2884:25, 2885:6, 2885:14, 2887:11, 2887:12, 2887:24, 2888:5, 2888:12, 2888:23, 2888:24, 2889:5, 2889:10, 2891:2, 2891:12, 2891:21, 2891:24, 2892:7, 2893:17, 2893:18, 2893:19, 2894:2, 2894:4, 2894:8, 2894:13, 2894:25, 2895:4, 2895:13, 2896:5, 2896:14, 2896:15, 2896:16, 2896:22, 2897:3, 2897:4, 2897:16, 2897:23, 2898:1, 2898:2, 2898:5, 2898:7, 2898:9, 2898:11, 2898:14, 2898:15, 2899:2, 2899:4, 2899:12, 2899:17, 2899:24, 2901:17, 2901:22, 2903:1, 2903:7, 2904:18, 2905:3, 2905:10, 2905:12, 2905:14, 2905:17, 2907:15, 2907:16, 2909:1, 2910:5, 2911:5, 2911:18, 2912:4, 2912:9, 2913:3, 2913:10, 2913:11, 2913:12, 2915:21, 2918:2, 2919:15, 2919:21, 2921:14, 2923:4, 2923:6, 2923:7, 2923:11, 2923:18, 2923:23, 2924:23, 2924:24, 2925:13, 2925:21, 2925:22, 2926:1, 2926:24, 2926:25,

2927:1, 2927:18, 2927:21, 2927:24, 2928:2, 2928:4, 2928:5, 2928:8, 2928:12, 2928:14, 2928:15, 2928:21, 2929:1, 2929:5, 2929:13, 2930:5, 2930:13, 2930:18, 2933:6, 2933:8, 2934:3, 2936:23, 2937:23, 2937:24

**ATMOSPHERE** [1] - 2845:14

**ATTACHMENTS** [1] - 2904:23

**ATTEMPT** [1] - 2850:16

**ATTEMPTING** [2] - 2871:24, 2891:9

**ATTENDED** [1] - 2853:3

**ATTENTION** [4] - 2860:1, 2876:6, 2893:7, 2937:14

**ATTRIBUTES** [2] - 2866:22, 2889:15

**AVAILABLE** [2] - 2841:15, 2853:17

**AVENUE** [2] - 2834:23, 2835:12

**AVERAGE** [2] - 2855:4, 2855:9

**AWARE** [1] - 2921:8

**AWAY** [4] - 2856:2, 2874:24, 2896:14, 2912:6

**AWAYS** [1] - 2838:12

**AXIS** [16] - 2841:22, 2842:5, 2849:20, 2857:14, 2868:3, 2874:12, 2874:21, 2878:16, 2885:21, 2885:22, 2893:20, 2893:24, 2897:9, 2899:3, 2899:8, 2912:9

---

# B

**B** [1] - 2834:19
**BACK** [32] - 2840:2, 2847:22, 2848:13, 2849:3, 2849:22, 2849:23, 2849:24, 2850:6, 2861:2, 2861:16, 2863:25, 2868:18, 2870:19, 2870:20, 2872:19, 2873:1, 2878:10, 2880:2, 2880:19,

2891:13, 2892:10, 2894:21, 2896:23, 2897:5, 2898:7, 2898:13, 2912:25, 2927:10, 2930:25, 2931:3, 2934:3, 2937:23

**BADLY** [2] - 2885:11, 2936:7

**BAEZA** [1] - 2836:5

**BALL** [3] - 2862:18, 2862:20, 2923:3

**BALLPARK** [1] - 2851:18

**BANK** [1] - 2888:17

**BAR** [4] - 2879:2, 2913:2, 2913:9, 2913:15

**BARON** [1] - 2834:22

**BARONNE** [2] - 2834:17, 2834:20

**BASE** [3] - 2845:24, 2890:16, 2890:20

**BASED** [7] - 2839:21, 2863:5, 2872:1, 2880:2, 2883:2, 2896:25, 2902:15

**BASELINE** [1] - 2896:11

**BASELINES** [1] - 2916:1

**BASIC** [1] - 2903:18

**BASICALLY** [9] - 2850:17, 2869:13, 2886:10, 2891:11, 2914:5, 2919:20, 2925:5, 2926:24, 2934:15

**BASIS** [1] - 2881:14
**BATON** [2] - 2835:10, 2835:16
**BAY** [2] - 2872:21, 2873:20
**BAYOU** [2] - 2919:15, 2927:3
**BE** [125] - 2838:5, 2838:13, 2838:24, 2839:4, 2839:22, 2840:25, 2841:22, 2842:18, 2843:10, 2843:11, 2843:22, 2846:12, 2846:20, 2847:8, 2848:23, 2848:25, 2849:12, 2850:19, 2851:23, 2851:24, 2852:2, 2853:3, 2853:13, 2853:15, 2854:13, 2854:18, 2855:9,

2857:10, 2862:7, 2862:14, 2862:21, 2863:10, 2863:17, 2863:23, 2865:13, 2865:16, 2866:1, 2866:20, 2867:1, 2868:22, 2870:7, 2872:12, 2874:21, 2874:22, 2875:17, 2877:4, 2877:11, 2878:16, 2879:5, 2879:17, 2879:18, 2880:10, 2881:25, 2882:16, 2882:20, 2884:16, 2885:3, 2886:14, 2886:15, 2887:3, 2887:12, 2888:15, 2888:18, 2889:14, 2889:17, 2890:3, 2890:4, 2890:14, 2890:21, 2891:24, 2891:25, 2894:6, 2894:14, 2895:15, 2895:16, 2896:13, 2897:5, 2897:18, 2897:19, 2897:20, 2898:2, 2898:9, 2899:23, 2899:24, 2899:25, 2900:5, 2900:8, 2900:9, 2900:10, 2901:1, 2902:22, 2903:1, 2903:15, 2903:22, 2904:20, 2905:11, 2906:20, 2909:2, 2910:3, 2911:8, 2912:8, 2913:11, 2915:17, 2916:13, 2923:7, 2924:7, 2926:13, 2927:3, 2928:22, 2928:23, 2929:17, 2929:18, 2929:19, 2932:10, 2933:11, 2935:5, 2936:8, 2936:23, 2937:23

**BEA** [9] - 2852:14, 2867:11, 2867:19, 2867:23, 2872:15, 2872:18, 2873:17, 2882:7, 2882:17

**BEA'S** [3] - 2867:6, 2867:16, 2868:16
**BEACH** [5] - 2848:7, 2858:6, 2860:13, 2860:21, 2862:6
**BEAM** [1] - 2932:6
**BEAT** [1] - 2936:7
**BECAUSE** [57] -

2839:13, 2842:23, 2844:22, 2844:23, 2845:9, 2845:11, 2845:23, 2847:9, 2848:10, 2849:13, 2850:8, 2853:11, 2856:11, 2856:24, 2857:11, 2857:23, 2858:19, 2859:9, 2859:22, 2860:6, 2860:15, 2861:3, 2864:25, 2865:1, 2865:17, 2867:8, 2868:10, 2869:22, 2870:6, 2870:17, 2870:22, 2875:8, 2879:3, 2880:5, 2885:10, 2895:11, 2895:24, 2896:13, 2897:9, 2897:23, 2899:1, 2900:7, 2904:9, 2905:15, 2905:21, 2906:5, 2908:20, 2908:22, 2913:10, 2913:14, 2915:10, 2922:6, 2924:8, 2924:17, 2926:11, 2932:20

**BECOME** [1] - 2901:3

**BECOMES** [2] - 2849:2, 2863:14

**BEEN** [37] - 2838:8, 2840:13, 2840:23, 2841:15, 2841:18, 2841:20, 2842:11, 2842:17, 2844:16, 2844:24, 2846:23, 2852:18, 2853:24, 2862:9, 2865:25, 2866:19, 2877:19, 2878:8, 2879:19, 2879:21, 2879:25, 2883:4, 2888:20, 2893:25, 2896:24, 2899:2, 2901:4, 2910:8, 2912:19, 2913:19, 2914:5, 2918:20, 2925:22, 2927:13, 2929:10, 2931:22

**BEFORE** [13] - 2834:8, 2853:22, 2856:24, 2867:5, 2870:15, 2872:9, 2875:10, 2877:2, 2898:6, 2898:13, 2932:15, 2932:20, 2934:9

**BEGIN** [6] - 2870:24,

2889:12, 2889:13, 2889:17, 2896:1, 2896:10
  **BEGINNING** [3] - 2854:3, 2866:25, 2895:9
  **BEGINS** [3] - 2895:13, 2896:4, 2896:11
  **BEHAVE** [3] - 2857:4, 2857:5, 2857:8
  **BEHIND** [1] - 2846:3
  **BEING** [12] - 2838:12, 2839:15, 2847:6, 2862:3, 2866:25, 2870:17, 2871:6, 2878:25, 2880:6, 2896:20, 2897:4, 2922:13
  **BELIEVE** [17] - 2851:25, 2864:11, 2867:24, 2868:1, 2873:17, 2879:23, 2885:1, 2887:24, 2888:3, 2893:7, 2896:18, 2902:13, 2917:2, 2917:9, 2922:14, 2935:7, 2936:19
  **BELOW** [1] - 2878:25
  **BENJAMIN** [1] - 2836:13
  **BERM** [11] - 2849:24, 2873:5, 2874:19, 2888:17, 2888:25, 2889:13, 2889:14, 2890:7, 2890:15, 2932:14
  **BESIDES** [1] - 2908:10
  **BEST** [9] - 2850:15, 2853:4, 2854:13, 2878:2, 2888:18, 2893:17, 2912:20, 2933:10, 2938:10
  **BET** [1] - 2902:14
  **BETTER** [3] - 2866:20, 2886:15, 2917:17
  **BETWEEN** [24] - 2852:24, 2853:15, 2854:15, 2856:7, 2857:4, 2860:24, 2862:2, 2868:23, 2872:11, 2886:6, 2894:17, 2897:19, 2899:7, 2899:25, 2901:14, 2903:15,

2919:24, 2921:19, 2922:15, 2922:16, 2923:5, 2923:17, 2927:12, 2933:3
  **BEYOND** [3] - 2865:24, 2882:17, 2932:14
  **BIENVENUE** [1] - 2927:4
  **BIG** [10] - 2847:10, 2847:11, 2848:7, 2853:12, 2856:9, 2856:23, 2860:14, 2864:24, 2864:25
  **BIGS** [1] - 2932:19
  **BIT** [10] - 2851:12, 2870:6, 2874:7, 2885:11, 2886:2, 2894:20, 2894:21, 2898:12, 2898:22, 2937:16
  **BLACK** [3] - 2875:6, 2896:10, 2918:2
  **BLOW** [2] - 2910:19, 2930:9
  **BLOWING** [1] - 2844:4
  **BLUE** [2] - 2870:5, 2897:20
  **BLVD** [1] - 2835:19
  **BOARD** [8] - 2843:1, 2843:25, 2847:16, 2882:5, 2917:19, 2921:13, 2921:14, 2931:10
  **BOAT** [2] - 2873:1, 2903:1
  **BOB** [1] - 2905:17
  **BODY** [1] - 2903:2
  **BORGNE** [8] - 2850:18, 2850:20, 2863:17, 2869:4, 2869:12, 2869:16, 2870:15, 2929:15
  **BOSS** [1] - 2915:21
  **BOTH** [18] - 2849:14, 2850:9, 2851:1, 2856:5, 2857:25, 2864:5, 2868:3, 2869:1, 2874:11, 2882:16, 2885:23, 2906:4, 2910:8, 2925:14, 2930:6, 2934:12, 2935:21
  **BOTHER** [1] - 2922:6
  **BOTTOM** [39] - 2849:17, 2850:3, 2852:21, 2858:25, 2859:7, 2859:8, 2859:9, 2859:24,

2860:17, 2863:2, 2863:3, 2863:5, 2863:6, 2863:7, 2863:24, 2863:25, 2864:15, 2864:16, 2865:4, 2865:14, 2865:15, 2870:21, 2872:16, 2874:17, 2874:21, 2875:14, 2893:20, 2894:4, 2899:11, 2903:10, 2903:11, 2903:21, 2912:4, 2923:9, 2923:24, 2927:1, 2934:22
  **BOUNDARY** [12] - 2861:1, 2861:2, 2861:10, 2861:12, 2861:14, 2861:24, 2862:4, 2863:4, 2864:13, 2865:7, 2929:21, 2932:17
  **BOUSSINESQ** [13] - 2848:1, 2848:2, 2852:12, 2856:5, 2858:2, 2859:2, 2859:5, 2859:16, 2874:18, 2877:16, 2932:17, 2932:18
  **BOW** [1] - 2903:6
  **BOX** [4] - 2835:2, 2835:9, 2835:19, 2836:12
  **BRANCH** [1] - 2836:5
  **BREADTH** [1] - 2904:12
  **BREAK** [9] - 2847:13, 2848:18, 2854:15, 2858:8, 2858:12, 2860:12, 2883:12, 2937:21, 2937:24
  **BREAKING** [12] - 2846:20, 2847:11, 2847:12, 2850:8, 2853:10, 2856:2, 2858:5, 2858:9, 2858:16, 2860:11, 2871:15, 2931:21
  **BREAKS** [3] - 2847:20, 2858:18, 2860:14
  **BRENDAN** [1] - 2835:23
  **BRIEF** [2] - 2881:20, 2914:3
  **BRIEFING** [1] - 2900:12
  **BRIEFLY** [2] -

2900:4, 2900:20
  **BROUGHT** [1] - 2882:20
  **BRUCE** [3] - 2905:20, 2906:4, 2920:15
  **BRUNO** [2] - 2834:16, 2834:16
  **BUDD** [1] - 2834:22
  **BUILD** [1] - 2916:2
  **BUILT** [4] - 2925:14, 2927:11, 2928:8, 2929:9
  **BUOYANT** [1] - 2862:20
  **BUT** [108] - 2838:14, 2840:18, 2841:14, 2841:19, 2843:3, 2845:1, 2846:4, 2849:20, 2850:18, 2851:12, 2853:25, 2854:21, 2855:23, 2856:18, 2857:21, 2859:3, 2859:21, 2860:2, 2860:8, 2860:19, 2861:18, 2862:5, 2862:10, 2862:21, 2862:25, 2864:15, 2865:21, 2865:25, 2866:13, 2866:23, 2868:20, 2869:15, 2870:17, 2870:25, 2871:8, 2871:12, 2873:13, 2873:16, 2873:25, 2874:14, 2874:16, 2875:23, 2876:3, 2877:1, 2877:14, 2878:4, 2878:5, 2878:21, 2879:9, 2879:17, 2881:8, 2881:18, 2881:20, 2885:10, 2886:1, 2886:3, 2887:12, 2889:5, 2889:7, 2893:2, 2894:8, 2896:1, 2896:7, 2896:10, 2896:15, 2897:15, 2898:24, 2899:3, 2900:13, 2902:18, 2905:9, 2907:2, 2908:21, 2909:12, 2909:16, 2910:20, 2912:16, 2912:19, 2913:13, 2913:19, 2914:15, 2918:5, 2918:17, 2919:1, 2922:5, 2922:8, 2922:10, 2923:4, 2924:5,

2925:5, 2925:14, 2926:5, 2926:15, 2929:5, 2929:7, 2929:16, 2929:17, 2930:13, 2932:3, 2932:14, 2933:18, 2934:9, 2934:11, 2935:6, 2935:10, 2935:24, 2936:7, 2936:20
  **BY** [135] - 2834:13, 2834:16, 2834:19, 2834:23, 2835:1, 2835:5, 2835:8, 2835:12, 2835:15, 2835:18, 2835:22, 2836:1, 2836:5, 2836:19, 2836:20, 2837:5, 2837:6, 2838:9, 2840:4, 2840:8, 2840:18, 2842:20, 2844:9, 2845:8, 2846:5, 2846:11, 2848:21, 2849:18, 2850:3, 2852:7, 2852:14, 2852:16, 2853:8, 2854:24, 2854:25, 2855:16, 2857:7, 2857:16, 2860:8, 2860:21, 2860:22, 2863:13, 2864:1, 2864:5, 2864:23, 2867:4, 2867:9, 2867:13, 2867:14, 2867:19, 2867:20, 2868:4, 2868:6, 2869:19, 2870:8, 2872:6, 2872:15, 2872:25, 2874:6, 2876:15, 2876:16, 2877:25, 2878:1, 2879:16, 2879:19, 2880:17, 2884:9, 2885:10, 2885:17, 2886:19, 2886:21, 2887:2, 2887:9, 2888:22, 2892:9, 2893:10, 2894:3, 2895:19, 2896:9, 2897:22, 2900:19, 2901:1, 2901:16, 2901:18, 2902:1, 2902:20, 2903:8, 2903:22, 2905:1, 2906:3, 2906:13, 2906:19, 2906:23, 2909:9, 2909:13, 2909:22, 2910:3, 2910:23, 2911:13, 2913:1, 2913:8,

2913:15, 2913:19, 2914:10, 2914:23, 2915:24, 2916:13, 2916:22, 2917:6, 2917:18, 2918:10, 2918:24, 2920:15, 2921:11, 2921:25, 2923:8, 2924:1, 2924:14, 2924:19, 2925:4, 2926:21, 2927:9, 2927:24, 2928:25, 2930:14, 2931:3, 2932:23, 2932:24, 2935:3, 2935:21, 2937:4

## C

C [8] - 2835:5, 2835:8, 2835:12, 2835:14, 2835:15, 2835:18, 2835:18, 2838:1
CA [1] - 2834:14
CALCULATE [3] - 2855:18, 2874:19, 2883:4
CALCULATED [11] - 2854:17, 2867:23, 2872:12, 2872:15, 2875:15, 2885:16, 2885:17, 2887:9, 2887:17, 2893:14, 2922:2
CALCULATES [2] - 2886:6, 2886:20
CALCULATION [3] - 2882:17, 2919:9, 2919:20
CALCULATIONS [6] - 2898:1, 2906:22, 2907:6, 2909:14, 2916:2, 2929:9
CALIBRATION [2] - 2853:14, 2867:1
CALL [9] - 2852:4, 2866:24, 2873:21, 2875:2, 2883:25, 2898:6, 2899:10, 2928:7, 2937:14
CALLED [4] - 2841:21, 2848:22, 2883:5, 2893:7
CALLING [3] - 2849:23, 2851:25, 2852:2
CALVIN [1] - 2835:12
CAME [12] - 2840:2, 2840:21, 2854:4, 2878:13, 2885:24, 2888:4, 2907:3,

2907:14, 2907:23, 2908:3, 2908:15, 2909:7
CAN [118] - 2840:21, 2840:25, 2841:24, 2842:1, 2842:5, 2842:7, 2842:8, 2843:1, 2843:18, 2844:11, 2846:19, 2846:20, 2848:15, 2849:5, 2849:7, 2849:8, 2849:14, 2849:18, 2851:7, 2852:15, 2853:1, 2853:12, 2853:15, 2854:13, 2855:19, 2856:13, 2857:8, 2857:19, 2858:3, 2858:4, 2858:20, 2859:1, 2859:5, 2859:7, 2859:9, 2859:21, 2860:8, 2860:10, 2860:18, 2861:7, 2862:11, 2862:23, 2863:4, 2863:10, 2864:2, 2864:23, 2869:4, 2869:5, 2869:10, 2870:3, 2870:10, 2870:18, 2870:21, 2872:20, 2874:3, 2875:23, 2876:1, 2877:11, 2877:12, 2877:15, 2880:10, 2881:20, 2882:12, 2883:9, 2883:25, 2884:3, 2884:5, 2884:25, 2885:6, 2885:7, 2886:3, 2889:1, 2889:13, 2889:17, 2889:22, 2891:18, 2892:10, 2892:12, 2892:14, 2892:24, 2894:1, 2894:19, 2895:23, 2896:3, 2896:16, 2897:8, 2897:17, 2897:18, 2898:4, 2898:9, 2898:11, 2899:12, 2902:19, 2908:18, 2909:5, 2909:16, 2910:2, 2911:7, 2917:9, 2919:6, 2921:2, 2921:6, 2922:1, 2922:8, 2925:19, 2926:3, 2927:11, 2928:23, 2931:6, 2931:7, 2931:13, 2932:7, 2933:18, 2935:10, 2935:14

CAN'T [10] - 2841:1, 2853:7, 2855:20, 2859:4, 2865:6, 2873:8, 2896:5, 2896:7, 2896:13, 2913:11
CANCEL [2] - 2884:1
CANDID [1] - 2937:1
CANNOT [1] - 2935:7
CAPABLE [1] - 2848:2
CAPTION [1] - 2917:22
CAPTURE [1] - 2878:6
CAPTURED [2] - 2847:17, 2853:9
CARE [1] - 2865:5
CAREFUL [2] - 2862:5, 2902:22
CAREFULLY [1] - 2853:14
CARL [1] - 2910:2
CARONDELET [1] - 2836:2
CARRYING [1] - 2912:8
CASE [30] - 2842:11, 2843:10, 2843:20, 2844:18, 2847:6, 2847:22, 2851:7, 2852:22, 2853:21, 2853:22, 2854:18, 2855:23, 2865:5, 2872:23, 2872:25, 2873:3, 2873:4, 2873:5, 2873:16, 2873:18, 2887:20, 2890:16, 2890:20, 2895:14, 2897:4, 2897:24, 2898:18, 2935:11, 2936:1
CASES [1] - 2874:12
CATCH [1] - 2856:23
CAUSATION [1] - 2867:12
CAVALRY [1] - 2884:1
CCR [3] - 2836:16, 2938:8, 2938:16
CENTER [1] - 2846:13
CENTIMETER [2] - 2857:18, 2857:20
CENTIMETERS [1] - 2859:1
CERTAIN [5] - 2845:13, 2847:17, 2855:13, 2929:21, 2932:5

CERTAINLY [14] - 2838:7, 2839:22, 2839:23, 2846:13, 2860:8, 2860:25, 2886:9, 2889:5, 2896:10, 2904:17, 2905:12, 2908:21, 2929:17, 2935:5
CERTIFICATE [1] - 2938:6
CERTIFY [1] - 2938:9
CHALK [2] - 2844:7, 2931:17
CHANGE [6] - 2839:2, 2839:18, 2870:9, 2871:7, 2889:4, 2913:18
CHANGED [4] - 2897:9, 2902:11, 2902:12, 2922:10
CHANGES [4] - 2871:7, 2877:6, 2877:7, 2902:18
CHANGING [4] - 2848:17, 2889:19, 2894:23, 2897:10
CHANNEL [34] - 2840:13, 2840:18, 2840:19, 2841:3, 2841:6, 2846:13, 2846:18, 2849:6, 2849:12, 2849:18, 2849:25, 2850:9, 2850:10, 2863:17, 2870:16, 2874:24, 2875:9, 2875:18, 2889:11, 2889:13, 2889:14, 2890:5, 2898:23, 2924:4, 2924:21, 2931:9, 2931:19, 2932:2, 2932:10, 2932:14, 2934:23
CHAOTIC [1] - 2853:12
CHARACTERISTIC [1] - 2932:3
CHARACTERISTICS [3] - 2903:25, 2904:5, 2904:6
CHARACTERIZE [1] - 2916:17
CHARGE [1] - 2934:16
CHARGED [2] - 2905:21, 2906:5
CHART [47] - 2841:21, 2842:8, 2842:14, 2842:21,

2842:22, 2842:23, 2843:21, 2845:9, 2849:17, 2857:14, 2857:19, 2859:7, 2859:8, 2859:13, 2862:16, 2870:19, 2874:11, 2876:12, 2876:24, 2877:1, 2877:4, 2877:25, 2878:13, 2887:16, 2895:23, 2897:7, 2899:6, 2899:7, 2900:2, 2907:12, 2907:15, 2907:17, 2909:20, 2910:24, 2911:4, 2911:13, 2911:25, 2913:16, 2918:5, 2918:9, 2918:10, 2918:11, 2919:22, 2920:4, 2920:7
CHARTS [5] - 2843:21, 2857:11, 2912:18, 2921:18, 2925:10
CHASE [1] - 2918:20
CHECK [3] - 2907:11, 2907:20, 2907:21
CHESAPEAKE [2] - 2872:21, 2873:19
CHOSE [1] - 2924:10
CIRCLE [4] - 2862:17, 2862:19, 2862:21, 2864:18
CIRCLES [3] - 2864:14, 2864:15, 2865:3
CIRCULAR [2] - 2862:24, 2862:25
CITY [1] - 2835:20
CIVILIAN [1] - 2914:16
CLARIFIED [1] - 2862:9
CLASS [2] - 2859:22, 2871:13
CLASSES [1] - 2857:4
CLEANER [1] - 2871:8
CLEAR [7] - 2854:15, 2874:21, 2900:25, 2913:19, 2916:13, 2922:11, 2934:9
CLERK [3] - 2838:5, 2881:25, 2883:23
CLOSE [9] - 2851:15, 2855:18, 2867:17, 2886:11,

2887:5, 2909:1, 2910:17, 2913:16, 2926:15
**CLOSE-IN** [1] - 2855:18
**CLOSER** [1] - 2849:6
**COASTAL** [6] - 2853:19, 2853:22, 2915:17, 2915:18, 2915:19
**CODE** [1] - 2920:11
**COEFFICIENT** [2] - 2934:25, 2935:1
**COLD** [1] - 2916:13
**COLEAD** [1] - 2905:16
**COLLEGE** [3] - 2914:9, 2914:12, 2914:13
**COLOR** [3] - 2917:4, 2917:5, 2917:19
**COLORS** [1] - 2875:16
**COLUMBIA** [1] - 2852:15
**COLUMN** [6] - 2862:20, 2862:25, 2865:23, 2884:19, 2884:20
**COMBINATION** [1] - 2842:7
**COME** [13] - 2844:17, 2847:21, 2848:8, 2849:11, 2851:11, 2890:5, 2896:23, 2898:7, 2907:14, 2908:23, 2909:4, 2913:17, 2921:12
**COMES** [9] - 2839:22, 2848:13, 2848:18, 2849:22, 2853:13, 2858:9, 2868:4, 2894:21, 2903:6
**COMING** [14] - 2844:19, 2849:15, 2849:23, 2852:1, 2857:19, 2859:14, 2870:14, 2888:25, 2890:7, 2912:25, 2913:14, 2923:3, 2931:25
**COMMENT** [2] - 2862:10, 2892:7
**COMMENTED** [2] - 2862:8, 2877:19
**COMMENTS** [1] - 2894:7
**COMMONLY** [2] - 2853:18, 2878:19

**COMMUNITY** [1] - 2866:23
**COMPANY** [1] - 2914:4
**COMPARABLE** [4] - 2850:7, 2886:4, 2886:5, 2886:12
**COMPARE** [12] - 2841:12, 2852:13, 2864:2, 2868:15, 2876:24, 2880:15, 2880:20, 2884:10, 2884:24, 2893:13, 2894:11, 2897:9
**COMPARED** [10] - 2873:2, 2876:17, 2877:4, 2880:7, 2880:21, 2882:9, 2885:15, 2886:4, 2892:20, 2929:10
**COMPARES** [2] - 2883:6, 2884:23
**COMPARING** [2] - 2850:1, 2899:2
**COMPARISON** [8] - 2872:11, 2880:8, 2881:13, 2881:14, 2884:15, 2885:19, 2917:22, 2922:9
**COMPELLED** [1] - 2867:8
**COMPILATION** [1] - 2884:10
**COMPILE** [1] - 2882:10
**COMPILING** [1] - 2883:7
**COMPLEX** [1] - 2835:8
**COMPLICATED** [1] - 2871:12
**COMPUTATION** [1] - 2871:5
**COMPUTATIONAL** [1] - 2935:21
**COMPUTATIONALLY** [1] - 2935:10
**COMPUTE** [1] - 2885:14
**COMPUTER** [2] - 2836:20, 2906:17
**CONCEPT** [1] - 2863:5
**CONCERNING** [2] - 2854:4, 2888:6
**CONCLUDED** [2] - 2840:8, 2906:20
**CONCLUSION** [2] - 2840:21, 2846:17
**CONCLUSIONS** [4] -

2889:8, 2891:3, 2900:21, 2901:11
**CONDITION** [4] - 2841:3, 2846:14, 2861:25, 2863:4
**CONDITIONS** [5] - 2861:1, 2862:4, 2864:14, 2925:21, 2932:17
**CONFIDENCE** [1] - 2878:25
**CONFIDENT** [1] - 2879:18
**CONFIGURATION** [2] - 2839:2, 2883:1
**CONFIRMS** [1] - 2838:15
**CONFLICT** [1] - 2868:22
**CONFUSING** [4] - 2857:17, 2860:6, 2861:18
**CONJUNCTION** [2] - 2874:22, 2924:8
**CONNECTION** [2] - 2841:16, 2934:2
**CONOR** [1] - 2836:7
**CONSEQUENCE** [4] - 2861:9, 2865:12, 2865:13, 2890:5
**CONSEQUENCES** [4] - 2854:12, 2865:11, 2896:2, 2897:16
**CONSERVATIVE** [1] - 2893:9
**CONSERVE** [1] - 2859:13
**CONSIDER** [4] - 2863:10, 2871:14, 2902:5, 2915:8
**CONSIDERABLY** [1] - 2892:13
**CONSIDERATION** [2] - 2913:20, 2914:18
**CONSIDERATIONS** [1] - 2935:22
**CONSIDERING** [3] - 2841:15, 2902:4, 2908:13
**CONSISTENCY** [1] - 2884:14
**CONSISTENT** [9] - 2856:4, 2862:7, 2884:13, 2901:5, 2913:16, 2920:18, 2931:20, 2931:21, 2931:23
**CONSTANT** [7] - 2848:10, 2848:11, 2869:11, 2877:15,

2904:13, 2913:13
**CONSTITUTE** [1] - 2857:1
**CONSULTING** [1] - 2914:4
**CONTAINED** [1] - 2920:6
**CONTEXT** [3] - 2838:24, 2839:12, 2843:17
**CONTINUED** [2] - 2837:5, 2840:3
**CONTOUR** [2] - 2929:16, 2929:18
**CONTOURS** [1] - 2933:5
**CONTRACT** [2] - 2934:4, 2934:19
**CONTRAST** [1] - 2910:3
**CONTRIBUTED** [4] - 2916:18, 2935:4, 2936:15, 2937:7
**CONTRIBUTING** [1] - 2923:6
**CONTRIBUTION** [5] - 2855:17, 2855:23, 2887:7, 2887:8, 2901:20
**CONTRIBUTOR** [1] - 2901:18
**CONTROL** [1] - 2874:5
**CONVENTION** [1] - 2875:11
**CONVERGENCE** [2] - 2932:13, 2932:20
**CONVERSION** [3] - 2884:21, 2884:22, 2893:23
**CONVERT** [2] - 2884:18, 2893:21
**COPIES** [1] - 2839:4
**COPY** [2] - 2909:15, 2917:4
**CORD** [1] - 2883:23
**CORNELL** [2] - 2852:16, 2852:17
**CORPS** [12] - 2841:15, 2841:17, 2893:8, 2911:14, 2911:18, 2914:5, 2914:7, 2914:8, 2914:11, 2914:16, 2914:21, 2915:21
**CORRECT** [122] - 2840:20, 2841:5, 2841:11, 2846:13, 2847:15, 2847:19, 2848:20, 2855:25,

2860:5, 2863:19, 2866:18, 2869:9, 2869:15, 2869:21, 2872:14, 2872:16, 2872:17, 2873:14, 2873:23, 2874:24, 2874:25, 2875:11, 2875:18, 2875:19, 2877:3, 2877:9, 2886:13, 2887:11, 2887:17, 2887:18, 2887:24, 2888:2, 2888:3, 2890:22, 2891:6, 2891:7, 2893:12, 2894:5, 2894:7, 2895:18, 2896:12, 2896:19, 2897:2, 2897:7, 2900:23, 2902:14, 2902:17, 2903:24, 2904:8, 2904:11, 2906:7, 2906:9, 2907:24, 2908:4, 2908:5, 2908:9, 2911:1, 2912:7, 2912:22, 2914:1, 2914:2, 2914:6, 2914:22, 2914:24, 2914:25, 2915:2, 2915:4, 2915:6, 2916:5, 2916:6, 2916:8, 2916:9, 2916:12, 2916:15, 2916:16, 2916:20, 2916:23, 2916:24, 2917:1, 2917:20, 2918:1, 2918:10, 2918:16, 2918:17, 2919:13, 2919:14, 2919:18, 2919:22, 2919:25, 2920:7, 2920:9, 2920:12, 2920:16, 2920:17, 2922:13, 2922:17, 2923:13, 2923:14, 2923:18, 2924:3, 2924:6, 2924:15, 2925:7, 2927:1, 2927:19, 2927:23, 2928:1, 2928:3, 2928:6, 2928:9, 2930:7, 2930:8, 2933:6, 2933:7, 2933:13, 2934:19, 2936:6, 2936:18, 2938:10
**CORRECTLY** [3] - 2853:9, 2859:10, 2934:21
**CORRELATED** [2] - 2921:2, 2922:1

**CORRELATION** [1] - 2887:5

**COULD** [46] - 2840:9, 2840:14, 2846:16, 2849:9, 2852:13, 2852:23, 2853:10, 2854:25, 2867:22, 2872:7, 2874:9, 2876:11, 2877:19, 2879:18, 2880:18, 2882:23, 2888:6, 2888:19, 2893:15, 2896:6, 2897:10, 2898:1, 2898:15, 2900:20, 2901:10, 2905:11, 2905:14, 2905:25, 2908:1, 2919:17, 2926:6, 2928:23, 2929:17, 2929:18, 2929:19, 2933:10, 2933:11, 2933:20, 2933:23, 2935:5, 2935:22

**COULWAVE** [24] - 2852:15, 2852:24, 2853:17, 2856:8, 2857:13, 2861:1, 2861:21, 2862:2, 2862:5, 2885:16, 2886:6, 2886:20, 2886:25, 2896:3, 2904:3, 2904:4, 2904:6, 2904:13, 2908:12, 2933:12, 2933:15, 2934:22, 2935:5, 2935:7

**COUNSEL** [2] - 2843:25, 2870:2

**COUNTRY** [1] - 2846:25

**COUPLE** [3] - 2875:21, 2881:19, 2891:21

**COURSE** [3] - 2856:22, 2879:8, 2889:18

**COURT** [186] - 2834:1, 2836:16, 2838:6, 2838:7, 2838:20, 2838:23, 2839:8, 2839:12, 2839:21, 2840:1, 2840:21, 2841:24, 2842:3, 2843:3, 2843:8, 2843:14, 2843:16, 2843:24, 2844:1, 2844:7, 2844:9, 2844:13, 2844:24, 2845:1,

2845:2, 2845:5, 2845:20, 2845:23, 2846:3, 2846:7, 2846:8, 2846:10, 2850:18, 2850:23, 2851:9, 2851:14, 2851:22, 2852:2, 2852:6, 2852:23, 2854:6, 2854:7, 2854:21, 2855:12, 2855:15, 2856:13, 2856:20, 2857:8, 2858:11, 2858:14, 2860:8, 2863:10, 2863:16, 2863:20, 2864:3, 2864:10, 2864:12, 2865:10, 2865:15, 2865:24, 2866:4, 2866:6, 2866:9, 2866:10, 2866:13, 2866:19, 2867:3, 2869:12, 2869:24, 2870:2, 2871:5, 2871:10, 2871:17, 2872:1, 2872:5, 2873:21, 2874:5, 2874:10, 2877:20, 2879:5, 2879:8, 2879:12, 2879:25, 2880:1, 2880:12, 2880:16, 2880:24, 2881:2, 2881:6, 2881:12, 2881:18, 2881:24, 2882:2, 2882:15, 2882:24, 2883:8, 2883:10, 2883:14, 2883:18, 2883:21, 2883:25, 2884:5, 2884:8, 2886:8, 2886:10, 2886:14, 2886:18, 2888:8, 2891:15, 2892:1, 2892:3, 2893:15, 2893:22, 2894:13, 2894:18, 2894:25, 2895:4, 2895:7, 2895:12, 2895:16, 2896:8, 2897:14, 2899:14, 2899:16, 2899:18, 2899:20, 2899:22, 2900:1, 2900:4, 2900:11, 2900:15, 2900:20, 2901:23, 2904:22, 2905:25, 2906:8, 2907:8, 2909:5, 2909:21, 2910:4, 2910:8, 2910:13, 2910:15, 2910:18, 2911:3, 2917:5,

2917:11, 2918:9, 2918:20, 2918:23, 2921:10, 2921:12, 2921:22, 2921:24, 2922:22, 2923:23, 2924:14, 2924:17, 2924:25, 2925:3, 2926:2, 2926:8, 2926:16, 2926:19, 2927:6, 2928:20, 2930:24, 2931:1, 2931:3, 2931:4, 2931:7, 2931:11, 2931:13, 2931:15, 2931:18, 2932:22, 2937:1, 2937:3, 2937:16, 2937:20, 2937:23, 2938:8, 2938:9, 2938:17

**COURT'S** [3] - 2838:5, 2881:25, 2893:2

**COURTROOM** [1] - 2916:14

**COVER** [1] - 2900:16

**COVERED** [2] - 2869:24, 2890:12

**CRASH** [1] - 2852:19

**CREATED** [2] - 2866:16, 2877:18

**CREATING** [2] - 2877:8, 2877:20

**CREST** [30] - 2839:18, 2839:19, 2876:16, 2876:17, 2876:18, 2876:22, 2877:2, 2878:9, 2878:10, 2878:24, 2879:22, 2883:4, 2884:11, 2885:13, 2885:22, 2886:2, 2889:17, 2889:23, 2889:24, 2889:25, 2890:23, 2891:10, 2892:18, 2893:16, 2893:18, 2897:1, 2897:10, 2901:14, 2904:12

**CRESTS** [1] - 2877:7

**CRITICAL** [2] - 2873:8, 2901:13

**CRITICALLY** [1] - 2867:14

**CRITICISMS** [1] - 2880:19

**CRITICIZED** [1] - 2880:6

**CRITICIZING** [1] - 2882:8

**CROSS** [10] - 2837:6,

2846:4, 2882:13, 2882:20, 2882:21, 2901:25, 2904:21, 2905:9, 2907:11, 2931:9

**CROSS-EXAMINATION** [3] - 2837:6, 2846:4, 2901:25

**CROSS-SECTION** [2] - 2904:21, 2905:9

**CROSSED** [2] - 2840:19, 2895:23

**CROSSES** [2] - 2869:4, 2898:22

**CROSSING** [5] - 2846:18, 2898:20, 2931:19, 2932:2

**CRR** [2] - 2836:16, 2938:16

**CUBIC** [10] - 2885:21, 2885:25, 2886:1, 2893:25, 2894:16, 2895:5, 2898:4, 2898:12, 2898:19

**CUMULATIVE** [2] - 2878:14, 2878:19

**CURIOSITY** [1] - 2868:10

**CURVE** [6] - 2858:19, 2859:25, 2860:1, 2880:2, 2883:2, 2885:24

**CURVES** [1] - 2873:17

**CUT** [2] - 2838:12, 2918:20

**CUT-AWAYS** [1] - 2838:12

# D

**D** [6] - 2836:10, 2837:1, 2838:1, 2846:14, 2923:1, 2929:12

**DA** [2] - 2917:25

**DAH** [3] - 2917:25

**DALLAS** [1] - 2834:24

**DAMAGE** [11] - 2892:21, 2893:4, 2893:5, 2894:1, 2894:6, 2898:5, 2899:10, 2899:11, 2901:8, 2916:15

**DANGERS** [1] - 2848:9

**DANIEL** [1] - 2836:5

**DASH** [2] - 2929:1,

2929:2

**DASHED** [4] - 2843:12, 2859:3, 2875:7, 2928:14

**DASHES** [6] - 2875:16, 2928:15, 2928:18, 2928:20, 2928:21, 2929:6

**DATA** [30] - 2853:4, 2853:5, 2857:23, 2858:23, 2859:14, 2878:10, 2878:11, 2879:10, 2879:18, 2880:2, 2880:6, 2880:20, 2882:9, 2882:12, 2883:2, 2883:6, 2884:12, 2885:11, 2890:12, 2896:18, 2904:15, 2905:5, 2905:10, 2905:12, 2905:14, 2906:18, 2915:25, 2936:9, 2936:11

**DATUM** [1] - 2885:23

**DC** [1] - 2836:13

**DEAL** [1] - 2876:8

**DEALING** [2] - 2863:16, 2863:18

**DEAN** [1] - 2905:17

**DECAY** [9] - 2860:15, 2865:23, 2867:25, 2870:24, 2871:3, 2871:15, 2872:12, 2872:15, 2872:18

**DECAYS** [1] - 2865:22

**DECEMBER** [2] - 2925:17, 2926:23

**DECIDED** [1] - 2924:7

**DECISIONS** [1] - 2900:11

**DECLARATION** [1] - 2867:11

**DECLARED** [1] - 2912:19

**DECLINING** [1] - 2860:9

**DEEP** [5] - 2862:15, 2862:16, 2862:23, 2863:11, 2864:7

**DEEPER** [2] - 2860:12, 2910:15

**DEEPEST** [3] - 2849:18, 2933:18, 2934:23

**DEFECTIVE** [1] - 2904:24

**DEFENDANT** [1] -

2836:4

**DEFENDANT'S** [1] - 2855:18

**DEFENSE** [3] - 2913:20, 2916:17, 2934:1

**DEFINE** [3] - 2843:18, 2845:18

**DEFORMATIONS** [1] - 2852:19

**DEGRADATION** [3] - 2891:16, 2897:1, 2897:7

**DEGRADED** [4] - 2838:12, 2839:14, 2839:15, 2839:17

**DELAYED** [2] - 2894:20

**DELFT** [3] - 2867:9, 2867:18, 2867:20

**DEMISE** [1] - 2916:18

**DEMONSTRATION** [1] - 2891:11

**DEMONSTRATIVE** [6] - 2854:5, 2861:5, 2909:13, 2927:10, 2927:14, 2930:5

**DEMONSTRATIVES** [1] - 2838:8

**DENHAM** [1] - 2835:13

**DENOTES** [1] - 2849:17

**DENSE** [1] - 2868:2

**DEPARTMENT** [1] - 2836:4

**DEPENDING** [2] - 2846:17, 2925:5

**DEPENDS** [2] - 2903:10, 2914:18

**DEPICTING** [1] - 2929:16

**DEPOSED** [1] - 2934:8

**DEPOSITION** [7] - 2887:25, 2905:3, 2912:17, 2913:19, 2915:13, 2920:21, 2930:5

**DEPTH** [43] - 2843:20, 2843:23, 2846:22, 2847:2, 2847:6, 2849:17, 2849:20, 2849:21, 2849:24, 2850:2, 2850:7, 2850:13, 2852:16, 2855:9, 2855:13, 2863:12, 2863:13, 2869:10,

---

2870:7, 2870:9, 2870:14, 2870:18, 2870:25, 2871:3, 2871:6, 2871:15, 2877:13, 2889:11, 2901:3, 2901:4, 2901:5, 2902:15, 2903:23, 2913:10, 2913:12, 2913:13, 2933:12, 2933:16, 2933:18, 2933:22

**DEPTHS** [7] - 2843:22, 2850:5, 2851:4, 2858:24, 2858:25, 2933:8, 2933:21

**DEPUTY** [3] - 2838:5, 2881:25, 2883:23

**DERIVED** [1] - 2872:18

**DESCEND** [1] - 2862:25

**DESCRIBED** [4] - 2848:19, 2852:12, 2864:6, 2893:9

**DESIGN** [4] - 2893:5, 2897:24, 2925:20, 2925:22

**DESIGNED** [6] - 2875:13, 2898:10, 2927:20, 2927:24, 2928:2, 2928:8

**DESIGNING** [1] - 2841:16

**DESIGNS** [1] - 2876:20

**DESPITE** [1] - 2841:9

**DESTROYING** [1] - 2838:20

**DESTRUCTION** [3] - 2838:16, 2838:25, 2839:11

**DETAILED** [1] - 2905:17

**DETAILS** [1] - 2886:3

**DETERMINATION** [1] - 2920:14

**DETERMINE** [1] - 2916:15

**DETERMINED** [1] - 2843:1

**DETERMINING** [1] - 2863:13

**DEVELOPED** [2] - 2840:23, 2852:16

**DIAGRAM** [1] - 2856:16, 2857:8, 2862:12, 2882:4

---

**DID** [104] - 2840:17, 2850:18, 2862:5, 2862:7, 2862:10, 2864:18, 2867:7, 2867:14, 2874:25, 2875:22, 2878:15, 2879:7, 2880:1, 2880:19, 2880:22, 2881:10, 2882:7, 2882:17, 2882:24, 2884:10, 2884:14, 2885:10, 2885:18, 2886:23, 2887:14, 2888:5, 2888:12, 2888:23, 2889:3, 2889:10, 2889:21, 2890:3, 2890:9, 2890:14, 2890:25, 2891:1, 2891:2, 2892:23, 2893:21, 2898:11, 2899:19, 2902:8, 2904:15, 2904:16, 2904:17, 2905:4, 2905:9, 2905:10, 2905:13, 2905:15, 2905:20, 2906:14, 2906:16, 2907:8, 2907:13, 2907:16, 2907:21, 2908:19, 2908:23, 2909:4, 2909:5, 2909:7, 2909:10, 2909:11, 2909:23, 2912:19, 2915:15, 2918:14, 2918:19, 2918:25, 2919:1, 2920:4, 2920:14, 2920:23, 2921:8, 2921:9, 2921:10, 2922:3, 2922:6, 2922:7, 2924:21, 2930:18, 2932:24, 2933:1, 2933:5, 2933:8, 2933:10, 2934:3, 2934:4, 2934:10, 2934:21, 2935:3, 2935:20, 2935:24, 2936:1, 2936:9

**DIDN'T** [15] - 2878:17, 2879:3, 2889:3, 2902:22, 2904:20, 2918:18, 2920:23, 2923:4, 2927:16, 2928:23, 2929:16, 2929:22, 2932:25, 2934:15, 2934:22

**DIFFER** [1] - 2864:7

**DIFFERENCE** [19] - 2843:1, 2845:20,

---

2853:15, 2853:17, 2856:7, 2856:9, 2875:21, 2886:6, 2886:20, 2886:23, 2889:7, 2903:15, 2911:3, 2921:19, 2932:25, 2933:1, 2933:2, 2933:3

**DIFFERENCES** [7] - 2852:24, 2857:4, 2872:22, 2872:23, 2876:3, 2886:11

**DIFFERENT** [44] - 2843:5, 2843:21, 2843:22, 2847:24, 2849:3, 2852:22, 2856:25, 2857:11, 2857:14, 2857:25, 2858:21, 2858:22, 2860:19, 2863:8, 2865:19, 2866:22, 2867:19, 2868:14, 2873:15, 2874:15, 2875:8, 2875:13, 2875:16, 2876:9, 2889:15, 2889:20, 2890:5, 2891:11, 2891:21, 2893:4, 2893:5, 2893:18, 2895:20, 2899:4, 2900:5, 2905:22, 2908:20, 2910:25, 2911:9, 2918:4, 2934:11

**DIFFERENTIAL** [1] - 2871:22

**DIFFERENTLY** [2] - 2857:5, 2857:9

**DIFFICULT** [1] - 2853:11

**DIFFICULTY** [1] - 2883:10

**DIMENSIONS** [3] - 2925:20, 2925:21, 2925:22

**DIMINISHING** [1] - 2865:17

**DIRECT** [4] - 2837:5, 2840:3, 2871:5, 2919:3

**DIRECTION** [3] - 2860:4, 2860:5, 2931:25

**DIRECTIONS** [1] - 2857:11

**DIRECTLY** [1] - 2878:11

**DISADVANTAGES** [1] - 2929:21

**DISCOUNTING** [1] -

---

2870:7

**DISCRETE** [1] - 2924:3

**DISCUSS** [2] - 2846:16, 2848:15

**DISCUSSED** [2] - 2841:23, 2902:18

**DISCUSSING** [1] - 2840:11

**DISPENSE** [2] - 2892:15, 2892:17

**DISPLACED** [1] - 2932:3

**DISPUTE** [1] - 2901:6

**DISREGARD** [1] - 2918:9

**DISTANCE** [12] - 2841:1, 2844:4, 2860:16, 2868:2, 2868:3, 2871:2, 2899:2, 2901:2, 2901:14, 2926:3, 2926:14, 2926:15

**DISTILL** [1] - 2899:5

**DISTINCTION** [3] - 2860:23, 2860:25, 2862:1

**DISTINCTIONS** [1] - 2873:7

**DISTORT** [1] - 2885:11

**DISTORTS** [1] - 2865:4

**DISTRIBUTION** [1] - 2878:19

**DISTRICT** [5] - 2834:1, 2834:1, 2834:8, 2938:9

**DIVERGENCE** [2] - 2932:13, 2932:21

**DIVIDE** [1] - 2857:17

**DIVIDED** [3] - 2857:16, 2863:13, 2868:4

**DM** [7] - 2838:10, 2838:11, 2909:15, 2922:9, 2922:11

**DO** [87] - 2839:10, 2841:16, 2841:24, 2842:1, 2842:2, 2843:3, 2843:18, 2847:9, 2847:23, 2850:5, 2851:14, 2853:21, 2854:8, 2854:9, 2854:11, 2854:16, 2855:19, 2855:20, 2856:16, 2858:19, 2859:22, 2861:4, 2861:21,

2862:7, 2863:23, 2865:21, 2866:19, 2867:8, 2867:21, 2871:16, 2871:17, 2872:18, 2872:19, 2873:12, 2874:8, 2878:13, 2878:25, 2879:7, 2880:1, 2881:19, 2882:17, 2883:5, 2883:14, 2884:21, 2884:25, 2885:19, 2887:8, 2887:14, 2887:22, 2887:23, 2892:1, 2893:19, 2893:24, 2896:7, 2896:23, 2897:12, 2897:23, 2901:3, 2905:3, 2905:7, 2909:18, 2909:19, 2911:24, 2913:24, 2915:10, 2915:12, 2917:7, 2917:8, 2920:16, 2922:4, 2922:21, 2926:3, 2929:3, 2934:11, 2935:11, 2935:20, 2936:1, 2936:3, 2936:4, 2936:25, 2938:9

**DOCKET** [1] - 2834:3
**DOCTOR** [1] - 2933:25
**DOCUMENTS** [1] - 2910:9
**DOES** [24] - 2842:21, 2846:1, 2846:7, 2847:20, 2854:15, 2859:16, 2861:21, 2861:22, 2861:23, 2861:24, 2864:8, 2865:7, 2881:8, 2882:11, 2893:1, 2898:24, 2911:11, 2920:25, 2921:10, 2932:6, 2932:7, 2934:24
**DOESN'T** [8] - 2848:10, 2849:3, 2865:23, 2882:12, 2885:10, 2911:10, 2919:5, 2930:10
**DOING** [14] - 2859:10, 2876:4, 2880:4, 2885:10, 2905:21, 2906:6, 2908:21, 2908:22, 2914:10, 2926:11, 2935:18, 2935:24, 2935:25
**DOMENGEAUX** [1] -

2835:1
**DOMINANT** [2] - 2887:13, 2901:18
**DOMINATED** [1] - 2887:2
**DON'T** [46] - 2838:13, 2838:25, 2839:17, 2856:11, 2856:17, 2859:20, 2862:13, 2863:22, 2865:24, 2866:3, 2866:5, 2873:9, 2882:16, 2884:2, 2894:14, 2898:13, 2900:6, 2901:6, 2902:14, 2902:20, 2904:1, 2905:25, 2907:9, 2909:12, 2910:20, 2911:16, 2914:19, 2915:21, 2917:12, 2919:17, 2920:13, 2921:6, 2921:9, 2922:8, 2923:4, 2926:14, 2930:12, 2931:2, 2931:6, 2932:18, 2932:20, 2935:15, 2935:16, 2935:22, 2936:7
**DONALD** [1] - 2837:4
**DONE** [17] - 2839:22, 2853:14, 2857:24, 2859:18, 2864:5, 2865:20, 2888:3, 2905:15, 2905:18, 2918:19, 2920:18, 2930:21, 2933:11, 2933:21, 2934:10, 2934:11, 2935:23
**DOT** [4] - 2851:13, 2851:15, 2858:19, 2928:16
**DOTS** [10] - 2858:23, 2859:6, 2870:22, 2870:23, 2928:15, 2928:20, 2928:21, 2929:1, 2930:6, 2932:13
**DOTTED** [1] - 2894:4
**DOWN** [26] - 2842:1, 2842:4, 2848:13, 2849:15, 2849:21, 2851:20, 2859:24, 2860:17, 2861:10, 2862:20, 2863:1, 2863:4, 2863:24, 2865:18, 2874:23, 2875:1, 2877:7, 2883:24, 2889:19,

2894:21, 2896:21, 2898:7, 2898:21, 2911:6, 2913:3, 2929:4
**DOWNS** [1] - 2932:19
**DOWNWARD** [1] - 2865:23
**DR** [36] - 2840:5, 2846:6, 2846:12, 2854:20, 2854:25, 2856:10, 2867:6, 2867:11, 2867:16, 2867:19, 2867:23, 2868:16, 2872:15, 2872:18, 2882:7, 2882:17, 2884:10, 2901:21, 2902:2, 2906:23, 2907:4, 2907:15, 2907:17, 2907:18, 2907:19, 2908:7, 2909:16, 2910:24, 2913:24, 2917:7, 2919:15, 2920:15, 2922:1, 2926:22, 2933:24, 2934:15
**DRAMATIC** [1] - 2873:21
**DRAMATICALLY** [1] - 2897:11
**DRAW** [1] - 2862:2
**DRAWING)** [2] - 2932:1, 2932:8
**DRAWN** [1] - 2911:20
**DREW** [1] - 2878:1
**DRIVEN** [6] - 2864:23, 2865:6, 2902:20, 2903:8, 2903:19, 2913:1
**DROP** [1] - 2902:20
**DROPS** [1] - 2913:3
**DUDENHEFER** [2] - 2835:4, 2835:5
**DUE** [2] - 2881:11, 2932:13
**DUMAS** [2] - 2835:7, 2835:8
**DUPRE** [1] - 2919:15
**DURATION** [9] - 2891:23, 2892:19, 2899:1, 2899:2, 2899:3, 2899:4, 2899:9, 2899:10, 2900:8
**DURING** [8] - 2841:4, 2873:5, 2874:20, 2907:13, 2922:13, 2922:14, 2923:13,

2924:21
**DUTCH** [8] - 2867:14, 2885:17, 2885:24, 2886:21, 2886:23, 2886:25, 2887:7, 2900:2
**DUVAL** [1] - 2834:8
**DYNA** [12] - 2852:18, 2852:25, 2853:21, 2853:23, 2856:7, 2861:23, 2862:2, 2862:7, 2864:9, 2864:13, 2866:15, 2866:16
**DYNAMICS** [2] - 2854:10, 2855:24

# E

**E** [4] - 2836:2, 2837:1, 2838:1
**E"** [1] - 2844:6
**EACH** [8] - 2858:24, 2864:23, 2864:25, 2865:22, 2875:7, 2888:24, 2918:3, 2924:14
**EARLIER** [4] - 2866:16, 2889:9, 2894:21, 2898:22
**EARLY** [2] - 2841:19, 2881:18
**EAST** [1] - 2835:23
**EASTERN** [2] - 2834:1, 2938:9
**EASY** [1] - 2878:3
**EBERSOLE** [16] - 2854:18, 2855:23, 2893:7, 2905:20, 2906:4, 2906:14, 2906:19, 2907:24, 2908:3, 2908:6, 2915:24, 2918:22, 2919:8, 2921:12, 2936:12, 2936:13
**EBERSOLE'S** [3] - 2856:3, 2919:1, 2920:16
**EDUCATED** [1] - 2844:24
**EDWARDS** [1] - 2835:1
**EFFECT** [13] - 2864:4, 2865:10, 2867:6, 2867:18, 2867:23, 2873:12, 2873:13, 2875:20, 2876:14, 2876:15, 2894:23, 2902:16, 2915:25
**EFFECTS** [9] -

2839:18, 2849:5, 2855:18, 2855:19, 2856:1, 2887:1, 2931:20, 2931:21, 2931:22
**EFFORT** [1] - 2855:17
**EHRLICH** [1] - 2836:6
**EIGHT** [6] - 2890:6, 2929:14, 2929:16, 2929:17, 2929:19
**EIGHT-FOOT** [1] - 2890:6
**EITHER** [4] - 2842:1, 2863:6, 2883:19, 2916:25
**EL** [1] - 2836:6
**EL-AMIN** [1] - 2836:6
**ELEMENT** [1] - 2871:21
**ELEVATED** [1] - 2848:24
**ELEVATION** [22] - 2848:23, 2876:16, 2878:10, 2878:18, 2883:4, 2885:22, 2886:2, 2886:15, 2888:16, 2888:17, 2889:17, 2890:11, 2891:10, 2892:19, 2893:16, 2893:18, 2894:24, 2896:17, 2897:11, 2897:16, 2897:25, 2937:9
**ELEVATIONS** [15] - 2877:5, 2878:9, 2878:17, 2878:22, 2878:24, 2880:2, 2880:21, 2884:11, 2885:13, 2886:4, 2886:11, 2890:5, 2899:7
**ELISA** [1] - 2835:22
**ELLIPSIS** [2] - 2863:21, 2863:23
**ELOQUENT** [1] - 2900:12
**ELSE** [7] - 2864:19, 2880:13, 2894:22, 2908:7, 2916:17, 2926:6, 2936:22
**ELWOOD** [2] - 2835:18, 2835:18
**EMERGE** [1] - 2932:2
**EMERGED** [1] - 2932:8
**EMERGENT** [1] - 2873:4

**EMPHASIZE** [1] - 2896:24

**EMPHASIZES** [1] - 2930:11

**EMPIRICAL** [3] - 2853:3, 2857:23, 2871:24

**EMPLOYED** [1] - 2844:9

**EMPLOYEE** [1] - 2914:5

**ENCOUNTERED** [1] - 2870:18

**END** [4] - 2860:20, 2884:22, 2895:9, 2913:15

**ENDED** [3] - 2876:3, 2911:6, 2911:7

**ENDS** [1] - 2859:14

**ENERGY** [40] - 2840:25, 2842:24, 2842:25, 2844:5, 2844:15, 2844:16, 2844:20, 2844:21, 2845:6, 2845:7, 2845:11, 2845:17, 2845:25, 2846:18, 2847:8, 2847:9, 2847:17, 2847:20, 2848:5, 2849:1, 2853:13, 2855:11, 2859:11, 2861:2, 2861:3, 2861:5, 2861:15, 2861:19, 2865:11, 2865:14, 2865:15, 2865:21, 2865:22, 2869:3, 2913:8, 2913:14, 2923:5

**ENGINEER** [9] - 2853:22, 2915:1, 2915:3, 2915:5, 2915:18, 2915:19, 2934:14

**ENGINEERING** [3] - 2853:20, 2861:19, 2915:17

**ENGINEERS** [4] - 2914:5, 2914:11, 2914:17, 2914:21

**ENGINEERS'** [1] - 2893:8

**ENLIGHTENED** [1] - 2864:4

**ENOUGH** [3] - 2899:5, 2905:8, 2922:15

**ENSUING** [1] - 2913:6

**ENTIRE** [2] - 2897:4,

2920:1

**ENTITLED** [1] - 2938:12

**ENTITY** [1] - 2844:10

**EPHEMERAL** [1] - 2896:4

**EQUAL** [8] - 2844:20, 2844:21, 2847:2, 2878:17, 2878:18, 2878:23, 2926:14

**EQUALS** [1] - 2843:4

**EQUATION** [2] - 2871:23

**EQUATIONS** [3] - 2853:8, 2853:9, 2877:11

**EQUIDISTANT** [4] - 2926:9, 2926:11, 2926:17, 2926:19

**EQUIVALENT** [3] - 2854:23, 2889:19, 2913:9

**ERASE** [2] - 2931:13, 2931:14

**EROSION** [1] - 2839:5

**ERROR** [1] - 2918:5

**ERRORS** [1] - 2885:10

**ESCAPE** [1] - 2861:19

**ESQ** [29] - 2834:13, 2834:16, 2834:19, 2834:20, 2834:23, 2835:1, 2835:5, 2835:8, 2835:12, 2835:15, 2835:15, 2835:18, 2835:22, 2835:23, 2836:1, 2836:2, 2836:6, 2836:6, 2836:7, 2836:7, 2836:8, 2836:8, 2836:9, 2836:9, 2836:10, 2836:10, 2836:11, 2836:11, 2836:12

**ESSENCE** [3] - 2864:7, 2865:25, 2889:21

**ESSENTIAL** [3] - 2908:8, 2908:11, 2908:13

**ESSENTIALLY** [5] - 2862:24, 2869:11, 2869:25, 2875:9, 2875:20

**ESTABLISH** [4] - 2883:5, 2904:15, 2905:6, 2936:9

**ESTABLISHED** [1] - 2892:21

**ESTIMATE** [4] - 2842:12, 2846:12, 2856:3, 2886:1

**ESTIMATED** [2] - 2886:2, 2901:15

**ESTIMATES** [1] - 2854:13

**ESTIMATING** [2] - 2853:18, 2854:2

**ET** [2] - 2834:2, 2834:5

**EUROPEANS** [1] - 2893:10

**EVALUATING** [2] - 2854:7, 2892:21

**EVEN** [12] - 2840:12, 2859:18, 2868:5, 2876:10, 2879:19, 2887:5, 2896:4, 2929:25, 2930:14, 2933:9, 2933:21, 2935:21

**EVENT** [1] - 2924:20

**EVER** [4] - 2848:7, 2856:22, 2935:3, 2936:1

**EVERY** [4] - 2839:23, 2849:11, 2895:1, 2932:1

**EVERYBODY** [6] - 2842:11, 2842:17, 2858:5, 2860:13, 2888:14, 2915:22

**EVERYTHING** [10] - 2848:11, 2880:11, 2891:25, 2894:22, 2894:23, 2900:16, 2904:20, 2909:2, 2923:4, 2934:21

**EVIDENT** [1] - 2881:13

**EVOLUTION** [1] - 2838:16

**EXACERBATE** [1] - 2892:6

**EXACERBATED** [1] - 2891:25

**EXACT** [5] - 2888:15, 2888:16, 2919:17, 2933:5

**EXACTLY** [24] - 2838:17, 2841:11, 2845:25, 2847:22, 2851:8, 2855:14, 2856:21, 2865:1, 2869:14, 2872:17, 2873:25, 2880:14, 2899:14, 2899:16,

2904:14, 2911:7, 2918:7, 2918:13, 2923:15, 2926:11, 2926:14, 2932:10, 2936:24, 2937:6

**EXAMINATION** [5] - 2837:5, 2837:6, 2840:3, 2846:4, 2901:25

**EXAMPLE** [6] - 2846:21, 2863:17, 2870:16, 2878:20, 2884:25, 2913:4

**EXCEED** [1] - 2898:13

**EXCEEDED** [2] - 2901:8, 2901:16

**EXCELLENT** [2] - 2847:21, 2871:13

**EXCEPT** [3] - 2858:4, 2861:9, 2874:25

**EXCEPTION** [1] - 2914:3

**EXCESS** [2] - 2847:8, 2847:9

**EXCUSE** [4] - 2855:8, 2859:8, 2914:9, 2921:17

**EXHIBIT** [1] - 2913:20

**EXHIBITS** [2] - 2854:5, 2854:6

**EXIST** [2] - 2856:11

**EXISTED** [3] - 2841:4, 2924:21, 2933:6

**EXISTENCE** [1] - 2933:8

**EXPECT** [2] - 2845:12, 2856:5

**EXPECTED** [1] - 2909:2

**EXPERIMENTAL** [1] - 2858:23

**EXPERIMENTS** [2] - 2846:23, 2901:6

**EXPERT** [10] - 2839:10, 2865:25, 2879:22, 2879:23, 2880:9, 2882:25, 2916:5

**EXPERTISE** [4] - 2854:9, 2855:20, 2876:8, 2916:22

**EXPERTS** [5] - 2855:20, 2867:14, 2885:17, 2886:21, 2934:1

**EXPLAIN** [20] -

2854:7, 2854:25, 2865:11, 2874:10, 2876:11, 2876:15, 2877:20, 2880:22, 2893:15, 2905:14, 2906:8, 2906:15, 2906:25, 2908:18, 2922:19, 2930:16, 2931:4, 2931:6, 2931:7, 2931:8

**EXPLAINED** [1] - 2882:6

**EXPLAINING** [1] - 2880:4

**EXPLANATION** [1] - 2882:9

**EXTENT** [2] - 2879:25, 2916:18

**EXTRAPOLATING** [1] - 2920:6

**EXTREME** [1] - 2876:12

**EXTREMELY** [3] - 2877:16, 2886:5, 2901:12

## F

**F** [1] - 2836:8

**FACE** [2] - 2890:21, 2891:12

**FACED** [1] - 2858:7

**FACT** [17] - 2848:8, 2850:12, 2850:14, 2870:5, 2882:13, 2884:16, 2887:20, 2891:22, 2893:8, 2897:23, 2898:22, 2910:10, 2911:14, 2913:23, 2915:20, 2932:2, 2932:13

**FACTOR** [8] - 2855:13, 2863:13, 2863:14, 2889:7, 2901:16, 2906:19, 2906:20, 2918:12

**FACTORS** [7] - 2853:3, 2871:6, 2871:19, 2888:5, 2888:24, 2889:8, 2902:15

**FAILURE** [1] - 2916:21

**FAIR** [6] - 2868:17, 2882:16, 2886:16, 2905:8, 2922:15, 2936:8

**FAIRLY** [5] - 2850:7, 2871:1, 2876:1, 2879:18, 2932:19

**FALL** [1] - 2916:22

**FALLING** [1] - 2926:13

**FAMILIAR** [1] - 2840:24

**FAR** [3] - 2848:9, 2882:17, 2910:8

**FARTHER** [1] - 2860:14

**FASHION** [1] - 2857:2

**FAST** [2] - 2847:14, 2902:20

**FASTER** [1] - 2902:19

**FAYARD** [2] - 2835:11, 2835:12

**FEEL** [1] - 2853:1

**FEELING** [1] - 2935:21

**FEET** [106] - 2840:18, 2842:4, 2842:9, 2842:15, 2842:16, 2842:17, 2843:11, 2843:21, 2844:15, 2845:10, 2847:7, 2849:20, 2849:21, 2851:9, 2851:20, 2851:21, 2855:9, 2868:2, 2868:6, 2869:2, 2870:3, 2871:1, 2874:12, 2875:21, 2878:25, 2879:17, 2884:25, 2885:3, 2885:6, 2885:21, 2885:23, 2885:25, 2886:1, 2889:1, 2889:2, 2889:18, 2890:1, 2890:2, 2890:6, 2890:8, 2890:12, 2890:15, 2890:16, 2893:16, 2893:19, 2893:25, 2894:10, 2894:11, 2894:16, 2895:5, 2896:21, 2897:4, 2897:13, 2897:20, 2897:23, 2897:24, 2898:4, 2898:12, 2898:19, 2899:12, 2903:5, 2903:7, 2903:8, 2910:13, 2911:7, 2911:8, 2911:25, 2912:1, 2912:2, 2912:5, 2913:2, 2913:5, 2919:8, 2919:11, 2919:13, 2919:15, 2919:21, 2922:16, 2922:17, 2923:18, 2924:22,

2924:23, 2924:24, 2925:2, 2927:13, 2927:14, 2927:18, 2927:21, 2928:3, 2928:5, 2928:9, 2929:10, 2929:19, 2933:21

**FELT** [4] - 2867:7, 2867:8, 2890:12, 2934:19

**FETCH** [13] - 2841:23, 2842:4, 2842:7, 2842:9, 2842:25, 2844:5, 2911:20, 2912:3, 2912:11, 2912:24, 2913:6, 2913:9

**FEW** [2] - 2902:6, 2913:2

**FIELD** [10] - 2841:1, 2845:14, 2845:15, 2846:1, 2847:25, 2859:11, 2864:21, 2872:21, 2903:18, 2923:6

**FIGURE** [5] - 2878:2, 2903:5, 2909:13, 2917:2, 2926:23

**FIGURED** [1] - 2883:25

**FIGURES** [1] - 2924:2

**FILE** [2] - 2896:6, 2918:18

**FILES** [4] - 2906:17, 2906:18, 2907:3, 2920:11

**FILMED** [1] - 2862:19

**FINAL** [2] - 2852:11, 2890:18

**FIND** [6] - 2842:8, 2844:11, 2883:11, 2884:14, 2890:25

**FINDING** [2] - 2847:12, 2866:11

**FINER** [3] - 2930:14, 2932:24, 2933:11

**FINISH** [1] - 2864:16

**FINISHING** [1] - 2852:17

**FIRM** [4] - 2834:19, 2835:4, 2835:7, 2835:22

**FIRST** [23] - 2839:20, 2840:10, 2853:1, 2857:10, 2867:22, 2872:24, 2874:16, 2875:1, 2891:3, 2891:18, 2891:23,

2900:25, 2901:12, 2917:3, 2921:2, 2921:6, 2924:2, 2925:15, 2926:23, 2929:5, 2934:17, 2935:1, 2935:3

**FIT** [1] - 2853:4

**FITZGERALD** [11] - 2877:25, 2905:20, 2906:4, 2907:12, 2907:23, 2908:3, 2908:6, 2915:24, 2920:11, 2922:4, 2936:11

**FIVE** [17] - 2875:12, 2889:2, 2890:8, 2890:11, 2894:20, 2898:6, 2899:12, 2899:13, 2899:16, 2899:20, 2910:16, 2924:22, 2928:9, 2929:4, 2929:10, 2937:24, 2937:25

**FIVISH** [1] - 2894:2

**FLAT** [3] - 2903:10, 2903:11, 2903:21

**FLOOD** [1] - 2885:2

**FLORIDA** [3] - 2835:12, 2905:17, 2914:4

**FLOW** [33] - 2839:1, 2839:19, 2854:7, 2854:8, 2854:11, 2864:15, 2865:4, 2865:5, 2865:6, 2876:7, 2877:6, 2877:8, 2877:10, 2877:13, 2879:2, 2883:4, 2886:21, 2886:22, 2887:7, 2887:8, 2887:16, 2888:7, 2891:5, 2891:9, 2892:10, 2892:12, 2901:7, 2901:10, 2921:18, 2921:20

**FLOWED** [1] - 2861:15

**FLOWING** [1] - 2861:10

**FLUIDS** [1] - 2839:7

**FLUME** [3] - 2846:24, 2901:6

**FOCUS** [3] - 2891:15, 2901:10, 2913:22

**FOCUSSING** [1] - 2930:12

**FOLLOW** [3] - 2843:13, 2851:16,

2885:6

**FOLLOWED** [1] - 2865:2

**FOLLOWING** [1] - 2885:3

**FOOT** [59] - 2840:19, 2841:10, 2842:18, 2843:23, 2844:18, 2845:20, 2845:22, 2846:1, 2848:23, 2848:24, 2848:25, 2854:18, 2854:19, 2855:6, 2855:7, 2855:10, 2871:2, 2876:18, 2876:19, 2876:21, 2885:1, 2885:5, 2885:7, 2885:8, 2885:21, 2889:23, 2889:24, 2889:25, 2890:1, 2890:6, 2894:1, 2894:16, 2895:6, 2896:17, 2896:21, 2896:22, 2898:2, 2898:5, 2898:12, 2898:19, 2901:1, 2903:6, 2905:11, 2911:6, 2911:9, 2912:13, 2923:3, 2923:4, 2925:6, 2929:11, 2929:14, 2930:1, 2933:18, 2936:16, 2937:8, 2937:9

**FORCES** [1] - 2916:18

**FORCING** [3] - 2886:5, 2891:20, 2892:7

**FORECASTING** [1] - 2843:17

**FOREGOING** [1] - 2938:10

**FORENSIC** [1] - 2915:5

**FORM** [1] - 2884:22

**FORMS** [1] - 2864:21

**FORMULATED** [2] - 2848:3, 2861:24

**FORTH** [7] - 2849:4, 2863:25, 2873:1, 2880:22, 2891:5, 2902:6, 2924:2

**FORWARD** [1] - 2849:4

**FOUND** [3] - 2841:9, 2875:20, 2920:19

**FOUR** [18] - 2838:9, 2838:19, 2838:21, 2889:23, 2889:25,

2888:1, 2888:3, 2888:9, 2890:20, 2892:21, 2892:23, 2893:2, 2893:3, 2893:16, 2894:6, 2894:9, 2894:22, 2895:14, 2895:15, 2896:2, 2897:4, 2897:18, 2897:19, 2898:1, 2898:8, 2899:3, 2900:20, 2901:8, 2905:17, 2905:22, 2906:22, 2907:5, 2908:6, 2908:20, 2908:22, 2909:14, 2911:20, 2912:11, 2912:16, 2912:24, 2913:20, 2914:8, 2914:13, 2914:14, 2915:20, 2917:3, 2917:24, 2918:4, 2918:14, 2919:3, 2919:18, 2919:19, 2919:20, 2920:5, 2920:7, 2920:23, 2922:22, 2923:1, 2923:25, 2926:1, 2929:21, 2931:16, 2932:17, 2934:10, 2934:11, 2934:12, 2934:16, 2934:19, 2935:11, 2935:18, 2935:19, 2936:1, 2936:2

2890:1, 2895:16, 2912:12, 2912:16, 2913:5, 2914:20, 2919:24, 2920:2, 2925:5, 2927:13, 2927:18, 2927:20, 2928:3

**FRACTION** [3] - 2845:14, 2847:3, 2847:4

**FRANK** [1] - 2835:5

**FRANKLIN** [1] - 2836:13

**FREEBOARD** [13] - 2876:14, 2876:15, 2876:16, 2876:19, 2876:21, 2876:22, 2877:7, 2889:23, 2890:1, 2892:19, 2901:13, 2936:16, 2937:8

**FRICTION** [5] - 2934:22, 2934:23, 2934:24, 2934:25, 2935:1

**FROM** [98] - 2840:2, 2841:20, 2842:24, 2842:25, 2844:17, 2845:14, 2848:5, 2854:19, 2854:20, 2856:1, 2856:2, 2856:5, 2858:10, 2861:16, 2867:24, 2870:4, 2871:1, 2872:21, 2872:23, 2874:21, 2874:22, 2874:24, 2875:24, 2876:9, 2877:8, 2877:16, 2877:23, 2878:11, 2878:14, 2879:14, 2880:10, 2880:12, 2880:20, 2883:16, 2884:12, 2884:24, 2885:24, 2886:21, 2886:24, 2889:1, 2889:2, 2889:23, 2889:25, 2890:1, 2890:8, 2890:11, 2890:15, 2890:19, 2891:12, 2891:13, 2891:20, 2892:10, 2894:20, 2895:7, 2895:8, 2895:23, 2896:3, 2896:14, 2902:24, 2902:25, 2906:12, 2906:17, 2907:3, 2907:4, 2907:9, 2907:12, 2907:14, 2907:23, 2907:24,

2908:3, 2908:7, 2909:23, 2909:25, 2910:19, 2910:24, 2911:4, 2911:14, 2911:25, 2912:5, 2912:8, 2912:13, 2912:24, 2913:7, 2915:21, 2916:1, 2916:7, 2917:2, 2917:20, 2918:23, 2924:22, 2926:4, 2936:11, 2936:18, 2938:11

**FRONT** [1] - 2917:9

**FULL** [1] - 2929:25

**FUNCTION** [1] - 2878:19

**FUNDAMENTAL** [1] - 2903:18

**FUNDED** [1] - 2914:10

**FURTHER** [2] - 2862:20, 2901:21

# G

**G** [2] - 2836:10, 2838:1

**GAIN** [1] - 2845:22

**GAUGE** [1] - 2855:3

**GAUGES** [1] - 2846:21

**GAVE** [4] - 2855:23, 2906:4, 2906:9, 2906:10

**GEARS** [1] - 2913:18

**GEEZ** [1] - 2928:22

**GENERAL** [12] - 2846:19, 2851:23, 2855:22, 2877:10, 2880:3, 2883:1, 2886:3, 2886:4, 2888:9, 2897:15, 2900:4, 2914:23

**GENERALLY** [2] - 2893:3, 2923:16

**GENERATE** [3] - 2846:25, 2847:1, 2903:3

**GENERATED** [3] - 2872:25, 2906:12, 2911:25

**GENERATES** [2] - 2864:19, 2864:20

**GENERATION** [2] - 2842:18, 2845:12

**GENERIC** [17] - 2887:17, 2887:19, 2888:1, 2888:21, 2893:18, 2904:2, 2904:4, 2904:9,

2904:14, 2904:17, 2905:12, 2905:23, 2906:10, 2906:12, 2908:15, 2908:16, 2936:5

**GEOLOGIST** [1] - 2915:7

**GEOLOGY** [1] - 2914:1

**GET** [38] - 2839:12, 2841:1, 2843:3, 2847:12, 2848:21, 2850:6, 2850:10, 2853:4, 2853:12, 2854:5, 2858:4, 2858:11, 2860:21, 2863:1, 2865:3, 2866:3, 2866:5, 2866:13, 2870:16, 2874:14, 2876:5, 2883:18, 2887:14, 2889:12, 2891:8, 2893:19, 2896:14, 2902:14, 2906:16, 2910:13, 2911:24, 2915:9, 2915:20, 2915:23, 2918:23, 2920:19, 2932:15, 2934:4

**GETS** [4] - 2856:24, 2859:1, 2876:20, 2915:10

**GETTING** [10] - 2856:5, 2858:7, 2866:2, 2870:18, 2880:3, 2883:16, 2883:19, 2894:14, 2910:17, 2918:13

**GILBERT** [2] - 2835:22, 2835:22

**GIVE** [14] - 2840:1, 2845:15, 2845:16, 2845:17, 2846:1, 2846:20, 2854:12, 2883:1, 2888:1, 2900:12, 2905:20, 2906:15, 2937:24

**GIVEN** [8] - 2882:8, 2882:15, 2887:20, 2906:19, 2907:7, 2915:24, 2919:15, 2937:6

**GIVES** [1] - 2841:21

**GIWW** [1] - 2874:23

**GLAD** [1] - 2839:4

**GLASSES** [1] - 2884:3

**GO** [68] - 2842:7, 2842:14, 2843:1, 2843:25, 2844:1,

2846:10, 2847:20, 2847:22, 2848:8, 2848:9, 2849:4, 2849:15, 2851:18, 2852:23, 2858:25, 2859:24, 2863:1, 2863:24, 2865:24, 2867:5, 2868:6, 2868:18, 2869:6, 2870:3, 2870:15, 2870:18, 2870:20, 2872:7, 2872:19, 2873:11, 2875:24, 2875:25, 2877:7, 2877:8, 2878:20, 2879:21, 2880:19, 2881:19, 2882:16, 2882:21, 2883:8, 2885:2, 2886:3, 2886:18, 2888:9, 2891:23, 2892:4, 2892:14, 2895:25, 2898:13, 2900:13, 2900:17, 2902:19, 2910:1, 2910:11, 2912:4, 2912:25, 2913:22, 2917:17, 2918:13, 2927:10, 2929:13, 2930:17, 2930:25, 2931:18, 2934:3, 2937:1, 2937:17

**GOES** [17] - 2839:20, 2847:25, 2848:12, 2848:13, 2848:18, 2849:4, 2849:21, 2849:24, 2855:11, 2858:6, 2859:5, 2864:21, 2870:1, 2874:21, 2889:18, 2891:22, 2913:2

**GOING** [77] - 2838:17, 2838:18, 2838:19, 2839:6, 2839:10, 2839:18, 2839:21, 2840:1, 2844:5, 2845:15, 2845:16, 2845:17, 2846:14, 2848:15, 2848:25, 2854:5, 2856:23, 2857:10, 2857:11, 2857:24, 2857:25, 2858:1, 2858:19, 2860:1, 2861:8, 2861:9, 2863:4, 2865:11, 2867:1, 2868:18, 2869:12, 2870:22, 2871:2, 2874:18, 2880:2, 2880:7, 2881:3, 2882:18,

2882:20, 2883:8, 2889:14, 2889:15, 2890:8, 2891:8, 2891:12, 2891:23, 2891:24, 2891:25, 2894:7, 2897:18, 2897:19, 2897:20, 2899:24, 2900:16, 2902:25, 2903:2, 2903:6, 2903:14, 2903:16, 2903:19, 2903:22, 2912:11, 2913:5, 2915:25, 2918:7, 2923:9, 2924:7, 2925:12, 2926:5, 2926:13, 2929:4, 2930:20, 2937:14, 2937:20

**GONE** [2] - 2848:22, 2856:22

**GOOD** [16] - 2840:5, 2840:6, 2844:11, 2844:13, 2846:7, 2846:21, 2851:3, 2852:19, 2879:14, 2887:20, 2901:24, 2902:2, 2902:3, 2912:23, 2931:16, 2934:15

**GOT** [21] - 2838:11, 2870:2, 2872:8, 2875:6, 2875:14, 2877:6, 2880:25, 2883:25, 2906:15, 2907:3, 2907:9, 2907:11, 2907:24, 2913:11, 2913:18, 2915:20, 2916:7, 2931:5, 2936:11

**GOTCHA** [1] - 2899:22

**GOVERN** [1] - 2877:11

**GOVERNING** [1] - 2871:23

**GOVERNMENT** [8] - 2835:9, 2837:3, 2844:7, 2882:25, 2915:22, 2918:4, 2931:16, 2934:10

**GOVERNMENT'S** [1] - 2925:24

**GRADUAL** [2] - 2872:13, 2873:13

**GRANTS** [2] - 2914:11, 2914:13

**GRAPH** [12] - 2850:19, 2850:21, 2872:11, 2873:21, 2876:9, 2880:18,

2895:8, 2896:16, 2899:1, 2899:3, 2926:3, 2926:8

**GRAPHED** [1] - 2874:10

**GRAPHICALLY** [1] - 2846:8

**GRAPHS** [1] - 2888:24

**GREAT** [3] - 2910:3, 2910:8, 2937:22

**GREEN** [11] - 2849:17, 2850:1, 2850:3, 2859:3, 2868:24, 2869:6, 2869:10, 2894:4, 2923:9, 2923:16

**GREIF** [1] - 2836:7

**GREW** [1] - 2840:18

**GRID** [2] - 2926:12

**GRIDS** [1] - 2930:1

**GROUP** [1] - 2848:7

**GROUPS** [1] - 2893:5

**GROW** [3] - 2840:18, 2859:2, 2913:5

**GROWS** [1] - 2847:15

**GROWTH** [6] - 2841:9, 2842:23, 2842:24, 2842:25, 2845:9, 2912:24

**GROWTHS** [1] - 2840:13

**GUAM** [1] - 2846:21

**GUARANTEED** [1] - 2926:13

**GUESS** [11] - 2839:12, 2841:14, 2847:16, 2871:11, 2872:8, 2876:24, 2877:4, 2883:12, 2889:3, 2923:23, 2934:20

**GUESSING** [1] - 2925:12

**GUSTS** [1] - 2871:10

---

# H

**H** [1] - 2845:18

**HAD** [45] - 2840:13, 2840:16, 2841:12, 2848:7, 2849:24, 2855:5, 2860:7, 2872:25, 2873:3, 2875:1, 2883:1, 2886:25, 2887:20, 2888:3, 2888:20, 2889:8, 2890:6, 2890:20, 2892:7,

2896:6, 2898:9, 2905:18, 2906:19, 2906:25, 2907:2, 2907:13, 2907:14, 2908:17, 2910:6, 2911:5, 2913:13, 2918:18, 2920:10, 2920:18, 2920:19, 2925:21, 2927:12, 2928:15, 2932:9, 2934:20, 2934:24, 2935:1, 2936:20

**HALF** [1] - 2848:25, 2885:5, 2889:18, 2893:16, 2896:17, 2897:4, 2897:13, 2897:18, 2897:23, 2897:24, 2898:2, 2899:7, 2899:25, 2903:7, 2910:19, 2912:5, 2912:13, 2913:5, 2919:11, 2919:13, 2919:21, 2922:16, 2922:17, 2925:6, 2927:13, 2927:18, 2927:21, 2928:3, 2929:20, 2929:23, 2929:24, 2936:16, 2937:8, 2937:9

**HALVES** [2] - 2877:14, 2877:15

**HAND** [8] - 2849:20, 2862:16, 2867:25, 2868:1, 2872:23, 2878:1, 2878:16, 2885:10

**HAPPEN** [1] - 2894:8

**HAPPENED** [3] - 2883:24, 2906:17, 2922:18

**HAPPENING** [6] - 2849:1, 2851:1, 2857:16, 2858:16, 2859:8, 2870:25

**HAPPENS** [6] - 2860:12, 2861:5, 2864:8, 2870:9, 2883:21, 2903:11

**HAPPY** [2] - 2880:10, 2884:3

**HARD** [5] - 2857:15, 2865:20, 2895:24, 2896:15, 2928:22

**HAS** [32] - 2839:13, 2842:11, 2842:17, 2844:17, 2848:22, 2853:2, 2853:8, 2853:13, 2853:22, 2859:20, 2862:8,

2863:6, 2864:5, 2866:19, 2866:21, 2870:6, 2882:19, 2884:19, 2884:20, 2888:14, 2891:8, 2891:10, 2896:24, 2897:24, 2898:16, 2902:11, 2902:12, 2913:19, 2916:14

**HATE** [1] - 2872:1

**HAVE** [169] - 2838:19, 2839:12, 2839:23, 2840:10, 2840:13, 2841:15, 2841:17, 2841:18, 2841:20, 2842:6, 2843:21, 2844:4, 2844:5, 2844:16, 2844:18, 2844:19, 2844:24, 2845:9, 2845:11, 2845:12, 2845:20, 2845:21, 2846:21, 2846:23, 2846:25, 2847:8, 2847:23, 2847:24, 2848:23, 2848:24, 2849:19, 2850:5, 2850:7, 2851:17, 2852:21, 2853:3, 2853:9, 2853:14, 2853:24, 2854:3, 2854:14, 2855:3, 2855:6, 2855:7, 2856:16, 2856:17, 2856:22, 2856:24, 2857:15, 2857:16, 2857:23, 2857:25, 2859:13, 2860:14, 2860:15, 2861:4, 2861:10, 2861:14, 2861:15, 2862:11, 2862:17, 2862:22, 2863:4, 2863:6, 2863:22, 2864:22, 2865:3, 2865:8, 2865:17, 2865:19, 2865:21, 2865:25, 2867:16, 2867:19, 2867:24, 2868:15, 2868:18, 2869:22, 2870:9, 2871:21, 2872:11, 2873:12, 2873:15, 2874:10, 2874:12, 2875:5, 2875:15, 2876:12, 2876:19, 2876:21, 2878:8, 2878:12, 2878:13, 2878:25, 2879:19, 2880:9, 2881:19, 2881:21, 2883:3, 2883:11,

2884:2, 2885:19, 2886:1, 2886:24, 2888:6, 2893:23, 2893:24, 2895:25, 2896:6, 2896:20, 2898:18, 2899:3, 2899:6, 2899:9, 2900:1, 2900:11, 2901:4, 2901:21, 2902:15, 2902:22, 2904:18, 2907:13, 2908:18, 2908:19, 2911:10, 2911:11, 2911:20, 2912:12, 2912:19, 2914:7, 2915:20, 2915:23, 2917:7, 2917:8, 2917:9, 2917:16, 2917:19, 2920:9, 2920:12, 2920:13, 2921:7, 2922:4, 2922:10, 2922:21, 2923:19, 2925:16, 2925:18, 2927:13, 2928:2, 2929:10, 2932:8, 2933:20, 2933:21, 2933:23, 2935:22, 2937:16, 2937:18

**HAVEN'T** [2] - 2865:20, 2930:22

**HAVING** [9] - 2861:16, 2868:22, 2877:16, 2883:10, 2883:12, 2890:8, 2901:19, 2905:11, 2935:4

**HAWAII** [1] - 2846:22

**HB-406** [1] - 2836:16

**HE** [57] - 2838:17, 2838:18, 2839:16, 2852:17, 2854:19, 2854:20, 2867:7, 2867:8, 2867:11, 2867:14, 2872:19, 2879:22, 2880:1, 2880:4, 2880:6, 2880:10, 2880:12, 2881:8, 2881:9, 2882:7, 2882:9, 2882:18, 2882:25, 2883:3, 2883:6, 2893:9, 2895:22, 2908:22, 2909:1, 2909:7, 2909:10, 2909:11, 2909:20, 2921:10, 2921:20, 2923:21, 2924:8, 2931:4, 2933:25, 2934:1, 2934:2,

2934:3, 2934:10, 2934:12, 2934:13, 2934:19, 2934:22, 2934:24, 2935:1

**HE'S** [5] - 2873:18, 2879:21, 2881:4, 2930:21

**HEAR** [2] - 2880:10, 2927:16

**HEARD** [5] - 2834:8, 2875:10, 2893:1, 2902:6, 2918:21

**HEIGHT** [47] - 2841:22, 2842:8, 2843:11, 2844:14, 2844:20, 2844:22, 2845:21, 2845:22, 2846:2, 2846:13, 2846:18, 2847:15, 2847:16, 2848:21, 2850:8, 2854:23, 2855:8, 2857:16, 2858:24, 2860:21, 2868:3, 2868:4, 2868:7, 2869:22, 2870:4, 2871:3, 2871:7, 2874:12, 2879:15, 2885:11, 2888:15, 2889:1, 2889:20, 2889:21, 2893:19, 2901:14, 2902:15, 2903:7, 2903:22, 2904:12, 2904:19, 2907:22, 2908:2, 2908:6, 2925:9

**HEIGHTS** [26] - 2847:1, 2847:23, 2849:15, 2870:24, 2874:16, 2874:17, 2875:14, 2876:1, 2879:7, 2888:13, 2893:18, 2905:21, 2905:22, 2906:5, 2907:9, 2907:11, 2907:12, 2908:1, 2917:23, 2918:9, 2919:20, 2923:10, 2930:13, 2932:3, 2932:10, 2932:21

**HELP** [4] - 2844:1, 2846:7, 2934:4, 2934:20

**HERE** [105] - 2839:4, 2841:23, 2841:25, 2842:1, 2842:2, 2842:5, 2842:14, 2843:12, 2844:5, 2844:16, 2844:19, 2845:7, 2849:8,

2849:18, 2849:24,
2850:3, 2850:6,
2851:5, 2854:2,
2855:7, 2856:16,
2857:2, 2857:8,
2857:25, 2858:10,
2858:14, 2858:23,
2859:9, 2859:14,
2859:25, 2860:4,
2860:5, 2860:17,
2861:9, 2861:12,
2862:15, 2862:16,
2863:4, 2863:16,
2863:21, 2864:5,
2864:8, 2864:13,
2865:3, 2865:25,
2866:12, 2868:24,
2869:10, 2870:4,
2870:13, 2870:21,
2870:22, 2870:25,
2871:4, 2872:8,
2872:10, 2872:11,
2874:10, 2874:17,
2878:6, 2878:9,
2878:15, 2878:16,
2879:10, 2883:19,
2884:23, 2885:3,
2885:4, 2887:16,
2888:19, 2888:25,
2889:10, 2889:11,
2889:14, 2889:15,
2890:10, 2891:21,
2893:15, 2893:20,
2893:25, 2894:16,
2895:11, 2896:2,
2896:13, 2896:19,
2897:13, 2897:20,
2899:9, 2901:13,
2909:16, 2910:15,
2911:4, 2911:5,
2911:6, 2918:16,
2919:3, 2919:8,
2922:11, 2925:12,
2925:15, 2927:10,
2932:1, 2934:12,
2937:2

**HERE'S** [1] - 2862:10
**HEREBY** [1] - 2938:9
**HIERARCHY** [1] -
2914:16
**HIGH** [24] - 2877:17,
2878:7, 2878:23,
2884:17, 2885:1,
2885:2, 2885:5,
2885:7, 2885:8,
2885:25, 2896:18,
2903:5, 2903:13,
2914:16, 2918:6,
2924:22, 2927:13,
2927:14, 2927:18,
2927:21, 2932:11,

---

2933:3
**HIGHER** [4] - 2878:4,
2894:11, 2923:7,
2929:11
**HIGHEST** [2] -
2925:1
**HIM** [10] - 2846:4,
2880:10, 2881:3,
2882:13, 2886:8,
2934:4, 2934:11,
2935:6
**HIRED** [1] - 2934:1
**HIS** [23] - 2838:15,
2852:17, 2866:7,
2867:7, 2867:25,
2880:5, 2880:7,
2880:15, 2880:23,
2880:24, 2881:1,
2881:3, 2881:5,
2881:6, 2882:8,
2883:6, 2907:4,
2919:3, 2919:8,
2934:21, 2934:25,
2935:1, 2935:6
**HIT** [1] - 2912:5
**HITS** [1] - 2913:3
**HOLD** [5] - 2868:13,
2884:5, 2913:24,
2913:25, 2922:22
**HOLDING** [1] -
2909:16
**HONEYCUTT** [1] -
2835:11
**HONOR** [40] -
2838:6, 2838:25,
2839:1, 2839:3,
2839:16, 2839:25,
2844:3, 2866:8,
2874:1, 2874:4,
2879:20, 2880:9,
2880:23, 2881:1,
2881:8, 2881:11,
2882:4, 2882:6,
2882:11, 2882:22,
2883:3, 2883:20,
2884:3, 2884:7,
2888:11, 2891:9,
2891:18, 2900:14,
2900:18, 2904:25,
2905:24, 2910:6,
2910:20, 2921:17,
2921:23, 2923:19,
2923:21, 2930:20,
2937:18
**HONOR'S** [1] -
2866:11
**HONORABLE** [1] -
2834:8
**HOPE** [1] - 2834:13
**HORSE** [1] - 2936:7

---

**HOUR** [13] - 2842:10,
2842:12, 2843:23,
2884:3, 2901:2,
2903:2, 2903:8,
2911:5, 2911:24,
2912:5, 2912:12,
2913:1
**HOURS** [7] -
2895:16, 2898:8,
2899:12, 2899:13,
2899:16, 2899:25
**HOUSEKEEPING** [1]
- 2881:19
**HOW** [33] - 2839:19,
2840:11, 2840:21,
2842:25, 2846:20,
2853:12, 2856:21,
2857:4, 2857:8,
2863:8, 2864:7,
2865:22, 2867:23,
2870:10, 2872:18,
2877:20, 2878:13,
2880:22, 2881:7,
2882:9, 2883:6,
2883:21, 2888:15,
2888:24, 2890:23,
2892:18, 2893:19,
2895:7, 2897:9,
2897:10, 2900:4,
2916:18
**HUGE** [1] - 2876:3
**HUH** [1] - 2905:5
**HURRICANE** [7] -
2841:4, 2859:21,
2868:15, 2868:17,
2870:10, 2873:8,
2873:9
**HYDRODYNAMIC**
[2] - 2867:13, 2891:20
**HYDRODYNAMICS**
[1] - 2905:18
**HYDROGRAPHS** [3]
- 2893:14, 2900:2,
2900:13

---

**I**

**I** [531] - 2837:1,
2838:1, 2838:6,
2838:9, 2838:10,
2838:12, 2838:20,
2839:3, 2839:7,
2839:12, 2839:21,
2840:1, 2840:7,
2840:16, 2840:23,
2841:12, 2841:14,
2842:1, 2842:2,
2842:3, 2842:4,
2842:5, 2842:7,
2842:8, 2843:1,
2843:3, 2843:4,

---

2843:16, 2843:21,
2844:5, 2844:18,
2844:24, 2845:1,
2845:3, 2845:5,
2845:7, 2845:11,
2845:20, 2845:23,
2846:3, 2846:4,
2846:6, 2846:12,
2846:16, 2846:19,
2846:23, 2847:15,
2847:16, 2847:22,
2848:21, 2848:23,
2848:24, 2849:12,
2849:13, 2849:19,
2850:2, 2850:4,
2850:6, 2850:11,
2850:14, 2850:23,
2851:12, 2851:14,
2851:18, 2851:19,
2851:20, 2851:25,
2852:4, 2852:11,
2852:13, 2852:15,
2852:21, 2852:22,
2853:1, 2853:10,
2853:21, 2854:2,
2854:5, 2854:7,
2854:12, 2854:16,
2854:17, 2854:22,
2855:3, 2855:5,
2855:7, 2855:15,
2856:5, 2856:17,
2857:10, 2857:11,
2857:25, 2858:19,
2858:25, 2859:25,
2860:6, 2860:7,
2860:8, 2860:9,
2860:23, 2861:4,
2862:1, 2862:3,
2862:8, 2862:10,
2862:11, 2862:19,
2862:21, 2862:23,
2864:2, 2864:11,
2864:22, 2865:3,
2865:20, 2865:21,
2865:24, 2866:3,
2866:5, 2866:9,
2866:10, 2866:11,
2866:13, 2866:15,
2866:21, 2867:5,
2867:7, 2867:11,
2867:16, 2867:21,
2867:22, 2867:24,
2867:25, 2868:17,
2868:18, 2868:20,
2869:8, 2869:15,
2870:2, 2870:22,
2871:10, 2871:11,
2871:13, 2872:1,
2872:7, 2872:8,
2872:19, 2873:9,
2873:11, 2873:17,

---

2873:19, 2873:24,
2874:9, 2874:14,
2874:25, 2875:5,
2875:12, 2875:15,
2875:20, 2876:6,
2876:8, 2876:11,
2876:24, 2877:1,
2877:4, 2877:10,
2877:19, 2877:24,
2877:25, 2878:2,
2878:5, 2878:9,
2878:12, 2878:17,
2878:20, 2878:24,
2879:3, 2879:4,
2879:6, 2879:20,
2879:23, 2880:18,
2880:25, 2881:3,
2881:16, 2881:19,
2882:2, 2882:6,
2882:16, 2882:17,
2882:18, 2882:19,
2882:20, 2882:24,
2883:8, 2883:11,
2883:12, 2883:25,
2884:3, 2884:16,
2884:17, 2885:10,
2885:12, 2885:13,
2885:15, 2885:18,
2886:1, 2886:17,
2887:14, 2887:15,
2887:23, 2887:24,
2888:12, 2889:3,
2889:11, 2890:5,
2890:16, 2890:25,
2892:7, 2892:14,
2892:20, 2893:1,
2893:7, 2893:8,
2893:13, 2893:19,
2893:22, 2893:23,
2894:7, 2894:8,
2894:15, 2895:20,
2895:24, 2896:5,
2896:6, 2896:7,
2896:16, 2896:17,
2896:24, 2897:12,
2898:15, 2899:1,
2899:3, 2899:19,
2900:6, 2900:9,
2900:13, 2900:15,
2900:20, 2900:21,
2900:25, 2901:6,
2901:10, 2901:17,
2901:21, 2902:6,
2902:8, 2902:13,
2902:14, 2902:22,
2902:23, 2902:24,
2903:11, 2904:17,
2904:18, 2905:4,
2905:8, 2905:13,
2905:14, 2905:16,
2905:24, 2905:25,

2906:10, 2906:11, 2906:15, 2906:17, 2906:18, 2906:25, 2907:2, 2907:7, 2907:8, 2907:9, 2907:12, 2907:13, 2907:15, 2907:16, 2907:20, 2907:21, 2908:12, 2908:18, 2908:19, 2909:1, 2909:2, 2909:5, 2909:7, 2909:11, 2909:12, 2909:15, 2909:17, 2909:19, 2909:23, 2909:25, 2910:5, 2910:7, 2910:20, 2911:4, 2911:5, 2911:6, 2911:7, 2911:16, 2912:12, 2912:17, 2912:18, 2912:19, 2913:10, 2913:15, 2913:17, 2913:18, 2913:20, 2913:25, 2914:7, 2914:12, 2914:13, 2915:8, 2915:12, 2915:14, 2915:16, 2915:19, 2917:2, 2917:8, 2917:9, 2917:12, 2917:16, 2918:2, 2918:7, 2918:11, 2918:12, 2918:13, 2918:15, 2918:18, 2918:19, 2918:20, 2919:1, 2919:4, 2919:6, 2919:17, 2919:23, 2920:9, 2920:11, 2920:17, 2920:18, 2920:21, 2921:6, 2921:7, 2921:8, 2921:9, 2921:16, 2921:17, 2921:22, 2922:3, 2922:4, 2922:6, 2922:7, 2922:8, 2922:9, 2922:10, 2922:14, 2922:17, 2922:19, 2923:3, 2923:4, 2923:19, 2923:20, 2923:21, 2923:23, 2924:9, 2924:17, 2924:25, 2925:11, 2925:12, 2925:14, 2925:16, 2925:18, 2925:19, 2926:3, 2926:5, 2926:14, 2927:5, 2927:16, 2928:7, 2928:14, 2928:15, 2928:18, 2928:23,

2929:3, 2929:5, 2929:6, 2929:16, 2930:11, 2930:16, 2930:20, 2930:24, 2931:1, 2931:4, 2931:6, 2931:8, 2931:9, 2931:12, 2931:14, 2931:16, 2932:16, 2932:17, 2933:1, 2933:17, 2933:18, 2934:3, 2934:8, 2934:11, 2934:12, 2934:19, 2934:20, 2934:24, 2934:25, 2935:5, 2935:13, 2935:15, 2935:16, 2935:20, 2935:22, 2936:3, 2936:4, 2936:7, 2936:11, 2936:18, 2936:19, 2936:20, 2936:21, 2936:24, 2937:6, 2937:14, 2937:16, 2937:18, 2938:8
  **I'D** [2] - 2874:3, 2874:7
  **I'LL** [18] - 2843:1, 2846:20, 2859:4, 2864:16, 2864:22, 2873:21, 2874:14, 2878:21, 2881:18, 2882:13, 2884:23, 2898:6, 2900:25, 2906:15, 2912:15, 2919:18, 2921:23
  **I'M** [43] - 2839:6, 2844:7, 2844:23, 2851:18, 2854:21, 2857:25, 2858:1, 2866:6, 2866:21, 2869:15, 2870:6, 2872:7, 2872:9, 2874:1, 2883:19, 2885:1, 2885:4, 2885:7, 2887:24, 2889:25, 2892:2, 2892:3, 2895:21, 2899:15, 2899:18, 2900:12, 2902:13, 2902:22, 2908:13, 2908:19, 2909:16, 2918:21, 2919:11, 2920:11, 2922:22, 2923:20, 2924:12, 2926:25, 2927:16, 2928:12, 2929:5, 2937:5
  **I'VE** [11] - 2838:11, 2840:22, 2849:13, 2865:6, 2876:7,

2879:21, 2880:25, 2882:15, 2901:5, 2915:9, 2920:10
  **IBOS** [3] - 2836:16, 2938:8, 2938:16
  **IDEAL** [1] - 2925:20
  **IDENTICAL** [1] - 2886:11
  **IDENTIFY** [1] - 2935:3
  **IF** [163] - 2839:22, 2840:9, 2840:13, 2840:14, 2840:16, 2841:12, 2842:2, 2842:4, 2842:13, 2843:1, 2843:11, 2843:12, 2844:1, 2844:14, 2846:16, 2846:19, 2848:7, 2848:23, 2848:24, 2849:9, 2849:12, 2851:12, 2851:18, 2851:20, 2852:13, 2852:22, 2854:17, 2854:25, 2855:3, 2855:5, 2855:6, 2856:7, 2858:18, 2858:19, 2858:25, 2859:11, 2859:12, 2859:24, 2860:14, 2860:23, 2861:10, 2861:16, 2862:1, 2862:18, 2862:19, 2862:23, 2864:2, 2865:2, 2865:6, 2865:21, 2866:19, 2867:16, 2867:17, 2867:18, 2867:22, 2869:5, 2869:6, 2869:15, 2870:5, 2870:9, 2870:18, 2872:7, 2872:19, 2872:20, 2873:9, 2873:11, 2873:15, 2874:3, 2874:9, 2875:12, 2875:23, 2875:25, 2876:11, 2876:17, 2876:18, 2876:21, 2876:24, 2877:4, 2877:19, 2878:9, 2878:20, 2879:17, 2880:9, 2880:18, 2880:24, 2881:2, 2881:3, 2881:12, 2881:20, 2882:23, 2884:18, 2884:21, 2885:1, 2885:2, 2885:15, 2886:24, 2887:24, 2888:5, 2889:12,

2890:16, 2892:20, 2893:14, 2894:2, 2896:4, 2896:6, 2896:16, 2897:9, 2897:17, 2897:19, 2898:9, 2898:15, 2899:1, 2899:23, 2900:1, 2900:14, 2900:20, 2901:10, 2902:13, 2902:14, 2903:8, 2903:11, 2903:12, 2903:14, 2905:25, 2906:8, 2910:2, 2911:4, 2912:3, 2912:12, 2912:18, 2913:7, 2913:13, 2913:22, 2915:17, 2915:24, 2917:9, 2919:6, 2919:18, 2921:2, 2922:12, 2922:17, 2925:18, 2925:21, 2927:11, 2927:17, 2928:21, 2930:13, 2931:6, 2931:19, 2931:20, 2931:21, 2931:24, 2932:9, 2932:18, 2933:3, 2933:10, 2936:23
  **IGNORE** [2] - 2873:8, 2873:9
  **II** [2] - 2835:19, 2836:1
  **ILLUSTRATION** [3] - 2846:7, 2856:13, 2923:9
  **ILLUSTRATIONS** [1] - 2838:11
  **IMAGE** [2] - 2910:2, 2933:5
  **IMAGERY** [1] - 2911:10
  **IMMATURE** [1] - 2866:24
  **IMPACT** [2] - 2841:15, 2866:1
  **IMPACTING** [1] - 2866:2
  **IMPLICATIONS** [1] - 2873:3
  **IMPLY** [3] - 2902:22, 2905:10
  **IMPORTANT** [21] - 2847:4, 2848:4, 2850:25, 2853:7, 2857:3, 2861:2, 2861:18, 2862:4, 2862:15, 2863:3, 2867:15, 2871:14, 2872:22, 2873:7,

2878:5, 2881:2, 2886:23, 2927:7, 2931:12, 2935:22
  **IMPORTANTLY** [2] - 2863:3, 2868:5
  **IMPOSSIBLE** [1] - 2935:11
  **IN** [361] - 2838:5, 2838:8, 2838:12, 2838:19, 2839:2, 2839:5, 2839:12, 2839:14, 2839:17, 2839:19, 2840:12, 2840:24, 2841:3, 2841:7, 2841:16, 2841:19, 2842:4, 2842:11, 2842:18, 2842:24, 2843:5, 2843:9, 2843:17, 2843:20, 2844:11, 2845:4, 2845:17, 2846:18, 2846:19, 2846:21, 2846:23, 2846:24, 2847:5, 2847:6, 2847:10, 2847:15, 2848:8, 2848:11, 2848:15, 2849:5, 2849:21, 2850:9, 2850:12, 2850:14, 2850:16, 2851:3, 2851:5, 2851:7, 2851:19, 2851:21, 2852:22, 2853:3, 2853:8, 2853:19, 2854:9, 2854:18, 2855:2, 2855:8, 2855:12, 2855:18, 2855:20, 2855:22, 2855:23, 2855:24, 2856:4, 2856:9, 2856:11, 2856:12, 2857:1, 2857:2, 2857:8, 2857:11, 2857:20, 2857:24, 2858:24, 2858:25, 2859:3, 2859:14, 2859:19, 2859:20, 2859:22, 2860:4, 2860:5, 2860:12, 2861:1, 2862:5, 2862:15, 2862:16, 2862:20, 2862:22, 2862:23, 2863:8, 2863:9, 2863:16, 2864:5, 2864:7, 2864:21, 2865:5, 2865:9, 2865:22, 2865:23, 2865:25, 2866:11, 2866:20, 2866:23, 2866:24, 2867:5,

2867:9, 2867:11,
2867:25, 2868:1,
2868:2, 2868:3,
2868:11, 2868:14,
2868:17, 2868:19,
2868:20, 2869:1,
2869:17, 2870:3,
2870:5, 2870:9,
2870:12, 2870:16,
2870:21, 2871:1,
2871:3, 2871:10,
2871:18, 2871:21,
2872:4, 2872:11,
2872:13, 2872:25,
2873:3, 2873:4,
2873:5, 2873:8,
2873:9, 2873:12,
2873:16, 2873:18,
2873:19, 2874:5,
2874:11, 2874:12,
2875:9, 2875:23,
2876:5, 2876:8,
2876:12, 2876:20,
2877:2, 2877:8,
2878:1, 2878:2,
2878:6, 2878:22,
2878:25, 2879:3,
2879:25, 2880:7,
2880:22, 2880:23,
2880:24, 2881:1,
2881:2, 2881:3,
2881:6, 2881:8,
2881:12, 2881:14,
2881:22, 2881:25,
2882:3, 2882:5,
2882:7, 2882:11,
2882:13, 2882:25,
2883:6, 2884:10,
2884:16, 2884:17,
2884:18, 2885:4,
2885:10, 2885:13,
2885:21, 2886:3,
2886:20, 2886:24,
2887:5, 2887:13,
2887:14, 2887:16,
2887:20, 2888:13,
2888:25, 2889:4,
2889:5, 2889:8,
2889:14, 2889:15,
2889:20, 2890:10,
2890:16, 2890:25,
2891:3, 2891:5,
2891:10, 2892:7,
2892:14, 2892:18,
2893:5, 2893:14,
2893:24, 2894:2,
2894:9, 2895:13,
2896:18, 2896:20,
2896:22, 2897:3,
2897:7, 2897:15,
2897:17, 2897:23,

2897:24, 2898:2,
2898:10, 2898:15,
2898:17, 2898:18,
2898:22, 2900:4,
2900:15, 2900:21,
2901:5, 2901:15,
2903:18, 2903:25,
2904:2, 2904:3,
2904:4, 2904:6,
2904:13, 2904:14,
2904:17, 2904:23,
2905:12, 2906:18,
2906:21, 2906:22,
2907:1, 2907:6,
2909:11, 2910:10,
2910:15, 2911:13,
2911:14, 2911:18,
2912:17, 2912:25,
2913:7, 2913:19,
2913:22, 2913:23,
2914:1, 2914:4,
2914:8, 2914:12,
2914:13, 2914:16,
2914:21, 2915:9,
2915:12, 2915:20,
2915:22, 2916:2,
2916:14, 2916:21,
2917:4, 2917:5,
2917:9, 2918:5,
2918:10, 2918:12,
2918:20, 2919:4,
2920:2, 2920:7,
2920:12, 2920:17,
2920:18, 2920:19,
2920:21, 2921:2,
2921:6, 2922:1,
2922:5, 2922:6,
2923:5, 2924:8,
2924:11, 2924:20,
2924:21, 2924:22,
2925:6, 2925:8,
2925:12, 2925:17,
2926:10, 2926:22,
2927:3, 2927:6,
2927:7, 2928:9,
2928:15, 2929:12,
2929:15, 2930:14,
2932:2, 2932:13,
2932:14, 2933:8,
2933:18, 2933:20,
2934:1, 2934:23,
2935:1, 2935:3,
2935:10, 2936:11,
2936:14, 2937:24,
2938:11

**INACCURACY** [1] -
2935:25

**INACCURATE** [2] -
2880:6, 2907:15

**INADEQUACIES** [1]
- 2867:9

**INADVERTENTLY**
[2] - 2885:12, 2897:12

**INCIDENT** [8] -
2855:7, 2857:19,
2860:20, 2861:1,
2862:4, 2862:6,
2874:17

**INCLUDE** [1] -
2887:8

**INCLUDES** [1] -
2887:6

**INCOMING** [1] -
2913:8

**INCONSEQUENTIA
L** [2] - 2896:1, 2896:4

**INCORRECT** [1] -
2918:17

**INCREASE** [4] -
2846:2, 2855:2,
2855:8

**INCREASED** [2] -
2841:9, 2847:25

**INCREASES** [2] -
2855:3, 2870:6

**INCREASING** [1] -
2901:1

**INCREMENTS** [1] -
2910:16

**INDEPENDENT** [3] -
2908:16, 2920:14,
2924:3

**INDEPENDENTLY**
[4] - 2881:9, 2908:23,
2909:4, 2909:8

**INDICATE** [2] -
2881:13, 2896:11

**INDICATED** [2] -
2866:16, 2876:9

**INDICATING** [2] -
2861:13, 2912:9

**INDICATING** [7] -
2849:25, 2850:21,
2870:24, 2871:4,
2878:16, 2885:4,
2897:21

**INDIVIDUAL** [1] -
2895:25

**INFERENCES** [1] -
2879:14

**INFLUENCE** [2] -
2879:11, 2887:4

**INFORMATION** [24] -
2858:22, 2860:2,
2879:3, 2880:12,
2882:25, 2888:18,
2899:5, 2905:20,
2906:4, 2906:10,
2906:11, 2907:22,
2908:2, 2908:6,
2908:8, 2908:9,

2908:11, 2908:13,
2915:24, 2920:6,
2920:7, 2920:9,
2921:13

**INHOMOGENEOUS**
[1] - 2871:22

**INITIAL** [1] - 2891:6

**INITIATION** [1] -
2899:10

**INK** [1] - 2908:7

**INPUT** [3] - 2871:14,
2908:19, 2932:17

**INPUTS** [1] - 2934:22

**INPUTTED** [1] -
2916:10

**INSCRIBE** [2] -
2862:19, 2862:21

**INSCRIBING** [1] -
2864:17

**INSIDE** [2] - 2861:5,
2924:4

**INSTABILITY** [1] -
2847:13

**INSTEAD** [4] -
2848:12, 2865:17,
2865:18, 2927:14

**INSURERS** [1] -
2835:22

**INTACT** [1] - 2897:3

**INTEGRAL** [1] -
2907:1

**INTEND** [1] -
2850:17

**INTENDED** [3] -
2839:17, 2918:3,
2923:10

**INTENT** [1] - 2838:15

**INTENTIONALLY** [1]
- 2846:25

**INTERACTED** [1] -
2907:2

**INTEREST** [3] -
2866:11, 2877:23,
2888:14

**INTERESTING** [3] -
2859:8, 2931:15,
2931:25

**INTERMEDIATE** [2] -
2852:9, 2852:16

**INTERMEDIATE-
SCALE** [1] - 2852:9

**INTERNATIONAL** [2]
- 2893:3, 2901:16

**INTERPOLATE** [1] -
2896:15

**INTERPOLATING** [1]
- 2894:16

**INTERPRETATION**
[1] - 2887:3

**INTERRUPT** [3] -

2854:21, 2862:23,
2892:3

**INTERRUPTING** [1] -
2838:13

**INTERRUPTION** [1] -
2922:23

**INTERSECTION** [1] -
2911:8

**INTERSECTS** [2] -
2842:16, 2843:12

**INTERVALS** [1] -
2843:5

**INTIMATELY** [1] -
2840:24

**INTO** [31] - 2840:25,
2842:8, 2845:14,
2846:1, 2847:25,
2848:6, 2848:18,
2848:22, 2849:3,
2849:4, 2849:16,
2850:6, 2854:14,
2864:21, 2866:3,
2866:5, 2868:4,
2870:15, 2873:1,
2874:18, 2883:5,
2886:3, 2887:14,
2891:8, 2906:10,
2913:14, 2918:16,
2918:17, 2920:2,
2920:11, 2931:5

**INUNDATED** [1] -
2869:20

**INVALID** [1] -
2912:20

**INVALIDATE** [3] -
2889:8, 2891:2,
2891:3

**INVALIDATED** [1] -
2891:1

**INVOKED** [1] -
2876:20

**INVOLVED** [1] -
2871:9

**IPET** [7] - 2905:15,
2905:16, 2906:21,
2919:11, 2919:13,
2920:18, 2920:20

**IRREGULAR** [10] -
2839:18, 2847:10,
2856:10, 2856:17,
2857:6, 2859:25,
2860:2, 2860:3,
2888:25, 2926:12

**IRRESPECTIVE** [1] -
2911:17

**IS** [377] - 2838:17,
2839:2, 2839:3,
2839:16, 2839:18,
2839:20, 2840:20,
2840:22, 2841:3,

2841:5, 2841:11,
2842:12, 2842:14,
2842:21, 2842:23,
2842:25, 2843:6,
2843:7, 2843:9,
2843:16, 2843:21,
2844:14, 2844:16,
2844:19, 2844:20,
2844:21, 2845:1,
2845:6, 2845:7,
2845:13, 2845:15,
2845:21, 2846:13,
2846:17, 2846:24,
2847:3, 2847:19,
2848:2, 2848:4,
2848:9, 2848:11,
2848:17, 2849:11,
2849:15, 2849:18,
2850:6, 2850:8,
2850:13, 2850:20,
2851:9, 2851:13,
2851:15, 2851:17,
2851:25, 2852:8,
2852:17, 2852:18,
2853:1, 2853:10,
2853:17, 2854:7,
2854:22, 2854:23,
2855:2, 2855:4,
2855:19, 2855:20,
2855:21, 2856:5,
2856:9, 2856:10,
2856:18, 2856:23,
2856:25, 2857:20,
2857:22, 2857:24,
2857:25, 2858:6,
2858:9, 2858:15,
2858:16, 2858:20,
2858:24, 2859:5,
2859:9, 2859:10,
2859:19, 2859:24,
2860:1, 2860:7,
2860:10, 2860:11,
2860:12, 2860:17,
2860:19, 2860:23,
2860:25, 2861:2,
2861:4, 2861:9,
2861:12, 2862:3,
2862:4, 2862:15,
2862:18, 2862:24,
2863:4, 2863:5,
2863:12, 2863:15,
2863:19, 2863:21,
2863:22, 2863:25,
2864:17, 2864:18,
2864:19, 2865:1,
2865:8, 2865:10,
2865:17, 2865:22,
2866:2, 2866:7,
2867:24, 2868:5,
2868:10, 2868:24,
2869:1, 2869:10,

2869:11, 2869:14,
2869:15, 2869:20,
2869:22, 2869:24,
2869:25, 2870:3,
2870:4, 2870:14,
2870:18, 2870:25,
2871:5, 2871:8,
2872:11, 2872:13,
2872:15, 2872:17,
2873:4, 2873:8,
2873:11, 2873:17,
2873:25, 2874:1,
2874:8, 2874:11,
2874:12, 2874:24,
2875:7, 2875:9,
2875:18, 2876:7,
2876:9, 2876:13,
2876:18, 2876:22,
2877:1, 2877:3,
2877:6, 2877:9,
2877:10, 2877:13,
2877:15, 2878:15,
2878:25, 2879:9,
2879:20, 2879:23,
2880:2, 2880:4,
2880:12, 2880:23,
2881:1, 2881:2,
2881:3, 2881:6,
2881:7, 2881:10,
2881:14, 2882:5,
2882:6, 2882:8,
2882:24, 2883:5,
2884:24, 2885:23,
2886:1, 2886:6,
2886:15, 2886:20,
2886:23, 2887:1,
2887:2, 2887:6,
2887:13, 2887:17,
2888:2, 2888:9,
2888:19, 2889:3,
2889:11, 2890:11,
2890:25, 2891:1,
2891:7, 2891:21,
2891:23, 2891:24,
2891:25, 2892:5,
2893:3, 2893:8,
2893:15, 2893:17,
2893:25, 2894:9,
2894:15, 2894:20,
2894:22, 2894:23,
2895:8, 2896:13,
2896:19, 2896:25,
2897:15, 2897:17,
2898:16, 2899:5,
2899:6, 2899:11,
2899:12, 2899:24,
2902:9, 2902:10,
2903:2, 2903:6,
2903:11, 2903:12,
2903:19, 2903:22,
2903:23, 2904:8,

2904:14, 2905:3,
2906:7, 2906:9,
2907:19, 2907:24,
2908:3, 2908:5,
2908:19, 2908:25,
2909:12, 2909:15,
2909:23, 2910:2,
2910:10, 2910:19,
2910:20, 2910:25,
2911:3, 2911:9,
2911:14, 2911:20,
2912:1, 2912:4,
2912:23, 2913:5,
2914:1, 2914:5,
2914:18, 2914:21,
2914:22, 2914:23,
2915:2, 2915:4,
2915:6, 2915:8,
2915:22, 2915:24,
2915:25, 2916:9,
2916:13, 2916:16,
2916:20, 2916:24,
2917:2, 2917:4,
2917:20, 2917:21,
2918:1, 2918:9,
2919:18, 2919:22,
2920:17, 2921:10,
2921:19, 2922:8,
2922:9, 2922:17,
2923:5, 2923:6,
2923:9, 2923:15,
2923:16, 2923:17,
2923:21, 2924:10,
2924:15, 2924:16,
2925:1, 2925:5,
2925:6, 2925:15,
2925:20, 2925:24,
2926:4, 2926:12,
2926:24, 2926:25,
2928:22, 2929:14,
2930:5, 2930:8,
2932:6, 2932:12,
2933:4, 2933:6,
2933:7, 2933:16,
2933:18, 2933:24,
2933:25, 2934:13,
2934:19, 2934:25,
2935:6, 2935:7,
2935:18, 2935:19,
2936:4, 2936:8,
2936:11, 2936:15,
2937:9, 2937:13,
2938:10

**ISN'T** [15] - 2902:20,
2903:9, 2905:6,
2906:6, 2906:24,
2908:9, 2911:15,
2912:1, 2916:2,
2927:15, 2930:14,
2933:13, 2935:4,
2937:5, 2937:12

**ISSUE** [3] - 2838:23,
2876:20, 2901:13

**IT** [317] - 2838:14,
2838:16, 2838:22,
2839:3, 2839:12,
2839:20, 2840:17,
2841:3, 2841:6,
2841:15, 2841:19,
2841:21, 2841:22,
2842:1, 2842:2,
2842:16, 2842:21,
2842:23, 2843:10,
2843:17, 2844:1,
2845:12, 2846:4,
2846:7, 2848:18,
2849:1, 2849:2,
2849:3, 2849:4,
2849:19, 2849:21,
2849:22, 2849:23,
2849:24, 2850:23,
2851:12, 2851:18,
2852:2, 2852:12,
2853:8, 2853:9,
2853:12, 2853:24,
2854:12, 2856:17,
2856:23, 2856:24,
2857:18, 2857:22,
2858:9, 2858:17,
2859:1, 2859:4,
2859:5, 2859:12,
2859:16, 2859:21,
2859:22, 2860:14,
2861:11, 2861:14,
2861:22, 2861:24,
2862:8, 2862:10,
2862:19, 2862:21,
2863:6, 2863:23,
2864:18, 2864:19,
2864:20, 2864:25,
2865:2, 2865:6,
2865:7, 2865:8,
2865:22, 2866:1,
2866:21, 2866:22,
2868:19, 2868:20,
2869:4, 2870:5,
2870:25, 2871:11,
2872:21, 2873:21,
2874:1, 2874:14,
2875:23, 2876:9,
2877:1, 2877:14,
2877:21, 2877:24,
2878:5, 2878:14,
2878:18, 2878:20,
2878:21, 2879:3,
2879:4, 2880:5,
2880:7, 2880:18,
2881:7, 2881:13,
2881:15, 2881:21,
2882:12, 2882:13,
2882:19, 2883:8,
2883:11, 2883:12,

2883:16, 2883:21,
2883:23, 2883:25,
2884:4, 2884:17,
2884:23, 2884:24,
2885:1, 2885:10,
2885:11, 2886:14,
2886:24, 2887:11,
2887:25, 2888:17,
2889:3, 2889:5,
2890:15, 2890:23,
2891:2, 2891:23,
2892:13, 2893:9,
2893:21, 2893:23,
2894:9, 2894:14,
2894:21, 2895:5,
2895:13, 2895:25,
2896:14, 2896:23,
2897:17, 2898:6,
2898:7, 2898:14,
2898:20, 2898:22,
2898:24, 2899:6,
2899:23, 2899:24,
2900:3, 2900:5,
2900:8, 2900:9,
2900:14, 2901:17,
2902:14, 2903:5,
2903:8, 2903:9,
2903:10, 2905:7,
2905:15, 2906:6,
2906:24, 2907:16,
2907:19, 2907:22,
2908:17, 2908:20,
2908:21, 2908:22,
2908:23, 2909:1,
2909:2, 2909:4,
2909:12, 2909:15,
2909:17, 2909:18,
2911:8, 2911:10,
2911:11, 2911:15,
2911:23, 2911:24,
2912:1, 2912:8,
2913:1, 2913:5,
2913:12, 2913:14,
2913:15, 2913:21,
2914:12, 2915:10,
2916:2, 2916:14,
2917:9, 2917:21,
2918:11, 2918:14,
2918:19, 2919:2,
2919:5, 2919:6,
2919:16, 2919:19,
2919:23, 2920:10,
2920:18, 2920:23,
2920:25, 2921:6,
2921:14, 2922:6,
2922:8, 2922:9,
2922:10, 2922:12,
2924:25, 2925:10,
2925:11, 2925:14,
2925:15, 2925:16,
2925:18, 2925:19,

2926:4, 2926:6,
2927:12, 2927:15,
2928:7, 2928:14,
2928:15, 2928:18,
2928:23, 2929:5,
2929:14, 2929:17,
2929:18, 2929:19,
2930:9, 2930:10,
2930:11, 2932:6,
2932:7, 2932:12,
2933:1, 2933:5,
2933:8, 2933:10,
2933:11, 2933:18,
2933:24, 2934:9,
2934:10, 2934:11,
2934:12, 2934:19,
2935:5, 2935:7,
2935:11, 2935:18,
2935:19, 2935:23,
2936:1, 2936:8,
2936:11, 2937:5,
2937:7, 2937:12
   **IT'S** [177] - 2838:21,
2839:13, 2839:19,
2841:14, 2841:21,
2842:15, 2844:7,
2844:22, 2844:23,
2845:15, 2845:16,
2845:17, 2845:18,
2846:19, 2847:7,
2847:9, 2847:13,
2847:14, 2847:21,
2848:3, 2848:10,
2848:20, 2848:25,
2849:1, 2849:14,
2849:15, 2849:20,
2850:25, 2851:1,
2851:2, 2851:3,
2851:6, 2851:25,
2852:19, 2853:11,
2853:19, 2854:15,
2857:3, 2857:15,
2857:18, 2858:6,
2858:7, 2860:2,
2860:6, 2860:18,
2861:18, 2862:5,
2862:9, 2864:19,
2866:6, 2866:23,
2866:24, 2868:9,
2868:17, 2869:17,
2870:17, 2870:18,
2871:8, 2871:12,
2871:14, 2872:1,
2872:8, 2873:13,
2873:19, 2873:23,
2876:10, 2876:19,
2877:14, 2877:18,
2878:18, 2879:25,
2880:5, 2880:24,
2881:2, 2881:14,
2881:18, 2883:21,

2885:9, 2885:20,
2889:5, 2889:7,
2889:18, 2889:19,
2891:12, 2892:5,
2892:12, 2892:14,
2893:2, 2893:9,
2893:20, 2894:20,
2894:23, 2895:24,
2896:4, 2896:15,
2897:4, 2897:18,
2897:19, 2897:20,
2898:6, 2898:12,
2899:12, 2899:17,
2899:19, 2900:25,
2901:13, 2902:4,
2902:5, 2903:8,
2903:18, 2904:9,
2904:18, 2905:8,
2909:15, 2909:21,
2909:25, 2910:5,
2910:8, 2910:11,
2910:15, 2910:20,
2912:3, 2912:5,
2912:16, 2913:7,
2913:16, 2915:10,
2917:12, 2917:22,
2918:5, 2919:6,
2920:2, 2922:5,
2922:9, 2923:15,
2924:5, 2925:12,
2925:14, 2925:15,
2926:10, 2926:16,
2926:22, 2927:7,
2928:22, 2929:4,
2929:25, 2930:3,
2930:12, 2930:21,
2931:2, 2931:12,
2931:20, 2931:21,
2931:22, 2931:24,
2932:5, 2933:25,
2935:10, 2935:13,
2935:15, 2935:16,
2937:23
   **ITS** [3] - 2861:8,
2866:24, 2927:24

**J**

   **J** [1] - 2836:1
   **JAMES** [2] - 2835:1,
2836:8
   **JANE** [1] - 2906:25
   **JAPANESE** [1] -
2893:10
   **JEFFERSON** [1] -
2835:2
   **JEFFREY** [1] -
2836:6
   **JOB** [1] - 2859:17
   **JOHN** [1] - 2836:12
   **JOKE** [1] - 2844:9

   **JONATHAN** [1] -
2834:19
   **JOSEPH** [1] -
2834:16, 2834:16
   **JOSHUA** [1] -
2835:15
   **JOURNALS** [1] -
2915:9
   **JR** [7] - 2834:8,
2835:5, 2835:12,
2835:18, 2835:18,
2836:5, 2836:8
   **JUDGE** [4] - 2834:8,
2842:2, 2895:20,
2913:20
   **JUDGMENT** [3] -
2867:12, 2887:25,
2934:13
   **JUDGMENTAL** [1] -
2878:5
   **JUMP** [1] - 2845:4
   **JUMPED** [1] -
2936:24
   **JUST** [107] - 2838:12,
2839:4, 2839:9,
2841:6, 2843:3,
2843:17, 2844:5,
2846:20, 2847:13,
2848:11, 2849:2,
2849:4, 2849:9,
2850:4, 2850:23,
2853:7, 2854:7,
2854:22, 2856:16,
2856:22, 2857:11,
2858:19, 2859:4,
2859:18, 2859:25,
2861:4, 2861:15,
2862:19, 2862:23,
2863:10, 2864:22,
2866:7, 2867:5,
2867:22, 2870:6,
2870:17, 2870:19,
2870:22, 2872:7,
2874:21, 2875:5,
2876:10, 2877:19,
2877:23, 2878:1,
2879:3, 2880:4,
2880:6, 2880:14,
2880:18, 2882:13,
2884:13, 2884:24,
2885:9, 2885:11,
2885:22, 2888:8,
2889:21, 2892:15,
2892:16, 2892:17,
2892:23, 2893:2,
2893:3, 2893:20,
2894:8, 2894:22,
2894:23, 2894:25,
2895:1, 2895:11,
2895:20, 2896:2,

2896:4, 2896:24,
2897:8, 2897:10,
2898:6, 2899:5,
2900:4, 2900:8,
2900:20, 2900:23,
2901:10, 2904:22,
2905:4, 2907:7,
2908:12, 2911:13,
2911:17, 2913:14,
2915:22, 2918:18,
2922:6, 2922:11,
2922:22, 2923:15,
2924:22, 2925:18,
2926:1, 2928:18,
2930:24, 2931:8,
2935:10, 2936:20
   **JUSTICE** [1] - 2836:4
   **JX** [7] - 2905:2,
2910:2, 2910:4,
2910:5, 2910:10,
2913:18, 2917:2

**K**

   **K** [2] - 2836:9,
2836:11
   **KALIMAH** [1] -
2836:6
   **KARA** [1] - 2836:9
   **KAREN** [3] -
2836:16, 2938:8,
2938:16
   **KATRINA** [16] -
2841:4, 2842:11,
2873:5, 2898:2,
2922:13, 2922:14,
2922:15, 2922:18,
2923:13, 2924:21,
2925:21, 2927:22,
2928:5, 2929:10,
2933:6, 2933:9
   **KEA** [1] - 2834:20
   **KEEP** [8] - 2844:4,
2877:16, 2878:17,
2910:2, 2911:23,
2926:2, 2926:24,
2927:12
   **KEEPING** [1] -
2866:10
   **KEEPS** [1] - 2849:1
   **KELLS** [1] - 2836:7
   **KEMP** [1] - 2856:10
   **KIND** [4] - 2884:14,
2915:10, 2926:18,
2930:9
   **KNOCKED** [2] -
2913:8, 2913:14
   **KNOW** [42] -
2841:17, 2844:20,
2849:11, 2853:12,
2853:21, 2856:19,

2864:5, 2865:21,
2866:13, 2866:19,
2872:18, 2873:9,
2880:11, 2882:13,
2895:22, 2897:20,
2901:13, 2901:17,
2906:1, 2909:12,
2910:20, 2911:16,
2914:14, 2917:12,
2922:8, 2923:2,
2923:4, 2923:15,
2926:3, 2929:17,
2930:4, 2930:12,
2930:13, 2931:2,
2932:9, 2932:11,
2932:12, 2934:24,
2934:25
   **KNOWLEDGE** [2] -
2912:18, 2912:20
   **KNUTSON** [1] -
2868:10, 2872:19

**L**

   **L"** [1] - 2851:25
   **LA** [9] - 2834:17,
2834:21, 2835:3,
2835:6, 2835:10,
2835:13, 2835:16,
2835:20, 2836:3
   **LABELED** [1] -
2918:3
   **LABORATORY** [3] -
2857:24, 2858:1,
2859:18
   **LAFAYETTE** [1] -
2835:3
   **LAKE** [9] - 2850:18,
2850:20, 2863:17,
2869:4, 2869:12,
2869:16, 2870:1,
2870:14, 2929:15
   **LANDFALL** [1] -
2925:21
   **LANDWARD** [1] -
2858:8
   **LARGE** [3] -
2847:13, 2860:12,
2865:3
   **LARGELY** [1] -
2869:16
   **LARGEST** [1] -
2846:24
   **LAST** [6] - 2870:20,
2897:8, 2902:19,
2903:6, 2903:19,
2913:3
   **LATER** [2] - 2874:14,
2903:16
   **LATITUDE** [2] -
2882:15, 2882:21

**LAW** [5] - 2834:16, 2834:19, 2835:4, 2835:7, 2835:18
**LAWN** [1] - 2834:23
**LAWYER'S** [1] - 2835:8
**LEAST** [4] - 2852:22, 2911:18, 2921:14, 2923:11
**LEAVE** [1] - 2849:6
**LEAVES** [1] - 2847:25
**LEAVING** [1] - 2923:6
**LEFT** [7] - 2840:7, 2849:20, 2850:20, 2868:1, 2878:16, 2882:2, 2934:22
**LEFT-HAND** [3] - 2849:20, 2868:1, 2878:16
**LENGTH** [5] - 2847:3, 2847:5, 2863:12, 2863:13
**LENSES** [1] - 2932:6
**LESS** [16] - 2854:18, 2863:14, 2865:11, 2866:1, 2868:6, 2875:23, 2878:17, 2878:18, 2878:23, 2879:10, 2879:15, 2885:5, 2899:20, 2900:8, 2913:12
**LET** [20] - 2856:7, 2866:15, 2873:1, 2879:21, 2881:3, 2882:17, 2882:20, 2884:5, 2886:8, 2894:14, 2895:10, 2900:15, 2903:1, 2906:25, 2907:22, 2912:25, 2914:9, 2930:25, 2937:20
**LET'S** [32] - 2844:18, 2847:22, 2854:25, 2861:7, 2868:13, 2870:20, 2875:5, 2888:23, 2889:10, 2889:16, 2892:17, 2894:11, 2894:25, 2895:14, 2903:5, 2905:2, 2910:1, 2911:13, 2911:17, 2911:23, 2912:25, 2913:3, 2913:18, 2917:2, 2918:20, 2925:14, 2926:1, 2927:10, 2927:12, 2929:13, 2937:14
**LEVEE** [90] -

2838:25, 2839:11, 2848:21, 2849:6, 2851:23, 2852:1, 2852:3, 2852:5, 2853:23, 2855:24, 2861:16, 2867:11, 2874:19, 2874:24, 2875:24, 2876:16, 2876:17, 2876:18, 2876:23, 2877:2, 2877:7, 2877:24, 2878:8, 2878:10, 2878:17, 2878:22, 2878:24, 2879:7, 2879:22, 2883:3, 2884:11, 2885:15, 2885:22, 2886:4, 2886:11, 2887:17, 2887:19, 2887:21, 2888:1, 2888:16, 2889:14, 2889:15, 2889:20, 2889:21, 2889:24, 2890:1, 2890:11, 2890:19, 2890:21, 2891:9, 2891:10, 2891:12, 2891:13, 2892:8, 2892:11, 2892:18, 2893:16, 2894:10, 2894:11, 2894:24, 2894:25, 2896:25, 2897:3, 2897:10, 2897:16, 2898:2, 2899:6, 2901:14, 2903:25, 2904:7, 2904:18, 2904:19, 2905:21, 2905:22, 2906:5, 2907:9, 2907:11, 2907:12, 2907:22, 2908:1, 2908:2, 2908:6, 2916:21, 2923:6, 2923:7, 2927:1, 2937:9
**LEVEES** [20] - 2838:12, 2838:17, 2838:20, 2839:2, 2839:5, 2839:14, 2839:17, 2841:16, 2856:2, 2883:2, 2885:12, 2891:22, 2892:22, 2896:17, 2897:25, 2901:7, 2905:11, 2916:15, 2916:19, 2936:17
**LEVEL** [20] - 2843:12, 2847:24, 2848:6, 2848:8, 2848:10, 2848:12, 2848:13, 2851:3, 2855:2, 2855:3,

2855:4, 2858:20, 2865:22, 2870:23, 2870:24, 2876:22, 2877:17, 2884:25
**LEVELS** [5] - 2889:20, 2917:23, 2920:15, 2920:19, 2923:7
**LEVINE** [1] - 2836:8
**LICENSED** [1] - 2915:3
**LIDAR** [28] - 2878:10, 2878:11, 2879:2, 2879:22, 2880:6, 2880:9, 2880:11, 2880:12, 2880:20, 2881:10, 2881:14, 2882:9, 2882:12, 2882:25, 2883:1, 2883:6, 2884:12, 2884:24, 2896:18, 2904:15, 2904:21, 2905:5, 2907:9, 2907:13, 2936:7, 2936:9
**LIE** [1] - 2875:7
**LIFELONG** [1] - 2914:5
**LIGHT** [3] - 2868:1, 2868:5, 2932:6
**LIKE** [47] - 2840:7, 2843:3, 2846:6, 2850:11, 2852:11, 2853:5, 2856:6, 2856:14, 2856:19, 2862:1, 2864:24, 2867:5, 2868:20, 2870:14, 2874:3, 2874:7, 2876:6, 2879:20, 2880:21, 2882:16, 2883:22, 2884:17, 2885:1, 2887:14, 2893:13, 2895:5, 2895:13, 2896:14, 2899:19, 2904:18, 2907:19, 2907:22, 2909:2, 2909:20, 2910:15, 2919:23, 2920:2, 2922:7, 2924:25, 2928:14, 2928:18, 2930:9, 2932:1, 2932:8, 2932:16, 2936:20
**LIKENING** [1] - 2864:25
**LIKEWISE** [1] - 2846:23
**LIMITATION** [1] - 2933:15

**LIMITED** [4] - 2846:22, 2901:3, 2933:17, 2935:21
**LIMITING** [1] - 2902:15
**LIMITS** [1] - 2933:19
**LINE** [38] - 2839:18, 2839:19, 2842:16, 2843:12, 2849:17, 2850:1, 2850:3, 2859:4, 2859:5, 2859:9, 2859:13, 2860:17, 2863:24, 2868:24, 2869:7, 2870:5, 2872:13, 2884:23, 2884:24, 2885:6, 2894:6, 2895:11, 2896:10, 2896:22, 2897:20, 2898:13, 2898:20, 2899:9, 2899:11, 2905:4, 2911:21, 2912:12, 2923:9, 2923:16, 2928:14, 2928:15
**LINEAR** [1] - 2877:14
**LINES** [18] - 2859:3, 2860:9, 2869:10, 2870:13, 2874:11, 2874:16, 2874:17, 2875:5, 2875:6, 2875:7, 2875:15, 2875:16, 2894:4, 2900:10, 2918:2, 2918:3
**LISTED** [1] - 2911:11
**LISTEN** [2] - 2914:19, 2919:1
**LISTENED** [1] - 2919:2
**LITIGATION** [2] - 2836:1, 2934:2
**LITTLE** [31] - 2847:10, 2849:9, 2851:12, 2857:15, 2870:6, 2870:15, 2871:12, 2874:7, 2877:25, 2878:5, 2881:18, 2882:15, 2885:11, 2886:2, 2892:1, 2894:15, 2894:20, 2894:21, 2898:6, 2898:12, 2898:13, 2898:22, 2899:25, 2902:23, 2903:15, 2910:15, 2917:17, 2924:17, 2930:2, 2931:5, 2937:16
**LIU** [1] - 2852:16

**LLC** [2] - 2835:4, 2835:22
**LOCAL** [4] - 2846:15, 2855:9, 2867:15, 2893:21
**LOCALIZED** [1] - 2930:12
**LOCATION** [4] - 2849:22, 2851:23, 2855:6, 2858:18
**LOCATIONS** [1] - 2860:12
**LOGARITHMIC** [1] - 2842:15
**LOGIC** [1] - 2846:3
**LONG** [6] - 2852:15, 2859:19, 2860:16, 2895:7, 2903:7, 2922:25
**LONGER** [7] - 2849:2, 2891:24, 2892:12, 2892:14, 2902:19, 2903:12, 2903:20
**LOOK** [46] - 2842:4, 2842:5, 2842:13, 2843:11, 2844:3, 2844:18, 2851:18, 2856:13, 2858:18, 2858:19, 2861:7, 2865:6, 2865:21, 2868:13, 2869:6, 2870:5, 2870:21, 2874:9, 2878:13, 2879:4, 2880:21, 2888:5, 2888:23, 2889:10, 2893:17, 2894:25, 2896:5, 2896:16, 2897:16, 2897:18, 2897:19, 2897:23, 2898:1, 2898:9, 2898:15, 2905:10, 2907:15, 2907:16, 2911:17, 2923:4, 2925:12, 2925:14, 2926:1, 2929:1, 2930:18, 2936:23
**LOOKED** [17] - 2856:4, 2862:8, 2867:16, 2867:18, 2874:12, 2881:9, 2888:12, 2888:24, 2891:2, 2904:18, 2905:12, 2905:14, 2909:1, 2909:2, 2916:17, 2929:5, 2929:13
**LOOKING** [19] - 2839:3, 2840:8,

2840:10, 2850:19, 2868:14, 2870:19, 2880:2, 2891:12, 2891:21, 2894:2, 2894:8, 2899:2, 2901:17, 2905:17, 2912:8, 2928:15, 2928:21, 2931:16

**LOOKS** [22] - 2856:19, 2862:8, 2862:11, 2864:24, 2870:25, 2876:9, 2883:22, 2884:17, 2885:1, 2895:5, 2895:13, 2896:14, 2907:19, 2909:1, 2910:15, 2911:8, 2919:23, 2920:2, 2924:25, 2927:18, 2928:14, 2928:18

**LOOSE** [1] - 2883:23

**LOS** [1] - 2834:14

**LOSE** [2] - 2847:9, 2870:25

**LOSES** [1] - 2900:16

**LOSING** [1] - 2848:5

**LOSS** [2] - 2869:3, 2871:2

**LOST** [3] - 2847:8, 2883:12, 2923:20

**LOT** [16] - 2853:2, 2861:14, 2865:8, 2865:19, 2876:10, 2876:11, 2876:20, 2876:25, 2879:10, 2886:14, 2888:12, 2905:15, 2915:8, 2919:2, 2937:2

**LOUISIANA** [4] - 2834:1, 2834:4, 2836:17, 2938:9

**LOW** [11] - 2839:20, 2872:24, 2878:6, 2879:1, 2891:23, 2892:7, 2894:10, 2896:5, 2907:20, 2930:2, 2933:4

**LOWER** [9] - 2868:1, 2870:18, 2878:4, 2886:2, 2893:10, 2894:6, 2898:12, 2900:10, 2927:24

**LPV** [1] - 2841:16

**LS** [12] - 2852:18, 2852:25, 2853:21, 2853:23, 2856:7, 2861:23, 2862:2, 2862:7, 2864:9, 2864:13, 2866:15, 2866:16

**LS-DYNA** [12] - 2852:18, 2852:25, 2853:21, 2853:23, 2856:7, 2861:23, 2862:2, 2862:7, 2864:9, 2864:13, 2866:15, 2866:16

**LUNCH** [2] - 2884:3, 2938:1

**LUNCHEON** [1] - 2937:21

**LYNETT** [12] - 2852:17, 2905:14, 2908:10, 2908:15, 2908:20, 2908:23, 2909:4, 2909:6, 2933:24, 2934:15, 2935:3

# M

**M** [3] - 2834:16, 2834:16, 2835:15

**MACHINE** [1] - 2883:17

**MADE** [6] - 2867:12, 2880:19, 2884:15, 2888:9, 2896:24, 2916:21

**MAGNITUDE** [2] - 2865:1, 2936:1

**MAGNITUDES** [1] - 2937:6

**MAIN** [2] - 2835:16, 2873:25

**MAINTAIN** [1] - 2913:11

**MAJOR** [4] - 2893:4, 2898:5, 2899:11, 2901:8

**MAKE** [19] - 2850:23, 2854:22, 2857:17, 2859:10, 2859:21, 2879:13, 2881:9, 2882:14, 2884:13, 2894:7, 2895:1, 2900:12, 2913:21, 2920:14, 2924:25, 2928:19, 2934:9, 2934:20, 2936:21

**MAKES** [2] - 2850:23, 2871:11

**MAKING** [2] - 2907:1, 2930:24

**MANUAL** [15] - 2841:18, 2842:19, 2857:12, 2904:23, 2909:14, 2909:24, 2909:25, 2910:2, 2910:7, 2910:11, 2910:21, 2910:25,

2911:14, 2911:19

**MANY** [5] - 2853:14, 2856:21, 2873:12, 2875:23, 2918:12

**MARC** [1] - 2836:8

**MARGINAL** [1] - 2930:3

**MARK** [1] - 2884:23

**MARKED** [1] - 2878:1

**MARKER** [4] - 2922:15, 2923:17, 2923:18, 2929:1

**MARKERS** [2] - 2923:22, 2924:12

**MARSH** [4] - 2869:18, 2869:20, 2869:24, 2890:7

**MASSIVE** [1] - 2847:1

**MASTER** [3] - 2913:24, 2913:25, 2914:1

**MATCH** [1] - 2920:19

**MATCHING** [1] - 2910:6

**MATERIAL** [1] - 2935:4

**MATERIALLY** [1] - 2915:25

**MATHEMATICAL** [2] - 2871:5, 2884:22

**MATHEMATICS** [1] - 2872:2

**MATTER** [3] - 2900:16, 2919:5, 2938:12

**MATTERS** [2] - 2900:14, 2914:18

**MAXIMUM** [7] - 2868:7, 2885:20, 2887:11, 2887:12, 2917:22, 2917:24, 2933:16

**MAY** [21] - 2834:4, 2838:2, 2838:6, 2838:7, 2839:7, 2839:8, 2840:1, 2881:16, 2884:8, 2895:25, 2900:1, 2906:8, 2908:18, 2922:10, 2922:19, 2928:22, 2930:16, 2931:4, 2931:9, 2931:11, 2931:14

**MAYBE** [12] - 2871:2, 2879:10, 2885:5, 2894:16, 2894:21, 2896:21, 2899:24, 2902:24,

2911:8, 2912:14, 2921:7, 2923:3

**MCCONNON** [1] - 2836:8

**ME** [64] - 2843:18, 2851:18, 2855:8, 2856:7, 2859:8, 2862:8, 2862:11, 2864:4, 2865:11, 2866:15, 2869:15, 2877:23, 2884:5, 2886:8, 2887:24, 2894:14, 2895:10, 2896:14, 2900:12, 2900:15, 2900:25, 2901:17, 2902:4, 2902:14, 2903:1, 2904:24, 2905:3, 2905:7, 2906:9, 2906:10, 2906:19, 2906:25, 2907:13, 2907:22, 2908:22, 2908:25, 2909:2, 2912:20, 2912:25, 2914:9, 2914:19, 2915:8, 2915:15, 2920:21, 2920:23, 2921:2, 2921:7, 2921:17, 2922:1, 2922:8, 2925:18, 2926:6, 2926:7, 2928:14, 2929:21, 2930:1, 2930:25, 2932:24, 2934:11, 2934:20, 2936:3, 2936:25

**MEAN** [36] - 2848:6, 2854:15, 2854:25, 2864:9, 2864:15, 2864:21, 2865:8, 2866:21, 2871:10, 2876:15, 2877:10, 2878:3, 2880:25, 2895:24, 2902:22, 2903:11, 2904:17, 2904:18, 2905:14, 2906:25, 2911:4, 2914:12, 2915:8, 2917:23, 2918:15, 2919:17, 2920:17, 2923:3, 2930:11, 2930:16, 2933:17, 2934:3, 2934:19, 2935:20, 2936:18

**MEANING** [2] - 2866:24, 2904:24

**MEANS** [3] - 2858:7, 2865:8, 2905:10

**MEASURE** [3] - 2855:3, 2871:18,

2886:14

**MECHANICAL** [1] - 2836:19

**MECHANISMS** [1] - 2916:15

**MEMORY** [1] - 2867:22

**MENTIONED** [2] - 2892:18, 2933:24

**METER** [5] - 2930:1, 2930:14, 2932:24

**MICHAEL** [3] - 2835:14, 2835:15, 2836:5

**MICHELE** [1] - 2836:7

**MIDDLE** [8] - 2882:3, 2884:20, 2885:4, 2923:11, 2924:21, 2925:6, 2927:6, 2927:7

**MIDPOINT** [1] - 2919:21

**MIGHT** [7] - 2838:23, 2855:6, 2864:3, 2866:1, 2887:12, 2921:7, 2929:17

**MILE** [7] - 2922:15, 2923:17, 2923:18, 2923:22, 2924:11, 2924:15, 2929:1

**MILES** [8] - 2842:10, 2859:20, 2903:2, 2911:5, 2912:5, 2926:5, 2926:16

**MILLER** [1] - 2836:9

**MINUS** [2] - 2851:16, 2890:2

**MINUTE** [3] - 2876:5, 2922:22, 2930:24

**MINUTES** [6] - 2848:12, 2881:20, 2881:22, 2899:20, 2937:18, 2937:19

**MISAPPLICATION** [1] - 2842:22

**MISCONSTRUING** [1] - 2839:16

**MISREPRESENTS** [1] - 2921:18

**MISSED** [1] - 2879:2

**MISUNDERSTANDING** [1] - 2848:11

**MISUNDERSTOOD** [1] - 2846:19

**MITSCH** [1] - 2836:9

**MIXED** [1] - 2847:10

**MODEL** [64] - 2840:12, 2840:22, 2840:23, 2840:24,

2840:25, 2848:1, 2848:2, 2848:15, 2850:16, 2850:17, 2851:7, 2852:9, 2852:10, 2852:12, 2852:13, 2852:14, 2852:16, 2852:18, 2852:19, 2852:24, 2852:25, 2853:2, 2853:7, 2856:5, 2856:8, 2858:2, 2859:10, 2859:12, 2859:16, 2859:21, 2861:1, 2861:6, 2861:21, 2861:23, 2862:2, 2865:7, 2866:24, 2868:11, 2868:20, 2868:21, 2871:13, 2871:24, 2872:1, 2872:12, 2874:18, 2886:21, 2886:23, 2886:25, 2896:3, 2904:3, 2904:4, 2904:9, 2904:13, 2908:12, 2926:11, 2926:12, 2927:12, 2928:9, 2935:6

**MODELERS** [3] - 2867:10, 2867:18, 2867:20

**MODELING** [22] - 2840:9, 2841:13, 2841:14, 2853:8, 2854:20, 2855:20, 2855:22, 2861:20, 2864:5, 2866:23, 2867:9, 2867:18, 2869:2, 2903:25, 2904:6, 2907:5, 2916:4, 2916:7, 2929:14, 2929:20, 2933:5

**MODELLED** [2] - 2841:3, 2867:10

**MODELS** [21] - 2849:14, 2850:11, 2850:15, 2851:2, 2851:4, 2851:7, 2853:3, 2853:13, 2853:16, 2860:24, 2864:5, 2868:23, 2871:16, 2871:17, 2871:18, 2871:20, 2872:4, 2877:16, 2886:21, 2901:5, 2913:17

**MODEMS** [1] - 2902:7

**MODIFIED** [1] -

2866:20

**MODIFY** [1] - 2909:5

**MOMENT** [2] - 2868:19, 2922:19

**MOMENTARILY** [1] - 2838:6

**MOMENTUM** [3] - 2845:14, 2847:25, 2859:13

**MONOCHROMATIC** [4] - 2856:11, 2856:15, 2857:5, 2859:17

**MORE** [21] - 2841:1, 2841:7, 2855:13, 2858:4, 2859:24, 2860:25, 2861:15, 2862:1, 2862:3, 2866:1, 2871:11, 2871:12, 2872:1, 2878:5, 2886:12, 2891:25, 2892:12, 2893:9, 2910:17, 2937:17

**MORGAN** [1] - 2835:20

**MORNING** [11] - 2834:9, 2838:3, 2840:5, 2840:6, 2854:4, 2894:2, 2894:9, 2896:23, 2901:24, 2902:2, 2902:3

**MOST** [12] - 2849:21, 2856:19, 2858:11, 2865:5, 2873:8, 2875:25, 2879:6, 2879:9, 2890:12, 2891:22, 2918:21, 2919:6

**MOTION** [9] - 2863:1, 2863:6, 2863:24, 2864:19, 2864:20, 2864:21, 2865:8, 2867:12

**MOTIONS** [2] - 2863:8, 2865:19

**MOVE** [7] - 2846:6, 2849:6, 2849:9, 2852:11, 2865:18, 2865:22, 2874:3

**MOVIE** [2] - 2861:4, 2891:11

**MOVIES** [6] - 2838:10, 2838:19, 2839:2, 2839:15, 2891:8

**MOVING** [5] - 2860:4, 2860:5, 2865:18, 2874:22, 2912:3

**MR** [158] - 2837:5, 2837:6, 2838:6, 2838:8, 2838:9, 2838:14, 2838:15, 2838:18, 2838:25, 2839:3, 2839:9, 2839:13, 2839:15, 2839:16, 2839:21, 2839:23, 2839:25, 2840:4, 2842:20, 2844:1, 2844:22, 2845:1, 2845:8, 2846:5, 2846:11, 2852:7, 2854:4, 2854:18, 2854:21, 2854:24, 2855:16, 2855:23, 2856:3, 2857:7, 2860:22, 2864:1, 2866:7, 2866:11, 2867:4, 2869:15, 2869:19, 2869:25, 2870:8, 2872:6, 2874:3, 2874:6, 2877:25, 2879:16, 2879:20, 2880:4, 2880:14, 2880:17, 2880:23, 2880:25, 2881:1, 2881:4, 2881:7, 2881:8, 2881:16, 2882:4, 2882:6, 2882:11, 2882:20, 2882:22, 2883:3, 2883:9, 2883:11, 2883:16, 2883:19, 2884:2, 2884:7, 2884:9, 2886:19, 2888:11, 2888:22, 2891:8, 2891:18, 2892:9, 2893:7, 2894:3, 2895:19, 2896:9, 2897:22, 2900:14, 2900:18, 2900:19, 2901:21, 2901:23, 2901:24, 2902:1, 2902:6, 2904:24, 2904:25, 2905:1, 2905:24, 2906:3, 2906:13, 2906:14, 2906:19, 2907:8, 2907:12, 2907:24, 2908:3, 2909:6, 2909:9, 2909:13, 2909:22, 2910:5, 2910:10, 2910:14, 2910:19, 2910:23, 2910:25, 2911:19, 2911:23, 2914:20, 2917:6, 2917:13, 2917:15, 2917:17, 2917:18,

2918:22, 2918:24, 2919:1, 2919:8, 2920:4, 2920:11, 2921:11, 2921:12, 2921:17, 2921:23, 2921:25, 2922:4, 2922:24, 2923:8, 2923:19, 2923:21, 2923:25, 2924:1, 2924:19, 2925:4, 2926:21, 2927:7, 2927:9, 2927:10, 2928:2, 2928:25, 2930:20, 2932:23, 2933:24, 2936:11, 2936:12, 2936:13, 2937:2, 2937:4, 2937:16, 2937:18, 2937:22

**MRGO** [46] - 2836:1, 2841:16, 2842:18, 2844:19, 2851:10, 2851:11, 2863:17, 2870:15, 2873:5, 2874:23, 2875:3, 2875:12, 2875:13, 2887:21, 2898:9, 2898:16, 2904:1, 2904:7, 2905:19, 2919:21, 2919:25, 2923:2, 2923:11, 2924:3, 2924:11, 2924:21, 2925:5, 2925:6, 2925:11, 2925:14, 2925:20, 2925:21, 2927:11, 2927:20, 2927:24, 2928:2, 2928:8, 2928:9, 2929:9, 2929:12, 2930:13, 2932:14, 2933:5, 2933:12, 2933:21, 2936:2

**MUCH** [20] - 2841:1, 2845:11, 2845:15, 2845:17, 2845:25, 2846:22, 2859:24, 2865:14, 2865:22, 2873:15, 2875:7, 2875:20, 2882:7, 2889:4, 2891:25, 2893:19, 2913:12, 2918:21, 2923:4, 2932:9

**MULTIPLE** [1] - 2871:17

**MULTIPLY** [2] - 2849:19, 2851:17

**MURKY** [1] - 2915:10

**MUST** [1] - 2883:11

**MY** [42] - 2843:4, 2851:15, 2855:9, 2856:9, 2858:20, 2862:10, 2865:16, 2866:6, 2868:10, 2870:23, 2874:25, 2875:1, 2878:2, 2879:6, 2879:9, 2882:14, 2884:17, 2886:1, 2887:3, 2896:6, 2902:10, 2904:23, 2906:15, 2909:14, 2909:15, 2914:13, 2914:14, 2917:8, 2921:8, 2924:10, 2925:10, 2925:12, 2925:13, 2926:10, 2933:4, 2934:3, 2935:14, 2936:3, 2936:11, 2936:18, 2937:13, 2938:11

**MYER** [1] - 2836:10

**MYSTICAL** [1] - 2853:11

**N**

**N** [2] - 2837:1, 2838:1

**NAME** [2] - 2867:14, 2935:4

**NAMED** [1] - 2867:14

**NATURE** [3] - 2856:11, 2856:12, 2859:19

**NAVAL** [2] - 2914:12, 2914:15

**NAVD88** [1] - 2885:23

**NEAR** [4] - 2855:20, 2865:7, 2865:14, 2885:25

**NEAR-SHORE** [1] - 2855:20

**NEARLY** [2] - 2864:4, 2903:6

**NECESSARILY** [1] - 2924:14

**NECESSARY** [1] - 2867:1

**NEED** [9] - 2859:21, 2876:20, 2880:1, 2883:14, 2892:1, 2905:24, 2907:20, 2935:11

**NEEDED** [5] - 2883:3, 2906:20, 2908:8, 2934:12, 2935:20

**NEGATIVE** [1] -

2876:22
**NEIGHBORHOOD** [2] - 2925:8, 2927:3
**NEUTRAL** [2] - 2861:19, 2861:20
**NEUTRALLY** [1] - 2862:20
**NEUTRALLY-BUOYANT** [1] - 2862:20
**NEVER** [3] - 2862:9, 2926:13
**NEW** [11] - 2834:4, 2834:17, 2834:21, 2835:6, 2835:24, 2836:3, 2836:17, 2839:10, 2881:9, 2913:9, 2921:13
**NEXT** [27] - 2843:16, 2846:15, 2848:15, 2864:3, 2864:11, 2864:24, 2872:7, 2872:20, 2873:11, 2877:1, 2880:7, 2880:18, 2889:10, 2889:12, 2889:16, 2889:17, 2889:22, 2890:3, 2890:4, 2890:9, 2890:14, 2890:15, 2896:16, 2897:10, 2910:11, 2913:23
**NICE** [6] - 2841:21, 2848:14, 2859:16, 2870:16, 2877:11, 2897:15
**NICELY** [1] - 2859:6
**NINE** [13] - 2844:16, 2845:7, 2845:11, 2845:19, 2848:24, 2855:10, 2890:12, 2894:15, 2896:21, 2904:13, 2929:14, 2929:17
**NINE-FOOT** [1] - 2929:14
**NINE-TENTHS** [2] - 2848:24, 2855:10
**NO** [65] - 2834:3, 2839:2, 2840:10, 2843:7, 2844:7, 2849:2, 2850:13, 2855:5, 2858:6, 2860:10, 2861:24, 2863:4, 2869:3, 2871:8, 2872:8, 2872:24, 2875:12, 2879:2, 2882:10, 2882:11, 2882:23, 2883:7, 2883:9,

2885:2, 2889:5, 2892:7, 2896:25, 2897:7, 2898:16, 2900:16, 2901:21, 2904:25, 2905:24, 2905:25, 2906:15, 2907:6, 2907:11, 2908:7, 2908:18, 2908:19, 2909:7, 2909:25, 2911:11, 2913:25, 2916:4, 2918:15, 2919:7, 2921:1, 2921:9, 2922:24, 2928:11, 2928:14, 2933:15, 2933:17, 2934:23, 2935:9, 2935:14, 2935:15, 2936:3, 2937:3
**NOMOGRAM** [1] - 2841:21
**NONRESPONSIVE** [1] - 2930:20
**NOON** [1] - 2937:23
**NORMALLY** [1] - 2865:21
**NORMAN** [1] - 2834:2
**NORTH** [1] - 2869:16, 2920:2
**NORTHERN** [1] - 2875:25
**NOT** [141] - 2838:9, 2839:13, 2840:17, 2841:14, 2845:16, 2845:21, 2846:1, 2847:14, 2851:3, 2851:6, 2851:18, 2853:21, 2853:25, 2854:11, 2860:19, 2861:23, 2861:24, 2862:4, 2862:5, 2862:7, 2864:4, 2864:18, 2864:19, 2865:9, 2867:14, 2870:17, 2871:24, 2872:9, 2873:16, 2873:24, 2876:3, 2876:10, 2877:14, 2879:7, 2879:14, 2879:21, 2880:1, 2880:23, 2880:24, 2882:5, 2882:11, 2882:19, 2882:24, 2882:25, 2883:12, 2883:16, 2883:19, 2886:24, 2887:8, 2887:12, 2887:13, 2889:7, 2889:21, 2891:2, 2894:7,

2895:22, 2896:2, 2896:5, 2896:13, 2899:17, 2900:1, 2902:11, 2902:12, 2902:24, 2903:6, 2904:9, 2904:15, 2904:18, 2905:4, 2905:9, 2905:10, 2905:13, 2906:10, 2908:13, 2908:19, 2908:23, 2908:24, 2909:7, 2909:10, 2909:15, 2911:11, 2911:12, 2912:19, 2913:5, 2913:24, 2914:12, 2914:17, 2915:1, 2915:3, 2915:5, 2915:7, 2915:10, 2915:14, 2915:16, 2915:18, 2915:19, 2916:4, 2916:14, 2916:19, 2917:4, 2918:3, 2919:1, 2920:14, 2920:23, 2921:8, 2921:10, 2921:16, 2921:18, 2921:20, 2922:3, 2922:5, 2922:6, 2922:7, 2923:21, 2924:14, 2926:11, 2926:12, 2926:16, 2927:7, 2927:12, 2929:18, 2930:21, 2932:14, 2932:16, 2933:1, 2933:5, 2933:8, 2934:1, 2934:3, 2935:6, 2935:20, 2935:24, 2936:9, 2936:21, 2936:25, 2937:2
**NOTE** [3] - 2879:24, 2888:8, 2930:24
**NOTED** [1] - 2937:7
**NOTHING** [6] - 2839:10, 2839:18, 2861:9, 2891:1, 2892:14
**NOTICE** [3] - 2854:2, 2863:3, 2878:24
**NOTICED** [1] - 2918:2
**NOW** [58] - 2838:22, 2838:23, 2841:22, 2844:14, 2844:18, 2845:6, 2845:7, 2847:9, 2848:1, 2849:19, 2850:1, 2850:19, 2852:8, 2852:17, 2854:2,

2858:18, 2858:19, 2859:17, 2861:9, 2861:14, 2861:16, 2863:8, 2868:7, 2872:18, 2875:5, 2876:6, 2876:9, 2877:18, 2878:24, 2885:20, 2886:6, 2889:23, 2891:4, 2892:18, 2896:20, 2896:21, 2898:11, 2899:1, 2899:6, 2906:14, 2910:24, 2911:7, 2913:23, 2914:3, 2917:3, 2917:20, 2918:2, 2920:4, 2923:6, 2925:9, 2925:18, 2928:10, 2928:18, 2929:7, 2930:9, 2933:24, 2935:7, 2936:7
**NOWHERE** [2] - 2881:8, 2935:3
**NUMBER** [13] - 2842:12, 2853:8, 2853:18, 2872:8, 2874:13, 2875:5, 2875:15, 2876:2, 2876:25, 2878:24, 2900:22, 2905:18, 2919:18
**NUMBERED** [1] - 2938:12
**NUMBERS** [11] - 2896:5, 2898:19, 2901:4, 2907:20, 2913:17, 2918:15, 2918:16, 2918:17, 2919:18, 2920:12, 2920:13
**NY** [1] - 2835:24

# O

**O** [4] - 2835:2, 2835:19, 2836:12, 2838:1
**O'BRIEN** [1] - 2835:23
**O'CLOCK** [4] - 2895:1, 2895:4, 2895:7, 2937:24
**O'DONNELL** [5] - 2834:12, 2834:13, 2883:19, 2884:2, 2884:7
**OAK** [1] - 2834:23
**OBJECT** [5] - 2838:21, 2879:20, 2880:25, 2905:24,

2930:20
**OBJECTED** [1] - 2891:8
**OBJECTION** [5] - 2839:24, 2879:24, 2882:3, 2882:14, 2888:8
**OBJECTS** [1] - 2853:25
**OBLIGATED** [1] - 2934:20
**OBTAIN** [1] - 2907:5
**OBTAINED** [3] - 2841:13, 2884:12, 2907:4
**OCCURRED** [3] - 2856:1, 2856:2, 2868:20
**OCCURRING** [2] - 2860:11, 2860:16
**OCCURS** [4] - 2847:4, 2851:8, 2868:19, 2891:16
**OCEANOGRAPHY** [1] - 2914:4
**OF** [447] - 2834:1, 2834:5, 2834:7, 2834:16, 2835:18, 2836:4, 2838:12, 2838:16, 2838:17, 2838:19, 2838:21, 2839:2, 2839:5, 2839:18, 2839:19, 2840:8, 2840:11, 2840:12, 2840:24, 2840:25, 2841:3, 2841:9, 2841:13, 2841:14, 2841:16, 2841:19, 2841:21, 2842:7, 2842:9, 2842:11, 2842:12, 2842:13, 2842:18, 2842:22, 2843:19, 2843:23, 2844:16, 2844:22, 2845:9, 2845:11, 2845:14, 2845:19, 2845:24, 2846:12, 2846:13, 2846:15, 2846:21, 2847:3, 2847:4, 2847:5, 2847:8, 2847:17, 2847:25, 2848:7, 2848:9, 2848:12, 2848:14, 2848:16, 2848:17, 2848:18, 2848:20, 2848:24, 2849:1, 2849:5, 2849:12, 2849:14, 2849:17, 2849:21, 2849:25,

2850:9, 2850:12,
2850:13, 2850:19,
2850:20, 2851:2,
2851:4, 2851:6,
2851:7, 2851:11,
2851:19, 2851:20,
2851:21, 2851:22,
2851:23, 2851:24,
2852:2, 2852:4,
2852:19, 2852:24,
2853:2, 2853:5,
2853:8, 2853:13,
2853:14, 2853:18,
2853:21, 2854:4,
2854:12, 2854:13,
2854:19, 2855:5,
2855:6, 2855:8,
2855:10, 2855:24,
2856:3, 2856:4,
2856:5, 2856:6,
2856:13, 2856:17,
2856:18, 2856:22,
2856:25, 2857:4,
2857:12, 2857:22,
2858:1, 2858:9,
2858:16, 2858:22,
2858:24, 2859:10,
2859:11, 2859:17,
2859:20, 2859:22,
2859:24, 2860:2,
2860:8, 2860:11,
2860:15, 2860:20,
2861:9, 2861:15,
2862:3, 2862:18,
2863:12, 2863:14,
2864:4, 2864:18,
2864:21, 2864:23,
2865:1, 2865:8,
2865:16, 2865:17,
2865:18, 2865:19,
2866:7, 2866:25,
2867:6, 2867:16,
2867:18, 2867:22,
2867:23, 2868:7,
2868:13, 2868:14,
2869:2, 2869:5,
2869:16, 2869:22,
2870:7, 2870:11,
2870:13, 2870:14,
2871:2, 2871:3,
2871:13, 2871:25,
2872:4, 2873:4,
2874:7, 2874:11,
2874:13, 2874:17,
2874:23, 2875:2,
2875:5, 2875:7,
2875:15, 2875:17,
2875:21, 2875:25,
2876:1, 2876:2,
2876:8, 2876:10,
2876:11, 2876:14,

2876:15, 2876:16,
2876:19, 2876:20,
2876:21, 2876:22,
2876:25, 2877:13,
2877:21, 2877:22,
2878:2, 2878:6,
2878:8, 2878:17,
2878:22, 2878:24,
2879:2, 2879:6,
2879:8, 2879:9,
2879:10, 2879:11,
2879:18, 2879:24,
2880:19, 2881:10,
2881:16, 2881:19,
2882:3, 2882:9,
2882:12, 2883:1,
2884:14, 2884:16,
2884:18, 2884:20,
2885:7, 2885:8,
2885:11, 2885:22,
2885:24, 2885:25,
2886:3, 2886:14,
2887:6, 2887:11,
2887:12, 2887:21,
2888:12, 2888:14,
2888:23, 2888:24,
2889:7, 2889:15,
2889:18, 2889:20,
2889:24, 2889:25,
2890:5, 2890:10,
2890:12, 2890:21,
2890:25, 2891:5,
2891:12, 2891:13,
2891:16, 2891:21,
2891:24, 2892:6,
2892:10, 2892:13,
2892:19, 2892:20,
2893:4, 2893:8,
2893:14, 2893:16,
2894:6, 2894:7,
2894:10, 2894:11,
2894:23, 2895:1,
2895:8, 2895:9,
2895:16, 2895:22,
2896:1, 2897:16,
2897:25, 2898:4,
2898:18, 2899:4,
2899:6, 2899:7,
2899:10, 2900:6,
2900:8, 2900:11,
2900:13, 2901:8,
2901:11, 2901:14,
2901:15, 2901:16,
2903:2, 2903:7,
2903:25, 2904:5,
2904:6, 2904:12,
2904:19, 2905:15,
2905:16, 2905:17,
2905:18, 2906:15,
2906:22, 2907:6,
2907:13, 2908:16,

2909:12, 2910:16,
2910:19, 2910:21,
2911:8, 2911:9,
2911:14, 2911:17,
2912:4, 2912:20,
2913:2, 2913:3,
2913:8, 2913:12,
2913:13, 2913:14,
2913:15, 2913:17,
2913:20, 2913:24,
2913:25, 2914:1,
2914:3, 2914:5,
2914:11, 2914:12,
2914:14, 2914:15,
2914:16, 2914:20,
2914:21, 2915:8,
2915:9, 2915:10,
2915:22, 2916:1,
2916:14, 2916:18,
2916:22, 2917:3,
2917:10, 2917:22,
2918:3, 2918:21,
2919:1, 2919:2,
2919:3, 2919:6,
2919:20, 2919:21,
2920:6, 2920:10,
2923:2, 2923:3,
2923:5, 2923:9,
2923:10, 2923:11,
2924:2, 2924:3,
2924:11, 2924:20,
2924:21, 2924:23,
2925:6, 2925:10,
2925:15, 2926:18,
2926:23, 2927:1,
2927:3, 2927:14,
2928:2, 2928:9,
2929:10, 2930:9,
2931:22, 2932:5,
2932:10, 2932:12,
2932:20, 2933:5,
2933:6, 2933:9,
2933:12, 2933:21,
2934:1, 2934:3,
2934:5, 2934:13,
2934:22, 2935:1,
2935:15, 2935:22,
2936:1, 2936:3,
2936:14, 2936:16,
2936:19, 2937:2,
2937:8, 2938:9,
2938:10, 2938:11

**OFF** [9] - 2840:7,
2860:14, 2873:15,
2885:9, 2896:10,
2903:6, 2918:14,
2920:6, 2924:18

**OFFICE** [5] -
2834:16, 2835:18,
2836:1, 2914:12,
2914:15

**OFFICIAL** [3] -
2836:16, 2938:8,
2938:17

**OFFICIALLY** [1] -
2914:14

**OH** [5] - 2895:21,
2899:18, 2900:15,
2925:10, 2928:22

**OKAY** [37] - 2842:1,
2842:17, 2850:4,
2851:15, 2855:15,
2867:24, 2868:17,
2870:2, 2872:5,
2874:11, 2876:5,
2882:12, 2884:8,
2886:18, 2889:11,
2889:16, 2892:5,
2893:19, 2894:12,
2895:3, 2895:7,
2898:4, 2899:22,
2901:12, 2903:17,
2905:6, 2906:9,
2909:3, 2910:18,
2911:22, 2917:16,
2918:8, 2925:3,
2930:23, 2936:20,
2937:6, 2937:22

**ON** [148] - 2839:21,
2840:23, 2841:22,
2842:5, 2842:13,
2846:4, 2846:6,
2846:21, 2847:4,
2847:16, 2847:22,
2847:23, 2848:7,
2849:8, 2849:17,
2849:19, 2849:23,
2849:24, 2850:5,
2850:12, 2850:14,
2850:19, 2850:20,
2851:11, 2851:22,
2852:11, 2853:17,
2853:23, 2855:17,
2857:11, 2857:14,
2857:18, 2858:22,
2859:7, 2859:8,
2861:9, 2862:6,
2862:8, 2862:10,
2862:16, 2862:18,
2863:5, 2866:1,
2866:15, 2867:5,
2867:6, 2867:12,
2867:23, 2867:25,
2868:2, 2869:1,
2869:13, 2870:23,
2872:1, 2872:7,
2873:11, 2874:3,
2874:11, 2875:7,
2875:20, 2877:19,
2878:15, 2878:21,
2879:21, 2880:2,

2880:12, 2882:4,
2882:13, 2882:15,
2882:20, 2882:21,
2883:2, 2883:6,
2884:2, 2884:5,
2884:23, 2885:21,
2885:22, 2886:8,
2887:4, 2888:25,
2891:15, 2892:7,
2892:14, 2892:15,
2893:20, 2893:24,
2895:8, 2895:11,
2896:7, 2897:5,
2897:8, 2897:13,
2897:16, 2898:20,
2899:1, 2899:7,
2899:8, 2901:10,
2902:15, 2903:11,
2903:21, 2905:3,
2905:20, 2906:4,
2909:14, 2910:8,
2911:7, 2911:11,
2914:18, 2916:17,
2917:12, 2917:19,
2919:11, 2919:22,
2920:10, 2920:12,
2920:15, 2921:13,
2921:14, 2922:11,
2922:22, 2924:2,
2925:5, 2925:10,
2926:6, 2926:8,
2931:8, 2931:9,
2932:2, 2932:8,
2932:13, 2932:14,
2933:11, 2933:15,
2933:17, 2934:24,
2935:15, 2936:7,
2936:16, 2936:24,
2937:6

**ONCE** [4] - 2839:6,
2895:24, 2922:8,
2935:19

**ONE** [63] - 2840:19,
2841:10, 2844:11,
2845:20, 2848:9,
2848:14, 2848:25,
2850:5, 2853:2,
2854:4, 2855:6,
2856:18, 2856:23,
2857:18, 2858:16,
2858:17, 2858:18,
2859:18, 2860:1,
2860:25, 2862:1,
2862:3, 2864:17,
2864:22, 2868:10,
2869:25, 2872:9,
2873:16, 2876:10,
2877:1, 2877:5,
2884:19, 2886:23,
2887:6, 2888:24,
2889:21, 2890:10,

2891:11, 2899:7, 2899:9, 2900:11, 2904:22, 2908:7, 2910:17, 2910:25, 2911:5, 2914:20, 2917:5, 2918:12, 2920:2, 2923:3, 2924:2, 2936:14, 2936:16, 2937:8, 2937:9, 2937:24, 2937:25

**ONE-AND-A-HALF-FOOT** [1] - 2848:25
**ONE-FOOT** [1] - 2845:20
**ONES** [3] - 2854:12, 2905:21, 2906:5
**ONLY** [23] - 2841:10, 2842:23, 2845:17, 2847:7, 2856:10, 2858:18, 2861:8, 2862:5, 2862:15, 2863:6, 2863:25, 2877:15, 2886:25, 2891:9, 2891:15, 2896:22, 2901:1, 2909:20, 2914:20, 2918:15, 2924:10, 2928:18, 2935:20
**ONSET** [2] - 2894:6, 2895:22
**ONTO** [4] - 2857:20, 2858:9, 2874:18, 2874:19
**OPEN** [1] - 2881:24
**OPENING** [1] - 2875:2
**OPINED** [1] - 2921:13
**OPINION** [12] - 2840:17, 2840:19, 2856:9, 2900:16, 2902:9, 2902:10, 2923:10, 2935:10, 2936:3, 2937:5, 2937:12, 2937:13
**OPINIONS** [2] - 2867:19, 2936:14
**OPPORTUNITY** [1] - 2841:12
**OPPOSED** [3] - 2863:11, 2890:7, 2924:11
**OPPOSITE** [2] - 2860:4, 2860:5
**OPPOSITION** [1] - 2867:12
**OR** [70] - 2838:10, 2838:14, 2841:7, 2841:13, 2842:1,

2842:9, 2842:10, 2844:4, 2847:7, 2848:21, 2849:21, 2852:9, 2853:23, 2857:6, 2860:20, 2862:6, 2863:6, 2864:16, 2865:24, 2872:7, 2873:5, 2875:8, 2878:17, 2878:18, 2878:23, 2879:17, 2883:23, 2886:11, 2889:7, 2899:19, 2899:20, 2900:16, 2902:15, 2902:24, 2903:3, 2903:5, 2903:7, 2903:18, 2904:15, 2905:5, 2905:24, 2907:6, 2907:15, 2907:23, 2908:3, 2908:18, 2909:10, 2911:23, 2912:19, 2913:1, 2913:11, 2915:7, 2916:7, 2919:7, 2920:7, 2921:2, 2921:13, 2926:4, 2930:1, 2930:12, 2930:14, 2932:24, 2933:6, 2933:9, 2933:24, 2935:14, 2936:9
**ORBITAL** [3] - 2862:17, 2864:14, 2865:17
**ORBITS** [1] - 2864:7
**OREGON** [1] - 2846:24
**ORGANIZED** [1] - 2849:2
**ORIENT** [1] - 2850:18
**ORIENTATION** [1] - 2926:24
**ORLEANS** [6] - 2834:4, 2834:17, 2834:21, 2835:6, 2836:3, 2836:17
**OTHER** [33] - 2842:24, 2849:25, 2850:5, 2851:16, 2854:8, 2854:14, 2854:16, 2855:19, 2856:1, 2860:1, 2864:21, 2866:17, 2874:15, 2875:7, 2875:10, 2881:10, 2887:5, 2887:12, 2888:5, 2893:19, 2903:23, 2905:11, 2907:24, 2908:6,

2911:4, 2911:10, 2911:19, 2913:7, 2920:10, 2925:10, 2932:2, 2932:8, 2935:19
**OTHERS** [1] - 2896:20
**OTHERWISE** [1] - 2861:3
**OUR** [19] - 2847:22, 2855:19, 2861:2, 2867:22, 2875:11, 2876:6, 2883:14, 2883:16, 2884:2, 2886:5, 2889:8, 2890:20, 2891:3, 2898:15, 2907:11, 2926:24, 2931:5, 2934:13
**OURS** [1] - 2900:8
**OUT** [39] - 2838:20, 2842:8, 2848:9, 2848:18, 2849:12, 2851:11, 2853:13, 2856:5, 2856:22, 2857:12, 2859:11, 2861:15, 2870:14, 2878:2, 2878:13, 2878:18, 2879:18, 2881:9, 2881:21, 2882:20, 2884:5, 2890:5, 2894:8, 2897:12, 2913:8, 2913:10, 2913:14, 2913:17, 2915:9, 2919:4, 2921:7, 2921:23, 2923:3, 2923:25, 2930:9, 2932:16, 2934:20, 2934:22
**OUTPUT** [2] - 2916:7, 2919:15
**OUTPUTTED** [1] - 2916:10
**OUTSIDE** [3] - 2879:21, 2879:24, 2916:22
**OVER** [41] - 2839:20, 2840:13, 2840:18, 2841:1, 2842:5, 2842:14, 2844:4, 2844:19, 2848:12, 2849:9, 2849:24, 2851:16, 2853:14, 2853:25, 2855:4, 2860:16, 2861:12, 2878:16, 2882:17, 2882:18, 2883:19, 2889:24, 2890:1, 2891:9, 2891:23,

2892:10, 2894:15, 2895:25, 2896:20, 2899:25, 2911:25, 2912:2, 2912:16, 2913:2, 2913:5, 2913:9, 2914:7, 2920:1, 2929:19, 2932:6
**OVERCOMPLICATING** [1] - 2874:1
**OVERFLOW** [3] - 2891:24, 2892:20
**OVERHEAD** [1] - 2892:15
**OVERSTATEMENT** [1] - 2866:1
**OVERSTATES** [1] - 2865:15
**OVERTOP** [1] - 2877:6
**OVERTOPPED** [1] - 2897:5
**OVERTOPPING** [70] - 2839:1, 2853:19, 2853:23, 2854:3, 2854:6, 2854:8, 2854:11, 2854:13, 2874:20, 2876:1, 2876:6, 2876:7, 2877:8, 2877:13, 2883:4, 2885:14, 2885:15, 2885:16, 2885:21, 2886:5, 2886:7, 2886:20, 2886:22, 2886:25, 2887:1, 2887:2, 2887:3, 2887:4, 2887:7, 2887:8, 2887:13, 2887:16, 2888:1, 2888:6, 2889:4, 2891:5, 2891:15, 2891:17, 2892:13, 2893:13, 2893:15, 2893:24, 2894:14, 2895:4, 2895:8, 2895:9, 2895:17, 2895:22, 2896:3, 2896:11, 2897:11, 2897:16, 2898:1, 2900:7, 2901:7, 2901:10, 2901:11, 2901:12, 2901:15, 2901:18, 2901:19, 2906:12, 2920:5, 2921:18, 2921:20, 2922:2, 2936:15, 2937:8
**OWN** [10] - 2849:8, 2867:7, 2868:21, 2874:7, 2880:15,

2916:22, 2927:12, 2927:24, 2927:25

## P

**P** [5] - 2835:1, 2835:2, 2835:19, 2836:12, 2838:1
**P.O** [1] - 2835:9
**PADDLE** [2] - 2864:24, 2864:25
**PAGE** [21] - 2881:16, 2905:4, 2909:12, 2909:23, 2910:5, 2910:11, 2910:12, 2910:19, 2910:20, 2910:21, 2912:4, 2917:3, 2917:12, 2917:16, 2925:15, 2926:23, 2936:19, 2937:6, 2937:15
**PAGE/LINE** [1] - 2837:3
**PAGES** [2] - 2910:6, 2910:7
**PAID** [5] - 2914:13, 2914:14, 2914:15, 2934:19
**PALMINTIER** [3] - 2835:14, 2835:15, 2835:15
**PANEL** [1] - 2868:2
**PARAGRAPH** [3] - 2913:22, 2913:23
**PARALLEL** [2] - 2863:7, 2863:25
**PARAMETER** [2] - 2889:10, 2890:18
**PARAMETERS** [1] - 2862:6
**PARAPHRASING** [1] - 2902:13
**PARIS** [3] - 2875:1, 2877:23, 2885:25
**PARK** [1] - 2923:3
**PART** [9] - 2849:18, 2859:9, 2875:25, 2905:15, 2905:16, 2907:1, 2916:14, 2934:23, 2935:15
**PARTIAL** [1] - 2871:22
**PARTICULAR** [7] - 2849:22, 2851:5, 2855:6, 2855:17, 2865:5, 2868:3, 2895:10
**PARTICULARLY** [2] - 2865:7, 2879:14
**PARTIES** [1] - 2900:12

**PASS** [5] - 2861:2, 2869:5, 2896:22, 2898:5, 2900:6
**PASSING** [2] - 2853:25, 2894:19
**PAST** [1] - 2894:1
**PAT** [6] - 2852:17, 2905:14, 2908:15, 2908:19, 2908:23, 2909:4
**PATHS** [2] - 2862:17, 2864:14
**PATTERN** [1] - 2862:25
**PAUL** [2] - 2836:6, 2836:8
**PAY** [1] - 2860:1
**PDF** [3] - 2910:6, 2910:20, 2910:21
**PEAK** [15] - 2842:13, 2858:11, 2894:13, 2896:20, 2898:4, 2906:14, 2909:18, 2920:7, 2921:3, 2921:14, 2921:18, 2921:19, 2921:21, 2922:2, 2922:16
**PEAKED** [1] - 2858:5
**PEAKS** [3] - 2858:17, 2876:10
**PEOPLE** [10] - 2854:8, 2854:14, 2854:16, 2856:19, 2856:22, 2874:15, 2883:15, 2901:4, 2907:19, 2915:8
**PER** [26] - 2842:10, 2842:12, 2843:23, 2885:21, 2885:25, 2886:1, 2893:25, 2894:1, 2894:16, 2895:5, 2896:21, 2896:22, 2898:4, 2898:5, 2898:12, 2898:19, 2901:2, 2911:5
**PERCENT** [18] - 2848:20, 2848:22, 2855:7, 2855:8, 2855:13, 2860:20, 2868:6, 2868:7, 2878:4, 2878:22, 2884:19, 2884:20, 2884:21, 2889:6, 2918:5, 2920:5, 2920:6
**PERCENTAGE** [2] - 2878:16, 2879:5
**PERFECT** [1] - 2843:24

**PERFECTLY** [1] - 2934:9
**PERFORM** [1] - 2852:8
**PERFORMED** [2] - 2867:9, 2867:13
**PERHAPS** [6] - 2849:9, 2849:20, 2863:10, 2872:20, 2875:21, 2878:5
**PERIOD** [9] - 2843:7, 2843:8, 2843:9, 2843:10, 2855:5, 2859:19, 2888:16, 2889:2, 2911:11
**PERIODS** [4] - 2848:12, 2917:24, 2919:24, 2932:4
**PERMISSION** [2] - 2915:21, 2915:23
**PERSIST** [2] - 2894:9, 2903:12
**PERSISTS** [1] - 2895:14
**PERSONALLY** [1] - 2935:6
**PETER** [1] - 2836:10
**PH.D** [1] - 2852:17
**PHASES** [1] - 2867:1
**PHENOMENON** [1] - 2864:6
**PHILEN** [1] - 2836:2
**PHILIP** [1] - 2852:16
**PHYSICAL** [2] - 2914:1, 2914:3
**PHYSICIST** [1] - 2915:7
**PHYSICS** [9] - 2850:16, 2850:17, 2851:8, 2853:6, 2871:20, 2871:25, 2872:3, 2872:4, 2903:18
**PICK** [2] - 2840:7, 2903:5
**PICKED** [3] - 2843:21, 2904:19
**PIECES** [1] - 2858:22
**PIERCE** [1] - 2834:13
**PILE** [1] - 2879:19
**PILES** [2] - 2879:12, 2879:13
**PING** [2] - 2862:18, 2862:20
**PIQUED** [1] - 2868:10
**PLACE** [9] - 2847:12, 2851:5, 2858:17, 2859:18, 2860:11,

2865:5, 2898:10, 2898:17, 2929:12
**PLACES** [10] - 2841:7, 2849:15, 2869:1, 2870:12, 2870:23, 2891:24, 2892:7, 2923:3, 2924:23
**PLAINTIFF** [1] - 2834:12
**PLAINTIFFS** [1] - 2887:9
**PLAINTIFFS'** [6] - 2840:8, 2849:8, 2852:9, 2868:21, 2872:12, 2888:8
**PLANE** [4] - 2929:20, 2929:23, 2929:24, 2929:25
**PLASTICS** [1] - 2852:20
**PLC** [1] - 2835:14
**PLEASE** [17] - 2838:5, 2840:10, 2840:15, 2872:9, 2881:25, 2882:23, 2883:9, 2891:19, 2892:16, 2900:24, 2906:2, 2908:18, 2910:12, 2913:18, 2917:2, 2926:23, 2931:1
**PLEASURE** [1] - 2838:21
**PLOT** [2] - 2880:20, 2897:8
**PLOTTED** [10] - 2878:10, 2879:3, 2896:5, 2899:1, 2918:11, 2918:15, 2918:16, 2918:19, 2920:9, 2921:6
**PLOTTING** [2] - 2896:15, 2928:23
**PLUS** [2] - 2845:7, 2845:19
**POINT** [53] - 2838:20, 2843:4, 2845:18, 2846:6, 2846:14, 2847:21, 2851:9, 2851:19, 2851:22, 2851:25, 2853:1, 2854:15, 2855:13, 2858:17, 2860:17, 2871:13, 2875:1, 2875:24, 2877:4, 2877:8, 2896:24, 2897:12, 2911:5, 2913:3, 2913:10, 2919:18,

2921:6, 2921:8, 2924:10, 2924:22, 2924:23, 2924:24, 2924:25, 2926:1, 2926:2, 2926:4, 2926:24, 2926:25, 2927:3, 2927:13, 2927:21, 2928:2, 2928:4, 2928:8, 2928:12, 2928:13, 2928:14, 2929:12, 2931:12, 2932:16
**POINTER** [1] - 2841:24
**POINTING** [4] - 2849:19, 2894:8, 2923:25, 2930:6
**POINTS** [26] - 2874:13, 2874:14, 2874:25, 2876:2, 2878:6, 2878:7, 2885:14, 2885:24, 2904:16, 2905:6, 2919:21, 2922:25, 2923:1, 2923:23, 2924:3, 2924:7, 2924:9, 2924:10, 2924:11, 2926:8, 2926:13, 2926:22, 2927:18, 2932:11, 2936:10
**PONG** [2] - 2862:18, 2862:20
**POSITION** [1] - 2856:25
**POSSESSION** [1] - 2920:12
**POWER** [2] - 2877:14, 2877:15
**POWERFUL** [1] - 2913:1
**POWERPOINT** [3] - 2909:12, 2909:15, 2922:8
**POYDRAS** [2] - 2835:5, 2836:16
**PRECISE** [1] - 2896:13
**PRECISELY** [2] - 2911:17, 2921:8
**PRECRENULATED** [1] - 2891:22
**PREDICT** [1] - 2854:11
**PREDICTED** [1] - 2843:9
**PREDICTING** [1] - 2859:17
**PREDICTION** [1] - 2859:5

**PREDICTIONS** [2] - 2853:23, 2859:2
**PREDICTS** [1] - 2851:8
**PREEXISTING** [1] - 2846:1
**PREFERS** [1] - 2842:2
**PREKATRINA** [1] - 2925:21
**PRELIMINARILY** [1] - 2839:22
**PRESENT** [1] - 2836:1
**PRESERVED** [1] - 2888:9
**PRETTY** [6] - 2846:22, 2854:15, 2875:7, 2878:3, 2918:21, 2932:9
**PREVIOUS** [1] - 2908:17
**PREVIOUSLY** [5] - 2840:17, 2876:7, 2877:19, 2887:15, 2896:25
**PRIMARILY** [2] - 2852:19, 2874:2
**PRINCIPLE** [3] - 2846:16, 2849:5, 2900:21
**PRIOR** [3] - 2854:3, 2890:10, 2933:6
**PRIVATE** [1] - 2914:4
**PROBABLY** [21] - 2842:15, 2844:8, 2847:7, 2851:5, 2851:19, 2851:21, 2865:13, 2870:6, 2873:7, 2879:10, 2885:1, 2885:5, 2885:7, 2887:2, 2892:13, 2892:14, 2905:8, 2923:2, 2925:19, 2935:21, 2937:18
**PROBLEM** [4] - 2864:22, 2883:13, 2904:25, 2922:24
**PROCEED** [3] - 2840:1, 2884:6, 2884:8
**PROCEEDINGS** [3] - 2834:7, 2836:19, 2938:11
**PROCESS** [8] - 2847:4, 2847:14, 2849:3, 2850:9, 2853:11, 2862:6,

2892:6
**PROCESSES** [1] -
2874:20
**PRODUCE** [2] -
2889:3
**PRODUCED** [2] -
2836:20, 2889:5
**PROFESSION** [1] -
2853:20
**PROFESSIONAL** [3]
- 2887:25, 2915:1,
2934:13
**PROFESSOR** [10] -
2852:14, 2852:18,
2873:17, 2905:16,
2906:18, 2907:3,
2908:10, 2924:8,
2933:25
**PROFFER** [1] -
2880:24
**PROFILE** [11] -
2887:17, 2887:20,
2888:1, 2891:10,
2898:9, 2904:4,
2904:14, 2905:23,
2906:10, 2908:15,
2908:16
**PROFILES** [1] -
2887:21
**PROGRESSIONAL**
[1] - 2871:18
**PROJECTS** [1] -
2914:10
**PROPAGATE** [1] -
2873:1
**PROPAGATION** [2] -
2871:21, 2903:19
**PROPER** [4] -
2884:21, 2884:22,
2902:4, 2902:5
**PROPERLY** [3] -
2853:6, 2871:14,
2873:25
**PROPORTIONATE**
[1] - 2877:13
**PROTECTION** [9] -
2841:18, 2842:19,
2909:14, 2909:24,
2909:25, 2910:1,
2910:11, 2910:25,
2911:14
**PROVE** [1] - 2926:6
**PROVIDE** [4] -
2839:4, 2888:18,
2906:14, 2922:3
**PROVIDED** [6] -
2838:9, 2839:5,
2877:25, 2906:23,
2907:1, 2908:7
**PUBLICATIONS** [1] -

2853:24
**PUBLISH** [1] -
2915:23
**PUBLISHED** [2] -
2915:9, 2915:20
**PULL** [8] - 2882:12,
2905:2, 2910:1,
2913:18, 2917:2,
2922:8, 2930:4,
2937:14
**PULLED** [3] -
2909:13, 2909:20,
2910:10
**PURELY** [1] - 2861:4
**PURIST** [1] - 2864:20
**PURPOSE** [7] -
2853:20, 2861:8,
2877:21, 2877:22,
2888:4, 2908:20,
2934:11
**PURPOSES** [5] -
2880:15, 2906:22,
2907:5, 2931:8,
2931:9
**PUSHING** [1] -
2849:4
**PUT** [15] - 2840:25,
2844:5, 2845:25,
2870:22, 2878:21,
2880:10, 2897:8,
2897:12, 2899:5,
2907:22, 2918:12,
2922:6, 2933:18,
2933:20
**PUTTING** [1] -
2848:5
**PX** [1] - 2930:4

## Q

**Q** [3] - 2905:4,
2905:5, 2905:6
**QUALIFICATIONS**
[1] - 2907:7
**QUANDARY** [1] -
2931:5
**QUARTER** [1] -
2923:18
**QUARTERS** [1] -
2885:7
**QUESTION** [20] -
2844:14, 2866:15,
2881:16, 2883:5,
2886:8, 2888:14,
2895:20, 2906:2,
2909:5, 2915:12,
2920:21, 2921:23,
2923:19, 2925:18,
2927:16, 2931:1,
2931:2, 2931:3,
2935:14

**QUESTIONED** [1] -
2920:4
**QUESTIONING** [1] -
2907:14
**QUESTIONS** [6] -
2854:4, 2878:8,
2887:19, 2888:4,
2888:20, 2901:22
**QUITE** [7] - 2877:3,
2899:17, 2902:20,
2907:9, 2910:9,
2929:18, 2931:24
**QUOTE** [1] - 2856:10
**QUOTING** [1] -
2936:19

## R

**R** [4] - 2834:8,
2835:23, 2836:11,
2838:1
**RADIUS** [1] -
2862:21
**RAISE** [1] - 2896:10
**RAISED** [6] - 2878:8,
2879:19, 2887:19,
2888:20, 2890:10,
2896:16
**RAN** [4] - 2840:22,
2889:23, 2889:25,
2916:4
**RANGE** [8] - 2851:2,
2851:4, 2853:5,
2856:4, 2887:21,
2924:20, 2924:22,
2925:5
**RANGES** [1] -
2922:16
**RANKLY** [1] -
2881:10
**RAPID** [2] - 2868:8,
2868:9
**RAPIDLY** [3] -
2846:17, 2864:21,
2890:23
**RATE** [8] - 2853:12,
2859:12, 2877:13,
2892:20, 2893:16,
2894:14, 2895:4,
2898:2
**RATED** [1] - 2914:23
**RATES** [33] -
2854:14, 2876:7,
2877:9, 2885:15,
2885:15, 2885:16,
2885:21, 2886:5,
2886:7, 2886:15,
2887:8, 2887:9,
2887:16, 2888:1,
2889:4, 2891:5,
2892:13, 2893:14,

2893:24, 2897:11,
2897:17, 2900:7,
2901:12, 2901:15,
2901:19, 2906:12,
2920:5, 2921:18,
2921:19, 2921:20,
2922:2, 2936:16,
2937:8
**RATHER** [8] -
2868:22, 2878:21,
2887:3, 2891:16,
2896:20, 2897:13,
2901:19, 2925:12
**RATIO** [1] - 2863:12
**RAY** [7] - 2849:18,
2869:15, 2869:25,
2870:16, 2870:21,
2931:25, 2932:1
**RAYS** [3] - 2869:5,
2869:6, 2869:8
**RE** [1] - 2861:17
**RE-REFLECTED** [1]
- 2861:17
**REACH** [28] -
2851:23, 2874:8,
2874:9, 2874:13,
2875:2, 2875:25,
2877:2, 2885:24,
2887:21, 2897:25,
2898:4, 2901:7,
2901:19, 2902:5,
2904:1, 2904:6,
2905:19, 2917:24,
2919:11, 2920:1,
2922:13, 2923:23,
2924:3, 2924:22,
2926:25, 2927:1,
2936:16
**REACHED** [3] -
2889:8, 2897:6,
2900:21
**READ** [5] - 2857:15,
2859:4, 2916:13,
2931:1, 2931:3
**READING** [3] -
2912:12, 2922:17,
2936:18
**READY** [2] - 2858:7,
2918:13
**REAL** [7] - 2898:2,
2904:9, 2922:17,
2923:10, 2927:22,
2928:5, 2929:10
**REALIZE** [2] -
2843:4, 2918:18
**REALLY** [24] -
2841:14, 2849:3,
2854:1, 2856:23,
2856:24, 2857:18,
2858:22, 2859:3,

2860:15, 2862:15,
2863:14, 2865:6,
2866:5, 2866:16,
2871:20, 2887:1,
2889:11, 2889:21,
2891:20, 2901:3,
2910:24, 2913:21,
2931:24, 2936:8
**REALTIME** [1] -
2904:23
**REASON** [7] -
2842:22, 2850:13,
2853:10, 2891:1,
2917:3, 2920:24,
2935:19
**REASONABLE** [1] -
2842:12
**REASONABLY** [1] -
2884:16
**REASONS** [1] -
2935:18
**RECALL** [3] -
2866:15, 2886:24,
2911:4
**RECEIVED** [2] -
2854:20, 2906:17
**RECESS** [5] -
2881:20, 2881:22,
2881:23, 2937:24,
2938:1
**RECOGNIZE** [3] -
2850:25, 2857:3,
2909:18
**RECOMMENDED** [1]
- 2909:1
**RECORD** [4] -
2888:9, 2916:13,
2936:8, 2938:11
**RECORDED** [1] -
2836:19
**RECOVER** [1] -
2858:6
**RECTANGULAR** [1]
- 2926:12
**RED** [13] - 2851:12,
2851:19, 2851:22,
2875:6, 2884:22,
2884:23, 2894:4,
2895:11, 2896:22,
2898:13, 2898:20,
2911:21, 2930:6
**REDUCED** [1] -
2875:9
**REDUCTION** [3] -
2868:8, 2868:9,
2873:22
**REEF** [2] - 2847:22,
2847:23
**REEFS** [1] - 2846:21
**REFERENCE** [12] -

2868:10, 2868:11, 2892:23, 2893:2, 2904:16, 2905:6, 2924:7, 2924:10, 2924:11, 2926:1, 2931:6, 2936:10
**REFERENCED** [2] - 2883:1, 2935:5
**REFERENCES** [1] - 2872:20
**REFERRED** [2] - 2878:19, 2930:6
**REFERRING** [1] - 2923:21
**REFERS** [1] - 2843:17
**REFLECT** [5] - 2879:19, 2882:12, 2923:10, 2932:18, 2933:8
**REFLECTED** [13] - 2861:16, 2861:17, 2871:3, 2878:9, 2900:9, 2918:10, 2921:14, 2923:16, 2926:22, 2928:9, 2929:15, 2936:14
**REFLECTION** [1] - 2862:5
**REFLECTS** [2] - 2847:16, 2923:16
**REFRACT** [1] - 2931:25
**REFRACTION** [4] - 2930:12, 2931:2, 2931:24, 2932:5
**REFRESH** [1] - 2867:22
**REFRESHINGLY** [1] - 2937:1
**REGENERATION** [1] - 2845:13
**REGION** [2] - 2861:20, 2870:22
**REGULAR** [5] - 2856:18, 2858:4, 2914:23, 2932:2
**RELATIVE** [1] - 2876:16
**RELATIVELY** [2] - 2873:2, 2877:5
**RELEVANCE** [1] - 2882:19
**RELEVANT** [1] - 2889:18
**RELIED** [6] - 2883:6, 2907:4, 2908:2, 2916:7, 2916:11, 2920:15
**RELY** [4] - 2904:15,

2905:4, 2907:23, 2936:9
**RELYING** [2] - 2880:12, 2921:12
**REMAIN** [3] - 2904:1, 2904:7, 2904:13
**REMAINS** [1] - 2897:3
**REMARKABLY** [1] - 2910:8
**REMEMBER** [8] - 2847:4, 2875:12, 2887:22, 2890:17, 2905:3, 2905:7, 2915:12, 2919:17
**REMIND** [2] - 2839:9, 2845:1
**REPEAT** [2] - 2906:2, 2908:1
**REPHRASE** [1] - 2914:9
**REPORT** [49] - 2865:24, 2867:25, 2880:23, 2880:24, 2881:1, 2881:2, 2881:3, 2881:6, 2881:8, 2881:12, 2881:14, 2881:17, 2882:5, 2882:11, 2887:15, 2889:6, 2891:3, 2891:6, 2906:23, 2907:6, 2907:23, 2908:3, 2908:8, 2916:22, 2916:25, 2917:3, 2917:7, 2917:8, 2917:9, 2917:20, 2921:2, 2921:6, 2922:1, 2922:5, 2922:6, 2924:2, 2925:12, 2925:13, 2925:15, 2926:10, 2926:23, 2934:3, 2934:6, 2935:3, 2935:4, 2936:15, 2936:18, 2936:19, 2937:14
**REPORTED** [1] - 2930:21
**REPORTER** [5] - 2836:16, 2931:1, 2931:3, 2938:8, 2938:17
**REPORTER'S** [1] - 2938:6
**REPORTS** [1] - 2882:17
**REPRESENT** [2] - 2893:1, 2918:3
**REPRESENTATION**

[1] - 2862:13
**REPRESENTATIVE** [2] - 2904:20, 2922:13
**REPRESENTED** [2] - 2839:13, 2854:5
**REPRESENTS** [1] - 2883:2
**REPRODUCED** [1] - 2911:14
**REQUIREMENTS** [1] - 2933:17
**REQUIRES** [2] - 2915:17, 2933:15
**RESEARCH** [2] - 2914:13, 2914:15
**RESIO** [15] - 2837:4, 2840:5, 2846:6, 2846:12, 2854:25, 2884:10, 2901:21, 2902:2, 2907:19, 2909:16, 2910:24, 2913:24, 2917:7, 2922:1, 2926:22
**RESIO'S** [3] - 2907:15, 2907:17, 2907:18
**RESOLUTION** [8] - 2930:2, 2930:3, 2930:14, 2932:24, 2933:3, 2933:4, 2933:10, 2933:11
**RESOLVED** [1] - 2932:9
**RESOURCE** [1] - 2841:17
**RESPECT** [2] - 2881:11, 2901:11
**RESPONSE** [3] - 2862:9, 2882:7, 2892:7
**REST** [1] - 2913:12
**RESTATE** [2] - 2900:24, 2900:25
**RESULT** [3] - 2842:8, 2848:17, 2891:16
**RESULTS** [12] - 2841:12, 2849:13, 2850:10, 2858:1, 2875:17, 2886:12, 2888:6, 2888:15, 2907:4, 2916:1
**REVIEW** [1] - 2862:11
**REVIEWING** [1] - 2838:8
**RICHARD** [1] - 2836:11
**RIGHT** [131] - 2839:4, 2839:23, 2841:8,

2842:3, 2842:16, 2844:24, 2845:3, 2845:25, 2850:2, 2850:3, 2850:4, 2850:14, 2850:15, 2852:1, 2852:6, 2855:14, 2855:21, 2856:17, 2857:23, 2857:24, 2858:13, 2858:15, 2859:11, 2860:10, 2862:10, 2862:16, 2864:12, 2864:24, 2866:4, 2866:9, 2867:25, 2869:14, 2869:17, 2869:20, 2870:22, 2873:17, 2875:4, 2875:12, 2875:25, 2877:10, 2878:21, 2880:14, 2880:16, 2882:15, 2885:3, 2885:4, 2888:25, 2890:17, 2890:24, 2892:12, 2893:17, 2894:18, 2895:12, 2896:8, 2896:14, 2898:18, 2899:5, 2899:21, 2900:18, 2902:14, 2902:21, 2903:3, 2903:20, 2904:10, 2904:14, 2904:23, 2905:2, 2907:18, 2908:16, 2908:19, 2910:9, 2911:7, 2911:10, 2911:20, 2911:24, 2912:3, 2912:8, 2912:9, 2912:12, 2912:17, 2912:21, 2912:23, 2913:4, 2914:9, 2914:21, 2916:19, 2917:19, 2917:25, 2918:11, 2918:14, 2919:12, 2919:23, 2920:10, 2921:24, 2922:17, 2922:19, 2922:23, 2923:12, 2924:5, 2924:7, 2924:13, 2924:17, 2924:25, 2925:16, 2925:22, 2925:23, 2925:24, 2926:25, 2927:2, 2927:3, 2927:8, 2927:25, 2928:4, 2928:20, 2928:23, 2928:24, 2929:8, 2929:18, 2932:10, 2933:14, 2933:22, 2934:9, 2935:12, 2937:23

**RIGHT-HAND** [1] - 2862:16
**RING** [1] - 2920:23
**RISK** [1] - 2862:3
**ROAD** [3] - 2875:1, 2877:23, 2886:1
**ROBERT** [1] - 2836:1
**ROBIN** [2] - 2836:10, 2923:25
**ROBINSON** [1] - 2834:2
**ROLL** [1] - 2887:13
**ROOM** [1] - 2836:16
**ROOT** [1] - 2845:19
**ROSE** [1] - 2890:23
**ROUGE** [2] - 2835:10, 2835:16
**ROUGHLY** [1] - 2904:20
**ROUND** [1] - 2885:9
**ROY** [62] - 2835:1, 2835:1, 2837:6, 2838:6, 2838:8, 2839:3, 2839:9, 2839:15, 2839:23, 2839:25, 2854:4, 2879:20, 2880:23, 2880:25, 2881:8, 2881:16, 2882:4, 2882:11, 2882:20, 2891:8, 2901:23, 2901:24, 2902:1, 2904:24, 2904:25, 2905:1, 2905:24, 2906:3, 2906:13, 2909:9, 2909:22, 2910:5, 2910:10, 2910:14, 2910:19, 2910:23, 2917:6, 2917:13, 2917:15, 2917:17, 2917:18, 2918:24, 2921:11, 2921:23, 2921:25, 2922:24, 2923:8, 2923:25, 2924:1, 2924:19, 2925:4, 2926:21, 2927:7, 2927:9, 2928:25, 2930:20, 2932:23, 2937:2, 2937:4, 2937:16, 2937:18, 2937:22
**RPR** [2] - 2836:16, 2938:16
**RULE** [1] - 2856:6
**RUN** [18] - 2846:15, 2846:23, 2872:25, 2874:18, 2877:16, 2889:21, 2893:18, 2895:25, 2898:2,

2908:12, 2922:18, 2926:11, 2927:22, 2928:5, 2929:10, 2930:18, 2932:7, 2935:7

**RUNNING** [4] - 2849:1, 2849:3, 2856:25, 2932:19

**RUNS** [9] - 2888:20, 2888:21, 2906:12, 2907:1, 2918:16, 2918:17, 2932:18, 2934:5, 2935:2

**RUNUP** [3] - 2853:19, 2853:23, 2854:2

**RUPERT** [1] - 2836:9

# S

**S** [3] - 2836:4, 2836:7, 2838:1

**S.W** [1] - 2835:12

**SAID** [28] - 2838:17, 2844:15, 2854:17, 2854:22, 2862:10, 2862:11, 2886:10, 2890:25, 2902:13, 2902:18, 2905:8, 2907:17, 2907:19, 2907:20, 2909:1, 2909:2, 2909:11, 2914:20, 2915:16, 2917:14, 2919:8, 2929:16, 2931:4, 2935:11, 2936:4, 2936:20, 2936:21, 2936:22

**SAMARITAN** [1] - 2934:15

**SAME** [39] - 2843:12, 2844:9, 2847:22, 2847:23, 2848:4, 2849:12, 2849:24, 2850:7, 2851:1, 2854:1, 2858:17, 2860:2, 2860:19, 2864:17, 2865:1, 2871:6, 2876:13, 2877:6, 2887:10, 2889:19, 2893:24, 2894:22, 2894:23, 2896:19, 2898:24, 2904:1, 2904:5, 2904:7, 2905:9, 2911:13, 2919:24, 2920:1, 2923:9, 2928:11, 2930:4, 2932:3, 2932:5, 2932:12, 2935:1

**SAND** [3] - 2913:2,

2913:8, 2913:15

**SARAH** [1] - 2836:11

**SAT** [1] - 2916:14

**SAW** [8] - 2843:2, 2876:10, 2885:13, 2890:13, 2896:18, 2917:5, 2929:6, 2930:19

**SAY** [37] - 2842:9, 2843:10, 2847:23, 2852:21, 2853:10, 2855:6, 2859:4, 2862:23, 2865:6, 2868:17, 2868:20, 2872:2, 2876:19, 2876:20, 2878:22, 2879:17, 2888:18, 2893:18, 2894:15, 2895:1, 2895:14, 2897:17, 2900:15, 2902:23, 2905:9, 2905:25, 2909:23, 2913:3, 2913:15, 2919:18, 2920:1, 2924:12, 2924:20, 2926:5, 2936:8, 2936:24

**SAYING** [13] - 2839:13, 2842:17, 2844:4, 2858:24, 2862:24, 2863:14, 2868:5, 2887:2, 2902:23, 2921:10, 2927:17, 2929:5, 2933:2

**SAYS** [5] - 2842:17, 2843:17, 2857:18, 2868:11, 2913:21

**SCALE** [11] - 2842:15, 2846:15, 2848:15, 2852:9, 2860:19, 2873:24, 2896:5, 2896:7, 2896:13, 2896:15, 2920:14

**SCALED** [2] - 2854:19, 2918:13

**SCALES** [1] - 2930:18

**SCALING** [5] - 2857:22, 2897:9, 2906:19, 2906:20, 2920:19

**SCENARIO** [15] - 2868:15, 2898:3, 2898:15, 2898:16, 2925:9, 2925:20, 2925:24, 2925:25, 2927:20, 2928:3, 2928:10, 2928:11,

2928:19

**SCENARIOS** [8] - 2875:8, 2875:17, 2875:21, 2901:9, 2901:16, 2917:25, 2918:4, 2922:14

**SCHOOL** [1] - 2915:10

**SCIENCE** [1] - 2913:24

**SCIENTIST** [1] - 2902:23

**SCIENTISTS** [1] - 2857:17

**SCOPE** [2] - 2879:21, 2879:24

**SCRATCH** [3] - 2911:25, 2912:6, 2912:13

**SCREEN** [3] - 2884:2, 2909:21, 2917:19

**SEA** [1] - 2879:11

**SEATED** [2] - 2838:5, 2882:1

**SECOND** [24] - 2840:14, 2846:6, 2846:16, 2864:23, 2868:13, 2873:2, 2880:23, 2884:5, 2885:21, 2885:25, 2886:1, 2893:25, 2894:16, 2895:5, 2896:21, 2896:22, 2898:5, 2898:12, 2898:19, 2901:3, 2901:15, 2904:22, 2920:2, 2934:6

**SECONDARY** [1] - 2864:20

**SECONDS** [5] - 2843:11, 2843:15, 2889:2, 2919:24

**SECTION** [4] - 2890:6, 2894:10, 2904:21, 2905:9

**SEE** [114] - 2839:1, 2840:14, 2841:23, 2841:24, 2842:5, 2842:16, 2846:8, 2849:5, 2849:11, 2849:14, 2849:18, 2849:23, 2851:7, 2851:12, 2851:16, 2852:21, 2852:23, 2857:19, 2857:25, 2858:3, 2858:4, 2858:8, 2858:20, 2858:25, 2859:1, 2859:2, 2859:5,

2859:7, 2859:9, 2859:20, 2859:25, 2860:10, 2860:18, 2861:7, 2861:8, 2861:10, 2862:17, 2862:24, 2863:21, 2864:13, 2864:23, 2867:25, 2868:2, 2868:3, 2869:1, 2869:4, 2869:5, 2869:10, 2870:3, 2870:12, 2870:13, 2870:21, 2872:8, 2872:20, 2873:11, 2874:11, 2875:5, 2875:15, 2875:20, 2875:23, 2876:1, 2880:7, 2880:18, 2881:20, 2882:23, 2883:9, 2884:4, 2885:4, 2885:7, 2885:20, 2885:23, 2887:16, 2888:25, 2889:1, 2889:12, 2889:13, 2889:16, 2889:17, 2889:22, 2889:23, 2891:18, 2891:25, 2892:10, 2892:12, 2892:24, 2893:15, 2893:20, 2894:1, 2894:19, 2896:10, 2896:19, 2897:8, 2897:10, 2898:4, 2898:11, 2898:18, 2899:12, 2899:24, 2909:16, 2909:17, 2911:7, 2911:13, 2911:17, 2913:17, 2928:14, 2928:22, 2928:23, 2929:1, 2929:16, 2937:6

**SEEING** [5] - 2841:22, 2858:15, 2862:16, 2876:13, 2878:15

**SEEMED** [1] - 2922:6

**SEEMS** [4] - 2838:14, 2838:16, 2881:13

**SEEN** [10] - 2840:13, 2876:25, 2877:1, 2877:18, 2896:20, 2900:7, 2901:5, 2911:20, 2930:22, 2932:18

**SEES** [2] - 2858:6, 2860:13

**SEGMENTS** [2] - 2878:1

**SELF** [1] - 2881:13

**SELF-EVIDENT** [1] - 2881:13

**SENIOR** [1] - 2914:20

**SENSE** [5] - 2850:23, 2871:22, 2879:3, 2905:12, 2909:11

**SENSITIVE** [2] - 2888:15, 2901:12

**SENSITIVITY** [6] - 2876:4, 2888:19, 2890:3, 2890:4, 2890:9, 2890:14

**SENT** [2] - 2920:11, 2924:8

**SENTENCE** [2] - 2864:17, 2913:23

**SEPARATED** [1] - 2924:14

**SERIES** [3] - 2858:3, 2893:14, 2922:3

**SERVICE** [1] - 2915:22

**SESSION** [4] - 2834:9, 2838:3, 2838:5, 2881:25

**SET** [10] - 2861:1, 2862:6, 2870:13, 2874:17, 2880:21, 2887:6, 2891:5, 2924:2, 2935:1

**SETUP** [21] - 2848:1, 2848:19, 2848:22, 2854:17, 2854:22, 2855:1, 2855:2, 2855:3, 2855:5, 2855:12, 2856:1, 2856:4, 2859:9, 2859:12, 2859:15, 2859:17, 2860:18, 2860:21, 2874:19, 2923:5, 2923:6

**SEVEN** [8] - 2856:3, 2885:7, 2919:21, 2923:2, 2924:23, 2925:2, 2925:6, 2929:1

**SEVEN-FOOT** [1] - 2925:6

**SEVEN-TENTHS** [1] - 2856:3

**SEVERAL** [3] - 2854:19, 2856:3, 2898:8

**SHALLOW** [11] - 2843:18, 2843:19, 2849:16, 2851:6, 2862:22, 2863:8, 2863:9, 2863:11,

2863:15, 2863:18, 2864:6

**SHALLOWER** [2] - 2859:1

**SHARPEST** [1] - 2858:11

**SHEET** [3] - 2879:12, 2879:13, 2879:19

**SHELF** [2] - 2870:15, 2874:19

**SHERMAN** [1] - 2834:20

**SHIFT** [1] - 2932:6

**SHIFTED** [1] - 2900:10

**SHIP** [3] - 2872:25, 2873:19, 2873:24

**SHORE** [10] - 2841:18, 2842:19, 2855:20, 2909:14, 2909:23, 2909:25, 2910:1, 2910:11, 2910:24, 2911:14

**SHORELINE** [2] - 2842:24, 2912:24

**SHORT** [1] - 2871:1

**SHOULD** [10] - 2859:12, 2859:13, 2861:15, 2892:15, 2900:13, 2901:1, 2913:15, 2918:9, 2936:3, 2936:4

**SHOW** [42] - 2838:19, 2838:25, 2839:1, 2839:5, 2839:6, 2839:14, 2839:17, 2839:19, 2841:24, 2843:1, 2849:8, 2849:13, 2849:14, 2850:4, 2850:6, 2851:1, 2856:13, 2857:8, 2857:25, 2858:1, 2859:12, 2859:16, 2859:18, 2861:4, 2862:13, 2864:11, 2868:19, 2868:21, 2870:10, 2872:20, 2877:12, 2878:24, 2882:13, 2888:24, 2891:1, 2891:9, 2891:12, 2921:2, 2922:1, 2932:25, 2933:1

**SHOWED** [4] - 2877:5, 2910:25, 2911:19, 2928:5

**SHOWING** [11] - 2849:12, 2855:24, 2858:14, 2860:21,

2862:12, 2885:9, 2885:20, 2889:11, 2892:5, 2909:13, 2911:19

**SHOWN** [10] - 2839:6, 2847:16, 2850:3, 2871:3, 2872:13, 2895:8, 2920:10, 2926:8, 2926:10, 2929:18

**SHOWS** [13] - 2842:21, 2845:9, 2861:5, 2867:24, 2868:21, 2873:21, 2877:2, 2878:13, 2880:8, 2880:18, 2885:19, 2899:4, 2899:9

**SIDE** [15] - 2849:25, 2850:5, 2850:14, 2850:19, 2850:20, 2851:16, 2855:18, 2897:5, 2910:3, 2916:17, 2932:2, 2932:8

**SIDES** [4] - 2850:9, 2882:16, 2910:9

**SIGNIFICANCE** [1] - 2897:24

**SIGNIFICANT** [5] - 2847:1, 2852:24, 2860:24, 2917:23, 2919:20

**SIGNIFICANTLY** [2] - 2936:15, 2937:7

**SILL** [1] - 2879:22

**SIMILAR** [9] - 2850:5, 2850:7, 2850:9, 2850:10, 2853:25, 2876:2, 2898:18, 2900:8, 2906:20

**SIMPLE** [4] - 2877:12, 2911:23, 2926:24, 2927:13

**SIMPLICITY** [2] - 2895:14, 2895:15

**SIMPLIFIED** [1] - 2877:12

**SIMPLY** [8] - 2839:19, 2841:1, 2873:8, 2877:22, 2882:8, 2907:11, 2932:3, 2932:7

**SIMS** [1] - 2834:23

**SIMULATE** [1] - 2848:16

**SIMULATED** [2] - 2853:5, 2891:16

**SINCE** [4] - 2882:19,

2913:19, 2920:17, 2933:21

**SINE** [2] - 2856:18, 2856:19

**SINGLE** [4] - 2853:21, 2860:11, 2897:8, 2899:6

**SIR** [24] - 2842:3, 2844:10, 2882:2, 2884:8, 2886:18, 2892:3, 2896:8, 2902:4, 2902:8, 2903:1, 2904:22, 2907:22, 2910:5, 2912:10, 2913:25, 2917:3, 2917:11, 2922:22, 2924:10, 2924:15, 2928:11, 2932:22, 2936:14, 2937:1

**SITE** [3] - 2935:8, 2935:23, 2936:2

**SITUATION** [7] - 2843:2, 2859:23, 2863:16, 2868:18, 2870:10, 2873:16

**SITUATIONS** [1] - 2873:13

**SIX** [26] - 2843:4, 2844:18, 2844:20, 2845:6, 2848:23, 2855:7, 2857:20, 2871:2, 2875:12, 2895:1, 2895:4, 2895:7, 2896:22, 2898:13, 2917:25, 2918:2, 2919:24, 2922:14, 2923:17, 2923:18, 2924:23, 2924:24, 2926:23, 2927:14, 2927:21, 2928:5

**SIX-CENTIMETER** [1] - 2857:20

**SIX-FOOT** [4] - 2844:18, 2848:23, 2855:7, 2871:2

**SIZE** [3] - 2840:12, 2870:10, 2875:9

**SKILL** [2] - 2858:20, 2870:23

**SKIP** [1] - 2892:16

**SLIDE** [16] - 2840:10, 2840:14, 2864:11, 2867:24, 2869:6, 2870:20, 2872:7, 2872:20, 2873:11, 2880:7, 2882:23, 2883:9, 2889:10, 2889:16, 2889:22,

2897:10

**SLIGHTLY** [20] - 2847:13, 2851:24, 2874:14, 2877:24, 2884:17, 2893:9, 2895:20, 2898:24, 2898:25, 2899:13, 2899:17, 2899:20, 2911:2, 2911:6, 2911:9, 2912:2, 2923:7, 2928:7, 2929:19

**SLOPE** [7] - 2850:12, 2851:20, 2857:20, 2858:9, 2888:16, 2890:8, 2903:14

**SLOPES** [4] - 2851:2, 2860:19, 2890:19

**SLOW** [1] - 2847:14

**SMALL** [7] - 2857:21, 2857:23, 2860:13, 2860:15, 2873:2, 2885:9

**SMALLER** [7] - 2858:8, 2862:21, 2863:1, 2870:17, 2930:18

**SMITH** [75] - 2836:10, 2837:5, 2838:9, 2838:14, 2838:15, 2838:18, 2838:25, 2839:13, 2839:16, 2839:21, 2840:4, 2842:20, 2844:1, 2844:22, 2845:1, 2845:8, 2846:5, 2846:11, 2852:7, 2854:21, 2854:24, 2855:16, 2857:7, 2860:22, 2864:1, 2866:7, 2866:11, 2867:4, 2869:15, 2869:19, 2869:25, 2870:8, 2872:6, 2874:3, 2874:6, 2879:16, 2880:4, 2880:14, 2880:17, 2881:1, 2881:4, 2881:7, 2882:6, 2882:22, 2883:3, 2883:9, 2883:11, 2883:16, 2884:9, 2886:19, 2888:11, 2888:22, 2891:18, 2892:9, 2894:3, 2895:19, 2896:9, 2897:22, 2900:14, 2900:18, 2900:19, 2901:21,

2902:6, 2906:25, 2907:8, 2909:13, 2910:25, 2911:19, 2911:23, 2914:20, 2920:4, 2921:17, 2923:19, 2923:21, 2927:10

**SMOOTH** [2] - 2932:10, 2932:19

**SO** [113] - 2841:6, 2841:24, 2842:4, 2842:7, 2842:17, 2843:9, 2843:21, 2844:8, 2844:16, 2845:6, 2847:5, 2847:6, 2848:4, 2848:23, 2848:25, 2849:21, 2851:6, 2851:17, 2851:25, 2854:15, 2854:17, 2855:2, 2855:17, 2857:17, 2857:18, 2859:14, 2860:9, 2860:19, 2860:20, 2862:23, 2863:16, 2863:24, 2864:15, 2865:5, 2865:24, 2866:25, 2869:20, 2869:22, 2870:3, 2871:2, 2872:1, 2872:11, 2872:24, 2873:3, 2873:7, 2873:11, 2873:21, 2874:3, 2875:2, 2876:17, 2876:18, 2876:19, 2877:4, 2877:7, 2877:24, 2880:18, 2885:9, 2886:14, 2887:5, 2888:5, 2888:23, 2889:18, 2889:20, 2890:1, 2890:8, 2890:21, 2892:2, 2893:20, 2894:13, 2895:1, 2897:8, 2898:7, 2898:22, 2899:19, 2899:20, 2900:9, 2901:6, 2901:17, 2902:6, 2904:6, 2906:22, 2907:2, 2907:15, 2907:21, 2908:23, 2909:2, 2910:8, 2910:10, 2911:8, 2912:17, 2915:9, 2916:13, 2918:9, 2918:19, 2922:11, 2923:7, 2923:15, 2924:14, 2924:20, 2926:3, 2926:12, 2926:16, 2927:5,

DAILY COPY

2927:20, 2930:4,
2931:19, 2932:7,
2932:9, 2932:12,
2937:8
  **SOBEK** [2] -
2885:17, 2886:21
  **SOJA** [1] - 2836:11
  **SOLID** [7] - 2859:4,
2861:10, 2861:12,
2861:14, 2869:17,
2875:16
  **SOLIDS** [1] -
2852:19
  **SOLVE** [1] - 2848:3
  **SOLVING** [1] -
2871:22
  **SOME** [48] - 2838:24,
2841:7, 2842:21,
2844:4, 2846:8,
2852:24, 2853:24,
2853:25, 2854:4,
2863:14, 2864:14,
2867:9, 2867:19,
2868:13, 2869:5,
2870:7, 2873:3,
2873:24, 2874:14,
2874:25, 2875:20,
2876:4, 2877:11,
2877:15, 2878:6,
2878:7, 2878:18,
2878:25, 2882:20,
2885:9, 2888:14,
2888:23, 2889:5,
2890:10, 2893:19,
2896:17, 2897:24,
2901:11, 2907:13,
2923:3, 2924:22,
2925:10, 2929:18,
2931:16, 2933:17,
2933:21, 2934:24
  **SOMEBODY** [5] -
2840:2, 2916:13,
2926:6, 2935:11,
2936:21
  **SOMEHOW** [1] -
2853:9
  **SOMEONE** [3] -
2880:13, 2911:13,
2916:17
  **SOMETHING** [17] -
2839:22, 2848:21,
2849:2, 2853:24,
2854:8, 2854:18,
2859:7, 2864:19,
2876:8, 2883:23,
2899:19, 2902:15,
2915:23, 2919:6,
2936:20, 2936:21
  **SOMETIMES** [6] -
2845:3, 2846:20,

2893:17, 2914:19,
2919:4
  **SOMEWHAT** [2] -
2857:5, 2926:19
  **SOMEWHERE** [10] -
2844:12, 2885:4,
2897:18, 2912:14,
2913:16, 2919:17,
2925:8, 2927:6,
2927:7, 2928:22
  **SORRY** [26] -
2844:23, 2850:22,
2854:21, 2858:10,
2869:9, 2872:7,
2872:9, 2874:1,
2889:25, 2892:2,
2892:3, 2895:21,
2899:15, 2899:18,
2904:24, 2908:14,
2908:19, 2911:6,
2922:22, 2923:20,
2926:25, 2927:16,
2928:12, 2936:24,
2937:5
  **SORT** [4] - 2841:13,
2841:14, 2866:25,
2876:21
  **SOUNDED** [1] -
2936:20
  **SOURCE** [4] -
2840:9, 2840:11,
2840:14, 2840:23
  **SOUTH** [1] - 2834:13
  **SPACE** [1] - 2872:4
  **SPEAK** [1] - 2846:4
  **SPECIFIC** [9] -
2903:1, 2904:19,
2904:20, 2905:9,
2919:6, 2921:3,
2935:8, 2935:23,
2936:2
  **SPECIFICALLY** [1] -
2838:10
  **SPECIFY** [1] -
2864:14
  **SPECS** [1] - 2855:21
  **SPECTRAL** [1] -
2857:5
  **SPECTRUM** [1] -
2857:1
  **SPEED** [3] - 2842:6,
2842:7, 2842:9
  **SPEEDS** [1] -
2842:13
  **SPEND** [1] - 2876:25
  **SPITE** [1] - 2884:16
  **SPOT** [1] - 2891:23
  **SPOTS** [1] - 2839:20
  **SPRINGS** [1] -
2835:13

  **SPURIOUS** [1] -
2865:8
  **SQUARE** [4] -
2844:22, 2844:23,
2845:18, 2930:1
  **SQUARED** [1] -
2845:6
  **SR** [1] - 2836:11
  **ST** [5] - 2834:17,
2834:20, 2835:2,
2835:5, 2835:23
  **STAGES** [3] -
2838:12, 2839:6,
2866:25
  **STAND** [1] - 2873:3
  **STANDARDS** [2] -
2893:3, 2901:16
  **STANDING** [1] -
2838:13
  **STANDPOINT** [2] -
2878:14, 2916:1
  **STANWOOD** [1] -
2834:8
  **START** [2] - 2863:14,
2893:4
  **STARTED** [4] -
2845:23, 2901:17,
2914:8, 2914:10
  **STARTING** [1] -
2913:9
  **STARTS** [2] -
2849:23, 2851:20
  **STATE** [4] - 2839:14,
2846:24, 2872:4,
2894:14
  **STATE-OF-THE-
ART** [1] - 2872:4
  **STATED** [1] - 2907:7
  **STATEMENT** [2] -
2867:13, 2881:9
  **STATEMENTS** [1] -
2916:21
  **STATES** [7] - 2834:1,
2834:5, 2834:8,
2839:17, 2914:11,
2914:21, 2938:8
  **STATES'** [1] -
2898:16
  **STATION** [1] -
2836:13
  **STATISTICAL** [1] -
2915:9
  **STATISTICIAN** [4] -
2915:7, 2915:8,
2915:14, 2915:16
  **STAY** [2] - 2848:10,
2904:5
  **STEEP** [3] - 2858:7,
2872:15, 2872:18
  **STENOGRAPHY** [1]

- 2836:19
  **STEP** [3] - 2853:7,
2864:3, 2884:5
  **STEPHEN** [1] -
2907:23
  **STEPPED** [1] -
2919:4
  **STEPS** [1] - 2845:4
  **STEVE** [6] - 2883:14,
2883:18, 2884:1,
2905:20, 2906:4,
2908:3
  **STEVENS** [2] -
2835:18, 2835:18
  **STICKS** [1] - 2930:9
  **STILL** [19] - 2841:9,
2845:12, 2847:24,
2851:3, 2855:2,
2855:4, 2864:17,
2886:25, 2887:1,
2887:2, 2900:6,
2903:2, 2907:9,
2912:18, 2912:23,
2937:10, 2937:11,
2937:12, 2937:13
  **STILL-WATER** [4] -
2847:24, 2851:3,
2855:2, 2855:4
  **STILLS** [2] -
2838:10, 2839:5
  **STINT** [1] - 2914:3
  **STONE** [1] - 2836:11
  **STOOD** [1] - 2848:7
  **STOP** [1] - 2864:22
  **STORM** [1] - 2869:22
  **STRAIGHT** [3] -
2843:4, 2863:24,
2912:9
  **STRAIGHTEN** [3] -
2881:21, 2921:23
  **STREET** [5] -
2834:13, 2835:9,
2835:16, 2836:2,
2836:16
  **STRETCHED** [1] -
2877:24
  **STRINGING** [1] -
2878:18
  **STRONG** [3] -
2846:20, 2901:19,
2902:20
  **STRONGLY** [1] -
2853:1
  **STRUCTURE** [1] -
2848:21
  **STUDIES** [2] -
2876:4, 2905:18
  **STUDY** [13] -
2853:25, 2872:21,
2889:9, 2890:3,

2890:4, 2890:9,
2890:14, 2905:16,
2906:21, 2915:11,
2920:18, 2920:20
  **STUDYING** [1] -
2871:20
  **STUFF** [1] - 2881:10
  **STWAVE** [11] -
2840:22, 2841:13,
2849:13, 2850:25,
2852:9, 2868:20,
2869:2, 2918:14,
2929:13, 2929:20
  **SUBMERGED** [3] -
2853:25, 2873:6,
2913:2
  **SUBMITTED** [2] -
2867:11, 2913:19
  **SUBROGATED** [1] -
2835:22
  **SUBSIDED** [1] -
2846:17
  **SUBSTANTIAL** [1] -
2898:8
  **SUBTLE** [1] -
2870:25
  **SUBTRACT** [1] -
2876:18
  **SUCH** [3] - 2876:12,
2891:2, 2916:21
  **SUDDENLY** [1] -
2902:25
  **SUFFICE** [2] -
2934:12, 2935:19
  **SUFFICIENT** [1] -
2924:9
  **SUGGEST** [1] -
2887:11
  **SUGGESTS** [1] -
2917:22
  **SUITE** [4] - 2834:14,
2834:23, 2835:5,
2836:2
  **SUM** [1] - 2900:20
  **SUMMARY** [1] -
2867:12
  **SUPER** [2] -
2848:24, 2856:25
  **SUPPLEMENTAL** [2]
- 2887:14, 2934:5
  **SUPPLEMENTALS**
[1] - 2934:25
  **SUPPOSE** [1] -
2917:12
  **SURE** [31] - 2838:9,
2839:6, 2850:24,
2854:22, 2859:10,
2859:21, 2866:6,
2866:21, 2870:6,
2873:24, 2882:19,

2883:12, 2884:13, 2895:1, 2900:12, 2908:13, 2909:15, 2912:16, 2913:21, 2918:21, 2920:12, 2922:20, 2923:21, 2924:25, 2928:19, 2930:17, 2930:21, 2933:1, 2934:20, 2936:21, 2936:23

**SURFACE** [4] - 2848:17, 2857:1, 2862:18, 2864:18

**SURFED** [1] - 2856:22

**SURGE** [21] - 2843:20, 2874:8, 2874:9, 2874:16, 2876:17, 2876:18, 2876:19, 2877:5, 2901:14, 2901:18, 2906:14, 2917:23, 2918:4, 2920:8, 2921:3, 2921:15, 2921:19, 2921:21, 2922:9, 2922:15

**SURGES** [7] - 2889:24, 2889:25, 2894:23, 2906:22, 2907:5, 2908:7, 2923:5

**SURPRISE** [2] - 2858:6, 2926:7

**SURPRISED** [1] - 2901:17

**SURVEY** [3] - 2904:15, 2905:5, 2936:9

**SUSPECT** [2] - 2850:13, 2850:15

**SWAN** [8] - 2840:9, 2840:12, 2849:13, 2851:1, 2852:10, 2868:19, 2869:2, 2872:12

**SWELL** [1] - 2859:19

**SWIMMERS** [1] - 2848:9

**SWITCH** [1] - 2867:5

**SWITCHED** [1] - 2928:18

**SWITCHING** [1] - 2928:10

**SYNONYMOUS** [1] - 2854:23

**SYSTEM** [2] - 2861:15, 2883:17

# T

**T** [4] - 2835:22,

---

2837:4, 2843:4, 2843:6

**T'S** [2] - 2843:5, 2911:10

**TABLE** [29] - 2877:18, 2877:20, 2880:5, 2880:7, 2880:19, 2880:22, 2881:1, 2881:2, 2881:3, 2881:5, 2881:6, 2881:12, 2881:13, 2882:8, 2882:9, 2882:10, 2882:11, 2883:6, 2883:7, 2884:10, 2884:18, 2885:14, 2885:19, 2892:24, 2893:1, 2907:14, 2907:18, 2907:19

**TABLES** [1] - 2884:18

**TAHEERAH** [1] - 2836:6

**TAKE** [15] - 2853:7, 2861:7, 2864:3, 2873:15, 2876:17, 2879:14, 2881:20, 2895:10, 2895:11, 2904:20, 2912:15, 2917:11, 2919:19, 2922:19, 2937:21

**TAKEN** [5] - 2867:24, 2881:23, 2889:17, 2932:20, 2938:1

**TAKING** [4] - 2845:13, 2859:11, 2860:11, 2923:1

**TALK** [9] - 2838:17, 2838:18, 2854:6, 2867:6, 2874:7, 2875:5, 2875:10, 2881:3, 2903:16

**TALKED** [5] - 2855:12, 2887:15, 2908:17, 2908:20, 2929:20

**TALKING** [29] - 2838:16, 2841:25, 2847:5, 2847:7, 2850:2, 2854:2, 2861:12, 2868:24, 2877:1, 2881:4, 2893:25, 2902:24, 2903:10, 2903:12, 2903:14, 2908:12, 2919:11, 2922:12, 2928:19, 2930:4, 2931:21, 2931:22, 2931:24, 2933:2, 2933:3

---

**TASK** [1] - 2916:14

**TEACHING** [1] - 2914:3

**TEAM** [4] - 2855:17, 2907:2, 2929:20, 2934:1

**TEAM'S** [2] - 2927:25, 2928:5

**TEASING** [1] - 2844:7

**TECHNICAL** [5] - 2871:21, 2883:10, 2883:13, 2883:14, 2914:18

**TECHNOLOGISTS** [1] - 2914:20

**TEDIOUS** [1] - 2862:3

**TELL** [18] - 2840:21, 2852:23, 2853:15, 2860:8, 2863:10, 2864:4, 2880:11, 2881:18, 2895:23, 2896:3, 2896:6, 2902:6, 2907:8, 2911:3, 2915:15, 2919:7, 2932:24, 2936:25

**TELLING** [1] - 2908:25

**TEN** [11] - 2845:16, 2848:24, 2849:19, 2851:17, 2857:17, 2857:18, 2881:20, 2881:22, 2894:9, 2901:16, 2903:1

**TEN-CENTIMETER** [1] - 2857:18

**TEN-FOOT** [1] - 2848:24

**TENDENCY** [1] - 2896:19

**TENDERED** [3] - 2865:25, 2879:21, 2879:23

**TENTHS** [8] - 2848:24, 2854:19, 2855:10, 2856:3, 2885:8, 2911:9, 2923:2

**TERM** [2] - 2840:11, 2887:13

**TERMS** [5] - 2840:9, 2840:14, 2843:4, 2854:9, 2924:11

**TEST** [2] - 2846:4, 2859:21

**TESTIFIED** [5] - 2840:16, 2882:18, 2887:24, 2893:7,

---

2921:20

**TESTIFY** [3] - 2839:10, 2854:3, 2918:22

**TESTIFYING** [1] - 2922:12

**TESTIMONY** [9] - 2866:16, 2882:7, 2886:24, 2890:10, 2893:2, 2907:13, 2919:1, 2919:3, 2923:15

**TESTING** [3] - 2927:25, 2929:9

**TEXAS** [1] - 2852:18

**THAN** [32] - 2841:1, 2854:18, 2857:5, 2860:12, 2860:15, 2863:14, 2866:17, 2868:6, 2868:22, 2874:15, 2875:23, 2878:17, 2878:18, 2878:21, 2878:23, 2879:10, 2879:15, 2885:5, 2887:3, 2891:16, 2893:10, 2896:20, 2897:13, 2898:23, 2901:19, 2903:13, 2903:20, 2907:24, 2908:6, 2910:25, 2923:7, 2925:12

**THANK** [23] - 2839:25, 2842:3, 2843:24, 2844:25, 2846:8, 2846:9, 2849:9, 2863:20, 2867:3, 2870:2, 2882:22, 2886:18, 2888:11, 2891:18, 2892:3, 2896:8, 2897:14, 2901:21, 2910:21, 2915:17, 2921:24, 2923:25, 2924:17

**THAT** [614] - 2838:8, 2838:14, 2838:16, 2838:19, 2838:20, 2838:24, 2839:6, 2839:13, 2839:14, 2839:21, 2840:10, 2840:13, 2840:17, 2840:19, 2840:20, 2840:21, 2840:22, 2840:24, 2840:25, 2841:1, 2841:2, 2841:5, 2841:9, 2841:11, 2841:12, 2841:14, 2841:17, 2842:5, 2842:8,

---

2842:17, 2842:21, 2843:2, 2843:3, 2843:6, 2843:7, 2843:9, 2843:10, 2843:12, 2843:13, 2844:4, 2844:17, 2845:2, 2845:7, 2845:9, 2845:16, 2845:17, 2846:3, 2846:12, 2846:13, 2846:14, 2846:17, 2847:2, 2847:8, 2847:9, 2847:15, 2847:16, 2847:17, 2847:19, 2847:20, 2847:21, 2847:25, 2848:4, 2848:11, 2848:15, 2848:16, 2848:17, 2849:1, 2849:8, 2849:11, 2849:14, 2849:15, 2849:19, 2850:4, 2850:6, 2850:11, 2850:13, 2850:14, 2850:15, 2850:21, 2850:25, 2851:2, 2851:4, 2851:6, 2851:12, 2851:17, 2851:20, 2851:24, 2851:25, 2852:8, 2852:12, 2852:13, 2852:14, 2852:21, 2853:1, 2853:3, 2853:8, 2853:10, 2853:14, 2853:17, 2854:6, 2854:8, 2854:12, 2854:15, 2854:17, 2854:20, 2854:22, 2854:23, 2855:8, 2855:10, 2855:13, 2855:17, 2855:19, 2855:21, 2855:23, 2856:1, 2856:2, 2856:4, 2856:6, 2856:9, 2856:11, 2856:13, 2856:23, 2857:3, 2857:10, 2857:19, 2858:4, 2858:7, 2858:10, 2858:17, 2858:18, 2859:2, 2859:14, 2859:16, 2859:17, 2859:18, 2859:20, 2859:22, 2860:1, 2860:15, 2860:18, 2860:23, 2860:25, 2861:5, 2861:7, 2861:9, 2861:15, 2861:16, 2861:21, 2862:3, 2862:4, 2862:8,

2862:10, 2862:11,
2862:17, 2862:24,
2862:25, 2863:4,
2863:5, 2863:7,
2863:19, 2863:22,
2863:24, 2864:8,
2864:13, 2864:14,
2864:16, 2864:17,
2864:19, 2864:21,
2864:23, 2864:24,
2864:25, 2865:3,
2865:6, 2865:8,
2865:9, 2865:16,
2865:20, 2865:21,
2866:2, 2866:9,
2866:10, 2866:14,
2866:22, 2867:1,
2867:7, 2867:8,
2867:9, 2867:11,
2867:13, 2867:24,
2868:4, 2868:7,
2868:9, 2868:11,
2868:13, 2868:15,
2868:17, 2868:21,
2869:1, 2869:4,
2869:5, 2869:6,
2869:14, 2869:20,
2870:1, 2870:7,
2870:10, 2870:12,
2870:13, 2870:15,
2870:21, 2871:6,
2872:9, 2872:12,
2872:13, 2872:17,
2872:19, 2872:21,
2873:4, 2873:11,
2873:17, 2873:24,
2874:17, 2874:18,
2874:20, 2874:22,
2874:24, 2875:8,
2875:10, 2875:18,
2875:23, 2876:5,
2876:8, 2876:9,
2876:20, 2877:4,
2877:5, 2877:6,
2877:7, 2877:9,
2877:11, 2877:12,
2877:16, 2877:18,
2877:23, 2877:25,
2878:3, 2878:6,
2878:9, 2878:13,
2878:20, 2879:1,
2879:5, 2879:9,
2879:13, 2879:15,
2879:18, 2879:19,
2880:8, 2880:21,
2881:9, 2881:13,
2882:4, 2882:7,
2882:8, 2882:9,
2882:13, 2882:14,
2882:24, 2882:25,
2883:2, 2883:6,

2883:21, 2884:11,
2884:15, 2884:16,
2884:19, 2884:20,
2884:23, 2884:24,
2885:1, 2885:2,
2885:9, 2885:12,
2885:15, 2885:16,
2885:19, 2885:23,
2886:8, 2886:15,
2886:23, 2887:2,
2887:6, 2887:15,
2887:16, 2887:17,
2887:20, 2887:22,
2887:25, 2888:2,
2888:6, 2888:14,
2888:17, 2888:18,
2888:19, 2888:20,
2888:23, 2888:24,
2889:1, 2889:3,
2889:8, 2889:13,
2890:3, 2890:6,
2890:8, 2890:9,
2890:10, 2890:11,
2890:12, 2890:14,
2890:18, 2891:1,
2891:2, 2891:5,
2891:7, 2891:10,
2891:16, 2891:22,
2891:25, 2892:6,
2892:10, 2892:16,
2892:17, 2892:20,
2892:21, 2892:24,
2893:8, 2893:14,
2893:22, 2893:25,
2894:1, 2894:8,
2894:19, 2895:15,
2895:16, 2895:23,
2896:6, 2896:7,
2896:11, 2896:18,
2896:24, 2896:25,
2897:3, 2897:12,
2897:18, 2898:6,
2898:11, 2898:16,
2898:18, 2899:6,
2899:12, 2900:8,
2900:9, 2900:21,
2900:25, 2901:4,
2901:6, 2901:17,
2902:4, 2902:9,
2902:10, 2902:11,
2902:12, 2902:13,
2902:15, 2902:18,
2902:21, 2902:22,
2903:5, 2903:6,
2903:16, 2903:19,
2903:22, 2903:23,
2904:5, 2904:8,
2904:14, 2904:4,
2905:10, 2905:11,
2905:21, 2906:5,
2906:6, 2906:7,

2906:9, 2906:10,
2906:11, 2906:17,
2906:19, 2907:1,
2907:2, 2907:4,
2907:8, 2907:10,
2907:11, 2907:12,
2907:14, 2907:19,
2907:21, 2907:24,
2908:1, 2908:3,
2908:5, 2908:9,
2908:16, 2908:19,
2908:21, 2908:25,
2909:1, 2909:6,
2909:7, 2909:10,
2909:11, 2909:13,
2909:20, 2909:23,
2910:2, 2910:3,
2911:1, 2911:6,
2911:10, 2911:17,
2911:19, 2912:9,
2912:15, 2912:23,
2913:7, 2913:8,
2913:15, 2913:16,
2914:1, 2914:5,
2914:9, 2914:10,
2914:15, 2914:21,
2914:22, 2914:23,
2915:2, 2915:4,
2915:6, 2915:8,
2915:22, 2915:25,
2916:1, 2916:9,
2916:16, 2916:20,
2916:21, 2916:24,
2917:16, 2918:1,
2918:2, 2918:12,
2918:15, 2918:16,
2918:17, 2918:18,
2918:23, 2919:8,
2919:18, 2919:22,
2920:4, 2920:9,
2920:11, 2920:16,
2920:18, 2920:21,
2920:24, 2921:8,
2921:13, 2922:2,
2922:4, 2922:7,
2922:17, 2923:1,
2923:5, 2923:7,
2923:9, 2923:16,
2923:25, 2924:9,
2924:15, 2924:16,
2924:20, 2925:6,
2925:8, 2926:2,
2926:6, 2926:13,
2927:10, 2927:11,
2927:12, 2927:18,
2928:15, 2928:23,
2929:14, 2929:22,
2930:1, 2930:8,
2930:9, 2930:15,
2930:19, 2930:21,
2931:14, 2931:22,

2932:1, 2932:7,
2932:8, 2932:9,
2932:11, 2932:12,
2932:24, 2933:6,
2933:7, 2933:8,
2933:13, 2933:15,
2933:22, 2934:9,
2934:15, 2934:19,
2934:20, 2935:4,
2935:7, 2935:15,
2935:19, 2935:24,
2936:8, 2936:11,
2936:14, 2936:15,
2936:20, 2936:21,
2936:23, 2936:24,
2937:7, 2937:13,
2938:10

**THAT'S** [167] -
2839:20, 2840:25,
2841:8, 2842:21,
2842:22, 2842:25,
2843:15, 2844:9,
2845:12, 2845:23,
2845:25, 2846:7,
2847:17, 2847:21,
2848:1, 2848:2,
2848:4, 2848:14,
2848:20, 2848:25,
2849:2, 2850:3,
2850:8, 2852:4,
2852:18, 2853:7,
2855:10, 2855:14,
2855:25, 2856:17,
2856:24, 2857:16,
2857:24, 2858:17,
2858:20, 2858:23,
2859:9, 2859:14,
2860:5, 2861:8,
2862:17, 2864:5,
2864:25, 2865:1,
2865:4, 2865:20,
2866:18, 2868:1,
2868:8, 2869:13,
2869:17, 2869:21,
2870:22, 2871:3,
2871:10, 2871:12,
2871:13, 2871:15,
2872:14, 2873:14,
2873:16, 2873:17,
2873:23, 2874:25,
2875:4, 2875:11,
2875:19, 2876:3,
2877:3, 2877:10,
2879:2, 2880:8,
2880:14, 2881:4,
2883:2, 2883:4,
2883:5, 2883:24,
2883:25, 2885:22,
2885:23, 2885:24,
2886:13, 2887:11,
2887:18, 2888:3,

2890:10, 2890:22,
2890:24, 2891:1,
2892:5, 2893:12,
2894:4, 2894:5,
2895:11, 2895:18,
2896:12, 2896:14,
2896:19, 2897:2,
2897:5, 2897:7,
2899:16, 2900:23,
2902:6, 2902:17,
2903:8, 2903:12,
2903:24, 2904:9,
2904:11, 2905:6,
2906:6, 2906:23,
2909:20, 2910:9,
2910:24, 2912:7,
2912:8, 2912:22,
2913:1, 2913:2,
2914:2, 2914:13,
2914:25, 2916:2,
2916:6, 2916:10,
2916:12, 2917:1,
2917:17, 2918:7,
2918:13, 2919:14,
2919:23, 2920:1,
2920:17, 2921:8,
2922:19, 2923:14,
2924:6, 2924:12,
2924:13, 2925:2,
2926:11, 2927:2,
2927:14, 2927:23,
2928:1, 2928:4,
2929:5, 2931:5,
2932:6, 2932:16,
2932:19, 2933:9,
2933:14, 2936:6,
2936:18, 2936:24,
2937:5, 2937:12

**THE** [1563] - 2834:8,
2834:12, 2834:19,
2835:4, 2835:22,
2836:4, 2837:3,
2838:5, 2838:6,
2838:7, 2838:8,
2838:11, 2838:13,
2838:16, 2838:19,
2838:20, 2838:21,
2838:23, 2839:2,
2839:4, 2839:5,
2839:7, 2839:8,
2839:12, 2839:17,
2839:18, 2839:20,
2839:21, 2839:23,
2840:1, 2840:8,
2840:11, 2840:12,
2840:13, 2840:14,
2840:18, 2840:19,
2840:21, 2840:22,
2840:23, 2840:24,
2840:25, 2841:3,
2841:6, 2841:12,

2841:13, 2841:14,
2841:15, 2841:16,
2841:17, 2841:18,
2841:19, 2841:20,
2841:22, 2841:24,
2842:1, 2842:3,
2842:4, 2842:5,
2842:11, 2842:12,
2842:13, 2842:14,
2842:18, 2842:21,
2843:1, 2843:2,
2843:3, 2843:4,
2843:6, 2843:7,
2843:8, 2843:9,
2843:10, 2843:11,
2843:12, 2843:14,
2843:15, 2843:16,
2843:20, 2843:24,
2843:25, 2844:1,
2844:3, 2844:7,
2844:8, 2844:9,
2844:11, 2844:13,
2844:14, 2844:15,
2844:17, 2844:18,
2844:19, 2844:20,
2844:21, 2844:22,
2844:23, 2844:24,
2844:25, 2845:1,
2845:3, 2845:5,
2845:6, 2845:12,
2845:13, 2845:14,
2845:15, 2845:18,
2845:20, 2845:21,
2845:23, 2845:25,
2846:3, 2846:6,
2846:7, 2846:8,
2846:9, 2846:10,
2846:12, 2846:13,
2846:14, 2846:15,
2846:18, 2846:22,
2846:24, 2846:25,
2847:2, 2847:3,
2847:4, 2847:5,
2847:6, 2847:12,
2847:16, 2847:22,
2847:23, 2847:25,
2848:1, 2848:2,
2848:4, 2848:5,
2848:6, 2848:7,
2848:8, 2848:9,
2848:10, 2848:11,
2848:12, 2848:13,
2848:14, 2848:15,
2848:17, 2848:18,
2848:20, 2848:21,
2848:23, 2849:5,
2849:6, 2849:8,
2849:11, 2849:12,
2849:13, 2849:15,
2849:17, 2849:18,
2849:20, 2849:23,

2849:24, 2849:25,
2850:1, 2850:2,
2850:3, 2850:5,
2850:6, 2850:7,
2850:9, 2850:10,
2850:11, 2850:15,
2850:16, 2850:17,
2850:18, 2850:19,
2850:20, 2850:21,
2850:23, 2850:25,
2851:1, 2851:2,
2851:3, 2851:7,
2851:8, 2851:9,
2851:10, 2851:11,
2851:14, 2851:15,
2851:16, 2851:19,
2851:22, 2851:23,
2851:24, 2851:25,
2852:1, 2852:2,
2852:4, 2852:6,
2852:9, 2852:11,
2852:12, 2852:13,
2852:14, 2852:15,
2852:18, 2852:21,
2852:23, 2852:24,
2852:25, 2853:1,
2853:4, 2853:5,
2853:10, 2853:11,
2853:12, 2853:15,
2853:17, 2853:19,
2853:21, 2854:1,
2854:5, 2854:6,
2854:7, 2854:11,
2854:12, 2854:13,
2854:19, 2854:21,
2855:2, 2855:3,
2855:4, 2855:5,
2855:8, 2855:12,
2855:14, 2855:15,
2855:17, 2855:18,
2855:19, 2855:23,
2855:24, 2856:2,
2856:5, 2856:6,
2856:7, 2856:8,
2856:10, 2856:13,
2856:20, 2856:21,
2856:25, 2857:1,
2857:4, 2857:8,
2857:10, 2857:12,
2857:14, 2857:16,
2857:19, 2857:22,
2858:1, 2858:3,
2858:4, 2858:5,
2858:6, 2858:8,
2858:9, 2858:11,
2858:13, 2858:14,
2858:15, 2858:16,
2858:18, 2858:23,
2858:24, 2858:25,
2859:1, 2859:2,
2859:3, 2859:4,

2859:5, 2859:6,
2859:7, 2859:8,
2859:9, 2859:11,
2859:14, 2859:15,
2859:16, 2859:17,
2859:18, 2859:24,
2859:25, 2860:1,
2860:2, 2860:4,
2860:5, 2860:8,
2860:10, 2860:11,
2860:12, 2860:14,
2860:15, 2860:17,
2860:18, 2860:19,
2860:20, 2860:21,
2860:24, 2860:25,
2861:1, 2861:2,
2861:3, 2861:12,
2861:14, 2861:15,
2861:19, 2861:21,
2861:23, 2861:24,
2862:2, 2862:3,
2862:4, 2862:6,
2862:7, 2862:15,
2862:16, 2862:18,
2862:20, 2862:23,
2862:25, 2863:2,
2863:3, 2863:5,
2863:6, 2863:8,
2863:10, 2863:12,
2863:13, 2863:16,
2863:17, 2863:19,
2863:20, 2863:21,
2863:22, 2863:24,
2863:25, 2864:3,
2864:4, 2864:5,
2864:6, 2864:7,
2864:9, 2864:10,
2864:11, 2864:12,
2864:13, 2864:15,
2864:16, 2864:17,
2864:18, 2864:20,
2864:21, 2864:22,
2865:1, 2865:4,
2865:5, 2865:7,
2865:9, 2865:10,
2865:11, 2865:13,
2865:14, 2865:15,
2865:16, 2865:17,
2865:23, 2865:24,
2865:25, 2866:1,
2866:3, 2866:4,
2866:5, 2866:6,
2866:7, 2866:9,
2866:10, 2866:12,
2866:13, 2866:18,
2866:19, 2866:21,
2866:23, 2867:3,
2867:6, 2867:9,
2867:10, 2867:12,
2867:13, 2867:16,
2867:17, 2867:18,

2867:19, 2867:20,
2867:23, 2867:25,
2868:1, 2868:2,
2868:3, 2868:4,
2868:6, 2868:7,
2868:10, 2868:13,
2868:14, 2868:18,
2868:19, 2868:20,
2868:21, 2868:24,
2869:1, 2869:2,
2869:5, 2869:10,
2869:11, 2869:12,
2869:13, 2869:14,
2869:17, 2869:22,
2869:24, 2869:25,
2870:1, 2870:2,
2870:3, 2870:4,
2870:5, 2870:7,
2870:9, 2870:10,
2870:12, 2870:13,
2870:14, 2870:15,
2870:16, 2870:18,
2870:19, 2870:20,
2870:21, 2870:23,
2870:24, 2871:3,
2871:4, 2871:5,
2871:6, 2871:7,
2871:8, 2871:10,
2871:12, 2871:14,
2871:15, 2871:17,
2871:18, 2871:20,
2871:21, 2871:23,
2871:24, 2872:1,
2872:3, 2872:4,
2872:5, 2872:7,
2872:8, 2872:9,
2872:12, 2872:15,
2872:16, 2872:19,
2872:20, 2872:21,
2872:23, 2872:24,
2872:25, 2873:1,
2873:2, 2873:3,
2873:4, 2873:5,
2873:8, 2873:11,
2873:15, 2873:17,
2873:18, 2873:19,
2873:21, 2873:23,
2873:25, 2874:2,
2874:5, 2874:10,
2874:11, 2874:12,
2874:13, 2874:16,
2874:17, 2874:18,
2874:19, 2874:20,
2874:21, 2874:22,
2874:23, 2874:24,
2875:1, 2875:2,
2875:6, 2875:8,
2875:9, 2875:13,
2875:14, 2875:17,
2875:18, 2875:24,
2875:25, 2876:1,

2876:10, 2876:13,
2876:15, 2876:16,
2876:17, 2876:18,
2876:22, 2876:24,
2877:1, 2877:2,
2877:5, 2877:6,
2877:10, 2877:12,
2877:13, 2877:14,
2877:17, 2877:20,
2877:21, 2877:22,
2877:24, 2878:1,
2878:2, 2878:4,
2878:8, 2878:10,
2878:11, 2878:15,
2878:16, 2878:22,
2878:24, 2879:2,
2879:5, 2879:6,
2879:7, 2879:8,
2879:9, 2879:12,
2879:13, 2879:15,
2879:18, 2879:19,
2879:21, 2879:24,
2879:25, 2880:1,
2880:5, 2880:6,
2880:7, 2880:12,
2880:16, 2880:18,
2880:19, 2880:20,
2880:21, 2880:24,
2881:1, 2881:2,
2881:3, 2881:6,
2881:8, 2881:12,
2881:14, 2881:18,
2881:25, 2882:2,
2882:3, 2882:4,
2882:9, 2882:11,
2882:12, 2882:15,
2882:18, 2882:24,
2882:25, 2883:1,
2883:6, 2883:8,
2883:10, 2883:12,
2883:14, 2883:17,
2883:18, 2883:21,
2883:23, 2883:25,
2884:1, 2884:3,
2884:5, 2884:8,
2884:10, 2884:11,
2884:12, 2884:16,
2884:17, 2884:18,
2884:20, 2884:21,
2884:22, 2884:23,
2884:24, 2885:2,
2885:4, 2885:6,
2885:11, 2885:14,
2885:15, 2885:16,
2885:17, 2885:20,
2885:21, 2885:22,
2885:24, 2886:3,
2886:6, 2886:8,
2886:9, 2886:10,
2886:11, 2886:13,
2886:14, 2886:17,

2886:18, 2886:20,
2886:21, 2886:23,
2886:24, 2886:25,
2887:2, 2887:3,
2887:6, 2887:7,
2887:9, 2887:10,
2887:11, 2887:12,
2887:13, 2887:15,
2887:20, 2887:21,
2888:4, 2888:8,
2888:9, 2888:12,
2888:14, 2888:15,
2888:16, 2888:17,
2888:20, 2888:24,
2889:1, 2889:2,
2889:3, 2889:5,
2889:6, 2889:10,
2889:11, 2889:12,
2889:16, 2889:17,
2889:18, 2889:19,
2889:20, 2889:22,
2889:23, 2889:24,
2889:25, 2890:1,
2890:3, 2890:4,
2890:5, 2890:7,
2890:9, 2890:10,
2890:11, 2890:12,
2890:14, 2890:15,
2890:16, 2890:18,
2890:19, 2890:21,
2890:23, 2891:1,
2891:4, 2891:8,
2891:10, 2891:12,
2891:13, 2891:14,
2891:15, 2891:16,
2891:18, 2891:20,
2891:22, 2891:23,
2891:24, 2892:1,
2892:2, 2892:3,
2892:5, 2892:6,
2892:7, 2892:10,
2892:12, 2892:13,
2892:15, 2892:18,
2892:19, 2892:20,
2893:2, 2893:4,
2893:5, 2893:8,
2893:10, 2893:13,
2893:15, 2893:17,
2893:18, 2893:20,
2893:21, 2893:22,
2893:23, 2893:24,
2894:1, 2894:4,
2894:6, 2894:9,
2894:13, 2894:14,
2894:15, 2894:18,
2894:19, 2894:22,
2894:23, 2894:25,
2895:3, 2895:4,
2895:5, 2895:7,
2895:8, 2895:9,
2895:10, 2895:11,

2895:12, 2895:13,
2895:16, 2895:18,
2895:20, 2895:22,
2895:24, 2896:5,
2896:8, 2896:11,
2896:13, 2896:14,
2896:16, 2896:18,
2896:19, 2896:20,
2896:23, 2897:3,
2897:4, 2897:5,
2897:10, 2897:11,
2897:14, 2897:15,
2897:16, 2897:20,
2897:24, 2897:25,
2898:2, 2898:5,
2898:9, 2898:10,
2898:13, 2898:16,
2898:20, 2898:21,
2898:23, 2898:24,
2899:2, 2899:3,
2899:6, 2899:8,
2899:9, 2899:10,
2899:11, 2899:14,
2899:15, 2899:16,
2899:17, 2899:18,
2899:19, 2899:20,
2899:21, 2899:22,
2899:23, 2900:1,
2900:2, 2900:3,
2900:4, 2900:6,
2900:7, 2900:11,
2900:12, 2900:13,
2900:15, 2900:20,
2901:3, 2901:4,
2901:5, 2901:7,
2901:8, 2901:13,
2901:14, 2901:15,
2901:16, 2901:18,
2901:23, 2902:19,
2903:6, 2903:7,
2903:12, 2903:15,
2903:25, 2904:1,
2904:2, 2904:3,
2904:4, 2904:5,
2904:6, 2904:7,
2904:12, 2904:14,
2904:16, 2904:19,
2904:22, 2904:23,
2905:5, 2905:6,
2905:9, 2905:12,
2905:15, 2905:16,
2905:17, 2905:19,
2905:21, 2905:22,
2905:25, 2906:2,
2906:5, 2906:8,
2906:9, 2906:10,
2906:11, 2906:12,
2906:15, 2906:17,
2906:18, 2906:19,
2906:20, 2906:21,
2906:22, 2907:1,

2907:3, 2907:4,
2907:7, 2907:8,
2907:12, 2907:13,
2907:14, 2907:20,
2908:1, 2908:7,
2908:12, 2908:15,
2909:5, 2909:7,
2909:12, 2909:20,
2909:21, 2909:25,
2910:1, 2910:4,
2910:6, 2910:7,
2910:8, 2910:9,
2910:11, 2910:13,
2910:15, 2910:17,
2910:18, 2910:19,
2910:20, 2910:21,
2910:24, 2910:25,
2911:3, 2911:4,
2911:7, 2911:10,
2911:13, 2911:14,
2911:15, 2911:18,
2911:21, 2911:25,
2912:3, 2912:4,
2912:11, 2912:18,
2912:20, 2912:25,
2913:3, 2913:5,
2913:8, 2913:12,
2913:14, 2913:17,
2913:20, 2913:22,
2914:1, 2914:3,
2914:7, 2914:8,
2914:14, 2914:15,
2914:16, 2914:18,
2914:21, 2915:21,
2915:22, 2915:24,
2916:17, 2916:18,
2917:5, 2917:9,
2917:11, 2917:12,
2917:14, 2917:16,
2917:19, 2917:22,
2917:23, 2917:24,
2918:2, 2918:3,
2918:4, 2918:9,
2918:11, 2918:14,
2918:15, 2918:16,
2918:17, 2918:18,
2918:20, 2918:21,
2918:23, 2919:18,
2919:20, 2919:21,
2920:1, 2920:2,
2920:5, 2920:6,
2920:7, 2920:9,
2920:10, 2920:11,
2920:12, 2920:17,
2920:18, 2920:20,
2921:6, 2921:10,
2921:13, 2921:14,
2921:18, 2921:19,
2921:22, 2921:23,
2921:24, 2922:2,
2922:6, 2922:9,

2922:15, 2922:16,
2922:22, 2922:23,
2922:25, 2923:1,
2923:2, 2923:3,
2923:5, 2923:6,
2923:7, 2923:9,
2923:10, 2923:11,
2923:20, 2923:23,
2924:4, 2924:10,
2924:14, 2924:16,
2924:17, 2924:20,
2924:21, 2924:25,
2925:1, 2925:2,
2925:3, 2925:5,
2925:6, 2925:9,
2925:14, 2925:18,
2925:23, 2925:24,
2926:2, 2926:5,
2926:8, 2926:10,
2926:11, 2926:12,
2926:16, 2926:18,
2926:19, 2926:20,
2926:24, 2926:25,
2927:1, 2927:3,
2927:6, 2927:7,
2927:8, 2927:11,
2927:12, 2927:16,
2927:17, 2927:20,
2927:24, 2928:2,
2928:9, 2928:14,
2928:15, 2928:20,
2928:21, 2928:22,
2929:1, 2929:2,
2929:12, 2929:21,
2929:23, 2929:24,
2930:4, 2930:5,
2930:13, 2930:23,
2930:24, 2931:1,
2931:2, 2931:3,
2931:4, 2931:6,
2931:7, 2931:8,
2931:10, 2931:11,
2931:12, 2931:13,
2931:14, 2931:15,
2931:16, 2931:18,
2931:19, 2931:22,
2932:2, 2932:3,
2932:5, 2932:6,
2932:8, 2932:11,
2932:14, 2932:17,
2932:20, 2932:21,
2932:22, 2932:25,
2933:1, 2933:2,
2933:3, 2933:5,
2933:6, 2933:8,
2933:9, 2933:10,
2933:12, 2933:17,
2933:18, 2933:21,
2934:1, 2934:3,
2934:5, 2934:9,
2934:10, 2934:17,

2934:22, 2934:23,
2934:25, 2935:1,
2935:7, 2935:15,
2935:16, 2935:17,
2935:18, 2935:19,
2935:20, 2935:21,
2935:23, 2936:2,
2936:5, 2936:16,
2937:1, 2937:3,
2937:6, 2937:9,
2937:10, 2937:11,
2937:16, 2937:20,
2937:23, 2938:10,
2938:11, 2938:12

**THEIR** [11] - 2840:9,
2846:18, 2851:1,
2861:24, 2864:24,
2867:10, 2868:21,
2882:17, 2886:24,
2900:7

**THEM** [21] - 2839:16,
2853:4, 2857:12,
2865:18, 2866:13,
2867:14, 2873:10,
2873:19, 2874:14,
2884:20, 2894:2,
2899:7, 2900:24,
2900:25, 2901:6,
2906:16, 2910:3,
2914:15, 2920:12,
2930:22

**THEMSELVES** [1] -
2863:23

**THEN** [53] - 2842:5,
2844:15, 2845:18,
2846:17, 2848:25,
2849:21, 2849:22,
2853:5, 2854:14,
2855:5, 2858:8,
2858:11, 2858:14,
2858:18, 2859:13,
2865:10, 2868:1,
2872:20, 2873:15,
2874:3, 2875:14,
2876:19, 2876:22,
2877:15, 2877:16,
2878:2, 2878:4,
2888:23, 2890:9,
2890:18, 2891:13,
2893:18, 2901:10,
2902:18, 2903:11,
2905:2, 2906:15,
2907:2, 2908:18,
2910:1, 2912:5,
2913:3, 2913:9,
2913:15, 2915:25,
2918:14, 2928:21,
2929:4, 2931:9,
2932:1, 2933:4,
2934:24

**THEORETICAL** [2] - 2931:8, 2931:9

**THEORY** [2] - 2862:7, 2863:5

**THERE** [74] - 2838:9, 2838:24, 2839:1, 2839:3, 2839:4, 2842:5, 2842:16, 2842:17, 2842:21, 2843:5, 2844:11, 2844:16, 2846:22, 2846:23, 2850:13, 2851:9, 2852:21, 2853:24, 2855:5, 2857:3, 2858:8, 2862:3, 2862:9, 2865:10, 2865:11, 2867:8, 2868:11, 2869:1, 2869:12, 2870:6, 2871:5, 2871:8, 2872:15, 2872:24, 2873:4, 2873:7, 2873:23, 2874:13, 2874:16, 2875:15, 2876:2, 2876:10, 2876:11, 2877:11, 2878:6, 2878:7, 2878:8, 2878:25, 2883:24, 2885:6, 2885:9, 2886:2, 2886:6, 2886:10, 2886:20, 2887:21, 2890:25, 2896:17, 2900:8, 2905:19, 2907:18, 2912:8, 2917:17, 2918:5, 2920:3, 2922:14, 2924:7, 2926:4, 2929:21, 2930:6, 2932:1, 2933:16, 2933:17

**THERE'S** [46] - 2843:4, 2843:5, 2847:17, 2850:13, 2851:4, 2851:5, 2853:2, 2853:18, 2856:1, 2856:7, 2856:9, 2857:14, 2858:22, 2858:23, 2860:10, 2860:23, 2862:1, 2865:13, 2866:25, 2868:11, 2870:16, 2871:8, 2879:10, 2881:14, 2884:19, 2885:2, 2886:23, 2887:5, 2889:13, 2889:14, 2891:11, 2895:24, 2896:25, 2897:7, 2902:23, 2903:14, 2905:22, 2912:11,

2923:2, 2928:14, 2929:18, 2933:15, 2934:23, 2935:18, 2937:2

**THEREFORE** [1] - 2888:19

**THESE** [68] - 2838:15, 2838:21, 2839:2, 2839:14, 2839:15, 2839:19, 2839:22, 2840:2, 2845:4, 2847:7, 2847:23, 2848:5, 2849:14, 2850:8, 2850:15, 2851:2, 2851:4, 2851:6, 2852:21, 2853:3, 2853:13, 2855:20, 2856:25, 2857:11, 2857:18, 2857:21, 2858:24, 2859:20, 2862:16, 2864:23, 2865:3, 2868:22, 2870:13, 2870:23, 2871:16, 2871:17, 2871:18, 2871:20, 2871:25, 2872:3, 2875:8, 2876:13, 2876:21, 2877:6, 2885:13, 2885:24, 2887:16, 2889:7, 2890:25, 2891:4, 2891:9, 2892:6, 2893:13, 2897:5, 2897:19, 2899:4, 2900:10, 2901:3, 2912:18, 2922:25, 2923:1, 2926:13, 2926:14, 2926:22, 2927:17, 2930:21

**THEY** [58] - 2838:25, 2839:1, 2839:5, 2839:16, 2840:2, 2840:13, 2840:18, 2840:19, 2841:18, 2841:20, 2843:21, 2844:4, 2847:9, 2847:12, 2848:18, 2849:5, 2849:6, 2850:16, 2850:17, 2853:4, 2857:1, 2857:8, 2861:24, 2863:22, 2863:23, 2864:15, 2864:25, 2867:10, 2870:15, 2871:17, 2871:21, 2871:23, 2872:24, 2872:25, 2875:7, 2884:13, 2897:9, 2900:21, 2902:19, 2903:13, 2904:1,

2905:21, 2906:5, 2906:9, 2906:10, 2907:3, 2912:20, 2914:19, 2921:18, 2932:20, 2936:3, 2936:24

**THEY'RE** [25] - 2838:9, 2838:10, 2838:11, 2839:6, 2839:17, 2847:10, 2847:12, 2848:5, 2850:14, 2850:15, 2851:25, 2858:4, 2859:3, 2865:2, 2871:24, 2873:25, 2876:3, 2902:20, 2912:23, 2924:14, 2926:15, 2927:21, 2927:24, 2936:23

**THEY'VE** [1] - 2866:22

**THING** [13] - 2843:16, 2847:4, 2847:22, 2848:4, 2851:1, 2855:19, 2862:15, 2863:22, 2864:24, 2866:25, 2873:25, 2930:4, 2932:5

**THINGS** [21] - 2845:4, 2848:14, 2852:20, 2857:15, 2857:17, 2857:25, 2858:16, 2868:22, 2873:24, 2876:20, 2876:21, 2881:19, 2881:21, 2885:2, 2892:6, 2893:20, 2903:23, 2905:11, 2905:22, 2920:10

**THINK** [72] - 2838:10, 2838:24, 2840:16, 2842:1, 2842:3, 2845:1, 2845:20, 2846:19, 2848:11, 2851:8, 2853:5, 2854:12, 2854:17, 2856:22, 2857:22, 2860:23, 2862:13, 2866:21, 2867:11, 2868:17, 2869:8, 2869:15, 2871:13, 2873:11, 2873:19, 2876:8, 2876:25, 2877:1, 2880:18, 2883:11, 2885:13, 2887:15, 2889:12, 2892:14, 2893:1, 2893:8, 2895:20, 2896:16,

2896:24, 2899:3, 2900:6, 2900:21, 2900:25, 2902:6, 2905:8, 2909:25, 2910:5, 2912:18, 2915:16, 2918:21, 2919:6, 2919:23, 2921:6, 2921:7, 2921:9, 2921:10, 2921:17, 2922:9, 2922:10, 2925:11, 2925:14, 2926:14, 2927:5, 2929:16, 2931:4, 2931:12, 2935:5, 2935:13, 2935:15, 2935:16, 2935:22, 2935:24

**THIRD** [2] - 2852:11, 2901:7

**THIS** [253] - 2839:9, 2840:24, 2841:3, 2842:8, 2842:13, 2842:22, 2842:23, 2843:2, 2843:10, 2843:17, 2843:20, 2843:22, 2844:3, 2845:11, 2845:15, 2845:18, 2845:25, 2846:12, 2846:21, 2846:24, 2847:3, 2847:6, 2848:9, 2849:5, 2849:9, 2849:12, 2849:17, 2849:18, 2849:22, 2850:12, 2850:14, 2851:5, 2851:7, 2851:25, 2852:8, 2852:22, 2853:13, 2853:18, 2853:20, 2853:22, 2854:3, 2854:18, 2855:19, 2855:23, 2857:2, 2857:19, 2857:20, 2857:22, 2857:24, 2858:6, 2858:9, 2858:19, 2859:9, 2859:13, 2859:19, 2859:24, 2860:7, 2860:14, 2860:18, 2861:2, 2861:4, 2861:12, 2862:9, 2862:11, 2863:15, 2863:21, 2864:3, 2864:5, 2864:11, 2864:22, 2865:4, 2865:5, 2865:6, 2865:7, 2865:16, 2865:18, 2865:23, 2866:7, 2866:19, 2866:24, 2866:25, 2867:5, 2867:13,

2867:24, 2868:10, 2868:11, 2868:14, 2868:19, 2869:6, 2869:22, 2870:13, 2870:21, 2870:25, 2871:13, 2872:9, 2872:11, 2872:18, 2872:25, 2873:3, 2873:4, 2873:16, 2873:18, 2873:21, 2874:8, 2874:11, 2875:9, 2875:25, 2876:9, 2876:12, 2876:24, 2877:3, 2877:4, 2877:10, 2877:11, 2877:20, 2878:15, 2878:16, 2878:22, 2879:3, 2879:14, 2879:20, 2879:21, 2879:23, 2880:2, 2880:22, 2880:23, 2881:6, 2881:9, 2881:10, 2882:6, 2882:8, 2882:19, 2882:24, 2884:24, 2886:3, 2887:1, 2887:11, 2887:16, 2887:20, 2888:2, 2888:4, 2888:9, 2888:18, 2890:16, 2890:21, 2891:1, 2891:10, 2892:6, 2892:10, 2892:14, 2893:1, 2893:2, 2893:3, 2893:15, 2893:17, 2894:2, 2894:8, 2894:9, 2894:11, 2894:22, 2895:2, 2895:8, 2895:13, 2895:23, 2896:5, 2896:7, 2896:15, 2896:18, 2896:22, 2896:25, 2897:3, 2897:7, 2897:15, 2897:17, 2897:24, 2898:15, 2898:18, 2899:1, 2899:5, 2900:1, 2900:2, 2900:15, 2901:22, 2902:23, 2903:10, 2905:3, 2905:10, 2905:15, 2907:14, 2907:22, 2909:23, 2910:19, 2910:24, 2911:13, 2911:19, 2911:25, 2912:12, 2912:25, 2913:11, 2913:16, 2913:19, 2915:12, 2916:13, 2916:14, 2917:3,

2917:20, 2918:5,
2918:10, 2918:11,
2918:15, 2918:19,
2918:20, 2919:22,
2920:7, 2920:17,
2921:13, 2921:17,
2921:19, 2922:11,
2922:13, 2922:17,
2925:24, 2926:3,
2926:11, 2927:10,
2927:14, 2930:14,
2930:18, 2931:25,
2932:1, 2932:7,
2932:9, 2932:12,
2934:2, 2934:16,
2935:11, 2936:1,
2936:4, 2936:7,
2936:8

**THOMAS** [1] -
2834:23

**THOSE** [34] -
2847:11, 2851:16,
2853:9, 2854:6,
2858:25, 2864:4,
2864:16, 2868:23,
2869:8, 2873:5,
2875:17, 2879:1,
2879:17, 2880:20,
2884:18, 2885:12,
2887:9, 2888:24,
2889:15, 2891:24,
2897:8, 2898:22,
2906:18, 2916:18,
2918:3, 2920:13,
2923:5, 2932:10,
2932:12, 2932:18,
2932:19, 2935:22

**THOUGH** [2] -
2887:5, 2935:21

**THOUGHT** [15] -
2862:3, 2868:13,
2878:5, 2888:17,
2910:6, 2913:18,
2924:9, 2926:2,
2928:15, 2934:12,
2934:24, 2935:1,
2935:19, 2936:3,
2936:4

**THOUSANDS** [2] -
2859:20, 2869:2

**THREE** [33] -
2840:18, 2842:17,
2842:18, 2843:5,
2843:10, 2843:11,
2843:15, 2844:15,
2845:4, 2845:9,
2845:22, 2846:1,
2858:22, 2872:22,
2873:7, 2875:12,
2876:21, 2877:14,

2877:15, 2880:22,
2885:7, 2891:11,
2897:8, 2900:21,
2903:5, 2903:6,
2903:7, 2911:7,
2912:1, 2912:2,
2912:5, 2912:11,
2923:17

**THREE-FOOT** [3] -
2845:22, 2846:1,
2903:6

**THREE-HALVES** [2]
- 2877:14, 2877:15

**THRESHOLD** [8] -
2893:8, 2893:9,
2893:10, 2894:6,
2894:20, 2898:5,
2899:11

**THRESHOLDS** [11] -
2892:21, 2893:4,
2893:5, 2893:13,
2894:1, 2895:23,
2897:5, 2898:22,
2899:4, 2900:7,
2901:8

**THROUGH** [5] -
2852:23, 2859:6,
2861:2, 2862:25,
2865:2

**THUMB** [1] - 2856:6

**THURSDAY** [2] -
2834:4, 2838:2

**TIDAL** [1] - 2884:19

**TILL** [1] - 2881:19

**TIME** [38] - 2841:17,
2842:13, 2843:6,
2848:4, 2848:21,
2849:11, 2855:5,
2858:3, 2860:7,
2860:14, 2860:18,
2860:21, 2864:17,
2868:6, 2874:20,
2876:25, 2887:11,
2887:12, 2893:20,
2894:13, 2895:8,
2897:4, 2898:8,
2898:24, 2901:22,
2917:11, 2917:24,
2918:12, 2918:21,
2921:4, 2921:5,
2921:15, 2922:2,
2922:3, 2933:6,
2933:9, 2934:3,
2934:17

**TIMES** [12] -
2845:16, 2849:19,
2851:17, 2874:13,
2876:25, 2877:15,
2887:12, 2901:4,
2901:5, 2906:14,

2921:3

**TO** [566] - 2838:13,
2838:14, 2838:15,
2838:17, 2838:18,
2838:19, 2838:20,
2838:21, 2839:4,
2839:6, 2839:9,
2839:10, 2839:12,
2839:17, 2839:18,
2839:19, 2839:21,
2839:22, 2839:23,
2840:1, 2840:2,
2840:7, 2840:9,
2840:21, 2841:12,
2841:13, 2841:15,
2841:17, 2841:24,
2842:14, 2842:18,
2842:25, 2843:1,
2843:3, 2843:13,
2843:16, 2843:17,
2843:25, 2844:1,
2844:5, 2844:19,
2844:20, 2844:21,
2845:1, 2845:12,
2845:15, 2845:16,
2845:17, 2845:18,
2846:6, 2846:8,
2846:14, 2847:1,
2847:2, 2847:4,
2847:22, 2848:3,
2848:9, 2848:11,
2848:15, 2848:21,
2848:25, 2849:1,
2849:6, 2849:13,
2849:14, 2849:19,
2849:21, 2849:24,
2850:4, 2850:6,
2850:11, 2850:13,
2850:16, 2850:17,
2850:23, 2850:25,
2851:15, 2851:16,
2851:17, 2851:18,
2851:19, 2851:20,
2851:24, 2852:1,
2852:8, 2852:11,
2852:13, 2853:2,
2853:3, 2853:4,
2853:5, 2853:13,
2853:24, 2854:3,
2854:5, 2854:6,
2854:7, 2854:14,
2854:21, 2854:23,
2855:13, 2855:17,
2855:18, 2855:23,
2856:6, 2856:10,
2856:23, 2856:24,
2857:3, 2857:10,
2857:15, 2857:17,
2857:23, 2857:25,
2858:1, 2858:6,
2858:8, 2858:11,

2858:17, 2858:18,
2858:19, 2858:25,
2859:10, 2859:18,
2859:21, 2859:24,
2860:1, 2860:7,
2860:21, 2861:2,
2861:4, 2861:8,
2861:9, 2861:19,
2862:1, 2862:6,
2862:7, 2862:8,
2862:11, 2862:16,
2863:1, 2863:4,
2863:6, 2863:7,
2863:10, 2863:11,
2863:12, 2863:23,
2863:24, 2863:25,
2864:3, 2864:15,
2864:24, 2864:25,
2865:11, 2865:20,
2865:24, 2866:3,
2866:5, 2866:13,
2866:20, 2866:22,
2866:25, 2867:1,
2867:5, 2867:8,
2867:12, 2867:23,
2868:7, 2868:10,
2868:12, 2868:15,
2868:17, 2868:18,
2868:21, 2868:22,
2869:6, 2870:4,
2870:7, 2870:15,
2870:19, 2870:20,
2870:22, 2870:24,
2871:1, 2871:14,
2871:16, 2871:18,
2871:24, 2872:1,
2872:7, 2872:19,
2872:25, 2873:3,
2873:11, 2873:18,
2874:3, 2874:7,
2874:8, 2874:9,
2874:10, 2874:14,
2874:18, 2874:19,
2874:21, 2875:2,
2875:24, 2875:25,
2876:5, 2876:6,
2876:17, 2876:24,
2877:5, 2877:8,
2877:13, 2877:14,
2877:16, 2877:20,
2877:22, 2877:23,
2878:1, 2878:2,
2878:5, 2878:6,
2878:10, 2878:17,
2878:18, 2878:19,
2878:20, 2878:23,
2879:4, 2879:14,
2879:17, 2879:20,
2879:25, 2880:5,
2880:7, 2880:10,
2880:11, 2880:19,

2880:21, 2880:25,
2881:3, 2881:13,
2881:19, 2881:21,
2882:7, 2882:9,
2882:10, 2882:16,
2882:18, 2882:19,
2882:20, 2883:1,
2883:3, 2883:4,
2883:5, 2883:6,
2883:8, 2883:11,
2883:17, 2884:3,
2884:11, 2884:13,
2884:16, 2884:23,
2885:2, 2885:12,
2885:14, 2886:14,
2887:7, 2887:8,
2887:14, 2888:4,
2888:8, 2888:14,
2888:15, 2888:16,
2888:17, 2888:18,
2888:25, 2889:1,
2889:2, 2889:6,
2889:12, 2889:13,
2889:14, 2889:15,
2889:17, 2889:24,
2890:1, 2890:7,
2890:8, 2890:12,
2890:15, 2890:19,
2890:23, 2891:1,
2891:4, 2891:8,
2891:9, 2891:12,
2891:23, 2891:24,
2891:25, 2892:3,
2892:20, 2892:21,
2893:2, 2893:7,
2893:13, 2893:15,
2893:17, 2893:21,
2893:23, 2894:7,
2894:9, 2894:11,
2894:20, 2894:25,
2895:9, 2895:22,
2896:10, 2896:14,
2896:15, 2896:17,
2896:21, 2896:24,
2897:8, 2897:12,
2897:15, 2897:17,
2897:18, 2897:19,
2897:20, 2897:23,
2899:5, 2899:6,
2899:7, 2899:23,
2899:24, 2900:8,
2900:11, 2900:12,
2900:16, 2900:23,
2900:25, 2901:4,
2901:11, 2901:12,
2901:18, 2902:5,
2902:15, 2902:22,
2902:24, 2902:25,
2903:2, 2903:6,
2903:14, 2903:16,
2903:19, 2903:22,

2904:15, 2904:20, 2905:5, 2905:8, 2905:9, 2906:8, 2906:12, 2906:19, 2906:20, 2906:23, 2907:5, 2907:8, 2907:15, 2907:20, 2907:23, 2908:2, 2908:8, 2909:1, 2909:2, 2909:21, 2909:23, 2910:11, 2910:13, 2911:8, 2911:23, 2912:3, 2912:4, 2912:9, 2912:11, 2912:17, 2912:20, 2912:24, 2912:25, 2913:5, 2913:9, 2913:11, 2913:16, 2913:21, 2913:22, 2914:19, 2915:17, 2915:20, 2915:23, 2915:24, 2915:25, 2916:10, 2916:13, 2916:14, 2916:15, 2916:17, 2916:18, 2918:3, 2918:13, 2918:20, 2918:23, 2919:1, 2919:2, 2919:15, 2920:11, 2920:14, 2920:16, 2920:19, 2921:3, 2921:12, 2921:22, 2922:3, 2922:6, 2922:10, 2922:18, 2922:19, 2922:21, 2923:6, 2923:9, 2923:10, 2923:11, 2923:18, 2923:22, 2923:23, 2924:2, 2924:7, 2924:10, 2924:11, 2924:12, 2924:22, 2925:6, 2925:12, 2926:4, 2926:5, 2926:13, 2926:24, 2927:10, 2927:14, 2928:10, 2928:14, 2928:18, 2928:19, 2928:22, 2929:4, 2929:10, 2929:13, 2929:14, 2929:22, 2929:23, 2929:25, 2930:6, 2930:18, 2930:20, 2931:1, 2932:13, 2932:16, 2933:6, 2933:15, 2934:1, 2934:4, 2934:9, 2934:11, 2934:20, 2935:4, 2935:11, 2935:20, 2935:25, 2936:1,

2936:7, 2936:8, 2936:9, 2936:15, 2936:16, 2936:21, 2936:23, 2936:25, 2937:7, 2937:8, 2937:9, 2937:14, 2937:15, 2937:17, 2937:21, 2938:10
   **TODAY** [10] - 2850:16, 2851:8, 2872:4, 2905:9, 2913:17, 2918:11, 2920:25, 2921:12, 2937:12, 2937:13
   **TOE** [6] - 2852:2, 2852:4, 2888:16, 2889:18, 2890:11, 2904:12
   **TOGETHER** [3] - 2845:7, 2857:1, 2908:21
   **TOLD** [4] - 2905:7, 2912:20, 2920:21, 2929:21
   **TOO** [14] - 2847:13, 2848:9, 2859:10, 2865:14, 2882:16, 2885:1, 2885:5, 2885:11, 2907:20, 2918:5, 2918:12, 2933:9, 2935:10, 2936:7
   **TOOK** [6] - 2857:12, 2877:25, 2880:6, 2907:12, 2932:16, 2932:17
   **TOOL** [2] - 2853:19, 2879:14
   **TOP** [20] - 2851:19, 2851:22, 2858:3, 2859:25, 2860:1, 2869:1, 2871:4, 2874:11, 2874:16, 2875:6, 2875:7, 2879:2, 2891:14, 2899:9, 2910:19, 2912:4, 2913:22, 2913:23, 2918:2, 2926:24
   **TOPOGRAPHIC** [1] - 2867:15
   **TOPOGRAPHY** [2] - 2869:13, 2904:9
   **TORTS** [1] - 2836:5
   **TOTAL** [1] - 2895:8
   **TOTALLY** [2] - 2879:23, 2908:24
   **TOWARD** [1] - 2874:23
   **TRANSCRIPT** [3] -

2834:7, 2836:19, 2938:10
   **TRANSFORMATIO N** [1] - 2848:18
   **TRANSLATE** [1] - 2854:14
   **TRANSLATES** [1] - 2855:13
   **TRAP** [3] - 2861:3, 2861:5, 2861:11
   **TRAPS** [1] - 2861:14
   **TRAVELED** [2] - 2859:20, 2869:2
   **TRAVELING** [3] - 2850:21, 2869:20, 2903:1
   **TREAT** [1] - 2866:23
   **TREATED** [1] - 2874:14
   **TREATING** [1] - 2865:2
   **TREATMENT** [1] - 2867:6
   **TREATMENTS** [1] - 2867:19
   **TRIAL** [1] - 2834:7
   **TRIED** [3] - 2847:1, 2849:13, 2878:2
   **TRUE** [20] - 2886:15, 2887:12, 2903:9, 2905:6, 2906:6, 2906:23, 2915:22, 2916:2, 2924:5, 2924:16, 2927:15, 2929:14, 2929:25, 2930:15, 2933:9, 2935:4, 2935:5, 2935:7, 2936:11, 2938:10
   **TRY** [2] - 2857:17, 2882:16
   **TRYING** [12] - 2850:4, 2850:6, 2868:21, 2871:16, 2883:5, 2883:11, 2884:16, 2899:5, 2905:8, 2910:13, 2921:22, 2924:12
   **TUNE** [1] - 2853:4
   **TUNED** [1] - 2853:13
   **TURBULENT** [1] - 2853:12
   **TURN** [2] - 2876:6, 2927:1
   **TURNS** [1] - 2874:24
   **TWO** [31] - 2850:15, 2851:16, 2853:16, 2857:4, 2857:11, 2857:14, 2857:15, 2857:25, 2858:16,

2858:20, 2860:24, 2868:23, 2872:22, 2875:11, 2876:18, 2876:19, 2889:24, 2890:1, 2890:2, 2895:5, 2899:25, 2903:7, 2903:15, 2903:23, 2905:22, 2911:9, 2912:3, 2929:1, 2929:11, 2935:18
   **TWO-FOOT** [1] - 2929:11
   **TX** [1] - 2834:24
   **TYPE** [4] - 2850:12, 2850:13, 2860:2, 2892:6
   **TYPES** [3] - 2898:18, 2913:17, 2932:5
   **TYPICALLY** [2] - 2848:20, 2889:6

## U

   **U** [1] - 2836:4
   **UH** [1] - 2905:5
   **UH-HUH** [1] - 2905:5
   **ULTIMATE** [2] - 2865:10, 2916:1
   **ULTIMATELY** [1] - 2866:2
   **UNCHANGED** [1] - 2870:5
   **UNDER** [13] - 2878:21, 2886:4, 2889:23, 2889:25, 2896:23, 2898:14, 2913:2, 2924:22, 2927:11, 2927:21, 2928:7, 2934:4, 2934:10
   **UNDERNEATH** [2] - 2851:12, 2897:20
   **UNDERSTAND** [29] - 2843:17, 2843:24, 2844:2, 2845:5, 2845:23, 2846:3, 2846:4, 2846:12, 2854:22, 2855:15, 2860:9, 2865:20, 2866:9, 2866:11, 2867:7, 2868:19, 2882:24, 2895:1, 2900:13, 2900:15, 2907:8, 2907:9, 2909:23, 2913:21, 2921:22, 2922:21, 2922:25, 2926:3, 2929:7
   **UNDERSTANDING** [7] - 2843:19, 2847:15,

2865:16, 2879:6, 2879:9, 2905:2, 2938:11
   **UNDERSTANDS** [1] - 2880:1
   **UNDERSTOOD** [1] - 2922:12
   **UNFAIR** [2] - 2881:10, 2881:15
   **UNFORTUNATELY** [1] - 2877:14
   **UNINTENDED** [1] - 2916:23
   **UNIQUELY** [1] - 2855:19
   **UNITED** [7] - 2834:1, 2834:5, 2834:8, 2898:16, 2914:10, 2914:21, 2938:8
   **UNITS** [3] - 2844:16, 2845:11, 2893:24
   **UNIVERSITY** [3] - 2852:15, 2905:17, 2914:14
   **UNLESS** [2] - 2838:24, 2935:11
   **UNNECESSARILY** [1] - 2838:13
   **UNNECESSARY** [1] - 2868:22
   **UNTIL** [4] - 2895:14, 2898:13, 2911:18, 2937:25
   **UNWIDENED** [1] - 2929:9
   **UP** [93] - 2839:4, 2839:23, 2840:7, 2842:14, 2843:13, 2844:19, 2847:21, 2848:8, 2848:12, 2848:13, 2849:1, 2849:15, 2849:22, 2849:23, 2849:24, 2851:19, 2852:1, 2854:4, 2858:17, 2859:2, 2859:12, 2859:14, 2860:20, 2860:21, 2870:14, 2870:15, 2874:19, 2876:4, 2877:7, 2879:17, 2880:10, 2882:4, 2882:12, 2883:21, 2883:22, 2884:22, 2885:2, 2885:3, 2885:6, 2888:4, 2889:6, 2889:19, 2890:7, 2890:8, 2890:23, 2895:25, 2896:10, 2898:20, 2899:23,

2900:20, 2901:23, 2903:2, 2903:14, 2905:2, 2907:14, 2908:16, 2908:23, 2909:4, 2909:7, 2909:13, 2909:16, 2909:20, 2910:1, 2910:10, 2910:19, 2911:5, 2911:6, 2911:7, 2911:18, 2912:9, 2912:11, 2913:15, 2913:18, 2917:2, 2917:19, 2918:14, 2920:14, 2921:13, 2921:14, 2922:9, 2922:11, 2923:11, 2925:14, 2927:10, 2930:4, 2930:9, 2932:19, 2936:16, 2937:8, 2937:14

**UPDATED** [1] - 2841:19

**UPON** [14] - 2881:14, 2896:25, 2904:15, 2905:5, 2907:4, 2907:23, 2908:2, 2916:2, 2916:7, 2916:11, 2921:12, 2921:14, 2925:5, 2936:9

**UPPER** [2] - 2857:14, 2867:25

**UPWARDS** [1] - 2854:19

**URGE** [1] - 2839:24

**US** [13] - 2838:18, 2840:7, 2850:18, 2852:11, 2853:15, 2854:3, 2862:13, 2864:4, 2870:10, 2896:3, 2911:19, 2932:25, 2934:4

**USE** [21] - 2838:15, 2838:21, 2840:11, 2846:14, 2853:10, 2853:18, 2856:6, 2856:10, 2871:13, 2871:17, 2877:16, 2879:3, 2879:14, 2882:12, 2900:2, 2900:13, 2905:9, 2906:19, 2911:23, 2931:9, 2933:15

**USED** [26] - 2840:13, 2850:16, 2852:12, 2852:13, 2852:14, 2852:19, 2853:23, 2853:24, 2882:9, 2882:25, 2885:13,

---

2886:21, 2891:4, 2892:21, 2892:24, 2893:10, 2906:10, 2906:11, 2906:18, 2906:21, 2908:15, 2912:18, 2913:4, 2920:9, 2929:20, 2930:5

**USER'S** [1] - 2857:12

**USERS** [1] - 2853:18

**USES** [1] - 2926:11

**USING** [23] - 2841:13, 2841:18, 2841:20, 2842:11, 2848:14, 2850:12, 2852:9, 2852:15, 2872:12, 2873:18, 2873:19, 2875:11, 2885:16, 2885:17, 2887:17, 2887:25, 2901:4, 2904:4, 2911:25, 2920:7, 2924:20, 2929:25, 2934:13

---

## V

**V** [1] - 2834:4

**VALID** [6] - 2842:23, 2850:12, 2857:22, 2873:18, 2873:19, 2888:21

**VALIDATE** [1] - 2853:2

**VALIDATED** [1] - 2868:12

**VALIDATION** [1] - 2867:1

**VALIDITY** [1] - 2891:5

**VALLEYS** [1] - 2876:11

**VALUE** [3] - 2879:15, 2896:7, 2928:22

**VALUES** [11] - 2857:15, 2879:1, 2884:17, 2884:18, 2885:25, 2887:6, 2889:6, 2927:17

**VANISHES** [1] - 2856:24

**VARIABILITY** [2] - 2848:16, 2888:13

**VARIABLE** [1] - 2877:3

**VARIATION** [5] - 2870:7, 2877:2, 2892:18, 2892:19, 2902:23

**VARIATIONS** [5] - 2876:12, 2877:8,

---

2888:5, 2891:2, 2891:4

**VARIED** [7] - 2889:1, 2889:2, 2889:12, 2890:8, 2890:11, 2890:15, 2890:18

**VARIES** [2] - 2871:10, 2897:11

**VARIOUS** [5] - 2838:12, 2839:5, 2871:19, 2885:14, 2888:5

**VARY** [3] - 2839:10, 2889:15, 2900:2

**VARYING** [2] - 2843:5, 2891:10

**VASTLY** [1] - 2901:8

**VECTORS** [2] - 2864:23, 2865:1

**VEGETATION** [17] - 2867:6, 2867:15, 2867:17, 2867:18, 2867:23, 2868:1, 2868:2, 2868:6, 2868:14, 2870:17, 2873:1, 2873:4, 2873:12, 2875:13, 2902:5, 2903:23

**VEGETATIVE** [2] - 2871:15, 2873:3

**VEHEMENTLY** [1] - 2838:21

**VELOCITIES** [1] - 2865:18

**VERRET** [3] - 2874:23, 2877:24, 2927:1

**VERSION** [4] - 2841:19, 2866:19, 2936:5

**VERY** [66] - 2844:13, 2846:7, 2847:10, 2847:14, 2847:24, 2849:3, 2849:18, 2850:10, 2851:6, 2852:21, 2853:11, 2853:12, 2853:14, 2854:13, 2856:4, 2856:9, 2857:3, 2857:17, 2858:4, 2859:4, 2859:6, 2859:7, 2859:16, 2859:19, 2860:1, 2860:17, 2861:18, 2862:4, 2862:5, 2863:25, 2864:16, 2868:8, 2868:9, 2870:16, 2870:25, 2871:14, 2872:22, 2872:24, 2873:7,

---

2873:15, 2876:9, 2876:10, 2877:11, 2877:12, 2885:25, 2889:4, 2894:10, 2896:5, 2896:6, 2897:15, 2903:1, 2903:11, 2903:15, 2904:23, 2914:3, 2914:16, 2924:2, 2926:24, 2931:15, 2936:15, 2937:7

**VICTOR** [1] - 2835:19

**VIDEOS** [1] - 2839:19

**VIEW** [8] - 2891:12, 2891:13, 2891:19, 2892:10, 2892:14, 2892:15, 2899:4

**VIEWS** [1] - 2891:11

**VIRGINIA** [1] - 2914:14

**VIRTUALLY** [1] - 2870:5

**VIRTUE** [1] - 2860:8

**VIS** [8] - 2851:10, 2851:22, 2864:6, 2871:6

**VIS-A-VIS** [4] - 2851:10, 2851:22, 2864:6, 2871:6

**VOLUME** [1] - 2834:9

---

## W

**WAIT** [2] - 2884:3, 2930:24

**WAKE** [2] - 2903:3, 2903:5

**WAKES** [2] - 2873:19, 2873:24

**WALLS** [3] - 2879:11, 2879:13, 2885:2

**WALTER** [1] - 2835:8

**WANT** [23] - 2838:13, 2838:20, 2841:24, 2849:13, 2854:7, 2857:10, 2859:10, 2865:24, 2866:3, 2866:5, 2880:11, 2897:12, 2897:17, 2897:19, 2897:23, 2906:8, 2913:20, 2918:23, 2928:19, 2932:7, 2936:7, 2936:8, 2936:23

**WANTED** [9] - 2843:16, 2843:25, 2850:23, 2857:23,

---

2879:4, 2880:5, 2881:19, 2907:15, 2936:20

**WANTS** [2] - 2880:10, 2895:22

**WARREN** [1] - 2836:1

**WAS** [116] - 2839:10, 2840:17, 2840:19, 2841:6, 2841:15, 2841:19, 2850:2, 2852:14, 2852:17, 2853:24, 2855:17, 2855:18, 2855:24, 2859:18, 2862:4, 2862:9, 2866:16, 2867:8, 2867:9, 2868:11, 2872:15, 2872:21, 2872:24, 2874:8, 2875:23, 2876:1, 2877:21, 2877:22, 2877:23, 2877:25, 2878:3, 2878:4, 2878:5, 2879:23, 2880:5, 2881:12, 2881:23, 2882:4, 2882:8, 2883:23, 2884:16, 2884:17, 2884:24, 2885:10, 2885:12, 2886:25, 2887:21, 2887:25, 2888:3, 2890:4, 2890:10, 2890:15, 2890:16, 2893:23, 2895:4, 2901:18, 2904:23, 2905:15, 2905:16, 2906:11, 2906:17, 2906:18, 2906:20, 2907:11, 2907:12, 2907:14, 2907:18, 2908:20, 2908:22, 2909:3, 2909:13, 2909:15, 2911:6, 2911:24, 2914:12, 2916:14, 2918:4, 2918:5, 2918:7, 2918:11, 2918:13, 2919:8, 2919:11, 2919:13, 2919:21, 2920:18, 2921:14, 2922:9, 2924:2, 2924:9, 2924:17, 2925:9, 2925:10, 2925:11, 2927:10, 2927:16, 2930:19, 2930:24, 2931:3, 2931:16, 2934:1, 2934:2, 2934:3, 2934:10, 2934:11, 2934:15, 2934:19,

2935:24, 2936:21, 2937:7, 2938:1
**WASHED** [1] - 2879:18
**WASHINGTON** [1] - 2836:13
**WASN'T** [5] - 2838:17, 2838:18, 2841:6, 2919:16, 2922:7
**WATCHES** [1] - 2860:13
**WATER** [74] - 2838:19, 2843:18, 2843:19, 2847:24, 2848:6, 2848:8, 2848:10, 2848:12, 2848:13, 2848:17, 2848:23, 2849:16, 2851:3, 2851:6, 2851:20, 2851:21, 2853:2, 2855:2, 2855:3, 2855:4, 2855:6, 2856:21, 2857:1, 2861:10, 2862:15, 2862:17, 2862:18, 2862:20, 2862:22, 2862:23, 2862:25, 2863:4, 2863:5, 2863:8, 2863:11, 2863:12, 2863:18, 2864:6, 2864:7, 2864:16, 2864:17, 2864:18, 2865:23, 2869:24, 2869:25, 2870:9, 2870:13, 2870:23, 2871:2, 2871:6, 2876:22, 2877:17, 2886:25, 2887:1, 2887:3, 2889:20, 2891:22, 2896:1, 2903:2, 2903:23, 2913:2, 2919:9, 2920:15, 2920:19, 2923:7, 2937:9, 2937:10, 2937:11
**WAVE** [159] - 2839:9, 2840:12, 2841:1, 2841:22, 2842:8, 2842:18, 2842:23, 2842:24, 2842:25, 2843:7, 2843:8, 2843:9, 2843:10, 2843:11, 2844:14, 2844:16, 2844:18, 2844:20, 2845:9, 2845:12, 2845:13, 2845:14, 2845:15, 2845:21, 2845:22,

2846:1, 2846:13, 2846:17, 2846:20, 2846:21, 2846:24, 2847:1, 2847:3, 2847:5, 2847:15, 2847:18, 2847:20, 2847:23, 2847:24, 2847:25, 2848:17, 2848:18, 2848:19, 2848:20, 2848:23, 2848:25, 2849:2, 2849:8, 2849:15, 2850:8, 2850:11, 2852:16, 2853:10, 2854:2, 2854:9, 2854:17, 2854:22, 2854:23, 2854:25, 2855:2, 2855:3, 2855:5, 2855:8, 2855:10, 2855:12, 2855:21, 2856:1, 2856:18, 2856:19, 2856:23, 2857:1, 2857:16, 2857:18, 2857:19, 2857:20, 2858:9, 2858:24, 2859:11, 2859:12, 2859:15, 2859:17, 2859:22, 2860:14, 2860:15, 2860:20, 2861:6, 2861:17, 2862:6, 2862:7, 2863:5, 2863:8, 2863:12, 2864:7, 2864:18, 2864:19, 2864:20, 2866:20, 2868:3, 2868:4, 2868:7, 2870:4, 2870:24, 2871:3, 2871:7, 2871:21, 2874:17, 2874:19, 2874:20, 2875:14, 2876:1, 2879:23, 2887:1, 2887:3, 2887:7, 2887:8, 2888:13, 2888:15, 2888:16, 2889:1, 2889:2, 2895:25, 2901:19, 2903:6, 2903:12, 2903:18, 2903:19, 2903:20, 2903:22, 2905:18, 2911:11, 2911:24, 2912:13, 2912:25, 2913:1, 2913:8, 2917:23, 2919:20, 2919:24, 2922:9, 2923:5, 2923:6, 2923:10, 2925:6, 2925:9, 2930:13, 2931:25, 2932:1,

2932:3, 2932:5, 2932:10, 2932:21
**WAVES** [106] - 2840:12, 2840:17, 2843:18, 2843:19, 2846:22, 2846:25, 2847:1, 2847:5, 2847:7, 2847:10, 2847:11, 2848:5, 2848:8, 2849:5, 2849:11, 2850:8, 2850:21, 2853:2, 2853:25, 2854:9, 2855:5, 2855:7, 2855:22, 2855:24, 2856:10, 2856:11, 2856:17, 2856:18, 2856:21, 2856:25, 2857:4, 2857:5, 2857:6, 2857:10, 2857:21, 2857:23, 2858:4, 2858:5, 2858:8, 2859:2, 2859:17, 2859:20, 2859:25, 2860:2, 2860:3, 2860:12, 2860:13, 2861:20, 2863:22, 2865:9, 2866:7, 2866:17, 2866:23, 2867:7, 2867:10, 2867:23, 2870:11, 2870:14, 2870:16, 2871:23, 2871:25, 2872:25, 2873:1, 2873:2, 2874:8, 2874:9, 2874:18, 2875:20, 2886:24, 2887:13, 2888:25, 2894:22, 2895:24, 2900:25, 2901:3, 2902:5, 2902:14, 2902:19, 2903:3, 2903:5, 2907:1, 2909:14, 2913:14, 2917:24, 2923:16, 2924:20, 2927:12, 2927:20, 2928:2, 2928:5, 2928:9, 2929:10, 2929:11, 2929:14, 2936:15, 2937:7
**WAY** [26] - 2839:23, 2845:12, 2845:13, 2850:21, 2851:19, 2860:25, 2861:24, 2864:15, 2865:1, 2865:18, 2866:20, 2871:18, 2874:23, 2875:1, 2886:6, 2886:20, 2886:21, 2890:7, 2893:17,

2897:15, 2898:20, 2898:21, 2904:17, 2906:20, 2911:13, 2912:4
**WAYS** [1] - 2868:14
**WE** [280] - 2838:18, 2838:22, 2838:23, 2839:9, 2840:7, 2840:9, 2840:10, 2840:11, 2840:14, 2840:22, 2842:5, 2843:2, 2843:18, 2844:15, 2844:19, 2844:20, 2845:20, 2845:21, 2846:4, 2846:16, 2846:19, 2846:21, 2846:25, 2847:23, 2847:24, 2849:5, 2849:7, 2849:9, 2849:11, 2849:23, 2849:24, 2850:6, 2850:7, 2850:10, 2851:8, 2852:15, 2852:23, 2853:1, 2853:12, 2854:11, 2854:13, 2855:12, 2856:4, 2856:6, 2856:10, 2856:16, 2856:17, 2857:8, 2857:17, 2857:21, 2857:22, 2858:18, 2858:19, 2859:24, 2861:1, 2861:7, 2862:10, 2862:17, 2862:23, 2865:5, 2866:23, 2867:5, 2867:24, 2867:25, 2868:2, 2868:15, 2869:1, 2869:2, 2869:4, 2869:5, 2869:22, 2870:18, 2870:19, 2871:13, 2872:7, 2872:8, 2872:11, 2872:20, 2873:3, 2873:11, 2873:12, 2874:3, 2874:8, 2874:12, 2875:2, 2875:22, 2876:3, 2876:10, 2876:11, 2876:20, 2876:24, 2876:25, 2877:4, 2878:13, 2878:15, 2879:2, 2880:4, 2880:9, 2880:10, 2880:18, 2881:19, 2881:20, 2881:21, 2882:2, 2882:12, 2882:23, 2883:9, 2883:10, 2883:11, 2883:12, 2883:14,

2883:16, 2883:25, 2884:2, 2884:5, 2885:13, 2885:19, 2885:20, 2886:4, 2888:3, 2888:17, 2888:19, 2889:1, 2889:2, 2889:5, 2889:8, 2889:12, 2889:21, 2889:22, 2889:23, 2889:25, 2890:6, 2890:8, 2890:11, 2890:12, 2890:15, 2890:19, 2890:25, 2891:1, 2891:2, 2891:18, 2892:1, 2892:10, 2892:12, 2892:14, 2892:15, 2892:23, 2892:24, 2893:15, 2893:20, 2893:24, 2895:1, 2896:2, 2896:6, 2896:16, 2896:18, 2896:19, 2896:20, 2896:22, 2896:23, 2897:8, 2897:9, 2897:23, 2898:1, 2898:4, 2898:5, 2898:7, 2898:9, 2898:11, 2898:12, 2898:13, 2898:15, 2898:18, 2899:2, 2899:6, 2899:9, 2899:10, 2900:1, 2900:6, 2900:20, 2901:10, 2904:17, 2904:18, 2904:19, 2904:20, 2905:9, 2905:10, 2905:11, 2905:13, 2905:15, 2905:18, 2906:11, 2906:20, 2907:11, 2907:13, 2908:12, 2908:17, 2908:20, 2908:21, 2910:6, 2912:8, 2913:4, 2913:15, 2913:18, 2913:21, 2917:5, 2917:9, 2917:17, 2917:19, 2920:19, 2922:8, 2923:15, 2927:11, 2928:10, 2928:15, 2928:17, 2929:13, 2929:20, 2930:4, 2930:5, 2930:6, 2930:18, 2930:21, 2931:5, 2932:9, 2932:11, 2932:12, 2933:10, 2933:23, 2934:4, 2934:12, 2934:20, 2935:19,

DAILY COPY

2935:20, 2935:22,
2935:24, 2935:25,
2936:3, 2936:4,
2936:14, 2937:20,
2937:23

**WE'LL** [7] - 2866:6,
2866:13, 2876:5,
2881:20, 2883:18,
2889:12, 2937:20

**WE'RE** [53] -
2841:22, 2841:25,
2844:9, 2846:14,
2847:5, 2847:6,
2848:15, 2850:11,
2850:19, 2852:2,
2854:5, 2854:12,
2857:24, 2860:4,
2860:5, 2861:9,
2862:16, 2863:16,
2866:2, 2868:18,
2875:11, 2878:15,
2880:7, 2881:22,
2883:5, 2883:11,
2883:12, 2883:21,
2883:22, 2884:3,
2889:11, 2889:15,
2891:8, 2891:21,
2894:8, 2894:13,
2896:2, 2896:21,
2898:7, 2898:11,
2898:19, 2898:20,
2900:16, 2903:16,
2910:17, 2922:11,
2923:1, 2930:4,
2937:20, 2937:24

**WE'VE** [15] - 2838:8,
2841:23, 2874:12,
2875:10, 2876:25,
2877:1, 2877:18,
2887:15, 2893:1,
2893:25, 2899:2,
2900:7, 2910:14,
2928:18, 2931:22

**WEB** [1] - 2853:18

**WEEK** [1] - 2918:21

**WEEKEND** [2] -
2882:18

**WELL** [53] - 2838:23,
2839:21, 2840:22,
2843:20, 2844:20,
2846:14, 2848:25,
2850:15, 2850:21,
2850:23, 2851:4,
2851:12, 2851:16,
2853:17, 2858:10,
2859:4, 2860:25,
2862:10, 2862:11,
2862:15, 2863:9,
2864:22, 2865:4,
2865:6, 2865:8,

2872:22, 2876:2,
2878:7, 2881:12,
2882:4, 2884:16,
2889:20, 2890:4,
2893:11, 2893:19,
2895:10, 2896:6,
2898:6, 2904:17,
2907:19, 2907:20,
2908:15, 2911:3,
2911:4, 2911:10,
2912:14, 2914:8,
2918:20, 2933:18,
2934:13, 2934:15,
2935:13, 2935:18

**WENT** [10] - 2877:20,
2878:2, 2878:10,
2879:17, 2881:9,
2890:1, 2899:23,
2918:16, 2918:17,
2920:10

**WERE** [73] - 2839:9,
2840:10, 2840:11,
2842:13, 2847:2,
2849:12, 2856:1,
2856:4, 2861:16,
2862:18, 2862:19,
2864:14, 2864:15,
2864:25, 2867:8,
2870:19, 2873:2,
2873:5, 2874:13,
2876:24, 2877:5,
2878:23, 2880:19,
2882:2, 2884:13,
2885:16, 2886:5,
2886:11, 2886:12,
2887:16, 2887:19,
2888:21, 2889:5,
2890:6, 2891:4,
2891:5, 2896:17,
2896:18, 2899:2,
2900:21, 2905:21,
2906:5, 2906:23,
2908:21, 2911:5,
2911:19, 2912:18,
2914:8, 2914:10,
2916:22, 2918:16,
2918:17, 2919:3,
2919:8, 2920:6,
2920:7, 2921:18,
2922:12, 2923:10,
2924:7, 2928:15,
2929:6, 2929:15,
2929:21, 2930:14,
2933:8, 2933:22,
2935:20, 2935:24,
2935:25

**WEREN'T** [2] -
2912:20, 2919:3

**WEST** [1] - 2851:24

**WESTER** [1] -

2908:7

**WESTERINK** [10] -
2854:20, 2906:18,
2906:23, 2907:2,
2907:3, 2907:4,
2907:25, 2916:8,
2916:10, 2924:8

**WESTERINK'S** [2] -
2919:15, 2920:15

**WESTHUYSEN** [3] -
2840:9, 2840:11,
2840:14

**WETLANDS** [4] -
2875:18, 2898:10,
2898:17, 2925:23

**WHAT** [168] -
2838:17, 2838:18,
2841:17, 2841:22,
2841:24, 2842:12,
2842:21, 2843:18,
2844:19, 2848:3,
2848:19, 2849:11,
2849:23, 2850:6,
2851:8, 2852:2,
2852:4, 2852:23,
2853:15, 2854:12,
2854:14, 2854:15,
2854:16, 2854:25,
2856:4, 2856:5,
2856:13, 2856:19,
2856:24, 2857:24,
2858:14, 2858:15,
2858:20, 2858:24,
2858:25, 2859:10,
2859:24, 2860:7,
2860:10, 2860:12,
2861:5, 2861:8,
2862:8, 2862:13,
2862:16, 2862:17,
2862:22, 2862:24,
2863:10, 2864:3,
2864:8, 2864:25,
2865:7, 2865:8,
2865:17, 2865:25,
2866:23, 2868:5,
2868:11, 2868:24,
2869:1, 2870:3,
2870:9, 2871:10,
2871:15, 2872:8,
2872:11, 2873:9,
2873:11, 2874:8,
2874:10, 2875:2,
2875:10, 2876:13,
2876:15, 2877:6,
2877:20, 2878:2,
2878:15, 2879:5,
2880:8, 2880:20,
2881:4, 2881:14,
2881:18, 2883:2,
2883:24, 2883:25,

2884:14, 2884:25,
2885:10, 2885:20,
2885:23, 2887:1,
2887:14, 2888:3,
2888:19, 2889:10,
2890:3, 2890:4,
2890:14, 2890:25,
2891:20, 2893:1,
2893:15, 2894:7,
2895:4, 2895:7,
2896:19, 2897:16,
2897:17, 2897:19,
2898:1, 2898:9,
2899:10, 2901:5,
2902:6, 2903:11,
2903:12, 2905:7,
2906:17, 2907:24,
2908:13, 2908:25,
2909:12, 2909:15,
2909:16, 2910:20,
2911:3, 2911:17,
2911:24, 2913:21,
2914:18, 2915:10,
2915:15, 2916:10,
2916:18, 2917:12,
2917:14, 2918:4,
2919:23, 2922:8,
2922:9, 2922:18,
2923:10, 2923:11,
2923:15, 2923:17,
2923:21, 2925:9,
2926:3, 2927:3,
2927:16, 2929:5,
2930:6, 2930:18,
2933:2, 2934:12,
2934:25, 2935:20,
2935:24, 2935:25,
2936:3, 2936:4,
2936:24

**WHAT'S** [6] -
2841:21, 2848:22,
2849:1, 2870:24,
2901:13, 2935:17

**WHATEVER** [11] -
2866:1, 2882:19,
2903:18, 2903:19,
2907:22, 2908:2,
2911:23, 2916:7,
2916:10, 2917:3,
2924:20

**WHEN** [65] -
2841:15, 2844:3,
2845:7, 2847:15,
2847:20, 2847:21,
2849:23, 2850:6,
2851:11, 2851:18,
2852:17, 2855:12,
2858:9, 2861:5,
2861:20, 2863:13,
2867:10, 2870:14,
2871:6, 2871:8,

2878:13, 2882:2,
2884:14, 2886:11,
2890:5, 2891:22,
2894:8, 2895:22,
2896:3, 2896:10,
2896:11, 2897:5,
2901:17, 2902:4,
2902:19, 2902:20,
2902:22, 2902:23,
2906:11, 2907:2,
2908:12, 2911:18,
2914:8, 2914:12,
2915:9, 2915:12,
2916:13, 2918:11,
2918:15, 2918:18,
2918:19, 2919:8,
2920:1, 2920:4,
2920:21, 2921:12,
2921:14, 2922:12,
2929:5, 2929:13,
2930:9, 2931:9,
2933:1, 2936:24

**WHENCE** [1] -
2840:2

**WHERE** [58] -
2840:7, 2842:14,
2844:18, 2846:23,
2846:25, 2847:12,
2847:20, 2848:1,
2848:8, 2849:15,
2851:9, 2851:12,
2851:15, 2851:20,
2853:4, 2853:21,
2853:22, 2853:24,
2855:10, 2857:18,
2859:19, 2860:11,
2866:2, 2868:15,
2868:18, 2868:19,
2869:2, 2869:6,
2870:12, 2870:13,
2870:16, 2873:10,
2874:23, 2875:25,
2877:10, 2879:2,
2882:2, 2886:4,
2889:12, 2906:16,
2911:20, 2912:3,
2912:8, 2918:7,
2918:13, 2921:2,
2921:7, 2922:1,
2922:25, 2923:16,
2925:5, 2926:4,
2931:5, 2932:6,
2932:16

**WHEREAS** [3] -
2873:4, 2927:21,
2928:5

**WHEREUPON** [3] -
2881:23, 2931:3,
2938:1

**WHEREVER** [1] -

2840:2
**WHETHER** [10] -
2838:9, 2838:22,
2876:7, 2887:19,
2888:20, 2890:6,
2903:10, 2905:13,
2930:12, 2931:2

**WHICH** [40] -
2840:22, 2841:23,
2842:12, 2844:19,
2845:21, 2846:17,
2846:24, 2850:19,
2853:13, 2855:4,
2856:10, 2857:20,
2859:3, 2864:18,
2872:13, 2872:15,
2873:18, 2877:2,
2877:5, 2881:16,
2885:3, 2890:12,
2891:8, 2893:25,
2898:16, 2899:3,
2899:24, 2900:13,
2906:19, 2910:2,
2910:10, 2911:20,
2917:2, 2923:16,
2923:17, 2928:12,
2928:19, 2930:5,
2935:5

**WHO** [8] - 2848:9,
2853:18, 2858:5,
2860:13, 2864:4,
2900:16, 2914:13,
2916:13

**WHOLE** [5] -
2877:22, 2904:13,
2935:16, 2935:17,
2935:18

**WHOSE** [1] -
2886:15

**WHY** [9] - 2842:22,
2847:9, 2858:17,
2862:10, 2862:13,
2871:13, 2876:3,
2876:11, 2929:20

**WIDE** [2] - 2853:5,
2887:21

**WIDELY** [1] -
2853:19

**WIDELY-
ACCEPTED** [1] -
2853:19

**WIDENED** [1] -
2927:12

**WIDENING** [1] -
2928:8

**WIDTH** [7] - 2841:9,
2888:17, 2890:15,
2904:19, 2927:20,
2927:24, 2928:2

**WILL** [23] - 2838:24,

2839:1, 2839:4,
2839:12, 2839:23,
2848:8, 2851:16,
2859:2, 2864:11,
2880:10, 2882:20,
2888:6, 2890:4,
2891:15, 2895:25,
2900:11, 2900:12,
2903:8, 2903:12,
2903:13, 2931:25,
2932:2, 2937:23

**WIND** [25] - 2842:6,
2842:7, 2842:9,
2842:13, 2843:23,
2844:17, 2845:13,
2869:11, 2870:10,
2871:9, 2871:10,
2871:14, 2872:24,
2873:15, 2874:2,
2901:2, 2902:5,
2902:19, 2902:20,
2903:8, 2903:13,
2903:19, 2903:20,
2931:20

**WINDS** [12] - 2844:4,
2868:15, 2868:17,
2872:24, 2873:8,
2873:9, 2906:22,
2907:5, 2908:7,
2911:24, 2913:1,
2932:11

**WING** [1] - 2917:9

**WINS** [1] - 2900:16

**WISE** [1] - 2845:1

**WITH** [89] - 2839:10,
2840:24, 2841:16,
2841:24, 2842:16,
2843:2, 2843:20,
2845:23, 2847:1,
2847:10, 2851:8,
2854:8, 2854:23,
2856:4, 2859:14,
2860:20, 2862:7,
2863:16, 2863:18,
2864:14, 2864:22,
2869:3, 2869:24,
2869:25, 2870:23,
2872:21, 2875:8,
2875:9, 2875:11,
2875:12, 2875:17,
2875:18, 2876:8,
2881:11, 2884:3,
2884:21, 2884:22,
2885:12, 2885:16,
2889:20, 2892:17,
2898:10, 2898:23,
2901:2, 2901:5,
2901:6, 2901:11,
2902:4, 2903:1,
2903:13, 2905:14,

2905:16, 2905:21,
2906:5, 2906:14,
2906:18, 2907:2,
2907:13, 2908:8,
2908:16, 2908:19,
2908:23, 2909:4,
2909:7, 2910:6,
2912:24, 2913:16,
2914:3, 2914:7,
2917:7, 2917:24,
2920:18, 2920:23,
2921:13, 2922:2,
2924:8, 2925:23,
2927:24, 2929:1,
2930:4, 2932:3,
2933:10, 2934:2,
2934:5, 2934:10,
2934:21, 2935:15,
2935:23

**WITHDRAWN** [1] -
2912:19

**WITHIN** [5] - 2847:3,
2847:17, 2851:1,
2851:2, 2933:18

**WITHOUT** [9] -
2873:22, 2875:8,
2875:18, 2898:23,
2900:4, 2903:13,
2903:20, 2928:8

**WITNESS** [99] -
2838:13, 2842:4,
2843:7, 2843:9,
2843:15, 2843:20,
2843:25, 2844:3,
2844:8, 2844:11,
2844:14, 2844:23,
2844:25, 2845:3,
2845:6, 2845:11,
2845:25, 2846:9,
2850:20, 2850:25,
2851:11, 2851:15,
2851:24, 2852:4,
2855:14, 2856:21,
2858:13, 2858:15,
2860:10, 2863:19,
2863:21, 2864:9,
2864:11, 2864:13,
2865:13, 2865:16,
2866:3, 2866:5,
2866:18, 2866:21,
2869:14, 2869:17,
2870:3, 2871:8,
2871:12, 2871:20,
2872:3, 2873:23,
2876:9, 2879:9,
2879:13, 2882:24,
2886:9, 2886:13,
2886:17, 2888:12,
2891:20, 2892:2,
2892:5, 2893:23,
2894:15, 2894:19,

2895:3, 2895:5,
2895:10, 2895:13,
2895:18, 2897:15,
2899:15, 2899:17,
2899:19, 2899:21,
2899:23, 2900:3,
2900:6, 2906:2,
2906:9, 2909:7,
2910:17, 2917:12,
2917:14, 2917:16,
2922:25, 2923:20,
2924:16, 2925:2,
2926:5, 2926:10,
2926:18, 2926:20,
2927:8, 2928:21,
2930:23, 2931:6,
2931:8, 2931:12,
2931:14, 2931:16,
2931:19

**WITNESSES** [2] -
2837:3, 2875:10

**WON'T** [2] - 2876:25,
2930:1

**WONDER** [19] -
2841:12, 2846:16,
2852:13, 2852:22,
2860:23, 2862:1,
2864:2, 2867:16,
2867:22, 2874:9,
2876:11, 2877:19,
2878:9, 2885:15,
2892:20, 2898:15,
2899:1, 2900:20,
2901:10

**WONDERED** [1] -
2840:16

**WONDERFUL** [1] -
2863:22

**WOODCOCK** [1] -
2836:12

**WORD** [3] - 2853:11,
2912:18, 2919:19

**WORDS** [4] -
2842:24, 2887:5,
2913:7, 2936:23

**WORK** [4] - 2851:4,
2859:22, 2934:10,
2934:21

**WORKED** [2] -
2857:21, 2914:13

**WORKING** [2] -
2885:12, 2914:8

**WORKS** [1] -
2845:13

**WORLD** [2] -
2850:16, 2893:6

**WORSE** [1] -
2892:13

**WOULD** [138] -
2840:7, 2840:13,

2841:14, 2841:17,
2841:18, 2841:20,
2841:22, 2842:8,
2842:18, 2843:3,
2843:10, 2843:11,
2843:22, 2844:1,
2845:12, 2846:6,
2846:12, 2847:8,
2848:23, 2849:12,
2850:11, 2850:19,
2851:23, 2851:24,
2852:2, 2852:4,
2852:11, 2853:15,
2854:12, 2854:13,
2854:18, 2855:9,
2856:5, 2856:13,
2859:25, 2862:1,
2862:14, 2862:19,
2862:21, 2862:22,
2862:24, 2863:1,
2863:17, 2865:2,
2865:13, 2865:16,
2866:23, 2867:5,
2868:7, 2869:22,
2871:7, 2872:12,
2873:10, 2873:12,
2874:22, 2875:17,
2876:6, 2877:4,
2878:16, 2878:20,
2878:22, 2879:5,
2879:13, 2879:17,
2879:19, 2879:20,
2880:11, 2880:21,
2885:3, 2886:14,
2886:15, 2887:3,
2887:11, 2887:14,
2888:1, 2888:15,
2888:18, 2889:8,
2890:3, 2890:14,
2890:21, 2893:13,
2894:6, 2894:7,
2894:9, 2894:14,
2894:15, 2895:15,
2895:16, 2896:11,
2897:5, 2898:2,
2898:9, 2899:10,
2899:23, 2899:24,
2900:2, 2900:3,
2900:5, 2900:6,
2900:8, 2900:9,
2900:10, 2902:4,
2905:10, 2906:2,
2910:3, 2911:19,
2912:8, 2913:10,
2913:15, 2913:22,
2923:7, 2925:10,
2925:18, 2927:13,
2928:2, 2928:7,
2929:9, 2930:13,
2931:1, 2931:8,
2932:8, 2932:10,

2932:16, 2932:25, 2933:1, 2934:12, 2935:19
**WOULDN'T** [1] - 2926:6
**WRAP** [2] - 2874:25, 2877:22
**WRIGHT** [1] - 2835:1
**WRITE** [3] - 2907:23, 2908:2, 2908:8
**WRONG** [11] - 2850:14, 2862:11, 2865:7, 2869:15, 2872:8, 2887:24, 2915:25, 2918:9, 2920:9, 2926:6
**WROTE** [1] - 2918:18

# X

**X** [9] - 2837:1, 2841:22, 2844:4, 2868:3, 2871:7, 2874:21, 2885:22, 2899:3, 2899:8

# Y

**Y** [6] - 2842:5, 2857:14, 2874:12, 2885:21, 2893:24, 2897:9
**YARDS** [1] - 2904:13
**YEAH** [10] - 2838:23, 2847:21, 2850:2, 2850:4, 2856:16, 2856:17, 2869:1, 2880:4, 2899:17, 2930:11
**YEARS** [2] - 2853:14, 2914:7
**YES** [100] - 2839:3, 2839:8, 2839:15, 2841:18, 2842:23, 2843:14, 2844:25, 2846:14, 2846:19, 2849:7, 2849:9, 2852:15, 2853:1, 2856:3, 2856:20, 2856:21, 2857:10, 2861:14, 2861:22, 2863:3, 2864:10, 2867:21, 2870:12, 2872:9, 2872:19, 2874:1, 2875:22, 2878:12, 2878:15, 2882:2, 2883:3, 2884:13, 2885:18, 2885:20, 2887:23, 2888:12, 2892:16,

2892:23, 2892:25, 2896:6, 2897:12, 2898:11, 2898:24, 2900:3, 2903:4, 2905:24, 2905:25, 2906:25, 2907:6, 2907:7, 2907:18, 2908:2, 2908:18, 2909:19, 2910:5, 2910:14, 2911:2, 2912:10, 2912:24, 2913:7, 2913:15, 2915:23, 2916:3, 2917:13, 2917:21, 2918:5, 2919:7, 2919:10, 2919:17, 2920:22, 2920:23, 2922:14, 2924:4, 2925:8, 2925:25, 2926:20, 2928:4, 2928:24, 2929:5, 2929:12, 2929:23, 2929:24, 2930:3, 2930:16, 2931:4, 2931:7, 2931:11, 2932:22, 2933:4, 2933:11, 2933:23, 2934:7, 2934:9, 2934:13, 2934:18, 2935:14, 2937:6
**YESTERDAY** [3] - 2840:7, 2840:17, 2850:18
**YET** [3] - 2838:18, 2862:1, 2887:8
**YORK** [1] - 2835:24
**YOU** [519] - 2838:7, 2838:14, 2838:24, 2839:8, 2839:23, 2839:25, 2840:1, 2840:16, 2840:21, 2841:1, 2841:9, 2841:12, 2841:13, 2841:16, 2841:23, 2841:24, 2842:3, 2842:13, 2842:14, 2843:1, 2843:3, 2843:11, 2843:13, 2843:16, 2843:18, 2843:24, 2843:25, 2844:3, 2844:5, 2844:11, 2844:25, 2845:9, 2845:23, 2846:1, 2846:8, 2846:9, 2846:20, 2848:8, 2849:8, 2849:10, 2849:11, 2849:14, 2849:18, 2849:19, 2849:22, 2850:4, 2850:5, 2850:18, 2851:7,

2851:11, 2851:12, 2851:15, 2851:16, 2851:17, 2852:12, 2852:13, 2852:21, 2852:23, 2853:3, 2853:4, 2853:5, 2853:7, 2853:9, 2853:15, 2854:3, 2854:7, 2854:8, 2854:17, 2854:21, 2854:22, 2854:25, 2855:19, 2855:23, 2856:7, 2856:13, 2856:22, 2856:24, 2857:15, 2857:16, 2857:19, 2857:23, 2858:3, 2858:8, 2858:11, 2858:20, 2859:1, 2859:2, 2859:3, 2859:5, 2859:7, 2859:9, 2859:10, 2859:11, 2859:12, 2859:13, 2859:19, 2859:20, 2859:21, 2859:22, 2859:24, 2860:10, 2860:14, 2860:15, 2860:18, 2860:20, 2860:21, 2860:23, 2861:3, 2861:5, 2861:10, 2861:14, 2862:1, 2862:13, 2862:18, 2862:19, 2862:22, 2862:23, 2862:24, 2862:25, 2863:1, 2863:3, 2863:4, 2863:10, 2863:14, 2863:17, 2863:20, 2863:21, 2863:22, 2864:2, 2864:5, 2864:9, 2864:13, 2864:23, 2865:2, 2865:5, 2865:8, 2865:17, 2865:18, 2865:19, 2865:21, 2865:22, 2865:25, 2866:10, 2866:15, 2866:16, 2866:19, 2867:3, 2867:16, 2867:19, 2867:22, 2868:2, 2868:3, 2868:6, 2868:18, 2869:6, 2869:10, 2870:2, 2870:5, 2870:9, 2870:10, 2870:12, 2870:13, 2870:21, 2870:25, 2872:18, 2872:19, 2872:20, 2873:8, 2873:9, 2873:10,

2873:15, 2874:7, 2874:8, 2874:9, 2874:10, 2874:11, 2875:5, 2875:15, 2875:20, 2875:23, 2875:25, 2876:1, 2876:6, 2876:7, 2876:8, 2876:9, 2876:11, 2876:15, 2876:17, 2876:19, 2876:21, 2877:8, 2877:12, 2877:15, 2877:19, 2877:20, 2878:9, 2878:10, 2878:13, 2878:24, 2878:25, 2879:17, 2879:18, 2880:1, 2880:11, 2880:19, 2880:22, 2881:18, 2882:13, 2882:22, 2884:8, 2884:10, 2884:11, 2884:14, 2884:15, 2884:18, 2884:21, 2884:22, 2884:25, 2885:1, 2885:2, 2885:3, 2885:4, 2885:6, 2885:13, 2885:15, 2885:23, 2886:3, 2886:10, 2886:18, 2886:24, 2887:14, 2887:16, 2887:22, 2887:24, 2888:1, 2888:5, 2888:11, 2888:23, 2888:24, 2888:25, 2889:1, 2889:10, 2889:12, 2889:13, 2889:17, 2890:3, 2890:9, 2890:14, 2890:18, 2891:18, 2891:25, 2892:3, 2892:12, 2892:18, 2892:20, 2892:24, 2893:14, 2894:1, 2894:19, 2895:23, 2896:1, 2896:2, 2896:3, 2896:6, 2896:8, 2896:10, 2896:13, 2896:14, 2897:9, 2897:14, 2897:17, 2897:18, 2897:19, 2897:20, 2898:4, 2898:11, 2898:18, 2899:1, 2899:3, 2899:12, 2899:24, 2900:2, 2900:21, 2901:13, 2901:17, 2901:21, 2902:4, 2902:6, 2902:13, 2902:18, 2902:19,

2903:1, 2904:15, 2904:16, 2905:3, 2905:4, 2905:7, 2905:13, 2905:20, 2905:25, 2906:2, 2906:4, 2906:8, 2906:14, 2906:15, 2906:16, 2906:23, 2907:4, 2907:8, 2907:17, 2907:23, 2907:24, 2908:1, 2908:2, 2908:8, 2908:12, 2908:15, 2908:16, 2908:18, 2909:5, 2909:13, 2909:16, 2909:18, 2909:23, 2910:2, 2910:22, 2910:25, 2911:4, 2911:18, 2911:19, 2911:24, 2912:4, 2912:12, 2912:17, 2912:19, 2912:20, 2912:25, 2913:8, 2913:13, 2913:14, 2913:22, 2913:24, 2914:8, 2914:10, 2914:14, 2914:17, 2914:23, 2915:9, 2915:10, 2915:11, 2915:12, 2915:15, 2915:17, 2915:18, 2915:20, 2915:21, 2915:23, 2915:24, 2916:2, 2916:4, 2916:7, 2916:10, 2916:11, 2916:17, 2916:19, 2917:7, 2917:9, 2917:10, 2917:12, 2917:14, 2918:10, 2918:13, 2918:14, 2918:21, 2918:23, 2918:25, 2919:3, 2919:6, 2919:7, 2919:8, 2919:15, 2919:18, 2920:1, 2920:4, 2920:6, 2920:7, 2920:12, 2920:14, 2920:15, 2920:21, 2921:2, 2921:6, 2921:7, 2921:8, 2921:12, 2921:13, 2921:22, 2921:24, 2922:1, 2922:2, 2922:4, 2922:12, 2922:21, 2922:25, 2923:1, 2923:25, 2924:7, 2924:10, 2924:17, 2924:20, 2924:21, 2925:10, 2925:18,

2926:3, 2927:11,
2927:17, 2928:22,
2929:1, 2929:7,
2929:14, 2929:17,
2929:21, 2929:22,
2930:1, 2930:9,
2930:12, 2930:13,
2931:2, 2931:7,
2931:9, 2931:11,
2931:13, 2932:7,
2932:15, 2932:24,
2932:25, 2933:15,
2933:20, 2934:8,
2935:3, 2935:7,
2935:10, 2935:11,
2935:14, 2935:15,
2936:1, 2936:8,
2936:18, 2936:23,
2937:16, 2937:20,
2937:24
  YOU'LL [4] -
2842:16, 2862:17,
2902:14, 2929:25
  YOU'RE [55] -
2839:13, 2842:3,
2845:3, 2850:1,
2852:8, 2854:2,
2856:23, 2858:14,
2858:15, 2861:8,
2861:12, 2861:16,
2861:20, 2862:24,
2868:5, 2868:6,
2868:24, 2869:9,
2869:12, 2871:2,
2871:22, 2874:5,
2876:13, 2894:2,
2899:24, 2901:23,
2903:10, 2903:12,
2903:14, 2908:13,
2908:25, 2910:13,
2913:7, 2913:9,
2914:16, 2914:20,
2915:1, 2915:3,
2915:5, 2915:7,
2926:13, 2927:17,
2928:19, 2928:21,
2931:19, 2931:20,
2931:21, 2931:24,
2933:2, 2933:3,
2933:11, 2937:1
  YOU'VE [19] -
2847:16, 2848:7,
2848:19, 2852:12,
2864:6, 2867:17,
2875:6, 2875:14,
2877:6, 2877:18,
2911:20, 2913:11,
2914:4, 2915:20,
2918:20, 2932:18,
2933:24
  YOUR [169] - 2838:6,

2838:21, 2838:25,
2839:1, 2839:3,
2839:16, 2839:24,
2839:25, 2840:17,
2840:19, 2841:13,
2841:24, 2843:19,
2843:25, 2844:3,
2845:9, 2846:12,
2846:16, 2852:9,
2854:9, 2855:17,
2855:20, 2859:10,
2859:21, 2865:24,
2866:7, 2866:11,
2866:15, 2874:1,
2874:4, 2874:7,
2876:8, 2877:4,
2877:5, 2877:7,
2879:20, 2880:9,
2880:19, 2880:23,
2881:1, 2881:8,
2881:10, 2882:4,
2882:6, 2882:11,
2882:22, 2883:3,
2883:20, 2884:2,
2884:7, 2884:10,
2887:6, 2887:14,
2887:17, 2887:19,
2887:24, 2887:25,
2888:6, 2888:11,
2889:4, 2891:5,
2891:9, 2891:18,
2896:3, 2896:10,
2897:9, 2898:1,
2898:3, 2900:14,
2900:18, 2900:20,
2901:11, 2902:9,
2903:18, 2903:25,
2904:6, 2904:13,
2904:25, 2905:2,
2905:3, 2905:24,
2906:22, 2906:23,
2907:5, 2907:6,
2907:9, 2907:23,
2908:3, 2908:8,
2910:6, 2910:20,
2911:23, 2912:11,
2912:17, 2912:20,
2913:19, 2915:12,
2915:21, 2915:25,
2916:1, 2916:2,
2916:14, 2916:21,
2916:22, 2917:3,
2917:7, 2917:11,
2917:20, 2917:22,
2919:19, 2919:20,
2919:24, 2920:4,
2920:12, 2920:21,
2921:2, 2921:17,
2921:23, 2922:1,
2922:5, 2922:18,
2923:10, 2923:15,

2923:19, 2923:21,
2924:2, 2924:11,
2925:15, 2926:23,
2927:11, 2927:20,
2927:24, 2927:25,
2928:3, 2928:5,
2928:8, 2929:9,
2929:10, 2929:13,
2929:20, 2929:25,
2930:1, 2930:5,
2930:20, 2933:5,
2933:12, 2934:6,
2935:3, 2935:10,
2936:9, 2936:14,
2936:19, 2936:23,
2937:5, 2937:12,
2937:14, 2937:18
  YOURSELF [2] -
2887:9, 2916:4

## Z

  ZERO [11] - 2842:24,
2842:25, 2844:5,
2863:6, 2870:4,
2874:21, 2890:8,
2896:14, 2912:24,
2913:7, 2913:13