```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2    ****************************************************************
     NORMAN ROBINSON, ET AL
3
                                          DOCKET NO. 06-CV-2268
4    V.                                   NEW ORLEANS, LOUISIANA
                                          FRIDAY, MAY 8, 2009
5
     UNITED STATES OF AMERICA, ET AL
6    ****************************************************************

7
                      TRANSCRIPT OF TRIAL PROCEEDINGS
8        HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                     UNITED STATES DISTRICT JUDGE
9                    VOLUME 15 - MORNING SESSION

10

11   APPEARANCES:

12

13   FOR THE PLAINTIFF:            O'DONNELL & ASSOCIATES
                                   BY:  PIERCE O'DONNELL, ESQ.
                                   550 SOUTH HOPE STREET
14                                 SUITE 1000
                                   LOS ANGELES, CA 90071-2627
15

16                                 LAW OFFICE OF JOSEPH M. BRUNO
                                   BY:  JOSEPH M. BRUNO, ESQ.
17                                 855 BARONNE ST.
                                   NEW ORLEANS, LA 70113
18

19                                 THE ANDRY LAW FIRM
                                   BY:  JONATHAN B. ANDRY, ESQ.
20                                      KEA SHERMAN, ESQ.
                                   610 BARONNE ST.
21                                 NEW ORLEANS, LA 70113

22

23                                 BARON & BUDD
                                   BY:  THOMAS SIMS, ESQ.
                                   3102 OAK LAWN AVENUE, SUITE 1100
24                                 DALLAS, TX 75219

25
```

───────── FINAL DAILY COPY ─────────

```
 1                              DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                BY:  JAMES P. ROY, ESQ.
 2                              P. O. BOX 3668
                                556 JEFFERSON ST.
 3                              LAFAYETTE, LA 70502-3668

 4
                                THE DUDENHEFER LAW FIRM, LLC
 5                              BY:  FRANK C. DUDENHEFER, JR., ESQ.
                                601 POYDRAS ST., SUITE 2655
 6                              NEW ORLEANS, LA 70130-6004

 7
                                DUMAS & ASSOCIATES LAW FIRM
 8                              BY:  WALTER C. DUMAS, ESQ.
                                LAWYER'S COMPLEX
 9                              1261 GOVERNMENT STREET
                                P.O. BOX 1366
10                              BATON ROUGE, LA 70821-1366

11
                                FAYARD & HONEYCUTT
12                              BY:  CALVIN C. FAYARD, JR., ESQ.
                                519 FLORIDA AVENUE, S.W.
13                              DENHAM SPRINGS, LA 70726

14
                                MICHAEL C. PALMINTIER, A PLC
15                              BY:  MICHAEL C. PALMINTIER, ESQ.
                                     JOSHUA M. PALMINTIER, ESQ.
16                              618 MAIN STREET
                                BATON ROUGE, LA 70801-1910
17
18                              LAW OFFICE OF ELWOOD C. STEVENS, JR.
                                BY:  ELWOOD C. STEVENS, JR., ESQ.
19                              1205 VICTOR II BLVD.
                                P. O. BOX 2626
20                              MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:   THE GILBERT FIRM, LLC
                                BY:  ELISA T. GILBERT, ESQ.
23                                   BRENDAN R. O'BRIEN, ESQ.
                                325 EAST 57TH ST.
24                              NEW YORK, NY 10022

25
```

— FINAL DAILY COPY —

```
 1    ALSO PRESENT:              MRGO LITIGATION OFFICE
                                 BY:  J. ROBERT WARREN, II, ESQ.
 2                                    ASHLEY E. PHILEN, ESQ.
                                 600 CARONDELET STREET, SUITE 604
 3                               NEW ORLEANS, LA 70130

 4
      FOR THE DEFENDANT:         U. S. DEPARTMENT OF JUSTICE
 5                               TORTS BRANCH
                                 BY:  DANIEL MICHAEL BAEZA, JR.
 6                                    JEFFREY PAUL EHRLICH, ESQ.
                                      TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                    MICHELE S. GREIF, ESQ.
                                      CONOR KELLS, ESQ.
 8                                    PAUL MARC LEVINE, ESQ.
                                      JAMES F. MCCONNON, JR., ESQ.
 9                                    KARA K. MILLER, ESQ.
                                      RUPERT MITSCH, ESQ.
10                                    PETER G. MYER, ESQ.
                                      ROBIN D. SMITH, ESQ.
11                                    SARAH K. SOJA, ESQ.
                                      RICHARD R. STONE, SR., ESQ.
12                                    JOHN WOODCOCK, ESQ.
                                 P. O. BOX 888
13                               BENJAMIN FRANKLIN STATION
                                 WASHINGTON, DC 20044
14

15

16
      OFFICIAL COURT REPORTER:   KAREN A. IBOS, CCR, RPR, CRR
17                               500 POYDRAS STREET, ROOM HB-406
                                 NEW ORLEANS, LOUISIANA 70130
18                               (504) 589-7776

19

20        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
      PRODUCED BY COMPUTER.
21

22

23

24

25
```

I N D E X

WITNESSES FOR THE GOVERNMENT:                          PAGE/LINE:


REED MOSHER

   CONTINUED DIRECT EXAMINATION BY MR. LEVINE        3097/8

   CROSS-EXAMINATION BY MR. O'DONNELL                3120/18

   REDIRECT EXAMINATION BY MR. LEVINE               3170/19




GREGORY MILLER

   DIRECT EXAMINATION BY MS. MILLER                  3177/24

<u>P R O C E E D I N G S</u>

(FRIDAY, MAY 8, 2009)

(MORNING SESSION)

08:30:53  4

09:04:13  5          THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

09:04:20  6          THE COURT:  GOOD MORNING.  COUNSEL, ARE YOU READY TO

09:04:26  7  RESUME?

09:04:27  8          MR. LEVINE:  YES, YOUR HONOR.  BEFORE I RESUME, CAN I MAKE

09:04:28  9  A NOTATION FOR THE RECORD AND TAKE CARE OF TWO HOUSEKEEPING MATTERS?

09:04:32 10          THE COURT:  OKAY.

09:04:33 11          MR. LEVINE:  I JUST WANT TO NOTE FOR THE RECORD THAT ON

09:04:35 12  PAGE NINE OF DR. MOSHER'S EXPERT REPORT, JX 212, IT SAYS:  "OVER THE

09:04:40 13  YEARS SINCE THE CONSTRUCTION OF THE LEVEES ALONG THE MRGO,

09:04:44 14  SUBSIDENCE OF THE NORTHERN AREA AND THE CONSOLIDATION OF THE SOILS

09:04:49 15  BELOW THE LEVEES RESULTING IN THEIR SETTLEMENT HAVE LED TO A

09:04:54 16  REDUCTION IN THE PLAXIS ELEVATION LEVEL.  BELOW THAT IS THE ORIGINAL

09:04:57 17  DESIGN PROTECTION LEVEL FOR THE MRGO, WHICH INCREASED THE AMOUNT OF

09:04:59 18  OVERTOPPING, EROSION AND SUBSEQUENT FLOODING."

09:05:02 19          THE COURT:  THANK YOU, SIR.  THAT IS NOTED FOR THE RECORD.

09:05:09 20          MR. LEVINE:  THE TWO HOUSEKEEPING MATTERS ARE, I PROVIDED

09:05:10 21  PLAINTIFFS A COPY OF DX 1754, WHICH IS FIGURE 7, THAT HAS THE RED

09:05:15 22  ARROWS AND THE DIFFERENT STAGES.

09:05:17 23          THE COURT:  OH, YES, THANK YOU.

09:05:19 24          MR. LEVINE:  AND THEN I ALSO HAVE A COPY OF PX 1877.60,

09:05:24 25  WHICH IS THE VIDEO CLIP THAT WE PLAYED FROM YESTERDAY.

09:05:26  1          THE COURT:  THANK YOU VERY MUCH.

09:05:28  2          MR. LEVINE:  MAY I APPROACH?

09:05:29  3          THE COURT:  YES, YOU MAY.

09:05:31  4          MR. LEVINE:  THANK YOU, YOUR HONOR.  MAY I PROCEED?

09:05:39  5          THE COURT:  YES, SIR, YOU MAY.

09:05:41  6          MR. LEVINE:  THANK YOU.

09:05:42  7                    CONTINUED DIRECT EXAMINATION

09:05:42  8   BY MR. LEVINE:

09:05:44  9   Q.  DR. MOSHER, SHEET PILE SECTIONS ALONG REACH 2 ALSO FAILED ON THE

09:05:50 10   INFLOWS DURING HURRICANE KATRINA, CORRECT?

09:05:50 11   A.  THAT'S CORRECT.

09:05:51 12   Q.  WHAT WAS THE PURPOSE OF INSTALLING SHEET PILE ALONG REACH 2?

09:05:54 13   A.  IT WAS TO RAISE UP THE PROTECTIVE LEVEL TO THE -- IT WAS TO

09:06:06 14   RAISE THE PROTECTION LEVEL UP TO THE AUTHORIZED LEVEL, OR RAISE THE

09:06:11 15   LEVEE HEIGHT, ESSENTIALLY THE CROWN HEIGHT.

09:06:15 16   Q.  TO A REASONABLE DEGREE OF SCIENTIFIC CERTAINTY, HAVE YOU REACHED

09:06:19 17   AN OPINION AS TO THE CAUSE OF FAILURE OF THE SECTIONS OF SHEET PILE

09:06:22 18   WHICH FAILED DURING HURRICANE KATRINA?

09:06:24 19   A.  YES.

09:06:25 20   Q.  WHAT IS THAT OPINION?

09:06:26 21   A.  IT'S DUE TO OVERTOPPING.

09:06:28 22   Q.  NOW, LET'S TAKE A LOOK AT FIGURE 12 ON PAGE 21 OF YOUR EXPERT

09:06:32 23   REPORT, WHICH IS JX 212.

09:06:40 24   A.  OKAY.

09:06:41 25   Q.  WHAT DOES THIS FIGURE SHOW?

09:06:47 1   A.  IT SHOWS A DIAGRAM THAT DEPICTS THE OVERTOPPING OF WATER OVER A

09:06:50 2   LEVEE, WHERE YOU HAVE THE WATER FLOWING OVER AND COMING DOWN THE

09:06:54 3   BACK AND STRIKING THE GROUND BEHIND THE LEVEE CAUSING A JET-LIKE

09:06:59 4   ACTION.

09:07:00 5   Q.  WHAT HAPPENS WHEN THE WATER REACHES THE TOP OF THE LEVEE AND

09:07:05 6   THEN STARTS TO GO DOWN THE BACK SIDE OF THE SHEET PILE SECTION?

09:07:09 7   A.  OKAY.  YOU GET AN INCREASE IN VELOCITY AS YOU GO DOWN, SO IT'S

09:07:13 8   STRIKING THE SOIL AND IT'LL START ERODING THE SOIL DIRECTLY BEHIND

09:07:17 9   THE WALL.

09:07:19 10  Q.  LET'S TAKE A LOOK AT FIGURE 44 ON PAGE 49 OF YOUR EXPERT REPORT.

09:07:31 11  A.  OKAY.

09:07:32 12  Q.  WHAT DOES THIS FIGURE SHOW?

09:07:34 13  A.  IT SHOWS A SHEET PILE SECTION SOUTH OF BAYOU BIENVENUE THAT HAS

09:07:41 14  HAD EROSION AND THAT YOU'VE LOST THE SHEET PILING IN A SECTION.  YOU

09:07:47 15  CAN SEE IN THE FOREGROUND WHERE IT'S -- IN THE BOTTOM OF THE PICTURE

09:07:52 16  HERE WHERE YOU HAVE SOME INITIAL EROSION AND THEN HERE A LARGE

09:07:58 17  SECTION THAT HAS BEEN ERODED AWAY AND THEY'VE LOST THE WALL

09:08:02 18  (INDICATING).

09:08:02 19          THE COURT:  JUST OUT OF CURIOSITY, THE SEDIMENT, I

09:08:05 20  NOTICED, FLOWS ON EITHER SIDE OF THE PICTURE UP AT THE TOP, KIND OF

09:08:12 21  AN INTERESTING PATTERN ON BOTH SIDES.  DO YOU SEE WHAT I'M TALKING

09:08:16 22  ABOUT?

09:08:16 23          THE WITNESS:  RIGHT.

09:08:17 24          THE COURT:  IF YOU COULD POINT UP THERE SO COUNSEL COULD

09:08:22 25  FOLLOW ALONG.

09:08:22  1          THE WITNESS:  THIS, THIS (INDICATING)?

09:08:23  2          THE COURT:  YES, RIGHT.  AND THEN I DON'T SEE SEDIMENT,

09:08:27  3   AND THIS HAS NO BEARING ON ANYTHING, I SEE NO SEDIMENT IN THE AREA

09:08:32  4   WHERE THE BACK-SIDE EROSION, SUBSTANTIAL EROSION HAS TAKEN PLACE

09:08:36  5   IMMEDIATELY BEHIND IT.  CAN YOU EXPLAIN?

09:08:39  6          THE WITNESS:  WHAT HAPPENS THERE IS BECAUSE THE WALL WAS

09:08:41  7   LOST, YOU GET A FOCUSSING OF FLOW THAT JUST WASHED ALL OF THAT

09:08:45  8   MATERIAL OUT AND YOU JUST ARE LEFT WITH THE ONES ON THE -- LEFT ON

09:08:50  9   THE SIDES BECAUSE IT WAS FOCUSSING THE FLOW THROUGH THAT AREA.

09:08:52 10          THE COURT:  BECAUSE OF THE FOCUS FLOW THE MATERIAL WAS

09:08:55 11   WASHED AWAY.

09:08:56 12          THE WITNESS:  RIGHT.

09:08:56 13          THE COURT:  SO THERE WOULD BE NO EVIDENCE OF THE SEDIMENT

09:08:59 14   MATERIAL SINCE IT WAS --

09:09:00 15          THE WITNESS:  PUSHED AWAY, YES.

09:09:02 16          THE COURT:  OKAY.  THANK YOU.

09:09:03 17   BY MR. LEVINE:

09:09:05 18   Q.  IN THIS PICTURE WITH RESPECT TO THAT GRAPH THAT WE JUST SHOWED

09:09:11 19   IN FIGURE 12, CAN YOU EXPLAIN HOW THE BREACHING OCCURRED AT THIS

09:09:15 20   LOCATION?

09:09:16 21   A.  OKAY.  IF WE'RE LOOKING HERE AT THIS PART, WATER GOING OVER THE

09:09:22 22   TOP OF THAT WALL WOULD START ERODING THIS AREA HERE.  AND YOU CAN

09:09:25 23   SEE UP HERE THAT IT'S ERODED IT SO DEEP THAT YOU'VE LOST THE SOIL IN

09:09:30 24   FRONT OF THE WALL, WHICH PROVIDES ITS STABILITY, AND SO THE WALL

09:09:33 25   WOULD JUST LAY OVER AND THE WATER WOULD BE RUSHING OVER THE TOP OF

09:09:38  1    IT (INDICATING).  SO YOU'VE LOST THE SOIL BEHIND THE WALL THAT

09:09:47  2    PROVIDES ITS SUPPORT TO STAY UP.

09:09:47  3    Q.  WHEN YOU TALK ABOUT UP THERE, YOU'RE TALKING ABOUT THE DARK SPOT

09:09:49  4    IN THE CENTER OF THE PICTURE, CORRECT?

09:09:51  5    A.  RIGHT HERE, WHERE THE WALL IS GONE (INDICATING).

09:09:54  6    Q.  NOW, I WANT TO TAKE A LOOK AT ANOTHER PICTURE WHICH WE SAW IN

09:09:57  7    MR. EBERSOLE'S EXAMINATION, AND IT'S FIGURE A13 ON PAGE 123 OF YOUR

09:10:03  8    EXPERT REPORT.  THE FIRST THING WE NOTE, WE DO SEE THE MRGO UP THERE

09:10:16  9    IN THE TOP LEFT CORNER OF THE PICTURE, CORRECT?

09:10:18 10    A.  THAT'S CORRECT.

09:10:19 11    Q.  AND YOU CAN FOCUS IN ON THE HOLES IN THE SHEET PILE IN THE TOP

09:10:30 12    THIRD OF THE SCREEN.

09:10:35 13    A.  YES.  OKAY.  THOSE ARE, THAT'S WHERE THE, ON THE OUTFLOW OF THE

09:10:43 14    WATER FROM THAT AREA, FROM THE PROTECTIVE SIDE, AFTER THE HURRICANE

09:10:47 15    OPENED UP THE WALL AND THE WATER FLOWED BACK OUT INTO THE MRGO RIGHT

09:10:53 16    IN THIS AREA HERE (INDICATING).

09:10:55 17    Q.  IS THAT WHY THE SHEET PILE IS OPENED OUT TOWARDS THE CHANNEL?

09:10:58 18    A.  RIGHT.  YOU CAN TELL BECAUSE IT IS -- THE CHANNEL'S KIND OF

09:11:01 19    OPENED UP LIKE A VALVE, IF YOU WANT TO SAY, TO ALLOW THE WATER TO

09:11:05 20    COME OUT AS IT TURNED OUT THAT WAY.

09:11:09 21    Q.  IF WE CAN LOOK AT THE CAPTION AS WELL.  IT SAYS:  "TWO SCOUR

09:11:24 22    TRENCHES EVIDENT; A NARROW STRAIGHT TRENCH CLOSE TO THE WALL PERHAPS

09:11:28 23    INDICATING EARLY OVERFLOW."

09:11:32 24         CAN YOU SHOW THE COURT WHERE THAT NARROW TRENCH IS

09:11:35 25    LOCATED?

09:11:36 1   A.  YOU CAN SEE IT UP HERE, AND THEN ALONG HERE WHERE YOU SEE SOME

09:11:40 2   OF THE EROSION BEFORE IT GOES INTO THIS DEEPER, LARGER TRENCH.  IT'S

09:11:45 3   QUITE EVIDENT RIGHT UP HERE, THE NARROW -- LIKE WHAT WE SAW BEFORE

09:11:49 4   (INDICATING).

09:11:50 5   Q.  IS THAT REFLECTED BY THE YELLOW ARROWS WHERE THEY'RE HITTING THE

09:11:56 6   SORT OF THE SANDY-COLORED SEDIMENTATION?

09:11:59 7   A.  THAT'S CORRECT.

09:11:59 8   Q.  AND THEN THE NEXT SENTENCE YOU SAY, IF I CONTINUE ON WITH THIS

09:12:03 9   SENTENCE, YOU SAY:  "MUCH MORE WIDER TRENCH, LARGER TRENCH SEEMS TOO

09:12:07 10  WIDE FOR OVERTOPPING-INDUCED SCOUR, MAY BE DUE TO WATER FLOWING

09:12:12 11  ALONG THE WALL TO EXIT THROUGH BREACH AFTER THE STORM."

09:12:15 12          THAT'S WHERE THE GREEN ARROW IS, WHERE YOU SEE THAT

09:12:19 13  DARK-COLORED TRENCH?

09:12:20 14  A.  THAT'S CORRECT.  YOU CAN SEE THAT IT'S QUITE WIDE.  WIDER THAN

09:12:24 15  WHAT YOU WOULD EXPECT FOR WATER FLOWING OVER THE WALL WHERE IT WOULD

09:12:27 16  DROP QUICKLY BEHIND THE WALL.  SO WHAT I BELIEVE HAPPENED WAS THAT

09:12:33 17  YOU HAD WATER FLOWING OUT THIS WAY, AND IT ERODED THAT MATERIAL AS

09:12:37 18  IT WAS FLOWING BACK OUT (INDICATING).  THE WALL WAS PART OF A

09:12:42 19  CHANNEL TO ALLOW THE WATER TO FLOW BACK OUT.

09:12:44 20  Q.  SO THE DARKER SECTION ON THIS PICTURE INDICATES MORE OF THE

09:12:48 21  OUTFLOW THAN OF THE EROSION FROM THE INFLOW OF THE STORM, CORRECT?

09:12:56 22  A.  THAT'S CORRECT.

09:12:56 23  Q.  LET'S TAKE A LOOK AT FIGURE 45, WHICH IS ON PAGE 50 OF YOUR

09:12:59 24  EXPERT REPORT.  NOW, FIRST, WHERE IS THIS PICTURE TAKEN FROM?

09:13:15 25  A.  THIS IS SOUTHEAST OF DUPRE ON THE MRGO.  THE MRGO IS IN THE

09:13:20  1    BACKGROUND OR AT THE TOP OF THE PICTURE THERE.

09:13:22  2    Q.   AND THE EROSION THAT I SEE IN THIS PICTURE, HOW IS THAT CAUSED?

09:13:26  3    A.   THAT'S CAUSED BY OVERTOPPING.   THE WALL IS STILL IN PLACE AND

09:13:30  4    YOU HAVE THE EROSION, YOU CAN SEE THE MATERIAL THAT WAS WASHED AWAY

09:13:34  5    AND ERODED AWAY IN THE BOTTOM OF THE PICTURE.

09:13:37  6    Q.   NOW, LET'S SEE IF WE CAN FIGURE OUT WHY YOU GET EROSION IN THE

09:13:43  7    BOTTOM PART OF THE PICTURE, BUT IT DOESN'T LOOK LIKE THERE'S EROSION

09:13:47  8    IN THE TOP RIGHT SIDE OF THE PICTURE.

09:13:50  9    A.   OVER IN HERE (INDICATING).

09:13:52 10    Q.   IF WE COULD TURN TO PAGE 32 OF YOUR EXPERT REPORT, WHERE YOU CAN

09:14:04 11    SEE THE LOCATIONS FOR SOIL BORING 7 OR 8 ARE NEAR THE END OF THE

09:14:12 12    LEVEE JUST ALONG REACH 2, CORRECT?

09:14:14 13    A.   THAT'S CORRECT.

09:14:15 14    Q.   AND THEN TURN BACK TO PAGE 51 OF YOUR EXPERT REPORT, AND I WANT

09:14:22 15    TO FOCUS ON FIGURE 47.   AND THIS IS THE LIDAR PLOT FOR, I BELIEVE

09:14:33 16    IT'S FOR LOCATION 7.   IS THAT CORRECT?

09:14:38 17    A.   THAT'S CORRECT.

09:14:39 18    Q.   AND SO JUST LIKE YESTERDAY, WE SEE THE GREEN LINE ON THIS PLOT,

09:14:51 19    THAT'S THE PREKATRINA LEVEE ELEVATION, CORRECT?

09:14:54 20    A.   THAT'S CORRECT.

09:14:54 21    Q.   AND THEN THE JAGGED BLACK LINE IS OBVIOUSLY THE POST KATRINA

09:14:58 22    LEVEE ELEVATION, CORRECT?

09:15:00 23    A.   AND THIS WAS THE LOCATION WHERE THERE WAS A SHEET PILE WALL.

09:15:04 24    Q.   SO DOES THE LIDAR PICK UP THAT SHEET PILE WALL?

09:15:09 25    A.   NO, NOT IN THIS.

09:15:09 1   Q.   SO THE ELEVATION AT THIS LOCATION IS HIGHER THAN REFLECTED IN

09:15:13 2   THIS GRAPH, CORRECT?

09:15:14 3   A.   THE CROWN ELEVATION ON THE TOP OF THE WALL IS CORRECT.

09:15:17 4   Q.   SO IN THIS PHOTOGRAPH, IN THIS LIDAR FIGURE, WHAT'S THE

09:15:25 5   ELEVATION DEPICTED IN THE LIDAR FOR THE SOIL BORING LOCATION?

09:15:30 6   A.   ABOUT 13 FEET.

09:15:33 7   Q.   SO IF YOU ADD THE SHEET PILE IN, APPROXIMATELY HOW HIGH IS THIS

09:15:38 8   SECTION?

09:15:38 9   A.   IT'S ABOUT 17 AND A HALF OR SO.

09:15:41 10  Q.   AND HOW DID THIS SECTION FAIR DURING THE STORM?

09:15:44 11  A.   WELL, THERE WAS SIGNIFICANT EROSION, BUT THEY DIDN'T LOSE THE

09:15:49 12  WALL.   YOU CAN SEE THE CROWN WHERE THE WATER WENT OVER THAT YOU LOST

09:15:54 13  SEVERAL FEET OF THE CROWN BUT DIDN'T TOTALLY LOSE THE WALL.

09:15:57 14  Q.   LET'S GO BACK ONE PAGE TO PAGE 50 OF YOUR REPORT, AND LOOK AT

09:16:05 15  FIGURE 46.   AND THIS IS THE SOIL BORING FOR LOCATION 7, CORRECT?

09:16:11 16  A.   THAT'S CORRECT.

09:16:12 17  Q.   AND WHAT TYPE OF SOIL ARE INCLUDED IN THIS SHEET PILE SECTION?

09:16:17 18  A.   IT'S A LEAN SILT AND CLAY AT THE TOP AND IT ACTUALLY SHOWS

09:16:24 19  THAT --

09:16:24 20          THE COURT:   I CAN'T QUITE HEAR YOU SIR.

09:16:31 21          THE WITNESS:   IT'S A LEAN SILT AND CLAY AT THE TOP AND

09:16:31 22  ACTUALLY RIGHT AT THE VERY TOP IT'S SILT WITH A LEAN CLAY UNDERNEATH

09:16:33 23  IT.

09:16:34 24  BY MR. LEVINE:

09:16:34 25  Q.   AND WHICH HAD MORE OF AN IMPACT ON THE LEVEE PERFORMANCE, THE

09:16:39 1   ELEVATION THAT WE SAW IN THE LIDAR PLOT OR THE SOIL THAT WAS

09:16:42 2   PRESENT?

09:16:43 3   A.  THE SOIL THAT WAS PRESENT AND WASHED AWAY.

09:16:46 4   Q.  WHY IS THAT?

09:16:46 5   A.  BECAUSE IT'S AN ERODIBLE MATERIAL, AND IT WASHED IT AWAY.  I

09:16:53 6   THINK YOU CAN SEE IN ONE OF THE OTHER PLOTS OF ONE RIGHT NEXT TO IT

09:16:56 7   ON THE LEVEE THAT WAS MADE OF A DIFFERENT MATERIAL, ALMOST THE SAME

09:17:01 8   LOCATION, THAT SURVIVES.

09:17:03 9         THE COURT:  OKAY.  GO TO THAT PICTURE BECAUSE IT'S

09:17:06 10  INTERESTING.  I WAS GOING TO ASK HIM ABOUT THAT.  YOU WOULD HAVE TO

09:17:09 11  TAKE AWAY THE FIGURE 46.

09:17:11 12        MR. LEVINE:  YOU WANT TO TAKE A LOOK AT FIGURE 45 ON --

09:17:14 13        THE COURT:  YEAH, I THINK THAT'S WHAT YOU WERE JUST

09:17:15 14  REFERRING TO.

09:17:16 15        THE WITNESS:  RIGHT.

09:17:17 16        THE COURT:  AND YOU'RE TALKING ABOUT THE PORTION OF THE

09:17:19 17  LEVEE NOT COVERED BY SHEET PILE TO THE RIGHT OF THE PICTURE?

09:17:22 18        THE WITNESS:  RIGHT, THIS ONE OVER HERE (INDICATING).

09:17:23 19        THE COURT:  AND IT DOES NOT APPEAR TO BE -- THE EROSION

09:17:27 20  THAT TOOK PLACE, DOES NOT APPEAR TO BE WHERE THE SHEET PILE WAS.

09:17:31 21        THE WITNESS:  RIGHT, CORRECT.

09:17:33 22        THE COURT:  AND WHY IS THAT, SIR?

09:17:35 23        THE WITNESS:  IN THE REPORT, IT SHOWS -- I THINK WILL

09:17:40 24  SHOW, THAT IT IS A DIFFERENT MATERIAL AT THAT LOCATION.

09:17:45 25        THE COURT:  OKAY.  WHAT KIND OF MATERIAL IS AT THE

─ FINAL DAILY COPY ─

09:17:50 1    LOCATION TO THE RIGHT?

09:17:51 2              THE WITNESS:  IT'S A FAT CLAY IN THAT AREA.

09:17:59 3              THE COURT:  AND THAT'S IMMEDIATELY ADJACENT.  INTERESTING.

09:18:03 4              MR. LEVINE:  LET'S PULL UP FIGURE 32 AGAIN, PAGE 32 AGAIN,

09:18:07 5    SO WE CAN GET A REFERENCE WITH THE SOIL BORING LOCATION THAT WE'RE

09:18:11 6    LOOKING AT.

09:18:12 7              THE COURT:  OKAY.

09:18:14 8    BY MR. LEVINE:

09:18:14 9    Q.  AND THE SOIL BORING AND THE SHEET PILE LOCATION, THAT WAS IN --

09:18:19 10   A.  RIGHT THERE, 7 (INDICATING).

09:18:20 11   Q.  AND THEN OVER HERE WE HAVE, REALLY CLOSE TO IT IS 8; IS THAT

09:18:25 12   CORRECT?

09:18:25 13   A.  THAT'S CORRECT.

09:18:26 14   Q.  LET'S TAKE A LOOK AT THE SOIL BORING FOR LOCATION 8.  AND THAT'S

09:18:33 15   ON FIGURE 48 ON PAGE 51.  AND WHAT TYPES OF SOIL WERE PRESENT IN

09:18:48 16   THIS LOCATION?

09:18:49 17   A.  IN THIS LOCATION, YOU HAVE A FAT CLAY, MEDIUM FAT CLAY, AND IT

09:18:55 18   GOES ALMOST ALL THE WAY THROUGH THE LEVEE.

09:19:01 19   Q.  NOW, BASED ON YOUR REVIEW OF THE DATA, WHICH SOILS FAIRED BETTER

09:19:05 20   DURING HURRICANE KATRINA?

09:19:06 21   A.  THE MEDIUM FAT CLAYS.

09:19:09 22   Q.  AND WHERE IN THE LEVEE DID MEDIUM FAT CLAYS NEED TO BE TO

09:19:13 23   WITHSTAND EROSION?

09:19:15 24   A.  THEY NEEDED TO BE ON THE SURFACE OF THE LEVEE.

09:19:17 25              THE COURT:  JUST ONE SECOND.  I GOT THAT ANSWER WHERE THE

─── FINAL DAILY COPY ───

09:19:20  1   FAT CLAY NEEDED TO BE.

09:19:49  2            THE SOIL BORING THAT WE JUST REFERRED TO WERE TAKEN AT TWO

09:19:52  3   DIFFERENT TIMES, I THINK, 15 YEARS APART; IS THAT CORRECT?

09:19:59  4            THE WITNESS:  THAT'S CORRECT.

09:19:59  5            THE COURT:  DO YOU KNOW IF THERE WAS ANY LIFT OR ANYTHING

09:19:59  6   DONE THAT MIGHT HAVE CHANGED THE SOIL CONFIGURATION SINCE THAT TIME,

09:20:03  7   I SAY CONFIGURATION, THE SOIL COMPOSITION SINCE THAT TIME?

09:20:07  8            THE WITNESS:  RIGHT.  I BELIEVE THERE WAS A LIFT.  THAT'S

09:20:11  9   IN THE SOUTHERN PART OF THE -- IN THE '70S OR LATE '80S, THERE WAS A

09:20:15 10   LIFT ADDED IN THAT AREA, PARTICULARLY WHERE THIS ONE WAS LOCATED

09:20:18 11   (INDICATING).  BUT ALL THROUGH -- SO THE SURFACE HAD BEEN ADDED TO

09:20:23 12   THAT WHERE IT HADN'T BEEN ADDED TO THE SHEET PILE AREA.

09:20:27 13            THE COURT:  DO YOU KNOW WHEN THAT LIFT WAS DONE?  IF YOU

09:20:32 14   DON'T, THAT'S FINE.

09:20:33 15            THE WITNESS:  I KNOW THE GEOTECHNICAL REPORT FOR THAT WAS

09:20:37 16   AROUND 1984.

09:20:39 17            THE COURT:  BEFORE THE SOIL BORING WAS TAKEN?

09:20:41 18            THE WITNESS:  I'LL HAVE TO LOOK AT THAT SOIL REPORT.

09:20:44 19            THE COURT:  I THINK IT'S '85.

09:20:46 20            THE WITNESS:  IT WAS RIGHT AT THAT TIME.

09:20:48 21            THE COURT:  CLOSE.

09:20:49 22            THE WITNESS:  CLOSE, YEAH.

09:20:50 23            THE COURT:  ALL RIGHT.  THANKS.

09:20:53 24   BY MR. LEVINE:

09:20:54 25   Q.  AND I BELIEVE YOU JUST SAID, BASED ON YOUR REVIEW OF THE DATA,

09:20:57 1   MEDIUM FAT CLAYS FAIRED BETTER DURING HURRICANE KATRINA THAN OTHER

09:21:01 2   SOIL TYPES, CORRECT?

09:21:02 3   A.  RIGHT.  AND WE HAD LOCATIONS, A LOCATION WHERE IT WAS ELEVATION

09:21:07 4   15 AND A HALF OR 15.4 THAT HAD FAT CLAY THAT HAD WATER GOING OVER

09:21:13 5   IT, IT HAD FAIRED WELL IN THE LEVEE SECTION.

09:21:15 6   Q.  AND WHERE IN THE LEVEE DID MEDIUM FAT CLAYS NEED TO BE PLACED TO

09:21:21 7   WITHSTAND EROSION?

09:21:22 8   A.  IT WOULD BE AT THE CROWN AND AT THE SURFACE OF THE LEVEE.

09:21:24 9   Q.  WHY DID THESE SOILS NEED TO BE PLACED AT THE CROWN AND THE

09:21:28 10  SURFACE OF THE LEVEE?

09:21:29 11  A.  BECAUSE THAT WILL PROVIDE THE PROTECTION FROM EROSION BECAUSE

09:21:32 12  THESE ARE VERY -- HAVE VERY LOW EROSION.

09:21:37 13  Q.  LET'S TAKE A LOOK AT PAGE 53 AND 54 OF YOUR EXPERT REPORT.  AND

09:21:42 14  I WANT TO FOCUS IN ON TABLE 1 IN FIGURE 54.  FIRST LET'S LOOK AT

09:21:47 15  TABLE 1.  CAN YOU PICK UP THE REST OF THE TABLE ON PAGE 53, PLEASE.

09:22:10 16  THANK YOU.

09:22:11 17        WHAT DOES TABLE 1 SHOW?

09:22:15 18  A.  IT SHOWS THE BORINGS THAT ARE IN THE REPORT, SOME OF THE BORINGS

09:22:22 19  THAT ARE IN THE REPORT ALONG WITH THE TYPE OF SURFACE SOIL, THE

09:22:28 20  SCOUR DEPTH AND THE OVERTOPPING AMOUNT FOR THOSE SERIES OF BORINGS.

09:22:35 21  Q.  AND JUST SO WE'RE CLEAR, YOU WRITE CL, YOU HAVE A LEGEND AT THE

09:22:41 22  BOTTOM THAT SAYS SOILS ARE LEAN CLAY FOR CL, CORRECT?

09:22:45 23  A.  CL IS LEAN CLAY, CH ARE WHAT WE CALL FAT CLAYS, AND THE SM'S ARE

09:22:53 24  SANDY SILTS.

09:22:54 25  Q.  IF WE COULD GO TO THE FIGURE 54 ON PAGE 54.  WHAT DOES THIS

09:23:16  1    FIGURE SHOW -- EXCUSE ME, THIS FIGURE 52.  WHAT DOES THIS FIGURE

09:23:19  2    SHOW?

09:23:20  3    A.  IT SHOWS THE CROWN EROSION ON THE VERTICAL AXIS AND ON THE

09:23:27  4    HORIZONTAL AXIS, IT'S THE HEIGHT OF THE WATER OVER THE CROWN.

09:23:30  5    Q.  AND?

09:23:34  6    A.  AND THEN THE SOIL DATA FOR THESE DIFFERENT LOCATIONS, THE TYPE

09:23:39  7    OF SOIL IS PLOTTED ON THAT PLOT, SO YOU SEE THAT FOR THE MEDIUM FAT

09:23:54  8    CLAYS THAT YOU HAVE VERY LITTLE EROSION, EVEN IF YOU HAVE LARGE

09:23:57  9    AMOUNTS OF WATER FLOWING; AND THAT FOR THE LEAN CLAYS, SILTS AND

09:24:04 10    SOFT FAT CLAYS, YOU HAVE A SIGNIFICANT AMOUNT OF EROSION.

09:24:07 11    Q.  SCIENTIFICALLY SPEAKING, WHY ARE MEDIUM FAT CLAYS SO RESISTANT

09:24:13 12    TO EROSION?

09:24:14 13    A.  BECAUSE THEY'RE DENSER AND THEY HAVE A COHESION OR ADHERENCE TO

09:24:21 14    EACH OTHER, ALL OF THE PARTICLES, SO THEY ARE MORE RESISTANT TO

09:24:25 15    EROSION.

09:24:25 16    Q.  AND CONVERSELY, SCIENTIFICALLY SPEAKING, WHY ARE THE OTHER TYPES

09:24:31 17    OF MATERIALS, LIKE LEAN CLAYS, NOT AS RESISTANT TO EROSION?

09:24:37 18    A.  THE LEAN CLAYS HAVE MORE SILTS AND SANDS IN THEM, AND SO THEY

09:24:41 19    DON'T HAVE AS MUCH INTERNAL ATTRACTION OF THE PARTICLES AND THEY

09:24:49 20    HAVE -- AND SO TO GET THE SAME PERFORMANCE FOR THEM, YOU HAVE TO PUT

09:24:51 21    A LOT MORE COMPACTION INTO THEM TO GET THE SAME AMOUNT OF

09:24:56 22    PERFORMANCE THAT YOU WOULD GET WITH MEDIUM CLAY FOR A FAT CLAY THAT

09:25:00 23    HAS THAT ATTRACTION, THAT NATURAL ATTRACTION OF THE PARTICLES

09:25:04 24    TOGETHER.

09:25:04 25    Q.  NOW, PLAINTIFFS' EXPERT, DR. KEMP, HAS CONDUCTED A SIMILAR TABLE

09:25:09  1    AND A SIMILAR ANALYSIS THAT YOU HAVE DONE, AND I WANT TO TAKE A LOOK

09:25:12  2    AT DR. KEMP'S JANUARY 14TH, 2009, DECLARATION, WHICH IS DX 1601 AND

09:25:19  3    LOOK AT PAGE 35.  NOW, WHAT IS THIS CHART?

09:25:37  4    A.  THIS IS SIMILAR TO THE TABLE THAT I HAVE.  IT'S USING THE

09:25:44  5    BORINGS, THE DIFFERENT BORINGS ALONG HERE (INDICATING), THE DATES

09:25:47  6    THEY WERE TAKEN, THE LOCATION AND THEN THE CROWNED ELEVATION AND THE

09:25:54  7    OVERFLOW DEPTH AND THEN THE AMOUNT OF EROSION.  AND THEN IT HAS A

09:26:02  8    DESCRIPTION OF THE SURFACE MATERIAL.

09:26:04  9    Q.  WHAT DOES THIS CHART TELL YOU ABOUT WHERE EROSION WAS OCCURRING?

09:26:08 10    A.  IT IS VERY SIMILAR TO WHAT I SHOWED IN THAT PLOT, WHERE YOU HAVE

09:26:15 11    MEDIUM FAT CLAYS, YOU HAVE BETTER PERFORMANCE.

09:26:21 12    Q.  I JUST WANT TO WALK THROUGH THIS CHART JUST A LITTLE BIT.  AND

09:26:25 13    LET'S TAKE A LOOK AT SOIL BORING AND THE PROFILE DEVELOPED FOR

09:26:31 14    12BU-CHBD, IF WE COULD HIGHLIGHT THAT LINE, PLEASE, DAWN.  ALL THE

09:26:42 15    WAY ACROSS THAT ROW, 12BU.  THANKS.

09:26:53 16         WHAT WAS THE CROWN EROSION AT THIS ELEVATION OR AT THIS

09:26:58 17    LOCATION?

09:26:58 18    A.  ABOUT EIGHT FEET.

09:27:05 19    Q.  THE CROWN EROSION, AND WHAT WAS THE CROWN ELEVATION PRIOR TO THE

09:27:05 20    STORM?

09:27:05 21    A.  SIXTEEN FEET.

09:27:07 22    Q.  AND WHAT WAS THE SOIL ON TOP?

09:27:08 23    A.  IT WAS A LEAN CLAY.

09:27:12 24    Q.  NOW, I WANT TO GO DOWN -- GO UP ONE, AND I SEE 11BU-CHBD, AND I

09:27:21 25    NOTICE THERE THAT YOU DO SEE SOME FAT CLAY IN THE TOP, YET YOU STILL

09:27:25 1   OBTAINED SIGNIFICANT AMOUNTS OF EROSION.  IS THAT RIGHT?

09:27:28 2   A.  THAT'S CORRECT.

09:27:28 3   Q.  NOW, I WANT TO ACTUALLY TAKE A LOOK AT THE BORING FOR THIS

09:27:32 4   LOCATION, AND SO DR. KEMP PULLED THESE FROM MR. EBERSOLE'S REPORT IN

09:27:37 5   THE APPENDIX THAT MR. EBERSOLE PULLED FROM DALLY, SO LET'S TAKE A

09:27:48 6   LOOK AT MR. EBERSOLE'S REPORT, WHICH IS JX 211, AND I WANT TO TURN

09:27:53 7   TO THE PAGE BATES STAMPED XBE 001243.  SO THIS IS THE BORING FOR

09:28:20 8   11BU-CHBD, CORRECT?

09:28:24 9   A.  THAT'S CORRECT.

09:28:25 10   Q.  AND WHAT IS THE MATERIAL AT THE TOP OF THIS LEVEE?

09:28:28 11   A.  IT'S A SOFT FAT CLAY.

09:28:30 12   Q.  HOW DO YOU KNOW IT'S A SOFT FAT CLAY?

09:28:33 13   A.  IT HAS THE S-O OUT HERE ADJACENT TO IT (INDICATING).

09:28:37 14   Q.  HOW DOES A SOFT FAT CLAY DIFFER FROM A MEDIUM FAT CLAY?

09:28:41 15   A.  WELL, IT'S GOING TO BE OF A CONSISTENCY OF CLOSE TO PASTE, AND

09:28:48 16   WHEREAS MEDIUM CLAY WILL BE STIFFER AND WILL BE SIGNIFICANTLY

09:28:53 17   MORE -- OR SIGNIFICANTLY LESS ERODIBLE.

09:28:56 18   Q.  HOW DOES THAT AFFECT ERODIBILITY?

09:29:01 19   A.  WELL, THE SOFT CLAYS WE'VE SEEN SO FAR IS WHERE THE SOFT CLAY,

09:29:04 20   IT'S ERODIBLE.  WITH THE MEDIUM FAT CLAYS, WE DON'T FIND THEM TO BE

09:29:10 21   ERODIBLE UNDER THE CIRCUMSTANCES WE'VE SEEN IN KATRINA.

09:29:15 22   Q.  I WANT TO LOOK BACK AT THE KEMP CHART AGAIN, WHICH IS DX 1601 AT

09:29:20 23   PAGE 35, AND I WANT TO LOOK AT ONE MORE LOCATION, WHICH IS THE

09:29:33 24   BORING FOR 19-UBD.  IF WE COULD PLEASE HIGHLIGHT THAT ROW.  THANK

09:29:48 25   YOU.

09:29:51 1          NOW, HERE WE SEE THE CROWN ELEVATION WAS 13 FEET, CORRECT?

09:29:55 2   A.  THAT'S CORRECT.

09:29:59 3   Q.  AND WHAT MATERIAL MADE UP THE TOP PORTION OF THAT LEVEE?

09:30:02 4   A.  SAND.

09:30:03 5   Q.  I WANT TO TAKE A LOOK AT THAT BORING LOCATION AGAIN IN THE

09:30:06 6   EBERSOLE REPORT, JX 211, AND SO, COULD WE TAKE A LOOK AT XBE 001255.

09:30:28 7   THIS IS THE BORING FOR LOCATION 19-UBD THAT WE JUST SAW ON THE KEMP

09:30:34 8   CHART, CORRECT?

09:30:35 9   A.  THAT'S CORRECT.

09:30:36 10  Q.  AND IN THIS REPORT, THIS LOCATION IS SPECIFIED AS LOCATION 6; IS

09:30:41 11  THAT RIGHT?

09:30:43 12  A.  THAT'S WHAT IT SAYS IN THE TITLE, CORRECT.

09:30:55 13          MR. LEVINE:  YOUR HONOR, IF I MAY HAVE A MOMENT?

09:31:02 14          THE COURT:  YOU MAY.

09:31:31 15          MR. LEVINE:  YOUR HONOR, MAY I APPROACH?

09:31:33 16          THE COURT:  YES, YOU MAY.

09:31:52 17  BY MR. LEVINE:

09:31:52 18  Q.  NOW, IF WE COULD TURN BACK A FEW PAGES, PLEASE, TO XBE 001253,

09:32:01 19  THIS PAGE SHOWS THE LIDAR PROFILE FOR THE BORING WE JUST REFERENCED,

09:32:07 20  19-UBD, CORRECT?

09:32:09 21  A.  THAT'S CORRECT.

09:32:10 22  Q.  AND SO IF WE COULD FOCUS IN ON THE SECOND FIGURE FROM THE TOP,

09:32:17 23  IT'S -- YEP.  AND AT THIS LOCATION HERE WE SEE THAT 19-UBD IS

09:32:31 24  DENOTED BY THE RED PLUS; IS THAT RIGHT?

09:32:34 25  A.  YES, LOCATED RIGHT THERE ON THE LEFT SIDE OF THE FIGURE, OF THE

09:32:40 1    PHOTOGRAPH (INDICATING).

09:32:41 2    Q.  WELL, WHAT'S THAT DARK, THIN LINE RUNNING THROUGH THE BORING

09:32:45 3    LOCATION?

09:32:46 4    A.  IT APPEARS TO BE THE SHEET PILE IN THIS SECTION.

09:32:52 5    Q.  SO THAT'S NOT REFLECTED IN THE LIDAR PLOT; IS THAT CORRECT?

09:32:56 6    A.  THAT'S CORRECT.

09:32:56 7    Q.  SO WHEN IT WAS WRITTEN AT CROWN ELEVATION AS 13 FEET, THAT DID

09:33:00 8    NOT INCLUDE ANY SHEET PILE TO RAISE UP THE GRADE?

09:33:08 9    A.  THAT'S CORRECT.

09:33:09 10   Q.  NOW, HAVE YOU REACHED AN OPINION TO A REASONABLE DEGREE OF

09:33:11 11   SCIENTIFIC CERTAINTY AS TO WHETHER THE LEVEES ALONG REACH 2 WOULD

09:33:16 12   HAVE BREACHED IF THE MRGO HAD NEVER EXISTED?

09:33:19 13   A.  YES.

09:33:20 14   Q.  AND WHAT IS THAT OPINION?

09:33:21 15   A.  MY OPINION IS, IF THE MRGO HAD NOT ACTUALLY BEEN CONSTRUCTED AND

09:33:29 16   THE LEVEES WERE -- LEVEES WOULD HAVE BREACHED AS CONSTRUCTED.

09:33:33 17   Q.  AND WHY DO YOU BELIEVE THAT BREACHING WOULD HAVE STILL OCCURRED

09:33:38 18   ALONG REACH 2 EVEN IF THE MRGO HAD NEVER EXISTED?

09:33:40 19   A.  BECAUSE THE SURGE ELEVATIONS AND SURGE ARE ESSENTIALLY THE SAME,

09:33:47 20   WHETHER YOU HAVE THE MRGO OR YOU DON'T HAVE THE MRGO.

09:33:51 21   Q.  NOW, FIRST, DID YOU CREATE ANY OF THE HYDRODYNAMIC DATA THAT YOU

09:33:57 22   RELIED UPON IN YOUR REPORT?

09:33:58 23   A.  NO, I DIDN'T.

09:33:59 24   Q.  WHERE DID YOU OBTAIN THIS DATA FROM?

09:34:01 25   A.  FROM MR. EBERSOLE.

─ FINAL DAILY COPY ─

09:34:02 1    Q.  AND HOW DO YOU RELY UPON THAT DATA?

09:34:05 2    A.  MAINLY, WE'RE USING IT TO COMPARE THAT TO THE KATRINA EVENT AND

09:34:16 3    ANY CHANGES TO THAT.  AND IF EVERYTHING IS THE SAME, YOU WOULD

09:34:19 4    EXPECT TO GET THE SAME RESULTS WHETHER YOU HAD -- IF THEY WERE SO

09:34:26 5    CLOSE THAT YOU WOULD EXPECT TO GET THE SAME RESULTS, WHETHER YOU HAD

09:34:29 6    MRGO OR DON'T HAVE MRGO.

09:34:30 7    Q.  LET'S TAKE A LOOK AT PAGES 104 AND 105 OF YOUR EXPERT REPORT,

09:34:35 8    WHICH IS JX 212.  AND THESE ARE HYDROGRAPHS THAT YOU HAVE REFLECTED

09:34:59 9    IN FIGURES 87, 88 AND 89, CORRECT?

09:35:02 10   A.  THAT'S CORRECT.

09:35:02 11   Q.  AND THESE ARE THE HYDROGRAPHS YOU OBTAINED FROM MR. EBERSOLE,

09:35:05 12   RIGHT?

09:35:06 13   A.  THAT'S CORRECT.

09:35:06 14   Q.  SO FIGURE 87 IS FOR BAYOU BIENVENUE, FIGURE 88 IS FOR BAYOU

09:35:17 15   DUPRE, AND FIGURE 89 IS FOR THE SOUTHEASTERN END OF MRGO REACH 2; IS

09:35:18 16   THAT RIGHT?

09:35:18 17   A.  THAT'S CORRECT.

09:35:19 18   Q.  WITHIN EACH HYDROGRAPH DO YOU SEE ANY CHANGE IN THE DURATION,

09:35:24 19   ONSET OF PEAK SURGE, ONSET OF SURGE, RATE OR RISE OF SURGE, RATE OF

09:35:30 20   FALL OF SURGE?

09:35:30 21   A.  I DON'T SEE ANY SIGNIFICANT DIFFERENCE BETWEEN THE DIFFERENT

09:35:36 22   HISTORY -- OF THE DIFFERENT SCENARIOS, EXCUSE ME.

09:35:39 23   Q.  LET'S TAKE A LOOK AT FIGURE 90 ON PAGE 106 OF YOUR EXPERT

09:35:48 24   REPORT.  FOCUS IN ON THE TOP FIGURE, PLEASE.  WHAT DOES THIS FIGURE

09:35:58 25   SHOW?

09:35:59  1    A.   THIS SHOWS THE MAXIMUM WAVE HEIGHTS ALONG THE MRGO REACH 2.

09:36:04  2    Q.   AND YOU ALSO OBTAINED THIS DATA FROM MR. EBERSOLE; IS THAT

09:36:08  3    CORRECT?

09:36:08  4    A.   THAT'S CORRECT.

09:36:09  5    Q.   BETWEEN THE DIFFERENT SCENARIOS, WHAT TYPE OF VARIATION DO YOU

09:36:15  6    SEE?

09:36:16  7    A.   I SEE THAT THERE IS A VARIATION OF DIFFERENT SCENARIOS MAXIMUM

09:36:23  8    OF A LITTLE LESS THAN TWO FEET AND TO SIX INCHES IN THE WAVE

09:36:29  9    HEIGHTS.   SO THERE IS ABOUT A 25 PERCENT DIFFERENCES BETWEEN THOSE.

09:36:38 10    Q.   THIS DIFFERENCE IN WAVES AS REFLECTED IN FIGURE 90, WOULD THAT

09:36:44 11    HAVE MATTERED IN THE PERFORMANCE OF THE LEVEES DURING THE HURRICANE?

09:36:47 12    A.   IT'S MY OPINION THAT IT WOULDN'T HAVE.   THEY'RE ALL -- ALL OF

09:36:51 13    THEM ARE ABOVE FOUR FEET.

09:36:53 14    Q.   WHAT DID THE WAVES DO?

09:36:56 15    A.   THEY CONTRIBUTED TO MAYBE THE EARLY ONSET OF EROSION, BUT THE

09:37:03 16    MAIN CONTRIBUTION WAS THE SURGE.

09:37:07 17    Q.   BUT, OBVIOUSLY, FIGURING OUT HOW MUCH EARLIER, THAT'S FOR

09:37:11 18    MR. EBERSOLE, NOT FOR YOU; IS THAT CORRECT?

09:37:13 19    A.   THAT'S CORRECT.

09:37:13 20    Q.   WOULD YOUR OPINION AND THE BASES FOR YOUR OPINION CHANGE IF THE

09:37:17 21    MRGO WAS 650 FEET WIDE AT THE TOP, 500 FEET WIDE AT THE BOTTOM AND

09:37:22 22    HAD A DEPTH OF 36 FEET?

09:37:23 23    A.   NO.   IT WOULD BE THE SAME.

09:37:26 24    Q.   I WANT TO SHOW YOU A SLIDE FROM DR. BEA'S DIRECT EXAMINATION,

09:37:34 25    WHICH IS PX 2153.   NOW, HERE UNDER DR. BEA'S SCENARIO 2C, HE SAYS HE

09:38:04 1    RAISES THE LEVEE HEIGHT TO THE DESIGN HEIGHT OF 17.5 FEET, CORRECT?

09:38:09 2    A.  YES, THAT'S WHAT IT SAYS.

09:38:11 3    Q.  HAVE YOU REVIEWED DR. BEA'S TECHNICAL REPORT NO. 1 DATED JULY

09:38:15 4    11TH, 2008, WHICH IS MARKED AS PX 75?

09:38:18 5    A.  YES.

09:38:21 6            MR. O'DONNELL:  YOUR HONOR?

09:38:23 7            THE COURT:  YES.

09:38:24 8            MR. O'DONNELL:  I HAVE TO RESTATE MY CUMULATIVE OBJECTION.

09:38:27 9    ALL THE WITNESS IS DOING IS REPEATING WHAT MR. EBERSOLE SAID IN HIS

09:38:31 10   EXTENSIVE EXAMINATION.  HE DIDN'T DO THIS ANALYSIS, HE IS RELYING ON

09:38:35 11   EBERSOLE, AND I JUST THINK THAT, YOU KNOW, WE'RE SPENDING TIME ON

09:38:38 12   HIM REPEATING WHAT EBERSOLE SAID, NO INDEPENDENT ANALYSIS.

09:38:43 13           THE COURT:  THE COURT AGREES IT'S SOMEWHAT CUMULATIVE.  I

09:38:56 14   AM GOING TO LET THE GOVERNMENT SPEND ITS LIMITED TIME AS IT SEES

09:38:56 15   FIT, AND IF IT'S CUMULATIVE, IT'S THEIR CHOICE.

09:38:57 16   BY MR. LEVINE:

09:38:57 17   Q.  LET'S TAKE A LOOK AT PAGE 81 OF PX 75.  NOW, THIS PAGE SHOWS THE

09:39:14 18   SCENARIO 1 LS/DYNA, LS-DYNA ANALYSIS DR. BEA CONDUCTED FOR HIS TEST

09:39:23 19   SITE, CORRECT?

09:39:24 20   A.  CORRECT.

09:39:24 21   Q.  AND IF WE COULD ZOOM OUT -- BEFORE I GO ON, WHAT IS LS-DYNA?

09:39:33 22   A.  IT'S A CODE THAT'S USED --

09:39:35 23           THE COURT:  THAT IS CUMULATIVE, UNLESS HE HAS SOME TWEAK

09:39:39 24   TO IT.  ARE YOU FAMILIAR WITH THE DIFFERENCE?

09:39:42 25           MR. LEVINE:  I AM JUST TRYING TO LAY THE FOUNDATION.

09:39:44 1          THE COURT:  IT IS GETTING -- I'VE BEEN HERE THREE WEEKS.

09:39:49 2    LS-DYNA IS -- IF HE WANTS, IF YOU HAVE ANYTHING TO ADD OTHER THAN

09:39:53 3    WHAT'S BEEN SAID ABOUT LS-DYNA, I KNOW WHAT IT IS, IT'S BEEN TALKED

09:39:57 4    ABOUT EXTENSIVELY AD NAUSEAM, SO I GUESS IF YOU HAVE SOMETHING

09:40:02 5    DIFFERENT, FINE.

09:40:02 6          IF HE IS FAMILIAR WITH IT, YOU NEED TO ESTABLISH THAT.  IF

09:40:07 7    HE IS FAMILIAR WITH THE DIFFERENCES BETWEEN LS-DYNA AND THE OTHER

09:40:10 8    MODEL, THAT'S FINE, TOO.  AND MAYBE HIGHLIGHT THE SPECIFIC

09:40:14 9    DIFFERENCE.  BUT NOT -- PLEASE, NO GENERAL LENGTHY DISCUSSION ABOUT

09:40:18 10   LS-DYNA VIS-A-VIS THE OTHER ONE AGAIN, UNLESS IT'S SOMETHING

09:40:24 11   ILLUMINATING.  THE IDEA OF THIS TRIAL IS TO ILLUMINATE THE COURT AND

09:40:29 12   THE COURT OF APPEAL.

09:40:30 13         MR. LEVINE:  YOUR HONOR, WE ARE NOT GOING TO GET INTO THE

09:40:32 14   DIFFERENCES BETWEEN LS-DYNA OR SOMETHING ELSE, I JUST WANTED TO

09:40:35 15   ESTABLISH A FOUNDATION.

09:40:36 16         THE COURT:  LET'S NOT HAVE A LENGTHY PEDAGOGICAL

09:40:40 17   DISCUSSION ABOUT IT.

09:40:41 18         MR. LEVINE:  UNDERSTOOD.

09:40:42 19   BY MR. LEVINE:

09:40:43 20   Q.  VERY BRIEFLY, WHAT IS LS-DYNA?

09:40:45 21   A.  LS-DYNA IS A FINE ELEMENT CODE THAT WAS DEVELOPED FOR --

09:40:50 22   ORIGINALLY FOR IMPACT AND EXPLOSIVE EFFECTS.  IT'S USED IN THE AUTO

09:40:55 23   INDUSTRY AND WE USE IT A LOT, AND I'VE BEEN INVOLVED IN USING IT FOR

09:41:00 24   MODELING WEAPONS AFFECTS AGAINST STRUCTURES.  IT'S MAINLY FOR

09:41:05 25   LOOKING AT STRUCTURE PERFORMANCE OF DIFFERENT TYPES OF -- ALL THE

3117

WAYS FROM CARS TO BUILDINGS TO NUCLEAR WEAPONS.

Q.  NOW, FOCUS IN ON THE FIRST PARAGRAPH ON THE PAGE.  IT SAYS FOR

SCENARIO 1 WHAT CREST ELEVATION DID DR. BEA USE?

A.  SIXTEEN FEET.

Q.  NOW, I WANT TO TURN TO PAGE 96 OF THIS EXHIBIT, WHICH IS PX 75.

AND IF WE COULD FOCUS IN ON THE TOP OF THE PAGE.  WE SEE, HERE IS

THE LS-DYNA ANALYSIS DR. BEA CONDUCTED FOR SCENARIO 2C; IS THAT

CORRECT?

A.  THAT'S CORRECT.

Q.  WHAT'S THE ELEVATION THAT HE USED IN THIS LS-DYNA ANALYSIS?

A.  SIXTEEN FEET.

Q.  IN YOUR REVIEW OF DR. BEA'S WORK, DID YOU FIND ANYWHERE WHERE

DR. BEA RAN HIS FULL EROSION TEST RESULTS USING A LEVEE HEIGHT OF

17.5 FEET FOR SCENARIO 2C?

A.  NO, I DIDN'T.

Q.  AND IN YOUR EXPERIENCE WITH LS-DYNA, COULD YOU SIMPLY

EXTRAPOLATE THE LS-DYNA RESULTS AT A 16-FOOT LEVEE TO 17 AND A HALF

FEET?

A.  NO, IT WOULD MAKE A DIFFERENCE OF THE RESULTS.  YOU WOULD HAVE

TO MODEL THE HEIGHTS, THE ACTUAL HEIGHTS, IF YOU WERE GOING TO MAKE

PREDICTIONS OF WHAT TOOK PLACE.

Q.  NOW, I WANT TO TAKE A LOOK AT DR. BEA'S PARAMETRIC ANALYSIS, AND

YOU'VE HEARD A LITTLE BIT ABOUT THESE BEFORE, BUT I DON'T KNOW IF

WE'VE EXPLORED THE RESULTS TOO MUCH.  AND TO DO SO, I WANT TO LOOK

AT DR. BEA'S DECLARATION NO. 1, I THINK IT'S ACTUALLY TECHNICAL

09:42:52  1   DECLARATION NO. 1, AND THAT'S MARKED AS PX 72.  AND IF WE COULD TURN

09:43:02  2   TO PAGE 132 AND TAKE A LOOK AT PARAGRAPH 110.

09:43:14  3            AND IN THE MIDDLE OF THE PARAGRAPH, IT SAYS:  "THE

09:43:16  4   EVALUATIONS CONSIDERED A NUMBER OF HYDRODYNAMIC CONDITIONS, IMPACT

09:43:21  5   OF STORM SURGE CURRENTS RUNNING PARALLEL TO THE SHORELINE/EBSB'S AND

09:43:27  6   DESIGN CONFIGURATIONS (EBSB'S SIDE SLOPES OF 1 ON 5, CREST ELEVATION

09:43:34  7   17.5 FEET) VERSUS ACTUAL CONFIGURATION (EBSB'S SIDE SLOPES OF 1 ON

09:43:40  8   3.5, CREST ELEVATION PLUS 16.0 FEET) OF THE EBSB'S."

09:43:47  9            DID I READ THAT CORRECTLY?

09:43:49 10   A.  YES.

09:43:49 11   Q.  SO ACCORDING TO THIS PARAGRAPH, WHAT WERE THE DESIGN

09:43:55 12   CONFIGURATIONS DR. BEA USED IN HIS PARAMETRIC ANALYSES?

09:43:59 13   A.  CREST ELEVATION OF 17.5 WITH SLOPES OF 1 ON 5.  AND COMPARED

09:44:11 14   THAT TO THE ACTUAL, WHICH IS 1 ON 3.5 AND 16 CREST ELEVATION.

09:44:16 15   Q.  AND IF WE TAKE A LOOK AT TABLE 2 ON PAGE 133 OF PX 72, HERE WE

09:44:24 16   SEE IN THIS TABLE THE DIFFERENT HYDRODYNAMIC CONDITIONS DR. BEA USED

09:44:29 17   IN HIS MODEL, CORRECT?

09:44:30 18   A.  THAT'S CORRECT.

09:44:31 19   Q.  NOW, I WANT TO TAKE A LOOK AT PAGE 135 OF PX 72 AND FOCUS IN ON

09:44:37 20   FIGURE 117.  NOW, THIS FIGURE REFLECTS DR. BEA'S PARAMETRIC ANALYSIS

09:44:47 21   FOR HIS DESIGN CONDITIONS, CORRECT?

09:44:49 22   A.  THAT'S CORRECT.

09:44:49 23   Q.  AND THE DESIGN CONDITIONS USED A 17-AND-A-HALF-FOOT LEVEE; IS

09:44:54 24   THAT RIGHT?

09:44:54 25   A.  THAT'S CORRECT.

Q.  AND WHAT DOES THIS FIGURE SHOW?

A.  IT SHOWS THAT IF YOU HAVE HIGHLY ERODIBLE MATERIAL FOR THE

DESIGN CONDITIONS, YOU GET EROSION, LOSS OF THE LEVEE.  IF YOU HAVE

GOOD MATERIALS, THE LEVEE WOULD SURVIVE.

Q.  I WANT TO TAKE A LOOK AT PARAGRAPH 114 ON PAGE 135 OF PX 72.

AND IT SAYS:  "ALL OF THE PARAMETRIC ANALYSES CONFIRM THAT LEVEES

CONSTRUCTED OF GOOD MATERIALS, COHESIVE, COMPACTED, WITH LOW

ERODIBILITY WOULD HAVE PERFORMED SIGNIFICANTLY BETTER THAN ONE

CONSTRUCTED OF HIGH ERODIBILITY MATERIALS.  SUBJECTED TO THE SAME

FRONT-SIDE WAVE ATTACKS, THE LEVEE WITH GOOD MATERIALS WOULD HAVE

EXPERIENCED INSIGNIFICANT FRONT-SIDE EROSION."

        SO, ASIDE FROM WHETHER IT WAS CAUSED BY A FRONT-SIDE WAVE

ATTACK OR OVERTOPPING, HOW DOES THIS PARAGRAPH DIFFER FROM YOUR

OPINION?

A.  IT WOULD BE THE SAME, I WOULD BELIEVE, THAT THE LEVEES WOULD

HAVE SURVIVED IF THEY WERE ALL CONSTRUCTED OVER STIFF OR MEDIUM

STIFF FAT CLAYS.

        MR. LEVINE:  YOUR HONOR, I TENDER THE WITNESS.

        THE COURT:  THANK YOU, COUNSEL.

        BY THE WAY, JUST TO LET YOU KNOW, I AM PAYING ATTENTION TO

YOU WHEN I AM OVER HERE AT THIS COMPUTER, I AM SOMETIMES MARKING

TESTIMONY, JUST TO LET EVERYONE KNOW, MARKING TESTIMONY THAT I CAN

LOOK AT THAT I FEEL IS INTERESTING OR PERHAPS RELEVANT.  AND ALSO

MAKING NOTES ABOUT THAT.  JUST TO LET EVERYBODY KNOW WHAT I'M DOING,

MOST OF THE TIME, ANYHOW.

09:46:37 1          YES, SIR, MR. O'DONNELL.

09:46:40 2          MR. O'DONNELL:  HAMLET AND HAMLET POLONIUS SAID, "BREVITY

09:46:42 3  IS THE SOUL OF WIT, AND TEDIOUSNESS THE LIMBS AND OUTWARD

09:46:47 4  FLOURISHES, I WILL BE BRIEF."

09:46:50 5          THE COURT:  THE BARD DID MANY THINGS EXCEPTIONALLY WELL

09:46:56 6  AND MUST CONCUR WITH THE BARD IN THAT.

09:47:01 7          MR. O'DONNELL:  AND ONE OF THE REASONS I AM GOING TO BE

09:47:02 8  BRIEF IS THAT, AS I PREDICTED IN MY CUMULATIVE MOTION, I BELIEVE

09:47:05 9  MUCH OF WHAT THIS WITNESS SAID IS AN ECHO OR MIMIC OF MR. EBERSOLE.

09:47:10 10 AND SINCE MY COLLEAGUE, MR. BRUNO, CONSUMED A CONSIDERABLE AMOUNT OF

09:47:14 11 THE PLAINTIFFS' TIME EXHAUSTIVELY AND EXHAUSTINGLY CROSS-EXAMINING

09:47:21 12 MR. EBERSOLE, I KNOW THE COURT HAS THAT CROSS IN MIND, AND HAS THE

09:47:26 13 BENEFIT OF THE TRANSCRIPT, SO WHEN I DON'T COVER ALL OF THE

09:47:27 14 TERRITORY THAT THIS WITNESS HAS JUST TALKED ABOUT, PLEASE DON'T

09:47:31 15 THINK THAT I'M CONCEDING THE POINT.  I THINK IT'S BEEN ABLY CROSSED

09:47:35 16 BY MY COLLEAGUE, AND WITH THAT I WILL MOVE ON.

09:47:35 17                    CROSS-EXAMINATION

09:47:35 18 BY MR. O'DONNELL:

09:47:40 19 Q.  MR. MOSHER, I AM GOING TO COVER A POTPOURRI OF TOPICS DISCUSSED

09:47:43 20 IN YOUR REPORT AND YOUR TESTIMONY; AND FRANKLY, IF MY SELECTION OF

09:47:44 21 TOPICS APPEARS RANDOM, I ASSURE YOU THAT IS INTENTIONAL.

09:47:49 22          I AM GOING TO TALK ONLY ABOUT REACH 2 AND NOT THE IHNC,

09:47:58 23 I'M NOT GOING TO TALK ABOUT REACH 1.  SO IF I DON'T SAY REACH 2

09:47:58 24 LEVEES EVERY TIME I ASK A QUESTION, WOULD YOU UNDERSTAND THAT I AM

09:47:59 25 TALKING ABOUT REACH 2?

09:48:01 1    A.  I UNDERSTAND.

09:48:01 2    Q.  UNLESS, BY CHANCE, I WANT TO COVER SOMETHING ELSE, WHICH I DON'T

09:48:06 3    THINK I DO.

09:48:06 4          NOW, YOU'RE NOT A HYDROLOGIST, AS I UNDERSTAND IT,

09:48:08 5    CORRECT?

09:48:08 6    A.  THAT'S CORRECT.

09:48:09 7    Q.  AND YOU DID NOT STUDY THE CONTRIBUTION OF MRGO TO WAVES IN TERMS

09:48:12 8    OF ANY HYDRODYNAMIC EFFECT THAT THOSE WAVES MAY HAVE HAD ON REACH 2

09:48:18 9    DURING KATRINA, CORRECT?

09:48:19 10   A.  THAT'S CORRECT.

09:48:20 11   Q.  INSTEAD, YOU PREPARED A REPORT ON THE PERFORMANCE OF THE REACH 2

09:48:23 12   AND IHNC LEVEES DURING KATRINA?

09:48:28 13   A.  THAT'S ON THE PERFORMANCE, CORRECT.

09:48:29 14   Q.  YES.  YOU DID NOT PERFORM ANY STATE-OF-THE-ART SCIENTIFIC

09:48:33 15   ANALYSIS PROCESS TO EVALUATE FRONT-SIDE WAVE ATTACK, CORRECT?

09:48:38 16   A.  I DIDN'T PERFORM ANY STATE-OF-THE-ART ANALYSIS, I DEPENDED ON

09:48:43 17   THE OBSERVATIONS FROM PHOTOGRAPHS AND PHYSICAL EVIDENCE THAT WAS

09:48:47 18   AVAILABLE.

09:48:48 19   Q.  RIGHT.  YOU LOOKED AT THE PHYSICAL EVIDENCE, YOU WENT OUT AND

09:48:51 20   WALKED THE LEVEE AND YOU LOOKED AT SOME PHOTOGRAPHS, CORRECT?

09:48:54 21   A.  LOOKED AT A SERIES OF PHOTOGRAPHS, THAT'S CORRECT.

09:48:57 22   Q.  SOME OF WHICH ARE COMPILED IN YOUR REPORT IN THE APPENDIX.

09:49:00 23   A.  THAT'S CORRECT.

09:49:00 24   Q.  NOW, LET'S TALK ABOUT HYDRAULIC FILL FOR A MOMENT, BECAUSE MUCH

09:49:05 25   OF REACH 2, AS YOU'VE TESTIFIED, IS THE HYDRAULIC FILL UNCOMPACTED

09:49:11 1   DREDGE BORROWED FROM THE BOTTOM OF THE MRGO CHANNEL, CORRECT?

09:49:15 2   A.   CORRECT.

09:49:15 3   Q.   AND YOU AND IPET AND OTHERS BELIEVE THAT THAT WAS AN ACCEPTABLE

09:49:20 4   CONSTRUCTION PROCEDURE AT THE TIME THE LPV WAS CONSTRUCTED, CORRECT?

09:49:24 5   A.   IT WAS ACCEPTABLE AT THAT TIME.

09:49:26 6   Q.   AND IT'S YOUR VIEW AND THAT OF IPET AND THE OFFICIAL POSITION I

09:49:31 7   UNDERSTAND OF THE ARMY CORPS OF ENGINEERS THAT THERE WAS, IN FACT,

09:49:34 8   NO DEFECT IN DESIGN AND CONSTRUCTION OF THE REACH 2 LEVEES BECAUSE

09:49:39 9   THEY WERE BASED ON KNOWN FACTS AT THE TIME THEY WERE DESIGNED AND

09:49:41 10  CONSTRUCTED.  IS THAT FAIR?

09:49:45 11  A.   THERE WAS NO DESIGN DEFECTS THAT PERFORMED AS DESIGNED, BUT THEY

09:49:49 12  DID --

09:49:50 13  Q.   RIGHT.

09:49:51 14  A.   -- THEY DID UNDERSTAND THAT AT THE TIME THAT THERE WERE THINGS

09:49:54 15  THAT HAD TO BE DONE TO MAINTAIN THE ELEVATIONS AND DO THINGS TO DO

09:49:58 16  THAT.

09:49:59 17  Q.   AND WHATEVER THE CORPS MAY BE DOING AFTER KATRINA, OR AFTER

09:50:03 18  2000, AS I THINK YOU SAID, THE DESIGN AND CONSTRUCTION WERE

09:50:06 19  STATE-OF-THE-ART AT THE TIME?

09:50:07 20  A.   AT THE TIME, STATE OF THE PRACTICE, THAT'S CORRECT.

09:50:10 21  Q.   AND YOU CONCLUDED THAT THE USE OF HYDRAULIC FILL PLACED FOR

09:50:15 22  LEVEE CONSTRUCTION WAS CONSISTENT WITH ENGINEERING STANDARDS OF

09:50:19 23  PRACTICE AT THE TIME THOSE LEVEES WERE DESIGNED AND CONSTRUCTED?

09:50:21 24  A.   YES.  AND ALL OF THE RESULTS OF THAT HAD BEEN REVIEWED BY ASE

09:50:27 25  AND BY THE NATIONAL ACADEMY OF ENGINEERING AS PART OF THE IPET WORK.

09:50:33 1    Q.  AND FINALLY, YOU AGREE THAT THESE LPV STRUCTURES WERE DESIGNED

09:50:40 2    AND CONSTRUCTED CONSISTENT WITH THE THEN-PREVAILING ARMY CORPS

09:50:42 3    STANDARDS AND GUIDELINES, AS WELL AS LOCAL INDUSTRY PRACTICES AT THE

09:50:46 4    TIME, CORRECT?

09:50:46 5    A.  THAT'S CORRECT.

09:50:47 6    Q.  IPET REACHED A SIMILAR CONCLUSION.

09:50:49 7    A.  THAT'S CORRECT.

09:50:50 8    Q.  AND I THINK YOU SAID THIS, BUT I JUST WANT TO NAIL IT DOWN.  AND

09:50:55 9    IN YOUR OPINION, THOSE LPV STRUCTURES ALONG REACH 2 PERFORMED AS

09:50:59 10   DESIGNED, PROVIDED PROTECTION UNTIL OVERTOPPING OCCURRED AND THEN

09:51:04 11   BECOMING VULNERABLE TO CATASTROPHIC FAILURE; IS THAT FAIR?

09:51:08 12   A.  THAT'S FAIR.

09:51:11 13   Q.  AND IN YOUR VIEW, THEY WERE NOT -- THESE LEVEES WERE NOT

09:51:14 14   DEFECTIVE, THEY PERFORMED AS DESIGNED AND ONLY WHEN SEVERELY ERODED

09:51:18 15   AT A MUCH GREATER SURGE AND WAVES AND VELOCITY THAN DESIGNED, THAT'S

09:51:25 16   WHEN THEY FAILED?

09:51:27 17        MR. LEVINE:  OBJECTION.  VAGUE AS TO "MUCH GREATER."

09:51:27 18   BY MR. O'DONNELL:

09:51:32 19   Q.  WELL, DID YOU NOT SAY IN YOUR DEPOSITION THAT THE LEVEES

09:51:34 20   PERFORMED AS DESIGNED WITH A HURRICANE THAT SEVERELY OVERTOPPED THEM

09:51:37 21   AND IT WAS MUCH GREATER THAN WHAT THEIR DESIGN ELEVATION WAS?

09:51:40 22   A.  THAT'S CORRECT.

09:51:41 23   Q.  AND IPET REACHED THE SAME CONCLUSION?

09:51:45 24   A.  YES.

09:51:45 25   Q.  SO FOR THIS COURT, THE $64,000 MAYBE, MAYBE $64 BILLION QUESTION

09:51:52 1   WAS, AS TO CAUSATION AND CATASTROPHIC FLOODING, WHAT CAUSED THE

09:51:57 2   OVERTOPPING; WOULD YOU AGREE WITH ME?

09:52:00 3   A.  I GUESS I WOULD -- YES, WHAT CAUSED THE OVERTOPPING, AND THE

09:52:05 4   FACT THAT THE LEVEES, ONCE THEY'RE OVERTOPPED, THEY DID FAIL BECAUSE

09:52:09 5   OF THE CONSTRUCTION METHOD.

09:52:10 6   Q.  RIGHT.  AND YOUR OPINION, WHICH I'LL EXPLORE A LITTLE BIT, WHICH

09:52:13 7   WE'VE HEARD A LOT, IS THAT THE PRIMARY MECHANISM OF FAILURE WAS

09:52:17 8   OVERTOPPING THAT -- OVERTOPPING AND THEN THE BACK-TO-FRONT EROSION,

09:52:23 9   IN ESSENCE, CORRECT?

09:52:24 10  A.  THAT'S CORRECT.

09:52:26 11  Q.  AND A RELATED CRITICAL QUESTION ON CAUSATION, THEN, IS THE

09:52:30 12  EXTENT TO WHICH THERE WAS ALSO FLOODING CAUSED BY BREACHING BEFORE

09:52:34 13  OVERTOPPING WHICH THEN LED TO WATERS INTO THE CENTRAL WETLANDS AND

09:52:40 14  THE ST. BERNARD LOWER NINTH POLDER, CORRECT?

09:52:45 15  A.  THE CENTRAL -- WOULD YOU REPEAT THAT, PLEASE?

09:52:46 16  Q.  YES.  ANOTHER QUESTION FOR THIS COURT TO RESOLVE IS WHETHER OR

09:52:48 17  NOT THERE WAS BREACHING OF THESE LEVEES BEFORE OVERTOPPING; WOULD

09:52:52 18  YOU AGREE THAT'S AN ISSUE OF THE COURT?

09:52:53 19  A.  YES, IT IS AN ISSUE.

09:52:54 20  Q.  AND YOUR OPINION IS, NOT VERY MUCH?

09:52:55 21  A.  THAT'S CORRECT.

09:52:56 22  Q.  NOW, YOU TESTIFIED, AS I UNDERSTAND IT, YESTERDAY THAT DURING

09:53:01 23  KATRINA, WITH UP TO 14 FEET OF SURGE, THESE REACH 2 LEVEES PERFORMED

09:53:06 24  AS DESIGNED AND DID NOT BREACH, CORRECT?

09:53:08 25  A.  I BELIEVE THAT WAS UP TO 13 FEET OF SURGE IS THE DESIGN.

09:53:15  1    Q.  IN FACT, THAT'S WHAT MR. EBERSOLE AND MR. FITZGERALD TESTIFIED,

09:53:17  2    THAT THE FIRST BREACH THAT OCCURRED AT A CERTAIN ELEVATION OF

09:53:21  3    13 FEET BEFORE OVERTOPPING IN THE UPPER REACH 2 LOCATION, CORRECT?

09:53:27  4    A.  WOULD YOU REPEAT THAT AGAIN?

09:53:30  5    Q.  YES.  I BELIEVE -- DO YOU RECALL THAT MR. EBERSOLE AND

09:53:34  6    MR. FITZGERALD SHOWED GRAPHICALLY THAT THE FIRST BREACH OCCURRED AT

09:53:39  7    SURGE ELEVATION OF 13 FEET BEFORE OVERTOPPING.

09:53:42  8    A.  I DIDN'T SEE THAT.

09:53:44  9    Q.  OKAY.  NOW, LET'S TALK A LITTLE BIT ABOUT THE SOIL CONDITION.  I

09:53:54 10    THINK AS I UNDERSTOOD YOUR TESTIMONY AND IN YOUR REPORT AND IPET,

09:53:57 11    THAT YOU THINK THERE'S TWO KEY FACTORS AT WORK HERE FOR THE

09:54:01 12    DESTRUCTION OF THESE LEVEES.  ONE IS THE SOIL CONDITIONS, CORRECT?

09:54:03 13    A.  THAT'S CORRECT.

09:54:04 14    Q.  AND THE SECOND IS THE SEVERITY OF THE SURGE AND WAVE ACTION.

09:54:10 15    A.  THAT'S CORRECT.

09:54:11 16    Q.  OKAY.  LET'S LOOK AT THE FIRST ONE, THE SOIL.  YOU TESTIFIED

09:54:16 17    THAT IT'S UNCOMPACTED HYDRAULIC FILL, CORRECT?

09:54:19 18    A.  THAT'S CORRECT.

09:54:20 19    Q.  AND THAT, AS I UNDERSTAND IT, IS A HETEROGENEOUS, NOT A

09:54:24 20    HOMOGENOUS, MIXTURE OF COARSE GRAIN SANDS, CORRECT?

09:54:29 21    A.  COARSE GRAIN, YES.

09:54:31 22    Q.  AND SOME CLAYS?

09:54:32 23    A.  AND SOME CLAYS.

09:54:33 24    Q.  AND THEY'RE FAT, THEY'RE MEDIUM, THEY'RE LEAN, BUT THERE'S

09:54:37 25    CLAYS?

- FINAL DAILY COPY -

09:54:38 1   A.  AND THEY VARY BOTH ALONG THE AXIS OF THE LEVEE AND CAN VARY

09:54:42 2   ACROSS THE CROSS SECTION OF THE LEVEE.

09:54:46 3   Q.  RIGHT.  SO YOU'VE GOT BOTH THE HORIZONTAL AND VERTICAL

09:54:50 4   HETEROGENEITY OF THE MATERIALS, CORRECT?

09:54:52 5   A.  THAT'S CORRECT.

09:54:53 6   Q.  NOW, YOU WOULD AGREE WITH ME THAT THE PRESENCE OF COARSE SANDS

09:54:56 7   IN THIS HETEROGENEOUS MIXTURE CAN HELP PROMOTE OR FACILITATE THE

09:55:00 8   FAILURE OR BREACHING OF THE LEVEE, CORRECT?

09:55:03 9   A.  YES.

09:55:04 10  Q.  THEY KIND OF ACT LIKE LITTLE INTERNAL ROTO ROOTERS, DON'T THEY,

09:55:10 11  THEY KIND OF BREAK IT UP?

09:55:11 12  A.  IT'S MORE, IF THEY'RE ON THE SURFACE, IT'S A MECHANISM FOR THEM

09:55:16 13  TO START ERODING.

09:55:17 14  Q.  WE JUST SAW THE FIRST EVIDENCE THAT I AM AN ENGLISH MAJOR AND

09:55:21 15  NOT AN ENGINEER, BUT THERE IS AN EFFECT IN TERMS OF THE ERODIBILITY

09:55:27 16  OF THE LEVEE BY THE PRESENCE OF COARSE SANDS IN THE MIX, CORRECT?

09:55:31 17  A.  BOTH COARSE SANDS OR COARSE GRAIN MATERIALS AND SILTS.

09:55:37 18  Q.  AND I THINK YOU SAID, AND I AM NOT SURE IT'S DISPUTED IN THIS

09:55:40 19  CASE, ONE OF THE FEW THINGS THAT MAY NOT BE DISPUTED, IS THAT THE

09:55:44 20  UNCOMPACTED HYDRAULIC FILL IS MORE ERODIBLE THAN BETTER COMPACTED

09:55:49 21  MATERIALS, CORRECT?

09:55:50 22  A.  THAT'S CORRECT.

09:55:51 23  Q.  SO, THEREFORE, YOU WOULD AGREE, DATA THAT'S BEEN TESTIFIED TO BY

09:55:56 24  DEFENSE WITNESSES IN THIS CASE, DATA ABOUT ERODIBILITY OF CLAY, IS

09:56:01 25  NOT TERRIBLY RELEVANT TO MOST OF THESE REACH 2 LEVEES, WHICH ARE A

09:56:08  1    VARIEGATED MIXTURE OF HYDRAULIC FILL AS WELL AS FAT AND MEDIUM

09:56:11  2    CLAYS?

09:56:12  3    A.  I WOULDN'T SAY THAT.  I WOULD SAY THEY WOULD GIVE YOU

09:56:14  4    INDICATIONS OF WHERE EROSION TAKES PLACE AND WHERE EROSION WOULDN'T

09:56:18  5    TAKE PLACE THAT SUPPORTS WHAT I WAS TALKING ABOUT.

09:56:20  6    Q.  WELL, ERODIBILITY RATES OR EROSION RATES ARE DIFFERENT DEPENDING

09:56:24  7    ON THE MATERIALS, RIGHT?

09:56:24  8    A.  THAT'S CORRECT.

09:56:25  9    Q.  ALL RIGHT.  SO IF YOU'VE GOT GOOD OLE CLAY, YOU'RE GOING TO HAVE

09:56:28 10    LESS EROSION THAN IF YOU'VE GOT GOOD OLE CLAY AND BAD OLE COARSE

09:56:32 11    GRAIN SANDS, CORRECT; MAKES SENSE?

09:56:35 12    A.  IN GENERAL TERMS, THAT'S TRUE.  BUT THERE ARE DIFFERENT TYPES OF

09:56:38 13    CLAYS THAT WE'RE TALKING ABOUT.

09:56:40 14    Q.  I AM JUST TRYING TO -- I'M AT 5,000 FEET AND IF I GET ANY LOWER,

09:56:44 15    I GET IN TROUBLE, OKAY?

09:56:44 16            SO I AM JUST TRYING TO SAY, THERE WAS A DIFFERENCE IN THE

09:56:47 17    EROSION RATES DEPENDING ON HAVING A PRETTY SOLID CLAY COMPOSITION OF

09:56:51 18    THE LEVEE VERSUS THIS MIXTURE OF CLAYS AND COARSE GRAIN SAND,

09:56:55 19    CORRECT?

09:56:55 20    A.  CORRECT.

09:56:59 21    Q.  NOW, SOME OF THESE LEVEES ALONG REACH 2 DID NOT FAIL, CORRECT?

09:57:03 22    A.  THAT'S CORRECT.

09:57:05 23    Q.  I THINK YOUR OPINION IS, OH, THEY DIDN'T FAIL BECAUSE THEY HAD

09:57:09 24    GOOD OLE CLAY AND NOT MUCH COARSE GRAIN SANDS, CORRECT?

09:57:13 25    A.  THE LOCATIONS THAT I ASSESSED WERE LOCATIONS WHERE THEY HAD FAT

09:57:20 1    CLAYS, STIFF MEDIUM FAT CLAYS AND THEY DIDN'T FAIL.

09:57:23 2    Q.  CAN WE PUT UP JX 212-012.  I THINK THIS IS AN EXHIBIT THAT YOU

09:57:39 3    TESTIFIED ABOUT, DID YOU NOT, SIR?

09:57:42 4    A.  THAT'S CORRECT.

09:57:43 5    Q.  I HAVE MY HANDY-DANDY LASER PRINTER, AND LET'S JUST GO THROUGH

09:57:57 6    THIS A LITTLE BIT, IF WE COULD, PLEASE.  THE RED LINE HERE, IS THAT

09:58:09 7    CAERNARVON TO THE MRGO STRETCH?

09:58:12 8    A.  THAT'S CORRECT.

09:58:13 9    Q.  I'LL CALL IT THE BOTTOM OF REACH 2, JUST FOR LACK OF A BETTER

09:58:17 10   TERM, OKAY, SIR?

09:58:18 11   A.  OKAY.

09:58:18 12   Q.  I THINK THE TESTIMONY WAS THAT THIS STRETCH HERE (INDICATING),

09:58:22 13   WHICH IS ABOUT HOW MANY MILES?

09:58:24 14   A.  THREE MILES OR SO.

09:58:28 15   Q.  ABOUT THREE MILES, WAS MADE OF MOSTLY CLAY MATERIAL, CORRECT?

09:58:34 16   A.  IT'S A SAND WITH A CLAY COVER.

09:58:37 17   Q.  CLAY COVER.  HOW MANY FEET WAS THE COVER?

09:58:40 18   A.  ABOUT THREE FEET, I THINK.

09:58:42 19   Q.  AND JUST SO I AM CLEAR, I'LL USE THE WALL HERE, THE COVER IS UP

09:58:46 20   THE SIDE OF THE LEVEE, ACROSS THE CROWN, AND BACK DOWN THE OTHER

09:58:51 21   SIDE, CORRECT?

09:58:52 22   A.  THAT'S CORRECT.

09:58:52 23   Q.  SOMETIMES REFERRED TO AS A CLAY CAP?

09:58:54 24   A.  THAT'S CORRECT.

09:58:55 25   Q.  AND ITS THICKNESS ALONG THE MRGO HERE WAS WHAT (INDICATING)?

FINAL DAILY COPY

09:59:01 1    A.  I'D SAY, I BELIEVE IT'S AROUND THREE FEET.

09:59:04 2    Q.  AND UNDERNEATH IT, WE SAW FROM THE BORINGS, THAT COULD BE LEAN

09:59:14 3    CLAY, MEDIUM CLAY, FAT CLAY OR EVEN COARSE GRAIN SANDS GOING DOWN

09:59:14 4    THE PROFILE, CORRECT?

09:59:14 5    A.  THIS ONE ACTUALLY WAS DESIGNED WITH A SAND CORE IN IT.  IT HAS

09:59:19 6    SAND THAT WAS SPECIFICALLY PUT INTO THIS ONE.

09:59:22 7    Q.  OKAY.  NOW, LET'S LOOK, IF WE COULD, TO ANOTHER RELATED -- LET'S

09:59:32 8    GO TO FIGURE 1, JX 212-011.  AND YOU ALSO TESTIFIED ABOUT THIS, DID

09:59:40 9    YOU NOT, SIR?

09:59:41 10   A.  THAT'S CORRECT.

09:59:42 11   Q.  AND THE YELLOW INDICATES, AS I UNDERSTAND IT, WHERE THERE WAS NO

09:59:47 12   BREACHING, CORRECT?

09:59:48 13   A.  NO SIGNIFICANT BREACHING.

09:59:51 14   Q.  NO SIGNIFICANT BREACHING.  BUT THE ENTIRE AREA HERE, THE SOUTH

09:59:57 15   FLANK OF REACH 2 WAS OVERTOPPED, CORRECT?

09:59:59 16   A.  I BELIEVE IT WAS.

10:00:00 17   Q.  AND THIS STRETCH HERE FROM THE MRGO -- IS THAT VERRET TURN

10:00:05 18   (INDICATING)?

10:00:06 19   A.  CORRECT.

10:00:07 20   Q.  FROM THE VERRET TURN DOWN, OH, IT LOOKS LIKE A MILE OR MAYBE

10:00:12 21   LESS, TO THE LEFT TURN, IF YOU WILL, ALONG THE SOUTH FLANK OF THE

10:00:17 22   REACH 2 LEVEE, THAT ALSO DID NOT BREACH, DID IT?

10:00:21 23   A.  NO.  I THINK THERE'S TWO LITTLE SPOTS RIGHT THERE THAT HAVE A

10:00:25 24   LITTLE BIT OF BREACHING IN THIS (INDICATING).

10:00:27 25   Q.  OKAY, BUT OVERALL PERFORMED WELL, CORRECT?

10:00:29  1    A.   CORRECT.

10:00:30  2    Q.   IT WAS OVERTOPPED?

10:00:31  3    A.   CORRECT.

10:00:31  4    Q.   AND IT WAS MADE OF WHAT?

10:00:33  5    A.   THIS ONE HERE, I CAN'T REMEMBER EXACTLY (INDICATING).

10:00:38  6              THE COURT:   WHAT DO WE CALL THAT ONE?

10:00:41  7              THE WITNESS:   VERRET TWO.

10:00:43  8              THE COURT:   SIR?

10:00:45  9              THE WITNESS:  I DON'T KNOW WHAT THEY CALLED IT.

10:00:46 10              THE COURT:  IT'S THE SECOND OF THE LEVEE --

10:00:50 11              MR. O'DONNELL:  THEY CALLED IT THE VERRET STUB, AND I

10:00:51 12    DON'T KNOW WHAT TO CALL IT, YOUR HONOR.

10:00:51 13              THE COURT:  THE VERRET.  I JUST WANT TO LABEL IT.

10:00:55 14              MR. O'DONNELL:  WE ARE GOING TO CALL THIS ONE CAERNARVON

10:00:59 15    TO -- I THINK I CALLED THIS THE SOUTH FLANK OF REACH 2, YOUR HONOR.

10:01:03 16              MR. LEVINE:  I BELIEVE IT'S CALLED THE RETURN LEVEE, WHERE

10:01:05 17    IT GOES FROM VERRET TO CAERNARVON AND THEN IT GOES ALL THE WAY BACK

10:01:14 18    TO -- THE RETURN STOPS AND THEN I THINK IT GOES TO THE SOUTHERN

10:01:18 19    BOUNDARY LEVEE.

10:01:20 20              MR. O'DONNELL:  WE'LL CALL THIS THE RETURN LEVEE.

10:01:21 21              MR. LEVINE:  NO, NOT THE WHOLE STRETCH, THE LITTLE TURN,

10:01:25 22    THAT YOU LIKE TO CALL THE STUB.  I THINK IT'S THE RETURN LEVEE AND I

10:01:27 23    THINK THAT'S --

10:01:27 24              THE COURT:  I DON'T CARE IF WE CALL IT RAY OR SAM, I JUST

10:01:30 25    THOUGHT FOR MY PURPOSES JUST TO BE ABLE TO IDENTIFY IT ON THE

10:01:33 1    CHARTS, BUT IT'S GOOD TO GET THE ACTUAL APPELLATION AS WELL.  BUT I

10:01:39 2    UNDERSTAND NOW.  WE'LL CALL IT THE RETURN LEVEE AND THEN THE --

10:01:45 3    GOING TO CALL THE OTHER ONE THE CAERNARVON?

10:01:48 4              MR. LEVINE:  WE'LL CALL THAT THE EXTENSION LEVEE.

10:01:50 5              THE COURT:  THE EXTENSION LEVEE.  THE RETURN LEVEE AND THE

10:01:54 6    EXTENSION LEVEE, NEITHER OF WHICH BOARDED AT LEAST OR PARALLELED

10:01:58 7    WITH THE MRGO.

10:01:58 8    BY MR. O'DONNELL:

10:02:00 9    Q.  WHAT WAS THE MATERIAL ON THE TURN, VERRET TURN?

10:02:05 10   A.  I BELIEVE IT WAS A HYDRAULICALLY-FILLED LEVEE, I JUST CAN'T

10:02:12 11   REMEMBER EXACTLY WHAT.

10:02:12 12   Q.  NO CLAY ON TOP, RIGHT?

10:02:12 13   A.  I DON'T KNOW, I WOULD HAVE TO LOOK.

10:02:14 14   Q.  BUT IT WAS THIS COARSE GRAIN HYDRAULIC COMPACTED FILL ON THE

10:02:18 15   BOTTOM?

10:02:19 16   A.  IT WAS A HYDRAULIC FILL.  I DON'T KNOW EXACTLY WHAT THE BORINGS

10:02:22 17   ARE FOR THAT.

10:02:23 18   Q.  ONE OF THE THINGS THAT THE VERRET TURN AND THE CHALMETTE

10:02:26 19   EXTENSION HAVE IN COMMON IS THAT THERE IS VEGETATION IN FRONT OF

10:02:30 20   THEM, CORRECT?

10:02:30 21   A.  THAT'S CORRECT.

10:02:31 22   Q.  ANOTHER THING THEY HAVE IN COMMON IS, NEITHER OF THOSE STRETCHES

10:02:37 23   OF THE LEVEE WERE EXPOSED TO FRONTAL-WAVE ATTACK FROM THE MRGO,

10:02:42 24   CORRECT?

10:02:45 25   A.  I DON'T BELIEVE THEY WERE, BUT I DIDN'T DO THAT ANALYSIS.

10:02:48  1    Q.  SO ONE COULD REACH THE ALTERNATIVE CONCLUSION DIFFERENT FROM

10:02:51  2    YOURS THAT IT'S NOT THE NATURE OR QUALITY OF MATERIAL THAT IS THE

10:02:55  3    KEY DETERMINATE BETWEEN FAILURE OR NO FAILURE WHEN THERE'S

10:02:59  4    OVERTOPPING, BUT RATHER IT'S THE GOOD FORTUNE OF A LEVEE TO HAVE

10:03:03  5    VEGETATION IN FRONT OF IT AND NOT BE SUBJECTED TO WAVE ATTACK; THAT

10:03:08  6    WOULD BE A FAIR ALTERNATIVE CONCLUSION BASED ON THE DATA WE HAVE

10:03:10  7    HERE, WOULDN'T IT?

10:03:11  8    A.  NO.  BECAUSE THE TOTAL DATA IS THAT THERE'S NO EVIDENCE OF

10:03:15  9    FRONTAL EROSION ON THE MRGO SIDE, JUST LIKE THERE'S NO EVIDENCE

10:03:19 10    ALONG THIS SIDE (INDICATING).

10:03:21 11    Q.  IF YOU'RE WRONG, OKAY, HYPOTHETICALLY I'M SURE, AND THE COURT

10:03:26 12    REACHES A DIFFERENT CONCLUSION, YOU WOULD AGREE WITH ME -- WELL,

10:03:31 13    WHETHER WHO IS RIGHT OR NOT, AND THAT'S FOR SOMEONE ELSE TO DECIDE,

10:03:34 14    YOU'LL AGREE THERE WAS NO WAVE ATTACK OR WAVE HITTING OF THE VERRET

10:03:39 15    TURN AND THE CHALMETTE EXTENSION, CORRECT?

10:03:41 16    A.  OH, THERE HAD TO BE, THERE HAD TO BE SOME WAVES.

10:03:44 17    Q.  NOT AS SEVERE OR PROLONGED OR INTENSE OF WHATEVER WAVES HIT THE

10:03:49 18    REACH 2 STRETCH, CORRECT?

10:03:54 19    A.  THAT IS REALLY NOT MY EXPERTISE AND I DIDN'T STUDY THAT.  SO I

10:03:58 20    CAN'T MAKE -- OTHER THAN A GENERAL HYPOTHETICAL, I WOULD BELIEVE

10:04:02 21    THAT THERE WOULDN'T BE, BUT I DIDN'T STUDY THAT.

10:04:05 22    Q.  THERE'S ALSO ANOTHER LITTLE STRETCH HERE JUST BEFORE, I GUESS,

10:04:11 23    YOU GET TO THE VERRET TURN, DO YOU SEE THAT (INDICATING)?

10:04:13 24    A.  THAT'S CORRECT.

10:04:14 25    Q.  THAT SHOWS IN YELLOW HERE ON FIGURE ONE THAT IT DID NOT FAIL,

10:04:20  1    CORRECT (INDICATING)?

10:04:20  2    A.  THAT'S CORRECT.

10:04:21  3    Q.  IT HAD OVERTOPPING, CORRECT?

10:04:25  4    A.  IT DID HAVE OVERTOPPING, AND IT IS ONE OF THE ONES AS WE LOOKED

10:04:28  5    AT IN THE BORINGS THAT HAD THE FAT CLAYS AND IT IS ALMOST 19 FEET IN

10:04:35  6    ELEVATION.

10:04:35  7    Q.  SO IT HAD THE BENEFIT OF NOT HAVING LOWERED BELOW 17 AND A HALF

10:04:40  8    FEET, CORRECT?

10:04:41  9    A.  CORRECT.  AND IT HAD FAT -- IT HAD BETTER SOIL CONDITIONS.

10:04:46 10    Q.  SOIL CONDITION.  IT ALSO, HOWEVER, HAD A LAND -- A COUPLE OF

10:04:52 11    MILES OF LAND IN FRONT OF IT WHICH COULD -- WHICH DID, IN FACT, HAVE

10:04:58 12    THE EFFECT OF MITIGATING WAVES, CORRECT?

10:05:00 13    A.  I DIDN'T DO THAT WORK, SO I DON'T UNDERSTAND.  THE DIFFERENCE IN

10:05:05 14    THE WAVE --

10:05:05 15         THE COURT:  WELL, WAIT, IF YOU DON'T UNDERSTAND, DON'T

10:05:08 16    ANSWER.  FIRST, IF YOU DON'T UNDERSTAND, THAT'S FINE.  BUT IF YOU'RE

10:05:11 17    GOING TO EXPOUND ON YOUR ANSWER, YOU NEED TO SAY YES OR NO OR I

10:05:15 18    DON'T KNOW.

10:05:16 19         THE WITNESS:  OKAY.

10:05:17 20         THE COURT:  BECAUSE YOU CAN'T EXPOUND ON A NONANSWER.

10:05:21 21         THE WITNESS:  SORRY.

10:05:22 22         MR. O'DONNELL:  I'LL MOVE ON.

10:05:22 23    BY MR. O'DONNELL:

10:05:36 24    Q.  LET'S GO TO THE SECOND FACTOR THAT YOU SAID WAS IMPORTANT

10:05:42 25    VIS-A-VIS THE FAILURE OF THESE LEVEES, THE FIRST WAS SOIL CONDITION

10:05:46  1   AND THE SECOND ONE, I BELIEVE YOU AGREE WITH ME, WAS THE SEVERITY OF

10:05:50  2   THE SURGE AND WAVE ACTION TO WHICH THESE LEVEES WERE SUBJECTED,

10:05:53  3   THAT'S THE SECOND FACTOR, CORRECT?

10:05:55  4   A.   CORRECT.

10:05:56  5   Q.   YOU AGREE WITH ME THAT WAVES CONTRIBUTE TO OVERTOPPING RATES?

10:06:00  6   A.   YES.

10:06:02  7   Q.   YOU ALSO AGREE THAT WAVES PLAY A CRITICAL ROLE IN OVERTOPPING;

10:06:06  8   THE HIGHER THE WAVE, THE MORE PROBABLE THAT THERE WILL BE

10:06:09  9   OVERTOPPING?

10:06:10 10   A.   CORRECT.

10:06:11 11   Q.   YOU ALSO AGREE, DO YOU NOT, SIR, THAT IN ADDITION TO SURGE,

10:06:21 12   WAVES WITH GREAT VELOCITY CAN CAUSE SIGNIFICANT DAMAGE TO A LEVEE?

10:06:26 13   A.   THEY CAN CONTRIBUTE TO A LEVEE IN GENERAL TERMS.

10:06:30 14   Q.   DO YOU RECALL TESTIFYING IN YOUR DEPOSITION THEY CAN CAUSE

10:06:34 15   SIGNIFICANT DAMAGE TO A LEVEE?

10:06:35 16   A.   YES.

10:06:36 17   Q.   YOU ALSO ADMIT THAT WAVES PLAYED A ROLE IN THE DEMISE OR

10:06:40 18   BREACHING OF THE REACH 2 LEVEES, CORRECT?

10:06:42 19   A.   THAT'S CORRECT.   THEY HAVE -- THEY CAN EITHER START THE EROSION,

10:06:48 20   AND THEY HAVE AN ADDITIONAL EFFECT TO THE SURGE.

10:06:51 21   Q.   RIGHT.   LET'S TURN TO YOUR REPORT JX 212 AND LET'S, IF WE COULD,

10:06:58 22   PLEASE, GO TO PAGE 106.   LET'S GO TO THE FIRST FULL PARAGRAPH AFTER

10:07:12 23   THE FIGURE, BLOW IT UP AS MUCH AS WE CAN.

10:07:17 24         YOUR FIRST OPINION, THE FIRST SENTENCE STATES:  "THE MOST

10:07:21 25   IMPORTANT FACTOR IN INFLUENCING THE EROSION AND BREACHING ALONG THE

10:07:26 1   MRGO REACH 2 LEVEE IS OVERTOPPING AND OVERFLOW CONDITIONS."

10:07:30 2          AND THAT'S YOUR OPINION, IS IT NOT, SIR?

10:07:33 3   A.  THAT'S MY OPINION IN TERMS OF, IF GIVEN THE SOIL CONDITIONS THAT

10:07:39 4   YOU HAVE, YOU NEED TO HAVE THE OVERTOPPING TO CAUSE THAT TO OCCUR.

10:07:43 5   Q.  CORRECT.  LET'S SKIP DOWN A LITTLE BIT.  THE SENTENCE THAT

10:07:49 6   BEGINS WHILE THE WAVES:  "WHILE THE WAVES WERE NOT NECESSARY TO

10:07:55 7   DESTROY THE LEVEES, THE WAVES FROM EITHER ACTUAL CONDITIONS OR THE

10:07:59 8   HYPOTHETICAL ALTERNATIVES --"

10:08:02 9          THAT'S THE MODEL RUN, CORRECT?

10:08:04 10  A.  THAT'S CORRECT.

10:08:04 11  Q.  "THE WAVES FROM EITHER THE ACTUAL CONDITIONS OR THE HYPOTHETICAL

10:08:10 12  ALTERNATIVES WOULD HAVE CONTRIBUTED TO OVERTOPPING RATES AND LEVEE

10:08:14 13  EROSION.  THEY WOULD HAVE TRIGGERED THE ONSET OF OVERTOPPING AND

10:08:19 14  EARLY DAMAGE FOR THE MORE ERODIBLE SECTIONS OF LEVEE BEFORE THE

10:08:25 15  SURGE WATER LEVEL REACHED THE CREST."

10:08:28 16         THAT'S WHAT YOU SAID, RIGHT?

10:08:30 17  A.  THAT'S CORRECT.

10:08:30 18  Q.  THAT'S WHAT DR. BEA SAYS, TOO, DOESN'T HE?

10:08:35 19  A.  I DON'T REMEMBER EXACTLY WHAT HE SAID, BUT HE MAY HAVE.

10:08:39 20  Q.  SO YOU ADMIT HERE ON PAGE 106 OF YOUR REPORT THAT, AT LEAST AS

10:08:45 21  TO SOME LEVEES, YOU'RE NOT SAYING ALL, AND I CERTAINLY UNDERSTAND

10:08:48 22  THAT, THE WAVES WOULD HAVE TRIGGERED THE ONSET OF OVERTOPPING AND

10:08:53 23  EARLY DAMAGE FOR THE MORE ERODIBLE SECTIONS BEFORE THE SURGE WATER

10:08:58 24  REACHED THE CREST, CORRECT?

10:08:59 25  A.  RIGHT.  IT WOULD HAVE BEEN WATER GOING OVER THE TOP OF THEM AND,

10:09:03  1    IN FACT, BREAKING ON THE BACK AND RUNNING DOWN WOULD CAUSE -- WOULD

10:09:06  2    INITIATE SOME EROSION.

10:09:07  3    Q.  NO.  YOU SAY THEY WOULD HAVE TRIGGERED THE ONSET OF OVERTOPPING

10:09:10  4    AND EARLY DAMAGE FOR THE MORE ERODIBLE SECTION OF THE LEVEE BEFORE,

10:09:15  5    BEFORE THE SURGE LEVEL REACHED THE CREST.  THAT'S WHAT IT SAYS,

10:09:19  6    CORRECT?

10:09:20  7    A.  IT MAY BE --

10:09:21  8    Q.  EXCUSE ME, YES OR NO, AND THEN I'LL LET YOU EXPLAIN.  IS THAT

10:09:24  9    WHAT IT SAYS?

10:09:24 10    A.  THAT'S WHAT IT SAYS, YES, OKAY.

10:09:26 11            THE COURT:  AND IF YOU WANT TO EXPLAIN, YOU MAY.

10:09:27 12            THE WITNESS:  YES.  AND WHAT IT MEANT WAS THAT WATER

10:09:29 13    CASCADING OVER THE BACK OF THE LEVEES WOULD INITIATE THE

10:09:32 14    OVERTOPPING, WATER WOULD BE FLOWING OVER THE BACK, AND IT WOULD

10:09:36 15    CAUSE THE EROSION.  THAT WAS WHAT WAS MEANT BY THAT.

10:09:36 16    BY MR. O'DONNELL:

10:09:39 17    Q.  WHATEVER YOU MEANT, YOU SAY THAT IT OCCURS BEFORE THE SURGE

10:09:42 18    WATER LEVEL REACHED THE CREST, CORRECT?

10:09:44 19    A.  THAT'S CORRECT.

10:09:45 20    Q.  SO YOU AGREE THAT WAVES HITTING REACH 2 AT THE PERPENDICULAR

10:09:53 21    ANGLE TRIGGERED OR INITIATED LEVEE BREACHING OF THE MORE ERODIBLE

10:09:57 22    SECTIONS BEFORE SURGE WATER REACHED THE CREST, CORRECT?

10:10:03 23    A.  OKAY.  WOULD YOU REPEAT THAT, PLEASE?  I WANT TO JUST BE

10:10:11 24    CAREFUL.

10:10:11 25    Q.  IS THE LAST SENTENCE IN YOUR REPORT STILL YOUR OPINION?

10:10:13  1    A.  THE LAST SENTENCE IS STILL MY OPINION, IS THAT YOU WOULD HAVE

10:10:17  2    WATER GOING OVER THE BACK OF THE LEVEES DUE TO THE -- BEFORE IT GOT

10:10:21  3    TO THE CREST.  I THINK SOME OF THE VIDEOS THAT WE'VE SEEN YOU SEE

10:10:27  4    THAT ACTUALLY HAPPENING.

10:10:29  5    Q.  YOU'RE SAYING ALSO THE WAVES WOULD HAVE TRIGGERED NOT JUST THE

10:10:33  6    ONSET OF OVERTOPPING BUT EARLY DAMAGE FOR THE MORE ERODIBLE

10:10:37  7    SECTIONS; YOU'RE SAYING TWO THINGS THERE, AREN'T YOU?

10:10:40  8    A.  YES, IT WOULD CAUSE -- THE FACT THAT YOU GET WATER SLAPPING OVER

10:10:48  9    THE BACK OF THE LEVEES, HITTING ON THE BACKS OF THE LEVEES WOULD

10:10:48 10    CAUSE DAMAGE.  THAT IMPACTS WHAT --

10:10:50 11    Q.  TO THE EXTENT THE WAVES ARE CAUSING DAMAGE BEFORE THERE IS

10:10:54 12    OVERTOPPING, THAT MEANS BEFORE YOUR BACK-TO-FRONT EROSION PROCESS

10:10:59 13    YOU TESTIFIED ABOUT, CORRECT?

10:11:01 14    A.  YEAH, BUT IT IS ALSO SAYING IN THAT SAME PARAGRAPH --

10:11:06 15           MR. O'DONNELL:  OBJECTION, YOUR HONOR.  YES OR NO, PLEASE.

10:11:08 16           THE COURT:  HE SAID, YES, I'LL ALLOW THAT.  HE SAID YES,

10:11:12 17    SO --

10:11:12 18           THE WITNESS:  EARLIER I SAID THAT THAT WAS NOT NECESSARY

10:11:14 19    FOR THE FAILURE TO OCCUR, IT WOULD JUST BE IN ADDITION TO IT, IT

10:11:18 20    WOULD BE AN AGGRAVATING FACTOR.

10:11:20 21           MR. O'DONNELL:  THE COURT'S GOING TO HAVE TO INTERPRET

10:11:22 22    YOUR REPORT AND YOUR TESTIMONY, SO I'LL MOVE ON.

10:11:22 23    BY MR. O'DONNELL:

10:11:26 24    Q.  BUT NO MATTER WHAT, YOU DO AGREE WAVES MATTER?

10:11:30 25    A.  WAVES HAVE AN AFFECT, YES.

—— FINAL DAILY COPY ——

10:11:32  1    Q.  AND LET ME ZOOM IN.  WAVES PARTICULARLY MATTER WHEN THE LEVEES

10:11:40  2    AGAINST WHICH THEY ARE BREAKING ARE MADE OF THE MORE ERODIBLE SOIL

10:11:46  3    MATERIALS, CORRECT?

10:11:48  4    A.  WAVES WILL HAVE AN AFFECT, YES, THEY'RE -- JUST LIKE SURGE WILL

10:11:52  5    OVER THE BACK.  THEY'RE MORE ERODIBLE, SO THEY HAVE AN AFFECT.

10:11:54  6    Q.  MORE THAN IF YOU HAD A THREE-FOOT CLAY CAP, CORRECT?

10:12:01  7    A.  CORRECT.

10:12:01  8    Q.  OKAY.  SO THE LEVEE SITES ARE MORE VULNERABLE TO EROSION AND

10:12:06  9    FAILURE WHERE THERE'S MORE ERODIBLE MATERIAL THAN THOSE THAT HAVE

10:12:10 10    MORE DURABLE SOIL, CORRECT?

10:12:13 11    A.  CORRECT.  I THINK WE'VE SEEN THAT.  THERE'S SOME LOCATIONS WHERE

10:12:19 12    THEY WERE LOWER, HAD MORE WATER GOING OVER THEM, AND THEY PERFORMED

10:12:22 13    FINE, AND THERE ARE OTHER PLACES WHERE THEY WERE HIGHER THROUGH THE

10:12:26 14    DESIGN OR EVEN HIGHER AND THEY FAILED.

10:12:29 15    Q.  DO YOU REMEMBER DR. BEA'S TESTIMONY THAT, IN HIS OPINION, THE

10:12:33 16    LEVEES WERE THE VICTIMS OF THE MRGO, DO YOU REMEMBER THAT TESTIMONY?

10:12:40 17    A.  I DON'T RIGHT OFFHAND, BUT...

10:12:41 18    Q.  YOU WOULD AGREE THAT YOU TAKE YOUR LEVEES AS YOU FIND THEM,

10:12:46 19    CORRECT?

10:12:51 20          MR. LEVINE:  OBJECT, IT'S VAGUE.

10:12:52 21          THE COURT:  IT IS.  I DON'T KNOW IF WE HAVE AN EGGSHELL

10:12:55 22    LEVEE LIKE AN EGGSHELL PLAINTIFF HERE, BUT I AM NOT SURE HE --

10:13:03 23          MR. O'DONNELL:  I THINK WE HAVE A SAND SHELL PLAINTIFF.

10:13:07 24          THE COURT:  I THINK HE'S ALREADY TESTIFIED THAT THE LEVEES

10:13:09 25    WERE DESIGNED APPROPRIATELY AT THE TIME.  HE'S EXPLAINED HOW THEY

FINAL DAILY COPY

10:13:15 1   WERE DESIGNED.  HE'S GONE INTO GREAT DETAIL ABOUT THE HETEROGENEOUS

10:13:19 2   ERODIBILITY OF THE LEVEES, AND THE COURT UNDERSTANDS THAT THE MORE

10:13:25 3   ERODIBLE THE LEVEE, THAN THE MORE FRAGILE IT MAY BE TO CERTAIN TYPES

10:13:32 4   OF ATTACK.

10:13:32 5   BY MR. O'DONNELL:

10:13:36 6   Q.  ONE WAY TO PROTECT THE MORE ERODIBLE LEVEES WOULD BE, FOR

10:13:41 7   EXAMPLE, TO PUT VEGETATION IN FRONT OF THEM; YOU WOULD AGREE WITH

10:13:50 8   ME?

10:13:51 9            MR. LEVINE:  OBJECTION.  THAT'S OUTSIDE OF THE SCOPE OF

10:13:51 10  HIS REPORT.

10:13:51 11           THE COURT:  OVERRULED.  HE TALKED ABOUT VEGETATION DURING

10:13:51 12  HIS DIRECT.  IT'S OVERRULED.

10:13:58 13           THE WITNESS:  I --

10:13:58 14  BY MR. O'DONNELL:

10:13:59 15  Q.  ONE WAY TO PROTECT THE MORE VULNERABLE OR ERODIBLE LEVEES FROM

10:14:03 16  WAVE ATTACK WOULD BE TO PUT TREES AND SHRUBS AND OTHER VEGETATION --

10:14:07 17  A.  I MEAN, I AM REALLY NOT AN EXPERT IN THAT AREA, SO I COULDN'T

10:14:10 18  ANSWER THAT QUESTION.

10:14:11 19  Q.  HOW ABOUT PLANTING GRASS ON THEM, WOULD THAT BE ANOTHER WAY TO

10:14:14 20  PROTECT THE MORE VULNERABLE?

10:14:15 21  A.  THE GRASS, WE DO PUT GRASS ON LEVEES TO HELP PREVENT EROSION

10:14:22 22  FROM RAIN AND THINGS LIKE THAT.  SO IT DOES ADD A -- IT DOES ADD

10:14:24 23  SOME PROTECTION TO THEM.  BUT I AM NOT REALLY -- I DIDN'T STUDY THAT

10:14:32 24  AS PART OF MY EXPERT REPORT, GRASS.

10:14:34 25           THE COURT:  JUST, I AM GOING TO ASK COUNSEL FOR DEFENSE TO

10:14:39 1    REMIND ME, WHAT WAS HE TENDERED AS, WHAT WAS THE EXPERTISE?  I

10:14:43 2    HONESTLY DON'T REMEMBER.

10:14:44 3         MR. LEVINE:  AN EXPERT IN GEOTECHNICAL ENGINEERING.

10:14:48 4         THE COURT:  OKAY.  SO WHEN YOU MAKE -- IF IT'S NOT IN HIS

10:14:51 5    REPORT OR YOU DIDN'T BRING IT OUT, I'LL KEEP IN MIND THAT HE HAS

10:14:57 6    BEEN TENDERED AS A GEOTECHNICAL ENGINEER.

10:15:00 7         MR. LEVINE:  THANK YOU.

10:15:01 8         MR. O'DONNELL:  MAY I EXPLORE THAT POINT JUST SLIGHTLY?

10:15:03 9         THE COURT:  CERTAINLY.  SUBJECT TO THE GOVERNMENT'S

10:15:07 10   OBJECTING, GO AHEAD.

10:15:08 11        MR. LEVINE:  BEFORE HE CONTINUES, DO I HAVE TO MAKE AN

10:15:11 12   OBJECTION TO EACH QUESTION HE RAISES ON THIS TOPIC?

10:15:14 13        THE COURT:  ON VEGETATION, NO, THAT'S RESERVED FOR THE

10:15:18 14   RECORD.

10:15:18 15        MR. LEVINE:  THANK YOU, YOUR HONOR.

10:15:19 16        THE COURT:  HE'S PRETTY MUCH STATED THAT, SAYING THAT

10:15:23 17   THAT'S NOT HIS AREA OF EXPERTISE EXCEPT ABOUT THE GRASS.

10:15:27 18        MR. O'DONNELL:  I AM GOING TO LEAVE THE GRASS AND GO INTO

10:15:29 19   SOME OTHER PLACE, YOUR HONOR, OKAY?

10:15:31 20        THE COURT:  AND YOU HAVE ABOUT 15 MORE MINUTES JUST TO

10:15:33 21   CALIBRATE YOURSELF UNTIL A RECESS.

10:15:36 22        MR. O'DONNELL:  THANK YOU.

10:15:36 23   BY MR. O'DONNELL:

10:15:42 24   Q.  LET'S GO TO PEAK SURGE, OKAY, SIR?

10:15:46 25   A.  OKAY.

10:15:46  1    Q.  I BELIEVE IT'S YOUR VIEW THAT PEAK SURGE IS AN IMPORTANT FACTOR

10:15:50  2    IN ANALYZING WHAT HAPPENED HERE, CORRECT?

10:15:52  3    A.  THAT'S CORRECT.

10:15:53  4    Q.  AND IT'S YOUR OPINION THAT SURGE DRIVES THAT BACK-TO-FRONT

10:15:57  5    EROSION AND BREACHING PROCESS, CORRECT?

10:15:59  6    A.  THAT'S CORRECT.

10:16:00  7    Q.  WAVES, IF ANYTHING, ONLY ACCENTUATE THE PROCESS, CORRECT?

10:16:04  8    A.  THAT'S CORRECT.

10:16:05  9    Q.  AND I BELIEVE IT'S YOUR OPINION THAT THERE WAS SUFFICIENT SURGE

10:16:08 10    GOING OVER THE REACH 2 LEVEES TO CAUSE THEM TO BREACH, CORRECT?

10:16:12 11    A.  THAT'S CORRECT.

10:16:12 12    Q.  AND THE WAVES WOULD HAVE ONLY ENHANCED THAT BREACHING?

10:16:16 13    A.  THAT'S CORRECT.

10:16:16 14    Q.  LET'S LOOK NOW, IF WE COULD, AT JX 212, WHICH IS YOUR REPORT.

10:16:21 15    AND LET'S LOOK AT FIGURE FOUR ON PAGE 14.  I BELIEVE YOU TESTIFIED

10:16:30 16    ABOUT THIS ON DIRECT, DID YOU NOT, SIR?

10:16:37 17    A.  THAT'S CORRECT.

10:16:37 18    Q.  AND THIS IS IN YOUR REPORT, CORRECT?

10:16:37 19    A.  THAT'S CORRECT.

10:16:38 20    Q.  AND YOU BELIEVE IT'S AN ACCURATE DEPICTION OF WHAT HAPPENED

10:16:43 21    DURING KATRINA, RIGHT?

10:16:47 22    A.  ACTUALLY, I'M USING THAT TO LOOK AT THE ELEVATIONS OF THE

10:16:51 23    LEVEES.  I ALSO KNOW THAT THE PEAK SURGE AND WAVE CONDITIONS ARE

10:16:57 24    FROM THE IPET REPORT, WHICH WOULD BE DIFFERENT THAN WHAT WE HAVE

10:17:01 25    CURRENTLY FOR THOSE THAT I WAS PROVIDED BY MR. EBERSOLE AND MYSELF.

10:17:06 1    Q.  WELL, THAT'S GOING TO BE ONE OF MY POINTS.  SO LET ME EXPLORE

10:17:09 2    THAT.  YOU SERVED ON THE IPET TEAM, RIGHT?

10:17:11 3    A.  THAT'S CORRECT.

10:17:12 4    Q.  THE GOVERNMENT OF THE UNITED STATES SPENT $23 MILLION DOING THAT

10:17:16 5    STUDY?

10:17:16 6    A.  APPROXIMATELY.

10:17:17 7    Q.  AND THIS DATA -- WAS IT 24 OR 22?  I MAY BE WRONG, I APOLOGIZE.

10:17:24 8    BUT THEY SPENT A LOT OF MONEY, DIDN'T THEY?

10:17:26 9    A.  THEY DID A VERY EXTENSIVE INVESTIGATION AND REPORT, YES.

10:17:30 10   Q.  AND THIS DATA COMES FROM IPET AND YOU'VE ADOPTED IT FOR YOUR

10:17:33 11   REPORT, CORRECT?

10:17:33 12   A.  BUT I WAS MAINLY TALKING ABOUT --

10:17:37 13        MR. O'DONNELL:  OBJECTION, YOUR HONOR.  YES OR NO?

10:17:38 14        THE COURT:  I THINK HE ALREADY ESTABLISHED THAT HE ADOPTED

10:17:40 15   IT FOR HIS REPORT, AND HE'S GIVEN THE CAVEAT THAT THE IPET LEVEL WAS

10:17:46 16   UTILIZED, WHICH IS NOT THE LEVEL THE GOVERNMENT IS UTILIZING IN THIS

10:17:50 17   CASE.

10:17:50 18        BUT SUBJECT TO MY COMMENTARY, IF YOU WANT TO ASK YOUR

10:17:55 19   QUESTION AGAIN.

10:17:58 20        MR. O'DONNELL:  YES.

10:17:58 21   BY MR. O'DONNELL:

10:17:59 22   Q.  NOW, YOU, IN THIS GRAPHIC WHICH YOU PUT IN YOUR REPORT -- FIRST,

10:18:04 23   LET'S INTERPRET IT.  THE RED LINE IS PEAK SURGE AND WAVES, CORRECT?

10:18:09 24   A.  THAT'S CORRECT.

10:18:10 25   Q.  THE BLUE LINE IS PEAK SURGE, CORRECT?

10:18:13 1    A.  THAT'S CORRECT.

10:18:14 2    Q.  AND YOU HAVE PEAK SURGE, OR IPET DOES, IN THIS FIGURE 4 AS HIGH

10:18:21 3    AS 20 FEET, CORRECT?

10:18:23 4    A.  THAT'S CORRECT.

10:18:23 5    Q.  AND CONSISTENTLY OVER THE DOTTED HASH LINE, WHICH WAS THE DESIGN

10:18:30 6    ELEVATION, CORRECT?

10:18:31 7    A.  THAT'S CORRECT.

10:18:34 8    Q.  AND VIRTUALLY ALMOST CONSISTENTLY OVER THE PREKATRINA ELEVATION

10:18:40 9    REFLECTED IN THE SQUIGGLY GREEN LINE, CORRECT?

10:18:46 10   A.  THAT'S CORRECT.

10:18:46 11   Q.  AND IF WE COULD CIRCLE THE BLUE LINE WHERE IT'S AT 20 FEET,

10:18:53 12   CIRCLE IT IN RED.  OKAY.

10:18:58 13          AND YOU ALSO TESTIFIED IN YOUR DEPOSITION, DID YOU NOT,

10:19:01 14   SIR, THAT THERE WAS PEAK SURGE DURING KATRINA OF UP TO 22 FEET AT

10:19:07 15   REACH 2?

10:19:10 16          MR. LEVINE:  DO YOU HAVE A PAGE AND LINE NUMBER FOR THAT?

10:19:14 17          MR. O'DONNELL:  SURE.  59, LINE 22, TO 60, LINE 15, IN THE

10:19:19 18   30(B)(6) DEPOSITION.

10:19:20 19          THE COURT:  CAN YOU HOLD ON FOR ONE MINUTE.  I AM GOING TO

10:19:23 20   LOOK AT MY NOTES OF THAT DEPOSITION AS WELL.

10:19:26 21          MR. O'DONNELL:  YOUR HONOR, THAT'S JX 114.

10:19:28 22          THE COURT:  BUT I AM JUST GOING TO LOOK AT MY NOTES.

10:19:37 23          MR. LEVINE:  WHAT'S THAT AGAIN?

10:19:39 24          MR. O'DONNELL:  JX 114.

10:19:42 25          MR. LEVINE:  THE 30(B)(6) DEPOSITION?

10:19:44 1                 MR. O'DONNELL:  YES, THAT'S WHAT I'M TOLD.

10:19:46 2                 MR. LEVINE:  WHAT PAGE?

10:19:47 3                 MR. O'DONNELL:  59, LINE 22, TO 60, LINE 15.

10:19:59 4                 THE WITNESS:  WHAT WAS THAT?

10:20:00 5                 THE COURT:  WHAT FIGURE IS THIS, FIGURE 4?

10:20:03 6                 MR. O'DONNELL:  FIGURE 4.

10:20:11 7                 THE COURT:  ALL RIGHT, ALL RIGHT.  GO AHEAD, SIR.

10:20:31 8                 MR. O'DONNELL:  MAY WE PUBLISH THAT, YOUR HONOR?

10:20:32 9                 THE COURT:  YES, YOU MAY.  PAGE 59, LINE 22.

10:20:53 10                THE WITNESS:  WHAT'S THE DATE ON THAT?

10:20:53 11  BY MR. O'DONNELL:

10:20:55 12  Q.  AND LET'S GO TO THE NEXT PAGE UP TO LINE 15.  ON LINE 8 OF PAGE

10:21:06 13  60, YOU DO SAY -- OR LINES 8 AND 9, THE SURGE GOT TO UP 20 TO

10:21:12 14  22 FEET, CORRECT?

10:21:13 15  A.  I SAID THAT IN MY -- IN THE NOVEMBER --

10:21:17 16                MR. O'DONNELL:  MAY I JUST HAVE A YES OR NO, YOUR HONOR?

10:21:21 17                THE WITNESS:  YES, I SAID THAT, BUT THAT WAS IN -- THAT

10:21:24 18  WAS BEFORE I HAD THE DATA FROM BRUCE EBERSOLE THAT I USED IN MY

10:21:28 19  EXPERT REPORT BECAUSE THAT'S DATED BEFORE MY EXPERT REPORT.

10:21:28 20  BY MR. O'DONNELL:

10:21:33 21  Q.  ALL ROADS LEAD TO BRUCE EBERSOLE, DON'T THEY, SIR, ON THIS

10:21:36 22  INFORMATION?

10:21:37 23  A.  FOR ME, YES, THAT'S WHERE IT WAS PROVIDED TO ME.

10:21:40 24  Q.  BUT YOU WERE NOT ACCURATE WHEN YOU SAID THAT THE SURGE GOT AS

10:21:43 25  HIGH AS 20 TO 22 FEET, YOU NOW --

10:21:47 1  A.   THAT WAS --

10:21:48 2  Q.   -- I DON'T WANT TO SAY RECANT, THAT'S TOO JURIDICAL, BUT YOU

10:21:53 3  DON'T AGREE WITH THAT ANYMORE, DO YOU?

10:21:54 4  A.   NO.   I DIDN'T HAVE THE DATA AT THE TIME.

10:21:56 5  Q.   SO WHY DID YOU SAY IT?

10:21:58 6  A.   IF I GO BACK AND LOOK AT SOME OF THE IPET DATA THAT I HAD AT THE

10:22:01 7  TIME, IT WAS CLOSE TO 20 FEET, AND I DIDN'T RECALL EXACTLY AT THE

10:22:05 8  TIME.   YOU HAVE TO REMEMBER, I WAS BEING -- TESTIFYING OR BEING

10:22:11 9  DEPOSED AT THAT TIME AS TO HOW THE PERFORMANCE OF THE LEVEES WERE AS

10:22:16 10 DESIGNED AND NOT AS AN EXPERT WITNESS ON THEIR PERFORMANCE AS PART

10:22:22 11 OF THIS, AS MY EXPERT REPORT.

10:22:24 12 Q.   BUT IN DECEMBER OF '08, LET'S GO BACK TO FIGURE 4, IN DECEMBER

10:22:28 13 OF 2008, YOU SUBMIT TO THIS COURT FIGURE 4, WHICH YOU PROBABLY KNEW

10:22:35 14 BY THEN WAS INACCURATE AS TO THE SURGE HEIGHT, CORRECT?

10:22:39 15 A.   YES.   BUT THEY -- ACTUALLY, THAT DATA ACTUALLY MEANS THAT MY

10:22:52 16 CORRELATION BETWEEN THE AMOUNT OF WATER GOING OVER THE LEVEES AND

10:22:56 17 THE EROSION OF THOSE MATERIALS THAT ACTUALLY WOULD SHIFT THAT DOWN

10:23:01 18 BECAUSE THERE'S LESS SURGE AND LESS AMOUNTS, SO THEY WOULD ACTUALLY

10:23:06 19 MOVE THE PLOTS THAT WE HAVE ON THE AMOUNT OF WATER NECESSARY TO

10:23:11 20 CAUSE EROSION, IT WOULD ACTUALLY -- I MEAN, THERE WAS LESS WATER

10:23:16 21 NEEDED TO CAUSE EROSION TO THE SOILS.

10:23:18 22 Q.   BUT, SIR, IN 2008 WHEN YOU GAVE TO THIS COURT IN THIS CASE

10:23:25 23 FIGURE 4, YOU KNEW THAT THE IPET SURGE LEVEL OF 20 FEET WAS

10:23:28 24 INACCURATE; YES OR NO?

10:23:30 25 A.   I KNEW THAT THEY WERE INACCURATE, BUT I NEVER MADE REFERENCE TO

10:23:33 1    THEIR SURGE AND WAVE DATA IN MY REPORT.  I ONLY TALK ABOUT THE STUFF

10:23:40 2    THAT WAS PROVIDED TO ME BY BRUCE EBERSOLE.

10:23:43 3    Q.  WHEN YOU SUBMITTED FIGURE 4, YOU, IN FACT, HAD BRUCE EBERSOLE'S

10:23:48 4    HYDROGRAPH WHICH SHOWED THAT THE SURGE DID NOT EVEN GET TO 17 FEET;

10:23:53 5    YES OR NO?

10:23:53 6    A.  THAT IS CORRECT, BUT I WAS -- IN THIS PHOTOGRAPH IN REFERENCE TO

10:23:59 7    IT, I AM REFERRING TO THE ELEVATIONS OF THE LEVEE.

10:24:02 8    Q.  LET'S LOOK AT JX 211, PLEASE.

10:24:05 9    A.  AND I MAKE IT CLEAR THAT THAT'S FROM THE IPET REPORT.

10:24:10 10   Q.  MAY WE LOOK AT JX 211.  THIS IS A HYDROGRAPH SUBMITTED BY BRUCE

10:24:15 11   EBERSOLE, PAGE 40.  THIS IS FOR BAYOU BIENVENUE, IS IT NOT, SIR?

10:24:22 12   A.  I BELIEVE SO.

10:24:26 13   Q.  AND THE PEAK SURGE AS DETERMINED BY BRUCE EBERSOLE, WHICH YOU

10:24:31 14   HAD IN YOUR POSSESSION WHEN YOU SUBMITTED FIGURE 4, DOES NOT EVEN

10:24:34 15   GET TO 17 FEET AT BAYOU BIENVENUE, CORRECT?

10:24:36 16   A.  THAT WAS NOT THE ONE THAT WAS PROVIDED TO ME, BUT...

10:24:40 17   Q.  WELL, DOES -- AM I READING JX 211, PAGE 40, CORRECTLY, THAT

10:24:46 18   MR. EBERSOLE IN THE REPORT HE SUBMITTED TO THIS COURT DOESN'T GET

10:24:51 19   PEAK SURGE AT 17 FEET?

10:24:52 20   A.  IF THAT'S THE REPORT THAT HE -- THAT WAS IN HIS REPORT, I WOULD

10:24:56 21   SAY YES.

10:24:56 22   Q.  DID YOU READ ANY OF MR. EBERSOLE'S REPORT BEFORE IT WAS

10:25:00 23   SUBMITTED TO THIS COURT IN THIS CASE?

10:25:01 24   A.  I READ SOME PIECES.

10:25:02 25   Q.  YOU TOLD ME THAT THE DATA YOU GOT FOR YOUR REPORT, I GUESS OTHER

FINAL DAILY COPY

10:25:06 1   THAN FIGURE 4, CAME FROM BRUCE EBERSOLE, CORRECT?

10:25:09 2   A.  RIGHT.  IT WAS A SERIES OF HYDROGRAPHS, WHICH I REPRODUCED IN MY

10:25:13 3   REPORT THAT CAME FROM HIM.

10:25:14 4   Q.  IS THIS THE ONLY ONE HE DIDN'T GIVE YOU, DO YOU KNOW, HAVE YOU

10:25:18 5   ASKED HIM?

10:25:18 6   A.  I HAVEN'T ASKED HIM.

10:25:19 7   Q.  LET'S LOOK AT JX 211, PAGE 41.  THIS IS BAYOU DUPRE, SUBMITTED

10:25:27 8   TO THE COURT BY MR. EBERSOLE IN HIS REPORT.  HERE HE GETS THE SURGE

10:25:30 9   TO ABOUT 17 AND A HALF FEET, CORRECT?

10:25:35 10  A.  THAT LOOKS CORRECT.

10:25:35 11  Q.  CAN YOU POINT TO THIS COURT ANY HYDROGRAPH OF BRUCE EBERSOLE'S

10:25:39 12  THAT EVER GETS THE SURGE DURING KATRINA ANYWHERE ALONG REACH 2

10:25:42 13  HIGHER THAN 17 AND A HALF FEET?

10:25:44 14  A.  I DON'T BELIEVE SO.

10:25:45 15  Q.  LET'S TALK ABOUT SOME OTHER CONTRADICTIONS BETWEEN YOU, THE

10:26:02 16  OTHER EXPERTS AND AMONG THE EXPERTS.

10:26:04 17       MR. O'DONNELL:  I AM AT A PRETTY CONVENIENT PLACE, YOUR

10:26:06 18  HONOR.

10:26:06 19       THE COURT:  ALL RIGHT.  IT'S 10:25 ACCORDING TO COMPUTER

10:26:17 20  TIME, SO WE WILL TAKE A TEN-MINUTE RECESS.  IS THAT GOOD?

10:26:17 21       MR. O'DONNELL:  YES.

10:26:17 22       THE COURT:  ALL RIGHT.

10:26:18 23       THE MARSHAL:  ALL RISE.

10:26:20 24     (WHEREUPON, A RECESS WAS TAKEN.)

10:32:01 25     (OPEN COURT.)

10:42:18 1           THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

10:42:23 2           MR. O'DONNELL:  MAY I CONTINUE, YOUR HONOR?

10:42:24 3           THE COURT:  YOU MAY.

10:42:26 4  BY MR. O'DONNELL:

10:42:26 5  Q.  WHEN WE BROKE WE WERE TALKING ABOUT THE RELIABILITY OF THE FACTS

10:42:29 6  OF THE SURGE DATA IN YOUR REPORT.  DID YOU TESTIFY YOU NEVER USED

10:42:32 7  20 FEET IN YOUR REPORT EXCEPT IN FIGURE 4?

10:42:36 8  A.  IT WAS NEVER USED IN LOOKING AT WHAT THE HYDRODYNAMIC EFFECTS,

10:42:42 9  IT WAS USED ONLY IN THE PLOTS OF THE EBERSOLE DATA.

10:42:49 10  Q.  SIR, YOU USED IN NUMEROUS PLACES IN YOUR REPORT MAXIMUM SURGE AS

10:42:54 11  HIGH AS 19 FEET, DIDN'T YOU?

10:42:58 12  A.  I THINK YOU'RE SAYING, YOU'RE TALKING ABOUT THE PLOTS THAT GO

10:43:04 13  ALONG WITH THE LOCATION OF THE BORINGS.

10:43:06 14  Q.  AND IS THE ANSWER YES?

10:43:08 15  A.  THAT WOULD BE YES, BUT IT WAS NOT USED IN THE ANALYSIS OTHER

10:43:12 16  THAN THE --

10:43:14 17  Q.  HOW AM I GOING TO KNOW WHETHER YOU'RE USING DATA TO JUST PUT IT

10:43:18 18  UP THERE VERSUS YOUR ANALYSIS?  HOW CAN I TELL?  THE DATA'S IN YOUR

10:43:24 19  REPORT.

10:43:25 20  A.  THAT'S CORRECT.  BUT IT SHOULD BE IN THE -- IF I AM USING IT I

10:43:29 21  WOULD WRITE ABOUT IT.

10:43:29 22  Q.  WELL, YOU DID WRITE ABOUT IT, DIDN'T YOU?

10:43:33 23           LET'S LOOK AT JX 212, PAGE 35.  FIRST LET'S LOOK AT FIGURE

10:43:46 24  22, IF WE CAN BLOW IT UP.  THAT SECOND LINE, RIGHT, PEAK SURGE, DO

10:43:57 25  YOU SEE THAT?

10:43:58  1    A.   UH-HUH.

10:43:58  2    Q.   YOU HAVE PEAK SURGE AT 19 FEET, DON'T YOU?

10:44:01  3    A.   THAT'S CORRECT.

10:44:02  4    Q.   AND JUST BELOW THAT IN YOUR ANALYSIS YOU TALK ABOUT -- CAN WE GO

10:44:10  5    DOWN TO THE LAST SENTENCE -- "SURGE PLUS WAVES ALONG THE MRGO WAS

10:44:20  6    APPROXIMATELY UP TO 21 FEET, SO THE APPROXIMATE OVERTOPPING DEPTH

10:44:24  7    WAS ABOUT FIVE FEET ALONG THIS REACH."  DIDN'T YOU WRITE THAT?

10:44:28  8    A.   YES, I DID.

10:44:29  9    Q.   LET'S GO TO JX 212, PAGE 33.  YOU REFER TO FIGURE 20, DO YOU SEE

10:44:42 10    THAT?

10:44:43 11    A.   THAT'S CORRECT.

10:44:44 12    Q.   AND YOU SAY THE LEVEE CROWN IN THAT LOCATION WAS 17 TO 18 FEET,

10:44:52 13    RIGHT?

10:44:52 14    A.   THAT'S CORRECT.

10:44:53 15    Q.   AND THE STORM SURGE WAS 18 TO 19 FEET, THAT'S WHAT YOU SAID,

10:44:58 16    RIGHT?

10:44:59 17    A.   THAT'S WHAT I SAID.

10:44:59 18    Q.   AND BRUCE EBERSOLE DOESN'T GET ANY HIGHER THAN 17 AND A HALF

10:45:03 19    FEET, CORRECT?

10:45:04 20    A.   THAT'S CORRECT.

10:45:04 21    Q.   FINALLY, JX 37, FIGURE 25:  "MAXIMUM WAVE AND SURGE OVERTOPPING

10:45:24 22    WAS APPROXIMATELY FIVE FEET," CORRECT, IS THAT WHAT YOU SAY?

10:45:27 23    A.   THAT'S WHAT I SAY.

10:45:28 24    Q.   AND YOU HAVE PEAK SURGE, THE SECOND LINE, AT ABOUT 19 FEET,

10:45:32 25    CORRECT?

3150

10:45:33  1  A.  THAT'S CORRECT.  AND ALL THAT WOULD DO IS ACTUALLY SHIFT MY

10:45:45  2  EROSION AMOUNTS DOWN SO THAT EROSION --

10:45:48  3           MR. O'DONNELL:  OBJECTION, YOUR HONOR, NO QUESTION

10:45:54  4  PENDING.

10:45:54  5           THE COURT:  IF YOU WANT TO EXPLAIN YOUR ANSWER, BUT I AM

10:45:56  6  NOT -- I THINK THAT'S MORE, WHAT IT SOUNDS LIKE, IT'S MORE

10:45:59  7  APPROPRIATE FOR REDIRECT AS I'VE DONE IN OTHER INSTANCES BECAUSE

10:46:03  8  IT'S GOING TO BE AN ADJUSTMENT.  SO I'LL LET THAT COME OUT IN

10:46:09  9  REDIRECT.

10:46:10 10           GO AHEAD.

10:46:11 11  BY MR. O'DONNELL:

10:46:12 12  Q.  NOW LET'S TALK ABOUT SOME OF THE EXPERTS AND WHETHER IT AGREES

10:46:14 13  WITH YOUR DATA OR THEIR OWN DATA.  IN HIS FIRST REPORT DR. RESIO IN

10:46:23 14  DECEMBER 2008 HAD MAXIMUM WAVES OF 7.2 FEET, CORRECT?

10:46:29 15  A.  I BELIEVE THAT'S CORRECT.

10:46:30 16  Q.  YET, WHEN HE FILED HIS SUPPLEMENTAL REPORT HE ADDED A FOOT TO

10:46:34 17  GET TO 8.2 FEET, CORRECT?

10:46:37 18  A.  I DON'T KNOW THAT FOR SURE.

10:46:43 19           BUT AS WE WERE DOING THIS, THERE WAS A SPIRAL OF

10:46:47 20  DEVELOPMENT BEEN GOING ON.

10:46:48 21  Q.  IT WAS KIND OF A MOVABLE FEAST, RIGHT?

10:46:52 22  A.  NO.  IT WAS JUST THAT AS YOU UPDATE WITH DATA WE'RE BOTH WRITING

10:46:57 23  REPORTS TRYING TO GET THIS DONE, YOU WOULD GET DATA AT DIFFERENT

10:47:00 24  TIMES.

10:47:00 25  Q.  DID YOU ATTEND THOSE CONFABS, THOSE MEETINGS WE HEARD ABOUT

10:47:04  1    DURING MR. FITZGERALD'S TESTIMONY WHERE PEOPLE ARE TRYING TO FIGURE

10:47:07  2    OUT WHAT THE CORPS' POSITION IS GOING TO BE ON SURGE AND WAVE

10:47:10  3    HEIGHT?

10:47:11  4              MR. LEVINE:  OBJECTION.

10:47:12  5              THE COURT:  YOU MIGHT WANT --

10:47:13  6              MR. LEVINE:  IT'S ARGUMENTATIVE.

10:47:15  7              MR. O'DONNELL:  IT'S CROSS-EXAMINATION.

10:47:16  8              THE COURT:  I AM GOING TO ALLOW IT.  ARGUMENTATIVE, I AM

10:47:19  9    GOING TO ALLOW IT.  CERTAINLY IF IT'S OVERLY ARGUMENTATIVE I WON'T,

10:47:22 10    BUT I'M GOING TO ALLOW THAT.  BUT BASED ON THE ARGUMENTATIVE

10:47:25 11    OBJECTION.  ALTHOUGH WE DON'T WANT TO GET INTO ANY PRIVILEGES

10:47:28 12    EITHER.

10:47:29 13              MR. O'DONNELL:  WOULDN'T THINK OF IT, YOUR HONOR.

10:47:30 14              THE COURT:  ALL RIGHT.

10:47:31 15    BY MR. O'DONNELL:

10:47:32 16    Q.  LET ME TAKE OUT THE WORD CONFAB.  DID YOU ATTEND THOSE SESSIONS,

10:47:35 17    THOSE CONFERENCES OR MEETINGS WITH THE OTHER DEFENSE EXPERTS THAT

10:47:38 18    TALK ABOUT WHAT THE WAVE HEIGHTS AND SURGE HEIGHTS WOULD BE?

10:47:45 19    A.  I DIDN'T.

10:47:45 20    Q.  YOU GOT THE FRUITS OF THAT, YOU WERE GIVEN DATA, WERE YOU NOT,

10:47:48 21    FOR EXAMPLE, BY MR. EBERSOLE?

10:47:49 22    A.  I WAS GIVEN DATA BY MR. EBERSOLE, BUT I DON'T KNOW THE

10:47:53 23    INVOLVEMENT OF THAT MEETING.

10:47:55 24    Q.  SO YOU'RE AWARE THAT MR. EBERSOLE SCALED UP SURGE BY TWO FEET,

10:48:01 25    CORRECT?

─────────── FINAL DAILY COPY ───────────

10:48:01 1    A.  I THINK HE -- I THINK HE USED A FACTOR OF -- I AM NOT SURE, I

10:48:09 2    CAN'T ANSWER THAT.  I WASN'T INVOLVED IN THAT PART OF IT.

10:48:11 3    Q.  YOU KNOW HE LOWERED REACH 2 LEVEES BY A HALF A FOOT, CORRECT?

10:48:16 4    A.  COULD YOU EXPLAIN THAT MORE?

10:48:20 5    Q.  NO, I'LL MOVE ON, THANK YOU.

10:48:22 6         LET'S TALK ABOUT PEAK SURGE AT THE IHNC.  IPET, THE STUDY

10:48:32 7    YOU WERE INVOLVED WITH, PUT PEAK SURGE CENTRAL STANDARD TIME AT 8:30

10:48:32 8    IN THE MORNING, CORRECT, ON THE 29TH?

10:48:33 9         MR. LEVINE:  OBJECTION.

10:48:35 10        THE COURT:  I'M SORRY, COUNSEL, I WAS WRITING SOMETHING

10:48:37 11   DOWN, I APOLOGIZE.  I NEED THE QUESTION RESTATED TO ME.

10:48:41 12        MR. O'DONNELL:  I AM TALKING ABOUT PEAK SURGE AT THE IHNC

10:48:44 13   AND I'M GOING TO FOCUS ON MR. EBERSOLE AND DR. WESTERINK'S DATA,

10:48:47 14   IPET --

10:48:47 15        MR. LEVINE:  YOUR HONOR --

10:48:48 16        MR. O'DONNELL:  MAY I FINISH THE QUESTION?

10:48:50 17        THE COURT:  YES, LET HIM ASK THE QUESTION SO I CAN

10:48:52 18   UNDERSTAND YOUR OBJECTION.  DON'T ANSWER.

10:48:54 19        MR. O'DONNELL:  -- PUT THE IF PEAK SURGE AT THE IHNC AT

10:48:57 20   8:30 IN CENTRAL STANDARD TIME ON THE 29TH, CORRECT?

10:49:00 21        MR. LEVINE:  MY OBJECTION IS THIS IS OUTSIDE OF THE SCOPE

10:49:02 22   OF DIRECT, THIS IS OUTSIDE OF THE SCOPE OF HIS EXPERTISE.  WE DIDN'T

10:49:05 23   TALK ABOUT THE PEAK SURGE AT THE IHNC EVER IN HIS DIRECT EXAMINATION

10:49:09 24   AND HE'S CERTAINLY NOT SOMEONE WHO CREATED ANY OF THIS HYDROLOGICAL

10:49:13 25   DATA IN HIS OWN REPORT.

10:49:15 1            MR. O'DONNELL:  THIS IS IMPEACHMENT, I AM GOING TO SHOW,

10:49:17 2   OR TRY TO SHOW, THAT THERE IS INCONSISTENCY WITHIN THIS EXPERT'S

10:49:21 3   DATA BETWEEN THIS EXPERT AND THE OTHER EXPERTS' DATA AND AMONG THE

10:49:25 4   OTHER EXPERTS.  AND I THINK IT'S FAIR CROSS, YOUR HONOR.

10:49:28 5            THE COURT:  FIRST LET ME LOOK AT MY -- JUST GIVE ME A

10:49:32 6   LITTLE SECOND HERE.  AND I AM LOOKING AT MY VERY RUDIMENTARY SUMMARY

10:49:45 7   OF HIS REPORT, AND HE DOES TALK ABOUT THE IHNC.

10:49:49 8            AND, COUNSEL, I WANT YOU TO ELABORATE ON THIS FOR ME.  AND

10:49:53 9   MY NOTE SAYS:  "THE HYDRAULIC FORCES EXERTED BY STORM SURGE AND

10:49:58 10  WAVES FROM THE IHNC CAUSED THE LPV FLOODWALL ON THE EAST SIDE OF THE

10:50:02 11  CANAL JUST SOUTH OF FLORIDA AVENUE TO COLLAPSE BEFORE THE SURGE AND

10:50:05 12  WAVES REACHED THE TOP OF THE WALL, THE NORTH BREACH."  AND HE SAYS

10:50:08 13  AGAIN, THIS WOULD HAVE OCCURRED WHETHER THE MRGO EXISTED OR NOT.  HE

10:50:12 14  GAVE THE SAME OPINION AS TO THE SOUTH BREACH SPECIFICALLY IN THE

10:50:15 15  IHNC ON THE EAST SIDE OF THE CANAL NORTH OF CLAIBORNE AVENUE.

10:50:21 16           AND THEN HE TALKS ABOUT THE HYDRAULIC FORCES EXERTED BY

10:50:25 17  KATRINA ON THE LEVEES ON THE SOUTH SIDE OF THE MRGO AND THE NORTH

10:50:29 18  SIDE OF THE GIWW.  AND THAT THE FLOODWALLS ON THE EAST SIDE OF THE

10:50:33 19  IHNC EXCEEDED -- LET ME MAKE SURE -- EXCEEDED THOSE THAT THEY WERE

10:50:39 20  DESIGNED TO WITHSTAND.

10:50:40 21           SO I GUESS IN MY SUMMARY, DID THE SURGE LEVEL HAVE

10:50:47 22  ANYTHING TO DO WITH HIS CONCLUSIONS -- I GUESS I AM CONCERNED IF THE

10:50:53 23  SURGE LEVELS WOULD HAVE BEEN INVOLVED OR THE PEAK SURGE WOULD HAVE

10:50:56 24  BEEN INVOLVED IN ARRIVING AT THOSE CONCLUSIONS.

10:50:59 25           MR. LEVINE:  MY RESPONSE TO THAT WOULD BE HE DIDN'T CREATE

                              ─ FINAL DAILY COPY ─

10:51:07 1    ANY OF THE THAT DATA HIMSELF, THAT DATA WAS PROVIDED BY

10:51:07 2    MR. EBERSOLE, AND THIS WOULD BE A FAIR CROSS-EXAMINATION POINT FOR

10:51:07 3    MR. EBERSOLE BUT NOT FOR THIS WITNESS.

10:51:11 4         AND IT'S ALSO OUTSIDE THE SCOPE OF THE DIRECT EXAMINATION,

10:51:14 5    THEY DIDN'T DISCUSS THE PEAK SURGE LEVELS.

10:51:16 6         THE COURT:  FIRST I AGREE IT MAY BE OUTSIDE THE SCOPE OF

10:51:19 7    DIRECT, BUT I DON'T CONFINE GENERALLY CROSS TO DIRECT, ALTHOUGH I AM

10:51:24 8    ENTITLED TO.  AND I AM GOING TO OVERRULE YOUR OBJECTION.

10:51:28 9    BY MR. O'DONNELL:

10:51:28 10   Q.  LET'S TURN TO JX 212, HIS REPORT, JUST TO MAKE THE POINT.  THIS

10:51:35 11   IS THE SUMMARY AS TO THE IHNC, PAGE 100.

10:51:49 12        FIRST SENTENCE OF THE SECOND PARAGRAPH STATES:  "IT IS

10:51:54 13   CLEAR THAT ONE OF THE EAST SIDE BREACHES OCCURRED BEFORE THE WALL

10:51:57 14   WAS OVERTOPPED, BECAUSE EYEWITNESS REPORTS INDICATE THAT THE WATER

10:52:01 15   LEVEL IN THE LOWER NINTH WARD NEAR FLORIDA AVENUE WAS RISING WHEN

10:52:05 16   THE WATER LEVEL IN THE IHNC WAS STILL BELOW THE TOP OF THE FLOOD

10:52:10 17   WALL."

10:52:11 18        IN FACT, SIR, YOU WERE THE UNCRITICAL RECIPIENT OF DATA

10:52:15 19   FROM MR. EBERSOLE AND OTHER DEFENSE EXPERTS, WHICH TO BE FAIR, YOU

10:52:20 20   USED IN YOUR REPORT, CORRECT?

10:52:24 21   A.  CORRECT.

10:52:24 22   Q.  SO IS IT IMPORTANT TO YOUR OPINION ON THE PERFORMANCE OF THE

10:52:30 23   FLOODWALLS ON THE IHNC EAST SIDE WHEN THE PEAK SURGE OCCURRED?

10:52:36 24   A.  IT IS IMPORTANT FOR THE PERFORMANCE OF THE WALLS DURING

10:52:45 25   HURRICANE KATRINA.

10:52:46  1    Q.  HAS TO DO WITH THE LOADING FACTOR, RIGHT, HYDRODYNAMICS, WHEN

10:52:51  2    THE WATER GETS THERE HOW LONG THEY'RE PUTTING PRESSURE ON THE WALLS?

10:52:53  3    A.  IT'S MAINLY THE HEIGHT OF THE WATER AT THE TIME --

10:52:56  4    Q.  BECAUSE WATER HAS WEIGHT?

10:52:58  5            THE COURT:  HAD YOU FINISHED?

10:52:59  6            MR. O'DONNELL:  I'M SORRY.

10:52:59  7            THE WITNESS:  CORRECT.

10:53:00  8            THE COURT:  I JUST WANTED TO MAKE SURE YOU FINISHED.

10:53:02  9            THE WITNESS:  YES.

10:53:02 10            MR. O'DONNELL:  I APOLOGIZE, YOUR HONOR.

10:53:03 11    BY MR. O'DONNELL:

10:53:04 12    Q.  WATER HAS WEIGHT, RIGHT?

10:53:05 13    A.  WATER HAS WEIGHT OR PRESSURE.

10:53:07 14    Q.  PRESSURE.  AND THERE'S HYDRODYNAMIC, THE MORE WATER -- THE

10:53:10 15    HIGHER THE WATER LEVEL AGAINST THE FLOODWALL THE MORE HYDRODYNAMIC

10:53:15 16    PRESSURE, RIGHT?

10:53:15 17    A.  CORRECT.

10:53:16 18    Q.  WAS THAT THING THAT YOU CALLED THE RESISTANCE AND OPPOSITION,

10:53:17 19    DOES THAT HAVE SOMETHING TO DO WITH IT?

10:53:18 20    A.  DRIVING AND RESISTANCE FORCES.

10:53:20 21    Q.  OKAY.  FINE.  SO LET'S FIGURE OUT WHAT WE CAN ABOUT THE PEAK

10:53:23 22    SURGE.

10:53:24 23            IPET PUTS THE PEAK SURGE IN THE IHNC AT 8:30 IN THE

10:53:28 24    MORNING OF THE 29TH CENTRAL STANDARD TIME, CORRECT?

10:53:31 25    A.  IPET, I WOULD HAVE TO LOOK AND SEE EXACTLY.  BUT IT'S BASED ON

───── FINAL DAILY COPY ─────

10:53:36 1   THE HYDROGRAPH THAT WAS AT THE LOCK AT THAT TIME, SO THE ACTUAL

10:53:42 2   PHYSICAL DATA.

10:53:42 3   Q.  YOU DON'T KNOW WHEN IPET PUTS IT AT THE PEAK SURGE?

10:53:46 4   A.  I WOULD HAVE TO LOOK AGAIN.

10:53:47 5   Q.  BUT YOU GAVE AN OPINION ON THE PERFORMANCE OF THE LEVEE WALLS ON

10:53:53 6   THE IHNC, AND AM I TO UNDERSTAND YOU DON'T KNOW WHEN THE PEAK SURGE

10:53:58 7   WAS?

10:53:58 8   A.  I BELIEVE THE PEAK SURGE FROM MY REPORT SAYS IN THE SUMMARY AT

10:54:01 9   FIVE O'CLOCK -- AT NINE O'CLOCK.

10:54:02 10  Q.  WE'LL GET TO THAT.  THAT'S NOT YOUR OWN INDEPENDENT ANALYSIS,

10:54:04 11  YOU GOT THAT FROM ANOTHER DEFENSE EXPERT, RIGHT?

10:54:07 12  A.  NO, I DIDN'T.

10:54:10 13  Q.  YOU DETERMINED ON YOUR OWN IT WAS NINE O'CLOCK PEAK SURGE?

10:54:15 14          THE COURT:  WHY DON'T YOU LOOK AT YOUR REPORT, SIR.

10:54:19 15          THE WITNESS:  LET ME TAKE A LOOK.

10:54:20 16          THE COURT:  YOU MADE A SECOND, SIR, GO AHEAD.

10:54:22 17          THE WITNESS:  YES.

10:54:23 18          MR. O'DONNELL:  ABSOLUTELY.

10:55:02 19          THE WITNESS:  OKAY.

10:55:04 20  BY MR. O'DONNELL:

10:55:04 21  Q.  DID YOU FIND IT?

10:55:05 22  A.  YEAH, I DO.  THERE IS, IN THE REPORT ON PAGE 61 THERE IS A

10:55:09 23  HYDROGRAPH FOR KATRINA.

10:55:14 24          MR. O'DONNELL:  JUST A SECOND.

10:55:19 25          THE COURT:  IT'S UP ON THE SCREEN, MR. O'DONNELL.  YEAH,

10:55:24 1    JX 212, 61, YES, SIR.

10:55:24 2    BY MR. O'DONNELL:

10:55:27 3    Q.  AND THAT IS THE IHNC?

10:55:29 4    A.  CORRECT.

10:55:30 5            THE COURT:  AM I CORRECT THAT'S THE -- LET ME ASK THE

10:55:33 6    WITNESS.

10:55:34 7            THAT'S THE OBSERVED DATA, THAT IS THERE WAS SOME ACTUAL

10:55:37 8    EMPIRICAL DATA THERE AT THE IHNC?

10:55:41 9            THE WITNESS:  RIGHT.  THAT'S THE DATA THAT THEY COLLECTED

10:55:44 10   AND THEN FITTING THAT TO WHAT TOOK PLACE.

10:55:46 11           THE COURT:  OKAY.  THANK YOU.

10:55:48 12   BY MR. O'DONNELL:

10:55:48 13   Q.  LOOKS LIKE 8:30 IN THE MORNING, DOESN'T IT?

10:55:51 14   A.  TO ME IT LOOKS LIKE NINE O'CLOCK, BUT.

10:55:54 15   Q.  OKAY.  8:30 OR NINE O'CLOCK, OKAY.  AND YOU RELIED ON THAT,

10:55:59 16   RIGHT?

10:55:59 17   A.  THAT'S CORRECT.

10:56:00 18   Q.  IPET SAID 8:30?

10:56:04 19           THE COURT:  WELL --

10:56:05 20           THE WITNESS:  IN MY REPORT IN IPET I USED THIS AND I THINK

10:56:08 21   IT SAYS NINE O'CLOCK IN THE VOLUME FIVE.

10:56:11 22   BY MR. O'DONNELL:

10:56:11 23   Q.  WELL, WESTERINK CAME UP WITH 6:30 IN THE MORNING, DIDN'T HE,

10:56:15 24   INITIALLY?

10:56:15 25           MR. LEVINE:  OBJECTION, VAGUE AS TO LOCATION.

───── FINAL DAILY COPY ─────

10:56:18  1          MR. O'DONNELL:  IHNC.

10:56:19  2          THE COURT:  OKAY.  HE'S NOW MADE IT MORE SPECIFIC.  THANK

10:56:22  3  YOU, COUNSEL; AND THANK YOU, COUNSEL, FOR MAKING IT MORE SPECIFIC.

10:56:25  4  AND IF YOU DON'T KNOW, THAT'S FINE.

10:56:28  5          THE WITNESS:  I DON'T KNOW.  I REALLY DON'T.

10:56:29  6  BY MR. O'DONNELL:

10:56:30  7  Q.  YOU KNOW THAT MR. EBERSOLE FELT IT NECESSARY TO ADJUST

10:56:34  8  DR. WESTERINK'S 6:30 AND MADE IT 7:30 IN THE MORNING, DIDN'T HE?

10:56:38  9  A.  I DON'T KNOW.  NOT PART OF MY WORK.

10:56:51 10  Q.  MR. EBERSOLE HAD SEVEN-FOOT WAVES, DIDN'T HE, ALONG REACH 2?

10:57:02 11  YOU WERE AWARE THAT MR. EBERSOLE HAD SEVEN-FOOT WAVES, MAXIMUM WAVES

10:57:06 12  ALONG REACH 2?

10:57:07 13  A.  THERE MAY HAVE BEEN SEVEN-FOOT WAVES, THEY VARY ALONG REACH 2.

10:57:12 14  Q.  DID HE HAVE SEVEN-FOOT WAVES ANYWHERE ALONG THERE?

10:57:15 15  A.  GO BACK TO MY REPORT AND TAKE A LOOK.

10:57:17 16  Q.  I'LL REPRESENT TO YOU, AND I AM GOING TO MOVE ON.

10:57:26 17          LET ME ASK YOU THIS:  DID THE SECOND RESIO REPORT IN APRIL

10:57:26 18  OF THIS YEAR HAVE EIGHT-FOOT WAVES?

10:57:26 19  A.  I AM NOT AWARE OF THOSE.

10:57:27 20  Q.  YOU HAD NINE-FOOT WAVES SOME PARTS ALONG REACH 2 DURING KATRINA,

10:57:32 21  DIDN'T YOU?

10:57:32 22  A.  FROM THE IPET WORK DURING THAT SPIRAL OF ACTIVITY MAY HAVE BEEN,

10:57:36 23  YES.

10:57:36 24  Q.  FIGURE 4?  THE ANSWER IS YES, ISN'T IT?

10:57:40 25  A.  YES.

10:57:41 1    Q.  CAN WE GO TO PX 2138.3.  CAN YOU TELL ME WHAT THIS IS, SIR?

10:58:03 2    A.  I BELIEVE THIS WOULD BE THE REPORT THAT WAS FROM FITZGERALD'S.

10:58:16 3    Q.  BEFORE WE GET TO THIS, LET'S GO TO JX 212, PAGE 32, FIGURE 19.

10:58:27 4    YOU LOOKED AT THIS WITH COUNSEL ON YOUR DIRECT EXAMINATION, DID YOU

10:58:30 5    NOT, SIR?

10:58:31 6          WE'RE GOING TO HAVE IT UP IN A SECOND.  IT'S PAGE 32 OF

10:58:37 7    212.

10:58:40 8    A.  THIS WAS DURING MY DEPOSITION?  WOULD YOU PLEASE SHOW ME WHERE?

10:58:46 9    Q.  WELL, I THINK COUNSEL ASKED YOU ABOUT POINT 7 DOWN HERE, DO YOU

10:58:50 10   SEE THAT (INDICATING)?

10:58:52 11         THE COURT:  WE DID HAVE, AMONG OTHER THINGS, SOIL BORING

10:58:56 12   INFORMATION FROM POINT 7 AND A PHOTOGRAPH, AS I RECALL.

10:59:00 13         THE WITNESS:  YES.

10:59:01 14   BY MR. O'DONNELL:

10:59:01 15   Q.  OKAY.  AND I BELIEVE YOU TESTIFIED THAT IN THIS LOCATION WE HAD

10:59:09 16   LEVEE ELEVATION OF 17 AND A HALF FEET ON TOP OF SHEET PILE, CORRECT?

10:59:16 17   A.  APPROXIMATELY.

10:59:17 18         THE COURT:  JUST A MINUTE.

10:59:20 19         MR. LEVINE:  THAT SLIGHTLY MISSTATES THE TESTIMONY, JUST

10:59:22 20   WANT TO LODGE AN OBJECTION.

10:59:23 21         THE COURT:  THAT'S NOTED, I WISH I COULD REMEMBER IT

10:59:25 22   EXACTLY BUT I DON'T.  I'LL LET THE WITNESS CORRECT IT IF HE CAN.

10:59:29 23   BUT COUNSEL, YOUR COUNSEL HAS OBJECTED SAYING IT'S NOT WHAT YOU

10:59:34 24   SAID, BUT YOU CAN CERTAINLY CLARIFY.

10:59:37 25   BY MR. O'DONNELL:

10:59:37 1    Q.  WELL, LET ME ASK YOU WHAT SAID.  DIDN'T YOU TESTIFY THAT THE

10:59:39 2    ELEVATION OF THE LEAVE AT THIS PARTICULAR LOCATION WAS ABOUT 17 AND

10:59:42 3    A HALF FEET ON TOP OF SHEET PILE?

10:59:44 4    A.  AT THE TOP OF THE SHEET PILE?

10:59:45 5    Q.  YES.

10:59:46 6    A.  I THINK I SAID SOMETHING LIKE THAT.

10:59:47 7    Q.  OKAY.  FINE.  LET'S GO BACK TO 2138.3.  LET'S GO OVER HERE

11:00:10 8    (INDICATING).  LET'S GO BACK AND LOOK AT THE -- YOU SEE THAT, BREACH

11:00:18 9    TRIGGER (INDICATING).  OKAY.  LET'S GO BACK TO HERE (INDICATING).

11:00:22 10           THIS IS ABOUT MR. FITZGERALD'S DATA POINT, DO YOU SEE THAT

11:00:27 11   (INDICATING)?

11:00:29 12           THE COURT:  WHAT'S THE EXHIBIT NUMBER HERE, SIR?

11:00:33 13           MR. O'DONNELL:  THIS IS 2138.3, YOUR HONOR.

11:00:36 14           THE COURT:  ALL RIGHT.  THANK YOU.

11:00:37 15   BY MR. O'DONNELL:

11:00:37 16   Q.  DO YOU SEE THAT, SIR?

11:00:38 17   A.  I SEE THAT.

11:00:39 18   Q.  THAT'S ABOUT 14 FEET, IS IT NOT?

11:00:42 19   A.  I BELIEVE SO.

11:00:42 20   Q.  AND HE TESTIFIED THAT HE GATHERED THESE VARIOUS POINTS OF

11:00:47 21   ELEVATION FROM METICULOUS REVIEW OF THE AVAILABLE DATA, CORRECT?

11:00:51 22   A.  I WASN'T HERE SO I DON'T KNOW.

11:00:55 23   Q.  WHICH IS IT, IS IT 14 FEET OR 17 AND A HALF THERE?

11:00:58 24   A.  I THINK IF YOU LOOK BELOW THAT HE'S GOT FROM -- I BELIEVE

11:01:09 25   THERE'S A SHEET PILE WALL THERE.

11:01:09 1           THE COURT:  DO YOU WANT TO POINT THAT OUT, SIR?  YOU NEED

11:01:10 2  TO POINT IT OUT, SIR.

11:01:12 3           THE WITNESS:  SOME OF THE SYMBOLS THAT I KNOW BRUCE HAS

11:01:14 4  USED AND OTHERS IS THIS MEANING THAT THERE IS A SHEET PILE WALL

11:01:18 5  THERE (INDICATING).

11:01:19 6  BY MR. O'DONNELL:

11:01:20 7  Q.  OKAY.

11:01:20 8  A.  SO THAT WOULD HAVE BROUGHT THAT UP.

11:01:22 9  Q.  LET'S GO TO JX 212, PAGE 5 OF YOUR REPORT.  AND LET'S GO TO THE

11:01:34 10  SECOND OPINION I THINK COUNSEL ASKED YOU ABOUT.

11:01:39 11           LET'S GO TO THIS SENTENCE:  "EROSION OF THE PROTECTED SIDE

11:01:43 12  OF THESE LEVEES PRECIPITATED BY OVERFLOWING --" LET ME START AGAIN.

11:01:51 13           "EROSION OF THE PROTECTED SIDE OF THESE LEVEES

11:01:54 14  PRECIPITATED BY OVERTOPPING FLOW AND WAVES WAS THE PRINCIPAL FAILURE

11:02:01 15  MECHANISM FOR THE BREACHES IN THE LPV LEVEE ON THE SOUTH SIDE OF THE

11:02:05 16  MRGO."

11:02:07 17           THAT'S YOUR OPINION, RIGHT?

11:02:09 18  A.  THAT'S CORRECT.

11:02:11 19  Q.  EXPRESSED SOME VARIOUSLY AND DIFFERENT WORDS BUT THE SAME

11:02:14 20  OPINION ABOUT 15 TIMES IN YOUR EXPERT REPORT?

11:02:17 21  A.  I HAVEN'T COUNTED THEM BUT THAT COULD BE.

11:02:20 22  Q.  THE ESSENCE OR THE QUINTESSENCE OF YOUR OPINION IS THERE MUST BE

11:02:24 23  WATER OVERTOPPING BEFORE THERE CAN BE BREACHING, CORRECT?

11:02:28 24  A.  THAT'S CORRECT.

11:02:29 25  Q.  OR BREACHING IS PRECEDED BY OVERTOPPING, CORRECT?

—— FINAL DAILY COPY ——

11:02:33  1   A.  EXCUSE ME, WOULD YOU SAY THAT AGAIN?

11:02:37  2   Q.  YOU CANNOT HAVE BREACHING UNTIL AFTER OVERTOPPING, THAT'S AN

11:02:41  3   IMPORTANT PART OF YOUR OPINION, RIGHT?

11:02:43  4   A.  THAT'S FROM -- THE PRIMARY CAUSE, RIGHT.

11:02:47  5          MR. O'DONNELL:  MAY I GO TO THE BOARD, YOUR HONOR?

11:02:49  6          THE COURT:  YOU MAY.

11:02:49  7   BY MR. O'DONNELL:

11:03:43  8   Q.  YOU CANNOT HAVE BREACHING WITHOUT OVERTOPPING.  DID I WRITE THAT

11:03:48  9   RIGHT?  THAT'S PART OF YOUR OPINION, CORRECT?

11:03:51 10   A.  YEAH.  AND THAT'S A PRIMARY CAUSE, YES, FOR BREACHING.

11:03:59 11   Q.  RIGHT.  LET'S EXPLORE THAT A LITTLE BIT.  AND PART OF WHAT

11:04:03 12   YOU'RE DESCRIBING THERE IS THIS BACK-TO-FRONT BREACHING, RIGHT?

11:04:09 13   A.  THAT'S CORRECT.

11:04:10 14   Q.  LET'S LOOK, I THINK THE EXHIBIT WE LOOKED AT WITH

11:04:14 15   MR. FITZGERALD, EXHIBIT PX 2172.

11:04:18 16          THE COURT:  THAT WOULD BE IN MR. FITZGERALD'S REPORT OR IS

11:04:22 17   IT --

11:04:23 18          MR. O'DONNELL:  NO, WE USED IT AS A DEMONSTRATIVE.

11:04:25 19          THE COURT:  IT JUST HELPS US FIND IT SO WE CAN MARK IT AND

11:04:28 20   MAKE NOTES ON IT.

11:04:29 21          MR. LEVINE:  WHICH FITZGERALD ARE WE TALKING ABOUT,

11:04:32 22   MR. OR --

11:04:33 23          THE COURT:  GOOD QUESTION.

11:04:33 24          MR. O'DONNELL:  MISTER, NOT DOCTOR.  STEPHEN.

11:04:40 25   BY MR. O'DONNELL:

11:04:41 1    Q.  I AM JUST TRYING TO GET A SYNOPSIS OF THIS PHENOMENON OF

11:04:46 2    BACK-TO-FRONT BREACHING STEPS, OKAY, SIR?

11:04:48 3    A.  OKAY.

11:04:48 4    Q.  THE FIRST THING THAT HAPPENS, AS I UNDERSTAND YOUR OPINION, IS

11:04:52 5    WE HAVE WAVE AND/OR SURGE OVERTOPPING OF THE TOP OF THE LEVEE,

11:04:56 6    CORRECT?

11:04:56 7    A.  THAT'S CORRECT.

11:04:57 8    Q.  AND THEN THERE'S A FAST FLOW WITH FAST VELOCITY DOWN THE BACK

11:05:07 9    SIDE OF THE LEVEE?

11:05:07 10   A.  CORRECT.

11:05:07 11   Q.  NOW, WE HAVE THIRDLY EROSION OF THE GRASSES UNDERWAY, CORRECT?

11:05:11 12   A.  CORRECT.

11:05:12 13   Q.  AND THEN WE HAVE THIS PROGRESSIVE PROCESS THAT IS INITIATED,

11:05:19 14   FIRST DOWN HERE, OKAY, WHERE WE NOW HAVE EROSION INTO THE BACK SIDE

11:05:26 15   OF THE LEVEE, CORRECT (INDICATING)?

11:05:28 16   A.  I WOULD SAY IT COULD START -- IT DOESN'T NECESSARILY HAVE TO

11:05:31 17   START AT THE TOE, IT COULD START IN THE MIDDLE.

11:05:34 18   Q.  WELL, WHAT HAPPENS IS AS THERE'S EROSION, THE MATERIAL STARTS

11:05:40 19   DROPPING OFF, FALLING OFF, CORRECT?

11:05:41 20   A.  RIGHT.

11:05:42 21   Q.  IT'S NOT STABLE, IT HAS NOTHING TO KEEP IT THERE, RIGHT?

11:05:44 22   A.  THAT'S CORRECT.

11:05:45 23   Q.  SO THIS THING MOVES INEXORABLY UP THE BACK OF THE LEVEE AND THEN

11:05:52 24   WHEN IT GETS TOWARD THE TOP, RIGHT, IT GETS TO THE POINT WHERE IT

11:05:57 25   REACHES THE CREST OF THE LEVEE, RIGHT?

11:05:59 1    A.   CORRECT.

11:06:00 2    Q.   AND IN YOUR OPINION THEN TRIGGERS THE LOSS OF THE LEVEE CREST

11:06:04 3    ELEVATION?

11:06:05 4    A.   CORRECT.

11:06:06 5    Q.   AT WHICH POINT THERE'S NO MORE ELEVATED PROTECTION AND THE WATER

11:06:10 6    JUST STARTS RUSHING IN THROUGH THAT BREACH?

11:06:14 7    A.   YES.

11:06:15 8    Q.   OKAY.  GOOD.  AND ALL FIVE STEPS THAT WE JUST SUMMARIZED

11:06:22 9    TOGETHER MUST OCCUR BEFORE THE TRIGGERING OF THIS BREACH UP HERE,

11:06:25 10   CORRECT, AT THE TOP (INDICATING)?

11:06:27 11   A.   YES.

11:06:29 12   Q.   IT'S A PROGRESSION, CORRECT?

11:06:31 13   A.   I HAD SOMETHING SIMILAR IN MY DOCUMENT.

11:06:34 14   Q.   I THINK YOU HAD THE 1 TO 4, BUT THEY'RE COMPARABLE, RIGHT?

11:06:36 15   A.   THAT'S CORRECT.

11:06:37 16   Q.   OKAY.  SUPER.  BUT ITS OVERTOPPING IS NOT, IT'S NOT -- THE

11:06:44 17   FAILURE IS NOT INSTANTANEOUS, IT TAKES SOME TIME TO DO THAT,

11:06:47 18   CORRECT?

11:06:47 19   A.   IT TAKES SOME TIME.

11:06:49 20   Q.   DO YOU KNOW HOW LONG?

11:06:50 21   A.   NOT EXACTLY HOW LONG, IT HAS TO DO WITH THE VELOCITY, BUT IT'S

11:06:54 22   IN A TIME PERIOD.

11:06:55 23   Q.   NOW, YOU WERE IN THE COURTROOM WHEN STEPHEN FITZGERALD

11:06:58 24   TESTIFIED?

11:06:59 25   A.   NO, I WASN'T.

11:06:59 1    Q.  ARE YOU FAMILIAR WITH HIS TESTIMONY?

11:07:01 2    A.  NO, I AM NOT.

11:07:02 3    Q.  ALL RIGHT.  WELL, LET'S LOOK AT SOMETHING FOR A MOMENT.  LET'S

11:07:05 4    SHOW YOU THIS.  PX 2138.3.

11:07:15 5          THE COURT:  HOLD ON JUST A SECOND.

11:07:17 6          MR. O'DONNELL:  I THINK -- DID WE CREATE THIS GRAPHIC FOR

11:07:20 7    EXAMINATION?  YES, WE CREATED THIS, YOUR HONOR.

11:07:22 8          THE COURT:  THAT WOULD BE IN YOUR DEMO EXHIBITS?

11:07:25 9          MR. O'DONNELL:  YES, DEMONSTRATIVE EXHIBITS, YOUR HONOR.

11:07:25 10          THE COURT:  THANK YOU.

11:07:26 11          MR. O'DONNELL:  AND IT'S 2138.3.  AND JUST SO THE WITNESS

11:07:33 12    KNOWS, WE COMPILED THIS FROM THE DATA IN MR. FITZGERALD'S REPORT AND

11:07:38 13    HIS GRAPHICS, WHATEVER, AND WE PUT THIS TOGETHER.

11:07:40 14          THE COURT:  I RECALL THE EXHIBIT AND THE TESTIMONY,

11:07:43 15    SOMEWHAT THE TESTIMONY OF MR. FITZGERALD REFERENCING THIS EXHIBIT.

11:07:48 16          MR. O'DONNELL:  EXACTLY.

11:07:49 17    BY MR. O'DONNELL:

11:07:49 18    Q.  SO I WANT TO ASK YOU A FEW QUESTIONS ABOUT A COUPLE OF THINGS ON

11:07:56 19    HERE, OKAY, SIR.

11:07:56 20          FIRST OF ALL, THE RED SHOWS THE DESIGN GRADE OF 17 AND A

11:07:58 21    HALF FOOT ALONG WHAT I BELIEVE WERE 11 POINTS OF REACH 2.  OKAY,

11:08:03 22    SIR?

11:08:04 23    A.  OKAY.

11:08:04 24    Q.  AND THEN GIVES US THE BREACH TRIGGER IN THE BLUE DOTTED LINE

11:08:10 25    LIKE THE FIRST ONE AT 13 FEET, DO YOU SEE THAT, AT THAT LOCATION

11:08:15 1    (INDICATING)?

11:08:15 2    A.  YES.

11:08:16 3    Q.  SOMEWHERE BETWEEN THE 45000 AND 50000 MARK, DO YOU SEE THAT?

11:08:21 4    A.  YES.

11:08:21 5    Q.  AND THEN AS WE MOVE ALONG THE MRGO IT TRIGGERS BREACHING AT

11:08:28 6    VARIOUS OTHER LOCATIONS LIKE 14.5 FEET, DO YOU SEE THAT

11:08:32 7    (INDICATING)?  TRIGGERS IT AT 14 FEET, DO YOU SEE THAT, SIR

11:08:35 8    (INDICATING)?

11:08:36 9    A.  I SEE THOSE.

11:08:37 10   Q.  AND TRIGGERS IT AT 16 FEET SOME PLACES, DO YOU SEE THAT?

11:08:42 11   A.  I SEE THAT.

11:08:45 12   Q.  AND YOU UNDERSTAND THAT MR. FITZGERALD TESTIFIED IN THIS

11:08:51 13   COURTROOM THAT HE WAS INSTRUCTED BY BRUCE EBERSOLE TO TRIGGER EVERY

11:08:57 14   SINGLE BREACH ALONG REACH 2 BEFORE THERE WAS ANY OVERTOPPING AT ANY

11:09:01 15   OF THE BREACH SITES?

11:09:04 16   A.  I AM NOT AWARE OF THAT.

11:09:04 17           MR. LEVINE:  OBJECTION.

11:09:07 18           THE COURT:  YES, SIR.

11:09:08 19           MR. LEVINE:  WITHDRAWN.

11:09:09 20           THE COURT:  I DIDN'T HEAR THE ANSWER, YOU SAID, NO, YOU

11:09:12 21   DID NOT?

11:09:12 22           THE WITNESS:  NO, I AM NOT AWARE OF THAT.

11:09:14 23           THE COURT:  ALL RIGHT.  THANK YOU.

11:09:16 24   BY MR. O'DONNELL:

11:09:16 25   Q.  YOU UNDERSTAND FROM THIS CHART, EXHIBIT 2138.3, THAT

11:09:21 1    MR. FITZGERALD TRIGGERED BREACHING, BREACH TRIGGER, THE BLUE HASH

11:09:29 2    LINE, AT ELEVATIONS WELL BELOW THE DESIGN ELEVATION, DO YOU SEE

11:09:34 3    THAT?

11:09:36 4    A.  ON THIS CHART I DO, YES.

11:09:38 5    Q.  SOME AS MUCH AS FOUR AND A HALF FEET, DO YOU SEE THAT?

11:09:42 6    A.  I DO SEE THAT.

11:09:44 7    Q.  AND SOME AS A FOOT AND A HALF, CORRECT?

11:09:47 8    A.  I DO SEE THAT.

11:09:54 9             MR. O'DONNELL:  MAY I GO TO THE BOARD, YOUR HONOR?

11:09:56 10            THE COURT:  YOU MAY.

11:10:48 11   BY MR. O'DONNELL:

11:10:49 12   Q.  SO HIS GRAPHIC INDICATES THAT HE TRIGGERED -- BREACHES WERE

11:10:52 13   TRIGGERED BEFORE OVERTOPPING AT THE BREACH SITE, DO YOU SEE THAT?

11:10:56 14   A.  I BELIEVE THAT IS YOUR GRAPHIC THOUGH, RIGHT?

11:11:01 15   Q.  I'LL REPRESENT TO YOU THE BLUE DATA COMES FROM MR. FITZGERALD,

11:11:03 16   OKAY.  YOU DON'T HAVE TO TAKE MY REPRESENTATION, BUT I'LL MAKE THAT

11:11:07 17   REPRESENTATION.  OKAY, SIR?

11:11:08 18   A.  AND I AM NOT SURE EXACTLY WHAT IS MEANT BY TRIGGER.

11:11:10 19            BUT I DO UNDERSTAND IN MY SITUATION WHAT I WAS COMPARING,

11:11:15 20   I LOOKED AT THE HYDROGRAPHS FOR THE KATRINA EVENT AND ALL OF THE

11:11:19 21   OTHER HYDROGRAPHS, SO WE KNOW THAT WE HAD FAILURE OCCURRING DURING

11:11:25 22   KATRINA, SCENARIO 1, AND THE HYDROGRAPHS FOR THE REST OF THEM ALL

11:11:30 23   LOOK IDENTICAL.  SO MY CONCLUSIONS THAT SURGE WAS THE MAIN CAUSE OF

11:11:38 24   IT IS STILL MY OPINION.

11:11:42 25   Q.  SO FOR WHATEVER IT'S WORTH, THERE IS A TOTAL INCONSISTENCY

11:11:50 1   BETWEEN WHAT YOU SAY, DO YOU NOT, SIR, THAT YOU CANNOT HAVE

11:11:50 2   BREACHING WITHOUT OVERTOPPING AND MR. FITZGERALD WHO SAID BREACHES

11:11:53 3   WERE TRIGGERED BEFORE OVERTOPPING OF THE BREACH SITE; IS THAT FAIR?

11:11:57 4   A.  NO.  I DON'T THINK IT IS BECAUSE I DON'T UNDERSTAND HOW WE USE

11:12:01 5   THIS DATA.

11:12:02 6   Q.  LET'S LOOK --

11:12:03 7   A.  I DON'T THINK I CAN MAKE THAT CONCLUSION BUT --

11:12:05 8   Q.  LET'S LOOK PX --

11:12:07 9   A.  BUT I CAN MAKE -- STILL ON MY OPINION, THAT THE HYDROGRAPHS LOOK

11:12:12 10  THE SAME, YOU WOULD GET THE SAME RESULTS IF YOU HAVE THE SAME

11:12:17 11  LEVEES.

11:12:18 12  Q.  YOU GET THE SAME RESULTS WHETHER YOU TRIGGER A BREACH AT

11:12:23 13  13 FEET, FOUR AND A HALF FEET BELOW THE LEVEE ELEVATION --

11:12:24 14  A.  PHYSICAL DATA IS THERE --

11:12:27 15  Q.  MAY I FINISH?

11:12:28 16          THE COURT:  LET HIM FINISH HIS QUESTION AND THEN YOU CAN

11:12:30 17  RESPOND.

11:12:30 18          THE WITNESS:  SORRY.

11:12:30 19  BY MR. O'DONNELL:

11:12:31 20  Q.  SO IS IT YOUR OPINION IT DOESN'T MAKE ANY DIFFERENCE AT WHAT

11:12:35 21  ELEVATION THERE IS BREACHING, IT COULD BE 13 FEET, OR IT COULD BE

11:12:39 22  OVERTOPPING, IT ALL COMES OUT THE SAME?

11:12:41 23  A.  NO, I AM SAYING THE PHYSICAL DATA, THE OBSERVATIONS OF WHAT TOOK

11:12:44 24  PLACE DURING KATRINA AND IF YOU HAVE SIMILAR TYPE HYDROGRAPHS FOR

11:12:48 25  THE OTHER SCENARIOS THAT YOU'LL END UP WITH SIMILAR TYPE RESPONSE.

11:12:52 1    Q.  THERE'S A LOT MORE AGREEMENT BETWEEN MR. FITZGERALD ABOUT

11:12:54 2    BREACHES TRIGGERED BEFORE OVERTOPPING AND DR. BEA THAN YOU; ISN'T

11:12:59 3    THAT CORRECT?

11:13:00 4    A.  I DON'T KNOW.

11:13:01 5    Q.  LET'S LOOK AT PX 1487.1.  THIS IS TABLE 1, I BELIEVE THIS IS

11:13:14 6    FROM MR. EBERSOLE -- FITZGERALD, FROM HIS REPORT --

11:13:18 7            THE COURT:  MR. STEPHEN FITZGERALD'S REPORT.

11:13:21 8            MR. O'DONNELL:  STEPHEN FITZGERALD, THANK YOU.  FROM HIS

11:13:22 9    REPORT.  IT'S PX 1487.1, AND UNDERNEATH IT SAYS BREACH TRIGGER DATA

11:13:30 10   FROM FITZGERALD REPORT PAGE 14, PX 1487.

11:13:30 11   BY MR. O'DONNELL:

11:13:34 12   Q.  DO YOU SEE THAT?

11:13:35 13   A.  I DO.

11:13:36 14   Q.  DID ANYBODY FROM THE DEFENSE OR LAWYERS OR EXPERTS GIVE YOU THIS

11:13:45 15   DOCUMENT?

11:13:45 16   A.  I DON'T REMEMBER.  I DID RECEIVE SOMETHING FROM STEPHEN

11:13:48 17   FITZGERALD AT ONE TIME, AN E-MAIL THAT THIS MAY HAVE BEEN CONTAINED

11:13:53 18   IN.  BUT THE PURPOSE OF WHAT I WAS LOOKING FOR WAS VOLUMES OF WATER.

11:13:57 19           THE COURT:  LET ME POINT OUT, SIR, THAT THE TABLE 1 BREACH

11:14:04 20   DATA IS FROM MR. STEPHEN FITZGERALD'S REPORT; THE WRITING TO THE

11:14:07 21   RIGHT, THE CREST ELEVATION AND THE DISTANCE BELOW CREST, WERE

11:14:11 22   COMPUTED AND ADDED BY THE PLAINTIFFS.  IS THAT CORRECT, AM I

11:14:15 23   REPRESENTING THAT CORRECT?

11:14:16 24           MR. O'DONNELL:  YOU ARE, YOUR HONOR.

11:14:17 25           THE COURT:  THANK YOU.

11:14:18 1    BY MR. O'DONNELL:

11:14:18 2    Q.  AND YOU SEE, SIR, OUR INTERPRETATION OF THE EXHIBIT, WHICH I

11:14:22 3    BELIEVE IS CORRECT, SHOWS THAT THE DISTANCE BELOW THE LEVEE CREST

11:14:28 4    FOR TRIGGERING BREACH ACCORDING TO MR. FITZGERALD IS NEVER LESS THAN

11:14:40 5    A FOOT BELOW THE CREST AND AS HIGH AS THREE TO FOUR AND A HALF FEET

11:14:41 6    BELOW THE CREST, DO YOU SEE THAT?

11:14:44 7    A.  IF YOU SAY SO, BUT I BELIEVE THAT'S TRUE.

11:14:47 8    Q.  THAT, SIR, IS TOTALLY AND UTTERLY INCONSISTENT WITH YOUR OPINION

11:14:53 9    IN THIS CASE THAT YOU CAN'T HAVE BREACHING WITHOUT OVERTOPPING,

11:14:56 10   CORRECT?

11:14:56 11   A.  I WOULD HAVE TO LOOK AT IT, I DON'T KNOW.

11:15:00 12            MR. O'DONNELL:  NOTHING FURTHER.  THANK YOU, YOUR HONOR.

11:15:02 13            THE COURT:  THANK YOU, SIR.  REDIRECT.

11:15:12 14            MR. LEVINE:  YOUR HONOR, IF I MAY, MAY I APPROACH THE

11:15:15 15   BLACK BOARD FOR A SECOND?

11:15:17 16            THE COURT:  YOU CERTAINLY MAY.

11:15:29 17            MR. LEVINE:  THANK YOU, SIR.

11:15:30 18                      REDIRECT EXAMINATION

11:15:30 19   BY MR. LEVINE:

11:15:38 20   Q.  YOU RELIED ON THE PHOTOGRAPHS TO HELP YOU CONCLUDE WHETHER

11:15:42 21   OVERTOPPING OCCURRED VERSUS WAVE DAMAGE; IS THAT CORRECT?

11:15:45 22   A.  THAT'S CORRECT, A SERIES OF PHOTOGRAPHS.

11:15:47 23   Q.  AND YOU ALSO MADE FIELD VISITS OUT TO REACH 2, THE REACH 2

11:15:52 24   LEVEES ALONG THE MRGO; IS THAT RIGHT?

11:15:54 25   A.  THAT'S CORRECT.

11:15:54 1    Q.  AND SO THE HYDROGRAPHIC DATA THAT YOU PRESENTED, THE

11:15:59 2    HYDRODYNAMIC DATA THAT YOU PRESENTED FROM IPET, THAT DIDN'T PLAY A

11:16:03 3    PART IN YOUR CONCLUSION WHETHER OVERTOPPING WAS OCCURRING; IS THAT

11:16:06 4    RIGHT?

11:16:06 5    A.  THAT'S CORRECT.

11:16:07 6    Q.  NOW, IF WE COULD TURN -- CALL UP FIGURE 4 ON PAGE 14 OF YOUR

11:16:20 7    EXPERT REPORT.

11:16:33 8            IN YOUR OPINION, WHAT WOULD BE THE EFFECT OF LOWERING THE

11:16:37 9    BLUE SURGE LINE AND THE RED PEAK SURGE AND WAVE LINES?

11:16:41 10   A.  IT WOULD JUST MEAN THAT THESE SOILS IN THESE LOCATIONS WHERE

11:16:46 11   WE'VE EVALUATED THE POINT AT WHERE THEY WOULD HAVE ERODED WOULD BE

11:16:53 12   AT A LOWER ELEVATION OF WATER OVER THE CREST.

11:16:56 13   Q.  STILL FROM OVERTOPPING?

11:16:59 14   A.  STILL FROM OVERTOPPING.

11:17:01 15   Q.  LET'S TAKE A LOOK AT FIGURE 1 ON PAGE 11 OF YOUR EXPERT REPORT,

11:17:06 16   WHICH IS JX 212.  AND PLAINTIFFS' COUNSEL WALKED YOU DOWN TO THIS

11:17:17 17   AREA AND SHOWED YOU THAT THIS AREA DIDN'T BREACH (INDICATING).

11:17:20 18   A.  THAT'S CORRECT.

11:17:21 19   Q.  AND HAD THIS SWATH OF LAND THERE.

11:17:24 20           I'M A LITTLE CURIOUS ABOUT THE AREA IN YELLOW, THE LARGE

11:17:27 21   AREA IN YELLOW BETWEEN BAYOU DUPRE AND BAYOU BIENVENUE.  AND SO YOU

11:17:33 22   HAVE THIS AREA OF YELLOW IN HERE, DO YOU SEE IT (INDICATING)?

11:17:36 23   A.  I DO.

11:17:37 24   Q.  AND HOW MUCH WETLANDS MASS DO YOU SEE IN FRONT OF THAT?

11:17:42 25   A.  VERY LITTLE.

| | | |
|---|---|---|
| 11:17:43 | 1 | Q.  AND YET YOU STILL DON'T HAVE ANY BREACHING THERE, DO YOU? |
| 11:17:47 | 2 | A.  NO, YOU DON'T. |
| 11:17:47 | 3 | Q.  AND I WANT TO TAKE A LOOK AT PAGE 32 OF YOUR EXPERT REPORT, |
| 11:17:54 | 4 | WHICH IS JX 212 -- |
| 11:17:59 | 5 | MR. O'DONNELL:  YOUR HONOR, MAY I OBJECT ON VAGUE?  COULD |
| 11:18:02 | 6 | COUNSEL CLARIFY WHETHER THAT YELLOW STRETCH HE JUST POINTED OUT HAS |
| 11:18:05 | 7 | AN EYE WALL?  I WASN'T SURE IF HE MENTIONED THAT. |
| 11:18:09 | 8 | THE COURT:  COUNSEL, IF YOU WISH, THE COURT DOESN'T KNOW |
| 11:18:20 | 9 | EITHER, AND IF YOU WANT TO CLARIFY IT, THAT'S FINE.  IF YOU KNOW. |
| 11:18:21 | 10 | MR. LEVINE:  I AM NOT AWARE, I AM GOING TO SHOW HIM A |
| 11:18:23 | 11 | COUPLE -- |
| 11:18:24 | 12 | THE COURT:  OKAY, OF ACTUAL PHOTOGRAPHS. |
| 11:18:26 | 13 | MR. O'DONNELL:  OKAY, THANK YOU, YOUR HONOR. |
| 11:18:26 | 14 | MR. LEVINE:  I AM GOING TO TRY TO SEE IF I CAN SHOW HIM |
| 11:18:29 | 15 | THE BORINGS OR DATA FROM THAT LOCATION. |
| 11:18:32 | 16 | THE COURT:  I'M SORRY? |
| 11:18:33 | 17 | MR. LEVINE:  I AM GOING TO TRY TO SEE IF I CAN SHOW HIM |
| 11:18:36 | 18 | THE BORINGS OR SOME DATA FROM THAT LOCATION.  BUT I DON'T THINK |
| 11:18:38 | 19 | THERE'S ANY EYE WALLS EXCEPT AT A FEW PLACES ALONG -- CLOSE TO THE |
| 11:18:44 | 20 | TRANSITIONS.  I AM JUST A LAWYER, I DON'T HAVE THE -- |
| 11:18:52 | 21 | THE COURT:  JUST TO GET IT CLEARED UP, I AM GOING TO ASK |
| 11:18:52 | 22 | THE WITNESS:  DO YOU KNOW IF THERE IS AN EYE WALL THERE? |
| 11:18:56 | 23 | MR. O'DONNELL:  OR MAYBE SHEET PILE, YOUR HONOR. |
| 11:18:57 | 24 | THE COURT:  EXCUSE ME, I MEANT TO SAY SHEET PILE, THAT IS |
| 11:18:59 | 25 | THE CORRECT TERM. |

11:19:01 1          THE WITNESS:  THERE MAY BE SOME ALONG THAT STRETCH, BUT

11:19:04 2  THERE ARE PLACES WHERE THERE ISN'T ANY.

11:19:07 3          THE COURT:  ALL RIGHT.  I AM GOING TO FOR THE PURPOSE OF

11:19:09 4  YOUR QUESTION ASSUME THERE'S SOME SHEET PILING ALONG THE STRETCH AND

11:19:14 5  OTHERS NOT.

11:19:20 6  BY MR. LEVINE:

11:19:20 7  Q.  LET'S TAKE A LOOK AT POINT 5 AS REFLECTED ON PAGE 32 OF YOUR

11:19:25 8  EXPERT REPORT, AND POINT 5 THERE SEEMS TO BE DIRECTLY IN THE CENTER

11:19:30 9  OF THAT YELLOW AREA THAT WE JUST SAW IN THE PREVIOUS FIGURE; IS THAT

11:19:35 10 CORRECT?

11:19:36 11 A.  YES.

11:19:40 12 Q.  AND SO LET'S TAKE A LOOK AGAIN AT THAT BORING FROM LOCATION 5,

11:19:47 13 AND THAT'S ON PAGE 44 OF YOUR EXPERT REPORT.  AND LET'S ACTUALLY

11:19:55 14 LOOK AT THE LIDAR PROFILE FIRST.

11:20:03 15          THE HEIGHT AT THIS LOCATION, LOCATION 5, PRIOR TO KATRINA

11:20:07 16 WAS APPROXIMATELY 15 FEET; IS THAT CORRECT?

11:20:10 17 A.  APPROXIMATELY 15, 15 AND A HALF.

11:20:12 18 Q.  AND THEN IF WE COULD GO TAKE A LOOK AT THE BORING ON PAGE 44, WE

11:20:23 19 SEE THAT WHAT TYPE OF MATERIAL FORMS THIS LOCATION?

11:20:26 20 A.  MEDIUM STIFF CLAY.

11:20:28 21 Q.  SO THAT MEANS THIS LOCATION MADE IT THROUGH, EVEN THOUGH IT HAD

11:20:34 22 A LOW ELEVATION, BECAUSE THE SOIL WAS BETTER; IS THAT YOUR OPINION?

11:20:37 23 A.  THAT'S MY OPINION, YES.

11:20:39 24          MR. LEVINE:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

11:20:41 25          THE COURT:  THANK YOU, SIR.  SIR, YOU MAY STEP DOWN.

11:20:43 1                    THE WITNESS:  THANK YOU.

11:21:10 2                    THE COURT:  I'M SORRY, I WAS LOOKING AT A MESSAGE.

11:21:13 3                    MR. SMITH:  YOUR HONOR, WE MAY RUN OUT OF WITNESSES THIS

11:21:15 4     AFTERNOON.  WE'VE GOT AN ATTORNEY WHO IS ILL WHO WAS SCHEDULED TO

11:21:19 5     HANDLE MR. PODANY TODAY, AND I AM NOT SURE EXACTLY HOW LONG ALL OF

11:21:25 6     THE WITNESSES WILL TAKE.

11:21:28 7                    IF YOUR HONOR WOULD LIKE TO TAKE AN EXTENDED LUNCH BREAK

11:21:31 8     NOW AND COME BACK AT ONE OR WE COULD GET STARTED AND JUST SEE HOW IT

11:21:34 9     GOES THE REST OF THE DAY.  I AM REALLY NOT SURE HOW LONG WE'LL GO.

11:21:38 10                   WE HAVE TWO WITNESSES ALSO, IF IT DOES FILL THE TIME, WHO

11:21:42 11    NEED TO TRAVEL TO BATON ROUGE TO ATTEND AN AWARDS CEREMONY THIS

11:21:55 12    EVENING.  SO I DON'T KNOW WHAT YOUR HONOR PREFERS.

11:21:55 13                   THE COURT:  LET ME TRY TO MAKE -- WHAT WITNESSES DO WE

11:21:58 14    HAVE AVAILABLE?

11:21:59 15                   MR. SMITH:  WE HAVE MR. MILLER, WHO WILL BE OUR NEXT

11:22:02 16    WITNESS, AND WE CAN START HIM NOW OR WE CAN START HIM AT

11:22:04 17    ONE O'CLOCK.

11:22:05 18                   THE COURT:  OKAY.

11:22:06 19                   MR. SMITH:  AND THEN WE WOULD FOLLOW HIM WITH SUZANNE

11:22:10 20    HAWES, AND THEN WE WOULD FOLLOW HER WITH LOUIS BRITSCH.  SO WE HAVE

11:22:18 21    THOSE THREE WITNESSES TODAY.

11:22:20 22                   MR. MILLER AND MS. HAWES NEED TO TRAVEL TO BATON ROUGE.

11:22:26 23    WE MAY GET THROUGH WITH THEM BY FOUR AND WE COULD DO MR. BRITSCH

11:22:29 24    LAST.  I AM JUST NOT SURE HOW QUICKLY THE EXAMINATIONS WILL GO.

11:22:34 25    WE'RE NOT QUITE SURE, WE THINK THEY'LL GO RAPIDLY, BUT...

| | |
|---|---|
| 11:22:37 1 | THE COURT:  BUT WE HAVE MILLER, HAWES AND BRITSCH. |
| 11:22:42 2 | MR. SMITH:  AND BRITSCH. |
| 11:22:44 3 | THE COURT:  AND YOU THINK WE CAN -- WOULD IT BE BETTER |
| 11:22:46 4 | JUST TO GO ON SO THEY CAN GO TO THEIR FUNCTION AND END EARLIER OR |
| 11:22:52 5 | WOULD IT BE BETTER -- IN OTHER WORDS, IF MS. HAWES AND MR. BRITSCH |
| 11:23:02 6 | ARE HERE AND THEY NEED TO DO SOMETHING, NEED TO GO TO BATON ROUGE, |
| 11:23:07 7 | MAYBE WE OUGHT TO GET THEM -- WHEN WILL THEY -- |
| 11:23:09 8 | MR. SMITH:  IT'S MR. MILLER AND MS. HAWES.  AND MR. MILLER |
| 11:23:12 9 | WILL BE OUR FIRST WITNESS AND SHE WILL BE OUR SECOND WITNESS, SO I |
| 11:23:15 10 | AM THINKING THAT IF WE START AT ONE WE WILL STILL BE DONE WITH THEM |
| 11:23:18 11 | BY FOUR AND THEN WE COULD DO -- |
| 11:23:19 12 | THE COURT:  IS THERE ANY REASON WHY WE CAN'T -- |
| 11:23:21 13 | MR. SMITH:  WE CAN BEGIN WITH MR. MILLER NOW IF YOUR |
| 11:23:23 14 | HONOR -- |
| 11:23:23 15 | THE COURT:  IT MAKES SENSE SO THEY CAN -- |
| 11:23:25 16 | MR. SMITH:  MAKE SURE WE GET THROUGH WITH THEM IN TIME. |
| 11:23:28 17 | THE COURT:  YES, RIGHT. |
| 11:23:29 18 | MR. SMITH:  CAN WE JUST HAVE A BRIEF RECESS THEN? |
| 11:23:31 19 | THE COURT:  WHAT YOU'RE SAYING IS WE MAY END A LITTLE |
| 11:23:32 20 | EARLY TODAY? |
| 11:23:33 21 | MR. SMITH:  WE MAY BE DONE A LITTLE EARLY TODAY. |
| 11:23:35 22 | THE COURT:  THAT'S CERTAINLY NOT HEART BREAKING TO ME. |
| 11:23:38 23 | MR. O'DONNELL:  NOR ME.  I HAVE A PLANE TO CATCH. |
| 11:23:40 24 | THE COURT:  HOW MUCH TIME DO YOU NEED? |
| 11:23:40 25 | MR. SMITH:  TEN MINUTES TO GET SETUP. |

11:23:42  1              THE COURT:  ALL RIGHT.  OKAY.

11:23:43  2              MR. SMITH:  THANK YOU.

11:23:43  3              MR. O'DONNELL:  GIVE US ALL A CHANCE TO GET OUR MOTHER'S

11:23:46  4    DAY GIFTS, YOUR HONOR.

11:23:47  5              THE COURT:  YEAH, RIGHT.

11:23:47  6          (WHEREUPON, A RECESS WAS TAKEN.)

11:24:27  7          (OPEN COURT.)

11:37:38  8              THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

11:37:43  9              THE COURT:  YES, SIR.

11:37:44 10              MR. SMITH:  I APOLOGIZE, BUT I WAS INFORMED AS SOON AS I

11:37:47 11    TOLD YOU WHAT I TOLD YOU THAT IT WAS WRONG, THAT SUZANNE HAWES CAN'T

11:37:52 12    BE HERE TODAY SO WE WILL CALL HER FIRST THING MONDAY MORNING, SO WE

11:37:55 13    JUST HAVE TWO MORE WITNESSES TODAY.

11:37:58 14              THE COURT:  OKAY.

11:38:09 15              MS. MILLER:  YOUR HONOR, KARA MILLER FOR THE UNITED

11:38:14 16    STATES.  AND OUR NEXT WITNESS WILL BE GREGORY MILLER.

11:38:20 17              THE COURT:  NO RELATION I ASSUME?

11:38:22 18              MS. MILLER:  NO RELATION TO ME.  COMMON NAME.

11:38:39 19              THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

11:38:40 20          (WHEREUPON, GREGORY MILLER, WAS SWORN IN AND TESTIFIED AS

11:38:44 21          FOLLOWS:)

11:38:44 22              THE DEPUTY CLERK:  PLEASE BE SEATED.  WOULD YOU STATE YOUR

11:38:50 23    NAME AND ALSO SPELL IT FOR THE RECORD.

11:38:53 24              THE WITNESS:  I MEAN GREGORY MILLER, G-R-E-G-O-R-Y

11:38:58 25    M-I-L-L-E-R.

──────────────── FINAL DAILY COPY ────────────────

11:39:02  1           MS. MILLER:  YOUR HONOR, IN KEEPING WITH YOUR REQUEST TO

11:39:05  2   SUMMARIZE WHO THE WITNESS IS, I WILL DO THAT NOW.

11:39:09  3           GREGORY MILLER IS A SENIOR PROJECT MANAGER IN THE CORPS OF

11:39:14  4   ENGINEERS PROTECTION AND RESTORATION OFFICE.  MR. MILLER HAS SPENT

11:39:18  5   HIS CAREER WORKING IN THE FIELD OF ECOSYSTEM RESTORATION BOTH BEFORE

11:39:21  6   AND AFTER JOINING THE CORPS OF ENGINEERS.

11:39:23  7           MR. MILLER WAS PROJECT MANAGER FOR THE MRGO RE-EVALUATION

11:39:27  8   STUDY UNDERWAY AT THE TIME HURRICANE KATRINA STRUCK.  HE ALSO WAS

11:39:33  9   PROJECT MANAGER FOR THE LOUISIANA COASTAL AREA STUDY WHICH INCLUDED

11:39:39 10   ECOSYSTEM RESTORATION RELATED TO THE MRGO.

11:39:41 11           MR. MILLER WILL TESTIFY ABOUT THE SCOPE AND STATUS OF THE

11:39:45 12   MRGO RE-EVALUATION STUDY AND ASSOCIATED ECOSYSTEM RESTORATION.

11:39:47 13   MR. MILLER ALSO WILL TESTIFY ABOUT THE CORPS' EFFORT TO RESTORE

11:39:51 14   WETLANDS IN THE VICINITY OF THE MRGO THROUGH THE AUTHORITY OF THE

11:39:55 15   COASTAL WETLANDS PLANING, PROTECTION AND RESTORATION ACT, THE COAST

11:39:59 16   2050 PLAN, AND THE LOUISIANA COASTAL AREA ECOSYSTEM RESTORATION ACT.

11:40:04 17           THE COURT:  OKAY.  THANK YOU, COUNSEL.  AND JUST TO LET

11:40:07 18   YOU KNOW, I HAVE READ THE FOUR DIFFERENT DATES OF DEPOSITIONS THAT

11:40:11 19   WERE TENDERED.  I THINK THEY'VE BEEN INTRODUCED INTO EVIDENCE AS

11:40:17 20   30(B)(6), AND SO I AM FAMILIAR WITH MR. MILLER AND HIS TESTIMONY IN

11:40:26 21   RELATION TO THIS HEARING.  GO AHEAD.

11:40:27 22           MS. MILLER:  OKAY.

11:40:29 23                     DIRECT EXAMINATION

11:40:30 24   BY MS. MILLER:

11:40:30 25   Q.  MR. MILLER, HOW LONG HAVE YOU LIVED IN THE NEW ORLEANS AREA?

11:40:33 1    A.  I WAS BORN HERE, I GREW UP HERE.

11:40:38 2    Q.  AND WHEREABOUTS DID YOU GROW UP?

11:40:42 3    A.  I GREW UP IN METAIRIE AND WENT TO HIGH SCHOOL HERE IN NEW

11:40:47 4    ORLEANS.

11:40:47 5    Q.  AND WHERE DID YOU ATTEND COLLEGE?

11:40:50 6    A.  I WENT TO THE UNIVERSITY OF ALABAMA FOR MY UNDERGRADUATE WORK.

11:40:54 7    Q.  AND WHAT DID YOU STUDY FOR YOUR UNDERGRADUATE DEGREE?

11:40:58 8    A.  I HAVE A BACHELOR OF SCIENCES IN MARINE SCIENCE AND

11:41:02 9    INTERNATIONAL BUSINESS.

11:41:04 10   Q.  AND DID YOU OBTAIN ANY GRADUATE DEGREES?

11:41:09 11   A.  I ATTENDED THE UNIVERSITY OF RHODE ISLAND FOR GRADUATE STUDIES

11:41:12 12   AND I HAVE A MASTER OF ARTS IN MARINE AFFAIRS.

11:41:15 13   Q.  DID YOU HAVE ANY SPECIFIC FOCUS TO YOUR GRADUATE STUDIES?

11:41:20 14   A.  MY MASTERS THESIS IS WRITTEN ON THE LEGISLATIVE HISTORY OF THE

11:41:27 15   COASTAL WETLANDS PLANNING, PROTECTION AND RESTORATION ACT.

11:41:34 16   Q.  WHEN DID YOU FIRST BECOME INVOLVED OR INTERESTED IN COASTAL

11:41:38 17   RESTORATION ISSUES?

11:41:39 18   A.  YOU KNOW, I GREW UP ALONG THE COAST HERE IN NEW ORLEANS AND DID

11:41:51 19   A LOT OF FISHING HERE, SO I'VE BEEN INTERESTED IN THE COAST ITSELF

11:41:54 20   FOR VIRTUALLY ALL OF MY LIFE.  FROM A PROFESSIONAL STANDPOINT, MY

11:41:59 21   INTEREST DATES BACK TO HIGH SCHOOL AND INTO MY EARLY DAYS OF

11:42:04 22   COLLEGE.

11:42:06 23   Q.  AND WHAT WAS YOUR FIRST EMPLOYMENT IN THIS FIELD?

11:42:10 24   A.  MY FIRST JOB IN THE FIELD WAS AT THE DOLPHIN ISLAND SEA LAB IN

11:42:17 25   DOLPHIN ISLAND, ALABAMA IN THE MARINE SCIENCE LIBRARY AT THAT

11:42:22 1    FACILITY.

11:42:25 2    Q.  AND WHAT DID YOU DO AFTER -- COULD YOU DESCRIBE BRIEFLY YOUR

11:42:31 3    EMPLOYMENT HISTORY BRIEFLY AS IT RELATES TO COASTAL RESTORATION?

11:42:35 4    A.  I'VE WORKED FOR THE NATIONAL MARINE FISHERIES SERVICE IN PANAMA

11:42:40 5    CITY, FLORIDA IN THEIR FISHERIES RESEARCH LAB THERE.  I'VE WORKED IN

11:42:44 6    EVERGLADES NATIONAL PARK ON SEA GRASS RESEARCH IN FLORIDA BAY, I'VE

11:42:51 7    WORKED IN WASHINGTON, D.C. FOR THE NATIONAL MARINE FISHERY SERVICE

11:42:55 8    AT THEIR HEADQUARTERS OFFICE PRIMARILY FOCUSSING ON RESTORATION OF

11:42:59 9    HABITAT SUPPORTING PROTECTED SPECIES, ENDANGERED SEA TURTLES,

11:43:05 10   WHALES, PACIFIC NORTHWEST SALMON.

11:43:08 11          I'VE WORKED IN THE NATIONAL MARINE FISHERIES SERVICE

11:43:10 12   HABITAT CONSERVATION OFFICE IN BATON ROUGE, LOUISIANA; AT THE CORPS

11:43:16 13   OF ENGINEERS IN THE REGULATORY OFFICE AND AS A PROJECT MANAGER IN

11:43:20 14   OUR COASTAL RESTORATION OFFICE AT THE NEW ORLEANS DISTRICT.

11:43:23 15   Q.  WHAT WAS THE TIME FRAME THAT YOU WORKED FOR THE NATIONAL MARINE

11:43:26 16   FISHERIES SERVICE?

11:43:28 17   A.  APPROXIMATELY -- WELL, STARTING IN 1990, ALSO WORKED FOR THEM AS

11:43:32 18   A STUDENT DURING MY MASTERS STUDIES AND JOINED THEM FULL-TIME IN I

11:43:39 19   BELIEVE 1996.

11:43:41 20   Q.  AND DID YOU IN YOUR WORK WITH THE NATIONAL MARINE FISHERIES

11:43:46 21   SERVICE, DID YOU WORK ON SPECIFIC RESTORATION PROJECTS RELATED TO

11:43:50 22   THE NEW ORLEANS AREA?

11:43:50 23   A.  YES.  WITH THE NATIONAL MARINE FISHERIES SERVICE I HELPED

11:43:56 24   DEVELOP COASTAL RESTORATION PROJECTS IN THE VICINITY OF BAYOU

11:44:01 25   BIENVENUE, BONNET CARRE SPILLWAY, CHANDELEUR ISLANDS, AND OTHER

11:44:06 1    AREAS OUTSIDE OF THE NEW ORLEANS AREA ACROSS COASTAL LOUISIANA.

11:44:11 2    Q.  CAN YOU DESCRIBE WHAT THE BONNET CARRE SPILLWAY PROJECT WAS THAT

11:44:18 3    YOU WERE INVOLVED WITH?

11:44:19 4    A.  IT WAS A RESTORATION PROJECT PROPOSAL THROUGH THE COASTAL

11:44:23 5    WETLANDS PLANNING, PROTECTION AND RESTORATION ACT TO TAKE ADVANTAGE

11:44:30 6    OF SEDIMENTS AND FRESHWATER FLOWING THROUGH THE SPILLWAY FROM THE

11:44:31 7    MISSISSIPPI RIVER TO TRY TO REBUILD WETLANDS ALONG THE SHORELINE OF

11:44:35 8    LAKE PONTCHARTRAIN.

11:44:36 9    Q.  AND DO YOU REMEMBER ANY DETAILS ABOUT THE BAYOU BIENVENUE

11:44:42 10   PROJECT?

11:44:43 11   A.  THE BAYOU BIENVENUE WAS A RESTORATION PROJECT ALSO UNDER THE

11:44:47 12   COASTAL WETLANDS PLANNING, PROTECTION AND RESTORATION ACT TO TAKE

11:44:52 13   ADVANTAGE OF STORM WATER DISCHARGES FROM A PUMPING STATION IN

11:44:55 14   ORLEANS PARISH TO HELP IMPROVE WETLAND HABITATS IN THE VICINITY OF

11:45:03 15   THE NINTH WARD IN ORLEANS PARISH AND CHALMETTE IN ST. BERNARD

11:45:09 16   PARISH.

11:45:09 17   Q.  AND DID YOU RECEIVE ANY AWARDS FOR YOUR COASTAL RESTORATION WORK

11:45:13 18   WHILE EMPLOYED WITH THE NATIONAL MARINE FISHERIES SERVICE?

11:45:16 19   A.  I WAS PART OF A TEAM THAT WAS RECOGNIZED BY THE COASTAL AMERICA

11:45:21 20   PARTNERSHIP FOR RESTORATION OF BRETON ISLAND IN SOUTHEAST LOUISIANA

11:45:26 21   FOLLOWING HURRICANE GEORGES IN 1998.

11:45:31 22   Q.  CAN YOU DESCRIBE A LITTLE BIT ABOUT WHAT THAT RESTORATION

11:45:34 23   INVOLVED?

11:45:35 24   A.  IT WAS AN EFFORT TO USE DREDGE MATERIAL, MAINTENANCE DREDGE FROM

11:45:43 25   THE MRGO SHIP CHANNEL AND PLACE THAT MATERIAL IN THE VICINITY OF

11:45:46  1   BRETON ISLAND TO HELP REBUILD THE BEACH AND DUNE AND MARSHES OF THAT

11:45:51  2   ISLAND.

11:45:52  3   Q.  WAS THAT SOMETHING THAT THE CORPS OF ENGINEERS ALSO WAS INVOLVED

11:45:55  4   WITH?

11:45:56  5   A.  YES.  THE EFFORT ACTUALLY WAS LED BY THE CORPS OF ENGINEERS WITH

11:46:00  6   PARTNERS FROM OTHER AGENCIES, IN MY CASE THE NATIONAL MARINE

11:46:05  7   FISHERIES SERVICE, ALSO THE FISH AND WILDLIFE SERVICE, AND OTHER

11:46:10  8   VARIOUS AGENCIES OF THE STATE OF LOUISIANA.

11:46:12  9   Q.  AT WHAT POINT DID YOU BECOME EMPLOYED WITH THE CORPS OF

11:46:15 10   ENGINEERS?

11:46:15 11   A.  I JOINED THE CORPS IN LATE 2000 WITH THEIR REGULATORY FUNCTIONS

11:46:23 12   OFFICE.

11:46:24 13   Q.  AND AT WHAT POINT DID YOU MOVE INTO YOUR CURRENT -- OR WHAT IS

11:46:29 14   YOUR CURRENT OFFICE THAT YOU WORK IN?

11:46:32 15   A.  I NOW WORK IN OUR PROTECTION AND RESTORATION OFFICE IN OUR

11:46:36 16   COASTAL RESTORATION BRANCH.  I'VE WORKED THERE SINCE 2001 AS A

11:46:43 17   PROJECT MANAGER AND NOW SERVE AS A SENIOR PROJECT MANAGER IN THAT

11:46:46 18   OFFICE.

11:46:47 19   Q.  DO YOU HAVE A ROUGH IDEA OF HOW MANY PEOPLE WORK IN THE

11:46:53 20   PROTECTION AND RESTORATION OFFICE?

11:46:54 21   A.  WE HAVE ABOUT 80, 85 PROJECT MANAGERS IN THE PROTECTION AND

11:47:04 22   RESTORATION OFFICE THAT LEAD VARIOUS TEAMS WORKING ON LEVEE BUILDING

11:47:10 23   JOBS.  IN MY PARTICULAR OFFICE WE'RE FOCUSED ON COASTAL WETLAND

11:47:15 24   RESTORATION.

11:47:16 25   Q.  AND ARE THERE OTHER OFFICES AT THE CORPS DEVOTED TO ADDRESSING

11:47:22 1    ENVIRONMENTAL ISSUES AND COASTAL RESTORATION?

11:47:26 2    A.   YES.   WE, AS PROJECT MANAGER HELP LEAD TEAMS OF TECHNICAL

11:47:32 3    EXPERTS THAT WORK IN ENVIRONMENTAL COMPLIANCE UNDER NATIONAL

11:47:35 4    ENVIRONMENTAL POLICY ACT, DREDGING EXPERTS, REAL ESTATE EXPERTS THAT

11:47:44 5    HELP ACQUIRE PROPERTIES THAT MAY BE NEEDED FOR RESTORATION PROJECTS,

11:47:52 6    HYDROLOGISTS AND OTHER TECHNICAL EXPERTISE THAT YOU NEED IN

11:47:52 7    DEVELOPING PROJECTS TO RESTORE WETLANDS ALONG OUR COAST.

11:47:55 8    Q.   AND YOU'VE TOUCHED ON IT I THINK A LITTLE BIT, BUT COULD YOU

11:48:01 9    DESCRIBE YOUR SPECIFIC RESPONSIBILITIES AS A SENIOR PROJECT MANAGER

11:48:04 10   IN THE PROTECTION AND RESTORATION OFFICE?

11:48:06 11   A.   I LEAD A NUMBER OF TEAMS WORKING ON WETLAND MITIGATION PROJECTS

11:48:13 12   IN THE OFFICE.   ALSO LEAD THE MRGO -- EXCUSE ME, ECOSYSTEM

11:48:21 13   RESTORATION TEAM, THE MRGO CLOSURE CONSTRUCTION PROJECT, THE

11:48:27 14   LOUISIANA COASTAL AREA ECOSYSTEM RESTORATION PLAN WHICH HAS ABOUT 15

11:48:33 15   PROJECTS THAT CONGRESS HAS RECENTLY AUTHORIZED FOR STUDY AND FOR

11:48:37 16   CONSTRUCTION.

11:48:40 17   Q.   WHAT AUTHORITIES DOES THE CORPS OF ENGINEERS HAVE TO ADDRESS

11:48:44 18   ECOSYSTEM RESTORATION?

11:48:45 19   A.   WE HAVE SOME STANDING AUTHORITIES WHICH ARE CALLED THE

11:48:53 20   CONTINUING AUTHORITIES PROGRAM SECTION 204 OF THAT, AND SECTION

11:49:00 21   1135.   WE OPERATE UNDER THE COASTAL WETLANDS PLANNING, PROTECTION

11:49:05 22   AND RESTORATION ACT, THE LOUISIANA COASTAL AREA AUTHORITY; AND THEN

11:49:08 23   SPECIFIC AUTHORIZATIONS FOR VARIOUS PROJECTS, SUCH AS THE DAVIS POND

11:49:13 24   FRESH WATER DIVERSION, THE CAERNARVON FRESHWATER DIVERSION, THE

11:49:18 25   VIOLET FRESHWATER DIVERSION PROJECT.

11:49:21 1          SO WE HAVE AUTHORITIES THAT ARE PROGRAMATIC, IF YOU WILL,

11:49:25 2   FOR EFFORTS ACROSS THE COAST AND THEN PROJECT SPECIFIC IN VARIOUS

11:49:28 3   LOCATIONS ALONG THE COAST.

11:49:32 4   Q.  SO THE ONES YOU MENTIONED, COASTAL WETLAND PLANNING, PROTECTION

11:49:36 5   AND RESTORATION ACT, THAT'S OFTEN REFERRED TO AS CWPPRA I THINK YOU

11:49:41 6   MAY HAVE SAID THAT; IS THAT RIGHT?

11:49:41 7   A.  CWPPRA OR THE BREAUX ACT NAMED AFTER SENATOR JOHN BREAUX.

11:49:45 8   Q.  SO CWPPRA AND THE LCA, THAT IS THE LOUISIANA COASTAL AREA, IS

11:49:53 9   THAT WHAT THAT STANDS FOR?

11:49:55 10  A.  THAT'S CORRECT.

11:49:55 11  Q.  AND THOSE ARE TWO OF WHAT YOU DESCRIBED AS PROGRAMATIC

11:49:59 12  AUTHORITIES?

11:50:00 13  A.  RIGHT.  THOSE ARE BROAD AUTHORITIES FOR ECOSYSTEM RESTORATION IN

11:50:03 14  COASTAL WETLAND AREAS BETWEEN THE TEXAS STATE LINE AND THE

11:50:08 15  MISSISSIPPI STATE LINE WITHIN THE COASTAL ZONE OF THE STATE.

11:50:11 16  Q.  AND YOU MENTIONED ALSO, EXCUSE ME, THAT YOU ARE, I THINK

11:50:22 17  MENTIONED, YOU'RE PROJECT MANAGER FOR THE CLOSURE OF THE MRGO; IS

11:50:27 18  THAT RIGHT?

11:50:27 19  A.  I AM.

11:50:30 20  Q.  AND IS THAT CONSIDERED ANOTHER SPECIFIC AUTHORITY?

11:50:35 21  A.  IT IS.  IT'S AN AUTHORIZATION PASSED IN THE WATER RESOURCES

11:50:39 22  DEVELOPMENT ACT OF 2007 FOR A PLAN TO CLOSE THE MRGO TO NAVIGATION.

11:50:47 23  IT ALSO HAS AUTHORITY FOR ECOSYSTEM RESTORATION FOR WETLAND

11:50:53 24  RESTORATION IN THE AREAS AFFECTED BY THE MRGO.

11:50:56 25  Q.  AND THAT PARTICULAR AUTHORITY WAS AS YOU STATED POST KATRINA,

11:51:07 1   RIGHT?

11:51:07 2   A.   THAT'S RIGHT.

11:51:07 3   Q.   ARE THERE OTHER -- CWPPRA, LCA AND THE CONTINUING AUTHORITIES

11:51:08 4   THAT YOU MENTIONED, THOSE ALL EXISTED PRIOR TO THE OCCURRENCE OF

11:51:13 5   HURRICANE KATRINA; IS THAT RIGHT?

11:51:13 6   A.   THAT IS RIGHT.   THE CONTINUING AUTHORITIES I BELIEVE SOME OF

11:51:16 7   THEM PASSED IN THE AWARD OF 1986, THE COASTAL WETLANDS PLANNING,

11:51:22 8   PROTECTION AND RESTORATION ACT PASSED IN 1990, AND THE LOUISIANA

11:51:25 9   COASTAL AREA AUTHORITY IS ACTUALLY DATES TO 1967 WITH VARIOUS

11:51:31 10  ADDITIONAL AUTHORIZATIONS FROM CONGRESS SINCE THAT TIME.

11:51:34 11  Q.   AND ARE THERE OTHER POST KATRINA AUTHORITIES THAT YOU PRESENTLY

11:51:39 12  OPERATE UNDER IN ORDER TO ADDRESS COASTAL RESTORATION?

11:51:45 13  A.   THERE ARE SPECIFICALLY THE LOUISIANA COASTAL PROTECTION AND

11:51:48 14  RESTORATION TECHNICAL REPORT, IT'S THE DIRECTIVE FROM CONGRESS WAS

11:51:56 15  TO INVESTIGATE CATEGORY 5 PROTECTION, FLOOD CONTROL AND COASTAL

11:52:00 16  RESTORATION FOR ALL OF SOUTH LOUISIANA; SO THAT'S ANOTHER BROAD

11:52:05 17  AUTHORITY THAT TEAMS IN OUR OFFICE ARE WORKING UNDER.

11:52:11 18  Q.   SO JUST TO MAKE SURE WE'RE CLEAR, IF I UNDERSTOOD YOU CORRECTLY,

11:52:17 19  THERE ARE BASICALLY OR THERE WERE BASICALLY FOUR SOURCES OF

11:52:22 20  AUTHORITY FOR COASTAL RESTORATION PROJECTS PRIOR TO HURRICANE

11:52:26 21  KATRINA AND THAT WOULD BE THE CWPPRA, LCA, THE CONTINUING

11:52:32 22  AUTHORITIES AND THEN A SPECIFIC AUTHORIZATION; IS THAT A FAIR

11:52:38 23  SUMMARY OF WHAT YOU DESCRIBED?

11:52:40 24  A.   THAT'S RIGHT.   AND THERE COULD BE MULTIPLE SPECIFIC AUTHORITIES

11:52:44 25  FOR PROJECTS THAT I MENTIONED, SUCH AS THE DAVIS POND DIVERSION OR

11:52:48 1   CAERNARVON FRESHWATER DIVERSION.

11:52:54 2   Q.  SO WHEN WE SAY A SPECIFIC AUTHORITY, THAT REALLY IS MORE OF KIND

11:52:58 3   OF AN UMBRELLA FOR A CATEGORY OF AUTHORIZATION?

11:53:02 4   A.  WELL, IT'S A SPECIFIC AUTHORITY FOR A PROJECT OR A STUDY OF A

11:53:08 5   PROJECT.  I'LL GIVE THE EXAMPLE OF CAERNARVON FRESHWATER DIVERSION,

11:53:12 6   THAT'S A SPECIFIC LOCATION WITH A SPECIFIC PROJECT TYPE THAT

11:53:15 7   CONGRESS ASKED US TO INVESTIGATE AND THEN AUTHORIZED FOR

11:53:18 8   CONSTRUCTION.

11:53:20 9   Q.  AND MAYBE YOU CAN EXPLAIN THE PROCESS WHETHER IT IS THE SAME FOR

11:53:29 10  EACH POTENTIAL PROJECT OR IF IT DIFFERS DEPENDING ON THE PROJECT,

11:53:35 11  BUT THE PROCESS THROUGH WHICH AN ECOSYSTEM RESTORATION EFFORT MIGHT

11:53:40 12  BE IMPLEMENTED PURSUANT TO THE CONTINUING AUTHORITIES -- OR I'M

11:53:43 13  SORRY THE --

11:53:45 14         WELL, IF YOU COULD GO THROUGH HOW A SPECIFIC STUDY MIGHT

11:53:51 15  BE AUTHORIZED, MAYBE WE'LL START WITH THAT, AND THEN GO ON THROUGH

11:53:53 16  THE REMAINDER OF THE AUTHORITIES YOU MENTIONED.

11:53:59 17  A.  FOR THE CONTINUING AUTHORITIES, IT IS -- IT'S JUST AS IT

11:54:01 18  DESCRIBES, IT'S AN AUTHORITY THAT THE CORPS HAS CONTINUING AVAILABLE

11:54:04 19  FOR IT.  THE SECTION 204 FOR AQUATIC ECOSYSTEM RESTORATION.

11:54:11 20  GENERALLY IF WE ARE APPROACHED BY A LOCAL INTEREST, YOUR GOVERNMENT

11:54:19 21  ENTITY OR ENVIRONMENTAL ORGANIZATION OR OTHERS THAT HAVE AN INTEREST

11:54:19 22  IN A SPECIFIC PROBLEM SAYING THAT THEY WOULD LIKE THE CORPS TO

11:54:22 23  INVESTIGATE THAT AND THEY'LL SIGN UP AS A POTENTIAL PARTNER WITH US,

11:54:27 24  WE CAN HAVE FUNDING APPLIED TO DO AN INVESTIGATION.  WE'LL GENERALLY

11:54:32 25  WRITE A PLANNING REPORT THAT ASSESSES THAT PROBLEM.  CAN HAVE AN

11:54:37 1    ENVIRONMENTAL ASSESSMENT ACCOMPANY IT TO SHOW WHAT THE POTENTIAL

11:54:40 2    EFFECTS OF THE SOLUTIONS WOULD BE.  AND THEN WE'LL RECOMMEND AN

11:54:44 3    ACTION TO TAKE TO SOLVE A SPECIFIC PROBLEM.

11:54:47 4          IT'S THEN DEPENDENT ON THE APPROPRIATION OF FUNDS TO

11:54:52 5    AUTHORIZE US TO CONSTRUCT THE ACTUAL PROJECT THAT'S RECOMMENDED.

11:54:55 6    Q.  AND WHAT ABOUT THE PROCESS BY WHICH A SPECIFIC PROJECT LIKE THE

11:55:06 7    DIVERSIONS THAT YOU DESCRIBED MIGHT BE IMPLEMENTED, CAN YOU DESCRIBE

11:55:11 8    HOW THAT HAPPENS?

11:55:13 9    A.  YES.  WE RECEIVE AUTHORITY FROM THE CONGRESS FOR CONDUCTING WHAT

11:55:18 10   IS KNOWN AS RECONNAISSANCE STUDY.  THAT STUDY IS INTENDED TO

11:55:22 11   IDENTIFY IF THERE IS A FEDERAL INTEREST IN HELPING TO SOLVE THE

11:55:26 12   WATER RESOURCES PROBLEM.  IF THAT REPORT IS POSITIVE OR CONCLUDES

11:55:30 13   THAT THERE IS AN INTEREST, WE CAN THEN RECEIVE AUTHORITY FROM

11:55:34 14   CONGRESS TO CONDUCT A FEASIBILITY STUDY TO RECOMMEND SOLUTIONS TO

11:55:39 15   THE WATER RESOURCES PROBLEM AT HAND.

11:55:42 16         IF THE FEASIBILITY STUDY IS SIGNED BY THE CHIEF OF

11:55:44 17   ENGINEERS AND RECOMMENDS A SPECIFIC ACTION, CONGRESS CAN THEN

11:55:48 18   AUTHORIZE THAT ACTION FOR CONSTRUCTION.

11:55:52 19   Q.  AND COULD YOU THEN DESCRIBE OR EXPLAIN WHAT THE CWPPRA AUTHORITY

11:56:03 20   IS?

11:56:03 21   A.  THE COASTAL WETLANDS PLANNING, PROTECTION AND RESTORATION ACT IS

11:56:08 22   A SPECIFIC AUTHORITY THAT PASSED IN 1990.  IT'S PRIMARILY FOCUSED ON

11:56:13 23   THE STATE OF LOUISIANA, ALTHOUGH IT DOES HAVE SOME OTHER NATIONAL

11:56:16 24   COMPONENTS.

11:56:17 25         IN LOUISIANA THE AUTHORITY CALLED FOR ESTABLISHING A TASK

11:56:22 1    FORCE, IT'S COMPRISED OF FIVE FEDERAL AGENCIES IN THE STATE OF

11:56:27 2    LOUISIANA WORKING TOGETHER FOR COASTAL WETLAND RESTORATION EFFORTS.

11:56:32 3    IT REQUIRED DEVELOPMENT OF A RESTORATION PLAN FOR THE COAST, IT HAS

11:56:38 4    PERIODIC REPORTING TO CONGRESS ABOUT THE VARIOUS RESTORATION EFFORTS

11:56:44 5    OF THE PROGRAM.  IT ALSO DEVELOPS AN ANNUAL PRIORITY PROJECT LIST

11:56:48 6    THAT RECOMMENDS PROJECTS FOR IMPLEMENTATION ALONG THE COAST.

11:56:56 7    Q.  YOU MENTIONED THAT THE STATUTE REQUIRES CREATION OF A TASK

11:57:06 8    FORCE.  AND WHAT IS THE CORPS OF ENGINEERS' ROLE OF THAT IN THAT

11:57:12 9    TASK FORCE?

11:57:12 10   A.  THE SECRETARY OF THE ARMY HAS BEEN DESIGNATED AS THE CHAIRMAN OF

11:57:18 11   THE CWPPRA TASK FORCE AND HE HAS DELEGATED THAT AUTHORITY TO THE

11:57:22 12   CHIEF OF ENGINEERS WHO HAS DELEGATED IT TO THE DISTRICT ENGINEER IN

11:57:31 13   NEW ORLEANS WHO CHAIRS THE TASK FORCE.  HE RUNS THEIR PARTNERSHIP

11:57:33 14   MEETING, THEIR QUARTERLY MEETINGS THAT THEY HAVE AND WORKS WITH THE

11:57:37 15   OTHER AGENCIES IN THE STATE ON IMPLEMENTING THE PROGRAM.

11:57:40 16   Q.  AND WHAT ARE THE OTHER AGENCIES?

11:57:43 17   A.  IT'S THE STATE OF LOUISIANA, REPRESENTED THROUGH THE GOVERNOR'S

11:57:51 18   OFFICE, THE ENVIRONMENTAL -- THE U.S. ENVIRONMENTAL PROTECTION

11:57:53 19   AGENCY, THE NATIONAL MARINE FISHERIES SERVICE, THE NATURAL RESOURCES

11:57:59 20   CONSERVATION SERVICE, THE ENVIRONMENTAL PROTECTION AGENCY -- I THINK

11:58:01 21   I MENTIONED THAT ONE ALREADY -- AND THE U.S. FISH AND WILDLIFE

11:58:05 22   SERVICE, ALONG WITH THE CORPS OF ENGINEERS.  I THINK I GOT THEM ALL.

11:58:08 23   Q.  SO EACH OF THOSE AGENCIES HAS A REPRESENTATIVE ON THE TASK

11:58:13 24   FORCE; IS THAT RIGHT?

11:58:14 25   A.  THAT'S CORRECT.

| | |
|---|---|
| 11:58:17 | 1 |
| 11:58:27 | 2 |
| 11:58:29 | 3 |
| 11:58:36 | 4 |
| 11:58:46 | 5 |
| 11:58:51 | 6 |
| 11:58:56 | 7 |
| 11:59:01 | 8 |
| 11:59:05 | 9 |
| 11:59:15 | 10 |
| 11:59:22 | 11 |
| 11:59:26 | 12 |
| 11:59:29 | 13 |
| 11:59:36 | 14 |
| 11:59:40 | 15 |
| 11:59:41 | 16 |
| 11:59:53 | 17 |
| 11:59:59 | 18 |
| 12:00:04 | 19 |
| 12:00:07 | 20 |
| 12:00:12 | 21 |
| 12:00:17 | 22 |
| 12:00:25 | 23 |
| 12:00:28 | 24 |
| 12:00:34 | 25 |

Q.  YOU MENTIONED THAT THE STATUTE REQUIRED A RESTORATION PLAN.  CAN YOU DESCRIBE WHAT THAT WAS?

A.  THE LAW REQUIRED THAT THE TASK FORCE DEVELOP A RESTORATION PLAN FOR THE COAST.  DEVELOPMENT OF IT STARTED ROUGHLY IN 1991.  THE AGENCIES ON THE TASK FORCE EACH ASSIGNED TECHNICAL STAFF TO HELP LEAD AND DEVELOP THE PLAN.  IT WAS DONE THROUGH A SERIES OF PUBLIC MEETINGS ACROSS THE COAST THAT ALLOWED MEMBERS OF THE PUBLIC TO IDENTIFY WETLAND LOSS PROBLEMS AND RECOMMEND SPECIFIC PROJECT SOLUTIONS TO ADDRESS EROSION.  THERE ARE REPORTS OR REPORT COMPONENTS FOR EACH OF THE NINE HYDROLOGIC BASINS ACROSS THE STATE'S COASTLINE, THEY RANGE FROM THE CALCASIEU, SABINE AREA ALL THE WAY TO THE PONTCHARTRAIN BASIN ON THE EAST SIDE OF THE STATE.

Q.  SO THAT THE ROLE OF THE TASK FORCE IS TO EVALUATE RESTORATION NEEDS COAST WIDE; IS THAT RIGHT?

A.  THAT'S CORRECT.

Q.  AND CAN YOU DESCRIBE, IF YOU KNOW, WHAT THE PROCESS IS FOR MAKING THOSE EVALUATIONS OF A PARTICULAR PROJECTS?

A.  THE LAW REQUIRES DEVELOPMENT OF AN ANNUAL PRIORITY PROJECT LIST AND IT TYPICALLY STARTS CLOSE TO THE BEGINNING OF THE CALENDAR YEAR OF EACH YEAR.  IT STARTS WITH PUBLIC MEETINGS THAT ARE HELD ACROSS THE COAST TO INVITE SUGGESTED PROJECTS TO ADDRESS SPECIFIC EROSION PROBLEMS.  THERE ARE A SERIES OF ASSESSMENTS THAT ARE DONE BY THE VARIOUS AGENCY PARTNERS TO LOOK AT THE POTENTIAL COST OF THOSE PROJECTS, THE WETLAND BENEFITS, HOW TO CONSTRUCT THEM.

          THE TECHNICAL COMMITTEE THAT IS UNDERNEATH THE TASK FORCE

FINAL DAILY COPY

12:00:37 1    WILL ASSESS THOSE VARIOUS PROJECT RECOMMENDATIONS AND THEY WILL VOTE

12:00:42 2    TO SELECT PROJECTS FOR DETAILED EVALUATION.  THERE ARE FIELD VISITS

12:00:45 3    CONDUCTED, BETTER INFORMATION DEVELOPED ABOUT THE POTENTIAL COST AND

12:00:50 4    BENEFITS OF THE PROJECTS, AND ULTIMATELY ANOTHER CHANCE FOR THE

12:00:54 5    PUBLIC TO WEIGH IN ON WHAT HAS BEEN DETERMINED BY THE FIELD

12:01:05 6    INVESTIGATIONS.

12:01:05 7            THE TECHNICAL COMMITTEE WILL THEN TOWARDS THE LATTER HALF

12:01:05 8    OF THE YEAR RECOMMEND TO THE TASK FORCE PROJECTS FOR INCLUSION ON

12:01:05 9    THE ANNUAL PRIORITY PROJECT LIST.  AND THEN THE TASK FORCE ITSELF

12:01:08 10   WILL THEN VOTE TO SELECT THE PROJECTS TO FUND TO PLACE ON THAT

12:01:13 11   PRIORITY LIST.

12:01:18 12   Q.  AND IS THERE A SPECIFIC AMOUNT OF FUNDING AVAILABLE EACH YEAR OR

12:01:22 13   HOW DOES THE FUNDING GET -- HOW DOES THE FUNDING ASPECT WORK?

12:01:27 14   A.  WELL, THE COST FOR IMPLEMENTING THE PROGRAM ARE SHARED BETWEEN

12:01:30 15   THE FEDERAL GOVERNMENT AND THE STATE GOVERNMENT.  THE FEDERAL

12:01:35 16   GOVERNMENT'S ALLOCATION FOR IT HAS RANGED FROM THE BEGINNING ROUGHLY

12:01:41 17   IN THE NEIGHBORHOOD OF ABOUT 30 TO $35 MILLION, AND I BELIEVE NOW

12:01:44 18   WE'RE IN RECEIPT OF ABOUT $70 MILLION ANNUALLY.  THOSE MONEYS COME

12:01:50 19   FROM EXCISE TAXES ON SMALL ENGINE FUELS, IT'S AN EXAMPLE OF A USER

12:01:55 20   PAYS/USER BENEFITS APPROACH TO RESOURCE MANAGEMENT.

12:02:00 21   Q.  AND YOU MENTIONED THAT AS THE FEDERAL SHARE, DO YOU KNOW WHAT

12:02:06 22   THE STATE'S RESPONSIBILITY IS?

12:02:08 23   A.  THE SPLIT OF COSTS FOR PROJECTS IN THE PROGRAM IS 85 PERCENT

12:02:12 24   FEDERAL AND 15 PERCENT FROM THE STATE OF LOUISIANA, WHICH IS OUR

12:02:16 25   LOCAL SPONSOR.

12:02:17 1   Q.  AND IS THAT COST SPLIT DETERMINED OR WAS THAT PART OF THE

12:02:23 2   LEGISLATION?

12:02:23 3   A.  THAT'S CORRECT.

12:02:24 4   Q.  SO WHAT YOU DESCRIBED REGARDING THE PRIORITY LISTS, THAT

12:02:37 5   PROCESS, I GATHER, NARROWS DOWN THE INITIAL SUGGESTIONS IN ORDER TO

12:02:44 6   RECOMMEND ONLY A SUBSET OF WHAT'S PROPOSED?

12:02:48 7   A.  THAT'S RIGHT.  THE NUMBER OF PROJECTS NOMINATED BY THE PUBLIC OR

12:02:55 8   THE PARTICIPATING AGENCIES CAN VARY FROM YEAR TO YEAR.  BUT

12:02:58 9   GENERALLY IT STARTS OUT AS A LARGE NUMBER OF RECOMMENDATION, YOU

12:03:01 10  KNOW, RECOMMENDED OR NOMINATED PROJECTS AND IT'S NARROWED DOWN.

12:03:06 11  LISTS.  NUMBER OF PROJECTS ON A PRIORITY LIST CAN RANGE FROM JUST A

12:03:09 12  FEW TO MORE THAN A DOZEN.  IT'S ALL BASED ON THE AVAILABILITY OF

12:03:15 13  FUNDING WITHIN THE PROGRAM FOR THE VARIOUS PROJECTS.

12:03:19 14  Q.  AND YOU ALSO DESCRIBED THAT THERE ARE NINE BASINS ACROSS THE

12:03:24 15  COAST.  IS THERE ANY SPECIFIC DIVISION BETWEEN THE BASINS IN TERMS

12:03:32 16  OF HOW MANY PROJECTS ARE LISTED PER BASIN?

12:03:37 17  A.  THE PROGRAM USES A PRIORITIZATION METHODOLOGY.  THERE ARE MORE

12:03:46 18  PROJECTS ALLOWED TO BE NOMINATED IN AREAS WHERE THERE ARE HIGHER

12:03:49 19  RATES OF WETLAND LOSS.  FOR EXAMPLE, THERE ARE MORE PROJECTS

12:03:53 20  NOMINATED AND EVALUATED IN THE BARATARIA BAY ESTUARY AND THE

12:03:58 21  TERREBONNE ESTUARY THAN THERE ARE, FOR EXAMPLE, IN THE MERMENTAU

12:04:04 22  BASIN TOWARDS THE WESTERN PART OF THE STATE.  THE IDEA IS THAT THE

12:04:15 23  TASK FORCE IS TRYING TO PRIORITIZE THE USE OF FUNDS IN THE AREAS

12:04:15 24  THAT HAVE A GREATER NEED.

12:04:15 25  Q.  AND WHERE ARE THE BARATARIA AND TERREBONNE BASINS LOCATED?

12:04:18  1    A.   THEY'RE LOCATED WEST OF THE MISSISSIPPI RIVER AND EAST OF THE

12:04:25  2    ATCHAFALAYA RIVER.

12:04:26  3    Q.   WHAT BASIN DOES THE AREA THROUGH WHICH THE MRGO RUNS, WHAT BASIN

12:04:32  4    IS THAT IN?

12:04:33  5    A.   THE MRGO FALLS IN THE PONTCHARTRAIN BASIN.

12:04:36  6    Q.   AND HAVE THERE BEEN SPECIFIC PROJECTS RECOMMENDED THROUGH CWPPRA

12:04:56  7    TO ADDRESS RESTORATION RELATED TO THE MRGO?

12:05:00  8    A.   THERE HAVE.  I DON'T RECALL THE EXACT NUMBER BUT THE RESTORATION

12:05:08  9    PLAN ITSELF IDENTIFIES STRATEGIES FOR ADDRESSING WETLAND LOSSES IN

12:05:12 10    AND AROUND THE MRGO, AND THEN THERE HAVE BEEN SPECIFIC PROJECTS

12:05:16 11    NOMINATED AND SELECTED AND PLACED ON THE ANNUAL PRIORITY PROJECT

12:05:21 12    LIST; AND SOME PROJECTS HAVE GONE TO CONSTRUCTION AND HAVE BEEN

12:05:26 13    COMPLETED IN THE AREA USING THE FUNDS OF THE COASTAL WETLANDS

12:05:31 14    PLANNING, PROTECTION AND RESTORATION ACT.

12:05:33 15    Q.   AND HAVE SOME OF THOSE BEEN PROPOSED AND IMPLEMENTED PRIOR TO

12:05:37 16    HURRICANE KATRINA?

12:05:37 17    A.   THAT'S RIGHT.  I DON'T HAVE AN EXACT NUMBER FOR YOU, BUT

12:05:41 18    GENERALLY THOSE TYPES OF PROJECTS WERE SHORE PROTECTION OR MARSH

12:05:45 19    CREATION IN AND AROUND THE CHANNEL OR ON LAKE BORGNE.

12:05:52 20    Q.   MAYBE IT WOULD HELP TO LOOK AT THE RESTORATION PLAN THAT YOU

12:05:56 21    MENTIONED AND THE SECTION THAT REPRESENTS TO THE MRGO.

12:06:00 22           THE COURT:  MAYBE AT THIS TIME WE'LL STOP AND WE'LL KNOW

12:06:04 23    THAT THE RESTORATION PLAN WILL BE LOOKED AT WHEN WE COME BACK.

12:06:09 24           MS. MILLER:  I'M SORRY, STOP FOR LUNCH?

12:06:13 25           THE COURT:  YES.

— FINAL DAILY COPY —

12:06:13 1          MS. MILLER:  OKAY.  SURE.

12:06:14 2          THE COURT:  1:15.  RECESS UNTIL 1:15.  THANK YOU.

12:06:20 3          THE MARSHAL:  ALL RISE.

12:06:23 4       (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

5                        * * * * * *

6

7                     REPORTER'S CERTIFICATE

8

9       I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES

10  DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY

11  THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF

12  MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

13  THE ABOVE-ENTITLED AND NUMBERED MATTER.

14

15

16                _Karen A Ibos_

17               KAREN A. IBOS, CCR, RPR, CRR

18               OFFICIAL COURT REPORTER

19

20

21

22

23

24

25

─────────────FINAL DAILY COPY─────────────

**$**

**$23** [1] - 3142:4
**$35** [1] - 3189:17
**$64** [1] - 3123:25
**$64,000** [1] - 3123:25
**$70** [1] - 3189:18

**'**

**'08** [1] - 3145:12
**'70S** [1] - 3106:9
**'80S** [1] - 3106:9
**'85** [1] - 3106:19

**0**

**001243** [1] - 3110:7
**001253** [1] - 3111:18
**001255** [1] - 3111:6
**06-CV-2268** [1] - 3092:3

**1**

**1** [19] - 3107:14, 3107:15, 3107:17, 3115:3, 3115:18, 3117:3, 3117:25, 3118:1, 3118:6, 3118:7, 3118:13, 3118:14, 3120:23, 3129:8, 3164:14, 3167:22, 3169:5, 3169:19, 3171:15
**100** [1] - 3154:11
**1000** [1] - 3092:14
**10022** [1] - 3093:24
**104** [1] - 3113:7
**105** [1] - 3113:7
**106** [3] - 3113:23, 3134:22, 3135:20
**10:25** [1] - 3147:19
**11** [2] - 3165:21, 3171:15
**110** [1] - 3118:2
**1100** [1] - 3092:23
**1135** [1] - 3182:21
**114** [3] - 3119:5, 3143:21, 3143:24
**117** [1] - 3118:20
**11BU** [2] - 3109:24, 3110:8
**11BU-CHBD** [2] - 3109:24, 3110:8
**11TH** [1] - 3115:4
**12** [2] - 3097:22, 3099:19
**1205** [1] - 3093:19
**123** [1] - 3100:7
**1261** [1] - 3093:9
**12BU** - 3109:14,

3109:15
**12BU-CHBD** [1] - 3109:14
**13** [9] - 3103:6, 3111:1, 3112:7, 3124:25, 3125:3, 3125:7, 3165:25, 3168:13, 3168:21
**132** [1] - 3118:2
**133** [1] - 3118:15
**135** [2] - 3118:19, 3119:5
**1366** [1] - 3093:9
**14** [7] - 3124:23, 3141:15, 3160:18, 3160:23, 3166:7, 3169:10, 3171:6
**14.5** [1] - 3166:6
**1487** [1] - 3169:10
**1487.1** [2] - 3169:5, 3169:9
**14TH** [1] - 3109:2
**15** [3] - 3092:9, 3106:3, 3107:4, 3140:20, 3143:17, 3144:3, 3144:12, 3161:20, 3173:16, 3173:17, 3182:14, 3189:24
**15.4** [1] - 3107:4
**16** [2] - 3118:14, 3166:10
**16-FOOT** [1] - 3117:17
**16.0** [1] - 3118:8
**1601** [2] - 3109:2, 3110:22
**17** [14] - 3103:9, 3117:17, 3133:7, 3146:4, 3146:15, 3146:19, 3147:9, 3147:13, 3149:12, 3149:18, 3159:16, 3160:2, 3160:23, 3165:20
**17-AND-A-HALF-FOOT** [1] - 3118:23
**17.5** [4] - 3115:1, 3117:14, 3118:7, 3118:13
**1754** [1] - 3096:21
**18** [2] - 3149:12, 3149:15
**1877.60** [1] - 3096:24
**19** [6] - 3133:5, 3148:11, 3149:2, 3149:15, 3149:24, 3159:3
**19-UBD** [4] - 3110:24, 3111:7,

3111:20, 3111:23
**1967** [1] - 3184:9
**1984** [1] - 3106:16
**1986** [1] - 3184:7
**1990** [3] - 3179:17, 3184:8, 3186:22
**1991** [1] - 3188:4
**1996** [1] - 3179:19
**1998** [1] - 3180:21
**1:15** [2] - 3192:2

**2**

**2** [40] - 3097:9, 3097:12, 3102:12, 3112:11, 3112:18, 3113:15, 3114:1, 3118:15, 3120:22, 3120:23, 3120:25, 3121:8, 3121:11, 3121:25, 3122:8, 3123:9, 3124:23, 3125:3, 3126:25, 3127:21, 3128:9, 3129:15, 3129:22, 3130:15, 3132:18, 3134:18, 3135:1, 3136:20, 3141:10, 3143:15, 3147:12, 3152:3, 3158:10, 3158:12, 3158:13, 3158:20, 3165:21, 3166:14, 3170:23
**20** [8] - 3143:3, 3143:11, 3144:13, 3144:25, 3145:7, 3145:23, 3148:7, 3149:9
**2000** [2] - 3122:18, 3181:11
**2001** [1] - 3181:16
**20044** [1] - 3094:13
**2007** [1] - 3183:22
**2008** [4] - 3115:4, 3145:13, 3145:22, 3150:14
**2009** [3] - 3092:4, 3096:2, 3109:2
**204** [2] - 3182:20, 3185:19
**2050** [1] - 3177:16
**21** [2] - 3097:22, 3149:6
**211** [6] - 3110:6, 3111:6, 3146:8, 3146:10, 3146:17, 3147:7
**212** [14] - 3096:12, 3097:23, 3113:8, 3134:21, 3141:14, 3148:23, 3149:9,

3154:10, 3157:1, 3159:3, 3159:7, 3161:9, 3171:16, 3172:4
**212-011** [1] - 3129:8
**212-012** [1] - 3128:2
**2138.3** [6] - 3159:1, 3160:7, 3160:13, 3165:4, 3165:11, 3166:25
**2153** [1] - 3114:25
**2172** [1] - 3162:15
**22** [8] - 3142:7, 3143:14, 3143:17, 3144:3, 3144:9, 3144:14, 3144:25, 3148:24
**24** [1] - 3142:7
**25** [2] - 3114:9, 3149:21
**2626** [1] - 3093:19
**2655** [1] - 3093:5
**29TH** [3] - 3152:8, 3152:20, 3155:24
**2C** [3] - 3114:25, 3117:7, 3117:14

**3**

**3.5** [2] - 3118:8, 3118:14
**30** [1] - 3189:17
**30(B)(6** [3] - 3143:18, 3143:25, 3177:20
**3097/8** [1] - 3095:7
**3102** [1] - 3092:23
**3120/18** [1] - 3095:8
**3170/19** [1] - 3095:9
**3177/24** [1] - 3095:15
**32** [7] - 3102:10, 3105:4, 3159:3, 3159:6, 3172:3, 3173:7
**325** [1] - 3093:23
**33** [1] - 3149:9
**35** [3] - 3109:3, 3110:23, 3148:23
**36** [1] - 3114:22
**3668** [1] - 3093:2
**37** [1] - 3149:21

**4**

**4** [13] - 3143:2, 3144:5, 3144:6, 3145:12, 3145:13, 3145:23, 3146:3, 3146:14, 3147:1, 3148:7, 3158:24, 3164:14, 3171:6
**40** [2] - 3146:11,

3146:17
**41** [1] - 3147:7
**44** [3] - 3098:10, 3173:13, 3173:18
**45** [2] - 3101:23, 3104:12
**45000** [1] - 3166:3
**46** [2] - 3103:15, 3104:11
**47** [1] - 3102:15
**48** [1] - 3105:15
**49** [1] - 3098:10

**5**

**5** [8] - 3118:6, 3118:13, 3161:9, 3173:7, 3173:8, 3173:12, 3173:15, 3184:15
**5,000** [1] - 3127:14
**50** [2] - 3101:23, 3103:14
**500** [2] - 3094:17, 3114:21
**50000** [1] - 3166:3
**504** [1] - 3094:18
**51** [2] - 3102:14, 3105:15
**519** [1] - 3093:12
**52** [1] - 3108:1
**53** [2] - 3107:13, 3107:15
**54** [4] - 3107:13, 3107:14, 3107:25
**550** [1] - 3092:13
**556** [1] - 3093:2
**57TH** [1] - 3093:23
**589-7776** [1] - 3094:18
**59** [3] - 3143:17, 3144:3, 3144:9

**6**

**6** [1] - 3111:10
**60** [3] - 3143:17, 3144:3, 3144:13
**600** [1] - 3094:2
**601** [1] - 3093:5
**604** [1] - 3094:2
**61** [2] - 3156:22, 3157:1
**610** [1] - 3092:20
**618** [1] - 3093:16
**650** [1] - 3114:21
**6:30** [2] - 3157:23, 3158:8

## 7

**7** [7] - 3096:21,
3102:11, 3102:16,
3103:15, 3105:10,
3159:9, 3159:12
**7.2** [1] - 3150:14
**70113** [2] - 3092:17,
3092:21
**70130** [2] - 3094:3,
3094:17
**70130-6004** [1] -
3093:6
**70381** [1] - 3093:20
**70502-3668** [1] -
3093:3
**70726** [1] - 3093:13
**70801-1910** [1] -
3093:16
**70821-1366** [1] -
3093:10
**72** [4] - 3118:1,
3118:15, 3118:19,
3119:5
**75** [3] - 3115:4,
3115:17, 3117:5
**75219** [1] - 3092:24
**7:30** [1] - 3158:8

## 8

**8** [7] - 3092:4,
3096:2, 3102:11,
3105:11, 3105:14,
3144:12, 3144:13
**8.2** [1] - 3150:17
**80** [1] - 3181:21
**81** [1] - 3115:17
**85** [2] - 3181:21,
3189:23
**855** [1] - 3092:17
**87** [2] - 3113:9,
3113:14
**88** [2] - 3113:9,
3113:14
**888** [1] - 3094:12
**89** [2] - 3113:9,
3113:15
**8:30** [6] - 3152:7,
3152:20, 3155:23,
3157:13, 3157:15,
3157:18

## 9

**9** [1] - 3144:13
**90** [2] - 3113:23,
3114:10
**90071-2627** [1] -
3092:14
**96** [1] - 3117:5

## A

**A** [278] - 3093:14,
3094:16, 3096:9,
3096:15, 3096:21,
3096:24, 3097:16,
3097:22, 3098:1,
3098:3, 3098:10,
3098:13, 3098:14,
3098:16, 3099:7,
3100:6, 3100:19,
3100:22, 3101:18,
3101:23, 3102:23,
3103:9, 3103:18,
3103:21, 3103:22,
3104:7, 3104:12,
3104:24, 3105:2,
3105:5, 3105:14,
3105:17, 3106:8,
3106:9, 3107:3,
3107:4, 3107:13,
3107:21, 3108:10,
3108:13, 3108:21,
3108:22, 3108:25,
3109:1, 3109:7,
3109:12, 3109:13,
3109:23, 3110:3,
3110:5, 3110:11,
3110:12, 3110:14,
3110:15, 3111:5,
3111:6, 3111:13,
3111:18, 3112:10,
3113:7, 3113:23,
3114:7, 3114:8,
3114:9, 3114:22,
3114:24, 3115:17,
3115:22, 3116:10,
3116:15, 3116:16,
3116:21, 3116:23,
3117:13, 3117:17,
3117:19, 3117:22,
3117:23, 3118:2,
3118:4, 3118:15,
3118:19, 3118:23,
3119:5, 3119:12,
3120:10, 3120:19,
3120:24, 3121:4,
3121:11, 3121:21,
3121:24, 3123:6,
3123:15, 3123:20,
3124:6, 3124:7,
3124:11, 3125:2,
3125:9, 3125:19,
3126:12, 3126:25,
3127:16, 3127:17,
3128:6, 3128:9,
3128:16, 3128:23,
3129:5, 3129:20,
3129:23, 3131:10,
3131:16, 3132:4,
3132:6, 3132:12,

3132:20, 3133:7,
3133:10, 3133:20,
3133:25, 3134:7,
3134:12, 3134:13,
3134:15, 3134:17,
3135:5, 3138:6,
3138:23, 3139:22,
3140:6, 3140:21,
3142:8, 3142:9,
3143:16, 3144:16,
3146:10, 3147:2,
3147:9, 3147:13,
3147:17, 3147:20,
3147:24, 3149:18,
3150:16, 3150:19,
3150:21, 3152:1,
3152:3, 3153:5,
3154:2, 3156:15,
3156:16, 3156:22,
3156:24, 3158:15,
3159:6, 3159:12,
3159:16, 3159:18,
3160:3, 3160:23,
3160:25, 3161:4,
3162:10, 3162:11,
3162:18, 3163:1,
3163:8, 3164:12,
3164:22, 3165:3,
3165:5, 3165:18,
3165:20, 3167:5,
3167:7, 3167:25,
3168:12, 3168:13,
3169:1, 3170:5,
3170:15, 3170:22,
3171:2, 3171:12,
3171:15, 3171:20,
3172:3, 3172:10,
3172:19, 3172:20,
3173:7, 3173:12,
3173:17, 3173:18,
3173:22, 3174:2,
3175:18, 3175:19,
3175:21, 3175:23,
3176:3, 3176:6,
3177:3, 3178:8,
3178:12, 3178:19,
3178:20, 3179:13,
3179:18, 3180:4,
3180:11, 3180:13,
3180:19, 3180:22,
3181:16, 3181:17,
3181:19, 3182:8,
3182:9, 3182:11,
3183:22, 3184:22,
3185:2, 3185:3,
3185:4, 3185:6,
3185:14, 3185:20,
3185:22, 3185:23,
3185:25, 3186:3,
3186:6, 3186:11,
3186:14, 3186:17,

3186:22, 3186:25,
3187:3, 3187:7,
3187:23, 3188:1,
3188:3, 3188:6,
3188:17, 3188:22,
3189:12, 3189:19,
3190:6, 3190:9,
3190:11, 3190:12,
3190:17, 3190:24,
3192:4, 3192:9,
3192:11, 3192:17
**A13** [1] - 3100:7
**ABILITY** [1] -
3192:12
**ABLE** [1] - 3130:25
**ABLY** [1] - 3120:15
**ABOUT** [78] -
3098:22, 3100:3,
3103:6, 3103:9,
3104:10, 3104:16,
3109:9, 3109:18,
3114:9, 3116:3,
3116:4, 3116:9,
3116:17, 3117:23,
3119:24, 3120:14,
3120:22, 3120:23,
3120:25, 3121:24,
3125:9, 3126:24,
3127:5, 3127:13,
3128:3, 3128:13,
3128:15, 3128:18,
3129:8, 3137:13,
3139:1, 3139:11,
3139:19, 3140:17,
3140:20, 3141:16,
3142:12, 3146:1,
3147:9, 3147:15,
3148:5, 3148:12,
3148:21, 3148:22,
3149:4, 3149:7,
3149:24, 3150:12,
3150:25, 3151:18,
3152:6, 3152:12,
3152:23, 3153:7,
3153:16, 3155:21,
3159:9, 3160:2,
3160:10, 3160:18,
3161:10, 3161:20,
3162:21, 3165:18,
3169:1, 3171:20,
3177:11, 3177:13,
3180:9, 3180:22,
3181:21, 3182:14,
3186:6, 3187:4,
3189:3, 3189:17,
3189:18
**ABOVE** [2] -
3114:13, 3192:13
**ABOVE-ENTITLED**
[1] - 3192:13

**ABSOLUTELY** [1] -
3156:18
**ACADEMY** [1] -
3122:25
**ACCENTUATE** [1] -
3141:7
**ACCEPTABLE** [2] -
3122:3, 3122:5
**ACCOMPANY** [1] -
3186:1
**ACCORDING** [3] -
3118:11, 3147:19,
3170:4
**ACCURATE** [2] -
3141:20, 3144:24
**ACQUIRE** [1] -
3182:5
**ACROSS** [9] -
3109:15, 3126:2,
3128:20, 3180:1,
3183:2, 3188:7,
3188:10, 3188:20,
3190:14
**ACT** [14] - 3126:10,
3177:15, 3177:16,
3178:15, 3180:5,
3180:12, 3182:4,
3182:22, 3183:5,
3183:7, 3183:22,
3184:8, 3186:21,
3191:14
**ACTION** [6] - 3098:4,
3125:14, 3134:2,
3186:3, 3186:17,
3186:18
**ACTIVITY** [1] -
3158:22
**ACTUAL** [10] -
3117:20, 3118:7,
3118:14, 3131:1,
3135:7, 3135:11,
3156:1, 3157:7,
3172:12, 3186:5
**ACTUALLY** [17] -
3103:18, 3103:22,
3110:3, 3112:15,
3117:25, 3129:5,
3137:4, 3141:22,
3145:15, 3145:17,
3145:18, 3145:20,
3150:1, 3173:13,
3181:5, 3184:9
**AD** [1] - 3116:4
**ADD** [4] - 3103:7,
3116:2, 3139:22
**ADDED** [5] -
3106:10, 3106:11,
3106:12, 3150:16,
3169:22
**ADDITION** [2] -

3134:11, 3137:19
**ADDITIONAL** [2] -
3134:20, 3184:10
**ADDRESS** [5] -
3182:17, 3184:12,
3188:9, 3188:21,
3191:7
**ADDRESSING** [2] -
3181:25, 3191:9
**ADHERENCE** [1] -
3108:13
**ADJACENT** [2] -
3105:3, 3110:13
**ADJUST** [1] - 3158:7
**ADJUSTMENT** [1] -
3150:8
**ADMIT** [2] - 3134:17,
3135:20
**ADOPTED** [2] -
3142:10, 3142:14
**ADVANTAGE** [2] -
3180:5, 3180:13
**AFFAIRS** [1] -
3178:12
**AFFECT** [4] -
3110:18, 3137:25,
3138:4, 3138:5
**AFFECTED** [1] -
3183:24
**AFFECTS** [1] -
3116:24
**AFTER** [9] - 3100:14,
3101:11, 3122:17,
3134:22, 3162:2,
3177:6, 3179:2,
3183:7
**AFTERNOON** [1] -
3174:4
**AGAIN** [13] - 3105:4,
3110:22, 3111:5,
3116:10, 3125:4,
3142:19, 3143:23,
3153:13, 3156:4,
3161:12, 3162:1,
3173:12
**AGAINST** [3] -
3116:24, 3138:2,
3155:15
**AGENCIES** [8] -
3181:6, 3181:8,
3187:1, 3187:15,
3187:16, 3187:23,
3188:5, 3190:8
**AGENCY** [3] -
3187:19, 3187:20,
3188:23
**AGGRAVATING** [1] -
3137:20
**AGREE** [17] - 3123:1,
3124:2, 3124:18,

3126:6, 3126:23,
3132:12, 3132:14,
3134:1, 3134:5,
3134:7, 3134:11,
3136:20, 3137:24,
3138:18, 3139:7,
3145:3, 3154:6
**AGREEMENT** [1] -
3169:1
**AGREES** [2] -
3115:13, 3150:12
**AHEAD** [5] -
3140:10, 3144:7,
3150:10, 3156:16,
3177:21
**AL** [2] - 3092:2,
3092:5
**ALABAMA** [2] -
3178:6, 3178:25
**ALL** [44] - 3099:7,
3105:18, 3106:11,
3106:23, 3108:14,
3109:14, 3114:12,
3115:9, 3116:25,
3119:6, 3119:16,
3120:13, 3122:24,
3127:9, 3130:17,
3135:21, 3144:7,
3144:21, 3147:19,
3147:22, 3147:23,
3150:1, 3151:14,
3160:14, 3164:8,
3165:3, 3165:20,
3166:23, 3167:20,
3167:22, 3168:22,
3173:3, 3174:5,
3176:1, 3176:3,
3180:20, 3184:4,
3184:16, 3187:22,
3188:11, 3190:12,
3192:3
**ALLOCATION** [1] -
3189:16
**ALLOW** [6] -
3100:19, 3101:19,
3137:16, 3151:8,
3151:9, 3151:10
**ALLOWED** [2] -
3188:7, 3190:18
**ALMOST** [4] -
3104:7, 3105:18,
3133:5, 3143:8
**ALONG** [41] -
3096:13, 3097:9,
3097:12, 3098:25,
3101:1, 3101:11,
3102:12, 3107:19,
3109:5, 3112:11,
3112:18, 3114:1,
3123:9, 3126:1,

3127:21, 3128:25,
3129:21, 3132:10,
3134:25, 3147:12,
3148:13, 3149:5,
3149:7, 3158:10,
3158:12, 3158:13,
3158:14, 3158:20,
3165:21, 3166:5,
3166:14, 3170:24,
3172:19, 3173:1,
3173:4, 3178:18,
3180:7, 3182:7,
3183:3, 3187:6,
3187:22
**ALREADY** [3] -
3138:24, 3142:14,
3187:21
**ALSO** [32] - 3094:1,
3096:24, 3097:9,
3114:2, 3119:23,
3124:12, 3129:8,
3129:22, 3132:22,
3133:10, 3134:7,
3134:11, 3134:17,
3137:5, 3137:14,
3141:23, 3143:13,
3154:4, 3170:23,
3174:10, 3176:23,
3177:8, 3177:13,
3179:17, 3180:11,
3181:3, 3181:7,
3182:12, 3183:16,
3183:23, 3187:5,
3190:14
**ALTERNATIVE** [2] -
3132:1, 3132:6
**ALTERNATIVES** [2]
- 3135:8, 3135:12
**ALTHOUGH** [3] -
3151:11, 3154:7,
3186:23
**AM** [60] - 3115:14,
3115:25, 3119:20,
3119:21, 3120:7,
3120:19, 3120:22,
3120:24, 3126:14,
3126:18, 3127:14,
3127:16, 3128:19,
3138:22, 3139:17,
3139:23, 3139:25,
3140:18, 3143:19,
3143:22, 3146:7,
3146:17, 3147:17,
3148:17, 3148:20,
3150:5, 3151:8,
3152:1, 3152:12,
3153:1, 3153:6,
3153:22, 3154:7,
3154:8, 3156:6,
3157:5, 3158:16,

3158:19, 3163:1,
3165:2, 3166:16,
3166:22, 3167:18,
3168:23, 3169:22,
3172:10, 3172:14,
3172:17, 3172:20,
3172:21, 3173:3,
3174:5, 3174:9,
3174:24, 3175:10,
3177:20, 3183:19
**AMERICA** [2] -
3092:5, 3180:19
**AMIN** [1] - 3094:6
**AMONG** [3] -
3147:16, 3153:3,
3159:11
**AMOUNT** [9] -
3096:17, 3107:20,
3108:10, 3108:21,
3109:7, 3120:10,
3145:16, 3145:19,
3189:12
**AMOUNTS** [4] -
3108:9, 3110:1,
3145:18, 3150:2
**AN** [51] - 3097:17,
3098:7, 3098:21,
3103:25, 3104:5,
3112:10, 3120:9,
3122:3, 3124:18,
3124:19, 3126:14,
3126:15, 3128:2,
3134:20, 3137:20,
3137:25, 3138:4,
3138:5, 3138:21,
3138:22, 3139:17,
3140:3, 3140:11,
3141:1, 3141:20,
3145:10, 3150:8,
3156:5, 3159:20,
3162:2, 3169:17,
3172:7, 3172:22,
3174:4, 3174:7,
3174:11, 3180:24,
3183:21, 3185:3,
3185:11, 3185:18,
3185:21, 3185:24,
3185:25, 3186:2,
3186:13, 3187:5,
3188:18, 3189:19,
3191:17
**ANALYSES** [2] -
3118:12, 3119:6
**ANALYSIS** [15] -
3109:1, 3115:10,
3115:12, 3115:18,
3117:7, 3117:10,
3117:22, 3118:20,
3121:15, 3121:16,
3131:25, 3148:15,

3148:18, 3149:4,
3156:10
**ANALYZING** [1] -
3141:2
**AND** [565] - 3096:9,
3096:14, 3096:18,
3096:22, 3096:24,
3098:2, 3098:3,
3098:5, 3098:8,
3098:14, 3098:16,
3098:17, 3099:2,
3099:3, 3099:8,
3099:22, 3099:24,
3099:25, 3100:7,
3100:11, 3100:15,
3101:1, 3101:8,
3101:17, 3102:2,
3102:3, 3102:5,
3102:14, 3102:15,
3102:18, 3102:21,
3102:23, 3103:9,
3103:10, 3103:14,
3103:15, 3103:17,
3103:18, 3103:21,
3103:25, 3104:3,
3104:5, 3104:16,
3104:19, 3104:22,
3105:3, 3105:9,
3105:11, 3105:14,
3105:15, 3105:17,
3105:22, 3106:25,
3107:3, 3107:4,
3107:6, 3107:8,
3107:9, 3107:13,
3107:20, 3107:21,
3107:23, 3108:3,
3108:5, 3108:6,
3108:9, 3108:13,
3108:16, 3108:18,
3108:19, 3108:20,
3109:1, 3109:2,
3109:6, 3109:7,
3109:12, 3109:13,
3109:19, 3109:22,
3109:24, 3110:4,
3110:6, 3110:10,
3110:15, 3110:16,
3110:23, 3111:3,
3111:6, 3111:10,
3111:22, 3111:23,
3112:14, 3112:15,
3112:17, 3112:19,
3113:1, 3113:2,
3113:3, 3113:7,
3113:8, 3113:9,
3113:11, 3113:15,
3114:2, 3114:8,
3114:20, 3114:21,
3115:11, 3115:15,
3115:21, 3116:7,
3116:8, 3116:11,

3116:22, 3116:23, 3117:6, 3117:16, 3117:17, 3117:22, 3117:24, 3118:1, 3118:2, 3118:3, 3118:5, 3118:13, 3118:14, 3118:15, 3118:19, 3118:23, 3119:1, 3119:6, 3119:23, 3120:2, 3120:3, 3120:6, 3120:7, 3120:10, 3120:11, 3120:12, 3120:16, 3120:20, 3120:22, 3121:7, 3121:12, 3121:17, 3121:19, 3121:20, 3122:3, 3122:6, 3122:8, 3122:9, 3122:15, 3122:17, 3122:18, 3122:21, 3122:23, 3122:24, 3122:25, 3123:1, 3123:2, 3123:3, 3123:8, 3123:10, 3123:13, 3123:14, 3123:15, 3123:21, 3123:23, 3124:1, 3124:3, 3124:6, 3124:8, 3124:11, 3124:13, 3124:20, 3124:24, 3125:1, 3125:5, 3125:10, 3125:14, 3125:19, 3125:22, 3125:23, 3125:24, 3126:1, 3126:3, 3126:14, 3126:17, 3126:18, 3127:1, 3127:4, 3127:10, 3127:14, 3127:18, 3127:24, 3128:1, 3128:5, 3128:19, 3128:20, 3128:25, 3129:2, 3129:8, 3129:11, 3129:17, 3130:4, 3130:11, 3130:17, 3130:18, 3130:22, 3131:2, 3131:5, 3131:18, 3132:5, 3132:11, 3132:13, 3132:15, 3132:19, 3133:4, 3133:5, 3133:7, 3133:9, 3134:1, 3134:2, 3134:20, 3134:21, 3134:25, 3135:1, 3135:2, 3135:12, 3135:13, 3135:21, 3135:22, 3135:25, 3136:1, 3136:4,

3136:8, 3136:11, 3136:12, 3136:14, 3137:22, 3138:1, 3138:8, 3138:12, 3138:13, 3138:14, 3139:2, 3139:16, 3139:22, 3140:18, 3140:20, 3141:4, 3141:5, 3141:9, 3141:12, 3141:15, 3141:18, 3141:20, 3141:23, 3141:25, 3142:7, 3142:9, 3142:10, 3142:15, 3142:23, 3143:2, 3143:5, 3143:8, 3143:11, 3143:13, 3143:16, 3144:12, 3144:13, 3145:6, 3145:7, 3145:10, 3145:16, 3145:18, 3146:1, 3146:9, 3146:13, 3147:9, 3147:13, 3147:16, 3148:14, 3149:4, 3149:12, 3149:15, 3149:18, 3149:21, 3149:24, 3150:1, 3150:12, 3151:2, 3151:18, 3152:13, 3152:24, 3153:3, 3153:4, 3153:6, 3153:7, 3153:8, 3153:9, 3153:11, 3153:12, 3153:16, 3153:17, 3153:18, 3154:2, 3154:4, 3154:8, 3154:19, 3155:14, 3155:18, 3155:20, 3155:25, 3156:6, 3157:3, 3157:10, 3157:15, 3157:20, 3158:3, 3158:4, 3158:8, 3158:15, 3158:16, 3159:12, 3159:15, 3159:16, 3160:2, 3160:8, 3160:20, 3160:23, 3161:4, 3161:9, 3161:14, 3161:19, 3162:10, 3162:11, 3162:19, 3163:8, 3163:13, 3163:23, 3164:2, 3164:5, 3164:8, 3165:11, 3165:12, 3165:13, 3165:14, 3165:20, 3165:24, 3166:3, 3166:5, 3166:10, 3166:12, 3167:5, 3167:7,

3167:18, 3167:20, 3167:22, 3168:2, 3168:13, 3168:16, 3168:24, 3169:2, 3169:9, 3169:21, 3169:22, 3170:2, 3170:5, 3170:8, 3170:23, 3171:1, 3171:9, 3171:16, 3171:17, 3171:19, 3171:21, 3171:24, 3172:1, 3172:3, 3172:9, 3173:4, 3173:8, 3173:12, 3173:13, 3173:17, 3173:18, 3174:5, 3174:8, 3174:16, 3174:19, 3174:20, 3174:22, 3174:23, 3175:1, 3175:2, 3175:3, 3175:4, 3175:5, 3175:6, 3175:8, 3175:9, 3175:11, 3176:16, 3176:20, 3176:23, 3177:4, 3177:6, 3177:11, 3177:12, 3177:15, 3177:16, 3177:17, 3177:20, 3178:2, 3178:3, 3178:5, 3178:7, 3178:8, 3178:10, 3178:12, 3178:15, 3178:18, 3178:21, 3178:23, 3179:2, 3179:13, 3179:18, 3179:20, 3179:25, 3180:5, 3180:6, 3180:9, 3180:12, 3180:15, 3180:17, 3180:25, 3181:1, 3181:7, 3181:13, 3181:15, 3181:17, 3181:20, 3181:21, 3181:25, 3182:1, 3182:6, 3182:8, 3182:10, 3182:15, 3182:20, 3182:22, 3183:2, 3183:5, 3183:8, 3183:11, 3183:14, 3183:16, 3183:20, 3183:25, 3184:3, 3184:8, 3184:11, 3184:13, 3184:15, 3184:21, 3184:22, 3184:24, 3185:7, 3185:9, 3185:15, 3185:23, 3186:2, 3186:6, 3186:17, 3186:19, 3186:21, 3187:8,

3187:11, 3187:14, 3187:16, 3187:21, 3188:6, 3188:8, 3188:16, 3188:19, 3189:1, 3189:3, 3189:4, 3189:9, 3189:12, 3189:15, 3189:17, 3189:21, 3189:24, 3190:1, 3190:10, 3190:14, 3190:20, 3190:25, 3191:1, 3191:6, 3191:10, 3191:11, 3191:12, 3191:14, 3191:15, 3191:19, 3191:21, 3191:22, 3192:11, 3192:12, 3192:13

**AND/OR** [1] - 3163:5
**ANDRY** [2] - 3092:19, 3092:19
**ANGELES** [1] - 3092:14
**ANGLE** [1] - 3136:21
**ANNUAL** [4] - 3187:5, 3188:18, 3189:9, 3191:11
**ANNUALLY** [1] - 3189:18
**ANOTHER** [10] - 3100:6, 3124:16, 3129:7, 3131:22, 3132:22, 3139:19, 3156:11, 3183:20, 3184:16, 3189:4
**ANSWER** [10] - 3105:25, 3133:16, 3133:17, 3139:18, 3148:14, 3150:5, 3152:2, 3152:18, 3158:24, 3166:20
**ANY** [28] - 3106:5, 3112:8, 3112:21, 3113:3, 3113:18, 3113:21, 3121:8, 3121:14, 3121:16, 3127:14, 3146:22, 3147:11, 3149:18, 3151:11, 3152:24, 3154:1, 3166:14, 3168:20, 3172:1, 3172:19, 3173:2, 3175:12, 3178:10, 3178:13, 3180:9, 3180:17, 3190:15
**ANYBODY** [1] - 3169:14
**ANYHOW** [1] - 3119:25
**ANYMORE** [1] -

3145:3
**ANYTHING** [5] - 3099:3, 3106:5, 3116:2, 3141:7, 3153:22
**ANYWHERE** [3] - 3117:12, 3147:12, 3158:14
**APART** [1] - 3106:3
**APOLOGIZE** [4] - 3142:7, 3152:11, 3155:10, 3176:10
**APPEAL** [1] - 3116:12
**APPEAR** [2] - 3104:19, 3104:20
**APPEARANCES** [1] - 3092:11
**APPEARS** [2] - 3112:4, 3120:21
**APPELLATION** [1] - 3131:1
**APPENDIX** [2] - 3110:5, 3121:22
**APPLIED** [1] - 3185:24
**APPROACH** [4] - 3097:2, 3111:15, 3170:14, 3189:20
**APPROACHED** [1] - 3185:20
**APPROPRIATE** [1] - 3150:7
**APPROPRIATELY** [1] - 3138:25
**APPROPRIATION** [1] - 3186:4
**APPROXIMATE** [1] - 3149:6
**APPROXIMATELY** [8] - 3103:7, 3142:6, 3149:6, 3149:22, 3159:17, 3173:16, 3173:17, 3179:17
**APRIL** [1] - 3158:17
**AQUATIC** [1] - 3185:19
**ARE** [65] - 3096:6, 3096:20, 3099:8, 3100:13, 3102:11, 3103:17, 3107:12, 3107:18, 3107:19, 3107:22, 3107:23, 3108:11, 3108:14, 3108:16, 3112:19, 3113:8, 3113:11, 3114:13, 3115:24, 3116:13, 3121:22, 3126:25, 3127:6, 3127:12, 3130:14,

3131:17, 3137:11, 3138:2, 3138:8, 3138:13, 3141:23, 3151:1, 3162:21, 3165:1, 3169:24, 3173:2, 3175:6, 3181:25, 3182:19, 3183:1, 3183:11, 3183:13, 3183:16, 3184:3, 3184:11, 3184:13, 3184:17, 3184:19, 3185:20, 3187:16, 3188:9, 3188:20, 3188:22, 3189:2, 3189:14, 3190:14, 3190:16, 3190:17, 3190:18, 3190:19, 3190:21, 3190:25

**AREA** [30] - 3096:14, 3099:3, 3099:9, 3099:22, 3100:14, 3100:16, 3105:2, 3106:10, 3106:12, 3129:14, 3139:17, 3140:17, 3171:17, 3171:20, 3171:21, 3171:22, 3173:9, 3177:9, 3177:16, 3177:25, 3179:22, 3180:1, 3182:14, 3182:22, 3183:8, 3184:9, 3188:11, 3191:3, 3191:13

**AREAS** [5] - 3180:1, 3183:14, 3183:24, 3190:18, 3190:23

**AREN'T** [1] - 3137:7

**ARGUMENTATIVE** [4] - 3151:6, 3151:8, 3151:9, 3151:10

**ARMY** [3] - 3122:7, 3123:2, 3187:10

**AROUND** [4] - 3106:16, 3129:1, 3191:10, 3191:19

**ARRIVING** [1] - 3153:24

**ARROW** [1] - 3101:12

**ARROWS** [2] - 3096:22, 3101:5

**ART** [3] - 3121:5, 3121:16, 3122:19

**ARTS** [1] - 3178:12

**AS** [99] - 3097:17, 3098:7, 3100:20, 3100:21, 3101:17, 3108:17, 3108:19, 3111:10, 3112:7,

3112:11, 3112:16, 3114:10, 3115:4, 3115:14, 3118:1, 3120:8, 3121:4, 3121:25, 3122:11, 3122:18, 3122:25, 3123:3, 3123:9, 3123:14, 3123:17, 3123:20, 3124:1, 3124:22, 3124:24, 3125:10, 3125:19, 3127:1, 3128:23, 3129:11, 3131:1, 3132:17, 3133:4, 3134:23, 3135:20, 3138:18, 3139:24, 3140:1, 3140:6, 3143:2, 3143:3, 3143:20, 3144:24, 3144:25, 3145:9, 3145:10, 3145:11, 3145:14, 3146:13, 3148:10, 3148:11, 3150:7, 3150:19, 3150:22, 3153:14, 3154:11, 3157:25, 3159:12, 3162:18, 3163:4, 3163:18, 3166:5, 3167:5, 3167:7, 3170:5, 3173:7, 3176:10, 3176:20, 3177:19, 3179:3, 3179:13, 3179:17, 3181:16, 3181:17, 3182:2, 3182:9, 3182:23, 3183:5, 3183:11, 3183:25, 3184:25, 3185:17, 3185:23, 3186:10, 3187:10, 3189:21, 3190:9

**ASE** [1] - 3122:24

**ASHLEY** [1] - 3094:2

**ASIDE** [1] - 3119:12

**ASK** [10] - 3104:10, 3120:24, 3139:25, 3142:18, 3152:17, 3157:5, 3158:17, 3160:1, 3165:18, 3172:21

**ASKED** [5] - 3147:5, 3147:6, 3159:9, 3161:10, 3185:7

**ASPECT** [1] - 3189:13

**ASSESS** [1] - 3189:1

**ASSESSED** [1] - 3127:25

**ASSESSES** [1] - 3185:25

**ASSESSMENT** [1] - 3186:1

**ASSESSMENTS** [1] - 3188:22

**ASSIGNED** [1] - 3188:5

**ASSOCIATED** [1] - 3177:12

**ASSOCIATES** [2] - 3092:12, 3093:7

**ASSUME** [2] - 3173:4, 3176:17

**ASSURE** [1] - 3120:21

**AT** [173] - 3097:22, 3098:10, 3098:20, 3099:19, 3099:21, 3100:6, 3100:21, 3101:23, 3102:1, 3103:1, 3103:14, 3103:18, 3103:21, 3103:22, 3104:12, 3104:24, 3104:25, 3105:6, 3105:14, 3106:2, 3106:18, 3106:20, 3107:8, 3107:9, 3107:13, 3107:14, 3107:21, 3109:2, 3109:3, 3109:13, 3109:16, 3110:3, 3110:6, 3110:10, 3110:22, 3110:23, 3111:5, 3111:6, 3111:23, 3112:7, 3113:7, 3113:23, 3114:21, 3115:17, 3116:25, 3117:17, 3117:22, 3117:25, 3118:2, 3118:15, 3118:19, 3119:5, 3119:21, 3119:23, 3121:19, 3121:20, 3121:21, 3122:4, 3122:5, 3122:9, 3122:14, 3122:19, 3122:20, 3122:23, 3123:3, 3123:15, 3125:2, 3125:6, 3125:11, 3125:16, 3127:14, 3131:6, 3133:5, 3135:20, 3136:20, 3138:25, 3141:14, 3141:15, 3141:22, 3143:11, 3143:14, 3143:20, 3143:22, 3145:4, 3145:6, 3145:7, 3145:9, 3146:8, 3146:10, 3146:15, 3146:19,

3147:7, 3147:17, 3148:8, 3148:23, 3149:2, 3149:24, 3150:23, 3152:6, 3152:7, 3152:12, 3152:19, 3152:23, 3153:5, 3153:6, 3153:24, 3155:3, 3155:23, 3156:1, 3156:3, 3156:8, 3156:9, 3156:14, 3157:8, 3159:4, 3160:2, 3160:4, 3160:8, 3162:14, 3163:17, 3164:5, 3164:10, 3165:3, 3165:25, 3166:5, 3166:7, 3166:10, 3166:14, 3167:2, 3167:13, 3167:20, 3168:12, 3168:20, 3169:5, 3169:17, 3170:11, 3171:11, 3171:12, 3171:15, 3172:3, 3172:19, 3173:7, 3173:12, 3173:14, 3173:15, 3173:18, 3174:2, 3174:8, 3174:16, 3175:10, 3177:8, 3178:24, 3178:25, 3179:8, 3179:12, 3179:14, 3181:9, 3181:13, 3181:25, 3186:15, 3188:23, 3191:20, 3191:22, 3191:23

**ATCHAFALAYA** [1] - 3191:2

**ATTACK** [7] - 3119:13, 3121:15, 3131:23, 3132:5, 3132:14, 3139:4, 3139:16

**ATTACKS** [1] - 3119:10

**ATTEND** [4] - 3150:25, 3151:16, 3174:11, 3178:5

**ATTENDED** [1] - 3178:11

**ATTENTION** [1] - 3119:20

**ATTORNEY** [1] - 3174:4

**ATTRACTION** [3] - 3108:19, 3108:23

**AUTHORITIES** [14] - 3182:17, 3182:19, 3182:20, 3183:1,

3183:12, 3183:13, 3184:3, 3184:6, 3184:11, 3184:22, 3184:24, 3185:12, 3185:16, 3185:17

**AUTHORITY** [17] - 3177:14, 3182:22, 3183:20, 3183:23, 3183:25, 3184:9, 3184:17, 3184:20, 3185:2, 3185:4, 3185:18, 3186:9, 3186:13, 3186:19, 3186:22, 3186:25, 3187:11

**AUTHORIZATION** [3] - 3183:21, 3184:22, 3185:3

**AUTHORIZATIONS** [2] - 3182:23, 3184:10

**AUTHORIZE** [2] - 3186:5, 3186:18

**AUTHORIZED** [4] - 3097:14, 3182:15, 3185:7, 3185:15

**AUTO** [1] - 3116:22

**AVAILABILITY** [1] - 3190:12

**AVAILABLE** [5] - 3121:18, 3160:21, 3174:14, 3185:18, 3189:12

**AVENUE** [5] - 3092:23, 3093:12, 3153:11, 3153:15, 3154:15

**AWARD** [1] - 3184:7

**AWARDS** [2] - 3174:11, 3180:17

**AWARE** [6] - 3151:24, 3158:11, 3158:19, 3166:16, 3166:22, 3172:10

**AWAY** [8] - 3098:17, 3099:11, 3099:15, 3102:4, 3102:5, 3104:3, 3104:5, 3104:11

**AXIS** [3] - 3108:3, 3108:4, 3126:1

## B

**B** [1] - 3092:19

**BACHELOR** [1] - 3178:8

**BACK** [35] - 3098:3, 3098:6, 3099:4, 3100:15, 3101:18, 3101:19, 3102:14, 3103:14, 3110:22,

3111:18, 3124:8, 3128:20, 3130:17, 3136:1, 3136:13, 3136:14, 3137:2, 3137:9, 3137:12, 3138:5, 3141:4, 3145:6, 3145:12, 3158:15, 3160:7, 3160:8, 3160:9, 3162:12, 3163:2, 3163:8, 3163:14, 3163:23, 3174:8, 3178:21, 3191:23
**BACK-SIDE** [1] - 3099:4
**BACK-TO-FRONT** [5] - 3124:8, 3137:12, 3141:4, 3162:12, 3163:2
**BACKGROUND** [1] - 3102:1
**BACKS** [1] - 3137:9
**BAD** [1] - 3127:10
**BAEZA** [1] - 3094:5
**BARATARIA** [2] - 3190:20, 3190:25
**BARD** [2] - 3120:5, 3120:6
**BARON** [1] - 3092:22
**BARONNE** [2] - 3092:17, 3092:20
**BASED** [7] - 3105:19, 3106:25, 3122:9, 3132:6, 3151:10, 3155:25, 3190:12
**BASES** [1] - 3114:20
**BASICALLY** [2] - 3184:19
**BASIN** [6] - 3188:12, 3190:16, 3190:22, 3191:3, 3191:5
**BASINS** [4] - 3188:10, 3190:14, 3190:15, 3190:25
**BATES** [1] - 3110:7
**BATON** [6] - 3093:10, 3093:16, 3174:11, 3174:22, 3175:6, 3179:12
**BAY** [2] - 3179:6, 3190:20
**BAYOU** [11] - 3098:13, 3113:14, 3146:11, 3146:15, 3147:7, 3171:21, 3179:24, 3180:9, 3180:11
**BE** [86] - 3096:5, 3099:13, 3099:25,

3101:10, 3104:19, 3104:20, 3105:22, 3105:24, 3106:1, 3107:6, 3107:8, 3107:9, 3110:15, 3110:16, 3110:20, 3112:4, 3114:23, 3119:15, 3120:4, 3120:7, 3122:15, 3122:17, 3126:19, 3129:2, 3130:25, 3132:5, 3132:6, 3132:16, 3132:21, 3134:8, 3136:7, 3136:14, 3136:23, 3137:19, 3137:20, 3139:3, 3139:6, 3139:16, 3139:19, 3141:24, 3142:1, 3142:7, 3148:1, 3148:15, 3148:20, 3150:8, 3151:2, 3151:18, 3153:25, 3154:2, 3154:6, 3154:19, 3159:2, 3161:21, 3161:22, 3161:23, 3162:16, 3165:8, 3168:21, 3171:8, 3171:11, 3173:1, 3173:8, 3174:15, 3175:3, 3175:5, 3175:9, 3175:10, 3175:21, 3176:8, 3176:12, 3176:16, 3176:22, 3182:5, 3184:21, 3184:24, 3185:12, 3185:15, 3186:2, 3186:7, 3190:18, 3191:23
**BEA** [8] - 3115:18, 3117:3, 3117:7, 3117:13, 3118:12, 3118:16, 3135:18, 3169:2
**BEA'S** [8] - 3114:24, 3114:25, 3115:3, 3117:12, 3117:22, 3117:25, 3118:20, 3138:15
**BEACH** [1] - 3181:1
**BEARING** [1] - 3099:3
**BECAUSE** [23] - 3099:6, 3099:9, 3099:10, 3100:18, 3104:5, 3104:9, 3107:11, 3108:13, 3112:19, 3121:24, 3122:8, 3124:4,

3127:23, 3132:8, 3133:20, 3144:19, 3145:18, 3150:7, 3154:14, 3155:4, 3168:4, 3173:22
**BECOME** [2] - 3178:16, 3181:9
**BECOMING** [1] - 3123:11
**BEEN** [27] - 3098:17, 3106:11, 3106:12, 3112:15, 3116:1, 3116:3, 3116:23, 3120:15, 3122:24, 3126:23, 3135:25, 3140:6, 3150:20, 3153:23, 3153:24, 3158:13, 3158:22, 3169:17, 3177:19, 3178:19, 3187:10, 3189:5, 3191:6, 3191:10, 3191:12, 3191:15
**BEFORE** [35] - 3092:8, 3096:8, 3101:2, 3101:3, 3106:17, 3115:21, 3117:23, 3124:12, 3124:17, 3125:3, 3125:7, 3132:22, 3135:14, 3135:23, 3136:4, 3136:5, 3136:17, 3136:22, 3137:2, 3137:11, 3137:12, 3140:11, 3144:18, 3144:19, 3146:22, 3153:11, 3154:13, 3159:3, 3161:23, 3164:9, 3166:14, 3167:13, 3168:3, 3169:2, 3177:5
**BEGIN** [1] - 3175:13
**BEGINNING** [2] - 3188:19, 3189:16
**BEGINS** [1] - 3135:6
**BEHIND** [5] - 3098:3, 3098:8, 3099:5, 3100:1, 3101:16
**BEING** [2] - 3145:8
**BELIEVE** [37] - 3101:16, 3102:15, 3106:8, 3106:25, 3112:17, 3119:15, 3120:8, 3122:3, 3124:25, 3125:5, 3129:1, 3129:16, 3130:16, 3131:10, 3131:25, 3132:20, 3134:1, 3141:1,

3141:9, 3141:15, 3141:20, 3146:12, 3147:14, 3150:15, 3156:8, 3159:2, 3159:15, 3160:19, 3160:24, 3165:21, 3167:14, 3169:5, 3170:3, 3170:7, 3179:19, 3184:6, 3189:17
**BELOW** [12] - 3096:15, 3096:16, 3133:7, 3149:4, 3154:16, 3160:24, 3167:2, 3168:13, 3169:21, 3170:3, 3170:5, 3170:6
**BENEFIT** [2] - 3120:13, 3133:7
**BENEFITS** [3] - 3188:24, 3189:4, 3189:20
**BENJAMIN** [1] - 3094:13
**BERNARD** [2] - 3124:14, 3180:15
**BEST** [1] - 3192:11
**BETTER** [11] - 3105:19, 3107:1, 3109:11, 3119:8, 3126:20, 3128:9, 3133:9, 3173:22, 3175:3, 3175:5, 3189:3
**BETWEEN** [16] - 3113:21, 3114:5, 3114:9, 3116:7, 3116:14, 3132:3, 3145:16, 3147:15, 3153:3, 3166:3, 3168:1, 3169:1, 3171:21, 3183:14, 3189:14, 3190:15
**BIENVENUE** [8] - 3098:13, 3113:14, 3146:11, 3146:15, 3171:21, 3179:25, 3180:9, 3180:11
**BILLION** [1] - 3123:25
**BIT** [10] - 3109:12, 3117:23, 3124:6, 3125:9, 3128:6, 3129:24, 3135:5, 3162:11, 3180:22, 3182:8
**BLACK** [2] - 3102:21, 3170:15
**BLOW** [2] - 3134:23, 3148:24

**BLUE** [6] - 3142:25, 3143:11, 3165:24, 3167:1, 3167:15, 3171:9
**BLVD** [1] - 3093:19
**BOARD** [3] - 3162:5, 3167:9, 3170:15
**BOARDED** [1] - 3131:6
**BONNET** [2] - 3179:25, 3180:2
**BORGNE** [1] - 3191:19
**BORING** [19] - 3102:11, 3103:5, 3103:15, 3105:5, 3105:9, 3105:14, 3106:2, 3106:17, 3109:13, 3110:3, 3110:7, 3110:24, 3111:5, 3111:7, 3111:19, 3112:2, 3159:11, 3173:12, 3173:18
**BORINGS** [11] - 3107:18, 3107:20, 3109:5, 3129:2, 3131:16, 3133:5, 3148:13, 3172:15, 3172:18
**BORN** [1] - 3178:1
**BORROWED** [1] - 3122:1
**BOTH** [6] - 3098:21, 3126:1, 3126:3, 3126:17, 3150:22, 3177:5
**BOTTOM** [8] - 3098:15, 3102:5, 3102:7, 3107:22, 3114:21, 3122:1, 3128:9, 3131:15
**BOUNDARY** [1] - 3130:19
**BOX** [4] - 3093:2, 3093:9, 3093:19, 3094:12
**BRANCH** [2] - 3094:5, 3181:16
**BREACH** [22] - 3101:11, 3124:24, 3125:2, 3125:6, 3129:22, 3141:10, 3153:12, 3153:14, 3160:8, 3164:6, 3164:9, 3165:24, 3166:14, 3166:15, 3167:1, 3167:13, 3168:3, 3168:12, 3169:9, 3169:19,

3170:4, 3171:17
**BREACHED** [2] - 3112:12, 3112:16
**BREACHES** [5] - 3154:13, 3161:15, 3167:12, 3168:2, 3169:2
**BREACHING** [27] - 3099:19, 3112:17, 3124:12, 3124:17, 3126:8, 3129:12, 3129:13, 3129:14, 3129:24, 3134:18, 3134:25, 3136:21, 3141:5, 3141:12, 3161:23, 3161:25, 3162:2, 3162:8, 3162:10, 3162:12, 3163:2, 3166:5, 3167:1, 3168:2, 3168:21, 3170:9, 3172:1
**BREAK** [2] - 3126:11, 3174:7
**BREAKING** [3] - 3136:1, 3138:2, 3175:22
**BREAUX** [2] - 3183:7
**BRENDAN** [1] - 3093:23
**BRETON** [2] - 3180:20, 3181:1
**BREVITY** [1] - 3120:2
**BRIEF** [3] - 3120:4, 3120:8, 3175:18
**BRIEFLY** [3] - 3116:20, 3179:2, 3179:3
**BRING** [1] - 3140:5
**BRITSCH** [5] - 3174:20, 3174:23, 3175:1, 3175:2, 3175:5
**BROAD** [2] - 3183:13, 3184:16
**BROKE** [1] - 3148:5
**BROUGHT** [1] - 3161:8
**BRUCE** [11] - 3144:18, 3144:21, 3146:2, 3146:3, 3146:10, 3146:13, 3147:1, 3147:11, 3149:18, 3161:3, 3166:13
**BRUNO** [3] - 3092:16, 3092:16, 3120:10
**BUDD** [1] - 3092:22

**BUILDING** [1] - 3181:22
**BUILDINGS** [1] - 3117:1
**BUSINESS** [1] - 3178:9
**BUT** [75] - 3102:7, 3103:11, 3103:13, 3106:11, 3114:15, 3114:17, 3116:9, 3117:23, 3122:11, 3123:8, 3125:24, 3126:15, 3127:12, 3129:14, 3129:25, 3131:1, 3131:14, 3131:25, 3132:4, 3132:21, 3133:16, 3135:19, 3137:6, 3137:14, 3137:24, 3138:22, 3139:23, 3142:8, 3142:12, 3142:18, 3143:22, 3144:17, 3144:24, 3145:2, 3145:12, 3145:15, 3145:22, 3145:25, 3146:6, 3148:15, 3148:20, 3150:5, 3150:19, 3151:10, 3151:22, 3154:3, 3154:7, 3155:25, 3156:5, 3157:14, 3159:22, 3159:23, 3159:24, 3161:19, 3161:21, 3164:14, 3164:16, 3164:21, 3167:16, 3167:19, 3168:7, 3168:9, 3169:18, 3170:7, 3172:18, 3173:1, 3175:1, 3176:10, 3182:8, 3185:11, 3190:8, 3191:8, 3191:17
**BUT..** [3] - 3138:17, 3146:16, 3174:25
**BY** [108] - 3092:13, 3092:16, 3092:19, 3092:23, 3093:1, 3093:5, 3093:8, 3093:12, 3093:15, 3093:18, 3093:22, 3094:1, 3094:5, 3094:20, 3094:20, 3095:7, 3095:8, 3095:9, 3095:15, 3097:8, 3099:17, 3101:5, 3102:3, 3103:24, 3104:17, 3105:8, 3106:24, 3111:17, 3111:24,

3115:16, 3116:19, 3119:12, 3119:20, 3120:16, 3120:18, 3121:2, 3122:24, 3122:25, 3123:18, 3124:12, 3126:16, 3126:23, 3131:8, 3133:23, 3136:15, 3136:16, 3137:23, 3139:5, 3139:14, 3140:23, 3141:25, 3142:21, 3144:11, 3144:20, 3145:14, 3146:2, 3146:10, 3146:13, 3147:8, 3148:4, 3150:11, 3151:15, 3151:21, 3151:22, 3151:24, 3152:3, 3153:9, 3153:16, 3154:1, 3154:9, 3155:11, 3156:20, 3157:2, 3157:12, 3157:22, 3158:6, 3159:14, 3159:25, 3160:15, 3161:6, 3161:12, 3161:14, 3161:25, 3162:7, 3162:25, 3165:17, 3166:13, 3166:24, 3167:11, 3167:18, 3168:19, 3169:11, 3169:22, 3170:1, 3170:19, 3173:6, 3174:23, 3175:11, 3177:24, 3180:19, 3181:5, 3183:24, 3185:20, 3186:6, 3186:16, 3188:22, 3189:5, 3190:7

# C

**C** [8] - 3093:5, 3093:8, 3093:12, 3093:14, 3093:15, 3093:18, 3093:18, 3096:1
**CA** [1] - 3092:14
**CAERNARVON** [7] - 3128:7, 3130:14, 3130:17, 3131:3, 3182:24, 3185:1, 3185:5
**CALCASIEU** [1] - 3188:11
**CALENDAR** [1] - 3188:19
**CALIBRATE** [1] - 3140:21
**CALL** [13] - 3107:23,

3128:9, 3130:6, 3130:12, 3130:14, 3130:20, 3130:22, 3130:24, 3131:2, 3131:3, 3131:4, 3171:6, 3176:12
**CALLED** [7] - 3130:9, 3130:11, 3130:15, 3130:16, 3155:18, 3182:19, 3186:25
**CALVIN** [1] - 3093:12
**CAME** [3] - 3147:1, 3147:3, 3157:23
**CAN** [64] - 3096:8, 3098:15, 3099:5, 3099:19, 3099:22, 3100:11, 3100:18, 3100:21, 3100:24, 3101:1, 3101:14, 3102:4, 3102:6, 3102:10, 3103:12, 3104:6, 3105:5, 3107:15, 3119:22, 3126:1, 3126:7, 3128:2, 3134:12, 3134:13, 3134:14, 3134:19, 3134:23, 3143:19, 3147:11, 3148:18, 3148:24, 3149:4, 3152:17, 3155:21, 3159:1, 3159:22, 3159:24, 3161:23, 3162:19, 3168:7, 3168:9, 3168:16, 3172:14, 3172:17, 3174:16, 3175:3, 3175:4, 3175:13, 3175:15, 3175:18, 3180:2, 3180:22, 3185:9, 3185:24, 3185:25, 3186:7, 3186:13, 3186:17, 3188:1, 3188:16, 3190:8, 3190:11
**CAN'T** [9] - 3103:20, 3130:5, 3131:10, 3132:20, 3133:20, 3152:2, 3170:9, 3175:12, 3176:11
**CANAL** [2] - 3153:11, 3153:15
**CANNOT** [3] - 3162:2, 3162:8, 3168:1
**CAP** [2] - 3128:23, 3138:6
**CAPTION** [1] - 3100:21

**CARE** [2] - 3096:9, 3130:24
**CAREER** [1] - 3177:5
**CAREFUL** [1] - 3136:24
**CARONDELET** [1] - 3094:2
**CARRE** [2] - 3179:25, 3180:2
**CARS** [1] - 3117:1
**CASCADING** [1] - 3136:13
**CASE** [7] - 3126:19, 3126:24, 3142:17, 3145:22, 3146:23, 3170:9, 3181:6
**CATASTROPHIC** [2] - 3123:11, 3124:1
**CATCH** [1] - 3175:23
**CATEGORY** [2] - 3184:15, 3185:3
**CAUSATION** [2] - 3124:1, 3124:11
**CAUSE** [14] - 3097:17, 3134:12, 3134:14, 3135:4, 3136:1, 3136:15, 3137:8, 3137:10, 3141:10, 3145:20, 3145:21, 3162:4, 3162:10, 3167:23
**CAUSED** [7] - 3102:2, 3102:3, 3119:12, 3124:1, 3124:3, 3124:12, 3153:10
**CAUSING** [2] - 3098:3, 3137:11
**CAVEAT** [1] - 3142:15
**CCR** [3] - 3094:16, 3192:9, 3192:17
**CENTER** [2] - 3100:4, 3173:8
**CENTRAL** [5] - 3124:13, 3124:15, 3152:7, 3152:20, 3155:24
**CEREMONY** [1] - 3174:11
**CERTAIN** [2] - 3125:2, 3139:3
**CERTAINLY** [7] - 3135:21, 3140:9, 3151:9, 3152:24, 3159:24, 3170:16, 3175:22
**CERTAINTY** [2] - 3097:16, 3112:11
**CERTIFICATE** [1] -

3192:7
**CERTIFY** [1] - 3192:10
**CH** [1] - 3107:23
**CHAIRMAN** [1] - 3187:10
**CHAIRS** [1] - 3187:13
**CHALMETTE** [3] - 3131:18, 3132:15, 3180:15
**CHANCE** [3] - 3121:2, 3176:3, 3189:4
**CHANDELEUR** [1] - 3179:25
**CHANGE** [2] - 3113:18, 3114:20
**CHANGED** [1] - 3106:6
**CHANGES** [1] - 3113:3
**CHANNEL** [5] - 3100:17, 3101:19, 3122:1, 3180:25, 3191:19
**CHANNEL'S** [1] - 3100:18
**CHART** [7] - 3109:3, 3109:9, 3109:12, 3110:22, 3111:8, 3166:25, 3167:4
**CHARTS** [1] - 3131:1
**CHBD** [3] - 3109:14, 3109:24, 3110:8
**CHIEF** [2] - 3186:16, 3187:12
**CHOICE** [1] - 3115:15
**CIRCLE** [2] - 3143:11, 3143:12
**CIRCUMSTANCES** [1] - 3110:21
**CITY** [2] - 3093:20, 3179:5
**CL** [3] - 3107:21, 3107:22, 3107:23
**CLAIBORNE** [1] - 3153:15
**CLARIFY** [3] - 3159:24, 3172:6, 3172:9
**CLAY** [35] - 3103:18, 3103:21, 3103:22, 3105:2, 3105:17, 3106:1, 3107:4, 3107:22, 3107:23, 3108:22, 3109:23, 3109:25, 3110:11, 3110:12, 3110:14,

3110:16, 3110:19, 3126:24, 3127:9, 3127:10, 3127:17, 3127:24, 3128:15, 3128:16, 3128:17, 3128:23, 3129:3, 3131:12, 3138:6, 3173:20
**CLAYS** [24] - 3105:21, 3105:22, 3107:1, 3107:6, 3107:23, 3108:8, 3108:9, 3108:10, 3108:11, 3108:17, 3108:18, 3109:11, 3110:19, 3110:20, 3119:17, 3125:22, 3125:23, 3125:25, 3127:2, 3127:13, 3127:18, 3128:1, 3133:5
**CLEAR** [5] - 3107:21, 3128:19, 3146:9, 3154:13, 3184:18
**CLEARED** [1] - 3172:21
**CLERK** [5] - 3096:5, 3148:1, 3176:8, 3176:19, 3176:22
**CLIP** [1] - 3096:25
**CLOSE** [10] - 3100:22, 3105:11, 3106:21, 3106:22, 3110:15, 3113:5, 3145:7, 3172:19, 3183:22, 3188:19
**CLOSURE** [2] - 3182:13, 3183:17
**COARSE** [11] - 3125:20, 3125:21, 3126:6, 3126:16, 3126:17, 3127:10, 3127:18, 3127:24, 3129:3, 3131:14
**COAST** [13] - 3177:15, 3178:18, 3178:19, 3182:7, 3183:2, 3183:3, 3187:3, 3187:6, 3188:4, 3188:7, 3188:14, 3188:21, 3190:15
**COASTAL** [32] - 3177:9, 3177:15, 3177:16, 3178:15, 3178:16, 3179:3, 3179:14, 3179:24, 3180:1, 3180:4, 3180:12, 3180:17, 3180:19, 3181:16,

3181:23, 3182:1, 3182:14, 3182:21, 3182:22, 3183:4, 3183:8, 3183:14, 3183:15, 3184:7, 3184:9, 3184:12, 3184:13, 3184:15, 3184:20, 3186:21, 3187:2, 3191:13
**COASTLINE** [1] - 3188:11
**CODE** [2] - 3115:22, 3116:21
**COHESION** [1] - 3108:13
**COHESIVE** [1] - 3119:7
**COLLAPSE** [1] - 3153:11
**COLLEAGUE** [2] - 3120:10, 3120:16
**COLLECTED** [1] - 3157:9
**COLLEGE** [2] - 3178:5, 3178:22
**COLORED** [2] - 3101:6, 3101:13
**COME** [5] - 3100:20, 3150:8, 3174:8, 3189:18, 3191:23
**COMES** [3] - 3142:10, 3167:15, 3168:22
**COMING** [1] - 3098:2
**COMMENTARY** [1] - 3142:18
**COMMITTEE** [2] - 3188:25, 3189:7
**COMMON** [3] - 3131:19, 3131:22, 3176:18
**COMPACTED** [3] - 3119:7, 3126:20, 3131:14
**COMPACTION** [1] - 3108:21
**COMPARABLE** [1] - 3164:14
**COMPARE** [1] - 3113:2
**COMPARED** [1] - 3118:13
**COMPARING** [1] - 3167:19
**COMPILED** [2] - 3121:22, 3165:12
**COMPLETED** [1] - 3191:13
**COMPLEX** [1] - 3093:8

**COMPLIANCE** [1] - 3182:3
**COMPONENTS** [2] - 3186:24, 3188:10
**COMPOSITION** [2] - 3106:7, 3127:17
**COMPRISED** [1] - 3187:1
**COMPUTED** [1] - 3169:22
**COMPUTER** [3] - 3094:20, 3119:21, 3147:19
**CONCEDING** [1] - 3120:15
**CONCERNED** [1] - 3153:22
**CONCLUDE** [1] - 3170:20
**CONCLUDED** [1] - 3122:21
**CONCLUDES** [1] - 3186:12
**CONCLUSION** [7] - 3123:6, 3123:23, 3132:1, 3132:6, 3132:12, 3168:7, 3171:3
**CONCLUSIONS** [3] - 3153:22, 3153:24, 3167:23
**CONCUR** [1] - 3120:6
**CONDITION** [3] - 3125:9, 3133:10, 3133:25
**CONDITIONS** [12] - 3118:4, 3118:16, 3118:21, 3118:23, 3119:3, 3125:12, 3133:9, 3135:1, 3135:3, 3135:7, 3135:11, 3141:23
**CONDUCT** [1] - 3186:14
**CONDUCTED** [4] - 3108:25, 3115:18, 3117:7, 3189:3
**CONDUCTING** [1] - 3186:9
**CONFAB** [1] - 3151:16
**CONFABS** [1] - 3150:25
**CONFERENCES** [1] - 3151:17
**CONFIGURATION** [3] - 3106:6, 3106:7, 3118:7
**CONFIGURATIONS**

[2] - 3118:6, 3118:12
**CONFINE** [1] - 3154:7
**CONFIRM** [1] - 3119:6
**CONGRESS** [8] - 3182:15, 3184:10, 3184:14, 3185:7, 3186:9, 3186:14, 3186:17, 3187:4
**CONOR** [1] - 3094:7
**CONSERVATION** [2] - 3179:12, 3187:20
**CONSIDERABLE** [1] - 3120:10
**CONSIDERED** [2] - 3118:4, 3183:20
**CONSISTENCY** [1] - 3110:15
**CONSISTENT** [2] - 3122:22, 3123:2
**CONSISTENTLY** [2] - 3143:5, 3143:8
**CONSOLIDATION** [1] - 3096:14
**CONSTRUCT** [2] - 3186:5, 3188:24
**CONSTRUCTED** [9] - 3112:15, 3112:16, 3119:7, 3119:9, 3119:16, 3122:4, 3122:10, 3122:23, 3123:2
**CONSTRUCTION** [11] - 3096:13, 3122:4, 3122:8, 3122:18, 3122:22, 3124:5, 3182:13, 3182:16, 3185:8, 3186:18, 3191:12
**CONSUMED** [1] - 3120:10
**CONTAINED** [1] - 3169:17
**CONTINUE** [2] - 3101:8, 3148:2
**CONTINUED** [2] - 3095:7, 3097:7
**CONTINUES** [1] - 3140:11
**CONTINUING** [7] - 3182:20, 3184:3, 3184:6, 3184:21, 3185:12, 3185:17, 3185:18
**CONTRADICTIONS** [1] - 3147:15
**CONTRIBUTE** [2] - 3134:5, 3134:13
**CONTRIBUTED** [2] -

3114:15, 3135:12
**CONTRIBUTION** [2] - 3114:16, 3121:7
**CONTROL** [1] - 3184:15
**CONVENIENT** [1] - 3147:17
**CONVERSELY** [1] - 3108:16
**COPY** [2] - 3096:21, 3096:24
**CORE** [1] - 3129:5
**CORNER** [1] - 3100:9
**CORPS** [16] - 3122:7, 3122:17, 3123:2, 3177:3, 3177:6, 3179:12, 3181:3, 3181:5, 3181:9, 3181:11, 3181:25, 3182:17, 3185:16, 3185:22, 3187:8, 3187:22
**CORPS'** [2] - 3151:2, 3177:13
**CORRECT** [244] - 3097:10, 3097:11, 3100:4, 3100:9, 3100:10, 3101:7, 3101:14, 3101:21, 3101:22, 3102:12, 3102:13, 3102:16, 3102:17, 3102:19, 3102:20, 3102:22, 3103:2, 3103:3, 3103:15, 3103:16, 3104:21, 3105:12, 3105:13, 3106:3, 3106:4, 3107:2, 3107:22, 3110:2, 3110:8, 3110:9, 3111:1, 3111:2, 3111:8, 3111:9, 3111:12, 3111:20, 3111:21, 3112:5, 3112:6, 3112:9, 3113:9, 3113:10, 3113:13, 3113:17, 3114:3, 3114:4, 3114:18, 3114:19, 3115:1, 3115:19, 3115:20, 3117:8, 3117:9, 3118:17, 3118:18, 3118:21, 3118:22, 3118:25, 3121:5, 3121:6, 3121:9, 3121:10, 3121:13, 3121:15, 3121:20, 3121:21, 3121:23, 3122:1,

3122:2, 3122:4, 3122:20, 3123:4, 3123:5, 3123:7, 3123:22, 3124:9, 3124:10, 3124:14, 3124:21, 3124:24, 3125:3, 3125:12, 3125:13, 3125:15, 3125:17, 3125:18, 3125:20, 3126:4, 3126:5, 3126:8, 3126:16, 3126:21, 3126:22, 3127:8, 3127:11, 3127:19, 3127:20, 3127:21, 3127:22, 3127:24, 3128:4, 3128:8, 3128:15, 3128:21, 3128:22, 3128:24, 3129:4, 3129:10, 3129:12, 3129:15, 3129:19, 3129:25, 3130:1, 3130:3, 3131:20, 3131:21, 3131:24, 3132:15, 3132:18, 3132:24, 3133:1, 3133:2, 3133:3, 3133:8, 3133:9, 3133:12, 3134:3, 3134:4, 3134:10, 3134:18, 3134:19, 3135:5, 3135:9, 3135:10, 3135:17, 3135:24, 3136:6, 3136:18, 3136:19, 3136:22, 3137:13, 3138:3, 3138:6, 3138:7, 3138:10, 3138:11, 3138:19, 3141:2, 3141:3, 3141:5, 3141:6, 3141:7, 3141:8, 3141:10, 3141:11, 3141:13, 3141:17, 3141:18, 3141:19, 3142:3, 3142:11, 3142:23, 3142:24, 3142:25, 3143:1, 3143:3, 3143:4, 3143:6, 3143:7, 3143:9, 3143:10, 3144:14, 3145:14, 3146:6, 3146:15, 3147:1, 3147:9, 3147:10, 3148:20, 3149:3, 3149:11, 3149:14, 3149:19, 3149:20, 3149:22, 3149:25, 3150:1, 3150:14, 3150:15, 3150:17,

3151:25, 3152:3, 3152:8, 3152:20, 3154:20, 3154:21, 3155:7, 3155:17, 3155:24, 3157:4, 3157:5, 3157:17, 3159:16, 3159:22, 3160:21, 3161:18, 3161:23, 3161:24, 3161:25, 3162:9, 3162:13, 3163:6, 3163:7, 3163:10, 3163:11, 3163:12, 3163:15, 3163:19, 3163:22, 3164:1, 3164:4, 3164:10, 3164:12, 3164:15, 3164:18, 3167:7, 3169:3, 3169:22, 3169:23, 3170:3, 3170:10, 3170:21, 3170:22, 3170:25, 3171:5, 3171:18, 3172:25, 3173:10, 3173:16, 3183:10, 3187:25, 3188:15, 3190:3, 3192:11
**CORRECTLY** [3] - 3118:9, 3146:17, 3184:18
**CORRELATION** [1] - 3145:16
**COST** [4] - 3188:23, 3189:3, 3189:14, 3190:1
**COSTS** [1] - 3189:23
**COULD** [39] - 3098:24, 3102:10, 3107:25, 3109:14, 3110:24, 3111:6, 3111:18, 3111:22, 3115:21, 3117:6, 3117:16, 3118:1, 3128:6, 3129:2, 3129:7, 3132:1, 3133:11, 3134:21, 3141:14, 3143:11, 3152:4, 3159:21, 3161:21, 3163:16, 3163:17, 3168:21, 3171:6, 3172:5, 3173:18, 3174:8, 3174:23, 3175:11, 3179:2, 3182:8, 3184:24, 3185:14, 3186:19
**COULDN'T** [1] - 3139:17
**COUNSEL** [17] - 3096:6, 3098:24,

3119:19, 3139:25, 3152:10, 3153:8, 3158:3, 3159:4, 3159:9, 3159:23, 3161:10, 3171:16, 3172:6, 3172:8, 3177:17
**COUNTED** [1] - 3161:21
**COUPLE** [3] - 3133:10, 3165:18, 3172:11
**COURT** [158] - 3092:1, 3094:16, 3096:6, 3096:10, 3096:19, 3096:23, 3097:1, 3097:3, 3097:5, 3098:19, 3098:24, 3099:2, 3099:10, 3099:13, 3099:16, 3100:24, 3103:20, 3104:9, 3104:13, 3104:16, 3104:19, 3104:22, 3104:25, 3105:3, 3105:7, 3105:25, 3106:5, 3106:13, 3106:17, 3106:19, 3106:21, 3106:23, 3111:14, 3111:16, 3115:7, 3115:13, 3115:23, 3116:1, 3116:11, 3116:12, 3116:16, 3119:19, 3120:5, 3120:12, 3123:25, 3124:16, 3124:18, 3130:6, 3130:8, 3130:10, 3130:13, 3130:24, 3131:5, 3132:11, 3133:15, 3133:20, 3136:11, 3137:16, 3138:21, 3138:24, 3139:2, 3139:11, 3139:25, 3140:4, 3140:9, 3140:13, 3140:16, 3140:20, 3142:14, 3143:19, 3143:22, 3144:5, 3144:7, 3144:9, 3145:13, 3145:22, 3146:18, 3146:23, 3147:8, 3147:11, 3147:19, 3147:22, 3147:25, 3148:3, 3150:5, 3151:5, 3151:8, 3151:14, 3152:10, 3152:17, 3153:5, 3154:6, 3155:5, 3155:8, 3156:14, 3156:16,

3156:25, 3157:5, 3157:11, 3157:19, 3158:2, 3159:11, 3159:18, 3159:21, 3160:12, 3160:14, 3161:1, 3162:6, 3162:16, 3162:19, 3162:23, 3165:5, 3165:8, 3165:10, 3165:14, 3166:18, 3166:20, 3166:23, 3167:10, 3168:16, 3169:7, 3169:19, 3169:25, 3170:13, 3170:16, 3172:8, 3172:12, 3172:16, 3172:21, 3172:24, 3173:3, 3173:25, 3174:2, 3174:13, 3174:18, 3175:1, 3175:3, 3175:12, 3175:15, 3175:17, 3175:19, 3175:22, 3175:24, 3176:1, 3176:5, 3176:7, 3176:9, 3176:14, 3176:17, 3177:17, 3191:22, 3191:25, 3192:2, 3192:9, 3192:10, 3192:18
**COURT'S** [4] - 3096:5, 3137:21, 3148:1, 3176:8
**COURTROOM** [2] - 3164:23, 3166:13
**COVER** [7] - 3120:13, 3120:19, 3121:2, 3128:16, 3128:17, 3128:19
**COVERED** [1] - 3104:17
**CREATE** [3] - 3112:21, 3153:25, 3165:6
**CREATED** [2] - 3152:24, 3165:7
**CREATION** [2] - 3187:7, 3191:19
**CREST** [19] - 3117:3, 3118:6, 3118:8, 3118:13, 3118:14, 3135:15, 3135:24, 3136:5, 3136:18, 3136:22, 3137:3, 3163:25, 3164:2, 3169:21, 3170:3, 3170:5, 3170:6, 3171:12
**CRITICAL** [2] - 3124:11, 3134:7

CROSS [9] - 3095:8, 3120:11, 3120:12, 3120:17, 3126:2, 3151:7, 3153:4, 3154:2, 3154:7

CROSS-EXAMINATION [4] - 3095:8, 3120:17, 3151:7, 3154:2

CROSS-EXAMINING [1] - 3120:11

CROSSED [1] - 3120:15

CROWN [15] - 3097:15, 3103:3, 3103:12, 3103:13, 3107:8, 3107:9, 3108:3, 3108:4, 3109:16, 3109:19, 3111:1, 3112:7, 3128:20, 3149:12

CROWNED [1] - 3109:6

CRR [2] - 3094:16, 3192:17

CUMULATIVE [5] - 3115:8, 3115:13, 3115:15, 3115:23, 3120:8

CURIOSITY [1] - 3098:19

CURIOUS [1] - 3171:20

CURRENT [2] - 3181:13, 3181:14

CURRENTLY [1] - 3141:25

CURRENTS [1] - 3118:5

CWPPRA [8] - 3183:5, 3183:7, 3183:8, 3184:3, 3184:21, 3186:19, 3187:11, 3191:6

# D

D [3] - 3094:10, 3095:2, 3096:1

D.C [1] - 3179:7

DALLAS [1] - 3092:24

DALLY [1] - 3110:5

DAMAGE [9] - 3134:12, 3134:15, 3135:14, 3135:23, 3136:4, 3137:6, 3137:10, 3137:11, 3170:21

DANDY [1] - 3128:5

DANIEL [1] - 3094:5

DARK [3] - 3100:3, 3101:13, 3112:2

DARK-COLORED [1] - 3101:13

DARKER [1] - 3101:20

DATA [52] - 3105:19, 3106:25, 3108:6, 3112:21, 3112:24, 3113:1, 3114:2, 3126:23, 3126:24, 3132:6, 3132:8, 3142:7, 3142:10, 3144:18, 3145:4, 3145:6, 3145:15, 3146:1, 3146:25, 3148:6, 3148:9, 3148:17, 3150:13, 3150:22, 3150:23, 3151:20, 3151:22, 3152:13, 3152:25, 3153:3, 3154:1, 3154:18, 3156:2, 3157:7, 3157:8, 3157:9, 3160:10, 3160:21, 3165:12, 3167:15, 3168:5, 3168:14, 3168:23, 3169:9, 3169:20, 3171:1, 3171:2, 3172:15, 3172:18

DATA'S [1] - 3148:18

DATE [1] - 3144:10

DATED [2] - 3115:3, 3144:19

DATES [4] - 3109:5, 3177:18, 3178:21, 3184:9

DAVIS [2] - 3182:23, 3184:25

DAWN [1] - 3109:14

DAY [2] - 3174:9, 3176:4

DAYS [1] - 3178:21

DC [1] - 3094:13

DECEMBER [3] - 3145:12, 3150:14

DECIDE [1] - 3132:13

DECLARATION [3] - 3109:2, 3117:25, 3118:1

DEEP [1] - 3099:23

DEEPER [1] - 3101:2

DEFECT [1] - 3122:8

DEFECTIVE [1] - 3123:14

DEFECTS [1] - 3122:11

DEFENDANT [1] - 3094:4

DEFENSE [6] - 3126:24, 3139:25, 3151:17, 3154:19, 3156:11, 3169:14

DEGREE [3] - 3097:16, 3112:10, 3178:7

DEGREES [1] - 3178:10

DELEGATED [2] - 3187:11, 3187:12

DEMISE [1] - 3134:17

DEMO [1] - 3165:8

DEMONSTRATIVE [2] - 3162:18, 3165:9

DENHAM [1] - 3093:13

DENOTED [1] - 3111:24

DENSER [1] - 3108:13

DEPARTMENT [1] - 3094:4

DEPENDED [1] - 3121:16

DEPENDENT [1] - 3186:4

DEPENDING [3] - 3127:6, 3127:17, 3185:10

DEPICTED [1] - 3103:5

DEPICTION [1] - 3141:20

DEPICTS [1] - 3098:1

DEPOSED [1] - 3145:9

DEPOSITION [7] - 3123:19, 3134:14, 3143:13, 3143:18, 3143:20, 3143:25, 3159:8

DEPOSITIONS [1] - 3177:18

DEPTH [4] - 3107:20, 3109:7, 3114:22, 3149:6

DEPUTY [5] - 3096:5, 3148:1, 3176:8, 3176:19, 3176:22

DESCRIBE [8] - 3179:2, 3180:2, 3180:22, 3189:2, 3186:7, 3186:19, 3188:2, 3188:16

DESCRIBED [5] - 3183:11, 3184:23, 3186:7, 3190:4, 3190:14

DESCRIBES [1] - 3185:18

DESCRIBING [1] - 3162:12

DESCRIPTION [1] - 3109:8

DESIGN [16] - 3096:17, 3115:1, 3118:6, 3118:11, 3118:21, 3118:23, 3119:3, 3122:8, 3122:11, 3122:18, 3123:21, 3124:25, 3138:14, 3143:5, 3165:20, 3167:2

DESIGNATED [1] - 3187:10

DESIGNED [14] - 3122:9, 3122:11, 3122:23, 3123:1, 3123:10, 3123:14, 3123:15, 3123:20, 3124:24, 3129:5, 3138:25, 3139:1, 3145:10, 3153:20

DESTROY [1] - 3135:7

DESTRUCTION [1] - 3125:12

DETAIL [1] - 3139:1

DETAILED [1] - 3189:2

DETAILS [1] - 3180:9

DETERMINATE [1] - 3132:3

DETERMINED [4] - 3146:13, 3156:13, 3189:5, 3190:1

DEVELOP [3] - 3179:24, 3188:3, 3188:6

DEVELOPED [3] - 3109:13, 3116:21, 3189:3

DEVELOPING [1] - 3182:7

DEVELOPMENT [5] - 3150:20, 3183:22, 3187:3, 3188:4, 3188:18

DEVELOPS [1] - 3187:5

DEVOTED [1] - 3181:25

DIAGRAM [1] - 3098:1

DID [62] - 3103:10, 3105:22, 3107:6, 3107:9, 3112:7, 3112:21, 3112:24, 3114:14, 3117:3, 3117:12, 3118:9, 3120:5, 3121:7, 3121:14, 3122:12, 3122:14, 3123:19, 3124:4, 3124:24, 3127:21, 3128:3, 3129:8, 3129:22, 3132:25, 3133:4, 3133:11, 3141:16, 3142:9, 3143:13, 3145:5, 3146:4, 3146:22, 3148:6, 3148:22, 3149:8, 3150:25, 3151:16, 3153:21, 3156:21, 3158:14, 3158:17, 3159:4, 3159:11, 3162:8, 3165:6, 3166:21, 3169:14, 3169:16, 3178:2, 3178:5, 3178:7, 3178:10, 3178:13, 3178:16, 3178:18, 3179:2, 3179:20, 3179:21, 3180:17, 3181:9, 3181:13

DIDN'T [35] - 3103:11, 3103:13, 3112:23, 3115:10, 3117:15, 3121:16, 3125:8, 3127:23, 3128:1, 3131:25, 3132:19, 3132:21, 3133:13, 3139:23, 3140:5, 3142:8, 3145:4, 3145:7, 3147:4, 3148:11, 3148:22, 3149:7, 3151:19, 3152:22, 3153:25, 3154:5, 3156:12, 3157:23, 3158:8, 3158:10, 3158:21, 3160:1, 3166:20, 3171:2, 3171:17

DIFFER [2] - 3110:14, 3119:13

DIFFERENCE [8] - 3113:21, 3114:10, 3115:24, 3116:9, 3117:19, 3127:16, 3133:13, 3168:20

DIFFERENCES [3] - 3114:9, 3116:7, 3116:14

**DIFFERENT** [21] - 3096:22, 3104:7, 3104:24, 3106:3, 3108:6, 3109:5, 3113:21, 3113:22, 3114:5, 3114:7, 3116:5, 3116:25, 3118:16, 3127:6, 3127:12, 3132:1, 3132:12, 3141:24, 3150:23, 3161:19, 3177:18

**DIFFERS** [1] - 3185:10

**DIRECT** [13] - 3095:7, 3095:15, 3097:7, 3114:24, 3139:12, 3141:16, 3152:22, 3152:23, 3154:4, 3154:7, 3159:4, 3177:23

**DIRECTIVE** [1] - 3184:14

**DIRECTLY** [2] - 3098:8, 3173:8

**DISCHARGES** [1] - 3180:13

**DISCUSS** [1] - 3154:5

**DISCUSSED** [1] - 3120:19

**DISCUSSION** [2] - 3116:9, 3116:17

**DISPUTED** [2] - 3126:18, 3126:19

**DISTANCE** [2] - 3169:21, 3170:3

**DISTRICT** [7] - 3092:1, 3092:1, 3092:8, 3179:14, 3187:12, 3192:10

**DIVERSION** [6] - 3182:24, 3182:25, 3184:25, 3185:1, 3185:5

**DIVERSIONS** [1] - 3186:7

**DIVISION** [1] - 3190:15

**DO** [79] - 3098:21, 3100:8, 3106:5, 3106:13, 3109:25, 3110:12, 3112:17, 3113:1, 3113:18, 3114:5, 3114:14, 3115:10, 3117:24, 3121:3, 3122:15, 3125:5, 3130:6, 3131:25, 3132:23, 3133:13, 3134:11,

3134:14, 3137:24, 3138:15, 3138:16, 3139:21, 3140:11, 3143:16, 3144:13, 3145:3, 3147:4, 3148:24, 3149:9, 3150:1, 3153:22, 3155:1, 3155:19, 3156:22, 3159:9, 3160:10, 3160:16, 3161:1, 3164:17, 3164:20, 3164:21, 3165:25, 3166:3, 3166:6, 3166:7, 3166:10, 3167:2, 3167:4, 3167:5, 3167:6, 3167:8, 3167:13, 3167:19, 3168:1, 3169:12, 3169:13, 3170:6, 3171:22, 3171:23, 3171:24, 3172:1, 3172:22, 3174:13, 3174:23, 3175:6, 3175:11, 3175:24, 3177:2, 3179:2, 3180:9, 3181:19, 3185:24, 3189:21, 3192:10

**DOCKET** [1] - 3092:3

**DOCTOR** [1] - 3162:24

**DOCUMENT** [2] - 3164:13, 3169:15

**DOES** [27] - 3097:25, 3098:12, 3102:24, 3104:19, 3104:20, 3107:17, 3107:25, 3108:1, 3109:9, 3110:14, 3110:18, 3113:24, 3119:1, 3119:13, 3139:22, 3143:2, 3146:14, 3146:17, 3153:7, 3155:19, 3174:10, 3182:17, 3186:23, 3189:13, 3191:3

**DOESN'T** [8] - 3102:7, 3135:18, 3146:18, 3149:18, 3157:13, 3163:16, 3168:20, 3172:8

**DOING** [5] - 3115:9, 3119:24, 3122:17, 3142:4, 3150:19

**DOLPHIN** [2] - 3178:24, 3178:25

**DOMENGEAUX** [1] - 3093:1

**DON'T** [61] - 3099:2,

3106:14, 3108:19, 3110:20, 3112:20, 3113:6, 3113:21, 3117:23, 3120:13, 3120:14, 3120:23, 3121:2, 3126:10, 3130:9, 3130:12, 3130:24, 3131:13, 3131:16, 3131:25, 3133:13, 3133:15, 3133:16, 3133:18, 3135:19, 3138:17, 3138:21, 3140:2, 3144:21, 3145:2, 3145:3, 3147:14, 3149:2, 3150:18, 3151:11, 3151:22, 3152:18, 3154:7, 3156:3, 3156:6, 3156:14, 3158:4, 3158:5, 3158:9, 3159:22, 3160:22, 3167:16, 3168:4, 3168:7, 3169:4, 3169:16, 3170:11, 3172:1, 3172:2, 3172:18, 3172:20, 3174:12, 3191:8, 3191:17

**DONE** [10] - 3106:6, 3106:13, 3109:1, 3122:15, 3150:7, 3150:23, 3175:16, 3175:21, 3188:6, 3188:22

**DOTTED** [2] - 3143:5, 3165:24

**DOWN** [21] - 3098:2, 3098:6, 3098:7, 3109:24, 3123:8, 3128:20, 3129:3, 3129:20, 3135:5, 3136:1, 3145:17, 3149:5, 3150:2, 3152:11, 3159:9, 3163:8, 3163:14, 3171:16, 3173:25, 3190:5, 3190:10

**DOZEN** [1] - 3190:12

**DR** [24] - 3096:12, 3097:9, 3108:25, 3109:2, 3110:4, 3114:24, 3114:25, 3115:3, 3115:18, 3117:3, 3117:7, 3117:12, 3117:13, 3117:22, 3117:25, 3118:12, 3118:16, 3118:20, 3135:18, 3138:15, 3150:13,

3152:13, 3158:8, 3169:2

**DREDGE** [3] - 3122:1, 3180:24

**DREDGING** [1] - 3182:4

**DRIVES** [1] - 3141:4

**DRIVING** [1] - 3155:20

**DROP** [1] - 3101:16

**DROPPING** [1] - 3163:19

**DUDENHEFER** [2] - 3093:4, 3093:5

**DUE** [3] - 3097:21, 3101:10, 3137:2

**DUMAS** [2] - 3093:7, 3093:8

**DUNE** [1] - 3181:1

**DUPRE** [4] - 3101:25, 3113:15, 3147:7, 3171:21

**DURABLE** [1] - 3138:10

**DURATION** [1] - 3113:18

**DURING** [21] - 3097:10, 3097:18, 3103:10, 3105:20, 3107:1, 3114:11, 3121:9, 3121:12, 3124:22, 3139:11, 3141:21, 3143:14, 3147:12, 3151:1, 3154:24, 3158:20, 3158:22, 3159:8, 3167:21, 3168:24, 3179:18

**DUVAL** [1] - 3092:8

**DX** [3] - 3096:21, 3109:2, 3110:22

**DYNA** [13] - 3115:18, 3115:21, 3116:2, 3116:3, 3116:7, 3116:10, 3116:14, 3116:20, 3116:21, 3117:7, 3117:10, 3117:16, 3117:17

---

# E

**E** [6] - 3094:2, 3095:2, 3096:1, 3169:17, 3176:25

**E-MAIL** [1] - 3169:17

**EACH** [9] - 3108:14, 3113:18, 3140:12, 3185:10, 3187:23, 3188:5, 3188:10, 3188:20, 3189:12

**EARLIER** [3] -

3114:17, 3137:18, 3175:4

**EARLY** [9] - 3100:23, 3114:15, 3135:14, 3135:23, 3136:4, 3137:6, 3175:20, 3175:21, 3178:21

**EAST** [8] - 3093:23, 3153:10, 3153:15, 3153:18, 3154:13, 3154:23, 3188:12, 3191:1

**EASTERN** [2] - 3092:1, 3192:10

**EBERSOLE** [36] - 3110:5, 3111:6, 3112:25, 3113:11, 3114:2, 3114:18, 3115:9, 3115:11, 3115:12, 3120:9, 3120:12, 3125:1, 3125:5, 3141:25, 3144:18, 3144:21, 3146:2, 3146:11, 3146:13, 3146:18, 3147:1, 3147:8, 3148:9, 3149:18, 3151:21, 3151:22, 3151:24, 3152:13, 3152:4, 3154:3, 3154:19, 3158:7, 3158:10, 3158:11, 3166:13, 3169:6

**EBERSOLE'S** [6] - 3100:7, 3110:4, 3110:6, 3146:3, 3146:22, 3147:11

**EBSB'S** [3] - 3118:6, 3118:7, 3118:8

**ECHO** [1] - 3120:9

**ECOSYSTEM** [11] - 3177:5, 3177:10, 3177:12, 3177:16, 3182:12, 3182:14, 3182:18, 3183:13, 3183:23, 3185:11, 3185:19

**EDWARDS** [1] - 3093:1

**EFFECT** [5] - 3121:8, 3126:15, 3133:12, 3134:20, 3171:8

**EFFECTS** [3] - 3116:22, 3148:8, 3186:2

**EFFORT** [4] - 3177:13, 3180:24, 3181:5, 3185:11

**EFFORTS** [3] - 3183:2, 3187:2,

3187:4
**EGGSHELL** [2] -
3138:21, 3138:22
**EHRLICH** [1] -
3094:6
**EIGHT** [2] - 3109:18,
3158:18
**EIGHT-FOOT** [1] -
3158:18
**EITHER** [6] -
3098:20, 3134:19,
3135:7, 3135:11,
3151:12, 3172:9
**EL** [1] - 3094:6
**EL-AMIN** [1] - 3094:6
**ELABORATE** [1] -
3153:8
**ELEMENT** [1] -
3116:21
**ELEVATED** [1] -
3164:5
**ELEVATION** [35] -
3096:16, 3102:19,
3102:22, 3103:1,
3103:3, 3103:5,
3104:1, 3107:3,
3109:6, 3109:16,
3109:19, 3111:1,
3112:7, 3117:3,
3117:10, 3118:6,
3118:8, 3118:13,
3118:14, 3123:21,
3125:2, 3125:7,
3133:6, 3143:6,
3143:8, 3159:16,
3160:2, 3160:21,
3164:3, 3167:2,
3168:13, 3168:21,
3169:21, 3171:12,
3173:22
**ELEVATIONS** [5] -
3112:19, 3122:15,
3141:22, 3146:7,
3167:2
**ELISA** [1] - 3093:22
**ELSE** [3] - 3116:14,
3121:2, 3132:13
**ELWOOD** [2] -
3093:18, 3093:18
**EMPIRICAL** [1] -
3157:8
**EMPLOYED** [2] -
3180:18, 3181:9
**EMPLOYMENT** [2] -
3178:23, 3179:3
**END** [5] - 3102:11,
3113:15, 3168:25,
3175:4, 3175:19
**ENDANGERED** [1] -
3179:9

**ENGINE** [1] -
3189:19
**ENGINEER** [3] -
3126:15, 3140:6,
3187:12
**ENGINEERING** [3] -
3122:22, 3122:25,
3140:3
**ENGINEERS** [11] -
3122:7, 3177:4,
3177:6, 3179:13,
3181:3, 3181:5,
3181:10, 3182:17,
3186:17, 3187:12,
3187:22
**ENGINEERS'** [1] -
3187:8
**ENGLISH** [1] -
3126:14
**ENHANCED** [1] -
3141:12
**ENTIRE** [1] - 3129:14
**ENTITLED** [2] -
3154:8, 3192:13
**ENTITY** [1] - 3185:21
**ENVIRONMENTAL**
[8] - 3182:1, 3182:3,
3182:4, 3185:21,
3186:1, 3187:18,
3187:20
**ERODED** [6] -
3098:17, 3099:23,
3101:17, 3102:5,
3123:14, 3171:11
**ERODIBILITY** [7] -
3110:18, 3119:8,
3119:9, 3126:15,
3126:24, 3127:6,
3139:2
**ERODIBLE** [17] -
3104:5, 3110:17,
3110:20, 3110:21,
3119:2, 3126:20,
3135:14, 3135:23,
3136:4, 3136:21,
3137:6, 3138:2,
3138:5, 3138:9,
3139:3, 3139:6,
3139:15
**ERODING** [3] -
3098:8, 3099:22,
3126:13
**EROSION** [60] -
3096:18, 3098:14,
3098:16, 3099:4,
3101:2, 3101:21,
3102:2, 3102:4,
3102:6, 3102:7,
3103:11, 3104:19,
3105:23, 3107:7,

3107:11, 3107:12,
3108:3, 3108:8,
3108:10, 3108:12,
3108:15, 3108:17,
3109:7, 3109:9,
3109:16, 3109:19,
3110:1, 3114:15,
3117:13, 3119:3,
3119:11, 3124:8,
3127:4, 3127:6,
3127:10, 3127:17,
3132:9, 3134:19,
3134:25, 3135:13,
3136:2, 3136:15,
3137:12, 3138:8,
3139:21, 3141:5,
3145:17, 3145:20,
3145:21, 3150:2,
3161:11, 3161:13,
3163:11, 3163:14,
3163:18, 3188:9,
3188:21
**ESQ** [29] - 3092:13,
3092:16, 3092:19,
3092:20, 3092:23,
3093:1, 3093:5,
3093:8, 3093:12,
3093:15, 3093:15,
3093:18, 3093:22,
3093:23, 3094:1,
3094:2, 3094:6,
3094:6, 3094:7,
3094:7, 3094:8,
3094:8, 3094:9,
3094:9, 3094:10,
3094:10, 3094:11,
3094:11, 3094:12
**ESSENCE** [2] -
3124:9, 3161:22
**ESSENTIALLY** [2] -
3097:15, 3112:19
**ESTABLISH** [2] -
3116:6, 3116:15
**ESTABLISHED** [1] -
3142:14
**ESTABLISHING** [1] -
3186:25
**ESTATE** [1] - 3182:4
**ESTUARY** [2] -
3190:20, 3190:21
**ET** [2] - 3092:2,
3092:5
**EVALUATE** [2] -
3121:15, 3188:13
**EVALUATED** [2] -
3171:11, 3190:20
**EVALUATION** [3] -
3177:7, 3177:12,
3189:2
**EVALUATIONS** [2] -

3118:4, 3188:17
**EVEN** [7] - 3108:8,
3112:18, 3129:3,
3138:14, 3146:4,
3146:14, 3173:21
**EVENING** [1] -
3174:12
**EVENT** [2] - 3113:2,
3167:20
**EVER** [2] - 3147:12,
3152:23
**EVERGLADES** [1] -
3179:6
**EVERY** [2] - 3120:24,
3166:13
**EVERYBODY** [1] -
3119:24
**EVERYONE** [1] -
3119:22
**EVERYTHING** [1] -
3113:3
**EVIDENCE** [7] -
3099:13, 3121:17,
3121:19, 3126:14,
3132:8, 3132:9,
3177:19
**EVIDENT** [2] -
3100:22, 3101:3
**EXACT** [2] - 3191:8,
3191:17
**EXACTLY** [11] -
3130:5, 3131:11,
3131:16, 3135:19,
3145:7, 3155:25,
3159:22, 3164:21,
3165:16, 3167:18,
3174:5
**EXAMINATION** [17] -
3095:7, 3095:8,
3095:9, 3095:15,
3097:7, 3100:7,
3114:24, 3115:10,
3120:17, 3151:7,
3152:23, 3154:2,
3154:4, 3159:4,
3165:7, 3170:18,
3177:23
**EXAMINATIONS** [1]
- 3174:24
**EXAMINING** [1] -
3120:11
**EXAMPLE** [6] -
3139:7, 3151:21,
3185:5, 3189:19,
3190:19, 3190:21
**EXCEEDED** [2] -
3153:19
**EXCEPT** [3] -
3140:17, 3148:7,
3172:19

**EXCEPTIONALLY**
[1] - 3120:5
**EXCISE** [1] - 3189:19
**EXCUSE** [7] -
3108:1, 3113:22,
3136:8, 3162:1,
3172:24, 3182:12,
3183:16
**EXERTED** [2] -
3153:9, 3153:16
**EXHAUSTINGLY** [1]
- 3120:11
**EXHAUSTIVELY** [1]
- 3120:11
**EXHIBIT** [9] - 3117:5,
3128:2, 3160:12,
3162:14, 3162:15,
3165:14, 3165:15,
3166:25, 3170:2
**EXHIBITS** [2] -
3165:8, 3165:9
**EXISTED** [4] -
3112:12, 3112:18,
3153:13, 3184:4
**EXIT** [1] - 3101:11
**EXPECT** [3] -
3101:15, 3113:4,
3113:5
**EXPERIENCE** [1] -
3117:16
**EXPERIENCED** [1] -
3119:11
**EXPERT** [26] -
3096:12, 3097:22,
3098:10, 3100:8,
3101:24, 3102:10,
3102:14, 3107:13,
3108:25, 3113:7,
3113:23, 3139:17,
3139:24, 3140:3,
3144:19, 3145:10,
3145:11, 3153:3,
3156:11, 3161:20,
3171:7, 3171:15,
3172:3, 3173:8,
3173:13
**EXPERT'S** [1] -
3153:2
**EXPERTISE** [5] -
3132:19, 3140:1,
3140:17, 3152:22,
3182:6
**EXPERTS** [10] -
3147:16, 3150:12,
3151:17, 3153:4,
3154:19, 3169:14,
3182:3, 3182:4
**EXPERTS'** [1] -
3153:3
**EXPLAIN** [8] -

3099:5, 3099:19, 3136:8, 3136:11, 3150:5, 3152:4, 3185:9, 3186:19

**EXPLAINED** [1] - 3138:25

**EXPLORE** [4] - 3124:6, 3140:8, 3142:1, 3162:11

**EXPLORED** [1] - 3117:24

**EXPLOSIVE** [1] - 3116:22

**EXPOSED** [1] - 3131:23

**EXPOUND** [2] - 3133:17, 3133:20

**EXPRESSED** [1] - 3161:19

**EXTENDED** [1] - 3174:7

**EXTENSION** [5] - 3131:4, 3131:5, 3131:6, 3131:19, 3132:15

**EXTENSIVE** [2] - 3115:10, 3142:9

**EXTENSIVELY** [1] - 3116:4

**EXTENT** [2] - 3124:12, 3137:11

**EXTRAPOLATE** [1] - 3117:17

**EYE** [3] - 3172:7, 3172:19, 3172:22

**EYEWITNESS** [1] - 3154:14

## F

**F** [1] - 3094:8

**FACILITATE** [1] - 3126:7

**FACILITY** [1] - 3179:1

**FACT** [8] - 3122:7, 3124:4, 3125:1, 3133:11, 3136:1, 3137:8, 3146:3, 3154:18

**FACTOR** [7] - 3133:24, 3134:3, 3134:25, 3137:20, 3141:1, 3152:1, 3155:1

**FACTORS** [1] - 3125:11

**FACTS** [2] - 3122:9, 3148:5

**FAIL** [5] - 3124:4, 3127:21, 3127:23,

3128:1, 3132:25

**FAILED** [4] - 3097:9, 3097:18, 3123:16, 3138:14

**FAILURE** [12] - 3097:17, 3123:11, 3124:7, 3126:8, 3132:3, 3133:25, 3137:19, 3138:9, 3161:14, 3164:17, 3167:21

**FAIR** [10] - 3103:10, 3122:10, 3123:11, 3123:12, 3132:6, 3153:4, 3154:2, 3154:19, 3168:3, 3184:22

**FAIRED** [3] - 3105:19, 3107:1, 3107:5

**FALL** [1] - 3113:20

**FALLING** [1] - 3163:19

**FALLS** [1] - 3191:5

**FAMILIAR** [5] - 3115:24, 3116:6, 3116:7, 3165:1, 3177:20

**FAR** [1] - 3110:19

**FAST** [2] - 3163:8

**FAT** [29] - 3105:2, 3105:17, 3105:21, 3105:22, 3106:1, 3107:1, 3107:4, 3107:6, 3107:23, 3108:7, 3108:10, 3108:11, 3108:22, 3109:11, 3109:25, 3110:11, 3110:12, 3110:14, 3110:20, 3119:17, 3125:24, 3127:1, 3127:25, 3128:1, 3129:3, 3133:5, 3133:9

**FAYARD** [2] - 3093:11, 3093:12

**FEASIBILITY** [2] - 3186:14, 3186:16

**FEAST** [1] - 3150:21

**FEDERAL** [6] - 3186:11, 3187:1, 3189:15, 3189:21, 3189:24

**FEEL** [1] - 3119:23

**FEET** [67] - 3103:6, 3103:13, 3109:18, 3109:21, 3111:1, 3112:7, 3114:8, 3114:13, 3114:21, 3114:22, 3115:1,

3117:4, 3117:11, 3117:14, 3117:18, 3118:7, 3118:8, 3124:23, 3124:25, 3125:3, 3125:7, 3127:14, 3128:17, 3128:18, 3129:1, 3133:5, 3133:8, 3143:3, 3143:11, 3143:14, 3144:14, 3144:25, 3145:7, 3145:23, 3146:4, 3146:15, 3146:19, 3147:9, 3147:13, 3148:7, 3148:11, 3149:2, 3149:6, 3149:7, 3149:12, 3149:15, 3149:19, 3149:22, 3149:24, 3150:14, 3150:17, 3151:24, 3159:16, 3160:3, 3160:18, 3160:23, 3165:25, 3166:6, 3166:7, 3166:10, 3167:5, 3168:13, 3168:21, 3170:5, 3173:16

**FELT** [1] - 3158:7

**FEW** [5] - 3111:18, 3126:19, 3165:18, 3172:19, 3190:12

**FIELD** [6] - 3170:23, 3177:5, 3178:23, 3178:24, 3189:2, 3189:5

**FIGURE** [58] - 3096:21, 3097:22, 3097:25, 3098:10, 3098:12, 3099:19, 3100:7, 3101:23, 3102:6, 3102:15, 3103:4, 3103:15, 3104:11, 3104:12, 3105:4, 3105:15, 3107:14, 3107:25, 3108:1, 3111:22, 3111:25, 3113:14, 3113:15, 3113:23, 3113:24, 3114:10, 3118:20, 3119:1, 3129:8, 3132:25, 3134:23, 3141:15, 3143:2, 3144:5, 3144:6, 3145:12, 3145:13, 3145:23, 3146:3, 3146:14, 3147:1, 3148:7, 3148:23, 3149:9, 3149:21, 3151:1, 3155:21, 3158:24, 3159:3, 3171:6,

3171:15, 3173:9

**FIGURES** [1] - 3113:9

**FIGURING** [1] - 3114:17

**FILED** [1] - 3150:16

**FILL** [9] - 3121:24, 3121:25, 3122:21, 3125:17, 3126:20, 3127:1, 3131:14, 3131:16, 3174:10

**FILLED** [1] - 3131:10

**FINALLY** [2] - 3123:1, 3149:21

**FIND** [5] - 3110:20, 3117:12, 3138:18, 3156:21, 3162:19

**FINE** [10] - 3106:14, 3116:5, 3116:8, 3116:21, 3133:16, 3138:13, 3155:21, 3158:4, 3160:7, 3172:9

**FINISH** [3] - 3152:16, 3168:15, 3168:16

**FINISHED** [2] - 3155:5, 3155:8

**FIRM** [4] - 3092:19, 3093:4, 3093:7, 3093:22

**FIRST** [30] - 3100:8, 3101:24, 3107:14, 3112:21, 3117:2, 3125:2, 3125:6, 3125:16, 3126:14, 3133:16, 3133:25, 3134:22, 3134:24, 3142:22, 3148:23, 3150:13, 3153:5, 3154:6, 3154:12, 3163:4, 3163:14, 3165:20, 3165:25, 3173:14, 3175:9, 3176:12, 3178:16, 3178:23, 3178:24

**FISH** [2] - 3181:7, 3187:21

**FISHERIES** [9] - 3179:4, 3179:5, 3179:11, 3179:16, 3179:20, 3179:23, 3180:18, 3181:7, 3187:19

**FISHERY** [1] - 3179:7

**FISHING** [1] - 3178:19

**FIT** [1] - 3115:15

**FITTING** [1] - 3157:10

**FITZGERALD** [16] - 3125:1, 3125:6, 3162:15, 3162:21, 3164:23, 3165:15, 3166:12, 3167:1, 3167:15, 3168:2, 3169:1, 3169:6, 3169:8, 3169:10, 3169:17, 3170:4

**FITZGERALD'S** [7] - 3151:1, 3159:2, 3160:10, 3162:16, 3165:12, 3169:7, 3169:20

**FIVE** [6] - 3149:7, 3149:22, 3156:9, 3157:21, 3164:8, 3187:1

**FLANK** [3] - 3129:15, 3129:21, 3130:15

**FLOOD** [2] - 3154:16, 3184:15

**FLOODING** [3] - 3096:18, 3124:1, 3124:12

**FLOODWALL** [2] - 3153:10, 3155:15

**FLOODWALLS** [2] - 3153:18, 3154:23

**FLORIDA** [5] - 3093:12, 3153:11, 3154:15, 3179:5, 3179:6

**FLOURISHES** [1] - 3120:4

**FLOW** [6] - 3099:7, 3099:9, 3099:10, 3101:19, 3161:14, 3163:8

**FLOWED** [1] - 3100:15

**FLOWING** [8] - 3098:2, 3101:10, 3101:15, 3101:17, 3101:18, 3108:9, 3136:14, 3180:6

**FLOWS** [1] - 3098:20

**FOCUS** [11] - 3099:10, 3100:11, 3102:15, 3107:14, 3111:22, 3113:24, 3117:2, 3117:6, 3118:19, 3152:13, 3178:13

**FOCUSED** [2] - 3181:23, 3186:22

**FOCUSSING** [3] - 3099:7, 3099:9, 3179:8

**FOLLOW** [3] -

3098:25, 3174:19, 3174:20

**FOLLOWING** [1] - 3180:21

**FOLLOWS** [1] - 3176:21

**FOOT** [12] - 3138:6, 3150:16, 3152:3, 3158:10, 3158:11, 3158:13, 3158:14, 3158:18, 3158:20, 3165:21, 3167:7, 3170:5

**FOR** [149] - 3092:12, 3093:22, 3094:4, 3095:4, 3096:9, 3096:11, 3096:17, 3096:19, 3101:10, 3101:15, 3102:11, 3102:15, 3102:16, 3103:5, 3103:15, 3105:14, 3106:15, 3107:20, 3107:22, 3108:6, 3108:7, 3108:9, 3108:20, 3108:22, 3109:13, 3110:3, 3110:7, 3110:24, 3111:7, 3111:19, 3113:14, 3113:15, 3114:17, 3114:18, 3114:20, 3115:18, 3116:21, 3116:22, 3116:23, 3116:24, 3117:2, 3117:7, 3117:14, 3118:21, 3119:2, 3121:24, 3122:21, 3123:25, 3124:16, 3125:11, 3126:12, 3128:9, 3130:25, 3131:17, 3132:13, 3135:14, 3135:23, 3136:4, 3137:6, 3137:19, 3139:6, 3139:25, 3140:13, 3141:25, 3142:10, 3142:15, 3143:16, 3143:19, 3144:23, 3146:11, 3146:25, 3150:7, 3150:18, 3151:21, 3153:8, 3154:2, 3154:3, 3154:24, 3156:23, 3158:3, 3161:15, 3162:10, 3165:3, 3165:6, 3167:20, 3167:22, 3167:25, 3168:24, 3169:18, 3170:4, 3170:15, 3173:3, 3176:15, 3176:23, 3177:7,

3177:9, 3178:6, 3178:7, 3178:11, 3178:20, 3179:4, 3179:7, 3179:15, 3179:17, 3180:17, 3180:20, 3182:5, 3182:15, 3182:23, 3183:2, 3183:9, 3183:13, 3183:17, 3183:22, 3183:23, 3184:16, 3184:20, 3184:25, 3185:3, 3185:4, 3185:7, 3185:9, 3185:17, 3185:19, 3186:9, 3186:18, 3186:25, 3187:2, 3187:3, 3187:6, 3188:4, 3188:10, 3188:16, 3189:2, 3189:4, 3189:8, 3189:14, 3189:16, 3189:23, 3190:13, 3190:19, 3190:21, 3191:9, 3191:17, 3191:24

**FORCE** [13] - 3187:1, 3187:8, 3187:9, 3187:11, 3187:13, 3187:24, 3188:3, 3188:5, 3188:13, 3188:25, 3189:8, 3189:9, 3190:23

**FORCES** [3] - 3153:9, 3153:16, 3155:20

**FOREGOING** [1] - 3192:11

**FOREGROUND** [1] - 3098:15

**FORMS** [1] - 3173:19

**FORTUNE** [1] - 3132:4

**FOUNDATION** [2] - 3115:25, 3116:15

**FOUR** [9] - 3114:13, 3141:15, 3167:5, 3168:13, 3170:5, 3174:23, 3175:11, 3177:18, 3184:19

**FRAGILE** [1] - 3139:3

**FRAME** [1] - 3179:15

**FRANK** [1] - 3093:5

**FRANKLIN** [1] - 3094:13

**FRANKLY** [1] - 3120:20

**FRESH** [1] - 3182:24

**FRESHWATER** [5] - 3180:6, 3182:24,

3182:25, 3185:1, 3185:5

**FRIDAY** [2] - 3092:4, 3096:2

**FROM** [78] - 3096:25, 3100:14, 3101:21, 3101:24, 3107:11, 3110:4, 3110:5, 3110:14, 3111:22, 3112:24, 3112:25, 3113:11, 3114:2, 3114:24, 3117:1, 3119:12, 3119:13, 3121:17, 3122:1, 3129:2, 3129:17, 3129:20, 3130:17, 3131:23, 3132:1, 3135:7, 3135:11, 3139:15, 3139:22, 3141:24, 3142:10, 3144:18, 3146:9, 3147:1, 3147:3, 3153:10, 3154:19, 3156:8, 3156:11, 3158:22, 3159:2, 3159:12, 3160:21, 3160:24, 3162:4, 3165:12, 3166:25, 3167:15, 3169:6, 3169:8, 3169:10, 3169:14, 3169:16, 3169:20, 3171:2, 3171:13, 3171:14, 3172:15, 3172:18, 3173:12, 3178:20, 3180:6, 3180:13, 3180:24, 3181:6, 3184:10, 3184:14, 3186:9, 3186:13, 3188:11, 3189:16, 3189:19, 3189:24, 3190:8, 3190:11, 3192:12

**FRONT** [15] - 3099:24, 3119:10, 3119:11, 3119:12, 3121:15, 3124:8, 3131:19, 3132:5, 3133:11, 3137:12, 3139:7, 3141:4, 3162:12, 3163:2, 3171:24

**FRONT-SIDE** [4] - 3119:10, 3119:11, 3119:12, 3121:15

**FRONTAL** [2] - 3131:23, 3132:9

**FRONTAL-WAVE** [1] - 3131:23

**FRUITS** [1] - 3151:20

**FUELS** [1] - 3189:19

**FULL** [3] - 3117:13, 3134:22, 3179:18

**FULL-TIME** [1] - 3179:18

**FUNCTION** [1] - 3175:4

**FUNCTIONS** [1] - 3181:11

**FUND** [1] - 3189:10

**FUNDING** [5] - 3185:24, 3189:12, 3189:13, 3190:13

**FUNDS** [3] - 3186:4, 3190:23, 3191:13

**FURTHER** [2] - 3170:12, 3173:24

# G

**G** [2] - 3094:10, 3096:1

**GATHER** [1] - 3190:5

**GATHERED** [1] - 3160:20

**GAVE** [3] - 3145:22, 3153:14, 3156:5

**GENERAL** [4] - 3116:9, 3127:12, 3132:20, 3134:13

**GENERALLY** [5] - 3154:7, 3185:20, 3185:24, 3190:9, 3191:18

**GEORGES** [1] - 3180:21

**GEOTECHNICAL** [3] - 3106:15, 3140:3, 3140:6

**GET** [37] - 3098:7, 3099:7, 3102:6, 3105:5, 3108:20, 3108:21, 3108:22, 3113:4, 3113:5, 3116:13, 3119:3, 3127:14, 3127:15, 3131:1, 3132:23, 3137:8, 3146:4, 3146:15, 3146:18, 3149:18, 3150:17, 3150:23, 3151:11, 3156:10, 3159:3, 3163:1, 3168:10, 3168:12, 3172:21, 3174:8, 3174:23, 3175:7, 3175:16, 3175:25, 3176:3, 3189:13

**GETS** [5] - 3147:8, 3147:12, 3155:2, 3163:24

**GETTING** [1] - 3116:1

**GIFTS** [1] - 3176:4

**GILBERT** [2] - 3093:22, 3093:22

**GIVE** [6] - 3127:3, 3147:4, 3153:5, 3169:14, 3176:3, 3185:5

**GIVEN** [4] - 3135:3, 3142:15, 3151:20, 3151:22

**GIVES** [1] - 3165:24

**GIWW** [1] - 3153:18

**GO** [47] - 3098:6, 3098:7, 3103:14, 3104:9, 3107:25, 3109:24, 3115:21, 3128:5, 3129:8, 3133:24, 3134:22, 3140:10, 3140:18, 3140:24, 3144:7, 3144:12, 3145:6, 3145:12, 3148:12, 3149:4, 3149:9, 3150:10, 3156:16, 3158:15, 3159:1, 3159:3, 3160:7, 3160:8, 3160:9, 3161:9, 3161:11, 3162:5, 3167:9, 3173:18, 3174:9, 3174:24, 3174:25, 3175:4, 3175:6, 3177:21, 3185:14, 3185:15

**GOES** [6] - 3101:2, 3105:18, 3130:17, 3130:18, 3174:9

**GOING** [44] - 3099:21, 3104:10, 3107:4, 3110:15, 3115:14, 3116:13, 3117:20, 3120:7, 3120:19, 3120:22, 3120:23, 3127:9, 3129:3, 3130:14, 3131:3, 3133:17, 3135:25, 3137:2, 3137:21, 3138:12, 3139:25, 3140:18, 3141:10, 3142:1, 3143:19, 3143:22, 3145:16, 3148:17, 3150:8, 3150:20, 3151:2, 3151:8, 3151:9, 3151:10, 3152:13, 3153:1, 3154:8, 3158:16, 3159:6, 3172:10,

3172:14, 3172:17, 3172:21, 3173:3
**GONE** [3] - 3100:5, 3139:1, 3191:12
**GOOD** [12] - 3096:6, 3119:4, 3119:7, 3119:10, 3127:9, 3127:10, 3127:24, 3131:1, 3132:4, 3147:20, 3162:23, 3164:8
**GOT** [13] - 3105:25, 3126:3, 3127:9, 3127:10, 3137:2, 3144:13, 3144:24, 3146:25, 3151:20, 3156:11, 3160:24, 3174:4, 3187:22
**GOVERNMENT** [8] - 3093:9, 3095:4, 3115:14, 3142:4, 3142:16, 3185:20, 3189:15
**GOVERNMENT'S** [2] - 3140:9, 3189:16
**GOVERNOR'S** [1] - 3187:17
**GRADE** [2] - 3112:8, 3165:20
**GRADUATE** [3] - 3178:10, 3178:11, 3178:13
**GRAIN** [8] - 3125:20, 3125:21, 3126:17, 3127:11, 3127:18, 3127:24, 3129:3, 3131:14
**GRAPH** [2] - 3099:18, 3103:2
**GRAPHIC** [4] - 3142:22, 3165:6, 3167:12, 3167:14
**GRAPHICALLY** [1] - 3125:6
**GRAPHICS** [1] - 3165:13
**GRASS** [7] - 3139:19, 3139:21, 3139:24, 3140:17, 3140:18, 3179:6
**GRASSES** [1] - 3163:11
**GREAT** [2] - 3134:12, 3139:1
**GREATER** [4] - 3123:15, 3123:17, 3123:21, 3190:24
**GREEN** [3] - 3101:12, 3102:18, 3143:9

**GREGORY** [6] - 3095:13, 3176:16, 3176:20, 3176:24, 3177:3
**GREIF** [1] - 3094:7
**GREW** [3] - 3178:1, 3178:3, 3178:18
**GROUND** [1] - 3098:3
**GROW** [1] - 3178:2
**GUESS** [6] - 3116:4, 3124:3, 3132:22, 3146:25, 3153:21, 3153:22
**GUIDELINES** [1] - 3123:3

# H

**HABITAT** [2] - 3179:9, 3179:12
**HABITATS** [1] - 3180:14
**HAD** [44] - 3098:14, 3101:17, 3103:25, 3106:11, 3107:3, 3107:4, 3107:5, 3112:12, 3112:15, 3112:18, 3113:4, 3113:5, 3114:22, 3121:8, 3122:15, 3122:24, 3127:23, 3127:25, 3132:16, 3133:3, 3133:5, 3133:7, 3133:9, 3133:10, 3138:6, 3138:12, 3144:18, 3145:6, 3146:3, 3146:14, 3150:14, 3155:5, 3158:10, 3158:11, 3158:20, 3159:15, 3164:13, 3164:14, 3167:21, 3171:19, 3173:21
**HADN'T** [1] - 3106:12
**HALF** [18] - 3103:9, 3107:4, 3117:17, 3133:7, 3147:9, 3147:13, 3149:18, 3152:3, 3159:16, 3160:3, 3160:23, 3165:21, 3167:5, 3167:7, 3168:13, 3170:5, 3173:17, 3189:7
**HAMLET** [2] - 3120:2
**HAND** [2] - 3176:19, 3186:15
**HANDLE** [1] - 3174:5
**HANDY** [1] - 3128:5
**HANDY-DANDY** [1] -

3128:5
**HAPPENED** [3] - 3101:16, 3141:2, 3141:20
**HAPPENING** [1] - 3137:4
**HAPPENS** [5] - 3098:5, 3099:6, 3163:4, 3163:18, 3186:8
**HAS** [36] - 3096:21, 3098:13, 3098:17, 3099:3, 3099:4, 3108:23, 3108:25, 3109:7, 3110:13, 3115:23, 3120:12, 3120:14, 3129:5, 3140:5, 3155:1, 3155:4, 3155:12, 3155:13, 3159:23, 3161:3, 3163:21, 3164:21, 3172:6, 3177:4, 3182:14, 3182:15, 3183:23, 3185:18, 3187:3, 3187:10, 3187:11, 3187:12, 3187:23, 3189:5, 3189:16
**HASH** [2] - 3143:5, 3167:1
**HAVE** [155] - 3096:15, 3096:24, 3097:16, 3098:2, 3098:16, 3102:4, 3104:10, 3105:11, 3105:17, 3106:6, 3106:18, 3107:12, 3107:21, 3108:8, 3108:10, 3108:13, 3108:18, 3108:19, 3108:20, 3109:1, 3109:4, 3109:10, 3109:11, 3111:13, 3112:10, 3112:12, 3112:16, 3112:17, 3112:20, 3113:6, 3113:8, 3114:11, 3114:12, 3115:3, 3115:8, 3116:2, 3116:4, 3116:16, 3117:19, 3119:2, 3119:3, 3119:8, 3119:10, 3119:16, 3121:8, 3127:9, 3128:5, 3129:23, 3131:13, 3131:19, 3131:22, 3132:4, 3132:6, 3133:4, 3133:11, 3134:19, 3134:20, 3135:4,

3135:12, 3135:13, 3135:19, 3135:22, 3135:25, 3136:3, 3137:1, 3137:5, 3137:21, 3137:25, 3138:4, 3138:5, 3138:9, 3138:21, 3138:23, 3140:11, 3140:20, 3141:12, 3141:24, 3143:2, 3143:16, 3144:16, 3145:4, 3145:8, 3145:19, 3147:4, 3149:2, 3149:24, 3153:13, 3153:21, 3153:23, 3155:19, 3155:25, 3156:4, 3158:13, 3158:14, 3158:18, 3158:22, 3159:6, 3159:11, 3161:8, 3162:2, 3162:8, 3163:5, 3163:11, 3163:13, 3163:14, 3163:16, 3167:16, 3168:1, 3168:10, 3168:24, 3169:17, 3170:9, 3170:11, 3171:11, 3171:22, 3172:1, 3172:20, 3173:24, 3174:10, 3174:14, 3174:15, 3174:20, 3175:1, 3175:18, 3175:23, 3176:13, 3177:18, 3177:25, 3178:8, 3178:12, 3178:13, 3181:19, 3181:21, 3182:17, 3182:19, 3183:1, 3183:6, 3185:21, 3185:24, 3185:25, 3186:23, 3187:14, 3190:24, 3191:6, 3191:8, 3191:10, 3191:12, 3191:15, 3191:17
**HAVEN'T** [2] - 3147:6, 3161:21
**HAVING** [2] - 3127:17, 3133:7
**HAWES** [6] - 3174:20, 3174:22, 3175:1, 3175:5, 3175:8, 3176:11
**HB-406** [1] - 3094:17
**HE** [50] - 3114:25, 3115:10, 3115:23, 3116:2, 3116:6, 3116:7, 3117:10, 3135:18, 3135:19,

3137:16, 3138:22, 3139:11, 3140:1, 3140:5, 3140:11, 3140:12, 3142:14, 3146:18, 3146:20, 3147:4, 3147:8, 3150:16, 3152:1, 3152:3, 3153:7, 3153:12, 3153:13, 3153:16, 3153:25, 3157:23, 3158:8, 3158:10, 3158:14, 3159:22, 3160:20, 3166:13, 3167:12, 3172:6, 3172:7, 3177:8, 3187:11, 3187:13
**HE'S** [8] - 3138:24, 3138:25, 3139:1, 3140:16, 3142:15, 3152:24, 3158:2, 3160:24
**HEADQUARTERS** [1] - 3179:8
**HEAR** [2] - 3103:20, 3166:20
**HEARD** [4] - 3092:8, 3117:23, 3124:7, 3150:25
**HEARING** [1] - 3177:21
**HEART** [1] - 3175:22
**HEIGHT** [10] - 3097:15, 3108:4, 3115:1, 3117:13, 3145:14, 3151:3, 3155:3, 3173:15
**HEIGHTS** [6] - 3114:1, 3114:9, 3117:20, 3151:18
**HELD** [1] - 3188:20
**HELP** [9] - 3126:7, 3139:21, 3170:20, 3180:14, 3181:1, 3182:2, 3182:5, 3188:5, 3191:20
**HELPED** [1] - 3179:23
**HELPING** [1] - 3186:11
**HELPS** [1] - 3162:19
**HER** [2] - 3174:20, 3176:12
**HERE** [54] - 3098:16, 3099:21, 3099:22, 3099:23, 3100:5, 3100:16, 3101:1, 3101:3, 3102:9, 3104:18, 3105:11, 3109:5, 3110:13,

3111:1, 3111:23, 3114:25, 3116:1, 3117:6, 3118:15, 3119:21, 3125:11, 3128:6, 3128:12, 3128:19, 3128:25, 3129:14, 3129:17, 3130:5, 3132:7, 3132:22, 3132:25, 3135:20, 3138:22, 3141:2, 3147:8, 3153:6, 3159:9, 3160:7, 3160:9, 3160:12, 3160:22, 3163:14, 3164:9, 3165:19, 3171:22, 3175:6, 3176:12, 3178:1, 3178:3, 3178:18, 3178:19

**HEREBY** [1] - 3192:10

**HETEROGENEITY** [1] - 3126:4

**HETEROGENEOUS** [3] - 3125:19, 3126:7, 3139:1

**HIGH** [8] - 3103:7, 3119:9, 3143:2, 3144:25, 3148:11, 3170:5, 3178:3, 3178:21

**HIGHER** [8] - 3103:1, 3134:8, 3138:13, 3138:14, 3147:13, 3149:18, 3155:15, 3190:18

**HIGHLIGHT** [3] - 3109:14, 3110:24, 3116:8

**HIGHLY** [1] - 3119:23

**HIM** [13] - 3104:10, 3115:12, 3147:3, 3147:5, 3147:6, 3152:17, 3168:16, 3172:10, 3172:14, 3172:17, 3174:16, 3174:19

**HIMSELF** [1] - 3154:1

**HIS** [30] - 3115:9, 3115:18, 3117:13, 3118:12, 3118:17, 3118:21, 3138:15, 3139:10, 3139:12, 3140:4, 3140:17, 3142:15, 3146:20, 3147:8, 3150:13, 3150:16, 3152:22, 3152:23, 3152:25, 3153:7, 3153:22,

3154:10, 3165:1, 3165:13, 3167:12, 3168:16, 3169:6, 3169:8, 3177:5, 3177:20

**HISTORY** [3] - 3113:22, 3178:14, 3179:3

**HIT** [1] - 3132:17

**HITTING** [4] - 3101:5, 3132:14, 3136:20, 3137:9

**HOLD** [2] - 3143:19, 3165:5

**HOLES** [1] - 3100:11

**HOMOGENOUS** [1] - 3125:20

**HONESTLY** [1] - 3140:2

**HONEYCUTT** [1] - 3093:11

**HONOR** [42] - 3096:8, 3097:4, 3111:13, 3111:15, 3115:6, 3116:13, 3119:18, 3130:12, 3130:15, 3137:15, 3140:15, 3140:19, 3142:13, 3143:21, 3144:8, 3144:16, 3147:18, 3148:2, 3150:3, 3151:13, 3152:15, 3153:4, 3155:10, 3160:13, 3162:5, 3165:7, 3165:9, 3167:9, 3169:24, 3170:12, 3170:14, 3172:5, 3172:13, 3172:23, 3173:24, 3174:3, 3174:7, 3174:12, 3175:14, 3176:4, 3176:15, 3177:1

**HONORABLE** [1] - 3092:8

**HOPE** [1] - 3092:13

**HORIZONTAL** [2] - 3108:4, 3126:3

**HOUSEKEEPING** [2] - 3096:9, 3096:20

**HOW** [35] - 3099:19, 3102:2, 3103:7, 3103:10, 3110:12, 3110:14, 3110:18, 3113:1, 3114:17, 3119:13, 3128:13, 3128:17, 3138:25, 3139:19, 3145:9, 3148:17, 3148:18, 3155:2, 3164:20,

3164:21, 3168:4, 3171:24, 3174:5, 3174:8, 3174:9, 3174:24, 3175:24, 3177:25, 3181:19, 3185:14, 3186:8, 3188:24, 3189:13, 3190:16

**HOWEVER** [1] - 3133:10

**HUH** [1] - 3149:1

**HURRICANE** [13] - 3097:10, 3097:18, 3100:14, 3105:20, 3107:1, 3114:11, 3123:20, 3154:25, 3177:8, 3180:21, 3184:5, 3184:20, 3191:16

**HYDRAULIC** [10] - 3121:24, 3121:25, 3122:21, 3125:17, 3126:20, 3127:1, 3131:14, 3131:16, 3153:9, 3153:16

**HYDRAULICALLY** [1] - 3131:10

**HYDRAULICALLY-FILLED** [1] - 3131:10

**HYDRODYNAMIC** [8] - 3112:21, 3118:4, 3118:16, 3121:8, 3148:8, 3155:14, 3155:15, 3171:2

**HYDRODYNAMICS** [1] - 3155:1

**HYDROGRAPH** [6] - 3113:18, 3146:4, 3146:10, 3147:11, 3156:1, 3156:23

**HYDROGRAPHIC** [1] - 3171:1

**HYDROGRAPHS** [8] - 3113:8, 3113:11, 3147:2, 3167:20, 3167:21, 3167:22, 3168:9, 3168:24

**HYDROLOGIC** [1] - 3188:10

**HYDROLOGICAL** [1] - 3152:24

**HYDROLOGIST** [1] - 3121:4

**HYDROLOGISTS** [1] - 3182:6

**HYPOTHETICAL** [3] - 3132:20, 3135:8, 3135:11

**HYPOTHETICALLY** [1] - 3132:11

# I

**I** [405] - 3095:2, 3096:1, 3096:8, 3096:11, 3096:20, 3096:24, 3097:2, 3097:4, 3098:19, 3099:2, 3099:3, 3100:6, 3101:8, 3101:16, 3102:2, 3102:14, 3102:15, 3103:20, 3104:5, 3104:10, 3104:13, 3104:23, 3105:25, 3106:3, 3106:7, 3106:8, 3106:15, 3106:19, 3106:25, 3107:14, 3109:1, 3109:4, 3109:10, 3109:12, 3109:24, 3110:3, 3110:6, 3110:22, 3110:23, 3111:5, 3111:13, 3111:15, 3112:23, 3113:21, 3114:7, 3114:24, 3115:8, 3115:11, 3115:13, 3115:21, 3115:25, 3116:3, 3116:4, 3116:14, 3117:5, 3117:15, 3117:22, 3117:23, 3117:24, 3117:25, 3118:9, 3118:19, 3119:5, 3119:15, 3119:18, 3119:20, 3119:21, 3119:22, 3119:23, 3120:4, 3120:7, 3120:8, 3120:12, 3120:13, 3120:15, 3120:16, 3120:19, 3120:21, 3120:22, 3120:23, 3120:24, 3121:1, 3121:2, 3121:3, 3121:4, 3121:16, 3122:6, 3122:18, 3123:8, 3124:3, 3124:22, 3124:25, 3125:5, 3125:8, 3125:9, 3125:10, 3125:19, 3126:14, 3126:18, 3127:3, 3127:5, 3127:14, 3127:15, 3127:16, 3127:23, 3127:25, 3128:2, 3128:5, 3128:12, 3128:18, 3128:19, 3129:1, 3129:11, 3129:16, 3129:23, 3130:5, 3130:9,

3130:11, 3130:13, 3130:15, 3130:16, 3130:18, 3130:22, 3130:24, 3131:1, 3131:10, 3131:13, 3131:16, 3131:25, 3132:19, 3132:20, 3132:21, 3132:22, 3133:13, 3133:17, 3134:1, 3135:19, 3135:21, 3136:23, 3137:3, 3137:18, 3138:11, 3138:17, 3138:21, 3138:22, 3138:23, 3138:24, 3139:13, 3139:17, 3139:23, 3139:25, 3140:1, 3140:8, 3140:11, 3140:18, 3141:1, 3141:9, 3141:15, 3141:23, 3141:25, 3142:7, 3142:12, 3142:14, 3143:19, 3143:22, 3144:15, 3144:16, 3144:17, 3144:18, 3145:2, 3145:4, 3145:6, 3145:7, 3145:8, 3145:20, 3145:25, 3146:1, 3146:6, 3146:7, 3146:9, 3146:12, 3146:17, 3146:20, 3146:24, 3146:25, 3147:2, 3147:6, 3147:14, 3147:17, 3148:2, 3148:12, 3148:17, 3148:18, 3148:20, 3149:8, 3149:17, 3149:23, 3150:5, 3150:6, 3150:15, 3150:18, 3151:8, 3151:9, 3151:19, 3151:22, 3152:1, 3152:2, 3152:10, 3152:11, 3152:12, 3152:16, 3152:17, 3153:1, 3153:4, 3153:6, 3153:8, 3153:21, 3153:22, 3154:6, 3154:7, 3154:8, 3155:8, 3155:10, 3155:25, 3156:4, 3156:6, 3156:8, 3156:12, 3156:22, 3157:5, 3157:20, 3158:5, 3158:9, 3158:16, 3158:19, 3159:2, 3159:9, 3159:12, 3159:15,

3159:21, 3159:22,
3160:6, 3160:17,
3160:19, 3160:22,
3160:24, 3161:3,
3161:10, 3161:21,
3162:5, 3162:8,
3162:14, 3163:1,
3163:4, 3163:16,
3164:13, 3164:14,
3164:25, 3165:2,
3165:6, 3165:14,
3165:18, 3165:21,
3166:9, 3166:11,
3166:16, 3166:20,
3166:22, 3167:4,
3167:6, 3167:8,
3167:9, 3167:14,
3167:18, 3167:19,
3167:20, 3168:4,
3168:7, 3168:9,
3168:15, 3168:23,
3169:4, 3169:5,
3169:13, 3169:16,
3169:18, 3169:22,
3170:2, 3170:7,
3170:11, 3170:14,
3171:23, 3172:3,
3172:5, 3172:7,
3172:10, 3172:14,
3172:17, 3172:18,
3172:20, 3172:21,
3172:24, 3173:3,
3173:24, 3174:2,
3174:5, 3174:9,
3174:12, 3174:24,
3175:9, 3175:23,
3176:10, 3176:11,
3176:17, 3176:24,
3176:25, 3177:2,
3177:18, 3177:19,
3177:20, 3178:1,
3178:3, 3178:6,
3178:8, 3178:11,
3178:12, 3178:18,
3179:18, 3179:23,
3180:19, 3181:11,
3181:15, 3182:8,
3182:11, 3183:5,
3183:16, 3183:19,
3184:6, 3184:18,
3184:25, 3187:20,
3187:21, 3187:22,
3189:17, 3190:5,
3191:8, 3191:17,
3192:9

**I'D** [1] - 3129:1

**I'LL** [16] - 3106:18,
3124:6, 3128:9,
3128:19, 3133:22,
3136:8, 3137:16,
3137:22, 3140:5,

3150:8, 3152:5,
3158:16, 3159:22,
3167:15, 3167:16,
3185:5

**I'M** [17] - 3098:21,
3119:24, 3120:15,
3120:23, 3127:14,
3132:11, 3141:22,
3144:1, 3151:10,
3152:10, 3152:13,
3155:6, 3171:20,
3172:16, 3174:2,
3185:12, 3191:24

**I'VE** [9] - 3116:1,
3116:23, 3150:7,
3178:19, 3179:4,
3179:5, 3179:6,
3179:11, 3181:16

**IBOS** [3] - 3094:16,
3192:9, 3192:17

**IDEA** [3] - 3116:11,
3181:19, 3190:22

**IDENTICAL** [1] -
3167:23

**IDENTIFIES** [1] -
3191:9

**IDENTIFY** [3] -
3130:25, 3186:11,
3188:8

**IF** [100] - 3098:24,
3099:21, 3100:19,
3100:21, 3101:8,
3102:6, 3102:10,
3103:7, 3106:5,
3106:13, 3107:25,
3108:8, 3109:14,
3110:24, 3111:13,
3111:18, 3111:22,
3112:12, 3112:15,
3112:18, 3113:3,
3113:4, 3114:20,
3115:15, 3115:21,
3116:2, 3116:4,
3116:6, 3117:6,
3117:20, 3117:23,
3118:1, 3118:15,
3119:2, 3119:3,
3119:16, 3120:20,
3120:23, 3126:12,
3127:9, 3127:10,
3127:14, 3128:6,
3129:7, 3129:21,
3130:24, 3132:11,
3133:15, 3133:16,
3134:21, 3135:3,
3136:11, 3138:6,
3138:21, 3140:4,
3141:7, 3141:14,
3142:18, 3143:11,
3145:6, 3146:20,

3148:20, 3148:24,
3150:5, 3151:9,
3152:19, 3153:22,
3158:4, 3159:22,
3160:24, 3168:10,
3168:24, 3170:7,
3170:14, 3171:6,
3172:7, 3172:8,
3172:9, 3172:14,
3172:17, 3172:22,
3173:18, 3174:7,
3174:10, 3175:5,
3175:10, 3175:13,
3183:1, 3184:18,
3185:10, 3185:14,
3185:20, 3186:11,
3186:12, 3186:16,
3188:16

**IHNC** [18] - 3120:22,
3121:12, 3152:6,
3152:12, 3152:19,
3152:23, 3153:7,
3153:10, 3153:15,
3153:19, 3154:11,
3154:16, 3154:23,
3155:23, 3156:6,
3157:3, 3157:8,
3158:1

**II** [2] - 3093:19,
3094:1

**ILL** [1] - 3174:4

**ILLUMINATE** [1] -
3116:11

**ILLUMINATING** [1] -
3116:11

**IMMEDIATELY** [2] -
3099:5, 3105:3

**IMPACT** [3] -
3103:25, 3116:22,
3118:4

**IMPACTS** [1] -
3137:10

**IMPEACHMENT** [1] -
3153:1

**IMPLEMENTATION**
[1] - 3187:6

**IMPLEMENTED** [3] -
3185:12, 3186:7,
3191:15

**IMPLEMENTING** [2]
- 3187:15, 3189:14

**IMPORTANT** [6] -
3133:24, 3134:25,
3141:1, 3154:22,
3154:24, 3162:3

**IMPROVE** [1] -
3180:14

**IN** [317] - 3096:5,
3096:15, 3096:16,
3098:7, 3098:14,

3098:15, 3099:3,
3099:18, 3099:19,
3099:23, 3100:4,
3100:6, 3100:9,
3100:11, 3100:16,
3101:25, 3102:2,
3102:3, 3102:5,
3102:6, 3102:8,
3102:9, 3102:25,
3103:1, 3103:4,
3103:5, 3103:7,
3103:17, 3104:1,
3104:6, 3104:23,
3105:2, 3105:9,
3105:15, 3105:17,
3105:22, 3106:9,
3106:10, 3107:5,
3107:6, 3107:14,
3107:18, 3107:19,
3108:18, 3109:10,
3109:25, 3110:4,
3110:21, 3111:5,
3111:10, 3111:12,
3111:22, 3112:4,
3112:5, 3112:22,
3113:9, 3113:18,
3113:24, 3114:8,
3114:10, 3114:11,
3115:9, 3116:22,
3116:23, 3117:2,
3117:6, 3117:10,
3117:12, 3117:16,
3118:3, 3118:12,
3118:16, 3118:17,
3118:19, 3120:6,
3120:8, 3120:12,
3120:20, 3121:7,
3121:22, 3122:7,
3122:8, 3123:9,
3123:13, 3123:19,
3124:9, 3125:1,
3125:3, 3125:10,
3126:7, 3126:15,
3126:16, 3126:18,
3126:24, 3127:12,
3127:15, 3127:16,
3129:5, 3129:24,
3131:19, 3131:22,
3132:5, 3132:25,
3133:5, 3133:11,
3133:13, 3134:7,
3134:11, 3134:13,
3134:14, 3134:17,
3134:25, 3135:3,
3136:1, 3136:25,
3137:14, 3137:19,
3138:1, 3138:15,
3139:7, 3139:17,
3140:3, 3140:4,
3140:5, 3141:2,
3141:18, 3142:16,

3142:22, 3143:2,
3143:9, 3143:12,
3143:13, 3143:17,
3144:15, 3144:17,
3144:18, 3145:12,
3145:22, 3146:1,
3146:3, 3146:6,
3146:14, 3146:18,
3146:20, 3146:23,
3147:2, 3147:8,
3148:1, 3148:6,
3148:7, 3148:8,
3148:9, 3148:10,
3148:15, 3148:18,
3148:20, 3149:4,
3149:12, 3150:7,
3150:8, 3150:13,
3152:2, 3152:8,
3152:20, 3152:23,
3152:25, 3153:14,
3153:21, 3153:24,
3154:15, 3154:16,
3154:18, 3154:20,
3155:23, 3156:8,
3156:22, 3157:13,
3157:20, 3157:21,
3157:23, 3158:8,
3158:17, 3159:6,
3159:15, 3161:15,
3161:20, 3162:16,
3163:17, 3164:2,
3164:6, 3164:13,
3164:22, 3164:23,
3165:8, 3165:12,
3165:24, 3166:12,
3167:19, 3169:18,
3170:9, 3171:3,
3171:8, 3171:10,
3171:20, 3171:21,
3171:22, 3171:24,
3173:8, 3173:9,
3175:5, 3175:16,
3176:8, 3176:20,
3177:1, 3177:3,
3177:5, 3177:14,
3177:20, 3177:25,
3178:3, 3178:8,
3178:12, 3178:16,
3178:18, 3178:19,
3178:23, 3178:24,
3178:25, 3179:4,
3179:5, 3179:6,
3179:7, 3179:11,
3179:12, 3179:13,
3179:17, 3179:18,
3179:20, 3179:24,
3180:13, 3180:14,
3180:15, 3180:20,
3180:21, 3180:25,
3181:6, 3181:11,
3181:14, 3181:15,

3181:17, 3181:19, 3181:21, 3181:23, 3182:3, 3182:6, 3182:10, 3182:12, 3183:2, 3183:13, 3183:21, 3183:24, 3184:7, 3184:8, 3184:12, 3184:17, 3185:22, 3186:11, 3186:22, 3186:25, 3187:1, 3187:8, 3187:12, 3187:15, 3188:4, 3189:5, 3189:17, 3189:18, 3189:23, 3190:5, 3190:15, 3190:18, 3190:20, 3190:21, 3190:23, 3191:4, 3191:5, 3191:9, 3191:13, 3191:19, 3192:12

**INACCURATE** [3] - 3145:14, 3145:24, 3145:25

**INCHES** [1] - 3114:8

**INCLUDE** [1] - 3112:8

**INCLUDED** [2] - 3103:17, 3177:9

**INCLUSION** [1] - 3189:8

**INCONSISTENCY** [2] - 3153:2, 3167:25

**INCONSISTENT** [1] - 3170:8

**INCREASE** [1] - 3098:7

**INCREASED** [1] - 3096:17

**INDEPENDENT** [2] - 3115:12, 3156:10

**INDICATE** [1] - 3154:14

**INDICATES** [3] - 3101:20, 3129:11, 3167:12

**INDICATING** [16] - 3099:1, 3100:23, 3109:5, 3128:12, 3128:25, 3129:18, 3132:23, 3133:1, 3159:10, 3160:11, 3163:15, 3164:10, 3166:1, 3166:7, 3166:8, 3171:22

**INDICATING)** [20] - 3098:18, 3100:1, 3100:5, 3100:16, 3101:4, 3101:18, 3102:9, 3104:18,

3105:10, 3106:11, 3110:13, 3112:1, 3129:24, 3130:5, 3132:10, 3160:8, 3160:9, 3161:5, 3171:17

**INDICATIONS** [1] - 3127:4

**INDUCED** [1] - 3101:10

**INDUSTRY** [2] - 3116:23, 3123:3

**INEXORABLY** [1] - 3163:23

**INFLOW** [1] - 3101:21

**INFLOWS** [1] - 3097:10

**INFLUENCING** [1] - 3134:25

**INFORMATION** [3] - 3144:22, 3159:12, 3189:3

**INFORMED** [1] - 3176:10

**INITIAL** [2] - 3098:16, 3190:5

**INITIALLY** [1] - 3157:24

**INITIATE** [2] - 3136:2, 3136:13

**INITIATED** [2] - 3136:21, 3163:13

**INSIGNIFICANT** [1] - 3119:11

**INSTALLING** [1] - 3097:12

**INSTANCES** [1] - 3150:7

**INSTANTANEOUS** [1] - 3164:17

**INSTEAD** [1] - 3121:11

**INSTRUCTED** [1] - 3166:13

**INSURERS** [1] - 3093:22

**INTENDED** [1] - 3186:10

**INTENSE** [1] - 3132:17

**INTENTIONAL** [1] - 3120:21

**INTEREST** [5] - 3178:21, 3185:20, 3185:21, 3186:11, 3186:13

**INTERESTED** [2] - 3178:16, 3178:19

**INTERESTING** [4] -

3098:21, 3104:10, 3105:3, 3119:23

**INTERNAL** [2] - 3108:19, 3126:10

**INTERNATIONAL** [1] - 3178:9

**INTERPRET** [2] - 3137:21, 3142:23

**INTERPRETATION** [1] - 3170:2

**INTO** [13] - 3100:15, 3101:2, 3108:21, 3116:13, 3124:13, 3129:6, 3139:1, 3140:18, 3151:11, 3163:14, 3177:19, 3178:21, 3181:13

**INTRODUCED** [1] - 3177:19

**INVESTIGATE** [3] - 3184:15, 3185:7, 3185:23

**INVESTIGATION** [2] - 3142:9, 3185:24

**INVESTIGATIONS** [1] - 3189:6

**INVITE** [1] - 3188:21

**INVOLVED** [9] - 3116:23, 3152:2, 3152:7, 3153:23, 3153:24, 3178:16, 3180:3, 3180:23, 3181:3

**INVOLVEMENT** [1] - 3151:23

**IPET** [23] - 3122:3, 3122:6, 3122:25, 3123:6, 3123:23, 3125:10, 3141:24, 3142:2, 3142:10, 3142:15, 3143:2, 3145:6, 3145:23, 3146:9, 3152:6, 3152:14, 3155:23, 3155:25, 3156:3, 3157:18, 3157:20, 3158:22, 3171:2

**IS** [250] - 3096:16, 3096:19, 3096:21, 3096:25, 3097:20, 3097:23, 3099:6, 3100:5, 3100:17, 3100:18, 3100:24, 3101:5, 3101:12, 3101:23, 3101:24, 3101:25, 3102:2, 3102:3, 3102:15, 3102:16, 3102:21, 3103:1, 3103:3, 3103:7, 3103:15,

3104:4, 3104:22, 3104:24, 3104:25, 3105:11, 3106:3, 3107:23, 3108:7, 3109:2, 3109:3, 3109:4, 3109:10, 3110:1, 3110:6, 3110:7, 3110:10, 3110:19, 3110:22, 3110:23, 3111:7, 3111:10, 3111:23, 3111:24, 3112:5, 3112:14, 3112:15, 3113:3, 3113:8, 3113:14, 3113:15, 3114:2, 3114:7, 3114:9, 3114:18, 3114:25, 3115:4, 3115:9, 3115:10, 3115:21, 3115:23, 3116:1, 3116:2, 3116:3, 3116:6, 3116:7, 3116:11, 3116:20, 3116:21, 3117:5, 3117:6, 3117:7, 3118:14, 3118:23, 3119:23, 3120:3, 3120:8, 3120:9, 3120:21, 3121:25, 3122:10, 3123:11, 3124:7, 3124:11, 3124:16, 3124:19, 3124:20, 3124:25, 3125:12, 3125:14, 3125:19, 3126:15, 3126:19, 3126:20, 3126:24, 3127:23, 3128:2, 3128:6, 3128:13, 3128:19, 3129:17, 3131:19, 3131:22, 3132:2, 3132:8, 3132:13, 3132:19, 3133:4, 3133:5, 3135:1, 3135:2, 3136:8, 3136:25, 3137:1, 3137:11, 3137:14, 3138:21, 3141:1, 3141:14, 3141:18, 3142:16, 3142:23, 3142:25, 3144:5, 3146:6, 3146:10, 3146:11, 3147:4, 3147:7, 3147:20, 3148:14, 3149:22, 3150:1, 3151:2, 3152:21, 3152:22, 3153:1, 3153:2, 3154:11, 3154:12, 3154:22, 3154:24, 3156:22,

3157:3, 3157:7, 3158:24, 3159:1, 3160:10, 3160:13, 3160:18, 3160:23, 3161:4, 3161:22, 3161:25, 3162:12, 3162:16, 3163:4, 3163:13, 3163:18, 3164:16, 3164:17, 3167:14, 3167:18, 3167:24, 3167:25, 3168:3, 3168:4, 3168:14, 3168:20, 3168:21, 3169:5, 3169:20, 3169:22, 3170:3, 3170:4, 3170:8, 3170:21, 3170:24, 3171:3, 3171:16, 3172:4, 3172:22, 3172:24, 3173:9, 3173:16, 3173:22, 3174:4, 3175:12, 3175:19, 3177:2, 3177:3, 3178:14, 3181:13, 3183:6, 3183:8, 3183:17, 3183:20, 3183:21, 3184:5, 3184:6, 3184:9, 3184:22, 3185:2, 3185:9, 3185:17, 3186:10, 3186:11, 3186:12, 3186:13, 3186:16, 3186:20, 3186:21, 3187:8, 3187:24, 3188:13, 3188:14, 3188:16, 3188:25, 3189:12, 3189:22, 3189:23, 3189:24, 3190:1, 3190:15, 3190:22, 3190:23, 3191:4, 3192:11

**ISLAND** [6] - 3178:11, 3178:24, 3178:25, 3180:20, 3181:1, 3181:2

**ISLANDS** [1] - 3179:25

**ISN'T** [3] - 3158:24, 3169:2, 3173:2

**ISSUE** [2] - 3124:18, 3124:19

**ISSUES** [2] - 3178:17, 3182:1

**IT** [248] - 3096:12, 3097:13, 3098:1, 3098:13, 3099:5, 3099:9, 3099:14, 3099:23, 3100:1,

3100:18, 3100:20,
3100:21, 3101:1,
3101:2, 3101:15,
3101:17, 3101:18,
3102:7, 3103:18,
3103:23, 3104:5,
3104:6, 3104:19,
3104:23, 3104:24,
3105:11, 3105:17,
3106:12, 3106:20,
3107:3, 3107:5,
3107:8, 3107:18,
3108:3, 3109:7,
3109:10, 3109:23,
3110:13, 3111:12,
3112:4, 3112:7,
3113:2, 3114:12,
3114:23, 3115:2,
3115:14, 3115:24,
3116:1, 3116:3,
3116:6, 3116:17,
3116:23, 3117:2,
3117:19, 3118:3,
3119:2, 3119:6,
3119:12, 3119:15,
3121:4, 3122:5,
3123:8, 3123:21,
3124:19, 3124:22,
3125:19, 3126:11,
3128:9, 3129:2,
3129:5, 3129:11,
3129:16, 3129:20,
3129:22, 3130:2,
3130:4, 3130:9,
3130:11, 3130:12,
3130:13, 3130:17,
3130:18, 3130:24,
3130:25, 3131:2,
3131:10, 3131:14,
3131:16, 3132:5,
3132:7, 3132:25,
3133:3, 3133:4,
3133:5, 3133:7,
3133:9, 3133:10,
3133:11, 3134:23,
3135:2, 3135:25,
3136:5, 3136:7,
3136:9, 3136:10,
3136:12, 3136:14,
3136:17, 3137:2,
3137:8, 3137:14,
3137:19, 3138:21,
3139:3, 3139:22,
3140:5, 3142:7,
3142:10, 3142:15,
3142:23, 3143:12,
3144:23, 3145:5,
3145:7, 3145:20,
3146:7, 3146:9,
3146:11, 3146:22,
3147:2, 3148:8,

3148:9, 3148:15,
3148:17, 3148:20,
3148:21, 3148:22,
3148:24, 3150:6,
3150:12, 3150:21,
3150:22, 3151:8,
3151:9, 3151:13,
3152:2, 3154:6,
3154:12, 3154:22,
3154:24, 3155:19,
3156:3, 3156:13,
3156:21, 3157:13,
3157:14, 3157:21,
3158:2, 3158:3,
3158:7, 3158:8,
3158:24, 3159:6,
3159:21, 3159:22,
3160:18, 3160:23,
3161:2, 3162:17,
3162:18, 3162:19,
3162:20, 3163:16,
3163:17, 3163:21,
3163:24, 3164:17,
3164:19, 3164:21,
3166:5, 3166:7,
3166:10, 3167:24,
3168:4, 3168:20,
3168:21, 3168:22,
3169:9, 3170:11,
3171:10, 3171:22,
3172:9, 3172:21,
3173:21, 3174:8,
3174:10, 3175:3,
3175:5, 3175:15,
3176:11, 3176:23,
3179:3, 3180:4,
3180:24, 3182:8,
3183:21, 3183:23,
3185:9, 3185:10,
3185:17, 3185:19,
3186:1, 3186:23,
3187:3, 3187:5,
3187:12, 3188:4,
3188:6, 3188:19,
3188:20, 3189:16,
3190:9, 3191:20

**IT'LL** [1] - 3098:8

**IT'S** [88] - 3097:21,
3098:7, 3098:15,
3099:23, 3100:7,
3101:2, 3101:14,
3102:16, 3103:9,
3103:18, 3103:21,
3103:22, 3104:5,
3104:9, 3105:2,
3106:19, 3108:4,
3109:4, 3110:11,
3110:12, 3110:15,
3110:20, 3111:23,
3114:12, 3115:13,
3115:15, 3115:22,

3116:3, 3116:10,
3116:22, 3116:24,
3117:25, 3120:15,
3122:6, 3125:17,
3126:12, 3126:18,
3128:16, 3129:1,
3130:10, 3130:16,
3130:22, 3131:1,
3132:2, 3132:4,
3138:20, 3139:12,
3140:4, 3141:1,
3141:4, 3141:9,
3141:20, 3143:11,
3147:19, 3150:6,
3150:8, 3151:6,
3151:7, 3151:9,
3153:4, 3154:4,
3155:3, 3155:25,
3156:25, 3159:6,
3159:23, 3163:21,
3164:12, 3164:16,
3164:21, 3165:11,
3167:25, 3169:9,
3175:8, 3183:21,
3184:14, 3185:4,
3185:17, 3185:18,
3186:4, 3186:22,
3187:1, 3187:17,
3189:19, 3190:10,
3190:12

**ITS** [5] - 3099:24,
3100:2, 3115:14,
3128:25, 3164:16

**ITSELF** [3] -
3178:19, 3189:9,
3191:9

## J

**J** [1] - 3094:1
**JAGGED** [1] -
3102:21
**JAMES** [2] - 3093:1,
3094:8
**JANUARY** [1] -
3109:2
**JEFFERSON** [1] -
3093:2
**JEFFREY** [1] -
3094:6
**JET** [1] - 3098:3
**JET-LIKE** [1] -
3098:3
**JOB** [1] - 3178:24
**JOBS** [1] - 3181:23
**JOHN** [2] - 3094:12,
3183:7
**JOINED** [2] -
3179:18, 3181:11
**JOINING** [1] - 3177:6
**JONATHAN** [1] -

3092:19
**JOSEPH** [2] -
3092:16, 3092:16
**JOSHUA** [1] -
3093:15
**JR** [7] - 3092:8,
3093:5, 3093:12,
3093:18, 3093:18,
3094:5, 3094:8
**JUDGE** [1] - 3092:8
**JULY** [1] - 3115:3
**JURIDICAL** [1] -
3145:2
**JUST** [76] - 3096:11,
3098:19, 3099:7,
3099:8, 3099:18,
3099:25, 3102:12,
3102:18, 3104:13,
3105:25, 3106:2,
3106:25, 3107:21,
3109:12, 3111:7,
3111:19, 3115:11,
3115:25, 3116:14,
3119:20, 3119:22,
3119:24, 3120:14,
3123:8, 3126:14,
3127:14, 3127:16,
3128:5, 3128:9,
3128:19, 3130:13,
3130:24, 3130:25,
3131:10, 3132:9,
3132:22, 3136:23,
3137:5, 3137:19,
3138:4, 3139:25,
3140:8, 3140:20,
3143:22, 3144:16,
3148:17, 3149:4,
3150:22, 3153:5,
3153:11, 3154:10,
3155:8, 3156:24,
3159:18, 3159:19,
3162:19, 3163:1,
3164:6, 3164:8,
3165:5, 3165:11,
3171:10, 3172:6,
3172:20, 3172:21,
3173:9, 3174:8,
3174:24, 3175:4,
3175:18, 3176:13,
3177:17, 3184:18,
3185:17, 3190:11
**JUSTICE** [1] - 3094:4
**JX** [24] - 3096:12,
3097:23, 3110:6,
3111:6, 3113:8,
3128:2, 3129:8,
3134:21, 3141:14,
3143:21, 3143:24,
3146:8, 3146:10,
3146:17, 3147:7,

3148:23, 3149:9,
3149:21, 3154:10,
3157:1, 3159:3,
3161:9, 3171:16,
3172:4

## K

**K** [2] - 3094:9,
3094:11
**KALIMAH** [1] -
3094:6
**KARA** [2] - 3094:9,
3176:15
**KAREN** [3] -
3094:16, 3192:9,
3192:17
**KATRINA** [28] -
3097:10, 3097:18,
3102:21, 3105:20,
3107:1, 3110:21,
3113:2, 3121:9,
3121:12, 3122:17,
3124:23, 3141:21,
3143:14, 3147:12,
3153:17, 3154:25,
3156:23, 3158:20,
3167:20, 3167:22,
3168:24, 3173:15,
3177:8, 3183:25,
3184:5, 3184:11,
3184:21, 3191:16
**KEA** [1] - 3092:20
**KEEP** [2] - 3140:5,
3163:21
**KEEPING** [1] -
3177:1
**KELLS** [1] - 3094:7
**KEMP** [4] - 3108:25,
3110:4, 3110:22,
3111:7
**KEMP'S** [1] - 3109:2
**KEY** [2] - 3125:11,
3132:3
**KIND** [7] - 3098:20,
3100:18, 3104:25,
3126:10, 3126:11,
3150:21, 3185:2
**KNEW** [3] - 3145:13,
3145:23, 3145:25
**KNOW** [45] - 3106:5,
3106:13, 3106:15,
3110:12, 3115:11,
3116:3, 3117:23,
3119:20, 3119:22,
3119:24, 3120:12,
3130:9, 3130:12,
3131:13, 3131:16,
3133:18, 3138:21,
3141:23, 3147:4,
3148:17, 3150:18,

DAILY COPY

3151:22, 3152:3,
3156:3, 3156:6,
3158:4, 3158:5,
3158:7, 3158:9,
3160:22, 3161:3,
3164:20, 3167:21,
3169:4, 3170:11,
3172:8, 3172:9,
3172:22, 3174:12,
3177:18, 3178:18,
3188:16, 3189:21,
3190:10, 3191:22
  **KNOWN** [2] - 3122:9,
3186:10
  **KNOWS** [1] -
3165:12

# L

  **L** [2] - 3176:25
  **LA** [9] - 3092:17,
3092:21, 3093:3,
3093:6, 3093:10,
3093:13, 3093:16,
3093:20, 3094:3
  **LAB** [2] - 3178:24,
3179:5
  **LABEL** [1] - 3130:13
  **LACK** [1] - 3128:9
  **LAFAYETTE** [1] -
3093:3
  **LAKE** [2] - 3180:8,
3191:19
  **LAND** [3] - 3133:10,
3133:11, 3171:19
  **LARGE** [4] -
3098:16, 3108:8,
3171:20, 3190:9
  **LARGER** [2] -
3101:2, 3101:9
  **LASER** [1] - 3128:5
  **LAST** [4] - 3136:25,
3137:1, 3149:5,
3174:24
  **LATE** [2] - 3106:9,
3181:11
  **LATTER** [1] - 3189:7
  **LAW** [7] - 3092:16,
3092:19, 3093:4,
3093:7, 3093:18,
3188:3, 3188:18
  **LAWN** [1] - 3092:23
  **LAWYER** [1] -
3172:20
  **LAWYER'S** [1] -
3093:8
  **LAWYERS** [1] -
3169:14
  **LAY** [2] - 3099:25,
3115:25
  **LCA** [3] - 3183:8,

3184:3, 3184:21
  **LEAD** [6] - 3144:21,
3181:22, 3182:2,
3182:11, 3182:12,
3188:6
  **LEAN** [11] - 3103:18,
3103:21, 3103:22,
3107:22, 3107:23,
3108:9, 3108:17,
3108:18, 3109:23,
3125:24, 3129:2
  **LEAST** [2] - 3131:6,
3135:20
  **LEAVE** [2] - 3140:18,
3160:2
  **LED** [3] - 3096:15,
3124:13, 3181:5
  **LEFT** [5] - 3099:8,
3100:9, 3111:25,
3129:21
  **LEGEND** [1] -
3107:21
  **LEGISLATION** [1] -
3190:2
  **LEGISLATIVE** [1] -
3178:14
  **LENGTHY** [2] -
3116:9, 3116:16
  **LESS** [8] - 3110:17,
3114:8, 3127:10,
3129:21, 3145:18,
3145:20, 3170:4
  **LET** [22] - 3115:14,
3119:20, 3119:22,
3119:24, 3136:8,
3138:1, 3142:1,
3150:8, 3151:16,
3152:17, 3153:5,
3153:19, 3156:15,
3157:5, 3158:17,
3159:22, 3160:1,
3161:12, 3168:16,
3169:19, 3174:13,
3177:17
  **LET'S** [61] - 3097:22,
3098:10, 3101:23,
3102:6, 3103:14,
3105:4, 3105:14,
3107:13, 3107:14,
3109:13, 3110:5,
3113:7, 3113:23,
3115:17, 3116:16,
3121:24, 3125:9,
3125:16, 3128:5,
3129:7, 3133:24,
3134:21, 3134:22,
3135:5, 3140:24,
3141:14, 3141:15,
3142:23, 3144:12,
3145:12, 3146:8,

3147:7, 3147:15,
3148:23, 3149:9,
3150:12, 3152:6,
3154:10, 3155:21,
3159:3, 3160:7,
3160:8, 3160:9,
3161:9, 3161:11,
3162:11, 3162:14,
3165:3, 3168:6,
3168:8, 3169:5,
3171:15, 3173:7,
3173:12, 3173:13
  **LEVEE** [73] -
3097:15, 3098:2,
3098:3, 3098:5,
3102:12, 3102:19,
3102:22, 3103:25,
3104:7, 3104:17,
3105:18, 3105:22,
3105:24, 3107:5,
3107:6, 3107:8,
3107:10, 3110:10,
3111:3, 3115:1,
3117:13, 3117:17,
3118:23, 3119:3,
3119:4, 3119:10,
3121:20, 3122:22,
3126:1, 3126:2,
3126:8, 3126:16,
3127:18, 3128:20,
3129:22, 3130:10,
3130:16, 3130:19,
3130:20, 3130:22,
3131:2, 3131:4,
3131:5, 3131:6,
3131:10, 3131:23,
3132:4, 3134:12,
3134:13, 3134:15,
3135:1, 3135:12,
3135:14, 3136:4,
3136:21, 3138:8,
3138:22, 3139:3,
3146:7, 3149:12,
3156:5, 3159:16,
3161:15, 3163:5,
3163:9, 3163:15,
3163:23, 3163:25,
3164:2, 3168:13,
3170:3, 3181:22
  **LEVEES** [47] -
3096:13, 3096:15,
3112:11, 3112:16,
3114:11, 3119:6,
3119:15, 3120:24,
3121:12, 3122:8,
3122:23, 3123:13,
3123:19, 3124:4,
3124:17, 3124:23,
3125:12, 3126:25,
3127:21, 3133:25,
3134:2, 3134:18,

3135:7, 3135:21,
3136:13, 3137:2,
3137:9, 3138:1,
3138:16, 3138:18,
3138:24, 3139:2,
3139:6, 3139:15,
3139:21, 3141:10,
3141:23, 3145:9,
3145:16, 3152:3,
3153:17, 3161:12,
3161:13, 3168:11,
3170:24
  **LEVEL** [15] -
3096:16, 3096:17,
3097:13, 3097:14,
3135:15, 3136:5,
3136:18, 3142:15,
3142:16, 3145:23,
3153:21, 3154:15,
3154:16, 3155:15
  **LEVELS** [2] -
3153:23, 3154:5
  **LEVINE** [59] -
3094:8, 3095:7,
3095:9, 3096:8,
3096:11, 3096:20,
3096:24, 3097:2,
3097:4, 3097:6,
3097:8, 3099:17,
3103:24, 3104:12,
3105:4, 3105:8,
3106:24, 3111:13,
3111:15, 3111:17,
3115:16, 3115:25,
3116:13, 3116:18,
3116:19, 3119:18,
3123:17, 3130:16,
3130:21, 3131:4,
3138:20, 3139:9,
3140:3, 3140:7,
3140:11, 3140:15,
3143:16, 3143:23,
3143:25, 3144:2,
3151:4, 3151:6,
3152:9, 3152:15,
3152:21, 3153:25,
3157:25, 3159:19,
3162:21, 3166:17,
3166:19, 3170:14,
3170:17, 3170:19,
3172:10, 3172:14,
3172:17, 3173:6,
3173:24
  **LIBRARY** [1] -
3178:25
  **LIDAR** [8] - 3102:15,
3102:24, 3103:4,
3103:5, 3104:1,
3111:19, 3112:5,
3173:14

  **LIFE** [1] - 3178:20
  **LIFT** [4] - 3106:5,
3106:8, 3106:10,
3106:13
  **LIKE** [22] - 3098:3,
3100:19, 3101:3,
3102:7, 3102:18,
3108:17, 3126:10,
3129:20, 3130:22,
3132:9, 3138:4,
3138:22, 3139:22,
3150:6, 3157:13,
3157:14, 3160:6,
3165:25, 3166:6,
3174:7, 3185:22,
3186:6
  **LIMBS** [1] - 3120:3
  **LIMITED** [1] -
3115:14
  **LINE** [25] - 3102:18,
3102:21, 3109:14,
3112:2, 3128:6,
3142:23, 3142:25,
3143:5, 3143:9,
3143:11, 3143:16,
3143:17, 3144:3,
3144:9, 3144:12,
3148:24, 3149:24,
3165:24, 3167:2,
3171:9, 3183:14,
3183:15
  **LINES** [2] - 3144:13,
3171:9
  **LIST** [6] - 3187:5,
3188:18, 3189:9,
3189:11, 3190:11,
3191:12
  **LISTED** [1] - 3190:16
  **LISTS** [2] - 3190:4,
3190:11
  **LITIGATION** [1] -
3094:1
  **LITTLE** [21] - 3108:8,
3109:12, 3114:8,
3117:23, 3124:6,
3125:9, 3126:10,
3128:6, 3129:23,
3129:24, 3130:21,
3132:22, 3135:5,
3153:6, 3162:11,
3171:20, 3171:25,
3175:19, 3175:21,
3180:22, 3182:8
  **LIVED** [1] - 3177:25
  **LLC** [2] - 3093:4,
3093:22
  **LOADING** [1] -
3155:1
  **LOCAL** [3] - 3123:3,
3185:20, 3189:25

**LOCATED** [5] - 3100:25, 3106:10, 3111:25, 3190:25, 3191:1

**LOCATION** [40] - 3099:20, 3102:16, 3102:23, 3103:1, 3103:5, 3103:15, 3104:8, 3104:24, 3105:1, 3105:5, 3105:9, 3105:14, 3105:16, 3105:17, 3107:3, 3109:6, 3109:17, 3110:4, 3110:23, 3111:5, 3111:7, 3111:10, 3111:23, 3112:3, 3125:3, 3148:13, 3149:12, 3157:25, 3159:15, 3160:2, 3165:25, 3172:15, 3172:18, 3173:12, 3173:15, 3173:19, 3173:21, 3185:6

**LOCATIONS** [9] - 3102:11, 3107:3, 3108:6, 3127:25, 3138:11, 3166:6, 3171:10, 3183:3

**LOCK** [1] - 3156:1

**LODGE** [1] - 3159:20

**LONG** [6] - 3155:2, 3164:20, 3164:21, 3174:5, 3174:9, 3177:25

**LOOK** [69] - 3097:22, 3098:10, 3100:6, 3100:21, 3101:23, 3102:7, 3103:14, 3104:12, 3105:14, 3106:18, 3107:13, 3107:14, 3109:1, 3109:3, 3109:13, 3110:3, 3110:6, 3110:22, 3110:23, 3111:5, 3111:6, 3113:7, 3113:23, 3115:17, 3117:22, 3117:24, 3118:2, 3118:15, 3118:19, 3119:5, 3119:23, 3125:16, 3129:7, 3131:13, 3141:14, 3141:15, 3141:22, 3143:20, 3143:22, 3145:6, 3146:8, 3146:10, 3147:7, 3148:23, 3153:5, 3155:25, 3156:4, 3156:14, 3156:15,

3158:15, 3160:8, 3160:24, 3162:14, 3165:3, 3167:23, 3168:6, 3168:8, 3168:9, 3169:5, 3170:11, 3171:15, 3172:3, 3173:7, 3173:12, 3173:14, 3173:18, 3188:23, 3191:20

**LOOKED** [8] - 3121:19, 3121:20, 3121:21, 3133:4, 3159:4, 3162:14, 3167:20, 3191:23

**LOOKING** [7] - 3099:21, 3105:6, 3116:25, 3148:8, 3153:6, 3169:18, 3174:2

**LOOKS** [4] - 3129:20, 3147:10, 3157:13, 3157:14

**LOS** [1] - 3092:14

**LOSE** [2] - 3103:11, 3103:13

**LOSS** [4] - 3119:3, 3164:2, 3188:8, 3190:19

**LOSSES** [1] - 3191:9

**LOST** [6] - 3098:14, 3098:17, 3099:7, 3099:23, 3100:1, 3103:12

**LOT** [6] - 3108:21, 3116:23, 3124:7, 3142:8, 3169:1, 3178:19

**LOUIS** [1] - 3174:20

**LOUISIANA** [21] - 3092:1, 3092:4, 3094:17, 3177:9, 3177:16, 3179:12, 3180:1, 3180:20, 3181:8, 3182:14, 3182:22, 3183:8, 3184:8, 3184:13, 3184:16, 3186:23, 3186:25, 3187:2, 3187:17, 3189:24, 3192:10

**LOW** [3] - 3107:12, 3119:7, 3173:22

**LOWER** [5] - 3124:14, 3127:14, 3138:12, 3154:15, 3171:12

**LOWERED** [2] - 3133:7, 3152:3

**LOWERING** [1] -

3171:8

**LPV** [5] - 3122:4, 3123:1, 3123:9, 3153:10, 3161:15

**LS** [13] - 3115:18, 3115:21, 3116:2, 3116:3, 3116:7, 3116:10, 3116:14, 3116:20, 3116:21, 3117:7, 3117:10, 3117:16, 3117:17

**LS-DYNA** [13] - 3115:18, 3115:21, 3116:2, 3116:3, 3116:7, 3116:10, 3116:14, 3116:20, 3116:21, 3117:7, 3117:10, 3117:16, 3117:17

**LS/DYNA** [1] - 3115:18

**LUNCH** [3] - 3174:7, 3191:24, 3192:4

## M

**M** [4] - 3092:16, 3092:16, 3093:15, 3176:25

**M-I-L-L-E-R** [1] - 3176:25

**MADE** [11] - 3104:7, 3111:3, 3128:15, 3130:4, 3138:2, 3145:25, 3156:16, 3158:2, 3158:8, 3170:23, 3173:21

**MAIL** [1] - 3169:17

**MAIN** [3] - 3093:16, 3114:16, 3167:23

**MAINLY** [4] - 3113:2, 3116:24, 3142:12, 3155:3

**MAINTAIN** [1] - 3122:15

**MAINTENANCE** [1] - 3180:24

**MAJOR** [1] - 3126:14

**MAKE** [18] - 3096:8, 3117:19, 3117:20, 3132:20, 3140:4, 3140:11, 3146:9, 3153:19, 3154:10, 3155:8, 3162:20, 3167:16, 3168:7, 3168:9, 3168:20, 3174:13, 3175:16, 3184:18

**MAKES** [2] - 3127:11, 3175:15

**MAKING** [3] -

3119:24, 3158:3, 3188:17

**MANAGEMENT** [1] - 3189:20

**MANAGER** [9] - 3177:3, 3177:7, 3177:9, 3179:13, 3181:17, 3182:2, 3182:9, 3183:17

**MANAGERS** [1] - 3181:21

**MANY** [5] - 3120:5, 3128:13, 3128:17, 3181:19, 3190:16

**MARC** [1] - 3094:8

**MARINE** [12] - 3178:8, 3178:12, 3178:25, 3179:4, 3179:7, 3179:11, 3179:15, 3179:20, 3179:23, 3180:18, 3181:6, 3187:19

**MARK** [2] - 3162:19, 3166:3

**MARKED** [2] - 3115:4, 3118:1

**MARKING** [2] - 3119:21, 3119:22

**MARSH** [1] - 3191:18

**MARSHAL** [2] - 3147:23, 3192:3

**MARSHES** [1] - 3181:1

**MASS** [1] - 3171:24

**MASTER** [1] - 3178:12

**MASTERS** [2] - 3178:14, 3179:18

**MATERIAL** [21] - 3099:8, 3099:10, 3099:14, 3101:17, 3102:4, 3104:5, 3104:7, 3104:24, 3104:25, 3109:8, 3110:10, 3111:3, 3119:2, 3128:15, 3131:9, 3132:2, 3138:9, 3163:18, 3173:19, 3180:24, 3180:25

**MATERIALS** [11] - 3108:17, 3119:4, 3119:7, 3119:9, 3119:10, 3126:4, 3126:17, 3126:21, 3127:7, 3138:3, 3145:17

**MATTER** [4] - 3137:24, 3138:1, 3192:13

**MATTERED** [1] - 3114:11

**MATTERS** [2] - 3096:9, 3096:20

**MAXIMUM** [6] - 3114:1, 3114:7, 3148:10, 3149:21, 3150:14, 3158:11

**MAY** [48] - 3092:4, 3096:2, 3097:2, 3097:3, 3097:4, 3097:5, 3101:10, 3111:13, 3111:14, 3111:15, 3111:16, 3121:8, 3122:17, 3126:19, 3135:19, 3136:7, 3136:11, 3139:3, 3140:8, 3142:7, 3144:8, 3144:9, 3144:16, 3146:10, 3148:2, 3148:3, 3152:16, 3154:6, 3158:13, 3158:22, 3162:5, 3162:6, 3167:9, 3167:10, 3168:15, 3169:17, 3170:14, 3170:16, 3172:5, 3173:1, 3173:25, 3174:3, 3174:23, 3175:19, 3175:21, 3182:5, 3183:6

**MAYBE** [11] - 3114:15, 3116:8, 3123:25, 3129:20, 3172:23, 3175:7, 3185:9, 3185:15, 3191:20, 3191:22

**MCCONNON** [1] - 3094:8

**ME** [40] - 3108:1, 3113:22, 3124:2, 3126:6, 3132:12, 3134:1, 3134:5, 3136:8, 3138:1, 3139:8, 3140:1, 3142:1, 3144:23, 3146:2, 3146:16, 3146:25, 3151:16, 3152:11, 3153:5, 3153:8, 3153:19, 3156:15, 3157:5, 3157:14, 3158:17, 3159:1, 3159:8, 3160:1, 3161:12, 3162:1, 3169:19, 3172:24, 3174:13, 3175:22, 3175:23, 3176:18, 3182:12, 3183:16

**MEAN** [4] - 3139:17, 3145:20, 3171:10, 3176:24
**MEANING** [1] - 3161:4
**MEANS** [3] - 3137:12, 3145:15, 3173:21
**MEANT** [5] - 3136:12, 3136:15, 3136:17, 3167:18, 3172:24
**MECHANICAL** [1] - 3094:20
**MECHANISM** [3] - 3124:7, 3126:12, 3161:15
**MEDIUM** [18] - 3105:17, 3105:21, 3105:22, 3107:1, 3107:6, 3108:7, 3108:11, 3108:22, 3109:11, 3110:14, 3110:16, 3110:20, 3119:16, 3125:24, 3127:1, 3128:1, 3129:3, 3173:20
**MEETING** [2] - 3151:23, 3187:14
**MEETINGS** [5] - 3150:25, 3151:17, 3187:14, 3188:7, 3188:20
**MEMBERS** [1] - 3188:7
**MENTIONED** [12] - 3172:7, 3183:4, 3183:16, 3183:17, 3184:4, 3184:25, 3185:16, 3187:7, 3187:21, 3188:1, 3189:21, 3191:21
**MERMENTAU** [1] - 3190:21
**MESSAGE** [1] - 3174:2
**METAIRIE** [1] - 3178:3
**METHOD** [1] - 3124:5
**METHODOLOGY** [1] - 3190:17
**METICULOUS** [1] - 3160:21
**MICHAEL** [3] - 3093:14, 3093:15, 3094:5
**MICHELE** [1] - 3094:7
**MIDDLE** [2] - 3118:3,

3163:17
**MIGHT** [5] - 3106:6, 3151:5, 3185:11, 3185:14, 3186:7
**MILE** [1] - 3129:20
**MILES** [4] - 3128:13, 3128:14, 3128:15, 3133:11
**MILLER** [27] - 3094:9, 3095:13, 3095:15, 3174:15, 3174:22, 3175:1, 3175:8, 3175:13, 3176:15, 3176:16, 3176:18, 3176:20, 3176:24, 3177:1, 3177:3, 3177:4, 3177:7, 3177:11, 3177:13, 3177:20, 3177:22, 3177:24, 3177:25, 3191:24, 3192:1
**MILLION** [3] - 3142:4, 3189:17, 3189:18
**MIMIC** [1] - 3120:9
**MIND** [2] - 3120:12, 3140:5
**MINUTE** [3] - 3143:19, 3147:20, 3159:18
**MINUTES** [2] - 3140:20, 3175:25
**MISSISSIPPI** [3] - 3180:7, 3183:15, 3191:1
**MISSTATES** [1] - 3159:19
**MISTER** [1] - 3162:24
**MITIGATING** [1] - 3133:12
**MITIGATION** [1] - 3182:11
**MITSCH** [1] - 3094:9
**MIX** [1] - 3126:16
**MIXTURE** [4] - 3125:20, 3126:7, 3127:1, 3127:18
**MODEL** [4] - 3116:8, 3117:20, 3118:17, 3135:9
**MODELING** [1] - 3116:24
**MOMENT** [3] - 3111:13, 3121:24, 3165:3
**MONDAY** [1] - 3176:12
**MONEY** [1] - 3142:8

**MONEYS** [1] - 3189:18
**MORE** [43] - 3101:9, 3101:20, 3103:25, 3108:14, 3108:18, 3108:21, 3110:17, 3110:23, 3126:12, 3126:20, 3134:8, 3135:14, 3135:23, 3136:4, 3136:21, 3137:6, 3138:2, 3138:5, 3138:6, 3138:8, 3138:9, 3138:10, 3138:12, 3139:2, 3139:3, 3139:6, 3139:15, 3139:20, 3140:20, 3150:6, 3152:4, 3155:14, 3155:15, 3158:2, 3158:3, 3164:5, 3169:1, 3176:13, 3185:2, 3190:12, 3190:17, 3190:19
**MORGAN** [1] - 3093:20
**MORNING** [9] - 3092:9, 3096:3, 3096:6, 3152:8, 3155:24, 3157:13, 3157:23, 3158:8, 3176:12
**MOSHER** [3] - 3095:6, 3097:9, 3120:19
**MOSHER'S** [1] - 3096:12
**MOST** [3] - 3119:25, 3126:25, 3134:24
**MOSTLY** [1] - 3128:15
**MOTHER'S** [1] - 3176:3
**MOTION** [1] - 3120:8
**MOVABLE** [1] - 3150:21
**MOVE** [8] - 3120:16, 3133:22, 3137:22, 3145:19, 3152:5, 3158:16, 3166:5, 3181:13
**MOVES** [1] - 3163:23
**MR** [224] - 3095:7, 3095:8, 3095:9, 3096:8, 3096:11, 3096:20, 3096:24, 3097:2, 3097:4, 3097:6, 3097:8, 3099:17, 3100:7, 3103:24, 3104:12,

3105:4, 3105:8, 3106:24, 3110:4, 3110:5, 3110:6, 3111:13, 3111:15, 3111:17, 3112:25, 3113:11, 3114:2, 3114:18, 3115:6, 3115:8, 3115:9, 3115:16, 3115:25, 3116:13, 3116:18, 3116:19, 3119:18, 3120:1, 3120:2, 3120:7, 3120:9, 3120:10, 3120:12, 3120:18, 3120:19, 3123:17, 3123:18, 3125:1, 3125:5, 3125:6, 3130:11, 3130:14, 3130:16, 3130:20, 3130:21, 3131:4, 3131:8, 3133:22, 3133:23, 3136:16, 3137:15, 3137:21, 3137:23, 3138:20, 3138:23, 3139:5, 3139:9, 3139:14, 3140:3, 3140:7, 3140:8, 3140:11, 3140:15, 3140:18, 3140:22, 3140:23, 3141:25, 3142:13, 3142:20, 3142:21, 3143:16, 3143:17, 3143:21, 3143:23, 3143:24, 3143:25, 3144:1, 3144:2, 3144:3, 3144:6, 3144:8, 3144:11, 3144:16, 3144:20, 3146:18, 3146:22, 3147:8, 3147:17, 3147:21, 3148:2, 3148:4, 3150:3, 3150:11, 3151:1, 3151:4, 3151:6, 3151:7, 3151:13, 3151:15, 3151:21, 3151:22, 3151:24, 3152:9, 3152:12, 3152:13, 3152:15, 3152:16, 3152:19, 3152:21, 3153:1, 3153:25, 3154:2, 3154:3, 3154:9, 3154:19, 3155:6, 3155:10, 3155:11, 3156:18, 3156:20, 3156:24, 3156:25, 3157:2, 3157:12, 3157:22, 3157:25, 3158:1,

3158:6, 3158:7, 3158:10, 3158:11, 3159:14, 3159:19, 3159:25, 3160:10, 3160:13, 3160:15, 3161:6, 3162:5, 3162:7, 3162:15, 3162:16, 3162:18, 3162:21, 3162:22, 3162:24, 3162:25, 3165:6, 3165:9, 3165:11, 3165:12, 3165:15, 3165:16, 3165:17, 3166:12, 3166:17, 3166:19, 3166:24, 3167:1, 3167:9, 3167:11, 3167:15, 3168:2, 3168:19, 3169:1, 3169:6, 3169:7, 3169:8, 3169:11, 3169:20, 3169:24, 3170:1, 3170:4, 3170:12, 3170:14, 3170:17, 3170:19, 3172:5, 3172:10, 3172:13, 3172:14, 3172:17, 3172:23, 3173:6, 3173:24, 3174:3, 3174:5, 3174:15, 3174:19, 3174:22, 3174:23, 3175:2, 3175:5, 3175:8, 3175:13, 3175:16, 3175:18, 3175:21, 3175:23, 3175:25, 3176:2, 3176:3, 3176:10, 3177:4, 3177:7, 3177:11, 3177:13, 3177:20, 3177:25
**MRGO** [48] - 3094:1, 3096:13, 3096:17, 3100:8, 3100:15, 3101:25, 3112:12, 3112:15, 3112:18, 3112:20, 3113:6, 3113:15, 3114:1, 3114:21, 3121:7, 3122:1, 3128:7, 3128:25, 3129:17, 3131:7, 3131:23, 3132:9, 3135:1, 3138:16, 3149:5, 3153:13, 3153:17, 3161:16, 3166:5, 3170:24, 3177:7, 3177:10, 3177:12, 3177:14, 3180:25, 3182:12, 3182:13, 3183:17, 3183:22,

3183:24, 3191:3,
3191:5, 3191:7,
3191:10, 3191:21
   **MS** [11] - 3095:15,
3174:22, 3175:5,
3175:8, 3176:15,
3176:18, 3177:1,
3177:22, 3177:24,
3191:24, 3192:1
   **MUCH** [17] - 3097:1,
3101:9, 3108:19,
3114:17, 3117:24,
3120:9, 3121:24,
3123:15, 3123:17,
3123:21, 3124:20,
3127:24, 3134:23,
3140:16, 3167:5,
3171:24, 3175:24
   **MULTIPLE** [1] -
3184:24
   **MUST** [3] - 3120:6,
3161:22, 3164:9
   **MY** [53] - 3112:15,
3114:12, 3115:8,
3120:8, 3120:10,
3120:16, 3120:20,
3128:5, 3130:25,
3132:19, 3135:3,
3137:1, 3139:24,
3142:1, 3142:18,
3143:20, 3143:22,
3144:15, 3144:18,
3144:19, 3145:11,
3145:15, 3146:1,
3147:2, 3150:1,
3152:21, 3153:5,
3153:6, 3153:9,
3153:21, 3153:25,
3156:8, 3157:20,
3158:9, 3158:15,
3159:8, 3164:13,
3167:16, 3167:19,
3167:23, 3167:24,
3168:9, 3173:23,
3178:6, 3178:14,
3178:20, 3178:21,
3178:24, 3179:18,
3181:6, 3181:23,
3192:12
   **MYER** [1] - 3094:10
   **MYSELF** [1] -
3141:25

# N

   **N** [2] - 3095:2,
3096:1
   **NAIL** [1] - 3123:8
   **NAME** [2] - 3176:18,
3176:23
   **NAMED** [1] - 3183:7

   **NARROW** [3] -
3100:22, 3100:24,
3101:3
   **NARROWED** [1] -
3190:10
   **NARROWS** [1] -
3190:5
   **NATIONAL** [13] -
3122:25, 3179:4,
3179:6, 3179:7,
3179:11, 3179:15,
3179:20, 3179:23,
3180:18, 3181:6,
3182:3, 3186:23,
3187:19
   **NATURAL** [2] -
3108:23, 3187:19
   **NATURE** [1] - 3132:2
   **NAUSEAM** [1] -
3116:4
   **NAVIGATION** [1] -
3183:22
   **NEAR** [2] - 3102:11,
3154:15
   **NECESSARILY** [1] -
3163:16
   **NECESSARY** [4] -
3135:6, 3137:18,
3145:19, 3158:7
   **NEED** [15] - 3105:22,
3107:6, 3107:9,
3116:6, 3133:17,
3135:4, 3152:11,
3161:1, 3174:11,
3174:22, 3175:6,
3175:24, 3182:6,
3190:24
   **NEEDED** [4] -
3105:24, 3106:1,
3145:21, 3182:5
   **NEEDS** [1] - 3188:14
   **NEIGHBORHOOD**
[1] - 3189:17
   **NEITHER** [2] -
3131:6, 3131:22
   **NEVER** [6] -
3112:12, 3112:18,
3145:25, 3148:6,
3148:8, 3170:4
   **NEW** [14] - 3092:4,
3092:17, 3092:21,
3093:6, 3093:24,
3094:3, 3094:17,
3177:25, 3178:3,
3178:18, 3179:14,
3179:22, 3180:1,
3187:13
   **NEXT** [5] - 3101:8,
3104:6, 3144:12,
3174:15, 3176:16

   **NINE** [9] - 3096:12,
3156:9, 3156:13,
3157:14, 3157:15,
3157:21, 3158:20,
3188:10, 3190:14
   **NINE-FOOT** [1] -
3158:20
   **NINTH** [3] - 3124:14,
3154:15, 3180:15
   **NO** [54] - 3092:3,
3099:3, 3099:13,
3102:25, 3112:23,
3114:23, 3115:3,
3115:12, 3116:9,
3117:15, 3117:19,
3117:25, 3118:1,
3122:8, 3122:11,
3129:11, 3129:13,
3129:14, 3129:23,
3130:21, 3131:12,
3132:3, 3132:8,
3132:9, 3132:14,
3133:17, 3136:3,
3136:8, 3137:15,
3137:24, 3140:13,
3142:13, 3144:16,
3145:4, 3145:24,
3146:5, 3150:3,
3150:22, 3152:5,
3156:12, 3162:18,
3164:5, 3164:25,
3165:2, 3166:20,
3166:22, 3168:4,
3168:23, 3172:2,
3173:24, 3176:17,
3176:18
   **NOMINATED** [5] -
3190:7, 3190:10,
3190:18, 3190:20,
3191:11
   **NONANSWER** [1] -
3133:20
   **NOR** [1] - 3175:23
   **NORMAN** [1] -
3092:2
   **NORTH** [3] -
3153:12, 3153:15,
3153:17
   **NORTHERN** [1] -
3096:14
   **NORTHWEST** [1] -
3179:10
   **NOT** [93] - 3102:25,
3104:17, 3104:19,
3104:20, 3108:17,
3112:5, 3112:8,
3112:15, 3114:18,
3116:9, 3116:13,
3116:16, 3120:22,
3120:23, 3121:4,

3121:7, 3121:14,
3123:13, 3123:19,
3124:17, 3124:20,
3124:24, 3125:19,
3126:15, 3126:18,
3126:19, 3126:25,
3127:21, 3127:24,
3128:3, 3129:9,
3129:22, 3130:21,
3132:2, 3132:5,
3132:13, 3132:17,
3132:19, 3132:25,
3133:7, 3134:11,
3135:2, 3135:6,
3135:21, 3137:5,
3137:18, 3138:22,
3139:17, 3139:23,
3140:4, 3140:17,
3141:16, 3142:16,
3143:13, 3144:24,
3145:10, 3146:4,
3146:11, 3146:14,
3146:16, 3148:15,
3150:6, 3151:20,
3152:1, 3152:24,
3153:13, 3154:3,
3156:10, 3158:9,
3158:19, 3159:5,
3159:23, 3160:18,
3162:24, 3163:21,
3164:16, 3164:17,
3164:21, 3165:2,
3166:16, 3166:21,
3166:22, 3167:18,
3168:1, 3172:10,
3173:5, 3174:5,
3174:9, 3174:24,
3174:25, 3175:22
   **NOTATION** [1] -
3096:9
   **NOTE** [3] - 3096:11,
3100:8, 3153:9
   **NOTED** [2] -
3096:19, 3159:21
   **NOTES** [4] -
3119:24, 3143:20,
3143:22, 3162:20
   **NOTHING** [2] -
3163:21, 3170:12
   **NOTICE** [1] -
3109:25
   **NOTICED** [1] -
3098:20
   **NOVEMBER** [1] -
3144:15
   **NOW** [44] - 3097:22,
3100:6, 3101:24,
3102:6, 3105:19,
3108:25, 3109:3,
3109:24, 3110:3,

3111:1, 3111:18,
3112:10, 3112:21,
3114:25, 3115:17,
3117:2, 3117:5,
3117:22, 3118:19,
3118:20, 3121:4,
3121:24, 3124:22,
3125:9, 3126:6,
3127:21, 3129:7,
3131:2, 3141:14,
3142:22, 3144:25,
3150:12, 3158:2,
3163:11, 3163:14,
3164:23, 3171:6,
3174:8, 3174:16,
3175:13, 3177:2,
3181:15, 3181:17,
3189:17
   **NUCLEAR** [1] -
3117:1
   **NUMBER** [9] -
3118:4, 3143:16,
3160:12, 3182:11,
3190:7, 3190:9,
3190:11, 3191:8,
3191:17
   **NUMBERED** [1] -
3192:13
   **NUMEROUS** [1] -
3148:10
   **NY** [1] - 3093:24

# O

   **O** [4] - 3093:2,
3093:19, 3094:12,
3096:1
   **O'BRIEN** [1] -
3093:23
   **O'CLOCK** [7] -
3156:9, 3156:13,
3157:14, 3157:15,
3157:21, 3174:17
   **O'DONNELL** [95] -
3092:12, 3092:13,
3095:8, 3115:6,
3115:8, 3120:1,
3120:2, 3120:7,
3120:18, 3123:18,
3130:11, 3130:14,
3130:20, 3131:8,
3133:22, 3133:23,
3136:16, 3137:15,
3137:21, 3137:23,
3138:23, 3139:5,
3139:14, 3140:8,
3140:18, 3140:22,
3140:23, 3142:13,
3142:20, 3142:21,
3143:17, 3143:21,
3143:24, 3144:1,

3144:3, 3144:6,
3144:8, 3144:11,
3144:16, 3144:20,
3147:17, 3147:21,
3148:2, 3148:4,
3150:3, 3150:11,
3151:7, 3151:13,
3151:15, 3152:12,
3152:16, 3152:19,
3153:1, 3154:9,
3155:6, 3155:10,
3155:11, 3156:18,
3156:20, 3156:24,
3156:25, 3157:2,
3157:12, 3157:22,
3158:1, 3158:6,
3159:14, 3159:25,
3160:13, 3160:15,
3161:6, 3162:5,
3162:7, 3162:18,
3162:24, 3162:25,
3165:6, 3165:9,
3165:11, 3165:16,
3165:17, 3166:24,
3167:9, 3167:11,
3168:19, 3169:8,
3169:11, 3169:24,
3170:1, 3170:12,
3172:5, 3172:13,
3172:23, 3175:23,
3176:3

**OAK** [1] - 3092:23
**OBJECT** [2] -
3138:20, 3172:5
**OBJECTED** [1] -
3159:23
**OBJECTING** [1] -
3140:10
**OBJECTION** [16] -
3115:8, 3123:17,
3137:15, 3139:9,
3140:12, 3142:13,
3150:3, 3151:4,
3151:11, 3152:9,
3152:18, 3152:21,
3154:8, 3157:25,
3159:20, 3166:17
**OBSERVATIONS** [2]
- 3121:17, 3168:23
**OBSERVED** [1] -
3157:7
**OBTAIN** [2] -
3112:24, 3178:10
**OBTAINED** [3] -
3110:1, 3113:11,
3114:2
**OBVIOUSLY** [2] -
3102:21, 3114:17
**OCCUR** [3] - 3135:4,
3137:19, 3164:9

**OCCURRED** [9] -
3099:19, 3112:17,
3123:10, 3125:2,
3125:6, 3153:13,
3154:13, 3154:23,
3170:21
**OCCURRENCE** [1] -
3184:4
**OCCURRING** [3] -
3109:9, 3167:21,
3171:3
**OCCURS** [1] -
3136:17
**OF** [494] - 3092:1,
3092:5, 3092:7,
3092:16, 3093:18,
3094:4, 3096:9,
3096:12, 3096:13,
3096:14, 3096:17,
3096:21, 3096:24,
3097:12, 3097:16,
3097:17, 3097:22,
3098:1, 3098:5,
3098:6, 3098:10,
3098:13, 3098:15,
3098:19, 3098:20,
3099:7, 3099:10,
3099:13, 3099:22,
3099:24, 3099:25,
3100:4, 3100:7,
3100:9, 3100:12,
3100:13, 3100:18,
3101:2, 3101:6,
3101:18, 3101:20,
3101:21, 3101:23,
3101:25, 3102:1,
3102:5, 3102:7,
3102:8, 3102:10,
3102:11, 3102:14,
3103:3, 3103:13,
3103:14, 3103:17,
3103:25, 3104:6,
3104:7, 3104:16,
3104:17, 3104:25,
3105:15, 3105:19,
3105:24, 3106:9,
3106:25, 3107:8,
3107:10, 3107:13,
3107:15, 3107:18,
3107:19, 3107:20,
3108:4, 3108:7,
3108:9, 3108:10,
3108:14, 3108:17,
3108:19, 3108:21,
3108:23, 3109:7,
3109:8, 3110:1,
3110:10, 3110:15,
3111:3, 3111:25,
3112:10, 3112:21,
3113:7, 3113:15,

3113:19, 3113:20,
3113:22, 3113:23,
3114:5, 3114:7,
3114:8, 3114:11,
3114:12, 3114:15,
3114:22, 3115:1,
3115:17, 3116:11,
3116:12, 3116:25,
3117:5, 3117:6,
3117:12, 3117:13,
3117:17, 3117:21,
3118:3, 3118:4,
3118:5, 3118:6,
3118:7, 3118:8,
3118:13, 3118:15,
3118:19, 3119:3,
3119:5, 3119:6,
3119:7, 3119:9,
3119:25, 3120:3,
3120:7, 3120:9,
3120:10, 3120:13,
3120:19, 3120:20,
3121:7, 3121:8,
3121:11, 3121:14,
3121:16, 3121:21,
3121:22, 3121:25,
3122:1, 3122:6,
3122:7, 3122:8,
3122:19, 3122:20,
3122:21, 3122:22,
3122:24, 3122:25,
3124:5, 3124:7,
3124:17, 3124:18,
3124:23, 3124:25,
3125:2, 3125:7,
3125:12, 3125:14,
3125:20, 3126:1,
3126:2, 3126:4,
3126:6, 3126:8,
3126:10, 3126:11,
3126:15, 3126:16,
3126:19, 3126:24,
3126:25, 3127:1,
3127:4, 3127:12,
3127:17, 3127:18,
3127:21, 3128:9,
3128:15, 3128:20,
3129:15, 3129:21,
3129:24, 3130:4,
3130:10, 3130:15,
3131:6, 3131:18,
3131:19, 3131:22,
3131:23, 3132:2,
3132:4, 3132:5,
3132:8, 3132:14,
3132:17, 3133:4,
3133:7, 3133:10,
3133:11, 3133:12,
3133:25, 3134:1,
3134:18, 3135:3,
3135:13, 3135:14,

3135:20, 3135:22,
3135:25, 3136:3,
3136:4, 3136:13,
3136:21, 3137:2,
3137:3, 3137:6,
3137:9, 3138:2,
3138:16, 3139:2,
3139:4, 3139:7,
3139:9, 3139:24,
3140:17, 3141:20,
3141:22, 3142:1,
3142:4, 3142:8,
3143:14, 3143:20,
3144:12, 3145:6,
3145:9, 3145:11,
3145:12, 3145:13,
3145:16, 3145:17,
3145:19, 3145:23,
3146:7, 3146:22,
3147:2, 3147:11,
3148:5, 3148:6,
3148:9, 3148:13,
3150:12, 3150:14,
3150:19, 3150:21,
3151:13, 3151:20,
3151:23, 3152:1,
3152:2, 3152:21,
3152:22, 3152:24,
3153:7, 3153:10,
3153:11, 3153:12,
3153:15, 3153:17,
3153:18, 3154:1,
3154:4, 3154:6,
3154:12, 3154:13,
3154:16, 3154:18,
3154:22, 3154:24,
3155:3, 3155:24,
3156:5, 3158:9,
3158:18, 3158:19,
3158:22, 3159:6,
3159:16, 3160:2,
3160:3, 3160:4,
3160:20, 3160:21,
3161:3, 3161:9,
3161:11, 3161:12,
3161:13, 3161:15,
3161:22, 3162:3,
3162:9, 3162:11,
3163:1, 3163:5,
3163:9, 3163:11,
3163:15, 3163:23,
3163:25, 3164:2,
3164:9, 3165:15,
3165:18, 3165:20,
3165:21, 3166:15,
3166:16, 3166:22,
3167:20, 3167:22,
3167:23, 3168:3,
3168:23, 3169:18,
3170:2, 3170:22,
3171:6, 3171:8,

3171:12, 3171:15,
3171:19, 3171:22,
3171:24, 3172:3,
3172:12, 3173:3,
3173:7, 3173:9,
3173:13, 3173:19,
3174:3, 3174:5,
3174:9, 3177:3,
3177:5, 3177:6,
3177:11, 3177:14,
3177:18, 3178:6,
3178:8, 3178:11,
3178:12, 3178:14,
3178:19, 3178:20,
3178:21, 3179:8,
3179:13, 3179:24,
3180:1, 3180:6,
3180:7, 3180:13,
3180:14, 3180:19,
3180:20, 3180:25,
3181:1, 3181:3,
3181:5, 3181:8,
3181:9, 3181:19,
3182:2, 3182:11,
3182:17, 3182:20,
3183:11, 3183:15,
3183:17, 3183:22,
3184:4, 3184:6,
3184:7, 3184:16,
3184:19, 3184:23,
3185:2, 3185:3,
3185:4, 3185:5,
3185:16, 3186:2,
3186:4, 3186:16,
3186:23, 3187:1,
3187:3, 3187:5,
3187:7, 3187:8,
3187:10, 3187:12,
3187:17, 3187:22,
3187:23, 3188:4,
3188:6, 3188:7,
3188:10, 3188:12,
3188:13, 3188:17,
3188:18, 3188:19,
3188:20, 3188:22,
3188:23, 3189:4,
3189:8, 3189:12,
3189:17, 3189:18,
3189:19, 3189:23,
3189:24, 3190:1,
3190:6, 3190:7,
3190:9, 3190:11,
3190:12, 3190:16,
3190:19, 3190:22,
3190:23, 3191:1,
3191:13, 3191:15,
3191:18, 3192:10,
3192:11, 3192:12
**OFF** [2] - 3163:19
**OFFHAND** [1] -
3138:17

**OFFICE** [19] - 3092:16, 3093:18, 3094:1, 3177:4, 3179:8, 3179:12, 3179:13, 3179:14, 3181:12, 3181:14, 3181:15, 3181:18, 3181:20, 3181:22, 3181:23, 3182:10, 3182:12, 3184:17, 3187:18

**OFFICES** [1] - 3181:25

**OFFICIAL** [4] - 3094:16, 3122:6, 3192:9, 3192:18

**OFTEN** [1] - 3183:5

**OH** [4] - 3096:23, 3127:23, 3129:20, 3132:16

**OKAY** [55] - 3096:10, 3097:24, 3098:7, 3098:11, 3099:16, 3099:21, 3100:13, 3104:9, 3104:25, 3105:7, 3125:9, 3125:16, 3127:15, 3128:10, 3128:11, 3129:7, 3129:25, 3132:11, 3133:19, 3136:10, 3136:23, 3138:8, 3140:4, 3140:19, 3140:24, 3140:25, 3143:12, 3155:21, 3156:19, 3157:11, 3157:15, 3158:2, 3159:15, 3160:7, 3160:9, 3161:7, 3163:2, 3163:3, 3163:14, 3164:8, 3164:16, 3165:19, 3165:21, 3165:23, 3167:16, 3167:17, 3172:12, 3172:13, 3174:18, 3176:1, 3176:14, 3177:17, 3177:22, 3192:1

**OLE** [4] - 3127:9, 3127:10, 3127:24

**ON** [154] - 3096:11, 3097:9, 3097:22, 3098:10, 3098:20, 3098:21, 3099:3, 3099:8, 3100:7, 3100:11, 3100:13, 3101:8, 3101:20, 3101:23, 3101:25, 3102:15, 3102:18, 3103:3, 3103:25,

3104:7, 3104:12, 3105:15, 3105:19, 3105:24, 3106:25, 3107:14, 3107:15, 3107:25, 3108:3, 3108:7, 3109:22, 3111:7, 3111:22, 3111:25, 3113:23, 3113:24, 3115:10, 3115:11, 3115:21, 3117:2, 3117:6, 3118:6, 3118:7, 3118:13, 3118:14, 3118:15, 3118:19, 3119:5, 3120:16, 3121:8, 3121:11, 3121:13, 3121:16, 3122:9, 3124:11, 3126:12, 3127:7, 3127:17, 3130:25, 3131:9, 3131:12, 3131:14, 3132:6, 3132:9, 3132:25, 3133:17, 3133:20, 3133:22, 3135:20, 3136:1, 3137:9, 3137:22, 3139:19, 3139:21, 3140:12, 3140:13, 3141:15, 3141:16, 3142:2, 3143:19, 3144:10, 3144:12, 3144:21, 3145:10, 3145:19, 3150:20, 3151:2, 3151:10, 3152:5, 3152:8, 3152:13, 3152:20, 3153:8, 3153:10, 3153:15, 3153:17, 3153:18, 3154:22, 3154:23, 3155:2, 3155:25, 3156:5, 3156:13, 3156:22, 3156:25, 3157:15, 3158:16, 3159:4, 3159:16, 3160:3, 3161:15, 3162:20, 3165:5, 3165:18, 3167:4, 3168:9, 3170:20, 3171:6, 3171:15, 3172:5, 3173:7, 3173:13, 3173:18, 3175:4, 3178:14, 3179:6, 3179:8, 3179:21, 3181:22, 3181:23, 3182:8, 3182:11, 3185:10, 3185:15, 3186:4, 3186:22, 3187:15, 3187:23, 3188:5, 3188:12, 3189:5,

3189:8, 3189:10, 3189:19, 3190:11, 3190:12, 3191:11, 3191:19

**ONCE** [1] - 3124:4

**ONE** [38] - 3103:14, 3104:6, 3104:18, 3105:25, 3106:10, 3109:24, 3110:23, 3116:10, 3119:8, 3120:7, 3125:12, 3125:16, 3126:19, 3129:5, 3129:6, 3130:5, 3130:6, 3130:14, 3131:3, 3131:18, 3132:1, 3132:25, 3133:4, 3134:1, 3139:6, 3139:15, 3142:1, 3143:19, 3146:16, 3147:4, 3154:13, 3165:25, 3169:17, 3174:8, 3174:17, 3175:10, 3187:21

**ONES** [3] - 3099:8, 3133:4, 3183:4

**ONLY** [8] - 3120:22, 3123:14, 3141:7, 3141:12, 3146:1, 3147:4, 3148:9, 3190:6

**ONSET** [7] - 3113:19, 3114:15, 3135:13, 3135:22, 3136:3, 3137:6

**OPEN** [2] - 3147:25, 3176:7

**OPENED** [3] - 3100:15, 3100:17, 3100:19

**OPERATE** [2] - 3182:21, 3184:12

**OPINION** [39] - 3097:17, 3097:20, 3112:10, 3112:14, 3112:15, 3114:12, 3114:20, 3119:14, 3123:9, 3124:6, 3124:20, 3127:23, 3134:24, 3135:2, 3135:3, 3136:25, 3137:1, 3138:15, 3141:4, 3141:9, 3153:14, 3154:22, 3156:5, 3161:10, 3161:17, 3161:20, 3161:22, 3162:3, 3162:9, 3163:4, 3164:2, 3167:24, 3168:9, 3168:20,

3170:8, 3171:8, 3173:22, 3173:23

**OPPOSITION** [1] - 3155:18

**OR** [95] - 3097:14, 3102:1, 3102:11, 3103:9, 3104:1, 3106:5, 3106:9, 3107:4, 3108:13, 3109:16, 3110:17, 3112:20, 3113:6, 3113:19, 3116:14, 3119:13, 3119:16, 3119:23, 3120:9, 3122:17, 3124:16, 3126:7, 3126:8, 3126:17, 3127:6, 3128:14, 3129:3, 3129:20, 3130:24, 3131:6, 3132:2, 3132:3, 3132:13, 3132:14, 3132:17, 3133:17, 3134:17, 3135:7, 3135:11, 3136:8, 3136:21, 3137:15, 3138:14, 3139:15, 3140:5, 3142:7, 3142:13, 3143:2, 3144:13, 3144:16, 3145:8, 3145:24, 3146:5, 3150:13, 3151:17, 3153:2, 3153:13, 3153:23, 3155:13, 3157:15, 3160:23, 3161:22, 3161:25, 3162:16, 3162:22, 3168:21, 3169:14, 3172:15, 3172:18, 3172:23, 3174:8, 3174:16, 3175:4, 3178:16, 3181:13, 3183:7, 3184:19, 3184:25, 3185:4, 3185:10, 3185:12, 3185:21, 3186:12, 3186:19, 3188:9, 3189:12, 3190:1, 3190:7, 3190:10, 3191:18, 3191:19

**ORDER** [2] - 3184:12, 3190:5

**ORGANIZATION** [1] - 3185:21

**ORIGINAL** [1] - 3096:16

**ORIGINALLY** [1] - 3116:22

**ORLEANS** [15] - 3092:4, 3092:17,

3092:21, 3093:6, 3094:3, 3094:17, 3177:25, 3178:4, 3178:18, 3179:14, 3179:22, 3180:1, 3180:14, 3180:15, 3187:13

**OTHER** [37] - 3104:6, 3107:1, 3108:14, 3108:16, 3116:2, 3116:7, 3116:10, 3128:20, 3131:3, 3132:20, 3138:13, 3139:16, 3140:19, 3146:25, 3147:15, 3147:16, 3148:15, 3150:7, 3151:17, 3153:3, 3153:4, 3154:19, 3159:11, 3166:6, 3167:21, 3168:25, 3175:5, 3179:25, 3181:6, 3181:7, 3181:25, 3182:6, 3184:3, 3184:11, 3186:23, 3187:15, 3187:16

**OTHERS** [4] - 3122:3, 3161:4, 3173:5, 3185:21

**OUGHT** [1] - 3175:7

**OUR** [12] - 3170:2, 3174:15, 3175:9, 3176:3, 3176:16, 3179:14, 3181:15, 3182:7, 3184:17, 3189:24

**OUT** [27] - 3098:19, 3099:8, 3100:15, 3100:17, 3100:20, 3101:17, 3101:18, 3101:19, 3102:6, 3110:13, 3114:17, 3115:21, 3121:19, 3140:5, 3150:8, 3151:2, 3151:16, 3155:21, 3161:1, 3161:2, 3168:22, 3169:19, 3170:23, 3172:6, 3174:3, 3190:9

**OUTFLOW** [2] - 3100:13, 3101:21

**OUTSIDE** [6] - 3139:9, 3152:21, 3152:22, 3154:4, 3154:6, 3180:1

**OUTWARD** [1] - 3120:3

**OVER** [28] - 3096:12, 3098:1, 3098:2,

3099:21, 3099:25, 3101:15, 3102:9, 3103:12, 3104:18, 3105:11, 3107:4, 3108:4, 3119:16, 3119:21, 3135:25, 3136:13, 3136:14, 3137:2, 3137:8, 3138:5, 3138:12, 3141:10, 3143:5, 3143:8, 3145:16, 3160:7, 3171:12

**OVERALL** [1] - 3129:25

**OVERFLOW** [3] - 3100:23, 3109:7, 3135:1

**OVERFLOWING** [1] - 3161:12

**OVERLY** [1] - 3151:9

**OVERRULE** [1] - 3154:8

**OVERRULED** [2] - 3139:11, 3139:12

**OVERTOPPED** [5] - 3123:20, 3124:4, 3129:15, 3130:2, 3154:14

**OVERTOPPING** [51] - 3096:18, 3097:21, 3098:1, 3101:10, 3102:3, 3107:20, 3119:13, 3123:10, 3124:2, 3124:3, 3124:8, 3124:13, 3124:17, 3125:3, 3125:7, 3132:4, 3133:3, 3133:4, 3134:5, 3134:7, 3134:9, 3135:1, 3135:4, 3135:12, 3135:13, 3135:22, 3136:3, 3136:14, 3137:6, 3137:12, 3149:6, 3149:21, 3161:14, 3161:23, 3161:25, 3162:2, 3162:8, 3163:5, 3164:16, 3166:14, 3167:13, 3168:2, 3168:3, 3168:22, 3169:2, 3170:9, 3170:21, 3171:3, 3171:13, 3171:14

**OVERTOPPING-INDUCED** [1] - 3101:10

**OWN** [4] - 3150:13, 3152:25, 3156:10, 3156:13

## P

**P** [5] - 3093:1, 3093:2, 3093:19, 3094:12, 3096:1

**P.O** [1] - 3093:9

**PACIFIC** [1] - 3179:10

**PAGE** [53] - 3096:12, 3097:22, 3098:10, 3100:7, 3101:23, 3102:10, 3102:14, 3103:14, 3105:4, 3105:15, 3107:13, 3107:15, 3107:25, 3109:3, 3110:7, 3110:23, 3111:19, 3113:23, 3115:17, 3117:2, 3117:5, 3117:6, 3118:2, 3118:15, 3118:19, 3119:5, 3134:22, 3135:20, 3141:15, 3143:16, 3144:2, 3144:9, 3144:12, 3146:11, 3146:17, 3147:7, 3148:23, 3149:9, 3154:11, 3156:22, 3159:3, 3159:6, 3161:9, 3169:10, 3171:6, 3171:15, 3172:3, 3173:7, 3173:13, 3173:18

**PAGE/LINE** [1] - 3095:4

**PAGES** [2] - 3111:18, 3113:7

**PALMINTIER** [3] - 3093:14, 3093:15, 3093:15

**PANAMA** [1] - 3179:4

**PARAGRAPH** [9] - 3117:2, 3118:2, 3118:3, 3118:11, 3119:5, 3119:13, 3134:22, 3137:14, 3154:12

**PARALLEL** [1] - 3118:5

**PARALLELED** [1] - 3131:6

**PARAMETRIC** [4] - 3117:22, 3118:12, 3118:20, 3119:6

**PARISH** [3] - 3180:14, 3180:15, 3180:16

**PARK** [1] - 3179:6

**PART** [16] - 3099:21,

3101:18, 3102:7, 3106:9, 3122:25, 3139:24, 3145:10, 3152:2, 3158:9, 3162:3, 3162:9, 3162:11, 3171:3, 3180:19, 3190:1, 3190:22

**PARTICIPATING** [1] - 3190:8

**PARTICLES** [3] - 3108:14, 3108:19, 3108:23

**PARTICULAR** [4] - 3160:2, 3181:23, 3183:25, 3188:17

**PARTICULARLY** [2] - 3106:10, 3138:1

**PARTNER** [1] - 3185:23

**PARTNERS** [2] - 3181:6, 3188:23

**PARTNERSHIP** [2] - 3180:20, 3187:13

**PARTS** [1] - 3158:20

**PASSED** [4] - 3183:21, 3184:7, 3184:8, 3186:22

**PASTE** [1] - 3110:15

**PATTERN** [1] - 3098:21

**PAUL** [2] - 3094:6, 3094:8

**PAYING** [1] - 3119:20

**PAYS/USER** [1] - 3189:20

**PEAK** [28] - 3113:19, 3140:24, 3141:1, 3141:23, 3142:23, 3142:25, 3143:2, 3143:14, 3146:13, 3146:19, 3148:24, 3149:2, 3149:24, 3152:6, 3152:7, 3152:12, 3152:19, 3152:23, 3153:23, 3154:5, 3154:23, 3155:21, 3155:23, 3156:3, 3156:6, 3156:8, 3156:13, 3171:9

**PEDAGOGICAL** [1] - 3116:16

**PENDING** [1] - 3150:4

**PEOPLE** [2] - 3151:1, 3181:19

**PER** [1] - 3190:16

**PERCENT** [3] -

3114:9, 3189:23, 3189:24

**PERFORM** [2] - 3121:14, 3121:16

**PERFORMANCE** [13] - 3103:25, 3108:20, 3108:22, 3109:11, 3114:11, 3116:25, 3121:11, 3121:13, 3145:9, 3145:10, 3154:22, 3154:24, 3156:5

**PERFORMED** [8] - 3119:8, 3122:11, 3123:9, 3123:14, 3123:20, 3124:23, 3129:25, 3138:12

**PERHAPS** [2] - 3100:22, 3119:23

**PERIOD** [1] - 3164:22

**PERIODIC** [1] - 3187:4

**PERPENDICULAR** [1] - 3136:20

**PETER** [1] - 3094:10

**PHENOMENON** [1] - 3163:1

**PHILEN** [1] - 3094:2

**PHOTOGRAPH** [4] - 3103:4, 3112:1, 3146:6, 3159:12

**PHOTOGRAPHS** [6] - 3121:17, 3121:20, 3121:21, 3170:20, 3170:22, 3172:12

**PHYSICAL** [5] - 3121:17, 3121:19, 3156:2, 3168:14, 3168:23

**PICK** [2] - 3102:24, 3107:15

**PICTURE** [15] - 3098:15, 3098:20, 3099:18, 3100:4, 3100:6, 3100:9, 3101:20, 3101:24, 3102:1, 3102:2, 3102:5, 3102:7, 3102:8, 3104:9, 3104:17

**PIECES** [1] - 3146:24

**PIERCE** [1] - 3092:13

**PILE** [24] - 3097:9, 3097:12, 3097:17, 3098:6, 3098:13, 3100:11, 3100:17, 3102:23, 3102:24, 3103:7, 3103:17,

3104:17, 3104:20, 3105:9, 3106:12, 3112:4, 3112:8, 3159:16, 3160:3, 3160:4, 3160:25, 3161:4, 3172:23, 3172:24

**PILING** [2] - 3098:14, 3173:4

**PLACE** [12] - 3099:4, 3102:3, 3104:20, 3117:21, 3127:4, 3127:5, 3140:19, 3147:17, 3157:10, 3168:24, 3180:25, 3189:10

**PLACED** [4] - 3107:6, 3107:9, 3122:21, 3191:11

**PLACES** [5] - 3138:13, 3148:10, 3166:10, 3172:19, 3173:2

**PLAINTIFF** [3] - 3092:12, 3138:22, 3138:23

**PLAINTIFFS** [2] - 3096:21, 3169:22

**PLAINTIFFS'** [3] - 3108:25, 3120:11, 3171:16

**PLAN** [10] - 3177:16, 3182:14, 3183:22, 3187:3, 3188:1, 3188:3, 3188:6, 3191:9, 3191:20, 3191:23

**PLANE** [1] - 3175:23

**PLANING** [1] - 3177:15

**PLANNING** [9] - 3178:15, 3180:5, 3180:12, 3182:21, 3183:4, 3184:7, 3185:25, 3186:21, 3191:14

**PLANTING** [1] - 3139:19

**PLAXIS** [1] - 3096:16

**PLAY** [2] - 3134:7, 3171:2

**PLAYED** [2] - 3096:25, 3134:17

**PLC** [1] - 3093:14

**PLEASE** [19] - 3096:5, 3107:15, 3109:14, 3110:24, 3111:18, 3113:24, 3116:9, 3120:14, 3124:15, 3128:6,

3134:22, 3136:23, 3137:15, 3146:8, 3148:1, 3159:8, 3176:8, 3176:19, 3176:22

**PLOT** [6] - 3102:15, 3102:18, 3104:1, 3108:7, 3109:10, 3112:5

**PLOTS** [4] - 3104:6, 3145:19, 3148:9, 3148:12

**PLOTTED** [1] - 3108:7

**PLUS** [3] - 3111:24, 3118:8, 3149:5

**PODANY** [1] - 3174:5

**POINT** [19] - 3098:24, 3120:15, 3140:8, 3147:11, 3154:2, 3154:10, 3159:9, 3159:12, 3160:10, 3161:1, 3161:2, 3163:24, 3164:5, 3169:19, 3171:11, 3173:7, 3173:8, 3181:9, 3181:13

**POINTED** [1] - 3172:6

**POINTS** [3] - 3142:1, 3160:20, 3165:21

**POLDER** [1] - 3124:14

**POLICY** [1] - 3182:4

**POLONIUS** [1] - 3120:2

**POND** [2] - 3182:23, 3184:25

**PONTCHARTRAIN** [3] - 3180:8, 3188:12, 3191:5

**PORTION** [2] - 3104:16, 3111:3

**POSITION** [2] - 3122:6, 3151:2

**POSITIVE** [1] - 3186:12

**POSSESSION** [1] - 3146:14

**POST** [3] - 3102:21, 3183:25, 3184:11

**POTENTIAL** [5] - 3185:10, 3185:23, 3186:1, 3188:23, 3189:3

**POTPOURRI** [1] - 3120:19

**POYDRAS** [2] - 3093:5, 3094:17

**PRACTICE** [2] - 3122:20, 3122:23

**PRACTICES** [1] - 3123:3

**PRECEDED** [1] - 3161:25

**PRECIPITATED** [2] - 3161:12, 3161:14

**PREDICTED** [1] - 3120:8

**PREDICTIONS** [1] - 3117:21

**PREFERS** [1] - 3174:12

**PREKATRINA** [2] - 3102:19, 3143:8

**PREPARED** [1] - 3121:11

**PRESENCE** [2] - 3126:6, 3126:16

**PRESENT** [4] - 3094:1, 3104:2, 3104:3, 3105:15

**PRESENTED** [2] - 3171:1, 3171:2

**PRESENTLY** [1] - 3184:11

**PRESSURE** [4] - 3155:2, 3155:13, 3155:14, 3155:16

**PRETTY** [3] - 3127:17, 3140:16, 3147:17

**PREVAILING** [1] - 3123:2

**PREVENT** [1] - 3139:21

**PREVIOUS** [1] - 3173:9

**PRIMARILY** [2] - 3179:8, 3186:22

**PRIMARY** [3] - 3124:7, 3162:4, 3162:10

**PRINCIPAL** [1] - 3161:14

**PRINTER** [1] - 3128:5

**PRIOR** [5] - 3109:19, 3173:15, 3184:4, 3184:20, 3191:15

**PRIORITIZATION** [1] - 3160:17

**PRIORITIZE** [1] - 3190:23

**PRIORITY** [7] - 3187:5, 3188:18, 3189:9, 3189:11, 3190:4, 3190:11, 3191:11

**PRIVILEGES** [1] - 3151:11

**PROBABLE** [1] - 3134:8

**PROBABLY** [1] - 3145:13

**PROBLEM** [5] - 3185:22, 3185:25, 3186:3, 3186:12, 3186:15

**PROBLEMS** [2] - 3188:8, 3188:22

**PROCEDURE** [1] - 3122:4

**PROCEED** [1] - 3097:4

**PROCEEDINGS** [3] - 3092:7, 3094:20, 3192:12

**PROCESS** [10] - 3121:15, 3137:12, 3141:5, 3141:7, 3163:13, 3185:9, 3185:11, 3186:6, 3188:16, 3190:5

**PRODUCED** [1] - 3094:20

**PROFESSIONAL** [1] - 3178:20

**PROFILE** [4] - 3109:13, 3111:19, 3129:4, 3173:14

**PROGRAM** [7] - 3182:20, 3187:5, 3187:15, 3189:14, 3189:23, 3190:13, 3190:17

**PROGRAMATIC** [2] - 3183:1, 3183:11

**PROGRESSION** [1] - 3164:12

**PROGRESSIVE** [1] - 3163:13

**PROJECT** [30] - 3177:3, 3177:7, 3177:9, 3179:13, 3180:2, 3180:4, 3180:10, 3180:11, 3181:17, 3181:21, 3182:2, 3182:9, 3182:13, 3182:25, 3183:2, 3183:17, 3185:4, 3185:5, 3185:6, 3185:10, 3186:5, 3186:6, 3187:5, 3188:8, 3188:18, 3189:1, 3189:9, 3191:11

**PROJECTS** [29] - 3179:21, 3179:24,

3182:5, 3182:7, 3182:11, 3182:15, 3182:23, 3184:20, 3184:25, 3187:6, 3188:17, 3188:21, 3188:24, 3189:2, 3189:4, 3189:8, 3189:10, 3189:23, 3190:7, 3190:10, 3190:11, 3190:13, 3190:16, 3190:18, 3190:19, 3191:6, 3191:10, 3191:12, 3191:18

**PROLONGED** [1] - 3132:17

**PROMOTE** [1] - 3126:7

**PROPERTIES** [1] - 3182:5

**PROPOSAL** [1] - 3180:4

**PROPOSED** [2] - 3190:6, 3191:15

**PROTECT** [3] - 3139:6, 3139:15, 3139:20

**PROTECTED** [3] - 3161:11, 3161:13, 3179:9

**PROTECTION** [25] - 3096:17, 3097:14, 3107:11, 3123:10, 3139:23, 3164:5, 3177:4, 3177:15, 3178:15, 3180:5, 3180:12, 3181:15, 3181:20, 3181:21, 3182:10, 3182:21, 3183:4, 3184:8, 3184:13, 3184:15, 3186:21, 3187:18, 3187:20, 3191:14, 3191:18

**PROTECTIVE** [2] - 3097:13, 3100:14

**PROVIDE** [1] - 3107:11

**PROVIDED** [7] - 3096:20, 3123:10, 3141:25, 3144:23, 3146:2, 3146:16, 3154:1

**PROVIDES** [2] - 3099:24, 3100:2

**PUBLIC** [5] - 3188:6, 3188:7, 3188:20, 3189:5, 3190:7

**PUBLISH** [1] - 3144:8

**PULL** [1] - 3105:4

**PULLED** [2] - 3110:4, 3110:5

**PUMPING** [1] - 3180:13

**PURPOSE** [3] - 3097:12, 3169:18, 3173:3

**PURPOSES** [1] - 3130:25

**PURSUANT** [1] - 3185:12

**PUSHED** [1] - 3099:15

**PUT** [11] - 3108:20, 3128:2, 3129:6, 3139:7, 3139:16, 3139:21, 3142:22, 3148:17, 3152:7, 3152:19, 3165:13

**PUTS** [2] - 3155:23, 3156:3

**PUTTING** [1] - 3155:2

**PX** [16] - 3096:24, 3114:25, 3115:4, 3115:17, 3117:5, 3118:1, 3118:15, 3118:19, 3119:5, 3159:1, 3162:15, 3165:4, 3168:8, 3169:5, 3169:9, 3169:10

---

**Q**

**QUALITY** [1] - 3132:2

**QUARTERLY** [1] - 3187:14

**QUESTION** [14] - 3120:24, 3123:25, 3124:11, 3124:16, 3139:18, 3140:12, 3142:19, 3150:3, 3152:11, 3152:16, 3152:17, 3162:23, 3168:16, 3173:4

**QUESTIONS** [2] - 3165:18, 3173:24

**QUICKLY** [2] - 3101:16, 3174:24

**QUINTESSENCE** [1] - 3161:22

**QUITE** [4] - 3101:3, 3101:14, 3103:20, 3174:25

---

**R**

**R** [5] - 3092:8,

3093:23, 3094:11, 3096:1, 3176:25
**RAIN** [1] - 3139:22
**RAISE** [5] - 3097:13, 3097:14, 3112:8, 3176:19
**RAISES** [2] - 3115:1, 3140:12
**RAN** [1] - 3117:13
**RANDOM** [1] - 3120:21
**RANGE** [2] - 3188:11, 3190:11
**RANGED** [1] - 3189:16
**RAPIDLY** [1] - 3174:25
**RATE** [2] - 3113:19
**RATES** [6] - 3127:6, 3127:17, 3134:5, 3135:12, 3190:19
**RATHER** [1] - 3132:4
**RAY** [1] - 3130:24
**RE** [2] - 3177:7, 3177:12
**RE-EVALUATION** [2] - 3177:7, 3177:12
**REACH** [42] - 3097:9, 3097:12, 3102:12, 3112:11, 3112:18, 3113:15, 3114:1, 3120:22, 3120:23, 3120:25, 3121:8, 3121:11, 3121:25, 3122:8, 3123:9, 3124:23, 3125:3, 3126:25, 3127:21, 3128:9, 3129:15, 3129:22, 3130:15, 3132:1, 3132:18, 3134:18, 3135:1, 3136:20, 3141:10, 3143:15, 3147:12, 3149:7, 3152:3, 3158:10, 3158:12, 3158:13, 3158:20, 3165:21, 3166:14, 3170:23
**REACHED** [10] - 3097:16, 3112:10, 3123:6, 3123:23, 3135:15, 3135:24, 3136:5, 3136:18, 3136:22, 3153:12
**REACHES** [3] - 3098:5, 3132:12, 3163:25
**READ** [4] - 3118:9, 3146:22, 3146:24, 3177:18

**READING** [1] - 3146:17
**READY** [1] - 3096:6
**REAL** [1] - 3182:4
**REALLY** [7] - 3105:11, 3132:19, 3139:17, 3139:23, 3158:5, 3174:9, 3185:2
**REASON** [1] - 3175:12
**REASONABLE** [2] - 3097:16, 3112:10
**REASONS** [1] - 3120:7
**REBUILD** [2] - 3180:7, 3181:1
**RECALL** [6] - 3125:5, 3134:14, 3145:7, 3159:12, 3165:14, 3191:8
**RECANT** [1] - 3145:2
**RECEIPT** [1] - 3189:18
**RECEIVE** [4] - 3169:16, 3180:17, 3186:9, 3186:13
**RECENTLY** [1] - 3182:15
**RECESS** [7] - 3140:21, 3147:20, 3147:24, 3175:18, 3176:6, 3192:2, 3192:4
**RECIPIENT** [1] - 3154:18
**RECOGNIZED** [1] - 3180:19
**RECOMMEND** [5] - 3186:2, 3186:14, 3188:8, 3189:8, 3190:6
**RECOMMENDATIO N** [1] - 3190:9
**RECOMMENDATIO NS** [1] - 3189:1
**RECOMMENDED** [3] - 3186:5, 3190:10, 3191:6
**RECOMMENDS** [2] - 3186:17, 3187:6
**RECONNAISSANC E** [1] - 3186:10
**RECORD** [6] - 3096:9, 3096:11, 3096:19, 3140:14, 3176:23, 3192:12
**RECORDED** [1] - 3094:20
**RED** [7] - 3096:21,

3111:24, 3128:6, 3142:23, 3143:12, 3165:20, 3171:9
**REDIRECT** [5] - 3095:9, 3150:7, 3150:9, 3170:13, 3170:18
**REDUCTION** [1] - 3096:16
**REED** [1] - 3095:6
**REFER** [1] - 3149:9
**REFERENCE** [3] - 3105:5, 3145:25, 3146:6
**REFERENCED** [1] - 3111:19
**REFERENCING** [1] - 3165:15
**REFERRED** [3] - 3106:2, 3128:23, 3183:5
**REFERRING** [2] - 3104:14, 3146:7
**REFLECTED** [7] - 3101:5, 3103:1, 3112:5, 3113:8, 3114:10, 3143:9, 3173:7
**REFLECTS** [1] - 3118:20
**REGARDING** [1] - 3190:4
**REGULATORY** [2] - 3179:13, 3181:11
**RELATED** [5] - 3124:11, 3129:7, 3177:10, 3179:21, 3191:7
**RELATES** [1] - 3179:3
**RELATION** [3] - 3176:17, 3176:18, 3177:21
**RELEVANT** [2] - 3119:23, 3126:25
**RELIABILITY** [1] - 3148:5
**RELIED** [3] - 3112:22, 3157:15, 3170:20
**RELY** [1] - 3113:1
**RELYING** [1] - 3115:10
**REMAINDER** [1] - 3185:16
**REMEMBER** [10] - 3130:5, 3131:11, 3135:19, 3138:15, 3138:16, 3140:2, 3145:8, 3159:21,

3169:16, 3180:9
**REMIND** [1] - 3140:1
**REPEAT** [3] - 3124:15, 3125:4, 3136:23
**REPEATING** [2] - 3115:9, 3115:12
**REPORT** [87] - 3096:12, 3097:23, 3098:10, 3100:8, 3101:24, 3102:10, 3102:14, 3103:14, 3104:23, 3106:15, 3106:18, 3107:13, 3107:18, 3107:19, 3110:4, 3110:6, 3111:6, 3111:10, 3112:22, 3113:7, 3113:24, 3115:3, 3120:20, 3121:11, 3121:22, 3125:10, 3134:21, 3135:20, 3136:25, 3137:22, 3139:10, 3139:24, 3140:5, 3141:14, 3141:18, 3141:24, 3142:9, 3142:11, 3142:15, 3142:22, 3144:19, 3145:11, 3146:1, 3146:9, 3146:18, 3146:20, 3146:22, 3146:25, 3147:3, 3147:8, 3148:6, 3148:7, 3148:10, 3148:19, 3150:13, 3150:16, 3152:25, 3153:7, 3154:10, 3154:20, 3156:8, 3156:14, 3156:22, 3157:20, 3158:15, 3158:17, 3159:2, 3161:9, 3161:20, 3162:16, 3165:12, 3169:6, 3169:7, 3169:9, 3169:10, 3169:20, 3171:7, 3171:15, 3172:3, 3173:8, 3173:13, 3184:14, 3185:25, 3186:12, 3188:9
**REPORTER** [3] - 3094:16, 3192:9, 3192:18
**REPORTER'S** [1] - 3192:7
**REPORTING** [1] - 3187:4
**REPORTS** [3] - 3150:23, 3154:14,

3188:9
**REPRESENT** [2] - 3158:16, 3167:15
**REPRESENTATION** [2] - 3167:16, 3167:17
**REPRESENTATIVE** [1] - 3187:23
**REPRESENTED** [1] - 3187:17
**REPRESENTING** [1] - 3169:23
**REPRESENTS** [1] - 3191:21
**REPRODUCED** [1] - 3147:2
**REQUEST** [1] - 3177:1
**REQUIRED** [3] - 3187:3, 3188:1, 3188:3
**REQUIRES** [2] - 3187:7, 3188:18
**RESEARCH** [2] - 3179:5, 3179:6
**RESERVED** [1] - 3140:13
**RESIO** [2] - 3150:13, 3158:17
**RESISTANCE** [2] - 3155:18, 3155:20
**RESISTANT** [3] - 3108:11, 3108:14, 3108:17
**RESOLVE** [1] - 3124:16
**RESOURCE** [1] - 3189:20
**RESOURCES** [4] - 3183:21, 3186:12, 3186:15, 3187:19
**RESPECT** [1] - 3099:18
**RESPOND** [1] - 3168:17
**RESPONSE** [2] - 3153:25, 3168:25
**RESPONSIBILITIE S** [1] - 3182:9
**RESPONSIBILITY** [1] - 3189:22
**REST** [3] - 3107:15, 3167:22, 3174:9
**RESTATE** [1] - 3115:8
**RESTATED** [1] - 3152:11
**RESTORATION** [55] - 3177:4, 3177:5, 3177:10, 3177:12, 3177:15, 3177:16,

3178:15, 3178:17,
3179:3, 3179:8,
3179:14, 3179:21,
3179:24, 3180:4,
3180:5, 3180:11,
3180:12, 3180:17,
3180:20, 3180:22,
3181:15, 3181:16,
3181:20, 3181:22,
3181:24, 3182:1,
3182:5, 3182:10,
3182:13, 3182:14,
3182:18, 3182:22,
3183:5, 3183:13,
3183:23, 3183:24,
3184:8, 3184:12,
3184:14, 3184:16,
3184:20, 3185:11,
3185:19, 3186:21,
3187:2, 3187:3,
3187:4, 3188:1,
3188:3, 3188:13,
3191:7, 3191:8,
3191:14, 3191:20,
3191:23

**RESTORE** [2] -
3177:13, 3182:7

**RESULTING** [1] -
3096:15

**RESULTS** [9] -
3113:4, 3113:5,
3117:13, 3117:17,
3117:19, 3117:24,
3122:24, 3168:10,
3168:12

**RESUME** [2] -
3096:7, 3096:8

**RETURN** [6] -
3130:16, 3130:18,
3130:20, 3130:22,
3131:2, 3131:5

**REVIEW** [4] -
3105:19, 3106:25,
3117:12, 3160:21

**REVIEWED** [2] -
3115:3, 3122:24

**RHODE** [1] - 3178:11

**RICHARD** [1] -
3094:11

**RIGHT** [93] -
3098:23, 3099:2,
3099:12, 3100:5,
3100:15, 3100:18,
3101:3, 3102:8,
3103:22, 3104:6,
3104:15, 3104:17,
3104:18, 3104:21,
3105:1, 3105:10,
3106:8, 3106:20,
3106:23, 3107:3,

3110:1, 3111:11,
3111:24, 3111:25,
3113:12, 3113:16,
3118:24, 3121:19,
3122:13, 3124:6,
3126:3, 3127:7,
3127:9, 3129:23,
3131:12, 3132:13,
3134:21, 3135:16,
3135:25, 3138:17,
3141:21, 3142:2,
3144:7, 3147:2,
3147:19, 3147:22,
3148:24, 3149:13,
3149:16, 3150:21,
3151:14, 3155:1,
3155:12, 3155:16,
3156:11, 3157:9,
3157:16, 3160:14,
3161:17, 3162:3,
3162:4, 3162:9,
3162:11, 3162:12,
3163:20, 3163:21,
3163:24, 3163:25,
3164:14, 3165:3,
3166:23, 3167:14,
3169:21, 3170:24,
3171:4, 3173:3,
3175:17, 3176:1,
3176:5, 3176:19,
3183:6, 3183:13,
3183:18, 3184:1,
3184:2, 3184:5,
3184:6, 3184:24,
3187:24, 3188:14,
3190:7, 3191:17

**RISE** [3] - 3113:19,
3147:23, 3192:3

**RISING** [1] - 3154:15

**RIVER** [3] - 3180:7,
3191:1, 3191:2

**ROADS** [1] - 3144:21

**ROBERT** [1] - 3094:1

**ROBIN** [1] - 3094:10

**ROBINSON** [1] -
3092:2

**ROLE** [4] - 3134:7,
3134:17, 3187:8,
3188:13

**ROOM** [1] - 3094:17

**ROOTERS** [1] -
3126:10

**ROTO** [1] - 3126:10

**ROUGE** [6] -
3093:10, 3093:16,
3174:11, 3174:22,
3175:6, 3179:12

**ROUGH** [1] -
3181:19

**ROUGHLY** [2] -

3188:4, 3189:16

**ROW** [2] - 3109:15,
3110:24

**ROY** [2] - 3093:1,
3093:1

**RPR** [2] - 3094:16,
3192:17

**RUDIMENTARY** [1] -
3153:6

**RUN** [2] - 3135:9,
3174:3

**RUNNING** [3] -
3112:2, 3118:5,
3136:1

**RUNS** [2] - 3187:13,
3191:3

**RUPERT** [1] - 3094:9

**RUSHING** [2] -
3099:25, 3164:6

# S

**S** [3] - 3094:4,
3094:7, 3096:1

**S.W** [1] - 3093:12

**SABINE** [1] -
3188:11

**SAID** [27] - 3106:25,
3115:9, 3115:12,
3116:3, 3120:2,
3120:9, 3122:18,
3123:8, 3126:18,
3133:24, 3135:16,
3135:19, 3137:16,
3137:18, 3144:15,
3144:17, 3144:24,
3149:15, 3149:17,
3157:18, 3159:24,
3160:1, 3160:6,
3166:20, 3168:2,
3183:6

**SALMON** [1] -
3179:10

**SAM** [1] - 3130:24

**SAME** [20] - 3104:7,
3108:20, 3108:21,
3112:19, 3113:3,
3113:4, 3113:5,
3114:23, 3119:9,
3119:15, 3123:23,
3137:14, 3153:14,
3161:19, 3168:10,
3168:12, 3168:22,
3185:9

**SAND** [6] - 3111:4,
3127:18, 3128:16,
3129:5, 3129:6,
3138:23

**SANDS** [8] -
3108:18, 3125:20,
3126:6, 3126:16,

3126:17, 3127:11,
3127:24, 3129:3

**SANDY** [2] - 3101:6,
3107:24

**SANDY-COLORED**
[1] - 3101:6

**SARAH** [1] - 3094:11

**SAW** [7] - 3100:6,
3101:3, 3104:1,
3111:7, 3126:14,
3129:2, 3173:9

**SAY** [26] - 3100:19,
3101:8, 3101:9,
3106:7, 3120:23,
3123:19, 3127:3,
3129:16, 3129:1,
3133:17, 3136:3,
3136:17, 3144:13,
3145:2, 3145:5,
3146:21, 3149:12,
3149:22, 3149:23,
3162:1, 3163:16,
3168:1, 3170:7,
3172:24, 3185:2

**SAYING** [10] -
3135:21, 3137:5,
3137:7, 3137:14,
3140:16, 3148:12,
3159:23, 3168:23,
3175:19, 3185:22

**SAYS** [18] - 3096:12,
3100:21, 3107:22,
3111:12, 3114:25,
3115:2, 3117:2,
3118:3, 3119:6,
3135:18, 3136:5,
3136:9, 3136:10,
3153:9, 3153:12,
3156:8, 3157:21,
3169:9

**SCALED** [1] -
3151:24

**SCENARIO** [6] -
3114:25, 3115:18,
3117:3, 3117:7,
3117:14, 3167:22

**SCENARIOS** [4] -
3113:22, 3114:5,
3114:7, 3168:25

**SCHEDULED** [1] -
3174:4

**SCHOOL** [2] -
3178:3, 3178:21

**SCIENCE** [2] -
3178:8, 3178:25

**SCIENCES** [1] -
3178:8

**SCIENTIFIC** [3] -
3097:16, 3112:11,
3121:14

**SCIENTIFICALLY** [2]
- 3108:11, 3108:16

**SCOPE** [6] - 3139:9,
3152:21, 3152:22,
3154:4, 3154:6,
3177:11

**SCOUR** [3] -
3100:21, 3101:10,
3107:20

**SCREEN** [2] -
3100:12, 3156:25

**SEA** [3] - 3178:24,
3179:6, 3179:9

**SEATED** [4] -
3096:5, 3148:1,
3176:8, 3176:22

**SECOND** [19] -
3105:25, 3111:22,
3125:14, 3130:10,
3133:24, 3134:1,
3134:3, 3148:24,
3149:24, 3153:6,
3154:12, 3156:16,
3156:24, 3158:17,
3159:6, 3161:10,
3165:5, 3170:15,
3175:9

**SECRETARY** [1] -
3187:10

**SECTION** [6] -
3098:6, 3098:13,
3098:14, 3098:17,
3101:20, 3103:8,
3103:10, 3103:17,
3107:5, 3112:4,
3126:2, 3136:4,
3182:20, 3185:19,
3191:21

**SECTIONS** [6] -
3097:9, 3097:17,
3135:14, 3135:23,
3136:22, 3137:7

**SEDIMENT** [4] -
3098:19, 3099:2,
3099:3, 3099:13

**SEDIMENTATION**
[1] - 3101:6

**SEDIMENTS** [1] -
3180:6

**SEE** [60] - 3098:15,
3098:21, 3099:2,
3099:3, 3099:23,
3100:8, 3101:1,
3101:12, 3101:14,
3102:2, 3102:4,
3102:6, 3102:11,
3102:18, 3103:12,
3104:6, 3108:7,
3109:24, 3109:25,
3111:1, 3111:23,

3113:18, 3113:21, 3114:6, 3114:7, 3117:6, 3118:16, 3125:8, 3132:23, 3137:3, 3148:25, 3149:9, 3155:25, 3159:10, 3160:8, 3160:10, 3160:16, 3160:17, 3165:25, 3166:3, 3166:6, 3166:7, 3166:9, 3166:10, 3166:11, 3167:2, 3167:5, 3167:6, 3167:8, 3167:13, 3169:12, 3170:2, 3170:6, 3171:22, 3171:24, 3172:14, 3172:17, 3173:19, 3174:8

**SEEMS** [2] - 3101:9, 3173:8

**SEEN** [4] - 3110:19, 3110:21, 3137:3, 3138:11

**SEES** [1] - 3115:14

**SELECT** [2] - 3189:2, 3189:10

**SELECTED** [1] - 3191:11

**SELECTION** [1] - 3120:20

**SENATOR** [1] - 3183:7

**SENIOR** [3] - 3177:3, 3181:17, 3182:9

**SENSE** [2] - 3127:11, 3175:15

**SENTENCE** [9] - 3101:8, 3101:9, 3134:24, 3135:5, 3136:25, 3137:1, 3149:5, 3154:12, 3161:11

**SERIES** [6] - 3107:20, 3121:21, 3147:2, 3170:22, 3188:6, 3188:22

**SERVE** [1] - 3181:17

**SERVED** [1] - 3142:2

**SERVICE** [12] - 3179:4, 3179:7, 3179:11, 3179:16, 3179:21, 3179:23, 3180:18, 3181:7, 3187:19, 3187:20, 3187:22

**SESSION** [5] - 3092:9, 3096:3, 3096:5, 3148:1, 3176:8

**SESSIONS** [1] - 3151:16

**SETTLEMENT** [1] - 3096:15

**SETUP** [1] - 3175:25

**SEVEN** [4] - 3158:10, 3158:11, 3158:13, 3158:14

**SEVEN-FOOT** [4] - 3158:10, 3158:11, 3158:13, 3158:14

**SEVERAL** [1] - 3103:13

**SEVERE** [1] - 3132:17

**SEVERELY** [2] - 3123:14, 3123:20

**SEVERITY** [2] - 3125:14, 3134:1

**SHARE** [1] - 3189:21

**SHARED** [1] - 3189:14

**SHE** [1] - 3175:9

**SHEET** [26] - 3097:9, 3097:12, 3097:17, 3098:6, 3098:13, 3098:14, 3100:11, 3100:17, 3102:23, 3102:24, 3103:7, 3103:17, 3104:17, 3104:20, 3105:9, 3106:12, 3112:4, 3112:8, 3159:16, 3160:3, 3160:4, 3160:25, 3161:4, 3172:23, 3172:24, 3173:4

**SHELL** [1] - 3138:23

**SHERMAN** [1] - 3092:20

**SHIFT** [2] - 3145:17, 3150:1

**SHIP** [1] - 3180:25

**SHORE** [1] - 3191:18

**SHORELINE** [1] - 3180:7

**SHORELINE/EBSB'S** [1] - 3118:5

**SHOULD** [1] - 3148:20

**SHOW** [18] - 3097:25, 3098:12, 3100:24, 3104:24, 3107:17, 3108:1, 3108:2, 3113:25, 3114:24, 3119:1, 3153:1, 3153:2, 3159:8, 3165:4, 3172:10, 3172:14, 3172:17, 3186:1

**SHOWED** [5] - 3099:18, 3109:10, 3125:6, 3146:4, 3171:17

**SHOWS** [13] - 3098:1, 3098:13, 3103:18, 3104:23, 3107:18, 3108:3, 3111:19, 3114:1, 3115:17, 3119:2, 3132:25, 3165:20, 3170:3

**SHRUBS** [1] - 3139:16

**SIDE** [29] - 3098:6, 3098:20, 3099:4, 3100:14, 3102:8, 3111:25, 3118:6, 3118:7, 3119:10, 3119:11, 3119:12, 3121:15, 3128:20, 3128:21, 3132:9, 3132:10, 3153:10, 3153:15, 3153:17, 3153:18, 3154:13, 3154:23, 3161:11, 3161:13, 3161:15, 3163:9, 3163:14, 3188:12

**SIDES** [2] - 3098:21, 3099:9

**SIGN** [1] - 3185:23

**SIGNED** [1] - 3186:16

**SIGNIFICANT** [8] - 3103:11, 3108:10, 3110:1, 3113:21, 3129:13, 3129:14, 3134:12, 3134:15

**SIGNIFICANTLY** [3] - 3110:16, 3110:17, 3119:8

**SILT** [3] - 3103:18, 3103:21, 3103:22

**SILTS** [4] - 3107:24, 3108:9, 3108:18, 3126:17

**SIMILAR** [8] - 3108:25, 3109:1, 3109:4, 3109:10, 3123:6, 3164:13, 3168:24, 3168:25

**SIMPLY** [1] - 3117:16

**SIMS** [1] - 3092:23

**SINCE** [7] - 3096:13, 3099:14, 3106:6, 3106:7, 3120:10, 3181:16, 3184:10

**SINGLE** [1] -

3166:14

**SIR** [44] - 3096:19, 3097:5, 3103:20, 3104:22, 3120:1, 3128:3, 3128:10, 3129:9, 3130:8, 3134:11, 3135:2, 3140:24, 3141:16, 3143:14, 3144:7, 3144:21, 3145:22, 3146:11, 3148:10, 3154:18, 3156:14, 3156:16, 3157:1, 3159:1, 3159:5, 3160:12, 3160:16, 3161:1, 3161:2, 3163:2, 3165:19, 3165:22, 3166:7, 3166:18, 3167:17, 3168:1, 3169:19, 3170:2, 3170:8, 3170:13, 3170:17, 3173:25, 3176:9

**SITE** [3] - 3115:19, 3167:13, 3168:3

**SITES** [2] - 3138:8, 3166:15

**SITUATION** [1] - 3167:19

**SIX** [1] - 3114:8

**SIXTEEN** [3] - 3109:21, 3117:4, 3117:11

**SKIP** [1] - 3135:5

**SLAPPING** [1] - 3137:8

**SLIDE** [1] - 3114:24

**SLIGHTLY** [2] - 3140:8, 3159:19

**SLOPES** [3] - 3118:6, 3118:7, 3118:13

**SM'S** [1] - 3107:23

**SMALL** [1] - 3189:19

**SMITH** [13] - 3094:10, 3174:3, 3174:15, 3174:19, 3175:2, 3175:8, 3175:13, 3175:16, 3175:18, 3175:21, 3175:25, 3176:2, 3176:10

**SO** [110] - 3098:7, 3098:24, 3099:13, 3099:23, 3099:24, 3100:1, 3101:16, 3101:20, 3102:18, 3102:24, 3103:1, 3103:4, 3103:7, 3103:9, 3105:5,

3106:11, 3107:21, 3108:7, 3108:11, 3108:14, 3108:18, 3108:20, 3110:4, 3110:5, 3110:7, 3110:13, 3110:19, 3111:6, 3111:22, 3112:5, 3112:7, 3113:4, 3113:14, 3114:9, 3116:4, 3117:24, 3118:11, 3119:12, 3120:13, 3120:23, 3123:25, 3126:3, 3126:23, 3127:9, 3127:16, 3128:14, 3128:19, 3132:1, 3132:19, 3133:7, 3133:13, 3135:20, 3136:20, 3137:17, 3137:22, 3138:5, 3138:8, 3139:17, 3139:22, 3140:4, 3142:1, 3145:5, 3145:18, 3146:12, 3147:14, 3147:20, 3149:6, 3150:2, 3150:8, 3151:24, 3152:17, 3153:21, 3154:22, 3155:21, 3156:1, 3160:19, 3160:22, 3161:8, 3162:19, 3163:23, 3165:11, 3165:18, 3167:12, 3167:21, 3167:23, 3167:25, 3168:20, 3170:7, 3171:1, 3171:21, 3173:12, 3173:21, 3174:12, 3174:20, 3175:4, 3175:9, 3175:15, 3176:12, 3177:20, 3178:19, 3183:1, 3183:4, 3183:8, 3184:16, 3184:18, 3185:2, 3187:23, 3188:13, 3190:4

**SOFT** [6] - 3108:10, 3110:11, 3110:12, 3110:14, 3110:19

**SOIL** [36] - 3098:8, 3099:23, 3100:1, 3102:11, 3103:5, 3103:15, 3103:17, 3104:1, 3104:3, 3105:5, 3105:9, 3105:14, 3105:15, 3106:2, 3106:6, 3106:7, 3106:17, 3106:18, 3107:2, 3107:19, 3108:6,

3108:7, 3109:13, 3109:22, 3125:9, 3125:12, 3125:16, 3133:9, 3133:10, 3133:25, 3135:3, 3138:2, 3138:10, 3159:11, 3173:22

**SOILS** [6] - 3096:14, 3105:19, 3107:9, 3107:22, 3145:21, 3171:10

**SOJA** [1] - 3094:11

**SOLID** [1] - 3127:17

**SOLUTIONS** [3] - 3186:2, 3186:14, 3188:9

**SOLVE** [2] - 3186:3, 3186:11

**SOME** [38] - 3098:16, 3101:1, 3107:18, 3109:25, 3115:23, 3121:20, 3121:22, 3125:22, 3125:23, 3127:21, 3132:16, 3135:21, 3136:2, 3137:3, 3138:11, 3139:23, 3140:19, 3145:6, 3146:24, 3147:15, 3150:12, 3157:7, 3158:20, 3161:3, 3161:19, 3164:17, 3164:19, 3166:10, 3167:5, 3167:7, 3172:18, 3173:1, 3173:4, 3182:19, 3184:6, 3186:23, 3191:12, 3191:15

**SOMEONE** [2] - 3132:13, 3152:24

**SOMETHING** [12] - 3116:4, 3116:10, 3116:14, 3121:2, 3152:10, 3155:19, 3160:6, 3164:13, 3165:3, 3169:16, 3175:6, 3181:3

**SOMETIMES** [2] - 3119:21, 3128:23

**SOMEWHAT** [2] - 3115:13, 3165:15

**SOMEWHERE** [1] - 3166:3

**SOON** [1] - 3176:10

**SORRY** [8] - 3133:21, 3152:10, 3155:6, 3168:18, 3172:16, 3174:2, 3185:13, 3191:24

**SORT** [1] - 3101:6

**SOUL** [1] - 3120:3

**SOUNDS** [1] - 3150:6

**SOURCES** [1] - 3184:19

**SOUTH** [10] - 3092:13, 3098:13, 3129:14, 3129:21, 3130:15, 3153:11, 3153:14, 3153:17, 3161:15, 3184:16

**SOUTHEAST** [2] - 3101:25, 3180:20

**SOUTHEASTERN** [1] - 3113:15

**SOUTHERN** [2] - 3106:9, 3130:18

**SPEAKING** [2] - 3108:11, 3108:16

**SPECIES** [1] - 3179:9

**SPECIFIC** [27] - 3116:8, 3158:2, 3158:3, 3178:13, 3179:21, 3182:9, 3182:23, 3183:2, 3183:20, 3184:22, 3184:24, 3185:2, 3185:4, 3185:6, 3185:14, 3185:22, 3186:3, 3186:6, 3186:17, 3186:22, 3188:8, 3188:21, 3189:12, 3190:15, 3191:6, 3191:10

**SPECIFICALLY** [3] - 3129:6, 3153:14, 3184:13

**SPECIFIED** [1] - 3111:10

**SPELL** [1] - 3176:23

**SPEND** [1] - 3115:14

**SPENDING** [1] - 3115:11

**SPENT** [3] - 3142:4, 3142:8, 3177:4

**SPILLWAY** [3] - 3179:25, 3180:2, 3180:6

**SPIRAL** [2] - 3150:19, 3158:22

**SPLIT** [2] - 3189:23, 3190:1

**SPONSOR** [1] - 3189:25

**SPOT** [1] - 3100:3

**SPOTS** [1] - 3129:23

**SPRINGS** [1] - 3093:13

**SQUIGGLY** [1] -

3143:9

**SR** [1] - 3094:11

**ST** [7] - 3092:17, 3092:20, 3093:2, 3093:5, 3093:23, 3124:14, 3180:15

**STABILITY** [1] - 3099:24

**STABLE** [1] - 3163:21

**STAFF** [1] - 3188:5

**STAGES** [1] - 3096:22

**STAMPED** [1] - 3110:7

**STANDARD** [3] - 3152:7, 3152:20, 3155:24

**STANDARDS** [2] - 3122:22, 3123:3

**STANDING** [1] - 3182:19

**STANDPOINT** [1] - 3178:20

**STANDS** [1] - 3183:9

**STANWOOD** [1] - 3092:8

**START** [12] - 3098:8, 3099:22, 3126:13, 3134:19, 3161:12, 3163:16, 3163:17, 3174:16, 3175:10, 3185:15

**STARTED** [2] - 3174:8, 3188:4

**STARTING** [1] - 3179:17

**STARTS** [6] - 3098:6, 3163:18, 3164:6, 3188:19, 3188:20, 3190:9

**STATE** [17] - 3121:14, 3121:16, 3122:19, 3122:20, 3176:22, 3181:8, 3183:14, 3183:15, 3186:23, 3187:1, 3187:15, 3187:17, 3188:12, 3189:15, 3189:24, 3190:22

**STATE'S** [2] - 3188:10, 3189:22

**STATE-OF-THE-ART** [3] - 3121:14, 3121:16, 3122:19

**STATED** [2] - 3140:16, 3183:25

**STATES** [8] - 3092:1, 3092:5, 3092:8, 3134:24, 3142:4,

3154:12, 3176:16, 3192:9

**STATION** [2] - 3094:13, 3180:13

**STATUS** [1] - 3177:11

**STATUTE** [2] - 3187:7, 3188:1

**STAY** [1] - 3100:2

**STENOGRAPHY** [1] - 3094:20

**STEP** [1] - 3173:25

**STEPHEN** [5] - 3162:24, 3164:23, 3169:7, 3169:8, 3169:16, 3169:20

**STEPS** [2] - 3163:2, 3164:8

**STEVENS** [2] - 3093:18, 3093:18

**STIFF** [4] - 3119:16, 3119:17, 3128:1, 3173:20

**STIFFER** [1] - 3110:16

**STILL** [12] - 3102:3, 3109:25, 3112:17, 3136:25, 3137:1, 3154:16, 3167:24, 3168:9, 3171:13, 3171:14, 3172:1, 3175:10

**STONE** [1] - 3094:11

**STOP** [2] - 3191:22, 3191:24

**STOPS** [1] - 3130:18

**STORM** [8] - 3101:11, 3101:21, 3103:10, 3109:20, 3118:5, 3149:15, 3153:9, 3180:13

**STRAIGHT** [1] - 3100:22

**STRATEGIES** [1] - 3191:9

**STREET** [5] - 3092:13, 3093:9, 3093:16, 3094:2, 3094:17

**STRETCH** [9] - 3128:7, 3128:12, 3129:17, 3130:21, 3132:18, 3132:22, 3172:6, 3173:1, 3173:4

**STRETCHES** [1] - 3131:22

**STRIKING** [2] - 3098:3, 3098:8

**STRUCK** [1] - 3177:8

**STRUCTURE** [1] - 3116:25

**STRUCTURES** [3] - 3116:24, 3123:1, 3123:9

**STUB** [2] - 3130:11, 3130:22

**STUDENT** [1] - 3179:18

**STUDIES** [3] - 3178:11, 3178:13, 3179:18

**STUDY** [17] - 3121:7, 3132:19, 3132:21, 3139:23, 3142:5, 3152:6, 3177:8, 3177:9, 3177:12, 3178:7, 3182:15, 3185:4, 3185:14, 3186:10, 3186:14, 3186:16

**STUFF** [1] - 3146:1

**SUBJECT** [2] - 3140:9, 3142:18

**SUBJECTED** [3] - 3119:9, 3132:5, 3134:2

**SUBMIT** [1] - 3145:13

**SUBMITTED** [6] - 3146:3, 3146:10, 3146:14, 3146:18, 3146:23, 3147:7

**SUBROGATED** [1] - 3093:22

**SUBSEQUENT** [1] - 3096:18

**SUBSET** [1] - 3190:6

**SUBSIDENCE** [1] - 3096:14

**SUBSTANTIAL** [1] - 3099:4

**SUCH** [2] - 3182:23, 3184:25

**SUFFICIENT** [1] - 3141:9

**SUGGESTED** [1] - 3188:21

**SUGGESTIONS** [1] - 3190:5

**SUITE** [4] - 3092:14, 3092:23, 3093:5, 3094:2

**SUMMARIZE** [1] - 3177:2

**SUMMARIZED** [1] - 3164:8

**SUMMARY** [5] - 3153:6, 3153:21, 3154:11, 3156:8,

DAILY COPY

3184:23
**SUPER** [1] - 3164:16
**SUPPLEMENTAL** [1] - 3150:16
**SUPPORT** [1] - 3100:2
**SUPPORTING** [1] - 3179:9
**SUPPORTS** [1] - 3127:5
**SURE** [17] - 3126:18, 3132:11, 3138:22, 3143:17, 3150:18, 3152:1, 3153:19, 3155:8, 3167:18, 3172:7, 3174:5, 3174:9, 3174:24, 3174:25, 3175:16, 3184:18, 3192:1
**SURFACE** [7] - 3105:24, 3106:11, 3107:8, 3107:10, 3107:19, 3109:8, 3126:12
**SURGE** [75] - 3112:19, 3113:19, 3113:20, 3114:16, 3118:5, 3123:15, 3124:23, 3124:25, 3125:7, 3125:14, 3134:2, 3134:11, 3134:20, 3135:15, 3135:23, 3136:5, 3136:17, 3136:22, 3138:4, 3140:24, 3141:1, 3141:4, 3141:9, 3141:23, 3142:23, 3142:25, 3143:2, 3143:14, 3144:13, 3144:24, 3145:14, 3145:18, 3145:23, 3146:1, 3146:4, 3146:13, 3146:19, 3147:8, 3147:12, 3148:6, 3148:10, 3148:24, 3149:2, 3149:5, 3149:15, 3149:21, 3149:24, 3151:2, 3151:18, 3151:24, 3152:6, 3152:7, 3152:12, 3152:19, 3152:23, 3153:9, 3153:11, 3153:21, 3153:23, 3154:5, 3154:23, 3155:22, 3155:23, 3156:3, 3156:6, 3156:8, 3156:13, 3163:5, 3167:23, 3171:9

**SURVIVE** [1] - 3119:4
**SURVIVED** [1] - 3119:16
**SURVIVES** [1] - 3104:8
**SUZANNE** [2] - 3174:19, 3176:11
**SWATH** [1] - 3171:19
**SWORN** [1] - 3176:20
**SYMBOLS** [1] - 3161:3
**SYNOPSIS** [1] - 3163:1

## T

**T** [1] - 3093:22
**TABLE** [10] - 3107:14, 3107:15, 3107:17, 3108:25, 3109:4, 3118:15, 3118:16, 3169:5, 3169:19
**TAHEERAH** [1] - 3094:6
**TAKE** [40] - 3096:9, 3097:22, 3098:10, 3100:6, 3101:23, 3104:11, 3104:12, 3105:14, 3107:13, 3109:1, 3109:13, 3110:3, 3110:5, 3111:5, 3111:6, 3113:7, 3113:23, 3115:17, 3117:22, 3118:2, 3118:15, 3118:19, 3119:5, 3127:5, 3138:18, 3147:20, 3151:16, 3156:15, 3158:15, 3167:16, 3171:15, 3172:3, 3173:7, 3173:12, 3173:18, 3174:6, 3174:7, 3180:5, 3180:12, 3186:3
**TAKEN** [8] - 3099:4, 3101:24, 3106:2, 3106:17, 3109:6, 3147:24, 3176:6, 3192:4
**TAKES** [3] - 3127:4, 3164:17, 3164:19
**TALK** [13] - 3100:3, 3120:22, 3120:23, 3121:24, 3125:9, 3146:1, 3147:15, 3149:4, 3150:12, 3151:18, 3152:6,

3152:23, 3153:7
**TALKED** [3] - 3116:3, 3120:14, 3139:11
**TALKING** [11] - 3098:21, 3100:3, 3104:16, 3120:25, 3127:5, 3127:13, 3142:12, 3148:5, 3148:12, 3152:12, 3162:21
**TALKS** [1] - 3153:16
**TASK** [13] - 3186:25, 3187:7, 3187:9, 3187:11, 3187:13, 3187:23, 3188:3, 3188:5, 3188:13, 3188:25, 3189:8, 3189:9, 3190:23
**TAXES** [1] - 3189:19
**TEAM** [3] - 3142:2, 3180:19, 3182:13
**TEAMS** [4] - 3181:22, 3182:2, 3182:11, 3184:17
**TECHNICAL** [8] - 3115:3, 3117:25, 3182:2, 3182:6, 3184:14, 3188:5, 3188:25, 3189:7
**TEDIOUSNESS** [1] - 3120:3
**TELL** [4] - 3100:18, 3109:9, 3148:18, 3159:1
**TEN** [2] - 3147:20, 3175:25
**TEN-MINUTE** [1] - 3147:20
**TENDER** [1] - 3119:18
**TENDERED** [3] - 3140:1, 3140:6, 3177:19
**TERM** [2] - 3128:10, 3172:25
**TERMS** [6] - 3121:7, 3126:15, 3127:12, 3134:13, 3135:3, 3190:15
**TERREBONNE** [2] - 3190:21, 3190:25
**TERRIBLY** [1] - 3126:25
**TERRITORY** [1] - 3120:14
**TEST** [2] - 3115:18, 3117:13
**TESTIFIED** [16] - 3121:25, 3124:22,

3125:1, 3125:16, 3126:23, 3128:3, 3129:8, 3137:13, 3138:24, 3141:15, 3143:13, 3159:15, 3160:20, 3164:24, 3166:12, 3176:20
**TESTIFY** [4] - 3148:6, 3160:1, 3177:11, 3177:13
**TESTIFYING** [2] - 3134:14, 3145:8
**TESTIMONY** [14] - 3119:22, 3120:20, 3125:10, 3128:12, 3137:22, 3138:15, 3138:16, 3151:1, 3159:19, 3165:1, 3165:14, 3165:15, 3177:20
**TEXAS** [1] - 3183:14
**THAN** [24] - 3101:14, 3101:21, 3103:1, 3107:1, 3114:8, 3116:2, 3119:8, 3123:15, 3123:21, 3126:20, 3127:10, 3132:20, 3138:6, 3138:9, 3139:3, 3141:24, 3147:1, 3147:13, 3148:16, 3149:18, 3169:2, 3170:4, 3190:12, 3190:21
**THANK** [30] - 3096:19, 3096:23, 3097:1, 3097:4, 3097:6, 3099:16, 3107:16, 3110:24, 3119:19, 3140:7, 3140:15, 3140:22, 3152:5, 3157:11, 3158:2, 3158:3, 3160:14, 3165:10, 3166:23, 3169:8, 3169:25, 3170:12, 3170:13, 3170:17, 3172:13, 3173:25, 3174:1, 3176:2, 3177:17, 3192:2
**THANKS** [2] - 3106:23, 3109:15
**THAT** [518] - 3096:11, 3096:16, 3096:19, 3096:21, 3096:25, 3097:20, 3098:1, 3098:13, 3098:14, 3098:17, 3099:7, 3099:9, 3099:18, 3099:22,

3099:23, 3100:1, 3100:14, 3100:17, 3100:20, 3100:24, 3101:5, 3101:12, 3101:14, 3101:16, 3101:17, 3102:2, 3102:4, 3102:16, 3102:24, 3103:12, 3103:19, 3104:1, 3104:3, 3104:4, 3104:7, 3104:8, 3104:9, 3104:10, 3104:20, 3104:22, 3104:24, 3105:2, 3105:5, 3105:9, 3105:11, 3105:25, 3106:2, 3106:3, 3106:6, 3106:7, 3106:10, 3106:12, 3106:16, 3106:15, 3106:18, 3106:20, 3107:4, 3107:11, 3107:18, 3107:19, 3107:22, 3108:7, 3108:8, 3108:9, 3108:22, 3108:23, 3109:1, 3109:4, 3109:10, 3109:14, 3109:15, 3109:25, 3110:1, 3110:5, 3110:18, 3110:24, 3111:3, 3111:5, 3111:7, 3111:11, 3111:23, 3111:24, 3112:2, 3112:5, 3112:7, 3112:14, 3112:17, 3112:21, 3113:1, 3113:2, 3113:3, 3113:5, 3113:8, 3113:16, 3114:2, 3114:7, 3114:10, 3114:12, 3114:18, 3115:11, 3115:23, 3116:6, 3116:21, 3117:7, 3117:10, 3118:9, 3118:14, 3118:24, 3119:2, 3119:6, 3119:15, 3119:22, 3119:23, 3119:24, 3120:6, 3120:8, 3120:12, 3120:14, 3120:15, 3120:16, 3120:21, 3120:24, 3121:8, 3121:17, 3122:3, 3122:5, 3122:6, 3122:7, 3122:10, 3122:11, 3122:14, 3122:15, 3122:16, 3122:21, 3122:24, 3123:1,

3123:11, 3123:19,
3123:20, 3124:4,
3124:7, 3124:8,
3124:15, 3124:22,
3124:25, 3125:2,
3125:4, 3125:5,
3125:6, 3125:8,
3125:11, 3125:17,
3125:19, 3126:6,
3126:14, 3126:19,
3127:3, 3127:5,
3127:13, 3127:25,
3128:2, 3128:6,
3128:12, 3129:2,
3129:6, 3129:17,
3129:22, 3129:23,
3130:6, 3130:22,
3131:4, 3131:17,
3131:18, 3131:19,
3131:25, 3132:2,
3132:5, 3132:8,
3132:19, 3132:21,
3132:23, 3132:25,
3133:5, 3133:13,
3133:24, 3134:5,
3134:7, 3134:8,
3134:11, 3134:17,
3135:3, 3135:4,
3135:5, 3135:20,
3135:22, 3136:8,
3136:12, 3136:15,
3136:17, 3136:20,
3136:23, 3137:1,
3137:3, 3137:4,
3137:8, 3137:10,
3137:12, 3137:14,
3137:16, 3137:18,
3138:9, 3138:11,
3138:15, 3138:16,
3138:18, 3138:24,
3139:2, 3139:17,
3139:18, 3139:19,
3139:22, 3139:23,
3140:5, 3140:8,
3140:16, 3141:1,
3141:4, 3141:9,
3141:12, 3141:22,
3141:23, 3141:25,
3142:2, 3142:4,
3142:14, 3142:15,
3143:14, 3143:16,
3143:20, 3143:23,
3144:4, 3144:8,
3144:10, 3144:15,
3144:17, 3144:18,
3144:24, 3145:1,
3145:3, 3145:6,
3145:9, 3145:15,
3145:17, 3145:19,
3145:23, 3145:25,
3146:2, 3146:4,

3146:6, 3146:9,
3146:16, 3146:17,
3146:20, 3146:25,
3147:3, 3147:10,
3147:12, 3147:20,
3148:12, 3148:15,
3148:24, 3148:25,
3149:4, 3149:7,
3149:10, 3149:12,
3149:22, 3150:1,
3150:2, 3150:8,
3150:18, 3150:22,
3151:10, 3151:17,
3151:20, 3151:23,
3151:24, 3152:2,
3152:4, 3153:2,
3153:18, 3153:19,
3153:25, 3154:1,
3154:13, 3154:14,
3155:18, 3155:19,
3156:1, 3156:10,
3156:11, 3157:3,
3157:7, 3157:9,
3157:10, 3157:15,
3158:7, 3158:11,
3158:22, 3159:2,
3159:10, 3159:15,
3159:19, 3160:1,
3160:6, 3160:8,
3160:10, 3160:16,
3160:17, 3160:20,
3160:24, 3161:1,
3161:3, 3161:4,
3161:8, 3161:21,
3162:1, 3162:8,
3162:11, 3162:16,
3163:4, 3163:13,
3164:6, 3164:8,
3164:17, 3165:8,
3165:25, 3166:3,
3166:6, 3166:7,
3166:10, 3166:11,
3166:12, 3166:13,
3166:16, 3166:22,
3166:25, 3167:3,
3167:5, 3167:6,
3167:8, 3167:12,
3167:13, 3167:14,
3167:16, 3167:21,
3167:23, 3168:1,
3168:3, 3168:7,
3168:9, 3168:25,
3169:3, 3169:12,
3169:17, 3169:19,
3169:22, 3169:23,
3170:3, 3170:6,
3170:8, 3170:9,
3170:21, 3170:24,
3171:1, 3171:2,
3171:3, 3171:10,
3171:17, 3171:24,

3172:6, 3172:7,
3172:15, 3172:18,
3172:24, 3173:1,
3173:9, 3173:12,
3173:16, 3173:19,
3173:21, 3173:22,
3175:10, 3176:11,
3177:2, 3177:18,
3178:25, 3179:15,
3180:2, 3180:19,
3180:22, 3180:25,
3181:1, 3181:3,
3181:14, 3181:17,
3181:22, 3182:3,
3182:4, 3182:5,
3182:6, 3182:15,
3182:20, 3183:1,
3183:6, 3183:8,
3183:9, 3183:16,
3183:18, 3183:20,
3183:25, 3184:4,
3184:5, 3184:6,
3184:10, 3184:11,
3184:17, 3184:21,
3184:22, 3184:25,
3185:2, 3185:6,
3185:15, 3185:18,
3185:21, 3185:22,
3185:23, 3185:25,
3186:7, 3186:8,
3186:10, 3186:12,
3186:13, 3186:18,
3186:22, 3187:6,
3187:7, 3187:8,
3187:11, 3187:14,
3187:21, 3187:24,
3188:1, 3188:2,
3188:3, 3188:7,
3188:13, 3188:14,
3188:20, 3188:22,
3188:25, 3189:10,
3189:21, 3190:1,
3190:4, 3190:14,
3190:22, 3190:24,
3191:4, 3191:20,
3191:21, 3191:23,
3192:11
   **THAT'S** [165] -
3097:11, 3100:10,
3100:13, 3101:7,
3101:12, 3101:14,
3101:22, 3102:3,
3102:13, 3102:17,
3102:19, 3102:20,
3103:16, 3104:13,
3105:3, 3105:13,
3105:14, 3106:4,
3106:8, 3106:14,
3110:2, 3110:9,
3111:2, 3111:9,
3111:12, 3111:21,

3112:5, 3112:6,
3112:9, 3113:10,
3113:13, 3113:17,
3114:4, 3114:17,
3114:19, 3115:2,
3115:22, 3116:8,
3117:9, 3118:1,
3118:18, 3118:22,
3118:25, 3121:6,
3121:10, 3121:13,
3121:21, 3121:23,
3122:20, 3123:5,
3123:7, 3123:12,
3123:15, 3123:22,
3124:10, 3124:18,
3124:21, 3125:1,
3125:13, 3125:15,
3125:18, 3126:5,
3126:22, 3126:23,
3127:8, 3127:12,
3127:22, 3128:4,
3128:8, 3128:22,
3128:24, 3129:10,
3130:23, 3131:21,
3132:13, 3132:24,
3133:2, 3133:16,
3134:3, 3134:19,
3135:2, 3135:3,
3135:9, 3135:10,
3135:16, 3135:17,
3135:18, 3136:5,
3136:10, 3136:19,
3139:9, 3140:13,
3140:17, 3141:3,
3141:6, 3141:8,
3141:11, 3141:13,
3141:17, 3141:19,
3142:1, 3142:3,
3142:24, 3143:1,
3143:4, 3143:7,
3143:10, 3143:21,
3144:1, 3144:19,
3144:23, 3145:2,
3146:9, 3146:20,
3148:20, 3149:3,
3149:11, 3149:14,
3149:15, 3149:17,
3149:20, 3149:23,
3150:1, 3150:6,
3150:15, 3156:10,
3157:5, 3157:7,
3157:9, 3157:17,
3158:4, 3159:21,
3160:18, 3161:17,
3161:18, 3161:24,
3162:2, 3162:4,
3162:9, 3162:10,
3162:13, 3163:7,
3163:22, 3164:15,
3170:7, 3170:22,
3170:25, 3171:5,

3171:18, 3172:9,
3173:13, 3173:23,
3175:22, 3183:5,
3183:10, 3184:2,
3184:16, 3184:24,
3185:6, 3186:5,
3187:25, 3188:15,
3190:3, 3190:7,
3191:17
   **THE** [1426] - 3092:8,
3092:12, 3092:19,
3093:4, 3093:22,
3094:4, 3095:4,
3096:5, 3096:6,
3096:9, 3096:10,
3096:11, 3096:12,
3096:13, 3096:14,
3096:15, 3096:16,
3096:17, 3096:19,
3096:20, 3096:21,
3096:22, 3096:23,
3096:25, 3097:1,
3097:3, 3097:5,
3097:9, 3097:12,
3097:13, 3097:14,
3097:15, 3097:17,
3098:1, 3098:2,
3098:3, 3098:5,
3098:6, 3098:8,
3098:9, 3098:14,
3098:15, 3098:17,
3098:19, 3098:20,
3098:23, 3098:24,
3099:1, 3099:2,
3099:3, 3099:4,
3099:6, 3099:8,
3099:9, 3099:10,
3099:12, 3099:13,
3099:15, 3099:16,
3099:19, 3099:21,
3099:23, 3099:24,
3099:25, 3100:1,
3100:3, 3100:4,
3100:5, 3100:8,
3100:9, 3100:11,
3100:12, 3100:13,
3100:14, 3100:15,
3100:17, 3100:18,
3100:19, 3100:21,
3100:22, 3100:24,
3101:2, 3101:3,
3101:5, 3101:6,
3101:8, 3101:11,
3101:12, 3101:15,
3101:16, 3101:18,
3101:19, 3101:20,
3101:21, 3101:25,
3102:1, 3102:2,
3102:3, 3102:4,
3102:5, 3102:6,
3102:7, 3102:8,

| | | | | |
|---|---|---|---|---|
| 3102:11, 3102:15, | 3111:14, 3111:16, | 3123:25, 3124:1, | 3135:14, 3135:15, | 3148:3, 3148:5, |
| 3102:18, 3102:19, | 3111:19, 3111:22, | 3124:3, 3124:4, | 3135:22, 3135:23, | 3148:6, 3148:8, |
| 3102:21, 3102:23, | 3111:24, 3111:25, | 3124:5, 3124:7, | 3135:24, 3135:25, | 3148:9, 3148:12, |
| 3102:24, 3103:1, | 3112:2, 3112:4, | 3124:8, 3124:11, | 3136:1, 3136:3, | 3148:13, 3148:14, |
| 3103:3, 3103:4, | 3112:5, 3112:8, | 3124:13, 3124:14, | 3136:4, 3136:5, | 3148:15, 3148:16, |
| 3103:5, 3103:7, | 3112:11, 3112:12, | 3124:15, 3124:18, | 3136:11, 3136:12, | 3148:18, 3148:20, |
| 3103:10, 3103:11, | 3112:15, 3112:16, | 3124:25, 3125:2, | 3136:13, 3136:14, | 3149:5, 3149:6, |
| 3103:12, 3103:13, | 3112:18, 3112:19, | 3125:3, 3125:6, | 3136:15, 3136:17, | 3149:12, 3149:15, |
| 3103:15, 3103:18, | 3112:20, 3112:21, | 3125:9, 3125:11, | 3136:18, 3136:20, | 3149:24, 3150:5, |
| 3103:22, 3103:25, | 3113:2, 3113:3, | 3125:12, 3125:14, | 3136:21, 3136:22, | 3150:12, 3151:2, |
| 3104:1, 3104:3, | 3113:4, 3113:5, | 3125:16, 3126:1, | 3136:25, 3137:1, | 3151:5, 3151:8, |
| 3104:6, 3104:7, | 3113:11, 3113:15, | 3126:2, 3126:3, | 3137:2, 3137:3, | 3151:10, 3151:14, |
| 3104:9, 3104:11, | 3113:18, 3113:21, | 3126:4, 3126:6, | 3137:5, 3137:6, | 3151:16, 3151:17, |
| 3104:13, 3104:15, | 3113:22, 3113:24, | 3126:7, 3126:8, | 3137:8, 3137:9, | 3151:18, 3151:20, |
| 3104:16, 3104:17, | 3114:1, 3114:5, | 3126:12, 3126:14, | 3137:11, 3137:16, | 3151:22, 3152:6, |
| 3104:18, 3104:19, | 3114:8, 3114:11, | 3126:15, 3126:16, | 3137:18, 3137:19, | 3152:8, 3152:10, |
| 3104:20, 3104:21, | 3114:14, 3114:15, | 3126:19, 3127:7, | 3137:21, 3138:1, | 3152:11, 3152:12, |
| 3104:22, 3104:23, | 3114:16, 3114:20, | 3127:16, 3127:18, | 3138:2, 3138:5, | 3152:16, 3152:17, |
| 3104:25, 3105:1, | 3114:21, 3114:23, | 3127:25, 3128:6, | 3138:8, 3138:13, | 3152:19, 3152:20, |
| 3105:2, 3105:3, | 3115:1, 3115:7, | 3128:7, 3128:9, | 3138:15, 3138:16, | 3152:21, 3152:22, |
| 3105:5, 3105:7, | 3115:9, 3115:13, | 3128:12, 3128:17, | 3138:21, 3138:24, | 3152:23, 3153:3, |
| 3105:9, 3105:14, | 3115:14, 3115:17, | 3128:19, 3128:20, | 3138:25, 3139:1, | 3153:5, 3153:7, |
| 3105:18, 3105:19, | 3115:23, 3115:24, | 3128:25, 3129:2, | 3139:2, 3139:3, | 3153:9, 3153:10, |
| 3105:21, 3105:22, | 3115:25, 3116:1, | 3129:4, 3129:11, | 3139:6, 3139:9, | 3153:11, 3153:12, |
| 3105:24, 3105:25, | 3116:7, 3116:8, | 3129:14, 3129:17, | 3139:11, 3139:13, | 3153:13, 3153:14, |
| 3106:2, 3106:4, | 3116:10, 3116:11, | 3129:20, 3129:21, | 3139:15, 3139:20, | 3153:15, 3153:16, |
| 3106:5, 3106:6, | 3116:12, 3116:13, | 3130:6, 3130:7, | 3139:21, 3139:25, | 3153:17, 3153:18, |
| 3106:7, 3106:8, | 3116:16, 3116:22, | 3130:8, 3130:9, | 3140:1, 3140:4, | 3153:21, 3153:22, |
| 3106:9, 3106:11, | 3116:25, 3117:2, | 3130:10, 3130:11, | 3140:9, 3140:13, | 3153:23, 3154:1, |
| 3106:12, 3106:13, | 3117:6, 3117:7, | 3130:13, 3130:15, | 3140:16, 3140:17, | 3154:4, 3154:5, |
| 3106:15, 3106:17, | 3117:10, 3117:17, | 3130:16, 3130:17, | 3140:18, 3140:20, | 3154:6, 3154:10, |
| 3106:18, 3106:19, | 3117:19, 3117:20, | 3130:18, 3130:20, | 3141:7, 3141:10, | 3154:11, 3154:12, |
| 3106:20, 3106:21, | 3117:24, 3118:3, | 3130:21, 3130:22, | 3141:12, 3141:22, | 3154:13, 3154:14, |
| 3106:22, 3106:23, | 3118:5, 3118:8, | 3130:24, 3130:25, | 3141:23, 3141:24, | 3154:15, 3154:16, |
| 3106:25, 3107:5, | 3118:11, 3118:14, | 3131:1, 3131:2, | 3142:2, 3142:4, | 3154:18, 3154:22, |
| 3107:6, 3107:8, | 3118:16, 3118:23, | 3131:3, 3131:4, | 3142:14, 3142:15, | 3154:23, 3154:24, |
| 3107:9, 3107:10, | 3119:2, 3119:3, | 3131:5, 3131:7, | 3142:16, 3142:23, | 3155:1, 3155:2, |
| 3107:11, 3107:15, | 3119:4, 3119:6, | 3131:9, 3131:14, | 3142:25, 3143:5, | 3155:3, 3155:5, |
| 3107:18, 3107:19, | 3119:9, 3119:10, | 3131:16, 3131:18, | 3143:8, 3143:9, | 3155:7, 3155:8, |
| 3107:20, 3107:21, | 3119:15, 3119:18, | 3131:23, 3132:1, | 3143:11, 3143:17, | 3155:9, 3155:14, |
| 3107:23, 3107:25, | 3119:19, 3119:20, | 3132:2, 3132:4, | 3143:19, 3143:22, | 3155:15, 3155:18, |
| 3108:3, 3108:4, | 3119:25, 3120:3, | 3132:6, 3132:8, | 3143:25, 3144:4, | 3155:21, 3155:23, |
| 3108:6, 3108:7, | 3120:5, 3120:6, | 3132:9, 3132:11, | 3144:5, 3144:7, | 3155:24, 3156:1, |
| 3108:9, 3108:14, | 3120:7, 3120:11, | 3132:14, 3132:15, | 3144:9, 3144:10, | 3156:3, 3156:5, |
| 3108:16, 3108:18, | 3120:12, 3120:13, | 3132:17, 3132:23, | 3144:12, 3144:13, | 3156:6, 3156:8, |
| 3108:19, 3108:20, | 3120:15, 3120:22, | 3133:4, 3133:5, | 3144:15, 3144:17, | 3156:14, 3156:15, |
| 3108:21, 3108:23, | 3121:7, 3121:11, | 3133:7, 3133:12, | 3144:18, 3144:24, | 3156:16, 3156:17, |
| 3109:4, 3109:5, | 3121:13, 3121:14, | 3133:13, 3133:14, | 3145:4, 3145:6, | 3156:19, 3156:22, |
| 3109:6, 3109:7, | 3121:16, 3121:17, | 3133:15, 3133:19, | 3145:7, 3145:9, | 3156:25, 3157:3, |
| 3109:8, 3109:13, | 3121:19, 3121:20, | 3133:20, 3133:21, | 3145:14, 3145:16, | 3157:5, 3157:7, |
| 3109:14, 3109:16, | 3121:22, 3121:25, | 3133:24, 3133:25, | 3145:17, 3145:19, | 3157:8, 3157:9, |
| 3109:19, 3109:22, | 3122:1, 3122:4, | 3134:1, 3134:2, | 3145:21, 3145:23, | 3157:11, 3157:13, |
| 3109:25, 3110:3, | 3122:6, 3122:7, | 3134:3, 3134:8, | 3146:1, 3146:4, | 3157:19, 3157:20, |
| 3110:5, 3110:7, | 3122:8, 3122:9, | 3134:17, 3134:18, | 3146:7, 3146:9, | 3157:21, 3157:23, |
| 3110:10, 3110:13, | 3122:14, 3122:15, | 3134:19, 3134:20, | 3146:13, 3146:16, | 3158:2, 3158:5, |
| 3110:19, 3110:20, | 3122:17, 3122:18, | 3134:22, 3134:23, | 3146:18, 3146:20, | 3158:8, 3158:17, |
| 3110:21, 3110:22, | 3122:19, 3122:20, | 3134:24, 3134:25, | 3146:25, 3147:4, | 3158:22, 3158:24, |
| 3110:23, 3111:1, | 3122:21, 3122:23, | 3135:3, 3135:4, | 3147:8, 3147:12, | 3159:2, 3159:11, |
| 3111:3, 3111:5, | 3122:24, 3122:25, | 3135:5, 3135:6, | 3147:14, 3147:16, | 3159:13, 3159:18, |
| 3111:7, 3111:12, | 3123:2, 3123:3, | 3135:7, 3135:9, | 3147:19, 3147:22, | 3159:19, 3159:21, |
| | 3123:19, 3123:23, | 3135:11, 3135:13, | 3147:23, 3148:1, | 3159:22, 3160:1, |

3160:2, 3160:4,
3160:8, 3160:12,
3160:14, 3160:21,
3161:1, 3161:3,
3161:9, 3161:11,
3161:13, 3161:14,
3161:15, 3161:19,
3161:22, 3162:4,
3162:5, 3162:6,
3162:14, 3162:16,
3162:19, 3162:23,
3163:4, 3163:5,
3163:8, 3163:9,
3163:11, 3163:14,
3163:15, 3163:17,
3163:18, 3163:23,
3163:24, 3163:25,
3164:2, 3164:5,
3164:9, 3164:10,
3164:14, 3164:16,
3164:21, 3164:23,
3165:5, 3165:8,
3165:10, 3165:11,
3165:12, 3165:14,
3165:15, 3165:20,
3165:24, 3165:25,
3166:3, 3166:5,
3166:15, 3166:18,
3166:20, 3166:22,
3166:23, 3167:1,
3167:2, 3167:9,
3167:10, 3167:13,
3167:15, 3167:20,
3167:22, 3167:23,
3168:3, 3168:9,
3168:10, 3168:12,
3168:13, 3168:16,
3168:18, 3168:22,
3168:23, 3168:25,
3169:7, 3169:14,
3169:18, 3169:19,
3169:20, 3169:21,
3169:22, 3169:25,
3170:2, 3170:3,
3170:5, 3170:6,
3170:13, 3170:14,
3170:16, 3170:20,
3170:23, 3170:24,
3171:1, 3171:8,
3171:9, 3171:11,
3171:12, 3171:20,
3172:8, 3172:12,
3172:15, 3172:16,
3172:18, 3172:19,
3172:20, 3172:21,
3172:22, 3172:24,
3172:25, 3173:1,
3173:3, 3173:4,
3173:8, 3173:9,
3173:14, 3173:15,
3173:18, 3173:22,

3173:25, 3174:1,
3174:2, 3174:6,
3174:9, 3174:10,
3174:13, 3174:18,
3174:24, 3175:1,
3175:3, 3175:12,
3175:15, 3175:17,
3175:19, 3175:22,
3175:24, 3176:1,
3176:5, 3176:8,
3176:9, 3176:14,
3176:15, 3176:17,
3176:19, 3176:22,
3176:23, 3176:24,
3177:2, 3177:3,
3177:5, 3177:6,
3177:7, 3177:8,
3177:9, 3177:10,
3177:11, 3177:13,
3177:14, 3177:15,
3177:16, 3177:17,
3177:18, 3177:25,
3178:6, 3178:11,
3178:14, 3178:18,
3178:19, 3178:24,
3178:25, 3179:4,
3179:7, 3179:11,
3179:12, 3179:13,
3179:14, 3179:15,
3179:20, 3179:22,
3179:23, 3179:24,
3180:1, 3180:2,
3180:4, 3180:6,
3180:7, 3180:9,
3180:11, 3180:14,
3180:15, 3180:18,
3180:19, 3180:25,
3181:1, 3181:3,
3181:5, 3181:6,
3181:7, 3181:8,
3181:9, 3181:11,
3181:19, 3181:21,
3181:25, 3182:10,
3182:12, 3182:13,
3182:17, 3182:19,
3182:21, 3182:22,
3182:23, 3182:24,
3183:2, 3183:3,
3183:4, 3183:7,
3183:8, 3183:14,
3183:15, 3183:17,
3183:21, 3183:22,
3183:24, 3184:3,
3184:4, 3184:6,
3184:7, 3184:8,
3184:13, 3184:14,
3184:21, 3184:25,
3185:5, 3185:9,
3185:10, 3185:11,
3185:12, 3185:13,
3185:16, 3185:17,

3185:18, 3185:19,
3185:22, 3186:1,
3186:2, 3186:4,
3186:5, 3186:6,
3186:9, 3186:11,
3186:15, 3186:16,
3186:19, 3186:21,
3186:23, 3186:25,
3187:1, 3187:3,
3187:4, 3187:5,
3187:6, 3187:7,
3187:8, 3187:10,
3187:11, 3187:12,
3187:13, 3187:14,
3187:15, 3187:16,
3187:17, 3187:18,
3187:19, 3187:20,
3187:21, 3187:22,
3187:23, 3188:1,
3188:3, 3188:4,
3188:5, 3188:6,
3188:7, 3188:10,
3188:11, 3188:12,
3188:13, 3188:16,
3188:18, 3188:19,
3188:21, 3188:22,
3188:23, 3188:24,
3188:25, 3189:3,
3189:4, 3189:5,
3189:7, 3189:8,
3189:9, 3189:10,
3189:13, 3189:14,
3189:15, 3189:16,
3189:17, 3189:21,
3189:22, 3189:23,
3189:24, 3190:1,
3190:4, 3190:5,
3190:7, 3190:8,
3190:12, 3190:13,
3190:14, 3190:15,
3190:17, 3190:20,
3190:21, 3190:22,
3190:23, 3190:25,
3191:1, 3191:3,
3191:5, 3191:7,
3191:8, 3191:10,
3191:11, 3191:13,
3191:19, 3191:20,
3191:21, 3191:22,
3191:23, 3191:25,
3192:2, 3192:3,
3192:11, 3192:12,
3192:13

**THEIR** [12] - 3096:15,
3115:15, 3123:21,
3145:10, 3146:1,
3150:13, 3175:4,
3179:5, 3179:8,
3181:11, 3187:13,
3187:14

**THEM** [26] - 3108:18,

3108:20, 3108:21,
3110:20, 3114:13,
3123:20, 3126:12,
3131:20, 3135:25,
3138:12, 3138:18,
3139:7, 3139:19,
3139:23, 3141:10,
3161:21, 3167:22,
3174:23, 3175:7,
3175:10, 3175:16,
3179:17, 3179:18,
3184:7, 3187:22,
3188:24

**THEN** [51] - 3096:24,
3098:6, 3098:16,
3099:2, 3101:1,
3101:8, 3102:14,
3102:21, 3105:11,
3108:6, 3109:6,
3109:7, 3123:2,
3123:10, 3124:8,
3124:11, 3124:13,
3130:17, 3130:18,
3131:2, 3136:8,
3145:14, 3153:16,
3157:10, 3163:8,
3163:13, 3163:23,
3164:2, 3165:24,
3166:5, 3168:16,
3173:18, 3174:19,
3174:20, 3175:11,
3175:18, 3182:22,
3183:2, 3184:22,
3185:7, 3185:15,
3186:2, 3186:4,
3186:13, 3186:17,
3186:19, 3189:7,
3189:9, 3189:10,
3191:10

**THEN-PREVAILING**
[1] - 3123:2

**THERE** [93] -
3098:24, 3099:6,
3099:13, 3100:3,
3100:8, 3102:1,
3102:23, 3103:11,
3105:10, 3106:5,
3106:8, 3106:9,
3109:25, 3111:25,
3114:7, 3114:9,
3122:7, 3122:11,
3122:14, 3124:12,
3124:17, 3126:15,
3127:12, 3127:16,
3129:11, 3129:23,
3131:19, 3132:14,
3132:16, 3132:21,
3134:8, 3137:7,
3137:11, 3138:13,
3141:9, 3143:14,
3145:20, 3148:18,

3150:19, 3153:2,
3155:2, 3156:22,
3157:7, 3157:8,
3158:13, 3158:14,
3160:23, 3160:25,
3161:4, 3161:5,
3161:22, 3161:23,
3162:12, 3163:21,
3166:14, 3167:25,
3168:14, 3168:21,
3171:19, 3172:1,
3172:22, 3173:1,
3173:2, 3173:8,
3175:12, 3179:5,
3181:16, 3181:25,
3184:3, 3184:11,
3184:13, 3184:19,
3184:24, 3186:11,
3186:13, 3188:9,
3188:22, 3189:2,
3189:12, 3190:14,
3190:15, 3190:17,
3190:18, 3190:19,
3190:21, 3191:6,
3191:8, 3191:10

**THERE'S** [19] -
3102:7, 3125:11,
3125:24, 3129:23,
3132:3, 3132:8,
3132:9, 3132:22,
3138:9, 3138:11,
3145:18, 3155:14,
3160:25, 3163:8,
3163:18, 3164:5,
3169:1, 3172:19,
3173:4

**THEREFORE** [1] -
3126:23

**THESE** [21] - 3107:9,
3107:12, 3108:6,
3110:4, 3113:8,
3113:11, 3117:23,
3123:1, 3123:13,
3124:17, 3124:23,
3125:12, 3126:25,
3127:21, 3133:25,
3134:2, 3160:20,
3161:12, 3161:13,
3171:10

**THESIS** [1] - 3178:14

**THEY** [65] - 3103:11,
3105:24, 3108:13,
3108:14, 3108:18,
3108:19, 3109:6,
3113:4, 3114:15,
3119:16, 3122:9,
3122:11, 3122:14,
3123:13, 3123:14,
3123:16, 3124:4,
3126:1, 3126:10,

3126:11, 3127:3,
3127:23, 3127:25,
3128:1, 3130:9,
3130:11, 3131:22,
3131:25, 3134:13,
3134:14, 3134:19,
3134:20, 3135:13,
3136:3, 3138:2,
3138:5, 3138:12,
3138:13, 3138:14,
3138:25, 3142:8,
3142:9, 3144:21,
3145:15, 3145:18,
3145:25, 3153:19,
3154:5, 3157:9,
3158:13, 3171:11,
3175:4, 3175:6,
3175:7, 3175:15,
3185:22, 3187:14,
3188:11, 3189:1
**THEY'LL** [2] -
3174:25, 3185:23
**THEY'RE** [13] -
3101:5, 3108:13,
3114:12, 3124:4,
3125:24, 3126:12,
3138:4, 3138:5,
3155:2, 3164:14,
3191:1
**THEY'VE** [2] -
3098:17, 3177:19
**THICKNESS** [1] -
3128:25
**THIN** [1] - 3112:2
**THING** [6] - 3100:8,
3131:22, 3155:18,
3163:4, 3163:23,
3176:12
**THINGS** [9] - 3120:5,
3122:14, 3122:15,
3126:19, 3131:18,
3137:7, 3139:22,
3159:11, 3165:18
**THINK** [54] - 3104:6,
3104:13, 3104:23,
3106:3, 3106:19,
3115:11, 3117:25,
3120:15, 3121:3,
3122:18, 3123:8,
3125:10, 3125:11,
3126:18, 3127:23,
3128:2, 3128:12,
3128:18, 3129:23,
3130:15, 3130:18,
3130:22, 3130:23,
3137:3, 3138:11,
3138:23, 3138:24,
3142:14, 3148:12,
3150:6, 3151:13,
3152:1, 3153:4,

3157:20, 3159:9,
3160:6, 3160:24,
3161:10, 3162:14,
3164:14, 3165:6,
3168:4, 3168:7,
3172:18, 3174:25,
3175:3, 3177:19,
3182:8, 3183:5,
3183:16, 3187:20,
3187:22
**THINKING** [1] -
3175:10
**THIRD** [1] - 3100:12
**THIRDLY** [1] -
3163:11
**THIS** [173] - 3097:25,
3098:12, 3099:1,
3099:3, 3099:18,
3099:19, 3099:21,
3099:22, 3100:16,
3101:2, 3101:8,
3101:17, 3101:20,
3101:24, 3101:25,
3102:2, 3102:15,
3102:18, 3102:23,
3102:25, 3103:1,
3103:2, 3103:4,
3103:7, 3103:10,
3103:15, 3103:17,
3104:18, 3105:16,
3105:17, 3106:10,
3107:25, 3108:1,
3109:3, 3109:4,
3109:9, 3109:12,
3109:16, 3110:3,
3110:7, 3110:10,
3111:7, 3111:10,
3111:19, 3111:23,
3112:4, 3112:24,
3113:24, 3114:1,
3114:2, 3114:10,
3115:10, 3115:17,
3116:11, 3117:5,
3117:10, 3118:11,
3118:16, 3118:20,
3119:1, 3119:13,
3119:21, 3120:9,
3120:14, 3123:8,
3123:25, 3124:16,
3126:7, 3126:18,
3126:24, 3127:18,
3128:2, 3128:6,
3128:12, 3129:5,
3129:6, 3129:8,
3129:17, 3129:24,
3130:5, 3130:14,
3130:15, 3130:20,
3131:14, 3132:10,
3140:12, 3141:16,
3141:18, 3142:7,
3142:10, 3142:16,

3142:22, 3143:2,
3144:5, 3144:21,
3145:11, 3145:13,
3145:22, 3146:6,
3146:10, 3146:11,
3146:18, 3146:23,
3147:4, 3147:7,
3147:11, 3149:7,
3150:19, 3150:23,
3152:21, 3152:22,
3152:24, 3153:1,
3153:2, 3153:3,
3153:8, 3153:13,
3154:2, 3154:3,
3154:10, 3157:20,
3158:17, 3158:18,
3159:1, 3159:2,
3159:3, 3159:4,
3159:8, 3159:15,
3160:2, 3160:10,
3160:13, 3161:4,
3161:11, 3162:12,
3163:1, 3163:13,
3163:23, 3164:9,
3165:4, 3165:6,
3165:7, 3165:12,
3165:13, 3165:15,
3165:12, 3166:25,
3167:4, 3168:5,
3169:5, 3169:14,
3169:17, 3170:9,
3171:16, 3171:17,
3171:19, 3171:22,
3173:15, 3173:19,
3173:21, 3174:3,
3174:11, 3177:21,
3178:23, 3191:22
**THOMAS** [1] -
3092:23
**THOSE** [29] -
3100:13, 3107:20,
3114:9, 3121:8,
3122:23, 3123:9,
3131:22, 3138:9,
3141:25, 3145:17,
3150:25, 3151:16,
3151:17, 3153:19,
3153:24, 3158:19,
3166:9, 3174:21,
3183:11, 3183:13,
3184:4, 3187:23,
3188:17, 3188:23,
3189:1, 3189:18,
3191:15, 3191:18
**THOUGH** [2] -
3167:14, 3173:21
**THOUGHT** [1] -
3130:25
**THREE** [8] - 3116:1,
3128:14, 3128:15,

3128:18, 3129:1,
3138:6, 3170:5,
3174:21
**THREE-FOOT** [1] -
3138:6
**THROUGH** [22] -
3099:9, 3101:11,
3105:18, 3106:11,
3109:12, 3112:2,
3128:5, 3138:13,
3164:6, 3173:21,
3174:23, 3175:16,
3177:14, 3180:4,
3180:6, 3185:11,
3185:14, 3185:15,
3187:17, 3188:6,
3191:3, 3191:6
**TIME** [39] - 3106:6,
3106:7, 3106:20,
3115:11, 3115:14,
3119:25, 3120:11,
3120:24, 3122:4,
3122:5, 3122:9,
3122:14, 3122:19,
3122:20, 3122:23,
3123:4, 3138:25,
3145:4, 3145:7,
3145:8, 3145:9,
3147:20, 3152:7,
3152:20, 3153:3,
3155:24, 3156:1,
3164:17, 3164:19,
3164:22, 3169:17,
3174:10, 3175:16,
3175:24, 3177:8,
3179:15, 3179:18,
3184:10, 3191:22
**TIMES** [3] - 3106:3,
3150:24, 3161:20
**TITLE** [1] - 3111:12
**TO** [452] - 3096:6,
3096:11, 3096:15,
3097:13, 3097:14,
3097:16, 3097:17,
3097:21, 3098:6,
3099:18, 3100:2,
3100:6, 3100:19,
3100:22, 3101:10,
3101:11, 3101:19,
3102:10, 3102:14,
3102:15, 3103:14,
3104:6, 3104:9,
3104:10, 3104:12,
3104:14, 3104:17,
3104:19, 3104:20,
3105:1, 3105:11,
3105:22, 3105:24,
3106:1, 3106:2,
3106:11, 3106:12,
3106:18, 3107:6,

3107:9, 3107:14,
3107:25, 3108:12,
3108:13, 3108:14,
3108:17, 3108:20,
3108:21, 3109:1,
3109:4, 3109:10,
3109:12, 3109:19,
3109:24, 3110:3,
3110:6, 3110:7,
3110:13, 3110:15,
3110:20, 3110:22,
3110:23, 3111:5,
3111:18, 3112:4,
3112:8, 3112:10,
3112:11, 3113:2,
3113:3, 3113:4,
3113:5, 3114:8,
3114:15, 3114:24,
3115:1, 3115:8,
3115:14, 3115:24,
3115:25, 3116:2,
3116:6, 3116:11,
3116:13, 3116:14,
3117:1, 3117:5,
3117:17, 3117:20,
3117:22, 3117:24,
3118:2, 3118:5,
3118:11, 3118:14,
3118:19, 3119:5,
3119:9, 3119:20,
3119:22, 3119:24,
3120:7, 3120:19,
3120:22, 3120:23,
3121:2, 3121:7,
3121:15, 3122:15,
3123:8, 3123:11,
3123:17, 3124:1,
3124:8, 3124:12,
3124:13, 3124:16,
3124:23, 3124:25,
3126:13, 3126:23,
3126:25, 3127:9,
3127:14, 3127:16,
3128:7, 3128:23,
3129:7, 3129:8,
3129:21, 3130:12,
3130:13, 3130:14,
3130:15, 3130:17,
3130:18, 3130:22,
3130:25, 3131:1,
3131:3, 3131:13,
3131:23, 3132:4,
3132:5, 3132:13,
3132:16, 3132:23,
3133:17, 3133:24,
3134:2, 3134:5,
3134:11, 3134:12,
3134:13, 3134:15,
3134:20, 3134:21,
3134:22, 3135:4,
3135:6, 3135:12,

DAILY COPY

3135:21, 3136:11, 3136:23, 3137:2, 3137:3, 3137:11, 3137:12, 3137:19, 3137:21, 3138:8, 3139:3, 3139:6, 3139:7, 3139:15, 3139:16, 3139:19, 3139:21, 3139:23, 3139:25, 3140:9, 3140:11, 3140:12, 3140:18, 3140:20, 3140:24, 3141:4, 3141:10, 3141:22, 3142:1, 3142:18, 3143:14, 3143:17, 3143:19, 3143:22, 3144:3, 3144:12, 3144:13, 3144:21, 3144:23, 3144:25, 3145:2, 3145:7, 3145:8, 3145:9, 3145:12, 3145:13, 3145:14, 3145:19, 3145:21, 3145:22, 3145:25, 3146:2, 3146:4, 3146:6, 3146:7, 3146:15, 3146:16, 3146:18, 3146:23, 3147:8, 3147:9, 3147:11, 3147:19, 3148:17, 3149:5, 3149:6, 3149:9, 3149:12, 3149:15, 3150:5, 3150:8, 3150:16, 3150:17, 3150:23, 3151:1, 3151:2, 3151:8, 3151:9, 3151:10, 3151:11, 3152:11, 3152:13, 3153:1, 3153:2, 3153:8, 3153:11, 3153:14, 3153:20, 3153:22, 3153:25, 3154:7, 3154:8, 3154:10, 3154:11, 3154:19, 3154:22, 3155:1, 3155:8, 3155:19, 3155:25, 3156:4, 3156:6, 3156:10, 3157:10, 3157:14, 3157:25, 3158:7, 3158:15, 3158:16, 3159:1, 3159:3, 3159:6, 3159:20, 3160:7, 3160:9, 3161:1, 3161:2, 3161:9, 3161:11, 3162:5, 3162:12, 3163:1,

3163:2, 3163:16, 3163:21, 3163:24, 3164:14, 3164:17, 3164:21, 3165:18, 3166:13, 3167:9, 3167:15, 3167:16, 3169:20, 3170:4, 3170:5, 3170:11, 3170:20, 3170:23, 3171:16, 3172:3, 3172:9, 3172:10, 3172:14, 3172:17, 3172:19, 3172:21, 3172:24, 3173:3, 3173:8, 3173:15, 3174:4, 3174:7, 3174:11, 3174:13, 3174:22, 3175:4, 3175:6, 3175:7, 3175:22, 3175:23, 3175:25, 3176:3, 3176:18, 3177:1, 3177:10, 3177:13, 3177:17, 3177:21, 3178:3, 3178:6, 3178:13, 3178:21, 3179:3, 3179:21, 3180:5, 3180:7, 3180:12, 3180:14, 3180:24, 3181:1, 3181:25, 3182:7, 3182:17, 3183:5, 3183:22, 3184:4, 3184:9, 3184:12, 3184:15, 3184:18, 3184:20, 3185:7, 3185:12, 3185:22, 3185:24, 3186:1, 3186:3, 3186:4, 3186:5, 3186:10, 3186:11, 3186:14, 3187:4, 3187:11, 3187:12, 3188:5, 3188:7, 3188:9, 3188:11, 3188:13, 3188:19, 3188:21, 3188:23, 3188:24, 3189:2, 3189:5, 3189:8, 3189:10, 3189:17, 3189:20, 3190:5, 3190:8, 3190:12, 3190:18, 3190:23, 3191:7, 3191:12, 3191:15, 3191:20, 3191:21, 3192:11

**TODAY** [6] - 3174:5, 3174:21, 3175:20, 3175:21, 3176:12, 3176:13

**TOE** [1] - 3163:17

**TOGETHER** [4] - 3108:24, 3164:9, 3165:13, 3187:2

**TOLD** [4] - 3144:1, 3146:25, 3176:11

**TOO** [5] - 3101:9, 3116:8, 3117:24, 3135:18, 3145:2

**TOOK** [4] - 3104:20, 3117:21, 3157:10, 3168:23

**TOP** [30] - 3098:5, 3098:20, 3099:22, 3099:25, 3100:9, 3100:11, 3102:1, 3102:8, 3103:3, 3103:18, 3103:21, 3103:22, 3109:22, 3109:25, 3110:10, 3111:3, 3111:22, 3113:24, 3114:21, 3117:6, 3131:12, 3135:25, 3152:14, 3154:16, 3159:16, 3160:3, 3160:4, 3163:5, 3163:24, 3164:10

**TOPIC** [1] - 3140:12

**TOPICS** [2] - 3120:19, 3120:21

**TORTS** [1] - 3094:5

**TOTAL** [2] - 3132:8, 3167:25

**TOTALLY** [2] - 3103:13, 3170:8

**TOUCHED** [1] - 3182:8

**TOWARD** [1] - 3163:24

**TOWARDS** [3] - 3100:17, 3189:7, 3190:22

**TRANSCRIPT** [4] - 3092:7, 3094:20, 3120:13, 3192:11

**TRANSITIONS** [1] - 3172:20

**TRAVEL** [2] - 3174:11, 3174:22

**TREES** [1] - 3139:16

**TRENCH** [6] - 3100:22, 3100:24, 3101:2, 3101:9, 3101:13

**TRENCHES** [1] - 3100:22

**TRIAL** [2] - 3092:7, 3116:11

**TRIGGER** [7] - 3160:9, 3165:24,

3166:13, 3167:1, 3167:18, 3168:12, 3169:9

**TRIGGERED** [10] - 3135:13, 3135:22, 3136:3, 3136:21, 3137:5, 3167:1, 3167:12, 3167:13, 3168:3, 3169:2

**TRIGGERING** [2] - 3164:9, 3170:4

**TRIGGERS** [4] - 3164:2, 3166:5, 3166:7, 3166:10

**TROUBLE** [1] - 3127:15

**TRUE** [3] - 3127:12, 3170:7, 3192:11

**TRY** [5] - 3153:2, 3172:14, 3172:17, 3174:13, 3180:7

**TRYING** [7] - 3115:25, 3127:14, 3127:16, 3150:23, 3151:1, 3163:1, 3190:23

**TURN** [18] - 3102:10, 3102:14, 3110:6, 3111:18, 3117:5, 3118:1, 3129:17, 3129:20, 3129:21, 3130:21, 3131:9, 3131:18, 3132:15, 3132:23, 3134:21, 3154:10, 3171:6

**TURNED** [1] - 3100:20

**TURTLES** [1] - 3179:9

**TWEAK** [1] - 3115:23

**TWO** [13] - 3096:9, 3096:20, 3100:21, 3106:2, 3114:8, 3125:11, 3129:23, 3130:7, 3137:7, 3151:24, 3174:10, 3176:13, 3183:11

**TX** [1] - 3092:24

**TYPE** [8] - 3103:17, 3107:19, 3108:6, 3114:5, 3168:24, 3168:25, 3173:19, 3185:6

**TYPES** [7] - 3105:15, 3107:2, 3108:16, 3116:25, 3127:12, 3139:3, 3191:18

**TYPICALLY** [1] - 3188:19

3166:13, 3167:1, 3167:18, 3168:12, 3169:9

## U

**U** [1] - 3094:4

**U.S** [2] - 3187:18, 3187:21

**UH** [1] - 3149:1

**UH-HUH** [1] - 3149:1

**ULTIMATELY** [1] - 3189:4

**UMBRELLA** [1] - 3185:3

**UNCOMPACTED** [3] - 3121:25, 3125:17, 3126:20

**UNCRITICAL** [1] - 3154:18

**UNDER** [7] - 3110:21, 3114:25, 3180:11, 3182:3, 3182:21, 3184:12, 3184:17

**UNDERGRADUATE** [2] - 3178:6, 3178:7

**UNDERNEATH** [4] - 3103:22, 3129:2, 3169:9, 3188:25

**UNDERSTAND** [20] - 3120:24, 3121:1, 3121:4, 3122:7, 3122:14, 3124:22, 3125:19, 3129:11, 3131:2, 3133:13, 3133:15, 3133:16, 3135:21, 3152:18, 3156:6, 3163:4, 3166:12, 3166:25, 3167:19, 3168:4

**UNDERSTANDING** [1] - 3192:12

**UNDERSTANDS** [1] - 3139:2

**UNDERSTOOD** [3] - 3116:18, 3125:10, 3184:18

**UNDERWAY** [2] - 3163:11, 3177:8

**UNITED** [6] - 3092:1, 3092:5, 3092:8, 3142:4, 3176:15, 3192:9

**UNIVERSITY** [2] - 3178:6, 3178:11

**UNLESS** [3] - 3115:23, 3116:10, 3121:2

**UNTIL** [4] - 3123:10, 3140:21, 3162:2, 3192:2

**UP** [45] - 3097:13, 3097:14, 3098:20,

3098:24, 3099:23, 3100:2, 3100:3, 3100:8, 3100:15, 3100:19, 3101:1, 3101:3, 3102:24, 3105:4, 3107:15, 3109:24, 3111:3, 3112:8, 3124:23, 3124:25, 3126:11, 3128:2, 3128:19, 3134:23, 3143:14, 3144:12, 3144:13, 3148:18, 3148:24, 3149:6, 3151:24, 3159:6, 3161:8, 3163:23, 3164:9, 3168:25, 3171:6, 3172:21, 3178:1, 3178:2, 3178:3, 3178:18, 3185:23

**UPDATE** [1] - 3150:22

**UPON** [2] - 3112:22, 3113:1

**UPPER** [1] - 3125:3

**US** [6] - 3162:19, 3165:24, 3176:3, 3185:7, 3185:23, 3186:5

**USE** [7] - 3116:23, 3117:3, 3122:21, 3128:19, 3168:4, 3180:24, 3190:23

**USED** [17] - 3115:22, 3116:22, 3117:10, 3118:12, 3118:16, 3118:23, 3144:18, 3148:6, 3148:8, 3148:9, 3148:10, 3148:15, 3152:1, 3154:20, 3157:20, 3161:4, 3162:18

**USER** [1] - 3189:19

**USES** [1] - 3190:17

**USING** [8] - 3109:4, 3113:2, 3116:23, 3117:13, 3141:22, 3148:17, 3148:20, 3191:13

**UTILIZED** [1] - 3142:16

**UTILIZING** [1] - 3142:16

**UTTERLY** [1] - 3170:8

---

**V**

**V** [1] - 3092:4

**VAGUE** [4] -

3123:17, 3138:20, 3157:25, 3172:5

**VALVE** [1] - 3100:19

**VARIATION** [2] - 3114:5, 3114:7

**VARIEGATED** [1] - 3127:1

**VARIOUS** [11] - 3160:20, 3166:6, 3181:8, 3181:22, 3182:23, 3183:2, 3184:9, 3187:4, 3188:23, 3189:1, 3190:13

**VARIOUSLY** [1] - 3161:19

**VARY** [4] - 3126:1, 3158:13, 3190:8

**VEGETATION** [6] - 3131:19, 3132:5, 3139:7, 3139:11, 3139:16, 3140:13

**VELOCITY** [5] - 3098:7, 3123:15, 3134:12, 3163:8, 3164:21

**VERRET** [10] - 3129:17, 3129:20, 3130:7, 3130:11, 3130:13, 3130:17, 3131:9, 3131:18, 3132:14, 3132:23

**VERSUS** [4] - 3118:7, 3127:18, 3148:18, 3170:21

**VERTICAL** [2] - 3108:3, 3126:3

**VERY** [11] - 3097:1, 3103:22, 3107:12, 3108:8, 3109:10, 3116:20, 3124:20, 3142:9, 3153:6, 3171:25

**VICINITY** [4] - 3177:14, 3179:24, 3180:14, 3180:25

**VICTIMS** [1] - 3138:16

**VICTOR** [1] - 3093:19

**VIDEO** [1] - 3096:25

**VIDEOS** [1] - 3137:3

**VIEW** [3] - 3122:6, 3123:13, 3141:1

**VIOLET** [1] - 3182:25

**VIRTUALLY** [2] - 3143:8, 3178:20

**VIS** [4] - 3116:10, 3133:25

**VIS-A-VIS** [2] -

3116:10, 3133:25

**VISITS** [2] - 3170:23, 3189:2

**VOLUME** [2] - 3092:9, 3157:21

**VOLUMES** [1] - 3169:18

**VOTE** [2] - 3189:1, 3189:10

**VULNERABLE** [4] - 3123:11, 3138:8, 3139:15, 3139:20

---

**W**

**WAIT** [1] - 3133:15

**WALK** [1] - 3109:12

**WALKED** [2] - 3121:20, 3171:16

**WALL** [28] - 3098:9, 3098:17, 3099:6, 3099:22, 3099:24, 3100:1, 3100:5, 3100:15, 3100:22, 3101:11, 3101:15, 3101:16, 3101:18, 3102:3, 3102:23, 3102:24, 3103:3, 3103:12, 3103:13, 3128:19, 3153:12, 3154:13, 3154:17, 3160:25, 3161:4, 3172:7, 3172:22

**WALLS** [4] - 3154:24, 3155:2, 3156:5, 3172:19

**WALTER** [1] - 3093:8

**WANT** [36] - 3096:11, 3100:6, 3100:19, 3102:14, 3104:12, 3107:14, 3109:1, 3109:12, 3109:24, 3110:3, 3110:6, 3110:22, 3110:23, 3111:5, 3114:24, 3117:5, 3117:22, 3117:24, 3118:19, 3119:5, 3121:2, 3123:8, 3130:13, 3136:11, 3136:23, 3142:18, 3145:2, 3150:5, 3151:5, 3151:11, 3153:8, 3159:20, 3161:1, 3165:18, 3172:3, 3172:9

**WANTED** [2] - 3116:14, 3155:8

**WANTS** [1] - 3116:2

**WARD** [2] - 3154:15, 3180:15

**WARREN** [1] - 3094:1

**WAS** [168] - 3097:12, 3097:13, 3099:6, 3099:9, 3099:10, 3099:14, 3101:16, 3101:18, 3102:4, 3102:23, 3103:11, 3104:1, 3104:3, 3104:7, 3104:10, 3104:20, 3105:9, 3106:5, 3106:8, 3106:9, 3106:10, 3106:13, 3106:15, 3106:17, 3106:20, 3107:3, 3109:9, 3109:16, 3109:19, 3109:22, 3109:23, 3111:1, 3112:7, 3114:16, 3114:21, 3116:21, 3119:12, 3121:17, 3122:3, 3122:4, 3122:5, 3122:7, 3122:11, 3122:22, 3123:21, 3124:1, 3124:7, 3124:12, 3124:17, 3124:25, 3127:5, 3127:16, 3128:12, 3128:15, 3128:17, 3128:25, 3129:5, 3129:6, 3129:11, 3129:15, 3129:16, 3130:2, 3130:4, 3131:9, 3131:10, 3131:14, 3131:16, 3132:14, 3133:24, 3133:25, 3134:1, 3136:12, 3136:15, 3137:18, 3140:1, 3141:9, 3141:25, 3142:7, 3142:12, 3142:15, 3143:5, 3143:14, 3144:4, 3144:17, 3144:18, 3144:23, 3145:1, 3145:7, 3145:8, 3145:14, 3145:20, 3145:23, 3146:2, 3146:6, 3146:16, 3146:20, 3146:22, 3147:2, 3147:24, 3148:8, 3148:9, 3148:15, 3149:5, 3149:7, 3149:12, 3149:15, 3149:22, 3150:19, 3150:21, 3150:22, 3151:22, 3152:10, 3154:1, 3154:14, 3154:15, 3154:16, 3155:18,

3156:1, 3156:7, 3156:13, 3157:7, 3159:2, 3159:8, 3160:2, 3161:14, 3166:13, 3166:14, 3167:19, 3167:23, 3169:18, 3171:3, 3173:16, 3173:22, 3174:2, 3174:4, 3176:6, 3176:10, 3176:11, 3176:20, 3177:7, 3177:8, 3178:1, 3178:23, 3178:24, 3179:15, 3180:2, 3180:4, 3180:11, 3180:19, 3180:24, 3181:3, 3181:5, 3183:25, 3184:14, 3188:2, 3188:6, 3190:1, 3192:4

**WASHED** [5] - 3099:7, 3099:11, 3102:4, 3104:3, 3104:5

**WASHINGTON** [2] - 3094:13, 3179:7

**WASN'T** [4] - 3152:2, 3160:22, 3164:25, 3172:7

**WATER** [47] - 3098:1, 3098:2, 3098:5, 3099:21, 3099:25, 3100:14, 3100:15, 3100:19, 3101:10, 3101:15, 3101:17, 3101:19, 3103:12, 3107:4, 3108:4, 3108:9, 3135:15, 3135:23, 3135:25, 3136:12, 3136:14, 3136:18, 3136:22, 3137:2, 3137:8, 3138:12, 3145:16, 3145:19, 3145:20, 3154:14, 3154:16, 3155:2, 3155:3, 3155:4, 3155:12, 3155:13, 3155:14, 3155:15, 3161:23, 3164:5, 3169:18, 3171:12, 3180:13, 3182:24, 3183:21, 3186:12, 3186:15

**WATERS** [1] - 3124:13

**WAVE** [22] - 3114:1, 3114:8, 3119:10, 3119:12, 3121:15,

3125:14, 3131:23, 3132:5, 3132:14, 3133:14, 3134:2, 3134:8, 3139:16, 3141:23, 3146:1, 3149:21, 3151:2, 3151:18, 3163:5, 3170:21, 3171:9

**WAVES** [39] - 3114:10, 3114:14, 3121:7, 3121:8, 3123:15, 3132:16, 3132:17, 3133:12, 3134:5, 3134:7, 3134:12, 3134:17, 3135:6, 3135:7, 3135:11, 3135:22, 3136:20, 3137:5, 3137:11, 3137:24, 3137:25, 3138:1, 3138:4, 3141:7, 3141:12, 3142:23, 3149:5, 3150:14, 3153:10, 3153:12, 3158:10, 3158:11, 3158:13, 3158:14, 3158:18, 3158:20, 3161:14

**WAY** [10] - 3100:20, 3101:17, 3105:18, 3109:15, 3119:20, 3130:17, 3139:6, 3139:15, 3139:19, 3188:11

**WAYS** [1] - 3117:1

**WE** [129] - 3096:25, 3099:18, 3100:6, 3100:8, 3100:21, 3101:3, 3102:6, 3102:10, 3102:18, 3104:1, 3105:5, 3105:11, 3106:2, 3107:3, 3107:23, 3107:25, 3109:14, 3110:20, 3110:24, 3111:1, 3111:6, 3111:7, 3111:18, 3111:19, 3111:22, 3111:23, 3115:21, 3116:13, 3116:23, 3117:6, 3118:1, 3118:15, 3126:14, 3128:2, 3128:6, 3129:2, 3129:7, 3130:6, 3130:14, 3130:24, 3132:6, 3133:4, 3134:21, 3134:23, 3138:21, 3138:23, 3139:21, 3141:14, 3141:24, 3143:11, 3144:8,

3145:19, 3146:10, 3147:20, 3148:5, 3148:24, 3149:4, 3150:19, 3150:25, 3151:11, 3152:22, 3155:21, 3159:1, 3159:3, 3159:11, 3159:15, 3162:14, 3162:18, 3162:19, 3162:21, 3163:5, 3163:11, 3163:13, 3163:14, 3164:8, 3165:6, 3165:7, 3165:12, 3165:13, 3166:5, 3167:21, 3168:4, 3171:6, 3173:9, 3173:18, 3174:3, 3174:8, 3174:10, 3174:13, 3174:15, 3174:16, 3174:19, 3174:20, 3174:23, 3174:25, 3175:1, 3175:3, 3175:7, 3175:10, 3175:11, 3175:12, 3175:13, 3175:16, 3175:18, 3175:19, 3175:21, 3176:12, 3181:21, 3182:2, 3182:19, 3182:21, 3183:1, 3185:2, 3185:20, 3185:24, 3186:9, 3186:13, 3191:23

**WE'LL** [10] - 3130:20, 3131:2, 3131:4, 3156:10, 3174:9, 3185:15, 3185:24, 3186:2, 3191:22

**WE'RE** [12] - 3099:21, 3105:5, 3107:21, 3113:2, 3115:11, 3127:13, 3150:22, 3159:6, 3174:25, 3181:23, 3184:18, 3189:18

**WE'VE** [8] - 3110:19, 3110:21, 3117:24, 3124:7, 3137:3, 3138:11, 3171:11, 3174:4

**WEAPONS** [2] - 3116:24, 3117:1

**WEEKS** [1] - 3116:1

**WEIGH** [1] - 3189:5

**WEIGHT** [3] - 3155:4, 3155:12, 3155:13

**WELL** [30] - 3100:21,

3103:11, 3107:5, 3110:15, 3110:19, 3112:2, 3120:5, 3123:3, 3123:19, 3127:1, 3127:6, 3129:25, 3131:1, 3132:12, 3133:15, 3142:1, 3143:20, 3146:17, 3148:22, 3157:19, 3157:23, 3159:9, 3160:1, 3163:18, 3165:3, 3167:2, 3179:17, 3185:4, 3185:14, 3189:14

**WENT** [4] - 3103:12, 3121:19, 3178:3, 3178:6

**WERE** [47] - 3104:13, 3105:15, 3106:2, 3109:6, 3112:16, 3113:4, 3117:20, 3118:11, 3119:16, 3122:9, 3122:14, 3122:18, 3122:23, 3123:1, 3123:13, 3127:25, 3131:23, 3131:25, 3134:2, 3135:6, 3138:12, 3138:13, 3138:16, 3138:25, 3139:1, 3144:24, 3145:9, 3145:25, 3148:5, 3150:19, 3151:20, 3152:7, 3153:19, 3154:18, 3158:11, 3164:23, 3165:21, 3167:12, 3168:3, 3169:21, 3177:19, 3180:3, 3184:19, 3191:18

**WEST** [1] - 3191:1

**WESTERINK** [1] - 3157:23

**WESTERINK'S** [2] - 3152:13, 3158:8

**WESTERN** [1] - 3190:22

**WETLAND** [11] - 3180:14, 3181:23, 3182:11, 3183:4, 3183:14, 3183:23, 3187:2, 3188:8, 3188:24, 3190:19, 3191:9

**WETLANDS** [13] - 3124:13, 3171:24, 3177:14, 3177:15, 3178:15, 3180:5, 3180:7, 3180:12,

3182:7, 3182:21, 3184:7, 3186:21, 3191:13

**WHALES** [1] - 3179:10

**WHAT** [129] - 3097:12, 3097:20, 3097:25, 3098:5, 3098:12, 3098:21, 3099:6, 3101:3, 3101:15, 3101:16, 3103:17, 3104:13, 3104:25, 3105:15, 3107:17, 3107:23, 3107:25, 3108:1, 3109:3, 3109:9, 3109:10, 3109:16, 3109:19, 3109:22, 3110:10, 3111:3, 3111:12, 3112:14, 3113:24, 3114:5, 3114:14, 3115:2, 3115:9, 3115:12, 3115:21, 3116:3, 3116:20, 3117:3, 3117:21, 3118:11, 3119:1, 3119:24, 3120:9, 3123:21, 3124:1, 3124:3, 3125:1, 3127:5, 3128:25, 3130:4, 3130:6, 3130:9, 3130:12, 3131:9, 3131:11, 3131:16, 3135:16, 3135:18, 3135:19, 3136:5, 3136:9, 3136:10, 3136:12, 3136:15, 3137:10, 3137:24, 3140:1, 3141:2, 3141:20, 3141:24, 3144:1, 3144:2, 3144:4, 3144:5, 3148:8, 3149:15, 3149:17, 3149:22, 3149:23, 3150:6, 3151:2, 3151:18, 3155:21, 3157:10, 3159:1, 3159:23, 3160:1, 3162:11, 3163:18, 3165:21, 3167:18, 3167:19, 3168:1, 3168:20, 3168:23, 3169:18, 3171:8, 3173:19, 3174:12, 3174:13, 3175:19, 3176:11, 3178:7, 3178:23, 3179:2, 3179:15, 3180:2, 3180:22, 3181:9, 3181:13,

3182:17, 3183:9, 3183:11, 3184:23, 3186:1, 3186:6, 3186:9, 3186:19, 3187:8, 3187:16, 3188:2, 3188:16, 3189:5, 3189:21, 3190:4, 3191:3

**WHAT'S** [8] - 3103:4, 3112:2, 3116:3, 3117:10, 3143:23, 3144:10, 3160:12, 3190:6

**WHATEVER** [5] - 3122:17, 3132:17, 3136:17, 3165:13, 3167:25

**WHEN** [28] - 3098:5, 3100:3, 3106:13, 3112:7, 3119:21, 3120:13, 3123:14, 3123:16, 3132:3, 3138:1, 3140:4, 3144:24, 3145:22, 3146:3, 3146:14, 3148:5, 3150:16, 3154:15, 3154:23, 3155:1, 3156:3, 3156:6, 3163:24, 3164:23, 3175:7, 3178:16, 3185:2, 3191:23

**WHERE** [48] - 3098:2, 3098:15, 3098:16, 3099:4, 3100:5, 3100:13, 3100:24, 3101:1, 3101:5, 3101:12, 3101:15, 3101:24, 3102:10, 3102:23, 3103:12, 3104:20, 3105:22, 3105:25, 3106:10, 3106:12, 3107:3, 3107:6, 3109:9, 3109:10, 3110:19, 3112:24, 3117:12, 3127:4, 3127:25, 3129:11, 3130:16, 3138:9, 3138:11, 3138:13, 3143:11, 3144:23, 3151:1, 3159:8, 3163:14, 3163:24, 3171:10, 3171:11, 3173:2, 3178:5, 3190:18, 3190:25

**WHEREABOUTS** [1] - 3178:2

**WHEREAS** [1] - 3110:16

DAILY COPY

**WHEREUPON** [4] - 3147:24, 3176:6, 3176:20, 3192:4

**WHETHER** [15] - 3112:11, 3112:20, 3113:4, 3113:5, 3119:12, 3124:16, 3132:13, 3148:17, 3150:12, 3153:13, 3168:12, 3170:20, 3171:3, 3172:6, 3185:9

**WHICH** [55] - 3096:17, 3096:21, 3096:25, 3097:18, 3097:23, 3099:24, 3100:6, 3101:23, 3103:25, 3105:19, 3109:2, 3110:6, 3110:22, 3110:23, 3113:8, 3114:25, 3115:4, 3117:5, 3118:14, 3121:2, 3121:22, 3124:6, 3124:12, 3124:13, 3126:25, 3128:13, 3131:6, 3133:11, 3134:2, 3138:2, 3141:14, 3141:24, 3142:16, 3142:22, 3143:5, 3145:13, 3146:4, 3146:13, 3147:2, 3154:19, 3160:23, 3162:21, 3164:5, 3170:2, 3171:16, 3172:4, 3177:9, 3182:14, 3182:19, 3185:11, 3186:6, 3189:24, 3191:3

**WHILE** [3] - 3135:6, 3180:18

**WHO** [10] - 3132:13, 3152:24, 3168:2, 3174:4, 3174:10, 3174:15, 3177:2, 3187:12, 3187:13

**WHOLE** [1] - 3130:21

**WHY** [11] - 3100:17, 3102:6, 3104:4, 3104:22, 3107:9, 3108:11, 3108:16, 3112:17, 3145:5, 3156:14, 3175:12

**WIDE** [5] - 3101:10, 3101:14, 3114:21, 3188:14

**WIDER** [2] - 3101:9, 3101:14

**WILDLIFE** [2] - 3181:7, 3187:21

**WILL** [29] - 3104:23, 3107:11, 3110:16, 3120:4, 3120:16, 3129:21, 3134:8, 3138:4, 3147:20, 3174:6, 3174:15, 3174:24, 3175:7, 3175:9, 3175:10, 3176:12, 3176:16, 3177:2, 3177:11, 3177:13, 3183:1, 3189:1, 3189:7, 3189:10, 3191:23

**WISH** [2] - 3159:21, 3172:8

**WIT** [1] - 3120:3

**WITH** [71] - 3099:8, 3099:18, 3101:8, 3103:22, 3105:5, 3107:19, 3108:22, 3110:20, 3115:24, 3116:6, 3116:7, 3117:16, 3118:13, 3119:7, 3119:10, 3120:6, 3120:16, 3122:22, 3123:2, 3123:20, 3124:2, 3124:23, 3126:6, 3128:16, 3129:5, 3131:7, 3132:12, 3134:1, 3134:5, 3134:12, 3139:7, 3145:3, 3148:13, 3150:13, 3150:22, 3151:17, 3152:7, 3153:22, 3155:1, 3155:19, 3157:23, 3159:4, 3162:14, 3163:8, 3164:21, 3165:1, 3168:25, 3170:8, 3174:19, 3174:20, 3174:23, 3175:10, 3175:13, 3175:16, 3177:1, 3177:20, 3179:20, 3179:23, 3180:3, 3180:18, 3181:4, 3181:5, 3181:9, 3181:11, 3184:9, 3185:6, 3185:15, 3185:23, 3187:14, 3187:22, 3188:20

**WITHDRAWN** [1] - 3166:19

**WITHIN** [4] - 3113:18, 3153:2, 3183:15, 3190:13

**WITHOUT** [3] -

3162:8, 3168:2, 3170:9

**WITHSTAND** [3] - 3105:23, 3107:7, 3153:20

**WITNESS** [57] - 3098:23, 3099:1, 3099:6, 3099:12, 3099:15, 3103:21, 3104:15, 3104:18, 3104:21, 3104:23, 3105:2, 3106:4, 3106:8, 3106:15, 3106:18, 3106:20, 3106:22, 3115:9, 3119:18, 3120:9, 3120:14, 3130:7, 3130:9, 3133:19, 3133:21, 3136:12, 3137:18, 3139:13, 3144:4, 3144:10, 3144:17, 3145:10, 3154:3, 3155:7, 3155:9, 3156:15, 3156:17, 3156:19, 3157:6, 3157:9, 3157:20, 3158:5, 3159:13, 3159:22, 3161:3, 3165:11, 3166:22, 3168:18, 3172:22, 3173:1, 3174:1, 3174:16, 3175:9, 3176:16, 3176:24, 3177:2

**WITNESSES** [8] - 3095:4, 3126:24, 3174:3, 3174:6, 3174:10, 3174:13, 3174:21, 3176:13

**WON'T** [1] - 3151:9

**WOODCOCK** [1] - 3094:12

**WORD** [1] - 3151:16

**WORDS** [2] - 3161:19, 3175:5

**WORK** [15] - 3117:12, 3122:25, 3125:11, 3133:13, 3158:9, 3158:22, 3178:6, 3179:20, 3179:21, 3180:17, 3181:14, 3181:15, 3181:19, 3182:3, 3189:13

**WORKED** [7] - 3179:4, 3179:5, 3179:7, 3179:11, 3179:15, 3179:17, 3181:16

**WORKING** [5] -

3177:5, 3181:22, 3182:11, 3184:17, 3187:2

**WORKS** [1] - 3187:14

**WORTH** [1] - 3167:25

**WOULD** [102] - 3099:13, 3099:22, 3099:25, 3101:15, 3104:10, 3107:8, 3108:22, 3112:11, 3112:16, 3112:17, 3113:3, 3113:5, 3114:10, 3114:20, 3114:23, 3117:19, 3119:4, 3119:8, 3119:10, 3119:15, 3120:24, 3124:2, 3124:3, 3124:15, 3124:17, 3125:4, 3126:6, 3126:23, 3127:3, 3131:13, 3132:6, 3132:12, 3132:20, 3135:12, 3135:13, 3135:22, 3135:25, 3136:1, 3136:3, 3136:13, 3136:14, 3136:23, 3137:1, 3137:5, 3137:8, 3137:9, 3137:19, 3137:20, 3138:18, 3139:6, 3139:7, 3139:16, 3139:19, 3141:12, 3141:24, 3145:17, 3145:18, 3145:20, 3146:20, 3148:15, 3148:21, 3150:1, 3150:23, 3151:18, 3153:13, 3153:23, 3153:25, 3154:2, 3155:25, 3156:4, 3159:2, 3159:8, 3161:8, 3162:1, 3162:16, 3163:16, 3165:8, 3168:10, 3170:11, 3171:8, 3171:10, 3171:11, 3174:7, 3174:19, 3174:20, 3175:3, 3175:5, 3176:22, 3184:21, 3185:22, 3186:2, 3191:20

**WOULDN'T** [6] - 3114:12, 3127:3, 3127:4, 3132:7, 3132:21, 3151:13

**WRIGHT** [1] - 3093:1

**WRITE** [6] - 3107:21,

3148:21, 3148:22, 3149:7, 3162:8, 3185:25

**WRITING** [3] - 3150:22, 3152:10, 3169:20

**WRITTEN** [2] - 3112:7, 3178:14

**WRONG** [3] - 3132:11, 3142:7, 3176:11

## X

**X** [1] - 3095:2

**XBE** [3] - 3110:7, 3111:6, 3111:18

## Y

**YEAH** [7] - 3104:13, 3106:22, 3137:14, 3156:22, 3156:25, 3162:10, 3176:5

**YEAR** [7] - 3158:18, 3188:19, 3188:20, 3189:8, 3189:12, 3190:8

**YEARS** [2] - 3096:13, 3106:3

**YELLOW** [8] - 3101:5, 3129:11, 3132:25, 3171:20, 3171:21, 3171:22, 3172:6, 3173:9

**YEP** [1] - 3111:23

**YES** [80] - 3096:8, 3096:23, 3097:3, 3097:5, 3097:19, 3099:2, 3099:15, 3100:13, 3111:16, 3111:25, 3112:13, 3115:2, 3115:5, 3115:7, 3118:10, 3120:1, 3121:14, 3122:24, 3123:24, 3124:3, 3124:16, 3124:19, 3125:5, 3125:21, 3126:9, 3133:17, 3134:6, 3134:16, 3136:8, 3136:10, 3136:12, 3137:8, 3137:15, 3137:16, 3137:25, 3138:4, 3142:9, 3142:13, 3142:20, 3144:1, 3144:9, 3144:16, 3144:17, 3144:23, 3145:15, 3145:24, 3146:5, 3146:21, 3147:21,

3148:14, 3148:15,
3149:8, 3152:17,
3155:9, 3156:17,
3157:1, 3158:23,
3158:24, 3158:25,
3159:13, 3160:5,
3162:10, 3164:7,
3164:11, 3165:7,
3165:9, 3166:2,
3166:4, 3166:18,
3167:4, 3173:11,
3173:23, 3175:17,
3176:9, 3179:23,
3181:5, 3182:2,
3186:9, 3191:25

**YESTERDAY** [3] -
3096:25, 3102:18,
3124:22

**YET** [3] - 3109:25,
3150:16, 3172:1

**YORK** [1] - 3093:24

**YOU** [430] - 3096:6,
3096:19, 3096:23,
3097:1, 3097:3,
3097:4, 3097:5,
3097:6, 3097:16,
3098:2, 3098:7,
3098:14, 3098:16,
3098:21, 3098:24,
3099:5, 3099:7,
3099:8, 3099:16,
3099:19, 3099:22,
3100:3, 3100:11,
3100:18, 3100:19,
3100:24, 3101:1,
3101:8, 3101:9,
3101:12, 3101:14,
3101:15, 3101:17,
3102:4, 3102:6,
3102:10, 3103:7,
3103:12, 3103:20,
3104:6, 3104:10,
3104:12, 3104:13,
3105:17, 3106:5,
3106:13, 3106:25,
3107:15, 3107:16,
3107:21, 3108:7,
3108:8, 3108:10,
3108:20, 3108:22,
3109:1, 3109:9,
3109:10, 3109:11,
3109:25, 3110:12,
3110:25, 3111:14,
3111:16, 3112:10,
3112:17, 3112:20,
3112:21, 3112:24,
3113:1, 3113:3,
3113:4, 3113:5,
3113:8, 3113:11,
3113:18, 3114:2,
3114:5, 3114:18,

3114:24, 3115:3,
3115:11, 3115:24,
3116:2, 3116:4,
3116:6, 3117:12,
3117:16, 3117:19,
3117:20, 3119:2,
3119:3, 3119:19,
3119:20, 3119:21,
3120:21, 3120:24,
3121:7, 3121:11,
3121:14, 3121:19,
3121:20, 3122:3,
3122:18, 3122:21,
3123:1, 3123:8,
3123:19, 3124:2,
3124:15, 3124:18,
3124:22, 3125:4,
3125:5, 3125:11,
3125:16, 3126:6,
3126:18, 3126:23,
3127:3, 3128:2,
3128:3, 3129:8,
3129:9, 3129:21,
3130:22, 3132:12,
3132:23, 3133:15,
3133:16, 3133:17,
3133:20, 3133:24,
3134:1, 3134:5,
3134:7, 3134:11,
3134:14, 3134:17,
3135:4, 3135:16,
3135:20, 3136:3,
3136:8, 3136:11,
3136:17, 3136:20,
3136:23, 3137:1,
3137:3, 3137:7,
3137:8, 3137:13,
3137:24, 3138:6,
3138:15, 3138:16,
3138:18, 3139:7,
3140:4, 3140:5,
3140:7, 3140:15,
3140:20, 3140:22,
3141:15, 3141:16,
3141:20, 3142:2,
3142:18, 3142:22,
3143:2, 3143:13,
3143:16, 3143:19,
3144:9, 3144:13,
3144:24, 3144:25,
3145:2, 3145:3,
3145:5, 3145:8,
3145:13, 3145:22,
3145:23, 3146:3,
3146:13, 3146:14,
3146:22, 3146:25,
3147:4, 3147:11,
3147:15, 3148:3,
3148:6, 3148:10,
3148:11, 3148:22,
3148:25, 3149:2,

3149:4, 3149:7,
3149:9, 3149:12,
3149:15, 3149:22,
3149:24, 3150:5,
3150:22, 3150:23,
3150:25, 3151:5,
3151:16, 3151:20,
3152:3, 3152:4,
3152:5, 3152:7,
3153:8, 3154:18,
3154:19, 3155:5,
3155:8, 3155:18,
3156:3, 3156:5,
3156:6, 3156:11,
3156:13, 3156:14,
3156:16, 3156:21,
3157:11, 3157:15,
3158:3, 3158:4,
3158:7, 3158:11,
3158:16, 3158:17,
3158:20, 3158:21,
3159:1, 3159:4,
3159:8, 3159:9,
3159:15, 3159:23,
3159:24, 3160:1,
3160:8, 3160:10,
3160:14, 3160:16,
3160:24, 3161:1,
3161:10, 3162:1,
3162:2, 3162:6,
3162:8, 3164:14,
3164:20, 3164:23,
3165:1, 3165:4,
3165:10, 3165:18,
3165:25, 3166:3,
3166:6, 3166:7,
3166:10, 3166:12,
3166:20, 3166:23,
3166:25, 3167:2,
3167:5, 3167:10,
3167:13, 3167:15,
3167:16, 3168:1,
3168:10, 3168:12,
3168:16, 3168:24,
3169:2, 3169:8,
3169:12, 3169:14,
3169:24, 3169:25,
3170:2, 3170:6,
3170:7, 3170:9,
3170:12, 3170:13,
3170:16, 3170:17,
3170:20, 3170:23,
3171:1, 3171:2,
3171:16, 3171:17,
3171:21, 3171:22,
3171:24, 3172:1,
3172:2, 3172:8,
3172:9, 3172:13,
3172:22, 3173:25,
3174:1, 3175:3,
3175:24, 3176:2,

3176:11, 3176:22,
3177:17, 3177:18,
3177:25, 3178:2,
3178:5, 3178:7,
3178:10, 3178:13,
3178:16, 3178:18,
3179:2, 3179:15,
3179:20, 3179:21,
3180:2, 3180:3,
3180:9, 3180:17,
3180:22, 3181:9,
3181:13, 3181:14,
3181:19, 3182:6,
3182:8, 3183:1,
3183:4, 3183:5,
3183:11, 3183:16,
3183:25, 3184:4,
3184:11, 3184:18,
3184:23, 3185:9,
3185:14, 3185:16,
3186:7, 3186:19,
3187:7, 3188:1,
3188:2, 3188:16,
3189:21, 3190:4,
3190:9, 3190:14,
3191:17, 3191:20,
3192:2

**YOU'LL** [2] -
3132:14, 3168:25

**YOU'RE** [16] -
3100:3, 3104:16,
3121:4, 3127:9,
3132:11, 3133:16,
3135:21, 3137:5,
3137:7, 3148:12,
3148:17, 3151:24,
3162:12, 3175:19,
3183:17

**YOU'VE** [10] -
3098:14, 3099:23,
3100:1, 3117:23,
3121:25, 3126:3,
3127:9, 3127:10,
3142:10, 3182:8

**YOUR** [146] - 3096:8,
3097:4, 3097:22,
3098:10, 3100:7,
3101:23, 3102:10,
3102:14, 3103:14,
3105:19, 3106:25,
3107:13, 3111:13,
3111:15, 3112:22,
3113:7, 3113:23,
3114:20, 3115:6,
3116:13, 3117:12,
3117:16, 3119:13,
3119:18, 3120:20,
3121:22, 3122:6,
3123:9, 3123:13,
3123:19, 3124:6,
3124:20, 3125:10,

3127:23, 3130:12,
3130:15, 3133:17,
3134:14, 3134:21,
3134:24, 3135:2,
3135:20, 3136:25,
3137:12, 3137:15,
3137:22, 3138:18,
3140:15, 3140:19,
3141:1, 3141:4,
3141:9, 3141:14,
3141:18, 3142:10,
3142:13, 3142:18,
3142:22, 3143:13,
3143:21, 3144:8,
3144:16, 3146:14,
3146:25, 3147:17,
3148:2, 3148:6,
3148:7, 3148:10,
3148:18, 3149:4,
3150:3, 3150:5,
3150:13, 3151:13,
3152:15, 3152:18,
3153:4, 3154:8,
3154:20, 3154:22,
3155:10, 3156:10,
3156:13, 3156:14,
3159:4, 3159:23,
3160:13, 3161:9,
3161:17, 3161:20,
3161:22, 3162:3,
3162:5, 3162:9,
3163:4, 3164:2,
3165:7, 3165:8,
3165:9, 3167:9,
3167:14, 3168:20,
3169:24, 3170:8,
3170:12, 3170:14,
3171:3, 3171:6,
3171:8, 3171:15,
3172:3, 3172:5,
3172:13, 3172:23,
3173:4, 3173:7,
3173:13, 3173:22,
3173:24, 3174:3,
3174:7, 3174:12,
3175:13, 3176:4,
3176:15, 3176:19,
3176:22, 3177:1,
3178:7, 3178:13,
3178:23, 3179:2,
3179:20, 3180:17,
3181:13, 3181:14,
3182:9, 3185:20

**YOURS** [1] - 3132:2
**YOURSELF** [1] -
3140:21

---

## Z

**ZONE** [1] - 3183:15
**ZOOM** [2] - 3115:21,

3138:1

DAILY COPY