1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

5   NORMAN ROBINSON, ET AL        *   DOCKET 06-CV-2268-K
                                  *
6   VERSUS                        *   NEW ORLEANS, LOUISIANA
                                  *
7   UNITED STATES OF AMERICA, ET AL *   MAY 8, 2009
    * * * * * * * * * * * * * * * * *

8

9

10              VOLUME 15 - AFTERNOON SESSION
                TRIAL PROCEEDINGS BEFORE THE
11          HONORABLE STANWOOD R. DUVAL JR.
                UNITED STATES DISTRICT JUDGE

12

13
    APPEARANCES:
14

15  FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                               BY:  PIERCE O'DONNELL, ESQ.
16                             550 SOUTH HOPE STREET, SUITE 1000
                               LOS ANGELES, CALIFORNIA 90071
17

18  FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                               BY:  JOSEPH M. BRUNO, ESQ.
19                                  L. SCOTT JOANEN, ESQ.
                               855 BARONNE STREET
20                             NEW ORLEANS, LOUISIANA 70113

21
    FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                             BY:  JONATHAN B. ANDRY, ESQ.
                                    KEA SHERMAN, ESQ.
23                             610 BARONNE STREET
                               NEW ORLEANS, LOUISIANA 70113
24

25


                        FINAL DAILY COPY

1   APPEARANCES (CONTINUED):

2

3   FOR THE PLAINTIFFS:        BARON & BUDD, PC
                               BY:  THOMAS SIMS, ESQ.
4                              3102 OAK LAWN AVENUE, SUITE 1100
                               DALLAS, TEXAS 75219

5

6   FOR THE PLAINTIFFS:        DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
                               BY:  JAMES P. ROY, ESQ.
7                              556 JEFFERSON STREET, SUITE 500
                               POST OFFICE BOX 3668
8                              LAFAYETTE, LOUISIANA 70502

9   FOR THE PLAINTIFFS:        THE DUDENHEFER LAW FIRM, LLC
                               BY:  FRANK C. DUDENHEFER JR., ESQ.
10                             601 POYDRAS STREET, SUITE 2655
                               NEW ORLEANS, LOUISIANA 70130
11

12  FOR THE PLAINTIFFS:        DUMAS & ASSOCIATES LAW FIRM, LLC
                               BY:  WALTER C. DUMAS, ESQ.
13                             LAWYER'S COMPLEX
                               1261 GOVERNMENT STREET
14                             POST OFFICE BOX 1366
                               BATON ROUGE, LOUISIANA 70821
15

16  FOR THE PLAINTIFFS:        FAYARD & HONEYCUTT
                               BY:  CALVIN C. FAYARD JR., ESQ.
17                             519 FLORIDA AVENUE S.W.
                               DENHAM SPRINGS, LOUISIANA 70726
18

19  FOR THE PLAINTIFFS:        MICHAEL C. PALMINTIER, A PLC
                               BY:  MICHAEL C. PALMINTIER, ESQ.
20                                  JOSHUA M. PALMINTIER, ESQ.
                               618 MAIN STREET
21                             BATON ROUGE, LOUISIANA 70801

22
    FOR THE PLAINTIFFS:        LAW OFFICE OF ELWOOD C. STEVENS JR.,
23                               A PLC
                               BY:  ELWOOD C. STEVENS JR., ESQ.
24                             1205 VICTOR II BOULEVARD
                               POST OFFICE BOX 2626
25                             MORGAN CITY, LOUISIANA 70381

                            FINAL DAILY COPY

1  APPEARANCES (CONTINUED):

2

FOR SUBROGATED INSURERS:      THE GILBERT FIRM
3                             BY:  ELISA T. GILBERT, ESQ.
                                   BRENDAN R. O'BRIEN, ESQ.
4                             325 EAST 57TH STREET
                              NEW YORK, NEW YORK 10022
5

6  ALSO PRESENT FOR              J. ROBERT WARREN II, ESQ.
     PLAINTIFFS:                 ASHLEY E. PHILEN, ESQ.
7                                MRGO LITIGATION GROUP
                                 600 CARONDELET STREET, SUITE 604
8                                NEW ORLEANS, LOUISIANA 70130

9

FOR THE DEFENDANT:              U.S. DEPARTMENT OF JUSTICE
10                              TORTS BRANCH, CIVIL DIVISION
                                BY:  DANIEL M. BAEZA JR., ESQ.
11                                   JEFFREY PAUL EHRLICH, ESQ.
                                     TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                   MICHELE S. GREIF, ESQ.
                                     CONOR KELLS, ESQ.
13                                   PAUL MARC LEVINE, ESQ.
                                     JAMES F. MCCONNON JR., ESQ.
14                                   KARA K. MILLER, ESQ.
                                     RUPERT MITSCH, ESQ.
15                                   PETER G. MYER, ESQ.
                                     ROBIN D. SMITH, ESQ.
16                                   SARAH K. SOJA, ESQ.
                                     RICHARD R. STONE SR., ESQ.
17                                   JOHN WOODCOCK, ESQ.
                                BENJAMIN FRANKLIN STATION
18                              P.O. BOX 888
                                WASHINGTON, DC 20044
19

20  OFFICIAL COURT REPORTER:      TONI DOYLE TUSA, CCR, FCRR
                                  500 POYDRAS STREET, ROOM HB-406
21                                NEW ORLEANS, LOUISIANA 70130
                                  (504) 589-7778
22

23

24

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25  PRODUCED BY COMPUTER.


                         FINAL DAILY COPY

1                              **I N D E X**

2                                                          PAGE

3    GREGORY MILLER
          DIRECT EXAMINATION                          3197
4         CROSS-EXAMINATION                            3231

5
     LOUIS BRITSCH III
6         DIRECT EXAMINATION                           3253
          CROSS-EXAMINATION                            3297
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                              FINAL DAILY COPY

| | | |
|---|---|---|
| 13:00 | 1 | **AFTERNOON SESSION** |
| 13:05 | 2 | **(MAY 8, 2009)** |
| 13:05 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 13:19 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:19 | 5 | (WHEREUPON, **GREGORY MILLER**, HAVING BEEN DULY SWORN, |
| 13:19 | 6 | TESTIFIED AS FOLLOWS.) |
| 13:20 | 7 | **DIRECT EXAMINATION** |
| 13:20 | 8 | **BY MS. MILLER:** |
| 13:20 | 9 | **Q.**   BEFORE WE BROKE FOR LUNCH, WE HAD BEEN DISCUSSING THE |
| 13:20 | 10 | CWPPRA STATUTE, AND I WAS ABOUT TO SHOW YOU THE RESTORATION |
| 13:20 | 11 | PLAN THAT YOU HAD BEEN DISCUSSING.  THIS IS MARKED AS DX-1749. |
| 13:20 | 12 | MR. MILLER, THE DOCUMENT THAT'S BEEN SHOWN ON THE |
| 13:21 | 13 | SCREEN, IS THAT THE RESTORATION PLAN THAT YOU HAD BEEN |
| 13:21 | 14 | DESCRIBING EARLIER? |
| 13:21 | 15 | **A.**   YES.  THIS IS THE RESTORATION PLAN DEVELOPED FOR THE COAST |
| 13:21 | 16 | BY THE COASTAL WETLANDS PLANNING, PROTECTION AND RESTORATION |
| 13:21 | 17 | ACT TASK FORCE IN 1993. |
| 13:21 | 18 | **Q.**   THIS IS THE PLAN THAT YOU DESCRIBED THAT PRESENTS -- IT |
| 13:21 | 19 | PRESENTS A COMPREHENSIVE PLAN OF WHAT THE RESTORATION GOALS |
| 13:21 | 20 | WERE AT THAT TIME; IS THAT FAIR TO SAY? |
| 13:21 | 21 | **A.**   THAT'S RIGHT.  IT DOES THAT FOR ALL THE BASINS ACROSS THE |
| 13:21 | 22 | COASTAL ZONE OF LOUISIANA. |
| 13:21 | 23 | **Q.**   THIS ALSO INCLUDES AN ENVIRONMENTAL IMPACT STATEMENT; IS |
| 13:21 | 24 | THAT RIGHT? |
| 13:21 | 25 | **A.**   THAT'S RIGHT.  THERE WAS AN ACCOMPANYING PROGRAMMATIC |

13:21   1   ENVIRONMENTAL IMPACT STATEMENT WITH THE RESTORATION PLAN.

13:21   2   **Q.**   THIS REPORT IS DATED NOVEMBER 1993?

13:22   3   **A.**   YES, IT IS.

13:22   4   **Q.**   THE REPORT HAS SEVERAL EXHIBITS AS WELL AS SEVERAL

13:22   5   ATTACHMENTS TO IT.   I THINK THERE IS A TABLE OF CONTENTS, BUT

13:22   6   IF WE GO TO EXHIBIT 4 -- THAT, ITSELF, DOESN'T HAVE A

13:22   7   PARTICULAR PAGE NUMBER ON IT, BUT THIS IS TITLED "LIST OF

13:22   8   PUBLICLY PROPOSED PROJECTS."   IF WE COULD JUST SCAN TO THE NEXT

13:22   9   COUPLE OF PAGES -- THIS IS SORT OF ILLEGIBLE ON THIS COPY, BUT

13:22  10   ARE YOU FAMILIAR WITH WHAT THIS IS?

13:22  11   **A.**   YES, I AM.   THIS IS A LIST OF PROJECTS THAT WERE PROPOSED

13:23  12   IN A SERIES OF PUBLIC MEETINGS HELD ACROSS THE COAST FOR

13:23  13   VARIOUS RESTORATION NEEDS AND EFFORTS THAT THE PUBLIC OR

13:23  14   ACADEMIC ENTITIES OR MEMBERS OF TECHNICAL TEAMS FROM GOVERNMENT

13:23  15   AGENCIES PROPOSED DURING THE DEVELOPMENT OF THE CWPPRA

13:23  16   RESTORATION PLAN.

13:23  17   **Q.**   YOU HAD DESCRIBED THAT THESE PROPOSALS WERE EVALUATED IN

13:23  18   THE CONSIDERATION OF WHAT TO INCLUDE ON THE PRIORITY LISTS THAT

13:23  19   WERE PROPOSING PARTICULAR PROJECTS TO BE FUNDED; IS THAT RIGHT?

13:23  20   **A.**   FOLLOWING THE COMPLETION OF THE RESTORATION PLAN, SOME OF

13:23  21   THESE PARTICULAR PROJECTS WERE THEN EVALUATED FOR THE PRIORITY

13:23  22   LISTS THAT ARE PRODUCED EACH YEAR.   SUBSEQUENT TO THIS,

13:23  23   ADDITIONAL PUBLIC MEETINGS HAVE BEEN HELD AND MORE POTENTIAL

13:23  24   PROJECTS HAVE BEEN PROPOSED.

13:24  25   **Q.**   IF WE COULD ALSO TURN TO APPENDIX A, WHICH IS THE FIRST OF

| | | |
|---|---|---|
| 13:24 | 1 | SEVERAL APPENDICES.  CAN YOU TELL US WHAT THIS IS. |
| 13:24 | 2 | **A.**   THIS IS AN APPENDIX THAT PROVIDES RESTORATION PROJECT |
| 13:24 | 3 | EVALUATIONS AND STRATEGY EVALUATIONS FOR WETLANDS IN THE |
| 13:24 | 4 | PONTCHARTRAIN BASIN. |
| 13:24 | 5 | **Q.**   THIS SECTION ON THE PONTCHARTRAIN BASIN INCLUDES PROPOSALS |
| 13:24 | 6 | RELATED TO THE MRGO; IS THAT RIGHT? |
| 13:24 | 7 | **A.**   THAT'S RIGHT.  IT GOES THROUGH A NUMBER OF PROBLEM |
| 13:24 | 8 | IDENTIFICATIONS AND POTENTIAL STRATEGIES AND SOLUTIONS TO |
| 13:24 | 9 | ADDRESS WETLANDS EROSION ASSOCIATED WITH THE MRGO AND OTHER |
| 13:24 | 10 | AREAS THROUGHOUT THE PONTCHARTRAIN BASIN. |
| 13:24 | 11 | **Q.**   SO THE PROPOSALS RELATED TO THE MRGO, THAT'S ONLY ONE |
| 13:24 | 12 | PORTION OF THE TOTAL THAT'S BEING PRESENTED IN THIS PLAN; IS |
| 13:25 | 13 | THAT RIGHT? |
| 13:25 | 14 | **A.**   THAT'S CORRECT.  IN THIS PARTICULAR APPENDIX, YOU WILL |
| 13:25 | 15 | HAVE MEASURES THAT ARE ASSOCIATED WITH SWAMPS AND WETLANDS AS |
| 13:25 | 16 | FAR NORTH AS THE LAKE MAUREPAS AREA AND OUT TO THE CHANDELEUR |
| 13:25 | 17 | ISLANDS ON THE EASTERN OR SOUTHEASTERNMOST PART OF THE BASIN. |
| 13:25 | 18 | **Q.**   IF WE COULD TURN TO PAGE 19 AND IF WE ARE ABLE TO GET THE |
| 13:25 | 19 | BEGINNING OF PAGE 20 ON THE SAME PAGE AND SHOW THE SECTION |
| 13:25 | 20 | THAT'S CALLED "STRATEGIES CONSIDERED."  WELL, I GUESS WE CAN |
| 13:25 | 21 | START WITH THE PLANNING OBJECTIVES FOR THE BASIN AT THE TOP OF |
| 13:25 | 22 | PAGE 19.  CAN YOU EXPLAIN WHAT THIS IS PRESENTING. |
| 13:25 | 23 | **A.**   PART OF OUR WATER RESOURCES PLANNING PROCESS INCLUDES |
| 13:25 | 24 | IDENTIFYING OBJECTIVES.  YOU KNOW, WE IDENTIFY GOALS AND |
| 13:26 | 25 | OBJECTIVES AND THEN CONSTRAINTS AND THEN MEASURES THAT CAN |

13:26   1   ADDRESS OUR PROBLEMS TO TRY TO ACHIEVE THE GOALS THAT WE

13:26   2   IDENTIFIED.

13:26   3           THESE ARE SOME OF THE OBJECTIVES THAT WERE IDENTIFIED

13:26   4   FOR WETLAND RESTORATION IN THE PONTCHARTRAIN BASIN, AND YOU CAN

13:26   5   READ THEM TO SEE THAT THEY COVER FRESHWATER INPUTS AND SEDIMENT

13:26   6   INPUTS, BANK EROSION ON THE MRGO, PRESERVATION OF CERTAIN TYPES

13:26   7   OF MARSHES IN THE AREA, AND THEN CITE SPECIFIC EXAMPLES OF

13:26   8   PROTECTING WETLANDS.

13:26   9           THE COURT:  JUST A MINUTE.  I THINK IT MIGHT BE IN

13:26   10  HERE.  WE ARE LOOKING FOR THIS SO WE CAN MAKE NOTES AS

13:26   11  APPROPRIATE.  IS IT 1479?

13:26   12          MS. MILLER:  1749.

13:26   13          THE COURT:  I MAY HAVE TRANSPOSED IT.  MY FAULT.

13:27   14  1749?

13:27   15          MS. MILLER:  YES.

13:27   16          THE LAW CLERK:  IT'S STILL NOT THERE.

13:27   17          MS. MILLER:  IT SHOULD BE THE FIRST DOCUMENT, THE ONE

13:27   18  ENTITLED "NO. 2."

13:27   19          THE COURT:  WE'LL GET IT.

13:27   20          THE LAW CLERK:  GOT IT.

13:27   21          MS. GILBERT:  I DON'T THINK IT WAS EVER PROVIDED.

13:27   22  YOU WERE SUPPOSED TO SUPPLEMENT IT.

13:27   23          MS. MILLER:  IT WAS GIVEN ON A CD TO ROB WARREN.

13:27   24          MS. GILBERT:  THERE WAS ONE DOCUMENT MISSING FROM THE

13:27   25  CD.

FINAL DAILY COPY

13:27    1         **MS. MILLER:**  1749 YOU DON'T HAVE?

13:27    2         **MS. GILBERT:**  WE NEVER RECEIVED 1749.  WE CAN CHECK

13:27    3  ON THAT.  WE PROBABLY HAVE ANOTHER COPY OF IT.

13:27    4         **THE COURT:**  IF THERE'S A NEED FOR IT, COUNSEL, LET ME

13:28    5  KNOW.

13:28    6         **MS. MILLER:**  IT WAS MY UNDERSTANDING THAT THE FULL

13:28    7  REPORT AND ALL ITS APPENDICES WERE PROVIDED ON A CD EARLIER

13:28    8  THIS WEEK.  IF THAT DIDN'T HAPPEN, I APOLOGIZE, AND WE WILL

13:28    9  CERTAINLY PROVIDE IT.  I THINK SOMEBODY WILL BE LOOKING FOR A

13:28  10  HARD COPY AND GET IT TO YOU.

13:28  11         THIS DOCUMENT IS PAGINATED.  IT STARTS WITH THE

13:28  12  MAIN REPORT, AND THEN INCLUDED AFTER THAT IS THE ENVIRONMENTAL

13:28  13  IMPACT STATEMENT.  FOR PURPOSES OF CONSERVING PAPER, WE

13:28  14  INCLUDED ONLY APPENDIX A.  SO IT'S KIND OF THE LAST SECTION AT

13:28  15  THE END.  WE WERE ON PAGE 19 OF APPENDIX A, WHICH APPENDIX A,

13:28  16  AS MR. MILLER TESTIFIED, IS THE ONE THAT COVERS THE RELEVANT

13:28  17  AREA.

13:29  18  **BY MS. MILLER:**

13:29  19  **Q.**  WE HAD JUST BEEN DISCUSSING THE BEGINNING TOP PART OF

13:29  20  PAGE 19 OF APPENDIX A, AND THE SECOND HALF OF THE PAGE BEGINS

13:29  21  TO DISCUSS -- IT'S TITLED "STRATEGIES CONSIDERED."  THE END OF

13:29  22  THE SECOND TWO STRATEGIES ARE ON THE BEGINNING OF PAGE 20.

13:29  23         COULD YOU EXPLAIN WHAT'S BEING PRESENTED HERE.

13:29  24  **A.**  THIS IS A FOLLOW-ON THROUGH THE PLANNING PROCESS.  ONCE WE

13:29  25  HAVE IDENTIFIED AND LAID OUT OBJECTIVES, THEN WE CAN HAVE

| 13:29 | 1 | STRATEGIES THAT ARE USED TO TRY TO ACHIEVE THOSE OBJECTIVES. |

13:29   1   STRATEGIES THAT ARE USED TO TRY TO ACHIEVE THOSE OBJECTIVES.

13:29   2        IN THIS PARTICULAR CASE, YOU WILL RECALL ON PAGE 19

13:29   3   WE TALKED ABOUT FLUVIAL INPUTS AS AN OBJECTIVE.  NUMBER 1 IN

13:29   4   HERE TALKS ABOUT THE INTRODUCTION AND MANAGEMENT OF FRESHWATER

13:29   5   TO REDUCE SALINITY AND PRESERVE MARSH, SO IT'S A FOLLOW-ON.

13:29   6   YOU IDENTIFY AN OBJECTIVE, AND YOU HAVE A STRATEGY TO TRY TO

13:29   7   ACCOMPLISH THAT, AND THEN LATER ON IN THE REPORT YOU WILL SEE

13:30   8   SPECIFIC PROJECTS RECOMMENDED TO ACHIEVE THOSE OBJECTIVES.

13:30   9   **Q.**   SO THE LIST OF NINE STRATEGIES ON THESE TWO PAGES, 19 AND

13:30   10  20, ARE THINGS THAT THE TASK FORCE CONSIDERED, EVALUATED, AND

13:30   11  THEN THEY ULTIMATELY REACHED PROPOSALS ON CERTAIN PROJECTS; IS

13:30   12  THAT RIGHT?

13:30   13  **A.**   THAT IS RIGHT.

13:30   14  **Q.**   IF WE COULD JUST GO THROUGH THE STRATEGIES CONSIDERED, YOU

13:30   15  MENTIONED THE FIRST ONE, WHICH IS INTRODUCE AND MANAGE

13:30   16  FRESHWATER TO REDUCE SALINITY AND PRESERVE MARSH AND SWAMP

13:30   17  THROUGHOUT THE BASIN.  NO. 2, CAN YOU TELL US WHAT THAT IS.

13:30   18  **A.**   NUMBER 2, READING, OBVIOUSLY IS CLOSE OR MOVE THE MRGO TO

13:30   19  PREVENT EROSION AND PRESERVE MARSH.  YOU WILL SEE THERE ARE A

13:30   20  NUMBER OF STRATEGIES LAID OUT HERE THAT ADDRESS WETLAND LOSS

13:30   21  EITHER ALONG THE MRGO OR IN THE AREA NEAR IT AS WELL AS

13:31   22  THROUGHOUT THE PONTCHARTRAIN BASIN.  SO THESE STRATEGIES

13:31   23  SOMETIMES ARE SPECIFIC TO AN AREA OR SOMETIMES ARE APPLICABLE

13:31   24  ACROSS THE WATERSHED.

13:31   25  **Q.**   IF WE WERE TO CONTINUE THROUGH APPENDIX A, DOES IT

13:31    1    DESCRIBE THE REASONS OR THE EVALUATION FOR EACH STRATEGY AND

13:31    2    WHY THEY WERE OR WERE NOT RECOMMENDED?

13:31    3    A.    IT DOES.  LATER ON IN THE APPENDIX, YOU WOULD SEE A

13:31    4    COMPARISON BETWEEN ONE STRATEGY TO ACHIEVE AN OBJECTIVE VERSUS

13:31    5    ANOTHER, AND THEN YOU CAN SEE THE SELECTED STRATEGY THAT WOULD

13:31    6    BE INCLUDED IN THE RECOMMENDATION FOR THE RESTORATION PLAN.

13:31    7    Q.    SO, FOR EXAMPLE, ON PAGE 20, THE SECOND HALF OF THE PAGE

13:31    8    DESCRIBES THE EVALUATION OF THE STRATEGY TO CLOSE OR MOVE THE

13:31    9    MRGO?

13:31    10   A.    THAT'S RIGHT.  IT IDENTIFIES THE VARIOUS OPTIONS THAT WERE

13:31    11   PROPOSED AND EVALUATED TO POTENTIALLY CLOSE THE CHANNEL.  IT

13:32    12   NOTES HERE THAT THERE ARE 11 OF THEM, AND THEN I BELIEVE ON THE

13:32    13   FOLLOWING PAGES THERE'S A DISCUSSION OF EACH ONE OF THOSE, AND

13:32    14   THEN ULTIMATELY THERE'S A SELECTION OF THE STRATEGY FOR

13:32    15   INCLUSION IN THE PLAN.

13:32    16   Q.    IF WE TURN TO PAGE 23, THAT BEGINS TO DISCUSS THE

13:32    17   RATIONALE FOR SELECTED STRATEGIES?

13:32    18   A.    IT DOES.  IN THIS CASE THIS IS THE SELECTION OF BANK

13:32    19   STABILIZATION AS A STRATEGY FOR PROTECTING AND RESTORING

13:32    20   WETLANDS ALONG THE MRGO.  THE DISCUSSION IS WHY THAT STRATEGY

13:32    21   IS SELECTED AND SOME OF THE SUPPORTING INFORMATION FOR IT.

13:33    22   Q.    ON PAGE 24, THIS SECTION CONTINUES OVER IN EXPLAINING WHY

13:33    23   THIS WAS SELECTED.  AT THE END, IS THIS A PROPOSAL BY THE TASK

13:33    24   FORCE THAT THE CORPS OF ENGINEERS EVALUATE THE FEASIBILITY OF

13:33    25   CONTINUING TO OPERATE THE MRGO?

FINAL DAILY COPY

13:33    1   **A.**   IT IS.   THIS DOCUMENT HIGHLIGHTS THE STRONG PUBLIC

13:33    2   INTEREST IN CLOSING THE CHANNEL.   IT DOES TALK ABOUT THE LARGE

13:33    3   EXPENSE THAT WOULD BE NECESSARY TO RELOCATE SHIPPING FACILITIES

13:33    4   FROM THE MRGO AREA TO THE MISSISSIPPI RIVER.   IT CALLS FOR

13:33    5   EVALUATING THE CONTINUING OPERATION AND MAINTENANCE OF THE

13:33    6   CHANNEL ABOUT EVERY TEN YEARS.

13:33    7   **Q.**   SO AT THE TIME OF THIS DOCUMENT, THE PROPOSAL FOR THE

13:34    8   STRATEGY OF CLOSING THE MRGO WAS EVALUATED AND FOR THE REASONS

13:34    9   EXPLAINED IN THIS DOCUMENT WAS NOT ULTIMATELY THE SELECTED

13:34   10   PROPOSAL; IS THAT RIGHT?

13:34   11   **A.**   THAT'S RIGHT.   IT ACTUALLY LAYS OUT THE CRITERIA FOR

13:34   12   EVALUATION AND THEN IT SAYS -- AND WE HAVE IT HIGHLIGHTED HERE

13:34   13   ON THE SCREEN -- THAT A METHOD OF CLOSURE OF THE CHANNEL WOULD

13:34   14   BE RECOMMENDED WHEN THE COST OF MAINTENANCE EXCEEDS THE

13:34   15   BENEFITS.

13:34   16   **Q.**   IT LOOKS LIKE IF WE TURN TO A PAGE THAT DOESN'T HAVE A

13:34   17   NUMBER, BUT IT'S TABLE 6 -- IT FOLLOWS THE MAPS AFTER PAGE 26.

13:34   18   CAN YOU TELL US WHAT THIS TABLE IS PRESENTING.

13:35   19   **A.**   YES, IT DOES.   THIS IS PART OF LAYING OUT THE PLANNING

13:35   20   PROCESS.   IT SHOWS YOU THE OBJECTIVE THAT YOU WOULD TRY TO

13:35   21   ACHIEVE, THE STRATEGY TO USE TO ACHIEVE THAT.   IN THIS

13:35   22   PARTICULAR CASE, THE RESTORATION PLAN LOOKED AT SHORT-TERM AND

13:35   23   LONG-TERM STRATEGIES, AND THOSE ARE IDENTIFIED IN THE THIRD

13:35   24   COLUMN BY EITHER "ST" OR "LT."   THEN, FINALLY, IN THE LAST

13:35   25   COLUMN, IT HAS A SPECIFIC PROJECT OR MULTIPLE PROJECTS THAT

13:35   1   WOULD HELP ACHIEVE THE OBJECTIVE.

13:35   2           SO IF WE LOOK AT OBJECTIVE 2, PREVENT MRGO BANK

13:35   3   EROSION, THE STRATEGY WOULD BE TO CLOSE OR MOVE THE MRGO; OR,

13:35   4   3, TO STABILIZE THE BANK OF THE MRGO.  IT LAYS OUT THAT THE

13:35   5   CLOSING OR MOVING WAS NOT CHOSEN AS A STRATEGY, BUT IT DOES

13:35   6   POINT TO A SPECIFIC PROJECT, PPO38, THAT WOULD ACHIEVE THE BANK

13:35   7   STABILIZATION OBJECTIVE.

13:35   8   Q.   SO IN THIS TABLE WHERE A PROJECT NUMBER IS LISTED, DOES

13:35   9   THAT MEAN THAT'S ONE OF THE PROJECTS BEING RECOMMENDED FOR THIS

13:36   10  BASIN?

13:36   11  A.   IT IS.

13:36   12  Q.   I NOTICE, ALSO, ON PAGE 24 THERE'S A SECTION ENTITLED

13:36   13  "SELECTION OF A STRATEGY TO REDUCE SALINITY."  IF YOU WILL TAKE

13:36   14  A LOOK AT THIS, CAN YOU TELL US IF YOU ARE FAMILIAR WITH WHAT'S

13:36   15  BEING DESCRIBED HERE.

13:36   16  A.   I AM.  AGAIN, IT'S LAYING OUT ONE OF THE OBJECTIVES THAT

13:36   17  WE DISCUSSED A FEW MINUTES AGO, AND THEN IT HAS A COMPARISON OF

13:36   18  TWO STRATEGIES THAT MIGHT BE USED TO ACHIEVE THAT OBJECTIVE,

13:36   19  ONE OF WHICH WOULD BE FRESHWATER DIVERSION FROM THE MISSISSIPPI

13:36   20  RIVER THROUGH THE BONNET CARRÉ AREA OR INSTALLATION OF A GATE

13:36   21  ON THE MRGO CHANNEL.  THEN YOU'LL SEE, ON THE BOTTOM HALF OF

13:37   22  THE PAGE, THE COMPARISON OF BENEFITS AND COSTS BETWEEN THOSE

13:37   23  TWO STRATEGIES.

13:37   24  Q.   THIS CONTINUES ON TO PAGE 25, JUST THIS SECTION, FOR THE

13:37   25  RECORD, BUT ARE YOU FAMILIAR WITH WHAT THE RECOMMENDATION WAS

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:37 | 1 | FOR THIS STRATEGY TO REDUCE SALINITY? |
| 13:37 | 2 | **A.**   YES.  IN THE PLAN IT DOES CALL FOR THE INTRODUCTION OF |
| 13:37 | 3 | FRESHWATER AND SEDIMENTS FROM THE MISSISSIPPI RIVER, IN THIS |
| 13:37 | 4 | PARTICULAR CASE USING THE BONNET CARRÉ -- A PROJECT TO BE BUILT |
| 13:37 | 5 | AT THE BONNET CARRÉ SPILLWAY, IDENTIFIED IN THIS PLAN BUT ALSO |
| 13:37 | 6 | AUTHORIZED BY OTHER ACTIONS, OTHER LAWS THAT CONGRESS PASSED. |
| 13:37 | 7 | IN THIS CASE YOU CAN SEE THAT THE COMPARISON IS BETWEEN WHETHER |
| 13:37 | 8 | IT ACHIEVES THE PLANNING OBJECTIVE AND A COMPARISON OF THE TWO |
| 13:38 | 9 | STRATEGIES, ON WHICH WOULD BE BEST FOR ACHIEVING THAT. |
| 13:38 | 10 | **Q.**   THE LAST PARAGRAPH OF THIS SECTION ON PAGE 25, THAT |
| 13:38 | 11 | DESCRIBES THE CHOICE TO RECOMMEND THE DIVERSION AT THE |
| 13:38 | 12 | BONNET CARRÉ LOCATION; IS THAT RIGHT? |
| 13:38 | 13 | **MS. MILLER:**  YOUR HONOR, I THINK YOU NOTICED I WAS |
| 13:38 | 14 | HANDING THE PLAINTIFFS A COPY OF THIS EXHIBIT. |
| 13:38 | 15 | **THE COURT:**  I DID. |
| 13:38 | 16 | **THE WITNESS:**  YOU SAID PAGE 25? |
| 13:38 | 17 | **BY MS. MILLER:** |
| 13:38 | 18 | **Q.**   SORRY.  PAGE 25, THE LAST PARAGRAPH, BEFORE WHERE IT SAYS |
| 13:38 | 19 | "RATIONALE FOR SELECTION OF OTHER STRATEGIES." |
| 13:38 | 20 | **A.**   THAT'S RIGHT.  THIS IDENTIFIES THAT THE USE OF FRESHWATER |
| 13:39 | 21 | WOULD ACHIEVE THE STRATEGY THAT WE DISCUSSED EARLIER, |
| 13:39 | 22 | STRATEGY 1. |
| 13:39 | 23 | **Q.**   I THINK WE ARE HAVING TROUBLE GETTING THAT PAGE TO LOAD. |
| 13:39 | 24 | **THE COURT:**  WE ARE ON PAGE 24 RIGHT NOW.  DO YOU WANT |
| 13:39 | 25 | TO WAIT UNTIL 25 GETS UP?  IF YOU HAVE A PROBLEM, THAT'S OKAY. |

13:39   1   I HAVE THE TESTIMONY.

13:39   2   **BY MS. MILLER:**

13:39   3   **Q.**   ON PAGE 25, IT MENTIONS THAT THE BONNET CARRÉ DIVERSION

13:39   4   WAS ALREADY AUTHORIZED.  ARE YOU FAMILIAR WITH THAT HAVING

13:39   5   BECOME AUTHORIZED?

13:39   6   **A.**   I AM.  IT WAS A PROPOSAL, AS WE HAVE BEEN DISCUSSING, TO

13:40   7   DIVERT FRESHWATER FROM THE AREA OF THE BONNET CARRÉ SPILLWAY

13:40   8   INTO LAKE PONTCHARTRAIN, AND THEN THAT WATER WOULD EVENTUALLY

13:40   9   TRAVEL THROUGH THE ESTUARY INTO THE BILOXI MARSHES NEAR

13:40   10  LAKE BORGNE.  THE INTENT OF THE PROJECT WAS TO LOWER SALINITIES

13:40   11  AND IMPROVE HABITAT FOR FISH AND WILDLIFE, ESSENTIALLY

13:40   12  ADDRESSING SALTWATER INTRUSION IN THIS PART OF THE ESTUARY.

13:40   13  **Q.**   THIS SECTION AND THE CHOICE TO RECOMMEND THE DIVERSION OF

13:40   14  THE BONNET CARRÉ AS A STRATEGY TO ADDRESS IT, THIS WAS INTENDED

13:40   15  TO ADDRESS SOME OF THE SALINITY RELATED TO CONSTRUCTION OF THE

13:40   16  MRGO; IS THAT FAIR TO SAY?

13:40   17  **A.**   THAT'S RIGHT.  THAT WAS ONE -- IT'S NOT EVALUATED IN AS

13:40   18  MUCH DETAIL IN THIS PART OF THE RESTORATION PLAN, BUT IF YOU

13:40   19  LOOK AT THE FEASIBILITY STUDY FOR THE BONNET CARRÉ FRESHWATER

13:41   20  DIVERSION, THAT IS ONE OF THE OBJECTIVES, TO ADDRESS SALTWATER

13:41   21  INTRUSION INTO THE ESTUARY.  IT'S IDENTIFIED IN THERE THAT THE

13:41   22  SOURCE OF THAT WAS THE MRGO.

13:41   23  **Q.**   DO YOU KNOW WHETHER THE DIVERSION RECOMMENDED HERE AT

13:41   24  BONNET CARRÉ WAS EVER ACTUALLY CONSTRUCTED?

13:41   25  **A.**   THE FEASIBILITY REPORT DID RECOMMEND CONSTRUCTION OF THE

13:41   1   PROJECT, AND CONGRESS DID AUTHORIZE THAT PROJECT FOR

13:41   2   CONSTRUCTION.  ULTIMATELY, IT WAS NEVER -- OR HAS NOT BEEN

13:41   3   BUILT.  THE STATE OF LOUISIANA AND THE STATE OF MISSISSIPPI

13:41   4   WERE TO BE LOCAL COST-SHARE SPONSORS WITH THE CORPS OF

13:41   5   ENGINEERS ON THE PROJECT.  AT A POINT IN TIME IN THE 1990S, THE

13:41   6   STATE OF LOUISIANA WITHDREW ITS SUPPORT FOR CONSTRUCTION OF THE

13:41   7   PROJECT, SO IT HAS NOT BEEN BUILT.

13:41   8   **Q.**   DO YOU KNOW WHETHER THAT REMAINS AUTHORIZED IF THE STATE

13:42   9   WERE TO RESUME ITS SPONSORSHIP?

13:42  10   **A.**   THE PROJECT DOES REMAIN AUTHORIZED WITH ONE POINT OF

13:42  11   CLARIFICATION.  THE MOST RECENT PASSAGE OF THE WATER RESOURCES

13:42  12   DEVELOPMENT ACT IN 2007, THE CONGRESS AUTHORIZED A PROJECT IN

13:42  13   THE VICINITY OF VIOLET, LOUISIANA, TO ACCOMPLISH THE SAME

13:42  14   BENEFITS OF THE BONNET CARRÉ PROJECT.  THE STATE OF LOUISIANA

13:42  15   IS WORKING WITH THE CORPS OF ENGINEERS AND THE STATE OF

13:42  16   MISSISSIPPI ON THAT VIOLET DIVERSION PROJECT NOW.

13:42  17           **THE COURT:**  JUST A QUESTION, AND I MAY HAVE MISSED

13:42  18   SOMETHING ALONG THE WAY.  A TASK FORCE DEVELOPED THIS STRATEGY,

13:42  19   THE TASK FORCE YOU MENTIONED?

13:42  20           **THE WITNESS:**  YES, SIR.

13:43  21           **THE COURT:**  WAS THE STATE OF LOUISIANA INVOLVED IN

13:43  22   THE TASK FORCE?

13:43  23           **THE WITNESS:**  YES, SIR.  THE BREAUX ACT HAS A TASK

13:43  24   FORCE OF FIVE FEDERAL AGENCIES AND THE STATE OF LOUISIANA,

13:43  25   REPRESENTED THROUGH THE GOVERNOR'S OFFICE.  THEY WERE AN

13:43   1   INTEGRAL PART OF THE DEVELOPMENT OF EACH OF THE TECHNICAL

13:43   2   ASPECTS OF THIS RESTORATION PLAN.  THEY HAD A STATE GOVERNMENT

13:43   3   STAFF PARTICIPATE ON THE TEAMS.  I THINK ACTUALLY, IF YOU LOOK

13:43   4   ON THE INSIDE COVER, THEY MAY HAVE EVEN PUBLISHED THE REPORT

13:43   5   FOR THE GROUP.

13:43   6          THE COURT:  DID THE STATE OF LOUISIANA DISSENT IN

13:43   7   REFERENCE TO THE BONNET CARRÉ SPILLWAY OR WAS THE STATE OF

13:43   8   LOUISIANA BEHIND THAT NOTION AT THE TIME THE REPORT WAS

13:43   9   PUBLISHED?

13:43   10   THE WITNESS:  THAT'S RIGHT.  AT THE TIME THE REPORT

13:43   11   WAS PUBLISHED, THE STATE WAS A SUPPORTER OF CONSTRUCTION AND

13:43   12   IMPLEMENTATION OF THE PROJECT.  IT WAS NOT UNTIL LATER ON, IN

13:43   13   1996, THAT THE STATE WITHDREW THAT SUPPORT.  SO IT WAS ABOUT

13:43   14   THREE YEARS AFTER THIS.

13:43   15          THE COURT:  I KNOW YOU WEREN'T THERE AT THE CORPS

13:44   16   UNTIL 2000, BUT DO YOU HAVE ANY NOTION OF YOUR OWN KNOWLEDGE AS

13:44   17   TO WHY THE STATE WITHDREW ITS SUPPORT?

13:44   18          THE WITNESS:  THERE'S A LOT OF DETAIL TO IT, BUT

13:44   19   ESSENTIALLY THERE WAS A LOT OF PUBLIC CONCERN ABOUT THE EFFECTS

13:44   20   OF DIVERSION OF WATER INTO LAKE PONTCHARTRAIN, AND SO THE STATE

13:44   21   WITHDREW BASED ON THOSE PUBLIC CONCERNS.

13:44   22          THE COURT:  THANK YOU.  YOU MAY PROCEED.

13:44   23   BY MS. MILLER:

13:44   24   Q.   WE ARE EVALUATING OR LOOKING AT THE RESTORATION PLAN IN

13:44   25   1993.  CAN YOU DESCRIBE OTHER REPORTING REQUIREMENTS IN LATER

13:44    1   YEARS UNDER THE CWPPRA STATUTE.

13:44    2   **A.**    THE CONGRESSIONAL ACT REQUIRED NOT ONLY PREPARATION OF THE

13:44    3   RESTORATION PLAN, BUT SUBMITTAL -- I BELIEVE IT'S EVERY THREE

13:44    4   YEARS -- OF A REPORT TO CONGRESS ON THE PROGRESS OR STATUS OF

13:45    5   THE RESTORATION PROGRAM.  REPORTS WERE SENT TO CONGRESS IN, I

13:45    6   BELIEVE, 1997, 2000, AND AS REQUIRED PERIODICALLY.

13:45    7   **Q.**    THOSE REPORTS, WERE THEY INTENDED TO KEEP CONGRESS

13:45    8   INFORMED OF THE RECOMMENDATIONS AND THE STATUS OF PROJECTS

13:45    9   BEING IMPLEMENTED?

13:45   10   **A.**    THAT'S CORRECT.  THE PLANS WOULD SHOW -- EXCUSE ME.  THE

13:45   11   REPORTS TO CONGRESS WOULD SHOW THE RESTORATION PLAN, THE

13:45   12   PROGRESS BEING MADE ON IT, EXAMPLES OF PROJECTS THAT HAD BEEN

13:45   13   COMPLETED OR THAT WERE IN THE DESIGN PHASE, THE PROCESS USED

13:45   14   WHERE THERE WAS PUBLIC INVOLVEMENT, ENGINEERING ASSESSMENTS,

13:45   15   ENVIRONMENTAL PLANNING TO GIVE CONGRESS A SENSE OF THE SUCCESS,

13:45   16   IF YOU WILL, OF THE PROGRAM IN TERMS OF SPENDING THE PUBLIC'S

13:45   17   MONEY TOWARDS COASTAL RESTORATION IN THE STATE.

13:46   18   **Q.**    CAN YOU EXPLAIN HOW CWPPRA LED TO THE COAST 2050 PLAN.

13:46   19   **A.**    YES.  I MENTIONED THE CONCEPT OF SHORT-TERM AND LONG-TERM

13:46   20   STRATEGIES THAT WERE IDENTIFIED IN THE '93 RESTORATION PLAN.  A

13:46   21   NUMBER OF STRATEGIES WERE IDENTIFIED THAT WOULD TAKE LONGER

13:46   22   THAN JUST PLACEMENT ON THE ANNUAL PRIORITY PROJECT LIST.

13:46   23        IN THE TIME AFTER THE MID 1990S, THERE WERE A NUMBER

13:46   24   OF SUCCESSES IN BUILDING INDIVIDUAL SMALL PROJECTS, BUT

13:46   25   ACADEMIC EXPERTS AND GOVERNMENT STAFF PARTICIPATING IN THE

13:46      1    PROGRAM KNEW THAT WE HAD A LAND LOSS PROBLEM, A LOSS OF

13:46      2    WETLANDS ALONG THE COAST THAT WAS LARGER THAN JUST ANY ONE

13:46      3    INDIVIDUAL PROJECT, AND WE NEEDED A GREATER STRATEGY AND PLAN

13:46      4    FOR RESTORATION OF THE COAST OVER THE LONG TERM.  THAT LED TO

13:46      5    AN EFFORT THAT WE REFER TO AS THE COAST 2050 PLAN.

13:47      6    Q.   IF WE COULD PULL UP EXHIBIT DX-123, IS THIS REPORT

13:47      7    PREPARED PRESENTING THAT PLAN?

13:47      8    A.   YES, THIS IS PART OF THAT REPORT.

13:47      9    Q.   THIS REPORT ALSO EVALUATED METHODS OR STRATEGIES RELATED

13:47     10    TO THE MRGO ECOSYSTEM RESTORATION; IS THAT RIGHT?

13:47     11    A.   THAT IS RIGHT.  THIS PLAN WAS DEVELOPED THROUGH A SERIES

13:47     12    OF PUBLIC MEETINGS AND TECHNICAL GROUPS THAT WORKED TOGETHER.

13:48     13    THEY DIVIDED THE STATE'S COASTLINE UP INTO SMALLER UNITS THAT

13:48     14    WERE CALLED MAPPING UNITS.  THEY IDENTIFIED WHAT THE CAUSES OF

13:48     15    WETLAND LOSS WERE IN EACH OF THOSE MAPPING UNITS, AND THEN THEY

13:48     16    DEVELOPED STRATEGIES AND SOLUTIONS FOR ADDRESSING WETLAND LOSS.

13:48     17         THE MRGO AREA, THE CHANDELEUR ISLANDS, THE CENTRAL

13:48     18    WETLANDS, ALL OF THE AREAS ALONG AND AROUND THE MRGO WERE PART

13:48     19    OF THE EVALUATIONS.  THEY'RE ALL RECOMMENDATIONS WITHIN THE

13:48     20    COAST 2050 PLAN ON HOW TO ADDRESS WETLAND LOSS AND CONSERVATION

13:48     21    IN THE AREAS AROUND THE CHANNEL.

13:48     22    Q.   THIS REPORT, DO YOU KNOW WHAT YEAR IT WAS PREPARED?

13:48     23    A.   I BELIEVE IT CAME OUT IN 1998.  PREPARATION WOULD HAVE

13:48     24    BEEN MUCH LONGER THAN THAT.  IT JUST WASN'T PRODUCED OVERNIGHT.

13:49     25    OBVIOUSLY, THERE WAS A SERIES OF INITIAL PUBLIC MEETINGS AND

13:49   1   LONG STRATEGY DEVELOPMENT SESSIONS, SO IT TOOK SOME TIME TO PUT

13:49   2   IT TOGETHER, BUT PUBLISHED IN 1998.

13:49   3   Q.   DO YOU KNOW WHAT WAS DONE AFTER THIS REPORT WAS PREPARED?

13:49   4   A.   A COUPLE OF KEY POINTS.  THE BREAUX ACT PROGRAM, THE

13:49   5   CWPPRA PROGRAM USED THE STRATEGIES IDENTIFIED IN THE COAST 2050

13:49   6   PLAN FOR THE DEVELOPMENT OF SPECIFIC PROJECTS FOR PLACEMENT ON

13:49   7   THEIR ANNUAL PRIORITY LIST.

13:49   8        THE OTHER THING, THE CORPS OF ENGINEERS PRODUCED A

13:49   9   REPORT THAT'S REFERRED TO AS A 905(B) REPORT.  IT'S ESSENTIALLY

13:49   10  THE CULMINATION OF A PLANNING PROCESS IN THE RECONNAISSANCE

13:49   11  PHASE, AND THAT REPORT LED TO THE AUTHORIZATION OF A

13:49   12  FEASIBILITY STUDY FOR ECOSYSTEM RESTORATION ACROSS COASTAL

13:50   13  LOUISIANA.  THAT'S A FEASIBILITY STUDY THAT THE CORPS AND THE

13:50   14  STATE OF LOUISIANA DEVELOPED IN PARTNERSHIP.

13:50   15  Q.   WAS THAT WHAT'S CALLED THE LOUISIANA COASTAL AREA STUDY?

13:50   16  A.   IT IS.  THE LOUISIANA COASTAL AREA PEOPLE OFTEN HEAR IT

13:50   17  REFERRED TO AS THE "LCA STUDY" OR THE "LCA PLAN."

13:50   18  Q.   YOU MENTIONED THAT EARLIER AS ONE OF THE AUTHORITIES

13:50   19  AVAILABLE TO THE CORPS TO ADDRESS ECOSYSTEM RESTORATION?

13:50   20  A.   IT IS.  THAT PLAN WAS DEVELOPED THROUGH A FEASIBILITY

13:50   21  STUDY PROCESS.  IN NOVEMBER 2004 A FINAL STUDY REPORT WAS

13:50   22  PRODUCED, AND IN JANUARY OF 2005 THE CHIEF OF ENGINEERS SIGNED

13:50   23  A REPORT OF THE CHIEF OF ENGINEERS FOR A NEAR-TERM ECOSYSTEM

13:50   24  RESTORATION PLAN FOR COASTAL LOUISIANA.

13:50   25  Q.   I SKIPPED OVER THE SPECIFIC DISCUSSION OF THE MRGO IN THE

13:51   1   COAST 2050 PLAN, BUT DO YOU RECALL WHAT THE PLAN RECOMMENDED

13:51   2   WITH RESPECT TO RESTORATION RELATED TO THE MRGO?

13:51   3   **A.**   YES.  THE COAST 2050 PLAN HAD A SERIES OF STRATEGIES

13:51   4   RECOMMENDED TO ADDRESS WETLAND CONSERVATION AND PROTECTION AND

13:51   5   RESTORATION ALONG THE CHANNEL.  IT INCLUDED THE CONSIDERATION

13:51   6   OF MOVING SHIPPING FACILITIES FROM THE MRGO TIDEWATER PORT AREA

13:51   7   TO THE MISSISSIPPI RIVER.  IT CALLED FOR THE PROTECTION OF THE

13:51   8   BANKS OF THE MRGO CHANNEL.  IT LOOKED AT THE NEED FOR THE

13:51   9   INTRODUCTION OF FRESHWATER INTO THE ESTUARY TO CONTROL

13:51   10  SALINITIES -- FRESHWATER FROM THE MISSISSIPPI RIVER TO CONTROL

13:51   11  SALINITIES.  IT HAD A SERIES OF RECOMMENDED ACTIONS OR

13:51   12  STRATEGIES THAT COULD BE TAKEN BY EITHER THE CWPPRA TASK FORCE

13:52   13  OR THROUGH OTHER AUTHORITIES AVAILABLE TO THE CORPS.

13:52   14  **Q.**   YOU TESTIFIED THAT THE CORPS PREPARED OR RECEIVED

13:52   15  AUTHORIZATION TO PREPARE A FEASIBILITY STUDY AFTER THE COAST

13:52   16  2050 REPORT; IS THAT RIGHT?

13:52   17  **A.**   THAT'S RIGHT.

13:52   18  **Q.**   YOU HAD TESTIFIED EARLIER THAT THE LCA AUTHORITY -- AND I

13:52   19  THINK YOU SAID AGAIN, JUST NOW, THAT THE AUTHORITY UNDER THAT

13:52   20  PROGRAM EXISTED PRIOR TO THIS PARTICULAR FEASIBILITY STUDY.

13:52   21  CAN YOU EXPLAIN HOW THOSE ARE SEPARATE OR WHAT THE DISTINCTION

13:52   22  IS.

13:52   23  **A.**   THE LOUISIANA COASTAL AREA AUTHORITY WAS ACTUALLY

13:52   24  AUTHORIZED BY THE HOUSE AND THE SENATE OF CONGRESS BACK IN

13:52   25  1967.  IT IDENTIFIED VARIOUS PURPOSES ALONG -- FOR

| | | |
|---|---|---|
| 13:53 | 1 | INVESTIGATION OF VARIOUS PURPOSES ALONG THE COAST.  THAT'S THE |
| 13:53 | 2 | SAME AUTHORITY THAT WAS EVENTUALLY UTILIZED TO TAKE THE COAST |
| 13:53 | 3 | 2050 PLAN FROM ESSENTIALLY A RECONNAISSANCE PHASE INTO A |
| 13:53 | 4 | FEASIBILITY STUDY PHASE.  THAT FEASIBILITY REPORT, AS I |
| 13:53 | 5 | MENTIONED, COMPLETED IN NOVEMBER OF '94, OR THE CHIEF'S REPORT |
| 13:53 | 6 | IN JANUARY 2005 -- THAT FEASIBILITY REPORT CONTAINS |
| 13:53 | 7 | RECOMMENDATIONS FOR ACTIONS ALONG THE MRGO FOR ECOSYSTEM |
| 13:53 | 8 | RESTORATION. |
| 13:53 | 9 | **Q.**   I THINK THAT REPORT WE HAVE MARKED AS EXHIBIT DX-926, IF |
| 13:53 | 10 | WE CAN BLOW UP THAT EXHIBIT. |
| 13:53 | 11 | CAN YOU TELL US WHETHER THAT IS THE REPORT YOU WERE |
| 13:53 | 12 | REFERENCING? |
| 13:53 | 13 | **A.**   YES.  THIS IS THE NOVEMBER 2004 REPORT FOR ECOSYSTEM |
| 13:54 | 14 | RESTORATION FOR THE LCA PLAN. |
| 13:54 | 15 | **Q.**   WAS THERE AN EIS ASSOCIATED WITH THIS PLAN? |
| 13:54 | 16 | **A.**   THERE IS.  ACCOMPANYING THE FEASIBILITY REPORT IS A |
| 13:54 | 17 | PROGRAMMATIC ENVIRONMENTAL IMPACT STATEMENT EVALUATING THE |
| 13:54 | 18 | VARIOUS ALTERNATIVES CONSIDERED AS WELL AS THE RECOMMENDED PLAN |
| 13:54 | 19 | ITSELF. |
| 13:54 | 20 | **Q.**   IT LOOKS TO ME, FROM LOOKING AT EXHIBIT DX-0926, THAT THIS |
| 13:54 | 21 | MAY NOT HAVE THE EIS AS PART OF IT.  I'M NOT CERTAIN, BUT I |
| 13:54 | 22 | BELIEVE THAT IS ON THE EXHIBIT LIST, AND WE WILL CLARIFY WHAT |
| 13:54 | 23 | THAT EXHIBIT NUMBER IS AT A LATER TIME. |
| 13:54 | 24 | **THE COURT:**  THANK YOU, COUNSEL. |
| 13:55 | 25 | **MS. GILBERT:**  OBJECTION, YOUR HONOR.  IT'S NOT IN |

13:55  1  WHAT WAS PRODUCED HERE TODAY.  THE EIS IS NOT EVEN MENTIONED IN

13:55  2  THE DOCUMENTS THAT ARE BEING PRODUCED HERE TODAY.  JUST NOTE

13:55  3  THE PLAINTIFFS' OBJECTION TO IT BEING SUBMITTED AT A LATER DATE

13:55  4  FOR SOME OTHER PURPOSE.  IT DOESN'T SUGGEST THAT IT'S AN EIS

13:55  5  FOR THE MRGO PROJECT.  IN FACT, NONE OF THIS HAS TO DO

13:55  6  SPECIFICALLY WITH THE MRGO PROJECT AS BEST I CAN TELL, SO WE

13:55  7  HAVEN'T HAD AN OPPORTUNITY TO REVIEW IT.

13:55  8       THE COURT:  YOUR OBJECTION'S NOTED AND I WILL RESERVE

13:55  9  RULING ON IT IN THE EVENT THE EIS IS, IN FACT, TENDERED AS AN

13:55  10  EXHIBIT.  I'M NOT SURE IT HAS BEEN TENDERED AS AN EXHIBIT YET.

13:55  11  CERTAINLY, COUNSEL WOULD HAVE A RIGHT TO LOOK AT IT AND

13:55  12  DETERMINE WHETHER IT'S RELEVANT AND ANY OTHER OBJECTIONS AS TO

13:55  13  TIMELINESS OR ANYTHING ELSE THAT YOU MIGHT WANT TO URGE.

13:55  14       MS. GILBERT:  THANK YOU, YOUR HONOR.

13:55  15       MS. MILLER:  I'LL CHECK ON THE NUMBER, BUT I BELIEVE

13:55  16  IT WAS SUBMITTED WITH THE DEFENDANT'S EXHIBIT LIST FOR TRIAL.

13:56  17       THE COURT:  WE CAN CLEAR THAT UP.

13:56  18       MS. MILLER:  THERE MAY HAVE BEEN SOME CONFUSION IN

13:56  19  WHAT WAS PRINTED IN THIS DOCUMENT AND INCLUDED IN 0926.

13:56  20       THE COURT:  MAYBE WE CAN HAVE MORE CLARITY AT A LATER

13:56  21  TIME.

13:56  22       MS. GILBERT:  CAN YOU CLARIFY WHETHER THIS IS

13:56  23  SUPPOSED TO BE AN ENVIRONMENTAL IMPACT STATEMENT FOR MRGO OR IS

13:56  24  IT AN ENVIRONMENTAL IMPACT STATEMENT FOR SOME OTHER PROJECT OR

13:56  25  GOVERNMENTAL AGENCY TASK FORCE --

13:56    1              **THE COURT:**  YOU OUGHT TO DIRECT YOUR OBJECTION TO THE

13:56    2    COURT.

13:56    3              **MS. GILBERT:**  I'M SORRY.  I APOLOGIZE.

13:56    4              **THE COURT:**  AND YOUR OBJECTION IS?  YOU WANT COUNSEL

13:56    5    TO DO WHAT?

13:56    6              **MS. GILBERT:**  TO IDENTIFY WHETHER --

13:56    7              **THE COURT:**  WE'VE GOT TO GET A BETTER SYSTEM SO

13:56    8    PEOPLE CAN TALK, SO I'M GOING TO GET A MIC OVER THERE OR

13:56    9    SOMETHING.

13:56    10             **MS. GILBERT:**  MY OBJECTION IS THAT, FROM THE

13:56    11    PLAINTIFFS' PERSPECTIVE, I WOULD LIKE TO KNOW WHETHER THIS IS

13:56    12    BEING TENDERED AS AN EIS FOR THE MRGO PROJECT FROM THE ARMY

13:56    13    CORPS OF ENGINEERS TO THE --

13:56    14             **THE COURT:**  THE COURT'S WELL FAMILIAR THAT THAT'S NOT

13:56    15    WHAT IT IS, AT LEAST UNLESS I AM EDIFIED.

13:57    16             **MS. MILLER:**  MAYBE I CAN ASK THE WITNESS A FEW MORE

13:57    17    QUESTIONS ABOUT THIS DOCUMENT.

13:57    18             **THE COURT:**  OKAY.

13:57    19    **BY MS. MILLER:**

13:57    20    **Q.**   MR. MILLER, YOU ARE PROJECT MANAGER FOR THIS STUDY FOR THE

13:57    21    CORPS OF ENGINEERS; IS THAT RIGHT?

13:57    22    **A.**   I WAS ONE OF THE PROJECT MANAGERS.  THIS IS A STUDY THAT

13:57    23    ENCOMPASSED ALL OF COASTAL LOUISIANA.  WE HAD A NUMBER OF

13:57    24    PROJECT MANAGERS HELPING MANAGE THE WORK AND DEVELOP THE

13:57    25    RESULTS OF THE STUDY.

                              FINAL DAILY COPY

| | | |
|---|---|---|
| 13:57 | 1 | **Q.**   DID YOU HAVE A PARTICULAR AREA THAT YOU FOCUSED ON? |
| 13:57 | 2 | **A.**   MY FOCUS IN CONDUCTING THE STUDY WAS ON THE MRGO AND THE |
| 13:57 | 3 | RESTORATION PROPOSALS ASSOCIATED WITH THE RECOMMENDED PLAN. |
| 13:57 | 4 | **Q.**   DO YOU RECALL WHAT THE RECOMMENDED PLAN WAS WITH RESPECT |
| 13:57 | 5 | TO THE MRGO? |
| 13:57 | 6 | **A.**   I DO.  THE PLAN RECOMMENDATION WAS WHAT WAS DEEMED A |
| 13:57 | 7 | NEAR-TERM ECOSYSTEM RESTORATION PLAN.  THE NO. 1 PROPOSAL IN |
| 13:58 | 8 | THAT PLAN WAS PROTECTION OF THE NORTH BANK OF THE MRGO CHANNEL |
| 13:58 | 9 | AND THE SOUTH SHORE OF LAKE BORGNE. |
| 13:58 | 10 | THE MRGO RECOMMENDATION ALSO INCLUDED A SECOND PHASE |
| 13:58 | 11 | TO EVALUATE THE INTRODUCTION OF FRESHWATER FROM THE MISSISSIPPI |
| 13:58 | 12 | RIVER FOR SALINITY CONTROL, THE PROTECTION OF ADDITIONAL |
| 13:58 | 13 | SHORELINE AREAS AROUND THE MRGO, THE CREATION OF MARSH IN THE |
| 13:58 | 14 | AREAS AFFECTED BY THE MRGO, AND THE RESTORATION OF BARRIER |
| 13:58 | 15 | ISLANDS IN THE VICINITY OF THE MRGO. |
| 13:58 | 16 | **Q.**   ARE THOSE RECOMMENDATIONS REFLECTED IN THE MAIN REPORT |
| 13:58 | 17 | THAT IS SHOWN ON THE SCREEN AS EXHIBIT DX-0926? |
| 13:58 | 18 | **A.**   THEY ARE. |
| 13:58 | 19 | **Q.**   CAN YOU DESCRIBE WHAT THE EIS WAS FOR THE COURT. |
| 13:58 | 20 | **A.**   THERE WAS A PROGRAMMATIC ENVIRONMENTAL IMPACT STATEMENT |
| 13:59 | 21 | THAT ACCOMPANIES THIS REPORT AND A RECORD OF DECISION SIGNED |
| 13:59 | 22 | FINALIZING THAT. |
| 13:59 | 23 | **THE COURT:**  WHEN YOU SAY A PROGRAMMATIC EIS, ALTHOUGH |
| 13:59 | 24 | I'VE BECOME MORE FAMILIAR WITH THE EIS, COULD YOU TELL ME IF |
| 13:59 | 25 | THE MODIFIER *PROGRAMMATIC* MEANS ANYTHING SUBSTANTIVE. |

13:59   1    **THE WITNESS:** YES, SIR, IT DOES. YOU MIGHT HAVE AN

13:59   2    ENVIRONMENTAL IMPACT STATEMENT FOR A SPECIFIC PROJECT. IF YOU

13:59   3    HAVE A NUMBER OF PROJECTS THAT ENCOMPASS A PROGRAM, YOU MIGHT

13:59   4    PREPARE A PROGRAMMATIC ENVIRONMENTAL IMPACT STATEMENT FIRST AND

13:59   5    THEN TIER ADDITIONAL ENVIRONMENTAL COMPLIANCE DOCUMENTS OUT

13:59   6    FROM UNDERNEATH THAT PROGRAMMATIC DOCUMENT.

13:59   7         **THE COURT:** I UNDERSTAND. GOOD EXPLANATION. THANK

13:59   8    YOU.

13:59   9    **BY MS. MILLER:**

13:59   10   **Q.** YOU MENTIONED THAT THE EIS AND MAIN REPORT -- OR THE

13:59   11   PROGRAMMATIC EIS AND THIS MAIN REPORT WERE COMPLETED, AND YOU

14:00   12   REFERENCED A RECORD OF DECISION. COULD YOU TELL US AGAIN WHAT

14:00   13   THE RECORD OF DECISION RELATED TO.

14:00   14   **A.** THE RECORD OF DECISION ESSENTIALLY FINALIZES THE NATIONAL

14:00   15   ENVIRONMENTAL POLICY ACT REVIEW PROCESS. IT COMPLETES THE

14:00   16   ENVIRONMENTAL IMPACT STATEMENT FOR THE -- IN THIS CASE, FOR THE

14:00   17   LCA ECOSYSTEM RESTORATION PLAN.

14:00   18   **Q.** IS A RECORD OF DECISION SOMETHING THAT'S PUBLISHED IN THE

14:00   19   FEDERAL REGISTER?

14:00   20   **A.** I'M NOT SURE IF IT WOULD BE IN THE FEDERAL REGISTER. IT

14:00   21   WOULD BE MADE PUBLICLY AVAILABLE. IT WOULD BE DISTRIBUTED TO

14:00   22   ALL THE INDIVIDUALS THAT COMMENTED ON THE ENVIRONMENTAL IMPACT

14:00   23   STATEMENT, TO THE AGENCIES THAT PROVIDED COMMENT, AND

14:00   24   TYPICALLY -- IN FACT, THIS CASE IS AVAILABLE ON THE CORPS OF

14:00   25   ENGINEERS' WEB SITE.

FINAL DAILY COPY

14:01    1   **Q.**   CAN YOU DESCRIBE SOME OF THE PUBLIC REVIEW PROCESS THAT

14:01    2   WAS INVOLVED IN THIS STUDY AND THE ULTIMATE PRODUCTION OF THE

14:01    3   RECOMMENDATIONS IN THE REPORT OF THE EIS.

14:01    4   **A.**   THE LCA STUDY STARTED WITH PUBLIC SCOPING MEETINGS HELD

14:01    5   ACROSS THE COAST TO GIVE THE PUBLIC AN OPPORTUNITY TO PROVIDE

14:01    6   INPUT INTO THE PROBLEMS THAT WOULD BE ADDRESSED AND THE

14:01    7   POTENTIAL SOLUTIONS.

14:01    8          THE STUDY TEAM PRODUCED A DRAFT REPORT THAT WAS MADE

14:01    9   AVAILABLE FOR PUBLIC COMMENT EARLIER IN 2004.  PUBLIC COMMENTS

14:01   10   WERE RECEIVED ON THE ENVIRONMENTAL IMPACT STATEMENT, AS WELL AS

14:01   11   THE FEASIBILITY REPORT.  THE INTERAGENCY TEAM THAT WORKED ON

14:01   12   THIS -- THE CORPS OF ENGINEERS, THE STATE OF LOUISIANA, AND OUR

14:01   13   RESOURCE AGENCY PARTNERS -- PREPARED RESPONSES TO THE COMMENTS

14:01   14   RECEIVED.  WE MADE SOME MODIFICATIONS TO THE REPORT BASED ON

14:01   15   THAT PUBLIC INPUT.

14:02   16          THAT REPORT WENT THROUGH A REVIEW PROCESS THROUGH OUR

14:02   17   CHAIN OF COMMAND, OUR DIVISION OFFICE AND OUR HEADQUARTERS

14:02   18   OFFICE.  THEN A FINAL REPORT, THE DOCUMENT THAT YOU SEE HERE,

14:02   19   AS WELL AS THE PROGRAMMATIC ENVIRONMENTAL IMPACT STATEMENT,

14:02   20   WERE -- A NOTICE OF AVAILABILITY WAS PRODUCED IN THE FEDERAL

14:02   21   REGISTER SAYING THAT THE FINAL REPORT WAS AVAILABLE FOR

14:02   22   COMMENT. I BELIEVE THAT'S A 30-DAY COMMENT PERIOD THAT IS

14:02   23   REQUIRED PRIOR TO FINALIZING THE REPORT.

14:02   24   **Q.**   YOU TESTIFIED THAT THIS CHIEF'S REPORT WAS SIGNED AND

14:02   25   PRESENTED TO RECOMMEND THE PROJECT TO CONGRESS IN JANUARY OF

14:02  1  2005; IS THAT RIGHT?

14:02  2  **A.**    THAT'S RIGHT.  THE CHIEF OF ENGINEERS SIGNED THAT REPORT

14:02  3  IN JANUARY 2005.  THE CHIEF'S REPORT EVENTUALLY WENT THROUGH

14:02  4  ADMINISTRATION REVIEW AND THEN WAS PROVIDED TO CONGRESS.

14:02  5  **Q.**    DO YOU KNOW WHAT THE STATUS OF THAT RECOMMENDATION WAS AT

14:03  6  THE TIME OF HURRICANE KATRINA?

14:03  7  **A.**    THE RECOMMENDED PLAN HAD BEEN TRANSMITTED TO CONGRESS.  WE

14:03  8  ACTUALLY HAD PARTNERED WITH THE STATE OF LOUISIANA TO BEGIN

14:03  9  IMPLEMENTING ADDITIONAL FEASIBILITY STUDIES UNDERNEATH THIS

14:03  10  LARGER PLAN.  I BELIEVE THERE WAS LEGISLATION IN DEVELOPMENT AT

14:03  11  THE TIME THAT KATRINA STRUCK TO AUTHORIZE THIS.  SUBSEQUENT TO

14:03  12  HURRICANE KATRINA MAKING LANDFALL, IN NOVEMBER OF 2007 THE

14:03  13  CONGRESS AUTHORIZED THE LCA PLAN FOR IMPLEMENTATION.

14:03  14  **Q.**    DO YOU KNOW WHETHER THE AUTHORIZATION RECOMMENDED THE

14:03  15  PROPOSALS IN THIS REPORT THAT WE HAVE ON THE SCREEN AS EXHIBIT

14:03  16  DX-0926?

14:04  17  **A.**    IT DID.  THE AUTHORIZATION INCLUDES ALL OF THE RECOMMENDED

14:04  18  MEASURES, SPECIFIC PROJECTS FOR CONSTRUCTION, AS WELL AS

14:04  19  PROGRAM ELEMENTS LIKE SCIENCE AND TECHNOLOGY INVESTIGATIONS,

14:04  20  ADDITIONAL LONG-TERM STUDIES.  IN TOTAL, IT HAS 15 SPECIFIC

14:04  21  PROJECTS RECOMMENDED FOR CONSTRUCTION, INCLUDING THE

14:04  22  RESTORATION FEATURES ALONG THE MRGO.

14:04  23  **Q.**    CAN YOU DESCRIBE, IF YOU KNOW, WHETHER THERE WERE OTHER

14:04  24  STUDIES OR ECOSYSTEM RESTORATION MEASURES RECOMMENDED THROUGH

14:04  25  THE LOUISIANA COASTAL AREA AUTHORITY PRIOR TO THIS REPORT.

FINAL DAILY COPY

14:05   1   **A.**   I MENTIONED THAT THE AUTHORITY DATES TO 1967.  THERE WERE

14:05   2   A SERIES OF FEASIBILITY STUDIES -- OF RECONNAISSANCE REPORTS

14:05   3   AND THEN FEASIBILITY STUDIES CONDUCTED FOR -- I BELIEVE IT WAS

14:05   4   WATER SUPPLY, HURRICANE PROTECTION, COASTAL RESTORATION

14:05   5   MEASURES LIKE MARSH CREATION AND DIVERSION OF FRESHWATER, A

14:05   6   WHOLE SERIES OF REPORTS AND STUDIES THAT WERE CONDUCTED.

14:05   7         AT THE TIME, THE PASSAGE OF THE CWPPRA AUTHORITY IN

14:05   8   1990, THERE WAS A REPORT COMING OUT IN DRAFT FORM.  THE

14:05   9   AGENCIES INVOLVED AND THE TASK FORCE WORKING ON THAT RECOGNIZED

14:05   10  THE VALUE OF THAT WORK, AND THEY TOOK A LOT OF THAT AND

14:05   11  INCORPORATED IT INTO THE RESTORATION PLAN THAT THE TASK FORCE

14:05   12  LATER APPROVED IN 1993.

14:05   13  **Q.**   DO YOU REMEMBER WHAT THE NAME OF THAT -- OR WHAT THAT

14:06   14  STUDY WAS CALLED, OR THE NAME OF THE PLAN?

14:06   15  **A.**   THAT PARTICULAR ONE WAS LOUISIANA COASTAL AREA LAND LOSS

14:06   16  AND MARSH CREATION STUDY, THE ONE I JUST MENTIONED.  THERE WERE

14:06   17  OTHER ONES FOR FRESHWATER DIVERSIONS FROM THE MISSISSIPPI

14:06   18  RIVER, BOTH INTO THE BRETON SOUND AREA, AS WELL AS THE OTHER

14:06   19  SIDE OF THE RIVER IN THE BARATARIA BAY ESTUARY.

14:07   20  **Q.**   I'M SORRY.  I WAS JUST TRYING TO FIND SOMETHING IN ONE OF

14:07   21  THESE EXHIBITS.

14:07   22         MR. MILLER, CAN YOU EXPLAIN HOW THE -- WELL, AT THE

14:07   23  TIME THAT HURRICANE KATRINA HAPPENED, WERE YOU PROJECT MANAGER

14:07   24  FOR A REEVALUATION STUDY OF THE MRGO?

14:07   25  **A.**   YES, I WAS.

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:07 | 1 | **Q.**  CAN YOU EXPLAIN HOW THAT REEVALUATION STUDY FITS INTO |
| 14:08 | 2 | THESE OTHER STUDIES YOU'VE BEEN DESCRIBING IN THE ECOSYSTEM |
| 14:08 | 3 | RESTORATION EFFORTS RELATED TO THE MRGO. |
| 14:08 | 4 | **A.**  WHILE I WAS STILL AN EMPLOYEE OF THE NATIONAL MARINE |
| 14:08 | 5 | FISHERIES SERVICE, THE COAST 2050 PLAN WAS FINALIZED.  AS I |
| 14:08 | 6 | MENTIONED BEFORE, THERE WERE A NUMBER OF STRATEGIES AND ACTIONS |
| 14:08 | 7 | IDENTIFIED IN THAT PLAN RELATED TO THE MRGO. |
| 14:08 | 8 | THERE WAS A PUBLIC AND GOVERNMENT EFFORT TO TRY TO |
| 14:08 | 9 | TAKE THOSE STRATEGIES AND PUT THEM INTO ACTION.  AT THE SAME |
| 14:08 | 10 | TIME, THE PORT OF NEW ORLEANS HAD EXPRESSED A LONG-TERM VISION |
| 14:08 | 11 | THAT THEY MIGHT MOVE SOME OF THEIR FACILITIES FROM THE MRGO |
| 14:08 | 12 | TIDEWATER AREA TO THE MISSISSIPPI RIVER.  SO THERE WAS AN |
| 14:09 | 13 | EFFORT TO -- CONGRESS AUTHORIZED US AND FUNDED THE CORPS TO |
| 14:09 | 14 | CONDUCT A REEVALUATION STUDY. |
| 14:09 | 15 | WHEN I CAME TO THE CORPS, THAT STUDY WAS ALREADY |
| 14:09 | 16 | GOING ON.  IN I BELIEVE IT WAS AROUND 2003, 2004, I WAS ASKED |
| 14:09 | 17 | TO TAKE OVER THE LEAD OF THAT AFTER ONE OF THE PROJECT MANAGERS |
| 14:09 | 18 | DEPARTED, AND ASKED TO TAKE THE TEAM'S EFFORTS AND PUT THEM |
| 14:09 | 19 | INTO A REPORT AND TO TRY TO COORDINATE THAT WITH SOME OF THE |
| 14:09 | 20 | PUBLIC PARTIES THAT WERE INTERESTED IN IT. |
| 14:09 | 21 | THAT REEVALUATION STUDY LOOKED AT THE NAVIGATION |
| 14:09 | 22 | ECONOMICS OF THE SHIPPING CHANNEL.  IT LOOKED AT THE HURRICANE |
| 14:09 | 23 | STORM SURGES IN THE AREA.  IT LOOKED AT ECOSYSTEM RESTORATION. |
| 14:09 | 24 | THOSE ELEMENTS THAT WERE BEING EVALUATED WERE BASED ON COMMENTS |
| 14:09 | 25 | THAT WE RECEIVED FROM THE PUBLIC WHEN WE FIRST BEGAN THAT |

| | | |
|---|---|---|
| 14:09 | 1 | REEVALUATION STUDY. |
| 14:09 | 2 | THE STUDY REACHED THE POINT OF A DRAFT REPORT THAT |
| 14:09 | 3 | WAS GOING TO ENTER REVIEW INTERNALLY WITHIN THE CORPS OF |
| 14:10 | 4 | ENGINEERS IN LATE SUMMER OF 2005, WHEN HURRICANE KATRINA MADE |
| 14:10 | 5 | LANDFALL. |
| 14:10 | 6 | Q.   DO YOU RECALL WHAT THE STATUS OF THAT DRAFT WAS IN TERMS |
| 14:10 | 7 | OF WHETHER A DECISION HAD BEEN REACHED REGARDING WHAT MIGHT BE |
| 14:10 | 8 | RECOMMENDED? |
| 14:10 | 9 | A.   THE REPORT WAS IN DRAFT FORMAT.  IT DIDN'T GO THROUGH |
| 14:10 | 10 | REVIEW EITHER INTERNALLY COMPLETELY WITHIN THE CORPS NOR DID IT |
| 14:10 | 11 | HAVE A CHANCE TO GO THROUGH A PUBLIC REVIEW PROCESS UNDER THE |
| 14:10 | 12 | NATIONAL ENVIRONMENTAL POLICY ACT BECAUSE THE STORM MADE |
| 14:10 | 13 | LANDFALL, AND WE RECEIVED SUBSEQUENT DIFFERENT DIRECTION FROM |
| 14:10 | 14 | THE CONGRESS ON WHAT TO DO IN TERMS OF EVALUATING THE FUTURE OF |
| 14:10 | 15 | THE MRGO. |
| 14:10 | 16 | Q.   YOU DESCRIBED PUBLIC INPUT HAPPENING TOWARDS THE |
| 14:11 | 17 | INITIATION OR THE EARLY PARTS OF THAT REEVALUATION STUDY.  DID |
| 14:11 | 18 | THE CORPS CONTINUE TO INVOLVE THE PUBLIC AS THE STUDY WENT ON? |
| 14:11 | 19 | A.   WE DID.  WE PRODUCED OUTREACH MATERIALS THAT DESCRIBED |
| 14:11 | 20 | WHAT THE STUDY WAS INVESTIGATING, WHAT THE REEVALUATION STUDY |
| 14:11 | 21 | WAS ABOUT.  WE WERE AVAILABLE FOR INTERACTION WITH THE PUBLIC. |
| 14:11 | 22 | I DON'T REMEMBER THE DATES EXACTLY, BUT I SPENT SOME TIME IN |
| 14:11 | 23 | FRONT OF THE ST. BERNARD PARISH COUNCIL DESCRIBING THE |
| 14:11 | 24 | ECOSYSTEM RESTORATION COMPONENTS OF THAT REEVALUATION, AS WELL |
| 14:11 | 25 | AS A LOT OF OUR OTHER AUTHORITIES THAT WE HAD FOR WORKING IN |

14:11    1    WETLANDS, AND ALSO WORKED WITH THE STATE OF LOUISIANA TO

14:11    2    PRESENT THE SAME INFORMATION TO THE GOVERNOR'S ADVISORY

14:11    3    COMMISSION ON COASTAL ACTIVITIES.

14:11    4            **THE COURT:**  THIS IS A FACETIOUS QUESTION.  IS THERE A

14:12    5    COURSE YOU EVER TOOK THAT PREPARED YOU TO PRESENT ANYTHING IN

14:12    6    FRONT OF THE ST. BERNARD PARISH COUNCIL?

14:12    7            THAT'S OKAY.  YOU DON'T HAVE TO ANSWER.  GO

14:12    8    AHEAD.

14:12    9    **BY MS. MILLER:**

14:12   10    **Q.**  MAYBE WE CAN TURN TO EXHIBIT PX-1288.  DO YOU RECOGNIZE

14:12   11    WHAT THIS IS?  IT'S ONLY THE FIRST PAGE OF IT.

14:12   12    **A.**  THIS IS A POWERPOINT SLIDE OF ONE OF THE PRESENTATIONS I

14:12   13    MENTIONED.  I BELIEVE THIS IS THE ONE -- IT'S A VERY SIMILAR

14:12   14    PRESENTATION TO THE GOVERNOR'S COMMISSION AND TO THE

14:12   15    ST. BERNARD GOVERNMENT.  IT'S A PHOTO OF THE MRGO AT THE PARIS

14:12   16    ROAD BRIDGE.  THE TITLE, OBVIOUSLY, "MRGO STUDIES," IS INTENDED

14:13   17    TO SHOW THAT THERE WERE A NUMBER OF DIFFERENT EVALUATIONS OF

14:13   18    DIFFERENT ASPECTS OF THE CHANNEL ONGOING AND TRY TO RELAY THAT

14:13   19    INFORMATION TO THE PUBLIC SO THAT THEY WOULD BE INFORMED OF THE

14:13   20    DIFFERENT ASPECTS OF EVALUATING THE CHANNEL.

14:13   21            **THE COURT:**  WHEN DID YOU MAKE THAT PRESENTATION TO

14:13   22    THE GOVERNOR'S COMMISSION?

14:13   23            **THE WITNESS:**  I BELIEVE THAT WAS IN FEBRUARY OF 2004.

14:13   24            **THE COURT:**  JUST AS A FOOTNOTE, MY BROTHER WAS ON

14:13   25    THAT COMMISSION AT THAT TIME.  I WILL NOT TALK TO HIM ABOUT

FINAL DAILY COPY

14:13    1   THIS, BUT I THINK I SHOULD LET YOU KNOW THAT.

14:13    2           **MS. MILLER:**  THANK YOU, YOUR HONOR.

14:13    3               IF WE COULD TURN TO EXHIBIT DX-1755.  JUST FOR

14:13    4   THE RECORD, THE LAST EXHIBIT THAT WE WERE ON, PX-1288, THE

14:13    5   FIRST PAGE IS DATED FEBRUARY 27, 2004.

14:14    6   BY MS. MILLER:

14:14    7   **Q.**   THEN THIS NEXT EXHIBIT, DX-1755, SIR, CAN YOU TELL US WHAT

14:14    8   THIS APPEARS TO BE.

14:14    9   **A.**   THIS IS, AGAIN, THE FIRST SLIDE OF A POWERPOINT

14:14   10   PRESENTATION.  I THINK THIS IS THE ONE THAT WE GAVE TO THE

14:14   11   ST. BERNARD PARISH GOVERNMENT IN APRIL 2004.

14:14   12   **Q.**   I JUST BROUGHT THIS UP SINCE YOU HAD TESTIFIED TO THESE

14:14   13   TWO PRESENTATIONS IN THIS PARTICULAR EXHIBIT.  IT HAS A LITTLE

14:14   14   BIT LARGER SLIDE, SO I THOUGHT THIS WOULD BE AN EASIER ONE TO

14:14   15   USE.

14:14   16           UNFORTUNATELY, THEY'RE NOT EXACTLY NUMBERED, BUT

14:14   17   ABOUT HALFWAY THROUGH -- WELL, CAN YOU DESCRIBE MAYBE A LITTLE

14:14   18   BIT MORE ABOUT THE PRESENTATIONS THAT YOU MADE AND WHO

14:15   19   PARTICIPATED IN THOSE PRESENTATIONS.

14:15   20   **A.**   THE ONE THAT WE TOOK OUR PROJECT MANAGEMENT TEAM TO

14:15   21   ST. BERNARD WITH OUR -- OUR DISTRICT COMMANDER TOOK US AT THE

14:15   22   INVITATION, ACTUALLY, OF THE ST. BERNARD PARISH COUNCIL AND

14:15   23   MADE A PRESENTATION.

14:15   24           IF YOU FLIP THROUGH SOME OF THESE SLIDES, YOU'LL SEE

14:15   25   THAT OUR OPERATIONS MANAGER, EVAN RUSSO, TALKED ABOUT THE

FINAL DAILY COPY

14:15    1    ONGOING MAINTENANCE OF THE CHANNEL, THE PLACEMENT OF ROCKS

14:15    2    ALONG THE CHANNEL FOR SHORE PROTECTION, THE BENEFICIAL USE OF

14:15    3    DREDGED MATERIAL.

14:15    4         WE LOOKED AT SOME OF THE ECONOMICS OF THE CHANNEL

14:15    5    THAT WE WALKED THE PUBLIC THROUGH TO SHOW THE UTILIZATION OF

14:15    6    THE CHANNEL BY SHIPS AND THE AMOUNT OF TONNAGE, THE NUMBER OF

14:15    7    TRIPS, AND THINGS LIKE THAT.  WE LOOKED AT SOME OF THE

14:15    8    FACILITIES AND THE IMPORTANCE OF THOSE FACILITIES FOR THE PORT

14:15    9    AND TRANSPORTATION SYSTEM HERE IN THE NEW ORLEANS AREA.

14:15   10         MYSELF, MY FOCUS WAS ON THE RESTORATION ASPECTS OF

14:16   11    THE WORK IN AND AROUND THE CHANNEL.  WE LOOKED AT SOME OF THE

14:16   12    BREAUX ACT OR THE CWPPRA PROJECTS THAT HAD BEEN DEVELOPED IN

14:16   13    THE AREA FOR WETLAND PROTECTION AND RESTORATION.

14:16   14         WE ALSO LOOKED AT THE LCA (LOUISIANA COASTAL AREA)

14:16   15    EFFORTS AND WE TALKED ABOUT THE MRGO REEVALUATION STUDY.  SO IT

14:16   16    WAS INTENDED TO, AGAIN, GIVE A FULL PICTURE OF THE VARIOUS

14:16   17    EVALUATIONS OF THE MRGO THAT WERE ONGOING AT THE TIME.

14:16   18    Q.   I THINK IF WE COULD FIND THE PAGE TOWARDS THE END OF THIS

14:16   19    POWERPOINT, IT'S MAYBE THE LAST THIRD OF IT, THERE'S A PAGE

14:16   20    TITLED "ECOSYSTEM RESTORATION."  IS THIS THE SECTION OF THE

14:16   21    PRESENTATION THAT YOU WOULD HAVE PRESENTED?

14:16   22    A.   YES.

14:16   23         **MS. GILBERT:**  EXCUSE ME, YOUR HONOR.  THIS IS NOT THE

14:17   24    COPY THAT WAS PRODUCED TO US.  OURS WAS DATED FEBRUARY 27,

14:17   25    2004.  WE DIDN'T RECEIVE AN APRIL 1.  ACTUALLY, GREG MILLER

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:17 | 1 | WASN'T ON THE ONE WE RECEIVED. |
| 14:17 | 2 | **THE COURT:**  COUNSEL? |
| 14:17 | 3 | **MS. MILLER:**  THE EXHIBIT I THINK THAT PLAINTIFFS' |
| 14:17 | 4 | COUNSEL IS REFERENCING IS PX-1288.  MR. MILLER TESTIFIED THAT |
| 14:17 | 5 | THESE WERE TWO SIMILAR PRESENTATIONS.  IF YOU TURN TO PX-1288, |
| 14:17 | 6 | IT'S NUMBERED, AND I THINK YOU CAN TURN TO PAGE 25.  THAT SLIDE |
| 14:17 | 7 | IS TITLED "BREAUX ACT PROJECT, GREGORY MILLER, PROJECT MANAGER, |
| 14:17 | 8 | COASTAL RESTORATION BRANCH." |
| 14:18 | 9 | **MS. GILBERT:**  I APOLOGIZE. |
| 14:18 | 10 | **BY MS. MILLER:** |
| 14:18 | 11 | **Q.**   THIS WOULD BE YOU; IS THAT RIGHT? |
| 14:18 | 12 | **A.**   THAT'S ME. |
| 14:18 | 13 | **THE COURT:**  THAT'S UNDERSTANDABLE.  THERE'S A LOT OF |
| 14:18 | 14 | EXHIBITS, A LOT OF DEMONSTRATIVE EXHIBITS.  THIS IS A LOT OF |
| 14:18 | 15 | PAGES.  GO AHEAD. |
| 14:18 | 16 | **BY MS. MILLER:** |
| 14:18 | 17 | **Q.**   WE CAN GO BACK TO THE OTHER EXHIBIT.  THE SLIDES ARE |
| 14:18 | 18 | SIMILAR, I THINK YOU'LL SEE.  IF YOU HAVE EXHIBIT 1755, I |
| 14:18 | 19 | BELIEVE IT WAS PROVIDED AS WELL. |
| 14:18 | 20 | **MS. GILBERT:**  IT'S NOT ON THE LIST, BUT IF IT'S THE |
| 14:18 | 21 | SAME DOCUMENT -- IT'S NOT ON THE LIST. |
| 14:18 | 22 | **THE COURT:**  COUNSEL, I CAN'T HEAR YOU. |
| 14:18 | 23 | **MS. GILBERT:**  IT'S NOT ON THE LIST OF DIRECT |
| 14:18 | 24 | EXAMINATION, BUT IF COUNSEL REPRESENTS THAT IT'S IDENTICAL |
| 14:18 | 25 | EXCEPT FOR THE DATE, I APOLOGIZE, THEN.  IT CAME OVER LATER AND |

FINAL DAILY COPY

14:18   1   I DIDN'T GET IT.

14:18   2   **BY MS. MILLER:**

14:19   3   **Q.**   IF IT'S EASIER FOR PLAINTIFFS' COUNSEL JUST TO GO THROUGH

14:19   4   THESE SLIDES QUICKLY, WE CAN GO BACK TO PX-1288 AND, AGAIN, ON

14:19   5   PAGE 25.  ACTUALLY, IF YOU TURN TO PAGE 24, THIS GIVES A

14:19   6   SUMMARY OF THE STATUS OF ENVIRONMENTAL EVALUATION GOING ON AS

14:19   7   PART OF THE REEVALUATION STUDY; IS THAT RIGHT?  IS THAT WHAT

14:20   8   THAT IS?  DO YOU RECOGNIZE WHAT THIS IS?

14:20   9   **A.**   YES, THAT IS RIGHT.  AGAIN, WE WERE TRYING AT THE TIME TO

14:20   10   SHOW A LOT OF THE DIFFERENT EVALUATIONS THAT WERE GOING ON

14:20   11   RELATED TO THE MRGO:  THE OPERATIONS AND MAINTENANCE WORK; THE

14:20   12   REEVALUATION STUDY; THE CWPPRA EFFORTS; AND THE LCA WORK.

14:20   13          THIS IS EXCERPTED FROM THE DRAFT REPORT ON THE

14:20   14   REEVALUATION.  IT SHOWS THE ENVIRONMENTAL IMPACTS IN TERMS OF

14:20   15   WETLAND ACRES ASSOCIATED WITH THE CHANNEL.  IT DOES NOTE THAT

14:20   16   THERE WAS AN ENVIRONMENTAL -- THE BOTTOM SLIDE HERE NOTES THAT

14:20   17   THERE WAS AN ENVIRONMENTAL IMPACT STATEMENT IN DEVELOPMENT

14:20   18   ASSOCIATED WITH THE MRGO REEVALUATION STUDY.

14:21   19   **Q.**   THEN THE NEXT PAGE, 25, IS WHERE YOUR -- AT THAT TIME YOU

14:21   20   WERE NOT -- WERE YOU PROJECT MANAGER OF THE REEVALUATION STUDY

14:21   21   AT THAT TIME?  DO YOU RECALL?

14:21   22   **A.**   I'M NOT SURE WHICH VERSION OF THIS I'M LOOKING AT.  IF IT

14:21   23   WAS THE APRIL ONE, YES, I BELIEVE I WAS.  IF IT WAS THE

14:21   24   FEBRUARY ONE, NO, I WAS NOT.

14:21   25   **Q.**   SO THIS EXHIBIT PX-1288 IS THE FEBRUARY ONE.  SO EVEN IF

14:21   1   YOU WERE NOT PROJECT MANAGER AT THAT TIME, YOU WERE

14:21   2   COORDINATING ON THE REEVALUATION STUDY; IS THAT RIGHT?

14:21   3   **A.**   THAT IS CORRECT.   I WAS THE PROJECT MANAGER IN THE CWPPRA

14:21   4   PROGRAM AND THE BREAUX ACT PROGRAM AS WELL AS THE LOUISIANA

14:21   5   COASTAL AREA STUDY.   BOTH OF THOSE HAD ACTIVITIES RELATED TO

14:22   6   THE MRGO, SO WE WERE COORDINATING WITHIN OUR OFFICE WITH THE

14:22   7   TEAM WORKING ON THE REEVALUATION STUDY.   IN FACT, WE WERE USING

14:22   8   THE SAME DATA ABOUT THE ENVIRONMENTAL CONDITIONS OF THE CHANNEL

14:22   9   FOR ALL OF THESE DIFFERENT EFFORTS.

14:22   10   **Q.**   SO THERE WERE AT THIS TIME NUMEROUS SPECIFIC AUTHORITIES

14:22   11   OR PROJECTS OR PROGRAMS -- I'M NOT SURE WHAT THE BEST WORD

14:22   12   WOULD BE, BUT SEVERAL AVENUES THROUGH WHICH THE CORPS WAS

14:22   13   EVALUATING THE ENVIRONMENTAL IMPACTS FROM THE MRGO; IS THAT

14:22   14   RIGHT?

14:22   15   **A.**   THAT'S CORRECT.   FROM MY RESPONSIBILITIES AT THE CORPS, I

14:22   16   WOULD TRY TO LEAD TEAMS TO ADDRESS ECOSYSTEM RESTORATION

14:22   17   OPPORTUNITIES USING ANY AUTHORITY THAT WE HAD AVAILABLE.

14:22   18   AGAIN, THE EXAMPLES ARE THE BREAUX ACT OR THE CWPPRA PROGRAM,

14:23   19   WHERE ON AN ANNUAL BASIS PROJECTS WERE PROPOSED AND EVALUATED

14:23   20   FOR THE PRIORITY LIST.

14:23   21        THE LOUISIANA COASTAL AREA, WHICH WAS A

14:23   22   FULL-FEASIBILITY STUDY OF ALL THE COAST, HAD SPECIFIC

14:23   23   EVALUATIONS OF RESTORATION OPPORTUNITIES AND WETLAND LOSS

14:23   24   PROBLEMS AROUND THE MRGO.   THEN, OBVIOUSLY, THE REEVALUATION

14:23   25   STUDY THAT YOU HAVE THESE SLIDES UP FROM WAS EVALUATING THE

14:23   1   ENVIRONMENTAL IMPACTS OF THE OPERATIONS OF THE CHANNEL AND, YOU

14:23   2   KNOW, THE POTENTIAL ALTERNATIVES FOR THE FUTURE OF THE CHANNEL.

14:23   3   Q.   TO CLARIFY, THESE PARTICULAR PRESENTATIONS WERE NOT

14:23   4   LIMITED TO THE REEVALUATION STUDY; IS THAT RIGHT?

14:23   5   A.   THAT'S CORRECT.  IT WAS, AGAIN, AN OPPORTUNITY TO SHOW THE

14:23   6   STATE GOVERNMENT, THE GOVERNOR'S COMMISSION, AND LOCAL

14:23   7   GOVERNMENT, THE ST. BERNARD PARISH GOVERNMENT, ALL OF THE

14:23   8   ACTIVITIES THAT WERE ONGOING RELATED TO THE MRGO UNDER THE

14:24   9   CORPS' AUTHORITIES.

14:24   10  Q.   SO, MR. MILLER, THE SLIDE THAT WE STARTED TO DISCUSS, THE

14:24   11  APRIL PRESENTATION THAT YOU MADE TO THE STATE GOVERNMENT, DOES

14:24   12  THAT OFFER A SUMMARY, IF YOU WILL, OF THE STATUS OF ALL OF THE

14:24   13  ONGOING PROJECTS AS OF THAT DATE, THE ONGOING PROJECTS TO

14:25   14  ADDRESS ECOSYSTEM RESTORATION RELATED TO THE MRGO?

14:25   15  A.   IT DOES.  IT PROVIDED AN UPDATE OF THE WORK AT THE TIME.

14:25   16  THESE WERE ALSO -- I BELIEVE ONE OF THE LAST SLIDES SHOWED THE

14:25   17  PROJECT MANAGER FROM THE CORPS OF ENGINEERS RESPONSIBLE FOR

14:25   18  VARIOUS ASPECTS OF DIFFERENT STUDIES AND PROVIDED CONTACT

14:25   19  INFORMATION SO THAT MEETING ATTENDEES COULD FOLLOW UP WITH MORE

14:25   20  DETAILED QUESTIONS.

14:25   21          MS. MILLER:  I DON'T HAVE ANY MORE QUESTIONS RIGHT

14:25   22  NOW.

14:25   23          THE COURT:  THANK YOU, MA'AM.

        24

        25

FINAL DAILY COPY

|        |    |                                                                      |
|--------|----|----------------------------------------------------------------------|
| 14:25  | 1  | **CROSS-EXAMINATION**                                                 |
| 14:26  | 2  | **BY MS. GILBERT:**                                                   |
| 14:26  | 3  | **Q.**   GOOD AFTERNOON.  MY NAME IS ELISA GILBERT.  I BELIEVE WE     |
| 14:26  | 4  | MET AT A COUPLE OF DEPOSITIONS.                                       |
| 14:26  | 5  | **A.**   THAT'S RIGHT.                                                |
| 14:27  | 6  | **Q.**   WE HAVE TALKED A LOT ABOUT SOME OF THE PROBLEMS THAT         |
| 14:27  | 7  | CLEARLY YOU RECOGNIZED EXISTED ASSOCIATED WITH THE MRGO.  ISN'T       |
| 14:27  | 8  | IT TRUE THAT ALL OF THESE PROBLEMS THAT YOU JUST DISCUSSED WITH       |
| 14:27  | 9  | THE ECOSYSTEM RESTORATION ARE PROBLEMS THAT EXISTED AND WERE          |
| 14:27  | 10 | KNOWN TO THE CORPS FROM THE INCEPTION OF THE MRGO?                    |
| 14:27  | 11 | **A.**   I DON'T KNOW ABOUT ALL OF THEM, BUT A LARGE NUMBER OF        |
| 14:27  | 12 | THEM -- CHANGES IN HABITAT TYPES, SHORE EROSION -- WERE              |
| 14:27  | 13 | CERTAINLY THINGS THAT WE WERE AWARE OF AND THAT WE TRIED TO           |
| 14:27  | 14 | TAKE STEPS TO ADDRESS.                                                |
| 14:27  | 15 | **Q.**   PRIOR TO THE ENVIRONMENTAL IMPACT STATEMENT IN 1976 THAT     |
| 14:28  | 16 | WAS PREPARED IN RESPONSE TO THE ENACTMENT OF NEPA, THERE WERE         |
| 14:28  | 17 | NO PLANNING STEPS TAKEN TO EVALUATE THE IMPACT OF EROSION ON          |
| 14:28  | 18 | HEALTH AND SAFETY OF THE HUMAN ENVIRONMENT CAUSED BY THE MRGO?        |
| 14:28  | 19 | **A.**   WELL, I'LL ANSWER YOUR QUESTION IN MY STUDY OF THE CHANNEL   |
| 14:28  | 20 | AS THE PROJECT MANAGER LOOKING AT REEVALUATING IT AND ALSO           |
| 14:28  | 21 | PLANNING FOR WETLAND RESTORATION.  TO ME, THE RECORD SHOWS THAT       |
| 14:28  | 22 | PRIOR TO OR DURING CONSTRUCTION, THE FISH AND WILDLIFE SERVICE        |
| 14:28  | 23 | WAS RECOMMENDING ACTIONS FOR THE CORPS, IN TERMS OF                   |
| 14:28  | 24 | CONSERVATION MEASURES, AND THE CORPS TOOK THOSE ACTIONS.              |
| 14:28  | 25 | THE CORPS RECOGNIZED SALTWATER INTRUSION AND HAD                      |

14:28    1    RECOMMENDED SOLUTIONS FOR THOSE.  I MENTIONED THE BONNET CARRÉ

14:28    2    FRESHWATER DIVERSION.  THERE WERE OTHER PROJECTS:  A SILL AT

14:29    3    SEABROOK TO STOP SALTWATER INTRUSION INTO LAKE PONTCHARTRAIN.

14:29    4    THERE WERE RECOMMENDATIONS FOR SHORELINE PROTECTION ALONG THE

14:29    5    BANKS OF THE CHANNEL.

14:29    6            YOU KNOW, THE INFORMATION THAT I TALKED ABOUT IN THE

14:29    7    BREAUX ACT RESTORATION PLAN THAT DISCUSSED THE MRGO AND WHAT

14:29    8    COULD BE DONE FOR PROTECTING AND RESTORING WETLANDS, THE COAST

14:29    9    2050 PLAN, THE REEVALUATION STUDY, AND EVENTUALLY THE LCA PLAN

14:29    10   ALL BUILT UPON THE KNOWLEDGE THAT THE CORPS AND ITS RESOURCE

14:29    11   AGENCY PARTNERS HAD DEVELOPED ABOUT THE CHANNEL, THE PROBLEMS

14:29    12   ASSOCIATED WITH IT, AND WHAT COULD BE DONE ABOUT IT.

14:29    13   Q.   I THINK MY QUESTION WAS "DID THE CORPS DO" AND YOU'RE

14:29    14   ANSWERING RECOMMENDATIONS ABOUT THE FISH AND WILDLIFE SERVICES.

14:29    15   SO WHAT I'M GOING TO ASK YOU IS, PRIOR TO THE ENACTMENT OF

14:29    16   NEPA, DID THE CORPS -- OR SINCE THE ENACTMENT OF NEPA HAD THE

14:29    17   CORPS -- WITHDRAW THE QUESTION.

14:30    18           WHEN THE CORPS RESPONDED TO ITS OBLIGATIONS UNDER

14:30    19   NEPA TO ANSWER TO THE CONGRESS ABOUT THE ENVIRONMENTAL IMPACTS

14:30    20   OF THE MRGO ON THE HEALTH AND SAFETY OF THE HUMAN ENVIRONMENT

14:30    21   IN ITS VICINITY, DID THEY BRING TO THE CONGRESS' ATTENTION THE

14:30    22   BANK EROSION IMPACT ON HEALTH AND SAFETY OF THE HUMAN

14:30    23   ENVIRONMENT IN 1976?

14:30    24   A.   MY STUDY OF THE CHANNEL AND THE HISTORY OF THE CHANNEL

14:30    25   SHOWS THAT THERE WERE A NUMBER OF DIFFERENT FEASIBILITY

| | | |
|---|---|---|
| 14:30 | 1 | INVESTIGATIONS ALONG THE CHANNEL THAT SHOULD -- |
| 14:30 | 2 | **Q.**   MOVE TO STRIKE. |
| 14:30 | 3 | **THE COURT:**  CAN I MAYBE FRAME YOUR QUESTION? |
| 14:30 | 4 | IN THE 1976 EIS THAT WAS FILED, ARE YOU FAMILIAR |
| 14:30 | 5 | WITH IT? |
| 14:30 | 6 | **THE WITNESS:**  NOT WORD FOR WORD.  BUT, YES, I'M |
| 14:30 | 7 | FAMILIAR WITH IT. |
| 14:30 | 8 | **THE COURT:**  WELL, IF YOU WERE FAMILIAR WITH IT WORD |
| 14:30 | 9 | FOR WORD, WE WOULD HAVE TO PUT YOU UP HERE AND I WOULD LEAVE. |
| 14:31 | 10 | **MR. O'DONNELL:**  WE WOULD ALL LEAVE. |
| 14:31 | 11 | **THE COURT:**  DELIGHTFULLY.  NO, I'M REALLY ENJOYING |
| 14:31 | 12 | THIS.  I WANT YOU TO KNOW. |
| 14:31 | 13 | **THE WITNESS:**  THAT MAKES ONE OF US. |
| 14:31 | 14 | **THE COURT:**  SO THE QUESTION IS:  DID THAT EIS DIRECT |
| 14:31 | 15 | ITSELF TO THE HEALTH AND SAFETY OF THE HUMAN ENVIRONMENT |
| 14:31 | 16 | VIS-À-VIS POTENTIAL BANK EROSION ALONG THE MRGO AND ITS |
| 14:31 | 17 | POTENTIAL IMPACT ON THE HUMAN ENVIRONMENT? |
| 14:31 | 18 | **THE WITNESS:**  I'M NOT SURE, SIR. |
| 14:31 | 19 | **MS. GILBERT:**  CAN WE GO TO YOUR DEPOSITION, THEN. |
| 14:31 | 20 | **THE COURT:**  IF I PHRASED THAT QUESTION INCORRECTLY, |
| 14:31 | 21 | IT WAS JUST MY EFFORT TO -- |
| 14:31 | 22 | **MS. GILBERT:**  IT'S CLOSE ENOUGH FOR JAZZ. |
| 14:31 | 23 | **THE COURT:**  GOOD. |
| 14:31 | 24 | **MS. GILBERT:**  CAN WE MOVE TO MR. MILLER'S 30(B)(6) |
| 14:31 | 25 | DEPOSITION TESTIMONY, PAGES 280 -- |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:31 | 1 | **THE COURT:**  DO YOU HAVE YOUR DEPOSITION, SIR, WITH |
| 14:32 | 2 | YOU? |
| 14:32 | 3 | **THE WITNESS:**  NO, SIR. |
| 14:32 | 4 | **THE COURT:**  COUNSEL, DO YOU WANT TO PROVIDE HIM WITH |
| 14:32 | 5 | AN ENTIRE COPY.  IF YOU NEED IT, CERTAINLY -- WE'LL GET IT UP |
| 14:32 | 6 | THERE JUST IN CASE.  SOMETIMES IT HELPS.  I LIKE THE WITNESS TO |
| 14:32 | 7 | BE ABLE TO LOOK BEFORE AND AFTER. |
| 14:32 | 8 | **MS. GILBERT:**  IT WOULD BE OCTOBER 10, I BELIEVE. |
| 14:32 | 9 | **MR. O'DONNELL:**  CAN WE PUT IT ON THE SCREEN. |
| 14:32 | 10 | **THE COURT:**  THE ONLY THING I WAS CONCERNED ABOUT IS |
| 14:32 | 11 | I'VE LET EVERYBODY ELSE HAVE CONTEXT.  SO IF HE WANTS CONTEXT, |
| 14:32 | 12 | HE CAN LOOK BEFORE AND AFTER.  IF YOU DON'T HAVE IT, THAT'S |
| 14:32 | 13 | FINE. |
| 14:32 | 14 | **MS. MILLER:**  YOUR HONOR, WE MAY JUST NEED A MINUTE. |
| 14:32 | 15 | THEY ARE ASKING ABOUT THE 30(B)(6) DEPOSITION AND I HAVE THE -- |
| 14:32 | 16 | **MS. GILBERT:**  THERE WERE FOUR DAYS OF MR. MILLER'S |
| 14:32 | 17 | DEPOSITION. |
| 14:32 | 18 | **THE COURT:**  I'M WELL FAMILIAR WITH IT.  I HAVE READ |
| 14:32 | 19 | ALL FOUR DAYS OF THE 30(B)(6). |
| 14:32 | 20 | **MS. MILLER:**  I HAVE NOW BEEN HANDED THE 30(B)(6) |
| 14:32 | 21 | DEPOSITION, YOUR HONOR.  MAY I PROVIDE THESE TO THE WITNESS? |
| 14:32 | 22 | **THE COURT:**  YOU MAY.  YOU MAY.  THE ONLY REASON I'M |
| 14:33 | 23 | DOING THAT IS NOT TO SLOW THIS PROCESS DOWN, BUT IN CASE YOU |
| 14:33 | 24 | WANT CONTEXT -- THEY ARE GOING TO SHOW YOU THE QUESTION ON THE |
| 14:33 | 25 | SCREEN.  IF YOU FIND YOU NEED CONTEXT FOR THE QUESTION, YOU CAN |

| | | |
|---|---|---|
| 14:33 | 1 | LOOK A LITTLE BIT BEFORE AND AFTER.  IF YOU DON'T NEED CONTEXT, |
| 14:33 | 2 | YOU DON'T HAVE TO.  YOU ARE CERTAINLY NOT REQUIRED TO. |
| 14:33 | 3 | **MS. GILBERT:**  I HAVE TO APOLOGIZE.  I THINK THERE WAS |
| 14:33 | 4 | A PAGINATION ISSUE HERE.  I HAVE THE ACTUAL TRANSCRIPT. |
| 14:33 | 5 | THERE'S A LITTLE BIT OF A PAGINATION ISSUE HERE, IF YOU WILL |
| 14:33 | 6 | HOLD ONE SECOND. |
| 14:34 | 7 | **THE COURT:**  I HAVE THE DEPOSITION CUTS HERE IF |
| 14:34 | 8 | ANYBODY NEEDS THEM. |
| 14:35 | 9 | **MS. GILBERT:**  PAGE 281.  IT STARTS ON LINE 6. |
| 14:35 | 10 | **THE COURT:**  YOU CAN LOOK AT IT ON THE SCREEN.  IF YOU |
| 14:35 | 11 | NEED TO GO BACK AND FORTH, I WILL LET YOU DO IT. |
| 14:35 | 12 | **MS. GILBERT:**  IT RUNS THROUGH TO PAGE 282. |
| 14:35 | 13 | **THE COURT:**  WE CAN READ THAT.  THAT'S PRETTY CLEAR. |
| 14:35 | 14 | BY MS. GILBERT: |
| 14:35 | 15 | Q.   281 TO 282, STARTING ON LINE 6 OF 281: |
| 14:35 | 16 | "Question:  ALL RIGHT.  AND DID THE CORPS CONCLUDE |
| 14:35 | 17 | THAT THE EROSION OF THE BANKS OF THE MRGO WERE, IN FACT, |
| 14:35 | 18 | NEGATIVELY IMPACTING THE HEALTH AND SAFETY OF THE HUMAN |
| 14:35 | 19 | ENVIRONMENT? |
| 14:35 | 20 | "Answer:  I'D HAVE TO READ THE FULL DOCUMENT BEFORE I |
| 14:36 | 21 | COULD ANSWER THAT.  I DON'T SEE IT IN A SUMMARY SECTION. |
| 14:36 | 22 | "Question:  OKAY.  LET'S TAKE A BREAK.  READ IT. |
| 14:36 | 23 | THIS IS A SPECIFIC TOPIC.  I'M SORRY.  I'M NOT TRYING TO |
| 14:36 | 24 | MAKE YOU READ STUFF, BUT THIS IS A VERY PRECISE TOPIC. |
| 14:36 | 25 | "YOU WERE, I BELIEVE, TRYING TO ANSWER THAT |

14:36   1        QUESTION.  DO WE NEED TO READ IT BACK OR ANYTHING FOR YOU?

14:36   2            "Answer:  SURE.  WHY NOT.

14:36   3                "NOT THAT I CAN TELL FROM READING THE 1976 FINAL

14:36   4        ENVIRONMENTAL STATEMENT.

14:36   5            "Question:  WHAT ANALYSIS DID THE CORPS DO IN ORDER

14:36   6        TO REACH THAT CONCLUSION?"

14:36   7                THEN MOVING DOWN ON THAT PAGE TO LINE 17:

14:36   8            "Question:  ALL RIGHT.  SO, THEN, CAN WE CONCLUDE

14:36   9        THAT THE CORPS DID NOT DO AN ANALYSIS TO DETERMINE WHETHER

14:36   10       OR NOT THE EROSION OF THE BANKS OF THE MRGO NEGATIVELY

14:36   11       IMPACTED THE HEALTH AND SAFETY OF THE HUMAN ENVIRONMENT?

14:36   12           "Answer:  BASED ON WHAT I'VE READ IN THIS PARTICULAR

14:36   13       DOCUMENT, I THINK THAT'S AN OKAY CONCLUSION."

14:36   14          DOES THAT REFRESH YOUR RECOLLECTION AS TO WHETHER OR

14:36   15  NOT THE 1976 FINAL ENVIRONMENTAL IMPACT STATEMENT EVALUATED THE

14:37   16  ENVIRONMENTAL IMPACTS ON THE HEALTH AND SAFETY OF THE HUMAN

14:37   17  ENVIRONMENT AS IT PERTAINS TO THE MRGO?

14:37   18  A.   YES.

14:37   19          **MS. MILLER:**  OBJECTION, YOUR HONOR.  I THINK THE

14:37   20  QUESTION COUNSEL JUST ASKED WAS NOT LIMITED TO BANK EROSION.  I

14:37   21  THINK THAT THE FIRST QUESTIONS IN THE DEPOSITION TESTIMONY WERE

14:37   22  FOCUSED ON BANK EROSION.

14:37   23          **THE COURT:**  MY QUESTIONS RELATED TO BANK EROSION,

14:37   24  THAT'S FOR SURE.  I DON'T KNOW ABOUT YOURS.  AS I RECALL, IT

14:37   25  DID RELATE TO BANK EROSION.

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:37 | 1 | **MS. GILBERT:**  I DO BELIEVE THAT IT WAS RELATED TO |
| 14:37 | 2 | BANK EROSION.  HOWEVER, THE DEPOSITION CONTINUES AND IT |
| 14:37 | 3 | CONTINUES TO EVALUATE AND INQUIRE OF MR. MILLER WHETHER HE |
| 14:37 | 4 | COULD FIND ANYWHERE IN THE FINAL ENVIRONMENTAL IMPACT STATEMENT |
| 14:37 | 5 | IN WHICH THE CORPS EVALUATED SALINITY AND ITS IMPACT ON |
| 14:37 | 6 | SALTWATER INTRUSION AND ITS IMPACT -- |
| 14:37 | 7 | **THE COURT:**  WE CAN ASK HIM ABOUT THAT BECAUSE I THINK |
| 14:37 | 8 | IT WAS LIMITED TO BANK EROSION IN THE BEGINNING. |
| 14:37 | 9 | **MS. GILBERT:**  THEN I WILL REPHRASE MY QUESTION. |
| 14:37 | 10 | BY MS. GILBERT: |
| 14:37 | 11 | **Q.**   TO BEGIN WITH, WITH REGARD TO BANK EROSION, DOES THIS |
| 14:37 | 12 | PASSAGE REFRESH YOUR RECOLLECTION AS TO WHETHER OR NOT, IN |
| 14:38 | 13 | RESPONSE TO THE CORPS' OBLIGATIONS TO ADVISE CONGRESS IN AN |
| 14:38 | 14 | ENVIRONMENTAL IMPACT STATEMENT, OF WHETHER OR NOT IT ANALYZED |
| 14:38 | 15 | THE IMPACTS OF THE HEALTH AND SAFETY OF THE OPERATION AND |
| 14:38 | 16 | MAINTENANCE OF THE MRGO AS IT PERTAINS TO BANK EROSION? |
| 14:38 | 17 | **A.**   I'M NOT SURE I REALLY UNDERSTAND YOUR QUESTION, BUT I |
| 14:38 | 18 | DON'T HAVE ANY PROBLEM WITH WHAT I SAID IN THE DEPOSITION.  IF |
| 14:38 | 19 | I REMEMBER THIS CORRECTLY, WE WERE GOING BACK AND FORTH ON |
| 14:38 | 20 | READING PIECES AND ANSWERING QUESTIONS AND -- |
| 14:38 | 21 | **THE COURT:**  I'M NOT QUITE SURE.  YOU NEED TO CONTINUE |
| 14:38 | 22 | TO ASK HIM ABOUT THIS BECAUSE I JUST SIMPLY NEED -- IS THE |
| 14:38 | 23 | ANSWER TO THAT QUESTION CORRECT IN THE DEPOSITION?  IS THAT |
| 14:38 | 24 | STILL YOUR ANSWER TODAY? |
| 14:38 | 25 | **THE WITNESS:**  YES, SIR. |

14:38    1    **BY MS. GILBERT:**

14:38    2    **Q.**   WITH REGARD TO SALTWATER INTRUSION, ISN'T IT TRUE THAT THE

14:38    3    CORPS DID NOT EVALUATE THE IMPACTS ON HEALTH AND SAFETY CAUSED

14:38    4    BY SALTWATER INTRUSION AS A RESULT OF THE OPERATION AND

14:39    5    MAINTENANCE OF THE MRGO, IMPACTS ON HEALTH AND SAFETY OF THE

14:39    6    HUMAN ENVIRONMENT?

14:39    7    **A.**   I DON'T REMEMBER.  IF YOU WANT TO PULL IT UP FROM THE

14:39    8    DEPOSITION, THAT'S FINE.

14:39    9          **THE COURT:**  "I DON'T REMEMBER" IS A GOOD ANSWER.

14:39    10   **BY MS. GILBERT:**

14:39    11   **Q.**   PAGE 283, LINES 1 THROUGH 7 AND 19 THROUGH 23, THE SAME

14:39    12   QUESTION EXCEPT WITH REGARD TO SALINITY.

14:39    13          **THE COURT:**  WHY DON'T YOU WAIT UNTIL IT'S UP THERE.

14:39    14   IT MIGHT HELP SO THAT I CAN SEE IT, HE CAN SEE IT, AND IF WE

14:39    15   MISS A WORD WE CAN READ IT.

14:39    16          THERE YOU GO.

14:39    17   **BY MS. GILBERT:**

14:39    18   **Q.**   PAGE 283.  I'M SORRY.  IT STARTS ON THE LAST LINE,

14:39    19   LINE 25, OF 282, THEN IT CONTINUES TO 283:

14:40    20          "Question:  ALL RIGHT.  LET ME JUST ASK YOU THE SAME

14:40    21       QUESTIONS EXCEPT WITH REGARD TO SALINITY.  OKAY.  DID THE

14:40    22       CORPS OF ENGINEERS CONCLUDE THAT THE INCREASES IN THE

14:40    23       SALINITY AND THE RESULTANT CHANGES IN THE MARSH FROM FRESH

14:40    24       TO SALT AND FROM SLIGHTLY BRACKISH TO MORE BRACKISH WERE

14:40    25       HAVING AN EFFECT ON THE HEALTH AND SAFETY OF THE HUMAN

FINAL DAILY COPY

14:40   1     ENVIRONMENT?"
14:40   2         "Answer:  THERE IS EVALUATION OF SALINITIES."
14:40   3         "Question:  DID THEY DO AN ANALYSIS IN ORDER TO MAKE
14:40   4     THAT DETERMINATION?
14:40   5         "Answer:  THERE IS DOCUMENTATION, AND I SUPPOSE THAT
14:40   6     COULD BE CALLED ANALYSIS OF THE EXISTING SALINITY REGIME
14:40   7     IN TERMS OF --"
14:41   8         **THE COURT:**  MAYBE WE CAN GET SOMETHING A LITTLE MORE
14:41   9   PITHIER THAN THIS.
14:41   10        **MS. GILBERT:**  I APOLOGIZE.
14:41   11  **BY MS. GILBERT:**
14:41   12  **Q.**   YOUR DIALOGUE WITH COUNSEL WENT ON FOR SOME TIME AND
14:41   13  CONTINUES ON THROUGH PAGE 289, IN WHICH YOU IDENTIFIED THAT
14:42   14  THERE'S A SHIFT IN BIOTIC COMMUNITY COMPOSITION AND THERE'S
14:42   15  NOTHING ABOUT THE DEATH OF TREES, PLANTS, DEATH OF ANY OTHER
14:42   16  BIOTA.
14:42   17        LET ME WITHDRAW THE QUESTION AND JUST ASK YOU --
14:42   18        **THE COURT:**  HE FIRST SAID HE DIDN'T REMEMBER
14:42   19  WHETHER --
14:42   20  **BY MS. GILBERT:**
14:42   21  **Q.**   DOES THIS REFRESH YOUR RECOLLECTION IN ANY WAY AS TO
14:42   22  WHETHER OR NOT THE ENVIRONMENTAL IMPACT STATEMENT ADDRESSED THE
14:42   23  HEALTH AND SAFETY OF THE HUMAN ENVIRONMENT WITH REGARD TO
14:42   24  SALINITY INCREASES IN THE MRGO AREA?
14:42   25  **A.**   I'VE LOOKED AT THE DEPOSITION TESTIMONY, AND THERE WAS

FINAL DAILY COPY

14:42    1    SOME DISCUSSION ABOUT SALINITY INCREASES OVER TIME.  SO I'M A

14:42    2    LITTLE BIT FAMILIAR WITH IT, JUST READING IT AGAIN VERY QUICKLY

14:43    3    HERE.

14:43    4    **Q.**   MY QUESTION, THOUGH, IS SPECIFICALLY WITH REGARD TO THE

14:43    5    IMPACT OF THOSE SALINITY INCREASES WITH REGARD TO THE HEALTH

14:43    6    AND SAFETY OF THE HUMAN ENVIRONMENT.

14:43    7    **A.**   I DON'T BELIEVE IT TALKED ABOUT IMPACTS ON THE HUMAN

14:43    8    ENVIRONMENT.

14:43    9    **Q.**   THAT'S TRUE OF THE ENTIRE ENVIRONMENTAL IMPACT STATEMENT.

14:43   10    THERE WAS NO ANALYSIS WITHIN THE BODY OF THE ENVIRONMENTAL

14:43   11    IMPACT STATEMENT IN 1976 THAT RELATED TO THE IMPACTS OF THE

14:43   12    MRGO ON THE HEALTH AND SAFETY OF THE HUMAN ENVIRONMENT; ISN'T

14:43   13    THAT TRUE?

14:43   14    **A.**   I DON'T REMEMBER IF I HAD A CHANCE TO READ THE ENTIRE

14:43   15    DOCUMENT, BUT ON THE PAGES THAT WE WERE TALKING ABOUT IN THE

14:43   16    DEPOSITION, NO, IT DID NOT MENTION IMPACTS TO THE HEALTH AND

14:44   17    SAFETY OF THE HUMAN ENVIRONMENT.

14:44   18    **Q.**   NOW, WITH REGARD TO THE OBLIGATIONS OF THE ARMY CORPS OF

14:44   19    ENGINEERS, WITH REGARD TO NEPA, TO ADVISE CONGRESS OF THE

14:44   20    ENVIRONMENTAL IMPACT OF THE PROJECT ON THE HEALTH AND SAFETY OF

14:44   21    THE HUMAN ENVIRONMENT, ISN'T IT TRUE THAT DURING YOUR

14:44   22    DEPOSITION YOU AGREED THAT THE IMPACT OF EROSION ON THE LEVEE

14:44   23    SYSTEMS CREATED A SAFETY IMPACT ON THE HEALTH AND SAFETY OF THE

14:44   24    HUMAN ENVIRONMENT?

14:44   25    **A.**   I DON'T REMEMBER.  DO YOU HAVE A SPECIFIC PAGE?

| | | |
|---|---|---|
| 14:45 | 1 | Q.   PAGE 53.  LET ME JUST FIND IT AND MAKE SURE IT IS PAGE 53. |
| 14:46 | 2 | THE COURT:  WOULD THAT BE ON PAGE 14 AND 15 OF THE |
| 14:46 | 3 | DEPOSITION CUT?  I DON'T KNOW HOW THAT TRANSLATES TO THE ACTUAL |
| 14:46 | 4 | DEPOSITION.  I'M JUST LOOKING AT MY SUMMARY OF THE DEPOSITION. |
| 14:46 | 5 | MS. MILLER:  YOUR HONOR, WOULD IT BE OKAY TO HAVE THE |
| 14:46 | 6 | COURT REPORTER READ BACK THE LAST QUESTION?  OUR TRANSCRIPT |
| 14:46 | 7 | OVER HERE IS A LITTLE HARD TO FOLLOW AND I LOST TRACK OF WHAT |
| 14:46 | 8 | THE QUESTION WAS. |
| 14:46 | 9 | THE COURT:  THAT'S VERY FAIR AND, FRANKLY, WE HAVE |
| 14:46 | 10 | ALL PROBABLY FORGOTTEN. |
| 14:46 | 11 | (WHEREUPON THE PREVIOUS QUESTION WAS READ OUT LOUD BY |
| 14:46 | 12 | THE COURT REPORTER.) |
| 14:47 | 13 | MS. MILLER:  YOUR HONOR, I WOULD JUST LIKE TO OBJECT |
| 14:47 | 14 | TO THE QUESTION AS MISSTATING THE LEGAL REQUIREMENTS OF NEPA IN |
| 14:47 | 15 | THE FOUNDATION OF HER QUESTION. |
| 14:47 | 16 | THE COURT:  WELL, THE BASIC QUESTION IS:  ISN'T IT |
| 14:47 | 17 | TRUE DURING YOUR DEPOSITION YOU AGREED THAT THE IMPACTS OF |
| 14:47 | 18 | EROSION CREATED A SAFETY IMPACT ON THE HUMAN HEALTH AND SAFETY |
| 14:47 | 19 | OF THE HUMAN ENVIRONMENT?  THAT'S THE LAST PART OF THE |
| 14:47 | 20 | QUESTION.  YOUR OBJECTION TO THAT QUESTION IS? |
| 14:47 | 21 | MS. MILLER:  MY OBJECTION WAS TO THE LANGUAGE |
| 14:47 | 22 | PRECEDING THAT PORTION OF THE QUESTION. |
| 14:47 | 23 | THE COURT:  LET'S LEAVE OFF THE FIRST PART.  JUST ASK |
| 14:47 | 24 | THAT QUESTION.  THAT'S CLEAR ENOUGH. |
| 14:47 | 25 | MS. GILBERT:  I'LL ASK THAT QUESTION. |

FINAL DAILY COPY

14:47   1        **THE COURT:**  THERE'S NO USE QUIBBLING OVER SOMETHING

14:47   2  THAT'S NOT IMPORTANT.  THE QUESTION IS DID HE ACKNOWLEDGE THAT

14:47   3  EROSION --

14:48   4        **MS. GILBERT:**  OKAY.  I'LL JUST ASK THAT QUESTION.

14:48   5        **THE WITNESS:**  CAN YOU TELL ME WHAT PAGE SO I CAN FIND

14:48   6  IT.

14:48   7        **MS. GILBERT:**  PAGE 366 OF YOUR DEPOSITION ON

14:48   8  OCTOBER 15.

14:48   9        **THE COURT:**  ARE WE GOING TO HAVE IT UP HERE?

14:48  10  **BY MS. GILBERT:**

14:48  11  **Q.**  LINES 11 THROUGH 21:

14:48  12        "Question:  THE INFORMATION -- THE CORPS HAS

14:48  13      POSSESSED INFORMATION ABOUT THE FACT THAT THE CHANNEL WAS

14:48  14      CAUSING DAMAGE TO THE ENVIRONMENT FOR 20 YEARS BEFORE

14:48  15      1998; RIGHT?

14:48  16        "Answer:  YES.

14:48  17        "Question:  FOR THE SAME PERIOD OF TIME BEFORE 1998,

14:48  18      THE CORPS WAS AWARE THAT THE CHANNEL WASN'T BEING USED IN

14:48  19      THE SAME WAY THAT IT WAS BEING USED BY THE MARITIME

14:48  20      INDUSTRY; ISN'T THAT TRUE?

14:49  21        "Answer:  YES."

14:49  22        DOES THAT REFRESH YOUR RECOLLECTION AT ALL THAT THE

14:49  23  CORPS WAS AWARE OF EROSION PROBLEMS -- WITHDRAWN.

14:49  24  **A.**  BUT NOT IN THE WAY YOU ASKED THE QUESTION.  YOU ASKED

14:49  25  ABOUT LEVEES, AND I DON'T SEE ANYTHING IN THE DEPOSITION --

14:49    1   **Q.**   I AGREE.  YOU'RE RIGHT.

14:49    2        WOULD YOU AGREE THAT IN YOUR DEPOSITION YOU TESTIFIED

14:49    3   THAT -- AND I'M GOING TO WITHDRAW THE LAST QUESTION.  WE'LL

14:49    4   FIND IT, AND WE'LL COME BACK TO IT NEXT.

14:49    5        YOU AGREED IN YOUR DEPOSITION THAT THERE WERE NO

14:50    6   STUDIES BETWEEN 1958 AND 2005 WHERE THE CORPS ADDRESSED THAT

14:50    7   THE MRGO HAD ADVERSELY AFFECTED THE HEALTH AND SAFETY OF THE

14:50    8   HUMAN ENVIRONMENT.  IN FACT, YOU SAID THEY MADE NO EVALUATION

14:50    9   OF THE HEALTH AND SAFETY OF THE HUMAN ENVIRONMENT.  THAT WAS

14:50   10   PAGE 122 OF YOUR TRANSCRIPT.

14:50   11        YOU AGREED, ALSO, THAT TAKEN AS A WHOLE, YOU COULD

14:50   12   DRAW THE CONCLUSION THAT THE MRGO HAD CHANGED THE HUMAN

14:50   13   ENVIRONMENT AND THAT THEY HAD NOT EVALUATED THAT CHANGE IN

14:50   14   TERMS OF THE HEALTH AND SAFETY OF THE HUMAN ENVIRONMENT.  THAT

14:50   15   WAS AT PAGE 122, LINE 9, THROUGH PAGE 123, LINE 13.

14:50   16        **THE COURT:**  CAN WE GET THAT ON THE SCREEN, PLEASE.

14:50   17        **MS. GILBERT:**  I BELIEVE IT'S DAY 2, VOLUME II,

14:50   18   OCTOBER 10.

14:51   19        **THE COURT:**  FIRST, I GUESS, WE NEED TO ASK HIM IF

14:51   20   THAT GENERAL PROPOSITION IS TRUE.  WITHOUT EVEN LOOKING AT THE

14:51   21   DEPOSITION, DOES HE STILL AGREE WITH THAT, IN ESSENCE.

14:51   22   **BY MS. GILBERT:**

14:51   23   **Q.**   MR. MILLER, DO YOU AGREE THAT THE FINAL ENVIRONMENTAL

14:51   24   IMPACT STATEMENT -- THAT THE CORPS BETWEEN 1958 AND 2005 DID

14:51   25   NOT ADDRESS THE ADVERSE HEALTH AND SAFETY OF THE HUMAN

FINAL DAILY COPY

14:51   1   ENVIRONMENT -- WITHDRAWN.

14:51   2         THE ADVERSE EFFECTS OF THE HEALTH AND SAFETY OF THE

14:51   3   HUMAN ENVIRONMENT CREATED BY THE MRGO?

14:52   4         **MS. MILLER:**  OBJECTION, YOUR HONOR, TO THE FORM OF

14:52   5   THE QUESTION.  AT FIRST SHE STARTED TO WITHDRAW THE QUESTION

14:52   6   AND THEN REPEATED JUST A PHRASE, AND I'M NOT SURE IT'S CLEAR

14:52   7   WHAT QUESTION IS PENDING.

14:52   8         **THE COURT:**  I THINK I KNOW WHAT IT IS.  DID THE CORPS

14:52   9   FROM 1958 TO HURRICANE KATRINA -- THAT'S THE TIME PERIOD --

14:52   10        **MS. GILBERT:**  THAT'S CORRECT.

14:52   11        **THE COURT:**  -- DO ANY STUDIES RELATIVE TO THE IMPACT

14:52   12  OF THE MRGO ON THE SAFETY AND HEALTH TO THE HUMAN ENVIRONMENT?

14:52   13        **MS. GILBERT:**  YES.

14:52   14        **THE WITNESS:**  YES, SIR.

14:52   15  **BY MS. GILBERT:**

14:52   16  **Q.**  WHEN, WITH REGARD TO THE OBLIGATIONS UNDER NEPA, DID THE

14:52   17  CORPS -- WITHDRAWN.

14:52   18        THE CORPS PRODUCED ONE ENVIRONMENTAL IMPACT STATEMENT

14:52   19  WITH REGARD TO THE OPERATION AND MAINTENANCE OF THE MRGO; ISN'T

14:52   20  THAT CORRECT?

14:53   21  **A.**  I'M NOT SURE.  I KNOW THE 1976 ONE --

14:53   22        **THE COURT:**  IT'S THE ONLY ONE I'VE SEEN.

14:53   23  **BY MS. GILBERT:**

14:53   24  **Q.**  THAT'S THE ONLY ONE WE KNOW OF.

14:53   25  **A.**  THERE ARE OTHER EVALUATIONS OF THE MRGO IN OTHER PROGRAMS,

FINAL DAILY COPY

14:53   1   THE ONES I HAVE MENTIONED.

14:53   2           **THE COURT:**  IF WE COULD JUST FOCUS OUR QUESTIONS --

14:53   3   ARE YOU ASKING ABOUT EIS OR SEIS?

14:53   4           **MS. GILBERT:**  SPECIFICALLY AND EXCLUSIVELY WITH

14:53   5   REGARD TO AN ENVIRONMENTAL IMPACT STATEMENT OR SUPPLEMENTAL

14:53   6   ENVIRONMENTAL IMPACT STATEMENT PURSUANT TO THE NATIONAL

14:53   7   ENVIRONMENTAL POLICY ACT.

14:53   8           **THE COURT:**  WAS THERE ANYONE OTHER THAN THE '76?

14:53   9           **THE WITNESS:**  WELL, THERE WERE A NUMBER OF

14:53   10  ENVIRONMENTAL ASSESSMENTS.

14:53   11          **THE COURT:**  THAT'S NOT WHAT SHE ASKED YOU, SIR.  SHE

14:53   12  SAID EIS OR SEIS.  YOU CAN THEN EXPLAIN YOUR ANSWER.  BUT, I

14:53   13  MEAN, WE'LL BE HERE FOREVER IF WE HAVE THIS KIND OF PARSING.

14:53   14  IT'S THE COURT'S KNOWLEDGE, IN ALL THE MOTIONS I HAVE SEEN,

14:53   15  THERE'S ONLY ONE.  DO YOU AGREE THAT THERE'S ONLY ONE SEIS?

14:53   16          **THE WITNESS:**  THAT'S ALL THAT I'M AWARE OF.

14:54   17          **THE COURT:**  I UNDERSTAND THAT THERE ARE LOT OF OTHER

14:54   18  DOCUMENTS THAT ARE ENVIRONMENTAL DOCUMENTS THAT COULD POSSIBLY

14:54   19  BE RESPONSIVE TO NEPA.  THIS DOESN'T MEAN NEPA HAS BEEN

14:54   20  VIOLATED, BY ME STRESSING THIS QUESTION.  I JUST WANT TO GET

14:54   21  KNOWN FACTS OUT QUICKLY.

14:54   22  **BY MS. GILBERT:**

14:54   23  **Q.**   NOW, WITH REGARD TO THE DOCUMENT YOU PRODUCED TODAY OR

14:54   24  THAT YOU DISCUSSED TODAY, THE MISSISSIPPI RIVER GULF OUTLET

14:54   25  GENERAL REEVALUATION STUDY AND REPORT FROM 2005, PAGE 72, IN

14:54  1  THE CONCLUSION THE CORPS CONCLUDES THAT THEY WANT TO CONTINUE

14:54  2  THE PLAN OF OPERATION AND MAINTENANCE AS OF SEPTEMBER 2005 AND

14:54  3  THE REEVALUATION EIS WAS DISCONTINUED.

14:54  4          SO, IN ESSENCE, THE CORPS WAS AWARE THAT THEY HAD AN

14:54  5  OBLIGATION TO PROVIDE AN O&M EIS TO CONGRESS TO THE CEQ

14:54  6  RELATING TO THE MRGO IN SEPTEMBER OF 2005; ISN'T THAT CORRECT?

14:54  7  **A.**   WELL, NO.  I DISAGREE.  THE ENVIRONMENTAL IMPACT STATEMENT

14:55  8  IN PREPARATION AT THAT TIME WAS RELATED TO THE REEVALUATION OF

14:55  9  THE CORPS.  IT LOOKED AT A NUMBER OF FACTORS, NOT JUST THE

14:55  10  OPERATION AND MAINTENANCE OF THE CHANNEL.  IT WAS LOOKING AT

14:55  11  ECOSYSTEM RESTORATION, STORM SURGE, AND OTHER FACTORS, THE

14:55  12  POTENTIAL NEED FOR RELOCATION OF BUSINESSES ALONG THE CHANNEL,

14:55  13  ETC.

14:55  14  **Q.**   SO WHEN THE CORPS DETERMINED IN SEPTEMBER 2005 THAT IT

14:55  15  INTENDED TO CONTINUE THE SAME OPERATION AND MAINTENANCE

14:55  16  PRACTICES THAT WERE PRESUMABLY CAUSING THE PROBLEMS THAT WERE

14:55  17  NECESSITATING THE COASTAL REEVALUATION, ECOSYSTEM REEVALUATION,

14:55  18  IT HAD NO OBLIGATION, IN YOUR OPINION, TO ADVISE CONGRESS OF

14:55  19  THE IMPACTS ON THE HUMAN ENVIRONMENT OF THE OPERATION AND

14:55  20  MAINTENANCE THAT IT WAS DOING?

14:55  21  **A.**   I THINK IT'S IMPORTANT TO POINT OUT THAT --

14:55  22          **THE COURT:**  FIRST, SAY "YES" OR "NO" AND THEN EXPLAIN

14:55  23  YOUR ANSWER.

14:55  24          **THE WITNESS:**  NO, SIR.

14:55  25          **THE COURT:**  OKAY.

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:55 | 1 | **THE WITNESS:** IT'S IMPORTANT TO POINT OUT THAT THERE |
| 14:55 | 2 | WAS NO DECISION MADE. THAT WAS A DRAFT DOCUMENT THAT WAS BEING |
| 14:56 | 3 | PREPARED AT THE TIME THAT THE STORM MADE LANDFALL FOR SUBMITTAL |
| 14:56 | 4 | TO OUR HIGHER AUTHORITY FOR INTERNAL REVIEW. THERE WAS NOT A |
| 14:56 | 5 | DECISION MADE TO PREPARE OR NOT PREPARE. THAT WAS A DRAFT |
| 14:56 | 6 | DOCUMENT. IT WASN'T FINALIZED. |
| 14:56 | 7 | **BY MS. GILBERT:** |
| 14:56 | 8 | **Q.** WELL, ACCORDING TO THE DOCUMENT, IT SAYS THE REEVALUATION |
| 14:56 | 9 | EIS WAS DISCONTINUED. SO IN SEPTEMBER OF 2005, WHICH IS AFTER |
| 14:56 | 10 | KATRINA MADE LANDFALL, THE CORPS PRODUCED THIS DOCUMENT THAT |
| 14:56 | 11 | YOU PRODUCED AND DISCONTINUED ITS PRODUCTION OF AN OPERATION |
| 14:56 | 12 | AND MAINTENANCE EIS; ISN'T THAT CORRECT? |
| 14:56 | 13 | **A.** OF THE DRAFT DOCUMENT. NOW, DURING REVIEW THAT |
| 14:56 | 14 | RECOMMENDATION OR THAT DECISION COULD HAVE BEEN REVERSED. IT |
| 14:56 | 15 | MIGHT HAVE GONE THROUGH REVIEW AND SAID THAT, "HEY, YOU NEED TO |
| 14:56 | 16 | PREPARE AN ENVIRONMENTAL IMPACT STATEMENT. WE DON'T AGREE WITH |
| 14:56 | 17 | THE DRAFT CONCLUSION." |
| 14:56 | 18 | **Q.** THIS IS ON PAGE 72 OF EXHIBIT JX-0349. IT DOESN'T SAY |
| 14:56 | 19 | THAT IT DISCONTINUED PREPARING THE REEVALUATION STUDY. THIS |
| 14:56 | 20 | DOCUMENT, IN THE CONCLUSION, SAYS IT DISCONTINUED THE EIS, |
| 14:57 | 21 | PREPARATION OF THE EIS BECAUSE THE OPERATION AND MAINTENANCE |
| 14:57 | 22 | WAS BEING RECOMMENDED TO CONTINUE; ISN'T THAT CORRECT? |
| 14:57 | 23 | **A.** THAT'S RIGHT. |
| 14:57 | 24 | **Q.** IN THIS DOCUMENT THE CORPS SAYS THAT THE ORIGINAL EIS FROM |
| 14:57 | 25 | OVER 30 YEARS EARLIER REMAINED VALID; ISN'T THAT CORRECT? |

| | | |
|---|---|---|
| 14:57 | 1 | A.   YES. |
| 14:57 | 2 | Q.   BETWEEN 1976 AND THIS 2005 DOCUMENT, THERE WAS NOT ANOTHER |
| 14:57 | 3 | SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT PROVIDED REGARDING |
| 14:57 | 4 | THE ONGOING EFFECTS ON THE HUMAN ENVIRONMENT CREATED BY THE |
| 14:57 | 5 | OPERATION AND MAINTENANCE OF THE MRGO? |
| 14:57 | 6 | A.   THAT'S RIGHT.   THERE WAS NOT ANOTHER SUPPLEMENTAL, |
| 14:57 | 7 | ALTHOUGH THERE WERE NUMEROUS ENVIRONMENTAL ASSESSMENTS |
| 14:57 | 8 | CONDUCTED UNDER THE NATIONAL ENVIRONMENTAL POLICY ACT. |
| 14:57 | 9 | Q.   WERE THOSE ASSESSMENTS PROVIDED TO CONGRESS TO EVALUATE |
| 14:57 | 10 | THE ENVIRONMENTAL IMPACTS THAT THE OPERATION AND MAINTENANCE OF |
| 14:58 | 11 | THE MRGO HAD ON THE HUMAN ENVIRONMENT? |
| 14:58 | 12 | MS. MILLER:   OBJECTION, YOUR HONOR:   LACK OF |
| 14:58 | 13 | FOUNDATION. |
| 14:58 | 14 | THE COURT:   OVERRULED. |
| 14:58 | 15 | THE WITNESS:   NOT THAT I'M AWARE OF. |
| 14:58 | 16 | BY MS. GILBERT: |
| 14:58 | 17 | Q.   WERE THERE ANY DOCUMENTS, PURSUANT TO NEPA, FURNISHED TO |
| 14:58 | 18 | CONGRESS REGARDING THE ENVIRONMENTAL IMPACTS ON THE HEALTH AND |
| 14:58 | 19 | SAFETY OF THE HUMAN ENVIRONMENT RELATED TO THE OPERATION AND |
| 14:58 | 20 | MAINTENANCE OF THE MRGO SPECIFICALLY? |
| 14:58 | 21 | A.   NOT SPECIFICALLY TO THE ACTION OF O&M OF THE CHANNEL, BUT |
| 14:58 | 22 | IN ASSOCIATION WITH EVALUATION OF THE EFFECTS OF THE CHANNEL |
| 14:58 | 23 | FOR OTHER AUTHORIZED PURPOSES, IN LOOKING AT ECOSYSTEM |
| 14:58 | 24 | RESTORATION, AND PLANS UNDER THE BREAUX ACT AND OTHER |
| 14:58 | 25 | AUTHORITIES. |

14:58    1              THE LOUISIANA COASTAL AREA PROGRAMMATIC ENVIRONMENTAL

14:58    2    IMPACT STATEMENT PREPARED AND PROVIDED TO CONGRESS LOOKING AT

14:58    3    THE EFFECTS OF THE CHANNEL, THE OPERATION AND MAINTENANCE OF

14:58    4    THE CHANNEL, THAT DOCUMENT TALKS ABOUT THE EROSION OF THE

14:59    5    SHORELINE FROM VESSEL PASSAGE.  IT RECOMMENDS AN ACTION TO

14:59    6    ADDRESS THAT, FOR THE CONSTRUCTION OF BANK PROTECTION ALONG THE

14:59    7    NORTH BANK OF THE CHANNEL.

14:59    8    **Q.**   I MOVE TO STRIKE AS NONRESPONSIVE.  MY QUESTION WAS WITH

14:59    9    REGARD TO SPECIFIC OPERATION AND MAINTENANCE ACTIVITIES WITH

14:59   10    REGARD TO THE MRGO.  NOW, NOT WITH REGARD TO A PROGRAMMATIC

14:59   11    ECOSYSTEM RESTORATION PLAN, BUT WITH REGARD TO THE MRGO, THE

14:59   12    OPERATION AND MAINTENANCE, OR THE ONGOING PRODUCTION OF THE

14:59   13    PROJECT, DID THE CORPS EVER ADVISE CONGRESS SPECIFICALLY ABOUT

14:59   14    THE IMPACT THAT THAT PROJECT WAS HAVING ON THE HEALTH AND

14:59   15    SAFETY OF THE HUMAN ENVIRONMENT?

14:59   16    **A.**   NOT IN AN ENVIRONMENTAL IMPACT STATEMENT SPECIFIC TO

14:59   17    OPERATION AND MAINTENANCE OF THE CHANNEL.

15:00   18              **THE COURT:**  DO YOU KNOW HOW MUCH THE CHANNEL WIDENED

15:00   19    FROM '76 TO '88 OR '90?  YOU DON'T HAVE TO KNOW THAT.  I'M JUST

15:00   20    WONDERING IF YOU DO.  IT WIDENED AT VARIOUS PLACES.  DO YOU

15:00   21    KNOW HOW MUCH IT WIDENED?

15:00   22              **THE WITNESS:**  IT VARIES.  YES, SIR, I'M AWARE THAT

15:00   23    THE CHANNEL WIDENED.

15:00   24              **THE COURT:**  YOU DON'T KNOW HOW MUCH IT WIDENED FROM

15:00   25    '76 TO, LET'S SAY, '98, DO YOU?

```
15:00    1              MS. GILBERT:  YOUR HONOR, WE HAVE --
15:00    2              MR. BRUNO:  COULD I ASK FOR A SIDEBAR REAL QUICK?
15:00    3              THE COURT:  I'M RIGHT IN THE MIDDLE OF A QUESTION,
15:00    4    COUNSEL.
15:00    5              MR. BRUNO:  I'M SORRY.  I APOLOGIZE.
15:00    6              THE COURT:  WE'LL HAVE THE SIDE BAR.
15:00    7              MR. BRUNO:  I APOLOGIZE, JUDGE.  IT'S NOTHING TO DO
15:00    8    WITH THIS AT ALL.
15:00    9              (WHEREUPON THERE WAS A CONFERENCE AT THE BENCH
15:00   10    OUTSIDE THE PRESENCE OF THE COURT REPORTER.)
15:01   11              THE COURT:  I'M GOING TO WITHDRAW MY QUESTION AND LET
15:01   12    COUNSEL PROCEED.  YOU MAY PROCEED.
15:02   13              MS. GILBERT:  YOUR HONOR, I HAVE NO FURTHER QUESTIONS
15:02   14    OF THIS WITNESS.
15:02   15              THE COURT:  REDIRECT.
15:02   16              MR. MILLER YOU MAY NOT ONLY GET TO GO TO
15:02   17    BATON ROUGE, YOU MAY GET TO NOT COME BACK HERE.
15:02   18              MS. MILLER:  MAY I HAVE ONE MOMENT, YOUR HONOR?
15:02   19              THE COURT:  YOU MAY.
15:02   20              MS. MILLER:  YOUR HONOR, I HAVE NO FURTHER QUESTIONS
15:02   21    FOR THE WITNESS.
15:02   22              THE COURT:  I HAVE NO QUESTIONS.  YOU ARE FREE TO GO
15:02   23    TO BATON ROUGE AND HAVE A NICE DRIVE.  BASED ON THE INFORMATION
15:03   24    THAT I HAVE RECEIVED --
15:03   25              MR. SMITH:  YOUR HONOR, WE DO HAVE ANOTHER WITNESS WE
```

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:03 | 1 | WOULD LIKE TO GET DONE TODAY, IF WE CAN.  IF WE COULD TAKE A |
| 15:03 | 2 | BREAK NOW? |
| 15:03 | 3 | **THE COURT:**  WE DO HAVE A PLAINTIFFS' ATTORNEY LEFT, |
| 15:03 | 4 | DON'T WE?  EROSION IS TAKING PLACE RIGHT HERE.  YOU MUST BE, |
| 15:03 | 5 | SHALL WE SAY, COURSE-GRAINED. |
| 15:03 | 6 | **MR. O'DONNELL:**  I'VE BEEN THROWN OUT OF BETTER PLACES |
| 15:03 | 7 | THAN THIS, YOUR HONOR.  HAPPY MOTHER'S DAY.  SEE YOU MONDAY. |
| 15:03 | 8 | **THE COURT:**  WHO'S HOLDING THIS FORT? |
| 15:03 | 9 | **MR. PALMINTIER:**  I AM, YOUR HONOR. |
| 15:03 | 10 | **MR. ROY:**  MIKE PALMINTIER IS THE OFFICIAL HOLDER OF |
| 15:03 | 11 | THE PLAINTIFF BATON. |
| 15:03 | 12 | **MR. PALMINTIER:**  I THINK I CAN HANDLE IT FOR AT LEAST |
| 15:03 | 13 | AN HOUR OR SO. |
| 15:03 | 14 | **MS. MILLER:**  YOUR HONOR, WOULD IT BE OKAY TO TAKE A |
| 15:03 | 15 | SHORT BREAK TO GET OUR WITNESS? |
| 15:03 | 16 | **THE COURT:**  YES.  THE WITNESS IS MR. BRITSCH? |
| 15:04 | 17 | **MS. MILLER:**  YES. |
| 15:04 | 18 | **THE COURT:**  THANK YOU.  I'VE READ HIS DEPOSITION. |
| 15:04 | 19 | WE'LL TAKE FIVE MINUTES. |
| 16:47 | 20 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 15:15 | 21 | **THE DEPUTY CLERK:**  ALL RISE. |
| 15:17 | 22 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 15:17 | 23 | **MS. MILLER:**  YOUR HONOR, THE UNITED STATES NEXT CALLS |
| 15:17 | 24 | DR. LOUIS D. BRITSCH, WHO HAS ALREADY COME TO THE WITNESS |
| 15:17 | 25 | STAND. |

FINAL DAILY COPY

15:17    1                (WHEREUPON **LOUIS BRITSCH III**, HAVING BEEN DULY SWORN,

15:17    2    TESTIFIED AS FOLLOWS.)

15:17    3                **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND

15:17    4    CORRECT SPELLING FOR THE RECORD.

15:17    5                **THE WITNESS:**  LOUIS D. BRITSCH III:  L-O-U-I-S;

15:17    6    B-R-I-T-S-C-H.

15:18    7                **MS. MILLER:**  YOUR HONOR, TO PROVIDE YOU A BRIEF

15:18    8    SUMMARY OF WHO DR. BRITSCH IS, DR. BRITSCH IS AN EMPLOYEE OF

15:18    9    THE NEW ORLEANS DISTRICT, U.S. ARMY CORPS OF ENGINEERS.  HE IS

15:18    10   A NATIVE OF THIS AREA AND IS AN EXPERT WITNESS IN COASTAL

15:18    11   GEOLOGY, GEOMORPHOLOGY, AND LAND LOSS RATES AND PROCESSES.

15:18    12               HE HAS PREPARED AN EXPERT REPORT FOR THIS

15:18    13   LITIGATION REGARDING THE GEOLOGIC SETTING AND LAND LOSS RATES

15:18    14   AND PROCESSES OF THE STUDY AREA IN THE PONTCHARTRAIN BASIN

15:18    15   DELINEATED FOR THE PURPOSES OF EXAMINING THE IMPACTS OF THE

15:18    16   MRGO WITHIN THAT STUDY AREA.

15:18    17               **THE COURT:**  THANK YOU, COUNSEL.  YOU TENDER HIM AS?

15:18    18               **MS. MILLER:**  YOUR HONOR, WE TENDER DR. BRITSCH AS AN

15:18    19   EXPERT IN THE AREAS OF COASTAL GEOLOGY AND GEOMORPHOLOGY, LAND

15:18    20   LOSS MAPPING, AND INTERPRETATION OF AERIAL PHOTOGRAPHY AND

15:19    21   CAUSES OF LAND LOSS AND SUBSIDENCE.

15:19    22               **MR. PALMINTIER:**  YOUR HONOR, WE ACCEPT THE WITNESS AS

15:19    23   AN EXPERT IN THOSE AREAS SUBJECT TO HIS EXPERT REPORT.

15:19    24               **THE COURT:**  HE IS ACCEPTED AS SUCH BY THE COURT AS

15:19    25   TENDERED.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:19 | 1 | **DIRECT EXAMINATION** |
| 15:19 | 2 | BY MS. MILLER: |
| 15:19 | 3 | **Q.** DR. BRITSCH, WHERE ARE YOU CURRENTLY EMPLOYED? |
| 15:19 | 4 | **A.** THE NEW ORLEANS DISTRICT, CORPS OF ENGINEERS. |
| 15:19 | 5 | **Q.** HOW LONG HAVE YOU WORKED FOR THE CORPS OF ENGINEERS? |
| 15:19 | 6 | **A.** FOR APPROXIMATELY 25 YEARS. |
| 15:19 | 7 | **Q.** HAVE YOU SPENT THE ENTIRE 25 YEARS AT THE NEW ORLEANS |
| 15:19 | 8 | DISTRICT? |
| 15:19 | 9 | **A.** NO.  I STARTED IN 1984 AT THE COASTAL ENGINEERING RESEARCH |
| 15:19 | 10 | CENTER IN VICKSBURG, MISSISSIPPI, WHICH IS A CORPS OF ENGINEERS |
| 15:19 | 11 | OFFICE. |
| 15:19 | 12 | **Q.** WHEN DID YOU COME TO WORK FOR THE NEW ORLEANS DISTRICT? |
| 15:19 | 13 | **A.** IN 1990. |
| 15:19 | 14 | **Q.** ARE YOU A NATIVE OF THE NEW ORLEANS AREA? |
| 15:19 | 15 | **A.** I WAS BORN IN NEW ORLEANS AND RAISED IN CHAUVIN, |
| 15:19 | 16 | LOUISIANA. |
| 15:20 | 17 | **Q.** HAVE YOU SPENT TIME IN THE WETLANDS OF ST. BERNARD PARISH? |
| 15:20 | 18 | **A.** YES, BOTH THROUGH MY WORK AND ALSO FISHING AND HUNTING IN |
| 15:20 | 19 | THAT AREA. |
| 15:20 | 20 | **Q.** WHERE DID YOU ATTEND COLLEGE? |
| 15:20 | 21 | **A.** MY BACHELOR'S DEGREE IS FROM NICHOLLS STATE UNIVERSITY IN |
| 15:20 | 22 | THIBODAUX, LOUISIANA.  I HAVE A MASTER'S IN GEOLOGY FROM |
| 15:20 | 23 | TULANE UNIVERSITY AND A PH.D. FROM UNO IN GEOLOGY. |
| 15:20 | 24 | **Q.** DID YOU SPECIALIZE IN ANY SUBJECT WITHIN GEOLOGY IN YOUR |
| 15:20 | 25 | PH.D. STUDIES? |

15:20   1   **A.**   I WOULD SAY MY FOCUS IS MAINLY ON DELTAIC SYSTEMS, DELTAIC

15:20   2   GEOLOGY.

15:20   3   **Q.**   WHAT IS YOUR CURRENT POSITION AT THE CORPS?

15:20   4   **A.**   I'M A SUPERVISORY GEOLOGIST.

15:20   5   **Q.**   WHAT ARE YOUR RESPONSIBILITIES AS A SUPERVISORY GEOLOGIST?

15:21   6   **A.**   I MANAGE THE GEOLOGY UNIT AT THE CORPS.  I HAVE THREE

15:21   7   PERMANENT GEOLOGISTS UNDER MY SUPERVISION.  I GUESS I SPEND

15:21   8   ABOUT 20 PERCENT OF MY TIME IN SUPERVISORY ROLES AND 80 PERCENT

15:21   9   IN TECHNICAL WORK.

15:21   10   **Q.**   WHAT IS THE EXTENT OF THE GEOGRAPHIC AREA THAT YOUR WORK

15:21   11   COVERS FOR THE CORPS OF ENGINEERS?

15:21   12   **A.**   PRETTY MUCH FROM THE TEXAS BORDER TO THE MISSISSIPPI

15:21   13   BORDER, AND THEN AROUND THE OLD RIVER CONTROL STRUCTURE NORTH

15:21   14   OF BATON ROUGE.

15:21   15   **Q.**   DO YOU HAVE A PARTICULAR AREA OF CONCENTRATION IN YOUR

15:21   16   WORK FOR THE CORPS?

15:21   17   **A.**   AGAIN, MOST OF OUR WORK IS CONCENTRATED SOUTH OF

15:21   18   BATON ROUGE IN THE DELTAIC PLANE OF LOUISIANA.

15:21   19   **Q.**   WOULD YOU BRIEFLY DESCRIBE THE POSITIONS YOU HELD PRIOR TO

15:22   20   BECOMING A SUPERVISORY GEOLOGIST.

15:22   21         **MR. PALMINTIER:**  YOUR HONOR, WE'VE STIPULATED AS TO

15:22   22   HIS QUALIFICATIONS, AND WE CAN MOVE ON FROM THIS.  I THINK THE

15:22   23   COURT HAS HEARD ENOUGH.  WE WOULD ASK THAT THESE QUESTIONS BE

15:22   24   LIMITED.

15:22   25         **THE COURT:**  COUNSEL, DO YOU INTEND TO DO JUST A BIT

FINAL DAILY COPY

15:22   1   MORE BACKGROUND?

15:22   2        **MS. MILLER:**  THAT'S FINE.  I JUST WANTED TO GIVE YOU

15:22   3   A SENSE OF HIS --

15:22   4        **THE COURT:**  EVERYBODY'S DONE THAT.  THAT'S FINE.

15:22   5   **BY MS. MILLER:**

15:22   6   **Q.**  DR. BRITSCH, IF YOU COULD JUST BRIEFLY EXPLAIN YOUR

15:22   7   BACKGROUND AS A GEOLOGIST AT THE CORPS.

15:22   8   **A.**  SINCE I'VE BEEN IN NEW ORLEANS OR FROM THE BEGINNING?

15:22   9   **Q.**  WELL, PERHAPS MAYBE YOU CAN JUST CONFIRM WHETHER YOU

15:22   10  HAVE -- SURE.  I GUESS YOU COULD FOCUS ON YOUR EXPERIENCE IN

15:22   11  NEW ORLEANS.

15:22   12  **A.**  MOST OF OUR WORK IS FOCUSED ON DEFINING THE GEOLOGY AT

15:22   13  SPECIFIC PROJECT LOCATIONS FOR INPUT INTO ENGINEERING DESIGN.

15:23   14  I ALSO DO A LOT OF WORK WITH LAND LOSS MAPPING, DETERMINING THE

15:23   15  CAUSES OF LOSS FOR INPUT INTO PROJECT PLANNING AND DEVELOPMENT.

15:23   16  WE DO GROUNDWATER INVESTIGATIONS, SHORELINE CHANGE WORK.  WE

15:23   17  ALSO PERFORM SUBSURFACE BORINGS.  WE DO ANALYSIS TO IDENTIFY

15:23   18  BORROW AREAS.  SO A PRETTY WIDE VARIETY OF PROJECTS RELATED TO

15:23   19  GEOLOGY.

15:23   20  **Q.**  ARE YOU INVOLVED IN COASTAL RESTORATION PROJECTS AS PART

15:23   21  OF YOUR DUTIES AT THE CORPS?

15:23   22  **A.**  YES, IN THE PAST FOR SEVERAL LARGE PROJECTS.  THE COAST

15:23   23  2050 PROJECT, LCA, THE BREAUX ACT PROJECT, ALL OF THOSE

15:23   24  AGENCIES USE LAND LOSS RATES AND THE MAPS AS PART OF PROJECT

15:23   25  PLANNING.  THEY ALSO USE THOSE RATES TO CALCULATE BENEFITS FOR

| | | |
|---|---|---|
| 15:23 | 1 | PROJECTS.  THEN, ON THE OTHER HAND, WE ALSO CONTRIBUTE SOME OF |
| 15:24 | 2 | THE GEOLOGIC INFORMATION DURING THE PROJECT ENGINEERING DESIGN |
| 15:24 | 3 | PART OF THOSE STUDIES. |
| 15:24 | 4 | **Q.**   IN CONNECTION WITH THIS LITIGATION, YOU WERE ASKED TO |
| 15:24 | 5 | EVALUATE THE AREA THROUGH WHICH THE MRGO WAS CONSTRUCTED AND |
| 15:24 | 6 | SPECIFICALLY TO EVALUATE PATTERNS AND PROCESSES OF LAND LOSS IN |
| 15:24 | 7 | THAT AREA OVER TIME; IS THAT RIGHT? |
| 15:24 | 8 | **A.**   YES. |
| 15:24 | 9 | **Q.**   YOU ALSO, IN PREPARATION OF YOUR REPORT, REVIEWED EXPERT |
| 15:24 | 10 | REPORTS THAT WERE PREPARED BY THE PLAINTIFFS' EXPERTS JOHN DAY, |
| 15:24 | 11 | GARY SHAFFER, SHEA PENLAND, AND DUNCAN FITZGERALD? |
| 15:24 | 12 | **A.**   YES. |
| 15:24 | 13 | **Q.**   HAVE YOU FORMED ANY OPINIONS BASED ON YOUR EXPERTISE AND |
| 15:24 | 14 | REVIEW OF THE ISSUES IN THIS CASE? |
| 15:24 | 15 | **A.**   YES. |
| 15:24 | 16 | **MS. MILLER:**  IF WE COULD SHOW DR. BRITSCH'S EXPERT |
| 15:24 | 17 | REPORT.  IT'S EXHIBIT JX-202.  AT PAGE 1, THE BOTTOM HALF OF |
| 15:25 | 18 | THE PAGE -- |
| 15:25 | 19 | **THE COURT:**  JUST GIVE US A SECOND.  WE'RE GOING TO |
| 15:25 | 20 | GET THE ACTUAL REPORT.  IT'S A LITTLE LESS UNWIELDY. |
| 15:25 | 21 | **MS. MILLER:**  WE'LL JUST BE FOCUSED ON THE FIRST |
| 15:25 | 22 | VOLUME OF THE REPORT. |
| 15:25 | 23 | **THE COURT:**  YES. |
| 15:25 | 24 | **MS. MILLER:**  YOUR HONOR, THERE WERE A NUMBER OF |
| 15:25 | 25 | PHOTOGRAPHS ATTACHED TO THE REPORT BY THE -- |

15:25   1          **THE COURT:**  YES.  I REMEMBER THERE WERE QUITE A FEW

15:25   2   PHOTOGRAPHS, QUITE A FEW.  THANK YOU.

15:25   3          **MS. MILLER:**  THE REPORT ITSELF IS FAIRLY SHORT.

15:25   4          **THE COURT:**  I NOTICED THAT.  I LIKED THE PICTURES, AS

15:25   5   COUNSEL WOULD SAY.  GO AHEAD.

15:25   6   BY MS. MILLER:

15:25   7   Q.   DR. BRITSCH, ON THE SCREEN DO THESE SHOW THE OPINIONS THAT

15:25   8   YOU REACHED IN THIS CASE?

15:25   9   A.   YES.

15:25  10   Q.   COULD YOU BRIEFLY STATE WHAT THOSE OPINIONS ARE.

15:26  11   A.   YES.  THAT THE CONSTRUCTION OF THE MRGO IS ONLY ONE OF

15:26  12   NUMEROUS FACTORS THAT HAVE CONTRIBUTED TO THE LAND LOSS,

15:26  13   HABITAT CHANGE, AND SALINITY CHANGE IN THE STUDY AREA; THAT

15:26  14   LARGE-SCALE LOGGING OPERATIONS IN THE LATE 1800S AND EARLY

15:26  15   1900S REMOVED THE LARGE, OLD CYPRESS TREES FROM THE STUDY AREA

15:26  16   PRIOR TO THE CONSTRUCTION OF THE MRGO; THAT THE LAND LOSS RATE

15:26  17   TREND FOR THIS STUDY AREA IS THE SAME AS THAT FOUND IN OTHER

15:26  18   BASINS IN COASTAL LOUISIANA; THAT THE GEOMORPHIC AND MAPPING

15:26  19   DATA SUGGESTS THE TRENDS OF BARRIER ISLAND MIGRATION,

15:26  20   DEGRADATION, AND LOSS WERE IN PLACE SINCE THE LATE 1800S, WELL

15:26  21   BEFORE THE CONSTRUCTION OF THE MRGO AND CONTINUED AFTER

15:26  22   CONSTRUCTION; AND THAT THERE ARE NUMEROUS CAUSES TO THE CHANGES

15:26  23   IN THE LAND LOSS -- SALTWATER INTRUSION, BARRIER ISLAND

15:27  24   DEGRADATION -- THAT ARE NOT RELATED TO THE MRGO AND THAT WERE

15:27  25   IN PLACE BEFORE THE MRGO WAS CONSTRUCTED.

15:27   1   **Q.**   YOUR OPINIONS ARE BASED IN PART ON A LAND LOSS STUDY THAT

15:27   2   YOU PERFORMED FOR THE CORPS OF ENGINEERS; IS THAT RIGHT?

15:27   3   **A.**   YES.

15:27   4   **Q.**   COULD YOU TELL US WHAT THAT STUDY WAS.

15:27   5   **A.**   THE STUDY STARTED PROBABLY -- I THINK AROUND 1987.  THE

15:27   6   PURPOSE OF THE STUDY WAS TO DOCUMENT ON MAPS THE LAND LOSS THAT

15:27   7   OCCURRED SINCE THE EARLY 1930S TO 2001 BY DELINEATING ON THE

15:27   8   MAPS THE LOSS THAT OCCURRED BETWEEN DIFFERENT VINTAGES OF

15:27   9   PHOTOGRAPHY.

15:27   10   **Q.**   SO INTERPRETATION OF AERIAL PHOTOGRAPHY WAS ESSENTIALLY

15:27   11   THE METHODOLOGY BY WHICH YOU ASSESSED LAND LOSS?

15:27   12   **A.**   YES, INTERPRETING AERIAL PHOTOGRAPHY AND DETERMINING THE

15:27   13   CHANGES IN THE LAND/WATER AREA.

15:28   14   **Q.**   HAVE THE RESULTS OF THAT STUDY BEEN PUBLISHED?

15:28   15   **A.**   YES, THEY'VE BEEN PUBLISHED.  THE FIRST REPORT WAS IN

15:28   16   1990.  A SECOND REPORT, WITH AN ADDITIONAL DATA POINT, WAS

15:28   17   PUBLISHED IN '92.  THE MOST RECENT ONE, WITH THE LAST DATA

15:28   18   POINT, WAS IN 2006.  THE RESULTS FROM THE 1932 TO 1990 DATA

15:28   19   WERE PUBLISHED IN THE *JOURNAL OF COASTAL RESEARCH* IN 1993.

15:28   20   **Q.**   HOW HAS YOUR LAND LOSS STUDY BEEN USED BY THE CORPS OVER

15:28   21   TIME?

15:28   22   **A.**   AGAIN, IT'S SORT OF TWO PURPOSES.  ONE WAS TO SHOW THE

15:28   23   DISTRIBUTION OF LAND LOSS ACROSS THE COAST.  WHEN YOU VISUALLY

15:28   24   LOOK AT THE LAND LOSS AND YOU CAN SEE IT WHEN IT OCCURRED IN

15:28   25   DIFFERENT TIME PERIODS, IT HELPS TO GET AN IDEA OF THE

| | | |
|---|---|---|
| 15:28 | 1 | DISTRIBUTIONAL LOSS AND ALSO HELPS IN IDENTIFICATION OF THE |
| 15:28 | 2 | PROCESSES THAT CAUSED THE LOSS. |
| 15:29 | 3 | WE ALSO CALCULATED THE AREA OF LOSS AND THE TRENDS |
| 15:29 | 4 | AND THE RATES OF THOSE LOSSES.  IT'S USED IN THE RESTORATION |
| 15:29 | 5 | EFFORT TO IDENTIFY AREAS NEEDING RESTORATION.  AGAIN, IT'S ALSO |
| 15:29 | 6 | USED IN THE WETLANDS VALUE ASSESSMENT AS TO THE BENEFITS OF |
| 15:29 | 7 | PROJECTS. |
| 15:29 | 8 | **Q.**   DO YOU KNOW WHY THE CORPS WAS INTERESTED IN INITIATING |
| 15:29 | 9 | THAT STUDY? |
| 15:29 | 10 | **A.**   THE STUDY WAS INITIATED BY FRED SMITH, WHO WAS THE CHIEF |
| 15:29 | 11 | OF GEOLOGY IN 1985 TO '87, I THINK.  DR. GAGLIANO CAME OUT WITH |
| 15:29 | 12 | A REPORT IN 1981 SHOWING A RAPID ACCELERATION IN THE LAND LOSS |
| 15:29 | 13 | RATES FOR THE '60S AND '70S TIME PERIOD.  I THINK MR. SMITH, AT |
| 15:29 | 14 | THE CORPS OF ENGINEERS, WAS INTERESTED IN THAT RAPID RATE OF |
| 15:30 | 15 | LOSS AT THE CORPS IN VICKSBURG AT THE TIME WE WERE DOING |
| 15:30 | 16 | SURFACE GEOLOGIC MAPPING FOR THE NEW ORLEANS DISTRICT.  HE |
| 15:30 | 17 | ADDED THE LAND LOSS TASK TO THAT ONGOING EFFORT. |
| 15:30 | 18 | **Q.**   YOU HAD MENTIONED THAT YOUR STUDY WAS PUBLISHED ONCE |
| 15:30 | 19 | ADDITIONAL DATA POINTS CAME OUT.  CAN YOU EXPLAIN WHAT YOU MEAN |
| 15:30 | 20 | BY THAT AND HOW YOUR STUDY DIFFERED FROM THE ONE YOU MENTIONED |
| 15:30 | 21 | BY DR. GAGLIANO. |
| 15:30 | 22 | **A.**   WELL, THE FIRST -- WHEN WE BEGAN THE STUDY, WE HAD DATA |
| 15:30 | 23 | FROM -- |
| 15:30 | 24 | **MR. PALMINTIER:**  YOUR HONOR, THIS IS BEYOND THE |
| 15:30 | 25 | REPORT. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:30 | 1 | **THE COURT:**  HE'S OBJECTING THAT IT'S BEYOND THE SCOPE |
| 15:30 | 2 | OF THE REPORT.  YOUR RESPONSE? |
| 15:30 | 3 | **MS. MILLER:**  YOUR HONOR, I WAS JUST TRYING TO LAY THE |
| 15:30 | 4 | BACKGROUND FOR THE LAND LOSS STUDY, WHICH IS WHAT DR. BRITSCH |
| 15:30 | 5 | BASED HIS OPINIONS LARGELY UPON IN HIS REPORT, AND IT IS |
| 15:31 | 6 | REFERENCED IN THE REPORT. |
| 15:31 | 7 | **THE COURT:**  YOU'RE GETTING BACKGROUND ON A STUDY THAT |
| 15:31 | 8 | HE UTILIZED IN RENDERING HIS OPINION; IS THAT WHAT THIS IS? |
| 15:31 | 9 | **MS. MILLER:**  YES, SIR. |
| 15:31 | 10 | **MR. PALMINTIER:**  IT IS WHAT IT IS, YOUR HONOR.  WHAT |
| 15:31 | 11 | SHE'S DOING NOW IS TRYING TO AFFIRM THE 2006 REPORT, AND THAT'S |
| 15:31 | 12 | BEYOND THE SCOPE OF THE -- |
| 15:31 | 13 | **THE COURT:**  WELL, IF HE RELIED ON THIS IN HIS REPORT, |
| 15:31 | 14 | THAT'S WHAT I'M UNDERSTANDING -- |
| 15:31 | 15 | **MR. PALMINTIER:**  IT'S HIS OWN STUDY, JUDGE. |
| 15:31 | 16 | **MS. MILLER:**  THAT'S CORRECT, YOUR HONOR. |
| 15:31 | 17 | **MR. PALMINTIER:**  HE CREATED THE REPORT THAT HE RELIED |
| 15:31 | 18 | ON.  THE STUDY IS CREATED BY THIS WITNESS. |
| 15:31 | 19 | **THE COURT:**  HE RELIED ON IT PRIOR TO RENDERING HIS |
| 15:31 | 20 | REPORT? |
| 15:31 | 21 | **MR. PALMINTIER:**  HE USED IT FOR RENDERING HIS REPORT, |
| 15:31 | 22 | YOUR HONOR. |
| 15:31 | 23 | **THE COURT:**  I'M GOING TO OVERRULE THE OBJECTION.  GO |
| 15:31 | 24 | AHEAD. |
| | 25 | |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:31 | 1 | **BY MS. MILLER:** |
| 15:31 | 2 | **Q.**   DR. BRITSCH, YOU CAN CONTINUE YOUR EXPLANATION.  YOU WERE |
| 15:31 | 3 | DESCRIBING THE NEW DATA POINTS AND WHY THE STUDY WAS -- OR WHAT |
| 15:32 | 4 | YOU MEAN BY WHAT HAPPENED WHEN YOU HAD THOSE NEW DATA POINTS |
| 15:32 | 5 | AND HOW THAT DIFFERED FROM THE PREEXISTING STUDY YOU MENTIONED |
| 15:32 | 6 | BY DR. GAGLIANO. |
| 15:32 | 7 | **A.**   THE LAND LOSS STUDY DOCUMENTED LOSS FOR DIFFERENT TIME |
| 15:32 | 8 | PERIODS.  WHEN WE FIRST INITIATED THE STUDY, WE HAD A DATA |
| 15:32 | 9 | POINT FOR 1932, 1958, 1974, AND 1983.  WE PUBLISHED A REPORT |
| 15:32 | 10 | WHICH SUMMED UP THAT DATA.  LATER, AN AERIAL PHOTO MISSION WAS |
| 15:32 | 11 | FLOWN IN 1990.  WE WERE ASKED TO UPDATE THE LAND LOSS STUDY |
| 15:32 | 12 | WITH THAT 1990 DATA POINT.  WE DID THAT, PUBLISHED THAT REPORT |
| 15:32 | 13 | IN 1992. |
| 15:32 | 14 | THEN, MOST RECENTLY, THERE WAS A FLIGHT IN 2001.  WE |
| 15:32 | 15 | WERE ASKED TO UPDATE THE LAND LOSS STUDY AGAIN WITH THAT |
| 15:32 | 16 | ADDITIONAL DATA POINT.  SO THAT'S THE LAST DATA POINT, IS 2001. |
| 15:32 | 17 | IT WASN'T PUBLISHED -- THE MAPS FROM THAT STUDY WERE NOT |
| 15:32 | 18 | PUBLISHED UNTIL 2006. |
| 15:33 | 19 | **Q.**   JUST TO CLARIFY, WHEN YOU SAID A NEW DATA POINT, YOU MEAN |
| 15:33 | 20 | A NEW VINTAGE OF AERIAL PHOTOGRAPHY; IS THAT RIGHT? |
| 15:33 | 21 | **A.**   CORRECT. |
| 15:33 | 22 | **Q.**   THAT PERMITTED YOU TO ASSESS CHANGE IN A MORE RECENT TIME |
| 15:33 | 23 | PERIOD? |
| 15:33 | 24 | **A.**   YES, JUST AN ADDITIONAL TIME FRAME OF DATA. |
| 15:33 | 25 | **Q.**   IS YOUR STUDY CITED BY OTHER RESEARCHERS IN YOUR FIELD? |

15:33    1    **A.**   YES.  AGAIN, AS I SAID, IN MOST OF THE INTERAGENCY

15:33    2    RESTORATION PROGRAMS, THE DATA IS FAIRLY WIDELY USED, AND IT'S

15:33    3    ALSO BEEN USED BY CERTAIN ACADEMICS IN THEIR PUBLICATIONS

15:33    4    DISCUSSING LAND LOSS RATES AND PROCESSES.

15:33    5    **Q.**   WAS YOUR STUDY ALSO RELIED ON BY DUNCAN FITZGERALD IN THE

15:33    6    CREATION OF HIS EXPERT REPORT FOR THIS LITIGATION?

15:33    7    **A.**   YES.  SOME OF THAT DATA IS IN THAT REPORT.

15:34    8    **Q.**   DUNCAN FITZGERALD'S REPORT INCLUDES FIGURES TAKEN DIRECTLY

15:34    9    FROM YOUR LAND LOSS STUDY, DOESN'T IT?

15:34   10    **A.**   YES.

15:34   11    **Q.**   I'D LIKE TO TAKE A LOOK AT YOUR STUDY TO SHOW THE COURT

15:34   12    WHAT IT IS THAT YOU'RE DESCRIBING.  IF WE COULD SHOW DM-32.  IS

15:34   13    THIS ONE SECTION OF YOUR LAND LOSS STUDY?

15:34   14    **A.**   YES.  THIS IS THE FURTHEST NORTHEAST.  IT'S BASICALLY ONE

15:34   15    OF SEVEN MAPS THAT COVER COASTAL LOUISIANA.

15:34   16            **THE COURT:**  SO YOUR STUDY COVERED VIRTUALLY ALL OF

15:34   17    COASTAL LOUISIANA?

15:34   18            **THE WITNESS:**  ALL OF THE COASTAL ZONE.

15:34   19            **THE COURT:**  CALCASIEU ALL THE WAY --

15:34   20            **THE WITNESS:**  YES.

15:34   21            **THE COURT:**  -- TO HERE?

15:35   22            **THE WITNESS:**  YES.

15:35   23    **BY MS. MILLER:**

15:35   24    **Q.**   TO EVALUATE LAND LOSS ASSOCIATED WITH THE MRGO CHANNEL FOR

15:35   25    THIS CASE, DID YOU MAKE A JUDGMENT ABOUT HOW MUCH OF THE AREA

| 15:35 | 1 | SHOWN ON DM-32, THIS PORTION OF YOUR LAND LOSS STUDY, WAS |
| 15:35 | 2 | RELEVANT TO THE MRGO? |
| 15:35 | 3 | A.   YES.  I USED SOME EXISTING COAST 2050 HYDROLOGIC UNITS AND |
| 15:35 | 4 | THEN ALSO SOME NATURAL HYDROLOGIC BARRIERS IN THE VICINITY OF |
| 15:35 | 5 | THE MRGO. |
| 15:35 | 6 | MS. MILLER:  CAN WE SHOW JX-202, WHICH IS |
| 15:35 | 7 | DR. BRITSCH'S REPORT, AT PAGE 4, FIGURE 2 ON THAT PAGE. |
| 15:35 | 8 | BY MS. MILLER: |
| 15:35 | 9 | Q.   DOES THIS FIGURE SHOW WHAT YOU CONSIDERED -- BY THE RED |
| 15:35 | 10 | LINE, DOES THAT SHOW WHAT YOU CONSIDERED TO BE THE STUDY AREA |
| 15:35 | 11 | APPROPRIATE FOR EVALUATING THE LAND LOSS IMPACTS OF THE MRGO? |
| 15:35 | 12 | A.   YES. |
| 15:35 | 13 | Q.   YOU BASED THE RED LINE ON WHAT YOU JUST DESCRIBED, THE |
| 15:35 | 14 | COAST 2050 MAPPING UNITS AND NATURAL HYDROLOGIC BOUNDARIES? |
| 15:36 | 15 | A.   YES. |
| 15:36 | 16 | Q.   COULD WE NOW TURN TO FIGURE 4 OF THE REPORT ON PAGE 8. |
| 15:36 | 17 | DOES THIS FIGURE SHOW THE PORTION OF YOUR LAND LOSS STUDY IN |
| 15:36 | 18 | THE AREA WE JUST LOOKED AT IN FIGURE 2? |
| 15:36 | 19 | A.   YES. |
| 15:36 | 20 | MS. MILLER:  IF WE COULD ZOOM IN ON THE LEGEND AND |
| 15:36 | 21 | PERHAPS PUT THAT ON ONE SIDE AND THEN ALSO ZOOM IN ON THE |
| 15:36 | 22 | WESTERN PORTION OF THE SECTION SO WE CAN SEE SOME OF THE |
| 15:36 | 23 | COLORS. |
| 15:36 | 24 | BY MS. MILLER: |
| 15:36 | 25 | Q.   YOU CAN START BY DESCRIBING, IF YOU WOULD -- |

| | | |
|---|---|---|
| 15:36 | 1 | **MS. MILLER:**  COULD WE DO THE WESTERNMOST PORTION OF |
| 15:36 | 2 | FIGURE 4.  IF YOU COULD ZOOM IN JUST ON THE GRAY CLIP, THAT |
| 15:37 | 3 | WOULD BE GREAT. |
| 15:37 | 4 | **BY MS. MILLER:** |
| 15:37 | 5 | **Q.**   CAN YOU DESCRIBE, IF THIS IS LARGE ENOUGH TO SEE THE |
| 15:37 | 6 | DIFFERENT COLORS, JUST WHAT YOUR LEGEND -- DESCRIBE YOUR LEGEND |
| 15:37 | 7 | AND WHAT THIS FIGURE SHOWS; HOW TO INTERPRET YOUR STUDY, |
| 15:37 | 8 | BASICALLY. |
| 15:37 | 9 | **A.**   BASICALLY, DURING THE MAPPING PROCESS, WE IDENTIFIED THE |
| 15:37 | 10 | LOSS DURING EACH TIME PERIOD.  WE COLOR-CODED THAT LOSS TO |
| 15:37 | 11 | REPRESENT A SPECIFIC TIME INTERVAL.  SO ON THIS MAP HERE, ALL |
| 15:37 | 12 | OF THE GREEN LOSS OCCURRED IN TIME 1 BETWEEN 1932 AND 1958. |
| 15:37 | 13 | WE ALSO CODED THE LOSS BY WHICH YOU SEE IS MANMADE. |
| 15:37 | 14 | IN A LAND LOSS STUDY, WHAT WE CONSIDER MANMADE ARE ONLY LINEAR |
| 15:37 | 15 | CANALS, BASICALLY THINGS THAT WE KNEW WERE DIRECTLY CAUSED BY |
| 15:37 | 16 | MAN, BASICALLY DREDGING UP CANALS, MAYBE BORROW PITS. |
| 15:38 | 17 | OBVIOUSLY, THERE ARE OTHER LOSSES RELATED TO MAN'S ACTIVITIES, |
| 15:38 | 18 | BUT WE DIDN'T WANT TO GET INTO A GRAY AREA.  SO THINGS THAT WE |
| 15:38 | 19 | SPECIFICALLY KNEW WERE DREDGED FEATURES WERE SEPARATED OUT AND |
| 15:38 | 20 | IDENTIFIED AS MANMADE LOSS DURING THE LAND LOSS STUDY. |
| 15:38 | 21 | **THE COURT:**  IT'S HARD TO DISCERN FROM '32 TO '58 THAT |
| 15:38 | 22 | MANMADE LOSS. |
| 15:38 | 23 | **THE WITNESS:**  IT'S THAT PINK COLOR. |
| 15:38 | 24 | **BY MS. MILLER:** |
| 15:38 | 25 | **Q.**   CAN YOU POINT OUT, DR. BRITSCH, THE GOLDEN TRIANGLE AREA. |

15:38     1          **THE COURT:**  IF YOU COULD POINT IT OUT TO ME, THAT

15:38     2     WOULD HELP.  I REALIZE IT'S GOING TO BE PRETTY MINIMAL.  I

15:38     3     UNDERSTAND THAT.

15:38     4          **THE WITNESS:**  THERE'S SOME PINK LOSS RIGHT THERE ON

15:38     5     THE ENLARGEMENT OF THE GIWW.  THERE'S A PIPELINE RIGHT HERE

15:38     6     THAT RUNS SORT OF NORTH-SOUTH THAT'S PINK.  AGAIN, THE SMALLER

15:39     7     FEATURES -- THE CHANNELS ARE SO SMALL AT THIS SCALE, IT'S HARD

15:39     8     TO SEE.

15:39     9          **THE COURT:**  RIGHT.

15:39    10          **THE WITNESS:**  BUT, AGAIN, THE POINT IS THAT WE ONLY

15:39    11     IDENTIFIED AREAS THAT -- WE DIDN'T GET INTO GRAY AREAS.  WE

15:39    12     TRIED TO JUST -- LINEAR FEATURES THAT WE KNEW WERE DREDGED

15:39    13     FEATURES.  THERE WAS AN INTEREST AT THE TIME -- AND THERE STILL

15:39    14     IS -- HOW MUCH OF THE LAND LOSS IS DUE TO MAN'S ACTIVITIES.  WE

15:39    15     WERE TRYING TO GET A HANDLE ON JUST THE DIRECT PART OF THAT

15:39    16     LOSS.

15:39    17     **BY MS. MILLER:**

15:39    18     **Q.**   UNFORTUNATELY, THE MAP COVERS SUCH A LARGE AREA THAT IT IS

15:39    19     DIFFICULT TO DISCERN THE COLORS WITHOUT A ZOOM.

15:39    20          **THE COURT:**  I THINK AFTER '58 IT WILL BE A LITTLE

15:39    21     MORE EVIDENT.  GO AHEAD.

15:39    22          **MS. MILLER:**  IT MIGHT BE HELPFUL IF WE COULD PULL UP

15:39    23     EXHIBIT JX-195 -- THIS IS THE EXPERT REPORT OF DUNCAN

15:40    24     FITZGERALD -- JUST TO SHOW THE DIFFERENCE BETWEEN WHAT YOUR

15:40    25     COLORS REPRESENT AND YOUR TIME PERIODS.

15:40   1             ON PAGE 5-3, FIGURE 5.1, I THINK THIS PARTICULAR

15:40   2   DOCUMENT TAKES A LITTLE MORE TIME TO LOAD BECAUSE IT HAS SO

15:40   3   MANY GRAPHICS IN IT.  PAGE 5-3, FIGURE 5.1.

15:40   4             CAN YOU DESCRIBE WHAT THIS FIGURE SHOWS AND HOW

15:40   5   THIS DIFFERENT -- A DIFFERENT PRESENTATION OF THE SAME DATA IN

15:40   6   YOUR LAND LOSS STUDY.

15:40   7   A.   YEAH.  THIS IS JUST SHOWING ONE OF THE LAYERS, THE '32 TO

15:40   8   '58 LAYER COMBINED.  THE MANMADE AND NATURAL ARE JUST ONE COLOR

15:41   9   SHOWN HERE IN RED.  SO ALL THE LOSS BETWEEN '32 AND '58 IS

15:41   10  SHOWN ON THIS FIGURE.

15:41   11  Q.   IF WE GO TO THE NEXT PAGE OF THIS EXPERT REPORT FROM

15:41   12  DUNCAN FITZGERALD, PAGE 5-4, DR. FITZGERALD IN THIS TIME PERIOD

15:41   13  HAS NOW SHOWN WHAT WAS ON THE PREVIOUS SLIDE IN WHITE, AND THE

15:41   14  RED REFLECTS ONLY LOSS FROM A NEW PERIOD; IS THAT RIGHT?

15:41   15  A.   CORRECT.

15:41   16  Q.   SO YOUR STUDY ASSIGNED DIFFERENT COLORS TO EACH TIME

15:41   17  PERIOD BUT ALL ON ONE MAP?

15:41   18  A.   RIGHT.  THESE ARE BASICALLY THE SEPARATES THAT WE USED

15:41   19  COMBINED TOGETHER TO SHOW THE FINAL MAP.

15:41   20  Q.   THESE PRESENT THE SAME INFORMATION THAT ARE PRESENTED IN

15:42   21  YOUR LAND LOSS STUDY?

15:42   22  A.   YES.

15:42   23       MS. MILLER:  COULD WE TURN TO PAGE 5-5, WHICH IS

15:42   24  FIGURE 5.3.  IF WE COULD JUST ZOOM IN ON THIS SECTION.

        25

15:42  1  **BY MS. MILLER:**

15:42  2  **Q.**  AT THE TOP FIGURE, 5.5 -- I'M SORRY.  FIGURE 5.3 IS WHAT

15:42  3  THIS IS.  IT'S LABELED "1974 TO 2001 LOSS."  SO THIS COMBINES

15:42  4  MULTIPLE TIME PERIODS THAT YOU ASSESSED IN YOUR STUDY; IS THAT

15:42  5  RIGHT?

15:42  6  **A.**  YES.  I THINK THIS IS -- COMBINED THREE DIFFERENT TIME

15:42  7  PERIODS INTO ONE MAP.

15:42  8  **Q.**  IF I COULD JUST DRAW YOUR ATTENTION TO THE RED AREA THAT

15:43  9  I'M POINTING AT ON THE SOUTH SHORE -- THE SOUTHERN SIDE OF THE

15:43  10  MRGO NEAREST TO WHERE THE MRGO -- OR WHERE THE MRGO IS NEAREST

15:43  11  TO THE NORTHERN LOBE OF LAKE BORGNE.

15:43  12        **MS. MILLER:**  WHEN DR. FITZGERALD WAS TESTIFYING,

15:43  13  JUDGE, YOU HAD A QUESTION ABOUT WHAT THE RED AREA OF LOSS WAS

15:43  14  BEING REPRESENTED THERE.

15:43  15  **BY MS. MILLER:**

15:43  16  **Q.**  DR. BRITSCH, DO YOU KNOW WHAT THAT SHOWS?  COULD YOU

15:43  17  EXPLAIN TO THE JUDGE WHAT THAT AREA IS.

15:43  18  **A.**  THAT LOSS OCCURRED BETWEEN THE 1974 AND 1983 TIME PERIOD.

15:43  19  IT'S WITHIN THE SPOIL DEPOSITS OF THE MRGO, SO IT'S BETWEEN THE

15:43  20  MRGO LEVEE ON THE NORTH AND THE BACK DIKE CANAL ON THE SOUTH.

15:43  21  I THINK THAT AREA WAS IMPOUNDED AT THAT TIME, WATER WAS

15:44  22  IMPOUNDED IN THERE.  SO WHEN WE MAPPED IT ON THE '83

15:44  23  PHOTOGRAPHY, THAT AREA WAS WATER.  SUBSEQUENT TIME PERIODS,

15:44  24  THAT AREA HAS REVERTED BACK TO LAND.

15:44  25        IN THE LAND LOSS STUDY THAT WE DID -- WE ONLY MAP

15:44    1   LAND LOSS DURING TIME PERIODS; WE DON'T MAP LAND GAINS.  ONCE

15:44    2   AN AREA IS LOST, IT STAYS LOST FOR THE PURPOSES OF OUR STUDY

15:44    3   BECAUSE WE WERE CONCERNED WITH COMPARING THE DIFFERENT TIME

15:44    4   INTERVALS AND THE RATES DURING EACH ONE OF THOSE TIMES.  IT'S

15:44    5   NOT POSSIBLE TO KEEP SWITCHING A PIECE BACK AND FORTH IF IT

15:44    6   DOES CHANGE.

15:44    7           IN THE COASTAL ZONE, ESPECIALLY IN AREAS THAT ARE NOT

15:44    8   IMPOUNDED OR IN A NATURAL SETTING, IT'S VERY RARE FOR AN AREA

15:44    9   TO BE LOST AND THEN REVERT BACK TO LAND.  BUT IN THIS

15:44   10   SITUATION, AGAIN, I THINK THIS IS EITHER RAINFALL OR

15:44   11   FLOODWATERS THAT WERE IMPOUNDED AND COULDN'T GET OUT OF THAT

15:44   12   AREA SHOWED UP AS WATER IN '83.  ON SUBSEQUENT PHOTOGRAPHS,

15:44   13   THAT'S LAND NOW.  IT'S LAND AT THIS TIME.

15:44   14           **THE COURT:**  THANK YOU.

15:44   15   **BY MS. MILLER:**

15:45   16   **Q.**   YOU MENTIONED IN YOUR DESCRIPTION THE WORD *IMPOUNDMENT*.

15:45   17   CAN YOU DESCRIBE WHAT YOU MEAN BY THAT.

15:45   18   **A.**   USUALLY, IMPOUNDMENTS OCCUR WHEN MANMADE FEATURES -- SUCH

15:45   19   AS LEVEES, ROADS, EMBANKMENTS -- ENCLOSE AN AREA SO THAT THE

15:45   20   NATURAL FLOW OF WATER IS STOPPED AND WATER PONDS IN THAT AREA.

15:45   21   IT CAN'T GET OUT, SO YOU WIND UP WITH A RISE IN THE WATER

15:45   22   LEVEL.  IMPOUNDMENTS HAVE BEEN SHOWN IN NUMEROUS STUDIES TO BE

15:45   23   DETRIMENTAL TO WETLANDS.

15:45   24           AGAIN, THERE'S DIFFERENT KINDS OF IMPOUNDMENTS.  SOME

15:45   25   ARE PERMANENTLY IMPOUNDED, SOME ARE SEMI-IMPOUNDED, HAVE SOME

FINAL DAILY COPY

15:45   1    SLIGHT DRAINAGE IN THEM.  THERE ARE DIFFERENT DEGREES OF

15:45   2    IMPOUNDMENT, BUT IT BASICALLY MEANS STOPPING THE NATURAL FLOW

15:45   3    OF WATER IN AND OUT OF AN AREA.

15:45   4    Q.   I'D LIKE TO GO INTO A LITTLE MORE DETAIL ABOUT YOUR

15:45   5    OPINION THAT THE CONSTRUCTION OF THE MRGO IS ONLY ONE OF

15:46   6    NUMEROUS FACTORS THAT CONTRIBUTED TO LAND LOSS, HABITAT CHANGE,

15:46   7    AND SALINITY CHANGE IN THE STUDY AREA.  COULD YOU TELL US WHAT

15:46   8    ARE SOME OF THE OTHER FACTORS THAT CONTRIBUTED TO THESE CHANGES

15:46   9    IN THE LANDSCAPE.

15:46   10   A.   WELL, THE MOST PREVALENT ONES, I THINK, ARE JUST EROSION,

15:46   11   WHICH IS JUST WAVES ACTING ON THE SHORELINE, NATURAL WAVES,

15:46   12   WIND WAVES.  ALSO, WE HAVE WAVES FROM BOAT WAKES.  WE ALSO HAVE

15:46   13   EROSION FROM CURRENT FLOWING IN STREAMS AND DISTRIBUTARIES.

15:46   14          ANOTHER WOULD BE SUBSIDENCE.  THERE'S NATURAL

15:46   15   SUBSIDENCE OF THIS AREA.  THERE'S ALSO MAN-INDUCED SUBSIDENCE

15:46   16   IN SOME AREAS THAT ARE WITHIN DRAINAGE AREAS.

15:46   17          ALTERED HYDROLOGY I THINK IS ANOTHER IMPORTANT CAUSE

15:46   18   OF LOSS IN THIS AREA.

15:47   19          ALSO, DIRECT REMOVAL, AS I TALKED ABOUT EARLIER, JUST

15:47   20   DREDGING OF CANALS, WHETHER IT'S THE MRGO ITSELF, NUMEROUS

15:47   21   PIPELINE CANALS, THE LOGGING CANALS THAT WERE DREDGED

15:47   22   THROUGHOUT THE STUDY AREA TO PERFORM DIRECT REMOVAL.

15:47   23          I THINK THOSE ARE PROBABLY THE FOUR MAIN --

15:47   24   Q.   WHAT YOU DESCRIBED AS AN IMPOUNDMENT, IS THAT ONE FORM OF

15:47   25   ALTERED HYDROLOGY?

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:47 | 1 | **A.**   YES, THAT WOULD BE. |
| 15:47 | 2 | **Q.**   IF WE COULD SHOW AGAIN DR. BRITSCH'S REPORT, JX-202.  AT |
| 15:47 | 3 | PAGE 16, YOU INCLUDED A PHOTOGRAPH HERE AS FIGURE 10.  THE |
| 15:47 | 4 | CAPTION OF YOUR FIGURE INDICATES THAT THIS IS AN EXAMPLE OF |
| 15:48 | 5 | WHAT YOU DESCRIBED AS EROSION BEING A CAUSE OF LAND LOSS. |
| 15:48 | 6 | COULD YOU TELL US HOW YOU REACHED THAT CONCLUSION. |
| 15:48 | 7 | **A.**   WELL, THIS IS AN AREA, AGAIN, THAT WAS SHOWN IN GREEN ON |
| 15:48 | 8 | THE LAND LOSS MAP THAT WE LOOKED AT EARLIER.  THIS LOSS |
| 15:48 | 9 | OCCURRED BETWEEN 1932 AND 1958.  IT'S BEEN ATTRIBUTED TO |
| 15:48 | 10 | CHANNEL SCOUR EROSION FROM STORM SURGE RELATED TO THE 1947 |
| 15:48 | 11 | HURRICANE IN OTHER REPORTS, AND IT HAS THAT CHARACTERISTIC |
| 15:48 | 12 | SHAPE OF LOSS RELATED TO HURRICANE STORM SURGE THAT WE'VE SEEN |
| 15:48 | 13 | IN OTHER HURRICANES. |
| 15:48 | 14 | **THE COURT:**  YOU MIGHT WANT TO POINT THAT OUT FOR ME, |
| 15:48 | 15 | SIR. |
| 15:48 | 16 | **THE WITNESS:**  THIS LONGITUDINAL PATTERN.  THIS AREA |
| 15:48 | 17 | IS HIGHLY ORGANIC, HAS 10 TO 12 FEET OF PEAT DEPOSITS AT THE |
| 15:48 | 18 | SURFACE IN THIS AREA, EASILY ERODIBLE, SO THE THOUGHT WAS THAT |
| 15:48 | 19 | STORM SURGE ENTERED THIS AREA AND SCOURED OUT THOSE PEAT |
| 15:49 | 20 | DEPOSITS. |
| 15:49 | 21 | **THE COURT:**  PEAT DEPOSITS, FOR THE TEXANS ON THE |
| 15:49 | 22 | COURT OF APPEAL, WHAT WOULD YOU DESCRIBE THAT AS IN A |
| 15:49 | 23 | VERNACULAR SENSE? |
| 15:49 | 24 | **THE WITNESS:**  MOSTLY ORGANIC DETRITUS COMPACTED OVER |
| 15:49 | 25 | TIME HAS HIGH WATER CONTENT, LOW SHRINK.  BASICALLY, IT'S |

15:49   1   DECOMPOSED MARSH MATERIAL OR SWAMP MATERIAL.

15:49   2   **BY MS. MILLER:**

15:49   3   **Q.**   BY 10 TO 12 FEET, DO YOU MEAN THE 10 TO 12 FEET --

15:49   4   **A.**   THE THICKNESS BELOW THE SURFACE.  BASICALLY, THIS MARSH

15:49   5   HAS BEEN IN EXISTENCE FOR AT LEAST 3,000 YEARS.  SO OVER TIME,

15:49   6   SUBSIDENCE IS OCCURRING.  AS THE PLATFORM SUBSIDES, THE MARSH

15:49   7   IS RECRETING, SO YOU'RE BUILDING PEAT DEPOSITS OVER TIME.

15:49   8   **Q.**   FIGURE 10, THIS PHOTOGRAPH IS FROM 1958, I BELIEVE, OR

15:49   9   '59?

15:49   10   **A.**   IT'S HARD TO READ.  IT'S EITHER '58 OR '59.

15:50   11   **Q.**   I THINK IT SAYS '59 ON THE BOTTOM LEFT OF THE PHOTOGRAPH.

15:50   12   SO THIS PHOTOGRAPH WAS TAKEN DURING CONSTRUCTION, THE BEGINNING

15:50   13   OF CONSTRUCTION OF THE MRGO CHANNEL; IS THAT RIGHT?

15:50   14   **A.**   YES.

15:50   15   **Q.**   SO WHEN WE'RE LOOKING AT THIS PHOTOGRAPH, THERE'S A LINEAR

15:50   16   FEATURE, BASICALLY, RIGHT DOWN THE CENTER GOING NORTH -- WELL,

15:50   17   I GUESS IT IS GOING NORTH TO SOUTH IN THE PHOTO, AS WELL AS IN

15:50   18   OUR VIEW OF IT HERE.  CAN YOU TELL US WHAT THAT IS.

15:50   19   **A.**   IT'S LABELED AS "ACCESS CHANNEL."  I GUESS IT WAS THE

15:50   20   CHANNEL THEY USED WHEN THEY WERE BUILDING THIS RETENTION DIKE

15:50   21   HERE ON THE LEFT OF THE CHANNEL.  I THINK THIS IS EVENTUALLY

15:50   22   GOING TO BE THE SPOILED AREA FOR THE MRGO.  THE MRGO CHANNEL

15:50   23   WAS DREDGED ALONG PARALLEL, RIGHT THERE.

15:50   24           **THE COURT:**  TO THE LEFT OF THE SPOIL?

15:50   25           **THE WITNESS:**  YES.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:50 | 1 | BY MS. MILLER: |
| 15:50 | 2 | Q.   FOR THE RECORD, YOU SAY "TO THE LEFT OF SPOIL."  THAT'S |
| 15:50 | 3 | ACTUALLY TO THE EAST OF WHAT BECOMES THE SPOIL BANK, WHERE IT'S |
| 15:51 | 4 | SORT OF LOOKING SOUTH IN THIS PHOTOGRAPH; RIGHT? |
| 15:51 | 5 | A.   RIGHT.   CORRECT. |
| 15:51 | 6 | Q.   SO THE LEFT IS ACTUALLY THE EASTERNMOST SIDE.  YOU CAN SEE |
| 15:51 | 7 | LAKE BORGNE ON THE UPPER LEFT OF THIS PHOTOGRAPH; IS THAT |
| 15:51 | 8 | RIGHT? |
| 15:51 | 9 | MR. PALMINTIER:  YOUR HONOR, WE OBJECT TO HER |
| 15:51 | 10 | TESTIFYING.  I UNDERSTAND SHE'S TRYING TO CLARIFY, BUT THERE'S |
| 15:51 | 11 | BEEN A LOT OF POSITIONAL DISCUSSION ABOUT PHOTOGRAPHS IN THIS |
| 15:51 | 12 | CASE.  I DON'T WANT TO GET STARTED IN ANOTHER ONE. |
| 15:51 | 13 | THE COURT:  I THINK THIS ONE, UNLIKE THE PILLBOX, |
| 15:51 | 14 | LAKE BORGNE IS PRETTY MUCH LAKE BORGNE.  SO AS LONG AS IT'S |
| 15:51 | 15 | FORM OVER SUBSTANCE, COUNSEL, I'M GOING TO ALLOW IT.  IT LOOKS |
| 15:51 | 16 | LIKE LAKE BORGNE TO ME.  IF IT'S NOT, WE HAVE A PROBLEM.  I |
| 15:51 | 17 | HOPE IT'S LAKE BORGNE. |
| 15:51 | 18 | THE WITNESS:  IT IS LAKE BORGNE.  THIS IS BAYOU DUPRE |
| 15:51 | 19 | HERE ON THE NORTHERN PORTION.  I THINK THIS IS BAYOU BIENVENUE |
| 15:51 | 20 | HERE ON THE SOUTHERN -- |
| 15:51 | 21 | BY MS. MILLER: |
| 15:51 | 22 | Q.   SO THE AREA IN THE LEFT HALF OF THIS PHOTOGRAPH, IS THAT |
| 15:52 | 23 | WHERE THE MRGO ULTIMATELY GETS CONSTRUCTED? |
| 15:52 | 24 | A.   YES.  THE MRGO WAS CONSTRUCTED IN THIS ALIGNMENT.  THIS IS |
| 15:52 | 25 | GOING TO BE THE GOLDEN TRIANGLE AREA.  THIS IS GOING TO BE THE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:52 | 1 | SPOIL DEPOSIT FOR THE MRGO. |
| 15:52 | 2 | **Q.**   JUST TO CLARIFY FOR THE RECORD, WHEN YOU SAY "THIS" THE |
| 15:52 | 3 | FIRST TIME WHEN YOU REFERENCED THE GOLDEN TRIANGLE, THAT WAS |
| 15:52 | 4 | THE WESTERNMOST SIDE OF THIS PHOTOGRAPH.  THE REFERENCE TO THE |
| 15:52 | 5 | SPOIL BANK WAS THE RIGHT-HAND SIDE OF THE PHOTOGRAPH IN |
| 15:52 | 6 | BETWEEN -- WELL, TO THE RIGHT-HAND SIDE OF THE MOST PROMINENT |
| 15:52 | 7 | LINEAR FEATURE.  IS THAT RIGHT? |
| 15:52 | 8 | **A.**   YES. |
| 15:52 | 9 | **MS. MILLER:**  IF WE COULD TURN BACK TO FIGURE 4 OF THE |
| 15:52 | 10 | EXPERT REPORT, THIS SAME EXHIBIT, JX-202, AND ZOOM IN AGAIN. |
| 15:53 | 11 | **BY MS. MILLER:** |
| 15:53 | 12 | **Q.**   DR. BRITSCH, YOU REFERENCED THAT THE WATER AREAS VISIBLE |
| 15:53 | 13 | IN THE PHOTOGRAPH AT FIGURE 10 WERE REPRESENTED IN GREEN ON |
| 15:53 | 14 | YOUR LAND LOSS STUDY, AND I JUST WANTED TO ILLUSTRATE WHAT YOU |
| 15:53 | 15 | MEANT BY THAT BY SHOWING FIGURE 4 ON PAGE 8. |
| 15:53 | 16 | **MS. MILLER:**  IF WE COULD ZOOM IN ON THE VERY TOP. |
| 15:53 | 17 | THAT'S GOOD. |
| 15:53 | 18 | **THE WITNESS:**  AGAIN, ALL OF THIS GREEN LOSS SHOWN IN |
| 15:53 | 19 | THIS REGION HERE IS THE LOSS ATTRIBUTED TO THE SCOURING FROM |
| 15:53 | 20 | THE 1947 HURRICANE THAT HIT THIS AREA.  OBVIOUSLY, THERE'S BEEN |
| 15:53 | 21 | SOME SUBSEQUENT LOSS ON THE SHORELINES OF THOSE PONDS AND BAYS |
| 15:53 | 22 | THAT OPENED UP DURING THAT PERIOD THAT ARE IN OTHER COLORS NOW. |
| 15:53 | 23 | **BY MS. MILLER:** |
| 15:53 | 24 | **Q.**   DR. BRITSCH, IN YOUR DESCRIPTION OF OTHER FACTORS THAT |
| 15:54 | 25 | CAUSED LAND LOSS, YOU MENTIONED SUBSIDENCE.  YOU ALSO STARTED |

15:54   1   TO REFERENCE, IN RESPONSE TO THE JUDGE'S QUESTION ABOUT PEAT

15:54   2   DEPOSITS, NATURAL SUBSIDENCE.  COULD YOU DESCRIBE WHAT YOU WERE

15:54   3   MEANING BY THE CHANGE IN THE LAND THAT'S HAPPENED OVER THE LAST

15:54   4   SEVERAL THOUSAND YEARS.

15:54   5   **A.**   WELL, SUBSIDENCE IS JUST A DOWNWARD DISPLACEMENT OF THE

15:54   6   LAND SURFACE RELATIVE TO SOME FIXED DATUM USUALLY REFERENCING

15:54   7   SEA LEVEL.  SUBSIDENCE HAS BEEN GOING ON IN THIS AREA FOR

15:54   8   THOUSANDS OF YEARS.  IT'S MAINLY DUE TO THE CONSOLIDATION OF

15:54   9   THE THICK SEQUENCE OF DELTAIC DEPOSITS THAT ARE IN THIS AREA.

15:54   10  WHEN THE DELTA IS ACTIVELY BUILDING, LAND IS BEING FORMED AT A

15:54   11  RATE FAST ENOUGH TO WHERE IT'S FASTER THAN THE RATE OF

15:55   12  SUBSIDENCE, SO YOU HAVE A NET GAIN OF LAND.  THE LAND ADVANCES

15:55   13  SEAWARD.  FRESH ENVIRONMENTS ADVANCE SEAWARD, MOVE SEAWARD WITH

15:55   14  THE BUILDING OF THE DELTA.

15:55   15          WHEN THE MISSISSIPPI RIVER SWITCHES AWAY FROM AN

15:55   16  ACTIVE AREA, THE DELTA'S ABANDONED, WHICH HAPPENED IN THIS

15:55   17  STUDY AREA APPROXIMATELY 2,000 YEARS AGO.  ONCE IT'S ABANDONED,

15:55   18  THE PROCESSES OF EROSION AND SUBSIDENCE BECOME DOMINANT BECAUSE

15:55   19  THE DEPOSITION OF SEDIMENT IS NOT ABLE TO KEEP UP WITH THE

15:55   20  SUBSIDENCE RATE.  LAND AREAS BECOME OPEN WATER AREAS JUST

15:55   21  THROUGH SUBSIDENCE.

15:55   22          ANOTHER RESULT OF SUBSIDENCE IS THE MIGRATION OF

15:55   23  HABITATS.  THE ELEVATION OF THE LAND SURFACE HAS A LOT TO DO

15:55   24  WITH CONTROLLING THE HABITATS THAT EXIST, WHETHER IT'S TREES ON

15:56   25  NATURAL LEVEES ON THE HIGHER ELEVATIONS, SWAMP ON THE FRINGES

15:56  1   OF THE NATURAL LEVEES OUT INTO THE COASTAL MARSHES.

15:56  2          AS AN ABANDONED DELTA IS SUBSIDING, THERE'S A NET

15:56  3   LOSS OF LAND.  THE MORE SALIENT ENVIRONMENTS MOVE LANDWARD AT

15:56  4   THE EXPENSE OF THE FRESH MARSH ENVIRONMENTS.  SUBSIDENCE IS

15:56  5   PERFORMING TWO PROCESSES HERE.  IT DOES CAUSE LAND LOSS, BUT IT

15:56  6   ALSO PLAYS AN IMPORTANT ROLE IN THE DISTRIBUTION OF THE

15:56  7   HABITATS THAT YOU SEE ON THE LANDSCAPE.

15:56  8   Q.   IS WHAT YOU'RE DESCRIBING REFERRED TO AS THE DELTA CYCLE?

15:56  9   A.   YES.  IT GOES THROUGH PHASES, AN ACTIVE BUILDING PHASE,

15:56  10  THE RIVER SWITCHES LOCATIONS, MOVES TO A DIFFERENT PORTION OF

15:56  11  THE COAST, AND THAT DELTA'S LEFT, EROSION PROCESSES BEGIN TO

15:56  12  DOMINATE AND SUBSIDENCE.

15:56  13         ALSO, THE SUBSIDENCE -- THAT'S THE NATURAL PROCESS OF

15:57  14  SUBSIDENCE.  THERE'S ALSO A MAN-INDUCED SUBSIDENCE THAT OCCURS

15:57  15  IN SEVERAL AREAS OF THE COAST.  WHEN AREAS ARE LEVEED FOR

15:57  16  DEVELOPMENT, A LOT OF TIMES THEY'RE DRAINED; THEY'RE PUT UNDER

15:57  17  PUMP.  WHEN YOU HAVE THESE HIGHLY ORGANIC SOILS THAT HAVE HIGH

15:57  18  WATER CONTENTS, YOU DRAIN THEM, YOU PUMP THE WATER OUT, THE

15:57  19  RESULT IS THE LOWERING OF THE ELEVATION OF THE LAND SURFACE.

15:57  20  SO THERE'S ANOTHER MECHANISM OF MAN-INDUCED SUBSIDENCE THAT'S

15:57  21  CAUSED PROBLEMS ON THE COAST ALSO.

15:57  22  Q.   IF WE COULD TURN TO FIGURE 5 OF YOUR REPORT ON PAGE 9 OF

15:57  23  JX-202.  DOES THIS FIGURE ILLUSTRATE SOME OF WHAT YOU'VE BEEN

15:57  24  DESCRIBING?

15:57  25  A.   YES.  THIS IS, I GUESS, THE NORTHWESTERN PORTION OF --

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:58 | 1 | WELL, CONCERNING THE STUDY AREA.  YOU CAN SEE SOME OF THE |
| 15:58 | 2 | MANMADE FEATURES ARE ALREADY TAKING PLACE.  THEY CALL IT THE |
| 15:58 | 3 | BACK PROTECTION LEVEE, WHICH IS THE -- THIS IS A 1942 MAP, BY |
| 15:58 | 4 | THE WAY, BUT THE BACK PROTECTION LEVEE, WHICH SHOULD BE THE 40 |
| 15:58 | 5 | ARPENT LEVEE.  PARIS ROAD IS HERE.  THERE'S ALSO NUMEROUS |
| 15:58 | 6 | LEVEES, SMALLER LEVEE FEATURES IN THIS AREA.  THIS IS JACKSON |
| 15:58 | 7 | PROTECTION LEVEE HERE. |
| 15:58 | 8 | RIGHT UNDERNEATH THE WORD *LEVEE* IS A PUMP.  THERE'S A |
| 15:58 | 9 | PUMPING STATION AT THIS LOCATION HERE.  SO, OBVIOUSLY, THIS |
| 15:58 | 10 | AREA WAS BEING DEVELOPED AND DRAINED.  THESE MANMADE FEATURES, |
| 15:58 | 11 | IN CONJUNCTION WITH A NATURAL FEATURE LIKE BAYOU BIENVENUE, |
| 15:58 | 12 | WHICH HAS A SLIGHTLY HIGHER ELEVATION THAN THE SURROUNDING |
| 15:58 | 13 | MARSH, YOU WIND UP CAUSING IMPOUNDMENTS AND SEMI-IMPOUNDMENTS, |
| 15:58 | 14 | SO YOU'RE RESTRICTING THE DRAINAGE IN ALL THESE AREAS. |
| 15:58 | 15 | THE 40 ARPENT LEVEE STOPS THE NATURAL FLOW OF |
| 15:59 | 16 | FRESHWATER RUNOFF FROM THE HIGHER ELEVATIONS INTO THE ADJACENT |
| 15:59 | 17 | WETLANDS.  THESE SAME FEATURES ALSO STOP SEDIMENTS FROM |
| 15:59 | 18 | ENTERING THE AREA FROM THE OUTSIDE THE BASIN.  SO THESE MANMADE |
| 15:59 | 19 | FEATURES HAVE A LARGE IMPACT ON THE RESULTING LANDSCAPE. |
| 15:59 | 20 | **Q.**   FOR THE BENEFIT OF THE RECORD, FIGURE 5 IS TAKEN FROM A |
| 15:59 | 21 | LARGER 1942 MAP; IS THAT RIGHT? |
| 15:59 | 22 | **A.**   YES. |
| 15:59 | 23 | **Q.**   ON FIGURE 5, WHERE IT'S LABELED "JACKSON PROTECTION |
| 15:59 | 24 | LEVEE," "PARIS ROAD," AND "BACK PROTECTION LEVEE," DID YOU ADD |
| 15:59 | 25 | THOSE LABELS TO THE MAP? |

| | | |
|---|---|---|
| 15:59 | 1 | **A.**   YES, JUST SO THEY WOULD BE VISIBLE. |
| 15:59 | 2 | **Q.**   SO YOU COULD ORIENT WHERE WE'RE LOCATED? |
| 15:59 | 3 | **A.**   RIGHT. |
| 15:59 | 4 | **MS. MILLER:**  EXHIBIT DX-007, FOR THE RECORD, CONTAINS |
| 15:59 | 5 | THE COMPLETE MAP. |
| 15:59 | 6 | **BY MS. MILLER:** |
| 15:59 | 7 | **Q.**   IF WE COULD TURN, THEN, TO FIGURE 6 IN YOUR REPORT ON |
| 16:00 | 8 | PAGE 10.  IS THIS THE PORTION OF YOUR LAND LOSS STUDY THAT |
| 16:00 | 9 | CORRESPONDS TO THE AREA WE WERE JUST LOOKING AT IN THE MAP IN |
| 16:00 | 10 | FIGURE 5? |
| 16:00 | 11 | **A.**   YES.  THIS IS THE LAND LOSS MAP FOR THE SAME AREA ON THE |
| 16:00 | 12 | NORTHWESTERN PORTION. |
| 16:00 | 13 | **Q.**   CAN YOU IDENTIFY WHERE PARIS ROAD IS LOCATED ON THIS. |
| 16:00 | 14 | **A.**   PARIS ROAD IS RIGHT HERE.  THE AREA WAS LABELED "JACKSON |
| 16:00 | 15 | PROTECTION LEVEE."  THERE'S BAYOU BIENVENUE ON THE NORTH SIDE. |
| 16:00 | 16 | AGAIN, THIS AREA WAS THE AREA THAT WAS IMPOUNDED AND WHERE |
| 16:00 | 17 | THE PUMP -- YOU KNOW, THE PUMPING STATION WAS RIGHT HERE IN |
| 16:00 | 18 | THIS CORNER.  YOU CAN SEE A LOT OF THE LOSS RELATED TO THOSE |
| 16:01 | 19 | FEATURES. |
| 16:01 | 20 | **Q.**   THAT LOSS GENERALLY HERE IS SHOWN IN THE YELLOW OR |
| 16:01 | 21 | ORANGISH, WHERE YOU LABELED "IMPOUNDED AREA"? |
| 16:01 | 22 | **A.**   CORRECT. |
| 16:01 | 23 | **Q.**   WOULD YOU ATTRIBUTE THE RED AND YELLOW MIXTURE OF LOSS |
| 16:01 | 24 | JUST NORTH OF THE IMPOUNDED AREA ON THIS MAP TO THE SAME |
| 16:01 | 25 | FEATURES YOU WERE DESCRIBING? |

16:01   1   **A.**   AGAIN, LAND LOSS IS RARELY DUE TO ONE SPECIFIC PROCESS.

16:01   2   IT'S USUALLY THE COMBINATION OF PROCESSES.  IT'S PRETTY

16:01   3   RECOGNIZABLE THAT THE LOSS IN THIS AREA ARE ALIGNED WITH THESE

16:01   4   ALTERATIONS TO THE HYDROLOGY THAT ARE IN THIS AREA.

16:01   5   **Q.**   THE MAP THAT WE HAD LOOKED AT IN FIGURE 5, YOU TESTIFIED

16:01   6   WAS DATED 1942; IS THAT RIGHT?

16:02   7   **A.**   YES.

16:02   8   **Q.**   THE LOSS BEING SHOWN IN YELLOW AND RED, THE YELLOW LOSS IS

16:02   9   LOSS THAT YOU DETERMINED IN YOUR LAND LOSS STUDY OCCURRED

16:02   10   BETWEEN 1958 AND 1974; IS THAT RIGHT?

16:02   11   **A.**   CORRECT.

16:02   12   **Q.**   THE RED AREA IS IDENTIFIED AS LOSS THAT OCCURRED BETWEEN

16:02   13   1990 AND 2001; IS THAT RIGHT?

16:02   14   **A.**   CORRECT.

16:02   15   **Q.**   CAN YOU EXPLAIN WHY THE TIME PERIODS DURING WHICH THE LOSS

16:02   16   OCCURRED DIFFER FROM THE TIME PERIOD DURING WHICH SOME OF THESE

16:02   17   FEATURES WERE CONSTRUCTED?

16:02   18   **A.**   WELL, AGAIN, THE LOSS DOESN'T ALWAYS COINCIDE DIRECTLY

16:02   19   WITH WHEN THE FEATURES WERE CONSTRUCTED.  A LOT OF TIMES, THESE

16:02   20   MANMADE FEATURES PUT AN AREA UNDER STRESS AND THE WETLANDS CAN

16:02   21   BE STRESSED BUT STILL BE SURVIVING.  SO IT SOMETIMES TAKES AN

16:03   22   EVENT, MAYBE A STORM OR A HIGH RAINFALL, THAT PUTS A LOT OF

16:03   23   WATER IN THESE AREAS, CAN'T DRAIN OUT, WINDS UP KILLING THESE

16:03   24   MARSHES AND THEY DON'T REGENERATE.

16:03   25           SO IT'S NOT A ONE FOR ONE.  YOU DON'T BUILD A CANAL

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:03 | 1 | AND HAVE THE LOSS.  SOMETIMES YOU DO, BUT NOT ALWAYS.  THERE'S |
| 16:03 | 2 | A LAG EFFECT ON THE IMPACT.  AS I MENTIONED, IT'S NOT ALWAYS |
| 16:03 | 3 | JUST ONE CAUSE TO THE LOSS; IT'S SOMETIMES A COMBINATION OF |
| 16:03 | 4 | CAUSES.  SO WHEN YOU HAVE AN ALTERED HYDROLOGY SITUATION |
| 16:03 | 5 | ESTABLISHED, THEN ANOTHER CAUSE COMES ALONG, SAY A HURRICANE, |
| 16:03 | 6 | AND PUTS A LOT OF WATER IN THESE IMPOUNDED AREAS, THE |
| 16:03 | 7 | CUMULATIVE EFFECT WINDS UP IN -- RESULTS IN THE LAND LOSS THAT |
| 16:03 | 8 | YOU SEE. |
| 16:03 | 9 | THE COURT:  JUST SO I'M ORIENTED, AT THE BOTTOM OF |
| 16:03 | 10 | THIS SIDE, THE IMPOUNDED AREA, IS THAT THE BOUNDARY OF YOUR |
| 16:03 | 11 | STUDY AREA, OR COULD YOU TELL ME WHAT THAT BOUNDARY IS?  DO YOU |
| 16:04 | 12 | SEE RIGHT HERE WHERE I'M POINTING? |
| 16:04 | 13 | THE WITNESS:  YES.  IT'S HARD TO TELL ON THIS MAP.  I |
| 16:04 | 14 | THINK THAT IS THE BOUNDARY OF THE STUDY AREA. |
| 16:04 | 15 | THE COURT:  I JUST WASN'T QUITE SURE. |
| 16:04 | 16 | BY MS. MILLER: |
| 16:04 | 17 | Q.   IF WE GO TO FIGURE 4, PERHAPS THAT WILL MAKE IT EASIER TO |
| 16:04 | 18 | IDENTIFY.  EVEN FIGURE 2, I THINK, SHOWS THE LAND -- |
| 16:04 | 19 | A.   I THINK THAT'S ENOUGH RIGHT THERE.  IT'S THE SOUTHERN |
| 16:04 | 20 | BOUNDARY OF THE STUDY. |
| 16:04 | 21 | THE COURT:  THAT ANSWERED MY QUESTION. |
| 16:04 | 22 | BY MS. MILLER: |
| 16:04 | 23 | Q.   DR. BRITSCH, THE SOUTHERN BOUNDARY, AT LEAST IN THE |
| 16:04 | 24 | SECTION THE JUDGE WAS ASKING ABOUT NEAR THE YELLOW LOSS WE'VE |
| 16:04 | 25 | BEEN DISCUSSING, DOES THAT CORRESPOND WITH THE 40 ARPENT LEVEE? |

16:04  1  **A.**   YES.

16:04  2         **THE COURT:**  SO THE CENTRAL WETLANDS UNIT WOULD BE TO

16:04  3  THE --

16:04  4         **THE WITNESS:**  THE CENTRAL WETLANDS UNIT IS WHAT WE'RE

16:05  5  LOOKING AT RIGHT THERE BETWEEN THE MRGO AND THE 40 ARPENT.

16:05  6         **THE COURT:**  WOULD IT BE THE AREA BETWEEN THE BLUE AND

16:05  7  THE BORDER?

16:05  8         **THE WITNESS:**  YES.

16:05  9  **BY MS. MILLER:**

16:05  10  **Q.**   THE AREA SHOWN IN BLUE THERE, CAN YOU IDENTIFY WHAT THAT

16:05  11  IS.

16:05  12  **A.**   THAT'S THE DREDGED CHANNEL OF THE MRGO.

16:05  13  **Q.**   THE IMPACT OF MANMADE CHANGES THAT YOU HAVE BEEN

16:05  14  DISCUSSING THAT RESULT IN IMPOUNDMENT OR OTHERWISE IMPACT LAND

16:05  15  LOSS IN AN AREA, THOSE IMPACTS HAVE BEEN RECOGNIZED BY OTHER

16:05  16  SCIENTISTS IN ADDITION TO YOURSELF; ISN'T THAT CORRECT?

16:05  17  **A.**   YES.  THERE HAVE BEEN NUMEROUS PUBLICATIONS REGARDING THE

16:05  18  IMPACTS OF LINEAR FEATURES, CANALS, IMPOUNDMENTS ON LAND LOSS.

16:06  19  DR. GENE TURNER HAS PUBLISHED A NUMBER OF PAPERS, DR. DAY,

16:06  20  DR. PENLAND, DR. GAGLIANO.  IT'S PRETTY WELL KNOWN, THE IMPACTS

16:06  21  OF CANALS THROUGHOUT COASTAL LOUISIANA.

16:06  22  **Q.**   IN THIS PARTICULAR AREA SHOWN IN BOTH FIGURE 4, WHAT YOU

16:06  23  DESCRIBED, AND FIGURE 5 AND FIGURE 6, WEST OF PARIS ROAD -- ONE

16:06  24  OF THE REPORTS YOU REVIEWED IN PREPARATION OF YOUR EXPERT

16:06  25  REPORT WAS THE 1972 ENVIRONMENTAL BASELINE STUDY BY

16:06  1  DR. GAGLIANO; IS THAT RIGHT?

16:06  2  **A.**   YES.

16:06  3  **Q.**   IN THAT STUDY DOES DR. GAGLIANO ACKNOWLEDGE THE LOSS IN

16:06  4  THIS AREA AS BEING CAUSED BY MANMADE FEATURES?

16:06  5  **A.**   HE SPECIFICALLY ADDRESSES THE AREA THAT'S WEST OF PARIS

16:06  6  ROAD IN HIS REPORT.

16:07  7  **Q.**   IF WE COULD PULL UP DX-1649, WE COULD TAKE A LOOK AT WHAT

16:07  8  DR. GAGLIANO DESCRIBED.  IS THIS THE STUDY YOU REVIEWED IN

16:07  9  PREPARATION OF YOUR EXPERT REPORT?

16:07  10  **A.**   YES.

16:07  11  **Q.**   THIS IS THE 1972 ENVIRONMENTAL BASELINE STUDY THAT

16:07  12  DR. GAGLIANO'S COMPANY, COASTAL ENVIRONMENTS, INC., PREPARED?

16:07  13          **MR. PALMINTIER:**  YOUR HONOR, THIS EXPANDS BEYOND THE

16:07  14  SCOPE OF THE REPORT.  WE OBJECT TO IT BEING INTRODUCED.

16:07  15          **MS. MILLER:**  YOUR HONOR, DR. BRITSCH TESTIFIED THAT

16:07  16  THIS WAS A DOCUMENT HE REVIEWED IN PREPARATION OF HIS REPORT,

16:07  17  AND IT'S CITED IN HIS SECTION OF REFERENCES.  I BELIEVE IN THE

16:07  18  MAIN BODY OF HIS REPORT HE CITES IT AS WELL.  I WOULD NEED TO

16:07  19  TAKE A MINUTE TO FIND THE EXACT CITATIONS.

16:07  20          **MR. PALMINTIER:**  IF IT ISN'T, WE MOVE TO STRIKE ANY

16:08  21  TESTIMONY.

16:08  22          **THE COURT:**  IF IT IS, I WILL PROMPTLY OVERRULE YOUR

16:08  23  OBJECTION.  UNFORTUNATELY, ALTHOUGH I REVIEWED THE REPORT, I

16:08  24  CAN'T REMEMBER.  THAT WAS A WHILE BACK.

16:08  25          **MS. MILLER:**  CAN WE TURN TO PAGE 18 OF EXHIBIT JX --

16:08    1           **THE COURT:**  YOU CAN JUST ASK THE WITNESS AND I'LL

16:08    2    ACCEPT IT.

16:08    3    **BY MS. MILLER:**

16:08    4    **Q.**   WELL, YOU TESTIFIED, DR. BRITSCH, THAT YOU REVIEWED THIS

16:08    5    REPORT IN PREPARATION OF YOUR EXPERT REPORT; ISN'T THAT RIGHT?

16:08    6    **A.**   YES.

16:08    7           **THE COURT:**  IS IT REFERENCED IN YOUR --

16:08    8           **THE WITNESS:**  YES.

16:08    9           **THE COURT:**  THE OBJECTION'S OVERRULED.

16:08   10    **BY MS. MILLER:**

16:08   11    **Q.**   IF WE COULD TURN TO PAGE 81 OF THIS REPORT.  THE FIRST

16:08   12    PARAGRAPH, IT BEGINS:

16:08   13           "THE MODIFIED MARSH UNITS SHOWN ON PLATE 5 INCLUDE

16:08   14    THOSE PORTIONS OF MARSH OR SWAMP THAT HAVE BEEN OR ARE BEING SO

16:08   15    FULLY MODIFIED THAT THEY ARE NO LONGER A PART OF THE MARSH

16:08   16    ESTUARY SYSTEM AND REQUIRE CONTINUAL UPGRADING AND MAINTENANCE

16:09   17    TO RETAIN THEIR FORM.  THE AREAS FITTING THIS CATEGORY ARE THE

16:09   18    6,300-ACRE TRACT BETWEEN PARIS ROAD AND THE INNER HARBOR

16:09   19    NAVIGATION CANAL AND THE 1,200-ACRE PLOT OF THE CHEF MENTEUR

16:09   20    HURRICANE STRUCTURE.

16:09   21           "BOTH OF THESE UNITS WERE FORMED BY MAN-DOMINATED

16:09   22    PROCESSES OF DRAINAGE AND FILLING AND ARE VIEWED PUBLICLY AS

16:09   23    FUTURE EXTENSIONS OF THE URBANIZED ZONE AND NO LONGER FUNCTION

16:09   24    AS A PART OF THE NATURAL" -- THERE ARE TWO WORDS THAT ARE

16:09   25    BLANKED OUT, NATURAL SOMETHING -- "OF WHICH THEY WERE A PART."

16:09   1          PERHAPS THAT WAS "SYSTEMS."

16:09   2          **THE COURT:**  GOOD GUESS.  I'LL ACCEPT IT.  SOME OF THE

16:09   3   ST. BERNARD PEOPLE WOULD PROBABLY OBJECT TO THE "URBAN"

16:09   4   APPELLATION, BUT GO AHEAD.

16:09   5   **BY MS. MILLER:**

16:10   6   **Q.**   DR. BRITSCH, WHERE IT'S REFERENCED, THE 6,300-ACRE TRACT

16:10   7   BETWEEN PARIS ROAD AND THE INNER HARBOR NAVIGATION CANAL, DID

16:10   8   YOU INTERPRET THAT TO BE REFERRING TO THE AREA WE'VE BEEN

16:10   9   DISCUSSING REPRESENTED IN FIGURES 5 AND 6 OF YOUR EXPERT

16:10   10  REPORT?

16:10   11  **A.**   YES.  THAT'S THE AREA WEST AND NORTHWEST OF PARIS ROAD.

16:10   12  **Q.**   DO YOU AGREE WITH THE OPINIONS STATED IN THIS REPORT?

16:10   13  **A.**   YES.  AS HE REFERENCES THAT, THE 6,300-ACRE TRACT, YES.

16:10   14  **Q.**   IF WE CAN LOOK NOW AT DX-1343R.

16:11   15          **MS. MILLER:**  YOUR HONOR, I APOLOGIZE.  I MIGHT NEED

16:11   16  JUST A MINUTE.

16:11   17  **BY MS. MILLER:**

16:11   18  **Q.**   YOU RECOGNIZE THIS, DR. BRITSCH, AS THE --

16:11   19          **THE COURT:**  I JUST WANT TO MAKE SURE THAT COUNSEL HAS

16:11   20  TIME TO CROSS-EXAMINE.  PERHAPS MAYBE IT WAS WISHFUL THINKING,

16:11   21  BUT I THOUGHT WE MIGHT HAVE AN EARLY DAY TODAY.  SO PERHAPS I

16:11   22  DIDN'T REALIZE WE WERE IN ANOTHER, SHALL WE SAY -- WE'RE ON

16:11   23  78'S INSTEAD OF WHATEVER THE OLD RECORD WAS.  I'VE FORGOT WHICH

16:11   24  ONE WAS THE FASTEST.  ANYWAY, YOU NEED SOME TIME TO DO WHAT?

16:12   25          **MS. MILLER:**  THERE WAS AN EXHIBIT THAT WAS PART OF

| | | |
|---|---|---|
| 16:12 | 1 | THIS REPORT.  IT WAS EXHIBIT 11 TO GARY SHAFFER'S DEPOSITION, |
| 16:12 | 2 | BUT THE PLAINTIFFS PRODUCED THIS REPORT AT THE DEPOSITION. |
| 16:12 | 3 | WHEN THEY LATER PRODUCED IT ELECTRONICALLY, ONE OF THE EXHIBITS |
| 16:12 | 4 | WAS MISSING, SO I BELIEVE IT IS NOT INCLUDED IN WHAT I HAVE TO |
| 16:12 | 5 | DISPLAY TO YOU TODAY. |
| 16:12 | 6 | **BY MS. MILLER:** |
| 16:12 | 7 | **Q.**   DR. BRITSCH, YOU REVIEWED THE SUPPLEMENTAL REPORT AFTER IT |
| 16:12 | 8 | WAS PRODUCED AT DR. DAY AND DR. SHAFFER'S DEPOSITIONS; IS THAT |
| 16:12 | 9 | RIGHT? |
| 16:12 | 10 | **A.**   YES. |
| 16:12 | 11 | **Q.**   DO YOU RECALL THAT REPORT INCLUDING AN EXHIBIT THAT |
| 16:12 | 12 | CONTAINED PHOTOGRAPHY DATED 1945? |
| 16:12 | 13 | **A.**   YES. |
| 16:13 | 14 | **MS.  MILLER:**  IF WE COULD PULL UP FROM |
| 16:13 | 15 | DR. FITZGERALD'S REPORT, WHICH -- I THINK IT'S JX-195.  IF WE |
| 16:13 | 16 | COULD GO TO PAGE D-1 OF DR. DUNCAN FITZGERALD'S REPORT.  PAGE |
| 16:13 | 17 | D-1 OF THE APPENDIX CONTAINS PHOTOGRAPHY FROM 1958 TO 1959. |
| 16:13 | 18 | **BY MS. MILLER:** |
| 16:13 | 19 | **Q.**   UNFORTUNATELY, THIS ON THE SCREEN IS AN EXTREMELY POOR |
| 16:14 | 20 | VERSION OF THIS IMAGE.  BUT, DR. BRITSCH, IF YOU'RE ABLE TO |
| 16:14 | 21 | LOOK AT YOUR HARD COPY, IT'S IN ONE OF THE BINDERS ON PAGE D-1. |
| 16:14 | 22 | IF YOU CAN FROM MEMORY -- |
| 16:14 | 23 | **THE COURT:**  DO YOU WANT TO PUT IT ON THE ELMO? |
| 16:14 | 24 | **MS. MILLER:**  WE CAN TRY THAT. |
| 16:14 | 25 | **THE COURT:**  I MEAN THE ACTUAL COPY. |

16:14    1   **BY MS. MILLER:**

16:14    2   **Q.**   PERHAPS, JUST FOR THE BENEFIT OF MOVING THINGS ALONG, IF

16:14    3   YOU COULD SHOW WITH THE POINTER --

16:15    4             **THE COURT:**  WE'VE GOT IT ON ELMO.

16:15    5   **BY MS. MILLER:**

16:15    6   **Q.**   THIS IS PAGE D-1 OF DUNCAN FITZGERALD'S REPORT LABELED

16:15    7   "1958 TO 1959 PHOTOGRAPHY."  THIS PHOTOGRAPHY WAS PRIOR TO

16:15    8   CONSTRUCTION OF THE MRGO; ISN'T THAT RIGHT?

16:15    9   **A.**   YES.

16:15   10   **Q.**   THE RED LINE, YOU RECALL FROM DR. FITZGERALD'S REPORT,

16:15   11   JUST IS A SUPERIMPOSED OUTLINE OF WHERE THE CHANNEL LATER IS

16:15   12   LOCATED?

16:15   13   **A.**   YES.

16:15   14   **Q.**   CAN YOU DESCRIBE IN THIS PHOTOGRAPH SOME OF THE CHANGES

16:16   15   THAT YOU RECALL FROM COMPARING THE 1945 PHOTOGRAPHY AT GARY

16:16   16   SHAFFER'S DEPOSITION, EXHIBIT 11, WITH THIS IMAGE.

16:16   17   **A.**   YES.  AGAIN, WE HAVE --

16:16   18             **MR. PALMINTIER:**  IT'S BEYOND THE REPORT, YOUR HONOR.

16:16   19   I KNOW THAT THE JUDGE IS GIVING LEEWAY, BUT --

16:16   20             **THE COURT:**  I'VE TRIED TO RULE BASED ON WHAT'S IN THE

16:16   21   REPORT.

16:16   22             **MS. MILLER:**  YOUR HONOR, THE 1945 PHOTOGRAPHY THAT

16:16   23   GARY SHAFFER AND JOHN DAY USED TO PRODUCE THEIR SUPPLEMENTAL

16:16   24   EXPERT REPORT WAS SOMETHING THAT DR. BRITSCH REVIEWED IN THE

16:16   25   PREPARATION OF HIS OWN EXPERT REPORT.

16:16    1              THE COURT:  I'M GOING TO ALLOW THE QUESTION.

16:16    2    EVENTUALLY, I'M HOPING SOMEONE'S GOING TO TELL ME IN BRIEFING

16:16    3    WHAT THE PRIMARY DIFFERENCE IS BETWEEN THE EXPERTS' TESTIMONY

16:16    4    VIA LAND LOSS.

16:16    5              MR. PALMINTIER:  I'M SORRY, I COULDN'T HEAR.

16:16    6              THE COURT:  I SAID I AM HOPING THAT IN BRIEFING AT

16:17    7    SOME POINT IT WILL BE ILLUSTRATED TO ME THE PRIMARY DIFFERENCES

16:17    8    AND THE SIGNIFICANT DIFFERENCES BETWEEN THE VARIOUS EXPERTS AS

16:17    9    TO THE LAND LOSS ATTRIBUTABLE TO THE MRGO AND THE LAND LOSS

16:17   10    WHICH IS NOT ATTRIBUTABLE AND HOW IT BEARS UPON THE DYNAMICS

16:17   11    AND THE HYDROLOGY, ETC.

16:17   12    BY MS. MILLER:

16:17   13    Q.   DR. BRITSCH, PERHAPS YOU COULD HELP CLARIFY THAT QUESTION

16:17   14    FOR THE JUDGE.  COULD YOU DESCRIBE WHAT YOU PERCEIVED AS THE

16:17   15    MAIN DIFFERENCE BETWEEN YOUR OPINIONS REGARDING LAND LOSS AND

16:17   16    THOSE PRESENTED BY THE PLAINTIFFS' EXPERTS.

16:17   17    A.   WELL, I MEAN, I JUST LOOKED AT THE LAND LOSS DATUM

16:17   18    COLLECTED SINCE THE 1930S.  WE'VE DONE QUITE A BIT OF WORK ON

16:17   19    TRYING TO UNDERSTAND THE PROCESSES THAT ARE INVOLVED IN

16:17   20    CREATING THAT LOSS AND IDENTIFIED A NUMBER OF AREAS, MANY OF

16:17   21    WHICH WERE RELATED TO LINEAR FEATURES, IMPOUNDMENTS THAT HAVE

16:18   22    BEEN -- THAT WE RELATED TO LAND LOSS AND OTHER AUTHORS HAVE

16:18   23    RELATED TO LAND LOSS, AND TRYING TO DISCUSS THOSE THINGS THAT

16:18   24    WE THINK ARE RELATED TO LAND LOSS THAT WERE NOT RELATED TO THE

16:18   25    CONSTRUCTION OF THE MRGO.

16:18  1        WE'RE ON THE SOUTHERN HALF OF THE CENTRAL WETLANDS

16:18  2    UNIT.  AGAIN, YOU CAN SEE THE 40 ARPENT LEVEE.  HERE IT IS

16:18  3    NORTH OF -- THIS IS EVENTUALLY BAYOU LA LOUTRE.  THIS IS THE

16:18  4    LAKE BORGNE NAVIGATION CANAL DREDGED IN 1901, 6 FEET DEEP,

16:18  5    80 FEET WIDE, DREDGED OUT TO LAKE BORGNE.  THESE FEATURES

16:18  6    ALTERED THE HYDROLOGY BY CHANGING THE MOVEMENT OF WATER IN THE

16:18  7    BASIN, BUT THEY ALSO ALLOW MOVEMENT OF SALTWATER INTO THE

16:18  8    BASIN.  SO BY DREDGING IT OUT TO LAKE BORGNE, THERE'S A PATHWAY

16:18  9    FOR SALTWATER INTRUSION THAT WAY.

16:18  10        **THE COURT:**  PREEXISTING THE CHANNEL THAT ALLOWED

16:19  11    SALTWATER INTRUSION?

16:19  12        **THE WITNESS:**  CORRECT.  AGAIN, THIS IS A PIPELINE

16:19  13    CANAL THAT WE SAW EARLIER.  THIS PIPELINE WAS DREDGED IN 1955.

16:19  14    IT'S IN THE HEART OF THE SWAMP AREA.  IT WAS DREDGED TO BAYOU

16:19  15    BIENVENUE, CROSSED BAYOU BIENVENUE, WENT INTO THE GULF

16:19  16    INTRACOASTAL WATERWAY.  AGAIN, ANOTHER PATHWAY:  LAKE BORGNE'S

16:19  17    CONNECTED TO BAYOU BIENVENUE.  THIS IS ANOTHER MECHANISM FOR

16:19  18    SALTWATER INTRUSION INTO THE STUDY AREA PRIOR TO THE

16:19  19    CONSTRUCTION OF THE MRGO.

16:19  20        THERE'S ANOTHER CANAL RELATED TO LOGGING HERE

16:19  21    THAT'S CALLED NEW CANAL.

16:19  22        **MR. PALMINTIER:**  YOUR HONOR, IF HE COULD BREAK HIS

16:19  23    TESTIMONY UP INTO RESPONSES TO QUESTIONS, WE WOULD APPRECIATE

16:19  24    IT BECAUSE WE'RE NOT ABLE TO DEAL WITH EACH ONE THAT HE'S

16:19  25    TALKING ABOUT.  HE'S MOVING THROUGH A NARRATIVE, AND WE OBJECT

FINAL DAILY COPY

16:19    1   TO THE NARRATIVE FORM.

16:19    2          **THE COURT:**  YOU OBJECT TO THE NARRATIVE FORM.

16:19    3            YOU TALKED ABOUT THE CHANNEL.  YOU WERE GOING TO

16:19    4   THE VARIOUS THINGS THAT MAY HAVE CAUSED --

16:20    5          **THE WITNESS:**  MY MAIN POINT IS THAT THERE ARE A

16:20    6   NUMBER OF FEATURES DREDGED OR DEVELOPED IN THIS AREA PRIOR TO

16:20    7   CONSTRUCTION OF THE MRGO WHICH ALTER THE HYDROLOGY, CONTRIBUTE

16:20    8   TO THE WETLAND LOSS, AND ALSO CONTRIBUTED TO THE FLOW OF WATER,

16:20    9   STOPPING FRESHWATER FLOW FROM THE NATURAL LEVEES INTO THE

16:20   10   CENTRAL WETLANDS AND MAKING IT POSSIBLE FOR SALTWATER OR HIGHER

16:20   11   SALINITY WATER TO ENTER THE CENTRAL WETLANDS AREA.

16:20   12         **THE COURT:**  THANK YOU, SIR.  I UNDERSTAND THE POINT.

16:20   13         **MS.  MILLER:**  I JUST WANT TO CLARIFY A FEW THINGS FOR

16:20   14   THE RECORD.  I APOLOGIZE TO SOME DEGREE IF THIS ENDS UP BEING

16:20   15   TEDIOUS, BUT WITH THESE PHOTOGRAPHS IT'S OFTEN DIFFICULT TO

16:20   16   UNDERSTAND THE TRANSCRIPTS AFTER THE FACT.

16:20   17   **BY MS. MILLER:**

16:20   18   **Q.**  WHEN YOU WERE POINTING TO THE 40 ARPENT CANAL THAT

16:20   19   PARALLELS THE LA LOUTRE RIDGE, THAT'S THE EAST-WEST, SOMEWHAT

16:21   20   STRAIGHT LINE ON THE BOTTOM PORTION OF THIS PHOTOGRAPH; IS THAT

16:21   21   RIGHT?

16:21   22   **A.**  YES.  RIGHT HERE.

16:21   23   **Q.**  THEN THE OIL AND GAS CANAL THAT YOU REFERENCED THAT WAS

16:21   24   DREDGED IN 1955, IS IT A FAIR DESCRIPTION THAT THAT RUNS FROM

16:21   25   ALMOST THE CENTER OF THAT EAST-WEST 40 ARPENT CANAL LINE NORTH

3289

16:21   1   A LITTLE LEFT OF THE CENTER OF THIS PHOTOGRAPH?  IS THAT RIGHT?

16:21   2   **A.**   YES.

16:21   3   **Q.**   IT GOES ALONG A LITTLE DISTANCE WEST OF THE SHORELINE OF

16:21   4   LAKE BORGNE; IS THAT RIGHT?

16:21   5   **A.**   YES.

16:21   6           **THE COURT:**  YOU CAN MARK IT ON THERE IF YOU WISH.

16:21   7           **MS. MILLER:**  DR. BRITSCH, IF YOU TOUCH YOUR SCREEN,

16:21   8   YOU CAN MAKE --

16:21   9           **THE COURT:**  THERE SHOULD BE A STYLUS THERE.

16:21   10  **BY MS. MILLER:**

16:22   11  **Q.**   WHAT YOU'VE JUST MARKED IS THE LOCATION OF THE OIL AND GAS

16:22   12  CANAL; IS THAT RIGHT?

16:22   13  **A.**   IT'S ACTUALLY THE SOUTHERN NATURAL GAS PIPELINE CANAL.  IT

16:22   14  WAS DREDGED IN 1955.

16:22   15  **Q.**   THAT CANAL EXTENDS BEYOND WHAT'S SHOWN IN THIS PHOTOGRAPH

16:22   16  THROUGH THE GOLDEN TRIANGLE AREA AND ACROSS THE GIWW INTO

16:22   17  NEW ORLEANS EAST; IS THAT RIGHT?

16:22   18  **A.**   YES.

16:22   19  **Q.**   IT CROSSES THE GIWW A SHORT DISTANCE EAST OF THE MICHOUD

16:22   20  CANAL; IS THAT RIGHT?

16:22   21  **A.**   YES.

16:22   22          **MS. MILLER:**  YOUR HONOR, DO YOU THINK IT WOULD BE

16:22   23  HELPFUL TO PRINT HIS MARKINGS?

16:22   24          **THE COURT:**  YOU CERTAINLY MAY.

16:23   25          **MS. MILLER:**  IF WE COULD PRINT THIS SELECTION.  WHAT

16:23     1    WE'RE PRINTING NOW WILL SHOW THE OIL AND GAS --

16:23     2               **THE COURT:**  AS HE'S DOING IT --

16:23     3               **MS. MILLER:**  -- OR THE SOUTHERN NATURAL GAS PIPELINE.

16:23     4               **THE COURT:**  -- WE'RE MARKING IT, BUT WE DON'T HAVE IT

16:23     5    IN THE RECORD.  THIS IS JUST FOR OUR USE.  THAT WILL GET INTO

16:23     6    THE RECORD.

16:23     7               **MS. MILLER:**  WE WILL PROVIDE AN EXHIBIT NUMBER AT

16:23     8    SOME POINT.

16:23     9    BY MS. MILLER:

16:23    10    Q.   IF YOU COULD CLEAR THE MARKINGS THAT YOU JUST MADE AND

16:23    11    SHOW WITH NEW MARKINGS WHAT YOU DESCRIBED TO THE JUDGE AS THE

16:23    12    LAKE BORGNE CANAL.

16:23    13               **THE COURT:**  I'M GLAD YOU DID THAT.

16:23    14    BY MS. MILLER:

16:23    15    Q.   MAYBE GOING BACK TO A COLOR -- YOU'VE MARKED NOW IN YELLOW

16:23    16    THE LOCATION OF THE LAKE BORGNE CANAL.  IF YOU COULD USE

16:23    17    ANOTHER COLOR --

16:24    18    A.   I'VE GOT THE COLORS DOWN, BUT I DON'T HAVE THE STYLUS

16:24    19    DOWN.

16:24    20               **THE COURT:**  YOU'RE DOING PRETTY WELL.

16:24    21    BY MS. MILLER:

16:24    22    Q.   IF YOU CAN NOT CLEAR THIS ONE JUST YET BUT IF YOU'RE ABLE

16:24    23    TO USE A DIFFERENT COLOR, ARE THERE OTHER CANALS SHOWN IN THIS

16:24    24    1958 TO '59 PHOTOGRAPHY THAT WERE NOT SHOWN IN THE 1945

16:24    25    PHOTOGRAPHY THAT YOU REVIEWED?

16:24   1   **A.**   WELL, WITHOUT SEEING IT, IT'S HARD TO RECALL, BUT I THINK

16:24   2   THIS CANAL HERE.

16:24   3           **MR. PALMINTIER:**  WE WOULD OBJECT TO HIS SPECULATING.

16:24   4           **THE COURT:**  WE CAN ASK THE WITNESS TO ELABORATE A

16:24   5   LITTLE BIT ON THE BLUE.

16:24   6           **THE WITNESS:**  I DON'T RECOLLECT IF THIS ONE WAS

16:24   7   ALREADY IN PLACE ON THE '45 PHOTOGRAPHY.  I KNOW THEY WERE

16:24   8   THERE PRIOR TO THE CONSTRUCTION OF THE MRGO.  I DON'T KNOW IF

16:24   9   THEY WERE ON THE '45.

16:25   10          **MS. MILLER:**  I CAN ASK A DIFFERENT QUESTION,

16:25   11  YOUR HONOR.

16:25   12          **THE COURT:**  CAN WE TAKE THE BLUE OFF?  I'M GOING TO

16:25   13  IGNORE THE BLUE.  HOW ABOUT THAT?

16:25   14          **MR. PALMINTIER:**  WE'LL ACCEPT THAT, YOUR HONOR.

16:25   15          **THE COURT:**  WE KNOW THAT THERE'S A CANAL THERE.  WE

16:25   16  JUST DON'T KNOW WHEN IT WAS CONSTRUCTED; IS THAT RIGHT?

16:25   17          **MS. MILLER:**  RIGHT.

16:25   18  BY MS. MILLER:

16:25   19  **Q.**   ALTHOUGH, DR. BRITSCH, THIS PHOTOGRAPH SHOWS IT WAS

16:25   20  CONSTRUCTED BEFORE THE MRGO; ISN'T THAT RIGHT?

16:25   21  **A.**   YES.

16:25   22          **THE COURT:**  WE DO KNOW THAT.

16:25   23  BY MS. MILLER:

16:25   24  **Q.**   IN YOUR REVIEW OF THE 1945 --

16:25   25          **THE COURT:**  CAN WE GET A NAME FOR THAT, IF YOU KNOW

FINAL DAILY COPY

16:25    1    IT?

16:25    2            **THE WITNESS:**  I THINK IT'S CALLED NEW CANAL ON THE

16:25    3    MAP THAT I'VE SEEN.

16:25    4    **BY MS. MILLER:**

16:25    5    **Q.**   IN YOUR REVIEW OF THIS PHOTOGRAPHY, THE 1945 PHOTOGRAPHY

16:25    6    THAT WE'VE BEEN REFERENCING AND OTHER PHOTOGRAPHY, YOU OBSERVED

16:25    7    IN TIME SEQUENCES OF PHOTOGRAPHY THAT NEW FEATURES, SUCH AS THE

16:26    8    CANALS YOU HAVE POINTED OUT, WERE CONSTRUCTED OVER TIME ON THIS

16:26    9    LANDSCAPE; IS THAT RIGHT?

16:26   10    **A.**   YES.

16:26   11    **Q.**   YOU CAN OBSERVE, FROM HISTORICAL PHOTOGRAPHY, CHANGES FROM

16:26   12    THE '30S TO THE '40S TO THE '50S, ALL PRIOR TO MRGO; ISN'T THAT

16:26   13    RIGHT?

16:26   14    **A.**   YES.  NOT ALWAYS LAND LOSS CHANGES; SOMETIMES HABITAT

16:26   15    CHANGES.

16:26   16    **Q.**   ALSO, FEATURES LIKE YOU'VE BEEN DESCRIBING, MANMADE CANALS

16:26   17    OR OTHER CHANGES TO THE LANDSCAPE THAT CONTRIBUTE TO ALTERED

16:26   18    HYDROLOGY AND OTHER IMPACTS YOU'VE BEEN DESCRIBING?

16:26   19    **A.**   CORRECT.

16:26   20            **MS. MILLER:**  I THINK IF WE CAN GET BACK TO THE OTHER

16:26   21    WAY OF THE TRIALDIRECTOR VIEWER.

16:27   22                 FOR THE RECORD, WE PRINTED TWO DOCUMENTS:  THE

16:27   23    FIRST ONE SHOWING THE SOUTHERN NATURAL GAS PIPELINE; THE SECOND

16:27   24    ONE SHOWING WHAT DR. BRITSCH BELIEVES IS THE NEW CANAL, AS WELL

16:27   25    AS A YELLOW MARKING SHOWING THE LAKE BORGNE CANAL.  WE'LL GET

16:27   1   EXHIBIT NUMBERS FOR THOSE DOCUMENTS AT A LATER TIME.

16:27   2              I THINK THE LAST PHOTOGRAPH THAT I'D LIKE TO

16:27   3   SHOW IS FIGURE 9 IN YOUR REPORT.  THIS IS ON PAGE 15 OF JX-202.

16:27   4          **THE COURT:**  THIS WOULD HAVE BEEN IN HIS EXPERT REPORT

16:27   5   AS WELL; RIGHT?

16:27   6          **MS. MILLER:**  YES.

16:27   7   **BY MS. MILLER:**

16:28   8   **Q.**   DR. BRITSCH, CAN YOU TELL US WHAT THIS PHOTOGRAPH IS AND

16:28   9   WHY YOU INCLUDED IT IN YOUR EXPERT REPORT.  ALSO, IF YOU CAN,

16:28   10  LOCATE IT GEOGRAPHICALLY RELATIVE TO SOME OF THE AREAS WE'VE

16:28   11  BEEN DISCUSSING.

16:28   12  **A.**   THIS IS A 2005 COLOR PHOTOGRAPH OF THE AREA WE WERE JUST

16:28   13  DISCUSSING.  THIS IS WHAT I CALL THE NEW CANAL NEAR THE

16:28   14  NORTHERN PORTION.

16:28   15          **MS. MILLER:**  IT'S ON PAGE 15.

16:28   16          **THE COURT:**  THANK YOU SO MUCH.

16:28   17          **THE WITNESS:**  THEN ON THE BOTTOM PORTION OF THIS

16:28   18  PHOTO IS THE 40 ARPENT BACK LEVEE.  I'VE PUT THIS IN HERE JUST

16:28   19  TO ILLUSTRATE THE FACT THIS IS A CANAL RELATED TO THE LOGGING

16:28   20  ACTIVITY THAT TOOK PLACE IN THE LATE 1800S, EARLY 1900S.  YOU

16:28   21  CAN SEE THE NUMEROUS SCARS FROM THE LOGGING CANALS IN THIS

16:28   22  AREA.

16:28   23              AGAIN, THIS IS JUST AN AREA THAT HAD A LOT OF

16:29   24  ACTIVITY.  YOU KNOW, LEVEES, OIL AND GAS CANALS, LOGGING

16:29   25  CANALS, SCARS FROM THE LOGGING ALL IMPACTED THE HYDROLOGY OF

| | | |
|---|---|---|
| 16:29 | 1 | THIS AREA AND WERE IN PLACE PRIOR TO THE CONSTRUCTION OF THE |
| 16:29 | 2 | MRGO. |
| 16:29 | 3 | **BY MS. MILLER:** |
| 16:29 | 4 | **Q.**   THANK YOU, DR. BRITSCH.  WHILE WE HAVE THIS FIGURE 9 ON |
| 16:29 | 5 | DISPLAY, YOU REFERENCED THAT THIS SHOWS SCARS FROM LOGGING |
| 16:29 | 6 | ACTIVITY.  YOU AGREE WITH THE PLAINTIFFS' EXPERTS THAT TREES |
| 16:30 | 7 | CAN REGENERATE AFTER THEY ARE LOGGED; IS THAT CORRECT? |
| 16:30 | 8 | **A.**   YES.  THERE WAS SOME REGENERATION OF CYPRESS IN THIS AREA. |
| 16:30 | 9 | **Q.**   THE CANALS THEMSELVES REMAINED AND CONTINUED TO HAVE AN |
| 16:30 | 10 | IMPACT ON THE LANDSCAPE OF THE AREA; IS THAT RIGHT? |
| 16:30 | 11 | **A.**   OBVIOUSLY, THEY CAN'T REGENERATE IN THE AREAS THAT ARE NOW |
| 16:30 | 12 | CANALS.  THESE CANALS ALTERED THE HYDROLOGY AND IMPACTED THE |
| 16:30 | 13 | WAY WATER FLOWS IN THIS AREA, WHICH HAS AN IMPACT ON THE |
| 16:30 | 14 | RESULTING ENVIRONMENT. |
| 16:30 | 15 | **Q.**   ALL OF THE FIGURES AND PHOTOGRAPHS THAT WE HAVE BEEN |
| 16:30 | 16 | LOOKING AT ARE EXAMPLES TO SHOW YOUR OPINION THAT THERE ARE |
| 16:30 | 17 | NUMEROUS FACTORS CONTRIBUTING TO CHANGING THE LANDSCAPE OF THE |
| 16:30 | 18 | STUDY AREA PRIOR TO CONSTRUCTION OF THE MRGO; IS THAT RIGHT? |
| 16:31 | 19 | **A.**   CORRECT. |
| 16:31 | 20 | **Q.**   SO IT'S YOUR OPINION THAT THE AREA HAD EVIDENCE OF BEING |
| 16:31 | 21 | IN DECLINE AND HAD FEATURES THAT CONTRIBUTE TO STRESS ON |
| 16:31 | 22 | VEGETATION EVEN BEFORE CONSTRUCTION OF THE MRGO; IS THAT RIGHT? |
| 16:31 | 23 | **A.**   YES. |
| 16:31 | 24 | **Q.**   WOULD YOU DESCRIBE THAT AS THE PRIMARY DIFFERENCE BETWEEN |
| 16:31 | 25 | YOUR OPINION AND THAT OF THE PLAINTIFFS' EXPERTS REGARDING LAND |

FINAL DAILY COPY

16:31  1  LOSS?

16:31  2  **A.**   AGAIN, I JUST TRIED TO LOOK AT, IN GENERAL, THE LAND LOSS

16:31  3  PATTERN THAT'S HAPPENED WITHIN THE STUDY AREA AND IDENTIFIED

16:31  4  THOSE THINGS THAT CONTRIBUTED TO LAND LOSS.  WHILE I AGREE THAT

16:31  5  THE MRGO IS ONE OF THOSE THINGS, I FEEL THAT THERE ARE NUMEROUS

16:31  6  OTHER THINGS THAT CONTRIBUTED TO THE LAND LOSS AND CHANGES IN

16:31  7  HABITAT IN THE AREA AND WANTED TO IDENTIFY THOSE.

16:31  8  **Q.**   YOU AGREE THAT CONSTRUCTION OF THE MRGO DID IMPACT THE

16:31  9  STUDY AREA; RIGHT?

16:31  10  **A.**   YES.

16:31  11  **Q.**   AND THAT THAT IMPACT FROM CONSTRUCTION INCLUDED SEVERING

16:32  12  THE LA LOUTRE RIDGE AND INCREASING SALINITY ALONG THE LA LOUTRE

16:32  13  RIDGE?

16:32  14  **A.**   YES.

16:32  15  **Q.**   THE CONSTRUCTION OF THE CHANNEL ALSO ADDED TO THE FEATURES

16:32  16  YOU'VE BEEN DESCRIBING REGARDING ALTERED HYDROLOGY, DIRECT

16:32  17  REMOVAL OF LAND, AND THE INCREASED SALINITY THAT RESULTS FROM

16:32  18  MULTIPLE CAUSES; IS THAT RIGHT?

16:32  19  **A.**   YES.

16:32  20  **Q.**   YOU AGREE ALSO THAT THAT SALINITY HAD AN IMPACT ON THE

16:32  21  TREES THAT REMAINED IN THE CENTRAL WETLANDS UNIT PRIOR TO

16:32  22  CONSTRUCTION OF THE MRGO; IS THAT RIGHT?

16:32  23  **A.**   YES.

16:33  24      **MS. MILLER:**  IF I COULD JUST HAVE ANOTHER MINUTE,

16:33  25  YOUR HONOR, TO CONFER?

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:33 | 1 | **THE COURT:**  CERTAINLY.  YOU SURE MAY. |
| 16:33 | 2 | **BY MS. MILLER:** |
| 16:33 | 3 | **Q.**  DR. BRITSCH, WE REVIEWED THE OPINIONS YOU EXPRESSED IN |
| 16:33 | 4 | YOUR REPORT.  IT IS STILL YOUR OPINION TODAY THAT THE LAND LOSS |
| 16:33 | 5 | RATE TREND FOR THE STUDY AREA THAT YOU EVALUATED IS THE SAME AS |
| 16:33 | 6 | THAT FOUND IN THE CENTRAL WETLANDS UNIT AS A WHOLE, OR THE |
| 16:33 | 7 | PONTCHARTRAIN BASIN AS A WHOLE AND OTHER BASINS ALONG THE |
| 16:34 | 8 | LOUISIANA COAST; IS THAT RIGHT? |
| 16:34 | 9 | **A.**  YES.  IN THE LAND LOSS STUDY, WHAT WAS SEEN IS LAND LOSS |
| 16:34 | 10 | RATES ACCELERATED DRASTICALLY BETWEEN THE '58 TO '74 PERIOD |
| 16:34 | 11 | COAST-WIDE IN LOUISIANA.  THE RATES WERE RELATIVELY LOW IN THE |
| 16:34 | 12 | '32 TO '58 PERIOD, INCREASED SIGNIFICANTLY, THEN DECREASED |
| 16:34 | 13 | AFTER THAT '58 TO '74 PERIOD. |
| 16:34 | 14 | **Q.**  THE '58 TO '74 PERIOD REPRESENTS A TIME OF INCREASED HUMAN |
| 16:34 | 15 | ACTIVITY IN TERMS OF CANAL DREDGING THROUGHOUT THE COASTAL |
| 16:34 | 16 | AREA; IS THAT RIGHT? |
| 16:34 | 17 | **A.**  YES.  THAT'S PROBABLY THE TIME FRAME WE HAD THE MOST |
| 16:34 | 18 | DENSITY OF ACTIVITY IN THE WETLANDS, LOTS OF OIL AND GAS |
| 16:34 | 19 | CANALS, NAVIGATION CANALS, DEVELOPMENT, LEVEES, ROADS.  SO IT |
| 16:34 | 20 | WAS AN ACTIVE PERIOD, THE '60S AND '70S, FOR DEVELOPMENT WITHIN |
| 16:34 | 21 | THE WETLANDS.  I THINK THE LAND LOSS DEMONSTRATES THAT. |
| 16:35 | 22 | **MS. MILLER:**  THANK YOU, DR. BRITSCH.  I HAVE NO |
| 16:35 | 23 | FURTHER QUESTIONS. |
| 16:35 | 24 | **THE COURT:**  THANK YOU, MA'AM. |
| 16:35 | 25 | CROSS-EXAMINATION. |

| | | |
|---|---|---|
| 16:35 | 1 | **CROSS-EXAMINATION** |
| 16:35 | 2 | BY MR. PALMINTIER: |
| 16:35 | 3 | **Q.**  GOOD AFTERNOON, DR. BRITSCH.  I'M MIKE PALMINTIER.  I HAVE |
| 16:35 | 4 | A FEW QUESTIONS FOR YOU.  I READ YOUR REPORT A NUMBER OF TIMES. |
| 16:35 | 5 | IT IS REFRESHINGLY BRIEF, SO I THINK THAT THE CROSS-EXAMINATION |
| 16:35 | 6 | WILL BE REFRESHINGLY BRIEF, AS WELL.  I HOPE, ANYWAY. |
| 16:35 | 7 | YOU'VE BEEN WITH THE CORPS FOR 25 YEARS, ISN'T THAT |
| 16:36 | 8 | RIGHT? |
| 16:36 | 9 | **A.**  YES. |
| 16:36 | 10 | **Q.**  YOU'RE GETTING READY TO RETIRE FAIRLY SOON; IS THAT |
| 16:36 | 11 | CORRECT?  MAYBE NOT. |
| 16:36 | 12 | **A.**  I DON'T THINK SO. |
| 16:36 | 13 | **Q.**  LET ME ASK YOU THIS -- |
| 16:36 | 14 | **A.**  UNLESS THERE'S A PROBLEM FROM TODAY. |
| 16:36 | 15 | **Q.**  THEY WOULDN'T DO THAT, WOULD THEY? |
| 16:36 | 16 | I READ YOUR REPORT.  THE FIRST THING THAT I NOTICED |
| 16:36 | 17 | IS THAT YOU AGREE WITH THE EXPERTS FOR THE PLAINTIFFS THAT MRGO |
| 16:36 | 18 | CONTRIBUTED A SIGNIFICANT AMOUNT OF LAND LOSS DURING THE PERIOD |
| 16:36 | 19 | OF TIME BETWEEN ITS BEING BUILT AND THE TIME THAT YOUR FINAL |
| 16:36 | 20 | FLYOVER IN 2001 WAS DONE; ISN'T THAT TRUE? |
| 16:36 | 21 | **A.**  I AGREE THAT THE DREDGING OF THE MRGO AND SUBSEQUENT |
| 16:36 | 22 | EROSION ON THE BANKS CONTRIBUTED A SIGNIFICANT AMOUNT OF LAND |
| 16:36 | 23 | LOSS DURING THAT TIME PERIOD. |
| 16:36 | 24 | **Q.**  LAND LOSS, IN THE WAY THAT YOU STUDY LAND LOSS, IT'S THE |
| 16:36 | 25 | ABSENCE OF LAND AND THE PRESENCE OF WATER; CORRECT? |

| | | |
|---|---|---|
| 16:36 | 1 | **A.**   FOR THE LAND LOSS STUDY, THAT'S WHAT WE IDENTIFIED:  AREAS |
| 16:36 | 2 | THAT WERE LAND THAT CONVERTED TO WATER. |
| 16:37 | 3 | **Q.**   THAT'S ALL THAT YOU REPORTED ON IN YOUR REPORT, THAT THE |
| 16:37 | 4 | CHANGES WERE FROM LAND TO WATER; CORRECT? |
| 16:37 | 5 | **A.**   ALSO, IN MY REPORT I DISCUSSED THE GEOLOGIC SETTING AND |
| 16:37 | 6 | THE ABANDONMENT OF DELTAS AND THE PROCESSES IT GOES THROUGH. |
| 16:37 | 7 | ONE OF THOSE PROCESSES IS LEVEE SUBSIDENCE AND HABITAT CHANGE |
| 16:37 | 8 | CLOSELY RELATED TO THAT PROCESS. |
| 16:37 | 9 | **Q.**   WOULD YOU GIVE ME THE COURTESY OF GIVING ME AN ANSWER TO |
| 16:37 | 10 | THE QUESTION WHEN I ASK IT.  I KNOW THAT YOU HAVEN'T TESTIFIED |
| 16:37 | 11 | BEFORE, BUT THAT IS THE WAY IT SHOULD BE DONE. |
| 16:37 | 12 | THE ANSWER TO THAT IS "YES"?  THE ANSWER TO THE |
| 16:37 | 13 | PREVIOUS QUESTION IS "YES," OR DO YOU NEED IT READ BACK? |
| 16:37 | 14 | **A.**   COULD YOU READ IT AGAIN, PLEASE. |
| 16:37 | 15 | (WHEREUPON THE QUESTION WAS READ OUT LOUD BY THE |
| 16:37 | 16 | COURT REPORTER.) |
| 16:37 | 17 | **THE WITNESS:**  IN RELATION TO THE LAND LOSS VALUES |
| 16:37 | 18 | THAT I TALKED ABOUT, YES. |
| 16:37 | 19 | **BY MR. PALMINTIER:** |
| 16:37 | 20 | **Q.**   IF YOU'LL DO THAT FOR US IN THE NEXT COMING QUESTIONS, IT |
| 16:38 | 21 | WOULD HELP.  WE CAN GET THROUGH THIS PRETTY QUICKLY. |
| 16:38 | 22 | **THE COURT:**  IF YOU DON'T UNDERSTAND THE QUESTION, YOU |
| 16:38 | 23 | CAN ASK HIM TO CLARIFY. |
| 16:38 | 24 | **BY MR. PALMINTIER:** |
| 16:38 | 25 | **Q.**   NOW, ONE OF THE THINGS YOU WERE TALKING ABOUT IS THE USE |

16:38   1   OF YOUR STUDY BY YOU IN THIS REPORT OF YOURS; CORRECT?  THE

16:38   2   2006 STUDY IS YOUR STUDY; RIGHT?

16:38   3   **A.**   THE LAND LOSS STUDY -- 2006 IS THE LATEST DATA POINT FOR

16:38   4   THE STUDY.  IT'S NOT MY STUDY; IT'S THE CORPS' STUDY.  I'M A

16:38   5   COAUTHOR ON THE STUDY.

16:38   6   **Q.**   YOU PRODUCED THIS FOR YOUR EMPLOYER?

16:38   7   **A.**   AS PART OF MY JOB, YES.  I'M A COAUTHOR ON THAT STUDY.

16:38   8         **THE COURT:**  I GOT THE ANSWER.

16:38   9   **BY MR. PALMINTIER:**

16:38   10   **Q.**   THE LAST TIME IT WAS REVIEWED OR THE LAST TIME IT HAD ANY

16:38   11   KIND OF PEER REVIEW OF ANY SORT WAS IN 1990; CORRECT?

16:38   12   **A.**   IT WAS PUBLISHED IN THE *JOURNAL_OF_COASTAL_RESEARCH* IN

16:38   13   1993.

16:38   14   **Q.**   IT HASN'T HAD ANY SUBSEQUENT PUBLICATION EXCEPT IN YOUR

16:39   15   REPORT, AND IT HASN'T HAD ANY SUBSEQUENT USE IN TERMS OF PEER

16:39   16   REVIEW; IS THAT FAIR?

16:39   17   **A.**   YES.

16:39   18   **Q.**   ALTHOUGH IT'S CALLED THE 2006 STUDY, IT STOPS AT 2001 IN

16:39   19   TERMS OF THE DATA INPUT THAT WENT INTO IT; ISN'T THAT FAIR?

16:39   20   **A.**   YES.  IT'S NOT CALLED THE 2006 STUDY.  IT WAS PUBLISHED --

16:39   21   THE MAPS WERE PUBLISHED IN 2006.  THE LAST DATA POINT IS 2001.

16:39   22   **Q.**   LET ME SHOW YOU THE FIGURE IN YOUR OWN REPORT THAT SHOWS

16:39   23   YOUR STUDY AREA IN THIS REPORT THAT HAD, TO SOME EXTENT,

16:39   24   DEPENDED ON YOUR LAND LOSS ANALYSIS.  I KNOW THE COURT HAS

16:39   25   LOOKED AT IT A NUMBER OF TIMES THUS FAR, BUT MY QUESTION TO YOU

| | | |
|---|---|---|
| 16:39 | 1 | IS:  THIS IS YOUR CHOICE FOR STUDY AREAS, ISN'T IT?  YOU CHOSE |
| 16:39 | 2 | THIS AREA, OR DID SOMEONE SUGGEST IT TO YOU? |
| 16:39 | 3 | **A.**   NO.  I CHOSE THE AREA. |
| 16:39 | 4 | **Q.**   INCLUDED IN THIS IS THE MRGO; CORRECT?  THAT'S WHY YOU |
| 16:40 | 5 | WERE ABLE TO TELL THE JUDGE IN YOUR REPORT MORE THAN |
| 16:40 | 6 | 7,000 ACRES OF ACTUAL LOSS HAPPENED BECAUSE -- |
| 16:40 | 7 | **THE COURT:**  YOU HAVE TWO QUESTIONS IN THERE.  IT DOES |
| 16:40 | 8 | INCLUDE THE MRGO; CORRECT? |
| 16:40 | 9 | **THE WITNESS:**  YES. |
| 16:40 | 10 | **THE COURT:**  OKAY.  GO AHEAD TO, NOW, THE SECOND PART |
| 16:40 | 11 | OF YOUR QUESTION. |
| 16:40 | 12 | **BY MR. PALMINTIER:** |
| 16:40 | 13 | **Q.**   IT INCLUDES THE MRGO, AND THAT'S WHY YOU WERE ABLE TO SAY |
| 16:40 | 14 | OVER 7,000 ACRES HAVE BEEN LOST AS A RESULT OF THE MRGO; IS |
| 16:40 | 15 | THAT CORRECT? |
| 16:40 | 16 | **A.**   FROM THE INITIAL DREDGING AND SUBSEQUENT BANK-LINE |
| 16:40 | 17 | EROSION, YES. |
| 16:40 | 18 | **Q.**   INCLUDED IN THAT, AS WELL, IS THE FACT THAT THE MRGO |
| 16:40 | 19 | CHANNEL INCREASED THREEFOLD, DIDN'T IT, DURING THE PERIOD OF |
| 16:40 | 20 | TIME FROM ITS INCEPTION UNTIL THE TIME OF THE 2001 FLYOVER? |
| 16:40 | 21 | **A.**   THE CHANNEL INCREASED, YES. |
| 16:40 | 22 | **Q.**   THREEFOLD?  DO YOU DISAGREE WITH THAT? |
| 16:40 | 23 | **A.**   I DIDN'T MEASURE THE EXACT CHANNEL INCREASE. |
| 16:40 | 24 | **Q.**   SO IT COULD BE MORE OR IT COULD BE LESS? |
| 16:40 | 25 | **A.**   I DON'T KNOW WHAT THE AVERAGE IS, BUT I KNOW IT INCREASED |

3301

| | | |
|---|---|---|
| 16:41 | 1 | IN SIZE AND HAS SIGNIFICANT EROSION ON THE BANKS. |
| 16:41 | 2 | **Q.**   YOU'RE IN GEOLOGY WITH THE CORPS; CORRECT? |
| 16:41 | 3 | **A.**   YES. |
| 16:41 | 4 | **Q.**   WERE YOU RECOGNIZING THAT THE CHANNEL WAS INCREASING IN |
| 16:41 | 5 | THIS WAY DURING THE YEARS THAT YOU CAME ON IN 1990?  DID YOU |
| 16:41 | 6 | NOTICE THAT IT WAS INCREASING IN SIZE? |
| 16:41 | 7 | **A.**   AGAIN, WE HAD COMPLETED THE FIRST LAND LOSS STUDY IN 1990, |
| 16:41 | 8 | SO ALL OF THAT LAND LOSS HAD BEEN DOCUMENTED.  SO I WAS AWARE |
| 16:41 | 9 | OF EROSION. |
| 16:41 | 10 | **Q.**   THAT'S A "YES"? |
| 16:41 | 11 | **A.**   THROUGHOUT THE COAST. |
| 16:41 | 12 | **Q.**   THAT'S A "YES"? |
| 16:41 | 13 | **A.**   THAT'S A "YES." |
| 16:41 | 14 | **Q.**   ONE THING THAT YOU'VE SAID THROUGHOUT AND YOU'VE SAID |
| 16:41 | 15 | TODAY IS THAT YOU'RE MAPPING LOSS, BUT YOU DON'T TALK ABOUT |
| 16:41 | 16 | GAIN; CORRECT? |
| 16:41 | 17 | **A.**   WE DO NOT MAP GAIN IN THIS STUDY. |
| 16:41 | 18 | **Q.**   THEN YOU TOLD THE JUDGE THERE ARE A NUMBER OF FACTORS THAT |
| 16:41 | 19 | WE CONSIDER WHEN WE CONSIDER THIS EROSION THAT HAS GONE ON -- |
| 16:41 | 20 | STRIKE THAT. |
| 16:41 | 21 | THIS LAND LOSS THAT'S OCCURRED IN THIS AREA, THERE |
| 16:41 | 22 | ARE A NUMBER OF FACTORS THAT YOU SAY CONTRIBUTED TO THE OVERALL |
| 16:42 | 23 | LAND LOSS IN THE STUDY AREA DURING THE STUDY PERIOD; CORRECT? |
| 16:42 | 24 | **A.**   YES. |
| 16:42 | 25 | **Q.**   YOU TOLD THE JUDGE WAVES; RIGHT? |

FINAL DAILY COPY

16:42    1    **A.**    YES.

16:42    2    **Q.**    BOAT WAKES; RIGHT?

16:42    3    **A.**    YES.

16:42    4    **Q.**    YOU TALKED ABOUT CURRENTS AND SUBSIDENCE AND ALTERED

16:42    5    HYDROLOGY, ALL OF THOSE THINGS; CORRECT?

16:42    6    **A.**    THEY ALL CONTRIBUTE, YES.

16:42    7    **Q.**    ALL OF THOSE THINGS GOT CONTRIBUTED TO BY THE MRGO, DIDN'T

16:42    8    THEY?  IF YOU NEED ME TO GO OVER THEM INDIVIDUALLY, I WILL.

16:42    9    THEY ALL WERE CONTRIBUTED TO BY THE MRGO, WEREN'T THEY?

16:42    10    **A.**    I'M NOT SURE SUBSIDENCE WAS CONTRIBUTED TO BY THE MRGO.

16:42    11    **Q.**    YOU DON'T KNOW ONE WAY OR THE OTHER?

16:42    12    **A.**    PERSONALLY, I DON'T SEE HOW, BUT --

16:42    13    **Q.**    UNDERSTOOD.

16:42    14    **A.**    THE OTHER PROCESSES, I THINK THE MRGO AFFECTED EROSION,

16:42    15    ALTERED HYDROLOGY, DIRECT REMOVAL, AND DREDGING, I AGREE.

16:42    16    **Q.**    NOW, LET'S TALK ABOUT SUBSIDENCE OR "SUBSIDENCE" DEPENDING

16:42    17    ON WHETHER YOU SAY OR "TOMÄTO" OR TOMATO.

16:43    18            YOU DO ACKNOWLEDGE THAT THE OVERALL AREA OF THE STUDY

16:43    19    SUBSIDED AT A RATE OF ABOUT SIX-ONE HUNDREDTHS OF AN INCH A

16:43    20    YEAR; CORRECT?

16:43    21    **A.**    YES.  THE LONG-TERM RATE, THAT'S ABOUT RIGHT.

16:43    22    **Q.**    SO IF THE EVIDENCE DEMONSTRATES THAT ON THE BANKS OF THE

16:43    23    MRGO THE SUBSIDENCE RATES WERE 25 MILLIMETERS PER ANNUM, WOULD

16:43    24    YOU AGREE WITH ME THAT THERE'S A SUBSTANTIAL DIFFERENCE BETWEEN

16:43    25    THE ANNUAL SUBSIDENCE RATE IN THE STUDY AREA AND THE ANNUAL

16:43   1   SUBSIDENCE RATE IN THE AREA OF THESE LEVEES AND THE AREAS

16:43   2   ALONGSIDE THE MRGO?

16:43   3   **A.**   I'VE DONE NO ESTIMATES OF SUBSIDENCE ALONG THE CHANNEL

16:43   4   ITSELF, SO I DON'T HAVE ANY BASIS FOR ANY OTHER NUMBER.

16:43   5   **Q.**   FAIR ENOUGH.   ONE WAY OR THE OTHER, YOU JUST DON'T KNOW?

16:43   6   **A.**   I KNOW THAT THE AVERAGE RATE FOR THAT WHOLE REGION IS

16:44   7   SIX-ONE HUNDREDTHS OF AN INCH A YEAR.   THAT'S A LONG-TERM

16:44   8   AVERAGE.

16:44   9   **Q.**   IF THE FACTS SHOW THAT IT'S GREATLY INCREASED ON THE BANKS

16:44   10   OF THE MRGO, YOU WOULD YIELD; CORRECT?   YOU WOULD SAY THAT THE

16:44   11   SUBSIDENCE LEVELS ARE GREATER ON THE EDGES OF THE MRGO?

16:44   12   **A.**   I HAVEN'T LOOKED AT ANY DATA OR INFORMATION, SO I DON'T

16:44   13   KNOW IF I WOULD AGREE THAT THERE WAS SUBSIDENCE OR NOT.

16:44   14   **Q.**   NOT WHAT I'M ASKING.

16:44   15        **THE COURT:**   CERTAINLY, IF SOMEONE TOLD HIM IT WAS

16:44   16   GREATER, HE WOULD HAVE NO CHOICE.   AND HE ACCEPTED THAT FACT AS

16:44   17   TRUE.   THAT'S EVIDENT.   IF IT WERE A FACT, HE WOULD -- I THINK

16:44   18   THIS WITNESS WOULD ACKNOWLEDGE IT.   I UNDERSTAND.

16:44   19        **MR. PALMINTIER:**   I MEANT IT TO BE A HYPOTHETICAL,

16:44   20   YOUR HONOR.   I'VE HAD EXPERTS BEFORE SAY THAT THE --

16:44   21        **THE COURT:**   IF YOU WANT TO ASK HIM A HYPOTHETICAL,

16:44   22   WHAT'S THE HYPOTHETICAL?

16:44   23   **BY MR. PALMINTIER:**

16:44   24   **Q.**   IF THE FACTS WERE THAT THE BANKS OF THE MRGO SUBSIDED AT A

16:44   25   MUCH HIGHER RATE, YOU WOULDN'T HAVE ANY REASON TO DISAGREE WITH

16:44   1   THAT?

16:44   2   **A.**   NOT IF THE FACTS SUPPORT IT.

16:45   3   **Q.**   NOW, YOU TALKED ABOUT ALL THESE VARIOUS --

16:45   4         **THE COURT:**  THAT'S A "WHEN DID YOU STOP BEATING YOUR

16:45   5   WIFE?" QUESTION.

16:45   6         **MR. PALMINTIER:**  IT COULD BE, BUT I'VE HAD PEOPLE

16:45   7   DISAGREE WITH THE BLUE SKY EVEN IF IT'S HYPOTHETICAL.

16:45   8   **BY MR. PALMINTIER:**

16:45   9   **Q.**   YOU TALKED ABOUT ALL THESE VARIOUS CONTRIBUTORS THAT

16:45   10   YOU'VE BEEN KIND ENOUGH TO ACKNOWLEDGE ALL EXISTED IN THE MRGO.

16:45   11   ONE OF THE MOST IMPORTANT THINGS FOR ME IS TO ESTABLISH FOR THE

16:45   12   JUDGE THAT YOU DID NOT GIVE ANY KIND OF PROPORTIONALIZATION;

16:45   13   THAT IS, YOU CAN'T SAY THE DEGREE TO WHICH EACH ONE OF THESE

16:45   14   FROM THE MRGO CONTRIBUTED TO THE OVERALL LAND LOSS STATISTICS

16:45   15   THAT YOU GAVE.

16:45   16   **A.**   OTHER THAN THE DIRECT REMOVAL FROM DREDGING ACTIVITY,

16:45   17   WHETHER IT'S THE PIPELINE CANAL, THE NAVIGATION CANAL, I THINK

16:46   18   IT'S VERY DIFFICULT TO PROPORTION LOSS TO INDIVIDUAL CAUSES.

16:46   19   I'M MORE INCLINED -- IT'S USUALLY A COMBINATION OF THINGS.

16:46   20   **Q.**   I UNDERSTAND.  FOR EXAMPLE, YOU WERE SAYING THAT PIPELINES

16:46   21   AND ROADS AND THINGS CONTRIBUTED TO IT, BUT THE FACT IS THAT

16:46   22   THE MRGO IS FAR LARGER -- ESPECIALLY IN ITS WIDENED, BIGGER,

16:46   23   AND STRONGER VERSION -- THAN ANY OF THE STRUCTURES THAT YOU

16:46   24   TALKED ABOUT IN YOUR STUDY AREA, ISN'T IT?

16:46   25   **A.**   IN PHYSICAL SIZE, YES, BUT THAT DOESN'T NECESSARILY RELATE

16:46    1   TO THE LOSS RELATED TO IT.

16:46    2   **Q.**   UNDERSTOOD.

16:46    3           **MR. PALMINTIER:**   YOUR HONOR, I THINK I'M ALMOST

16:46    4   THROUGH.

16:46    5           **THE COURT:**   I'M NOT RUSHING YOU, COUNSEL.

16:47    6           **MR. PALMINTIER:**   THOSE ARE ALL THE QUESTIONS I HAVE,

16:47    7   JUDGE.

16:47    8           **THE COURT:**   THANK YOU, SIR.   THAT WAS VERY INCISIVE.

16:47    9           THANK YOU, SIR.   HAVE A GOOD WEEKEND.

16:47   10           EVERYBODY WHO IS LUCKY ENOUGH TO HAVE THEIR

16:47   11   MOTHER ALIVE AND THOSE OF YOU WHOSE MOTHERS ARE NOT, IT'S A DAY

16:47   12   TO REMEMBER THAT NOBODY LOVES YOU -- SUNDAY -- QUITE AS MUCH AS

16:47   13   YOUR MOTHER DOES OR EVER WILL.   THAT'S IT.

16:47   14           **THE DEPUTY CLERK:**   ALL RISE.

16:47   15           (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.)

16:47   16                       * * *

16:47   17                   <u>**CERTIFICATE**</u>

16:47   18           I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT
16:47        REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT
16:47   19   OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE
16:47        AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND
16:47   20   UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE
16:47        ABOVE-ENTITLED AND NUMBERED MATTER.

16:47   21

16:47

16:47   22

16:47

16:47   23

16:47

16:47   24                           <u>S/ TONI DOYLE TUSA</u>
16:47                               TONI DOYLE TUSA, CCR, FCRR
16:47   25                           OFFICIAL COURT REPORTER




                        FINAL DAILY COPY

'30S [1]  3292/12
'32 [4]  3264/21 3266/7 3266/9 3296/12
'40S [1]  3292/12
'45 [2]  3291/7 3291/9
'50S [1]  3292/12
'58 [9]  3264/21 3265/20 3266/8 3266/9 3271/10 3296/10 3296/12 3296/13 3296/14
'59 [4]  3271/9 3271/10 3271/11 3290/24
'60S [2]  3259/13 3296/20
'70S [2]  3259/13 3296/20
'74 [3]  3296/10 3296/13 3296/14
'76 [3]  3245/8 3249/19 3249/25
'83 [2]  3267/22 3268/12
'87 [1]  3259/11
'88 [1]  3249/19
'90 [1]  3249/19
'92 [1]  3258/17
'93 [1]  3210/20
'94 [1]  3214/5
'98 [1]  3249/25

## 0

007 [1]  3277/4
0349 [1]  3247/18
06-CV-2268-K [1]  3193/5
0926 [4]  3214/20 3215/19 3217/17 3220/16

## 1

1,200-ACRE [1]  3282/19
10 [9]  3234/8 3243/18 3270/3 3270/17 3271/3 3271/3 3271/8 3273/13 3277/8
1000 [1]  3193/16
10022 [1]  3195/4
11 [4]  3203/12 3242/11 3284/1 3285/16
1100 [1]  3194/3
12 [1]  3271/3
12 FEET [2]  3270/17 3271/3
1205 [1]  3194/24
122 [2]  3243/10 3243/15
123 [2]  3211/6 3243/15
1261 [1]  3194/13
1288 [6]  3224/10 3225/4 3227/4 3227/5 3228/4 3228/25
13 [1]  3243/15
1343R [1]  3283/14
1366 [1]  3194/14
14 [1]  3241/2
1479 [1]  3200/11
15 [6]  3193/10 3220/20 3241/2 3242/8 3293/3 3293/15
16 [1]  3270/3
1649 [1]  3281/7
17 [1]  3236/7
1749 [5]  3197/11 3200/12 3200/14 3201/1 3201/2
1755 [3]  3225/3 3225/7 3227/18
18 [1]  3281/25
1800S [3]  3257/14 3257/20 3293/20
19 [7]  3199/18 3199/22 3201/15 3201/20 3202/2 3202/9 3238/11
1900S [2]  3257/15 3293/20
1901 [1]  3287/4
1930S [2]  3258/7 3286/18
1932 [4]  3258/18 3261/9 3264/12 3270/9
1942 [3]  3276/3 3276/21 3278/6
1945 [6]  3284/12 3285/15 3285/22 3290/24 3291/24 3292/5
1947 [2]  3270/10 3273/20
195 [2]  3265/23 3284/15
1955 [3]  3287/13 3288/24 3289/14

1958 [11]  3243/6 3243/24 3244/9 3261/9 3261/9 3277/8 3278/5 3283/7 3283/23 3285/7 3290/24
1959 [2]  3284/17 3285/7
1967 [2]  3213/25 3221/1
1972 [2]  3280/25 3281/11
1974 [4]  3261/9 3267/3 3267/18 3278/10
1976 [8]  3231/15 3232/23 3233/4 3236/3 3236/15 3240/11 3244/21 3248/2
1981 [1]  3259/12
1983 [2]  3261/9 3267/18
1984 [1]  3253/9
1985 [1]  3259/11
1987 [1]  3258/5
1990 [16]  3261/8 3253/13 3258/16 3258/18 3261/11 3261/12 3278/13 3299/11 3301/5 3301/7
1990S [2]  3208/5 3210/23
1992 [1]  3261/13
1993 [6]  3197/17 3198/2 3209/25 3221/12 3258/19 3299/13
1996 [1]  3209/13
1997 [1]  3210/6
1998 [4]  3211/23 3212/2 3242/15 3242/17

## 2

2,000 [1]  3274/17
20 [5]  3199/19 3201/22 3202/10 3203/7 3242/14
20 PERCENT [1]  3254/8
2000 [2]  3209/16 3210/6
2001 [9]  3258/7 3261/14 3261/16 3267/3 3278/13 3297/20 3299/18 3299/21 3300/20
2003 [1]  3222/16
2004 [8]  3212/21 3214/13 3219/9 3222/16 3224/23 3225/5 3225/11 3226/25
20044 [1]  3195/18
2005 [14]  3212/22 3214/6 3220/1 3220/3 3223/4 3243/6 3243/24 3245/25 3246/2 3246/6 3246/14 3247/9 3248/2 3293/12
2006 [8]  3258/18 3260/11 3261/18 3299/2 3299/3 3299/18 3299/20 3299/21
2007 [2]  3208/12 3220/12
2009 [2]  3193/7 3197/2
202 [6]  3256/17 3263/6 3270/2 3273/10 3275/23 3293/3
2050 [13]  3210/18 3211/5 3211/20 3212/5 3213/1 3213/3 3213/16 3214/3 3222/5 3232/9 3255/23 3263/3 3263/14
21 [1]  3242/11
23 [2]  3203/16 3238/11
24 [4]  3203/22 3205/12 3206/24 3228/5
25 [13]  3205/24 3206/10 3206/16 3206/18 3206/25 3207/3 3227/6 3228/5 3228/19 3238/19 3253/6 3253/7 3297/7
25 MILLIMETERS [1]  3302/23
26 [1]  3204/17
2626 [1]  3194/24
2655 [1]  3194/10
27 [2]  3225/5 3226/24
280 [1]  3233/25
281 [3]  3235/9 3235/15 3235/15
282 [3]  3235/12 3235/18 3238/19
283 [3]  3238/11 3238/18 3238/19
289 [1]  3239/13

## 3

3,000 [1]  3271/5
30 [5]  3233/24 3234/15 3234/19 3234/20 3247/25

30-DAY [1]  3219/22
32 [2]  3262/12 3263/1
325 [1]  3195/4
366 [1]  3242/7
3668 [1]  3194/7

## 4

40 [8]  3276/4 3276/15 3279/25 3280/5 3287/2 3288/18 3288/25 3293/18
406 [1]  3195/20

## 5

5-3 [2]  3266/1 3266/3
5-4 [1]  3266/12
5-5 [1]  3266/23
5.1 [2]  3266/1 3266/3
5.3 [2]  3266/24 3267/2
5.5 [1]  3267/2
500 [2]  3194/6 3195/20
504 [1]  3195/21
519 [1]  3194/17
53 [2]  3241/1 3241/1
550 [1]  3193/16
556 [1]  3194/6
57TH [1]  3195/4
589-7778 [1]  3195/21

## 6

6,300-ACRE [3]  3282/18 3283/6 3283/13
600 [1]  3195/7
601 [1]  3194/10
604 [1]  3195/7
610 [1]  3193/23
618 [1]  3194/20

## 7

7,000 ACRES [2]  3300/6 3300/14
70113 [2]  3193/20 3193/23
70130 [3]  3194/10 3195/8 3195/21
70381 [1]  3194/25
70502 [1]  3194/7
70726 [1]  3194/17
70801 [1]  3194/21
70821 [1]  3194/14
72 [2]  3245/25 3247/18
75219 [1]  3194/4
7778 [1]  3195/21
78'S [1]  3283/23

## 8

80 FEET [1]  3287/5
80 PERCENT [1]  3254/8
81 [1]  3282/11
855 [1]  3193/19
888 [1]  3195/18

## 9

90071 [1]  3193/16
905 [1]  3212/9
926 [1]  3214/9

## A

ABANDONED [3]  3274/16 3274/17 3275/2
ABANDONMENT [1]  3298/6
ABILITY [1]  3305/19
ABLE [8]  3199/18 3234/7 3274/19 3284/20 3287/24 3290/22 3300/5 3300/13
ABOUT [57]  3197/10 3202/3 3202/4 3204/2 3204/6 3209/13 3209/19 3216/17 3223/21 3224/25 3225/17 3225/18 3225/25 3226/15 3229/8 3231/6 3231/11

A

ABOUT... [40] 3232/6 3232/11 3232/12 3232/14 3232/19 3234/10 3234/15 3236/24 3237/7 3237/22 3239/15 3240/1 3240/7 3240/15 3242/13 3242/25 3245/3 3249/4 3249/13 3254/8 3262/25 3267/13 3269/4 3269/19 3272/11 3274/1 3279/24 3287/25 3288/3 3291/13 3298/18 3298/25 3301/15 3302/4 3302/16 3302/19 3302/21 3304/3 3304/9 3304/24
ABOVE [1] 3305/20
ABOVE-ENTITLED [1] 3305/20
ABSENCE [1] 3297/25
ACADEMIC [2] 3198/14 3210/25
ACADEMICS [1] 3262/3
ACCELERATED [1] 3296/10
ACCELERATION [1] 3259/12
ACCEPT [4] 3252/22 3282/2 3283/2 3291/14
ACCEPTED [2] 3252/24 3303/16
ACCESS [1] 3271/19
ACCOMPANIES [1] 3217/21
ACCOMPANYING [2] 3197/25 3214/16
ACCOMPLISH [2] 3202/7 3208/13
ACCORDING [1] 3247/8
ACHIEVE [10] 3200/1 3202/1 3202/8 3203/4 3204/21 3204/21 3205/1 3205/6 3205/18 3206/21
ACHIEVES [1] 3206/8
ACHIEVING [1] 3206/9
ACKNOWLEDGE [5] 3242/2 3281/3 3302/18 3303/18 3304/10
ACRE [4] 3282/18 3282/19 3283/6 3283/13
ACRES [3] 3228/15 3300/6 3300/14
ACROSS [7] 3197/21 3198/12 3202/24 3212/12 3219/5 3258/23 3289/16
ACT [16] 3197/17 3208/12 3208/23 3210/2 3212/4 3218/15 3223/12 3226/12 3227/7 3229/4 3229/18 3232/7 3245/7 3248/8 3248/24 3255/23
ACTING [1] 3269/11
ACTION [3] 3222/9 3248/21 3249/5
ACTIONS [6] 3206/6 3213/11 3214/7 3222/6 3231/23 3231/24
ACTIVE [3] 3274/16 3275/9 3296/20
ACTIVELY [1] 3274/10
ACTIVITIES [6] 3224/3 3229/5 3230/8 3249/9 3264/17 3265/14
ACTIVITY [6] 3293/20 3293/24 3294/6 3296/15 3296/18 3304/16
ACTUAL [5] 3235/4 3241/3 3256/20 3284/25 3300/6
ACTUALLY [11] 3204/11 3207/24 3209/3 3213/23 3220/8 3225/22 3226/25 3228/5 3272/2 3272/3 3272/6 3289/13
ADD [1] 3276/24
ADDED [2] 3259/17 3295/15
ADDITION [1] 3280/16
ADDITIONAL [9] 3198/23 3217/12 3218/5 3220/9 3220/20 3258/16 3259/19 3261/16 3261/24
ADDRESS [4] 3199/9 3200/1 3202/20 3207/14 3207/15 3207/20 3211/20 3212/19 3213/4 3229/16 3230/14 3231/14 3243/25 3249/6
ADDRESSED [3] 3219/6 3239/22 3243/6
ADDRESSES [1] 3281/5
ADDRESSING [2] 3207/12 3211/16
ADJACENT [1] 3276/16
ADMINISTRATION [1] 3220/4
ADVANCE [1] 3274/13
ADVANCES [1] 3274/12
ADVERSE [3] 3242/23 3259/4
ADVERSELY [1] 3243/7
ADVISE [3] 3237/13 3240/19 3246/18 3249/13
ADVISORY [1] 3224/2
AERIAL [5] 3252/20 3258/10 3258/12 3261/10 3261/20
AFFECTED [3] 3217/14 3243/7 3302/14
AFFIRM [1] 3260/11
AFTER [17] 3201/12 3204/17 3209/14 3210/23 3212/3 3213/15 3222/17 3234/7 3234/12 3235/1 3247/9 3257/21 3265/20 3284/7 3288/16 3294/7 3296/13
AFTERNOON [4] 3193/10 3197/1 3231/3 3297/3
AGAIN [34] 3205/16 3213/19 3218/12 3225/9 3226/16 3228/4 3228/9 3229/18 3230/5 3240/2 3254/17 3258/22 3259/5 3261/15 3262/1 3265/6 3265/10 3268/10 3268/24 3270/2 3270/7 3273/10 3273/18 3277/16 3278/1 3278/18 3285/17 3287/2 3287/12 3287/16 3293/23 3295/2 3298/14 3301/7
AGENCIES [5] 3198/15 3208/24 3218/23 3221/9 3255/24
AGENCY [3] 3215/25 3219/13 3232/11
AGO [2] 3205/17 3274/17
AGREE [16] 3243/1 3243/2 3243/21 3243/23 3245/15 3247/16 3283/12 3294/6 3295/4 3295/8 3295/20 3297/17 3297/21 3302/15 3302/24 3303/13
AGREED [4] 3240/22 3241/17 3243/5 3243/11
AHEAD [7] 3224/8 3227/15 3257/5 3260/24 3265/21 3283/4 3300/10
AL [2] 3193/5 3193/7
ALIGNED [1] 3278/3
ALIGNMENT [1] 3272/24
ALIVE [1] 3305/11
ALL [49] 3197/3 3197/21 3201/7 3211/18 3211/19 3216/23 3218/22 3220/17 3229/9 3229/22 3230/7 3230/12 3231/8 3231/11 3232/10 3233/10 3234/19 3235/16 3236/8 3238/20 3241/10 3242/22 3245/14 3245/16 3250/8 3251/21 3255/23 3262/16 3262/18 3262/19 3264/11 3266/9 3266/17 3273/18 3276/14 3292/12 3293/25 3294/15 3268/3 3301/8 3302/5 3302/6 3302/7 3302/9 3304/3 3304/9 3304/10 3305/6 3305/14
ALLOW [3] 3272/15 3286/1 3287/7
ALLOWED [1] 3287/10
ALMOST [2] 3288/25 3305/3
ALONG [23] 3202/21 3203/20 3208/18 3211/2 3211/18 3213/5 3213/25 3214/7 3214/7 3220/22 3226/2 3232/4 3233/1 3233/16 3246/12 3249/6 3271/23 3279/5 3285/2 3289/3 3295/12 3296/7 3303/3
ALONGSIDE [1] 3303/2
ALREADY [5] 3207/4 3222/15 3251/24 3276/2 3291/7
ALSO [44] 3195/6 3197/23 3198/25 3205/12 3206/5 3211/9 3217/10 3224/1 3226/14 3230/16 3231/20 3243/11 3253/18 3255/14 3255/17 3255/25 3256/1 3256/9 3259/1 3259/3 3259/5 3262/3 3262/5 3263/4 3263/21 3264/13 3269/12 3269/12 3269/15 3269/19 3273/25 3275/6 3275/13 3275/21 3276/5 3276/17 3287/7 3288/8 3292/16 3293/9 3295/15 3295/20 3298/5
ALTER [1] 3288/7
ALTERATIONS [1] 3270/23
ALTERED [9] 3269/17 3269/25 3279/4 3287/6 3292/17 3294/12 3295/16 3302/4 3302/15
ALTERNATIVES [2] 3214/18 3230/2
ALTHOUGH [5] 3217/23 3248/7 3281/23 3291/19 3299/18
ALWAYS [4] 3278/18 3279/1 3279/2 3292/14
AM [6] 3198/11 3205/16 3207/6 3216/15 3251/9 3286/6
AMERICA [1] 3193/7
AMIN [1] 3195/11
AMOUNT [3] 3226/6 3297/18 3297/22
ANALYSIS [7] 3236/5 3236/9 3239/3 3239/6 3240/10 3255/17 3299/24
ANALYZED [1] 3237/14
AND SUBSIDENCE [1] 3274/18
ANDRY [2] 3193/21 3193/22
ANGELES [1] 3193/16
ANNUAL [5] 3210/22 3212/7 3229/19 3302/25 3302/25
ANNUM [1] 3302/23
ANOTHER [17] 3201/3 3203/5 3248/2 3248/6 3250/25 3269/14 3269/17 3272/12 3274/22 3275/20 3279/5 3283/22 3287/16 3287/17 3287/20 3290/17 3295/24
ANSWER [14] 3224/7 3231/19 3232/19 3235/21 3235/25 3237/23 3237/24 3238/9 3245/12 3246/23 3298/9 3298/12 3298/12 3299/8
ANSWERED [1] 3279/21
ANSWERING [2] 3232/14 3237/20
ANY [23] 3209/16 3211/2 3215/12 3229/17 3230/21 3237/18 3239/15 3239/21 3244/11 3248/17 3253/24 3256/13 3281/20 3299/10 3299/11 3299/14 3299/15 3303/4 3303/4 3303/12 3303/25 3304/12 3304/23
ANYBODY [1] 3235/8
ANYONE [1] 3245/8
ANYTHING [5] 3215/13 3217/25 3224/5 3236/1 3242/25
ANYWAY [2] 3283/24 3297/6
ANYWHERE [1] 3237/4
APOLOGIZE [10] 3201/8 3216/3 3227/9 3227/25 3235/3 3239/10 3250/5 3250/7 3283/15 3288/14
APPEAL [1] 3270/22
APPEARANCES [3] 3193/13 3194/1 3195/1
APPEARS [1] 3225/8
APPELLATION [1] 3283/4
APPENDICES [2] 3199/1 3201/7
APPENDIX [10] 3198/25 3199/2 3199/14 3201/14 3201/15 3201/15 3201/20 3202/25 3203/3 3284/17
APPLICABLE [1] 3202/23
APPRECIATE [1] 3287/23
APPROPRIATE [2] 3200/11 3263/11
APPROVED [1] 3221/12
APPROXIMATELY [2] 3253/6 3274/17
APRIL [4] 3225/11 3226/25 3228/23 3230/11
APRIL 1 [1] 3226/25
APRIL 2004 [1] 3225/11
ARE [86] 3198/10 3198/22 3199/15 3199/18 3200/3 3200/10 3201/22 3202/1 3202/10 3202/19 3202/23 3202/25 3203/12 3204/23 3205/14 3205/25 3206/23 3206/24 3207/4 3209/24

Case 2:05-cv-04182-SRD-JCW Document 20895 Filed 05/22/09 Page 116 of 136

## A

ARE... [66] 3213/21 3215/2 3216/20 3217/16 3217/18 3227/17 3229/18 3231/9 3233/4 3234/15 3234/24 3235/2 3242/9 3244/25 3245/3 3245/17 3245/18 3250/22 3253/3 3253/14 3254/5 3255/20 3257/10 3257/22 3257/24 3258/1 3264/14 3264/17 3265/7 3266/8 3266/18 3266/20 3268/7 3268/25 3268/25 3269/1 3269/8 3269/10 3269/16 3269/23 3273/22 3274/9 3275/15 3276/2 3278/3 3278/4 3282/14 3282/15 3282/17 3282/22 3282/24 3282/24 3286/19 3286/24 3288/5 3290/23 3294/7 3294/11 3294/16 3294/16 3295/5 3301/18 3301/22 3303/11 3305/6 3305/11
AREA [128]
AREAS [29] 3199/10 3211/18 3211/21 3217/13 3217/14 3252/19 3252/23 3255/18 3259/5 3265/11 3265/11 3268/7 3269/16 3269/16 3273/12 3274/20 3274/20 3275/15 3275/15 3276/14 3278/23 3279/6 3282/17 3286/20 3293/10 3294/11 3298/1 3300/1 3303/1
AREAS THAT [1] 3265/11
ARMY [3] 3216/12 3240/18 3252/9
AROUND [8] 3211/18 3211/21 3217/13 3222/16 3226/11 3229/24 3254/13 3258/5
ARPENT [8] 3276/5 3276/15 3279/25 3280/5 3287/2 3288/18 3288/25 3293/18
AS [122]
ASHLEY [1] 3195/6
ASK [19] 3216/16 3232/15 3237/7 3237/22 3238/20 3239/17 3241/23 3241/25 3242/4 3243/19 3250/2 3254/23 3282/1 3291/4 3291/10 3297/13 3298/10 3298/23 3303/21
ASKED [9] 3222/16 3222/18 3236/20 3242/24 3242/24 3245/11 3256/4 3261/11 3261/15
ASKING [4] 3234/15 3245/3 3279/24 3303/14
ASPECTS [5] 3209/2 3224/18 3224/20 3226/10 3230/18
ASSESS [1] 3261/22
ASSESSED [2] 3258/11 3267/4
ASSESSMENT [1] 3259/6
ASSESSMENTS [4] 3210/14 3245/10 3248/7 3248/9
ASSIGNED [1] 3266/16
ASSOCIATED [9] 3199/9 3199/15 3214/15 3217/3 3228/15 3228/18 3231/7 3232/12 3262/24
ASSOCIATES [2] 3193/15 3194/12
ASSOCIATION [1] 3248/22
AT [120]
ATTACHED [1] 3256/25
ATTACHMENTS [1] 3198/5
ATTEND [1] 3253/20
ATTENDEES [1] 3230/19
ATTENTION [2] 3232/21 3267/8
ATTORNEY [1] 3251/3
ATTRIBUTABLE [2] 3286/9 3286/10
ATTRIBUTE [1] 3277/23
ATTRIBUTED [2] 3270/9 3273/19
AUTHORITIES [6] 3212/18 3213/13 3223/25 3229/10 3230/9 3248/25
AUTHORITY [9] 3213/18 3213/19 3213/23 3214/2 3220/25 3221/1 3221/7 3229/17 3247/4
AUTHORIZATION [4] 3212/11 3213/15

3220/14 3220/17
AUTHORIZE [1] 3288/5
AUTHORIZED [10] 3206/6 3207/4 3207/5 3208/8 3208/10 3208/12 3213/24 3220/13 3222/13 3248/23
AUTHORS [1] 3286/22
AVAILABILITY [1] 3219/20
AVAILABLE [8] 3212/19 3213/13 3218/21 3218/24 3219/9 3219/21 3223/21 3229/17
AVENUE [3] 3194/3 3194/17
AVENUES [1] 3229/12
AVERAGE [3] 3300/25 3303/6 3303/8
AWARE [8] 3231/13 3242/18 3242/23 3245/16 3246/4 3248/15 3249/22 3301/8
AWAY [1] 3274/15

## B

B-R-I-T-S-C-H [1] 3252/6
BACHELOR'S [1] 3253/21
BACK [22] 3213/24 3227/17 3228/4 3235/11 3236/1 3237/19 3241/6 3243/4 3250/17 3267/20 3267/24 3268/5 3268/9 3273/9 3276/3 3276/4 3276/24 3281/24 3290/15 3292/20 3293/18 3298/13
BACKGROUND [4] 3255/1 3255/7 3260/4 3260/7
BAEZA [1] 3195/10
BANK [21] 3200/6 3203/18 3205/2 3205/4 3205/6 3217/8 3232/22 3233/16 3236/20 3236/22 3236/23 3236/25 3237/2 3237/8 3237/11 3237/16 3249/6 3249/7 3272/3 3273/5 3300/16
BANK-LINE [1] 3300/16
BANKS [9] 3213/8 3232/5 3235/17 3236/10 3297/22 3301/1 3302/22 3303/9 3303/24
BAR [1] 3250/6
BARATARIA [1] 3221/19
BARON [1] 3194/2
BARONNE [2] 3193/19 3193/23
BARRIER [3] 3217/14 3257/19 3257/23
BARRIERS [1] 3263/4
BASED [10] 3209/21 3219/14 3222/24 3236/12 3250/23 3256/13 3258/1 3260/5 3263/13 3285/20
BASELINE [3] 3280/25 3281/11
BASIC [1] 3241/16
BASICALLY [10] 3262/14 3264/8 3264/9 3264/15 3264/16 3266/18 3269/2 3270/25 3271/4 3271/16
BASIN [14] 3199/4 3199/5 3199/10 3199/17 3199/21 3200/4 3202/17 3202/22 3205/10 3252/14 3276/18 3287/7 3287/8 3296/7
BASINS [3] 3197/21 3257/18 3296/7
BASIS [2] 3229/19 3303/4
BATON [7] 3194/14 3194/21 3250/17 3250/23 3251/11 3254/14 3254/18
BATON ROUGE [4] 3250/17 3250/23 3254/14 3254/18
BAY [1] 3221/19
BAYOU [8] 3272/18 3272/19 3276/11 3277/15 3287/3 3287/14 3287/15 3287/17
BAYS [1] 3273/21
BE [68] 3197/4 3198/19 3200/9 3200/17 3201/9 3203/6 3204/3 3204/14 3205/3 3205/18 3205/19 3206/4 3206/9 3208/4 3213/12 3215/23 3218/20 3218/21 3218/21 3219/14 3223/22 3224/19 3225/8 3225/14 3227/11 3229/12 3232/8 3232/12 3234/7 3234/8 3239/6 3241/2

3241/5 3245/13 3245/19 3251/4 3251/14 3259/22 3262/13 3262/11 3263/10 3264/3 3265/2 3265/20 3265/22 3268/9 3268/22 3269/14 3270/1 3271/22 3272/25 3272/25 3276/4 3277/1 3278/21 3278/21 3280/22 3282/6 3283/8 3286/7 3289/9 3289/22 3297/6 3298/11 3300/24 3300/24 3303/19 3304/6
BEARS [1] 3286/10
BEATING [1] 3304/4
BECAUSE [9] 3223/12 3237/7 3237/22 3247/21 3266/2 3268/3 3274/18 3287/24 3300/6
BECOME [4] 3207/5 3217/24 3274/18 3274/20
BECOMES [1] 3272/3
BECOMING [1] 3254/20
BEEN [54] 3197/5 3197/9 3197/11 3197/12 3197/13 3198/23 3198/24 3201/19 3207/6 3208/2 3208/7 3210/12 3211/24 3215/10 3215/18 3220/7 3222/2 3223/7 3226/12 3234/20 3245/19 3247/14 3251/6 3252/1 3255/8 3258/14 3258/15 3258/20 3262/3 3268/22 3270/9 3271/5 3272/11 3273/20 3274/7 3275/23 3279/25 3280/15 3280/17 3282/14 3283/8 3286/22 3292/6 3292/16 3292/18 3293/4 3293/11 3294/15 3295/16 3297/7 3300/14 3301/8 3304/10
BEFORE [16] 3193/10 3197/9 3206/18 3222/6 3234/7 3234/12 3235/1 3235/20 3242/14 3242/17 3257/21 3257/25 3291/20 3294/22 3298/11 3303/20
BEGAN [2] 3222/25 3259/22
BEGIN [3] 3220/8 3237/11 3275/11
BEGINNING [6] 3199/19 3201/19 3201/22 3237/8 3255/8 3271/12
BEGINS [3] 3201/20 3203/16 3282/12
BEHIND [1] 3209/8
BEING [25] 3199/12 3201/23 3205/9 3205/15 3210/19 3212/12 3215/2 3215/3 3216/12 3222/24 3242/18 3242/19 3247/2 3247/22 3267/14 3270/5 3274/10 3276/10 3278/8 3281/4 3281/14 3282/14 3288/14 3294/20 3297/19
BELIEVE [24] 3203/12 3210/3 3210/6 3211/23 3214/22 3215/15 3219/22 3220/10 3221/3 3222/16 3224/13 3224/23 3227/19 3228/23 3230/16 3231/3 3234/8 3235/25 3237/1 3240/7 3243/17 3271/8 3281/17 3284/4
BELIEVES [1] 3292/24
BELOW [1] 3271/4
BENCH [1] 3250/9
BENEFICIAL [1] 3226/2
BENEFIT [2] 3276/20 3285/2
BENEFITS [5] 3204/15 3205/22 3208/14 3255/25 3259/6
BENJAMIN [1] 3195/17
BERNARD [9] 3223/23 3224/6 3224/15 3225/11 3225/21 3225/22 3230/7 3253/17 3283/3
BEST [4] 3206/9 3215/6 3229/11 3305/19
BETTER [2] 3216/7 3251/6
BETWEEN [27] 3203/4 3205/22 3206/7 3243/6 3243/24 3248/2 3258/8 3264/12 3265/24 3266/9 3267/18 3267/19 3270/9 3273/6 3278/10 3278/12 3280/5 3280/6 3282/18 3283/7 3286/3 3286/8 3286/15 3294/24 3296/10 3297/19 3302/24
BEYOND [6] 3259/24 3260/1 3260/12 3281/13 3285/18 3289/15

B

BIENVENUE [6] 3272/19 3276/11 3277/15 3287/15 3287/15 3287/17
BIGGER [1] 3304/22
BILOXI [1] 3207/9
BINDERS [1] 3284/21
BIOTA [1] 3239/16
BIOTIC [1] 3239/14
BIT [8] 3225/14 3225/18 3235/1 3235/5 3240/2 3254/25 3286/18 3291/5
BLANKED [1] 3282/25
BLOW [1] 3214/10
BLUE [6] 3280/6 3280/10 3291/5 3291/12 3291/13 3304/7
BOAT [2] 3269/12 3302/2
BODY [2] 3240/10 3281/18
BONNET [12] 3205/20 3206/4 3206/5 3206/12 3207/3 3207/7 3207/14 3207/19 3207/24 3208/14 3209/7 3232/1
BONNET CARRÉ [12] 3205/20 3206/4 3206/5 3206/12 3207/3 3207/7 3207/14 3207/19 3207/24 3208/14 3209/7 3232/1
BORDER [3] 3254/12 3254/13 3280/7
BORGNE [16] 3207/10 3217/9 3267/11 3272/7 3272/14 3272/14 3272/16 3272/17 3272/18 3287/4 3287/5 3287/8 3289/4 3290/12 3290/16 3292/25
BORGNE'S [1] 3287/16
BORINGS [1] 3255/17
BORN [1] 3253/15
BORROW [2] 3255/18 3264/16
BOTH [5] 3221/18 3229/5 3253/18 3280/22 3282/21
BOTTOM [7] 3205/21 3228/16 3256/17 3271/11 3279/9 3288/20 3293/17
BOULEVARD [1] 3194/24
BOUNDARIES [1] 3263/14
BOUNDARY [5] 3279/10 3279/11 3279/14 3279/20 3293/17
BOX [4] 3194/7 3194/14 3194/24 3195/18
BRACKISH [2] 3238/24 3238/24
BRANCH [2] 3195/10 3227/8
BREAK [4] 3235/22 3251/2 3251/15 3287/22
BREAUX [9] 3208/23 3212/4 3226/12 3227/7 3229/4 3229/18 3232/7 3248/24 3255/23
BRENDAN [1] 3195/3
BRETON [1] 3221/18
BRIDGE [1] 3224/16
BRIEF [4] 3251/20 3252/7 3297/5 3297/6
BRIEFING [1] 3286/2 3286/6
BRIEFLY [3] 3254/19 3255/6 3257/10
BRING [1] 3232/21
BRITSCH [33] 3251/16 3251/24 3252/1 3252/5 3252/8 3252/18 3253/3 3255/6 3257/7 3260/4 3261/2 3264/25 3267/16 3273/12 3273/24 3279/23 3281/15 3283/4 3283/6 3283/18 3284/7 3284/20 3285/24 3286/13 3289/7 3291/19 3292/24 3293/8 3294/4 3296/3 3296/22 3297/3
BRITSCH'S [3] 3256/16 3263/7 3270/2
BROKE [1] 3197/9
BROTHER [1] 3224/24
BROUGHT [1] 3225/12
BRUNO [2] 3193/18 3193/18
BUDD [1] 3194/2
BUILD [1] 3278/25
BUILDING [6] 3210/24 3271/7 3271/20
3274/10 3274/14 3275/9
BUILT [1] 3206/1
BUREAU [1] 3195/25
3297/19
BUSINESSES [1] 3246/12
BUT [61] 3198/5 3198/7 3198/9 3204/17 3205/5 3205/25 3206/5 3207/18 3209/16 3209/18 3210/3 3210/4 3212/2 3213/1 3214/21 3215/15 3223/22 3225/1 3225/16 3227/20 3227/24 3229/12 3231/11 3233/6 3234/23 3235/24 3237/17 3240/15 3242/24 3245/12 3248/21 3249/11 3264/18 3265/10 3266/17 3268/9 3269/2 3272/10 3275/5 3276/4 3278/21 3279/1 3283/4 3283/21 3284/2 3284/20 3285/19 3287/7 3288/15 3290/4 3290/18 3290/22 3291/1 3298/11 3299/25 3300/25 3301/15 3302/12 3304/6 3304/21 3304/25

C

CALCASIEU [1] 3262/19
CALCULATE [1] 3255/25
CALCULATED [1] 3259/3
CALIFORNIA [1] 3193/16
CALL [3] 3206/2 3276/2 3293/13
CALLED [10] 3199/20 3211/14 3212/15 3213/7 3221/14 3239/6 3287/21 3292/2 3299/18 3299/20
CALLS [2] 3204/4 3251/23
CALVIN [1] 3194/16
CAME [6] 3211/23 3222/15 3227/25 3259/11 3259/19 3301/5
CAN [98] 3199/1 3199/20 3199/22 3199/25 3200/4 3200/10 3201/2 3201/25 3202/17 3203/5 3204/18 3205/14 3206/7 3209/25 3210/18 3213/21 3214/10 3214/11 3215/16 3215/17 3215/20 3215/22 3216/8 3216/16 3217/19 3219/1 3220/23 3221/22 3222/1 3224/10 3225/7 3225/17 3227/6 3227/17 3228/4 3233/3 3233/19 3233/24 3234/9 3234/12 3234/25 3235/10 3235/13 3236/3 3236/8 3237/7 3238/14 3238/14 3238/15 3239/8 3242/5 3242/5 3243/16 3245/12 3251/1 3251/12 3254/22 3255/9 3258/24 3259/19 3261/2 3263/6 3263/22 3263/25 3264/5 3264/25 3266/4 3268/17 3271/18 3272/6 3276/1 3277/13 3277/18 3278/15 3278/20 3280/10 3281/25 3282/1 3283/14 3284/22 3284/24 3285/14 3287/2 3289/6 3289/8 3290/7 3291/4 3291/10 3291/12 3291/25 3292/11 3292/20 3293/8 3293/9 3293/21 3294/7 3298/21 3298/23
CAN'T [6] 3227/22 3268/21 3278/23 3281/24 3294/11 3304/13
CANAL [27] 3267/20 3278/25 3282/19 3283/7 3287/4 3287/13 3287/20 3287/21 3288/18 3288/23 3288/25 3289/12 3289/13 3289/15 3289/20 3290/12 3290/16 3291/2 3291/15 3292/2 3292/24 3292/25 3293/13 3293/19 3296/15 3304/17 3304/17
CANALS [18] 3264/15 3264/16 3269/20 3269/21 3269/21 3280/18 3280/21 3290/23 3292/8 3292/16 3293/21 3293/24 3293/25 3294/9 3294/12 3294/12 3296/19 3296/19
CAPTION [1] 3270/4
CARONDELET [1] 3195/7
CARRÉ [12] 3205/20 3206/4 3206/5 3206/12 3207/3 3207/7 3207/14 3207/19 3207/24 3208/14 3209/7 3232/1

CASE [13] 3202/2 3203/18 3204/22 3209/4 3206/5 3215/16 3215/24 3234/6 3234/23 3256/14 3257/8 3262/25 3272/12
CATEGORY [1] 3282/17
CAUSE [5] 3269/17 3270/5 3275/5 3279/3 3279/5
CAUSED [8] 3231/18 3238/3 3259/2 3264/15 3273/25 3275/21 3281/4 3288/4
CAUSES [7] 3211/14 3252/21 3255/15 3257/22 3279/4 3295/18 3304/18
CAUSING [3] 3242/14 3246/16 3276/13
CCR [3] 3195/20 3305/18 3305/24
CD [3] 3200/23 3200/25 3201/7
CENTER [4] 3253/10 3271/16 3288/25 3289/1
CENTRAL [8] 3211/17 3280/2 3280/4 3287/1 3288/10 3288/11 3295/21 3296/6
CEQ [1] 3246/5
CERTAIN [4] 3200/6 3202/11 3214/21 3262/3
CERTAINLY [8] 3201/9 3215/11 3231/13 3234/5 3235/2 3289/24 3296/1 3303/15
CERTIFICATE [1] 3305/17
CERTIFY [1] 3305/19
CHAIN [1] 3219/17
CHANCE [2] 3223/11 3240/14
CHANDELEUR [2] 3199/16 3211/17
CHANGE [10] 3243/13 3255/16 3257/13 3257/13 3261/22 3268/6 3269/6 3269/7 3274/3 3298/7
CHANGED [1] 3243/12
CHANGES [13] 3231/12 3238/23 3257/22 3258/13 3269/8 3280/13 3285/14 3292/11 3292/14 3292/15 3292/17 3295/6 3298/4
CHANGING [2] 3287/6 3294/17
CHANNEL [56] 3203/11 3204/2 3204/6 3204/13 3205/21 3211/21 3213/5 3213/8 3217/8 3222/22 3224/18 3224/20 3226/1 3226/2 3226/4 3226/6 3226/11 3228/15 3229/8 3230/1 3230/2 3231/19 3232/5 3232/11 3232/24 3232/24 3233/1 3242/13 3242/18 3246/10 3246/12 3248/21 3248/22 3249/3 3249/4 3249/7 3249/17 3249/18 3249/23 3262/24 3270/10 3271/13 3271/19 3271/20 3271/21 3271/22 3280/12 3285/11 3287/10 3288/3 3295/15 3300/19 3300/21 3300/23 3301/4 3303/3
CHANNELS [1] 3265/7
CHARACTERISTIC [1] 3270/11
CHAUVIN [1] 3253/15
CHECK [2] 3201/2 3215/15
CHEF [1] 3282/19
CHIEF [4] 3212/22 3212/23 3220/2 3259/10
CHIEF'S [3] 3214/5 3219/24 3220/3
CHOICE [4] 3206/11 3207/13 3300/1 3303/16
CHOSE [2] 3300/1 3300/3
CHOSEN [2] 3205/5
CITATIONS [1] 3281/19
CITE [1] 3200/7
CITED [2] 3261/25 3281/17
CITES [1] 3281/18
CITY [1] 3194/25
CIVIL [1] 3195/10
CLARIFICATION [1] 3208/11
CLARIFY [9] 3214/22 3215/22 3230/3 3261/19 3272/10 3273/2 3286/13 3288/13 3298/23
CLARITY [1] 3215/20

C

CLEAR [6] 3215/17 3235/13 3241/24 3244/6 3290/10 3290/22
CLEARLY [1] 3231/7
CLIP [1] 3264/2
CLOSE [5] 3202/18 3203/8 3203/11 3205/3 3233/22
CLOSELY [1] 3298/8
CLOSING [3] 3204/2 3204/8 3205/5
CLOSURE [1] 3204/13
COAST [27] 3197/15 3198/12 3210/18 3211/2 3211/4 3211/5 3211/20 3212/5 3213/1 3213/3 3213/15 3214/1 3214/2 3219/5 3222/5 3229/22 3232/8 3255/22 3258/23 3263/3 3263/14 3275/11 3275/15 3275/21 3296/8 3296/11 3301/11
COAST-WIDE [1] 3296/11
COASTAL [34] 3197/16 3197/22 3210/17 3212/12 3212/15 3212/16 3212/24 3213/23 3216/23 3220/25 3221/4 3221/15 3224/3 3226/14 3227/8 3229/5 3229/21 3246/17 3249/1 3252/10 3252/19 3253/9 3255/20 3257/18 3258/19 3262/15 3262/17 3262/18 3268/7 3275/1 3280/21 3281/12 3296/15 3299/12
COASTLINE [1] 3211/13
COAUTHOR [2] 3299/5 3299/7
CODED [2] 3264/10 3264/13
COINCIDE [1] 3278/18
COLLECTED [1] 3286/18
COLLEGE [1] 3253/20
COLOR [7] 3264/10 3264/23 3266/8 3290/15 3290/17 3290/23 3293/12
COLOR-CODED [1] 3264/10
COLORS [7] 3263/23 3264/6 3265/19 3265/25 3266/16 3273/22 3290/18
COLUMN [2] 3204/24 3204/25
COMBINATION [3] 3278/2 3279/3 3304/19
COMBINED [3] 3266/8 3266/19 3267/6
COMBINES [1] 3267/3
COME [4] 3243/4 3250/17 3251/24 3253/12
COMES [1] 3279/5
COMING [2] 3221/8 3298/20
COMMAND [1] 3219/17
COMMANDER [1] 3225/21
COMMENT [4] 3218/23 3219/9 3219/22 3219/22
COMMENTED [1] 3218/22
COMMENTS [3] 3219/9 3219/13 3222/24
COMMISSION [5] 3224/3 3224/14 3224/22 3224/25 3230/6
COMMUNITY [1] 3239/14
COMPACTED [1] 3270/24
COMPANY [1] 3281/12
COMPARING [2] 3268/3 3285/15
COMPARISON [5] 3203/4 3205/17 3205/22 3206/7 3206/8
COMPLETE [1] 3277/5
COMPLETED [4] 3210/13 3214/5 3218/11 3301/7
COMPLETELY [1] 3223/10
COMPLETES [1] 3218/15
COMPLETION [1] 3198/20
COMPLEX [1] 3194/13
COMPLIANCE [1] 3218/5
COMPONENTS [1] 3223/24
COMPOSITION [1] 3239/14

COMPREHENSIVE [1] 3197/19
COMPUTER [1] 3195/25
CONCENTRATED [1] 3254/17
CONCENTRATION [1] 3254/15
CONCEPT [1] 3210/19
CONCERN [1] 3209/19
CONCERNED [2] 3234/10 3268/3
CONCERNING [1] 3217/2
CONCERNS [1] 3209/21
CONCLUDE [3] 3235/16 3236/8 3238/22
CONCLUDES [1] 3246/1
CONCLUSION [7] 3236/6 3236/13 3243/12 3246/1 3247/17 3247/20 3270/6
CONDITIONS [1] 3229/8
CONDUCT [1] 3222/14
CONDUCTED [3] 3221/3 3221/6 3248/8
CONDUCTING [1] 3217/2
CONFER [1] 3295/25
CONFERENCE [1] 3250/9
CONFIRM [1] 3255/9
CONFUSION [1] 3215/18
CONGRESS [24] 3206/6 3208/1 3208/12 3210/4 3210/5 3210/7 3210/11 3210/15 3213/24 3219/25 3220/4 3220/7 3220/13 3222/13 3223/14 3232/19 3237/13 3240/10 3245/6 3246/18 3248/9 3248/18 3249/2 3249/13
CONGRESS' [1] 3232/21
CONGRESSIONAL [1] 3210/2
CONJUNCTION [1] 3276/11
CONNECTED [1] 3287/17
CONNECTION [1] 3256/4
CONOR [1] 3195/12
CONSERVATION [3] 3211/20 3213/4 3231/24
CONSERVING [1] 3201/13
CONSIDER [3] 3264/14 3301/19 3301/19
CONSIDERATION [2] 3198/18 3213/5
CONSIDERED [7] 3199/20 3201/21 3202/10 3202/14 3214/18 3263/9 3263/10
CONSOLIDATION [1] 3274/8
CONSTRAINTS [1] 3199/25
CONSTRUCTED [10] 3207/24 3256/5 3257/25 3272/23 3274/22 3278/17 3278/19 3291/16 3291/20 3292/8
CONSTRUCTION [28] 3207/15 3207/25 3208/2 3208/6 3209/11 3220/18 3220/21 3231/22 3249/6 3257/11 3257/16 3257/21 3257/22 3269/5 3271/12 3271/13 3285/8 3286/25 3287/19 3288/7 3291/8 3294/1 3294/18 3294/22 3295/8 3295/11 3295/15 3295/22
CONTACT [1] 3230/18
CONTAINED [1] 3284/12
CONTAINS [3] 3214/6 3277/4 3284/17
CONTENT [1] 3270/25
CONTENTS [2] 3198/5 3275/18
CONTEXT [5] 3234/11 3234/11 3234/24 3234/25 3235/1
CONTINUAL [1] 3282/16
CONTINUE [7] 3202/25 3223/18 3237/21 3246/1 3246/15 3247/22 3261/2
CONTINUED [4] 3194/1 3195/1 3257/21 3294/9
CONTINUES [6] 3203/22 3205/24 3237/2 3237/3 3238/19 3239/13
CONTINUING [2] 3203/25 3204/5
CONTRIBUTE [5] 3256/1 3288/7 3292/17 3294/21 3302/6
CONTRIBUTED [14] 3257/12 3269/6 3269/8 3288/8 3295/4 3295/6 3297/18

3297/22 3301/22 3302/7 3302/9 3302/10 3303/14 3304/11
CONTRIBUTING [1] 3294/17
CONTRIBUTORS [1] 3304/9
CONTROL [4] 3213/9 3213/10 3217/12 3254/13
CONTROLLING [1] 3274/24
CONVERTED [1] 3298/2
COORDINATE [1] 3222/19
COORDINATING [2] 3229/2 3229/6
COPY [8] 3198/9 3201/3 3201/10 3206/14 3226/24 3234/5 3284/21 3284/25
CORNER [1] 3277/18
CORPS [69] 3203/24 3208/4 3208/15 3209/15 3212/8 3212/13 3212/19 3213/13 3213/14 3216/13 3216/21 3218/24 3219/12 3222/13 3222/15 3223/3 3223/10 3223/18 3229/12 3229/15 3230/17 3231/10 3231/23 3231/24 3231/25 3232/10 3232/13 3232/16 3232/17 3232/18 3235/16 3236/5 3236/9 3237/5 3238/3 3238/22 3240/18 3242/12 3242/18 3242/23 3243/6 3243/24 3244/8 3244/17 3244/18 3246/1 3246/4 3246/9 3246/14 3247/10 3247/24 3249/13 3252/9 3253/4 3253/5 3253/10 3253/4 3254/6 3254/11 3254/16 3255/7 3255/21 3258/2 3258/20 3259/8 3259/14 3259/15 3297/7 3301/2
CORPS' [3] 3230/9 3237/13 3299/4
CORRECT [40] 3199/14 3210/10 3229/3 3229/15 3230/5 3237/23 3244/10 3244/20 3246/6 3247/12 3247/22 3247/25 3252/4 3260/16 3261/21 3266/15 3272/5 3277/22 3278/11 3278/14 3280/16 3287/12 3292/19 3294/7 3294/19 3297/11 3297/25 3298/4 3299/1 3299/11 3300/4 3300/8 3300/15 3301/2 3301/16 3301/23 3302/5 3302/20 3303/10 3305/19
CORRECTLY [1] 3237/19
CORRESPOND [1] 3279/25
CORRESPONDS [1] 3277/9
COST [2] 3204/14 3208/4
COST-SHARE [1] 3208/4
COSTS [1] 3205/22
COULD [66] 3198/8 3198/25 3199/18 3201/23 3202/14 3211/6 3213/12 3217/24 3218/12 3225/3 3226/18 3230/19 3232/8 3232/12 3235/21 3237/4 3239/6 3243/11 3245/2 3245/18 3247/14 3250/2 3251/1 3255/6 3255/10 3256/16 3257/10 3258/4 3262/12 3263/16 3263/20 3264/1 3264/2 3265/1 3265/22 3266/23 3266/24 3267/8 3267/16 3269/7 3270/2 3270/6 3273/9 3273/16 3274/2 3275/22 3277/2 3277/7 3279/11 3281/7 3281/7 3282/11 3284/14 3284/16 3285/3 3286/13 3286/14 3287/22 3289/25 3290/10 3290/16 3295/24 3298/14 3304/24 3300/24 3304/6
COULDN'T [2] 3268/11 3286/5
COUNCIL [3] 3223/23 3224/6 3225/22
COUNSEL [20] 3201/4 3214/24 3215/11 3216/4 3227/2 3227/4 3227/22 3227/24 3228/3 3234/4 3236/20 3239/12 3250/4 3250/12 3252/17 3254/25 3257/5 3272/15 3283/19 3305/5
COUPLE [3] 3198/9 3212/4 3231/4
COURSE [2] 3224/5 3251/5
COURSE-GRAINED [1] 3251/5
COURT [20] 3193/1 3195/20 3197/4

## C

COURT... [17] 3216/2 3217/19 3241/6
3241/12 3250/10 3251/20 3251/22
3252/24 3254/23 3262/11 3270/22
3298/16 3299/24 3305/15 3305/18
3305/18 3305/25
COURT'S [2] 3216/14 3245/14
COURTESY [1] 3298/9
COVER [3] 3200/5 3209/4 3262/15
COVERED [1] 3262/16
COVERS [3] 3201/16 3254/11 3265/18
CREATED [6] 3240/23 3241/18 3244/3
3248/4 3260/17 3260/18
CREATING [1] 3286/20
CREATION [4] 3217/13 3221/5 3221/16
3262/6
CRITERIA [1] 3204/11
CROSS [5] 3231/1 3283/20 3296/25
3297/1 3297/5
CROSS-EXAMINATION [4] 3231/1
3296/25 3297/1 3297/5
CROSS-EXAMINE [1] 3283/20
CROSSED [1] 3287/15
CROSSES [1] 3289/19
CULMINATION [1] 3212/10
CUMULATIVE [1] 3279/7
CURRENT [2] 3254/3 3269/13
CURRENTLY [1] 3253/3
CURRENTS [1] 3302/4
CUT [1] 3241/3
CUTS [1] 3235/7
CV [1] 3193/5
CWPPRA [11] 3197/10 3198/15 3210/1
3210/18 3212/5 3213/12 3221/7 3226/12
3228/12 3229/3 3229/18
CYCLE [1] 3275/8
CYPRESS [2] 3257/15 3294/8

## D

D-1 [4] 3284/16 3284/17 3284/21 3285/6
DALLAS [1] 3194/4
DAMAGE [1] 3242/14
DANIEL [1] 3195/10
DATA [23] 3229/8 3257/19 3258/16
3258/17 3258/18 3259/19 3259/22
3261/3 3261/4 3261/8 3261/10 3261/12
3261/16 3261/16 3261/19 3261/24
3262/2 3262/7 3266/5 3299/3 3299/19
3299/21 3303/12
DATE [3] 3215/3 3227/25 3230/13
DATED [5] 3198/2 3225/5 3226/24
3278/6 3284/12
DATES [2] 3221/1 3223/22
DATUM [2] 3274/6 3286/17
DAY [9] 3219/22 3243/17 3251/7
3256/10 3280/19 3283/21 3284/8
3285/23 3305/11
DAYS [2] 3234/16 3234/19
DC [1] 3195/18
DEAL [1] 3287/24
DEATH [2] 3239/15 3239/15
DECISION [9] 3217/21 3218/12 3218/13
3218/14 3218/18 3223/7 3247/2 3247/5
3247/14
DECLINE [1] 3294/21
DECOMPOSED [1] 3271/1
DECREASED [1] 3296/12
DEEMED [1] 3217/6
DEEP [1] 3287/4
DEFENDANT [1] 3195/9
DEFENDANT'S [1] 3215/16
DEFINING [1] 3255/12

DEGRADATION [2] 3257/20 3257/24
DEGREE [1] 3253/18
DEGREES [1] 3269/1
DELIGHTFULLY [1] 3233/11
DELINEATED [1] 3252/15
DELINEATING [1] 3258/7
DELTA [4] 3274/10 3274/14 3275/2
3275/8
DELTA'S [2] 3274/16 3275/11
DELTAIC [4] 3254/1 3254/1 3254/18
3274/9
DELTAS [1] 3298/6
DEMONSTRATES [2] 3296/21 3302/22
DEMONSTRATIVE [1] 3227/14
DENHAM [1] 3194/17
DENSITY [1] 3296/18
DEPARTED [1] 3222/18
DEPARTMENT [1] 3195/9
DEPENDED [1] 3299/24
DEPENDING [1] 3302/16
DEPOSIT [1] 3273/1
DEPOSITION [29] 3233/19 3233/25
3234/1 3234/15 3234/17 3234/21 3235/7
3236/21 3237/2 3237/18 3237/23 3238/8
3239/25 3240/16 3240/22 3241/3 3241/4
3241/4 3241/17 3242/7 3242/25 3243/2
3243/5 3243/21 3251/18 3274/19 3284/1
3284/2 3285/16
DEPOSITIONS [2] 3231/4 3284/8
DEPOSITS [7] 3267/19 3270/17 3270/20
3270/21 3271/7 3274/2 3274/9
DESCRIBE [16] 3203/1 3209/25 3217/19
3219/1 3220/23 3225/17 3254/19 3264/5
3264/6 3266/4 3268/17 3270/22 3274/2
3285/14 3286/14 3294/24
DESCRIBED [11] 3197/18 3198/17
3205/15 3223/16 3223/19 3263/13
3269/24 3270/5 3280/23 3281/8 3290/11
DESCRIBES [2] 3203/8 3206/11
DESCRIBING [12] 3197/14 3222/2
3223/23 3261/3 3262/12 3263/25 3275/8
3275/24 3277/25 3292/16 3292/18
3295/16
DESCRIPTION [3] 3268/16 3273/24
3288/24
DESIGN [3] 3210/13 3255/13 3256/2
DETAIL [3] 3207/18 3209/18 3269/4
DETAILED [1] 3230/20
DETERMINATION [1] 3239/4
DETERMINE [2] 3215/12 3236/9
DETERMINED [2] 3246/14 3278/9
DETERMINING [2] 3255/14 3258/12
DETRIMENTAL [1] 3268/23
DETRITUS [1] 3270/24
DEVELOP [1] 3216/24
DEVELOPED [10] 3197/15 3208/18
3211/11 3211/16 3212/14 3212/20
3226/12 3232/11 3276/10 3288/6
DEVELOPMENT [11] 3198/15 3208/12
3209/1 3212/1 3212/6 3220/10 3228/17
3255/15 3275/16 3296/19 3296/20
DIALOGUE [1] 3233/11
DID [41] 3206/15 3207/25 3208/1 3209/6
3217/1 3220/17 3223/10 3223/17
3223/19 3224/21 3232/13 3232/16
3232/21 3233/14 3235/16 3236/5 3236/9
3236/25 3238/3 3238/21 3239/3 3240/16
3242/2 3243/24 3244/8 3244/16 3249/13
3253/12 3253/20 3253/24 3261/12
3262/25 3267/25 3276/24 3283/7
3290/13 3295/8 3300/2 3301/5 3304/4
3304/12
DIDN'T [11] 3201/8 3223/9 3226/25

3228/1 3239/18 3264/18 3265/11
3273/10 3274/19 3290/22 3300/18 3301/3
3302/6 3305/7
DIFFER [1] 3278/16
DIFFERED [2] 3259/20 3261/5
DIFFERENCE [5] 3265/24 3286/3
3286/15 3294/24 3302/24
DIFFERENCES [2] 3286/7 3286/8
DIFFERENT [22] 3223/13 3224/17
3224/18 3224/20 3228/10 3229/9
3230/18 3232/25 3258/8 3258/25 3261/7
3264/6 3266/5 3266/5 3266/16 3267/6
3268/3 3268/24 3269/1 3275/10 3290/23
3291/10
DIFFICULT [3] 3265/19 3288/15 3304/18
DIKE [2] 3267/20 3271/20
DIRECT [11] 3197/7 3216/1 3227/23
3233/14 3253/1 3265/15 3269/19
3269/22 3295/16 3302/15 3304/16
DIRECTION [1] 3223/13
DIRECTLY [3] 3262/8 3264/15 3278/18
DISAGREE [4] 3246/7 3300/22 3303/25
3304/7
DISCERN [2] 3264/21 3265/19
DISCONTINUED [5] 3246/3 3247/9
3247/11 3247/19 3247/20
DISCUSS [4] 3201/21 3203/16 3230/10
3286/23
DISCUSSED [6] 3205/17 3206/21
3231/8 3232/7 3245/24 3298/5
DISCUSSING [10] 3197/9 3197/11
3201/19 3207/6 3262/4 3279/25 3280/14
3283/9 3293/11 3293/13
DISCUSSION [5] 3203/13 3203/20
3212/25 3240/1 3272/11
DISPLACEMENT [1] 3274/5
DISPLAY [2] 3284/5 3294/5
DISSENT [1] 3209/6
DISTANCE [2] 3289/3 3289/19
DISTINCTION [1] 3213/21
DISTRIBUTARIES [1] 3269/13
DISTRIBUTED [1] 3218/21
DISTRIBUTION [2] 3258/23 3275/6
DISTRIBUTIONAL [1] 3259/1
DISTRICT [11] 3193/1 3193/2 3193/11
3225/21 3252/9 3253/4 3253/8 3253/12
3259/16 3305/18 3305/18
DIVERSION [10] 3205/19 3206/11
3207/3 3207/13 3207/20 3207/23
3208/16 3209/20 3221/5 3232/2
DIVERSIONS [1] 3221/17
DIVERT [1] 3207/7
DIVIDED [1] 3211/13
DIVISION [2] 3195/10 3219/17
DM [2] 3262/12 3263/1
DM-32 [2] 3262/12 3263/1
DO [66] 3206/24 3207/23 3208/8
3209/16 3211/22 3212/3 3213/1 3215/5
3216/5 3217/4 3217/6 3220/5 3220/14
3221/13 3223/6 3223/14 3224/10 3228/8
3228/21 3232/13 3234/1 3234/4 3235/11
3236/1 3236/5 3236/9 3237/1 3239/3
3240/25 3243/23 3244/11 3245/15
3249/18 3249/20 3249/20 3249/25
3250/7 3250/25 3251/3 3254/15 3254/25
3254/25 3255/14 3255/16 3255/17
3257/7 3259/8 3264/1 3267/16 3271/3
3274/23 3279/1 3279/11 3283/12
3283/24 3284/11 3284/23 3289/22
3291/22 3297/15 3298/13 3298/20
3300/22 3301/17 3302/18 3305/19
DOCKET [1] 3193/5
DOCUMENT [28] 3197/12 3200/17
3200/24 3201/11 3204/1 3204/7 3204/9

**D**

DOCUMENT... [21] 3215/19 3216/17 3218/6 3219/18 3227/21 3235/20 3236/13 3240/15 3245/23 3247/2 3247/6 3247/8 3247/10 3247/13 3247/20 3247/24 3248/2 3249/4 3258/6 3266/2 3281/16

DOCUMENTATION [1] 3239/5

DOCUMENTED [2] 3261/7 3301/8

DOCUMENTS [7] 3215/2 3218/5 3245/18 3245/18 3248/17 3292/22 3293/1

DOES [29] 3197/21 3202/25 3203/3 3203/18 3204/2 3204/19 3205/5 3205/8 3206/2 3208/10 3218/1 3228/15 3230/11 3230/15 3236/14 3237/11 3239/21 3242/22 3243/21 3263/9 3263/10 3263/17 3268/6 3275/5 3275/23 3279/25 3281/3 3300/7 3305/13

DOESN'T [8] 3198/6 3204/16 3215/4 3245/19 3247/18 3262/9 3278/18 3304/25

DOING [6] 3234/23 3246/20 3259/15 3260/11 3290/2 3290/20

DOMENGEAUX [1] 3194/5

DOMINANT [1] 3274/18

DOMINATE [1] 3275/12

DOMINATED [1] 3282/21

DON'T [42] 3200/21 3201/1 3223/22 3224/7 3230/21 3231/11 3234/12 3235/1 3235/2 3235/21 3236/24 3237/18 3238/7 3238/9 3238/13 3240/7 3240/14 3240/25 3241/3 3242/25 3247/16 3249/19 3249/24 3251/4 3268/1 3272/12 3278/24 3278/25 3290/4 3290/18 3291/6 3291/8 3291/16 3297/12 3298/22 3300/25 3301/15 3302/11 3302/12 3303/4 3303/5 3303/12

DONE [9] 3212/3 3232/8 3232/12 3251/1 3255/4 3286/18 3297/20 3298/11 3303/3

DOWN [5] 3234/23 3236/7 3271/16 3290/18 3290/19

DOWNWARD [1] 3274/5

DOYLE [4] 3195/20 3305/18 3305/24 3305/24

DR [1] 3270/2

DR. [50] 3251/24 3252/8 3252/8 3252/18 3253/3 3255/6 3256/16 3257/7 3259/11 3259/21 3260/4 3261/2 3261/6 3263/7 3264/25 3266/12 3267/12 3267/16 3273/12 3273/24 3279/23 3280/19 3280/19 3280/20 3280/20 3281/1 3281/3 3281/8 3281/12 3281/15 3282/4 3283/6 3283/18 3284/7 3284/8 3284/8 3284/15 3284/16 3284/20 3285/10 3285/24 3286/13 3289/7 3291/19 3292/24 3293/8 3294/4 3296/3 3296/22 3297/3

DR. BRITSCH [29] 3252/8 3252/8 3252/18 3253/3 3255/6 3257/7 3260/4 3261/2 3264/25 3267/16 3273/12 3273/24 3279/23 3281/15 3282/4 3283/6 3283/18 3284/7 3284/20 3285/24 3286/13 3289/7 3291/19 3292/24 3293/8 3294/4 3296/3 3296/22 3297/3

DR. BRITSCH'S [2] 3256/16 3263/7

DR. DAY [2] 3280/19 3284/8

DR. DUNCAN [1] 3284/16

DR. FITZGERALD [2] 3266/12 3267/12

DR. FITZGERALD'S [2] 3284/15 3285/10

DR. GAGLIANO [7] 3259/11 3259/21 3261/6 3280/20 3281/1 3281/3 3281/8

DR. GAGLIANO'S [1] 3281/12

DR. GAGLIANO'S [1] 3281/24

DR. LOUIS [1] 3251/24

DR. PENLAND [1] 3280/20

DR. SHAFFER'S [1] 3284/8

DRAFT [10] 3219/8 3221/8 3223/2 3223/6 3223/9 3228/13 3247/2 3247/5 3247/13 3247/17

DRAIN [2] 3275/18 3278/23

DRAINAGE [4] 3269/1 3269/16 3276/14 3282/22

DRAINED [2] 3275/16 3276/10

DRASTICALLY [1] 3296/10

DRAW [2] 3243/12 3267/8

DREDGED [13] 3226/3 3264/19 3265/12 3269/21 3271/23 3280/12 3287/4 3287/5 3287/13 3287/14 3288/6 3288/24 3289/14

DREDGING [8] 3264/16 3269/20 3287/8 3296/15 3297/21 3300/16 3302/15 3304/16

DRIVE [1] 3250/23

DUDENHEFER [2] 3194/9 3194/9

DUE [3] 3265/14 3274/8 3278/1

DULY [2] 3197/5 3252/1

DUMAS [2] 3194/12 3194/12

DUNCAN [7] 3256/11 3262/5 3262/8 3265/23 3266/12 3284/16 3285/6

DUPRE [1] 3272/18

DURING [20] 3198/15 3231/22 3240/21 3241/17 3247/13 3256/2 3264/9 3264/10 3264/20 3268/1 3268/4 3271/12 3273/22 3278/15 3278/16 3297/18 3297/23 3300/19 3301/5 3301/23

DUTIES [1] 3255/21

DUVAL [1] 3193/11

DX [11] 3197/11 3211/6 3214/9 3214/20 3217/17 3220/16 3225/3 3225/7 3277/4 3281/7 3283/14

DX-0926 [1] 3220/16

DX-1343R [1] 3283/14

DX-1649 [1] 3281/7

DX-1749 [1] 3197/11

DX-1755 [2] 3225/3 3225/7

DYNAMICS [1] 3286/10

**E**

EACH [10] 3198/22 3203/1 3203/13 3209/1 3211/15 3264/10 3266/16 3268/4 3287/24 3304/13

EARLIER [10] 3197/14 3201/7 3206/21 3212/18 3213/18 3219/9 3247/25 3269/19 3270/8 3287/13

EARLY [5] 3223/17 3257/14 3258/7 3283/21 3293/20

EASIER [3] 3225/14 3228/3 3279/17

EASILY [1] 3270/18

EAST [6] 3195/4 3272/3 3288/19 3288/25 3289/17 3289/19

EAST-WEST [2] 3288/19 3288/25

EASTERN [3] 3193/2 3199/17 3305/18

EASTERNMOST [1] 3272/6

ECONOMICS [2] 3222/22 3226/4

ECOSYSTEM [20] 3211/10 3212/12 3212/19 3212/23 3214/7 3214/13 3217/7 3218/17 3220/24 3222/2 3222/23 3223/24 3226/20 3229/16 3230/14 3231/9 3246/11 3246/17 3248/23 3249/11

EDGES [1] 3303/11

EDIFIED [1] 3216/15

EDWARDS,LLC [1] 3194/5

EFFECT [3] 3238/25 3279/2 3279/7

EFFECTS [5] 3209/19 3244/2 3248/4 3249/22 3293/2

EFFORT [6] 3211/5 3222/8 3222/13 3233/21 3259/5 3259/17

EFFORTS [6] 3198/13 3222/3 3222/18 3226/15 3228/12 3229/9

EHRLICH [1] 3195/11

EIS [23] 3214/15 3214/21 3215/1 3215/4 3215/9 3216/12 3217/19 3217/23 3217/24 3218/10 3218/11 3219/3 3233/4 3233/14 3245/3 3245/12 3246/3 3246/5 3247/9 3247/12 3247/20 3247/21 3247/24

EITHER [6] 3202/21 3204/24 3213/12 3223/10 3268/10 3271/10

EL [1] 3195/11

EL-AMIN [1] 3195/11

ELABORATE [1] 3291/4

ELECTRONICALLY [1] 3284/3

ELEMENTS [2] 3220/19 3222/24

ELEVATION [3] 3274/23 3275/19 3276/12

ELEVATIONS [2] 3274/25 3276/16

ELISA [2] 3195/3 3231/3

ELMO [2] 3284/23 3285/4

ELSE [2] 3215/13 3234/11

ELWOOD [2] 3194/22 3194/23

EMBANKMENTS [1] 3268/19

EMPLOYED [1] 3253/3

EMPLOYEE [2] 3222/4 3252/8

EMPLOYER [1] 3299/6

ENACTMENT [3] 3231/16 3232/15 3232/16

ENCLOSE [1] 3268/19

ENCOMPASS [1] 3218/3

ENCOMPASSED [1] 3216/23

END [4] 3201/15 3201/21 3203/23 3226/18

ENDS [1] 3288/14

ENGINEERING [4] 3210/14 3253/9 3255/13 3256/2

ENGINEERS [21] 3203/24 3208/5 3208/15 3212/8 3212/22 3212/23 3230/17 3238/22 3240/19 3252/9 3253/4 3253/5 3253/10 3254/11 3258/2 3259/14 3259/14

ENGINEERS' [1] 3218/25

ENJOYING [1] 3233/11

ENLARGEMENT [1] 3265/5

ENOUGH [9] 3233/22 3241/24 3254/23 3264/5 3274/11 3279/19 3303/5 3304/10 3305/10

ENTER [2] 3223/3 3288/11

ENTERED [1] 3270/19

ENTERING [1] 3276/18

ENTIRE [4] 3234/5 3240/9 3240/14 3253/7

ENTITIES [1] 3198/14

ENTITLED [3] 3200/18 3205/12 3305/20

ENVIRONMENT [32] 3231/18 3232/20 3232/23 3233/15 3233/17 3235/19 3236/11 3236/17 3238/6 3239/1 3239/23 3240/6 3240/8 3240/12 3240/17 3240/21 3240/24 3241/19 3242/14 3243/8 3243/9 3243/13 3243/14 3244/1 3244/3 3244/12 3246/19 3248/4 3248/11 3248/19 3249/15 3294/14

ENVIRONMENTAL [53] 3197/23 3198/1 3201/12 3210/15 3214/17 3215/23 3215/24 3217/20 3218/2 3218/4 3218/5 3218/15 3218/16 3218/22 3219/10 3219/19 3223/12 3228/6 3228/14 3228/16 3228/17 3229/8 3229/13 3230/1

**E**

ENVIRONMENTAL... [29] 3231/15 3232/19 3236/4 3236/15 3236/16 3237/4 3237/14 3239/22 3240/9 3240/10 3240/20 3243/23 3244/18 3245/5 3245/6 3245/7 3245/10 3245/18 3246/7 3247/16 3248/3 3248/7 3248/8 3248/10 3248/18 3249/1 3249/16 3280/25 3281/11
ENVIRONMENTS [4] 3274/13 3275/3 3275/4 3281/12
ERODIBLE [1] 3270/18
EROSION [36] 3199/9 3200/6 3202/19 3205/3 3231/12 3231/17 3232/22 3233/16 3235/17 3236/10 3236/20 3236/22 3236/23 3236/25 3237/2 3237/8 3237/11 3237/16 3240/22 3241/18 3242/3 3242/23 3249/4 3251/4 3269/10 3269/13 3270/5 3270/10 3274/18 3275/11 3297/22 3300/17 3301/1 3301/9 3301/19 3302/14
ESPECIALLY [2] 3268/7 3304/22
ESQ [31] 3193/15 3193/18 3193/19 3193/22 3193/22 3194/3 3194/6 3194/9 3194/12 3194/16 3194/19 3194/20 3194/23 3195/3 3195/6 3195/6 3195/10 3195/11 3195/11 3195/12 3195/12 3195/13 3195/13 3195/14 3195/14 3195/15 3195/15 3195/16 3195/16 3195/17
ESSENCE [2] 3243/21 3246/4
ESSENTIALLY [6] 3207/11 3209/19 3212/9 3214/3 3218/14 3258/10
ESTABLISH [1] 3304/11
ESTABLISHED [1] 3279/5
ESTIMATES [1] 3303/3
ESTUARY [6] 3207/9 3207/12 3207/21 3213/9 3221/19 3282/16
ET [2] 3193/5 3193/7
ETC [2] 3246/13 3286/11
EVALUATE [9] 3203/24 3217/11 3231/17 3237/3 3238/3 3248/9 3256/5 3256/6 3262/24
EVALUATED [13] 3198/17 3198/21 3202/10 3203/11 3204/8 3207/17 3211/9 3222/24 3229/19 3236/15 3237/5 3243/13 3296/5
EVALUATING [8] 3204/5 3209/24 3214/17 3223/14 3224/20 3229/13 3229/25 3263/11
EVALUATION [7] 3203/1 3203/8 3204/12 3228/6 3239/2 3243/8 3248/22
EVALUATIONS [8] 3199/3 3199/3 3211/19 3224/17 3226/17 3228/10 3229/23 3244/25
EVAN [1] 3225/25
EVEN [5] 3209/4 3215/1 3228/25 3243/20 3279/18 3294/22 3304/7
EVENING [1] 3305/15
EVENT [2] 3215/9 3278/22
EVENTUALLY [7] 3207/8 3214/2 3220/3 3232/9 3271/21 3286/2 3287/3
EVER [5] 3200/21 3207/24 3224/5 3249/13 3305/13
EVERY [2] 3204/6 3210/3
EVERYBODY [2] 3234/11 3305/10
EVERYBODY'S [1] 3255/4
EVIDENCE [2] 3229/20 3302/22
EVIDENT [2] 3265/21 3303/17
EXACT [2] 3281/19 3300/23
EXACTLY [2] 3223/22 3225/16
EXAMINATION [7] 3197/7 3227/24 3231/1 3253/1 3296/25 3297/1 3297/5

EXAMINE [1] 3283/20
EXAMINING [1] 3253/95
EXAMPLE [3] 3203/7 3270/4 3304/20
EXAMPLES [4] 3200/7 3210/12 3229/18 3294/16
EXCEEDS [1] 3204/14
EXCEPT [4] 3227/25 3238/12 3238/21 3299/14
EXCERPTED [1] 3228/13
EXCLUSIVELY [1] 3245/4
EXCUSE [2] 3210/10 3226/23
EXHIBIT [34] 3198/6 3206/14 3211/6 3214/9 3214/10 3214/20 3214/22 3214/23 3215/10 3215/10 3215/16 3217/17 3220/15 3224/10 3225/3 3225/4 3225/7 3225/13 3227/3 3227/17 3227/18 3228/25 3237/18 3256/17 3265/23 3273/10 3277/4 3281/25 3283/25 3284/1 3284/11 3285/16 3290/7 3293/1
EXHIBIT 11 [2] 3284/1 3285/16
EXHIBIT 1755 [1] 3227/18
EXHIBIT 4 [1] 3198/6
EXHIBIT DX-007 [1] 3277/4
EXHIBIT DX-0926 [2] 3214/20 3217/17
EXHIBIT DX-123 [1] 3211/6
EXHIBIT DX-926 [1] 3214/9
EXHIBITS [5] 3198/4 3221/21 3227/14 3227/14 3284/3
EXIST [1] 3274/24
EXISTED [4] 3213/20 3231/7 3231/9 3304/10
EXISTENCE [1] 3271/5
EXISTING [2] 3239/6 3263/3
EXPANDS [1] 3281/13
EXPENSE [2] 3204/3 3275/4
EXPERIENCE [1] 3255/10
EXPERT [19] 3252/10 3252/12 3252/19 3252/23 3252/23 3256/9 3256/16 3262/6 3265/23 3266/11 3273/10 3280/24 3281/9 3282/5 3283/9 3285/24 3285/25 3293/4 3293/9
EXPERTISE [1] 3256/13
EXPERTS [8] 3210/25 3256/10 3286/8 3286/16 3294/6 3294/25 3297/17 3303/20
EXPERTS' [1] 3286/3
EXPLAIN [12] 3199/22 3201/23 3210/18 3213/21 3221/22 3222/1 3245/12 3246/22 3255/6 3259/19 3267/17 3278/15
EXPLAINED [1] 3204/9
EXPLAINING [1] 3203/22
EXPLANATION [2] 3218/7 3261/2
EXPRESSED [2] 3222/10 3296/3
EXTENDS [1] 3289/15
EXTENSIONS [1] 3282/23
EXTENT [2] 3254/10 3299/23
EXTREMELY [1] 3284/19

**F**

FACETIOUS [1] 3224/4
FACILITIES [5] 3204/3 3213/6 3222/11 3226/8 3226/8
FACT [13] 3215/5 3215/9 3218/24 3229/7 3235/17 3242/13 3243/8 3288/16 3293/19 3300/18 3303/16 3303/17 3304/21
FACTORS [4] 3246/9 3246/11 3257/12 3269/6 3269/8 3273/24 3294/17 3301/18 3301/22
FACTS [4] 3245/21 3303/9 3303/24 3304/2
FAIR [7] 3197/20 3207/16 3241/9

3288/24 3299/16 3299/19 3303/5
FAMILY [2] 3257/21 3267/13
FAMILIAR [11] 3198/10 3205/14 3205/25 3207/4 3216/14 3217/24 3233/4 3233/7 3233/8 3234/18 3240/2
FAR [3] 3199/16 3299/25 3304/22
FAST [1] 3274/11
FASTER [1] 3274/11
FASTEST [1] 3283/24
FAULT [1] 3200/13
FAYARD [2] 3194/16 3194/16
FCRR [3] 3195/20 3305/18 3305/24
FEASIBILITY [18] 3203/24 3207/19 3207/25 3212/12 3212/13 3212/20 3213/15 3213/20 3214/4 3214/4 3214/6 3214/16 3219/11 3220/9 3221/2 3221/3 3229/22 3232/25
FEATURE [3] 3271/16 3273/7 3276/11
FEATURES [25] 3220/22 3264/19 3265/7 3265/12 3265/13 3268/18 3276/2 3276/6 3276/10 3276/17 3276/19 3277/19 3277/25 3278/17 3278/19 3278/20 3280/18 3281/4 3286/21 3287/5 3288/6 3292/7 3292/16 3294/21 3295/15
FEBRUARY [5] 3224/23 3225/5 3226/24 3228/24 3228/25
FEBRUARY 27 [2] 3225/5 3226/24
FEBRUARY OF [1] 3224/23
FEDERAL [4] 3208/24 3218/19 3218/20 3219/20
FEEL [1] 3295/5
FEET [5] 3270/17 3271/3 3271/3 3287/4 3287/5
FEW [6] 3205/17 3216/16 3257/1 3257/2 3288/13 3297/4
FIELD [1] 3261/25
FIGURE [35] 3263/7 3263/9 3263/16 3263/17 3263/18 3264/2 3264/7 3266/1 3266/3 3266/4 3266/10 3266/24 3267/2 3267/2 3270/3 3270/4 3271/8 3273/9 3273/13 3273/15 3275/22 3275/23 3276/20 3276/23 3277/7 3277/10 3278/5 3279/17 3279/18 3280/22 3280/23 3280/23 3293/3 3294/4 3299/22
FIGURES [3] 3262/8 3283/9 3294/15
FILED [1] 3233/4
FILLING [1] 3282/22
FINAL [9] 3212/21 3219/18 3219/21 3236/3 3236/15 3237/4 3243/23 3266/19 3297/19
FINALIZED [2] 3222/5 3247/6
FINALIZES [1] 3218/14
FINALIZING [2] 3217/22 3219/23
FINALLY [1] 3204/24
FIND [8] 3221/20 3226/18 3234/25 3237/4 3241/1 3242/5 3243/4 3281/19
FINE [4] 3234/13 3238/8 3255/2 3255/4
FIRM [4] 3193/21 3194/9 3194/12 3195/2
FIRST [23] 3198/25 3200/17 3202/15 3218/4 3222/25 3224/11 3225/5 3225/9 3236/21 3239/18 3241/23 3243/19 3244/5 3246/22 3256/21 3258/15 3259/22 3261/8 3273/3 3282/11 3292/23 3297/16 3301/7
FISH [3] 3207/11 3231/22 3232/14
FISHERIES [1] 3222/5
FISHING [1] 3253/18
FITS [1] 3222/1
FITTING [1] 3282/17
FITZGERALD [6] 3256/11 3262/5 3265/24 3266/12 3266/12 3267/12
FITZGERALD'S [5] 3262/8 3284/15

**F**

FITZGERALD'S... [3] 3284/16 3285/6 3285/10
FIVE [2] 3208/24 3251/19
FIXED [1] 3274/6
FLIGHT [1] 3261/14
FLIP [1] 3225/24
FLOODWATERS [1] 3268/11
FLORIDA [1] 3194/17
FLOW [5] 3268/20 3269/2 3276/15 3288/8 3288/9
FLOWING [1] 3269/13
FLOWN [1] 3261/11
FLOWS [1] 3294/13
FLUVIAL [1] 3202/3
FLYOVER [2] 3297/20 3300/20
FOCUS [5] 3217/2 3226/10 3245/2 3254/1 3255/10
FOCUSED [4] 3217/1 3236/22 3255/12 3256/21
FOLLOW [4] 3201/24 3202/5 3230/19 3241/7
FOLLOW-ON [2] 3201/24 3202/5
FOLLOWING [2] 3198/20 3203/13
FOLLOWS [3] 3197/6 3204/17 3252/2
FOOTNOTE [1] 3224/24
FORCE [11] 3197/17 3202/10 3203/24 3208/18 3208/19 3208/22 3208/24 3213/12 3215/25 3221/9 3221/11
FOREGOING [1] 3305/19
FOREVER [1] 3245/13
FORGOT [1] 3283/23
FORGOTTEN [1] 3241/10
FORM [7] 3221/8 3244/4 3269/24 3272/15 3282/17 3288/1 3288/2
FORMAT [1] 3223/9
FORMED [3] 3256/13 3274/10 3282/21
FORT [1] 3251/8
FORTH [3] 3235/11 3237/19 3268/5
FOUND [2] 3257/17 3296/6
FOUNDATION [2] 3241/15 3248/13
FOUR [3] 3234/16 3234/19 3269/23
FRAME [3] 3233/3 3261/24 3296/17
FRANK [1] 3194/9
FRANKLIN [1] 3195/17
FRANKLY [1] 3241/9
FRED [1] 3259/10
FREE [1] 3250/22
FRESH [3] 3238/23 3274/13 3275/4
FRESHWATER [16] 3200/5 3202/4 3202/16 3205/19 3206/3 3206/20 3207/7 3207/19 3213/9 3213/10 3217/11 3221/5 3221/17 3232/2 3276/16 3288/9
FRINGES [1] 3274/25
FRONT [2] 3223/23 3224/6
FULL [5] 3201/6 3226/16 3229/22 3235/20 3252/3
FULL-FEASIBILITY [1] 3229/22
FULLY [1] 3282/15
FUNCTION [1] 3282/23
FUNDED [2] 3198/19 3222/13
FURNISHED [1] 3248/17
FURTHER [3] 3250/13 3250/20 3296/23
FURTHEST [1] 3262/14
FUTURE [3] 3223/14 3230/2 3282/23

**G**

GAGLIANO [7] 3259/11 3259/21 3261/6 3280/20 3281/1 3281/3 3281/8
GAGLIANO'S [1] 3281/12
GAIN [3] 3274/12 3301/16 3301/17
GAINS [1] 3268/1

GARY [4] 3256/11 3284/1 3285/15 3285/22
GAS [8] 3288/23 3289/11 3289/13 3290/1 3290/3 3292/23 3293/24 3296/18
GATE [1] 3205/20
GAVE [2] 3225/10 3304/15
GENE [1] 3280/19
GENERAL [3] 3243/20 3245/25 3295/2
GENERALLY [1] 3277/20
GEOGRAPHIC [1] 3254/10
GEOGRAPHICALLY [1] 3293/10
GEOLOGIC [4] 3252/13 3256/2 3259/16 3298/5
GEOLOGIST [4] 3254/4 3254/5 3254/20 3255/7
GEOLOGISTS [1] 3254/7
GEOLOGY [11] 3252/11 3252/19 3253/22 3253/23 3253/24 3254/2 3254/6 3255/12 3255/19 3259/11 3301/2
GEOMORPHIC [1] 3257/18
GEOMORPHOLOGY [2] 3252/11 3252/19
GET [27] 3199/18 3200/19 3201/10 3216/7 3216/8 3228/1 3234/5 3239/8 3243/16 3245/20 3250/16 3250/17 3251/1 3251/15 3256/20 3258/25 3264/18 3265/11 3265/15 3268/11 3268/21 3272/12 3290/5 3291/25 3292/20 3292/25 3298/21
GETS [2] 3206/25 3272/23
GETTING [3] 3206/23 3260/7 3297/10
GILBERT [3] 3195/2 3195/3 3231/3
GIVE [7] 3210/15 3219/5 3226/16 3255/2 3256/19 3298/9 3304/12
GIVEN [1] 3200/23
GIVES [1] 3228/5
GIVING [3] 3285/19 3298/9
GIWW [3] 3265/5 3289/16 3289/19
GLAD [1] 3290/13
GO [24] 3198/6 3202/14 3223/9 3223/11 3224/7 3227/15 3227/17 3228/3 3228/4 3233/19 3235/11 3238/16 3250/16 3250/22 3257/5 3260/23 3265/21 3266/11 3269/4 3279/17 3283/4 3284/16 3300/10 3302/8
GOALS [3] 3197/19 3199/24 3200/1
GOES [4] 3199/7 3275/9 3289/3 3298/6
GOING [26] 3216/8 3222/16 3223/3 3228/6 3228/10 3232/15 3234/24 3237/19 3242/9 3243/3 3250/11 3256/19 3260/23 3265/2 3271/16 3271/17 3271/22 3272/15 3272/25 3272/25 3274/7 3286/1 3286/2 3288/3 3290/15 3291/12
GOING NORTH [1] 3271/16
GOLDEN [4] 3264/25 3272/25 3273/3 3289/16
GONE [2] 3247/15 3301/19
GOOD [8] 3218/7 3231/3 3233/23 3238/9 3273/17 3283/2 3297/3 3305/9
GOT [6] 3200/20 3216/7 3285/4 3290/18 3299/8 3302/7
GOVERNMENT [11] 3194/13 3198/14 3209/2 3210/25 3222/8 3224/15 3225/11 3230/6 3230/7 3230/7 3230/11
GOVERNMENTAL [1] 3215/25
GOVERNOR'S [5] 3208/25 3224/2 3224/14 3224/22 3230/6
GRAINED [1] 3251/5
GRAPHICS [1] 3266/3
GRAY [3] 3264/2 3264/18 3265/11
GREAT [1] 3264/3
GREATER [3] 3211/3 3303/11 3303/16

GREATLY [1] 3303/9
GREEN [3] 3264/1 3270/7 3273/13 3273/18
GREG [1] 3226/25
GREGORY [2] 3197/5 3227/7
GREIF [1] 3195/12
GROUNDWATER [1] 3255/16
GROUP [2] 3195/7 3209/5
GROUPS [1] 3211/12
GUESS [8] 3199/20 3243/19 3254/7 3255/10 3271/17 3271/19 3275/25 3283/2
GULF [2] 3245/24 3287/15

**H**

HABITAT [7] 3207/11 3231/12 3257/13 3269/6 3292/14 3295/7 3298/7
HABITATS [3] 3274/23 3274/24 3275/7
HAD [52] 3197/9 3197/11 3197/13 3198/17 3201/19 3209/2 3210/12 3211/1 3213/3 3213/11 3213/18 3215/7 3216/23 3220/7 3220/8 3222/10 3223/7 3223/25 3225/12 3226/12 3229/5 3229/17 3229/22 3231/25 3232/11 3232/16 3240/14 3243/7 3243/12 3243/13 3246/4 3246/18 3248/11 3259/18 3259/22 3261/4 3261/8 3267/13 3278/5 3293/23 3294/20 3294/21 3295/20 3296/17 3299/10 3299/14 3299/15 3299/23 3301/7 3301/8 3303/20 3304/6
HALF [6] 3201/20 3203/7 3205/21 3256/17 3272/22 3287/1
HALFWAY [1] 3225/17
HAND [3] 3256/1 3273/5 3273/6
HANDED [1] 3234/20
HANDING [1] 3206/14
HANDLE [2] 3251/12 3265/15
HAPPEN [1] 3201/8
HAPPENED [6] 3221/23 3261/4 3274/3 3274/16 3295/3 3300/6
HAPPENING [1] 3223/16
HAPPY [1] 3251/7
HARBOR [2] 3282/18 3283/7
HARD [8] 3201/10 3241/7 3264/21 3265/7 3271/10 3279/13 3284/21 3291/1
HAS [32] 3198/4 3204/25 3205/17 3208/2 3208/7 3208/23 3215/5 3215/10 3220/20 3225/13 3242/12 3245/19 3251/24 3252/12 3254/23 3258/20 3266/2 3266/13 3267/24 3270/11 3270/17 3270/25 3271/5 3274/7 3274/23 3276/12 3280/19 3283/19 3294/13 3299/24 3301/1 3301/19
HASN'T [2] 3299/14 3299/15
HAVE [117]
HAVEN'T [3] 3215/7 3298/10 3303/12
HAVING [6] 3197/5 3206/23 3207/4 3238/25 3249/14 3252/1
HB [1] 3195/20
HB-406 [1] 3195/20
HE [26] 3234/11 3234/12 3237/3 3238/14 3239/18 3239/18 3242/2 3243/21 3252/9 3252/12 3252/24 3259/16 3260/8 3260/13 3260/17 3260/17 3260/19 3260/21 3281/5 3281/16 3281/18 3281/23 3287/22 3303/16 3303/16 3303/17
HE'S [4] 3260/1 3287/24 3287/25 3290/2
HEADQUARTERS [1] 3219/17
HEALTH [26] 3231/18 3232/20 3232/22 3233/15 3235/18 3236/11 3236/16 3237/15 3238/3 3238/5 3238/25 3239/23 3240/5 3240/12 3240/16 3240/20

Case 2:05-cv-04182-SRD-JCW Document 16935 Filed 01/10/2009 Page 124 of 136

HEALTH... [10] 3240/23 3241/18 3243/7
3243/9 3243/14 3243/25 3244/2 3244/12
3248/18 3249/14
HEAR [3] 3212/16 3227/22 3286/5
HEARD [1] 3254/23
HEART [1] 3287/14
HELD [4] 3198/12 3198/23 3219/4
3254/19
HELP [5] 3205/1 3238/14 3265/2
3286/13 3298/21
HELPFUL [2] 3265/22 3289/23
HELPING [1] 3216/24
HELPS [3] 3234/6 3258/25 3259/1
HER [2] 3241/15 3272/9
HERE [46] 3200/10 3201/23 3202/4
3202/20 3203/12 3204/12 3205/15
3207/23 3215/1 3215/2 3219/18 3226/9
3228/16 3233/9 3235/4 3235/5 3235/7
3240/3 3241/7 3242/9 3245/13 3250/17
3251/4 3262/21 3264/11 3265/5 3266/9
3270/3 3271/18 3271/21 3272/19
3272/20 3273/19 3275/5 3276/5 3276/7
3276/9 3277/14 3277/17 3277/20
3279/12 3287/2 3287/20 3288/22 3291/2
3293/18
HEREBY [1] 3305/19
HEY [1] 3247/15
HIGH [3] 3250/25 3275/17 3278/22
HIGHER [6] 3247/4 3274/25 3276/12
3276/16 3288/10 3303/25
HIGHLIGHTED [1] 3204/12
HIGHLIGHTS [1] 3204/1
HIGHLY [2] 3270/17 3275/17
HIM [9] 3224/25 3234/4 3237/7 3237/22
3243/19 3252/17 3298/23 3303/15
3303/21
HIS [21] 3251/18 3252/23 3254/22
3255/3 3260/5 3260/5 3260/8 3260/13
3260/15 3260/19 3260/21 3262/6 3281/6
3281/16 3281/17 3281/18 3285/25
3287/22 3289/23 3291/3 3293/4
HISTORICAL [1] 3292/11
HISTORY [1] 3232/24
HIT [1] 3273/20
HOLD [1] 3235/6
HOLDER [1] 3251/10
HOLDING [1] 3251/8
HONEYCUTT [1] 3194/16
HONOR [44] 3206/13 3214/25 3215/14
3225/2 3226/23 3234/14 3234/21
3236/19 3241/5 3241/13 3244/4 3248/12
3250/1 3250/13 3250/18 3250/20
3250/25 3251/7 3251/9 3251/14 3251/23
3252/7 3252/18 3252/22 3254/21
3256/24 3259/24 3260/3 3260/10
3260/16 3260/22 3272/9 3281/13
3281/15 3283/15 3285/18 3285/22
3287/22 3289/22 3291/11 3291/14
3295/25 3303/20 3305/3
HONORABLE [1] 3193/11
HOPE [3] 3193/16 3272/17 3297/6
HOPING [2] 3286/2 3286/6
HOUR [1] 3251/13
HOUSE [1] 3213/24
HOW [21] 3210/18 3211/20 3213/21
3221/22 3222/1 3241/3 3249/18 3249/21
3249/24 3253/5 3258/20 3259/20 3261/5
3262/25 3264/7 3265/14 3266/4 3270/6
3286/10 3291/13 3302/12
HOWEVER [1] 3237/2
HUMAN [32] 3231/18 3232/20 3232/22

3233/15 3233/17 3235/18 3236/11
3236/15 3238/25 3239/6 3240/2 3240/7
3240/7 3240/12 3240/17 3240/21
3240/24 3241/14 3241/19 3243/8 3243/9
3243/12 3243/14 3243/25 3244/3
3244/12 3246/19 3248/4 3248/11
3248/19 3249/15 3296/14
HUNDREDTHS [2] 3302/19 3303/7
HUNTING [1] 3253/18
HURRICANE [12] 3220/6 3220/12
3221/4 3221/23 3222/22 3223/4 3244/9
3270/11 3270/12 3273/20 3279/5
3282/20
HURRICANES [1] 3270/13
HYDROLOGIC [3] 3263/3 3263/4
3263/14
HYDROLOGY [13] 3269/17 3269/25
3278/4 3279/4 3286/11 3287/6 3288/7
3292/18 3293/25 3294/12 3295/16
3302/5 3302/15
HYPOTHETICAL [4] 3303/19 3303/21
3303/22 3304/7

I'D [4] 3235/20 3262/11 3269/4 3293/2
I'LL [6] 3215/15 3231/19 3241/25 3242/4
3282/1 3283/2
I'M [53] 3214/21 3215/10 3216/3 3216/8
3218/20 3221/20 3228/22 3228/22
3229/11 3232/15 3233/6 3233/11
3233/18 3234/18 3234/22 3235/23
3235/23 3237/17 3237/21 3238/18
3240/1 3241/4 3243/3 3244/6 3244/21
3245/16 3248/15 3249/19 3249/22
3250/3 3250/5 3250/11 3254/4 3260/14
3260/23 3267/2 3267/9 3272/15 3279/9
3279/12 3286/1 3286/2 3286/5 3290/13
3291/12 3297/3 3299/4 3299/7 3302/10
3303/14 3304/19 3305/3 3305/5
I'VE [16] 3217/24 3234/11 3236/12
3239/25 3244/22 3251/6 3251/18 3255/8
3283/23 3285/20 3290/18 3292/3
3293/18 3303/3 3303/20 3304/6
IDEA [1] 3258/25
IDENTICAL [3] 3227/24
IDENTIFICATION [1] 3259/1
IDENTIFICATIONS [1] 3199/8
IDENTIFIED [20] 3200/2 3200/3 3201/25
3204/23 3206/5 3207/21 3210/20
3210/21 3211/14 3212/5 3213/25 3222/7
3239/13 3264/9 3264/20 3265/11
3278/12 3286/20 3295/3 3298/1
IDENTIFIES [2] 3203/10 3206/20
IDENTIFY [9] 3199/24 3202/6 3216/6
3255/17 3259/5 3277/13 3279/18
3280/10 3295/7
IDENTIFY WHETHER [1] 3216/6
IDENTIFYING [1] 3199/24
IF [116]
IGNORE [1] 3291/13
II [3] 3194/24 3195/6 3243/17
III [2] 3252/1 3252/5
ILLEGIBLE [1] 3198/9
ILLUSTRATE [3] 3273/14 3275/23
3293/19
ILLUSTRATED [1] 3286/7
IMAGE [2] 3284/20 3285/16
IMPACT [51] 3197/23 3198/1 3201/13
3214/17 3215/23 3215/24 3217/20
3218/2 3218/4 3218/16 3218/22 3219/10
3219/19 3228/17 3231/15 3231/17
3232/22 3233/17 3236/15 3237/4 3237/5
3237/6 3237/14 3239/22 3240/5 3240/9

3240/11 3240/20 3240/22 3240/23
3240/24 3241/9 3242/9 3243/18 3244/18
3245/5 3245/6 3246/7 3247/16 3248/3
3249/2 3249/14 3249/16 3276/19 3280/3
3280/13 3280/14 3294/10 3294/13
3295/8 3295/11 3295/20
IMPACTED [3] 3236/11 3293/25
3294/12
IMPACTING [1] 3235/18
IMPACTS [21] 3228/14 3229/13 3230/1
3232/19 3236/16 3237/15 3238/3 3238/5
3240/7 3240/11 3240/16 3241/17
3246/19 3248/10 3248/18 3252/15
3263/11 3280/15 3280/18 3280/20
3292/18
IMPLEMENTATION [2] 3209/12 3220/13
IMPLEMENTED [1] 3210/9
IMPLEMENTING [1] 3220/9
IMPORTANCE [1] 3226/8
IMPORTANT [6] 3242/2 3246/21 3247/1
3269/17 3275/6 3304/15
IMPOUNDED [11] 3267/21 3267/22
3268/8 3268/11 3268/25 3268/25
3277/16 3277/21 3277/24 3279/6
3279/10
IMPOUNDMENT [4] 3268/16 3269/2
3269/24 3280/14
IMPOUNDMENTS [7] 3268/18 3268/22
3268/24 3276/13 3276/13 3280/18
3286/21
IMPROVE [1] 3207/11
IN [424]
INC [1] 3281/12
INCEPTION [2] 3231/10 3300/20
INCH [2] 3302/19 3303/7
INCISIVE [1] 3305/8
INCLINED [1] 3304/19
INCLUDE [3] 3198/18 3282/13 3300/8
INCLUDED [12] 3201/12 3201/14 3203/6
3213/5 3215/19 3217/10 3270/3 3284/4
3293/9 3295/11 3300/4 3300/18
INCLUDES [6] 3197/23 3199/5 3199/23
3220/17 3262/8 3300/13
INCLUDING [2] 3220/21 3284/11
INCLUSION [1] 3203/15
INCORPORATED [1] 3221/11
INCORRECTLY [1] 3233/20
INCREASE [1] 3300/23
INCREASED [7] 3295/17 3296/12
3296/14 3300/19 3300/21 3300/25
3303/9
INCREASES [4] 3238/22 3239/24
3240/1 3240/5
INCREASING [3] 3295/12 3301/4 3301/6
INDICATES [1] 3270/4
INDIVIDUAL [3] 3210/24 3211/3 3304/18
INDIVIDUALLY [1] 3302/8
INDIVIDUALS [1] 3218/22
INDUCED [3] 3269/15 3275/14 3275/20
INDUSTRY [1] 3242/20
INFORMATION [11] 3203/21 3224/2
3224/19 3230/19 3232/6 3242/12
3242/13 3250/23 3256/2 3266/20
3303/12
INFORMED [2] 3210/8 3224/19
INITIAL [2] 3211/25 3300/16
INITIATED [2] 3259/10 3261/8
INITIATING [1] 3259/8
INITIATION [1] 3223/17
INNER [2] 3282/18 3283/7
INPUT [6] 3219/6 3219/15 3223/16
3255/13 3255/15 3299/19
INPUTS [3] 3200/5 3200/6 3202/3

**I**

INQUIRE [1] 3237/3
INSIDE [1] 3209/4
INSTALLATION [1] 3205/20
INSTEAD [1] 3283/23
INSURERS [1] 3195/2
INTEGRAL [1] 3209/1
INTEND [1] 3254/25
INTENDED [5] 3207/14 3210/7 3224/16
3226/16 3246/15
INTENT [1] 3207/10
INTERACTION [1] 3223/21
INTERAGENCY [2] 3219/11 3262/1
INTEREST [2] 3204/2 3265/13
INTERESTED [3] 3222/20 3259/8
3259/14
INTERNAL [1] 3247/4
INTERNALLY [2] 3223/3 3223/10
INTERPRET [2] 3264/7 3283/8
INTERPRETATION [2] 3252/20 3258/10
INTERPRETING [1] 3258/12
INTERVAL [1] 3264/11
INTERVALS [1] 3268/4
INTO [30] 3207/8 3207/9 3207/21
3209/20 3211/13 3213/9 3214/3 3219/6
3221/11 3221/18 3222/1 3222/9 3222/19
3232/3 3255/13 3255/15 3264/18
3265/11 3267/7 3269/4 3275/1 3276/16
3287/7 3287/15 3287/18 3287/23 3288/9
3289/16 3290/5 3299/19
INTRACOASTAL [1] 3287/16
INTRODUCE [1] 3202/15
INTRODUCED [1] 3281/14
INTRODUCTION [4] 3202/4 3206/2
3213/9 3217/11
INTRUSION [11] 3207/12 3207/21
3231/25 3232/3 3237/6 3238/2 3238/4
3257/23 3287/9 3287/11 3287/18
INVESTIGATING [1] 3223/20
INVESTIGATION [1] 3214/1
INVESTIGATIONS [3] 3220/19 3233/1
3255/16
INVITATION [1] 3225/22
INVOLVE [1] 3223/18
INVOLVED [5] 3208/21 3219/2 3221/9
3255/20 3286/19
INVOLVEMENT [1] 3210/14
IS [321]
ISLAND [2] 3257/19 3257/23
ISLANDS [3] 3199/17 3211/17 3217/15
ISN'T [22] 3231/7 3238/2 3240/12
3240/21 3241/16 3242/20 3244/19
3246/6 3247/12 3247/22 3247/25
3280/16 3281/20 3282/5 3285/8 3291/20
3292/12 3297/7 3297/20 3299/19 3300/1
3304/24
ISSUE [2] 3235/4 3235/5
ISSUES [1] 3256/14
IT [289]
IT'S [98] 3200/16 3201/14 3201/21
3202/5 3204/17 3205/16 3207/17
3207/21 3210/3 3212/9 3214/25 3215/4
3215/12 3224/11 3224/13 3224/15
3226/19 3227/6 3227/20 3227/20
3227/21 3227/23 3227/24 3228/3
3233/22 3238/13 3243/17 3244/6
3244/22 3245/14 3246/21 3247/1 3250/7
3256/17 3256/20 3258/22 3259/4 3259/5
3260/1 3260/15 3262/2 3262/14 3264/21
3264/23 3265/2 3265/7 3267/3 3267/19
3267/19 3268/4 3268/8 3268/13 3269/20
3270/9 3270/25 3271/10 3271/10
3271/19 3272/3 3272/14 3272/16
3273/7 3274/8 3274/9 3274/11 3274/21
3274/24 3276/23 3278/2 3278/2 3278/25
3279/2 3279/3 3279/13 3279/19 3280/20
3281/17 3283/6 3284/15 3284/21
3285/18 3287/14 3288/15 3289/13
3291/1 3292/2 3293/15 3294/20 3297/24
3299/4 3299/4 3299/19 3299/20 3303/9
3304/7 3304/17 3304/18 3304/19
3305/11
ITS [14] 3201/7 3208/6 3208/9 3209/17
3232/10 3232/18 3232/21 3233/16
3237/5 3237/6 3247/11 3297/19 3300/20
3304/22
ITS INCEPTION [1] 3300/20
ITSELF [6] 3198/6 3214/19 3233/15
3257/3 3269/20 3303/4

**J**

JACKSON [3] 3276/6 3276/23 3277/14
JAMES [2] 3194/6 3195/13
JANUARY [4] 3212/22 3214/6 3219/25
3220/3
JANUARY 2005 [2] 3214/6 3220/3
JANUARY OF [1] 3219/25
JAZZ [1] 3233/22
JEFFERSON [1] 3194/6
JEFFREY [1] 3195/11
JOANEN [1] 3193/19
JOB [1] 3299/7
JOHN [3] 3195/17 3256/10 3285/23
JONATHAN [1] 3193/22
JOSEPH [2] 3193/18 3193/18
JOSHUA [1] 3194/20
JOURNAL [2] 3258/19 3299/12
JR [7] 3193/11 3194/9 3194/16 3194/22
3194/23 3195/10 3195/13
JUDGE [14] 3193/11 3250/7 3260/15
3267/13 3267/17 3279/24 3285/19
3286/14 3290/11 3300/5 3301/18
3301/25 3304/12 3305/7
JUDGE'S [1] 3274/1
JUDGMENT [1] 3262/25
JUST [87] 3198/8 3200/9 3201/19
3202/14 3205/24 3208/17 3210/22
3211/2 3211/24 3213/19 3215/2 3221/16
3221/20 3224/24 3225/3 3225/12 3228/3
3231/8 3233/21 3234/6 3234/14 3236/20
3237/22 3238/20 3239/17 3240/2 3241/1
3241/4 3241/13 3241/23 3242/4 3244/6
3245/2 3245/20 3246/9 3249/19 3254/25
3255/2 3255/6 3255/9 3256/19 3256/21
3260/3 3261/19 3261/24 3263/13
3263/18 3264/2 3264/6 3265/12 3265/15
3265/24 3266/7 3266/8 3266/24 3267/8
3269/10 3269/11 3269/19 3273/2
3273/14 3274/5 3274/20 3277/1 3277/9
3277/24 3279/3 3279/9 3279/15 3282/1
3283/16 3283/19 3285/2 3285/11
3286/17 3288/13 3289/11 3290/5
3290/10 3290/22 3291/16 3293/12
3293/18 3293/23 3295/2 3295/24 3303/5
JUSTICE [1] 3195/9
JX [10] 3247/18 3256/17 3263/6 3265/23
3270/2 3273/10 3275/23 3281/25
3284/15 3293/3
JX-0349 [1] 3247/18
JX-195 [2] 3265/23 3284/15
JX-202 [6] 3256/17 3263/6 3270/2
3273/10 3275/23 3293/3

**K**

KALIMAH [1] 3195/11

KARA [1] 3195/14
KARDINAL [2] 3205/3 3220/12
KAROLINA [2] 3220/3 3220/12
3221/23 3223/4 3244/9 3247/10
KEA [1] 3193/22
KEEP [3] 3210/7 3268/5 3274/19
KELLS [1] 3195/12
KEY [1] 3212/4
KILLING [1] 3278/23
KIND [5] 3201/14 3245/13 3299/11
3304/10 3304/12
KINDS [1] 3268/24
KNEW [4] 3211/1 3264/15 3264/19
3265/12
KNOW [44] 3199/24 3201/5 3207/23
3208/8 3209/15 3211/22 3212/3 3216/11
3220/5 3220/14 3220/23 3225/1 3230/2
3231/11 3232/6 3233/12 3236/24 3241/3
3244/8 3244/21 3244/24 3249/18
3249/19 3249/21 3249/24 3259/8
3267/16 3277/17 3285/19 3291/7 3291/8
3291/15 3291/16 3291/22 3291/25
3293/24 3298/10 3299/24 3300/25
3300/25 3302/11 3303/5 3303/6 3303/13
KNOWLEDGE [3] 3209/16 3232/10
3245/14
KNOWN [3] 3231/10 3245/21 3280/20

**L**

L-O-U-I-S [1] 3252/5
LA [4] 3287/3 3288/19 3295/12 3295/12
LA LOUTRE [4] 3287/3 3288/19 3295/12
3295/12
LABELED [6] 3267/3 3271/19 3276/23
3277/14 3277/21 3285/6
LABELS [1] 3276/25
LACK [1] 3248/12
LAFAYETTE [1] 3194/7
LAG [1] 3279/2
LAID [2] 3201/25 3202/20
LAKE [21] 3199/14 3207/8 3207/10
3209/20 3217/9 3232/3 3267/11 3272/7
3272/14 3272/14 3272/16 3272/17
3272/18 3287/4 3287/5 3287/8 3287/16
3289/4 3290/12 3290/16 3292/25
LAKE BORGNE [16] 3207/10 3217/9
3267/11 3272/7 3272/14 3272/14
3272/16 3272/17 3272/18 3287/4 3287/5
3287/8 3289/4 3290/12 3290/16 3292/25
LAKE PONTCHARTRAIN [2] 3209/20
3232/3
LAND [101] 3211/1 3221/15 3252/11
3252/13 3252/19 3252/21 3255/14
3255/24 3256/6 3257/12 3257/16
3257/23 3258/1 3258/6 3258/11 3258/13
3258/20 3258/23 3258/24 3259/12
3259/17 3260/4 3261/7 3261/11 3261/15
3262/4 3262/9 3262/13 3262/24 3263/1
3263/11 3263/17 3264/14 3264/20
3265/14 3266/6 3266/21 3267/24
3267/25 3268/1 3268/1 3268/9 3268/13
3268/13 3269/6 3270/5 3270/8 3273/14
3273/25 3274/3 3274/6 3274/10 3274/12
3274/12 3274/20 3274/23 3275/3 3275/5
3275/19 3277/8 3277/11 3278/1 3278/9
3279/7 3279/18 3280/14 3280/18 3284/4
3286/9 3286/9 3286/15 3286/17 3286/22
3286/23 3286/24 3292/14 3294/25
3295/2 3295/4 3295/6 3295/17 3296/4
3296/9 3296/9 3296/21 3297/18 3297/22
3297/24 3297/24 3297/25 3298/1 3298/2
3298/4 3298/17 3299/3 3299/24 3301/7
3301/8 3301/21 3301/23 3304/14
LAND/WATER [1] 3258/13

## L

LANDFALL [5]  3220/12 3223/5 3223/13 3247/3 3247/10
LANDSCAPE [7]  3269/9 3275/7 3276/19 3292/9 3292/17 3294/10 3294/17
LANDWARD [1]  3275/3
LANGUAGE [1]  3241/21
LARGE [8]  3204/2 3231/11 3255/22 3257/14 3257/15 3264/5 3265/18 3276/19
LARGE-SCALE [1]  3257/14
LARGELY [1]  3260/5
LARGER [5]  3211/2 3220/10 3225/14 3276/21 3304/22
LAST [18]  3201/14 3204/24 3206/10 3206/18 3225/4 3226/19 3230/16 3238/18 3241/6 3241/19 3243/3 3258/17 3261/16 3274/3 3293/2 3299/10 3299/10 3299/21
LATE [4]  3223/4 3257/14 3257/20 3293/20
LATER [13]  3202/7 3203/3 3209/12 3209/25 3214/3 3215/3 3215/20 3221/12 3227/25 3261/10 3284/3 3285/11 3293/1
LATEST [1]  3299/3
LAW [5]  3193/18 3193/21 3194/9 3194/12 3194/22
LAWN [1]  3194/3
LAWS [1]  3206/6
LAWYER'S [1]  3194/13
LAY [1]  3260/3
LAYER [1]  3266/8
LAYERS [1]  3266/7
LAYING [2]  3204/19 3205/16
LAYS [2]  3204/11 3205/4
LCA [11]  3212/17 3212/17 3213/18 3214/14 3218/17 3219/4 3220/13 3226/14 3228/12 3232/9 3255/23
LEAD [2]  3222/17 3229/16
LEAST [4]  3216/15 3251/12 3271/5 3279/23
LEAVE [3]  3233/9 3233/10 3241/23
LED [3]  3210/18 3211/4 3212/11
LEEWAY [1]  3285/19
LEFT [10]  3251/3 3271/11 3271/21 3271/24 3272/2 3272/6 3272/7 3272/22 3275/11 3289/1
LEGAL [1]  3241/14
LEGEND [3]  3263/20 3264/6 3264/6
LEGISLATION [1]  3220/10
LESS [2]  3256/20 3300/24
LET [10]  3201/4 3225/1 3234/11 3235/11 3238/20 3277/9 3281/1 3250/11 3297/13 3299/22
LET'S [4]  3235/22 3241/23 3249/25 3302/16
LEVEE [16]  3240/22 3267/20 3276/3 3276/4 3276/5 3276/6 3276/7 3276/8 3276/15 3276/24 3276/24 3277/15 3279/25 3287/2 3293/18 3298/7
LEVEED [1]  3275/15
LEVEES [9]  3242/25 3248/19 3274/25 3275/1 3276/6 3288/9 3293/24 3296/19 3303/1
LEVEL [2]  3268/22 3274/7
LEVELS [1]  3303/11
LEVINE [1]  3195/13
LIKE [14]  3204/16 3216/11 3220/19 3221/5 3226/2 3236/6 3241/13 3251/1 3262/11 3269/4 3272/16 3276/11 3292/16 3293/2

LIKED [1]  3257/4
LIMITED [1]  3230/13
LINDA [1]  3230/18
3254/24
LINE [13]  3235/9 3235/15 3236/7 3238/18 3238/19 3243/15 3243/15 3263/10 3263/13 3285/10 3288/20 3288/25 3300/16
LINE 25 [1]  3238/19
LINEAR [6]  3264/14 3265/12 3271/15 3273/7 3280/18 3286/21
LINES [2]  3238/11 3242/11
LIST [11]  3198/7 3198/11 3202/9 3210/22 3212/7 3214/22 3215/16 3227/20 3227/21 3227/23 3229/20
LISTED [1]  3205/8
LISTS [2]  3198/18 3198/22
LITIGATION [4]  3195/7 3252/13 3256/4 3262/6
LITTLE [14]  3225/13 3225/17 3235/1 3235/5 3239/8 3240/2 3241/7 3256/20 3265/20 3266/2 3269/4 3289/1 3289/3 3291/5
LLC [3]  3193/21 3194/9 3194/12
LOAD [2]  3206/23 3266/2
LOBE [1]  3267/11
LOCAL [2]  3208/4 3230/6
LOCATE [1]  3293/10
LOCATED [3]  3277/2 3277/13 3285/12
LOCATION [4]  3206/12 3276/9 3289/11 3290/16
LOCATIONS [2]  3255/13 3275/10
LOGGED [1]  3294/7
LOGGING [8]  3257/14 3269/21 3287/20 3293/19 3293/21 3293/24 3293/25 3294/5
LONG [10]  3204/23 3210/19 3211/4 3212/1 3220/20 3222/10 3253/5 3272/14 3302/21 3303/7
LONG-TERM [6]  3204/23 3210/19 3220/20 3222/10 3302/21 3303/7
LONGER [4]  3210/21 3211/24 3282/15 3282/23
LONGITUDINAL [1]  3270/16
LOOK [15]  3205/2 3205/14 3207/19 3209/3 3215/11 3234/7 3234/12 3235/1 3235/10 3258/24 3262/11 3281/7 3283/14 3284/21 3295/2
LOOKED [17]  3204/22 3213/8 3222/21 3222/22 3222/23 3226/4 3226/7 3226/11 3226/14 3239/25 3246/9 3263/18 3270/8 3278/5 3286/17 3299/25 3303/12
LOOKING [16]  3200/10 3201/9 3209/24 3214/20 3228/22 3231/20 3241/4 3243/20 3246/10 3248/23 3249/2 3271/15 3274/23 3277/9 3280/5 3294/16
LOOKS [3]  3204/16 3214/20 3272/15
LOS [1]  3193/16
LOSS [135]
LOSSES [2]  3259/4 3264/17
LOST [5]  3241/7 3268/2 3268/2 3268/9 3300/14
LOT [19]  3209/18 3209/19 3221/10 3223/25 3227/13 3227/14 3227/14 3228/10 3231/6 3245/17 3255/14 3272/11 3274/23 3275/16 3277/18 3278/19 3278/22 3279/6 3293/23
LOTS [1]  3296/18
LOUD [2]  3241/11 3298/15
LOUIS [3]  3251/24 3252/1 3252/5
LOUISIANA [47]  3193/2 3193/6 3193/20 3193/23 3194/7 3194/10 3194/14 3194/17 3194/21 3194/25 3195/8 3195/21 3197/22 3208/3 3208/6 3208/13

3208/14 3208/21 3208/24 3209/6 3209/8 3209/13 3211/24 3212/16 3212/24 3213/23 3216/23 3219/12 3220/8 3220/25 3221/15 3224/1 3226/14 3229/4 3229/21 3249/1 3253/16 3253/22 3254/18 3257/18 3262/15 3262/17 3280/21 3296/8 3296/11 3305/19
LOUTRE [4]  3287/3 3288/19 3295/12 3295/12
LOVES [1]  3305/12
LOW [2]  3270/25 3296/11
LOWER [1]  3207/10
LOWERING [1]  3275/19
LT [1]  3204/24
LUCKY [1]  3305/10
LUNCH [1]  3197/9

## M

MA'AM [2]  3230/23 3296/24
MADE [15]  3210/12 3218/21 3219/8 3219/14 3223/4 3223/12 3225/18 3225/23 3230/11 3243/8 3247/2 3247/3 3247/5 3247/10 3290/10
MAIN [9]  3194/20 3201/12 3217/16 3218/10 3218/11 3269/23 3281/18 3286/15 3288/5
MAINLY [2]  3254/1 3274/8
MAINTENANCE [21]  3204/5 3204/14 3226/1 3228/11 3237/16 3238/5 3244/19 3246/2 3246/10 3246/15 3246/20 3247/12 3247/21 3248/5 3248/10 3248/20 3249/3 3249/9 3249/12 3249/17 3282/16
MAKE [9]  3200/10 3224/21 3235/24 3239/3 3241/1 3262/25 3279/17 3283/19 3289/8
MAKES [1]  3233/13
MAKING [2]  3220/12 3288/10
MAN [6]  3264/16 3269/15 3275/14 3275/20 3282/21
MAN'S [2]  3264/17 3265/14
MAN-DOMINATED [1]  3282/21
MAN-INDUCED [3]  3269/15 3275/14 3275/20
MANAGE [3]  3202/15 3216/24 3254/6
MANAGEMENT [2]  3202/4 3225/20
MANAGER [9]  3216/20 3221/23 3225/25 3227/7 3228/20 3229/1 3229/3 3230/17 3231/20
MANAGERS [3]  3216/22 3216/24 3222/17
MANMADE [13]  3264/13 3264/14 3264/20 3264/22 3266/8 3268/18 3276/2 3276/10 3276/18 3278/20 3280/13 3281/4 3292/16
MANY [2]  3266/3 3286/20
MAP [19]  3264/11 3265/18 3266/17 3266/19 3267/7 3267/25 3268/1 3270/8 3276/3 3276/20 3276/25 3277/5 3277/9 3277/11 3277/24 3278/5 3279/13 3292/3 3301/17
MAPPED [1]  3267/22
MAPPING [9]  3211/14 3211/15 3252/20 3255/14 3257/18 3259/16 3263/14 3264/9 3301/15
MAPS [7]  3204/17 3255/24 3258/6 3258/8 3261/17 3262/15 3299/21
MARC [1]  3195/13
MARINE [1]  3222/4
MARITIME [1]  3242/19
MARK [1]  3289/6
MARKED [4]  3197/11 3214/9 3289/11 3290/15

M

MARKING [2] 3290/4 3292/25
MARKINGS [3] 3289/23 3290/10 3290/11
MARSH [15] 3202/5 3202/16 3202/19 3217/13 3221/5 3221/16 3238/23 3271/1 3271/4 3271/6 3275/4 3276/13 3282/13 3282/14 3282/15
MARSHES [4] 3200/7 3207/9 3275/1 3278/24
MASTER'S [1] 3253/22
MATERIAL [3] 3226/3 3271/1 3271/1
MATERIALS [1] 3223/19
MATTER [1] 3305/20
MAUREPAS [1] 3199/16
MAY [20] 3193/7 3197/2 3200/13 3208/17 3209/4 3209/22 3214/21 3215/18 3234/14 3231/24 3234/22 3234/22 3250/12 3250/16 3250/17 3250/18 3250/19 3288/4 3289/24 3296/1
MAYBE [13] 3215/20 3216/16 3224/10 3225/17 3226/19 3233/3 3239/8 3255/9 3264/16 3278/22 3283/20 3290/15 3297/11
MCCONNON [1] 3195/13
ME [25] 3201/4 3210/10 3214/20 3217/24 3226/23 3227/12 3231/21 3238/20 3239/17 3241/1 3242/5 3245/20 3265/1 3270/14 3272/16 3279/11 3286/2 3286/7 3297/13 3298/9 3298/9 3299/22 3302/8 3302/24 3304/11
MEAN [10] 3205/9 3245/13 3245/19 3259/19 3261/4 3261/19 3268/17 3271/3 3284/25 3286/17
MEANING [1] 3274/3
MEANS [2] 3217/25 3269/2
MEANT [2] 3273/15 3303/19
MEASURE [1] 3300/23
MEASURES [6] 3199/15 3199/25 3220/18 3220/24 3221/5 3231/24
MECHANICAL [1] 3195/24
MECHANISM [2] 3275/20 3287/17
MEETING [1] 3230/19
MEETINGS [5] 3198/12 3198/23 3211/12 3211/25 3219/4
MEMBERS [1] 3198/14
MEMORY [1] 3284/22
MENTEUR [1] 3282/19
MENTION [1] 3240/16
MENTIONED [19] 3202/15 3208/19 3210/19 3212/18 3214/5 3215/1 3218/10 3221/1 3221/16 3222/6 3224/13 3232/1 3245/1 3259/18 3259/20 3261/5 3268/16 3273/25 3279/2
MENTIONS [1] 3207/3
MET [1] 3231/4
METHOD [1] 3204/13
METHODOLOGY [1] 3258/11
METHODS [1] 3211/9
MIC [1] 3216/8
MICHAEL [2] 3194/19 3194/19
MICHELE [1] 3195/12
MICHOUD [1] 3289/19
MID [1] 3210/23
MIDDLE [1] 3253/13
MIGHT [13] 3200/9 3205/18 3215/13 3218/1 3218/3 3222/11 3223/7 3238/14 3247/15 3265/22 3270/14 3283/15 3283/21
MIGRATION [2] 3257/19 3274/22
MIKE [2] 3251/10 3297/3
MILLER [13] 3195/14 3197/5 3197/12

3201/16 3216/20 3221/22 3226/25 3227/6 3227/7 3238/23 3246/14 3250/16
MILLER'S [2] 3233/24 3234/16
MILLIMETERS [1] 3302/23
MINIMAL [1] 3265/2
MINUTE [5] 3200/9 3234/14 3281/19 3283/16 3295/24
MINUTES [2] 3205/17 3251/19
MISS [1] 3238/15
MISSED [1] 3208/17
MISSING [2] 3200/24 3284/4
MISSION [1] 3261/10
MISSISSIPPI [14] 3204/4 3205/19 3206/3 3208/3 3208/16 3213/7 3213/10 3217/11 3221/17 3222/12 3245/24 3253/10 3254/12 3274/15
MISSISSIPPI RIVER [5] 3204/4 3206/3 3213/7 3213/10 3274/15
MISSTATING [1] 3241/14
MITSCH [1] 3195/14
MIXTURE [1] 3277/23
MODIFICATIONS [1] 3219/14
MODIFIED [2] 3282/13 3282/15
MODIFIER [1] 3217/25
MOMENT [1] 3250/18
MONDAY [1] 3251/7
MONEY [1] 3210/17
MORE [18] 3198/23 3215/20 3216/16 3217/24 3225/18 3230/19 3230/21 3238/24 3239/8 3255/1 3261/22 3265/21 3266/2 3269/4 3275/3 3300/5 3300/24 3304/19
MORGAN [1] 3194/25
MOST [10] 3208/11 3254/17 3255/12 3258/17 3261/14 3262/1 3269/10 3273/6 3296/17 3304/11
MOSTLY [1] 3270/24
MOTHER [2] 3305/11 3305/13
MOTHER'S [1] 3251/7
MOTHERS [1] 3305/11
MOTIONS [1] 3245/14
MOVE [11] 3202/18 3203/8 3205/3 3222/11 3233/2 3233/24 3249/8 3254/22 3274/13 3275/3 3281/20
MOVEMENT [2] 3287/6 3287/7
MOVES [1] 3275/10
MOVING [5] 3205/5 3213/6 3236/7 3285/2 3287/25
MR [2] 3233/24 3234/16
MR. [11] 3197/12 3201/16 3216/20 3221/22 3227/4 3230/10 3237/3 3243/23 3250/16 3251/16 3251/16
MR. BRITSCH [1] 3251/16
MR. MILLER [9] 3197/12 3201/16 3216/20 3221/22 3227/4 3230/10 3237/3 3243/23 3250/16
MR. SMITH [1] 3259/13
MRGO [138]
MUCH [12] 3207/18 3211/24 3249/18 3249/21 3249/24 3254/12 3262/25 3265/14 3272/14 3293/16 3303/25 3305/12
MULTIPLE [3] 3204/25 3267/4 3295/18
MUST [1] 3251/4
MY [31] 3200/13 3201/6 3216/10 3217/2 3224/24 3226/10 3229/15 3231/3 3231/19 3232/13 3232/24 3233/21 3236/23 3237/9 3240/4 3241/4 3241/21 3249/8 3250/11 3253/18 3253/21 3254/1 3254/7 3254/8 3279/21 3288/5 3298/5 3299/4 3299/7 3299/25 3305/19
MYER [1] 3195/15

MYSELF [1] 3226/10

NAME [5] 3221/13 3221/14 3231/3 3252/3 3291/25
NARRATIVE [3] 3287/25 3288/1 3288/2
NATIONAL [5] 3218/14 3222/4 3223/12 3245/6 3248/8
NATIVE [2] 3252/10 3253/14
NATURAL [20] 3263/4 3263/14 3266/8 3268/8 3268/20 3269/2 3269/11 3269/14 3274/2 3274/25 3275/1 3275/13 3276/11 3276/15 3282/24 3282/25 3288/9 3289/13 3290/3 3292/23
NAVIGATION [6] 3222/21 3282/19 3283/7 3287/4 3296/19 3304/17
NEAR [6] 3202/21 3207/9 3212/23 3217/7 3279/24 3293/13
NEAR-TERM [2] 3212/23 3217/7
NEAREST [2] 3267/10 3267/10
NECESSARILY [1] 3304/25
NECESSARY [1] 3204/3
NECESSITATING [1] 3246/17
NEED [18] 3201/4 3213/8 3234/5 3234/14 3234/25 3235/1 3235/11 3236/1 3237/21 3237/22 3243/19 3246/12 3247/15 3281/18 3283/15 3283/24 3298/13 3302/8
NEEDED [1] 3211/3
NEEDING [1] 3259/5
NEEDS [2] 3198/13 3235/8
NEGATIVELY [2] 3235/18 3236/10
NEPA [10] 3231/16 3232/16 3232/16 3232/19 3240/19 3241/14 3244/16 3245/19 3245/19 3248/17
NET [2] 3274/12 3275/2
NEVER [2] 3201/2 3208/2
NEW [31] 3193/6 3193/20 3193/23 3194/10 3195/4 3195/4 3195/8 3195/21 3222/10 3226/9 3252/9 3253/4 3253/7 3253/12 3253/14 3253/15 3253/15 3255/11 3259/16 3261/3 3261/4 3261/19 3261/20 3266/14 3287/21 3289/17 3290/11 3292/2 3292/7 3292/24 3293/13
NEW ORLEANS [11] 3226/9 3252/9 3253/4 3253/7 3253/12 3253/14 3253/15 3255/8 3255/11 3259/16 3289/17
NEXT [7] 3198/8 3225/7 3228/19 3243/4 3251/23 3266/11 3298/20
NICE [1] 3250/23
NICHOLLS [1] 3253/21
NINE [1] 3202/9
NO [24] 3228/24 3231/17 3233/11 3234/3 3240/10 3240/16 3242/1 3243/5 3243/8 3246/7 3246/18 3246/22 3246/24 3247/2 3250/13 3250/20 3250/22 3253/9 3282/15 3282/23 3296/22 3300/3 3303/3 3303/16
NO. [3] 3200/18 3202/17 3217/7
NO. 1 [1] 3217/7
NO. 2 [2] 3200/18 3202/17
NOBODY [1] 3305/12
NONE [1] 3215/5
NONRESPONSIVE [1] 3249/8
NOR [1] 3223/10
NORMAN [1] 3193/5
NORTH [12] 3199/16 3217/8 3249/7 3254/13 3265/5 3267/20 3271/16 3271/17 3277/15 3277/24 3287/3 3288/25
NORTH-SOUTH [1] 3265/6
NORTHEAST [1] 3262/14
NORTHERN [3] 3267/11 3272/19

# N

NORTHERN... [1] 3293/14
NORTHWEST [1] 3283/11
NORTHWESTERN [2] 3275/25 3277/12
NOT [91] 3200/16 3203/2 3204/9 3205/5
3207/17 3208/2 3208/7 3209/12 3210/2
3214/21 3214/21 3214/25 3215/1
3215/10 3216/14 3218/20 3224/25
3225/16 3226/23 3227/20 3227/21
3227/23 3228/20 3228/22 3228/24
3229/1 3229/11 3230/3 3233/6 3233/18
3234/23 3235/2 3235/23 3236/2 3236/3
3236/9 3236/10 3236/15 3236/20
3237/12 3237/14 3237/17 3237/21
3238/3 3239/22 3240/16 3242/2 3242/24
3243/13 3243/25 3244/6 3244/21
3245/11 3246/9 3247/4 3247/5 3248/2
3248/6 3248/15 3248/21 3249/10
3249/16 3250/16 3250/17 3257/24
3261/17 3268/5 3268/7 3272/16 3274/19
3278/25 3279/1 3279/2 3284/4 3286/10
3286/24 3287/24 3290/22 3290/24
3292/14 3297/11 3299/4 3299/20
3301/17 3302/10 3303/13 3303/14
3304/2 3304/12 3305/5 3305/11
NOTE [2] 3215/2 3228/15
NOTED [1] 3215/8
NOTES [3] 3200/10 3203/12 3228/16
NOTHING [2] 3239/15 3250/7
NOTICE [3] 3205/12 3219/20 3301/6
NOTICED [3] 3206/13 3257/4 3297/16
NOTION [2] 3209/8 3209/16
NOVEMBER [5] 3198/2 3212/21 3214/5
3214/13 3220/12
NOVEMBER 1993 [1] 3198/2
NOVEMBER 2004 [2] 3212/21 3214/13
NOW [23] 3206/24 3208/16 3213/19
3230/22 3234/20 3240/18 3245/23
3247/13 3249/10 3251/2 3260/11
3263/16 3266/13 3268/17 3273/22
3283/14 3290/15 3294/11
3298/25 3300/10 3302/16 3304/3
NUMBER [30] 3198/7 3199/7 3202/3
3202/18 3202/20 3204/17 3205/8
3210/21 3210/23 3214/23 3215/15
3216/23 3218/3 3222/6 3224/17 3226/6
3231/11 3232/25 3245/9 3246/9 3256/24
3280/19 3286/20 3288/6 3290/7 3297/4
3299/25 3301/18 3301/22 3303/4
NUMBERED [3] 3225/16 3227/6
3305/20
NUMBERS [1] 3293/1
NUMEROUS [12] 3229/10 3248/7
3257/12 3257/22 3268/22 3269/6
3269/20 3276/25 3280/17 3293/21
3294/17 3295/5

# O

O'BRIEN [1] 3195/3
O'DONNELL [2] 3193/15 3193/15
OAK [1] 3194/3
OBJECT [7] 3241/13 3272/9 3281/14
3283/3 3287/25 3288/2 3291/3
OBJECTING [1] 3260/1
OBJECTION [2] 3214/25 3215/3
3216/1 3216/4 3216/10 3236/19 3241/20
3241/21 3244/4 3248/12 3260/23
3281/23
OBJECTION'S [2] 3215/8 3282/9
OBJECTIONS [1] 3215/12
OBJECTIVE [9] 3202/3 3202/6 3203/4
3204/20 3205/1 3205/2 3205/7 3205/18

3206/8
OBLIGATED [3] 3198/5 3199/21
OBLIGATION [2] 3237/13 3237/17
3199/25 3200/3 3201/25 3202/1 3202/8
3205/16 3207/20
OBLIGATION [2] 3246/5 3246/18
OBLIGATIONS [4] 3232/18 3237/13
3240/18 3244/16
OBSERVE [1] 3292/11
OBSERVED [1] 3292/6
OBVIOUSLY [8] 3202/18 3211/25
3224/16 3229/24 3264/17 3273/20
3276/9 3294/11
OCCUR [1] 3268/18
OCCURRED [10] 3258/7 3258/8
3258/24 3264/12 3267/18 3270/9 3278/9
3278/12 3278/16 3301/21
OCCURRING [1] 3271/6
OCCURS [1] 3275/14
OCTOBER [3] 3234/8 3242/8 3243/18
OCTOBER 10 [2] 3234/8 3243/18
OCTOBER 15 [1] 3242/8
OF EXHIBIT [1] 3281/25
OFF [2] 3241/23 3291/12
OFFER [1] 3230/12
OFFICE [9] 3194/7 3194/14 3194/22
3194/24 3208/25 3219/17 3219/18
3229/6 3253/11
OFFICES [1] 3193/18
OFFICIAL [4] 3195/20 3251/10 3305/18
3305/25
OFTEN [3] 3212/16 3288/15
OIL [5] 3288/23 3289/11 3290/1 3293/24
3296/18
OKAY [11] 3206/25 3216/18 3224/7
3235/22 3236/13 3238/21 3241/5 3242/4
3246/25 3251/14 3300/10
OLD [3] 3254/13 3257/15 3283/23
ON [216]
ONCE [4] 3201/24 3259/18 3268/1
3274/17
ONE [78] 3199/11 3200/17 3200/24
3201/16 3202/15 3203/4 3203/13 3205/9
3205/16 3205/19 3207/17 3207/20
3208/10 3211/2 3212/18 3216/22
3221/15 3221/16 3221/20 3222/17
3224/12 3224/13 3225/10 3225/14
3225/20 3227/1 3228/23 3228/24
3228/25 3230/16 3233/13 3235/6
3244/18 3244/21 3244/22 3244/24
3245/15 3245/15 3250/18 3257/11
3258/17 3258/22 3259/20 3262/13
3262/14 3263/21 3266/7 3266/8 3266/17
3267/7 3268/4 3269/5 3269/24 3272/12
3272/13 3278/1 3278/25 3278/25 3279/3
3280/23 3283/24 3284/3 3284/21
3287/24 3290/22 3291/6 3292/23
3292/24 3295/5 3298/7 3298/21 3301/14
3302/11 3302/19 3303/5 3303/7 3304/11
3304/13
ONES [3] 3221/17 3245/1 3269/10
ONGOING [9] 3224/18 3226/1 3226/17
3230/8 3230/13 3230/13 3248/4 3249/12
3259/17
ONLY [17] 3199/11 3201/14 3210/2
3224/11 3234/10 3234/22 3244/22
3244/24 3245/15 3245/15 3250/16
3257/11 3264/14 3265/10 3266/14
3267/25 3269/5
OPEN [1] 3274/20
OPENED [1] 3273/22
OPERATE [1] 3203/25
OPERATION [17] 3204/5 3237/15
3238/4 3244/19 3246/2 3246/10 3246/15

3246/19 3247/11 3247/21 3248/5
3248/10 3248/11 3249/3 3249/9 3249/12
3249/17
OPERATIONS [4] 3225/25 3228/11
3230/1 3257/14
OPINION [7] 3246/18 3260/8 3269/5
3294/16 3294/20 3294/25 3296/4
OPINIONS [8] 3256/13 3257/7 3257/10
3258/1 3260/5 3283/12 3286/15 3296/3
OPPORTUNITIES [2] 3229/17 3229/23
OPPORTUNITY [3] 3215/7 3219/5
3230/5
OPTIONS [1] 3203/10
OR [89] 3198/13 3198/14 3199/17
3202/18 3202/21 3202/23 3203/1 3203/2
3203/8 3204/24 3204/25 3205/3 3205/3
3205/5 3205/20 3208/2 3209/7 3209/24
3210/4 3210/13 3211/9 3212/17 3213/11
3213/13 3213/14 3213/21 3214/5
3215/13 3215/23 3215/24 3216/8
3218/10 3220/24 3221/13 3221/14
3223/17 3226/12 3229/11 3229/11
3229/18 3231/22 3232/16 3236/1
3236/10 3236/14 3237/12 3237/14
3239/22 3245/3 3245/5 3245/12 3245/23
3246/22 3247/5 3247/14 3249/12
3249/19 3251/13 3255/8 3261/3 3267/10
3268/8 3268/10 3271/1 3271/8 3271/10
3277/20 3278/22 3279/11 3280/14
3282/14 3282/14 3286/8 3288/10 3290/3
3292/17 3296/6 3298/13 3299/10 3300/2
3300/24 3302/11 3302/16 3302/17
3302/17 3303/5 3303/12 3303/13
3305/13
ORANGISH [1] 3277/21
ORDER [2] 3236/5 3239/3
ORGANIC [3] 3270/17 3270/24 3275/17
ORIENT [1] 3277/2
ORIENTED [1] 3279/9
ORIGINAL [1] 3247/24
ORLEANS [18] 3193/6 3193/20 3193/23
3194/10 3195/8 3195/21 3222/10 3226/9
3252/9 3253/4 3253/7 3253/12 3253/14
3253/15 3255/8 3255/11 3259/16
3289/17
OTHER [48] 3199/9 3206/6 3206/6
3206/19 3209/25 3212/8 3213/13 3215/4
3215/12 3215/24 3220/23 3221/17
3221/18 3222/2 3223/25 3227/17 3232/2
3239/15 3244/25 3244/25 3245/8
3245/17 3246/11 3248/23 3248/24
3256/1 3257/17 3261/25 3264/17 3269/8
3270/11 3270/13 3273/22 3273/24
3280/15 3286/22 3290/23 3292/6
3292/17 3292/18 3292/20 3295/6 3296/7
3302/11 3302/14 3303/4 3303/5 3304/16
OTHERWISE [1] 3280/14
OUGHT [1] 3216/1
OUR [21] 3199/23 3200/1 3219/12
3219/16 3219/17 3219/17 3223/25
3225/20 3225/21 3225/21 3225/25
3229/6 3241/6 3245/2 3247/4 3251/15
3254/17 3255/12 3268/2 3271/18 3290/5
OURS [1] 3226/24
OUT [33] 3199/16 3201/25 3202/20
3204/11 3204/19 3205/4 3205/16
3211/23 3218/5 3221/8 3241/11 3245/21
3246/21 3247/1 3251/6 3259/11 3259/19
3264/19 3264/25 3265/1 3268/11
3268/21 3269/3 3270/14 3270/19 3275/1
3275/18 3278/23 3282/25 3287/5 3287/8
3292/8 3298/15
OUTLET [1] 3245/24

OUTLINE [1] 3285/11
OUTREACH [1] 3223/19
OUTSIDE [2] 3250/10 3276/18
OVER [20] 3203/22 3211/4 3212/25 3216/8 3222/17 3227/25 3240/1 3241/7 3242/1 3247/25 3256/7 3258/20 3270/24 3271/5 3271/7 3272/15 3274/3 3292/8 3300/14 3302/8
OVERALL [3] 3301/22 3302/18 3304/14
OVERNIGHT [1] 3211/24
OVERRULE [1] 3260/23 3281/22
OVERRULED [2] 3248/14 3282/9
OWN [4] 3209/16 3260/15 3285/25 3299/22

## P

P.O [1] 3195/18
PAGE [73] 3196/2 3198/7 3199/18 3199/19 3199/19 3199/22 3201/15 3201/20 3201/20 3201/22 3202/2 3203/7 3203/7 3203/16 3203/22 3204/16 3204/17 3205/12 3205/22 3205/24 3206/10 3206/16 3206/18 3206/23 3206/24 3207/3 3224/11 3225/5 3226/18 3226/19 3227/6 3228/5 3228/5 3228/19 3235/9 3235/12 3236/7 3238/11 3238/18 3239/13 3240/25 3241/1 3241/1 3241/2 3242/5 3242/7 3243/4 3243/15 3243/15 3245/25 3247/18 3256/17 3256/18 3263/7 3263/7 3263/16 3266/1 3266/3 3266/11 3266/12 3266/23 3270/3 3273/15 3275/22 3277/8 3281/25 3282/11 3284/16 3284/16 3284/21 3285/6 3293/3 3293/15
PAGE 10 [1] 3277/8
PAGE 19 [1] 3201/20
PAGES [6] 3198/9 3202/9 3203/13 3227/15 3233/25 3240/15
PAGINATED [1] 3201/11
PAGINATION [2] 3235/4 3235/5
PALMINTIER [5] 3194/19 3194/19 3194/20 3251/10 3297/3
PAPER [1] 3201/13
PAPERS [1] 3280/19
PARAGRAPH [3] 3206/10 3206/18 3282/12
PARALLEL [1] 3271/23
PARALLELS [1] 3288/19
PARIS [10] 3224/15 3276/5 3276/24 3277/13 3277/14 3280/23 3281/5 3282/18 3283/7 3283/17
PARISH [6] 3223/23 3224/6 3225/11 3225/22 3230/7 3253/17
PARSING [1] 3245/13
PART [24] 3199/17 3199/23 3201/19 3204/19 3207/12 3207/18 3209/1 3211/8 3211/18 3214/21 3228/7 3241/19 3241/23 3255/20 3255/24 3256/3 3258/1 3265/15 3282/15 3282/24 3282/25 3283/25 3299/7 3300/10
PARTICIPATE [1] 3209/3
PARTICIPATED [1] 3224/12
PARTICIPATING [1] 3210/25
PARTICULAR [16] 3198/7 3198/19 3198/21 3199/14 3202/2 3204/22 3206/4 3213/20 3217/1 3221/15 3225/13 3230/3 3236/12 3254/15 3266/1 3280/22
PARTIES [1] 3222/20
PARTNERED [1] 3220/8
PARTNERS [2] 3219/13 3232/11
PARTNERSHIP [1] 3212/14

PARTS [1] 3223/17
PASSAGE [4] 3208/9 3248/21 3249/5 3249/5
PASSED [1] 3206/6
PAST [1] 3255/22
PATHWAY [2] 3287/8 3287/16
PATTERN [2] 3270/16 3295/3
PATTERNS [1] 3256/6
PAUL [2] 3195/11 3195/13
PC [2] 3193/15 3194/2
PEAT [5] 3270/17 3270/19 3270/21 3271/7 3274/1
PEER [2] 3299/11 3299/15
PENDING [1] 3244/7
PENLAND [2] 3256/11 3280/20
PEOPLE [4] 3212/16 3216/8 3283/3 3304/6
PER [1] 3302/23
PERCEIVED [1] 3286/14
PERCENT [2] 3254/8 3254/8
PERFORM [2] 3255/17 3269/22
PERFORMED [1] 3258/2
PERFORMING [1] 3275/5
PERHAPS [8] 3255/9 3263/21 3279/17 3283/1 3283/20 3283/21 3285/2 3286/13
PERIOD [21] 3219/22 3242/17 3244/9 3259/13 3261/23 3264/10 3266/12 3266/14 3266/17 3267/18 3273/22 3278/16 3296/10 3296/12 3296/13 3296/14 3296/20 3297/18 3297/23 3300/19 3301/23
PERIODICALLY [1] 3210/6
PERIODS [8] 3258/25 3261/8 3265/25 3267/4 3267/7 3267/23 3268/1 3278/15
PERMANENT [1] 3254/7
PERMANENTLY [1] 3268/25
PERMITTED [1] 3261/22
PERSONALLY [1] 3302/12
PERSPECTIVE [1] 3216/11
PERTAINS [2] 3236/17 3237/16
PETER [1] 3195/15
PH.D [2] 3253/23 3253/25
PHASE [6] 3210/13 3212/11 3214/3 3214/4 3217/10 3275/9
PHASES [1] 3275/9
PHILEN [1] 3195/6
PHOTO [4] 3224/15 3261/10 3271/17 3293/18
PHOTOGRAPH [19] 3270/3 3271/8 3271/11 3271/12 3271/15 3272/4 3272/7 3272/22 3273/4 3273/5 3273/13 3285/14 3288/20 3289/1 3289/15 3291/19 3293/2 3293/8 3293/12
PHOTOGRAPHS [6] 3256/25 3257/2 3268/12 3271/21 3288/15 3294/15
PHOTOGRAPHY [20] 3252/20 3258/9 3258/10 3258/12 3261/20 3267/23 3284/12 3284/17 3285/7 3285/7 3285/15 3285/22 3290/24 3290/25 3291/7 3292/5 3292/5 3292/6 3292/7 3292/11
PHRASE [1] 3244/6
PHRASED [1] 3233/20
PHYSICAL [1] 3304/25
PICTURE [1] 3226/16
PICTURES [1] 3257/4
PIECE [1] 3268/5
PIECES [1] 3237/20
PIERCE [1] 3193/15
PILLBOX [1] 3272/13
PINK [3] 3264/23 3265/4 3265/6
PIPELINE [8] 3265/5 3269/21 3287/12 3287/13 3289/13 3290/3 3292/23 3304/17

PIPELINES [1] 3304/20
PIT [1] 3233/22
PITS [1] 3264/16
PLACE [7] 3251/4 3257/20 3257/25 3276/2 3291/7 3293/20 3294/1
PLACEMENT [3] 3210/22 3212/6 3226/1
PLACES [2] 3249/20 3251/6
PLAINTIFF [1] 3251/11
PLAINTIFFS [14] 3193/15 3193/18 3193/21 3194/2 3194/5 3194/9 3194/12 3194/16 3194/19 3194/22 3195/6 3206/14 3284/2 3297/17
PLAINTIFFS' [9] 3215/3 3216/11 3227/3 3228/3 3251/3 3256/10 3286/16 3294/6 3294/25
PLAN [55] 3197/11 3197/13 3197/15 3197/18 3197/19 3198/1 3198/16 3198/20 3199/12 3203/6 3203/15 3204/22 3206/2 3206/5 3207/18 3209/2 3209/24 3210/3 3210/11 3210/18 3210/20 3211/3 3211/5 3211/7 3211/11 3211/20 3212/6 3212/17 3212/20 3212/24 3213/1 3213/1 3213/3 3214/3 3214/4 3214/15 3214/18 3217/3 3217/4 3217/6 3217/7 3217/8 3218/17 3220/7 3220/10 3220/13 3221/11 3221/14 3222/5 3222/7 3232/7 3232/9 3232/9 3246/2 3249/11
PLANE [1] 3254/18
PLANNING [12] 3197/16 3199/21 3199/23 3201/24 3204/19 3206/8 3210/15 3212/10 3231/17 3231/21 3255/15 3255/25
PLANS [2] 3210/10 3248/24
PLANTS [1] 3239/15
PLATE [1] 3282/13
PLATFORM [1] 3271/6
PLAYS [1] 3275/6
PLC [3] 3193/18 3194/19 3194/23
PLEASE [5] 3197/4 3243/16 3251/22 3252/3 3298/14
PLOT [1] 3282/19
POINT [23] 3205/6 3208/5 3208/10 3223/2 3246/21 3247/1 3258/16 3258/18 3261/9 3261/12 3261/16 3261/16 3261/19 3264/25 3265/1 3265/10 3270/14 3286/7 3288/5 3288/12 3290/8 3299/3 3299/21
POINTED [1] 3292/8
POINTER [1] 3285/3
POINTING [3] 3267/9 3279/12 3288/18
POINTS [4] 3212/4 3259/19 3261/3 3261/4
POLICY [4] 3218/15 3223/12 3245/7 3248/8
PONDS [2] 3268/20 3273/21
PONTCHARTRAIN [10] 3199/4 3199/5 3199/10 3200/4 3202/22 3207/8 3209/20 3232/3 3252/14 3296/7
POOR [1] 3284/19
PORT [3] 3213/6 3222/10 3226/8
PORTION [14] 3199/12 3241/22 3263/1 3263/17 3263/22 3264/1 3272/19 3275/10 3275/25 3277/8 3277/12 3288/20 3293/14 3293/17
PORTION OF [1] 3275/25
PORTIONS [1] 3282/14
POSITION [1] 3254/3
POSITIONAL [1] 3272/11
POSITIONS [1] 3254/19
POSSESSED [1] 3242/13
POSSIBLE [2] 3268/5 3288/10
POSSIBLY [1] 3245/18

P

POST [3] 3194/7 3194/14 3194/24
POTENTIAL [7] 3198/23 3199/8 3219/7 3230/2 3233/16 3233/17 3246/12
POTENTIALLY [1] 3203/11
POWERPOINT [3] 3224/12 3225/9 3226/19
POYDRAS [2] 3194/10 3195/20
PPO38 [1] 3205/6
PRACTICES [1] 3246/16
PRECEDING [1] 3241/22
PRECISE [1] 3235/24
PREEXISTING [2] 3261/5 3287/10
PREPARATION [10] 3210/2 3211/23 3246/8 3247/21 3256/9 3280/24 3281/9 3281/16 3282/5 3285/25
PREPARE [5] 3213/15 3218/4 3247/5 3247/5 3247/16
PREPARED [12] 3211/7 3211/22 3212/3 3213/14 3219/13 3224/5 3231/16 3247/3 3249/2 3252/12 3256/10 3281/12
PREPARING [1] 3247/19
PRESENCE [2] 3250/10 3297/25
PRESENT [4] 3195/6 3224/2 3224/5 3266/20
PRESENTATION [7] 3224/14 3224/21 3225/10 3225/23 3226/21 3230/11 3266/5
PRESENTATIONS [6] 3224/12 3225/13 3225/18 3225/19 3227/5 3230/3
PRESENTED [6] 3199/12 3201/23 3219/25 3226/21 3266/20 3286/16
PRESENTING [3] 3199/22 3204/18 3211/7
PRESENTS [2] 3197/18 3197/19
PRESERVATION [1] 3200/6
PRESERVE [3] 3202/5 3202/16 3202/19
PRESUMABLY [1] 3246/16
PRETTY [9] 3235/13 3254/12 3255/18 3265/2 3272/14 3278/2 3280/20 3290/20 3298/21
PREVALENT [1] 3269/10
PREVENT [2] 3202/19 3205/2
PREVIOUS [3] 3241/11 3266/13 3298/13
PRIMARY [3] 3286/3 3286/7 3294/24
PRINT [2] 3289/23 3289/25
PRINTED [2] 3215/19 3292/22
PRINTING [1] 3290/1
PRIOR [17] 3213/20 3219/23 3220/25 3231/15 3231/22 3232/15 3254/19 3257/16 3260/19 3285/7 3287/18 3288/6 3291/8 3292/12 3294/1 3294/18 3295/21
PRIORITY [5] 3198/18 3198/21 3210/22 3212/7 3229/20
PROBABLY [6] 3201/3 3241/10 3258/5 3269/23 3283/3 3296/17
PROBLEM [6] 3199/7 3206/25 3211/1 3237/18 3272/16 3297/14
PROBLEMS [10] 3200/1 3219/6 3229/24 3231/6 3231/8 3231/9 3232/11 3242/23 3246/16 3275/21
PROCEED [3] 3209/22 3250/12 3250/12
PROCEEDINGS [3] 3193/10 3195/24 3305/20
PROCESS [15] 3199/23 3201/24 3204/20 3210/13 3212/10 3212/21 3218/15 3219/1 3219/16 3223/11 3234/23 3264/9 3275/13 3278/1 3298/8
PROCESSES [14] 3252/11 3252/14 3256/6 3259/2 3262/4 3274/18 3275/5 3275/11 3278/2 3282/22 3286/19 3298/6

PRODUCED [19] 3195/25 3198/22 3211/24 3212/8 3212/22 3215/1 3215/2 3219/8 3219/20 3223/19 3226/24 3244/18 3245/23 3247/10 3247/11 3284/2 3284/3 3284/8 3299/6
PRODUCTION [3] 3219/2 3247/11 3249/12
PROGRAM [11] 3210/5 3210/16 3211/1 3212/4 3212/5 3213/20 3218/3 3220/19 3229/4 3229/4 3229/18
PROGRAMMATIC [11] 3197/25 3214/17 3217/20 3217/23 3217/25 3218/4 3218/6 3218/11 3219/19 3249/1 3249/1
PROGRAMS [3] 3229/11 3244/25 3262/2
PROGRESS [2] 3210/4 3210/12
PROJECT [45] 3199/2 3204/25 3205/6 3205/8 3206/4 3207/10 3208/1 3208/1 3208/5 3208/7 3208/10 3208/12 3208/14 3208/16 3209/12 3210/22 3211/3 3215/5 3215/6 3215/24 3216/12 3216/20 3216/22 3216/24 3218/2 3219/25 3221/23 3222/17 3225/20 3227/7 3227/7 3228/20 3229/1 3229/3 3230/17 3231/20 3240/20 3249/13 3249/14 3255/13 3255/15 3255/23 3255/23 3255/24 3256/2
PROJECTS [27] 3198/8 3198/11 3198/19 3198/21 3198/24 3202/8 3202/11 3204/25 3205/9 3210/8 3210/12 3210/24 3212/6 3218/3 3220/18 3220/21 3226/12 3229/11 3229/19 3230/13 3230/13 3232/2 3255/18 3255/20 3255/22 3256/1 3259/7
PROMINENT [1] 3273/6
PROMPTLY [1] 3281/22
PROPORTION [1] 3304/18
PROPORTIONALIZATION [1] 3304/12
PROPOSAL [5] 3203/23 3204/7 3204/10 3207/6 3217/7
PROPOSALS [6] 3198/17 3199/5 3199/11 3202/11 3217/3 3220/15
PROPOSED [6] 3198/8 3198/11 3198/15 3198/24 3203/11 3229/19
PROPOSING [1] 3198/19
PROPOSITION [1] 3243/20
PROTECTING [3] 3200/8 3203/19 3232/8
PROTECTION [16] 3197/16 3213/4 3213/7 3217/8 3217/12 3221/4 3226/2 3226/13 3232/4 3249/6 3276/3 3276/4 3276/7 3276/23 3276/24 3277/15
PROVIDE [7] 3201/9 3219/5 3234/4 3234/21 3246/5 3252/7 3290/7
PROVIDED [10] 3200/21 3201/7 3218/23 3220/4 3227/19 3230/15 3230/18 3248/3 3248/9 3249/2
PROVIDES [1] 3199/2
PUBLIC [24] 3198/12 3198/13 3198/23 3204/1 3209/19 3209/21 3210/14 3211/12 3211/25 3219/1 3219/4 3219/5 3219/9 3219/9 3219/15 3222/8 3222/20 3222/25 3223/11 3223/16 3223/18 3223/21 3224/19 3226/5 3226/5
PUBLIC'S [1] 3210/16
PUBLICATION [1] 3299/14
PUBLICATIONS [2] 3262/3 3280/17
PUBLICLY [3] 3198/8 3218/21 3282/22
PUBLISHED [18] 3209/4 3209/9 3209/11 3212/2 3218/18 3258/14 3258/15 3258/17 3258/19 3259/18 3261/9

PULL [5] 3211/6 3238/7 3265/22 3281/7 3284/14
PUMP [4] 3275/17 3275/18 3276/8 3277/17
PUMPING [2] 3276/9 3277/17
PURPOSE [2] 3215/4 3258/6
PURPOSES [7] 3201/13 3213/25 3214/1 3248/23 3252/15 3258/22 3268/2
PURSUANT [2] 3245/6 3248/17
PUT [10] 3212/1 3222/9 3222/18 3233/9 3234/9 3263/21 3275/16 3278/20 3284/23 3293/18
PUTS [2] 3278/22 3279/6
PX [6] 3224/10 3225/4 3227/4 3227/5 3228/4 3228/25
PX-1288 [6] 3224/10 3225/4 3227/4 3227/5 3228/4 3228/25

Q

QUALIFICATIONS [1] 3254/22
QUESTION [53] 3208/17 3224/4 3231/19 3232/13 3232/17 3233/3 3233/14 3233/20 3234/24 3234/25 3236/1 3236/20 3237/9 3237/17 3237/23 3238/12 3239/17 3240/4 3241/6 3241/8 3241/11 3241/14 3241/15 3241/16 3241/20 3241/20 3241/22 3241/24 3241/25 3242/2 3242/4 3242/24 3243/3 3244/5 3244/5 3244/7 3245/20 3249/8 3250/3 3250/11 3267/13 3274/1 3279/21 3286/1 3286/13 3291/10 3298/10 3298/13 3298/15 3298/22 3299/22 3300/11 3304/5
QUESTIONS [18] 3216/17 3230/20 3230/21 3236/21 3236/23 3237/20 3238/21 3245/2 3250/13 3250/20 3250/22 3254/23 3287/23 3296/23 3297/4 3298/20 3300/7 3305/6
QUIBBLING [1] 3242/1
QUICK [1] 3250/2
QUICKLY [4] 3228/4 3240/2 3245/21 3298/21
QUITE [6] 3237/21 3257/1 3257/2 3279/15 3286/18 3305/12

R

RAINFALL [2] 3268/10 3278/22
RAISED [1] 3253/15
RAPID [2] 3259/12 3259/14
RARE [1] 3268/8
RARELY [1] 3278/1
RATE [12] 3257/16 3259/14 3274/11 3274/11 3274/20 3296/5 3302/19 3302/21 3302/25 3303/1 3303/6 3303/25
RATES [11] 3252/11 3252/13 3255/24 3255/25 3259/4 3259/13 3262/4 3268/4 3296/10 3296/11 3302/23
RATIONALE [2] 3203/17 3206/19
REACH [1] 3236/6
REACHED [5] 3222/11 3223/2 3223/7 3257/8 3270/6
READ [19] 3200/5 3234/18 3235/13 3235/20 3235/22 3235/24 3236/1 3236/12 3238/15 3240/14 3241/6 3241/11 3251/18 3271/10 3297/4 3297/16 3298/13 3298/14 3298/15
READING [4] 3202/18 3236/3 3237/20 3240/2
READY [1] 3297/10
REAL [1] 3250/2
REALIZE [2] 3265/2 3283/22

REALLY [2] 3233/11 3237/17
REASON [2] 3234/22 3303/25
REASONS [2] 3203/1 3204/8
RECALL [10] 3202/2 3213/1 3217/4
3223/6 3228/21 3236/24 3284/11
3285/10 3285/15 3291/1
RECEIVE [1] 3226/25
RECEIVED [8] 3201/2 3213/14 3219/10
3219/14 3222/25 3223/13 3227/1
3250/24
RECENT [3] 3208/11 3258/17 3261/22
RECENTLY [1] 3261/14
RECESS [2] 3251/20 3305/15
RECOGNIZABLE [1] 3278/3
RECOGNIZE [3] 3224/10 3228/8
3283/18
RECOGNIZED [4] 3221/9 3231/7
3231/25 3280/15
RECOGNIZING [1] 3301/4
RECOLLECT [1] 3291/6
RECOLLECTION [4] 3236/14 3237/12
3239/21 3242/22
RECOMMEND [4] 3206/11 3207/13
3207/25 3233/23
RECOMMENDATION [6] 3203/6
3205/25 3217/6 3217/10 3220/5 3247/14
RECOMMENDATIONS [7] 3210/8
3211/19 3214/7 3217/16 3219/3 3232/4
3232/14
RECOMMENDED [19] 3202/8 3203/2
3204/14 3205/9 3207/23 3213/1 3213/4
3213/11 3214/18 3217/3 3217/4 3220/7
3220/14 3220/17 3220/21 3220/24
3223/8 3232/1 3247/22
RECOMMENDING [1] 3231/23
RECOMMENDS [1] 3249/5
RECONNAISSANCE [3] 3212/10 3214/3
3221/2
RECORD [19] 3205/25 3217/21 3218/12
3218/13 3218/14 3218/18 3225/4
3231/21 3252/4 3272/2 3273/2 3276/20
3277/4 3283/23 3288/14 3290/5 3290/6
3292/22 3305/20
RECORDED [1] 3195/24
RECRETING [1] 3271/7
RED [10] 3263/9 3263/13 3266/9
3266/14 3267/8 3267/13 3277/23 3278/8
3278/12 3285/10
REDIRECT [1] 3250/15
REDUCE [4] 3202/5 3202/16 3205/13
3206/1
REEVALUATING [1] 3231/20
REEVALUATION [26] 3221/24 3222/1
3222/14 3222/21 3223/1 3223/17
3223/20 3223/24 3226/15 3228/7
3228/12 3228/14 3228/18 3228/20
3229/2 3229/7 3229/24 3230/4 3232/9
3245/25 3246/3 3246/8 3246/17 3246/17
3247/8 3247/19
REFER [1] 3211/5
REFERENCE [3] 3209/7 3273/4 3274/1
REFERENCED [8] 3218/12 3260/6
3273/3 3273/12 3282/7 3283/6 3288/23
3294/5
REFERENCES [2] 3281/17 3283/13
REFERENCING [4] 3214/12 3227/4
3274/6 3292/6
REFERRED [3] 3212/9 3212/17 3275/8
REFERRING [1] 3283/8
REFLECTED [1] 3217/16
REFLECTS [1] 3266/14

REFRESH [4] 3236/14 3237/12 3239/21
3242/22
REFRESHINGLY [2] 3297/5 3297/6
REGARD [17] 3237/11 3238/2 3238/12
3238/21 3239/23 3240/4 3240/5 3240/18
3240/19 3244/16 3244/19 3245/5
3245/23 3249/9 3249/10 3249/10
3249/11
REGARDING [8] 3223/7 3248/3 3248/18
3252/13 3280/17 3286/15 3294/25
3295/16
REGENERATE [3] 3278/24 3294/7
3294/11
REGENERATION [1] 3294/8
REGIME [1] 3239/6
REGION [2] 3273/19 3303/6
REGISTER [3] 3218/19 3218/20 3219/21
RELATE [2] 3236/25 3304/25
RELATED [32] 3199/6 3199/11 3207/15
3211/9 3213/2 3218/13 3222/3 3222/7
3228/11 3229/5 3230/8 3230/14 3236/23
3237/1 3240/11 3246/8 3248/19 3255/18
3257/24 3264/17 3270/10 3270/12
3277/18 3286/21 3286/22 3286/23
3286/24 3286/24 3287/20 3293/19
3298/8 3305/1
RELATING [1] 3246/6
RELATION [1] 3298/17
RELATIVE [3] 3244/11 3274/6 3293/10
RELATIVELY [1] 3296/11
RELAY [1] 3224/18
RELEVANT [3] 3201/16 3215/12 3263/2
RELIED [3] 3260/13 3260/17 3260/19
3262/5
RELOCATE [1] 3204/3
RELOCATION [1] 3246/12
REMAIN [1] 3208/10
REMAINED [3] 3247/25 3294/9 3295/21
REMAINS [1] 3208/8
REMEMBER [11] 3221/13 3223/22
3237/19 3238/7 3238/9 3239/18 3240/14
3240/25 3257/1 3281/24 3305/12
REMOVAL [5] 3269/19 3269/22 3295/17
3302/15 3304/16
REMOVED [1] 3257/15
RENDERING [3] 3260/8 3260/19
3260/21
REPEATED [1] 3244/6
REPHRASE [1] 3237/9
REPORT [121]
REPORTED [1] 3298/3
REPORTER [7] 3195/20 3241/6 3241/12
3250/10 3298/16 3305/18 3305/25
REPORTING [1] 3209/25
REPORTS [8] 3210/5 3210/7 3210/11
3221/2 3221/6 3256/10 3270/11 3280/24
REPRESENT [2] 3264/11 3265/25
REPRESENTED [4] 3208/25 3267/14
3273/13 3283/9
REPRESENTS [2] 3227/24 3296/14
REQUIRE [1] 3282/16
REQUIRED [4] 3210/2 3210/6 3219/23
3235/2
REQUIREMENTS [2] 3209/25 3241/14
RESEARCH [3] 3253/9 3258/19 3299/12
RESEARCHERS [1] 3261/25
RESERVE [1] 3215/8
RESOURCE [2] 3219/13 3232/10
RESOURCES [2] 3199/23 3208/11
RESPECT [2] 3213/2 3217/4
RESPONDED [1] 3232/18
RESPONSE [4] 3231/16 3237/13 3260/2
3274/1

RESPONSES [2] 3219/13 3287/23
RESPONSIBILITIES [2] 3254/15 3254/5
RESPONSIBLE [1] 3230/17
RESPONSIVE [1] 3245/19
RESTORATION [58] 3197/10 3197/13
3197/15 3197/16 3197/19 3197/19 3198/1
3198/13 3198/16 3198/20 3199/2 3200/4
3203/6 3204/22 3207/18 3209/2 3209/24
3210/3 3210/5 3210/11 3210/17 3210/20
3211/4 3211/10 3212/12 3212/19
3212/24 3213/2 3213/5 3214/8 3214/14
3217/3 3217/7 3217/14 3218/17 3220/22
3220/24 3221/4 3221/11 3222/3 3222/23
3223/24 3226/10 3226/13 3226/20
3227/8 3229/16 3229/23 3230/14 3231/9
3231/21 3232/7 3246/11 3248/24
3249/11 3255/20 3259/4 3259/5 3262/2
RESTORING [2] 3203/19 3232/8
RESTRICTING [1] 3276/14
RESULT [5] 3238/4 3274/22 3275/19
3280/14 3300/14
RESULTANT [1] 3238/23
RESULTING [2] 3276/19 3294/14
RESULTS [5] 3216/25 3258/14 3258/18
3279/7 3295/17
RESUME [1] 3208/9
RETAIN [1] 3282/17
RETENTION [1] 3271/20
RETIRE [1] 3297/10
REVERSED [1] 3247/14
REVERT [1] 3268/9
REVERTED [1] 3267/24
REVIEW [16] 3215/7 3218/15 3219/1
3219/16 3220/4 3223/3 3223/10 3223/11
3247/4 3247/13 3247/15 3256/14
3291/24 3292/5 3299/11 3299/16
REVIEWED [11] 3256/9 3280/24 3281/8
3281/16 3281/23 3282/4 3284/7 3285/24
3290/25 3296/3 3299/10
RICHARD [1] 3195/16
RIDGE [3] 3288/19 3295/12 3295/13
RIGHT [101] 3197/21 3197/24 3197/25
3198/19 3199/6 3199/7 3199/13 3202/12
3202/13 3203/10 3204/10 3204/11
3206/12 3206/20 3206/24 3207/17
3209/10 3211/10 3211/11 3213/16
3213/17 3215/11 3216/21 3220/1 3220/2
3227/11 3228/7 3228/9 3229/2 3229/14
3230/4 3230/21 3231/5 3235/16 3236/8
3238/20 3242/15 3243/1 3247/23 3248/6
3250/3 3251/4 3256/7 3258/2 3261/20
3265/4 3265/5 3265/9 3266/14 3266/18
3267/5 3271/13 3271/16 3271/23 3272/4
3272/5 3272/8 3273/5 3273/6 3273/7
3276/8 3276/21 3277/3 3277/14 3277/17
3278/6 3278/10 3278/13 3279/12
3279/19 3280/5 3281/1 3282/5 3284/9
3285/8 3288/21 3288/22 3289/1 3289/4
3289/12 3289/17 3289/20 3291/16
3291/17 3291/20 3292/9 3292/13 3293/5
3294/10 3294/18 3294/22 3295/9
3295/18 3295/22 3296/8 3296/16 3297/8
3299/2 3301/25 3302/2 3302/21
RIGHT-HAND [2] 3273/5 3273/6
RISE [4] 3197/3 3251/21 3268/21
3305/14
RIVER [13] 3204/4 3205/20 3206/3
3213/7 3213/10 3217/12 3221/18
3221/19 3222/12 3245/24 3254/13
3274/15 3275/10
ROAD [10] 3224/16 3276/5 3276/24
3277/13 3277/14 3280/23 3281/6
3282/18 3283/7 3283/11

**R**

ROADS [3] 3268/19 3296/19 3304/21
ROB [1] 3200/23
ROBERT [1] 3195/6
ROBIN [1] 3195/15
ROBINSON [1] 3193/5
ROCKS [1] 3226/1
ROLE [1] 3275/6
ROLES [1] 3254/8
ROOM [1] 3195/20
ROUGE [6] 3194/14 3194/21 3250/17 3250/23 3254/14 3254/18
ROY [2] 3194/5 3194/6
RULE [1] 3285/20
RULING [1] 3215/9
RUNOFF [1] 3276/16
RUNS [1] 3235/12 3265/6 3288/24
RUPERT [1] 3195/14
RUSHING [1] 3305/5
RUSSO [1] 3225/25

**S**

S.W [1] 3194/17
SAFETY [28] 3231/18 3232/20 3232/22 3233/15 3235/18 3236/11 3236/16 3237/15 3238/3 3238/5 3238/25 3239/23 3240/6 3240/12 3240/17 3240/20 3240/23 3240/23 3241/18 3241/18 3243/7 3243/9 3243/14 3243/25 3244/2 3244/12 3248/19 3249/15
SAID [12] 3206/16 3213/19 3237/18 3239/18 3243/8 3245/12 3247/15 3261/19 3262/1 3286/6 3301/14 3301/14
SALIENT [1] 3275/3
SALINITIES [4] 3207/10 3213/10 3213/11 3239/2
SALINITY [20] 3202/5 3202/16 3205/13 3206/1 3207/15 3217/12 3237/5 3238/12 3238/21 3238/23 3239/6 3239/24 3240/1 3240/5 3257/13 3269/7 3288/11 3295/12 3295/17 3295/20
SALT [1] 3238/24
SALTWATER [13] 3207/12 3207/20 3231/25 3232/3 3237/6 3238/2 3238/4 3257/23 3287/7 3287/9 3287/11 3287/18 3288/10
SAME [20] 3199/19 3208/13 3214/2 3222/9 3224/2 3227/21 3229/8 3238/11 3238/20 3242/17 3242/19 3246/15 3257/17 3266/5 3266/20 3273/10 3276/17 3277/11 3277/24 3296/5
SARAH [1] 3195/16
SAW [1] 3287/13
SAY [19] 3197/20 3207/16 3217/23 3246/22 3247/18 3249/25 3251/5 3254/1 3257/5 3272/2 3273/2 3275/9 3283/22 3300/13 3301/22 3302/17 3303/10 3303/20 3304/13
SAYING [3] 3219/21 3304/20
SAYS [6] 3204/12 3206/18 3247/8 3247/20 3247/24 3271/11
SCALE [2] 3257/14 3265/7
SCAN [1] 3198/8
SCARS [3] 3293/21 3293/25 3294/5
SCIENCE [1] 3220/19
SCIENTISTS [1] 3280/16
SCOPE [3] 3260/1 3260/12 3281/14
SCOPING [1] 3219/4
SCOTT [1] 3193/19
SCOUR [1] 3270/10
SCOURED [1] 3270/19
SCOURING [1] 3273/19

SCREEN [11] 3197/13 3204/13 3217/17 3220/5 3223/6 3233/25 3236/11 3243/16 3257/7 3284/19 3289/7
SEA [1] 3274/7
SEABROOK [1] 3232/3
SEATED [2] 3197/4 3251/22
SEAWARD [3] 3274/13 3274/13 3274/13
SECOND [9] 3201/20 3201/22 3203/7 3217/10 3235/6 3256/19 3258/16 3292/23 3300/10
SECTION [15] 3199/5 3199/19 3201/14 3203/22 3205/12 3205/24 3206/10 3207/13 3226/20 3235/21 3262/13 3263/22 3266/24 3279/24 3281/17
SEDIMENT [2] 3200/5 3274/19
SEDIMENTS [2] 3206/3 3276/17
SEE [29] 3200/5 3202/7 3202/19 3203/3 3203/5 3205/21 3206/7 3219/18 3225/24 3227/18 3235/21 3238/14 3238/14 3242/25 3251/7 3258/24 3263/22 3264/5 3264/13 3265/8 3272/6 3275/7 3276/1 3277/18 3279/8 3279/12 3287/2 3293/21 3302/12
SEEING [1] 3291/1
SEEN [5] 3244/22 3245/14 3270/12 3292/3 3296/9
SEIS [3] 3245/3 3245/12 3245/15
SELECTED [5] 3203/5 3203/17 3203/21 3203/23 3204/9
SELECTION [5] 3203/14 3203/18 3205/13 3206/19 3289/25
SEMI [2] 3268/25 3276/13
SEMI-IMPOUNDED [1] 3268/25
SEMI-IMPOUNDMENTS [1] 3276/13
SENATE [1] 3213/5
SENSE [3] 3210/15 3255/3 3270/23
SENT [1] 3210/5
SEPARATE [1] 3213/21
SEPARATED [1] 3264/19
SEPARATES [1] 3266/18
SEPTEMBER [4] 3246/2 3246/6 3246/14 3247/9
SEPTEMBER 2005 [2] 3246/2 3246/14
SEQUENCE [1] 3274/9
SEQUENCES [1] 3292/7
SERIES [7] 3198/12 3211/11 3211/25 3213/3 3213/11 3221/2 3221/6
SERVICE [2] 3222/5 3231/22
SERVICES [1] 3232/14
SESSION [4] 3193/10 3197/1 3197/4 3251/22
SESSIONS [1] 3212/1
SETTING [3] 3252/13 3268/8 3298/5
SEVEN [1] 3262/15
SEVERAL [7] 3198/4 3198/4 3199/1 3229/12 3255/22 3274/4 3275/15
SEVERING [1] 3295/11
SHAFFER [2] 3256/11 3285/23
SHAFFER'S [3] 3284/1 3284/8 3285/16
SHALL [3] 3251/5 3283/22
SHAPE [1] 3270/12
SHARE [1] 3208/4
SHE [3] 3244/5 3245/11 3245/11
SHE'S [2] 3260/11 3272/10
SHEA [1] 3256/11
SHERMAN [1] 3193/22
SHIFT [1] 3239/14
SHIPPING [3] 3204/3 3213/6 3222/22
SHIPS [1] 3226/6
SHORE [4] 3217/9 3226/2 3231/12 3267/9
SHORELINE [6] 3217/13 3232/4 3249/5 3255/16 3269/11 3289/3

SHORELINES [1] 3273/21
SHORT [4] 3204/22 3210/10 3251/15 3257/3 3289/19
SHORT-TERM [2] 3204/22 3210/10
SHOULD [6] 3200/17 3225/1 3233/1 3276/4 3289/9 3298/11
SHOW [28] 3197/10 3199/19 3210/10 3210/11 3224/17 3226/5 3228/10 3230/5 3234/24 3256/16 3257/7 3258/22 3262/11 3262/12 3263/6 3263/9 3263/10 3263/17 3265/24 3266/19 3270/2 3285/3 3290/1 3290/11 3293/3 3294/16 3299/22 3303/9
SHOWED [2] 3230/16 3268/12
SHOWING [6] 3259/12 3266/7 3273/15 3292/23 3292/24 3292/25
SHOWN [17] 3197/12 3217/17 3263/1 3266/9 3266/10 3266/13 3268/22 3270/7 3273/18 3277/20 3278/8 3280/10 3280/22 3282/13 3289/15 3290/23 3290/24
SHOWS [11] 3204/20 3228/14 3231/21 3232/25 3264/7 3266/4 3267/16 3279/18 3291/19 3294/5 3299/22
SHRINK [1] 3270/25
SIDE [10] 3221/19 3250/6 3263/21 3267/9 3272/6 3273/4 3273/5 3273/6 3277/15 3279/10
SIDEBAR [1] 3250/2
SIGNED [4] 3212/22 3217/21 3219/24 3220/2
SIGNIFICANT [4] 3286/8 3297/18 3297/22 3301/1
SIGNIFICANTLY [1] 3296/12
SILL [1] 3232/2
SIMILAR [3] 3224/13 3227/5 3227/18
SIMPLY [1] 3237/22
SIMS [1] 3194/3
SINCE [6] 3225/12 3232/16 3255/8 3257/20 3258/7 3286/18
SIR [17] 3208/20 3208/23 3218/1 3225/7 3233/18 3234/1 3234/3 3237/25 3244/14 3245/11 3246/24 3249/22 3260/9 3270/15 3288/12 3305/8 3305/9
SITE [1] 3218/25
SITUATION [2] 3268/10 3279/4
SIX [2] 3302/19 3303/7
SIX-ONE [2] 3302/19 3303/7
SIZE [3] 3301/1 3301/6 3304/25
SKIPPED [1] 3212/25
SKY [1] 3304/7
SLIDE [7] 3224/12 3225/9 3225/14 3227/6 3228/16 3230/10 3266/13
SLIDES [5] 3225/24 3227/17 3228/4 3229/25 3230/16
SLIGHT [1] 3269/1
SLIGHTLY [2] 3238/24 3276/12
SLOW [1] 3234/23
SMALL [2] 3210/24 3265/7
SMALLER [3] 3211/13 3265/6 3276/6
SMITH [3] 3195/15 3259/10 3259/13
SO [89] 3199/11 3200/10 3201/14 3202/5 3202/9 3202/22 3203/7 3204/7 3205/2 3205/8 3208/7 3209/13 3209/20 3212/1 3215/6 3216/7 3216/8 3222/12 3224/19 3225/14 3226/15 3228/25 3228/25 3229/6 3229/10 3230/10 3230/19 3232/15 3233/14 3234/11 3236/8 3238/14 3240/1 3242/5 3246/4 3246/14 3247/9 3251/13 3255/18 3258/10 3261/16 3262/16 3263/22 3264/11 3264/18 3265/7 3266/2 3266/9 3266/16 3267/3 3267/19 3267/22

S

SO... [37] 3268/19 3268/21 3270/18 3271/5 3271/7 3271/12 3271/15 3272/6 3272/14 3272/22 3274/12 3275/20 3276/9 3276/14 3276/18 3277/1 3277/2 3278/21 3278/25 3279/4 3279/9 3280/2 3282/14 3283/21 3284/4 3287/8 3293/16 3294/20 3296/19 3297/5 3297/12 3300/24 3301/8 3301/8 3302/22 3303/4 3303/12
SOILS [1]   3275/17
SOJA [1]   3195/16
SOLUTIONS [4]   3199/8 3211/16 3219/7 3232/1
SOME [45]   3198/20 3200/3 3203/21 3207/15 3212/1 3215/4 3215/18 3215/24 3219/1 3219/14 3222/11 3222/19 3223/22 3225/24 3226/4 3226/7 3226/11 3231/6 3239/12 3240/1 3256/1 3262/7 3263/3 3263/4 3263/22 3265/4 3268/24 3268/25 3268/25 3269/8 3269/16 3273/21 3274/6 3275/23 3276/1 3278/16 3283/2 3283/24 3285/14 3286/7 3288/14 3290/8 3293/10 3294/8 3299/23
SOMEBODY [1]   3201/9
SOMEONE [2]   3300/2 3303/15
SOMEONE'S [1]   3286/2
SOMETHING [8]   3208/18 3216/9 3218/18 3221/20 3239/8 3242/1 3282/25 3285/24
SOMETIMES [7]   3202/23 3202/23 3234/6 3278/21 3279/1 3279/3 3292/14
SOMEWHAT [1]   3288/19
SOON [1]   3297/10
SORRY [8]   3206/18 3216/3 3221/20 3235/23 3238/18 3250/5 3267/2 3286/5
SORT [5]   3198/9 3258/22 3265/6 3272/4 3299/11
SOUND [1]   3221/18
SOURCE [1]   3207/22
SOUTH [8]   3193/16 3217/9 3254/17 3265/6 3267/9 3267/20 3271/17 3272/4
SOUTH SHORE [1]   3267/9
SOUTHEASTERNMOST [1]   3199/17
SOUTHERN [8]   3267/9 3272/20 3279/19 3279/23 3287/1 3289/13 3290/3 3292/23
SPECIALIZE [1]   3253/24
SPECIFIC [19]   3200/7 3202/8 3202/23 3204/25 3205/6 3212/6 3212/25 3218/2 3220/18 3220/20 3229/10 3229/22 3235/23 3240/25 3249/9 3249/16 3255/13 3264/11 3278/1
SPECIFICALLY [9]   3215/6 3240/4 3245/4 3248/20 3248/21 3249/13 3256/6 3264/19 3281/5
SPECULATING [1]   3291/3
SPELLING [1]   3252/4
SPEND [1]   3254/7
SPENDING [1]   3210/16
SPENT [3]   3223/22 3253/7 3253/17
SPILLWAY [3]   3206/5 3207/7 3209/7
SPOIL [6]   3267/19 3271/24 3272/2 3272/3 3273/1 3273/5
SPOILED [1]   3271/22
SPONSORS [1]   3208/4
SPONSORSHIP [1]   3208/9
SPRINGS [1]   3194/17
SR [1]   3195/16
ST [1]   3204/24
ST. [9]   3223/23 3224/6 3224/15 3225/11 3225/21 3225/22 3230/7 3253/17 3283/3
ST. BERNARD [9]   3223/23 3224/6

3224/15 3225/11 3225/21 3225/22 3230/7 3253/17 3283/3
STABILIZATION [2]   3203/19 3205/7
STABILIZE [1]   3205/4
STAFF [2]   3209/3 3210/25
STAND [1]   3251/25
STANWOOD [1]   3193/11
START [2]   3199/21 3263/25
STARTED [7]   3219/4 3230/10 3244/5 3253/9 3258/5 3272/12 3273/25
STARTING [1]   3235/15
STARTS [3]   3201/11 3235/9 3238/18
STATE [25]   3208/3 3208/3 3208/6 3208/8 3208/14 3208/15 3208/21 3208/24 3209/2 3209/6 3209/7 3209/11 3209/13 3209/17 3209/20 3210/17 3212/14 3219/12 3224/21 3230/6 3230/11 3252/3 3253/21 3257/10
STATE'S [1]   3211/13
STATED [1]   3283/12
STATEMENT [31]   3197/23 3198/1 3201/13 3214/17 3215/23 3215/24 3217/20 3218/2 3218/4 3218/16 3218/23 3219/10 3219/19 3228/17 3231/15 3236/4 3236/15 3237/4 3237/14 3239/22 3240/9 3240/11 3243/24 3244/18 3245/5 3245/6 3246/7 3247/16 3248/3 3249/2 3249/16
STATES [5]   3193/1 3193/7 3193/11 3251/23 3305/18
STATION [3]   3195/17 3276/9 3277/17
STATISTICS [1]   3304/14
STATUS [6]   3210/4 3210/8 3220/5 3223/6 3228/6 3230/12
STATUTE [2]   3197/10 3210/1
STAYS [1]   3268/2
STENOGRAPHY [1]   3195/24
STEPS [2]   3231/14 3231/17
STEVENS [2]   3194/22 3194/23
STILL [7]   3200/16 3222/4 3237/24 3243/21 3265/13 3278/21 3296/4
STIPULATED [1]   3254/21
STONE [1]   3195/16
STOP [3]   3232/3 3276/17 3304/4
STOPPED [1]   3268/20
STOPPING [2]   3269/2 3288/9
STOPS [2]   3276/15 3299/18
STORM [8]   3222/23 3223/12 3246/11 3247/3 3270/10 3270/12 3270/19 3278/22
STRAIGHT [1]   3288/20
STRATEGIES [24]   3199/8 3199/20 3201/21 3201/22 3202/1 3202/9 3202/14 3202/20 3202/22 3203/17 3204/23 3205/18 3205/23 3206/9 3206/19 3210/20 3210/21 3211/9 3211/16 3212/5 3213/3 3213/12 3222/6 3222/9
STRATEGY [21]   3199/3 3202/6 3203/1 3203/4 3203/5 3203/8 3203/14 3203/19 3203/20 3204/8 3204/21 3205/3 3205/5 3205/13 3206/1 3206/21 3206/22 3207/14 3208/18 3211/3 3212/1
STRATEGY 1 [1]   3206/22
STREAMS [1]   3269/13
STREET [10]   3193/16 3193/19 3193/23 3194/6 3194/10 3194/13 3194/20 3195/4 3195/7 3195/20
STRESS [2]   3278/20 3294/21
STRESSED [1]   3278/21
STRESSING [1]   3245/20
STRIKE [4]   3233/2 3249/8 3281/20 3301/20
STRONG [1]   3204/1

STRONGER [1]   3304/23
STRONGLY [1]   3304/23
STRUCTURE [2]   3254/13 3282/20
STRUCTURES [1]   3304/23
STUDIES [14]   3220/9 3220/20 3220/24 3221/2 3221/3 3221/6 3222/2 3224/16 3230/18 3243/6 3244/11 3253/25 3256/3 3268/22
STUDY [133]
STUDY WAS [1]   3261/3
STUFF [1]   3235/24
STYLUS [2]   3289/9 3290/18
SUBJECT [2]   3252/23 3253/24
SUBMITTAL [2]   3210/3 3247/3
SUBMITTED [2]   3215/3 3215/16
SUBROGATED [1]   3195/2
SUBSEQUENT [10]   3198/22 3220/11 3223/13 3267/23 3268/12 3273/21 3297/21 3299/14 3299/15 3300/16
SUBSIDED [2]   3302/19 3303/24
SUBSIDENCE [31]   3252/21 3269/14 3269/15 3269/15 3271/6 3273/25 3274/2 3274/5 3274/7 3274/12 3274/18 3274/20 3274/21 3274/22 3275/4 3275/12 3275/13 3275/14 3275/14 3275/20 3298/7 3302/4 3302/10 3302/16 3302/16 3302/23 3302/25 3303/1 3303/3 3303/21 3303/13
SUBSIDES [1]   3271/6
SUBSIDING [1]   3275/2
SUBSTANCE [1]   3272/15
SUBSTANTIAL [1]   3302/24
SUBSTANTIVE [1]   3217/25
SUBSURFACE [1]   3255/17
SUCCESS [1]   3210/15
SUCCESSES [1]   3210/24
SUCH [4]   3252/24 3265/18 3268/18 3292/7
SUGGEST [2]   3215/4 3300/2
SUGGESTS [1]   3257/19
SUITE [5]   3193/16 3194/3 3194/6 3194/10 3195/7
SUMMARY [5]   3228/6 3230/12 3235/21 3241/4 3252/8
SUMMED [1]   3261/10
SUMMER [1]   3223/4
SUNDAY [1]   3305/12
SUPERIMPOSED [1]   3285/11
SUPERVISION [1]   3254/7
SUPERVISORY [4]   3254/4 3254/5 3254/8 3254/20
SUPPLEMENT [1]   3200/22
SUPPLEMENTAL [5]   3245/5 3248/3 3248/6 3284/7 3285/23
SUPPLY [1]   3221/4
SUPPORT [4]   3208/6 3209/13 3209/17 3304/2
SUPPORTER [1]   3209/11
SUPPORTING [1]   3203/21
SUPPOSE [1]   3239/5
SUPPOSED [2]   3200/22 3215/23
SURE [17]   3215/10 3218/20 3228/22 3229/11 3233/18 3236/2 3236/24 3237/17 3237/21 3241/1 3244/6 3244/21 3255/10 3279/15 3283/19 3296/1 3302/10
SURFACE [6]   3259/16 3270/18 3271/4 3274/6 3274/23 3275/19
SURGE [4]   3246/11 3270/10 3270/12 3270/19
SURGES [1]   3222/23
SURROUNDING [1]   3276/12
SURVIVING [1]   3278/21

**S**

SWAMP [5] 3202/16 3271/1 3274/25 3282/14 3287/14
SWAMPS [1] 3199/15
SWITCHES [2] 3274/15 3275/10
SWITCHING [1] 3268/5
SWORN [2] 3197/5 3252/1
SYSTEM [3] 3216/7 3226/9 3282/16
SYSTEMS [3] 3240/23 3254/1 3283/1

**T**

TABLE [4] 3198/5 3204/17 3204/18 3205/8
TAHEERAH [1] 3195/11
TAKE [15] 3205/13 3210/21 3214/2 3222/9 3222/17 3222/18 3231/14 3235/22 3251/1 3251/14 3251/19 3262/11 3281/7 3281/19 3291/12
TAKEN [6] 3213/12 3231/17 3243/11 3262/8 3271/12 3276/20
TAKES [2] 3266/2 3278/21
TAKING [2] 3251/4 3276/2
TALK [5] 3204/2 3216/8 3224/25 3301/15 3302/16
TALKED [13] 3202/3 3225/25 3226/15 3231/6 3232/6 3240/7 3269/19 3288/3 3298/18 3302/4 3304/3 3304/9 3304/24
TALKING [3] 3240/15 3287/25 3298/25
TALKS [2] 3202/4 3249/4
TASK [12] 3197/17 3202/10 3203/23 3208/18 3208/19 3208/22 3208/23 3213/12 3215/25 3221/9 3221/11 3259/17
TEAM [4] 3219/8 3219/11 3225/20 3229/7
TEAM'S [1] 3222/18
TEAMS [3] 3198/14 3209/3 3229/16
TECHNICAL [4] 3198/14 3209/1 3211/12 3254/9
TECHNOLOGY [1] 3220/19
TEDIOUS [1] 3288/15
TELL [20] 3199/1 3202/17 3204/18 3205/14 3214/11 3215/6 3217/24 3218/12 3225/7 3236/3 3242/5 3258/4 3269/7 3270/6 3271/18 3279/11 3279/13 3286/2 3293/8 3300/5
TEN [1] 3204/6
TENDER [2] 3252/17 3252/18
TENDERED [4] 3215/9 3215/10 3216/12 3252/25
TERM [11] 3204/22 3204/23 3210/19 3210/19 3211/4 3212/23 3217/7 3220/20 3222/10 3302/21 3303/7
TERMS [10] 3210/16 3223/6 3223/14 3228/14 3231/23 3239/7 3243/14 3296/15 3299/15 3299/19
TESTIFIED [13] 3197/6 3201/16 3213/14 3213/18 3219/24 3225/12 3227/4 3243/2 3252/2 3278/5 3281/15 3282/4 3298/10
TESTIFYING [2] 3267/12 3272/10
TESTIMONY [7] 3207/1 3233/25 3236/21 3239/25 3281/21 3286/3 3287/23
TEXANS [1] 3270/21
TEXAS [2] 3194/4 3254/12
THAN [11] 3210/22 3211/2 3211/24 3239/9 3245/8 3271/7 3274/11 3276/12 3300/5 3304/16 3304/23
THANK [17] 3209/22 3214/24 3215/14 3218/7 3225/2 3230/23 3251/18 3252/17 3257/2 3268/14 3288/12 3293/16 3294/4 3296/22 3296/24 3305/8 3305/9

THAT [645]
THATS [1] 3197/18
THE [2649]
THEIR [6] 3212/7 3222/11 3262/3 3282/17 3285/23 3305/10
THEM [10] 3200/5 3203/12 3222/9 3222/18 3231/11 3231/12 3235/8 3269/1 3275/18 3302/8
THEMSELVES [1] 3294/9
THEN [45] 3198/21 3199/25 3199/25 3200/7 3201/12 3201/25 3202/7 3202/11 3203/5 3203/12 3203/14 3204/12 3204/24 3205/17 3205/21 3207/8 3211/15 3218/5 3219/18 3220/4 3221/3 3225/7 3227/25 3228/19 3229/24 3233/19 3236/7 3236/8 3237/9 3238/19 3244/6 3245/12 3246/22 3254/13 3256/1 3261/14 3263/4 3263/21 3268/9 3277/7 3279/5 3288/23 3293/17 3296/12 3301/19
THERE [87] 3197/25 3198/5 3200/16 3200/24 3202/19 3203/12 3207/21 3209/15 3209/19 3210/14 3210/23 3211/25 3214/15 3214/16 3215/18 3216/8 3217/20 3220/10 3220/23 3221/1 3221/8 3221/16 3222/6 3222/8 3222/12 3224/4 3224/17 3228/16 3228/17 3229/10 3231/16 3232/2 3232/4 3232/25 3234/6 3234/16 3235/3 3238/13 3238/16 3239/2 3239/5 3239/25 3240/10 3243/5 3244/25 3245/8 3245/9 3245/17 3247/1 3247/4 3248/2 3248/6 3248/7 3248/17 3250/9 3256/24 3257/1 3257/22 3261/14 3264/17 3265/4 3265/13 3265/13 3267/14 3267/22 3269/1 3271/23 3279/19 3280/5 3280/10 3280/17 3282/24 3283/25 3288/5 3289/6 3289/9 3289/9 3290/23 3291/8 3291/15 3294/8 3294/16 3295/5 3300/7 3301/18 3301/21 3303/13
THERE'S [33] 3201/4 3203/13 3203/14 3205/12 3209/18 3226/19 3227/13 3235/5 3239/14 3239/14 3242/1 3245/15 3245/15 3265/4 3265/5 3268/24 3269/14 3269/15 3271/15 3272/10 3273/20 3275/2 3275/14 3275/20 3276/5 3276/8 3277/15 3279/1 3287/8 3287/20 3291/15 3297/14 3302/24
THESE [41] 3198/17 3198/21 3200/3 3202/9 3202/22 3221/21 3222/2 3225/12 3225/24 3227/5 3228/4 3229/9 3229/25 3230/3 3230/16 3231/8 3234/21 3254/23 3257/7 3266/18 3266/20 3269/8 3275/17 3276/10 3276/14 3277/1 3276/18 3278/3 3278/16 3278/19 3278/22 3278/23 3279/6 3282/21 3287/5 3288/15

THEY [42] 3200/5 3202/11 3203/2 3208/25 3209/2 3209/4 3210/7 3211/13 3211/14 3211/15 3217/18 3221/10 3222/11 3224/19 3232/21 3234/15 3234/24 3239/3 3243/8 3243/13 3246/1 3246/4 3255/25 3271/20 3271/20 3276/2 3277/1 3278/24 3282/15 3282/25 3284/3 3287/7 3291/7 3291/9 3294/7 3294/11 3297/15 3297/15 3302/6 3302/8 3302/9 3302/9
THEY'RE [4] 3211/19 3225/16 3275/16 3275/16
THEY'VE [1] 3258/15
THIBODAUX [1] 3253/22
THICK [1] 3274/9
THICKNESS [1] 3271/4
THING [4] 3212/8 3234/10 3297/16 3301/14
THINGS [18] 3202/10 3226/7 3231/13 3264/15 3264/18 3285/2 3286/23 3288/4 3288/13 3295/4 3295/5 3295/6 3298/25 3302/5 3302/7 3304/11 3304/19 3304/21
THINK [57] 3198/5 3200/9 3200/21 3201/9 3206/13 3206/23 3209/3 3213/19 3214/9 3225/1 3225/10 3226/18 3227/3 3227/6 3227/18 3232/13 3235/3 3236/15 3236/19 3236/21 3237/7 3244/8 3246/21 3251/12 3254/22 3258/5 3259/11 3259/13 3265/20 3266/1 3267/6 3267/21 3268/10 3269/10 3269/17 3269/23 3271/11 3271/21 3272/13 3272/19 3279/14 3279/18 3279/19 3284/15 3286/24 3289/22 3291/1 3292/2 3292/20 3293/2 3296/21 3297/5 3297/12 3302/14 3303/17 3304/17 3305/3
THINKING [1] 3283/20
THIRD [2] 3204/23 3226/19
THIS [280]
THIS I'M [1] 3228/22
THOMAS [1] 3194/3
THOSE [45] 3202/1 3202/8 3203/13 3204/23 3205/22 3209/17 3210/7 3211/15 3213/21 3217/16 3222/9 3222/24 3225/19 3226/8 3229/5 3231/24 3232/1 3240/5 3248/9 3252/23 3255/23 3255/25 3256/3 3257/10 3259/4 3261/4 3268/4 3269/23 3270/19 3273/21 3276/25 3277/18 3280/15 3282/14 3286/16 3286/23 3293/1 3295/4 3295/5 3295/7 3298/7 3302/5 3302/7 3305/6 3305/11
THOUGH [1] 3240/4
THOUGHT [3] 3225/14 3270/18 3283/21
THOUSAND [1] 3274/4
THOUSANDS [1] 3274/8
THREE [4] 3209/14 3210/3 3254/6 3267/6
THREEFOLD [2] 3300/19 3300/22
THROUGH [37] 3199/7 3201/24 3202/14 3202/25 3205/20 3207/9 3208/25 3211/11 3212/20 3213/13 3219/16 3219/16 3220/3 3220/24 3223/9 3223/11 3225/17 3225/24 3226/5 3228/3 3229/12 3235/12 3238/11 3238/11 3239/13 3242/11 3243/15 3247/15 3253/18 3256/5 3274/21 3275/9 3287/25 3289/16 3298/6 3298/21 3305/4
THROUGHOUT [8] 3199/10 3202/17 3202/22 3269/22 3280/21 3296/15 3301/11 3301/14
THROWN [1] 3251/6

**T**

THUS [1] 3299/25
TIDEWATER [2] 3213/6 3222/12
TIER [1] 3218/5
TIME [75] 3197/20 3204/7 3208/5
3209/8 3209/10 3210/23 3212/1 3214/23
3215/21 3220/6 3220/11 3221/7 3221/23
3222/10 3223/22 3224/25 3226/17
3228/9 3228/19 3228/21 3229/1 3229/10
3230/15 3239/12 3240/1 3242/17 3244/9
3246/8 3247/3 3253/17 3254/8 3256/7
3258/21 3258/25 3259/13 3259/15
3261/7 3261/22 3261/24 3264/10
3264/11 3264/12 3265/13 3265/25
3266/2 3266/12 3266/16 3267/4 3267/6
3267/18 3267/21 3267/23 3268/1 3268/3
3268/13 3270/25 3271/5 3271/7 3273/3
3278/15 3278/16 3283/20 3283/24
3292/7 3292/8 3293/1 3296/14 3296/17
3297/19 3297/19 3297/23 3299/10
3299/10 3300/20 3300/20
TIMELINESS [1] 3215/13
TIMES [5] 3268/4 3275/16 3278/19
3297/4 3299/25
TITLE [1] 3224/16
TITLED [4] 3198/7 3201/21 3226/20
3227/7
TODAY [11] 3215/1 3215/2 3237/24
3245/23 3245/24 3251/1 3283/21 3284/5
3296/4 3297/14 3301/15
TOGETHER [3] 3211/12 3212/2 3266/19
TOLD [3] 3301/18 3301/25 3303/15
TOMATO [1] 3302/17
TOMÁTO [1] 3302/17
TONI [4] 3195/20 3305/18 3305/24
3305/24
TONNAGE [1] 3226/6
TOOK [8] 3212/1 3221/10 3224/5
3225/20 3225/21 3231/24 3251/20
3293/20
TOP [4] 3199/21 3201/19 3267/2
3273/16
TOPIC [2] 3235/23 3235/24
TORTS [1] 3195/10
TOTAL [2] 3199/12 3220/20
TOUCH [1] 3289/7
TOWARDS [3] 3210/17 3223/16 3226/18
TRACK [1] 3241/7
TRACT [3] 3282/18 3283/6 3283/13
TRANSCRIPT [5] 3195/24 3235/4
3241/6 3243/10 3305/19
TRANSCRIPTS [1] 3288/16
TRANSLATES [1] 3241/3
TRANSMITTED [1] 3220/7
TRANSPORTATION [1] 3226/9
TRANSPOSED [1] 3200/13
TRAVEL [1] 3207/9
TREES [5] 3239/15 3257/15 3274/24
3294/6 3295/21
TREND [2] 3257/17 3296/5
TRENDS [2] 3257/19 3259/3
TRIAL [2] 3193/10 3215/16
TRIALDIRECTOR [1] 3292/21
TRIANGLE [4] 3264/25 3272/25 3273/3
3289/16
TRIED [4] 3231/13 3265/12 3285/20
3295/2
TRIPS [1] 3226/7
TROUBLE [1] 3206/23
TRUE [11] 3231/8 3238/2 3240/9
3240/13 3240/21 3241/17 3242/20
3243/20 3297/20 3303/17 3305/19

TRY [9] 3200/1 3202/1 3202/6 3204/20
3222/6 3223/16 3234/5 3265/22 3266/4
3284/24
TRYING [10] 3221/20 3228/9 3235/23
3235/25 3260/3 3260/11 3265/15
3272/10 3286/19 3286/23
TULANE [1] 3253/23
TULANE UNIVERSITY [1] 3253/23
TURN [16] 3198/25 3199/18 3203/16
3204/16 3224/10 3225/3 3227/5 3227/6
3228/5 3263/16 3266/23 3273/9 3275/22
3277/7 3281/25 3282/11
TURNER [1] 3280/19
TUSA [4] 3195/20 3305/18 3305/24
3305/24
TWO [12] 3201/22 3202/9 3205/18
3205/23 3206/8 3225/13 3227/5 3258/22
3275/5 3282/24 3292/22 3300/7
TYPES [2] 3200/6 3231/12
TYPICALLY [1] 3218/24

**U**

U.S [2] 3195/9 3252/9
ULTIMATE [1] 3219/2
ULTIMATELY [5] 3202/11 3203/14
3204/9 3208/2 3272/23
UNDER [11] 3210/1 3213/19 3223/11
3230/8 3232/18 3244/16 3248/8 3248/24
3254/7 3275/16 3278/20
UNDERNEATH [3] 3218/6 3220/9
3276/8
UNDERSTAND [11] 3218/7 3237/17
3245/17 3265/3 3272/10 3288/9
3288/12 3288/16 3298/22 3303/18
3304/20
UNDERSTANDABLE [1] 3227/13
UNDERSTANDING [3] 3201/6 3260/14
3305/20
UNDERSTOOD [2] 3302/13 3305/2
UNFORTUNATELY [4] 3225/16 3265/18
3281/23 3284/19
UNIT [6] 3254/6 3280/2 3280/4 3287/2
3295/21 3296/6
UNITED [5] 3193/1 3193/7 3193/11
3251/23 3305/18
UNITED STATES [1] 3251/23
UNITS [7] 3211/13 3211/14 3211/15
3263/3 3263/14 3282/13 3282/21
UNIVERSITY [2] 3253/21 3253/23
UNLESS [2] 3216/15 3297/14
UNLIKE [1] 3272/13
UNO [1] 3253/23
UNTIL [6] 3206/25 3209/12 3209/19
3238/13 3261/18 3300/20
UNWIELDY [1] 3256/20
UP [27] 3206/25 3211/6 3211/13
3214/10 3215/17 3225/12 3229/25
3230/19 3233/9 3234/5 3238/7 3238/13
3242/9 3261/10 3264/16 3265/22
3268/12 3268/21 3273/22 3274/19
3276/13 3278/23 3279/7 3281/7 3284/14
3287/23 3288/14
UPDATE [3] 3230/15 3261/11 3261/15
UPGRADING [1] 3282/16
UPON [3] 3232/10 3260/5 3286/10
UPPER [1] 3277/2
URBAN [1] 3283/3
URBANIZED [1] 3282/23
URGE [1] 3215/13
US [18] 3199/1 3202/17 3204/18
3205/14 3214/11 3218/12 3222/13
3225/7 3225/21 3226/24 3233/13
3256/19 3258/4 3269/7 3270/6 3271/18

3293/8 3298/20
3226/2 3242/1 3255/24 3255/25 3290/5
3290/16 3290/23 3298/25 3299/15
USED [16] 3202/1 3205/18 3210/13
3212/5 3242/18 3242/19 3258/20 3259/4
3259/6 3260/21 3262/2 3262/3 3263/3
3266/18 3271/20 3285/23
USING [3] 3206/4 3229/7 3229/17
USUALLY [4] 3268/18 3274/6 3278/2
3304/19
UTILIZATION [1] 3226/5
UTILIZED [2] 3214/2 3260/8

**V**

VALID [1] 3247/25
VALUE [2] 3221/10 3259/6
VALUES [1] 3298/17
VARIES [1] 3249/22
VARIETY [1] 3255/18
VARIOUS [12] 3198/13 3203/10 3213/25
3214/1 3214/18 3226/16 3230/18
3249/20 3286/8 3288/4 3304/3 3304/9
VEGETATION [1] 3294/22
VERNACULAR [1] 3270/23
VERSION [3] 3228/22 3284/20 3304/23
VERSUS [2] 3193/6 3203/4
VERY [8] 3224/13 3235/24 3240/2
3241/9 3268/8 3273/16 3304/18 3305/8
VESSEL [1] 3249/5
VIA [1] 3286/4
VICINITY [4] 3208/13 3217/15 3232/21
3263/4
VICKSBURG [2] 3253/10 3259/15
VICTOR [1] 3194/24
VIEW [1] 3271/18
VIEWED [1] 3282/22
VIEWER [1] 3292/21
VINTAGE [1] 3261/20
VINTAGES [1] 3258/8
VIOLATED [1] 3245/20
VIOLET [2] 3208/13 3208/16
VIRTUALLY [1] 3262/16
VIS [2] 3233/16 3233/16
VIS-À-VIS [1] 3233/16
VISIBLE [2] 3273/12 3277/1
VISION [1] 3222/10
VISUALLY [1] 3258/23
VOLUME [3] 3193/10 3243/17 3256/22

**W**

WAIT [2] 3206/25 3238/13
WAKES [2] 3269/12 3302/2
WALKED [1] 3226/5
WALTER [1] 3194/12
WANT [16] 3206/24 3215/13 3216/4
3233/12 3234/4 3234/24 3238/7 3245/20
3246/1 3264/18 3270/14 3272/12
3283/19 3284/23 3288/13 3303/21
WANTED [3] 3255/2 3273/14 3295/7
WANTS [1] 3234/11
WARREN [2] 3195/6 3200/23
WAS [216]
WASHINGTON [1] 3195/18
WASN'T [6] 3211/24 3227/1 3242/18
3247/6 3261/17 3279/15
WATER [27] 3199/23 3207/8 3208/11
3209/20 3221/4 3258/13 3267/21
3267/23 3268/12 3268/20 3268/20
3268/21 3269/3 3270/5 3273/12
3274/20 3275/18 3275/18 3278/23
3279/6 3287/6 3288/8 3288/11 3294/13
3297/25 3298/2 3298/4

**W**

WATERSHED [1] 3202/24
WATERWAY [1] 3287/16
WAVES [5] 3269/11 3269/11 3269/12 3269/12 3301/25
WAY [14] 3208/18 3239/21 3242/19 3242/24 3262/19 3276/4 3287/9 3292/21 3294/13 3297/24 3298/11 3301/5 3302/11 3303/5
WE [214]
WE'LL [10] 3200/19 3234/5 3243/3 3243/4 3245/13 3250/6 3251/19 3256/21 3291/14 3292/25
WE'RE [9] 3256/19 3271/15 3277/2 3280/4 3283/22 3287/1 3287/24 3290/1 3290/4
WE'VE [9] 3216/7 3254/21 3270/12 3279/24 3283/8 3285/4 3286/18 3292/6 3293/10
WEB [1] 3218/25
WEEK [1] 3201/8
WEEKEND [1] 3305/9
WELL [43] 3198/4 3199/20 3202/21 3214/18 3216/14 3219/10 3219/19 3220/18 3221/18 3221/22 3223/24 3225/17 3227/19 3229/4 3231/19 3233/8 3234/18 3241/16 3245/9 3246/7 3247/8 3255/9 3257/20 3259/22 3260/13 3269/10 3270/7 3271/16 3271/17 3273/6 3274/5 3276/1 3278/18 3280/20 3281/18 3282/4 3286/17 3290/20 3291/1 3292/24 3293/5 3297/6 3300/18
WENT [6] 3219/16 3220/3 3223/18 3239/12 3287/15 3299/19
WERE [131]
WEREN'T [2] 3209/15 3302/9
WEST [6] 3280/23 3281/5 3283/11 3288/19 3288/25 3289/3
WESTERN [1] 3263/22
WESTERNMOST [2] 3264/1 3273/4
WETLAND [11] 3200/4 3202/20 3211/15 3211/16 3211/20 3213/4 3226/13 3228/15 3229/23 3231/21 3288/8
WETLANDS [24] 3197/16 3199/3 3199/9 3199/15 3200/8 3203/20 3211/2 3211/18 3224/1 3232/8 3253/17 3259/6 3268/23 3276/17 3278/20 3280/2 3280/4 3287/1 3288/10 3288/11 3295/21 3296/6 3296/18 3296/21
WHAT [103] 3197/19 3198/10 3198/18 3199/1 3199/22 3202/17 3204/18 3205/25 3211/14 3211/22 3212/3 3213/1 3213/21 3214/22 3215/1 3215/19 3216/5 3216/15 3217/4 3217/6 3217/19 3218/12 3220/5 3221/13 3221/13 3223/6 3223/7 3223/14 3223/20 3223/20 3224/11 3225/7 3228/7 3228/8 3229/11 3232/7 3232/12 3232/15 3236/5 3236/12 3237/18 3241/7 3242/5 3244/7 3244/8 3245/11 3254/3 3254/5 3254/10 3257/10 3258/4 3259/19 3260/4 3260/8 3260/10 3260/10 3260/14 3261/3 3261/4 3262/12 3263/9 3263/10 3263/13 3264/6 3264/7 3264/14 3265/24 3266/4 3266/13 3267/2 3267/13 3267/16 3267/17 3268/17 3269/7 3269/24 3270/5 3270/22 3271/18 3272/3 3273/14 3274/2 3275/8 3275/23 3279/11 3280/4 3280/10 3280/22 3281/7 3283/24 3284/4 3286/3 3286/14 3289/11 3289/25 3290/11 3292/24 3293/8 3293/13 3296/9 3298/1 3300/25 3303/14
WHAT'S [6] 3201/23 3205/14 3212/15

3285/20 3289/15 3303/22
WHATEVER [2] 3202/18 3273/3
WHEN [35] 3204/14 3217/23 3222/15 3222/25 3223/4 3224/21 3232/18 3244/16 3246/14 3253/12 3258/23 3258/24 3259/22 3261/4 3261/8 3261/19 3267/12 3267/22 3268/18 3271/15 3271/20 3273/2 3273/3 3274/10 3274/15 3275/15 3275/17 3278/19 3279/4 3284/3 3288/18 3291/16 3298/10 3301/19 3304/4
WHERE [21] 3205/8 3206/18 3210/14 3228/19 3229/19 3243/6 3253/3 3253/20 3267/10 3267/10 3272/3 3272/23 3274/11 3276/23 3277/2 3277/13 3277/16 3277/21 3279/12 3283/6 3285/11
WHEREUPON [7] 3197/5 3241/11 3250/9 3251/20 3252/1 3298/15 3305/15
WHETHER [23] 3206/7 3207/23 3208/8 3214/11 3215/12 3215/22 3216/6 3216/11 3220/14 3220/23 3223/7 3236/9 3236/14 3237/3 3237/12 3237/14 3239/19 3239/22 3255/9 3269/20 3274/24 3302/17 3304/17
WHICH [34] 3198/25 3201/15 3202/15 3205/19 3206/9 3228/22 3229/12 3229/21 3237/5 3239/13 3247/9 3253/10 3256/5 3258/11 3260/4 3261/10 3263/6 3264/13 3266/23 3269/11 3274/16 3276/3 3276/4 3276/12 3278/15 3278/16 3282/25 3283/23 3284/15 3286/10 3286/21 3288/7 3294/13 3304/13
WHILE [4] 3222/4 3281/24 3294/4 3295/4
WHITE [1] 3266/13
WHO [5] 3225/18 3251/24 3252/8 3259/10 3305/10
WHO'S [1] 3251/8
WHOLE [5] 3221/6 3243/11 3296/6 3296/7 3303/6
WHOSE [1] 3305/11
WHY [12] 3203/2 3203/20 3203/22 3209/17 3236/2 3238/13 3259/8 3261/3 3278/15 3293/9 3300/4 3300/13
WIDE [3] 3255/18 3287/5 3296/11
WIDELY [1] 3262/2
WIDENED [6] 3249/18 3249/20 3249/21 3249/23 3249/24 3304/22
WIFE [1] 3304/5
WILDLIFE [3] 3207/11 3231/22 3232/14
WILL [25] 3199/14 3201/8 3201/9 3202/2 3202/7 3202/19 3205/13 3210/16 3214/22 3215/8 3224/25 3230/12 3235/5 3235/11 3237/9 3265/20 3279/17 3281/22 3286/7 3290/1 3290/5 3290/7 3297/6 3302/8 3305/13
WIND [3] 3268/21 3269/12 3276/13
WINDS [2] 3278/23 3279/7
WISH [1] 3289/6
WISHFUL [1] 3283/20
WITHDRAW [5] 3232/17 3239/17 3243/3 3244/5 3250/11
WITHDRAWN [3] 3242/23 3244/1 3244/17
WITHDREW [4] 3208/6 3209/13 3209/17 3209/21
WITHIN [11] 3211/19 3223/3 3223/10 3229/6 3240/10 3252/16 3253/24 3267/19 3269/16 3295/3 3296/20
WITHOUT [3] 3243/20 3265/19 3291/1
WITNESS [15] 3216/16 3234/6 3234/21 3250/14 3250/21 3250/25 3251/15

3251/16 3251/24 3252/10 3252/22 3260/18 3286/1 3287/6 3303/8
WONDERING [1] 3249/20
WOODCOCK [1] 3195/17
WORD [8] 3229/11 3233/6 3233/6 3233/8 3233/9 3238/15 3268/16 3276/8
WORDS [1] 3282/24
WORK [16] 3216/24 3221/10 3226/11 3228/11 3228/12 3230/15 3253/12 3253/18 3254/9 3254/10 3254/16 3254/17 3255/12 3255/14 3255/16 3286/18
WORKED [4] 3211/12 3219/11 3224/1 3253/5
WORKING [4] 3208/15 3221/9 3223/25 3229/7
WOULD [69] 3203/3 3203/5 3204/3 3204/13 3204/20 3205/1 3205/3 3205/6 3205/19 3206/9 3206/21 3207/8 3210/10 3210/11 3210/21 3211/23 3215/11 3216/11 3218/20 3218/21 3218/21 3219/6 3224/19 3225/14 3226/21 3227/11 3229/12 3229/16 3233/9 3233/9 3233/10 3234/8 3241/2 3241/5 3241/13 3243/2 3251/1 3251/14 3254/1 3254/19 3254/23 3257/5 3263/25 3264/3 3265/2 3269/14 3270/1 3270/22 3277/1 3277/23 3280/2 3280/6 3281/18 3283/3 3287/23 3289/22 3291/3 3293/4 3294/24 3297/15 3298/9 3298/21 3302/23 3303/10 3303/10 3303/13 3303/13 3303/17 3303/18
WOULDN'T [2] 3297/15 3303/25
WRIGHT [1] 3194/5

**Y**

YEAH [1] 3266/7
YEAR [4] 3198/22 3211/22 3302/20 3303/7
YEARS [14] 3204/6 3209/14 3210/1 3210/4 3242/14 3247/25 3253/6 3253/7 3271/5 3274/4 3274/8 3274/17 3297/7 3301/5
YELLOW [7] 3277/20 3277/23 3278/8 3278/8 3279/24 3290/15 3292/25
YES [119]
YET [2] 3215/10 3290/22
YIELD [1] 3303/10
YORK [2] 3195/4 3195/4
YOU [423]
YOU'LL [4] 3205/21 3225/24 3227/18 3298/20
YOU'RE [13] 3232/13 3243/1 3260/7 3262/12 3271/7 3275/8 3276/14 3284/20 3290/20 3290/22 3297/10 3301/2 3301/15
YOU'VE [11] 3222/2 3275/23 3289/11 3290/15 3292/16 3292/18 3295/16 3297/7 3301/14 3301/14 3304/10
YOUR [151]
YOUR HONOR [33] 3206/13 3214/25 3215/14 3225/2 3226/23 3236/19 3241/5 3244/4 3248/12 3250/1 3250/13 3250/18 3250/20 3251/7 3251/23 3252/7 3252/18 3252/22 3254/21 3256/24 3259/24 3260/3 3260/10 3260/22 3283/15 3285/22 3287/22 3289/22 3291/11 3291/14 3295/25 3303/20 3305/3
YOURS [2] 3236/24 3299/1
YOURSELF [1] 3280/16

**Z**

ZONE [4] 3197/22 3262/18 3268/7

Z

ZONE... [1]  3282/23
ZOOM [7]  3263/20 3263/21 3264/2
3265/19 3266/24 3273/10 3273/16