```
 1                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2    ************************************************************
      NORMAN ROBINSON, ET AL
 3
                                         DOCKET NO. 06-CV-2268
 4    V.                                 NEW ORLEANS, LOUISIANA
                                         MONDAY, MAY 11, 2009
 5
      UNITED STATES OF AMERICA, ET AL
 6    ************************************************************

 7
                     TRANSCRIPT OF TRIAL PROCEEDINGS
 8        HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                     UNITED STATES DISTRICT JUDGE
 9                   VOLUME 16 - MORNING SESSION

10

11    APPEARANCES:

12

13    FOR THE PLAINTIFF:          O'DONNELL & ASSOCIATES
                                  BY:  PIERCE O'DONNELL, ESQ.
                                  550 SOUTH HOPE STREET
14                                SUITE 1000
                                  LOS ANGELES, CA 90071-2627
15

16                                LAW OFFICE OF JOSEPH M. BRUNO
                                  BY:  JOSEPH M. BRUNO, ESQ.
17                                855 BARONNE ST.
                                  NEW ORLEANS, LA 70113
18

19                                THE ANDRY LAW FIRM
                                  BY:  JONATHAN B. ANDRY, ESQ.
20                                     KEA SHERMAN, ESQ.
                                  610 BARONNE ST.
21                                NEW ORLEANS, LA 70113

22
                                  BARON & BUDD
23                                BY:  THOMAS SIMS, ESQ.
                                  3102 OAK LAWN AVENUE, SUITE 1100
24                                DALLAS, TX 75219

25
```

```
 1                              DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                BY:  JAMES P. ROY, ESQ.
 2                              P. O. BOX 3668
                                556 JEFFERSON ST.
 3                              LAFAYETTE, LA 70502-3668

 4
                                THE DUDENHEFER LAW FIRM, LLC
 5                              BY:  FRANK C. DUDENHEFER, JR., ESQ.
                                601 POYDRAS ST., SUITE 2655
 6                              NEW ORLEANS, LA 70130-6004

 7
                                DUMAS & ASSOCIATES LAW FIRM
 8                              BY:  WALTER C. DUMAS, ESQ.
                                LAWYER'S COMPLEX
 9                              1261 GOVERNMENT STREET
                                P.O. BOX 1366
10                              BATON ROUGE, LA 70821-1366

11
                                FAYARD & HONEYCUTT
12                              BY:  CALVIN C. FAYARD, JR., ESQ.
                                519 FLORIDA AVENUE, S.W.
13                              DENHAM SPRINGS, LA 70726

14
                                MICHAEL C. PALMINTIER, A PLC
15                              BY:  MICHAEL C. PALMINTIER, ESQ.
                                     JOSHUA M. PALMINTIER, ESQ.
16                              618 MAIN STREET
                                BATON ROUGE, LA 70801-1910
17

18                              LAW OFFICE OF ELWOOD C. STEVENS, JR.
                                BY:  ELWOOD C. STEVENS, JR., ESQ.
19                              1205 VICTOR II BLVD.
                                P. O. BOX 2626
20                              MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:   THE GILBERT FIRM, LLC
                                BY:  ELISA T. GILBERT, ESQ.
23                                   BRENDAN R. O'BRIEN, ESQ.
                                325 EAST 57TH ST.
24                              NEW YORK, NY 10022

25
```

—FINAL DAILY COPY—

```
 1   ALSO PRESENT:                  MRGO LITIGATION OFFICE
                                    BY:  J. ROBERT WARREN, II, ESQ.
 2                                       ASHLEY E. PHILEN, ESQ.
                                    600 CARONDELET STREET, SUITE 604
 3                                  NEW ORLEANS, LA 70130

 4
     FOR THE DEFENDANT:            U. S. DEPARTMENT OF JUSTICE
 5                                 TORTS BRANCH
                                   BY:  DANIEL MICHAEL BAEZA, JR.
 6                                      JEFFREY PAUL EHRLICH, ESQ.
                                        TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                      MICHELE S. GREIF, ESQ.
                                        CONOR KELLS, ESQ.
 8                                      PAUL MARC LEVINE, ESQ.
                                        JAMES F. MCCONNON, JR., ESQ.
 9                                      KARA K. MILLER, ESQ.
                                        RUPERT MITSCH, ESQ.
10                                      PETER G. MYER, ESQ.
                                        ROBIN D. SMITH, ESQ.
11                                      SARAH K. SOJA, ESQ.
                                        RICHARD R. STONE, SR., ESQ.
12                                      JOHN WOODCOCK, ESQ.
                                   P. O. BOX 888
13                                 BENJAMIN FRANKLIN STATION
                                   WASHINGTON, DC 20044
14

15

16
     OFFICIAL COURT REPORTER:      KAREN A. IBOS, CCR, RPR, CRR
17                                 500 POYDRAS STREET, ROOM HB-406
                                   NEW ORLEANS, LOUISIANA 70130
18                                 (504) 589-7776

19

20       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED BY COMPUTER.
21

22

23

24

25
```

────── FINAL DAILY COPY ──────

1                          I N D E X

2

WITNESSES FOR THE GOVERNMENT:                    PAGE/LINE:
3
SUZANNE R. HAWES
4
     DIRECT EXAMINATION BY MS. MILLER             3312/25
5
     CROSS-EXAMINATION BY MR. ANDRY               3326/13
6

7    THOMAS J. PODANY

8      DIRECT EXAMINATION BY MR. EHRLICH          3332/3

9    CROSS-EXAMINATION BY MR. O'DONNELL           3391/18

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

(MONDAY, MAY 11, 2009)

(MORNING SESSION)

THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

THE COURT:  GOOD MORNING, AND WELCOME TO THE LAST WEEK OF THIS VERY INTERESTING TRIAL.  AND AS WE GO INTO THE LAST WEEK, I DO WANT TO COMPLIMENT THE ATTORNEYS BECAUSE, HAVING BEEN AN ATTORNEY ONCE, I CAN ONLY IMAGINE THE AMOUNT OF WORK AND PREPARATION THAT ALL OF YOU HAVE DONE TO PREPARE FOR THIS TRIAL, AND THE MARSHALLING OF THE EXHIBITS AND THE WAY THEY HAVE BEEN PUBLISHED TO ME HAS BEEN EXTREMELY PROFESSIONAL AND EXPEDITIOUS, WHICH I REALLY APPRECIATE. IT CERTAINLY HELPS US UNDERSTAND THE CASE BETTER.  THANK YOU VERY MUCH.

MS. MILLER:  GOOD MORNING, YOUR HONOR, MY NAME IS KARA MILLER FOR THE UNITED STATES, AND ON THE NOTE OF CLEANING UP EXHIBITS FOR THE RECORD, I WANTED TO MAKE NOTE OF TWO EXHIBITS THAT WERE PRINTED AND INTRODUCED ON FRIDAY DURING LOUIS BRITSCH'S TESTIMONY.  I HAVE PROVIDED THE ORIGINALS TO THE CLERK.

THE COURT:  THANK YOU.

MS. MILLER:  AND FOR THE RECORD, THE EXHIBIT NUMBERS, WHICH WE DID NOT HAVE ON FRIDAY, ARE DX 1759.  THAT ONE IS A PHOTOGRAPH WHERE DR. BRITSCH MARKED THE LOCATION OF THE SOUTHERN NATURAL GAS PIPELINE.

THE COURT:  THANK YOU.

09:08:07 1        MS. MILLER:  THE SECOND EXHIBIT IS DX 1760, AND THAT ONE

09:08:13 2   IS WHERE THE NEW, CANAL CALLED THE NEW CANAL AND IT'S MARKED IN

09:08:20 3   BLUE, AND THE YELLOW MARK SHOWS THE LAKE BORGNE CANAL ON THE SAME

09:08:24 4   PHOTOGRAPH AS EXHIBIT DX 1759.

09:08:27 5        MR. PALMINTIER:  YOUR HONOR, THESE ARE THE EXHIBITS THAT

09:08:29 6   WE DID A LOT OF OBJECTIONS TO AND THEY CAME IN, AND WE RECOGNIZE

09:08:33 7   THEM AND COUNSEL PROVIDED THEM TO US THIS MORNING.

09:08:35 8        THE COURT:  SUBJECT TO THE OBJECTION, LET THEM BE

09:08:36 9   ADMITTED.

09:08:38 10       MS. MILLER:  AND I HAVE AN EXTRA COPY IF YOU WANT A COPY

09:08:40 11  TO ADD TO YOUR BINDERS.

09:08:42 12       THE COURT:  YES, PLEASE.  THAT HELPS.  THANK YOU.

09:08:55 13       MS. MILLER:  YOUR HONOR, THE UNITED STATES' NEXT WITNESS

09:08:58 14  IS SUZANNE HAWES, WHO HAS ALREADY BEEN SEATED IN THE WITNESS STAND.

09:09:02 15       THE COURT:  YES.  AND, SHEENA, HAVE YOU ADMINISTERED THE

09:09:06 16  OATH?

09:09:07 17       THE DEPUTY CLERK:  I NEED TO SWEAR HER IN.

09:09:10 18     (WHEREUPON, SUZANNE ROBERTS HAWES, WAS SWORN IN AND TESTIFIED

09:09:13 19     AS FOLLOWS:)

09:09:13 20       THE DEPUTY CLERK:  WOULD YOU PLEASE STATE YOUR NAME AND

09:09:15 21  SPELL IT FOR THE RECORD.

09:09:16 22       THE WITNESS:  SUZANNE ROBERTS HAWES.

09:09:23 23       MS. MILLER:  COULD YOU SPELL IT FOR THE RECORD?

09:09:26 24       THE WITNESS:  PARDON?

09:09:27 25       MS. MILLER:  JUST FOR THE RECORD, IT'S S-U-Z-A-N-N-E?

09:09:27  1              THE WITNESS:  YES.

09:09:32  2              MS. MILLER:  SUZANNE.  AND MIDDLE NAME ROBERTS?

09:09:35  3              THE WITNESS:  YES.

09:09:36  4              MS. MILLER:  R-O-B-E-R-T-S?

09:09:37  5              THE WITNESS:  YES.

09:09:38  6              MS. MILLER:  LAST NAME HAWES, H-A-W-E-S.

09:09:40  7              THE WITNESS:  YES.

09:09:43  8              MS. MILLER:  AND TO PROVIDE AN INTRODUCTION OF THE

09:09:48  9    WITNESS, YOUR HONOR, SUZANNE HAWES HAS LIVED IN THE NEW ORLEANS AREA

09:09:48 10    SINCE 1967.  SHE HAS BEEN AN EMPLOYEE OF THE CORPS OF ENGINEERS NEW

09:09:54 11    ORLEANS DISTRICT FOR 37 YEARS.  FOR THE PAST 19 YEARS, MRS. HAWES

09:09:59 12    HAS HELD THE POSITION OF PROJECT MANAGER FOR THE ENVIRONMENT.

09:10:03 13    BEFORE THAT SHE SERVED AS CHIEF OF THE ENVIRONMENTAL SECTION FOR

09:10:06 14    12 YEARS.

09:10:07 15              MRS. HAWES ATTENDED STANFORD UNIVERSITY AND GRADUATED FROM

09:10:10 16    BROWN UNIVERSITY WITH A BACHELOR'S OF ARTS AND MASTER'S OF SCIENCE

09:10:13 17    DEGREE IN BOTANY.  SHE BEGAN WORKING FOR THE CORPS OF ENGINEERS IN

09:10:18 18    1972, AND SHE'S DEVOTED HER ENTIRE CAREER TO THE STUDY OF THE

09:10:21 19    ENVIRONMENT AND TO COASTAL RESTORATION.  THOSE ARE THE ISSUES SHE

09:10:25 20    WILL BE TESTIFYING ABOUT TODAY.

09:10:26 21              THE COURT:  OH, I'VE HAD CLERKS FROM BOTH OF THOSE

09:10:30 22    UNIVERSITIES, ONE UNDERGRAD FROM BROWN AND ONE STANFORD, THEY HAVE

09:10:33 23    BEEN WONDERFUL, BOTH YOUNG LADIES.  YOU MAY PROCEED.

09:10:38 24                        DIRECT EXAMINATION

09:10:38 25    BY MS. MILLER:

─────────────────── FINAL DAILY COPY ───────────────────

09:10:39 1    Q.  MRS. HAWES, WHERE DO YOU PRESENTLY LIVE?

09:10:41 2    A.  AT 2300 PINE STREET IN NEW ORLEANS.

09:10:44 3    Q.  AND HOW LONG HAVE YOU LIVED IN THE NEW ORLEANS AREA?

09:10:50 4    A.  I'VE BEEN IN NEW ORLEANS SINCE 1967.

09:10:54 5    Q.  AND YOU GRADUATED FROM BROWN UNIVERSITY; IS THAT RIGHT?

09:10:58 6    A.  I GRADUATED FROM BROWN WITH A BACHELOR'S IN BOTANY AND A

09:11:03 7    MASTER'S IN BOTANY.

09:11:04 8    Q.  AND DID YOU TAKE ANY ADDITIONAL COURSES AFTER MOVING TO NEW

09:11:09 9    ORLEANS?

09:11:09 10   A.  WHEN I GOT TO NEW ORLEANS WHEN MY TWO BOYS STARTED

09:11:16 11   PREKINDERGARTEN AND KINDERGARTEN, WHEN THEY WERE AT SCHOOL HALF A

09:11:20 12   DAY, I WENT BACK TO UNO TO TAKE WHATEVER BIOLOGY COURSE THEY HAD IN

09:11:24 13   THAT TWO-HOUR PERIOD.  AND I TOOK STREAM RESTORATION FOR A YEAR AND

09:11:33 14   MARSH ECOLOGY FOR A YEAR.

09:11:35 15   Q.  WERE YOU WORKING TOWARDS A PARTICULAR DEGREE AT THAT TIME?

09:11:37 16   A.  NO, I WAS JUST -- I'D BEEN RAISING A FAMILY FOR 11 YEARS, I WAS

09:11:44 17   KIND OF CATCHING UP.

09:11:45 18   Q.  AND WHEN DID YOU BEGIN WORKING AT THE NEW ORLEANS DISTRICT CORPS

09:11:49 19   OF ENGINEERS?

09:11:49 20   A.  IN 1972.

09:11:52 21   Q.  AND WHAT POSITION DID YOU HOLD AT THAT TIME?

09:11:55 22   A.  I WAS JUST A MEMBER OF THE ENVIRONMENTAL SECTION.

09:11:58 23   Q.  AND WHAT WERE YOUR GENERAL RESPONSIBILITIES?

09:12:01 24   A.  GENERALLY, TO WRITE ENVIRONMENTAL IMPACT STATEMENTS OR

09:12:07 25   ENVIRONMENTAL ASSESSMENTS, AND WE STARTED HAVING INTERDISCIPLINARY

09:12:15 1    TEAMS WHERE ENGINEERS AND BIOLOGISTS WOULD GET TOGETHER TO WORK ON

09:12:19 2    PROJECTS, SO I WOULD BE ON THE TEAM ALSO.

09:12:21 3    Q.  AND DID THAT ALSO INCLUDE WORKING ON THE EIS AS PART OF THAT

09:12:27 4    INTERDISCIPLINARY WORK GROUP?

09:12:29 5    A.  YES, IN THE SAME YEAR EIS WAS ON -- HAD AN INTERDISCIPLINARY

09:12:34 6    TEAM.  WE WOULD TRY TO FIGURE THE BEST WAY, THE BEST ENGINEERING WAY

09:12:44 7    AND BEST ENVIRONMENTAL WAY TO DO THE PROJECT.

09:12:44 8    Q.  AND AT SOME POINT YOU BECAME CHIEF OF THE ENVIRONMENTAL SECTION;

09:12:47 9    IS THAT RIGHT?

09:12:48 10   A.  YEAH.

09:12:49 11   Q.  DO YOU REMEMBER AT WHAT POINT YOU RECEIVED THAT PROMOTION?

09:12:55 12   A.  IN 1978 I BECAME CHIEF OF THE ENVIRONMENTAL SECTION.

09:12:59 13   Q.  AND WHAT WERE YOUR RESPONSIBILITIES AS CHIEF OF THAT SECTION?

09:13:04 14   A.  WELL, I SUPERVISED 17 OTHER BIOLOGISTS.  I RATED THEM, I DID A

09:13:10 15   LITTLE BIT OF BUDGET, I REVIEWED THEIR WORK; AND THEN SINCE I SPENT

09:13:16 16   ALL THE TIME WORKING IN THE ATCHAFALAYA BEFORE I WAS CHIEF, I WAS

09:13:22 17   TEMPORARILY RELIEVED OF THE CHIEF DUTIES TO WRITE HALF OF THE EIS

09:13:29 18   FOR THE ATCHAFALAYA SINCE IT WAS VERY CONTROVERSIAL.

09:13:32 19   Q.  AND WHAT IS YOUR CURRENT POSITION AT THE CORPS?

09:13:39 20   A.  WELL, IT'S A UNIQUE ONE CALLED PROJECT MANAGER FOR THE

09:13:43 21   ENVIRONMENT, AND THE IDEA THAT THE DISTRICT ENGINEER THAT MADE IT

09:13:49 22   HAD WAS TO HAVE SOMEONE THAT WOULD COORDINATE WITH THE FEDERAL AND

09:13:55 23   STATE NATURAL RESOURCE AGENCIES AND WITH THE ENVIRONMENTAL NCO'S.

09:14:02 24   AND WHILE I WAS ACTUALLY JUST A MEMBER OF THE ENVIRONMENTAL SECTION,

09:14:08 25   I STARTED REALIZING WE SHOULD WORK CLOSELY WITH THE PEOPLE FROM THE

3315

09:14:13 1    FISH AND WILDLIFE SERVICE, ECOLOGICAL SERVICES BRANCH IN LAFAYETTE,

09:14:18 2    AND I HAD PUSHED THAT FOR A LONG TIME; AND WE HAD A VERY GOOD

09:14:22 3    RELATIONSHIP WITH THOSE GUYS, OUR PEOPLE WITH THEIR PEOPLE, VERY

09:14:27 4    WELL.

09:14:27 5    Q.  AND AT SOME POINT DID I SUM UP THAT EMPLOYEES FROM THOSE OTHER

09:14:33 6    FEDERAL AGENCIES HAVE OFFICES LOCATED WITHIN THE NEW ORLEANS

09:14:36 7    DISTRICT BUILDING?

09:14:40 8    A.  I DIDN'T -- I COULDN'T HEAR THE QUESTION, I'M SORRY.

09:14:42 9    Q.  WAS THERE A POINT WHERE SOME OF THE EMPLOYEES OF THE FISH AND

09:14:45 10   WILDLIFE SERVICE AND OTHER FEDERAL AGENCIES RESIDED IN THE NEW

09:14:49 11   ORLEANS DISTRICT OFFICE BUILDING?

09:14:50 12   A.  YEAH.  WELL, IT WASN'T UNTIL THE BREAUX ACT CAME ALONG IN 1990

09:14:59 13   THAT WE STARTED ESPECIALLY WORKING WITH THE OTHER AGENCIES BECAUSE

09:15:03 14   THAT -- IT WAS THE PIONEER PROTECTION RESTORATION ACT AND IT CALLED

09:15:12 15   FOR THE NATIONAL MARINE FISHERIES, NATURAL RESOURCE CONSERVATION

09:15:16 16   SERVICE, EPA, AND THE STATE AND FISH AND WILDLIFE SERVICE TO WORK

09:15:23 17   TOGETHER, SO WE GATHERED EVERYBODY INTO A GROUP.

09:15:28 18          THE COURT:  JUST A NOTE FOR THE COURT REPORTER, THAT'S THE

09:15:30 19   BREAUX ACT.

09:15:39 20          MS. MILLER:  THANK YOU, YOUR HONOR.

09:15:42 21          THE COURT:  I AM LOOKING AT IT AS IT APPEARS HERE.

09:15:45 22   BY MS. MILLER:

09:15:46 23   Q.  AFTER PASSAGE OF THE BREAUX ACT, ALSO REFERRED TO BY THE ACRONYM

09:15:50 24   CWPPRA, IS THAT WHEN THE CORPS IN COMPLYING WITH THAT ACT BEGAN TO

09:15:57 25   WORK CLOSELY OR -- I'M SORRY.

09:15:59 1          IT WAS AFTER THE PASSAGE OF THE BREAUX ACT YOU TESTIFIED

09:16:03 2   THAT REPRESENTATIVES FROM THE OTHER AGENCIES PARTICIPATING ON THE

09:16:07 3   BREAUX ACT TASK FORCE WOULD ACTUALLY HAVE OFFICES LOCATED IN YOUR

09:16:16 4   BUILDING?

09:16:16 5   A.  YEAH.  ACTUALLY, WE HAD SOMEONE FROM FISH AND WILDLIFE SERVICE

09:16:17 6   AND FROM THE GEOLOGIC SURVEY AND EPA SITTING IN THE OFFICE IN NEW

09:16:25 7   ORLEANS DISTRICT, AND WE HAD SOMEONE FROM THE NATURAL RESOURCE

09:16:30 8   CONSERVATION SERVICE, BUT THEIR OFFICES WAS CLOSED SO THAT WE DON'T

09:16:35 9   HAVE THEM ANYMORE.

09:16:38 10  Q.  AND THAT LOCATING THOSE EMPLOYEES WITHIN THE SAME BUILDING AS

09:16:44 11  THE CORPS, DID THAT HELP FACILITATE YOUR ROLE AS PROJECT MANAGER FOR

09:16:47 12  THE ENVIRONMENT?

09:16:49 13  A.  YES.  IT JUST MAKES PLANNING THE PROJECTS EASIER.  AND I THINK

09:16:55 14  IT BUILDS TRUST BETWEEN AGENCIES, AND THAT'S BEEN VERY VALUABLE.

09:17:01 15  Q.  AND WAS IT ALSO AROUND THAT SAME TIME THAT CWPPRA WAS PASSED

09:17:06 16  THAT YOU -- THAT THIS POSITION WAS CREATED AND YOU WERE -- YOU

09:17:10 17  BECAME THE PROJECT MANAGER FOR THE ENVIRONMENT?

09:17:12 18  A.  YEAH.  IT WAS -- YEAH, IT WAS THE SAME TIME.  I THINK IT WAS A

09:17:17 19  COINCIDENCE.  I THINK THE COLONEL HAD DREAMED IT UP BEFORE SO.

09:17:26 20  BECAUSE I HAD WORKED IN THE LATE, ABOUT 1989 THE

09:17:34 21  BARATARIA-TERREBONNE NATIONAL ESTUARY PROGRAM WAS STARTED, AND

09:17:40 22  THAT'S A PROGRAM RUN BY EPA AND THE STATE, FUNDED BY THEM.  AND I

09:17:45 23  HAD BEEN WORKING ON THAT ON THEIR MANAGEMENT CONFERENCE, THEIR

09:17:49 24  SCIENTIFIC TECHNICAL COMMITTEE, SINCE THEY STARTED, AND THAT'S AN

09:17:53 25  INTERAGENCY GROUP, TOO.

09:17:58  1    Q.   WHAT DO YOU CONSIDER THE ENVIRONMENTAL COMMUNITY TO INCLUDE?

09:18:05  2    A.   I DIDN'T UNDERSTAND THE LAST WORD.

09:18:07  3    Q.   WHEN YOU DESCRIBE THE ENVIRONMENTAL COMMUNITY AND YOUR

09:18:11  4    COORDINATION WITH THAT COMMUNITY ON PROJECTS FOR THE CORPS, WHAT

09:18:15  5    GROUPS OR PEOPLE DO YOU CONSIDER TO BE INCLUDED IN THE COMMUNITY?

09:18:19  6    A.   I HAVE WORKED VERY CLOSELY WITH THE LAKE PONTCHARTRAIN BASIN

09:18:24  7    FOUNDATION BACK IN THE EARLY 1900S.  THEY WERE TRYING TO DEVELOP A

09:18:31  8    PLAN FOR THE PONTCHARTRAIN BASIN ENVIRONMENT RESTORATION, AND I

09:18:35  9    WORKED ON THAT FOR A YEAR OR SO FOR PROBABLY TWO OR THREE DAYS A

09:18:42 10    WEEK.

09:18:43 11         AND THEN MORE RECENTLY, AFTER KATRINA, THEY DEVELOPED

09:18:48 12    ANOTHER PROJECT, I WORKED PROBABLY ONE DAY A WEEK WITH THEM ON THAT;

09:18:54 13    AND I HAVE WORKED WITH COALITION TO RESTORE COASTAL LOUISIANA, I'M

09:18:59 14    ON THE BOARD OF DIRECTORS AND I HAVE WORKED WITH THEM CLOSELY.

09:19:05 15         I AM A MEMBER OF THE AUDUBON SOCIETY AND I ATTEND MOSTLY

09:19:13 16    EVERY MEETING, AND I HAVE BEEN ON THE EXECUTIVE COMMITTEE OF THE

09:19:17 17    SIERRA CLUB AND I VOLUNTEER ON THE CONSERVATION COMMITTEE SOMETIMES.

09:19:23 18    Q.   SO THROUGH ALL OF THESE EFFORTS WITH DIFFERENT ORGANIZATIONS,

09:19:29 19    ARE YOU ABLE TO USE THE KNOWLEDGE THAT YOU GAINED THROUGH

09:19:34 20    COOPERATING WITH THESE OTHER AGENCIES IN YOUR POSITION TO HELP THE

09:19:38 21    CORPS SUCCEED IN CREATING AND IMPLEMENTING RESTORATION PLANS?

09:19:45 22    A.   IT'S SOMETHING JUST KNOWING HOW OTHER PEOPLE FEEL ABOUT THINGS,

09:19:52 23    AND I HELPED -- THERE WAS A LAW THAT THE CORPS HAD TO MITIGATE

09:19:55 24    DAMAGES, AND WHEN I FIRST CAME WE JUST IGNORED THAT.  AND I WAS ABLE

09:20:04 25    TO GET SO WE REALLY MEDIATED THE DAMAGE, YOU KNOW, HOW MANY ACRES OF

09:20:06  1   MARSH THE LEVEES HAVE AND THEN WE TRIED TO MAKE THAT MANY ACRES OF

09:20:14  2   MARSH SOMEWHERE.  AND SINCE THEN WE'VE BEEN SERIOUSLY MITIGATING THE

09:20:21  3   WETLAND LOSSES.

09:20:22  4   Q.  AND DO YOU FIND IN WORKING WITH THESE OTHER GROUPS THAT YOUR

09:20:28  5   GOALS ARE ALIGNED WITH THEIRS?

09:20:31  6   A.  WELL, IN COASTAL RESTORATION, THERE ARE DIFFERENT GROUPS, THERE

09:20:37  7   ARE MANY WAYS TO RESTORE THE COAST.  FOR INSTANCE, ONE OF THEM IS TO

09:20:42  8   MASSIVELY DIVERT WATER AND DIRT FROM THE RIVER.  AND MANY PEOPLE

09:20:47  9   THINK THAT'S THE ONLY THING TO DO AND SOME OF THE REST OF US THINK

09:20:55 10   THAT MIGHT WORK, BUT IT DOES SEVERAL THINGS THAT MAKES YOU WANT TO

09:20:58 11   THINK FIRST.  IT DRIVES -- THE PEOPLE OUT THERE HUNT, I MEAN FISH

09:21:04 12   FOR REDFISH OR SPECKLED TROUT.  IF YOU DIVERT THE RIVER, YOU'RE NOT

09:21:09 13   GOING TO FIND REDFISH OR SPECKLED TROUT IN BARATARIA BAY IF YOU HAVE

09:21:13 14   A BIG DIVERSION.  YOU'LL BE OUT PAST GRAND ISLE CATCHING THEM.

09:21:20 15        IT CAUSES PEOPLE, THE PUBLIC -- WE WOULD FIX IT SO IT

09:21:28 16   WOULDN'T HAPPEN, BUT PEOPLE WHO ARE IN THERE FLOOD IF WE DIVERT

09:21:33 17   MASSIVELY.

09:21:34 18        AND ONE THING WE'VE REALIZED RECENTLY, IT DOESN'T HAPPEN,

09:21:38 19   DIVERSIONS DON'T BUILD LAND AS FAST AS WE THOUGHT AND SO WE HAVE TO

09:21:45 20   STUDY THAT.  AND WE NEED TO DIVERT, BUT WE NEED TO DO IT

09:21:50 21   CONSCIOUSLY.

09:21:51 22        AND THEN THERE ARE OTHER GROUPS THAT TOTALLY DISLIKE THE

09:21:54 23   IDEA OF PUTTING DIRT OR ROCK ON ANY ROLLING SHORELINE AND THAT WORKS

09:22:05 24   VERY WELL.  AND THEN THERE IS MY WALKER HAS "BUILD LAND NOW" ON IT

09:22:10 25   BECAUSE YOU CAN PUT A DREDGE IN THE RIVER AND START PUMPING AND YOU

09:22:14 1   BUILD LAND, BUT IT'S EXPENSIVE.

09:22:17 2        SO THERE ARE MANY -- THE THING THAT'S IMPRESSED ME ABOUT

09:22:22 3   EVERYONE I'VE WORKED WITH IS THEY REALLY CARE ABOUT OUR WETLANDS;

09:22:26 4   AND WE MAY DISAGREE WITH EACH OTHER, BUT WE EVENTUALLY GET TO A

09:22:32 5   COMPROMISE AND TRY TO DO IT RIGHT.

09:22:36 6   Q.  AND THAT'S PART OF YOUR ROLE AS PROJECT MANAGER FOR THE

09:22:39 7   ENVIRONMENT FOR THE CORPS OF ENGINEERS IS TO HELP WORK WITH THESE

09:22:44 8   DIFFERENT AGENCIES TO REACH AGREEMENT ON HOW BEST TO ACHIEVE THESE

09:22:48 9   RESTORATION GOALS?

09:22:50 10  A.  YES.  AND ACTUALLY, THE BREAUX ACT, CWPPRA GAVE THE CORPS THE

09:22:58 11  ABILITY TO DO RESTORATION.  BEFORE OUR JOB WAS NAVIGATION AND FLOOD

09:23:04 12  CONTROL, AND CWPPRA GAVE US CONTROL AND THE AUTHORITY TO JUST DO

09:23:08 13  RESTORATION.  SO...

09:23:10 14  Q.  AND WHEN YOU DESCRIBED THE MITIGATION THAT THE CORPS NEEDS TO DO

09:23:16 15  WHEN CERTAIN PROJECTS ARE BUILT AND THAT OVER TIME YOU WERE BETTER

09:23:29 16  ABLE TO ACHIEVE THAT MITIGATION, COULD YOU DESCRIBE A LITTLE MORE

09:23:30 17  WHAT YOU MEAN BY REACHING AN AGREEMENT ON HOW TO ACHIEVE APPROPRIATE

09:23:34 18  MITIGATION?

09:23:35 19  A.  WELL, YOU NEED SOME SORT OF MODEL TO FIGURE OUT HOW MUCH YOU'VE

09:23:41 20  LOST, AND WE WOULD -- AT FIRST WE JUST DID IT VERY SIMPLY.  WE

09:23:47 21  FIGURED IF THIS WAS MARSH AND WE BUILT A LEVEE HERE IN COASTAL

09:23:52 22  LOUISIANA, IN FIFTY YEARS THIS WOULD NOT ALL BE MARSH, SOME OF IT

09:23:59 23  WOULD BE GONE.  SO THE GOAL WAS TO MITIGATE WHAT -- IT WASN'T OUR

09:24:05 24  CHOICE, IT WAS THE FEDERAL REGULATIONS SAID YOU MITIGATE IT SO IT

09:24:09 25  WOULD BE HERE IN FIFTY YEARS; BUT THEN YOU ALSO HAD TO MAKE ENOUGH

09:24:14 1    MARSH TO BEGIN WITH THAT THE CORRECT AMOUNT WOULD BE THERE IN FIFTY

09:24:17 2    YEARS.

09:24:18 3          AND SO AT FIRST WE WERE SORT OF UNCERTAIN ABOUT DOING IT,

09:24:23 4    BUT WE'RE GETTING BETTER AT IT NOW.  AND THE FIRST TIME, TO MAKE THE

09:24:26 5    MARSH, WE CUT A HOLE NEAR THE MOUTH OF THE RIVER AND THEN IT JUST

09:24:33 6    BUILT A LITTLE DELTA, AND IT WORKED VERY WELL.

09:24:36 7    Q.  SO OVER TIME THE SCIENCE HAS EVOLVED TO ALLOW YOU TO BETTER

09:24:42 8    ASSESS WITH MORE ACCURACY THE LONG-TERM EFFECTIVENESS OF THE

09:24:49 9    MITIGATION?

09:24:50 10   A.  YES, YES.

09:24:50 11   Q.  AND IN THAT WAY YOU'RE ABLE TO BETTER ASSESS HOW MANY ACRES TO

09:24:54 12   BUILD INITIALLY SO THAT THE LONG-TERM RESULT IS WHAT YOU'RE LOOKING

09:24:57 13   FOR?

09:24:57 14   A.  IT'S INTERESTING.  NOW WE JUST NEED TO FIGURE THE ACRES.  THE

09:25:03 15   BUSH ADMINISTRATION MADE A LAW THAT WE NOW GO TO PRIVATE MEDIATION

09:25:11 16   BANKS TO GET MEDIATION DONE, WE JUST SAY WE NEED FIFTY ACRES OF

09:25:14 17   SWAMP AND THEN FIND A MEDIATION BANK THAT WILL CREATE FIFTY ACRES OF

09:25:20 18   SWAMP AND PAY THEM; OR ANYBODY THAT HAS FIFTY ACRES OF SWAMP.

09:25:28 19   Q.  IN YOUR CURRENT POSITION, HOW IS IT DETERMINED WHAT PROJECTS YOU

09:25:50 20   WILL WORK ON?

09:25:52 21   A.  IT DEPENDS.  I WAS ASKED TO HELP WITH THE EIS TO DE-AUTHORIZE

09:26:04 22   THE MRGO, THE PROJECT MANAGER ASKED ME TO DO THAT.  I'VE BEEN

09:26:08 23   ASKED -- I WAS ASKED TO FINISH AN ENVIRONMENTAL ASSESSMENT WHEN THE

09:26:17 24   AUTHOR MOVED.  USUALLY I'M ASKED TO WORK ON THE BREAUX ACT, I SPEND

09:26:22 25   A LOT OF TIME ON THAT.  AND SO JUST VARIOUS DIFFERENT THINGS.

09:26:27 1   Q.  AND IS IT ALSO A FUNCTION OF YOUR POSITION OR YOU HAVE

09:26:33 2   FLEXIBILITY WITHIN YOUR POSITION TO COMMUNICATE CONCERNS TO THE

09:26:36 3   DISTRICT COMMANDER WHEN YOU FEEL IT IS NECESSARY TO DO SO?

09:26:39 4   A.  YES.  I ACTUALLY GO RIGHT TO THE DISTRICT ENGINEER IF I NEED TO,

09:26:43 5   AND I HAVE IN THE PAST WHERE IT'S BEEN NECESSARY.  SO THAT'S

09:26:51 6   ACTUALLY IN MY JOB DESCRIPTION.

09:26:54 7   Q.  IT'S PART OF YOUR JOB DESCRIPTION --

09:26:56 8   A.  YEAH.

09:26:57 9   Q.  -- TO COMMUNICATE DIRECTLY TO THE COMMANDER?

09:26:59 10  A.  YEAH.

09:27:00 11  Q.  MRS. HAWES, YOU MENTIONED WORKING ON THE EIS FOR THE DEEP-DRAFT

09:27:21 12  DE-AUTHORIZATION REPORT FOR THE MRGO.  CAN YOU DESCRIBE SOME OF THE

09:27:24 13  OTHER PROJECTS YOU WORKED ON RELATED TO THE MRGO BEFORE HURRICANE

09:27:28 14  KATRINA?

09:27:28 15  A.  WELL, IN 1998, THE LAW REQUIRED EPA TO FORM A COMMITTEE TO SORT

09:27:41 16  OF SEE WHAT WAS HAPPENING WITH THE MRGO, AND I REPRESENTED THE CORPS

09:27:46 17  ON THE ENVIRONMENTAL SUBCOMMITTEE THAT WAS HEADED BY JUNIOR

09:27:50 18  RODRIGUEZ.  AND I WAS -- THE COMMITTEE WAS SUPPOSED TO WRITE A

09:27:57 19  REPORT ON THE LOSSES OF THE MRGO, SO I WROTE THE DRAFT AND THEN

09:28:03 20  EVERYBODY ON THE COMMITTEE REVIEWED IT.  AND THE COMMITTEE WAS --

09:28:08 21  HAD PEOPLE FROM FISH AND WILDLIFE, NATIONAL MARINE, EPA, WILDLIFE

09:28:14 22  AND FISHERIES.

09:28:14 23  Q.  AND YOU MENTIONED THAT YOU SPEND A LOT OF TIME WORKING ON BREAUX

09:28:20 24  ACT PROJECTS; IS THAT RIGHT?

09:28:21 25  A.  YES.

—— FINAL DAILY COPY ——

09:28:22  1    Q.  AND SOME OF THOSE RELATED TO THE MRGO?

09:28:24  2    A.  YEAH.  WE HAD ONE WHERE THERE WAS A PLACE ON THE SPOIL BANK

09:28:31  3    SOUTH OF BAYOU LA LOUTRE THAT HAD BEEN A MARSH AND THEN SOME LEVEES

09:28:39  4    GOT BUILT AROUND IT AND IT WAS ROUNDED, SO THE PROJECT WAS TO JUST

09:28:43  5    TO BREAK THE LEVEES AND DRAIN IT SO IT BECAME MORE MARSH.

09:28:49  6         AND THEN WE'VE HAD PROJECTS THAT PUT ROUGH ON THE SHORE OF

09:28:56  7    LAKE BORGNE SO IT DOESN'T BREAK THROUGH INTO MRGO.  AND ACTUALLY

09:29:00  8    THAT ONE WAS SUPPOSED TO HAVE BEEN DONE BY THE BREAUX ACT, BUT THE

09:29:04  9    CORPS GOT SOME MONEY UNDER THE THIRD SUPPLEMENTAL AND WE DID IT

09:29:07  10   RIGHT AWAY.

09:29:09  11   Q.  HAVE YOU SERVED ON THE TASK FORCE OR -- COULD YOU EXPLAIN YOUR

09:29:21  12   ROLE IN HELPING SELECT PROJECTS THROUGH CWPPRA TO BE ON THE PRIORITY

09:29:23  13   LISTS THAT ARE CREATED?

09:29:24  14   A.  WELL, I'VE SERVED ON THE ENVIRONMENTAL SUBCOMMITTEE AND THE TASK

09:29:33  15   FORCE HAS VERY SPECIFIC -- IT'S THE LAFAYETTE OFFICE OF FISH AND

09:29:39  16   WILDLIFE, IT'S VERY SPECIFIED WHO IS ON THE TASK FORCE.

09:29:42  17   Q.  AND WHAT IS THE ROLE OF THE ENVIRONMENTAL SUBCOMMITTEE OF

09:29:45  18   CWPPRA?

09:29:46  19   A.  WE FIGURE OUT THE BENEFITS OF THE PROJECT, WE TRY TO MAKE ALL OF

09:29:53  20   THEM BETTER BECAUSE THE PROJECTS ARE SUGGESTED BY PEOPLE THAT LIVE

09:29:59  21   THERE AND WE WORK WITH THEM TO SAY, WELL, MAYBE IF YOU DID THIS IT

09:30:02  22   WOULD BE BETTER.

09:30:04  23        AND THEN WE WRITE A REPORT ON THE BENEFITS OF EACH PROJECT

09:30:10  24   BECAUSE WE NOMINATE 20 PROJECTS, THEN YOU SORT THOSE DOWN TO TEN AND

09:30:18  25   THEN YOU LOOK AT THE TEN VERY INTENSIVELY, AND FINALLY THE TASK

09:30:23 1   FORCE PICKS FOUR THAT USUALLY THEY'RE -- HAVE THE BEST COST PER

09:30:33 2   ACRE, THE LOWEST COST PER ACRE.

09:30:37 3   Q.  AND BY THAT DO YOU MEAN COST PER ACRE OF WETLAND OR MARSH THAT

09:30:40 4   WILL ULTIMATELY BE CREATED THROUGH THE PROJECT?

09:30:42 5   A.  YEAH.  WHEN YOU LOOK AT THE MARSH THAT WILL BE THERE AT THE END

09:30:47 6   OF 20 YEARS, WHICH IS THE LIFE OF THE BREAUX ACT PROJECT.

09:30:50 7   Q.  AND IS THERE A SPECIFIC FORMULA OR PROCESS THROUGH WHICH THOSE

09:30:56 8   ACREAGES ARE EVALUATED?

09:31:05 9   A.  YEAH, IT'S A PROCESS DEVELOPED BY THE ENVIRONMENTAL WORK GROUP

09:31:05 10  FROM -- IT'S CALLED THE WETLAND VALUE ASSESSMENT, AND U.S. FISH AND

09:31:08 11  WILDLIFE SERVICE HAS A WHOLE BUNCH OF MODELS WHERE YOU LOOK AT GREAT

09:31:16 12  BLUE HERONS AND SPECKLED TROUT AND SEE, AND THEN RESEARCH SEVERAL OF

09:31:21 13  THESE MODELS AND PUT THEM TOGETHER, SO WE DON'T LOOK AT ANIMALS, WE

09:31:26 14  LOOK AT MARSH IN GENERAL.  AND THAT WAS DEVELOPED FOR THE BREAUX ACT

09:31:31 15  BY MOSTLY THE FISH AND WILDLIFE SERVICE BUT WITH HELP FROM ALL OF

09:31:35 16  THE REST OF US.

09:31:36 17  Q.  AND THAT WAS PART OF WHAT THE ENVIRONMENTAL SUBCOMMITTEE WAS

09:31:40 18  INVOLVED WITH?

09:31:40 19  A.  YES.  THEY WERE THE ONES THAT DID -- EVERY YEAR WE LOOK AT AND

09:31:47 20  SAY, IS THERE ANYTHING WE CAN DO TO MAKE IT BETTER.

09:31:51 21  Q.  AND ARE THERE OTHER FACTORS THAT GO INTO PROJECTS ULTIMATELY

09:31:59 22  BEING RANKED AND SELECTED TO BE ON THE PRIORITY LIST BESIDES THE

09:32:05 23  WETLAND VALUE ASSESSMENT THAT YOU JUST DESCRIBED?

09:32:08 24  A.  WELL, WE LOOK TO SEE ANYTHING THAT MAY HELP WITH HURRICANE

09:32:17 25  PROTECTION.  IF A PROJECT IS IN FRONT OF A LEVEE, THE TASK FORCE

09:32:21 1    WOULD MORE THAN LIKELY VOTE FOR IT THAN A PROJECT OUT IN THE MIDDLE

09:32:25 2    OF NOWHERE BECAUSE IT WOULD PROVIDE SOME DIRECT PROTECTION TO THE

09:32:32 3    LEVEE.

09:32:32 4    Q.  AND YOU ALSO, IN ADDITION TO WORKING WITH THE SPECIFIC PROJECTS

09:32:38 5    UNDER CWPPRA, YOU PARTICIPATED IN PREPARING THE COAST 2050 REPORT;

09:32:44 6    IS THAT RIGHT?

09:32:45 7    A.  YES.  WELL, ACTUALLY THE BREAUX ACT CALLED FOR HAVING A PRIORITY

09:32:51 8    LIST OF PROJECTS EVERY YEAR AND WITHIN THREE YEARS AND BY 1993

09:32:56 9    HAVING A COASTAL RESTORATION PLAN, AND I WROTE THE PONTCHARTRAIN

09:33:05 10   BASIN PART OF THAT PLAN AND HELPED SORT OF PUT IT ALL TOGETHER AT

09:33:08 11   THE END AND REVIEWED IT AND EDITED IT.

09:33:11 12          AND THEN IN 1998, WE DECIDED THAT WE COULD DO BETTER THAN

09:33:16 13   THAT AND GET SOMETHING A LITTLE BROADER, AND SO I WROTE THE FIRST

09:33:22 14   2050, AND THIS TIME I DID THE BARATARIA BASIN, WHICH WAS A GUY FROM

09:33:29 15   THE STATE SAID HE KNEW THE PONTCHARTRAIN BASIN AND FELT MORE

09:33:33 16   COMFORTABLE; AND THEN THERE WERE TWO OF US THAT BASICALLY FINISHED

09:33:37 17   COAST 2050, A MAN FROM THE STATE AND I, AND WE PUT IT ALL TOGETHER

09:33:42 18   AT THE END AND GOT IT DONE.

09:33:46 19   Q.  AND DID YOU ALSO PARTICIPATE IN WRITING THE PLAN THAT WAS

09:33:49 20   PROPOSED UNDER THE LOUISIANA COASTAL AREA STUDY?

09:33:52 21   A.  COAST 2050 THEN SORT OF CHANGED THINGS IN THE LOUISIANA COASTAL

09:33:59 22   AREA AND I WORKED ON THAT PROJECT.  I WROTE SOME OF THE EIS AND

09:34:05 23   REVIEWED IT.

09:34:08 24   Q.  AND ARE YOU ABLE TO GIVE US ANY IDEA UNDER THE CWPPRA STATUTE

09:34:15 25   HOW LONG IT TAKES BETWEEN WHEN A PROJECT IS PROPOSED UNTIL IT GETS

09:34:22 1    ON THE PRIORITY LIST AND THEN IS ACTUALLY IMPLEMENTED?

09:34:31 2    A.  WELL, THE FIRST PROJECT IS THE WETLANDS OF LABRANCHE, AND WE

09:34:32 3    FINISHED THOSE IN FOUR YEARS; AND GENERALLY, PROJECTS ARE DONE

09:34:39 4    WITHIN FIVE YEARS, EXCEPT SOME OF THEM.  THERE WAS A BIG DIVERSION

09:34:46 5    BY VENICE THAT WE DID THINGS WITH THE STATE FOR ABOUT FOUR YEARS,

09:34:52 6    AND EVENTUALLY IT TOOK 13 YEARS TO BUILD THE LEVEES AND LOCKS.

09:35:02 7    Q.  SO THE TIME PERIOD THAT IT TAKES TO CONSTRUCT A PROJECT CAN VARY

09:35:08 8    DEPENDING ON DIFFERENT CIRCUMSTANCES?

09:35:11 9    A.  WELL, TO ACTUALLY BUILD A DIVERSION PROBABLY TAKES A MONTH, AND

09:35:21 10   IT CAN TAKE LONGER WHEN YOU PUT FIVE MILES OF ROCK OUT ON A

09:35:25 11   SHORELINE, THAT CAN TAKE TWO OR THREE MONTHS, IT'S MUCH SLOWER.

09:35:31 12   Q.  BUT THE TIME IT TAKES TO GET THE PROJECT ONTO THE PRIORITY LIST

09:35:37 13   AND THEN DESIGNED AND BEGIN --

09:35:38 14   A.  IT TAKES TIME TO GET IT ON, AND THEN YOU HAVE TO HAVE PLANS AND

09:35:43 15   SPECIFICATIONS, AND THE WHOLE GROUP REVIEWS THEM WHEN THEY'RE ABOUT

09:35:49 16   30 PERCENT DONE AND THEN REVIEWS THEM WHEN THEY'RE 95 PERCENT DONE.

09:35:55 17   SO WE'RE TALKING NEARLY FOUR TO FIVE YEARS TO GET PROJECTS BUILT.

09:35:59 18   BUT IT IS THE ONLY PROGRAM THAT IS BUILDING OUT THERE, THERE'S A LOT

09:36:07 19   MORE WETLANDS NOW BECAUSE OF THE BREAUX ACT.  SOMETHING, I THINK

09:36:12 20   80,000 ACRES HAVE BEEN CREATED SINCE WE STARTED OF PROTECTED,

09:36:20 21   SOMETIMES WE JUST PROTECT.

09:36:24 22   Q.  AND THIS IS COVERING THE ENTIRE COAST OF LOUISIANA?

09:36:26 23   A.  YEAH, UP FROM THE PEARL RIVER FROM THE SABINE.  AND THEN TO

09:36:33 24   WHEREVER THE WETLANDS STOP.

09:36:35 25   Q.  MRS. HAWES, YOU'VE RECEIVED SOME AWARDS FOR YOUR WORK ON COASTAL

09:36:45 1    RESTORATION; IS THAT RIGHT?

09:36:47 2    A.  YEAH, I'VE GOTTEN AN AWARD FROM THE LOUISIANA WILDLIFE

09:36:54 3    FEDERATION.  THEN I GOT ONE FOR SPECIAL ACHIEVEMENT, JUST GENERAL

09:36:59 4    SPECIAL ACHIEVEMENT FROM THE NATIONAL WILDLIFE FEDERATION.  I GOT A

09:37:03 5    LIFETIME ACHIEVEMENT AWARD FROM THE COALITION TO RESTORE COASTAL

09:37:09 6    LOUISIANA.  I GOT WHAT THEY CALL THE PAUL TEMPLET AWARD FROM THE

09:37:15 7    SIERRA CLUB, AND I GOT A CLASS ACT AWARD FOR THE LAKE PONTCHARTRAIN

09:37:20 8    BASIN FOUNDATION.  AND MOSTLY FOR JUST WORKING WITH PEOPLE.

09:37:26 9            MS. MILLER:  OKAY.  THANK YOU, MRS. HAWES, THOSE ARE ALL

09:37:29 10   OF THE QUESTIONS I HAVE RIGHT NOW.

09:37:31 11           THE COURT:  THANK YOU, COUNSEL.

09:37:31 12                       CROSS-EXAMINATION

09:37:31 13   BY MR. ANDRY:

09:37:33 14   Q.  MS. HAWES, GOOD MORNING.

09:37:33 15   A.  GOOD MORNING.

09:37:34 16   Q.  I'M JONATHAN ANDRY AND I REPRESENT THE PLAINTIFFS.  I AM JUST

09:37:38 17   GOING TO ASK YOU A FEW QUESTIONS.  CAN YOU HEAR ME WELL?

09:37:41 18   A.  YES.

09:37:41 19   Q.  THE MAJORITY OF THE EXAMINATION THAT MS. MILLER JUST CONDUCTED

09:37:44 20   SEEMED TO ME TO BE FROM THE PERIOD OF YOUR LIFE FROM LIKE THE LATE

09:37:49 21   1990'S THROUGH HURRICANE KATRINA AND POST HURRICANE KATRINA; IS THAT

09:37:59 22   RIGHT?

09:37:59 23   A.  YEAH.

09:37:59 24   Q.  BUT IN 1998 YOU TESTIFIED THAT YOU WORKED ON AN EPA TASK FORCE

09:38:00 25   TO ASSESS THE IMPACTS OF THE MISSISSIPPI RIVER GULF OUTLET; IS THAT

09:38:04  1    TRUE?

09:38:04  2    A.  YEP.

09:38:05  3    Q.  AND MR. JUNIOR RODRIGUEZ WAS CHAIRMAN OF THAT COMMITTEE; IS THAT

09:38:11  4    RIGHT?

09:38:12  5    A.  YES.

09:38:12  6    Q.  YOU DRAFTED A REPORT AS PART OF THAT PROCESS, RIGHT?

09:38:15  7    A.  YES.

09:38:16  8    Q.  AND IN THAT REPORT YOU DETERMINED THE IMPACT OF THE HABITAT

09:38:21  9    CHANGE ASSOCIATED WITH THE BUILDING OF THE MISSISSIPPI RIVER GULF

09:38:23 10    OUTLET; IS THAT RIGHT?

09:38:24 11    A.  YES.

09:38:25 12    Q.  AND IN THAT REPORT YOU SPECIFICALLY DETERMINED THAT CONSTRUCTION

09:38:29 13    OF THE MRGO AND SUBSEQUENT EROSION HAS CAUSED EXTENSIVE LAND LOSS IN

09:38:35 14    ST. BERNARD PARISH, AND SPECIFICALLY, THAT NEARLY 3400 ACRES OF

09:38:39 15    FRESHWATER AND INTERMEDIATE MARSH, OVER 10,000 ACRES OF BRACKISH

09:38:44 16    MARSH, AND 4200 ACRES OF SALINE MARSH HAVE BEEN CONVERTED TO OPEN

09:38:48 17    WATER OR SPOIL.  IS THAT RIGHT?

09:38:50 18    A.  RIGHT.  I MEAN, I DON'T REMEMBER THE NUMBERS, BUT I TRUST YOU'RE

09:38:54 19    READING THEM CORRECTLY.

09:38:55 20    Q.  OKAY.  THANK YOU.

09:38:56 21            AND IN THAT REPORT, YOU ALSO DETERMINED THAT THERE WAS

09:38:59 22    WAVE WASH EROSION, AND YOU DETERMINED THE AMOUNT OF LAND LOSS BY

09:39:06 23    TAKING A MAP OF THE MRGO AND SUPERIMPOSING IT ON HISTORICAL

09:39:12 24    TOPOGRAPHICAL MAPS; IS THAT RIGHT?

09:39:14 25    A.  YES.

09:39:15 1  Q.  AND YOU DETERMINED THAT THERE WAS WAVE WASH EROSION ON THE MRGO

09:39:19 2  OF 15 FEET A YEAR; IS THAT RIGHT?

09:39:22 3  A.  WELL, WHAT I DID WAS USE, THAT WAS THE NUMBER THE CORPS HAD USED

09:39:30 4  IN A PREVIOUS REPORT, SO I JUST USED THAT NUMBER.  NOW I REALIZE IT

09:39:34 5  WAS WRONG.  SOME PEOPLE FROM THE CORPS MEASURED THE LAND LOSS ON THE

09:39:41 6  NORTH BANK VERY CAREFULLY, AND I THINK I CALCULATED A 15 FEET A

09:39:44 7  YEAR, IT'S ABOUT -- IT WAS ABOUT 2400 ACRES.  IT'S ACTUALLY

09:39:49 8  5300 ACRES.

09:39:51 9  Q.  IS THAT ON EACH SIDE?

09:39:53 10  A.  NO.  IT'S 15 FEET A YEAR ON THE SOUTH BANK.  AND THEY VERIFIED

09:40:02 11  THAT, AND I JUST ASSUMED -- WHEN I WROTE THE REPORT IN 1998, WE HAD

09:40:08 12  SAID IT WAS 15 FEET ON THE NORTH BANK AND WE WERE WRONG, I WAS

09:40:13 13  WRONG.

09:40:13 14  Q.  AND YOU TALKED ABOUT MITIGATING WETLANDS.  ISN'T IT CORRECT THAT

09:40:18 15  THE CLEAN WATER ACT IN SECTION 404 PERMITTING PROCESS IS DESIGNED TO

09:40:23 16  HELP FACILITATE THE SAVING OF WETLANDS?

09:40:28 17  A.  IT IS DESIGNED TO HAVE YOU LAY OUT CLEARLY WHAT DAMAGE IS DONE

09:40:37 18  TO WETLANDS.  AS FAR AS I REMEMBER -- I HAVEN'T READ IT RECENTLY,

09:40:43 19  BUT IT DOES NOT MENTION THE WORD MITIGATION.

09:40:45 20  Q.  BUT ISN'T THERE A MITIGATION PROCESS THAT THE CORPS -- LET'S

09:40:49 21  JUST --

09:40:50 22      NOTWITHSTANDING THE WORD MITIGATION, ISN'T IT TRUE THAT

09:40:53 23  PURSUANT TO THE CLEAN WATER ACT THAT THE CORPS HAS AN OBLIGATION TO

09:40:57 24  MAKE SURE THAT WETLANDS AREN'T DEVELOPED AND CONVERTED INTO DRY

09:41:03 25  LANDS, FOR LACK OF A BETTER WORD?

09:41:04 1    A.  WELL, I KNOW REGULATORY HAS ADDRESSED THAT AND THEN WHEN IT'S A

09:41:15 2    CORPS PROJECT, THE ENVIRONMENTAL SECTION WRITES THE 404(B)(1)

09:41:20 3    EVALUATION AND LAYS OUT THE ACREAGES THAT ARE DAMAGED.  AND THESE

09:41:25 4    DAYS SINCE WE MITIGATE, IT ALSO LAYS OUT, YOU KNOW, WE'VE DAMAGED

09:41:34 5    500 ACRES AND WE WILL GO THROUGH A MEDIATION BANK AND GAIN 500 ACRES

09:41:41 6    IS THE WAY WE WERE WRITING THAT.

09:41:42 7          WHEN I FIRST STARTED, WE JUST LAID OUT THE DAMAGE BECAUSE

09:41:49 8    WE DIDN'T MEDIATE, AND AS TIME HAS GONE ON, WE INCLUDE THE MEDIATION

09:41:58 9    IN THE 404(B)(1).  THE 404 DOES NOT REQUIRE MENTIONING MEDIATION.

09:42:01 10   Q.  THE MAJORITY OF THE PROJECTS THAT MS. MILLER -- IN THE PROJECTS

09:42:04 11   THAT YOU'RE WORKING ON NOW THAT MS. MILLER TALKED ABOUT, THE ONES IN

09:42:08 12   BARATARIA BAY AND THOSE OTHER AREAS, IS THERE ANY REASON WHY THE

09:42:12 13   UNITED STATES COULD NOT HAVE -- OR THE CORPS OF ENGINEERS COULD NOT

09:42:15 14   HAVE IMPLEMENTED THOSE PROJECTS IN THE 1980'S OR 1990'S?

09:42:20 15   A.  BECAUSE WE DID NOT HAVE THE AUTHORITY.  IT WASN'T UNTIL THE

09:42:27 16   BREAUX ACT THAT WE GOT THE AUTHORITY TO INCLUDE AS ONE OF OUR

09:42:31 17   PURPOSES COASTAL RESTORATION.  WE DID HAVE VERY SPECIFIC AUTHORITY

09:42:38 18   TO BUILD THE TWO DIVERSIONS THAT WE DID, THE ONE AT CAERNARVON AND

09:42:42 19   ONE IN DAVIS POND, AND WE BUILT THOSE WITH LOTS OF PEOPLE ASKING US

09:42:51 20   TO AND LOTS OF PEOPLE OPPOSING US.  SO...

09:42:54 21         BUT BEFORE 1990 WE HAD NO AUTHORITY TO BUILD MARSH OR

09:43:02 22   PROTECT THESE RANDOM WETLANDS.

09:43:03 23   Q.  AND YOU WERE WITH THE CORPS FOR 32 YEARS; IS THAT RIGHT?

09:43:07 24   A.  PARDON?

09:43:07 25   Q.  YOU WERE EMPLOYED BY THE CORPS OF ENGINEERS --

09:43:11 1          THE COURT:  I THINK SHE SAID 37.

09:43:11 2   BY MR. ANDRY:

09:43:13 3   Q.  THIRTY-SEVEN YEARS, I'M SORRY.  YOU WERE EMPLOYED BY THE CORPS

09:43:15 4   FOR 37 YEARS, IS THAT CORRECT?

09:43:17 5   A.  THAT'S RIGHT.

09:43:18 6   Q.  SO YOU WERE THERE BEFORE THE MRGO WAS BUILT AND AFTER THE MRGO

09:43:24 7   WAS BUILT, RIGHT?

09:43:24 8   A.  NO.  IT WAS BUILT -- IT WAS STARTED, AS I RECALL, IN THE LATE

09:43:27 9   '60'S AND FINISHED AROUND -- I GOT THERE AROUND THE TIME IT WAS

09:43:31 10  BUILT.

09:43:32 11  Q.  AND DID YOU EVER, ON BEHALF OF THE CORPS, HAVE A RESTORATION

09:43:38 12  PROJECT IMPLEMENTED IN -- PRIOR TO HURRICANE KATRINA TO REMEDIATE

09:43:44 13  THE WETLAND LOSS ASSOCIATED WITH THE MRGO AND THE SWAMP LOSS

09:43:48 14  ASSOCIATED WITH THE MRGO THAT YOU REFERENCED IN THE 1998 REPORT THAT

09:43:51 15  YOU DRAFTED?

09:43:56 16  A.  I DON'T KNOW THAT -- YES, WE DID.  WE HAD A PROJECT MANAGER ON

09:44:00 17  MRGO THAT WAS VERY CREATIVE, AND HE ARGUED THAT IF YOU PUT ROCK ON

09:44:06 18  THE SHORE, YOU NEEDED TO DREDGE LESS; SO HE PUT ROCK ON THE SHORE TO

09:44:18 19  PROTECT THE NORTH SHORE.  HE ALSO CREATED MARSH WHERE HE COULD, BUT

09:44:18 20  I DON'T THINK I LOSE THOSE TO SAY, OKAY, WE LOST THIS MUCH FROM MRGO

09:44:25 21  BUT WE'VE MADE THIS MUCH, I DON'T THINK I DID THAT.  I COULD HAVE

09:44:31 22  AND I DECIDED NOT TO.

09:44:35 23          BUT WE HAD -- BY NOW WE PROBABLY MADE 600 ACRES OF MARSH

09:44:38 24  ON THE NORTH BANK OF MRGO, AND WE HAVE SEVERAL MILES OF ROCK OUT

09:44:43 25  THERE THAT THE CORPS PUT THERE AS PART OF OUR MAINTENANCE DREDGING.

09:44:49 1          MR. ANDRY:  I DON'T HAVE ANY OTHER QUESTIONS.

09:44:52 2          THE COURT:  THANK YOU, SIR.  ANY REDIRECT?

09:44:54 3          MS. MILLER:  NO, YOUR HONOR.

09:44:56 4          THE COURT:  THANK YOU VERY MUCH.  MS. HAWES, THANK YOU.

09:45:02 5  YOU'RE INDEED A PIONEER.

09:45:07 6          THE COURT IS THINKING ABOUT RACHEL CARSON.  I'M SURE ALL

09:45:13 7  OF YOU ARE TOO YOUNG TO KNOW WHO RACHEL CARSON IS.

09:45:18 8          MR. O'DONNELL:  STYLE AND SPRING.

09:45:18 9          THE COURT:  EXACTLY.

09:45:22 10         MR. O'DONNELL:  BREAK-THROUGH WORK.

09:46:35 11         THE COURT:  YES, SIR.

09:46:37 12         MR. SMITH:  YOUR HONOR, CAN WE HAVE JUST A MINUTE, WE'LL

09:46:39 13  HAVE OUR NEXT WITNESS IN AND OUR BINDERS AND EVERYTHING SET UP.  I

09:46:43 14  DON'T THINK WE NEED A RECESS.  I THINK THEY'RE OUTSIDE THE

09:46:47 15  COURTROOM.

09:48:02 16         THE COURT:  OKAY.

09:48:02 17         THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

09:48:04 18     (WHEREUPON, THOMAS JAMES PODANY, WAS SWORN IN AND TESTIFIED AS

09:48:10 19     FOLLOWS:)

09:48:10 20         THE DEPUTY CLERK:  WOULD YOU PLEASE STATE YOUR NAME AND

09:48:12 21  SPELL IT FOR THE RECORD.

09:48:13 22         THE WITNESS:  MY NAME IS THOMAS JAMES PODANY.  MY LAST

09:48:16 23  NAME IS SPELLED P-O-D-A-N-Y.

09:48:21 24         MR. EHRLICH:  GOOD MORNING, YOUR HONOR.  UNITED STATES

09:48:22 25  CALLS ITS NEXT WITNESS, THOMAS PODANY.  MR. PODANY CAME TO NEW

—— FINAL DAILY COPY ——

09:48:28 1   ORLEANS IN 1982 AFTER GRADUATING FROM GEORGE WASHINGTON UNIVERSITY

09:48:31 2   WITH A DEGREE IN CIVIL ENGINEERING.  HE IS -- AT THE TIME OF

09:48:35 3   HURRICANE KATRINA, HE WAS THE ASSISTANT CHIEF OF PLANNING PROGRAMS

09:48:38 4   AND PROJECT MANAGEMENT AT THE CORPS OF ENGINEERS.

09:48:42 5          HIS TESTIMONY TODAY WILL FOCUS ON THREE REPORTS CONCERNING

09:48:46 6   THE CORPS' EFFORTS TO INVESTIGATE MEASURES DIRECTED AT BANK

09:48:49 7   STABILIZATION ALONG THE MRGO.

09:48:51 8          THE COURT:  THANK YOU VERY MUCH, COUNSEL.  AND AS YOU

09:48:54 9   PROBABLY KNOW, I HAVE READ HIS 30(B)(6) DEPOSITION AND SYNOPSIZED

09:49:00 10  IT.

09:49:00 11         MR. EHRLICH:  THANK YOU, YOUR HONOR.

09:49:02 12                       DIRECT EXAMINATION

09:49:02 13  BY MR. EHRLICH:

09:49:02 14  Q.  MR. PODANY, PLEASE TELL THE COURT AGAIN BY WHOM YOU ARE

09:49:06 15  EMPLOYED.

09:49:07 16  A.  I AM EMPLOYED BY THE U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS

09:49:12 17  DISTRICT.

09:49:12 18  Q.  AND HOW LONG HAVE YOU BEEN WITH THE CORPS?

09:49:14 19  A.  FOR ABOUT 26 YEARS.

09:49:15 20  Q.  WHEN YOU FIRST ARRIVED AT THE CORPS, WHAT WAS YOUR POSITION?

09:49:21 21  A.  MY INITIAL POSITION WAS AS STUDY MANAGER IN THE PLANNING

09:49:25 22  DIVISION FROM ABOUT 1983 TO '94.

09:49:29 23  Q.  AND IN 1994, DID YOU CHANGE POSITIONS?

09:49:33 24  A.  YES, I DID.  I BECAME CHIEF OF THE ENVIRONMENTAL PLANNING

09:49:38 25  SECTION AND PLANNING DIVISION.

09:49:39 1    Q.   AND HOW LONG WERE YOU IN THAT POSITION?

09:49:41 2    A.   I WAS IN THAT POSITION FOR ABOUT FOUR YEARS.

09:49:46 3    Q.   WAS THE ASSISTANT CHIEF OF PLANNING AND PROGRAM THE NEXT

09:49:52 4    POSITION YOU HELD?

09:49:58 5    A.   I HAD A BRIEF TIME AS A SENIOR PROJECT MANAGER IN 1999.  ALSO IN

09:50:00 6    THE YEAR 1999, I WORKED AS THE BRANCH CHIEF IN THE CWPPRA PROJECT

09:50:06 7    MANAGEMENT BRANCH, THE COASTAL WETLANDS PLANNING, PROTECTION AND

09:50:11 8    RESTORATION ACT BRANCH, AND I BECAME ASSISTANT CHIEF OF PLANNING

09:50:14 9    PROGRAMS PROJECT MANAGEMENT IN 2002.

09:50:18 10   Q.   WAS THAT POSITION NEW TO THE CORPS?

09:50:21 11   A.   THAT PARTICULAR POSITION WAS NOT.  IN 2006, A POSITION THAT I AM

09:50:28 12   CURRENTLY IN WAS NEW, WHICH IS THE CHIEF OF THE PROTECTION

09:50:33 13   RESTORATION OFFICE.

09:50:33 14   Q.   AND WHY WAS THAT POSITION CREATED?

09:50:35 15   A.   THAT POSITION WAS CREATED TO HANDLE ALL OF THE WORK THAT WE

09:50:39 16   RECEIVED AFTER HURRICANE KATRINA.  A LOT OF THE WORK THAT THE

09:50:43 17   DISTRICT WAS DOING FOR LEVEE RECOVERY, LEVEE RESTORATION, PLUS ALSO

09:50:48 18   THE ENVIRONMENTAL RESTORATION AND URBAN FLOOD CONTROL WORK UNDER

09:50:56 19   SELA.

09:50:56 20   Q.   AND WHAT ARE YOUR RESPONSIBILITIES IN THAT POSITION?

09:50:58 21   A.   AS CHIEF, I OVERSEE THREE BRANCHES THAT HAVE STUDY MANAGERS,

09:51:04 22   PROJECT MANAGERS AND PROGRAM ANALYSTS, WHO DEVELOP PLANS OF STUDY

09:51:09 23   AND ACTUALLY MANAGE PROJECTS TO EXECUTE THE WORK FOR THE OFFICE.

09:51:14 24   Q.   MR. PODANY, IN INTRODUCING YOU TO THE COURT, I MENTIONED THAT

09:51:18 25   YOU HAVE A CIVIL ENGINEERING DEGREE FROM GEORGE WASHINGTON

3334

09:51:20 1    UNIVERSITY.  WILL YOU PLEASE DESCRIBE THE REST OF YOUR EDUCATIONAL

09:51:24 2    BACKGROUND?

09:51:24 3    A.  I HAVE TAKEN SOME GRADUATE COURSES AT TULANE UNIVERSITY.  ALSO

09:51:28 4    IN 1992, '93, I WAS ON THE PLANNERS AND PROJECT MANAGERS PROGRAM IN

09:51:34 5    WASHINGTON, D.C.  THAT'S A RATHER INTENSIVE PLANNING AND PROJECT

09:51:40 6    MANAGEMENT TRAINING PROGRAM FOR THE CORPS THAT I COMPLETED IN '93.

09:51:44 7    Q.  I'D LIKE TO ASK YOU ABOUT THE CORPS' EFFORTS REGARDING

09:51:48 8    ENVIRONMENTAL PROJECTS.  YOU WERE WITH THE CORPS IN 1990; IS THAT

09:51:53 9    RIGHT?

09:51:53 10   A.  THAT'S CORRECT.

09:51:54 11   Q.  HAD THE CORPS BEEN STUDYING ENVIRONMENTAL RESTORATION PROJECTS

09:51:57 12   PRIOR TO YOUR ARRIVAL THERE?

09:51:59 13   A.  YES.  THERE HAD BEEN A NUMBER OF STUDIES THAT HAD BEEN DONE OVER

09:52:04 14   THE YEARS, STUDY AUTHORITIES THAT WE HAD RECEIVED THAT WE HAD

09:52:08 15   FINISHED REPORTS ON.

09:52:09 16   Q.  AND THEN PRIOR TO 1990 HAD THE CORPS BEEN ENGAGING IN THOSE

09:52:13 17   EFFORTS?

09:52:13 18   A.  YES.  WE HAD BEEN, BUT WHAT HAPPENED IN 1990 WAS THAT THE WATER

09:52:17 19   RESOURCE DEVELOPMENT ACT OF 1990 ACTUALLY ESTABLISHED THAT

09:52:22 20   ENVIRONMENTAL RESTORATION WOULD BE A PRIMARY MISSION OF THE CORPS OF

09:52:28 21   ENGINEERS.  SO AFTER THAT ACT, THERE WERE A NUMBER OF STUDIES AND

09:52:32 22   PROJECTS THAT CONGRESS HAD AUTHORIZED FOR EVALUATION.  AND ALSO THE

09:52:40 23   ADMINISTRATION BEGAN PREPARING A LOT MORE GUIDANCE ON HOW TO

09:52:46 24   EVALUATE ENVIRONMENTAL RESTORATION PROJECTS.

09:52:48 25   Q.  YOU MENTIONED THAT THERE WAS A CHANGE IN THE FORMAL MISSION OF

09:52:55 1  THE CORPS.  WHAT DOES THAT MEAN, A FORMAL MISSION?

09:52:56 2  A.  WELL, THE MAIN THING WOULD BE THAT FROM THE STANDPOINT OF IT

09:53:00 3  BEING A PRIMARY MISSION MEANS THAT IT'S LIKELY TO GET MORE PRIORITY

09:53:04 4  IN BUDGETING WITHIN THE ADMINISTRATION AND ALSO WITH CONGRESS.  THE

09:53:09 5  CONGRESS IS THE ONE THAT DIRECTED THAT THAT BE THE CASE IN TITLE III

09:53:14 6  AWARD OF TWO THOUSAND -- I'M SORRY, 1990.

09:53:17 7        SO THAT MEANS THAT THERE'S A BETTER CHANCE TO EXECUTE

09:53:20 8  THESE TYPES OF PROJECTS, THERE'S LIKELY TO BE MORE OF THEM, AND THE

09:53:24 9  PROCESSES FOR EVALUATING THEM WILL BE CLEARER.

09:53:29 10  Q.  AND IS THAT PROCESS OF EVALUATING THEM, WHERE DOES THAT COME

09:53:34 11  FROM?

09:53:35 12  A.  THAT GUIDANCE GENERALLY COMES FROM OUR HEADQUARTERS LEVEL IN THE

09:53:41 13  FORM OF -- GIVING AN EXAMPLE, A PROGRAM, FOR EXAMPLE, TO EVALUATE

09:53:46 14  ALTERNATIVES SO THAT THE BEST ENVIRONMENTAL PLAN CAN BE IDENTIFIED

09:53:51 15  FOR AN AREA.

09:53:54 16        THERE WAS A PROGRAM DEVELOPED CALLED ECO EASY TO DO THAT.

09:53:59 17  AND THERE'S A PROCESS FOR ESTABLISHING THE NATIONAL ECOSYSTEM

09:54:02 18  RESTORATION PLAN NOW THAT WE DIDN'T HAVE BEFORE 1990, AND THAT'S

09:54:08 19  COMPLIMENTARY TO THE NATIONAL ECONOMIC DEVELOPMENT PLAN, WHICH IS

09:54:13 20  THE WAY WE EVALUATE THE MERITS OF PROJECTS LIKE COMMERCIAL

09:54:19 21  NAVIGATION, FLOOD DAMAGE RISK REDUCTION, HURRICANE RISK REDUCTION.

09:54:25 22  Q.  MR. PODANY, YOU WORK WITH A PERSON AT THE CORPS NAMED SUE HAWES?

09:54:30 23  A.  YES, I HAVE.

09:54:30 24  Q.  WHAT IS HER POSITION?

09:54:32 25  A.  SHE IS THE PROJECT MANAGER FOR THE ENVIRONMENT.

09:54:35 1   Q.   AND DO YOU KNOW WHY HER POSITION WAS CREATED?

09:54:39 2   A.   AROUND 1990, IN ADDITION TO THE WATER RESOURCES DEVELOPMENT ACT

09:54:43 3   OF 1990, THERE WAS THE COASTAL WETLANDS PLANNING, PROTECTION AND

09:54:47 4   RESTORATION ACT THAT WAS ALSO AUTHORIZED AND FUNDED, AND THE CORPS

09:54:54 5   OF ENGINEERS WAS GIVEN A LEADERSHIP ROLE IN THAT PROGRAM TO

09:54:58 6   ADMINISTER THE PROGRAM BUT ALSO TO ACT AS THE CHAIRMAN OF THE TASK

09:55:01 7   FORCE THAT OVERSAW THE WORK ON IT.

09:55:04 8        THE TASK FORCE WAS MADE UP OF FIVE FEDERAL AGENCIES,

09:55:07 9   INCLUDING THE CORPS OF ENGINEERS AND THE STATE OF LOUISIANA, SO A

09:55:11 10  LOT OF THIS NEW WORK NECESSITATED ALIGNING THE DISTRICT TO BE MORE

09:55:18 11  IN TUNE WITH THE WORK THAT WE WERE RECEIVING, WHICH IS THE

09:55:21 12  ENVIRONMENTAL RESTORATION MISSION.

09:55:23 13       THERE WAS ALSO OFFICES CREATED LIKE THE ENVIRONMENTAL

09:55:27 14  PLANNING SECTION AND PLANNING DIVISION TO HAVE STUDY MANAGERS

09:55:30 15  FOCUSED IN ON ENVIRONMENTAL STUDIES.

09:55:32 16  Q.   AND THESE CHANGES THAT YOU'VE DESCRIBED ALL TOOK PLACE AS A

09:55:37 17  RESULT OF THE CHANGE IN THE PRIMARY MISSION?

09:55:38 18  A.   YES, THEY DID.

09:55:39 19  Q.   LET'S TURN TO THE CORPS' EFFORTS WITH REGARD TO BANK EROSION.

09:55:44 20  DURING YOUR TIME WITH THE CORPS, DID THE CORPS STUDY WHETHER OR NOT

09:55:53 21  BANK STABILIZATION MEASURES COULD BE CONSTRUCTED ALONG THE NORTH

09:55:53 22  SHORE, OR THE UNLEVEED REACH OF THE MRGO?

09:55:56 23  A.   YES, WE DID.

09:55:57 24  Q.   ARE YOU FAMILIAR WITH THE 1988 RECONNAISSANCE REPORT?

09:56:00 25  A.   YES, I AM.

09:56:01  1    Q.  IF WE COULD PUT THAT ON THE SCREEN, IT'S EXHIBIT DX 1057.

09:56:12  2         BEFORE WE GET INTO THE SPECIFICS OF THE REPORT, WILL YOU

09:56:15  3    PLEASE DESCRIBE FOR THE COURT WHAT A RECONNAISSANCE REPORT IS?

09:56:18  4    A.  THE RECONNAISSANCE REPORT OR RECONNAISSANCE STUDY IS THE FIRST

09:56:23  5    PHASE OF A TWO-PHASED STUDY PROCESS FOR FEDERAL PROJECTS, FEDERAL

09:56:28  6    WATER RESOURCE PROJECTS.  THE SECOND PHASE OF THAT PROCESS IS THE

09:56:33  7    FEASIBILITY PHASE.  THE PURPOSE OF A RECONNAISSANCE REPORT IS TO

09:56:38  8    IDENTIFY WHETHER A FEASIBILITY-PHASE PROJECT -- A FEASIBILITY STUDY

09:56:43  9    SHOULD BE CONDUCTED.

09:56:46 10         AND SO, A RECONNAISSANCE REPORT, WE LOOK AT THINGS LIKE

09:56:51 11    PROBLEMS, NEEDS AND OPPORTUNITIES ASSOCIATED WITH POTENTIAL

09:56:55 12    SOLUTIONS TO THE PROBLEMS IDENTIFIED.  THERE WOULD BE THAT

09:57:03 13    EDIFICATION OF A NON-FEDERAL SPONSOR, THE PREPARATION OF A

09:57:06 14    FEASIBILITY STUDY COST ESTIMATE, AND BASICALLY IDENTIFYING WHETHER

09:57:11 15    THE STUDY SHOULD PROCEED INTO THE NEXT PHASE.

09:57:14 16    Q.  AND HOW, IN GENERAL, DOES A RECONNAISSANCE REPORT COME ABOUT?

09:57:19 17    A.  GENERALLY, IF THERE'S AN ISSUE -- A COMMUNITY HAS A PROBLEM, FOR

09:57:23 18    EXAMPLE, A COMMUNITY LEADER WILL CONTACT THE CORPS OR THE

09:57:29 19    CONGRESSIONAL DELEGATION AND ASK FOR ASSISTANCE.  IF IT'S DETERMINED

09:57:33 20    THAT THERE IS AN EXISTING STUDY AUTHORITY, THEN THE CORPS, ALONG

09:57:37 21    WITH OTHERS, CAN LOOK AT THE POSSIBILITY OF INCLUDING FUNDING FOR

09:57:40 22    ADDRESSING THAT PROBLEM.

09:57:42 23         THE COURT:  YOU NEED TO GET BACK JUST A LITTLE.

09:57:45 24         THE WITNESS:  OKAY, SORRY.

09:57:46 25         THE COURT:  WE CAN HEAR YOU VERY WELL.

09:57:48 1          THE WITNESS:  OKAY.  THE CORPS OF ENGINEERS WOULD BE

09:57:56 2  LOOKING AT ITS EXISTING AUTHORITIES AT THAT POINT TO SEE WHETHER IT

09:57:59 3  HAD AN EXISTING AUTHORITY.  IF THERE IS NO STUDY AUTHORITY THAT

09:58:04 4  WOULD ADDRESS THAT PROBLEM, THEN THE COMMUNITY REPRESENTATIVES CAN

09:58:11 5  CONTACT THEIR CONGRESSIONAL DELEGATION, WHO WOULD, IN TURN, TALK TO

09:58:16 6  EITHER A HOUSE OR SENATE SUBCOMMITTEE ON AUTHORITIES, AND THEY WOULD

09:58:21 7  LOOK AT THE PROBLEM AND SEE WHETHER THERE WAS A PREVIOUS CORPS

09:58:28 8  REPORT TO CONGRESS.  IF THERE WAS A PREVIOUS CORPS REPORT TO

09:58:31 9  CONGRESS, THEN THAT SUBCOMMITTEE COULD ISSUE A STUDY RESOLUTION.

09:58:37 10          AND AS THEY WERE DOING THE STUDY RESOLUTION, WHAT THEY

09:58:39 11  WOULD DO IS SEND A DOCKET LETTER TO THE CORPS ASKING FOR INFORMATION

09:58:43 12  ON THE PROBLEMS, POTENTIAL SOLUTIONS IN THE AREA, AND THE CORPS

09:58:49 13  WOULD PROVIDE THAT INFORMATION TO THE SUBCOMMITTEE.  IF THERE IS NO

09:58:55 14  EXISTING REPORT TO CONGRESS, THEN THE OTHER WAY USUALLY IS THAT

09:58:59 15  THERE WOULD HAVE TO BE SPECIFIC LEGISLATION, AND THE WATER RESOURCES

09:59:09 16  DEVELOPMENT ACT, OR APPROPRIATIONS ACT FOR THAT MATTER, THAT WOULD

09:59:09 17  AUTHORIZE DOING A STUDY FOR THAT PARTICULAR PROBLEM.

09:59:13 18  BY MR. EHRLICH:

09:59:13 19  Q.  COULD AN OPERATIONS MANAGER AT THE DISTRICT LEVEL AUTHORIZE A

09:59:23 20  RECONNAISSANCE REPORT AS PART OF AN EXISTING PROJECT?

09:59:24 21  A.  NO, HE COULD NOT.

09:59:24 22  Q.  WHAT ABOUT A PROJECT MANAGER FOR A SPECIFIC PROJECT, COULD HE OR

09:59:28 23  SHE AUTHORIZE A RECONNAISSANCE REPORT AS PART OF AN EXISTING

09:59:31 24  PROJECT?

09:59:32 25  A.  NO.

—— FINAL DAILY COPY ——

09:59:34  1   Q.  BUT THE CHIEF ENGINEER DOES HAVE DISCRETIONARY AUTHORITY TO

09:59:38  2   MODIFY AN EXISTING PROJECT; ISN'T THAT RIGHT?

09:59:41  3   A.  THAT'S TRUE UNDER CERTAIN CIRCUMSTANCES, THE CHIEF OF ENGINEERS

09:59:45  4   CAN EXERCISE HIS DISCRETIONARY AUTHORITY TO MODIFY A PROJECT.

09:59:50  5   HOWEVER, THERE'S A LOT OF LIMITATIONS THERE.

09:59:53  6   Q.  PLEASE DESCRIBE SOME OF THOSE LIMITATIONS.

09:59:56  7   A.  WELL, IF THERE'S -- IF THE PROJECT IS -- IF THE CHANGED PROJECT

10:00:05  8   OF THE PROPOSED PROJECT MODIFICATION IN SCOPE IS VERY LARGE OR VERY

10:00:11  9   COSTLY OR INVOLVES SOME POLICY CONCERNS, IT MIGHT BE BEYOND THE

10:00:21 10   CHIEF'S DISCRETIONARY AUTHORITY.  AND WHAT WOULD HAPPEN IS THE CHIEF

10:00:24 11   OF ENGINEERS WOULD LIKELY CONSULT WITH THE ASSISTANT SECRETARY OF

10:00:29 12   THE ARMY AND OMB ON WHETHER HIS DISCRETIONARY AUTHORITY WOULD BE

10:00:34 13   APPLICABLE IN THIS CASE.

10:00:37 14        AND BEYOND THAT, I REALLY DON'T KNOW BECAUSE THAT'S A

10:00:38 15   WASHINGTON-LEVEL DECISION THAT WOULD BE MADE.

10:00:40 16   Q.  WHO, IN GENERAL, PARTICIPATES IN A RECONNAISSANCE REPORT'S

10:00:48 17   PREPARATION?

10:00:48 18   A.  WELL, THERE WOULD BE A PROJECT DELIVERY TEAM MADE UP OF

10:00:52 19   INTERDISCIPLINARY PLANNING TEAM MEMBERS, ARCHAEOLOGISTS, ENGINEERS,

10:00:57 20   SCIENTISTS, BIOLOGISTS.  THERE WOULD BE A PUBLIC NOTICE THAT WOULD

10:01:00 21   BE SENT OUT AT THE BEGINNING OF A RECONNAISSANCE STUDY TO NOTIFY THE

10:01:05 22   PUBLIC ABOUT THE STUDY.  THERE WOULD BE, OF COURSE, POTENTIAL

10:01:09 23   SPONSORS WOULD BE INVOLVED, RESOURCE AGENCIES, LIKE THE FISH AND

10:01:13 24   WILDLIFE SERVICE THROUGH THE FISH AND WILDLIFE COORDINATION ACT.

10:01:17 25        THE PUBLIC NOTICE, FOR EXAMPLE, WOULD BE SENT OUT EARLY

10:01:20  1    ON.  IT WOULD BE A SIMPLE NOTICE THAT, ONE, WE'RE DOING THE STUDY,

10:01:24  2    HERE IS THE AUTHORITY WE HAVE TO DO THE STUDY.  HERE'S THE

10:01:29  3    DESCRIPTION OF THE STUDY PROCESS, THE TWO-PHASE PROCESS, THE RECON

10:01:34  4    AND FEASIBILITY; AND THEN IF THERE'S ANY QUESTIONS THAT ANYONE MAY

10:01:37  5    HAVE OR CONCERNS, THEY CAN CONTACT EITHER THE DISTRICT ENGINEER OR

10:01:40  6    THE STUDY MANAGER.

10:01:42  7            AND THAT WOULD HAVE BEEN SENT OUT, AND IT WAS ACTUALLY IN

10:01:46  8    THIS CASE SENT OUT TO CONGRESSIONAL DELEGATION, STATE AND LOCAL

10:01:53  9    OFFICIALS, ALL ELECTED OFFICIALS, OR MANY OF THE ELECTED OFFICIALS

10:01:57 10    IN LOUISIANA, WITHIN THE STUDY AREA CERTAINLY, POST OFFICES,

10:02:02 11    LIBRARIES, MEDIA, ENVIRONMENTAL GROUPS, INTERESTED STAKEHOLDERS.

10:02:07 12    Q.  SO IT'S A VERY PUBLIC PROCESS?

10:02:09 13    A.  YES, IT'S A VERY COMPREHENSIVE LIST OF OVER THREE -- ABOUT 300

10:02:18 14    PEOPLE OR 300 NAMES.

10:02:18 15    Q.  MR. PODANY, WHAT TYPE OF INFORMATION IS TYPICALLY CONTAINED IN

10:02:18 16    THE FINAL REPORT?

10:02:18 17    A.  THE FINAL RECONNAISSANCE REPORT?

10:02:23 18    Q.  YES.

10:02:24 19    A.  THE RECONNAISSANCE REPORT WOULD HAVE THE ESTIMATE OF AT LEAST

10:02:27 20    ONE POTENTIALLY-FEASIBLE PLAN, IT WOULD DISPLAY THAT.  IT WOULD SHOW

10:02:33 21    HOW -- IT WOULD SHOW AT LEAST A PRELIMINARY ANALYSIS OF THE

10:02:38 22    PROBLEMS, NEEDS AND OPPORTUNITIES AND WHETHER THE POTENTIAL

10:02:42 23    ALTERNATIVES THAT WERE IDENTIFIED WERE IN FEDERAL INTEREST TO

10:02:47 24    PURSUE.

10:02:47 25            IT WOULD MAKE A DETERMINATION AS TO WHETHER ADDITIONAL

10:02:50  1   STUDIES ARE WARRANTED.  IT WOULD HAVE SOME INDICATION OF WHETHER

10:02:54  2   THERE WAS A POTENTIAL NON-FEDERAL SPONSOR WHO WOULD SUPPORT THE

10:02:59  3   PROJECT THAT'S IDENTIFIED IN THAT RECONNAISSANCE REPORT.

10:03:03  4   Q.  IS THAT THE ULTIMATE GOAL OF A RECONNAISSANCE REPORT?

10:03:06  5   A.  THE ULTIMATE GOAL OF A RECONNAISSANCE REPORT IS TO DETERMINE

10:03:08  6   WHETHER THE FEASIBILITY PHASE IS WARRANTED.  AND THAT MEANS ALSO

10:03:13  7   IDENTIFYING GENERALLY A SPONSOR AND IDENTIFYING WHAT'S NEEDED FOR

10:03:18  8   THE FOLLOWING FEASIBILITY PHASE.

10:03:19  9   Q.  ONCE THE REPORT IS COMPLETE, WHAT HAPPENS NEXT?

10:03:22 10   A.  AFTER THE REPORT IS COMPLETED, IT WOULD BE SUBMITTED THROUGH, TO

10:03:26 11   OUR DIVISION OFFICE FOR REVIEW AND APPROVAL.

10:03:29 12   Q.  AND IF YOU COULD JUST STEP BACK FOR A MINUTE.  THE DISTRICT

10:03:33 13   OFFICE IS THE LOCAL DISTRICT, IN THIS CASE HERE IN NEW ORLEANS,

10:03:37 14   RIGHT?

10:03:38 15   A.  CORRECT.

10:03:38 16   Q.  AND THEN YOU MENTIONED THE DIVISION OFFICE, IS THAT -- WHAT

10:03:42 17   DIVISION IS THAT IN THIS CASE?

10:03:43 18   A.  THAT'S THE MISSISSIPPI VALLEY DIVISION OFFICE IN VICKSBURG,

10:03:48 19   MISSISSIPPI.

10:03:48 20   Q.  AND THEN THE LEVEL ABOVE THAT?

10:03:50 21   A.  THE LEVEL ABOVE THAT WOULD BE OUR HEADQUARTERS OFFICE.

10:03:54 22   Q.  OKAY.  WHAT'S THE PURPOSE OF THE FEASIBILITY STUDY, IF ONE IS

10:04:02 23   CONDUCTED?

10:04:02 24   A.  IF A FEASIBILITY STUDY IS WARRANTED AND A POTENTIAL NON-FEDERAL

10:04:10 25   SPONSOR IDENTIFIED, THEN -- AND WE RECEIVE FUNDING AND APPROVAL TO

10:04:13 1    PROCEED, THE FEASIBILITY PHASE WOULD LOOK AT A FURTHER

10:04:18 2    INVESTIGATION, MORE DETAILED ANALYSIS OF THE PROBLEMS, NEEDS AND

10:04:23 3    OPPORTUNITIES, A MORE DETAILED ANALYSIS OF POTENTIAL ALTERNATIVES,

10:04:25 4    AND ULTIMATELY WOULD LEAD TO A RECOMMENDATION FOR A PROJECT TO BE

10:04:29 5    CONSTRUCTED THAT COULD BE PROCESSED THROUGH THE ADMINISTRATION FOR

10:04:32 6    APPROVAL AND ULTIMATELY SENT TO CONGRESS SO THAT THEY COULD

10:04:36 7    POTENTIALLY AUTHORIZE IT IN A WATER RESOURCE DEVELOPMENT ACT.

10:04:39 8    Q.  THE WAY YOU PHRASED IT YOU SAID, IF THE FEASIBILITY PROJECT IS

10:04:43 9    FUNDED.  WHAT HAPPENS IF YOU HAVE A RECONNAISSANCE REPORT AND THEN

10:04:48 10   AT THE COMPLETION OF THAT REPORT THE FEASIBILITY STUDY IS NOT

10:04:52 11   FUNDED?

10:04:53 12   A.  IF IT'S NOT FUNDED, IT WON'T BE CONDUCTED.  WE CAN ONLY PREPARE

10:04:59 13   A REPORT BASED ON THE FUNDING AND AUTHORIZATIONS PROVIDED BY

10:05:07 14   CONGRESS.

10:05:07 15   Q.  AND WHAT ARE THE POSSIBLE WAYS THAT FUNDING MIGHT COME ABOUT FOR

10:05:08 16   A FEASIBILITY STUDY?  HOW MIGHT THAT GET FUNDED?

10:05:13 17   A.  THAT COULD COME OUT A COUPLE OF DIFFERENT WAYS.  ONE WOULD BE IF

10:05:16 18   A RECONNAISSANCE REPORT, FOR EXAMPLE, HAD BEEN PRODUCED AND IT WAS A

10:05:20 19   FAVORABLE REPORT RECOMMENDING THAT ADDITIONAL STUDIES BE DONE, THEN

10:05:26 20   THE CORPS OF ENGINEERS WOULD LOOK TO BUDGET THAT WITHIN EITHER THE

10:05:32 21   POLICIES AND BUDGETARY CONSTRAINTS THAT THE ADMINISTRATION HAD SET

10:05:36 22   FOR IT, SET FOR THAT PROCESS.

10:05:40 23         ANOTHER WAY WOULD BE FOR CONGRESS TO DO A CONGRESSIONAL

10:05:44 24   ADD AND SIMPLY ADD FUNDING ON ITS OWN BASED ON THE KNOWLEDGE THAT

10:05:49 25   THEY HAVE FUNDED THE RECONNAISSANCE REPORT UP TO THAT POINT.

10:05:53  1    Q.  YOU'VE IDENTIFIED TWO WAYS, I WANT TO GO BACK TO THE FIRST.  YOU

10:05:57  2    SAID THE CORPS COULD BUDGET, INCLUDE IN ITS BUDGET THE FEASIBILITY

10:06:03  3    STUDY.  WHAT DOES THAT INVOLVE?  I MEAN, IS THAT SOMETHING THAT THE

10:06:09  4    CORPS CAN JUST DO ON ITS OWN?

10:06:11  5    A.  WELL, WE RECEIVE GUIDANCE EACH YEAR ON HOW TO PREPARE A BUDGET

10:06:18  6    REQUEST THROUGH -- THIS IS ULTIMATELY UNDER THE PRESIDENT'S BUDGET,

10:06:23  7    SO THERE IS GUIDANCE FROM THE PRESIDENT OF THE UNITED STATES ON DOWN

10:06:26  8    ON HOW TO DO THAT.  THAT GENERALLY WOULD LOOK AT THINGS LIKE, IS

10:06:30  9    THIS A PRIMARY MISSION; YOU KNOW, IS IT -- DO YOU HAVE AN

10:06:34 10    ECONOMICALLY-FEASIBLE PLAN; DO YOU HAVE A NON-FEDERAL SPONSOR?  IF

10:06:40 11    ALL OF THE POLICY AND TECHNICAL ISSUES HAD BEEN SOLVED OR WERE IN

10:06:45 12    PLACE, IT'S MORE LIKELY THAT THE PROJECT OR STUDY WILL BE WITHIN THE

10:06:51 13    ADMINISTRATION'S BUDGET.

10:06:52 14          THE COURT:  EXCUSE ME, MAY I JUST INTERRUPT FOR A SECOND

10:06:55 15    TO ASK:  IS THERE ANY PRIORITY PROTOCOL WITHIN THE CORPS ITSELF

10:07:02 16    WHERE YOU GIVE DIFFERENT PRIORITY LEVELS TO VARIOUS RECOMMENDATIONS

10:07:11 17    OR SOMETHING THAT MAY COME FROM A RECONNAISSANCE REPORT?

10:07:16 18          THE WITNESS:  AS FAR AS BUDGETING OR JUST FOR RECOMMENDING

10:07:20 19    SOMETHING?

10:07:20 20          THE COURT:  YES, ANY KIND OF PRIORITY WHERE SOMETHING --

10:07:24 21    IF YOU HAVE, SAY, ACROSS THE NATION, HYPOTHETICALLY, TEN

10:07:29 22    RECONNAISSANCE REPORTS COME OUT, AND SOME MAY BE MORE URGENT THAN

10:07:36 23    OTHERS FOR WHATEVER REASON, IS THERE ANYTHING WITHIN THE CORPS TO

10:07:40 24    HAVE A PRIORITY?

10:07:42 25          THE WITNESS:  I CAN ANSWER THAT IN GENERAL.  WE HAVE --

10:07:45 1   WHAT WE HAVE NOW IS BUSINESS LINES, SO WITHIN ECOSYSTEM RESTORATION,

10:07:50 2   NAVIGATION, FLOOD CONTROL, THE ADMINISTRATION HAS SET CERTAIN

10:07:55 3   TARGETS AND THRESHOLDS FOR FUNDING.  SO, FOR EXAMPLE, IN A FLOOD

10:07:59 4   DAMAGE RISK REDUCTION PROJECT, IF YOU HAVE A BENEFIT COST RATIO

10:08:03 5   GREATER THAN THREE, YOU'RE GOING TO BE IN A HIGHER PRIORITY AND A

10:08:09 6   HIGHER CATEGORY THAN IF YOU'RE BELOW THREE.

10:08:11 7        SO THERE ARE CERTAIN THINGS THAT THEY HAVE DONE TO

10:08:13 8   IDENTIFY THOSE PRIORITIES NATIONWIDE.

10:08:15 9        THE COURT:  AND HOW LONG HAS THAT BEEN IN EFFECT?

10:08:21 10       THE WITNESS:  WELL, IT'S CHANGED OVER THE YEARS, AND SO

10:08:21 11  THAT WE'VE HAD A WAY OF PRIORITIZING PROBABLY FROM THE BEGINNING.

10:08:26 12  BUT CERTAINLY, THE MAIN THING HERE WOULD BE TO MAKE SURE THAT YOU

10:08:31 13  HAVE A FEASIBLE PLAN.  WHEN YOU'RE TALKING ABOUT A RECONNAISSANCE

10:08:35 14  REPORT, AT LEAST IN THE CONTEXT WE'RE TALKING ABOUT, HAVE A FEASIBLE

10:08:38 15  ALTERNATIVE, IT'S POTENTIALLY FEASIBLE BASED ON THE ADMINISTRATION

10:08:41 16  GUIDELINES FOR FEASIBILITY, AND THAT YOU HAVE A NON-FEDERAL SPONSOR

10:08:45 17  WHO IS WILLING TO PURSUE IT.  THOSE WOULD BE THE MAIN THINGS AT THE

10:08:47 18  RECONNAISSANCE LEVEL THAT WOULD GIVE YOU A FAIRLY HIGH PRIORITY TO

10:08:51 19  MOVE AHEAD.

10:08:52 20       THE COURT:  I UNDERSTAND THAT.  AND THE 3 TO 1, HOW LONG

10:08:53 21  HAS THAT BEEN IN EFFECT?

10:08:55 22       THE WITNESS:  I AM NOT EXACTLY SURE.  I THINK PETE LOUISA

10:08:59 23  MIGHT BE ABLE TO ANSWER THAT BETTER THAN I CAN.

10:09:00 24       THE COURT:  I DON'T WANT TO ENCROACH ON THAT.  AGAIN, IF

10:09:03 25  SOMETHING IS OUTSIDE OF YOUR AREA, JUST TELL ME AND I WON'T PRESS IT

10:09:07 1    AT ALL.

10:09:08 2            THE OTHER THING I WAS CURIOUS ABOUT IS:  IN MAKING THESE

10:09:11 3    ASSESSMENTS, IF, LET'S SAY PRIVATE PROPERTY OR PEOPLE, HUMAN BEINGS

10:09:24 4    MAY BE IMPACTED IN A DELETERIOUS FASHION, ARE THERE ANY HUMAN

10:09:31 5    FACTORS THROWN INTO THAT IN THAT COST BENEFIT RATIO?

10:09:34 6            THE WITNESS:  AS FAR AS HOW YOU WOULD DEVELOP THE BENEFIT

10:09:38 7    COST RATIO?

10:09:40 8            THE COURT:  YES.

10:09:41 9            THE WITNESS:  THE FACTORS -- IT'S KIND OF HARD TO EXPLAIN

10:09:48 10   WHAT'S IN THERE WITHOUT GOING INTO IT.

10:09:50 11           THE COURT:  IF THIS IS MORE FOR MR. LOUISA, THAT'S FINE.

10:09:53 12           THE WITNESS:  NO.  THE BENEFIT COST ANALYSIS WOULD LOOK AT

10:09:57 13   THINGS LIKE NATIONAL ECONOMIC DEVELOPMENT OUTPUTS TO THE NATION,

10:10:00 14   ECONOMIC BENEFITS, SAVINGS IN TRANSPORTATION, FOR EXAMPLE,

10:10:05 15   REDUCTIONS IN COSTS --

10:10:05 16           THE COURT:  RIGHT.  I UNDERSTAND THOSE COMPONENTS AND

10:10:07 17   THERE ARE A MYRIAD OF ECONOMIC COMPONENTS.

10:10:09 18           THE WITNESS:  ENVIRONMENTAL.

10:10:10 19           THE COURT:  BUT I GUESS IF IT SAYS HUMAN BEINGS COULD BE

10:10:13 20   IMPACTED IN A -- WE'RE SPEAKING HYPOTHETICALLY.

10:10:18 21           THE WITNESS:  CORRECT.

10:10:18 22           THE COURT:  IN A DELETERIOUS FASHION, DOES ANY OF THAT GO

10:10:23 23   INTO THE EQUATION, OH, BY THE WAY, NOT ONLY ECONOMICALLY, BUT WE

10:10:26 24   MIGHT -- SOME PEOPLE MIGHT ACTUALLY BECOME HARMED?

10:10:29 25           THE WITNESS:  CERTAINLY THE SOCIAL AND ECONOMIC IMPACTS

10:10:34 1  ARE ADDRESSED IN THE REPORT.  IT MAY NOT BE IN THE BENEFIT COST

10:10:37 2  RATIO AS A NUMBER, BUT IT'S CERTAINLY DISCUSSED IN EVERY ALTERNATIVE

10:10:43 3  ANALYSIS WE DO, THE IMPACT AND THE HUMAN ENVIRONMENT, AND THE IMPACT

10:10:48 4  OF PEOPLE.

10:10:48 5          CERTAINLY THE VIEWS OF PEOPLE ARE TAKEN INTO

10:10:51 6  CONSIDERATION.  FOR EXAMPLE, IN THIS PARTICULAR RECON THAT WE'RE

10:10:55 7  TALKING ABOUT --

10:10:56 8          THE COURT:  AND WE'RE IN '88?

10:10:57 9          THE WITNESS:  THE '88 REPORT.

10:10:58 10         THE COURT:  OKAY.

10:11:01 11         THE WITNESS:  WE DID MEET WITH SOME OF THE AFFECTED

10:11:03 12 LANDOWNERS EARLY ON TO TALK ABOUT WHAT THEIR CONCERNS WERE TO MAKE

10:11:11 13 SURE THAT THOSE WERE ADDRESSED.  BUT AS FAR AS THAT RESULTING IN A

10:11:11 14 NUMBER IN AN EQUATION, NO.

10:11:11 15         THE COURT:  IT'S SIMPLY OTHER INFORMATION THAT IS

10:11:12 16 PROVIDED, AND ONE CAN DO WITH IT WHAT ONE WANTS, IN ESSENCE.

10:11:16 17         THE WITNESS:  YES, AND WE HOPE THAT NOBODY --

10:11:17 18         THE COURT:  I SAY ONE, THE APPROPRIATE WHOEVER.

10:11:19 19         THE WITNESS:  ULTIMATELY, THE DISTRICT ENGINEER WHO SIGNS

10:11:21 20 THE REPORT HAS TO DETERMINE WHETHER A PROJECT IS IN THE OVERALL

10:11:25 21 PUBLIC INTEREST AND WILL FACTOR IN ALL OF THE THINGS THAT ARE IN

10:11:27 22 THAT REPORT TO MAKE THAT DETERMINATION.

10:11:29 23         THE COURT:  THANK YOU, SIR.  GO AHEAD, COUNSEL.

10:11:33 24         MR. EHRLICH:  THANK YOU, YOUR HONOR.  AND, YOUR HONOR, WE

10:11:33 25 WILL HAVE WITNESSES WHO WILL BE ADDRESSING SOME OF YOUR QUESTIONS.

10:11:36 1          THE COURT:  YEAH, I KNOW THAT CERTAINLY A COUPLE.  AND I

10:11:41 2   DON'T WANT TO ENCROACH ON THIS WITNESS.

10:11:43 3          MR. EHRLICH:  I UNDERSTAND, YOUR HONOR.

10:11:46 4   BY MR. EHRLICH:

10:11:46 5   Q.  MR. PODANY, I WOULD LIKE TO FOLLOW UP ON PART OF WHAT THE JUDGE

10:11:49 6   WAS ASKING YOU.  YOU IDENTIFIED TWO WAYS THAT A FEASIBILITY STUDY

10:11:55 7   COULD BE FUNDED, IF I UNDERSTAND YOUR TESTIMONY.  THE FIRST WAS

10:11:58 8   THROUGH THE CORPS' BUDGET PROCESS AND THE SECOND WAS CONGRESSIONAL

10:12:02 9   ON ITS OWN.

10:12:03 10  A.  RIGHT.

10:12:04 11  Q.  THAT CORPS' BUDGET PROCESS, THE DECISION WHETHER TO RECOMMEND

10:12:09 12  THROUGH THE PRESIDENT'S BUDGET THAT A PARTICULAR FEASIBILITY STUDY

10:12:14 13  OR ANY CORPS' PROJECT BE FUNDED, IS THAT A DECISION ULTIMATELY MADE

10:12:19 14  AT THE DISTRICT LEVEL HERE IN NEW ORLEANS?

10:12:22 15  A.  WELL, THAT WOULD BE -- AS FAR AS DEVELOPMENT OF THE PRESIDENT'S

10:12:25 16  BUDGET, AS I MENTIONED EARLIER, THE PRESIDENT WOULD ISSUE GUIDANCE

10:12:29 17  DOWN THROUGH OMB TO THE AGENCIES, AND THAT WOULD BE A DETERMINATION

10:12:34 18  THAT'S MADE BY THE ENTIRE ADMINISTRATION WHAT THE PRIORITIES ARE.

10:12:38 19  SO WE WOULD HAVE INPUT AS FAR AS PROVIDING INFORMATION ON WHAT'S

10:12:43 20  AVAILABLE AND WHAT THE REQUESTS ARE AND WHAT THE POTENTIAL ITEMS

10:12:49 21  ARE.

10:12:49 22  Q.  AND, IF YOU KNOW, WHO IS FROM THE ADMINISTRATION ULTIMATELY

10:12:54 23  DECIDES WHAT FEASIBLE STUDY OR ANY OTHER CORPS' PROJECT IS

10:12:57 24  ULTIMATELY INCLUDED IN THE PRESIDENT'S RECOMMENDATION?

10:12:59 25  A.  YEAH, I DON'T KNOW WHO THAT SPECIFIC PERSON WOULD BE.  I THINK

10:13:04 1   IT'S -- YOU KNOW, IT'S -- ASSISTANT SECRETARY OF ARMY HEADQUARTERS,

10:13:07 2   OMB, WORKING THE -- WORKING A PRESIDENT'S BUDGET THROUGH THE

10:13:14 3   DIRECTION THAT'S BEEN ESTABLISHED FOR THAT YEAR'S PRESIDENT'S

10:13:14 4   BUDGET.  I DON'T KNOW.

10:13:19 5   Q.  BUT YOU STATED YOU HAVE INPUT, YOU PROVIDE INFORMATION THAT IS

10:13:23 6   CONSIDERED IN THAT DECISION?

10:13:24 7   A.  RIGHT.  WE CAN PROVIDE INFORMATION ON, FOR EXAMPLE, WHAT THE

10:13:27 8   POTENTIAL STUDY IS ABOUT, HOW MUCH IT MIGHT COST, AND THAT WOULD BE

10:13:30 9   PRETTY MUCH THE EXTENT OF WHAT THE DISTRICT WOULD PROVIDE.

10:13:33 10  Q.  AND THEN THE OTHER WAY YOU MENTIONED WAS CONGRESS COULD DO IT?

10:13:39 11  A.  CORRECT.

10:13:40 12  Q.  SO WHAT IF THE CORPS -- YOU DO A RECONNAISSANCE STUDY AND, FOR

10:13:43 13  WHATEVER REASON, THE PRESIDENT DOES NOT RECOMMEND THAT THE

10:13:46 14  FEASIBILITY STUDY BE FUNDED.  COULD IT BE CONDUCTED ANYWAY?

10:13:56 15       MR. O'DONNELL:  OBJECTION, YOUR HONOR, FIRST IRRELEVANT,

10:13:56 16  THERE NEVER WAS A FEASIBILITY STUDY.  SECOND, IT'S PURE SPECULATION.

10:13:57 17  THIRD, I DON'T KNOW WHAT THE FOUNDATION FOR THIS WITNESS IS TO TELL

10:13:59 18  US WHAT THE SEVEN PRESIDENTS OVER THE LIFE OF MRGO WERE THINKING.

10:14:04 19       THE COURT:  I NOTE YOUR OBJECTION.  I AM GOING TO OVERRULE

10:14:07 20  IT AND ALLOW HIM TO ANSWER THE QUESTION.

10:14:11 21       YOU'RE SIMPLY ASKING HIM WHAT IS THE CORPS' OPTION IF THE

10:14:14 22  ADMINISTRATION DOES NOT APPROVE A BUDGET, A REQUESTED BUDGETED ITEM

10:14:22 23  OR FUNDING?

10:14:23 24       MR. EHRLICH:  WELL, YES, AND IS THERE -- COULD THE FUNDING

10:14:26 25  TAKE PLACE ANYWAY, EVEN IF THE CORPS DOESN'T RECOMMEND IT?

10:14:29 1        THE WITNESS:  NO, WE CAN'T CONDUCT A STUDY WITHOUT THE

10:14:31 2   AUTHORIZATION OF FUNDING BOTH IN PLACE TO DO SO.

10:14:35 3   BY MR. EHRLICH:

10:14:36 4   Q.  RIGHT.  BUT IF THE CORPS DOESN'T RECOMMEND FUNDING AND CONGRESS

10:14:39 5   DECIDES TO FUND IT ANYWAY, DOES THE FEASIBILITY STUDY OCCUR?

10:14:42 6   A.  YES.  CONGRESS COULD CHOOSE ON ITS OWN TO FUND -- EVEN WITHOUT A

10:14:45 7   PRESIDENT'S BUDGET, TO FUND, AND THEY DO THROUGH THE PROCESS OF A

10:14:51 8   CONGRESSIONAL ADD, ADD PROJECTS REGULARLY TO NEW ORLEANS DISTRICT'S

10:14:55 9   BUDGET.

10:14:56 10  Q.  WE'VE BEEN TALKING ABOUT TWO DIFFERENT CONCEPTS HERE,

10:14:59 11  AUTHORIZATION AND THEN WE WERE TALKING ABOUT FUNDING.  DOES

10:15:03 12  AUTHORIZATION OF A RECONNAISSANCE REPORT INCLUDE THE FUNDING ASPECT?

10:15:09 13  A.  NO, IT DOES NOT.

10:15:10 14  Q.  EXPLAIN BRIEFLY THE DIFFERENCE BETWEEN AUTHORIZATION AND

10:15:17 15  APPROPRIATIONS.

10:15:17 16  A.  WELL, JUST BRIEFLY, IN TERMS OF STUDIES, WE NEED TO STUDY

10:15:21 17  AUTHORIZATION EITHER IN TERMS OF THE STUDY RESOLUTION OR SPECIFIC

10:15:25 18  LEGISLATION IN A CONGRESSIONAL ACT.  THAT BY ITSELF JUST DESCRIBES

10:15:29 19  THE STUDY, GIVES US THE AUTHORITY TO DO IT.  BUT UNTIL CONGRESS

10:15:33 20  ACTUALLY APPROPRIATES FUNDS THROUGH AN ANNUAL APPROPRIATIONS ACT, WE

10:15:38 21  CANNOT BEGIN THE STUDY.

10:15:41 22  Q.  AND WHEN WAS THE 1988 RECONNAISSANCE REPORT, WHEN WAS IT

10:15:44 23  AUTHORIZED?

10:15:44 24  A.  IT WAS AUTHORIZED IN 1982.

10:15:47 25  Q.  DO YOU KNOW WHEN FUNDING WAS APPROPRIATED AND RECEIVED TO BEGIN

10:15:49  1   WORK ON THE PROJECT?

10:15:50  2   A.   1987.

10:15:51  3   Q.   COULD THE CORPS HAVE BEGUN WORK ON THE PROJECT BEFORE 1987,

10:15:58  4   BEFORE IT HAD RECEIVED FUNDING?

10:15:59  5   A.   NO, IT COULD NOT.

10:16:00  6   Q.   WAS THE 1988 REPORT FUNDED BY ANYONE OTHER THAN CONGRESS?

10:16:05  7   A.   NO, IT WAS FUNDED BY CONGRESS.

10:16:08  8   Q.   IN OTHER WORDS, WAS THERE A COST-SHARING ELEMENT TO IT?

10:16:10  9   A.   NO, THE RECONNAISSANCE REPORT IS A HUNDRED PERCENT FEDERALLY

10:16:15 10   FUNDED.

10:16:15 11   Q.   WAS THE REPORT FUNDED AS PART OF THE MRGO PROJECT?

10:16:18 12   A.   NO.   THE WAY WE LOOK AT THIS STUDY AUTHORITY BECAUSE IT BECAME

10:16:25 13   WITHIN THE GENERAL INVESTIGATIONS PROGRAM, THE FUNDING FOR THAT

10:16:27 14   STUDY, THE GENERAL INVESTIGATIONS PROGRAM IS THE PROGRAM THAT WE USE

10:16:39 15   TO DO STUDIES OF PROJECTS THAT -- POTENTIAL PROJECTS THAT DON'T HAVE

10:16:39 16   AN AUTHORITY YET OR UNFUNDED OR BOTH.   SO THIS SPECIFIC STUDY

10:16:46 17   AUTHORITY CAME AND IS SEPARATE FROM THE MRGO AUTHORITY.

10:16:52 18   Q.   AND WHAT WAS THE PURPOSE OF THE 1988 REPORT?   WE CAN GO AHEAD

10:16:57 19   AND PUT EXHIBIT DX 1057 ON THE SCREEN AGAIN.   YOU CAN ANSWER THE

10:17:06 20   QUESTION WHILE WE'RE DOING THAT.

10:17:06 21   A.   OKAY.   THE PURPOSE OF THE 1988 REPORT WAS TO LOOK AT THE

10:17:13 22   POTENTIAL FOR PUTTING BANK STABILIZATION ALONG THE NORTH AND SOUTH

10:17:18 23   LEVEE BANKS OF THE MRGO.   AND ALSO TO FIND THE FEDERAL INTEREST AND

10:17:26 24   POTENTIAL SOLUTIONS FOR THOSE PROBLEMS THAT ARE ADDRESSED IN THE

10:17:30 25   REPORT.

10:17:31 1   Q.  UP ON THE SCREEN THERE WE HAVE PAGES TWO AND THREE FROM DX 1057.

10:17:39 2   THE TITLE IS, STUDY PURPOSE AND SCOPE.  THE REPORT STATES THAT ONE

10:17:47 3   OF ITS GOALS IS TO APPRAISE THE FEDERAL INTEREST.

10:17:50 4           THE COURT:  I KNOW YOU MEAN APPRISE.

10:17:50 5   BY MR. EHRLICH:

10:17:53 6   Q.  APPRISE THE FEDERAL INTEREST.  WHAT DOES THAT MEAN?

10:17:57 7   A.  IT MEANS TO EVALUATE.  IT MEANS TO EVALUATE THE FEDERAL INTEREST

10:18:03 8   AND THE POTENTIAL SOLUTIONS.  THIS IS AN APPRAISAL OF AN

10:18:08 9   EVALUATION --

10:18:09 10          THE COURT:  I APOLOGIZE, COUNSEL, IT MAY BE ACTUALLY

10:18:11 11  APPRAISAL.  THE COURT WITHDRAWS ITS GRAMMATICAL STATEMENT.

10:18:20 12          MR. EHRLICH:  IT MIGHT HAVE BEEN APPRISING AND APPRAISING,

10:18:23 13  YOUR HONOR, FOR ALL WE KNOW.  WE'LL LET THE WITNESS --

10:18:24 14          THE WITNESS:  BUT APPRAISAL, I THINK, IS APPROPRIATELY

10:18:27 15  USED HERE, I DIDN'T READ THE WHOLE THING, I'M SORRY.

10:18:31 16          MR. EHRLICH:  NO PROBLEM, WE WILL LET THE WITNESS EXPLAIN

10:18:33 17  THAT.

10:18:33 18          THE COURT:  WHAT PAGE IS THIS, COUNSEL?

10:18:36 19          MR. EHRLICH:  PAGE TWO AND THREE OF DX 1057.

10:18:39 20          THE COURT:  THANK YOU.

10:18:39 21          THE WITNESS:  IN THAT PARTICULAR HIGHLIGHTED SECTION IS A

10:18:42 22  STANDARD, YOU WOULD SEE THAT IN MOST EVERY RECONNAISSANCE REPORT,

10:18:49 23  THAT THAT'S THE PURPOSE, TO APPRAISE THE FEDERAL INTEREST AND

10:18:50 24  POTENTIAL SOLUTIONS TO DEFINE PROBLEMS BY EVALUATING THE COST

10:18:53 25  BENEFIT S AND ENVIRONMENTAL IMPACTS OF THE POTENTIAL SOLUTIONS.

10:18:57 1   BY MR. EHRLICH:

10:18:58 2   Q.   AND WHAT WAS THE FEDERAL INTEREST IDENTIFIED BY THE 1988 REPORT?

10:19:02 3   A.   THE FEDERAL INTEREST WAS IN CONTINUING WITH ADDITIONAL STUDIES

10:19:07 4   AND THROUGH THE FORM OF A GENERAL -- SUPPLEMENT TO THE GENERAL

10:19:12 5   DESIGN MEMORANDUM.   THEY IDENTIFIED SOME OF THE PROJECT OUTPUTS

10:19:16 6   BEING MAINLY TO NAVIGATION, SO IT RECOMMENDED MAINLY A NAVIGATION

10:19:23 7   COST SHARING FOR MOVING AHEAD.

10:19:24 8   Q.   WHAT GEOGRAPHIC AREA DID THE RECONNAISSANCE REPORT STUDY, THIS

10:19:30 9   1988 REPORT?

10:19:30 10  A.   THE STUDY AREA IS SHOWN IN PLATE 1, BUT IT'S FROM ABOUT MILE 60

10:19:36 11  ON THE MRGO DOWN TO THE GULF OF MEXICO.   SO IT WOULD BE AROUND THAT,

10:19:47 12  THAT'S ABOUT THE STUDY AREA (INDICATING).   AND IT MAY ACTUALLY

10:19:52 13  EXTEND A LITTLE BIT FURTHER OUT INTO THE GULF OF MEXICO.

10:20:03 14  Q.   AND JUST SO WE HAVE A RECORD HERE, WE HAVE DEMONSTRATIVE EXHIBIT

10:20:03 15  DM 0003, AND YOU'VE DRAWN -- AND I COMMEND YOU FOR YOUR QUICK

10:20:04 16  ACTION, BY THE WAY -- YOU'VE DRAWN A BLUE CIRCLE AROUND THE AREA

10:20:07 17  THAT YOU INDICATE WAS STUDIED BY THIS REPORT?

10:20:09 18  A.   YES.   THERE IS A MAP IN THE REPORT CALLED PLATE 1 THAT HAS THE

10:20:17 19  STUDY AREA DEFINED, AND THIS IS APPROXIMATELY WHAT THAT STUDY AREA

10:20:22 20  IS SHOWN TO BE.

10:20:23 21  Q.   AND WHAT DID THE 1988 REPORT CONCLUDE WITH RESPECT TO BANK

10:20:28 22  EROSION?

10:20:28 23       THE COURT:   IT'S PRIMARILY REACH 2 FROM THE, I GUESS, THE

10:20:37 24  GIWW ALL THE WAY TO A LITTLE PAST SHELL BEACH; WOULD THAT BE FAIR,

10:20:44 25  SIR?

10:20:45 1            THE WITNESS:  WELL --

10:20:46 2            THE COURT:  JUST FOR THE RECORD, I MEAN, I DON'T KNOW IF

10:20:48 3  THEY'RE GOING TO PRINT THIS OUT.

10:20:49 4            THE WITNESS:  YES, IT INCLUDES SHELL BEACH AND THOSE

10:20:51 5  AREAS, AND IT DOES EXTEND ALL THE WAY OUT TO THE GULF.

10:20:54 6            THE COURT:  RIGHT.  IT DOESN'T GO THROUGH THE ENTIRE

10:20:59 7  LENGTH OF THE GULF BUT SOMEWHAT OUT INTO THE GULF.

10:21:04 8            THE WITNESS:  YEAH, IT GOES TO WHEREVER THERE'S A BANK

10:21:06 9  LINE STILL VISIBLE, SO ON THE NORTH OR SOUTH BANK.

10:21:09 10            THE COURT:  THAT'S THE BEST DESCRIPTION, THANK YOU.

10:21:14 11  BY MR. EHRLICH:

10:21:15 12  Q.  MR. PODANY, WHAT DID THE '88 REPORT CONCLUDE WITH RESPECT TO

10:21:19 13  BANK EROSION IN THIS AREA?

10:21:20 14  A.  IT CONCLUDED THAT BANK EROSION WAS SEVERE, BANK EROSION WAS

10:21:23 15  OCCURRING, AND THAT IT HAD SOME ENVIRONMENTAL AND IMPACTS TO

10:21:29 16  NAVIGATION.

10:21:31 17  Q.  DID THE REPORT EXAMINE THE CAUSES OF BANK EROSION?

10:21:34 18  A.  IT LOOKED AT --

10:21:37 19            THE COURT:  YOU CAN CLEAR THAT ANNOTATION.  VERY GOOD.

10:21:42 20  YOU CAN TELL THE ENGINEERS, THEY'RE MORE HANDY THAN THE REST OF US.

10:21:46 21  GO AHEAD.

10:21:46 22            THE WITNESS:  WELL, AS I SAID, THE FINDINGS IN THE REPORT

10:21:49 23  INDICATE THAT SEVERE EROSION IS OCCURRING ALONG THE BANKS AND THAT

10:21:53 24  THERE -- THEY HAD ESTIMATED THAT THERE IS A POTENTIAL FOR SIX-FOLD

10:21:57 25  INCREASE IN THE REQUIRED ANNUAL MAINTENANCE DREDGING BASED ON

10:22:04 1   POTENTIAL SHOALING, IF IT WERE TO OCCUR INTO THE FUTURE, AND THAT'S

10:22:06 2   BASICALLY DUE TO THE FACT THAT CERTAIN AREAS OF LAKE BORGNE MIGHT

10:22:11 3   BREAK THROUGH TO THE MRGO IN BIG WAYS.  YOU HAVE BIG AREAS BETWEEN

10:22:17 4   THE MRGO AND -- OR A LOT OF MARSH LOSS BETWEEN THE MRGO AND LAKE

10:22:23 5   BORGNE OVER MILES AND MILES OR THOUSANDS AND THOUSANDS OF FEET THAT

10:22:27 6   WOULD ALLOW MORE SEDIMENT FROM LAKE BORGNE TO ENTER DIRECTLY INTO

10:22:32 7   THE MRGO.

10:22:34 8           IT ALSO TALKED ABOUT THE POTENTIAL IMPACTS OF SALTWATER

10:22:39 9   INTRUSION TO THE MARSH AS IT ERODES.  IT IDENTIFIES, TOO, EARLIER IN

10:22:45 10  THE REPORT, A NUMBER OF DIFFERENT REASONS FOR LAND LOSS DUE TO

10:22:50 11  MAN-MADE AND NATURAL CAUSES, SUBSIDENCE, SEA-LEVEL RISE, VESSEL WAVE

10:22:56 12  WASH.

10:22:56 13  Q.  WAS THERE A CONCLUSION WITH REGARD TO HOW MUCH MARSHLAND WAS

10:23:04 14  LOST?

10:23:04 15  A.  THE ESTIMATE IN THE REPORT IS ABOUT 4200 ACRES.  THAT'S DUE TO

10:23:07 16  VESSEL WAVE WASH AND EROSION.

10:23:08 17  Q.  AND YOU HAD BEGUN DISCUSSING --

10:23:11 18  A.  AND OVERALL EROSION.  SORRY.

10:23:14 19  Q.  NO, I'M SORRY.  I THINK IN A PREVIOUS ANSWER YOU HAD BEGUN

10:23:16 20  DISCUSSING SOME OF THE ENVIRONMENTAL EFFECTS, I THINK YOU MENTIONED

10:23:19 21  SALT INTRUSION.  WHAT WERE SOME OF THE ENVIRONMENTAL EFFECTS

10:23:25 22  IDENTIFIED IN THE '88 REPORT?

10:23:28 23  A.  AS FAR AS ENVIRONMENTAL IMPACTS TO THE AREA OR JUST

10:23:37 24  ENVIRONMENTAL ANALYSIS OF THE OVERALL SYSTEM?  I AM NOT SURE WHAT

10:23:42 25  YOUR QUESTION IS ABOUT.

10:23:44 1   Q.  LET'S START WITH EFFECTS TO THE AREA.

10:23:46 2   A.  YEAH.  IN A RECONNAISSANCE REPORT, THERE WOULD HAVE BEEN A

10:23:50 3   SECTION, IT WOULD BE BEST TO GO TO THAT SECTION, AND HERE IT IS,

10:23:54 4   WHERE WE DISCUSS WHAT LAND, WHAT RESOURCES ARE OUT THERE AND WHAT'S

10:24:00 5   HAPPENING.  SO THE RECONNAISSANCE REPORT WOULD GENERALLY LAY OUT THE

10:24:05 6   ENVIRONMENTAL SETTING IN A PRELIMINARY WAY.

10:24:08 7           MR. O'DONNELL:  EXCUSE ME, YOUR HONOR, CAN WE HAVE A PAGE

10:24:10 8   NUMBER?

10:24:10 9           THE COURT:  PLEASE.  THANK YOU.

10:24:12 10           MR. EHRLICH:  YES, I WOULD LIKE TO DO THAT FOR THE RECORD.

10:24:12 11   THIS IS, AGAIN, DX 1057.  THESE ARE PAGES 10 AND 11, PLEASE.

10:24:18 12           MR. O'DONNELL:  THANK YOU.

10:24:21 13   BY MR. EHRLICH:

10:24:21 14   Q.  I'M SORRY, MR. PODANY, YOU CAN GO ON.

10:24:24 15   A.  WELL, ONCE AGAIN, THIS IS ONE SECTION OF THE REPORT THAT DOES

10:24:26 16   TALK ABOUT SOME OF WHAT'S HAPPENING OUT THERE TO THE MARSH ALONG THE

10:24:29 17   MRGO, AND IT DISCUSSES THE CHANNELIZATIONS THAT'S OCCURRED AND

10:24:35 18   WIND-GENERATED WAVES, STORM ACTIVITIES, SUBSIDENCE, AND ALL OF THESE

10:24:39 19   THINGS FACTORED IN TO CAUSING WETLAND LOSS IN THE AREA PARTICULARLY

10:24:44 20   ALONG THE BANK OF THE MRGO, SEA-LEVEL RISE AND SUBSIDENCE, AS I

10:24:49 21   MENTIONED.

10:24:50 22           IT TALKS ABOUT THE -- BECAUSE THE EROSION IS STEADILY

10:24:56 23   WIDENING THE MRGO, THERE IS A POTENTIAL FOR THESE NARROW STRIPS

10:25:01 24   BETWEEN LAKE BORGNE AND THE MRGO TO DISAPPEAR EVENTUALLY; AND SO IF

10:25:06 25   THAT DOES OCCUR, THEN THE VIEW IS THAT ALL OF THE SEDIMENT FROM LAKE

10:25:11  1   BORGNE, A LOT OF IT, WOULD BE -- HAVE DIRECT ACCESS RIGHT INTO THE

10:25:16  2   MRGO, AND THAT COULD INCREASE THE SHOALING THAT OCCURS IN THE MRGO,

10:25:21  3   WHICH WOULD ALSO INCREASE THE COST OF MAINTAINING AND OPERATING THAT

10:25:24  4   CHANNEL BECAUSE IT WOULD HAVE TO BE DREDGED OUT.

10:25:27  5   Q.  MR. PODANY, WAS ONE OF THE REASONS YOU PREPARED THIS REPORT TO

10:25:31  6   LOOK AT HURRICANE STORM SURGE?

10:25:34  7             THE COURT:  WHEN YOU SAY YOU, YOU MEAN?

10:25:35  8             MR. EHRLICH:  THE CORPS.

10:25:37  9             THE COURT:  BECAUSE AS I RECALL HIS 30(B)(6) DEPOSITION,

10:25:39 10   HE WAS SOMEWHAT FAMILIAR WITH THE REPORT, AND HE'S OBVIOUSLY BECOME

10:25:42 11   MORE FAMILIAR WITH IT, BUT IT'S NOT HIS REPORT.

10:25:45 12             MR. EHRLICH:  YEAH, YOU'RE RIGHT, YOUR HONOR.

10:25:46 13             THE COURT:  I KNOW YOU DIDN'T MEAN THAT.  I JUST WANTED --

10:25:49 14             MR. EHRLICH:  NO, THANK YOU, I APPRECIATE IT.

10:25:55 15   BY MR. EHRLICH:

10:25:55 16   Q.  ONE REASON THE CORPS PERFORMED THIS 1988 REPORT, WAS IT TO LOOK

10:25:56 17   AT HURRICANE STORM SURGE?

10:25:57 18   A.  WELL, IF YOU GO BACK TO THE STUDY AUTHORITY PAGE, YOU WILL SEE

10:26:01 19   IN THERE, THERE'S VERY SPECIFIC AUTHORITY TO LOOK AT, IN LIGHT OF

10:26:08 20   THE EXTENT OF EROSION, ANY MODIFICATIONS CONTAINED IN, THEY'RE

10:26:11 21   INADVISABLE AT THIS TIME WITH REFERENCE TO THE FEASIBILITY OF BANK

10:26:13 22   PROTECTION MEASURES.

10:26:13 23             SO IT DIDN'T SPECIFICALLY MENTION LOOKING AT HURRICANE

10:26:15 24   STORM DAMAGE RISK REDUCTION MEASURES IN THIS PARTICULAR AUTHORITY.

10:26:25 25   BUT HURRICANES OVERALL WERE ADDRESSED IN THE REPORT FROM THE

10:26:28 1    STANDPOINT THEY ARE PART OF THE CLIMATOLOGY OF LOUISIANA, THEY HAVE

10:26:32 2    AN IMPACT ON MARSHES AND THE SURROUNDING ENVIRONMENT.  SO THERE WAS

10:26:39 3    AN INCLUSION OR AT LEAST A MENTION OF HURRICANES IN PORTIONS OF THE

10:26:48 4    REPORT.

10:26:48 5    Q.  WE TOOK A LOOK AGAIN AT THE STUDY AUTHORITY, THAT'S ON PAGE TWO

10:26:53 6    OF THE REPORT, FOR THE RECORD.

10:26:54 7            WHAT DID THE REPORT RECOMMEND BE DONE IN RESPONSE TO THE

10:26:57 8    PROBLEM OF BANK EROSION?

10:26:59 9    A.  THE REPORT RECOMMENDS THAT WE MOVE TO A SUPPLEMENT TO THE GDM,

10:27:06 10   THE GENERAL DESIGN MEMORANDUM.  IT ALSO RECOMMENDED THAT THE

10:27:10 11   RECONNAISSANCE REPORT ITSELF BE APPROVED BY THE MISSISSIPPI VALLEY

10:27:14 12   DIVISION OFFICE AND OTHERS FOR MOVING AHEAD.  THAT'S BASICALLY IT.

10:27:17 13   Q.  WAS A SUPPLEMENTAL DESIGN MEMORANDUM COMPLETED IN RESPONSE TO

10:27:22 14   THE 1988 REPORT?

10:27:23 15   A.  NO, IT WAS NOT COMPLETED.

10:27:25 16   Q.  WHY NOT?

10:27:25 17   A.  WELL, ONE OF THE COMMENTS THAT WE RECEIVED FROM OUR MISSISSIPPI

10:27:29 18   VALLEY DIVISION OFFICE WAS THAT WE SHOULD VERIFY THE SHOALING RATES

10:27:34 19   THAT WERE ESTIMATED.  REMEMBER, BEFORE I SAID THAT WE HAD ESTIMATED

10:27:38 20   THAT THE SHOALING MIGHT BE AS HIGH AS SIX TIMES HIGHER IF CERTAIN

10:27:43 21   AREAS WERE TO BREACH.  SO THEY ASKED -- OUR DIVISION OFFICE ASKED US

10:27:51 22   TO DO A MODEL THROUGH THE WATERWAYS EXPERIMENT STATION TO VERIFY

10:27:54 23   WHAT THAT SHOALING RATE WOULD BE AND THAT MODEL WAS DONE.

10:27:56 24   Q.  ARE THESE COMMENTS CONTAINED IN THE REPORT?

10:27:59 25   A.  THOSE COMMENTS ARE ACTUALLY NOT IN THE REPORT, BUT PROBABLY

10:28:05  1   ATTACHED TO IT.  AND AT THE BEGINNING THAT YOU CAN SEE, IT WOULD BE

10:28:12  2   ATTACHED IN THE FILE.

10:28:13  3   Q.  I AM GOING TO SHOW YOU, DX 1057, THE LAST THREE DIGITS OF THE

10:28:21  4   BATES NUMBER ARE PAGE 980.  IF YOU COULD TAKE AWAY THE INSERT FIRST.

10:28:27  5        ARE THESE THE COMMENTS THAT YOU WERE REFERRING TO THAT ARE

10:28:43  6   NOT IN THE REPORT BUT ARE PART OF THE -- I GUESS ATTACHED TO THE

10:28:47  7   REPORT?

10:28:47  8   A.  YES.

10:28:51  9   Q.  AND AGAIN, WHO ARE THESE -- THIS IS A CORRESPONDENCE, WHO IS IT

10:28:58 10   BETWEEN?

10:28:58 11   A.  THESE WOULD BE COMMENTS FROM OUR MISSISSIPPI VALLEY DIVISION

10:29:01 12   OFFICE TO THE NEW ORLEANS DISTRICT.

10:29:03 13   Q.  AND IT'S IN THIS COMMENT SECTION THAT THERE'S A DISCUSSION OF

10:29:14 14   THE FURTHER STUDY OF THE SHOALING THAT YOU JUST TESTIFIED ABOUT?

10:29:14 15   A.  YES.  THERE IS -- IN HERE THERE IS A DISCUSSION OF THE NEED TO

10:29:22 16   CONDUCT A STUDY OR MODEL TO VERIFY THE SHOALING RATES.  IT'S RIGHT

10:29:28 17   AT THE VERY TOP THAT IT TALKS ABOUT IT.

10:29:32 18        ANYWAY, THE IDEA WAS THAT IF THOSE SHOALING RATES COULD BE

10:29:37 19   VERIFIED TO BE ACCURATE, THEN THERE IS A PRETTY GOOD CHANCE THAT WE

10:29:41 20   DID HAVE AN ECONOMICALLY-FEASIBLE PLAN.  AND THERE IS SOME CONCERN

10:29:45 21   HERE EXPRESSED THAT MAYBE THEY'RE TOO HIGH.

10:29:48 22        SO WHEN WE DID THE MODEL, WE FOUND THAT, IN FACT, THEY'RE

10:29:56 23   PROBABLY LIKELY TO BE ONLY HALF AS HIGH AS WHAT WERE EVALUATED, WERE

10:30:00 24   USED IN THE '98 REPORT -- '88 REPORT, I'M SORRY.

10:30:04 25   Q.  I AM GOING TO ASK YOU ABOUT THAT IN A MINUTE.

10:30:06  1          THE COMMENT SECTION THAT WE'VE BEEN DISCUSSING, IS THERE A

10:30:10  2   DISCUSSION REGARDING THE ALTERNATIVE OF CLOSING THE MRGO?

10:30:14  3   A.  YES.  ONE OF THE RECOMMENDATIONS IS THAT THE DISTRICT LOOK AT AN

10:30:19  4   ALTERNATIVE TO CLOSE THE MRGO.  THAT'S THE TYPE OF RECOMMENDATION

10:30:23  5   YOU MIGHT HAVE AT THE END OF A RECON, WHERE WHEN YOU DO THE

10:30:26  6   FEASIBILITY PHASE, WHICH IS THE SECOND PHASE, YOU WOULD LOOK AT THAT

10:30:30  7   ALTERNATIVE IN THE SECOND PHASE.

10:30:32  8   Q.  WAS ANY RESPONSE GIVEN TO THAT COMMENT AT THE TIME?

10:30:35  9   A.  IT WAS DISCUSSED AT THE DISTRICT, AND ULTIMATELY IT BECAME PART

10:30:39 10   OF THE PLAN FOR DOING THE FEASIBILITY PHASE.  SO IT WAS ADDED AS A

10:30:46 11   SCOPE OF WORK, A PART OF THE WORK NEEDED FOR THE FEASIBILITY PHASE.

10:30:50 12   Q.  NOW, I THINK YOU TESTIFIED THAT THE SUPPLEMENTAL GDM HAD NOT

10:30:54 13   BEEN PREPARED; IS THAT CORRECT?

10:30:56 14   A.  THAT'S CORRECT.

10:30:57 15   Q.  WOULD THIS ALTERNATIVE BEEN EXAMINED AS PART OF A SUPPLEMENTAL

10:31:03 16   GDM?

10:31:04 17   A.  YES, IT WOULD.  IN FACT, AS THE INITIAL BEGINNINGS OF THE

10:31:07 18   SUPPLEMENTAL WERE TO DO THAT MODEL AND TO VERIFY THE SHOALING RATE,

10:31:10 19   BUT ALSO THERE WAS SOME EFFORT DONE TO DO AN ECONOMIC ANALYSIS OF

10:31:15 20   CLOSING MRGO.  AND, IN FACT, THAT ANALYSIS WAS INCLUDED IN THE

10:31:21 21   FOLLOW-ON RECON REPORT IN '94, IT'S AN APPENDIX IN THAT REPORT.

10:31:26 22   Q.  CAN YOU LOOK AT BATES NO. 994 OF EXHIBIT DX 1057, AND TELL THE

10:31:32 23   COURT WHAT THAT IS?

10:31:33 24   A.  YEAH.  THIS IS THE PLANNING DIVISION CHIEF'S RESPONSE TO, OR AT

10:31:39 25   LEAST DISCUSSION WITH THE ENGINEERING DIVISION CHIEF.  THIS IS ALL

10:31:43 1    INTERNAL CORRESPONDENCE TO THE NEW ORLEANS DISTRICT ABOUT HOW TO

10:31:47 2    DEAL WITH THE COMMENTS IN THE REPORT.

10:31:49 3          THERE IS A CHOICE, COMMENTS CAN SOMETIMES BE ADDRESSED

10:31:53 4    BEFORE THE FEASIBILITY STUDY PHASE IS DONE, WHILE THE FEASIBILITY

10:32:03 5    PHASE OR GDM PHASE IS BEING DONE, OR IN SOME CASES, IN FACT, WE'VE

10:32:04 6    BEEN ASKED TO RESUBMIT A RECONNAISSANCE REPORT WITH WHATEVER

10:32:10 7    COMMENTS THE DIVISION OFFICE HAS IN THERE.  SO THERE ARE A NUMBER OF

10:32:13 8    DIFFERENT WAYS TO RESPOND TO THESE COMMENTS.

10:32:14 9    Q.  THIS DISPOSITION FORM SAYS THAT THE COMMENTS WILL BE ADDRESSED

10:32:17 10   IN THE SUPPLEMENTAL GDM.

10:32:19 11   A.  THAT'S CORRECT.  WE WILL ADDRESS THE COMMENTS IN PREPARING THE

10:32:20 12   GDM.

10:32:22 13   Q.  IS THAT A NORMAL PRACTICE?

10:32:23 14   A.  YES.  THAT'S ONE OF THE THREE WAYS THAT THEY COULD BE DONE.

10:32:26 15   Q.  MR. PODANY, PLEASE EXPLAIN, WHAT, IF ANYTHING, HAPPENED

10:32:30 16   FOLLOWING THE COMPLETION OF THIS 1988 REPORT?

10:32:32 17   A.  WELL, FOLLOWING THE 1988 REPORT WHEN THAT MODEL WAS COMPLETED,

10:32:36 18   BECAUSE WE NO LONGER HAD AN ECONOMICALLY-FEASIBLE PLAN, IT NO LONGER

10:32:42 19   MET THE REQUIREMENTS FOR US TO PURSUE IT, AND THAT WAS A DILEMMA.

10:32:49 20   SO THERE WAS SOME CONCERN ABOUT, WELL, IS THERE A WAY -- AT LEAST

10:32:54 21   SOME DISCUSSIONS ABOUT, IS THERE A WAY TO LOOK AT THIS PROJECT A

10:32:58 22   DIFFERENT WAY, PARTICULARLY IN LIGHT OF THE WATER RESOURCE

10:33:02 23   DEVELOPMENT ACT OF 1990 AND HOW THAT MADE THE ECOSYSTEM RESTORATION

10:33:09 24   A PRIMARY MISSION OF THE CORPS, IF THERE WAS A WAY TO LOOK AT

10:33:13 25   ENVIRONMENTAL OUTPUTS THAT MIGHT BE RESULTING FROM PUTTING BANK

10:33:17 1    PROTECTION MEASURES OUT THERE AND USE THAT AS A BASIS FOR INCREASING

10:33:20 2    THE -- OR AT LEAST EVALUATING FAIRLY THE OUTPUTS OF THE PROJECT FROM

10:33:30 3    A NATIONAL PERSPECTIVE.

10:33:31 4    Q.  AT THIS TIME IN 1988, THERE WAS NO FEASIBILITY STUDY CONDUCTED?

10:33:34 5    A.  NO, THERE WAS NOT, NO.

10:33:36 6    Q.  AROUND THE TIME 1991, DID CONGRESS APPROPRIATE MONEY TO THE

10:33:41 7    CORPS AND AUTHORIZE FORE SHORE PROTECTION MEASURES?

10:33:46 8    A.  YES, THEY DID.

10:33:47 9    Q.  CAN YOU DESCRIBE THE CIRCUMSTANCES THAT LEAD TO THAT

10:33:52 10   APPROPRIATION AND AUTHORIZATION?

10:33:52 11   A.  YES.  AS PART OF THE ANNUAL MAINTENANCE DREDGING WORK THAT THE

10:33:55 12   CORPS OF ENGINEERS WAS DOING, THEY NEEDED TO GET COASTAL ZONE

10:33:58 13   CONSISTENCY FOR A CERTAIN REACH.  THE LOUISIANA DEPARTMENT OF

10:34:02 14   NATURAL RESOURCES REVIEWED THE PLANS AND TOLD THE CORPS THAT THEY

10:34:07 15   WOULD WITHHOLD COASTAL ZONE CONSISTENCY UNLESS THE CORPS OF

10:34:12 16   ENGINEERS PUT BANK PROTECTION ALONG CERTAIN SEGMENTS OF THE MRGO.

10:34:16 17         AND FOR A PERIOD OF TIME, THE CORPS DID NOT HAVE COASTAL

10:34:19 18   ZONE CONSISTENCY DETERMINATION AND WAS UNABLE TO DREDGE THE CHANNEL

10:34:23 19   AND MAINTAIN IT TO ITS AUTHORIZED DIMENSIONS.

10:34:26 20         THAT CHANGED, THOUGH, ULTIMATELY.  THE LOUISIANA

10:34:29 21   DEPARTMENT OF NATURAL RESOURCES ISSUED A COASTAL ZONE CONSISTENCY,

10:34:32 22   AND THAT OCCURRED AFTER A MEETING BETWEEN THE OFFICE OF THE

10:34:36 23   GOVERNOR, THE PORT OF NEW ORLEANS, AND THE DEPARTMENT OF NATURAL

10:34:39 24   RESOURCES.

10:34:41 25   Q.  AND DO YOU KNOW WHEN THE FORESHORE PROTECTION WAS CONSTRUCTED?

10:34:55 1    A.  IT WAS COMPLETED IN 1993.

10:34:56 2    Q.  IF WE COULD PUT UP DM 0003 AGAIN.  COULD YOU INDICATE WHERE THE

10:34:56 3    PROTECTION WAS CONSTRUCTED?

10:34:56 4    A.  YES (INDICATING).

10:35:04 5         THE COURT:  COULD WE PRINT THAT SO I'LL HAVE THAT.  I'VE

10:35:08 6    BEEN TRYING TO FIGURE THAT OUT FOR A WHILE.

10:35:08 7         THE WITNESS:  I'M SORRY.  I KIND OF MESSED IT UP A LITTLE

10:35:08 8    BIT.

10:35:11 9         THE COURT:  DO YOU WANT TO REMARK IT?

10:35:13 10        THE WITNESS:  YES, I WANT TO REMARK IT.

10:35:14 11        THE COURT:  GO AHEAD, CLEAR IT AND REMARK IT.  AND I AM

10:35:17 12   NOT TAKING IT COMPLETELY LITERALLY, BUT THAT GIVES THE COURT AN

10:35:21 13   IDEA.  THAT HELPS.  I'VE BEEN TRYING TO FIGURE THAT OUT.

10:35:22 14        THE WITNESS:  THAT'S APPROXIMATELY WHERE THE BANK

10:35:25 15   PROTECTION WAS CONSTRUCTED.

10:35:25 16        THE COURT:  AND IF YOU WOULDN'T MIND PRINTING THAT.

10:35:28 17        MR. EHRLICH:  YES, SURE, YOUR HONOR.

10:35:29 18        THE BLUE MARK, THEN, IS WHERE THE FORESHORE PROTECTION WAS

10:35:32 19   PLACED IN APPROXIMATELY 1991, JUST FOR THE RECORD; IS THAT RIGHT?

10:35:36 20        THE WITNESS:  THAT'S CORRECT.

10:35:37 21        THE COURT:  NINETEEN-NINETY --

10:35:41 22        MR. EHRLICH:  1991?

10:35:41 23        THE COURT:  THREE IT WAS?

10:35:43 24        THE WITNESS:  IT WAS COMPLETED IN '93.

10:35:44 25   BY MR. EHRLICH:

───────────── FINAL DAILY COPY ─────────────

10:35:44 1   Q.  OH, OKAY.  WHEN WAS CONSTRUCTION BEGUN?

10:35:45 2   A.  IT MAY HAVE STARTED IN LATE '91, '92, SO IT WAS AROUND THAT

10:35:49 3   TIME.

10:35:49 4   Q.  I JUST WANT TO MAKE SURE WE'RE ALL TALKING ABOUT THE SAME

10:35:52 5   CONSTRUCTION, BUT I THINK WE ARE.

10:35:53 6   A.  YES.

10:35:53 7           THE COURT:  RIGHT.  IT STARTED IN LATE '91, EARLY '92,

10:35:56 8   COMPLETED IN '93, MARKED IN BLUE AND ABOUT TO BE PRINTED.  THANKS.

10:36:01 9           MR. EHRLICH:  GREAT.

10:36:02 10          THE COURT:  DO YOU WANT TO TAKE A BREAK AT THIS TIME,

10:36:04 11  COUNSEL, SINCE IT'S 10:35?

10:36:04 12          MR. EHRLICH:  THAT WOULD BE GREAT, YOUR HONOR.

10:36:06 13          THE COURT:  WE'LL TAKE A TEN-MINUTE RECESS.

10:36:09 14      (WHEREUPON, A RECESS WAS TAKEN.)

10:36:10 15      (OPEN COURT.)

10:52:51 16          THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

10:52:53 17          THE COURT:  YES, SIR, YOU MAY PROCEED.

10:52:56 18          MR. EHRLICH:  THANK YOU, YOUR HONOR.  YOUR HONOR, WE HAVE

10:52:58 19  TAKEN THE PRINTOUT THAT YOU ASK WE MAKE AND WE'VE LABELED IT DX

10:53:02 20  1761.  IF I COULD HAND IT TO THE CLERK.

10:53:04 21          THE COURT:  YOU CERTAINLY MAY AND I APPRECIATE IT.

10:53:07 22          MR. EHRLICH:  AND WE PROVIDED A MARKED COPY TO PLAINTIFFS

10:53:12 23  COUNSEL.

10:53:13 24          THE COURT:  THANK YOU.

10:53:13 25  BY MR. EHRLICH:

10:53:14 1    Q.  MR. PODANY, WE HAVE BEEN TALKING ABOUT THE 88 REPORT AND THEN

10:53:17 2    FOLLOWING THAT THE FORESHORE PROTECTION THAT WAS CONSTRUCTED BETWEEN

10:53:25 3    1991 AND 1993 THEREABOUT.  I WOULD LIKE TO TALK TO YOU NOW ABOUT

10:53:30 4    ANOTHER RECONNAISSANCE REPORT ON BANK EROSION THAT WAS COMPLETED IN

10:53:33 5    1994.  WAS THERE SUCH A REPORT?

10:53:35 6    A.  YES, THERE WAS.

10:53:36 7    Q.  WHAT ROLE DID YOU PLAY IN THIS REPORT?

10:53:46 8    A.  I ASSISTED THE STUDY MANAGER IN THE REPORT PREPARATION.  MAINLY

10:53:53 9    THROUGH THE DEVELOPMENT OF INITIAL PROJECT MANAGEMENT PLAN FOR THE

10:53:56 10   FEASIBILITY PHASE.

10:53:58 11   Q.  AND WHY WAS THIS REPORT INITIATED?

10:54:01 12   A.  THIS REPORT WAS INITIATED BECAUSE IT WAS FELT THAT THERE MIGHT

10:54:04 13   BE ANOTHER WAY TO ADDRESS BANK STABILIZATION MEASURES ON THE NORTH

10:54:09 14   BANK IN A WAY THAT WE COULD DEMONSTRATE THAT THERE'S POTENTIALLY A

10:54:13 15   FEASIBLE PLAN.

10:54:14 16       ALSO WE HAD JUST COMPLETED -- I'M SORRY, THAT'S THE NEXT

10:54:18 17   REPORT.

10:54:20 18   Q.  OKAY.  WE'RE TALKING NOW ABOUT THE 1994.

10:54:22 19   A.  YEAH, RIGHT, YES.

10:54:24 20   Q.  WHAT WAS THE AUTHORIZATION FOR THE '94 REPORT?

10:54:26 21   A.  THE 1994 REPORT'S AUTHORIZATION WAS THE SAME AUTHORIZATION THAT

10:54:31 22   WE USED FOR THE '88 REPORT, AND IT'S SHOWN EARLY ON IN THE REPORT.

10:54:38 23   Q.  EARLY ON IN THE '94 REPORT OR THE '88 REPORT?

10:54:41 24   A.  IN THE '94 REPORT.  '94 REPORT SHOULD HAVE IT AS WELL.  EITHER

10:54:47 25   ONE, THAT'S THE SAME AUTHORIZATION.

10:54:53 1           THE COURT:  THE EXHIBIT NUMBER FOR THE '94 REPORT, WHAT'S

10:54:53 2   THAT EXHIBIT NUMBER, COUNSEL?

10:54:56 3           MR. EHRLICH:  DX 1058.

10:54:58 4           THE COURT:  THANK YOU.

10:54:58 5   BY MR. EHRLICH:

10:55:01 6   Q.  AND YOU SAID THE AUTHORIZATION WAS THE SAME.  WHEN WAS THE

10:55:05 7   FUNDING RECEIVED TO COMPLETE THIS REPORT?

10:55:07 8   A.  FOR THIS REPORT WE RECEIVED FUNDING OVER '92, '93, '94, IT WAS

10:55:11 9   OVER THREE YEARS WE RECEIVED FUNDING TO COMPLETE IT.

10:55:16 10  Q.  WHY DID IT TAKE THIS REPORT LONGER TO COMPLETE, THIS REPORT TAKE

10:55:22 11  LONGER TO COMPLETE?

10:55:23 12  A.  I THINK WE WERE TRYING TO FIND A WAY TO USE ECOSYSTEM

10:55:27 13  RESTORATION OUTPUTS AS A PRIMARY WAY OF JUSTIFYING THE PROJECT.  IT

10:55:33 14  WAS EVALUATED THAT IN THE '88 REPORT WE LOOKED AT MONETARY BENEFITS

10:55:39 15  ASSOCIATED WITH MARSH, WE PUT IN A DOLLAR VALUE ON ACRE OF MARSH AND

10:55:50 16  TRIED TO USE THAT AS A WAY TO AT LEAST IDENTIFY WHAT THE

10:55:51 17  ENVIRONMENTAL BENEFITS MIGHT BE FOR THE PROJECT.

10:55:53 18           SINCE 1990 THERE HAVE BEEN PROCESSES DEVELOPED TO USE A

10:55:58 19  NONMONETARY WAY, BASICALLY LOOKING AT THE ECOLOGICAL VALUE OF THE

10:56:02 20  WETLANDS; AND SO WE ATTEMPTED TO DO SOMETHING LIKE THAT IN THIS

10:56:06 21  REPORT IS LOOK AT BOTH THE MONETARY AND NONMONETARY VALUES OF

10:56:12 22  ENVIRONMENTAL RESTORATION TO SUPPORT POTENTIALLY BANK PROTECTION

10:56:17 23  MEASURES ALONG THE MRGO.

10:56:20 24  Q.  NOW, YOU MENTIONED 1990 AGAIN.  WAS THAT THE TIME WHERE THE

10:56:25 25  CORPS' PRIMARY MISSION CHANGED?

10:56:27 1    A.  YES.  AND, IN FACT, AT THAT TIME THEY WERE STILL DEVELOPING

10:56:30 2    GUIDANCE ON HOW TO DO ENVIRONMENTAL RESTORATION PROJECTS AND IT

10:56:34 3    CONTINUED BEYOND ACTUALLY THE DEVELOPMENT OF THE '94 REPORT THAT WE

10:56:37 4    CONTINUED TO RECEIVE GUIDELINES ON HOW ECOSYSTEM RESTORATION STUDIES

10:56:41 5    SHOULD BE DONE.

10:56:42 6    Q.  YOU TESTIFIED ABOUT THE ADDITIONS THAT WERE MADE IN THE '94

10:56:47 7    REPORT THAT WERE NOT IN THE '88 REPORT.  WAS THERE SOMETHING,

10:56:51 8    ANYTHING REMOVED FROM THE '94 REPORT THAT HAD BEEN IN THE '88

10:56:54 9    REPORT?

10:56:55 10   A.  THE MAJOR THING WAS THAT WE DIDN'T USE AS HIGH A SHOALING RATE.

10:56:59 11   THAT WAS THE PRIMARY WAY WE WERE ABLE TO JUSTIFY THE PROJECT IN THE

10:57:03 12   '88 REPORT.  OF COURSE WE FOUND LATER AS WE DID THE MODEL THAT WE

10:57:06 13   HAD OVERESTIMATED THE SHOALING RATES, SO WE HAD TO USE THE NEW

10:57:09 14   SHOALING RATES THAT THE WATERWAYS EXPERIMENTS STATION MODEL

10:57:13 15   DEMONSTRATED.

10:57:16 16   Q.  DID THE 1994 REPORT INCLUDE AS AN ALTERNATIVE CLOSURE OF THE

10:57:19 17   MRGO?

10:57:20 18   A.  YES, IT DID.

10:57:20 19   Q.  AND WAS THAT AS A RESULT OF THE COMMENTS THAT WE LOOKED AT

10:57:26 20   EARLIER IN THE '88 REPORT?

10:57:28 21   A.  YES, IT WAS.  AND AS I MENTIONED EARLIER, AS EARLY AS 1989 WE

10:57:32 22   BEGAN LOOKING AT ECONOMIC FEASIBILITY OF CLOSING THE MRGO.  THERE

10:57:38 23   WAS BASICALLY THREE ALTERNATIVES, THREE OR FOUR ALTERNATIVES LOOKED

10:57:42 24   AT:  ONE WAS CLOSING THE MRGO AND MOVING THE TRAFFIC TO -- MOVING

10:57:48 25   THE TRAFFIC THAT WOULD BE ON THE MRGO TO THE MISSISSIPPI RIVER;

10:57:50 1    ANOTHER WAS TO MOVE IT TO ANOTHER PORT FACILITY SOMEWHERE ELSE

10:57:57 2    WITHIN THE GULF REGION; AND THE THIRD WAS TO CONSTRUCT A DEEP-DRAFT

10:58:02 3    LOCK WITHIN THE MISSISSIPPI RIVER GULF OUTLET.

10:58:04 4    Q.  AND, MR. PODANY, I AM GOING TO SHOW YOU WHAT IS DX 1058, PAGES

10:58:09 5    36 AND 37.  IS THIS THE SECTION OF THE 1994 REPORT WHERE THE OPTION

10:58:14 6    OF CLOSURE IS MENTIONED?

10:58:16 7    A.  YES.  IN FACT, HERE IS BASICALLY THE FOUR ALTERNATIVES, CONTINUE

10:58:21 8    CHANNEL MAINTENANCE, DIVERT TRAFFIC TO THE MISSISSIPPI RIVER, DIVERT

10:58:24 9    TRAFFIC TO AN ALTERNATIVE PORT OR CONSTRUCT A DEEP-DRAFT LOCK.  AND

10:58:33 10   BY DOING THIS ANALYSIS, AT LEAST ECONOMICS DEMONSTRATED THAT

10:58:33 11   CONTINUED CHANNEL MAINTENANCE WAS ECONOMICALLY FEASIBLE.  THE OTHER

10:58:39 12   ASPECT OF LOOKING AT THIS ALTERNATIVE WAS THAT WE NOTE IN THE REPORT

10:58:44 13   THAT THERE WAS NO CURRENT NON-FEDERAL ENTITY THAT WOULD SUPPORT

10:58:50 14   CLOSING THE MRGO TO SUPPORT A STUDY TO LOOK AT IT AT THAT TIME WE

10:58:55 15   DID NOT HAVE ANYBODY COME FORWARD TO SAY THAT THEY WOULD SUPPORT

10:58:58 16   SUCH A STUDY.

10:58:59 17   Q.  WHAT CONCLUSION DID THE '94 REPORT MAKE WITH RESPECT TO BANK

10:59:04 18   EROSION?

10:59:05 19   A.  IT CONCLUDED THAT BASED ON MONETARY AND MONETARY BENEFITS THAT

10:59:12 20   THE BANK EROSION -- BANK PROTECTION MEASURES WERE ECONOMICALLY

10:59:18 21   FEASIBLE AND THAT THERE'S A POTENTIAL FOR DEVELOPING A FEASIBLE PLAN

10:59:24 22   IN THE FEASIBILITY PHASE.  SO IT RECOMMENDED MOVING AHEAD TO THE

10:59:28 23   FEASIBILITY PHASE AND IDENTIFY NON-FEDERAL SPONSOR TO COST SHARE THE

10:59:34 24   PROJECT.

10:59:36 25   Q.  AND IF YOU WILL LOOK AT PAGES 70 AND 71 OF THE '94 REPORT, DX

10:59:41 1    1058.  IS THIS WHERE THAT CONCLUSION IS DISCUSSED?

10:59:46 2    A.  YES.  AND IN ADDITION TO WHAT I JUST DISCUSSED, IT ALSO TALKED

10:59:53 3    ABOUT THE POTENTIAL FOR AN ALTERNATIVE COST SHARING BASED ON THE

10:59:58 4    PROJECT OUTPUTS AND SUGGESTING THAT THE FEASIBILITY STUDY BE COST

11:00:04 5    SHARED 70/30 AND THE PROJECT ITSELF, CONSTRUCTION OF THE PROJECT, BE

11:00:10 6    85/15.  WHAT IT WAS ABLE TO DO IS IDENTIFY AT LEAST ONE POTENTIAL

11:00:14 7    FEASIBLE PLAN AND THAT WOULD BE ENOUGH TO WARRANT A REPRESENTATION

11:00:19 8    OF THE DISTRICT ENGINEER TO PROCEED INTO THE FEASIBILITY PHASE.

11:00:23 9    Q.  AND WAS A FEASIBILITY STUDY EVER DONE?

11:00:25 10   A.  NO, IT WAS NOT.

11:00:26 11   Q.  WHY NOT?

11:00:26 12   A.  WE WERE UNABLE TO IDENTIFY A NON-FEDERAL SPONSOR.

11:00:32 13   Q.  AND WHAT REQUIRED YOU TO HAVE A NON-FEDERAL COST SHARING

11:00:36 14   PARTNER?

11:00:38 15   A.  WRDA '86 BECAUSE THE PROJECT OUTPUTS ARE A MIXTURE OF THINGS,

11:00:43 16   ENVIRONMENTAL AND NAVIGATION, RECALL IN '88 IF ALL OF THE BENEFITS

11:00:48 17   HAD BEEN -- WE HAD BEEN ABLE TO JUSTIFY THE PROJECT BASED ON THE

11:00:53 18   NAVIGATION BENEFITS MOSTLY OR THE BENEFITS SHOWN IN THERE WE WOULD

11:00:57 19   TRYING TO MAKE A CASE TO PROCEED WITH IT BEING 100 PERCENT FEDERAL,

11:01:05 20   BOTH THE STUDY AND POTENTIALLY THE PROJECT.  BUT WE WERE UNABLE TO

11:01:08 21   DO THAT BECAUSE WE WERE UNABLE TO DEMONSTRATE THAT A PROJECT MAINLY

11:01:13 22   BASED ON MAINTENANCE SAVINGS COULD BE ECONOMICALLY JUSTIFIED.  SO

11:01:18 23   THIS REPORT SHOWS THAT IT'S POSSIBLE THAT IF YOU LOOK AT IT FROM THE

11:01:22 24   STANDPOINT YOU HAD ENVIRONMENTAL BENEFITS AND NAVIGATION BENEFITS

11:01:26 25   THAT YOU HAVE A FEASIBLE PLAN.

11:01:28  1          THE COURT:  LET ME MAKE SURE I UNDERSTAND THIS.  AND I'M

11:01:32  2  SURE YOU WILL BE CROSS-EXAMINED ON IT, BUT JUST AT THIS

11:01:41  3  INTERSECTION.

11:01:41  4          AS I UNDERSTAND IT THERE'S BEEN TESTIMONY THAT THE MRGO

11:01:44  5  ITSELF, THE CONSTRUCTION OF IT, ALTHOUGH THERE WAS A LOCAL SPONSOR,

11:01:48  6  WAS 100 PERCENT FEDERALLY FUNDED; IS THAT CORRECT?

11:01:52  7          THE WITNESS:  YES, BUT --

11:01:53  8          THE COURT:  THE ACTUAL DREDGING.

11:01:55  9          THE WITNESS:  YES.  THE ORIGINAL PROJECT WOULD HAVE HAD A

11:01:59 10  LOCAL SPONSOR, THE PORT OF NEW ORLEANS, WHO WOULD BE RESPONSIBLE FOR

11:02:02 11  PROVIDING THE LANDS, EASEMENTS, RIGHTS OF WAY, DREDGE DISPOSAL

11:02:09 12  SITES.  THEY'RE ALSO RESPONSIBLE FOR HOLDING SAVING THE FEDERAL

11:02:14 13  GOVERNMENT FREE FROM CLAIMS OF DAMAGE TO CONSTRUCTION, OPERATION AND

11:02:20 14  MAINTENANCE.  THOSE ARE WHAT WE WOULD CALL THE LOCAL ASSURANCES IN

11:02:24 15  THOSE DAYS, AND THOSE HAVE BEEN STANDARD ON MOST PROJECTS THAT A

11:02:28 16  SPONSOR WOULD HAVE TO PROVIDE THAT, POTENTIALLY AT SOME COST.

11:02:31 17          THE COURT:  RIGHT.  AND THE OPERATION AND MAINTENANCE WAS

11:02:33 18  PAID FOR OUT OF THE NAVIGATIONAL PART OF THIS, 100 PERCENT BY THE

11:02:37 19  FEDERAL GOVERNMENT?

11:02:38 20          THE WITNESS:  THAT'S CORRECT, YES.

11:02:42 21          THE COURT:  BUT WHAT YOU'RE TELLING ME IS IN THE EVENT

11:02:43 22  THAT THIS OPERATION AND MAINTENANCE AND THE VERY EXISTENCE OF THE

11:02:52 23  MRGO IS CAUSING DAMAGE IF IT'S ENVIRONMENTAL DAMAGE, THERE NEEDS TO

11:02:59 24  BE A LOCAL SPONSOR?  AND PLEASE TELL ME IF I'M WRONG ABOUT THAT.

11:03:05 25          THE WITNESS:  I THINK THAT'S RIGHT.  I MEAN, THE WAY WE

11:03:08 1   WOULD LOOK AT IT IS THE PROJECT THAT'S PROPOSED, WHAT ARE THE

11:03:12 2   OUTPUTS OF THAT PROJECT; AND IF THOSE OUTPUTS ARE MAINLY

11:03:15 3   ENVIRONMENTAL OR AT LEAST SUFFICIENTLY ENVIRONMENTAL, THEN THERE'S

11:03:18 4   GOT TO BE SOME COST SHARING IN THERE.

11:03:21 5          THE COURT:  EVEN THOUGH THE PROJECT ITSELF THAT'S -- AND

11:03:27 6   IS FUNDED BY THE FEDERAL GOVERNMENT.  BUT IS THAT -- YOU MENTIONED

11:03:31 7   THE WRDA BILL, DID YOU?

11:03:35 8          THE WITNESS:  WRDA '86 REQUIRES THAT THERE BE COST SHARING

11:03:39 9   ON FEASIBILITY PHASE STUDIES, YES.

11:03:39 10         THE COURT:  OKAY.  I AM GOING TO LEAVE THE REST TO

11:03:42 11  COUNSEL.  GO AHEAD.

11:03:44 12  BY MR. EHRLICH:

11:03:45 13  Q.  MR. PODANY, WOULD YOU HAVE NEEDED A COST SHARING PARTNER IF YOU

11:03:48 14  DID A SUPPLEMENTAL DESIGN MEMORANDUM?

11:03:51 15  A.  NO, WE MAY NOT.  WE WOULD HAVE TO USE THE SAME LOCAL ASSURANCES

11:03:55 16  BUT WE COULD HAVE DONE THAT POTENTIALLY, IF APPROVED, WE COULD HAVE

11:04:00 17  DONE A SUPPLEMENTAL GDM 100 PERCENT FEDERAL AND WE POTENTIALLY COULD

11:04:05 18  HAVE DONE THE PROJECT, IF APPROVED, UNDER THE CHIEF'S DISCRETIONARY

11:04:10 19  AUTHORITY OR APPROVED BY CONGRESS, WE COULD HAVE DONE THAT AT

11:04:14 20  100 PERCENT FEDERAL, TOO.

11:04:15 21  Q.  WHY WAS THE SUPPLEMENTAL DESIGN MEMORANDUM THE RECOMMENDED

11:04:20 22  COURSE IN THE 1988 REPORT BUT NOT IN THE 1994 REPORT?

11:04:23 23  A.  I THINK THERE WAS A BELIEF THAT WE MIGHT BE ABLE TO JUSTIFY THIS

11:04:27 24  USING MOST OF THE NAVIGATION BENEFITS AND MAKE IT PART OF THE

11:04:30 25  PROJECT.  BUT THAT WAS NOT TO BE, AT LEAST BASED ON THE MODELING.

11:04:40  1    AND WHEN THE MODELING RESULTS CAME OUT AS THEY DID, OUR DIVISION

11:04:40  2    OFFICE SPECIFICALLY TOLD US WE NEEDED A COST SHARE SPONSOR BASED ON

11:04:44  3    THE REQUIREMENTS OF THE 1986 ACT.

11:04:46  4           THE COURT:  AND WHAT WERE THE MODELING RESULTS?

11:04:48  5           THE WITNESS:  THE MODELING RESULTS SHOWED THAT THE

11:04:50  6    SHOALING RATES WERE ONLY ABOUT ONE HALF.  SO IT SAID THAT THERE WAS

11:04:54  7    AT LEAST A 50 PERCENT CHANCE THAT THERE IS A 300 PERCENT -- I'M

11:04:59  8    SORRY.  THERE'S AT LEAST A 50 PERCENT CHANCE THAT THERE'S A

11:05:03  9    300 PERCENT INCREASE IN SHOALING, THAT'S WHAT THE RESULTS SHOWED.

11:05:06 10    THAT SUGGESTS THAT THE SHOALING IS ONLY GOING TO BE 300 PERCENT

11:05:11 11    GREATER THAN WHAT IT CURRENTLY IS.  AND WHAT WE USED IN THE '88

11:05:14 12    REPORT WAS IT WAS SIX TIMES GREATER.

11:05:17 13           THE COURT:  BUT THE FACT THAT IT WAS 300 PERCENT WASN'T A

11:05:20 14    SIGNIFICANT NUMBER?

11:05:21 15           THE WITNESS:  IT'S A SIGNIFICANT NUMBER, BUT WHEN YOU DID

11:05:23 16    THE BENEFIT-COST ANALYSIS WE NO LONGER HAVE AN ALTERNATIVE WITH A

11:05:29 17    BENEFIT-COST RATIO ABOVE ONE.

11:05:30 18           THE COURT:  AND WHY WAS THE MRGO ECONOMICALLY FEASIBLE AT

11:05:33 19    THAT TIME?  WHY WAS IT DEEMED ECONOMICALLY FEASIBLE?

11:05:36 20           THE WITNESS:  THAT'S A DIFFERENT QUESTION.  WE'RE LOOKING

11:05:38 21    AT ECONOMIC FEASIBILITY OF THE BANK PROTECTION MEASURES THEMSELVES.

11:05:42 22           THE COURT:  OH, THEMSELVES.

11:05:43 23           THE WITNESS:  AND WE DID ALSO LOOK IN THE '89 REPORT THAT

11:05:46 24    WE JUST TALKED ABOUT THAT'S AN APPENDIX TO THE '94 RECONNAISSANCE

11:05:52 25    REPORT, THAT REPORT LOOKED AT ECONOMICALLY FEASIBILITY OF

| | |
|---|---|
| 11:05:55 | 1 |
| 11:05:59 | 2 |
| 11:06:04 | 3 |
| 11:06:07 | 4 |

11:05:55  1   MAINTAINING, KEEPING THE CHANNEL OPEN AND MAINTAINING IT AS

11:05:59  2   AUTHORIZED.  WHAT I WAS DISCUSSING IN THE '88 REPORT AND IN THE '94

11:06:04  3   REPORT, WE'RE LOOKING AT TRYING TO JUSTIFY ECONOMICALLY OR

11:06:07  4   ENVIRONMENTALLY, BANK PROTECTION MEASURES ALONG THE MRGO.

11:06:13  5              THE COURT:  ALL RIGHT.  THANK YOU, SIR.

11:06:16  6              MR. EHRLICH:  THANK YOU, YOUR HONOR.

11:06:17  7   BY MR. EHRLICH:

11:06:17  8   Q.  MR. PODANY, TO YOUR KNOWLEDGE, DID THE 1994 REPORT GO TO

11:06:22  9   CONGRESS?

11:06:22  10  A.  NO, IT DID NOT.

11:06:23  11  Q.  WHAT HAPPENED TO THE 1994 REPORT?

11:06:25  12  A.  WELL, THE 1994 REPORT WAS BASICALLY SUBMITTED.  WE WENT THROUGH

11:06:32  13  A PROCESS OF TRYING TO IDENTIFY NON-FEDERAL SPONSOR.  I WAS ENGAGED

11:06:38  14  IN DOING THAT, WE DEVELOPED A TIME AND COST ESTIMATE AND A SCOPE OF

11:06:42  15  WORK FOR THE FEASIBILITY PHASE.  WE PRESENTED THAT INFORMATION TO

11:06:46  16  POTENTIAL SPONSORS, THE PORT OF NEW ORLEANS.

11:06:48  17             WE HAD ACTUALLY ASKED -- OUR COMMANDER HAD ACTUALLY ASKED

11:06:52  18  GEORGE DUFFY WHO WAS THE PRESIDENT OF THE MARITIME COMMISSION FOR

11:06:58  19  OFFICE OF THE GOVERNOR, HE WAS THE GOVERNOR'S -- UNDER THE

11:07:02  20  GOVERNOR'S TASK FORCE.

11:07:03  21             THE COURT:  IS THAT SPELLED D-E-B-L-I-E-U-X?  DID YOU SAY

11:07:03  22  GEORGE DEBLIEUX?

11:07:03  23             MR. EHRLICH:  GEORGE DUFFY, D-U-F-F-Y.

11:07:03  24             THE COURT:  OH, I'M SORRY, I MISUNDERSTOOD YOU.

11:07:18  25             THE WITNESS:  YES, SORRY.  GEORGE DUFFY, HE WAS THE

11:07:18  1   CHAIRMAN OF THE GOVERNOR'S TASK FORCE IN THE MARITIME INDUSTRY, AND

11:07:18  2   OUR COMMANDER COLONEL DEBLIEUX SPECIFICALLY ASKED HIM TO HELP FIND A

11:07:24  3   COST-SHARING SPONSOR IN THE STATE OF LOUISIANA, BECAUSE IT WAS FELT

11:07:26  4   THAT BASED ON THE MAGNITUDE OF THE PROJECT IT WOULD LIKELY BE A

11:07:29  5   STATE ENTITY TO BE A SPONSOR.

11:07:31  6        AND SO THERE WAS A MEETING HELD OF THE TASK FORCE, GEORGE

11:07:35  7   DUFFY PRESIDED OVER IT AND I PRESENTED INFORMATION, THERE WAS A

11:07:38  8   NUMBER OF DIFFERENT AGENCIES THERE, AND HE ASKED IF ANYONE THERE

11:07:43  9   WISHED TO SPONSOR AND THE ANSWER WAS NO.  WE ALSO RECEIVED LETTERS

11:07:50 10  BACK FROM THE PORT OF THE NEW ORLEANS SAYING THEY WERE UNABLE TO

11:07:54 11  AFFORD IT, AFFORD THE STUDY.  WE TRIED LOOKING AT WAYS TO REDUCE THE

11:08:00 12  COSTS OF THE STUDY, AND WE STILL WERE NOT ABLE TO FIND A SPONSOR.

11:08:03 13  BY MR. EHRLICH:

11:08:03 14  Q.  WOULD REDUCING THE COST HAVE HELPED IN FINDING A LOCAL SPONSOR?

11:08:07 15  A.  IT MADE IT MORE AFFORDABLE, BUT ULTIMATELY THEY DETERMINED IT

11:08:11 16  WASN'T AFFORDABLE EITHER WAY.

11:08:13 17  Q.  WAS THE CORPS EVER ABLE TO DETERMINE WAYS TO ACCOMPLISH

11:08:16 18  FORESHORE PROTECTION THAT COULD BE TIED SOLELY THE OPERATION AND

11:08:19 19  MAINTENANCE OF THE MRGO AS OPPOSED TO AN ENVIRONMENTAL RESTORATION?

11:08:21 20  A.  YES, THEY WERE.

11:08:22 21  Q.  HOW DID THAT HAPPEN?

11:08:23 22  A.  IN THE '96 REPORT WE DOCUMENT HOW THAT HAPPENED.  BASICALLY WE

11:08:28 23  WERE GIVEN GUIDANCE FROM CONGRESS TO LOOK AT AVAILABLE OPERATION AND

11:08:33 24  MAINTENANCE FUNDING AND LOOK AT WHETHER THAT COULD BE USED TO DO

11:08:37 25  BANK STABILIZATION.

11:08:39 1          ALSO WE HAD SOME INFORMATION ON THE PERFORMANCE OF THE

11:08:42 2  WORK THAT WE DID IN '93 THAT WE JUST TALKED ABOUT BETWEEN MILE 51

11:08:48 3  AND 54 APPROXIMATELY THAT WORK HAD A SCHEDULED MAINTENANCE EVENT IN

11:08:56 4  '95, HAD TO BE ADDED ON TO, ROCK DECK ACTUALLY HAD TO BE BUILT UP

11:09:01 5  AGAIN BECAUSE THE FOUNDATION IS SO POOR THERE AND SANK A BIT.  THAT

11:09:05 6  WAS SCHEDULED, THAT WAS SOMETHING THAT HAD BEEN ANTICIPATED; BUT

11:09:08 7  WHAT WAS UNEXPECTED WAS WE DIDN'T HAVE TO DO AS MUCH REPAIR AS WE

11:09:11 8  HAD EXPECTED.

11:09:12 9          SO THAT CAME IN A LITTLE BIT CHEAPER, SO THAT MADE -- GAVE

11:09:15 10 US TWO REASONS TO CONSIDER MAYBE THERE'S ANOTHER WAY WE CAN BUILD

11:09:22 11 BANK PROTECTION OUT THERE AND JUSTIFY IT ECONOMICALLY.

11:09:24 12 Q.  AND YOU TESTIFIED THIS WAS THE '96 REPORT?

11:09:27 13 A.  YES.

11:09:28 14 Q.  IF WE CAN LOOK AT DX 1747.  IS THIS THE REPORT YOU WERE

11:09:36 15 DISCUSSING?

11:09:36 16 A.  YES.  AND IT'S CALLED AN EVALUATION REPORT.  IT WASN'T A

11:09:41 17 RECONNAISSANCE REPORT.

11:09:42 18 Q.  WHAT'S THE DIFFERENCE BETWEEN AN EVALUATION REPORT AND A

11:09:46 19 RECONNAISSANCE REPORT?

11:09:47 20 A.  WE ACTUALLY DID THIS REPORT BASED ON THE GUIDANCE THAT I

11:09:49 21 MENTIONED FROM CONGRESS, BUT ALSO OPERATIONS MANAGER PROVIDED US

11:09:52 22 FUNDS FROM THE OPERATION AND MAINTENANCE DEPARTMENT TO CONDUCT THIS

11:09:55 23 EVALUATION.  THE RECONNAISSANCE REPORT IS SPECIFICALLY AUTHORIZED BY

11:09:59 24 CONGRESS AND FUNDED SPECIFICALLY AS A RECONNAISSANCE STUDY -- YEAH,

11:10:06 25 RECONNAISSANCE EFFORT.  SO A RECONNAISSANCE REPORT CAN ONLY BE DONE

11:10:10 1    IF FUNDED SPECIFICALLY BY CONGRESS AND AUTHORIZED.

11:10:13 2    Q.   WHAT WAS YOUR ROLE IN THE DEVELOPMENT OF THE EVALUATION REPORT?

11:10:17 3    A.   I WAS CHIEF OF THE SECTION WHERE THIS REPORT WAS PREPARED.

11:10:26 4    Q.   WHAT WAS DIFFERENT ABOUT THE '96 REPORT COMPARED TO ITS

11:10:30 5    PREDECESSORS, THE 1988 REPORT AND THE 1994 REPORT?

11:10:34 6    A.   WELL, YOU KNOW, WE CONTINUED TO LOOK AT THE FACT THAT THERE

11:10:38 7    WOULD BE ENVIRONMENTAL BENEFITS FROM DOING THIS.   I MEAN, IT'S IN

11:10:41 8    ALL THREE REPORTS.   BUT WE USED THAT AS AN INCIDENTAL BENEFIT IN

11:10:44 9    THIS REPORT.   WE FOCUSED MAINLY ON THE SAVINGS TO MAINTENANCE

11:10:47 10   DREDGING AND THAT'S SIMILAR TO HOW THE OTHER ONES WERE DONE, BUT WE

11:10:53 11   WERE ABLE TO DEMONSTRATE IN THIS REPORT FINALLY THAT $1 INVESTED IN

11:10:58 12   BANK PROTECTION WOULD PRODUCE AT LEAST $1 OR MORE IN SAVINGS TO

11:11:04 13   DREDGING.   AND THAT SHOWS THAT IT'S A GOOD INVESTMENT TO DO UNDER

11:11:07 14   THE PROJECT.

11:11:08 15        SO BASED ON THE INFORMATION IN THIS REPORT, WE WERE ABLE

11:11:14 16   TO SUBMIT IT TO OUR DIVISION OFFICE AND GET APPROVAL TO USE, IN

11:11:18 17   FACT, AVAILABLE OPERATION MAINTENANCE DOLLARS TO PURSUE THE

11:11:23 18   RECOMMENDATIONS IN HERE.

11:11:25 19   Q.   IF I CAN TURN YOUR ATTENTION TO PAGES TWO AND THREE OF THIS

11:11:29 20   REPORT, THERE'S A SECTION TITLED STUDY AUTHORITY -- ACTUALLY IT

11:11:34 21   BEGINS ON PAGE 1 AND THEN CARRIES OVER TO PAGES TWO AND THREE.   WHAT

11:11:38 22   WERE THE VARIOUS AUTHORIZATIONS FOR CONDUCTING THIS REPORT?

11:11:41 23   A.   WELL, THERE'S A NUMBER OF AUTHORIZATIONS LISTED THERE, BUT

11:11:47 24   REALLY THE GUIDANCE --

11:11:49 25   Q.   I'M SORRY, MR. PODANY, IF WE COULD GET IT UP ON THE SCREEN AND

11:11:54 1    THEN HAVE YOU DISCUSS IT, I THINK IT WOULD BE MORE HELPFUL.

11:11:57 2    A.  OKAY.  YEAH.  WHAT'S LISTED HERE ARE REALLY JUST PROJECT

11:12:03 3    AUTHORIZATIONS FOR THE OPERATION -- FOR THE MISSISSIPPI RIVER GULF

11:12:07 4    OUTLET, BUT THE REAL KEY INFORMATION IN THIS SECTION IS THE GUIDANCE

11:12:12 5    FROM CONGRESS.

11:12:12 6    Q.  AND THAT'S ON PAGE, BOTTOM OF PAGE TWO?

11:12:15 7    A.  YES.

11:12:16 8    Q.  DID CONGRESS SPECIFICALLY AUTHORIZE AND FUND A SEPARATE PROJECT

11:12:20 9    TO PUT IN FORESHORE PROTECTION?

11:12:22 10   A.  YES, THEY DID.  AND HERE IT REFERS TO THAT PROJECT, IT SAYS:

11:12:27 11   THE COMMITTEE IS AWARE THAT THE CORPS OF ENGINEERS RECENTLY

11:12:30 12   EXPERIENCED DREDGING DELAYS, AND IT'S CONTINUED ON THE NEXT PAGE --

11:12:36 13   Q.  GIVE US A SECOND TO PULL IT UP.

11:12:44 14           THE COURT:  OKAY.

11:12:45 15           THE WITNESS:  OKAY.

11:12:52 16           THESE DREDGING DELAYS WHICH CAUSED DRAFT RESTRICTIONS AND

11:12:56 17   THIS WAS DUE TO TRYING TO ATTEMPT TO RESOLVE ENVIRONMENTAL ISSUES IN

11:13:00 18   THE PROCESS OF OBTAINING COASTAL ZONE CONSISTENCY TO DREDGE THE

11:13:04 19   REACH BETWEEN MILE 50 AND 56.  THAT'S WHAT I WAS REFERRING TO

11:13:08 20   EARLIER, WAS THAT THERE WAS SOME DIFFICULTY GETTING COASTAL ZONE

11:13:14 21   CONSISTENCY AT THAT TIME AND THAT ACTUALLY CAUSED THE CHANNEL TO BE

11:13:14 22   DEFICIENT.

11:13:15 23           SO CONGRESS RECOGNIZED THAT AND SAID, WELL, YOU KNOW, WE

11:13:18 24   THINK THE ONLY AVAILABLE SOLUTION IS TO CONSTRUCT A ROCK DIKE AND

11:13:24 25   THAT'S WHAT THEY, HOW THEY RESOLVED THAT PARTICULAR ISSUE THEN IN

11:13:29  1    THAT REACH.

11:13:30  2            AND THEY SAY:  THE OPINION TO MINIMIZE FUTURE DREDGING

11:13:34  3    COSTS AND PRESERVE WETLANDS, THE NORTH BANK SHOULD BE STABILIZED

11:13:37  4    WITH RIPRAP AS NECESSARY USING AVAILABLE OPERATIONS AND MAINTENANCE

11:13:41  5    FUNDS.

11:13:41  6            SO WE TOOK THIS AS VERY CLEAR GUIDANCE ON HOW TO PROCEED

11:13:46  7    EVALUATING WHETHER WE HAD AVAILABLE OPERATION MAINTENANCE FUNDS TO

11:13:50  8    ACTUALLY CONSTRUCT ADDITIONAL BANK STABILIZATION MEASURES.  AND OF

11:13:55  9    COURSE WE WOULD NEED TO DO A REPORT TO GET APPROVAL, WHICH IS JUST A

11:13:58 10    PROCESS FOR EVERYTHING, WHICH WAS DONE FAIRLY QUICKLY IN '96, AND

11:14:02 11    THEN WE DID RECEIVE THE APPROVAL.

11:14:04 12    BY MR. EHRLICH:

11:14:05 13    Q.  THIS GUIDANCE THAT YOU'VE DISCUSSED, WOULD YOU CHARACTERIZE THAT

11:14:09 14    AS A SUBSTANTIAL FACTOR IN THE CREATION OF THE '96 EVALUATION

11:14:12 15    REPORT?

11:14:12 16    A.  YES.  I THINK IT GAVE US A REALLY CLEAR WAY TO PROCEED.  YOU

11:14:17 17    COULD SPECULATE ON A NUMBER OF DIFFERENT WAYS THAT WE COULD HAVE

11:14:20 18    GONE FROM THERE, BUT THIS GAVE US A REALLY GOOD WAY TO LOOK AT IT

11:14:24 19    AND CLEAR DIRECTION.

11:14:25 20    Q.  IF YOU CAN LOOK AT PAGE 32, AND WHILE WE PUT THAT UP LET ME ASK

11:14:29 21    YOU:  WERE THERE OTHER CONTRIBUTING FACTORS TO THE CREATION OF THE

11:14:32 22    '96 REPORT?

11:14:33 23    A.  YES.  WE ALSO HAD THE INFORMATION FROM THE PERFORMANCE OF THAT

11:14:39 24    DIKE THAT WAS CONSTRUCTED ON THE NORTH BANK WITH SPECIFIC

11:14:44 25    CONGRESSIONAL AUTHORITY BACK IN '93, WHEN IT WAS COMPLETED IN '93;

11:14:48 1    WE FOUND THAT IN '95 THAT IT DIDN'T REQUIRE AS MUCH MAINTENANCE AS

11:14:56 2    WE ORIGINALLY ENVISIONED, WHICH THAT ADDITIONAL INFORMATION WAS

11:14:59 3    ADDED IN THIS '96 REPORT AND THAT HELPED THE EVALUATION

11:15:03 4    CONSIDERABLY.

11:15:04 5    Q.  WHAT WAS THE STATED PURPOSE OF THE 1996 REQUIREMENT?

11:15:09 6    A.  THE STATED PURPOSE WAS TO EVALUATE THE POTENTIAL OF PUTTING BANK

11:15:13 7    STABILIZATION ALONG THE NORTH BANK USING AVAILABLE OPERATION

11:15:19 8    MAINTENANCE FUNDING.

11:15:20 9    Q.  IS THAT PURPOSE REFLECTED ON PAGE THREE OF THE REPORT?

11:15:26 10   A.  YES, IT IS.  THERE IT IS.

11:15:32 11   Q.  IN THE SECTION ENTITLED STUDY, PURPOSE AND SCOPE?

11:15:36 12   A.  YES.  THE PURPOSE IS TO EVALUATE THE ADVISABILITY OF

11:15:40 13   CONSTRUCTING ADDITIONAL ROCK DIKES ALONG THE MRGO WITH AVAILABLE

11:15:44 14   OPERATION AND MAINTENANCE FUNDS.

11:15:45 15   Q.  AND WHAT PROBLEM WAS THE REPORT SEEKING TO ADDRESS?

11:15:48 16   A.  THE PROBLEM SEEKING TO ADDRESS IS THE FACT THAT INCREASED

11:15:52 17   SHOALING MAKES THE CHANNEL MORE EXPENSIVE TO OPERATE AND MAINTAIN,

11:15:56 18   AND IT MAY ACTUALLY BE A GOOD INVESTMENT TO PUT BANK PROTECTION OUT

11:16:01 19   THERE TO REDUCE THAT SHOALING SO THAT YOU CAN REDUCE THE OVERALL

11:16:04 20   SHOALING TO REDUCE THE DREDGING COSTS ASSOCIATED WITH THE PROJECT.

11:16:14 21   Q.  IS THAT PROBLEM IDENTIFIED ON PAGE EIGHT OF THE REPORT?

11:16:14 22   A.  YES.

11:16:14 23        THE COURT:  COUNSEL, YOU'RE GOING TO ULTIMATELY SHOW THE

11:16:18 24   COURT WHERE THIS WAS LIKE ON ANOTHER MAP WHERE THIS WAS DONE?

11:16:24 25        MR. EHRLICH:  I CAN TRY TO DO THAT, YOUR HONOR.

11:16:27 1          THE COURT:  BY THE WITNESS THOUGH, IF HE CAN.

11:16:29 2          MR. EHRLICH:  YES.

11:16:30 3          THE WITNESS:  ALL THREE REPORTS, AS I MENTIONED EARLIER,

11:16:32 4   ARE SIMILAR IN WAYS, THEY USED A LOT OF THE SAME INFORMATION AND

11:16:35 5   REFINED IT AS WE WENT ALONG.  AND HERE WE'RE TALKING ABOUT PROBLEM

11:16:39 6   IDENTIFICATION, LOOKING AT INCREASED COSTS OF THE CHANNEL

11:16:43 7   MAINTENANCE DREDGING DUE TO BANK EROSION AS BEING ONE OF THE MAIN

11:16:46 8   PROBLEMS THAT IT INVESTIGATED.

11:16:49 9          AND IT ALSO LOOKED AT CAUSES OF WETLAND LOSS IN THE STUDY

11:16:53 10  AREA, REALLY JUST REITERATING WHAT THOSE CAUSES WERE AS HAD BEEN

11:16:58 11  FOUND BEFORE IN PREVIOUS STUDIES DUE TO INTERRELATED EFFECTS OF

11:17:03 12  SUBSIDENCE, SEA LEVEL RISE, EROSION, SALTWATER INTRUSION, HUMAN

11:17:09 13  ACTIVITIES, AND SO ON.

11:17:10 14  BY MR. EHRLICH:

11:17:10 15  Q.  LET'S TRY TO ANSWER THE JUDGE'S QUESTION.  I'M GOING TO ASK THAT

11:17:13 16  DM 003 BE PUT UP AGAIN, THIS IS THE MAP THAT WE LOOKED AT EARLIER.

11:17:27 17         THE COURT:  THANK YOU.

11:17:42 18  BY MR. EHRLICH:

11:17:43 19  Q.  USING DM 003, ARE YOU ABLE TO IDENTIFY THE AREA COVERED BY THE

11:17:47 20  '96 EVALUATION?

11:17:49 21  A.  WELL, THE ENTIRE AREA WAS LOOKED AT, BUT REALLY THE ONLY PLAN

11:17:54 22  THAT WAS FOUND TO BE RECOMMENDED AT THIS TIME, THAT IS ONE THAT WAS

11:17:59 23  ECONOMICALLY FEASIBLE FOR THE '96 REPORT, WAS BANK PROTECTION FOR

11:18:08 24  MILE 41 TO 43 AND ALSO BANK PROTECTION FROM MILE 43 TO 44 AND A HALF

11:18:24 25  AND THEN -- THAT THAT KIND OF MESSED IT UP.

11:18:29 1          THE COURT:  I'LL LET YOU REDO IT.  BECAUSE THEY'RE MOVING

11:18:31 2 IT ON YOU AND IT MAKES IT REALLY DIFFICULT.

11:18:34 3          THE WITNESS:  AND ALSO FROM 54 TO 56.

11:18:40 4          THE COURT:  WHICH IS 54 AND 56?

11:18:42 5          THE WITNESS:  (WITNESS MARKS.)  IT WAS LIKE A CONTINUATION

11:18:45 6 OF THE AREA THAT HAD NOT BEEN COMPLETED.

11:18:47 7 BY MR. EHRLICH:

11:18:47 8 Q.  LET ME SEE IF I CAN -- WELL, FIRST YOU'VE MARKED IN BLUE THE

11:18:52 9 AREA THAT THE WORK WAS RECOMMENDED BE PERFORMED AS A RESULT OF THE

11:18:57 10 '96 STUDY; IS THAT CORRECT?

11:19:00 11 A.  YES.

11:19:01 12          MR. EHRLICH:  AND I GUESS IF WE CAN PRINT THAT AND WE'LL

11:19:05 13 MARK THAT.

11:19:05 14          THE COURT:  I GUESS I CAN ASK HIM AND WE CAN PRINT IT OR

11:19:08 15 MAYBE YOU CAN ASK HIM, WHEN WAS IT PERFORMED AND WAS IT PERFORMED IN

11:19:11 16 THOSE LOCATIONS.  WAS IT ULTIMATELY --

11:19:14 17          THE WITNESS:  IT WAS ULTIMATELY ALL COMPLETED.  THE AREA

11:19:17 18 FROM 54 TO 56 WAS CONSTRUCTED IN 1998; FROM 41 TO 43 IN 2000 --

11:19:30 19          THE COURT:  OKAY.

11:19:31 20          THE WITNESS:  -- AND THE LAST SEGMENT WAS COMPLETED IN

11:19:37 21 2008.  AND ALL OF THAT WAS BASED ON THE AVAILABILITY OF OPERATION

11:19:39 22 AND MAINTENANCE FUNDS; IF THE FUNDS WERE AVAILABLE, THEY WERE ABLE

11:19:42 23 TO DO THE WORK.

11:19:42 24          THE COURT:  I UNDERSTAND.  AND YOU SAID THE LAST SEGMENT,

11:19:44 25 THAT'S INCLUDED IN THE -- YOU SAY 2000 -- WHAT YEAR DID YOU SAY FOR

11:19:49  1    THE LAST SEGMENT.

11:19:50  2         THE WITNESS:  2008 IT WAS COMPLETED.

11:19:53  3         THE COURT:  THE 2008 SEGMENT WOULD BE WHERE?

11:19:55  4         THE WITNESS:  IT'S ROUGHLY RIGHT HERE, 43 TO 44 AND A

11:20:00  5    HALF, ROUGHLY IN THIS AREA HERE (INDICATING).

11:20:02  6         THE COURT:  OKAY.  GOTCHA.

11:20:04  7         MR. EHRLICH:  WE'LL PRINT IT AND HAVE IT MARKED.

11:20:07  8         THE COURT:  THANK YOU VERY MUCH.

11:20:09  9         THE WITNESS:  ONE THING I WANTED TO MENTION, TOO, IS THAT

11:20:12 10    THERE ARE OPENINGS THAT WERE PRESERVED HERE -- IF THAT'S OKAY.

11:20:16 11         MR. EHRLICH:  ABSOLUTELY.  SHOW US.

11:20:18 12         THE WITNESS:  THERE IS BAYOU DUPRE AND OTHERS THAT HAD

11:20:20 13    BEEN LEFT OPEN AS THEY WERE ORIGINALLY WHEN THE CHANNEL WAS DREDGED,

11:20:24 14    THAT WOULD HAVE BEEN DESIRABLE --

11:20:27 15    BY MR. EHRLICH:

11:20:27 16    Q.  MR. PODANY, DO YOU HAVE A POINTER UP THERE?

11:20:29 17    A.  YEAH.  I AM TRYING TO CIRCLE IT RIGHT NOW.  IT'S RIGHT THERE,

11:20:32 18    BUT IT'S REALLY HARD TO SEE IN THIS PARTICULAR VERSION (INDICATING).

11:20:37 19         THE COURT:  YOU MADE A CIRCLE WHERE THE BAYOU WOULD CROSS

11:20:40 20    AND YOU LEFT THAT OPEN.

11:20:41 21         THE WITNESS:  RIGHT.  THAT WOULD HAVE BEEN OPEN AND THAT

11:20:43 22    WOULD HAVE BEEN DESIRABLE FOR COMMERCIAL AND RECREATIONAL FISHERMAN

11:20:46 23    AND ALSO FROM AN ENVIRONMENTAL STANDPOINT THAT'S GOOD TO HAVE THAT.

11:20:48 24    THERE ARE ACTUALLY BAYOUS, FOR EXAMPLE, UP IN HERE CONNECTED TO THE

11:20:53 25    MRGO, JUST TO LET YOU KNOW THERE WERE CONNECTIONS BETWEEN LAKE

11:20:57 1  BORGNE AND THE MISSISSIPPI RIVER GULF OUTLET THAT WE WOULD WANT TO

11:21:00 2  PRESERVE.

11:21:02 3          THE COURT:  OKAY.  THANK YOU.  THAT HELPS.

11:21:04 4          THE WITNESS:  IF YOU WANT ME TO I CAN CLEAR IT AND REDO

11:21:08 5  IT.

11:21:08 6          THE COURT:  I'LL LEAVE ALL OF YOUR MARKS THERE, I THINK I

11:21:11 7  HAVE A GENERAL IDEA WITH ALL OF THE TESTIMONY.

11:21:13 8          MR. EHRLICH:  THERE MIGHT BE SOMETHING I CAN DO TO MAKE IT

11:21:16 9  EVEN MORE CLEAR, YOUR HONOR, IF I CAN SWITCH OVER TO THE ELMO.

11:21:47 10 BY MR. EHRLICH:

11:21:49 11 Q.  MR. PODANY, I AM GOING TO PLACE ON THE SCREEN PLATE 3 FROM THE

11:21:53 12 '96 EVALUATION.  I'LL PUT IT UP THERE, YOU CAN TAKE A LOOK AT IT AND

11:21:58 13 SEE WHETHER THIS HELPS.

11:22:00 14 A.  OKAY.  OKAY.

11:22:14 15 Q.  LET ME ASK YOU A QUESTION ABOUT THIS.  WHAT IS THIS PLATE 3?

11:22:17 16 A.  THIS IS A DESCRIPTION OF CERTAIN REACHES THAT WERE IDENTIFIED TO

11:22:21 17 BE CRITICAL REACHES, INSOFAR AS IF THEY WERE TO DISAPPEAR IN

11:22:26 18 ENTIRETY OR DISAPPEAR IN LARGE, SIGNIFICANTLY, THEN THERE WOULD BE A

11:22:34 19 HUGE INCREASE IN SHOALING IN THE MISSISSIPPI RIVER GULF OUTLET.  SO

11:22:37 20 IT'S REALLY KIND OF HARD TO SEE FROM THIS CHART HERE, BUT IF THESE

11:22:44 21 LARGE EXPANSES, SAY, IN THIS PARTICULAR REACH, ALL OF THIS WERE TO

11:22:47 22 DISAPPEAR HERE (INDICATING), THEN LAKE BORGNE COULD BE DIRECTLY

11:22:52 23 CONNECTED TO THE MRGO AND THEN THERE WOULD BE A LOT OF SHOALING FROM

11:23:02 24 LAKE BORGNE COMING INTO THE CHANNEL ITSELF WOULD HAVE TO BE DREDGED

11:23:02 25 OUT.

11:23:02  1           AND THAT'S SIMILARLY THE CASE FOR THIS AREA OVER HERE

11:23:06  2   WHERE IF THIS WERE TO TOTALLY DISAPPEAR THEN THERE WOULD BE A HUGE

11:23:11  3   INCREASE IN SHOALING, SEDIMENTS FROM LAKE BORGNE GETTING INTO THE

11:23:15  4   MRGO, AND THAT WOULD DRAMATICALLY INCREASE THE AMOUNT OF DREDGING

11:23:19  5   THAT WOULD BE REQUIRED TO MAINTAIN THIS.

11:23:20  6   Q.  AND YOU'VE CIRCLED ON YOUR SCREEN TWO AREAS, THOSE ARE THE TWO

11:23:26  7   SMALL STRIPS OF LAND THAT SEPARATE LAKE BORGNE FROM THE MRGO; IS

11:23:31  8   THAT RIGHT?

11:23:32  9   A.  THAT'S RIGHT.

11:23:36 10   Q.  DOES THIS PLATE 3 SHOW WHERE THE WORK WAS ULTIMATELY PERFORMED

11:23:39 11   OR NOT?  I AM JUST TRYING TO BE HELPFUL TO THE COURT.

11:23:42 12   A.  IT DOES SHOW THREE OF THE LOCATIONS, YOU'RE RIGHT, YOU KNOW, IT

11:23:47 13   SHOWS MILE 41 TO 43, 43 TO 44 AND A HALF, AND 54 TO 56.  SO THREE OF

11:23:55 14   THOSE LOCATIONS, I CAN UNDERLINE THEM, THIS ONE AND THIS ONE AND

11:24:06 15   THIS ONE (INDICATING).

11:24:07 16           THE COURT:  YOU'RE UNDERLINING THE AREAS WHERE IT WAS

11:24:10 17   ACTUALLY DONE?

11:24:10 18           THE WITNESS:  THAT'S CORRECT.  THOSE DESCRIPTIONS THERE

11:24:13 19   MILE 44, WHAT I AM UNDERLINING IS ACTUALLY THE DESCRIPTIONS AND

11:24:17 20   THERE'S A LINE THAT POINTS TO THEM.

11:24:19 21           THE COURT:  AND YOU CAN PRINT THAT ONE, TOO -- WELL, YOU

11:24:22 22   CAN JUST HAND IT TO US BECAUSE THE NUMBERS ARE THERE ON THERE.

11:24:26 23           MR. EHRLICH:  THE WITNESS HAS IDENTIFIED THE AREAS.

11:24:29 24           THE COURT:  NOT A PROBLEM.

11:24:31 25           MR. EHRLICH:  AND THERE'S ONE MORE DOCUMENT THAT IF WE CAN

11:24:34 1   PULL UP I THINK WILL ALSO GIVE US SOME REAL CLARITY ON WHERE THIS

11:24:37 2   WAS DONE, IT'S PAGE 55 IN THE REPORT, THE RECOMMENDATIONS SECTION.

11:24:37 3   BY MR. EHRLICH:

11:24:58 4   Q.  I KNOW THIS IS JUST THE RECOMMENDATION SECTION, BUT DO THE MILE

11:25:01 5   MARKERS THERE ACCURATELY REFLECT WHERE THE WORK WAS PERFORMED?

11:25:05 6   A.  YES.  AND THOSE THREE SEGMENTS THERE SHOW WHAT WE WERE

11:25:09 7   DESCRIBING ON THE PREVIOUS SLIDE.

11:25:33 8   Q.  I AM GOING TO TRY TO GET BACK TO THE PROCESS THAT WE WERE

11:25:38 9   DISCUSSING.

11:25:39 10          DID THE PRIOR STUDIES IN 1988 AND 1994, ALONG WITH THE

11:25:44 11  PLACEMENT OF THE FORESHORE PROTECTION THAT WAS AUTHORIZED BY

11:25:47 12  CONGRESS IN 1991, HAVE A ROLE IN THE CREATION OF THE '96 REPORT?

11:25:51 13  A.  WELL, ALL OF THAT INFORMATION WAS USED TO DEVELOP THE '96

11:25:55 14  REPORT, SO, YES.

11:25:57 15  Q.  CAN YOU EXPLAIN HOW THAT INFORMATION WAS USED?

11:26:00 16  A.  WELL, WE HAD INFORMATION, FOR EXAMPLE, ON THE PERFORMANCE OF

11:26:04 17  BANK STABILIZATION THAT CAME OUT OF THE WORK THAT WAS COMPLETED IN

11:26:08 18  '93, SINCE THAT WAS ACTUALLY BUILT WE COULD SEE BETTER HOW IT

11:26:13 19  PERFORMED AND, YOU KNOW, HOW FAST IT WOULD SUBSIDE AND WHAT THE

11:26:18 20  MAINTENANCE REQUIREMENTS WOULD BE ON THE ROCK DECK ITSELF, HOW

11:26:26 21  EXPENSIVE IT WOULD BE TO CONTINUE DOING THAT INTO THE FUTURE.  SO

11:26:27 22  THAT WAS VERY VALUABLE INFORMATION AND VERY IMPORTANT TO HAVE.

11:26:30 23          THE OTHER ASPECT WAS THAT IN THE '88 AND '94 REPORT THERE

11:26:38 24  WAS BASICALLY A PROCESS SET UP OF IDENTIFYING PROJECT OUTPUTS, ACRES

11:26:44 25  OF MARSH THAT MIGHT BE PROTECTED IF YOU WERE TO DO BANK PROTECTION.

11:26:49 1    ADDITIONAL DISPOSAL AREAS THAT MIGHT BE AVAILABLE THAT WOULD BE

11:26:53 2    AREAS WHEN THE CHANNEL WAS ACTUALLY MAINTAINED WOULD BE ABLE TO PUT

11:26:57 3    DREDGE MATERIAL INTO THESE DISPOSAL AREAS BEHIND THE ROCK DIKES

11:27:01 4    WHICH WOULD BE A BETTER PROJECT OVERALL AND HAVE A MARSH THAT WOULD

11:27:08 5    BE CREATED THAT'S PROTECTED FROM EROSION.

11:27:09 6           SO THERE'S LOT OF DIFFERENT INTERACTIONS BETWEEN THE

11:27:11 7    VARIOUS REPORTS AND THE PROJECT THAT WAS CONSTRUCTED.

11:27:14 8    Q.  MR. PODANY, WAS THE PROCESS OF COMPLETING THE RECONNAISSANCE

11:27:17 9    REPORTS COORDINATED WITH THE PUBLIC?

11:27:18 10   A.  YES.  YOU KNOW, THE INITIAL 1988 REPORT HAD A PUBLIC NOTICE AS

11:27:24 11   WE MENTIONED EARLIER AND THAT WAS SENT OUT TO THE CONGRESSIONAL

11:27:28 12   DELEGATION TO STAKEHOLDERS, TO STATE OF LOUISIANA OFFICIALS, ELECTED

11:27:32 13   OFFICIALS, INTERESTED PUBLIC, ENVIRONMENTAL GROUPS, THE MEDIA.

11:27:40 14   THERE WERE A SERIES OF PUBLIC MEETINGS FOR MEETINGS HELD WHERE THIS

11:27:45 15   WOULD BE DISCUSSED AS FAR AS A TOPIC, NOT NECESSARILY SET UP FOR

11:27:48 16   THIS PURPOSE, BUT THE BREAUX ACT, FOR EXAMPLE, HAD A NUMBER OF

11:27:52 17   DIFFERENT MEETINGS WHERE BANK PROTECTION ALONG THE MRGO COULD BE

11:27:55 18   ACCOMPLISHED, THE BREAUX ACT OR THE CWPPRA PROGRAM WAS LOOKING AT

11:27:59 19   THAT AS A POSSIBILITY.  AND THIS PROJECT WOULD HAVE DESCRIBED WHAT'S

11:28:05 20   GOING ON NOW AND WHAT THE PROJECT WORK HAD BEEN DONE TO THAT POINT

11:28:09 21   WOULD HAVE BEEN DESCRIBED.

11:28:10 22   Q.  AND IF WE COULD LOOK AT PAGE 58 --

11:28:12 23          THE COURT:  COUNSEL, BEFORE I FORGET, DO WE HAVE A COPY OF

11:28:15 24   PLATE 3?

11:28:17 25          MR. EHRLICH:  IT IS INCLUDED IN THE REPORT.  WE CAN MARK

11:28:19 1    IT AS A SEPARATE EXHIBIT.

11:28:19 2              THE COURT:  IT IS INCLUDED IN THE REPORT?

11:28:20 3              MR. EHRLICH:  YES, IN THE 1996 EVALUATION.

11:28:23 4              THE LAW CLERK:  DO WE KNOW WHAT PAGE?

11:28:28 5              MR. EHRLICH:  IT'S PART OF DX 1747.

11:28:31 6              THE COURT:  THANK YOU, WE'VE GOT IT.  THANK YOU.

11:28:42 7              MR. EHRLICH:  YOUR HONOR, IF IT'S OKAY, WHAT WE'LL DO IS

11:28:44 8    AT THE END IS MARK THAT AS A SEPARATE EXHIBIT, I THINK IT'S VERY

11:28:47 9    HELPFUL --

11:28:47 10             THE COURT:  THAT'S FINE.  I AGREE.

11:28:49 11             MR. EHRLICH:  THANK YOU.

11:28:55 12   BY MR. EHRLICH:

11:28:55 13   Q.  IF WE COULD LOOK AGAIN AT PAGE 58 OF DX 1057.  MR. PODANY,

11:29:06 14   DESCRIBE THE PROCESS THE CORPS FOLLOWS WHEN PROVIDING NOTICE OF THE

11:29:10 15   RECONNAISSANCE REPORTS TO THE PUBLIC.

11:29:12 16   A.  ALL RIGHT.  GENERALLY AT THE BEGINNING OF THE STUDY WE WOULD

11:29:17 17   DEVELOP A PUBLIC NOTICE, THIS WOULD BE A ONE OR TWO PAGE SUMMARY OF

11:29:22 18   WHAT WE'RE DOING.  I THINK I MENTIONED THIS EARLIER, BUT ESSENTIALLY

11:29:29 19   IT WOULD BE A DESCRIPTION OF THE PROBLEMS AND NEEDS THAT WE'RE

11:29:31 20   INVESTIGATING, THE STUDY AUTHORITY, THE LISTING OF THE STUDY THAT WE

11:29:35 21   HAVE TO DO THE STUDY, IT WOULD SHOW A LITTLE INFORMATION ON WHAT A

11:29:40 22   RECONNAISSANCE REPORT IS AND WHAT A FEASIBILITY REPORT IS, WHAT

11:29:43 23   PROCESS THEY ARE FOR EVALUATING POTENTIAL PROJECTS.

11:29:48 24             AND THEN IT ALSO ASKS THAT IF THERE'S ANY COMMENTS OR

11:29:54 25   CONCERNS THAT ANYONE HAS, QUESTIONS, AT THE BOTTOM OF THAT -- THESE

11:29:58 1  ARE STANDARD THINGS THAT WE DID OVER AND OVER, AND WE USED TO COPY

11:30:03 2  EACH RECONNAISSANCE NOTICE REPORT SO THAT THEY WERE SIMILAR IN

11:30:06 3  FORMAT.  IT WOULD SAY IF YOU HAVE ANY COMMENTS OR CONCERNS, CONTACT

11:30:10 4  THE COMMANDER OR THE STUDY MANAGER FOR THIS PROJECT, GIVE A CONTACT

11:30:15 5  NUMBER, GIVE A MAILING ADDRESS, AND THAT INFORMATION WOULD BE

11:30:19 6  USED -- ULTIMATELY IF A FEASIBILITY PHASE WERE DONE, IT WOULD ALL BE

11:30:26 7  USED TO MAKE A DETERMINATION OF THE COMMANDER'S RECOMMENDATION.

11:30:28 8  Q.  LET ME SEE IF I UNDERSTAND CORRECTLY.  YOU GIVE NOTICE OF THE

11:30:31 9  REPORT -- THE STUDY, BUT YOU DON'T ACTUALLY SEND A COPY OF THE

11:30:34 10  STUDY; IS THAT RIGHT?

11:30:35 11  A.  THAT'S CORRECT.  THAT'S NOT PART OF THE PROCESS TO SEND A

11:30:40 12  RECONNAISSANCE REPORT OUT.  WE DO AT TIMES HAVE PEOPLE ASK FOR

11:30:46 13  COPIES AND WE'RE ABLE TO GIVE SOME OUT BUT WE DON'T GENERALLY HAVE A

11:30:52 14  HUGE PRODUCTION, REPRODUCTION EFFORT FOR THE RECONNAISSANCE REPORT

11:30:55 15  ITSELF.

11:30:55 16  Q.  IF WE CAN LOOK AT APPENDIX D TO DX 1057, THAT'S THE 1988 REPORT.

11:31:07 17  CAN WE JUST LOOK AT THE FIRST PAGE THERE.

11:31:08 18       MR. PODANY, DOES THIS APPENDIX CONTAIN THE MAILING LIST OF

11:31:12 19  PERSONS WHO WOULD HAVE RECEIVED THE NOTICE WE JUST TALKED ABOUT?

11:31:15 20  A.  YES.  THIS IS ACTUALLY PART OF THE REPORT AND SHOWS WHO RECEIVED

11:31:18 21  THE MAILING, WHO RECEIVED THE NOTICE OF INITIATION OF THE

11:31:21 22  RECONNAISSANCE STUDY.

11:31:22 23  Q.  AND WAS THE SAME NOTICE ALSO DONE WITH REGARD TO THE 1994

11:31:28 24  REPORT?

11:31:28 25  A.  NO.  IT WAS LIKELY NOT, BECAUSE THE IDEA WAS THIS INITIAL NOTICE

11:31:32 1  WAS OUT THERE AND THERE WAS NO NEED TO SEND OUT ANOTHER NOTICE OF

11:31:39 2  INITIATION, SO IT WAS LIKELY NOT DONE FOR THE '94 REPORT.

11:31:42 3  Q.  WITH REGARD TO THE '88 REPORT, THE PEOPLE LISTED ON APPENDIX D

11:31:46 4  RECEIVED THE NOTICE?

11:31:47 5  A.  YES.

11:31:47 6  Q.  AND THAT INCLUDED THE LOUISIANA CONGRESSIONAL DELEGATION?

11:31:51 7  A.  THAT'S CORRECT.

11:31:51 8  Q.  WHAT ABOUT THE 1996 REPORT, IF WE CAN LOOK AT DX 1747, PAGES 52

11:32:02 9  AND 53.

11:32:06 10  A.  YES.  THE '96 REPORT THERE IS DISCUSSIONS -- IS THAT YOUR

11:32:10 11  QUESTION?

11:32:10 12  Q.  YES.

11:32:11 13  A.  THE '96 REPORT THERE IS A DISCUSSION ON STUDY COORDINATION, HOW

11:32:22 14  THAT PARTICULAR STUDY WAS COORDINATED WITH THE PUBLIC.  NUMBER OF

11:32:22 15  MEETINGS WHERE THIS WAS DISCUSSED WITH THE LOUISIANA DEPARTMENT OF

11:32:23 16  NATURAL RESOURCES AND MEETINGS HELD IN THE PONTCHARTRAIN BASIN OF

11:32:31 17  THE COASTAL WETLANDS PLANNING, PROTECTION AND RESTORATION ACT, I

11:32:33 18  MENTIONED THAT EARLIER, AS WELL AS WITH THE PILOT ASSOCIATION, THE

11:32:37 19  PORT OF NEW ORLEANS IN '94 AND '95.

11:32:41 20  Q.  AND JUST TO BE CLEAR.  YOU SAY YOU SENT THE NOTICE TO THESE

11:32:44 21  FOLKS ESPECIALLY WITH REGARD TO THE '88 REPORT.  ANYONE WHO RECEIVED

11:32:47 22  THAT NOTICE, WOULD THEY HAVE BEEN ABLE TO PARTICIPATE IN THE '88 AND

11:32:51 23  THE SUBSEQUENT REPORTS HAD THEY CONTACTED THE CORPS?

11:32:53 24  A.  YES, THEY WOULD HAVE.  THIS INFORMATION HAD BEEN OUT THERE, SO

11:33:02 25  THIS INFORMATION WAS AVAILABLE.

11:33:03  1    Q.   HOW MANY OPTIONS WERE CONSIDERED IN THE '96 REPORT?

11:33:06  2    A.   '96 REPORT THERE'S 11 OPTIONS SHOWN IN THERE IN THE SUMMARY

11:33:10  3    SECTION.   REALLY THAT WAS JUST AN ATTEMPT TO FIND AT LEAST ONE THAT

11:33:15  4    WAS POTENTIALLY FEASIBLE SO WE CAN MAKE A RECOMMENDATION TO PROCEED.

11:33:20  5    Q.   AND WHAT WAS THE ULTIMATE RECOMMENDATION OF THAT REPORT?   I

11:33:25  6    THINK WE LOOKED AT IT BEFORE.

11:33:26  7    A.   THE '96 REPORT?

11:33:28  8    Q.   YES.

11:33:28  9    A.   WAS TO CONSTRUCT BANK PROTECTION OVER THE 5.4 MILES USING THE

11:33:34 10    AVAILABLE OPERATION AND MAINTENANCE FUNDS.

11:33:38 11    Q.   AND FOR THE RECORD, THAT'S ON PAGE 55 OF DX 1747; AND I THINK WE

11:33:42 12    PUT IT UP BEFORE AND DISCUSSED IT.

11:33:45 13         THEN I THINK WE ALSO DISCOVERED THIS, BUT THAT WORK WAS

11:33:47 14    ULTIMATELY COMPLETED, WASN'T IT?

11:33:49 15    A.   YES.

11:33:50 16    Q.   MR. PODANY, TO YOUR KNOWLEDGE, IS THE CORPS ALLOWED OR PERMITTED

11:33:57 17    TO LOBBY CONGRESS IN ORDER TO SEEK AUTHORIZATION OR APPROPRIATIONS

11:34:01 18    FOR PROJECTS?

11:34:02 19    A.   NO, IT IS NOT.

11:34:03 20    Q.   WAS IT RECOMMENDED THAT STUDIES CONTINUE TO EVALUATE THE

11:34:07 21    FEASIBILITY AND JUSTIFICATION FOR FURTHER FORESHORE PROTECTION

11:34:10 22    MEASURES?

11:34:11 23    A.   YES, IT WAS.   IN THAT REPORT IT WAS FELT THAT AS WE BUILT MORE,

11:34:15 24    WE WOULD LEARN MORE FROM WHAT WE BUILT AND IT WOULD SHOW US AREAS

11:34:19 25    MAYBE WHERE WE COULD DO IT IN OTHER REACHES.   OF COURSE IT WAS ALSO

11:34:23 1    DEPENDENT ON AVAILABLE OPERATION AND MAINTENANCE FUNDS TO DO THAT

11:34:27 2    WORK.

11:34:27 3    Q.  MR. PODANY, IN THE COURSE OF PERFORMING THESE EVALUATIONS AND

11:34:31 4    THESE STUDIES, WOULD YOU HAVE OCCASION TO, YOU OR ANYONE AT THE

11:34:36 5    CORPS, HAVE THE OCCASION TO CORRESPOND WITH MEMBERS OF THE CONGRESS

11:34:39 6    WITH THEIR STAFF REGARDING THESE PROJECTS, THESE STUDIES?

11:34:42 7    A.  YES.  IT WAS FAIRLY COMMON, IT WAS CORRESPONDENCE IN THE FILE

11:34:46 8    FROM THE CONGRESSIONAL DELEGATION ON THESE STUDIES, AND THIS STUDY

11:34:51 9    OVER THE YEARS THERE'S CORRESPONDENCE TO OTHERS, SO THAT IS COMMON.

11:34:56 10   Q.  AND IF WE COULD PULL UP DX 1758.  THIS IS EXHIBIT DX 1758.  IS

11:35:44 11   THIS ONE SUCH COMMUNICATION?

11:35:44 12   A.  YES, IT IS.

11:35:44 13        MR. EHRLICH:  YOUR HONOR, I HAVE NO FURTHER QUESTIONS.

11:35:45 14        THE COURT:  THANK YOU, COUNSEL.

11:35:47 15        MR. EHRLICH:  THANK YOU.

11:35:49 16        THE COURT:  CROSS-EXAMINATION.

11:35:50 17        MR. O'DONNELL:  YES, IF YOU WILL GIVE ME JUST ONE SECOND,

11:35:53 18   YOUR HONOR.

11:36:17 19        THE COURT:  ABSOLUTELY.  NOBODY REALIZES THE MANUAL LABOR

11:36:20 20   IN THIS PROFESSION.  ESPECIALLY WITH THIS NUMBER OF EXHIBITS.

11:36:24 21        MR. O'DONNELL:  I BECAME A LAWYER TO AVOID HEAVY LIFTING.

11:36:27 22   AND THEY ALSO PROMISED ME 15 YEARS AGO WE WOULD HAVE A PAPERLESS

11:36:32 23   PROFESSION.  THEY LIED TO US.

11:36:50 24        MAY WE APPROACH, YOUR HONOR?

11:36:51 25        THE COURT:  YES.  AND THIS IS FROM THE DEPOSITION THAT --

—— FINAL DAILY COPY ——

| | | |
|---|---|---|
| 11:37:07 | 1 | IS THIS THE ONE THAT I REVIEWED OR IS THIS ANOTHER ONE? |
| 11:37:10 | 2 | MR. O'DONNELL:  IT WAS A 30(B)(6). |
| 11:37:12 | 3 | THE COURT:  I REVIEWED THEM ALL, I THINK THERE WERE |
| 11:37:14 | 4 | SEVERAL CUTS, TWO DAYS. |
| 11:37:15 | 5 | MR. O'DONNELL:  TWO DAYS, RIGHT. |
| 11:37:15 | 6 | THE COURT:  YES, I READ IT. |
| 11:37:17 | 7 | MR. O'DONNELL:  AND HE WAS DESIGNATED ON THREE TOPICS |
| 11:37:19 | 8 | WHICH RELATE TO COUNSEL'S DIRECT EXAMINATION, YOUR HONOR. |
| 11:37:22 | 9 | THE COURT:  YES. |
| 11:37:22 | 10 | MR. O'DONNELL:  AND MINDFUL OF THAT AND MINDFUL AS YOU'LL |
| 11:37:25 | 11 | SEE THAT I HAVE PROPOSED FINDINGS THAT HAVE EXTENSIVE EXHIBIT SITES |
| 11:37:30 | 12 | I AM GOING TO SOMETIMES REFER TO THOSE TO SHORT CIRCUIT THE CROSS, |
| 11:37:33 | 13 | AND KNOWING MY LIMITED TIME. |
| 11:37:34 | 14 | I MADE A MISTAKE.  THERE HAVE BEEN NINE PRESIDENTS OF THE |
| 11:37:37 | 15 | UNITED STATES FROM PRESIDENT EISENHOWER TO GEORGE BUSH, JR., I SAID |
| 11:37:43 | 16 | SEVEN, SINCE IN THE LIFE OF THE MRGO, YOUR HONOR, SO I WAS MISTAKEN. |
| 11:37:43 | 17 | CROSS-EXAMINATION |
| 11:37:43 | 18 | BY MR. O'DONNELL: |
| 11:37:46 | 19 | Q.  GOOD MORNING, MR. PODANY. |
| 11:37:49 | 20 | A.  GOOD MORNING. |
| 11:37:50 | 21 | Q.  I HAVE TEN GENERAL PROPOSITIONS WHICH I HOPE TO EXPLORE WITH YOU |
| 11:37:53 | 22 | IN THE NEXT COUPLE OF HOURS, OKAY.  AND RATHER THAN MY POOR |
| 11:37:57 | 23 | HANDWRITING, I AM GOING PUT ONE UP, ASK YOU A QUESTION ABOUT IT, AND |
| 11:38:02 | 24 | THEN FOLLOW-UP.  IS THAT OKAY? |
| 11:38:03 | 25 | A.  OKAY. |

11:38:03 1   Q.  THE FIRST POINT I WOULD LIKE TO PUT UP.  DO YOU AGREE THAT

11:38:07 2   CONGRESS OF THE UNITED STATES IS THE ULTIMATE DECISION-MAKER ABOUT,

11:38:12 3   FIRST, AUTHORIZING A WATER DEVELOPMENT PROJECT?

11:38:15 4   A.  YES, I DO.

11:38:16 5   Q.  IS CONGRESS THE ULTIMATE DECISION-MAKER ABOUT THE DE-AUTHORIZING

11:38:20 6   A PROJECT?

11:38:20 7   A.  YES.

11:38:21 8   Q.  IS CONGRESS THE ULTIMATE DECISION-MAKER ABOUT AMENDING THE

11:38:25 9   PROJECT'S PURPOSE?

11:38:29 10  A.  YES.

11:38:29 11  Q.  SUBJECT PERHAPS TO SOME LIMITED DISCRETIONARY AUTHORITY OF THE

11:38:33 12  CHIEF THAT YOU REFERRED TO EARLIER?

11:38:34 13  A.  YES.

11:38:35 14  Q.  AND WHICH WE WILL EXPLORE.  AND FINALLY, YOU WOULD AGREE THAT

11:38:38 15  CONGRESS IS THE ULTIMATE ARBITER OR DECISION-MAKER WHEN BALANCING

11:38:43 16  ECONOMIC DEVELOPMENT AS OPPOSED TO PROTECTION OF THE HUMAN AND

11:38:46 17  NATURAL ENVIRONMENT?

11:38:47 18  A.  YES.

11:38:47 19  Q.  OKAY.

11:38:49 20        THE COURT:  JUST A MINUTE.

11:38:52 21        MR. EHRLICH:  WE RECEIVED SEVEN BINDERS OF DOCUMENTS FROM

11:38:55 22  THE PLAINTIFFS, BUT I AM NOT SURE THAT THE SLIDE PRESENTATION WAS

11:38:57 23  PART OF IT.

11:38:58 24        MR. O'DONNELL:  IT ISN'T BECAUSE I HAVE HORRIBLE

11:39:00 25  HANDWRITING.  I COULD GO TO THE BOARD AND WRITE THIS DOWN, IT'S JUST

11:39:04 1    MY ASKING HIM QUESTIONS, YOUR HONOR.

11:39:11 2            MR. EHRLICH:  IF IT'S A DEMONSTRATIVE, IT NEEDS TO BE

11:39:11 3    PROVIDED IN 48 HOURS ADVANCE OF THE EXAMINATION.

11:39:14 4            MR. O'DONNELL:  THIS IS CROSS-EXAMINATION AND I PREPARED

11:39:15 5    THIS LAST NIGHT, YOUR HONOR.  AND I CAN WRITE IT ON THE BOARD BUT I

11:39:20 6    HAVE HORRIBLE HANDWRITING.

11:39:23 7            THE COURT:  YOU COULD DO THAT OR IF THERE'S SOME -- LET ME

11:39:26 8    JUST THINK THROUGH THIS TO MAKE SURE THIS IS NOT A TEMPEST IN THE

11:39:31 9    TEAPOT.

11:39:32 10           IN OTHER WORDS, THESE ARE THE QUESTIONS -- CAN WE MAKE A

11:39:38 11   COPY OF IT --

11:39:40 12           MR. O'DONNELL:  I HAVE A COPY, YOUR HONOR.

11:39:42 13           MR. EHRLICH:  THANK YOU, YOUR HONOR.

11:39:46 14   BY MR. O'DONNELL:

11:39:46 15   Q.  LET ME FOLLOW-UP ON THIS FIRST GENERAL PROPOSITION.

11:39:49 16           MR. EHRLICH:  YOUR HONOR, IF I COULD JUST HAVE A MOMENT TO

11:39:51 17   REVIEW THE SLIDE BEFORE THE CROSS-EXAMINATION.

11:39:54 18           THE COURT:  YOU MAY.  I AM NOT GOING TO DOCK THIS ON THE

11:39:57 19   PLAINTIFF, WE ARE OFF PLAINTIFF TIME ON MY TIME.  HOW ABOUT THAT?

11:40:01 20           MR. O'DONNELL:  THANK YOU VERY MUCH, YOUR HONOR.

11:40:33 21           THE COURT:  AND I'M ASSUMING THESE WOULD NOT BE

11:40:35 22   INTRODUCED -- YOU DON'T INTEND TO INTRODUCE THEM?

11:40:39 23           MR. O'DONNELL:  NO, YOUR HONOR, THEY'RE JUST

11:41:41 24   DEMONSTRATIVES.

11:42:14 25           MR. EHRLICH:  YOUR HONOR, WE'VE HAD A CHANCE TO LOOK AT

─────────────────── FINAL DAILY COPY ───────────────────

11:42:18 1   THE DEMONSTRATIVE EXHIBIT, AND IT APPEARS TO BE COUNSEL'S EITHER

11:42:22 2   OUTLINE OR QUESTIONS THAT HE INTENDS TO ASK DURING

11:42:25 3   CROSS-EXAMINATION, THAT'S FINE.  BUT IT IS IMPROPER FOR THOSE TO BE

11:42:28 4   PUT UP ON THE BOARD BEFORE THE TRIER OF FACT, YOUR HONOR, AS THOUGH

11:42:32 5   THEY'RE --

11:42:33 6        THE COURT:  I CAN ALWAYS READ IT ON THE REALTIME THING,

11:42:36 7   EITHER WAY.  I FEEL A TEMPEST IN A TEAPOT, BUT, YOU KNOW, I CAN --

11:42:43 8   IF YOU WANT TO ASK YOUR QUESTIONS, I CAN LOOK AT THEM AS THEY APPEAR

11:42:46 9   ON THE REALTIME BOARD BECAUSE I'LL BE LOOKING AT THEM THEN.

11:42:50 10       MR. EHRLICH:  THAT'S FINE, WE CAN HANDLE IT THAT WAY.  WE

11:42:53 11  PREFER THAT, YOUR HONOR.

11:42:54 12       THE COURT:  ALL RIGHT.

11:42:56 13       MR. O'DONNELL:  WE'LL DO IT THAT WAY, YOUR HONOR.

11:42:58 14       THE COURT:  YOU MAY PREFER THAT AND I WILL DECLARE THIS AS

11:43:00 15  AN OFFICIAL TEMPEST IN A TEAPOT.

11:43:07 16       GO AHEAD.  I'LL LOOK AT THE REALTIME INSTEAD OF THE BOARD,

11:43:11 17  PERHAPS MY COMPREHENSION WON'T BE SUBLIMINALLY AFFECTED.  GO AHEAD.

11:43:16 18  BY MR. O'DONNELL:

11:43:17 19  Q.  SIR, YOU TESTIFIED THAT THE CORPS VIEWED -- WITHDRAWN.

11:43:20 20       IN LIGHT OF THE AUTHORIZATION OF THE MRGO TO BE A

11:43:23 21  NAVIGATION OR SHIPPING CHANNEL, CORRECT?

11:43:25 22  A.  I'M SORRY, I DON'T UNDERSTAND THE QUESTION.

11:43:28 23  Q.  CONGRESS AUTHORIZED THE MRGO AS A NAVIGATION OR SHIPPING

11:43:32 24  CHANNEL, RIGHT?

11:43:33 25  A.  YES.

───── FINAL DAILY COPY ─────

11:43:34 1   Q.  AND THE CORPS VIEWED ITS PRIMARY MISSION TO KEEP THAT SHIPPING

11:43:39 2   CHANNEL OPEN TO DEEP-DRAFT TRAFFIC?

11:43:43 3   A.  YES.

11:43:45 4   Q.  AND BUT NOTHING, NOTHING AT ALL PREVENTED THE CORPS FROM GOING

11:43:54 5   TO CONGRESS TO REQUEST A CHANGE IN THE SCOPE OF THAT AUTHORIZATION,

11:43:55 6   CORRECT?

11:43:55 7   A.  THAT'S TRUE, THAT COULD BE DONE.

11:43:59 8   Q.  LET'S CLARIFY SOMETHING.  YOU SAID THE CORPS IS NOT ALLOWED TO

11:44:02 9   LOBBY BUT THE CORPS ROUTINELY SENDS OFFICIAL FORMAL CHIEF'S REPORTS

11:44:07 10  TO CONGRESS, RIGHT?

11:44:08 11  A.  YES.  THOSE CHIEF'S REPORTS THOUGH GENERALLY REQUIRE STUDY

11:44:14 12  AUTHORIZATION AND FUNDING TO PREPARE.

11:44:16 13  Q.  I UNDERSTAND THAT.  BUT THE CHIEF IS NOT LOBBYING CONGRESS, THE

11:44:21 14  CHIEF SUBMITS A REPORT LIKE HOUSE DOCUMENT 245, THE 1951 MRGO REPORT

11:44:26 15  TO CONGRESS, RIGHT?

11:44:28 16  A.  YES.

11:44:29 17  Q.  OKAY.  GOOD.  NOW, BUT THAT NEVER HAPPENED HERE, THE CHIEF OVER

11:44:33 18  THE WHOLE LIFE OF MRGO NEVER WENT TO CONGRESS FOR A CHANGE IN

11:44:37 19  AUTHORIZATION, DID HE?

11:44:43 20          MR. EHRLICH:  OBJECTION, YOUR HONOR, IT'S OUTSIDE THE

11:44:45 21  SCOPE.

11:44:45 22          THE COURT:  OVERRULED.

11:44:47 23          THE WITNESS:  I AM NOT AWARE THE CHIEF OF ENGINEERS

11:44:49 24  SUBMITTED A FORMAL REPORT TO CONGRESS ASKING FOR MODIFICATION FOR

11:44:57 25  BANK PROTECTION.

—— FINAL DAILY COPY ——

11:44:57 1    BY MR. O'DONNELL:

11:44:58 2    Q.  AND ALL OF THE REPORTS THAT YOU'VE IDENTIFIED TODAY AND MORE

11:45:01 3    THAN I CAN SHOW YOU, DEALT WITH A VERY NARROW FOCUS OF LOOKING AT

11:45:08 4    VARIOUS ISSUES LIKE BANK EROSION OR OTHER MITIGATION MEASURES IN THE

11:45:12 5    NARROW PERSPECTIVE OF HOW IT WOULD AFFECT MAINTENANCE DREDGING

11:45:19 6    COSTS, CORRECT?

11:45:23 7    A.  THAT WAS THE PRIMARY, YES, THAT WAS THE PRIMARY REASON, BUT THEY

11:45:26 8    ALSO LOOKED AT THE ECOSYSTEM RESTORATION BENEFITS ALL THROUGH THE

11:45:31 9    REPORT.

11:45:31 10   Q.  THEY NEVER FOUND ANY VALUE TO ECOSYSTEM RESTORATIONS IN TRYING

11:45:36 11   TO CONCLUDE WHETHER THEY COULD GET TO THE PROPER BENEFIT COST RATIO,

11:45:39 12   DID THEY?

11:45:39 13   A.  THAT'S NOT CORRECT.  THEY FOUND VALUE.

11:45:42 14   Q.  WE'LL EXPLORE THAT.  OKAY, SIR?

11:45:44 15   A.  OKAY.

11:45:45 16   Q.  NOW, IN THIS PROCESS OF SOME DECADES THAT THE CORPS LOOKED AT

11:45:52 17   BANK EROSION PROBLEM AND SHOALING AND REDUCING THE MAINTENANCE

11:45:59 18   COSTS, WAS ANY VALUE PUT ON HUMAN LIFE AND PROPERTY IN THAT

11:46:04 19   ANALYSIS?

11:46:06 20   A.  AS WE DISCUSSED BEFORE --

11:46:09 21   Q.  MAY I HAVE A YES OR NO AND THEN YOU CAN EXPLAIN.

11:46:11 22   A.  OKAY.  NO QUANTITY, NO NUMBER WAS PUT ON THE VALUE OF HUMAN

11:46:17 23   LIFE.

11:46:17 24   Q.  HAS THE CORPS --

11:46:17 25            THE COURT:  WAIT, LET HIM FINISH HIS ANSWER.

— FINAL DAILY COPY —

11:46:20  1           THE WITNESS:  NO DOLLAR VALUE WAS PUT ON THE VALUE OF THE

11:46:23  2    HUMAN LIFE, THAT IS CORRECT.

11:46:25  3    BY MR. O'DONNELL:

11:46:26  4    Q.  OR PROPERTY NEARBY THAT MIGHT FLOOD OR LOSE, BE LOST BECAUSE OF

11:46:31  5    EROSION; THAT WASN'T DONE EITHER, WAS IT?

11:46:34  6    A.  THERE WAS AN EVALUATION OF THE COST OF DOING BANK PROTECTION

11:46:40  7    PROPERTY VALUES ASSOCIATED WITH ACQUIRING ADDITIONAL REAL ESTATE,

11:46:44  8    THAT WAS DONE.  SO THERE WAS, IN THE '94 REPORT YOU CAN SEE THERE'S

11:46:51  9    A REAL ESTATE APPENDIX AND IT TALKS ABOUT THE VALUE OF THE MARSH

11:46:59 10    THAT WE'RE PROTECTING IN THERE.

11:46:59 11    Q.  BUT THERE WAS NO EVALUATION IN ANY OF THESE STUDIES ABOUT

11:47:01 12    POTENTIAL MILLIONS OR BILLIONS OF DOLLARS OF DAMAGE THAT MIGHT BE

11:47:04 13    INFLECTED ON PROPERTY IN THE ADJOINING AREA BY A FLOOD, CORRECT?

11:47:08 14    A.  NO, THAT'S OUTSIDE THE SCOPE OF THE STUDY.

11:47:11 15    Q.  RIGHT.  BECAUSE IT'S NOT CONSIDERED WITHIN THE PRIMARY MISSION

11:47:16 16    OF THE CORPS, WHICH IS TO KEEP OPEN A SHIP CHANNEL?

11:47:21 17           THE COURT:  HE IS ASKING YOU, IS THAT CORRECT, I GUESS.

11:47:24 18    BY MR. O'DONNELL:

11:47:25 19    Q.  IS THAT CORRECT?

11:47:26 20    A.  NO, IT'S BECAUSE IT'S OUTSIDE THE STUDY AUTHORITY.

11:47:29 21    Q.  AND THE STUDY AUTHORITY COMES FROM THE PURPOSE OF THE PROJECT

11:47:34 22    WHICH WAS NAVIGATION, RIGHT?

11:47:35 23    A.  WHICH PROJECT ARE YOU TALKING ABOUT, I'M SORRY?

11:47:39 24    Q.  THERE'S ONLY ONE HERE, THE MRGO.

11:47:42 25    A.  WELL, OKAY.  THE STUDIES WERE NOT DONE AS PART OF THE PROJECT,

11:47:46 1   THEY WERE DONE AS PART OF THE STUDY, IN RESPONSE TO THE STUDY

11:47:49 2   RESOLUTION AND THE STUDY AUTHORITY.

11:47:51 3   Q.  LET ME ASK YOU A SECOND PROPOSITION.  IN ORDER TO PROPERLY

11:47:56 4   PERFORM ITS RESPONSIBILITY TO LEGISLATE IN THE PUBLIC INTEREST,

11:48:00 5   WOULD YOU AGREE THAT CONGRESS MUST BE FULLY AND TIMELY INFORMED BY

11:48:03 6   THE CORPS ABOUT PROBLEMS THAT ARE CREATED BY AUTHORIZED PROJECTS

11:48:07 7   LIKE THE MRGO?

11:48:08 8   A.  YES.

11:48:09 9   Q.  WOULD YOU AGREE WITH THIS THIRD PROPOSITION:  THE CORPS HAD A

11:48:14 10  DUTY TO INFORM CONGRESS IN A TIMELY AND ACCURATE MANNER ABOUT THE

11:48:18 11  MRGO'S POTENTIAL DEFECTIVE CONDITIONS SUCH AS DESTRUCTION OF THE

11:48:23 12  WETLANDS?

11:48:24 13  A.  IT WAS PUBLIC KNOWLEDGE --

11:48:26 14          MR. EHRLICH:  OBJECTION, YOUR HONOR, CALLS FOR A LEGAL

11:48:28 15  CONCLUSION.

11:48:29 16          THE COURT:  OVERRULED.  HE'S TALKED ABOUT WHAT WAS DONE

11:48:33 17  WITH THE RECON REPORTS.  AND I HOPE THERE MAY BE ANOTHER WITNESS

11:48:40 18  MORE SPECIFICALLY DESIGNATED FOR THIS, BUT I THINK IT'S A FAIR

11:48:42 19  QUESTION ON CROSS-EXAMINATION BASED ON HIS DIRECT ON WHAT WAS DONE

11:48:47 20  WITH THE RECONNAISSANCE REPORTS IN THE '96 REPORT, WHICH WAS, TO

11:48:52 21  WHOM THE COMMUNICATIONS WERE SENT, WHAT THE OBLIGATIONS WERE TO

11:48:55 22  COMMUNICATE, ET CETERA.

11:48:56 23          GO AHEAD, SIR.

11:48:57 24  BY MR. O'DONNELL:

11:48:57 25  Q.  DO YOU AGREE -- I'LL RESTATE THE QUESTION.  DO YOU AGREE THE

11:49:00 1   CORPS HAD A DUTY TO INFORM CONGRESS IN A TIMELY AND ACCURATE MANNER

11:49:03 2   ABOUT THE MRGO'S POTENTIAL PROBLEMS SUCH AS DESTRUCTION OF THE

11:49:07 3   WETLANDS?

11:49:08 4   A.  I THINK THEY HAD A DUTY BUT LET ME EXPLAIN THAT.  I THINK IT WAS

11:49:13 5   WIDELY UNDERSTOOD WHEN I CAME TO THE CORPS IN 1982 THERE WAS ALREADY

11:49:17 6   A RECOGNITION OF THE EFFECT OF VESSEL WAVE WASH AND STORM -- WIND

11:49:24 7   GENERATED WAVES ON THE CHANNEL.  SO THERE WAS ALREADY VERY APPARENT

11:49:31 8   WIDENING OF THE BANK OF THE MRGO THAT WAS, YOU KNOW, SEEMED TO ME

11:49:37 9   EVERYONE KNEW THAT.  I DON'T KNOW THAT THE CORPS NEEDED TO SHOW THAT

11:49:40 10  TO ANYONE THAT WAS AWARE THAT PEOPLE WERE AWARE OF THAT ISSUE.

11:49:49 11  Q.  BY 1982 NO FORMAL REPORT HAD BEEN SENT BY THE CHIEF OF ENGINEERS

11:49:49 12  TO THE CONGRESS OF THE UNITED STATES ABOUT THIS PROGRESSIVE WIDENING

11:49:52 13  OF THE CHANNEL; IS THAT CORRECT?

11:49:53 14  A.  NO, BUT CONGRESS DID PROVIDE A STUDY AUTHORITY TO ADDRESS IT.

11:49:59 15          MR. O'DONNELL:  OBJECTION, MOVE TO STRIKE AS

11:50:01 16  NONRESPONSIVE.  MAY I RESTATE, YOUR HONOR?

11:50:03 17          THE COURT:  OKAY.  ON THE STRIKING AS NONRESPONSIVE, THAT

11:50:08 18  WAS HIS RESPONSE.  I'LL HAVE TO LOOK AT THE ENTIRE THING TO

11:50:12 19  DETERMINE WHETHER IT WAS NONRESPONSIVE.

11:50:14 20          I AM GOING TO DENY YOUR MOTION TO STRIKE AND YOU MAY

11:50:17 21  REPHRASE.

11:50:18 22  BY MR. O'DONNELL:

11:50:19 23  Q.  ISN'T IT TRUE WHEN YOU ARRIVED AT THE CORPS IN 1982 THE CORPS OF

11:50:22 24  ENGINEERS NEVER SENT A FORMAL CHIEF OF ENGINEERS REPORT TO THE

11:50:24 25  CONGRESS ABOUT THE WIDENING OF THE MRGO?

11:50:26  1    A.  I DON'T KNOW THAT.

11:50:31  2    Q.  YOU AGREE THAT THE CORPS HAD A DUTY TO INFORM CONGRESS IN A

11:50:34  3    TIMELY AND ACCURATE MANNER ABOUT THE MRGO'S PROBLEMS SUCH AS CHANNEL

11:50:38  4    BANK EROSION?

11:50:43  5    A.  YES.  AND THAT INFORMATION WAS PUBLIC KNOWLEDGE AT THE TIME I

11:50:50  6    STARTED THE CORPS IT WAS KNOWLEDGEABLE.

11:50:53  7    Q.  WE'LL EXPLORE THAT.

11:50:54  8         AND FINALLY, DO YOU AGREE THE CORPS HAD A DUTY TO INFORM

11:50:57  9    CONGRESS IN A TIMELY AND ACCURATE MANNER ABOUT THE MRGO'S PROBLEMS

11:51:01 10    SUCH AS THE RISK OF CATASTROPHIC FLOODING?

11:51:05 11    A.  YES.  BUT NONE OF THE THREE REPORTS THAT I DISCUSSED TODAY HAD

11:51:12 12    ANY EVALUATION THAT THAT WAS A POTENTIAL PROBLEM, CATASTROPHIC

11:51:19 13    FLOODING WAS A PROBLEM.

11:51:20 14    Q.  WE'LL EXPLORE THAT.

11:51:23 15         FOURTH PROPOSITION:  BY NO LATER THAN 1988, IS IT NOT A

11:51:28 16    FACT THAT THE ARMY CORPS OF ENGINEERS HAD EXTENSIVE KNOWLEDGE ABOUT

11:51:32 17    WETLANDS DESTRUCTION, CHANNEL BANK EROSION AND WIDENING, THE FUNNEL

11:51:37 18    EFFECT, AND THE RISK OF FLOODING POSED BY THE MRGO?

11:51:45 19         MR. EHRLICH:  OBJECTION, COMPOUND.

11:51:47 20         THE COURT:  OVERRULED.

11:51:49 21         THE WITNESS:  I WOULD LIKE TO SEE HOW YOU DEFINE THOSE

11:51:52 22    THINGS BECAUSE PEOPLE SAY THOSE THINGS AND MEAN DIFFERENT THINGS.

11:51:56 23         HERE IS THE DEAL, TOO.  IN 1990 THE COASTAL WETLANDS

11:52:02 24    PLANNING, PROTECTION AND RESTORATION ACT PREPARED A -- WELL, IT WAS

11:52:08 25    IN '93 THAT WE PREPARED A REPORT, THE RESTORATION PLAN THAT INCLUDED

FINAL DAILY COPY

11:52:15 1    INFORMATION ON ALL OF THE PROBLEMS AND NEEDS AS FAR AS WETLANDS

11:52:19 2    COAST WIDE, AND IT WAS ACKNOWLEDGED IN THAT REPORT THAT THERE'S

11:52:24 3    NUMEROUS AREAS WITHIN COASTAL LOUISIANA THAT WERE -- WHERE MARSH WAS

11:52:29 4    BEING LOST AND THERE WAS A NUMBER OF DIFFERENT REASONS WHY THAT WAS

11:52:33 5    HAPPENING.

11:52:34 6            SO I THINK THAT THERE WAS MORE OF A DISCUSSION ABOUT THAT,

11:52:40 7    AND IN THAT TIME THEY TALKED ABOUT THE MRGO AND BANK EROSION ALONG

11:52:44 8    THE MRGO IN THAT '93 REPORT.  SO I THINK THERE'S REPORTS THAT WERE

11:52:53 9    PREPARED THAT THE CORPS WAS INVOLVED IN AND HAD THAT INFORMATION IN

11:52:53 10   IT.  AND THAT WAS SENT ULTIMATELY, ACCORDING TO THE ACT IT WAS

11:52:59 11   SUPPOSED TO BE PROVIDED TO CONGRESS AND IT WAS FORWARDED TO THE

11:53:03 12   OFFICE OF MANAGEMENT AND BUDGET.

11:53:06 13           THE COURT:  WHICH REPORT WAS THAT?

11:53:07 14           THE WITNESS:  THIS WAS THE 1993, NOVEMBER 1993 COASTAL

11:53:11 15   WETLANDS PLANNING, PROTECTION AND RESTORATION ACT RESTORATION PLAN.

11:53:15 16           THE COURT:  ALL RIGHT.

11:53:15 17   BY MR. O'DONNELL:

11:53:15 18   Q.  DO YOU HAVE ANY EVIDENCE THAT THE OFFICE OF MANAGEMENT AND

11:53:18 19   BUDGET SENT IT TO EITHER OF THE HOUSE AND SENATE COMMITTEES OF

11:53:21 20   JURISDICTION OVER THE ARMY CORPS?

11:53:23 21   A.  I DON'T KNOW.

11:53:23 22   Q.  ISN'T IT TRUE THAT BY NO LATER THAN 1988 THE CORPS HAD EXTENSIVE

11:53:27 23   KNOWLEDGE ABOUT THE IMPACT OF THE MRGO ON CHANNEL BANK EROSION AND

11:53:31 24   WIDENING?

11:53:33 25   A.  YES.

11:53:35 1    Q.  IS IT NOT A FACT THAT BY NO LATER THAN 1988 THE CORPS HAD

11:53:41 2    EXTENSIVE KNOWLEDGE ABOUT THE ALLEGED FUNNEL EFFECT OF THE MRGO?

11:53:45 3    A.  YOU HAVE TO DEFINE WHAT YOU MEAN BY FUNNEL EFFECT.

11:53:49 4    Q.  THE CONJOINING OF REACH 2 WITH THE GIWW REACH 1.

11:53:54 5    A.  I AM NOT SURE WHAT THAT MEANS.

11:53:56 6    Q.  IS IT NOT A FACT THAT NO LATER THAN 1988 THE CORPS HAD KNOWLEDGE

11:54:00 7    ABOUT THE POTENTIAL RISK OF FLOODING POSED BY THE MRGO?

11:54:04 8    A.  COULD YOU RESTATE THE QUESTION?

11:54:10 9    Q.  IS IT NOT A FACT THAT BY NO LATER THAN 1988 THE ARMY CORPS OF

11:54:15 10   ENGINEERS HAD KNOWLEDGE ABOUT THE RISK OF FLOODING POSED BY THE

11:54:18 11   MRGO?

11:54:19 12   A.  I KNOW THAT THERE WAS EVALUATION DONE ABOUT THAT WHEN THE

11:54:23 13   PROJECT WAS ORIGINALLY PLANED AND DESIGNED.

11:54:27 14   Q.  YOU'RE AWARE OF THE SEVERAL REPORTS THAT WERE DONE, SOME THAT

11:54:31 15   YOU PARTICIPATED IN IN THE '80S AND '90S WHICH INDICATED THE CORPS

11:54:37 16   HAD KNOWLEDGE ABOUT THE POTENTIAL RISK OF FLOODING POSED BY THE

11:54:41 17   MRGO?

11:54:41 18            MR. EHRLICH:  OBJECTION, YOUR HONOR, OUTSIDE THE SCOPE.

11:54:44 19            THE COURT:  DENIED.  I WON'T COMMENT BUT IT'S DENIED.  I

11:54:51 20   THINK IT'S WITHIN THE SCOPE OF SOME OF THE REPORTS THAT HE'S TALKED

11:54:54 21   ABOUT.  IF I'M WRONG, IT'LL BE PROVEN LATER ON.

11:54:59 22            THE WITNESS:  IF YOU WOULD RESTATE THE QUESTION, PLEASE.

11:55:02 23   BY MR. O'DONNELL:

11:55:02 24   Q.  SURE.  ISN'T IT A FACT THAT BY NO LATER THAN 1988 THE ARMY CORPS

11:55:06 25   HAD KNOWLEDGE ABOUT THE RISK OF FLOODING POSED BY THE MRGO?

11:55:10 1   A.  I DON'T KNOW.

11:55:14 2   Q.  LET ME GO TO MY FIFTH PROPOSITION:  BEFORE HURRICANE KATRINA, IS

11:55:19 3   IT NOT A FACT THAT THE ARMY CORPS NEVER SUBMITTED A REPORT INFORMING

11:55:24 4   CONGRESS ABOUT THE FULL EXTENT AND IMPLICATIONS OF THE MRGO'S

11:55:29 5   DEFECTS, NEVER RECOMMENDED A COMPREHENSIVE REMEDIATION PLAN, AND

11:55:33 6   NEVER REQUESTED FUNDING TO IMPLEMENT SUCH A COMPREHENSIVE PLAN?

11:55:37 7            MR. EHRLICH:  OBJECTION, YOUR HONOR, COMPOUND AND --

11:55:46 8            THE COURT:  IT IS COMPOUND, IF YOU WOULDN'T MIND BREAKING

11:55:46 9   THOSE THREE DOWN.

11:55:46 10            MR. O'DONNELL:  I WILL, YOUR HONOR.

11:55:46 11   BY MR. O'DONNELL:

11:55:46 12   Q.  IS IT NOT A FACT, SIR, THAT BEFORE HURRICANE KATRINA THE ARMY

11:55:48 13   CORPS NEVER SUBMITTED A REPORT INFORMING CONGRESS ABOUT THE FULL

11:55:52 14   EXTENT AND IMPLICATIONS OF THE MRGO'S DEFECTS THAT WE JUST TALKED

11:55:55 15   ABOUT?

11:55:56 16            MR. EHRLICH:  OBJECTION, YOUR HONOR, OUTSIDE THE SCOPE OF

11:55:59 17   DIRECT.

11:55:59 18            THE COURT:  OVERRULED.

11:56:00 19            THE WITNESS:  I AM NOT AWARE --

11:56:01 20            THE COURT:  I THINK HE TALKED ABOUT THE -- GO AHEAD, IT'S

11:56:06 21   OVERRULED.

11:56:06 22            THE WITNESS:  I AM NOT AWARE OF REPORTS THAT WERE OF THAT

11:56:10 23   COMPREHENSIVE NATURE THAT SPECIFICALLY TRIED TO ADDRESS ISSUES WITH

11:56:14 24   MRGO.

11:56:14 25   BY MR. O'DONNELL:

11:56:15 1    Q.  THANK YOU.  BEFORE KATRINA, IS IT NOT A FACT THAT THE ARMY CORPS

11:56:18 2    NEVER RECOMMENDED A COMPREHENSIVE REMEDIATION PLAN TO THE MRGO TO

11:56:23 3    CONGRESS?

11:56:23 4    A.  I AM NOT AWARE OF ANY.

11:56:25 5    Q.  AND FINALLY, IS IT NOT A FACT THAT BEFORE KATRINA THE ARMY CORPS

11:56:29 6    OF ENGINEERS NEVER REQUESTED FUNDING TO IMPLEMENT SUCH A

11:56:34 7    COMPREHENSIVE PLAN?

11:56:34 8    A.  I DON'T KNOW.

11:56:35 9    Q.  NOW, I BELIEVE IT'S YOUR TESTIMONY, AND AT LEAST IN DEPOSITION,

11:56:38 10   THAT THE 1988 RECONNAISSANCE REPORT, WHICH I'LL DISCUSS PX 9, AND

11:56:44 11   THE 1994 RECONNAISSANCE REPORT WERE NEVER SENT TO CONGRESS?

11:56:51 12   A.  YES, THEY WERE NOT SENT TO CONGRESS NOR SHOULD THEY BE.

11:56:54 13   Q.  THE RECONNAISSANCE REPORT WOULD NOT ORDINARILY BE SENT TO

11:56:58 14   CONGRESS, RIGHT?

11:56:59 15   A.  THAT'S CORRECT.

11:57:00 16   Q.  IN FACT, BY CONTRAST IT IS A CHIEF OF ENGINEERS REPORT THAT IS

11:57:02 17   SENT TO CONGRESS, CORRECT?

11:57:04 18   A.  YES.  IF A CHIEF ENGINEER'S REPORT IS PREPARED ON A PROJECT AND

11:57:10 19   THE CHIEF DOES FORWARD IT, YES, IT CAN BE.

11:57:13 20        MR. O'DONNELL:  I AM A NATURAL BREAKING POINT, YOUR HONOR,

11:57:15 21   DOES THAT MAKE SENSE?

11:57:18 22        THE COURT:  THAT'S A NATURAL BREAKING POINT FOR EVERYONE I

11:57:20 23   THINK.  IS 1:15 APPROPRIATE?

11:57:24 24        MR. EHRLICH:  THAT'S FINE.  YOUR HONOR, WE HAVE THAT LAST

11:57:26 25   EXHIBIT.

11:57:27 1          THE COURT:  YEAH, I WOULD LIKE THAT IN THE RECORD.

11:57:29 2          MR. EHRLICH:  DX 1762 AND IT'S THE PLATE 3 THAT WE

11:57:34 3  DISCUSSED WITH MR. PODANY.

11:57:36 4          THE COURT:  I APPRECIATE THAT, COUNSEL.

11:57:39 5          THANK YOU.  WE ARE IN RECESS UNTIL 1:15.

11:57:44 6      (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

7

8                      *  *  *  *  *  *

9

10                  REPORTER'S CERTIFICATE

11

12      I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES

13  DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY

14  THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF

15  MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

16  THE ABOVE-ENTITLED AND NUMBERED MATTER.

17

18

19

20          KAREN A. IBOS, CCR, RPR, CRR

21          OFFICIAL COURT REPORTER

22

23

24

25

————— FINAL DAILY COPY —————

**'**

**'80S** [1] - 3402:15
**'86** [2] - 3368:15, 3370:8
**'88** [19] - 3346:8, 3346:9, 3353:12, 3354:22, 3358:24, 3364:22, 3364:23, 3365:14, 3366:7, 3366:8, 3366:12, 3366:20, 3368:16, 3371:11, 3372:2, 3384:23, 3388:3, 3388:21, 3388:22
**'89** [1] - 3371:23
**'90S** [1] - 3402:15
**'91** [2] - 3363:2, 3363:7
**'92** [3] - 3363:2, 3363:7, 3365:8
**'93** [11] - 3334:4, 3334:6, 3362:24, 3363:8, 3365:8, 3374:2, 3377:25, 3384:18, 3400:25, 3401:8
**'94** [19] - 3332:22, 3359:21, 3364:20, 3364:23, 3364:24, 3365:1, 3365:8, 3366:3, 3366:6, 3366:8, 3367:17, 3367:25, 3371:24, 3372:2, 3384:23, 3388:2, 3388:19, 3397:8
**'95** [3] - 3374:4, 3378:1, 3388:19
**'96** [19] - 3373:22, 3374:12, 3375:4, 3377:10, 3377:14, 3377:22, 3378:3, 3379:20, 3379:23, 3380:10, 3382:12, 3384:12, 3384:13, 3388:10, 3388:13, 3389:1, 3389:2, 3389:7, 3398:20
**'98** [1] - 3358:24

**0**

**0003** [1] - 3352:15, 3362:2
**003** [2] - 3379:16, 3379:19
**06-CV-2268** [1] - 3306:3

**1**

**1** [7] - 3344:20, 3352:10, 3352:18, 3375:11, 3375:12, 3375:21, 3402:4
**10** [1] - 3355:11
**10,000** [1] - 3327:15
**100** [5] - 3368:19, 3369:6, 3369:18, 3370:17, 3370:20
**1000** [1] - 3306:14
**10022** [1] - 3307:24
**1057** [9] - 3337:1, 3350:19, 3351:1, 3351:19, 3355:11, 3358:3, 3359:22, 3386:13, 3387:16
**1058** [3] - 3365:3, 3367:4, 3368:1
**10:35** [1] - 3363:11
**11** [5] - 3306:4, 3310:2, 3313:16, 3355:11, 3389:2
**1100** [1] - 3306:23
**12** [1] - 3312:14
**1205** [1] - 3307:19
**1261** [1] - 3307:9
**13** [1] - 3325:6
**1366** [1] - 3307:9
**15** [5] - 3328:2, 3328:6, 3328:10, 3328:12, 3390:22
**16** [1] - 3306:9
**17** [1] - 3314:14
**1747** [4] - 3374:14, 3386:5, 3388:8, 3389:11
**1758** [2] - 3390:10
**1759** [2] - 3310:22, 3311:4
**1760** [1] - 3311:1
**1761** [1] - 3363:20
**1762** [1] - 3405:2
**19** [1] - 3312:11
**1900S** [1] - 3317:7
**1951** [1] - 3395:14
**1967** [2] - 3312:10, 3313:4
**1972** [2] - 3312:18, 3313:20
**1978** [1] - 3314:12
**1980'S** [1] - 3329:14
**1982** [5] - 3332:1, 3349:24, 3399:5, 3399:11, 3399:23
**1983** [1] - 3332:22
**1986** [1] - 3371:3
**1987** [2] - 3350:2, 3350:3

**1988** [25] - 3336:24, 3349:22, 3350:6, 3350:18, 3350:21, 3352:2, 3352:9, 3352:21, 3356:16, 3357:14, 3360:16, 3360:17, 3361:4, 3370:22, 3375:5, 3384:10, 3385:10, 3387:16, 3400:15, 3401:22, 3402:1, 3402:6, 3402:9, 3402:24, 3404:10
**1989** [2] - 3316:20, 3366:21
**1990** [14] - 3315:12, 3329:21, 3334:8, 3334:16, 3334:18, 3334:19, 3335:6, 3335:18, 3336:2, 3336:3, 3360:23, 3365:18, 3365:24, 3400:23
**1990'S** [2] - 3326:21, 3329:14
**1991** [5] - 3361:6, 3362:19, 3362:22, 3364:3, 3384:12
**1992** [1] - 3334:4
**1993** [5] - 3324:8, 3362:1, 3364:3, 3401:14
**1994** [14] - 3332:23, 3364:5, 3364:18, 3364:21, 3366:16, 3367:5, 3370:22, 3372:8, 3372:11, 3372:12, 3375:5, 3384:10, 3387:23, 3404:11
**1996** [3] - 3378:5, 3386:3, 3388:8
**1998** [6] - 3321:15, 3324:12, 3326:24, 3328:11, 3330:14, 3380:18
**1999** [2] - 3333:5, 3333:6
**1:15** [2] - 3404:23, 3405:5

**2**

**2** [2] - 3352:23, 3402:4
**20** [2] - 3322:24, 3323:6
**2000** [2] - 3380:18, 3380:25
**2002** [1] - 3333:9
**20044** [1] - 3308:13

**2006** [1] - 3333:11
**2008** [3] - 3380:21, 3381:2, 3381:3
**2009** [2] - 3306:4, 3310:2
**2050** [4] - 3324:5, 3324:14, 3324:17, 3324:21
**2300** [1] - 3313:2
**2400** [1] - 3328:7
**245** [1] - 3395:14
**26** [1] - 3332:19
**2626** [1] - 3307:19
**2655** [1] - 3307:5

**3**

**3** [6] - 3344:20, 3382:11, 3382:15, 3383:10, 3385:24, 3405:2
**30** [1] - 3325:16
**30(B)(6** [2] - 3332:9, 3356:9
**30(B)(6)** [1] - 3391:2
**300** [6] - 3340:13, 3340:14, 3371:7, 3371:9, 3371:10, 3371:13
**3102** [1] - 3363:20
**32** [2] - 3329:23, 3377:20
**325** [1] - 3307:23
**3312/25** [1] - 3309:4
**3326/13** [1] - 3309:5
**3332/3** [1] - 3309:8
**3391/18** [1] - 3309:9
**3400** [1] - 3327:14
**36** [1] - 3367:5
**3668** [1] - 3307:2
**37** [4] - 3312:11, 3330:1, 3330:4, 3367:5

**4**

**404** [2] - 3328:15, 3329:9
**404(B)(1** [1] - 3329:2
**404(B)(1)** [1] - 3329:9
**41** [3] - 3379:24, 3380:18, 3383:13
**4200** [2] - 3327:16, 3354:15
**43** [6] - 3379:24, 3380:18, 3381:4, 3383:13
**44** [4] - 3379:24, 3381:4, 3383:13, 3383:19

**48** [1] - 3393:3

**5**

**5.4** [1] - 3389:9
**50** [3] - 3371:7, 3371:8, 3376:19
**500** [3] - 3308:17, 3329:5
**504** [1] - 3308:18
**51** [1] - 3374:2
**519** [1] - 3307:12
**52** [1] - 3388:8
**53** [1] - 3388:9
**5300** [1] - 3328:8
**54** [5] - 3374:3, 3380:3, 3380:4, 3380:18, 3383:13
**55** [2] - 3384:2, 3389:11
**550** [1] - 3306:13
**556** [1] - 3307:2
**56** [5] - 3376:19, 3380:3, 3380:4, 3380:18, 3383:13
**57TH** [1] - 3307:23
**58** [2] - 3385:22, 3386:13
**589-7776** [1] - 3308:18

**6**

**60** [1] - 3352:10
**60'S** [1] - 3330:9
**600** [2] - 3308:2, 3330:23
**601** [1] - 3307:5
**604** [1] - 3308:2
**610** [1] - 3306:20
**618** [1] - 3307:16

**7**

**70** [1] - 3367:25
**70/30** [1] - 3368:5
**70113** [2] - 3306:17, 3306:21
**70130** [2] - 3308:3, 3308:17
**70130-6004** [1] - 3307:6
**70381** [1] - 3307:20
**70502-3668** [1] - 3307:3
**70726** [1] - 3307:13
**70801-1910** [1] - 3307:16
**70821-1366** [1] - 3307:10
**71** [1] - 3367:25

DAILY COPY

**75219** [1] - 3306:24

**8**

**80,000** [1] - 3325:20
**85/15** [1] - 3368:6
**855** [1] - 3306:17
**88** [1] - 3364:1
**888** [1] - 3308:12

**9**

**9** [1] - 3404:10
**90071-2627** [1] -
3306:14
**95** [1] - 3325:16
**980** [1] - 3358:4
**994** [1] - 3359:22

**A**

**A** [448] - 3307:14,
3308:16, 3310:22,
3311:6, 3311:10,
3312:6, 3312:16,
3313:6, 3313:11,
3313:13, 3313:14,
3313:15, 3313:16,
3313:22, 3314:14,
3314:20, 3314:24,
3315:2, 3315:9,
3315:17, 3315:18,
3316:18, 3316:22,
3317:7, 3317:9,
3317:12, 3317:15,
3317:23, 3318:14,
3318:25, 3319:4,
3319:16, 3319:21,
3320:5, 3320:6,
3320:15, 3320:17,
3320:25, 3321:1,
3321:15, 3321:18,
3321:23, 3322:2,
3322:3, 3322:23,
3323:7, 3323:9,
3323:11, 3323:25,
3324:1, 3324:7,
3324:9, 3324:13,
3324:14, 3324:17,
3324:25, 3325:4,
3325:7, 3325:9,
3325:10, 3325:18,
3326:4, 3326:7,
3326:17, 3327:6,
3327:23, 3328:2,
3328:4, 3328:6,
3328:10, 3328:20,
3328:25, 3329:1,
3329:5, 3330:11,
3330:16, 3331:5,
3331:12, 3331:14,
3331:23, 3332:2,

3333:5, 3333:11,
3333:16, 3333:25,
3334:5, 3334:13,
3334:20, 3334:21,
3334:23, 3334:25,
3335:1, 3335:3,
3335:7, 3335:13,
3335:16, 3335:17,
3335:22, 3336:5,
3336:9, 3336:16,
3337:3, 3337:5,
3337:7, 3337:8,
3337:10, 3337:13,
3337:16, 3337:17,
3337:18, 3337:23,
3338:6, 3338:7,
3338:8, 3338:9,
3338:11, 3338:17,
3338:19, 3338:22,
3338:23, 3339:4,
3339:5, 3339:14,
3339:16, 3339:18,
3339:20, 3339:21,
3340:1, 3340:12,
3340:13, 3340:21,
3340:25, 3341:2,
3341:4, 3341:5,
3341:7, 3341:12,
3341:24, 3342:1,
3342:3, 3342:4,
3342:7, 3342:9,
3342:13, 3342:16,
3342:17, 3342:18,
3342:23, 3343:5,
3343:9, 3343:10,
3343:14, 3343:17,
3343:24, 3344:3,
3344:4, 3344:5,
3344:11, 3344:13,
3344:14, 3344:16,
3344:18, 3345:4,
3345:17, 3345:20,
3345:22, 3346:2,
3346:13, 3346:20,
3347:1, 3347:6,
3347:12, 3347:13,
3347:17, 3348:2,
3348:12, 3348:16,
3348:22, 3349:1,
3349:6, 3349:7,
3349:12, 3349:18,
3350:8, 3350:9,
3351:21, 3352:4,
3352:6, 3352:13,
3352:14, 3352:16,
3352:18, 3352:24,
3353:8, 3353:24,
3354:4, 3354:10,
3354:13, 3354:19,
3355:2, 3355:6,
3355:7, 3355:23,

3356:1, 3357:3,
3357:5, 3357:9,
3357:13, 3357:22,
3358:9, 3358:13,
3358:15, 3358:16,
3358:18, 3358:25,
3359:1, 3359:5,
3359:10, 3359:11,
3359:15, 3360:3,
3360:6, 3360:7,
3360:13, 3360:19,
3360:20, 3360:21,
3360:24, 3361:1,
3361:3, 3361:13,
3361:17, 3361:21,
3361:22, 3362:6,
3362:7, 3363:10,
3363:13, 3363:14,
3363:22, 3364:5,
3364:14, 3365:12,
3365:13, 3365:15,
3365:16, 3365:18,
3366:10, 3366:19,
3367:2, 3367:9,
3367:14, 3367:16,
3367:21, 3368:7,
3368:9, 3368:12,
3368:13, 3368:15,
3368:19, 3368:21,
3368:25, 3369:5,
3369:9, 3369:15,
3369:24, 3370:13,
3370:14, 3370:17,
3370:23, 3371:2,
3371:7, 3371:8,
3371:13, 3371:15,
3371:16, 3371:20,
3372:13, 3372:14,
3373:2, 3373:4,
3373:5, 3373:6,
3373:7, 3373:12,
3373:14, 3374:3,
3374:5, 3374:9,
3374:16, 3374:18,
3374:24, 3374:25,
3375:13, 3375:20,
3375:23, 3376:8,
3376:13, 3376:24,
3377:9, 3377:14,
3377:16, 3377:17,
3377:18, 3378:18,
3379:4, 3379:24,
3380:5, 3380:9,
3381:4, 3381:16,
3381:19, 3382:7,
3382:12, 3382:15,
3382:16, 3382:18,
3382:23, 3383:2,
3383:13, 3383:20,
3383:24, 3384:12,
3384:24, 3385:4,

3385:10, 3385:14,
3385:15, 3385:16,
3385:19, 3385:23,
3386:1, 3386:8,
3386:17, 3386:19,
3386:21, 3386:22,
3387:4, 3387:5,
3387:6, 3387:7,
3387:9, 3387:11,
3387:13, 3388:13,
3389:4, 3390:21,
3390:22, 3391:2,
3391:14, 3391:23,
3392:3, 3392:6,
3392:20, 3393:2,
3393:8, 3393:10,
3393:12, 3393:16,
3393:25, 3394:7,
3394:15, 3394:20,
3394:23, 3395:5,
3395:14, 3395:18,
3395:24, 3396:3,
3396:21, 3397:9,
3397:13, 3397:16,
3398:3, 3398:9,
3398:10, 3398:14,
3398:18, 3399:1,
3399:4, 3399:6,
3399:14, 3399:24,
3400:2, 3400:8,
3400:9, 3400:12,
3400:13, 3400:15,
3400:24, 3400:25,
3401:4, 3401:6,
3402:1, 3402:6,
3402:9, 3402:24,
3403:3, 3403:5,
3403:6, 3403:12,
3403:13, 3404:1,
3404:2, 3404:5,
3404:6, 3404:16,
3404:18, 3404:20,
3404:22, 3405:6,
3405:12, 3405:14,
3405:20

**ABILITY** [2] -
3319:11, 3405:15
**ABLE** [19] - 3317:19,
3317:24, 3319:16,
3320:11, 3324:24,
3344:23, 3366:11,
3368:6, 3368:17,
3370:23, 3373:12,
3373:17, 3375:11,
3375:15, 3379:19,
3380:22, 3385:2,
3387:13, 3388:22
**ABOUT** [90] -
3312:20, 3316:20,
3317:22, 3319:2,
3319:3, 3320:3,

3325:5, 3325:15,
3328:7, 3328:14,
3329:11, 3331:6,
3332:19, 3332:22,
3333:2, 3334:7,
3337:16, 3338:22,
3339:22, 3340:13,
3342:15, 3344:13,
3344:14, 3345:2,
3346:7, 3346:12,
3348:8, 3349:10,
3349:11, 3352:10,
3352:12, 3354:8,
3354:15, 3354:25,
3355:16, 3355:22,
3358:14, 3358:17,
3358:25, 3360:1,
3360:20, 3360:21,
3363:4, 3363:8,
3364:1, 3364:3,
3364:18, 3366:6,
3368:3, 3369:24,
3371:6, 3371:24,
3374:2, 3375:4,
3379:5, 3382:15,
3387:19, 3388:8,
3391:23, 3392:2,
3392:5, 3392:8,
3393:19, 3397:9,
3397:11, 3397:23,
3398:6, 3398:10,
3398:16, 3399:2,
3399:12, 3399:25,
3400:3, 3400:9,
3400:16, 3401:6,
3401:7, 3401:23,
3402:2, 3402:7,
3402:10, 3402:12,
3402:16, 3402:21,
3402:25, 3403:4,
3403:13, 3403:15,
3403:20
**ABOVE** [4] -
3341:20, 3341:21,
3371:17, 3405:16
**ABOVE-ENTITLED**
[1] - 3405:16
**ABSOLUTELY** [2] -
3381:11, 3390:19
**ACCESS** [1] - 3356:1
**ACCOMPLISH** [1] -
3373:17
**ACCOMPLISHED** [1]
- 3385:18
**ACCORDING** [1] -
3401:10
**ACCURACY** [1] -
3320:8
**ACCURATE** [5] -
3358:19, 3398:10,

DAILY COPY

3399:1, 3400:3,
3400:9

**ACCURATELY** [1] -
3384:5

**ACHIEVE** [3] -
3319:8, 3319:16,
3319:17

**ACHIEVEMENT** [3] -
3326:3, 3326:4,
3326:5

**ACKNOWLEDGED**
[1] - 3401:2

**ACQUIRING** [1] -
3397:7

**ACRE** [4] - 3323:2,
3323:3, 3365:15

**ACREAGES** [2] -
3323:8, 3329:3

**ACRES** [18] -
3317:25, 3318:1,
3320:11, 3320:14,
3320:16, 3320:17,
3320:18, 3325:20,
3327:14, 3327:15,
3327:16, 3328:7,
3328:8, 3329:5,
3330:23, 3354:15,
3384:24

**ACRONYM** [1] -
3315:23

**ACROSS** [1] -
3343:21

**ACT** [39] - 3315:12,
3315:14, 3315:19,
3315:23, 3315:24,
3316:1, 3316:3,
3319:10, 3320:24,
3321:24, 3322:8,
3323:6, 3323:14,
3324:7, 3325:19,
3326:7, 3328:15,
3328:23, 3329:16,
3333:8, 3334:19,
3334:21, 3336:2,
3336:4, 3336:6,
3338:16, 3339:24,
3342:7, 3349:18,
3349:20, 3360:23,
3371:3, 3385:16,
3385:18, 3388:17,
3400:24, 3401:10,
3401:15

**ACTION** [1] -
3352:16

**ACTIVITIES** [2] -
3355:18, 3379:13

**ACTUAL** [1] - 3369:8

**ACTUALLY** [35] -
3314:24, 3316:3,
3316:5, 3319:10,

3321:4, 3321:6,
3322:7, 3324:7,
3325:1, 3325:9,
3328:7, 3333:23,
3334:19, 3340:7,
3345:24, 3349:20,
3351:10, 3352:12,
3357:25, 3366:3,
3372:17, 3374:4,
3374:20, 3375:20,
3376:21, 3377:8,
3378:18, 3381:24,
3383:17, 3383:19,
3384:18, 3385:2,
3387:9, 3387:20

**ADD** [5] - 3311:11,
3342:24, 3349:8

**ADDED** [3] -
3359:10, 3374:4,
3378:3

**ADDITION** [3] -
3324:4, 3336:2,
3368:2

**ADDITIONAL** [9] -
3313:8, 3340:25,
3342:19, 3352:3,
3377:8, 3378:2,
3378:13, 3385:1,
3397:7

**ADDITIONS** [1] -
3366:6

**ADDRESS** [8] -
3338:4, 3360:11,
3364:13, 3378:15,
3378:16, 3387:5,
3399:14, 3403:23

**ADDRESSED** [7] -
3329:1, 3346:1,
3346:13, 3350:24,
3356:25, 3360:3,
3360:9

**ADDRESSING** [2] -
3337:22, 3346:25

**ADJOINING** [1] -
3397:13

**ADMINISTER** [1] -
3336:6

**ADMINISTERED** [1] -
3311:15

**ADMINISTRATION**
[10] - 3320:15,
3334:23, 3335:4,
3342:5, 3342:21,
3344:2, 3344:15,
3347:18, 3347:22,
3348:22

**ADMINISTRATION'
S** [1] - 3343:13

**ADMITTED** [1] -
3311:9

**ADVANCE** [1] -
3393:3

**ADVISABILITY** [1] -
3378:12

**AFFECT** [1] - 3396:5

**AFFECTED** [2] -
3346:11, 3394:17

**AFFORD** [2] -
3373:11

**AFFORDABLE** [2] -
3373:15, 3373:16

**AFTER** [10] - 3313:8,
3315:23, 3316:1,
3317:11, 3330:6,
3332:1, 3333:16,
3334:21, 3341:10,
3361:22

**AGAIN** [12] -
3332:14, 3344:24,
3350:19, 3355:11,
3355:15, 3357:5,
3358:9, 3362:2,
3365:24, 3374:5,
3379:16, 3386:13

**AGENCIES** [12] -
3314:23, 3315:6,
3315:10, 3315:13,
3316:2, 3316:14,
3317:20, 3319:8,
3336:8, 3339:23,
3347:17, 3373:8

**AGO** [1] - 3390:22

**AGREE** [9] -
3386:10, 3392:1,
3392:14, 3398:5,
3398:9, 3398:25,
3400:2, 3400:8

**AGREEMENT** [2] -
3319:8, 3319:17

**AHEAD** [13] -
3344:19, 3346:23,
3350:18, 3352:7,
3353:21, 3357:12,
3362:11, 3367:22,
3370:11, 3394:16,
3394:17, 3398:23,
3403:20

**AL** [2] - 3306:2,
3306:5

**ALIGNED** [1] -
3318:5

**ALIGNING** [1] -
3336:10

**ALL** [42] - 3310:9,
3314:16, 3317:18,
3319:22, 3322:19,
3323:15, 3324:10,
3324:17, 3326:9,
3331:6, 3333:15,
3336:16, 3340:9,

3343:11, 3345:1,
3346:21, 3351:13,
3352:24, 3353:5,
3355:18, 3355:25,
3359:25, 3363:4,
3368:16, 3372:5,
3375:8, 3379:3,
3380:17, 3380:21,
3382:6, 3382:7,
3382:21, 3384:13,
3386:16, 3387:6,
3391:3, 3394:12,
3395:4, 3396:2,
3396:8, 3401:1,
3401:16

**ALLEGED** [1] -
3402:2

**ALLOW** [3] - 3320:7,
3348:20, 3354:6

**ALLOWED** [2] -
3389:16, 3395:8

**ALONG** [17] -
3315:12, 3332:7,
3336:21, 3337:20,
3350:22, 3353:23,
3355:16, 3355:20,
3361:16, 3365:23,
3372:4, 3378:7,
3378:13, 3379:5,
3384:10, 3385:17,
3401:7

**ALREADY** [3] -
3311:14, 3399:5,
3399:7

**ALSO** [45] - 3308:1,
3314:2, 3314:3,
3315:23, 3316:15,
3319:25, 3321:1,
3324:4, 3324:19,
3327:21, 3329:4,
3330:19, 3333:5,
3333:17, 3334:3,
3334:22, 3335:4,
3336:4, 3336:6,
3336:13, 3341:6,
3350:23, 3354:8,
3356:3, 3357:10,
3359:19, 3364:16,
3368:2, 3369:12,
3371:23, 3373:9,
3374:1, 3374:21,
3377:23, 3379:9,
3379:24, 3380:3,
3381:23, 3384:1,
3386:24, 3387:23,
3389:13, 3389:25,
3390:22, 3396:8

**ALTERNATIVE** [11] -
3344:15, 3346:2,
3359:2, 3359:4,

3359:7, 3359:15,
3366:16, 3367:9,
3367:12, 3368:3,
3371:16

**ALTERNATIVES** [6]
- 3335:14, 3340:23,
3342:3, 3366:23,
3367:7

**ALTHOUGH** [1] -
3369:5

**ALWAYS** [1] -
3394:6

**AM** [30] - 3315:21,
3317:15, 3326:16,
3332:16, 3333:11,
3336:25, 3344:22,
3348:19, 3354:24,
3358:3, 3358:25,
3362:11, 3367:4,
3370:10, 3381:17,
3382:11, 3383:11,
3383:19, 3384:8,
3391:12, 3391:23,
3392:22, 3393:18,
3395:23, 3399:20,
3402:5, 3403:19,
3403:22, 3404:4,
3404:20

**AMENDING** [1] -
3392:8

**AMERICA** [1] -
3306:5

**AMIN** [1] - 3308:6

**AMOUNT** [4] -
3310:9, 3320:1,
3327:22, 3383:4

**AN** [47] - 3310:8,
3311:10, 3312:8,
3312:10, 3314:5,
3316:24, 3319:17,
3320:23, 3326:2,
3326:24, 3328:23,
3335:13, 3335:15,
3337:17, 3337:20,
3338:3, 3338:19,
3338:20, 3338:23,
3339:2, 3343:9,
3346:14, 3349:20,
3350:16, 3351:8,
3357:2, 3357:3,
3358:20, 3359:3,
3359:19, 3359:21,
3360:18, 3362:12,
3366:16, 3367:9,
3368:3, 3371:16,
3371:24, 3373:19,
3374:16, 3374:18,
3375:8, 3381:23,
3389:3, 3394:15,
3397:6

**ANALYSIS** [11] - 3340:21, 3342:2, 3342:3, 3345:12, 3346:3, 3354:24, 3359:19, 3359:20, 3367:10, 3371:16, 3396:19

**ANALYSTS** [1] - 3333:22

**AND** [664] - 3310:6, 3310:7, 3310:9, 3310:10, 3310:11, 3310:12, 3310:16, 3310:18, 3310:21, 3311:1, 3311:2, 3311:3, 3311:6, 3311:7, 3311:10, 3311:15, 3311:18, 3311:20, 3312:2, 3312:8, 3312:15, 3312:16, 3312:18, 3312:19, 3312:22, 3313:3, 3313:5, 3313:6, 3313:8, 3313:11, 3313:13, 3313:18, 3313:21, 3313:23, 3313:25, 3314:1, 3314:3, 3314:7, 3314:8, 3314:13, 3314:15, 3314:19, 3314:21, 3314:22, 3314:23, 3314:24, 3315:1, 3315:2, 3315:5, 3315:9, 3315:10, 3315:14, 3315:16, 3316:5, 3316:6, 3316:7, 3316:10, 3316:13, 3316:14, 3316:15, 3316:16, 3316:21, 3316:22, 3316:24, 3317:3, 3317:8, 3317:11, 3317:13, 3317:14, 3317:15, 3317:16, 3317:17, 3317:21, 3317:23, 3317:24, 3318:1, 3318:2, 3318:4, 3318:8, 3318:9, 3318:18, 3318:19, 3318:20, 3318:22, 3318:23, 3318:24, 3318:25, 3319:4, 3319:5, 3319:6, 3319:10, 3319:11, 3319:12, 3319:14, 3319:15, 3319:20, 3319:21, 3320:3, 3320:4, 3320:5, 3320:6, 3320:11, 3320:17,

3320:18, 3320:25, 3321:1, 3321:5, 3321:16, 3321:18, 3321:19, 3321:20, 3321:21, 3321:22, 3321:23, 3322:1, 3322:3, 3322:4, 3322:5, 3322:6, 3322:7, 3322:9, 3322:14, 3322:15, 3322:17, 3322:21, 3322:23, 3322:24, 3322:25, 3323:3, 3323:7, 3323:10, 3323:12, 3323:13, 3323:14, 3323:15, 3323:17, 3323:19, 3323:21, 3323:22, 3324:4, 3324:8, 3324:9, 3324:10, 3324:11, 3324:12, 3324:13, 3324:14, 3324:15, 3324:16, 3324:17, 3324:18, 3324:19, 3324:22, 3324:24, 3325:1, 3325:2, 3325:3, 3325:6, 3325:9, 3325:13, 3325:14, 3325:15, 3325:16, 3325:22, 3325:23, 3326:7, 3326:8, 3326:16, 3326:21, 3327:3, 3327:8, 3327:12, 3327:13, 3327:14, 3327:15, 3327:16, 3327:21, 3327:22, 3327:23, 3328:1, 3328:6, 3328:10, 3328:11, 3328:12, 3328:14, 3328:24, 3329:1, 3329:3, 3329:5, 3329:8, 3329:12, 3329:18, 3329:19, 3329:20, 3329:23, 3330:6, 3330:9, 3330:11, 3330:13, 3330:17, 3330:22, 3330:24, 3331:8, 3331:13, 3331:18, 3331:20, 3332:4, 3332:8, 3332:9, 3332:18, 3332:23, 3332:25, 3333:1, 3333:3, 3333:7, 3333:8, 3333:14, 3333:18, 3333:20, 3333:22, 3333:23, 3334:4, 3334:5, 3334:16, 3334:21,

3334:22, 3335:4, 3335:8, 3335:10, 3335:17, 3335:18, 3336:1, 3336:3, 3336:4, 3336:9, 3336:14, 3336:16, 3337:10, 3337:11, 3337:14, 3337:16, 3337:19, 3338:6, 3338:7, 3338:10, 3338:12, 3338:15, 3339:10, 3339:12, 3339:14, 3339:23, 3339:24, 3340:4, 3340:7, 3340:8, 3340:22, 3341:6, 3341:7, 3341:11, 3341:12, 3341:16, 3341:20, 3341:24, 3341:25, 3342:2, 3342:4, 3342:6, 3342:9, 3342:13, 3342:15, 3342:18, 3342:21, 3342:24, 3343:11, 3343:22, 3344:3, 3344:5, 3344:9, 3344:10, 3344:16, 3344:20, 3344:25, 3345:16, 3345:25, 3346:3, 3346:8, 3346:16, 3346:17, 3346:21, 3346:24, 3347:1, 3347:8, 3347:17, 3347:20, 3347:22, 3348:8, 3348:10, 3348:12, 3348:20, 3348:24, 3349:4, 3349:7, 3349:11, 3349:14, 3349:22, 3349:25, 3350:17, 3350:18, 3350:19, 3350:22, 3350:23, 3351:1, 3351:2, 3351:8, 3351:12, 3351:19, 3351:23, 3351:25, 3352:2, 3352:4, 3352:12, 3352:14, 3352:15, 3352:19, 3352:21, 3353:4, 3353:5, 3353:15, 3353:23, 3354:1, 3354:4, 3354:5, 3354:11, 3354:16, 3354:17, 3354:18, 3355:3, 3355:4, 3355:11, 3355:17, 3355:18, 3355:20, 3355:24, 3356:2, 3356:3, 3356:10, 3357:2,

3357:12, 3357:23, 3358:1, 3358:9, 3358:13, 3358:20, 3359:9, 3359:18, 3359:20, 3359:22, 3360:19, 3360:23, 3361:1, 3361:7, 3361:10, 3361:14, 3361:17, 3361:18, 3361:19, 3361:22, 3361:23, 3361:25, 3362:11, 3362:16, 3363:8, 3363:19, 3363:21, 3363:22, 3364:1, 3364:3, 3364:11, 3364:22, 3365:6, 3365:15, 3365:20, 3365:21, 3366:1, 3366:2, 3366:19, 3366:21, 3366:24, 3367:2, 3367:4, 3367:5, 3367:9, 3367:19, 3367:21, 3367:23, 3367:25, 3368:2, 3368:4, 3368:5, 3368:7, 3368:9, 3368:13, 3368:16, 3368:20, 3368:24, 3369:1, 3369:13, 3369:15, 3369:17, 3369:22, 3369:24, 3370:2, 3370:5, 3370:17, 3370:24, 3371:1, 3371:4, 3371:11, 3371:18, 3371:23, 3372:1, 3372:2, 3372:14, 3373:1, 3373:6, 3373:7, 3373:8, 3373:9, 3373:12, 3373:18, 3373:23, 3373:24, 3374:3, 3374:5, 3374:11, 3374:12, 3374:16, 3374:18, 3374:22, 3374:24, 3375:1, 3375:5, 3375:10, 3375:13, 3375:16, 3375:19, 3375:21, 3375:25, 3376:6, 3376:8, 3376:10, 3376:12, 3376:16, 3376:19, 3376:21, 3376:23, 3376:24, 3377:2, 3377:3, 3377:4, 3377:8, 3377:10, 3377:19, 3377:20, 3378:3, 3378:11, 3378:14, 3378:15, 3378:17,

3378:18, 3379:4, 3379:5, 3379:9, 3379:13, 3379:24, 3379:25, 3380:2, 3380:3, 3380:4, 3380:12, 3380:14, 3380:15, 3380:20, 3380:21, 3380:22, 3380:24, 3381:4, 3381:7, 3381:12, 3381:20, 3381:21, 3381:22, 3381:23, 3382:1, 3382:4, 3382:12, 3382:23, 3383:1, 3383:4, 3383:6, 3383:13, 3383:14, 3383:19, 3383:21, 3383:25, 3384:6, 3384:10, 3384:19, 3384:22, 3384:23, 3385:4, 3385:7, 3385:11, 3385:19, 3385:20, 3385:22, 3386:19, 3386:22, 3386:24, 3387:1, 3387:5, 3387:13, 3387:20, 3387:23, 3388:1, 3388:6, 3388:9, 3388:16, 3388:17, 3388:19, 3388:20, 3388:22, 3389:5, 3389:10, 3389:11, 3389:12, 3389:21, 3389:24, 3390:1, 3390:3, 3390:8, 3390:10, 3390:22, 3390:25, 3391:7, 3391:10, 3391:13, 3391:22, 3391:23, 3392:14, 3392:16, 3392:25, 3393:4, 3393:5, 3393:21, 3394:1, 3394:14, 3395:1, 3395:4, 3395:12, 3396:2, 3396:17, 3396:18, 3396:21, 3397:9, 3397:21, 3398:2, 3398:5, 3398:10, 3398:17, 3399:1, 3399:6, 3399:20, 3400:3, 3400:5, 3400:8, 3400:9, 3400:17, 3400:18, 3400:22, 3400:24, 3401:1, 3401:2, 3401:4, 3401:7, 3401:9, 3401:10, 3401:11, 3401:12, 3401:15, 3401:18,

3401:19, 3401:23, 3402:13, 3402:15, 3403:4, 3403:5, 3403:7, 3403:14, 3404:5, 3404:9, 3404:10, 3404:18, 3405:2, 3405:14, 3405:15, 3405:16

**ANDRY** [7] - 3306:19, 3306:19, 3309:5, 3326:13, 3326:16, 3330:2, 3331:1

**ANGELES** [1] - 3306:14

**ANIMALS** [1] - 3323:13

**ANNOTATION** [1] - 3353:19

**ANNUAL** [3] - 3349:20, 3353:25, 3361:11

**ANOTHER** [11] - 3317:12, 3342:23, 3364:4, 3364:13, 3367:1, 3374:10, 3378:24, 3388:1, 3391:1, 3398:17

**ANSWER** [8] - 3343:25, 3344:23, 3348:20, 3350:19, 3354:19, 3373:9, 3379:15, 3396:25

**ANTICIPATED** [1] - 3374:6

**ANY** [23] - 3313:8, 3318:23, 3324:24, 3329:12, 3331:1, 3331:2, 3340:4, 3343:15, 3343:20, 3345:4, 3345:22, 3347:13, 3347:23, 3356:20, 3359:8, 3386:24, 3387:3, 3396:10, 3396:18, 3397:11, 3400:12, 3401:18, 3404:4

**ANYBODY** [2] - 3320:18, 3367:15

**ANYMORE** [1] - 3316:9

**ANYONE** [7] - 3340:4, 3350:6, 3373:8, 3386:25, 3388:21, 3390:4, 3399:10

**ANYTHING** [5] - 3323:20, 3323:24, 3343:23, 3360:15, 3366:8

**ANYWAY** [4] - 3348:14, 3348:25, 3349:5, 3358:18

**APOLOGIZE** [1] - 3351:10

**APPARENT** [1] - 3399:7

**APPEAR** [1] - 3394:8

**APPEARANCES** [1] - 3306:11

**APPEARS** [2] - 3315:21, 3394:1

**APPENDIX** [6] - 3359:21, 3371:24, 3387:16, 3387:18, 3388:3, 3397:9

**APPLICABLE** [1] - 3339:13

**APPRAISAL** [3] - 3351:8, 3351:11, 3351:14

**APPRAISE** [2] - 3351:3, 3351:23

**APPRAISING** [1] - 3351:12

**APPRECIATE** [4] - 3310:12, 3356:14, 3363:21, 3405:4

**APPRISE** [2] - 3351:4, 3351:6

**APPRISING** [1] - 3351:12

**APPROACH** [1] - 3390:24

**APPROPRIATE** [4] - 3319:17, 3346:18, 3361:6, 3404:23

**APPROPRIATED** [1] - 3349:25

**APPROPRIATELY** [1] - 3351:14

**APPROPRIATES** [1] - 3349:20

**APPROPRIATION** [1] - 3361:10

**APPROPRIATIONS** [4] - 3338:16, 3349:15, 3349:20, 3389:17

**APPROVAL** [6] - 3341:11, 3341:25, 3342:6, 3375:16, 3377:9, 3377:11

**APPROVE** [1] - 3348:22

**APPROVED** [4] - 3357:11, 3370:16, 3370:18, 3370:19

**APPROXIMATELY** [4] - 3352:19, 3362:14, 3362:19, 3374:3

**ARBITER** [1] - 3392:15

**ARCHAEOLOGIST S** [1] - 3339:19

**ARE** [65] - 3310:22, 3311:5, 3312:19, 3317:19, 3318:5, 3318:6, 3318:7, 3318:16, 3318:22, 3319:2, 3319:15, 3322:13, 3322:20, 3323:8, 3323:21, 3324:24, 3325:3, 3326:9, 3329:3, 3331:7, 3332:14, 3333:20, 3336:24, 3341:1, 3342:15, 3344:7, 3345:4, 3345:17, 3346:1, 3346:5, 3346:21, 3347:18, 3347:20, 3347:21, 3350:24, 3355:4, 3355:11, 3357:1, 3357:24, 3357:25, 3358:4, 3358:5, 3358:6, 3358:9, 3360:7, 3363:5, 3368:15, 3369:14, 3370:1, 3370:2, 3376:2, 3379:4, 3379:19, 3381:10, 3381:24, 3383:6, 3383:22, 3386:23, 3387:1, 3393:10, 3393:19, 3397:23, 3398:6, 3405:5

**AREA** [27] - 3312:9, 3313:3, 3324:20, 3324:22, 3335:15, 3338:12, 3340:10, 3344:25, 3352:8, 3352:10, 3352:12, 3352:16, 3352:19, 3353:13, 3354:23, 3355:1, 3355:19, 3379:10, 3379:19, 3379:21, 3380:6, 3380:9, 3380:17, 3381:5, 3383:1, 3397:13

**AREAS** [13] - 3329:12, 3353:5, 3354:2, 3354:3, 3357:21, 3383:6, 3383:16, 3383:23, 3385:1, 3385:2, 3385:3, 3389:24, 3401:3

**AREN'T** [1] - 3328:24

**ARGUED** [1] - 3330:17

**ARMY** [11] - 3332:16, 3339:12, 3348:1, 3400:16, 3401:20, 3402:9, 3402:24, 3403:3, 3403:12, 3404:1, 3404:5

**AROUND** [9] - 3316:15, 3322:4, 3330:9, 3336:2, 3352:11, 3352:16, 3361:6, 3363:2

**ARRIVAL** [1] - 3334:12

**ARRIVED** [2] - 3332:20, 3399:23

**ARTS** [1] - 3312:16

**AS** [115] - 3310:7, 3311:4, 3311:19, 3312:13, 3314:3, 3314:13, 3315:21, 3316:10, 3316:11, 3318:19, 3319:6, 3327:6, 3328:18, 3329:8, 3329:16, 3330:8, 3330:25, 3331:18, 3332:8, 3332:21, 3333:5, 3333:6, 3333:21, 3336:6, 3336:16, 3338:10, 3338:20, 3338:23, 3340:25, 3343:18, 3345:6, 3346:2, 3346:13, 3347:15, 3347:16, 3347:19, 3350:11, 3353:22, 3354:9, 3354:23, 3355:20, 3356:9, 3357:20, 3358:23, 3359:10, 3359:15, 3359:17, 3361:1, 3361:11, 3364:24, 3365:13, 3365:16, 3366:10, 3366:12, 3366:16, 3366:19, 3366:21, 3369:4, 3371:1, 3372:1, 3373:19, 3374:7, 3374:24, 3375:8, 3377:4, 3377:6, 3377:14, 3378:1, 3379:3, 3379:5, 3379:7, 3379:10, 3380:9, 3381:13, 3382:17, 3385:10, 3385:15, 3385:19, 3386:1, 3386:8, 3388:18, 3389:23, 3391:10,

3392:16, 3394:4, 3394:8, 3394:14, 3394:23, 3396:20, 3397:25, 3398:1, 3398:11, 3399:2, 3399:15, 3399:17, 3400:3, 3400:10, 3401:1

**ASHLEY** [1] - 3308:2

**ASK** [16] - 3326:17, 3334:7, 3337:19, 3343:15, 3358:25, 3363:19, 3377:20, 3379:15, 3380:14, 3380:15, 3382:15, 3387:12, 3391:23, 3394:2, 3394:8, 3398:3

**ASKED** [12] - 3320:21, 3320:22, 3320:23, 3320:24, 3357:21, 3360:6, 3372:17, 3373:2, 3373:8

**ASKING** [7] - 3329:19, 3338:11, 3347:6, 3348:21, 3393:1, 3395:24, 3397:17

**ASKS** [1] - 3386:24

**ASPECT** [3] - 3349:12, 3367:12, 3384:23

**ASSESS** [3] - 3320:8, 3320:11, 3326:25

**ASSESSMENT** [3] - 3320:23, 3323:10, 3323:23

**ASSESSMENTS** [2] - 3313:25, 3345:3

**ASSISTANCE** [1] - 3337:19

**ASSISTANT** [5] - 3332:3, 3333:3, 3333:8, 3339:11, 3348:1

**ASSISTED** [1] - 3364:8

**ASSOCIATED** [7] - 3327:9, 3330:13, 3330:14, 3337:11, 3365:15, 3378:20, 3397:7

**ASSOCIATES** [2] - 3306:12, 3307:7

**ASSOCIATION** [1] - 3388:18

**ASSUMED** [1] - 3328:11

**ASSUMING** [1] - 3393:21

**ASSURANCES** [2] - 3369:14, 3370:15

**AT** [138] - 3313:2, 3313:11, 3313:15, 3313:18, 3313:21, 3314:8, 3314:11, 3314:19, 3315:5, 3315:21, 3319:20, 3320:3, 3320:4, 3322:25, 3323:5, 3323:11, 3323:13, 3323:14, 3323:19, 3324:10, 3324:18, 3329:18, 3332:2, 3332:4, 3332:6, 3332:20, 3334:3, 3335:22, 3337:10, 3337:21, 3338:2, 3338:7, 3338:19, 3339:21, 3340:19, 3340:21, 3342:1, 3342:10, 3343:8, 3344:14, 3344:17, 3345:1, 3345:12, 3347:14, 3350:12, 3350:21, 3353:18, 3356:6, 3356:17, 3356:19, 3356:21, 3356:23, 3357:3, 3357:5, 3358:1, 3358:17, 3359:3, 3359:5, 3359:6, 3359:8, 3359:9, 3359:22, 3359:24, 3360:20, 3360:21, 3360:24, 3361:2, 3361:4, 3363:10, 3365:14, 3365:16, 3365:19, 3365:21, 3366:1, 3366:19, 3366:22, 3366:24, 3367:10, 3367:12, 3367:14, 3367:25, 3368:6, 3368:23, 3369:2, 3369:16, 3370:1, 3370:3, 3370:19, 3370:25, 3371:7, 3371:8, 3371:18, 3371:21, 3371:25, 3372:3, 3373:11, 3373:23, 3373:24, 3374:14, 3375:6, 3375:12, 3376:21, 3377:18, 3377:20, 3379:6, 3379:9, 3379:16, 3379:21, 3379:22, 3382:12, 3385:18, 3385:22, 3386:8,

3386:13, 3386:16, 3386:25, 3387:12, 3387:16, 3387:17, 3388:8, 3389:3, 3389:6, 3390:4, 3393:25, 3394:8, 3394:9, 3394:16, 3395:4, 3396:3, 3396:8, 3396:16, 3399:18, 3399:23, 3400:5, 3404:9

**ATCHAFALAYA** [2] - 3314:16, 3314:18

**ATTACHED** [3] - 3358:1, 3358:2, 3358:6

**ATTEMPT** [2] - 3376:17, 3389:3

**ATTEMPTED** [1] - 3365:20

**ATTEND** [1] - 3317:15

**ATTENDED** [1] - 3312:15

**ATTENTION** [1] - 3375:19

**ATTORNEY** [1] - 3310:8

**ATTORNEYS** [1] - 3310:8

**AUDUBON** [1] - 3317:15

**AUTHOR** [1] - 3320:24

**AUTHORITIES** [3] - 3334:14, 3338:2, 3338:6

**AUTHORITY** [31] - 3319:12, 3329:15, 3329:16, 3329:17, 3329:21, 3337:20, 3338:3, 3339:1, 3339:4, 3339:10, 3339:12, 3340:2, 3349:19, 3350:12, 3350:16, 3350:17, 3356:18, 3356:19, 3356:24, 3357:5, 3370:19, 3375:20, 3377:25, 3386:20, 3392:11, 3397:20, 3397:21, 3398:2, 3399:14

**AUTHORIZATION** [17] - 3321:12, 3349:2, 3349:11, 3349:12, 3349:14, 3349:17, 3361:10, 3364:20, 3364:21, 3364:25, 3365:6, 3389:17,

3394:20, 3395:5, 3395:12, 3395:19

**AUTHORIZATIONS** [4] - 3342:13, 3375:22, 3375:23, 3376:3

**AUTHORIZE** [7] - 3320:21, 3338:17, 3338:19, 3338:23, 3342:7, 3361:7, 3376:8

**AUTHORIZED** [11] - 3334:22, 3336:4, 3349:23, 3349:24, 3361:19, 3372:2, 3374:23, 3375:1, 3384:11, 3394:23, 3398:6

**AUTHORIZING** [2] - 3392:3, 3392:5

**AVAILABILITY** [1] - 3380:21

**AVAILABLE** [13] - 3347:20, 3373:23, 3375:17, 3376:24, 3377:4, 3377:7, 3378:7, 3378:13, 3380:22, 3385:1, 3388:25, 3389:10, 3390:1

**AVENUE** [2] - 3306:23, 3307:12

**AVOID** [1] - 3390:21

**AWARD** [5] - 3326:2, 3326:5, 3326:6, 3326:7, 3335:6

**AWARDS** [1] - 3325:25

**AWARE** [8] - 3376:11, 3395:23, 3399:10, 3402:14, 3403:19, 3403:22, 3404:4

**AWAY** [2] - 3322:10, 3358:4

---

**B**

**B** [1] - 3306:19

**BACHELOR'S** [2] - 3312:16, 3313:6

**BACK** [9] - 3313:12, 3317:7, 3337:23, 3341:12, 3343:1, 3356:18, 3373:10, 3377:25, 3384:8

**BACKGROUND** [1] - 3334:2

**BAEZA** [1] - 3308:5

**BALANCING** [1] - 3392:15

**BANK** [58] - 3320:17,

3322:2, 3328:6, 3328:10, 3328:12, 3329:5, 3330:24, 3332:6, 3336:19, 3336:21, 3350:22, 3352:21, 3353:8, 3353:9, 3353:13, 3353:14, 3353:17, 3355:20, 3356:21, 3357:8, 3360:25, 3361:16, 3362:14, 3364:4, 3364:13, 3364:14, 3365:22, 3367:17, 3367:20, 3371:21, 3372:4, 3373:25, 3374:11, 3375:12, 3377:3, 3377:8, 3377:24, 3378:6, 3378:7, 3378:18, 3379:7, 3379:23, 3379:24, 3384:17, 3384:25, 3385:17, 3389:9, 3395:25, 3396:4, 3396:17, 3397:6, 3399:8, 3400:4, 3400:17, 3401:7, 3401:23

**BANKS** [3] - 3320:16, 3350:23, 3353:23

**BARATARIA** [4] - 3316:21, 3318:13, 3324:14, 3329:12

**BARATARIA-TERREBONNE** [1] - 3316:21

**BARON** [1] - 3306:22

**BARONNE** [2] - 3306:17, 3306:20

**BASED** [15] - 3342:13, 3342:24, 3344:15, 3353:25, 3367:19, 3368:3, 3368:17, 3368:22, 3370:25, 3371:2, 3373:4, 3374:20, 3375:15, 3380:21, 3398:19

**BASICALLY** [10] - 3324:16, 3337:14, 3354:2, 3357:12, 3365:19, 3366:23, 3367:7, 3372:12, 3373:22, 3384:24

**BASIN** [7] - 3317:6, 3317:8, 3324:10, 3324:14, 3324:15, 3326:8, 3388:16

**BASIS** [1] - 3361:1

**BATES** [2] - 3358:4, 3359:22

**BATON** [2] - 3307:10, 3307:16

**BAY** [2] - 3318:13, 3329:12

**BAYOU** [3] - 3322:3, 3381:12, 3381:19

**BAYOUS** [1] - 3381:24

**BE** [160] - 3310:5, 3311:8, 3312:20, 3314:2, 3317:5, 3318:14, 3319:22, 3319:23, 3319:25, 3320:1, 3322:12, 3322:22, 3323:4, 3323:5, 3323:22, 3326:20, 3334:20, 3335:2, 3335:5, 3335:8, 3335:9, 3335:14, 3336:10, 3336:21, 3337:9, 3337:12, 3338:1, 3338:15, 3339:9, 3339:12, 3339:15, 3339:18, 3339:20, 3339:21, 3339:22, 3339:23, 3339:25, 3340:1, 3341:10, 3341:21, 3342:4, 3342:5, 3342:12, 3342:17, 3342:19, 3342:23, 3343:12, 3343:22, 3344:5, 3344:12, 3344:17, 3344:23, 3345:4, 3345:19, 3346:1, 3346:25, 3347:7, 3347:13, 3347:15, 3347:17, 3347:25, 3348:8, 3348:14, 3351:10, 3352:11, 3352:20, 3352:24, 3355:3, 3356:1, 3356:4, 3357:7, 3357:11, 3357:20, 3357:23, 3358:1, 3358:11, 3358:18, 3358:19, 3358:23, 3360:3, 3360:9, 3360:14, 3360:25, 3363:8, 3363:12, 3363:16, 3364:13, 3366:5, 3366:25, 3368:4, 3368:5, 3368:7, 3368:22, 3369:2, 3369:10, 3369:24, 3370:4, 3370:8,

3370:23, 3370:25, 3371:10, 3373:4, 3373:5, 3373:18, 3373:24, 3374:4, 3374:25, 3375:7, 3376:1, 3376:21, 3377:3, 3378:18, 3379:16, 3379:22, 3380:9, 3381:3, 3382:8, 3382:17, 3382:18, 3382:22, 3382:23, 3382:24, 3383:2, 3383:5, 3383:11, 3384:20, 3384:21, 3384:25, 3385:1, 3385:2, 3385:4, 3385:5, 3385:15, 3385:17, 3386:17, 3386:19, 3387:5, 3387:6, 3388:20, 3393:2, 3393:21, 3394:1, 3394:3, 3394:9, 3394:17, 3394:20, 3395:7, 3397:4, 3397:12, 3398:5, 3398:17, 3401:11, 3402:21, 3404:12, 3404:13, 3404:19

**BEACH** [2] - 3352:24, 3353:4

**BECAME** [9] - 3314:8, 3314:12, 3316:17, 3322:5, 3332:24, 3333:8, 3350:12, 3359:9, 3390:21

**BECAUSE** [30] - 3310:8, 3315:13, 3316:20, 3318:25, 3322:20, 3322:24, 3324:2, 3325:19, 3329:7, 3329:15, 3339:14, 3350:12, 3355:22, 3356:4, 3356:9, 3360:18, 3364:12, 3368:15, 3368:21, 3373:3, 3374:5, 3380:1, 3383:22, 3387:25, 3392:24, 3394:9, 3397:4, 3397:15, 3397:20, 3400:22

**BECOME** [2] - 3345:24, 3356:10

**BEEN** [59] - 3310:8, 3310:11, 3311:14, 3312:10, 3312:23, 3313:4, 3313:16, 3316:14, 3316:23,

3317:16, 3318:2, 3320:22, 3321:5, 3322:3, 3322:8, 3325:20, 3327:16, 3332:18, 3334:11, 3334:13, 3334:16, 3334:18, 3340:7, 3342:18, 3343:11, 3344:9, 3344:21, 3348:3, 3349:10, 3351:12, 3355:2, 3359:1, 3359:13, 3359:15, 3360:6, 3362:6, 3362:13, 3364:1, 3365:18, 3366:8, 3368:17, 3369:4, 3369:15, 3374:6, 3379:10, 3380:6, 3381:13, 3381:14, 3381:21, 3381:22, 3385:20, 3385:21, 3388:22, 3388:24, 3391:14, 3399:11

**BEFORE** [25] - 3306:8, 3312:13, 3314:16, 3316:19, 3319:11, 3321:13, 3329:21, 3330:6, 3335:18, 3337:2, 3350:3, 3350:4, 3357:19, 3360:4, 3379:11, 3385:23, 3389:6, 3389:12, 3393:17, 3394:4, 3396:20, 3403:2, 3403:12, 3404:1, 3404:5

**BEGAN** [4] - 3312:17, 3315:24, 3334:23, 3366:22

**BEGIN** [5] - 3313:18, 3320:1, 3325:13, 3349:21, 3349:25

**BEGINNING** [4] - 3339:21, 3344:11, 3358:1, 3386:16

**BEGINNINGS** [1] - 3359:17

**BEGINS** [1] - 3375:21

**BEGUN** [4] - 3350:3, 3354:17, 3354:19, 3363:1

**BEHALF** [1] - 3330:11

**BEHIND** [1] - 3385:3

**BEING** [7] - 3323:22, 3335:3, 3352:6, 3360:5, 3368:19,

3379:7, 3401:4

**BEINGS** [2] - 3345:3, 3345:19

**BELIEF** [1] - 3370:23

**BELIEVE** [1] - 3404:9

**BELOW** - 3344:6

**BENEFIT** [10] - 3344:4, 3345:5, 3345:6, 3345:12, 3346:1, 3351:25, 3371:16, 3371:17, 3375:8, 3396:11

**BENEFIT-COST** [2] - 3371:16, 3371:17

**BENEFITS** [14] - 3322:19, 3322:23, 3345:14, 3365:14, 3365:17, 3367:19, 3368:16, 3368:18, 3368:24, 3370:24, 3375:7, 3396:8

**BENJAMIN** [1] - 3308:13

**BERNARD** [1] - 3327:14

**BESIDES** [1] - 3323:22

**BEST** [9] - 3314:6, 3314:7, 3319:8, 3323:1, 3335:14, 3353:10, 3355:3, 3405:14

**BETTER** [14] - 3310:13, 3319:15, 3320:4, 3320:7, 3320:11, 3322:20, 3322:22, 3323:20, 3324:12, 3328:25, 3335:7, 3344:23, 3384:18, 3385:4

**BETWEEN** [14] - 3316:14, 3324:25, 3349:14, 3354:3, 3354:4, 3355:24, 3358:10, 3361:22, 3364:2, 3374:2, 3374:18, 3376:19, 3381:25, 3385:6

**BEYOND** [3] - 3339:9, 3339:14, 3366:3

**BIG** [4] - 3318:14, 3325:4, 3354:3

**BILL** [1] - 3370:7

**BILLIONS** [1] - 3397:12

**BINDERS** [3] - 3311:11, 3331:13, 3392:21

**BIOLOGISTS** [3] - 3314:1, 3314:14, 3339:20

**BIOLOGY** [1] - 3313:12

**BIT** [5] - 3314:15, 3352:13, 3362:8, 3374:5, 3374:9

**BLUE** [6] - 3311:3, 3323:12, 3352:16, 3362:18, 3363:8, 3380:8

**BLVD** [1] - 3307:19

**BOARD** [6] - 3317:14, 3392:25, 3393:5, 3394:4, 3394:9, 3394:16

**BORGNE** [12] - 3311:3, 3322:7, 3354:2, 3354:5, 3354:6, 3355:24, 3356:1, 3382:1, 3382:22, 3382:24, 3383:3, 3383:7

**BOTANY** [3] - 3312:17, 3313:6, 3313:7

**BOTH** [6] - 3312:21, 3312:23, 3349:2, 3350:16, 3365:21, 3368:20

**BOTTOM** [2] - 3376:6, 3386:25

**BOX** [4] - 3307:2, 3307:9, 3307:19, 3308:12

**BOYS** [1] - 3313:10

**BRACKISH** [1] - 3327:15

**BRANCH** [5] - 3308:5, 3315:1, 3333:6, 3333:7, 3333:8

**BRANCHES** [1] - 3333:21

**BREACH** [1] - 3357:21

**BREAK** [5] - 3322:5, 3322:7, 3331:10, 3354:3, 3363:10

**BREAK-THROUGH** [1] - 3331:10

**BREAKING** [3] - 3403:8, 3404:20, 3404:22

**BREAUX** [16] - 3315:12, 3315:19, 3315:23, 3316:1, 3316:3, 3319:10, 3320:24, 3321:23,

3322:8, 3323:6, 3323:14, 3324:7, 3325:19, 3329:16, 3385:16, 3385:18

**BRENDAN** [1] - 3307:23

**BRIEF** [1] - 3333:5

**BRIEFLY** [2] - 3349:14, 3349:16

**BRITSCH** [1] - 3310:23

**BRITSCH'S** [1] - 3310:18

**BROADER** [1] - 3324:13

**BROWN** [4] - 3312:16, 3312:22, 3313:5, 3313:6

**BRUNO** [2] - 3306:16, 3306:16

**BUDD** [1] - 3306:22

**BUDGET** [18] - 3314:15, 3342:20, 3343:2, 3343:5, 3343:6, 3343:13, 3347:8, 3347:11, 3347:12, 3347:16, 3348:2, 3348:4, 3348:22, 3349:7, 3349:9, 3401:12, 3401:19

**BUDGETARY** [1] - 3342:21

**BUDGETED** [1] - 3348:22

**BUDGETING** [2] - 3335:4, 3343:18

**BUILD** [9] - 3318:19, 3318:24, 3319:1, 3320:12, 3325:6, 3325:9, 3329:18, 3329:21, 3374:10

**BUILDING** [6] - 3315:7, 3315:11, 3316:4, 3316:10, 3325:18, 3327:9

**BUILDS** [1] - 3316:14

**BUILT** [14] - 3319:15, 3319:21, 3320:6, 3322:4, 3325:17, 3329:19, 3330:6, 3330:7, 3330:8, 3330:10, 3374:4, 3384:18, 3389:23, 3389:24

**BUNCH** [1] - 3323:11

**BUSH** [2] - 3320:15, 3391:15

**BUSINESS** [1] -

3344:1

**BUT** [83] - 3316:8, 3318:10, 3318:16, 3318:20, 3319:1, 3319:4, 3319:25, 3320:4, 3322:8, 3323:15, 3325:12, 3325:18, 3326:24, 3327:18, 3328:19, 3328:20, 3329:21, 3330:19, 3330:21, 3330:23, 3334:18, 3336:6, 3339:1, 3344:12, 3345:19, 3345:23, 3346:2, 3346:13, 3348:5, 3349:4, 3349:19, 3351:14, 3352:10, 3353:7, 3356:11, 3356:25, 3357:25, 3358:6, 3359:19, 3362:12, 3363:5, 3368:20, 3369:2, 3369:7, 3369:21, 3370:6, 3370:16, 3370:22, 3370:25, 3371:13, 3371:15, 3373:15, 3374:6, 3374:21, 3375:8, 3375:10, 3375:23, 3376:4, 3377:18, 3379:21, 3381:18, 3382:20, 3384:4, 3385:16, 3386:18, 3387:9, 3387:13, 3389:13, 3392:22, 3393:5, 3394:3, 3394:7, 3395:4, 3395:9, 3395:13, 3395:17, 3396:7, 3397:11, 3398:18, 3399:4, 3399:14, 3400:11, 3402:19

**BY** [113] - 3306:13, 3306:16, 3306:19, 3306:23, 3307:1, 3307:5, 3307:8, 3307:12, 3307:15, 3307:18, 3307:22, 3308:1, 3308:5, 3308:20, 3308:20, 3309:4, 3309:5, 3309:8, 3309:9, 3312:25, 3315:22, 3315:23, 3316:22, 3319:17, 3321:17, 3322:8, 3322:20, 3323:3, 3323:9, 3323:15, 3324:8, 3325:5, 3326:13, 3327:22, 3329:25,

3330:2, 3330:3, 3330:23, 3332:13, 3332:14, 3332:16, 3338:18, 3342:13, 3345:23, 3347:4, 3347:18, 3349:3, 3349:18, 3350:6, 3350:7, 3351:5, 3351:24, 3352:1, 3352:2, 3352:16, 3352:17, 3353:11, 3355:13, 3356:15, 3357:11, 3362:25, 3363:25, 3365:5, 3367:10, 3369:18, 3370:6, 3370:12, 3370:19, 3372:7, 3373:13, 3374:23, 3375:1, 3377:12, 3379:1, 3379:14, 3379:18, 3379:19, 3380:7, 3381:15, 3382:10, 3384:3, 3384:11, 3386:12, 3391:18, 3393:14, 3394:18, 3396:1, 3397:3, 3397:13, 3397:18, 3398:5, 3398:6, 3398:24, 3399:11, 3399:22, 3400:15, 3400:18, 3401:17, 3401:22, 3402:1, 3402:3, 3402:7, 3402:9, 3402:10, 3402:16, 3402:23, 3402:24, 3402:25, 3403:11, 3403:25, 3404:16

---

## C

**C** [8] - 3307:5, 3307:8, 3307:12, 3307:14, 3307:15, 3307:18, 3307:18, 3310:1

**CA** [1] - 3306:14

**CAERNARVON** [1] - 3329:18

**CALCULATED** [1] - 3328:6

**CALL** [2] - 3326:6, 3369:14

**CALLED** [8] - 3311:2, 3314:20, 3315:14, 3323:10, 3324:7, 3335:16, 3352:18, 3374:16

**CALLS** [2] - 3331:25, 3398:14

**CALVIN** [1] - 3307:12

**CAME** [9] - 3311:6, 3315:12, 3317:24, 3331:25, 3350:17, 3371:1, 3374:9, 3384:17, 3399:5

**CAN** [68] - 3310:9, 3318:25, 3321:12, 3323:20, 3325:7, 3325:10, 3325:11, 3326:17, 3331:12, 3335:14, 3337:21, 3337:25, 3338:4, 3339:4, 3340:5, 3342:12, 3343:4, 3343:25, 3344:23, 3346:16, 3348:7, 3350:18, 3350:19, 3353:19, 3353:20, 3355:7, 3355:14, 3358:1, 3359:22, 3360:3, 3361:9, 3374:10, 3374:14, 3374:25, 3375:19, 3377:20, 3378:19, 3378:25, 3379:1, 3380:8, 3380:12, 3380:14, 3380:15, 3382:4, 3382:8, 3382:9, 3382:12, 3383:14, 3383:21, 3383:22, 3383:25, 3384:15, 3385:25, 3387:16, 3387:17, 3388:8, 3389:4, 3393:5, 3393:10, 3394:6, 3394:7, 3394:8, 3394:10, 3396:3, 3396:21, 3397:8, 3404:19

**CAN'T** [1] - 3349:1

**CANAL** [3] - 3311:2, 3311:3

**CANNOT** [1] - 3349:21

**CARE** [1] - 3319:3

**CAREER** [1] - 3312:18

**CAREFULLY** [1] - 3328:6

**CARONDELET** [1] - 3308:2

**CARRIES** [1] - 3375:21

**CARSON** [2] - 3331:6, 3331:7

**CASE** [8] - 3310:13, 3335:5, 3339:13, 3340:8, 3341:13, 3341:17, 3368:19, 3383:1

**CASES** [1] - 3360:5

**CATASTROPHIC** [2] - 3400:10, 3400:12

**CATCHING** [2] - 3313:17, 3318:14

**CATEGORY** [1] - 3344:6

**CAUSED** [3] - 3327:13, 3376:16, 3376:21

**CAUSES** [5] - 3318:15, 3353:17, 3354:11, 3379:9, 3379:10

**CAUSING** [2] - 3355:19, 3369:23

**CCR** [3] - 3308:16, 3405:12, 3405:20

**CERTAIN** [9] - 3319:15, 3339:3, 3344:2, 3344:7, 3354:2, 3357:20, 3361:13, 3361:16, 3382:16

**CERTAINLY** [8] - 3310:13, 3340:10, 3344:12, 3345:25, 3346:2, 3346:5, 3347:1, 3363:21

**CERTIFICATE** [1] - 3405:10

**CERTIFY** [1] - 3405:13

**CETERA** [1] - 3398:22

**CHAIRMAN** [3] - 3327:3, 3336:6, 3373:1

**CHANCE** [5] - 3335:7, 3358:19, 3371:7, 3371:8, 3393:25

**CHANGE** [6] - 3327:9, 3332:23, 3334:25, 3336:17, 3395:5, 3395:18

**CHANGED** [5] - 3324:21, 3339:7, 3344:10, 3361:20, 3365:25

**CHANGES** [1] - 3336:16

**CHANNEL** [20] - 3356:4, 3361:18, 3367:8, 3367:11, 3372:1, 3376:21, 3378:17, 3379:6, 3381:13, 3382:24, 3385:2, 3394:21, 3394:24, 3395:2,

3397:16, 3399:7, 3399:13, 3400:3, 3400:17, 3401:23

**CHANNELIZATIONS** [1] - 3355:17

**CHARACTERIZE** [1] - 3377:13

**CHART** [1] - 3382:20

**CHEAPER** [1] - 3374:9

**CHIEF** [28] - 3312:13, 3314:8, 3314:12, 3314:13, 3314:16, 3314:17, 3332:3, 3332:24, 3333:3, 3333:6, 3333:8, 3333:12, 3333:21, 3339:1, 3339:3, 3339:10, 3359:25, 3375:3, 3392:12, 3395:13, 3395:14, 3395:17, 3395:23, 3399:11, 3399:24, 3404:16, 3404:18, 3404:19

**CHIEF'S** [5] - 3339:10, 3359:24, 3370:18, 3395:9, 3395:11

**CHOICE** [2] - 3319:24, 3360:3

**CHOOSE** [1] - 3349:6

**CIRCLE** [3] - 3352:16, 3381:17, 3381:19

**CIRCLED** [1] - 3383:6

**CIRCUIT** [1] - 3391:12

**CIRCUMSTANCES** [3] - 3325:8, 3339:3, 3361:9

**CITY** - 3307:20

**CIVIL** [2] - 3332:2, 3333:25

**CLAIMS** [1] - 3369:13

**CLARIFY** [1] - 3395:8

**CLARITY** [1] - 3384:1

**CLASS** [1] - 3326:7

**CLEAN** [2] - 3328:15, 3328:23

**CLEANING** [1] - 3310:16

**CLEAR** [8] - 3353:19, 3362:11, 3377:6, 3377:16, 3377:19,

3382:4, 3382:9, 3388:20

**CLEARER** [1] - 3335:9

**CLEARLY** [1] - 3328:17

**CLERK** [9] - 3310:5, 3310:19, 3311:17, 3311:20, 3331:17, 3331:20, 3363:16, 3363:20, 3386:4

**CLERKS** [1] - 3312:21

**CLIMATOLOGY** [1] - 3357:1

**CLOSE** [1] - 3359:4

**CLOSED** [1] - 3316:8

**CLOSELY** [4] - 3314:25, 3315:25, 3317:6, 3317:14

**CLOSING** [5] - 3359:2, 3359:20, 3366:22, 3366:24, 3367:14

**CLOSURE** [2] - 3366:16, 3367:6

**CLUB** [2] - 3317:17, 3326:7

**COALITION** [2] - 3317:13, 3326:5

**COAST** [6] - 3318:7, 3324:5, 3324:17, 3324:21, 3325:22, 3401:2

**COASTAL** [22] - 3312:19, 3317:13, 3318:6, 3319:21, 3324:9, 3324:20, 3324:21, 3325:25, 3326:5, 3329:17, 3333:7, 3336:3, 3361:12, 3361:15, 3361:17, 3361:21, 3376:18, 3376:20, 3388:17, 3400:23, 3401:3, 3401:14

**COINCIDENCE** [1] - 3316:19

**COLONEL** [2] - 3316:19, 3373:2

**COME** [7] - 3335:10, 3337:16, 3342:15, 3342:17, 3343:17, 3343:22, 3367:15

**COMES** [2] - 3335:12, 3397:21

**COMFORTABLE** [1] - 3324:16

**COMING** [1] - 3382:24

**COMMANDER** [5] - 3321:3, 3321:9, 3372:17, 3373:2, 3387:4

**COMMANDER'S** [1] - 3387:7

**COMMEND** [1] - 3352:15

**COMMENT** [4] - 3358:13, 3359:1, 3359:8, 3402:19

**COMMENTS** [14] - 3357:17, 3357:24, 3357:25, 3358:5, 3358:11, 3360:2, 3360:3, 3360:7, 3360:8, 3360:9, 3360:11, 3366:19, 3386:24, 3387:3

**COMMERCIAL** [2] - 3335:20, 3381:22

**COMMISSION** [1] - 3372:18

**COMMITTEE** [9] - 3316:24, 3317:16, 3317:17, 3321:15, 3321:18, 3321:20, 3327:3, 3376:11

**COMMITTEES** [1] - 3401:19

**COMMON** [2] - 3390:7, 3390:9

**COMMUNICATE** [3] - 3321:2, 3321:9, 3398:22

**COMMUNICATION** [1] - 3390:11

**COMMUNICATIONS** [1] - 3398:21

**COMMUNITY** [7] - 3317:1, 3317:3, 3317:4, 3317:5, 3337:17, 3337:18, 3338:4

**COMPARED** [1] - 3375:4

**COMPLETE** [5] - 3341:9, 3365:7, 3365:9, 3365:10, 3365:11

**COMPLETED** [17] - 3334:6, 3341:10, 3357:13, 3357:15, 3360:17, 3362:1, 3362:24, 3363:8, 3364:4, 3364:16, 3377:25, 3380:6, 3380:17, 3380:20, 3381:2, 3384:17, 3389:14

**COMPLETELY** [1] - 3362:12

**COMPLETING** [1] - 3385:8

**COMPLETION** [2] - 3342:10, 3360:16

**COMPLEX** [1] - 3307:8

**COMPLIMENT** [1] - 3310:8

**COMPLIMENTARY** [1] - 3335:19

**COMPLYING** [1] - 3315:24

**COMPONENTS** [2] - 3345:16, 3345:17

**COMPOUND** [3] - 3400:19, 3403:7, 3403:8

**COMPREHENSION** [1] - 3394:17

**COMPREHENSIVE** [6] - 3340:13, 3403:5, 3403:6, 3403:23, 3404:2, 3404:7

**COMPROMISE** [1] - 3319:5

**COMPUTER** [1] - 3308:20

**CONCEPTS** [1] - 3349:10

**CONCERN** [2] - 3358:20, 3360:20

**CONCERNING** [1] - 3332:5

**CONCERNS** [6] - 3321:2, 3339:9, 3340:5, 3346:12, 3386:25, 3387:3

**CONCLUDE** [3] - 3352:21, 3353:12, 3396:11

**CONCLUDED** [2] - 3353:14, 3367:19

**CONCLUSION** [4] - 3354:13, 3367:17, 3368:1, 3398:15

**CONDITIONS** [1] - 3398:11

**CONDUCT** [3] - 3349:1, 3358:16, 3374:22

**CONDUCTED** [6] - 3326:19, 3337:9, 3341:23, 3342:12, 3348:14, 3361:4

**CONDUCTING** [1] - 3375:22

**CONFERENCE** [1] - 3316:23

**CONGRESS** [55] - 3334:22, 3335:4, 3335:5, 3338:8, 3338:9, 3338:14, 3342:6, 3342:14, 3342:23, 3348:10, 3349:4, 3349:6, 3349:19, 3350:6, 3350:7, 3361:6, 3370:19, 3372:9, 3373:23, 3374:21, 3374:24, 3375:1, 3376:5, 3376:8, 3376:23, 3384:12, 3389:17, 3390:5, 3392:2, 3392:5, 3392:8, 3392:15, 3394:23, 3395:5, 3395:10, 3395:13, 3395:15, 3395:18, 3395:24, 3398:5, 3398:10, 3399:1, 3399:12, 3399:14, 3399:25, 3400:2, 3400:9, 3401:11, 3403:4, 3403:13, 3404:3, 3404:11, 3404:12, 3404:14, 3404:17

**CONGRESSIONAL** [11] - 3337:19, 3338:5, 3340:8, 3342:23, 3347:8, 3349:8, 3349:18, 3377:25, 3385:11, 3388:6, 3390:8

**CONJOINING** [1] - 3402:4

**CONNECTED** [2] - 3381:24, 3382:23

**CONNECTIONS** [1] - 3381:25

**CONOR** [1] - 3308:7

**CONSCIOUSLY** [1] - 3318:21

**CONSERVATION** [3] - 3315:15, 3316:8, 3317:17

**CONSIDER** [3] - 3317:1, 3317:5, 3374:10

**CONSIDERABLY** [1] - 3378:4

**CONSIDERATION** [1] - 3346:6

**CONSIDERED** [3] - 3348:6, 3389:1, 3397:15

**CONSISTENCY** [6] - 3361:13, 3361:15,

3361:18, 3361:21, 3376:18, 3376:21

**CONSTRAINTS** [1] - 3342:21

**CONSTRUCT** [6] - 3325:7, 3367:2, 3367:9, 3376:24, 3377:8, 3389:9

**CONSTRUCTED** [9] - 3336:21, 3342:5, 3361:25, 3362:3, 3362:15, 3364:2, 3377:24, 3380:18, 3385:7

**CONSTRUCTING** [1] - 3378:13

**CONSTRUCTION** [6] - 3327:12, 3363:1, 3363:5, 3368:5, 3369:5, 3369:13

**CONSULT** [1] - 3339:11

**CONTACT** [5] - 3337:18, 3338:5, 3340:5, 3387:3, 3387:4

**CONTACTED** [1] - 3388:23

**CONTAIN** [1] - 3387:18

**CONTAINED** [3] - 3340:15, 3356:20, 3357:24

**CONTEXT** [1] - 3344:14

**CONTINUATION** [1] - 3380:5

**CONTINUE** [3] - 3367:7, 3384:21, 3389:20

**CONTINUED** [5] - 3366:3, 3366:4, 3367:11, 3375:6, 3376:12

**CONTINUING** [1] - 3352:3

**CONTRAST** [1] - 3404:16

**CONTRIBUTING** [1] - 3377:21

**CONTROL** [4] - 3319:12, 3333:18, 3342:2

**CONTROVERSIAL** [1] - 3314:18

**CONVERTED** [2] - 3327:16, 3328:24

**COOPERATING** [1] - 3317:20

**COORDINATE** [1] -

3314:22

**COORDINATED** [2] - 3385:9, 3388:14

**COORDINATION** [3] - 3317:4, 3339:24, 3388:13

**COPIES** [1] - 3387:13

**COPY** [8] - 3311:10, 3363:22, 3385:23, 3387:1, 3387:9, 3393:11, 3393:12

**CORPS** [102] - 3312:10, 3312:17, 3313:18, 3314:19, 3315:24, 3316:11, 3317:4, 3317:21, 3317:23, 3319:7, 3319:10, 3319:14, 3321:16, 3322:9, 3328:3, 3328:5, 3328:20, 3328:23, 3329:2, 3329:13, 3329:23, 3329:25, 3330:3, 3330:11, 3330:25, 3332:4, 3332:16, 3332:18, 3332:20, 3333:10, 3334:6, 3334:8, 3334:11, 3334:16, 3334:20, 3335:1, 3335:22, 3336:4, 3336:9, 3336:20, 3337:18, 3337:20, 3338:1, 3338:7, 3338:8, 3338:11, 3338:12, 3342:20, 3343:2, 3343:4, 3343:15, 3343:23, 3348:12, 3348:25, 3349:4, 3350:3, 3356:8, 3356:16, 3360:24, 3361:7, 3361:12, 3361:14, 3361:15, 3361:17, 3373:17, 3376:11, 3386:14, 3388:23, 3389:16, 3390:5, 3394:19, 3395:1, 3395:4, 3395:8, 3395:9, 3396:16, 3396:24, 3397:16, 3398:6, 3398:9, 3399:1, 3399:5, 3399:9, 3399:23, 3400:2, 3400:6, 3400:8, 3400:16, 3401:9, 3401:20, 3401:22, 3402:1, 3402:6, 3402:9,

3402:15, 3402:24, 3403:3, 3403:13, 3404:1, 3404:5

**CORPS'** [9] - 3332:6, 3334:7, 3336:19, 3347:8, 3347:11, 3347:13, 3347:23, 3348:21, 3365:25

**CORRECT** [29] - 3320:1, 3328:14, 3330:4, 3334:10, 3341:15, 3345:21, 3348:11, 3359:13, 3359:14, 3360:11, 3362:20, 3369:6, 3369:20, 3380:10, 3383:18, 3387:11, 3388:7, 3394:21, 3395:6, 3396:6, 3396:13, 3397:2, 3397:13, 3397:17, 3397:19, 3399:13, 3404:15, 3404:17, 3405:14

**CORRECTLY** [2] - 3327:19, 3387:8

**CORRESPOND** [1] - 3390:5

**CORRESPONDENCE** [4] - 3358:9, 3360:1, 3390:7, 3390:9

**COST** [30] - 3323:1, 3323:2, 3323:3, 3337:14, 3344:4, 3345:5, 3345:7, 3345:12, 3346:1, 3348:8, 3350:8, 3351:24, 3352:7, 3356:3, 3367:23, 3368:3, 3368:4, 3368:13, 3369:16, 3370:4, 3370:8, 3370:13, 3371:2, 3371:16, 3371:17, 3372:14, 3373:3, 3373:14, 3396:11, 3397:6

**COST-SHARING** [2] - 3350:8, 3373:3

**COSTLY** [1] - 3339:9

**COSTS** [7] - 3345:15, 3373:12, 3377:3, 3378:20, 3379:6, 3396:6, 3396:18

**COULD** [59] - 3311:23, 3319:16, 3322:11, 3324:12, 3329:13, 3330:19,

3330:21, 3336:21, 3337:1, 3338:9, 3338:19, 3338:21, 3338:22, 3341:12, 3342:5, 3342:6, 3342:17, 3343:2, 3345:19, 3347:7, 3348:10, 3348:14, 3348:24, 3349:6, 3350:3, 3350:5, 3356:2, 3358:4, 3358:18, 3360:14, 3362:2, 3362:5, 3363:20, 3364:14, 3368:22, 3370:16, 3370:17, 3370:19, 3373:18, 3373:24, 3375:25, 3377:17, 3382:22, 3384:18, 3385:17, 3385:22, 3386:13, 3389:25, 3390:10, 3392:25, 3393:7, 3393:16, 3395:7, 3396:11, 3402:8

**COULDN'T** [1] - 3315:8

**COUNSEL** [14] - 3311:7, 3326:11, 3332:8, 3346:23, 3351:10, 3351:18, 3363:11, 3363:23, 3365:2, 3370:11, 3378:23, 3385:23, 3390:14, 3405:4

**COUNSEL'S** [2] - 3391:8, 3394:1

**COUPLE** [3] - 3342:17, 3347:1, 3391:22

**COURSE** [7] - 3313:12, 3339:22, 3366:12, 3370:22, 3377:9, 3389:25, 3390:3

**COURSES** [2] - 3313:8, 3334:3

**COURT** [143] - 3306:1, 3308:16, 3310:6, 3310:20, 3310:25, 3311:8, 3311:12, 3311:15, 3312:21, 3315:18, 3315:21, 3326:11, 3330:1, 3331:2, 3331:4, 3331:6, 3331:9, 3331:11, 3331:16, 3332:8, 3332:14, 3333:24, 3337:3, 3337:23,

3337:25, 3343:14, 3343:20, 3344:9, 3344:20, 3344:24, 3345:8, 3345:11, 3345:16, 3345:19, 3345:22, 3346:8, 3346:10, 3346:15, 3346:18, 3346:23, 3347:1, 3348:19, 3351:4, 3351:10, 3351:11, 3351:18, 3351:20, 3352:23, 3353:2, 3353:6, 3353:10, 3353:19, 3355:9, 3356:7, 3356:9, 3356:13, 3359:23, 3362:5, 3362:9, 3362:11, 3362:12, 3362:16, 3362:21, 3362:23, 3363:7, 3363:10, 3363:13, 3363:15, 3363:17, 3363:21, 3363:24, 3365:1, 3365:4, 3369:1, 3369:8, 3369:17, 3369:21, 3370:5, 3370:10, 3371:4, 3371:3, 3371:18, 3371:22, 3372:5, 3372:21, 3372:24, 3376:14, 3378:23, 3378:24, 3379:1, 3379:17, 3380:1, 3380:4, 3380:14, 3380:19, 3380:24, 3381:3, 3381:6, 3381:8, 3381:19, 3382:3, 3382:6, 3383:11, 3383:16, 3383:21, 3383:24, 3385:23, 3386:2, 3386:6, 3386:10, 3390:14, 3390:16, 3390:19, 3390:25, 3391:3, 3391:6, 3391:9, 3392:20, 3393:7, 3393:18, 3393:21, 3394:6, 3394:12, 3394:14, 3395:22, 3396:25, 3397:17, 3398:16, 3399:17, 3400:20, 3401:13, 3401:16, 3402:19, 3403:8, 3403:18, 3403:20, 3404:22, 3405:1, 3405:4, 3405:12, 3405:13, 3405:21

**COURT'S** [2] - 3310:5, 3363:16

**COURTROOM** [1] - 3331:15

**COVERED** [1] - 3379:19

**COVERING** [1] - 3325:22

**CREATE** [1] - 3320:17

**CREATED** [11] - 3316:16, 3322:13, 3323:4, 3325:20, 3330:19, 3333:14, 3333:15, 3336:1, 3336:13, 3385:5, 3398:6

**CREATING** [1] - 3317:21

**CREATION** [3] - 3377:14, 3377:21, 3384:12

**CREATIVE** [1] - 3330:17

**CRITICAL** [1] - 3382:17

**CROSS** [12] - 3309:5, 3309:9, 3326:12, 3369:2, 3381:19, 3390:16, 3391:12, 3391:17, 3393:4, 3393:17, 3394:3, 3398:19

**CROSS-EXAMINATION** [9] - 3309:5, 3309:9, 3326:12, 3390:16, 3391:17, 3393:4, 3393:17, 3394:3, 3398:19

**CROSS-EXAMINED** [1] - 3369:2

**CRR** [2] - 3308:16, 3405:20

**CURIOUS** [1] - 3345:2

**CURRENT** [3] - 3314:19, 3320:19, 3367:13

**CURRENTLY** [2] - 3333:12, 3371:11

**CUT** [1] - 3320:5

**CUTS** [1] - 3391:4

**CWPPRA** [10] - 3315:24, 3316:15, 3319:10, 3319:12, 3322:12, 3322:18, 3324:5, 3324:24, 3333:6, 3385:18

---

# D

**D** [7] - 3308:10,

3309:1, 3310:1, 3331:23, 3372:23, 3387:16, 3388:3

**D-U-F-F-Y** [1] - 3372:23

**D.C** [1] - 3334:5

**DALLAS** [1] - 3306:24

**DAMAGE** [10] - 3317:25, 3328:17, 3329:7, 3335:21, 3344:4, 3356:24, 3369:13, 3369:23, 3397:12

**DAMAGED** [2] - 3329:3, 3329:4

**DAMAGES** [1] - 3317:24

**DANIEL** [1] - 3308:5

**DAVIS** [1] - 3329:19

**DAY** [2] - 3313:12, 3317:12

**DAYS** [5] - 3317:9, 3329:4, 3369:15, 3391:4, 3391:5

**DC** [1] - 3308:13

**DE** [3] - 3320:21, 3321:12, 3392:5

**DE-AUTHORIZATION** [1] - 3321:12

**DE-AUTHORIZE** [1] - 3320:21

**DE-AUTHORIZING** [1] - 3392:5

**DEAL** [2] - 3360:2, 3400:23

**DEALT** [1] - 3396:3

**DEBLIEUX** [3] - 3372:21, 3372:22, 3373:2

**DECADES** [1] - 3396:16

**DECIDED** [2] - 3324:12, 3330:22

**DECIDES** [2] - 3347:23, 3349:5

**DECISION** [8] - 3339:15, 3347:11, 3347:13, 3348:6, 3392:2, 3392:5, 3392:8, 3392:15

**DECISION-MAKER** [4] - 3392:2, 3392:5, 3392:8, 3392:15

**DECK** [2] - 3374:4, 3384:20

**DECLARE** [1] - 3394:14

**DEEMED** [1] -

3371:19

**DEEP** [4] - 3321:11, 3367:2, 3367:9, 3395:2

**DEEP-DRAFT** [4] - 3321:11, 3367:2, 3367:9, 3395:2

**DEFECTIVE** [1] - 3398:11

**DEFECTS** [2] - 3403:5, 3403:14

**DEFENDANT** [1] - 3308:4

**DEFICIENT** [1] - 3376:22

**DEFINE** [3] - 3351:24, 3400:21, 3402:3

**DEFINED** [1] - 3352:19

**DEGREE** [4] - 3312:17, 3313:15, 3332:2, 3333:25

**DELAYS** [2] - 3376:12, 3376:16

**DELEGATION** [6] - 3337:19, 3338:5, 3340:8, 3385:12, 3388:6, 3390:8

**DELETERIOUS** [2] - 3345:4, 3345:22

**DELIVERY** [1] - 3339:18

**DELTA** [1] - 3320:6

**DEMONSTRATE** [3] - 3364:14, 3368:21, 3375:11

**DEMONSTRATED** [2] - 3366:15, 3367:10

**DEMONSTRATIVE** [3] - 3352:14, 3393:2, 3394:1

**DEMONSTRATIVES** [1] - 3393:24

**DENHAM** [1] - 3307:13

**DENIED** [2] - 3402:19

**DENY** [1] - 3399:20

**DEPARTMENT** [6] - 3308:4, 3361:13, 3361:21, 3361:23, 3374:22, 3388:15

**DEPENDENT** [1] - 3390:1

**DEPENDING** [1] - 3325:8

**DEPENDS** [1] - 3320:21

**DEPOSITION** [4] -

3332:9, 3356:9, 3390:25, 3404:9

**DEPUTY** [6] - 3310:5, 3311:17, 3311:20, 3331:17, 3331:20, 3363:16

**DESCRIBE** [8] - 3317:3, 3319:16, 3321:12, 3334:1, 3337:3, 3339:6, 3361:9, 3386:14

**DESCRIBED** [5] - 3319:14, 3323:23, 3336:16, 3385:19, 3385:21

**DESCRIBES** [1] - 3349:18

**DESCRIBING** [1] - 3384:7

**DESCRIPTION** [6] - 3321:6, 3321:7, 3340:3, 3353:10, 3382:16, 3386:19

**DESCRIPTIONS** [2] - 3383:18, 3383:19

**DESIGN** [5] - 3352:5, 3357:10, 3357:13, 3370:14, 3370:21

**DESIGNATED** [2] - 3391:7, 3398:18

**DESIGNED** [4] - 3325:13, 3328:15, 3328:17, 3402:13

**DESIRABLE** [2] - 3381:14, 3381:22

**DESTRUCTION** [3] - 3398:11, 3399:2, 3400:17

**DETAILED** [2] - 3342:2, 3342:3

**DETERMINATION** [5] - 3340:25, 3346:22, 3347:17, 3361:18, 3387:7

**DETERMINE** [4] - 3341:5, 3346:20, 3373:17, 3399:19

**DETERMINED** [8] - 3320:19, 3327:8, 3327:12, 3327:21, 3327:22, 3328:1, 3337:19, 3373:15

**DEVELOP** [5] - 3317:7, 3333:22, 3345:6, 3384:13, 3386:17

**DEVELOPED** [7] - 3317:11, 3322:9, 3323:14, 3328:24, 3335:16, 3365:18,

3372:14

**DEVELOPING** [2] - 3366:1, 3367:21

**DEVELOPMENT** [13] - 3334:19, 3335:19, 3336:2, 3338:16, 3342:7, 3345:13, 3347:15, 3360:23, 3364:9, 3366:3, 3375:2, 3392:3, 3392:16

**DEVOTED** [1] - 3312:18

**DID** [66] - 3310:22, 3311:6, 3313:8, 3313:18, 3313:21, 3314:3, 3314:14, 3315:5, 3316:11, 3319:20, 3322:9, 3322:21, 3323:19, 3324:14, 3324:19, 3325:5, 3328:3, 3329:15, 3329:17, 3329:18, 3330:11, 3330:16, 3330:21, 3332:23, 3332:24, 3336:18, 3336:20, 3336:23, 3346:11, 3352:8, 3352:21, 3353:12, 3353:17, 3357:7, 3358:20, 3358:22, 3361:6, 3361:8, 3361:17, 3364:7, 3365:10, 3366:12, 3366:16, 3366:18, 3367:15, 3367:17, 3370:7, 3370:14, 3371:1, 3371:15, 3371:23, 3372:8, 3372:10, 3372:21, 3373:21, 3374:2, 3374:20, 3376:8, 3376:10, 3377:11, 3380:25, 3384:10, 3387:1, 3395:19, 3396:12, 3399:14

**DIDN'T** [10] - 3315:8, 3317:2, 3329:8, 3335:18, 3351:15, 3356:13, 3356:23, 3366:10, 3374:7, 3378:1

**DIFFERENCE** [2] - 3349:14, 3374:18

**DIFFERENT** [19] - 3317:18, 3318:6, 3319:8, 3320:25, 3325:8, 3342:17, 3343:16, 3349:10,

3354:10, 3360:8, 3360:22, 3371:20, 3373:8, 3375:4, 3377:17, 3385:6, 3385:17, 3400:22, 3401:4

**DIFFICULT** [1] - 3380:2

**DIFFICULTY** [1] - 3376:20

**DIGITS** [1] - 3358:3

**DIKE** [2] - 3376:24, 3377:24

**DIKES** [2] - 3378:13, 3385:3

**DILEMMA** [1] - 3360:19

**DIMENSIONS** [1] - 3361:19

**DIRECT** [9] - 3309:4, 3309:8, 3312:24, 3324:2, 3332:12, 3356:1, 3391:8, 3398:19, 3403:17

**DIRECTED** [2] - 3332:6, 3335:5

**DIRECTION** [2] - 3348:3, 3377:19

**DIRECTLY** [3] - 3321:9, 3354:6, 3382:22

**DIRECTORS** [1] - 3317:14

**DIRT** [2] - 3318:8, 3318:23

**DISAGREE** [1] - 3319:4

**DISAPPEAR** [5] - 3355:24, 3382:17, 3382:18, 3382:22, 3383:2

**DISCOVERED** [1] - 3389:13

**DISCRETIONARY** [6] - 3339:1, 3339:4, 3339:10, 3339:12, 3370:18, 3392:11

**DISCUSS** [3] - 3355:4, 3376:1, 3404:10

**DISCUSSED** [11] - 3346:2, 3359:9, 3368:1, 3368:2, 3377:13, 3385:15, 3388:15, 3389:12, 3396:20, 3400:11, 3405:3

**DISCUSSES** [1] - 3355:17

**DISCUSSING** [6] -

3354:17, 3354:20, 3359:1, 3372:2, 3374:15, 3384:9

**DISCUSSION** [6] - 3358:13, 3358:15, 3359:2, 3359:25, 3388:13, 3401:6

**DISCUSSIONS** [2] - 3360:21, 3388:10

**DISLIKE** [1] - 3318:22

**DISPLAY** [1] - 3340:20

**DISPOSAL** [3] - 3369:11, 3385:1, 3385:3

**DISPOSITION** [1] - 3360:9

**DISTRICT** [28] - 3306:1, 3306:1, 3306:8, 3312:11, 3313:18, 3314:21, 3315:7, 3315:11, 3316:7, 3321:3, 3321:4, 3332:17, 3333:17, 3336:10, 3338:19, 3340:5, 3341:12, 3341:13, 3346:19, 3347:14, 3348:9, 3358:12, 3359:3, 3359:9, 3360:1, 3368:8, 3405:13

**DISTRICT'S** [1] - 3349:8

**DIVERSION** [3] - 3318:14, 3325:4, 3325:9

**DIVERSIONS** [2] - 3318:19, 3329:18

**DIVERT** [6] - 3318:8, 3318:12, 3318:16, 3318:20, 3367:8

**DIVISION** [16] - 3332:22, 3332:25, 3336:14, 3341:11, 3341:16, 3341:17, 3341:18, 3357:12, 3357:18, 3357:21, 3358:11, 3359:24, 3359:25, 3360:7, 3371:1, 3375:16

**DM** [4] - 3352:15, 3362:2, 3379:16, 3379:19

**DO** [74] - 3310:7, 3313:1, 3314:7, 3314:11, 3317:1, 3317:5, 3318:4, 3318:9, 3318:20,

3319:5, 3319:11, 3319:12, 3319:14, 3320:22, 3321:3, 3323:3, 3323:20, 3324:12, 3335:16, 3336:1, 3338:11, 3340:2, 3342:23, 3343:4, 3343:8, 3343:9, 3343:10, 3346:3, 3346:16, 3348:10, 3348:12, 3349:2, 3349:7, 3349:19, 3349:25, 3350:15, 3355:10, 3357:22, 3359:5, 3359:18, 3359:19, 3361:25, 3362:9, 3363:10, 3365:20, 3366:2, 3368:6, 3368:21, 3373:24, 3374:7, 3375:13, 3377:9, 3378:25, 3380:23, 3381:16, 3382:8, 3384:4, 3384:25, 3385:23, 3386:4, 3386:7, 3386:21, 3387:12, 3389:25, 3390:1, 3392:1, 3392:4, 3393:7, 3394:13, 3398:25, 3400:8, 3401:18, 3405:13

**DOCK** [1] - 3393:18

**DOCKET** [2] - 3306:3, 3338:11

**DOCUMENT** [3] - 3373:22, 3383:25, 3395:14

**DOCUMENTS** [1] - 3392:21

**DOES** [23] - 3318:10, 3328:19, 3329:9, 3335:1, 3335:10, 3337:16, 3339:1, 3343:3, 3345:22, 3348:13, 3348:22, 3349:5, 3349:11, 3349:13, 3351:6, 3353:5, 3355:15, 3355:25, 3383:10, 3383:12, 3387:18, 3404:19, 3404:21

**DOESN'T** [5] - 3318:18, 3322:7, 3348:25, 3349:4, 3353:6

**DOING** [14] - 3320:3, 3333:17, 3338:10, 3338:17, 3340:1, 3350:20, 3359:10,

3361:12, 3367:10, 3372:14, 3375:7, 3384:21, 3386:18, 3397:6

**DOLLAR** [2] - 3365:15, 3397:1

**DOLLARS** [2] - 3375:17, 3397:12

**DOMENGEAUX** [1] - 3307:1

**DON'T** [26] - 3316:8, 3318:19, 3323:13, 3327:18, 3330:16, 3330:20, 3330:21, 3331:1, 3331:14, 3339:14, 3344:24, 3347:2, 3347:25, 3348:4, 3348:17, 3350:15, 3353:2, 3387:9, 3387:13, 3393:22, 3394:22, 3399:9, 3400:1, 3401:21, 3403:1, 3404:8

**DONE** [42] - 3310:10, 3320:16, 3322:8, 3324:18, 3325:3, 3325:16, 3328:17, 3334:13, 3342:19, 3344:7, 3357:7, 3357:23, 3359:19, 3360:4, 3360:5, 3360:14, 3366:5, 3368:9, 3370:16, 3370:17, 3370:18, 3370:19, 3374:25, 3375:10, 3377:10, 3378:24, 3383:17, 3384:2, 3385:20, 3387:6, 3387:23, 3388:2, 3395:7, 3397:5, 3397:8, 3397:25, 3398:1, 3398:16, 3398:19, 3402:12, 3402:14

**DOWN** [6] - 3322:24, 3343:7, 3347:17, 3352:11, 3392:25, 3403:9

**DR** [1] - 3310:23

**DRAFT** [6] - 3321:11, 3321:19, 3367:2, 3367:9, 3376:16, 3395:2

**DRAFTED** [2] - 3327:6, 3330:15

**DRAIN** [1] - 3322:5

**DRAMATICALLY** [1] - 3383:4

**DRAWN** [2] -

3352:15, 3352:16

**DREAMED** [1] - 3316:19

**DREDGE** [6] - 3318:25, 3330:18, 3361:18, 3369:11, 3376:18, 3385:3

**DREDGED** [3] - 3356:4, 3381:13, 3382:24

**DREDGING** [13] - 3330:25, 3353:25, 3361:11, 3369:8, 3375:10, 3375:13, 3376:12, 3376:16, 3377:2, 3378:20, 3379:7, 3383:4, 3396:5

**DRIVES** [1] - 3318:11

**DRY** [1] - 3328:24

**DUDENHEFER** [2] - 3307:4, 3307:5

**DUE** [6] - 3354:2, 3354:10, 3354:15, 3376:17, 3379:7, 3379:11

**DUFFY** [4] - 3372:18, 3372:23, 3372:25, 3373:7

**DUMAS** [2] - 3307:7, 3307:8

**DUPRE** [1] - 3381:12

**DURING** [3] - 3310:18, 3336:20, 3394:2

**DUTIES** [1] - 3314:17

**DUTY** [5] - 3398:10, 3399:1, 3399:4, 3400:2, 3400:8

**DUVAL** [1] - 3306:8

**DX** [23] - 3310:22, 3311:1, 3311:4, 3337:1, 3350:19, 3351:1, 3351:19, 3355:11, 3358:3, 3359:22, 3363:19, 3365:3, 3367:4, 3367:25, 3374:14, 3386:5, 3386:13, 3387:16, 3388:8, 3389:11, 3390:10, 3405:2

---

**E**

**E** [5] - 3308:2, 3309:1, 3310:1, 3312:6

**EACH** [5] - 3319:4, 3322:23, 3328:9,

3343:5, 3387:2

**EARLIER** [11] - 3347:16, 3354:9, 3366:20, 3366:21, 3376:20, 3379:3, 3379:16, 3385:11, 3386:18, 3388:18, 3392:12

**EARLY** [7] - 3317:7, 3339:25, 3346:12, 3363:7, 3364:22, 3364:23, 3366:21

**EASEMENTS** [1] - 3369:11

**EASIER** [1] - 3316:13

**EAST** [1] - 3307:23

**EASTERN** [2] - 3306:1, 3405:13

**EASY** [1] - 3335:16

**ECO** [1] - 3335:16

**ECOLOGICAL** [2] - 3315:1, 3365:19

**ECOLOGY** [1] - 3313:14

**ECONOMIC** [9] - 3335:19, 3345:13, 3345:14, 3345:17, 3345:25, 3359:19, 3366:22, 3371:21, 3392:16

**ECONOMICALLY** [13] - 3343:10, 3345:23, 3358:20, 3360:18, 3367:11, 3367:20, 3368:22, 3371:18, 3371:19, 3371:25, 3372:3, 3374:11, 3379:23

**ECONOMICALLY-FEASIBLE** [3] - 3343:10, 3358:20, 3360:18

**ECONOMICS** [1] - 3367:10

**ECOSYSTEM** [7] - 3335:17, 3344:1, 3360:23, 3365:12, 3366:4, 3396:8, 3396:10

**EDIFICATION** [1] - 3337:13

**EDITED** [1] - 3324:11

**EDUCATIONAL** [1] - 3334:1

**EDWARDS** [1] - 3307:1

**EFFECT** [6] - 3344:9, 3344:21, 3399:6, 3400:18, 3402:2, 3402:3

**EFFECTIVENESS**
[1] - 3320:8
**EFFECTS** [4] -
3354:20, 3354:21,
3355:1, 3379:11
**EFFORT** [3] -
3359:19, 3374:25,
3387:14
**EFFORTS** [5] -
3317:18, 3332:6,
3334:7, 3334:17,
3336:19
**EHRLICH** [75] -
3308:6, 3309:8,
3331:24, 3332:11,
3332:13, 3338:18,
3346:24, 3347:3,
3347:4, 3348:24,
3349:3, 3351:5,
3351:12, 3351:16,
3351:19, 3352:1,
3353:11, 3355:10,
3355:13, 3356:8,
3356:12, 3356:14,
3356:15, 3362:17,
3362:22, 3362:25,
3363:9, 3363:12,
3363:18, 3363:22,
3363:25, 3365:3,
3365:5, 3370:12,
3372:6, 3372:7,
3372:23, 3373:13,
3377:12, 3378:25,
3379:2, 3379:14,
3379:18, 3380:7,
3380:12, 3381:7,
3381:11, 3381:15,
3382:8, 3382:10,
3383:23, 3383:25,
3384:3, 3385:25,
3386:3, 3386:5,
3386:7, 3386:11,
3386:12, 3390:13,
3390:15, 3392:21,
3393:2, 3393:13,
3393:16, 3393:25,
3394:10, 3395:20,
3398:14, 3400:19,
3402:18, 3403:7,
3403:16, 3404:24,
3405:2
**EIGHT** [1] - 3378:21
**EIS** [6] - 3314:3,
3314:5, 3314:17,
3320:21, 3321:11,
3324:22
**EISENHOWER** [1] -
3391:15
**EITHER** [10] -
3338:6, 3340:5,

3342:20, 3349:17,
3364:24, 3373:16,
3394:1, 3394:7,
3397:5, 3401:19
**EL** [1] - 3308:6
**EL-AMIN** [1] - 3308:6
**ELECTED** [3] -
3340:9, 3385:12
**ELEMENT** [1] -
3350:8
**ELISA** [1] - 3307:22
**ELMO** [1] - 3382:9
**ELSE** [1] - 3367:1
**ELWOOD** [2] -
3307:18, 3307:18
**EMPLOYED** [4] -
3329:25, 3330:3,
3332:15, 3332:16
**EMPLOYEE** [1] -
3312:10
**EMPLOYEES** [3] -
3315:5, 3315:9,
3316:10
**ENCROACH** [2] -
3344:24, 3347:2
**END** [5] - 3323:5,
3324:11, 3324:18,
3359:5, 3386:8
**ENGAGED** [1] -
3372:13
**ENGAGING** [1] -
3334:16
**ENGINEER** [6] -
3314:21, 3321:4,
3339:1, 3340:5,
3346:19, 3368:8
**ENGINEER'S** [1] -
3404:18
**ENGINEERING** [4] -
3314:6, 3332:2,
3333:25, 3359:25
**ENGINEERS** [29] -
3312:10, 3312:17,
3313:19, 3314:1,
3319:7, 3329:13,
3329:25, 3332:4,
3332:16, 3334:21,
3336:5, 3336:9,
3338:1, 3339:3,
3339:11, 3339:19,
3342:20, 3353:20,
3361:12, 3361:16,
3376:11, 3395:23,
3399:11, 3399:24,
3400:16, 3402:10,
3404:6, 3404:16
**ENOUGH** [2] -
3319:25, 3368:7
**ENTER** [1] - 3354:6
**ENTIRE** [6] -

3312:18, 3325:22,
3347:18, 3353:6,
3379:21, 3399:18
**ENTIRETY** [1] -
3382:18
**ENTITLED** [2] -
3378:11, 3405:16
**ENTITY** [2] -
3367:13, 3373:5
**ENVIRONMENT** [11]
- 3312:12, 3312:19,
3314:21, 3316:12,
3316:17, 3317:8,
3319:7, 3335:25,
3346:3, 3357:2,
3392:17
**ENVIRONMENTAL**
[51] - 3312:13,
3313:22, 3313:24,
3313:25, 3314:7,
3314:8, 3314:12,
3314:23, 3314:24,
3317:1, 3317:3,
3320:23, 3321:17,
3322:14, 3322:17,
3323:9, 3323:17,
3329:2, 3332:24,
3333:18, 3334:8,
3334:11, 3334:20,
3334:24, 3335:14,
3336:12, 3336:13,
3336:15, 3340:11,
3345:18, 3351:25,
3353:15, 3354:20,
3354:21, 3354:23,
3354:24, 3355:6,
3360:25, 3365:17,
3365:22, 3366:2,
3368:16, 3368:24,
3369:23, 3370:3,
3373:19, 3375:7,
3376:17, 3381:23,
3385:13
**ENVIRONMENTAL
LY** [1] - 3372:4
**ENVISIONED** [1] -
3378:2
**EPA** [6] - 3315:16,
3316:6, 3316:22,
3321:15, 3321:21,
3326:24
**EQUATION** [2] -
3345:23, 3346:14
**ERODES** [1] - 3354:9
**EROSION** [28] -
3327:13, 3327:22,
3328:1, 3336:19,
3352:22, 3353:13,
3353:14, 3353:17,
3353:23, 3354:16,

3354:18, 3355:22,
3356:20, 3357:8,
3364:4, 3367:18,
3367:20, 3379:7,
3379:12, 3385:5,
3396:4, 3396:17,
3397:5, 3400:4,
3400:17, 3401:7,
3401:23
**ESPECIALLY** [3] -
3315:13, 3388:21,
3390:20
**ESQ** [29] - 3306:13,
3306:16, 3306:19,
3306:20, 3306:23,
3307:1, 3307:5,
3307:8, 3307:12,
3307:15, 3307:15,
3307:18, 3307:22,
3307:23, 3308:1,
3308:2, 3308:6,
3308:6, 3308:7,
3308:7, 3308:8,
3308:8, 3308:9,
3308:9, 3308:10,
3308:10, 3308:11,
3308:11, 3308:12
**ESSENCE** [1] -
3346:16
**ESSENTIALLY** [1] -
3386:18
**ESTABLISHED** [2] -
3334:19, 3348:3
**ESTABLISHING** [1] -
3335:17
**ESTATE** [2] - 3397:7,
3397:9
**ESTIMATE** [4] -
3337:14, 3340:19,
3354:15, 3372:14
**ESTIMATED** [3] -
3353:24, 3357:19
**ESTUARY** [1] -
3316:21
**ET** [3] - 3306:2,
3306:5, 3398:22
**EVALUATE** [8] -
3334:24, 3335:13,
3335:20, 3351:7,
3378:6, 3378:12,
3389:20
**EVALUATED** [3] -
3323:8, 3358:23,
3365:14
**EVALUATING** [6] -
3335:9, 3335:10,
3351:24, 3361:2,
3377:7, 3386:23
**EVALUATION** [16] -
3329:3, 3334:22,

3351:9, 3374:16,
3374:18, 3374:23,
3375:2, 3377:14,
3378:3, 3379:20,
3382:12, 3386:3,
3397:6, 3397:11,
3400:12, 3402:12
**EVALUATIONS** [1] -
3390:3
**EVEN** [4] - 3348:25,
3349:6, 3370:5,
3382:9
**EVENT** [2] - 3369:21,
3374:3
**EVENTUALLY** [3] -
3319:4, 3325:6,
3355:24
**EVER** [2] - 3330:11,
3368:9, 3373:17
**EVERY** [5] - 3317:16,
3323:19, 3324:8,
3346:2, 3351:22
**EVERYBODY** [2] -
3315:17, 3321:20
**EVERYONE** [3] -
3319:3, 3399:9,
3404:22
**EVERYTHING** [2] -
3331:13, 3377:10
**EVIDENCE** [1] -
3401:18
**EVOLVED** [1] -
3320:7
**EXACTLY** [2] -
3331:9, 3344:22
**EXAMINATION** [16] -
3309:4, 3309:5,
3309:8, 3309:9,
3312:24, 3326:12,
3326:19, 3332:12,
3390:16, 3391:8,
3391:17, 3393:3,
3393:4, 3393:17,
3394:3, 3398:19
**EXAMINE** [1] -
3353:17
**EXAMINED** [2] -
3359:15, 3369:2
**EXAMPLE** [12] -
3335:13, 3337:18,
3339:25, 3342:18,
3344:3, 3345:14,
3346:6, 3348:7,
3381:24, 3384:16,
3385:16
**EXCEPT** [1] - 3325:4
**EXCUSE** [2] -
3343:14, 3355:7
**EXECUTE** [2] -
3333:23, 3335:7

**EXECUTIVE** [1] - 3317:16

**EXERCISE** [1] - 3339:4

**EXHIBIT** [15] - 3310:21, 3311:1, 3311:4, 3337:1, 3350:19, 3352:14, 3359:22, 3365:1, 3365:2, 3386:1, 3386:8, 3390:10, 3391:11, 3394:1, 3404:25

**EXHIBITS** [5] - 3310:11, 3310:17, 3311:5, 3390:20

**EXISTENCE** [1] - 3369:22

**EXISTING** [7] - 3337:20, 3338:2, 3338:3, 3338:14, 3338:20, 3338:23, 3339:2

**EXPANSES** [1] - 3382:21

**EXPECTED** [1] - 3374:8

**EXPEDITIOUS** [1] - 3310:12

**EXPENSIVE** [3] - 3319:1, 3378:17, 3384:21

**EXPERIENCED** [1] - 3376:12

**EXPERIMENT** [1] - 3357:22

**EXPERIMENTS** [1] - 3366:14

**EXPLAIN** [8] - 3322:11, 3345:9, 3349:14, 3351:16, 3360:15, 3384:15, 3396:21, 3399:4

**EXPLORE** [5] - 3391:21, 3392:14, 3396:14, 3400:7, 3400:14

**EXPRESSED** [1] - 3358:21

**EXTEND** [2] - 3352:13, 3353:5

**EXTENSIVE** [5] - 3327:13, 3391:11, 3400:16, 3401:22, 3402:2

**EXTENT** [4] - 3348:9, 3356:20, 3403:4, 3403:14

**EXTRA** [1] - 3311:10

**EXTREMELY** [1] -

3310:12

# F

**F** [3] - 3308:8, 3372:23

**FACILITATE** [2] - 3316:11, 3328:16

**FACILITY** [1] - 3367:1

**FACT** [22] - 3354:2, 3358:22, 3359:17, 3359:20, 3360:5, 3366:1, 3367:7, 3371:13, 3375:6, 3375:17, 3378:16, 3394:4, 3400:16, 3402:1, 3402:6, 3402:9, 3402:24, 3403:3, 3403:12, 3404:1, 3404:5, 3404:16

**FACTOR** [2] - 3346:21, 3377:14

**FACTORED** [1] - 3355:19

**FACTORS** [4] - 3323:21, 3345:5, 3345:9, 3377:21

**FAIR** [2] - 3352:24, 3398:18

**FAIRLY** [4] - 3344:18, 3361:2, 3377:10, 3390:7

**FAMILIAR** [3] - 3336:24, 3356:10, 3356:11

**FAMILY** [1] - 3313:16

**FAR** [9] - 3328:18, 3343:18, 3345:6, 3346:13, 3347:15, 3347:19, 3354:23, 3385:15, 3401:1

**FASHION** [2] - 3345:4, 3345:22

**FAST** [2] - 3318:19, 3384:19

**FAVORABLE** [1] - 3342:19

**FAYARD** [2] - 3307:11, 3307:12

**FEASIBILITY** [41] - 3337:7, 3337:8, 3337:14, 3340:4, 3341:6, 3341:8, 3341:22, 3341:24, 3342:1, 3342:8, 3342:10, 3342:16, 3343:2, 3344:16, 3347:6, 3347:12, 3348:14, 3348:16,

3349:5, 3356:21, 3359:6, 3359:10, 3359:11, 3360:4, 3361:4, 3364:10, 3366:22, 3367:22, 3367:23, 3368:4, 3368:8, 3368:9, 3370:9, 3371:21, 3371:25, 3372:15, 3386:22, 3387:6, 3389:3

**FEASIBILITY-PHASE** [1] - 3337:8

**FEASIBLE** [18] - 3340:20, 3343:10, 3344:13, 3344:14, 3344:15, 3347:23, 3358:20, 3360:18, 3364:15, 3367:11, 3367:21, 3368:7, 3368:25, 3371:18, 3371:19, 3379:23, 3389:4

**FEDERAL** [31] - 3314:22, 3315:6, 3315:10, 3319:24, 3336:8, 3337:5, 3337:13, 3340:23, 3341:2, 3341:24, 3343:10, 3344:16, 3350:23, 3351:3, 3351:6, 3351:7, 3351:23, 3352:2, 3352:3, 3367:13, 3367:23, 3368:12, 3368:13, 3368:19, 3369:12, 3369:19, 3370:6, 3370:17, 3370:20, 3372:13

**FEDERALLY** [2] - 3350:9, 3369:6

**FEDERATION** [2] - 3326:3, 3326:4

**FEEL** [3] - 3317:22, 3321:3, 3394:7

**FEET** [5] - 3328:2, 3328:6, 3328:10, 3328:12, 3354:5

**FELT** [4] - 3324:15, 3364:12, 3373:3, 3389:23

**FEW** [1] - 3326:17

**FIFTH** [1] - 3403:2

**FIFTY** [6] - 3319:22, 3319:25, 3320:1, 3320:16, 3320:17, 3320:18

**FIGURE** [6] - 3314:6, 3319:19, 3320:14, 3322:19, 3362:6,

3362:13

**FIGURED** [1] - 3319:21

**FILE** [2] - 3358:2, 3390:7

**FINAL** [2] - 3340:16, 3340:17

**FINALLY** [5] - 3322:25, 3375:11, 3392:14, 3400:8, 3404:5

**FIND** [8] - 3318:4, 3318:13, 3320:17, 3350:23, 3365:12, 3373:2, 3373:12, 3389:3

**FINDING** [1] - 3373:14

**FINDINGS** [2] - 3353:22, 3391:11

**FINE** [5] - 3345:11, 3386:10, 3394:3, 3394:10, 3404:24

**FINISH** [2] - 3320:23, 3396:25

**FINISHED** [4] - 3324:16, 3325:3, 3330:9, 3334:15

**FIRM** [4] - 3306:19, 3307:4, 3307:7, 3307:22

**FIRST** [19] - 3317:24, 3318:11, 3319:20, 3320:3, 3320:4, 3324:13, 3325:2, 3329:7, 3332:20, 3337:4, 3343:1, 3347:7, 3348:15, 3358:4, 3380:8, 3387:17, 3392:1, 3392:3, 3393:15

**FISH** [11] - 3315:1, 3315:9, 3315:16, 3316:5, 3318:11, 3321:21, 3322:15, 3323:10, 3323:15, 3339:23, 3339:24

**FISHERIES** [2] - 3315:15, 3321:22

**FISHERMAN** [1] - 3381:22

**FIVE** [4] - 3325:4, 3325:10, 3325:17, 3336:8

**FIX** [1] - 3318:15

**FLEXIBILITY** [1] - 3321:2

**FLOOD** [8] - 3318:16, 3319:11, 3333:18, 3335:21,

3344:2, 3344:3, 3397:4, 3397:13

**FLOODING** [7] - 3400:10, 3400:13, 3400:18, 3402:7, 3402:10, 3402:16, 3402:25

**FLORIDA** [1] - 3307:12

**FOCUS** [2] - 3332:5, 3396:3

**FOCUSED** [2] - 3336:15, 3375:9

**FOLD** [1] - 3353:24

**FOLKS** [1] - 3388:21

**FOLLOW** [4] - 3347:5, 3359:21, 3391:24, 3393:15

**FOLLOW-ON** [1] - 3359:21

**FOLLOW-UP** [2] - 3391:24, 3393:15

**FOLLOWING** [4] - 3341:8, 3360:16, 3360:17, 3364:2

**FOLLOWS** [5] - 3311:19, 3331:19, 3386:14

**FOR** [156] - 3306:12, 3307:22, 3308:4, 3309:2, 3310:10, 3310:16, 3310:17, 3310:21, 3311:21, 3311:23, 3311:25, 3312:11, 3312:12, 3312:13, 3312:17, 3313:13, 3313:14, 3313:16, 3314:18, 3314:20, 3315:2, 3315:15, 3315:18, 3316:11, 3316:17, 3317:4, 3317:8, 3317:9, 3318:7, 3318:12, 3319:6, 3319:7, 3320:13, 3321:11, 3321:12, 3323:14, 3324:1, 3324:7, 3325:5, 3325:25, 3326:3, 3326:7, 3326:8, 3328:25, 3329:23, 3330:4, 3331:21, 3332:19, 3333:2, 3333:17, 3333:23, 3334:6, 3334:22, 3335:9, 3335:13, 3335:15, 3335:17, 3335:25, 3337:3, 3337:5, 3337:17, 3337:19, 3337:21,

3338:11, 3338:16, 3338:17, 3338:22, 3339:25, 3341:7, 3341:11, 3341:12, 3342:4, 3342:5, 3342:15, 3342:18, 3342:22, 3342:23, 3343:14, 3343:18, 3343:23, 3344:3, 3344:16, 3345:11, 3345:14, 3346:6, 3348:3, 3348:7, 3348:12, 3348:17, 3350:13, 3350:22, 3350:24, 3351:13, 3352:7, 3352:15, 3353:2, 3353:24, 3354:10, 3355:10, 3355:23, 3357:6, 3357:12, 3359:10, 3359:11, 3360:19, 3361:1, 3361:13, 3361:17, 3362:6, 3362:19, 3364:9, 3364:20, 3364:22, 3365:1, 3365:8, 3365:17, 3367:21, 3368:3, 3369:10, 3369:12, 3369:18, 3372:15, 3372:18, 3375:22, 3376:3, 3377:10, 3379:23, 3380:25, 3381:22, 3381:24, 3383:1, 3384:16, 3385:14, 3385:15, 3385:16, 3386:23, 3387:4, 3387:12, 3387:14, 3388:2, 3389:11, 3389:18, 3389:21, 3394:3, 3395:18, 3395:24, 3398:14, 3398:18, 3404:22

**FORCE** [12] - 3316:3, 3322:11, 3322:15, 3322:16, 3323:1, 3323:25, 3326:24, 3336:7, 3336:8, 3372:20, 3373:1, 3373:6

**FORE** [1] - 3361:7

**FOREGOING** [1] - 3405:14

**FORESHORE** [7] - 3361:25, 3362:18, 3364:2, 3373:18, 3376:9, 3384:11, 3389:21

**FORGET** [1] - 3385:23

**FORM** [4] - 3321:15, 3335:13, 3352:4, 3360:9

**FORMAL** [6] - 3334:25, 3335:1, 3395:9, 3395:24, 3399:11, 3399:24

**FORMAT** [1] - 3387:3

**FORMULA** [1] - 3323:7

**FORWARD** [2] - 3367:15, 3404:19

**FORWARDED** [1] - 3401:11

**FOUND** [7] - 3358:22, 3366:12, 3378:1, 3379:11, 3379:22, 3396:10, 3396:13

**FOUNDATION** [4] - 3317:7, 3326:8, 3348:17, 3374:5

**FOUR** [7] - 3323:1, 3325:3, 3325:5, 3325:17, 3333:2, 3366:23, 3367:7

**FOURTH** [1] - 3400:15

**FRANK** [1] - 3307:5

**FRANKLIN** [1] - 3308:13

**FREE** [1] - 3369:13

**FRESHWATER** [1] - 3327:15

**FRIDAY** [2] - 3310:18, 3310:22

**FROM** [78] - 3312:15, 3312:21, 3312:22, 3313:5, 3313:6, 3314:25, 3315:5, 3316:2, 3316:5, 3316:6, 3316:7, 3318:8, 3321:21, 3323:10, 3323:15, 3324:14, 3324:17, 3325:23, 3326:2, 3326:4, 3326:5, 3326:6, 3326:20, 3328:5, 3330:20, 3332:1, 3332:22, 3333:25, 3335:2, 3335:11, 3335:12, 3343:7, 3343:17, 3344:11, 3347:22, 3350:17, 3351:1, 3352:10, 3352:23, 3354:6, 3355:25, 3356:25, 3357:17, 3358:11, 3360:25, 3361:2, 3366:8,

3368:23, 3369:13, 3373:10, 3373:23, 3374:21, 3374:22, 3375:7, 3376:5, 3377:18, 3377:23, 3379:24, 3380:3, 3380:18, 3381:23, 3382:11, 3382:20, 3382:23, 3383:3, 3383:7, 3385:5, 3389:24, 3390:8, 3390:25, 3391:15, 3392:21, 3395:4, 3397:21, 3405:15

**FRONT** [1] - 3323:25

**FULL** [2] - 3403:4, 3403:13

**FULLY** [1] - 3398:5

**FUNCTION** [1] - 3321:1

**FUND** [4] - 3349:5, 3349:6, 3349:7, 3376:8

**FUNDED** [18] - 3316:22, 3336:4, 3342:9, 3342:11, 3342:12, 3342:16, 3342:25, 3347:7, 3347:13, 3348:14, 3350:6, 3350:7, 3350:10, 3350:11, 3369:6, 3370:6, 3374:24, 3375:1

**FUNDING** [23] - 3337:21, 3341:25, 3342:13, 3342:15, 3342:24, 3344:3, 3348:23, 3348:24, 3349:2, 3349:4, 3349:11, 3349:12, 3349:25, 3350:4, 3350:13, 3365:7, 3365:8, 3365:9, 3373:24, 3378:8, 3395:12, 3403:6, 3404:6

**FUNDS** [9] - 3349:20, 3374:22, 3377:5, 3377:7, 3378:14, 3380:22, 3389:10, 3390:1

**FUNNEL** [3] - 3400:17, 3402:2, 3402:3

**FURTHER** [5] - 3342:1, 3352:13, 3358:14, 3389:21, 3390:13

**FUTURE** [3] - 3354:1, 3377:2,

3384:21

# G

**G** [2] - 3308:10, 3310:1

**GAIN** [1] - 3329:5

**GAINED** [1] - 3317:19

**GAS** [1] - 3310:24

**GATHERED** [1] - 3315:17

**GAVE** [5] - 3319:10, 3319:12, 3374:9, 3377:16, 3377:18

**GDM** [7] - 3357:9, 3359:12, 3359:16, 3360:5, 3360:10, 3360:12, 3370:17

**GENERAL** [14] - 3313:23, 3323:14, 3326:3, 3337:16, 3339:16, 3343:25, 3350:13, 3350:14, 3352:4, 3357:10, 3382:7, 3391:21, 3393:15

**GENERALLY** [10] - 3313:24, 3325:3, 3335:12, 3337:17, 3341:7, 3343:8, 3355:5, 3386:16, 3387:13, 3395:11

**GENERATED** [2] - 3355:18, 3399:7

**GEOGRAPHIC** [1] - 3352:8

**GEOLOGIC** [1] - 3316:6

**GEORGE** [8] - 3332:1, 3333:25, 3372:18, 3372:22, 3372:23, 3372:25, 3373:6, 3391:15

**GET** [18] - 3314:1, 3317:25, 3319:4, 3320:16, 3324:13, 3325:12, 3325:14, 3325:17, 3335:3, 3337:2, 3337:23, 3342:16, 3361:12, 3375:16, 3375:25, 3377:9, 3384:8, 3396:11

**GETS** [1] - 3324:25

**GETTING** [3] - 3320:4, 3376:20, 3383:3

**GILBERT** [3] - 3307:22, 3307:22

**GIVE** [10] - 3324:24,

3343:16, 3344:18, 3376:13, 3384:1, 3387:4, 3387:5, 3387:8, 3387:13, 3390:17

**GIVEN** [3] - 3336:5, 3359:8, 3373:23

**GIVES** [2] - 3349:19, 3362:12

**GIVING** [1] - 3335:13

**GIWW** [3] - 3352:24, 3402:4

**GO** [2] - 3310:7, 3320:15, 3321:4, 3323:21, 3329:5, 3343:1, 3345:22, 3346:23, 3350:18, 3353:6, 3353:21, 3355:3, 3355:14, 3356:18, 3362:11, 3370:11, 3372:8, 3392:25, 3394:16, 3394:17, 3398:23, 3403:2, 3403:20

**GOAL** [3] - 3319:23, 3341:4, 3341:5

**GOALS** [3] - 3318:5, 3319:9, 3351:3

**GOES** [1] - 3353:8

**GOING** [21] - 3318:13, 3326:17, 3344:5, 3345:10, 3348:19, 3353:3, 3358:3, 3358:25, 3367:4, 3370:10, 3371:10, 3378:23, 3379:15, 3382:11, 3384:8, 3385:20, 3391:12, 3391:23, 3393:18, 3395:4, 3399:20

**GONE** [3] - 3319:23, 3329:8, 3377:18

**GOOD** [15] - 3310:6, 3310:15, 3315:2, 3326:14, 3326:15, 3331:24, 3353:19, 3358:19, 3375:13, 3377:18, 3378:18, 3381:23, 3391:19, 3391:20, 3395:17

**GOT** [12] - 3313:10, 3322:4, 3322:9, 3324:18, 3326:3, 3326:4, 3326:6, 3326:7, 3329:16, 3330:9, 3370:4, 3386:6

**GOTCHA** [1] - 3381:6

**GOTTEN** [1] - 3326:2
**GOVERNMENT** [5] - 3307:9, 3309:2, 3369:13, 3369:19, 3370:6
**GOVERNOR** [2] - 3361:23, 3372:19
**GOVERNOR'S** [3] - 3372:19, 3372:20, 3373:1
**GRADUATE** [1] - 3334:3
**GRADUATED** [3] - 3312:15, 3313:5, 3313:6
**GRADUATING** [1] - 3332:1
**GRAMMATICAL** [1] - 3351:11
**GRAND** [1] - 3318:14
**GREAT** [3] - 3323:11, 3363:9, 3363:12
**GREATER** [3] - 3344:5, 3371:11, 3371:12
**GREIF** [1] - 3308:7
**GROUP** [5] - 3314:4, 3315:17, 3316:25, 3323:9, 3325:15
**GROUPS** [6] - 3317:5, 3318:4, 3318:6, 3318:22, 3340:11, 3385:13
**GUESS** [6] - 3345:19, 3352:23, 3358:6, 3380:12, 3380:14, 3397:17
**GUIDANCE** [12] - 3334:23, 3335:12, 3343:5, 3343:7, 3347:16, 3366:2, 3373:23, 3374:20, 3375:24, 3376:4, 3377:6, 3377:13
**GUIDELINES** [2] - 3344:16, 3366:4
**GULF** [12] - 3326:25, 3327:9, 3352:11, 3352:13, 3353:5, 3353:7, 3367:2, 3367:3, 3376:3, 3382:1, 3382:19
**GUY** [1] - 3324:14
**GUYS** [1] - 3315:3

# H

**H** [1] - 3312:6
**H-A-W-E-S** [1] - 3312:6

**HABITAT** [1] - 3327:8
**HAD** [87] - 3312:21, 3313:12, 3314:5, 3314:22, 3315:2, 3316:5, 3316:7, 3316:19, 3316:20, 3316:23, 3317:23, 3319:25, 3321:21, 3322:2, 3322:3, 3322:6, 3328:3, 3328:11, 3329:21, 3330:16, 3330:23, 3333:5, 3334:11, 3334:13, 3334:14, 3334:16, 3334:18, 3334:22, 3338:3, 3342:18, 3342:21, 3343:11, 3344:11, 3350:4, 3353:15, 3353:24, 3354:17, 3354:19, 3357:19, 3359:12, 3360:18, 3364:16, 3366:8, 3366:13, 3368:17, 3368:24, 3369:9, 3372:17, 3374:1, 3374:3, 3374:4, 3374:6, 3374:8, 3377:7, 3377:23, 3379:10, 3380:6, 3381:12, 3384:16, 3385:10, 3385:16, 3385:20, 3388:23, 3388:24, 3393:25, 3398:9, 3399:1, 3399:4, 3399:11, 3400:2, 3400:8, 3400:11, 3400:16, 3401:9, 3401:22, 3402:1, 3402:6, 3402:10, 3402:16, 3402:25
**HALF** [7] - 3313:11, 3314:17, 3358:23, 3371:6, 3379:24, 3381:5, 3383:13
**HAND** [3] - 3331:17, 3363:20, 3383:22
**HANDLE** [2] - 3333:15, 3394:10
**HANDWRITING** [3] - 3391:23, 3392:25, 3393:6
**HANDY** [1] - 3353:20
**HAPPEN** [4] - 3318:16, 3318:18, 3339:10, 3373:21
**HAPPENED** [5] - 3334:18, 3360:15,

3372:11, 3373:22, 3395:17
**HAPPENING** [4] - 3321:16, 3355:5, 3355:16, 3401:5
**HAPPENS** [2] - 3341:9, 3342:9
**HARD** [3] - 3345:9, 3381:18, 3382:20
**HARMED** [1] - 3345:24
**HAS** [24] - 3310:11, 3311:14, 3312:9, 3312:10, 3312:12, 3318:24, 3320:7, 3320:18, 3322:15, 3323:11, 3327:13, 3328:23, 3329:1, 3329:8, 3337:17, 3344:2, 3344:9, 3344:21, 3346:20, 3352:18, 3360:7, 3383:23, 3386:25, 3396:24
**HAVE** [147] - 3310:10, 3310:11, 3310:19, 3310:22, 3311:10, 3311:15, 3312:22, 3313:3, 3314:22, 3315:6, 3316:3, 3316:9, 3317:6, 3317:13, 3317:14, 3317:16, 3318:1, 3318:13, 3318:19, 3321:1, 3321:5, 3322:8, 3322:11, 3323:1, 3325:14, 3325:20, 3326:10, 3327:16, 3328:17, 3329:13, 3329:14, 3329:15, 3329:17, 3330:11, 3330:21, 3330:24, 3331:1, 3331:12, 3331:13, 3332:9, 3332:18, 3333:21, 3333:25, 3334:3, 3335:18, 3335:23, 3336:14, 3338:15, 3339:1, 3340:2, 3340:5, 3340:7, 3340:19, 3341:1, 3342:9, 3342:25, 3343:9, 3343:10, 3343:21, 3343:24, 3343:25, 3344:1, 3344:4, 3344:7, 3344:13, 3344:14, 3344:16, 3346:25, 3347:19, 3348:5,

3350:3, 3350:15, 3351:1, 3351:12, 3352:14, 3354:3, 3355:2, 3355:7, 3356:1, 3356:4, 3357:1, 3358:20, 3359:5, 3361:17, 3362:5, 3363:2, 3363:18, 3364:1, 3364:24, 3365:18, 3367:15, 3368:13, 3368:25, 3369:9, 3369:15, 3369:16, 3370:13, 3370:15, 3370:16, 3370:18, 3370:19, 3371:16, 3373:14, 3374:7, 3376:1, 3377:17, 3381:7, 3381:14, 3381:16, 3381:21, 3381:22, 3381:23, 3382:7, 3382:24, 3384:12, 3384:22, 3385:4, 3385:19, 3385:21, 3385:23, 3386:21, 3387:3, 3387:12, 3387:13, 3387:19, 3388:22, 3388:24, 3390:4, 3390:5, 3390:13, 3390:22, 3391:11, 3391:14, 3391:21, 3392:24, 3393:6, 3393:12, 3393:16, 3396:21, 3399:18, 3401:18, 3402:3, 3404:24
**HAVEN'T** [1] - 3328:18
**HAVING** [4] - 3310:8, 3313:25, 3324:7, 3324:9
**HAWES** [15] - 3309:3, 3311:14, 3311:18, 3311:22, 3312:6, 3312:9, 3312:11, 3312:15, 3313:1, 3321:11, 3325:25, 3326:9, 3326:14, 3331:4, 3335:22
**HB-406** [1] - 3308:17
**HE** [19] - 3324:15, 3330:17, 3330:18, 3330:19, 3332:2, 3332:3, 3338:21, 3338:22, 3356:10, 3372:19, 3372:25, 3373:8, 3379:1, 3391:7, 3394:2,

3395:19, 3397:17, 3403:20
**HE'S** [3] - 3356:10, 3398:16, 3402:20
**HEADED** [1] - 3321:17
**HEADQUARTERS** [3] - 3335:12, 3341:21, 3348:1
**HEAR** [3] - 3315:8, 3326:17, 3337:25
**HEARD** [1] - 3306:8
**HEAVY** [1] - 3390:21
**HELD** [5] - 3312:12, 3333:4, 3373:6, 3385:14, 3388:16
**HELP** [8] - 3316:11, 3317:20, 3319:7, 3320:21, 3323:15, 3323:24, 3328:16, 3373:2
**HELPED** [4] - 3317:23, 3324:10, 3373:14, 3378:3
**HELPFUL** [3] - 3376:1, 3383:11, 3386:9
**HELPING** [1] - 3322:12
**HELPS** [5] - 3310:13, 3311:12, 3362:13, 3382:3, 3382:13
**HER** [4] - 3311:17, 3312:18, 3335:24, 3336:1
**HERE** [28] - 3315:21, 3319:21, 3319:25, 3340:2, 3341:13, 3344:12, 3347:14, 3349:10, 3351:15, 3352:14, 3355:3, 3358:15, 3358:21, 3367:7, 3375:18, 3376:2, 3376:10, 3379:5, 3381:4, 3381:5, 3381:10, 3381:24, 3382:20, 3382:22, 3383:1, 3395:17, 3397:24, 3400:23
**HERE'S** [1] - 3340:2
**HEREBY** [1] - 3405:13
**HERONS** [1] - 3323:12
**HIGH** [5] - 3344:18, 3357:20, 3358:21, 3358:23, 3366:10
**HIGHER** [3] - 3344:5, 3344:6, 3357:20

**HIGHLIGHTED** [1] - 3351:21

**HIM** [7] - 3348:20, 3348:21, 3373:2, 3380:14, 3380:15, 3393:1, 3396:25

**HIS** [9] - 3332:5, 3332:9, 3339:4, 3339:12, 3356:9, 3356:11, 3396:25, 3398:19, 3399:18

**HISTORICAL** [1] - 3327:23

**HOLD** [1] - 3313:21

**HOLDING** [1] - 3369:12

**HOLE** [1] - 3320:5

**HONEYCUTT** [1] - 3307:11

**HONOR** [49] - 3310:15, 3311:5, 3311:13, 3312:9, 3315:20, 3331:3, 3331:12, 3331:24, 3332:11, 3346:24, 3347:3, 3348:15, 3351:13, 3355:7, 3356:12, 3362:17, 3363:12, 3363:18, 3372:6, 3378:25, 3382:9, 3386:7, 3390:13, 3390:18, 3390:24, 3391:8, 3391:16, 3393:1, 3393:5, 3393:12, 3393:13, 3393:16, 3393:20, 3393:23, 3393:25, 3394:4, 3394:11, 3394:13, 3395:20, 3398:14, 3399:16, 3402:18, 3403:7, 3403:10, 3403:16, 3404:20, 3404:24

**HONORABLE** [1] - 3306:8

**HOPE** [4] - 3306:13, 3346:17, 3391:21, 3398:17

**HORRIBLE** [2] - 3392:24, 3393:6

**HOUR** [1] - 3313:13

**HOURS** [2] - 3391:22, 3393:3

**HOUSE** [3] - 3338:6, 3395:14, 3401:19

**HOW** [40] - 3313:3, 3317:22, 3317:25, 3319:8, 3319:17, 3319:19, 3320:11,

3320:19, 3324:25, 3332:18, 3333:1, 3334:23, 3337:16, 3340:21, 3342:16, 3343:5, 3343:8, 3344:9, 3344:20, 3345:6, 3348:8, 3354:13, 3360:1, 3360:23, 3366:2, 3366:4, 3373:21, 3373:22, 3375:10, 3376:25, 3377:6, 3384:15, 3384:18, 3384:19, 3384:20, 3388:13, 3389:1, 3393:19, 3396:5, 3400:21

**HOWEVER** [1] - 3339:5

**HUGE** [3] - 3382:19, 3383:2, 3387:14

**HUMAN** [9] - 3345:3, 3345:4, 3345:19, 3346:3, 3379:12, 3392:16, 3396:18, 3396:22, 3397:2

**HUNDRED** [1] - 3350:9

**HUNT** [1] - 3318:11

**HURRICANE** [13] - 3321:13, 3323:24, 3326:21, 3330:12, 3332:3, 3333:16, 3335:21, 3356:6, 3356:17, 3356:23, 3403:2, 3403:12

**HURRICANES** [2] - 3356:25, 3357:3

**HYPOTHETICALLY** [2] - 3343:21, 3345:20

**I**

**I** [297] - 3309:1, 3310:1, 3310:7, 3310:9, 3310:12, 3310:17, 3310:19, 3311:10, 3311:17, 3313:6, 3313:10, 3313:12, 3313:13, 3313:16, 3313:22, 3314:2, 3314:12, 3314:14, 3314:15, 3314:16, 3314:24, 3314:25, 3315:2, 3315:5, 3315:8, 3315:21, 3316:13, 3316:18, 3316:19, 3316:20, 3316:22, 3317:2, 3317:6, 3317:8, 3317:12,

3317:13, 3317:14, 3317:15, 3317:16, 3317:17, 3317:23, 3317:24, 3318:11, 3320:21, 3320:23, 3320:24, 3321:4, 3321:5, 3321:16, 3321:18, 3321:19, 3324:9, 3324:13, 3324:14, 3324:17, 3324:22, 3325:19, 3326:3, 3326:4, 3326:6, 3326:7, 3326:10, 3326:16, 3327:18, 3328:3, 3328:4, 3328:6, 3328:11, 3328:12, 3328:18, 3329:1, 3329:7, 3330:1, 3330:8, 3330:9, 3330:16, 3330:20, 3330:21, 3330:22, 3331:1, 3331:3, 3331:14, 3332:9, 3332:16, 3332:24, 3333:2, 3333:5, 3333:6, 3333:8, 3333:11, 3333:21, 3333:24, 3334:3, 3334:4, 3334:6, 3335:23, 3336:25, 3339:14, 3343:1, 3343:3, 3343:14, 3343:25, 3344:20, 3344:22, 3344:23, 3344:24, 3344:25, 3345:2, 3345:16, 3345:19, 3346:18, 3347:1, 3347:3, 3347:5, 3347:7, 3347:16, 3347:25, 3348:4, 3348:17, 3348:19, 3351:4, 3351:10, 3351:14, 3351:15, 3352:15, 3352:23, 3353:2, 3353:22, 3354:19, 3354:20, 3354:24, 3355:10, 3355:20, 3356:9, 3356:13, 3356:14, 3357:19, 3358:3, 3358:6, 3358:25, 3359:12, 3362:7, 3362:10, 3362:11, 3363:4, 3363:5, 3363:20, 3363:21, 3364:3, 3364:8, 3365:12, 3366:21, 3367:4, 3368:2, 3369:1, 3369:4, 3369:25,

3370:10, 3370:23, 3372:2, 3372:13, 3372:24, 3373:7, 3374:20, 3375:3, 3375:7, 3375:19, 3376:1, 3376:19, 3377:16, 3378:25, 3379:3, 3380:8, 3380:12, 3380:14, 3380:24, 3381:9, 3381:17, 3382:4, 3382:6, 3382:8, 3382:9, 3382:11, 3383:11, 3383:14, 3383:19, 3384:1, 3384:4, 3384:8, 3385:23, 3386:8, 3386:10, 3386:18, 3387:8, 3388:17, 3389:5, 3389:11, 3389:13, 3390:13, 3390:21, 3391:1, 3391:3, 3391:6, 3391:11, 3391:12, 3391:14, 3391:15, 3391:16, 3391:21, 3391:23, 3392:1, 3392:4, 3392:22, 3392:24, 3392:25, 3393:4, 3393:5, 3393:12, 3393:16, 3393:18, 3394:6, 3394:7, 3394:8, 3394:14, 3394:22, 3395:13, 3395:23, 3396:3, 3396:21, 3397:17, 3398:17, 3398:18, 3399:14, 3399:5, 3399:9, 3399:16, 3399:20, 3400:1, 3400:5, 3400:11, 3400:21, 3401:6, 3401:8, 3401:21, 3402:5, 3402:12, 3402:19, 3403:1, 3403:10, 3403:19, 3403:20, 3403:22, 3404:4, 3404:8, 3404:9, 3404:20, 3404:22, 3405:1, 3405:4, 3405:12

**I'D** [2] - 3313:16, 3334:7

**I'LL** [9] - 3362:5, 3380:1, 3382:6, 3382:12, 3394:9, 3394:16, 3398:25, 3399:18, 3404:10

**I'M** [24] - 3315:8, 3315:25, 3317:13,

3320:24, 3326:16, 3330:3, 3331:6, 3335:6, 3351:15, 3354:19, 3355:14, 3358:24, 3362:7, 3364:16, 3369:1, 3369:24, 3371:7, 3372:24, 3375:25, 3379:15, 3393:21, 3394:22, 3397:23, 3402:21

**I'VE** [8] - 3312:21, 3313:4, 3319:3, 3320:22, 3322:14, 3326:2, 3362:5, 3362:13

**IBOS** [3] - 3308:16, 3405:12, 3405:20

**IDEA** [7] - 3314:21, 3318:23, 3324:24, 3358:18, 3362:13, 3382:7, 3387:25

**IDENTIFICATION** [1] - 3379:6

**IDENTIFIED** [14] - 3335:14, 3337:12, 3340:23, 3341:3, 3341:25, 3343:1, 3347:6, 3352:2, 3352:5, 3354:22, 3378:21, 3382:16, 3383:23, 3396:2

**IDENTIFIES** [1] - 3354:9

**IDENTIFY** [8] - 3337:8, 3344:8, 3365:16, 3367:23, 3368:6, 3368:12, 3372:13, 3379:19

**IDENTIFYING** [4] - 3337:14, 3341:7, 3384:24

**IF** [98] - 3311:10, 3318:12, 3318:13, 3318:16, 3319:21, 3321:4, 3322:21, 3323:25, 3330:17, 3337:1, 3337:17, 3337:19, 3338:3, 3338:8, 3338:13, 3339:7, 3340:4, 3341:12, 3341:22, 3341:24, 3342:8, 3342:9, 3342:12, 3342:17, 3343:10, 3343:21, 3344:4, 3344:6, 3344:24, 3345:3, 3345:11, 3345:19, 3347:7, 3347:22, 3348:12,

DAILY COPY

3348:21, 3348:25, 3349:4, 3353:2, 3354:1, 3355:24, 3356:18, 3357:20, 3358:4, 3358:18, 3360:15, 3360:24, 3362:2, 3362:16, 3363:20, 3367:25, 3368:16, 3368:23, 3369:23, 3369:24, 3370:2, 3370:13, 3370:16, 3370:18, 3373:8, 3374:14, 3375:1, 3375:19, 3375:25, 3377:20, 3379:1, 3380:8, 3380:12, 3380:22, 3381:10, 3382:4, 3382:9, 3382:17, 3382:20, 3383:2, 3383:25, 3384:25, 3385:22, 3386:7, 3386:13, 3386:24, 3387:3, 3387:6, 3387:8, 3387:16, 3388:8, 3390:10, 3390:17, 3393:2, 3393:7, 3393:16, 3394:8, 3402:21, 3402:22, 3403:8, 3404:18

**IGNORED** [1] - 3317:24

**II** [2] - 3307:19, 3308:1

**III** [1] - 3335:5

**IMAGINE** [1] - 3310:9

**IMPACT** [6] - 3313:24, 3327:8, 3346:3, 3357:2, 3401:23

**IMPACTED** [2] - 3345:4, 3345:20

**IMPACTS** [6] - 3326:25, 3345:25, 3351:25, 3353:15, 3354:8, 3354:23

**IMPLEMENT** [2] - 3403:6, 3404:6

**IMPLEMENTED** [3] - 3325:1, 3329:14, 3330:12

**IMPLEMENTING** [1] - 3317:21

**IMPLICATIONS** [2] - 3403:4, 3403:14

**IMPORTANT** [1] - 3384:22

**IMPRESSED** [1] - 3319:2

**IMPROPER** [1] - 3394:3

**IN** [355] - 3310:5, 3311:2, 3311:6, 3311:14, 3311:17, 3311:18, 3312:9, 3312:17, 3313:2, 3313:3, 3313:4, 3313:6, 3313:7, 3313:12, 3313:20, 3314:5, 3314:12, 3314:16, 3315:1, 3315:10, 3315:12, 3315:24, 3316:3, 3316:6, 3316:20, 3317:5, 3317:7, 3317:20, 3317:21, 3318:4, 3318:6, 3318:13, 3318:16, 3318:25, 3319:21, 3319:22, 3319:25, 3320:1, 3320:11, 3320:19, 3321:5, 3321:6, 3321:15, 3322:12, 3323:14, 3323:25, 3324:1, 3324:4, 3324:5, 3324:12, 3324:19, 3324:21, 3325:3, 3326:24, 3327:8, 3327:12, 3327:13, 3327:21, 3328:4, 3328:11, 3328:15, 3329:9, 3329:10, 3329:11, 3329:14, 3329:19, 3330:8, 3330:12, 3330:14, 3331:13, 3331:18, 3332:1, 3332:2, 3332:21, 3332:23, 3333:1, 3333:2, 3333:5, 3333:6, 3333:9, 3333:11, 3333:12, 3333:20, 3333:24, 3334:4, 3334:6, 3334:8, 3334:16, 3334:18, 3334:25, 3335:4, 3335:5, 3335:12, 3336:2, 3336:5, 3336:11, 3336:15, 3336:17, 3337:16, 3338:5, 3338:12, 3339:8, 3339:13, 3339:16, 3340:7, 3340:10, 3340:15, 3340:23, 3341:3, 3341:13, 3341:17, 3341:18, 3342:7, 3343:2, 3343:11, 3343:25, 3344:3,

3344:5, 3344:9, 3344:14, 3344:21, 3345:2, 3345:4, 3345:5, 3345:10, 3345:14, 3345:15, 3345:20, 3345:22, 3346:1, 3346:2, 3346:6, 3346:8, 3346:13, 3346:14, 3346:16, 3346:20, 3346:21, 3347:14, 3347:24, 3348:6, 3349:2, 3349:16, 3349:17, 3349:18, 3349:24, 3350:8, 3350:24, 3351:21, 3351:22, 3352:3, 3352:10, 3352:18, 3353:13, 3353:22, 3353:25, 3354:3, 3354:9, 3354:15, 3354:19, 3354:22, 3355:2, 3355:6, 3355:19, 3356:2, 3356:19, 3356:20, 3356:24, 3356:25, 3357:3, 3357:7, 3357:13, 3357:24, 3357:25, 3358:2, 3358:6, 3358:13, 3358:15, 3358:22, 3358:24, 3358:25, 3359:17, 3359:19, 3359:20, 3359:21, 3360:2, 3360:5, 3360:7, 3360:10, 3360:11, 3360:22, 3361:4, 3362:1, 3362:19, 3362:24, 3363:2, 3363:7, 3363:8, 3363:16, 3364:4, 3364:7, 3364:8, 3364:14, 3364:22, 3364:23, 3364:24, 3365:14, 3365:15, 3365:20, 3366:1, 3366:6, 3366:7, 3366:8, 3366:11, 3366:20, 3367:7, 3367:12, 3367:22, 3368:2, 3368:16, 3368:18, 3369:14, 3369:21, 3370:4, 3370:22, 3371:9, 3371:11, 3371:23, 3372:2, 3372:14, 3373:1, 3373:3, 3373:14, 3373:22, 3374:2, 3374:3, 3374:9, 3375:2, 3375:7,

3375:8, 3375:11, 3375:12, 3375:15, 3375:16, 3375:18, 3376:4, 3376:9, 3376:17, 3376:25, 3377:10, 3377:14, 3377:25, 3378:1, 3378:3, 3378:11, 3379:4, 3379:9, 3379:11, 3380:8, 3380:15, 3380:18, 3380:20, 3380:25, 3381:5, 3381:18, 3381:24, 3382:17, 3382:18, 3382:19, 3382:21, 3383:3, 3384:2, 3384:10, 3384:12, 3384:17, 3384:23, 3385:25, 3386:2, 3386:3, 3387:2, 3388:16, 3388:19, 3388:22, 3389:1, 3389:2, 3389:17, 3389:23, 3389:25, 3390:3, 3390:7, 3390:20, 3391:16, 3391:22, 3393:3, 3393:8, 3393:10, 3394:7, 3394:15, 3394:20, 3395:5, 3395:18, 3396:4, 3396:10, 3396:16, 3396:18, 3397:8, 3397:10, 3397:11, 3397:13, 3398:1, 3398:3, 3398:4, 3398:10, 3398:20, 3399:1, 3399:5, 3399:23, 3400:2, 3400:9, 3400:23, 3400:25, 3401:2, 3401:7, 3401:8, 3401:9, 3402:15, 3404:9, 3404:16, 3405:1, 3405:5, 3405:15

**INADVISABLE** [1] - 3356:21

**INCIDENTAL** [1] - 3375:8

**INCLUDE** [7] - 3314:3, 3317:1, 3329:8, 3329:16, 3343:2, 3349:12, 3366:16

**INCLUDED** [8] - 3317:5, 3347:24, 3359:20, 3380:25, 3385:25, 3386:2, 3388:6, 3400:25

**INCLUDES** [1] - 3353:4

**INCLUDING** [2] - 3336:9, 3337:21

**INCLUSION** [1] - 3357:3

**INCREASE** [7] - 3353:25, 3356:2, 3356:3, 3371:9, 3382:19, 3383:3, 3383:4

**INCREASED** [2] - 3378:16, 3379:6

**INCREASING** [1] - 3361:1

**INDEED** [1] - 3331:5

**INDICATE** [3] - 3352:17, 3353:23, 3362:2

**INDICATED** [1] - 3402:15

**INDICATING** [1] - 3382:22

**INDICATING)** [5] - 3352:12, 3362:4, 3381:5, 3381:18, 3383:15

**INDICATION** [1] - 3341:1

**INDUSTRY** [1] - 3373:1

**INFLECTED** [1] - 3397:13

**INFORM** [4] - 3398:10, 3399:1, 3400:2, 3400:8

**INFORMATION** [26] - 3338:11, 3338:13, 3340:15, 3346:15, 3347:19, 3348:5, 3348:7, 3372:15, 3373:7, 3374:1, 3375:15, 3376:4, 3377:23, 3378:2, 3379:4, 3384:13, 3384:15, 3384:16, 3384:22, 3386:21, 3387:5, 3388:24, 3388:25, 3400:5, 3401:1, 3401:9

**INFORMED** [1] - 3398:5

**INFORMING** [2] - 3403:3, 3403:13

**INITIAL** [5] - 3332:21, 3359:17, 3364:9, 3385:10, 3387:25

**INITIALLY** [1] - 3320:12

**INITIATED** [2] - 3364:11, 3364:12

**INITIATION** [2] - 3387:21, 3388:2

**INPUT** [2] - 3347:19, 3348:5

**INSERT** [1] - 3358:4

**INSOFAR** [1] - 3382:17

**INSTANCE** [1] - 3318:7

**INSTEAD** [1] - 3394:16

**INSURERS** [1] - 3307:22

**INTEND** [1] - 3393:22

**INTENDS** [1] - 3394:2

**INTENSIVE** [1] - 3334:5

**INTENSIVELY** [1] - 3322:25

**INTERACTIONS** [1] - 3385:6

**INTERAGENCY** [1] - 3316:25

**INTERDISCIPLINARY** [4] - 3313:25, 3314:4, 3314:5, 3339:19

**INTEREST** [10] - 3340:23, 3346:21, 3350:23, 3351:3, 3351:6, 3351:7, 3351:23, 3352:2, 3352:3, 3398:4

**INTERESTED** [2] - 3340:11, 3385:13

**INTERESTING** [2] - 3310:7, 3320:14

**INTERMEDIATE** [1] - 3327:15

**INTERNAL** [1] - 3360:1

**INTERRELATED** [1] - 3379:11

**INTERRUPT** [1] - 3343:14

**INTERSECTION** [1] - 3369:3

**INTO** [21] - 3310:7, 3315:17, 3322:7, 3323:21, 3328:24, 3337:2, 3337:15, 3345:5, 3345:10, 3345:23, 3346:5, 3352:13, 3353:7, 3354:1, 3354:6, 3356:1, 3368:8,

3382:24, 3383:3, 3384:21, 3385:3

**INTRODUCE** [1] - 3393:22

**INTRODUCED** [2] - 3310:18, 3393:22

**INTRODUCING** [1] - 3333:24

**INTRODUCTION** [1] - 3312:8

**INTRUSION** [3] - 3354:9, 3354:21, 3379:12

**INVESTED** [1] - 3375:11

**INVESTIGATE** [1] - 3332:6

**INVESTIGATED** [1] - 3379:8

**INVESTIGATING** [1] - 3386:20

**INVESTIGATION** [1] - 3342:2

**INVESTIGATIONS** [2] - 3350:13, 3350:14

**INVESTMENT** [2] - 3375:13, 3378:18

**INVOLVE** [1] - 3343:3

**INVOLVED** [3] - 3323:18, 3339:23, 3401:9

**INVOLVES** [1] - 3339:9

**IRRELEVANT** [1] - 3348:15

**IS** [245] - 3310:15, 3310:22, 3311:1, 3311:2, 3311:14, 3313:5, 3314:9, 3314:19, 3315:24, 3318:7, 3318:24, 3319:3, 3319:7, 3320:12, 3320:19, 3321:1, 3321:3, 3321:24, 3322:16, 3322:17, 3323:6, 3323:7, 3323:20, 3323:25, 3324:6, 3324:25, 3325:1, 3325:2, 3325:18, 3325:22, 3326:1, 3326:21, 3326:25, 3327:3, 3327:10, 3327:17, 3327:24, 3328:2, 3328:9, 3328:15, 3328:17, 3329:6, 3329:12, 3329:23, 3330:4, 3331:6, 3331:7,

3331:22, 3331:23, 3332:2, 3333:12, 3334:8, 3335:5, 3335:10, 3335:19, 3335:24, 3335:25, 3336:11, 3337:3, 3337:4, 3337:6, 3337:7, 3337:20, 3338:3, 3338:11, 3338:13, 3338:14, 3339:7, 3339:8, 3339:10, 3340:2, 3340:15, 3341:4, 3341:5, 3341:6, 3341:9, 3341:10, 3341:13, 3341:16, 3341:17, 3341:22, 3341:24, 3342:8, 3342:10, 3343:3, 3343:6, 3343:7, 3343:8, 3343:9, 3343:15, 3343:23, 3344:1, 3344:17, 3344:25, 3345:2, 3345:11, 3346:15, 3346:20, 3347:13, 3347:22, 3347:23, 3348:5, 3348:8, 3348:17, 3348:21, 3348:24, 3350:9, 3350:14, 3350:17, 3351:2, 3351:3, 3351:8, 3351:14, 3351:18, 3351:21, 3352:10, 3352:18, 3352:19, 3352:20, 3353:23, 3353:24, 3354:15, 3354:25, 3355:3, 3355:11, 3355:15, 3355:22, 3355:23, 3355:25, 3358:9, 3358:15, 3358:19, 3358:20, 3359:1, 3359:3, 3359:6, 3359:13, 3359:23, 3359:24, 3359:25, 3360:3, 3360:4, 3360:5, 3360:13, 3360:20, 3360:21, 3362:18, 3362:19, 3365:21, 3367:4, 3367:5, 3367:6, 3367:7, 3368:1, 3368:6, 3369:6, 3369:21, 3369:23, 3370:1, 3370:6, 3371:7, 3371:10, 3371:11, 3372:21, 3374:5, 3374:14, 3374:23, 3376:4, 3376:11,

3376:24, 3377:9, 3378:9, 3378:10, 3378:12, 3378:16, 3378:21, 3379:16, 3379:22, 3380:4, 3380:10, 3381:9, 3381:12, 3382:15, 3382:16, 3383:7, 3383:19, 3384:4, 3385:25, 3386:2, 3386:7, 3386:8, 3386:22, 3387:10, 3387:20, 3388:10, 3388:13, 3389:16, 3389:19, 3390:9, 3390:10, 3390:12, 3390:25, 3391:1, 3391:24, 3392:2, 3392:5, 3392:8, 3392:15, 3393:4, 3393:8, 3394:3, 3395:8, 3395:13, 3397:2, 3397:16, 3397:17, 3397:19, 3399:13, 3400:15, 3400:23, 3402:1, 3402:6, 3402:9, 3403:2, 3403:8, 3403:12, 3404:1, 3404:5, 3404:16, 3404:18, 3404:23, 3405:14

**ISLE** [1] - 3318:14

**ISN'T** [8] - 3328:14, 3328:20, 3328:22, 3339:2, 3392:24, 3399:23, 3401:22, 3402:24

**ISSUE** [5] - 3337:17, 3338:9, 3347:16, 3376:25, 3399:10

**ISSUED** [1] - 3361:21

**ISSUES** [5] - 3312:19, 3343:11, 3376:17, 3396:4, 3403:23

**IT** [331] - 3310:13, 3311:21, 3311:23, 3314:18, 3314:21, 3315:12, 3315:14, 3315:21, 3316:1, 3316:13, 3316:14, 3316:15, 3316:18, 3316:19, 3318:10, 3318:11, 3318:15, 3318:18, 3318:20, 3318:24, 3319:5, 3319:20, 3319:22, 3319:23, 3319:24,

3320:3, 3320:4, 3320:5, 3320:6, 3320:19, 3320:21, 3321:1, 3321:3, 3321:20, 3322:4, 3322:5, 3322:7, 3322:9, 3322:21, 3323:20, 3324:1, 3324:2, 3324:10, 3324:11, 3324:17, 3324:18, 3324:23, 3324:25, 3325:6, 3325:7, 3325:10, 3325:12, 3325:14, 3325:18, 3327:23, 3328:4, 3328:7, 3328:12, 3328:14, 3328:17, 3328:18, 3328:19, 3328:22, 3329:4, 3329:15, 3330:8, 3330:9, 3331:21, 3332:10, 3335:2, 3336:7, 3338:2, 3339:9, 3340:1, 3340:7, 3340:20, 3340:21, 3340:25, 3341:1, 3341:10, 3342:7, 3342:8, 3342:12, 3342:18, 3342:22, 3343:9, 3344:17, 3344:25, 3345:10, 3345:19, 3346:1, 3346:16, 3348:8, 3348:10, 3348:14, 3348:20, 3348:25, 3349:5, 3349:13, 3349:19, 3349:22, 3349:24, 3350:4, 3350:5, 3350:7, 3350:8, 3350:12, 3351:7, 3351:10, 3351:12, 3352:6, 3352:11, 3352:12, 3353:4, 3353:5, 3353:6, 3353:8, 3353:14, 3353:15, 3353:18, 3354:1, 3354:8, 3354:9, 3355:3, 3355:17, 3355:22, 3356:1, 3356:4, 3356:11, 3356:14, 3356:16, 3356:23, 3357:10, 3357:12, 3357:15, 3358:1, 3358:9, 3358:17, 3359:9, 3359:10, 3359:17, 3360:18, 3360:19, 3361:19, 3362:1, 3362:7, 3362:9,

3362:10, 3362:11, 3362:12, 3362:23, 3362:24, 3363:2, 3363:7, 3363:19, 3363:20, 3363:21, 3364:12, 3364:24, 3365:8, 3365:9, 3365:10, 3365:13, 3366:2, 3366:18, 3366:21, 3367:1, 3367:14, 3367:19, 3367:22, 3368:2, 3368:6, 3368:10, 3368:19, 3368:23, 3369:2, 3369:4, 3369:5, 3370:1, 3370:24, 3371:6, 3371:11, 3371:12, 3371:13, 3371:19, 3372:1, 3372:10, 3373:3, 3373:4, 3373:7, 3373:11, 3373:15, 3374:11, 3374:16, 3375:16, 3375:20, 3375:25, 3376:1, 3376:10, 3376:13, 3377:16, 3377:18, 3377:25, 3378:1, 3378:10, 3378:18, 3379:5, 3379:8, 3379:9, 3379:25, 3380:1, 3380:2, 3380:5, 3380:14, 3380:15, 3380:16, 3380:17, 3381:2, 3381:7, 3381:17, 3382:4, 3382:5, 3382:8, 3382:12, 3383:12, 3383:16, 3383:22, 3384:18, 3384:19, 3384:21, 3385:25, 3386:1, 3386:2, 3386:6, 3386:19, 3386:21, 3386:24, 3387:3, 3387:6, 3387:25, 3388:2, 3389:6, 3389:12, 3389:14, 3389:19, 3389:20, 3389:23, 3389:24, 3389:25, 3390:7, 3390:12, 3391:2, 3391:6, 3391:23, 3392:23, 3392:24, 3393:2, 3393:5, 3393:11, 3394:1, 3394:3, 3394:6, 3394:10, 3394:13, 3396:5, 3397:5, 3397:9, 3398:13, 3399:4,

3399:14, 3399:19, 3399:23, 3400:6, 3400:15, 3400:24, 3401:2, 3401:10, 3401:11, 3401:19, 3401:22, 3402:1, 3402:6, 3402:9, 3402:24, 3403:3, 3403:8, 3403:12, 3404:1, 3404:5, 3404:16, 3404:19

**IT'LL** [1] - 3402:21

**IT'S** [67] - 3311:2, 3311:25, 3314:20, 3317:22, 3319:1, 3320:14, 3321:5, 3321:7, 3322:15, 3322:16, 3323:9, 3323:10, 3325:11, 3328:7, 3328:10, 3329:1, 3335:3, 3337:1, 3337:19, 3340:12, 3340:13, 3342:12, 3343:12, 3344:10, 3344:15, 3345:9, 3346:2, 3346:15, 3348:1, 3348:16, 3352:10, 3352:23, 3356:11, 3358:13, 3358:16, 3359:21, 3363:11, 3364:22, 3368:23, 3369:23, 3371:15, 3374:16, 3375:7, 3375:13, 3376:12, 3381:4, 3381:17, 3381:18, 3382:20, 3384:2, 3386:5, 3386:7, 3386:8, 3392:25, 3393:2, 3395:20, 3397:15, 3397:20, 3398:18, 3402:19, 3402:20, 3403:20, 3404:9, 3405:2

**ITEM** [1] - 3348:22

**ITEMS** [1] - 3347:20

**ITS** [13] - 3331:25, 3338:2, 3342:24, 3343:2, 3343:4, 3347:9, 3349:6, 3351:3, 3351:11, 3361:19, 3375:4, 3395:1, 3398:4

**ITSELF** [9] - 3343:15, 3349:18, 3357:11, 3368:5, 3369:5, 3370:5, 3382:24, 3384:20, 3387:15

## J

**J** [2] - 3308:1, 3309:7
**JAMES** [4] - 3307:1, 3308:8, 3331:18, 3331:22
**JEFFERSON** [1] - 3307:2
**JEFFREY** [1] - 3308:6
**JOB** [3] - 3319:11, 3321:6, 3321:7
**JOHN** [2] - 3308:12
**JONATHAN** [2] - 3306:19, 3326:16
**JOSEPH** [2] - 3306:16, 3306:16
**JOSHUA** [1] - 3307:15
**JR** [8] - 3306:8, 3307:5, 3307:12, 3307:18, 3307:18, 3308:5, 3308:8, 3391:15
**JUDGE** [2] - 3306:8, 3347:5
**JUDGE'S** [1] - 3379:15
**JUNIOR** [2] - 3321:17, 3327:3
**JURISDICTION** [1] - 3401:20
**JUST** [64] - 3311:25, 3313:16, 3313:22, 3314:24, 3315:18, 3316:13, 3317:22, 3317:24, 3319:12, 3319:20, 3320:5, 3320:14, 3320:16, 3320:25, 3322:4, 3323:23, 3325:21, 3326:3, 3326:8, 3326:16, 3326:19, 3328:4, 3328:11, 3328:21, 3329:7, 3331:12, 3337:23, 3341:12, 3343:4, 3343:14, 3343:18, 3344:25, 3349:16, 3349:18, 3352:14, 3353:2, 3354:23, 3356:13, 3358:14, 3362:19, 3363:4, 3364:16, 3368:2, 3369:2, 3371:24, 3374:2, 3376:2, 3377:9, 3379:10, 3381:25, 3383:11, 3383:22, 3384:4, 3387:17, 3387:19, 3388:20, 3389:3,

3390:17, 3392:20, 3392:25, 3393:8, 3393:16, 3393:23, 3403:14

**JUSTICE** [1] - 3308:4
**JUSTIFICATION** [1] - 3389:21
**JUSTIFIED** [1] - 3368:22
**JUSTIFY** [5] - 3366:11, 3368:17, 3370:23, 3372:3, 3374:11
**JUSTIFYING** [1] - 3365:13

## K

**K** [2] - 3308:9, 3308:11
**KALIMAH** [1] - 3308:6
**KARA** [2] - 3308:9, 3310:15
**KAREN** [3] - 3308:16, 3405:12, 3405:20
**KATRINA** [11] - 3317:11, 3321:14, 3326:21, 3330:12, 3332:3, 3333:16, 3403:2, 3403:12, 3404:1, 3404:5
**KEA** [1] - 3306:20
**KEEP** [2] - 3395:1, 3397:16
**KEEPING** [1] - 3372:1
**KELLS** [1] - 3308:7
**KEY** [1] - 3376:4
**KIND** [6] - 3313:17, 3343:20, 3345:9, 3362:7, 3379:25, 3382:20
**KINDERGARTEN** [1] - 3313:11
**KNEW** [2] - 3324:15, 3399:9
**KNOW** [37] - 3317:25, 3329:1, 3329:4, 3330:16, 3331:7, 3332:9, 3336:1, 3339:14, 3343:9, 3347:1, 3347:22, 3347:25, 3348:1, 3348:4, 3348:17, 3349:25, 3351:4, 3351:13, 3353:2, 3356:13, 3361:25, 3375:6, 3376:23, 3381:25,

3383:12, 3384:4, 3384:19, 3385:10, 3386:4, 3394:7, 3399:8, 3399:9, 3400:1, 3401:21, 3402:12, 3403:1, 3404:8
**KNOWING** [2] - 3317:22, 3391:13
**KNOWLEDGE** [13] - 3317:19, 3342:24, 3372:8, 3389:16, 3398:13, 3400:5, 3400:16, 3401:23, 3402:2, 3402:6, 3402:10, 3402:16, 3402:25
**KNOWLEDGEABLE** [1] - 3400:6

## L

**LA** [10] - 3306:17, 3306:21, 3307:3, 3307:6, 3307:10, 3307:13, 3307:16, 3307:20, 3308:3, 3322:3
**LABELED** [1] - 3363:19
**LABOR** - 3390:19
**LABRANCHE** [1] - 3325:2
**LACK** [1] - 3328:25
**LADIES** [1] - 3312:23
**LAFAYETTE** [3] - 3307:3, 3315:1, 3322:15
**LAID** [1] - 3329:7
**LAKE** [14] - 3311:3, 3317:6, 3322:7, 3326:7, 3354:2, 3354:4, 3354:6, 3355:24, 3355:25, 3381:25, 3382:22, 3382:24, 3383:3, 3383:7
**LAND** [9] - 3318:19, 3318:24, 3319:1, 3327:13, 3327:22, 3328:5, 3354:10, 3355:4, 3383:7
**LANDOWNERS** [1] - 3346:12
**LANDS** [2] - 3328:25, 3369:11
**LARGE** [3] - 3339:8, 3382:18, 3382:21
**LAST** [11] - 3310:6, 3310:7, 3312:6, 3317:2, 3331:22,

3358:3, 3380:20, 3380:24, 3381:1, 3393:5, 3404:24
**LATE** [5] - 3316:20, 3326:20, 3330:8, 3363:2, 3363:7
**LATER** [8] - 3366:12, 3400:15, 3401:22, 3402:1, 3402:6, 3402:9, 3402:21, 3402:24
**LAW** [9] - 3306:16, 3306:19, 3307:4, 3307:7, 3307:18, 3317:23, 3320:15, 3321:15, 3386:4
**LAWN** [1] - 3306:23
**LAWYER** [1] - 3390:21
**LAWYER'S** [1] - 3307:8
**LAY** [2] - 3328:17, 3355:5
**LAYS** [2] - 3329:3, 3329:4
**LEAD** [2] - 3342:4, 3361:9
**LEADER** [1] - 3337:18
**LEADERSHIP** [1] - 3336:5
**LEARN** [1] - 3389:24
**LEAST** [17] - 3340:19, 3340:21, 3344:14, 3357:3, 3359:25, 3360:20, 3361:2, 3365:16, 3367:10, 3366:14, 3370:3, 3370:25, 3371:7, 3371:8, 3375:12, 3389:3, 3404:9
**LEAVE** [2] - 3370:10, 3382:6
**LEFT** [2] - 3381:13, 3381:20
**LEGAL** [1] - 3398:14
**LEGISLATE** [1] - 3398:4
**LEGISLATION** [2] - 3338:15, 3349:18
**LENGTH** [1] - 3353:7
**LESS** [1] - 3330:18
**LET** [16] - 3311:8, 3351:13, 3351:16, 3369:1, 3377:20, 3380:1, 3380:8, 3381:25, 3382:15, 3387:8, 3393:7, 3393:15, 3396:25,

3398:3, 3399:4, 3403:2
**LET'S** [6] - 3328:20, 3336:19, 3345:3, 3355:1, 3379:15, 3395:8
**LETTER** [1] - 3338:11
**LETTERS** [1] - 3373:9
**LEVEE** [6] - 3319:21, 3323:25, 3324:3, 3333:17, 3350:23
**LEVEES** [4] - 3318:1, 3322:3, 3322:5, 3333:25
**LEVEL** [10] - 3335:12, 3338:19, 3339:15, 3341:20, 3341:21, 3344:18, 3347:14, 3354:11, 3355:20, 3379:12
**LEVELS** [1] - 3343:16
**LEVINE** [1] - 3308:8
**LIBRARIES** [1] - 3340:11
**LIED** [1] - 3390:23
**LIFE** [8] - 3323:6, 3326:20, 3348:18, 3391:16, 3395:18, 3396:18, 3396:23, 3397:2
**LIFETIME** [1] - 3326:5
**LIFTING** [1] - 3390:21
**LIGHT** [3] - 3356:19, 3360:22, 3394:20
**LIKE** [20] - 3326:20, 3334:7, 3335:20, 3336:13, 3337:10, 3339:23, 3343:8, 3345:13, 3347:5, 3355:10, 3364:3, 3365:20, 3378:24, 3380:5, 3392:1, 3395:14, 3396:4, 3398:7, 3400:21, 3405:1
**LIKELY** [9] - 3324:1, 3335:3, 3335:8, 3339:11, 3343:12, 3358:23, 3373:4, 3387:25, 3388:2
**LIMITATIONS** [2] - 3339:5, 3339:6
**LIMITED** [2] - 3391:13, 3392:11
**LINE** [2] - 3353:9,

3383:20
**LINES** [1] - 3344:1
**LIST** [6] - 3323:22, 3324:8, 3325:1, 3325:12, 3340:13, 3387:18
**LISTED** [3] - 3375:23, 3376:2, 3388:3
**LISTING** [1] - 3386:20
**LISTS** [1] - 3322:13
**LITERALLY** [1] - 3362:12
**LITIGATION** [1] - 3308:1
**LITTLE** [10] - 3314:15, 3319:16, 3320:6, 3324:13, 3337:23, 3352:13, 3352:24, 3362:7, 3374:9, 3386:21
**LIVE** [2] - 3313:1, 3322:20
**LIVED** [2] - 3312:9, 3313:3
**LLC** [2] - 3307:4, 3307:22
**LOBBY** [2] - 3389:17, 3395:9
**LOBBYING** [1] - 3395:13
**LOCAL** [8] - 3340:8, 3341:13, 3369:5, 3369:10, 3369:14, 3369:24, 3370:15, 3373:14
**LOCATED** [2] - 3315:6, 3316:3
**LOCATING** [1] - 3316:10
**LOCATION** [1] - 3310:23
**LOCATIONS** [3] - 3380:16, 3383:12, 3383:14
**LOCK** [2] - 3367:3, 3367:9
**LOCKS** [1] - 3325:6
**LONG** [5] - 3313:3, 3315:2, 3320:8, 3320:12, 3324:25, 3332:18, 3333:1, 3344:9, 3344:20
**LONG-TERM** [2] - 3320:8, 3320:12
**LONGER** [6] - 3325:10, 3360:18, 3365:10, 3365:11, 3371:16

**LOOK** [47] - 3322:25, 3323:5, 3323:11, 3323:13, 3323:14, 3323:19, 3323:24, 3337:10, 3337:21, 3338:7, 3342:1, 3342:20, 3343:8, 3345:12, 3350:12, 3350:21, 3356:6, 3356:16, 3356:19, 3357:5, 3359:3, 3359:6, 3359:22, 3360:21, 3360:24, 3365:21, 3367:14, 3367:25, 3368:23, 3370:1, 3371:23, 3373:23, 3373:24, 3374:14, 3375:6, 3377:18, 3377:20, 3382:12, 3385:22, 3386:13, 3387:16, 3387:17, 3388:8, 3393:25, 3394:8, 3394:16, 3399:18
**LOOKED** [11] - 3353:18, 3365:14, 3366:19, 3366:23, 3371:25, 3379:9, 3379:16, 3379:21, 3389:6, 3396:8, 3396:16
**LOOKING** [14] - 3315:21, 3320:12, 3338:2, 3356:23, 3365:19, 3366:22, 3367:12, 3371:20, 3372:3, 3373:11, 3379:6, 3385:18, 3394:9, 3396:3
**LOS** [1] - 3306:14
**LOSE** [2] - 3330:20, 3397:4
**LOSS** [9] - 3327:13, 3327:22, 3328:5, 3330:13, 3354:4, 3354:10, 3355:19, 3379:9
**LOSSES** [2] - 3318:3, 3321:19
**LOST** [5] - 3319:20, 3330:20, 3354:14, 3397:4, 3401:4
**LOT** [13] - 3311:6, 3320:25, 3321:23, 3325:18, 3333:16, 3334:23, 3336:10, 3339:5, 3354:4, 3356:1, 3379:4, 3382:23, 3385:6
**LOTS** [2] - 3329:19,

3329:20
**LOUIS** [1] - 3310:18
**LOUISA** [2] - 3344:22, 3345:11
**LOUISIANA** [21] - 3306:1, 3306:4, 3308:17, 3317:13, 3319:22, 3324:20, 3324:21, 3325:22, 3326:2, 3326:6, 3336:9, 3340:10, 3357:1, 3361:13, 3361:20, 3373:3, 3385:12, 3388:6, 3388:15, 3401:3, 3405:13
**LOUTRE** [1] - 3322:3
**LOWEST** [1] - 3323:2
**LUNCH** [1] - 3405:6

# M

**M** [3] - 3306:16, 3306:16, 3307:15
**MADE** [16] - 3314:21, 3320:15, 3330:21, 3330:23, 3336:8, 3339:15, 3339:18, 3347:13, 3347:18, 3354:11, 3360:23, 3366:6, 3373:15, 3374:9, 3381:19, 3391:14
**MAGNITUDE** [1] - 3373:4
**MAILING** [3] - 3387:5, 3387:18, 3387:21
**MAIN** [5] - 3307:16, 3335:2, 3344:12, 3344:17, 3379:7
**MAINLY** [6] - 3352:6, 3364:8, 3368:21, 3370:2, 3375:9
**MAINTAIN** [3] - 3361:19, 3378:17, 3383:5
**MAINTAINED** [1] - 3385:2
**MAINTAINING** [3] - 3356:3, 3372:1
**MAINTENANCE** [27] - 3330:25, 3353:25, 3361:11, 3367:8, 3367:11, 3368:22, 3369:14, 3369:17, 3369:22, 3373:19, 3373:24, 3374:3, 3374:22, 3375:9, 3375:17, 3377:4,

3377:7, 3378:1, 3378:8, 3378:14, 3379:7, 3380:22, 3384:20, 3389:10, 3390:1, 3396:5, 3396:17

**MAJOR** [1] - 3366:10

**MAJORITY** [2] - 3326:19, 3329:10

**MAKE** [23] - 3310:17, 3318:1, 3319:25, 3320:4, 3322:19, 3323:20, 3328:24, 3340:25, 3344:12, 3346:12, 3346:22, 3363:4, 3363:19, 3367:17, 3368:19, 3369:1, 3370:24, 3382:8, 3387:7, 3389:4, 3393:8, 3393:10, 3404:21

**MAKER** [4] - 3392:2, 3392:5, 3392:8, 3392:15

**MAKES** [4] - 3316:13, 3318:10, 3378:17, 3380:2

**MAKING** [1] - 3345:2

**MAN** [2] - 3324:17, 3354:11

**MAN-MADE** [1] - 3354:11

**MANAGE** [1] - 3333:23

**MANAGEMENT** [8] - 3316:23, 3332:4, 3333:7, 3333:9, 3334:6, 3364:9, 3401:12, 3401:18

**MANAGER** [16] - 3312:12, 3314:20, 3316:11, 3316:17, 3319:6, 3320:22, 3330:16, 3332:21, 3333:5, 3335:25, 3338:19, 3338:22, 3340:6, 3364:8, 3374:21, 3387:4

**MANAGERS** [4] - 3333:21, 3333:22, 3334:4, 3336:14

**MANNER** [4] - 3398:10, 3399:1, 3400:3, 3400:9

**MANUAL** [1] - 3390:19

**MANY** [8] - 3317:25, 3318:1, 3318:7, 3318:8, 3319:2, 3320:11, 3340:9,

3389:1

**MAP** [4] - 3327:23, 3352:18, 3378:24, 3379:16

**MAPS** [1] - 3327:24

**MARC** [1] - 3308:8

**MARINE** [2] - 3315:15, 3321:21

**MARITIME** [2] - 3372:18, 3373:1

**MARK** [5] - 3311:3, 3362:18, 3380:13, 3385:25, 3386:8

**MARKED** [6] - 3310:23, 3311:2, 3363:8, 3363:22, 3380:8, 3381:7

**MARKERS** [1] - 3384:5

**MARKS** [2] - 3380:5, 3382:6

**MARSH** [27] - 3313:14, 3318:1, 3318:2, 3319:21, 3319:22, 3320:1, 3320:5, 3322:3, 3322:5, 3323:3, 3323:5, 3323:14, 3327:15, 3327:16, 3329:21, 3330:19, 3330:23, 3354:4, 3354:9, 3355:16, 3365:15, 3384:25, 3385:4, 3397:9, 3401:3

**MARSHALLING** [1] - 3310:10

**MARSHES** [1] - 3357:2

**MARSHLAND** [1] - 3354:13

**MASSIVELY** [2] - 3318:8, 3318:17

**MASTER'S** [2] - 3312:16, 3313:7

**MATERIAL** [1] - 3385:3

**MATTER** [2] - 3338:16, 3405:16

**MAY** [25] - 3306:4, 3310:2, 3312:23, 3319:4, 3323:24, 3340:4, 3343:14, 3343:17, 3343:22, 3345:4, 3346:1, 3351:10, 3352:12, 3363:2, 3363:17, 3363:21, 3370:15, 3378:18, 3390:24, 3393:18, 3394:14,

3396:21, 3398:17, 3399:16, 3399:20

**MAYBE** [5] - 3322:21, 3358:21, 3374:10, 3380:15, 3389:25

**MCCONNON** [1] - 3308:8

**ME** [24] - 3310:11, 3319:2, 3320:22, 3326:17, 3326:20, 3343:14, 3344:25, 3355:7, 3369:1, 3369:21, 3369:24, 3377:20, 3380:8, 3382:4, 3382:15, 3387:8, 3390:17, 3390:22, 3393:7, 3393:15, 3398:3, 3399:4, 3399:8, 3403:2

**MEAN** [15] - 3318:11, 3319:17, 3323:3, 3327:18, 3335:1, 3343:3, 3351:4, 3351:6, 3353:2, 3356:7, 3356:13, 3369:25, 3375:7, 3400:22, 3402:3

**MEANS** [6] - 3335:3, 3335:7, 3341:6, 3351:7, 3402:5

**MEASURED** [1] - 3328:5

**MEASURES** [14] - 3332:6, 3336:21, 3356:22, 3356:24, 3361:1, 3361:7, 3364:13, 3365:23, 3367:20, 3371:21, 3372:4, 3377:8, 3389:22, 3396:4

**MECHANICAL** [1] - 3308:20

**MEDIA** [2] - 3340:11, 3385:13

**MEDIATE** [1] - 3329:8

**MEDIATED** [1] - 3317:25

**MEDIATION** [6] - 3320:15, 3320:16, 3320:17, 3329:5, 3329:8, 3329:9

**MEET** [1] - 3346:11

**MEETING** [3] - 3317:16, 3361:22, 3373:6

**MEETINGS** [5] - 3385:14, 3385:17,

3388:15, 3388:16

**MEMBER** [3] - 3313:22, 3314:24, 3317:15

**MEMBERS** [2] - 3339:19, 3350:5

**MEMORANDUM** [5] - 3352:5, 3357:10, 3357:13, 3370:14, 3370:21

**MENTION** [4] - 3328:19, 3356:23, 3357:3, 3381:9

**MENTIONED** [18] - 3321:11, 3321:23, 3333:24, 3334:25, 3341:16, 3347:16, 3348:10, 3354:20, 3355:21, 3365:24, 3366:21, 3367:6, 3370:6, 3374:21, 3379:3, 3385:11, 3386:18, 3388:18

**MENTIONING** [1] - 3329:9

**MERITS** [1] - 3335:20

**MESSED** [2] - 3362:7, 3379:25

**MET** [1] - 3360:19

**MEXICO** [2] - 3352:11, 3352:13

**MICHAEL** [3] - 3307:14, 3307:15, 3308:5

**MICHELE** [1] - 3308:7

**MIDDLE** [2] - 3312:2, 3324:1

**MIGHT** [21] - 3318:10, 3339:9, 3342:15, 3342:16, 3344:23, 3345:24, 3348:8, 3351:12, 3354:2, 3357:20, 3359:5, 3360:25, 3364:12, 3365:17, 3370:23, 3382:8, 3384:25, 3385:1, 3397:4, 3397:12

**MILE** [8] - 3352:10, 3374:2, 3376:19, 3379:24, 3383:13, 3383:19, 3384:4

**MILES** [5] - 3325:10, 3330:24, 3354:5, 3389:9

**MILLER** [22] - 3308:9, 3309:4, 3310:15, 3310:16,

3310:21, 3311:1, 3311:10, 3311:13, 3311:23, 3311:25, 3312:2, 3312:4, 3312:6, 3312:8, 3312:25, 3315:20, 3315:22, 3326:9, 3326:19, 3320:10, 3329:11, 3331:3

**MILLIONS** [1] - 3397:12

**MIND** [2] - 3362:16, 3403:8

**MINDFUL** [2] - 3391:10

**MINIMIZE** [1] - 3377:2

**MINUTE** [5] - 3331:12, 3341:12, 3358:25, 3363:13, 3392:20

**MISSION** [11] - 3334:20, 3334:25, 3335:1, 3335:3, 3336:12, 3336:17, 3343:9, 3360:24, 3365:25, 3395:1, 3397:15

**MISSISSIPPI** [13] - 3326:25, 3327:9, 3341:18, 3341:19, 3357:11, 3357:17, 3358:11, 3366:25, 3367:3, 3367:8, 3376:3, 3382:1, 3382:19

**MISTAKE** [1] - 3391:14

**MISTAKEN** [1] - 3391:16

**MISUNDERSTOOD** [1] - 3372:24

**MITIGATE** [4] - 3317:23, 3319:23, 3319:24, 3329:4

**MITIGATING** [2] - 3318:2, 3328:14

**MITIGATION** [8] - 3319:14, 3319:16, 3319:18, 3320:9, 3328:19, 3328:20, 3328:22, 3396:4

**MITSCH** [1] - 3308:9

**MIXTURE** [1] - 3368:15

**MODEL** [9] - 3319:19, 3357:22, 3357:23, 3358:16, 3358:22, 3359:18, 3360:17, 3366:12,

3366:14
**MODELING** [4] - 3370:25, 3371:1, 3371:4, 3371:5
**MODELS** [2] - 3323:11, 3323:13
**MODIFICATION** [2] - 3339:8, 3395:24
**MODIFICATIONS** [1] - 3356:20
**MODIFY** [2] - 3339:2, 3339:4
**MOMENT** [1] - 3393:16
**MONDAY** [2] - 3306:4, 3310:2
**MONETARY** [4] - 3365:14, 3365:21, 3367:19
**MONEY** [2] - 3322:9, 3361:6
**MONTH** [1] - 3325:9
**MONTHS** [1] - 3325:11
**MORE** [30] - 3317:11, 3319:16, 3320:8, 3322:5, 3324:1, 3324:15, 3325:19, 3334:23, 3335:3, 3335:8, 3336:10, 3342:2, 3342:3, 3343:12, 3343:22, 3345:11, 3353:20, 3354:6, 3356:11, 3373:15, 3375:12, 3376:1, 3378:17, 3382:9, 3383:25, 3389:23, 3389:24, 3396:2, 3398:18, 3401:6
**MORGAN** [1] - 3307:20
**MORNING** [10] - 3306:9, 3310:3, 3310:6, 3310:15, 3311:7, 3326:14, 3326:15, 3331:24, 3391:19, 3391:20
**MOST** [3] - 3351:22, 3369:15, 3370:24
**MOSTLY** [4] - 3317:15, 3323:15, 3326:8, 3368:18
**MOTION** [1] - 3399:20
**MOUTH** [1] - 3320:5
**MOVE** [4] - 3344:19, 3357:9, 3367:1, 3399:15
**MOVED** [1] - 3320:24

**MOVING** [7] - 3313:8, 3352:7, 3357:12, 3366:24, 3367:22, 3380:1
**MR** [139] - 3309:5, 3309:8, 3309:9, 3311:5, 3326:13, 3327:3, 3330:2, 3331:1, 3331:8, 3331:10, 3331:12, 3331:24, 3331:25, 3332:11, 3332:13, 3332:14, 3333:24, 3335:22, 3338:18, 3340:15, 3345:11, 3346:24, 3347:3, 3347:4, 3347:5, 3348:15, 3348:24, 3349:3, 3351:5, 3351:12, 3351:16, 3351:19, 3352:1, 3353:11, 3353:12, 3355:7, 3355:10, 3355:12, 3355:13, 3355:14, 3356:5, 3356:8, 3356:12, 3356:14, 3356:15, 3360:15, 3362:17, 3362:22, 3362:25, 3363:9, 3363:12, 3363:18, 3363:22, 3363:25, 3364:1, 3365:3, 3365:5, 3367:4, 3370:12, 3370:13, 3372:6, 3372:7, 3372:8, 3372:23, 3373:13, 3375:25, 3377:12, 3378:25, 3379:2, 3379:14, 3379:18, 3380:7, 3380:12, 3381:7, 3381:11, 3381:15, 3381:16, 3382:8, 3382:10, 3382:11, 3383:23, 3383:25, 3384:3, 3385:8, 3385:25, 3386:3, 3386:5, 3386:7, 3386:11, 3386:12, 3386:13, 3387:18, 3389:16, 3390:3, 3390:13, 3390:15, 3390:17, 3390:21, 3391:2, 3391:5, 3391:7, 3391:10, 3391:18, 3391:19, 3392:21, 3392:24, 3393:2, 3393:4, 3393:12, 3393:13, 3393:14, 3393:16, 3393:20,

3393:23, 3393:25, 3394:10, 3394:13, 3394:18, 3395:20, 3396:1, 3397:3, 3397:18, 3398:14, 3398:24, 3399:15, 3399:22, 3400:19, 3401:17, 3402:18, 3402:23, 3403:7, 3403:10, 3403:11, 3403:16, 3403:25, 3404:20, 3404:24, 3405:2, 3405:3
**MRGO** [76] - 3308:1, 3320:22, 3321:12, 3321:13, 3321:16, 3321:19, 3322:1, 3322:7, 3327:13, 3327:23, 3328:1, 3330:6, 3330:13, 3330:14, 3330:17, 3330:20, 3330:24, 3332:7, 3336:22, 3348:18, 3350:11, 3350:17, 3350:23, 3352:11, 3354:3, 3354:4, 3354:7, 3355:17, 3355:20, 3355:23, 3355:24, 3356:2, 3359:2, 3359:4, 3359:20, 3361:16, 3365:23, 3366:17, 3366:22, 3366:24, 3366:25, 3367:14, 3369:4, 3369:23, 3371:18, 3372:4, 3373:19, 3378:13, 3381:25, 3382:23, 3383:4, 3383:7, 3385:17, 3391:16, 3394:20, 3394:23, 3395:14, 3395:18, 3397:24, 3398:7, 3399:8, 3399:25, 3400:18, 3401:7, 3401:8, 3401:23, 3402:2, 3402:7, 3402:11, 3402:17, 3402:25, 3403:24, 3404:2
**MRGO'S** [6] - 3398:11, 3399:2, 3400:3, 3400:9, 3403:4, 3403:14
**MRS** [6] - 3312:11, 3312:15, 3313:1, 3321:11, 3325:25, 3326:9
**MS** [22] - 3309:4, 3310:15, 3310:21, 3311:1, 3311:10,

3311:13, 3311:23, 3311:25, 3312:2, 3312:4, 3312:6, 3312:8, 3312:25, 3315:20, 3315:22, 3326:9, 3326:14, 3326:19, 3329:10, 3329:11, 3331:3, 3331:4
**MUCH** [14] - 3310:14, 3319:19, 3325:11, 3330:20, 3330:21, 3331:4, 3332:8, 3348:8, 3348:9, 3354:13, 3374:7, 3378:1, 3381:8, 3393:20
**MUST** [1] - 3398:5
**MY** [14] - 3310:15, 3313:10, 3318:24, 3321:6, 3332:21, 3332:21, 3391:13, 3391:22, 3393:1, 3393:19, 3394:17, 3403:2, 3405:15
**MYER** [1] - 3308:10
**MYRIAD** [1] - 3345:17

# N

**N** [3] - 3309:1, 3310:1, 3331:23
**NAME** [7] - 3310:15, 3311:20, 3312:2, 3312:6, 3331:20, 3331:22, 3331:23
**NAMED** [1] - 3335:22
**NAMES** [1] - 3340:14
**NARROW** [3] - 3355:23, 3396:3, 3396:5
**NATION** [2] - 3343:21, 3345:13
**NATIONAL** [8] - 3315:15, 3316:21, 3321:21, 3326:4, 3335:17, 3335:19, 3345:13, 3361:3
**NATIONWIDE** [1] - 3344:8
**NATURAL** [12] - 3310:24, 3314:23, 3315:15, 3316:7, 3354:11, 3361:14, 3361:21, 3361:23, 3388:16, 3392:17, 3404:20, 3404:22
**NATURE** [1] - 3403:23
**NAVIGATION** [13] -

3319:11, 3335:21, 3344:2, 3352:6, 3353:16, 3368:16, 3368:18, 3368:24, 3370:24, 3394:21, 3394:23, 3397:22
**NAVIGATIONAL** [1] - 3369:18
**NCO'S** [1] - 3314:23
**NEAR** [1] - 3320:5
**NEARBY** [1] - 3397:4
**NEARLY** [2] - 3325:17, 3327:14
**NECESSARILY** [1] - 3385:15
**NECESSARY** [3] - 3321:3, 3321:5, 3377:4
**NECESSITATED** [1] - 3336:10
**NEED** [13] - 3311:17, 3318:20, 3319:19, 3320:14, 3320:16, 3321:4, 3331:14, 3337:23, 3349:16, 3358:15, 3377:9, 3388:1
**NEEDED** [7] - 3330:18, 3341:7, 3359:11, 3361:12, 3370:13, 3371:2, 3399:9
**NEEDS** [8] - 3319:14, 3337:11, 3340:22, 3342:2, 3369:23, 3386:19, 3393:2, 3401:1
**NEVER** [12] - 3348:16, 3395:17, 3395:18, 3396:10, 3399:24, 3403:3, 3403:13, 3404:2, 3404:6, 3404:11
**NEW** [36] - 3306:4, 3306:17, 3306:21, 3307:6, 3307:24, 3308:3, 3308:17, 3311:2, 3312:9, 3312:10, 3313:2, 3313:3, 3313:4, 3313:8, 3313:10, 3313:18, 3315:6, 3315:10, 3316:6, 3331:25, 3332:16, 3333:10, 3333:12, 3336:10, 3341:13, 3347:14, 3349:8, 3358:12, 3360:1, 3361:23, 3366:13,

3369:10, 3372:16, 3373:10, 3388:19

**NEXT** [9] - 3311:13, 3331:13, 3331:25, 3333:3, 3337:15, 3341:9, 3364:16, 3376:12, 3391:22

**NIGHT** [1] - 3393:5

**NINE** [1] - 3391:14

**NINETEEN** [1] - 3362:21

**NINETEEN-NINETY** [1] - 3362:21

**NINETY** [1] - 3362:21

**NO** [54] - 3306:3, 3313:16, 3328:10, 3329:21, 3330:8, 3331:3, 3338:3, 3338:13, 3338:21, 3338:25, 3345:12, 3346:14, 3349:1, 3349:13, 3350:5, 3350:7, 3350:9, 3350:12, 3351:16, 3354:19, 3356:14, 3357:15, 3359:22, 3360:18, 3361:4, 3361:5, 3367:13, 3368:10, 3370:15, 3371:16, 3372:10, 3373:9, 3387:25, 3388:1, 3389:19, 3390:13, 3393:23, 3396:21, 3396:22, 3397:1, 3397:11, 3397:14, 3397:20, 3399:11, 3399:14, 3400:15, 3401:22, 3402:1, 3402:6, 3402:9, 3402:24

**NOBODY** [2] - 3346:17, 3390:19

**NOMINATE** [1] - 3322:24

**NON** [10] - 3337:13, 3341:2, 3341:24, 3343:10, 3344:16, 3367:13, 3367:23, 3368:12, 3368:13, 3372:13

**NON-FEDERAL** [10] - 3337:13, 3341:2, 3341:24, 3343:10, 3344:16, 3367:13, 3367:23, 3368:12, 3368:13, 3372:13

**NONE** [1] - 3400:11

**NONMONETARY** [2] - 3365:19, 3365:21

**NONRESPONSIVE**

[3] - 3399:16, 3399:17, 3399:19

**NOR** [1] - 3404:12

**NORMAL** [1] - 3360:13

**NORMAN** [1] - 3306:2

**NORTH** [11] - 3328:6, 3328:12, 3330:19, 3330:24, 3336:21, 3350:22, 3353:9, 3364:13, 3377:3, 3377:24, 3378:7

**NOT** [72] - 3310:22, 3318:12, 3319:22, 3328:19, 3329:9, 3329:13, 3329:15, 3330:22, 3333:11, 3336:20, 3338:21, 3342:10, 3342:12, 3344:22, 3345:23, 3346:1, 3348:13, 3348:22, 3349:13, 3350:5, 3354:24, 3356:11, 3357:15, 3357:16, 3357:25, 3358:6, 3359:12, 3361:5, 3361:17, 3362:12, 3366:7, 3367:15, 3368:10, 3368:11, 3370:15, 3370:22, 3370:25, 3372:10, 3373:12, 3380:6, 3383:11, 3383:24, 3385:15, 3387:11, 3387:25, 3388:2, 3389:19, 3392:22, 3393:8, 3393:18, 3393:21, 3395:8, 3395:13, 3395:23, 3396:13, 3397:15, 3397:25, 3400:15, 3402:1, 3402:5, 3402:6, 3402:9, 3403:3, 3403:12, 3403:19, 3403:22, 3404:1, 3404:4, 3404:5, 3404:12, 3404:13

**NOTE** [5] - 3310:16, 3310:17, 3315:18, 3348:19, 3367:12

**NOTHING** [2] - 3395:4

**NOTICE** [16] - 3339:20, 3339:25, 3340:1, 3385:10, 3386:14, 3386:17, 3387:2, 3387:8, 3387:19, 3387:21,

3387:23, 3387:25, 3388:1, 3388:4, 3388:20, 3388:22

**NOTIFY** [1] - 3339:21

**NOTWITHSTANDIN G** [1] - 3328:22

**NOVEMBER** [1] - 3401:14

**NOW** [20] - 3318:24, 3320:4, 3320:14, 3320:15, 3325:19, 3326:10, 3328:4, 3329:11, 3330:23, 3335:18, 3344:1, 3359:12, 3364:3, 3364:18, 3365:24, 3381:17, 3385:20, 3395:17, 3396:16, 3404:9

**NOWHERE** [1] - 3324:2

**NUMBER** [23] - 3328:3, 3328:4, 3334:13, 3334:21, 3346:2, 3346:14, 3354:10, 3355:8, 3358:4, 3360:7, 3365:1, 3365:2, 3371:14, 3371:15, 3373:8, 3375:23, 3377:17, 3385:16, 3387:5, 3388:14, 3390:20, 3396:22, 3401:4

**NUMBERED** [1] - 3405:16

**NUMBERS** [3] - 3310:21, 3327:18, 3383:22

**NUMEROUS** [1] - 3401:3

**NY** [1] - 3307:24

---

**O**

**O** [5] - 3307:2, 3307:19, 3308:12, 3310:1, 3331:23

**O'BRIEN** [1] - 3307:23

**O'DONNELL** [35] - 3306:12, 3306:13, 3309:9, 3331:8, 3331:10, 3348:15, 3355:7, 3355:12, 3390:17, 3390:21, 3391:2, 3391:5, 3391:7, 3391:10, 3391:18, 3392:24, 3393:4, 3393:12, 3393:14, 3393:20,

3393:23, 3394:13, 3394:18, 3396:1, 3397:3, 3397:18, 3398:24, 3399:15, 3399:22, 3401:17, 3402:23, 3403:10, 3403:11, 3403:25, 3404:20

**OAK** [1] - 3306:23

**OATH** [1] - 3311:16

**OBJECTION** [10] - 3311:8, 3348:15, 3348:19, 3395:20, 3398:14, 3399:15, 3400:19, 3402:18, 3403:7, 3403:16

**OBJECTIONS** [1] - 3311:6

**OBLIGATION** [1] - 3328:23

**OBLIGATIONS** [1] - 3398:21

**OBTAINING** [1] - 3376:18

**OBVIOUSLY** [1] - 3356:10

**OCCASION** [2] - 3390:4, 3390:5

**OCCUR** [3] - 3349:5, 3354:1, 3355:25

**OCCURRED** [2] - 3355:17, 3361:22

**OCCURRING** [2] - 3353:15, 3353:23

**OCCURS** [1] - 3356:2

**OF** [497] - 3306:1, 3306:5, 3306:7, 3306:16, 3307:18, 3308:4, 3310:6, 3310:9, 3310:10, 3310:16, 3310:17, 3310:23, 3311:6, 3312:8, 3312:10, 3312:12, 3312:13, 3312:16, 3312:17, 3312:18, 3312:21, 3313:17, 3313:19, 3313:22, 3314:3, 3314:8, 3314:12, 3314:13, 3314:15, 3314:17, 3314:24, 3315:9, 3315:23, 3316:1, 3317:14, 3317:15, 3317:16, 3317:18, 3317:25, 3318:1, 3318:7, 3318:9, 3318:23, 3319:6, 3319:7, 3319:19, 3319:22,

3320:3, 3320:5, 3320:8, 3320:16, 3320:17, 3320:18, 3320:25, 3321:1, 3321:7, 3321:12, 3321:16, 3321:19, 3321:23, 3322:1, 3322:3, 3322:6, 3322:15, 3322:17, 3322:19, 3322:23, 3323:3, 3323:6, 3323:11, 3323:12, 3323:15, 3323:16, 3323:17, 3323:25, 3324:2, 3324:8, 3324:10, 3324:16, 3324:21, 3324:22, 3325:2, 3325:4, 3325:10, 3325:19, 3325:20, 3325:22, 3326:10, 3326:19, 3326:20, 3326:25, 3327:3, 3327:6, 3327:8, 3327:9, 3327:13, 3327:14, 3327:15, 3327:16, 3327:22, 3327:23, 3328:6, 3328:16, 3328:25, 3329:10, 3329:13, 3329:16, 3329:19, 3329:20, 3329:25, 3330:11, 3330:23, 3330:24, 3330:25, 3331:7, 3332:2, 3332:3, 3332:4, 3332:16, 3332:24, 3333:3, 3333:8, 3333:12, 3333:15, 3333:16, 3333:22, 3334:1, 3334:13, 3334:19, 3334:20, 3334:21, 3334:25, 3335:2, 3335:6, 3335:8, 3335:10, 3335:13, 3335:20, 3336:3, 3336:5, 3336:6, 3336:8, 3336:9, 3336:10, 3336:17, 3336:22, 3337:2, 3337:5, 3337:6, 3337:7, 3337:13, 3337:21, 3338:1, 3338:20, 3338:23, 3339:3, 3339:5, 3339:6, 3339:8, 3339:11, 3339:18, 3339:21, 3339:22, 3340:3, 3340:9, 3340:13, 3340:15, 3340:19, 3340:21,

3341:1, 3341:4,
3341:5, 3341:22,
3342:2, 3342:3,
3342:10, 3342:17,
3342:20, 3343:7,
3343:11, 3343:20,
3344:11, 3344:25,
3345:9, 3345:17,
3345:22, 3346:4,
3346:5, 3346:11,
3346:21, 3346:25,
3347:5, 3347:15,
3348:1, 3348:9,
3348:18, 3349:2,
3349:7, 3349:12,
3349:16, 3349:17,
3350:11, 3350:15,
3350:18, 3350:21,
3350:23, 3351:3,
3351:8, 3351:19,
3351:25, 3352:4,
3352:5, 3352:11,
3352:13, 3353:7,
3353:17, 3353:20,
3354:2, 3354:4,
3354:5, 3354:8,
3354:10, 3354:20,
3354:21, 3354:24,
3355:15, 3355:16,
3355:18, 3355:20,
3355:25, 3356:1,
3356:3, 3356:5,
3356:19, 3356:20,
3356:21, 3357:1,
3357:3, 3357:6,
3357:8, 3357:17,
3358:3, 3358:6,
3358:13, 3358:14,
3358:15, 3359:2,
3359:3, 3359:4,
3359:5, 3359:10,
3359:11, 3359:15,
3359:17, 3359:19,
3359:22, 3360:7,
3360:14, 3360:16,
3360:22, 3360:23,
3360:24, 3361:2,
3361:11, 3361:12,
3361:13, 3361:15,
3361:16, 3361:17,
3361:21, 3361:22,
3361:23, 3362:7,
3364:9, 3365:13,
3365:15, 3365:19,
3365:21, 3366:3,
3366:12, 3366:16,
3366:19, 3366:22,
3367:5, 3367:6,
3367:12, 3367:25,
3368:5, 3368:8,
3368:15, 3368:16,

3369:5, 3369:10,
3369:11, 3369:13,
3369:18, 3369:22,
3370:2, 3370:24,
3371:3, 3371:21,
3371:25, 3372:13,
3372:14, 3372:16,
3372:18, 3372:19,
3373:1, 3373:3,
3373:4, 3373:6,
3373:8, 3373:10,
3373:12, 3373:19,
3374:1, 3375:2,
3375:3, 3375:19,
3375:23, 3376:6,
3376:11, 3376:18,
3377:8, 3377:14,
3377:17, 3377:21,
3377:23, 3378:5,
3378:6, 3378:9,
3378:12, 3378:21,
3379:4, 3379:6,
3379:7, 3379:9,
3379:11, 3379:25,
3380:6, 3380:9,
3380:21, 3382:6,
3382:7, 3382:16,
3382:20, 3382:21,
3382:23, 3383:4,
3383:7, 3383:12,
3383:13, 3384:11,
3384:12, 3384:13,
3384:16, 3384:17,
3384:24, 3384:25,
3385:6, 3385:8,
3385:12, 3385:14,
3385:16, 3385:23,
3386:5, 3386:13,
3386:14, 3386:16,
3386:17, 3386:19,
3386:20, 3386:25,
3387:7, 3387:8,
3387:9, 3387:11,
3387:18, 3387:20,
3387:21, 3388:1,
3388:14, 3388:15,
3388:16, 3388:19,
3389:5, 3389:11,
3389:25, 3390:3,
3390:5, 3390:20,
3391:10, 3391:14,
3391:16, 3391:22,
3392:2, 3392:11,
3392:16, 3392:21,
3392:23, 3393:3,
3393:11, 3394:4,
3394:16, 3394:20,
3395:5, 3395:18,
3395:23, 3396:2,
3396:3, 3396:5,
3396:16, 3396:22,

3397:1, 3397:4,
3397:6, 3397:9,
3397:11, 3397:12,
3397:14, 3397:16,
3397:21, 3397:25,
3398:1, 3398:11,
3399:2, 3399:6,
3399:8, 3399:10,
3399:11, 3399:12,
3399:13, 3399:23,
3399:24, 3399:25,
3400:10, 3400:11,
3400:16, 3400:18,
3401:1, 3401:4,
3401:6, 3401:12,
3401:18, 3401:19,
3401:23, 3402:2,
3402:4, 3402:7,
3402:9, 3402:10,
3402:14, 3402:16,
3402:20, 3402:25,
3403:4, 3403:14,
3403:16, 3403:22,
3404:4, 3404:6,
3404:16, 3405:13,
3405:14, 3405:15

**OFF** [1] - 3393:19
**OFFICE** [24] -
3306:16, 3307:18,
3308:1, 3315:11,
3316:6, 3322:15,
3333:13, 3333:23,
3341:11, 3341:13,
3341:16, 3341:18,
3341:21, 3357:12,
3357:18, 3357:21,
3358:12, 3360:7,
3361:22, 3371:2,
3372:19, 3375:16,
3401:12, 3401:18

**OFFICES** [5] -
3315:6, 3316:3,
3316:8, 3336:13,
3340:10

**OFFICIAL** [5] -
3308:16, 3394:15,
3395:9, 3405:12,
3405:21

**OFFICIALS** [5] -
3340:9, 3385:12,
3385:13

**OH** [5] - 3312:21,
3345:23, 3363:1,
3371:22, 3372:24
**OKAY** [32] - 3326:9,
3327:20, 3330:20,
3331:16, 3337:24,
3338:1, 3341:22,
3346:10, 3350:21,
3363:1, 3364:18,

3370:10, 3376:2,
3376:14, 3376:15,
3380:19, 3381:6,
3381:10, 3382:3,
3382:14, 3386:7,
3391:22, 3391:24,
3391:25, 3392:19,
3395:17, 3396:14,
3396:15, 3396:22,
3397:25, 3399:17

**OMB** [3] - 3339:12,
3347:17, 3348:2
**ON** [167] - 3310:16,
3310:18, 3310:22,
3311:3, 3314:1,
3314:2, 3314:3,
3314:5, 3316:2,
3316:23, 3317:4,
3317:9, 3317:12,
3317:14, 3317:16,
3317:17, 3318:23,
3318:24, 3319:8,
3319:17, 3320:20,
3320:24, 3320:25,
3321:11, 3321:13,
3321:17, 3321:19,
3321:20, 3321:23,
3322:2, 3322:6,
3322:11, 3322:12,
3322:14, 3322:16,
3322:23, 3323:22,
3324:22, 3325:1,
3325:8, 3325:10,
3325:14, 3325:25,
3326:24, 3327:23,
3328:1, 3328:5,
3328:9, 3328:10,
3328:12, 3329:8,
3329:11, 3330:11,
3330:16, 3330:17,
3330:18, 3330:24,
3332:5, 3334:4,
3334:15, 3334:23,
3336:7, 3336:15,
3337:1, 3338:6,
3338:12, 3339:12,
3340:1, 3342:13,
3342:24, 3343:4,
3343:5, 3343:7,
3343:8, 3344:15,
3344:24, 3346:12,
3347:2, 3347:5,
3347:9, 3347:19,
3348:7, 3349:6,
3350:1, 3350:3,
3350:19, 3351:1,
3352:11, 3353:9,
3353:25, 3355:14,
3357:2, 3357:5,
3359:21, 3364:4,
3364:13, 3364:22,

3364:23, 3365:15,
3366:2, 3366:4,
3366:25, 3367:19,
3368:3, 3368:17,
3368:22, 3369:2,
3369:15, 3370:9,
3370:25, 3371:2,
3373:4, 3374:1,
3374:4, 3374:20,
3375:9, 3375:15,
3375:21, 3375:25,
3376:6, 3376:12,
3377:6, 3377:17,
3377:24, 3378:9,
3378:21, 3378:24,
3379:13, 3380:2,
3380:21, 3382:11,
3383:6, 3383:22,
3384:1, 3384:7,
3384:16, 3384:20,
3385:20, 3386:21,
3388:3, 3388:13,
3389:11, 3390:1,
3390:8, 3391:7,
3393:5, 3393:15,
3393:18, 3393:19,
3394:4, 3394:6,
3394:9, 3396:18,
3396:22, 3397:1,
3397:13, 3398:19,
3399:7, 3399:17,
3401:1, 3401:23,
3402:21, 3404:18

**ONCE** [3] - 3310:9,
3341:9, 3355:15
**ONE** [50] - 3310:22,
3311:1, 3312:22,
3314:20, 3317:12,
3318:7, 3318:18,
3322:2, 3322:8,
3326:3, 3329:16,
3329:18, 3329:19,
3335:5, 3340:1,
3340:20, 3341:22,
3342:17, 3346:16,
3346:18, 3351:2,
3355:15, 3356:5,
3356:16, 3357:17,
3359:3, 3360:14,
3364:25, 3366:24,
3368:6, 3371:6,
3371:17, 3379:7,
3379:22, 3381:9,
3383:14, 3383:15,
3383:21, 3383:25,
3386:17, 3389:3,
3390:11, 3390:17,
3391:1, 3391:23,
3397:24

**ONES** [3] - 3323:19,
3329:11, 3375:10

ONLY [12] - 3310:9, 3318:9, 3325:18, 3342:12, 3345:23, 3358:23, 3371:6, 3371:10, 3374:25, 3376:24, 3379:21, 3397:24

ONTO [1] - 3325:12

OPEN [8] - 3327:16, 3363:15, 3372:1, 3381:13, 3381:20, 3381:21, 3395:2, 3397:16

OPENINGS [1] - 3381:10

OPERATE [1] - 3378:17

OPERATING [1] - 3356:3

OPERATION [14] - 3369:13, 3369:17, 3369:22, 3373:18, 3373:23, 3374:22, 3375:17, 3376:3, 3377:7, 3378:7, 3378:14, 3380:21, 3389:10, 3390:1

OPERATIONS [3] - 3338:19, 3374:21, 3377:4

OPINION [1] - 3377:2

OPPORTUNITIES [3] - 3337:11, 3340:22, 3342:3

OPPOSED [2] - 3373:19, 3392:16

OPPOSING [1] - 3329:20

OPTION [2] - 3348:21, 3367:5

OPTIONS [2] - 3389:1, 3389:2

OR [82] - 3313:24, 3315:25, 3317:5, 3317:9, 3318:12, 3318:13, 3318:23, 3320:18, 3321:1, 3322:11, 3323:3, 3323:7, 3325:11, 3327:17, 3329:13, 3329:14, 3329:21, 3336:20, 3336:22, 3337:4, 3337:18, 3338:6, 3338:16, 3338:22, 3339:8, 3339:9, 3340:5, 3340:9, 3340:14, 3343:11, 3343:12, 3343:17, 3343:18, 3345:3, 3347:13,

3347:23, 3348:23, 3349:17, 3350:16, 3353:9, 3354:4, 3354:5, 3354:23, 3357:3, 3358:16, 3359:24, 3360:5, 3361:2, 3364:23, 3366:23, 3367:9, 3368:18, 3370:3, 3370:19, 3372:3, 3375:12, 3380:14, 3382:18, 3383:11, 3385:18, 3386:17, 3386:24, 3387:3, 3387:4, 3389:16, 3389:17, 3390:4, 3391:1, 3392:15, 3393:7, 3394:2, 3394:21, 3394:23, 3396:4, 3396:21, 3397:4, 3397:12

ORDER [2] - 3389:17, 3398:3

ORDINARILY [1] - 3404:13

ORGANIZATIONS [1] - 3317:18

ORIGINAL [1] - 3369:9

ORIGINALLY [3] - 3378:2, 3381:13, 3402:13

ORIGINALS [1] - 3310:19

ORLEANS [29] - 3306:4, 3306:17, 3306:21, 3307:6, 3308:3, 3308:17, 3312:9, 3312:11, 3313:2, 3313:3, 3313:4, 3313:9, 3313:10, 3313:18, 3315:6, 3315:11, 3316:7, 3332:1, 3332:16, 3341:13, 3347:14, 3349:8, 3358:12, 3360:1, 3361:23, 3369:10, 3372:16, 3373:10, 3388:19

OTHER [28] - 3314:14, 3315:5, 3315:10, 3315:13, 3316:2, 3317:20, 3317:22, 3318:4, 3318:22, 3319:4, 3321:13, 3323:21, 3329:12, 3331:1, 3338:14, 3345:2, 3346:15, 3347:23,

3348:10, 3350:6, 3350:8, 3367:11, 3375:10, 3377:21, 3384:23, 3389:25, 3393:10, 3396:4

OTHERS [5] - 3337:21, 3343:23, 3357:12, 3381:12, 3390:9

OUR [18] - 3315:3, 3319:3, 3319:11, 3319:23, 3329:16, 3330:25, 3331:13, 3335:12, 3341:11, 3341:21, 3357:17, 3357:21, 3358:11, 3371:1, 3372:17, 3373:2, 3375:16

OUT [41] - 3318:11, 3318:14, 3319:19, 3322:19, 3324:1, 3325:10, 3325:18, 3328:17, 3329:3, 3329:4, 3329:7, 3330:24, 3339:21, 3339:25, 3340:7, 3340:8, 3342:17, 3343:22, 3352:13, 3353:3, 3353:5, 3353:7, 3355:4, 3355:5, 3355:16, 3356:4, 3361:1, 3362:6, 3362:13, 3369:18, 3371:1, 3374:11, 3378:18, 3382:25, 3384:17, 3385:11, 3387:12, 3387:13, 3388:1, 3388:24

OUTLET [6] - 3326:25, 3327:10, 3367:3, 3376:4, 3382:1, 3382:19

OUTLINE [1] - 3394:2

OUTPUTS [10] - 3345:13, 3352:5, 3360:25, 3361:2, 3365:13, 3368:4, 3368:15, 3370:2, 3384:24

OUTSIDE [7] - 3331:14, 3344:25, 3395:20, 3397:14, 3397:20, 3402:18, 3403:16

OVER [20] - 3319:15, 3320:7, 3327:15, 3334:13, 3340:13, 3344:10, 3348:18,

3354:5, 3365:8, 3365:9, 3373:7, 3375:21, 3382:9, 3383:1, 3387:1, 3389:9, 3390:9, 3395:17, 3401:20

OVERALL [6] - 3346:20, 3354:18, 3354:24, 3356:25, 3378:19, 3385:4

OVERESTIMATED [1] - 3366:13

OVERRULE [1] - 3348:19

OVERRULED [5] - 3395:22, 3398:16, 3400:20, 3403:18, 3403:21

OVERSAW [1] - 3336:7

OVERSEE [1] - 3333:21

OWN [4] - 3342:24, 3343:4, 3347:9, 3349:6

## P

P [6] - 3307:1, 3307:2, 3307:19, 3308:12, 3310:1, 3331:23

P-O-D-A-N-Y [1] - 3331:23

P.O [1] - 3307:9

PAGE [20] - 3351:18, 3351:19, 3355:7, 3356:18, 3357:5, 3358:4, 3375:21, 3376:6, 3376:12, 3377:20, 3378:9, 3378:21, 3384:2, 3385:22, 3386:4, 3386:13, 3386:17, 3387:17, 3389:11

PAGE/LINE [1] - 3309:2

PAGES [7] - 3351:1, 3355:11, 3367:4, 3367:25, 3375:19, 3375:21, 3388:8

PAID [1] - 3369:18

PALMINTIER [4] - 3307:14, 3307:15, 3307:15, 3311:5

PAPERLESS [1] - 3390:22

PARDON [2] - 3311:24, 3329:24

PARISH [1] - 3327:14

PART [25] - 3314:3, 3319:6, 3321:7, 3323:17, 3324:10, 3327:6, 3330:25, 3338:20, 3338:23, 3347:5, 3350:11, 3357:1, 3358:6, 3359:9, 3359:11, 3359:15, 3361:11, 3369:18, 3370:24, 3386:5, 3387:11, 3387:20, 3392:23, 3397:25, 3398:1

PARTICIPATE [2] - 3324:19, 3388:22

PARTICIPATED [2] - 3324:5, 3402:15

PARTICIPATES [1] - 3339:16

PARTICIPATING [1] - 3316:2

PARTICULAR [11] - 3313:15, 3333:11, 3338:17, 3346:6, 3347:12, 3351:21, 3356:24, 3376:25, 3381:18, 3382:21, 3388:14

PARTICULARLY [2] - 3355:19, 3360:22

PARTNER [2] - 3368:14, 3370:13

PASSAGE [2] - 3315:23, 3316:1

PASSED [1] - 3316:15

PAST [4] - 3312:11, 3318:14, 3321:5, 3352:24

PAUL [3] - 3308:6, 3308:8, 3326:6

PAY [1] - 3320:18

PEARL [1] - 3325:23

PEOPLE [24] - 3314:25, 3315:3, 3317:5, 3317:22, 3318:8, 3318:11, 3318:15, 3318:16, 3321:21, 3322:20, 3326:8, 3328:5, 3329:19, 3329:20, 3340:14, 3345:3, 3345:24, 3346:4, 3346:5, 3387:12, 3388:3, 3399:10, 3400:22

PER [3] - 3323:1, 3323:2, 3323:3

PERCENT [14] - 3325:16, 3350:9,

3368:19, 3369:6,
3369:18, 3370:17,
3370:20, 3371:7,
3371:8, 3371:9,
3371:10, 3371:13
  **PERFORM** [1] -
3398:4
  **PERFORMANCE** [3]
- 3374:1, 3377:23,
3384:16
  **PERFORMED** [7] -
3356:16, 3380:9,
3380:15, 3383:10,
3384:5, 3384:19
  **PERFORMING** [1] -
3390:3
  **PERHAPS** [2] -
3392:11, 3394:17
  **PERIOD** [4] -
3313:13, 3325:7,
3326:20, 3361:17
  **PERMITTED** [1] -
3389:16
  **PERMITTING** [1] -
3328:15
  **PERSON** [2] -
3335:22, 3347:25
  **PERSONS** [1] -
3387:19
  **PERSPECTIVE** [2] -
3361:3, 3396:5
  **PETE** [1] - 3344:22
  **PETER** [1] - 3308:10
  **PHASE** [24] - 3337:5,
3337:6, 3337:7,
3337:8, 3337:15,
3340:3, 3341:6,
3341:8, 3342:1,
3359:6, 3359:7,
3359:10, 3359:11,
3360:4, 3360:5,
3364:10, 3367:22,
3367:23, 3368:8,
3370:9, 3372:15,
3387:6
  **PHASED** [1] - 3337:5
  **PHILEN** [1] - 3308:2
  **PHOTOGRAPH** [2] -
3310:23, 3311:4
  **PHRASED** [1] -
3342:8
  **PICKS** [1] - 3323:1
  **PIERCE** [1] -
3306:13
  **PILOT** [1] - 3388:18
  **PINE** [1] - 3313:2
  **PIONEER** [2] -
3315:14, 3331:5
  **PIPELINE** [1] -
3310:24

  **PLACE** [6] - 3322:2,
3336:16, 3343:12,
3348:25, 3349:2,
3382:11
  **PLACED** [1] -
3362:19
  **PLACEMENT** [1] -
3384:11
  **PLAINTIFF** [3] -
3306:12, 3393:19
  **PLAINTIFFS** [3] -
3326:16, 3363:22,
3392:22
  **PLAN** [25] - 3317:8,
3324:9, 3324:10,
3324:19, 3335:14,
3335:18, 3335:19,
3340:20, 3343:10,
3344:13, 3358:20,
3359:10, 3360:18,
3364:9, 3364:15,
3367:21, 3368:7,
3368:25, 3379:21,
3400:25, 3401:15,
3403:5, 3403:6,
3404:2, 3404:7
  **PLANED** [1] -
3402:13
  **PLANNERS** [1] -
3334:4
  **PLANNING** [17] -
3316:13, 3332:3,
3332:21, 3332:24,
3332:25, 3333:3,
3333:7, 3333:8,
3334:5, 3336:3,
3336:14, 3339:19,
3359:24, 3388:17,
3400:24, 3401:15
  **PLANS** [4] - 3317:21,
3325:14, 3333:22,
3361:14
  **PLATE** [7] - 3352:10,
3352:18, 3382:11,
3382:15, 3383:10,
3385:24, 3405:2
  **PLAY** [1] - 3364:7
  **PLC** [1] - 3307:14
  **PLEASE** [15] -
3310:5, 3311:12,
3311:20, 3331:17,
3331:20, 3332:14,
3334:1, 3337:3,
3339:6, 3355:9,
3355:11, 3360:15,
3363:16, 3369:24,
3402:22
  **PLUS** [1] - 3333:17
  **PODANY** [28] -
3309:7, 3331:18,

3331:22, 3331:25,
3332:14, 3333:24,
3335:22, 3340:15,
3347:5, 3353:12,
3355:14, 3356:5,
3360:15, 3364:1,
3367:4, 3370:13,
3372:8, 3375:25,
3381:16, 3382:11,
3385:8, 3386:13,
3387:18, 3389:16,
3390:3, 3391:19,
3405:3
  **POINT** [10] - 3314:8,
3314:11, 3315:5,
3315:9, 3338:2,
3342:25, 3385:20,
3392:1, 3404:20,
3404:22
  **POINTER** [1] -
3381:16
  **POINTS** [1] -
3383:20
  **POLICIES** [1] -
3342:21
  **POLICY** [2] - 3339:9,
3343:11
  **POND** [1] - 3329:19
  **PONTCHARTRAIN**
[6] - 3317:6, 3317:8,
3324:9, 3324:15,
3326:7, 3388:16
  **POOR** [2] - 3374:5,
3391:22
  **PORT** [7] - 3361:23,
3367:1, 3367:9,
3369:10, 3372:16,
3373:10, 3388:19
  **PORTIONS** [1] -
3357:3
  **POSED** [5] -
3400:18, 3402:7,
3402:10, 3402:16,
3402:25
  **POSITION** [21] -
3312:12, 3313:21,
3314:19, 3316:16,
3317:20, 3320:19,
3321:1, 3321:2,
3332:20, 3332:21,
3333:1, 3333:2,
3333:4, 3333:10,
3333:11, 3333:14,
3333:15, 3333:20,
3335:24, 3336:1
  **POSITIONS** [1] -
3332:23
  **POSSIBILITY** [2] -
3337:21, 3385:19
  **POSSIBLE** [2] -

3342:15, 3368:23
  **POST** [2] - 3326:21,
3340:10
  **POTENTIAL** [31] -
3337:11, 3338:12,
3339:22, 3340:22,
3341:2, 3341:24,
3342:3, 3347:20,
3348:8, 3350:15,
3350:22, 3350:24,
3351:8, 3351:24,
3351:25, 3353:24,
3354:1, 3354:8,
3355:23, 3367:21,
3368:3, 3368:6,
3372:16, 3378:6,
3386:23, 3397:12,
3398:11, 3399:2,
3400:12, 3402:7,
3402:16
  **POTENTIALLY** [10] -
3340:20, 3342:7,
3344:15, 3364:14,
3365:22, 3368:20,
3369:16, 3370:16,
3370:17, 3389:4
  **POTENTIALLY-
FEASIBLE** [1] -
3340:20
  **POYDRAS** [2] -
3307:5, 3308:17
  **PRACTICE** [1] -
3360:13
  **PREDECESSORS**
[1] - 3375:5
  **PREFER** [2] -
3394:11, 3394:14
  **PREKINDERGART
EN** [1] - 3313:11
  **PRELIMINARY** [2] -
3340:21, 3355:6
  **PREPARATION** [4] -
3310:9, 3337:13,
3339:17, 3364:8
  **PREPARE** [4] -
3310:10, 3342:12,
3343:5, 3395:12
  **PREPARED** [8] -
3356:5, 3359:13,
3375:3, 3393:4,
3400:24, 3400:25,
3401:9, 3404:18
  **PREPARING** [3] -
3324:5, 3334:23,
3360:11
  **PRESENT** [1] -
3308:1
  **PRESENTATION** [1]
- 3392:22
  **PRESENTED** [2] -

3372:15, 3373:7
  **PRESENTLY** [1] -
3313:1
  **PRESERVE** [2] -
3377:3, 3382:2
  **PRESERVED** [1] -
3381:10
  **PRESIDED** [1] -
3373:7
  **PRESIDENT** [5] -
3343:7, 3347:16,
3348:13, 3372:18,
3391:15
  **PRESIDENT'S** [7] -
3343:6, 3347:12,
3347:15, 3347:24,
3348:2, 3348:3,
3349:7
  **PRESIDENTS** [2] -
3348:18, 3391:14
  **PRESS** [1] - 3344:25
  **PRETTY** [2] - 3348:9,
3358:19
  **PREVENTED** [1] -
3395:4
  **PREVIOUS** [6] -
3328:4, 3338:7,
3338:8, 3354:19,
3379:11, 3384:7
  **PRIMARILY** [1] -
3352:23
  **PRIMARY** [12] -
3334:20, 3335:3,
3336:17, 3343:9,
3360:24, 3365:13,
3365:25, 3366:11,
3395:1, 3396:7,
3397:15
  **PRINT** [6] - 3353:3,
3362:5, 3380:12,
3380:14, 3381:7,
3383:21
  **PRINTED** [2] -
3310:18, 3363:8
  **PRINTING** [1] -
3362:16
  **PRINTOUT** [1] -
3363:19
  **PRIOR** [4] - 3330:12,
3334:12, 3334:16,
3384:10
  **PRIORITIES** [2] -
3344:8, 3347:18
  **PRIORITIZING** [1] -
3344:11
  **PRIORITY** [12] -
3322:12, 3323:22,
3324:7, 3325:1,
3325:12, 3335:3,
3343:15, 3343:16,

3343:20, 3343:24, 3344:5, 3344:18
**PRIVATE** [2] - 3320:15, 3345:3
**PROBABLY** [8] - 3317:9, 3317:12, 3325:9, 3330:23, 3332:9, 3344:11, 3357:25, 3358:23
**PROBLEM** [15] - 3337:17, 3337:22, 3338:4, 3338:7, 3338:17, 3351:16, 3357:8, 3378:15, 3378:16, 3378:21, 3379:5, 3383:24, 3396:17, 3400:12, 3400:13
**PROBLEMS** [14] - 3337:11, 3337:12, 3338:12, 3340:22, 3342:2, 3350:24, 3351:24, 3379:8, 3386:19, 3398:6, 3399:2, 3400:3, 3400:9, 3401:1
**PROCEED** [9] - 3312:23, 3337:15, 3342:1, 3363:17, 3368:8, 3368:19, 3377:6, 3377:16, 3389:4
**PROCEEDINGS** [3] - 3306:7, 3308:20, 3405:15
**PROCESS** [26] - 3323:7, 3323:9, 3327:6, 3328:15, 3328:20, 3335:10, 3335:17, 3337:5, 3337:6, 3340:3, 3340:12, 3342:22, 3347:8, 3347:11, 3349:7, 3372:13, 3376:18, 3377:10, 3384:8, 3384:24, 3385:8, 3386:14, 3386:23, 3387:11, 3396:16
**PROCESSED** [1] - 3342:5
**PROCESSES** [2] - 3335:9, 3365:18
**PRODUCE** [1] - 3375:12
**PRODUCED** [2] - 3308:20, 3342:18
**PRODUCTION** [1] - 3387:14
**PROFESSION** [2] -

3390:20, 3390:23
**PROFESSIONAL** [1] - 3310:12
**PROGRAM** [15] - 3316:21, 3316:22, 3325:18, 3333:3, 3333:22, 3334:4, 3334:6, 3335:13, 3335:16, 3336:5, 3336:6, 3350:13, 3350:14, 3385:18
**PROGRAMS** [2] - 3332:3, 3333:9
**PROGRESSIVE** [1] - 3399:12
**PROJECT** [93] - 3312:12, 3314:7, 3314:20, 3316:11, 3316:17, 3317:12, 3319:6, 3320:22, 3322:4, 3322:19, 3322:23, 3323:4, 3323:6, 3323:25, 3324:1, 3324:22, 3324:25, 3325:2, 3325:7, 3325:12, 3329:2, 3330:12, 3330:16, 3332:4, 3333:5, 3333:6, 3333:9, 3333:22, 3334:4, 3334:5, 3335:25, 3337:8, 3338:20, 3338:22, 3338:24, 3339:2, 3339:4, 3339:7, 3339:8, 3339:18, 3341:3, 3342:4, 3342:8, 3343:12, 3344:4, 3346:20, 3347:13, 3347:23, 3350:1, 3350:3, 3350:11, 3352:5, 3360:21, 3361:2, 3364:9, 3365:13, 3365:17, 3366:11, 3367:24, 3368:4, 3368:5, 3368:15, 3368:17, 3368:20, 3368:21, 3369:9, 3370:1, 3370:2, 3370:5, 3370:18, 3370:25, 3373:4, 3375:14, 3376:2, 3376:8, 3376:10, 3378:20, 3384:24, 3385:4, 3385:7, 3385:19, 3385:20, 3387:4, 3392:3, 3392:6, 3397:21, 3397:23, 3397:25,

3402:13, 3404:18
**PROJECT'S** [1] - 3392:9
**PROJECTS** [37] - 3314:2, 3316:13, 3317:4, 3319:15, 3320:19, 3321:13, 3321:24, 3322:6, 3322:12, 3322:20, 3322:24, 3323:21, 3324:4, 3324:8, 3325:3, 3325:17, 3329:10, 3329:14, 3333:23, 3334:8, 3334:11, 3334:22, 3334:24, 3335:8, 3335:20, 3337:5, 3337:6, 3349:8, 3350:15, 3366:2, 3369:15, 3386:23, 3389:18, 3390:6, 3398:6
**PROMISED** [1] - 3390:22
**PROMOTION** [1] - 3314:11
**PROPER** [1] - 3396:11
**PROPERLY** [1] - 3398:3
**PROPERTY** [5] - 3345:3, 3396:18, 3397:4, 3397:7, 3397:13
**PROPOSED** [5] - 3324:20, 3324:25, 3339:8, 3370:1, 3391:11
**PROPOSITION** [5] - 3393:15, 3398:3, 3398:9, 3400:15, 3403:2
**PROPOSITIONS** [1] - 3391:21
**PROTECT** [3] - 3325:21, 3329:22, 3330:19
**PROTECTED** [3] - 3325:20, 3384:25, 3385:5
**PROTECTING** [1] - 3397:10
**PROTECTION** [37] - 3315:14, 3323:25, 3324:2, 3333:7, 3333:12, 3336:3, 3356:22, 3361:1, 3361:7, 3361:16, 3361:25, 3362:3, 3362:15, 3362:18,

3364:2, 3365:22, 3367:20, 3371:21, 3372:4, 3373:18, 3374:11, 3375:12, 3376:9, 3378:18, 3379:23, 3379:24, 3384:11, 3384:25, 3385:17, 3388:17, 3389:9, 3389:21, 3392:16, 3395:25, 3397:6, 3400:24, 3401:15
**PROTOCOL** [1] - 3343:15
**PROVEN** [1] - 3402:21
**PROVIDE** [8] - 3312:8, 3324:2, 3338:13, 3348:5, 3348:7, 3348:9, 3369:16, 3399:14
**PROVIDED** [8] - 3310:19, 3311:7, 3342:13, 3346:16, 3363:22, 3374:21, 3393:3, 3401:11
**PROVIDING** [3] - 3347:19, 3369:11, 3386:14
**PUBLIC** [16] - 3318:15, 3339:20, 3339:22, 3339:25, 3340:12, 3346:21, 3385:9, 3385:10, 3385:13, 3385:14, 3386:15, 3386:17, 3388:14, 3398:4, 3398:13, 3400:5
**PUBLISHED** [1] - 3310:11
**PULL** [3] - 3376:13, 3384:1, 3390:10
**PUMPING** [1] - 3318:25
**PURE** [1] - 3348:16
**PURPOSE** [14] - 3337:7, 3341:22, 3350:18, 3350:21, 3351:2, 3351:23, 3378:5, 3378:6, 3378:9, 3378:11, 3378:12, 3385:16, 3392:9, 3397:21
**PURPOSES** [1] - 3329:17
**PURSUANT** [1] - 3328:23
**PURSUE** [4] - 3340:24, 3344:17, 3360:19, 3375:17

**PUSHED** [1] - 3315:2
**PUT** [27] - 3318:25, 3322:6, 3323:13, 3324:10, 3324:17, 3325:10, 3330:17, 3330:18, 3330:25, 3337:1, 3350:19, 3361:16, 3362:2, 3365:15, 3376:9, 3377:20, 3378:18, 3379:16, 3382:12, 3385:2, 3389:12, 3391:23, 3392:1, 3394:4, 3396:18, 3396:22, 3397:1
**PUTTING** [4] - 3318:23, 3350:22, 3360:25, 3378:6
**PX** [1] - 3404:10

**Q**

**QUANTITY** [1] - 3396:22
**QUESTION** [14] - 3315:8, 3348:20, 3350:20, 3354:25, 3371:20, 3379:15, 3382:15, 3388:11, 3391:23, 3394:22, 3398:19, 3398:25, 3402:8, 3402:22
**QUESTIONS** [11] - 3326:10, 3326:17, 3331:1, 3340:4, 3346:25, 3386:25, 3390:13, 3393:1, 3393:10, 3394:2, 3394:8
**QUICK** [1] - 3352:15
**QUICKLY** [1] - 3377:10

**R**

**R** [5] - 3306:8, 3307:23, 3308:11, 3309:3, 3310:1
**RACHEL** [2] - 3331:6, 3331:7
**RAISE** [1] - 3331:17
**RAISING** [1] - 3313:16
**RANDOM** [1] - 3329:22
**RANKED** [1] - 3323:22
**RATE** [3] - 3357:23, 3359:18, 3366:10
**RATED** [1] - 3314:14
**RATES** [6] - 3357:18,

3358:16, 3358:18,
3366:13, 3366:14,
3371:6
   **RATHER** [2] -
3334:5, 3391:22
   **RATIO** [6] - 3344:4,
3345:5, 3345:7,
3346:2, 3371:17,
3396:11
   **REACH** [9] - 3319:8,
3336:22, 3352:23,
3361:13, 3376:19,
3377:1, 3382:21,
3402:4
   **REACHES** [3] -
3382:16, 3382:17,
3389:25
   **REACHING** [1] -
3319:17
   **READ** [5] - 3328:18,
3332:9, 3351:15,
3391:6, 3394:6
   **READING** [1] -
3327:19
   **REAL** [4] - 3376:4,
3384:1, 3397:7,
3397:9
   **REALIZE** [1] -
3328:4
   **REALIZED** [1] -
3318:18
   **REALIZES** [1] -
3390:19
   **REALIZING** [1] -
3314:25
   **REALLY** [14] -
3310:12, 3317:25,
3319:3, 3339:14,
3375:24, 3376:2,
3377:16, 3377:18,
3379:10, 3379:21,
3380:2, 3381:18,
3382:20, 3389:3
   **REALTIME** [3] -
3394:6, 3394:9,
3394:16
   **REASON** [5] -
3329:12, 3343:23,
3348:13, 3356:16,
3396:7
   **REASONS** [4] -
3354:10, 3356:5,
3374:10, 3401:4
   **RECALL** [3] -
3330:8, 3356:9,
3368:16
   **RECEIVE** [4] -
3341:25, 3343:5,
3366:4, 3377:11
   **RECEIVED** [17] -

3314:11, 3325:25,
3333:16, 3334:14,
3349:25, 3350:4,
3357:17, 3365:7,
3365:8, 3365:9,
3373:9, 3387:19,
3387:20, 3387:21,
3388:4, 3388:21,
3392:21
   **RECEIVING** [1] -
3336:11
   **RECENTLY** [4] -
3317:11, 3318:18,
3328:18, 3376:11
   **RECESS** [5] -
3331:14, 3363:13,
3363:14, 3405:5,
3405:6
   **RECOGNITION** [1] -
3399:6
   **RECOGNIZE** [1] -
3311:6
   **RECOGNIZED** [1] -
3376:23
   **RECOMMEND** [5] -
3347:11, 3348:13,
3348:25, 3349:4,
3357:7
   **RECOMMENDATIO
N** [7] - 3342:4,
3347:24, 3359:4,
3384:4, 3387:7,
3389:4, 3389:5
   **RECOMMENDATIO
NS** [4] - 3343:16,
3359:3, 3375:18,
3384:2
   **RECOMMENDED** [9]
- 3352:6, 3357:10,
3367:22, 3370:21,
3379:22, 3380:9,
3389:20, 3403:5,
3404:2
   **RECOMMENDING**
[2] - 3342:19, 3343:18
   **RECOMMENDS** [1] -
3357:9
   **RECON** [5] - 3340:3,
3346:6, 3359:5,
3359:21, 3398:17
   **RECONNAISSANC
E** [52] - 3336:24,
3337:3, 3337:4,
3337:7, 3337:10,
3337:16, 3338:20,
3338:23, 3339:16,
3339:21, 3340:17,
3340:19, 3341:3,
3341:4, 3341:5,
3342:9, 3342:18,

3342:25, 3343:17,
3343:22, 3344:13,
3344:18, 3348:12,
3349:12, 3349:22,
3350:9, 3351:22,
3352:8, 3355:2,
3355:5, 3357:11,
3360:6, 3364:4,
3371:24, 3374:17,
3374:19, 3374:23,
3374:24, 3374:25,
3385:8, 3386:15,
3386:22, 3387:2,
3387:12, 3387:14,
3387:22, 3398:20,
3404:10, 3404:11,
3404:13
   **RECORD** [14] -
3310:17, 3310:21,
3311:21, 3311:23,
3311:25, 3331:21,
3352:14, 3353:2,
3355:10, 3357:6,
3362:19, 3389:11,
3405:1, 3405:15
   **RECORDED** [1] -
3308:20
   **RECOVERY** [1] -
3333:17
   **RECREATIONAL** [1]
- 3381:22
   **REDFISH** [2] -
3318:12, 3318:13
   **REDIRECT** [1] -
3331:2
   **REDO** [2] - 3380:1,
3382:4
   **REDUCE** [4] -
3373:11, 3378:19,
3378:20
   **REDUCING** [2] -
3373:14, 3396:17
   **REDUCTION** [4] -
3335:21, 3344:4,
3356:24
   **REDUCTIONS** [1] -
3345:15
   **REFER** [1] - 3391:12
   **REFERENCE** [1] -
3356:21
   **REFERENCED** [1] -
3330:14
   **REFERRED** [2] -
3315:23, 3392:12
   **REFERRING** [2] -
3358:5, 3376:19
   **REFERS** [1] -
3376:10
   **REFINED** [1] -
3379:5

   **REFLECT** [1] -
3384:5
   **REFLECTED** [1] -
3378:9
   **REGARD** [5] -
3336:19, 3354:13,
3387:23, 3388:3,
3388:21
   **REGARDING** [3] -
3334:7, 3359:2,
3390:6
   **REGION** [1] - 3367:2
   **REGULARLY** [1] -
3349:8
   **REGULATIONS** [1] -
3319:24
   **REGULATORY** [1] -
3329:1
   **REITERATING** [1] -
3379:10
   **RELATE** [1] - 3391:8
   **RELATED** [2] -
3321:13, 3322:1
   **RELATIONSHIP** [1] -
3315:3
   **RELIEVED** [1] -
3314:17
   **REMARK** [3] -
3362:9, 3362:10,
3362:11
   **REMEDIATE** [1] -
3330:12
   **REMEDIATION** [2] -
3403:5, 3404:2
   **REMEMBER** [4] -
3314:11, 3327:18,
3328:18, 3357:19
   **REMOVED** [1] -
3366:8
   **REPAIR** [1] - 3374:7
   **REPHRASE** [1] -
3399:21
   **REPORT** [211] -
3321:12, 3321:19,
3322:23, 3324:5,
3327:6, 3327:8,
3327:12, 3327:21,
3328:4, 3328:11,
3330:14, 3336:24,
3337:2, 3337:3,
3337:4, 3337:7,
3337:10, 3337:16,
3338:8, 3338:14,
3338:20, 3338:23,
3340:16, 3340:17,
3340:19, 3341:3,
3341:4, 3341:5,
3341:9, 3341:10,
3342:9, 3342:10,
3342:13, 3342:18,

3342:19, 3342:25,
3343:17, 3344:14,
3346:1, 3346:9,
3346:20, 3346:22,
3349:12, 3349:22,
3350:6, 3350:9,
3350:11, 3350:18,
3350:21, 3350:25,
3351:2, 3351:22,
3352:2, 3352:8,
3352:9, 3352:17,
3352:18, 3352:21,
3353:12, 3353:17,
3353:22, 3354:10,
3354:15, 3354:22,
3355:2, 3355:5,
3355:15, 3356:5,
3356:10, 3356:11,
3356:16, 3356:25,
3357:4, 3357:6,
3357:7, 3357:9,
3357:11, 3357:14,
3357:24, 3357:25,
3358:6, 3358:7,
3358:24, 3359:21,
3360:2, 3360:6,
3360:16, 3360:17,
3364:1, 3364:4,
3364:5, 3364:7,
3364:8, 3364:11,
3364:12, 3364:17,
3364:20, 3364:22,
3364:23, 3364:24,
3365:1, 3365:7,
3365:8, 3365:10,
3365:14, 3365:21,
3366:3, 3366:7,
3366:8, 3366:9,
3366:12, 3366:16,
3366:20, 3367:5,
3367:12, 3367:17,
3367:25, 3368:23,
3370:22, 3371:12,
3371:23, 3371:25,
3372:2, 3372:3,
3372:8, 3372:11,
3372:12, 3373:22,
3374:12, 3374:14,
3374:16, 3374:17,
3374:18, 3374:19,
3374:20, 3374:23,
3374:25, 3375:2,
3375:3, 3375:4,
3375:5, 3375:9,
3375:11, 3375:15,
3375:20, 3375:22,
3377:9, 3377:15,
3377:22, 3378:3,
3378:9, 3378:15,
3378:21, 3379:23,
3384:2, 3384:12,

3384:14, 3384:23, 3385:10, 3385:25, 3386:2, 3386:22, 3387:2, 3387:9, 3387:12, 3387:14, 3387:16, 3387:20, 3387:24, 3388:2, 3388:3, 3388:8, 3388:10, 3388:13, 3388:21, 3389:1, 3389:2, 3389:5, 3389:7, 3389:23, 3395:14, 3395:24, 3396:9, 3397:8, 3398:20, 3399:11, 3399:24, 3400:25, 3401:2, 3401:8, 3401:13, 3403:3, 3403:13, 3404:10, 3404:11, 3404:13, 3404:16, 3404:18

**REPORT'S** [2] - 3339:16, 3364:21

**REPORTER** [4] - 3308:16, 3315:18, 3405:12, 3405:21

**REPORTER'S** [1] - 3405:10

**REPORTS** [19] - 3332:5, 3334:15, 3343:22, 3375:8, 3379:3, 3385:7, 3385:9, 3386:15, 3388:23, 3395:9, 3395:11, 3396:2, 3398:17, 3398:20, 3400:11, 3401:8, 3402:14, 3402:20, 3403:22

**REPRESENT** [1] - 3326:16

**REPRESENTATION** [1] - 3368:7

**REPRESENTATIVES** [2] - 3316:2, 3338:4

**REPRESENTED** [1] - 3321:16

**REPRODUCTION** [1] - 3387:14

**REQUEST** [2] - 3343:6, 3395:5

**REQUESTED** [3] - 3348:22, 3403:6, 3404:6

**REQUESTS** [1] - 3347:20

**REQUIRE** [3] - 3329:9, 3378:1, 3395:11

**REQUIRED** [4] -

3321:15, 3353:25, 3368:13, 3383:5

**REQUIREMENT** [1] - 3378:5

**REQUIREMENTS** [3] - 3360:19, 3371:3, 3384:20

**REQUIRES** [1] - 3370:8

**RESEARCH** [1] - 3323:12

**RESIDED** [1] - 3315:10

**RESOLUTION** [4] - 3338:9, 3338:10, 3349:17, 3398:2

**RESOLVE** [1] - 3376:17

**RESOLVED** [1] - 3376:25

**RESOURCE** [8] - 3314:23, 3315:15, 3316:7, 3334:19, 3337:6, 3339:23, 3342:7, 3360:22

**RESOURCES** [7] - 3336:2, 3338:15, 3355:4, 3361:14, 3361:21, 3361:24, 3388:16

**RESPECT** [3] - 3352:21, 3353:12, 3367:17

**RESPOND** [1] - 3360:8

**RESPONSE** [6] - 3357:7, 3357:13, 3359:8, 3359:24, 3398:1, 3399:18

**RESPONSIBILITIES** [3] - 3313:23, 3314:13, 3333:20

**RESPONSIBILITY** [1] - 3398:4

**RESPONSIBLE** [2] - 3369:10, 3369:12

**REST** [5] - 3318:9, 3323:16, 3334:1, 3353:20, 3370:10

**RESTATE** [4] - 3398:25, 3399:16, 3402:8, 3402:22

**RESTORATION** [36] - 3312:19, 3313:13, 3315:14, 3317:8, 3317:21, 3318:6, 3319:9, 3319:11, 3319:13, 3324:9, 3326:1, 3329:17, 3330:11, 3333:8,

3333:13, 3333:17, 3333:18, 3334:11, 3334:20, 3334:24, 3335:18, 3336:4, 3336:12, 3344:1, 3360:23, 3365:13, 3365:22, 3366:2, 3366:4, 3373:19, 3388:17, 3396:8, 3400:24, 3400:25, 3401:15

**RESTORATIONS** [1] - 3396:10

**RESTORE** [3] - 3317:13, 3318:7, 3326:5

**RESTRICTIONS** [1] - 3376:16

**RESUBMIT** [1] - 3360:6

**RESULT** [4] - 3320:12, 3336:17, 3366:19, 3380:9

**RESULTING** [2] - 3346:13, 3360:25

**RESULTS** [4] - 3371:1, 3371:4, 3371:5, 3371:9

**REVIEW** [2] - 3341:11, 3393:17

**REVIEWED** [7] - 3314:15, 3321:20, 3324:11, 3324:23, 3361:14, 3391:1, 3391:3

**REVIEWS** [2] - 3325:15, 3325:16

**RICHARD** [1] - 3308:11

**RIGHT** [56] - 3313:5, 3314:9, 3319:5, 3321:4, 3321:24, 3322:10, 3324:6, 3326:1, 3326:10, 3326:22, 3327:4, 3327:6, 3327:10, 3327:17, 3327:18, 3327:24, 3328:2, 3329:23, 3330:5, 3330:7, 3331:17, 3334:9, 3339:2, 3341:14, 3345:16, 3347:10, 3348:7, 3349:4, 3353:6, 3356:1, 3356:12, 3358:16, 3362:19, 3363:7, 3364:9, 3369:17, 3369:25, 3372:5, 3381:4, 3381:17, 3381:21,

3383:8, 3383:9, 3383:12, 3386:16, 3387:10, 3391:5, 3394:12, 3394:24, 3395:10, 3395:15, 3397:15, 3397:22, 3401:16, 3404:14

**RIGHTS** [1] - 3369:11

**RIPRAP** [1] - 3377:4

**RISE** [3] - 3354:11, 3355:20, 3379:12

**RISK** [10] - 3335:21, 3344:4, 3356:24, 3400:10, 3400:18, 3402:7, 3402:10, 3402:16, 3402:25

**RIVER** [13] - 3318:8, 3318:12, 3318:25, 3320:5, 3325:23, 3326:25, 3327:9, 3366:25, 3367:3, 3367:8, 3376:3, 3382:1, 3382:19

**ROBERT** [1] - 3308:1

**ROBERTS** [4] - 3311:18, 3311:22, 3312:2, 3312:4

**ROBIN** [1] - 3308:10

**ROBINSON** [1] - 3306:2

**ROCK** [10] - 3318:23, 3325:10, 3330:17, 3330:18, 3330:24, 3374:4, 3376:24, 3378:13, 3384:20, 3385:3

**RODRIGUEZ** [2] - 3321:18, 3327:3

**ROLE** [8] - 3316:11, 3319:6, 3322:12, 3322:17, 3336:5, 3364:7, 3375:2, 3384:12

**ROLLING** [1] - 3318:23

**ROOM** [1] - 3308:17

**ROUGE** [2] - 3307:10, 3307:16

**ROUGH** [1] - 3322:6

**ROUGHLY** [2] - 3381:4, 3381:5

**ROUNDED** [1] - 3322:4

**ROUTINELY** [1] - 3395:9

**ROY** [2] - 3307:1, 3307:1

**RPR** [2] - 3308:16, 3405:20

**RUN** [1] - 3316:22
**RUPERT** [1] - 3308:9

## S

**S** [5] - 3308:4, 3308:7, 3310:1, 3312:6, 3351:25

**S.W** [1] - 3307:12

**SABINE** [1] - 3325:23

**SAID** [14] - 3319:24, 3324:15, 3328:12, 3330:1, 3342:8, 3343:2, 3353:22, 3357:19, 3365:6, 3371:6, 3376:23, 3380:24, 3391:15, 3395:8

**SALINE** [1] - 3327:16

**SALT** [1] - 3354:21

**SALTWATER** [2] - 3354:8, 3379:12

**SAME** [12] - 3311:3, 3314:5, 3316:10, 3316:15, 3316:18, 3363:4, 3364:21, 3364:25, 3365:6, 3370:15, 3379:4, 3387:23

**SANK** [1] - 3374:5

**SARAH** [1] - 3308:11

**SAVING** [2] - 3328:16, 3369:12

**SAVINGS** [4] - 3345:14, 3368:22, 3375:9, 3375:12

**SAY** [17] - 3320:16, 3322:21, 3323:20, 3330:20, 3343:21, 3345:3, 3346:18, 3356:7, 3367:15, 3372:21, 3377:2, 3380:25, 3382:21, 3387:3, 3388:20, 3400:22

**SAYING** [1] - 3373:10

**SAYS** [3] - 3345:19, 3360:9, 3376:10

**SCHEDULED** [2] - 3374:3, 3374:6

**SCHOOL** [1] - 3313:11

**SCIENCE** [2] - 3312:16, 3320:7

**SCIENTIFIC** [1] - 3316:24

**SCIENTISTS** [1] - 3339:20

**SCOPE** [11] - 3339:8,

3351:2, 3359:11, 3372:14, 3378:11, 3395:5, 3395:21, 3397:14, 3402:18, 3402:20, 3403:16

**SCREEN** [6] - 3337:1, 3350:19, 3351:1, 3375:25, 3382:11, 3383:6

**SEA** [3] - 3354:11, 3355:20, 3379:12

**SEA-LEVEL** [2] - 3354:11, 3355:20

**SEATED** [3] - 3310:5, 3311:14, 3363:16

**SECOND** [10] - 3311:1, 3337:6, 3343:14, 3347:8, 3348:16, 3359:6, 3359:7, 3376:13, 3390:17, 3398:3

**SECRETARY** [2] - 3339:11, 3348:1

**SECTION** [24] - 3312:13, 3313:22, 3314:8, 3314:12, 3314:13, 3314:24, 3328:15, 3329:2, 3332:25, 3336:14, 3351:21, 3355:3, 3355:15, 3358:13, 3359:1, 3367:5, 3375:3, 3375:20, 3376:4, 3378:11, 3384:2, 3384:4, 3389:3

**SEDIMENT** [2] - 3354:6, 3355:25

**SEDIMENTS** [1] - 3383:3

**SEE** [17] - 3321:16, 3323:12, 3323:24, 3338:2, 3338:7, 3351:22, 3356:18, 3358:1, 3380:8, 3381:18, 3382:13, 3382:20, 3384:18, 3387:8, 3391:11, 3397:8, 3400:21

**SEEK** [1] - 3389:17

**SEEKING** [2] - 3378:15, 3378:16

**SEEMED** [2] - 3326:20, 3399:8

**SEGMENT** [4] - 3380:20, 3380:24, 3381:1, 3381:3

**SEGMENTS** [2] - 3361:16, 3384:6

**SELA** [1] - 3333:19

**SELECT** [1] - 3322:12

**SELECTED** [1] - 3323:22

**SENATE** [2] - 3338:6, 3401:19

**SEND** [4] - 3338:11, 3387:9, 3387:11, 3388:1

**SENDS** [1] - 3395:9

**SENIOR** [1] - 3333:5

**SENSE** [1] - 3404:21

**SENT** [16] - 3339:21, 3339:25, 3340:7, 3340:8, 3342:6, 3385:11, 3388:20, 3398:21, 3399:11, 3399:24, 3401:10, 3401:19, 3404:11, 3404:12, 3404:13, 3404:17

**SEPARATE** [5] - 3350:17, 3376:8, 3383:7, 3386:1, 3386:8

**SERIES** [1] - 3385:14

**SERIOUSLY** [1] - 3318:2

**SERVED** [3] - 3312:13, 3322:11, 3322:14

**SERVICE** [9] - 3315:1, 3315:10, 3315:16, 3316:5, 3316:8, 3323:11, 3323:15, 3339:24

**SERVICES** [1] - 3315:1

**SESSION** [4] - 3306:9, 3310:3, 3310:5, 3363:16

**SET** [6] - 3331:13, 3342:21, 3342:22, 3344:2, 3384:24, 3385:15

**SETTING** [1] - 3355:6

**SEVEN** [4] - 3330:3, 3348:18, 3391:16, 3392:21

**SEVERAL** [5] - 3318:10, 3323:12, 3330:24, 3391:4, 3402:14

**SEVERE** [2] - 3353:14, 3353:23

**SHARE** [2] - 3367:23, 3371:2

**SHARED** [1] - 3368:5

**SHARING** [8] - 3350:8, 3352:7, 3368:3, 3368:13, 3370:4, 3370:8, 3370:13, 3373:3

**SHE** [7] - 3312:10, 3312:13, 3312:17, 3312:19, 3330:1, 3335:25, 3338:23

**SHE'S** [1] - 3312:18

**SHEENA** [1] - 3311:15

**SHELL** [2] - 3352:24, 3353:4

**SHERMAN** [1] - 3306:20

**SHIP** [1] - 3397:16

**SHIPPING** [3] - 3394:21, 3394:23, 3395:1

**SHOALING** [22] - 3354:1, 3356:2, 3357:18, 3357:20, 3357:23, 3358:14, 3358:16, 3358:18, 3359:18, 3366:10, 3366:13, 3366:14, 3371:6, 3371:9, 3371:10, 3378:17, 3378:19, 3378:20, 3382:19, 3382:23, 3383:3, 3396:17

**SHORE** [6] - 3322:6, 3330:18, 3330:19, 3336:22, 3361:7

**SHORELINE** [2] - 3318:23, 3325:11

**SHORT** [1] - 3391:12

**SHOULD** [8] - 3314:25, 3337:9, 3337:15, 3357:18, 3364:24, 3366:5, 3377:3, 3404:12

**SHOW** [13] - 3340:20, 3340:21, 3358:3, 3367:4, 3378:23, 3381:11, 3383:10, 3383:12, 3384:6, 3386:21, 3389:24, 3396:3, 3399:9

**SHOWED** [2] - 3371:5, 3371:9

**SHOWN** [5] - 3352:10, 3352:20, 3364:22, 3368:18, 3389:2

**SHOWS** [5] - 3311:3, 3368:23, 3375:13, 3383:13, 3387:20

**SIDE** [1] - 3328:9

**SIERRA** [2] - 3317:17, 3326:7

**SIGNIFICANT** [2] - 3371:14, 3371:15

**SIGNIFICANTLY** [1] - 3382:18

**SIGNS** [1] - 3346:19

**SIMILAR** [3] - 3375:10, 3379:4, 3387:2

**SIMILARLY** [1] - 3383:1

**SIMPLE** [1] - 3340:1

**SIMPLY** [4] - 3319:20, 3342:24, 3346:15, 3348:21

**SIMS** [1] - 3306:23

**SINCE** [12] - 3312:10, 3313:4, 3314:15, 3314:18, 3316:24, 3318:2, 3325:20, 3329:4, 3363:11, 3365:18, 3384:18, 3391:16

**SIR** [10] - 3331:2, 3331:11, 3346:23, 3352:25, 3363:17, 3372:5, 3394:19, 3396:14, 3398:23, 3403:12

**SITES** [2] - 3369:12, 3391:11

**SITTING** [1] - 3316:6

**SIX** [3] - 3353:24, 3357:20, 3371:12

**SIX-FOLD** [1] - 3353:24

**SLIDE** [3] - 3384:7, 3392:22, 3393:17

**SLOWER** [1] - 3325:11

**SMALL** [1] - 3383:7

**SMITH** [2] - 3308:10, 3331:12

**SO** [90] - 3314:2, 3315:17, 3316:8, 3316:19, 3317:9, 3317:18, 3317:25, 3318:15, 3318:19, 3319:2, 3319:23, 3319:24, 3320:3, 3320:7, 3320:12, 3320:25, 3321:3, 3321:5, 3321:19, 3322:4, 3322:5, 3322:7, 3323:13, 3324:13, 3325:7, 3325:17, 3328:4, 3330:6, 3330:18,

3334:21, 3335:7, 3335:14, 3336:9, 3337:10, 3340:12, 3342:6, 3343:7, 3344:1, 3344:3, 3344:7, 3344:10, 3347:19, 3348:12, 3349:2, 3350:16, 3352:6, 3352:11, 3352:14, 3353:9, 3355:5, 3355:24, 3356:23, 3357:2, 3357:21, 3358:22, 3359:10, 3360:7, 3360:20, 3362:5, 3363:2, 3365:20, 3366:13, 3367:22, 3368:22, 3371:6, 3373:6, 3374:5, 3374:9, 3374:25, 3375:15, 3376:23, 3377:6, 3378:19, 3379:13, 3382:19, 3383:13, 3384:14, 3384:21, 3385:6, 3387:2, 3388:2, 3388:24, 3389:4, 3390:9, 3391:16, 3397:8, 3399:7, 3401:6, 3401:8

**SO..** [2] - 3319:13, 3329:20

**SOCIAL** [1] - 3345:25

**SOCIETY** [1] - 3317:15

**SOJA** [1] - 3308:11

**SOLELY** [1] - 3373:18

**SOLUTION** [1] - 3376:24

**SOLUTIONS** [6] - 3337:12, 3338:12, 3350:24, 3351:8, 3351:24, 3351:25

**SOLVED** [1] - 3343:11

**SOME** [44] - 3314:8, 3315:5, 3315:9, 3318:9, 3319:19, 3319:22, 3321:12, 3322:1, 3322:3, 3322:9, 3324:2, 3324:22, 3325:4, 3325:25, 3328:5, 3334:3, 3339:6, 3339:9, 3341:1, 3343:22, 3345:24, 3346:11, 3346:25, 3352:5, 3353:15,

3354:20, 3354:21, 3355:16, 3358:20, 3359:19, 3360:5, 3360:20, 3360:21, 3369:16, 3370:4, 3374:1, 3376:20, 3384:1, 3387:13, 3392:11, 3393:7, 3396:16, 3402:14, 3402:20

**SOMEONE** [3] - 3314:22, 3316:5, 3316:7

**SOMETHING** [13] - 3317:22, 3324:13, 3325:19, 3343:3, 3343:17, 3343:19, 3343:20, 3344:25, 3365:20, 3366:7, 3374:6, 3382:8, 3395:8

**SOMETIMES** [4] - 3317:17, 3325:21, 3360:3, 3391:12

**SOMEWHAT** [2] - 3353:7, 3356:10

**SOMEWHERE** [2] - 3318:2, 3367:1

**SORRY** [18] - 3315:8, 3315:25, 3330:3, 3335:6, 3337:24, 3351:15, 3354:18, 3354:19, 3355:14, 3358:24, 3362:7, 3364:16, 3371:8, 3372:24, 3372:25, 3375:25, 3394:22, 3397:23

**SORT** [6] - 3319:19, 3320:3, 3321:15, 3322:24, 3324:10, 3324:21

**SOUTH** [5] - 3306:13, 3322:3, 3328:10, 3350:22, 3353:9

**SOUTHERN** [1] - 3310:23

**SPEAKING** [1] - 3345:20

**SPECIAL** [2] - 3326:3, 3326:4

**SPECIFIC** [11] - 3322:15, 3323:7, 3324:4, 3329:17, 3338:15, 3338:22, 3347:25, 3349:17, 3350:16, 3356:19, 3377:24

**SPECIFICALLY** [11]

- 3327:12, 3327:14, 3356:23, 3371:2, 3373:2, 3374:23, 3374:24, 3375:1, 3376:8, 3398:18, 3403:23

**SPECIFICATIONS** [1] - 3325:15

**SPECIFICS** [1] - 3337:2

**SPECIFIED** [1] - 3322:16

**SPECKLED** [3] - 3318:12, 3318:13, 3323:12

**SPECULATE** [1] - 3377:17

**SPECULATION** [1] - 3348:16

**SPELL** [3] - 3311:21, 3311:23, 3331:21

**SPELLED** [2] - 3331:23, 3372:21

**SPEND** [2] - 3320:24, 3321:23

**SPENT** [1] - 3314:15

**SPOIL** [2] - 3322:2, 3327:17

**SPONSOR** [19] - 3337:13, 3341:2, 3341:7, 3341:25, 3343:10, 3344:16, 3367:23, 3368:12, 3369:5, 3369:10, 3369:16, 3369:24, 3371:2, 3372:13, 3373:3, 3373:5, 3373:7, 3373:12, 3373:14

**SPONSORS** [2] - 3339:23, 3372:16

**SPRING** [1] - 3331:8

**SPRINGS** [1] - 3307:13

**SR** [1] - 3308:11

**ST** [6] - 3306:17, 3306:20, 3307:2, 3307:5, 3307:23, 3327:14

**STABILIZATION** [8] - 3332:7, 3336:21, 3350:22, 3364:13, 3373:25, 3377:8, 3378:7, 3384:17

**STABILIZED** [1] - 3377:3

**STAFF** [1] - 3390:6

**STAKEHOLDERS** [2] - 3340:11, 3385:12

**STAND** [1] - 3311:14

**STANDARD** [3] - 3351:22, 3369:15, 3387:1

**STANDPOINT** [4] - 3335:2, 3357:1, 3368:24, 3381:23

**STANFORD** [2] - 3312:15, 3312:22

**STANWOOD** [1] - 3306:8

**START** [2] - 3318:25, 3355:1

**STARTED** [12] - 3313:10, 3313:25, 3314:25, 3315:13, 3316:21, 3316:24, 3325:20, 3329:7, 3330:8, 3363:2, 3363:7, 3400:6

**STATE** [13] - 3311:20, 3314:23, 3315:16, 3316:22, 3324:15, 3324:17, 3325:5, 3331:20, 3336:9, 3340:8, 3373:3, 3373:5, 3385:12

**STATED** [3] - 3348:5, 3378:5, 3378:6

**STATEMENT** [1] - 3351:11

**STATEMENTS** [1] - 3313:24

**STATES** [12] - 3306:1, 3306:5, 3306:8, 3310:16, 3329:13, 3331:24, 3343:7, 3351:2, 3391:15, 3392:2, 3399:12, 3405:12

**STATES'** [1] - 3311:13

**STATION** [3] - 3308:13, 3357:22, 3366:14

**STATUTE** [1] - 3324:24

**STEADILY** [1] - 3355:22

**STENOGRAPHY** [1] - 3308:20

**STEP** [1] - 3341:12

**STEVENS** [2] - 3307:18, 3307:18

**STILL** [3] - 3353:9, 3366:1, 3373:12

**STONE** [1] - 3308:11

**STOP** [1] - 3325:24

**STORM** [5] - 3355:18, 3356:6,

3356:17, 3356:24, 3399:6

**STREAM** [1] - 3313:13

**STREET** [6] - 3306:13, 3307:9, 3307:16, 3308:2, 3308:17, 3313:2

**STRIKE** [2] - 3399:15, 3399:20

**STRIKING** [1] - 3399:17

**STRIPS** [2] - 3355:23, 3383:7

**STUDIED** [1] - 3352:17

**STUDIES** [18] - 3334:13, 3334:21, 3336:15, 3341:1, 3342:19, 3349:16, 3350:15, 3352:3, 3366:4, 3370:9, 3379:11, 3384:10, 3389:20, 3390:4, 3390:6, 3390:8, 3397:11, 3397:25

**STUDY** [92] - 3312:18, 3318:20, 3324:20, 3332:21, 3333:21, 3333:22, 3334:14, 3336:14, 3336:20, 3337:4, 3337:5, 3337:8, 3337:14, 3337:15, 3337:20, 3338:3, 3338:9, 3338:10, 3338:17, 3339:21, 3339:22, 3340:1, 3340:2, 3340:3, 3340:6, 3340:10, 3341:22, 3341:24, 3342:10, 3342:16, 3343:3, 3343:12, 3347:6, 3347:12, 3347:23, 3348:8, 3348:12, 3348:14, 3348:16, 3349:1, 3349:5, 3349:16, 3349:17, 3349:19, 3349:21, 3350:12, 3350:14, 3350:16, 3351:2, 3352:8, 3352:10, 3352:12, 3352:19, 3356:18, 3357:5, 3358:14, 3358:16, 3360:4, 3361:4, 3364:8, 3367:14, 3367:16, 3368:4, 3368:9, 3368:20, 3373:11,

3373:12, 3374:24, 3375:20, 3378:11, 3379:9, 3380:10, 3386:16, 3386:20, 3386:21, 3387:4, 3387:9, 3387:10, 3387:22, 3388:13, 3388:14, 3390:8, 3395:11, 3397:14, 3397:20, 3397:21, 3398:1, 3398:2, 3399:14

**STUDYING** [1] - 3334:11

**STYLE** [1] - 3331:8

**SUBCOMMITTEE** [7] - 3321:17, 3322:14, 3322:17, 3323:17, 3338:6, 3338:9, 3338:13

**SUBJECT** [2] - 3311:8, 3392:11

**SUBLIMINALLY** [1] - 3394:17

**SUBMIT** [1] - 3375:16

**SUBMITS** [1] - 3395:14

**SUBMITTED** [5] - 3341:10, 3372:12, 3395:24, 3403:3, 3403:13

**SUBROGATED** [1] - 3307:22

**SUBSEQUENT** [2] - 3327:13, 3388:23

**SUBSIDE** [1] - 3384:19

**SUBSIDENCE** [4] - 3354:11, 3355:18, 3355:20, 3379:12

**SUBSTANTIAL** [1] - 3377:14

**SUCCEED** [1] - 3317:21

**SUCH** [9] - 3364:5, 3367:16, 3390:11, 3398:11, 3399:2, 3400:3, 3400:10, 3403:6, 3404:6

**SUE** [1] - 3335:22

**SUFFICIENTLY** [1] - 3370:3

**SUGGESTED** [1] - 3322:20

**SUGGESTING** [1] - 3368:4

**SUGGESTS** [1] - 3371:10

**SUITE** [4] - 3306:14,

3306:23, 3307:5, 3308:2

**SUM** [1] - 3315:5

**SUMMARY** [2] - 3386:17, 3389:2

**SUPERIMPOSING** [1] - 3327:23

**SUPERVISED** [1] - 3314:14

**SUPPLEMENT** [2] - 3352:4, 3357:9

**SUPPLEMENTAL** [9] - 3322:9, 3357:13, 3359:12, 3359:15, 3359:18, 3360:10, 3370:14, 3370:17, 3370:21

**SUPPORT** [5] - 3341:2, 3365:22, 3367:13, 3367:14, 3367:15

**SUPPOSED** [3] - 3321:18, 3322:8, 3401:11

**SURE** [14] - 3328:24, 3331:6, 3344:12, 3344:22, 3346:13, 3354:24, 3362:17, 3363:4, 3369:1, 3369:2, 3392:22, 3393:8, 3402:5, 3402:24

**SURGE** [2] - 3356:6, 3356:17

**SURROUNDING** [1] - 3357:2

**SURVEY** [1] - 3316:6

**SUZANNE** [7] - 3309:3, 3311:14, 3311:18, 3311:22, 3311:25, 3312:2, 3312:9

**SWAMP** [4] - 3320:17, 3320:18, 3330:13

**SWEAR** [1] - 3311:17

**SWITCH** [1] - 3382:9

**SWORN** [2] - 3311:18, 3331:18

**SYNOPSIZED** [1] - 3332:9

**SYSTEM** [1] - 3354:24

---

# T

**T** [1] - 3307:22

**TAHEERAH** [1] - 3308:6

**TAKE** [11] - 3313:8, 3313:12, 3325:10,

---

3325:11, 3348:25, 3358:4, 3363:10, 3363:13, 3365:10, 3382:12

**TAKEN** [5] - 3334:3, 3346:5, 3363:14, 3363:19, 3405:6

**TAKES** [5] - 3324:25, 3325:7, 3325:9, 3325:12, 3325:14

**TAKING** [2] - 3327:23, 3362:12

**TALK** [4] - 3338:5, 3346:12, 3355:16, 3364:3

**TALKED** [12] - 3328:14, 3329:11, 3354:8, 3368:2, 3371:24, 3374:2, 3387:19, 3398:16, 3401:7, 3402:20, 3403:14, 3403:20

**TALKING** [11] - 3325:17, 3344:13, 3344:14, 3346:7, 3349:10, 3349:11, 3363:4, 3364:1, 3364:18, 3379:5, 3397:23

**TALKS** [3] - 3355:22, 3358:17, 3397:9

**TARGETS** [1] - 3344:3

**TASK** [12] - 3316:3, 3322:11, 3322:14, 3322:16, 3322:25, 3323:25, 3326:24, 3336:6, 3336:8, 3372:20, 3373:1, 3373:6

**TEAM** [4] - 3314:2, 3314:6, 3339:18, 3339:19

**TEAMS** [1] - 3314:1

**TEAPOT** [3] - 3393:9, 3394:7, 3394:15

**TECHNICAL** [2] - 3316:24, 3343:11

**TELL** [6] - 3332:14, 3344:25, 3348:17, 3353:20, 3359:22, 3369:24

**TELLING** [1] - 3369:21

**TEMPEST** [3] - 3393:8, 3394:7, 3394:15

**TEMPLET** [1] - 3326:6

---

**TEMPORARILY** [1] - 3314:17

**TEN** [5] - 3322:24, 3322:25, 3343:21, 3363:13, 3391:21

**TEN-MINUTE** [1] - 3363:13

**TERM** [2] - 3320:8, 3320:12

**TERMS** [2] - 3349:16, 3349:17

**TERREBONNE** [1] - 3316:21

**TESTIFIED** [9] - 3311:18, 3316:1, 3326:24, 3331:18, 3358:14, 3359:12, 3366:6, 3374:12, 3394:19

**TESTIFYING** [1] - 3312:20

**TESTIMONY** [6] - 3310:19, 3332:5, 3347:7, 3369:4, 3382:7, 3404:9

**THAN** [18] - 3324:1, 3324:12, 3343:22, 3344:5, 3344:6, 3344:23, 3350:6, 3353:20, 3371:11, 3391:22, 3396:3, 3400:15, 3401:22, 3402:1, 3402:6, 3402:9, 3402:24

**THANK** [37] - 3310:13, 3310:20, 3310:25, 3311:12, 3315:20, 3326:9, 3326:11, 3327:20, 3331:2, 3331:4, 3332:8, 3332:11, 3346:23, 3346:24, 3351:20, 3353:10, 3355:9, 3355:12, 3356:14, 3363:18, 3363:24, 3365:4, 3372:5, 3372:6, 3379:17, 3381:8, 3382:3, 3386:6, 3386:11, 3390:14, 3390:15, 3393:13, 3393:20, 3404:1, 3405:5

**THANKS** [1] - 3363:8

**THAT** [632] - 3310:9, 3310:17, 3310:22, 3311:1, 3311:5, 3311:12, 3312:13, 3313:5, 3313:13, 3313:15, 3313:21,

---

3314:3, 3314:9, 3314:11, 3314:13, 3314:21, 3314:22, 3315:2, 3315:5, 3315:13, 3315:14, 3315:24, 3316:2, 3316:8, 3316:10, 3316:11, 3316:15, 3316:16, 3316:23, 3317:4, 3317:9, 3317:12, 3317:19, 3317:23, 3317:24, 3318:1, 3318:4, 3318:10, 3318:20, 3318:22, 3318:23, 3319:14, 3319:15, 3319:16, 3320:1, 3320:11, 3320:12, 3320:15, 3320:17, 3320:18, 3320:22, 3320:25, 3321:17, 3321:23, 3321:24, 3322:3, 3322:6, 3322:8, 3322:13, 3322:20, 3323:1, 3323:3, 3323:5, 3323:14, 3323:17, 3323:19, 3323:21, 3323:23, 3323:24, 3324:6, 3324:10, 3324:12, 3324:13, 3324:16, 3324:19, 3324:22, 3325:5, 3325:7, 3325:11, 3325:18, 3326:1, 3326:19, 3326:21, 3326:24, 3326:25, 3327:3, 3327:6, 3327:8, 3327:10, 3327:12, 3327:14, 3327:17, 3327:21, 3327:24, 3328:1, 3328:2, 3328:3, 3328:4, 3328:9, 3328:11, 3328:14, 3328:20, 3328:22, 3328:23, 3328:24, 3329:1, 3329:3, 3329:6, 3329:10, 3329:11, 3329:16, 3329:18, 3329:23, 3330:4, 3330:14, 3330:16, 3330:17, 3330:21, 3330:25, 3331:1, 3333:2, 3333:10, 3333:11, 3333:14, 3333:15, 3333:16, 3333:20, 3333:21, 3333:24, 3334:6, 3334:8, 3334:13, 3334:14,

---

3334:18, 3334:19, 3334:21, 3334:22, 3334:25, 3335:1, 3335:2, 3335:3, 3335:5, 3335:7, 3335:10, 3335:12, 3335:14, 3335:16, 3335:18, 3336:4, 3336:5, 3336:7, 3336:11, 3336:16, 3337:1, 3337:6, 3337:12, 3337:20, 3337:22, 3338:2, 3338:3, 3338:4, 3338:9, 3338:13, 3338:14, 3338:16, 3338:17, 3339:2, 3339:14, 3339:15, 3339:20, 3340:1, 3340:4, 3340:7, 3340:20, 3340:23, 3341:3, 3341:4, 3341:6, 3341:16, 3341:17, 3341:20, 3341:21, 3342:5, 3342:6, 3342:10, 3342:15, 3342:16, 3342:17, 3342:19, 3342:20, 3342:21, 3342:22, 3342:24, 3342:25, 3343:3, 3343:8, 3343:12, 3343:17, 3343:25, 3344:7, 3344:9, 3344:11, 3344:12, 3344:16, 3344:18, 3344:20, 3344:21, 3344:23, 3344:24, 3345:5, 3345:22, 3346:6, 3346:13, 3346:15, 3346:17, 3346:21, 3346:22, 3347:1, 3347:6, 3347:11, 3347:12, 3347:13, 3347:15, 3347:17, 3347:25, 3348:3, 3348:5, 3348:6, 3348:8, 3348:13, 3349:18, 3350:13, 3350:14, 3350:15, 3350:20, 3350:24, 3351:2, 3351:6, 3351:17, 3351:21, 3351:22, 3351:23, 3352:11, 3352:17, 3352:18, 3352:19, 3352:24, 3353:14, 3353:15, 3353:19, 3353:23, 3353:24, 3354:2, 3354:5, 3355:3,

3355:10, 3355:15,
3355:25, 3356:2,
3356:3, 3356:13,
3357:9, 3357:10,
3357:17, 3357:18,
3357:19, 3357:20,
3357:23, 3358:1,
3358:5, 3358:13,
3358:14, 3358:17,
3358:18, 3358:19,
3358:21, 3358:22,
3358:25, 3359:1,
3359:3, 3359:6,
3359:8, 3359:12,
3359:13, 3359:18,
3359:20, 3359:21,
3359:23, 3360:9,
3360:13, 3360:14,
3360:17, 3360:19,
3360:23, 3360:25,
3361:1, 3361:9,
3361:11, 3361:14,
3361:20, 3361:22,
3362:5, 3362:6,
3362:12, 3362:13,
3362:16, 3362:19,
3363:2, 3363:12,
3363:19, 3364:2,
3364:4, 3364:12,
3364:14, 3364:21,
3365:2, 3365:14,
3365:16, 3365:20,
3365:24, 3366:1,
3366:3, 3366:6,
3366:7, 3366:8,
3366:10, 3366:11,
3366:12, 3366:14,
3366:19, 3366:25,
3367:10, 3367:12,
3367:13, 3367:14,
3367:15, 3367:19,
3367:21, 3368:1,
3368:4, 3368:7,
3368:21, 3368:23,
3368:25, 3369:4,
3369:6, 3369:15,
3369:16, 3369:22,
3369:24, 3370:2,
3370:6, 3370:8,
3370:16, 3370:19,
3370:23, 3370:25,
3371:5, 3371:6,
3371:7, 3371:8,
3371:10, 3371:13,
3371:19, 3371:23,
3371:25, 3372:14,
3372:15, 3372:21,
3373:4, 3373:18,
3373:21, 3373:22,
3373:24, 3374:2,
3374:3, 3374:5,

3374:6, 3374:9,
3374:20, 3375:6,
3375:8, 3375:11,
3375:13, 3376:10,
3376:11, 3376:20,
3376:21, 3376:23,
3376:25, 3377:1,
3377:13, 3377:17,
3377:20, 3377:23,
3377:24, 3378:1,
3378:2, 3378:3,
3378:9, 3378:16,
3378:19, 3378:21,
3378:25, 3379:8,
3379:15, 3379:16,
3379:22, 3379:25,
3380:6, 3380:9,
3380:10, 3380:12,
3380:13, 3380:21,
3381:9, 3381:10,
3381:12, 3381:14,
3381:20, 3381:21,
3381:23, 3382:1,
3382:3, 3382:16,
3383:4, 3383:5,
3383:7, 3383:8,
3383:20, 3383:21,
3383:25, 3384:8,
3384:11, 3384:13,
3384:15, 3384:17,
3384:18, 3384:21,
3384:22, 3384:23,
3384:25, 3385:1,
3385:4, 3385:7,
3385:11, 3385:19,
3385:20, 3386:8,
3386:19, 3386:20,
3386:24, 3386:25,
3387:1, 3387:2,
3387:5, 3387:10,
3388:6, 3388:10,
3388:14, 3388:18,
3388:22, 3389:3,
3389:5, 3389:13,
3389:20, 3389:23,
3390:1, 3390:9,
3390:25, 3391:1,
3391:10, 3391:11,
3391:24, 3392:1,
3392:12, 3392:14,
3392:22, 3393:7,
3393:19, 3394:2,
3394:10, 3394:11,
3394:13, 3394:14,
3394:19, 3395:1,
3395:5, 3395:7,
3395:13, 3395:17,
3396:2, 3396:7,
3396:14, 3396:16,
3396:18, 3397:2,
3397:4, 3397:5,

3397:8, 3397:10,
3397:12, 3397:17,
3397:19, 3398:5,
3398:6, 3399:4,
3399:8, 3399:9,
3399:10, 3399:13,
3399:17, 3400:1,
3400:2, 3400:5,
3400:7, 3400:11,
3400:12, 3400:14,
3400:16, 3400:25,
3401:2, 3401:3,
3401:4, 3401:6,
3401:7, 3401:8,
3401:9, 3401:10,
3401:13, 3401:18,
3401:22, 3402:1,
3402:5, 3402:6,
3402:9, 3402:12,
3402:14, 3402:20,
3402:24, 3403:3,
3403:12, 3403:14,
3403:22, 3403:23,
3404:1, 3404:5,
3404:10, 3404:16,
3404:21, 3404:24,
3405:1, 3405:2,
3405:4, 3405:14

**THAT'S** [67] -
3315:18, 3316:14,
3316:22, 3316:24,
3318:9, 3319:2,
3319:6, 3321:5,
3330:5, 3334:5,
3334:10, 3335:18,
3339:3, 3339:14,
3341:3, 3341:18,
3345:11, 3347:18,
3348:3, 3351:23,
3352:12, 3353:10,
3354:1, 3354:15,
3355:17, 3357:5,
3357:12, 3359:4,
3359:14, 3360:11,
3360:14, 3362:14,
3362:20, 3364:16,
3364:25, 3369:20,
3369:25, 3370:1,
3370:5, 3371:9,
3371:20, 3371:24,
3375:10, 3376:6,
3376:19, 3376:25,
3380:25, 3381:10,
3381:23, 3383:1,
3383:9, 3383:18,
3385:5, 3386:10,
3387:11, 3387:16,
3388:7, 3389:11,
3394:3, 3394:10,
3395:7, 3396:13,
3397:14, 3404:15,

3404:22, 3404:24
**THE** [1599] - 3306:8,
3306:12, 3306:19,
3307:4, 3307:22,
3308:4, 3309:2,
3310:5, 3310:6,
3310:7, 3310:8,
3310:9, 3310:10,
3310:11, 3310:13,
3310:16, 3310:17,
3310:19, 3310:20,
3310:21, 3310:23,
3310:25, 3311:1,
3311:2, 3311:3,
3311:5, 3311:8,
3311:12, 3311:13,
3311:14, 3311:15,
3311:17, 3311:20,
3311:21, 3311:22,
3311:23, 3311:24,
3311:25, 3312:1,
3312:3, 3312:5,
3312:7, 3312:8,
3312:9, 3312:10,
3312:11, 3312:12,
3312:13, 3312:17,
3312:18, 3312:19,
3312:21, 3313:3,
3313:18, 3313:22,
3314:2, 3314:3,
3314:5, 3314:6,
3314:7, 3314:8,
3314:12, 3314:16,
3314:17, 3314:18,
3314:19, 3314:20,
3314:21, 3314:22,
3314:23, 3314:24,
3314:25, 3315:6,
3315:8, 3315:9,
3315:10, 3315:12,
3315:13, 3315:14,
3315:15, 3315:16,
3315:18, 3315:21,
3315:23, 3315:24,
3316:1, 3316:2,
3316:6, 3316:7,
3316:10, 3316:11,
3316:12, 3316:13,
3316:17, 3316:18,
3316:19, 3316:20,
3316:22, 3317:1,
3317:2, 3317:3,
3317:4, 3317:5,
3317:6, 3317:7,
3317:8, 3317:14,
3317:15, 3317:16,
3317:17, 3317:19,
3317:20, 3317:23,
3317:25, 3318:1,
3318:2, 3318:7,
3318:8, 3318:9,

3318:11, 3318:12,
3318:15, 3318:22,
3318:25, 3319:2,
3319:6, 3319:7,
3319:10, 3319:12,
3319:14, 3319:23,
3319:24, 3320:1,
3320:4, 3320:5,
3320:7, 3320:8,
3320:12, 3320:14,
3320:21, 3320:22,
3320:23, 3320:24,
3321:2, 3321:4,
3321:5, 3321:9,
3321:11, 3321:12,
3321:13, 3321:15,
3321:16, 3321:17,
3321:18, 3321:19,
3321:20, 3322:1,
3322:2, 3322:4,
3322:5, 3322:6,
3322:8, 3322:9,
3322:11, 3322:12,
3322:14, 3322:15,
3322:16, 3322:17,
3322:19, 3322:20,
3322:23, 3322:25,
3323:1, 3323:2,
3323:4, 3323:5,
3323:6, 3323:9,
3323:10, 3323:14,
3323:15, 3323:16,
3323:17, 3323:19,
3323:22, 3323:25,
3324:1, 3324:2,
3324:4, 3324:5,
3324:7, 3324:9,
3324:11, 3324:13,
3324:14, 3324:15,
3324:17, 3324:18,
3324:19, 3324:20,
3324:21, 3324:22,
3324:24, 3325:1,
3325:2, 3325:5,
3325:6, 3325:7,
3325:12, 3325:15,
3325:18, 3325:19,
3325:22, 3325:23,
3325:24, 3326:2,
3326:4, 3326:5,
3326:6, 3326:7,
3326:10, 3326:11,
3326:16, 3326:19,
3326:20, 3326:25,
3327:8, 3327:9,
3327:13, 3327:18,
3327:22, 3327:23,
3328:1, 3328:3,
3328:5, 3328:10,
3328:11, 3328:12,
3328:15, 3328:16,

| | | | | |
|---|---|---|---|---|
| 3328:19, 3328:20, | 3338:7, 3338:10, | 3347:20, 3347:22, | 3356:8, 3356:9, | 3364:25, 3365:1, |
| 3328:22, 3328:23, | 3338:11, 3338:12, | 3347:24, 3348:2, | 3356:10, 3356:13, | 3365:4, 3365:6, |
| 3329:2, 3329:3, | 3338:13, 3338:14, | 3348:7, 3348:9, | 3356:16, 3356:18, | 3365:13, 3365:14, |
| 3329:6, 3329:7, | 3338:15, 3338:19, | 3348:10, 3348:12, | 3356:20, 3356:21, | 3365:16, 3365:17, |
| 3329:8, 3329:9, | 3339:1, 3339:3, | 3348:13, 3348:17, | 3356:25, 3357:1, | 3365:19, 3365:21, |
| 3329:10, 3329:11, | 3339:7, 3339:8, | 3348:18, 3348:19, | 3357:2, 3357:3, | 3365:23, 3365:24, |
| 3329:12, 3329:13, | 3339:9, 3339:10, | 3348:20, 3348:21, | 3357:5, 3357:6, | 3366:3, 3366:6, |
| 3329:14, 3329:15, | 3339:11, 3339:12, | 3348:24, 3348:25, | 3357:7, 3357:9, | 3366:7, 3366:8, |
| 3329:16, 3329:18, | 3339:21, 3339:22, | 3349:1, 3349:4, | 3357:10, 3357:11, | 3366:10, 3366:11, |
| 3329:23, 3329:25, | 3339:23, 3339:24, | 3349:5, 3349:7, | 3357:14, 3357:17, | 3366:12, 3366:13, |
| 3330:1, 3330:3, | 3339:25, 3340:1, | 3349:12, 3349:14, | 3357:18, 3357:20, | 3366:14, 3366:16, |
| 3330:6, 3330:8, | 3340:2, 3340:3, | 3349:17, 3349:19, | 3357:22, 3357:24, | 3366:19, 3366:20, |
| 3330:9, 3330:11, | 3340:5, 3340:6, | 3349:21, 3349:22, | 3357:25, 3358:1, | 3366:22, 3366:24, |
| 3330:13, 3330:14, | 3340:9, 3340:10, | 3350:1, 3350:3, | 3358:2, 3358:3, | 3366:25, 3367:2, |
| 3330:18, 3330:19, | 3340:16, 3340:17, | 3350:6, 3350:9, | 3358:4, 3358:5, | 3367:3, 3367:5, |
| 3330:24, 3330:25, | 3340:19, 3340:21, | 3350:11, 3350:12, | 3358:6, 3358:12, | 3367:7, 3367:8, |
| 3331:2, 3331:4, | 3340:22, 3341:2, | 3350:13, 3350:14, | 3358:14, 3358:15, | 3367:11, 3367:12, |
| 3331:6, 3331:9, | 3341:4, 3341:5, | 3350:17, 3350:18, | 3358:16, 3358:17, | 3367:14, 3367:17, |
| 3331:11, 3331:14, | 3341:6, 3341:8, | 3350:19, 3350:21, | 3358:18, 3358:22, | 3367:20, 3367:22, |
| 3331:16, 3331:17, | 3341:9, 3341:10, | 3350:22, 3350:23, | 3358:24, 3359:1, | 3367:23, 3367:25, |
| 3331:20, 3331:21, | 3341:12, 3341:13, | 3350:24, 3351:1, | 3359:2, 3359:3, | 3368:3, 3368:4, |
| 3331:22, 3332:2, | 3341:16, 3341:18, | 3351:2, 3351:3, | 3359:4, 3359:5, | 3368:5, 3368:8, |
| 3332:3, 3332:4, | 3341:20, 3341:21, | 3351:4, 3351:6, | 3359:6, 3359:7, | 3368:15, 3368:16, |
| 3332:6, 3332:7, | 3341:22, 3342:1, | 3351:7, 3351:8, | 3359:8, 3359:9, | 3368:17, 3368:18, |
| 3332:8, 3332:14, | 3342:2, 3342:5, | 3351:10, 3351:11, | 3359:10, 3359:11, | 3368:20, 3368:23, |
| 3332:16, 3332:18, | 3342:8, 3342:10, | 3351:13, 3351:14, | 3359:12, 3359:17, | 3369:1, 3369:4, |
| 3332:20, 3332:21, | 3342:13, 3342:15, | 3351:15, 3351:16, | 3359:18, 3359:20, | 3369:5, 3369:7, |
| 3332:24, 3333:3, | 3342:20, 3342:21, | 3351:18, 3351:20, | 3359:22, 3359:24, | 3369:8, 3369:9, |
| 3333:6, 3333:7, | 3342:24, 3342:25, | 3351:21, 3351:23, | 3359:25, 3360:1, | 3369:10, 3369:11, |
| 3333:10, 3333:12, | 3343:1, 3343:2, | 3351:24, 3351:25, | 3360:2, 3360:4, | 3369:12, 3369:14, |
| 3333:15, 3333:16, | 3343:3, 3343:6, | 3352:2, 3352:3, | 3360:7, 3360:9, | 3369:17, 3369:18, |
| 3333:18, 3333:23, | 3343:7, 3343:11, | 3352:4, 3352:5, | 3360:10, 3360:11, | 3369:20, 3369:21, |
| 3333:24, 3334:1, | 3343:12, 3343:14, | 3352:8, 3352:10, | 3360:14, 3360:16, | 3369:22, 3369:25, |
| 3334:4, 3334:6, | 3343:15, 3343:18, | 3352:11, 3352:12, | 3360:17, 3360:19, | 3370:1, 3370:5, |
| 3334:7, 3334:8, | 3343:20, 3343:21, | 3352:13, 3352:16, | 3360:22, 3360:23, | 3370:6, 3370:7, |
| 3334:11, 3334:14, | 3343:23, 3343:25, | 3352:18, 3352:21, | 3360:24, 3361:2, | 3370:8, 3370:10, |
| 3334:16, 3334:18, | 3344:2, 3344:9, | 3352:23, 3352:24, | 3361:6, 3361:9, | 3370:15, 3370:18, |
| 3334:20, 3334:22, | 3344:10, 3344:11, | 3353:1, 3353:2, | 3361:11, 3361:13, | 3370:21, 3370:22, |
| 3334:25, 3335:1, | 3344:12, 3344:14, | 3353:4, 3353:5, | 3361:14, 3361:15, | 3370:24, 3370:25, |
| 3335:2, 3335:4, | 3344:15, 3344:17, | 3353:6, 3353:7, | 3361:16, 3361:17, | 3371:1, 3371:3, |
| 3335:5, 3335:8, | 3344:20, 3344:22, | 3353:8, 3353:9, | 3361:18, 3361:20, | 3371:4, 3371:5, |
| 3335:12, 3335:14, | 3344:24, 3345:2, | 3353:10, 3353:12, | 3361:22, 3361:23, | 3371:9, 3371:10, |
| 3335:17, 3335:19, | 3345:6, 3345:8, | 3353:17, 3353:19, | 3361:25, 3362:2, | 3371:11, 3371:13, |
| 3335:20, 3335:22, | 3345:9, 3345:11, | 3353:20, 3353:22, | 3362:5, 3362:7, | 3371:15, 3371:16, |
| 3335:25, 3336:2, | 3345:12, 3345:13, | 3353:23, 3353:25, | 3362:9, 3362:10, | 3371:18, 3371:20, |
| 3336:3, 3336:4, | 3345:16, 3345:18, | 3354:1, 3354:2, | 3362:11, 3362:12, | 3371:21, 3371:22, |
| 3336:6, 3336:7, | 3345:19, 3345:21, | 3354:3, 3354:4, | 3362:14, 3362:16, | 3371:23, 3371:24, |
| 3336:8, 3336:9, | 3345:22, 3345:23, | 3354:7, 3354:8, | 3362:18, 3362:19, | 3372:1, 3372:2, |
| 3336:10, 3336:11, | 3345:25, 3346:1, | 3354:9, 3354:10, | 3362:20, 3362:21, | 3372:4, 3372:5, |
| 3336:13, 3336:17, | 3346:3, 3346:5, | 3354:15, 3354:20, | 3362:23, 3362:24, | 3372:8, 3372:11, |
| 3336:19, 3336:20, | 3346:8, 3346:9, | 3354:21, 3354:22, | 3363:4, 3363:7, | 3372:12, 3372:15, |
| 3336:21, 3336:22, | 3346:10, 3346:11, | 3354:23, 3354:24, | 3363:10, 3363:11, | 3372:16, 3372:18, |
| 3336:24, 3337:1, | 3346:15, 3346:17, | 3355:1, 3355:5, | 3363:16, 3363:17, | 3372:19, 3372:21, |
| 3337:2, 3337:3, | 3346:18, 3346:19, | 3355:9, 3355:10, | 3363:19, 3363:20, | 3372:24, 3372:25, |
| 3337:4, 3337:6, | 3346:20, 3346:21, | 3355:15, 3355:16, | 3363:21, 3363:24, | 3373:1, 3373:3, |
| 3337:7, 3337:12, | 3346:23, 3347:1, | 3355:17, 3355:19, | 3364:1, 3364:2, | 3373:4, 3373:6, |
| 3337:13, 3337:15, | 3347:5, 3347:7, | 3355:20, 3355:22, | 3364:8, 3364:9, | 3373:9, 3373:10, |
| 3337:18, 3337:20, | 3347:8, 3347:11, | 3355:23, 3355:24, | 3364:13, 3364:16, | 3373:11, 3373:12, |
| 3337:21, 3337:23, | 3347:12, 3347:14, | 3355:25, 3356:1, | 3364:18, 3364:20, | 3373:14, 3373:17, |
| 3337:24, 3337:25, | 3347:15, 3347:16, | 3356:2, 3356:3, | 3364:21, 3364:22, | 3373:18, 3373:19, |
| 3338:1, 3338:4, | 3347:17, 3347:18, | 3356:5, 3356:7, | 3364:23, 3364:24, | 3373:22, 3374:1, |

3374:5, 3374:12,
3374:14, 3374:18,
3374:20, 3374:22,
3374:23, 3375:2,
3375:3, 3375:4,
3375:5, 3375:6,
3375:9, 3375:10,
3375:14, 3375:15,
3375:17, 3375:22,
3375:24, 3375:25,
3376:3, 3376:4,
3376:11, 3376:12,
3376:14, 3376:15,
3376:18, 3376:21,
3376:24, 3377:2,
3377:3, 3377:11,
3377:14, 3377:21,
3377:23, 3377:24,
3378:3, 3378:5,
3378:6, 3378:7,
3378:9, 3378:11,
3378:12, 3378:13,
3378:15, 3378:16,
3378:17, 3378:19,
3378:20, 3378:21,
3378:23, 3379:1,
3379:3, 3379:4,
3379:6, 3379:7,
3379:9, 3379:15,
3379:16, 3379:17,
3379:19, 3379:21,
3379:23, 3380:1,
3380:3, 3380:4,
3380:5, 3380:6,
3380:8, 3380:9,
3380:14, 3380:17,
3380:19, 3380:20,
3380:21, 3380:22,
3380:23, 3380:24,
3380:25, 3381:1,
3381:2, 3381:3,
3381:4, 3381:6,
3381:8, 3381:9,
3381:12, 3381:13,
3381:19, 3381:21,
3381:24, 3382:1,
3382:3, 3382:4,
3382:6, 3382:7,
3382:9, 3382:11,
3382:19, 3382:23,
3382:24, 3383:1,
3383:3, 3383:4,
3383:6, 3383:7,
3383:10, 3383:11,
3383:12, 3383:16,
3383:18, 3383:19,
3383:21, 3383:22,
3383:23, 3383:24,
3384:2, 3384:4,
3384:5, 3384:7,
3384:8, 3384:10,

3384:11, 3384:12,
3384:13, 3384:16,
3384:17, 3384:19,
3384:20, 3384:21,
3384:23, 3385:2,
3385:3, 3385:6,
3385:7, 3385:8,
3385:9, 3385:10,
3385:11, 3385:13,
3385:16, 3385:17,
3385:18, 3385:20,
3385:23, 3385:25,
3386:2, 3386:3,
3386:4, 3386:6,
3386:8, 3386:10,
3386:14, 3386:15,
3386:16, 3386:19,
3386:20, 3386:21,
3386:25, 3387:4,
3387:7, 3387:8,
3387:9, 3387:11,
3387:14, 3387:16,
3387:17, 3387:18,
3387:19, 3387:20,
3387:21, 3387:23,
3387:25, 3388:2,
3388:3, 3388:4,
3388:6, 3388:8,
3388:10, 3388:13,
3388:14, 3388:15,
3388:16, 3388:17,
3388:18, 3388:20,
3388:21, 3388:22,
3388:23, 3389:1,
3389:2, 3389:5,
3389:7, 3389:9,
3389:11, 3389:16,
3389:20, 3390:3,
3390:4, 3390:5,
3390:7, 3390:8,
3390:9, 3390:14,
3390:16, 3390:19,
3390:25, 3391:1,
3391:3, 3391:6,
3391:9, 3391:12,
3391:14, 3391:16,
3391:22, 3392:1,
3392:2, 3392:5,
3392:8, 3392:11,
3392:15, 3392:16,
3392:20, 3392:22,
3392:25, 3393:3,
3393:5, 3393:7,
3393:8, 3393:10,
3393:17, 3393:18,
3393:21, 3394:1,
3394:4, 3394:6,
3394:9, 3394:12,
3394:14, 3394:16,
3394:19, 3394:20,
3394:22, 3394:23,

3395:1, 3395:4,
3395:5, 3395:8,
3395:9, 3395:13,
3395:14, 3395:17,
3395:18, 3395:20,
3395:22, 3395:23,
3396:2, 3396:4,
3396:7, 3396:8,
3396:11, 3396:16,
3396:17, 3396:22,
3396:24, 3396:25,
3397:1, 3397:6,
3397:8, 3397:9,
3397:13, 3397:14,
3397:15, 3397:16,
3397:17, 3397:20,
3397:21, 3397:24,
3397:25, 3398:1,
3398:2, 3398:4,
3398:6, 3398:7,
3398:9, 3398:10,
3398:11, 3398:16,
3398:17, 3398:20,
3398:21, 3398:25,
3399:2, 3399:5,
3399:6, 3399:7,
3399:8, 3399:9,
3399:11, 3399:12,
3399:13, 3399:17,
3399:18, 3399:23,
3399:24, 3399:25,
3400:2, 3400:3,
3400:5, 3400:6,
3400:8, 3400:9,
3400:10, 3400:11,
3400:16, 3400:17,
3400:18, 3400:20,
3400:21, 3400:23,
3400:25, 3401:1,
3401:7, 3401:8,
3401:9, 3401:10,
3401:11, 3401:13,
3401:14, 3401:16,
3401:18, 3401:19,
3401:20, 3401:22,
3401:23, 3402:1,
3402:2, 3402:4,
3402:6, 3402:7,
3402:8, 3402:9,
3402:10, 3402:12,
3402:14, 3402:15,
3402:16, 3402:18,
3402:19, 3402:20,
3402:22, 3402:24,
3402:25, 3403:3,
3403:4, 3403:8,
3403:12, 3403:13,
3403:14, 3403:16,
3403:18, 3403:19,
3403:20, 3403:22,
3404:1, 3404:2,

3404:5, 3404:10,
3404:11, 3404:13,
3404:19, 3404:22,
3405:1, 3405:2,
3405:4, 3405:14,
3405:15, 3405:16

**THEIR** [8] - 3314:15,
3315:3, 3316:8,
3316:23, 3338:5,
3346:12, 3390:6

**THEIRS** [1] - 3318:5

**THEM** [27] - 3311:7,
3311:8, 3314:14,
3316:9, 3316:22,
3317:12, 3317:14,
3318:7, 3318:14,
3320:18, 3322:20,
3322:21, 3323:13,
3325:4, 3325:15,
3325:16, 3327:19,
3335:8, 3335:9,
3335:10, 3383:14,
3383:20, 3391:3,
3393:22, 3394:8,
3394:9

**THEMSELVES** [2] -
3371:21, 3371:22

**THEN** [58] - 3314:15,
3317:11, 3318:1,
3318:2, 3318:22,
3318:24, 3319:25,
3320:5, 3320:17,
3321:19, 3322:3,
3322:6, 3322:23,
3322:24, 3322:25,
3323:12, 3324:12,
3324:16, 3324:21,
3325:1, 3325:13,
3325:14, 3325:16,
3325:23, 3326:3,
3329:1, 3334:16,
3337:20, 3338:4,
3338:9, 3338:14,
3340:4, 3341:16,
3341:20, 3341:25,
3342:9, 3342:19,
3348:10, 3349:11,
3355:25, 3358:19,
3362:18, 3364:1,
3370:3, 3375:21,
3376:1, 3376:25,
3377:11, 3379:25,
3382:18, 3382:22,
3382:23, 3383:2,
3386:24, 3389:13,
3391:24, 3394:9,
3396:21

**THERE** [149] -
3315:9, 3317:23,
3318:6, 3318:11,

3318:16, 3318:22,
3318:24, 3319:2,
3320:1, 3322:2,
3322:21, 3323:5,
3323:7, 3323:20,
3323:21, 3324:16,
3325:4, 3325:18,
3327:21, 3328:1,
3328:20, 3329:12,
3330:6, 3330:9,
3330:25, 3334:12,
3334:13, 3334:21,
3334:25, 3335:16,
3336:3, 3336:13,
3337:12, 3337:20,
3338:3, 3338:7,
3338:8, 3338:13,
3338:15, 3339:5,
3339:18, 3339:20,
3339:22, 3341:2,
3343:7, 3343:15,
3343:23, 3344:7,
3345:4, 3345:10,
3345:17, 3348:16,
3348:24, 3350:8,
3351:1, 3352:18,
3353:24, 3354:13,
3355:2, 3355:4,
3355:16, 3355:23,
3356:19, 3357:2,
3358:15, 3358:19,
3358:20, 3359:1,
3359:19, 3360:3,
3360:7, 3360:20,
3360:21, 3360:24,
3361:1, 3361:4,
3361:5, 3364:5,
3364:6, 3364:12,
3365:18, 3366:7,
3366:22, 3367:13,
3368:18, 3369:5,
3369:23, 3370:4,
3370:8, 3370:23,
3371:6, 3371:7,
3373:6, 3373:7,
3373:8, 3374:5,
3374:11, 3375:6,
3375:23, 3376:20,
3377:18, 3377:21,
3378:10, 3378:19,
3381:10, 3381:12,
3381:16, 3381:17,
3381:24, 3381:25,
3382:6, 3382:8,
3382:12, 3382:18,
3382:23, 3383:2,
3383:18, 3383:22,
3384:5, 3384:6,
3384:23, 3385:14,
3387:17, 3388:1,
3388:10, 3388:13,

3388:24, 3389:2, 3391:3, 3391:14, 3397:6, 3397:8, 3397:10, 3397:11, 3398:17, 3399:5, 3399:7, 3401:4, 3401:6, 3402:12

**THERE'S** [31] - 3325:18, 3335:7, 3335:8, 3335:17, 3337:17, 3339:5, 3339:7, 3340:4, 3353:8, 3356:19, 3358:13, 3364:14, 3367:21, 3369:4, 3370:3, 3371:8, 3374:10, 3375:20, 3375:23, 3383:20, 3383:25, 3385:6, 3386:24, 3389:2, 3390:9, 3393:7, 3397:8, 3397:24, 3401:2, 3401:8

**THEREABOUT** [1] - 3364:3

**THESE** [33] - 3311:5, 3317:18, 3317:20, 3318:4, 3319:7, 3319:8, 3323:13, 3329:3, 3329:22, 3335:8, 3336:16, 3345:2, 3355:11, 3355:18, 3355:23, 3357:24, 3358:5, 3358:9, 3358:11, 3360:8, 3376:16, 3382:20, 3385:3, 3386:25, 3388:20, 3390:3, 3390:4, 3390:6, 3390:8, 3393:10, 3393:21, 3397:11

**THEY** [62] - 3310:11, 3311:6, 3312:22, 3313:11, 3313:12, 3316:24, 3317:7, 3317:11, 3319:3, 3323:19, 3326:6, 3328:10, 3336:18, 3338:6, 3338:10, 3340:5, 3342:6, 3342:25, 3344:7, 3349:7, 3352:5, 3353:24, 3357:1, 3357:21, 3360:14, 3361:8, 3361:12, 3361:14, 3366:1, 3367:15, 3371:1, 3373:10, 3373:15, 3373:20, 3376:10, 3376:25, 3377:2,

3379:4, 3380:22, 3381:13, 3382:17, 3386:23, 3387:2, 3388:22, 3388:23, 3388:24, 3390:22, 3390:23, 3394:8, 3396:7, 3396:10, 3396:11, 3396:12, 3396:13, 3398:1, 3399:4, 3401:7, 3404:12

**THEY'RE** [13] - 3323:1, 3325:15, 3325:16, 3331:14, 3353:3, 3353:20, 3356:20, 3358:21, 3358:22, 3369:12, 3380:1, 3393:23, 3394:5

**THING** [11] - 3318:9, 3318:18, 3319:2, 3335:2, 3344:12, 3345:2, 3351:15, 3366:10, 3381:9, 3394:6, 3399:18

**THINGS** [17] - 3317:22, 3318:10, 3320:25, 3324:21, 3325:5, 3337:10, 3343:8, 3344:7, 3344:17, 3345:13, 3346:21, 3355:19, 3368:15, 3387:1, 3400:22

**THINK** [43] - 3316:13, 3316:18, 3316:19, 3318:9, 3318:11, 3325:19, 3328:6, 3330:1, 3330:20, 3330:21, 3331:14, 3344:22, 3347:25, 3351:14, 3354:19, 3354:20, 3359:12, 3363:5, 3365:12, 3369:25, 3370:23, 3376:1, 3376:24, 3377:16, 3382:6, 3384:1, 3386:8, 3386:18, 3389:6, 3389:11, 3389:13, 3391:3, 3393:8, 3398:18, 3399:4, 3401:6, 3401:8, 3402:20, 3403:20, 3404:23

**THINKING** [2] - 3331:6, 3348:18

**THIRD** [4] - 3322:9, 3348:17, 3367:2, 3398:9

**THIRTY** [1] - 3330:3
**THIRTY-SEVEN** [1] - 3330:3

**THIS** [138] - 3310:7, 3310:10, 3311:7, 3316:16, 3319:21, 3319:22, 3322:21, 3324:14, 3325:22, 3330:20, 3330:21, 3336:10, 3339:13, 3340:8, 3341:13, 3341:17, 3343:6, 3343:9, 3345:11, 3346:6, 3347:2, 3348:17, 3350:12, 3350:16, 3351:8, 3351:18, 3352:8, 3352:17, 3352:19, 3353:3, 3353:13, 3355:11, 3355:15, 3356:5, 3356:16, 3356:21, 3356:24, 3358:9, 3358:13, 3359:15, 3359:24, 3359:25, 3360:9, 3360:16, 3360:21, 3361:4, 3363:10, 3364:7, 3364:11, 3364:12, 3365:7, 3365:8, 3365:10, 3365:20, 3367:5, 3367:10, 3367:12, 3368:1, 3368:23, 3369:1, 3369:2, 3369:18, 3369:22, 3370:23, 3374:12, 3374:14, 3374:20, 3374:22, 3375:3, 3375:7, 3375:9, 3375:11, 3375:15, 3375:19, 3375:22, 3376:4, 3376:17, 3377:6, 3377:13, 3377:6, 3377:13, 3377:18, 3378:3, 3378:24, 3379:16, 3379:22, 3381:5, 3381:18, 3382:13, 3382:15, 3382:16, 3382:20, 3382:21, 3383:1, 3383:2, 3383:5, 3383:10, 3383:14, 3383:15, 3384:1, 3384:4, 3385:14, 3385:16, 3385:19, 3386:17, 3386:18, 3387:4, 3387:18, 3387:20, 3387:25, 3388:15, 3388:24, 3388:25, 3389:13, 3390:8, 3390:10, 3390:11,

3390:20, 3390:25, 3391:1, 3392:25, 3393:4, 3393:5, 3393:8, 3393:15, 3393:18, 3394:14, 3396:16, 3398:9, 3398:18, 3399:12, 3401:14

**THOMAS** [5] - 3306:23, 3309:7, 3331:18, 3331:22, 3331:25

**THOSE** [40] - 3312:19, 3312:21, 3315:3, 3315:5, 3316:10, 3322:1, 3322:24, 3323:7, 3325:3, 3326:9, 3329:12, 3329:14, 3329:19, 3330:20, 3334:16, 3339:6, 3344:8, 3344:17, 3345:16, 3346:13, 3350:24, 3353:4, 3357:25, 3358:18, 3369:14, 3369:15, 3370:2, 3379:10, 3380:16, 3383:6, 3383:14, 3383:18, 3384:6, 3391:12, 3394:3, 3395:11, 3400:21, 3400:22, 3403:9

**THOUGH** [5] - 3361:20, 3370:5, 3379:1, 3394:4, 3395:11

**THOUGHT** [1] - 3318:19

**THOUSAND** [1] - 3335:6

**THOUSANDS** [2] - 3354:5

**THREE** [27] - 3317:9, 3324:8, 3325:11, 3332:5, 3333:21, 3340:13, 3344:5, 3344:6, 3351:1, 3351:19, 3358:3, 3360:14, 3362:23, 3365:9, 3366:23, 3375:8, 3375:19, 3375:21, 3378:9, 3379:3, 3383:12, 3383:13, 3384:6, 3391:7, 3400:11, 3403:9

**THRESHOLDS** [1] - 3344:3

**THROUGH** [27] -

3317:18, 3317:19, 3322:7, 3322:12, 3323:4, 3323:7, 3326:21, 3329:5, 3331:10, 3339:24, 3341:10, 3342:5, 3343:6, 3347:8, 3347:12, 3347:17, 3348:2, 3349:7, 3349:20, 3352:4, 3353:6, 3354:3, 3357:22, 3364:9, 3372:12, 3393:8, 3396:8

**THROWN** [1] - 3345:5

**TIED** [1] - 3373:18
**TIME** [39] - 3313:15, 3313:21, 3314:16, 3315:2, 3316:15, 3316:18, 3319:15, 3320:4, 3320:7, 3320:25, 3321:23, 3324:14, 3325:7, 3325:12, 3325:14, 3329:8, 3330:9, 3332:2, 3333:5, 3336:20, 3356:21, 3359:8, 3361:4, 3361:6, 3361:17, 3363:3, 3363:10, 3365:24, 3366:1, 3367:14, 3371:19, 3372:14, 3376:21, 3379:22, 3391:13, 3393:19, 3400:5, 3401:7

**TIMELY** [5] - 3398:5, 3398:10, 3399:1, 3400:3, 3400:9

**TIMES** [3] - 3357:20, 3371:12, 3387:12

**TITLE** [2] - 3335:5, 3351:2

**TITLED** [1] - 3375:20
**TO** [573] - 3310:6, 3310:8, 3310:10, 3310:11, 3310:17, 3310:19, 3311:6, 3311:7, 3311:8, 3311:11, 3311:17, 3312:8, 3312:18, 3312:19, 3313:8, 3313:10, 3313:12, 3313:24, 3314:1, 3314:6, 3314:7, 3314:17, 3314:22, 3315:16, 3315:23, 3315:24, 3317:1, 3317:5, 3317:7,

3317:13, 3317:19, 3317:20, 3317:23, 3317:25, 3318:1, 3318:7, 3318:9, 3318:10, 3318:13, 3318:19, 3318:20, 3319:4, 3319:5, 3319:7, 3319:8, 3319:11, 3319:12, 3319:14, 3319:16, 3319:17, 3319:19, 3319:23, 3319:25, 3320:1, 3320:4, 3320:7, 3320:11, 3320:14, 3320:15, 3320:16, 3320:21, 3320:22, 3320:23, 3320:24, 3321:2, 3321:3, 3321:4, 3321:9, 3321:13, 3321:15, 3321:18, 3322:1, 3322:4, 3322:5, 3322:8, 3322:12, 3322:19, 3322:21, 3322:24, 3323:20, 3323:22, 3323:24, 3324:2, 3324:4, 3324:24, 3325:6, 3325:7, 3325:9, 3325:12, 3325:14, 3325:17, 3325:23, 3326:5, 3326:17, 3326:20, 3326:25, 3327:16, 3328:15, 3328:17, 3328:18, 3328:23, 3329:16, 3329:18, 3329:20, 3329:21, 3330:12, 3330:18, 3330:20, 3330:22, 3331:7, 3331:25, 3332:6, 3332:22, 3333:10, 3333:15, 3333:23, 3333:24, 3334:7, 3334:12, 3334:16, 3334:23, 3335:3, 3335:7, 3335:8, 3335:13, 3335:16, 3335:19, 3336:2, 3336:5, 3336:6, 3336:10, 3336:14, 3336:19, 3337:7, 3337:12, 3337:23, 3338:2, 3338:5, 3338:8, 3338:11, 3338:13, 3338:14, 3338:15, 3339:1, 3339:4, 3339:21, 3340:2, 3340:8, 3340:23, 3340:25, 3341:5,

3341:10, 3341:25, 3342:4, 3342:6, 3342:20, 3342:23, 3342:25, 3343:1, 3343:5, 3343:8, 3343:15, 3343:16, 3343:23, 3344:5, 3344:7, 3344:12, 3344:17, 3344:18, 3344:20, 3344:23, 3344:24, 3345:9, 3345:13, 3346:12, 3346:20, 3346:22, 3347:2, 3347:5, 3347:11, 3347:17, 3348:17, 3348:19, 3348:20, 3349:2, 3349:5, 3349:6, 3349:7, 3349:8, 3349:16, 3349:19, 3349:25, 3350:8, 3350:15, 3350:21, 3350:23, 3351:3, 3351:7, 3351:23, 3351:24, 3352:4, 3352:6, 3352:11, 3352:20, 3352:21, 3352:24, 3353:3, 3353:5, 3353:8, 3353:12, 3353:15, 3354:1, 3354:2, 3354:3, 3354:6, 3354:9, 3354:10, 3354:13, 3354:15, 3354:23, 3355:1, 3355:3, 3355:10, 3355:16, 3355:19, 3355:24, 3356:4, 3356:5, 3356:16, 3356:18, 3356:19, 3356:21, 3357:7, 3357:9, 3357:13, 3357:21, 3357:22, 3358:1, 3358:3, 3358:5, 3358:6, 3358:12, 3358:15, 3358:16, 3358:19, 3358:23, 3358:25, 3359:4, 3359:8, 3359:18, 3359:19, 3359:24, 3360:1, 3360:6, 3360:8, 3360:19, 3360:21, 3360:24, 3361:6, 3361:9, 3361:12, 3361:18, 3361:19, 3362:6, 3362:9, 3362:10, 3362:13, 3363:4, 3363:8, 3363:10, 3363:20, 3363:22, 3364:3,

3364:13, 3365:7, 3365:9, 3365:10, 3365:11, 3365:12, 3365:16, 3365:18, 3365:20, 3365:22, 3366:2, 3366:4, 3366:11, 3366:13, 3366:24, 3366:25, 3367:1, 3367:2, 3367:4, 3367:8, 3367:9, 3367:14, 3367:15, 3367:17, 3367:22, 3367:23, 3368:2, 3368:6, 3368:7, 3368:8, 3368:12, 3368:13, 3368:17, 3368:19, 3368:20, 3368:21, 3369:13, 3369:16, 3369:23, 3370:4, 3370:10, 3370:15, 3370:23, 3370:25, 3371:10, 3371:24, 3372:3, 3372:8, 3372:11, 3372:13, 3372:15, 3373:2, 3373:5, 3373:9, 3373:10, 3373:11, 3373:12, 3373:17, 3373:19, 3373:23, 3373:24, 3374:4, 3374:7, 3374:10, 3374:22, 3375:4, 3375:6, 3375:9, 3375:10, 3375:11, 3375:12, 3375:13, 3375:16, 3375:17, 3375:19, 3375:21, 3376:9, 3376:10, 3376:13, 3376:17, 3376:18, 3376:19, 3376:21, 3376:24, 3377:2, 3377:6, 3377:7, 3377:9, 3377:16, 3377:18, 3377:21, 3378:6, 3378:12, 3378:15, 3378:16, 3378:17, 3378:18, 3378:19, 3378:20, 3378:23, 3378:25, 3379:7, 3379:11, 3379:15, 3379:19, 3379:22, 3379:24, 3380:3, 3380:18, 3380:23, 3381:4, 3381:9, 3381:17, 3381:18, 3381:23, 3381:24, 3381:25, 3382:1, 3382:4, 3382:8, 3382:9, 3382:11,

3382:16, 3382:17, 3382:20, 3382:21, 3382:23, 3382:24, 3383:2, 3383:5, 3383:11, 3383:13, 3383:20, 3383:22, 3384:8, 3384:13, 3384:21, 3384:22, 3384:25, 3385:2, 3385:11, 3385:12, 3385:20, 3386:15, 3386:21, 3387:1, 3387:7, 3387:11, 3387:13, 3387:16, 3387:23, 3388:1, 3388:3, 3388:20, 3388:21, 3388:22, 3389:3, 3389:4, 3389:9, 3389:16, 3389:17, 3389:20, 3390:1, 3390:4, 3390:5, 3390:9, 3390:21, 3390:23, 3391:8, 3391:12, 3391:15, 3391:21, 3392:1, 3392:11, 3392:12, 3392:16, 3392:25, 3393:2, 3393:8, 3393:16, 3393:18, 3393:22, 3393:25, 3394:1, 3394:2, 3394:3, 3394:8, 3394:20, 3395:1, 3395:2, 3395:5, 3395:8, 3395:10, 3395:12, 3395:15, 3395:18, 3395:24, 3396:10, 3396:11, 3397:16, 3398:1, 3398:3, 3398:4, 3398:10, 3398:20, 3398:21, 3399:1, 3399:5, 3399:8, 3399:9, 3399:10, 3399:12, 3399:14, 3399:15, 3399:18, 3399:20, 3399:24, 3400:2, 3400:8, 3400:21, 3401:10, 3401:11, 3401:19, 3402:3, 3403:2, 3403:6, 3403:23, 3404:2, 3404:6, 3404:11, 3404:12, 3404:13, 3404:17, 3405:14

**TODAY** [4] - 3312:20, 3332:5, 3396:2, 3400:11

**TOGETHER** [5] - 3314:1, 3315:17,

3323:13, 3324:10, 3324:17
**TOLD** [2] - 3361:14, 3371:2
**TOO** [8] - 3316:25, 3331:7, 3354:9, 3358:21, 3370:20, 3381:9, 3383:21, 3400:23
**TOOK** [5] - 3313:13, 3325:6, 3336:16, 3357:5, 3377:6
**TOP** [1] - 3358:17
**TOPIC** [1] - 3385:15
**TOPICS** [1] - 3391:7
**TOPOGRAPHICAL** [1] - 3327:24
**TORTS** [1] - 3308:5
**TOTALLY** [2] - 3318:22, 3383:2
**TOWARDS** [1] - 3313:15
**TRAFFIC** [5] - 3366:24, 3366:25, 3367:8, 3367:9, 3395:2
**TRAINING** [1] - 3334:6
**TRANSCRIPT** [3] - 3306:7, 3308:20, 3405:14
**TRANSPORTATIO N** [1] - 3345:14
**TRIAL** [3] - 3306:7, 3310:7, 3310:10
**TRIED** [4] - 3318:1, 3365:16, 3373:11, 3403:23
**TRIER** [1] - 3394:4
**TROUT** [3] - 3318:12, 3318:13, 3323:12
**TRUE** [7] - 3327:1, 3328:22, 3339:3, 3395:7, 3399:23, 3401:22, 3405:14
**TRUST** [2] - 3316:14, 3327:18
**TRY** [6] - 3314:6, 3319:5, 3322:19, 3378:25, 3379:15, 3384:8
**TRYING** [11] - 3317:7, 3362:6, 3362:13, 3365:12, 3368:19, 3372:3, 3372:13, 3376:17, 3381:17, 3383:11, 3396:10
**TULANE** [1] - 3334:3
**TUNE** [1] - 3336:11

DAILY COPY

**TURN** [3] - 3336:19, 3338:5, 3375:19

**TWO** [25] - 3310:17, 3313:10, 3313:13, 3317:9, 3324:16, 3325:11, 3329:18, 3335:6, 3337:5, 3340:3, 3343:1, 3347:6, 3349:10, 3351:1, 3351:19, 3357:5, 3374:10, 3375:19, 3375:21, 3376:6, 3383:6, 3386:17, 3391:4, 3391:5

**TWO-HOUR** [1] - 3313:13

**TWO-PHASE** [1] - 3340:3

**TWO-PHASED** [1] - 3337:5

**TX** [1] - 3306:24

**TYPE** [2] - 3340:15, 3359:4

**TYPES** [1] - 3335:8

**TYPICALLY** [1] - 3340:15

## U

**U** [2] - 3308:4, 3372:23

**U.S** [2] - 3323:10, 3332:16

**ULTIMATE** [7] - 3341:4, 3341:5, 3389:5, 3392:2, 3392:5, 3392:8, 3392:15

**ULTIMATELY** [19] - 3323:4, 3323:21, 3342:4, 3342:6, 3343:6, 3346:19, 3347:13, 3347:22, 3347:24, 3359:9, 3361:20, 3373:15, 3378:23, 3380:16, 3380:17, 3383:10, 3387:6, 3389:14, 3401:10

**UNABLE** [5] - 3361:18, 3368:12, 3368:20, 3368:21, 3373:10

**UNCERTAIN** [1] - 3320:3

**UNDER** [10] - 3322:9, 3324:5, 3324:20, 3324:24, 3333:18, 3339:3, 3343:6, 3370:18, 3372:19,

3375:13

**UNDERGRAD** [1] - 3312:22

**UNDERLINE** [1] - 3383:14

**UNDERLINING** [2] - 3383:16, 3383:19

**UNDERSTAND** [12] - 3310:13, 3317:2, 3344:20, 3345:16, 3347:3, 3347:7, 3369:1, 3369:4, 3380:24, 3387:8, 3394:22, 3395:13

**UNDERSTANDING** [1] - 3405:15

**UNDERSTOOD** [1] - 3399:5

**UNEXPECTED** [1] - 3374:7

**UNFUNDED** [1] - 3350:16

**UNIQUE** [1] - 3314:20

**UNITED** [12] - 3306:1, 3306:5, 3306:8, 3310:16, 3311:13, 3329:13, 3331:24, 3343:7, 3391:15, 3392:2, 3399:12, 3405:12

**UNIVERSITIES** [1] - 3312:22

**UNIVERSITY** [6] - 3312:15, 3312:16, 3313:5, 3332:1, 3334:1, 3334:3

**UNLESS** [1] - 3361:15

**UNLEVEED** [1] - 3336:22

**UNO** [1] - 3313:12

**UNTIL** [5] - 3315:12, 3324:25, 3329:15, 3349:19, 3405:15

**UP** [32] - 3310:16, 3313:17, 3315:5, 3316:19, 3325:23, 3331:13, 3336:8, 3339:18, 3342:25, 3347:5, 3351:1, 3362:2, 3362:7, 3374:4, 3375:25, 3376:13, 3377:20, 3379:16, 3379:25, 3381:16, 3381:24, 3382:12, 3384:1, 3384:24, 3385:15, 3389:12, 3390:10, 3391:23, 3391:24,

3392:1, 3393:15, 3394:4

**URBAN** [1] - 3333:18

**URGENT** [1] - 3343:22

**US** [25] - 3310:13, 3311:7, 3318:9, 3319:12, 3323:16, 3324:16, 3324:24, 3329:19, 3329:20, 3348:18, 3349:19, 3353:20, 3357:21, 3360:19, 3371:2, 3374:10, 3374:21, 3376:13, 3377:16, 3377:18, 3381:11, 3383:22, 3384:1, 3389:24, 3390:23

**USE** [11] - 3317:19, 3328:3, 3350:14, 3361:1, 3365:12, 3365:16, 3365:18, 3366:10, 3366:13, 3370:15, 3375:16

**USED** [14] - 3328:3, 3328:4, 3351:15, 3358:24, 3364:22, 3371:11, 3373:24, 3375:8, 3379:4, 3384:13, 3384:15, 3387:1, 3387:6, 3387:7

**USING** [5] - 3370:24, 3377:4, 3378:7, 3379:19, 3389:9

**USUALLY** [3] - 3320:24, 3323:1, 3338:14

## V

**V** [1] - 3306:4

**VALLEY** [4] - 3341:18, 3357:11, 3357:18, 3358:11

**VALUABLE** [2] - 3316:14, 3384:22

**VALUE** [11] - 3323:10, 3323:23, 3365:15, 3365:19, 3396:10, 3396:13, 3396:18, 3396:22, 3397:1, 3397:9

**VALUES** [2] - 3365:21, 3397:7

**VARIOUS** [5] - 3320:25, 3343:16, 3375:22, 3385:7, 3396:4

**VARY** [1] - 3325:7

**VENICE** [1] - 3325:5

**VERIFIED** [2] - 3328:10, 3358:19

**VERIFY** [4] - 3357:18, 3357:22, 3358:16, 3359:18

**VERSION** [1] - 3381:18

**VERY** [35] - 3310:7, 3310:13, 3314:18, 3315:2, 3315:3, 3316:14, 3317:6, 3318:24, 3319:20, 3320:6, 3322:15, 3322:16, 3322:25, 3328:6, 3329:17, 3330:17, 3331:4, 3332:8, 3337:25, 3339:8, 3340:12, 3340:13, 3353:19, 3356:19, 3358:17, 3369:22, 3377:6, 3381:8, 3384:22, 3386:8, 3393:20, 3396:3, 3399:7

**VESSEL** [3] - 3354:11, 3354:16, 3399:6

**VICKSBURG** [1] - 3341:18

**VICTOR** [1] - 3307:19

**VIEW** [1] - 3355:25

**VIEWED** [2] - 3394:19, 3395:1

**VIEWS** [1] - 3346:5

**VISIBLE** [1] - 3353:9

**VOLUME** [1] - 3306:9

**VOLUNTEER** [1] - 3317:17

**VOTE** [1] - 3324:1

## W

**W** [1] - 3312:6

**WAIT** [1] - 3396:25

**WALKER** [1] - 3318:24

**WALTER** [1] - 3307:8

**WANT** [13] - 3310:8, 3311:10, 3318:10, 3343:1, 3344:24, 3347:2, 3362:9, 3362:10, 3363:4, 3363:10, 3382:1, 3382:4, 3394:8

**WANTED** [3] - 3310:17, 3356:13, 3381:9

**WANTS** [1] - 3346:16

**WARRANT** [1] -

3368:7

**WARRANTED** [3] - 3341:1, 3341:6, 3341:24

**WARREN** [1] - 3308:1

**WAS** [312] - 3311:18, 3313:16, 3313:22, 3314:5, 3314:16, 3314:18, 3314:22, 3314:24, 3315:9, 3315:14, 3316:1, 3316:8, 3316:15, 3316:16, 3316:18, 3316:21, 3317:23, 3317:24, 3319:11, 3319:21, 3319:23, 3319:24, 3320:21, 3320:23, 3321:16, 3321:17, 3321:18, 3321:20, 3322:2, 3322:4, 3322:8, 3323:14, 3323:17, 3324:14, 3324:19, 3325:4, 3327:3, 3327:21, 3328:1, 3328:3, 3328:5, 3328:7, 3328:12, 3330:6, 3330:7, 3330:8, 3330:9, 3330:17, 3331:18, 3332:3, 3332:20, 3332:21, 3333:2, 3333:3, 3333:10, 3333:11, 3333:12, 3333:14, 3333:15, 3333:17, 3334:4, 3334:18, 3334:25, 3335:16, 3336:1, 3336:3, 3336:4, 3336:5, 3336:8, 3336:13, 3338:7, 3338:8, 3340:7, 3341:2, 3342:18, 3345:2, 3347:6, 3347:7, 3347:8, 3348:10, 3348:16, 3349:22, 3349:24, 3349:25, 3350:6, 3350:7, 3350:8, 3350:11, 3350:18, 3350:21, 3352:2, 3352:3, 3352:17, 3353:14, 3354:13, 3356:5, 3356:10, 3356:16, 3357:2, 3357:13, 3357:15, 3357:18, 3357:23, 3358:18, 3359:8, 3359:9, 3359:10, 3359:19, 3359:20,

3360:17, 3360:19,
3360:20, 3360:24,
3361:4, 3361:5,
3361:12, 3361:18,
3361:25, 3362:1,
3362:3, 3362:15,
3362:18, 3362:23,
3362:24, 3363:1,
3363:2, 3363:14,
3364:2, 3364:4,
3364:5, 3364:6,
3364:11, 3364:12,
3364:20, 3364:21,
3365:6, 3365:8,
3365:14, 3365:24,
3366:7, 3366:10,
3366:11, 3366:19,
3366:21, 3366:23,
3366:24, 3367:1,
3367:2, 3367:11,
3367:12, 3367:13,
3368:6, 3368:9,
3368:10, 3369:5,
3369:6, 3369:17,
3370:21, 3370:23,
3370:25, 3371:6,
3371:12, 3371:13,
3371:18, 3371:19,
3372:2, 3372:12,
3372:13, 3372:18,
3372:19, 3372:25,
3373:3, 3373:6,
3373:7, 3373:9,
3373:17, 3374:6,
3374:7, 3374:12,
3375:2, 3375:3,
3375:4, 3376:17,
3376:19, 3376:20,
3377:10, 3377:24,
3377:25, 3378:2,
3378:5, 3378:6,
3378:15, 3378:24,
3379:21, 3379:22,
3379:23, 3380:5,
3380:9, 3380:15,
3380:16, 3380:17,
3380:18, 3380:20,
3380:21, 3381:2,
3381:13, 3383:10,
3383:16, 3384:2,
3384:5, 3384:11,
3384:13, 3384:15,
3384:17, 3384:18,
3384:22, 3384:23,
3384:24, 3385:2,
3385:7, 3385:8,
3385:11, 3385:18,
3387:23, 3387:25,
3388:1, 3388:2,
3388:14, 3388:15,
3388:25, 3389:3,

3389:4, 3389:5,
3389:9, 3389:13,
3389:20, 3389:23,
3389:25, 3390:7,
3391:2, 3391:7,
3391:16, 3392:22,
3396:7, 3396:18,
3396:22, 3397:1,
3397:5, 3397:6,
3397:8, 3397:11,
3397:22, 3398:13,
3398:16, 3398:19,
3398:20, 3399:4,
3399:5, 3399:7,
3399:8, 3399:10,
3399:18, 3399:19,
3400:5, 3400:6,
3400:12, 3400:13,
3400:24, 3401:2,
3401:3, 3401:4,
3401:6, 3401:9,
3401:10, 3401:11,
3401:13, 3401:14,
3402:12, 3402:13,
3405:6
    **WASH** [5] - 3327:22,
3328:1, 3354:12,
3354:16, 3399:6
    **WASHINGTON** [5] -
3308:13, 3332:1,
3333:25, 3334:5,
3339:15
    **WASHINGTON-
LEVEL** [1] - 3339:15
    **WASN'T** [8] -
3315:12, 3319:23,
3329:15, 3371:13,
3373:16, 3374:16,
3389:14, 3397:5
    **WATER** [11] -
3318:8, 3327:17,
3328:15, 3328:23,
3334:18, 3336:2,
3337:6, 3338:15,
3342:7, 3360:22,
3392:3
    **WATERWAYS** [2] -
3357:22, 3366:14
    **WAVE** [5] - 3327:22,
3328:1, 3354:11,
3354:16, 3399:6
    **WAVES** [2] -
3355:18, 3399:7
    **WAY** [38] - 3310:11,
3314:6, 3314:7,
3320:11, 3329:6,
3335:20, 3338:14,
3342:8, 3342:23,
3344:11, 3345:23,
3348:10, 3350:12,

3352:16, 3352:24,
3353:5, 3355:6,
3360:20, 3360:21,
3360:22, 3360:24,
3364:13, 3364:14,
3365:12, 3365:13,
3365:16, 3365:19,
3366:11, 3369:11,
3369:25, 3373:16,
3374:10, 3377:16,
3377:18, 3394:7,
3394:10, 3394:13
    **WAYS** [12] - 3318:7,
3342:15, 3342:17,
3343:1, 3347:6,
3354:3, 3360:8,
3360:14, 3373:11,
3373:17, 3377:17,
3379:4
    **WE** [252] - 3310:7,
3310:22, 3311:6,
3313:25, 3314:6,
3314:25, 3315:2,
3315:13, 3315:17,
3316:5, 3316:7,
3316:8, 3317:24,
3317:25, 3318:1,
3318:15, 3318:16,
3318:19, 3318:20,
3319:4, 3319:20,
3319:21, 3320:3,
3320:5, 3320:14,
3320:15, 3320:16,
3322:2, 3322:9,
3322:19, 3322:21,
3322:23, 3322:24,
3323:13, 3323:19,
3323:20, 3323:24,
3324:12, 3324:17,
3325:2, 3325:5,
3325:20, 3325:21,
3328:11, 3328:12,
3329:4, 3329:5,
3329:6, 3329:7,
3329:8, 3329:15,
3329:16, 3329:17,
3329:18, 3329:19,
3329:21, 3330:16,
3330:20, 3330:23,
3330:24, 3331:12,
3331:14, 3333:15,
3334:14, 3334:18,
3335:18, 3335:20,
3336:11, 3336:23,
3337:1, 3337:2,
3337:10, 3337:25,
3340:2, 3341:25,
3342:12, 3343:5,
3343:25, 3344:1,
3345:23, 3346:3,
3346:11, 3346:17,

3346:24, 3347:19,
3348:7, 3349:1,
3349:11, 3349:16,
3349:20, 3350:12,
3350:14, 3350:18,
3351:1, 3351:13,
3351:16, 3352:14,
3355:4, 3355:7,
3357:5, 3357:9,
3357:17, 3357:18,
3357:19, 3358:19,
3358:22, 3360:11,
3360:18, 3362:2,
3362:5, 3363:5,
3363:18, 3363:19,
3363:22, 3364:1,
3364:14, 3364:16,
3364:22, 3365:8,
3365:9, 3365:12,
3365:14, 3365:15,
3365:20, 3366:3,
3366:10, 3366:11,
3366:12, 3366:13,
3366:19, 3366:21,
3367:12, 3367:14,
3368:12, 3368:17,
3368:18, 3368:20,
3368:21, 3369:14,
3369:25, 3370:15,
3370:16, 3370:17,
3370:19, 3370:23,
3371:2, 3371:11,
3371:16, 3371:23,
3371:24, 3372:12,
3372:14, 3372:15,
3372:17, 3373:9,
3373:11, 3373:12,
3373:22, 3374:1,
3374:2, 3374:7,
3374:10, 3374:14,
3374:20, 3375:6,
3375:8, 3375:9,
3375:10, 3375:15,
3375:25, 3376:23,
3377:6, 3377:7,
3377:9, 3377:11,
3377:17, 3377:20,
3377:23, 3378:1,
3378:2, 3379:5,
3379:16, 3380:12,
3380:14, 3382:1,
3383:25, 3384:6,
3384:8, 3384:16,
3384:18, 3385:11,
3385:22, 3385:23,
3385:25, 3386:4,
3386:13, 3386:16,
3386:20, 3387:1,
3387:12, 3387:13,
3387:16, 3387:17,
3387:19, 3388:8,

3389:4, 3389:6,
3389:11, 3389:13,
3389:23, 3389:24,
3389:25, 3390:10,
3390:22, 3390:24,
3392:14, 3392:21,
3393:10, 3393:19,
3394:10, 3396:20,
3400:25, 3403:14,
3404:24, 3405:2,
3405:5
    **WE'LL** [10] -
3331:12, 3351:13,
3363:13, 3380:12,
3381:7, 3386:7,
3394:13, 3396:14,
3400:7, 3400:14
    **WE'RE** [17] - 3320:4,
3325:17, 3340:1,
3344:14, 3345:20,
3346:6, 3346:8,
3350:20, 3363:4,
3364:18, 3371:20,
3372:3, 3379:5,
3386:18, 3386:19,
3387:13, 3397:10
    **WE'VE** [12] - 3318:2,
3318:18, 3322:6,
3329:4, 3330:21,
3344:11, 3349:10,
3359:1, 3360:5,
3363:19, 3386:6,
3393:25
    **WEEK** [4] - 3310:6,
3310:7, 3317:10,
3317:12
    **WELCOME** [1] -
3310:6
    **WELL** [47] - 3314:14,
3314:20, 3315:4,
3315:12, 3318:6,
3318:24, 3319:19,
3320:6, 3321:15,
3322:14, 3322:21,
3323:24, 3324:7,
3325:2, 3325:9,
3326:17, 3328:3,
3329:1, 3335:2,
3337:25, 3339:7,
3339:18, 3343:5,
3344:10, 3347:15,
3348:24, 3349:16,
3353:1, 3353:22,
3355:15, 3356:18,
3357:17, 3360:17,
3360:20, 3364:24,
3372:12, 3375:6,
3375:23, 3376:23,
3379:21, 3380:8,
3383:21, 3384:13,

DAILY COPY

3384:16, 3388:18,
3397:25, 3400:24
 **WENT** [4] - 3313:12,
3372:12, 3379:5,
3395:18
 **WERE** [88] - 3310:18,
3313:11, 3313:15,
3313:23, 3314:13,
3316:16, 3317:7,
3319:15, 3320:3,
3323:19, 3324:16,
3328:12, 3329:6,
3329:23, 3329:25,
3330:3, 3330:6,
3333:1, 3334:8,
3334:21, 3336:11,
3338:10, 3340:23,
3343:11, 3346:12,
3346:13, 3348:18,
3349:11, 3354:1,
3354:21, 3356:25,
3357:19, 3357:21,
3358:5, 3358:23,
3359:18, 3365:12,
3366:1, 3366:6,
3366:7, 3366:11,
3367:20, 3368:12,
3368:20, 3368:21,
3371:4, 3371:6,
3373:10, 3373:12,
3373:20, 3373:23,
3374:14, 3375:10,
3375:11, 3375:15,
3375:22, 3377:21,
3379:10, 3380:22,
3381:10, 3381:13,
3381:25, 3382:16,
3382:17, 3382:21,
3383:2, 3384:6,
3384:8, 3384:25,
3385:14, 3387:2,
3387:6, 3389:1,
3391:3, 3397:25,
3398:1, 3398:21,
3399:10, 3401:3,
3401:8, 3402:14,
3403:22, 3404:11,
3404:12
 **WETLAND** [7] -
3318:3, 3323:3,
3323:10, 3323:23,
3330:13, 3355:19,
3379:9
 **WETLANDS** [20] -
3319:3, 3325:2,
3325:19, 3325:24,
3328:14, 3328:16,
3328:18, 3328:24,
3329:22, 3333:7,
3336:3, 3365:20,
3377:3, 3388:17,

3398:12, 3399:3,
3400:17, 3400:23,
3401:1, 3401:15
 **WHAT** [109] -
3313:21, 3313:23,
3314:11, 3314:13,
3314:19, 3317:1,
3317:4, 3319:17,
3319:23, 3320:12,
3320:19, 3321:16,
3322:17, 3323:17,
3326:6, 3328:3,
3328:17, 3332:20,
3333:20, 3334:18,
3335:1, 3335:24,
3337:3, 3338:10,
3338:22, 3339:10,
3340:15, 3341:9,
3341:16, 3342:9,
3342:15, 3343:3,
3344:1, 3346:12,
3346:16, 3347:5,
3347:18, 3347:20,
3347:23, 3348:7,
3348:9, 3348:12,
3348:17, 3348:18,
3348:21, 3350:18,
3351:6, 3351:18,
3352:2, 3352:8,
3352:19, 3352:21,
3353:12, 3354:21,
3354:24, 3355:4,
3357:7, 3357:23,
3358:23, 3359:23,
3360:15, 3364:7,
3364:20, 3365:16,
3367:4, 3367:17,
3368:2, 3368:6,
3368:13, 3369:14,
3369:21, 3370:1,
3371:4, 3371:9,
3371:11, 3372:2,
3372:11, 3374:7,
3375:2, 3375:4,
3375:21, 3376:19,
3376:25, 3378:5,
3378:15, 3379:10,
3380:25, 3382:15,
3383:19, 3384:6,
3384:19, 3385:20,
3386:4, 3386:7,
3386:18, 3386:21,
3386:22, 3388:8,
3389:5, 3389:24,
3398:16, 3398:19,
3398:21, 3402:3,
3402:5
 **WHAT'S** [10] -
3341:7, 3341:22,
3345:10, 3347:19,
3355:4, 3355:16,

3365:1, 3374:18,
3376:2, 3385:19
 **WHATEVER** [4] -
3313:12, 3343:23,
3348:13, 3360:6
 **WHEN** [42] -
3313:10, 3313:11,
3313:18, 3315:24,
3317:3, 3317:24,
3319:14, 3319:15,
3320:23, 3321:3,
3323:5, 3324:25,
3325:10, 3325:15,
3325:16, 3328:11,
3329:1, 3329:7,
3332:20, 3344:13,
3349:22, 3349:25,
3356:7, 3358:22,
3359:5, 3360:17,
3361:25, 3363:1,
3365:6, 3371:1,
3371:15, 3377:25,
3380:15, 3381:13,
3385:2, 3386:14,
3392:15, 3399:5,
3399:23, 3402:12
 **WHERE** [35] -
3310:23, 3311:2,
3313:1, 3314:1,
3315:9, 3321:5,
3322:2, 3323:11,
3330:19, 3335:10,
3343:16, 3343:20,
3355:4, 3359:5,
3362:2, 3362:14,
3362:18, 3365:24,
3367:5, 3368:1,
3373:3, 3378:24,
3381:3, 3381:19,
3383:2, 3383:10,
3383:16, 3384:1,
3384:5, 3385:14,
3385:17, 3388:15,
3389:25, 3401:3
 **WHEREUPON** [4] -
3311:18, 3331:18,
3363:14, 3405:6
 **WHEREVER** [2] -
3325:24, 3353:8
 **WHETHER** [17] -
3336:20, 3337:8,
3337:14, 3338:2,
3338:7, 3339:12,
3340:22, 3340:25,
3341:1, 3341:6,
3346:20, 3347:11,
3373:24, 3377:7,
3382:13, 3396:11,
3399:19
 **WHICH** [26] -

3310:12, 3310:22,
3323:6, 3323:7,
3324:14, 3333:12,
3335:19, 3336:11,
3356:3, 3359:6,
3376:16, 3377:9,
3377:10, 3378:2,
3380:4, 3385:4,
3391:8, 3391:21,
3392:14, 3397:16,
3397:22, 3397:23,
3398:20, 3401:13,
3402:15, 3404:10
 **WHILE** [5] - 3314:24,
3350:20, 3360:4,
3362:6, 3377:20
 **WHO** [21] - 3311:14,
3318:16, 3322:16,
3331:7, 3333:22,
3338:5, 3339:16,
3341:2, 3344:17,
3346:19, 3346:25,
3347:22, 3347:25,
3358:9, 3369:10,
3372:18, 3387:19,
3387:20, 3387:21,
3388:21
 **WHOEVER** [1] -
3346:18
 **WHOLE** [4] -
3323:11, 3325:15,
3351:15, 3395:18
 **WHOM** [2] - 3332:14,
3398:21
 **WHY** [11] - 3329:12,
3333:14, 3336:1,
3357:16, 3364:11,
3365:10, 3368:11,
3370:21, 3371:18,
3371:19, 3401:4
 **WIDE** [1] - 3401:2
 **WIDELY** [1] - 3399:5
 **WIDENING** [6] -
3355:23, 3399:8,
3399:12, 3399:25,
3400:17, 3401:24
 **WILDLIFE** [13] -
3315:1, 3315:10,
3315:16, 3316:5,
3321:21, 3322:16,
3323:11, 3323:15,
3326:2, 3326:4,
3339:24
 **WILL** [26] - 3312:20,
3320:17, 3320:20,
3323:4, 3323:5,
3329:5, 3332:5,
3334:1, 3335:9,
3337:2, 3337:18,
3343:12, 3346:21,

3346:25, 3351:16,
3356:18, 3360:9,
3360:11, 3367:25,
3369:2, 3384:1,
3390:17, 3392:14,
3394:14, 3403:10
 **WILLING** [1] -
3344:17
 **WIND** [2] - 3355:18,
3399:6
 **WIND-
GENERATED** [1] -
3355:18
 **WISHED** [1] - 3373:9
 **WITH** [91] - 3312:16,
3313:6, 3314:22,
3314:23, 3314:25,
3315:3, 3315:13,
3315:24, 3317:4,
3317:6, 3317:12,
3317:13, 3317:14,
3317:18, 3317:20,
3318:4, 3318:5,
3319:3, 3319:4,
3319:7, 3320:1,
3320:8, 3320:21,
3321:16, 3322:21,
3323:15, 3323:18,
3323:24, 3324:4,
3325:5, 3326:8,
3327:9, 3329:19,
3329:23, 3330:13,
3330:14, 3332:2,
3332:18, 3334:8,
3335:4, 3335:22,
3336:11, 3336:19,
3336:20, 3336:24,
3337:11, 3337:21,
3339:11, 3346:11,
3346:16, 3352:3,
3352:21, 3353:12,
3354:13, 3355:1,
3356:10, 3356:11,
3356:21, 3359:25,
3360:2, 3360:6,
3365:15, 3367:17,
3368:19, 3371:16,
3377:4, 3377:24,
3378:13, 3378:20,
3382:7, 3384:10,
3385:9, 3387:23,
3388:3, 3388:14,
3388:15, 3388:18,
3388:21, 3390:5,
3390:6, 3390:20,
3391:21, 3396:3,
3397:7, 3398:9,
3398:17, 3398:20,
3402:4, 3403:23,
3405:3

**WITHDRAWN** [1] - 3394:19
**WITHDRAWS** [1] - 3351:11
**WITHHOLD** [1] - 3361:15
**WITHIN** [18] - 3315:6, 3316:10, 3321:2, 3324:8, 3325:4, 3335:4, 3340:10, 3342:20, 3343:12, 3343:15, 3343:23, 3344:1, 3350:13, 3367:2, 3367:3, 3397:15, 3401:3, 3402:20
**WITHOUT** [3] - 3345:10, 3349:1, 3349:6
**WITNESS** [78] - 3311:13, 3311:14, 3311:22, 3311:24, 3312:1, 3312:3, 3312:5, 3312:7, 3312:9, 3331:13, 3331:22, 3331:25, 3337:24, 3338:1, 3343:18, 3343:25, 3344:10, 3344:22, 3345:6, 3345:9, 3345:12, 3345:18, 3345:21, 3345:25, 3346:9, 3346:11, 3346:17, 3346:19, 3347:2, 3348:17, 3349:1, 3351:13, 3351:14, 3351:16, 3351:21, 3353:1, 3353:4, 3353:8, 3353:22, 3362:7, 3362:10, 3362:14, 3362:20, 3362:24, 3369:7, 3369:9, 3369:20, 3369:25, 3370:8, 3371:5, 3371:15, 3371:20, 3371:23, 3372:25, 3376:15, 3379:1, 3379:3, 3380:3, 3380:5, 3380:17, 3380:20, 3381:2, 3381:4, 3381:9, 3381:12, 3381:21, 3382:4, 3383:18, 3383:23, 3395:23, 3397:1, 3398:17, 3400:21, 3401:14, 3402:22, 3403:19, 3403:22
**WITNESSES** [2] -

3309:2, 3346:25
**WON'T** [4] - 3342:12, 3344:25, 3394:17, 3402:19
**WONDERFUL** [1] - 3312:23
**WOODCOCK** [1] - 3308:12
**WORD** [4] - 3317:2, 3328:19, 3328:22, 3328:25
**WORDS** [2] - 3350:8, 3393:10
**WORK** [39] - 3310:9, 3314:1, 3314:4, 3314:15, 3314:25, 3315:16, 3315:25, 3318:10, 3319:7, 3320:20, 3320:24, 3322:21, 3323:9, 3325:25, 3331:10, 3333:15, 3333:16, 3333:18, 3333:23, 3335:22, 3336:7, 3336:10, 3336:11, 3350:1, 3350:3, 3359:11, 3361:11, 3372:15, 3374:2, 3374:3, 3380:9, 3380:23, 3383:10, 3384:5, 3384:17, 3385:20, 3389:13, 3390:2
**WORKED** [12] - 3316:20, 3317:6, 3317:9, 3317:12, 3317:13, 3317:14, 3319:3, 3320:6, 3321:13, 3324:22, 3326:24, 3333:6
**WORKING** [15] - 3312:17, 3313:15, 3313:18, 3314:3, 3314:16, 3315:13, 3316:23, 3318:4, 3321:11, 3321:23, 3324:4, 3326:8, 3329:11, 3348:2
**WORKS** [1] - 3318:23
**WOULD** [152] - 3311:20, 3314:1, 3314:2, 3314:6, 3314:22, 3316:3, 3318:15, 3319:20, 3319:22, 3319:23, 3319:25, 3320:1, 3322:22, 3324:1, 3324:2, 3331:20, 3334:20, 3335:2,

3337:12, 3338:1, 3338:4, 3338:5, 3338:6, 3338:11, 3338:13, 3338:15, 3338:16, 3339:10, 3339:11, 3339:12, 3339:15, 3339:18, 3339:20, 3339:22, 3339:23, 3339:25, 3340:1, 3340:7, 3340:19, 3340:20, 3340:21, 3340:25, 3341:1, 3341:2, 3341:10, 3341:21, 3342:1, 3342:4, 3342:17, 3342:20, 3342:23, 3343:8, 3344:12, 3344:17, 3344:18, 3345:6, 3345:12, 3347:5, 3347:15, 3347:16, 3347:17, 3347:19, 3347:25, 3348:8, 3348:9, 3351:22, 3352:11, 3352:24, 3354:6, 3355:2, 3355:3, 3355:5, 3355:10, 3356:1, 3356:3, 3356:4, 3357:23, 3358:1, 3358:11, 3359:6, 3359:15, 3359:17, 3361:15, 3363:12, 3364:3, 3366:25, 3367:13, 3367:15, 3368:7, 3368:18, 3369:9, 3369:10, 3369:14, 3369:16, 3370:1, 3370:13, 3370:15, 3373:4, 3373:14, 3375:7, 3375:12, 3376:1, 3377:9, 3377:13, 3381:3, 3381:14, 3381:19, 3381:21, 3381:22, 3382:1, 3382:18, 3382:23, 3382:24, 3383:2, 3383:4, 3383:5, 3384:19, 3384:20, 3384:21, 3385:1, 3385:2, 3385:4, 3385:15, 3385:19, 3385:21, 3386:16, 3386:17, 3386:19, 3386:21, 3387:3, 3387:5, 3387:6, 3387:19, 3388:22, 3388:24, 3389:24, 3390:4, 3390:22, 3392:1, 3392:14,

3393:21, 3396:5, 3398:5, 3398:9, 3400:21, 3402:22, 3404:13, 3405:1
**WOULDN'T** [3] - 3318:16, 3362:16, 3403:8
**WRDA** [3] - 3368:15, 3370:7, 3370:8
**WRIGHT** [1] - 3307:1
**WRITE** [6] - 3313:24, 3314:17, 3321:18, 3322:23, 3392:25, 3393:5
**WRITES** [1] - 3329:2
**WRITING** [2] - 3324:19, 3329:6
**WRONG** [5] - 3328:5, 3328:12, 3328:13, 3369:24, 3402:21
**WROTE** [5] - 3321:19, 3324:9, 3324:13, 3324:22, 3328:11

## X

**X** [1] - 3309:1

## Y

**Y** [2] - 3331:23, 3372:23
**YEAH** [24] - 3314:10, 3315:12, 3316:5, 3316:18, 3321:8, 3321:10, 3322:2, 3323:5, 3323:9, 3325:23, 3326:2, 3326:23, 3347:1, 3347:25, 3353:8, 3355:2, 3356:12, 3359:24, 3364:19, 3374:24, 3376:2, 3381:17, 3405:1
**YEAR** [2] - 3313:13, 3313:14, 3314:5, 3317:9, 3323:19, 3324:8, 3328:2, 3328:7, 3328:10, 3333:6, 3343:5, 3380:25
**YEAR'S** [1] - 3348:3
**YEARS** [24] - 3312:11, 3312:14, 3313:16, 3319:22, 3319:25, 3320:2, 3323:6, 3324:8, 3325:3, 3325:4, 3325:5, 3325:6, 3325:17, 3329:23,

3330:3, 3330:4, 3332:19, 3333:2, 3334:14, 3344:10, 3365:9, 3390:9, 3390:22
**YELLOW** [1] - 3311:3
**YEP** [1] - 3327:2
**YES** [111] - 3311:12, 3311:15, 3312:1, 3312:3, 3312:5, 3312:7, 3314:5, 3316:13, 3319:10, 3320:10, 3321:4, 3321:25, 3323:19, 3324:7, 3326:18, 3327:5, 3327:7, 3327:11, 3327:25, 3330:16, 3331:11, 3332:24, 3334:13, 3334:18, 3335:23, 3336:18, 3336:23, 3336:25, 3340:13, 3340:18, 3343:20, 3345:8, 3346:17, 3348:24, 3349:6, 3352:18, 3353:4, 3355:10, 3358:8, 3358:15, 3359:3, 3359:17, 3360:14, 3361:8, 3361:11, 3362:4, 3362:10, 3362:17, 3363:6, 3363:17, 3364:6, 3364:19, 3366:1, 3366:18, 3366:21, 3367:7, 3368:2, 3369:7, 3369:20, 3370:9, 3372:25, 3373:20, 3374:13, 3374:16, 3376:7, 3376:10, 3377:16, 3377:23, 3378:10, 3378:12, 3378:22, 3379:2, 3380:11, 3384:6, 3384:14, 3385:10, 3386:3, 3387:20, 3388:5, 3388:10, 3388:12, 3388:24, 3389:8, 3389:15, 3389:23, 3390:7, 3390:12, 3390:17, 3390:25, 3391:6, 3391:9, 3392:4, 3392:7, 3392:10, 3392:13, 3392:18, 3394:25, 3395:3, 3395:11, 3395:16, 3396:7, 3396:21, 3398:8, 3400:5,

DAILY COPY

3400:11, 3401:25, 3404:12, 3404:18, 3404:19
**YET** [1] - 3350:16
**YORK** [1] - 3307:24
**YOU** [302] - 3310:10, 3310:13, 3310:20, 3310:25, 3311:10, 3311:12, 3311:15, 3311:20, 3311:23, 3312:23, 3313:1, 3313:3, 3313:5, 3313:8, 3313:15, 3313:18, 3313:21, 3314:8, 3314:11, 3315:20, 3316:1, 3316:16, 3317:1, 3317:3, 3317:5, 3317:19, 3317:25, 3318:4, 3318:10, 3318:12, 3318:13, 3318:25, 3319:14, 3319:15, 3319:16, 3319:17, 3319:19, 3319:24, 3319:25, 3320:7, 3320:19, 3321:1, 3321:3, 3321:11, 3321:12, 3321:13, 3321:23, 3322:11, 3322:21, 3322:24, 3322:25, 3323:3, 3323:5, 3323:11, 3323:23, 3324:4, 3324:5, 3324:19, 3324:24, 3325:10, 3325:14, 3326:9, 3326:11, 3326:17, 3326:24, 3327:6, 3327:8, 3327:12, 3327:20, 3327:21, 3327:22, 3328:1, 3328:14, 3328:17, 3329:4, 3329:23, 3329:25, 3330:3, 3330:6, 3330:11, 3330:14, 3330:15, 3330:17, 3330:18, 3331:2, 3331:4, 3331:7, 3331:20, 3332:8, 3332:11, 3332:14, 3332:18, 3332:20, 3332:23, 3333:1, 3333:4, 3333:24, 3333:25, 3334:1, 3334:7, 3334:8, 3334:25, 3335:22, 3336:1, 3336:24, 3337:2, 3337:23, 3337:25, 3341:12, 3341:16, 3342:8,

3342:9, 3343:1, 3343:9, 3343:10, 3343:16, 3343:21, 3344:4, 3344:12, 3344:16, 3344:18, 3345:6, 3346:23, 3346:24, 3347:6, 3347:22, 3348:1, 3348:5, 3348:10, 3348:12, 3349:25, 3350:19, 3351:4, 3351:20, 3351:22, 3352:15, 3352:17, 3353:10, 3353:19, 3353:20, 3354:3, 3354:17, 3354:19, 3354:20, 3355:9, 3355:12, 3355:14, 3356:5, 3356:7, 3356:13, 3356:14, 3356:18, 3358:1, 3358:3, 3358:4, 3358:5, 3358:14, 3358:25, 3359:5, 3359:6, 3359:12, 3359:22, 3361:9, 3361:25, 3362:2, 3362:9, 3362:16, 3363:10, 3363:17, 3363:18, 3363:19, 3363:21, 3363:24, 3364:3, 3364:7, 3365:4, 3365:6, 3365:24, 3366:6, 3367:4, 3367:25, 3368:13, 3368:23, 3368:24, 3368:25, 3369:2, 3370:6, 3370:7, 3370:13, 3371:15, 3372:5, 3372:6, 3372:21, 3372:24, 3374:12, 3374:14, 3375:6, 3376:1, 3376:23, 3377:13, 3377:16, 3377:20, 3377:21, 3378:19, 3379:17, 3379:19, 3380:1, 3380:2, 3380:15, 3380:24, 3380:25, 3381:8, 3381:16, 3381:19, 3381:20, 3381:25, 3382:3, 3382:4, 3382:12, 3382:15, 3383:12, 3383:21, 3384:15, 3384:19, 3384:25, 3385:10, 3386:6, 3386:11, 3387:3, 3387:8, 3387:9, 3388:20, 3390:4,

3390:14, 3390:15, 3390:17, 3391:21, 3391:23, 3392:1, 3392:12, 3392:14, 3393:7, 3393:13, 3393:18, 3393:20, 3393:22, 3394:7, 3394:8, 3394:14, 3394:19, 3395:8, 3396:3, 3396:21, 3397:8, 3397:17, 3397:23, 3398:3, 3398:5, 3398:9, 3398:25, 3399:8, 3399:20, 3399:23, 3400:2, 3400:8, 3400:21, 3401:18, 3402:3, 3402:8, 3402:15, 3402:22, 3403:8, 3404:1, 3405:5
**YOU'LL** [2] - 3318:14, 3391:10
**YOU'RE** [16] - 3318:12, 3320:11, 3320:12, 3327:18, 3329:11, 3331:5, 3344:5, 3344:6, 3344:13, 3348:21, 3356:12, 3369:21, 3378:23, 3383:12, 3383:16, 3402:14
**YOU'VE** [10] - 3319:19, 3325:25, 3336:16, 3343:1, 3352:15, 3352:16, 3377:13, 3380:8, 3383:6, 3396:2
**YOUNG** [2] - 3312:23, 3331:7
**YOUR** [90] - 3310:15, 3311:5, 3311:11, 3311:13, 3311:20, 3312:9, 3313:23, 3314:13, 3314:19, 3315:20, 3316:3, 3316:11, 3317:3, 3317:20, 3318:4, 3319:6, 3320:19, 3321:1, 3321:2, 3321:7, 3322:11, 3325:25, 3326:20, 3331:3, 3331:12, 3331:17, 3331:20, 3331:24, 3332:11, 3332:20, 3333:20, 3334:1, 3334:12, 3336:20, 3344:25, 3346:24, 3346:25, 3347:3, 3347:7,

3348:15, 3348:19, 3351:13, 3352:15, 3354:25, 3355:7, 3356:12, 3362:17, 3363:12, 3363:18, 3372:6, 3372:8, 3375:2, 3375:19, 3378:25, 3382:6, 3382:9, 3383:6, 3386:7, 3388:10, 3389:16, 3390:13, 3390:18, 3390:24, 3391:8, 3391:16, 3393:1, 3393:5, 3393:12, 3393:13, 3393:16, 3393:20, 3393:23, 3393:25, 3394:4, 3394:8, 3394:11, 3394:13, 3395:20, 3398:14, 3399:16, 3399:20, 3402:18, 3403:7, 3403:10, 3403:16, 3404:9, 3404:20, 3404:24

# Z

**ZONE** [6] - 3361:12, 3361:15, 3361:18, 3361:21, 3376:18, 3376:20