1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5    NORMAN ROBINSON, ET AL          *   DOCKET 06-CV-2268-K
                                      *
6    VERSUS                           *   NEW ORLEANS, LOUISIANA
                                      *
7    UNITED STATES OF AMERICA, ET AL  *   MAY 11, 2009
     * * * * * * * * * * * * * * * * *

8

9

10                   VOLUME 16 - AFTERNOON SESSION
                     TRIAL PROCEEDINGS BEFORE THE
11               HONORABLE STANWOOD R. DUVAL JR.
                    UNITED STATES DISTRICT JUDGE
12

13
     APPEARANCES:
14

15   FOR THE PLAINTIFFS:       O'DONNELL & ASSOCIATES, PC
                               BY:  PIERCE O'DONNELL, ESQ.
16                             550 SOUTH HOPE STREET, SUITE 1000
                               LOS ANGELES, CALIFORNIA 90071
17

18   FOR THE PLAINTIFFS:       LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                               BY:  JOSEPH M. BRUNO, ESQ.
19                                  L. SCOTT JOANEN, ESQ.
                               855 BARONNE STREET
20                             NEW ORLEANS, LOUISIANA 70113

21
     FOR THE PLAINTIFFS:       THE ANDRY LAW FIRM, LLC
22                             BY:  JONATHAN B. ANDRY, ESQ.
                                    KEA SHERMAN, ESQ.
23                             610 BARONNE STREET
                               NEW ORLEANS, LOUISIANA 70113
24

25


                           FINAL DAILY COPY

```
 1   APPEARANCES (CONTINUED):

 2
     FOR THE PLAINTIFFS:          BARON & BUDD, PC
 3                                BY:  THOMAS SIMS, ESQ.
                                  3102 OAK LAWN AVENUE, SUITE 1100
 4                                DALLAS, TEXAS 75219

 5
     FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
 6                                BY:  JAMES P. ROY, ESQ.
                                  556 JEFFERSON STREET, SUITE 500
 7                                POST OFFICE BOX 3668
                                  LAFAYETTE, LOUISIANA 70502
 8
 9   FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
                                  BY:  FRANK C. DUDENHEFER JR., ESQ.
10                                601 POYDRAS STREET, SUITE 2655
                                  NEW ORLEANS, LOUISIANA 70130
11
12   FOR THE PLAINTIFFS:          DUMAS & ASSOCIATES LAW FIRM, LLC
                                  BY:  WALTER C. DUMAS, ESQ.
13                                LAWYER'S COMPLEX
                                  1261 GOVERNMENT STREET
14                                POST OFFICE BOX 1366
                                  BATON ROUGE, LOUISIANA 70821
15
16   FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT
                                  BY:  CALVIN C. FAYARD JR., ESQ.
17                                519 FLORIDA AVENUE S.W.
                                  DENHAM SPRINGS, LOUISIANA 70726
18
19   FOR THE PLAINTIFFS:          MICHAEL C. PALMINTIER, A PLC
                                  BY:  MICHAEL C. PALMINTIER, ESQ.
20                                     JOSHUA M. PALMINTIER, ESQ.
                                  618 MAIN STREET
21                                BATON ROUGE, LOUISIANA 70801
22
     FOR THE PLAINTIFFS:          LAW OFFICE OF ELWOOD C. STEVENS JR.,
23                                   A PLC
                                  BY:  ELWOOD C. STEVENS JR., ESQ.
24                                1205 VICTOR II BOULEVARD
                                  POST OFFICE BOX 2626
25                                MORGAN CITY, LOUISIANA 70381



                        FINAL DAILY COPY
```

```
 1    APPEARANCES (CONTINUED):

 2
      FOR SUBROGATED INSURERS:    THE GILBERT FIRM
 3                                BY:  ELISA T. GILBERT, ESQ.
                                       BRENDAN R. O'BRIEN, ESQ.
 4                                325 EAST 57TH STREET
                                  NEW YORK, NEW YORK 10022
 5
 6    ALSO PRESENT FOR           J. ROBERT WARREN II, ESQ.
        PLAINTIFFS:              ASHLEY E. PHILEN, ESQ.
 7                               MRGO LITIGATION GROUP
                                 600 CARONDELET STREET, SUITE 604
 8                               NEW ORLEANS, LOUISIANA 70130
 9
      FOR THE DEFENDANT:         U.S. DEPARTMENT OF JUSTICE
10                               TORTS BRANCH, CIVIL DIVISION
                                 BY:  DANIEL M. BAEZA JR., ESQ.
11                                    JEFFREY PAUL EHRLICH, ESQ.
                                      TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                    MICHELE S. GREIF, ESQ.
                                      CONOR KELLS, ESQ.
13                                    PAUL MARC LEVINE, ESQ.
                                      JAMES F. MCCONNON JR., ESQ.
14                                    KARA K. MILLER, ESQ.
                                      RUPERT MITSCH, ESQ.
15                                    PETER G. MYER, ESQ.
                                      ROBIN D. SMITH, ESQ.
16                                    SARAH K. SOJA, ESQ.
                                      RICHARD R. STONE SR., ESQ.
17                                    JOHN WOODCOCK, ESQ.
                                 BENJAMIN FRANKLIN STATION
18                               P.O. BOX 888
                                 WASHINGTON, DC 20044
19
20    OFFICIAL COURT REPORTER:   TONI DOYLE TUSA, CCR, FCRR
                                 500 POYDRAS STREET, ROOM HB-406
21                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7778
22

23

24
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25    PRODUCED BY COMPUTER.



                           FINAL DAILY COPY
```

1                              **I N D E X**

2                                                              PAGE

3    THOMAS PODANY
           CROSS-EXAMINATION                                  3410
4

5    ALFRED NAOMI
           DIRECT EXAMINATION                                 3462
6          CROSS-EXAMINATION                                  3504

7
     EDMOND RUSSO
8          DIRECT EXAMINATION                                 3509

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                          FINAL DAILY COPY

| | | |
|---|---|---|
| 13:01 | 1 | **AFTERNOON SESSION** |
| 13:11 | 2 | **(MAY 11, 2009)** |
| 13:11 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 13:11 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:19 | 5 | (WHEREUPON, **THOMAS PODANY**, HAVING BEEN DULY SWORN, |
| 13:19 | 6 | TESTIFIED AS FOLLOWS.) |
| 13:19 | 7 | **CROSS-EXAMINATION** |
| 13:19 | 8 | BY MR. O'DONNELL: |
| 13:20 | 9 | **Q.**   GOOD AFTERNOON. |
| 13:20 | 10 | **A.**   GOOD AFTERNOON. |
| 13:20 | 11 | **Q.**   I THINK I ESTABLISHED THIS.  I'M GOING TO GO TO MY SIXTH |
| 13:20 | 12 | PROPOSITION.  STARTING WITH THE 1988 BANK RECONNAISSANCE |
| 13:20 | 13 | REPORT, WHICH YOU'VE TESTIFIED ABOUT, THE CORPS DID |
| 13:20 | 14 | PERIODICALLY STUDY SOME OF THE PROBLEMS WITH THE MRGO, |
| 13:20 | 15 | PARTICULARLY BANK EROSION AND WETLANDS; CORRECT? |
| 13:20 | 16 | **A.**   THAT'S LIKELY TO BE THE CASE, YES. |
| 13:20 | 17 | **Q.**   OKAY.  FINE.  BUT THE CHIEF NEVER SENT ANYTHING TO THE |
| 13:20 | 18 | CONGRESS WHERE THEY REACHED A CONCLUSION.  I THINK YOU TOLD ME |
| 13:20 | 19 | THAT BEFORE LUNCH.  CORRECT? |
| 13:20 | 20 | **A.**   THAT'S CORRECT. |
| 13:20 | 21 | **MR. O'DONNELL:**  YOUR HONOR, THIS MAY GO QUICKER THAN |
| 13:20 | 22 | I EXPECTED IF THE WITNESS DOESN'T HAVE ANY PARTICULAR KNOWLEDGE |
| 13:20 | 23 | OF THE THREE STUDIES. |
| 13:20 | 24 | BY MR. O'DONNELL: |
| 13:20 | 25 | **Q.**   THERE WERE THREE STUDIES THAT PRECEDED THE '88 |

3411

| 13:20 | 1 | RECONNAISSANCE REPORT.  HAVE YOU EVER SEEN THOSE? |
|---|---|---|

13:20   1   RECONNAISSANCE REPORT.  HAVE YOU EVER SEEN THOSE?

13:20   2   **A.**   WHICH THREE STUDIES ARE YOU TALKING ABOUT?

13:20   3        **MR. O'DONNELL:**  LET ME IDENTIFY THEM AT LEAST FOR THE

13:20   4   RECORD, IF I MAY, YOUR HONOR.  WE COVERED THESE WITH GAGLIANO.

13:20   5   SO IN THE INTEREST OF NOT SLOGGING THROUGH THAT, I THINK THE

13:21   6   COURT -- YOU WERE OBVIOUSLY HERE AT THE TIME.  IF I COULD JUST

13:21   7   PUT IT ON THE SCREEN SO YOU REMEMBER WHAT THEY ARE, YOUR HONOR.

13:21   8        **THE COURT:**  SURE.

13:21   9        **MR. O'DONNELL:**  PX-143, THAT'S THE OCTOBER 1982

13:21   10  COASTAL ENVIRONMENTS ENVIRONMENTAL IMPACT STUDY ON THE SHIP

13:21   11  CHANNEL PROJECT.  THAT WAS ABOUT THE WIDENING AND THE

13:21   12  DEEPENING.

13:21   13        I WILL DIRECT THE COURT, JUST FOR THE RECORD, TO

13:21   14  GAGLIANO SLIDE 15.  I'M SORRY, 16.  THAT WAS THE PROBLEM WITH

13:21   15  THE LAND BRIDGE WE'VE HEARD A LOT ABOUT.  17, 18, 19, AND 20.

13:22   16  WE SHOULD HIGHLIGHT THE LAST PART ABOUT THE SERIOUS THREAT.

13:22   17        THE SECOND STUDY, YOUR HONOR, IT'S A STUDY

13:22   18  THAT -- A STATEMENT MR. GAGLIANO --

13:22   19        **THE COURT:**  JUST A MINUTE.

13:22   20        **MR. EHRLICH:**  IS THERE A QUESTION PENDING?

13:22   21        **THE COURT:**  I GUESS IF WE DON'T -- YOU NEED TO -- IF

13:22   22  WE'RE GOING TO ASK THIS WITNESS A QUESTION, IF HE'S FAMILIAR --

13:22   23  IF HE'S NOT FAMILIAR WITH THESE STUDIES, THE COURT IS WELL

13:22   24  FAMILIAR WITH THESE DOCUMENTS.

13:22   25        **MR. O'DONNELL:**  FINE, YOUR HONOR.

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:22 | 1 | **BY MR. O'DONNELL:** |
| 13:22 | 2 | **Q.**   ARE YOU FAMILIAR WITH AN AUGUST 30, 1973 STATEMENT BY |
| 13:22 | 3 | DR. GAGLIANO ON BEHALF OF THE ST. BERNARD POLICE JURY TO THE |
| 13:22 | 4 | ARMY CORPS OF ENGINEERS? |
| 13:22 | 5 |          **MR. EHRLICH:**  OBJECTION:  OUTSIDE THE SCOPE OF |
| 13:22 | 6 | DIRECT. |
| 13:22 | 7 |          **THE COURT:**  AS I SAID, I'M NOT CONFINING CROSS TO |
| 13:23 | 8 | DIRECT IN THIS CASE, CERTAINLY UP TO A POINT. |
| 13:23 | 9 | **BY MR. O'DONNELL:** |
| 13:23 | 10 | **Q.**   ARE YOU FAMILIAR WITH THAT STUDY, WHICH IS PX-1633? |
| 13:23 | 11 | **A.**   IS THAT THE ONE WE'RE LOOKING AT NOW? |
| 13:23 | 12 | **Q.**   YES, I BELIEVE SO. |
| 13:23 | 13 | **A.**   I CAN BARELY READ IT.  I DON'T RECALL EVER SEEING THAT. |
| 13:23 | 14 | **Q.**   I THINK YOU SAID THIS, BUT DID CONGRESS AUTHORIZE THE |
| 13:23 | 15 | STUDY OF CHANNEL BANK EROSION OF THE MRGO IN 1982? |
| 13:23 | 16 | **A.**   YES. |
| 13:23 | 17 | **Q.**   IS THAT THE AUTHORIZATION THAT LED TO THE 1984 COASTAL |
| 13:23 | 18 | LOUISIANA SHORE AND BARRIER EROSION STUDY? |
| 13:23 | 19 | **A.**   NO.  THOSE WOULD HAVE BEEN DIFFERENT. |
| 13:23 | 20 | **Q.**   LET'S PUT UP PX-1639, GAGLIANO SLIDE 51.  ARE YOU FAMILIAR |
| 13:23 | 21 | WITH THIS JULY 1984 STUDY, SIR? |
| 13:23 | 22 | **A.**   I'VE SEEN THIS REPORT BEFORE.  I HAVE NOT LOOKED AT IT IN |
| 13:23 | 23 | A LONG, LONG TIME. |
| 13:23 | 24 | **Q.**   LET'S GO TO PAGE 7.  IT STATES IN PART: |
| 13:24 | 25 |          "DEVELOPMENT TO THE SOUTHWEST WILL BE EXPOSED TO |

FINAL DAILY COPY

| 13:24 | 1  | DIRECT HURRICANE ATTACKS FROM LAKE BORGNE." |
|-------|----|---------------------------------------------|

13:24   1    DIRECT HURRICANE ATTACKS FROM LAKE BORGNE."

13:24   2              DO YOU SEE THAT?

13:24   3    **A.**   YES.

13:24   4    **Q.**   DID YOU TAKE THAT INTO ACCOUNT WHEN YOU WERE DOING ANY OF

13:24   5    YOUR RECONNAISSANCE STUDIES?

13:24   6    **A.**   YES.  IN FACT, THIS SAME LANGUAGE, VERY SIMILAR LANGUAGE

13:24   7    IS IN THE 1988 REPORT.

13:24   8    **Q.**   I THINK YOU WERE ASKED THIS IN YOUR DEPOSITION, BUT DO YOU

13:24   9    NOT AGREE THAT WHEN THE NARROW LAND BRIDGE DISAPPEARS BETWEEN

13:24   10   LAKE BORGNE AND REACH 2 THERE WILL BE NOTHING BETWEEN THE

13:24   11   LEVEES AND LAKE BORGNE; NO LAND OR MARSH?

13:24   12   **A.**   YES, BUT IT NEVER HAPPENED.

13:24   13   **Q.**   IT DIDN'T HAPPEN?

13:24   14   **A.**   IT DIDN'T HAPPEN, NOT TO THE EXTENT THAT IT'S DESCRIBED

13:24   15   HERE.

13:24   16   **Q.**   IT HAPPENED, THOUGH; RIGHT?

13:24   17   **A.**   NO.

13:24   18   **Q.**   THERE ENDED UP BEING A BREAK, DID THERE NOT, BEFORE

13:24   19   KATRINA?

13:24   20   **A.**   NO.  I'D SAY THAT'S NOT WHAT WE'RE TALKING ABOUT HERE.  IN

13:24   21   THE CONTEXT OF THE BANK EROSION STUDIES THAT WE DID, WE WERE

13:24   22   LOOKING FOR MILES AND MILES OR THOUSANDS OF FEET OF THOSE --

13:24   23   THAT LAND BRIDGE TO DISAPPEAR, OR MARSH TO DISAPPEAR.  THAT

13:25   24   COULD HAVE HAPPENED OVER TIME DUE TO NATURAL FORCES, DUE TO

13:25   25   COMBINATION OF WIND WAVES, VESSEL-GENERATED WAVES, BUT IT

13:25    1    DIDN'T HAPPEN.

13:25    2          PART OF THE REASON WHY IT MAY NOT HAVE HAPPENED TO

13:25    3    THE EXTENT THAT IS SUGGESTED HERE IS BECAUSE YOU HAVE BANK

13:25    4    PROTECTION MEASURES OUT THERE AS WELL.  SO PART OF IT DEALT

13:25    5    WITH THAT, BUT ALSO THE TIDE DID NOT PROGRESS TO THE POINT

13:25    6    WHERE YOU WOULD HAVE SEEN WHAT THIS IS PREDICTING MIGHT HAPPEN.

13:25    7    **Q.**   YOU DO AGREE THE MARSHES AND RIDGES ALONG THE MRGO SERVED

13:25    8    AS A LINE OF DEFENSE FOR HURRICANE SURGE; CORRECT?

13:25    9    **A.**   YES, I DO.

13:25    10   **Q.**   ALSO A DEFENSE FOR WAVES?

13:25    11   **A.**   YES.

13:25    12   **Q.**   YOU ALSO AGREE THAT THE MARSHES ACT AS A SEDIMENT TRAP AND

13:25    13   DISSIPATE WAVE ENERGY AND DISSIPATE TIDAL ENERGY?

13:25    14   **A.**   YES.

13:25    15   **Q.**   LET'S GO TO YOUR 1988 BANK RECONNAISSANCE REPORT.  WE HAVE

13:25    16   IT AS PX-9.  IN A NUTSHELL, THIS REPORT MAKES IT PERFECTLY

13:26    17   CLEAR, DOES IT NOT, THAT THE MRGO WAS HAVING A MAJOR IMPACT ON

13:26    18   THE ENVIRONMENT ALONG THE MRGO?

13:26    19   **A.**   YES.

13:26    20   **Q.**   BUT THIS REPORT -- AND I THINK YOU'VE TESTIFIED TO THIS --

13:26    21   DID NOT LEAD TO ANY IMMEDIATE REMEDIAL MEASURES SHORTLY AFTER

13:26    22   1988; CORRECT?

13:26    23   **A.**   IMMEDIATELY AFTER THAT, THAT'S CORRECT.  AFTER 1988, THERE

13:26    24   WEREN'T ANY IMMEDIATE RESULTS.

13:26    25   **Q.**   THE PAGES AREN'T NUMBERED, BUT LET'S GO TO THE 980 NUMBER

FINAL DAILY COPY

13:26    1   IN THE LOWER RIGHT.  THERE IT IS.  I THINK COUNSEL ASKED YOU

13:26    2   ABOUT PARAGRAPH 2, DID HE NOT, SIR?

13:26    3   A.   YES.

13:26    4   Q.   I'D LIKE TO GO FIRST, IF WE COULD, TO -- ABOVE THAT, IF WE

13:26    5   COULD.  THERE'S A REFERENCE TO THE LOSS OF THE BUFFERING

13:26    6   MARSHES.  DO YOU SEE THAT?

13:26    7   A.   YES.

13:26    8   Q.   THAT'S WHAT YOU WERE REFERRING TO JUST A MINUTE AGO WHEN I

13:26    9   WAS ASKING YOU THOSE QUESTIONS ABOUT THIS SURGE DAMPENING

13:27   10   EFFECT OF WETLANDS; CORRECT?

13:27   11   A.   YES.  THIS PARAGRAPH SHOWS THAT THE LOSS OF THOSE

13:27   12   BUFFERING MARSHES WILL REDUCE ERODIBLE MATERIAL THAT

13:27   13   CONTRIBUTES TO THE MAINTENANCE DREDGING.  WHAT THEY'RE SAYING

13:27   14   IS THAT AFTER THOSE MARSHES ARE GONE, THERE WON'T BE THAT MUCH

13:27   15   MATERIAL FROM THE MARSHES THEMSELVES TO WIND UP IN THE CHANNEL,

13:27   16   SO THEY'RE EXPECTING THAT TO BE A REDUCTION IN A WAY.

13:27   17   Q.   IS THAT VIEW BY THE CORPS, OF THE LOSS OF BUFFERING

13:27   18   MARSHES, AS A BENEFIT?

13:27   19   A.   WELL, IN THE CONTEXT OF THIS STATEMENT, IT'S REALLY

13:27   20   TALKING ABOUT THE FACT THAT THE MARSHES ARE DISAPPEARING.  AS

13:27   21   THEY DISAPPEAR, THERE'S GOING TO BE LESS ERODIBLE MATERIAL TO

13:27   22   WIND UP IN THE CHANNEL.

13:27   23   Q.   THEREFORE, LET'S GET RID OF MORE MARSHES SO WE'LL HAVE

13:27   24   LESS ERODIBLE MATERIAL?

13:27   25   A.   IT DIDN'T SAY THAT.  IT SAYS:

FINAL DAILY COPY

13:27  1        "MAINTENANCE DREDGING REQUIREMENTS ARE PROJECTED TO

13:27  2  INCREASE SIGNIFICANTLY WITH THE LOSS OF THESE MARSHES."

13:27  3        WHAT THEY'RE SAYING IS:  WELL, WHERE IS THE SEDIMENT

13:28  4  GOING TO COME FROM WHEN THE MARSHES ARE NO LONGER THERE?

13:28  5  THEY'RE SAYING THAT THE EXPLANATION ISN'T SATISFACTORY.  WE

13:28  6  KNOW THAT THE LOSS OF THE MARSHES IS RESULTING IN THE SHOALING

13:28  7  MATERIAL WINDING UP IN THE CHANNEL, SO WE KNOW THAT THAT'S

13:28  8  OCCURRING.  IF THOSE MARSHES DISAPPEAR, THEN ONE MIGHT EXPECT

13:28  9  FOR THAT SHOALING MATERIAL TO DECREASE.

13:28  10       ALL THEY'RE SAYING HERE, I BELIEVE, IS THAT THE

13:28  11  EXPLANATION THAT WE'RE GIVING IS INADEQUATE ABOUT WHAT'S GOING

13:28  12  ON; THAT REALLY, EVEN THOUGH THOSE BUFFERING MARSHES MIGHT BE

13:28  13  ERODED, ULTIMATELY THERE'S STILL GOING TO BE A SIGNIFICANT

13:28  14  SOURCE OF SHOALING FROM OTHER PLACES.

13:28  15  Q.   THE ONE THING THEY WERE CERTAIN OF IS THAT MORE MARSHES

13:28  16  WOULD BE LOST UNLESS SOME REMEDIAL MEASURES WERE TAKEN; IS THAT

13:29  17  FAIR?

13:29  18  A.   YEAH.  THE MARSH LOSS IS ACTUALLY DESCRIBED, THE REASONS

13:29  19  FOR IT, IN PAGE 10.  IF YOU LOOK AT THAT, IT'S A LOT OF

13:29  20  DIFFERENT REASONS WHY THE MARSH IS ACTUALLY ERODING.

13:29  21  Q.   LET'S GO TO PARAGRAPH 2.  NOW, THESE COMMENTS ARE FROM THE

13:29  22  NEXT LEVEL UP IN THE CHAIN OF COMMAND, THE LOWER MISSISSIPPI

13:29  23  VALLEY DIVISION; CORRECT?

13:29  24  A.   CORRECT.

13:29  25  Q.   IT WAS THE CUSTOM AND PRACTICE OF THE CORPS AT THIS TIME,

| 13:29 | 1 | IN DOING RECONNAISSANCE REPORTS, THAT THEY WOULD WEIGH IN WITH |

13:29  1  IN DOING RECONNAISSANCE REPORTS, THAT THEY WOULD WEIGH IN WITH

13:29  2  COMMENTS; CORRECT?

13:29  3  A.   YES.

13:29  4  Q.   THAT'S WHAT WE HAVE HERE IN THIS DOCUMENT; CORRECT?

13:29  5  A.   YES.

13:29  6  Q.   I WANT TO EXPLORE IT.  IT SAYS, FIRST OF ALL:

13:29  7       "THE ALTERNATIVE TO COMPLETELY CLOSE THE MRGO

13:29  8  WATERWAY SHOULD BE EVALUATED."

13:29  9       CORRECT?

13:29  10  A.   THAT'S RIGHT.

13:29  11  Q.   THEN THEY LIST A NUMBER OF PROBLEMS WITH THE MRGO THAT

13:29  12  WOULD BE SOLVED OR MINIMIZED IF THEY CLOSED THE MRGO; CORRECT?

13:30  13  A.   YES.

13:30  14  Q.   YOU WOULDN'T HAVE TO WORRY ABOUT CHANNEL MAINTENANCE AND

13:30  15  SHOALING ANYMORE, WOULD YOU?

13:30  16  A.   RIGHT.

13:30  17  Q.   YOU WOULD NO LONGER HAVE TO WORRY ABOUT SALTWATER

13:30  18  INTRUSION BECAUSE PRESUMABLY YOU'D PUT A BARRIER SOMEWHERE LIKE

13:30  19  BAYOU LA LOUTRE, WHICH WE'RE DOING NOW; CORRECT?

13:30  20  A.   YES.  IT WOULD REQUIRE A BARRIER.

13:30  21  Q.   YOU WOULD PREVENT THE ASSOCIATED BIOLOGICAL RESOURCE

13:30  22  PROBLEMS.  THAT SOUNDS LIKE LOSS OF THE MARSH AND THE WETLANDS;

13:30  23  RIGHT?

13:30  24  A.   YES.

13:30  25  Q.   YOU WOULD LESSEN RECREATIONAL LOSSES AS WELL; CORRECT?

FINAL DAILY COPY

3418

13:30　　1　　**A.**　YES.

13:30　　2　　**Q.**　THE LOWER MISSISSIPPI VALLEY DIVISION THEN SAYS:

13:30　　3　　　　　　"IN ADDITION TO SOLVING THE AFOREMENTIONED PROBLEMS,

13:30　　4　　IT WILL ALSO REDUCE THE POSSIBILITY OF CATASTROPHIC DAMAGE TO

13:30　　5　　URBAN AREAS BY HURRICANE SURGE COMING UP THIS WATERWAY."

13:30　　6　　　　　　CORRECT?

13:30　　7　　**A.**　YES, IT SAYS THAT.

13:31　　8　　**Q.**　CAN WE GO TO PAGE 1033 OF THIS DOCUMENT.  IT'S PAGE 10 OF

13:31　　9　　THE DOCUMENT.  I HAVE CIRCLED THE FIRST PART.  WE HAD TALKED

13:32　　10　　ABOUT THE SEVERE EROSION THAT'S GOING ON; CORRECT?

13:32　　11　　**A.**　CORRECT.

13:32　　12　　**Q.**　I WANT TO FOCUS ON SOMETHING ELSE DOWN BELOW.  THIS IS A

13:32　　13　　DISCUSSION OF THE MARSHES ALONG THE NORTH BANK.  YOU SPOKE WITH

13:32　　14　　COUNSEL ABOUT THAT ON YOUR DIRECT EXAMINATION; CORRECT, SIR?

13:32　　15　　**A.**　YES.

13:32　　16　　**Q.**　IT THEN SAYS:

13:32　　17　　　　　　"BECAUSE EROSION IS STEADILY WIDENING THE MRGO, THE

13:32　　18　　EAST BANK ALONG LAKE BORGNE IS DANGEROUSLY CLOSE TO BEING

13:32　　19　　BREACHED.  ONCE THE BANK IS BREACHED, THE FOLLOWING WILL

13:33　　20　　HAPPEN:  SEDIMENT FROM LAKE BORGNE WILL FLOW INTO THE CHANNEL,

13:33　　21　　RESULTING IN LARGE INCREASES IN DREDGING COSTS TO MAINTAIN THE

13:33　　22　　CHANNEL; DEVELOPMENT TO THE SOUTHWEST WOULD BE EXPOSED TO

13:33　　23　　DIRECT HURRICANE ATTACKS FROM LAKE BORGNE; THE RICH HABITAT

13:33　　24　　AROUND THE AREA WOULD BE CONVERTED TO OPEN WATER; AND MORE

13:33　　25　　MARSH WOULD BE EXPOSED TO HIGHER SALINITY WATER."

| | |
|---|---|
| 13:33 | 1 |
| 13:33 | 2 |
| 13:33 | 3 |
| 13:33 | 4 |
| 13:33 | 5 |
| 13:33 | 6 |
| 13:33 | 7 |
| 13:33 | 8 |
| 13:33 | 9 |
| 13:33 | 10 |
| 13:33 | 11 |
| 13:33 | 12 |
| 13:34 | 13 |
| 13:34 | 14 |
| 13:34 | 15 |
| 13:34 | 16 |
| 13:34 | 17 |
| 13:34 | 18 |
| 13:34 | 19 |
| 13:34 | 20 |
| 13:34 | 21 |
| 13:34 | 22 |
| 13:34 | 23 |
| 13:34 | 24 |
| 13:34 | 25 |

1   THAT ECHOS WHAT WE JUST SAW FROM THE LOWER

2   MISSISSIPPI VALLEY DIVISION COMMENTS JUST A MINUTE AGO, DOES IT

3   NOT, SIR, THE CONCERN ABOUT HURRICANES?

4   **A.**   THERE'S A DIFFERENCE.

5   **Q.**   YES.  THE LOWER MISSISSIPPI DIVISION WAS WORRIED ABOUT

6   WATER COMING UP REACH 2, AND THIS STATEMENT IS WORRIED ABOUT

7   WATER COMING ACROSS LAKE BORGNE; CORRECT?

8   **A.**   CORRECT.  CAN I ADD SOME CONTEXT FOR THIS?

9       **THE COURT:**  YOU MAY.

10      **THE WITNESS:**  AS I MENTIONED EARLIER, IN THE CONTEXT

11  OF THIS REPORT, THE CONCERN ABOUT THESE LAND BRIDGES

12  DISAPPEARING -- WHICH THEY DID NOT DISAPPEAR; THEY'RE STILL

13  THERE TODAY.  IF THOSE LAND BRIDGES WERE TO DISAPPEAR TO THE

14  EXTENT WHERE THEY WOULD OPEN UP FOR THOUSANDS OF FEET -- THAT'S

15  WHAT'S MEANT BY A BREACH -- OR BY MILES AND MILES, THEN YOU

16  WOULD HAVE THE CONDITION WHERE YOU WOULD HAVE LAKE BORGNE

17  DIRECTLY INFLUENCING THE MRGO AND THE LEVEES ALONG THE MRGO,

18  AND THAT'S WHAT IT'S TALKING ABOUT.

19  **BY MR. O'DONNELL:**

20  **Q.**   ARE YOU AWARE OF EVIDENCE IN THIS CASE --

21      **THE COURT:**  LET ME ASK A QUESTION.  YOU ACKNOWLEDGE

22  THERE IS SOME BREACH, THERE IS SOME OPENING BETWEEN LAKE BORGNE

23  AND THE MRGO?

24      **THE WITNESS:**  YES.  SOME OF THAT'S NATURAL AND SOME

25  OF THAT IS DUE TO EROSION.

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:34 | 1 | **THE COURT:**  SOME OF THAT HAS WIDENED SINCE '65? |
| 13:34 | 2 | **THE WITNESS:**  I DO ACKNOWLEDGE THAT, BUT SOME OF |
| 13:34 | 3 | THAT'S WITHIN HUNDREDS OF FEET.  WHAT WE'RE TALKING ABOUT IN |
| 13:34 | 4 | THIS REPORT IS THOUSANDS OF FEET OR MILES AND MILES OF -- |
| 13:34 | 5 | **THE COURT:**  IS THERE ANYTHING IN THE REPORT THAT |
| 13:34 | 6 | REFERENCES MILES AND MILES? |
| 13:34 | 7 | **THE WITNESS:**  YES. |
| 13:34 | 8 | **THE COURT:**  WHERE IS THAT? |
| 13:34 | 9 | **THE WITNESS:**  WHEN YOU LOOK AT THE DISCUSSION OF THE |
| 13:34 | 10 | SHOALING AND HOW THE SHOALING WOULD OCCUR, THE SHOALING WOULD |
| 13:35 | 11 | OCCUR OVER -- THE SHOALING IS ESTIMATED BASED ON A |
| 13:35 | 12 | MILE-FOR-MILE LOSS OF THAT LAND BRIDGE. |
| 13:35 | 13 | **THE COURT:**  ALL RIGHT. |
| 13:35 | 14 | **THE WITNESS:**  SO AS EACH MILE DISAPPEARS, THE |
| 13:35 | 15 | SHOALING WOULD GO UP.  IF THE LAND BRIDGE IS STILL THERE, THEN |
| 13:35 | 16 | THE SHOALING DOESN'T GO UP.  SO THERE'S A MILE-FOR-MILE |
| 13:35 | 17 | ESTIMATE IN THE BENEFIT ANALYSIS THAT'S ASSOCIATED WITH |
| 13:35 | 18 | SHOALING. |
| 13:35 | 19 | **THE COURT:**  WHEN YOU SAY "DANGEROUSLY CLOSE TO BEING |
| 13:35 | 20 | BREACHED" IN THIS REPORT, WHAT DOES THAT MEAN? |
| 13:35 | 21 | **THE WITNESS:**  I DON'T KNOW OTHER THAN THE FACT THAT |
| 13:35 | 22 | THAT WOULD BE A SITUATION THAT WOULD BE -- ONCE YOU LOSE -- |
| 13:35 | 23 | **THE COURT:**  WHAT MY CONFUSION IS -- |
| 13:35 | 24 | **THE WITNESS:**  IT'S VERY CLOSE. |
| 13:35 | 25 | **THE COURT:**  IF IT'S DANGEROUSLY CLOSE TO BEING |

FINAL DAILY COPY

13:35   1   BREACHED AND A BREACH IS MEASURED IN TERMS OF MILES, THEN WHAT

13:35   2   PRECIPITATED THAT COMMENT?

13:35   3          THE WITNESS:  I THINK IT'S BECAUSE IT'S A VERY NARROW

13:35   4   AREA; AND BECAUSE IT'S SO NARROW, ONE HURRICANE CAN COME IN AND

13:35   5   POSSIBLY DESTROY THAT LAND BRIDGE.  I THINK THAT'S WHAT THEY

13:36   6   MEAN BY "DANGEROUSLY CLOSE," BECAUSE IT'S VERY VULNERABLE

13:36   7   BECAUSE IT'S A VERY NARROW STRIP.

13:36   8          THE COURT:  YOU DID NOT AUTHOR THIS REPORT?

13:36   9          THE WITNESS:  NO, I DID NOT.

13:36   10          THE COURT:  YOU'RE SIMPLY RENDERING YOUR

13:36   11   INTERPRETATION OF THIS SPECIFIC  LANGUAGE BASED ON OTHER THINGS

13:36   12   IN THE REPORT?

13:36   13          THE WITNESS:  YES, YOUR HONOR.

13:36   14          THE COURT:  GO AHEAD.

13:36   15   BY MR. O'DONNELL:

13:36   16   Q.   YOU TESTIFIED THAT THE FIRST TIME THE CORPS GOT AROUND TO

13:36   17   DOING ANY FORESHORE PROTECTION WAS BEGINNING IN 1993; CORRECT?

13:36   18   A.   THAT'S THE FIRST TIME THAT I REPORTED, YES.

13:36   19   Q.   THE REASON THE CORPS DID NO -- WITHDRAWN.

13:36   20          YOU KNOW THAT THE ORIGINAL MRGO AUTHORIZATION BY

13:36   21   CONGRESS CONTEMPLATED ARMORING OF THE BANKS OF THE MRGO;

13:36   22   CORRECT?

13:36   23   A.   IT DID, YES.  IN FACT, SOME OF THAT FORESHORING ON THE

13:36   24   SOUTH BANK WAS CONSTRUCTED, FORESHORE PROTECTION ON THE SOUTH,

13:36   25   BUT I DIDN'T REPORT ON THAT.

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:36 | 1 | **Q.**   THE REASON THAT THE CORPS DID NOT DO ANY FORESHORE |
| 13:36 | 2 | PROTECTION ON SOIL EROSION IS IT HAD A HISTORIC HOSTILITY TO |
| 13:37 | 3 | DOING BANK EROSION PROTECTION; CORRECT? |
| 13:37 | 4 | **A.**   NO. |
| 13:37 | 5 |         **MR. O'DONNELL:**  YOUR HONOR, I'D LIKE TO LOOK NOW AT |
| 13:37 | 6 | PX-2082. |
| 13:37 | 7 |         **THE COURT:**  THAT IS? |
| 13:37 | 8 |         **MR. O'DONNELL:**  IT IS A MEMORANDUM TO HEADQUARTERS, |
| 13:37 | 9 | U.S. ARMY CORPS OF ENGINEERS.  OKAY.  WE ARE OFF THE ELMO. |
| 13:37 | 10 |            IT IS A MEMO TO THE HEADQUARTERS AT WASHINGTON |
| 13:37 | 11 | ABOUT COASTAL ZONE MANAGEMENT PLAN CONSISTENCY ON THE MRGO. |
| 13:37 | 12 | IT'S MAY 30.  I'M TOLD IT'S 1991. |
| 13:37 | 13 | **BY MR. O'DONNELL:** |
| 13:37 | 14 | **Q.**   REMEMBER, YOU TESTIFIED TO THE DISPUTE BETWEEN THE |
| 13:37 | 15 | LOUISIANA DEPARTMENT OF NATURAL RESOURCES AND THE CORPS?  IT |
| 13:37 | 16 | WAS '91, WAS IT NOT, SIR? |
| 13:37 | 17 | **A.**   YES. |
| 13:37 | 18 | **Q.**   THE STATE WAS SAYING, "WE DON'T LIKE THE FACT THAT YOU'RE |
| 13:37 | 19 | NOT DOING BANK EROSION PROTECTION, AND WE'RE GOING TO WITHHOLD |
| 13:38 | 20 | OUR CONSISTENCY DETERMINATION."  CORRECT? |
| 13:38 | 21 | **A.**   YES. |
| 13:38 | 22 |         **MR. EHRLICH:**  CAN YOU GIVE US A SECOND TO LOOK AT THE |
| 13:38 | 23 | EXHIBIT? |
| 13:38 | 24 |         **THE COURT:**  YOU MAY. |
| 13:38 | 25 |         **MR. O'DONNELL:**  2082. |

13:39    1            **MR. EHRLICH:**  THAT ONE WASN'T PROVIDED TO US.

13:39    2            **MR. O'DONNELL:**  YOU DON'T HAVE IT WITH YOU?

13:39    3            **MR. EHRLICH:**  YOU GAVE US SEVEN BINDERS AND --

13:39    4            **MR. O'DONNELL:**  HERE YOU GO.

13:39    5            **MR. EHRLICH:**  I JUST NEED A MINUTE TO LOOK AT IT.

13:39    6            **MR. O'DONNELL:**  IT IS WHAT IT SAYS.  IT'S A

13:39    7  MEMORANDUM TO HEADQUARTERS OF THE ARMY CORPS OF ENGINEERS ABOUT

13:39    8  COASTAL ZONE MANAGEMENT PLAN CONSISTENCY ON THE MRGO.

13:39    9            **MR. EHRLICH:**  THERE'S NO FOUNDATION FOR THIS

13:39   10  DOCUMENT.

13:39   11            **MR. O'DONNELL:**  IT'S A CORPS DOCUMENT, YOUR HONOR.

13:39   12            **THE COURT:**  IS THERE AN OBJECTION?  WHAT'S THE

13:39   13  OBJECTION?  IS IT AN EXHIBIT IN EVIDENCE?

13:39   14            **MR. ROY:**  YES, YOUR HONOR.  WE'RE CHECKING RIGHT NOW,

13:39   15  BUT I BELIEVE I PERSONALLY PUT IT UP ON THAT BOARD DURING

13:39   16  DR. KEMP'S EXAMINATION.

13:39   17            **THE COURT:**  I GUESS YOU WANT TO ESTABLISH THE WITNESS

13:40   18  IS FAMILIAR WITH IT?

13:40   19            **MR. O'DONNELL:**  I'M GOING TO IMPEACH HIM WITH A

13:40   20  STATEMENT IN IT, IF I CAN.

13:40   21            **MR. ROY:**  I'M TOLD, YOUR HONOR, BY OUR TECH PEOPLE

13:40   22  THAT, IN FACT, I DID SHOW IT, OFFER IT, AND INTRODUCE IT

13:40   23  WITHOUT OBJECTION DURING KEMP'S EXAMINATION.

13:40   24            **THE COURT:**  THE OBJECTION?

13:40   25            **MR. EHRLICH:**  FOUNDATION, YOUR HONOR.  YOU HAVE TO

13:40  1  UNDERSTAND, I HAVE NOT SEEN THIS DOCUMENT UNTIL THIS MOMENT, SO

13:40  2  I'M TRYING TO REVIEW IT AND SEE IF IT IS WHAT MR. O'DONNELL

13:40  3  SAYS IT IS.  THE WITNESS HASN'T TESTIFIED ABOUT IT.  I DON'T

13:40  4  KNOW WHAT IT IS.  I'LL TAKE A MINUTE TO LOOK AT IT, AND I

13:40  5  SUPPOSE HE COULD ASK THE WITNESS QUESTIONS.

13:40  6        MR. O'DONNELL:  I'LL CIRCLE AROUND AND COME BACK, IF

13:40  7  I MAY, YOUR HONOR.

13:40  8        THE COURT:  THANK YOU.

13:40  9  BY MR. O'DONNELL:

13:40  10  Q.   I DON'T KNOW IF YOU TESTIFIED TO THIS ON DIRECT.  LET ME

13:40  11  ASK YOU.  IN 1986, CONGRESS PASSED THE WATER RESOURCES

13:40  12  DEVELOPMENT ACT OF 1986?

13:40  13  A.   IS THAT A QUESTION?

13:40  14  Q.   YES.

13:40  15  A.   YES.

13:40  16  Q.   IN THAT LEGISLATION, AS I UNDERSTAND IT, CONGRESS PROVIDED

13:41  17  THAT WHEN THE CORPS WAS GOING TO DO A FEASIBILITY STUDY ON A

13:41  18  WATER DEVELOPMENT PROJECT THAT THE COST SHARING -- THEY'D HAVE

13:41  19  TO FIND A LOCAL SPONSOR; CORRECT?

13:41  20  A.   YES.

13:41  21  Q.   THAT LOCAL SPONSOR WOULD HAVE TO AGREE TO PONY UP

13:41  22  50 PERCENT OF THE COST OF THE STUDY; RIGHT?

13:41  23  A.   YES.

13:41  24  Q.   THEN IF A PLAN WAS RECOMMENDED AND TO BE IMPLEMENTED, THE

13:41  25  LOCAL SPONSOR WOULD HAVE TO PONY UP 15 PERCENT OF THE PROJECT

13:41  1   COST?

13:41  2   A.   IT DEPENDS ON THE COST, ON WHAT PROJECT IT IS.  THERE'S A

13:41  3   COST SHARING IN TITLE I ON A MULTIPLE NUMBER OF PROJECT TYPES.

13:41  4   IT'S DIFFERENT DEPENDING ON WHAT TYPE OF PROJECT IT IS.

13:41  5   Q.   LET ME CUT TO THE CHASE.  WAS IT THE CORPS' POSITION AFTER

13:41  6   1986 THAT A LOCAL SPONSOR FOR ANY IMPROVEMENTS ALONG THE MRGO,

13:41  7   SUCH AS FORESHORE PROTECTION, HAD TO PAY 15 PERCENT OF THE

13:41  8   PROJECT COST?

13:41  9   A.   I THINK WE TALKED ABOUT THIS EARLIER.  WHAT WE SAID WAS,

13:42  10  WHEN WE WERE DOING THE 1988 REPORT, WE ENVISIONED THAT WE MIGHT

13:42  11  BE ABLE TO DO THAT AS A GDM SUPPLEMENT, IN WHICH CASE WE WERE

13:42  12  TRYING TO MAKE IT A CASE FOR IT TO BE 100 PERCENT FEDERAL TO DO

13:42  13  THE STUDY; AND THEN THE COST SHARING WOULD HAVE TO BE WORKED

13:42  14  OUT AT SOME TIME LATER, BUT MORE THAN LIKELY WOULD HAVE TO BE

13:42  15  IN ACCORDANCE WITH WHATEVER'S IN THE '86 ACT.  THAT WOULD BE

13:42  16  THE POLICY DETERMINATION HEADQUARTERS WOULD MAKE.

13:42  17  Q.   DIDN'T THE '86 ACT SAY 15 PERCENT FOR THE LOCAL SPONSOR?

13:42  18  A.   NO.  AS I SAID BEFORE, YOU'D HAVE TO LOOK AT TITLE I AND

13:42  19  LOOK AT THE ENTIRE TITLE TO SEE WHAT CATEGORY THE PROJECT FALLS

13:42  20  IN.  THERE'S DIFFERENT COST-SHARING PERCENTAGES.  IT DEPENDS ON

13:42  21  WHAT TYPE OF PROJECT IT IS.

13:42  22  Q.   IT WOULD NOT BE 100 PERCENT FEDERAL FUNDED, THE

13:42  23  IMPROVEMENTS, CORRECT, AFTER '86?

13:42  24  A.   YOU KNOW, ONCE AGAIN, THAT WOULD BE A POLICY DETERMINATION

13:42  25  THAT WOULD HAVE TO BE MADE.  IF YOU REALLY WANT TO LOOK AT --

13:42  1  IN ORDER TO HAVE THIS DISCUSSION, YOU REALLY NEED TO TAKE A

13:42  2  LOOK AT TITLE I OF THE '86 ACT AND MAYBE SHOW A SPECIFIC

13:43  3  EXAMPLE.

13:43  4  Q.   LET ME ASK YOU THIS WAY.  OKAY?  I BELIEVE IT'S YOUR

13:43  5  TESTIMONY, IN THE CORPS' VIEW, THAT ONE REASON FORESHORE

13:43  6  PROTECTION WAS NOT IMPLEMENTED AFTER THE '88 STUDY OR AFTER THE

13:43  7  '94 STUDY WAS YOU COULDN'T, ONE, FIND A LOCAL SPONSOR TO

13:43  8  PROVIDE 50 PERCENT OF THE FEASIBILITY STUDY COST; CORRECT?

13:43  9  A.   THAT'S NOT EXACTLY CORRECT.

13:43  10  Q.   LET ME ASK IT ANOTHER WAY.  DID THE CORPS EXPECT/REQUIRE,

13:43  11  TO MOVE FORWARD AFTER THE '88 OR THE '94 RECONNAISSANCE

13:43  12  REPORTS, THAT, FIRST OF ALL, THERE WOULD BE A LOCAL SPONSOR OF

13:43  13  THE FEASIBILITY STUDY?

13:43  14  A.   NO, NOT NECESSARILY.  THE '88 REPORT WE WERE RECOMMENDING,

13:43  15  IN FACT, GOING TO A GDM SUPPLEMENT.

13:43  16  Q.   THAT DIDN'T HAPPEN?

13:43  17  A.   THAT DIDN'T HAPPEN.  THAT WOULD HAVE BEEN 100 PERCENT

13:43  18  FEDERAL.

13:43  19  Q.   THEN YOU HAD A '94 RECONNAISSANCE REPORT?

13:43  20  A.   THAT'S THE ONE WE RECOMMENDED THE COST SHARING AT 70/30.

13:44  21  Q.   70/30 FOR THE FEASIBILITY REPORT?

13:44  22  A.   RIGHT.  WE RECOMMENDED COST SHARING THE PROJECT AT 85/15,

13:44  23  BUT THAT WAS THE DISTRICT COMMANDER'S RECOMMENDATION THAT WAS

13:44  24  BASED ON OUR ANALYSIS AND HOW WE PRORATED THE OUTPUTS OF THE

13:44  25  PROJECT BETWEEN NAVIGATION AND ECOSYSTEM RESTORATION.  THAT

13:44    1    WOULD HAVE HAD TO BE APPROVED BECAUSE IT'S NOT TOTALLY IN

13:44    2    ACCORDANCE WITH THE '86 ACT.  THAT WOULD BE A POLICY

13:44    3    DETERMINATION THAT WOULD HAVE HAD TO HAVE BEEN MADE DURING THE

13:44    4    FEASIBILITY PHASE IF ONE HAD BEEN CONDUCTED.

13:44    5    **Q.**    YOU DIDN'T FIND ANY TAKERS FOR LOCAL SPONSORS TO PONY UP

13:44    6    ANY OF THE MONIES FOR THE FEASIBILITY COSTS OR ANY OF THE

13:44    7    IMPROVEMENTS; CORRECT?

13:44    8    **A.**    CORRECT.

13:44    9    **Q.**    NOW, THE CORPS WAS FULLY CAPABLE -- WITHDRAWN.

13:44   10            PRIOR TO '86, ANY IMPROVEMENTS ALONG THE MRGO LIKE

13:44   11    FORESHORE PROTECTION WOULD HAVE BEEN FUNDED 100 PERCENT BY THE

13:44   12    CORPS; CORRECT?

13:44   13    **A.**    YES.

13:44   14    **Q.**    BUT AFTER 1986 AND CERTAINLY AFTER THE '94 REPORT, THE

13:45   15    CORPS STARTED INSISTING THAT, A, THERE BE A LOCAL SPONSOR AND,

13:45   16    B, THEY PONY UP SOME OF THE MONEY; CORRECT?

13:45   17    **A.**    THAT WAS BASED ON THE REQUIREMENTS OF THE 1986 ACT THAT

13:45   18    DIRECTED THAT.

13:45   19    **Q.**    WELL, LET ME ASK YOU THIS QUESTION:  ISN'T IT A FACT THAT

13:45   20    FORESHORE PROTECTION ALONG THE MRGO WAS AUTHORIZED AND APPROVED

13:45   21    BY THE CHIEF OF ENGINEERS IN 1967?

13:45   22    **A.**    THERE WAS FORESHORE PROTECTION ON THE SOUTH BANK

13:45   23    AUTHORIZED AND APPROVED UNDER THE CHIEF'S DISCRETIONARY

13:45   24    AUTHORITY.

13:45   25    **Q.**    THAT DECISION BY THE CHIEF OF ENGINEERS TO HAVE FORESHORE

FINAL DAILY COPY

13:45    1   PROTECTION ALONG THE MRGO WAS NEVER IMPLEMENTED BY THE ARMY

13:45    2   CORPS OF ENGINEERS BETWEEN 1967 AND 1996; CORRECT?

13:45    3   **A.**   NO, I'VE HEARD IT HAD BEEN.

13:45    4   **Q.**   SIR, WAS THERE ANY FORESHORE PROTECTION UNDER THE CHIEF'S

13:45    5   AUTHORITY, WHICH HE GAVE HIMSELF IN 1967, BUILT IN THE

13:46    6   INTERVENING YEARS TO AT LEAST THE EARLY 1990S?

13:46    7   **A.**   I DON'T KNOW FOR SURE.  I THOUGHT IT HAD BEEN DONE ON THE

13:46    8   SOUTH BANK.

13:46    9           **THE COURT:**  WHAT ARE YOU TALKING ABOUT, "THE SOUTH

13:46   10   BANK"?

13:46   11           **THE WITNESS:**  THIS IS THE AREA ALONG THE

13:46   12   LAKE PONTCHARTRAIN LEVEES.  THIS IS ACTUALLY ON THE SOUTH WHERE

13:46   13   THE LEVEE IS.  I THOUGHT THERE WAS SOME FORESHORE PROTECTION.

13:46   14           **THE COURT:**  ARE YOU TALKING ABOUT REACH 1 OR IS HE

13:46   15   TALKING ABOUT REACH 1?

13:46   16           **THE WITNESS:**  I DON'T KNOW.

13:46   17           **THE COURT:**  DO YOU KNOW WHERE REACH 1 IS?

13:46   18           **THE WITNESS:**  THIS IS AN AREA WHERE THE LEVEES ARE,

13:46   19   THE LAKE PONTCHARTRAIN VICINITY LEVEES ARE.

13:46   20           **THE COURT:**  THERE ARE LOT OF PLACES.  THERE ARE

13:46   21   200-SOMETHING.  A LOT OF THEM.

13:46   22           **THE WITNESS:**  RIGHT.

13:46   23   **BY MR. O'DONNELL:**

13:46   24   **Q.**   IS IT A FACT THAT THE CHIEF ENGINEER AUTHORIZED IN 1967

13:46   25   FORESHORE PROTECTION ALONG SIX MILES OF THE NORTH BANK OF

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:46 | 1 | REACH 2 AND 18 MILES OF THE SOUTH BANK OF REACH 2? |
| 13:47 | 2 | **A.**   I DON'T KNOW THAT ANY WAS AUTHORIZED FOR THE NORTH BANK. |
| 13:47 | 3 | **MR. O'DONNELL:**  YOUR HONOR, IN THE INTEREST OF TIME, |
| 13:47 | 4 | I'LL GIVE YOU THIS FOR THE RECORD:  PLAINTIFFS' PROPOSED |
| 13:47 | 5 | FINDINGS OF FACT 321 THROUGH 332.  321 TO 332 HAVE SIGNIFICANT |
| 13:47 | 6 | RECORD CITATIONS ON THIS ISSUE.  I'M GOING TO MOVE ON.  THANK |
| 13:47 | 7 | YOU. |
| 13:47 | 8 | **THE COURT:**  THANK YOU. |
| 13:47 | 9 | **MR. O'DONNELL:**  MAY I GO BACK NOW TO EXHIBIT 2082? |
| 13:47 | 10 | **THE COURT:**  OKAY. |
| 13:47 | 11 | **BY MR. O'DONNELL:** |
| 13:47 | 12 | **Q.**   THIS, AGAIN, IS A MEMO TO THE HEADQUARTERS OF THE ARMY |
| 13:47 | 13 | CORPS OF ENGINEERS ABOUT THE COASTAL ZONE MANAGEMENT PLAN |
| 13:47 | 14 | CONSISTENCY ON THE MRGO, MAY 30, 1991. |
| 13:47 | 15 | MY QUESTION TO YOU, SIR, WAS:  ISN'T IT A FACT THAT |
| 13:47 | 16 | FROM THE VERY BEGINNING OF THE MRGO, WHEN THEY DIDN'T ARMOR THE |
| 13:47 | 17 | BANKS AS CONGRESS AUTHORIZED WHEN THEY BUILT IT, AT LEAST ALL |
| 13:47 | 18 | THE WAY UP TO THE EARLY 1990S, THE CORPS HAD AN INSTITUTIONAL |
| 13:47 | 19 | HOSTILITY TO BUILDING FORESHORE PROTECTION ALONG THE MRGO? |
| 13:48 | 20 | **A.**   NO. |
| 13:48 | 21 | **MR. O'DONNELL:**  YOUR HONOR, PAGE 2 OF THE DOCUMENT, |
| 13:48 | 22 | ITEM 2(B).  THIS IS AN INTERNAL DISCUSSION ABOUT "WHY NOT |
| 13:48 | 23 | STABILIZE THE BANKS."  ITEM B:  "CORPS LONG-STANDING POLICY |
| 13:48 | 24 | AGAINST REPAIRING BANK EROSION." |
| 13:48 | 25 | **MR. EHRLICH:**  CAN I ASK THAT THE WITNESS BE PERMITTED |

| | | |
|---|---|---|
| 13:48 | 1 | TO SEE THE WHOLE PAGE? |
| 13:48 | 2 | **THE COURT:**  YES, HE MAY. |
| 13:48 | 3 | **THE WITNESS:**  I THINK THERE'S A CONTEXT YOU'RE |
| 13:48 | 4 | MISSING. |
| 13:48 | 5 | **BY MR. O'DONNELL:** |
| 13:48 | 6 | **Q.**   PLEASE EDUCATE ME.  DID I READ THE WORDS CORRECTLY? |
| 13:48 | 7 | **A.**   I THINK WE'RE TALKING ABOUT DIFFERENT THINGS HERE. |
| 13:48 | 8 | **MR. EHRLICH:**  OBJECTION:  ARGUMENTATIVE. |
| 13:48 | 9 | **THE WITNESS:**  THE FORESHORE PROTECTION ON THE SOUTH |
| 13:48 | 10 | BANK WAS -- |
| 13:48 | 11 | **THE COURT:**  IT'S ALL ARGUMENTATIVE, SIR, THE ANSWERS |
| 13:48 | 12 | AND THE QUESTIONS. |
| 13:48 | 13 | **THE WITNESS:**  THE FORESHORE PROTECTION ON THE SOUTH |
| 13:48 | 14 | BANK, WHICH WAS IDENTIFIED AROUND THE LATE '60S AND MADE PART |
| 13:48 | 15 | OF THE MRGO PROJECT, WAS IDENTIFIED FOR THE LAKE PONTCHARTRAIN |
| 13:49 | 16 | AND VICINITY PROJECT INITIALLY.  THEN THERE WAS A |
| 13:49 | 17 | RECOMMENDATION OR REQUEST FROM JUDGE PEREZ OF PLAQUEMINES |
| 13:49 | 18 | PARISH THAT HE BELIEVED THAT COST SHOULD BE ATTRIBUTED TO THE |
| 13:49 | 19 | MRGO PROJECT, NOT THE LAKE PONTCHARTRAIN PROJECT. |
| 13:49 | 20 | SO THE CHIEF OF ENGINEERS CONSIDERED THAT |
| 13:49 | 21 | REQUEST AND AGREED TO MAKE THE FORESHORE PROTECTION FOR THE |
| 13:49 | 22 | LAKE PONTCHARTRAIN PROJECT PART OF THE MRGO PROJECT.  TO MY |
| 13:49 | 23 | KNOWLEDGE IT WAS, IN FACT, CONSTRUCTED ALONG THE LEVEE BANKS. |
| 13:49 | 24 | THAT'S WHY YOU SEE THE STUDY AUTHORITIES THAT WE HAVE LATER ON |
| 13:49 | 25 | UNLEVEED BANKS, BECAUSE THEY WERE SPECIFICALLY TALKING ABOUT |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:49 | 1 | BANK PROTECTION ON THE UNLEVEED. |
| 13:49 | 2 | SO I THINK WE'RE MIXING LEVEED AND UNLEVEED |
| 13:49 | 3 | BANKS, WHERE FORESHORE PROTECTION IS AND WHERE IT'S NOT, AT THE |
| 13:49 | 4 | TIME.  IN FACT, SOME OF THAT WAS DONE AS PART OF THE MRGO |
| 13:49 | 5 | PROJECT, BUT INITIALLY IT WAS IDENTIFIED AS A NEED FOR THE |
| 13:49 | 6 | LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PROJECT |
| 13:49 | 7 | ALONG THE LEVEED BANKS ANYWAY. |
| 13:49 | 8 | **BY MR. O'DONNELL:** |
| 13:49 | 9 | **Q.**   THE PARAGRAPH I JUST READ YOU UNDER "WHY NOT STABILIZE THE |
| 13:50 | 10 | BANKS" DOES NOT DIFFERENTIATE BETWEEN NORTH AND SOUTH BANKS; IS |
| 13:50 | 11 | THAT CORRECT? |
| 13:50 | 12 | **A.**   I HAVE NOT SEEN THIS BEFORE, SO I'M NOT AWARE THAT IT |
| 13:50 | 13 | DOES.  IT MAY LATER. |
| 13:50 | 14 | **Q.**   IS IT NOT A FACT THAT THE REASON THE CHIEF DID NOT GO |
| 13:50 | 15 | FORWARD WITH THE FORESHORE PROTECTION, WHICH HE AUTHORIZED IN |
| 13:50 | 16 | 1967, IS HE HELD THAT FORESHORE PROTECTION HOSTAGE TO GETTING |
| 13:50 | 17 | AN ENLARGEMENT OF THE MRGO TO 750 FEET? |
| 13:50 | 18 | **A.**   NO, I DON'T AGREE.  I'D LIKE TO EXPLAIN WHAT I THINK THE |
| 13:50 | 19 | CONTEXT OF THAT PARAGRAPH IS. |
| 13:50 | 20 | **Q.**   THERE'S NO QUESTION PENDING.  I THINK YOU EXPLAINED IT. |
| 13:50 | 21 | **A.**   OKAY.  I DON'T THINK I EXPLAINED B. |
| 13:50 | 22 | **THE COURT:**  EXPLAIN WHAT, SIR? |
| 13:50 | 23 | **THE WITNESS:**  PARAGRAPH B. |
| 13:50 | 24 | **THE COURT:**  I THOUGHT YOU DID. |
| 13:50 | 25 | **THE WITNESS:**  OKAY. |

FINAL DAILY COPY

```
13:50    1            THE COURT:  "WHY NOT STABILIZE BANKS:  CORPS'
13:50    2    LONG-STANDING POLICY AGAINST REPAIRING BANK EROSION."
13:51    3            YOU GAVE AN EXPLANATION ABOUT AN APPLE AND AN
13:51    4    ORANGE, IN ESSENCE.  I'M SHORTENING YOUR ANSWER IN ORDER TO NOT
13:51    5    TAKE UP TOO MUCH TIME.  DO YOU HAVE ANYTHING TO ELABORATE AS TO
13:51    6    YOUR PREVIOUS ANSWER AS TO B?
13:51    7            THE WITNESS:  YES, JUDGE, I DO.  I THINK WHAT WE'RE
13:51    8    GETTING INTO HERE IS THAT THERE'S DIFFERENT RANKS OF PROJECT
13:51    9    MISSIONS, LIKE A PRIMARY MISSION FOR THE CORPS OF ENGINEERS IS
13:51   10    ECOSYSTEM RESTORATION.  AT THAT TIME I'M CERTAIN THAT PEOPLE
13:51   11    VIEWED BANK EROSION AS NOT BEING A PRIMARY MISSION OF THE CORPS
13:51   12    OF ENGINEERS FROM THE STANDPOINT THAT IT WASN'T HURRICANE
13:51   13    PROTECTION, IT WASN'T NAVIGATION, IT WASN'T FLOOD CONTROL.
13:51   14    ECOSYSTEM RESTORATION LATER BECAME A PRIMARY MISSION OF THE
13:51   15    CORPS.  SO BANK EROSION, BANK PROTECTION, AS FAR AS ECOSYSTEM
13:52   16    RESTORATION, WOULD BE A PRIMARY MISSION OF THE CORPS.  IT'S
13:52   17    SOMETHING WE WOULD BE IN AGREEMENT WITH.
13:52   18            THE COURT:  AT WHAT POINT IN TIME, SIR?
13:52   19            THE WITNESS:  AFTER 1990.
13:52   20            THE COURT:  YOU HAVEN'T READ THIS?
13:52   21            THE WITNESS:  I HAVEN'T READ THIS.
13:52   22            THE COURT:  YOU DON'T KNOW WHEN IT WAS WRITTEN, DO
13:52   23    YOU?
13:52   24            THE WITNESS:  NO.
13:52   25            MR. O'DONNELL:  1991, YOUR HONOR.
```

FINAL DAILY COPY

```
13:52    1              THE COURT:  I KNOW.
13:52    2              THE WITNESS:  I'M JUST SAYING THAT FROM THAT
13:52    3    STANDPOINT BANK EROSION -- IN FACT, BANK PROTECTION.  LET'S PUT
13:52    4    IT THAT WAY.  BANK PROTECTION IS A VIABLE PLANNING TOOL THAT
13:52    5    THE CORPS USES TO ADDRESS ECOSYSTEM RESTORATION PROBLEMS AND
13:52    6    NEEDS AND HAS DONE SO IN REPORTS.  EVEN IN THE LOUISIANA
13:52    7    COASTAL AREA REPORT, IT SPECIFICALLY MENTIONED THAT.
13:52    8              THE COURT:  WHAT YEAR WAS THAT, SIR?
13:52    9              THE WITNESS:  THAT WAS 2005.
13:52   10              THE COURT:  THANK YOU.
13:52   11    BY MR. O'DONNELL:
13:52   12    Q.  ARE YOU SAYING THAT THE CORPS DID NOT HAVE A LONG-STANDING
13:52   13    POLICY AGAINST BANK EROSION PROTECTION ON THE NORTH BANK?  THE
13:52   14    SOUTH BANK?  WHICH BANK?
13:53   15    A.  WELL --
13:53   16              THE COURT:  IN 1991.
13:53   17    BY MR. O'DONNELL:
13:53   18    Q.  IN 1991, YEAH.
13:53   19    A.  WE ACTUALLY DID FORESHORE PROTECTION ON THE SOUTH BANK IN
13:53   20    CONNECTION WITH THE LAKE PONTCHARTRAIN AND VICINITY PROJECT.
13:53   21    IT WAS ATTRIBUTED TO THE MRGO PROJECT COSTS.  SO TO SAY THAT WE
13:53   22    HAD -- IT'S MISLEADING TO SAY THAT WE HAD A PROHIBITION OR WE
13:53   23    WEREN'T GOING TO DO IT.  WE DID IT IN THAT CASE.
13:53   24    Q.  YOU HAD A LONG-STANDING POLICY AGAINST NORTH BANK
13:53   25    PROTECTION, DIDN'T YOU?
```

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:53 | 1 | **A.**   WELL, I DON'T KNOW WHETHER ANY NORTH BANK PROTECTION WAS |
| 13:53 | 2 | ACTUALLY CONSTRUCTED OR NOT BEFORE 1991.  THERE COULD HAVE BEEN |
| 13:53 | 3 | SOME ALONG THE LEVEE BANKS. |
| 13:53 | 4 | **Q.**   NOW, WHEN WERE YOU AT THE CORPS? |
| 13:53 | 5 | **A.**   1982. |
| 13:53 | 6 | **Q.**   IN NEW ORLEANS? |
| 13:53 | 7 | **A.**   YES. |
| 13:53 | 8 | **Q.**   LET'S GO TO PX-189, PLEASE.  THIS IS A MEMORANDUM FOR THE |
| 13:54 | 9 | FILE WRITTEN BY MICHAEL SAUCIER.  ARE YOU AWARE, SIR, THAT THE |
| 13:54 | 10 | CORPS DECIDED IN 1993 NOT TO WRITE AN ENVIRONMENT IMPACT |
| 13:54 | 11 | STATEMENT OR A SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT |
| 13:54 | 12 | BECAUSE THEY WOULD HAVE TO ANALYZE A SUBSTANTIAL AMOUNT OF THE |
| 13:54 | 13 | MRGO FOR FORESHORE PROTECTION AND THAT WOULD DRAW LOCAL |
| 13:54 | 14 | OPPOSITION TO A LIMITED AMOUNT OF FORESHORE PROTECTION?  ARE |
| 13:54 | 15 | YOU AWARE OF THAT? |
| 13:54 | 16 | **A.**   NO, THAT'S NOT WHAT THIS MEMO'S ABOUT. |
| 13:54 | 17 | **Q.**   HAVE YOU SEEN THIS MEMO BEFORE? |
| 13:54 | 18 | **A.**   YES. |
| 13:54 | 19 | **Q.**   DID YOU RECEIVE IT AT THE TIME? |
| 13:54 | 20 | **A.**   YES.  AND I WAS AT THE MEETING WHERE THIS WAS DISCUSSED. |
| 13:54 | 21 | **Q.**   OH, GOOD.  LET'S LOOK AT PUBLIC INVOLVEMENT. |
| 13:54 | 22 | **A.**   IT HAS MY NAME ON IT. |
| 13:55 | 23 | **Q.**   WHERE'S YOUR NAME? |
| 13:55 | 24 | **THE COURT:**  IT'S ON IT.  I SAW IT. |
| 13:55 | 25 | **THE WITNESS:**  IT'S AT THE TOP. |

FINAL DAILY COPY

13:55   1              **THE COURT:**  IT'S AT THE BEGINNING OF THE FIRST PAGE.

13:55   2    IT'S THE LAST NAME UNDER NO. 2 AFTER "EXNICIOS."

13:55   3    **BY MR. O'DONNELL:**

13:55   4    **Q.**   GOT IT.

13:55   5    **A.**   I WAS AT THE MEETING WHERE THIS WAS DISCUSSED.

13:55   6    **Q.**   OKAY.  WELL, THE BOTTOM LINE IS THAT THE CORPS DID NOT

13:55   7    PREPARE AN EIS OR A SUPPLEMENTAL EIS; CORRECT?

13:55   8    **A.**   THAT'S CORRECT, BUT THAT WAS BECAUSE WE DID NOT DO THE

13:55   9    FEASIBILITY PHASE EITHER.

13:55   10   **Q.**   THE CORPS NEVER DID, FROM 1976 TO THE TIME OF KATRINA,

13:55   11   EITHER AN ENVIRONMENTAL IMPACT STATEMENT OR A SUPPLEMENTAL

13:55   12   IMPACT STATEMENT ON O&M DREDGING AND ITS EFFECTS ON THE

13:55   13   ENVIRONMENT, HUMAN AND NATURAL; CORRECT?

13:55   14   **A.**   I DON'T KNOW THE ANSWER TO THAT QUESTION.  THIS IS ABOUT

13:55   15   THE BANK EROSION STUDY, NOT ABOUT THOSE THINGS.

13:55   16             **THE COURT:**  HE ASKED YOU A QUESTION.  YOU SAID YOU

13:55   17   DON'T KNOW.  THAT'S SUFFICIENT.  WHATEVER THAT WAS ABOUT, I GOT

13:56   18   IT.

13:56   19             **THE WITNESS:**  I DON'T KNOW.

13:56   20             **THE COURT:**  THE COURT HAS NOT BEEN PROVIDED WITH ONE,

13:56   21   SO I'M PRETTY SURE THERE ISN'T ONE.

13:56   22             **MR. O'DONNELL:**  IF ONE SHOWS UP NOW, I'M GOING TO BE

13:56   23   VERY UPSET.

13:56   24   **BY MR. O'DONNELL:**

13:56   25   **Q.**   ONE OF THE THINGS YOU DISCUSSED IN YOUR MEETING WAS THAT

FINAL DAILY COPY

13:56    1    THE LOCAL ENVIRONMENTAL GROUPS WOULD INSIST UPON EVALUATING, IN

13:56    2    ANY ENVIRONMENTAL ASSESSMENT, THE CLOSURE OF THE MRGO AS A

13:56    3    POSSIBLE ALTERNATIVE; CORRECT?

13:56    4    A.    THAT'S CORRECT.

13:56    5    Q.    AND THAT VARIOUS PUBLIC INTERESTS WOULD INSIST UPON

13:56    6    PREPARATION OF AN ENVIRONMENTAL IMPACT STATEMENT?

13:56    7    A.    THAT'S CORRECT TOO.

13:56    8    Q.    AND, OF COURSE, IF YOU PREPARED AN EIS OR AN SEIS, THAT

13:56    9    WOULD GO TO CONGRESS AND THEN CONGRESS WOULD KNOW ABOUT THESE

13:56   10    PROBLEMS AS WELL; RIGHT?

13:56   11    A.    YES, THEY WOULD KNOW ABOUT IT, BUT THEY WOULD KNOW WHETHER

13:56   12    WE DID AN EA OR AN EIS.  I'D LIKE TO BE ABLE TO EXPLAIN THE

13:56   13    CONTEXT OF THIS --

13:56   14          MR. O'DONNELL:  YOUR HONOR, I OBJECT.  I ASKED HIM

13:56   15    QUESTIONS AND I GOT WHAT I NEED.

13:56   16          THE COURT:  LET ME SAY IF THE EXPLANATION ISN'T AN

13:56   17    EXPLANATION, I'M GOING TO CUT HIM OFF.

13:56   18          MR. O'DONNELL:  FINE.

13:56   19          THE COURT:  THE QUESTION WAS -- YOU READ FROM PUBLIC

13:57   20    INVOLVEMENT AND THEN YOU ASKED HIM -- LET ME SEE EXACTLY WHAT

13:57   21    IT WAS.  THE COURT, ON EITHER SIDE, ANYTHING OVERLY DIDACTIC IS

13:57   22    GOING TO BE GONE.  I'VE HAD ENOUGH DIDACTICISM FROM EVERYONE.

13:57   23    THIS IS THE FOURTH WEEK.

13:57   24          (WHEREUPON THE QUESTION WAS READ OUT LOUD BY THE

13:57   25    COURT REPORTER.)

FINAL DAILY COPY

13:57   1          **THE COURT:**  YOU CAN EXPLAIN THE CONTEXT OF WHAT YOU

13:57   2   WISH, SIR.

13:57   3          **THE WITNESS:**  THANK YOU, JUDGE.  THIS MEETING WAS

13:58   4   HELD TO SCOPE OUT WHAT WAS REQUIRED FOR THE FEASIBILITY STUDY

13:58   5   FOR THE MRGO BANK EROSION STUDY.  SO WE'RE TRYING TO DETERMINE

13:58   6   WHAT INVESTIGATIONS NEEDED TO BE DONE AND HOW MUCH THEY WOULD

13:58   7   COST AND HOW LONG IT WOULD TAKE.

13:58   8          ONE OF THE CONCERNS WAS THAT THIS WAS A VERY

13:58   9   EXPENSIVE STUDY.  IT WOULD BE HARD TO GET COST-SHARE SPONSORS,

13:58   10  SO WE WERE TRYING TO KEEP THE COST DOWN.  PART OF THAT

13:58   11  DISCUSSION WAS WHETHER WE DO AN EIS OR AN EA, AN ENVIRONMENTAL

13:58   12  ASSESSMENT.

13:58   13         ENVIRONMENTAL ASSESSMENTS ARE GENERALLY DONE

13:58   14  WHEN THERE'S NOT SIGNIFICANT IMPACT OR THE IMPACT IS RELATIVELY

13:58   15  SMALL.  BUT IF THE IMPACT IS PERCEIVED TO BE LARGE OF THIS

13:58   16  PROJECT, THE MRGO BANK PROTECTION PROJECT, THEN WE WOULD MORE

13:58   17  THAN LIKELY BE BETTER OFF STARTING WITH AN EIS BECAUSE THE

13:58   18  PROCEDURES WOULD -- WE'D SAVE TIME; OTHERWISE, WE MIGHT END UP

13:58   19  STARTING DOWN THE ROAD DOING AN EA AND THEN HAVE TO START AN

13:58   20  EIS, AND THAT WOULD TAKE TIME AND MONEY.  SO THAT WAS THE

13:59   21  CONTEXT OF THIS DISCUSSION.

13:59   22         THE ISSUE IS:  BECAUSE WE ARE LOOKING AT CLOSURE

13:59   23  OF THE MRGO IN THIS PARTICULAR STUDY, THAT WOULD HAVE A

13:59   24  SIGNIFICANT IMPACT ON THE HUMAN ENVIRONMENT.  IT WOULD PUT

13:59   25  PEOPLE OUT OF WORK ALONG THE MRGO, PEOPLE WHO WERE MAKING A

```
13:59    1   LIVING.  IT WOULD HAVE A SOCIOECONOMIC IMPACT ON THE PEOPLE WHO
13:59    2   MADE A LIVING OFF THE MRGO.  SO IF THAT'S THE CASE, THAT ALONE
13:59    3   WOULD TRIGGER AN EIS, AND THAT'S JUST MEANING -- ALL WE'RE
13:59    4   TRYING TO DETERMINE IN THIS MEETING, AGAIN, IS WHETHER WE DO AN
13:59    5   ENVIRONMENTAL ASSESSMENT OR AN EIS TO MEET NEPA COMPLIANCE.
13:59    6   EITHER ONE COULD HAVE BEEN DONE.  WE WOULD HAVE PROBABLY WOUND
13:59    7   UP AT THE SAME POINT NO MATTER WHAT WE DID.
13:59    8        THE COURT:  LET ME ASK YOU THIS.  WE'RE PROBABLY
13:59    9   GOING TO GET OTHER TESTIMONY ABOUT THIS.  AND ONLY IF YOU KNOW
13:59   10   OR HAVE KNOWLEDGE ABOUT THE SUBJECT MATTER.  IF AN EIS IS
13:59   11   PERFORMED OR AN SEIS, WHERE DOES THE MONEY COME FROM?  IS THAT
13:59   12   OUT OF YOUR -- YOU MIGHT JUST TELL ME.
14:00   13        THE WITNESS:  THE MONEY WOULD COME FROM CONGRESS TO
14:00   14   DO THE STUDY AND IT WOULD ALSO COME FROM THE NONFEDERAL
14:00   15   SPONSOR, WHO WOULD COST SHARE IN THE FEASIBILITY STUDY.
14:00   16        THE COURT:  LET'S SAY THE LAW REQUIRES YOU TO DO IT.
14:00   17   WHO PAYS FOR IT?
14:00   18        THE WITNESS:  IT WOULD BE COST SHARED JUST LIKE THE
14:00   19   REST OF THE FEASIBILITY STUDY.  SO IT WOULD BE COST SHARED
14:00   20   50/50.
14:00   21        THE COURT:  IS THAT IN NEPA, IF YOU KNOW?
14:00   22        THE WITNESS:  I DON'T THINK THE COST SHARING IS IN
14:00   23   NEPA.
14:00   24        THE COURT:  THAT'S ALL.  THANK YOU.
        25
```

FINAL DAILY COPY

14:00    1    **BY MR. O'DONNELL:**

14:00    2    **Q.**   YOU SAID IF YOU CLOSED THE MRGO, YOU MIGHT COST JOBS AND

14:00    3    HAVE ECONOMIC LOSS; RIGHT?

14:00    4    **A.**   YES.  THE BUSINESSES ALONG THE MRGO WOULD BE BASICALLY OUT

14:00    5    OF BUSINESS, THOSE THAT REQUIRE DEEP DRAFT NAVIGATION.  THERE

14:00    6    WERE SEVERAL, ABOUT A HALF A DOZEN, THAT HAD BEEN IDENTIFIED IN

14:00    7    THE '94 REPORT IF YOU GO BACK AND LOOK.

14:00    8    **Q.**   IF YOU CLOSE THE MRGO, YOUR STUDY WOULD HAVE TO CONSIDER

14:00    9    WHETHER YOU MIGHT SAVE HUNDREDS OF LIVES AND BILLIONS OF

14:00    10   DOLLARS OF PROPERTY FROM CATASTROPHIC FLOODING.  WOULDN'T YOU

14:00    11   HAVE TO CONSIDER THAT AS WELL?

14:00    12   **A.**   YOU WOULD CONSIDER THAT IF THAT WERE DETERMINED IN ANY

14:00    13   KIND OF MODELING THAT WE WOULD HAVE DONE.  BUT AT THE TIME, IF

14:00    14   YOU LOOK AT THE '94 REPORT AND THE '88 REPORT, THERE'S NO

14:01    15   TECHNICAL INFORMATION THAT SUGGESTS THAT THAT'S A POSSIBILITY.

14:01    16   **Q.**   I AGREE.

14:01    17   **A.**   NOT IN THOSE REPORTS.

14:01    18   **Q.**   LET'S GO TO PX-306.  NOW, THIS IS THE 1994 RECONNAISSANCE

14:01    19   REPORT.  ONE OF THE REASONS YOU HAD TO GO BACK AND DO THIS ALL

14:01    20   OVER AGAIN IN 1994 WAS THE CORPS WAS INFORMED BY THE -- WHAT'S

14:01    21   THE WES?  IT'S THE WATERWAYS --

14:01    22   **A.**   WATERWAYS EXPERIMENT STATION.

14:01    23   **Q.**   THAT'S THE BRAIN TRUST IN VICKSBURG?

14:01    24   **A.**   THAT'S THE MODELING CENTER IN VICKSBURG, YES.

14:01    25   **Q.**   THAT USED TO BE ERDC?

| | | |
|---|---|---|
| 14:01 | 1 | **A.**   IT IS NOW ERDC. |
| 14:01 | 2 | **Q.**   SO THE FOLKS IN VICKSBURG, THE EXPERTS, IF YOU WILL, SAID |
| 14:01 | 3 | THAT THE COST/BENEFIT STUDY YOU DID IN THE 1988 RECONNAISSANCE |
| 14:01 | 4 | REPORT OVERSTATED THE VALUE OF DREDGING BENEFITS BY |
| 14:01 | 5 | 200 PERCENT; CORRECT? |
| 14:01 | 6 | **A.**   YES, BY TWO TO ONE. |
| 14:01 | 7 | **Q.**   SO THAT WAS ONE OF THE MAIN REASONS YOU HAD TO GO BACK AND |
| 14:02 | 8 | DO A NEW RECONNAISSANCE REPORT; CORRECT? |
| 14:02 | 9 | **A.**   ACTUALLY, IT WOULD HAVE KILLED -- IF IT HAD ONLY BEEN THAT |
| 14:02 | 10 | MUCH INFORMATION, THEN WE WOULD NOT HAVE HAD A POTENTIALLY |
| 14:02 | 11 | FEASIBLE PLAN.  BECAUSE OF THAT, WE WOULD NOT HAVE BEEN ABLE TO |
| 14:02 | 12 | RECOMMEND MOVING TO THE FEASIBILITY PHASE.  SO THAT BY ITSELF |
| 14:02 | 13 | ACTUALLY WAS NOT GOOD NEWS AND DID NOT REQUIRE WE RESUME WORK; |
| 14:02 | 14 | IT ACTUALLY SUGGESTED WE SHOULD STOP RIGHT THEN AND THERE |
| 14:02 | 15 | BECAUSE WE DIDN'T HAVE A POTENTIALLY FEASIBLE PLAN. |
| 14:02 | 16 | **Q.**   DIDN'T YOU SAY IN YOUR DEPOSITION THAT ONE OF THE REASONS |
| 14:02 | 17 | THAT YOU HAD TO DO THE '94 RECONNAISSANCE REPORT WAS THE |
| 14:02 | 18 | DISCOVERY BY THE WATERWAYS EXPERIMENTAL STATION SUGGESTING THAT |
| 14:02 | 19 | THE DREDGING BENEFITS STATED IN THE '88 RECON REPORT WERE |
| 14:02 | 20 | OVERSTATED BY 200 PERCENT? |
| 14:02 | 21 | **A.**   WELL, THAT WASN'T REALLY THE REASON WE DID IT.  THAT WAS A |
| 14:02 | 22 | FACT, BUT THE REASON WE DID IT IS BECAUSE WE THOUGHT WE HAD |
| 14:02 | 23 | ANOTHER WAY OF JUSTIFYING THE PROJECT, AND THAT WOULD BE |
| 14:02 | 24 | LOOKING AT THE MONETARY/NONMONETARY BENEFITS.  WE REALLY |
| 14:03 | 25 | THOUGHT WE COULD COME UP WITH ANOTHER WAY TO JUSTIFY THE |

| | | |
|---|---|---|
| 14:03 | 1 | PROJECT BECAUSE THE MODELING ITSELF SHOWED THAT THE PROJECT WAS |
| 14:03 | 2 | NOT JUSTIFIED. |
| 14:03 | 3 | Q.   DID THE WES DETERMINE THAT THE '88 RECON REPORT OVERSTATED |
| 14:03 | 4 | DREDGING BENEFITS BY 200 PERCENT? |
| 14:03 | 5 | A.   YES, IT DID. |
| 14:03 | 6 | Q.   DOESN'T THIS ESTABLISH, SIR, THAT THE '88 RECON REPORT |
| 14:03 | 7 | OVERVALUED NAVIGATION AND UNDERVALUED THE ENVIRONMENT BY |
| 14:03 | 8 | OVERSTATING THE BENEFITS OF DREDGING? |
| 14:03 | 9 | A.   I'LL ANSWER THE FIRST PART OF YOUR QUESTION.  THE FIRST |
| 14:03 | 10 | PART IS:  YES, IT DID OVERSTATE THE BENEFITS ASSOCIATED WITH |
| 14:03 | 11 | NAVIGATION. |
| 14:03 | 12 | THE SECOND PART:  I DO NOT BELIEVE IT UNDERSTATED THE |
| 14:03 | 13 | BENEFITS ASSOCIATED WITH ENVIRONMENT.  I THINK IT WAS PRETTY |
| 14:03 | 14 | CLEAR IN ALL THREE REPORTS THAT THE ENVIRONMENT WAS TAKEN INTO |
| 14:03 | 15 | CONSIDERATION. |
| 14:03 | 16 | Q.   NOW, YOU TESTIFIED THAT THE '96 EVALUATION -- WAS THAT |
| 14:03 | 17 | PRECIPITATED BY THE CONGRESSIONAL COMMITTEE SUGGESTING THAT |
| 14:03 | 18 | MAYBE YOU COULD DO LIMITED FORESHORE PROTECTION OUT OF EXISTING |
| 14:03 | 19 | O&M FUNDS? |
| 14:03 | 20 | A.   YES, THAT WAS ONE OF THE MAIN DRIVERS, AND ALSO LOOKING AT |
| 14:04 | 21 | THE PERFORMANCE OF THE DIKE THAT WAS CONSTRUCTED IN '93 AND HOW |
| 14:04 | 22 | WELL IT DID. |
| 14:04 | 23 | Q.   YOU USED AVAILABLE O&M FUNDS; CORRECT? |
| 14:04 | 24 | A.   THAT'S CORRECT. |
| 14:04 | 25 | Q.   YOU DIDN'T GET ANY ADDITIONAL SUPPLEMENTAL FUNDS FROM |

```
14:04    1   CONGRESS TO DO THAT STUDY?
14:04    2   A.   THAT'S CORRECT.
14:04    3   Q.   YOU DIDN'T REQUIRE A LOCAL SPONSOR TO PONY UP ANY OF THE
14:04    4   MONEY FOR THAT STUDY; CORRECT?
14:04    5   A.   THAT'S CORRECT.
14:04    6   Q.   WHEN YOU FINALLY BUILT THOSE FIVE-AND-A-HALF MILES OF
14:04    7   FORESHORE PROTECTION ON THE NORTH SIDE, IT CAME OUT OF CORPS
14:04    8   FUNDS; CORRECT?
14:04    9   A.   THAT'S CORRECT.
14:04   10   Q.   O&M FUNDS?
14:04   11   A.   YES.
14:04   12   Q.   FROM THE ANNUAL APPROPRIATION?
14:04   13   A.   YES.
14:04   14   Q.   NO MONEY BY LOCAL SPONSORS?
14:04   15   A.   THAT'S CORRECT.
14:04   16   Q.   ARE YOU FAMILIAR WITH THE DECEMBER 1988 COAST 2050 REPORT?
14:04   17   A.   YES.
14:04   18   Q.   PX-1638.  THAT REPORT RECOMMENDED THE CLOSURE OF THE MRGO
14:04   19   SUBJECT TO RELOCATING SOME FACILITIES; CORRECT?
14:04   20   A.   CORRECT.
14:04   21   Q.   THAT WAS ENDORSED BY THE HEAD OF THE NEW ORLEANS DISTRICT;
14:04   22   CORRECT?
14:05   23   A.   YES.  THE DISTRICT COMMANDER SIGNED THIS REPORT AS THE
14:05   24   TASK FORCE CHAIRMAN OF THE COASTAL WETLANDS PLANNING AND
14:05   25   PROTECTION RESTORATION ACT.
```

| | | |
|---|---|---|
| 14:05 | 1 | **Q.**   THE CORPS INITIATED IN 1999 AN EVALUATION STUDY OF THE |
| 14:05 | 2 | CLOSURE OF THE MRGO; CORRECT? |
| 14:05 | 3 | **A.**   THAT'S CORRECT. |
| 14:05 | 4 | **Q.**   THAT REPORT WAS ISSUED, AT LEAST IN DRAFT FORM, IN |
| 14:05 | 5 | SEPTEMBER 2005, WAS IT NOT? |
| 14:05 | 6 | **A.**   I'M SORRY.  COULD YOU REPEAT THAT QUESTION. |
| 14:05 | 7 | **Q.**   LET'S GO TO JX-349.  IN SEPTEMBER 2005, JUST AFTER |
| 14:05 | 8 | KATRINA, THE ARMY CORPS OF ENGINEERS ISSUED A DRAFT GENERAL |
| 14:05 | 9 | EVALUATION STUDY REPORT, DID IT NOT? |
| 14:05 | 10 | **A.**   I'M NOT FAMILIAR WHETHER IT WAS ISSUED OR NOT.  I SEE THE |
| 14:05 | 11 | REPORT.  I KNOW THAT WORK WAS BEING DONE ON IT, BUT I DON'T |
| 14:05 | 12 | KNOW ENOUGH TO ANSWER THAT QUESTION. |
| 14:05 | 13 | **Q.**   AT LEAST THE DRAFT WAS COMPLETED BY SEPTEMBER 2005; |
| 14:05 | 14 | CORRECT? |
| 14:05 | 15 | **A.**   WELL, I SEE WHAT'S IN FRONT OF YOU AND I SEE IT'S MARKED |
| 14:06 | 16 | AS "DRAFT." |
| 14:06 | 17 | **Q.**   YOU'RE FAMILIAR WITH THIS STUDY, AREN'T YOU? |
| 14:06 | 18 | **A.**   NOT THIS PARTICULAR STUDY.  I HAVE NOT SEEN IT.  I'VE |
| 14:06 | 19 | HEARD ABOUT IT.  I HAVE NOT READ THROUGH IT. |
| 14:06 | 20 | **Q.**   IT STILL RECOMMENDED KEEPING THE MRGO OPEN, DIDN'T IT? |
| 14:06 | 21 | **A.**   I DON'T KNOW.  I'D HAVE TO LOOK AT -- I WOULD WANT TO LOOK |
| 14:06 | 22 | AT THIS PARTICULAR REPORT AND SEE WHAT IT IS. |
| 14:06 | 23 | THE OTHER THING YOU HAVE TO KNOW IS THAT THERE'S |
| 14:06 | 24 | VARIOUS DRAFTS OF REPORTS THAT ARE DONE, AND JUST BECAUSE IT IS |
| 14:06 | 25 | A DRAFT DOESN'T MEAN THAT ONE DOESN'T HAVE AN EARLY VERSION OF |

14:06    1   THE DRAFT THAT WAS CHANGED SIGNIFICANTLY.  IT'S STILL A DRAFT.
14:06    2   SO AS LONG AS IT'S A WORKING DRAFT, THERE COULD BE A LOT OF
14:06    3   CHANGES FROM DRAFT TO DRAFT.
14:06    4   **Q.**   IN FACT, IT DIDN'T BECOME FINAL UNTIL NOVEMBER 2007, WHEN
14:06    5   THEY GAVE IT TO THE CONGRESS FOR THE DEAUTHORIZATION OF THE
14:06    6   MRGO; IS THAT CORRECT?
14:06    7   **A.**   NO, THAT'S NOT CORRECT.
14:06    8   **Q.**   DID THE CORPS NOT RECOMMEND THE CLOSURE OF THE MRGO UNTIL
14:06    9   IT SENT THE DEAUTHORIZATION REPORT TO CONGRESS IN
14:06   10   NOVEMBER 2007?
14:06   11   **A.**   YES, BUT THAT WAS DONE UNDER A DIFFERENT AUTHORITY.
14:06   12   **Q.**   LET ME GO TO MY SEVENTH PROPOSITION.  IS IT NOT A FACT
14:07   13   THAT IN LIGHT OF THE POTENTIAL RISK TO PUBLIC SAFETY, PROPERTY,
14:07   14   AND THE ENVIRONMENT, WHICH THE CORPS HAS ACKNOWLEDGED, THERE
14:07   15   WAS NO JUSTIFIABLE REASON FOR THE CORPS TO FAIL THE RECOMMENDED
14:07   16   REMEDIAL MEASURES OVER THE 17 YEARS BETWEEN THE 1988
14:07   17   RECONNAISSANCE REPORT AND KATRINA?
14:07   18         **MR. EHRLICH:**  OBJECTION, YOUR HONOR:  ARGUMENTATIVE
14:07   19   AND CONTRARY TO FACTS IN EVIDENCE.  THE WITNESS HAS TESTIFIED
14:07   20   ABOUT REMEDIAL MEASURES THAT WERE TAKEN, INCLUDING THE '88
14:07   21   REPORT AND THE '94 REPORT AND '96 REPORT.  THE QUESTION
14:07   22   ASSUMES -- IT'S CONTRARY TO FACTS IN EVIDENCE.
14:07   23         **THE COURT:**  THE COURT WILL AMEND THE QUESTION TO
14:07   24   STATE EXCLUDING THE FORESHORE PROTECTION MEASURES HE'S ALREADY
14:07   25   DESCRIBED ON DIRECT, UNLESS YOU WANT TO REPHRASE YOUR QUESTION.

14:07  1        **MR. O'DONNELL:**  NO.  I DON'T ACCEPT THAT THOSE WERE

14:07  2  ANYTHING WORTH THEIR SALT AS REMEDIAL MEASURES BY MY QUESTION,

14:07  3  BUT I'LL RESTATE THE QUESTION.

14:07  4        **THE COURT:**  I UNDERSTAND THAT, SIR, BUT THE

14:08  5  QUESTION --

14:08  6        **MR. O'DONNELL:**  LET ME RESTATE THE QUESTION AND MAKE

14:08  7  IT EASIER.

14:08  8  BY MR. O'DONNELL:

14:08  9  **Q.**   BETWEEN THE 1988 RECONNAISSANCE REPORT AND KATRINA, DID

14:08  10 THE ARMY CORPS OF ENGINEERS EVER BUILD A SURGE BARRIER ALONG

14:08  11 THE IHNC?

14:08  12 **A.**   NO, IT DID NOT.

14:08  13 **Q.**   A CLOSURE AT BAYOU LA LOUTRE?

14:08  14 **A.**   NO, IT DID NOT.

14:08  15 **Q.**   PLANT AN EXTENSIVE AMOUNT OF TREES BETWEEN THE SHRINKING

14:08  16 SOUTH BANK CHANNEL OF THE MRGO AND THE LPV STRUCTURES?

14:08  17 **A.**   NOT THAT I'M AWARE OF.

14:08  18 **Q.**   NOW, AS I UNDERSTAND IT -- AND I THINK YOU SAID THIS AT

14:08  19 THE BEGINNING.  I JUST WANT TO MAKE SURE I'M CORRECT.  THE

14:08  20 CORPS' POSITION THROUGHOUT THE LIFE OF THE MRGO WAS IT COULDN'T

14:08  21 UNDERTAKE REMEDIATION OF THE LOSS OF THE WETLANDS OR BANK

14:08  22 EROSION UNDER ITS EXISTING AUTHORIZATION EXCEPT FOR SOME OF THE

14:08  23 FORESHORE PROTECTION YOU TOLD US ABOUT?

14:08  24 **A.**   COULD YOU REPEAT THE QUESTION, PLEASE.

14:09  25 **Q.**   YES.  I'M GOING TO WITHDRAW IT.

FINAL DAILY COPY

14:09  1          ISN'T IT A FACT, SIR, THAT ONE OF THE REASONS THAT

14:09  2   THE CORPS CONTINUED TO RECOMMEND KEEPING THE MRGO OPEN EVEN

14:09  3   AFTER KATRINA WAS IT FELT IT NEEDED TO SUPPORT ITS CUSTOMERS,

14:09  4   THE SHIPPERS AND PILOTS?

14:09  5   **A.**   I THINK THE ANSWER TO THAT IS, YES, THE PROJECT WAS AN

14:09  6   AUTHORIZED PROJECT AND IT WAS FUNDED.  CONGRESS WAS PROVIDING

14:09  7   FUNDS TO OPERATE AND MAINTAIN IT, AND SO WE SAW IT AS OUR

14:09  8   OBLIGATION TO MEET THE REQUIREMENTS OF OUR CUSTOMERS AND THE

14:09  9   PUBLIC TO FOLLOW THROUGH WITH THAT.

14:09 10   **Q.**   THE CORPS CONSIDERED THE SHIPPERS AND PILOTS ITS

14:09 11   CUSTOMERS?

14:09 12   **A.**   YES, THEY'RE ONE OF OUR CUSTOMERS.

14:09 13   **Q.**   ANOTHER REASON FOR THIS INACTION WAS THE CORPS' ALLEGED

14:09 14   INABILITY TO FIND A NONFEDERAL LOCAL SPONSOR, WHICH WE TALKED

14:09 15   ABOUT; CORRECT?

14:10 16   **A.**   WELL, NO BECAUSE AT THE END WE DIDN'T -- WE DID PUT BANK

14:10 17   PROTECTION MEASURES IN WITHOUT A NEW NONFEDERAL SPONSOR.

14:10 18   **Q.**   FOR A NUMBER OF YEARS, THE CORPS WAS IN SEARCH OF A LOCAL

14:10 19   SPONSOR; CORRECT?

14:10 20   **A.**   YES.

14:10 21   **Q.**   LOCAL SPONSORS SAID "NO" CONSISTENTLY; RIGHT?

14:10 22   **A.**   THAT'S CORRECT.

14:10 23   **Q.**   IN FACT, THEY PROBABLY HAD ANOTHER WORD IN ST. BERNARD

14:10 24   PARISH IN FRONT OF "NO," BUT I'M NOT GOING TO GO THERE.  OKAY?

14:10 25   THE POINT OF THE MATTER IS THAT ONE OF THE REASONS WAS THE

| | | |
|---|---|---|
| 14:10 | 1 | CORPS, BY ITS POOR COMMUNICATIONS WITH LOCAL SPONSORS, |
| 14:10 | 2 | DEVELOPED A DEEP GORGE OF DISTRUST; CORRECT? |
| 14:10 | 3 | **A.**   NO. |
| 14:10 | 4 | **MR. O'DONNELL:**  YOUR HONOR, WE'VE GOT IN EVIDENCE |
| 14:10 | 5 | PX-722, PAGE 6, WHICH WE'LL PUT ON THE SCREEN, PLEASE.  THIS IS |
| 14:10 | 6 | THE GUNN DOCUMENT 1999. |
| 14:11 | 7 | **BY MR. O'DONNELL:** |
| 14:11 | 8 | **Q.**   YOU KNEW MR. GUNN, DIDN'T YOU, SIR? |
| 14:11 | 9 | **A.**   YES, I DID. |
| 14:11 | 10 | **Q.**   HE'S DECEASED, IS HE NOT? |
| 14:11 | 11 | **A.**   YES, HE IS. |
| 14:11 | 12 | **Q.**   MAY WE GO TO PAGE 6, "COMMUNICATIONS."  MR. GUNN WROTE -- |
| 14:11 | 13 | AND I'M GOING ASK IF YOU AGREE WITH THIS: |
| 14:11 | 14 | "THE LACK OF COMMUNICATION BETWEEN THE PARISH, |
| 14:11 | 15 | ENVIRONMENTAL AGENCIES, LANDOWNERS, AND THE CORPS OF ENGINEERS |
| 14:11 | 16 | CAUSED A DEEP GORGE OF DISTRUST." |
| 14:11 | 17 | DO YOU SEE THAT? |
| 14:11 | 18 | **A.**   YES. |
| 14:11 | 19 | **Q.**   NOW, THERE'S A CONCEPT THAT THE CORPS HAS EMPLOYED OVER |
| 14:11 | 20 | THE YEARS, PURSUANT TO STATUTE AND REGULATION, KNOWN AS THE |
| 14:11 | 21 | FEDERAL INTEREST; CORRECT? |
| 14:11 | 22 | **A.**   YES. |
| 14:11 | 23 | **Q.**   WHAT IS THE FEDERAL INTEREST? |
| 14:11 | 24 | **A.**   THE FEDERAL INTEREST IS BEST DESCRIBED BY LOOKING AT THE |
| 14:11 | 25 | REPORT IN QUESTION, AND THERE'S A DEFINITION OF WHAT THE |

| | | |
|---|---|---|
| 14:11 | 1 | FEDERAL INTEREST IS.  GENERALLY, IT'S THOSE PROJECTS THAT |
| 14:11 | 2 | CONTRIBUTED TO THE NATIONAL ECONOMIC DEVELOPMENT ACCOUNT OR TO |
| 14:11 | 3 | THE NATIONAL SYSTEM RESTORATION ACCOUNT. |
| 14:11 | 4 | **Q.**   AS I UNDERSTAND IT, THERE'S A FEDERAL INTEREST IN NATIONAL |
| 14:12 | 5 | ECONOMIC DEVELOPMENT; CORRECT? |
| 14:12 | 6 | **A.**   YES. |
| 14:12 | 7 | **Q.**   THERE'S MAYBE A COMPETING INTEREST IN ENVIRONMENTAL |
| 14:12 | 8 | PROTECTION; CORRECT? |
| 14:12 | 9 | **A.**   IT'S NOT COMPETING, NO. |
| 14:12 | 10 | **Q.**   WELL, THERE'S ANOTHER INTEREST, ENVIRONMENTAL PROTECTION; |
| 14:12 | 11 | CORRECT? |
| 14:12 | 12 | **A.**   YES. |
| 14:12 | 13 | **Q.**   PART OF WHAT THE CORPS TRIED TO DO IS ESTABLISH SOME |
| 14:12 | 14 | BALANCE BETWEEN THEM WHEN THEY'RE DECIDING WHETHER TO RECOMMEND |
| 14:12 | 15 | A PROJECT OR NOT; CORRECT? |
| 14:12 | 16 | **A.**   THAT'S TRUE.  A BALANCE AMONG A LOT OF DIFFERENT |
| 14:12 | 17 | SIGNIFICANT ISSUES. |
| 14:12 | 18 | **Q.**   NOW, IT'S A FACT, IS IT NOT, SIR, THAT REMEDIAL MEASURES |
| 14:12 | 19 | ALONG THE MRGO DID NOT HAVE TO BE 100 PERCENT FEDERAL -- I'M |
| 14:12 | 20 | SORRY, COULD HAVE BEEN 100 PERCENT FEDERAL FUNDED WITHOUT ANY |
| 14:12 | 21 | LOCAL SPONSORS; ISN'T THAT A FACT? |
| 14:12 | 22 | **A.**   YES.  THAT'S WHAT WE'RE TRYING TO DO IN THE 1988 REPORT. |
| 14:12 | 23 | **Q.**   IN FACT, SIR, SINCE HURRICANE KATRINA THE ARMY CORPS OF |
| 14:12 | 24 | ENGINEERS, THE U.S. TAXPAYERS, ARE PAYING AT 100 PERCENT |
| 14:12 | 25 | FEDERAL EXPENSE THE COST OF BUILDING THE NEW IHNC SURGE |

| | | |
|---|---|---|
| 14:12 | 1 | REDUCTION BARRIER; CORRECT? |
| 14:12 | 2 | **A.**   THAT'S CORRECT. |
| 14:13 | 3 | **Q.**   THE FEDERAL GOVERNMENT IS, WITHOUT ANY HELP FROM LOCAL |
| 14:13 | 4 | SPONSORS, PAYING 100 PERCENT FOR THE BAYOU LA LOUTRE RIDGE |
| 14:13 | 5 | CLOSURE STRUCTURE; CORRECT? |
| 14:13 | 6 | **A.**   YES, BUT BOTH OF THOSE CASES THE LAND'S EASEMENTS, |
| 14:13 | 7 | RIGHTS-OF-WAY, DREDGE DISPOSAL AREAS, AND TO PROVISION THE HOLD |
| 14:13 | 8 | AND SAVE, FOR THE UNITED STATES, FREE FROM CLAIMS AND DAMAGE, |
| 14:13 | 9 | ALL THOSE THINGS ARE A PART OF THOSE PROJECTS. |
| 14:13 | 10 | **Q.**   THEY'RE NOT PUTTING UP ANY CASH, CORRECT, LOCAL SPONSORS? |
| 14:13 | 11 | **A.**   WELL, THE SPONSOR DOESN'T THINK THEY'RE NOT PUTTING UP THE |
| 14:13 | 12 | CASH. |
| 14:13 | 13 | **Q.**   THE DECISION OF THE CORPS TO RECOMMEND CLOSURE OF THE MRGO |
| 14:13 | 14 | IN NOVEMBER 2007 IN THEIR DEAUTHORIZATION REPORT DID NOT BASE |
| 14:13 | 15 | THE DECISION ON THE WATERWAY'S ADVERSE EFFECTS OR POTENTIAL |
| 14:13 | 16 | ADVERSE EFFECTS ON THE HUMAN AND NATURAL ENVIRONMENT; IS THAT |
| 14:13 | 17 | CORRECT? |
| 14:13 | 18 | **A.**   NO, THAT'S NOT CORRECT. |
| 14:13 | 19 | **Q.**   IS IT NOT A FACT, SIR, THAT THE DEAUTHORIZATION REPORT |
| 14:14 | 20 | BASED ITS INTERPRETATION SOLELY ON THE FACT THE MRGO HAD BECOME |
| 14:14 | 21 | AN OBSOLETE WATERWAY WITH VERY FEW SHIPS USING IT ANYMORE? |
| 14:14 | 22 | **A.**   NO, THAT'S NOT THE ONLY THING TAKEN INTO CONSIDERATION. |
| 14:14 | 23 | **Q.**   IS IT NOT A FACT THAT THE CORPS DETERMINED, GIVEN THE |
| 14:14 | 24 | LIMITED USAGE AND THE COST OF REDREDGING THE MRGO BECAUSE OF |
| 14:14 | 25 | WHAT WAS DEPOSITED THERE DURING HURRICANE KATRINA, IT DID NOT |

14:14    1    PENCIL OUT ON A BENEFIT/COST BASIS?

14:14    2    **A.**   NO, THAT WASN'T THE ONLY REASON IT WAS NOT ECONOMICALLY

14:14    3    FEASIBLE.

14:14    4    **Q.**   WHILE THE CORPS STUDIED AND CONSIDERED FORESHORE

14:14    5    PROTECTION AND OTHER POTENTIAL REMEDIAL MEASURES, THE MRGO

14:14    6    SUBSTANTIALLY WIDENED UP TO THE TIME OF KATRINA, DIDN'T IT?

14:14    7    **A.**   I DON'T KNOW HOW MUCH IT WIDENED, BUT IT -- 15 FEET PER

14:14    8    YEAR, ROUGHLY, IS WHAT THE AVERAGE HAS BEEN BASED ON THE

14:14    9    REPORTS THAT I'VE SEEN.

14:15   10    **Q.**   LET'S LOOK AT PX-1810.17.

14:15   11              **THE COURT:**  IS THAT 15 FEET PER YEAR IF YOU ADD BOTH

14:15   12    BANKS?

14:15   13              **THE WITNESS:**  BUT ONLY THE BANKS THAT DON'T HAVE

14:15   14    FORESHORE OR BANK PROTECTION.  SO THERE'S FORESHORE PROTECTION

14:15   15    ALONG THE LEVEE BANKS THAT I UNDERSTAND IS THERE AND ALSO

14:15   16    THERE'S BANK PROTECTION ALONG THE NORTH BANK IN THE AREAS THAT

14:15   17    WE DESCRIBED, SO AT THAT POINT YOU WOULDN'T SEE VERY --

14:15   18    SHOULDN'T SEE MUCH EROSION, BUT EVERYWHERE ELSE WOULD BE --

14:15   19              **THE COURT:**  MY QUESTION WAS THAT WHEN YOU SAID

14:15   20    15 FEET PER YEAR ASSUMING NO PROTECTION, IS THAT THE TOTAL OF

14:15   21    BOTH BANKS?

14:15   22              **THE WITNESS:**  IT WOULD BE ON EACH BANK.

14:15   23              **THE COURT:**  15 FEET ON EACH BANK?

14:15   24              **THE WITNESS:**  THAT'S WAY I UNDERSTAND IT.

        25

                              FINAL DAILY COPY

| | | |
|---|---|---|
| 14:15 | 1 | **BY MR. O'DONNELL:** |
| 14:15 | 2 | **Q.**   SIR, DEPICTED HERE ON THIS EXHIBIT, PX-1810.17, WE'VE |
| 14:15 | 3 | PLOTTED THE WIDENING OF THE MRGO.  WE COULDN'T FIND 1988 AT THE |
| 14:15 | 4 | TIME OF THE RECON REPORT, BUT WE FOUND A PERIOD THREE YEARS |
| 14:16 | 5 | EARLIER.  YOU SEE 560 FEET, 800 FEET, 340 FEET FROM MILE 53 UP |
| 14:16 | 6 | TO 56.  I'M SORRY, FROM 56 TO 59.  THAT'S A 3-MILE STRETCH, |
| 14:16 | 7 | ISN'T IT, SIR? |
| 14:16 | 8 | **A.**   YES. |
| 14:16 | 9 | **Q.**   LET'S GO TO THE NEXT SLIDE.  HERE, WE PICK UP ANOTHER -- |
| 14:16 | 10 | THIS IS 53 TO 56:  850 FEET, 700 FEET, 395 FEET.  DO YOU SEE |
| 14:16 | 11 | THAT? |
| 14:16 | 12 | **A.**   YES. |
| 14:16 | 13 | **Q.**   FINALLY, FROM MILE 49 TO MILE 52:  225 FEET, 200 FEET, AND |
| 14:17 | 14 | 200 FEET.  DO YOU SEE THAT? |
| 14:17 | 15 | **A.**   YES. |
| 14:17 | 16 | **MR. O'DONNELL:**  THANK YOU, YOUR HONOR.  I HAVE |
| 14:17 | 17 | NOTHING FURTHER. |
| 14:17 | 18 | I HAVE ONE OTHER EXHIBIT.  I'M SORRY. |
| 14:17 | 19 | **BY MR. O'DONNELL:** |
| 14:17 | 20 | **Q.**   YOU WORKED ON THE '94 RECONNAISSANCE REPORT? |
| 14:17 | 21 | **A.**   YES, I DID. |
| 14:17 | 22 | **Q.**   LET ME PUT UP PX-2179.  THAT REPORT, PRIOR TO ITS |
| 14:17 | 23 | ISSUANCE, ACTUALLY HAD A TABLE THAT WAS DELETED ABOUT HOW WIDE |
| 14:17 | 24 | THE MRGO HAD PROGRESSED FROM 1968 THROUGH 1992, DIDN'T IT? |
| 14:17 | 25 | **A.**   YES, I BELIEVE IT DID. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:17 | 1 | **Q.**   MAY WE TURN ON EXHIBIT 2179 -- |
| 14:17 | 2 | **MR. O'DONNELL:**  YOUR HONOR, I THINK YOU MAY HAVE |
| 14:17 | 3 | ASKED THIS QUESTION OF OTHERS ABOUT DID WE HAVE ANY DATA ON |
| 14:18 | 4 | CHANNEL WIDENING, I WAS TOLD BY MY COLLEAGUES. |
| 14:18 | 5 | **BY MR. O'DONNELL:** |
| 14:18 | 6 | **Q.**   IS THIS TABLE 1 NOT, SIR, A CHANGE IN WIDTH OF THE MRGO |
| 14:18 | 7 | BETWEEN 1968 AND 1992 AT VARIOUS MILE MARKERS AS COMPUTED BY |
| 14:18 | 8 | THE ARMY CORPS OF ENGINEERS? |
| 14:18 | 9 | **A.**   YES. |
| 14:18 | 10 | **Q.**   THE RIGHT COLUMN TELLS YOU THE CUMULATIVE CHANGE BETWEEN |
| 14:18 | 11 | 1968 AND 1992.  CAN WE HIGHLIGHT THE RED COLUMN.  IS THAT WHAT |
| 14:18 | 12 | THAT NOTATES? |
| 14:18 | 13 | **A.**   YES. |
| 14:18 | 14 | **Q.**   SO IN 24 YEARS WE HAD VARIOUSLY 780, 600, 800, 940 ON THAT |
| 14:18 | 15 | STRETCH AND OTHERS; CORRECT? |
| 14:18 | 16 | **A.**   CORRECT. |
| 14:18 | 17 | **Q.**   LET'S GO TO THE NEXT PAGE.  THE LAST PAGE WAS 13 OF THE |
| 14:18 | 18 | EXCISED MATERIAL.  PAGE 14, TABLE 1, WE HAVE ADDITIONAL MILE |
| 14:19 | 19 | MARKERS BETWEEN 42 AND 43 FOR THE TIME 1968 TO 1992; CORRECT? |
| 14:19 | 20 | **A.**   YES. |
| 14:19 | 21 | **Q.**   THE RIGHT-HAND COLUMN SUMMARIZES THE CHANGES OVER THE |
| 14:19 | 22 | YEARS, AGAIN, AS WE JUST SAW IN THE PRIOR PAGE; CORRECT? |
| 14:19 | 23 | **A.**   CORRECT. |
| 14:19 | 24 | **Q.**   SOME OF THE MILES HAVE WIDENED BY AS MUCH AS 1,000 OR |
| 14:19 | 25 | 1,100 FEET; CORRECT? |

14:19    1   **A.**   I'M LOOKING FOR WHERE THAT WOULD SAY --

14:19    2   **Q.**   YOU'RE ON THE WRONG PAGE.

14:19    3          **MR. EHRLICH:**  WE HAVE NOT BEEN PROVIDED THIS

14:19    4   DOCUMENT.  I DON'T KNOW WHAT COUNSEL IS USING TO QUESTION THE

14:19    5   WITNESS.

14:19    6          **MR. O'DONNELL:**  IT'S A CORPS DOCUMENT, YOUR HONOR.

14:19    7          **THE COURT:**  I UNDERSTAND, BUT IS IT IN EVIDENCE?

14:19    8          **MR. O'DONNELL:**  I HAVE NO IDEA.  I DON'T THINK SO.

14:19    9   I'M GOING TO OFFER IT IN A MINUTE.

14:20   10          **MR. EHRLICH:**  YOUR HONOR, I WANT TO SAY THIS.  WE'VE

14:20   11   BEEN GIVEN SEVEN BINDERS OF DOCUMENTS, AND I'M SURE A LOT OF

14:20   12   THEM ARE CORPS DOCUMENTS.  THESE DOCUMENTS WERE GIVEN TO US

14:20   13   ABOUT 36 HOURS BEFORE THE WITNESS WAS TO TESTIFY.  OUR

14:20   14   AGREEMENT IS 48 HOURS.  THIS DOCUMENT WAS NOT AMONG THEM.  I

14:20   15   JUST CAN'T SIT HERE AND DEFEND A CROSS-EXAMINATION WITH COUNSEL

14:20   16   USING A DOCUMENT I'VE NEVER SEEN BEFORE.  I DON'T THINK THAT'S

14:20   17   FAIR.  WE HAD AN AGREEMENT.  COUNSEL SHOULDN'T BE PERMITTED TO

14:20   18   USE DOCUMENTS THAT WEREN'T PROVIDED TO THE OTHER SIDE.

14:20   19         **MR. O'DONNELL:**  I DIDN'T KNOW IT WAS NOT PROVIDED.  I

14:20   20   APOLOGIZE.  24 HOURS FROM NOW, I WILL STAND UP HERE AND OFFER

14:20   21   THIS EXHIBIT, YOUR HONOR.  I'LL NOT ASK ANY MORE QUESTIONS

14:20   22   ABOUT IT.

14:20   23         **THE COURT:**  THIS WOULD SEEM LIKE A DOCUMENT THAT

14:20   24   WOULD BE, OUT OF ALL THE THOUSANDS OF DOCUMENTS, ALREADY IN

14:20   25   EVIDENCE.  APPARENTLY, IT'S NOT.  I DON'T KNOW WHY IT WASN'T.

14:20    1   APPARENTLY, IT'S NOT.

14:20    2         **MR. O'DONNELL:**  IT WAS AN OVERSIGHT.  I THINK WE JUST

14:20    3   FOUND IT STAPLED TO ANOTHER DOCUMENT.

14:20    4         **THE COURT:**  COUNSEL DOES HAVE A POINT IN THE SENSE

14:20    5   THAT IF IT'S NOT IN EVIDENCE AND IF IT'S NOT AN IMPEACHMENT

14:21    6   DOCUMENT, IT'S DIFFICULT FOR HIM TO PREPARE.  IT IS RELEVANT,

14:21    7   CERTAINLY.  I DON'T EXACTLY KNOW HOW TO RECTIFY THE ISSUE, TO

14:21    8   BE FRANK WITH YOU.

14:21    9         COUNSEL, YOU HAVE MADE A GOOD POINT.  I MEAN,

14:21   10   COUNSEL FOR THE --

14:21   11         **MR. O'DONNELL:**  I'M NOT GOING TO ASK THIS WITNESS ANY

14:21   12   MORE QUESTIONS.  I'VE ESTABLISHED WHAT I NEED TO, BUT WE HAVE

14:21   13   TO 48 HOURS NOTICE.  I THINK WE'VE SUPPLEMENTED THE LIST.

14:21   14   WHILE WE'RE IN THE PROCESS, I'LL COME BACK AND OFFER THE

14:21   15   EXHIBIT, YOUR HONOR.  I DON'T KNOW WHAT ELSE I CAN DO.

14:21   16         IT'S "MY BAD."  I DIDN'T KNOW IT WAS NOT ON THE

14:21   17   LIST.  I DIDN'T KNOW IT WAS NOT GIVEN TO COUNSEL, BUT IT'S AN

14:21   18   INNOCENT MISTAKE.  I'VE GOT THE WITNESS HERE.  I DON'T WANT TO

14:21   19   CALL HIM BACK IN 48 HOURS.

14:21   20         **THE COURT:**  I GUESS ANY WITNESS COULD TESTIFY AS TO

14:21   21   THAT -- I MEAN, I DON'T THINK -- WELL, HE WAS THERE IN '94.

14:21   22         YOU WERE FAMILIAR WITH THAT DOCUMENT?

14:21   23         **THE WITNESS:**  I WAS HELPING THE STUDY MANAGER.  I

14:21   24   RECALL A LITTLE BIT ABOUT THIS, BUT NOT A WHOLE LOT.  THERE ARE

14:21   25   COMPARABLE DOCUMENTS IN THE REPORT ITSELF THAT MADE THE FINAL

| | | |
|---|---|---|
| 14:21 | 1 | REPORT.  THAT WAS A DRAFT, SO DRAFTS CHANGE. |
| 14:22 | 2 | **MR. O'DONNELL:**  COULD WE ESTABLISH WHETHER THE DATA |
| 14:22 | 3 | IS ACCURATE?  THAT IS ALL I NEED TO KNOW, IF THE DATA I READ |
| 14:22 | 4 | FROM PAGES 13 AND 14, WHERE THE CORPS COMPUTED THE CHANGES FROM |
| 14:22 | 5 | '68 TO '92 IS ACCURATE. |
| 14:22 | 6 | **MR. EHRLICH:**  YOUR HONOR, WE RENEW OUR OBJECTION.  I |
| 14:22 | 7 | POINT OUT THAT HE'S ASKING HIM FROM A PAGE OF A DOCUMENT THAT'S |
| 14:22 | 8 | BEEN DELETED FROM A DRAFT.  IT'S NOT FAIR THAT WE HAVE TO |
| 14:22 | 9 | RESPOND TO THAT GIVEN ABSOLUTELY NO NOTICE THIS DOCUMENT WOULD |
| 14:22 | 10 | BE USED TODAY. |
| 14:22 | 11 | **MR. O'DONNELL:**  THERE'S ANOTHER INFERENCE WHY IT'S |
| 14:22 | 12 | DELETED, YOUR HONOR. |
| 14:22 | 13 | **THE COURT:**  I KNOW, BUT WE HAVE A FUNDAMENTAL |
| 14:22 | 14 | FAIRNESS ISSUE IN THIS TRIAL.  I UNDERSTAND IT'S RELEVANT.  I |
| 14:22 | 15 | UNDERSTAND IT MAY HAVE IMPLICATIONS.  IT MAY NOT, ULTIMATELY. |
| 14:22 | 16 | BUT I AM CONCERNED THAT COUNSEL HASN'T HAD A CHANCE TO PREPARE |
| 14:22 | 17 | FOR IT AND IT'S NOT AN IMPEACHMENT DOCUMENT.  IT'S JUST A |
| 14:22 | 18 | PROBLEM. |
| 14:22 | 19 | **MR. O'DONNELL:**  LET ME GO BACK TO THIS ANOTHER WAY. |
| 14:22 | 20 | MAY I, YOUR HONOR? |
| 14:22 | 21 | **THE COURT:**  YOU COULD CERTAINLY MAKE AN ATTEMPT AND, |
| 14:23 | 22 | COUNSEL, YOU -- |
| 14:23 | 23 | **MR. EHRLICH:**  FOR THE RECORD, IS HE USING THIS |
| 14:23 | 24 | DOCUMENT THAT HAS NOT BEEN PROVIDED TO US? |
| 14:23 | 25 | **MR. O'DONNELL:**  NO.  I'M GOING TO USE ONE YOU USED. |

FINAL DAILY COPY

14:23    1            I AM GOING TO COME BACK IN 24 HOURS AND OFFER

14:23    2    THE EXHIBIT BECAUSE THEY WILL HAVE HAD IT FOR 48 HOURS,

14:23    3    YOUR HONOR.

14:23    4    **BY MR. O'DONNELL:**

14:23    5    **Q.**  SIR, I WANT TO PUT UP PX-306, PLEASE, THE 1994 RECON

14:23    6    REPORT.  NOW, YOU WORKED ON THIS DOCUMENT; RIGHT?

14:23    7    **A.**  I HELPED THE STUDY MANAGER AT THE END OF THE REPORT

14:23    8    COMPILE THE INFORMATION.  I HAD A MINOR ROLE IN DOING THAT.  MY

14:23    9    MAIN ROLE WAS THE INITIAL PROJECT MANAGEMENT PLAN AS FAR AS THE

14:23   10    FEASIBILITY STUDY COST ESTIMATE, SCOPE OF WORK.

14:23   11    **Q.**  CAN YOU TELL THE COURT WHETHER IN THIS DOCUMENT ANYWHERE

14:23   12    WE CAN FIND DATA COMPARABLE TO WHAT I WAS JUST ASKING YOU ABOUT

14:23   13    WITH REGARD TO THE WIDENING OF THE MRGO BETWEEN 1968 AND 1992?

14:23   14    **A.**  CAN I FLIP THROUGH THE REPORT?

14:23   15          **THE COURT:**  YES.

14:23   16          **MR. O'DONNELL:**  MAY I PRESENT IT TO HIM?

14:24   17          **THE COURT:**  YES.  IF HE HAS A COPY, LET HIM LOOK AT

14:24   18    IT.

14:24   19          **THE WITNESS:**  WHERE IS IT?

14:24   20          **MR. O'DONNELL:**  IT'S EXHIBIT, PROBABLY FOR YOU, 1058.

14:24   21          **THE WITNESS:**  WHAT BINDER IS THAT IN?

14:24   22          **THE COURT:**  THEY'RE NOT CODED.  COUNSEL, YOU CAN

14:24   23    ASSIST HIM IF YOU WANT.

14:24   24          **MR. EHRLICH:**  IF YOU TOLD HIM WHAT VOLUME OF THE

14:24   25    BINDERS THAT WERE GIVEN TO US.

| 14:25 | 1 | **BY MR. O'DONNELL:** |
|---|---|---|

14:25    1    **BY MR. O'DONNELL:**

14:25    2    **Q.**   DO YOU HAVE THE REPORT, SIR?

14:25    3    **A.**   YES, I DO.  I'VE GOT THE REPORT.  I'M LOOKING THROUGH IT.

14:25    4    I THINK TABLE 10 --

14:26    5    **Q.**   PAGE?

14:26    6    **A.**   -- ON PAGE 45 HAS SIMILAR INFORMATION TO ONE OF THE TABLES

14:26    7    YOU SHOWED.  IT MAY NOT BE EXACTLY THE SAME.

14:26    8    **Q.**   THAT DOESN'T HAVE ANY FEET, DOES IT?  THAT'S ESTIMATED

14:26    9    AVERAGE MAINTENANCE DREDGING QUANTITIES; CORRECT?

14:26   10    **A.**   THAT'S TRUE, BUT IN ORDER TO COME UP WITH THE QUANTITIES,

14:26   11    THEY WOULD HAVE TO DETERMINE HOW MUCH EROSION AND SHOALING

14:26   12    MATERIAL IS ACTUALLY ENTERING THE CHANNEL.

14:26   13    **Q.**   IT'S BEYOND MY PAY GRADE, CAN YOU FIND ANYTHING IN THIS

14:26   14    DOCUMENT THAT HAS ANYTHING COMPARABLE TO THE TWO PAGES I SHOWED

14:26   15    YOU THAT WERE OMITTED?

14:26   16    **A.**   COULD YOU SHOW ME THE OTHER TWO PAGES AGAIN.

14:26   17           **MR. EHRLICH:**  OBJECTION:  COMPARABLE TO THESE --

14:26   18           **THE COURT:**  I UNDERSTAND IT.  IT'S SOMETHING TO SHOW

14:26   19    THE WIDTH.

14:26   20           **MR. EHRLICH:**  THAT'S WHAT HE TESTIFIED, YOUR HONOR.

14:26   21           **THE COURT:**  WELL, I'M LOOKING AT IT.  ASK HIM IF

14:26   22    THERE'S ANYTHING ELSE.

14:26   23    **BY MR. O'DONNELL:**

14:26   24    **Q.**   IS THERE ANYTHING ELSE IN THE REPORT, SIR, THAT WOULD GIVE

14:27   25    US ANY IDEA OF WHAT THE CORPS COMPUTED THE MORPHING IN TERMS OF

| | | |
|---|---|---|
| 14:27 | 1 | WIDTH OF THE MRGO REACH 2 CHANNEL BETWEEN 1968 AND 1992? |
| 14:27 | 2 | **A.**   I'D HAVE TO LOOK THROUGH -- |
| 14:27 | 3 | **THE COURT:**  SOMEONE CAN POINT IT TO ME IN BRIEFING IF |
| 14:27 | 4 | IT'S THERE. |
| 14:27 | 5 | **MR. O'DONNELL:**  THANK YOU.  NO FURTHER QUESTIONS. |
| 14:27 | 6 | **MR. EHRLICH:**  WE HAVE NOTHING. |
| 14:27 | 7 | **THE COURT:**  SIR, YOU MAY STEP DOWN.  THANK YOU VERY |
| 14:27 | 8 | MUCH. |
| 14:27 | 9 | **THE WITNESS:**  THANK YOU. |
| 14:27 | 10 | **MR. SMITH:**  YOUR HONOR, I WOULD JUST LIKE TO MAKE A |
| 14:27 | 11 | POINT HERE.  WE GOT SEVEN BINDERS -- SEVEN BINDERS OF THIS |
| 14:27 | 12 | SIZE -- OF DOCUMENTS THAT THEY SAID THEY MIGHT USE WITH THIS |
| 14:27 | 13 | WITNESS.  I DARE SAY THEY DIDN'T USE HALF OF THIS MANY |
| 14:27 | 14 | DOCUMENTS IN THIS ONE BINDER.  THE IDEA WAS TO TELL THE OTHER |
| 14:27 | 15 | SIDE -- WE'VE GOT THOUSANDS -- THOUSANDS -- HUNDREDS OF |
| 14:27 | 16 | THOUSANDS OF PAGES.  THE IDEA WAS TO GIVE THE OTHER SIDE SOME |
| 14:28 | 17 | IDEA OF WHAT WAS GOING TO BE USED SO THEY COULD PREPARE THEIR |
| 14:28 | 18 | WITNESSES. |
| 14:28 | 19 | THIS SORT OF SCATTERSHOT APPROACH JUST TOTALLY |
| 14:28 | 20 | GIVES US NO OPPORTUNITY TO PREPARE OUR WITNESSES FOR |
| 14:28 | 21 | CROSS-EXAMINATION.  THEN THEY COME IN WITH DOCUMENTS THAT |
| 14:28 | 22 | AREN'T EVEN IN THE THING, HAVEN'T EVEN BEEN PROVIDED TO US, AND |
| 14:28 | 23 | BEGIN TO ASK QUESTIONS ABOUT IT SAYING THEY DIDN'T KNOW THEY |
| 14:28 | 24 | HADN'T GIVEN THEM TO US. |
| 14:28 | 25 | THE OTHER POINT, YOUR HONOR, IS THAT |

| | | |
|---|---|---|
| 14:28 | 1 | MR. O'DONNELL SAID LAST WEEK THAT HE THOUGHT THAT WE WERE |
| 14:28 | 2 | THROUGH WITH THE MOST IMPORTANT WITNESSES AND THAT THEY WOULD |
| 14:28 | 3 | BE MOVING QUICKLY THROUGH THE REST OF OUR WITNESSES.  THEY ARE |
| 14:28 | 4 | UNDER FOUR HOURS OF TIME AND HE'S SPENDING TIME WITH THIS |
| 14:28 | 5 | WITNESS ASKING HIM ABOUT DOCUMENTS THAT HE HASN'T SEEN BEFORE |
| 14:28 | 6 | AND ASKING HIM IF HE AGREES WITH WHAT THE DOCUMENT SAYS. |
| 14:28 | 7 | WE WILL BE SEVERELY PREJUDICED IF THE PLAINTIFFS |
| 14:28 | 8 | ARE NOT HELD TO THEIR ALLOCATION OF TIME.  WE HAVE TAILORED OUR |
| 14:28 | 9 | CASE TO FIT WITHIN THE TIME THAT'S BEEN ALLOTTED, AND WE WOULD |
| 14:28 | 10 | ASK YOUR HONOR TO ENFORCE THOSE LIMITS.  THANK YOU. |
| 14:29 | 11 | **THE COURT:**  YOU DO HAVE A POINT, SIR. |
| 14:29 | 12 | **MR. O'DONNELL:**  MAY I RESPOND, YOUR HONOR? |
| 14:29 | 13 | **THE COURT:**  YES. |
| 14:29 | 14 | **MR. O'DONNELL:**  I DIDN'T HAVE A CLUE WHAT THIS |
| 14:29 | 15 | WITNESS WAS GOING TO SAY OTHER THAN FROM HIS DEPOSITION. |
| 14:29 | 16 | THERE'S MANY THINGS THAT WERE IN HIS DEPOSITION HE DIDN'T |
| 14:29 | 17 | DISCUSS.  I'M BEING ACCUSED OF GIVING THEM TOO MUCH |
| 14:29 | 18 | INFORMATION?  I'M SORRY -- |
| 14:29 | 19 | **THE COURT:**  NO.  I THINK THE REAL THING IS AND WHAT |
| 14:29 | 20 | CONCERNS THE COURT IS THIS IS A CRITICAL PIECE OF INFORMATION, |
| 14:29 | 21 | OR COULD BE, AND IT WASN'T GIVEN TO THE DEFENSE TO PREPARE.  IT |
| 14:29 | 22 | CONCERNS ME.  THE TIME CONCERNS ME TOO, SIR.  THE GOVERNMENT |
| 14:29 | 23 | MAKES A POINT:  IF IT TAILORED ITS CASE TO A CERTAIN TIME, |
| 14:29 | 24 | THERE'S GOT TO BE SOME FUNDAMENTAL FAIRNESS IN HOW I DO THIS. |
| 14:29 | 25 | **MR. O'DONNELL:**  THE TIME I TOOK COMES OUT OF OUR |

| | | |
|---|---|---|
| 14:29 | 1 | SHARE.  I UNDERSTAND THAT. |
| 14:29 | 2 | **THE COURT:**  NO.  I MEAN IN THE OVERALL SCHEME.  HE'S |
| 14:29 | 3 | TALKING ABOUT IN THE FUTURE.  I AM CONCERNED ABOUT WHAT IS THE |
| 14:29 | 4 | EXPLANATION AS TO WHY THIS -- YOU MAY NOT KNOW IT, |
| 14:29 | 5 | MR. O'DONNELL.  WHY WASN'T THIS GIVEN TO THE DEFENSE? |
| 14:29 | 6 | **MR. O'DONNELL:**  BECAUSE IT WAS GIVEN TO ME THIS |
| 14:29 | 7 | MORNING.  I'M AN OFFICER OF THE COURT.  I'M TELLING YOU THAT'S |
| 14:29 | 8 | WHAT HAPPENED. |
| 14:29 | 9 | **THE COURT:**  SO YOU DON'T KNOW? |
| 14:29 | 10 | **MR. O'DONNELL:**  I DON'T KNOW.  I SUSPECT IT WAS |
| 14:29 | 11 | DISCOVERED IN THE MILLIONS OF PAGES OF DOCUMENTS THAT THE |
| 14:29 | 12 | GOVERNMENT PRODUCED.  I APOLOGIZE TO THE COURT.  WE ARE NOT |
| 14:30 | 13 | SANDBAGGERS.  WE HAVEN'T DONE THAT, AND WE'RE NOT DOING THAT. |
| 14:30 | 14 | I APOLOGIZE. |
| 14:30 | 15 | **THE COURT:**  IT DOES CONCERN ME.  THE GOVERNMENT DOES |
| 14:30 | 16 | HAVE A POINT.  I'LL TAKE IT ALL UNDER CONSIDERATION AT THE |
| 14:30 | 17 | APPROPRIATE TIME.  WHO'S YOUR NEXT WITNESS? |
| 14:30 | 18 | **MR. EHRLICH:**  AL NAOMI. |
| 14:30 | 19 | **THE COURT:**  SHOULD WE START AND TRY TO GO TO 3:00 OR |
| 14:30 | 20 | TAKE A RECESS NOW? |
| 14:30 | 21 | **MR. EHRLICH:**  WHY DON'T WE TAKE A SHORT RECESS NOW. |
| 14:30 | 22 | **THE COURT:**  LET'S TAKE A SHORT RECESS AND LET |
| 14:30 | 23 | EVERYBODY REGROUP.  TEN-MINUTE RECESS. |
| 14:30 | 24 | **THE DEPUTY CLERK:**  ALL RISE. |
| 14:30 | 25 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |

FINAL DAILY COPY

| 14:39 | 1 | **THE DEPUTY CLERK:** ALL RISE. |

14:48   2       COURT IS IN SESSION.  PLEASE BE SEATED.

14:48   3       **THE COURT:** YES, SIR.

14:48   4       **MR. EHRLICH:** JEFF EHRLICH AGAIN FOR THE

14:48   5  UNITED STATES.  THE UNITED STATES OF AMERICA CALLS AS ITS NEXT

14:48   6  WITNESS ALFRED C. NAOMI, THE SENIOR PROJECT MANAGER FOR THE

14:49   7  LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PROJECT

14:49   8  FROM 1988 UNTIL AFTER HURRICANE KATRINA.

14:49   9       IN THAT POSITION MR. NAOMI WAS RESPONSIBLE FOR

14:49  10  COORDINATING WITH THE HIGHEST RANKING CIVILIAN AND MILITARY

14:49  11  OFFICIALS IN THE NEW ORLEANS DISTRICT.  HE ALSO COORDINATED

14:49  12  WITH LOCAL GOVERNMENT OFFICIALS AND THE LEVEE BOARD REGARDING

14:49  13  THE CONSTRUCTION PROGRESS OF THE LAKE PONTCHARTRAIN PROJECT.

14:49  14       MR. NAOMI IS A LIFELONG RESIDENT OF SOUTHERN

14:49  15  LOUISIANA.  HE WAS BORN IN LAFAYETTE, EDUCATED THERE AT THE

14:49  16  UNIVERSITY OF LOUISIANA-LAFAYETTE, AND EARNED AN ENGINEERING

14:49  17  DEGREE FROM TULANE.  HE HAS WORKED FOR THE UNITED STATES OF

14:49  18  AMERICA AT THE CORPS OF ENGINEERS FOR 38 YEARS AND LIVED IN

14:49  19  NEW ORLEANS AREA HIS ENTIRE ADULT LIFE.  HIS TESTIMONY WILL

14:49  20  RELATE TO THE IMMUNITY ENJOYED BY THE UNITED STATES PURSUANT TO

14:49  21  DISCRETIONARY FUNCTION EXCEPTION.

14:49  22       (WHEREUPON **ALFRED NAOMI**, HAVING BEEN DULY SWORN,

14:49  23  TESTIFIED AS FOLLOWS.)

14:49  24       **THE DEPUTY CLERK:** PLEASE STATE YOUR FULL NAME AND

14:49  25  CORRECT SPELLING FOR THE RECORD.

FINAL DAILY COPY

| 14:49 | 1 | **THE WITNESS:**  MY NAME IS ALFRED NAOMI, N-A-O-M-I.  I |
| 14:50 | 2 | CURRENTLY LIVE IN RIVER RIDGE, LOUISIANA. |
| 14:50 | 3 | **DIRECT EXAMINATION** |
| 14:50 | 4 | BY MR. EHRLICH: |
| 14:50 | 5 | **Q.**   WHERE WERE YOU BORN, MR. NAOMI? |
| 14:50 | 6 | **A.**   I WAS BORN IN LAFAYETTE, LOUISIANA. |
| 14:50 | 7 | **Q.**   YOU SAID YOU CURRENTLY LIVE IN RIVER RIDGE? |
| 14:50 | 8 | **A.**   YES, SIR. |
| 14:50 | 9 | **Q.**   HOW LONG HAVE YOU LIVED THERE? |
| 14:50 | 10 | **A.**   I'VE LIVED THERE SINCE AROUND 1983, 1984. |
| 14:50 | 11 | **Q.**   DID YOU GO TO SCHOOL HERE IN NEW ORLEANS? |
| 14:50 | 12 | **A.**   I GOT MY MASTER'S DEGREE FROM TULANE UNIVERSITY. |
| 14:50 | 13 | **Q.**   WHERE DID YOU ATTEND COLLEGE? |
| 14:50 | 14 | **A.**   I WENT GOT MY BACHELOR'S DEGREE FROM THE UNIVERSITY OF |
| 14:50 | 15 | LOUISIANA AT LAFAYETTE. |
| 14:50 | 16 | **Q.**   MR. NAOMI, BY WHOM ARE YOU CURRENTLY EMPLOYED? |
| 14:50 | 17 | **A.**   CURRENTLY EMPLOYED BY URS CORPORATION. |
| 14:50 | 18 | **Q.**   HOW LONG HAVE YOU BEEN AT URS? |
| 14:50 | 19 | **A.**   I'VE BEEN WITH THEM SINCE FEBRUARY OF THIS YEAR. |
| 14:50 | 20 | **Q.**   WHAT DID YOU DO BEFORE THAT? |
| 14:50 | 21 | **A.**   I WAS WITH THE U.S. ARMY CORPS OF ENGINEERS IN VARIOUS |
| 14:50 | 22 | POSITIONS. |
| 14:50 | 23 | **Q.**   WHAT WAS THE LAST POSITION YOU HELD AT THE CORPS? |
| 14:50 | 24 | **A.**   THE LAST POSITION I HELD WAS BRANCH CHIEF IN THE |
| 14:50 | 25 | PROTECTION AND RESTORATION OFFICE. |

| | | |
|---|---|---|
| 14:50 | 1 | **Q.**   WHAT WERE YOU RESPONSIBLE FOR IN THAT POSITION? |
| 14:51 | 2 | **A.**   IN THAT POSITION I WAS RESPONSIBLE FOR THE WEST BANK AND |
| 14:51 | 3 | VICINITY HURRICANE PROTECTION PROJECTS AND FLOOD WALLS IN THE |
| 14:51 | 4 | JEFFERSON AND ST. CHARLES PARISH AREA. |
| 14:51 | 5 | **Q.**   HOW LONG WERE YOU IN THAT POSITION? |
| 14:51 | 6 | **A.**   I STARTED THAT JOB IN EARLY 2007. |
| 14:51 | 7 | **Q.**   WHAT DID YOU DO BEFORE YOU WERE IN THAT POSITION? |
| 14:51 | 8 | **A.**   BEFORE THAT POSITION I WAS SENIOR PROJECT MANAGER FOR THE |
| 14:51 | 9 | LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PROJECT. |
| 14:51 | 10 | **Q.**   WAS YOUR TRANSITION TO BRANCH CHIEF FROM SENIOR PROJECT |
| 14:51 | 11 | MANAGER A PROMOTION? |
| 14:51 | 12 | **A.**   YES, IT WAS. |
| 14:51 | 13 | **Q.**   AS SENIOR PROJECT MANAGER, WERE YOU RESPONSIBLE FOR |
| 14:51 | 14 | PROJECTS OTHER THAN THE LAKE PONTCHARTRAIN HURRICANE PROTECTION |
| 14:51 | 15 | PROJECT? |
| 14:51 | 16 | **A.**   YES.  I WAS RESPONSIBLE FOR SEVERAL OTHER PROJECTS.  THEY |
| 14:51 | 17 | INCLUDED THE DAVIS POND FRESHWATER DIVERSION PROJECT, THE |
| 14:51 | 18 | MISSISSIPPI RIVER SHIP CHANNEL PROJECT, AND VARIOUS OTHER |
| 14:51 | 19 | STUDIES. |
| 14:51 | 20 | **Q.**   HOW LONG DID YOU HOLD THE TITLE SENIOR PROJECT MANAGER? |
| 14:51 | 21 | **A.**   I GOT THAT JOB IN 1998. |
| 14:51 | 22 | **Q.**   SO FROM 1998 TO 2007? |
| 14:52 | 23 | **A.**   THAT'S CORRECT. |
| 14:52 | 24 | **Q.**   COULD YOU PLEASE DESCRIBE FOR THE COURT YOUR |
| 14:52 | 25 | RESPONSIBILITIES AS SENIOR PROJECT MANAGER AND, IN PARTICULAR, |

FINAL DAILY COPY

14:52  1  WITH REGARD TO THE LAKE PONTCHARTRAIN HURRICANE PROTECTION

14:52  2  PROJECT.

14:52  3  **A.**   SENIOR PROJECT MANAGERS GENERALLY ARE RESPONSIBLE FOR

14:52  4  BUDGETARY SUBMISSIONS; FOR MAKING SURE THAT PROJECTS STAY ON

14:52  5  SCHEDULE; FOR ASSIGNING WORK; FOR LEADING A PROJECT TEAM;

14:52  6  DEALING WITH A LOCAL SPONSOR; MAKING SURE MY COMMANDER IS

14:52  7  INFORMED OF ISSUES LINKED TO THE PROJECT, KEEPING THEM

14:52  8  GENERALLY INFORMED ABOUT THE STATUS OF THE PROJECT; VARIOUS AND

14:52  9  SUNDRY DUTIES THAT INVOLVE MANAGEMENT OF A BIG PROJECT.

14:52  10  **Q.**   WERE YOU ALSO RESPONSIBLE FOR COORDINATING PROJECT

14:52  11  CONTRACTS?

14:52  12  **A.**   TO SOME EXTENT.  THE CONSTRUCTION DIVISION USUALLY HANDLED

14:52  13  CONSTRUCTION CONTRACTS, BUT I DEVELOPED THE PROJECTS AND THE

14:52  14  PLANS AND SPECS BEFORE HANDING THEM OFF TO THE CONSTRUCTION

14:52  15  DIVISION.

14:52  16  **Q.**   WHEN DID CONSTRUCTION BEGIN ON THE LAKE PONTCHARTRAIN AND

14:52  17  VICINITY HURRICANE PROTECTION PROJECT?

14:52  18  **A.**   THE PROJECT WAS AUTHORIZED IN 1965 WITH CONSTRUCTION

14:52  19  BEGINNING AROUND 1967.

14:52  20  **Q.**   WHEN YOU BEGAN AS SENIOR PROJECT MANAGER -- I THINK YOU

14:53  21  SAID IT WAS IN 1998 -- HAD CONSTRUCTION ON THE PROJECT BEEN

14:53  22  COMPLETED?

14:53  23  **A.**   NOT YET.

14:53  24  **Q.**   WHAT REMAINED TO BE DONE?

14:53  25  **A.**   WELL, THERE WAS MULTIPLE LEVEE LIFTS AND FLOOD WALL

FINAL DAILY COPY

14:53    1   STRUCTURES, FLOOD-PROOF BRIDGES, PROTECTION OF PUMP STATIONS.

14:53    2   A LOT OF WORK STILL REMAINED.

14:53    3   **Q.**   WHAT GEOGRAPHIC AREAS WOULD THAT WORK BE REQUIRED FOR?

14:53    4   **A.**   ST. BERNARD, ORLEANS, JEFFERSON, AND ST. CHARLES PARISHES.

14:53    5   **Q.**   AT THE TIME OF HURRICANE KATRINA IN 2005, WHAT WAS THE

14:53    6   EXPECTED DATE OF COMPLETION OF THE WORK OF THE

14:53    7   LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PROJECT?

14:53    8   **A.**   I BELIEVE WE ARE TALKING AROUND 2011, COMPLETING IN 2011,

14:53    9   AND -- ACTUALLY, I TAKE THAT BACK.  IT WAS RIGHT AFTER 2013.

14:53   10   **Q.**   HAD THAT ALWAYS BEEN THE PLANNED DATE OF COMPLETION?

14:53   11   **A.**   NO.  IT HAD BEEN EXTENDED SEVERAL TIMES.

14:53   12   **Q.**   WHY WOULD THAT HAVE BEEN EXTENDED?

14:53   13   **A.**   IT WAS EXTENDED BECAUSE THERE JUST WASN'T SUFFICIENT

14:53   14   FUNDS, AND SO WE HAD TO KEEP PUSHING CONTRACTS OUT IN THE

14:54   15   FUTURE HOPING THAT WE WOULD GET SUFFICIENT FUNDS TO COMPLETE

14:54   16   THE PROJECT.

14:54   17   **Q.**   YOU, IN FACT, STATED THAT ONE OF YOUR RESPONSIBILITIES AS

14:54   18   SENIOR PROJECT MANAGER WAS TO MAKE SURE THAT THE PROJECT WAS

14:54   19   FULLY FUNDED.  HOW DID YOU DO THAT?

14:54   20   **A.**   I PREPARED THE NECESSARY BUDGET DOCUMENTS FOR THE CORPS TO

14:54   21   SUBMIT TO THE ADMINISTRATION AS PART OF THE PRESIDENT'S BUDGET

14:54   22   THAT WOULD GO TO CONGRESS.  IN THOSE DOCUMENTS I WOULD LAY OUT

14:54   23   THE SCOPE OF WHAT WE WANTED TO DO DURING ANY GIVEN FISCAL YEAR

14:54   24   AND TO DESCRIBE TO THE DECISION MAKERS WHAT NEEDED TO BE DONE.

14:54   25   **Q.**   I THINK YOU SAID ON THE WAY UP.  BRIEFLY, JUST SO WE ARE

| | | |
|---|---|---|
| 14:54 | 1 | ON THE SAME PAGE WHEN WE TALK ABOUT THESE TERMS IN THE CONTEXT |
| 14:54 | 2 | OF YOUR TESTIMONY, YOU WORKED AT THE DISTRICT LEVEL.  THEN THE |
| 14:54 | 3 | LEVEL ABOVE THAT IS THE DIVISION? |
| 14:54 | 4 | A.   THAT'S CORRECT.  I WOULD PREPARE THE DOCUMENTS AT THE |
| 14:54 | 5 | DISTRICT LEVEL.  THE DOCUMENTS FROM ALL THE PROJECT MANAGERS |
| 14:54 | 6 | WOULD BE ASSEMBLED AT THE DISTRICT LEVEL AND FORWARDED TO THE |
| 14:55 | 7 | DIVISION OFFICE AND, FROM THE DIVISION OFFICE, GO TO OUR |
| 14:55 | 8 | HEADQUARTERS FOR ACCUMULATION WITH ALL THE OTHER PROJECTS |
| 14:55 | 9 | AROUND THE COUNTRY. |
| 14:55 | 10 | Q.   WHO MAKES THE ULTIMATE FUNDING DECISIONS REGARDING |
| 14:55 | 11 | PROJECTS PERFORMED BY THE CORPS OF ENGINEERS? |
| 14:55 | 12 | A.   ULTIMATELY, CONGRESS APPROPRIATES THE FUNDS THAT THE CORPS |
| 14:55 | 13 | USES. |
| 14:55 | 14 | Q.   DOES THE PRESIDENT PLAY A ROLE IN THAT? |
| 14:55 | 15 | A.   THE PRESIDENT RECOMMENDS A BUDGET TO CONGRESS.  THE CORPS |
| 14:55 | 16 | PLAYS A ROLE IN PREPARING THAT BUDGET FOR THE PRESIDENT.  THE |
| 14:55 | 17 | PRESIDENT, THROUGH OMB, THEN PREPARES THE BUDGET AND SUBMITS IT |
| 14:55 | 18 | TO CONGRESS FOR THEIR CONSIDERATION. |
| 14:55 | 19 | Q.   YOU USED THE TERM *OMB*.  WHAT DOES THAT STAND FOR? |
| 14:55 | 20 | A.   OMB IS THE OFFICE OF MANAGEMENT AND BUDGET. |
| 14:55 | 21 | Q.   THANK YOU, MR. NAOMI.  NOW, MAY CONGRESS APPROPRIATE FUNDS |
| 14:55 | 22 | FOR A CORPS PROJECT EVEN IF THE CORPS HAS NOT REQUESTED FUNDS |
| 14:55 | 23 | FOR THAT PROJECT? |
| 14:55 | 24 | A.   THEY CAN.  YES, THEY CAN. |
| 14:55 | 25 | Q.   WHAT ABOUT THE REVERSE:  MAY CONGRESS DECIDE NOT TO |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:55 | 1 | APPROPRIATE FUNDS FOR A PROJECT WHERE THE CORPS OR THE |
| 14:55 | 2 | PRESIDENT HAS RECOMMENDED THAT A PROJECT BE FUNDED AS PART OF |
| 14:55 | 3 | THE CORPS' BUDGETS? |
| 14:55 | 4 | **A.**   THAT'S CORRECT, THEY CAN DO THAT. |
| 14:55 | 5 | **Q.**   DURING THE TIME YOU SERVED AS SENIOR PROJECT MANAGER FOR |
| 14:56 | 6 | THE LAKE PONTCHARTRAIN PROJECT, WAS THE PROJECT ALWAYS |
| 14:56 | 7 | ADEQUATELY FUNDED? |
| 14:56 | 8 | **A.**   THERE WAS ALWAYS A NEED FOR ADDITIONAL FUNDS.  WE NEVER |
| 14:56 | 9 | WERE FUNDED TO OUR FULL CAPABILITY IN THE LATER YEARS OF THE |
| 14:56 | 10 | PROJECTS WHEN I MANAGED IT. |
| 14:56 | 11 | **Q.**   YOU USED THE TERM *CAPABILITY*.  CAN YOU PLEASE EXPLAIN TO |
| 14:56 | 12 | THE COURT WHAT THAT MEANS? |
| 14:56 | 13 | **A.**   *CAPABILITY* REFERS TO THE AMOUNT OF MONEY THAT THE CORPS |
| 14:56 | 14 | COULD EXPEND IF WE WERE FULLY FUNDED, OR FUNDED TO THE OPTIMUM |
| 14:56 | 15 | LEVELS.  IN OTHER WORDS, WE WOULD TAKE -- IF WE HAD ALL THE |
| 14:56 | 16 | MONEY THAT THE CONGRESS COULD GIVE US, THIS IS WHAT WE COULD |
| 14:56 | 17 | SPEND IN A GIVEN FISCAL YEAR. |
| 14:56 | 18 | **Q.**   WHAT WOULD THAT MONEY BE SPENT ON? |
| 14:56 | 19 | **A.**   IT WOULD BE SPENT ON CONSTRUCTION CONTRACTS, GENERALLY, |
| 14:56 | 20 | ENGINEERING AND DESIGN.  VARIOUS TYPES OF CONSTRUCTION |
| 14:56 | 21 | CONTRACTS. |
| 14:56 | 22 | **Q.**   YOU SAID THAT THE PROJECT WAS NOT ALWAYS ADEQUATELY |
| 14:56 | 23 | FUNDED.  CAN YOU TELL US WHAT YEARS, GENERALLY SPEAKING, YOU |
| 14:56 | 24 | ARE TALKING ABOUT. |
| 14:56 | 25 | **A.**   WELL, GENERALLY, WHEN I TOOK OVER THE PROJECT IN 1998, I |

FINAL DAILY COPY

| 14:56 | 1 | EXPERIENCED A DECLINE IN FUNDING.  STARTING THEN AND UNTIL JUST |
| 14:57 | 2 | BEFORE KATRINA, THE FUNDING WAS GETTING VERY TIGHT. |
| 14:57 | 3 | **Q.**   COULD YOU GIVE US AN EXAMPLE OF A PARTICULAR YEAR OR, JUST |
| 14:57 | 4 | IN A GENERAL SENSE, WHAT TYPE OF CAPABILITY THE PROJECT HAD AND |
| 14:57 | 5 | THEN WHAT TYPE OF FUNDING YOU MIGHT HAVE RECEIVED. |
| 14:57 | 6 | **A.**   WELL, I THINK IN THE TWO OR THREE YEARS PRIOR TO KATRINA, |
| 14:57 | 7 | WE ALWAYS HAD A CAPABILITY OF 17 TO 20 OR MORE MILLION DOLLARS |
| 14:57 | 8 | IN A GIVEN YEAR, WHICH WE WERE VERY FORTUNATE IF WE GOT |
| 14:57 | 9 | $5 MILLION IN THOSE YEARS TO CONTINUE CONSTRUCTION. |
| 14:57 | 10 | **Q.**   WHY DO YOU SAY IF YOU WERE FORTUNATE? |
| 14:57 | 11 | **A.**   BECAUSE SOME PROJECTS DIDN'T GET ANYTHING, SO WE WERE |
| 14:57 | 12 | FORTUNATE TO GET MONEY AT ALL. |
| 14:57 | 13 | **Q.**   DURING THAT TIME, THEN, FROM THE TIME YOU WERE SENIOR |
| 14:57 | 14 | PROJECT MANAGER IN 1998 TO 2007, WHAT ROLE DID YOU PLAY IN |
| 14:57 | 15 | PREPARING THE CORPS' ANNUAL BUDGET?  I'M SPEAKING NOW ABOUT THE |
| 14:57 | 16 | CORPS OF ENGINEERS NATIONALLY. |
| 14:57 | 17 | **A.**   I PREPARED THE BASIC DOCUMENTS FOR THE PROJECTS THAT I |
| 14:57 | 18 | MANAGED, INCLUDING LAKE PONTCHARTRAIN AND VICINITY.  THOSE |
| 14:57 | 19 | DOCUMENTS WERE PREPARED ACCORDING TO FORMATS THAT WERE GIVEN TO |
| 14:57 | 20 | ME, AND I SENT THOSE TO OUR PROGRAMS OFFICE TO COMPILE THEM, |
| 14:58 | 21 | AND SENT THEM ON UP THE LINE TO WASHINGTON. |
| 14:58 | 22 | **Q.**   WE ARE GOING TO LOOK AT AN EXHIBIT THAT'S MARKED DX-0515R. |
| 14:58 | 23 | THIS IS A SPREADSHEET CONTAINING ALL OF THE FLOOD DAMAGE |
| 14:58 | 24 | REDUCTION PROJECTS IN THE MISSISSIPPI VALLEY DIVISION FISCAL |
| 14:58 | 25 | YEAR 2006.  IS THIS THE TYPE OF DOCUMENT THAT YOU JUST |

14:58   1   DESCRIBED IN THE SENSE THAT YOU INPUTTED INFORMATION INTO

14:58   2   DOCUMENTS LIKE THIS?

14:58   3   **A.**   YES.   IN THE LATER YEARS OF MY TENURE AS SENIOR PROJECT

14:58   4   MANAGER, THAT'S WHAT WE WOULD PROVIDE.

14:58   5   **Q.**   I'M GOING TO GO THROUGH THIS IN A LITTLE BIT MORE DETAIL

14:58   6   WITH YOU SO THE COURT GETS A GOOD UNDERSTANDING OF EXACTLY WHAT

14:58   7   THIS DOCUMENT IS AND HOW IT GATHERED INFORMATION, BUT COULD YOU

14:58   8   JUST BRIEFLY DESCRIBE WHAT IT IS.

14:58   9   **A.**   WELL, BASICALLY, THIS SHOWS VARIOUS PROJECTS THAT ARE

14:58   10   DIVIDED INTO INCREMENTS.   FOR EXAMPLE, LAKE PONTCHARTRAIN IS

14:58   11   DIVIDED INTO INCREMENTS, BASIC FUNDING LEVELS, AND THEN YOU ADD

14:58   12   INCREMENTS TO IT UNTIL YOU REACH THE FULL CAPABILITY

14:59   13   REQUIREMENTS THAT YOU HAVE.

14:59   14          EACH PROJECT HAS DIFFERENT INCREMENTS, AND THE

14:59   15   CONGRESS -- I MEAN, SO WHEN WE SUBMIT THESE PROJECTS

14:59   16   INCREMENTALLY, THE DECISION MAKERS THEN DETERMINE WHICH

14:59   17   INCREMENTS TO FUND.   THEY CAN FUND THE BASIC INCREMENTS OR ADD

14:59   18   INCREMENTS TO IT AS THEY WENT DOWN THE PRIORITY LIST.

14:59   19   **Q.**   OKAY.   SO EACH ROW IN THIS DOCUMENT, 515R, THAT DOESN'T

14:59   20   NECESSARILY REPRESENT A PROJECT.   YOUR TESTIMONY IS THAT IT

14:59   21   COULD ALSO SIMPLY BE AN INCREMENT OF A PROJECT.

14:59   22   **A.**   THAT'S CORRECT.   IT'S A PIECE OR AN INCREMENT OF A

14:59   23   PROJECT, A DISTINCT PIECE OF A PROJECT REQUESTING FUNDING.

14:59   24   **Q.**   HOW ARE PROJECTS BROKEN INTO INCREMENTS?

14:59   25   **A.**   WELL, GENERALLY, IT DEPENDS ON THE PROJECT.   IN THIS CASE

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:59 | 1 | LAKE PONTCHARTRAIN WAS DIVIDED BY FOUR INCREMENTS:  THE FIRST |
| 14:59 | 2 | INCREMENT BEING BASIC MINIMAL-LEVEL FUNDING TO KEEP ENGINEERING |
| 14:59 | 3 | AND DESIGN UNDERWAY; THEN THERE'S ANOTHER INCREMENT TO CONTINUE |
| 14:59 | 4 | CONSTRUCTION AND DESIGN; THEN ANOTHER INCREMENT TO START |
| 14:59 | 5 | CONSTRUCTION OF SOME CONTRACTS; AND THE FOURTH INCREMENT TO |
| 14:59 | 6 | CONSTRUCT EVEN MORE CONTRACTS. |
| 15:00 | 7 | Q.   IT'S THE CASE THAT YOU COULD HAVE A SITUATION WHERE ONE OR |
| 15:00 | 8 | MORE INCREMENTS COULD BE FUNDED, BUT OTHERS NOT, IN A GIVEN |
| 15:00 | 9 | PARTICULAR YEAR? |
| 15:00 | 10 | A.   THAT'S CORRECT. |
| 15:00 | 11 | Q.   NOW, YOU TESTIFIED THAT YOU INPUTTED INFORMATION RELATIVE |
| 15:00 | 12 | TO THE PROJECTS THAT YOU MANAGED? |
| 15:00 | 13 | A.   THAT'S CORRECT. |
| 15:00 | 14 | Q.   IF WE COULD TAKE A LOOK AT I BELIEVE IT'S THE FOURTH ROW |
| 15:00 | 15 | ON THIS DOCUMENT, 515R. |
| 15:00 | 16 | A.   YES. |
| 15:00 | 17 | Q.   DO YOU SEE AN ENTRY ON THAT ROW FOR THE LAKE PONTCHARTRAIN |
| 15:00 | 18 | AND VICINITY HURRICANE PROTECTION PROJECT? |
| 15:00 | 19 | A.   I DO. |
| 15:01 | 20 | Q.   WERE YOU RESPONSIBLE FOR INPUTTING THE INFORMATION |
| 15:01 | 21 | CONTAINED ON THAT ROW? |
| 15:01 | 22 | A.   I WAS. |
| 15:01 | 23 | Q.   THE PROJECTS LISTED ON THIS SPREADSHEET, 515R, THESE ARE |
| 15:01 | 24 | FLOOD DAMAGE REDUCTION PROJECTS? |
| 15:01 | 25 | A.   IF YOU LOOK AT THE FIRST COLUMN, THE "FDR," THAT'S WHAT |

3471

15:01    1    THAT STANDS FOR.  NO NAVIGATION PROJECTS.  NO O&M PROJECTS

15:01    2    (OPERATION AND MAINTENANCE PROJECTS).  NO ENVIRONMENTAL

15:01    3    PROJECTS.  THESE ARE STRICTLY FLOOD DAMAGE REDUCTION PROJECTS.

15:01    4    **Q.**   THOSE OTHER TYPES OF PROJECTS THAT YOU MENTIONED, WERE

15:01    5    THEY FUNDED IN FISCAL YEAR 2006?

15:01    6    **A.**   SOME WERE; SOME WEREN'T.

15:01    7    **Q.**   BUT THEY ARE NOT ON THIS LIST?

15:01    8    **A.**   THEY MIGHT ALL BE ON THIS LIST, BUT THEY MAY SHOW ZERO

15:01    9    FUNDING ULTIMATELY.

15:01   10    **Q.**   WELL, IF THIS LIST ONLY CONTAINED THE FLOOD DAMAGE

15:02   11    REDUCTION PROJECTS --

15:02   12    **A.**   YES, ONLY FLOOD DAMAGE REDUCTION PROJECTS.

15:02   13    **Q.**   -- FROM THE MISSISSIPPI VALLEY DIVISION, WOULD THERE BE

15:02   14    OTHER LISTS PREPARED THAT CONTAINED THE SAME SORT OF

15:02   15    INFORMATION FOR OTHER TYPES OF WORK?

15:02   16    **A.**   YES.  ALL THE APPROPRIATIONS HAD SIMILAR TYPES OF

15:02   17    DOCUMENTS, AND ALL THE DIVISIONS THROUGHOUT THE CORPS PREPARED

15:02   18    SIMILAR TYPES OF DOCUMENTS, AND THEY WOULD ALL BE ASSEMBLED

15:02   19    INTO A MASSIVE BUDGET DOCUMENT IN WASHINGTON.

15:02   20         **MR. BRUNO:**  YOUR HONOR, CAN I HAVE THE DATE?  WHAT

15:02   21    YEAR ARE WE IN?

15:02   22         **THE COURT:**  2006.

15:02   23           AM I CORRECT, COUNSEL?

15:02   24         **MR. EHRLICH:**  THAT'S RIGHT, YOUR HONOR.  IT'S

15:02   25    FISCAL YEAR 2006.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:02 | 1 | **THE COURT:**  FISCAL YEAR 2006. |
| 15:02 | 2 | **MR. BRUNO:**  MAY I KNOW THE RELEVANCE, YOUR HONOR?  I |
| 15:02 | 3 | HAVE NO IDEA HOW THIS COULD BE RELEVANT TO THIS CASE.  IT'S |
| 15:02 | 4 | 2006. |
| 15:02 | 5 | **THE COURT:**  I'LL LET COUNSEL EXPLAIN. |
| 15:02 | 6 | COUNSEL, HE'S OBJECTING TO THE RELEVANCE -- |
| 15:02 | 7 | **MR. EHRLICH:**  RIGHT, YOUR HONOR.  WE ARE USING THE |
| 15:02 | 8 | DOCUMENT TO SHOW HOW HEADQUARTERS GATHERS INFORMATION FROM THE |
| 15:02 | 9 | DISTRICTS TO DECIDE HOW TO PRIORITIZE PROJECTS FOR FUNDING. |
| 15:02 | 10 | NOW, IN ADDITION, YOUR HONOR, I THINK MR. NAOMI |
| 15:02 | 11 | WILL EXPLAIN THAT SOME OF THIS WORK, GATHERING THIS |
| 15:03 | 12 | INFORMATION, WAS DONE, OBVIOUSLY, PRIOR TO 2006.  IN ADDITION, |
| 15:03 | 13 | I BELIEVE THERE WILL BE TESTIMONY THAT STATES THAT THE PROCESS |
| 15:03 | 14 | FOR PRIOR YEARS WAS SIMILAR TO THIS YEAR, 2006. |
| 15:03 | 15 | **MR. BRUNO:**  YOUR HONOR, MY UNDERSTANDING FROM THE |
| 15:03 | 16 | DEPOSITION OF MR. LUISA IS THAT THIS PARTICULAR FORM OF |
| 15:03 | 17 | DOCUMENT WAS NEVER USED BEFORE 2003. |
| 15:03 | 18 | THE SECOND PROBLEM WE HAVE WITH THIS ENTIRE LINE |
| 15:03 | 19 | IS I HAVE NO EARTHLY IDEA HOW THIS RELATES TO THE MRGO.  I |
| 15:03 | 20 | THOUGHT THE DEFENDANT'S POSITION WAS THAT THE LEVEES WERE -- |
| 15:03 | 21 | **THE COURT:**  I THINK HE IS GOING, IT SEEMS TO ME, ONE, |
| 15:03 | 22 | IT'S THE PROCESS THAT THE CORPS IS REQUIRED TO GO THROUGH AND |
| 15:03 | 23 | IT DOES GO THROUGH IN ORDER TO PLAN AND FUND VARIOUS PROJECTS. |
| 15:03 | 24 | **MR. EHRLICH:**  RIGHT.  WE ARE TALKING ABOUT THE |
| 15:03 | 25 | LAKE PONTCHARTRAIN HURRICANE PROTECTION PROJECT WITH MR. NAOMI, |

| | | |
|---|---|---|
| 15:03 | 1 | WHO WAS THE SENIOR PROJECT MANAGER. |
| 15:03 | 2 |        THE COURT:  TO THAT EXTENT, AND IF YOU CAN POINT OUT |
| 15:03 | 3 | ON CROSS-EXAMINATION IT ONLY GOES BACK TO 2003, WELL -- |
| 15:04 | 4 |        MR. BRUNO:  THANK YOU, JUDGE. |
| 15:04 | 5 |        THE COURT:  GO AHEAD, SIR.  AT LEAST THIS FORM.  I'M |
| 15:04 | 6 | SURE THE PROCESS GOES BACK IN TIME TO THE BEGINNING OF THE |
| 15:04 | 7 | CORPS. |
| 15:04 | 8 | BY MR. EHRLICH: |
| 15:04 | 9 | Q.   MR. NAOMI, JUST TO MAKE SURE WE HAVE ESTABLISHED THESE |
| 15:04 | 10 | POINTS, THIS DOCUMENT, 515R, ONLY PERTAINS TO THE MISSISSIPPI |
| 15:04 | 11 | VALLEY DIVISION? |
| 15:04 | 12 | A.   THAT'S CORRECT. |
| 15:04 | 13 | Q.   THERE ARE OTHER DIVISIONS AROUND THE COUNTRY? |
| 15:04 | 14 | A.   THAT IS CORRECT. |
| 15:04 | 15 | Q.   THEY LIKELY PREPARE SIMILAR DOCUMENTS THAT CONTAIN SIMILAR |
| 15:04 | 16 | INFORMATION FOR PROJECTS NOT FROM NEW ORLEANS? |
| 15:04 | 17 | A.   THAT'S CORRECT. |
| 15:04 | 18 |        THE COURT:  IT GOES BASICALLY, I SEE, FROM MINNESOTA |
| 15:04 | 19 | TO LOUISIANA, INSIDE THEREOF? |
| 15:04 | 20 |        THE WITNESS:  YES, SIR.  THAT'S IN OUR DIVISION, AND |
| 15:04 | 21 | THEN OTHER DIVISIONS AROUND THE COUNTRY HAVE SIMILAR DOCUMENTS. |
| 15:04 | 22 | BY MR. EHRLICH: |
| 15:04 | 23 | Q.   IF WE COULD LOOK AT DX-0517, PLEASE.  WHAT IS THIS |
| 15:05 | 24 | DOCUMENT AND HOW IS IT DIFFERENT FROM THE PREVIOUS DOCUMENT? |
| 15:05 | 25 | A.   WELL, THIS IS STRICTLY OF THE LAKE PONTCHARTRAIN AND |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:05 | 1 | VICINITY PROJECT SHOWING THE FOUR INCREMENTS THAT WERE IN THE |
| 15:05 | 2 | BUDGET FOR THE FISCAL YEAR 2006. |
| 15:05 | 3 | Q.   NOW, IF YOU WORK WITH ME, WE ARE GOING TO USE THIS EXHIBIT |
| 15:05 | 4 | TO EXPLAIN TO THE COURT SOME OF THE INFORMATION THAT YOU |
| 15:05 | 5 | PROVIDED UP THE CHAIN OF COMMAND. |
| 15:05 | 6 | THERE IS A COLUMN AT THE TOP ROW LABELED "DIS RANK." |
| 15:05 | 7 | DO YOU SEE THAT COLUMN? |
| 15:05 | 8 | A.   YES, SIR. |
| 15:05 | 9 | Q.   WHAT'S THE INFORMATION CONTAINED IN THAT? |
| 15:05 | 10 | A.   THAT IS THE RANKING THAT IS DETERMINED FOR THE NEW ORLEANS |
| 15:05 | 11 | DISTRICT. |
| 15:05 | 12 | Q.   IF WE COULD SCROLL DOWN A LITTLE BIT, WE'LL BE ABLE TO SEE |
| 15:05 | 13 | THE ENTRY THERE.  HOW DOES THE DISTRICT RANK PROJECTS? |
| 15:06 | 14 | A.   WELL, THAT'S A GOOD QUESTION.  I MEAN, I WAS NOT INVOLVED |
| 15:06 | 15 | IN THE RANKING.  THAT WAS DONE BY DECISION MAKERS IN OUR OWN |
| 15:06 | 16 | DISTRICT.  IN THIS CASE THE RANKING IS DETERMINED BY OUR |
| 15:06 | 17 | PROGRAMS AND SENIOR MANAGEMENT. |
| 15:06 | 18 | Q.   DO YOU HAVE A SENSE AS TO WHAT WOULD CAUSE ONE PROJECT TO |
| 15:06 | 19 | BE RANKED HIGHER THAN ANOTHER IN THE DISTRICT? |
| 15:06 | 20 | A.   CRITICALITY, THE STATUS OF COMPLETION, IF THERE ARE OTHER |
| 15:06 | 21 | MAJOR GAPS OR PROBLEMS WITH THAT PARTICULAR PROJECT, VARIOUS |
| 15:06 | 22 | CRITERIA THAT THEY MIGHT USE, BENEFIT/COSTS -- A LOT OF THINGS |
| 15:06 | 23 | THAT THEY COULD USE TO DETERMINE RANKINGS. |
| 15:06 | 24 | Q.   WHAT DO YOU MEAN BY *CRITICALITY*? |
| 15:06 | 25 | A.   CRITICALITY COULD BE THAT IF A PROJECT HAS A MAJOR OPENING |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:06 | 1 | OR GAP, THEY MAY CHOOSE TO PUSH FUNDINGS THAT WAY TO HELP CLOSE |
| 15:06 | 2 | GAPS IN PROTECTION PROJECTS THAT ARE CRITICAL TO PROTECTION OF |
| 15:06 | 3 | LIVES AND PROPERTY. |
| 15:06 | 4 | **Q.**   IS THE DISTRICT GIVEN INFORMATION FROM HEADQUARTERS AS TO |
| 15:06 | 5 | WHAT CRITERIA IT SHOULD USE IN RANKING PROJECTS? |
| 15:07 | 6 | **A.**   I THINK THEY ARE, BUT AGAIN I WAS NOT INVOLVED IN THAT |
| 15:07 | 7 | LEVEL OF DECISION MAKING. |
| 15:07 | 8 | **Q.**   WOULD YOU LOOK AT THE NEXT COLUMN.  THERE'S ONE LABELED |
| 15:07 | 9 | "MSC RANK." |
| 15:07 | 10 | **A.**   YEAH.  THAT IS OUR DIVISION OFFICE RANKING.  THAT'S FOR |
| 15:07 | 11 | ALL SIX DIVISIONS IN THE MISSISSIPPI VALLEY. |
| 15:07 | 12 | **Q.**   NOW, YOU DID NOT INPUT THE INFORMATION IN THAT CELL, DID |
| 15:07 | 13 | YOU? |
| 15:07 | 14 | **A.**   NO, I DID NOT. |
| 15:07 | 15 | **Q.**   DO YOU KNOW WHERE THAT INFORMATION COMES FROM? |
| 15:07 | 16 | **A.**   THAT CAME FROM OUR DIVISION OFFICE IN VICKSBURG. |
| 15:07 | 17 | **Q.**   THERE'S ALSO A COLUMN MARKED "HQ." |
| 15:07 | 18 | **A.**   YES, SIR.  THAT IS HEADQUARTERS' RANKING IN WASHINGTON, |
| 15:07 | 19 | D.C. |
| 15:07 | 20 | **Q.**   DO YOU KNOW WHAT THE VALUES ARE THAT ARE PUT INTO THAT |
| 15:07 | 21 | COLUMN IN EACH ROW FOR EACH INCREMENT? |
| 15:07 | 22 | **A.**   GENERALLY, WHAT HAPPENS IS HEADQUARTERS WILL RANK PROJECTS |
| 15:07 | 23 | 1, 2, OR 3.  PROJECTS WITH A RANKING OF 1 WOULD GENERALLY BE |
| 15:07 | 24 | FUNDED.  2'S MIGHT BE.  3'S, UNDER THOSE CIRCUMSTANCES, |
| 15:07 | 25 | PROBABLY WOULDN'T BE FUNDED. |

15:08    1   **Q.**   WHAT WE ARE LOOKING AT HERE IS THE FIRST ROW ON DX-517.

15:08    2   **A.**   RIGHT.

15:08    3   **Q.**   THE RANK THAT HEADQUARTERS GAVE THIS PROJECT FOR THIS

15:08    4   FISCAL YEAR WAS A 1?

15:08    5   **A.**   FOR THAT INCREMENT, THAT FIRST INCREMENT.

15:08    6   **Q.**   THERE'S ANOTHER COLUMN LABELED "BCR."

15:08    7   **A.**   YES.  THAT'S BENEFIT/COST RATIO.  THAT'S THE OVERALL

15:08    8   BENEFIT/COST RATIO FOR THE PROJECT.

15:08    9   **Q.**   YOU ENTERED THE INFORMATION FOR THAT?

15:08   10   **A.**   YES, I DID.

15:08   11   **Q.**   THERE ARE TWO COLUMNS AT THE END THAT I WOULD LIKE TO

15:08   12   DISCUSS ALSO.  ONE IS LABELED "CONSEQUENCES."  WHAT IS THE

15:08   13   "CONSEQUENCES" COLUMN FOR?

15:08   14   **A.**   THAT DESCRIBES THE CONSEQUENCES OF NOT FUNDING THIS

15:08   15   PARTICULAR INCREMENT AND DESCRIBING TO HEADQUARTERS, IF THAT

15:08   16   FUNDING IS NOT PROVIDED, WHAT THE POSSIBLE CONSEQUENCES MIGHT

15:08   17   BE.

15:08   18   **Q.**   CAN YOU READ WHAT YOU INPUTTED INTO THE "CONSEQUENCES"

15:08   19   CELL FOR THIS PROJECT FOR THIS FISCAL YEAR.

15:09   20   **A.**   YES.  IT SAYS:

15:09   21           "SETTLEMENT OF EXISTING LEVEES HAS COMPROMISED LEVEL

15:09   22   OF PROTECTION.  CATASTROPHIC LEVEE SYSTEM FAILURE DUE TO

15:09   23   HURRICANE POSES THREATS TO ONE MILLION PEOPLE AND NATIONAL

15:09   24   ECONOMY."

15:09   25   **Q.**   TWO COLUMNS OVER, THERE'S A COLUMN LABELED "REMARKS."

FINAL DAILY COPY

15:09   1   COULD YOU PLEASE READ WHAT YOU INPUT INTO THAT CELL.

15:09   2   **A.**   IT SAYS:

15:09   3          "OVER $11 BILLION IN BENEFITS DUE TO FLOOD DAMAGES

15:09   4   PREVENTED HAVE BEEN GENERATED BY THIS PROJECT THROUGH 2002.

15:09   5   FEDERAL AND LOCAL SPONSORS HAVE EXPENDED OVER $600 MILLION ON

15:09   6   CONSTRUCTION THUS FAR.  FAILURE TO CONTINUE CONSTRUCTION WILL

15:09   7   JEOPARDIZE THESE INVESTMENTS.  THE LEVEES NEED TO BE RAISED AND

15:09   8   LAST MAJOR STRUCTURES NEED TO BE COMPLETED TO ENSURE PROTECTION

15:09   9   FROM DESIGN HURRICANES.  THE PROJECT PROTECTS NEW ORLEANS METRO

15:09   10  AREA.  PROJECT UNDERFUNDED OVER LAST THREE BUDGET CYCLES."

15:10   11  **Q.**   MR. NAOMI, AS COUNSEL POINTED OUT, THE INFORMATION ON THIS

15:10   12  SPREADSHEET IS FOR FISCAL YEAR 2006.  DID YOU PROVIDE SIMILAR

15:10   13  INFORMATION UP THE CHAIN OF COMMAND TO THE DIVISION LEVEL AND

15:10   14  ULTIMATELY TO HEADQUARTERS FOR PREVIOUS YEARS?

15:10   15  **A.**   YES.  MAYBE NOT NECESSARILY IN THIS FORMAT, BUT IT WAS

15:10   16  PROVIDED.

15:10   17  **Q.**   TURNING BACK TO FISCAL YEAR 2006 AND INFORMATION CONTAINED

15:10   18  ON DX-0517, DO YOU KNOW WHICH OF THE FOUR INCREMENTS OF YOUR

15:10   19  PROJECT ULTIMATELY RECEIVED FUNDING THAT FISCAL YEAR?

15:10   20  **A.**   I THINK THE FIRST TWO INCREMENTS WERE FUNDED.

15:10   21  **Q.**   I MEAN, WHAT WOULD HAVE HAPPENED TO THE WORK THAT WAS

15:10   22  PLANNED BUT COULD NOT BE PERFORMED DUE TO A LACK OF FUNDING?

15:10   23  **A.**   AS USUAL, IF WE DON'T GET FUNDS TO DO INCREMENTS, THEN

15:10   24  THOSE INCREMENTS ARE DELAYED TO THE FOLLOWING FISCAL YEAR UNTIL

15:10   25  WE REQUEST FUNDING AGAIN.

15:11   1   **Q.**   SO YOU REQUEST FUNDING YEAR AFTER YEAR UNTIL ULTIMATELY IT

15:11   2   IS RECEIVED?

15:11   3   **A.**   UNTIL THE FUNDS ARE PROVIDED AND THOSE CONTRACTS CAN BE

15:11   4   CONSTRUCTED.  IF THE FUNDS ARE NOT PROVIDED, WE HAVE TO KEEP

15:11   5   DELAYING THEM UNTIL THE FUNDS CAN BE PROVIDED.

15:11   6   **Q.**   COULD YOU PLEASE DESCRIBE THE WORK THAT, IN THIS

15:11   7   PARTICULAR CASE, WOULD HAVE BEEN PERFORMED ACCORDING TO THE TWO

15:11   8   INCREMENTS THAT WERE NOT FUNDED FOR FISCAL YEAR 2006.

15:11   9   **A.**   THERE'S A NUMBER OF CONTRACTS WE WOULD HAVE LIKED TO HAVE

15:11   10   STARTED.  THERE WERE LEVEE IMPROVEMENTS IN ST. BERNARD PARISH

15:11   11   AND IN EAST NEW ORLEANS.  THERE WERE FLOOD-PROOF BRIDGES IN

15:11   12   ORLEANS PARISH, PROTECTION OF MAJOR PUMP STATIONS IN

15:11   13   ORLEANS PARISH, LEVEES IN JEFFERSON PARISH, AND LEVEES AND

15:11   14   STRUCTURES IN ST. CHARLES PARISH THAT NEEDED TO BE FUNDED.

15:11   15   **Q.**   WITH RESPECT TO OTHER FISCAL YEARS, WHAT TYPE OF WORK WAS

15:11   16   NOT PERFORMED DUE TO A LACK OF FUNDING?

15:11   17   **A.**   WELL, IN PREVIOUS FISCAL YEARS, BASICALLY, THOSE SAME

15:11   18   CONTRACTS HAD BEEN DELAYED, SOME OF THEM FOR AT LEAST THREE

15:11   19   YEARS.

15:11   20   **Q.**   NOW, MR. NAOMI, YOU HAVE TESTIFIED THAT, AFTER YOU

15:11   21   COMPILED THE INFORMATION THAT YOU WERE RESPONSIBLE FOR ENTERING

15:12   22   INTO THESE TYPES OF SPREADSHEETS, YOU SENT THEM UP THE CHAIN OF

15:12   23   COMMAND?

15:12   24   **A.**   THAT'S CORRECT.

15:12   25   **Q.**   ULTIMATELY, THE PRESIDENT WOULD RECOMMEND A BUDGET TO

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:12 | 1 | CONGRESS; IS THAT RIGHT? |
| 15:12 | 2 | **A.**   THAT'S CORRECT. |
| 15:12 | 3 | **Q.**   WHEN WOULD YOU FIRST BECOME AWARE AS TO WHETHER THE |
| 15:12 | 4 | PROJECTS THAT YOU WERE RESPONSIBLE FOR WERE GOING TO BE |
| 15:12 | 5 | INCLUDED IN THE PRESIDENT'S BUDGET FOR FUNDING? |
| 15:12 | 6 | **A.**   WELL, I WOULD FIND OUT WHEN THE PRESIDENT RELEASED HIS |
| 15:12 | 7 | BUDGET.  GENERALLY SPEAKING, WHEN HE RELEASED THE BUDGET |
| 15:12 | 8 | PUBLICLY AND IT WAS SENT TO CONGRESS, WE WOULD LOOK AT THE |
| 15:12 | 9 | VARIOUS LINE ITEMS IN THE BUDGET TO DETERMINE WHAT KIND OF |
| 15:12 | 10 | LEVEL OF FUNDING HE WAS RECOMMENDING. |
| 15:12 | 11 | **Q.**   SO THIS WAS AFTER THE PRESIDENT SENT HIS BUDGET TO |
| 15:12 | 12 | CONGRESS BUT BEFORE CONGRESS ACTED ON IT? |
| 15:12 | 13 | **A.**   THAT'S CORRECT. |
| 15:12 | 14 | **Q.**   WHEN YOU WOULD LEARN SUCH INFORMATION, FOR EXAMPLE, YOUR |
| 15:12 | 15 | PROJECT HAD $20 MILLION IN CAPABILITY, BUT THE PRESIDENT WAS |
| 15:12 | 16 | RECOMMENDING A FAR LOWER AMOUNT -- YOU'RE THE PROJECT MANAGER. |
| 15:12 | 17 | THIS IS A PROJECT THAT'S INTENDED TO PROTECT HUNDREDS OF |
| 15:12 | 18 | THOUSANDS OF PEOPLE HERE IN NEW ORLEANS.  WOULD YOU PICK UP THE |
| 15:13 | 19 | PHONE AND CALL A MEMBER OF CONGRESS AND SAY, "LOOK, THE |
| 15:13 | 20 | PRESIDENT'S BUDGET IS NOT GOING TO FUND THIS PROJECT ADEQUATELY |
| 15:13 | 21 | FOR ME TO PROTECT THE PEOPLE"? |
| 15:13 | 22 | **A.**   ABSOLUTELY NOT.  THAT'S STRICTLY PROHIBITED. |
| 15:13 | 23 | **Q.**   WHY WOULD YOU NOT DO THAT? |
| 15:13 | 24 | **A.**   BECAUSE I WORK FOR THE PRESIDENT, OR THE PEOPLE OF THE |
| 15:13 | 25 | CORPS WORK FOR THE PRESIDENT.  WE ARE MEMBERS OF THE EXECUTIVE |

| 15:13 | 1 | BRANCH, AND WE HAVE TO SUPPORT THE PRESIDENT'S BUDGET.  WE ARE |
|---|---|---|

15:13  1  BRANCH, AND WE HAVE TO SUPPORT THE PRESIDENT'S BUDGET.  WE ARE

15:13  2  NOT PERMITTED TO LOBBY CONGRESS FOR FUNDS.

15:13  3  **Q.**   WAS THERE ANY ACTION THAT YOU DID TAKE AFTER YOU LEARNED

15:13  4  THAT THE PRESIDENT WAS NOT RECOMMENDING FUNDING TO A LEVEL THAT

15:13  5  YOU CONSIDERED NECESSARY?

15:13  6  **A.**   WELL, PART OF MY DUTIES AS SENIOR PROJECT MANAGER, IT'S

15:13  7  INCUMBENT UPON ME TO LET THE LOCAL SPONSORS KNOW, THE LEVEE

15:13  8  DISTRICTS KNOW WHAT LEVEL OF FUNDING THEY COULD EXPECT BECAUSE

15:13  9  THEY WERE 30 PERCENT COST-SHARE PARTNERS AND THEY HAVE A

15:13  10  RESPONSIBILITY TO MATCH OUR FUNDING LEVELS.  SO I IMMEDIATELY

15:13  11  WOULD LET THEM KNOW THE LEVEL OF FUNDING THAT WAS ANTICIPATED

15:13  12  FOR THE NEXT FISCAL YEAR SO THEY COULD THEN PREPARE.  IF THEY

15:13  13  HAD CONCERNS ABOUT IT, THEY COULD THEN TALK TO THEIR

15:14  14  CONGRESSIONAL DELEGATION TO SEE IF THEY COULD MAKE CHANGES.

15:14  15  **Q.**   IF WE COULD PLEASE LOOK AT DX-1064R.  DO YOU RECOGNIZE

15:14  16  THIS DOCUMENT, MR. NAOMI?

15:14  17  **A.**   YES.

15:14  18  **Q.**   WHAT IS IT?

15:14  19  **A.**   IT'S A POWERPOINT SLIDE THAT I PREPARED DESCRIBING FUNDING

15:14  20  REQUIREMENTS FOR THE PROJECT.

15:14  21  **Q.**   HOW WOULD YOU USE THIS DOCUMENT?

15:14  22  **A.**   I WOULD USE THIS IN VARIOUS PRESENTATIONS THAT I WOULD

15:14  23  MAKE TO THE LEVEE DISTRICTS AND TO THE PUBLIC IN DESCRIBING

15:14  24  FUNDING ISSUES AND FUNDING FOR THE PROJECT.

15:14  25  **Q.**   IF WE COULD PLEASE LOOK AT PAGE 3 OF THIS DOCUMENT.  WHAT

15:14  1  DOES THIS MEAN?

15:14  2  A.   THIS DESCRIBES THE PRESIDENT'S FISCAL YEAR 2005 BUDGET OF

15:14  3  $3.9 MILLION AND DESCRIBED THE NEEDED FUNDS FOR 2005 AS

15:14  4  $22 MILLION.  IN THIS CASE IT WAS $6 MILLION OF THAT WAS GOING

15:14  5  TO BE USED IN JEFFERSON PARISH.  OBVIOUSLY, THIS WAS A

15:14  6  PRESENTATION MADE TO JEFFERSON PARISH OFFICIALS.

15:15  7          THEN AT THE END IT DESCRIBES THAT THE LEVEES ARE

15:15  8  SINKING AT A RATE OF 3 TO 4 INCHES A YEAR AND THAT THE FUNDING

15:15  9  LEVELS CANNOT KEEP UP WITH THAT SETTLEMENT.

15:15  10  Q.   PLEASE TURN TO PAGE 2 OF THIS DOCUMENT.  CAN YOU PLEASE

15:15  11  TELL THE COURT WHAT THIS SHOWS.

15:15  12  A.   THE RED CROSSHATCHED AREAS SHOW THE LEVEES THAT WERE IN

15:15  13  NEED OF IMPROVEMENT OR THE STRUCTURES THAT NEED TO BE

15:15  14  CONSTRUCTED THROUGHOUT A PROJECT AREA.

15:15  15  Q.   THE DOCUMENT CONTAINS IN WHITE PRINT AS POINTING OUT

15:15  16  DEFICIENCIES.  CAN YOU DESCRIBE WHAT THOSE DEFICIENCIES MEAN.

15:15  17  A.   WELL, IN THE CASE, FOR EXAMPLE, OF A 2-FOOT OR 4-FOOT

15:15  18  LEVEE DEFICIENCY, IT MEANS THAT THE LEVEE HAS SETTLED AND NEEDS

15:15  19  TO BE RAISED THAT AMOUNT TO PROVIDE THE DESIGNED LEVEL OF

15:15  20  PROTECTION.  SO THOSE ARE CONTRACTS THAT WOULD NEED TO BE

15:15  21  AWARDED THAT IN THIS CASE WE DID NOT HAVE FUNDS TO AWARD.

15:15  22  Q.   YOU STATED THAT THIS DOCUMENT PERTAINED TO FISCAL YEAR

15:15  23  2005?

15:15  24  A.   THAT'S CORRECT.

15:15  25  Q.   DID DEFICIENCIES SUCH AS THOSE IDENTIFIED IN THIS DOCUMENT

FINAL DAILY COPY

15:16    1    EXIST IN PRIOR YEARS?

15:16    2    **A.**   YES, THEY DID.

15:16    3    **Q.**   WAS THE PROJECT IN FISCAL YEAR 2005 FUNDED IN A WAY THAT

15:16    4    ALLOWED YOU TO CORRECT THOSE DEFICIENCIES?

15:16    5    **A.**   IT WAS NOT.

15:16    6              **THE COURT:**   SIR, LET ME JUST ASK YOU SO WHEN I LOOK

15:16    7    AT THIS I CAN UNDERSTAND IT.   FOR INSTANCE, THE RED

15:16    8    CROSSHATCHED ALONG REACH 2, I DON'T SEE -- AND I MAY BE MISSING

15:16    9    IT -- AN EQUIVALENT CODE, A KEY TO WHAT THAT IS.   IF WE LOOK AT

15:16   10    REACH 2, THERE ARE TWO GREEN ARROWS AND THEN IT'S RED AND

15:16   11    WHITE, IT LOOKS LIKE.   I DON'T SEE A RED AND WHITE LINE TO THE

15:16   12    LEFT.

15:16   13              **THE WITNESS:**   YOU MEAN IN THE LEGEND?

15:16   14              **THE COURT:**   YES.

15:16   15              **THE WITNESS:**   NO, IT WAS NOT IN THE LEGEND.

15:16   16              **THE COURT:**   THERE ARE VARIOUS THINGS THAT ARE THERE

15:17   17    BUT NOT IN THE LEGEND?

15:17   18              **THE WITNESS:**   NO.   THE THOUGHT PROCESS WAS THAT THE

15:17   19    TEXT THAT WAS SHOWING THE DEFICIENCIES DESCRIBED WHAT THOSE

15:17   20    WERE; BECAUSE THEY WERE RELATED TO STRUCTURES, LEVEES, VARIOUS

15:17   21    THINGS THAT WERE HARD TO EXPLAIN IN A LEGEND, SO IT WAS JUST

15:17   22    DESCRIBED ON THE MAP ITSELF.

15:17   23              **THE COURT:**   ON THE MAP ITSELF?

15:17   24              **THE WITNESS:**   YES, SIR.

15:17   25              **THE COURT:**   OKAY.   THANK YOU.

FINAL DAILY COPY

15:17  1  **BY MR. EHRLICH:**

15:17  2  **Q.**   MR. NAOMI, JUST TO CLEAR THAT UP A BIT, YOU HAD A GREEN

15:17  3  ARROW THERE ON THE BOTTOM FOR CONTROL STRUCTURE.  WHAT IS A

15:17  4  CONTROL STRUCTURE?

15:17  5  **A.**   WELL, IN THIS CASE IT'S LIKE THE BAYOU BIENVENUE FLOOD

15:17  6  DAMAGE REDUCTION PROJECTS AND BAYOU DUPRE FLOODGATES.  THEY ARE

15:17  7  STRUCTURES THAT ARE CLOSED IN THE EVENT OF A HIGH TIDE OR STORM

15:17  8  TO KEEP WATER OUT OF THE ST. BERNARD PARISH OR ORLEANS PARISH

15:17  9  AREA.

15:17  10  **Q.**   WHAT DO THE RED-AND-WHITE-CHECKERED MARKS INDICATE WITH

15:17  11  REGARD TO THE DEFICIENCY IN THE HEIGHT OF THE LEVEE ALONG THE

15:17  12  MRGO?

15:17  13  **A.**   IT SHOWS IN THIS CASE ABOUT A 2-FOOT NEED FOR RAISING IN

15:18  14  THAT AREA.

15:18  15  **Q.**   WHAT ABOUT THE DEFICIENCY ALONG THE PART OF THE GIWW UP

15:18  16  THERE TO THE NORTHEAST?

15:18  17  **A.**   THAT WAS A 3-FOOT LEVEE RAISING REQUIRED.

15:18  18          **THE COURT:**  I SEE THE WRITING.  THANK YOU.

15:18  19  **BY MR. EHRLICH:**

15:18  20  **Q.**   DID YOU MAKE PRESENTATIONS LIKE THIS TO GOVERNMENT

15:18  21  ENTITIES OTHER THAN JEFFERSON PARISH?

15:18  22  **A.**   AS I RECALL, I DID.  I DISCUSSED IT WITH ALL THE LEVEE

15:18  23  DISTRICTS THROUGHOUT THE AREA, THE FOUR LEVEE DISTRICTS, EITHER

15:18  24  IN PERSON OR SENT THEM COPIES OF THESE PRESENTATIONS FOR THEIR

15:18  25  USE.

| | | |
|---|---|---|
| 15:18 | 1 | **Q.**   IN ADDITION TO PRESENTATIONS LIKE THE ONE YOU JUST |
| 15:18 | 2 | DESCRIBED, DID YOU MAKE ANY PUBLIC APPEARANCES REGARDING THE |
| 15:18 | 3 | FUNDING SITUATION WITH THE LPV? |
| 15:18 | 4 | **A.**   WELL, I WAS INTERVIEWED BY THE PRESS.  I WAS ON VARIOUS |
| 15:18 | 5 | RADIO PROGRAMS.  I MADE PRESENTATIONS TO GROUPS, WHEN I WAS |
| 15:18 | 6 | ASKED TO, VARIOUS CIVIC GROUPS AND SUCH TO DISCUSS WITH THEM |
| 15:18 | 7 | THE PROJECT AND THE NEEDS. |
| 15:19 | 8 | **Q.**   DID YOU EVER GET A PHONE CALL IN YOUR OFFICE FROM A MEMBER |
| 15:19 | 9 | OF THE PUBLIC WHO HAD HEARD YOU DISCUSSING THE FUNDING |
| 15:19 | 10 | DEFICIENCIES? |
| 15:19 | 11 | **A.**   I NEVER GOT A PHONE CALL FROM ANYBODY WORRIED ABOUT THE |
| 15:19 | 12 | PROJECT AT ALL. |
| 15:19 | 13 | **Q.**   THIS EXHIBIT, THE LAST ONE YOU LOOKED AT, DX-1064, |
| 15:19 | 14 | PERTAINED TO FISCAL YEAR 2005.  DID YOU ENGAGE IN THIS |
| 15:19 | 15 | EDUCATION PROCESS WITH RESPECT TO THE FISCAL YEAR 2004? |
| 15:19 | 16 | **A.**   I DID. |
| 15:19 | 17 | **Q.**   WHEN WOULD YOU HAVE BEGUN THAT EFFORT? |
| 15:19 | 18 | **A.**   WELL, WHEN THE PRESIDENT'S BUDGET IS RELEASED, I WOULD |
| 15:19 | 19 | START EARLY TALKING TO THE LEVEE DISTRICTS.  IN SOME CASES I |
| 15:19 | 20 | WOULD FOLLOW UP WITH WRITTEN CORRESPONDENCE TO THEM. |
| 15:19 | 21 | **Q.**   DO YOU KNOW WHAT TIME OF YEAR?  BECAUSE I KNOW THAT THE -- |
| 15:19 | 22 | ALTHOUGH IT'S FISCAL YEAR 2004, THE WORK OF PREPARING THE |
| 15:19 | 23 | BUDGET ACTUALLY OCCURS WELL BEFORE THEN; IS THAT RIGHT? |
| 15:19 | 24 | **A.**   USUALLY, THE PRESIDENT'S BUDGET IS RELEASED IN EARLY 2003, |
| 15:19 | 25 | OR MAYBE SPRING AT THE LATEST, IN ANTICIPATION OF THE 2004 |

15:19    1    BUDGET.

15:19    2    **Q.**   DO YOU RECALL THE PROJECT'S CAPABILITY FOR FISCAL YEAR

15:20    3    2004?

15:20    4    **A.**   I THINK IT WAS AROUND $17 MILLION.

15:20    5    **Q.**   DO YOU RECALL HOW MUCH WAS RECOMMENDED FOR THE PROJECT IN

15:20    6    THE PRESIDENT'S BUDGET?

15:20    7    **A.**   IT WAS AROUND $5 MILLION OR $6 MILLION.

15:20    8    **Q.**   DO YOU RECALL HOW MUCH CONGRESS PROPOSED TO FUND THE

15:20    9    PROJECT?

15:20   10    **A.**   I THINK THEY INCREASED IT ABOUT A MILLION OR TWO OVER

15:20   11    THAT.

15:20   12    **Q.**   DID IT COME CLOSE TO THE $17 MILLION IN CAPABILITY THAT

15:20   13    YOU HAD?

15:20   14    **A.**   IT DID NOT.

15:20   15    **Q.**   I WOULD LIKE TO TAKE A LOOK AT WHAT'S BEEN MARKED DX-8076.

15:20   16    DO YOU RECOGNIZE THIS DOCUMENT?

15:20   17    **A.**   YES, SIR.

15:20   18    **Q.**   WHAT IS IT?

15:20   19    **A.**   THIS IS A LETTER THAT I PREPARED TO GO TO MR. ROBERT

15:20   20    TURNER, WHO AT THAT TIME WAS PRESIDENT OF THE LAKE BORGNE BASIN

15:20   21    LEVEE DISTRICT, DESCRIBING THE PRESIDENT'S BUDGET AND

15:20   22    DESCRIBING THE FUNDS THAT WERE INCLUDED IN THE CONGRESSIONAL

15:20   23    DISCUSSIONS RELATED TO THE PROJECT.

15:20   24    **Q.**   MR. NAOMI, I WOULD LIKE TO ASK YOU TO READ THE FIRST

15:20   25    PARAGRAPH OF THIS LETTER.

| | | |
|---|---|---|
| 15:20 | 1 | **A.** IT SAYS: |
| 15:21 | 2 | "I AM SENDING THIS LETTER TO GIVE YOU AN UPDATE ON |
| 15:21 | 3 | THE STATUS OF FUNDING FOR THE LAKE PONTCHARTRAIN AND VICINITY |
| 15:21 | 4 | HURRICANE PROTECTION PROJECT.  THE CURRENT FUNDING FOR FY 2003, |
| 15:21 | 5 | WHICH ENDS ON SEPTEMBER 30, 2003, AND THE PROPOSED FY 2004 |
| 15:21 | 6 | BUDGET WILL HAVE DIRECT IMPACTS ON ONGOING AND PROPOSED |
| 15:21 | 7 | CONTRACTS IN ST. BERNARD PARISH AND THE OTHER THREE PARISHES |
| 15:21 | 8 | BENEFITED BY THE PROJECT." |
| 15:21 | 9 | **Q.** I WOULD LIKE YOU TO READ THE LAST TWO SENTENCES OF THE |
| 15:21 | 10 | THIRD PARAGRAPH.  I'LL BLOW IT UP FOR YOU. |
| 15:21 | 11 | **A.** THE LAST HOW MANY SENTENCES? |
| 15:21 | 12 | **Q.** THE HIGHLIGHTED PART. |
| 15:21 | 13 | **A.** "THE SECOND ENCLOSURE LISTS THE CONTRACTS THAT NEED TO BE |
| 15:21 | 14 | AWARDED DURING FY 2004 BUT CANNOT BE AWARDED DUE TO A LACK OF |
| 15:21 | 15 | FUNDING.  THE TOTAL AMOUNT OF ADDITIONAL FUNDING REQUIRED IS |
| 15:21 | 16 | $11 MILLION." |
| 15:21 | 17 | **Q.** NOW, THIS TALKS ABOUT AN ENCLOSURE WITH THE LETTER.  CAN |
| 15:21 | 18 | YOU DESCRIBE THAT ATTACHMENT OR ENCLOSURE? |
| 15:21 | 19 | **A.** THAT ATTACHMENT SHOWED ALL THE CONTRACTS THAT NEEDED TO BE |
| 15:21 | 20 | AWARDED IN THE LAKE PONTCHARTRAIN AREA BY PARISH.  IN THIS CASE |
| 15:21 | 21 | ST. BERNARD PARISH WAS SHOWN ON THERE. |
| 15:21 | 22 | **Q.** MR. NAOMI, CAN YOU PLEASE READ THE FOURTH PARAGRAPH OF |
| 15:22 | 23 | THIS LETTER.  WE'LL BLOW IT UP FOR YOU. |
| 15:22 | 24 | **A.** "IF WE CANNOT AWARD NEW CONTRACTS IN FY 2004, THE BACKLOG |
| 15:22 | 25 | OF UNFINISHED WORK WILL INCREASE AND ULTIMATE COMPLETION OF THE |

15:22    1    PROJECT WILL BE DELAYED.

15:22    2              "IN ST. BERNARD PARISH, THE MOST CRITICAL ITEMS OF

15:22    3    WORK ARE CONSTRUCTION OF THE LEVEE ENLARGEMENTS BETWEEN BAYOU

15:22    4    BIENVENUE AND DUPRE STRUCTURES AND BETWEEN VERRETT AND

15:22    5    CAERNARVON.  THESE LEVEE ENLARGEMENTS ARE NECESSARY BECAUSE

15:22    6    CONTINUED SETTLEMENT IS RESULTING IN DEFICIENCIES OF 1, 2, AND

15:22    7    IN SOME CASES 3 FEET IN THE LEVEE ELEVATION.

15:22    8              "IF WE DO NOT ADDRESS THESE DEFICIENCIES SOON, THEY

15:22    9    WILL CONTINUES TO INCREASE AND THREATEN THE INTEGRITY OF THE

15:22   10    FLOOD PROTECTION SYSTEM IN CHALMETTE LOOP.  THIS MEANS THAT A

15:22   11    SIGNIFICANT STORM EVENT COULD SERIOUSLY DAMAGE NUMEROUS

15:22   12    BUSINESS RESIDENCES AND TWO MAJOR OIL REFINERIES.  THE DAMAGE

15:22   13    TO THE REFINERIES COULD RESULT IN MAJOR NATIONAL ECONOMIC

15:22   14    IMPACTS AS WELL AS SERIOUS ENVIRONMENTAL IMPACTS.  THE PROPOSED

15:22   15    FUNDING LEVELS IN FY 2004 WILL LIKELY PREVENT US FROM AWARDING

15:23   16    THESE CONTRACTS."

15:23   17    Q.   PLEASE LOOK AT DX-0877.  CAN YOU DESCRIBE THAT DOCUMENT.

15:23   18    A.   IT'S A SIMILAR LETTER THAT I SENT TO THE PRESIDENT OF THE

15:23   19    EAST JEFFERSON LEVEE DISTRICT, MR. RONALD ZIBILICH, DESCRIBING

15:23   20    THE SAME FUNDING SITUATION, BUT I'M TRYING TO HIGHLIGHT THE

15:23   21    JEFFERSON PARISH IMPACTS.

15:23   22    Q.   PLEASE LOOK AT DX-0874.  WHAT IS THAT?

15:23   23    A.   THIS LETTER WAS SENT TO MR. JOE GAUTREAUX, THE PRESIDENT

15:23   24    OF THE PONTCHARTRAIN LEVEE DISTRICT.  THEY WERE RESPONSIBLE FOR

15:23   25    THE ST. CHARLES PARISH PORTION OF THE PROJECT.

| | | |
|---|---|---|
| 15:23 | 1 | **Q.**   LOOK AT DX-0875. |
| 15:23 | 2 | **A.**   THAT LETTER WAS SENT TO MR. JAMES HUEY, PRESIDENT OF THE |
| 15:23 | 3 | ORLEANS LEVEE DISTRICT, DESCRIBING AGAIN THE IMPACTS OF THE |
| 15:23 | 4 | FUNDING ISSUES ON THE PROJECT FOR THAT FISCAL YEAR. |
| 15:24 | 5 | **Q.**   MR. NAOMI, DO YOU KNOW WHETHER MR. HUEY TOOK ANY ACTION IN |
| 15:24 | 6 | RESPONSE TO THE LETTER THAT YOU SENT HIM? |
| 15:24 | 7 | **A.**   YES.  I BELIEVE HE DID TAKE SIGNIFICANT ACTION.  HE SENT |
| 15:24 | 8 | SEVERAL LETTERS TO ELECTED OFFICIALS, BOTH LOCALLY ON THE STATE |
| 15:24 | 9 | LEVEL AND AT THE FEDERAL LEVEL. |
| 15:24 | 10 | **Q.**   HOW DO YOU KNOW THAT? |
| 15:24 | 11 | **A.**   HE SENT ME COPIES. |
| 15:24 | 12 | **Q.**   LET'S LOOK AT DX-0854.  IS THIS A COPY OF ONE OF THE |
| 15:24 | 13 | LETTERS THAT MR. HUEY SENT THAT YOU JUST MENTIONED? |
| 15:24 | 14 | **A.**   THAT'S CORRECT.  THIS WAS SENT TO CONGRESSMAN RICHARD |
| 15:24 | 15 | BAKER DESCRIBING THE CONCERNS THAT MR. HUEY HAD ABOUT FUNDING |
| 15:24 | 16 | OF THE PROJECT. |
| 15:24 | 17 | **Q.**   WOULD YOU PLEASE READ THE FIRST THREE SENTENCES OF THE |
| 15:24 | 18 | LETTER.  WE'LL BLOW IT UP FOR YOU. |
| 15:24 | 19 | **A.**   "OUR HURRICANE PROTECTION PROJECT UNDER THE PARTNERSHIP OF |
| 15:24 | 20 | THE ORLEANS LEVEE DISTRICT AND U.S. ARMY CORPS OF ENGINEERS |
| 15:24 | 21 | (USACE) IS CRITICAL FOR THE SAFETY OF THE RESIDENTS AND |
| 15:24 | 22 | PROPERTY IN ORLEANS PARISH AS WELL AS THE OTHER THREE PARISHES |
| 15:24 | 23 | INCLUDED IN THE PROJECT.  THE PROJECT IS NEARING COMPLETION, |
| 15:24 | 24 | BUT THE FUNDING FOR THE REMAINING CONTRACTS HAS ALL BUT DRIED |
| 15:25 | 25 | UP.  THE SENATE HAS RECOMMENDED, BUT NOT APPROVED, ONLY |

15:25    1    $6 MILLION TO DATE.  OMINOUSLY, A LACK OF FUNDS WILL NOT ALLOW

15:25    2    THE USACE TO AWARD NEW CONTRACTS FOR 2004."

15:25    3    **Q.**    READ THE LAST TWO PARAGRAPHS OF THIS LETTER.

15:25    4    **A.**    "THE ATTACHED AUGUST 7 LETTER FROM THE USACE'S NEW ORLEANS

15:25    5    DISTRICT OFFICE EXPLAINS IN MORE DETAIL THE REMAINING HURRICANE

15:25    6    PROTECTION CONTRACTS AND THE DIRE CONSEQUENCES OF NOT

15:25    7    COMPLETING THESE PROJECTS.

15:25    8            "THIS LETTER IS TO REQUEST YOUR ASSISTANCE IN

15:25    9    INCREASING THE FY 2004 FEDERAL BUDGET FOR THE LPVHPP PROJECT TO

15:25   10    $17 MILLION, WHICH IS THE AMOUNT EXPRESSED BY THE USACE AS

15:25   11    NEEDED TO CONTINUE ONGOING WORK AND AWARD NEW CONTRACTS.  IF

15:25   12    YOU HAVE ANY QUESTIONS..."

15:25   13    **Q.**    THIS LETTER WAS SENT TO REPRESENTATIVE BAKER; IS THAT

15:25   14    RIGHT?

15:25   15    **A.**    YES, SIR.

15:26   16    **Q.**    COULD WE LOOK AT THE CC LIST OF THIS LETTER.  THIS LETTER,

15:26   17    DX-0854, WAS SENT TO, AMONG OTHERS, THE ENTIRE LOUISIANA

15:26   18    CONGRESSIONAL DELEGATION; IS THAT RIGHT?

15:26   19    **A.**    YES, SIR.

15:26   20    **Q.**    IT WAS SENT TO SENATOR BREAUX?

15:26   21    **A.**    YES.

15:26   22    **Q.**    SENATOR LANDRIEU?

15:26   23    **A.**    CORRECT.

15:26   24            **MR. EHRLICH:**  WE HAVE OTHER EXHIBITS.  DX-0846

15:26   25    THROUGH DX-0856 ARE LETTERS THAT ARE IDENTICAL, PROBABLY, THE

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:26 | 1 | COPIES AS INDICATED CC'D.  WE ARE NOT GOING TO DISCUSS THEM, |
| 15:26 | 2 | BUT WE WOULD MOVE THOSE BE ADMITTED INTO EVIDENCE AS WELL. |
| 15:26 | 3 | **THE COURT:**  LET THEM BE ADMITTED. |
| 15:26 | 4 | **BY MR. EHRLICH:** |
| 15:26 | 5 | **Q.**   MR. NAOMI, DO YOU KNOW WHETHER MR. HUEY EVER RECEIVED |
| 15:26 | 6 | RESPONSES TO LETTERS LIKE THIS? |
| 15:26 | 7 | **A.**   I BELIEVE HE DID, YES, SIR. |
| 15:26 | 8 | **Q.**   LET'S LOOK AT DX-0885.  IS THIS ONE OF THOSE RESPONSES? |
| 15:27 | 9 | **A.**   YES.  THIS IS FROM SENATOR LANDRIEU. |
| 15:27 | 10 | **Q.**   LOOK AT DX-0887. |
| 15:28 | 11 | DX-885, THIS IS A LETTER FROM SENATOR BREAUX? |
| 15:28 | 12 | **A.**   THAT'S CORRECT. |
| 15:28 | 13 | **Q.**   NOW, LET'S LOOK AT DX-887.  THIS IS A SIMILAR LETTER FROM |
| 15:29 | 14 | SENATOR LANDRIEU? |
| 15:29 | 15 | **A.**   THAT'S CORRECT. |
| 15:29 | 16 | **Q.**   IF YOU LOOK AT DX-0818, THIS IS A SIMILAR LETTER IN |
| 15:29 | 17 | RESPONSE FROM REPRESENTATIVE BAKER? |
| 15:29 | 18 | **A.**   THAT IS CORRECT. |
| 15:29 | 19 | **Q.**   IF YOU LOOK AT DX-0871, THIS LOOKS LIKE A RESPONSE LETTER |
| 15:29 | 20 | FROM MAYOR NAGIN? |
| 15:29 | 21 | **A.**   MAYOR NAGIN, YES. |
| 15:29 | 22 | **Q.**   LET'S TAKE A CLOSER LOOK AT DX-0877, THE ONE FROM SENATOR |
| 15:29 | 23 | LANDRIEU.  WOULD YOU PLEASE READ THE SECOND PART THROUGH THE |
| 15:29 | 24 | END OF THAT FIRST PAGE OF THE LETTER. |
| 15:29 | 25 | **A.**   "THROUGHOUT THE APPROPRIATIONS PROCESS, I HAVE |

| | | |
|---|---|---|
| 15:29 | 1 | COMMUNICATED WITH THE U.S. ARMY CORPS OF ENGINEERS ABOUT THIS |
| 15:29 | 2 | IMPORTANT PROJECT.  EARLY THIS YEAR, BEFORE CONGRESS BEGAN |
| 15:30 | 3 | CONSIDERATION OF THE FY 2004 APPROPRIATIONS BILLS, I ASKED THE |
| 15:30 | 4 | CORPS FOR THIS PROJECT'S FUNDING NEED.  IN RESPONSE TO MY |
| 15:30 | 5 | INQUIRY, THE CORPS INFORMED ME THAT ITS FY 2004 CAPABILITY FOR |
| 15:30 | 6 | THE LP&VHP PROJECT WOULD BE $20 MILLION.  BASED ON THIS |
| 15:30 | 7 | INFORMATION AND MY SUPPORT FOR THIS PROJECT, I SOUGHT |
| 15:30 | 8 | $20 MILLION FOR IT AT THE START OF THE APPROPRIATIONS PROCESS |
| 15:30 | 9 | AND CONTINUE TO SEEK THIS AMOUNT. |
| 15:30 | 10 | "PRESENTLY, BOTH THE SENATE AND HOUSE HAVE SEPARATELY |
| 15:30 | 11 | APPROVED FY 2004 APPROPRIATIONS BILLS FOR THE CORPS.  THESE TWO |
| 15:30 | 12 | DIFFERENT BILLS ARE CURRENTLY BEING RECONCILED BY A CONFERENCE |
| 15:30 | 13 | COMMITTEE.  THE LP&VHP PROJECT, THE SENATE BILL PROVIDES |
| 15:30 | 14 | $6 MILLION AND THE HOUSE BILL PROVIDES $5 MILLION. |
| 15:30 | 15 | "NOTABLY, INCREASING A PROJECT'S FUNDING DURING |
| 15:30 | 16 | CONFERENCE CONSIDERATION IS RARE BECAUSE ALL AVAILABLE FUNDING |
| 15:30 | 17 | HAS TYPICALLY BEEN ALREADY ALLOCATED IN THE TWO DIFFERENT |
| 15:30 | 18 | BILLS.  THIS YEAR FUNDING IS PARTICULARLY LIMITED BECAUSE OF |
| 15:30 | 19 | THE DEMANDS OF THE MILITARY AND HOMELAND SECURITY COMBINED WITH |
| 15:31 | 20 | THE REDUCED REVENUES RESULTING FROM THE RECENT TAX CUT AND |
| 15:31 | 21 | SLUGGISH ECONOMY.  NEVERTHELESS, AS THE CONFEREES RECONCILE THE |
| 15:31 | 22 | BILLS, INCLUDING THE FUNDING FOR THE LP&VHP PROJECT, I WILL |
| 15:31 | 23 | CONTINUE TO STRONGLY ADVOCATE FOR FUNDING THIS PROJECT AT THE |
| 15:31 | 24 | CORPS' FULL CAPABILITY OF $20 MILLION." |
| 15:31 | 25 | **Q.**   MR. NAOMI, THIS EXERCISE WHERE YOU INFORMED LOCAL |

| | | |
|---|---|---|
| 15:31 | 1 | INTERESTED PARTIES WITH REGARD TO PROPOSED FUNDING OF THE |
| 15:31 | 2 | LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PROJECT, |
| 15:31 | 3 | IS THAT SOMETHING THAT YOU ONLY DID WITH RESPECT TO THIS YEAR, |
| 15:31 | 4 | FISCAL YEAR 2004? |
| 15:31 | 5 | A.   I DID IT JUST ABOUT EVERY YEAR.  I INFORMED THEM OF |
| 15:31 | 6 | PROBLEMS, IF THERE'S PROBLEMS, AND WOULD WRITE LETTERS IF |
| 15:31 | 7 | NECESSARY. |
| 15:31 | 8 | MR. EHRLICH:  YOUR HONOR, AGAIN, WE HAVE EXHIBITS |
| 15:31 | 9 | THAT CONSTITUTE LETTERS BETWEEN MR. HUEY, SENATOR LANDRIEU, |
| 15:31 | 10 | SENATOR BREAUX.  TO SAVE TIME, WE WON'T DISCUSS THEM HERE, BUT |
| 15:31 | 11 | I'D LIKE THAT THEY BE ADMITTED ALSO.  WE HAVE DX-0905, DX-0857, |
| 15:32 | 12 | DX-0858, DX-0886, AND DX-0888. |
| 15:32 | 13 | THE COURT:  LET THEM BE ADMITTED INTO EVIDENCE. |
| 15:32 | 14 | MR. EHRLICH:  THANK YOU, YOUR HONOR. |
| 15:32 | 15 | BY MR. EHRLICH: |
| 15:32 | 16 | Q.   I WANT TO DISCUSS ONE OF THOSE LETTERS WITH YOU, |
| 15:32 | 17 | MR. NAOMI.  IF WE COULD PULL UP DX-0857.  THIS IS DATED 2001. |
| 15:32 | 18 | A.   YES, SIR. |
| 15:32 | 19 | Q.   PLEASE READ THE FIRST PARAGRAPH STARTING WITH THE SECOND |
| 15:32 | 20 | SENTENCE.  IF YOU GIVE US A SECOND, WE WILL BLOW IT UP FOR YOU. |
| 15:32 | 21 | A.   "THE ORLEANS LEVEE DISTRICT, AS THE LOCAL SPONSOR FOR THE |
| 15:32 | 22 | ORLEANS PARISH PORTION OF THE LAKE PONTCHARTRAIN, LOUISIANA AND |
| 15:32 | 23 | VICINITY HURRICANE PROTECTION PROJECT, IS REQUESTING YOUR |
| 15:32 | 24 | ASSISTANCE IN A MATTER THAT IS EXTREMELY IMPORTANT TO THE LEVEE |
| 15:32 | 25 | DISTRICT AND THE RESIDENTS OF ORLEANS PARISH. |

```
15:32    1          "WE HAVE BEEN INFORMED BY THE NEW ORLEANS DISTRICT
15:32    2   U.S. ARMY CORPS OF ENGINEERS THAT THE PRESIDENT'S FISCAL YEAR
15:32    3   2002 BUDGET HAS BEEN RELEASED AND CURRENTLY SHOWS A PROPOSED
15:33    4   APPROPRIATION AMOUNT OF $7.5 MILLION FOR THE
15:33    5   LAKE PONTCHARTRAIN, LOUISIANA AND VICINITY HURRICANE PROTECTION
15:33    6   PROJECT.  THE CORPS HAS INFORMED US THAT AT LEAST $17,600,000
15:33    7   IS NEEDED TO CONTINUE ONGOING CONSTRUCTION CONTRACTS AND TO
15:33    8   AWARD FUTURE CONTRACTS TO MAINTAIN THE SCHEDULE FOR THIS VITAL
15:33    9   HURRICANE PROTECTION PROJECT."
15:33   10   Q.   IF YOU COULD READ THE SECOND PARAGRAPH OF THIS LETTER
15:33   11   BEGINNING WITH THE FIRST FULL SENTENCE ON THE SIXTH LINE.  IT
15:33   12   BEGINS:  "THE CONSTRUCTION CONTRACTS..."
15:33   13   A.   "THE CONSTRUCTION CONTRACTS SCHEDULED FOR THE
15:33   14   ORLEANS PARISH AREA DURING FISCAL YEAR 2002, IF THE ADDITIONAL
15:33   15   FUNDING IS MADE AVAILABLE, WILL CONTINUE ONGOING EFFORTS FOR
15:33   16   THE FLOOD-PROOFING OF THE HAMMOND HIGHWAY BRIDGE OVER THE 17TH
15:33   17   STREET CANAL, FLOOD PROOFING OF THE MIRABEAU AND FILMORE
15:33   18   BRIDGES OVER THE LONDON AVENUE CANAL, AND THE FRONTING
15:33   19   PROTECTION OF PUMP STATION 3 ALONG THE LONDON AVENUE CANAL.
15:33   20          "IN ADDITION, IT WILL PROVIDE ADEQUATE FUNDING TO
15:33   21   AWARD CONTRACTS FOR FRONTING PROTECTION AT PUMP STATION 7 ON
15:34   22   THE ORLEANS CANAL, A LEVEE ENLARGEMENT ALONG THE NEW ORLEANS
15:34   23   EAST BACK LEVEE, LEVEE ENLARGEMENT ALONG THE MISSISSIPPI RIVER
15:34   24   GULF OUTLET SHIP CHANNEL BETWEEN THE IHNC AND PARIS ROAD, AND
15:34   25   REHABILITATION OF THE WATER-CONTROL STRUCTURES ALONG THE
```

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:34 | 1 | NEW ORLEANS EAST LEVEE BETWEEN SOUTH POINT AND THE GIWW." |
| 15:34 | 2 | Q.   MR. NAOMI, I WOULD LIKE TO END WITH YOU WHERE WE BEGAN BY |
| 15:34 | 3 | GOING BACK TO WHAT'S BEEN MARKED AS DX-515R.  THIS, AGAIN, IS |
| 15:34 | 4 | THE DOCUMENT THAT CONTAINS THE DOZENS AND DOZENS OF PROJECTS |
| 15:34 | 5 | THROUGHOUT THE MISSISSIPPI VALLEY DIVISION THAT ARE FLOOD |
| 15:34 | 6 | DAMAGE REDUCTION PROJECTS. |
| 15:34 | 7 | IF WE CAN TAKE A LOOK AT THAT AGAIN.  AGAIN, YOU |
| 15:34 | 8 | TESTIFIED THAT, WITH RESPECT TO THE LAKE PONTCHARTRAIN PROJECT, |
| 15:34 | 9 | YOU PERSONALLY ENTERED THE INFORMATION IN THE "CONSEQUENCES" |
| 15:34 | 10 | AND "REMARKS" CELLS; IS THAT RIGHT? |
| 15:34 | 11 | A.   THAT'S CORRECT. |
| 15:34 | 12 | Q.   WHO WOULD HAVE BEEN RESPONSIBLE FOR ENTERING THAT |
| 15:34 | 13 | INFORMATION WITH RESPECT TO THE OTHER PROJECTS FOR WHICH YOU |
| 15:34 | 14 | WERE NOT THE SENIOR PROJECT MANAGER? |
| 15:34 | 15 | A.   THE INDIVIDUAL PROJECT MANAGERS FOR THOSE PROJECTS WOULD |
| 15:35 | 16 | ENTER THAT DATA. |
| 15:35 | 17 | Q.   IF WE COULD LOOK AT THE FIRST LINE OF THIS DOCUMENT AGAIN, |
| 15:35 | 18 | DX-515R, WHAT PROJECT IS THAT? |
| 15:35 | 19 | A.   THAT IS THE CHAIN OF ROCKS CANAL, MISSISSIPPI RIVER, IN |
| 15:35 | 20 | ILLINOIS. |
| 15:35 | 21 | Q.   COULD YOU PLEASE READ THE "CONSEQUENCES" COLUMN FOR THAT |
| 15:35 | 22 | PROJECT. |
| 15:35 | 23 | A.   IT SAYS:  "INCREASED RISK OF FAILURE AND FLOODING OF MAJOR |
| 15:35 | 24 | METRO AREA OF 85,000 ACRES AND AFFECTING 180,000 RESIDENTS." |
| 15:35 | 25 | Q.   PLEASE READ THE "REMARKS" COLUMN FOR THIS PROJECT. |

FINAL DAILY COPY

3495

| | | |
|---|---|---|
| 15:35 | 1 | **A.**   "FAILURE COULD AFFECT 85,000 ACRES AND A MAJOR INLAND |
| 15:35 | 2 | PORT.  COMMERCIAL TONNAGE, 77,470,000.  SYSTEM TON MILES, |
| 15:35 | 3 | 18,000,200,000." |
| 15:35 | 4 | **Q.**   200 MILLION, MAYBE?  IT'S A BIG NUMBER.  WE'LL LEAVE IT AT |
| 15:36 | 5 | THAT. |
| 15:36 | 6 | **A.**   YES, SIR. |
| 15:36 | 7 | **Q.**   THE SECOND LINE ON THAT PAGE, IS IT COMITE RIVER? |
| 15:36 | 8 | **A.**   COMITE RIVER. |
| 15:36 | 9 | **Q.**   COMITE RIVER. |
| 15:36 | 10 | **A.**   THAT'S THE DRAINAGE PROJECT OVER BY BATON ROUGE. |
| 15:36 | 11 | **Q.**   WOULD YOU PLEASE READ WHAT THE "REMARKS" COLUMN HAS FOR |
| 15:36 | 12 | THAT PROJECT. |
| 15:36 | 13 | **A.**   IT SAYS:  "FUNDING IS NOT PROVIDED." |
| 15:36 | 14 | **Q.**   THAT'S THE "CONSEQUENCES" COLUMN.  I'M ASKING YOU TO READ |
| 15:36 | 15 | THE "REMARKS" COLUMN. |
| 15:36 | 16 | **A.**   OH, THE REMARKS?  I'M SORRY.  "POLITICALLY SENSITIVE. |
| 15:36 | 17 | FOOTNOTE FOR AVERAGE ANNUAL DAMAGES" -- |
| 15:36 | 18 | **THE COURT:**  I MAY BE IN THE WRONG SPOT. |
| 15:36 | 19 | I SEE IT.  OKAY.  THANKS. |
| 15:36 | 20 | **THE WITNESS:**  "POLITICALLY SENSITIVE.  FOOTNOTE FOR |
| 15:36 | 21 | AVERAGE ANNUAL DAMAGES:  TOTAL DAMAGES PREVENTED." |
| 15:36 | 22 | **BY MR. EHRLICH:** |
| 15:36 | 23 | **Q.**   CAN YOU TURN TO PAGE 3 OF THIS -- |
| 15:36 | 24 | **THE COURT:**  WHAT DOES THAT MEAN? |
| 15:36 | 25 | **MR. EHRLICH:**  "POLITICALLY SENSITIVE"? |

| 15:36 | 1 | **THE COURT:** WELL, I KNOW WHAT IT MEANS IN GENERAL, |
| 15:36 | 2 | BUT HOW DOES THAT INFORMATION -- DOES IT COME TO YOU OR WHAT'S |
| 15:36 | 3 | THE CONTEXT? |
| 15:36 | 4 | **THE WITNESS:** THE CONTEXT HERE IS THAT -- YEAH, THIS |
| 15:36 | 5 | WAS IN CONGRESSMAN BAKER'S DISTRICT, AND HE WAS ON THE |
| 15:37 | 6 | APPROPRIATIONS COMMITTEE. |
| 15:37 | 7 | **THE COURT:** EUREKA. THANK YOU. |
| 15:37 | 8 | BY MR. EHRLICH: |
| 15:37 | 9 | **Q.** TURN TO PAGE 3 OF THIS DOCUMENT, THE THIRD PROJECT FROM |
| 15:37 | 10 | THE BOTTOM, EAST ST. LOUIS, ILLINOIS. READ FROM THE "REMARKS" |
| 15:37 | 11 | COLUMN FOR THIS PROJECT. |
| 15:37 | 12 | **A.** YES, SIR. "SPONSOR IS AHEAD. PROJECT IS NEAR COMPLETION. |
| 15:37 | 13 | FAILURE AT TRIPLE CULVERTS WOULD CAUSE A CATASTROPHIC LOSS OF |
| 15:37 | 14 | THE LEVEE." |
| 15:37 | 15 | **Q.** LETS TURN TO PAGE 6, SECOND FROM THE BOTTOM, DAVENPORT, |
| 15:37 | 16 | IOWA. |
| 15:37 | 17 | **THE COURT:** WHEN YOU SAY "SPONSOR IS AHEAD," I'M -- |
| 15:37 | 18 | **THE WITNESS:** THEY WERE AHEAD IN THEIR CONTRIBUTION, |
| 15:37 | 19 | YOUR HONOR. IT MEANT THEY WERE VERY ACTIVE IN FUNDING THE |
| 15:37 | 20 | PROJECT. |
| 15:37 | 21 | BY MR. EHRLICH: |
| 15:37 | 22 | **Q.** IS THAT REFERRING TO THE LOCAL SPONSOR? |
| 15:37 | 23 | **A.** YES, SIR. |
| 15:37 | 24 | **Q.** PAGE 6, SECOND FROM THE BOTTOM, DAVENPORT, IOWA. IF YOU |
| 15:38 | 25 | COULD READ THE "CONSEQUENCES" COLUMN FOR THAT PROJECT. |

FINAL DAILY COPY

15:38  1   **A.**   "PROJECT CONSTRUCTION DELAYED A YEAR."

15:38  2   **Q.**   AND THE "REMARKS" COLUMN?

15:38  3   **A.**   "PROJECT PROVIDES PROTECTION OF THE WATER SUPPLY FOR

15:38  4   125,000 PEOPLE.  HIGH VISIBILITY IN 2001."

15:38  5   **Q.**   THERE'S A LINE JUST BELOW THAT, I BELIEVE, FOR THE

15:38  6   DES MOINES AND RACCOON RIVERS IN IOWA.

15:38  7   **A.**   YES.

15:38  8   **Q.**   COULD YOU READ THE "CONSEQUENCES" COLUMN FOR THAT PROJECT.

15:38  9   **A.**   "COMPLETION OF THE FEASIBILITY STUDY WOULD BE DELAYED

15:38  10  ANOTHER YEAR, AND DES MOINES WOULD CONTINUE TO BE AT RISK FOR

15:38  11  SERIOUS FLOODING FOR ANOTHER YEAR."

15:38  12  **Q.**   PLEASE READ THE "REMARKS" COLUMN.

15:38  13  **A.**   "STRONG LOCAL AND CONGRESSIONAL SUPPORT."

15:38  14  **Q.**   WHY WOULD THAT MATTER, FOR FUNDING PURPOSES, WHETHER A

15:39  15  PROJECT HAS STRONG LOCAL OR CONGRESSIONAL SUPPORT?

15:39  16  **A.**   WELL, IT MEANS THAT THERE'S HIGH INTEREST IN THE

15:39  17  CONGRESSIONAL DELEGATION AND STRONG LOCAL SUPPORT, AND THAT

15:39  18  MIGHT HELP THE DECISION MAKERS IN WASHINGTON DECIDE WHETHER OR

15:39  19  NOT TO FUND THIS PROJECT.

15:39  20  **Q.**   IS A PROJECT MORE LIKELY TO GET FUNDED IF IT HAS STRONG

15:39  21  CONGRESSIONAL SUPPORT GOING INTO THE PROCESS?

15:39  22  **A.**   I WOULD SAY SO.

15:39  23  **Q.**   LET'S LOOK AT THE LAST LINE ON PAGE 8, "ST. LOUIS FLOOD

15:39  24  PROTECTION."  CAN YOU READ THE "REMARKS" COLUMN FOR THAT.

15:39  25  **A.**   "THIS IS A DESIGN DEFICIENCY CORRECTION NECESSARY TO

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:39 | 1 | ENSURE THE PROPER FUNCTIONING OF THE EXISTING PROJECT.  MANY |
| 15:40 | 2 | LARGE INDUSTRIAL PROPERTIES AND SIGNIFICANT TRANSPORTATION, |
| 15:40 | 3 | POWER, AND SEWAGE TREATMENT INFRASTRUCTURES ARE PROTECTED BY |
| 15:40 | 4 | THIS PROJECT." |
| 15:40 | 5 | **Q.**   LOOK AT THE LAST LINE ON PAGE 11.  WHO IS THE PROJECT |
| 15:40 | 6 | MANAGER FOR THIS PROJECT?  YOU'LL SEE IT IN A MINUTE. |
| 15:40 | 7 | **A.**   I WAS. |
| 15:40 | 8 | **Q.**   NOW, THIS PROJECT SAYS "HURRICANE PROTECTION, LOUISIANA." |
| 15:40 | 9 | THIS IS NOT THE LAKE PONTCHARTRAIN AND VICINITY HURRICANE |
| 15:40 | 10 | PROTECTION PROJECT, IS IT? |
| 15:40 | 11 | **A.**   NO.  THIS IS A STUDY FOR CATEGORY 4 AND 5 PROTECTION. |
| 15:40 | 12 | **Q.**   READ THE "REMARKS" COLUMN FROM THIS PROJECT.  AGAIN, YOU |
| 15:40 | 13 | WROTE THIS?  YOU WERE THE PROJECT MANAGER FOR THIS? |
| 15:40 | 14 | **A.**   THAT'S CORRECT. |
| 15:40 | 15 | "MAJOR NATIONAL ECONOMIC IMPACTS, FLOOD DAMAGES, AND |
| 15:40 | 16 | LOSS OF LIFE." |
| 15:40 | 17 | **Q.**   THAT'S THE "CONSEQUENCES" COLUMN.  CAN YOU READ THE |
| 15:40 | 18 | "REMARKS" COLUMN. |
| 15:40 | 19 | **A.**   I'M SORRY. |
| 15:40 | 20 | "THE SOUTHEAST LOUISIANA AREA IS EXTREMELY VULNERABLE |
| 15:40 | 21 | TO DAMAGES CAUSED BY HURRICANE STORM SURGE.  STUDY WILL |
| 15:40 | 22 | DETERMINE IF PROTECTION FROM A CATEGORY 5 HURRICANE IS |
| 15:41 | 23 | FEASIBLE.  MAJOR NATIONAL ECONOMIC IMPACTS, FLOOD DAMAGES, AND |
| 15:41 | 24 | LOSS OF LIFE WOULD RESULT IF CAT 5 PROTECTION IS NOT |
| 15:41 | 25 | IMPLEMENTED." |

| 15:41 | 1 | **Q.**   IF WE LOOK AT THE "HQ RANK" COLUMN FOR THIS PROJECT, WE |
| 15:41 | 2 | CAN SEE HOW HEADQUARTERS PRIORITIZED THIS PROJECT FOR THIS |
| 15:41 | 3 | FISCAL YEAR.  LET'S TAKE A LOOK AT THAT. |
| 15:41 | 4 | **A.**   THEY RANKED IT A 3. |
| 15:41 | 5 | **Q.**   DO YOU RECALL WHAT THE FUNDING REQUEST WAS FOR THAT |
| 15:41 | 6 | PROJECT? |
| 15:41 | 7 | **A.**   WE WERE LOOKING FOR -- I THINK WE WERE LOOKING FOR A |
| 15:41 | 8 | MILLION DOLLARS. |
| 15:41 | 9 | **Q.**   DO YOU RECALL HOW MUCH YOU RECEIVED? |
| 15:41 | 10 | **A.**   I THINK CONGRESS ADDED $100,000.  THE ADMINISTRATION |
| 15:41 | 11 | REQUESTED NO FUNDS. |
| 15:41 | 12 | **Q.**   SO THIS "3" RESULTED IN IT BEING EXCLUDED FROM THE |
| 15:41 | 13 | PRESIDENT'S RECOMMENDED BUDGET? |
| 15:41 | 14 | **A.**   THAT'S CORRECT. |
| 15:41 | 15 | **Q.**   BUT YOU SAID CONGRESS FUNDED IT ANYWAY? |
| 15:41 | 16 | **A.**   THEY FUNDED IT AT $100,000. |
| 15:41 | 17 | **Q.**   ON PAGE 52 OF THIS DOCUMENT, THE FIRST LINE, THE PROJECT |
| 15:41 | 18 | ALONG THE MISSISSIPPI RIVER IN MISSOURI AND ILLINOIS -- IS THAT |
| 15:41 | 19 | RIGHT?  PAGE 52, FIRST LINE. |
| 15:42 | 20 | **A.**   YES.  YES, THAT'S CORRECT. |
| 15:42 | 21 | **Q.**   WILL YOU PLEASE READ THE "CONSEQUENCES" COLUMN FOR THIS |
| 15:42 | 22 | PROJECT. |
| 15:42 | 23 | **A.**   "SAFETY COMPROMISED, STRUCTURAL FAILURE, LOSS OF SERVICE. |
| 15:42 | 24 | NONCOMPLIANCE WILL LEAD TO ERGO VIOLATIONS AND FINES FROM EPA." |
| 15:42 | 25 | **Q.**   PLEASE READ THE "REMARKS" COLUMN. |

15:42   1   **A.**   "FAILURE COULD AFFECT 180,000 PEOPLE, 35,000 ACRES, AND

15:42   2   MAJOR INLAND PORT."

15:42   3   **Q.**   MR. NAOMI, WAS THE LAKE PONTCHARTRAIN AND VICINITY

15:42   4   HURRICANE PROTECTION PROJECT COMPETING FOR FUNDING WITH ALL OF

15:42   5   THESE PROJECTS DURING FISCAL YEAR 2006?

15:42   6   **A.**   IT WAS.

15:42   7   **Q.**   DID IT COMPETE FOR FUNDING WITH SIMILAR PROJECTS FOR PRIOR

15:42   8   YEARS?

15:42   9   **A.**   ABSOLUTELY.  PROJECTS ALL OVER THE COUNTRY.

15:42   10  **Q.**   WHO MADE THE ULTIMATE DECISION ABOUT WHICH OF THESE

15:43   11  PROJECTS WOULD BE FUNDED AND WHICH WOULD NOT?

15:43   12  **A.**   WELL, ULTIMATELY, FUNDING COMES FROM THE CONGRESS.

15:43   13  CONGRESS MAKES ULTIMATE FUNDING DECISIONS FOR ALL FEDERAL

15:43   14  APPROPRIATIONS.

15:43   15           **MR. EHRLICH:**  THANK YOU, MR. NAOMI.

15:43   16              I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

15:43   17           **THE COURT:**  THANK YOU.  I THINK, BEFORE WE DO CROSS,

15:43   18  IT'S ALWAYS BEEN MY PRACTICE AS A LAWYER AND A JUDGE TO TRY TO

15:43   19  DIRECT OURSELVES TO A PROBLEM --

15:43   20              WE'LL PROBABLY TAKE A RECESS AFTER THIS, SO YOU

15:43   21  CAN STEP DOWN, SIR, FOR A BIT.

15:43   22              I'M WORRIED ABOUT THIS TIME ISSUE, FRANKLY.

15:43   23  IT'S SOMETHING I WANT TO GET RESOLVED.  WHEN I IMPOSED GENERAL

15:43   24  TIME LIMITS, I SAID I WOULD GIVE SOME LATITUDE.  I'VE GIVEN THE

15:43   25  PLAINTIFFS FIVE ADDITIONAL HOURS.  CLEARLY, WHEN EVERYBODY WAS

15:43   1   PREPARING THEIR RESPECTIVE CASE, THEY KNEW THAT I WAS SERIOUS

15:44   2   ABOUT IT AND ATTEMPTED TO TAILOR THEIR CASE ACCORDINGLY.  THAT

15:44   3   DOESN'T MEAN THAT I'M OMNISCIENT.

15:44   4          THE GOVERNMENT HAS RAISED A POINT OF FUNDAMENTAL

15:44   5   FAIRNESS.  WHEN THIS CASE IS OVER, ULTIMATELY I WILL RENDER A

15:44   6   DECISION, AND ONE OF YOU WILL THINK I AM DEAD WRONG, BUT

15:44   7   HOPEFULLY YOU WILL THINK YOU GOT A FAIR TRIAL.

15:44   8          THOSE ARE THE CONCERNS THAT I HAVE.  RIGHT NOW,

15:44   9   IT LOOKS TO ME -- AND THESE ARE JUST ROUGH, BUT WITH THE

15:44  10   ADDITIONAL FIVE HOURS I GAVE EACH OF YOU -- ALTHOUGH THE

15:44  11   GOVERNMENT MAY NOT NEED IT -- THERE'S ABOUT TWO HOURS LEFT FOR

15:44  12   CROSS-EXAMINATION, AND WE HAVE NOT ONLY THIS WITNESS, RUSSO,

15:44  13   LUISA, JARVINEN, JOANNES WESTERINK, STEVE DELOACH, AND THOMAS

15:44  14   WOLFF.  FOUR ARE EXPERTS.

15:45  15          SO I'M CONCERNED ABOUT IT, AND I WANT TO GET IT

15:45  16   RESOLVED, WITH THE IDEA THAT I'VE GOT TO DO IT AS FAIRLY AS

15:45  17   POSSIBLE.  WHAT WE ARE GOING TO DO IS LET YOU THINK ABOUT IT A

15:45  18   LITTLE BIT.  WE ARE GOING TO TAKE A PREMATURE RECESS.  THIS

15:45  19   WILL BE OUR LAST ONE FOR THE DAY, ABOUT A TEN-MINUTE RECESS.

15:45  20   WE'LL COME BACK AND SPEND ABOUT FIVE MINUTES DISCUSSING THIS,

15:45  21   FIVE OR TEN MINUTES, AND I'M GOING TO MAKE SOME KIND OF

15:45  22   DECISION.  I'VE GOT TO HAVE A LEVEL PLAYING FIELD, SO IT

15:45  23   CONCERNS ME.  OKAY.

15:45  24       **MR. O'DONNELL:**  MAY I INQUIRE HOW MUCH TIME THE

15:45  25   GOVERNMENT HAS LEFT WITH THE EXTRA FIVE HOURS?

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:45 | 1 | **THE COURT:**  THE GOVERNMENT, I'M GUESSING -- I MEAN, |
| 15:45 | 2 | WE HAVEN'T -- THE GOVERNMENT HAS -- LET ME GIVE YOU THE EXACT |
| 15:46 | 3 | ANSWER.  NOT THE EXACT ANSWER.  AS OF FRIDAY, THE GOVERNMENT |
| 15:46 | 4 | UTILIZED 33.51 OF ITS 55 HOURS.  SO, ROUNDING UP, IT HAD 21 |
| 15:46 | 5 | HOURS LEFT.  SO IT'S GOT A PRETTY GOOD HUNK OF TIME; EVEN WITH |
| 15:46 | 6 | TODAY, A PRETTY GOOD HUNK OF TIME LEFT. |
| 15:46 | 7 | **MR. O'DONNELL:**  WE HAVE TWO HOURS? |
| 15:46 | 8 | **THE COURT:**  I'M GUESSING.  THAT IS NOT COMPUTED, THAT |
| 15:46 | 9 | IS JUST GUESSING, BECAUSE YOU HAD 50.49 AT THE BEGINNING OF THE |
| 15:46 | 10 | DAY. |
| 15:46 | 11 | **MR. O'DONNELL:**  THANK YOU, YOUR HONOR. |
| 15:46 | 12 | **THE COURT:**  THANK YOU VERY MUCH.  WE'LL BE BACK IN |
| 15:46 | 13 | TEN MINUTES AND HAVE A DISCUSSION ABOUT THAT AND GET IT |
| 15:46 | 14 | RESOLVED. |
| 15:46 | 15 | **THE DEPUTY CLERK:**  ALL RISE. |
| 15:46 | 16 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 15:56 | 17 | **THE DEPUTY CLERK:**  ALL RISE. |
| 15:56 | 18 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 16:04 | 19 | **THE COURT:**  THIS WILL NOT GO AGAINST ANYONE'S TIME. |
| 16:04 | 20 | **MR. O'DONNELL:**  MR. BRUNO AND I CAUCUSED WITH THE |
| 16:04 | 21 | TIME TEAM, AND OUR ESTIMATE IS WE HAVE TWO AND A HALF TO THREE |
| 16:04 | 22 | HOURS LEFT.  OKAY?  IT'S NOT PRECISE, BUT THAT'S AN ESTIMATE. |
| 16:04 | 23 | WHEN WE FIRST MET WITH THE COURT, WE HAD |
| 16:04 | 24 | PROPOSED, BECAUSE WE HAVE THE BURDEN OF PROOF, A 60/40 SPLIT. |
| 16:04 | 25 | THE COURT SOLOMONICALLY GAVE US, EACH SIDE, A 50/50 SPLIT. |

16:04  1   BECAUSE I THINK OF MR. EBERSOLE AND WHATEVER, YOU GAVE

16:04  2   EVERYBODY FIVE MORE HOURS.

16:04  3          THE COURT:  I DO REMEMBER THE GOVERNMENT WAS A LITTLE

16:04  4   CONCERNED BECAUSE A LOT OF YOUR EVIDENCE WAS BEING PUT ON BY

16:04  5   30(B)(6), SO THEY WERE CONCERNED, AS WELL, THAT THEY WERE GOING

16:04  6   TO BE LEFT IN THE LURCH.

16:04  7          MR. O'DONNELL:  WELL, THEY TOOK CARE OF THAT, AND

16:04  8   I'LL EXPLAIN IN A MOMENT.  OUR COMPUTATION IS THAT WE HAVE

16:04  9   CALLED 20 WITNESSES AND THE GOVERNMENT WILL CALL 16 IF THEY

16:04  10  STICK WITH THEIR SCHEDULE.  SEVEN OF THEM WERE PLAINTIFFS, EACH

16:04  11  OF WHOM HAD TO PUT ON THEIR CASE.  FIVE OF THEM HAD BEEN

16:05  12  SUBJECT TO AN ORIGINAL STIPULATION WHICH WAS WITHDRAWN:  RUSH,

16:05  13  SANDS, AND SOUILEAU; AND WE THOUGHT WE HAD STIPULATIONS ON

16:05  14  CRAWFORD AND TAYLOR.

16:05  15          DID BOTH OF THEM HAVE TO APPEAR?

16:05  16          MR. ROY:  YES, YOUR HONOR.

16:05  17          MR. O'DONNELL:  SO THERE'S 12 OF THE 20.  EXPERTS:

16:05  18  WE HAVE 6; THEY HAVE 9.  SO I THINK THAT'S HOW IT PLAYS OUT.

16:05  19          HOWEVER, THE PLAINTIFFS ARE MINDFUL OF THE

16:05  20  COURT'S DESIRE TO HAVE A LEVEL PLAYING FIELD, AND WE HAVE

16:05  21  CAUCUSED AND WE ARE PREPARED TO LIVE WITH THREE HOURS, IF

16:05  22  THAT'S OKAY, WITH NO ADDITIONAL TIME.  WE'LL DO IT IN THREE

16:05  23  HOURS.  IF WE RUN OUT SHORT, REMEMBER, MR. BRUNO IS GOING TO

16:05  24  COME AND BEG ON HIS KNEES, YOUR HONOR.

16:05  25          THE COURT:  THREE HOURS, I CERTAINLY -- LOOK, THIS IS

FINAL DAILY COPY

16:05    1    NOT WRITTEN IN STONE.  IT'S JUST THAT A LOT OF THIS IS ON

16:05    2    DIRECT.  I'VE LOOKED AT SOME OF THE OTHER CASES.  ONE JUDGE IN

16:05    3    TEXAS GAVE EVERYBODY, LIKE, FIVE MINUTES TO CROSS.  I MEAN,

16:06    4    THIS POWER CAN BE ABUSED.  I DEFINITELY DON'T WANT TO ABUSE IT.

16:06    5    AT THE SAME TIME, I DON'T WANT TO BE UNFAIR.

16:06    6                    WHY DON'T YOU SHOOT FOR THE THREE HOURS, AND I

16:06    7    THINK THAT'S FAIR ENOUGH UNDER ALL OF THE CIRCUMSTANCES.

16:06    8              **MR. O'DONNELL:**  BUT I DID WANT YOU TO KNOW THE

16:06    9    NUMBERS.  WE HAVE BEEN MINDFUL OF THE TIME AND --

16:06   10              **THE COURT:**  THOSE ARE GOOD POINTS.  TRY THE THREE

16:06   11    HOURS, AND WE'LL SEE HOW WE DO.

16:06   12              **MR. O'DONNELL:**  THANK YOU VERY MUCH, YOUR HONOR.  THE

16:06   13    FIRST TEST IS MR. BRUNO, WHO IS ABOUT TO CROSS THE WITNESS, I

16:06   14    THINK.  IT'S ALWAYS MR. BRUNO.

16:06   15              **THE COURT:**  HAVE YOU EVER HEARD OF THE FIVE-MINUTE

16:06   16    CROSS LIKE JUDGE MCBRYDE ORDERED IN TEXAS FOR EVERYONE?  THAT

16:06   17    WAS PRETTY TOUGH, BUT I SURE DON'T WANT TO DO THAT.  THIS IS

16:06   18    THE FIRST TIME, IN MY IMPOSITION OF HOURS, THAT I HAVE HAD A

16:06   19    PROBLEM, BUT THIS IS AN UNUSUAL CASE.

16:06   20                              **CROSS-EXAMINATION**

17:59   21    BY MR. BRUNO:

16:07   22    **Q.**   MR. NAOMI, I'M JOE BRUNO.  I THINK WE HAVE MET BEFORE.

16:07   23              MR. NAOMI, WHEN YOU GAVE YOUR PRESENTATION TO THE

16:07   24    JEFFERSON PARISH FOLKS ABOUT HOW MUCH MONEY WOULD BE NECESSARY

16:07   25    TO RAISE THE LEVEES, DID YOU TELL THEM THAT THE UNITED STATES

| | | |
|---|---|---|
| 16:07 | 1 | CORPS OF ENGINEERS DISTRICT OFFICE HERE IN NEW ORLEANS HAD |
| 16:07 | 2 | ENTERED INTO A $4.7 MILLION CONTRACT FOR PUBLIC RELATIONS? |
| 16:07 | 3 | **A.**   I'M NOT FAMILIAR WITH THAT CONTRACT. |
| 16:07 | 4 | **Q.**   OKAY.  I CALL UP PX-2176. |
| 16:07 | 5 | **MR. EHRLICH:**  OBJECTION, YOUR HONOR, TO THE USE OF |
| 16:07 | 6 | THE DOCUMENT.  IT IS HEARSAY AND IS ALSO NOT RELEVANT SINCE IT |
| 16:07 | 7 | WAS ISSUED IN MAY OF THIS YEAR.  I DON'T SEE HOW HE COULD HAVE |
| 16:07 | 8 | TOLD THE DISTRICT ABOUT THIS DOCUMENT THAT DIDN'T EXIST YET. |
| 16:07 | 9 | **THE COURT:**  YOU MEAN IN MAY OF -- |
| 16:07 | 10 | **MR. EHRLICH:**  MAY 2009. |
| 16:08 | 11 | **MR. BRUNO:**  RIGHT.  THE CONTRACT WAS ENTERED INTO |
| 16:08 | 12 | SEVERAL YEARS AGO. |
| 16:08 | 13 | **MR. EHRLICH:**  NOT TO MENTION IT'S HEARSAY, |
| 16:08 | 14 | YOUR HONOR. |
| 16:08 | 15 | **MR. BRUNO:**  MAY I ASK COUNSEL TO STIPULATE THAT THERE |
| 16:08 | 16 | IS NO CONTRACT OR THERE IS A CONTRACT?  I MEAN, WHAT'S THE |
| 16:08 | 17 | POINT? |
| 16:08 | 18 | **THE COURT:**  IF THIS WITNESS CANNOT TESTIFY TO HIS |
| 16:08 | 19 | PERSONAL KNOWLEDGE -- |
| 16:08 | 20 | **MR. BRUNO:**  THAT'S FAIR ENOUGH.  THAT'S A DIFFERENT |
| 16:08 | 21 | ISSUE, YOUR HONOR.  YOU'RE CORRECT. |
| 13:27 | 22 | **BY MR. BRUNO:** |
| 16:08 | 23 | **Q.**   SO YOU HAVE NO KNOWLEDGE WHATSOEVER OF A PUBLIC RELATIONS |
| 16:08 | 24 | CONTRACT FOR $4.5 MILLION; IS THAT CORRECT, MR. NAOMI? |
| 16:08 | 25 | **MR. EHRLICH:**  YOUR HONOR, MY OBJECTION IS TO THE USE |

3506

16:08  1   OF THIS DOCUMENT, WHICH IS STILL UP ON THE SCREEN.  IT IS

16:08  2   HEARSAY AND SHOULD NOT BE --

16:08  3          **THE COURT:**  RIGHT.  WELL, RIGHT NOW IT'S A NEWSPAPER

16:08  4   ARTICLE, SO --

16:08  5          **THE WITNESS:**  I HAVE NO KNOWLEDGE OF IT.

13:24  6   **BY MR. BRUNO:**

16:08  7   **Q.**   DOES THE CORPS HAVE AUTHORITY TO SPEND MONEY ON PUBLIC

16:08  8   RELATIONS?

16:08  9   **A.**   I HAVE NO IDEA.

16:08  10  **Q.**   IF YOU HAVE LEFTOVER MONEY, CAN YOU SPEND IT?

16:08  11  **A.**   I DON'T UNDERSTAND WHAT YOU MEAN BY THAT.

16:08  12  **Q.**   IN 1979 YOU-ALL HAD, I BELIEVE, ABOUT -- IN 1973, YOU HAD

16:09  13  $8.7 MILLION THAT YOU DIDN'T USE THAT WAS A CARRYOVER THAT YOU

16:09  14  WERE ABLE TO SPEND THE NEXT YEAR.  DO YOU EVER HAVE CARRYOVERS

16:09  15  LEFT OVER; IN OTHER WORDS, MONEY THAT HAS BEEN ALLOCATED BUT

16:09  16  NOT SPENT?

16:09  17  **A.**   ON OCCASION, YES.

16:09  18  **Q.**   WHAT CAN YOU DO WITH THAT MONEY?

16:09  19  **A.**   YOU CAN SPEND IT ON THAT PROJECT THE FOLLOWING YEAR.

16:09  20  **Q.**   ALL RIGHT.  SO YOU COULD HAVE TAKEN THAT MONEY IN 1976 AND

16:09  21  YOU COULD HAVE INSTALLED FORESHORE PROTECTION ON THE SOUTHERN

16:09  22  BANKS OF THE MRGO; RIGHT?

16:09  23  **A.**   I HAVE NO IDEA.  I WASN'T INVOLVED WITH THE PROJECT AT

16:09  24  THAT TIME.

16:09  25  **Q.**   FAIR ENOUGH.  NOW, MR. NAOMI, IN 1979, WHEN YOU-ALL WERE

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:09 | 1 | PLANNING ONE OF THE LAST LIFTS ON THE MRGO HURRICANE PROTECTION |
| 16:09 | 2 | LEVEE ALONG THE MRGO REACH 2 -- DO YOU REMEMBER THAT? |
| 16:09 | 3 | **A.**   I WAS NOT INVOLVED WITH THE PROJECT AT THAT TIME. |
| 16:09 | 4 | **Q.**   OKAY.  WELL, DO YOU KNOW WHETHER OR NOT IT WAS INTENDED AT |
| 16:09 | 5 | THAT TIME THAT THE CORPS WOULD DO ANOTHER LIFT ALONG THAT MRGO |
| 16:10 | 6 | REACH? |
| 16:10 | 7 | **A.**   IN '79? |
| 16:10 | 8 | **Q.**   YES. |
| 16:10 | 9 | **A.**   I DON'T KNOW WHAT THE INTENT WAS THEN.  I WASN'T INVOLVED |
| 16:10 | 10 | WITH THE PROJECT. |
| 16:10 | 11 | **Q.**   WELL, ARE YOU AWARE OF THE FACT THAT THE CORPS HAS HAD |
| 16:10 | 12 | SUBSTANTIAL PROBLEMS WITH SETTLEMENT ALONG THE LEVEE ALONG THE |
| 16:10 | 13 | REACH 2? |
| 16:10 | 14 | **A.**   I'M NOT AWARE OF ANY PARTICULAR PROBLEMS ANY MORE THAN |
| 16:10 | 15 | ANYWHERE ELSE. |
| 16:10 | 16 | **Q.**   IF, IN FACT, THE MRGO HAD ANY ROLE IN THAT SETTLEMENT, |
| 16:10 | 17 | DON'T YOU BELIEVE THAT IT WOULD HAVE BEEN INCUMBENT UPON THE |
| 16:10 | 18 | CORPS TO INVESTIGATE THAT POSSIBILITY? |
| 16:10 | 19 | **MR. EHRLICH:**  OBJECTION:  CALLS FOR SPECULATION. |
| 16:10 | 20 | **THE COURT:**  OVERRULED. |
| 16:10 | 21 | **THE WITNESS:**  I HAVE NO IDEA.  I MEAN, THAT IS |
| 16:10 | 22 | TOTALLY FOREIGN TO ME, THAT STATEMENT. |
| 16:10 | 23 | **BY MR. BRUNO:** |
| 16:10 | 24 | **Q.**   OKAY.  THAT'S FAIR ENOUGH.  NOW, AS THE CONGRESS HAS THE |
| 16:10 | 25 | POWER TO AUTHORIZE OR NOT AUTHORIZE THE EXPENDITURE OF MONEY, |

FINAL DAILY COPY

3508

| | | |
|---|---|---|
| 16:10 | 1 | WOULDN'T YOU BELIEVE CONGRESS SHOULD BE GIVEN THE MOST |
| 16:10 | 2 | INFORMATION THAT IT CAN POSSIBLY GET IN ORDER TO ASCERTAIN |
| 16:10 | 3 | WHETHER OR NOT THE MONEY THAT YOU PROPOSE TO SPEND TO RAISE THE |
| 16:10 | 4 | LEVEES IS MONEY WELL SPENT? |
| 16:10 | 5 | **A.**   I WOULD THINK SO, YES. |
| 16:10 | 6 | **Q.**   DON'T YOU BELIEVE THAT IF THE EVIDENCE WOULD SHOW THAT |
| 16:11 | 7 | THERE'S A SUBSTANTIAL SETTLEMENT PROBLEM ALONG REACH 2, SAY |
| 16:11 | 8 | 15 FEET OVER 10 YEARS, THAT IT WOULD BE IMPORTANT TO UNDERSTAND |
| 16:11 | 9 | THE CAUSE OF THAT INCREASED SETTLEMENT BEFORE GOING TO CONGRESS |
| 16:11 | 10 | AND SIMPLY TELLING THE CONGRESS "GIVE ME SOME MORE MONEY TO |
| 16:11 | 11 | RAISE LEVEES"? |
| 16:11 | 12 | **MR. EHRLICH:**  OBJECTION:  VAGUE. |
| 16:11 | 13 | **THE COURT:**  OVERRULED. |
| 16:11 | 14 | **THE WITNESS:**  I'M NOT AWARE THAT SUCH SETTLEMENT |
| 16:11 | 15 | ISSUES EXISTED. |
| 16:11 | 16 | **MR. BRUNO:**  THANK YOU.  NO FURTHER QUESTIONS. |
| 16:11 | 17 | **THE COURT:**  ANY REDIRECT? |
| 16:11 | 18 | **MR. EHRLICH:**  NO, YOUR HONOR. |
| 16:11 | 19 | **THE COURT:**  YOU MAY STEP DOWN. |
| 16:11 | 20 | THAT'S FRIGHTENINGLY QUICK, MR. BRUNO.  WHO ARE |
| 16:11 | 21 | YOU? |
| 16:11 | 22 | **MR. O'DONNELL:**  AN ALIEN BEING. |
| 16:12 | 23 | **MR. LEVINE:**  PAUL LEVINE FOR THE UNITED STATES. |
| 16:12 | 24 | **THE COURT:**  WE ARE WAITING ON YOUR WITNESS. |
| 16:12 | 25 | **MR. LEVINE:**  THE UNITED STATES CALLS EDMOND RUSSO TO |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:12 | 1 | THE STAND. |
| 16:12 | 2 | **THE COURT:**  THIS SHOULD BE, FOR THE DAY, PROBABLY |
| 16:12 | 3 | YOUR LAST WITNESS, SIR? |
| 16:12 | 4 | **MR. LEVINE:**  YES, YOUR HONOR. |
| 16:12 | 5 | **THE COURT:**  I DON'T REMEMBER READING A DEPOSITION OR |
| 16:12 | 6 | AN EXPERT REPORT, SO THIS WILL BE TOTALLY NEW TO ME. |
| 16:12 | 7 | (WHEREUPON **EDMOND RUSSO**, HAVING BEEN DULY SWORN, |
| 16:12 | 8 | TESTIFIED AS FOLLOWS.) |
| 16:12 | 9 | **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND |
| 16:12 | 10 | CORRECT SPELLING FOR THE RECORD. |
| 16:12 | 11 | **THE WITNESS:**  EDMOND JOSEPH RUSSO JR.:  E-D-M-O-N-D; |
| 16:13 | 12 | J-O-S-E-P-H; R-U-S-S-O. |
| 16:13 | 13 | **MR. LEVINE:**  YOUR HONOR, MR. RUSSO WAS THE OPERATIONS |
| 16:13 | 14 | MANAGER FOR THE MRGO PROJECT FROM 2000 TO APPROXIMATELY 2005. |
| 16:13 | 15 | **THE COURT:**  THANK YOU, SIR. |
| 16:13 | 16 | **MR. LEVINE:**  MR. RUSSO, GOOD AFTERNOON. |
| 16:13 | 17 | **THE COURT:**  I REMEMBER READING ABOUT MR. RUSSO IN |
| 16:13 | 18 | MOTIONS.  THAT'S WHY I KNEW THE NAME.  GO AHEAD. |
| 16:13 | 19 | **DIRECT EXAMINATION** |
| 16:13 | 20 | BY MR. LEVINE: |
| 16:13 | 21 | **Q.**   MR. RUSSO, WHERE WERE YOU BORN? |
| 16:13 | 22 | **A.**   NEW ORLEANS, LOUISIANA. |
| 16:13 | 23 | **Q.**   HOW OLD ARE YOU? |
| 16:13 | 24 | **A.**   APPROXIMATELY 42. |
| 16:13 | 25 | **Q.**   WHERE DID YOU ATTEND HIGH SCHOOL? |

3510

| | | |
|---|---|---|
| 16:13 | 1 | **A.**   BROTHER MARTIN HIGH SCHOOL. |
| 16:13 | 2 | **Q.**   WHERE DID YOU ATTEND COLLEGE? |
| 16:13 | 3 | **A.**   LOUISIANA STATE UNIVERSITY. |
| 16:13 | 4 | **Q.**   WHEN DID YOU GRADUATE? |
| 16:13 | 5 | **A.**   IN 1990. |
| 16:13 | 6 | **Q.**   WHAT DEGREE DID YOU OBTAIN? |
| 16:13 | 7 | **A.**   A BACHELOR OF SCIENCE DEGREE IN CIVIL ENGINEERING. |
| 16:13 | 8 | **Q.**   DO YOU HAVE ANY OTHER DEGREES? |
| 16:13 | 9 | **A.**   YES. |
| 16:13 | 10 | **Q.**   WHAT ARE THEY? |
| 16:13 | 11 | **A.**   I HAVE A MASTER'S DEGREE IN CIVIL ENGINEERING FROM THE |
| 16:13 | 12 | UNIVERSITY OF NEW ORLEANS, AND I'M PURSUING A PH.D. RIGHT NOW |
| 16:14 | 13 | IN CIVIL ENGINEERING AT LSU. |
| 16:14 | 14 | **Q.**   WHEN ARE YOU SET TO OBTAIN THAT PH.D.? |
| 16:14 | 15 | **A.**   IN AUGUST OF THIS YEAR. |
| 16:14 | 16 | **Q.**   DO YOU HAVE ANY PROFESSIONAL LICENSES? |
| 16:14 | 17 | **A.**   YES. |
| 16:14 | 18 | **Q.**   FROM WHERE? |
| 16:14 | 19 | **A.**   FROM THE STATE OF LOUISIANA, A PROFESSIONAL ENGINEERING |
| 16:14 | 20 | LICENSE. |
| 16:14 | 21 | **Q.**   WHAT IS YOUR CURRENT JOB? |
| 16:14 | 22 | **A.**   I'M CHIEF OF THE COASTAL ENGINEERING BRANCH AT THE COASTAL |
| 16:14 | 23 | AND HYDRAULICS LABORATORY OF THE U.S. ARMY ENGINEER RESEARCH |
| 16:14 | 24 | AND DEVELOPMENT CENTER IN VICKSBURG, MISSISSIPPI. |
| 16:14 | 25 | **Q.**   THAT OTHERWISE GOES BY THE NAME OF ERDC, E-R-D-C? |

| 16:14 | 1 | **A.**   CORRECT. |
| 16:14 | 2 | **Q.**   WHEN DID YOU START THIS JOB? |
| 16:14 | 3 | **A.**   IN 2005. |
| 16:14 | 4 | **Q.**   WHAT ARE YOUR RESPONSIBILITIES AS CHIEF OF THE COASTAL |
| 16:14 | 5 | ENGINEERING BRANCH? |
| 16:14 | 6 | **A.**   I SUPERVISE AND MANAGE A GROUP OF APPROXIMATELY 20 |
| 16:14 | 7 | RESEARCHERS IN THE FIELD OF COASTAL ENGINEERING FOR RESEARCH, |
| 16:14 | 8 | DEVELOPMENT, TESTING, AND EVALUATION AND SUPPORT OF THE CORPS |
| 16:14 | 9 | OF ENGINEERS WATER RESOURCES MISSION AREAS. |
| 16:15 | 10 | **Q.**   WHERE DID YOU WORK PRIOR TO YOUR JOB AT ERDC? |
| 16:15 | 11 | **A.**   FOR THE CORPS OF ENGINEERS, NEW ORLEANS DISTRICT. |
| 16:15 | 12 | **Q.**   WHAT JOB DID YOU HAVE BEFORE YOU WERE THE CHIEF OF THE |
| 16:15 | 13 | COASTAL ENGINEERING BRANCH AT ERDC? |
| 16:15 | 14 | **A.**   I WAS THE OPERATIONS MANAGER FOR THE MISSISSIPPI RIVER |
| 16:15 | 15 | GULF OUTLET. |
| 16:15 | 16 | **Q.**   WHEN DID YOU START THIS JOB? |
| 16:15 | 17 | **A.**   APPROXIMATELY 1999, 2000. |
| 16:15 | 18 | **Q.**   IN VERY GENERAL TERMS -- BECAUSE WE ARE GOING TO COVER |
| 16:15 | 19 | THIS JOB IN MORE DEPTH -- WHAT WERE YOUR RESPONSIBILITIES AS |
| 16:15 | 20 | THE OPERATIONS MANAGER FOR THE MRGO? |
| 16:15 | 21 | **A.**   MY RESPONSIBILITIES WERE TO INSPECT THE CHANNEL CONDITIONS |
| 16:15 | 22 | AND ENSURE SAFE AND RELIABLE NAVIGATION PURSUANT TO THE |
| 16:15 | 23 | AUTHORITY OF THE PROJECT. |
| 16:15 | 24 | **Q.**   WHAT JOB DID YOU HAVE BEFORE YOU WERE THE MRGO OPERATIONS |
| 16:15 | 25 | MANAGER? |

| | | |
|---|---|---|
| 16:15 | 1 | **A.**   I WAS THE PROJECT MANAGER AT THE NEW ORLEANS DISTRICT, |
| 16:15 | 2 | CORPS OF ENGINEERS, IN THE CWPPRA BRANCH, OUR COASTAL WETLANDS |
| 16:15 | 3 | PLANNING, PROTECTION, AND RESTORATION BRANCH. |
| 16:15 | 4 | **Q.**   WHEN DID YOU START THIS JOB? |
| 16:15 | 5 | **A.**   IN APPROXIMATELY 1997. |
| 16:15 | 6 | **Q.**   WHAT WERE YOUR RESPONSIBILITIES IN THIS JOB? |
| 16:16 | 7 | **A.**   AS A PROJECT MANAGER IN THIS POSITION, I WAS IN CHARGE OR |
| 16:16 | 8 | RESPONSIBLE FOR COASTAL WETLANDS PLANNING PROJECTS UNDER THE |
| 16:16 | 9 | TASK FORCE OF CWPPRA. |
| 16:16 | 10 | **Q.**   WHAT JOB DID YOU HAVE BEFORE YOU WERE THE PROJECT MANAGER |
| 16:16 | 11 | OF THE CWPPRA DEPARTMENT? |
| 16:16 | 12 | **A.**   I WAS IN THE OPERATIONS DIVISION OF THE NEW ORLEANS |
| 16:16 | 13 | DISTRICT, CORPS OF ENGINEERS WORKING IN DESIGN OF PLANS AND |
| 16:16 | 14 | SPECIFICATIONS FOR CHANNEL MAINTENANCE DREDGING PROJECTS. |
| 16:16 | 15 | **Q.**   WHAT WERE YOUR RESPONSIBILITIES IN THIS JOB? |
| 16:16 | 16 | **A.**   TO DESIGN PLANS AND SPECIFICATIONS FOR PERFORMING CHANNEL |
| 16:16 | 17 | MAINTENANCE WORK. |
| 16:16 | 18 | **Q.**   DID YOU EVER PREPARE PLANS AND SPECS FOR JUST THE MRGO, OR |
| 16:16 | 19 | WERE YOU COVERING OTHER WATERWAYS? |
| 16:16 | 20 | **A.**   OTHER WATERWAYS ACROSS THE DISTRICT. |
| 16:16 | 21 | **Q.**   WHEN YOU DID PLANS AND SPECIFICATIONS FOR THE MRGO, WHAT |
| 16:16 | 22 | AREA OF THE CHANNEL WERE YOU COVERING? |
| 16:16 | 23 | **A.**   PRIMARILY, THE BARGE CHANNEL. |
| 16:17 | 24 | **Q.**   BY "THE BARGE CHANNEL," YOU MEAN THE PART IN THE OPEN |
| 16:17 | 25 | WATER PORTION OF THE CHANNEL? |

FINAL DAILY COPY

16:17    1    **A.**    CORRECT.  THE ENTRANCE.

16:17    2    **Q.**    I WANT TO DISCUSS THE GEOGRAPHY OF THE MRGO SO WE CAN

16:17    3    ORIENT OURSELVES TO A LITTLE BIT ABOUT WHAT YOU ARE GOING TO BE

16:17    4    TESTIFYING TO.  TO DO SO, I WANT TO TAKE A LOOK AT A MAP WHICH

16:17    5    IS MARKED AS DM-003, WHICH IS A MAP OF THE MRGO.

16:17    6            NOW, DOES THE AUTHORIZATION FOR THE MRGO CALL FOR THE

16:17    7    CONSTRUCTION OF JETTIES?

16:17    8    **A.**    YES.

16:17    9    **Q.**    WHAT ARE THE JETTIES?

16:17    10   **A.**    THE JETTIES ARE STONE STRUCTURES PARALLEL TO EACH OTHER ON

16:17    11   EITHER SIDE OF THE CHANNEL WHICH PROVIDE TRANSITION FROM THE

16:17    12   INLAND REACH TO THE OPEN WATER REACH.

16:17    13   **Q.**    WHERE ARE THE JETTIES LOCATED?

16:17    14   **A.**    IN THIS LOCATION HERE.

16:17    15   **Q.**    SO WE ARE LOOKING AT A MILE MARKER SOMEWHERE AROUND --

16:17    16   **A.**    MILE 23.  APPROXIMATELY THERE.

16:17    17   **Q.**    SO WHAT IS THE INLAND PORTION OF THE CHANNEL?

16:17    18   **A.**    THE INLAND PORTION IS ABOVE THE JETTIES ALL THE WAY TO THE

16:18    19   PORT OF NEW ORLEANS, AT THE HEAD OF NAVIGATION, AT THIS POINT.

16:18    20   **Q.**    SO BY MILE MARKER WE LOOK AT ABOUT FROM MILE 66 ALL THE

16:18    21   WAY DOWN TO, YOU KNOW, APPROXIMATELY MILE 23?

16:18    22   **A.**    CORRECT.

16:18    23   **Q.**    SO WHAT IS THE REMAINING PART OF THE CHANNEL THAT GOES

16:18    24   SOUTH OF MILE 23 CALLED?

16:18    25   **A.**    THIS IS THE OPEN WATER REACH.

| | | |
|---|---|---|
| 16:18 | 1 | **Q.**   SO BY MILE MARKERS CAN YOU GIVE US WHAT THE MILES OF THE |
| 16:18 | 2 | OPEN WATER REACH ARE CALLED? |
| 16:18 | 3 | **A.**   APPROXIMATELY BELOW THE JETTIES MILE 23 DOWN TO A -9.38. |
| 16:18 | 4 | **Q.**   NOW, WHAT IS THE LEVEED REACH OF THE CHANNEL? |
| 16:18 | 5 | **A.**   THAT IS THIS REACH HERE, WHICH IS APPROXIMATELY MILE 66 TO |
| 16:18 | 6 | 47. |
| 16:18 | 7 | **Q.**   NOW, WHAT TYPE OF PROJECT IS THE MRGO? |
| 16:18 | 8 | **A.**   IT IS A DEEP DRAFT NAVIGATION PROJECT. |
| 16:18 | 9 | **Q.**   WHAT PHASE OF THE PROJECT WAS THE MRGO IN? |
| 16:18 | 10 | **A.**   IN THE OPERATIONS AND MAINTENANCE PHASE. |
| 16:18 | 11 | **Q.**   HOW DO YOU KNOW THAT? |
| 16:18 | 12 | **A.**   SINCE THE PROJECT HAD COMPLETED CONSTRUCTION, IT WAS |
| 16:19 | 13 | OFFICIALLY TURNED OVER TO THAT PHASE OF THE WORK. |
| 16:19 | 14 | **Q.**   WHO PROVIDED THE FUNDING FOR THE OPERATIONS AND |
| 16:19 | 15 | MAINTENANCE OF THE MRGO PROJECT? |
| 16:19 | 16 | **A.**   THE FEDERAL GOVERNMENT THROUGH THE CONGRESS. |
| 16:19 | 17 | **Q.**   BECAUSE YOU WERE A NAVIGATION PROJECT, DID YOU HAVE ANY |
| 16:19 | 18 | LIMITATIONS ON THE TYPES OF OPERATION AND MAINTENANCE PROJECTS |
| 16:19 | 19 | YOU COULD SPEND YOUR CONGRESSIONAL APPROPRIATED FUNDS ON? |
| 16:19 | 20 | **A.**   YES. |
| 16:19 | 21 | **Q.**   WHAT WERE THOSE LIMITATIONS? |
| 16:19 | 22 | **A.**   THE AUTHORIZED PURPOSES OF PROVIDING SAFE AND VIABLE |
| 16:19 | 23 | NAVIGATION. |
| 16:19 | 24 | **Q.**   SO WITH RESPECT TO THE MRGO, WHAT WAS YOUR PRIMARY GOAL? |
| 16:19 | 25 | **A.**   TO UNDERSTAND THE CONDITIONS OF THE WATERWAY AND PROVIDE |

16:19    1    PRIORITIZED CHANNEL MAINTENANCE TO THE CAPABILITY THAT WE HAD

16:19    2    CONSIDERING CONSTRAINTS SUCH AS MONEY.

16:19    3    **Q.**    NOW, THE INLAND REACH, TO WHAT DEPTH WAS THE CORPS

16:19    4    AUTHORIZED TO DREDGE THE CHANNEL?

16:19    5    **A.**    -36 FEET.

16:19    6    **Q.**    IN THE INLAND REACH, TO WHAT WIDTH WAS THE CORPS

16:19    7    AUTHORIZED TO DREDGE THE CHANNEL?

16:19    8    **A.**    A 500-FOOT BOTTOM WIDTH.

16:19    9    **Q.**    NOW, WHAT IS SHOALING?

16:20   10    **A.**    THAT IS THE PROCESS OF SEDIMENTATION OF MATERIALS INTO THE

16:20   11    BOTTOM OF THE CHANNEL.

16:20   12    **Q.**    DID SHOALING AFFECT THE AUTHORIZED CHANNEL DIMENSIONS?

16:20   13    **A.**    YES.

16:20   14    **Q.**    HOW SO?

16:20   15    **A.**    WELL, OVER TIME, AS SEDIMENTATION OR SHOALING WOULD OCCUR,

16:20   16    THE MATERIAL WOULD ACCUMULATE OR BUILD UP ON THE BOTTOM AND

16:20   17    REDUCE THE DIMENSIONS OF THE WATERWAY, THE NAVIGABLE WIDTH AND

16:20   18    DEPTH.

16:20   19    **Q.**    WHAT DID YOU DO WHEN THE CHANNEL SHOALED SO THAT SHIPPING

16:20   20    TRAFFIC COULD NOT PASS?

16:20   21    **A.**    WE WOULD PLAN AND PREPARE FOR MAINTENANCE OF THE CHANNEL.

16:20   22    **Q.**    NOW, ON AVERAGE, WHAT WAS THE ANNUAL BUDGET THAT THE MRGO

16:20   23    PROJECT RECEIVED DURING YOUR TIME AS THE OPERATIONS MANAGER?

16:20   24    **A.**    APPROXIMATELY $13 MILLION PER YEAR.

16:20   25    **Q.**    WAS THIS FUNDING SUFFICIENT TO DREDGE THE CHANNEL TO FULL

FINAL DAILY COPY

16:20   1   AUTHORIZED DIMENSIONS?

16:20   2   **A.**   NO, IT WAS NOT.

16:20   3   **Q.**   WHAT DID YOU DO IN THOSE CIRCUMSTANCES?

16:21   4   **A.**   WE WOULD CONTINUOUSLY MONITOR THE CONDITIONS OF THE

16:21   5   CHANNEL AND UNDERSTAND THOSE CONDITIONS; PLACE PRIORITIES, IN

16:21   6   CONSULTATION WITH THE NAVIGATION INDUSTRY AND STAKEHOLDERS, SO

16:21   7   THAT WE COULD MAKE DECISIONS ON WHICH REACHES WOULD BE

16:21   8   MAINTAINED BY PRIORITY WITH THAT MONEY LIMITATION.

16:21   9   **Q.**   BY "REACH" YOU DON'T NECESSARILY MEAN WHAT WE TALKED ABOUT

16:21   10   EARLIER, THE LEVEE REACH OR THE INLAND REACH.  YOU'RE JUST

16:21   11   TALKING ABOUT MAYBE A LITTLE SEGMENT OF THE CHANNEL.

16:21   12   **A.**   SEGMENTS OF THE CHANNEL, CORRECT.

16:21   13   **Q.**   WHAT DIMENSIONS DID YOU DREDGE THE MRGO TO WHEN YOU LACKED

16:21   14   FUNDING TO MAINTAIN THE FULL PROJECT DIMENSIONS?

16:21   15   **A.**   WE WOULD VERY OFTEN HAVE TO USE REDUCED CHANNEL WIDTH AND

16:21   16   DEPTH DIMENSIONS OFTEN ALONG THE INLAND REACH OF APPROXIMATELY

16:21   17   -39 BY 350.

16:21   18   **Q.**   DID YOU EVER RECEIVE ANY ADDITIONAL FUNDING TO CONDUCT

16:21   19   MAINTENANCE ACTIVITIES ALONG THE CHANNEL?

16:22   20   **A.**   YES.

16:22   21   **Q.**   WHAT WAS THIS ADDITIONAL FUNDING FOR?

16:22   22   **A.**   THE ADDITIONAL FUNDING WAS FOR ADDRESSING UNANTICIPATED

16:22   23   STORM-RELATED SHOALING THAT WOULD OCCUR, FOR THE MOST PART, IN

16:22   24   THE OPEN WATER REACHES.

16:22   25   **Q.**   DID YOU EVER ASK FOR ADDITIONAL FUNDING TO COMPLETE OTHER

FINAL DAILY COPY

16:22    1    OPERATIONS AND MAINTENANCE PROJECTS ON THE CHANNEL?

16:22    2    **A.**    YES.

16:22    3    **Q.**    WHAT DID YOU ASK FOR ON AN ANNUAL BASIS?

16:22    4            **MR. PALMINTIER:**    YOUR HONOR, I'M GOING TO OBJECT FOR

16:22    5    THE FAILURE TO LAY A PROPER FOUNDATION.    I DON'T KNOW WHO HE IS

16:22    6    REQUESTING IT FROM OR WHAT METHOD, SO IF WE COULD GET SOME

16:22    7    FOUNDATION.

16:22    8            **THE COURT:**    I'M GOING TO OVERRULE THE OBJECTION.

16:22    9    BY MR. LEVINE:

16:22   10    **Q.**    ON AN ANNUAL BASIS, HOW MUCH DID YOU ASK FOR EVERY YEAR TO

16:22   11    COMPLETE OPERATION AND MAINTENANCE ACTIVITIES ALONG THE

16:22   12    CHANNEL?

16:22   13    **A.**    APPROXIMATELY $50 MILLION TO $60 MILLION A YEAR.

16:22   14    **Q.**    WHAT ADDITIONAL PROJECTS DID YOU WANT TO COMPLETE ON THE

16:22   15    WATERWAY?

16:22   16    **A.**    WE HAD A FULL ANNUAL INVENTORY OF ALL OF THE NEEDS FOR

16:23   17    CHANNEL MAINTENANCE DREDGING AND BANK PROTECTION.

16:23   18    **Q.**    SO WHAT HAPPENED TO THESE REQUESTS?

16:23   19    **A.**    WE WOULD SUBMIT THOSE THROUGH THE PROPER HIGHER AUTHORITY,

16:23   20    VERTICAL CHAIN OF COMMAND, AND THEY WOULD BE CONSIDERED IN THE

16:23   21    ANNUAL FEDERAL BUDGET CYCLE.

16:23   22    **Q.**    DO YOU KNOW WHY YOUR FUNDING WAS CUT FROM THE REQUESTED

16:23   23    AMOUNT TO SOMETHING LIKE $13 MILLION A YEAR?

16:23   24    **A.**    NO.    WE WERE NEVER PROVIDED THE REASONS FOR THE BUDGETS

16:23   25    THAT WE RECEIVED.

FINAL DAILY COPY

3518

| | | |
|---|---|---|
| 16:23 | 1 | **Q.**   COULD YOU CONDUCT PROJECTS ON THE CHANNEL SOLELY FOR |
| 16:23 | 2 | ENVIRONMENTAL RESTORATION PURPOSES? |
| 16:23 | 3 | **A.**   NO, WE COULD NOT. |
| 16:23 | 4 | **Q.**   WHY NOT? |
| 16:23 | 5 | **A.**   THE EXPLICIT AUTHORITY OF THE CHANNEL FOR NAVIGATION |
| 16:23 | 6 | PURPOSES. |
| 16:23 | 7 | **Q.**   NOW, I WANT TO DISCUSS A LITTLE BIT ABOUT THE MRGO |
| 16:23 | 8 | PROFILE, PARTICULARLY IN THE LEVEE REACH.  HAVE YOU VISITED THE |
| 16:23 | 9 | CHANNEL BEFORE? |
| 16:23 | 10 | **A.**   MANY TIMES. |
| 16:23 | 11 | **Q.**   HAVE YOU EXAMINED THE BANK LENGTHS OF THE CHANNEL ON BOTH |
| 16:23 | 12 | THE SOUTH AND NORTH BANK OF THE CHANNEL? |
| 16:24 | 13 | **A.**   YES. |
| 16:24 | 14 | **Q.**   HOW MANY TIMES? |
| 16:24 | 15 | **A.**   DOZENS. |
| 16:24 | 16 | **Q.**   HAVE YOU EVER HAD ANYONE CONDUCT SOUNDINGS OF THE CHANNEL? |
| 16:24 | 17 | **A.**   YES. |
| 16:24 | 18 | **Q.**   WHAT IS A SOUNDING? |
| 16:24 | 19 | **A.**   THAT IS THE MEASUREMENT OF THE DISTANCE FROM THE WATER |
| 16:24 | 20 | SURFACE OR SOME DATUM DOWN TO THE BOTTOM OF THE CHANNEL, THE |
| 16:24 | 21 | WATER BOTTOM OF THE CHANNEL. |
| 16:24 | 22 | **Q.**   DID THESE SOUNDINGS COVER THE BANK-TO-BANK PROFILE OF THE |
| 16:24 | 23 | CHANNEL? |
| 16:24 | 24 | **A.**   YES. |
| 16:24 | 25 | **Q.**   WHEN WERE THESE SOUNDINGS CONDUCTED? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:24 | 1 | **A.**   IN THE EARLY 2000S, AROUND 2001 OR 2003. |
| 16:24 | 2 | **Q.**   HAVE YOU REVIEWED THESE SOUNDINGS BEFORE? |
| 16:24 | 3 | **A.**   YES. |
| 16:24 | 4 | **Q.**   JUST SO THE COURT CAN UNDERSTAND WHAT THE MRGO PROFILE |
| 16:24 | 5 | LOOKS LIKE, CAN YOU PLEASE DRAW IT ON THE BLACKBOARD. |
| 16:24 | 6 | **MR. PALMINTIER:**  YOUR HONOR, I THINK HE IS KIND OF |
| 16:24 | 7 | GETTING INTO EXPERT TESTIMONY HERE.  TO THE EXTENT THAT HE IS, |
| 16:24 | 8 | WE OBJECT, BECAUSE HE IS NOT LISTED AS AN EXPERT AND HE HAS |
| 16:24 | 9 | PRODUCED NO REPORT. |
| 16:24 | 10 | **THE COURT:**  IF HE IS GIVING OPINION TESTIMONY, I |
| 16:24 | 11 | CERTAINLY WON'T ALLOW IT UNLESS IT'S THAT ALLOWED UNDER 701. |
| 16:24 | 12 | **MR. PALMINTIER:**  THANK YOU, YOUR HONOR. |
| 23:59 | 13 | **BY MR. LEVINE:** |
| 16:25 | 14 | **Q.**   COULD YOU GO AHEAD AND START BY DRAWING THE AUTHORIZED |
| 16:25 | 15 | TEMPLATE OF THE CHANNEL.  BY THE "AUTHORIZED" CHANNEL, WE ARE |
| 16:25 | 16 | JUST TALKING ABOUT THE BOTTOM WIDTH AND THE 36 FEET DOWN; |
| 16:25 | 17 | RIGHT? |
| 16:25 | 18 | **A.**   CORRECT. |
| 16:25 | 19 | **Q.**   YOU HAVE DRAWN 2:1 SIDE SLOPES.  THAT'S WHAT YOU WERE |
| 16:25 | 20 | TRYING TO DREDGE THE CHANNEL TO ON A REGULAR BASIS; IS THAT |
| 16:25 | 21 | CORRECT? |
| 16:25 | 22 | **A.**   CORRECT. |
| 16:25 | 23 | **Q.**   NOW, CAN YOU GO AHEAD AND JUST SHOW THE COURT HOW THE |
| 16:25 | 24 | CHANNEL ACTUALLY LOOKED FROM BANK TO BANK. |
| 16:25 | 25 | **MR. PALMINTIER:**  JUDGE, I HATE TO INTERRUPT AGAIN, |

| | | |
|---|---|---|
| 16:25 | 1 | BUT I THINK THIS IS OPINION BECAUSE, NUMBER ONE, ANYTHING THAT |
| 16:25 | 2 | HE TELLS THE COURT ABOUT SHAPE OF THE CHANNEL HAS TO COME FROM |
| 16:25 | 3 | AN OPINION THAT IS NOT A 701 OPINION BUT BASED ON EXPERT |
| 16:26 | 4 | EXPERIENCE. |
| 16:26 | 5 |      MR. LEVINE:  YOUR HONOR, MAY I PLEASE RESPOND TO |
| 16:26 | 6 | THAT? |
| 16:26 | 7 |      THE COURT:  YES, YOU MAY. |
| 16:26 | 8 |      MR. LEVINE:  MR. RUSSO, IN HIS JOB AS THE PROJECT |
| 16:26 | 9 | MANAGER, THE OPERATIONS MANAGER FOR THE CHANNEL, JUST TESTIFIED |
| 16:26 | 10 | THAT HE HAS BEEN OUT ON THE CHANNEL MANY TIMES.  HE HAS |
| 16:26 | 11 | REVIEWED THE BANK LINES.  HE HAS STUDIED THE SOUNDINGS.  I'M |
| 16:26 | 12 | JUST ASKING HIM TO TESTIFY AND DRAW BASED ON HIS PERSONAL |
| 16:26 | 13 | KNOWLEDGE OF WHAT HE HAS OBSERVED ON THE PROJECT. |
| 16:26 | 14 |      THE COURT:  BASED ON THAT REPRESENTATION, I'M GOING |
| 16:26 | 15 | TO ALLOW IT.  I DON'T SEE ANY OPINION THAT'S BEEN GIVEN OR ANY |
| 16:26 | 16 | FACT THAT IS DIVERGENT THUS FAR FROM THE TESTIMONY I HAVE |
| 16:26 | 17 | ALREADY HEARD.  GO AHEAD. |
| 23:59 | 18 | BY MR. LEVINE: |
| 16:26 | 19 | Q.   APPROXIMATELY AT WHAT DEPTH WOULD THE CHANNEL SLOPES, AS |
| 16:26 | 20 | EXISTED, CROSS THE TEMPLATE, THE DREDGING TEMPLATE? |
| 16:27 | 21 | A.   APPROXIMATELY AT THIS POINT HERE, ROUGHLY A -20 FEET. |
| 16:27 | 22 | Q.   SO IF YOU START AT THE BANK LINE ALL THE WAY AT THE TOP OF |
| 16:27 | 23 | THE CHANNEL PROFILE, AT WHAT DEPTH DOES IT DROP DOWN TO RIGHT |
| 16:27 | 24 | AWAY? |
| 16:27 | 25 | A.   AT ABOUT THIS POINT HERE, IT DROPS DOWN TO APPROXIMATELY |

FINAL DAILY COPY

16:27   1   -3 FEET.

16:27   2   **Q.**   APPROXIMATELY HOW LONG DOES IT STAY AT APPROXIMATELY

16:27   3   -3 FEET?

16:27   4           HOLD ON BEFORE YOU ANSWER.  HE'S GOING TO HAVE AN

16:27   5   OBJECTION.

16:27   6           **MR. PALMINTIER:**  I DON'T UNDERSTAND HOW THIS COULD

16:27   7   NOT BE CONCLUDED TO BE OPINION TESTIMONY.

16:27   8           **THE COURT:**  IS THIS YOUR OWN PERSONAL KNOWLEDGE, SIR?

16:27   9           **THE WITNESS:**  YES.  BACKED UP BY SURVEY SOUNDINGS

16:27  10   THAT I HAVE INSPECTED.

16:27  11           **THE COURT:**  IS THIS A MATTER IN DISPUTE?

16:27  12           **MR. PALMINTIER:**  AS A MATTER OF FACT, YOU KNOW, THIS

16:27  13   WITNESS DIDN'T SAY ANYTHING ABOUT THIS IN HIS DEPOSITION.

16:27  14           **THE COURT:**  IF WE GET TO AN AREA WHERE IT GETS TO

16:27  15   SOMETHING SIGNIFICANT ABOUT THIS CASE, LET ME KNOW.  I MEAN

16:27  16   SIGNIFICANT ABOUT OPINIONS GIVEN THAT MAY DRIVE OTHER OPINIONS,

16:28  17   AFFECT OTHER OPINIONS.

16:28  18               THIS IS FROM DRAWINGS YOU HAVE LOOKED AT, SIR?

16:28  19           **THE WITNESS:**  ACTUAL INSTRUMENTED SOUNDINGS OF THE

16:28  20   CHANNEL.

16:28  21           **THE COURT:**  IT'S HIS PERSONAL KNOWLEDGE.

16:28  22           **MR. LEVINE:**  THAT'S CORRECT, YOUR HONOR.

16:28  23   **BY MR. LEVINE:**

16:28  24   **Q.**   YOU HAVE IT DRAWN AT -3 FEET.  FOR HOW LONG,

16:28  25   APPROXIMATELY, DOES THAT POINT STAY AT -3 FEET?

| | | |
|---|---|---|
| 16:28 | 1 | **A.**   APPROXIMATELY 150 TO 200 FEET. |
| 16:28 | 2 |        **THE COURT:**  COUNSEL, I'M GOING TO LET YOU GIVE A |
| 16:28 | 3 | LITTLE SPEECH HERE.  TELL ME WHAT ASPECT OF THIS CASE THIS |
| 16:28 | 4 | RELATES TO. |
| 16:28 | 5 |        **MR. LEVINE:**  YOUR HONOR, I BELIEVE THIS RELATES TO |
| 16:28 | 6 | WHAT THE PROFILE OF THE MRGO LOOKS LIKE.  I THINK THERE MIGHT |
| 16:28 | 7 | BE SOME CONFUSION AS TO HOW MRGO RELATES TO AT THE BANK LINE, |
| 16:28 | 8 | AND WE BELIEVE AN ACCURATE REPRESENTATION OF IT SHOWS THAT IT'S |
| 16:29 | 9 | VERY SHALLOW NEXT TO THE BANK LINES AND THAT IT PROGRESSIVELY |
| 16:29 | 10 | WORKS ITS WAY DOWN INTO THE CENTER OF THE CHANNEL.  IT'S NOT AN |
| 16:29 | 11 | IMMEDIATE DROPOFF.  SO WE WANT THE COURT TO UNDERSTAND WHAT THE |
| 16:29 | 12 | CHANNEL LOOKS LIKE IN THAT RESPECT. |
| 16:29 | 13 |        **THE COURT:**  THIS WITNESS IS TESTIFYING TO HIS |
| 16:29 | 14 | PERSONAL KNOWLEDGE.  I DON'T KNOW AT WHAT POINT OF THE MRGO |
| 16:29 | 15 | THIS IS, BUT -- |
| 16:29 | 16 |        **THE WITNESS:**  THIS IS VERY, VERY TYPICAL FOR THE |
| 16:29 | 17 | ENTIRE INLAND REACH, VERY TYPICAL. |
| 16:29 | 18 |        **THE COURT:**  ALL RIGHT. |
| 16:29 | 19 |        **MR. LEVINE:**  THANK YOU.  YOU CAN RETURN TO THE |
| 16:29 | 20 | WITNESS STAND, PLEASE. |
| 16:29 | 21 | **BY MR. LEVINE:** |
| 16:29 | 22 | **Q.**   DURING YOUR TIME AS THE OPERATIONS MANAGER, APPROXIMATELY |
| 16:29 | 23 | WHAT PERCENTAGE OF THE DREDGING ACTIVITIES OCCURRED IN THE |
| 16:29 | 24 | INLAND REACH? |
| 16:29 | 25 | **A.**   SOMEWHERE ON THE ORDER OF 20 PERCENT. |

FINAL DAILY COPY

| 16:29 | 1 | **Q.**   HAVE YOU EVER REVIEWED THE HISTORICAL DATA CONCERNING |
| 16:29 | 2 | DREDGING ALONG THE MRGO? |
| 16:30 | 3 | **A.**   YES. |
| 16:30 | 4 | **Q.**   IS THIS 20 PERCENT AMOUNT CONSISTENT WITH THAT HISTORICAL |
| 16:30 | 5 | DATA? |
| 16:30 | 6 | **A.**   YES. |
| 16:30 | 7 | **Q.**   DURING YOUR TIME AS THE OPERATIONS MANAGER, APPROXIMATELY |
| 16:30 | 8 | WHAT PERCENTAGE OF YOUR DREDGING ACTIVITIES OCCURRED IN THE |
| 16:30 | 9 | LEVEE REACH? |
| 16:30 | 10 | **A.**   ON THE ORDER OF ABOUT 10 PERCENT. |
| 16:30 | 11 | **Q.**   IS THIS CONSISTENT WITH THE HISTORICAL DATA YOU HAVE |
| 16:30 | 12 | REVIEWED? |
| 16:30 | 13 | **A.**   YES. |
| 16:30 | 14 | **Q.**   DURING YOUR TIME AS THE OPERATIONS MANAGER, APPROXIMATELY |
| 16:30 | 15 | WHAT PERCENTAGE OF YOUR DREDGING ACTIVITIES OCCURRED IN THE |
| 16:30 | 16 | OPEN WATER PORTION OF THE CHANNEL? |
| 16:30 | 17 | **A.**   APPROXIMATELY 80 PERCENT. |
| 16:30 | 18 | **Q.**   IS THIS CONSISTENT WITH THE HISTORICAL DATA YOU HAVE |
| 16:30 | 19 | REVIEWED? |
| 16:30 | 20 | **A.**   YES. |
| 16:30 | 21 | **Q.**   WHY WAS SO MUCH DREDGING OCCURRING IN THE OPEN WATER |
| 16:30 | 22 | PORTION OF THE CHANNEL -- |
| 16:30 | 23 | **A.**   THE OPEN WATER -- |
| 16:30 | 24 | **Q.**   -- WHICH IS DOWN THERE, AS OPPOSED TO THE INLAND REACH OF |
| 16:30 | 25 | THE CHANNEL, WHICH WAS UP HIGHER HERE? |

| | | |
|---|---|---|
| 16:30 | 1 | **A.**   THE OPEN WATER REACH OF THE CHANNEL WAS VERY MUCH |
| 16:30 | 2 | SUBJECTED TO COASTAL CONDITIONS, WITH WAVE ACTION AND CURRENTS |
| 16:31 | 3 | THAT WOULD DRIVE LITERAL DRIFT SEDIMENTATION MOVEMENT. |
| 16:31 | 4 | **Q.**   WHAT IS LITERAL DRIFT SEDIMENTATION MOVEMENT? |
| 16:31 | 5 | **MR. PALMINTIER:**  OBJECTION:  CALLS FOR OPINION |
| 16:31 | 6 | TESTIMONY. |
| 16:31 | 7 | **MR. LEVINE:**  YOUR HONOR -- |
| 16:31 | 8 | **THE COURT:**  I HEARD THE OBJECTION.  DO YOU WANT TO |
| 16:31 | 9 | RESPOND? |
| 16:31 | 10 | **MR. LEVINE:**  IT'S A TERM THAT HE JUST SAID, THE |
| 16:31 | 11 | WITNESS SAID, AND I'M JUST ASKING HIM TO EXPLAIN WHAT HE MEANT |
| 16:31 | 12 | BY THE TERM. |
| 16:31 | 13 | **THE COURT:**  I DOUBT IF THAT'S THE KIND OF OPINION |
| 16:31 | 14 | THAT 702 IS MEANT TO PRECLUDE.  HE IS SIMPLY GIVING A |
| 16:31 | 15 | DESCRIPTION OF SOMETHING THAT IS WELL FAMILIAR TO HIM, LIKE IF |
| 16:31 | 16 | YOU ASK ME TO DESCRIBE A DEADLY DUDLEY.  THAT'S A FISHING LURE, |
| 16:31 | 17 | BY THE WAY, FOR ANY OF YOU WHO DON'T KNOW. |
| 16:31 | 18 | **BY MR. LEVINE:** |
| 16:32 | 19 | **Q.**   COULD YOU EXPLAIN WHAT YOU MEANT BY "LITERAL DRIFT |
| 16:32 | 20 | SEDIMENTATION." |
| 16:32 | 21 | **A.**   THAT'S THE MOVEMENT OF SEDIMENTATION ACROSS THE OPEN WATER |
| 16:32 | 22 | EXPANSE WHICH, OVER TIME, WILL LEAD TO DROPPING OF THAT |
| 16:32 | 23 | MATERIAL FROM THE VERY SHALLOW AREAS DOWN INTO THE RELATIVELY |
| 16:32 | 24 | DEEPER TRENCH THAT THE CHANNEL FORMS ACROSS THAT OPEN WATER |
| 16:32 | 25 | EXPANSE. |

| 16:32 | 1 | **Q.**   WHAT IS OVER-DEPTH DREDGING? |
| 16:32 | 2 | **MR. PALMINTIER:**  JUDGE, I DON'T SEE HOW THIS CAN |
| 16:32 | 3 | POSSIBLY BE ANYTHING OTHER THAN THAT WHICH WOULD BE SUBJECT TO |
| 16:32 | 4 | THE REQUIREMENT OF A REPORT.  HE IS GIVING OPINIONS BASED ON -- |
| 16:32 | 5 | **THE COURT:**  WHAT'S HIS OPINION, WHAT'S OVER-DEPTH |
| 16:32 | 6 | DREDGING?  I GUESS DREDGING.  LET ME HEAR IT, IF IT EVEN SOUNDS |
| 16:32 | 7 | LIKE AN OPINION TO ME. |
| 16:32 | 8 | **BY MR. LEVINE:** |
| 16:32 | 9 | **Q.**   WHAT IS OVER-DEPTH DREDGING? |
| 16:32 | 10 | **A.**   OVER-DEPTH DREDGING ACCOUNTS FOR THE INACCURACIES OF THE |
| 16:32 | 11 | DREDGING PROCESS WITH VERY LARGE EQUIPMENT THAT'S USED TO |
| 16:32 | 12 | EXCAVATE UNDERWATER. |
| 16:32 | 13 | **Q.**   DO YOU KNOW WHAT ADVANCED MAINTENANCE DREDGING IS? |
| 16:33 | 14 | **A.**   YES. |
| 16:33 | 15 | **Q.**   WHAT IS IT? |
| 16:33 | 16 | **A.**   ADVANCED MAINTENANCE DREDGING IS THE AMOUNT OF ADDITIONAL |
| 16:33 | 17 | VERTICAL DEPTH BELOW THE AUTHORIZED GRADE THAT IS REMOVED |
| 16:33 | 18 | DURING MAINTENANCE CYCLES TO PRECLUDE THE NEED FOR VERY |
| 16:33 | 19 | FREQUENT DREDGING BUT TO ALLOW FOR MORE PERIODIC DREDGING FOR |
| 16:33 | 20 | PRACTICAL ECONOMIC PURPOSES. |
| 16:33 | 21 | **Q.**   WHY DO YOU DO IT? |
| 16:33 | 22 | **A.**   BECAUSE IT'S ECONOMICAL. |
| 16:33 | 23 | **Q.**   I'M GOING TO SHOW YOU AN EXHIBIT MARKED AS DX-1488, WHICH |
| 16:33 | 24 | IS THE CORPS OF ENGINEERS ENGINEERING REGULATION, |
| 16:33 | 25 | ER 1130-2-520.  HAVE YOU SEEN THIS BEFORE? |

16:33  1  **A.**   YES.

16:33  2  **Q.**   WHAT IS IT?

16:33  3  **A.**   THIS IS THE CORPS OF ENGINEERS REGULATIONS FOR NAVIGATION

16:33  4  AND DREDGING OPERATIONS AND MAINTENANCE POLICY.

16:33  5  **Q.**   WHERE IS THIS REGULATION APPLICABLE?

16:33  6  **A.**   ON ALL AUTHORIZED CORPS OF ENGINEERS NAVIGATION PROJECTS.

16:34  7  **Q.**   DID YOU FOLLOW THIS REGULATION WHEN CONDUCTING DREDGING ON

16:34  8  THE MRGO?

16:34  9  **A.**   YES.

16:34  10  **Q.**   I'M GOING TO ASK TO TURN TO PAGE 8-1 OF THIS DOCUMENT.

16:34  11  LET'S TAKE A LOOK AT SECTION 8-2, SUBSECTION (A)(6).  NOW, THIS

16:34  12  SAYS:

16:34  13       "ALLOWABLE OVER-DEPTH DREDGING, DEPTH AND/OR WIDTH,

16:34  14  OUTSIDE THE REQUIRED PRISM IS PERMITTED TO ALLOW FOR

16:34  15  INACCURACIES IN THE DREDGING PROCESS.  DISTRICT COMMANDERS MAY

16:34  16  DREDGE A MAXIMUM OF 2 FEET OF ALLOWABLE OVER-DEPTH IN COASTAL

16:34  17  REGIONS TO INCLUDE THE GREAT LAKES, COLUMBIA, AND LOWER

16:34  18  WILLAMETTE RIVERS, ETC., AND IN INLAND NAVIGATION CHANNELS.

16:34  19  ALLOWABLE OVER-DEPTH IN EXCESS OF THESE ALLOWANCES OR THE USE

16:35  20  OF ZERO ALLOWABLE OVER-DEPTH REQUIRES THE PRIOR APPROVAL OF THE

16:35  21  MSC COMMANDER."

16:35  22       DID THIS REGULATION PERMIT YOU TO CONDUCT OVER-DEPTH

16:35  23  DREDGING ON THE CHANNEL?

16:35  24  **A.**   YES.

16:35  25  **Q.**   DID YOU HAVE APPROVAL FROM THE COMMANDER TO CONDUCT

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:35 | 1 | OVER-DEPTH DREDGING? |
| 16:35 | 2 | **A.**   YES. |
| 16:35 | 3 | **Q.**   WAS OVER-DEPTH DREDGING CONDUCTED ON THE MRGO? |
| 16:35 | 4 | **A.**   YES. |
| 16:35 | 5 | **Q.**   IF YOU COULD SCROLL DOWN AND LOOK AT SUBSECTION (A)(7) -- |
| 16:35 | 6 | I'M NOT GOING TO REPEAT THIS ONE, BUT DID THIS REGULATION |
| 16:35 | 7 | PERMIT YOU TO CONDUCT ADVANCED MAINTENANCE DREDGING ON THE |
| 16:35 | 8 | MRGO? |
| 16:35 | 9 | **A.**   YES. |
| 16:35 | 10 | **Q.**   DID YOU HAVE AUTHORIZATION FROM THE COMMANDER TO CONDUCT |
| 16:35 | 11 | ADVANCED MAINTENANCE DREDGING ON THE CHANNEL? |
| 16:35 | 12 | **A.**   YES. |
| 16:35 | 13 | **Q.**   WAS ADVANCED MAINTENANCE DREDGING CONDUCTED ON THE |
| 16:35 | 14 | CHANNEL? |
| 16:35 | 15 | **A.**   YES. |
| 16:35 | 16 | **Q.**   WHO USES THE MRGO CHANNEL? |
| 16:35 | 17 | **A.**   MANY DIFFERENT USERS.  THE PRIMARY USERS WERE DEEP DRAFT |
| 16:35 | 18 | NAVIGATION SHIPS.  ALSO, SHALLOW DRAFT VESSELS SUCH AS BARGES |
| 16:36 | 19 | WOULD BE PUSHED ON THE WATERWAY.  OTHER USERS WERE COMMERCIAL |
| 16:36 | 20 | FISHERS, RECREATIONAL FISHERS, RECREATIONAL BOATERS.  SO THERE |
| 16:36 | 21 | WAS A WIDE RANGE OF USES OF THE CHANNEL. |
| 16:36 | 22 | **Q.**   DURING YOUR TIME AS OPERATIONS MANAGER, HOW MANY SHIPS, ON |
| 16:36 | 23 | AVERAGE, USED THE WATERWAY? |
| 16:36 | 24 | **A.**   APPROXIMATELY ONE TO THREE SHIPS PER DAY. |
| 16:36 | 25 | **Q.**   WAS THE CHANNEL VALUABLE TO CERTAIN TYPES OF SHIPPING |

16:36   1   INTERESTS?

16:36   2   **A.**   YES.

16:36   3   **Q.**   WHICH ONES?

16:36   4   **A.**   A NUMBER OF USERS IN THE PORT OF NEW ORLEANS WOULD USE

16:36   5   THIS FOR USES SUCH AS CONTAINERIZED CARGO, AGGREGATE, CEMENT,

16:36   6   COLD STORAGE, FOR EXAMPLE.

16:36   7   **Q.**   HOW MANY CONTAINERS, ON AVERAGE, WOULD GO THROUGH THE MRGO

16:36   8   DURING YOUR TIME AS OPERATIONS MANAGER?

16:36   9   **A.**   SOMEWHERE ON THE ORDER OF 350,000 UNITS A YEAR.

16:36   10   **Q.**   NOW, IF YOU WERE NOT ABLE TO MAINTAIN THE CHANNEL SO THAT

16:36   11   SHIPS COULD PASS, DID YOU EVER RECEIVE COMPLAINTS?

16:37   12   **A.**   YES.

16:37   13   **Q.**   WHO WOULD COMPLAIN?

16:37   14   **A.**   THE SHIPPERS AND PILOTS.

16:37   15   **Q.**   I'M GOING TO SHOW YOU A DOCUMENT MARKED AS DX-813.  HAVE

16:37   16   YOU SEEN THIS DOCUMENT BEFORE?

16:37   17   **A.**   YES.

16:37   18   **Q.**   WHAT IS IT?

16:37   19   **A.**   THIS IS A LETTER FROM THE CRESCENT RIVER PORT PILOTS

16:37   20   ASSOCIATION, ADDRESSED TO ME, EXPLAINING THEIR CONCERNS OVER

16:37   21   THE CHANNEL CONDITIONS FOR VESSEL PASSAGE.

16:37   22   **Q.**   WHAT WAS THEIR COMPLAINT?

16:37   23   **A.**   THAT THE CONDITIONS OF THE CHANNEL HAD DETERIORATED, AND

16:37   24   THEY WERE CONCERNED ABOUT THE LOSS IN DIMENSIONS FOR SAFE AND

16:37   25   RELIABLE DEEP DRAFT VESSEL TRANSIT.

FINAL DAILY COPY

| 16:37 | 1 | **Q.**   DID YOU OFTEN RECEIVE COMPLAINTS FROM THE SHIPPING |
| 16:37 | 2 | INDUSTRY REGARDING THE MRGO DIMENSIONS? |
| 16:37 | 3 | **A.**   YES. |
| 16:38 | 4 | **Q.**   WHAT DID YOU DO WHEN YOU RECEIVED SUCH COMPLAINTS? |
| 16:38 | 5 | **A.**   WE WOULD REVIEW THOSE AND PROVIDE RESPONSES TO THE LETTER |
| 16:38 | 6 | PROPONENTS TO EXPLAIN OUR CAPABILITY TO ADDRESS THEIR CONCERNS. |
| 16:38 | 7 | IN MOST CASES, WHEN WE DID RECEIVE A LETTER, IT WAS |
| 16:38 | 8 | DUE TO LACK OF FINANCIAL RESOURCES.  SO MOST OF THE TIME OUR |
| 16:38 | 9 | EXPLANATION WAS THAT WE WOULD NEED TO OBTAIN MORE FUNDING TO |
| 16:38 | 10 | PERFORM THE MAINTENANCE OF THE -- |
| 16:38 | 11 | **MR. PALMINTIER:**  JUDGE, I OBJECT.  THIS IS GENERAL, |
| 16:38 | 12 | VAGUE.  I MEAN, HE CAN'T GIVE A GENERAL STATEMENT ABOUT WHAT |
| 16:38 | 13 | USUALLY HAPPENS WHEN HE RECEIVES LETTERS WE DON'T EVEN SEE.  I |
| 16:38 | 14 | OBJECT TO IT AS NOT LAYING A PROPER FOUNDATION AND CERTAINLY |
| 16:38 | 15 | NOT BEING RELEVANT UNLESS HE DEMONSTRATES THOSE LETTERS. |
| 16:38 | 16 | **THE COURT:**  THIS IS ABOUT COMPLAINTS OF RIVER PILOTS |
| 16:38 | 17 | IN 2004 AND DREDGING.  HE IS SAYING WHAT HE DOES ABOUT THE |
| 16:39 | 18 | COMPLAINTS IN GENERAL, SO I'M GOING TO ALLOW THE TESTIMONY. |
| 16:39 | 19 | OVERRULED. |
| 16:39 | 20 | AS THE MANAGER OF THE MRGO, THIS IS WHAT HE |
| 16:39 | 21 | WOULD NORMALLY DO WHEN HE GOT A COMPLAINT? |
| 16:39 | 22 | **MR. LEVINE:**  CORRECT. |
| 16:39 | 23 | **THE WITNESS:**  SO WHAT WOULD HAPPEN IS WE WOULD HAVE |
| 16:39 | 24 | TO RESPOND BACK TO EXPLAIN THAT WE WOULD BE ABLE TO PERFORM THE |
| 16:39 | 25 | MAINTENANCE OF THE DEFICIENT SECTIONS OF THE WATERWAY UPON |

| | | |
|---|---|---|
| 16:39 | 1 | RECEIPT OF ADDITIONAL FUNDING, TO ADDRESS THEIR CONCERNS, AND |
| 16:39 | 2 | THAT COULD BE THE NEXT BUDGET CYCLE, FOR INSTANCE. |
| 16:39 | 3 | **BY MR. LEVINE:** |
| 16:39 | 4 | **Q.**   NOW I WANT TO SWITCH GEARS AND I WANT TO TALK ABOUT THE |
| 16:39 | 5 | DISPOSAL OF DREDGED MATERIALS.  CAN YOU EXPLAIN THAT CONCEPT TO |
| 16:39 | 6 | THE COURT. |
| 16:39 | 7 | **A.**   YES.  THAT INVOLVES THE EXCAVATION OF SHOALING SEDIMENTS |
| 16:39 | 8 | FROM THE BOTTOM OF THE WATERWAY AND TRANSPORTING OF THOSE |
| 16:40 | 9 | SEDIMENTS TO DESIGNATED PLACEMENT AREAS EITHER ON LAND OR ON |
| 16:40 | 10 | SHALLOW WATER OR DEEPER WATER. |
| 16:40 | 11 | **Q.**   SO, ESSENTIALLY, AFTER YOU DREDGE THE CHANNEL, YOU HAVE TO |
| 16:40 | 12 | DISPOSE OF THE DREDGED SPOILS SOMEWHERE? |
| 16:40 | 13 | **A.**   CORRECT. |
| 16:40 | 14 | **Q.**   WHAT ARE THE DIFFERENT OPTIONS FOR DISPOSING OF DREDGED |
| 16:40 | 15 | MATERIALS? |
| 16:40 | 16 | **A.**   IT CAN BE PLACED IN DESIGNATED UPLAND OR OCEAN DISPOSAL |
| 16:40 | 17 | SITES OR THEY CAN BE USED FOR WETLAND CREATION. |
| 16:40 | 18 | **Q.**   WHAT ARE THE DIFFERENT -- EXCUSE ME.  WHAT IS AN UPLAND |
| 16:40 | 19 | DISPOSAL SITE? |
| 16:40 | 20 | **A.**   THAT'S AN AREA WHERE LARGE DIKES ARE CONSTRUCTED AND |
| 16:40 | 21 | MATERIAL IS PUMPED IN FOR DISPOSAL. |
| 16:40 | 22 | **Q.**   NOW, LET'S TAKE A LOOK AT THE MAP AGAIN, WHICH IS DM-003. |
| 16:40 | 23 | GENERALLY SPEAKING, WHERE ARE THE UPLAND DISPOSAL SITES |
| 16:40 | 24 | LOCATED? |
| 16:40 | 25 | **A.**   THEY ARE LOCATED ALONG THE SOUTH BANK OF THE WATERWAY IN |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:40 | 1 | APPROXIMATELY 4,000-FOOT WIDTH ALONG THE WATERWAY AND |
| 16:41 | 2 | PARALLELS. |
| 16:41 | 3 | **Q.**   WHAT MILE MARKERS DO THEY RUN?  IT LOOKS LIKE YOU WERE |
| 16:41 | 4 | POINTING UP NEAR THE MILE MARKER -- |
| 16:41 | 5 | **A.**   YEAH.  THE UPLAND DISPOSAL AREA RUNS FROM THE HEAD OF |
| 16:41 | 6 | NAVIGATION AT MILE 56 ALONG TO THE TURN HERE AT MILE 60 DOWN |
| 16:41 | 7 | ALONG THE WATERWAY ALL THE WAY TO THE JETTIES. |
| 16:41 | 8 | **Q.**   NOW, HOW DO YOU BENEFICIALLY USE DREDGED SPOILS? |
| 16:41 | 9 | **A.**   WE TYPICALLY WOULD PLACE THOSE FOR WETLAND CREATION IN |
| 16:41 | 10 | AREAS OF WETLAND LOSS, IN MANY CASES ALONG THE RIM OF |
| 16:41 | 11 | LAKE BORGNE. |
| 16:41 | 12 | **Q.**   NOW, DID THE CORPS, DURING YOUR TIME AS THE MRGO |
| 16:41 | 13 | OPERATIONS MANAGER, EVER CREATE WETLANDS BY BENEFICIALLY |
| 16:41 | 14 | DISPOSING OF DREDGED MATERIALS? |
| 16:41 | 15 | **A.**   YES. |
| 16:41 | 16 | **Q.**   CAN YOU EXPLAIN TO THE COURT WHAT THE CONCEPT *FEDERAL* |
| 16:41 | 17 | *STANDARD* MEANS. |
| 16:41 | 18 | **A.**   YES.  THE FEDERAL STANDARD IS THE CRITERIA BY WHICH WE |
| 16:42 | 19 | OPERATE AS A FEDERAL POLICY TO IDENTIFY THE LEAST COSTLY |
| 16:42 | 20 | ENVIRONMENTALLY ACCEPTABLE PLAN WHICH MEETS SOUND ENGINEERING |
| 16:42 | 21 | PRINCIPLES. |
| 16:42 | 22 | **MR. LEVINE:**  YOUR HONOR, AT THIS TIME I WOULD LIKE |
| 16:42 | 23 | THE REFER THE COURT TO DX-1592 WHICH IS 33 C.F.R. 335 THROUGH |
| 16:42 | 24 | 338.  THESE REGULATIONS REFLECT DISPOSAL OF DREDGED MATERIALS, |
| 16:42 | 25 | INCLUDING THE FEDERAL STANDARD JUST REFERENCED BY MR. RUSSO. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:42 | 1 | **THE COURT:**  THANK YOU, SIR. |
| 23:59 | 2 | BY MR. LEVINE: |
| 16:42 | 3 | **Q.**   TO YOUR UNDERSTANDING, AS STATED IN THE FEDERAL STANDARDS |
| 16:42 | 4 | AND CONSISTENT WITH THESE REGULATIONS, WHAT DOES *CONSISTENT* |
| 16:42 | 5 | *WITH ENVIRONMENTAL REQUIREMENTS* MEAN? |
| 16:42 | 6 | **A.**   *ENVIRONMENTAL ACCEPTABILITY* MEANS MEETING ALL OF THE |
| 16:42 | 7 | REGULATORY CRITERIA UNDER LAWS AND STATUTES FOR PERFORMING THE |
| 16:43 | 8 | WORK SUCH AS THE NATIONAL ENVIRONMENTAL POLICY ACT AND OTHERS. |
| 16:43 | 9 | **Q.**   NOW, WERE UPLAND DISPOSAL SITES CONSIDERED CONSISTENT WITH |
| 16:43 | 10 | ENVIRONMENTAL REQUIREMENTS? |
| 16:43 | 11 | **A.**   YES. |
| 16:43 | 12 | **Q.**   WERE BENEFICIAL USE SITES CONSIDERED CONSISTENT WITH |
| 16:43 | 13 | ENVIRONMENTAL REQUIREMENTS? |
| 16:43 | 14 | **A.**   YEP. |
| 16:43 | 15 | **Q.**   SO IF BOTH UPLAND DISPOSAL SITES AND BENEFICIAL USE SITES |
| 16:43 | 16 | WERE CONSIDERED CONSISTENT WITH THE ENVIRONMENTAL REQUIREMENTS, |
| 16:43 | 17 | WHY WOULD YOU EVER CHOOSE AN UPLAND DISPOSAL SITE AS THE MEANS |
| 16:43 | 18 | OF DISPOSAL? |
| 16:43 | 19 | **A.**   IN INSTANCES WHERE THE COST COMPARISON WAS FAR GREATER TO |
| 16:43 | 20 | PERFORM THE BENEFICIAL USE THAN THE DISPOSAL OPTION BUT WHERE |
| 16:43 | 21 | THEY WERE SOMEWHAT COMPETITIVE, WE WOULD ALWAYS OPT FOR |
| 16:43 | 22 | BENEFICIAL USE IN WETLAND CREATION. |
| 16:43 | 23 | **Q.**   WHEN YOU WERE USING AN UPLAND DISPOSAL SITE, WHAT WAS |
| 16:43 | 24 | DRIVING THE COST OF DISPOSING OF THE MATERIALS IN THAT FASHION? |
| 16:44 | 25 | **A.**   GENERALLY, THE DISTANCE TO PUMP THE DREDGED MATERIAL FROM |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:44 | 1 | THE REACH OF THE CHANNEL THAT RETIRED MAINTENANCE WAS A PRIMARY |
| 16:44 | 2 | FACTOR. |
| 16:44 | 3 | Q.   SO IF WHERE YOU WANTED TO CREATE THE WETLAND SITES WAS |
| 16:44 | 4 | PRETTY FAR AWAY FROM WHERE YOU WERE DREDGING, IT WOULD COST AN |
| 16:44 | 5 | EXTREME AMOUNT OF MONEY AND YOU WEREN'T ABLE TO DO IT UNDER THE |
| 16:44 | 6 | FEDERAL STANDARD? |
| 16:44 | 7 | A.   CORRECT. |
| 16:44 | 8 | Q.   EARLIER YOU TESTIFIED THAT 80 PERCENT OF THE DREDGING THAT |
| 16:44 | 9 | YOU CONDUCTED DURING YOUR TIME OCCURRED IN THE OPEN WATER |
| 16:44 | 10 | PORTION OF THE CHANNEL.  HOW DID THAT AFFECT THE COST OF |
| 16:44 | 11 | BENEFICIALLY USING DREDGED SPOILS? |
| 16:44 | 12 | A.   WELL, IT WOULD BE VERY DIFFICULT IN THOSE REACHES BECAUSE |
| 16:44 | 13 | THE OPEN WATER REACHES, AS YOU CAN SEE FROM THE MAP, REACH |
| 16:44 | 14 | PRETTY FAR OUT, MANY MILES INTO THE OPEN WATER AWAY FROM THE |
| 16:44 | 15 | INLAND REACH, SO THE DREDGING PUMP DISTANCES WOULD BE EXTREME |
| 16:44 | 16 | TO CARRY THAT MATERIAL BACK TO INLAND LOCATIONS. |
| 16:44 | 17 | Q.   IF THE BENEFICIAL USE OF DREDGED MATERIALS IS NOT THE |
| 16:44 | 18 | LEAST COSTLY MANNER OF DISPOSAL, COULD YOU SEEK OUT FUNDING |
| 16:45 | 19 | FROM THE STATE TO HELP PAY FOR THE BENEFICIAL USE? |
| 16:45 | 20 | A.   YES. |
| 16:45 | 21 | Q.   WHICH AGENCY COULD YOU CONTACT TO SEEK OUT FUNDING? |
| 16:45 | 22 | A.   WE TYPICALLY WORKED WITH THE LOUISIANA DEPARTMENT OF |
| 16:45 | 23 | NATURAL RESOURCES IN THAT REGARD. |
| 16:45 | 24 | Q.   DO YOU KNOW WHAT THE CONTINUING AUTHORITIES PROGRAM IS? |
| 16:45 | 25 | A.   YES. |

3534

| | | |
|---|---|---|
| 16:45 | 1 | **Q.**   CAN YOU EXPLAIN THAT TO THE COURT. |
| 16:45 | 2 | **A.**   YES.  IT IS A PROVISION FOR US THAT WE CAN INTERACT WITH A |
| 16:45 | 3 | NONFEDERAL COST-SHARE SPONSOR, SUCH AS THE LOUISIANA DEPARTMENT |
| 16:45 | 4 | OF NATURAL RESOURCES, TO IDENTIFY AN INCREMENT ABOVE THE |
| 16:45 | 5 | FEDERAL STANDARD THAT THEY ARE WILLING TO COST SHARE FOR |
| 16:45 | 6 | BENEFICIAL USE OF DREDGED MATERIAL. |
| 16:45 | 7 | **MR. LEVINE:**  YOUR HONOR, AT THIS TIME I WOULD LIKE TO |
| 16:45 | 8 | REFER THE COURT TO DX-18, WHICH IS 33 U.S.C. 2326.  THIS |
| 16:45 | 9 | STATUTE IS THE COST-SHARING PROVISION OF THE CONTINUING |
| 16:45 | 10 | AUTHORITIES PROGRAM MR. RUSSO JUST SPOKE ABOUT, WHICH WAS IN |
| 16:45 | 11 | EFFECT FROM 1992 UNTIL 2007. |
| 16:45 | 12 | **THE COURT:**  SO NOTED. |
| 16:45 | 13 | **BY MR. LEVINE:** |
| 16:45 | 14 | **Q.**   DID EVER SEEK OUT COST SHARING FROM THE STATE FOR |
| 16:45 | 15 | BENEFICIAL USE PROJECTS DURING YOUR TIME AS THE OPERATIONS |
| 16:45 | 16 | MANAGER? |
| 16:46 | 17 | **A.**   YES. |
| 16:46 | 18 | **Q.**   HOW SUCCESSFUL WERE YOU IN OBTAINING COST SHARING FROM THE |
| 16:46 | 19 | LOUISIANA DEPARTMENT OF NATURAL RESOURCES? |
| 16:46 | 20 | **A.**   APPROXIMATELY ONE OR TWO TIMES WE WERE ABLE TO MAKE THAT |
| 16:46 | 21 | HAPPEN. |
| 16:46 | 22 | **THE COURT:**  THAT'S VIS-À-VIS THE MRGO? |
| 16:46 | 23 | **THE WITNESS:**  YES. |
| 16:46 | 24 | **BY MR. LEVINE:** |
| 16:46 | 25 | **Q.**   NOW I'M GOING TO SHOW YOU A DOCUMENT LABELED DX-392.  DO |

16:46   1   YOU KNOW WHAT THIS IS?

16:46   2   **A.**   YES.

16:46   3   **Q.**   WHAT IS IT?

16:46   4   **A.**   THIS IS THE PROJECT MANAGEMENT PLAN FOR OPERATIONS AND

16:46   5   MAINTENANCE OF THE MRGO.

16:46   6   **Q.**   WHO MADE THIS DOCUMENT?

16:46   7   **A.**   I DID.

16:46   8   **Q.**   WHEN DID YOU MAKE IT?

16:46   9   **A.**   IN JULY OF 2005.

16:46   10   **Q.**   WHY DID YOU PREPARE THE DOCUMENT?

16:46   11   **A.**   I PREPARED THIS TO PROVIDE A DETAILED CHARACTERIZATION OF

16:46   12   THE MAINTENANCE HISTORY OF THE PROJECT UNDER ITS AUTHORITIES,

16:46   13   THE REQUIREMENTS FOR PLANNING, OPERATIONS AND MAINTENANCE WORK,

16:46   14   AND THE ACTUAL PLANS FOR 20 YEARS OUT FOR MAINTENANCE OF THE

16:46   15   WATERWAY FOR DREDGING, BENEFICIAL USE, AND CONSTRUCTION OF THE

16:47   16   BANK PROTECTION STRUCTURES.

16:47   17   **Q.**   NOW, IF YOU COULD TURN TO PAGE 31 OF DX-392.  COULD YOU

16:47   18   EXPLAIN THIS TABLE TO THE COURT.

16:47   19   **A.**   YES.  THIS IS A TABLE THAT PROVIDES A HISTORY OF CHANNEL

16:47   20   MAINTENANCE DREDGED MATERIALS THAT WAS USED FOR BENEFICIAL USES

16:47   21   ALONG THE WATERWAY.

16:47   22   **Q.**   HOW MANY ACRES OF WETLANDS WERE BENEFICIALLY CREATED USING

16:47   23   DREDGED SPOILS IN THE INLAND PORTION OF THE CHANNEL?

16:47   24   **A.**   APPROXIMATELY 1,053 ACRES.

16:47   25   **Q.**   HOW MANY ACRES OF WETLANDS WERE CREATED BY THE BENEFICIAL

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:47 | 1 | USE OF DREDGED SPOILS IN THE JETTIES? |
| 16:47 | 2 | **A.**   APPROXIMATELY 335 ACRES. |
| 16:47 | 3 | **Q.**   HOW MANY ACRES OF WETLANDS WERE CREATED AT BRETON ISLAND |
| 16:47 | 4 | USING THE BENEFICIAL USE OF DREDGED SPOILS? |
| 16:47 | 5 | **A.**   ON THE NORTH AND SOUND LAND MASSES, 187 AND 37, |
| 16:48 | 6 | RESPECTIVELY. |
| 16:48 | 7 | **Q.**   JUST FOR THE RECORD, WHAT IS BRETON ISLAND? |
| 16:48 | 8 | **A.**   THAT IS AN ISLAND OF THE CHANDELEUR ISLANDS CHAIN. |
| 16:48 | 9 | **Q.**   WHERE IS BRETON ISLAND LOCATED ACCORDING TO THE MILE |
| 16:48 | 10 | MARKERS FOR THE MRGO? |
| 16:48 | 11 | **A.**   APPROXIMATELY MILE ZERO. |
| 16:48 | 12 | **Q.**   I'M GOING TO SHOW YOU A MAP WHICH IS MARKED AS DM-0021. |
| 16:49 | 13 | HAVE YOU SEEN THIS MAP BEFORE? |
| 16:49 | 14 | **A.**   YES. |
| 16:49 | 15 | **Q.**   WHAT IS IT? |
| 16:49 | 16 | **A.**   THIS IS A SUMMARY OF BENEFICIAL USE OF DREDGED MATERIAL |
| 16:49 | 17 | ALONG THE MRGO. |
| 16:49 | 18 | **Q.**   DOES THIS MAP ACCURATELY DEPICT LOCATIONS WHERE WETLANDS |
| 16:49 | 19 | WERE BENEFICIALLY CREATED WITH DREDGED SPOILS? |
| 16:49 | 20 | **A.**   YES. |
| 16:49 | 21 | **MR. PALMINTIER:**  YOUR HONOR, I OBJECT TO THAT |
| 16:49 | 22 | CHARACTERIZATION.  I DON'T MIND THAT WE'RE CALLING IT |
| 16:49 | 23 | BENEFICIAL, WHICH IS A EUPHEMISM OF SOME KIND, BUT FOR COUNSEL |
| 16:49 | 24 | TO DESCRIBE IT AS BENEFICIAL IS MISSTATING PREVIOUS TESTIMONY. |
| 16:49 | 25 | **THE COURT:**  THE COURT WILL NOTE THAT.  AGAIN, GOING |

| | | |
|---|---|---|
| 16:49 | 1 | THROUGH THE WHOLE RECORD AND LOOKING AT THE PREVIOUS TESTIMONY, |
| 16:49 | 2 | IT WILL BE DIFFICULT, SO I'M GOING TO NOTE YOUR OBJECTION. |
| 16:50 | 3 | WHAT'S THE CIRCA OF THIS MAP? |
| 16:50 | 4 | **MR. LEVINE:**  EXCUSE ME? |
| 16:50 | 5 | **THE COURT:**  THE YEAR. |
| 16:50 | 6 | **MR. LEVINE:**  THIS IS A DEMONSTRATIVE THAT WE HAVE |
| 16:50 | 7 | CREATED FOR THIS CASE. |
| 16:50 | 8 | **THE COURT:**  I'M JUST TRYING TO GET MYSELF ORIENTED, |
| 16:50 | 9 | AND I DON'T SEE THE -- DO YOU KNOW WHEN THE BASE MAP -- WHAT |
| 16:50 | 10 | YEAR IT'S SUPPOSED TO REPRESENT? |
| 16:50 | 11 | **MR. LEVINE:**  I DON'T, YOUR HONOR. |
| 16:50 | 12 | **THE COURT:**  I JUST SEE A TOPOGRAPHIC FEATURE THAT'S |
| 16:50 | 13 | NOT EVIDENT TO ME, BUT I COULD BE MISTAKEN.  I DON'T SEE THE |
| 16:50 | 14 | BRIDGE, THE GAP, WHATEVER IT IS, BETWEEN LAKE BORGNE AND -- IT |
| 16:50 | 15 | MAY BE UP A WAYS. |
| 16:50 | 16 | **MR. LEVINE:**  I THINK WE WERE ABLE TO FIND THIS ON THE |
| 16:50 | 17 | TRIALDIRECTOR. |
| 16:50 | 18 | CAN YOU SEE IF YOU CAN PULL IT UP?  THERE WE GO. |
| 16:51 | 19 | **THE COURT:**  ALL RIGHT.  THAT'S THE SAME SHOT. |
| 16:51 | 20 | **MR. LEVINE:**  RIGHT. |
| 16:51 | 21 | **MR. PALMINTIER:**  MY ONLY OBJECTION, YOUR HONOR, WAS |
| 16:51 | 22 | THE CHARACTERIZATION BY COUNSEL OF IT BEING BENEFICIAL BECAUSE |
| 16:51 | 23 | THAT IS A TERM OF ART THAT'S USED BY THE -- |
| 16:51 | 24 | **THE COURT:**  I'M TAKING IT THAT, CLEARLY, THIS WITNESS |
| 16:51 | 25 | IS TESTIFYING THAT HIS UNDERSTANDING, OF COURSE, COMES AFTER |

| | | |
|---|---|---|
| 16:51 | 1 | 2000, BUT THAT THIS MAP REPRESENTS AREAS WHERE SOIL WAS |
| 16:51 | 2 | DISPOSED WITH THE OSTENSIBLE PURPOSE OF BENEFITING WETLANDS. |
| 16:51 | 3 | **MR. LEVINE:**  CORRECT.  YOU ARE CREATING WETLANDS |
| 16:51 | 4 | THROUGH THE USE OF DREDGED SPOIL. |
| 16:51 | 5 | **THE COURT:**  WHETHER THEY WERE OR WERE NOT CREATED, I |
| 16:51 | 6 | DON'T KNOW, BUT I KNOW THAT'S WHAT THEY WERE TRYING TO DO. |
| | 7 | **BY MR. LEVINE:** |
| 16:51 | 8 | **Q.**   GENERALLY, IN WHICH LOCATION WERE YOU TRYING TO CREATE |
| 16:51 | 9 | WETLANDS THROUGH THE USE OF DREDGED SPOILS? |
| 16:51 | 10 | **THE COURT:**  ARE WE TALKING ABOUT, NOW, AFTER 2000? |
| 16:51 | 11 | **MR. LEVINE:**  JUST OVER THE COURSE OF TIME THROUGH THE |
| 16:51 | 12 | MRGO.  I THINK IT'S -- |
| 16:52 | 13 | **THE COURT:**  I KNOW IT'S HARD TO FIND A 90-YEAR-OLD |
| 16:52 | 14 | WITNESS, SO GO AHEAD. |
| 16:52 | 15 | **THE WITNESS:**  WE GENERALLY PLACED EMPHASIS, AS YOU |
| 16:52 | 16 | CAN SEE IN THESE GREEN POLYGONS, TO PLACING THE MATERIAL FOR |
| 16:52 | 17 | WETLAND CREATION ALONG THE NORTH BANK OF THE MRGO IN THE |
| 16:52 | 18 | VICINITY OF LAKE BORGNE. |
| 01:59 | 19 | **BY MR. LEVINE:** |
| 16:52 | 20 | **Q.**   YOU WERE FOCUSED ON THE NORTH BANK OF LAKE BORGNE.  WHY IS |
| 16:52 | 21 | THAT? |
| 16:52 | 22 | **A.**   THIS WAS THE AREA IN THE REGION OF THE MRGO WHERE OUR |
| 16:52 | 23 | STAKEHOLDERS HAD THE MOST CONCERN OF WETLAND LOSSES.  SO WE |
| 16:52 | 24 | CONCENTRATED AND FOCUSED OUR EFFORTS WHERE THEIR GREATEST |
| 16:52 | 25 | CONCERNS WERE. |

| 16:52 | 1 | **Q.**   WERE THERE ANY REASONS WHY YOU COULD NOT CREATE MORE |
| 16:52 | 2 | WETLANDS IN THIS LOCATION UP BY LAKE BORGNE? |
| 16:52 | 3 | **A.**   YES. |
| 16:52 | 4 | **Q.**   WHAT ARE THOSE? |
| 16:52 | 5 | **A.**   IT'S PRIMARILY MONEY RELATED. |
| 16:52 | 6 | **Q.**   HOW IMPORTANT WAS IT TO YOU, AS THE OPERATIONS MANAGER OF |
| 16:53 | 7 | THE CHANNEL, TO DISPOSE OF DREDGED MATERIALS IN A MANNER TO |
| 16:53 | 8 | CREATE WETLANDS? |
| 16:53 | 9 | **A.**   IT WAS PERHAPS MORE IMPORTANT THAN ACTUAL MAINTENANCE |
| 16:53 | 10 | MANAGEMENT OF THE PROJECT ITSELF. |
| 16:53 | 11 | **Q.**   WHY WAS THAT? |
| 16:53 | 12 | **A.**   MAINLY BECAUSE OF THE GREAT CONCERNS THE STAKEHOLDERS HAD |
| 16:53 | 13 | OF THE OPERATION AND MAINTENANCE OF THE WATERWAY AND THE OTHER |
| 16:53 | 14 | RELATED EFFECTS IN THE REGION OF COASTAL LAND LOSS, WITH THE |
| 16:53 | 15 | OPPORTUNITY AND THE ABILITY TO BENEFICIALLY PLACE MATERIALS FOR |
| 16:53 | 16 | WETLAND CREATION. |
| 16:53 | 17 | **Q.**   DID YOU PERCEIVE THAT ANY ISSUES EXISTED CAUSED BY THE |
| 16:53 | 18 | EROSION ON THE MRGO? |
| 16:53 | 19 | **A.**   COULD YOU STATE THAT AGAIN. |
| 16:53 | 20 | **Q.**   DID YOU PERCEIVE THAT ANY ISSUES EXISTED THAT WERE CAUSED |
| 16:53 | 21 | BY THE EROSION THAT WAS OCCURRING ALONG THE MRGO? |
| 16:53 | 22 | **A.**   YES. |
| 16:53 | 23 | **Q.**   WHAT DID YOU DO TO TRY TO REMEDY THESE EROSION ISSUES? |
| 16:53 | 24 | **A.**   WE WOULD SURVEY THE WATERWAY, THE ENTIRE WATERWAY, |
| 16:54 | 25 | UNDERSTAND WHERE THIS EROSION WAS TAKING PLACE, DEVELOP |

| | | |
|---|---|---|
| 16:54 | 1 | PRIORITIES IN TERMS OF WHERE THAT WAS OCCURRING, AND |
| 16:54 | 2 | INVESTIGATE WHETHER OR NOT BANK PROTECTION COULD BE PLACED IN |
| 16:54 | 3 | THOSE REACHES AS A COST-COMPETITIVE MEASURE COMPARED TO CYCLIC |
| 16:54 | 4 | CHANNEL MAINTENANCE. |
| 16:54 | 5 | **Q.** NOW, IF YOU HAD PROPERTY DAMAGE THAT OCCURRED TO SOMEONE'S |
| 16:54 | 6 | PROPERTY ALONG THE BANKS OF THE MRGO, WHAT SPECIFIC AUTHORITY |
| 16:54 | 7 | DID YOU HAVE TO REMEDY THAT ISSUE? |
| 16:54 | 8 | **A.** WE DID NOT. |
| 16:54 | 9 | **Q.** WOULD YOU TRY TO TAKE ANY STEPS WITHIN THE CONFINES OF |
| 16:54 | 10 | YOUR MRGO AUTHORITY TO DEAL WITH THE PROPERTY DAMAGE? |
| 16:54 | 11 | **A.** YES. WE WERE VERY SENSITIVE TO PROPERTY OWNERS, AS A |
| 16:54 | 12 | MEMBER OF THE STAKEHOLDERS GROUP, ON THEIR CONCERNS OF BANK |
| 16:54 | 13 | EROSION ON THEIR SPECIFIC LANDS, AND WE WOULD WORK WITH THEM TO |
| 16:54 | 14 | UNDERSTAND WHERE THAT WAS OCCURRING. TO THE EXTENT THAT WE |
| 16:54 | 15 | COULD FIND COST-COMPETITIVE MEASURES FOR BANK PROTECTION IN |
| 16:55 | 16 | THOSE AREAS COMPARED TO CHANNEL MAINTENANCE DREDGING UNDER THE |
| 16:55 | 17 | FEDERAL STANDARD, WE WOULD OPT TO MOVE IN THAT DIRECTION AND |
| 16:55 | 18 | PROVIDE THAT BANK PROTECTION. |
| 16:55 | 19 | **Q.** WOULD YOU ALSO SEND THE LANDOWNER TO ANY OTHER AREAS |
| 16:55 | 20 | WITHIN THE CORPS TO SEE IF THE PROBLEM COULD BE REMEDIED? |
| 16:55 | 21 | **A.** YES. |
| 16:55 | 22 | **Q.** WHAT ARE SOME OF THOSE AREAS? |
| 16:55 | 23 | **A.** IN CASES WHERE, IN OPERATIONS, WE WERE UNABLE TO PERFORM |
| 16:55 | 24 | THAT TYPE OF WORK UNDER THE FEDERAL STANDARD, WE WOULD SEND THE |
| 16:55 | 25 | STAKEHOLDER OR PROPERTY OWNER TO OUR PLANNING PROGRAMS AND |

| | | |
|---|---|---|
| 16:55 | 1 | PROJECT MANAGEMENT GROUP, WHO CONDUCTED STUDIES AND PROJECTS |
| 16:55 | 2 | OUTSIDE OF THE OPERATIONS AND MAINTENANCE PHASE. |
| 16:55 | 3 | **Q.**   NOW, YOU HAVE USED A TERM A COUPLE OF TIMES CALLED |
| 16:55 | 4 | *STAKEHOLDERS*.   WHO DID YOU CONSIDER THE STAKEHOLDERS OF THE |
| 16:55 | 5 | MRGO PROJECT? |
| 16:55 | 6 | **A.**   THERE WERE MANY STAKEHOLDERS THAT CONSISTED OF STATE |
| 16:55 | 7 | LEGISLATORS, LOCAL ELECTED OFFICIALS, LEVEE BOARD MEMBERS, |
| 16:56 | 8 | PROPERTY OWNERS, STATE AND FEDERAL REGULATORY AGENCIES, AND |
| 16:56 | 9 | MEMBERS OF THE PUBLIC, FOR EXAMPLE. |
| 16:56 | 10 | **Q.**   NOW, ARE YOU FAMILIAR WITH THE TERM *COASTAL ZONE* |
| 16:56 | 11 | *CONSISTENCY*? |
| 16:56 | 12 | **A.**   YES. |
| 16:56 | 13 | **Q.**   HOW ARE YOU FAMILIAR WITH THIS TERM? |
| 16:56 | 14 | **A.**   THIS IS ONE OF THE FEDERAL REGULATIONS THAT WE OPERATED |
| 16:56 | 15 | UNDER TO PLAN PROJECTS FOR CHANNEL MAINTENANCE. |
| 16:56 | 16 | **Q.**   CAN YOU EXPLAIN WHAT COASTAL ZONE CONSISTENCY IS. |
| 16:56 | 17 | **A.**   YES.   THIS IS THE DELEGATION BY THE FEDERAL GOVERNMENT TO |
| 16:56 | 18 | THE STATES THE ABILITY TO PLAN THEIR OWN COASTAL ZONE |
| 16:56 | 19 | PRIORITIES AND SET THOSE FORTH FOR THE PURPOSE OF REGULATING |
| 16:56 | 20 | COASTAL ACTIVITIES WHICH WERE UNDER THE GUISE THAT WE HAD TO |
| 16:56 | 21 | OPERATE IN THIS PROJECT. |
| 16:57 | 22 | **Q.**   NOW, IS THERE A PARTICULAR AGENCY THAT THE CORPS WOULD |
| 16:57 | 23 | DEAL WITH FROM THE STATE CONCERNING A COASTAL ZONE CONSISTENCY |
| 16:57 | 24 | DETERMINATION? |
| 16:57 | 25 | **A.**   YES.   THE LOUISIANA DEPARTMENT OF NATURAL RESOURCES HAD |

| | | |
|---|---|---|
| 16:57 | 1 | THAT RESPONSIBILITY IN THE STATE. |
| 16:57 | 2 | **Q.**   ARE THERE FEDERAL STATUTES AND REGULATIONS PERTAINING TO |
| 16:57 | 3 | COASTAL ZONE CONSISTENCY? |
| 16:57 | 4 | **A.**   YES. |
| 16:57 | 5 | **MR. LEVINE:**  YOUR HONOR, AT THIS TIME I WOULD LIKE TO |
| 16:57 | 6 | REFER THE COURT TO DX-1416 AND DX-127.  DX-1416 CONTAINS THE |
| 16:57 | 7 | FEDERAL STATUTE PERTAINING TO COASTAL ZONE CONSISTENCY, WHICH |
| 16:57 | 8 | ARE 16 U.S.C. 1451 THROUGH 1466.  DX-127 CONTAINS THE FEDERAL |
| 16:57 | 9 | REGULATIONS PERTAINING TO COASTAL ZONE CONSISTENCY, WHICH ARE |
| 16:57 | 10 | 15 C.F.R. 923 AND 930. |
| 16:57 | 11 | **THE COURT:**  THANK YOU, COUNSEL. |
| 16:57 | 12 | **BY MR. LEVINE:** |
| 16:57 | 13 | **Q.**   DID YOU FOLLOW THESE COASTAL ZONE CONSISTENCY STATUTES AND |
| 16:57 | 14 | REGULATIONS ON THE MRGO CHANNEL? |
| 16:57 | 15 | **A.**   YES. |
| 16:57 | 16 | **Q.**   DID THE COASTAL ZONE CONSISTENCY PROCESS AFFECT HOW THE |
| 16:58 | 17 | CORPS CONDUCTED OPERATION AND MAINTENANCE ACTIVITIES ALONG THE |
| 16:58 | 18 | CHANNEL? |
| 16:58 | 19 | **A.**   YES. |
| 16:58 | 20 | **Q.**   CAN YOU EXPLAIN HOW THAT PROCESS WORKED. |
| 16:58 | 21 | **A.**   YES.  IF WE WERE UNABLE TO OBTAIN COASTAL ZONE CONSISTENCY |
| 16:58 | 22 | FROM THE STATE, WE WOULD NOT BE ABLE TO PERFORM THAT |
| 16:58 | 23 | MAINTENANCE ACTIVITY. |
| 16:58 | 24 | **Q.**   WHICH OPERATION AND MAINTENANCE ACTIVITY ALONG THE MRGO |
| 16:58 | 25 | WAS MOST AT RISK OF BEING DEEMED INCONSISTENT WITH THE STATE'S |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:58 | 1 | COASTAL ZONE CONSISTENCY PLAN? |
| 16:58 | 2 | **A.**   CHANNEL MAINTENANCE DREDGING AND PLACEMENT OF MATERIAL IN |
| 16:58 | 3 | THE UPLAND DISPOSAL AREA. |
| 16:58 | 4 | **Q.**   HAS THE STATE DEPARTMENT OF NATURAL RESOURCES EVER |
| 16:58 | 5 | DETERMINED THAT A PROPOSED ACTIVITY WAS INCONSISTENT WITH ITS |
| 16:58 | 6 | COASTAL ZONE CONSISTENCY INVOLVING THE MRGO? |
| 16:58 | 7 | **A.**   YES. |
| 16:58 | 8 | **Q.**   WHEN DID THIS OCCUR, APPROXIMATELY? |
| 16:58 | 9 | **A.**   1990. |
| 16:58 | 10 | **Q.**   WHAT DID THE STATE WANT DONE? |
| 16:58 | 11 | **A.**   THE STATE WISHED FOR THE CORPS TO CHANGE ITS DREDGED |
| 16:58 | 12 | MATERIAL PLACEMENT PLAN FROM THE UPLAND DISPOSAL OPTION TO A |
| 16:59 | 13 | WETLAND CREATION ALTERNATIVE. |
| 16:59 | 14 | **Q.**   WHAT WAS THE CORPS' POSITION IN THIS DISPUTE? |
| 16:59 | 15 | **A.**   THAT THROUGH THE EXAMINATION OF ALTERNATIVES PURSUANT TO |
| 16:59 | 16 | THE FEDERAL STANDARD, IN COMPARISON OF THE BENCHMARK OF |
| 16:59 | 17 | DISPOSAL TO WETLAND CREATION, WETLAND CREATION WAS FAR IN |
| 16:59 | 18 | EXCESS OF COST AND COULD NOT BE JUSTIFIED UNDER THE FEDERAL |
| 16:59 | 19 | STANDARD. |
| 16:59 | 20 | **Q.**   WHAT HAPPENED WHEN THE STATE INVOKED ITS RIGHT UNDER THE |
| 16:59 | 21 | COASTAL ZONE CONSISTENCY REGULATIONS AND STATUTES? |
| 16:59 | 22 | **A.**   WE WERE NOT ABLE TO DREDGE. |
| 16:59 | 23 | **Q.**   I'M GOING TO SHOW YOU A DOCUMENT MARKED AS DX-883.  HAVE |
| 16:59 | 24 | YOU SEEN THIS DOCUMENT BEFORE? |
| 16:59 | 25 | **A.**   YES. |

| 16:59 | 1 | **Q.**   WHAT IS IT? |
| 16:59 | 2 | **A.**   THIS IS A LETTER FROM THE CORPS OF ENGINEERS TO THE |
| 16:59 | 3 | LOUISIANA DEPARTMENT OF NATURAL RESOURCES EXPLAINING THE |
| 16:59 | 4 | SITUATION I JUST DESCRIBED. |
| 16:59 | 5 | **Q.**   DOES THIS LETTER REFLECT THE DISPUTE YOU AND I WERE JUST |
| 17:00 | 6 | DISCUSSING BETWEEN THE CORPS AND THE LOUISIANA DEPARTMENT OF |
| 17:00 | 7 | NATURAL RESOURCES? |
| 17:00 | 8 | **A.**   YES. |
| 17:00 | 9 | **Q.**   NOW, BECAUSE THE STATE COULD STOP DREDGING ACTIVITIES |
| 17:00 | 10 | ALONG THE CHANNEL, WHAT DID YOU DO AS OPERATIONS MANAGER TO |
| 17:00 | 11 | ENSURE THE STATE WOULD APPROVE THE CORPS' ACTIVITIES UNDER THE |
| 17:00 | 12 | COASTAL -- |
| 17:00 | 13 | **THE COURT:**  THIS IS DATED 1990. |
| 17:00 | 14 | **MR. LEVINE:**  CORRECT, YOUR HONOR. |
| 17:00 | 15 | **THE COURT:**  HE WASN'T THERE UNTIL 2000.  SO WHEN YOU |
| 17:00 | 16 | SAY "YOU," WHAT DO YOU MEAN? |
| 17:00 | 17 | **MR. LEVINE:**  RIGHT NOW I'M JUST TALKING ABOUT IN |
| 17:00 | 18 | GENERAL.  I THINK THE STATE COULD INVOKE ITS RIGHTS UNDER THE |
| 17:00 | 19 | COASTAL -- |
| 17:00 | 20 | **THE COURT:**  I'M WONDERING IF THE STATE INVOKED ITS |
| 17:00 | 21 | RIGHTS WHEN YOU WERE MANAGER? |
| 17:00 | 22 | **THE WITNESS:**  NO.  ACTUALLY, WHAT HE WAS ABOUT TO ASK |
| 17:00 | 23 | ME IS WHY. |
| 17:00 | 24 | **MR. PALMINTIER:**  THAT'S A WELL-ORCHESTRATED DIRECT, |
| 17:00 | 25 | YOUR HONOR, BUT I DON'T THINK THAT HE CAN ANTICIPATE THE |

FINAL DAILY COPY

17:00   1   QUESTION.

17:00   2      **THE COURT:**  NO, NO, BUT HE IS CERTAINLY ENTITLED TO

17:00   3   HAVE HIS IDEA WHAT IT MIGHT BE.

17:00   4      **MR. LEVINE:**  HE IS A VERY CANDID WITNESS.

17:01   5      **THE COURT:**  YES, HE IS.

17:01   6   **BY MR. LEVINE:**

17:01   7   **Q.**   NOW, BECAUSE THE STATE COULD STOP DREDGING ACTIVITIES

17:01   8   ALONG THE MRGO CHANNEL, WHAT DID YOU DO AS THE OPERATIONS

17:01   9   MANAGER, DURING YOUR TIME AS THE OPERATIONS MANAGER, TO ENSURE

17:01   10   THE STATE WOULD APPROVE THE CORPS' ACTIVITIES UNDER THE COASTAL

17:01   11   ZONE CONSISTENCY STATUTES AND REGULATIONS?

17:01   12   **A.**   WELL, WE WOULD FIRST GO OUT IN THE FIELD WITH A MAP, A

17:01   13   BLANK MAP, AND AERIAL PHOTOGRAPHY, AS YOU HAVE SEEN ON THE

17:01   14   PROJECTOR, AND WOULD MEET AT THE HOMES OF THE STAKEHOLDERS WITH

17:01   15   ELECTED OFFICIALS, STATE AND LOCAL.  WE WOULD MEET WITH THE

17:01   16   FEDERAL AND STATE RESOURCE AGENCIES, THE PROPERTY OWNERS, AND

17:01   17   TRY TO UNDERSTAND WHAT THEIR CONCERNS WERE, WHERE THERE WERE

17:01   18   EROSION PROBLEMS, AND WHERE THEY WOULD LIKE TO SEE US PLACE

17:02   19   DREDGED MATERIALS.

17:02   20      THEN WE WOULD TAKE THAT UNDER CONSIDERATION, GO BACK

17:02   21   AND PERFORM DESIGN COST ESTIMATES AND UNDERSTAND WHERE THE

17:02   22   WETLAND CREATION WAS COST-COMPETITIVE TO DISPOSAL OPTIONS,

17:02   23   WHERE THEN WE WOULD BE ABLE TO EXPLAIN WHERE WE HAD ABILITY

17:02   24   UNDER THE FEDERAL STANDARD TO CREATE WETLANDS COMPARED TO

17:02   25   DISPOSAL.

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:02 | 1 | **Q.**   NOW, DID THE ST. BERNARD PARISH LOCAL GOVERNMENT EVER |
| 17:02 | 2 | COMPLAIN TO YOU ABOUT THE MRGO CHANNEL? |
| 17:02 | 3 | **A.**   YES. |
| 17:02 | 4 | **Q.**   WHAT WERE THEIR COMPLAINTS? |
| 17:02 | 5 | **A.**   THEY WERE CONCERNED ABOUT THE WETLANDS LOSS PARTICULARLY |
| 17:02 | 6 | ALONG THE NORTH BANK OF THE CHANNEL. |
| 17:02 | 7 | **Q.**   DID LOCAL LANDOWNERS EVER COMPLAIN TO YOU ABOUT THE |
| 17:02 | 8 | CHANNEL? |
| 17:02 | 9 | **A.**   YES. |
| 17:02 | 10 | **Q.**   WHAT WERE THEIR COMPLAINTS? |
| 17:02 | 11 | **A.**   THAT, AGAIN, COASTAL LAND LOSS WAS OCCURRING ALONG THE |
| 17:02 | 12 | MRGO. |
| 17:02 | 13 | **Q.**   NOW, DID THESE LANDOWNERS HAVE PROPERTY ADJACENT TO THE |
| 17:02 | 14 | MRGO? |
| 17:02 | 15 | **A.**   YES. |
| 17:03 | 16 | **Q.**   NOW, TO CONDUCT PROJECTS ALONG THE BANKS OF THE MRGO, DID |
| 17:03 | 17 | YOU NEED ANY TYPE OF PERMISSION FROM THE LOCAL LANDOWNERS? |
| 17:03 | 18 | **A.**   YES. |
| 17:03 | 19 | **Q.**   WHAT'S THAT TYPE OF PERMISSION CALLED? |
| 17:03 | 20 | **A.**   WE NEEDED RIGHTS OF ENTRY FOR SURVEYS AND CONSTRUCTION. |
| 17:03 | 21 | **Q.**   WERE YOU EVER DENIED A RIGHT OF ENTRY BY A LOCAL |
| 17:03 | 22 | LANDOWNER? |
| 17:03 | 23 | **A.**   YES. |
| 17:03 | 24 | **Q.**   WHAT HAPPENS IF YOU WERE DENIED A RIGHT OF ENTRY? |
| 17:03 | 25 | **A.**   WE COULD NOT USE THAT PROPERTY FOR PLACING DREDGED |

| | | |
|---|---|---|
| 17:03 | 1 | MATERIAL. |
| 17:03 | 2 | **Q.**  NOW, WHAT DID YOU DO TO HELP RESOLVE THE CONCERNS OF THE |
| 17:03 | 3 | STATE GOVERNMENT, THE LOCAL GOVERNMENTS, THE LOCAL LANDOWNERS, |
| 17:03 | 4 | AND THE OTHER STAKEHOLDERS IN THE MRGO PROJECTS? |
| 17:03 | 5 | **A.**  WE WOULD MEET WITH THEM ON A REGULAR BASIS TO UNDERSTAND |
| 17:03 | 6 | THEIR CONCERNS ABOUT WETLAND LOSS IN THE AREA AND TRY TO WORK |
| 17:03 | 7 | WITH THEM TO IDENTIFY WHERE IT WAS POSSIBLE TO CREATE WETLANDS |
| 17:03 | 8 | WITH THE DREDGED MATERIAL. |
| 17:03 | 9 | **Q.**  WERE YOU THE FIRST OPERATIONS MANAGER IN THE MRGO TO HOLD |
| 17:03 | 10 | THESE MEETINGS? |
| 17:03 | 11 | **A.**  NO. |
| 17:03 | 12 | **Q.**  WHO WAS? |
| 17:04 | 13 | **MR. PALMINTIER:**  YOUR HONOR, THAT CALLS FOR |
| 17:04 | 14 | SPECULATION.  I OBJECT TO THE FORM. |
| 17:04 | 15 | **THE COURT:**  ALL RIGHT.  I'VE OVERRULED SPECULATION |
| 17:04 | 16 | OBJECTIONS A LOT.  YOU MIGHT WANT TO LAY A LITTLE FOUNDATION AS |
| 17:04 | 17 | TO HOW HE WOULD KNOW THIS. |
| 23:00 | 18 | **BY MR. LEVINE:** |
| 17:04 | 19 | **Q.**  HOW WOULD YOU KNOW THERE WERE MEETINGS PRIOR TO WHEN YOU |
| 17:04 | 20 | STARTED? |
| 17:04 | 21 | **A.**  WELL, SINCE I WORKED IN THE OPERATIONS AREA FOR MANY |
| 17:04 | 22 | YEARS, I KNEW THE PREVIOUS OPERATIONS MANAGER, PERFORMED WORK |
| 17:04 | 23 | FOR HIM, AND I KNEW WHAT HIS AND OTHER OPERATIONS MANAGERS' |
| 17:04 | 24 | JOBS WERE AND THE EFFECTS THEY HAD. |
| 17:04 | 25 | **Q.**  WHO WAS YOUR PREDECESSOR? |

| | | |
|---|---|---|
| 17:04 | 1 | **A.**   BOB GUNN. |
| 17:04 | 2 | **Q.**   WHERE IS HE TODAY? |
| 17:04 | 3 | **A.**   HE HAS PASSED AWAY. |
| 17:04 | 4 | **Q.**   DO YOU KNOW WHEN THE MEETINGS WERE FIRST HELD, |
| 17:04 | 5 | APPROXIMATELY? |
| 17:04 | 6 | **A.**   IN THE MID 1980S. |
| 17:04 | 7 | **Q.**   HOW OFTEN WERE THE MEETINGS HELD? |
| 17:04 | 8 | **MR. PALMINTIER:**  JUDGE, UNLESS HE WAS THERE, THIS IS |
| 17:04 | 9 | HEARSAY AND WE OBJECT. |
| 17:04 | 10 | **THE COURT:**  IS THIS A DISPUTE?  I MEAN, IS IT IN THE |
| 17:04 | 11 | RECORD?  DO WE HAVE ANY EVIDENCE OF THIS?  IT IS HEARSAY.  I |
| 17:05 | 12 | DON'T KNOW HOW HE WOULD KNOW WHAT HAPPENED IN THE '80S UNLESS |
| 17:05 | 13 | HE HAS DOCUMENTS TO SHOW IT.  OTHERWISE, IT WOULD BE HEARSAY. |
| 17:05 | 14 | MR. GUNN WOULD HAVE HAD TO TELL HIM.  HE WAS NOT THERE IN THE |
| 17:05 | 15 | '80S.  THIS MAY BE AN OBJECTION, ALTHOUGH IT MAY BE IN THE |
| 17:05 | 16 | RECORD IN EXHIBITS.  I DON'T KNOW, COUNSEL. |
| 17:05 | 17 | **MR. LEVINE:**  I DON'T KNOW IF IT IS, YOUR HONOR. |
| 17:05 | 18 | **THE COURT:**  LET'S MOVE ON, THEN, BECAUSE IT IS |
| 17:05 | 19 | HEARSAY. |
| 17:05 | 20 | **BY MR. LEVINE:** |
| 17:05 | 21 | **Q.**   DURING YOUR TIME AS OPERATIONS MANAGER, HOW OFTEN DID YOU |
| 17:05 | 22 | HOLD MEETINGS? |
| 17:05 | 23 | **A.**   VERY REGULARLY, MANY TIMES PER YEAR. |
| 17:05 | 24 | **Q.**   WHO ATTENDED THESE MEETINGS? |
| 17:05 | 25 | **A.**   STATE LEGISLATORS, LOCAL ELECTED OFFICIALS IN ST. BERNARD |

| 17:05 | 1 | PARISH, THE LANDOWNERS, THE STATE AND FEDERAL REGULATORY AGENCY |
| 17:05 | 2 | MEMBERS, AND THE LIKE. |
| 17:05 | 3 | **Q.** WHEN THESE MEETINGS OCCURRED, DID THE CORPS EVER MANDATE A |
| 17:05 | 4 | PARTICULAR COURSE OF ACTION TO THE STAKEHOLDERS OF THE PROJECT? |
| 17:06 | 5 | **A.** NO.  WE DIDN'T WALK IN WITH ANY PRECONCEIVED PLANS.  WE |
| 17:06 | 6 | WOULD START WITH A BLANK MAP AND ASK FOR THE STAKEHOLDERS TO |
| 17:06 | 7 | EXPRESS WHERE THEIR CONCERNS WERE FOR WETLAND LOSS AND WHERE |
| 17:06 | 8 | THEY WOULD LIKE TO SEE DREDGED MATERIALS PLACED FOR WETLAND |
| 17:06 | 9 | CREATION. |
| 17:06 | 10 | **Q.** DID YOU EVER TOUR THE MRGO WITH THE STAKEHOLDERS FOR THE |
| 17:06 | 11 | PROJECT? |
| 17:06 | 12 | **A.** YES, MANY TIMES. |
| 17:06 | 13 | **Q.** HOW OFTEN DID THESE TOURS OF THE MRGO OCCUR? |
| 17:06 | 14 | **A.** LARGE TOURS WOULD TAKE PLACE AT LEAST ONCE A YEAR, AND WE |
| 17:06 | 15 | HAD TOURS INTERMITTENTLY AT TIMES BETWEEN THAT. |
| 17:06 | 16 | **Q.** WHAT DID YOU SEE ON THESE TOURS? |
| 17:06 | 17 | **A.** WE WOULD PROCEED DOWN THE WATERWAY AND SHOW THE |
| 17:06 | 18 | STAKEHOLDERS EXISTING CONDITIONS OF THE WATERWAY, COMPLETED |
| 17:06 | 19 | REACHES OF EITHER FORESHORE PROTECTION PROJECTS OR BENEFICIAL |
| 17:06 | 20 | USE SITES, AND REACHES WHERE WE ANTICIPATED THE NEXT PROJECTS |
| 17:06 | 21 | TO TAKE PLACE BASED ON THE INTERACTION THAT WE HAD UP TO THAT |
| 17:07 | 22 | DATE. |
| 17:07 | 23 | **Q.** DID ANY OF THE STAKEHOLDERS EVER COMPLAIN TO YOU ABOUT THE |
| 17:07 | 24 | EXISTENCE OF THE CHANNEL? |
| 17:07 | 25 | **A.** YES. |

17:07  1  **Q.**   WHICH ONES?

17:07  2  **A.**   MOST OF THEM.

17:07  3  **Q.**   COULD YOU, AS THE OPERATIONS MANAGER OF THE MRGO, HELP

17:07  4  RESOLVE THOSE COMPLAINTS?

17:07  5  **A.**   NOT THE EXISTENCE OF THE CHANNEL.  WE WOULD HAVE TO REFER

17:07  6  THEM TO THE PROPER PROJECT MANAGERS IN THE PLANNING PROGRAMS

17:07  7  AND PROJECT MANAGEMENT DIVISION.

17:07  8  **Q.**   THERE WAS A SPECIFIC PROJECT THAT YOU REFERRED THEM TO?

17:07  9  **A.**   THE MANAGER IN CHARGE OF THE MRGO REEVALUATION STUDY.

17:07  10  **Q.**   WHAT WAS THE MRGO REEVALUATION STUDY?

17:07  11  **A.**   THAT WAS A STUDY BEING CONDUCTED TO REASSESS THE ECONOMICS

17:07  12  OF THE CHANNEL.

17:07  13  **Q.**   IS THAT ISSUE BEING STUDIED PRIOR TO HURRICANE KATRINA?

17:07  14  **A.**   YES.

17:07  15  **Q.**   DID YOU EVER PARTICIPATE IN ANY WAY WITH THE MRGO

17:07  16  REEVALUATION GROUP?

17:07  17  **A.**   YES.

17:07  18  **Q.**   HOW SO?

17:07  19  **A.**   I WOULD PROVIDE DATA AND INFORMATION ON THE HISTORICAL,

17:08  20  ONGOING, AND PLANNED OPERATIONS AND MAINTENANCE WORK.

17:08  21  **Q.**   OTHER THAN PROVIDING THIS TYPE OF INFORMATION, DID YOU

17:08  22  PARTICIPATE IN ANY OTHER WAY IN THE MRGO REEVALUATION GROUP?

17:08  23  **A.**   NO.

17:08  24  **Q.**   DID YOU HAVE ANY ROLE IN REACHING ANY OF THE CONCLUSIONS

17:08  25  OF THE MRGO REEVALUATION GROUP?

| | | |
|---|---|---|
| 17:08 | 1 | **A.**   NO. |
| 17:08 | 2 | **Q.**   LET'S DISCUSS FORESHORE PROTECTION.  WHAT WAS THE SOURCE |
| 17:08 | 3 | OF MOST OF THE MATERIAL SHOALING INTO THE CHANNEL FROM THE |
| 17:08 | 4 | INLAND REACH? |
| 17:08 | 5 | **A.**   BANK EROSION. |
| 17:08 | 6 | **Q.**   CAN YOU DESCRIBE SOME OF THE REASONS FOR THE BANK EROSION. |
| 17:08 | 7 | **A.**   YEAH.  THERE WERE A LOT OF REASONS.  OF COURSE -- |
| 17:08 | 8 | **THE COURT:**  LET'S NOT GET TOO MUCH INTO OPINION, NOW, |
| 17:08 | 9 | SIR. |
| 17:08 | 10 | **MR. LEVINE:**  JUST IN GENERAL.  I JUST WANT TO HAVE |
| 17:08 | 11 | HIS PERSONAL KNOWLEDGE. |
| 17:08 | 12 | **THE COURT:**  THIS IS SENSITIVE.  CERTAINLY, I THINK WE |
| 17:08 | 13 | CAN ALL SAY BOAT WAKES.  WE CAN LIVE WITH THAT.  LET'S DON'T |
| 17:08 | 14 | GET INTO LATERAL DISPLACEMENT, THOUGH. |
| 17:08 | 15 | **MR. LEVINE:**  I WAS NOT INTENDING TO GET INTO LATERAL |
| 17:08 | 16 | DISPLACEMENT. |
| 17:08 | 17 | **THE COURT:**  BOAT WAKES I CAN LIVE WITH. |
| 17:08 | 18 | **BY MR. LEVINE:** |
| 17:09 | 19 | **Q.**   CAN YOU JUST DESCRIBE A COUPLE OF THE REASONS FOR THE |
| 17:09 | 20 | EROSION OCCURRING ON THE MRGO BANKS. |
| 17:09 | 21 | **A.**   YES.  ALONG WITH THE BOAT WAKES, THEY WERE CLEARLY, AS THE |
| 17:09 | 22 | REST OF LOUISIANA, EXPERIENCING EROSION AND SUBSIDENCE ALONG |
| 17:09 | 23 | THE WATERWAY FROM SOURCES SUCH AS MINERAL EXTRACTION. |
| 17:09 | 24 | **MR. PALMINTIER:**  JUDGE, I OBJECT AND MOVE TO STRIKE. |
| 17:09 | 25 | IT'S OPINION TESTIMONY. |

17:09   1              **THE COURT:**  WE ARE GETTING INTO OPINION TESTIMONY.

17:09   2              **MR. LEVINE:**  I'M NOT ASKING HIM FOR HIS EXPERT

17:09   3   OPINION.  I WANT TO REPRESENT THAT.

17:09   4              **THE COURT:**  WE KNOW THAT BANK EROSION IS TAKING

17:09   5   PLACE, SO WHAT DID HE DO ABOUT BANK EROSION.

17:09   6   **BY MR. LEVINE:**

17:09   7   **Q.**   WELL, THEN, WHAT WOULD YOU DO ABOUT BANK EROSION?  LET ME

17:09   8   ASK YOU THAT QUESTION.

17:09   9   **A.**   YES.  WE WOULD SURVEY THE CHANNEL BANK LINES AND

17:09   10  UNDERSTAND WHERE THIS BANK EROSION WAS TAKING PLACE AT VARIOUS

17:09   11  RATES, AND WE WOULD EXAMINE WHETHER OR NOT WE COULD PLACE

17:09   12  BANK-LINE PROTECTION IN DIFFERENT SEGMENTS OF THE WATERWAY AS

17:09   13  COMPARED TO THE OPTION OF CHANNEL MAINTENANCE DREDGING ON A

17:10   14  CYCLIC BASIS.

17:10   15  **Q.**   NOW, I WANT TO TAKE A LOOK AT ANOTHER MAP, AND THIS IS

17:10   16  LABELED AS DM-0020.  HAVE YOU SEEN THIS MAP BEFORE?

17:10   17  **A.**   YES.

17:10   18  **Q.**   WHAT DOES THIS MAP SHOW?

17:10   19  **A.**   THIS MAP SHOWS DIFFERENT REACHES OR SEGMENTS OF THE

17:10   20  WATERWAY WITH BANK PROTECTION.

17:10   21  **Q.**   AS FAR AS YOU KNOW, DOES THIS MAP ACCURATELY DEPICT

17:10   22  LOCATIONS WHERE FORESHORE PROTECTION WAS CREATED ALONG THE

17:10   23  CHANNEL?

17:10   24  **A.**   YES.

17:10   25  **Q.**   I JUST WANT TO DISCUSS A FEW LOCATIONS ON THIS MAP.  UP

FINAL DAILY COPY

| 17:10 | 1 | HERE IN THE GREEN SEGMENTS, WHAT DOES THIS LINE REPRESENT? |

17:10  1  HERE IN THE GREEN SEGMENTS, WHAT DOES THIS LINE REPRESENT?

17:10  2  **A.**   THAT GREEN LINE IS ALONG THE INLAND REACH IN FRONT OF THE

17:10  3  LEVEES ALONG THE WATERWAY AND REPRESENTS BANK PROTECTION.

17:10  4  **Q.**   WHAT TYPE OF FORESHORE PROTECTION IS FRONTING THE BANKS ON

17:11  5  THE SOUTH REACH, THE SOUTH BANKS OF THE MRGO IN FRONT OF THE

17:11  6  LEVEES?

17:11  7  **A.**   THIS IS A FORESHORE ROCK PROTECTION.

17:11  8  **Q.**   JUST GENERALLY SPEAKING, WHAT DO THESE ROCKS DO?

17:11  9  **A.**   THEY BUFFER THE BANK LINE FROM WAVE EROSION.

17:11  10  **Q.**   WAS THIS INSTALLED PRIOR TO WHEN YOU BECAME OPERATIONS

17:11  11  MANAGER OF THE CHANNEL?

17:11  12  **A.**   YES.

17:11  13          **THE COURT:**  YOU ARE TALKING ABOUT THE BLUE AND THE

17:11  14  GREEN?

17:11  15          **MR. LEVINE:**  JUST THE GREEN LINES.

17:11  16  **BY MR. LEVINE:**

17:11  17  **Q.**   IF WE COULD MOVE DOWN, YOU'LL SEE SOME REDDISH, BURGUNDY

17:11  18  COLOR DOWN HERE.  IT APPEARS TO ME THIS IS BETWEEN MILES 40 AND

17:11  19  35.  IT'S A LITTLE HARD TO SEE BECAUSE OF THE PINK NUMBERS, BUT

17:11  20  WHAT TYPE OF FORESHORE PROTECTION WAS INSTALLED AT THIS

17:11  21  LOCATION?

17:11  22          **MR. PALMINTIER:**  WHAT'S THE EXHIBIT NUMBER?  I'M

17:11  23  SORRY TO INTERRUPT.

17:12  24          **MR. LEVINE:**  THIS IS A MAP.  IT'S DM-0020.

17:12  25          **MR. PALMINTIER:**  IT'S NOT ON OUR LIST.

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:12 | 1 | **MR. LEVINE:**  WE PROVIDED IT TO YOU. |
| 17:12 | 2 | **THE LAW CLERK:**  I DON'T HAVE IT EITHER, JUST FOR YOUR |
| 17:12 | 3 | KNOWLEDGE. |
| 17:12 | 4 | **MR. LEVINE:**  IT'S JUST A DEMONSTRATIVE EXHIBIT. |
| 17:12 | 5 | **THE LAW CLERK:**  WE WERE GIVEN TWO OF THEM, BUT WE |
| 17:12 | 6 | WEREN'T GIVEN -- |
| 17:12 | 7 | **MR. LEVINE:**  YOU WEREN'T GIVEN A COPY OF -- |
| 17:12 | 8 | **MR. PALMINTIER:**  JUST FOR CONSISTENCY SAKE, IF THEY |
| 17:12 | 9 | DIDN'T PROVIDE IT TO US, THEY SHOULDN'T BE ABLE TO SHOW IT.  I |
| 17:12 | 10 | HAVEN'T HAD AN OPPORTUNITY TO SEE IT. |
| 17:12 | 11 | **THE COURT:**  OKAY. |
| 17:12 | 12 | **MR. LEVINE:**  LET ME MAKE SURE I HAVE THAT NUMBER |
| 17:12 | 13 | RIGHT. |
| 17:12 | 14 | **THE COURT:**  I DO WANT TO BE AS CONSISTENT AS I CAN |
| 17:12 | 15 | EVEN THOUGH IT'S -- |
| 17:12 | 16 | **MR. LEVINE:**  YOUR HONOR, THIS IS ACTUALLY DM-0026.  I |
| 17:12 | 17 | GOT THE NUMBER WRONG. |
| 17:12 | 18 | **THE COURT:**  IT IS, IN FACT, IN THE BOOK. |
| 17:12 | 19 | **MR. LEVINE:**  THIS IS AN ATTORNEY ERROR. |
| 17:12 | 20 | **THE COURT:**  I UNDERSTAND.  I HAVE MADE A FEW IN BOTH |
| 17:12 | 21 | CAPACITIES. |
| 17:12 | 22 | **MR. LEVINE:**  COULD WE ZOOM IN ON THE MAROON SECTION, |
| 17:13 | 23 | PLEASE. |
| 17:13 | 24 | **BY MR. LEVINE:** |
| 17:13 | 25 | **Q.**   WE WERE DISCUSSING THE FORESHORE PROTECTION BETWEEN MILES |

FINAL DAILY COPY

3555

| | | |
|---|---|---|
| 17:13 | 1 | 40 AND 35.  IT'S NOT CONTINUOUS THERE, BUT IT'S CALLED |
| 17:13 | 2 | "ARTICULATED CONCRETE MATTRESS" OR ACM.  CAN YOU EXPLAIN WHAT |
| 17:13 | 3 | THAT IS. |
| 17:13 | 4 | **A.**   YES.  THIS IS A MANUFACTURED UNIT THAT IS LAID OVER THE |
| 17:13 | 5 | BANK LINE TO PROTECT IT FROM EROSION. |
| 17:13 | 6 | **Q.**   WHEN WAS THE ACM AT THIS LOCATION INSTALLED? |
| 17:13 | 7 | **A.**   IN APPROXIMATELY THE YEAR 2002 OR 2003. |
| 17:13 | 8 | **Q.**   IF WE COULD -- WELL, STAY RIGHT THERE, ACTUALLY, AND LET'S |
| 17:13 | 9 | CROSS OVER TO THE NORTH BANK OF THE CHANNEL.  I ALSO SEE SOME |
| 17:13 | 10 | FORESHORE PROTECTION IN THE BLUE BETWEEN MILE 40 AND IT GOES A |
| 17:13 | 11 | LITTLE BIT SOUTH OF MILE 35.  DO YOU SEE THAT? |
| 17:13 | 12 | **A.**   YES. |
| 17:13 | 13 | **Q.**   WHAT TYPE OF FORESHORE PROTECTION WAS INSTALLED AT THIS |
| 17:14 | 14 | LOCATION? |
| 17:14 | 15 | **A.**   THIS IS FORESHORE ROCK PROTECTION. |
| 17:14 | 16 | **THE COURT:**  CAN I ASK YOU A QUESTION?  THE MATTRESS, |
| 17:14 | 17 | WHERE WAS THAT PLACED?  IT'S NOT ON THE BERM BUT ON THE -- |
| 17:14 | 18 | **THE WITNESS:**  IT COMES UP OUT OF THE WATER FROM THE |
| 17:14 | 19 | SHALLOW WATER AREA AND COMES UP ONTO THE EMERGENT LAND. |
| 17:14 | 20 | **THE COURT:**  DOES IT GO TO THE TOE OF THE LEVEE? |
| 17:14 | 21 | **THE WITNESS:**  NO. |
| 17:14 | 22 | **THE COURT:**  IT'S JUST PROTECTING THE BERM, IN |
| 17:14 | 23 | ESSENCE? |
| 17:14 | 24 | **THE WITNESS:**  RIGHT. |
| 17:14 | 25 | **THE COURT:**  THE BEGINNING OF THE BERM.  THANK YOU.  I |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:14 | 1 | UNDERSTAND. |
| 17:14 | 2 | **BY MR. LEVINE:** |
| 17:14 | 3 | **Q.**   WHEN WAS THE ROCK INSTALLED BETWEEN MILE 40 AND MILE 30? |
| 17:14 | 4 | **A.**   I'M SORRY.  SAY IT AGAIN. |
| 17:15 | 5 | **Q.**   WHEN WAS THE ROCK BETWEEN MILES 40 AND 35, OR SOUTH OF 35, |
| 17:15 | 6 | EVEN, INSTALLED, APPROXIMATELY WHAT TIME? |
| 17:15 | 7 | **A.**   IN THE 1990S. |
| 17:15 | 8 | **Q.**   IF WE MOVE UP THE BANK -- IT'S A LITTLE HARD TO SEE ON |
| 17:15 | 9 | THIS -- YOU CAN ALSO SEE SOME ROCK OR SOME FORESHORE PROTECTION |
| 17:15 | 10 | RIGHT HERE BETWEEN MILES 45 AND 40. |
| 17:15 | 11 | **A.**   THIS WAS ALSO PLACED IN THE 1990S. |
| 17:15 | 12 | **Q.**   WHAT TYPE OF PROTECTION WAS THAT? |
| 17:15 | 13 | **A.**   THAT'S ALSO FORESHORE ROCK PROTECTION. |
| 17:15 | 14 | **Q.**   THEN IF WE KEEP MOVING UP THE BANK, I SEE A LONG STRETCH |
| 17:16 | 15 | FROM JUST NORTH OF MILE 50 TO A LITTLE NORTH OF MILE 55. |
| 17:16 | 16 | **THE COURT:**  IS THAT THE GREEN STRETCH YOU'RE TALKING |
| 17:16 | 17 | ABOUT? |
| 17:16 | 18 | **MR. LEVINE:**  NO.  THERE'S A BLUE STRETCH. |
| 17:16 | 19 | **THE COURT:**  THE BLUE STRETCH, THAT'S THE ROCK HE |
| 17:16 | 20 | TALKED ABOUT EARLIER? |
| 17:16 | 21 | **BY MR. LEVINE:** |
| 17:16 | 22 | **Q.**   WHAT TYPE OF FORESHORE PROTECTION IS THIS? |
| 17:16 | 23 | **A.**   AGAIN, THE SAME STONE FORESHORE PROTECTION. |
| 17:16 | 24 | **Q.**   THAT'S DIFFERENT THAN THE ROCKS FRONTING THE LEVEE BREACH; |
| 17:16 | 25 | IS THAT CORRECT? |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:16 | 1 | **A.**   CORRECT. |
| 17:16 | 2 | **Q.**   WHEN WAS THAT ROCK INSTALLED ON THE NORTH BANK OF THE |
| 17:16 | 3 | MRGO? |
| 17:16 | 4 | **A.**   IN THE 1990S. |
| 17:16 | 5 | **Q.**   DID YOU HAVE TO MAINTAIN THE FORESHORE PROTECTION? |
| 17:16 | 6 | **A.**   YES. |
| 17:16 | 7 | **Q.**   HOW OFTEN DOES MAINTENANCE TAKE PLACE ON THE FORESHORE |
| 17:16 | 8 | PROTECTION? |
| 17:16 | 9 | **A.**   TYPICALLY, IN YEARS AFTER CONSTRUCTION, YEARS 3, 8, AND |
| 17:16 | 10 | 15, WOULD BE VERY, VERY COMMON. |
| 17:17 | 11 | **Q.**   HOW MUCH WAS SPENT ANNUALLY ON MAINTAINING THE FORESHORE |
| 17:17 | 12 | PROTECTION ALONG THE CHANNEL? |
| 17:17 | 13 | **A.**   APPROXIMATELY A MILLION DOLLARS A YEAR. |
| 17:17 | 14 | **Q.**   NOW, IF FORESHORE PROTECTION CAN PREVENT THE BANKS FROM |
| 17:17 | 15 | SHOALING INTO THE MRGO, WHY DID YOU NOT SPEND MORE MONEY, WHEN |
| 17:17 | 16 | YOU WERE OPERATIONS MANAGER, ON THE FORESHORE PROTECTION AND |
| 17:17 | 17 | LESS MONEY ON A DREDGING ACTIVITY? |
| 17:17 | 18 | **A.**    FOR THE LIMITED AMOUNT OF MONEY WE GOT ON AN ANNUAL BASIS, |
| 17:17 | 19 | WE HAD TO STRIKE A BALANCE IN PROVIDING THE BANK PROTECTION AT |
| 17:17 | 20 | A RATE OF ALSO PROVIDING NAVIGABLE AND SAFE CHANNEL DIMENSIONS. |
| 17:17 | 21 | **Q.**   AS OPERATIONS MANAGER WOULD YOU HAVE LIKED TO INSTALL MORE |
| 17:17 | 22 | FORESHORE PROTECTION ALONG THE MRGO? |
| 17:17 | 23 | **MR. PALMINTIER:**  JUDGE, FROM THE STANDPOINT -- I'VE |
| 17:17 | 24 | BEEN GETTING UP AND DOWN SO MUCH, I APOLOGIZE, YOUR HONOR. |
| 17:17 | 25 | FROM THE STANDPOINT OF THIS WITNESS, "WOULD YOU HAVE LIKED TO |

| | | |
|---|---|---|
| 17:17 | 1 | HAVE" IS A SPECULATIVE QUESTION, AND WE OBJECT TO IT. |
| 17:18 | 2 | **THE COURT:**  OVERRULED.  ONLY HE KNOWS WHAT HE WOULD |
| 17:18 | 3 | HAVE LIKED TO HAVE DONE AND HE CAN TELL US. |
| 17:18 | 4 | **MR. O'DONNELL:**  I'D LIKE TO WEIGH 50 POUNDS LESS, |
| 17:18 | 5 | YOUR HONOR. |
| 17:18 | 6 | **THE COURT:**  I UNDERSTAND.  WHAT MEANING IT ALL HAS, |
| 17:18 | 7 | WE WILL FIND OUT LATER. |
| 17:18 | 8 | **BY MR. LEVINE:** |
| 17:18 | 9 | **Q.**  WOULD YOU HAVE LIKED TO HAVE INSTALLED MORE FORESHORE |
| 17:18 | 10 | PROTECTION ALONG THE BANKS OF THE MRGO? |
| 17:18 | 11 | **A.**  YES. |
| 17:18 | 12 | **Q.**  DID YOU HAVE PLANS TO DO SO? |
| 17:18 | 13 | **A.**  YES. |
| 17:18 | 14 | **Q.**  WHY DIDN'T YOU INSTALL MORE FORESHORE PROTECTION PRIOR TO |
| 17:18 | 15 | HURRICANE KATRINA? |
| 17:18 | 16 | **A.**  IT WAS A FUNCTION OF THE AVAILABLE FUNDING THAT WE WOULD |
| 17:18 | 17 | BE PROVIDED ON AN ANNUAL BASIS. |
| 17:18 | 18 | **MR. LEVINE:**  YOUR HONOR, AT THIS TIME I TENDER THE |
| 17:18 | 19 | WITNESS.  I JUST WANT TO INTRODUCE INTO THE RECORD THE THREE |
| 17:18 | 20 | MAPS:  DM-003, DM-021, AND DM-26. |
| 17:18 | 21 | **THE COURT:**  LET THEM BE ADMITTED. |
| 17:18 | 22 | COUNSEL, I HATE TO STEAL YOUR THUNDER, BUT I |
| 17:18 | 23 | HAVE TO BE SOMEWHERE AT 6:00 AND THERE'S TRAFFIC. |
| 17:18 | 24 | **MR. PALMINTIER:**  NO PROBLEM, JUDGE. |
| 17:18 | 25 | **THE COURT:**  DID YOU PLAN ON TAKING MORE THAN 10 |

| | | |
|---|---|---|
| 17:18 | 1 | MINUTES? |
| 17:18 | 2 | **MR. PALMINTIER:** YES, JUDGE. |
| 17:18 | 3 | **THE COURT:** IN THAT CASE, IF YOU DON'T MIND, WE WILL |
| 17:19 | 4 | SEE ALL OF YOU TOMORROW AT 9:00 P.M.  THANK YOU. |
| 17:19 | 5 | **THE DEPUTY CLERK:** ALL RISE. |
| 17:19 | 6 | (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.) |
| 17:19 | 7 | * * * |

**CERTIFICATE**

        I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT
REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT
OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND
UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE
ABOVE-ENTITLED AND NUMBERED MATTER.

                                    S/ TONI DOYLE TUSA
                                    TONI DOYLE TUSA, CCR, FCRR
                                    OFFICIAL COURT REPORTER

FINAL DAILY COPY

## $

$100,000 [2] 3499/10 3499/16
$11 [2] 3477/3 3486/16
$11 BILLION [1] 3477/3
$11 MILLION [1] 3486/16
$13 [2] 3515/24 3517/23
$13 MILLION [2] 3515/24 3517/23
$17 [3] 3485/4 3485/12 3489/10
$17 MILLION [2] 3485/12 3489/10
$17,600,000 [1] 3493/6
$20 [4] 3479/15 3491/6 3491/8 3491/24
$20 MILLION [4] 3479/15 3491/6 3491/8 3491/24
$22 [1] 3481/4
$22 MILLION [1] 3481/4
$3.9 [1] 3481/3
$3.9 MILLION [1] 3481/3
$4.5 [1] 3505/24
$4.7 [1] 3505/2
$4.7 MILLION [1] 3505/2
$5 [3] 3468/9 3485/7 3491/14
$5 MILLION [2] 3468/9 3491/14
$50 [1] 3517/13
$6 [4] 3481/4 3485/7 3489/1 3491/14
$6 MILLION [4] 3481/4 3485/7 3489/1 3491/14
$60 [1] 3517/13
$60 MILLION [1] 3517/13
$600 [1] 3477/5
$600 MILLION [1] 3477/5
$7.5 [1] 3493/4
$7.5 MILLION [1] 3493/4
$8.7 [1] 3506/13
$8.7 MILLION [1] 3506/13

## '

'60S [1] 3430/14
'65 [1] 3420/1
'68 [1] 3455/5
'79 [1] 3507/7
'80S [2] 3548/12 3548/15
'86 [6] 3425/15 3425/17 3425/23 3426/2 3427/2 3427/10
'88 [9] 3410/25 3426/6 3426/11 3426/14 3439/14 3440/19 3441/3 3441/6 3444/20
'91 [1] 3422/16
'92 [1] 3455/5
'93 [1] 3441/21
'94 [10] 3426/7 3426/11 3426/19 3427/14 3439/7 3439/14 3440/17 3444/21 3451/20 3454/21
'96 [2] 3441/16 3444/21

## -

-20 FEET [1] 3520/21
-3 FEET [4] 3521/1 3521/3 3521/24 3521/25
-36 FEET [1] 3515/5
-39 [1] 3516/17
-9.38 [1] 3514/3

## 0

0020 [2] 3552/16 3553/24
0021 [1] 3536/12
0026 [1] 3530/14
003 [3] 3513/5 3530/22 3558/20
021 [1] 3558/20
0515R [1] 3468/22
0517 [2] 3473/23 3477/18
06-CV-2268-K [1] 3406/5
0818 [1] 3490/16
0846 [1] 3489/24
0854 [1] 3488/12 3489/17

0856 [1] 3489/25
0857 [1] 3489/17
0858 [1] 3492/12
0871 [1] 3490/19
0874 [1] 3487/22
0875 [1] 3488/1
0877 [2] 3487/17 3490/22
0885 [1] 3490/8
0886 [1] 3492/12
0887 [1] 3490/10
0888 [1] 3492/12
0905 [1] 3492/11

## 1

1,000 [1] 3452/24
1,053 ACRES [1] 3535/24
1,100 FEET [1] 3452/25
10 [5] 3416/19 3418/8 3457/4 3508/8 3558/25
10 PERCENT [1] 3523/10
100 [4] 3425/12 3425/22 3426/17 3427/11
100 PERCENT [4] 3448/19 3448/20 3448/24 3449/4
1000 [1] 3406/16
10022 [1] 3408/4
1033 [1] 3418/8
1058 [1] 3456/20
1064 [1] 3484/13
1064R [1] 3484/14
11 [3] 3406/7 3410/2 3498/5
1100 [1] 3407/3
12 [1] 3503/17
1205 [1] 3407/24
125,000 [1] 3497/4
1261 [1] 3407/13
127 [2] 3542/6 3542/8
13 [2] 3452/17 3455/4
1366 [1] 3407/14
14 [2] 3452/18 3455/4
1416 [2] 3542/6 3542/6
143 [1] 3411/9
1451 [1] 3542/8
1466 [1] 3542/8
1488 [1] 3525/23
15 [4] 3411/14 3426/22 3542/10 3557/10
15 FEET [5] 3450/7 3450/11 3450/20 3450/23 3508/8
15 PERCENT [3] 3424/25 3425/7 3425/17
150 [1] 3522/1
1592 [1] 3531/23
16 [4] 3406/10 3411/14 3503/9 3542/8
1633 [1] 3412/10
1638 [1] 3442/18
1639 [1] 3412/20
17 [3] 3411/15 3444/16 3468/7
17TH [1] 3493/16
18 [2] 3411/15 3534/8
18 MILES [1] 3429/1
18,000,200,000 [1] 3495/3
180,000 [2] 3494/24 3500/1
1810.17 [2] 3450/10 3451/2
187 [1] 3536/5
189 [1] 3434/8
19 [1] 3411/15
1965 [1] 3464/18
1967 [6] 3427/21 3428/2 3428/5 3428/24 3431/16 3464/19
1968 [6] 3424/24 3452/7 3452/11 3452/19 3456/13 3458/1
1973 [2] 3412/2 3506/12
1976 [2] 3435/10 3506/20

1979 [2] 3506/12 3506/25
1981 [1] 3499/10
1982 [3] 3411/9 3412/15 3434/5
1983 [1] 3462/10
1984 [3] 3412/17 3412/21 3462/10
1986 [5] 3424/11 3424/12 3425/6 3427/14 3427/17
1988 [13] 3410/12 3413/7 3414/15 3414/22 3414/23 3425/10 3440/3 3442/16 3444/16 3445/9 3448/22 3451/3 3461/8
1990 [4] 3432/19 3510/5 3543/9 3544/13
1990S [5] 3428/6 3429/18 3556/7 3556/11 3557/4
1991 [6] 3422/12 3429/14 3432/25 3433/16 3433/18 3434/2
1992 [7] 3451/24 3452/7 3452/11 3452/19 3456/13 3458/1 3534/11
1993 [2] 3421/17 3434/10
1994 [3] 3439/18 3439/20 3456/5
1996 [1] 3428/2
1997 [1] 3512/5
1998 [5] 3463/21 3463/22 3464/21 3467/25 3468/14
1999 [3] 3443/1 3447/6 3511/17

## 2

2 FEET [1] 3526/16
2'S [1] 3475/24
2-FOOT [2] 3481/17 3483/13
20 [6] 3411/15 3468/7 3503/9 3503/17 3511/6 3535/14
20 PERCENT [2] 3522/25 3523/4
200 [1] 3495/4
200 FEET [3] 3451/13 3451/14 3522/1
200 PERCENT [3] 3440/5 3440/20 3441/4
200-SOMETHING [1] 3428/21
2000 [5] 3509/14 3511/17 3538/1 3538/10 3544/15
2000S [1] 3519/1
2001 [3] 3492/17 3497/4 3519/1
2002 [4] 3477/4 3493/3 3493/14 3555/7
2003 [7] 3472/17 3473/3 3484/24 3486/4 3486/5 3519/1 3555/7
2004 [15] 3484/15 3484/22 3484/25 3485/3 3486/5 3486/14 3486/24 3487/15 3489/2 3489/9 3491/3 3491/5 3491/11 3492/4 3529/17
20044 [1] 3408/18
2005 [13] 3433/9 3443/5 3443/7 3443/13 3465/5 3481/2 3481/3 3481/23 3482/3 3484/14 3509/14 3511/3 3535/9
2006 [13] 3468/25 3471/5 3471/22 3471/25 3472/1 3472/4 3472/12 3472/14 3474/2 3477/12 3477/17 3478/8 3500/5
2007 [7] 3444/4 3444/10 3449/14 3463/6 3463/22 3468/14 3534/11
2009 [3] 3406/7 3410/2 3505/10
2011 [2] 3465/8 3465/8
2013 [1] 3465/9
2050 [1] 3442/16
2082 [3] 3422/6 3422/25 3429/9
21 [1] 3502/4
2176 [1] 3505/4
2179 [2] 3451/22 3452/1
225 FEET [1] 3451/13
23 [4] 3513/16 3513/21 3513/24 3514/3
2326 [1] 3534/8
24 [3] 3452/14 3453/20 3456/1
26 [1] 3558/20
2626 [1] 3407/24
2655 [1] 3407/10

## 2

2:1 [1] 3519/19

## 3

3 FEET [1] 3487/7
3'S [1] 3475/24
3-FOOT [1] 3483/17
3-MILE [1] 3451/6
30 [8] 3412/2 3422/12 3426/20 3426/21
 3429/14 3486/5 3503/5 3556/3
30 PERCENT [1] 3480/9
306 [2] 3439/18 3456/5
31 [1] 3535/17
3102 [1] 3407/3
321 [2] 3429/5 3429/5
325 [1] 3408/4
33 [2] 3531/23 3534/8
33.51 [1] 3502/4
332 [2] 3429/5 3429/5
335 [1] 3531/23
335 ACRES [1] 3536/2
338 [1] 3531/24
340 FEET [1] 3451/5
349 [1] 3443/7
35 [5] 3553/19 3555/1 3555/11 3556/5
 3556/5
35,000 ACRES [1] 3500/1
350 [1] 3516/17
350,000 [1] 3528/9
36 [2] 3453/13 3519/16
3668 [1] 3407/7
37 [1] 3536/5
38 [1] 3461/18
39 [1] 3516/17
392 [2] 3534/25 3535/17
395 FEET [1] 3451/10
3:00 OR [1] 3460/19

## 4

4 INCHES [1] 3481/8
4,000-FOOT [1] 3531/1
4-FOOT [1] 3481/17
40 [7] 3502/24 3553/18 3555/1 3555/10
 3556/3 3556/5 3556/10
406 [1] 3408/20
42 [2] 3452/19 3509/24
43 [1] 3452/19
45 [2] 3457/6 3556/10
47 [1] 3514/6
48 [4] 3453/14 3454/13 3454/19 3456/2
49 [1] 3451/13

## 5

50 [3] 3438/20 3502/25 3556/15
50 PERCENT [2] 3424/22 3426/8
50 POUNDS [1] 3558/4
50.49 [1] 3502/9
50/50 [2] 3438/20 3502/25
500 [2] 3407/6 3408/20
500-FOOT [1] 3515/8
504 [1] 3408/21
51 [1] 3412/20
515R [6] 3469/19 3470/15 3470/23
 3473/10 3494/3 3494/18
517 [1] 3476/1
519 [1] 3407/17
52 [3] 3451/13 3499/17 3499/19
520 [1] 3525/25
53 [2] 3451/5 3451/10
55 [2] 3502/4 3556/15
550 [1] 3406/16
556 [1] 3407/6
56 [4] 3451/6 3451/6 3451/10 3531/6

560 FEET [1] 3451/5
57 [1] 3408/1
589-7778 [1] 3408/21
59 [1] 3451/6

## 6

60 [1] 3531/6
60/40 [1] 3502/24
600 [2] 3408/7 3452/14
601 [1] 3407/10
604 [1] 3408/7
610 [1] 3406/23
618 [1] 3407/20
66 [2] 3513/20 3514/5
6:00 [1] 3558/23

## 7

70/30 [2] 3426/20 3426/21
700 FEET [1] 3451/10
701 [2] 3519/11 3520/3
70113 [2] 3406/20 3406/20
70130 [3] 3407/10 3408/8 3408/21
702 [1] 3524/14
70381 [1] 3407/25
70502 [1] 3407/7
70726 [1] 3407/17
70801 [1] 3407/21
70821 [1] 3407/14
722 [1] 3447/5
750 FEET [1] 3431/17
75219 [1] 3407/4
77,470,000 [1] 3495/2
7778 [1] 3408/21
780 [1] 3452/14

## 8

8-1 [1] 3526/10
8-2 [1] 3526/11
80 PERCENT [2] 3523/17 3533/8
800 [1] 3452/14
800 FEET [1] 3451/5
8076 [1] 3485/15
813 [1] 3528/15
85,000 ACRES [2] 3494/24 3495/1
85/15 [1] 3426/22
850 FEET [1] 3451/10
855 [1] 3406/19
883 [1] 3543/23
885 [1] 3490/11
887 [1] 3490/14
888 [1] 3408/18

## 9

9.38 [1] 3514/3
90-YEAR-OLD [1] 3538/13
90071 [1] 3406/16
923 [1] 3542/10
930 [1] 3542/10
940 [1] 3452/14
980 [1] 3414/25
9:00 P.M [1] 3559/4

## A

ABILITY [4] 3539/15 3541/18 3545/23
 3559/12
ABLE [14] 3425/11 3436/12 3440/11
 3474/12 3506/14 3528/10 3529/24
 3533/5 3534/20 3537/16 3542/22
 3543/22 3545/23 3554/9
ABOUT [115] 3410/13 3411/2 3411/11
 3411/15 3411/16 3413/20 3415/2 3415/9
 3415/20 3416/11 3417/14 3417/17
 3418/10 3418/14 3419/3 3419/5 3419/6
 3419/11 3419/18 3420/3 3422/11 3423/7

3424/3 3425/9 3428/9 3428/14 3428/15
3428/20 3431/20 3432/15 3432/17 3432/3
3434/16 3435/14 3435/15 3435/17
3436/9 3436/11 3438/3 3438/10 3439/6
3443/19 3444/20 3445/23 3446/15
3451/23 3452/3 3453/13 3453/22
3454/24 3456/12 3458/23 3459/5 3460/3
3460/3 3464/8 3466/1 3466/25 3467/24
3468/15 3472/24 3480/13 3483/13
3483/15 3484/11 3485/10 3486/17
3488/15 3491/1 3492/5 3500/10 3500/22
3501/2 3501/11 3501/15 3501/17
3501/19 3501/20 3502/13 3504/13
3504/24 3505/8 3506/12 3509/17 3513/3
3513/20 3516/9 3516/11 3518/7 3519/16
3520/2 3520/25 3521/13 3521/15
3521/16 3523/10 3528/24 3529/12
3529/16 3529/17 3530/4 3534/10
3538/10 3544/17 3544/22 3546/2 3546/5
3546/7 3547/6 3549/23 3552/5 3552/7
3553/13 3556/17 3556/20
ABOVE [5] 3415/4 3466/3 3513/18
3534/4 3559/14
ABOVE-ENTITLED [1] 3559/14
ABSOLUTELY [3] 3455/9 3479/22
3500/9
ABUSE [1] 3504/4
ABUSED [1] 3504/4
ACCEPT [1] 3445/1
ACCEPTABILITY [1] 3532/6
ACCEPTABLE [1] 3531/20
ACCORDANCE [2] 3425/15 3427/2
ACCORDING [3] 3468/19 3478/7 3536/9
ACCORDINGLY [1] 3501/2
ACCOUNT [3] 3413/4 3448/2 3448/3
ACCOUNTS [1] 3525/10
ACCUMULATE [1] 3515/16
ACCUMULATION [1] 3466/8
ACCURATE [3] 3455/3 3455/5 3522/8
ACCURATELY [2] 3536/18 3552/21
ACCUSED [1] 3459/17
ACKNOWLEDGE [2] 3419/21 3420/2
ACKNOWLEDGED [1] 3444/14
ACM [2] 3555/2 3555/6
ACRES [8] 3494/24 3495/1 3500/1
3535/22 3535/24 3535/25 3536/2 3536/3
ACROSS [4] 3419/7 3512/20 3524/21
3524/24
ACT [9] 3414/12 3424/12 3425/15
3425/17 3426/2 3427/2 3427/17 3442/25
3532/8
ACTED [1] 3479/12
ACTION [5] 3480/3 3488/5 3488/7
3524/2 3549/4
ACTIVE [1] 3496/19
ACTIVITIES [11] 3516/19 3517/11
3522/23 3523/8 3523/15 3541/20
3542/17 3544/9 3544/11 3545/7 3545/10
ACTIVITY [4] 3542/23 3542/24 3543/5
3557/17
ACTUAL [3] 3521/19 3535/14 3539/9
ACTUALLY [16] 3416/18 3416/20
3428/12 3433/19 3434/2 3440/9 3440/13
3440/14 3451/23 3457/12 3465/9
3484/23 3519/24 3544/22 3554/16
3555/8
ADD [4] 3419/8 3450/11 3469/11
3469/17
ADDED [1] 3499/10
ADDITION [5] 3418/3 3472/10 3472/12
3484/1 3493/20
ADDITIONAL [15] 3441/25 3452/18
3467/8 3486/15 3493/14 3500/25

A

ADDITIONAL... [9]  3501/10 3503/22
3516/18 3516/21 3516/22 3516/25
3517/14 3525/16 3530/1
ADDRESS [4]  3433/5 3487/8 3529/6
3530/1
ADDRESSED [1]  3528/20
ADDRESSING [1]  3516/22
ADEQUATE [1]  3493/20
ADEQUATELY [3]  3467/7 3467/22
3479/20
ADJACENT [1]  3546/13
ADMINISTRATION [2]  3465/21 3499/10
ADMITTED [5]  3490/2 3490/3 3492/11
3492/13 3558/21
ADULT [1]  3461/19
ADVANCED [5]  3525/13 3525/16 3527/7
3527/11 3527/13
ADVERSE [2]  3449/15 3449/16
ADVOCATE [1]  3491/23
AERIAL [1]  3545/13
AFFECT [6]  3495/1 3500/1 3515/12
3521/17 3533/10 3542/16
AFFECTING [1]  3494/24
AFOREMENTIONED [1]  3418/3
AFTER [26]  3414/21 3414/23 3414/23
3415/14 3425/5 3425/23 3426/6 3426/6
3426/11 3427/14 3427/14 3432/19
3435/2 3443/7 3446/3 3461/8 3465/9
3478/1 3478/20 3479/11 3480/3 3500/20
3530/11 3537/25 3538/10 3557/9
AFTERNOON [5]  3406/10 3410/1
3410/9 3410/10 3509/16
AGAIN [23]  3425/24 3429/12 3438/4
3439/20 3452/22 3457/16 3461/4 3475/6
3477/25 3488/3 3492/8 3494/3 3494/7
3494/7 3494/17 3498/12 3519/25
3530/22 3536/25 3539/19 3546/11
3556/4 3556/23
AGAINST [5]  3429/24 3432/2 3433/13
3433/24 3502/19
AGENCIES [3]  3447/15 3541/8 3545/16
AGENCY [3]  3533/21 3541/22 3549/1
AGGREGATE [1]  3528/5
AGO [3]  3415/8 3419/2 3505/12
AGREE [7]  3413/9 3414/7 3414/12
3424/21 3431/18 3439/16 3447/13
AGREED [1]  3430/21
AGREEMENT [3]  3432/17 3453/14
3453/17
AGREES [1]  3459/6
AHEAD [10]  3421/14 3473/5 3496/12
3496/17 3496/18 3509/18 3519/14
3519/23 3520/17 3538/14
AL [3]  3406/5 3406/7 3460/18
ALFRED [3]  3461/6 3461/22 3462/1
ALIEN [1]  3508/22
ALL [55]  3410/3 3416/10 3417/6 3420/13
3426/12 3429/17 3430/11 3438/3
3438/24 3439/19 3441/14 3449/9
3453/24 3455/3 3460/16 3460/24 3461/1
3466/5 3466/8 3467/15 3468/12 3468/23
3471/8 3471/16 3471/17 3471/18
3475/11 3483/22 3484/12 3486/19
3488/24 3491/16 3500/4 3500/9 3500/13
3502/15 3502/17 3504/7 3506/12
3506/20 3506/25 3513/18 3513/20
3517/16 3520/22 3522/18 3526/6 3531/7
3532/6 3537/19 3547/15 3551/13 3558/6
3559/4 3559/5
ALLEGED [1]  3446/13
ALLOCATED [2]  3491/17 3506/15

ALLOCATION [1]  3459/8
ALLOCATIONS [1]  3459/7
ALLOW [6]  3489/1 3519/11 3520/15
3525/19 3526/14 3529/18
ALLOWABLE [4]  3526/13 3526/16
3526/19 3526/20
ALLOWANCES [1]  3526/19
ALLOWED [2]  3482/4 3519/11
ALONE [1]  3438/2
ALONG [63]  3414/7 3414/18 3418/13
3418/18 3419/17 3425/6 3427/10
3427/20 3428/1 3428/11 3428/25
3429/19 3430/23 3431/7 3434/3 3437/25
3439/4 3445/10 3448/19 3450/15
3450/16 3482/8 3483/11 3483/15
3493/19 3493/22 3493/23 3493/25
3499/18 3507/2 3507/5 3507/12 3507/12
3508/7 3516/16 3519/16 3517/11 3523/2
3530/25 3531/1 3531/6 3531/7 3531/10
3535/21 3536/17 3538/17 3539/21
3540/6 3542/17 3542/24 3544/10 3545/8
3546/6 3546/11 3546/16 3551/21
3551/22 3552/22 3553/2 3553/3 3557/12
3557/22 3558/10
ALREADY [4]  3444/24 3453/24 3491/17
3520/17
ALSO [22]  3408/6 3414/5 3414/10
3414/12 3418/4 3438/14 3441/20
3450/15 3461/11 3464/10 3469/21
3475/17 3476/12 3492/11 3505/6
3527/18 3540/19 3555/9 3556/9 3556/11
3556/13 3557/20
ALTERNATIVE [3]  3417/7 3436/3
3543/13
ALTERNATIVES [1]  3543/15
ALTHOUGH [3]  3484/22 3501/10
3548/15
ALTHOUGH IT [1]  3548/15
ALWAYS [8]  3465/10 3467/6 3467/8
3467/22 3468/7 3500/18 3504/14
3532/21
AM [6]  3455/16 3456/1 3460/3 3471/23
3486/2 3501/6
AMEND [1]  3444/23
AMERICA [3]  3406/7 3461/5 3461/18
AMIN [1]  3408/11
AMONG [3]  3448/16 3453/14 3489/17
AMOUNT [15]  3434/12 3434/14 3445/15
3467/13 3479/16 3481/19 3486/15
3489/10 3491/9 3493/4 3517/23 3523/4
3525/16 3533/5 3557/18
ANALYSIS [2]  3420/17 3426/24
ANALYZE [1]  3434/12
AND/OR [1]  3526/13
ANDRY [2]  3406/21 3406/22
ANGELES [1]  3406/16
ANNUAL [11]  3442/12 3468/15 3495/17
3495/21 3515/22 3517/3 3517/10
3517/16 3517/21 3557/18 3558/17
ANNUALLY [1]  3557/11
ANOTHER [18]  3426/10 3440/23
3440/25 3446/13 3446/23 3448/10
3451/9 3454/3 3455/11 3455/19 3470/3
3470/4 3474/19 3476/6 3497/10 3497/11
3507/5 3552/15
ANSWER [9]  3432/4 3432/6 3435/14
3441/9 3443/12 3446/5 3502/3 3502/3
3521/4
ANSWERS [1]  3430/11
ANTICIPATE [1]  3544/25
ANTICIPATED [2]  3480/11 3549/20
ANTICIPATION [1]  3484/25
ANY [56]  3410/22 3413/4 3414/21

3414/24 3421/17 3422/1 3425/6 3427/5
3426/3 3428/5 3429/15 3429/16 3429/2
3434/1 3436/2 3439/12 3441/25 3442/3
3448/20 3449/3 3449/10 3452/3 3453/21
3454/11 3454/20 3457/8 3457/25
3465/23 3480/3 3484/2 3488/5 3489/12
3507/14 3507/14 3507/16 3508/17
3510/8 3510/16 3514/17 3516/18
3520/15 3520/15 3524/17 3539/1
3539/17 3539/20 3540/9 3540/19
3546/17 3548/11 3549/5 3549/23
3550/15 3550/22 3550/24 3550/24
ANYBODY [1]  3484/11
ANYMORE [2]  3417/15 3449/21
ANYONE [1]  3518/16
ANYONE'S [1]  3502/19
ANYTHING [13]  3410/17 3420/5 3432/5
3436/21 3445/2 3457/13 3457/14
3457/22 3457/24 3468/11 3520/1
3521/13 3525/3
ANYWAY [2]  3431/7 3499/15
ANYWHERE [2]  3456/11 3507/15
APOLOGIZE [4]  3453/20 3460/12
3460/14 3557/24
APPARENTLY [2]  3453/25 3454/1
APPEAR [1]  3503/15
APPEARANCES [4]  3406/13 3407/1
3408/1 3484/2
APPEARS [1]  3553/18
APPLE [1]  3432/3
APPLICABLE [1]  3526/5
APPROACH [1]  3458/19
APPROPRIATE [3]  3460/17 3466/21
3467/1
APPROPRIATED [1]  3514/19
APPROPRIATES [1]  3466/12
APPROPRIATION [2]  3442/12 3493/4
APPROPRIATIONS [7]  3471/16 3490/25
3491/3 3491/8 3491/11 3496/6 3500/14
APPROVAL [2]  3526/20 3526/25
APPROVE [2]  3544/11 3545/10
APPROVED [5]  3427/1 3427/20 3427/23
3488/25 3491/11
APPROXIMATELY [34]  3509/14 3509/24
3511/6 3511/17 3512/5 3513/16 3513/21
3514/3 3514/5 3515/24 3516/16 3517/13
3520/19 3520/21 3520/25 3521/2 3521/2
3521/25 3522/1 3522/22 3523/7 3523/14
3523/17 3527/24 3531/1 3534/20
3535/24 3536/2 3536/11 3543/8 3548/5
3555/7 3556/6 3557/13
ARE [115]  3411/2 3411/7 3412/2
3412/10 3412/20 3415/14 3415/20
3416/1 3416/4 3416/21 3419/20 3422/9
3428/9 3428/14 3428/18 3428/19
3428/20 3428/20 3433/12 3434/9
3434/14 3437/13 3437/22 3442/16
3443/24 3448/24 3449/9 3453/12
3454/24 3459/3 3459/8 3460/12 3462/16
3464/3 3465/8 3465/25 3467/24 3468/22
3469/9 3469/24 3470/23 3471/3 3471/7
3471/21 3472/7 3472/24 3473/13 3474/3
3474/20 3475/2 3475/6 3475/20 3475/20
3476/1 3476/11 3477/24 3478/3 3478/4
3479/25 3480/1 3481/7 3481/20 3482/10
3482/16 3482/16 3483/6 3483/7 3487/3
3487/5 3489/25 3489/25 3490/1 3491/12
3494/5 3498/3 3501/8 3501/9 3501/14
3501/17 3501/18 3503/19 3503/21
3504/10 3507/11 3508/20 3508/24
3509/23 3510/10 3510/14 3511/4
3511/18 3513/3 3513/9 3513/10 3513/13
3513/15 3514/2 3519/15 3530/14

Case 2:05-cv-04182-SRD-JCW   Document 11038   Filed 05/29/08   Page 158 of 183

ARE... [16]  3530/18 3530/20 3530/23
3530/25 3534/5 3538/3 3538/10 3539/4
3540/22 3541/10 3541/13 3542/2 3542/8
3542/9 3552/1 3553/13
AREA [25]  3418/24 3421/4 3428/11
3428/18 3433/7 3461/19 3463/4 3477/10
3481/14 3483/9 3483/14 3483/23
3486/20 3493/14 3494/24 3498/20
3512/22 3521/14 3530/20 3531/5
3538/22 3543/3 3547/6 3547/21 3555/19
AREAS [13]  3418/5 3449/7 3450/16
3465/3 3481/12 3511/9 3524/23 3530/9
3531/10 3538/1 3540/16 3540/19
3540/22
AREN'T [3]  3414/25 3443/17 3458/22
ARGUMENTATIVE [3]  3430/8 3430/11
3444/18
ARMOR [1]  3429/16
ARMORING [1]  3421/21
ARMY [14]  3412/4 3422/9 3423/7 3428/1
3429/12 3443/8 3445/10 3448/23 3452/8
3462/21 3488/20 3491/1 3493/2 3510/23
AROUND [14]  3418/24 3421/16 3424/6
3430/14 3462/10 3464/19 3465/8 3466/9
3473/13 3473/21 3485/4 3485/7 3513/15
3519/1
ARROW [1]  3483/3
ARROWS [1]  3482/10
ART [1]  3537/23
ARTICLE [1]  3506/4
ARTICULATED [1]  3555/2
AS [136]  3410/6 3412/7 3414/4 3414/8
3414/12 3414/16 3415/18 3415/20
3417/25 3419/10 3420/14 3424/16
3425/7 3425/11 3425/18 3429/17 3431/4
3431/5 3432/5 3432/6 3432/11 3432/15
3432/15 3436/2 3436/10 3439/11
3442/23 3443/16 3444/2 3444/2 3445/2
3445/18 3446/7 3447/20 3448/4 3452/7
3452/22 3452/24 3452/24 3454/20
3456/9 3456/9 3460/4 3461/5 3461/23
3463/13 3463/25 3464/20 3465/17
3465/21 3467/2 3467/5 3469/3 3469/18
3474/18 3475/4 3477/11 3477/23 3479/3
3480/6 3481/3 3481/15 3481/25 3483/22
3487/14 3487/14 3488/22 3488/22
3489/10 3490/1 3490/2 3491/21 3492/21
3494/3 3500/18 3501/16 3501/16 3502/3
3503/5 3507/24 3509/8 3511/4 3511/19
3512/7 3513/5 3515/2 3515/15 3515/23
3519/8 3520/8 3520/19 3521/12 3522/7
3522/22 3523/7 3523/14 3523/24
3525/23 3527/18 3527/22 3528/5 3528/8
3528/15 3529/14 3529/20 3531/12
3531/19 3532/3 3532/8 3532/17 3533/13
3534/3 3534/15 3536/12 3536/24
3538/15 3539/6 3540/3 3540/11 3543/23
3544/10 3545/8 3545/9 3545/13 3547/16
3548/21 3550/3 3551/21 3551/23
3552/12 3552/16 3552/21 3552/21
3554/14 3554/14 3557/21
ASCERTAIN [1]  3508/2
ASHLEY [1]  3408/6
ASK [27]  3411/22 3419/21 3424/5
3424/11 3426/4 3426/10 3427/19
3429/25 3438/8 3447/13 3453/21
3454/11 3457/21 3458/23 3459/10
3482/6 3485/24 3505/15 3516/25 3517/3
3517/10 3524/16 3526/10 3544/22
3549/6 3552/8 3555/16
ASKED [8]  3413/8 3415/1 3435/16

3436/14 3436/20 3452/3 3484/6 3491/3
ASKING [9]  3415/19 3457/7 3456/22
3459/5 3459/6 3495/14 3520/12 3524/11
3552/2
ASPECT [1]  3522/3
ASSEMBLED [2]  3466/6 3471/18
ASSESSMENT [3]  3436/2 3437/12
3438/5
ASSESSMENTS [1]  3437/13
ASSIGNING [1]  3464/5
ASSIST [1]  3456/23
ASSISTANCE [2]  3489/8 3492/24
ASSOCIATED [4]  3417/21 3420/17
3441/10 3441/13
ASSOCIATES [2]  3406/15 3407/12
ASSOCIATION [1]  3528/20
ASSUMES [1]  3444/22
ASSUMING [1]  3450/20
AT [163]
AT PUMP [1]  3493/21
ATTACHED [1]  3489/4
ATTACHMENT [2]  3486/18 3486/19
ATTACKS [2]  3413/1 3418/23
ATTEMPT [1]  3455/21
ATTEMPTED [2]  3501/2
ATTEND [3]  3462/13 3509/25 3510/2
ATTENDED [1]  3548/24
ATTORNEY [1]  3554/19
ATTRIBUTED [3]  3430/18 3433/21
AUGUST [3]  3412/2 3489/4 3510/15
AUGUST 30 [1]  3412/2
AUGUST 7 [1]  3489/4
AUTHOR [1]  3421/8
AUTHORITIES [4]  3430/24 3533/24
3534/10 3535/12
AUTHORITY [9]  3427/24 3428/5
3444/11 3506/7 3511/23 3517/19 3518/5
3540/6 3540/10
AUTHORIZATION [5]  3412/17 3421/20
3445/22 3513/6 3527/10
AUTHORIZE [3]  3412/14 3507/25
3507/25
AUTHORIZED [17]  3427/20 3427/23
3428/24 3429/2 3429/17 3431/15 3446/6
3464/18 3514/22 3515/4 3515/7 3515/12
3516/1 3519/14 3519/15 3525/17 3526/6
AVAILABLE [4]  3441/23 3491/16
3493/15 3558/16
AVENUE [4]  3407/3 3407/17 3493/18
3493/19
AVERAGE [7]  3450/8 3457/9 3495/17
3495/21 3515/22 3527/23 3528/7
AWARD [6]  3481/21 3486/24 3489/2
3489/11 3493/8 3493/21
AWARDED [4]  3481/21 3486/14 3486/14
3486/20
AWARDING [1]  3487/15
AWARE [9]  3419/20 3431/12 3434/9
3434/15 3445/17 3479/3 3507/11
3507/14 3508/14
AWAY [4]  3520/24 3533/4 3533/14
3548/3

**B**

BACHELOR [1]  3510/7
BACHELOR'S [1]  3462/14
BACK [20]  3424/6 3429/9 3439/7
3439/19 3440/7 3454/14 3454/19
3455/19 3456/1 3465/9 3473/3 3473/6
3477/17 3493/23 3494/3 3501/20
3502/12 3529/24 3533/16 3545/20
BACKED [1]  3521/9
BACKLOG [1]  3486/24

BAD [1]  3454/16
BAIL [1]  3408/12
BAKER [3]  3488/15 3489/13 3490/17
BAKER'S [1]  3496/5
BALANCE [3]  3448/14 3448/16 3557/19
BANK [85]  3410/12 3410/15 3412/15
3413/21 3414/3 3414/15 3418/13
3418/18 3418/19 3421/24 3422/3
3422/19 3427/22 3428/8 3428/10
3428/25 3429/1 3429/2 3429/24 3430/10
3430/14 3431/1 3432/2 3432/11 3432/15
3432/15 3433/3 3433/3 3433/4 3433/13
3433/13 3433/14 3433/14 3433/19
3433/24 3434/1 3435/15 3437/5 3437/16
3445/16 3445/21 3446/16 3450/14
3450/16 3450/16 3450/22 3450/23
3463/2 3517/17 3518/11 3518/12
3518/22 3518/22 3519/24 3519/24
3520/11 3520/22 3522/7 3522/9 3530/25
3535/16 3538/17 3538/20 3540/2
3540/12 3540/15 3540/18 3546/6 3551/5
3551/6 3552/4 3552/5 3552/7 3552/9
3552/10 3552/12 3552/20 3553/3 3553/9
3555/5 3555/9 3556/8 3556/14 3557/2
3557/19
BANK-LINE [1]  3552/12
BANK-TO-BANK [1]  3518/22
BANKS [23]  3421/21 3429/17 3429/23
3430/23 3430/25 3431/3 3431/7 3431/10
3431/10 3432/1 3434/3 3450/12 3450/13
3450/15 3450/21 3506/22 3540/6
3546/16 3551/20 3553/4 3553/5 3557/14
3558/10
BARELY [1]  3412/13
BARGE [2]  3512/23 3512/24
BARGES [1]  3527/18
BARON [1]  3407/2
BARONNE [2]  3406/19 3406/23
BARRIER [5]  3412/18 3417/18 3417/20
3445/10 3449/1
BASE [2]  3449/14 3537/9
BASED [12]  3420/11 3421/11 3426/24
3427/17 3449/20 3450/8 3491/6 3520/3
3520/12 3520/14 3525/4 3549/21
BASIC [4]  3468/17 3469/11 3469/17
3470/2
BASICALLY [4]  3439/4 3469/9 3473/18
3478/17
BASIN [1]  3485/20
BASIS [8]  3450/1 3517/3 3517/10
3519/20 3547/5 3552/14 3557/18
3558/17
BATON [3]  3407/14 3407/21 3495/10
BAYOU [6]  3417/19 3445/13 3449/4
3483/5 3483/6 3487/3
BAYOU LA LOUTRE [3]  3417/19
3445/13 3449/4
BCR [1]  3476/6
BE [152]  3410/4 3410/16 3412/25
3413/10 3415/14 3415/16 3415/21
3416/12 3416/13 3416/16 3417/8
3417/12 3418/22 3418/24 3418/25
3420/22 3420/22 3424/24 3425/11
3425/12 3425/24 3425/25 3426/12
3427/1 3427/2 3427/15 3429/25 3430/18
3432/16 3432/17 3435/22 3436/12
3436/22 3437/6 3437/9 3437/15 3437/17
3438/18 3438/19 3439/4 3439/25
3440/23 3444/2 3448/19 3450/18
3450/22 3453/17 3453/24 3454/8
3455/10 3457/7 3458/17 3459/3 3459/7
3459/21 3459/24 3461/2 3464/24 3465/3

**B**

BE... [89] 3465/24 3466/6 3467/2
3467/18 3467/19 3469/21 3470/8 3471/8
3471/13 3471/18 3472/3 3472/13
3474/12 3474/19 3474/25 3475/23
3475/24 3475/25 3476/17 3477/7 3477/8
3477/22 3478/3 3478/5 3478/14 3479/4
3481/5 3481/13 3481/19 3481/20 3482/8
3486/13 3486/14 3486/19 3487/1 3490/2
3490/3 3491/6 3492/11 3492/13 3495/18
3497/9 3497/10 3500/11 3501/19
3502/12 3502/18 3503/6 3504/4 3504/5
3504/24 3506/2 3508/1 3508/8 3509/2
3509/6 3513/3 3516/7 3517/20 3521/7
3521/7 3522/7 3525/3 3525/3 3527/19
3529/24 3530/2 3530/16 3530/17
3533/12 3533/15 3537/2 3537/13
3537/15 3540/2 3540/20 3542/22
3543/18 3543/3 3545/23 3548/13
3548/15 3548/15 3554/9 3554/14
3557/10 3558/17 3558/21 3558/23
BECAME [2] 3432/14 3553/10
BECAUSE [47] 3414/3 3417/18 3418/17
3421/3 3421/4 3421/6 3421/7 3427/1
3430/25 3434/12 3435/8 3437/17
3437/22 3440/11 3440/15 3440/22
3441/1 3443/24 3446/16 3449/24 3456/2
3460/6 3465/13 3468/11 3479/24 3480/8
3482/20 3484/21 3487/5 3491/16
3491/18 3502/9 3502/24 3503/1 3503/4
3511/18 3514/17 3519/8 3520/1 3525/22
3533/12 3537/22 3539/12 3544/9 3545/7
3548/18 3553/19
BECOME [3] 3444/4 3449/20 3479/3
BEEN [47] 3410/5 3412/19 3426/17
3427/3 3427/4 3427/11 3428/3 3428/7
3434/2 3435/20 3438/6 3439/6 3440/9
3440/11 3448/20 3450/8 3453/3 3453/11
3455/8 3455/24 3458/22 3459/9 3461/22
3462/18 3462/19 3464/21 3465/10
3465/11 3465/12 3477/4 3478/7 3478/18
3485/15 3491/17 3493/1 3493/3 3494/3
3494/12 3500/18 3503/11 3504/9
3506/15 3507/17 3509/7 3520/10
3520/15 3557/24
BEFORE [34] 3406/10 3410/19 3412/22
3413/18 3425/18 3431/12 3434/2
3434/17 3453/13 3453/16 3459/5
3462/20 3463/7 3463/8 3464/14 3468/2
3472/17 3479/12 3484/23 3491/2
3500/17 3504/22 3508/9 3511/12
3511/24 3512/10 3518/9 3519/2 3521/4
3525/25 3528/16 3536/13 3543/24
3552/16
BEG [1] 3503/24
BEGAN [3] 3464/20 3491/2 3494/2
BEGIN [2] 3458/23 3464/16
BEGINNING [9] 3421/17 3429/16 3435/1
3445/19 3464/19 3473/6 3493/11 3502/9
3555/25
BEGINS [1] 3493/12
BEGUN [1] 3484/17
BEHALF [1] 3412/3
BEING [17] 3413/18 3418/18 3420/19
3420/25 3432/11 3443/11 3459/17
3470/2 3491/12 3499/12 3503/4 3508/22
3529/15 3537/22 3542/25 3550/11
3550/13
BELIEVE [18] 3412/12 3416/10 3423/15
3426/4 3441/12 3451/25 3465/8 3470/14
3472/13 3488/7 3490/7 3497/5 3506/12
3507/17 3508/1 3508/6 3522/5 3522/8

BELIEVED [1] 3430/18
BELOW [6] 3419/13 3497/5 3514/4
3514/8 3520/4 3520/24 3521/6 3525/14
3525/17
BENCHMARK [1] 3543/16
BENEFICIAL [17] 3532/12 3532/15
3532/20 3532/22 3533/17 3533/19
3534/6 3534/15 3535/15 3535/20
3535/25 3536/4 3536/16 3536/23
3536/24 3537/22 3549/19
BENEFICIALLY [6] 3531/8 3531/13
3533/11 3535/22 3536/19 3539/15
BENEFIT [7] 3415/18 3420/17 3440/3
3450/1 3474/22 3476/7 3476/8
BENEFIT/COST [3] 3450/1 3476/7
3476/8
BENEFIT/COSTS [1] 3474/22
BENEFITED [1] 3486/8
BENEFITING [1] 3538/2
BENEFITS [8] 3440/4 3440/19 3440/24
3441/4 3441/8 3441/10 3441/13 3477/3
BENJAMIN [1] 3408/17
BERM [3] 3555/17 3555/22 3555/25
BERNARD [10] 3412/3 3446/23 3465/4
3478/10 3483/8 3486/7 3486/21 3487/2
3546/1 3548/25
BEST [2] 3447/24 3559/12
BETTER [1] 3437/17
BETWEEN [31] 3413/9 3413/10 3419/22
3422/14 3426/25 3428/2 3431/10
3444/16 3445/9 3445/15 3447/14
3448/14 3452/7 3452/10 3452/19
3456/13 3458/1 3487/3 3487/4 3492/9
3493/24 3494/1 3537/14 3544/6 3549/15
3553/18 3554/25 3555/10 3556/3 3556/5
3556/10
BEYOND [1] 3457/13
BIENVENUE [2] 3483/5 3487/4
BIG [2] 3464/9 3495/4
BILL [2] 3491/13 3491/14
BILLION [1] 3477/3
BILLIONS [1] 3439/9
BILLS [5] 3491/3 3491/11 3491/12
3491/18 3491/22
BINDER [2] 3456/21 3458/14
BINDERS [5] 3423/3 3453/11 3456/25
3458/11 3458/11
BIOLOGICAL [1] 3417/21
BIT [9] 3454/24 3469/5 3474/12 3483/2
3500/21 3501/18 3513/3 3518/7 3555/11
BLACKBOARD [1] 3519/5
BLANK [2] 3545/13 3549/6
BLOW [4] 3486/10 3486/23 3488/18
3492/20
BLUE [4] 3553/13 3555/10 3556/18
3556/19
BOARD [3] 3423/15 3461/12 3541/7
BOAT [3] 3551/13 3551/17 3551/21
BOATERS [1] 3527/20
BOB [1] 3548/1
BOOK [1] 3554/18
BORGNE [15] 3413/1 3413/10 3413/11
3418/18 3418/20 3418/23 3419/7
3419/16 3419/22 3485/20 3531/11
3537/14 3538/18 3538/20 3539/2
BORN [4] 3461/15 3462/5 3462/6
3509/21
BOTH [9] 3449/6 3450/11 3450/21
3488/8 3491/10 3503/15 3518/11
3532/15 3554/20
BOTTOM [12] 3435/6 3483/3 3496/10
3496/15 3496/24 3515/8 3515/11
3515/16 3518/20 3518/21 3519/16
3530/8

BOULEVARD [1] 3407/24
BOUNDARIES [3] 3409/7 3409/8
3408/18
BRAIN [1] 3439/23
BRANCH [9] 3408/10 3462/24 3463/10
3480/1 3510/22 3511/5 3511/13 3512/2
3512/3
BREACH [4] 3419/15 3419/22 3421/1
3556/24
BREACHED [2] 3418/19 3418/19
3420/20 3421/1
BREAK [1] 3413/18
BREAUX [3] 3489/20 3490/11 3492/10
BRENDAN [1] 3408/3
BRETON [3] 3536/3 3536/7 3536/9
BRIDGE [8] 3411/15 3413/9 3413/23
3420/12 3420/15 3421/5 3493/16
3537/14
BRIDGES [5] 3419/11 3419/13 3465/1
3478/11 3493/18
BRIEF [2] 3460/25 3502/16
BRIEFING [1] 3458/3
BRIEFLY [2] 3465/25 3469/8
BROKEN [1] 3469/24
BROTHER [1] 3510/1
BROTHER MARTIN [1] 3510/1
BRUNO [8] 3406/18 3406/18 3502/20
3503/23 3504/13 3504/14 3504/22
3508/20
BUDD [1] 3407/2
BUDGET [32] 3465/20 3465/21 3466/15
3466/16 3466/17 3466/20 3468/15
3471/19 3474/2 3477/10 3478/25 3479/5
3479/7 3479/7 3479/9 3479/11 3479/20
3480/1 3481/2 3484/18 3484/23 3484/24
3485/1 3485/6 3485/21 3486/6 3489/9
3493/3 3499/13 3515/22 3517/21 3530/2
BUDGETARY [1] 3464/4
BUDGETS [2] 3467/3 3517/24
BUFFER [1] 3553/9
BUFFERING [4] 3415/5 3415/12
3415/17 3416/12
BUILD [2] 3445/10 3515/16
BUILDING [2] 3429/19 3448/25
BUILT [3] 3428/5 3429/17 3442/6
BURDEN [1] 3502/24
BURGUNDY [1] 3553/17
BUSINESS [2] 3439/5 3487/12
BUSINESSES [1] 3439/4
BUT [81] 3410/17 3412/14 3413/8
3413/12 3413/25 3414/5 3414/20
3414/25 3420/2 3421/25 3423/15
3425/14 3426/23 3427/14 3431/5 3435/8
3436/11 3437/15 3439/13 3440/22
3443/11 3444/11 3445/3 3445/4 3446/24
3449/6 3450/7 3450/13 3450/18 3451/4
3453/7 3454/12 3454/17 3454/24
3455/13 3455/16 3457/10 3464/13
3469/7 3470/8 3471/7 3471/8 3475/6
3477/15 3477/22 3479/12 3479/15
3482/17 3486/14 3487/20 3488/24
3488/24 3488/25 3490/2 3492/10 3496/2
3499/15 3501/6 3501/9 3502/22 3504/8
3504/17 3504/19 3506/15 3520/1 3520/3
3522/15 3525/19 3527/6 3532/20
3536/23 3537/13 3538/1 3538/6 3544/25
3545/2 3553/19 3554/5 3555/1 3555/17
3558/22

**C**

C.F.R [2] 3531/23 3542/10
CAERNARVON [1] 3487/5
CALIFORNIA [1] 3406/16

# C

CALL [7] 3454/19 3479/19 3484/8 3484/11 3503/9 3505/4 3513/6
CALLED [6] 3503/9 3513/24 3514/2 3541/3 3546/19 3555/1
CALLING [1] 3536/22
CALLS [9] 3461/5 3507/19 3508/25 3524/5 3547/13
CALVIN [1] 3407/16
CAME [2] 3442/7 3475/16
CAN [75] 3412/13 3418/8 3419/8 3421/4 3422/22 3423/20 3429/25 3437/1 3452/11 3454/15 3456/11 3456/12 3456/14 3456/22 3457/13 3458/3 3466/24 3466/24 3467/4 3467/11 3467/23 3469/17 3471/20 3473/2 3476/18 3478/3 3478/5 3481/10 3481/16 3482/7 3486/17 3486/22 3487/17 3494/7 3495/23 3497/24 3498/17 3499/2 3500/21 3504/4 3506/10 3506/18 3506/19 3508/2 3513/2 3514/1 3519/4 3519/5 3519/23 3522/19 3525/2 3530/5 3530/16 3530/17 3531/16 3533/13 3534/1 3534/2 3537/18 3537/18 3538/16 3541/16 3542/20 3544/25 3551/6 3551/13 3551/13 3551/17 3551/19 3554/14 3555/2 3555/16 3556/9 3557/14 3558/3
CAN'T [2] 3453/15 3529/12
CANAL [5] 3493/17 3493/18 3493/19 3493/22 3494/19
CANDID [1] 3545/4
CANNOT [4] 3481/9 3486/14 3486/24 3505/18
CAPABILITY [13] 3467/9 3467/11 3467/13 3468/4 3468/7 3469/12 3479/15 3485/2 3485/12 3491/5 3491/24 3515/1 3529/6
CAPABLE [1] 3427/9
CAPACITIES [1] 3554/21
CARE [1] 3503/7
CARGO [1] 3528/5
CARONDELET [1] 3408/7
CARRY [1] 3533/16
CARRYOVER [1] 3506/13
CARRYOVERS [1] 3506/14
CASE [29] 3410/16 3412/8 3419/20 3425/11 3425/12 3433/23 3438/2 3459/9 3459/23 3469/25 3470/7 3472/3 3474/16 3478/7 3481/4 3481/17 3481/21 3483/5 3483/13 3486/20 3501/1 3501/2 3501/5 3503/11 3504/19 3521/15 3522/3 3537/7 3559/3
CASES [7] 3449/6 3484/19 3487/7 3504/2 3529/7 3531/10 3540/23
CASH [2] 3449/10 3449/12
CAT [1] 3498/24
CATASTROPHIC [4] 3418/4 3439/10 3476/22 3496/13
CATEGORY [3] 3425/19 3498/11 3498/22
CAUCUSED [2] 3502/20 3503/21
CAUSE [3] 3474/18 3496/13 3508/9
CAUSED [4] 3447/16 3498/21 3539/17 3539/20
CC [1] 3489/16
CC'D [1] 3490/1
CCR [3] 3408/20 3559/9 3559/17
CELL [3] 3475/12 3476/19 3477/1
CELLS [1] 3494/10
CEMENT [1] 3528/5
CENTER [3] 3439/24 3510/24 3522/10

CERTAIN [4] 3416/15 3432/10 3459/23 3527/25
CERTAINLY [9] 3412/8 3427/14 3454/7 3455/21 3503/25 3519/11 3529/14 3545/2 3551/12
CERTIFICATE [1] 3559/8
CERTIFY [1] 3559/11
CHAIN [7] 3416/22 3474/5 3477/13 3478/22 3494/19 3517/20 3536/8
CHAIRMAN [1] 3442/24
CHALMETTE [1] 3487/10
CHANCE [1] 3455/16
CHANDELEUR [1] 3536/8
CHANGE [4] 3452/6 3452/10 3455/1 3543/11
CHANGED [1] 3444/1
CHANGES [4] 3444/3 3452/21 3455/4 3480/14
CHANNEL [104] 3411/11 3412/15 3415/15 3415/22 3416/7 3417/14 3418/20 3418/22 3445/16 3452/4 3457/12 3458/1 3463/18 3493/24 3511/21 3512/14 3512/16 3512/22 3512/23 3512/24 3512/25 3513/11 3513/17 3513/23 3514/4 3515/1 3515/4 3515/7 3515/11 3515/12 3515/19 3515/21 3515/25 3516/5 3516/11 3516/12 3516/15 3516/19 3517/1 3517/12 3517/17 3518/1 3518/5 3518/9 3518/11 3518/12 3518/16 3518/20 3518/21 3518/23 3519/15 3519/15 3519/20 3519/24 3520/2 3520/9 3520/10 3520/19 3520/23 3521/20 3522/10 3522/12 3523/16 3523/22 3523/25 3524/1 3524/24 3526/23 3527/11 3527/14 3527/16 3527/21 3527/25 3528/10 3528/21 3528/23 3530/11 3533/1 3533/10 3535/19 3535/23 3539/7 3540/4 3540/16 3541/15 3542/14 3542/18 3543/2 3544/10 3545/8 3546/2 3546/6 3546/8 3549/24 3550/5 3550/12 3551/3 3552/9 3552/13 3552/23 3553/11 3555/9 3557/12 3557/20
CHANNELS [1] 3526/18
CHARACTERIZATION [3] 3535/11 3536/22 3537/22
CHARGE [2] 3512/7 3550/9
CHARLES [4] 3463/4 3465/4 3478/14 3487/25
CHASE [1] 3425/5
CHECKERED [1] 3483/10
CHECKING [1] 3423/14
CHIEF [11] 3410/17 3427/21 3427/25 3428/24 3430/20 3431/14 3462/24 3463/10 3510/22 3511/4 3511/12
CHIEF'S [2] 3427/23 3428/4
CHOOSE [2] 3475/1 3532/17
CIRCA [1] 3537/3
CIRCLE [1] 3424/6
CIRCLED [1] 3418/9
CIRCUMSTANCES [3] 3475/24 3504/7 3516/3
CITATIONS [1] 3429/6
CITY [1] 3407/25
CIVIC [1] 3484/6
CIVIL [4] 3408/10 3510/7 3510/11 3510/13
CIVILIAN [1] 3461/10
CLAIMS [1] 3449/8
CLEAR [3] 3414/17 3441/14 3483/2
CLEARLY [3] 3500/25 3537/24 3551/21
CLOSE [9] 3417/7 3418/18 3420/19 3420/24 3420/25 3421/6 3439/8 3475/1

3485/12
3485/12 3511/10 3412/17 3483/7
CLOSER [1] 3490/22
CLOSURE [8] 3436/2 3437/22 3442/18 3443/2 3444/8 3445/13 3449/5 3449/13
CLUE [1] 3459/14
COAST [1] 3442/16
COASTAL [35] 3411/10 3412/17 3422/11 3423/8 3429/13 3433/7 3442/24 3510/22 3510/22 3511/4 3511/7 3511/13 3512/2 3512/8 3524/2 3526/16 3539/14 3541/10 3541/16 3541/18 3541/20 3541/23 3542/3 3542/7 3542/9 3542/13 3542/16 3542/21 3543/1 3543/6 3543/21 3544/12 3544/19 3545/10 3546/11
CODE [1] 3482/9
CODED [1] 3456/22
COLD [1] 3528/6
COLLEAGUES [1] 3452/4
COLLEGE [2] 3462/13 3510/2
COLOR [1] 3553/18
COLUMBIA [1] 3526/17
COLUMN [29] 3452/10 3452/11 3452/21 3470/25 3474/6 3474/7 3475/8 3475/17 3475/21 3476/6 3476/13 3476/25 3494/21 3494/25 3495/11 3495/14 3495/15 3496/11 3496/25 3497/2 3497/8 3497/12 3497/24 3498/12 3498/17 3498/18 3499/1 3499/21 3499/25
COLUMNS [2] 3476/11 3476/25
COMBINATION [1] 3413/25
COMBINED [1] 3491/19
COME [16] 3416/4 3421/4 3424/6 3438/11 3438/13 3438/14 3440/25 3454/14 3456/1 3457/10 3458/21 3485/12 3496/2 3501/20 3503/24 3520/2
COMES [6] 3459/25 3475/15 3500/12 3537/25 3555/18 3555/19
COMING [3] 3418/5 3419/6 3419/7
COMITE [3] 3495/7 3495/8 3495/9
COMMAND [5] 3416/22 3474/5 3477/13 3478/23 3517/20
COMMANDER [5] 3442/23 3464/6 3526/21 3526/25 3527/10
COMMANDER'S [1] 3426/23
COMMANDERS [1] 3526/15
COMMENT [1] 3421/2
COMMENTS [3] 3416/21 3417/2 3419/2
COMMERCIAL [2] 3495/2 3527/19
COMMITTEE [3] 3441/17 3491/13 3496/6
COMMON [1] 3557/10
COMMUNICATED [1] 3491/1
COMMUNICATION [1] 3447/14
COMMUNICATIONS [2] 3447/1 3447/12
COMPARABLE [4] 3454/25 3456/12 3457/14 3457/17
COMPARED [4] 3540/3 3540/16 3545/24 3552/13
COMPARISON [3] 3532/19 3543/16
COMPETE [1] 3500/7
COMPETING [3] 3448/7 3448/9 3500/4
COMPETITIVE [4] 3532/21 3540/3 3540/15 3545/22
COMPILE [2] 3456/8 3468/20
COMPILED [1] 3478/21
COMPLAIN [4] 3528/13 3546/2 3546/7 3549/23
COMPLAINT [2] 3528/22 3529/21
COMPLAINTS [8] 3528/11 3529/1 3529/4 3529/16 3529/18 3546/4 3546/10 3550/4
COMPLETE [4] 3465/15 3516/25

C

COMPLETE... [2]  3517/11 3517/14
COMPLETED [5]  3443/13 3464/22
3477/8 3514/12 3549/18
COMPLETELY [1]  3417/7
COMPLETING [2]  3465/8 3489/7
COMPLETION [7]  3465/6 3465/10
3474/20 3486/25 3488/23 3496/12
3497/9
COMPLEX [1]  3407/13
COMPLIANCE [1]  3438/5
COMPROMISED [2]  3476/21 3499/23
COMPUTATION [1]  3503/8
COMPUTED [4]  3452/7 3455/4 3457/25
3502/8
COMPUTER [1]  3408/25
CONCENTRATED [1]  3538/24
CONCEPT [3]  3447/19 3530/5 3531/16
CONCERN [4]  3419/3 3419/11 3460/15
3538/23
CONCERNED [7]  3455/16 3460/3
3501/15 3503/4 3503/5 3528/24 3546/5
CONCERNING [2]  3523/1 3541/23
CONCERNS [18]  3437/8 3459/20
3459/22 3459/22 3480/13 3488/15
3501/8 3501/23 3528/20 3529/6 3530/1
3538/25 3539/12 3540/12 3545/17
3547/2 3547/6 3549/7
CONCLUDED [1]  3521/7
CONCLUSION [1]  3410/18
CONCLUSIONS [1]  3550/24
CONCRETE [1]  3555/2
CONDITION [1]  3419/16
CONDITIONS [8]  3511/21 3514/25
3516/4 3516/5 3524/2 3528/21 3528/23
3549/18
CONDUCT [8]  3516/18 3518/1 3518/16
3526/22 3526/25 3527/7 3527/10
3546/16
CONDUCTED [8]  3427/4 3518/25
3527/3 3527/13 3533/9 3541/1 3542/17
3550/11
CONDUCTING [1]  3526/7
CONFEREES [1]  3491/21
CONFERENCE [2]  3491/12 3491/16
CONFINES [1]  3540/9
CONFINING [1]  3412/7
CONFUSION [2]  3420/23 3522/7
CONGRESS [38]  3410/18 3412/14
3421/21 3424/11 3424/16 3429/17
3436/9 3436/9 3438/13 3442/1 3444/5
3444/9 3446/6 3465/22 3466/12 3466/15
3466/18 3466/21 3466/25 3467/16
3469/15 3479/1 3479/8 3479/12 3479/12
3479/19 3480/2 3485/8 3491/2 3499/10
3499/15 3500/12 3500/13 3507/24
3508/1 3508/9 3508/10 3514/16
CONGRESSIONAL [9]  3441/17 3480/14
3485/22 3489/18 3497/13 3497/15
3497/17 3497/21 3514/19
CONGRESSMAN [2]  3488/14 3496/5
CONNECTION [1]  3433/20
CONOR [1]  3408/12
CONSEQUENCES [13]  3476/12
3476/13 3476/14 3476/16 3476/18
3489/6 3494/9 3494/21 3495/14 3496/25
3497/8 3498/17 3499/21
CONSIDER [4]  3439/8 3439/11 3439/12
3541/4
CONSIDERATION [7]  3441/15 3449/22
3460/16 3466/18 3491/3 3491/16
3545/20

CONSIDERED [8]  3430/20 3446/10
3450/16 3460/5 3517/20 3532/9 3532/10
3532/16
CONSIDERING [1]  3515/2
CONSISTED [1]  3541/6
CONSISTENCY [18]  3422/11 3422/20
3423/8 3429/14 3541/11 3541/16
3541/23 3542/3 3542/7 3542/9 3542/13
3542/16 3542/21 3543/1 3543/6 3543/21
3545/11 3554/8
CONSISTENT [9]  3523/4 3523/11
3523/18 3532/4 3532/4 3532/9 3532/12
3532/16 3554/14
CONSISTENTLY [1]  3446/21
CONSTITUTE [1]  3492/9
CONSTRAINTS [1]  3515/2
CONSTRUCT [1]  3470/6
CONSTRUCTED [7]  3421/24 3430/23
3434/2 3441/21 3478/4 3481/14 3530/20
CONSTRUCTION [24]  3461/13 3464/12
3464/13 3464/14 3464/16 3464/18
3464/21 3467/19 3467/20 3468/9 3470/4
3470/5 3477/6 3477/6 3487/3 3493/7
3493/12 3493/13 3497/1 3513/7 3514/12
3535/15 3546/20 3557/9
CONSULTATION [1]  3516/6
CONTACT [1]  3533/21
CONTAIN [1]  3473/15
CONTAINED [5]  3470/21 3471/10
3471/14 3474/9 3477/17
CONTAINERIZED [1]  3528/5
CONTAINERS [1]  3528/7
CONTAINING [1]  3468/23
CONTAINS [4]  3481/15 3494/4 3542/6
3542/8
CONTEMPLATED [1]  3421/21
CONTEXT [12]  3413/21 3415/19 3419/8
3419/10 3430/3 3431/19 3436/13 3437/1
3437/21 3466/1 3496/3 3496/4
CONTINUE [9]  3468/9 3470/3 3477/6
3489/11 3491/9 3491/23 3493/7 3493/15
3497/10
CONTINUED [4]  3407/1 3408/1 3446/2
3487/6
CONTINUES [1]  3487/9
CONTINUING [2]  3533/24 3534/9
CONTINUOUS [1]  3555/1
CONTINUOUSLY [1]  3516/4
CONTRACT [6]  3505/2 3505/3 3505/11
3505/16 3505/16 3505/24
CONTRACTS [25]  3464/11 3464/13
3465/14 3467/19 3467/21 3470/5 3470/6
3478/3 3478/9 3478/18 3481/20 3486/7
3486/13 3486/19 3486/24 3487/16
3488/24 3489/2 3489/6 3489/11 3493/7
3493/8 3493/12 3493/13 3493/21
CONTRARY [2]  3449/19 3444/22
CONTRIBUTED [1]  3448/2
CONTRIBUTES [1]  3415/13
CONTRIBUTION [1]  3496/18
CONTROL [4]  3432/13 3483/3 3483/4
3493/25
CONVERTED [1]  3418/24
COORDINATED [1]  3461/11
COORDINATING [2]  3461/10 3464/10
COPIES [3]  3483/24 3488/11 3490/1
COPY [3]  3456/17 3488/12 3554/7
CORPORATION [1]  3462/17
CORPS [99]  3410/13 3412/4 3415/17
3416/25 3421/16 3421/19 3422/1 3422/9
3422/15 3423/7 3423/11 3424/17
3426/10 3427/9 3427/12 3427/15 3428/2
3429/13 3429/18 3429/23 3432/9

3432/11 3432/15 3432/16 3433/5
3433/6 3435/10 3435/12 3435/16 3435/10
3439/20 3442/7 3443/1 3443/8 3444/8
3444/14 3444/15 3445/10 3446/2
3446/10 3446/18 3447/1 3447/15
3447/19 3448/13 3448/23 3449/13
3449/23 3450/4 3452/8 3453/6 3453/12
3455/4 3457/25 3461/18 3462/21
3462/23 3465/20 3466/11 3466/12
3466/15 3466/22 3466/22 3467/1
3467/13 3468/16 3471/17 3472/22
3473/7 3479/25 3488/20 3491/1 3491/4
3491/5 3491/11 3493/2 3493/6 3505/1
3506/7 3507/5 3507/11 3507/18 3511/8
3511/11 3512/2 3512/13 3515/3 3515/6
3525/24 3526/3 3526/6 3531/12 3540/20
3541/22 3542/17 3543/11 3544/2 3544/6
3549/3
CORPS' [11]  3425/5 3426/5 3432/1
3445/20 3446/13 3467/3 3468/15
3491/24 3543/14 3544/11 3545/10
CORRECT [126]  3410/15 3410/19
3410/20 3414/8 3414/22 3414/23
3415/10 3416/23 3416/24 3417/2 3417/4
3417/9 3417/12 3417/19 3417/25 3418/6
3418/10 3418/11 3418/14 3419/7 3419/8
3421/17 3421/22 3422/3 3422/20
3424/19 3425/23 3426/8 3426/9 3427/7
3427/8 3427/12 3427/16 3428/2 3431/11
3435/7 3435/8 3435/13 3436/3 3436/4
3436/7 3440/5 3440/8 3441/23 3441/24
3442/2 3442/4 3442/5 3442/8 3442/9
3442/15 3442/19 3442/20 3442/22
3443/2 3443/3 3443/14 3444/6 3444/7
3445/19 3446/15 3446/19 3446/22
3447/2 3447/21 3448/5 3448/8 3448/11
3448/15 3449/1 3449/2 3449/5 3449/10
3449/17 3449/18 3452/15 3452/16
3452/19 3452/22 3452/23 3452/25
3457/9 3461/25 3463/23 3466/4 3467/4
3469/22 3470/10 3470/13 3471/23
3473/12 3473/14 3473/17 3478/24
3479/2 3479/13 3481/24 3482/4 3488/14
3489/23 3490/12 3490/15 3490/18
3494/11 3498/14 3499/14 3499/20
3505/21 3505/24 3509/10 3511/1 3513/1
3513/22 3516/12 3519/18 3519/21
3519/22 3521/22 3522/25 3530/13
3533/7 3538/3 3544/14 3556/25 3557/1
3559/12
CORRECTION [1]  3497/25
CORRECTLY [1]  3430/6
CORRESPONDENCE [1]  3484/20
COST [42]  3424/18 3424/22 3425/1
3425/2 3425/3 3425/8 3425/13 3425/20
3426/8 3426/20 3426/22 3430/18 3437/7
3437/9 3437/10 3438/15 3438/18
3438/19 3438/22 3439/2 3440/3 3448/25
3449/24 3450/1 3456/10 3476/7 3476/8
3480/9 3532/19 3532/24 3533/4 3533/10
3534/3 3534/5 3534/9 3534/14 3534/18
3540/3 3540/15 3543/18 3545/21
3545/22
COST-COMPETITIVE [3]  3540/3
3540/15 3545/22
COST-SHARE [3]  3437/9 3480/9 3534/3
COST-SHARING [2]  3425/20 3534/9
COST/BENEFIT [1]  3440/3
COSTLY [2]  3531/19 3533/18
COSTS [4]  3418/21 3427/6 3433/21
3474/22
COULD [89]  3411/6 3413/24 3415/4
3415/5 3424/5 3434/2 3438/6 3440/25

## C

COULD... [81] 3441/18 3443/6 3444/2
3445/24 3448/20 3454/20 3455/2
3455/21 3457/16 3458/17 3459/21
3463/24 3467/14 3467/16 3467/16
3468/3 3469/7 3469/21 3470/7 3470/8
3470/14 3472/3 3473/23 3474/12
3474/23 3474/25 3477/1 3477/22 3478/6
3480/8 3480/12 3480/13 3480/14
3480/15 3480/25 3487/11 3487/13
3489/16 3492/17 3493/10 3494/17
3494/21 3495/1 3496/25 3497/8 3500/1
3505/7 3506/20 3506/21 3514/19
3515/20 3516/7 3517/6 3518/1 3518/3
3519/14 3521/6 3524/19 3527/5 3528/11
3530/2 3533/18 3533/21 3535/17
3535/17 3537/13 3539/1 3539/19 3540/2
3540/15 3540/20 3543/18 3544/9
3544/18 3547/5 3546/25 3550/3 3552/11
3553/17 3554/22 3555/8
COULDN'T [3] 3426/7 3445/20 3451/3
COUNSEL [23] 3415/1 3418/14 3453/4
3453/15 3453/17 3454/4 3454/9 3454/10
3454/17 3455/16 3455/22 3456/22
3471/23 3472/5 3472/6 3477/11 3505/15
3522/2 3536/23 3537/22 3542/11
3548/16 3558/22
COUNTRY [4] 3466/9 3473/13 3473/21
3500/9
COUPLE [2] 3541/3 3551/19
COURSE [5] 3436/8 3537/25 3538/11
3549/4 3551/7
COURT [41] 3406/1 3408/20 3410/4
3411/6 3411/13 3411/23 3435/20
3436/21 3436/25 3444/23 3456/11
3459/20 3460/7 3460/12 3460/25 3462/7
3463/24 3467/12 3469/6 3474/4 3481/11
3502/16 3502/18 3502/23 3502/25
3519/4 3519/23 3520/2 3522/11 3530/6
3531/16 3531/23 3534/1 3534/8 3535/18
3536/25 3542/6 3559/6 3559/9 3559/10
3559/18
COURT'S [1] 3503/20
COVER [2] 3511/18 3518/22
COVERED [1] 3411/4
COVERING [2] 3512/19 3512/22
CRAWFORD [1] 3503/14
CREATE [7] 3531/13 3533/3 3538/8
3539/1 3539/8 3545/24 3547/7
CREATED [7] 3535/22 3535/25 3536/3
3536/19 3537/7 3538/5 3552/22
CREATING [1] 3538/3
CREATION [10] 3530/17 3531/9
3532/22 3538/17 3539/16 3543/13
3543/17 3543/17 3545/22 3549/9
CRESCENT [1] 3528/19
CRITERIA [4] 3474/22 3475/5 3531/18
3532/7
CRITICAL [4] 3459/20 3475/2 3487/2
3488/21
CRITICALITY [3] 3474/20 3474/24
3474/25
CROSS [13] 3410/7 3412/7 3453/15
3458/21 3473/3 3500/17 3501/12 3504/3
3504/13 3504/16 3504/20 3520/20
3555/9
CROSS-EXAMINATION [6] 3410/7
3453/15 3458/21 3473/3 3501/12
3504/20
CROSSHATCHED [2] 3481/12 3482/8
CULVERTS [1] 3496/13
CUMULATIVE [1] 3452/10
CURRENT [2] 3486/4 3510/21
CURRENTLY [3] 3447/4 3460/5 3462/5
3462/17 3491/12 3493/3
CURRENTS [1] 3524/2
CUSTOM [1] 3416/25
CUSTOMERS [4] 3446/3 3446/8
3446/11 3446/12
CUT [4] 3425/5 3436/17 3491/20
3517/22
CV [1] 3406/5
CWPPRA [3] 3512/2 3512/9 3512/11
CYCLE [2] 3517/21 3530/2
CYCLES [2] 3477/10 3525/18
CYCLIC [2] 3540/3 3552/14

## D

D.C [1] 3475/19
DALLAS [1] 3407/4
DAMAGE [13] 3418/4 3449/8 3468/23
3470/24 3471/3 3471/10 3471/12 3483/6
3487/11 3487/12 3494/6 3540/5 3540/10
DAMAGES [7] 3477/3 3495/17 3495/21
3495/21 3498/15 3498/21 3498/23
DAMPENING [1] 3406/16
DANGEROUSLY [4] 3418/18 3420/19
3420/25 3421/6
DANIEL [1] 3408/10
DARE [1] 3458/13
DATA [10] 3452/3 3455/2 3455/3
3456/12 3494/16 3523/1 3523/5 3523/11
3523/18 3550/19
DATE [5] 3465/6 3465/10 3471/20
3489/1 3549/22
DATED [2] 3492/17 3544/13
DATUM [1] 3518/20
DAVENPORT [2] 3496/15 3496/24
DAVIS [1] 3463/17
DAY [4] 3501/19 3502/10 3509/2
3527/24
DC [1] 3408/18
DEAD [1] 3501/6
DEADLY [1] 3524/16
DEAL [2] 3540/10 3541/23
DEALING [1] 3464/6
DEALT [1] 3414/4
DEAUTHORIZATION [4] 3444/5 3444/9
3449/14 3449/19
DECEASED [1] 3447/10
DECEMBER [1] 3442/16
DECEMBER 1988 [1] 3442/16
DECIDE [3] 3466/25 3472/9 3497/18
DECIDED [1] 3434/10
DECIDING [1] 3481/19
DECISION [11] 3427/25 3449/13
3449/15 3465/24 3469/16 3474/15
3475/7 3497/18 3500/10 3501/6 3501/22
DECISIONS [3] 3466/10 3500/13 3516/7
DECLINE [1] 3468/1
DECREASE [1] 3416/9
DEEMED [1] 3542/25
DEEP [6] 3439/5 3447/2 3447/16 3514/8
3527/17 3528/25
DEEPENING [1] 3411/12
DEEPER [2] 3524/24 3530/10
DEFEND [1] 3453/15
DEFENDANT [1] 3408/9
DEFENDANT'S [1] 3472/20
DEFENSE [4] 3414/8 3414/10 3459/21
3460/5
DEFICIENCIES [8] 3481/16 3481/16
3481/25 3482/4 3482/19 3484/10 3487/6
3487/8
DEFICIENCY [4] 3481/18 3483/11
3483/15 3497/25
DEFINITELY [1] 3504/4
DEFINITION [1] 3447/25
DEGREE [6] 3461/17 3462/12 3462/14
3510/6 3510/7 3510/11
DEGREES [1] 3510/8
DELAYED [5] 3477/24 3478/18 3487/1
3497/1 3497/9
DELAYING [1] 3497/9
DELEGATION [4] 3480/14 3489/18
3497/17 3541/17
DELETED [3] 3451/23 3455/8 3455/12
DELOACH [1] 3501/13
DEMANDS [1] 3491/19
DEMONSTRATES [1] 3529/15
DEMONSTRATIVE [2] 3537/6 3554/4
DENHAM [1] 3407/17
DENIED [2] 3546/21 3546/24
DEPARTMENT [10] 3408/9 3422/15
3512/11 3533/22 3534/3 3534/19
3541/25 3543/4 3544/3 3544/6
DEPENDING [1] 3425/4
DEPENDS [3] 3425/2 3425/20 3469/25
DEPICT [2] 3536/18 3552/21
DEPICTED [1] 3451/2
DEPOSITED [1] 3449/25
DEPOSITION [7] 3413/8 3440/16
3459/15 3459/16 3472/16 3509/5
3521/13
DEPTH [19] 3511/19 3515/3 3515/18
3516/16 3520/19 3520/23 3525/1 3525/5
3525/9 3525/10 3525/17 3526/13
3526/13 3526/16 3526/19 3526/20
3526/22 3527/1 3527/3
DES [2] 3497/6 3497/10
DES MOINES [2] 3497/6 3497/10
DESCRIBE [11] 3463/24 3465/24 3469/8
3478/6 3481/16 3486/18 3487/17
3524/16 3536/24 3551/6 3551/19
DESCRIBED [11] 3413/14 3416/18
3444/25 3447/24 3450/17 3469/1 3481/3
3482/19 3482/22 3484/2 3544/4
DESCRIBES [3] 3476/14 3481/2 3481/7
DESCRIBING [8] 3476/15 3480/19
3480/23 3485/21 3485/22 3487/19
3488/3 3488/15
DESCRIPTION [1] 3524/15
DESIGN [8] 3467/20 3470/3 3470/4
3477/9 3497/25 3512/13 3512/16
3545/21
DESIGNATED [2] 3530/9 3530/16
DESIGNED [1] 3481/19
DESIRE [1] 3503/20
DESTROY [1] 3421/5
DETAIL [2] 3469/5 3489/5
DETAILED [1] 3535/11
DETERIORATED [1] 3528/23
DETERMINATION [5] 3422/20 3425/16
3425/24 3427/3 3541/24
DETERMINE [8] 3437/5 3438/4 3441/3
3457/11 3469/16 3474/23 3479/9
3498/22
DETERMINED [5] 3439/12 3449/23
3474/10 3474/16 3543/5
DEVELOP [1] 3539/25
DEVELOPED [2] 3447/2 3464/13
DEVELOPMENT [8] 3412/25 3418/22
3424/12 3424/18 3448/2 3448/5 3510/24
3511/8
DID [152] 3410/13 3412/14 3413/4
3413/18 3413/21 3414/5 3414/21 3415/2
3419/12 3421/8 3421/9 3421/19 3421/23

DID... [139]  3422/1 3423/22 3426/10
3430/6 3431/14 3431/24 3433/12
3433/19 3433/23 3434/19 3435/6 3435/8
3435/10 3436/12 3438/7 3440/3 3440/13
3440/21 3440/22 3441/3 3441/5 3441/10
3441/22 3443/9 3444/8 3445/9 3445/12
3445/14 3446/16 3447/9 3448/19
3449/14 3449/25 3451/21 3451/25
3452/3 3462/11 3462/13 3462/20 3463/7
3463/20 3464/16 3465/19 3468/14
3475/12 3475/12 3475/14 3476/10
3477/12 3480/3 3481/21 3481/25 3482/2
3483/20 3483/22 3484/2 3484/8 3484/14
3484/16 3485/12 3485/14 3488/7 3490/7
3492/3 3492/5 3500/7 3503/15 3504/8
3504/25 3509/25 3510/2 3510/4 3510/6
3511/2 3511/10 3511/12 3511/16
3511/24 3512/4 3512/10 3512/18
3512/21 3514/17 3515/12 3515/19
3516/3 3516/13 3516/18 3516/25 3517/3
3517/10 3517/14 3518/22 3526/7
3526/22 3526/25 3527/6 3527/10
3528/11 3529/1 3529/4 3529/7 3531/12
3533/10 3534/14 3535/7 3535/8 3535/10
3539/17 3539/20 3539/23 3540/7 3540/8
3541/4 3542/13 3542/16 3543/8 3543/10
3544/10 3545/8 3546/1 3546/7 3546/13
3546/16 3547/2 3548/21 3549/3 3549/10
3549/13 3549/16 3549/23 3550/15
3550/21 3550/24 3552/5 3557/5 3557/15
3558/12 3558/25
DIDACTIC [1]  3436/21
DIDACTICISM [1]  3436/22
DIDN'T [35]  3413/13 3413/14 3414/1
3415/25 3421/25 3425/17 3426/16
3426/17 3427/5 3429/16 3433/25
3440/15 3440/16 3441/25 3442/3
3443/20 3444/4 3446/16 3447/8 3450/6
3451/24 3453/19 3454/16 3454/17
3458/13 3458/23 3459/14 3459/16
3468/11 3505/8 3506/13 3521/13 3549/5
3554/9 3558/14
DIFFERENCE [1]  3419/4
DIFFERENT [19]  3412/19 3416/20
3425/4 3425/20 3430/7 3432/8 3444/11
3448/16 3469/14 3473/24 3491/12
3491/17 3505/20 3527/17 3530/14
3530/18 3552/12 3552/19 3556/24
DIFFERENTIATE [1]  3431/10
DIFFICULT [3]  3454/6 3533/12 3537/2
DIKE [1]  3441/21
DIKES [1]  3530/20
DIMENSIONS [9]  3515/12 3515/17
3516/1 3516/13 3516/14 3516/16
3528/24 3529/2 3557/20
DIRE [1]  3489/6
DIRECT [14]  3411/13 3412/6 3412/8
3413/1 3418/14 3418/23 3424/10
3444/25 3462/3 3486/6 3500/19 3504/2
3509/19 3544/24
DIRECTED [1]  3427/18
DIRECTION [1]  3540/17
DIRECTLY [1]  3419/17
DIS [1]  3474/6
DISAPPEAR [6]  3413/23 3413/23
3415/21 3416/8 3419/12 3419/13
DISAPPEARING [2]  3415/20 3419/12
DISAPPEARS [2]  3413/9 3420/14
DISCOVERED [1]  3460/11
DISCOVERY [1]  3440/18
DISCRETIONARY [2]  3427/23 3461/21

DISCUSS [10]  3459/17 3476/12 3484/6
3490/10 3494/9 3499/18 3519/2 3525/8
3548/23 3551/2 3552/25
DISCUSSED [4]  3434/20 3435/5
3435/25 3483/22
DISCUSSING [4]  3484/9 3501/20 3544/6
3554/25
DISCUSSION [7]  3418/13 3420/9 3426/1
3429/22 3437/11 3437/21 3502/13
DISCUSSIONS [1]  3485/23
DISPLACEMENT [2]  3551/14 3551/16
DISPOSAL [20]  3449/7 3530/5 3530/16
3530/19 3530/21 3530/23 3531/5
3531/24 3532/9 3532/15 3532/17
3532/18 3532/20 3532/23 3533/18
3543/3 3543/12 3543/17 3545/22
3545/25
DISPOSE [2]  3530/12 3539/7
DISPOSED [1]  3538/2
DISPOSING [3]  3530/14 3531/14
3532/24
DISPUTE [5]  3422/14 3521/11 3543/14
3544/5 3548/10
DISSIPATE [2]  3414/13 3414/13
DISTANCE [2]  3518/19 3532/25
DISTANCES [1]  3533/15
DISTINCT [1]  3469/23
DISTRICT [34]  3406/1 3406/2 3406/11
3426/23 3442/21 3442/23 3461/11
3466/2 3466/5 3466/6 3474/11 3474/13
3474/16 3474/19 3475/4 3485/21
3487/19 3487/24 3488/3 3488/20 3489/5
3492/21 3492/25 3493/1 3496/5 3505/1
3505/8 3511/11 3512/1 3512/13 3512/20
3526/15 3559/10 3559/10
DISTRICTS [6]  3472/9 3480/8 3480/23
3483/23 3483/23 3484/19
DISTRUST [2]  3447/2 3447/16
DIVERGENT [1]  3520/16
DIVERSION [1]  3463/17
DIVIDED [3]  3469/10 3469/11 3470/1
DIVISION [20]  3408/10 3416/23 3418/2
3419/2 3419/5 3464/12 3464/15 3466/3
3466/7 3466/7 3468/24 3471/13 3473/11
3473/20 3475/10 3475/16 3477/13
3494/5 3512/12 3550/7
DIVISIONS [4]  3471/17 3473/13 3473/21
3475/11
DM [9]  3513/5 3530/22 3536/12 3552/16
3553/24 3554/16 3558/20 3558/20
3558/20
DM-0020 [2]  3552/16 3553/24
DM-0021 [1]  3536/12
DM-0026 [1]  3554/16
DM-003 [3]  3513/5 3530/22 3558/20
DM-021 [1]  3558/20
DM-26 [1]  3558/20
DO [112]  3413/2 3413/8 3414/7 3414/9
3415/6 3420/2 3422/1 3424/17 3425/11
3425/12 3428/17 3432/5 3432/7 3432/22
3433/23 3435/8 3437/11 3438/4 3438/14
3438/16 3439/19 3440/8 3440/17
3441/12 3441/18 3442/1 3447/17
3448/13 3448/22 3451/10 3451/14
3454/15 3457/2 3457/3 3459/11 3459/24
3462/20 3463/7 3465/19 3465/23 3467/4
3468/10 3470/17 3470/19 3474/7
3474/18 3474/24 3475/15 3475/20
3477/18 3477/23 3479/23 3480/15
3483/10 3484/21 3485/2 3485/5 3485/8
3485/16 3487/8 3488/5 3488/10 3490/15
3499/5 3499/9 3500/17 3501/16 3501/17
3503/3 3503/22 3504/11 3504/17

3506/14 3506/18 3507/2 3507/4 3507/5
3509/8 3512/16 3513/16 3515/1 3515/19
3516/3 3517/22 3524/8 3525/13 3525/21
3525/21 3529/4 3529/21 3531/3 3531/8
3533/5 3533/24 3534/25 3537/9 3538/6
3539/23 3544/10 3544/16 3545/8 3547/2
3548/4 3548/11 3552/5 3552/7 3553/8
3553/8 3554/14 3555/11 3558/12
3559/11
DOCKET [1]  3406/5
DOCUMENT [58]  3417/4 3418/8 3418/9
3423/10 3423/11 3424/1 3429/21 3447/6
3453/4 3453/6 3453/14 3453/16 3453/23
3454/3 3454/6 3454/22 3455/7 3455/9
3455/17 3455/24 3456/6 3456/11
3457/14 3459/6 3468/25 3469/7 3469/19
3470/15 3471/19 3472/8 3472/17
3473/10 3473/24 3473/24 3480/16
3480/21 3480/25 3481/10 3481/15
3481/22 3481/25 3485/16 3487/17
3494/4 3494/17 3496/9 3499/17 3505/6
3505/8 3506/1 3526/10 3528/15 3528/16
3534/25 3535/6 3535/10 3543/23
3543/24
DOCUMENTS [24]  3411/24 3453/11
3453/12 3453/12 3453/18 3453/24
3454/25 3458/12 3458/14 3458/21
3459/5 3460/11 3465/20 3465/22 3466/4
3466/5 3468/17 3468/19 3469/2 3471/17
3471/18 3473/15 3473/21 3548/13
DOES [32]  3414/17 3419/2 3420/20
3431/10 3431/13 3438/11 3454/4 3457/8
3460/15 3460/15 3466/14 3466/19
3472/23 3474/13 3481/1 3495/24 3496/2
3496/2 3506/7 3513/6 3520/23 3521/2
3521/25 3529/17 3532/4 3536/18 3544/5
3552/18 3552/21 3553/1 3555/20 3557/7
DOESN'T [9]  3410/22 3420/16 3441/6
3443/25 3443/25 3449/11 3457/8
3469/19 3501/3
DOING [10]  3413/4 3417/1 3417/19
3421/17 3422/3 3422/19 3425/10
3437/19 3456/8 3460/13
DOLLARS [4]  3439/10 3468/7 3499/8
3557/13
DOMENGEAUX [1]  3407/5
DON'T [67]  3411/21 3412/13 3420/21
3422/18 3423/2 3424/3 3424/10 3428/7
3428/16 3429/2 3431/18 3431/21
3432/22 3434/1 3435/14 3435/17
3435/19 3438/22 3443/11 3443/21
3445/1 3450/7 3450/13 3453/4 3453/8
3453/16 3453/25 3454/7 3454/15
3454/18 3454/21 3460/9 3460/10
3460/21 3477/23 3482/8 3482/11 3504/4
3504/5 3504/6 3504/17 3505/7 3506/11
3507/9 3507/17 3508/6 3509/5 3516/9
3517/5 3520/15 3521/6 3522/14 3524/17
3525/2 3529/13 3536/22 3537/9 3537/11
3537/13 3538/6 3544/25 3548/12
3548/16 3548/17 3551/13 3554/2 3559/3
DONE [17]  3428/7 3431/4 3433/6 3437/6
3437/13 3438/6 3439/13 3443/11
3443/24 3444/11 3460/13 3464/22
3465/24 3472/12 3474/15 3543/10
3558/3
DOUBT [1]  3524/13
DOWN [23]  3418/12 3437/10 3437/19
3458/7 3469/18 3474/12 3500/21
3508/19 3513/21 3514/3 3518/20
3519/16 3520/23 3520/25 3522/10
3523/24 3524/23 3527/5 3531/6 3549/17
3553/17 3553/18 3557/24

**D**

DOYLE [4]  3408/20 3559/9 3559/17 3559/17
DOZEN [1]  3439/6
DOZENS [3]  3494/4 3494/4 3518/15
DR. [2]  3412/3 3423/16
DR. GAGLIANO [1]  3412/3
DR. KEMP'S [1]  3423/16
DRAFT [17]  3439/5 3443/4 3443/8 3443/13 3443/16 3443/25 3444/1 3444/1 3444/2 3444/3 3444/3 3455/1 3455/8 3514/8 3527/17 3527/18 3528/25
DRAFTS [2]  3443/24 3455/1
DRAINAGE [1]  3495/10
DRAW [3]  3434/13 3519/5 3520/12
DRAWING [1]  3519/14
DRAWINGS [1]  3521/18
DRAWN [2]  3519/19 3521/24
DREDGE [9]  3449/7 3515/4 3515/7 3515/25 3516/13 3519/20 3526/16 3530/11 3543/22
DREDGED [24]  3530/5 3530/12 3530/14 3531/8 3531/14 3531/24 3532/25 3533/11 3533/17 3534/6 3535/20 3535/23 3536/1 3536/4 3536/16 3539/19 3538/4 3538/9 3539/7 3543/11 3545/19 3546/25 3547/8 3549/8
DREDGING [48]  3415/13 3416/1 3418/21 3435/12 3440/4 3440/19 3441/4 3441/8 3457/9 3512/14 3517/17 3520/20 3522/23 3523/2 3523/8 3523/15 3523/21 3525/1 3525/6 3525/6 3525/9 3525/10 3525/11 3525/13 3525/16 3525/19 3525/19 3526/4 3526/7 3526/13 3526/16 3526/23 3527/1 3527/3 3527/7 3527/11 3527/13 3529/17 3533/4 3533/8 3533/15 3535/15 3540/16 3543/2 3544/9 3545/7 3552/13 3557/17
DRIED [1]  3488/24
DRIFT [3]  3524/3 3524/4 3524/19
DRIVE [2]  3521/16 3524/3
DRIVERS [1]  3441/20
DRIVING [1]  3532/24
DROP [1]  3520/23
DROPOFF [1]  3522/11
DROPPING [1]  3524/22
DROPS [1]  3524/16
DUDENHEFER [2]  3407/9 3407/9
DUDLEY [1]  3524/16
DUE [9]  3413/24 3413/24 3419/25 3476/22 3477/3 3477/22 3478/16 3486/14 3529/8
DULY [3]  3410/5 3461/22 3509/7
DUMAS [2]  3407/12 3407/12
DUPRE [2]  3483/6 3487/4
DURING [23]  3423/15 3423/23 3427/3 3449/25 3465/23 3467/5 3468/13 3486/14 3491/15 3493/14 3500/5 3515/23 3522/22 3523/7 3523/14 3525/18 3527/22 3528/8 3531/12 3533/9 3534/15 3545/9 3548/21
DUTIES [2]  3464/9 3480/6
DUVAL [1]  3406/11
DX [40]  3468/22 3473/23 3476/1 3477/18 3480/15 3484/13 3485/15 3487/17 3487/22 3488/1 3488/12 3489/17 3489/24 3489/25 3490/8 3490/10 3490/11 3490/13 3490/16 3490/19 3490/22 3492/11 3492/11 3492/12 3492/12 3492/17 3494/3 3494/18 3525/23 3528/15 3531/23 3534/8 3534/25 3535/17 3542/6
3542/6 3542/6 3542/8 3543/23
DX-0505R [1]  3488/25
DX-0517 [2]  3473/23 3477/18
DX-0818 [1]  3490/16
DX-0846 [1]  3489/24
DX-0854 [2]  3488/12 3489/17
DX-0856 [1]  3489/25
DX-0857 [2]  3492/11 3492/17
DX-0858 [1]  3492/12
DX-0871 [1]  3490/19
DX-0874 [1]  3487/22
DX-0875 [1]  3488/1
DX-0877 [2]  3487/17 3490/22
DX-0885 [1]  3490/8
DX-0886 [1]  3492/12
DX-0887 [1]  3490/10
DX-0888 [1]  3492/12
DX-0905 [1]  3492/11
DX-1064 [1]  3484/13
DX-1064R [1]  3480/15
DX-127 [2]  3542/6 3542/8
DX-1416 [2]  3542/6 3542/6
DX-1488 [1]  3525/23
DX-1592 [1]  3531/23
DX-18 [1]  3534/8
DX-392 [2]  3534/25 3535/17
DX-515R [2]  3494/3 3494/18
DX-517 [1]  3476/1
DX-8076 [1]  3485/15
DX-813 [1]  3528/15
DX-883 [1]  3543/23
DX-885 [1]  3490/11
DX-887 [1]  3490/13

**E**

E-D-M-O-N-D [1]  3509/11
E-R-D-C [1]  3510/25
EA [3]  3436/12 3437/11 3437/19
EACH [11]  3420/14 3450/22 3450/23 3469/14 3469/19 3475/21 3475/21 3501/10 3502/25 3503/10 3513/10
EARLIER [6]  3419/10 3425/9 3451/5 3516/10 3533/8 3556/20
EARLY [8]  3428/6 3429/18 3443/25 3463/6 3484/19 3484/24 3491/2 3519/1
EARNED [1]  3461/16
EARTHLY [1]  3472/19
EASEMENTS [1]  3449/6
EASIER [1]  3445/7
EAST [7]  3408/4 3418/18 3478/11 3487/19 3493/23 3494/1 3496/10
EASTERN [2]  3406/2 3559/10
EBERSOLE [1]  3503/1
ECHOS [1]  3419/1
ECONOMIC [7]  3439/3 3448/2 3448/5 3487/13 3498/15 3498/23 3525/20
ECONOMICAL [1]  3525/22
ECONOMICALLY [1]  3450/2
ECONOMICS [1]  3550/11
ECONOMY [2]  3476/24 3491/21
ECOSYSTEM [5]  3426/25 3432/10 3432/14 3432/15 3433/5
EDMOND [3]  3508/25 3509/7 3509/11
EDUCATE [1]  3430/6
EDUCATED [1]  3461/15
EDUCATION [1]  3484/15
EDWARDS,LLC [1]  3407/5
EFFECT [2]  3415/10 3534/11
EFFECTS [5]  3435/12 3449/15 3449/16 3539/14 3547/24
EFFORT [1]  3484/17
EFFORTS [2]  3493/15 3538/24
EHRLICH [2]  3408/11 3461/4
EIS [10]  3435/7 3435/7 3436/8 3436/12 3436/21 3437/20 3438/3 3438/5 3438/10
EITHER [9]  3435/9 3435/11 3436/21 3438/6 3483/23 3513/11 3530/9 3549/19 3554/2
EL [1]  3408/11
EL-AMIN [1]  3408/11
ELABORATE [1]  3432/5
ELECTED [4]  3488/8 3541/7 3545/15 3548/25
ELEVATION [1]  3487/7
ELISA [1]  3408/3
ELMO [1]  3422/9
ELSE [6]  3418/12 3450/18 3454/15 3457/22 3457/24 3507/15
ELWOOD [2]  3407/22 3407/23
EMERGENT [1]  3555/19
EMPHASIS [1]  3538/15
EMPLOYED [3]  3447/19 3462/16 3462/17
ENCLOSURE [3]  3486/13 3486/17 3486/18
END [7]  3437/18 3446/16 3456/7 3476/11 3481/7 3490/24 3494/2
ENDED [1]  3413/18
ENDORSED [1]  3442/21
ENDS [1]  3486/5
ENERGY [2]  3414/13 3414/13
ENFORCE [1]  3459/10
ENGAGE [1]  3484/14
ENGINEER [2]  3428/24 3510/23
ENGINEERING [13]  3461/16 3467/20 3470/2 3510/7 3510/11 3510/13 3510/9 3510/22 3511/5 3511/7 3511/13 3525/24 3531/20
ENGINEERS [31]  3412/4 3422/9 3423/7 3427/21 3427/25 3428/2 3429/13 3430/20 3432/9 3432/12 3443/8 3445/10 3447/15 3448/24 3452/8 3461/18 3462/21 3466/11 3468/16 3488/20 3491/1 3493/2 3505/1 3511/9 3511/11 3512/2 3512/13 3525/24 3526/3 3526/6 3544/2
ENJOYED [1]  3461/20
ENLARGEMENT [3]  3431/17 3493/22 3493/23
ENLARGEMENTS [2]  3487/3 3487/5
ENOUGH [6]  3436/22 3443/12 3504/7 3505/20 3506/25 3507/24
ENSURE [5]  3477/8 3498/1 3511/22 3544/11 3545/9
ENTER [1]  3494/16
ENTERED [4]  3476/9 3494/9 3505/2 3505/11
ENTERING [3]  3457/12 3478/21 3494/12
ENTIRE [6]  3425/19 3461/19 3472/18 3489/17 3522/17 3539/24
ENTITIES [1]  3483/21
ENTITLED [2]  3545/2 3559/14
ENTRANCE [1]  3513/1
ENTRY [5]  3470/17 3474/13 3546/20 3546/21 3546/24
ENVIRONMENT [9]  3414/18 3434/10 3435/13 3437/24 3441/7 3441/13 3441/14 3444/14 3449/16
ENVIRONMENTAL [21]  3411/10 3434/11 3435/11 3436/1 3436/2 3436/6 3437/11 3437/13 3438/5 3447/15 3448/7 3448/10 3471/2 3487/14 3518/2 3532/5 3532/6 3532/8 3532/10 3532/13 3532/16
ENVIRONMENTALLY [1]  3531/20

**E**

ENVIRONMENTS [1] 3411/10
ENVISIONED [1] 3425/10
EPA [1] 3499/24
EQUIPMENT [1] 3525/11
EQUIVALENT [1] 3482/9
ER [1] 3525/25
ER 1130-2-520 [1] 3525/25
ERDC [5] 3439/25 3440/1 3510/25 3511/10 3511/13
ERGO [1] 3499/24
ERODED [1] 3416/13
ERODIBLE [3] 3415/12 3415/21 3415/24
ERODING [1] 3416/20
EROSION [37] 3410/15 3412/15 3412/18 3413/21 3418/10 3418/17 3419/25 3422/2 3422/3 3422/19 3429/24 3432/2 3432/11 3432/15 3433/3 3433/13 3435/15 3437/5 3445/22 3450/18 3457/11 3539/18 3539/21 3539/23 3539/25 3540/13 3545/18 3551/5 3551/6 3551/20 3551/22 3552/4 3552/5 3552/7 3552/10 3553/9 3555/5
ERROR [1] 3554/19
ESQ [31] 3406/15 3406/18 3406/19 3406/22 3406/22 3407/3 3407/6 3407/9 3407/12 3407/16 3407/19 3407/20 3407/23 3408/3 3408/3 3408/6 3408/6 3408/10 3408/11 3408/11 3408/12 3408/12 3408/13 3408/13 3408/14 3408/14 3408/15 3408/15 3408/16 3408/16 3408/17
ESSENCE [2] 3432/4 3555/23
ESSENTIALLY [1] 3530/11
ESTABLISH [4] 3423/17 3441/6 3448/13 3455/2
ESTABLISHED [3] 3410/11 3454/12 3473/9
ESTIMATE [4] 3420/17 3456/10 3502/21 3502/22
ESTIMATED [2] 3420/11 3457/8
ESTIMATES [1] 3545/21
ET [2] 3406/5 3406/7
ETC [1] 3526/18
EUPHEMISM [1] 3536/23
EUREKA [1] 3496/7
EVALUATED [1] 3417/8
EVALUATING [1] 3436/1
EVALUATION [4] 3441/16 3443/1 3443/9 3511/8
EVEN [12] 3416/12 3433/6 3446/2 3458/22 3458/22 3466/22 3470/6 3502/5 3525/6 3529/13 3554/15 3556/6
EVENING [1] 3559/6
EVENT [2] 3483/7 3487/11
EVER [24] 3411/1 3412/13 3445/10 3484/8 3490/5 3504/15 3506/14 3512/18 3516/18 3516/25 3518/16 3523/1 3528/11 3531/13 3532/17 3534/14 3543/4 3546/1 3546/7 3546/21 3549/3 3549/10 3549/23 3550/15
EVERY [2] 3492/5 3517/10
EVERYBODY [4] 3460/23 3500/25 3503/2 3504/3
EVERYONE [2] 3436/22 3504/16
EVERYWHERE [1] 3450/18
EVIDENCE [13] 3419/20 3423/13 3444/19 3444/22 3447/4 3453/7 3453/25 3454/5 3490/2 3492/13 3503/4 3508/6 3548/11
EVIDENT [1] 3537/13
EXACT [2] 3502/2 3502/3

EXACTLY [5] 3426/9 3436/20 3454/7 3457/6 3489/6
EXAMINATION [12] 3410/7 3418/14 3423/16 3423/23 3453/15 3458/21 3462/3 3473/3 3501/12 3504/20 3509/19 3543/15
EXAMINE [1] 3552/11
EXAMINED [1] 3518/11
EXAMPLE [7] 3426/3 3468/3 3469/10 3479/14 3481/17 3528/6 3541/9
EXCAVATE [1] 3525/12
EXCAVATION [1] 3530/7
EXCEPT [1] 3445/22
EXCEPTION [1] 3461/21
EXCESS [2] 3526/19 3543/18
EXCISED [1] 3452/18
EXCLUDED [1] 3499/12
EXCLUDING [1] 3444/24
EXCUSE [2] 3530/18 3537/4
EXECUTIVE [1] 3479/25
EXERCISE [1] 3491/25
EXHIBIT [16] 3422/23 3423/13 3429/9 3451/2 3451/18 3452/1 3453/21 3454/15 3456/2 3456/20 3468/22 3474/3 3484/13 3525/23 3553/22 3554/4
EXHIBIT 2082 [1] 3429/9
EXHIBIT 2179 [1] 3452/1
EXHIBITS [3] 3489/24 3492/8 3548/16
EXIST [2] 3482/1 3505/8
EXISTED [4] 3508/15 3520/20 3539/17 3539/20
EXISTENCE [2] 3549/24 3550/5
EXISTING [5] 3441/18 3445/22 3476/21 3498/1 3549/18
EXNICIOS [1] 3435/2
EXPANSE [2] 3524/22 3524/25
EXPECT [3] 3416/8 3426/10 3480/8
EXPECT/REQUIRE [1] 3426/10
EXPECTED [2] 3410/22 3465/6
EXPECTING [1] 3415/16
EXPEND [1] 3467/14
EXPENDED [1] 3477/5
EXPENDITURE [1] 3507/25
EXPENSE [1] 3448/22
EXPENSIVE [1] 3437/9
EXPERIENCE [1] 3520/4
EXPERIENCED [1] 3468/1
EXPERIENCING [1] 3551/22
EXPERIMENT [1] 3439/22
EXPERIMENTAL [1] 3440/18
EXPERT [5] 3509/6 3519/7 3519/8 3520/3 3552/2
EXPERTS [3] 3440/2 3501/14 3503/17
EXPLAIN [22] 3431/18 3431/22 3436/12 3437/1 3467/11 3472/5 3472/11 3474/4 3482/21 3503/8 3524/11 3529/19 3529/6 3529/24 3530/5 3531/16 3534/1 3535/18 3541/16 3542/20 3545/23 3555/2
EXPLAINED [2] 3431/20 3431/21
EXPLAINING [2] 3528/20 3544/3
EXPLAINS [1] 3489/5
EXPLANATION [7] 3416/5 3416/11 3432/3 3436/16 3436/17 3460/4 3529/9
EXPLICIT [1] 3518/5
EXPLORE [1] 3417/6
EXPOSED [3] 3412/25 3418/22 3418/25
EXPRESS [1] 3549/7
EXPRESSED [1] 3489/10
EXTENDED [3] 3465/11 3465/12 3465/13
EXTENSIVE [1] 3445/15
EXTENT [7] 3413/14 3414/3 3419/14 3464/12 3473/2 3519/7 3540/14

EXTRA [1] 3501/25
EXTRAORDINARY [1] 3550/13
EXTREME [2] 3533/5 3533/15
EXTREMELY [2] 3492/24 3498/20

**F**

FACILITIES [1] 3442/19
FACT [32] 3413/6 3415/20 3420/21 3421/23 3422/18 3423/22 3426/15 3427/19 3428/24 3429/5 3429/15 3430/23 3431/4 3431/14 3433/3 3440/22 3444/4 3444/12 3446/1 3446/23 3448/18 3448/21 3448/23 3449/19 3449/20 3449/23 3465/17 3507/11 3507/16 3520/16 3521/12 3554/18
FACTOR [1] 3533/2
FACTS [2] 3444/19 3444/22
FAIL [1] 3444/15
FAILURE [8] 3476/22 3477/6 3494/23 3495/1 3496/13 3499/23 3500/1 3517/5
FAIR [8] 3416/17 3453/17 3455/8 3501/7 3504/7 3505/20 3506/25 3507/24
FAIRLY [1] 3501/16
FAIRNESS [3] 3455/14 3459/24 3501/5
FALLS [1] 3425/19
FAMILIAR [15] 3411/22 3411/23 3411/24 3412/2 3412/10 3412/20 3423/18 3442/16 3443/10 3443/17 3454/22 3505/3 3524/15 3541/10 3541/13
FAR [10] 3432/15 3456/9 3477/6 3479/16 3520/16 3532/19 3533/4 3533/14 3543/17 3552/21
FASHION [1] 3532/24
FAYARD [2] 3407/16 3407/16
FCRR [3] 3408/20 3559/9 3559/17
FDR [1] 3470/25
FEASIBILITY [13] 3424/17 3426/8 3426/13 3426/21 3427/4 3427/6 3435/9 3437/4 3438/15 3438/19 3440/12 3456/10 3497/9
FEASIBLE [4] 3440/11 3440/15 3450/3 3498/23
FEATURE [1] 3537/12
FEBRUARY [1] 3462/19
FEDERAL [38] 3425/12 3425/22 3426/18 3447/21 3447/23 3447/24 3448/1 3448/4 3448/19 3448/20 3448/25 3449/3 3477/5 3488/9 3489/9 3500/13 3514/16 3517/21 3531/16 3531/18 3531/19 3531/25 3532/3 3533/6 3534/5 3540/17 3540/24 3541/8 3541/14 3541/17 3542/2 3542/7 3542/8 3543/16 3543/18 3545/16 3545/24 3549/1
FEET [31] 3413/22 3419/14 3420/3 3420/4 3431/17 3450/7 3450/11 3450/20 3450/23 3451/5 3451/5 3451/5 3451/10 3451/10 3451/10 3451/13 3451/13 3451/14 3452/25 3457/8 3487/7 3508/8 3515/5 3519/16 3520/21 3521/1 3521/3 3521/24 3521/25 3522/1 3526/16
FELT [1] 3446/3
FEW [3] 3449/21 3552/25 3554/20
FIELD [4] 3501/22 3503/20 3511/7 3545/12
FILE [1] 3434/9
FILMORE [1] 3493/17
FINAL [2] 3444/4 3454/25
FINALLY [2] 3442/6 3451/13
FINANCIAL [1] 3529/8
FIND [12] 3424/19 3426/7 3427/5 3446/14 3451/3 3456/12 3457/13 3479/6 3537/16 3538/13 3540/15 3558/7

**F**

FINDINGS [1] 3429/5
FINE [3] 3410/17 3411/25 3436/18
FINES [1] 3499/24
FIRM [4] 3406/21 3407/9 3407/12 3408/2
FIRST [29] 3415/4 3417/6 3418/9 3421/16 3421/18 3426/12 3435/1 3441/9 3441/9 3470/1 3470/25 3476/1 3476/5 3477/20 3479/3 3485/24 3488/17 3490/24 3492/19 3493/11 3494/17 3499/17 3499/19 3502/23 3504/13 3504/18 3545/12 3547/9 3548/4
FISCAL [30] 3465/23 3467/17 3468/24 3471/5 3471/25 3472/1 3474/2 3476/4 3476/19 3477/12 3477/17 3477/19 3477/24 3478/8 3478/15 3478/17 3480/12 3481/2 3481/22 3482/3 3484/14 3484/15 3484/22 3485/2 3488/4 3492/4 3493/2 3493/14 3499/3 3500/5
FISCAL YEAR [1] 3471/25
FISHERS [2] 3527/20 3527/20
FISHING [1] 3524/16
FIT [1] 3459/9
FIVE [10] 3442/6 3500/25 3501/10 3501/20 3501/21 3501/25 3503/2 3503/11 3504/3 3504/15
FIVE-AND-A-HALF [1] 3442/6
FIVE-MINUTE [1] 3504/15
FLIP [1] 3456/14
FLOOD [19] 3432/13 3463/3 3464/25 3465/1 3468/23 3470/24 3471/3 3471/10 3471/12 3477/3 3478/11 3483/5 3487/10 3493/16 3493/17 3494/5 3497/23 3498/15 3498/23
FLOOD-PROOF [2] 3465/1 3478/11
FLOOD-PROOFING [1] 3493/16
FLOODGATES [1] 3483/6
FLOODING [3] 3439/10 3494/23 3497/11
FLORIDA [1] 3407/17
FLOW [1] 3418/20
FOCUS [1] 3418/12
FOCUSED [2] 3538/20 3538/24
FOLKS [2] 3440/2 3504/24
FOLLOW [4] 3446/9 3484/20 3526/7 3542/13
FOLLOWING [3] 3418/19 3477/24 3506/19
FOLLOWS [3] 3410/6 3461/23 3509/8
FOOT [6] 3481/17 3481/17 3483/13 3483/17 3515/8 3531/1
FOOTNOTE [2] 3495/17 3495/20
FORCE [2] 3442/24 3512/9
FORCES [1] 3413/24
FOREGOING [1] 3559/11
FOREIGN [1] 3507/22
FORESHORE [52] 3421/17 3421/24 3422/1 3425/7 3426/5 3427/11 3427/20 3427/22 3427/25 3428/4 3428/13 3428/25 3429/19 3430/9 3430/13 3430/21 3431/3 3431/15 3431/16 3433/19 3434/13 3434/14 3441/18 3442/7 3444/24 3445/23 3450/4 3450/14 3450/14 3506/21 3549/19 3551/2 3552/22 3553/4 3553/7 3553/20 3554/25 3555/10 3555/13 3555/15 3556/9 3556/13 3556/22 3556/23 3557/5 3557/7 3557/11 3557/14 3557/16 3557/22 3558/9 3558/14
FORESHORING [1] 3421/23
FORM [4] 3443/4 3472/16 3473/5

3547/14
FORMATION [1] 3475/13
FORMATS [1] 3468/19
FORMS [1] 3524/24
FORTH [1] 3541/19
FORTUNATE [3] 3468/8 3468/10 3468/12
FORWARD [2] 3426/11 3431/15
FORWARDED [1] 3466/6
FOUND [2] 3451/4 3454/3
FOUNDATION [6] 3423/9 3423/25 3517/5 3517/7 3529/14 3547/16
FOUR [6] 3459/4 3470/1 3474/1 3477/18 3483/23 3501/14
FOURTH [4] 3436/23 3470/5 3470/14 3486/22
FRANK [2] 3407/9 3454/8
FRANKLIN [1] 3408/17
FRANKLY [1] 3500/22
FREE [1] 3449/8
FREQUENT [1] 3525/19
FRESHWATER [1] 3463/17
FRIDAY [1] 3502/3
FRIGHTENINGLY [1] 3508/20
FRONT [4] 3443/15 3446/24 3553/2 3553/5
FRONTING [4] 3493/18 3493/21 3553/4 3556/24
FULL [9] 3461/24 3467/9 3469/12 3491/24 3493/11 3509/9 3515/25 3516/14 3517/16
FULLY [3] 3427/9 3465/19 3467/14
FUNCTION [2] 3461/21 3558/16
FUNCTIONING [1] 3498/1
FUND [6] 3469/17 3469/17 3472/23 3479/20 3485/8 3497/19
FUNDAMENTAL [3] 3455/13 3459/24 3501/4
FUNDED [23] 3425/22 3427/11 3446/6 3448/20 3465/19 3467/2 3467/7 3467/9 3467/14 3467/14 3467/23 3470/8 3471/5 3475/24 3475/25 3477/20 3478/8 3478/14 3482/3 3497/20 3499/15 3499/16 3500/11
FUNDING [67] 3466/10 3468/1 3468/2 3468/5 3469/11 3469/23 3470/2 3471/9 3472/9 3476/14 3476/16 3477/19 3477/22 3477/25 3478/1 3478/16 3479/5 3479/10 3480/4 3480/8 3480/10 3480/11 3480/19 3480/24 3480/24 3481/8 3484/3 3484/9 3486/3 3486/4 3486/15 3486/15 3487/15 3487/20 3488/4 3488/15 3488/24 3491/4 3491/15 3491/16 3491/18 3491/22 3491/23 3492/1 3493/15 3493/20 3495/13 3496/19 3497/14 3499/5 3500/4 3500/7 3500/12 3500/13 3514/14 3515/25 3516/14 3516/18 3516/21 3516/22 3516/25 3517/22 3529/9 3530/1 3533/18 3533/21 3558/16
FUNDINGS [1] 3475/1
FUNDS [24] 3441/19 3441/23 3441/25 3442/8 3442/10 3446/7 3465/14 3465/15 3466/12 3466/21 3466/22 3467/1 3467/8 3477/23 3478/3 3478/4 3478/5 3480/2 3481/3 3481/21 3485/22 3489/1 3499/11 3514/19
FURTHER [4] 3451/17 3458/5 3500/16 3508/16
FUTURE [3] 3460/3 3465/15 3493/8
FY [9] 3486/4 3486/5 3486/14 3486/24 3487/15 3489/9 3491/3 3491/6 3491/11
FY 2004 [1] 3486/5

**G**

GAGLIANO [6] 3411/4 3411/14 3411/18 3412/3 3412/20
GAP [2] 3475/1 3537/14
GAPS [2] 3474/21 3475/2
GATHERED [1] 3469/7
GATHERING [1] 3472/11
GATHERS [1] 3472/8
GAUTREAUX [1] 3487/23
GAVE [10] 3423/3 3428/5 3432/3 3444/5 3476/3 3501/10 3502/25 3503/1 3504/3 3504/23
GDM [2] 3425/11 3426/15
GEARS [1] 3530/4
GENERAL [10] 3443/8 3468/4 3496/1 3500/23 3511/18 3529/11 3529/12 3529/18 3544/18 3551/10
GENERALLY [16] 3437/13 3448/1 3464/3 3464/8 3467/19 3467/23 3467/25 3469/25 3475/22 3475/23 3479/7 3530/23 3532/25 3538/8 3538/15 3553/8
GENERATED [2] 3413/25 3477/4
GEOGRAPHIC [1] 3465/3
GEOGRAPHY [1] 3513/2
GET [20] 3415/23 3437/9 3438/9 3441/25 3465/15 3468/11 3468/12 3477/23 3484/8 3497/20 3500/23 3501/15 3502/13 3508/2 3517/6 3521/14 3537/8 3551/8 3551/14 3551/15
GETS [2] 3469/6 3521/14
GETTING [6] 3431/16 3432/8 3468/2 3519/7 3552/1 3557/24
GILBERT [2] 3408/2 3408/3
GIVE [14] 3422/22 3429/4 3457/24 3458/16 3467/16 3468/3 3486/2 3492/20 3500/24 3502/2 3508/10 3514/1 3522/2 3529/12
GIVEN [33] 3449/23 3453/11 3453/12 3454/17 3455/9 3456/25 3458/24 3459/21 3460/5 3460/6 3465/23 3467/17 3468/8 3468/19 3470/8 3475/4 3500/24 3508/1 3520/15 3521/16 3554/5 3554/6 3554/7
GIVES [1] 3458/20
GIVING [5] 3416/11 3459/17 3519/10 3524/14 3525/4
GIWW [2] 3483/15 3494/1
GO [47] 3410/11 3410/21 3412/24 3414/15 3414/15 3415/4 3416/21 3418/8 3420/15 3420/16 3421/14 3423/4 3429/9 3431/14 3434/8 3436/9 3439/7 3439/18 3439/19 3440/7 3443/7 3444/12 3446/24 3447/12 3451/9 3452/17 3455/19 3460/19 3462/11 3465/22 3466/7 3469/5 3472/22 3472/23 3473/5 3485/19 3502/19 3509/18 3519/14 3519/23 3520/17 3528/7 3537/18 3538/14 3545/12 3545/20 3555/20
GOAL [1] 3514/24
GOES [6] 3473/3 3473/6 3473/18 3510/25 3513/23 3555/10
GOING [59] 3410/11 3411/22 3415/21 3416/4 3416/11 3416/13 3418/10 3422/19 3423/19 3424/17 3426/15 3429/6 3433/23 3435/22 3436/17 3436/22 3438/9 3445/25 3446/24 3447/13 3453/9 3454/11 3455/25 3456/1 3458/17 3459/15 3468/22 3469/5 3472/21 3474/3 3479/4 3479/20 3481/4 3490/1 3494/3 3497/21 3501/17 3501/18 3501/21 3503/5 3503/23 3508/9 3511/18 3513/3 3517/4 3517/8 3520/14 3521/4

## G

GOING... [11] 3522/2 3525/23 3526/10
3527/6 3528/15 3529/18 3534/25
3536/12 3536/25 3537/2 3543/23
GONE [2] 3415/14 3436/22
GOOD [11] 3410/9 3410/10 3434/21
3440/13 3454/9 3469/6 3474/14 3502/5
3502/6 3504/10 3509/16
GORGE [2] 3447/2 3447/16
GOT [22] 3421/16 3435/4 3435/17
3436/15 3447/4 3454/18 3457/3 3458/11
3458/15 3459/24 3462/12 3462/14
3463/21 3468/8 3484/11 3501/7 3501/16
3501/22 3502/5 3529/21 3554/17
3557/18
GOVERNMENT [19] 3407/13 3449/3
3459/22 3460/12 3460/15 3461/12
3483/20 3501/4 3501/11 3501/25 3502/1
3502/2 3502/3 3503/3 3503/9 3514/16
3541/17 3546/1 3547/3
GOVERNMENTS [1] 3547/3
GRADE [2] 3457/13 3525/17
GRADUATE [1] 3510/4
GREAT [2] 3526/17 3539/12
GREATER [1] 3532/19
GREATEST [1] 3538/24
GREEN [8] 3482/10 3483/2 3538/16
3553/1 3553/2 3553/14 3553/15 3556/16
GREIF [1] 3408/12
GROUP [7] 3408/7 3511/6 3540/12
3541/1 3550/16 3550/22 3550/25
GROUPS [3] 3436/1 3484/5 3484/6
GUESS [4] 3411/21 3423/17 3454/20
3525/6
GUESSING [3] 3502/1 3502/8 3502/9
GUISE [1] 3541/20
GULF [2] 3493/24 3511/15
GUNN [5] 3447/6 3447/8 3447/12
3548/1 3548/14

## H

HABITAT [1] 3418/23
HAD [74] 3418/9 3422/2 3425/7 3426/19
3427/1 3427/3 3427/4 3428/3 3428/7
3429/18 3433/22 3433/22 3433/24
3436/22 3439/6 3439/19 3440/7 3440/9
3440/10 3440/17 3440/22 3446/23
3449/20 3451/23 3451/24 3452/14
3453/17 3455/16 3456/2 3456/8 3464/21
3465/10 3465/11 3465/14 3467/15
3468/4 3468/7 3471/16 3478/18 3479/15
3480/13 3483/2 3484/9 3485/13 3488/15
3502/4 3502/9 3502/23 3503/11 3503/11
3503/13 3504/18 3505/1 3506/12
3506/12 3507/11 3507/16 3514/12
3515/1 3517/16 3518/16 3528/23
3538/23 3539/12 3540/5 3541/20
3541/25 3545/23 3547/24 3548/14
3549/15 3549/21 3554/10 3557/19
HADN'T [1] 3458/24
HALF [4] 3439/6 3442/6 3458/13
3502/21
HAMMOND [1] 3493/16
HAND [1] 3452/21
HANDING [1] 3464/14
HANDLED [1] 3464/12
HAPPEN [9] 3413/13 3413/14 3414/1
3414/6 3418/20 3426/16 3426/17
3529/23 3534/21
HAPPENED [9] 3413/12 3413/16
3413/24 3414/2 3460/8 3477/21 3517/18
3543/20 3548/12

HAPPENS [3] 3475/22 3529/13 3546/24
HARD [1] 3479/24
HARDEN [2] 3553/7 3558/10
3553/19 3556/8
HAS [43] 3420/1 3433/6 3434/22
3435/20 3444/14 3444/19 3447/19
3450/8 3455/24 3456/17 3457/6 3457/14
3461/17 3466/22 3467/2 3469/14
3474/25 3476/21 3481/18 3488/24
3488/25 3491/17 3493/3 3493/6 3495/11
3497/15 3497/20 3501/4 3501/25 3502/2
3506/15 3507/11 3507/24 3519/8 3520/2
3520/10 3520/10 3520/11 3520/13
3543/4 3548/3 3548/13 3558/6
HASN'T [3] 3424/3 3455/16 3459/5
HATE [2] 3519/25 3558/22
HAVE [205]
HAVEN'T [6] 3432/20 3432/21 3458/22
3460/13 3502/2 3554/10
HAVING [4] 3410/5 3414/17 3461/22
3509/7
HB [1] 3408/20
HB-406 [1] 3408/20
HE [71] 3415/2 3424/5 3428/5 3428/14
3430/2 3430/18 3431/15 3431/16
3435/16 3447/10 3447/11 3454/21
3455/23 3456/17 3457/20 3459/1 3459/5
3459/6 3459/16 3461/11 3461/15
3461/17 3472/21 3479/7 3479/10 3488/7
3488/7 3488/11 3490/7 3496/5 3505/7
3517/5 3519/6 3519/7 3519/8 3519/8
3519/10 3520/2 3520/10 3520/10
3520/11 3520/13 3524/10 3524/11
3524/14 3525/4 3529/12 3529/13
3529/15 3529/17 3529/17 3529/20
3529/21 3544/15 3544/22 3544/25
3545/2 3545/4 3545/5 3547/17 3548/2
3548/3 3548/8 3548/12 3548/13 3548/14
3552/5 3556/19 3558/2 3558/2 3558/3
HE'S [9] 3411/22 3411/23 3444/24
3447/10 3455/7 3459/4 3460/2 3472/6
3521/4
HEAD [3] 3442/21 3513/19 3531/5
HEADQUARTERS [13] 3422/8 3422/10
3423/7 3425/16 3429/12 3466/8 3472/8
3475/4 3475/22 3476/3 3476/15 3477/14
3499/2
HEADQUARTERS' [1] 3475/18
HEAR [1] 3525/6
HEARD [7] 3411/15 3428/3 3443/19
3484/9 3504/15 3520/17 3524/8
HEARSAY [7] 3505/6 3505/13 3506/2
3548/9 3548/11 3548/13 3548/19
HEIGHT [1] 3483/11
HELD [7] 3431/16 3437/4 3459/8
3462/23 3462/24 3548/4 3548/7
HELP [6] 3449/3 3475/1 3497/18
3533/19 3547/2 3550/2
HELPED [1] 3456/7
HELPING [1] 3454/23
HELPING THE [1] 3454/23
HERE [32] 3411/6 3413/15 3413/20
3414/3 3416/10 3417/4 3423/4 3430/7
3432/8 3451/2 3451/9 3453/15 3453/20
3454/18 3458/11 3462/11 3476/1
3479/18 3492/10 3496/4 3505/1 3513/14
3514/5 3519/7 3520/21 3520/25 3522/7
3523/25 3531/6 3553/6 3553/1 3553/18 3556/10
HEREBY [1] 3559/11
HIGH [5] 3483/7 3497/4 3497/16
3509/25 3510/1
HIGHER [4] 3418/25 3474/19 3517/19
3523/25
HIGHEST [1] 3461/10

HIGHLIGHT [3] 3411/16 3452/11
HIGHLIGHTED [1] 3486/12
HIGHWAY [1] 3493/16
HIM [21] 3423/19 3436/14 3436/17
3436/20 3454/6 3454/19 3455/7 3456/16
3456/17 3456/23 3456/24 3457/21
3459/5 3459/6 3488/6 3520/12 3524/11
3524/15 3547/23 3548/14 3552/2
HIMSELF [1] 3428/5
HIS [19] 3459/15 3459/16 3461/19
3461/19 3479/6 3479/11 3503/24
3505/18 3520/8 3520/12 3521/13
3521/21 3522/13 3525/5 3537/25 3545/3
3547/23 3551/11 3552/2
HISTORIC [1] 3422/2
HISTORICAL [5] 3523/1 3523/4 3523/11
3523/18 3550/19
HISTORY [2] 3535/12 3535/19
HOLD [5] 3449/7 3463/20 3521/4 3547/9
3548/22
HOMELAND [1] 3491/19
HOMES [1] 3545/14
HONEYCUTT [1] 3407/16
HONOR [75] 3410/21 3411/4 3411/7
3411/17 3411/25 3421/13 3422/5
3423/11 3423/14 3423/21 3423/25
3424/7 3429/3 3429/21 3432/25 3436/14
3444/18 3447/4 3451/16 3452/2 3453/6
3453/10 3453/21 3454/4 3454/15 3455/6
3455/12 3455/20 3456/3 3457/20
3458/10 3458/25 3459/10 3459/12
3471/20 3471/24 3472/2 3472/7 3472/10
3472/15 3492/8 3492/14 3496/19
3500/16 3502/11 3503/16 3503/24
3504/12 3505/5 3505/14 3505/21
3505/25 3508/18 3509/4 3509/13 3517/4
3519/6 3519/12 3520/5 3521/22 3522/5
3524/7 3531/22 3534/7 3536/21 3537/11
3537/21 3542/5 3544/14 3544/25
3547/13 3548/17 3554/16 3557/24
3558/5 3558/18
HONORABLE [1] 3406/11
HOPE [1] 3406/16
HOPEFULLY [1] 3501/7
HOPING [1] 3465/15
HOSTAGE [1] 3431/16
HOSTILITY [2] 3422/2 3429/19
HOURS [23] 3453/13 3453/14 3453/20
3454/13 3454/16 3456/1 3456/2 3459/4
3500/25 3501/10 3501/11 3501/25
3502/4 3502/5 3502/7 3502/22 3503/2
3503/21 3503/23 3503/25 3504/6
3504/11 3504/18
HOUSE [2] 3491/10 3491/14
HOW [68] 3420/10 3426/24 3437/6
3437/7 3441/21 3450/7 3451/23 3454/7
3457/11 3459/24 3462/9 3462/18 3463/5
3463/20 3465/19 3469/7 3469/24 3472/3
3472/8 3472/9 3472/19 3473/24 3474/13
3480/21 3485/5 3485/8 3486/11 3488/10
3496/2 3499/2 3499/9 3501/24 3503/18
3504/11 3504/24 3505/7 3509/23
3514/1 3515/14 3517/10 3518/14
3519/23 3521/2 3521/6 3521/24 3522/7
3525/2 3527/22 3528/7 3531/8 3533/10
3534/18 3535/22 3535/25 3536/3 3539/6
3541/13 3542/16 3542/20 3547/17
3547/19 3548/7 3548/12 3548/21
3549/13 3550/18 3557/7 3557/11
HOWEVER [1] 3503/19
HQ [2] 3475/17 3499/1
HUEY [6] 3488/2 3488/5 3488/13

Case 2:05-cv-04182-SRD-JCW   Document 19847   Filed 05/22/09   Page 168 of 183

HUEY... [3]  3488/15 3490/5 3492/9
HUMAN [3]  3435/13 3437/24 3449/16
3479/17
HUNDREDS [4]  3420/3 3439/9 3458/15
3479/17
HUNK [2]  3502/5 3502/6
HURRICANE [36]  3413/1 3414/8 3418/5
3418/23 3421/4 3431/6 3432/12 3448/23
3449/25 3461/7 3461/8 3463/3 3463/9
3463/14 3464/1 3464/17 3465/5 3465/7
3470/18 3472/25 3476/23 3486/4
3488/19 3489/5 3492/2 3492/23 3493/5
3493/9 3498/8 3498/9 3498/21 3498/22
3500/4 3507/1 3550/13 3558/15
HURRICANES [2]  3419/3 3477/9
HYDRAULICS [1]  3510/23

I

I'D [9]  3413/20 3415/4 3422/5 3431/18
3436/12 3443/21 3458/2 3492/11 3558/4
I'LL [11]  3424/4 3424/6 3429/4 3441/9
3445/3 3453/21 3454/14 3460/16 3472/5
3486/10 3503/8
I'M [78]  3410/11 3411/14 3412/7
3422/12 3423/19 3423/21 3424/2 3429/6
3431/12 3432/4 3432/10 3433/2 3435/21
3435/22 3436/17 3443/6 3445/10
3445/17 3445/19 3445/25 3446/24
3447/13 3448/19 3451/6 3451/18 3453/1
3453/9 3453/11 3454/11 3455/25 3457/3
3457/21 3459/17 3459/18 3460/7 3460/7
3468/15 3469/5 3473/5 3487/20 3495/14
3495/16 3496/17 3498/19 3500/22
3501/3 3501/15 3501/21 3502/1 3502/8
3504/22 3505/3 3507/14 3508/14
3510/12 3510/22 3517/4 3517/8 3520/11
3520/14 3522/2 3524/11 3525/23
3526/10 3527/6 3528/15 3529/18
3534/25 3536/12 3537/2 3537/8 3537/24
3543/23 3544/17 3544/20 3552/2
3553/22 3556/4
I'VE [17]  3412/22 3428/3 3436/22
3443/18 3450/9 3453/16 3454/12
3454/18 3457/3 3462/10 3462/19
3500/24 3501/16 3501/22 3504/2
3547/15 3557/23
IDEA [12]  3453/8 3457/25 3458/14
3458/16 3458/17 3472/3 3472/19
3501/16 3506/9 3506/23 3507/21 3545/3
IDENTICAL [1]  3489/25
IDENTIFIED [5]  3430/14 3430/15 3431/5
3439/6 3481/25
IDENTIFY [4]  3411/3 3531/19 3534/4
3547/7
IF [124]  3410/22 3411/4 3411/6 3411/21
3411/21 3411/22 3411/23 3415/4 3415/4
3416/8 3416/19 3417/12 3419/13
3420/15 3420/25 3423/20 3424/2 3424/6
3424/10 3424/24 3425/25 3427/4
3435/22 3436/8 3436/16 3437/15 3438/2
3438/9 3438/10 3438/21 3439/2 3439/7
3439/8 3439/12 3439/13 3440/2 3440/9
3447/13 3450/11 3454/5 3454/5 3455/3
3456/17 3456/23 3456/24 3457/21
3458/3 3459/6 3459/7 3459/23 3466/22
3467/14 3467/15 3468/8 3468/10
3470/14 3470/25 3471/10 3473/2
3473/23 3474/3 3474/12 3474/20
3474/25 3476/15 3477/23 3478/4
3480/12 3480/14 3480/15 3480/25
3482/9 3486/24 3487/8 3489/11 3490/16
3490/19 3492/6 3492/6 3492/17 3492/20
3493/10 3493/14 3494/7 3494/17
3494/21 3498/7 3498/17 3499/11
3499/1 3503/9 3503/21 3503/23 3505/18
3506/10 3507/16 3508/6 3517/6 3519/10
3520/22 3521/14 3524/13 3524/15
3525/6 3527/5 3528/10 3532/15 3533/3
3533/17 3535/17 3537/18 3540/5
3540/20 3542/21 3544/20 3546/24
3548/17 3553/17 3554/8 3555/8 3556/8
3556/14 3557/14 3559/3
IHNC [3]  3445/11 3448/25 3493/24
II [2]  3407/24 3408/9
ILLINOIS [3]  3494/20 3496/10 3499/18
IMMEDIATE [3]  3414/21 3414/24
3522/11
IMMEDIATELY [2]  3414/23 3480/10
IMMEDIATELY AFTER [1]  3414/23
IMMUNITY [1]  3461/20
IMPACT [12]  3411/10 3414/17 3434/10
3434/11 3435/11 3435/12 3436/6
3437/14 3437/14 3437/15 3437/24
3438/1
IMPACTS [7]  3486/6 3487/14 3487/14
3487/21 3488/3 3498/15 3498/23
IMPEACH [1]  3423/19
IMPEACHMENT [2]  3454/5 3455/17
IMPLEMENTED [4]  3424/24 3426/6
3428/1 3498/25
IMPLICATIONS [1]  3455/15
IMPORTANT [6]  3459/2 3491/2 3492/24
3508/8 3539/6 3539/9
IMPOSED [1]  3500/23
IMPOSITION [1]  3504/18
IMPROVEMENT [1]  3481/13
IMPROVEMENTS [5]  3425/6 3425/23
3427/7 3427/10 3478/10
IN [438]
INABILITY [1]  3446/14
INACCURACIES [2]  3525/10 3526/15
INACTION [1]  3446/13
INADEQUATE [1]  3416/11
INCHES [1]  3481/8
INCLUDE [1]  3526/17
INCLUDED [4]  3463/17 3479/5 3485/22
3488/23
INCLUDING [4]  3444/20 3468/18
3491/22 3531/25
INCONSISTENT [2]  3542/25 3543/5
INCREASE [3]  3416/2 3486/25 3487/9
INCREASED [3]  3485/10 3494/23
3508/9
INCREASES [1]  3418/21
INCREASING [2]  3489/9 3491/15
INCREMENT [11]  3469/21 3469/22
3470/2 3470/3 3470/4 3470/5 3475/21
3476/5 3476/5 3476/15 3534/4
INCREMENTALLY [1]  3469/16
INCREMENTS [16]  3469/10 3469/11
3469/12 3469/14 3469/17 3469/17
3469/18 3469/24 3470/1 3470/8 3474/1
3477/18 3477/20 3477/23 3477/24
3478/8
INCUMBENT [2]  3480/7 3507/17
INDICATE [1]  3483/10
INDICATED [1]  3490/1
INDIVIDUAL [1]  3494/15
INDUSTRIAL [1]  3498/2
INDUSTRY [2]  3516/6 3529/2
INFERENCE [1]  3455/11
INFLUENCING [1]  3419/17
INFORMATION [32]  3439/15 3440/10
3456/8 3457/6 3459/18 3459/20 3469/1
3469/7 3470/11 3470/20 3471/15 3472/8
3493/10 3493/14 3494/7 3494/17
3499/19 3499/22 3499/24 3499/25
3499/1 3503/9 3503/21 3503/23 3505/18
3472/12 3473/16 3474/4 3474/9 3475/4
3475/9 3476/12 3476/13 3477/11
3477/13 3477/17 3478/21 3479/14
3491/7 3494/9 3494/13 3496/2 3508/2
3550/19 3550/21
INFORMED [8]  3439/20 3464/7 3464/8
3491/5 3491/25 3492/5 3493/1 3493/6
INFRASTRUCTURES [1]  3498/3
INITIAL [1]  3456/9
INITIALLY [2]  3430/16 3431/5
INITIATED [1]  3443/1
INLAND [18]  3495/1 3500/2 3513/12
3513/17 3513/18 3515/3 3515/6 3516/10
3516/16 3522/17 3522/24 3523/24
3526/18 3533/16 3535/23
3551/4 3553/2
INNOCENT [1]  3454/18
INPUT [2]  3475/12 3477/1
INPUTTED [3]  3469/1 3470/11 3476/18
INPUTTING [1]  3470/20
INQUIRE [1]  3501/24
INQUIRY [1]  3491/5
INSIDE [1]  3473/19
INSIST [2]  3436/1 3436/5
INSISTING [1]  3427/15
INSPECT [1]  3511/21
INSPECTED [1]  3521/10
INSTALL [2]  3557/21 3558/14
INSTALLED [9]  3506/21 3553/10
3553/20 3555/6 3555/13 3556/3 3556/6
3557/2 3558/9
INSTANCE [2]  3482/7 3530/2
INSTANCES [1]  3532/19
INSTITUTIONAL [1]  3429/18
INSTRUMENTED [1]  3521/19
INSURERS [1]  3408/2
INTEGRITY [1]  3487/9
INTENDED [2]  3479/17 3507/4
INTENDING [1]  3551/15
INTENT [1]  3507/9
INTERACT [1]  3534/2
INTERACTION [1]  3549/21
INTEREST [10]  3411/5 3429/3 3447/21
3447/23 3447/24 3448/1 3448/4 3448/7
3448/10 3497/16
INTERESTED [1]  3492/1
INTERESTS [2]  3436/5 3528/1
INTERMITTENTLY [1]  3549/15
INTERNAL [1]  3429/22
INTERPRETATION [2]  3421/11 3449/20
INTERRUPT [2]  3519/25 3553/23
INTERVENING [1]  3428/6
INTERVIEWED [1]  3484/4
INTO [31]  3413/4 3418/20 3432/8
3441/14 3449/22 3469/1 3469/10
3469/11 3469/24 3471/19 3475/20
3476/18 3477/1 3478/22 3490/2 3492/13
3497/21 3505/2 3505/11 3515/10 3519/7
3522/10 3524/23 3533/14 3551/3 3551/8
3551/14 3551/15 3552/1 3557/15
3558/19
INTRODUCE [2]  3423/22 3558/19
INTRUSION [1]  3417/18
INVENTORY [1]  3517/16
INVESTIGATE [2]  3507/18 3540/2
INVESTIGATIONS [1]  3437/6
INVESTMENTS [1]  3477/7
INVOKE [1]  3544/18
INVOKED [2]  3543/20 3544/20
INVOLVE [1]  3464/9
INVOLVED [5]  3474/14 3475/6 3506/23
3507/3 3507/9
INVOLVEMENT [2]  3434/21 3436/20

## I

INVOLVES [1] 3530/7
INVOLVING [1] 3543/6
IOWA [3] 3496/16 3496/24 3497/6
IS [368]
ISLAND [4] 3536/3 3536/7 3536/8
3536/9
ISLANDS [1] 3536/8
ISN'T [8] 3416/5 3427/19 3429/15
3435/21 3436/16 3446/1 3448/21 3451/7
ISSUANCE [1] 3451/23
ISSUE [8] 3429/6 3437/22 3454/7
3455/14 3500/22 3505/21 3540/7
3550/13
ISSUED [4] 3443/4 3443/8 3443/10
3505/7
ISSUES [8] 3448/17 3464/7 3480/24
3488/4 3508/15 3539/17 3539/20
3539/23
IT [347]
IT'S [95] 3411/17 3413/14 3415/19
3416/19 3418/8 3419/18 3420/24
3420/25 3421/3 3421/3 3421/4 3421/6
3421/7 3422/12 3422/12 3423/6 3423/11
3425/4 3426/4 3427/1 3430/11 3431/3
3432/16 3433/22 3434/24 3434/25
3435/1 3435/2 3439/21 3443/15 3444/1
3444/2 3444/22 3448/1 3448/9 3448/18
3453/6 3453/25 3454/1 3454/5 3454/5
3454/6 3454/16 3454/17 3455/8 3455/11
3455/14 3455/17 3455/17 3456/20
3457/13 3457/18 3458/4 3469/22 3470/7
3470/14 3471/24 3472/3 3472/22 3480/6
3480/19 3482/10 3483/5 3484/22
3487/18 3495/4 3500/18 3500/23 3502/5
3502/22 3504/1 3504/14 3505/13 3506/3
3519/11 3521/21 3522/8 3522/10
3524/10 3525/22 3537/10 3538/12
3538/13 3539/5 3551/25 3553/19
3553/24 3553/25 3554/4 3554/15 3555/1
3555/1 3555/17 3555/22 3556/8
ITEM [2] 3429/22 3429/23
ITEMS [2] 3479/9 3487/2
ITS [18] 3435/12 3445/22 3446/3
3446/10 3447/1 3449/20 3451/22
3459/23 3461/5 3491/5 3502/4 3522/10
3535/12 3543/5 3543/11 3543/20
3544/18 3544/20
ITSELF [6] 3440/12 3441/1 3454/25
3482/22 3482/23 3539/10

## J

J-O-S-E-P-H [1] 3509/12
JAMES [3] 3407/6 3408/13 3488/2
JARVINEN [1] 3501/13
JEFF [1] 3461/4
JEFFERSON [10] 3407/6 3463/4 3465/4
3478/13 3481/5 3481/6 3483/21 3487/19
3487/21 3504/24
JEFFREY [1] 3408/11
JEOPARDIZE [1] 3477/7
JETTIES [8] 3513/7 3513/9 3513/10
3513/13 3513/18 3514/3 3531/7 3536/1
JOANEN [1] 3406/19
JOANNES [1] 3501/13
JOB [14] 3463/6 3463/21 3510/21
3511/2 3511/10 3511/12 3511/16
3511/19 3511/24 3512/4 3512/6 3512/10
3512/15 3520/8
JOBS [2] 3439/2 3547/24
JOE [2] 3487/23 3504/22
JOHN [1] 3408/17

JONATHAN [1] 3406/22
JOSEPH [2] 3406/18 3509/11
JOSHUA [1] 3407/20
JR [8] 3406/11 3407/9 3407/16 3407/22
3407/23 3408/10 3408/13 3509/11
JUDGE [16] 3406/11 3430/17 3432/7
3437/3 3473/4 3500/18 3504/2 3504/16
3519/25 3525/2 3529/11 3548/8 3551/24
3557/23 3558/24 3559/2
JUDGE PEREZ [1] 3430/17
JULY [2] 3412/21 3535/9
JULY 1984 [1] 3412/21
JURY [1] 3412/3
JUST [69] 3411/6 3411/13 3411/19
3415/8 3419/1 3419/2 3423/5 3431/9
3433/2 3438/3 3438/12 3438/18 3443/7
3443/24 3445/19 3452/22 3453/15
3454/2 3455/17 3456/12 3458/10
3458/19 3465/13 3465/25 3468/1 3468/3
3468/25 3469/8 3473/9 3482/6 3482/21
3483/2 3484/1 3488/13 3492/5 3497/5
3501/9 3502/9 3504/1 3512/18 3516/10
3519/4 3519/16 3519/23 3520/9 3520/12
3524/10 3524/11 3531/25 3534/10
3536/7 3537/8 3537/12 3538/11 3544/4
3544/5 3544/17 3551/10 3551/10
3551/19 3552/25 3553/8 3553/15 3554/2
3554/4 3554/8 3555/22 3556/15 3558/19
JUSTICE [1] 3408/9
JUSTIFIABLE [1] 3444/15
JUSTIFIED [2] 3441/2 3543/18
JUSTIFY [1] 3440/25
JUSTIFYING [1] 3440/23
JX [1] 3443/7
JX-349 [1] 3443/7

## K

KALIMAH [1] 3408/11
KARA [1] 3408/14
KATRINA [15] 3413/19 3435/10 3443/8
3444/17 3445/9 3446/3 3448/23 3449/25
3450/6 3461/8 3465/5 3468/2 3468/6
3550/13 3558/15
KEA [1] 3406/22
KEEP [7] 3437/10 3465/14 3470/2
3478/4 3481/9 3483/8 3556/14
KEEPING [3] 3443/20 3446/2 3464/7
KELLS [1] 3408/12
KEMP'S [2] 3423/16 3423/23
KEY [1] 3482/9
KILLED [1] 3440/9
KIND [6] 3439/13 3479/9 3501/21
3519/6 3524/13 3536/23
KNEES [1] 3503/24
KNEW [5] 3447/8 3501/1 3509/18
3547/22 3547/23
KNOW [80] 3411/6 3416/7 3420/21
3421/20 3424/4 3424/10 3425/24 3428/7
3428/16 3428/17 3429/2 3432/22 3433/1
3434/1 3435/14 3435/17 3435/19 3436/9
3436/11 3436/11 3438/9 3438/21
3443/11 3443/12 3443/21 3443/23
3450/7 3453/4 3453/19 3453/25 3454/7
3454/15 3454/16 3454/17 3455/3
3455/13 3458/23 3460/4 3460/9 3460/10
3472/2 3475/15 3475/20 3477/18 3480/7
3480/8 3480/11 3484/21 3484/21 3488/5
3488/10 3490/5 3496/7 3504/8 3507/4
3507/9 3513/21 3514/11 3517/5 3517/22
3521/12 3521/15 3522/14 3524/17
3525/13 3533/24 3535/1 3537/9 3538/6
3538/6 3538/13 3547/17 3547/19 3548/4
3548/12 3548/12 3548/16 3548/17

3552/4 3552/21
KNOWLEDGE [2] 3429/10 3430/23
3438/10 3505/19 3505/23 3506/5
3520/13 3521/8 3521/21 3522/14
3551/11 3554/3
KNOWN [1] 3447/20
KNOWS [1] 3558/2

## L

LA [3] 3417/19 3445/13 3449/4
LABELED [7] 3474/6 3475/8 3476/6
3476/12 3476/25 3534/25 3552/16
LABORATORY [1] 3510/23
LACK [6] 3447/14 3477/22 3478/16
3486/14 3489/1 3529/8
LACKED [1] 3516/13
LAFAYETTE [5] 3407/7 3461/15
3461/16 3462/6 3462/15
LAID [1] 3555/4
LAKE [44] 3413/1 3413/10 3413/11
3418/18 3418/20 3418/23 3419/7
3419/16 3419/22 3428/12 3428/19
3430/15 3430/19 3430/22 3431/6
3433/20 3461/7 3461/13 3463/9 3463/14
3464/1 3464/16 3465/7 3467/6 3468/18
3469/10 3470/1 3470/17 3472/25
3473/25 3485/20 3486/3 3486/20 3492/2
3492/22 3493/5 3494/8 3498/9 3500/3
3531/11 3537/14 3538/18 3538/20
3539/2
LAKE BORGNE [15] 3413/1 3413/10
3413/11 3418/18 3418/20 3418/23
3419/7 3419/16 3419/22 3485/20
3531/11 3537/14 3538/18 3538/20
3539/2
LAKE PONTCHARTRAIN [28] 3428/12
3428/19 3430/15 3430/19 3430/22
3431/6 3433/20 3461/7 3463/9 3463/14
3464/1 3464/16 3465/7 3467/6 3468/18
3469/10 3470/1 3470/17 3472/25
3473/25 3485/20 3486/3 3486/20 3492/2
3492/22 3493/5 3494/8 3498/9 3500/3
LAKES [1] 3526/17
LAND [14] 3411/15 3413/9 3413/11
3413/23 3419/11 3419/13 3420/12
3420/15 3421/5 3530/9 3536/5 3539/14
3546/11 3555/19
LAND'S [1] 3449/6
LANDOWNER [2] 3540/19 3546/22
LANDOWNERS [6] 3447/15 3546/7
3546/13 3546/17 3547/3 3549/1
LANDRIEU [5] 3489/22 3490/9 3490/14
3490/23 3492/9
LANDS [1] 3540/13
LANGUAGE [3] 3413/6 3413/6 3421/11
3525/11 3530/20 3549/14
LARGE [6] 3418/21 3437/15 3498/2
3525/1 3530/20 3549/14
LAST [17] 3411/16 3435/2 3452/17
3459/1 3462/23 3462/24 3477/8 3477/10
3484/13 3486/9 3486/11 3489/3 3497/23
3498/5 3501/19 3507/1 3509/3
LATE [1] 3430/14
LATER [7] 3425/14 3430/24 3431/13
3432/14 3467/9 3469/3 3558/7
LATERAL [2] 3551/14 3551/15
LATEST [1] 3484/25
LATITUDE [1] 3500/24
LAW [6] 3406/18 3406/21 3407/9
3407/12 3407/22 3438/16
LAWN [1] 3407/3
LAWS [1] 3532/7
LAWYER [1] 3500/18
LAWYER'S [1] 3407/13

**L**

LAY [3] 3465/22 3517/5 3547/16
LAYING [1] 3529/14
LEAD [3] 3414/21 3499/24 3524/22
LEADING [1] 3464/5
LEARN [1] 3479/14
LEARNED [1] 3480/3
LEAST [11] 3411/3 3428/6 3429/17
3443/4 3443/13 3473/5 3478/18 3493/6
3531/19 3533/18 3549/14
LEAVE [1] 3495/4
LED [1] 3412/17
LEFT [8] 3482/12 3501/11 3501/25
3502/5 3502/6 3502/22 3503/6 3506/15
LEFTOVER [1] 3506/10
LEGEND [4] 3482/13 3482/15 3482/17
3482/21
LEGISLATION [1] 3424/16
LEGISLATORS [2] 3541/7 3548/25
LENGTHS [1] 3518/11
LESS [4] 3415/21 3415/24 3557/17
3558/4
LESSEN [1] 3417/25
LET [30] 3411/3 3419/21 3424/10
3425/5 3426/4 3426/10 3427/19 3436/16
3436/20 3438/8 3444/12 3445/6 3451/22
3455/19 3456/17 3460/22 3472/5 3480/7
3480/11 3482/6 3490/3 3492/13 3501/17
3502/2 3521/15 3522/2 3525/6 3552/7
3554/12 3558/21
LET'S [29] 3412/20 3412/24 3414/15
3414/25 3415/23 3416/21 3433/3 3434/8
3434/21 3438/16 3439/18 3443/7
3450/10 3451/9 3452/17 3460/22
3488/12 3490/8 3490/13 3490/22
3497/23 3499/3 3526/11 3530/22
3548/18 3551/2 3551/8 3551/13 3555/8
LETS [1] 3496/15
LETTER [27] 3485/19 3485/25 3486/2
3486/17 3486/23 3487/18 3487/23
3488/2 3488/6 3488/18 3489/3 3489/4
3489/8 3489/13 3489/16 3489/16
3490/11 3490/13 3490/16 3490/19
3490/24 3493/10 3528/19 3529/5 3529/7
3544/2 3544/5
LETTERS [9] 3488/8 3488/13 3489/25
3490/6 3492/6 3492/9 3492/16 3529/13
3529/15
LEVEE [40] 3428/13 3430/23 3434/3
3450/15 3461/12 3464/25 3476/22
3478/10 3480/7 3480/23 3481/18
3481/18 3483/11 3483/17 3483/22
3483/23 3484/19 3485/21 3487/3 3487/5
3487/7 3487/19 3487/24 3488/3 3488/20
3492/21 3492/24 3493/22 3493/23
3493/23 3494/1 3496/14 3507/2 3507/12
3516/10 3518/8 3523/9 3541/7 3555/20
3556/24
LEVEED [3] 3431/2 3431/7 3514/4
LEVEES [18] 3413/11 3419/17 3428/12
3428/18 3428/19 3472/20 3476/21
3477/7 3478/13 3478/13 3481/7 3481/12
3482/20 3504/25 3508/4 3508/11 3553/3
3553/6
LEVEL [18] 3416/22 3466/2 3466/3
3466/5 3466/6 3470/2 3475/7 3476/21
3477/13 3479/10 3480/4 3480/8 3480/11
3481/19 3488/9 3488/9 3501/22 3503/20
LEVELS [5] 3467/15 3469/11 3480/10
3481/9 3487/15
LEVINE [2] 3408/13 3508/23
LICENSE [1] 3510/20

LICENSES [1] 3510/16
LICENSING [2] 3497/21 3498/8
3498/24
LIFELONG [1] 3461/14
LIFT [1] 3507/5
LIFTS [2] 3464/25 3507/1
LIGHT [1] 3444/13
LIKE [41] 3415/4 3417/18 3417/22
3422/5 3422/18 3427/10 3431/18 3432/9
3436/12 3438/18 3453/23 3458/10
3469/2 3476/11 3482/11 3483/5 3483/20
3484/1 3485/15 3485/24 3486/9 3490/6
3490/19 3492/11 3494/2 3504/3 3504/16
3517/23 3519/5 3522/6 3522/12 3524/15
3525/7 3531/3 3531/22 3534/7 3542/5
3545/18 3549/2 3549/8 3558/4
LIKED [5] 3478/9 3557/21 3557/25
3558/3 3558/9
LIKELY [6] 3410/16 3425/14 3437/17
3473/15 3487/15 3497/20
LIMITATION [1] 3516/8
LIMITATIONS [2] 3514/18 3514/21
LIMITED [5] 3434/14 3441/18 3449/24
3491/18 3557/18
LIMITS [2] 3459/10 3500/24
LINE [21] 3414/8 3435/6 3468/21
3472/18 3479/9 3482/11 3493/11
3494/17 3495/7 3497/5 3497/23 3498/5
3499/17 3499/19 3520/22 3522/7
3552/12 3553/1 3553/2 3553/9 3555/5
LINES [4] 3520/11 3522/9 3552/9
3553/15
LINKED [1] 3464/7
LIST [9] 3417/11 3454/13 3454/17
3469/18 3471/7 3471/8 3471/10 3489/16
3553/25
LISTED [2] 3479/23 3519/8
LISTS [2] 3471/14 3486/13
LITERAL [3] 3524/3 3524/4 3524/19
LITIGATION [1] 3408/7
LITTLE [14] 3454/24 3469/5 3474/12
3501/18 3503/3 3513/3 3516/11 3518/7
3522/3 3547/16 3553/19 3555/11 3556/8
3556/15
LIVE [5] 3462/2 3462/7 3503/21 3551/13
3551/17
LIVED [3] 3461/18 3462/9 3462/10
LIVES [2] 3459/9 3475/3
LIVING [2] 3438/1 3438/2
LLC [3] 3406/21 3407/9 3407/12
LOBBY [1] 3480/2
LOCAL [39] 3424/19 3424/21 3424/25
3425/6 3425/17 3426/7 3426/12 3427/5
3427/15 3434/13 3436/1 3442/3 3442/14
3446/14 3446/18 3446/21 3447/1
3448/21 3449/3 3449/10 3461/12 3464/6
3477/5 3480/7 3491/25 3492/21 3496/22
3497/13 3497/15 3497/17 3541/7
3545/15 3546/1 3546/7 3546/17 3546/21
3547/3 3547/3 3548/25
LOCALLY [1] 3488/8
LOCATED [2] 3513/13 3530/24 3530/25
3536/9
LOCATION [6] 3513/14 3538/8 3539/2
3553/21 3555/6 3555/14
LOCATIONS [4] 3533/16 3536/18
3552/22 3552/25
LONDON [2] 3493/18 3493/19
LONG [15] 3412/23 3412/23 3429/23
3432/2 3433/12 3433/24 3437/7 3444/2
3462/9 3462/18 3463/5 3463/20 3521/2
3521/24 3556/14
LONG-STANDING [4] 3429/23 3432/2

3433/12 3433/24
LONGER [2] 3411/20 3470/3
LOOK [54] 3416/19 3420/9 3422/5
3422/22 3423/5 3424/4 3425/18 3425/19
3425/25 3426/2 3434/21 3439/7 3439/14
3443/21 3443/21 3450/10 3456/17
3458/2 3468/22 3470/14 3470/25
3473/23 3475/8 3479/8 3479/19 3480/15
3480/25 3482/6 3482/9 3485/15 3487/17
3487/22 3488/1 3488/12 3489/16 3490/8
3490/10 3490/13 3490/16 3490/19
3490/22 3494/7 3494/17 3497/23 3498/5
3499/1 3499/3 3503/25 3513/4 3513/20
3526/11 3527/5 3530/22 3552/15
LOOKED [5] 3412/22 3484/13 3504/2
3519/24 3521/18
LOOKING [14] 3412/11 3413/22 3437/22
3440/24 3441/20 3447/24 3453/1 3457/3
3457/21 3476/1 3499/7 3499/7 3513/15
3537/1
LOOKS [7] 3482/11 3490/19 3501/9
3519/5 3522/6 3522/12 3531/3
LOOP [1] 3487/10
LOS [1] 3406/16
LOSE [1] 3420/22
LOSS [21] 3415/5 3415/11 3415/17
3416/2 3416/6 3416/18 3417/22 3420/12
3439/3 3445/21 3496/13 3498/16
3498/24 3499/23 3528/24 3531/10
3539/14 3546/5 3546/11 3547/6 3549/7
LOSSES [2] 3417/25 3538/23
LOST [1] 3416/16
LOT [14] 3411/15 3416/19 3428/20
3428/21 3444/2 3448/16 3453/11
3454/24 3465/2 3474/22 3503/4 3504/1
3547/16 3551/7
LOUD [1] 3436/24
LOUIS [2] 3496/10 3497/23
LOUISIANA [37] 3406/2 3406/6 3406/20
3406/23 3407/7 3407/10 3407/14
3407/17 3407/21 3407/25 3408/8
3408/21 3412/18 3422/15 3433/6
3461/15 3461/16 3462/2 3462/6 3462/15
3473/19 3489/17 3492/22 3493/5 3498/8
3498/20 3509/22 3510/3 3510/19
3533/22 3534/3 3534/19 3541/25 3544/3
3544/6 3551/22 3559/11
LOUISIANA-LAFAYETTE [1] 3461/16
LOUTRE [3] 3417/19 3445/13 3449/4
LOWER [7] 3415/1 3416/22 3418/2
3419/1 3419/5 3479/16 3526/17
LP [3] 3491/6 3491/13 3491/22
LPV [2] 3445/16 3484/3
LPVHPP [1] 3489/9
LSU [1] 3510/13
LUISA [2] 3472/16 3501/13
LUNCH [1] 3410/19
LURCH [1] 3503/6
LURE [1] 3524/16

**M**

MADE [12] 3425/25 3427/3 3430/14
3438/2 3454/9 3454/25 3481/6 3484/5
3493/15 3500/10 3535/6 3554/20
MAIN [4] 3407/20 3440/7 3441/20
3456/9
MAINLY [1] 3539/12
MAINTAIN [6] 3418/21 3446/7 3493/8
3516/14 3528/10 3557/5
MAINTAINED [1] 3516/8
MAINTAINING [1] 3557/11
MAINTENANCE [44] 3415/13 3416/1
3417/14 3457/9 3471/2 3512/14 3512/17

Case 2:05-cv-04182-SRD-JCW    Document 18597    Filed 05/22/09    Page 171 of 183

MAINTENANCE... [37]  3514/10 3514/15
3514/18 3515/1 3515/21 3516/19 3517/1
3517/11 3517/17 3525/13 3525/16
3525/18 3526/4 3527/7 3527/11 3527/13
3529/10 3529/25 3533/1 3535/5 3535/12
3535/13 3535/14 3535/20 3539/9
3539/13 3540/4 3540/16 3541/2 3541/15
3542/17 3542/23 3542/24 3543/2
3550/20 3552/13 3557/7
MAJOR [12]  3414/17 3474/21 3474/25
3477/8 3478/12 3487/12 3487/13
3494/23 3495/1 3498/15 3498/23 3500/2
MAKE [18]  3425/12 3425/16 3430/21
3445/6 3445/19 3455/21 3458/10
3465/18 3473/9 3480/14 3480/23
3483/20 3484/2 3501/21 3516/7 3534/20
3535/8 3554/12
MAKERS [4]  3465/24 3469/16 3474/15
3497/18
MAKES [4]  3414/16 3459/23 3466/10
3500/13
MAKING [4]  3437/25 3464/4 3464/6
3475/7
MANAGE [1]  3511/6
MANAGED [3]  3467/10 3468/18 3470/12
MANAGEMENT [11]  3422/11 3423/8
3429/13 3456/9 3464/9 3466/20 3474/17
3535/4 3539/10 3541/1 3550/7
MANAGER [50]  3454/23 3456/7 3461/6
3463/8 3463/11 3463/13 3463/20
3463/25 3464/20 3465/18 3467/5
3468/14 3469/4 3473/1 3479/16 3480/6
3494/14 3498/6 3498/13 3509/14
3511/14 3511/20 3511/25 3512/1 3512/7
3512/10 3515/23 3520/9 3520/9 3522/22
3523/7 3523/14 3527/22 3528/8 3529/20
3531/13 3534/16 3539/6 3544/10
3544/21 3545/9 3545/9 3547/9 3547/22
3548/21 3550/3 3550/9 3553/11 3557/16
3557/21
MANAGERS [4]  3464/3 3466/5 3494/15
3550/6
MANAGERS' [1]  3547/23
MANDATE [1]  3549/3
MANNER [2]  3533/18 3539/7
MANUFACTURED [1]  3555/4
MANY [19]  3458/13 3459/16 3486/11
3498/1 3518/10 3518/14 3520/10
3527/17 3527/22 3528/7 3531/10
3533/14 3535/22 3535/25 3536/3 3541/6
3547/21 3548/23 3549/9
MAP [22]  3482/22 3482/23 3513/4
3513/5 3530/22 3533/13 3536/12
3536/13 3536/18 3537/3 3537/9 3538/1
3545/12 3545/13 3549/6 3552/15
3552/16 3552/18 3552/19 3552/21
3552/25 3553/24
MAPS [1]  3558/20
MARC [1]  3408/13
MARKED [10]  3442/15 3468/22 3475/17
3485/15 3494/3 3513/5 3525/23 3528/15
3536/12 3543/23
MARKER [3]  3513/15 3513/20 3531/4
MARKERS [5]  3452/7 3452/19 3514/1
3531/3 3536/10
MARKS [1]  3483/10
MAROON [1]  3554/22
MARSH [6]  3413/11 3413/23 3416/18
3416/20 3417/22 3418/25
MARSHES [16]  3414/7 3414/12 3415/6
3415/12 3415/14 3415/15 3415/18
3415/20 3415/23 3416/2 3416/4 3416/6
3417/6 3417/9 3418/5 3418/7

MARTIN [1]  3510/1
MASSES [1]  3536/5
MASSIVE [1]  3471/19
MASTER'S [2]  3462/12 3510/11
MATCH [1]  3480/10
MATERIAL [21]  3415/12 3415/15
3415/21 3415/24 3416/7 3416/9 3452/18
3457/12 3515/16 3524/23 3530/21
3532/25 3533/16 3534/6 3536/16
3538/16 3543/2 3543/12 3547/1 3547/8
3551/3
MATERIALS [12]  3515/10 3530/5
3530/15 3531/14 3531/24 3532/24
3533/17 3535/20 3539/7 3539/15
3545/19 3549/8
MATTER [8]  3438/7 3438/10 3446/25
3492/24 3497/14 3521/11 3521/12
3559/14
MATTRESS [2]  3555/2 3555/16
MAXIMUM [1]  3526/16
MAY [45]  3406/7 3410/2 3410/21 3411/4
3414/2 3419/9 3422/12 3422/24 3424/7
3429/9 3429/14 3430/2 3431/13 3447/12
3452/1 3452/2 3455/15 3455/15 3455/20
3456/16 3457/7 3458/7 3459/12 3460/4
3466/21 3466/25 3471/8 3472/2 3475/1
3482/8 3495/18 3501/11 3501/24 3505/7
3505/9 3505/10 3505/15 3508/19 3520/5
3520/7 3521/16 3526/15 3537/15
3548/15 3548/15
MAY 2009 [1]  3505/10
MAY 30 [2]  3422/12 3429/14
MAYBE [7]  3426/2 3441/18 3448/7
3477/15 3484/25 3495/4 3516/11
MAYOR [2]  3490/20 3490/21
MCBRYDE [1]  3504/16
MCCONNON [1]  3408/13
ME [50]  3410/18 3411/3 3419/21
3424/10 3425/5 3426/4 3426/10 3427/19
3430/6 3436/16 3436/20 3438/8 3438/12
3444/12 3445/6 3451/22 3455/19
3457/16 3458/3 3459/22 3459/22 3460/6
3460/15 3468/20 3472/21 3474/3
3479/21 3480/7 3482/6 3488/11 3491/5
3501/9 3501/23 3502/2 3507/22 3508/10
3509/6 3521/15 3522/3 3524/16 3525/6
3525/7 3528/20 3530/18 3537/4 3537/13
3544/23 3552/7 3553/18 3554/12
MEAN [28]  3420/20 3421/6 3443/25
3454/9 3454/21 3460/2 3469/15 3474/14
3474/24 3477/21 3481/1 3481/16
3482/13 3495/24 3501/3 3502/1 3504/3
3505/9 3505/16 3506/11 3507/21
3512/24 3516/9 3521/15 3529/12 3532/5
3544/16 3548/10
MEANING [2]  3438/3 3558/6
MEANS [8]  3467/12 3481/18 3487/10
3496/1 3497/16 3531/17 3532/6 3532/17
MEANT [5]  3419/15 3496/19 3524/11
3524/14 3524/19
MEASURE [1]  3540/3
MEASURED [1]  3421/1
MEASUREMENT [1]  3518/19
MEASURES [11]  3414/4 3414/21
3416/16 3444/16 3444/20 3444/24
3445/2 3446/17 3448/18 3450/5 3540/15
MECHANICAL [1]  3408/24
MEET [5]  3438/5 3446/8 3545/14
3545/15 3547/5
MEETING [6]  3434/20 3435/5 3435/25
3437/3 3438/4 3532/6

MEETINGS [7]  3547/10 3547/19 3548/4
3548/7 3548/8 3548/21 3549/3
MEETS [1]  3531/20
MEMBER [3]  3479/19 3484/8 3540/12
MEMBERS [4]  3479/25 3541/7 3541/9
3549/2
MEMO [3]  3422/10 3429/12 3434/17
MEMO'S [1]  3434/16
MEMORANDUM [3]  3422/8 3423/7
3434/8
MENTION [1]  3505/13
MENTIONED [4]  3419/10 3433/7 3471/4
3488/13
MENTIONED THAT [1]  3433/7
MET [2]  3502/23 3504/22
METHOD [1]  3517/6
METRO [2]  3477/9 3494/24
MICHAEL [3]  3407/19 3407/19 3434/9
MICHELE [1]  3408/12
MID [1]  3548/6
MIGHT [18]  3414/6 3416/8 3416/12
3425/10 3437/18 3438/12 3439/2 3439/9
3458/12 3468/5 3471/8 3474/22 3475/24
3476/16 3497/18 3522/6 3545/3 3547/16
MILE [32]  3420/12 3420/12 3420/14
3420/16 3420/16 3451/5 3451/6 3451/13
3451/13 3452/7 3452/18 3513/15
3513/16 3513/20 3513/20 3513/21
3513/24 3514/1 3514/3 3514/5 3531/3
3531/4 3531/6 3531/6 3536/9 3536/11
3555/10 3555/11 3556/3 3556/3 3556/15
3556/15
MILE-FOR-MILE [2]  3420/12 3420/16
MILES [20]  3413/22 3413/22 3419/15
3419/15 3420/4 3420/4 3420/6 3420/6
3421/1 3428/25 3429/1 3442/6 3452/24
3495/2 3514/1 3533/14 3553/18 3554/25
3556/5 3556/10
MILES OF [1]  3420/4
MILITARY [2]  3461/10 3491/19
MILLER [1]  3408/14
MILLION [32]  3468/7 3468/9 3476/23
3477/5 3479/15 3481/3 3481/4 3481/4
3485/4 3485/7 3485/7 3485/10 3485/12
3486/16 3489/1 3489/10 3491/6 3491/8
3491/14 3491/14 3491/24 3493/4 3495/4
3499/8 3505/2 3505/24 3506/13 3515/24
3517/13 3517/13 3517/23 3557/13
MILLIONS [1]  3460/11
MIND [2]  3536/22 3559/3
MINDFUL [2]  3503/19 3504/9
MINERAL [1]  3551/23
MINIMAL [1]  3470/2
MINIMAL-LEVEL [1]  3470/2
MINIMIZED [1]  3417/12
MINNESOTA [1]  3473/18
MINOR [1]  3456/8
MINUTE [10]  3411/19 3415/8 3419/2
3423/5 3424/4 3453/9 3460/23 3498/6
3501/19 3504/15
MINUTES [5]  3501/20 3501/21 3502/13
3504/3 3559/1
MIRABEAU [1]  3493/17
MISLEADING [1]  3433/22
MISSING [2]  3430/4 3482/8
MISSION [5]  3432/9 3432/11 3432/14
3432/16 3511/9
MISSIONS [1]  3432/9
MISSISSIPPI [15]  3416/22 3418/2
3419/2 3419/5 3463/18 3468/24 3471/13
3473/10 3475/11 3493/23 3494/5
3494/19 3499/18 3510/24 3511/14
MISSOURI [1]  3499/18

# M

MISSTATING [1] 3536/24
MISTAKE [1] 3454/18
MISTAKEN [1] 3537/13
MITSCH [1] 3408/14
MIXING [1] 3431/2
MODELING [3] 3439/13 3439/24 3441/1
MOINES [2] 3497/6 3497/10
MOMENT [2] 3424/1 3503/8
MONETARY [1] 3440/24
MONETARY/NONMONETARY [1]
3440/24
MONEY [27] 3427/16 3437/20 3438/11
3438/13 3442/4 3442/14 3467/13
3467/16 3467/18 3468/12 3504/24
3506/7 3506/10 3506/15 3506/18
3506/20 3507/25 3508/3 3508/4 3508/10
3515/2 3516/8 3533/5 3539/5 3557/15
3557/17 3557/18
MONIES [1] 3427/6
MONITOR [1] 3516/4
MORE [26] 3415/23 3416/15 3418/24
3425/14 3437/16 3453/21 3454/12
3468/7 3469/5 3470/6 3470/8 3489/5
3497/20 3503/2 3507/14 3508/10
3511/19 3525/19 3529/9 3539/1 3539/9
3557/15 3557/21 3558/9 3558/14
3558/25
MORGAN [1] 3407/25
MORNING [1] 3460/7
MORPHING [3] 3457/25
MOST [10] 3459/2 3487/2 3508/1
3516/23 3529/7 3529/8 3538/23 3542/25
3550/2 3551/3
MOTIONS [1] 3509/18
MOVE [8] 3426/11 3429/6 3490/2
3540/17 3548/18 3551/24 3553/17
3556/8
MOVEMENT [3] 3524/3 3524/4 3524/21
MOVING [3] 3440/12 3459/3 3556/14
MR [5] 3461/14 3480/16 3483/2 3486/22
3503/1
MR. [50] 3411/18 3424/2 3447/8
3447/12 3459/1 3460/5 3461/9 3462/5
3462/16 3466/21 3472/10 3472/16
3472/25 3473/9 3477/11 3478/20
3485/19 3485/24 3487/19 3487/23
3488/2 3488/5 3488/5 3488/13 3488/15
3490/5 3490/5 3491/25 3492/9 3492/17
3494/2 3500/3 3500/15 3502/20 3503/23
3504/13 3504/14 3504/22 3504/23
3505/24 3506/5 3508/20 3509/13
3509/16 3509/17 3509/21 3520/8
3531/25 3534/10 3548/14
MR. BRUNO [5] 3502/20 3503/23
3504/13 3504/14 3508/20
MR. GAGLIANO [1] 3411/18
MR. GUNN [3] 3447/8 3447/12 3548/14
MR. HUEY [5] 3488/5 3488/13 3488/15
3490/5 3492/9
MR. JAMES [1] 3488/2
MR. JOE [1] 3487/23
MR. LUISA [1] 3472/16
MR. NAOMI [21] 3461/9 3462/5 3462/16
3466/21 3472/10 3472/25 3473/9
3477/11 3478/20 3485/24 3488/5 3490/5
3491/25 3492/17 3494/2 3500/3 3500/15
3504/22 3504/23 3505/24 3506/25
MR. O'DONNELL [3] 3424/2 3459/1
3460/5
MR. ROBERT [1] 3485/19
MR. RONALD [1] 3487/19

MR. RUSSO [7] 3509/13 3509/16
3509/17 3509/21 3531/25 3534/10
3534/10
MRGO [129] 3408/7 3410/14 3412/15
3414/7 3414/17 3414/18 3417/7 3417/11
3417/12 3418/17 3419/17 3419/17
3419/23 3421/20 3421/21 3422/11
3423/8 3425/6 3427/10 3427/20 3428/1
3429/14 3429/16 3429/19 3430/15
3430/19 3430/22 3431/4 3431/17
3433/21 3434/13 3436/2 3437/5 3437/16
3437/23 3437/25 3438/2 3439/2 3439/4
3439/8 3442/18 3443/2 3443/20 3444/6
3444/8 3445/16 3445/20 3446/2 3448/19
3449/13 3449/20 3449/24 3450/5 3451/3
3451/24 3452/6 3456/13 3458/1 3472/19
3483/12 3506/22 3507/1 3507/2 3507/5
3507/16 3509/14 3511/20 3511/24
3512/18 3512/21 3513/2 3513/5 3513/6
3514/7 3514/9 3514/15 3514/24 3515/22
3516/13 3518/7 3519/4 3522/6 3522/7
3522/14 3523/2 3526/8 3527/3 3527/8
3527/16 3528/7 3529/2 3529/20 3531/12
3534/22 3535/5 3536/10 3536/17
3538/12 3538/17 3538/22 3539/18
3539/21 3540/6 3540/10 3541/5 3542/14
3542/24 3543/6 3545/8 3546/2 3546/12
3546/14 3546/16 3547/4 3547/9 3549/10
3549/13 3550/3 3550/9 3550/10 3550/15
3550/22 3550/25 3551/20 3553/5 3557/3
3557/15 3557/22 3558/10
MSC [2] 3475/9 3526/21
MUCH [23] 3415/14 3432/5 3437/6
3440/10 3450/7 3450/18 3452/24
3457/11 3458/8 3459/17 3485/5 3485/8
3499/9 3501/24 3502/12 3504/12
3504/24 3517/10 3523/21 3524/1 3551/8
3557/11 3557/24
MULTIPLE [2] 3425/3 3464/25
MY [27] 3410/11 3420/23 3429/15
3430/22 3434/22 3444/12 3445/2
3450/19 3452/4 3454/16 3456/8 3457/13
3462/1 3462/12 3462/14 3464/6 3469/3
3472/15 3480/6 3491/4 3491/7 3500/18
3504/18 3505/25 3511/21 3537/21
3559/12
MYER [1] 3408/15
MYSELF [1] 3537/8

# N

N-A-O-M-I [1] 3462/1
NAGIN [2] 3490/20 3490/21
NAME [8] 3434/22 3434/23 3435/2
3461/24 3462/1 3509/9 3509/18 3510/25
NAOMI [29] 3460/18 3461/6 3461/9
3461/14 3461/22 3462/1 3462/5 3462/16
3466/21 3472/10 3472/25 3473/9
3477/11 3478/20 3480/16 3483/2
3485/24 3486/22 3488/5 3490/5 3491/25
3492/17 3494/2 3500/3 3500/15 3504/22
3504/23 3505/24 3506/25
NARROW [4] 3413/9 3421/3 3421/4
3421/7
NATIONAL [3] 3448/2 3448/3 3448/4
3476/23 3487/13 3498/15 3498/23
3532/8
NATIONALLY [1] 3468/16
NATURAL [12] 3413/24 3419/24
3422/15 3435/13 3449/16 3533/23
3534/4 3534/19 3541/25 3543/4 3544/3
3544/7
NAVIGABLE [2] 3515/17 3557/20
NAVIGATION [18] 3426/25 3432/13

3439/5 3441/7 3441/11 3471/1 3511/22
3513/6 3513/8 3516/3 3517/4 3517/23
3518/5 3526/3 3526/6 3526/18 3527/18
3531/6
NEAR [2] 3496/12 3531/4
NEARING [1] 3488/23
NECESSARILY [4] 3426/14 3469/20
3477/15 3516/9
NECESSARY [6] 3465/20 3480/5 3487/5
3492/7 3497/25 3504/24
NEED [20] 3411/21 3423/5 3426/1
3431/5 3436/15 3454/12 3455/3 3467/8
3477/7 3477/8 3481/13 3481/13 3481/20
3483/13 3486/13 3491/4 3501/11
3525/18 3529/9 3546/17
NEEDED [9] 3437/6 3446/3 3465/24
3478/14 3481/3 3486/19 3489/11 3493/7
3546/20
NEEDS [4] 3433/6 3481/18 3484/7
3517/16
NEPA [3] 3438/5 3438/21 3438/23
NEVER [9] 3410/17 3413/12 3428/1
3435/10 3453/16 3467/8 3472/17
3484/11 3517/24
NEVERTHELESS [1] 3491/21
NEW [37] 3406/6 3406/20 3406/23
3407/10 3408/4 3408/4 3408/8 3408/21
3434/6 3440/8 3442/21 3446/17 3448/25
3461/11 3461/19 3462/11 3473/16
3474/10 3477/9 3478/11 3479/18
3486/24 3489/2 3489/4 3489/11 3493/1
3493/22 3494/1 3505/1 3509/6 3509/22
3510/12 3511/11 3512/1 3512/12
3513/19 3528/4
NEW ORLEANS [20] 3434/6 3442/21
3461/11 3461/19 3462/11 3473/16
3474/10 3477/9 3478/11 3479/18 3489/4
3493/1 3494/1 3505/1 3509/22 3510/12
3511/11 3512/1 3512/12 3528/4
NEWS [1] 3440/13
NEWSPAPER [1] 3506/3
NEXT [11] 3416/22 3451/9 3452/17
3460/17 3461/5 3475/8 3480/12 3506/14
3522/9 3530/2 3549/20
NO [77] 3412/19 3413/11 3413/17
3413/20 3416/4 3417/17 3421/9 3421/19
3422/4 3423/9 3425/18 3426/14 3428/3
3429/20 3431/18 3431/20 3432/24
3434/16 3438/7 3439/14 3442/14 3444/7
3444/15 3445/1 3445/12 3445/14
3446/16 3446/21 3446/24 3447/3 3448/9
3449/18 3449/22 3450/2 3450/20 3453/8
3455/9 3455/25 3458/5 3458/20 3459/19
3460/2 3465/11 3471/1 3471/1 3471/2
3472/3 3472/9 3475/14 3482/15
3482/18 3498/11 3499/11 3500/16
3503/22 3505/16 3505/23 3506/5 3506/9
3506/23 3507/21 3508/16 3508/18
3516/2 3517/24 3518/3 3519/9 3544/22
3545/2 3545/2 3547/11 3549/5 3550/23
3551/1 3555/21 3556/18 3558/24
NO. [1] 3435/2
NO. 2 [1] 3435/2
NONCOMPLIANCE [1] 3499/24
NONFEDERAL [4] 3438/14 3446/14
3446/17 3534/3
NONMONETARY [1] 3440/24
NORMALLY [1] 3529/21
NORMAN [1] 3406/5
NORTH [18] 3418/13 3428/25 3429/2
3431/10 3433/13 3433/24 3434/1 3442/7
3450/16 3518/12 3536/5 3538/17
3538/20 3546/6 3555/9 3556/15 3556/15

# N

NORTH... [1] 3557/2
NORTHEAST [1] 3483/16
NOT [194]
NOTABLY [1] 3491/15
NOTATES [1] 3452/12
NOTE [2] 3536/25 3537/2
NOTED [1] 3534/12
NOTHING [3] 3413/10 3451/17 3458/6
NOTICE [2] 3454/13 3455/9
NOVEMBER [3] 3444/4 3444/10 3449/14
NOVEMBER 2007 [3] 3444/4 3444/10 3449/14
NOW [66] 3412/11 3416/21 3417/19 3422/5 3423/14 3427/9 3429/9 3434/4 3435/22 3439/18 3440/1 3441/16 3445/18 3447/19 3448/18 3453/20 3456/6 3460/20 3460/21 3466/21 3468/15 3470/11 3472/10 3474/3 3475/12 3478/20 3486/17 3490/13 3498/8 3501/8 3506/3 3506/25 3507/24 3510/12 3513/6 3514/4 3514/7 3515/3 3515/9 3515/22 3518/7 3519/23 3526/11 3528/10 3530/4 3530/22 3531/8 3531/12 3532/9 3534/25 3535/17 3538/10 3540/5 3541/3 3541/10 3541/22 3544/9 3544/17 3545/7 3546/1 3546/13 3546/16 3547/2 3551/8 3552/15 3557/14
NUMBER [11] 3414/25 3417/11 3425/3 3446/18 3478/9 3495/4 3520/1 3528/4 3553/22 3554/12 3554/17
NUMBERED [2] 3414/25 3559/14
NUMBERS [2] 3504/9 3553/19
NUMEROUS [1] 3487/11
NUTSHELL [1] 3414/16

# O

O'BRIEN [1] 3408/3
O'DONNELL [5] 3406/15 3406/15 3424/2 3459/1 3460/5
OAK [1] 3407/3
OBJECT [10] 3436/14 3517/4 3519/8 3529/11 3529/14 3536/21 3547/14 3548/9 3551/24 3558/1
OBJECTING [1] 3472/6
OBJECTION [20] 3412/5 3423/12 3423/13 3423/23 3423/24 3430/8 3444/18 3455/6 3457/17 3505/5 3505/25 3507/19 3508/12 3517/8 3521/5 3524/5 3524/8 3537/2 3537/21 3548/15
OBJECTIONS [1] 3547/16
OBLIGATION [1] 3446/8
OBSERVED [1] 3520/13
OBSOLETE [1] 3449/21
OBTAIN [4] 3510/6 3510/14 3529/9 3542/21
OBTAINING [1] 3534/18
OBVIOUSLY [3] 3411/6 3472/12 3481/5
OCCASION [1] 3506/17
OCCUR [6] 3420/10 3420/11 3515/15 3516/23 3543/8 3549/13
OCCURRED [6] 3522/23 3523/8 3523/15 3533/9 3540/5 3549/3
OCCURRING [7] 3416/8 3523/21 3539/21 3540/1 3540/14 3546/11 3551/20
OCCURS [1] 3484/23
OCEAN [1] 3530/16
OCTOBER [1] 3411/9
OCTOBER 1982 [1] 3411/9
OFF [5] 3422/9 3436/17 3437/17 3438/2 3464/14
OFFENSE [1] 3438/22
OFFER [5] 3433/7 3434/9 3450/20 3454/14 3456/1
OFFICE [14] 3407/7 3407/14 3407/22 3407/24 3462/25 3466/7 3466/7 3466/20 3468/20 3475/10 3475/16 3484/8 3489/5 3505/1
OFFICER [1] 3460/7
OFFICES [1] 3406/18
OFFICIAL [3] 3408/20 3559/9 3559/18
OFFICIALLY [1] 3514/13
OFFICIALS [7] 3461/11 3461/12 3481/6 3488/8 3541/7 3545/15 3548/25
OFTEN [7] 3516/15 3516/16 3529/1 3538/7 3548/21 3549/13 3557/7
OH [2] 3434/21 3495/16
OIL [1] 3487/12
OKAY [18] 3410/17 3422/9 3426/4 3429/10 3431/21 3431/25 3435/6 3446/24 3469/19 3482/25 3495/19 3501/23 3502/22 3503/22 3505/4 3507/4 3507/24 3554/11
OLD [2] 3509/23 3538/13
OMB [3] 3466/17 3466/19 3466/20
OMINOUSLY [1] 3489/1
OMITTED [1] 3457/15
OMNISCIENT [1] 3501/3
ON [182]
ONCE [5] 3418/19 3420/22 3425/24 3549/14
ONE [50] 3412/11 3416/8 3416/15 3421/4 3423/1 3426/5 3426/7 3426/20 3427/4 3435/20 3435/21 3435/22 3435/25 3437/8 3438/6 3439/19 3440/6 3440/7 3440/16 3441/20 3443/25 3446/1 3446/12 3446/25 3451/18 3455/25 3457/6 3458/14 3465/17 3470/7 3472/21 3474/18 3475/8 3476/12 3476/23 3484/1 3484/13 3488/12 3490/8 3490/22 3492/16 3501/6 3501/19 3504/2 3507/1 3520/1 3527/6 3527/24 3534/20 3541/14 ONES [2] 3528/3 3550/1
ONGOING [5] 3486/6 3489/11 3493/7 3493/15 3550/20
ONLY [14] 3438/9 3440/9 3449/22 3450/2 3450/13 3471/10 3471/12 3473/3 3473/10 3488/25 3492/3 3501/12 3537/21 3558/2
ONTO [1] 3555/19
OPEN [18] 3418/24 3419/14 3443/20 3446/2 3512/24 3513/12 3513/25 3514/2 3516/24 3523/16 3523/21 3523/23 3524/1 3524/21 3524/24 3533/9 3533/13 3533/14
OPENING [2] 3419/22 3474/25
OPERATE [3] 3446/7 3531/19 3541/21
OPERATED [1] 3541/14
OPERATION [6] 3471/2 3514/18 3517/11 3539/13 3542/17 3542/24
OPERATIONS [36] 3509/13 3511/14 3511/20 3511/24 3512/12 3514/10 3514/14 3515/23 3517/1 3520/9 3522/22 3523/7 3523/14 3526/4 3527/22 3528/8 3531/13 3534/15 3535/4 3535/13 3539/6 3540/23 3541/2 3544/10 3545/8 3545/9 3547/9 3547/21 3547/22 3547/23 3548/21 3550/3 3550/20 3553/10 3557/16 3557/21
OPINION [14] 3519/10 3520/1 3520/3 3520/3 3520/15 3521/7 3524/5 3524/13 3525/5 3525/7 3551/8 3551/25 3552/1 3552/3
OPINIONS [4] 3521/16 3521/16 3521/17 3525/4
OPPORTUNITY [1] 3528/23
OPPOSED [1] 3523/24
OPPOSITION [1] 3434/14
OPT [2] 3532/21 3540/17
OPTIMUM [1] 3467/14
OPTION [3] 3532/20 3543/12 3552/13
OPTIONS [2] 3530/14 3545/22
OR [88] 3413/11 3413/22 3413/23 3417/12 3419/12 3420/4 3426/6 3426/11 3427/6 3428/14 3430/17 3433/22 3434/2 3434/11 3435/7 3435/11 3436/8 3436/12 3437/11 3437/14 3438/5 3438/10 3438/11 3443/10 3445/21 3448/2 3448/15 3449/15 3450/14 3452/24 3459/21 3460/19 3467/1 3467/14 3468/3 3468/6 3468/7 3469/17 3469/22 3470/7 3474/21 3475/1 3475/23 3479/24 3481/13 3481/17 3483/7 3483/8 3483/24 3484/25 3485/7 3485/10 3486/18 3496/2 3497/15 3497/18 3501/21 3505/16 3507/4 3507/25 3508/3 3509/5 3512/7 3512/18 3515/15 3515/16 3516/10 3517/6 3518/20 3519/1 3520/15 3526/13 3526/19 3530/9 3530/10 3530/16 3530/17 3534/20 3538/5 3540/2 3540/25 3549/19 3552/11 3552/19 3555/2 3555/7 3556/5 3556/9
ORANGE [1] 3432/4
ORCHESTRATED [1] 3544/24
ORDER [8] 3426/1 3432/4 3457/10 3472/23 3508/2 3522/25 3523/10 3528/9
ORDERED [1] 3504/16
ORIENT [1] 3513/3
ORIENTED [1] 3537/8
ORIGINAL [2] 3421/20 3503/12
ORLEANS [40] 3406/6 3406/20 3406/23 3407/10 3408/8 3408/21 3434/6 3442/21 3461/11 3461/19 3462/11 3465/4 3473/16 3474/10 3477/9 3478/11 3478/12 3478/13 3479/18 3483/8 3488/3 3488/20 3488/22 3489/4 3492/21 3492/22 3492/25 3493/1 3493/14 3493/22 3493/22 3494/1 3505/1 3509/22 3510/12 3511/11 3512/1 3512/12 3513/19 3528/4
ORLEANS PARISH [7] 3478/12 3478/13 3483/8 3488/22 3492/22 3492/25 3493/14
OSTENSIBLE [1] 3538/2
OTHER [47] 3416/14 3420/21 3421/11 3438/9 3443/23 3450/5 3451/18 3453/18 3457/16 3458/14 3458/16 3458/25 3459/15 3463/14 3463/16 3463/18 3466/8 3467/15 3471/4 3471/14 3471/15 3473/13 3473/21 3474/20 3478/15 3483/21 3486/7 3488/22 3489/24 3494/13 3504/2 3506/15 3510/8 3512/19 3512/20 3513/10 3516/25 3521/16 3521/17 3525/3 3527/19 3539/13 3540/19 3547/4 3547/23 3550/21 3550/22
OTHERS [5] 3452/3 3452/15 3470/8 3489/17 3532/8
OTHERWISE [3] 3437/18 3510/25 3548/13
OUR [32] 3422/20 3423/21 3426/24 3446/7 3446/8 3446/12 3453/13 3455/6 3458/20 3459/3 3459/8 3459/25 3466/7 3467/9 3468/20 3473/20 3474/15 3474/16 3475/10 3475/16 3480/10 3488/19 3501/19 3502/21 3503/8 3512/2

OUR... [6] 3529/6 3529/8 3538/22
3538/24 3540/25 3553/25
OURSELVES [2] 3500/19 3513/3
OUT [31] 3414/4 3425/14 3436/24
3437/4 3437/25 3438/12 3439/4 3441/18
3442/7 3450/1 3453/24 3455/7 3459/25
3465/14 3465/22 3473/2 3477/11 3479/6
3481/15 3483/8 3503/18 3503/23
3520/10 3533/14 3533/18 3533/21
3534/14 3535/14 3545/12 3555/18
3558/7
OUTLET [2] 3493/24 3511/15
OUTPUTS [1] 3426/24
OUTSIDE [3] 3412/5 3526/14 3541/2
OVER [37] 3413/24 3420/11 3439/20
3444/16 3447/19 3452/21 3467/25
3476/25 3477/3 3477/5 3477/10 3485/10
3493/16 3493/18 3495/10 3500/9 3501/5
3506/15 3508/8 3514/13 3515/15
3524/22 3525/1 3525/5 3525/9 3525/10
3526/13 3526/16 3526/19 3526/20
3526/22 3527/1 3527/3 3528/20 3538/11
3555/4 3555/9
OVER-DEPTH [11] 3525/1 3525/5
3525/9 3525/10 3526/13 3526/16
3526/19 3526/20 3526/22 3527/1 3527/3
OVERALL [2] 3460/2 3476/7
OVERLY [1] 3436/21
OVERRULE [1] 3517/8
OVERRULED [5] 3507/20 3508/13
3529/19 3547/15 3558/2
OVERSIGHT [1] 3454/2
OVERSTATE [1] 3441/10
OVERSTATED [3] 3440/4 3440/20
3441/3
OVERSTATING [1] 3441/8
OVERVALUED [1] 3441/7
OWN [3] 3474/15 3521/8 3541/18
OWNER [1] 3540/25
OWNERS [3] 3540/11 3541/8 3545/16

# P

P.M [1] 3559/4
P.O [1] 3408/18
PAGE [33] 3409/2 3412/24 3416/19
3418/8 3418/8 3429/21 3430/1 3435/1
3447/5 3447/12 3452/17 3452/17
3452/18 3452/22 3453/2 3455/7 3457/5
3457/6 3466/1 3480/25 3481/10 3490/24
3495/7 3495/23 3496/9 3496/15 3496/24
3497/23 3498/5 3499/17 3499/19
3526/10 3535/17
PAGES [6] 3414/25 3455/4 3457/14
3457/16 3458/16 3460/11
PALMINTIER [3] 3407/19 3407/19
3407/20
PARAGRAPH [11] 3415/2 3415/11
3416/21 3431/9 3431/19 3431/23
3485/25 3486/10 3486/22 3492/19
3493/10
PARAGRAPHS [1] 3489/3
PARALLEL [1] 3513/10
PARALLELS [1] 3531/2
PARIS [1] 3493/24
PARISH [27] 3430/18 3446/24 3447/14
3463/4 3478/10 3478/12 3478/13
3478/13 3478/14 3481/5 3481/6 3483/8
3483/8 3483/21 3486/7 3486/20 3486/21
3487/2 3487/21 3487/22 3492/22
3492/22 3492/25 3493/14 3504/24
3546/1 3549/1

PARISHES [3] 3465/4 3486/7 3488/22
PART [12] 3413/9 3414/9 3414/15
3414/4 3418/9 3430/14 3430/22 3431/4
3437/10 3441/9 3441/10 3441/12
3448/13 3449/9 3465/21 3467/2 3480/6
3483/15 3486/12 3490/23 3512/24
3513/23 3516/23
PARTICIPATE [2] 3550/15 3550/22
PARTICULAR [14] 3410/22 3437/23
3443/18 3443/22 3463/25 3468/3 3470/9
3472/16 3474/21 3476/15 3478/7
3507/14 3541/22 3549/4
PARTICULARLY [4] 3410/15 3491/18
3518/8 3546/5
PARTIES [1] 3492/1
PARTNERS [1] 3480/9
PARTNERSHIP [1] 3488/19
PASS [2] 3515/20 3528/11
PASSAGE [1] 3528/21
PASSED [2] 3424/11 3548/3
PAUL [3] 3408/11 3408/13 3508/23
PAY [3] 3425/7 3457/13 3533/19
PAYING [2] 3448/24 3449/4
PAYS [1] 3438/17
PC [2] 3406/15 3407/2
PENCIL [1] 3450/1
PENDING [2] 3411/20 3431/20
PEOPLE [11] 3423/21 3432/10 3437/25
3437/25 3438/1 3476/23 3479/18
3479/21 3479/24 3497/4 3500/1
PER [6] 3450/7 3450/11 3450/20
3515/24 3527/24 3548/23
PERCEIVE [2] 3539/17 3539/20
PERCEIVED [1] 3437/15
PERCENT [22] 3424/22 3424/25 3425/7
3425/12 3425/17 3425/22 3426/8
3426/17 3427/11 3440/5 3440/20 3441/4
3448/19 3448/20 3448/24 3449/4 3480/9
3522/25 3523/4 3523/10 3523/17 3533/8
PERCENTAGE [3] 3522/23 3523/8
3523/15
PERCENTAGES [1] 3425/20
PEREZ [1] 3430/17
PERFECTLY [1] 3414/16
PERFORM [6] 3529/10 3529/24 3532/20
3540/23 3542/22 3545/21
PERFORMANCE [1] 3441/21
PERFORMED [6] 3438/11 3466/11
3477/22 3478/7 3478/16 3547/22
PERFORMING [2] 3512/16 3532/7
PERHAPS [1] 3539/9
PERIOD [1] 3451/4
PERIODIC [1] 3525/19
PERIODICALLY [1] 3410/14
PERMISSION [2] 3546/17 3546/19
PERMIT [2] 3526/22 3527/7
PERMITTED [4] 3429/25 3453/17
3480/2 3526/14
PERSON [1] 3483/24
PERSONAL [6] 3505/19 3520/12 3521/8
3521/21 3522/14 3551/11
PERSONALLY [2] 3423/15 3494/9
PERTAINED [2] 3481/22 3484/14
PERTAINING [3] 3542/2 3542/7 3542/9
PERTAINS [1] 3473/10
PETER [1] 3408/15
PH.D [2] 3510/12 3510/14
PHASE [7] 3427/4 3435/9 3440/12
3514/9 3514/10 3514/13 3541/2
PHILEN [1] 3408/6
PHONE [3] 3479/19 3484/8 3484/11
PHOTOGRAPHY [1] 3545/13
PICK [2] 3451/9 3479/18

PIECE [3] 3459/20 3469/22 3469/23
PIECES [1] 3469/24
PILOTS [5] 3446/4 3446/10 3528/14
3528/19 3529/16
PINK [1] 3553/19
PLACE [11] 3516/5 3531/9 3539/15
3539/25 3545/18 3549/14 3549/21
3552/5 3552/10 3552/11 3557/7
PLACED [6] 3530/16 3538/15 3540/2
3549/8 3555/17 3556/11
PLACEMENT [3] 3530/9 3543/2 3543/12
PLACES [2] 3416/14 3428/20
PLACING [2] 3538/16 3546/25
PLAINTIFFS [15] 3406/15 3406/18
3406/21 3407/2 3407/5 3407/9 3407/12
3407/16 3407/19 3407/22 3408/6 3459/7
3500/25 3503/10 3503/19
PLAINTIFFS' [1] 3429/4
PLAN [16] 3422/11 3423/8 3424/24
3429/13 3440/11 3440/15 3456/9
3472/23 3515/21 3531/20 3535/4
3541/15 3541/18 3543/1 3543/12
3558/25
PLANNED [3] 3465/10 3477/22 3550/20
PLANNING [8] 3433/4 3442/24 3507/1
3512/3 3512/8 3535/13 3540/25 3550/6
PLANS [8] 3464/14 3512/13 3512/16
3512/18 3512/21 3535/14 3549/5
3558/12
PLANT [1] 3445/15
PLAQUEMINES [1] 3430/17
PLAY [2] 3466/14 3468/14
PLAYING [2] 3501/22 3503/20
PLAYS [2] 3466/16 3503/18
PLC [3] 3406/18 3407/19 3407/23
PLEASE [35] 3410/4 3430/6 3434/8
3445/24 3447/5 3456/5 3461/2 3461/24
3463/24 3467/11 3473/23 3477/1 3478/6
3480/15 3480/25 3481/10 3481/10
3486/22 3487/17 3487/22 3488/17
3490/23 3492/19 3494/21 3494/25
3495/11 3497/12 3499/21 3499/25
3502/18 3509/9 3519/5 3520/5 3522/20
3554/23
PLOTTED [1] 3451/3
PODANY [1] 3410/5
POINT [24] 3412/8 3414/5 3432/18
3438/7 3446/25 3450/17 3454/4 3454/9
3455/7 3458/3 3458/11 3458/25 3459/11
3459/23 3460/16 3473/2 3494/1 3501/4
3505/17 3513/19 3520/21 3520/25
3521/25 3522/14
POINTED [1] 3477/11
POINTING [2] 3481/15 3531/4
POINTS [2] 3473/10 3504/10
POLICE [1] 3412/3
POLICY [10] 3425/16 3425/24 3427/2
3429/23 3432/2 3433/13 3433/24 3526/4
3531/19 3532/8
POLITICALLY [3] 3495/16 3495/20
3495/25
POLYGONS [1] 3538/16
POND [1] 3463/17
PONTCHARTRAIN [30] 3428/12
3428/19 3430/15 3430/19 3430/22
3431/6 3433/20 3461/7 3461/13 3463/9
3463/14 3464/1 3464/16 3465/7 3467/6
3468/18 3469/10 3470/1 3470/17
3472/25 3473/25 3486/3 3486/20
3487/24 3492/2 3492/22 3493/5 3494/8
3498/9 3500/3
PONY [5] 3424/21 3424/25 3427/5
3427/16 3442/3

P

POOR [1] 3447/1
PORT [5] 3495/2 3500/2 3513/19 3528/4 3528/19
PORTION [9] 3487/25 3492/22 3512/25 3513/17 3513/18 3523/16 3523/22 3533/10 3535/23
POSES [1] 3476/23
POSITION [13] 3425/5 3445/20 3461/9 3462/23 3462/24 3463/1 3463/2 3463/5 3463/7 3463/8 3472/20 3512/7 3543/14
POSITIONS [1] 3462/22
POSSIBILITY [3] 3418/4 3439/15 3507/18
POSSIBLE [4] 3436/3 3476/16 3501/17 3547/7
POSSIBLY [3] 3421/5 3508/2 3525/3
POST [3] 3407/7 3407/14 3407/22
POTENTIAL [3] 3444/13 3449/15 3450/5
POTENTIALLY [2] 3440/10 3440/15
POUNDS [1] 3558/4
POWER [3] 3498/3 3504/4 3507/25
POWERPOINT [1] 3480/19
POYDRAS [2] 3407/10 3408/20
PRACTICAL [1] 3525/20
PRACTICE [2] 3416/25 3500/18
PRECEDED [1] 3410/25
PRECIPITATED [2] 3421/2 3441/17
PRECISE [1] 3502/22
PRECLUDE [2] 3524/14 3525/18
PRECONCEIVED [1] 3549/5
PREDECESSOR [1] 3547/25
PREDICTING [1] 3414/6
PREJUDICED [1] 3459/7
PREMATURE [1] 3501/18
PREPARATION [1] 3436/6
PREPARE [12] 3435/7 3454/6 3455/16 3458/17 3458/20 3459/21 3466/4 3473/15 3480/12 3512/18 3515/21 3535/10
PREPARED [10] 3436/8 3465/20 3468/17 3468/19 3471/14 3471/17 3480/19 3485/19 3503/21 3535/11
PREPARES [1] 3466/17
PREPARING [4] 3466/16 3468/15 3484/22 3501/1
PRESENT [2] 3408/6 3456/16
PRESENTATION [2] 3481/6 3504/23
PRESENTATIONS [5] 3480/22 3483/20 3483/24 3484/1 3484/5
PRESENTLY [1] 3491/10
PRESIDENT [16] 3465/21 3479/5 3479/20 3480/1 3481/2 3484/18 3484/24 3485/6 3485/21 3493/2 3499/13
PRESS [1] 3484/4
PRESUMABLY [1] 3417/18
PRETTY [7] 3435/21 3441/13 3502/5 3502/6 3504/17 3533/4 3533/14
PREVENT [3] 3417/21 3487/15 3557/14
PREVENTED [2] 3477/4 3495/21
PREVIOUS [7] 3432/6 3473/24 3477/14 3478/17 3536/24 3537/1 3547/22
PRIMARILY [2] 3512/23 3539/5
PRIMARY [7] 3432/9 3432/11 3432/14 3432/16 3514/24 3527/17 3533/1
PRINCIPLES [1] 3531/21
PRINT [1] 3481/15
PRIOR [14] 3427/10 3451/22 3452/22

3468/6 3472/12 3474/24 3482/1 3500/7 3551/6 3552/10 3552/19 3553/4 3553/10 3558/14
PRIORITIES [3] 3516/5 3540/1 3541/19
PRIORITIZE [1] 3472/9
PRIORITIZED [2] 3499/2 3515/1
PRIORITY [2] 3469/18 3516/8
PRISM [1] 3526/14
PROBABLY [8] 3438/6 3438/8 3446/23 3456/20 3475/25 3489/25 3500/20 3509/2
PROBLEM [8] 3411/14 3455/18 3472/18 3500/19 3504/19 3508/7 3540/20 3558/24
PROBLEMS [12] 3410/14 3417/11 3417/22 3418/3 3433/5 3436/10 3474/21 3492/6 3492/6 3507/12 3507/14 3545/18
PROCEDURES [1] 3437/18
PROCEED [1] 3549/17
PROCEEDINGS [3] 3406/10 3408/24 3559/13
PROCESS [14] 3454/14 3472/13 3472/22 3473/6 3482/18 3484/15 3490/25 3491/8 3497/21 3515/10 3525/11 3526/15 3542/16 3542/20
PRODUCED [3] 3408/25 3460/12 3519/9
PROFESSIONAL [2] 3510/16 3510/19
PROFILE [5] 3518/8 3518/22 3519/4 3520/23 3522/6
PROGRAM [2] 3533/24 3534/10
PROGRAMS [5] 3468/20 3474/17 3484/5 3540/25 3550/6
PROGRESS [2] 3414/5 3461/13
PROGRESSED [1] 3451/24
PROGRESSIVELY [1] 3522/9
PROHIBITED [1] 3479/22
PROHIBITION [1] 3433/22
PROJECT [188]
PROJECT'S [3] 3485/2 3491/4 3491/15
PROJECTED [1] 3416/1
PROJECTOR [1] 3545/14
PROJECTS [60] 3448/1 3449/9 3463/3 3463/14 3463/16 3464/4 3464/13 3466/8 3466/11 3467/10 3468/11 3468/17 3468/24 3469/9 3469/15 3469/24 3470/12 3470/23 3470/24 3471/1 3471/1 3471/2 3471/3 3471/3 3471/4 3471/11 3471/12 3472/9 3472/23 3473/16 3474/13 3475/2 3475/5 3475/22 3475/23 3479/4 3483/6 3489/7 3494/4 3494/6 3494/13 3494/15 3500/5 3500/7 3500/9 3500/11 3512/8 3512/14 3514/18 3517/1 3517/14 3518/1 3526/6 3534/15 3541/1 3541/15 3546/16 3547/4 3549/19 3549/20
PROMOTION [1] 3463/11
PROOF [3] 3465/1 3478/11 3502/24
PROOFING [2] 3493/16 3493/17
PROPER [5] 3498/1 3517/5 3517/19 3529/14 3550/6
PROPERTIES [1] 3498/2
PROPERTY [13] 3439/10 3444/13 3475/3 3488/22 3540/5 3540/6 3540/10 3540/11 3540/25 3541/8 3545/16 3546/13 3546/25
PROPONENTS [1] 3529/6
PROPOSE [1] 3508/3
PROPOSED [9] 3429/4 3485/8 3486/5 3486/6 3487/14 3492/1 3493/3 3502/24 3543/5
PROPOSITION [2] 3410/12 3444/12
PRORATED [1] 3426/24

PROTECT [3] 3479/17 3479/21 3555/5 3555/9 3557/8
PROTECTING [1] 3555/22
PROTECTION [118] 3414/4 3421/17 3421/24 3422/2 3422/3 3422/19 3425/7 3426/6 3427/11 3427/20 3427/22 3428/1 3428/4 3428/13 3428/25 3429/19 3430/9 3430/13 3430/21 3431/1 3431/3 3431/6 3431/15 3431/16 3432/13 3432/15 3433/3 3433/4 3433/13 3433/19 3433/25 3434/1 3434/13 3434/14 3437/16 3441/18 3442/7 3442/25 3444/24 3445/23 3446/17 3448/8 3448/10 3450/5 3450/14 3450/14 3450/16 3450/20 3461/7 3462/25 3463/3 3463/9 3463/14 3464/1 3464/17 3465/1 3465/7 3470/18 3472/25 3475/2 3476/22 3477/8 3478/12 3481/20 3486/4 3487/10 3488/19 3489/6 3492/2 3492/23 3493/5 3493/9 3493/19 3493/21 3497/3 3497/24 3498/8 3498/10 3498/11 3498/22 3498/24 3500/4 3506/21 3507/1 3512/3 3517/17 3535/16 3540/2 3540/15 3540/18 3549/19 3551/2 3552/12 3552/20 3552/22 3553/3 3553/4 3553/7 3553/20 3554/25 3555/10 3555/13 3555/15 3556/9 3556/12 3556/13 3556/22 3556/24 3557/5 3557/8 3557/12 3557/14 3557/16 3557/19 3557/22 3558/10 3558/14
PROTECTS [1] 3477/9
PROVIDE [12] 3426/8 3469/4 3477/12 3481/19 3493/20 3513/11 3514/25 3529/5 3535/11 3540/18 3550/19 3554/9
PROVIDED [19] 3423/1 3424/16 3435/20 3453/3 3453/18 3453/19 3455/24 3458/22 3474/5 3476/16 3477/16 3478/3 3478/4 3478/5 3495/13 3514/14 3517/24 3554/1 3558/17
PROVIDES [4] 3491/13 3491/14 3497/3 3535/19
PROVIDING [5] 3446/6 3514/22 3550/21 3557/19 3557/20
PROVISION [3] 3449/7 3534/2 3534/9
PUBLIC [12] 3434/21 3436/5 3436/19 3444/13 3446/9 3480/23 3484/2 3484/9 3505/2 3505/23 3506/7 3541/9
PUBLICLY [1] 3479/8
PULL [2] 3492/17 3537/18
PUMP [6] 3465/1 3478/12 3493/19 3493/21 3532/25 3533/15
PUMPED [1] 3530/21
PURPOSE [2] 3538/2 3541/19
PURPOSES [5] 3497/14 3514/22 3518/2 3518/6 3525/20
PURSUANT [4] 3447/20 3461/20 3511/22 3543/15
PURSUING [1] 3510/12
PUSH [1] 3475/1
PUSHED [1] 3527/19
PUSHING [1] 3465/14
PUT [13] 3411/7 3412/20 3417/18 3423/15 3433/3 3437/24 3446/16 3447/5 3451/22 3456/5 3475/20 3503/4 3503/11
PUTTING [2] 3449/10 3449/11
PX [14] 3411/9 3412/10 3412/20 3414/16 3422/6 3434/8 3439/18 3442/18 3447/5 3450/10 3451/2 3451/22 3456/5 3505/4
PX-143 [3] 3411/9
PX-1633 [1] 3412/10
PX-1638 [1] 3442/18
PX-1639 [1] 3412/20

**P**

PX-1810.17 [2] 3450/10 3451/2
PX-189 [1] 3434/8
PX-2082 [1] 3422/6
PX-2176 [1] 3505/4
PX-2179 [1] 3451/22
PX-306 [2] 3439/18 3456/5
PX-722 [1] 3447/5
PX-9 [1] 3414/16

**Q**

QUANTITIES [2] 3457/9 3457/10
QUESTION [31] 3411/20 3411/22
3419/21 3424/13 3427/19 3429/15
3431/20 3435/14 3435/16 3436/19
3436/24 3441/9 3443/6 3443/12 3444/21
3444/23 3444/25 3445/2 3445/3 3445/5
3445/6 3445/24 3447/25 3450/19 3452/3
3453/4 3474/14 3545/1 3552/8 3555/16
3558/1
QUESTIONS [11] 3415/9 3424/5
3430/12 3436/15 3453/21 3454/12
3458/5 3458/23 3489/12 3500/16
3508/16
QUICK [1] 3508/20
QUICKER [1] 3410/21
QUICKLY [1] 3459/3

**R**

R-U-S-S-O [1] 3509/12
RACCOON [1] 3497/6
RADIO [1] 3484/5
RAISE [3] 3504/25 3508/3 3508/11
RAISED [3] 3477/7 3481/19 3501/4
RAISING [2] 3483/13 3483/17
RANGE [1] 3527/21
RANK [6] 3474/6 3474/13 3475/9
3475/22 3476/3 3499/1
RANKED [2] 3474/19 3499/4
RANKING [8] 3461/10 3474/10 3474/15
3474/16 3475/5 3475/10 3475/18
3475/23
RANKINGS [1] 3474/23
RANKS [1] 3432/8
RARE [1] 3491/16
RATE [2] 3481/8 3557/20
RATES [1] 3552/11
RATIO [2] 3476/7 3476/8
REACH [39] 3413/10 3419/6 3428/14
3428/15 3428/17 3429/1 3429/1 3458/1
3469/12 3482/8 3482/10 3507/2 3507/6
3507/13 3508/7 3513/12 3513/12
3513/25 3514/2 3514/4 3514/5 3515/3
3515/6 3516/9 3516/10 3516/10 3516/16
3518/8 3522/17 3522/24 3523/9 3523/24
3524/1 3533/1 3533/13 3533/15 3551/4
3553/2 3553/5
REACH 1 [3] 3428/14 3428/15 3428/17
REACH 2 [10] 3413/10 3419/6 3429/1
3429/1 3458/1 3482/8 3482/10 3507/2
3507/13 3508/7
REACHED [1] 3410/18
REACHES [8] 3516/7 3516/24 3533/12
3533/13 3540/3 3549/19 3549/20
3552/19
REACHING [1] 3550/24
READ [32] 3412/13 3430/6 3431/9
3432/20 3432/21 3436/19 3436/24
3443/19 3455/3 3476/18 3477/1 3485/24
3486/9 3486/22 3488/17 3489/3 3490/23
3492/19 3493/10 3494/21 3494/25
3495/11 3495/14 3496/10 3496/25
3497/8 3497/12 3497/24 3498/12

REAL [1] 3459/19
REALLY [6] 3415/19 3416/12 3425/25
3426/1 3440/21 3440/24
REASON [10] 3414/2 3421/19 3422/1
3426/5 3431/14 3440/21 3440/22
3444/15 3446/13 3450/2
REASONS [12] 3416/18 3416/20
3439/19 3440/7 3440/16 3446/1 3446/25
3517/24 3539/1 3551/6 3551/7 3551/19
REASSESS [1] 3550/11
RECALL [8] 3412/13 3454/24 3483/22
3485/2 3485/5 3485/8 3499/5 3499/9
RECEIPT [1] 3530/1
RECEIVE [5] 3434/19 3516/18 3528/11
3529/1 3529/7
RECEIVED [8] 3468/5 3477/19 3478/2
3490/5 3499/9 3515/23 3517/25 3529/4
RECEIVES [1] 3529/13
RECENT [1] 3491/20
RECESS [10] 3460/20 3460/21 3460/22
3460/23 3460/25 3500/20 3501/18
3501/19 3502/16 3559/6
RECOGNIZE [2] 3480/15 3485/16
RECOMMEND [6] 3440/12 3444/8
3446/2 3448/14 3449/13 3478/25
RECOMMENDATION [2] 3426/23
3430/17
RECOMMENDED [10] 3424/24 3426/20
3426/22 3442/18 3443/20 3444/15
3467/2 3485/5 3488/25 3499/13
RECOMMENDING [4] 3426/14 3479/10
3479/16 3480/4
RECOMMENDS [1] 3466/15
RECON [5] 3440/19 3441/3 3441/6
3451/4 3456/5
RECONCILE [1] 3491/21
RECONCILED [1] 3491/12
RECONNAISSANCE [14] 3410/12
3411/1 3413/5 3414/15 3417/1 3426/11
3426/19 3439/18 3440/3 3440/8 3440/17
3444/17 3445/9 3451/20
RECORD [13] 3411/4 3411/13 3429/4
3429/6 3455/23 3461/25 3509/10 3536/7
3537/1 3548/11 3548/16 3558/19
3559/13
RECORDED [1] 3408/24
RECREATIONAL [3] 3417/25 3527/20
3527/20
RECTIFY [1] 3454/7
RED [6] 3452/11 3481/12 3482/7
3482/10 3482/11 3483/10
RED CROSSHATCHED [1] 3481/12
RED-AND-WHITE-CHECKERED [1]
3483/10
REDDISH [1] 3553/17
REDIRECT [1] 3508/17
REDREDGING [1] 3449/24
REDUCE [3] 3415/12 3418/4 3515/17
REDUCED [2] 3491/20 3516/15
REDUCTION [9] 3415/16 3449/1
3468/24 3470/24 3471/3 3471/11
3471/12 3483/6 3494/6
REEVALUATION [5] 3550/9 3550/10
3550/16 3550/22 3550/25
REFER [4] 3531/23 3534/8 3542/6
3550/5
REFERENCE [1] 3415/5
REFERENCED [1] 3531/25
REFERENCES [1] 3420/6
REFERRED [1] 3550/8
REFERRING [2] 3415/8 3496/22

REFERS [1] 3467/13
REFERRED [1] 3473/13
REFLECT [2] 3531/24 3544/5
REGARD [5] 3456/13 3464/1 3483/11
3492/1 3533/23
REGARDING [2] 3461/12 3466/10
3484/2 3529/2
REGION [2] 3538/22 3539/14
REGIONS [1] 3526/17
REGROUP [1] 3460/23
REGULAR [2] 3519/20 3547/5
REGULARLY [1] 3548/23
REGULATING [1] 3541/19
REGULATION [6] 3447/20 3525/24
3526/5 3526/7 3526/22 3527/6
REGULATIONS [9] 3526/3 3531/24
3532/4 3541/14 3542/2 3542/9 3542/14
3543/21 3545/11
REGULATORY [3] 3532/7 3541/8
3549/1
REHABILITATION [1] 3493/25
RELATE [1] 3461/20
RELATED [5] 3482/20 3485/23 3516/23
3539/5 3539/14
RELATES [4] 3472/19 3522/4 3522/5
3522/7
RELATIONS [3] 3505/2 3505/23 3506/8
RELATIVE [1] 3470/11
RELATIVELY [2] 3437/14 3524/23
RELEASED [5] 3479/6 3479/7 3484/18
3484/24 3493/3
RELEVANCE [2] 3472/2 3472/6
RELEVANT [5] 3454/6 3455/14 3472/3
3505/6 3529/15
RELIABLE [3] 3511/22 3528/25
RELOCATING [1] 3442/19
REMAINED [2] 3464/24 3465/2
REMAINING [3] 3488/24 3489/5 3513/23
REMARKS [13] 3476/25 3494/10
3494/25 3495/11 3495/15 3495/16
3496/10 3497/2 3497/12 3497/24
3498/12 3498/18 3499/25
REMEDIAL [7] 3414/21 3416/16 3444/16
3444/20 3445/2 3448/18 3450/5
REMEDIATION [1] 3445/21
REMEDIED [1] 3540/20
REMEDY [2] 3539/23 3540/7
REMEMBER [7] 3411/7 3422/14 3503/3
3503/23 3507/2 3509/5 3509/17
REMOVED [1] 3525/17
RENDER [1] 3501/5
RENDERING [1] 3421/10
RENEW [1] 3455/6
REPAIRING [2] 3429/24 3432/2
REPEAT [3] 3443/6 3445/24 3527/6
REPHRASE [1] 3444/25
REPORT [61] 3410/13 3411/1 3412/22
3413/7 3414/15 3414/16 3414/20
3419/11 3420/4 3420/5 3420/20 3421/8
3421/12 3421/25 3425/10 3426/14
3426/19 3426/21 3427/14 3433/7 3439/7
3439/14 3439/14 3439/19 3440/4 3440/8
3440/17 3440/19 3441/3 3441/6 3442/16
3442/18 3442/23 3443/4 3443/9 3443/11
3443/22 3444/9 3444/17 3444/21
3444/21 3444/21 3445/9 3447/25
3448/22 3449/14 3449/19 3451/4
3451/20 3451/22 3454/25 3455/1 3456/6
3456/7 3456/14 3457/2 3457/3 3457/24
3509/6 3519/9 3525/4
REPORTED [1] 3421/18
REPORTER [4] 3408/20 3436/25
3559/10 3559/18

**R**

REPORTS [7] 3417/1 3426/12 3433/6 3439/17 3441/14 3443/24 3450/9
REPRESENT [4] 3469/20 3537/10 3552/3 3553/1
REPRESENTATION [2] 3520/14 3522/8
REPRESENTATIVE [2] 3489/13 3490/17
REPRESENTS [2] 3538/1 3553/3
REQUEST [6] 3430/17 3430/21 3477/25 3478/1 3489/8 3499/5
REQUESTED [3] 3466/22 3499/11 3517/22
REQUESTING [3] 3469/23 3492/23 3517/6
REQUESTS [1] 3517/18
REQUIRE [5] 3417/20 3426/10 3439/5 3440/13 3442/3
REQUIRED [6] 3437/4 3465/3 3472/22 3483/17 3486/15 3526/14
REQUIREMENT [1] 3525/4
REQUIREMENTS [10] 3416/1 3427/17 3446/8 3469/13 3480/20 3532/5 3532/10 3532/13 3532/16 3535/13
REQUIRES [2] 3438/16 3526/20
RESEARCH [2] 3510/23 3511/7
RESEARCHERS [1] 3511/7
RESIDENCES [1] 3487/12
RESIDENT [1] 3461/14
RESIDENTS [3] 3488/21 3492/25 3494/24
RESOLVE [2] 3547/2 3550/4
RESOLVED [3] 3500/23 3501/16 3502/14
RESOURCE [2] 3417/21 3545/16
RESOURCES [11] 3422/15 3424/11 3511/9 3529/8 3533/23 3534/4 3534/19 3541/25 3543/4 3544/3 3544/7
RESPECT [7] 3478/15 3484/15 3492/3 3494/8 3494/13 3514/24 3522/12
RESPECTIVE [1] 3501/1
RESPECTIVELY [1] 3536/6
RESPOND [5] 3455/9 3459/12 3520/5 3524/9 3529/24
RESPONSE [4] 3488/6 3490/17 3490/19 3491/4
RESPONSES [3] 3490/6 3490/8 3529/5
RESPONSIBILITIES [7] 3463/25 3465/17 3511/4 3511/19 3511/21 3512/6 3512/15
RESPONSIBILITY [2] 3480/10 3542/1
RESPONSIBLE [13] 3461/9 3463/1 3463/2 3463/13 3463/16 3464/3 3464/10 3470/20 3478/21 3479/4 3487/24 3494/12 3512/8
REST [3] 3438/19 3459/3 3551/22
RESTATE [2] 3445/3 3445/6
RESTORATION [10] 3426/25 3432/10 3432/14 3432/16 3433/5 3442/25 3448/3 3462/25 3512/3 3518/2
RESULT [2] 3487/13 3498/24
RESULTED [1] 3499/12
RESULTING [4] 3416/6 3418/21 3487/6 3491/20
RESULTS [1] 3414/24
RESUME [1] 3440/13
RETIRED [1] 3533/1
RETURN [1] 3522/19
REVENUES [1] 3491/20
REVERSE [1] 3466/25
REVIEW [2] 3424/2 3529/5
REVIEWED [5] 3519/2 3520/11 3523/1 3523/12 3523/19

RICH [1] 3418/23
RICHARD [2] 3408/8 3483/14
RID [1] 3415/23
RIDGE [3] 3449/4 3462/2 3462/7
RIDGES [1] 3414/7
RIGHT [49] 3413/16 3415/1 3417/10 3417/16 3417/23 3420/13 3423/14 3424/22 3426/22 3428/22 3436/10 3439/3 3440/14 3446/21 3452/10 3452/21 3456/6 3465/9 3471/24 3472/7 3472/24 3476/2 3479/1 3484/23 3489/14 3489/18 3494/10 3499/9 3501/8 3505/11 3506/3 3506/3 3506/20 3506/22 3510/12 3519/17 3520/23 3522/18 3537/19 3537/20 3543/24 3546/21 3546/24 3547/15 3554/13 3555/8 3555/24 3556/10
RIGHT-HAND [1] 3452/21
RIGHTS [4] 3449/7 3544/18 3544/21 3546/20
RIGHTS-OF-WAY [1] 3449/7
RIM [1] 3531/10
RISE [6] 3410/3 3460/24 3461/1 3502/15 3502/17 3559/5
RISK [4] 3444/13 3494/23 3497/10 3542/25
RIVER [12] 3462/2 3462/7 3463/18 3493/23 3494/19 3495/7 3495/8 3495/9 3499/18 3511/14 3528/19 3529/16
RIVER RIDGE [1] 3462/7
RIVERS [2] 3497/6 3526/18
ROAD [2] 3437/19 3493/24
ROBERT [2] 3408/6 3485/19
ROBIN [1] 3408/15
ROBINSON [1] 3406/5
ROCK [8] 3553/7 3555/15 3556/3 3556/5 3556/9 3556/13 3556/19 3557/2
ROCKS [1] 3494/19 3553/8 3556/24
ROLE [7] 3456/8 3456/9 3466/14 3466/16 3468/14 3507/16 3550/24
RONALD [1] 3487/19
ROOM [1] 3408/20
ROUGE [3] 3407/14 3407/21 3495/10
ROUGH [1] 3501/9
ROUGHLY [2] 3450/8 3520/21
ROUNDING [1] 3502/4
ROW [7] 3469/19 3470/14 3470/17 3470/21 3474/6 3475/21 3476/1
ROY [2] 3407/5 3407/6
RUN [2] 3503/23 3531/3
RUNS [1] 3531/5
RUPERT [1] 3408/14
RUSH [1] 3503/12
RUSSO [11] 3501/12 3508/25 3509/7 3509/11 3509/13 3509/16 3509/17 3509/21 3520/8 3531/25 3534/10

**S**

S.W [1] 3407/17
SAFE [4] 3511/22 3514/22 3528/24 3557/20
SAFETY [3] 3444/13 3488/21 3499/23
SAID [20] 3412/7 3412/14 3425/9 3425/18 3435/16 3439/2 3440/2 3445/18 3446/21 3450/19 3458/12 3459/1 3462/7 3464/21 3465/25 3467/22 3499/15 3500/24 3524/10 3524/11
SAKE [1] 3543/24
SALINITY [1] 3418/25
SALT [1] 3445/2
SALTWATER [1] 3417/17
SAME [10] 3413/6 3438/7 3457/7 3466/1 3471/14 3478/17 3487/20 3504/5

3537/19 3556/23
SANBORN [1] 3460/13
SANDS [1] 3503/13
SARAH [1] 3408/16
SATISFACTORY [1] 3416/5
SAUCIER [1] 3434/9
SAVE [4] 3437/18 3439/9 3449/8 3492/10
SAW [4] 3419/1 3434/24 3446/7 3452/22
SAY [22] 3413/20 3415/25 3420/19 3425/17 3433/21 3433/22 3436/16 3438/16 3440/16 3453/1 3453/10 3458/13 3459/15 3468/10 3479/19 3496/17 3497/22 3508/7 3521/13 3544/16 3551/13 3556/4
SAYING [9] 3415/13 3416/3 3416/5 3416/10 3422/18 3433/2 3433/12 3458/23 3529/17
SAYS [15] 3415/25 3417/6 3418/2 3418/7 3418/16 3423/6 3424/3 3459/6 3476/20 3477/2 3486/1 3494/23 3495/13 3498/8 3526/12
SCATTERSHOT [1] 3458/19
SCHEDULE [3] 3464/5 3493/8 3503/10
SCHEDULED [1] 3493/13
SCHEME [1] 3460/2
SCHOOL [3] 3462/11 3509/25 3510/1
SCIENCE [1] 3510/7
SCOPE [4] 3412/5 3437/4 3456/10 3465/23
SCOTT [1] 3406/19
SCREEN [3] 3411/7 3447/5 3506/1
SCROLL [2] 3474/12 3527/5
SEARCH [1] 3446/18
SEATED [3] 3410/4 3461/2 3502/18
SECOND [12] 3411/17 3422/22 3441/12 3472/18 3486/13 3490/23 3492/19 3492/20 3493/10 3495/7 3496/15 3496/24
SECTION [2] 3526/11 3554/22
SECTIONS [1] 3529/25
SECURITY [1] 3491/19
SEDIMENT [3] 3414/12 3416/3 3418/20
SEDIMENTATION [6] 3515/10 3515/15 3524/3 3524/4 3524/20 3524/21
SEDIMENTS [2] 3530/7 3530/9
SEE [52] 3413/2 3415/6 3424/2 3425/19 3430/1 3430/24 3436/20 3443/10 3443/15 3443/15 3443/22 3447/17 3450/17 3450/18 3451/5 3451/10 3451/14 3470/17 3473/18 3474/7 3474/12 3480/14 3482/8 3482/11 3483/18 3495/19 3498/6 3499/2 3504/11 3505/7 3520/15 3525/2 3529/13 3533/13 3537/9 3537/12 3537/13 3537/18 3538/16 3540/20 3545/18 3549/8 3549/16 3553/17 3553/19 3554/10 3555/9 3555/11 3556/8 3556/9 3556/14 3559/4
SEEING [1] 3412/13
SEEK [4] 3491/9 3533/18 3533/21 3534/14
SEEM [1] 3453/23
SEEMS [1] 3472/21
SEEN [16] 3411/1 3412/22 3414/6 3424/1 3431/12 3434/17 3443/18 3450/9 3453/16 3459/5 3525/25 3528/16 3536/13 3543/24 3545/13 3552/16
SEGMENT [1] 3516/11
SEGMENTS [4] 3516/12 3552/12 3552/19 3553/1
SEIS [2] 3436/8 3438/11
SENATE [3] 3488/25 3491/10 3491/13

S

Case 2:05-cv-04182-SRD-JCW Document 18884-22 Filed 05/22/09 Page 178 of 183

SENATOR [8] 3489/20 3489/22 3490/9 3490/11 3490/14 3490/22 3492/9 3492/10

SENATOR BREAUX [1] 3490/11

SENATOR LANDRIEU [1] 3490/14

SEND [2] 3540/19 3540/24

SENDING [1] 3486/2

SENIOR [16] 3461/6 3463/8 3463/10 3463/13 3463/20 3463/25 3464/3 3464/20 3465/18 3467/5 3468/13 3469/3 3473/1 3474/17 3480/6 3494/14

SENSE [4] 3454/4 3468/4 3469/1 3474/18

SENSITIVE [5] 3495/16 3495/20 3495/25 3540/11 3551/12

SENT [19] 3410/17 3444/9 3468/20 3468/21 3478/22 3479/8 3479/11 3483/24 3487/18 3487/23 3488/2 3488/6 3488/7 3488/11 3488/13 3488/14 3489/13 3489/17 3489/20

SENTENCE [2] 3492/20 3493/11

SENTENCES [3] 3486/9 3486/11 3488/17

SEPARATELY [1] 3491/10

SEPTEMBER [4] 3443/5 3443/7 3443/13 3486/5

SEPTEMBER 2005 [3] 3443/5 3443/7 3443/13

SEPTEMBER 30 [1] 3486/5

SERIOUS [4] 3411/16 3487/14 3497/11 3501/1

SERIOUSLY [1] 3487/11

SERVED [2] 3414/7 3467/5

SERVICE [1] 3499/23

SESSION [5] 3406/10 3410/1 3410/4 3461/2 3502/18

SET [2] 3510/14 3541/19

SETTLED [1] 3481/18

SETTLEMENT [8] 3476/21 3481/9 3487/6 3507/12 3507/16 3508/7 3508/9 3508/14

SEVEN [5] 3423/3 3453/11 3458/11 3458/11 3503/10

SEVENTH [1] 3444/12

SEVERAL [5] 3439/6 3463/16 3465/11 3488/8 3505/12

SEVERE [1] 3418/10

SEVERELY [1] 3459/7

SEWAGE [1] 3498/3

SHALLOW [5] 3522/9 3524/23 3527/18 3530/10 3555/19

SHAPE [1] 3520/2

SHARE [6] 3437/9 3438/15 3460/1 3480/9 3534/3 3534/5

SHARED [2] 3438/18 3438/19

SHARING [10] 3424/18 3425/3 3425/13 3425/20 3426/20 3426/22 3438/22 3534/9 3534/14 3534/18

SHERMAN [1] 3406/22

SHIP [3] 3411/10 3463/18 3493/24

SHIPPERS [3] 3446/4 3446/10 3528/14

SHIPPING [3] 3515/19 3527/25 3529/1

SHIPS [5] 3449/21 3527/18 3527/22 3527/24 3528/11

SHOALED [1] 3515/19

SHOALING [19] 3416/6 3416/9 3416/14 3417/15 3420/10 3420/10 3420/10 3420/11 3420/15 3420/16 3420/18 3457/11 3515/9 3515/12 3515/15 3516/23 3530/7 3551/3 3557/15

SHOOT [1] 3504/6

SHORE [1] 3412/18

SHORES [2] 3410/19 3458/22 3503/25

SHORTENING [1] 3432/4

SHORTLY [1] 3414/21

SHOT [1] 3537/19

SHOULD [9] 3411/16 3417/8 3430/18 3440/14 3460/19 3475/5 3506/2 3508/1 3509/2

SHOULDN'T [3] 3450/18 3453/17 3554/9

SHOW [18] 3423/22 3426/2 3457/16 3457/18 3471/8 3472/8 3481/12 3508/6 3519/23 3525/23 3528/15 3534/25 3536/12 3543/23 3548/13 3549/17 3552/18 3554/9

SHOWED [4] 3441/1 3457/7 3457/14 3486/19

SHOWING [2] 3474/1 3482/19

SHOWN [1] 3486/21

SHOWS [8] 3415/11 3435/22 3469/9 3481/11 3483/13 3493/3 3522/8 3552/19

SHRINKING [1] 3445/15

SIDE [8] 3436/21 3442/7 3453/18 3458/15 3458/16 3502/25 3513/11 3519/19

SIGNED [1] 3442/23

SIGNIFICANT [10] 3416/13 3429/5 3437/14 3437/24 3448/17 3487/11 3488/7 3498/22 3521/15 3521/16

SIGNIFICANTLY [2] 3416/2 3444/1

SIMILAR [13] 3413/6 3457/6 3471/16 3471/18 3472/14 3473/15 3473/15 3473/21 3477/12 3487/18 3490/13 3490/16 3500/7

SIMPLY [4] 3421/10 3469/21 3508/10 3524/14

SIMS [1] 3407/3

SINCE [7] 3420/1 3448/23 3462/10 3462/19 3505/6 3514/12 3547/21

SINKING [1] 3481/8

SIR [52] 3412/21 3415/2 3418/14 3419/3 3422/16 3428/4 3429/15 3430/11 3431/22 3432/18 3433/8 3434/9 3437/2 3441/6 3445/4 3446/1 3447/8 3448/18 3448/23 3449/19 3451/2 3451/7 3452/6 3456/5 3457/2 3457/24 3458/7 3459/11 3459/22 3461/3 3462/8 3473/5 3473/20 3474/8 3475/18 3482/6 3482/24 3485/17 3489/15 3489/19 3490/7 3492/18 3495/6 3496/12 3496/23 3500/21 3509/3 3509/15 3521/8 3521/18 3532/1 3551/9

SIT [1] 3453/15

SITE [3] 3530/19 3532/17 3532/23

SITES [8] 3530/17 3530/23 3532/9 3532/12 3532/15 3532/15 3533/3 3549/20

SITUATION [5] 3420/22 3470/7 3484/3 3487/20 3544/4

SIX [2] 3428/25 3475/11

SIXTH [2] 3410/11 3493/11

SIZE [1] 3458/12

SLIDE [3] 3411/14 3412/20 3451/9 3480/19

SLOGGING [1] 3411/5

SLOPES [2] 3519/19 3520/19

SLUGGISH [1] 3491/21

SMALL [1] 3437/15

SMITH [1] 3408/15

SO [99] 3411/5 3411/7 3412/12 3414/4 3415/16 3415/23 3416/7 3420/14 3420/16 3421/4 3424/1 3430/20 3431/2 3431/12 3432/15 3433/6 3433/21 3435/21 3437/5 3437/10 3437/20 3438/2

3438/19 3440/2 3440/7 3440/12 3444/2 3449/7 3450/4 3450/7 3452/14 3453/8 3455/1 3458/17 3460/9 3463/22 3465/14 3465/25 3468/11 3469/6 3469/15 3469/19 3478/1 3479/11 3480/10 3480/12 3481/20 3482/6 3482/21 3497/22 3499/12 3500/20 3501/15 3501/22 3502/4 3502/5 3503/5 3503/17 3503/18 3505/23 3506/4 3506/20 3508/5 3509/6 3513/2 3513/4 3513/15 3513/17 3513/20 3513/23 3514/1 3514/24 3515/14 3515/19 3516/6 3517/6 3517/18 3519/4 3520/22 3522/11 3523/21 3527/20 3528/10 3529/8 3529/18 3529/23 3530/11 3532/15 3533/3 3533/15 3534/12 3537/2 3538/14 3538/23 3544/15 3550/18 3552/5 3557/24 3558/12

SOCIOECONOMIC [1] 3438/1

SOIL [2] 3422/2 3538/1

SOJA [1] 3408/16

SOLELY [2] 3449/20 3518/1

SOLOMONICALLY [1] 3502/25

SOLVED [1] 3417/12

SOLVING [1] 3418/3

SOME [45] 3410/14 3416/16 3419/8 3419/22 3419/22 3419/24 3419/24 3420/1 3420/2 3421/23 3425/14 3427/16 3428/13 3431/4 3434/3 3442/19 3445/22 3448/13 3452/24 3458/16 3459/24 3464/12 3468/11 3470/5 3471/6 3471/6 3472/11 3474/4 3478/18 3484/19 3487/7 3500/24 3501/21 3504/2 3508/10 3517/6 3518/20 3522/7 3536/23 3540/22 3551/6 3553/17 3555/9 3556/9 3556/9

SOMEONE [1] 3458/3

SOMEONE'S [1] 3540/5

SOMETHING [9] 3418/12 3428/21 3432/17 3457/18 3492/3 3500/23 3517/23 3521/15 3524/15

SOMEWHAT [1] 3532/21

SOMEWHERE [6] 3417/18 3513/15 3522/25 3528/9 3530/12 3558/23

SOON [1] 3487/8

SORRY [10] 3411/14 3443/6 3448/20 3451/6 3451/18 3459/18 3495/16 3498/19 3553/23 3556/4

SORT [2] 3458/19 3471/14

SOUGHT [1] 3491/7

SOUILEAU [1] 3503/13

SOUND [2] 3531/20 3536/5

SOUNDING [1] 3518/18

SOUNDINGS [7] 3518/16 3518/22 3518/25 3519/2 3520/11 3521/9 3521/19

SOUNDS [2] 3417/22 3525/6

SOURCE [2] 3416/14 3551/2

SOURCES [1] 3551/23

SOUTH [22] 3406/16 3421/24 3421/24 3427/22 3428/8 3428/9 3428/12 3429/1 3430/9 3430/13 3431/10 3433/14 3433/19 3445/16 3494/1 3513/24 3518/12 3530/25 3553/5 3553/5 3555/11 3556/5

SOUTHEAST [1] 3498/20

SOUTHERN [2] 3461/14 3506/21

SOUTHWEST [2] 3412/25 3418/22

SPEAKING [5] 3467/23 3468/15 3479/7 3530/23 3553/8

SPECIFIC [5] 3421/11 3426/2 3540/6 3540/13 3550/8

SPECIFICALLY [2] 3430/25 3433/7

SPECIFICATIONS [3] 3512/14 3512/16 3512/21

S

SPECS [2] 3464/14 3512/18
SPECULATION [3] 3507/19 3547/14 3547/15
SPECULATIVE [1] 3558/1
SPEECH [1] 3522/3
SPELLING [2] 3461/25 3509/10
SPEND [9] 3467/17 3501/20 3506/7 3506/10 3506/14 3506/19 3508/3 3514/19 3557/15
SPENDING [1] 3459/4
SPENT [5] 3467/18 3467/19 3506/16 3508/4 3557/11
SPLIT [2] 3502/24 3502/25
SPOIL [1] 3538/4
SPOILS [8] 3530/12 3531/8 3533/11 3535/23 3536/1 3536/4 3536/19 3538/9
SPOKE [2] 3418/13 3534/10
SPONSOR [20] 3424/19 3424/21 3424/25 3425/6 3425/17 3426/7 3426/12 3427/15 3438/15 3442/3 3446/14 3446/17 3446/19 3449/11 3464/6 3492/21 3496/12 3496/17 3496/22 3534/3
SPONSORS [10] 3427/5 3437/9 3442/14 3446/21 3447/1 3448/21 3449/4 3449/10 3477/5 3480/7
SPOT [1] 3495/18
SPREADSHEET [3] 3468/23 3470/23 3477/12
SPREADSHEETS [1] 3478/22
SPRING [1] 3484/25
SPRINGS [1] 3407/17
SR [1] 3408/16
ST [1] 3446/23
ST. [15] 3412/3 3463/4 3465/4 3465/4 3478/10 3478/14 3483/8 3486/7 3486/21 3487/2 3487/25 3496/10 3497/23 3546/1 3548/25
ST. BERNARD [9] 3412/3 3465/4 3478/10 3483/8 3486/7 3486/21 3487/2 3546/1 3548/25
ST. CHARLES [4] 3463/4 3465/4 3478/14 3487/25
ST. LOUIS [2] 3496/10 3497/23
STABILIZE [3] 3429/23 3431/9 3432/1
STAKEHOLDER [1] 3540/25
STAKEHOLDERS [14] 3516/6 3538/23 3539/12 3540/12 3541/4 3541/4 3541/6 3545/14 3547/4 3549/4 3549/6 3549/10 3549/18 3549/23
STAND [2] 3453/20 3466/19 3509/1 3522/20
STANDARD [10] 3531/17 3531/18 3531/25 3533/6 3534/5 3540/17 3540/24 3543/16 3543/19 3545/24
STANDARDS [1] 3532/3
STANDING [4] 3429/23 3432/2 3433/12 3433/24
STANDPOINT [4] 3432/12 3433/3 3557/23 3557/25
STANDS [1] 3471/1
STANWOOD [1] 3406/11
STAPLED [1] 3454/3
START [11] 3437/19 3460/19 3470/4 3484/19 3491/8 3511/2 3511/16 3512/4 3519/14 3520/22 3549/6
STARTED [4] 3427/15 3463/6 3478/10 3547/20
STARTING [5] 3410/12 3437/17 3437/19 3468/1 3492/19
STATE [30] 3422/18 3444/24 3461/24 3488/8 3509/9 3510/3 3510/19 3533/19 3533/20 3542/18 3542/24 3542/25 3543/5 3543/9 3547/7 3549/10 3542/1 3542/22 3543/4 3543/10 3543/11 3543/20 3544/9 3544/11 3544/18 3544/20 3545/7 3545/10 3545/15 3545/16 3547/3 3548/25 3549/1 STATE'S [1] 3542/25
STATED [4] 3440/19 3465/17 3481/22 3532/3
STATEMENT [12] 3411/18 3412/2 3415/19 3419/6 3423/20 3434/11 3434/11 3435/11 3435/12 3436/6 3507/22 3529/12
STATES [15] 3406/1 3406/7 3406/11 3412/24 3449/8 3461/5 3461/5 3461/17 3461/20 3472/13 3504/25 3508/23 3508/25 3541/18 3559/10
STATION [5] 3408/17 3439/22 3440/18 3493/19 3493/21
STATIONS [2] 3465/1 3478/12
STATUS [3] 3464/8 3474/20 3486/3
STATUTE [3] 3447/20 3534/9 3542/7
STATUTES [5] 3532/7 3542/2 3542/13 3543/21 3545/11
STAY [4] 3464/4 3521/2 3521/25 3555/8
STEADILY [1] 3418/17
STEAL [1] 3558/22
STENOGRAPHY [1] 3408/24
STEP [3] 3458/7 3500/21 3508/19
STEPS [1] 3540/9
STEVE [1] 3501/13
STEVENS [2] 3407/22 3407/23
STICK [1] 3503/10
STILL [7] 3416/13 3419/12 3420/15 3443/20 3444/1 3465/2 3506/1
STIPULATE [1] 3505/15
STIPULATION [1] 3503/12
STIPULATIONS [1] 3503/13
STONE [4] 3408/16 3504/1 3513/10 3556/23
STOP [3] 3440/14 3544/9 3545/7
STORAGE [1] 3528/6
STORM [4] 3483/7 3487/11 3498/21 3516/23
STORM-RELATED [1] 3516/23
STREET [11] 3406/16 3406/19 3406/23 3407/6 3407/10 3407/13 3407/20 3408/4 3408/7 3408/20 3493/17
STRETCH [6] 3451/6 3452/15 3556/14 3556/16 3556/18 3556/19
STRICTLY [3] 3471/3 3473/25 3479/22
STRIKE [2] 3551/24 3557/19
STRIP [1] 3421/7
STRONG [4] 3497/13 3497/15 3497/17 3497/20
STRONGLY [1] 3491/23
STRUCTURAL [1] 3499/23
STRUCTURE [3] 3449/5 3483/3 3483/4
STRUCTURES [11] 3445/16 3465/1 3477/8 3478/14 3481/13 3482/20 3483/7 3487/4 3493/25 3513/10 3535/16
STUDIED [3] 3450/4 3520/11 3550/13
STUDIES [8] 3410/23 3410/25 3411/2 3411/23 3413/5 3413/21 3463/19 3541/1
STUDY [41] 3410/14 3411/10 3411/17 3411/17 3412/10 3412/15 3412/18 3412/21 3424/17 3424/22 3425/13 3426/6 3426/7 3426/8 3426/13 3430/24 3435/15 3437/4 3437/5 3437/9 3437/23 3438/14 3438/15 3438/19 3439/8 3440/3 3442/1 3442/4 3443/1 3443/9 3443/17 3443/18 3454/23 3456/7 3456/10 3497/9 3498/11 3498/21 3550/9 3550/10

STATE [30] 3487/20 3488/15 3489/2 3525/3
3550/11
3500 CP [1] 3487/20 3411/20 3503/12
SUBJECTED [1] 3524/2
SUBMISSIONS [1] 3464/4
SUBMIT [3] 3465/21 3469/15 3517/19
SUBMITS [1] 3466/17
SUBROGATED [1] 3408/2
SUBSECTION [2] 3526/11 3527/5
SUBSIDENCE [1] 3551/22
SUBSTANTIAL [3] 3434/12 3507/12 3508/7
SUBSTANTIALLY [1] 3450/6
SUCCESSFUL [1] 3534/18
SUCH [12] 3425/7 3479/14 3481/25 3484/6 3508/14 3515/2 3527/18 3528/5 3529/4 3532/8 3543/3 3551/23
SUFFICIENT [4] 3435/17 3465/13 3465/15 3515/25
SUGGESTED [2] 3414/3 3440/14
SUGGESTING [2] 3440/18 3441/17
SUGGESTS [1] 3439/15
SUITE [5] 3406/16 3407/3 3407/6 3407/10 3408/7
SUMMARIZES [1] 3452/21
SUMMARY [1] 3536/16
SUNDRY [1] 3464/9
SUPERVISE [1] 3511/6
SUPPLEMENT [2] 3425/11 3426/15
SUPPLEMENTAL [4] 3434/11 3435/7 3435/11 3441/25
SUPPLEMENTED [1] 3454/13
SUPPLY [1] 3497/3
SUPPORT [8] 3446/3 3480/1 3491/7 3497/13 3497/15 3497/17 3497/21 3511/8
SUPPOSE [1] 3424/5
SUPPOSED [1] 3537/10
SURE [12] 3411/8 3428/7 3435/21 3445/19 3453/11 3464/4 3464/6 3465/18 3473/6 3473/9 3504/17 3554/12
SURFACE [1] 3518/20
SURGE [6] 3414/8 3415/9 3418/5 3445/10 3448/25 3498/21
SURVEY [3] 3521/9 3539/24 3552/9
SURVEYS [1] 3546/20
SUSPECT [1] 3460/10
SWITCH [1] 3530/4
SWORN [3] 3410/5 3461/22 3509/7
SYSTEM [4] 3448/3 3476/22 3487/10 3495/2

T

TABLE [6] 3451/23 3452/6 3452/18 3457/4 3535/18 3535/19
TABLES [1] 3457/6
TAHEERAH [1] 3408/11
TAILOR [1] 3501/2
TAILORED [2] 3459/8 3459/23
TAKE [30] 3413/4 3424/4 3426/1 3432/5 3437/7 3437/20 3460/16 3460/20 3460/21 3460/22 3465/9 3467/15 3470/14 3480/3 3485/15 3488/7 3490/22 3494/7 3499/3 3500/20 3501/18 3513/4 3526/11 3530/22 3540/9 3545/20 3549/14 3549/21 3552/15 3557/7
TAKEN [5] 3416/16 3441/14 3444/20 3449/22 3506/20
TAKERS [1] 3427/5
TAKING [5] 3537/24 3539/25 3552/4 3552/10 3558/25
TALK [3] 3466/1 3480/13 3530/4
TALKED [5] 3418/9 3425/9 3446/14

TALKED... [2] 3516/9 3556/20
TALKING [21] 3411/2 3413/20 3415/20
3419/18 3420/3 3428/9 3428/14 3428/15
3430/7 3430/25 3460/3 3465/8 3467/24
3472/24 3484/19 3516/11 3519/16
3538/10 3544/17 3553/13 3556/16
TALKS [1] 3486/17
TASK [2] 3442/24 3512/9
TAX [1] 3491/20
TAXPAYERS [1] 3448/24
TAYLOR [1] 3503/14
TEAM [2] 3464/5 3502/21
TECH [1] 3423/21
TECHNICAL [1] 3439/15
TELL [9] 3438/12 3456/11 3458/14
3467/23 3481/11 3504/25 3522/3
3548/14 3558/3
TELLING [2] 3460/7 3508/10
TELLS [2] 3452/10 3520/2
TEMPLATE [3] 3519/15 3520/20
3520/20
TEN [4] 3460/23 3501/19 3501/21
3502/13
TEN-MINUTE [2] 3460/23 3501/19
TENDER [1] 3558/18
TENURE [1] 3469/3
TERM [8] 3466/19 3467/11 3524/10
3524/12 3537/23 3541/3 3541/10
3541/13
TERMS [5] 3421/1 3457/25 3466/1
3511/18 3540/1
TEST [1] 3504/13
TESTIFIED [17] 3410/6 3410/13 3414/20
3421/16 3422/14 3424/3 3424/10
3441/16 3444/19 3457/20 3461/23
3470/11 3478/20 3494/8 3509/8 3520/9
3533/8
TESTIFY [4] 3453/13 3454/20 3505/18
3520/12
TESTIFYING [3] 3513/4 3522/13
3537/25
TESTIMONY [16] 3426/5 3438/9
3461/19 3466/2 3469/20 3472/13 3519/7
3519/10 3520/16 3521/7 3524/6 3529/18
3536/24 3537/1 3551/25 3552/1
TESTING [1] 3511/8
TEXAS [3] 3407/4 3504/3 3504/16
TEXT [1] 3482/19
THAN [15] 3410/21 3420/21 3425/14
3437/17 3459/15 3463/14 3474/19
3483/21 3507/14 3525/3 3532/20 3539/9
3550/21 3556/24 3558/25
THANK [30] 3424/8 3429/6 3429/8
3433/10 3437/3 3438/24 3451/16 3458/5
3458/7 3458/9 3459/10 3466/21 3473/4
3482/25 3483/18 3492/14 3496/7
3500/15 3500/17 3502/11 3502/12
3504/12 3508/16 3509/15 3519/12
3522/19 3532/1 3542/11 3555/25 3559/4
THANKS [1] 3495/19
THAT [613]
THAT'S [112] 3410/16 3410/20 3411/9
3413/20 3414/23 3415/8 3416/7 3417/4
3417/10 3418/10 3419/14 3419/18
3419/24 3420/3 3420/17 3421/5 3421/18
3426/9 3426/20 3430/24 3434/16 3435/8
3435/17 3436/4 3436/7 3438/2 3438/3
3438/24 3439/15 3439/23 3439/24
3441/24 3442/2 3442/5 3442/9 3442/15
3443/3 3444/7 3446/22 3448/16 3448/22
3449/2 3449/18 3449/22 3450/24 3451/6

3453/16 3455/7 3457/8 3457/10 3457/20
3459/9 3460/13 3462/13 3466/8 3467/13
3468/22 3469/4 3469/22 3470/10
3470/13 3470/25 3471/24 3473/12
3473/17 3473/20 3474/14 3475/10
3476/7 3476/7 3478/24 3479/2 3479/13
3479/17 3479/22 3481/24 3488/14
3490/12 3490/15 3494/11 3495/10
3495/14 3498/14 3498/17 3499/14
3499/20 3502/22 3503/18 3503/22
3504/7 3505/20 3505/20 3507/24
3508/20 3509/18 3519/19 3520/15
3521/22 3524/13 3524/16 3524/21
3525/11 3530/20 3534/22 3537/12
3537/19 3537/23 3538/6 3544/24
3556/13 3556/19 3556/24
THEIR [25] 3445/2 3449/14 3458/17
3459/8 3466/18 3480/13 3483/24
3496/18 3501/1 3501/2 3503/10 3503/11
3528/20 3528/22 3529/6 3530/1 3538/24
3540/12 3540/13 3541/18 3545/17
3546/4 3546/10 3547/6 3549/7
THEM [36] 3411/3 3428/21 3448/14
3453/12 3453/14 3458/24 3459/17
3462/19 3464/7 3464/14 3468/20
3468/21 3478/5 3478/18 3478/22
3480/11 3483/24 3484/6 3484/20 3490/1
3490/3 3492/5 3492/10 3492/13 3503/10
3503/11 3503/15 3504/25 3540/13
3547/5 3547/7 3550/2 3550/6 3550/8
3554/5 3558/21
THEMSELVES [1] 3415/15
THEN [40] 3416/8 3417/11 3418/2
3418/16 3419/15 3420/15 3421/1
3424/24 3425/13 3426/19 3430/16
3436/9 3436/20 3437/16 3437/19
3440/10 3440/14 3458/21 3466/2
3466/17 3468/1 3468/5 3468/13 3469/11
3469/16 3470/3 3470/4 3473/21 3477/23
3480/12 3480/13 3481/7 3482/10
3484/23 3507/9 3545/20 3545/23
3548/18 3552/7 3556/14
THERE [79] 3410/25 3411/20 3413/10
3413/18 3413/18 3414/4 3414/23 3415/1
3415/14 3416/4 3419/13 3419/22
3419/22 3420/5 3420/15 3423/12
3426/12 3427/15 3427/22 3428/4
3428/13 3428/20 3428/20 3430/16
3434/2 3435/21 3439/5 3440/14 3444/2
3444/14 3446/24 3449/25 3450/15
3454/21 3454/24 3457/24 3458/4
3461/15 3462/9 3462/10 3464/25
3465/13 3467/8 3471/13 3472/13
3473/13 3474/6 3474/13 3474/20
3476/11 3478/10 3478/11 3480/3
3482/10 3482/16 3482/16 3483/3
3483/16 3486/21 3505/15 3505/16
3513/16 3522/6 3523/24 3527/20
3537/18 3539/1 3541/6 3541/22 3542/2
3544/15 3545/17 3547/19 3548/8
3548/14 3550/8 3551/7 3555/1 3555/8
THERE'S [39] 3415/5 3415/21 3416/13
3419/4 3420/16 3423/9 3425/2 3425/20
3430/3 3431/20 3432/8 3437/14 3439/14
3443/23 3447/19 3447/25 3448/4 3448/7
3448/10 3450/14 3450/16 3455/11
3457/22 3459/16 3459/24 3470/3 3475/8
3475/17 3476/6 3476/25 3478/9 3492/6
3497/5 3497/16 3501/11 3503/17 3508/7
3556/18 3558/23
THEREFORE [1] 3415/23
THEREOF [1] 3473/19
THESE [42] 3411/4 3411/23 3411/24

3416/2 3416/21 3419/11 3436/9 3453/12
3473/9 3477/7 3478/22 3483/24 3487/5
3487/8 3487/16 3489/7 3491/11 3500/5
3500/10 3501/9 3517/18 3518/22
3518/25 3519/2 3526/19 3531/24 3532/4
3538/16 3539/23 3542/13 3546/13
3547/10 3548/24 3549/3 3549/13
3549/16 3553/8
THEY [89] 3410/18 3411/7 3415/21
3416/15 3417/1 3417/11 3417/12
3419/12 3419/14 3421/5 3427/16
3429/16 3429/17 3430/25 3434/12
3436/11 3436/11 3437/6 3444/5 3446/23
3456/2 3457/11 3458/12 3458/12
3458/13 3458/17 3458/21 3458/23
3458/23 3459/2 3459/3 3463/16 3466/24
3466/24 3467/4 3469/17 3469/18 3471/5
3471/7 3471/8 3471/8 3471/18 3473/15
3474/22 3474/23 3475/1 3475/6 3480/8
3480/9 3480/9 3480/12 3480/12 3480/13
3480/14 3482/2 3482/20 3483/6 3485/10
3487/8 3487/24 3492/11 3496/18
3496/19 3499/4 3499/16 3501/1 3503/5
3503/5 3503/7 3503/9 3503/18 3510/10
3517/20 3528/24 3530/17 3530/25
3531/3 3532/21 3534/5 3538/5 3538/6
3545/18 3546/5 3547/24 3549/8 3551/21
3553/9 3554/8 3554/9
THEY'D [1] 3424/18
THEY'RE [11] 3415/13 3415/16 3416/3
3416/5 3416/10 3419/12 3446/12
3448/14 3449/10 3449/11 3456/22
THING [5] 3416/15 3443/23 3449/22
3458/22 3459/19
THINGS [9] 3421/11 3430/7 3435/15
3435/25 3449/9 3459/16 3474/22
3482/16 3482/21
THINK [59] 3410/11 3410/18 3411/5
3412/14 3413/8 3414/20 3415/1 3421/3
3421/5 3425/9 3430/3 3430/7 3431/2
3431/18 3431/20 3431/21 3432/7
3438/22 3441/13 3445/18 3446/5
3449/11 3452/2 3453/8 3453/16 3454/2
3454/13 3454/21 3457/4 3459/19
3464/20 3465/25 3468/6 3472/10
3472/21 3475/6 3477/20 3485/4 3485/10
3499/7 3499/10 3500/17 3501/6 3501/7
3501/17 3503/1 3503/18 3504/7 3504/14
3504/22 3508/5 3519/6 3520/1 3522/6
3537/16 3538/12 3544/18 3544/25
3551/12
THIRD [2] 3486/10 3496/9
THIS [353]
THOMAS [3] 3407/3 3410/5 3501/13
THOSE [54] 3411/1 3412/19 3413/22
3415/9 3415/11 3415/14 3416/8 3416/12
3419/13 3435/15 3439/5 3439/17 3442/6
3445/1 3448/1 3449/6 3449/9 3449/9
3459/10 3465/22 3468/9 3468/18
3468/20 3471/4 3475/24 3477/24 3478/3
3478/17 3481/16 3481/20 3481/25
3482/4 3482/19 3490/2 3490/8 3492/16
3494/15 3501/8 3504/10 3514/21 3516/3
3516/5 3517/19 3529/5 3529/15 3530/8
3531/9 3533/12 3539/4 3540/3 3540/16
3540/22 3541/19 3550/4
THOUGH [4] 3413/16 3416/12 3551/14
3554/15
THOUGHT [9] 3428/7 3428/13 3431/24
3440/22 3440/25 3459/1 3472/20
3482/18 3503/13
THOUSANDS [8] 3413/22 3419/14

**T**

THOUSANDS... [6] 3420/4 3453/24 3458/15 3458/15 3458/16 3479/18
THREAT [1] 3411/16
THREATEN [1] 3487/9
THREATS [1] 3476/23
THREE [19] 3410/23 3410/25 3411/2 3441/14 3451/4 3468/6 3477/10 3478/18 3486/7 3488/17 3488/22 3502/21 3503/21 3503/22 3503/25 3504/6 3504/10 3527/24 3558/19
THROUGH [27] 3411/5 3429/5 3443/19 3446/9 3451/24 3456/14 3457/3 3458/2 3459/2 3459/3 3466/17 3469/17 3472/22 3472/23 3477/4 3489/25 3490/23 3514/16 3517/19 3528/7 3531/23 3537/1 3538/4 3538/9 3538/11 3542/8 3543/15
THROUGHOUT [6] 3445/20 3471/17 3481/14 3483/23 3490/25 3494/5
THUNDER [1] 3558/22
THUS [2] 3477/6 3520/16
TIDAL [1] 3414/13
TIDE [2] 3414/5 3483/7
TIGHT [1] 3468/2
TIME [70] 3411/6 3412/23 3413/24 3416/25 3421/16 3421/18 3425/14 3429/3 3431/4 3432/5 3432/10 3432/18 3434/19 3435/10 3437/18 3437/20 3439/13 3450/6 3451/4 3452/19 3459/4 3459/4 3459/8 3459/9 3459/22 3459/23 3459/25 3460/17 3465/5 3467/5 3468/13 3468/13 3473/6 3484/21 3485/20 3492/10 3500/22 3500/24 3501/24 3502/5 3502/6 3502/19 3502/21 3503/22 3504/5 3504/9 3504/18 3506/24 3507/3 3507/5 3515/15 3515/23 3522/22 3523/7 3523/14 3524/22 3527/22 3528/8 3529/8 3531/12 3531/22 3533/9 3534/7 3534/15 3538/11 3542/5 3545/9 3548/21 3556/6 3558/18
TIMES [9] 3465/11 3518/10 3518/14 3520/10 3534/20 3541/3 3548/23 3549/12 3549/15
TITLE [5] 3425/3 3425/18 3425/19 3426/2 3463/20
TITLE I [2] 3425/18 3426/2
TO LOOK [1] 3443/21
TODAY [4] 3419/13 3455/10 3502/6 3548/2
TOE [1] 3555/20
TOLD [7] 3410/18 3422/12 3423/21 3445/23 3452/4 3456/24 3505/8
TOMORROW [1] 3559/4
TON [1] 3495/2
TONI [4] 3408/20 3559/9 3559/17 3559/17
TONNAGE [1] 3495/2
TOO [5] 3432/5 3436/7 3459/17 3459/22 3551/8
TOOK [6] 3459/25 3460/25 3467/25 3488/5 3502/16 3503/7
TOOL [1] 3433/4
TOP [3] 3434/25 3474/6 3520/22
TOPOGRAPHIC [1] 3537/12
TORTS [1] 3488/10
TOTAL [3] 3450/20 3486/15 3495/21
TOTALLY [4] 3427/1 3458/19 3507/22 3509/6
TOUGH [1] 3504/17
TOUR [1] 3549/10
TOURS [4] 3549/13 3549/14 3549/15 3549/16

TRAFFIC [2] 3515/20 3558/23
TRANSCRIBED [1] 3408/9
TRANSIT [1] 3528/25
TRANSITION [2] 3463/10 3513/11
TRANSPORTATION [1] 3498/2
TRANSPORTING [1] 3530/8
TRAP [1] 3414/12
TREATMENT [1] 3498/3
TREES [1] 3445/15
TRENCH [1] 3524/24
TRIAL [3] 3406/10 3455/14 3501/7
TRIALDIRECTOR [1] 3537/17
TRIED [1] 3448/13
TRIGGER [1] 3438/3
TRIPLE [1] 3496/13
TRUE [3] 3448/16 3457/10 3559/11
TRUST [1] 3439/23
TRY [7] 3460/19 3500/18 3504/10 3539/23 3540/9 3545/17 3547/6
TRYING [11] 3424/2 3425/12 3437/5 3437/10 3438/4 3448/22 3487/20 3519/20 3537/8 3538/6 3538/8
TULANE [2] 3461/17 3462/12
TULANE UNIVERSITY [1] 3462/12
TURN [8] 3452/1 3481/10 3495/23 3496/9 3496/15 3526/10 3531/6 3535/17
TURNED [1] 3514/13
TURNER [1] 3485/20
TURNING [1] 3477/17
TUSA [2] 3408/20 3559/9 3559/17 3559/17
TWO [20] 3440/6 3457/14 3457/16 3468/6 3476/11 3476/25 3477/20 3478/7 3482/10 3485/10 3486/9 3487/12 3489/3 3491/11 3491/17 3501/11 3502/7 3502/21 3534/20 3554/5
TYPE [16] 3425/4 3425/21 3468/4 3468/5 3468/25 3478/15 3514/7 3540/24 3546/17 3546/19 3550/21 3553/4 3553/20 3555/13 3556/12 3556/22
TYPES [9] 3425/3 3467/20 3471/4 3471/15 3471/16 3471/18 3478/22 3514/18 3527/25
TYPICAL [2] 3522/16 3522/17
TYPICALLY [4] 3491/17 3531/9 3533/22 3557/9

**U**

U.S [8] 3408/9 3422/9 3448/24 3462/21 3488/20 3491/1 3493/2 3510/23
U.S.C [2] 3534/8 3542/8
ULTIMATE [4] 3466/10 3486/25 3500/10 3500/13
ULTIMATELY [10] 3416/13 3455/15 3466/12 3471/9 3477/14 3477/19 3478/1 3478/25 3500/12 3501/5
UNABLE [2] 3540/23 3542/21
UNANTICIPATED [1] 3516/22
UNDER [27] 3427/23 3428/4 3431/9 3435/2 3444/11 3445/22 3459/4 3460/16 3475/24 3488/19 3504/7 3512/8 3519/11 3532/7 3533/5 3535/12 3540/16 3540/24 3541/15 3541/20 3543/18 3543/20 3544/11 3544/18 3545/10 3545/20 3545/24
UNDERFUNDED [1] 3477/10
UNDERSTAND [29] 3424/1 3424/16 3445/4 3445/18 3448/4 3450/15 3450/24 3453/7 3455/14 3455/15 3457/18 3460/1 3482/7 3506/11 3508/8 3514/25 3516/5 3519/4 3521/6 3522/11 3539/25 3540/14 3545/17 3545/21 3547/5 3552/10 3554/20 3556/1 3558/6

UNDERSTANDING [5] 3469/6 3472/15 3493/3 3542/25 3559/11
UNDERSTATED [1] 3441/12
UNDERTAKE [1] 3445/21
UNDERVALUED [1] 3441/7
UNDERWATER [1] 3525/12
UNDERWAY [1] 3470/3
UNFAIR [1] 3504/5
UNFINISHED [1] 3486/25
UNIT [1] 3555/4
UNITED [12] 3406/1 3406/7 3406/11 3449/8 3461/5 3461/5 3461/17 3461/20 3504/25 3508/23 3508/25 3559/10
UNITED STATES [8] 3449/8 3461/5 3461/5 3461/17 3461/20 3504/25 3508/23 3508/25
UNITS [1] 3528/9
UNIVERSITY [5] 3461/16 3462/12 3462/14 3510/3 3510/12
UNLESS [6] 3416/16 3444/25 3519/11 3529/15 3548/8 3548/12
UNLEVEED [3] 3430/25 3431/1 3431/2
UNTIL [12] 3424/1 3444/4 3444/8 3461/8 3468/1 3469/12 3477/24 3478/1 3478/3 3478/5 3534/11 3544/15
UNUSUAL [1] 3504/19
UP [66] 3412/8 3412/20 3413/18 3415/15 3415/22 3416/7 3416/22 3418/5 3419/6 3419/14 3420/15 3420/16 3423/15 3424/21 3424/25 3427/5 3427/16 3429/18 3432/5 3435/22 3437/18 3438/7 3440/25 3442/3 3449/10 3449/11 3450/6 3451/5 3451/9 3451/22 3453/20 3456/5 3457/10 3465/25 3468/21 3474/5 3477/13 3478/22 3479/18 3481/9 3483/2 3483/15 3484/20 3486/10 3486/23 3488/18 3488/25 3492/17 3492/20 3502/4 3505/4 3506/1 3515/16 3521/9 3523/25 3531/4 3537/15 3537/18 3539/2 3549/21 3552/25 3555/18 3555/19 3556/8 3556/14 3557/24
UPDATE [1] 3486/2
UPLAND [10] 3530/16 3530/18 3530/23 3531/5 3532/9 3532/15 3532/17 3532/23 3543/3 3543/12
UPON [5] 3436/1 3436/5 3480/7 3507/17 3529/25
UPSET [1] 3435/23
URBAN [1] 3418/5
URS [2] 3462/17 3462/18
US [23] 3422/22 3423/1 3423/3 3445/23 3453/12 3455/24 3456/25 3457/25 3458/20 3458/22 3458/24 3467/16 3467/23 3468/3 3487/15 3492/20 3493/6 3502/25 3514/1 3534/2 3545/18 3554/9 3558/3
USACE [3] 3488/21 3489/2 3489/10
USACE'S [1] 3489/4
USAGE [1] 3449/24
USE [34] 3453/18 3455/25 3458/12 3458/13 3474/3 3474/22 3474/23 3475/5 3480/21 3480/22 3483/25 3505/5 3505/25 3506/13 3515/16 3526/19 3528/4 3531/8 3532/12 3532/15 3532/20 3532/22 3533/17 3533/19 3534/6 3534/15 3535/15 3536/1 3536/4 3536/16 3538/4 3538/9 3546/25 3549/20
USED [15] 3439/25 3441/23 3455/10 3455/25 3458/17 3466/19 3467/11 3472/17 3481/5 3525/11 3527/23 3530/17 3535/20 3537/23 3541/3
USERS [4] 3527/17 3527/17 3527/19

# U

USERS... [1]  3528/4
USES [6]  3433/5 3466/13 3527/16
3527/21 3528/5 3535/20
USING [9]  3449/21 3453/4 3453/16
3455/23 3472/7 3532/23 3533/11
3535/22 3536/4
USUAL [1]  3477/23
USUALLY [3]  3464/12 3484/24 3529/13
UTILIZED [1]  3502/4

# V

VAGUE [2]  3508/12 3529/12
VALLEY [8]  3416/23 3418/2 3419/2
3468/24 3471/13 3473/11 3475/11
3494/5
VALUABLE [1]  3527/25
VALUE [1]  3440/4
VALUES [1]  3475/20
VARIOUS [17]  3436/5 3443/24 3452/7
3462/21 3463/18 3464/8 3467/20 3469/9
3472/23 3474/21 3479/9 3480/22
3482/16 3482/20 3484/4 3484/6 3552/10
VARIOUSLY [1]  3452/14
VERRETT [1]  3487/4
VERSION [1]  3443/25
VERSUS [1]  3406/9
VERTICAL [2]  3517/20 3525/17
VERY [32]  3413/6 3420/24 3421/3
3421/6 3421/7 3429/16 3435/23 3437/8
3449/21 3450/17 3458/7 3468/2 3468/8
3496/19 3502/12 3504/12 3511/18
3516/15 3522/9 3522/16 3522/16
3522/17 3524/1 3524/23 3525/11
3525/18 3533/12 3540/11 3545/4
3548/23 3557/10 3557/10
VESSEL [3]  3413/25 3528/21 3528/25
VESSEL-GENERATED [1]  3413/25
VESSELS [1]  3527/18
VHP [3]  3491/6 3491/13 3491/22
VIABLE [2]  3433/4 3514/22
VICINITY [19]  3428/19 3430/16 3431/6
3433/20 3461/7 3463/3 3463/9 3464/17
3465/7 3468/18 3470/18 3474/1 3486/3
3492/2 3492/23 3493/5 3498/9 3500/3
3538/18
VICKSBURG [5]  3439/23 3439/24
3440/2 3475/16 3510/24
VICTOR [1]  3407/24
VIEW [2]  3415/17 3426/5
VIEWED [1]  3432/11
VIOLATIONS [1]  3499/24
VIS [2]  3534/22 3534/22
VIS-À-VIS [1]  3534/22
VISIBILITY [1]  3497/4
VISITED [1]  3518/8
VITAL [1]  3493/8
VOLUME [2]  3406/10 3456/24
VULNERABLE [2]  3421/6 3498/20

# W

WAITING [1]  3508/24
WAKES [3]  3551/13 3551/17 3551/21
WALK [1]  3549/5
WALL [1]  3464/25
WALLS [1]  3463/3
WALTER [1]  3407/12
WANT [34]  3417/6 3418/12 3423/17
3425/25 3443/21 3444/25 3445/19
3453/10 3454/18 3456/5 3456/23
3492/16 3500/23 3501/15 3504/4 3504/5
3504/8 3504/17 3513/2 3513/4 3517/14
3518/7 3522/11 3524/8 3530/4 3530/4

3543/10 3547/16 3551/10 3552/3
3552/20 3552/21 3553/7 3554/20
WANTED [2]  3465/23 3533/3
WARREN [1]  3408/6
WAS [268]
WASHINGTON [6]  3408/18 3422/10
3468/21 3471/19 3475/18 3497/18
WASN'T [13]  3423/1 3432/12 3432/13
3432/13 3440/21 3450/2 3453/25
3459/21 3460/5 3465/13 3506/23 3507/9
3544/15
WATER [30]  3418/24 3418/25 3419/6
3419/7 3424/11 3424/18 3483/8 3493/25
3497/3 3511/9 3512/25 3513/12 3513/25
3514/2 3516/24 3518/19 3518/21
3523/16 3523/21 3523/23 3524/1
3524/21 3524/24 3530/10 3530/10
3533/9 3533/13 3533/14 3555/18
3555/19
WATER-CONTROL [1]  3493/25
WATERWAY [24]  3417/8 3418/5
3449/21 3514/25 3515/17 3517/15
3527/19 3527/23 3529/25 3530/8
3530/25 3531/1 3531/7 3535/15 3535/21
3539/13 3539/24 3539/24 3549/17
3549/18 3551/23 3552/12 3552/20
3553/3
WATERWAY'S [1]  3449/15
WATERWAYS [5]  3439/21 3439/22
3440/18 3512/19 3512/20
WAVE [3]  3414/13 3524/2 3553/9
WAVES [3]  3413/25 3413/25 3414/10
WAY [21]  3415/16 3426/4 3426/10
3429/18 3433/4 3440/23 3440/25 3449/7
3450/24 3455/19 3465/25 3475/1 3482/3
3513/18 3513/21 3520/22 3522/10
3524/17 3531/7 3550/15 3550/22
WAYS [1]  3537/15
WE [260]
WE'D [1]  3437/18
WE'LL [11]  3415/23 3447/5 3474/12
3486/23 3488/18 3495/4 3500/20
3501/20 3502/12 3503/22 3504/11
WE'RE [18]  3411/22 3412/11 3413/20
3416/11 3417/19 3420/3 3422/19
3423/14 3430/7 3431/2 3432/7 3437/5
3438/3 3438/8 3448/22 3454/14 3460/13
3536/22
WE'VE [6]  3411/15 3447/4 3451/2
3453/10 3454/13 3458/15
WEEK [2]  3436/23 3459/1
WEIGH [2]  3417/1 3558/4
WELL [56]  3411/23 3414/4 3415/19
3416/3 3417/25 3427/19 3433/15 3434/1
3435/6 3436/10 3439/11 3440/21
3441/22 3443/15 3446/16 3448/10
3449/11 3454/21 3457/21 3464/25
3467/25 3468/6 3469/9 3469/25 3471/10
3473/3 3473/25 3474/14 3478/17 3479/6
3480/6 3481/17 3483/5 3484/4 3484/18
3484/23 3487/14 3488/22 3490/2 3496/1
3497/16 3502/12 3503/5 3503/7 3506/3
3507/4 3507/11 3508/4 3515/15 3524/15
3533/12 3544/24 3545/12 3547/21
3552/7 3555/8
WELL-ORCHESTRATED [1]  3544/24
WENT [2]  3462/14 3469/18
WERE [138]  3410/25 3411/6 3413/4
3413/8 3413/21 3415/8 3416/15 3416/16
3419/13 3425/10 3425/11 3426/14
3430/25 3434/4 3437/10 3437/25 3439/6
3439/12 3440/19 3444/20 3445/1
3453/12 3454/22 3456/25 3457/15

3459/1 3459/16 3462/5 3463/1 3463/5
3465/20 3466/22 3467/8 3467/9 3467/14
3468/8 3468/10 3468/11 3468/13
3468/19 3468/19 3470/20 3471/4 3471/6
3472/20 3474/1 3477/20 3478/8 3478/10
3478/11 3478/21 3479/4 3479/4 3480/9
3481/12 3482/20 3482/20 3482/21
3485/22 3487/24 3494/14 3496/18
3496/19 3498/13 3499/7 3499/7 3503/5
3503/5 3503/10 3506/14 3506/25
3509/21 3511/12 3511/19 3511/21
3511/24 3512/6 3512/10 3512/15
3512/19 3512/22 3514/17 3514/21
3517/24 3518/25 3519/19 3527/17
3527/19 3528/10 3528/24 3531/3 3532/9
3532/12 3532/16 3532/21 3532/23
3533/4 3534/18 3534/20 3535/22
3535/25 3536/3 3536/19 3537/16 3538/5
3538/5 3538/6 3538/8 3538/20 3538/25
3539/1 3539/20 3540/11 3540/23 3541/6
3541/20 3542/21 3543/22 3544/5
3544/21 3545/17 3545/17 3546/4 3546/5
3546/10 3546/21 3546/24 3547/9
3547/19 3547/24 3548/4 3548/7 3549/7
3551/7 3551/21 3554/5 3554/25 3557/16
WEREN'T [7]  3414/24 3433/23 3453/18
3471/6 3533/5 3554/6 3554/7
WES [2]  3439/21 3441/3
WEST [1]  3463/2
WESTERINK [15]  3501/13
WETLAND [15]  3530/17 3531/9 3531/10
3532/22 3533/3 3538/17 3538/23
3539/16 3543/13 3543/17 3543/17
3545/22 3547/6 3549/7 3549/8
WETLANDS [20]  3410/15 3415/10
3417/22 3442/24 3445/21 3512/2 3512/8
3531/13 3535/22 3535/25 3536/3
3536/18 3538/2 3538/3 3538/9 3539/2
3539/8 3545/24 3546/5 3547/7
WHAT [230]
WHAT'S [15]  3416/11 3419/15 3423/12
3439/20 3443/15 3474/9 3485/15 3494/3
3496/2 3505/16 3525/5 3525/5 3537/3
3546/19 3553/22
WHATEVER [3]  3435/17 3503/1 3537/14
WHATEVER'S [1]  3425/15
WHATSOEVER [1]  3505/23
WHEN [68]  3413/4 3413/9 3415/8
3416/4 3420/9 3420/19 3424/17 3425/10
3429/16 3429/17 3432/22 3434/4
3437/14 3442/6 3444/4 3448/14 3450/19
3464/16 3464/20 3466/1 3467/10
3467/25 3469/15 3479/3 3479/6 3479/7
3479/14 3482/6 3484/5 3484/17 3484/18
3496/17 3500/23 3500/25 3501/5
3502/23 3504/23 3506/25 3510/4
3510/14 3511/2 3511/16 3512/4 3512/21
3515/19 3516/13 3518/25 3526/7 3529/4
3529/7 3529/13 3529/21 3532/23 3535/8
3537/9 3543/8 3543/20 3544/15 3544/21
3547/19 3548/4 3549/3 3553/10 3555/6
3556/3 3556/5 3557/2 3557/15
WHERE [60]  3410/18 3414/6 3416/3
3419/14 3419/16 3420/8 3428/12
3428/17 3428/18 3431/3 3431/3 3434/20
3435/5 3438/11 3453/1 3455/4 3456/19
3462/5 3462/13 3467/1 3470/7 3475/15
3491/25 3494/2 3509/21 3509/25 3510/2
3510/18 3511/10 3513/13 3521/14
3526/5 3530/20 3530/23 3532/19
3532/20 3533/3 3533/4 3536/9 3536/18
3538/1 3538/22 3538/24 3539/25 3540/1
3540/14 3540/23 3545/17 3545/18

Case 2:05-cv-04182-SRD-JCW   Document 10897   Filed 05/21/08   Page 183 of 183

# W

WHERE... [11]  3545/21 3545/23 3545/23
3547/7 3548/2 3549/7 3549/7 3549/20
3552/10 3552/22 3555/17
WHERE'S [1]  3434/23
WHEREUPON [7]  3410/5 3436/24
3460/25 3461/22 3502/16 3509/7 3559/6
WHETHER [19]  3434/1 3436/11 3437/11
3438/4 3439/9 3443/10 3448/14 3455/2
3456/11 3479/3 3488/5 3490/5 3497/14
3497/18 3507/4 3508/3 3538/5 3540/2
3552/11
WHICH [49]  3410/13 3411/2 3412/10
3417/19 3419/12 3425/11 3428/5
3430/14 3431/15 3433/14 3444/14
3446/14 3447/5 3468/8 3469/16 3477/18
3486/5 3489/10 3494/13 3500/10
3500/11 3503/12 3506/1 3513/4 3513/5
3513/11 3514/5 3516/7 3523/24 3523/25
3524/22 3525/3 3525/23 3528/3 3530/22
3531/18 3531/20 3531/23 3533/21
3534/8 3534/10 3536/12 3536/23 3538/8
3541/20 3542/7 3542/9 3542/24 3550/1
WHILE [2]  3450/4 3454/14
WHITE [4]  3481/15 3482/11 3482/11
3483/10
WHO [24]  3437/25 3438/1 3438/15
3438/17 3466/10 3473/1 3484/9 3485/20
3494/12 3498/5 3500/10 3504/13
3508/20 3514/14 3517/5 3524/17
3527/16 3528/13 3535/6 3541/1 3541/4
3547/12 3547/25 3548/24
WHO'S [1]  3460/17
WHOLE [3]  3430/1 3454/24 3537/1
WHOM [2]  3462/16 3503/11
WHY [29]  3414/2 3416/20 3429/22
3430/24 3431/9 3432/1 3453/25 3455/11
3460/4 3460/5 3460/21 3465/12 3468/10
3479/23 3497/14 3504/6 3509/18
3517/22 3518/4 3523/21 3525/21
3532/17 3535/10 3538/20 3539/1
3539/11 3544/23 3557/15 3558/14
WIDE [2]  3451/23 3527/21
WIDENED [4]  3420/1 3450/6 3450/7
3452/24
WIDENING [5]  3411/11 3418/17 3451/3
3452/4 3456/13
WIDTH [10]  3452/6 3457/19 3458/1
3515/6 3515/8 3515/17 3516/15 3519/16
3526/13 3531/1
WILL [42]  3411/13 3412/25 3413/10
3415/12 3418/4 3418/19 3418/20 3440/2
3444/23 3453/20 3456/2 3459/7 3461/19
3472/11 3472/13 3475/22 3477/6 3486/6
3486/25 3487/1 3487/9 3487/15 3489/1
3491/22 3492/20 3493/15 3493/20
3498/21 3499/21 3499/24 3501/5 3501/6
3501/7 3501/19 3502/19 3503/9 3509/6
3524/22 3536/25 3537/2 3558/7 3559/3
WILLAMETTE [1]  3526/18
WILLING [1]  3534/5
WIND [3]  3413/25 3415/15 3415/22
WINDING [1]  3416/7
WISH [1]  3437/2
WISHED [1]  3543/11
WITHDRAW [1]  3445/25
WITHDRAWN [3]  3421/19 3427/9
3503/12
WITHHOLD [1]  3422/19
WITHIN [4]  3420/3 3459/9 3540/9
3540/20
WITHOUT [4]  3423/23 3446/17 3448/20

3449/3
WITNESS [11]  3410/11 3423/7 3425/2
3424/3 3424/5 3429/25 3444/19 3453/5
3453/13 3454/11 3454/18 3454/20
3458/13 3459/5 3459/15 3460/17 3461/6
3501/12 3504/13 3505/18 3508/24
3509/3 3521/13 3522/13 3522/20
3524/11 3537/24 3538/14 3545/4
3557/25 3558/19
WITNESSES [3]  3458/18 3458/20
3459/2 3459/3 3503/9
WOLFF [1]  3501/14
WON'T [3]  3415/14 3492/10 3519/11
WONDERING [1]  3544/20
WOODCOCK [1]  3408/17
WORD [1]  3446/23
WORDS [3]  3430/6 3467/15 3506/15
WORK [30]  3437/25 3440/13 3443/11
3456/10 3464/5 3465/2 3465/3 3465/6
3471/15 3472/11 3474/3 3477/21 3478/6
3478/15 3479/24 3479/25 3484/22
3486/25 3487/3 3489/11 3511/10
3512/17 3514/13 3532/8 3535/13
3540/13 3540/24 3547/6 3547/22
3550/20
WORKED [8]  3425/13 3451/20 3456/6
3461/17 3466/2 3533/22 3542/20
3547/21
WORKING [2]  3444/2 3512/13
WORKS [1]  3522/10
WORRIED [4]  3419/5 3419/6 3484/11
3500/22
WORRY [2]  3417/14 3417/17
WORTH [1]  3445/2
WOULD [212]
WOULDN'T [5]  3417/14 3439/10
3450/17 3475/25 3508/1
WOUND [1]  3438/6
WRIGHT [1]  3407/5
WRITE [2]  3434/10 3492/6
WRITING [1]  3483/18
WRITTEN [4]  3432/22 3434/9 3484/20
3504/1
WRONG [4]  3453/2 3495/18 3501/6
3554/17
WROTE [2]  3447/12 3498/13

# Y

YEAH [6]  3416/18 3433/18 3475/10
3496/4 3531/5 3551/7
YEAR [65]  3433/8 3450/8 3450/11
3450/20 3462/19 3465/23 3467/17
3468/3 3468/8 3468/25 3470/9 3471/5
3471/21 3471/25 3472/1 3472/14 3474/2
3476/4 3476/19 3477/12 3477/17
3477/19 3477/24 3478/1 3478/1 3478/8
3480/12 3481/2 3481/8 3481/22 3482/3
3484/14 3484/15 3484/21 3484/22
3485/2 3488/4 3491/2 3491/18 3492/3
3492/4 3492/5 3493/2 3493/14 3497/1
3497/10 3497/11 3499/3 3500/5 3505/7
3506/14 3506/19 3510/15 3515/24
3517/10 3517/13 3517/23 3528/9 3537/5
3537/10 3538/13 3548/23 3549/14
3555/7 3557/13
YEARS [26]  3428/6 3444/16 3446/18
3447/20 3451/4 3452/14 3452/22
3461/18 3467/9 3467/23 3468/6 3468/9
3469/3 3472/14 3477/14 3478/15
3478/17 3478/19 3482/1 3500/8 3505/12
3508/8 3535/14 3547/22 3557/9 3557/9
YEP [1]  3532/14
YES [194]

YET [2]  3464/23 3505/8
YOU [574]
YOU'D [2]  3417/18 3425/18
YOU'LL [2]  3498/6 3553/17
YOU'RE [9]  3421/10 3422/18 3430/3
3443/17 3453/2 3479/16 3505/21
3516/10 3556/16
YOU'VE [2]  3410/13 3414/20
YOU-ALL [2]  3506/12 3506/25
YOUR [136]  3410/21 3411/4 3411/7
3411/17 3411/25 3413/5 3413/8 3414/15
3418/14 3421/10 3421/13 3422/5
3423/11 3423/14 3423/21 3423/25
3424/7 3426/4 3429/3 3429/21 3432/4
3432/6 3432/25 3434/23 3435/25
3436/14 3438/12 3439/8 3440/16 3441/9
3444/18 3444/25 3447/4 3451/16 3452/2
3453/6 3453/10 3453/21 3454/15 3455/6
3455/12 3455/20 3456/3 3457/20
3458/10 3458/25 3459/10 3459/12
3460/17 3461/24 3463/10 3463/24
3465/17 3466/2 3469/20 3471/20
3471/24 3472/2 3472/7 3472/10 3472/15
3477/18 3479/14 3484/8 3489/8 3492/8
3492/14 3492/23 3496/19 3500/16
3502/11 3503/4 3503/16 3503/24
3504/12 3504/23 3505/5 3505/14
3505/21 3505/25 3508/18 3508/24
3509/3 3509/4 3509/9 3509/13 3510/21
3511/4 3511/10 3511/19 3512/6 3512/15
3514/19 3514/24 3515/23 3517/4
3517/22 3519/6 3519/12 3520/5 3521/8
3521/22 3522/5 3522/22 3523/7 3523/8
3523/14 3523/15 3524/7 3527/22 3528/8
3531/12 3531/22 3532/3 3533/9 3534/7
3534/15 3536/21 3537/2 3537/11
3537/21 3540/10 3542/5 3544/14
3544/25 3545/9 3547/13 3547/25
3548/17 3548/21 3554/2 3554/16
3557/24 3558/5 3558/18 3558/22
YOUR HONOR [52]  3410/21 3411/4
3411/7 3411/17 3411/25 3421/13 3422/5
3423/11 3423/14 3423/21 3423/25
3424/7 3429/3 3429/21 3432/25 3447/4
3451/16 3452/2 3453/6 3453/10 3453/21
3454/15 3455/6 3456/3 3457/20 3458/10
3458/25 3459/10 3472/10 3472/15
3492/8 3492/14 3496/19 3502/11
3503/24 3505/14 3505/21 3508/18
3509/4 3509/13 3519/6 3519/12 3520/5
3522/5 3531/22 3534/7 3536/21 3537/11
3547/13 3548/17 3558/5 3558/18

# Z

ZERO [3]  3471/8 3526/20 3536/11
ZIBILICH [1]  3487/19
ZONE [17]  3422/11 3423/8 3429/13
3541/10 3541/16 3541/18 3541/23
3542/3 3542/7 3542/9 3542/13 3542/16
3542/21 3543/1 3543/6 3543/21 3545/11
ZOOM [1]  3554/22