```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2   *********************************************************************
     NORMAN ROBINSON, ET AL
 3
                                        DOCKET NO. 06-CV-2268
 4   V.                                 NEW ORLEANS, LOUISIANA
                                        TUESDAY, MAY 12, 2009
 5
     UNITED STATES OF AMERICA, ET AL
 6   *********************************************************************

 7
                      TRANSCRIPT OF TRIAL PROCEEDINGS
 8           HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                      UNITED STATES DISTRICT JUDGE
 9                    VOLUME 17 - MORNING SESSION

10

11   APPEARANCES:

12

13   FOR THE PLAINTIFF:            O'DONNELL & ASSOCIATES
                                   BY:  PIERCE O'DONNELL, ESQ.
                                   550 SOUTH HOPE STREET
14                                 SUITE 1000
                                   LOS ANGELES, CA 90071-2627
15

16                                 LAW OFFICE OF JOSEPH M. BRUNO
                                   BY:  JOSEPH M. BRUNO, ESQ.
17                                 855 BARONNE ST.
                                   NEW ORLEANS, LA 70113
18

19                                 THE ANDRY LAW FIRM
                                   BY:  JONATHAN B. ANDRY, ESQ.
20                                      KEA SHERMAN, ESQ.
                                   610 BARONNE ST.
21                                 NEW ORLEANS, LA 70113

22

23                                 BARON & BUDD
                                   BY:  THOMAS SIMS, ESQ.
                                   3102 OAK LAWN AVENUE, SUITE 1100
24                                 DALLAS, TX 75219

25
```

──── FINAL DAILY COPY ────

```
 1                           DOMENGEAUX, WRIGHT, ROY & EDWARDS
                             BY:  JAMES P. ROY, ESQ.
 2                           P. O. BOX 3668
                             556 JEFFERSON ST.
 3                           LAFAYETTE, LA 70502-3668

 4
                             THE DUDENHEFER LAW FIRM, LLC
 5                           BY:  FRANK C. DUDENHEFER, JR., ESQ.
                             601 POYDRAS ST., SUITE 2655
 6                           NEW ORLEANS, LA 70130-6004

 7
                             DUMAS & ASSOCIATES LAW FIRM
 8                           BY:  WALTER C. DUMAS, ESQ.
                             LAWYER'S COMPLEX
 9                           1261 GOVERNMENT STREET
                             P.O. BOX 1366
10                           BATON ROUGE, LA 70821-1366

11
                             FAYARD & HONEYCUTT
12                           BY:  CALVIN C. FAYARD, JR., ESQ.
                             519 FLORIDA AVENUE, S.W.
13                           DENHAM SPRINGS, LA 70726

14
                             MICHAEL C. PALMINTIER, A PLC
15                           BY:  MICHAEL C. PALMINTIER, ESQ.
                                  JOSHUA M. PALMINTIER, ESQ.
16                           618 MAIN STREET
                             BATON ROUGE, LA 70801-1910
17

18                           LAW OFFICE OF ELWOOD C. STEVENS, JR.
                             BY:  ELWOOD C. STEVENS, JR., ESQ.
19                           1205 VICTOR II BLVD.
                             P. O. BOX 2626
20                           MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:    THE GILBERT FIRM, LLC
                             BY:  ELISA T. GILBERT, ESQ.
23                                BRENDAN R. O'BRIEN, ESQ.
                             325 EAST 57TH ST.
24                           NEW YORK, NY 10022

25
```

— FINAL DAILY COPY —

```
 1   ALSO PRESENT:                    MRGO LITIGATION OFFICE
                                      BY:  J. ROBERT WARREN, II, ESQ.
 2                                         ASHLEY E. PHILEN, ESQ.
                                      600 CARONDELET STREET, SUITE 604
 3                                    NEW ORLEANS, LA 70130

 4
     FOR THE DEFENDANT:               U. S. DEPARTMENT OF JUSTICE
 5                                    TORTS BRANCH
                                      BY:  DANIEL MICHAEL BAEZA, JR.
 6                                         JEFFREY PAUL EHRLICH, ESQ.
                                           TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                         MICHELE S. GREIF, ESQ.
                                           CONOR KELLS, ESQ.
 8                                         PAUL MARC LEVINE, ESQ.
                                           JAMES F. MCCONNON, JR., ESQ.
 9                                         KARA K. MILLER, ESQ.
                                           RUPERT MITSCH, ESQ.
10                                         PETER G. MYER, ESQ.
                                           ROBIN D. SMITH, ESQ.
11                                         SARAH K. SOJA, ESQ.
                                           RICHARD R. STONE, SR., ESQ.
12                                         JOHN WOODCOCK, ESQ.
                                      P. O. BOX 888
13                                    BENJAMIN FRANKLIN STATION
                                      WASHINGTON, DC 20044
14

15

16
     OFFICIAL COURT REPORTER:         KAREN A. IBOS, CCR, RPR, CRR
17                                    500 POYDRAS STREET, ROOM HB-406
                                      NEW ORLEANS, LOUISIANA 70130
18                                    (504) 589-7776

19

20       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED BY COMPUTER.
21

22

23

24

25
```

─────────── FINAL DAILY COPY ───────────

```
 1                          I N D E X

 2
    WITNESSES FOR THE GOVERNMENT:                PAGE/LINE:
 3

 4  EDMOND J. RUSSO, JR.

 5     CROSS-EXAMINATION BY MR. PALMINTIER        3569/11

 6
    PETER C. LUISA
 7
       DIRECT EXAMINATION BY MR. EHRLICH         3578/24
 8
       CROSS-EXAMINATION BY MR. O'DONNELL        3615/22
 9

10  BRIAN R. JARVINEN

11     VOIR DIRE BY MR. WOODCOCK                 3627/12

12     DIRECT EXAMINATION BY MR. WOODCOCK        3632/8

13     CROSS-EXAMINATION BY MR. JOANEN           3658/14

14

15

16

17

18

19

20

21

22

23

24

25
```

————— FINAL DAILY COPY —————

<u>P R O C E E D I N G S</u>

(TUESDAY, MAY 12, 2009)

(MORNING SESSION)

09:05:00      THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

09:05:04      THE COURT:  GOOD MORNING.

09:05:08      MR. BRUNO:  YOUR HONOR, IN MY HASTE TO COMPLETE THE CROSS
09:05:10 OF MR. NAOMI I NEGLECTED TO OFFER SOME EXHIBITS.  MAY I DO THAT NOW?

09:05:15      THE COURT:  YES, YOU MAY.

09:05:16      MR. BRUNO:  I WANTED TO CALL TO YOUR ATTENTION EXHIBIT PX
09:05:18 59, WHICH IS ALREADY IN EVIDENCE, THAT'S THE DOCUMENT WHERE THE
09:05:20 CORPS RECOGNIZED THAT WE PUT A LOT OF WEIGHT ON THE SPOIL PILES THAT
09:05:26 SQUEEZED THE INTERDISCIPLINARY LAYER INTO THE CHANNEL.  THAT'S
09:05:30 EXHIBIT NO. 59.

09:05:31      WE WANTED TO OFFER, INTRODUCE INTO EVIDENCE EXHIBIT NO. PX
09:05:35 2175, THE PURPOSE OF WHICH IS TO DEMONSTRATE THAT FROM 1968 TO 1983
09:05:41 AN ESTIMATED 100 MILLION CUBIC YARDS OF MATERIAL HAD BEEN REMOVED
09:05:49 FROM THE BED OF THE MRGO BETWEEN MILE 46 AND 66 FOR HURRICANE LEVEE
09:05:56 CONSTRUCTION.  THAT'S A DOCUMENT YOU HAVEN'T SEEN BEFORE.

09:06:01      AND I WANTED TO INTRODUCE PX 231 AT PAGE 56, WHICH
09:06:12 REFLECTS THAT THE CONSTRUCTION OF FORESHORE PROTECTION WAS A
09:06:17 COMPONENT PART OF THE MRGO PROJECT AS ORIGINALLY AUTHORIZED.  IT
09:06:21 WASN'T NEW WORK, IT WAS OLD WORK.

09:06:23      MR. LEVINE:  WOULD YOU SAY THAT NUMBER AGAIN?

09:06:25      MR. BRUNO:  YES, I'M SORRY, PX 231.  JUDGE, PX 1124 --

09:06:42 1          THE COURT:  LET ME ASK YOU A QUESTION.  HAVE THESE BEEN

09:06:45 2   ADMITTED INTO EVIDENCE AND YOU'RE SIMPLY DRAWING MY ATTENTION TO

09:06:48 3   THEM?

09:06:48 4          MR. BRUNO:  BOTH.  SOME HAVE BEEN ADMITTED, SOME ARE NOT.

09:06:52 5   AND I'LL SAY WHICH ONES ARE WHICH.  THE ONE I AM ABOUT TO DISCUSS

09:06:56 6   HAS NOT BEEN OFFERED.

09:06:57 7          MR. LEVINE:  YOUR HONOR, I DIDN'T CONDUCT THE EXAMINATION

09:07:01 8   OF MR. NAOMI, BUT I WAS HERE AND I DON'T RECALL ANY OF THESE

09:07:04 9   EXHIBITS BEING SHOWN TO THE COURT AT THIS TIME.  IF THEY'RE IN

09:07:06 10  EVIDENCE, THEY ARE ANYWAY EVIDENCE.

09:07:07 11         THE COURT:  YOU CAN CERTAINLY DRAW MY ATTENTION TO THEM.

09:07:10 12  AND IF YOU WANT TO MAKE AN INTRODUCTION REGARDLESS OF MR. NAOMI'S

09:07:15 13  TESTIMONY, IT'S THE DEFENDANT'S CASE NOW, BUT GO AHEAD.

09:07:21 14         MR. BRUNO:  WELL, AGAIN, JUDGE TO SAVE TIME, I COULD HAVE

09:07:25 15  ASKED HIM ALL OF THESE QUESTIONS, I DIDN'T.

09:07:27 16         THIS IS A DOCUMENT NOT OFFERED YET.  THIS IS PX 1124.  IT

09:07:31 17  IS A LETTER BY COLONEL THOMAS SANDS TO JACK STEVENS, ST. BERNARD

09:07:38 18  PARISH PLANNING COMMISSION, RESPONDING TO MR. STEVENS' INQUIRY AS TO

09:07:43 19  WHY THEY HAVEN'T INSTALLED FORESHORE PROTECTION ON THE SOUTH SHORE

09:07:46 20  DATED 25 MARCH 1980.

09:07:50 21         THE NEXT DOCUMENT, NOT OFFERED, IS PX 412 WHICH IS AN

09:07:59 22  INDICATION BY THE CORPS OF THE CRITICAL NEED TO INSTALL FORESHORE

09:07:59 23  PROTECTION ON THE SOUTH SHORE, THAT IS ON THE SAME SHORE AS THE MRGO

09:08:00 24  DATED JANUARY 19, 1983, HADN'T BEEN DONE YET.

09:08:07 25         NEXT DOCUMENT AGAIN NOT ADMITTED, IT IS DOCUMENT NO. PX

1116 AT PAGE 16 WHICH INDICATES THAT FUNDING IS NOT A FACTOR IN THE

DELAY THAT THE CORPS HAD ENCOUNTERED IN BUILDING THE LEVEES; IN

FACT, THEY HAD AN $8.7 MILLION CARRYOVER IN FISCAL YEAR 1973.

AND THEN WE HAVE DOCUMENT NO. 1751 WHEREIN THE CORPS IN

ITS LAST LIFT ON THE MRGO REACH BUILT THE LEVEES TO 20 FEET

ANTICIPATING A TWO AND A HALF FOOT SETTLEMENT AS A RESULT OF

INTERDISTRIBUTARY SETTLING.

MR. LEVINE:  IS THAT DX OR PX?

MR. BRUNO:  DX, I'M SORRY.  WHAT DID I SAY?

MR. LEVINE:  YOU DIDN'T SAY ANYTHING.

MR. BRUNO:  DX, I'M SORRY.

AND THEN FINALLY, JUDGE, WE HAVE PX 2176.1 WHICH IS THE

CONTRACT FOR PUBLIC RELATIONS FOUR POINT SOME ODD MILLION DOLLARS,

WHICH COUNSEL SUGGESTED WAS HEARSAY, WE HAVE THE ACTUAL CONTRACT

WHICH WE WOULD LIKE TO MOVE INTO EVIDENCE.

THANK YOU, JUDGE.

THE COURT:  ANY OBJECTION TO ANY OF THOSE EXHIBITS THAT

YOU HAVEN'T PREVIOUSLY MADE?

MR. LEVINE:  THE PR CONTRACT'S NOT RELEVANT TO THIS

ACTION.

THE COURT:  WHY IS THE PR CONTRACT RELEVANT?

MR. LEVINE:  WE'VE NEVER SEEN THAT BEFORE EITHER.

MR. BRUNO:  IT'S RELEVANT, JUDGE, BECAUSE YOU RECALL THE

TESTIMONY OF MR. NAOMI WAS THAT HE SPOKE TO THE JEFFERSON PARISH

LEVEE DISTRICTS AND HE COMPLAINED ABOUT THE FACT THAT THEY DIDN'T

09:09:48  1    HAVE ANY FUNDING.  WHILE AT THE SAME TIME THEY HAD $4 MILLION TO

09:09:51  2    SPEND ON PUBLIC RELATIONS, WE THINK THAT'S ENTIRELY RELEVANT.

09:09:56  3    DURING THIS ENTIRE TRIAL THE CORPS SAID WE ARE LIMITED, WE ARE

09:10:00  4    SHACKLED AS TO HOW WE CAN SPEND MONEY, SO ONE HAS TO WONDER.

09:10:03  5            THE COURT:  WHEN WAS THE PR CONTRACT ENTERED INTO?

09:10:08  6            MR. BRUNO:  '07, JUDGE, I THINK.  LET ME GET IT.  I DON'T

09:10:12  7    WANT TO GUESS.  LOOKS LIKE, YOUR HONOR, IF I CAN READ THIS DOCUMENT,

09:10:38  8    21 JUNE '07.  AND I BELIEVE MR. NAOMI TESTIFIED THAT HE WAS MAKING

09:10:43  9    PRESENTATIONS TO THE JEFFERSON PARISH LEVEE DISTRICTS IN THE SAME

09:10:47 10    YEAR.

09:10:48 11            THE COURT:  I AM NOT SURE WHAT '07 HAS TO DO WITH THIS

09:10:53 12    CASE, EITHER MR. NAOMI'S TESTIMONY OR THE CONTRACT.

09:10:57 13            MR. LEVINE:  YOUR HONOR, MR. NAOMI'S TESTIMONY I BELIEVE

09:11:00 14    WAS HE WAS MAKING PRESENTATIONS IN 2003, NOT 2007.

09:11:04 15            MR. BRUNO:  THAT'S NOT ACCURATE.  IN FACT, HE WAS USING AN

09:11:08 16    '06 DOCUMENT, YOUR HONOR.

09:11:11 17            THE COURT:  I DO KNOW THAT -- LOOK, I AM GOING TO TELL YOU

09:11:16 18    RIGHT NOW THIS CONTRACT WILL HAVE NOT EVEN -- WHAT'S A QUARK?  OR

09:11:27 19    LESS THAN A QUARK OF RELEVANCE TO ME IN THIS CASE.

09:11:30 20            MR. LEVINE:  SO I WITHDRAW MY OBJECTION.

09:11:32 21            THE COURT:  BUT I'LL LET THEM COME IN.  BUT IT WILL

09:11:34 22    CERTAINLY NOT BE MENTIONED IN MY REASONS OR JUDGMENT.

09:11:40 23            MR. BRUNO:  LESS THAN IOTA.

09:11:41 24            MR. LEVINE:  ONE OTHER EXHIBIT THAT HE REFERENCED PX 2175,

09:11:45 25    I JUST HAVEN'T SEEN THAT BEFORE, IF WE COULD REVIEW THAT VERY

09:11:48 1    QUICKLY.

09:11:52 2              THE COURT:  YES, YOU MAY.  WHY DON'T YOU DO THAT, LOOK AT

09:11:56 3    THAT.

09:12:00 4              MR. BRUNO:  WHICH ONE WAS THAT, CAN YOU HELP ME REMEMBER

09:12:03 5    WHAT THAT WAS?  NEVER MIND, I GOT IT RIGHT HERE.

09:12:11 6              MR. LEVINE:  AT THE CONCLUSION OF MAYBE THE

09:12:13 7    CROSS-EXAMINATION I'LL BE ABLE TO LOOK AT THIS AND INFORM THE COURT.

09:12:17 8              THE COURT:  ALL RIGHT.  I'LL LET YOU RESERVE YOUR

09:12:22 9    OBJECTION ON THAT AND I'LL RESERVE RULING ON IT UNTIL YOU ARE ABLE

09:12:26 10   TO LOOK AT IT.  IS THAT FAIR, SIR?

09:12:28 11             MR. LEVINE:  THANK YOU, YOUR HONOR.

09:12:33 12             THE COURT:  OTHER THAN THAT DOCUMENT, THE OTHERS ARE

09:12:35 13   ADMITTED.  I AM ASSUMING THAT THOSE HAVE NOT BEEN ADMITTED YOU WILL

09:12:39 14   TENDER TO THE CLERK.

09:12:43 15             MR. BRUNO:  YES.

09:12:43 16             THE COURT:  ALL RIGHT.  ONE OF THE INCENTIVES TO GET THIS

09:12:53 17   DECISION DONE IS TO GET ALL OF THIS STUFF TO THE COURT OF APPEAL AND

09:12:57 18   OUT OF MY CHAMBERS.

09:13:03 19             MR. BRUNO:  ACTUALLY WE WERE ADVISED BY THE CLERK ALREADY

09:13:05 20   FROM THE FIFTH CIRCUIT ON THE SUBJECT WE ARE REQUIRED TO DESIGNATE

09:13:09 21   THE RECORD, THEY DON'T WANT THE WHOLE FILE.

09:13:13 22             THE COURT:  I KNOW THEY WANT THEM TO DESIGNATE.

09:13:15 23             MR. LEVINE:  A SIMILAR TOPIC MR. BRUNO HAD, I FORGOT TO

09:13:19 24   INTRODUCE A COUPLE OF EXHIBITS YESTERDAY INTO EVIDENCE.  TO THE

09:13:21 25   EXTENT THEY'RE NOT ALREADY DONE SO, I WOULD LIKE TO DX 392, DX 813,

09:13:26  1    DX 883, AND DX 1488 AND SEEK THEIR ADMISSION.

09:13:34  2            MR. PALMINTIER:  I'LL MIRROR THEIR OBJECTION SO THAT WE

09:13:37  3    CAN MOVE ON.

09:13:41  4            THE COURT:  I AM NOT SURE WHAT THEY ARE.

09:13:45  5            MR. LEVINE:  THESE ARE THE FOUR DOCUMENTS I REFERENCED

09:13:47  6    YESTERDAY DURING MR. RUSSO'S DIRECT TESTIMONY.

09:13:50  7            THE COURT:  LET THEM BE ADMITTED INTO EVIDENCE.

09:13:52  8            MR. LEVINE:  THANK YOU, YOUR HONOR.

09:13:55  9            MR. PALMINTIER:  GOOD MORNING, JUDGE.

09:13:55 10                        CROSS-EXAMINATION

09:13:55 11    BY MR. PALMINTIER:

09:13:57 12    Q.  GOOD MORNING, MR. RUSSO.  I AM MIKE PALMINTIER, I WAS NOT THE

09:14:01 13    ONE THAT TOOK YOUR DEPOSITION, THAT WAS MR. BRUNO, BUT I AM GOING TO

09:14:05 14    BE ASKING YOU SOME QUESTIONS THIS MORNING.

09:14:07 15            FIRST, YOUR DUTIES AS THE DISTRICT OPERATIONS MANAGER OF

09:14:11 16    THE MRGO -- THAT'S WHAT I WANT TO ASK YOU ABOUT -- THAT INCLUDED THE

09:14:15 17    DUTY TO TELL DIVISION AND HEADQUARTERS ABOUT PROBLEMS IN THE MRGO,

09:14:21 18    DIDN'T IT?

09:14:21 19    A.  CORRECT.

09:14:22 20    Q.  AND WHEN YOU DIDN'T DO THAT OR IF YOU DIDN'T DO THAT, THEN YOU

09:14:26 21    WOULDN'T HAVE BEEN PERFORMING YOUR DUTIES AS THE DISTRICT OPERATOR

09:14:30 22    OF THE MRGO, WOULD YOU?

09:14:31 23    A.  AND WE DID.

09:14:38 24    Q.  YOU HAVE TO ANSWER THE QUESTION FIRST.  IF YOU HAD NOT DONE IT

09:14:38 25    YOU WOULDN'T HAVE BEEN DOING YOUR JOB; ISN'T THAT TRUE, SIR?

09:14:39  1    A.  CORRECT, BUT WE DID.

09:14:40  2    Q.  NOW YOU CAN EXPLAIN.

09:14:42  3            THE COURT:  HE DID.

09:14:48  4    BY MR. PALMINTIER:

09:14:48  5    Q.  YOU KNEW, FOR EXAMPLE, YOU KNEW THAT BANK EROSION ON THE MRGO

09:14:53  6    WAS A SIGNIFICANT PROBLEM WHILE YOU WERE IN THIS POSITION AND

09:14:58  7    BEFORE; ISN'T THAT TRUE?

09:14:59  8    A.  TRUE.

09:14:59  9    Q.  AND, IN FACT, YOU WROTE AN ARTICLE OR A PAPER FOR TULANE, TULANE

09:15:08 10    UNIVERSITY CALLED "THE INDEPENDENT STUDY EVALUATION OF BANK LINE

09:15:13 11    REVETMENT ALTERNATIVES TO ABATE SHIP WAKE EROSION."  YOU WROTE THAT,

09:15:17 12    DIDN'T YOU?

09:15:18 13    A.  CORRECT.

09:15:18 14    Q.  AND IN THAT YOU SAID THE EXISTING CONDITIONS OF THE MRGO -- THIS

09:15:23 15    IS 2003, ISN'T IT, MR. RUSSO?

09:15:25 16    A.  RIGHT.

09:15:25 17    Q.  THE EXISTING CONDITIONS OF THE MRGO BANK LINES ARE UNSUSTAINABLE

09:15:29 18    FROM AN ECONOMIC, SOCIAL AND ENVIRONMENTAL PERSPECTIVE.  ISN'T THAT

09:15:35 19    TRUE?

09:15:35 20    A.  THAT'S TRUE.

09:15:36 21    Q.  THAT'S WHAT YOU SAID THEN, AND YOU WERE OPERATIONS MANAGER OF

09:15:40 22    THE MRGO AT THAT TIME, WEREN'T YOU?

09:15:42 23    A.  YES.

09:15:43 24    Q.  NOW, YOU DIDN'T TELL CONGRESS WHAT YOU TOLD TULANE AND THE

09:15:49 25    PEOPLE WHO WERE RECEIVING THIS PAPER, DID YOU?

09:15:51 1    A.  I DID.

09:15:52 2    Q.  SHOW ME THE DOCUMENT WHERE YOU TOLD CONGRESS THESE THINGS.

09:15:56 3    A.  WE SUBMITTED BUDGETS ON AN ANNUAL BASIS THROUGH THE CORPS'

09:16:02 4    BUDGET SUBMISSION SYSTEM AND THOSE INCLUDED WRITTEN JUSTIFICATIONS

09:16:07 5    FOR EACH ELEMENT OF MAINTENANCE THAT WOULD BE REQUIRED WITH A COST

09:16:11 6    ESTIMATE AND A PRIORITY, AND THEY WERE INVENTORIED ON AN ANNUAL

09:16:15 7    BASIS AND UPDATED AND SUBMITTED UP THE LINE, WHICH WAS PRESENTED TO

09:16:22 8    EACH LEVEL AND CHAIN OF COMMAND AND WHICH WAS ALSO TRANSMITTED TO

09:16:27 9    CONGRESS.

09:16:27 10   Q.  YOU HAVE THE DOCUMENTS TODAY TO DEMONSTRATE THAT?

09:16:30 11   A.  NO, I DON'T.

09:16:31 12   Q.  WHERE ARE THEY, SIR?

09:16:32 13   A.  THEY ARE AT THE CORPS OF ENGINEERS BUILDING I'M SURE.

09:16:36 14   Q.  BEFORE 2003 THERE WAS A DIFFERENT FORMAT FOR DOING WHAT WAS

09:16:40 15   SHOWN IN MR. NAOMI'S TESTIMONY YESTERDAY, WASN'T THERE, DIFFERENT

09:16:44 16   COMPUTER FORMAT?

09:16:45 17   A.  I AM NOT SURE WHAT YOU MEAN BY THAT.

09:16:47 18   Q.  YOU SAW MR. NAOMI'S TESTIMONY OR DID YOU READ ABOUT IT LAST

09:16:52 19   NIGHT?

09:16:53 20           MR. LEVINE:  HE WAS SEQUESTERED.

09:16:55 21           MR. PALMINTIER:  I FORGOT.

09:16:56 22           THE COURT:  NON-EXPERT.

09:16:57 23           MR. PALMINTIER:  FORGOT HE WAS A NON-EXPERT.

09:17:00 24   BY MR. PALMINTIER:

09:17:01 25   Q.  ANYWAY, THE POINT IS, IF SOMEONE HIGHER UP SAID THEY NEVER

09:17:04 1    RECEIVED ANYTHING ON THE MRGO, YOU WOULD JUST SAY THOSE PEOPLE WERE

09:17:06 2    WRONG, CORRECT?

09:17:07 3    A.   I WOULD SAY SO.

09:17:08 4    Q.   AND THAT THEY WOULDN'T HAVE BEEN DOING THEIR JOB IN MEETING

09:17:12 5    THEIR DUTY, CORRECT?

09:17:13 6    A.   RIGHT.  BUT THAT'S NEVER HAPPENED.

09:17:14 7    Q.   THAT WAS A YES?  THE RIGHT WAS A YES?

09:17:18 8    A.   YES.  BUT THAT NEVER HAPPENED.

09:17:20 9    Q.   YESTERDAY YOU TALKED ABOUT COMPLAINTS MADE TO WHAT MR. NAOMI

09:17:39 10   CALLED OUR CUSTOMERS, THE SHIPPING PEOPLE, DO YOU REMEMBER TELLING

09:17:39 11   THE JUDGE THAT SOMEBODY FROM THE STEAMSHIP ASSOCIATION HAD CONTACTED

09:17:40 12   YOU --

09:17:40 13   A.   YES.

09:17:40 14   Q.   -- AND SHOWING A LETTER?

09:17:42 15        AND YOU ALSO MENTIONED THAT OCCASIONALLY YOU WOULD GET

09:17:47 16   COMPLAINTS FROM LANDOWNERS, DO YOU REMEMBER THAT?

09:17:49 17   A.   YES.

09:17:50 18   Q.   THE FACT IS THAT YOU FELT LIKE THE FACT THAT PERSON'S LANDS

09:17:56 19   MIGHT BE ERODING, THAT WAS THE LANDOWNER'S PROBLEM AND NOT THE CORPS

09:18:01 20   OF ENGINEERS PROBLEM, THAT'S WHAT YOU FELT, ISN'T IT?

09:18:04 21   A.   WE BELIEVE THAT --

09:18:07 22   Q.   YOU CAN EXPLAIN BUT YOU HAVE TO ANSWER THE QUESTION FOR THE

09:18:09 23   RECORD.

09:18:09 24   A.   YES, THAT'S CORRECT.  BUT I WOULD LIKE TO SAY THAT WE WERE VERY

09:18:13 25   SENSITIVE TO A VERY WIDE ARRAY OF PROBLEMS, SUCH AS BANK EROSION

09:18:19  1    WHICH IS WHY WE TOOK GREAT LENGTHS TO UNDERSTAND THOSE CONDITIONS

09:18:24  2    AND CONCERNS OF THE LANDOWNERS TO WORK WITH THEM WHERE WE COULD

09:18:28  3    IDENTIFY WITHIN OUR AUTHORITY THE ABILITY TO CONDUCT BANK PROTECTION

09:18:35  4    IN THOSE AREAS WHERE IT WAS UNDER THE FEDERAL STANDARD AND WE COULD

09:18:41  5    MAKE THAT HAPPEN.

09:18:41  6    Q.  AND YOU TOLD THE JUDGE YESTERDAY THAT YOU COULDN'T AS A MRGO

09:18:46  7    OPERATIONS MANAGER CONDUCT PROJECTS FOR ENVIRONMENTAL PURPOSES,

09:18:49  8    REMEMBER TELLING HIM THAT?

09:18:50  9    A.  THAT'S CORRECT.

09:18:50 10    Q.  BUT THE FACT IS THAT THERE IS AN INTERFACE BETWEEN NAVIGATION

09:18:56 11    AND THE ENVIRONMENT, ISN'T THERE?

09:18:58 12    A.  OF COURSE.

09:18:58 13    Q.  YES.  AND SO IF THERE WAS SOME COMPONENT OF NAVIGATION, FOR

09:19:03 14    EXAMPLE, IN THIS EROSION PROBLEM WE'VE BEEN TALKING ABOUT, YOU, IF

09:19:07 15    IT WAS NAVIGATION, YOU COULD DO ANYTHING, COULDN'T YOU?

09:19:10 16    A.  WITHIN THE AUTHORITY TO MAINTAIN THE CHANNEL.

09:19:14 17    Q.  RIGHT.  SO, FOR EXAMPLE, ROCK, YOU COULD PLACE ROCK, COULDN'T

09:19:20 18    YOU?

09:19:20 19    A.  YES.

09:19:20 20    Q.  AND YOU COULD ALSO PLACE INTERLOCKING CONCRETE MATS THAT HAVE

09:19:25 21    BEEN IN EXISTENCE FOR 40 YEARS, CORRECT?

09:19:27 22    A.  CORRECT.

09:19:28 23    Q.  YOU MAY HAVE ACTUALLY DONE THAT, RIGHT?

09:19:30 24    A.  I DID.

09:19:30 25    Q.  YEAH.  BUT YOUR PREDECESSORS DID NOT --

09:19:33  1   A.   THAT'S NOT TRUE.

09:19:34  2   Q.   -- IS THAT FAIR?  THEY DID IT ON A LIMITED BASE, DIDN'T THEY?

09:19:37  3   A.   THEY DID IT ON A FAIRLY EXTENSIVE BASIS.

09:19:39  4   Q.   AND WHEN DID THEY DO THAT?

09:19:41  5   A.   IN THE 1990'S.

09:19:42  6   Q.   SO WOULD YOU AGREE WITH ME THAT THE CHANNEL HAD INCREASED TO

09:19:46  7   THREE TIMES ITS NORMAL -- THAT IS THE WIDTH OF THE MRGO, BECAUSE I

09:19:49  8   HEARD YOU DISTINGUISH CHANNEL YESTERDAY, THE WIDTH OF THE MRGO, IT

09:19:53  9   EXPANDED TO THREE TIMES ITS NORMAL SIZE BY THAT TIME?

09:19:56 10   A.   I WOULDN'T GENERALIZE IT TO THAT DEGREE.  IT HAS, YES, IT HAS

09:20:01 11   EXPANDED, BUT I AM UNCERTAIN ON HOW MANY TIMES.

09:20:04 12   Q.   YOU DON'T DISAGREE WITH THE EXPERTS WHO HAVE TESTIFIED AND

09:20:10 13   ACKNOWLEDGED THAT IT'S EXPANDED?

09:20:13 14   A.   I WOULD PREFER TO RELY ON THE FACTS --

09:20:15 15        THE COURT:  WAIT, WHEN YOUR ATTORNEY STANDS UP, DON'T

09:20:22 16   ANSWER.

09:20:22 17        MR. LEVINE:  AGAIN HE IS ASKING HIM ABOUT TESTIMONY THAT

09:20:22 18   HE COULD NOT HAVE SEEN IN THE COURTROOM.

09:20:22 19        THE COURT:  THE EVIDENCE IS IN THE RECORD AS TO THE WIDTH

09:20:26 20   OF THE CHANNEL IN VARYING LOCATIONS, THIS WITNESS WAS NOT HERE.  THE

09:20:29 21   OBJECTION IS SUSTAINED.

09:20:31 22   BY MR. PALMINTIER:

09:20:31 23   Q.   AND YOU SAID THAT EVERY YEAR YOU REQUESTED 50 TO $60 MILLION.

09:20:37 24   HAVE YOU HAD A CHANCE TO THINK ABOUT THAT SINCE YESTERDAY?  EVERY

09:20:39 25   YEAR YOU REQUESTED 50 TO $60 MILLION, THAT'S WHAT YOU TOLD THE

09:20:43  1   JUDGE?

09:20:43  2   A.  YES, THAT WAS AN ANNUAL BUDGET REQUEST.

09:20:45  3   Q.  DO YOU HAVE THAT DOCUMENT FOR US TODAY TO DEMONSTRATE THAT?

09:20:48  4   A.  NO, I DON'T.

09:20:49  5   Q.  AND IF IT DOESN'T EXIST, DO YOU HAVE AN EXPLANATION FOR WHY IT

09:20:53  6   DOESN'T?

09:20:54  7   A.  IT DOES EXIST AND IT'S EASILY OBTAINABLE.

09:21:00  8   Q.  WELL, IF IT WAS EASILY OBTAINABLE WHY DIDN'T YOU DEMONSTRATE IT

09:21:05  9   TO US YESTERDAY?

09:21:06 10   A.  IT WASN'T REQUIRED OF ME.

09:21:08 11   Q.  NO ONE ASKED YOU TO PRODUCE THE 50 TO $60 MILLION REQUEST THAT

09:21:11 12   YOU MAKE EVERY YEAR?

09:21:12 13   A.  NO.

09:21:13 14   Q.  DID YOU MAKE THAT REQUEST, SIR, SPECIFICALLY IN 2003?

09:21:17 15   A.  WE MADE THAT EVERY YEAR THAT I WAS THE MANAGER, WE UPDATED THE

09:21:22 16   NEEDS, THE O&M NEEDS AND WE WOULD SUBMIT THE BUDGET ON THE ORDER OF

09:21:27 17   THAT AMOUNT EVERY YEAR.

09:21:28 18   Q.  SAME THING EVERY YEAR?

09:21:29 19   A.  ROUGHLY.  I MEAN, THE NUMBERS VARIED BUT IT WAS IN THAT RANGE.

09:21:33 20   Q.  BUT YOU GOT $13 MILLION ON AN AVERAGE PER YEAR AS A RESULT OF

09:21:37 21   YOUR REQUEST, DIDN'T YOU?

09:21:38 22   A.  CORRECT.

09:21:39 23   Q.  DID YOU KNOW THAT THE MRGO OVER THE YEARS HAS DESTROYED OVER

09:21:48 24   100 SQUARE MILES OF WETLANDS?

09:21:50 25   A.  I AM NOT AWARE OF THE EXACT NUMBER OF WETLAND LOSS IN THAT AREA.

09:21:56  1    AND I AM NOT COMPLETELY CERTAIN HOW COMMINGLED THAT IS WITH OTHER

09:22:00  2    FACTORS OF LAND LOSS IN THAT AREA.

09:22:03  3    Q.  UNDERSTOOD.  YOU'VE -- YOU WERE THE OPERATIONS MANAGER FROM 2000

09:22:13  4    TO 2005.  I WANT TO CLARIFY FOR THE COURT.  YOU WERE ALSO AT MRGO

09:22:19  5    FOR AT LEAST THREE OR FOUR YEARS BEFORE THAT IN ANOTHER CAPACITY,

09:22:22  6    CORRECT?

09:22:23  7    A.  I WORKED AS -- IN DIFFERENT OTHER JOBS BUT NOT SPECIFICALLY THE

09:22:30  8    MRGO.  NOT SURE WHAT YOU'RE ASKING, SIR.

09:22:33  9    Q.  WELL, '97 YOU HAD A JOB THAT TO SOME EXTENT RELATED TO THE MRGO,

09:22:37 10    CORRECT?

09:22:38 11    A.  NOT -- I MEAN, THE PROJECT THAT -- THE CWPPRA PROGRAM THAT I

09:22:44 12    WORK IN COVERED THE ENTIRE LOUISIANA COASTAL AREA.

09:22:47 13    Q.  SO TO PUT IT ANOTHER WAY THEN, YOU DIDN'T REALLY HAVE DIRECT

09:22:50 14    RESPONSIBILITY OR KNOWLEDGE ABOUT WHAT WENT ON AT THE MRGO UNTIL

09:22:54 15    2000?

09:22:55 16    A.  THAT'S NOT COMPLETELY TRUE.

09:22:56 17    Q.  ONE OF THOSE HAS TO BE TRUE, SIR.  WHICH OF THEM IS TRUE, YOU

09:23:04 18    EITHER --

09:23:04 19    A.  I WORKED AT THE DISTRICT SINCE ABOUT 1992 AND HAD VARIOUS JOBS,

09:23:05 20    SO I WAS AWARE OF SOME OF THOSE ISSUES.  AND SOME OF THOSE ISSUES

09:23:10 21    WERE ADDRESSED IN THE CWPPRA PROGRAM IN DUE PROCESS.

09:23:13 22    Q.  DID YOU SEE A 50 TO $60 MILLION BUDGET REQUEST EVERY YEAR FROM

09:23:18 23    '92?

09:23:18 24    A.  OH, NO, I DIDN'T SEE ANYTHING PRIOR TO MY TIME AS THE ACTUAL OPS

09:23:25 25    MANAGER.  THAT INFORMATION -- WELL, IN PREPARATION OF THE INITIAL

09:23:31  1   BUDGET WHEN I GOT THERE, OF COURSE THERE WAS EXISTING BUDGET

09:23:33  2   DOCUMENTS THAT CARRIED OVER FROM THE PREVIOUS MANAGER AND THAT WAS

09:23:37  3   CERTAINLY A STARTING POINT TO REVIEW WHAT WAS THERE AND PROVIDE

09:23:43  4   ADDITIONAL UPDATES TO THAT BASED ON WHAT THE NEEDS WERE.  SO, YEAH,

09:23:48  5   THERE WAS SOME CARRYOVER AND I SAW THAT AND USED IT.

09:23:51  6   Q.  SO SOMEONE BEFORE YOU WAS REQUESTING 50 TO 60 MILLION; IS THAT

09:23:56  7   CORRECT?

09:23:56  8   A.  I DON'T RECALL, YOU KNOW, I DON'T RECALL WHAT THAT NUMBER WAS

09:23:59  9   PRIOR TO ME.  I MEAN, I'M SURE IT WAS PRETTY SUBSTANTIAL.  THAT

09:24:03 10   WOULD BE MY BEST RECOLLECTION.

09:24:05 11   Q.  AND WHAT WAS THE AMOUNT THAT WAS RECEIVED IN THOSE YEARS, WAS IT

09:24:09 12   $13 MILLION EVERY YEAR?

09:24:10 13   A.  IT WAS APPROXIMATELY 13 MILLION MORE OR LESS FOR MANY YEARS.

09:24:15 14   Q.  UNDERSTOOD.

09:24:16 15            MR. PALMINTIER:  THAT'S ALL I HAVE, YOUR HONOR.

09:24:18 16            THE COURT:  THANK YOU, SIR.  REDIRECT?

09:24:19 17            MR. LEVINE:  NO REDIRECT, YOUR HONOR.

09:24:21 18            THE COURT:  OKAY.  THANK YOU, SIR.  YOU MAY STEP DOWN.

09:24:24 19   YOUR SEQUESTRATION ORDER IS LIFTED AND YOU'RE ABLE TO STAY IN THIS

09:24:27 20   COURTROOM AND ENJOY THIS TRIAL IF YOU WISH OR YOU CAN GO BACK TO

09:24:31 21   WORK.  EITHER WAY, IT'S UP TO YOU.

09:24:36 22            MR. EHRLICH:  GOOD MORNING, YOUR HONOR, JEFF EHRLICH FOR

09:24:40 23   THE UNITED STATES AGAIN.

09:24:41 24            YOUR HONOR, OUR NEXT WITNESS IS PETE LUISA.  MR. LUISA

09:24:45 25   WORKS AT THE CORPS HEADQUARTERS IN WASHINGTON D.C.  HE IS HERE TO

09:24:50 1    TESTIFY TODAY ABOUT THE CORPS' ANNUAL BUDGET PROCESS AND FUNDING OF

09:24:54 2    THE CORPS PROJECTS IN PARTICULAR.  HIS TESTIMONY WILL RELATE TO OUR

09:24:57 3    DEFENSE ON THE DISCRETIONARY FUNCTION EXCEPTION, AND ALSO UNDER

09:25:01 4    ARTICLE 2 SECTION 3 OF THE CONSTITUTION WHICH READS:  "HE SHALL FROM

09:25:06 5    TIME TO TIME GIVE TO THE CONGRESS INFORMATION OF THE STATE OF THE

09:25:10 6    UNION, AND RECOMMEND TO THEIR CONSIDERATION SUCH MEASURES AS HE

09:25:13 7    SHALL JUDGE NECESSARY AND EXPEDIENT."

09:25:15 8            THE UNITED STATES CALLS PETE LUISA.

09:25:20 9            THE COURT:  YES, SIR.

09:25:21 10           MR. O'DONNELL:  I HAVE FOR THE FIRST TIME HEARD THAT THEY

09:25:23 11   HAVE A NEW DEFENSE ARTICLE 2 SECTION 3 OF THE UNITED STATES

09:25:27 12   CONSTITUTION.  I DON'T BELIEVE IT'S PLED AND I DON'T BELIEVE IT'S IN

09:25:29 13   THE PRETRIAL ORDER, SO I'LL OBJECT TO ANY TESTIMONY THAT COULD

09:25:33 14   RELATE TO THIS NEW DEFENSE.

09:25:38 15           THE COURT:  SO NOTED.

09:25:41 16           MR. EHRLICH:  MAY I PROCEED, YOUR HONOR?

09:25:52 17           THE COURT:  YES.

09:25:52 18           THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT HAND.

09:25:52 19       (WHEREUPON, PETE LUISA, WAS SWORN IN AND TESTIFIED AS FOLLOWS:)

09:25:52 20           THE DEPUTY CLERK:  PLEASE BE SEATED.  WOULD YOU STATE YOUR

09:25:55 21   NAME AND SPELL IT FOR THE RECORD, SIR.

09:25:57 22           THE WITNESS:  MY NAME IS PETER C. LUISA, L-U-I-S-A.

09:26:02 23                       DIRECT EXAMINATION

09:26:03 24   BY MR. EHRLICH:

09:26:04 25   Q.  MR. LUISA, BY WHOM ARE YOU EMPLOYED?

09:26:06  1    A.   I AM EMPLOYED BY THE HEADQUARTERS U.S. ARMY CORPS OF ENGINEERS.

09:26:09  2    Q.   AND HOW LONG HAVE YOU BEEN WITH THE CORPS OF ENGINEERS?

09:26:11  3    A.   WITH THE CORPS OF ENGINEERS I'VE BEEN 31 YEARS.

09:26:14  4    Q.   WHAT POSITION DO YOU HOLD WITH THE CORPS TODAY?

09:26:17  5    A.   CURRENTLY I AM THE CHIEF OF PROGRAM DEVELOPMENT FOR CIVIL WORKS

09:26:22  6    IN THE HEADQUARTERS.

09:26:23  7    Q.   AND HOW LONG HAVE YOU HELD THAT POSITION?

09:26:25  8    A.   I'VE HAD THAT SINCE 2003.

09:26:27  9    Q.   WILL YOU DESCRIBE FOR THE COURT YOUR RESPONSIBILITIES AS CHIEF

09:26:32 10    OF CIVIL WORKS, PROGRAM DIVISION?

09:26:34 11    A.   BASICALLY AS THE CHIEF OF PROGRAM DEVELOPMENT I WILL ISSUE

09:26:39 12    GUIDANCE ON THE DEVELOPMENT OF THE PROGRAM FOR EACH PARTICULAR YEAR

09:26:44 13    AND THEN COLLECT THAT INFORMATION FROM THE DISTRICTS AND DIVISIONS

09:26:49 14    AND IN ESSENCE ASSIMILATE THAT TOGETHER WITH MY BUSINESS LINE

09:26:56 15    MANAGERS IN DEVELOPMENT OF THE BUDGET.  I ALSO THEN GO FORWARD AND

09:26:59 16    DEFEND THE BUDGET THROUGH THE CONGRESSIONAL HEARING PROCESS.

09:27:03 17    Q.   I'M SORRY, I DIDN'T HEAR.

09:27:04 18    A.   AND THEN DEFEND THE BUDGET THROUGH THE CONGRESSIONAL HEARING

09:27:07 19    PROCESS.

09:27:07 20    Q.   THANK YOU.  BEFORE THAT POSITION, WHAT DID YOU DO WITH THE

09:27:15 21    CORPS?

09:27:15 22    A.   WELL, I WAS ALSO CHIEF OF WESTERN BRANCH IN PROGRAMS DIVISION AT

09:27:22 23    THE TIME WE WERE REGIONALLY DISAGGREGATED SO WE HAD A WESTERN,

09:27:29 24    EASTERN AND CENTRAL BRANCH AND IT WAS CHIEF OF WESTERN BRANCH.

09:27:33 25    Q.   AND WHAT WERE YOUR RESPONSIBILITIES IN THAT POSITION?

09:27:35  1   A.   IN WESTERN BRANCH I HAD OVERSIGHT OVER THE WESTERN THREE

09:27:39  2   DIVISIONS IN THE WESTERN AREA, THE SOUTH PACIFIC DIVISION, NORTHWEST

09:27:43  3   DIVISION, AND PACIFIC OCEAN DIVISION AND THAT PROVIDED OVERSIGHT TO

09:27:47  4   THOSE THREE, AND ALL OF THEIR ACTIVITIES AND ALSO I ALSO HAD

09:27:52  5   RESPONSIBILITY FOR THE INVESTIGATIONS ACCOUNT FOR THE ENTIRE CORPS

09:27:56  6   OF ENGINEERS.

09:27:56  7   Q.   AND THAT LAST RESPONSIBILITY, ACCOUNT MANAGER FOR THE

09:28:02  8   INVESTIGATIONS ACCOUNT, DID THAT RELATE TO THE BUDGET PROCESS?

09:28:04  9   A.   YES, THAT SPECIFICALLY TO THE BUDGET PROCESS, IT WAS TO DEVELOP

09:28:07 10   THE BUDGET FOR THE STUDY AND DESIGN PROCESS.

09:28:10 11   Q.   DID THAT POSITION REQUIRE -- I'M SORRY, STRIKE THAT.

09:28:14 12        YOU'VE HELD MANAGEMENT POSITION AT HEADQUARTERS SINCE

09:28:19 13   1997; IS THAT RIGHT?

09:28:20 14   A.   ACTUALLY I HAD ANOTHER MANAGEMENT POSITION BEFORE THAT IN

09:28:23 15   ANOTHER AREA IN PROJECT MANAGEMENT, SO THAT WOULD HAVE BEEN SINCE

09:28:28 16   ABOUT '93.

09:28:28 17   Q.   AND WHAT WAS THAT POSITION?

09:28:30 18   A.   THAT WAS THE CHIEF OF SOUTHWESTERN DIVISION PROJECT MANAGEMENT

09:28:34 19   BRANCH.  THERE WE WERE MORE INTERESTED IN THE EXECUTION OF THE

09:28:37 20   PROGRAM, THAT IS SPENDING THE MONEY.

09:28:39 21   Q.   MR. LUISA, IN YOUR POSITION NOW, DO YOU BECOME -- DO YOU HAVE

09:28:44 22   OCCASION TO BECOME FAMILIAR WITH THE PARTICULARS OF ANY OF THE

09:28:48 23   PROJECTS THAT ARE THE SUBJECT OF THE PRESIDENT 'S RECOMMENDATION TO

09:28:55 24   CONGRESS FOR FUNDING?

09:28:55 25   A.   THE PARTICULARS?

09:28:55  1    Q.  YEAH, THE NATURE OF THE WORK BEING PERFORMED ON A PARTICULAR

09:28:57  2    PROJECT, FOR EXAMPLE?

09:28:58  3    A.  NOT REALLY.  IN THIS POSITION IT'S MORE GENERAL OVERSIGHT AND

09:29:02  4    BRINGING TOGETHER THE INDIVIDUAL BUSINESS LINE MANAGERS WHO WILL

09:29:05  5    REALLY HAVE THE KNOWLEDGE OF THE PARTICULARS.

09:29:07  6    Q.  AND WOULD YOU KNOW, FOR EXAMPLE, WITHOUT GOING BACK TO RECORDS

09:29:12  7    THAT MAY EXIST AT THE CORPS, WHETHER A PARTICULAR PROJECT WAS FUNDED

09:29:15  8    TO ITS CAPABILITY FOR A PARTICULAR YEAR IN THE PAST?

09:29:18  9    A.  NOT WITHOUT LOOKING AT THE DETAILED RECORDS.

09:29:21 10    Q.  MR. LUISA, WE'VE ASKED YOU TO COME HERE TODAY TO HELP EXPLAIN TO

09:29:25 11    THE COURT THE WAY THE CORPS' ANNUAL BUDGET PROCESS WORKS,

09:29:28 12    PARTICULARLY WITH RESPECT TO PROJECTS THAT HAVE BEEN AUTHORIZED AND

09:29:31 13    ARE NOW IN NEED OF FUNDING.  AND I'D LIKE TO GIVE THE COURT AN

09:29:35 14    OVERVIEW OF THAT PROCESS USING A PARTICULAR BUDGET YEAR AS AND

09:29:40 15    EXAMPLE AND THEN TAKE IT FROM THE START AND TO THE END OF THAT

09:29:42 16    PROCESS.

09:29:43 17         WHY DON'T WE USE FISCAL YEAR 2010, AND I'LL ASK YOU WHEN

09:29:48 18    DID THE BUDGET PROCESS FOR THAT FISCAL YEAR BEGIN?

09:29:52 19         MR. O'DONNELL:  YOUR HONOR?

09:29:53 20         THE COURT:  YES, SIR.

09:29:54 21         MR. O'DONNELL:  I'D LIKE TO HAVE AN OBJECTION TO THE

09:29:57 22    RELEVANCY OF THIS.  I DON'T THINK THESE MACRO NATIONAL BUDGETING

09:30:01 23    PROCESS AND PRIORITIES HAVE ANY RELEVANCY TO ANY ISSUE IN THIS CASE

09:30:04 24    AND I WOULD NOTE AN OBJECTION.

09:30:06 25         THE COURT:  JUST FOR THE RECORD?

09:30:09  1          MR. EHRLICH:  SURE, YOUR HONOR, AND WE WILL TIE IN THE

09:30:10  2  PROCESS HOW IT IS TODAY AND HOW IT'S CHANGED OVER YEARS PASSED,

09:30:14  3  WE'LL ESTABLISH THE RELEVANCY OF ALL OF THIS TESTIMONY THROUGH

09:30:18  4  MR. LUISA.

09:30:18  5          THE COURT:  I WILL ACCEPT THAT REPRESENTATION, AND SUBJECT

09:30:20  6  TO YOUR OBJECTION, I'LL ALLOW HIM TO CONTINUE TO TESTIFY.

09:30:25  7          MR. O'DONNELL:  MAY I HAVE A CONTINUING OBJECTION?

09:30:26  8          THE COURT:  YES, IT IS CONTINUING AND MADE GENERAL.

09:30:30  9  BY MR. EHRLICH:

09:30:31 10  Q.  AGAIN, MR. LUISA, USING THE FISCAL YEAR 2010 BUDGET PROCESS,

09:30:33 11  WHEN DID THAT PROCESS BEGIN?

09:30:34 12  A.  WELL, IT BEGINS ACTUALLY TWO YEARS PRIOR, 2008 WE WOULD USUALLY

09:30:42 13  JANUARY OR FEBRUARY OR SO WE WOULD GET A TARGET FROM THE OFFICE OF

09:30:45 14  MANAGEMENT AND BUDGET, THAT WOULD BE WHAT THEY CALL A FORMULAIC

09:30:50 15  TARGET, IT'S DEVELOPED BY FORMULA FROM THE OMB, BUT IT WOULD BE A

09:30:55 16  NUMBER THAT WE WOULD HAVE TO SHOOT FOR AND DEVELOP A PROGRAM TO FIT

09:30:59 17  THAT PARTICULAR NUMBER.

09:31:01 18          AT THAT POINT IN TIME WE WOULD THEN ISSUE GUIDANCE,

09:31:06 19  DETAILED GUIDANCE TO THE FIELD ON HOW TO DEVELOP THE PROGRAM, HOW TO

09:31:10 20  DEVELOP ALL OF THE NUMBERS FOR EACH OF THE INDIVIDUAL PROJECTS FOR

09:31:13 21  THAT PROGRAM.  THEN --

09:31:16 22  Q.  LET ME STOP YOU THERE.  I AM GOING TO ASK YOU A COUPLE OF

09:31:19 23  QUESTIONS ABOUT WHAT YOU JUST SAID.

09:31:21 24  A.  ALL RIGHT.

09:31:21 25  Q.  YOU MENTIONED THAT WHAT FIRST HAPPENS IS YOU RECEIVE INFORMATION

09:31:28 1    FROM THE OFFICE OF MANAGEMENT AND BUDGET.  WILL YOU DESCRIBE FOR THE

09:31:29 2    COURT WHAT ROLE THE OFFICE OF MANAGEMENT AND BUDGET PLAYS IN THE

09:31:33 3    ANNUAL BUDGET PROCESS FOR THE UNITED STATES?

09:31:34 4    A.  WELL, THEY'RE THE FINAL DETERMINATE OF EVERYTHING, ALL OF THE

09:31:37 5    AGENCIES, AND WHAT THEIR FINAL NUMBERS WOULD BE.  SO THEY GIVE US AN

09:31:41 6    INITIAL NUMBER AND THEN LATER ON IN THE YEAR THEY'LL REVIEW ALL OF

09:31:43 7    OUR PROGRAMS AND ALL OF OUR PROJECTS AND THEN GIVE US BACK THAT

09:31:47 8    NUMBER.

09:31:47 9    Q.  WHEN YOU SAY THEY'RE THE FINAL DETERMINATE, YOU MEAN WITH REGARD

09:31:52 10   TO WHAT THE PRESIDENT WILL RECOMMEND TO CONGRESS?

09:31:54 11   A.  YES.  THEY ARE THE FINAL PRESIDENTIAL REVIEWER.

09:31:57 12   Q.  THE TARGET AMOUNT THAT YOU TESTIFIED YOU WERE GIVEN, IS THAT THE

09:32:03 13   AMOUNT THAT THE CORPS WILL BE PERMITTED TO SPEND IN THAT PARTICULAR

09:32:08 14   FISCAL YEAR FOR ALL OF ITS ACTIVITIES?

09:32:10 15   A.  YES.

09:32:11 16   Q.  THE NEXT THING YOU MENTIONED I THINK -- BY THE WAY, FOR FISCAL

09:32:17 17   YEAR 2010 YOU TESTIFIED THIS OCCURS IN EARLY 2008.  CAN YOU TELL US

09:32:21 18   WHAT, AROUND WHAT MONTHS?

09:32:22 19   A.  USUALLY JANUARY, FEBRUARY, THAT TIME PERIOD.

09:32:26 20          AND IT CAN COME IN ANY FORM, THEY SOMETIMES GIVE US A

09:32:29 21   LETTER, SOMETIMES THEY JUST MAKE A PHONE CALL, SOMETIMES THEY JUST

09:32:31 22   REFER US TO THE TABLES THAT WAS THE RESULT OF THE PRIOR YEAR'S

09:32:35 23   BUDGET AND SAY JUST USE THAT NUMBER.

09:32:37 24   Q.  OKAY.  AND THEN THE NEXT THING YOU MENTIONED IS YOU PREPARE

09:32:41 25   GUIDANCE.  FIRST TELL US WHEN THAT OCCURS IN THE BUDGET PROCESS, SO

09:32:45 1    IN THIS CASE IT WOULD HAVE BEEN SOMETIME IN 2008 I THINK?

09:32:48 2    A.   RIGHT.   SO IN 2008 AROUND FEBRUARY, MARCH TIME FRAME WE WOULD

09:32:52 3    PROVIDE DETAILED GUIDANCE, IT'S A VERY LARGE VOLUME THAT INCLUDES

09:32:57 4    ALL OF THE BUSINESS LINES AND ALL OF THE ACCOUNTS AND HOW THE FIELD

09:33:01 5    IS TO DEVELOP THEIR PROJECT NUMBERS, THEIR SUBMISSION AND THEIR

09:33:05 6    DEFENSE OF THAT NUMBER.

09:33:08 7    Q.   WHAT HAPPENS AFTER YOU SEND THAT GUIDANCE TO THE FIELD?

09:33:10 8    A.   THE FIELD IS USUALLY WORKING IN THE SPRING POPULATING OUR

09:33:14 9    DATABASES, OUR ELECTRONIC SYSTEMS WITH THE INFORMATION FOR EACH OF

09:33:18 10   THE PROJECTS; AND THEN THE DISTRICT THEN SUBMITS THEIR INFORMATION

09:33:27 11   TO OUR DIVISION OFFICES, WHO THEN TAKE THEIR TURN AT TRYING TO

09:33:33 12   ASSIMILATE WITHIN ALL OF THEIR DISTRICTS AND PULL THEM TOGETHER; AND

09:33:37 13   THEN IN ABOUT JULY THEY WILL SEND IT TO HEADQUARTERS AND

09:33:40 14   HEADQUARTERS BEGINS DOING ITS JOB TO ASSIMILATE ACROSS ALL OF THE

09:33:44 15   DIVISIONS AND MAKING PRIORITIES.

09:33:45 16   Q.   LET ME ASK YOU A FEW QUESTIONS ABOUT WHAT YOU JUST TOLD US

09:33:49 17   AGAIN.

09:33:49 18         YOU SAY THAT THE -- YOU USE THE TERM POPULATED, IN WHAT

09:33:57 19   FORM IS THIS INFORMATION COLLECTED

09:33:57 20   A.   WELL, IT'S IN A DATABASE, A SPREADSHEET THAT THEY WOULD FILL OUT

09:34:00 21   ALL OF THE DIFFERENT REQUESTED ACTIVITIES.

09:34:03 22   Q.   IF WE COULD TAKE A LOOK AT DX 515R, IT'S A DOCUMENT THAT WE SAW

09:34:08 23   YESTERDAY.   MR. LUISA'S, IS THIS AN EXAMPLE OF ONE OF THE

09:34:16 24   SPREADSHEETS THAT YOU MENTIONED?

09:34:17 25   A.   YES, YES, IT IS.

09:34:18  1   Q.  AND I THINK YOU TESTIFIED THAT THE DISTRICTS POPULATE THE

09:34:21  2   SPREADSHEET, WHAT DO YOU MEAN BY THAT?

09:34:22  3   A.  THEY FILL OUT ALL OF THOSE BOXES.  THEY WOULD PUT IN ALL OF THE

09:34:28  4   NUMBERS, ALL OF THE WORDS, ALL OF THE REQUIREMENTS FOR THE PROJECT.

09:34:31  5   Q.  WHERE DOES THE INFORMATION GO AFTER IT'S ENTERED INTO A

09:34:35  6   SPREADSHEET LIKE THIS?

09:34:36  7   A.  THEN AT THAT POINT THE DIVISION TAKES OVER AFTER THE DISTRICT

09:34:39  8   HAS DONE ITS JOB, THE DIVISION WOULD TAKE OVER, TRY TO PROVIDE A

09:34:42  9   LITTLE QUALITY ASSURANCE AND THEN ALSO DO THEIR OWN JOB IN

09:34:46 10   ASSIMILATING ALL OF THE DISTRICTS TOGETHER AND TRYING TO DEVELOP A

09:34:50 11   RANKING.

09:34:50 12   Q.  YOU MENTIONED RANKING.  WHERE DOES THIS RANKING OF PROJECTS TAKE

09:34:57 13   PLACE, AT WHAT LEVEL?

09:34:58 14   A.  WELL, IT TAKES PLACE FIRST AT THE DISTRICT, THEY WOULD BE

09:35:01 15   EXPECTED TO RANK THEIR PROJECTS AT THE DISTRICT LEVEL; AND THEN ONCE

09:35:04 16   AGAIN AT THE DIVISION LEVEL, THEY THEN TAKE THEIR TURN AT RANKING

09:35:09 17   THE PROJECTS.

09:35:10 18   Q.  AND WHAT CRITERIA DO THESE DIFFERENT LEVELS USE FOR RANKING

09:35:16 19   THEIR PROJECTS, ONE OVER THE OTHER?

09:35:18 20   A.  WELL, I MEAN IT DEPENDS WHICH ACCOUNT AND WHICH BUSINESS LINE

09:35:22 21   THAT WE'RE LOOKING AT, SO THEY'RE ALL A LITTLE BIT DIFFERENT; BUT

09:35:26 22   BASICALLY THE REMAINING BENEFIT, REMAINING COST RATIOS IS A MAJOR

09:35:30 23   DETERMINATE, THE BENEFIT COST RATIO IS A MAJOR DETERMINATE, AND THEN

09:35:34 24   WE COLLECT A LOT OF OTHER INFORMATION THAT EACH BUSINESS LINE

09:35:37 25   MANAGER FEELS IS NECESSARY FOR HIM TO MAKE A DECISION.

3586

09:35:39 1    Q.   OKAY.  YOU'VE USED THE TERM NOW A FEW TIMES.  WILL YOU TELL THE

09:35:43 2    COURT, PLEASE, WHAT A BUSINESS LINE IS?

09:35:45 3    A.   WELL, A BUSINESS LINE IS IN ESSENCE THE OUTPUT OF A PROGRAM.

09:35:48 4    THE CORPS OF ENGINEERS HAS A NUMBER OF PROGRAMS AND IT HAS THE FLOOD

09:35:52 5    CONTROL PROGRAM, FLOOD DAMAGE REDUCTION PROGRAM, NAVIGATION,

09:35:57 6    ENVIRONMENTAL RESTORATION, RECREATION, WATER SUPPLY, EMERGENCY

09:36:01 7    MANAGEMENT AND HYDROPOWER, THOSE ARE OUR MAJOR BUSINESS LINES, OUR

09:36:05 8    MAJOR OUTPUTS IN OUR PROJECTS.

09:36:07 9    Q.   IS THAT -- DOES THAT MEAN THE SAME THING AS A MISSION AREA?

09:36:11 10   A.   IT WOULD BE A MISSION AREA AS WELL, YES.

09:36:15 11   Q.   IS THERE A TIME WHERE THE ASSISTANT SECRETARY OF THE ARMY

09:36:18 12   BECOMES INVOLVED IN THIS PROCESS?

09:36:19 13   A.   WELL, ONCE THE INFORMATION GETS TURNED OVER TO THE HEADQUARTERS,

09:36:26 14   WHICH IS IN JULY, THE ASSISTANT SECRETARY'S STAFF, AND HE HAS A VERY

09:36:29 15   LIMITED STAFF, BUT THAT STAFF WOULD PARTICIPATE IN THE

09:36:32 16   DECISION-MAKING PROCESS.  HIS IS MORE OF A HANDS OFF KIND OF NATURE,

09:36:36 17   HE'S THERE, HE IS PAYING ATTENTION, HE MIGHT EVEN OFFER SUGGESTIONS

09:36:40 18   AT TIMES, BUT HE WOULD TRY TO STAY A LITTLE BIT HANDS OFF BECAUSE

09:36:45 19   THERE IS A SEPARATION THERE OF THE OFFICES BETWEEN THE CORPS OF

09:36:48 20   ENGINEERS AND THE ASSISTANT SECRETARY OF THE ARMY.  WE'RE IN

09:36:51 21   WASHINGTON, HE IS IN THE PENTAGON.

09:36:54 22   Q.   AND YOU'RE NOT IN THE PENTAGON I TAKE IT?

09:36:57 23   A.   NO.

09:36:57 24   Q.   OKAY.  THE PENTAGON IS IN VIRGINIA?

09:37:00 25   A.   YES.

09:37:00 1   Q.  DO THE PRIORITIES THAT THE ASSISTANT SECRETARY OF THE ARMY HAS,

09:37:07 2   DO THOSE IN ANY WAY IMPACT THIS PROCESS?

09:37:12 3   A.  YES, I MEAN, HE WOULD TYPICALLY ISSUE US A LETTER WHICH OUTLINES

09:37:17 4   HIS PRIORITIES AND HIS DESIRES, USUALLY IN MAY, MAY TIME FRAME.

09:37:23 5   HE'S WORKING ON HIS LETTER NOW FOR THE FY 11 BUDGET, AS A MATTER OF

09:37:28 6   FACT.  SO THAT'S -- THAT IS USUALLY A TWO, THREE PAGE LETTER.  HE'S

09:37:33 7   OUTLINING HIS PRIORITIES -- OR HER IN THAT CASE.  OUR NOMINEE THIS

09:37:39 8   YEAR IS A FEMALE.

09:37:40 9   Q.  AND YOU TESTIFIED THAT THAT'S GOING ON NOW FOR THE FISCAL YEAR

09:37:44 10  2011 PROCESS?

09:37:45 11  A.  YES.

09:37:46 12  Q.  FOR FISCAL YEAR 2010 THAT WOULD HAVE OCCURRED IN MAY 2008?

09:37:49 13  A.  2008, YES.

09:37:50 14  Q.  AND THEN WHAT WOULD HAPPEN NEXT, WHAT'S THE STEP AFTER THAT?

09:37:52 15  A.  WELL, NEXT WHEN THE DATA IS OPEN FOR THE HEADQUARTER BUSINESS

09:37:58 16  LINE MANAGERS, WE MEET IN JULY, DISCUSS THE LETTER, DISCUSS THE

09:38:02 17  FOCUS OF WHERE THE PROGRAM OUGHT TO BE, LOOK AT SOME OF THE PRIORITY

09:38:06 18  AREAS THAT THE ASSISTANT SECRETARY DESIRES TO EMPHASIZE; AND THEN

09:38:12 19  THEY, THE BUSINESS LINE MANAGERS TAKE THE MONTH OF JULY TO SCREEN

09:38:15 20  THE DATA TO EVALUATE IT, QUALITY CONTROL, FILL IN BLANKS, TRY TO

09:38:20 21  LOOK AT THINGS THAT LOOK LIKE ARE CORRECTIONS NEEDED.

09:38:24 22  Q.  AND THESE BUSINESS LINE MANAGERS, DO THEY EACH DO THIS THEN FOR

09:38:28 23  A PARTICULAR BUSINESS LINE?

09:38:29 24  A.  RIGHT, THEIR OWN BUSINESS LINE.  SOME BUSINESS LINES HAVE TWO

09:38:32 25  MANAGERS.  NAVIGATION AND FLOOD DAMAGE REDUCTION BEING AS LARGE AS

09:38:35 1    THEY ARE, THEY'RE BASICALLY THE TWO ELEPHANTS IN THE ROOM, THEY

09:38:38 2    WOULD HAVE TWO BUSINESS LINE MANAGERS LOOKING OVER THEM.

09:38:41 3    Q.  IS THERE A TIME WHERE THE BUSINESS LINE MANAGERS GET TOGETHER

09:38:44 4    AND TALK ABOUT A MORE GLOBAL PERSPECTIVE, IN OTHER WORDS, OUTSIDE OF

09:38:49 5    EACH OF THEIR OWN BUSINESS LINES?

09:38:51 6    A.  RIGHT.  THEN WE COME TOGETHER IN AUGUST, THAT'S USUALLY

09:38:58 7    FACILITATED BY ME, AND WE COME TOGETHER AND IN ESSENCE DECIDE HOW

09:38:59 8    WE'RE GOING TO FIT, WHICH NORMALLY IS A SIX TO $7 BILLION REQUEST

09:39:05 9    FROM THE FIELD TO FIT THE ACTUAL TARGET THAT OMB GIVES US, WHICH IS

09:39:11 10   USUALLY ABOUT FOUR AND A HALF BILLION.

09:39:13 11   Q.  WHAT HAPPENS AFTER THAT PROCESS IS COMPLETED?

09:39:19 12   A.  THEN WE WILL PROVIDE RECOMMENDATIONS TO THE ASSISTANT SECRETARY

09:39:23 13   OF THE ARMY, THE SPECIFIC ALLOCATIONS, THE PROJECTS, THE ACTIVITIES,

09:39:30 14   WE WOULD LAY THEM OUT AS WE SEE BEST TO FIT THE TARGET THAT OMB HAD

09:39:37 15   GIVEN US AND WE WOULD ALSO GIVE HIM ADDITIONAL LEVELS ABOVE THE

09:39:40 16   TARGET WERE OMB TO GIVE US ADDITIONAL MONEY IN THE REMAINING THREE,

09:39:45 17   FOUR MONTHS OF THE FISCAL YEAR.

09:39:46 18       SO HE WOULD THEN SIGN THAT LETTER WITH THE ALTERNATIVE

09:39:51 19   RECOMMENDATIONS BEYOND THE TARGET AND SEND THAT TO OMB.

09:39:54 20   Q.  OKAY.  WHEN OMB GETS THIS, I SUPPOSE IT'S A FINAL PACKAGE FROM

09:39:59 21   THE CORPS, WHAT DOES IT DO WITH IT AND WHAT HAPPENS?

09:40:03 22   A.  RIGHT.  OMB USUALLY HAS A STAFF OF ABOUT SIX OR SEVEN THAT

09:40:06 23   REVIEWS OUR SUBMISSION TO THEM.  WE HAVE BRIEFINGS -- HEARINGS THEY

09:40:12 24   LIKE TO CALL IT -- IN OCTOBER TIME FRAME WHERE WE DISCUSS ALL OF OUR

09:40:17 25   SUBMISSIONS, DEFEND THEM, WHY WE CHOSE WHAT WE CHOSE; AND THEN OMB

09:40:25 1   SORT OF SEQUESTERS THEMSELVES AND THEN DECIDES WHAT THEY THINK IS

09:40:29 2   THE RIGHT ALLOCATION, THE RIGHT MIX, AND THE RIGHT TARGET NUMBER,

09:40:33 3   BECAUSE THEIR FINAL TARGET NUMBER MAY CHANGE, THEY GIVE US A LITTLE

09:40:37 4   BIT MORE, THEY MAY ACTUALLY SOMETIMES GIVE US LESS.

09:40:39 5        SO THEN THEY'LL GIVE THAT BACK TO US AT THE END OF

09:40:42 6   NOVEMBER IN THE FORM OF WHAT'S CALLED A PASS BACK.  IT'S USUALLY

09:40:46 7   ABOUT A 25 PAGE DOCUMENT WHERE THEY DETAIL ALL OF THEIR DECISIONS

09:40:50 8   BACK TO US AND THE REASON FOR SUCH.

09:40:53 9   Q.  AND WHAT HAPPENS AFTER YOU RECEIVE THAT INFORMATION FROM OMB?

09:40:58 10  A.  WELL, WE'LL DO WHAT'S CALLED AN APPEAL LETTER, WE HAVE THREE

09:41:01 11  DAYS TO DO AN APPEAL.  IT'S REALLY AN APPEAL OF THE ALLOCATION, THE

09:41:05 12  TOTAL NUMBER IS THE SAME, WE ARE NOT GOING TO GET ANY RELIEF OF

09:41:10 13  THAT, WHATEVER THEY'VE MADE THE DECISION IN PASS BACK WILL BE THE

09:41:14 14  FINAL NUMBER, WE WILL SUGGEST A DIFFERENT ALLOCATION.

09:41:16 15       RIGHT AFTER THAT THEY WILL THEN FIVE US OUR FINAL ANSWER.

09:41:20 16  IT'S REALLY AN INFORMAL PROCESS, THEY'LL SEND US A FINAL NOTE,

09:41:23 17  USUALLY AN E-MAIL TO THE ASSISTANT SECRETARY'S STAFF AND SAY THIS IS

09:41:27 18  IT, THIS IS THE FINAL DECISION, START DEVELOPING YOUR BUDGET

09:41:35 19  JUSTIFICATION MATERIAL FOR THE CONGRESS.

09:41:35 20       AND THEN IN DECEMBER AND JANUARY WE'LL START DEVELOPING

09:41:36 21  ALL OF THE INDIVIDUAL JUSTIFICATION SHEETS THAT DEFINE EVERY

09:41:40 22  PROJECT'S NUMBER AND WHY THEY GOT WHAT THEY GOT AND HOW THEY GOT IT.

09:41:43 23  Q.  SO NOW WE'RE IN THE 2010 FISCAL YEAR WE ARE NOW INTO JANUARY OF

09:41:49 24  2009?

09:41:50 25  A.  CORRECT.

09:41:50  1    Q.  AND YOU MENTIONED THAT CONGRESS BECOMES INVOLVED.  TELL THE

09:41:56  2    COURT ABOUT THE INTERACTION BETWEEN THE ADMINISTRATION AND CONGRESS

09:41:59  3    AT THIS POINT?

09:41:59  4    A.  WELL, TYPICALLY IN FEBRUARY, I THINK IT'S THE FIRST MONTH

09:42:02  5    ACTUALLY, IT'S KIND OF REQUIRED, FIRST MONTH (SIC) IN FEBRUARY WE

09:42:05  6    WOULD SEND THE BUDGET TO CONGRESS.  NOW, THIS YEAR THAT DIDN'T

09:42:08  7    HAPPEN WITH THE NEW ADMINISTRATION, IT DELAYED SUBMISSION OF THE

09:42:12  8    BUDGET ACTUALLY UNTIL LAST WEEK.

09:42:14  9         BUT WE WOULD SUBMIT THE BUDGET TO CONGRESS AND THEN WE

09:42:18 10    WOULD BEGIN HEARING PROCESS.  IN FACT, THE HEARINGS ARE TAKING PLACE

09:42:21 11    RIGHT NOW WHERE MY BOSSES ARE TESTIFYING TO THE HOUSE SUBCOMMITTEE

09:42:25 12    ON ENERGY AND WATER AS TO THEIR BUDGET REQUESTS.  THEY WILL HAVE A

09:42:29 13    DISCUSSION WITH THE COMMITTEE MEMBERSHIP DETAILING SPECIFICALLY WHAT

09:42:35 14    THEY DID AND WHY, AND THEN HAVE AN EXCHANGE WITH THE COMMITTEE, IT'S

09:42:38 15    A QUESTION AND ANSWER PERIOD WITH THEM AS TO WHY THEY DID AND WHAT

09:42:40 16    THEY CHOSE.

09:42:41 17    Q.  WHEN YOU SAY RIGHT NOW, DO YOU MEAN TODAY?

09:42:45 18    A.  TODAY, RIGHT NOW, THIS TIME FRAME.

09:42:47 19    Q.  SO TODAY YOUR BOSS IS TESTIFYING BEFORE A HOUSE COMMITTEE.  IS

09:42:49 20    THERE ALSO TESTIMONY ON THE SENATE SIDE?

09:42:52 21    A.  THAT ONE IS SCHEDULED FOR THE 20TH OF THIS MONTH.  SO --

09:42:57 22    Q.  MAY 20TH?

09:42:57 23    A.  -- NEXT WEEK I THINK WE WILL BE GOING TO THE SENATE AND DOING

09:43:00 24    THE SAME THING WITH THEM.

09:43:01 25    Q.  OKAY.  AND THEN AFTER THAT PROCESS IS COMPLETE, WHAT HAPPENS IN

09:43:05 1   CONGRESS?

09:43:06 2   A.   THEN THEY WOULD HAVE A MARKUP PERIOD IT'S CALLED.  EACH THE

09:43:10 3   SENATE AND THE HOUSE CHAIRMAN ESSENTIALLY GETS LETTERS FROM EACH

09:43:13 4   MEMBER OF CONGRESS WHERE THEY SAY WHAT THEY WOULD LIKE FOR THEIR

09:43:18 5   PROJECTS, AND THAT LETTER IS THEN SENT TO US INFORMALLY AND A FACT

09:43:25 6   SHEET IS GENERATED BY THE CORPS OF ENGINEERS FOR EACH REQUEST AND IT

09:43:30 7   WOULD DETAIL EXACTLY WHAT THE MEMBER ASKED FOR, WHAT THE CORPS COULD

09:43:33 8   DO, WHAT THEY COULD DELIVER ON, AND THEY WOULD BE IN WHAT WE WOULD

09:43:39 9   CALL CHUNKS, IF YOU WILL; SO IF A MEMBER ASKED FOR $1 MILLION, THE

09:43:42 10  COMMITTEE STAFF WANTS US TO BREAK THAT DOWN INTO LEVELS OR

09:43:46 11  INCREMENTS, IF YOU WILL.  SO THEY DON'T WANT IT TO BE A MILLION OR

09:43:50 12  NOTHING.

09:43:51 13       THE COMMITTEE STAFF WANTS TO SEE, WELL, CAN YOU USE AT

09:43:54 14  LEAST 250,000, AND THE CORPS WOULD BREAK IT OUT AND SAY, WELL, WE

09:43:58 15  COULD USE 250, WE COULD USE 500, OR WE COULD USE A MILLION AND THIS

09:44:01 16  IS WHAT WE'D DO WITH EACH CHUNK OF MONEY.

09:44:08 17  Q.   AND IS THERE A TIME WHEN CONGRESS SETTLES ON A BUDGET AMOUNT?

09:44:08 18  A.   RIGHT.  AT THAT POINT EACH SIDE OF CONGRESS WOULD DEVELOP THEIR

09:44:15 19  BILL IN ESSENCE, SO THE HOUSE WOULD HAVE ONE AND THE SENATE WOULD

09:44:19 20  HAVE ANOTHER.  AND THEN THEY WOULD LOOK VERY DIFFERENT, THEY MIGHT

09:44:23 21  TOTAL VERY MUCH THE SAME, BUT THE CONSTITUTION OF THEM IN TERMS OF

09:44:26 22  THE PROJECTS AND THE ALLOCATIONS OF PROJECTS WOULD BE VERY DIFFERENT

09:44:30 23  AND SO THE TWO WOULD THEN HAVE A CONFERENCE WHERE THEY WOULD IRON

09:44:33 24  THAT OUT.

09:44:34 25  Q.   LET THEY SEE IF I UNDERSTAND THAT CORRECTLY.  YOU'RE SAYING THAT

09:44:36 1    THERE MAY BE A SITUATION WHERE THE HOUSE PASSES A BUDGET FOR THE

09:44:39 2    CORPS OF $5 MILLION AND THE SENATE PASSES A BUDGET FOR THE CORPS OF

09:44:42 3    $5 MILLION, BUT THEY RELATE TO DIFFERENT PROJECTS?

09:44:45 4    A.   RIGHT.   THEY WOULD BE VERY DIFFERENT BECAUSE EACH MEMBER, EACH

09:44:48 5    SIDE OF THE HOUSE THERE HAS VERY DIFFERENT MEMBERS TO WHOSE FOCUS

09:44:52 6    AND EMPHASIS ARE VERY DIFFERENT.   THE HOUSE, FOR INSTANCE,

09:44:56 7    TRADITIONALLY DOESN'T PUT ANYTHING IN FOR ALASKA; WHEREAS THE SENATE

09:45:00 8    HAS ALASKA AT TOP OF ITS LIST, OR HAD ALASKA AT THE TOP.

09:45:03 9    Q.   WHY WOULD THE SENATE HAVE HAD ALASKA AT THE TOP OF ITS LIST?

09:45:06 10   A.   AT THE TIME SENATOR STEVENS WAS THE CHAIRMAN OF APPROPRIATIONS,

09:45:10 11   SO HE WOULD MAKE SURE THAT HIS PROJECTS WERE FULLY POPULATING THE

09:45:16 12   BILL.

09:45:16 13   Q.   WHEN CONGRESS PASSES A BUDGET, THE PRESIDENT SIGNS IT AND YOU

09:45:20 14   HAVE A BUDGET?

09:45:20 15   A.   SOMETIMES HE SIGNS IT, SOMETIMES IT'S SO ONEROUS TO SOME OF HIS

09:45:24 16   PRINCIPLES THAT HE WOULD VETO IT AND IT WOULD BE SENT BACK TO EITHER

09:45:28 17   BE OVERRIDDEN BY THE CONGRESS OR THEY WOULD HAVE TO WORK AT TRYING

09:45:32 18   TO GET A BILL THAT WOULD BE ACCEPTABLE TO THE PRESIDENT AND HE WOULD

09:45:34 19   THEN PASS IT.   I'VE HAD SOME THAT WERE VETOED.

09:45:39 20   Q.   MR. LUISA, IF CONGRESS WANTED TO FUND A PARTICULAR PROJECT THAT

09:45:43 21   THE ADMINISTRATION HAD NOT PROPOSED, THE PRESIDENT CHOOSES NOT TO

09:45:47 22   RECOMMEND A PARTICULAR PROJECT, COULD CONGRESS FUND IT ANYWAY?

09:45:49 23   A.   SURE.   CONGRESS COULD PUT NEW PROJECTS IN, COULD PUT ADDITIONAL

09:45:54 24   PROJECTS IN, COULD ADD MONEY TO THE PROJECTS THAT THE PRESIDENT

09:45:56 25   PROPOSED, COULD REDUCE THEM, IT'S PRETTY MUCH THEIR CALL.

Q.  MR. LUISA, PLEASE EXPLAIN TO THE COURT THE TERM POLICY COMPLIANT

AND HOW THAT IS USED IN YOUR BUDGET PROCESS.

A.  POLICY COMPLIANT WOULD BE THE THINGS THAT THE ADMINISTRATION

FEELS ARE THE CORRECT THING FOR THE FEDERAL GOVERNMENT TO PURSUE.

SO IT'S THEIR DECISION ON WHAT IS ACCEPTABLE OR NOT ACCEPTABLE.

        SO FOR AN EXAMPLE, BEACH EROSION PROJECTS FOR THE PAST TEN

YEARS HAVE BEEN POLICY NON-COMPLIANT.  THE FEDERAL GOVERNMENT FELT

THAT BEACH EROSION SHOULD BE MORE RESPONSIBILITY OF THE LOCAL

GOVERNMENTS.  PRIOR TO THAT THOUGH, BEACH EROSION WAS POLICY

COMPLIANT AND WE HAD FULLY PARTICIPATED.

        AND, IN FACT, TODAY WE'RE ANNOUNCING THAT THE FEDERAL

GOVERNMENT IS BACK IN THE BUSINESS OF BEACH NOURISHMENT AND BEACH

EROSION AND WILL BE PARTICIPATING AND FUNDING BUDGETING FOR BEACH

EROSION PROJECTS OF A CERTAIN KIND.

Q.  LET'S EXPLORE THIS A BIT.  YOU TESTIFIED THAT FOR THE PRECEDING

TEN YEARS, USING THIS EXAMPLE, BEACH NOURISHMENT PROJECTS WERE NOT

POLICY COMPLIANT YET THERE EXISTED BEACH NOURISHMENT PROJECTS IN THE

CORPS' BUDGET; IS THAT RIGHT?

A.  RIGHT.  WHAT HAPPENS IS THAT WHILE WE DON'T BUDGET FOR THEM TO

THE CONGRESS, THE CONGRESS NATURALLY COMES BACK AND WILL ADD A WHOLE

SERIES OF BEACH EROSION PROJECTS.  IN PARTICULAR THOSE YEARS THAT

THEY WERE NOT POLICY COMPLIANT, THE SUBCOMMITTEE HAD A MEMBER FROM

NEW JERSEY WHO ROUTINELY ADDED, YOU KNOW, 70, 80, $100 MILLION OF

BEACH PROJECTS IN THERE.  LAST YEAR WE HAD A MEMBER THAT WAS FROM

SOUTH CAROLINA ON THE COMMITTEE AND HE ADDED SEVERAL BEACH EROSION

09:47:44  1    PROJECTS FOR SOUTH CAROLINA IN THERE.  SO THAT'S A MATTER OF

09:47:46  2    ROUTINE.

09:47:47  3    Q.  I'D LIKE TO TALK ABOUT A CONCEPT THAT I THINK IS RELATED TO

09:47:51  4    POLICY COMPLIANCE, THE TERM SCRUBBING.  WHAT DOES THAT MEAN IN THE

09:47:54  5    BUDGET PROCESS?

09:47:55  6    A.  WELL, IN THE BUDGET PROCESS WE WOULD SCRUB -- THEY HAVE BUSINESS

09:47:59  7    LINE MANAGERS, REALLY ACTUALLY THE MSC'S SHOULD BE DOING THIS AS

09:48:04  8    WELL --

09:48:04  9    Q.  WHEN YOU SAY MSC, WHAT IS MSC?

09:48:05 10    A.  WHAT WE CALL A MAJOR SUBORDINATE COMMAND BUT IT'S ALSO THE

09:48:11 11    DIVISION OFFICES.

09:48:12 12         THEY WOULD HAVE A ROLE IN SCRUBBING TO BE SURE THAT NONE

09:48:15 13    OF THE POLICY NON-COMPLIANT PROJECTS ARE IN THE BUDGET.  SO THEY'RE

09:48:19 14    TO STRIP THEM OUT, OUR HEADQUARTER PEOPLE, OUR BUSINESS LINE

09:48:22 15    MANAGERS DO THE SAME, WE MAKE SURE THAT NONE OF THEM ARE IN.

09:48:25 16         AND IN THE CASE OF SOMETIMES IF WE DIDN'T KNOW THAT

09:48:28 17    SOMETHING WAS A NEW POLICY NON-COMPLIANCE, THEN OMB WOULD DO THAT;

09:48:35 18    THEY WOULD COME BACK AND TELL US, NO, THIS PROJECT -- WE'RE NOT

09:48:37 19    PURSUING THIS PROJECT THIS YEAR.

09:48:39 20         SO WITH A NEW ADMINISTRATION THAT MAY OCCUR BECAUSE THE

09:48:41 21    WORD MIGHT NOT HAVE GOTTEN TO US WHAT IS POLICY COMPLIANT UNDER A

09:48:45 22    NEW ADMINISTRATION.

09:48:46 23    Q.  SO AGAIN USING THE BEACH NOURISHMENT EXAMPLE:  IF CONGRESS HAD

09:48:51 24    ADDED ON A BEACH NOURISHMENT PROJECT A PRECEDING YEAR, IN THE NEXT

09:48:55 25    YEAR'S BUDGET YOU WOULD "SCRUB" THAT PROJECT FROM THE PRESIDENT'S

09:49:00 1   RECOMMENDATION TO CONGRESS?

09:49:01 2   A.  CORRECT, CORRECT.  WE WOULD HAVE TO TAKE A LOOK AT ALL OF THOSE

09:49:04 3   THINGS THAT HAD BEEN PREVIOUSLY FUNDED AND THEN STRIP THEM OUT IF

09:49:08 4   THEY WERE POLICY NON-COMPLIANT.

09:49:09 5   Q.  MR. LUISA, WHAT IS AN EARMARK?

09:49:14 6   A.  WELL, AN EARMARK ESSENTIALLY IS ANYTHING THAT'S ADDED BEYOND THE

09:49:20 7   PRESIDENT'S BUDGET.

09:49:20 8   Q.  WOULD THESE ADD-ONS BE CONSIDERED EARMARKS?

09:49:24 9   A.  YES, YES, ADD-ONS, NEW PROJECTS, ADD-ONS WITH ADDITIONS TO

09:49:28 10  PROJECTS, THESE ARE ALL EARMARKS.

09:49:30 11  Q.  DOES IT MEAN AN ADDITION OF MONEY?

09:49:33 12  A.  YES.  BUT ALSO SCOPE.  YOU COULD HAVE THE PROJECT THAT HAD BEEN

09:49:37 13  BUDGETED FOR A CERTAIN DOLLAR AMOUNT AND IF CONGRESS THEN PUTS

09:49:41 14  LANGUAGE IN TO DESCRIBE A DIFFERENT SCOPE FROM WHICH THE PRESIDENT

09:49:45 15  ORIGINALLY SUBMITS, THAT WOULD ALSO BE CONSIDERED AN EARMARK.

09:49:48 16  Q.  SO CONGRESS CAN CHANGE THE NATURE OF A PROJECT ITSELF?

09:49:51 17  A.  YES.

09:49:52 18  Q.  WOULD YOU SAY THAT POLITICS PLAYS A ROLE IN DECIDING WHETHER A

09:49:56 19  PARTICULAR PROJECT GETS FUNDED AND TO WHAT EXTENT?

09:49:58 20  A.  WELL, I MEAN, ONCE IT GETS TURNED OVER TO CONGRESS TO DEAL WITH,

09:50:03 21  YES, POLITICS TAKES A BIG ROLE.  I MEAN, AS I SAID, SENATOR STEVENS'

09:50:09 22  PROJECTS, EVEN THOUGH MANY OF THEM WE WOULD NOT BUDGET FOR BECAUSE

09:50:13 23  THEY WERE LOW COST RATIO OR THEY WERE POLICY NON-COMPLIANT, POLITICS

09:50:18 24  OF THE SITUATION DEEMS THAT THEY WILL GET THEM IN.

09:50:21 25          IN THAT PROCESS WHERE WE HAVE THE LETTERS BY EACH MEMBER

FINAL DAILY COPY

09:50:26  1    WRITING TO THE CHAIRMAN AND THEN HIM PRODUCING A FACT SHEET, WE NOTE

09:50:32  2    ON THAT FACT SHEET WHETHER A PROJECT IS POLICY COMPLIANT OR POLICY

09:50:35  3    NON-COMPLIANT.  AND SO, YES, POLITICS PLAYS A BIG ROLE.

09:50:38  4    Q.  I'M SORRY, I DON'T THINK WE TALKED ABOUT THAT PROCESS.  YOU

09:50:42  5    MENTIONED A SITUATION WHERE MEMBERS OF CONGRESS OR SENATORS WRITE

09:50:45  6    LETTERS TO WHOM?

09:50:46  7    A.  TO THE CHAIRMAN OF THE SUBCOMMITTEE.

09:50:48  8    Q.  AND WHAT DO THOSE LETTERS SAY?

09:50:50  9    A.  THOSE LETTERS ARE ASKING FOR MONEY FOR THAT CONGRESSMAN OR

09:50:53 10    SENATOR'S FAVORITE PROJECTS.  THEY WOULD BE WRITTEN IN SPECIFICALLY

09:50:58 11    IN SAYING PLEASE, SIR, OR MADAM, I WOULD LIKE SO MUCH MONEY FOR THIS

09:51:04 12    PROJECT BECAUSE IT SAVES LIVES OR HELPS PEOPLE OR PROVIDES SAFETY OR

09:51:09 13    PROVIDES NAVIGATION OR PRODUCES GREEN POWER IN THE FORM OF

09:51:16 14    HYDROPOWER, ALL OF THOSE LETTERS ARE WRITTEN TO THE CHAIRMAN.

09:51:19 15    Q.  AND YOU MENTIONED A FACT SHEET, WHAT ARE FACT SHEETS AND HOW DO

09:51:22 16    THEY --

09:51:23 17    A.  NORMALLY PART OF THE PROCESS OF SUPPORT OF WHAT THE CONGRESS

09:51:26 18    REQUESTS, THE LETTER WOULD BE SENT TO US AND ASK WE JUST PROVIDE

09:51:34 19    INFORMATION FOR THAT PROJECT AND FOR THAT REQUEST.  SO THE COMMITTEE

09:51:37 20    STAFF IS BASICALLY -- THEY DON'T KNOW OTHER THAN THE NUMBER AND A

09:51:40 21    PROJECT NAME WHAT TO DO WITH THIS THING, SO THE CORPS OF ENGINEERS

09:51:43 22    PROVIDES THAT INFORMATION AT THEIR REQUEST.

09:51:46 23    Q.  YOU ALWAYS PROVIDE FACT SHEETS IN RESPONSE TO THESE LETTERS FROM

09:51:49 24    MEMBERS TO THE CHAIRMAN OR CHAIRWOMAN OF A COMMITTEE?

09:51:59 25    A.  YES, YES.

09:51:59 1    Q.  THE ANNUAL BUDGET PROCESS WE'VE JUST DESCRIBED, WE'VE BEEN

09:51:59 2    TALKING IN TERMS OF FISCAL YEAR 2010 I THINK BECAUSE IT CONVEYS AN

09:52:03 3    IDEA OF TIMING WISE HOW THIS ALL WORKS.

09:52:06 4          BY THE WAY, WHEN DOES THE FINAL BUDGET BECOME LAW, WHEN IN

09:52:11 5    THE COURSE OF A YEAR?

09:52:12 6    A.  RIGHT.  WELL, THEORETICALLY IT HAPPENS IN OCTOBER, BUT WE

09:52:16 7    HAVEN'T HAD TOO MANY OF THOSE LATELY THAT ACTUALLY HAPPENED IN

09:52:19 8    OCTOBER.  SO NORMALLY WE END UP HAVING A CONTINUING RESOLUTION

09:52:24 9    AUTHORITY THAT GOES ON FOR SEVERAL MONTHS.

09:52:26 10         THE COURT:  THE NORMAL FEDERAL FISCAL YEAR IS?

09:52:29 11         THE WITNESS:  OCTOBER.

09:52:29 12         THE COURT:  OCTOBER.

09:52:30 13         THE WITNESS:  YES, NORMAL IS OCTOBER.

09:52:34 14   BY MR. EHRLICH:

09:52:35 15   Q.  FOR EXAMPLE, THE 2010 BUDGET, IF IT WORKED LIKE IT NORMALLY

09:52:37 16   WOULD, WE WOULD HAVE --

09:52:38 17   A.  OCTOBER 1ST.

09:52:39 18   Q.  OF 2009?

09:52:41 19   A.  YES, CORRECT.

09:52:41 20   Q.  WE TALKED ABOUT THIS IN TERMS OF THE 2010 BUDGET.  YOU'VE BEEN

09:52:45 21   INVOLVED IN THIS BUDGET PROCESS SINCE YOU FIRST -- WHEN YOU FIRST

09:52:48 22   BECAME INVOLVED IN 1997; IS THAT RIGHT?

09:52:50 23   A.  YEAH, FOR THE INVESTIGATIONS ACCOUNT.  IN THOSE DAYS IT WAS A

09:52:54 24   MUCH -- CLOSED SHOP IN THOSE DAYS.  IT BASICALLY HAD THE PROGRAMS

09:53:00 25   DIVISION HAD THREE GUYS THAT BASICALLY MADE ALL OF THE DECISIONS.

09:53:04  1   Q.  BEFORE WE GO THERE, I WANT TO ASK YOU ABOUT THIS PROCESS YOU

09:53:07  2   JUST DESCRIBED.  THE GATHERING OF INFORMATION FROM THE DISTRICTS,

09:53:12  3   THE DIVISIONS, THE PRIORITIZING DONE AT THE CORPS, THE EXCHANGE WITH

09:53:17  4   OMB, THE INTERACTION WITH CONGRESS, HAVE THE PROCESSES YOU'VE JUST

09:53:20  5   DESCRIBED TO THE COURT BEEN ESSENTIALLY THE SAME SINCE --

09:53:24  6   A.  YEAH, IT STILL --

09:53:26  7   Q.  LET ME FINISH MY QUESTION.

09:53:26  8   A.  I'M SORRY.

09:53:26  9   Q.  -- SINCE 1997 AS FAR AS YOU KNOW?

09:53:28 10   A.  YES.  THE DATA STILL COMES UP FROM THE DISTRICTS AND FROM THE

09:53:31 11   DIVISIONS, AND IT WAS JUST THAT WE DIDN'T HAVE BUSINESS LINE

09:53:34 12   MANAGERS AT THAT TIME AND IT JUST --

09:53:36 13   Q.  WE'RE GOING TO TALK ABOUT THAT.  I WANT TO GET ALL OF THAT OUT

09:53:39 14   FOR THE COURT TO UNDERSTAND THE FULL PROCESS.  BUT THERE WAS AN

09:53:42 15   OBJECTION BY COUNSEL AT THE BEGINNING OF YOUR TESTIMONY, AND I WANT

09:53:45 16   TO CLEAR IT UP NOW, THAT THIS PROCESS YOU'VE DESCRIBED, THE

09:53:48 17   ADMINISTRATIONS PROCESS OF DEVELOPING THE BUDGET, RECOMMENDING IT TO

09:53:51 18   CONGRESS, THE INTERACTION WITH CONGRESS, PASSING THE BUDGET, ALL OF

09:53:55 19   THAT, WAS THAT ESSENTIALLY THE SAME FROM 1997 WHEN YOU FIRST BECAME

09:54:00 20   A PART OF IT THROUGH 2010?

09:54:03 21   A.  OH, YES.

09:54:05 22        MR. O'DONNELL:  OBJECTION, MOVE TO STRIKE.  I DON'T THINK

09:54:07 23   THAT'S A RELEVANT TIME PERIOD IN THIS CASE.

09:54:11 24        MR. EHRLICH:  FROM 1997 TO --

09:54:14 25        THE COURT:  I AM GOING TO ALLOW IT.

09:54:16  1            MR. EHRLICH:  THANK YOU, YOUR HONOR.

09:54:18  2   BY MR. EHRLICH:

09:54:18  3   Q.  NOW, YOU BEGAN TO MENTION CHANGES THAT HAVE OCCURRED SOUNDS LIKE

09:54:25  4   WITHIN YOUR SHOP.  TELL THE COURT HOW THIS PROCESS HAS CHANGED, AND

09:54:26  5   I KNOW THAT YOU BEGAN TALKING ABOUT BUSINESS LINE MANAGERS, HOW HAS

09:54:30  6   THAT CHANGE OCCURRED OVER THE YEARS?

09:54:32  7   A.  WELL, IN '97, AS I SAID, WE HAD JUST WITHIN PROGRAMS IT WAS A

09:54:37  8   CLOSED SHOP.  IN 2003 I TOOK OVER THE JOB OF PROGRAM DEVELOPMENT

09:54:43  9   CHIEF, AND AT THAT TIME THE ASSISTANT SECRETARY OF THE ARMY IN

09:54:50 10   ESSENCE ISSUED A PROCLAMATION THAT SAID THAT WE HAD TO CHANGE THIS

09:54:54 11   PROCESS TO BE MORE IN LINE WITH THE GOVERNMENT PERFORMANCE AND THE

09:54:58 12   RESULTS ACT, WE HAD BEEN SORT OF DRAGGING OUR FEET ON THAT PROCESS,

09:55:02 13   AND SO THAT PROCESS DEMANDED THAT WE BE BUSINESS LINE FOCUSED RATHER

09:55:09 14   THAN ACCOUNT FOCUSED.

09:55:10 15   Q.  LET'S EXPLAIN THE DIFFERENCE BETWEEN BUSINESS LINES AND

09:55:13 16   ACCOUNTS.  BUSINESS LINES I THINK YOU TESTIFIED BASICALLY THE SAME

09:55:17 17   IS MISSION AREAS OF THE CORPS.

09:55:19 18   A.  RIGHT.

09:55:20 19   Q.  WHAT ARE ACCOUNTS?

09:55:21 20   A.  ACCOUNTS ARE FUNDING LINES.  SO THE INVESTIGATIONS ACCOUNT IS AN

09:55:26 21   INVESTIGATIONS FUNDING LINE THAT WOULD FUND ALL STUDIES; SO THE

09:55:30 22   CONSTRUCTION ACCOUNT FUNDS ALL CONSTRUCTION; AND OPERATION AND

09:55:34 23   MAINTENANCE FALL FUNDS ALL OF THE OPERATION AND MAINTENANCE.

09:55:37 24            SO THESE ARE THE THREE FELLAS THAT WOULD GET TOGETHER AND

09:55:42 25   PRIOR TO 2003 TO DECIDE HOW THOSE DOLLARS WITHIN THOSE ACCOUNTS

09:55:47 1   WOULD BE DIVVIED UP, BASED ON THE INFORMATION THAT WAS PROVIDED BY

09:55:50 2   THE FIELD.  IN 2003 IN LINE WITH THE GOVERNMENT PERFORMANCE AND

09:55:55 3   RESULTS ACT, WE WENT TO A BUSINESS LINE CONCEPT WHERE WE ASSIGNED

09:56:00 4   BUSINESS LINE RESPONSIBILITIES TO PEOPLE THROUGHOUT THE HEADQUARTERS

09:56:04 5   AND THEIR JOB NOW WAS TO BE MISSION FOCUSED, NOT ACCOUNT FOCUSED,

09:56:09 6   AND TO THINK ABOUT WHAT IS THE OUTPUT OF FLOOD, WHAT IS THE OUTPUT

09:56:14 7   OF NAVIGATION AND HYDROPOWER, AND WHAT WOULD BE THE BEST COMBINATION

09:56:17 8   OF STUDIES, CONSTRUCTION AND O&M TO FORWARD THAT PARTICULAR BUSINESS

09:56:22 9   LINE, TO ADVANCE THE BUSINESS LINE, TO IMPROVE IT.

09:56:24 10  Q.  AND IN BOTH OF THESE PROCESSES, YOU HAD PERSONS AT HEADQUARTERS

09:56:29 11  WHO WERE REVIEWING INFORMATION SUBMITTED FROM THE DISTRICTS AND

09:56:33 12  DIVISIONS AND MAKING DECISIONS ON WHICH PROJECTS TO RECOMMEND TO

09:56:37 13  CONGRESS?

09:56:38 14  A.  YES, YES.

09:56:38 15  Q.  IS THAT RIGHT?

09:56:39 16  A.  CORRECT.

09:56:40 17  Q.  THE PROCESS OF COLLECTING INFORMATION FROM THE DISTRICTS, WE

09:56:47 18  COULD PUT UP AGAIN DX 0515R.  YOU TESTIFIED THAT THIS IS THE TYPE OF

09:56:53 19  SPREADSHEET THAT YOU HAVE USED TO COLLECT THIS INFORMATION.  HAS THE

09:57:02 20  FORM OF THE DATA CHANGED OVER THE YEARS?

09:57:04 21  A.  I MEAN, THE DATA IS THE BENEFIT COST RATIOS, THE BUDGET

09:57:15 22  REQUESTS, THE DOLLARS, THE NAME OF THE PROJECT, THAT'S STILL PRETTY

09:57:16 23  MUCH THE SAME.

09:57:16 24  Q.  NOW, THIS SPREADSHEET IS FOR FISCAL YEAR 2006.  DID IT LOOK LIKE

09:57:18 25  THIS IN PREVIOUS YEARS?

09:57:20 1    A.   THERE WEREN'T MAYBE AS MANY COLUMNS, BUT ESSENTIALLY WE HAD

09:57:25 2    SPREADSHEETS THAT INVOLVED THIS KIND OF DATA.

09:57:27 3    Q.   AND IN BOTH CASES BACK IN THE OLD DAYS SINCE 1997 AT LEAST, YOU

09:57:32 4    USED SHEETS LIKE THIS TO COLLECT INFORMATION ALL THE WAY UP THE

09:57:36 5    CHAIN?

09:57:36 6    A.   YES, YES.   THE DISTRICT, THE DIVISION WOULD FILL OUT SHEETS, AND

09:57:44 7    SOMETIMES THEY WEREN'T QUITE AS ELECTRONIC AND THE DATABASE WASN'T

09:57:48 8    QUITE AS SOPHISTICATED IN THAT TIME, BUT, YES.

09:57:51 9    Q.   LET'S TAKE A CLOSER LOOK AT THIS DOCUMENT AND TALK ABOUT SOME OF

09:57:58 10   THE INFORMATION THAT YOU GATHER FROM THE DISTRICT AND DIVISION

09:58:00 11   LEVELS.   CAN YOU TELL BY LOOKING AT DX 515R -- AND I THINK YOU HAVE

09:58:06 12   IT ON THE SCREEN IN FRONT OF YOU, YOU MIGHT BE ABLE TO SEE IT

09:58:09 13   BETTER -- WHAT DIVISION THE PROJECTS ON THIS LIST ARE FROM?

09:58:13 14   A.   WELL, THE DIVISION IS ONE OF THE HEADINGS UP AT THE TOP OF THE

09:58:17 15   COLUMN THERE, DIV -- THANK YOU -- DIV HAS THAT AND THAT'S THE

09:58:25 16   DIVISION.   AND SO IN THIS PARTICULAR CASE IT WOULD BE THE

09:58:28 17   MISSISSIPPI VALLEY DIVISION.

09:58:29 18   Q.   SO ALL OF THE PROJECTS ON THIS LIST ARE FROM THE MISSISSIPPI

09:58:33 19   VALLEY DIVISION?

09:58:33 20   A.   YES.   IN THE FLOOD DAMAGE PROGRAM.

09:58:37 21   Q.   HOW DO YOU KNOW THAT?

09:58:38 22   A.   WELL, ALL THE WAY ON THE LEFT SIDE WAS BUSINESS PROGRAM AT THE

09:58:42 23   TOP.

09:58:42 24   Q.   BP?

09:58:43 25   A.   BP.   THAT SAYS FDR WHICH IS FLOOD DAMAGE REDUCTION.

09:58:48  1    Q.   SO WOULD YOU AGREE THAT THIS IS A LIST OF THE FLOOD DAMAGE

09:58:50  2    REDUCTION PROJECTS FROM THE MISSISSIPPI VALLEY DIVISION FOR FISCAL

09:58:52  3    YEAR 2006?

09:58:54  4    A.   YES, IT APPEARS TO BE.

09:58:56  5    Q.   WHAT IS THE COLUMN MARKED DIS RANK?

09:59:00  6    A.   OKAY.  THAT IS WHERE THE DISTRICT IS TO PUT THEIR RANKING ON A

09:59:07  7    PARTICULAR PROJECT.

09:59:08  8    Q.   AND AGAIN, HOW DO DISTRICTS KNOW HOW TO RANK THEIR PROJECTS?

09:59:13  9    A.   WELL, THERE'S THE GUIDANCE BOOK.  I THINK I MENTIONED EARLY IN

09:59:20 10    THE YEAR THE CORPS OF ENGINEERS PRODUCES A GUIDANCE DOCUMENT THAT

09:59:24 11    TELLS THEM ESSENTIALLY WHAT TO USE, THE INFORMATION TO BE FILLED

09:59:29 12    OUT, HOW TO DO THAT.

09:59:30 13    Q.   AND IF WE COULD PUT UP DX 1746.  MR. LUISA, IS THIS AN EXAMPLE

09:59:40 14    OF THE GUIDANCE BOOK THAT YOU JUST TALKED ABOUT?

09:59:42 15    A.   THAT WOULD BE THE FIRST PAGE OF THE GUIDANCE BOOK.  IT'S ABOUT,

09:59:47 16    USUALLY A THREE, FOUR-INCH BINDER WORTH OF INFORMATION THAT COVERS

09:59:52 17    ALL ACCOUNTS, ALL BUSINESS LINES, INCLUDING THE BUDGET DEFENSE

09:59:58 18    INFORMATION WHERE WE LAYOUT THE FORMAT FOR THE JUSTIFICATION SHEETS

10:00:05 19    AND HOW TO PRESENT THE INFORMATION.

10:00:05 20         THE COURT:  IF THERE WERE AN IMPENDING -- AND I AM NOT --

10:00:08 21    THIS IS SIMPLY BECAUSE I USE THESE WORDS I DON'T MEAN THAT IT

10:00:12 22    EXISTED IN THIS INSTANCE.

10:00:13 23         BUT HYPOTHETICALLY, IF THERE WERE AN IMPENDING PERIL

10:00:20 24    RELATING IT A PROJECT OVER WHICH THE CORPS HAD THE RESPONSIBILITY

10:00:26 25    AND THE PERIL WAS IMMINENT, IT INVOLVED SOMETHING SIGNIFICANT, HOW

10:00:33 1   WOULD THAT -- LOOKING AT THE GUIDE BOOK, HOW WOULD THE CORPS AND

10:00:39 2   YOUR GROUP GET THAT ACROSS LIKE IF YOU DON'T DO SOMETHING, WE THINK

10:00:47 3   THIS PERIL WILL OCCUR AND HARM PEOPLE.

10:00:52 4           THE WITNESS:  WELL, THAT WOULD COME IN THE FORM OF THE

10:00:56 5   REMARKS THAT THE DISTRICT WOULD FILL IN TO THE SPREADSHEET.

10:01:00 6           THE COURT:  IT'S REALLY NOT PART OF THE GUIDANCE AND THE

10:01:04 7   RANKING?

10:01:05 8           THE WITNESS:  THE GUIDANCE TELLS THEM THAT THERE IS A

10:01:06 9   REMARKS COLUMN, THERE A CONSEQUENCES COLUMN, AND THERE IS AN IMPACT

10:01:10 10  COLUMN WHERE THE DISTRICT SHOULD BE PUTTING IN WHAT THEY FEEL IS

10:01:13 11  THEIR BEST ASSESSMENT OF WHAT HAPPENS FOR THIS PARTICULAR PROJECT.

10:01:18 12  IF YOU DON'T FUND IT AT THIS LEVEL OR IF YOU DON'T FUND IT AT ALL.

10:01:22 13          MR. EHRLICH:  YOUR HONOR, CAN I ASK A QUESTION THAT I

10:01:25 14  THINK MAY ALSO ADDRESS YOUR QUESTION?

10:01:27 15          THE COURT:  SURE, YOU MAY.

10:01:29 16  BY MR. EHRLICH:

10:01:29 17  Q.  IN AN EMERGENCY SITUATION, LET'S SAY THERE WAS AN EMERGENCY

10:01:31 18  OCCURRING AND SO THE REPAIR OR THE REMEDIATION OF THAT EMERGENCY,

10:01:35 19  YOU CAN'T GO THROUGH A TWO-YEAR PROCESS TO DETERMINE HOW TO FUND IT.

10:01:39 20  HOW WOULD THE CORPS OF ENGINEERS HANDLE A SITUATION LIKE THAT?

10:01:43 21  A.  WELL, IF IT'S AN IMMEDIATE EMERGENCY YOU'RE TELLING ME?

10:01:46 22  Q.  YES.

10:01:46 23  A.  WELL, IMMEDIATE EMERGENCY THAT'S INTO THE PROGRAM EXECUTION,

10:01:49 24  THAT'S NOT DEVELOPMENT.  WE'RE LOOKING AT IF YOU HAVE AN IMMEDIATE

10:01:54 25  EMERGENCY WE WOULD PROVIDE FUNDING TO MAKE A FIX, YOU KNOW,

10:01:57  1  SOMETHING WAS GOING TO BREAK HERE, WE HAD A CABLE BREAK OR YOU HAD

10:02:01  2  THE LEVEE BREAK, THEN WE PROVIDE MONEY IMMEDIATELY TO TAKE CARE OF

10:02:05  3  THAT.  WE HAVE REPROGRAMMING RULES TO ALLOW FOR THAT AND WE HAVE

10:02:09  4  TRANSFER AUTHORITY TO ALLOW FOR THAT AS WELL.

10:02:12  5          THE COURT:  OKAY.

10:02:14  6  BY MR. EHRLICH:

10:02:14  7  Q.  SO THAT TYPE OF SITUATION WOULDN'T HAVE TO GO THROUGH THE USUAL

10:02:17  8  PROCESS?

10:02:18  9  A.  NO, THAT'S RIGHT.  WE WOULD SHORT CIRCUIT THAT IMMEDIATELY AND

10:02:20 10  PROVIDE MONEY TO TAKE CARE OF THAT.  AND THEN WE WOULD BACK FILL BY

10:02:23 11  EITHER GETTING SUPPLEMENTAL FUNDS TO PAY BACK THOSE THAT LOANED US

10:02:27 12  THE MONEY, IN ESSENCE, FROM DIFFERENT ACCOUNTS OR WE WOULD JUST KIND

10:02:30 13  OF WORK IT OUT IN THE BUDGET PROCESS.

10:02:32 14          THE COURT:  BECAUSE THAT WOULD HAVE TO COME FROM MAYBE

10:02:35 15  MONEY THAT WAS AT LEAST TENTATIVELY ALLOCATED TO SOMETHING ELSE?

10:02:38 16          THE WITNESS:  YES.

10:02:39 17          THE COURT:  SO YOU WOULD HAVE TO MAKE ADJUSTMENTS?

10:02:41 18          THE WITNESS:  THAT'S RIGHT, THAT'S RIGHT.

10:02:42 19          THE COURT:  I UNDERSTAND.  THANK YOU.

10:02:43 20  BY MR. EHRLICH:

10:02:44 21  Q.  MR. LUISA, WE WERE TALKING ABOUT DX 1746.  THIS IS FOR WHAT

10:02:52 22  BUDGET YEAR?

10:02:52 23  A.  THIS WOULD BE FISCAL YEAR 2006, THAT'S UP ON THE TITLE.

10:02:55 24  Q.  AND WHEN WOULD THIS BE SENT TO THE DIVISIONS AND DISTRICTS?

10:02:58 25  A.  THIS ONE WAS FINALIZED ON 31 MARCH 2004.  THE DISTRICTS WOULD

FINAL DAILY COPY

10:03:03 1   HAVE REALLY HAD A WORKING DRAFT OF THIS IN FEBRUARY, BUT THE TIME IT

10:03:07 2   TAKES TO DOT THE I'S AND CROSS THE T'S IT USUALLY TAKES AROUND

10:03:12 3   ANOTHER MONTH TO DO THAT.

10:03:13 4   Q.  NOW, AGAIN, WE'RE LOOKING AT THE ENGINEER CIRCULAR, THE

10:03:16 5   GUIDANCE, SO TO SPEAK, FOR FISCAL YEAR 2006.  HAS THERE BEEN MUCH

10:03:21 6   CHANGE IN THE NATURE OF THIS DOCUMENT OVER THE YEARS THAT YOU'VE

10:03:24 7   BEEN INVOLVED IN THE BUDGET PROCESS FROM 1997 FORWARD?

10:03:27 8   A.  WELL, THE NATURE OF THE DOCUMENT ITSELF, YES, BECAUSE WE'VE HAD

10:03:30 9   HERE IT SHOWS RIGHT IN THIS FRONT PAGE HERE, WE HAD ACCOUNTS AND

10:03:35 10  WE'VE ALSO NOW ADDED THE BUSINESS LINES TO THIS.  BUT THE FACT THAT

10:03:39 11  WE COLLECT THE INFORMATION IS STILL THE SAME OVER TIME.  WE'RE STILL

10:03:44 12  COLLECTING THAT INFORMATION FOR BENEFIT COST RATIOS, DAMAGES, NET

10:03:49 13  BENEFITS, AVERAGE ANNUAL BENEFITS, THINGS LIKE THAT.  SO THIS JUST

10:03:53 14  SORT OF INTRODUCES THE BUSINESS LINE CONCEPT TO THE PROCESS.

10:03:56 15  Q.  OKAY.  BUT PREVIOUS YEARS' GUIDANCE INCLUDED INFORMATION TO THE

10:04:01 16  DISTRICTS AND DIVISIONS ABOUT HOW TO CALCULATE BUSINESS -- I'M

10:04:04 17  SORRY, BENEFIT COST RATIO --

10:04:05 18  A.  YES.

10:04:06 19  Q.  -- OTHER FACTORS THAT THEY WERE RESPONSIBLE FOR --

10:04:08 20  A.  YES.

10:04:09 21  Q.  -- GIVING HELP --

10:04:12 22  A.  THIS IS WHAT WE DO, THAT IS WHAT WE'VE ALWAYS DONE IN VARIOUS

10:04:15 23  FORMS.

10:04:15 24  Q.  YOU TESTIFIED THAT THE DISTRICTS GIVE RANKS OF THEIR PROJECTS.

10:04:23 25  IS THERE -- IF WE CAN GO BACK TO DX 515R.  IS THERE A PLACE ON THIS

10:04:36 1    FORM THAT SHOWS WHAT RANK THE DIVISION WOULD HAVE GIVEN TO A

10:04:40 2    PARTICULAR PROJECT?

10:04:40 3    A.  YES.  THERE IS AN MSC RANK COLUMN AS WELL FROM THE DISTRICT

10:04:50 4    RANK, SO THE IDEA IS THAT THE DISTRICT RANKS ALL OF THEIR PROJECTS

10:04:54 5    WITHIN THEIR DISTRICT AND THEN WHEN THE DIVISION OR MSC, MAJOR

10:04:58 6    SUBORDINATE COMMAND, TAKES OVER, THEY ARE LOOKING AT COMBINING ALL

10:05:02 7    OF THEIR DISTRICTS TOGETHER AND IN FORMING A RANKING PROCESS OF ALL

10:05:05 8    OF THE PROJECTS IN ALL OF THE DISTRICTS.

10:05:08 9    Q.  SO THAT COLUMN IS POPULATED AT THE DIVISION LEVEL?

10:05:12 10   A.  YES.

10:05:13 11   Q.  THERE'S ANOTHER COLUMN HQ RANK.

10:05:15 12   A.  RIGHT.  THEN FINALLY COMES IN ESSENCE OUR TURN UP IN JULY AND

10:05:20 13   AUGUST.  AND WHAT THAT RANK IS REALLY SHOWING IT JUST HAS A 1, A 2

10:05:25 14   OR 3, BECAUSE WHEN HEADQUARTERS FINALLY TAKES OVER, THEY'RE REALLY

10:05:29 15   LOOK AT WHAT ARE ALL OF THE PROJECTS THAT WILL FINALLY MAKE THE CUT,

10:05:32 16   SO TO SPEAK, AND BE WITHIN THE TARGET NUMBER THAT OMB HAS GIVEN US.

10:05:40 17         SO WE SIMPLY DEFINE ALL OF THOSE PROJECTS AS A 1, SO

10:05:42 18   ANYTHING THAT GETS A 1 IN THIS PARTICULAR CASE ARE THE RESULT OF

10:05:46 19   REVIEWING ALL OF THE PROJECTS AND THEN MAKING DECISION OF WHICH GET

10:05:51 20   INTO THE CEILING, WE CALL THAT THE TARGET NUMBER, THE CEILING, AND

10:05:54 21   THEN WHICH ONES WOULD BE ABOVE CEILING, WHICH WOULD BE THE

10:06:00 22   ADDITIONAL RECOMMENDED LEVEL THAT THE ASSISTANT SECRETARY WOULD MAKE

10:06:03 23   TO OMB.

10:06:04 24   Q.  IS IT FAIR TO SAY THAT TO SUMMARIZE THIS THAT THE ONES GET

10:06:09 25   RECOMMEND, THE TWO SOMETIMES GET RECOMMENDED, AND THE THREES RARELY

10:06:11  1   GET RECOMMENDED?

10:06:11  2   A.  WELL, THE ONES ARE THE CEILING.  THE TWOS GET RECOMMENDED.  NOW

10:06:15  3   WHETHER THEY GET ACCEPTED OR NOT IS UP TO OMB.  AND THEN THE THREES,

10:06:19  4   THEY'RE THERE, THE THREES REALLY ESSENTIALLY ARE THE CAPABILITY

10:06:23  5   LEVEL.

10:06:23  6   Q.  THE FACT THAT THE CORPS GIVES, HEADQUARTERS GIVES A RANKING OF A

10:06:32  7   ONE AND THAT IT'S RECOMMENDED FROM THE CORPS TO OMB, DOES THAT

10:06:38  8   INSURE THAT THE RECOMMENDATION IS THEN MADE ON TO CONGRESS?

10:06:41  9   A.  NO.  NO.  OMB THEN MAKES CHANGES, THAT'S THAT PASS BACK PROCESS.

10:06:48 10   OMB MAY TELL US THAT EITHER SOME PROJECT'S NOW NO LONGER COMPLIANT;

10:06:53 11   OR THEY MAY SAY THAT THIS PROJECT IS GETTING TOO MUCH MONEY, YOU

10:06:56 12   NEED TO BE THINKING MORE TO GIVE IT TO SOME OTHER PROJECT.

10:07:00 13           SO THEY MAKE THEIR OWN ASSESSMENTS AND THEY MAKE THEIR OWN

10:07:03 14   DECISIONS ON THIS.

10:07:03 15   Q.  DO YOU KNOW WHAT CRITERIA OMB USES WHEN THEY MAKE DECISIONS LIKE

10:07:07 16   THAT?

10:07:07 17   A.  NOT EXACTLY.  YOU KNOW, I MEAN, THEY BASICALLY ARE USING STILL

10:07:11 18   THE BENEFIT COST RATIO, BUT THEY MAY FEEL THAT THERE ARE SOME

10:07:15 19   PROJECTS THAT NEED MORE MONEY.  THE ENVIRONMENT PROGRAM SPECIFICALLY

10:07:19 20   IS A CASE IN POINT.  THEY MAY HAVE SOME ENVIRONMENTAL PROJECTS WHICH

10:07:24 21   DO NOT HAVE BENEFIT COST RATIOS, BUT WHICH ARE OF AN ADMINISTRATION

10:07:29 22   PREROGATIVE TO SAY WE WANT TO PROVIDE MORE MONEY TO THE EVERGLADES,

10:07:33 23   WE WANT TO PROVIDE MORE MONEY FOR MISSOURI RIVER RESTORATION, WE

10:07:38 24   WANT TO PROVIDE MORE MONEY FOR THE ENDANGERED SPECIES.

10:07:42 25           SO IN WHICH CASE, IT WOULD HAVE TO COME FROM SOME PLACE

FINAL DAILY COPY

10:07:45  1   ELSE BECAUSE THE TOTAL IS GOING TO REMAIN THE SAME.  SO THEY MIGHT

10:07:48  2   REDUCE SOME OF OUR RECOMMENDED PROJECTS IN ORDER TO PROVIDE MORE

10:07:51  3   MONEY TO THOSE.

10:07:52  4   Q.  CAN YOU DESCRIBE WHAT THE FED COST COLUMN IS IN THIS DOCUMENT?

10:07:57  5   A.  THE FED COST IS THE TERM FOR BUDGET REQUESTS.  WE'VE SINCE

10:08:02  6   CHANGED THAT BECAUSE IT KIND OF CAUSED CONFUSION.  BUT THAT IS THE

10:08:07  7   BUDGET REQUEST.

10:08:07  8   Q.  THAT'S THE AMOUNT OF MONEY BEING REQUESTED FOR THAT?

10:08:14  9   A.  BY THE DISTRICT.

10:08:14 10   Q.  AND THESE NUMBERS ON THIS SPREADSHEET, ARE THOSE IN TERMS OF

10:08:14 11   THOUSANDS OF DOLLARS?

10:08:15 12   A.  YES.

10:08:15 13   Q.  WHAT IS BCR?

10:08:19 14   A.  THAT'S THE BENEFIT COST RATIO OF THE PROJECT.  THAT IS A BENEFIT

10:08:27 15   COST RATIO FOR THE BUDGET PROCESS IS THE RATIO THAT IS CALCULATED AT

10:08:33 16   A SEVEN PERCENT INTEREST.  THE BENEFIT COST RATIO, THERE ARE MANY

10:08:38 17   BENEFIT COST RATIOS, SO WHEN A PROJECT IS AUTHORIZED, GOES THROUGH

10:08:42 18   THE STUDY PROCESS AND AUTHORIZED, THEY HAVE A BENEFIT COST RATIO

10:08:46 19   THAT'S CALCULATED WITH THE RATE THAT IS IN EFFECT AT THE TIME OF

10:08:53 20   AUTHORIZATION.

10:08:53 21          THEN THERE IS A CURRENT BENEFIT COST RATIO, WHICH IS AN

10:08:55 22   UPDATED RATIO CALCULATED WITH THE CURRENT RATE IN EFFECT AT THE

10:09:02 23   PRESENT TIME.  BUT FOR BUDGETARY ANALYSIS, THE FEDERAL GOVERNMENT

10:09:07 24   MANDATES THAT THE BENEFIT COST RATIO FOR ALL PROJECTS BE CALCULATED

10:09:10 25   AT SEVEN PERCENT, THE SAME INTEREST RATE.

10:09:13  1   Q.   IS BENEFIT COST RATIO CONSIDERED TO BE THE MOST IMPORTANT

10:09:19  2   FACTOR?

10:09:19  3   A.   THAT IS THE DRIVING FACTOR IN THE DECISION-MAKING PROCESS.

10:09:23  4   Q.   AND HAS THAT ALWAYS BEEN THE CASE SINCE YOU HAVE BEEN INVOLVED

10:09:26  5   IN THE BUDGET PROCESS?

10:09:27  6   A.   YES, YES.   EVEN PRIOR TO MY HEADQUARTERS EXPERIENCE BACK

10:09:32  7   31 YEARS IN THE FEDERAL GOVERNMENT.

10:09:34  8   Q.   MR. LUISA, WHAT IS THE RBRCR COLUMN?

10:09:38  9   A.   THAT IS THE REMAINING BENEFIT REMAINING COST RATIO AND IT'S A

10:09:44 10   CONCEPT THAT SAYS THAT MAYBE PROJECTS SHOULD BE PRIORITIZED MORE SO

10:09:48 11   ON THEIR REMAINING RATIO RATHER THAN THE TOTAL BECAUSE THERE IS A

10:09:54 12   SUNK COST INVOLVED WITH SOME PROJECTS.

10:09:55 13        SO AS YOU'RE CONSTRUCTING PROJECTS, YOU HAVE INVESTED THE

10:09:58 14   MONEY, THOSE COSTS ARE SUNK SO IT WOULD BE THE REMAINING COSTS

10:10:03 15   DIVIDED INTO THE TOTAL BENEFITS THAT MAYBE SHOULD BE THE

10:10:08 16   PRIORITIZING FACTOR.

10:10:09 17        AND WE'VE USED THAT FOR A COUPLE OF YEARS, OMB MANDATED

10:10:13 18   THE USE OF THAT RATHER THAN TOTAL FOR A COUPLE OF YEARS, BUT THEY'VE

10:10:17 19   GONE AWAY FROM THAT.   THEY'VE DECIDED THAT THE ORIGINAL BENEFIT COST

10:10:20 20   RATIO IS THE RIGHT NUMBER TO USE.

10:10:22 21   Q.   AND THAT POLICY DECISION MADE BY OMB?

10:10:26 22   A.   YES.   AND INVARIABLY THE RBRCR IS HIGHER THAN THE BCR.

10:10:32 23   Q.   DESCRIBE WHAT THE AAD COLUMN STANDS FOR.

10:10:37 24   A.   THAT WOULD BE THE AVERAGE ANNUAL DAMAGES OF THE PROJECT.

10:10:39 25   Q.   WHAT DOES THAT MEAN?   WHAT DO YOU MEAN DAMAGES OF A PROJECT?

10:10:43 1    A.   THAT WOULD BE -- YOU WOULD BE LOOKING AT THE PROBABILITY OF

10:10:46 2    FLOODING INTEGRATED FOR ALL PROBABILITIES OF FLOODING, AND THE

10:10:51 3    DAMAGES THAT WOULD OCCUR WITH THAT PROBABILITY, AND YOU WOULD SUM

10:10:57 4    THAT UP AND GET IT TO AN AVERAGE ANNUAL NUMBER, THAT WOULD BE THE

10:11:06 5    AVERAGE ANNUAL DAMAGES.

10:11:06 6    Q.   SO THAT COLUMN LOOKS PRIMARILY AT PROPERTY VALUES; IS THAT

10:11:06 7    RIGHT?

10:11:06 8    A.   YES, YES.   I MEAN DAMAGES, SO IT'S LOOKING AT PROPERTY VALUES --

10:11:11 9    PROPERTY VALUES, BUSINESS VALUES, LOST BUSINESS, THINGS OF THAT

10:11:15 10   NATURE.

10:11:16 11   Q.   WHAT IS THE 100-YEAR COLUMN?

10:11:18 12   A.   THAT IS SOME DATA THAT OUR FLOOD PLANE BUSINESS LINE COLLECTS

10:11:22 13   LOOKING AT THE POPULATION WITHIN THE HUNDRED YEAR FLOOD PLANE, AS

10:11:27 14   WELL AS THE 500-YEAR FLOOD PLANE, THOSE ARE TWO ELEMENTS.

10:11:31 15   Q.   THAT'S THE NEXT COLUMN IS 500-YEAR?

10:11:34 16   A.   YES.

10:11:35 17   Q.   THAT LOOKS AT THE NUMBER OF PEOPLE IN THOSE AREAS?

10:11:37 18   A.   NUMBER OF PEOPLE IN THE FLOOD PLANE.

10:11:38 19   Q.   WHAT IS THE ANNUAL BENEFITS COLUMN?

10:11:40 20   A.   ANNUAL BENEFITS, THOSE ARE THE CALCULATION FOR BENEFITS FOR A

10:11:49 21   PROJECT THAT IS PROPOSED TO BE BUILT.   THOSE WOULD BE THE BENEFITS,

10:11:52 22   THOSE WOULD BE THE REDUCTION IN THE DAMAGES.

10:11:55 23   Q.   AND BY THE WAY, HERE WE'RE TALKING IN THE CONTEXT OF FLOOD

10:11:58 24   DAMAGE REDUCTION PROJECTS; IS THAT RIGHT?

10:12:00 25   A.   YES.

10:12:00 1    Q.  OBVIOUSLY YOU WOULDN'T BE CONCERNED WITH THE HUNDRED YEAR FLOOD

10:12:04 2    PLANE OR THE 500-YEAR FLOOD PLANE FOR A HYDROPOWER PROJECT?

10:12:07 3    A.  RIGHT, NO, THOSE WOULDN'T COUNT.  THOSE WOULD BE LEFT BLANK, BUT

10:12:11 4    THERE ARE OTHER COLUMNS THAT RELATE TO HYDROPOWER AND TO NAVIGATION

10:12:16 5    PERCENT AVAILABILITY, PERCENT OPERATION, THINGS OF THAT NATURE.

10:12:18 6    Q.  YOU COLLECT DIFFERENT INFORMATION FOR THE DIFFERENT TYPES OF

10:12:21 7    PROJECTS?

10:12:21 8    A.  YES.  EACH BUSINESS LINE HAS ITS OWN SET OF INFORMATION.

10:12:24 9              THE COURT:  HOW LONG ARE THESE RECORDS KEPT?

10:12:26 10             THE WITNESS:  HOW LONG?

10:12:27 11             THE COURT:  YES.

10:12:30 12             THE WITNESS:  WELL, FOR 2003, I HAVE THEM FOR 2003, FROM

10:12:32 13   2003 FOR THE TIME I'VE BEEN THERE.

10:12:35 14             THE COURT:  IF I AS A CITIZEN WANTED TO LOOK AT, SAY,

10:12:38 15   1970, WOULD I BE ABLE TO DO THAT?

10:12:40 16             THE WITNESS:  I THINK THAT WOULD BE HAND JAMMED SOMEWHERE

10:12:43 17   IN A BOX IN SOME --

10:12:44 18             THE COURT:  I JUST WONDERED, IS THERE A NATURAL DISPOSAL

10:12:47 19   PROCESS LIKE THERE ARE IN SOME BUSINESSES, OR DOES THE GOVERNMENT

10:12:51 20   KEEP ALL OF THE STUFF FOREVER?  I JUST WAS CURIOUS.

10:12:54 21             THE WITNESS:  YOU KNOW, ELECTRONIC RECORDS ARE A LOT

10:12:57 22   EASIER TO KEEP.  THE HAND RECORDS I WOULDN'T EVEN KNOW WHERE TO GO

10:13:00 23   TO GET THE HAND RECORDS, AND 1970 WOULD DEFINITELY BE A HAND RECORD.

10:13:04 24             THE COURT:  NO QUESTION ABOUT THAT.  I UNDERSTAND.  ALL

10:13:08 25   RIGHT.  THANK YOU, THAT'S JUST A GENERAL QUESTION.

10:13:10 1              MR. EHRLICH:  THANK YOU, YOUR HONOR.

10:13:11 2    BY MR. EHRLICH:

10:13:11 3    Q.  THE ANNUAL COST COLUMN.

10:13:15 4    A.  SO THAT IS THE FINAL PROJECT THAT HAS BEEN DECIDED FOR THIS

10:13:20 5    PARTICULAR SOLUTION, SO TO SPEAK, THAT IS ITS COST AMORTIZED OVER 50

10:13:27 6    YEARS, AND THE AVERAGE ANNUAL COST.

10:13:29 7    Q.  WHAT'S THE NET BENEFITS COLUMN?

10:13:31 8    A.  AND THE NET BENEFITS IS A CALCULATED NUMBER, ANNUAL COST

10:13:35 9    SUBTRACTED FROM -- THE COST SUBTRACTED FROM THE BENEFITS.

10:13:49 10   Q.  WHAT ARE THE YEARS TO COMPLETE COLUMN?

10:13:49 11   A.  THAT'S AN ESTIMATE OF THE PROJECT MANAGER ON HOW MANY YEARS IT

10:13:49 12   WOULD TAKE THIS PROJECT TO BE FINISHED.

10:13:51 13   Q.  AND WHY IS THAT FIGURED INTO THE DECISION?

10:13:55 14   A.  WELL, IF UNDER A LIMITED DOLLARS THAT YOU HAVE AVAILABLE TO

10:13:59 15   SPREAD AROUND, YOU WOULD SAY THAT THE ONES THAT ARE COMPLETING

10:14:03 16   SOONEST SHOULD GET MORE MONEY TO TRY TO GET THEM TO COMPLETE.

10:14:07 17   Q.  AND IF A PROJECT IS NOT FUNDED TO ITS CAPABILITY, IS IT POSSIBLE

10:14:12 18   THAT THE YEARS TO COMPLETE COLUMN WOULD CHANGE FROM YEAR TO YEAR?

10:14:16 19   A.  WOULD CHANGE, YES, DEFINITELY.  I MEAN, THERE'S A CERTAIN

10:14:19 20   ASSUMPTION AT EACH YEAR ON HOW MUCH THE PROJECT IS GOING TO GET.  IT

10:14:23 21   GETS TARGETS FOR A FIVE YEAR AND A TEN-YEAR PROGRAM.  SO IF YOU'RE

10:14:29 22   NOT -- IF WE THE CORPS OR REALLY THE CONGRESS DOESN'T LIVE UP TO THE

10:14:32 23   TARGET ESTIMATE FOR THE FOLLOWING YEAR, THEN, YES, THE YEARS TO

10:14:36 24   COMPLETE WILL CHANGE.

10:14:37 25   Q.  NOW, MR. LUISA, YOU TESTIFIED THAT THE EXACT INFORMATION THAT'S

10:14:42 1  GATHERED OVER THE YEARS HAS EVOLVED; BUT GENERALLY SPEAKING, WHEN

10:14:46 2  HEADQUARTERS DECIDES TO GIVE A 1, 2 OR 3 IN DECIDING WHAT TO

10:14:51 3  RECOMMEND TO OMB AND THEN ULTIMATELY WHAT THE PRESIDENT WILL

10:14:54 4  RECOMMEND TO CONGRESS, DOES IT CONSIDER THE INFORMATION GATHERED ON

10:14:57 5  THIS SPREADSHEET AND SPREADSHEETS LIKE IT IN THE YEARS PAST?

10:15:00 6  A.  YES, YES, IT DOES.

10:15:03 7  Q.  I THINK YOU IN ANSWERING THE COURT'S QUESTION YOU MENTIONED THE

10:15:08 8  CONSEQUENCES AND THE REMARKS COLUMN.  WHAT INFORMATION IS CONVEYED

10:15:11 9  TO YOU IN THOSE COLUMNS?

10:15:12 10  A.  WELL, THAT'S THE OPPORTUNITY FOR A PROJECT MANAGER TO KIND OF

10:15:18 11  STATE HIS CASE, SO TO SPEAK.  ASIDE FROM NUMBERS, THIS IS AN

10:15:23 12  OPPORTUNITY FOR HIM TO EXPLAIN WITHIN THE 60 WORDS OR SO, THAT'S THE

10:15:28 13  LIMIT FOR EACH OF THESE BOXES, TO EXPLAIN JUST WHY HE FEELS THAT

10:15:32 14  THIS PROJECT IS REALLY, REALLY IMPORTANT AND REALLY, REALLY NEEDS TO

10:15:35 15  BE FUNDED.

10:15:35 16  Q.  NOW, I THINK YOU TESTIFIED THAT THE MOST IMPORTANT FACTOR OVER

10:15:39 17  ALL OF THESE YEARS HAS BEEN THE BENEFIT COST RATIO; IS THAT RIGHT?

10:15:42 18  A.  YES, YES, BY FAR.

10:15:44 19  Q.  WHAT ABOUT THE FACT THAT THESE CONSEQUENCES AND REMARKS COLUMN,

10:15:48 20  THEY OFTEN CONTAIN DIRE WARNINGS ABOUT WHAT MIGHT HAPPEN IF A

10:15:54 21  PARTICULAR PROJECT IS NOT FUNDED TO CAPABILITY, HOW DO YOU RECONCILE

10:15:57 22  THAT?

10:15:57 23  A.  WELL, THE PROBLEM IS THAT -- THE CAPABILITY FUNDING LEVEL

10:16:02 24  USUALLY TURNS OUT TO BE ABOUT $7 BILLION FOR ALL PROJECTS, AND SO WE

10:16:07 25  JUST CAN'T DO CAPABILITY FUNDING LEVELS.  SO WE HAVE TO MAKE CHOICES

10:16:12  1    HERE AND THESE REMARKS AND CONSEQUENCES CAN HELP, BUT UNFORTUNATELY

10:16:21  2    WE HAVE A LOT OF FLOOD PROJECTS THROUGHOUT THE NATION WHERE WE WOULD

10:16:21  3    SEE SIMILAR REMARKS AND CONSEQUENCES.

10:16:23  4         OUR LEVEES IN CALIFORNIA IN THE SACRAMENTO AREA, WE WOULD

10:16:28  5    SEE VERY SIMILAR LANGUAGE; DOWN IN THE DALLAS/FT. WORTH AREA, AGAIN

10:16:34  6    SIMILAR LANGUAGE; AND IN ST. LOUIS, IN EAST ST. LOUIS, ANOTHER

10:16:39  7    HIGHLY FLOOD PRONE AREAS, WE WOULD GET THESE TYPE OF WORDS.  NORTH

10:16:44  8    DAKOTA JUST RECENTLY DID SUFFER SOME FLOODING, AND AGAIN THEY HAD

10:16:48  9    ALSO PROVIDED THESE LANGUAGES.

10:16:50 10         AND UNFORTUNATELY WE HAVE TO STILL FOCUS ON THE BIGGEST

10:16:55 11    BANG FOR THE BUCK, SO TO SPEAK.  AND WE TRY, WE TRY TO MAKE THIS

10:16:59 12    APPEAL FOR A LITTLE BIT MORE AND THAT WOULD COME IN THE RECOMMENDED

10:17:03 13    LEVEL, THAT IS ABOVE THE TARGET LEVEL THAT OMB GIVES US, WE WOULD

10:17:07 14    SAY IN RECOMMENDED LEVEL YOU SHOULD ADD MORE MONEY TO THESE PROJECTS

10:17:11 15    BECAUSE OF THESE DIRE CONSEQUENCES.  BUT RARELY, OMB HAS NEVER GIVEN

10:17:16 16    US RECOMMENDED LEVEL.  THEY'VE ALWAYS LIMITED IT TO THE CEILING AND

10:17:19 17    WE MIGHT GET ONE PERCENT MORE.

10:17:21 18    Q.  AND OF COURSE THERE WAS ALWAYS A CHANCE THAT YOU WOULD GET THE

10:17:24 19    ADDITIONAL FUNDING FROM CONGRESS?

10:17:26 20    A.  OH, THAT'S A WHOLE OTHER PART OF THE EQUATION HERE.  ONCE IT

10:17:30 21    GETS TO CONGRESS, RIGHT, THEY TAKE OVER AND THEY CAN DO WHATEVER

10:17:34 22    THEY SEE FIT.

10:17:35 23         I MEAN, THEY WOULD HAVE SEEN THESE CONSEQUENCE TYPE

10:17:38 24    LANGUAGE FROM THEIR LETTERS, YOU KNOW, THE CONGRESSMEN WOULD

10:17:41 25    PROBABLY BE WRITING SIMILAR WORDS TO THE CHAIRMAN OF THE COMMITTEE

10:17:46 1    SAYING HOW AT THREAT HIS PARTICULAR PROJECT IS AND WHAT GREAT RISK

10:17:53 2    HIS PARTICULAR PROJECT IS, SO HE WOULD BE WRITING SIMILAR WORDS IN

10:17:56 3    THERE.

10:17:56 4    Q.  MR. LUISA, PRIOR TO HURRICANE KATRINA, WAS THE LAKE

10:17:59 5    PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION PROJECT COMPETING

10:18:02 6    FOR FUNDING WITH OTHER PROJECTS LIKE THOSE LISTED ON THIS EXHIBIT DX

10:18:08 7    0515R?

10:18:09 8    A.  YES.  IT'S A COMPETITION WITH ALL PROJECTS.  AND NOT ONLY

10:18:14 9    AGAINST THESE PROJECTS WHICH THE BUSINESS LINE MANAGER'S CONCERNED

10:18:18 10   ABOUT, BUT THEN WHEN WE GET TO THE TABLE FOR ALL BUSINESS LINES AND

10:18:21 11   ALL ACCOUNTS, THAT THEN THEY COMPETE AGAINST ALL OTHER PROJECTS IN

10:18:26 12   THE NAVIGATION, THE HYDROPOWER, THE ENVIRONMENT.  IT'S VERY

10:18:32 13   COMPETITIVE.

10:18:33 14   Q.  AND FROM ALL OTHER DIVISIONS, RIGHT?

10:18:35 15   A.  OH, YES.  I MEAN, THIS WAS JUST MVD'S, BUT EACH OF THE DIVISIONS

10:18:41 16   WOULD THEN BE SUBMITTING THEIRS, THEIR LANGUAGE, THEIR WORDS, THEIR

10:18:43 17   DOLLAR ESTIMATES, YES.

10:18:44 18         MR. EHRLICH:  THANK YOU.  YOUR HONOR, I HAVE NO FURTHER

10:18:45 19   QUESTIONS.

10:18:46 20         THE COURT:  THANK YOU.

10:18:51 21                    CROSS-EXAMINATION

10:18:51 22   BY MR. O'DONNELL:

10:18:52 23   Q.  MR. LUISA, THIS SOUNDS LIKE A FEEDING FRENZY IN WASHINGTON OVER

10:18:57 24   THE DOLLARS; IS THAT TRUE?

10:19:02 25   A.  YES, WE GET PRETTY HOT ABOUT IT AROUND THE TABLE IN AUGUST.

10:19:03  1   Q.  WELL, I AM INTERESTED IN A FEEDING FRENZY ABOUT MRGO BECAUSE

10:19:04  2   THIS CASE IS ABOUT THE MRGO.  CAN YOU TELL ME WHY IN THIS

10:19:07  3   EXAMINATION WITH COUNSEL WE DIDN'T GET ANY BUDGET SPREADSHEET OR

10:19:11  4   WHATEVER YOU CALL THESE DX 515R'S AND 157S ABOUT THE MRGO?

10:19:18  5   A.  NO, I AM FAMILIAR WITH THE MRGO.

10:19:20  6   Q.  WELL, THERE ARE SUCH DOCUMENTS ABOUT THE MRGO THAT PREDATE

10:19:24  7   KATRINA, RIGHT?

10:19:26  8   A.  PRESUMABLY, YES.

10:19:27  9   Q.  WELL, THERE ARE, AREN'T THERE?

10:19:28 10   A.  YES.

10:19:29 11   Q.  YEAH.  AND WHERE ARE THEY?  GIVE ME 1970 TO 2005, WHERE COULD I

10:19:35 12   GET THEM AS A CITIZEN OF THE UNITED STATES, A TAXPAYER?

10:19:37 13   A.  YEAH, AGAIN, I MEAN, I WOULD HAVE TO SEE WHERE WE KEPT THESE

10:19:41 14   RECORDS, I DON'T KNOW.

10:19:42 15   Q.  WHERE IS THE ONE FOR 2003, 4 AND 5 WHEN THIS -- YOU TOOK OVER?

10:19:47 16   A.  IT'S IN MY COMPUTER.

10:19:48 17   Q.  THEY'RE ON YOUR COMPUTER?

10:19:49 18   A.  YEAH.

10:19:50 19   Q.  DO YOU HAVE YOUR COMPUTER WITH YOU?

10:19:51 20   A.  NO.

10:19:51 21   Q.  HOW LONG WOULD IT TAKE YOU TO GET YOUR COMPUTER?

10:19:54 22   A.  GO HOME AND GET IT.

10:19:56 23   Q.  CAN YOU ACCESS IT REMOTELY?

10:19:58 24   A.  NO.

10:19:59 25   Q.  WHERE IS YOUR COMPUTER LOCATED?

10:20:01 1   A.  AT MY DESK IN WASHINGTON.

10:20:03 2   Q.  OKAY.  AND ARE YOU AWARE THAT THE PLAINTIFFS REQUESTED THIS

10:20:07 3   INFORMATION?

10:20:08 4   A.  NO.

10:20:09 5   Q.  NOBODY TOLD YOU THAT?

10:20:11 6   A.  NO.

10:20:12 7   Q.  DID YOU -- WITHDRAW.

10:20:14 8           THESE TWO -- I AM JUST GOING TO REFER TO THEM AS

10:20:26 9   SPREADSHEETS, BUDGET SPREADSHEETS AND NOT HAVE TO KEEP REPEATING THE

10:20:35 10  NUMBER -- THEY DON'T TELL US HOW MUCH MONEY, IF ALL, WAS

10:20:35 11  APPROPRIATED BY CONGRESS, THAT JUST SHOWS US THE REQUEST, RIGHT?

10:20:36 12  A.  NO.  AND THAT IS JUST THE REQUEST TO OMB.

10:20:39 13  Q.  IT DOESN'T SHOW US WHAT OMB ASKED THE CONGRESS FOR, RIGHT?

10:20:42 14  A.  CORRECT.

10:20:42 15  Q.  BECAUSE OMB VETS THE REQUEST, RIGHT?

10:20:46 16  A.  CORRECT.

10:20:46 17  Q.  NOW, YOU HAVE NO PERSONAL KNOWLEDGE WITH REGARD TO THE MRGO WITH

10:20:50 18  REGARD TO ANY FUNDING REQUESTS EVER MADE FOR THE MRGO, CORRECT?

10:20:53 19  A.  CORRECT.

10:20:54 20  Q.  NEVER INVOLVED WITH ANY FUNDING FOR DREDGING, BANK EROSION OR

10:20:58 21  ANY OTHER REMEDIATION FOR THE MRGO?

10:21:00 22  A.  CORRECT.

10:21:01 23  Q.  YOU TESTIFIED IN YOUR DEPOSITION YOU NEVER EVEN SEEN A FUNDING

10:21:04 24  REQUEST FOR THE MRGO, RIGHT?

10:21:06 25  A.  YES, SPECIFICALLY FOR MRGO, NO.

10:21:09 1    Q.  YOU NEVER EVEN HEARD OF AN APPROPRIATION --

10:21:12 2            THE COURT:  I JUST WANT TO MAKE SURE THE WITNESS WAS

10:21:15 3    FINISHED.  HAD YOU FINISHED YOUR ANSWER, SIR?

10:21:17 4            THE WITNESS:  I WAS GOING TO SAY NOT FOR MRGO BECAUSE THAT

10:21:20 5    WOULD REALLY BE A BUSINESS LINE FUNCTION.

10:21:22 6    BY MR. O'DONNELL:

10:21:22 7    Q.  RIGHT, AND THOSE NUMBERS WOULDN'T BEING AGGREGATED.  WOULD THE

10:21:25 8    MRGO HAVE A SEPARATE SPREADSHEET FROM THE CORPS?

10:21:29 9    A.  IT WOULD HAVE A LINE ITEM.

10:21:30 10   Q.  RIGHT.  AND WITHIN THAT LINE ITEM WOULD THERE BE ANY BREAKOUT OF

10:21:37 11   WHAT THE MONEY WOULD BE USED FOR, SAY, IN THE NEW ORLEANS DISTRICT?

10:21:38 12   A.  YES.

10:21:39 13   Q.  WOULD IT INDICATE THAT THE CORPS THOUGHT THAT THERE WAS IMMINENT

10:21:44 14   PERIL TO LIFE AND PROPERTY AND THEY DESPERATELY NEEDED MONEY FOR

10:21:48 15   REMEDIATION OF THE PERCEIVED DEFECTS OF THE MRGO?

10:21:51 16           MR. EHRLICH:  OBJECTION, YOUR HONOR, CALLS FOR

10:21:52 17   SPECULATION.  THE WITNESS HAS TESTIFIED HE IS NOT FAMILIAR WITH ANY

10:21:55 18   FUNDING REQUEST FOR THE MRGO.

10:21:57 19           THE COURT:  I AM GOING TO OVERRULE THE OBJECTION, ASSUME

10:21:59 20   THE QUESTION IS A HYPOTHETICAL, IN THE EVENT THE CORPS THOUGHT THAT

10:22:05 21   AND PUT THAT IN THEIR REMARKS.  SO I AM GOING TO OVERRULE YOUR

10:22:07 22   OBJECTION.

10:22:07 23           MR. O'DONNELL:  MAY I RESTATE IT FOR CLARITY, YOUR HONOR?

10:22:10 24           THE COURT:  YES, YOU MAY.

10:22:11 25   BY MR. O'DONNELL:

─────────────── FINAL DAILY COPY ───────────────

10:22:12 1    Q.  IN THE EVENT THAT THE NEW ORLEANS DISTRICT -- WHAT IS HE CALLED,

10:22:13 2    CHIEF ENGINEER -- THE ENGINEER FOR THE NEW ORLEANS DISTRICT

10:22:16 3    CONCLUDED THAT THE --

10:22:17 4    A.  IT WOULD BE THE DISTRICT COMMANDER.

10:22:19 5    Q.  THANK YOU.  THE DISTRICT COMMANDER FOR NEW ORLEANS DISTRICT

10:22:23 6    CONCLUDED THAT THERE WERE CONDITIONS WITH REGARD TO THE MRGO THAT

10:22:27 7    POSED AN IMMINENT PERIL TO LIFE AND PROPERTY.  WOULD THAT BE NOTED

10:22:33 8    IN THE BUDGET JUSTIFICATION SHEET?

10:22:35 9    A.  IT SHOULD HAVE BEEN, IT SHOULD BE.

10:22:40 10   Q.  OKAY.  NOW, IT'S A FACT, IS IT NOT, THAT IN THE ARMY CORPS WITH

10:22:49 11   REGARD TO SAFETY ISSUES, A DISTRICT OPERATIONS MANAGER FOR A PROJECT

10:22:53 12   LIKE THE MRGO HAS AN OBLIGATION TO REPORT SOMETHING WRONG UP THE

10:22:57 13   CHAIN OF COMMAND?

10:23:01 14   A.  YES.

10:23:01 15   Q.  DISTRICTS ARE, IN FACT, ENCOURAGED TO SEEK REMEDIATION OF

10:23:04 16   PROBLEMS WITH THEIR PROJECTS, CORRECT?

10:23:06 17   A.  YES.

10:23:07 18   Q.  AND IF A DISTRICT DOESN'T TELL HEADQUARTERS ABOUT PROBLEMS WITH

10:23:11 19   THEIR PROJECTS, THE MONEY WILL NOT BE REQUESTED FROM CONGRESS,

10:23:16 20   CORRECT?

10:23:16 21   A.  CORRECT.  NOT BY THE PRESIDENT AT LEAST.

10:23:20 22   Q.  RIGHT.  OKAY.  IN FACT, SIR, ARTICLE 2 SECTION 3 OF THE

10:23:31 23   CONSTITUTION, WHICH COUNSEL INVOKED A FEW MINUTES AGO, STATES IN

10:23:36 24   PART, HE, THE PRESIDENT, SHALL FROM TIME TO TIME GIVE TO THE

10:23:40 25   CONGRESS INFORMATION OF A STATE OF THE UNION.  CONTINUING:  "AND

10:23:45 1   RECOMMEND TO THEIR CONSIDERATION SUCH MEASURES AS HE SHALL JUDGE

10:23:50 2   NECESSARY AND EXPEDIENT."  OKAY?

10:23:52 3        DO YOU HAVE ANY KNOWLEDGE AT ALL THAT BETWEEN 1970 AND

10:23:56 4   2005 ANY OF THE PRESIDENTS OF THE UNITED STATES EVER TOLD CONGRESS

10:24:01 5   THAT IT WAS NECESSARY AND EXPEDIENT TO APPROPRIATE FUNDS TO

10:24:05 6   REMEDIATE ANY PROBLEMS WITH THE MRGO?

10:24:08 7   A.  I DO NOT.

10:24:17 8   Q.  GOING BACK TO THE DUTIES OF THE DISTRICT YOU TESTIFIED ABOUT IN

10:24:20 9   YOUR DEPOSITION.  YOU AGREE THAT IT IS A FAILURE OF DUTY FOR A

10:24:24 10  DISTRICT TO FAIL TO REMEDIATE KNOWN SAFETY PROBLEMS WITH A CORPS

10:24:29 11  PROJECT?

10:24:30 12  A.  YES.

10:24:32 13  Q.  HYPOTHETICALLY, IF THE NEW ORLEANS DISTRICT CONCLUDED THE MRGO

10:24:36 14  PRESENTED A RISK OF CATASTROPHIC FLOODING, FOR EXAMPLE, THE DISTRICT

10:24:45 15  COULD HAVE OBTAINED EMERGENCY FUNDING FOR A FEASIBILITY STUDY AND,

10:24:46 16  IF RECOMMENDED, REMEDIAL ACTION; CORRECT?

10:24:50 17  A.  WELL, I MEAN, EMERGENCY FUNDING FOR A FEASIBILITY STUDY,

10:24:54 18  FEASIBILITY STUDY IS REALLY NOT SOMETHING THAT WOULD REFLECT AN

10:24:59 19  IMMEDIATE AND IMMINENT DANGER.  I MEAN IF THIS SOMETHING IS GOING TO

10:25:03 20  GO, YOU KNOW, FAIL IMMEDIATELY, YOU WOULD BE LOOKING AT GETTING

10:25:07 21  MONEY AS A PREPLANNING, PRE-EXERCISE TO FIX IT, TO SHORE IT UP, TO

10:25:15 22  DO SOMETHING LIKE THAT.

10:25:16 23  Q.  YOU WOULDN'T SPEND YEARS STUDYING IT IF YOU THOUGHT IT WAS A

10:25:19 24  PROBLEM, WOULD YOU?

10:25:20 25  A.  YOU SHOULDN'T.

10:25:21 1    Q.  AND IF THE WORD GOT TO HEADQUARTERS THAT THERE WAS A SERIOUS

10:25:29 2    PROBLEM, THERE IS A PROCESS FOR REPROGRAMMING FUNDS FOR EXIGENT

10:25:34 3    CIRCUMSTANCES, CORRECT?

10:25:35 4    A.  YES.

10:25:36 5          MR. EHRLICH:  YOUR HONOR, I AM GOING TO OBJECT TO THIS

10:25:38 6    QUESTION AND THE PREVIOUS ONE IN TERM SERIOUS PROBLEM.  THE

10:25:41 7    WITNESS'S TESTIMONY WAS REGARDING EMERGENCIES.  I THINK THE QUESTION

10:25:43 8    IS VAGUE IF IT'S WORDED SERIOUS PROBLEM, THAT COULD MEAN A LOT OF

10:25:47 9    THINGS TO A LOT OF PEOPLE.

10:25:49 10         THE COURT:  OVERRULED, HE ANSWERED YES.

10:25:49 11   BY MR. O'DONNELL:

10:25:51 12   Q.  YOU CONSIDER THE RISK OF CATASTROPHIC FLOODING OF NEW ORLEANS

10:25:55 13   AND ST. BERNARD AS A SERIOUS PROBLEM?

10:25:58 14   A.  DEPENDS WHAT RISK LEVEL WE'RE TALKING ABOUT.

10:26:01 15   Q.  YOU WOULD IF YOU LIVED NEXT TO THE MRGO, WOULDN'T YOU?

10:26:04 16   A.  YOU KNOW, I AM REALLY NOT FAMILIAR WITH MRGO, I'M SORRY.

10:26:07 17   Q.  NOW, IT'S YOUR -- YOU AGREE THAT THE ARMY CORPS ARE CONSIDERED

10:26:17 18   EXPERTS FOR CONGRESS IN THE AUTHORIZATION AND APPROPRIATION PROCESS

10:26:23 19   FOR PROJECTS LIKE NAVIGATION PROJECTS IN WHICH THE GOVERNMENT IS

10:26:27 20   INVESTING?

10:26:28 21   A.  YES.

10:26:29 22   Q.  CONGRESS RELIES HEAVILY ON THE CORPS FOR GUIDANCE ON TECHNICAL,

10:26:36 23   ENGINEERING AND SAFETY ISSUES, YOU AGREE, RIGHT?

10:26:37 24   A.  YES.

10:26:37 25   Q.  UNDER NORMAL CIRCUMSTANCES, CONGRESS LEARNS OF FUNDING NEEDS FOR

10:26:43 1   CORPS PROJECTS THROUGH THE LONG-STANDING CHAIN OF COMMAND, WHICH YOU

10:26:46 2   TALKED ABOUT WITH COUNSEL, AS TO THE LPV, CORRECT?

10:26:50 3   A.   YES.

10:26:50 4   Q.   AND THAT WOULD APPLY, OF COURSE, TO THE MRGO, CORRECT?

10:26:53 5   A.   YES.

10:26:53 6   Q.   THE NEW ORLEANS DISTRICT RECOMMENDS A BUDGET TO THE MISSISSIPPI

10:26:57 7   VALLEY DIVISION, RIGHT?

10:26:58 8   A.   YES.

10:26:58 9   Q.   THE MISSISSIPPI VALLEY DIVISION REVIEWS AND VETS THE BUDGET AND

10:27:02 10  PASSES IT ONTO THE HEADQUARTERS?

10:27:03 11  A.   YES.

10:27:04 12  Q.   YOU, IN PARTICULAR, HAVE THE I THINK A VERY DIFFICULT JOB OF

10:27:10 13  TAKING ALL OF THOSE DIVISIONAL REQUESTS, WORKING WITH YOUR BUSINESS

10:27:14 14  LINE MANAGERS, COMING UP WITH A COMPREHENSIVE BUDGET FOR THE ARMY

10:27:19 15  CORPS FOR A GIVEN FISCAL YEAR; ISN'T THAT CORRECT?

10:27:21 16  A.   CORRECT.

10:27:21 17  Q.   I ASSUME THE CHIEF OF ENGINEERS WEIGHS IN ON THAT?

10:27:27 18  A.   YEAH.  WE USUALLY WILL BRIEF HIM AS WELL AS THE DIRECTOR OF

10:27:30 19  CIVIL WORKS PERIODICALLY THROUGHOUT THE PROCESS LETTING THEM KNOW

10:27:34 20  WHERE WE ARE, WHERE WE'RE GOING, WHAT OUR EMPHASIS POINTS ARE.

10:27:37 21  Q.   AND THEN TO GOES ON TO THE -- YOU MENTIONED THE ASSISTANT

10:27:41 22  SECRETARY OF THE ARMY FOR CIVIL WORKS, CORRECT?

10:27:43 23  A.   CORRECT.

10:27:43 24  Q.   HE'S SORT OF THE HANDS OFF AND HIS LIMITED STAFF REVIEWS THAT

10:27:46 25  BUDGET, CORRECT?

10:27:47 1    A.  YES.  THAT'S WHY HE PARTICIPATES, THAT STAFF PARTICIPATES TO

10:27:49 2    KNOW WHAT'S GOING ON.

10:27:50 3    Q.  FOR EXAMPLE, TO MAKE SURE ADMINISTRATION PRIORITIES ARE

10:27:53 4    REFLECTED IN THE BUDGET, THAT KIND OF THING, RIGHT?

10:27:56 5    A.  YES.

10:27:56 6    Q.  THEN HE OR SHE, THE ASSISTANT SECRETARY IN TURN PASSES THAT

10:28:00 7    BUDGET ONTO THE OFFICE OF MANAGEMENT AND BUDGET, CORRECT?

10:28:02 8    A.  YES.

10:28:03 9    Q.  THAT IS THE PRESIDENT'S BUDGET ENFORCEMENT ARM, CORRECT?

10:28:10 10   A.  CORRECT.

10:28:11 11   Q.  THEY THEN SEND IT TO THE TWO APPROPRIATE COMMITTEES OF THE HOUSE

10:28:14 12   AND SENATE IN WHICH THERE ARE HEARINGS HELD, CORRECT?

10:28:17 13   A.  YES.

10:28:19 14   Q.  AND THERE IS PREPARED ACTUALLY BY YOU, I BELIEVE, A BUDGET MEMO

10:28:28 15   THAT YOU WRITE FOR THE ASSISTANT SECRETARY OF THE ARMY FOR CIVIL

10:28:32 16   WORKS EXPLAINING THE ANNUAL REQUEST FOR FUNDS FOR THE CORPS, THAT

10:28:37 17   MEMO GOES TO THE OFFICE OF MANAGEMENT AND BUDGET, CORRECT?

10:28:40 18   A.  YES.

10:28:40 19   Q.  AND IT DOESN'T INCLUDE DETAILS OF EACH PARTICULAR PROJECT,

10:28:44 20   CORRECT?

10:28:44 21   A.  WELL, EACH BUSINESS LINE MANAGER HAS AN APPENDIX TO THAT MEMO

10:28:49 22   WHERE HE DESCRIBES HIS FOCUS AREAS AND HIS EMPHASIS AREAS AND THEN

10:28:54 23   WE SEND ALL OF THE TABLES TO THE OFFICE OF MANAGEMENT AND BUDGET AS

10:29:01 24   INFORMATION FOR THEIR USE.

10:29:02 25   Q.  WOULD THOSE MORE DETAILED APPENDICES BREAKDOWN TO THE LEVEL OF

10:29:08  1    THE MRGO PROJECT IN THE NEW ORLEANS DISTRICT?

10:29:09  2    A.  NOT TO THAT PROJECT LEVEL, MORE SO -- WHAT THE FLOOD CONTROL,

10:29:14  3    FOR INSTANCE, WOULD BE REQUESTING IN INVESTIGATIONS, CONSTRUCTION,

10:29:19  4    OPERATION AND MAINTENANCE, AND WHAT ARE THE OUTPUTS THAT COULD BE

10:29:22  5    PROVIDED THROUGH THOSE FUNDING ACCOUNTS IN THOSE AREAS.  THE

10:29:27  6    SPECIFIC PROJECTS WOULD THEN BE LEFT TO THE DETAILED SPREADSHEETS

10:29:31  7    THAT WE SEND OMB.

10:29:33  8    Q.  AND THERE'S BASICALLY THEN A BOILED DOWN VERSION OF THE CORPS'

10:29:37  9    BUSINESS LINE REQUEST SENT TO THE OMB, CORRECT?

10:29:40 10    A.  YES, CORRECT.

10:29:40 11    Q.  AND THE OMB DOES NOT ORDINARILY REVIEW DETAILS OF PROGRAM

10:29:46 12    REQUESTS BY THE CORPS; IS THAT CORRECT?

10:29:48 13    A.  OH, NO.  THEY EXTENSIVELY REVIEW OUR DETAILS.  THEY HAVE EIGHT

10:29:52 14    PEOPLE OVER THERE THAT DO NOTHING BUT REVIEW OUR -- WE'RE KIND OF

10:29:59 15    UNIQUE IN THAT SITUATION.  THE DEPARTMENT OF DEFENSE HAS FEWER

10:30:01 16    REVIEWERS THAN WE DO.

10:30:02 17    Q.  LIKE MISSILE PROGRAMS GET REVIEWED LESS THAN THE LPV?

10:30:08 18    A.  TO TELL YOU THE TRUTH, I THINK SO.

10:30:09 19    Q.  IN YOUR EXPERIENCE, HAVE YOU EVER SEEN ANY INQUIRIES BY THE

10:30:13 20    OFFICE OF MANAGEMENT AND BUDGET WITH REGARD TO THE MRGO?

10:30:17 21    A.  YOU KNOW, I CAN'T -- I DON'T BELIEVE I HAVE.

10:30:20 22    Q.  NOW, IN YOUR EXPERIENCE, CONGRESS DOES NOT ORDINARILY

10:30:29 23    APPROPRIATE MONEY TO REMEDY SAFETY PROBLEMS WITH CORPS PROJECTS

10:30:32 24    UNLESS THE CORPS INFORMS CONGRESS ABOUT THE PROBLEM AND MAKES A

10:30:36 25    SPECIFIC REQUEST FOR APPROPRIATIONS TO REMEDY THE PROBLEM, CORRECT?

10:30:40 1    A.   YEAH, I'D SAY SO.

10:30:43 2    Q.   IT'S SORT OF LIKE, IF YOU DON'T ASK, THEY DON'T APPROPRIATE?

10:30:44 3    A.   RIGHT, RIGHT.

10:30:46 4    Q.   AND YOU WERE NEVER TOLD THERE WAS A PROBLEM WITH THE MRGO LIKE

10:30:50 5    CHANNEL EROSION OR LOSS OF WETLANDS WHILE YOU'VE BEEN THERE,

10:30:53 6    CORRECT?

10:30:55 7    A.   I HAVEN'T, NO.

10:30:55 8    Q.   AND WITH REGARD TO THIS RANKING SYSTEM, YOU CANNOT TESTIFY ABOUT

10:30:59 9    THE RANKING OF ANY MRGO REQUESTS FOR FUNDING OR REMEDIATION EITHER

10:31:03 10   BEFORE OR AFTER 2003, CORRECT?

10:31:06 11   A.   CORRECT.

10:31:07 12   Q.   FINALLY, SIR, TO YOUR KNOWLEDGE, AT ANY TIME BEFORE KATRINA, DID

10:31:15 13   YOU OR ANYONE ELSE IN THE ARMY CORPS OF ENGINEERS, THE ASSISTANT

10:31:19 14   SECRETARY OF THE ARMY FOR CIVIL WORKS, THE OFFICE OF MANAGEMENT AND

10:31:24 15   BUDGET EVER TELL ANY CONGRESSIONAL COMMITTEE WORDS TO THIS EFFECT:

10:31:29 16   "WE MUST HAVE MONEY TO FIX THE MRGO OR A SERIOUS CATASTROPHE

10:31:34 17   INCLUDING FLOODING MAY HAPPEN WHEN A HURRICANE STRIKES GREATER NEW

10:31:37 18   ORLEANS."?

10:31:37 19   A.   WELL, I HAVEN'T.

10:31:40 20        MR. O'DONNELL:  NOTHING FURTHER.  THANK YOU, YOUR HONOR.

10:31:41 21        THE COURT:  THANK YOU, SIR.  REDIRECT?

10:31:45 22        MR. EHRLICH:  NOTHING FURTHER, YOUR HONOR.

10:31:46 23        THE COURT:  THANK YOU, SIR.  I HOPE YOU ENJOY NEW ORLEANS

10:31:48 24   WHILE YOU'RE HERE, AND HAVE A SAFE TRIP BACK.

10:31:52 25        THE WITNESS:  THANK YOU VERY MUCH.

10:31:53 1          THE COURT:  WE WILL TAKE A 15 MINUTE RECESS.  IT'S EXACTLY

10:31:59 2   10:30, 10:45.

10:31:59 3      (WHEREUPON, A RECESS WAS TAKEN.)

10:50:55 4      (OPEN COURT.)

10:50:55 5          THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

10:50:58 6          THE COURT:  YES, SIR.

10:51:01 7          MR. WOODCOCK:  YOUR HONOR, JOHN WOODCOCK FOR THE UNITED

10:51:03 8   STATES.  THE UNITED STATES CALLS BRIAN JARVINEN.

10:51:06 9          THE COURT:  THANK YOU.

10:51:07 10          THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT HAND,

10:51:09 11   SIR.

10:51:10 12      (WHEREUPON, BRIAN JARVINEN, WAS SWORN IN AND TESTIFIED AS

10:51:14 13      FOLLOWS:)

10:51:14 14          THE DEPUTY CLERK:  WOULD YOU PLEASE STATE YOUR NAME AND

10:51:17 15   SPELL IT FOR THE RECORD.

10:51:18 16          THE WITNESS:  MY NAME IS BRIAN RAYMOND JARVINEN, BRIAN IS

10:51:21 17   WITH AN I, AND THE LAST NAME IS SPELLED J-A-R-V-I-N-E-N.

10:51:30 18          MR. WOODCOCK:  WITH THE COURT'S INDULGENCE, I WOULD LIKE

10:51:33 19   TO BRIEFLY INTRODUCE MR. JARVINEN.

10:51:35 20          THE COURT:  PLEASE DO.

10:51:36 21          MR. WOODCOCK:  BRIAN JARVINEN WORKED FOR THE NATIONAL

10:51:39 22   HURRICANE CENTER FOR 35 YEARS FOCUSSING HIS ENTIRE CAREER ON

10:51:42 23   UNDERSTANDING THE DYNAMICS OF HURRICANE STORM SURGE.

10:51:46 24          AS A STORM SURGE GROUP LEADER FOR ALMOST 25 YEARS,

10:51:50 25   MR. JARVINEN DEDICATED MUCH OF HIS CAREER TO UNDERSTANDING THE

─ FINAL DAILY COPY ─

10:51:58 1  DYNAMICS OF STORM SURGE AND DEVELOPING THE HURRICANE STORM SURGE

10:52:02 2  FLOOD PLANE FROM TEXAS TO MAINE.  IN 1990 MR. JARVINEN WAS AWARDED

10:52:06 3  THE NEIL FRANK AWARD FOR PIONEERING LEADERSHIP OVER THE PAST DECADE

10:52:10 4  IN STORM SURGE RESEARCH AND IN HURRICANE EVACUATION PLANNING IN

10:52:15 5  COASTAL AREAS OF THE UNITED STATES.

10:52:18 6          MR. JARVINEN'S TESTIMONY WILL FOCUS ON THE ISSUE OF

10:52:22 7  CAUSATION.  HE WILL TESTIFY THAT HURRICANE KATRINA'S MASSIVE STORM

10:52:25 8  SURGE WAS DUE TO ITS INTENSITY, UNPRECEDENTED SIZE, THE ANGLE OF ITS

10:52:31 9  APPROACH TO THE COAST, ITS SPEED, AND THE BATHEMTRY AND COASTAL

10:52:35 10  SHAPE OF SOUTHEASTERN LOUISIANA.

10:52:41 11                  VOIR DIRE EXAMINATION

10:52:41 12  BY MR. WOODCOCK:

10:52:41 13  Q.  MR. JARVINEN, WHERE DO YOU LIVE?

10:52:43 14  A.  I LIVE IN MIAMI, FLORIDA.

10:52:45 15  Q.  AND HOW LONG HAVE YOU LIVED THERE?

10:52:46 16  A.  I'VE LIVED THERE MY WHOLE LIFE EXCEPT FOR THE FIVE YEARS I WAS

10:52:50 17  AWAY AT COLLEGE.

10:52:51 18  Q.  WHAT'S YOUR PROFESSION?

10:52:54 19  A.  MY PROFESSION NOW I AM A CONSULTANT ON HURRICANES AND STORM

10:53:02 20  SURGE ISSUES.

10:53:02 21  Q.  FOR WHOM DO YOU WORK?

10:53:04 22  A.  I WORK FOR MYSELF, SELF-EMPLOYED.

10:53:08 23          MR. JOANEN:  YOUR HONOR, SCOTT JOANEN ON BEHALF OF THE

10:53:10 24  PLAINTIFFS.  AT THIS TIME WE WOULD OFFER TO STIPULATE THAT

10:53:12 25  MR. JARVINEN IS AN EXPERT IN THE FIELD OF METEOROLOGY, WITH SPECIFIC

10:53:16 1  EXPERTISE IN THE FIELD OF STORM SURGE RESEARCH, STORM SURGE MODELING

10:53:19 2  VIA THE SLOSH MODEL AND STORM SURGE REPORTING.

10:53:23 3          THE COURT:  IS THAT --

10:53:24 4          MR. WOODCOCK:  THANK YOU.  IF I COULD JUST BRIEFLY GO

10:53:26 5  THROUGH A LITTLE BIT OF HIS BACKGROUND FOR FIVE MINUTES.

10:53:28 6          THE COURT:  YOU MAY.

10:53:30 7          MR. WOODCOCK:  GREAT.

10:53:31 8  BY MR. WOODCOCK:

10:53:32 9  Q.  AND WHAT DID YOU DO PRIOR TO BECOMING A PRIVATE CONSULTANT?

10:53:36 10 A.  I WORKED AT THE NATIONAL HURRICANE CENTER FOR 35 YEARS.

10:53:40 11 Q.  WHERE AND IN WHAT FIELD DID YOU OBTAIN YOUR UNDERGRADUATE

10:53:45 12 DEGREE?

10:53:45 13 A.  I OBTAINED MY UNDERGRADUATE DEGREE IN METEOROLOGY AT FLORIDA

10:53:49 14 STATE UNIVERSITY IN TALLAHASSEE, FLORIDA.

10:53:52 15 Q.  AND DID YOU OBTAIN ANY POSTGRADUATE DEGREES?

10:53:54 16 A.  YES.  I CONTINUED MY STUDIES THERE AND RECEIVED A MASTERS DEGREE

10:53:59 17 IN TROPICAL METEOROLOGY FROM FLORIDA STATE UNIVERSITY.

10:54:02 18 Q.  AND COULD YOU EXPLAIN TO THE COURT WHAT TROPICAL METEOROLOGY IS?

10:54:06 19 A.  TROPICAL METEOROLOGY IS A SPECIALIZED BRANCH OF METEOROLOGY, AND

10:54:12 20 IT DEALS -- FOCUSES ON THE WEATHER THAT OCCURS IN THE TROPICS, THE

10:54:17 21 TROPICS ARE TYPICALLY THE AREA BETWEEN 30 DEGREES NORTH AND 30

10:54:22 22 DEGREES SOUTH ON THE PLANET.  THE TROPICS EXTEND ALL THE WAY AROUND

10:54:28 23 THE PLANET.

10:54:30 24          AND WE STUDY THE PHENOMENAS THAT OCCUR IN THE TROPICS, AND

10:54:35 25 OF COURSE ONE OF THOSE BEING THE HURRICANES.

10:54:42 1    Q.  WHAT WAS YOUR POSITION AFTER YOU IMMEDIATELY OBTAINED YOUR --

10:54:42 2    IMMEDIATELY AFTER YOU OBTAINED YOUR MASTERS?

10:54:44 3    A.  WELL, I STARTED MY CAREER WITH THE NATIONAL HURRICANE RESEARCH

10:54:48 4    LABORATORY, WHICH AT THAT TIME WAS CO-LOCATED WITH THE NATIONAL

10:54:52 5    HURRICANE CENTER IN CORAL GABLES, FLORIDA.

10:54:55 6    Q.  WHAT POSITION DID YOU HAVE?

10:54:57 7    A.  I WAS A RESEARCH METEOROLOGIST WITH THAT AGENCY.

10:55:00 8    Q.  WHERE WITHIN THE GENERAL ORGANIZATION CHART OF THE GOVERNMENT IS

10:55:06 9    THE NATIONAL RESEARCH LABORATORY LOCATED?

10:55:13 10   A.  IN THE GOVERNMENT WE START WITH THE DEPARTMENT, SO WE HAVE THE

10:55:14 11   DEPARTMENT OF COMMERCE AND THEN -- THEY'RE THE MAIN UMBRELLA.  AND

10:55:19 12   THEN UNDERNEATH THAT IS THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC

10:55:27 13   ADMINISTRATION, COMMONLY KNOWN AS NOAA FOR SHORT.  INSIDE OF NOAA

10:55:29 14   THERE ARE THE NATIONAL HURRICANE RESEARCH LABORATORIES, AND ANOTHER

10:55:34 15   BRANCH UNDER NOAA IS THE NATIONAL WEATHER SERVICE, AND A SUBBRANCH

10:55:38 16   OF THE NATIONAL WEATHER SERVICE IS THE NATIONAL HURRICANE CENTER.

10:55:42 17          AND THE NATIONAL HURRICANE RESEARCH LABORATORY AND

10:55:45 18   NATIONAL HURRICANE CENTER, SINCE THEY HAVE SOMEWHAT SIMILAR ISSUES

10:55:49 19   AND MISSIONS, THEY WERE CO-LOCATED FOR MANY YEARS.

10:55:53 20   Q.  ARE THERE ANY OTHER FEDERAL AGENCIES WHICH DEAL WITH HURRICANES

10:55:59 21   IN THE ATLANTIC?

10:56:00 22   A.  NO.  THE NATIONAL HURRICANE CENTER IS THE ONLY FEDERAL AGENCY

10:56:03 23   THAT FORECASTS HURRICANES IN THE ATLANTIC.

10:56:08 24   Q.  DID YOUR JOB AS RESEARCH METEOROLOGIST REMAIN LIMITED TO TRACK

10:56:14 25   PREDICTION?

10:56:15 1   A.  WHEN I BEGAN WORK AT BOTH THE RESEARCH LABORATORY AND ALSO AT

10:56:22 2   THE NATIONAL HURRICANE CENTER, WHICH WAS TWO YEARS LATER WHEN I

10:56:25 3   TRANSFERRED OVER, THE MAIN MISSION WAS TO IMPROVE THE TRACK FORECAST

10:56:32 4   OF HURRICANES.  UP TO THAT TIME IT WAS MOSTLY THE TRACKS WERE

10:56:38 5   DETERMINED MOSTLY BY CLIMATOLOGICAL RECORDS, NOW WE WANTED TO USE

10:56:44 6   NUMERICAL MODELING TECHNIQUES TO MAKE BETTER PREDICTIONS.

10:56:48 7        AND BACK THEN WE WERE JUST STARTING TO TRY IT MAKE A

10:56:51 8   24-HOUR TRACK PREDICTION.  TODAY YOU SEE THE FRUITS OF THAT LABOR,

10:56:58 9   IT TOOK US A LONG TIME, BUT NOW WE'RE MAKING FIVE-DAY FORECASTS

10:57:02 10  WHICH ARE REASONABLY ACCURATE.  THE THREE-DAY FORECAST IS VERY

10:57:06 11  ACCURATE NOW.

10:57:10 12  Q.  AT WHAT POINT DID YOUR DUTIES CHANGE TO FOCUS MORE ON STORM

10:57:13 13  SURGE?

10:57:13 14  A.  WELL, ABOUT THREE TO FOUR YEARS AFTER I WAS WORKING AT THE

10:57:18 15  NATIONAL HURRICANE CENTER, THE DIRECTOR ASKED ME TO FOCUS MY

10:57:22 16  ATTENTION ON THE STORM SURGE ISSUES.  THE NATIONAL -- THE

10:57:29 17  DEVELOPMENT OR THE SCIENTIFIC DEVELOPMENT IN THE FIELD OF STORM

10:57:32 18  SURGE WAS UNDERWAY, NUMERICAL MODELS WERE BEING DEVELOPED DURING THE

10:57:37 19  LATE '60S AND NOW IN THE 70S.  SO 1975 HE ASKED ME TO SPEARHEAD THE

10:57:44 20  EFFORTS THERE AT THE NATIONAL HURRICANE CENTER.

10:57:52 21  Q.  AND AFTER OBTAINING THIS POSITION UNTIL THE TIME OF YOUR

10:57:52 22  RETIREMENT, DID YOU HOLD ANY OTHER POSITIONS?

10:57:56 23  A.  YES.  IN THE MID '90S WE HAD SOME BUDGET CONSTRAINTS AND WE HAD

10:58:05 24  EARLY RETIREMENTS BY SOME OF OUR SENIOR HURRICANE FORECASTERS, AND

10:58:09 25  SO THE DIRECTOR AT THAT TIME ASKED ME IF I WOULD BE A PART-TIME

10:58:13 1   HURRICANE -- OPERATIONAL HURRICANE FORECASTER WHICH I WAS UP UNTIL

10:58:17 2   MY RETIREMENT.

10:58:19 3   Q.  MR. JARVINEN, DO YOU HAVE AN OPINION THAT YOU HOLD WITH A

10:58:23 4   REASONABLE DEGREE OF SCIENTIFIC CERTAINTY AS TO THE SIZE AND SCOPE

10:58:27 5   OF HURRICANE KATRINA?

10:58:28 6   A.  YES.

10:58:29 7           MR. JOANEN:  AT THIS TIME I AM GOING TO OBJECT, YOUR

10:58:31 8   HONOR.  HE HAS NOT BEEN TENDERED AS AN EXPERT AND I OFFERED A

10:58:33 9   STIPULATION WHICH HAS NOT BEEN ACCEPTED.

10:58:35 10          THE COURT:  I UNDERSTAND.

10:58:38 11          MR. WOODCOCK:  I THOUGHT IT WAS STIPULATED TO.  I'M SORRY.

10:58:39 12          THE COURT:  I UNDERSTAND.  GO AHEAD.  AND YOU WANTED TO

10:58:41 13  MAKE A TENDER?

10:58:45 14          MR. WOODCOCK:  MAY I HAVE A MOMENT?

10:58:46 15          THE COURT:  YOU MAY.

10:59:09 16          MR. WOODCOCK:  YOUR HONOR, AT THIS MOMENT I WOULD LIKE TO

10:59:10 17  TENDER THE WITNESS AS AN EXPERT IN THE FIELDS OF HURRICANE

10:59:16 18  METEOROLOGY AND HURRICANE GENERATED STORM SURGE.

10:59:19 19          THE COURT:  ANY OBJECTION?

10:59:20 20          MR. JOANEN:  YES, YOUR HONOR.  I THINK THAT TO BE

10:59:23 21  APPROPRIATE HE HAS SPECIFIC EXPERTISE IN THE FIELD OF STORM SURGE

10:59:26 22  RESEARCH AND STORM SURGE MODELING VIA THE SLOSH MODEL ONLY.  SO I

10:59:31 23  WOULD PUT IT BACK ON MR. WOODCOOK THAT THE STORM SURGE THAT HE IS

10:59:35 24  ABLE TO TESTIFY TO AS AN EXPERT, WHICH I CLARIFIED WITH HIM IN HIS

10:59:40 25  DEPOSITION, THAT HE IS LIMITED TO THE SLOSH MODEL AND THE STORM

10:59:44 1    SURGE REPORTING.

10:59:45 2              MR. WOODCOCK:  YOUR HONOR, HE IS PREPARED TO GIVE

10:59:47 3    TESTIMONY AS TO THE GENERAL SCOPE OF HURRICANE KATRINA STORM SURGE.

10:59:51 4              THE COURT:  I AM GOING TO ACCEPT HIM AS AN EXPERT

10:59:54 5    TENDERED.  THERE WAS NO DAUBERT MOTION FILED.  THE OBJECTION IS

10:59:58 6    OVERRULED.

11:00:00 7                        DIRECT EXAMINATION

11:00:00 8    BY MR. WOODCOCK:

11:00:01 9    Q.  MR. JARVINEN, DO YOU HAVE AN OPINION THAT YOU HOLD WITH A

11:00:04 10   REASONABLE DEGREE OF SCIENTIFIC CERTAINTY AS TO THE SIZE AND SCOPE

11:00:08 11   OF HURRICANE KATRINA?

11:00:08 12   A.  YES.

11:00:09 13   Q.  WHAT IS THAT OPINION?

11:00:10 14   A.  WELL, KATRINA WAS ONE OF THE MOST CATASTROPHIC HURRICANES THAT

11:00:16 15   HIT THE UNITED STATES AND GENERATED THE LARGEST STORM SURGE

11:00:21 16   ELEVATIONS IN OUR HISTORY.

11:00:22 17   Q.  NOW, IF WE COULD TURN TO A GRAPHIC SHOWING THE FACTORS WHICH YOU

11:00:27 18   BELIEVE INFLUENCED KATRINA'S MASSIVE STORM SURGE.  COULD YOU BRIEFLY

11:00:33 19   LIST THESE FACTORS?

11:00:35 20   A.  YES.  THERE'S SIX MAJOR FACTORS HERE THAT ARE IMPORTANT IN THE

11:00:42 21   GENERATION OF THE STORM SURGE, IF KATRINA'S STORM SURGE:  ITS

11:00:47 22   INTENSITY, WHICH IS THE BEST ESTIMATE OF INTENSITY IS THE MAXIMUM

11:00:51 23   WIND SPEED THAT IS OCCURRING IN THE HURRICANE.

11:00:55 24              NEXT IS THE SIZE OF THE HURRICANE.  THE SIZE IS USUALLY

11:01:00 25   DEFINED BY HOW LARGE AN AREA EXTENDS ACROSS.

11:01:05 1          THERE'S ALSO AN ANGLE OF APPROACH OF THE HURRICANE TO THE

11:01:13 2 COASTLINE.

11:01:13 3          THE SPEED OF THE HURRICANE IS REFERENCING THE

11:01:15 4 TRANSLATIONAL VELOCITY OF THE WHOLE SYSTEM ITSELF.  IN OTHER WORDS,

11:01:19 5 HOW IS THE EYE -- HOW FAST IS THE EYE MOVING ACROSS THE, SAY, THE

11:01:23 6 GULF OF MEXICO FROM ONE POINT TO ANOTHER.

11:01:28 7          THE FIFTH MOST IMPORTANT POINT IS THE BATHEMTRY.

11:01:32 8 BATHEMTRY DEALS WITH THE WATER DEPTHS AND SLOPE OF THE WATER DEPTH

11:01:37 9 AWAY FROM THE COASTLINE.

11:01:39 10          AND THE LAST ONE IS THE ACTUAL SHAPE OF THE COAST RELATIVE

11:01:45 11 TO THE APPROACH OF THE HURRICANE.

11:01:48 12 Q.  BEFORE WE BEGIN DISCUSSING HURRICANE KATRINA, I WAS WONDERING IF

11:01:53 13 YOU COULD EXPLAIN TO THE COURT BRIEFLY THE SAFFIR-SIMPSON HURRICANE

11:01:59 14 SCALE, WHICH IS ON PAGE 16 OF YOUR REPORT, WHICH IS JX 0188.

11:02:06 15 A.  YES.

11:02:06 16 Q.  AND CAN YOU BRIEFLY DESCRIBE THIS CHART?

11:02:09 17 A.  YES.  THIS CHART WAS CREATED BY HERBERT SAFFIR WHO WAS A

11:02:16 18 BUILDING ENGINEER IN CORAL GABLES, FLORIDA AND ROBERT SIMPSON WHO

11:02:21 19 WAS A FORMER DIRECTOR OF THE NATIONAL HURRICANE CENTER.  THE SCALE

11:02:26 20 WAS DEVELOPED BECAUSE OF A REQUEST FROM THE WORLD METEOROLOGICAL

11:02:34 21 ORGANIZATION, THEY WANTED A BASE THAT COULD BE UTILIZED AROUND THE

11:02:37 22 WORLD.  AND SO THE TWO OF THEM GOT TOGETHER AND CREATED THIS SCALE.

11:02:42 23          ONCE A HURRICANE GETS TO 74 MILES PER HOUR, IT'S LISTED AS

11:02:47 24 A HURRICANE, AND THERE ARE FIVE CATEGORIES.  EACH CATEGORY HAS A

11:02:53 25 RANGE OF WIND SPEEDS.  IF YOU'RE INSIDE OF THIS RANGE, THEN IT'S

11:02:57 1   GIVEN THAT PARTICULAR CATEGORY.  AND IT GOES CATEGORY 1 THROUGH 5

11:03:00 2   AND CATEGORY 5 IS ANYTHING GREATER THAN 155 MILES PER HOUR IS A

11:03:07 3   CATEGORY 5.

11:03:08 4           THE RATING FOR THE HURRICANE IS ONLY BASED UPON THE WIND

11:03:12 5   SPEED, IT'S NOT BASED UPON THESE STORM SURGE VALUES OVER THERE.

11:03:15 6   Q.  IF WE COULD BRIEFLY NOW DISCUSS HURRICANE KATRINA'S METEOROLOGY

11:03:24 7   AND SHOW YOU FIGURE 1 IN WHAT IS MARKED AS PX 2117.

11:03:33 8           CAN YOU BRIEFLY DESCRIBE WHAT THIS GRAPHIC REPRESENTS?

11:03:35 9   A.  YES.  WHAT THIS IS THERE ARE SIX SATELLITE PHOTOGRAPHS THAT HAVE

11:03:41 10  BEEN PUT INTO MOSAIC, THEY CALL IT A MONTAGE BUT IT'S A MOSAIC.  BUT

11:03:47 11  THEY'VE JUST BEEN PUT TOGETHER TO SHOW YOU THE LIFECYCLE OF

11:03:52 12  HURRICANE KATRINA.  YOU'LL SEE THAT THERE ARE NUMBERS DOWN HERE,

11:03:58 13  I'LL HIGHLIGHT THEM, THERE'S 1, 2, 3, 4, 5, 6.  AND THOSE CORRESPOND

11:04:05 14  UP IN THE CORNER HERE, THOSE CORRESPOND TO THE TIME OF OCCURRENCE OF

11:04:10 15  THAT PARTICULAR SATELLITE PHOTOGRAPH (INDICATING).

11:04:13 16  Q.  AND WHAT DOES THE LINE WITH THE DIFFERENT COLORS ON IT DEPICT?

11:04:21 17  A.  OKAY.  THE LINE REPRESENTS THE TRACK OF HURRICANE KATRINA, WHERE

11:04:29 18  THE EYE ACTUALLY TRACKED ALONG.  AND THE LINE HAS COLOR CODES ON IT.

11:04:37 19  THE COLOR CODES REPRESENT THE VARIOUS INTENSITIES OF THE HURRICANE.

11:04:42 20  NOT ONLY THE SAFFIR-SIMPSON BUT WE HAVE A DEPRESSION STAGE OVER

11:04:47 21  HERE, THEN WE HAVE A TROPICAL STORM STAGE RIGHT IN HERE, AND THEN

11:04:50 22  YOU GO INTO THE SAFFIR-SIMPSON HURRICANE SCALES, YOU'VE GOT A

11:04:55 23  CATEGORY 1, CATEGORY 2, CATEGORY 3, CATEGORY 4, CATEGORY 5, AND THEN

11:05:01 24  IT BEGINS TO DECREASE AS IT APPROACHES THE SOUTHEAST LOUISIANA.

11:05:08 25  Q.  NOW, CAN YOU CLEAR THE MARKINGS ON YOUR SCREEN?

11:05:12 1    A.  I AM TRYING TO HIT THIS -- THERE WE GO.  I JUST HAD TO GO A

11:05:16 2    LITTLE LOWER, YOUR HONOR.

11:05:17 3            THE COURT:  THERE YOU GO, THANK YOU.

11:05:17 4    BY MR. WOODCOCK:

11:05:19 5    Q.  WHAT DOES THE FIRST AERIAL PHOTOGRAPH LOCATED OVER THE BAHAMAS'S

11:05:25 6    REPRESENT?

11:05:26 7    A.  I AM GOING TO CIRCLE.  THIS REPRESENTS THE FORMATION AREA OF

11:05:30 8    KATRINA.  IT WAS THE REMNANTS OF AN OLD DEPRESSION THAT WAS LOCATED

11:05:34 9    RIGHT HERE AND THEN THE APPROACH AN EASTERLY WAVE THAT WAS COMING IN

11:05:38 10   FROM THE ATLANTIC AND THE TWO OF THOSE GOT TOGETHER AND FORMED A NEW

11:05:44 11   DEPRESSION, AND THEN THE DEPRESSION MOVED UP IN TOWARDS THE NORTHERN

11:05:49 12   PART OF THE BAHAMAS HERE AND BECAME A TROPICAL STORM (INDICATING).

11:05:53 13   Q.  AND WHAT HAPPENED AS KATRINA CROSSED THE SOUTHERN TIP OF

11:06:00 14   FLORIDA?

11:06:01 15   A.  WELL, AS IT APPROACHED IT GOT INTO A FAVORABLE ENVIRONMENT FOR

11:06:08 16   DEVELOPMENT AND IT CAME IN HERE AND BECAME A HURRICANE, A CATEGORY 1

11:06:12 17   HURRICANE JUST BEFORE IT MADE LANDFALL NEAR MIAMI.  IT CROSSED -- IT

11:06:18 18   BRIEFLY ACTUALLY WEAKENED BACK DOWN TO A TROPICAL STORM FOR JUST A

11:06:22 19   SHORT PERIOD OF TIME.  AS IT APPROACHED THE WEST COAST OF FLORIDA,

11:06:25 20   IT DEVELOPED BACK INTO A CATEGORY 1 HURRICANE.

11:06:30 21   Q.  WHAT HAPPENED OVER THE NEXT TWO DAYS?

11:06:32 22   A.  WELL, THE NEXT TWO DAYS THE ENVIRONMENT FOR THE HURRICANE --

11:06:37 23            THE COURT:  ON AUGUST, WE'RE NEARING AUGUST 27TH NOW, OR

11:06:43 24   CAN YOU TELL?

11:06:44 25            THE WITNESS:  LET ME SEE, YOUR HONOR.  THIS IS THE SECOND

11:06:49 1    AND THIS IS AUGUST THE 26TH NOW, YOUR HONOR.

11:06:52 2              THE COURT:  STILL THE 26TH.

11:06:54 3              I AM ESPECIALLY CURIOUS BECAUSE, THIS IS TOTALLY, I

11:06:59 4    RENDERED A DECISION IN A CASE WHERE WE HAD A LOT OF WEATHER

11:07:05 5    INFORMATION FROM HURRICANE KATRINA, NOT ABOUT -- IT WAS ABOUT A SHIP

11:07:10 6    DAMAGE AND IT WAS JUST INTERESTING TO ME ABOUT THE LOCATION OF THE

11:07:14 7    STORM AT A CERTAIN POINT.  THANK YOU.

11:07:16 8              THE WITNESS:  YES, SIR.

11:07:16 9              THE COURT:  FORGIVE ME FOR DIGRESSING COUNSEL, GO AHEAD.

11:07:25 10             THE WITNESS:  YES.  THE HURRICANE AGAIN STARTED, IT CAME

11:07:25 11   OVER VERY FAVORABLE CONDITIONS, NOT ONLY THE FACT THAT YOU'RE MOVING

11:07:29 12   OVER VERY WARM WATER IN THE GULF OF MEXICO AND EVENTUALLY INTO WHAT

11:07:33 13   WE CALL -- THERE'S A CURRENT THAT COMES UP HERE CALLED THE LOOP

11:07:37 14   CURRENT, IT ACTUALLY LOOPS UP IN HERE AND BRINGS REALLY WARM WATER

11:07:41 15   UP FROM THE CARIBBEAN.

11:07:43 16             AND AS THE HURRICANE APPROACHED THIS, THE UPPER LEVEL

11:07:46 17   FEATURES AROUND THAT CONTROL THE OUTFLOW OF THE HURRICANE WERE

11:07:50 18   PROBABLY THE OPTIMUM, AND THEN WHEN IT HIT THIS WARM BODY OF WATER

11:07:55 19   THAT WAS UP THERE, IT EXPLODED INTO ITS RANK TO A CATEGORY 4 AND

11:08:02 20   THEN DOWN TO A CATEGORY 5.

11:08:04 21   BY MR. WOODCOCK:

11:08:04 22   Q.  IF WE COULD TURN TO FIGURE 6 FROM YOUR REPORT.  WHAT DOES THIS

11:08:14 23   IMAGE DEPICT?

11:08:15 24   A.  THIS IS WHEN KATRINA REACHED ITS MAXIMUM INTENSITY.  THE MAXIMUM

11:08:24 25   SUSTAINED WIND SPEED WAS AT THIS TIME WAS MEASURED, THE SURFACE WIND

FINAL DAILY COPY

11:08:29 1   SPEED WAS 175 MILES PER HOUR.

11:08:31 2           AND WE ALSO -- ANOTHER MEASURE OF INTENSITY IS THE LOW

11:08:35 3   PRESSURE.  WHEN YOU HAVE VERY LOW PRESSURE YOUR WIND SPEEDS ARE VERY

11:08:39 4   HIGH.  YOU'LL SEE WE PUT AN MB BEHIND HERE, MB STANDS FOR MILLIBARS.

11:08:44 5   MILLIBARS CAN BE DIRECTLY CONVERTED TO INCHES OF MERCURY FOR THOSE

11:08:49 6   THAT LIKE INCHES OF MERCURY.

11:08:51 7   Q.  CAN YOU GENERALLY DESCRIBE THE CHARACTERISTICS OF THE STORM AT

11:08:56 8   THIS MOMENT OF PEAK INTENSITY?

11:08:58 9   A.  YES.  IT'S A CATEGORY 5 HURRICANE, AND WHAT'S HAPPENED IS THAT

11:09:04 10   IT BEGAN A PROCESS OF EXPANDING ITS WIND FIELD, AND THE EYE IS

11:09:11 11   LOCATED RIGHT HERE AND THE STRONG HURRICANE FORCE WINDS BEGAN TO

11:09:16 12   START AN EXPANSION OUT FROM THE CENTER, AS WELL AS THE TROPICAL

11:09:21 13   STORM FORCE WINDS.  SO THAT A SHORT TIME AFTER THIS THE HURRICANE

11:09:25 14   FORCE WINDS WERE OVER 100 MILES FROM THE CENTER, FROM THAT CENTER

11:09:29 15   ALL THE WAY OUT TO 100 MILES YOU HAD HURRICANE FORCE WINDS; AND THEN

11:09:33 16   OUT FROM THAT, GOING OUT TO 225 MILES WAS THE EXTENT OF THE TROPICAL

11:09:39 17   STORM FORCE WINDS.

11:09:41 18   Q.  NOW, IF WE COULD RETURN TO THE PREVIOUS GRAPHIC.  WHAT HAPPENED

11:09:50 19   TO HURRICANE KATRINA FROM THIS MOMENT OF PEAK INTENSITY ON

11:09:54 20   AUGUST 28TH AND ITS LANDFALL ON AUGUST 29TH?

11:09:56 21   A.  OKAY.  THIS IS -- THIS WAS WHEN IT WAS CATEGORY 4, IT REACHED A

11:10:03 22   CATEGORY 5, THE ONE WE JUST LOOKED AT WAS RIGHT AT THIS LOCATION

11:10:06 23   HERE, THIS IS WHERE IT WAS A CATEGORY 5.

11:10:07 24           IT APPROACHED SOUTHEAST LOUISIANA, IT TURNED UP TOWARDS

11:10:11 25   THE NORTH, APPROACHED THE COASTLINE BUT BEGAN A WEAKENING PROCESS.

FINAL DAILY COPY

11:10:15 1   THERE'S SEVERAL REASONS WHY IT PROBABLY BEGAN A WEAKENING PROCESS,

11:10:25 2   IT PROBABLY STARTED ENTRAINING SOME AIR FROM THE WESTERN SIDE OF THE

11:10:25 3   STORM, IT RAN OFF THE LOOP CURRENT OF THAT VERY WARM WATER; BUT IT

11:10:29 4   WAS A VERY MASSIVE, LARGE STORM EVEN AT THIS TIME.

11:10:35 5   Q.  AND IF WE COULD TURN TO FIGURE 13 FROM PX 2117.  WHAT ARE

11:10:50 6   HURRICANE KATRINA'S CHARACTERISTICS AT LANDFALL?

11:10:53 7   A.  OKAY.  THIS IS AN EXTREMELY LARGE HURRICANE, YOU CAN SEE HOW

11:10:58 8   LARGE THE EYE IS.  IT'S SO LARGE THAT YOU CAN SEE THE TERRAIN.  MANY

11:11:02 9   TIMES YOU CANNOT SEE TERRAIN UNDERNEATH THE EYE OF A HURRICANE, BUT

11:11:05 10  YOU CAN SEE A LOT OF THE MISSISSIPPI DELTA INSIDE OF THE EYE.  THE

11:11:09 11  MAXIMUM SUSTAINED WINDS AT THIS TIME ARE ABOUT 125 MILES AN HOUR, SO

11:11:13 12  IT'S WEAKENED FROM A CATEGORY 5 TO A CATEGORY 3, BUT WE'RE TALKING

11:11:18 13  ABOUT A MASSIVE, VERY LARGE CATEGORY 3.

11:11:21 14  Q.  IF WE CAN RETURN TO THE PREVIOUS GRAPHIC.  CAN YOU BRIEFLY

11:11:30 15  DESCRIBE WHAT HAPPENED TO HURRICANE KATRINA AS IT MADE LANDFALL AND

11:11:34 16  MET ITS EVENTUAL DEMISE OVER THE LAND?

11:11:38 17  A.  YES.  OF COURSE IT'S RUNNING OFF OF ITS ENERGY SOURCE AND SO THE

11:11:44 18  HURRICANE CONTINUED NORTHWARD, IT WAS MOVING AT ABOUT 18 MILES AN

11:11:48 19  HOUR DURING ITS TRAVERSE THROUGH SOUTHEAST LOUISIANA AND INTO THE

11:11:51 20  MISSISSIPPI COASTLINE.  AND THEN BEGAN TO TURN TOWARDS NORTHEAST,

11:11:55 21  ALL THE TIME WEAKENING, BUT GENERATING A LOT OF WEATHER PROBLEMS ALL

11:12:01 22  ALONG THE EASTERN SEABOARD WITH WINDS AND TORNADOS AND FLOODING.

11:12:07 23  Q.  IF WE COULD RETURN TO THE SIX FACTORS WHICH INFLUENCED KATRINA'S

11:12:13 24  SURGE.  RETURNING TO THE FIRST FACTOR, INTENSITY.  GENERALLY HOW

11:12:18 25  DOES A HURRICANE'S INTENSITY AFFECT ITS STORM SURGE?

11:12:22 1   A.  WELL, THE HURRICANE STORM SURGE IS A WIND-GENERATED PROCESS.

11:12:28 2   THE WIND PUTS ENERGY INTO THE SEA SURFACE THROUGH THE WAVES AND THEN

11:12:34 3   THROUGH CURRENTS.  AND SO IF YOUR WIND SPEEDS ARE GREATER, THAN THE

11:12:39 4   STORM SURGE WILL BE GREATER.

11:12:40 5   Q.  SPECIFICALLY, HOW DID HURRICANE KATRINA'S WINDS AFFECT ITS STORM

11:12:45 6   SURGE?

11:12:45 7   A.  WELL, KATRINA'S WINDS WHEN IT MADE LANDFALL IN BURAS IT HAD A

11:12:52 8   MAXIMUM SUSTAINED WIND SPEED OF 125, AND BY THE TIME IT MADE

11:12:56 9   LANDFALL IN THE MISSISSIPPI-LOUISIANA COASTLINE, NEAR THE PEARL

11:13:02 10  RIVER, IT WAS 120 MILES AN HOUR, SO AN AVERAGE OF ABOUT 123 MILES AN

11:13:07 11  HOUR DURING ITS TRAVERSE THROUGH THERE.  AND THIS IS A STRONG

11:13:11 12  CATEGORY 3 INTENSITY.

11:13:12 13  Q.  TURNING TO THE NEXT FACTOR, SIZE.  GENERALLY HOW DOES SIZE

11:13:18 14  AFFECT HURRICANE STORM SURGE?

11:13:19 15  A.  WELL, THE SIZE, IT'S INTERESTING BECAUSE DURING THE LATE '90S

11:13:34 16  AND INTO THE EARLY 2000, WE HAD SO MANY LAND-FALLING HURRICANES

11:13:34 17  ALONG THE UNITED STATES COASTLINE THAT WE HAD NOT HAD THE 20

11:13:40 18  PREVIOUS YEARS THAT WE GOT A CHANCE TO SEE SOMETHING ABOUT THE SIZE.

11:13:43 19  AND ONE OF THE THINGS WE NOTICED WAS THAT WHEN A STORM IS VERY

11:13:48 20  LARGE, HAS THE DISTANCE FROM THE CENTER, WHICH IS THE EYE RIGHT HERE

11:13:52 21  (INDICATING), THERE'S SOMETHING WE CALL THE RADIUS OF MAXIMUM WINDS.

11:13:58 22       SOMEWHERE YOU'LL HAVE -- YOU'RE ZERO HERE AND YOU GO OUT

11:14:01 23  ANY DIRECTION, YOU GO OUT ON WHAT WE CALL A RADIUS, IT'S LIKE A

11:14:04 24  CIRCLE, AND YOU GO OUT ON THE RADIUS AND AT SOME POINT YOU'LL FIND

11:14:06 25  THE STRONGEST WIND, WE CALL THAT DISTANCE THE RADIUS OF MAXIMUM

11:14:11  1    WINDS.

11:14:11  2             AND WE NOTICED THAT SOME STORMS WHEN YOU LOOKED AT STORMS

11:14:14  3    THAT HAD THE SAME CENTRAL PRESSURE, ONE WOULD HAVE A CERTAIN SIZE

11:14:20  4    RADIUS OF MAXIMUM WINDS AND IF THEY WENT INTO THE SAME LOCATION,

11:14:23  5    THAT ONE WOULD GENERATE, SAY, TEN FEET.  BUT IF THE NEXT STORM CAME

11:14:29  6    IN AND IT WAS LARGER, IT MIGHT HAVE A LOWER MAXIMUM SUSTAINED WIND

11:14:32  7    SPEED BUT IT WOULD ACTUALLY GENERATE A HIGHER STORM SURGE ALONG THE

11:14:36  8    COASTLINE.

11:14:36  9             SO SIZE TURNED OUT TO MAKE A BIG DIFFERENCE.  SO IT WAS

11:14:41 10    NOT WELL UNDERSTOOD BEFORE ALL OF OUR STORMS IN THE '90S.

11:14:45 11    Q.  HOW DID HURRICANE KATRINA'S SIZE AFFECT ITS STORM SURGE?

11:14:49 12    A.  WELL, KATRINA WAS AN EXTREMELY LARGE STORM.  THE RADIUS OF

11:14:56 13    MAXIMUM WINDS WERE ON AVERAGE OF ABOUT 34 NAUTICAL MILES FROM THE

11:14:59 14    CENTER.  THIS PHOTOGRAPH THEY'RE OUT 34 NAUTICAL MILES FROM THE

11:15:03 15    CENTER.

11:15:03 16             ACTUALLY, THE AVERAGE FOR MOST HURRICANES IN THE GULF OF

11:15:06 17    MEXICO IS ABOUT 20 TO 25, AND GOING TO 34, THAT'S A VERY LARGE SIZE.

11:15:11 18    Q.  IF WE COULD TURN TO FIGURE 8 OF YOUR REPORT.  CAN YOU GENERALLY

11:15:20 19    DESCRIBE WHAT THIS CHART DEPICTS?

11:15:22 20    A.  YES.  THIS IS A CHART OF MEASURING THE TOTAL KINETIC ENERGY OF A

11:15:29 21    STORM.  THIS IS THE MEASURE OF ITS POWER OR ITS ABILITY TO CREATE

11:15:37 22    HAVOC AND DAMAGE.  ONE OF THE THINGS THAT WHY WE LIKE TO USE THIS

11:15:42 23    PARTICULAR -- THIS WAS NOT DESIGNED BY PEOPLE IN STORM SURGE, THIS

11:15:45 24    WAS DESIGNED BY PEOPLE LOOKING AT THE WIND FIELDS TO GET AN IDEA OF

11:15:50 25    THE ENERGY AVAILABLE FROM THEM.

11:15:51 1          BUT IT TURNS OUT THAT KINETIC ENERGY BECAUSE IT'S THE

11:15:56 2   VELOCITY SQUARED, VELOCITY SQUARED IS WHAT GENERATES STORM SURGE,

11:16:00 3   IT'S THE STRESS.  OUR STRESS TERMS THAT GENERATE HURRICANE STORM

11:16:04 4   SURGE HAVE THE WIND SPEED SQUARED.  SO THIS IS PROPORTIONAL TO THE

11:16:08 5   POTENTIAL STORM SURGE THAT YOU CAN GENERATE.  SO IT'S KIND OF A

11:16:11 6   USEFUL PRODUCT WHICH WE'LL PROBABLY START USING IN THE FUTURE.

11:16:15 7          AND WHAT YOU'RE SEEING HERE IS ON THIS AXIS HERE, THIS IS

11:16:25 8   THE WIND SPEED DOWN HERE (INDICATING).  AND WE PUT THE WIND SPEED IN

11:16:25 9   METERS PER SECOND BECAUSE MOST OF OUR SCIENTIFIC PAPERS ARE IN THE

11:16:29 10  METRIC UNIT SYSTEM.  THE UNITED STATES IS MOVING TOWARDS THE METRIC

11:16:36 11  SYSTEM INCHES BY INCHES.  AND WE'LL EVENTUALLY GET THERE.

11:16:40 12         THE COURT:  NO PUN INTENDED.  NOT MILLIMETERS BY

11:16:42 13  MILLIMETERS.

11:16:43 14         THE WITNESS:  YES, SIR.  AND OVER HERE WE HAVE THE, WHAT'S

11:16:46 15  CALLED THE SUM, IT'S CALLED THE INTEGRATED KINETIC ENERGY, BUT IT'S

11:16:52 16  A SUM OF THE VALUES AROUND THE HURRICANE AND YOU COME UP WITH A

11:16:56 17  TOTAL VALUE OF THE KINETIC ENERGY.

11:17:00 18         SO, FOR EXAMPLE, YOU CAN HAVE -- WE CAN LOOK AT KATRINA ON

11:17:05 19  THIS MAP, THERE'S A KATRINA 1, THIS WAS THE TIME, RIGHT HERE, THIS

11:17:09 20  WAS THE TIME WHEN KATRINA MADE LANDFALL NEAR MIAMI AS A CATEGORY 1.

11:17:14 21  AND THEN WE HAVE KATRINA 2, THIS IS WHEN IT MADE LANDFALL IN

11:17:18 22  SOUTHEAST LOUISIANA.  AND YOU CAN SEE THAT THERE'S A BIG DIFFERENCE

11:17:21 23  IN THE TOTAL AMOUNT OF KINETIC ENERGY OVER HERE BETWEEN THESE TWO

11:17:25 24  (INDICATING).

11:17:26 25  BY MR. WOODCOCK:

─────────────── FINAL DAILY COPY ───────────────

11:17:27  1    Q.  WHAT ARE THE ROWS OF KE-5 AND 4, ET CETERA?

11:17:32  2    A.  THE PARTICULAR AUTHOR OF THIS PAPER, THIS IS THE FIRST TIME THAT

11:17:35  3    ANYBODY'S DONE THIS, BUT THE AUTHOR OF THIS PAPER SAID I AM GOING TO

11:17:39  4    MAKE A LITTLE SCALE MYSELF OF KINETIC ENERGY INTERVALS HERE, AND

11:17:44  5    SAID THIS IS KINETIC ENERGY 0, 1, 2, 3, 4, 5.  SOMETHING LIKE THE

11:17:50  6    SAFFIR-SIMPSON SCALE BUT IT DOESN'T CORRELATE WELL WITH THE

11:17:54  7    SAFFIR-SIMPSON SCALE.  THE SAFFIR-SIMPSON IS LISTED OVER HERE, S1,

11:17:57  8    S2, S3, S4, S5 (INDICATING).

11:18:03  9           HERE YOU HAVE A CATEGORY 3 HURRICANE OF KATRINA, IT HAS

11:18:07 10    WINDS OF 125 MILES PER HOUR, YET IT GENERATED THE HIGHEST TOTAL

11:18:12 11    KINETIC ENERGY OF ANY OF THE STORMS THAT MADE LANDFALL IN THIS TIME

11:18:17 12    PERIOD.

11:18:19 13    Q.  AND WHAT DOES THIS CHART TELL YOU ABOUT HOW KATRINA'S SIZE

11:18:24 14    AFFECTED ITS SURGE?

11:18:25 15    A.  WELL, SINCE THE TOTAL KINETIC ENERGY IS THE LARGEST, YOU WOULD

11:18:29 16    EXPECT THAT THIS HURRICANE COULD GENERATE THE HIGHEST STORM SURGE OF

11:18:32 17    ANY OF THOSE OTHER HURRICANES.

11:18:36 18    Q.  IF WE COULD TURN TO FIGURE 9 OF YOUR REPORT.  FIRST, CAN YOU

11:18:43 19    BRIEFLY DESCRIBE THE SIMILARITIES BETWEEN THE TRACK OF HURRICANE

11:18:47 20    CAMILLE AND HURRICANE KATRINA?

11:18:49 21    A.  BOTH OF THESE HURRICANES WERE MOVING APPROXIMATELY NORTHWARD.

11:18:54 22    KATRINA WAS MOVING DUE NORTH, IT WAS MOVING DUE NORTH AT 18 MILES AN

11:18:59 23    HOUR DURING ITS LANDFALL HERE IN SOUTHEAST LOUISIANA.  HURRICANE

11:19:07 24    CAMILLE WAS MOVING TOWARDS THE NORTH, NORTHWEST AS IT MADE LANDFALL

11:19:10 25    THERE IN MISSISSIPPI.

11:19:14 1          THE INTENSITY, OF COURSE, KATRINA IS A CATEGORY 4 HERE

11:19:19 2     GOING TO A 3, AND HURRICANE CAMILLE WAS A CATEGORY 5 DURING ITS

11:19:24 3     TRAVERSE UP TOWARDS THE COAST, IT STAYED A CATEGORY 5 UNTIL

11:19:29 4     LANDFALL.

11:19:29 5     Q.  IN TERMS OF SIZE, CAN YOU COMPARE HURRICANE CAMILLE WITH

11:19:35 6     HURRICANE KATRINA?

11:19:35 7     A.  YES.  THERE'S TWO WAYS TO LOOK AT IT:  ONE IS THE OUTFLOW

11:19:41 8     MECHANISM OF THE HURRICANES, THIS IS AIR IS FLOWING OUT FROM THE

11:19:45 9     CENTER, YOU CAN SEE THAT IT EXTENDS OVER QUITE A LARGE PORTION OF

11:19:51 10    THE GULF FOR KATRINA (INDICATING).  AND IT'S NOT AS MUCH FOR

11:19:53 11    HURRICANE CAMILLE BECAUSE HURRICANE CAMILLE IS A MORE COMPACT

11:19:58 12    HURRICANE.

11:19:58 13         AND THE OTHER THING IS THE SIZE OF THE EYES.  WE'VE LOOKED

11:20:03 14    AT A COUPLE OF PHOTOGRAPHS ALREADY, BUT HERE THESE ARE INFRARED --

11:20:07 15    THIS IS AN INFRARED SATELLITE PHOTOGRAPH ON THE RIGHT FOR KATRINA,

11:20:12 16    AND YOU CAN HARDLY DEPICT THE EYE.  YOU WOULD HAVE TO GET UP CLOSE

11:20:15 17    TO THE SCREEN TO SEE THE EYE.  CAMILLE HAS WHAT WE CALL A PINPOINT

11:20:19 18    EYE.  YOU CAN -- WHEN YOU'RE LOOKING AT A SATELLITE, IT JUST LOOKS

11:20:23 19    LIKE SOMEBODY PUT A LITTLE PINPOINT OR JUST TOOK THE TIP OF A

11:20:29 20    BALLPOINT PEN AND PUT A LITTLE DOT RIGHT THERE WHERE THE EYE IS.

11:20:33 21         AND THE DIAMETER OF KATRINA'S EYE, YOU CAN TAKE

11:20:38 22    APPROXIMATELY 16 -- I'M SORRY, THE DIAMETER OF CAMILLE'S EYE IS VERY

11:20:44 23    SMALL.  YOU CAN TAKE APPROXIMATELY ABOUT 16 OF CAMILLE'S EYES AND

11:20:47 24    PUT THEM INSIDE OF KATRINA'S EYE.

11:20:50 25    Q.  NOW, IF WE COULD RETURN TO THE PREVIOUS GRAPHIC.  WHERE WOULD

11:20:59 1    YOU PLACE CAMILLE ON THIS CHART?

11:21:01 2    A.  OKAY.  THE PERSON THAT DID THIS STUDY DID ONLY 1995 TO 2005, BUT

11:21:08 3    THERE'S ANOTHER PAPER THAT LOOKED AT THE DIFFERENCE BETWEEN CAMILLE

11:21:12 4    AND HURRICANE KATRINA.  AND IF WE WERE TO PLOT THAT, TAKE THAT FROM

11:21:18 5    THAT PAPER AND PLOT IT, THEN CAMILLE HAD A SUSTAINED WIND OF

11:21:23 6    190 MILES PER HOUR, THAT'S 85 METERS PER SECOND.  SO IT GOES -- IT

11:21:29 7    WOULD BE PLOTTED RIGHT HERE, IT'S ALMOST OFF THE GRAPH, IT'S RIGHT

11:21:33 8    OVER HERE (INDICATING).

11:21:35 9         SO IT'S RIGHT IN HERE.  IT HAS THE HIGHEST WIND SPEED OF

11:21:37 10   ANY OF THESE HURRICANES, YET IT ONLY FALLS IN THE KINETIC ENERGY-2

11:21:44 11   OF THIS SCALE.  IT'S ABOUT HALF, HAS ABOUT HALF THE ENERGY THAT

11:21:48 12   HURRICANE KATRINA HAD.

11:21:50 13        THE COURT:  SO MASS IS A LARGE FACTOR IN COMPUTING KINETIC

11:21:58 14   ENERGY?

11:21:58 15        THE WITNESS:  YES, SIR.

11:21:58 16   BY MR. WOODCOCK:

11:21:58 17   Q.  IN WE COULD RETURN TO THE GRAPHIC WITH FACTORS.  TURNING TO THE

11:22:05 18   THIRD FACTOR, ANGLE OF APPROACH.  GENERALLY HOW DOES A STORM'S ANGLE

11:22:09 19   OF APPROACH AFFECT ITS ATTENDANT STORM SURGE?

11:22:13 20   A.  GENERALLY IF A HURRICANE COMES IN WHAT WE SAY NORMAL TO THE

11:22:17 21   COASTLINE, IF YOU'RE LOOKING -- YOU'RE ON THE SHORELINE AND YOU'RE

11:22:20 22   LOOKING OUT AT THE OCEAN, IT COMES STRAIGHT FROM THE OCEAN DIRECTLY

11:22:23 23   TO YOU, NOT AT AN ANGLE TO THE SHORELINE, THIS IS THE WORST CASE

11:22:28 24   DIRECTION.  WE CALL IT A 90-DEGREE ANGLE APPROACH TO THE COASTLINE.

11:22:32 25   Q.  AND IF WE COULD REFER NOW TO FIGURE 7 OF YOUR REPORT.  HOW DID

11:22:42  1    KATRINA'S ANGLE OF APPROACH AFFECT ITS STORM SURGE?

11:22:46  2    A.  YOU CAN SEE, HERE IS THE TRACK OF HURRICANE KATRINA, IT'S THIS,

11:22:49  3    I AM GOING TO HIGHLIGHT IT HERE, I'M GOING TO GO THIS WAY.

11:22:53  4            THE COURT:  AND THIS SHOWS THE CONTINENTAL SHELF AS WELL?

11:22:56  5            THE WITNESS:  YES, YOUR HONOR.  YES, YOU SEE THE VERY --

11:22:59  6    THIS IS THE VERY SHALLOW WATER THAT'S OVER HERE, THIS IS VERY

11:23:02  7    SHALLOW (INDICATING).  AND THEN AS YOU GET OVER HERE IT GETS MUCH

11:23:05  8    DEEPER, IT'S DEEPER OUT HERE.

11:23:07  9            BUT YOU HAVE A VERY LARGE, VERY WIDE AREA, MISSISSIPPI

11:23:11 10    SOUND, CHANDELEUR SOUND, ALL OF THESE LOCATIONS ARE VERY SHALLOW

11:23:17 11    HERE.  AND THE ORIENTATION OF THE COASTLINE FOR MISSISSIPPI, IT'S

11:23:20 12    COMING DOWN LIKE THIS, AND THEN THE BIG QUESTION MARK IS RIGHT HERE,

11:23:24 13    WHERE IS THE COASTLINE IN SOUTHEAST LOUISIANA?

11:23:27 14            TYPICALLY WHEN WE DO STUDIES, WE GENERALLY RUN THE

11:23:32 15    COASTLINE THIS WAY (DRAWING).  BECAUSE THE MARSH AREAS TO THE SOUTH

11:23:36 16    TYPICALLY ARE STILL HAVE CONTAIN TREMENDOUS AMOUNTS OF WARM WATER

11:23:42 17    AND YOU DON'T GET A TREMENDOUS A WEAKENING IN THE MARSH AREAS,

11:23:46 18    ESPECIALLY IN AUGUST AND SEPTEMBER DURING THE SUMMERTIME.  THERE'S

11:23:52 19    FRICTION DOWN THERE BUT YOU'LL NOTICE THAT KATRINA TRACKED OVER THIS

11:23:54 20    AREA AND IT ONLY CHANGED BY ABOUT FIVE MILES AN HOUR DURING ITS

11:23:58 21    TRACK ACROSS THERE.

11:23:59 22    BY MR. WOODCOCK:

11:23:59 23    Q.  SO HOW DOES KATRINA'S ANGLE OF APPROACH AFFECT ITS STORM SURGE?

11:24:04 24    A.  YES, IT'S ALMOST AT THE OPTIMUM ANGLE FOR PUSHING WATER ON TO

11:24:08 25    THE VERY SHALLOW AREAS HERE.

11:24:10  1   Q.  IF WE COULD RETURN TO THE PREVIOUS GRAPHIC.  TURNING TO SPEED.

11:24:18  2   GENERALLY, HOW DOES THE SPEED OF A HURRICANE AFFECT ITS STORM SURGE?

11:24:22  3   A.  THIS IS A LITTLE PARADOXICAL THING, IT CATCHES A LOT OF PEOPLE A

11:24:27  4   LOT OF TIMES.  IF WE JUST DEAL WITH THE COASTLINE, THE OUTER

11:24:31  5   COASTLINE, AND A HURRICANE APPROACHES THE COASTLINE AND MAKES

11:24:42  6   LANDFALL, SAY IT'S RUNNING IN NORMAL AT TEN MILES AN HOUR, IT MAY

11:24:42  7   GENERATE A TEN-FOOT STORM SURGE.

11:24:42  8        BUT IF THE STORM MOVES AT 20 MILES AN HOUR, IT MEANS TO

11:24:45  9   GOING TO PASS BY QUICKER, IT MAY ACTUALLY GENERATE A STORM SURGE 12

11:24:50 10   OR 13 FEET.  IT'LL ACTUALLY GENERATE A STORM SURGE HIGHER THAN THE

11:24:54 11   ONE THAT'S MOVING AT A SLOWER SPEED.

11:24:56 12        AND THE REASON FOR THAT IS THAT THE TRANSLATIONAL VELOCITY

11:25:01 13   OF THE HURRICANE ADDS TO THE WINDS OF THE RIGHT-HAND SIDE AND

11:25:04 14   ACTUALLY CREATES A GREATER STRESS ON THAT SIDE.  AND THE BEST WAY TO

11:25:07 15   KIND OF GET A PHYSICAL IDEA OF WHAT I'M TALKING ABOUT IS IF YOU

11:25:11 16   FILLED UP A BATHTUB WITH, SAY, SIX INCHES OF WATER AND THEN YOU TOOK

11:25:16 17   A BOARD THAT'S ALMOST THE LENGTH OF THE BATHTUB AND PUT IT DOWN INTO

11:25:20 18   THE WATER AND MOVED IT TOWARDS THE TAPERED END OF YOUR BATHTUB.  THE

11:25:25 19   WATER WOULD GO UP TO A CERTAIN HEIGHT AND YOU'D MARK IT A PEN.

11:25:29 20        AND THEN YOU'D GO BACK, LET IT SETTLE DOWN, AND THEN YOU'D

11:25:31 21   RUN THAT BOARD A LITTLE BIT FASTER AND YOU'D FIND OUT THAT THE WATER

11:25:35 22   GOES UP TO A HIGHER ELEVATION AT THE END SO THAT THE FASTER MOVING

11:25:39 23   HURRICANE CAN ACTUALLY GENERATE A HIGHER STORM SURGE.

11:25:42 24   Q.  HOW DID HURRICANE KATRINA'S SPEED AFFECT ITS STORM SURGE?

11:25:47 25   A.  THE AVERAGE SPEED FOR HURRICANES IN THE GULF IS TYPICALLY ABOUT,

11:25:50 1    YOU KNOW, ANYWHERE FROM ABOUT 10 TO 15 AND KATRINA WAS MOVING AT 18.

11:25:55 2    SO IT'S ABOVE NORMAL.  SO THE FAST FORWARD SPEED ACTUALLY ADDED TO

11:26:00 3    THE STORM SURGE ON THE -- DURING THE LANDFALL OF THAT.

11:26:06 4    Q.   TURNING TO THE NEXT FACTOR BATHEMTRY, HOW DOES BATHEMTRY AFFECT

11:26:13 5    STORM SURGE?

11:26:13 6    A.   AS WE SAW IN THE PREVIOUS ONE, ONE OF THE PREVIOUS GRAPHICS, YOU

11:26:17 7    HAVE VERY SHALLOW WATER IN SOUTHEAST LOUISIANA AND OFF OF THE

11:26:22 8    MISSISSIPPI COASTLINE.  IT'S VERY -- IT'S 10, 15, 20 FEET DEEP --

11:26:28 9    Q.   IF WE CAN SHOW A GRAPHIC, I THINK WE HAVE THE BATHEMTRY.

11:26:34 10   A.   OKAY.

11:26:35 11        MR. JOANEN:  YOUR HONOR, TO THIS GRAPHIC I NEED TO OBJECT

11:26:37 12   FOR THE RECORD.  I UNDERSTAND YOUR RULING FROM BEFORE.  HOWEVER,

11:26:40 13   THIS IS NOT IN HIS EXPERT REPORT.  THE DESCRIPTION I WAS GIVEN TO

11:26:44 14   THIS DEMONSTRATIVE, WHICH WAS PROVIDED TO US 48 HOURS BEFOREHAND,

11:26:48 15   HOWEVER, INDICATES THAT THIS IS BATH-SL15?  THERE WAS NO -- SL15 IS

11:26:55 16   THE ADCIRC MODEL THAT DR. WESTERINK RELIES UPON, AND MR. JARVINEN

11:27:01 17   HAS TESTIFIED BOTH IN DEPOSITION AND IN PREVIOUS TRIALS THAT HE IS

11:27:04 18   NOT AN EXPERT IN ADCIRC.  HE IS AN EXPERT IN STORM SURGE MODELING

11:27:14 19   WITH THE SLOSH MODEL.

11:27:14 20        THE COURT:  OKAY.  COUNSEL, YOUR RESPONSE?  AND YOU SAY

11:27:15 21   IT'S NOT IN THE REPORT.  IS THE OPINION BEING RENDERED, ATTEMPTED TO

11:27:28 22   BE ELICITED IN THE REPORT?

11:27:31 23        MR. WOODCOCK:  YES.  MR. JARVINEN MADE AN OPINION ABOUT

11:27:33 24   THE AFFECT OF THE COASTLINE OF SOUTHEAST LOUISIANA IN HIS REPORT,

11:27:39 25   AND THIS IS JUST MERELY A DEMONSTRATIVE TO SHOW WHAT THE COAST OF

11:27:42 1    SOUTHEAST AND THE CONTINENTAL SHELF WITHIN THE GULF OF MEXICO LOOKS

11:27:47 2    LIKE.

11:27:47 3            THE COURT:  I NOTE YOUR OBJECTION AND YOU MAY PROCEED.

11:27:49 4            MR. JOANEN:  THANK YOU, YOUR HONOR.

11:27:51 5            THE COURT:  IT'S MADE GENERAL.

11:27:53 6    BY MR. WOODCOCK:

11:27:53 7    Q.  CAN YOU JUST BRIEFLY ORIENT US ON THIS MAP?

11:27:56 8    A.  YES.  THIS IS THE ISLAND OF CUBA, THIS IS THE STATE OF FLORIDA,

11:28:02 9    THIS IS LOUISIANA IS RIGHT OVER HERE, MISSISSIPPI IS OVER HERE,

11:28:07 10   ALABAMA (INDICATING).  WHAT YOU CAN SEE IS YOU CAN SEE THE

11:28:12 11   MISSISSIPPI RIVER DELTA COMES DOWN HERE AND STICKS OUT INTO THE

11:28:16 12   GULF, IT'S LOCATED RIGHT HERE (INDICATING).  I'LL CLEAR THAT NOW.

11:28:20 13   Q.  HOW DID THE BATHEMTRY SURROUNDING SOUTHEAST LOUISIANA AFFECT

11:28:26 14   HURRICANE KATRINA'S STORM SURGE?

11:28:27 15   A.  WELL, THE BEST WAY TO LOOK AT THE BATHEMTRY IS FIRST TO GO TO MY

11:28:32 16   HOME TOWN AND LOOK OVER HERE IN FLORIDA AT THE SOUTHERN TIP OF

11:28:35 17   FLORIDA, YOU'LL SEE THAT THERE'S ALMOST NO COLOR CODING OF YELLOWS

11:28:40 18   OR ANY OF THE GREENS RIGHT HERE.  WHEN YOU GO OUT OF MIAMI OR FT.

11:28:45 19   LAUDERDALE OR PALM BEACH COUNTY, WITHIN ABOUT THREE TO FOUR MILES

11:28:49 20   YOU'RE IN VERY DEEP WATER, YOU'RE IN THE GULF STREAM.  SO HERE WE

11:28:53 21   HAVE ALMOST NO CONTINENTAL SHELF AND BECAUSE OF THAT WE DON'T

11:28:57 22   GENERATE VERY HIGH STORM SURGES.

11:28:59 23            SO IF YOU'RE GOING TO GENERATE HIGH STORM SURGES, YOU LOOK

11:29:02 24   FOR WHERE YOU HAVE A LARGE CONTINENTAL SHELF.  THE WEST COAST OF

11:29:06 25   FLORIDA FITS THAT.  IT DECREASES AS YOU COME OVER HERE INTO OUR

11:29:10  1    PANHANDLE, UP NEAR PANAMA CITY YOU DON'T GENERATE AS LARGE STORM

11:29:13  2    SURGES BECAUSE THE DEEP WATER IS CLOSE BY.  BUT HERE AS SOON AS YOU

11:29:17  3    MOVE INTO SOUTHEAST LOUISIANA, AND INTO ALL OF LOUISIANA AND INTO

11:29:20  4    TEXAS, YOU HAVE A VERY WIDE SHALLOW CONTINENTAL SHELF.

11:29:24  5           THE COURT:  TAKES US A LONG TIME TO GET TO THE BLUE WATER

11:29:31  6    RIP.

11:29:31  7           THE WITNESS:  THAT'S CORRECT.

11:29:32  8           THE COURT:  HAVING DONE SO MANY TIMES.  GO AHEAD.

11:29:36  9    BY MR. WOODCOCK:

11:29:36 10    Q.  IF WE COULD RETURN TO THE -- ACTUALLY, LET'S STAY HERE FOR A

11:29:40 11    LITTLE BIT.

11:29:41 12           SO HOW DOES THIS BATHEMTRY OF THE LARGE SHELF AFFECT

11:29:47 13    HURRICANE KATRINA'S STORM SURGE IN SOUTHEAST LOUISIANA?

11:29:50 14    A.  AGAIN, AS THE HURRICANE COMES UP, ESPECIALLY WHEN IT'S COMING UP

11:29:54 15    NORMAL, IT'S DRIVING WATER ON TO THE CONTINENTAL SHELF AND THIS IS

11:30:02 16    WHAT'S GENERATING STORM SURGE.  AND WHEN IT'S VERY SHALLOW, ONCE THE

11:30:02 17    WATER IS UP IN THE SHELF IT HAS A HARD TIME MOVING OFF OF IT.  AND

11:30:04 18    SO IT TRIES TO GO TO THE RIGHT, TO THE LEFT; AND BECAUSE SO MUCH

11:30:08 19    WATER IS COMING UP TO THE RIGHT OR THE LEFT, THE ONLY THING LEFT FOR

11:30:12 20    IT IS TO GO UP AND THAT'S WHAT GENERATES THE REALLY ABNORMALLY HIGH

11:30:15 21    SURGES.

11:30:16 22    Q.  IF NOW, WE COULD RETURN TO THE FACTORS AGAIN.  AND WE'RE ON THE

11:30:23 23    LAST FACTOR, COASTAL SHAPE.  HOW DOES COASTAL SHAPE AFFECT HURRICANE

11:30:27 24    STORM SURGE?

11:30:27 25    A.  IF YOUR COAST HAS A CONCAVE SHAPE OUT TOWARDS THE WATER, IT

11:30:34 1    WOULD TEND TO TRAP WATER COMPARED TO SAY, HAVE WHAT WE CALL A

11:30:39 2    STRAIGHT LINE COAST, A COAST THAT DOESN'T HAVE ANY SHAPE TO IT, IT'S

11:30:43 3    JUST A STRAIGHT LINE.  IF THE COAST WAS CONCAVED OR CONVEXED UP, IT

11:30:48 4    WOULD ACTUALLY PRODUCE A CAPE, WOULD BE AN EXAMPLE.  YOU WON'T

11:30:52 5    GENERATE A HIGHER STORM SURGE ON THE TIP OF A CAPE BECAUSE IT'S

11:30:56 6    STICKING OUT AND YOU PILE WATER UP ON EITHER SIDE OF IT.

11:30:58 7         THE UNITED STATES HAS MANY OF THESE CONCAVED TYPE,

11:31:04 8    CONVEX-TYPE SHAPES, BUT THERE'S ONLY THREE LOCATIONS WHERE IT'S

11:31:08 9    EXTREME WHERE YOU ACTUALLY CREATE WHAT WE CALL A CORNER.  THERE'S A

11:31:16 10   CORNER IN THE LONG ISLAND SOUND AND THE NEW JERSEY COASTLINE FORM A

11:31:22 11   CORNER.  THERE'S A CORNER RIGHT HERE ON THIS PHOTOGRAPH, IT'S

11:31:25 12   SHOWING THE -- WHERE THE PENINSULA OF FLORIDA MEETS THE PANHANDLE,

11:31:33 13   YOU CAN SEE IT CREATES A RIGHT ANGLE.  THESE RIGHT ANGLES CAN CREATE

11:31:38 14   VERY LARGE STORM SURGES, AND THERE'S ONE MORE HERE IN SOUTHEAST

11:31:43 15   LOUISIANA (INDICATING).

11:31:43 16   Q.  I THINK WE HAVE A GRAPHIC THAT DEPICTS THAT IF WE GO TO THE NEXT

11:31:47 17   SLIDE.  WHAT ARE THE NATURAL AND MAN-MADE BARRIERS DEPICTED, YOU

11:31:55 18   DEPICTED ON THIS CHART?

11:31:56 19   A.  YES.  WHEN YOU'RE IN MISSISSIPPI, WHEN YOU'RE IN CENTRAL

11:32:03 20   MISSISSIPPI YOU HAVE SOME FAIRLY HIGH TERRAIN NEAR THE SHORELINE OF

11:32:11 21   BILOXI, THEY HAVE VALUES THAT GO UP TO 25 FEET OR SO.  THAT'S

11:32:15 22   DEPICTED KIND OF HERE.  THEN WHEN YOU MOVE AWAY FROM THERE YOU START

11:32:19 23   TO MOVE INTO THE MARSH AREAS, AND THE CSX RAILROAD HAS A BARRIER

11:32:23 24   HERE, THEY PUT THE RAILROAD EMBANKMENT UP HIGH ENOUGH SO THAT IT

11:32:31 25   KIND OF CREATES A VERTICAL WALL THAT RUNS ACROSS THERE, WITH LIMITED

11:32:34 1   OPENINGS, YOU HAVE LIMITED OPENINGS INTO LAKE PONTCHARTRAIN, INTO

11:32:39 2   THE BAY, SO WATER CAN FLOW BACK AND FORTH (INDICATING).

11:32:41 3        BUT THEN AS YOU GET INTO -- WHEN YOU GET OVER HERE INTO

11:32:49 4   THE LEVEE SYSTEMS, IT'S THE CSX RUNS INTO THE LEVEE SYSTEM HERE IN

11:32:50 5   EAST ORLEANS, AND I BROUGHT THIS LINE RIGHT TO THE MISSISSIPPI LEVEE

11:32:54 6   SYSTEM BUT WE COULD HAVE STOPPED IT AND RUN IT BACK OUT IN FRONT OF

11:32:59 7   THE MRGO HERE AND THEN DOWN, EITHER ONE OF THOSE IS NOT GOING TO

11:33:03 8   CHANGE THE FACT THAT YOU HAVE THIS RIGHT ANGLE (INDICATING).

11:33:05 9        AND THEN FROM NEW ORLEANS ALL THE WAY DOWN TO VENICE DOWN

11:33:10 10  HERE YOU HAVE THE LEVEE SYSTEMS ON THE MISSISSIPPI RIVER THAT ACT AS

11:33:17 11  A BARRIER (INDICATING).

11:33:18 12       AND SO THE COMBINATION OF THESE CREATES A RIGHT ANGLE

11:33:22 13  HERE, LET ME DRAW THAT IN.  YOU CAN SEE THAT IF YOU JUST SMOOTH

11:33:26 14  EVERYTHING OUT.  AND MOTHER NATURE SEES THIS AS A PLACE, IF YOU CAN

11:33:30 15  GET YOUR WIND TO BLOW IN HERE LIKE THIS, THEN YOU CAN GENERATE VERY

11:33:35 16  LARGE STORM SURGES IN HERE (INDICATING).  BECAUSE THE WATER CAN'T

11:33:38 17  PENETRATE INLAND AND DISAPPEAR, IT HAS TO PILE UP AGAINST THOSE

11:33:43 18  VERTICAL BARRIERS FIRST.

11:33:44 19  Q.  IF WE COULD NOW SWITCH TOPICS TO DISCUSSION OF THE STANDARD

11:33:50 20  PROJECT HURRICANE AND PROBABLE MAXIMUM HURRICANE.

11:33:53 21       MR. JARVINEN, DO YOU ALSO HAVE AN OPINION THAT YOU HOLD

11:33:57 22  WITH A REASONABLE DEGREE OF SCIENTIFIC CERTAINTY AS TO THE SIZE OF

11:34:02 23  HURRICANE KATRINA'S STORM SURGE WHEN COMPARED TO THE STANDARD

11:34:06 24  PROJECT HURRICANE AND PROBABLE MAXIMUM HURRICANE?

11:34:09 25  A.  YES, I DO.

11:34:10 1    Q.  AND WHAT IS THAT OPINION?

11:34:11 2    A.  WELL, KATRINA'S STORM SURGE EXCEEDED THE PROBABLE MAXIMUM

11:34:20 3    HURRICANE AND STANDARD PROJECT HURRICANE IN MANY LOCATIONS IN

11:34:22 4    SOUTHEAST LOUISIANA.

11:34:24 5    Q.  CAN YOU BRIEFLY DESCRIBE WHAT THE STANDARD PROJECT HURRICANE IS?

11:34:28 6    A.  STANDARD PROJECT HURRICANE WAS A CONCEPT DEVELOPED IN THE '50'S

11:34:33 7    AND '60'S STATING THIS IS THE MOST REASONABLE INTENSE HURRICANE THAT

11:34:41 8    CAN AFFECT THE AREA AND A HURRICANE THAT YOU WOULD WANT TO DESIGN

11:34:48 9    PROTECTIVE STRUCTURES FOR.  WHEN THEY FIRST DID THE REPORT THEY

11:34:50 10   SUGGESTED THAT THIS WAS LIKE A 200-YEAR RETURN PERIOD TYPE ANALYSIS,

11:34:57 11   BUT THEIR PERIOD OF RECORD WAS ONLY FROM 1900 TO 1956, IT WAS A VERY

11:35:03 12   SHORT PERIOD OF RECORD TO BASE THAT RETURN PERIOD OF THE

11:35:10 13   PROBABILITIES THAT THEY COMPUTED.

11:35:14 14        AS ONE OF MY FORMER BOSSES SAYS, TO BE 99.5 PERCENT SURE

11:35:18 15   THAT YOU KNOW WHAT THE HUNDRED YEAR RETURN PERIOD IS, YOU NEED ABOUT

11:35:22 16   2,000 YEARS OF RECORD.

11:35:23 17        THE COURT:  DIDN'T THEY USE, YOU CAN EDUCATE ME ON THIS, A

11:35:27 18   CERTAIN ZONE, THAT IS THE HISTORICAL DATA WITHIN A CERTAIN ZONE TO

11:35:34 19   DETERMINE THE STANDARD PROJECT HURRICANE OR IS THAT CORRECT?

11:35:39 20        THE WITNESS:  WELL, THEY LOOKED AT THE -- THEY LOOKED AT

11:35:45 21   ALL OF THE DATA FOR THESE PARTICULAR HURRICANES, AND YOU'RE RIGHT,

11:35:50 22   YOUR HONOR, THEY DO -- CERTAIN LOCATIONS CAN'T HAVE THAT 200 OR 100

11:35:59 23   YEAR EVENT AT THAT LOCATION.  SO YOU TRY TO BREAK THE COASTLINE UP

11:36:03 24   INTO CHUNKS AND THEN DO THAT, DO THE COMPUTATIONS FOR THOSE

11:36:08 25   PARTICULAR AREAS.  THAT'S WHY YOU GET DIFFERENT ELEVATIONS AT

11:36:11 1   DIFFERENT LOCATIONS.

11:36:16 2   BY MR. WOODCOCK:

11:36:16 3   Q.  TELL US BRIEFLY WHAT THE PROBABLE MAXIMUM HURRICANE IS?

11:36:20 4   A.  YES, THIS ONE WAS TO -- ALTHOUGH THIS WASN'T THE WORST CASE,

11:36:26 5   IT'S WHAT YOU CONSIDERED YOUR WORST CASE.  THERE'S GENERALLY IN MOST

11:36:31 6   STATISTICS THERE'S USUALLY SOMETHING WORSE THAN WHAT YOU'VE

11:36:35 7   EXPERIENCED SO FAR.  SO PROBABLE MAXIMUM IS THE MOST LIKELY WORST

11:36:38 8   CASE THAT YOU'LL EVER HAVE.

11:36:40 9   Q.  NOW, IF WE COULD REFER TO TABLE 1 OF YOUR REPORT.  WHAT DO THE

11:36:49 10  ABBREVIATIONS LISTED UNDER THE PARAMETERS COLUMN STAND FOR?

11:36:52 11  A.  YES.  THE CPI IS THE CENTRAL PRESSURE INDEX.  THIS IS JUST A

11:37:00 12  MEASURE OF WHAT THE LOWEST PRESSURE IS IN THE CENTER OF THE EYE FOR

11:37:04 13  THE HURRICANE.

11:37:06 14          THE $P_N$, IT STANDS FOR WHAT WE CALL THE PERIPHERAL

11:37:14 15  PRESSURE.  THIS IS WHEN YOU GO FROM THE EYE OUT, YOUR PRESSURE WOULD

11:37:17 16  GET TO THIS PARTICULAR VALUE AND THEN AT THAT POINT YOU'RE ON THE

11:37:20 17  OUTSIDE EDGE OF THE HURRICANE TYPICALLY YOUR WINDS TO BE 15 TO

11:37:23 18  20 MILES AN HOUR WITH THIS PRESSURE.

11:37:24 19          THE RMW, I MENTIONED THIS EARLIER, THAT STAND FOR RADIUS

11:37:28 20  OF MAXIMUM WINDS.  IN THIS PARTICULAR CASE WE'RE MEASURING THEM IN

11:37:33 21  NAUTICAL MILES.

11:37:34 22          THE T STANDS FOR THE TRANSLATIONAL VELOCITY, WE LISTED

11:37:39 23  THIS AS SPEED IN MY SIX THINGS THAT CONTRIBUTED TO THE STORM SURGE.

11:37:44 24  SO THIS IS T FOR TRANSLATION.  AND THERE'S A RANGE THAT THEY HAVE,

11:37:48 25  THEY PUT 5 TO 30, THAT JUST ABOUT COVERS EVERY SPEED IN THE GULF OF

11:37:53 1    MEXICO.

11:37:53 2              AND THEN FROM THIS INFORMATION THEY GENERATED WHAT THEY

11:37:58 3    CALL THE MAXIMUM ONE MINUTE SUSTAINED WIND.  THE ORIGINAL VALUES

11:38:02 4    WERE IN TEN MINUTES, BUT WE HAVE STATISTICAL RELATIONSHIP SO WE

11:38:06 5    CONVERTED THIS TO ONE MINUTE BECAUSE ONE MINUTE IS WHAT WE TYPICALLY

11:38:10 6    USE TODAY.

11:38:10 7    Q.  WHAT'S THE SIGNIFICANCE OF THESE PARAMETERS?

11:38:13 8    A.  WELL, THE SIGNIFICANCE OF THESE PARAMETERS, THESE WERE THE

11:38:17 9    VALUES USED FOR THE STANDARD PROJECT HURRICANE.  WHEN THEY GO AND DO

11:38:22 10   THEIR COMPUTATIONS FOR A PARTICULAR LOCATION, THEY'RE GOING TO

11:38:25 11   UTILIZE THIS TYPE OF HURRICANE, THE TYPE OF WINDS THAT IT GENERATES

11:38:29 12   TO CALCULATE WHAT THE STORM SURGE WOULD BE.

11:38:31 13   Q.  WHAT CAN YOU CONCLUDE BASED UPON THIS TABLE?

11:38:35 14   A.  WELL, ONE OF THE THINGS I CONCLUDE IS THAT KATRINA WAS MORE

11:38:45 15   INTENSE THAN THE STANDARD PROJECT HURRICANE.  ONE THE CENTRAL

11:38:45 16   PRESSURE YOU CAN SEE WAS 935 VERSUS 923.  THE OUTER CLOSE EYE ARE

11:38:52 17   SIMILAR, THAT DOESN'T REALLY CHANGE ANYTHING.  THE RADIUS OF KATRINA

11:38:56 18   IS FOUR NAUTICAL MILES GREATER THAN THE STANDARD PROJECT, A LITTLE

11:39:00 19   LARGER.  THE SPEED IS GREATER THAN THE AVERAGE OF THOSE SPEEDS THAT

11:39:05 20   THEY HAVE THERE.  AND OF COURSE THE MAXIMUM ONE MINUTE WIND WE SAID

11:39:10 21   WAS 125 AT BURAS AND 120 UP AT THE -- SO I USED THE 123 AS THE

11:39:17 22   AVERAGE SPEED THROUGH SOUTHEAST LOUISIANA.

11:39:19 23   Q.  IF WE COULD TURN TO TABLE 2 OF YOUR REPORT.  HOW DO THE STORM

11:39:35 24   TIDE CALCULATED VALUES, CALCULATED FOR THE SPH COMPARED WITH

11:39:40 25   HURRICANE KATRINA, HOW DID THEY MEASURE UP?

11:39:42 1   A.   AGAIN, I USE THE SPH VALUES HERE, THEY TOOK PARTICULAR TRACKS,

11:39:49 2   UTILIZED THAT INFORMATION FOR THESE DIFFERENT LOCATIONS, AND THEN

11:39:53 3   THESE WERE THE VALUES THAT CAME OUT AT THE VARIOUS LOCATIONS FOR THE

11:39:57 4   SPH.   SO THESE ARE THE STORM SURGE OR STORM TIDE VALUES, EXCUSE ME,

11:40:02 5   THEY ADDED IN A TIDE COMPONENT, SO THE STORM TIDE COMPONENT FOR

11:40:06 6   THESE DIFFERENT LOCATIONS.

11:40:10 7   Q.   AND COMPARING THE CALCULATED VALUES FOR THE SPH WITH HURRICANE

11:40:15 8   KATRINA, IF YOU COULD JUST GO THROUGH AND DESCRIBE HOW THEY ARE

11:40:20 9   DIFFERENT.

11:40:20 10  A.   OKAY.   BASICALLY, THERE'S THREE LOCATIONS WHERE IT REALLY

11:40:27 11  EXCEEDS IT CONSIDERABLY, THAT'S -- THIS WOULD BE -- THE CHALMETTE,

11:40:32 12  IT'S NOT ACTUALLY IN THE TOWN OF CHALMETTE, IT WOULD BE ON THE MRGO

11:40:36 13  LEVEE IN FRONT OF THE MRGO.   BACK THEN THE LEVEE WASN'T COMPLETED SO

11:40:43 14  THEY SAID IT WAS CHALMETTE, BUT IF IT WERE THERE THIS IS WHAT WOULD

11:40:47 15  HAVE OCCURRED THERE.

11:40:48 16       SO YOU SEE A 7.9 INCREASES, NEW ORLEANS EAST IS 12.5 AND

11:40:53 17  THE RIGOLETS AND THE CHEF ARE AT 13 FEET, YET THESE WERE THE

11:40:58 18  OBSERVED VALUES AND THEY EXCEEDED THAT IN THOSE LOCATIONS.

11:41:02 19       IN THE MANDEVILLE AREA, KATRINA GENERATED EIGHT TO

11:41:06 20  NINE FEET BUT THE SPH IS 12.5, WELL, THIS PARTICULAR SPH WAS

11:41:11 21  GENERATED WITH A DIFFERENT TRACK THAN THE TYPE THAT WOULD BE

11:41:14 22  UTILIZED TO GET THE VALUES OUT HERE.

11:41:16 23       AND THE SOUTH SHORE LAKE PONTCHARTRAIN, WHEN THE

11:41:20 24  HURRICANE, WHATEVER TRACK THEY USED, THE WINDS WOULD BLOW FROM THE

11:41:23 25  NORTH TO THE SOUTH AND IN THIS PARTICULAR CASE THIS SPH PRODUCED

3656

11:41:29 1   11.2 ALONG THE SOUTH SHORE AND KATRINA HAD A RANGE OF VALUES

11:41:35 2   INCREASING FROM THE EASTERN PART OF THE SHORELINE TO THE WESTERN

11:41:45 3   PART, THE VALUES DECREASED FROM 13 TO 9 FEET.  SO IN SOME PLACES IT

11:41:45 4   EXCEEDED IT AND IN SOME PLACES IT DIDN'T.

11:41:46 5   Q.  COMPARING TABLE 2 WITH TABLE 1, WHY ARE THE OBSERVED VALUES FOR

11:41:52 6   HURRICANE KATRINA SO MUCH LARGER IN TABLE 2 THAN THOSE CALCULATED

11:41:58 7   FOR THE SPH WHEN IN TABLE 1 THE PARAMETRICS ARE NOT AS GREAT, THERE

11:42:05 8   IS NOT AS GREAT A DIFFERENCE BETWEEN THE PARAMETRICS?

11:42:07 9   A.  YEAH.  THE TECHNIQUE THAT WAS UTILIZED BACK IN THE -- WHEN THEY

11:42:12 10  WERE DOING THIS STUDY IN THE LATE '50'S AND '60'S, THEY DID NOT HAVE

11:42:17 11  THE ADVANTAGE OF NUMERICAL STORM SURGE MODELS, THEY HAD A DIFFERENT

11:42:22 12  METHOD.  THE TECHNOLOGY AT THAT TIME, THE TECHNOLOGY, THE SCIENCE AT

11:42:26 13  THAT TIME WAS TO COMPUTE THESE QUANTITIES ON, THESE ARE LIKE

11:42:31 14  "TRANSECT" LINES CREATING WINDS THAT ARE NORMAL TO THE LOCATION TO

11:42:36 15  TRY TO GENERATE THE MAXIMUM VALUE.

11:42:38 16       BUT WE KNOW SINCE THAT TIME THAT SCIENCE HAS ADVANCED AND

11:42:41 17  THAT YOU CANNOT DO THAT, YOU CAN'T BE CALCULATING USING THAT TYPE OF

11:42:46 18  TECHNIQUE IN THE MODEL.  YOU NEED TWO DIMENSIONAL FIELDS TO LOOK AT

11:42:50 19  THE PROBLEM IN TWO DIMENSIONS BECAUSE A LOT OF WATER GETS PILED UP

11:42:54 20  IN A LOT OF LOCATIONS AND COMES INTO THESE LOCATIONS.

11:42:57 21  Q.  IF WE COULD REFER TO TABLE 3 OF YOUR REPORT.  NOW, CAN YOU JUST

11:43:07 22  BRIEFLY DESCRIBE THE DIFFERENCES IN THIS TABLE BETWEEN THE PMH AND

11:43:15 23  KATRINA?

11:43:16 24  A.  YES.  THE PMH ACTUALLY HAS A LOWER PRESSURE THAN KATRINA.  IN

11:43:21 25  SOME SENSE THEY KIND OF GOT THIS ONE RIGHT BECAUSE THE LOWEST ONE

11:43:28 1    WE'VE HAD IS 909 MILLIBARS, THAT WAS HURRICANE CAMILLE.  IT WASN'T

11:43:34 2    RIGHT IN SOUTHEAST LOUISIANA, BUT IT HAS THE POTENTIAL TO GET A 909

11:43:39 3    MILLIBAR HURRICANE HERE, SO THAT CAME OUT OF THE STUDY OKAY.

11:43:42 4    KATRINA WAS HIGHER THAN THAT, OBVIOUSLY, IT'S 923.

11:43:46 5         THE PERIPHERAL VALUES OUTSIDE OF THE SAME, THEY USE THE

11:43:50 6    SAME RMW.  AGAIN, KATRINA IS LARGER.  AND THE TRANSLATIONAL

11:43:55 7    VELOCITY, IT WAS THE SAME.

11:43:56 8         BUT THE MAXIMUM ONE MINUTE WIND OF THE TWO SYSTEMS ARE

11:44:00 9    DIFFERENT, ONE WOULD HAVE EXPECTED THE MAXIMUM ONE MINUTE WINDS TO

11:44:05 10   BE MUCH HIGHER FOR THIS TYPE OF PRESSURE COMPARED TO WHAT THEY

11:44:09 11   CALCULATED, 129 VERSUS 123 FOR HURRICANE KATRINA.

11:44:14 12   Q.  AND IF WE COULD TURN TO THE TABLE 4 NOW.  HOW DID THE STORM TIDE

11:44:26 13   VALUES CALCULATED FOR THE PMH COMPARE WITH HURRICANE KATRINA?

11:44:30 14   A.  AGAIN, BECAUSE OF THAT PROBLEM WITH -- ONE OF THE BIG PROBLEMS

11:44:36 15   IS, TWO PROBLEMS, ONE WITH THE WIND SPEED AND THE SECOND PROBLEM

11:44:37 16   WITH AGAIN THEIR TECHNIQUE THAT THEY USED BACK THEN, THE WAY SCIENCE

11:44:41 17   WAS BACK THEN, KATRINA EXCEEDS THEM IN ALL OF THESE EASTERN FACING

11:44:47 18   PARISHES.

11:44:49 19         AND HOWEVER, THE PMH OF COURSE GIVES YOU A VERY LARGE

11:44:53 20   VALUE INSIDE OF LAKE PONTCHARTRAIN, WHICH, OF COURSE, EXCEEDED

11:44:57 21   KATRINA'S VALUES.  AND IT'S COMPARABLE TO THE LARGEST VALUE THAT

11:45:01 22   KATRINA GENERATED ON THE SOUTH SHORE OF LAKE PONTCHARTRAIN.

11:45:07 23   Q.  MR. JARVINEN, IS IT YOUR OPINION THAT THE CALCULATED SURGE

11:45:11 24   HEIGHTS FOR BOTH THE STANDARD PROJECT HURRICANE AND PROBABLE MAXIMUM

11:45:16 25   HURRICANE WERE EXCEEDED BY THOSE OBSERVED DURING HURRICANE KATRINA?

11:45:22 1   A.  YES.  AT CERTAIN LOCATIONS IN THE SOUTHEAST LOUISIANA, YES.

11:45:30 2   Q.  AND IS ONE OF THOSE LOCATIONS THE CHALMETTE AREA OR REACH 2 OF

11:45:34 3   THE MRGO?

11:45:35 4   A.  YES.

11:45:37 5        MR. WOODCOCK:  THANK YOU.  I HAVE NOTHING FURTHER AT THIS

11:45:38 6   TIME.

11:45:39 7        THE COURT:  THANK YOU, COUNSEL.

11:45:48 8        MR. JOANEN:  GOOD MORNING, YOUR HONOR, I JUST HAVE A FEW

11:45:50 9   QUESTIONS, WE OUGHT TO FINISH BY LUNCH.

11:45:52 10       THE COURT:  YES, SIR.

11:45:53 11       MR. JOANEN:  FOR THE RECORD, MY NAME IS SCOTT JOANEN FOR

11:45:56 12  THE PLAINTIFFS.

11:45:56 13                   CROSS-EXAMINATION

11:45:56 14  BY MR. JOANEN:

11:45:57 15  Q.  MR. JARVINEN, I JUST HAVE A FEW QUESTIONS TO CLARIFY ABOUT YOUR

11:46:00 16  TESTIMONY.

11:46:01 17       I KNOW YOU SAID THAT YOU STARTED WITH THE HURRICANE CENTER

11:46:04 18  IN 1971 AND BEGAN STUDYING STORM SURGE ALMOST IMMEDIATELY UPON

11:46:08 19  STARTING THERE, IS THAT CORRECT?

11:46:09 20  A.  THAT'S CORRECT.  I WAS -- WHEN I STARTED I WAS ASSIGNED RIGHT

11:46:15 21  AWAY TO WORK WITH OUR FIRST GENERATION SLOSH -- NOT SLOSH, FIRST

11:46:19 22  GENERATION STORM SURGE MODEL THAT WE HAD OPERATIONAL AT THE TIME, I

11:46:23 23  WAS RESPONSIBLE FOR MAKING SURE THAT RUNS IN REALTIME.

11:46:26 24  Q.  AND I ALSO UNDERSTAND YOU BECAME A SURGE SPECIALIST IN ABOUT

11:46:30 25  1982 OR 1983; IS THAT CORRECT?

11:46:32 1   A.  YES.  THE NATIONAL WEATHER SERVICE DECIDED IN THEIR INFINITE

11:46:37 2   WISDOM TO MAKE A FULL-TIME POSITION AT THE NATIONAL HURRICANE

11:46:40 3   CENTER.

11:46:41 4   Q.  AND YOU REMAINED THE STORM SURGE GROUP LEADER FROM ABOUT THAT

11:46:44 5   TIME UNTIL YOUR RETIREMENT IN 2005; IS THAT CORRECT?

11:46:47 6   A.  THAT'S CORRECT.

11:46:48 7   Q.  AND BASED UPON WHAT YOU TOLD ME BEFORE, I UNDERSTAND THAT YOU

11:46:53 8   WORK PRIMARILY WITH THE SLOSH MODEL IN SERVICE OF THE NATIONAL

11:46:56 9   HURRICANE CENTER AS THE SURGE GROUP LEADER SINCE IT BECAME

11:46:59 10  OPERATIONAL IN 1981; IS THAT CORRECT?

11:47:02 11  A.  THAT'S CORRECT.

11:47:02 12  Q.  AND THE SLOSH IS THE CURRENT STATE OF THE SCIENCE OF THE

11:47:05 13  NATIONAL WEATHER SERVICE, CORRECT?

11:47:07 14  A.  THAT IS CORRECT.

11:47:08 15  Q.  AND SLOSH, JUST FOR CLARIFICATION OF THE RECORD, IS AN ACRONYM,

11:47:13 16  RIGHT, AND CAN YOU TELL THE COURT WHAT IT STANDS FOR?

11:47:14 17  A.  YES.  SLOSH STANDS FOR, IT'S THE FIRST LETTER OFF OF EACH ONE OF

11:47:23 18  THESE WORDS, SEA, LAKE AND OVERLAND SURGES FROM HURRICANES.

11:47:23 19  Q.  AND THE SLOSH MODEL THAT YOU WORK WITH NOW THAT YOU'VE BEEN

11:47:27 20  WORKING WITH FOR A NUMBER OF YEARS NOW, AT LEAST BEFORE KATRINA, IS

11:47:31 21  ADVANCED ENOUGH TO EVEN RESOLVE MISSISSIPPI RIVER IN THE MODEL; IS

11:47:34 22  THAT CORRECT?

11:47:35 23  A.  YES.  THE LATEST VERSION ACTUALLY RESOLVES THE MISSISSIPPI RIVER

11:47:40 24  AND ALLOWS FLOW UP THE RIVER.

11:47:44 25  Q.  YOU HAD RETIRED BY THE TIME HURRICANE KATRINA CAME INTO

11:47:45 1    EXISTENCE, CORRECT?

11:47:47 2    A.   YES.   I RETIRED IN JANUARY OF 2005.

11:47:50 3    Q.   YET DR. MAX MAYFIELD, THE DIRECTOR OF THE NATIONAL HURRICANE

11:47:56 4    SERVICE ASKED YOU TO COME IN AND HELP WITH HIM IN EVALUATING THE

11:48:00 5    STORM SURGE POTENTIALS OF HURRICANE KATRINA; IS THAT CORRECT?

11:48:01 6    A.   THAT'S CORRECT.

11:48:02 7    Q.   AND YOU DID ACTUALLY HONOR THAT REQUEST AND YOU REPLACED

11:48:06 8    DR. STEVEN BAY WHO IS IN CHARGE OF STORM SURGE UNIT AND WHEN YOU

11:48:10 9    ARRIVED YOU TOOK OVER RUNNING THE STORM SURGE UNIT THAT WAS

11:48:13 10   UTILIZING THE SLOSH MODEL, CORRECT?

11:48:15 11   A.   YES.   THE MODEL IS RUN IN A CYCLE, WE RUN IT FOUR TIMES A DAY,

11:48:23 12   SO YOU NEED PERSONNEL TO RUN THE MODEL.   AND SO IF YOUR LANDFALL IS

11:48:31 13   VERY QUICK, THEN YOU CAN PROBABLY DO IT WITH THE STAFF YOU HAVE.

11:48:35 14   BUT THEY WERE RUNNING, BECAUSE KATRINA WAS A CATEGORY 5, THEY HAD

11:48:40 15   STARTED RUNNING MANY DAYS EARLIER, SO THE STAFF WAS STARTING TO GET

11:48:44 16   TIRED AND WAS COMING IN A LITTLE SHORT, SO I CAME IN TO GIVE DR. BAY

11:48:48 17   SOME RELIEF.

11:48:48 18   Q.   WHEN YOU WERE ASKED TO PREPARE YOUR EXPERT REPORT, ISN'T IT TRUE

11:48:52 19   THAT YOU BASED YOUR REPORT BASED UPON YOUR EXPERTISE OF THE SLOSH

11:48:55 20   MODEL?

11:48:56 21   A.   YES.   THAT HAS -- YES, THAT HAS SOMETHING TO DO WITH MY

11:49:05 22   THOUGHTS.   ALTHOUGH I'VE STUDIED A LOT OF HISTORICAL HURRICANES

11:49:08 23   WITHOUT LOOKING AT SLOSH MODEL DATA.

11:49:11 24   Q.   PRIOR TO PREPARING YOUR REPORT YOU DIDN'T REVIEW ANY DEFENSE

11:49:16 25   EXPERT REPORTS, DID YOU?

11:49:17 1    A.  NO, I DON'T BELIEVE I HAD ANY DEFENSE EXPERT REPORTS, I THINK I

11:49:29 2    WAS JUST ASKED TO DO -- I HAD ALREADY, OF COURSE, DONE PREVIOUS WORK

11:49:33 3    ON HURRICANE KATRINA.  BUT THE REPORT FOR THE DEPARTMENT OF JUSTICE,

11:49:38 4    NO, I HADN'T SEEN ANYTHING.

11:49:40 5    Q.  AND THE PRIOR WORK THAT YOU HAD DONE, THAT INCLUDED WHAT'S

11:49:42 6    CALLED A HINDCAST EVALUATION; ISN'T THAT CORRECT?

11:49:45 7    A.  THAT'S CORRECT.

11:49:46 8    Q.  AND DIDN'T YOU ACTUALLY WORK WITH MEMBERS OF THE NATIONAL

11:49:49 9    HURRICANE CENTER TO DEVELOP THAT BEST TRACK MODEL WHICH WAS SHOWN

11:49:52 10   HERE, WHICH IS THE FIGURES 6 AND 7 THAT MR. WOODCOCK DISPLAYED?

11:49:57 11   A.  YES.

11:49:58 12   Q.  AND SO ACTUALLY YOU WERE PARTICIPATING IN THE OFFICIAL

11:50:03 13   EVALUATION OF THE NATIONAL HURRICANE CENTER, CORRECT?

11:50:06 14   A.  YES.  WHAT HAPPENS IS THAT THE HURRICANE FORECASTERS, ONE OF

11:50:16 15   THEM IS ASSIGNED TO PRODUCE THE FINAL BEST TRACK OF HURRICANE

11:50:16 16   KATRINA AND THEY DO IT AT SIX-HOUR INTERVALS.  THE DATA THAT

11:50:20 17   THEY'RE -- LATITUDE AND LONGITUDE POINTS ARE PICKED AT SIX-HOUR

11:50:24 18   INTERVALS.

11:50:25 19        FOR A STORM SURGE MODEL TYPICALLY YOU WOULD LIKE, FOR A

11:50:29 20   LANDFALL EVENT YOU WOULD LIKE TO HAVE IT AT LEAST AT HOURLY

11:50:32 21   POSITIONS TO MAKE SURE THAT IF THEY'RE SMALL LITTLE ACCELERATIONS IN

11:50:35 22   THERE YOU WANT TO BE ABLE TO PICK THOSE UP.

11:50:38 23        SO BASICALLY WE WERE WORKING, I GUESS YOU COULD SAY WITH

11:50:44 24   THEM, BUT WE TOOK THEIR BASELINE DATA AND INTERPOLATED THAT TO

11:50:51 25   HOURLY VALUES FOR INPUT INTO THE SLOSH MODEL.

11:50:56 1    Q.  AND CLEARLY BASED UPON YOUR TESTIMONY, YOUR REPORT AND YOUR

11:50:59 2    TESTIMONY DOES EVALUATE THE STORM SURGE; IS THAT CORRECT?

11:51:02 3    A.  YES.

11:51:03 4    Q.  WHEN YOU FORMULATED YOUR OPINION FOR THE REPORT AND THE

11:51:08 5    TESTIMONY YOU GAVE THE JUDGE TODAY, YOU WERE RELYING UPON THE

11:51:13 6    OFFICIAL REPORTS OF THE NATIONAL HURRICANE CENTER AND THE NATIONAL

11:51:16 7    WEATHER SERVICE, CORRECT?

11:51:19 8    A.  YES.  THERE'S A LOT OF DATA SOURCES AND MOST OF THOSE ARE IN THE

11:51:27 9    REPORT PRODUCED, CALLED THE PRELIMINARY REPORT ON HURRICANE KATRINA.

11:51:34 10   THERE'S THE HIGH WATER MARKS OF COURSE ARE ANOTHER, OTHER DOCUMENTS.

11:51:40 11   Q.  AND THOSE ARE THE REPORTS THAT WERE INCLUDED IN YOUR RELIANCE

11:51:43 12   MATERIALS, CORRECT?

11:51:44 13   A.  I'M SORRY, I DIDN'T HEAR YOU.

11:51:46 14   Q.  AND THOSE ARE THE REPORTS THAT ARE INCLUDED IN YOUR RELIANCE

11:51:48 15   MATERIALS, CORRECT?

11:51:49 16   A.  YES.

11:51:49 17   Q.  AND THOSE ARE THE ONES WE DISCUSSED AT YOUR DEPOSITION, CORRECT?

11:51:52 18   A.  THAT'S CORRECT.

11:51:52 19   Q.  THE OPINIONS THAT YOU'VE BASED IN YOUR REPORT THAT WERE BASED

11:51:58 20   UPON THE SLOSH MODELS, THOSE DID INCLUDE THE RESULTS OF YOUR

11:52:02 21   HINDCAST EVALUATIONS, CORRECT?

11:52:03 22   A.  YES.

11:52:04 23   Q.  THE SLOSH MODEL YOU RELIED UPON WHICH INCLUDED HYDROGRAPHS, THEY

11:52:12 24   WERE VERIFIED BY THE BEST TRACK SLOSH HINDCAST MADE BY THE NATIONAL

11:52:17 25   HURRICANE CENTER AGAINST THE HIGH WATER MARKS, CORRECT?

11:52:20 1    A.  YES, THAT'S CORRECT.

11:52:21 2    Q.  AND BASED UPON WHAT YOUR INFORMATION IS IN THE REPORT AND THE

11:52:25 3    HYDROGRAPHS THAT YOU FORMED IN THIS HINDCAST EVALUATION, YOU

11:52:29 4    DETERMINED THAT THE PEAK SURGE AT THE MRGO LEVEES IN THE CHALMETTE

11:52:33 5    AREA WAS AT 8:30 CENTRAL DAYLIGHT TIME, CORRECT?

11:52:36 6    A.  IF THAT'S WHAT I STATED IN THE REPORT, I WOULD HAVE TO LOOK AT

11:52:40 7    MY REPORT TO -- THAT SOUNDS LIKE THE APPROXIMATE TIME FOR THE MAX.

11:52:45 8    Q.  THE HYDROGRAPHS ARE NOT IN YOUR REPORT, CORRECT?

11:52:52 9    A.  THAT'S CORRECT.

11:52:52 10   Q.  AND THE REASON THEY'RE NOT IN YOUR REPORT IS BECAUSE YOU WEREN'T

11:52:53 11   ASKED TO PROVIDE THEM, EVEN THOUGH THEY WERE ALREADY IN YOUR

11:52:56 12   POSSESSION AND YOU HAD UTILIZED THEM TO TESTIFY IN ANOTHER TRIAL;

11:53:06 13   ISN'T THAT CORRECT?

11:53:06 14   A.  THAT'S CORRECT .

11:53:06 15           MR. JOANEN:  THANK YOU FOR YOUR CANDOR.  I HAVE NO OTHER

11:53:06 16   QUESTIONS.

11:53:06 17           THE COURT:  THANK YOU, SIR.  REDIRECT?

11:53:08 18           MR. WOODCOCK:  NO, YOUR HONOR.

11:53:09 19           THE COURT:  THANK YOU, SIR, YOU MAY STEP DOWN.  GOOD TO

11:53:12 20   HAVE YOU HERE.

11:53:12 21           THE WITNESS:  THANK YOU, YOUR HONOR.

11:53:15 22           THE COURT:  AND WE WILL TAKE A RECESS UNTIL APPROXIMATELY

11:53:19 23   ONE O'CLOCK.

11:53:23 24           JUST TO GIVE YOU MY SCHEDULE FOR TOMORROW.  WE WILL START

11:53:30 25   AT 10:30 AND GO TO 12.  WE WILL THEN GO FROM 1:15 TO 3, AND I HAVE

3664

11:53:39  1    TWO MEETINGS, UNFORTUNATELY, AND THEN WE'LL GO FROM 4 TO 6.  AND IF

11:53:45  2    WE FINISH BEFORE THAT, IF THE GOVERNMENT SAYS WE'RE DONE, WELL,

11:53:50  3    THAT'S FINE.  BECAUSE I THINK WE'RE MOVING ALONG AT A PRETTY GOOD

11:53:53  4    PACE RIGHT NOW.  BUT THAT'S OUR TENTATIVE SCHEDULE AND WE'LL SEE HOW

11:53:58  5    WE GOES.

11:53:58  6            AND IF FOR SOME REASON SOMEBODY SAYS, JUDGE, WE CAN FINISH

11:54:02  7    THIS TOMORROW, WE'RE ON SCHEDULE, WE DON'T NECESSARILY HAVE TO GO TO

11:54:05  8    SIX, I AM JUST GIVING YOU THAT OPPORTUNITY.

11:54:09  9            ALL RIGHT.  WE WILL SEE YOU AT APPROXIMATELY ONE O'CLOCK.

11:54:15 10            MR. PALMINTIER:  THANK YOU, YOUR HONOR.

11:54:16 11            THE COURT:  THANK YOU.

11:54:17 12            THE DEPUTY CLERK:  ALL RISE, PLEASE.

         13        (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

         14

         15                    *  *  *  *  *  *

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

────────────────── FINAL DAILY COPY ──────────────────

1
2
3
4                          REPORTER'S CERTIFICATE

5

6       I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES

7   DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY

8   THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF

9   MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

10  THE ABOVE-ENTITLED AND NUMBERED MATTER.

11

12

13                          _Karen A. Ibos_

14                    KAREN A. IBOS, CCR, RPR, CRR

15                    OFFICIAL COURT REPORTER

16
17
18
19
20
21
22
23
24
25

———————— FINAL DAILY COPY ————————

## $

**$100** [1] - 3593:23
**$13** [2] - 3575:20, 3577:12
**$60** [4] - 3574:23, 3574:25, 3575:11, 3576:22

## '

**'06** [1] - 3567:16
**'07** [3] - 3567:6, 3567:8, 3567:11
**'60S** [1] - 3630:19
**'90S** [3] - 3630:23, 3639:15, 3640:10
**'92** [1] - 3576:23
**'93** [1] - 3580:16
**'97** [2] - 3576:9, 3599:7

## 0

**0** [1] - 3642:5
**0188** [1] - 3633:14
**0515R** [2] - 3600:18, 3615:7
**06-CV-2268** [1] - 3560:3

## 1

**1** [17] - 3591:9, 3606:13, 3606:17, 3606:18, 3613:2, 3634:1, 3634:7, 3634:13, 3634:23, 3635:16, 3635:20, 3641:19, 3641:20, 3642:5, 3653:9, 3656:5, 3656:7
**10** [2] - 3647:1, 3647:8
**100** [5] - 3564:17, 3575:24, 3637:14, 3637:15, 3652:22
**100-YEAR** [1] - 3610:11
**1000** [1] - 3560:14
**10022** [1] - 3561:24
**10:30** [2] - 3626:2, 3663:25
**10:45** [1] - 3626:2
**11** [1] - 3587:5
**11.2** [1] - 3656:1
**1100** [1] - 3560:23
**1116** [1] - 3566:1
**1124** [2] - 3564:25, 3565:16
**12** [4] - 3560:4, 3564:2, 3646:9,

3663:25
**12.5** [2] - 3655:16, 3655:20
**120** [2] - 3639:10, 3654:21
**1205** [1] - 3561:19
**123** [3] - 3639:10, 3654:21, 3657:11
**125** [4] - 3638:11, 3639:8, 3642:10, 3654:21
**1261** [1] - 3561:9
**129** [1] - 3657:11
**13** [5] - 3577:13, 3638:5, 3646:10, 3655:17, 3656:3
**1366** [1] - 3561:9
**1488** [1] - 3569:1
**15** [4] - 3626:1, 3647:1, 3647:8, 3653:17
**155** [1] - 3634:2
**157S** [1] - 3616:4
**16** [4] - 3566:1, 3633:14, 3643:22, 3643:23
**17** [1] - 3560:9
**1746** [2] - 3602:13, 3604:21
**175** [1] - 3637:1
**1751** [1] - 3566:4
**18** [3] - 3638:18, 3642:22, 3647:1
**19** [1] - 3565:24
**190** [1] - 3644:6
**1900** [1] - 3652:11
**1956** [1] - 3652:11
**1968** [1] - 3564:16
**1970** [4] - 3611:15, 3611:23, 3616:11, 3620:3
**1971** [1] - 3658:18
**1973** [1] - 3566:3
**1975** [1] - 3630:19
**1980** [1] - 3565:20
**1981** [1] - 3659:10
**1982** [1] - 3658:25
**1983** [3] - 3564:16, 3565:24, 3658:25
**1990** [1] - 3627:2
**1990'S** [1] - 3574:5
**1992** [1] - 3576:19
**1995** [1] - 3644:2
**1997** [7] - 3580:13, 3597:22, 3598:9, 3598:19, 3598:24, 3601:3, 3605:7
**1:15** [1] - 3663:25
**1ST** [1] - 3597:17

## 2

**2** [13] - 3578:4, 3578:11, 3606:13, 3613:2, 3619:22, 3634:13, 3634:23, 3641:21, 3642:5, 3654:23, 3656:5, 3656:6, 3658:2
**2,000** [1] - 3652:16
**20** [6] - 3566:5, 3639:17, 3640:17, 3646:8, 3647:8, 3653:18
**200** [1] - 3652:22
**200-YEAR** [1] - 3652:10
**2000** [3] - 3576:3, 3576:15, 3639:16
**2003** [13] - 3567:14, 3570:15, 3571:14, 3575:14, 3579:8, 3599:8, 3599:25, 3600:2, 3611:12, 3611:13, 3616:15, 3625:10
**2004** [1] - 3640:18
**20044** [1] - 3562:13
**2005** [6] - 3576:4, 3616:11, 3620:4, 3644:2, 3659:5, 3660:2
**2006** [4] - 3600:24, 3602:3, 3604:23, 3605:5
**2007** [1] - 3567:14
**2008** [6] - 3582:12, 3583:17, 3584:1, 3584:2, 3587:12, 3587:13
**2009** [4] - 3560:4, 3564:2, 3589:24, 3597:18
**2010** [9] - 3581:17, 3582:10, 3583:17, 3587:12, 3589:23, 3597:2, 3597:15, 3597:20, 3598:20
**2011** [1] - 3587:10
**20TH** [2] - 3590:21, 3590:22
**21** [1] - 3567:8
**2117** [2] - 3634:7, 3638:5
**2175** [2] - 3564:16, 3567:24
**2176.1** [1] - 3566:12
**225** [1] - 3637:16
**231** [2] - 3564:20, 3564:25

## 3

**3** [15] - 3578:4, 3578:11, 3606:14, 3613:2, 3619:22, 3634:13, 3634:23, 3638:12, 3638:13, 3639:12, 3642:5, 3656:21, 3663:25
**30** [3] - 3628:21, 3653:25
**31** [3] - 3579:3, 3604:25, 3609:7
**3102** [1] - 3560:23
**325** [1] - 3561:23
**34** [3] - 3640:13, 3640:14, 3640:17
**35** [2] - 3626:22, 3628:10
**3569/11** [1] - 3563:5
**3578/24** [1] - 3563:7
**3615/22** [1] - 3563:8
**3627/12** [1] - 3563:11
**3632/8** [1] - 3563:12
**3658/14** [1] - 3563:13
**3668** [1] - 3561:2
**392** [1] - 3658:25

## 4

**4** [11] - 3567:1, 3616:15, 3634:13, 3634:23, 3636:19, 3637:21, 3642:1, 3642:5, 3643:1, 3657:12, 3664:1
**40** [1] - 3573:21
**412** [1] - 3565:21
**46** [1] - 3564:18
**48** [1] - 3647:14

## 5

**5** [18] - 3592:2, 3592:3, 3616:15, 3634:1, 3634:2,

## 24-HOUR

**24-HOUR** [1] - 3630:8
**25** [3] - 3565:20, 3589:7, 3626:24, 3640:17, 3650:21
**250** [1] - 3591:15
**250,000** [1] - 3591:14
**2626** [1] - 3561:19
**2655** [1] - 3561:5
**26TH** [2] - 3636:1, 3636:2
**27TH** [1] - 3635:23
**28TH** [1] - 3637:20
**29TH** [1] - 3637:20

3634:3, 3634:13, 3634:23, 3636:20, 3637:9, 3637:22, 3637:23, 3638:12, 3642:5, 3643:2, 3643:3, 3653:25, 3660:14
**50** [6] - 3574:23, 3574:25, 3575:11, 3576:22, 3577:6, 3612:5
**50'S** [2] - 3652:6, 3656:10
**500** [2] - 3562:17, 3591:15
**500-YEAR** [3] - 3610:14, 3610:15, 3611:2
**504** [1] - 3562:18
**515R** [3] - 3584:22, 3601:11, 3605:25
**515R'S** [1] - 3616:4
**519** [1] - 3561:12
**550** [1] - 3560:13
**556** [1] - 3561:2
**56** [1] - 3564:20
**57TH** [1] - 3561:23
**589-7776** [1] - 3562:18
**59** [2] - 3564:11, 3564:14

## 6

**6** [4] - 3634:13, 3636:22, 3661:10, 3664:1
**60** [2] - 3577:6, 3613:12
**60'S** [2] - 3652:7, 3656:10
**600** [1] - 3562:2
**601** [1] - 3561:5
**604** [1] - 3562:2
**610** [1] - 3560:20
**618** [1] - 3561:16
**66** [1] - 3564:18

## 7

**7** [4] - 3588:8, 3613:24, 3644:25, 3661:10
**7.9** [1] - 3655:16
**70** [1] - 3593:23
**70113** [2] - 3560:17, 3560:21
**70130** [2] - 3562:3, 3562:17
**70130-6004** [1] - 3561:6

DAILY COPY

**70381** [1] - 3561:20
**70502-3668** [1] - 3561:3
**70726** [1] - 3561:13
**70801-1910** [1] - 3561:16
**70821-1366** [1] - 3561:10
**70S** - 3630:19
**74** [1] - 3633:23
**75219** [1] - 3560:24

**8**

**8** [1] - 3640:18
**8.7** [1] - 3566:3
**80** - 3593:23
**813** [1] - 3568:25
**85** [1] - 3644:6
**855** [1] - 3560:17
**883** [1] - 3569:1
**888** [1] - 3562:12
**8:30** [1] - 3663:5

**9**

**9** [2] - 3642:18, 3656:3
**90-DEGREE** [1] - 3644:24
**90071-2627** [1] - 3560:14
**909** [2] - 3657:1, 3657:2
**923** [2] - 3654:16, 3657:4
**935** [1] - 3654:16
**99.5** [1] - 3652:14

**A**

**A** [433] - 3561:14, 3562:16, 3564:12, 3564:19, 3564:21, 3565:1, 3565:16, 3565:17, 3566:1, 3566:6, 3567:18, 3567:19, 3568:23, 3568:24, 3570:6, 3570:9, 3571:5, 3571:6, 3571:14, 3571:23, 3572:7, 3572:14, 3572:25, 3573:6, 3574:2, 3574:3, 3574:24, 3575:20, 3576:9, 3576:22, 3577:3, 3578:11, 3578:22, 3579:23, 3581:1, 3581:7, 3581:8, 3581:14, 3582:7, 3582:13, 3582:14,

3582:15, 3582:16, 3582:22, 3583:20, 3583:21, 3584:3, 3584:16, 3584:20, 3584:22, 3585:5, 3585:8, 3585:10, 3585:21, 3585:22, 3585:23, 3585:24, 3585:25, 3586:1, 3586:2, 3586:3, 3586:4, 3586:9, 3586:10, 3586:11, 3586:14, 3586:16, 3586:18, 3586:19, 3587:3, 3587:5, 3587:6, 3587:8, 3587:23, 3588:3, 3588:4, 3588:8, 3588:10, 3588:20, 3588:22, 3589:3, 3589:6, 3589:7, 3589:14, 3589:16, 3590:12, 3590:15, 3590:19, 3591:2, 3591:5, 3591:9, 3591:11, 3591:15, 3591:17, 3591:23, 3592:1, 3592:2, 3592:13, 3592:14, 3592:18, 3592:20, 3592:22, 3593:14, 3593:15, 3593:20, 3593:22, 3593:24, 3594:1, 3594:3, 3594:10, 3594:12, 3594:17, 3594:20, 3594:21, 3594:24, 3595:2, 3595:13, 3595:14, 3595:16, 3595:18, 3595:21, 3596:1, 3596:2, 3596:3, 3596:5, 3596:15, 3596:20, 3596:24, 3597:5, 3597:8, 3597:23, 3598:20, 3598:23, 3599:7, 3599:10, 3600:3, 3601:9, 3602:1, 3602:6, 3602:10, 3602:16, 3602:24, 3603:8, 3603:9, 3603:13, 3603:19, 3603:20, 3603:25, 3604:1, 3605:1, 3605:25, 3606:1, 3606:7, 3606:13, 3606:17, 3606:18, 3607:6, 3607:20, 3608:14, 3608:16, 3608:17, 3608:18, 3608:21,

3609:9, 3609:11, 3609:17, 3609:18, 3609:25, 3610:20, 3611:2, 3611:14, 3611:17, 3611:18, 3611:21, 3611:23, 3611:25, 3612:8, 3612:14, 3612:17, 3612:19, 3612:21, 3613:2, 3613:10, 3613:20, 3614:2, 3614:12, 3614:18, 3614:20, 3615:8, 3615:23, 3616:1, 3616:12, 3617:23, 3618:5, 3618:8, 3618:9, 3618:20, 3619:10, 3619:11, 3619:18, 3619:23, 3619:25, 3620:9, 3620:10, 3620:14, 3620:15, 3620:17, 3620:21, 3620:23, 3621:1, 3621:2, 3621:8, 3621:9, 3621:13, 3622:6, 3622:12, 3622:14, 3622:15, 3623:14, 3624:8, 3624:24, 3625:4, 3625:16, 3625:17, 3625:24, 3626:1, 3626:3, 3626:7, 3626:24, 3627:19, 3628:5, 3628:9, 3628:16, 3628:19, 3629:7, 3629:15, 3630:7, 3630:9, 3630:25, 3631:3, 3631:8, 3631:13, 3631:14, 3632:9, 3632:17, 3633:17, 3633:19, 3633:20, 3633:21, 3633:23, 3633:24, 3634:2, 3634:10, 3634:20, 3634:21, 3634:22, 3635:1, 3635:10, 3635:12, 3635:15, 3635:16, 3635:18, 3635:20, 3636:4, 3636:5, 3636:7, 3636:13, 3636:19, 3636:20, 3637:9, 3637:10, 3637:13, 3637:21, 3637:23, 3637:25, 3638:1, 3638:4, 3638:9, 3638:10, 3638:12, 3638:13, 3638:21, 3638:25, 3639:1, 3639:7,

3639:11, 3639:18, 3639:19, 3639:23, 3640:3, 3640:6, 3640:7, 3640:9, 3640:17, 3640:20, 3641:5, 3641:16, 3641:19, 3641:20, 3641:22, 3642:4, 3642:9, 3643:1, 3643:2, 3643:3, 3643:9, 3643:11, 3643:14, 3643:17, 3643:18, 3643:19, 3643:20, 3644:5, 3644:13, 3644:18, 3644:20, 3644:24, 3645:9, 3645:17, 3646:2, 3646:3, 3646:5, 3646:7, 3646:9, 3646:10, 3646:11, 3646:14, 3646:15, 3646:16, 3646:17, 3646:19, 3646:21, 3646:22, 3646:23, 3647:9, 3647:25, 3648:24, 3649:4, 3649:5, 3649:10, 3649:17, 3649:25, 3650:1, 3650:2, 3650:3, 3650:4, 3650:5, 3650:9, 3650:10, 3650:11, 3650:13, 3650:16, 3650:23, 3650:25, 3651:11, 3651:12, 3651:14, 3651:22, 3652:6, 3652:8, 3652:10, 3652:11, 3652:17, 3652:18, 3653:11, 3653:24, 3654:10, 3654:18, 3655:5, 3655:16, 3655:21, 3656:1, 3656:8, 3656:11, 3656:19, 3656:20, 3656:24, 3657:2, 3657:19, 3658:8, 3658:15, 3658:24, 3659:2, 3659:20, 3660:11, 3660:14, 3660:16, 3660:22, 3661:6, 3661:19, 3662:8, 3663:22, 3664:3, 3664:13, 3665:6, 3665:8, 3665:14
**AAD** [1] - 3609:23
**ABATE** [1] - 3570:11
**ABBREVIATIONS** [1] - 3653:10
**ABILITY** [3] - 3573:3,

3640:21, 3665:9
**ABLE** [7] - 3568:7, 3568:9, 3577:19, 3601:12, 3611:15, 3631:24, 3661:22
**ABNORMALLY** [1] - 3649:20
**ABOUT** [75] - 3565:5, 3566:25, 3569:16, 3569:17, 3571:18, 3572:9, 3573:14, 3574:17, 3574:24, 3576:14, 3576:19, 3578:1, 3580:16, 3582:23, 3584:13, 3584:16, 3588:4, 3588:10, 3588:22, 3589:7, 3590:2, 3594:3, 3596:4, 3597:20, 3598:1, 3598:13, 3599:5, 3600:6, 3601:9, 3602:14, 3602:15, 3604:21, 3605:16, 3611:24, 3613:19, 3613:20, 3613:24, 3615:10, 3615:25, 3616:1, 3616:2, 3616:4, 3616:6, 3619:18, 3620:8, 3621:14, 3622:2, 3624:24, 3625:8, 3630:14, 3636:5, 3636:6, 3638:11, 3638:13, 3638:18, 3639:10, 3639:18, 3640:13, 3640:17, 3642:13, 3643:23, 3644:11, 3645:20, 3646:15, 3646:25, 3647:1, 3647:23, 3648:19, 3652:15, 3653:25, 3658:15, 3658:24, 3659:4
**ABOVE** [5] - 3588:15, 3606:21, 3614:13, 3647:2, 3665:10
**ABOVE-ENTITLED** [1] - 3665:10
**ACCELERATIONS** [1] - 3661:21
**ACCEPT** [2] - 3582:5, 3632:4
**ACCEPTABLE** [3] - 3592:18, 3593:5
**ACCEPTED** [2] - 3607:3, 3631:9
**ACCESS** [1] - 3616:23

**ACCOUNT** [9] - 3580:5, 3580:7, 3580:8, 3585:20, 3597:23, 3599:14, 3599:20, 3599:22, 3600:5

**ACCOUNTS** [10] - 3584:4, 3599:16, 3599:19, 3599:20, 3599:25, 3602:17, 3604:12, 3605:9, 3615:11, 3624:5

**ACCURATE** [3] - 3567:15, 3630:10, 3630:11

**ACKNOWLEDGED** [1] - 3574:13

**ACRONYM** [1] - 3659:15

**ACROSS** [6] - 3584:14, 3603:2, 3632:25, 3633:5, 3645:21, 3650:25

**ACT** [3] - 3599:12, 3600:3, 3651:10

**ACTION** [2] - 3566:20, 3620:16

**ACTIVITIES** [4] - 3580:4, 3583:14, 3584:21, 3588:13

**ACTUAL** [4] - 3566:14, 3576:24, 3588:9, 3633:10

**ACTUALLY** [29] - 3568:19, 3573:23, 3580:14, 3582:12, 3589:4, 3590:5, 3590:8, 3594:7, 3597:7, 3623:14, 3634:18, 3635:18, 3636:14, 3640:7, 3640:16, 3646:9, 3646:10, 3646:14, 3646:23, 3647:2, 3649:10, 3650:4, 3650:9, 3655:12, 3656:24, 3659:23, 3660:7, 3661:8, 3661:12

**ADCIRC** [2] - 3647:16, 3647:18

**ADD** [6] - 3592:24, 3593:20, 3595:8, 3595:9, 3614:14

**ADD-ONS** [1] - 3595:8, 3595:9

**ADDED** [7] - 3593:23, 3593:25, 3594:24, 3595:6, 3605:10, 3647:2,

3655:5

**ADDITION** [1] - 3595:11

**ADDITIONAL** [6] - 3577:4, 3588:15, 3588:16, 3592:23, 3606:22, 3614:19

**ADDITIONS** [1] - 3595:9

**ADDRESS** [1] - 3603:14

**ADDRESSED** [1] - 3576:21

**ADDS** [1] - 3646:13

**ADJUSTMENTS** [1] - 3604:17

**ADMINISTRATION** [9] - 3590:2, 3590:7, 3592:21, 3593:3, 3594:20, 3594:22, 3607:21, 3623:3, 3629:13

**ADMINISTRATIONS** [1] - 3598:17

**ADMISSION** [1] - 3569:1

**ADMITTED** [6] - 3565:2, 3565:4, 3565:25, 3568:13, 3569:7

**ADVANCE** [1] - 3600:9

**ADVANCED** [2] - 3656:16, 3659:21

**ADVANTAGE** [1] - 3656:11

**ADVISED** [1] - 3568:19

**AERIAL** [1] - 3635:5

**AFFECT** [15] - 3638:25, 3639:5, 3639:14, 3640:11, 3644:19, 3645:1, 3645:23, 3646:2, 3646:24, 3647:4, 3647:24, 3648:13, 3649:12, 3649:23, 3652:8

**AFFECTED** [1] - 3642:14

**AFTER** [14] - 3584:7, 3585:5, 3585:7, 3587:14, 3588:11, 3589:9, 3589:15, 3590:25, 3625:10, 3629:1, 3629:2, 3630:14, 3630:21, 3637:13

**AGAIN** [22] - 3564:24, 3565:14,

3565:25, 3574:17, 3577:23, 3582:10, 3584:17, 3585:16, 3594:23, 3600:18, 3602:8, 3605:4, 3614:5, 3614:8, 3616:13, 3636:10, 3649:14, 3649:22, 3655:1, 3657:6, 3657:14, 3657:16

**AGAINST** [4] - 3615:9, 3615:11, 3651:17, 3662:25

**AGENCIES** [2] - 3583:5, 3629:20

**AGENCY** [2] - 3629:7, 3629:22

**AGGREGATED** [1] - 3618:7

**AGO** [1] - 3619:23

**AGREE** [5] - 3574:6, 3602:1, 3620:9, 3621:17, 3621:23

**AHEAD** [4] - 3565:13, 3631:12, 3636:9, 3649:8

**AIR** [2] - 3638:2, 3643:8

**AL** [2] - 3560:2, 3560:5

**ALABAMA** [1] - 3648:10

**ALASKA** [4] - 3592:7, 3592:8, 3592:9

**ALL** [77] - 3565:15, 3568:8, 3568:16, 3568:17, 3577:15, 3580:4, 3582:3, 3582:20, 3582:24, 3583:4, 3583:6, 3583:7, 3583:14, 3584:4, 3584:12, 3584:14, 3584:21, 3585:3, 3585:4, 3585:10, 3585:21, 3588:24, 3589:7, 3589:21, 3595:2, 3595:10, 3596:14, 3597:3, 3597:25, 3598:13, 3598:18, 3599:21, 3599:22, 3599:23, 3601:4, 3601:18, 3601:22, 3602:17, 3603:12, 3606:4, 3606:6, 3606:7, 3606:8, 3606:15, 3606:17, 3606:19, 3608:24, 3610:2, 3611:20,

3611:24, 3613:17, 3613:24, 3615:8, 3615:10, 3615:11, 3615:14, 3617:10, 3620:3, 3622:13, 3623:23, 3628:22, 3637:15, 3638:21, 3640:10, 3645:10, 3649:3, 3651:9, 3652:21, 3657:17, 3664:9, 3664:12

**ALLOCATED** [1] - 3604:15

**ALLOCATION** [3] - 3589:2, 3589:11, 3589:14

**ALLOCATIONS** [2] - 3588:13, 3591:22

**ALLOW** [4] - 3582:6, 3598:25, 3604:3, 3604:4

**ALLOWS** [1] - 3659:24

**ALMOST** [7] - 3626:24, 3644:7, 3645:24, 3646:17, 3648:17, 3648:21, 3658:18

**ALONG** [6] - 3634:18, 3638:22, 3639:17, 3640:7, 3656:1, 3664:3

**ALREADY** [6] - 3564:11, 3568:19, 3568:25, 3643:14, 3661:2, 3663:11

**ALSO** [24] - 3562:1, 3571:8, 3572:15, 3573:20, 3576:4, 3578:3, 3579:15, 3579:22, 3580:4, 3585:9, 3588:15, 3590:20, 3594:10, 3595:12, 3595:15, 3603:14, 3605:10, 3614:9, 3630:1, 3633:1, 3637:2, 3651:21, 3658:24

**ALTERNATIVE** [1] - 3588:18

**ALTERNATIVES** [1] - 3570:11

**ALTHOUGH** [2] - 3653:4, 3660:22

**ALWAYS** [5] - 3596:23, 3605:22, 3609:4, 3614:16, 3614:18

**AM** [32] - 3565:5, 3567:11, 3567:17,

3568:13, 3569:4, 3569:12, 3569:13, 3571:17, 3574:11, 3575:25, 3576:1, 3579:1, 3579:5, 3582:22, 3598:25, 3602:20, 3616:1, 3616:5, 3617:8, 3618:19, 3618:21, 3621:5, 3621:16, 3627:19, 3631:7, 3632:4, 3635:1, 3635:7, 3636:3, 3642:3, 3645:3, 3664:8

**AMERICA** [1] - 3560:5

**AMIN** [1] - 3562:6

**AMORTIZED** [1] - 3612:5

**AMOUNT** [8] - 3575:17, 3577:11, 3583:12, 3583:13, 3591:17, 3595:13, 3608:8, 3641:23

**AMOUNTS** [1] - 3645:16

**AN** [86] - 3564:17, 3565:12, 3565:21, 3566:3, 3567:15, 3570:9, 3570:18, 3571:3, 3571:6, 3573:10, 3575:2, 3575:5, 3575:20, 3581:13, 3581:21, 3581:24, 3583:5, 3584:23, 3589:10, 3589:11, 3589:16, 3589:17, 3590:14, 3593:6, 3595:5, 3595:6, 3595:11, 3595:15, 3597:2, 3598:14, 3599:20, 3602:13, 3602:20, 3602:23, 3603:9, 3603:17, 3603:21, 3603:24, 3606:3, 3607:21, 3608:21, 3610:4, 3612:11, 3613:11, 3618:1, 3619:7, 3619:12, 3620:18, 3623:21, 3626:17, 3627:25, 3631:3, 3631:8, 3631:17, 3631:24, 3632:4, 3632:9, 3632:25, 3633:1, 3635:8, 3635:9, 3637:4, 3637:12, 3638:7, 3638:11,

3638:18, 3639:10,
3640:12, 3640:24,
3642:22, 3643:15,
3644:23, 3645:20,
3646:6, 3646:8,
3647:18, 3647:23,
3650:4, 3651:21,
3653:18, 3659:15
  **ANALYSIS** [2] -
3608:23, 3652:10
  **AND** [598] - 3564:18,
3564:20, 3565:2,
3565:5, 3565:8,
3565:12, 3566:4,
3566:6, 3566:12,
3566:25, 3567:8,
3568:7, 3568:9,
3568:17, 3569:1,
3569:17, 3569:20,
3569:23, 3570:6,
3570:9, 3570:14,
3570:18, 3570:21,
3570:24, 3571:4,
3571:6, 3571:7,
3571:8, 3572:4,
3572:14, 3572:15,
3572:19, 3573:2,
3573:4, 3573:6,
3573:11, 3573:13,
3573:20, 3574:4,
3574:12, 3574:23,
3575:5, 3575:7,
3575:16, 3576:1,
3576:19, 3576:20,
3577:2, 3577:3,
3577:5, 3577:11,
3577:19, 3577:20,
3578:1, 3578:3,
3578:6, 3578:7,
3578:12, 3578:19,
3578:21, 3579:2,
3579:7, 3579:13,
3579:14, 3579:15,
3579:18, 3579:24,
3579:25, 3580:3,
3580:4, 3580:7,
3580:10, 3580:17,
3581:3, 3581:6,
3581:12, 3581:13,
3581:14, 3581:15,
3581:17, 3581:23,
3581:24, 3582:1,
3582:2, 3582:5,
3582:8, 3582:14,
3582:16, 3583:1,
3583:2, 3583:5,
3583:6, 3583:7,
3583:20, 3583:23,
3583:24, 3584:4,
3584:5, 3584:10,
3584:12, 3584:13,

3584:15, 3585:1,
3585:9, 3585:10,
3585:15, 3585:18,
3585:20, 3585:23,
3586:4, 3586:7,
3586:14, 3586:20,
3586:22, 3587:4,
3587:9, 3587:14,
3587:18, 3587:22,
3587:25, 3588:4,
3588:7, 3588:10,
3588:15, 3588:19,
3588:21, 3588:25,
3589:1, 3589:2,
3589:8, 3589:9,
3589:17, 3589:20,
3589:22, 3590:1,
3590:2, 3590:9,
3590:12, 3590:14,
3590:15, 3590:23,
3590:25, 3591:3,
3591:5, 3591:6,
3591:8, 3591:14,
3591:15, 3591:17,
3591:19, 3591:20,
3591:22, 3591:23,
3592:2, 3592:6,
3592:13, 3592:16,
3592:18, 3593:2,
3593:10, 3593:11,
3593:12, 3593:13,
3593:20, 3593:25,
3594:16, 3594:18,
3595:3, 3595:13,
3595:19, 3596:1,
3596:3, 3596:8,
3596:15, 3596:18,
3596:19, 3596:20,
3598:10, 3598:11,
3598:12, 3598:15,
3599:4, 3599:9,
3599:11, 3599:13,
3599:15, 3599:22,
3599:23, 3599:24,
3600:2, 3600:5,
3600:6, 3600:7,
3600:8, 3600:10,
3600:11, 3600:12,
3601:3, 3601:6,
3601:7, 3601:9,
3601:10, 3601:11,
3601:15, 3601:16,
3602:8, 3602:13,
3602:19, 3602:20,
3602:25, 3603:1,
3603:3, 3603:6,
3603:9, 3603:18,
3604:3, 3604:9,
3604:10, 3604:24,
3605:2, 3605:9,
3605:16, 3606:5,

3606:7, 3606:12,
3606:13, 3606:16,
3606:19, 3606:20,
3606:25, 3607:3,
3607:7, 3607:13,
3608:10, 3608:18,
3609:4, 3609:9,
3609:17, 3609:21,
3609:22, 3610:2,
3610:3, 3610:4,
3610:23, 3611:4,
3611:23, 3612:6,
3612:8, 3612:13,
3612:17, 3612:21,
3613:3, 3613:5,
3613:8, 3613:14,
3613:19, 3613:24,
3614:1, 3614:3,
3614:6, 3614:8,
3614:10, 3614:11,
3614:12, 3614:16,
3614:18, 3614:21,
3615:1, 3615:5,
3615:8, 3615:10,
3615:14, 3616:4,
3616:11, 3616:15,
3616:22, 3617:2,
3617:9, 3617:12,
3618:7, 3618:10,
3618:14, 3618:21,
3619:7, 3619:18,
3619:25, 3620:2,
3620:3, 3620:5,
3620:15, 3620:19,
3621:1, 3621:6,
3621:13, 3621:18,
3621:23, 3622:4,
3622:9, 3622:21,
3622:24, 3623:7,
3623:12, 3623:14,
3623:17, 3623:19,
3623:22, 3623:23,
3624:4, 3624:8,
3624:11, 3624:20,
3624:24, 3625:4,
3625:8, 3625:14,
3625:24, 3626:12,
3626:14, 3626:17,
3627:1, 3627:4,
3627:9, 3627:15,
3627:19, 3628:2,
3628:9, 3628:11,
3628:15, 3628:16,
3628:18, 3628:19,
3628:21, 3628:24,
3629:11, 3629:12,
3629:14, 3629:15,
3629:17, 3629:19,
3630:1, 3630:7,
3630:19, 3630:21,
3630:23, 3630:24,

3631:4, 3631:8,
3631:12, 3631:18,
3631:22, 3631:25,
3632:10, 3632:15,
3633:8, 3633:10,
3633:16, 3633:18,
3633:22, 3633:24,
3634:1, 3634:2,
3634:7, 3634:13,
3634:16, 3634:18,
3634:21, 3634:23,
3635:9, 3635:10,
3635:11, 3635:12,
3635:13, 3635:16,
3636:1, 3636:6,
3636:12, 3636:14,
3636:16, 3636:18,
3636:19, 3637:2,
3637:9, 3637:10,
3637:11, 3637:15,
3637:20, 3638:5,
3638:15, 3638:17,
3638:19, 3638:20,
3638:22, 3639:2,
3639:3, 3639:8,
3639:11, 3639:16,
3639:19, 3639:22,
3639:24, 3640:2,
3640:4, 3640:6,
3640:17, 3640:22,
3641:7, 3641:8,
3641:11, 3641:14,
3641:16, 3641:21,
3641:22, 3642:1,
3642:4, 3642:13,
3642:20, 3643:2,
3643:10, 3643:13,
3643:16, 3643:20,
3643:21, 3643:23,
3644:4, 3644:5,
3644:21, 3644:25,
3645:4, 3645:7,
3645:11, 3645:12,
3645:17, 3645:18,
3645:20, 3646:5,
3646:12, 3646:13,
3646:14, 3646:16,
3646:17, 3646:18,
3646:19, 3646:20,
3646:21, 3647:1,
3647:7, 3647:16,
3647:17, 3647:20,
3647:25, 3648:1,
3648:3, 3648:11,
3648:16, 3648:21,
3649:3, 3649:15,
3649:16, 3649:17,
3649:18, 3649:20,
3649:22, 3650:6,
3650:10, 3650:14,
3650:17, 3650:23,

3651:2, 3651:5,
3651:6, 3651:7,
3651:9, 3651:12,
3651:14, 3651:17,
3651:20, 3651:24,
3652:1, 3652:3,
3652:7, 3652:8,
3652:21, 3652:24,
3653:16, 3653:24,
3654:2, 3654:9,
3654:20, 3654:21,
3655:2, 3655:7,
3655:8, 3655:16,
3655:17, 3655:18,
3655:23, 3655:25,
3656:1, 3656:4,
3656:10, 3656:16,
3656:20, 3656:22,
3657:6, 3657:12,
3657:15, 3657:19,
3657:21, 3657:24,
3658:2, 3658:18,
3658:24, 3659:4,
3659:7, 3659:12,
3659:15, 3659:16,
3659:18, 3659:19,
3659:24, 3660:4,
3660:7, 3660:8,
3660:12, 3660:16,
3661:5, 3661:8,
3661:10, 3661:12,
3661:16, 3661:17,
3661:24, 3662:1,
3662:4, 3662:6,
3662:8, 3662:11,
3662:14, 3662:17,
3663:2, 3663:10,
3663:12, 3663:22,
3663:25, 3664:1,
3664:4, 3664:6,
3665:8, 3665:9,
3665:10
  **ANDRY** [2] -
3560:19, 3560:19
  **ANGELES** [1] -
3560:14
  **ANGLE** [12] - 3627:8,
3633:1, 3644:18,
3644:23, 3644:24,
3645:1, 3645:23,
3645:24, 3650:13,
3651:8, 3651:12
  **ANGLES** [1] -
3650:13
  **ANNOUNCING** [1] -
3593:11
  **ANNUAL** [17] -
3571:3, 3571:6,
3575:2, 3578:1,
3581:11, 3583:3,

3597:1, 3605:13, 3609:24, 3610:4, 3610:5, 3610:19, 3610:20, 3612:3, 3612:6, 3612:8, 3623:16

**ANOTHER** [14] - 3576:5, 3576:13, 3580:14, 3580:15, 3591:20, 3605:3, 3606:11, 3614:6, 3629:14, 3633:6, 3637:2, 3644:3, 3662:10, 3663:12

**ANSWER** [6] - 3569:24, 3572:22, 3574:16, 3589:15, 3590:15, 3618:3

**ANSWERED** [1] - 3621:10

**ANSWERING** [1] - 3613:7

**ANTICIPATING** [1] - 3566:6

**ANY** [36] - 3565:8, 3566:17, 3567:1, 3578:13, 3580:22, 3581:23, 3583:20, 3587:2, 3589:12, 3616:3, 3617:18, 3617:20, 3617:21, 3618:10, 3618:17, 3620:3, 3620:4, 3620:6, 3624:19, 3625:9, 3625:12, 3625:15, 3628:15, 3629:20, 3630:22, 3631:19, 3639:23, 3642:11, 3642:17, 3644:10, 3648:18, 3650:2, 3660:24, 3661:1

**ANYBODY'S** [1] - 3642:3

**ANYONE** [1] - 3625:13

**ANYTHING** [10] - 3566:10, 3572:1, 3573:15, 3576:24, 3592:7, 3595:6, 3606:18, 3634:2, 3654:17, 3661:4

**ANYWAY** [3] - 3565:10, 3571:25, 3592:22

**ANYWHERE** [1] - 3647:1

**APPEAL** [5] - 3568:17, 3589:10, 3589:11, 3614:12

**APPEARANCES** [1] - 3560:11

**APPEARS** [1] - 3602:4

**APPENDICES** [1] - 3623:25

**APPENDIX** [1] - 3623:21

**APPLY** [1] - 3622:4

**APPROACH** [9] - 3627:9, 3633:1, 3633:11, 3635:9, 3644:18, 3644:19, 3644:24, 3645:1, 3645:23

**APPROACHED** [5] - 3635:15, 3635:19, 3636:16, 3637:24, 3637:25

**APPROACHES** [2] - 3634:24, 3646:5

**APPROPRIATE** [5] - 3620:5, 3623:11, 3624:23, 3625:2, 3631:21

**APPROPRIATED** [1] - 3617:11

**APPROPRIATION** [2] - 3618:1, 3621:18

**APPROPRIATIONS** [2] - 3592:10, 3624:25

**APPROXIMATE** [1] - 3663:7

**APPROXIMATELY** [6] - 3577:13, 3642:21, 3643:22, 3643:23, 3663:22, 3664:9

**ARE** [102] - 3565:4, 3565:5, 3565:10, 3567:3, 3568:9, 3568:12, 3568:20, 3569:4, 3569:5, 3570:17, 3571:12, 3571:13, 3578:25, 3580:23, 3581:13, 3583:11, 3586:7, 3587:21, 3588:1, 3589:12, 3589:23, 3590:10, 3590:11, 3592:6, 3593:4, 3594:13, 3594:15, 3595:10, 3596:9, 3596:14, 3596:15, 3599:19, 3599:20, 3599:24, 3601:13, 3601:18, 3606:6, 3606:15, 3606:18, 3607:2, 3607:4, 3607:17, 3607:18, 3607:21, 3608:10,

3608:16, 3609:14, 3610:14, 3610:20, 3611:4, 3611:9, 3611:19, 3611:21, 3612:10, 3612:15, 3616:6, 3616:9, 3616:11, 3617:2, 3619:15, 3621:17, 3622:20, 3623:3, 3623:12, 3624:4, 3628:21, 3629:14, 3629:20, 3630:10, 3632:20, 3633:24, 3634:9, 3634:12, 3637:3, 3638:5, 3638:11, 3639:3, 3641:9, 3642:1, 3643:14, 3645:10, 3645:16, 3650:17, 3654:16, 3655:4, 3655:8, 3655:17, 3656:5, 3656:7, 3656:13, 3656:14, 3657:8, 3661:17, 3662:8, 3662:10, 3662:11, 3662:14, 3662:17, 3663:8

**AREA** [18] - 3575:25, 3576:2, 3576:12, 3580:2, 3580:15, 3586:9, 3586:10, 3614:4, 3614:5, 3628:21, 3632:25, 3635:7, 3645:9, 3645:20, 3652:8, 3655:19, 3658:2, 3663:5

**AREAS** [14] - 3573:4, 3587:18, 3599:17, 3610:17, 3614:7, 3623:22, 3624:5, 3627:5, 3645:15, 3645:17, 3645:25, 3650:23, 3652:25

**AREN'T** [1] - 3616:9

**ARM** [1] - 3623:9

**ARMY** [13] - 3579:1, 3586:11, 3586:20, 3587:1, 3588:13, 3599:9, 3619:10, 3621:17, 3622:14, 3622:22, 3623:15, 3625:13, 3625:14

**AROUND** [9] - 3583:18, 3584:2, 3605:2, 3612:15, 3615:25, 3628:22, 3633:21, 3636:17, 3641:16

**ARRAY** [1] - 3572:25

**ARRIVED** [1] - 3660:9

**ARTICLE** [4] - 3570:9, 3578:4, 3578:11, 3619:22

**AS** [92] - 3564:22, 3565:18, 3565:23, 3566:6, 3567:4, 3569:15, 3569:21, 3572:25, 3573:6, 3574:19, 3575:20, 3576:7, 3576:24, 3578:6, 3578:19, 3579:9, 3579:11, 3581:14, 3586:9, 3586:10, 3587:5, 3587:25, 3588:14, 3590:12, 3590:15, 3594:7, 3595:21, 3598:9, 3599:7, 3601:1, 3601:7, 3601:8, 3604:4, 3606:3, 3606:17, 3609:13, 3610:13, 3610:14, 3611:14, 3616:12, 3617:8, 3620:1, 3620:21, 3621:13, 3622:2, 3622:18, 3623:23, 3626:12, 3626:24, 3629:13, 3629:24, 3631:4, 3631:8, 3631:17, 3631:24, 3632:3, 3632:4, 3632:10, 3633:23, 3634:7, 3634:24, 3635:13, 3635:15, 3635:19, 3636:16, 3637:12, 3638:15, 3641:20, 3642:24, 3643:10, 3645:4, 3645:7, 3647:6, 3648:25, 3649:1, 3649:2, 3649:14, 3651:3, 3651:10, 3651:14, 3651:22, 3652:14, 3653:23, 3654:21, 3656:7, 3656:8, 3659:9

**ASHLEY** [1] - 3562:2

**ASIDE** [1] - 3613:11

**ASK** [9] - 3565:1, 3569:16, 3581:17, 3582:22, 3584:16, 3596:18, 3598:1, 3603:13, 3625:2

**ASKED** [13] - 3565:15, 3575:11, 3581:10, 3591:7, 3591:9, 3617:13,

3630:15, 3630:19, 3630:25, 3660:4, 3660:18, 3661:2, 3663:11

**ASKING** [4] - 3569:14, 3574:17, 3576:8, 3596:9

**ASSESSMENT** [1] - 3603:11

**ASSESSMENTS** [1] - 3607:13

**ASSIGNED** [3] - 3600:3, 3658:20, 3661:15

**ASSIMILATE** [3] - 3579:14, 3584:12, 3584:14

**ASSIMILATING** [1] - 3585:10

**ASSISTANT** [13] - 3586:11, 3586:14, 3586:20, 3587:1, 3587:18, 3588:12, 3589:17, 3599:9, 3606:22, 3622:21, 3623:6, 3623:15, 3625:13

**ASSOCIATES** [2] - 3560:12, 3561:7

**ASSOCIATION** [1] - 3572:11

**ASSUME** [2] - 3618:19, 3622:17

**ASSUMING** [1] - 3568:13

**ASSUMPTION** [1] - 3612:20

**ASSURANCE** [1] - 3585:9

**AT** [149] - 3564:20, 3565:9, 3566:1, 3567:1, 3568:2, 3568:6, 3568:7, 3568:10, 3570:22, 3571:13, 3576:4, 3576:5, 3576:14, 3576:19, 3577:25, 3579:22, 3580:12, 3581:7, 3581:9, 3582:18, 3584:11, 3584:22, 3585:7, 3585:13, 3585:14, 3585:15, 3585:16, 3585:21, 3586:18, 3587:17, 3587:21, 3589:5, 3590:3, 3591:13, 3591:18, 3592:8, 3592:9, 3592:10, 3592:17, 3595:2, 3596:22,

3598:3, 3598:12, 3598:15, 3599:9, 3600:10, 3601:3, 3601:9, 3601:11, 3601:14, 3601:22, 3603:1, 3603:12, 3603:24, 3604:15, 3605:4, 3606:6, 3606:9, 3606:15, 3608:15, 3608:19, 3608:22, 3608:25, 3610:1, 3610:6, 3610:8, 3610:13, 3610:17, 3611:14, 3612:20, 3615:1, 3617:1, 3619:21, 3620:3, 3620:20, 3625:12, 3627:17, 3627:24, 3628:10, 3628:13, 3629:4, 3630:1, 3630:12, 3630:14, 3630:20, 3630:25, 3631:7, 3631:16, 3636:7, 3636:25, 3637:7, 3637:22, 3638:4, 3638:6, 3638:11, 3638:18, 3639:24, 3640:2, 3640:24, 3641:18, 3642:22, 3643:7, 3643:14, 3643:18, 3644:3, 3644:22, 3644:23, 3645:24, 3646:6, 3646:8, 3646:11, 3646:22, 3647:1, 3648:15, 3648:16, 3652:20, 3652:23, 3652:25, 3653:16, 3654:21, 3655:3, 3655:17, 3656:12, 3656:18, 3658:1, 3658:5, 3658:22, 3659:2, 3659:20, 3660:23, 3661:16, 3661:17, 3661:20, 3662:17, 3663:4, 3663:5, 3663:6, 3663:25, 3664:3, 3664:9

**ATLANTIC** [3] - 3629:21, 3629:23, 3635:10

**ATMOSPHERIC** [1] - 3629:12

**ATTEMPTED** [1] - 3647:21

**ATTENDANT** [1] - 3644:19

**ATTENTION** [5] -

3564:10, 3565:2, 3565:11, 3586:17, 3630:16

**ATTORNEY** [1] - 3574:15

**AUGUST** [9] - 3588:6, 3606:13, 3615:25, 3635:23, 3636:1, 3637:20, 3645:18

**AUTHOR** [2] - 3642:2, 3642:3

**AUTHORITY** [4] - 3573:3, 3573:16, 3597:9, 3604:4

**AUTHORIZATION** [2] - 3608:20, 3621:18

**AUTHORIZED** [4] - 3564:22, 3581:12, 3608:17, 3608:18

**AVAILABILITY** [1] - 3611:5

**AVAILABLE** [2] - 3612:14, 3640:25

**AVENUE** [2] - 3560:23, 3561:12

**AVERAGE** [12] - 3575:20, 3605:13, 3609:24, 3610:4, 3610:5, 3612:6, 3639:10, 3640:13, 3640:16, 3646:25, 3654:19, 3654:22

**AWARD** [1] - 3627:3

**AWARDED** [1] - 3627:2

**AWARE** [3] - 3575:25, 3576:20, 3617:2

**AWAY** [5] - 3609:19, 3627:17, 3633:9, 3650:22, 3658:21

**AXIS** [1] - 3641:7

**B**

**B** [1] - 3560:19

**BACK** [30] - 3577:20, 3581:6, 3583:7, 3589:5, 3589:6, 3589:8, 3589:13, 3592:16, 3593:12, 3593:20, 3594:18, 3601:3, 3604:10, 3604:11, 3605:25, 3607:9, 3609:6, 3620:8, 3625:24, 3630:7, 3631:23, 3635:18, 3635:20, 3646:20, 3651:2, 3651:6, 3655:13,

3656:9, 3657:16, 3657:17

**BACKGROUND** [1] - 3628:5

**BAEZA** [1] - 3562:5

**BAHAMAS** [1] - 3635:12

**BAHAMAS'S** [1] - 3635:5

**BALLPOINT** [1] - 3643:20

**BANG** [1] - 3614:11

**BANK** [6] - 3570:5, 3570:10, 3570:17, 3572:25, 3573:3, 3617:20

**BARON** [1] - 3560:22

**BARONNE** [2] - 3560:17, 3560:20

**BARRIER** [2] - 3650:23, 3651:11

**BARRIERS** [2] - 3650:17, 3651:18

**BASE** [3] - 3574:2, 3633:21, 3652:12

**BASED** [12] - 3577:4, 3600:1, 3634:4, 3634:5, 3654:13, 3659:7, 3660:19, 3662:1, 3662:19, 3663:2

**BASELINE** [1] - 3661:24

**BASICALLY** [11] - 3579:11, 3585:22, 3588:1, 3596:20, 3597:24, 3597:25, 3599:16, 3607:17, 3624:8, 3655:10, 3661:23

**BASIS** [3] - 3571:3, 3571:7, 3574:3

**BATH** [1] - 3647:15

**BATH-SL15** [1] - 3647:15

**BATHEMTRY** [9] - 3627:9, 3633:7, 3633:8, 3647:4, 3647:9, 3648:13, 3648:15, 3649:12

**BATHTUB** [3] - 3646:16, 3646:17, 3646:18

**BATON** [2] - 3561:10, 3561:16

**BAY** [3] - 3651:2, 3660:8, 3660:16

**BCR** [2] - 3608:13, 3609:22

**BE** [105] - 3564:5,

3567:22, 3568:7, 3569:7, 3569:14, 3571:5, 3572:19, 3576:17, 3577:10, 3578:20, 3582:14, 3582:15, 3583:5, 3583:13, 3585:14, 3586:10, 3587:17, 3589:13, 3590:23, 3591:8, 3591:11, 3591:22, 3592:1, 3592:4, 3592:16, 3592:17, 3592:18, 3593:3, 3593:8, 3593:13, 3594:7, 3594:12, 3595:8, 3595:15, 3596:10, 3596:18, 3599:11, 3599:13, 3600:1, 3600:5, 3600:7, 3601:12, 3601:16, 3602:4, 3602:11, 3602:15, 3603:10, 3604:23, 3604:24, 3606:16, 3606:21, 3607:12, 3608:24, 3609:1, 3609:10, 3609:14, 3609:15, 3609:24, 3610:1, 3610:4, 3610:21, 3610:22, 3611:1, 3611:3, 3611:15, 3611:16, 3611:23, 3612:12, 3613:15, 3613:24, 3614:25, 3615:2, 3615:16, 3618:5, 3618:10, 3618:11, 3619:4, 3619:7, 3619:9, 3619:19, 3620:20, 3624:3, 3624:4, 3624:6, 3626:5, 3630:25, 3631:20, 3633:21, 3637:5, 3639:4, 3644:7, 3647:22, 3650:4, 3652:14, 3653:17, 3654:12, 3655:11, 3655:12, 3655:21, 3656:17, 3657:10, 3661:22

**BEACH** [14] - 3593:6, 3593:8, 3593:9, 3593:12, 3593:13, 3593:16, 3593:17, 3593:21, 3593:24, 3593:25, 3594:23, 3594:24, 3648:19

**BECAME** [6] - 3597:22, 3598:19, 3635:12, 3635:16,

3658:24, 3659:9

**BECAUSE** [39] - 3566:23, 3574:7, 3586:18, 3589:3, 3592:4, 3594:20, 3595:22, 3596:12, 3597:2, 3602:21, 3604:14, 3605:8, 3606:14, 3608:1, 3608:6, 3609:11, 3614:15, 3616:1, 3617:15, 3618:4, 3633:20, 3636:3, 3639:15, 3641:1, 3641:9, 3643:11, 3645:15, 3648:21, 3649:2, 3649:18, 3650:5, 3651:16, 3654:5, 3656:19, 3656:25, 3657:14, 3660:14, 3663:10, 3664:3

**BECOME** [3] - 3580:21, 3580:22, 3597:4

**BECOMES** [2] - 3586:12, 3590:1

**BECOMING** [1] - 3628:9

**BED** [1] - 3564:18

**BEEN** [37] - 3564:17, 3565:1, 3565:4, 3565:6, 3565:24, 3568:13, 3569:21, 3569:25, 3572:4, 3573:14, 3573:21, 3579:2, 3579:3, 3580:15, 3581:12, 3584:1, 3593:7, 3595:3, 3595:12, 3597:1, 3597:20, 3598:5, 3599:12, 3605:5, 3605:7, 3609:4, 3611:13, 3612:4, 3613:17, 3619:9, 3625:5, 3631:8, 3631:9, 3634:10, 3634:11, 3659:19

**BEFORE** [21] - 3560:8, 3564:19, 3566:22, 3567:25, 3570:7, 3571:14, 3576:5, 3577:6, 3579:20, 3580:14, 3590:19, 3598:1, 3625:10, 3625:12, 3633:12, 3635:17, 3640:10, 3647:12, 3659:7, 3659:20,

3664:2

**BEFOREHAND** [1] - 3647:14

**BEGAN** [9] - 3599:3, 3599:5, 3630:1, 3637:10, 3637:11, 3637:25, 3638:1, 3638:20, 3658:18

**BEGIN** [4] - 3581:18, 3582:11, 3590:10, 3633:12

**BEGINNING** [1] - 3598:15

**BEGINS** [3] - 3582:12, 3584:14, 3634:24

**BEHALF** [1] - 3627:23

**BEHIND** [1] - 3637:4

**BEING** [8] - 3565:9, 3581:1, 3587:25, 3608:8, 3618:7, 3628:25, 3630:18, 3647:21

**BELIEVE** [9] - 3567:8, 3567:13, 3572:21, 3578:12, 3623:14, 3624:21, 3632:18, 3661:1

**BENEFIT** [18] - 3585:22, 3585:23, 3600:21, 3605:12, 3605:17, 3607:18, 3607:21, 3608:14, 3608:16, 3608:17, 3608:18, 3608:21, 3608:24, 3609:1, 3609:9, 3609:19, 3613:17

**BENEFITS** [10] - 3605:13, 3609:15, 3610:19, 3610:20, 3610:21, 3612:7, 3612:8, 3612:9

**BENJAMIN** [1] - 3562:13

**BERNARD** [2] - 3565:17, 3621:13

**BEST** [11] - 3577:10, 3588:14, 3600:7, 3603:11, 3632:22, 3646:14, 3648:15, 3661:9, 3661:15, 3662:24, 3665:8

**BETTER** [2] - 3601:13, 3630:6

**BETWEEN** [12] - 3564:18, 3573:10, 3586:19, 3590:2, 3599:15, 3620:3,

3628:21, 3641:23, 3642:19, 3644:3, 3656:8, 3656:22

**BEYOND** [2] - 3588:19, 3595:6

**BIG** [6] - 3595:21, 3596:3, 3640:9, 3641:22, 3645:12, 3657:14

**BIGGEST** [1] - 3614:10

**BILL** [3] - 3591:19, 3592:12, 3592:18

**BILLION** [3] - 3588:8, 3588:10, 3613:24

**BILOXI** [1] - 3650:21

**BINDER** [1] - 3602:16

**BIT** [8] - 3585:21, 3586:18, 3589:4, 3593:15, 3614:12, 3628:5, 3646:21, 3649:11

**BLANK** [1] - 3611:3

**BLANKS** [1] - 3587:20

**BLOW** [2] - 3651:15, 3655:24

**BLUE** [1] - 3649:5

**BLVD** [1] - 3561:19

**BOARD** [2] - 3646:17, 3646:21

**BODY** [1] - 3636:18

**BOILED** [1] - 3624:8

**BOOK** [4] - 3602:9, 3602:14, 3602:15, 3603:1

**BOSS** [1] - 3590:19

**BOSSES** [2] - 3590:11, 3652:14

**BOTH** [7] - 3565:4, 3600:10, 3601:3, 3630:1, 3642:21, 3647:17, 3657:24

**BOX** [5] - 3561:2, 3561:9, 3561:19, 3562:12, 3611:17

**BOXES** [2] - 3585:3, 3613:13

**BP** [2] - 3601:24, 3601:25

**BRANCH** [8] - 3562:5, 3579:22, 3579:24, 3580:1, 3580:19, 3628:19, 3629:15

**BREAK** [6] - 3591:10, 3591:14, 3604:1, 3604:2,

3652:23

**BREAKDOWN** [1] - 3623:25

**BREAKOUT** [1] - 3618:10

**BRENDAN** [1] - 3561:23

**BRIAN** [6] - 3563:10, 3626:8, 3626:12, 3626:16, 3626:21

**BRIEF** [1] - 3622:18

**BRIEFINGS** [1] - 3588:23

**BRIEFLY** [14] - 3626:19, 3628:4, 3632:18, 3633:13, 3633:16, 3634:6, 3634:8, 3635:18, 3638:14, 3642:19, 3648:7, 3652:5, 3653:3, 3656:22

**BRINGING** [1] - 3581:4

**BRINGS** [1] - 3636:14

**BROUGHT** [1] - 3651:5

**BRUNO** [18] - 3560:16, 3560:16, 3564:7, 3564:10, 3564:25, 3565:4, 3565:14, 3566:9, 3566:11, 3566:23, 3567:6, 3567:15, 3567:23, 3568:4, 3568:15, 3568:19, 3568:23, 3569:13

**BUCK** [1] - 3614:11

**BUDD** [1] - 3560:22

**BUDGET** [76] - 3571:4, 3575:2, 3575:16, 3576:22, 3577:1, 3578:1, 3579:15, 3579:16, 3579:18, 3580:8, 3580:9, 3580:10, 3581:11, 3581:14, 3581:18, 3582:10, 3582:14, 3583:1, 3583:2, 3583:3, 3583:23, 3583:25, 3587:5, 3589:18, 3590:6, 3590:8, 3590:9, 3590:12, 3591:17, 3592:1, 3592:2, 3592:13, 3592:14, 3593:2, 3593:18, 3593:19, 3594:5, 3594:6, 3594:13, 3594:25,

3595:7, 3595:22, 3597:1, 3597:4, 3597:15, 3597:20, 3597:21, 3598:17, 3598:18, 3600:21, 3602:17, 3604:13, 3604:22, 3605:7, 3608:5, 3608:7, 3608:15, 3609:5, 3616:3, 3617:9, 3619:8, 3622:6, 3622:9, 3622:14, 3622:25, 3623:4, 3623:7, 3623:9, 3623:14, 3623:17, 3623:23, 3624:20, 3625:15, 3630:23

**BUDGETARY** [1] - 3608:23

**BUDGETED** [1] - 3595:13

**BUDGETING** [2] - 3581:22, 3593:13

**BUDGETS** [1] - 3571:3

**BUILDING** [3] - 3566:2, 3571:13, 3633:18

**BUILT** [2] - 3566:5, 3610:21

**BURAS** [2] - 3639:7, 3654:21

**BUSINESS** [44] - 3579:14, 3581:4, 3584:4, 3585:20, 3585:24, 3586:2, 3586:3, 3586:7, 3587:15, 3587:19, 3587:22, 3587:23, 3587:24, 3588:2, 3588:3, 3588:5, 3593:12, 3594:6, 3594:14, 3598:11, 3599:5, 3599:13, 3599:15, 3599:16, 3600:3, 3600:4, 3600:8, 3600:9, 3601:22, 3602:17, 3605:10, 3605:14, 3605:16, 3610:9, 3610:12, 3611:8, 3615:9, 3615:10, 3618:5, 3622:13, 3623:21, 3624:9

**BUSINESSES** [1] - 3611:19

**BUT** [80] - 3565:8, 3565:13, 3567:21, 3569:13, 3570:1, 3572:6, 3572:8,

3572:22, 3572:24, 3573:10, 3573:25, 3574:11, 3575:19, 3575:20, 3576:7, 3582:15, 3585:21, 3586:15, 3586:18, 3590:9, 3591:21, 3592:3, 3594:10, 3595:12, 3597:6, 3598:14, 3601:1, 3601:8, 3602:23, 3605:1, 3605:10, 3605:15, 3607:18, 3607:21, 3608:6, 3608:23, 3609:18, 3611:3, 3613:1, 3614:1, 3614:15, 3615:10, 3615:15, 3624:14, 3630:9, 3634:10, 3634:20, 3637:25, 3638:3, 3638:9, 3638:12, 3638:21, 3640:5, 3640:7, 3641:1, 3641:15, 3642:3, 3642:6, 3643:14, 3644:2, 3645:9, 3645:19, 3646:8, 3649:2, 3650:8, 3651:3, 3651:6, 3652:11, 3654:4, 3655:14, 3655:20, 3656:16, 3657:2, 3657:8, 3660:14, 3661:3, 3661:24, 3664:4

**BY** [94] - 3560:13, 3560:16, 3560:19, 3560:23, 3561:1, 3561:5, 3561:8, 3561:12, 3561:15, 3561:18, 3561:22, 3562:1, 3562:5, 3562:20, 3562:20, 3563:5, 3563:7, 3563:8, 3563:11, 3563:12, 3563:13, 3565:17, 3565:22, 3568:19, 3569:11, 3570:4, 3571:17, 3571:24, 3574:9, 3574:22, 3578:24, 3578:25, 3579:1, 3582:9, 3582:15, 3583:16, 3585:2, 3588:7, 3591:6, 3592:17, 3595:25, 3597:4, 3597:14, 3598:15, 3599:2, 3600:1, 3601:11, 3603:16, 3604:6,

3604:10, 3604:20, 3608:9, 3609:21, 3610:23, 3612:2, 3613:18, 3615:22, 3617:11, 3618:6, 3618:25, 3619:21, 3621:11, 3623:14, 3624:12, 3624:19, 3627:12, 3628:8, 3630:5, 3630:24, 3632:8, 3632:25, 3633:17, 3635:4, 3636:21, 3639:8, 3640:23, 3640:24, 3641:11, 3641:12, 3641:25, 3644:16, 3645:20, 3645:22, 3646:9, 3648:6, 3649:2, 3649:9, 3653:2, 3657:25, 3658:9, 3658:14, 3659:25, 3662:24

## C

**C** [10] - 3561:5, 3561:8, 3561:12, 3561:14, 3561:15, 3561:18, 3563:6, 3564:1, 3578:22
**CA** [1] - 3560:14
**CABLE** [1] - 3604:1
**CALCULATE** [2] - 3605:16, 3654:12
**CALCULATED** [12] - 3608:15, 3608:19, 3608:22, 3608:24, 3612:8, 3654:24, 3655:7, 3656:6, 3657:11, 3657:13, 3657:23
**CALCULATING** [1] - 3656:17
**CALCULATION** [1] - 3610:20
**CALIFORNIA** [1] - 3614:4
**CALL** [20] - 3564:10, 3582:14, 3583:21, 3588:24, 3591:9, 3592:25, 3594:10, 3606:20, 3616:4, 3634:10, 3636:13, 3639:21, 3639:23, 3639:25, 3643:17, 3644:24, 3650:1, 3650:9, 3653:14, 3654:3
**CALLED** [11] - 3570:10, 3572:10,

3589:6, 3589:10, 3591:2, 3619:1, 3636:13, 3641:15, 3661:6, 3662:9
**CALLS** [3] - 3578:8, 3618:16, 3626:8
**CALVIN** [1] - 3561:12
**CAME** [7] - 3635:16, 3636:10, 3640:5, 3655:3, 3657:3, 3659:25, 3660:16
**CAMILLE** [11] - 3642:20, 3642:24, 3643:2, 3643:5, 3643:11, 3643:17, 3644:1, 3644:3, 3644:5, 3657:1
**CAMILLE'S** [2] - 3643:22, 3643:23
**CAN** [64] - 3565:11, 3567:4, 3567:7, 3568:4, 3569:3, 3570:2, 3572:22, 3577:20, 3583:17, 3583:20, 3591:13, 3595:16, 3601:11, 3603:13, 3605:25, 3608:4, 3614:1, 3614:21, 3616:2, 3616:23, 3633:16, 3634:8, 3634:25, 3635:24, 3637:5, 3637:7, 3638:7, 3638:8, 3638:10, 3638:14, 3640:18, 3641:5, 3641:18, 3641:22, 3642:18, 3643:5, 3643:9, 3643:16, 3643:18, 3643:21, 3643:23, 3645:2, 3646:23, 3647:9, 3648:7, 3648:10, 3650:13, 3651:2, 3651:13, 3651:14, 3651:15, 3652:5, 3652:8, 3652:17, 3654:13, 3654:16, 3656:21, 3659:16, 3660:13, 3664:6
**CAN'T** [6] - 3603:19, 3613:25, 3624:21, 3651:16, 3652:22, 3656:17
**CANDOR** [1] - 3663:15
**CANNOT** [3] - 3625:8, 3638:9, 3656:17
**CAPABILITY** [6] -

3581:8, 3607:4, 3612:17, 3613:21, 3613:23, 3613:25
**CAPACITY** [1] - 3576:5
**CAPE** [2] - 3650:4, 3650:5
**CARE** [2] - 3604:2, 3604:10
**CAREER** [3] - 3626:22, 3626:25, 3629:3
**CARIBBEAN** [1] - 3636:15
**CAROLINA** [2] - 3593:25, 3594:1
**CARONDELET** [1] - 3562:2
**CARRIED** [1] - 3577:2
**CARRYOVER** [2] - 3566:3, 3577:5
**CASE** [22] - 3565:13, 3567:12, 3567:19, 3581:23, 3584:1, 3587:7, 3594:16, 3598:23, 3601:16, 3606:18, 3607:20, 3607:25, 3609:4, 3613:11, 3616:2, 3636:4, 3644:23, 3653:4, 3653:5, 3653:8, 3653:20, 3655:25
**CASES** [1] - 3601:3
**CATASTROPHE** [1] - 3625:16
**CATASTROPHIC** [1] - 3620:14, 3621:12, 3632:14
**CATCHES** [1] - 3646:3
**CATEGORIES** [1] - 3633:24
**CATEGORY** [28] - 3633:24, 3634:1, 3634:2, 3634:3, 3634:23, 3635:16, 3635:20, 3636:19, 3636:20, 3637:9, 3637:21, 3637:22, 3637:23, 3638:12, 3638:13, 3639:12, 3641:20, 3642:9, 3643:1, 3643:2, 3643:3, 3660:14
**CAUSATION** [1] - 3627:7
**CAUSED** [1] - 3608:6
**CCR** [3] - 3562:16,

3665:6, 3665:14
**CEILING** [5] - 3606:20, 3606:21, 3607:2, 3614:16
**CENTER** [25] - 3626:22, 3628:10, 3629:5, 3629:16, 3629:18, 3629:22, 3630:2, 3630:15, 3630:20, 3633:19, 3637:12, 3637:14, 3639:20, 3640:14, 3640:15, 3643:9, 3653:12, 3658:17, 3659:3, 3659:9, 3661:9, 3661:13, 3662:6, 3662:25
**CENTRAL** [6] - 3579:24, 3640:3, 3650:19, 3653:11, 3654:15, 3663:5
**CERTAIN** [11] - 3576:1, 3593:14, 3595:13, 3612:19, 3636:7, 3640:3, 3646:19, 3652:18, 3652:22, 3658:1
**CERTAINLY** [3] - 3565:11, 3567:22, 3577:3
**CERTAINTY** [3] - 3631:4, 3632:10, 3651:22
**CERTIFICATE** [1] - 3665:4
**CERTIFY** [1] - 3665:7
**CETERA** [1] - 3642:1
**CHAIN** [4] - 3571:8, 3601:5, 3619:13, 3622:1
**CHAIRMAN** [7] - 3591:3, 3592:10, 3596:1, 3596:7, 3596:14, 3596:24, 3614:25
**CHAIRWOMAN** [1] - 3596:24
**CHALMETTE** [5] - 3655:11, 3655:12, 3655:14, 3658:2, 3663:4
**CHAMBERS** [1] - 3568:18
**CHANCE** [3] - 3574:24, 3614:18, 3639:18
**CHANDELEUR** [1] - 3645:10
**CHANGE** [11] -

3589:3, 3595:16, 3599:6, 3599:10, 3605:6, 3612:18, 3612:19, 3612:24, 3630:12, 3651:8, 3654:17
**CHANGED** [5] - 3582:2, 3599:4, 3600:20, 3608:6, 3645:20
**CHANGES** [2] - 3599:3, 3607:9
**CHANNEL** [6] - 3564:13, 3573:16, 3574:6, 3574:8, 3574:20, 3625:5
**CHARACTERISTICS** [2] - 3637:7, 3638:6
**CHARGE** [1] - 3660:8
**CHART** [8] - 3629:8, 3633:16, 3633:17, 3640:19, 3640:20, 3642:13, 3644:1, 3650:18
**CHEF** [1] - 3655:17
**CHIEF** [9] - 3579:5, 3579:9, 3579:11, 3579:22, 3579:24, 3580:18, 3599:9, 3619:2, 3622:17
**CHOICES** [1] - 3613:25
**CHOOSES** [1] - 3592:21
**CHOSE** [3] - 3588:25, 3590:16
**CHUNK** [1] - 3591:16
**CHUNKS** [2] - 3591:9, 3652:24
**CIRCLE** [2] - 3635:7, 3639:24
**CIRCUIT** [2] - 3568:20, 3604:9
**CIRCULAR** [1] - 3605:4
**CIRCUMSTANCES** [2] - 3621:3, 3621:25
**CITIZEN** [2] - 3611:14, 3616:12
**CITY** [2] - 3561:20, 3649:1
**CIVIL** [6] - 3579:5, 3579:10, 3622:19, 3622:22, 3623:15, 3625:14
**CLARIFICATION** [1] - 3659:15
**CLARIFIED** [1] - 3631:24

**CLARIFY** [2] - 3576:4, 3658:15

**CLARITY** [1] - 3618:23

**CLEAR** [3] - 3598:16, 3634:25, 3648:12

**CLEARLY** [1] - 3662:1

**CLERK** [9] - 3564:5, 3568:14, 3568:19, 3578:18, 3578:20, 3626:5, 3626:10, 3626:14, 3664:12

**CLIMATOLOGICAL** [1] - 3630:5

**CLOSE** [3] - 3643:16, 3649:2, 3654:16

**CLOSED** [2] - 3597:24, 3599:8

**CLOSER** [1] - 3601:9

**CO** [2] - 3629:4, 3629:19

**CO-LOCATED** [2] - 3629:4, 3629:19

**COAST** [10] - 3627:9, 3633:10, 3635:19, 3643:3, 3647:25, 3648:24, 3649:25, 3650:2, 3650:3

**COASTAL** [5] - 3576:12, 3627:5, 3627:9, 3649:23

**COASTLINE** [19] - 3633:2, 3633:9, 3637:25, 3638:20, 3639:9, 3639:17, 3640:8, 3644:21, 3644:24, 3645:11, 3645:13, 3645:15, 3646:4, 3646:5, 3647:8, 3647:24, 3650:10, 3652:23

**CODES** [2] - 3634:18, 3634:19

**CODING** [1] - 3648:17

**COLLECT** [6] - 3579:13, 3585:24, 3600:19, 3601:4, 3605:11, 3611:6

**COLLECTED** [1] - 3584:19

**COLLECTING** [2] - 3600:17, 3605:12

**COLLECTS** [1] - 3610:12

**COLLEGE** [1] - 3627:17

**COLONEL** [1] -

3565:17

**COLOR** [3] - 3634:18, 3634:19, 3648:17

**COLORS** [1] - 3634:16

**COLUMN** [22] - 3601:15, 3602:5, 3603:9, 3603:10, 3606:3, 3606:9, 3606:11, 3608:4, 3609:8, 3609:23, 3610:6, 3610:11, 3610:15, 3610:19, 3612:3, 3612:7, 3612:10, 3612:18, 3613:8, 3613:19, 3653:10

**COLUMNS** [3] - 3601:1, 3611:4, 3613:9

**COMBINATION** [2] - 3600:7, 3651:12

**COMBINING** [1] - 3606:6

**COME** [13] - 3567:21, 3581:10, 3583:20, 3588:6, 3588:7, 3594:18, 3603:4, 3604:14, 3607:25, 3614:12, 3641:16, 3648:25, 3660:4

**COMES** [9] - 3593:20, 3598:10, 3606:12, 3636:13, 3644:20, 3644:22, 3648:11, 3649:14, 3656:20

**COMING** [6] - 3622:14, 3635:9, 3645:12, 3649:14, 3649:19, 3660:16

**COMMAND** [5] - 3571:8, 3594:10, 3606:6, 3619:13, 3622:1

**COMMANDER** [2] - 3619:4, 3619:5

**COMMERCE** [1] - 3629:11

**COMMINGLED** [1] - 3576:1

**COMMISSION** [1] - 3565:18

**COMMITTEE** [10] - 3590:13, 3590:14, 3590:19, 3591:10, 3591:13, 3593:25, 3596:19, 3596:24, 3614:25, 3625:15

**COMMITTEES** [1] - 3623:11

**COMMONLY** [1] - 3629:13

**COMPACT** [1] - 3643:11

**COMPARABLE** [1] - 3657:21

**COMPARE** [2] - 3643:5, 3657:13

**COMPARED** [4] - 3650:1, 3651:23, 3654:24, 3657:10

**COMPARING** [2] - 3655:7, 3656:5

**COMPETE** [1] - 3615:11

**COMPETING** [1] - 3615:5

**COMPETITION** [1] - 3615:8

**COMPETITIVE** [1] - 3615:13

**COMPLAINED** [1] - 3566:25

**COMPLAINTS** [2] - 3572:9, 3572:16

**COMPLETE** [6] - 3564:7, 3590:25, 3612:10, 3612:16, 3612:18, 3612:24

**COMPLETED** [2] - 3588:11, 3655:13

**COMPLETELY** [2] - 3576:1, 3576:16

**COMPLETING** [1] - 3612:15

**COMPLEX** [1] - 3561:8

**COMPLIANCE** [2] - 3594:4, 3594:17

**COMPLIANT** [13] - 3593:1, 3593:3, 3593:7, 3593:10, 3593:17, 3593:22, 3594:13, 3594:21, 3595:4, 3595:23, 3596:2, 3596:3, 3607:10

**COMPONENT** [4] - 3564:22, 3573:13, 3655:5

**COMPREHENSIVE** [1] - 3622:14

**COMPUTATIONS** [2] - 3652:24, 3654:10

**COMPUTE** [1] - 3656:13

**COMPUTED** [1] - 3652:13

**COMPUTER** [7] - 3562:20, 3571:16, 3616:16, 3616:17, 3616:19, 3616:21, 3616:25

**COMPUTING** [1] - 3644:13

**CONCAVE** [1] - 3649:25

**CONCAVED** [2] - 3650:3, 3650:7

**CONCEPT** [5] - 3594:3, 3600:3, 3605:14, 3609:10, 3652:6

**CONCERNED** [2] - 3611:1, 3615:9

**CONCERNS** [1] - 3573:2

**CONCLUDE** [2] - 3654:13, 3654:14

**CONCLUDED** [3] - 3619:3, 3619:6, 3620:13

**CONCLUSION** [1] - 3568:6

**CONCRETE** [1] - 3573:20

**CONDITIONS** [5] - 3570:14, 3570:17, 3573:1, 3619:6, 3636:11

**CONDUCT** [3] - 3565:7, 3573:3, 3573:7

**CONFERENCE** [1] - 3591:23

**CONFUSION** [1] - 3608:6

**CONGRESS** [48] - 3570:24, 3571:2, 3571:9, 3578:5, 3580:24, 3583:10, 3589:19, 3590:1, 3590:2, 3590:6, 3590:9, 3591:1, 3591:4, 3591:17, 3591:18, 3592:13, 3592:17, 3592:20, 3592:22, 3592:23, 3593:20, 3594:23, 3595:1, 3595:13, 3595:16, 3595:20, 3596:5, 3596:17, 3598:4, 3598:18, 3600:13, 3607:8, 3612:22, 3613:4, 3614:19, 3614:21, 3617:11, 3617:13, 3619:19, 3619:25,

3620:4, 3621:18, 3621:22, 3621:25, 3624:22, 3624:24

**CONGRESSIONAL** [3] - 3579:16, 3579:18, 3625:15

**CONGRESSMAN** [1] - 3596:9

**CONGRESSMEN** [1] - 3614:24

**CONOR** [1] - 3562:7

**CONSEQUENCE** [1] - 3614:23

**CONSEQUENCES** [6] - 3603:9, 3613:8, 3613:19, 3614:1, 3614:3, 3614:15

**CONSIDER** [2] - 3613:4, 3621:12

**CONSIDERABLY** [1] - 3655:11

**CONSIDERATION** [2] - 3578:6, 3620:1

**CONSIDERED** [5] - 3595:8, 3595:15, 3609:1, 3621:17, 3653:5

**CONSTITUTION** [4] - 3578:4, 3578:12, 3591:21, 3619:23

**CONSTRAINTS** [1] - 3630:23

**CONSTRUCTING** [1] - 3609:13

**CONSTRUCTION** [6] - 3564:19, 3564:21, 3599:22, 3600:8, 3624:3

**CONSULTANT** [2] - 3627:19, 3628:9

**CONTACTED** [1] - 3572:11

**CONTAIN** [2] - 3613:20, 3645:16

**CONTEXT** [1] - 3610:23

**CONTINENTAL** [6] - 3645:4, 3648:1, 3648:21, 3648:24, 3649:4, 3649:15

**CONTINUE** [1] - 3582:6

**CONTINUED** [2] - 3628:16, 3638:18

**CONTINUING** [4] - 3582:7, 3582:8, 3597:8, 3619:25

**CONTRACT** [6] - 3566:13, 3566:14, 3566:21, 3567:5,

3567:12, 3567:18
**CONTRACT'S** [1] -
3566:19
**CONTRIBUTED** [1] -
3653:23
**CONTROL** [4] -
3586:5, 3587:20,
3624:2, 3636:17
**CONVERTED** [2] -
3637:5, 3654:5
**CONVEX** [1] - 3650:8
**CONVEX-TYPE** [1] -
3650:8
**CONVEXED** [1] -
3650:3
**CONVEYED** [1] -
3613:8
**CONVEYS** [1] -
3597:2
**CORAL** [2] - 3629:5,
3633:18
**CORNER** [5] -
3634:14, 3650:9,
3650:10, 3650:11
**CORPS** [49] -
3564:12, 3565:22,
3566:2, 3566:4,
3567:3, 3571:13,
3572:19, 3577:25,
3578:2, 3579:1,
3579:2, 3579:3,
3579:4, 3579:21,
3580:5, 3581:7,
3583:13, 3586:4,
3586:19, 3588:21,
3591:6, 3591:7,
3591:14, 3592:2,
3596:21, 3598:3,
3599:17, 3602:10,
3602:24, 3603:1,
3603:20, 3607:6,
3607:7, 3612:22,
3618:8, 3618:13,
3618:20, 3619:10,
3620:10, 3621:17,
3621:22, 3622:1,
3622:15, 3623:16,
3624:12, 3624:23,
3624:24, 3625:13
**CORPS'** [5] - 3571:3,
3578:1, 3581:11,
3593:18, 3624:8
**CORRECT** [83] -
3569:19, 3570:1,
3570:13, 3572:2,
3572:5, 3572:24,
3573:9, 3573:21,
3573:22, 3575:22,
3576:6, 3576:10,
3577:7, 3589:25,

3593:4, 3595:2,
3597:19, 3600:16,
3617:14, 3617:16,
3617:18, 3617:19,
3617:22, 3619:16,
3619:20, 3619:21,
3620:16, 3621:3,
3622:2, 3622:4,
3622:15, 3622:16,
3622:22, 3622:23,
3622:25, 3623:7,
3623:9, 3623:10,
3623:12, 3623:17,
3623:20, 3624:9,
3624:10, 3624:12,
3624:25, 3625:6,
3625:10, 3625:11,
3649:7, 3652:19,
3658:19, 3658:20,
3658:25, 3659:5,
3659:6, 3659:10,
3659:11, 3659:13,
3659:14, 3659:22,
3660:1, 3660:5,
3660:6, 3660:10,
3661:6, 3661:7,
3661:13, 3662:2,
3662:7, 3662:12,
3662:15, 3662:17,
3662:18, 3662:21,
3662:25, 3663:1,
3663:5, 3663:8,
3663:9, 3663:13,
3663:14, 3665:8
**CORRECTIONS** [1] -
3587:21
**CORRECTLY** [1] -
3591:25
**CORRELATE** [1] -
3642:6
**CORRESPOND** [2] -
3634:13, 3634:14
**COST** [28] - 3571:5,
3585:22, 3585:23,
3595:23, 3600:21,
3605:12, 3605:17,
3607:18, 3607:21,
3608:4, 3608:5,
3608:14, 3608:15,
3608:16, 3608:17,
3608:18, 3608:21,
3608:24, 3609:1,
3609:9, 3609:12,
3609:19, 3612:3,
3612:5, 3612:6,
3612:8, 3612:9,
3613:17
**COSTS** [2] - 3609:14
**COULD** [55] -
3565:14, 3567:25,

3573:2, 3573:4,
3573:15, 3573:17,
3573:20, 3574:18,
3578:13, 3584:22,
3591:7, 3591:8,
3591:15, 3592:22,
3592:23, 3592:24,
3592:25, 3595:12,
3600:18, 3602:13,
3616:11, 3620:15,
3621:8, 3624:4,
3628:4, 3628:18,
3632:17, 3632:18,
3633:13, 3633:21,
3634:6, 3636:22,
3637:18, 3638:5,
3638:23, 3640:18,
3642:16, 3642:18,
3643:25, 3644:17,
3644:25, 3646:1,
3649:10, 3649:22,
3651:6, 3651:19,
3653:9, 3654:23,
3655:8, 3656:21,
3657:12, 3661:23
**COULDN'T** [3] -
3573:6, 3573:15,
3573:17
**COUNSEL** [8] -
3566:14, 3598:15,
3616:3, 3619:23,
3622:2, 3636:9,
3647:20, 3658:7
**COUNT** [1] - 3611:3
**COUNTY** [1] -
3648:19
**COUPLE** [5] -
3568:24, 3582:22,
3609:17, 3609:18,
3643:14
**COURSE** [13] -
3573:12, 3577:1,
3597:5, 3614:18,
3622:4, 3628:25,
3638:17, 3643:1,
3654:20, 3657:19,
3657:20, 3661:2,
3662:10
**COURT** [105] -
3560:1, 3562:16,
3564:6, 3564:9,
3565:1, 3565:9,
3565:11, 3566:17,
3566:21, 3567:5,
3567:11, 3567:17,
3567:21, 3568:2,
3568:7, 3568:8,
3568:12, 3568:16,
3568:17, 3568:22,
3569:4, 3569:7,

3570:3, 3571:22,
3574:15, 3574:19,
3576:4, 3577:16,
3577:18, 3578:9,
3578:15, 3578:17,
3579:9, 3581:11,
3581:13, 3581:20,
3581:25, 3582:5,
3582:8, 3583:2,
3586:2, 3590:2,
3593:1, 3597:10,
3597:12, 3598:5,
3598:14, 3598:25,
3599:4, 3602:20,
3603:6, 3603:15,
3604:5, 3604:14,
3604:17, 3604:19,
3611:9, 3611:11,
3611:14, 3611:18,
3611:24, 3615:20,
3618:2, 3618:19,
3618:24, 3621:10,
3625:21, 3625:23,
3626:1, 3626:4,
3626:6, 3626:9,
3626:20, 3628:3,
3628:6, 3628:18,
3631:10, 3631:12,
3631:15, 3631:19,
3632:4, 3633:13,
3635:3, 3635:23,
3636:2, 3636:9,
3641:12, 3644:13,
3645:4, 3647:20,
3648:3, 3648:5,
3649:5, 3649:8,
3652:17, 3658:7,
3658:10, 3659:16,
3663:17, 3663:19,
3663:22, 3664:11,
3665:6, 3665:7,
3665:15
**COURT'S** [4] -
3564:5, 3613:7,
3626:5, 3626:18
**COURTROOM** [2] -
3574:18, 3577:20
**COVERED** [1] -
3576:12
**COVERS** [2] -
3602:16, 3653:25
**CPI** [1] - 3653:11
**CREATE** [3] -
3640:21, 3650:9,
3650:13
**CREATED** [2] -
3633:17, 3633:22
**CREATES** [4] -
3646:14, 3650:13,
3650:25, 3651:12

**CREATING** [1] -
3656:14
**CRITERIA** [2] -
3585:18, 3607:15
**CRITICAL** [1] -
3565:22
**CROSS** [9] - 3563:5,
3563:8, 3563:13,
3564:7, 3568:7,
3569:10, 3605:2,
3615:21, 3658:13
**CROSS-
EXAMINATION** [7] -
3563:5, 3563:8,
3563:13, 3568:7,
3569:10, 3615:21,
3658:13
**CROSSED** [2] -
3635:13, 3635:17
**CRR** [2] - 3562:16,
3665:14
**CSX** [2] - 3650:23,
3651:4
**CUBA** [1] - 3648:8
**CUBIC** [1] - 3564:17
**CURIOUS** [2] -
3611:20, 3636:3
**CURRENT** [6] -
3608:21, 3608:22,
3636:13, 3636:14,
3638:3, 3659:12
**CURRENTLY** [1] -
3579:5
**CURRENTS** [1] -
3639:3
**CUSTOMERS** [1] -
3572:10
**CUT** [1] - 3606:15
**CWPPRA** [2] -
3576:11, 3576:21
**CYCLE** [1] - 3660:11

# D

**D** [3] - 3562:10,
3563:1, 3564:1
**D.C** [1] - 3577:25
**DAKOTA** [1] - 3614:8
**DALLAS** [1] -
3560:24
**DALLAS/FT** [1] -
3614:5
**DAMAGE** [8] -
3586:5, 3587:25,
3601:20, 3601:25,
3602:1, 3610:24,
3636:6, 3640:22
**DAMAGES** [7] -
3605:12, 3609:24,
3609:25, 3610:3,

3610:5, 3610:8, 3610:22

**DANGER** [1] - 3620:19

**DANIEL** [1] - 3562:5

**DATA** [13] - 3587:15, 3587:20, 3598:10, 3600:20, 3600:21, 3601:2, 3610:12, 3652:18, 3652:21, 3660:23, 3661:16, 3661:24, 3662:8

**DATABASE** [2] - 3584:20, 3601:7

**DATABASES** [1] - 3584:9

**DATED** [2] - 3565:20, 3565:24

**DAUBERT** [1] - 3632:5

**DAY** [3] - 3630:9, 3630:10, 3660:11

**DAYLIGHT** [1] - 3663:5

**DAYS** [7] - 3589:11, 3597:23, 3597:24, 3601:3, 3635:21, 3635:22, 3660:15

**DC** [1] - 3562:13

**DEAL** [3] - 3595:20, 3629:20, 3646:4

**DEALS** [2] - 3628:20, 3633:8

**DECADE** [1] - 3627:3

**DECEMBER** [1] - 3589:20

**DECIDE** [2] - 3588:7, 3599:25

**DECIDED** [3] - 3609:19, 3612:4, 3659:1

**DECIDES** [2] - 3589:1, 3613:2

**DECIDING** [2] - 3595:18, 3613:2

**DECISION** [11] - 3568:17, 3585:25, 3586:16, 3589:13, 3589:18, 3593:5, 3606:19, 3609:3, 3609:21, 3612:13, 3636:4

**DECISION-MAKING** [2] - 3586:16, 3609:3

**DECISIONS** [5] - 3589:7, 3597:25, 3600:12, 3607:14, 3607:15

**DECREASE** [1] - 3634:24

**DECREASED** [1] - 3656:3

**DECREASES** [1] - 3648:25

**DEDICATED** [1] - 3626:25

**DEEMS** [1] - 3595:24

**DEEP** [3] - 3647:8, 3648:20, 3649:2

**DEEPER** [2] - 3645:8

**DEFECTS** [1] - 3618:15

**DEFEND** [3] - 3579:16, 3579:18, 3588:25

**DEFENDANT** [1] - 3562:4

**DEFENDANT'S** [1] - 3565:13

**DEFENSE** [8] - 3578:3, 3578:11, 3578:14, 3584:6, 3602:17, 3624:15, 3660:24, 3661:1

**DEFINE** [2] - 3589:21, 3606:17

**DEFINED** [1] - 3632:25

**DEFINITELY** [2] - 3611:23, 3612:19

**DEGREE** [7] - 3574:10, 3628:12, 3628:13, 3628:16, 3631:4, 3632:10, 3651:22

**DEGREES** [3] - 3628:15, 3628:21, 3628:22

**DELAY** [1] - 3566:2

**DELAYED** [1] - 3590:7

**DELIVER** [1] - 3591:8

**DELTA** [2] - 3638:10, 3648:11

**DEMANDED** [1] - 3599:13

**DEMISE** [1] - 3638:16

**DEMONSTRATE** [4] - 3564:16, 3571:10, 3575:3, 3575:8

**DEMONSTRATIVE** [2] - 3647:14, 3647:25

**DENHAM** [1] - 3561:13

**DEPARTMENT** [5] - 3562:4, 3624:15, 3629:10, 3629:11, 3661:3

**DEPENDS** [2] - 3585:20, 3621:14

**DEPICT** [3] - 3634:16, 3636:23, 3643:16

**DEPICTED** [3] - 3650:17, 3650:18, 3650:22

**DEPICTS** [2] - 3640:19, 3650:16

**DEPOSITION** [6] - 3569:13, 3617:23, 3620:9, 3631:25, 3647:17, 3662:17

**DEPRESSION** [4] - 3634:20, 3635:8, 3635:11

**DEPTH** [1] - 3633:8

**DEPTHS** [1] - 3633:8

**DEPUTY** [7] - 3564:5, 3578:18, 3578:20, 3626:5, 3626:10, 3626:14, 3664:12

**DESCRIBE** [14] - 3579:9, 3583:1, 3595:14, 3608:4, 3609:23, 3633:16, 3634:8, 3637:7, 3638:15, 3640:19, 3642:19, 3652:5, 3655:8, 3656:22

**DESCRIBED** [4] - 3597:1, 3598:2, 3598:5, 3598:16

**DESCRIBES** [1] - 3623:22

**DESCRIPTION** [1] - 3647:13

**DESIGN** [2] - 3580:10, 3652:8

**DESIGNATE** [2] - 3568:20, 3568:22

**DESIGNED** [2] - 3640:23, 3640:24

**DESIRES** [2] - 3587:4, 3587:18

**DESK** [1] - 3617:1

**DESPERATELY** [1] - 3618:14

**DESTROYED** [1] - 3575:23

**DETAIL** [2] - 3589:7, 3591:7

**DETAILED** [5] - 3581:9, 3582:19, 3584:3, 3623:25, 3624:6

**DETAILING** [1] - 3590:13

**DETAILS** [3] - 3623:19, 3624:11, 3624:13

**DETERMINATE** [4] - 3583:4, 3583:9, 3585:23

**DETERMINE** [2] - 3603:19, 3652:19

**DETERMINED** [2] - 3630:5, 3663:4

**DEVELOP** [3] - 3580:9, 3582:16, 3582:19, 3582:20, 3584:5, 3585:10, 3591:18, 3661:9

**DEVELOPED** [5] - 3582:15, 3630:18, 3633:20, 3635:20, 3652:6

**DEVELOPING** [4] - 3589:18, 3589:20, 3598:17, 3627:1

**DEVELOPMENT** [9] - 3579:5, 3579:11, 3579:12, 3579:15, 3599:8, 3603:24, 3630:17, 3635:16

**DIAMETER** [2] - 3643:21, 3643:22

**DID** [47] - 3566:9, 3569:23, 3570:1, 3570:3, 3570:25, 3571:1, 3571:18, 3573:24, 3573:25, 3574:2, 3574:3, 3574:4, 3575:14, 3575:23, 3576:22, 3579:20, 3580:8, 3580:11, 3581:18, 3582:11, 3590:14, 3590:15, 3600:24, 3614:8, 3617:7, 3625:12, 3628:9, 3628:11, 3628:15, 3629:6, 3629:24, 3630:12, 3630:22, 3639:5, 3640:11, 3644:2, 3644:25, 3646:24, 3648:13, 3652:9, 3654:25, 3656:10, 3657:12, 3660:7, 3660:25, 3662:20

**DIDN'T** [24] - 3565:7, 3565:15, 3566:10, 3566:25, 3569:18, 3569:20, 3570:12, 3570:24, 3574:2, 3575:8, 3575:21, 3576:13, 3576:24,

**DETAILS** [3] - 3579:17, 3590:6, 3594:16, 3598:11, 3616:3, 3652:17, 3656:4, 3660:24, 3661:8, 3662:13

**DIFFERENCE** [5] - 3599:15, 3640:9, 3641:22, 3644:3, 3656:8

**DIFFERENCES** [1] - 3656:22

**DIFFERENT** [26] - 3571:14, 3571:15, 3576:7, 3584:21, 3585:18, 3585:21, 3589:14, 3591:20, 3591:22, 3592:3, 3592:4, 3592:5, 3592:6, 3595:14, 3604:12, 3611:6, 3634:16, 3652:25, 3653:1, 3655:2, 3655:6, 3655:9, 3655:21, 3656:11, 3657:9

**DIFFICULT** [1] - 3622:12

**DIGRESSING** [1] - 3636:9

**DIMENSIONAL** [1] - 3656:18

**DIMENSIONS** [1] - 3656:19

**DIRE** [4] - 3563:11, 3613:20, 3614:15, 3627:11

**DIRECT** [6] - 3563:7, 3563:12, 3569:6, 3576:13, 3578:23, 3632:7

**DIRECTION** [2] - 3639:23, 3644:24

**DIRECTLY** [2] - 3637:5, 3644:22

**DIRECTOR** [5] - 3622:18, 3630:15, 3630:25, 3633:19, 3660:3

**DIS** [1] - 3602:5

**DISAGGREGATED** [1] - 3579:23

**DISAGREE** [1] - 3574:12

**DISAPPEAR** [1] - 3651:17

**DISCRETIONARY** [1] - 3578:3

**DISCUSS** [5] - 3565:5, 3587:16, 3588:24, 3634:6

DAILY COPY

**DISCUSSED** [1] - 3662:17
**DISCUSSING** [1] - 3633:12
**DISCUSSION** [2] - 3590:13, 3651:19
**DISPLAYED** [1] - 3661:10
**DISPOSAL** [1] - 3611:18
**DISTANCE** [2] - 3639:20, 3639:25
**DISTINGUISH** [1] - 3574:8
**DISTRICT** [35] - 3560:1, 3560:1, 3560:8, 3569:15, 3569:21, 3576:19, 3584:10, 3585:7, 3585:14, 3585:15, 3601:6, 3601:10, 3602:6, 3603:5, 3603:10, 3606:3, 3606:4, 3606:5, 3608:9, 3618:11, 3619:1, 3619:2, 3619:4, 3619:5, 3619:11, 3619:18, 3620:8, 3620:10, 3620:13, 3620:14, 3622:6, 3624:1, 3665:7
**DISTRICTS** [18] - 3566:25, 3567:9, 3579:13, 3584:12, 3585:1, 3585:10, 3598:2, 3598:10, 3600:11, 3600:17, 3602:8, 3604:24, 3604:25, 3605:16, 3605:24, 3606:7, 3606:8, 3619:15
**DIV** [2] - 3601:15
**DIVIDED** [1] - 3609:15
**DIVISION** [26] - 3569:17, 3579:10, 3579:22, 3580:2, 3580:3, 3580:18, 3584:11, 3585:7, 3585:8, 3585:16, 3594:11, 3597:25, 3601:6, 3601:10, 3601:13, 3601:14, 3601:16, 3601:17, 3601:19, 3602:2, 3606:1, 3606:5, 3606:9, 3622:7, 3622:9
**DIVISIONAL** [1] -

3622:13
**DIVISIONS** [10] - 3579:13, 3580:2, 3584:15, 3598:3, 3598:11, 3600:12, 3604:24, 3605:16, 3615:14, 3615:15
**DIVVIED** [1] - 3600:1
**DO** [74] - 3564:8, 3567:11, 3567:17, 3568:2, 3569:20, 3572:10, 3572:16, 3573:15, 3574:4, 3575:3, 3575:5, 3579:4, 3579:20, 3580:21, 3585:2, 3585:9, 3585:18, 3587:1, 3587:2, 3587:22, 3588:21, 3589:10, 3589:11, 3590:17, 3591:8, 3591:16, 3594:15, 3594:17, 3596:8, 3596:15, 3596:21, 3601:21, 3602:8, 3602:12, 3603:2, 3605:3, 3605:22, 3607:15, 3607:21, 3609:25, 3611:15, 3613:21, 3613:25, 3614:21, 3616:19, 3620:3, 3620:7, 3620:22, 3624:14, 3624:16, 3626:20, 3627:13, 3627:21, 3628:9, 3631:3, 3632:9, 3645:14, 3651:21, 3651:25, 3652:22, 3652:24, 3653:9, 3654:9, 3654:23, 3656:17, 3660:13, 3660:21, 3661:2, 3661:16, 3665:7
**DOCKET** [1] - 3560:3
**DOCUMENT** [19] - 3564:11, 3564:19, 3565:16, 3565:21, 3565:25, 3566:4, 3567:7, 3567:16, 3568:12, 3571:2, 3575:3, 3584:22, 3589:7, 3601:9, 3602:10, 3605:6, 3605:8, 3608:4
**DOCUMENTS** [5] - 3569:5, 3571:10, 3577:2, 3616:6, 3662:10
**DOES** [28] - 3575:7,

3585:5, 3585:12, 3586:9, 3588:21, 3594:4, 3595:11, 3597:4, 3607:7, 3609:25, 3611:19, 3613:4, 3613:6, 3624:11, 3624:22, 3634:16, 3635:5, 3636:22, 3638:25, 3639:13, 3642:13, 3644:18, 3645:23, 3646:2, 3647:4, 3649:12, 3649:23, 3662:2
**DOESN'T** [10] - 3575:5, 3575:6, 3592:7, 3612:22, 3617:13, 3619:18, 3623:19, 3642:6, 3650:2, 3654:17
**DOING** [7] - 3569:25, 3571:14, 3572:4, 3584:14, 3590:23, 3594:7, 3656:10
**DOLLAR** [2] - 3595:13, 3615:17
**DOLLARS** [6] - 3566:13, 3599:25, 3600:22, 3608:11, 3612:14, 3615:24
**DOMENGEAUX** [1] - 3561:1
**DON'T** [33] - 3565:8, 3567:6, 3568:2, 3568:21, 3571:11, 3574:12, 3574:15, 3575:4, 3577:8, 3578:12, 3581:17, 3581:22, 3591:11, 3593:19, 3596:4, 3596:20, 3598:22, 3602:21, 3603:2, 3603:12, 3616:14, 3617:10, 3624:21, 3625:2, 3645:17, 3648:21, 3649:1, 3661:1, 3664:7
**DONE** [13] - 3565:24, 3568:17, 3568:25, 3569:24, 3573:23, 3585:8, 3598:3, 3605:22, 3642:3, 3649:8, 3661:2, 3661:5, 3664:2
**DOT** [2] - 3605:2, 3643:20
**DOWN** [17] - 3577:18, 3591:10, 3614:5, 3624:8, 3634:12, 3635:18,

3636:20, 3641:8, 3645:12, 3645:19, 3646:17, 3646:20, 3648:11, 3651:7, 3651:9, 3663:19
**DR** [4] - 3647:16, 3660:3, 3660:8, 3660:16
**DRAFT** [1] - 3605:1
**DRAGGING** [1] - 3599:12
**DRAW** [2] - 3565:11, 3651:13
**DRAWING** [1] - 3565:2
**DRAWING)** [1] - 3645:15
**DREDGING** [1] - 3617:20
**DRIVING** [2] - 3609:3, 3649:15
**DUDENHEFER** [2] - 3561:4, 3561:5
**DUE** [4] - 3576:21, 3627:8, 3642:22
**DUMAS** [2] - 3561:7, 3561:8
**DURING** [12] - 3567:3, 3569:6, 3630:18, 3638:19, 3639:11, 3639:15, 3642:23, 3643:2, 3645:18, 3645:20, 3647:3, 3657:25
**DUTIES** [4] - 3569:15, 3569:21, 3620:8, 3630:12
**DUTY** [3] - 3569:17, 3572:5, 3620:9
**DUVAL** [1] - 3560:8
**DX** [15] - 3566:8, 3566:9, 3566:11, 3568:25, 3569:1, 3584:22, 3600:18, 3601:11, 3602:13, 3604:21, 3605:25, 3615:6, 3616:4
**DYNAMICS** [2] - 3626:23, 3627:1

# E

**E** [6] - 3562:2, 3563:1, 3564:1, 3589:17, 3626:17
**E-MAIL** [1] - 3589:17
**EACH** [24] - 3571:5, 3571:8, 3579:12, 3582:20, 3584:9, 3585:24, 3587:22, 3588:5, 3591:2,

3591:3, 3591:6, 3591:16, 3591:18, 3592:4, 3595:25, 3611:8, 3612:20, 3613:13, 3615:15, 3623:19, 3623:21, 3633:24, 3659:17
**EARLIER** [2] - 3653:19, 3660:15
**EARLY** [4] - 3583:17, 3602:9, 3630:24, 3639:16
**EARMARK** [1] - 3595:5, 3595:6, 3595:15
**EARMARKS** [2] - 3595:8, 3595:10
**EASIER** [1] - 3611:22
**EASILY** [2] - 3575:7, 3575:8
**EAST** [4] - 3561:23, 3614:6, 3651:5, 3655:16
**EASTERLY** [1] - 3635:9
**EASTERN** [6] - 3560:1, 3579:24, 3638:22, 3656:2, 3657:17, 3665:7
**ECONOMIC** [1] - 3570:18
**EDGE** [1] - 3653:17
**EDMOND** [1] - 3563:4
**EDUCATE** [1] - 3652:17
**EDWARDS** [1] - 3561:1
**EFFECT** [3] - 3608:19, 3608:22, 3625:15
**EFFORTS** [1] - 3630:20
**EHRLICH** [22] - 3562:6, 3563:7, 3577:22, 3578:16, 3578:24, 3582:1, 3582:9, 3597:14, 3598:24, 3599:1, 3599:2, 3603:13, 3603:16, 3604:6, 3604:20, 3612:1, 3612:2, 3615:18, 3618:16, 3621:5, 3625:22
**EIGHT** [2] - 3624:13, 3655:19
**EITHER** [10] - 3566:22, 3567:12, 3576:18, 3577:21,

3592:16, 3604:11, 3607:10, 3625:9, 3650:6, 3651:7

**EL** [1] - 3562:6

**EL-AMIN** [1] - 3562:6

**ELECTRONIC** [3] - 3584:9, 3601:7, 3611:21

**ELEMENT** [1] - 3571:5

**ELEMENTS** [1] - 3610:14

**ELEPHANTS** [1] - 3588:1

**ELEVATION** [1] - 3646:22

**ELEVATIONS** [2] - 3632:16, 3652:25

**ELICITED** [1] - 3647:22

**ELISA** [1] - 3561:22

**ELSE** [3] - 3604:15, 3608:1, 3625:13

**ELWOOD** [2] - 3561:18, 3561:18

**EMBANKMENT** [1] - 3650:24

**EMERGENCIES** [1] - 3621:7

**EMERGENCY** [9] - 3586:6, 3603:17, 3603:18, 3603:21, 3603:23, 3603:25, 3620:15, 3620:17

**EMPHASIS** [3] - 3592:6, 3622:20, 3623:22

**EMPHASIZE** [1] - 3587:18

**EMPLOYED** [3] - 3578:25, 3579:1, 3627:22

**ENCOUNTERED** [1] - 3566:2

**ENCOURAGED** [1] - 3619:15

**END** [5] - 3581:15, 3589:5, 3597:8, 3646:18, 3646:22

**ENDANGERED** [1] - 3607:24

**ENERGY** [15] - 3590:12, 3638:17, 3639:2, 3640:20, 3640:25, 3641:1, 3641:15, 3641:17, 3641:23, 3642:4, 3642:5, 3642:11, 3642:15, 3644:11, 3644:14

**ENERGY-2** [1] - 3644:10

**ENFORCEMENT** [1] - 3623:9

**ENGINEER** [4] - 3605:4, 3619:2, 3633:18

**ENGINEERING** [1] - 3621:23

**ENGINEERS** [14] - 3571:13, 3572:20, 3579:1, 3579:2, 3579:3, 3580:6, 3586:4, 3586:20, 3591:6, 3596:21, 3602:10, 3603:20, 3622:17, 3625:13

**ENJOY** [2] - 3577:20, 3625:23

**ENOUGH** [2] - 3650:24, 3659:21

**ENTERED** [2] - 3567:5, 3585:5

**ENTIRE** [4] - 3567:3, 3576:12, 3580:5, 3626:22

**ENTIRELY** [1] - 3567:2

**ENTITLED** [1] - 3665:10

**ENTRAINING** [1] - 3638:2

**ENVIRONMENT** [5] - 3573:11, 3607:19, 3615:12, 3635:15, 3635:22

**ENVIRONMENTAL** [4] - 3570:18, 3573:7, 3586:6, 3607:20

**EQUATION** [1] - 3614:20

**ERODING** [1] - 3572:19

**EROSION** [13] - 3570:5, 3570:11, 3572:25, 3573:14, 3593:6, 3593:8, 3593:9, 3593:13, 3593:14, 3593:21, 3593:25, 3617:20, 3625:5

**ESPECIALLY** [3] - 3636:3, 3645:18, 3649:14

**ESQ** [29] - 3560:13, 3560:16, 3560:19, 3560:20, 3560:23, 3561:1, 3561:5, 3561:8, 3561:12, 3561:15, 3561:15,

3561:18, 3561:22, 3561:23, 3562:1, 3562:2, 3562:6, 3562:6, 3562:7, 3562:7, 3562:8, 3562:8, 3562:9, 3562:9, 3562:10, 3562:10, 3562:11, 3562:11, 3562:12

**ESSENCE** [7] - 3579:14, 3586:3, 3588:7, 3591:19, 3599:10, 3604:12, 3606:12

**ESSENTIALLY** [7] - 3591:3, 3595:6, 3598:5, 3598:19, 3601:1, 3602:11, 3607:4

**ESTABLISH** [1] - 3582:3

**ESTIMATE** [4] - 3571:6, 3612:11, 3612:23, 3632:22

**ESTIMATED** [1] - 3564:17

**ESTIMATES** [1] - 3615:17

**ET** [3] - 3560:2, 3560:5, 3642:1

**EVACUATION** [1] - 3627:4

**EVALUATE** [2] - 3587:20, 3662:2

**EVALUATING** [1] - 3660:4

**EVALUATION** [4] - 3570:10, 3661:6, 3661:13, 3663:3

**EVALUATIONS** [1] - 3662:21

**EVEN** [10] - 3567:18, 3586:17, 3595:22, 3609:6, 3611:22, 3617:23, 3618:1, 3638:4, 3659:21, 3663:11

**EVENT** [4] - 3618:20, 3619:1, 3652:23, 3661:20

**EVENTUAL** [1] - 3638:16

**EVENTUALLY** [2] - 3636:12, 3641:11

**EVER** [5] - 3617:18, 3620:4, 3624:19, 3625:15, 3653:8

**EVERGLADES** [1] - 3607:22

**EVERY** [10] -

3574:23, 3574:24, 3575:12, 3575:15, 3575:17, 3575:18, 3576:22, 3577:12, 3589:21, 3653:25

**EVERYTHING** [2] - 3583:4, 3651:14

**EVIDENCE** [9] - 3564:11, 3564:15, 3565:2, 3565:10, 3566:15, 3568:24, 3569:7, 3574:19

**EVOLVED** [1] - 3613:1

**EXACT** [2] - 3575:25, 3612:25

**EXACTLY** [3] - 3591:7, 3607:17, 3626:1

**EXAMINATION** [14] - 3563:5, 3563:7, 3563:8, 3563:12, 3563:13, 3565:7, 3568:7, 3569:10, 3578:23, 3615:21, 3616:3, 3627:11, 3632:7, 3658:13

**EXAMPLE** [16] - 3570:5, 3573:14, 3573:17, 3581:2, 3581:6, 3581:15, 3584:23, 3593:6, 3593:16, 3594:23, 3597:15, 3602:13, 3620:14, 3623:3, 3641:18, 3650:4

**EXCEEDED** [5] - 3652:2, 3655:18, 3656:4, 3657:20, 3657:25

**EXCEEDS** [2] - 3655:11, 3657:17

**EXCEPT** [1] - 3627:16

**EXCEPTION** [1] - 3578:3

**EXCHANGE** [2] - 3590:14, 3598:3

**EXCUSE** [1] - 3655:4

**EXECUTION** [2] - 3580:19, 3603:23

**EXERCISE** [1] - 3620:21

**EXHIBIT** [5] - 3564:10, 3564:14, 3564:15, 3567:24, 3615:6

**EXHIBITS** [4] - 3564:8, 3565:9, 3566:17, 3568:24

**EXIGENT** [1] - 3621:2

**EXIST** [3] - 3575:5, 3575:7, 3581:7

**EXISTED** [2] - 3593:17, 3602:22

**EXISTENCE** [2] - 3573:21, 3660:1

**EXISTING** [3] - 3570:14, 3570:17, 3577:1

**EXPANDED** [3] - 3574:9, 3574:11, 3574:13

**EXPANDING** [1] - 3637:10

**EXPANSION** [1] - 3637:12

**EXPECT** [1] - 3642:16

**EXPECTED** [2] - 3585:15, 3657:9

**EXPEDIENT** [3] - 3578:7, 3620:2, 3620:5

**EXPERIENCE** [3] - 3609:6, 3624:19, 3624:22

**EXPERIENCED** [1] - 3653:7

**EXPERT** [13] - 3571:22, 3571:23, 3627:25, 3631:8, 3631:17, 3631:24, 3632:4, 3647:13, 3647:18, 3660:18, 3660:25, 3661:1

**EXPERTISE** [3] - 3628:1, 3631:21, 3660:19

**EXPERTS** [2] - 3574:12, 3621:18

**EXPLAIN** [9] - 3570:2, 3572:22, 3581:10, 3593:1, 3599:15, 3613:12, 3613:13, 3628:18, 3633:13

**EXPLAINING** [1] - 3623:16

**EXPLANATION** [1] - 3575:5

**EXPLODED** [1] - 3636:19

**EXPLORE** [1] - 3593:15

**EXTEND** [1] - 3628:22

**EXTENDS** [2] - 3632:25, 3643:9

**EXTENSIVE** [1] - 3574:3
**EXTENSIVELY** [1] - 3624:13
**EXTENT** [4] - 3568:25, 3576:9, 3595:19, 3637:16
**EXTREME** [1] - 3650:9
**EXTREMELY** [2] - 3638:7, 3640:12
**EYE** [18] - 3633:5, 3634:18, 3637:10, 3638:8, 3638:9, 3638:10, 3639:20, 3643:16, 3643:17, 3643:18, 3643:20, 3643:21, 3643:22, 3643:24, 3653:12, 3653:15, 3654:16
**EYES** [2] - 3643:13, 3643:23

## F

**F** [1] - 3562:8
**FACILITATED** [1] - 3588:7
**FACING** [1] - 3657:17
**FACT** [24] - 3566:3, 3566:25, 3567:15, 3570:9, 3572:18, 3573:10, 3587:6, 3590:10, 3591:5, 3593:11, 3596:1, 3596:2, 3596:15, 3596:23, 3605:10, 3607:6, 3613:19, 3619:10, 3619:15, 3619:22, 3636:11, 3651:8
**FACTOR** [11] - 3566:1, 3609:2, 3609:3, 3609:16, 3613:16, 3638:24, 3639:13, 3644:13, 3644:18, 3647:4, 3649:23
**FACTORS** [8] - 3576:2, 3605:19, 3632:17, 3632:19, 3632:20, 3638:23, 3644:17, 3649:22
**FACTS** [1] - 3574:14
**FAIL** [2] - 3620:10, 3620:20
**FAILURE** [1] - 3620:9
**FAIR** [3] - 3568:10, 3574:2, 3606:24

**FAIRLY** [2] - 3574:3, 3650:20
**FALL** [1] - 3599:23
**FALLING** [1] - 3639:16
**FALLS** [1] - 3644:10
**FAMILIAR** [4] - 3580:22, 3616:5, 3618:17, 3621:16
**FAR** [3] - 3598:9, 3613:18, 3653:7
**FAST** [2] - 3633:5, 3647:2
**FASTER** [2] - 3646:21, 3646:22
**FAVORABLE** [2] - 3635:15, 3636:11
**FAVORITE** [1] - 3596:10
**FAYARD** [2] - 3561:11, 3561:12
**FDR** [1] - 3601:25
**FEASIBILITY** [3] - 3620:15, 3620:17, 3620:18
**FEATURES** [1] - 3636:17
**FEBRUARY** [6] - 3582:13, 3583:19, 3584:2, 3590:4, 3590:5, 3605:1
**FED** [2] - 3608:4, 3608:5
**FEDERAL** [9] - 3573:4, 3593:4, 3593:7, 3593:11, 3597:10, 3608:23, 3609:7, 3629:20, 3629:22
**FEEDING** [2] - 3615:23, 3616:1
**FEEL** [2] - 3603:10, 3607:18
**FEELS** [3] - 3585:25, 3593:4, 3613:13
**FEET** [9] - 3566:5, 3599:12, 3640:5, 3646:10, 3647:8, 3650:21, 3655:17, 3655:20, 3656:3
**FELLAS** [1] - 3599:24
**FELT** [3] - 3572:18, 3572:20, 3593:7
**FEMALE** [1] - 3587:8
**FEW** [5] - 3584:16, 3586:1, 3619:23, 3658:8, 3658:15
**FEWER** [1] - 3624:15
**FIELD** [12] - 3582:19,

3584:4, 3584:7, 3584:8, 3588:9, 3600:2, 3627:25, 3628:1, 3628:11, 3630:17, 3631:21, 3637:10
**FIELDS** [3] - 3631:17, 3640:24, 3656:18
**FIFTH** [2] - 3568:20, 3633:7
**FIGURE** [6] - 3634:7, 3636:22, 3638:5, 3640:18, 3642:18, 3644:25
**FIGURED** [1] - 3612:13
**FIGURES** [1] - 3661:10
**FILE** [1] - 3568:21
**FILED** [1] - 3632:5
**FILL** [6] - 3584:20, 3585:3, 3587:20, 3601:6, 3603:5, 3604:10
**FILLED** [2] - 3602:11, 3646:16
**FINAL** [13] - 3583:4, 3583:5, 3583:9, 3583:11, 3588:20, 3589:3, 3589:14, 3589:15, 3589:16, 3589:18, 3597:4, 3612:4, 3661:15
**FINALIZED** [1] - 3604:25
**FINALLY** [5] - 3566:12, 3606:12, 3606:14, 3606:15, 3625:12
**FIND** [2] - 3639:24, 3646:21
**FINE** [1] - 3664:3
**FINISH** [4] - 3598:7, 3658:9, 3664:2, 3664:6
**FINISHED** [3] - 3612:12, 3618:3
**FIRM** [4] - 3560:19, 3561:4, 3561:7, 3561:22
**FIRST** [22] - 3569:15, 3569:24, 3578:10, 3582:25, 3583:25, 3585:14, 3590:4, 3590:5, 3597:21, 3598:19, 3602:15, 3635:5, 3638:24, 3642:2, 3642:18, 3648:15, 3651:18,

3652:9, 3658:21, 3659:17
**FISCAL** [17] - 3566:3, 3581:17, 3581:18, 3582:10, 3583:14, 3583:16, 3587:9, 3587:12, 3588:17, 3589:23, 3597:2, 3597:10, 3600:24, 3602:2, 3604:23, 3605:5, 3622:15
**FIT** [5] - 3582:16, 3588:8, 3588:9, 3588:14, 3614:22
**FITS** [1] - 3648:25
**FIVE** [7] - 3589:15, 3612:21, 3627:16, 3628:5, 3630:9, 3633:24, 3645:20
**FIVE-DAY** [1] - 3630:9
**FIX** [3] - 3603:25, 3620:21, 3625:16
**FLOOD** [18] - 3586:4, 3586:5, 3587:25, 3600:6, 3601:20, 3601:25, 3602:1, 3610:12, 3610:13, 3610:14, 3610:18, 3610:23, 3611:1, 3611:2, 3614:2, 3614:7, 3624:2, 3627:2
**FLOODING** [7] - 3610:2, 3614:8, 3620:14, 3621:12, 3625:17, 3638:22
**FLORIDA** [14] - 3561:12, 3627:14, 3628:13, 3628:14, 3628:17, 3629:5, 3633:18, 3635:14, 3635:19, 3648:8, 3648:16, 3648:17, 3648:25, 3650:12
**FLOW** [2] - 3651:2, 3659:24
**FLOWING** [1] - 3643:8
**FOCUS** [7] - 3587:17, 3592:5, 3614:10, 3623:22, 3627:6, 3630:12, 3630:15
**FOCUSED** [4] - 3599:13, 3599:14, 3600:5
**FOCUSES** [1] - 3628:20

**FOCUSSING** [1] - 3626:22
**FOLLOWING** [1] - 3612:23
**FOLLOWS** [2] - 3578:19, 3626:13
**FOOT** [2] - 3566:6, 3646:7
**FOR** [230] - 3560:12, 3561:22, 3562:4, 3563:2, 3564:18, 3566:13, 3570:5, 3570:9, 3571:5, 3571:14, 3572:22, 3573:7, 3573:13, 3573:17, 3573:21, 3575:3, 3575:5, 3576:4, 3576:5, 3577:13, 3577:22, 3578:10, 3578:21, 3579:5, 3579:9, 3579:12, 3580:5, 3580:7, 3580:10, 3580:24, 3581:2, 3581:6, 3581:8, 3581:18, 3581:25, 3582:16, 3582:20, 3583:1, 3583:3, 3583:14, 3583:16, 3584:9, 3585:4, 3585:18, 3585:25, 3587:5, 3587:9, 3587:12, 3587:15, 3587:22, 3589:8, 3589:19, 3590:21, 3591:4, 3591:6, 3591:7, 3591:9, 3592:1, 3592:2, 3592:6, 3592:7, 3593:4, 3593:6, 3593:13, 3593:15, 3593:19, 3594:1, 3595:13, 3595:22, 3596:9, 3596:11, 3596:19, 3597:9, 3597:15, 3597:23, 3598:14, 3600:24, 3602:2, 3602:18, 3603:11, 3604:3, 3604:4, 3604:21, 3605:5, 3605:12, 3605:19, 3607:23, 3607:24, 3608:5, 3608:8, 3608:15, 3608:23, 3608:24, 3609:17, 3609:18, 3609:23, 3610:2, 3610:20, 3611:2, 3611:6, 3611:12, 3611:13, 3612:4,

3612:21, 3612:23, 3613:10, 3613:12, 3613:13, 3613:24, 3614:11, 3614:12, 3615:6, 3615:10, 3616:15, 3617:13, 3617:18, 3617:20, 3617:21, 3617:24, 3617:25, 3618:4, 3618:11, 3618:14, 3618:16, 3618:18, 3618:23, 3619:2, 3619:5, 3619:11, 3620:9, 3620:14, 3620:15, 3620:17, 3621:2, 3621:18, 3621:19, 3621:22, 3621:25, 3622:14, 3622:15, 3622:22, 3623:3, 3623:15, 3623:16, 3623:24, 3624:3, 3624:25, 3625:9, 3625:14, 3626:7, 3626:15, 3626:21, 3626:22, 3626:24, 3627:3, 3627:16, 3627:21, 3627:22, 3628:5, 3628:10, 3629:13, 3629:19, 3634:4, 3635:15, 3635:18, 3635:22, 3636:9, 3637:4, 3637:5, 3640:16, 3641:18, 3643:10, 3643:15, 3645:11, 3645:24, 3646:12, 3646:25, 3647:12, 3648:24, 3649:10, 3649:19, 3652:9, 3652:21, 3652:24, 3653:10, 3653:12, 3653:14, 3653:19, 3653:22, 3653:24, 3654:9, 3654:10, 3654:24, 3655:2, 3655:3, 3655:5, 3655:7, 3656:5, 3656:7, 3657:10, 3657:11, 3657:13, 3657:24, 3658:11, 3658:23, 3659:15, 3659:16, 3659:17, 3659:20, 3661:3, 3661:19, 3661:25, 3662:4, 3663:7, 3663:15, 3663:24, 3664:6

**FORCE** [5] - 3637:11, 3637:13, 3637:14, 3637:15, 3637:17

**FORECAST** [2] - 3630:3, 3630:10
**FORECASTER** [1] - 3631:1
**FORECASTERS** [2] - 3630:24, 3661:14
**FORECASTS** [2] - 3629:23, 3630:9
**FOREGOING** [1] - 3665:8
**FORESHORE** [3] - 3564:21, 3565:19, 3565:22
**FOREVER** [1] - 3611:20
**FORGIVE** [1] - 3636:9
**FORGOT** [3] - 3568:23, 3571:21, 3571:23
**FORM** [8] - 3583:20, 3584:19, 3589:6, 3596:13, 3600:20, 3603:4, 3606:1, 3650:10
**FORMAT** [3] - 3571:14, 3571:16, 3602:18
**FORMATION** [1] - 3635:7
**FORMED** [2] - 3635:10, 3663:3
**FORMER** [2] - 3633:19, 3652:14
**FORMING** [1] - 3606:7
**FORMS** [1] - 3605:23
**FORMULA** [1] - 3582:15
**FORMULAIC** [1] - 3582:14
**FORMULATED** [1] - 3662:4
**FORTH** [1] - 3651:2
**FORWARD** [4] - 3579:15, 3600:8, 3605:7, 3647:2
**FOUR** [10] - 3566:13, 3569:5, 3576:5, 3588:10, 3588:17, 3602:16, 3630:14, 3648:19, 3654:18, 3660:11
**FOUR-INCH** [1] - 3602:16
**FRAME** [4] - 3584:2, 3587:4, 3588:24, 3590:18
**FRANK** [2] - 3561:5, 3627:3

**FRANKLIN** [1] - 3562:13
**FRENZY** [2] - 3615:23, 3616:1
**FRICTION** [1] - 3645:19
**FROM** [92] - 3564:16, 3564:18, 3568:20, 3570:18, 3572:11, 3572:16, 3576:3, 3576:22, 3577:2, 3578:4, 3579:13, 3581:15, 3582:13, 3582:15, 3583:1, 3588:9, 3588:20, 3589:9, 3591:3, 3593:22, 3593:24, 3594:25, 3595:14, 3596:23, 3598:2, 3598:10, 3598:19, 3598:24, 3600:11, 3600:17, 3601:10, 3601:13, 3601:18, 3602:2, 3604:12, 3604:14, 3605:7, 3606:3, 3607:7, 3607:25, 3609:19, 3611:12, 3612:9, 3612:18, 3613:11, 3614:19, 3614:24, 3615:14, 3618:8, 3619:19, 3619:24, 3627:2, 3628:17, 3633:6, 3633:9, 3633:20, 3635:10, 3636:5, 3636:15, 3636:22, 3637:12, 3637:14, 3637:16, 3637:19, 3638:2, 3638:5, 3638:12, 3639:20, 3640:13, 3640:14, 3640:25, 3643:8, 3644:4, 3644:22, 3647:1, 3647:12, 3650:22, 3651:9, 3652:11, 3653:15, 3654:2, 3655:24, 3656:2, 3656:3, 3659:4, 3659:18, 3663:25, 3664:1, 3665:9
**FRONT** [4] - 3601:12, 3605:9, 3651:6, 3655:13
**FRUITS** [1] - 3630:8
**FT** [1] - 3648:18
**FULL** [2] - 3598:14, 3659:2
**FULL-TIME** [1] - 3659:2

**FULLY** [2] - 3592:11, 3593:10
**FUNCTION** [2] - 3578:3, 3618:5
**FUND** [6] - 3592:20, 3592:22, 3599:21, 3603:12, 3603:19
**FUNDED** [6] - 3581:7, 3595:3, 3595:19, 3612:17, 3613:15, 3613:21
**FUNDING** [22] - 3566:1, 3567:1, 3578:1, 3580:24, 3581:13, 3593:13, 3599:20, 3599:21, 3603:25, 3613:23, 3613:25, 3614:19, 3615:6, 3617:18, 3617:20, 3617:23, 3618:18, 3620:15, 3620:17, 3621:25, 3624:5, 3625:9
**FUNDS** [6] - 3599:22, 3599:23, 3604:11, 3620:5, 3621:2, 3623:16
**FURTHER** [4] - 3615:18, 3625:20, 3625:22, 3658:5
**FUTURE** [1] - 3641:6
**FY** [1] - 3587:5

### G

**G** [2] - 3562:10, 3564:1
**GABLES** [2] - 3629:5, 3633:18
**GATHER** [1] - 3601:10
**GATHERED** [2] - 3613:1, 3613:4
**GATHERING** [1] - 3598:2
**GAVE** [1] - 3662:5
**GENERAL** [6] - 3581:3, 3582:8, 3611:25, 3629:8, 3632:3, 3648:5
**GENERALIZE** [1] - 3574:10
**GENERALLY** [10] - 3613:1, 3637:7, 3638:24, 3639:13, 3640:18, 3644:18, 3644:20, 3645:14, 3646:2, 3653:5
**GENERATE** [15] - 3640:5, 3640:7, 3641:3, 3641:5,

3642:16, 3646:7, 3646:9, 3646:10, 3646:23, 3648:22, 3648:23, 3649:1, 3650:5, 3651:15, 3656:15
**GENERATED** [9] - 3591:6, 3631:18, 3632:15, 3639:1, 3642:10, 3654:2, 3655:19, 3655:21, 3657:22
**GENERATES** [3] - 3641:2, 3649:20, 3654:11
**GENERATING** [2] - 3638:21, 3649:16
**GENERATION** [3] - 3632:21, 3658:21, 3658:22
**GET** [48] - 3567:6, 3568:16, 3568:17, 3572:15, 3582:13, 3588:3, 3589:12, 3592:18, 3595:24, 3598:13, 3599:24, 3603:2, 3606:19, 3606:24, 3606:25, 3607:1, 3607:2, 3607:3, 3610:4, 3611:23, 3612:16, 3612:20, 3614:7, 3614:17, 3614:18, 3615:10, 3615:25, 3616:3, 3616:12, 3616:21, 3616:22, 3624:17, 3640:24, 3641:11, 3643:16, 3645:7, 3645:17, 3646:15, 3649:5, 3651:3, 3651:15, 3652:25, 3653:16, 3655:22, 3657:2, 3660:15
**GETS** [11] - 3586:13, 3588:20, 3591:3, 3595:19, 3595:20, 3606:18, 3612:21, 3614:21, 3633:23, 3645:7, 3656:19
**GETTING** [3] - 3604:11, 3607:11, 3620:20
**GILBERT** [2] - 3561:22, 3561:22
**GIVE** [18] - 3578:5, 3581:13, 3583:5, 3583:7, 3583:20, 3588:15, 3588:16, 3589:3, 3589:4,

3589:5, 3605:24, 3607:12, 3613:2, 3616:11, 3619:24, 3632:2, 3660:16, 3663:24

**GIVEN** [8] - 3583:12, 3588:15, 3606:1, 3606:16, 3614:15, 3622:15, 3634:1, 3647:13

**GIVES** [5] - 3588:9, 3607:6, 3614:13, 3657:19

**GIVING** [2] - 3605:21, 3664:8

**GLOBAL** [1] - 3588:4

**GO** [38] - 3565:13, 3577:20, 3579:15, 3585:5, 3598:1, 3603:19, 3604:7, 3605:25, 3611:22, 3616:22, 3620:20, 3628:4, 3631:12, 3634:22, 3635:1, 3635:3, 3636:9, 3639:22, 3639:23, 3639:24, 3645:3, 3646:19, 3646:20, 3648:15, 3648:18, 3649:8, 3649:18, 3649:20, 3650:16, 3650:21, 3653:15, 3654:9, 3655:8, 3663:25, 3664:1, 3664:7

**GOES** [8] - 3597:9, 3608:17, 3622:21, 3623:17, 3634:1, 3644:6, 3646:22, 3664:5

**GOING** [35] - 3567:17, 3569:13, 3581:6, 3582:22, 3587:9, 3588:8, 3589:12, 3590:23, 3598:13, 3598:25, 3604:1, 3608:1, 3612:20, 3617:8, 3618:4, 3618:19, 3618:21, 3620:8, 3620:19, 3621:5, 3622:20, 3623:2, 3631:7, 3632:4, 3635:7, 3637:16, 3640:17, 3642:3, 3643:2, 3645:3, 3646:9, 3648:23, 3651:7, 3654:10

**GONE** [1] - 3609:19

**GOOD** [7] - 3564:6,

3569:9, 3569:12, 3577:22, 3658:8, 3663:19, 3664:3

**GOT** [13] - 3568:5, 3575:20, 3577:1, 3589:22, 3621:1, 3633:22, 3634:22, 3635:10, 3635:15, 3639:18, 3656:25

**GOTTEN** [1] - 3594:21

**GOVERNMENT** [14] - 3561:9, 3563:2, 3593:4, 3593:7, 3593:12, 3599:11, 3600:2, 3608:23, 3609:7, 3611:19, 3621:19, 3629:8, 3629:10, 3664:2

**GOVERNMENTS** [1] - 3593:9

**GRAPH** [1] - 3644:7

**GRAPHIC** [10] - 3632:17, 3634:8, 3637:18, 3638:14, 3643:25, 3644:17, 3646:1, 3647:9, 3647:11, 3650:16

**GRAPHICS** [1] - 3647:6

**GREAT** [5] - 3573:1, 3615:1, 3628:7, 3656:7, 3656:8

**GREATER** [7] - 3625:17, 3634:2, 3639:3, 3639:4, 3646:14, 3654:18, 3654:19

**GREEN** [1] - 3596:13

**GREENS** [1] - 3648:18

**GREIF** [1] - 3562:7

**GROUP** [4] - 3603:2, 3626:24, 3659:4, 3659:9

**GUESS** [2] - 3567:7, 3661:23

**GUIDANCE** [15] - 3579:12, 3582:18, 3582:19, 3583:25, 3584:3, 3584:7, 3602:9, 3602:10, 3602:14, 3602:15, 3603:6, 3603:8, 3605:5, 3605:15, 3621:22

**GUIDE** [1] - 3603:1

**GULF** [9] - 3633:6, 3636:12, 3640:16, 3643:10, 3646:25,

3648:1, 3648:12, 3648:20, 3653:25

**GUYS** [1] - 3597:25

# H

**HAD** [65] - 3564:17, 3566:2, 3566:3, 3567:1, 3568:23, 3569:24, 3572:11, 3574:6, 3574:24, 3576:9, 3576:19, 3579:8, 3579:23, 3580:1, 3580:4, 3580:14, 3588:14, 3592:8, 3592:9, 3592:19, 3592:21, 3593:10, 3593:22, 3593:24, 3594:23, 3595:3, 3595:12, 3597:7, 3597:24, 3597:25, 3599:7, 3599:10, 3599:12, 3600:10, 3601:1, 3602:24, 3604:1, 3605:1, 3605:8, 3605:9, 3614:8, 3618:3, 3630:23, 3635:1, 3636:4, 3637:15, 3639:7, 3639:16, 3639:17, 3640:3, 3644:5, 3644:12, 3656:1, 3656:11, 3657:1, 3658:22, 3659:25, 3660:14, 3661:1, 3661:2, 3661:5, 3663:12

**HADN'T** [2] - 3565:24, 3661:4

**HALF** [4] - 3566:6, 3588:10, 3644:11

**HAND** [7] - 3578:18, 3611:16, 3611:22, 3611:23, 3626:10, 3646:13

**HANDLE** [1] - 3603:20

**HANDS** [3] - 3586:16, 3586:18, 3622:24

**HAPPEN** [5] - 3573:5, 3587:14, 3590:7, 3613:20, 3625:17

**HAPPENED** [8] - 3572:6, 3572:8, 3597:7, 3635:13, 3635:21, 3637:9, 3637:18, 3638:15

**HAPPENS** [10] -

3582:25, 3584:7, 3588:11, 3588:21, 3589:9, 3590:25, 3593:19, 3597:6, 3603:11, 3661:14

**HARD** [1] - 3649:17

**HARDLY** [1] - 3643:16

**HARM** [1] - 3603:3

**HAS** [53] - 3565:6, 3567:4, 3567:11, 3574:10, 3575:23, 3576:17, 3585:8, 3586:4, 3586:14, 3587:1, 3588:22, 3592:5, 3592:8, 3599:4, 3599:5, 3600:19, 3601:15, 3605:5, 3606:13, 3606:16, 3609:4, 3611:8, 3612:4, 3613:1, 3613:17, 3614:15, 3618:17, 3619:12, 3623:21, 3624:15, 3631:8, 3631:9, 3631:21, 3633:24, 3634:18, 3639:20, 3642:9, 3643:17, 3644:9, 3644:11, 3647:17, 3649:17, 3649:25, 3650:7, 3650:23, 3651:17, 3656:16, 3656:24, 3657:2, 3660:21

**HASTE** [1] - 3564:7

**HAVE** [155] - 3565:1, 3565:4, 3565:14, 3566:4, 3566:12, 3566:14, 3567:1, 3567:18, 3568:13, 3569:21, 3569:24, 3569:25, 3571:10, 3572:4, 3572:22, 3573:20, 3573:23, 3574:12, 3574:18, 3574:24, 3575:3, 3575:5, 3576:13, 3577:15, 3578:10, 3578:11, 3579:2, 3579:7, 3580:15, 3580:21, 3581:5, 3581:12, 3581:21, 3581:23, 3582:7, 3582:16, 3584:1, 3587:12, 3587:24, 3588:2, 3588:23, 3589:10, 3590:12, 3590:14, 3591:2, 3591:19, 3591:20,

3591:23, 3592:9, 3592:14, 3592:17, 3593:7, 3594:6, 3594:12, 3594:21, 3595:2, 3595:12, 3595:25, 3597:16, 3598:4, 3598:11, 3599:3, 3600:19, 3601:11, 3603:24, 3604:3, 3604:7, 3604:14, 3604:17, 3605:1, 3606:1, 3607:20, 3607:21, 3607:25, 3608:18, 3609:4, 3609:13, 3611:12, 3612:14, 3613:25, 3614:2, 3614:10, 3614:23, 3615:18, 3616:13, 3616:19, 3617:9, 3617:17, 3618:8, 3618:9, 3619:9, 3620:3, 3620:15, 3622:12, 3624:13, 3624:19, 3624:21, 3625:16, 3625:24, 3627:15, 3629:6, 3629:10, 3629:18, 3631:3, 3631:14, 3632:9, 3634:9, 3634:20, 3634:21, 3637:3, 3639:22, 3640:3, 3640:6, 3641:4, 3641:14, 3641:18, 3641:21, 3642:9, 3643:16, 3643:19, 3645:16, 3647:7, 3647:9, 3648:21, 3648:24, 3649:4, 3650:1, 3650:2, 3650:16, 3650:20, 3650:21, 3651:1, 3651:6, 3651:8, 3651:10, 3651:21, 3652:22, 3653:8, 3653:24, 3654:4, 3654:20, 3655:15, 3656:10, 3657:9, 3658:5, 3658:8, 3658:15, 3660:13, 3661:20, 3663:6, 3663:15, 3663:20, 3663:25, 3664:7

**HAVEN'T** [7] - 3564:19, 3565:19, 3566:18, 3567:25, 3597:7, 3625:7, 3625:19

**HAVING** [2] - 3597:8, 3649:8

**HAVOC** [1] - 3640:22
**HB-406** [1] - 3562:17
**HE** [45] - 3566:24, 3566:25, 3567:8, 3567:14, 3567:15, 3567:24, 3570:3, 3571:20, 3571:23, 3574:17, 3574:18, 3577:25, 3578:4, 3578:6, 3586:14, 3586:17, 3586:18, 3586:21, 3587:3, 3588:18, 3592:11, 3592:15, 3592:16, 3592:18, 3593:25, 3613:13, 3615:2, 3618:17, 3619:1, 3619:24, 3620:1, 3621:10, 3623:1, 3623:6, 3623:22, 3627:7, 3630:19, 3631:8, 3631:21, 3631:23, 3631:25, 3632:2, 3647:17, 3647:18
**HE'S** [4] - 3586:17, 3587:5, 3587:6, 3622:24
**HEADINGS** [1] - 3601:14
**HEADQUARTER** [2] - 3587:15, 3594:14
**HEADQUARTERS** [17] - 3569:17, 3577:25, 3579:1, 3579:6, 3580:12, 3584:13, 3584:14, 3586:13, 3600:4, 3600:10, 3606:14, 3607:6, 3609:6, 3613:2, 3619:18, 3621:1, 3622:10
**HEAR** [2] - 3579:17, 3662:13
**HEARD** [4] - 3560:8, 3574:8, 3578:10, 3618:1
**HEARING** [3] - 3579:16, 3579:18, 3590:10
**HEARINGS** [3] - 3588:23, 3590:10, 3623:12
**HEARSAY** [1] - 3566:14
**HEAVILY** [1] - 3621:22
**HEIGHT** [1] - 3646:19
**HEIGHTS** [1] -

3657:24
**HELD** [3] - 3579:7, 3580:12, 3623:12
**HELP** [5] - 3568:4, 3581:10, 3605:21, 3614:1, 3660:4
**HELPS** [1] - 3596:12
**HER** [1] - 3587:7
**HERBERT** [1] - 3633:17
**HERE** [7] - 3565:8, 3568:5, 3574:20, 3577:25, 3581:10, 3604:1, 3605:9, 3610:23, 3614:1, 3614:20, 3625:24, 3632:20, 3634:12, 3634:14, 3634:21, 3635:9, 3635:12, 3635:16, 3636:13, 3636:14, 3637:4, 3637:11, 3637:23, 3639:20, 3639:22, 3641:7, 3641:8, 3641:14, 3641:19, 3641:23, 3642:4, 3642:7, 3642:9, 3642:23, 3643:1, 3643:14, 3644:7, 3644:8, 3644:9, 3644:18, 3645:2, 3645:3, 3645:6, 3645:7, 3645:8, 3645:11, 3645:12, 3645:25, 3648:9, 3648:11, 3648:12, 3648:16, 3648:18, 3648:20, 3648:25, 3649:2, 3649:10, 3650:11, 3650:14, 3650:22, 3650:24, 3651:3, 3651:4, 3651:7, 3651:10, 3651:13, 3651:15, 3651:16, 3655:1, 3655:22, 3657:3, 3661:10, 3663:20
**HEREBY** [1] - 3665:7
**HIGH** [8] - 3637:4, 3648:22, 3648:23, 3649:20, 3650:20, 3650:24, 3662:10, 3662:25
**HIGHER** [9] - 3571:25, 3609:22, 3640:7, 3646:10, 3646:22, 3646:23, 3650:5, 3657:4, 3657:10
**HIGHEST** [3] -

3642:10, 3642:16, 3644:9
**HIGHLIGHT** [2] - 3634:13, 3645:3
**HIGHLY** [1] - 3614:7
**HIM** [12] - 3565:15, 3573:8, 3574:17, 3582:6, 3585:25, 3588:15, 3596:1, 3613:12, 3622:18, 3631:24, 3632:4, 3660:4
**HINDCAST** [4] - 3661:6, 3662:21, 3662:24, 3663:3
**HIS** [20] - 3578:2, 3586:16, 3587:4, 3587:5, 3587:7, 3592:11, 3592:15, 3613:11, 3615:1, 3615:2, 3622:24, 3623:22, 3626:22, 3626:25, 3628:5, 3631:24, 3647:13, 3647:24
**HISTORICAL** [2] - 3652:18, 3660:22
**HISTORY** [1] - 3632:16
**HIT** [3] - 3632:15, 3635:1, 3636:18
**HOLD** [5] - 3579:4, 3630:22, 3631:3, 3632:9, 3651:21
**HOME** [2] - 3616:22, 3648:16
**HONEYCUTT** [1] - 3561:11
**HONOR** [41] - 3564:7, 3565:7, 3567:7, 3567:13, 3567:16, 3568:11, 3569:8, 3577:15, 3577:17, 3577:22, 3577:24, 3578:16, 3581:19, 3582:1, 3599:1, 3603:13, 3612:1, 3615:18, 3618:16, 3618:23, 3621:5, 3625:20, 3625:22, 3626:7, 3627:23, 3631:8, 3631:16, 3631:20, 3632:2, 3635:2, 3635:25, 3636:1, 3645:5, 3647:11, 3648:4, 3652:22, 3658:8, 3660:7, 3663:18, 3663:21, 3664:10

**HONORABLE** [1] - 3560:8
**HOPE** [2] - 3560:13, 3625:23
**HOT** [1] - 3615:25
**HOUR** [16] - 3633:23, 3634:2, 3637:1, 3638:11, 3638:19, 3639:10, 3639:11, 3642:10, 3642:23, 3644:6, 3645:20, 3646:6, 3646:8, 3653:18, 3661:16, 3661:17
**HOURLY** [2] - 3661:20, 3661:25
**HOURS** [1] - 3647:14
**HOUSE** [8] - 3590:11, 3590:19, 3591:3, 3591:19, 3592:1, 3592:5, 3592:6, 3623:11
**HOW** [60] - 3567:4, 3574:11, 3576:1, 3579:2, 3579:7, 3582:2, 3582:19, 3584:4, 3588:7, 3589:22, 3593:2, 3596:15, 3597:3, 3599:4, 3599:5, 3599:25, 3601:21, 3602:8, 3602:12, 3602:19, 3602:25, 3603:1, 3603:19, 3603:20, 3605:16, 3611:9, 3611:10, 3612:11, 3612:20, 3613:21, 3615:1, 3616:21, 3617:10, 3627:15, 3632:25, 3633:5, 3638:7, 3638:24, 3639:5, 3639:13, 3640:11, 3642:13, 3644:18, 3644:25, 3645:23, 3646:2, 3646:24, 3647:4, 3648:13, 3649:12, 3649:23, 3654:23, 3654:25, 3655:8, 3657:12, 3664:4
**HOWEVER** [3] - 3647:12, 3647:15, 3657:19
**HQ** [1] - 3606:11
**HUNDRED** [3] - 3610:13, 3611:1, 3652:15
**HURRICANE** [135] - 3564:18, 3615:4,

3615:5, 3625:17, 3626:22, 3626:23, 3627:1, 3627:4, 3627:7, 3628:10, 3629:3, 3629:5, 3629:14, 3629:16, 3629:17, 3629:18, 3629:22, 3630:2, 3630:15, 3630:20, 3630:24, 3631:1, 3631:5, 3631:17, 3631:18, 3632:3, 3632:11, 3632:23, 3632:24, 3633:1, 3633:3, 3633:11, 3633:12, 3633:13, 3633:19, 3633:23, 3633:24, 3634:4, 3634:6, 3634:12, 3634:17, 3634:19, 3634:22, 3635:16, 3635:17, 3635:20, 3635:22, 3636:5, 3636:10, 3636:16, 3636:17, 3637:9, 3637:11, 3637:13, 3637:15, 3637:19, 3638:6, 3638:7, 3638:9, 3638:15, 3638:18, 3639:1, 3639:5, 3639:14, 3640:11, 3641:3, 3641:16, 3642:9, 3642:16, 3642:19, 3642:20, 3642:23, 3643:2, 3643:5, 3643:6, 3643:11, 3643:12, 3644:4, 3644:12, 3644:20, 3645:2, 3646:2, 3646:5, 3646:13, 3646:23, 3646:24, 3648:14, 3649:13, 3649:14, 3649:23, 3651:20, 3651:23, 3651:24, 3652:3, 3652:5, 3652:6, 3652:7, 3652:8, 3652:19, 3653:3, 3653:13, 3653:17, 3654:9, 3654:11, 3654:15, 3654:25, 3655:7, 3655:24, 3656:6, 3657:1, 3657:3, 3657:11, 3657:13, 3657:24, 3657:25, 3658:17, 3659:2, 3659:9, 3659:25, 3660:3, 3660:5, 3661:3, 3661:9, 3661:13,

3661:14, 3661:15, 3662:6, 3662:9, 3662:25

**HURRICANE'S** [1] - 3638:25

**HURRICANES** [16] - 3627:19, 3628:25, 3629:20, 3629:23, 3630:4, 3632:14, 3639:16, 3640:16, 3642:17, 3642:21, 3643:8, 3644:10, 3646:25, 3652:21, 3659:18, 3660:22

**HYDROGRAPHS** [3] - 3662:23, 3663:3, 3663:8

**HYDROPOWER** [6] - 3586:7, 3596:14, 3600:7, 3611:2, 3611:4, 3615:12

**HYPOTHETICAL** [1] - 3618:20

**HYPOTHETICALLY** [2] - 3602:23, 3620:13

## I

I [238] - 3563:1, 3564:1, 3564:8, 3564:10, 3564:20, 3565:5, 3565:7, 3565:8, 3565:14, 3565:15, 3566:9, 3567:6, 3567:7, 3567:8, 3567:11, 3567:13, 3567:17, 3567:20, 3567:25, 3568:5, 3568:13, 3568:22, 3568:23, 3569:5, 3569:12, 3569:13, 3569:16, 3571:1, 3571:11, 3571:17, 3571:21, 3572:3, 3572:24, 3573:24, 3574:7, 3574:10, 3574:11, 3574:14, 3575:4, 3575:15, 3575:19, 3575:25, 3576:1, 3576:4, 3576:7, 3576:11, 3576:19, 3576:20, 3576:24, 3577:1, 3577:5, 3577:8, 3577:9, 3577:15, 3578:10, 3578:12, 3578:16, 3578:22, 3579:1, 3579:5, 3579:11, 3579:15, 3579:17,

3579:22, 3580:1, 3580:4, 3580:14, 3581:22, 3581:24, 3582:5, 3582:7, 3582:22, 3583:16, 3584:1, 3585:1, 3585:20, 3586:22, 3587:3, 3588:20, 3590:4, 3590:23, 3591:25, 3594:3, 3595:20, 3595:21, 3596:4, 3596:11, 3597:2, 3598:1, 3598:13, 3598:15, 3598:22, 3598:25, 3599:5, 3599:7, 3599:8, 3599:16, 3600:21, 3601:11, 3602:9, 3602:20, 3602:21, 3603:13, 3604:19, 3607:17, 3610:8, 3611:12, 3611:14, 3611:15, 3611:16, 3611:18, 3611:20, 3611:22, 3611:24, 3612:19, 3613:7, 3613:16, 3614:23, 3615:15, 3615:18, 3616:1, 3616:5, 3616:11, 3616:13, 3616:14, 3617:8, 3618:2, 3618:4, 3618:19, 3618:21, 3618:23, 3620:7, 3620:17, 3620:19, 3621:5, 3621:7, 3621:16, 3622:12, 3622:17, 3623:14, 3624:18, 3624:21, 3625:7, 3625:19, 3625:23, 3626:17, 3626:18, 3627:14, 3627:16, 3627:19, 3627:22, 3628:4, 3628:10, 3628:13, 3628:16, 3629:3, 3629:7, 3630:1, 3630:2, 3630:14, 3630:25, 3631:1, 3631:7, 3631:8, 3631:10, 3631:11, 3631:12, 3631:14, 3631:16, 3631:20, 3631:22, 3631:24, 3632:4, 3633:12, 3635:1, 3635:7, 3636:3, 3642:3, 3645:3, 3647:9, 3647:11, 3647:12, 3647:13, 3648:3, 3650:16,

3651:5, 3651:25, 3653:19, 3654:14, 3654:21, 3655:1, 3658:5, 3658:8, 3658:15, 3658:17, 3658:20, 3658:22, 3658:24, 3659:7, 3660:2, 3660:16, 3661:1, 3661:2, 3661:4, 3661:23, 3662:13, 3663:6, 3663:15, 3663:25, 3664:3, 3664:8, 3665:6

**I'D** [4] - 3581:13, 3581:21, 3594:3, 3625:1

**I'LL** [11] - 3565:5, 3567:21, 3568:7, 3568:8, 3568:9, 3569:2, 3578:13, 3581:17, 3582:6, 3634:13, 3648:12

**I'M** [16] - 3564:25, 3566:9, 3566:11, 3571:13, 3577:9, 3579:17, 3580:11, 3596:4, 3598:8, 3605:16, 3621:16, 3631:11, 3643:22, 3645:3, 3646:15, 3662:13

**I'S** [1] - 3605:2

**I'VE** [6] - 3579:3, 3579:8, 3592:19, 3611:13, 3627:16, 3660:22

**IBOS** [3] - 3562:16, 3665:6, 3665:14

**IDEA** [4] - 3597:3, 3606:4, 3640:24, 3646:15

**IDENTIFY** [1] - 3573:3

**IF** [96] - 3565:9, 3565:12, 3567:7, 3567:25, 3569:20, 3569:24, 3571:25, 3573:13, 3573:14, 3575:5, 3575:8, 3577:20, 3584:22, 3591:9, 3591:11, 3591:25, 3592:20, 3594:16, 3594:23, 3595:3, 3595:13, 3597:15, 3602:13, 3602:20, 3602:23, 3603:2, 3603:12, 3603:21, 3603:24, 3605:25, 3611:14,

3612:14, 3612:17, 3612:21, 3612:22, 3613:20, 3617:10, 3619:18, 3620:13, 3620:16, 3620:19, 3620:23, 3621:1, 3621:8, 3621:15, 3625:2, 3628:4, 3630:25, 3632:17, 3632:21, 3633:12, 3633:25, 3634:6, 3636:22, 3637:18, 3638:5, 3638:14, 3638:23, 3639:3, 3640:4, 3640:5, 3640:18, 3642:18, 3643:25, 3644:4, 3644:20, 3644:21, 3644:25, 3646:1, 3646:4, 3646:8, 3646:15, 3647:9, 3648:23, 3649:10, 3649:22, 3649:25, 3650:3, 3650:16, 3651:13, 3651:14, 3651:19, 3653:9, 3654:23, 3655:8, 3655:14, 3656:21, 3657:12, 3660:12, 3661:21, 3663:6, 3664:1, 3664:2, 3664:6

**II** [2] - 3561:19, 3562:1

**IMAGE** [1] - 3636:23

**IMMEDIATE** [4] - 3603:21, 3603:23, 3603:24, 3620:19

**IMMEDIATELY** [6] - 3604:2, 3604:9, 3620:20, 3629:1, 3629:2, 3658:18

**IMMINENT** [4] - 3602:25, 3618:13, 3619:7, 3620:19

**IMPACT** [2] - 3587:2, 3603:9

**IMPENDING** [2] - 3602:20, 3602:23

**IMPORTANT** [5] - 3609:1, 3613:14, 3613:16, 3632:20, 3633:7

**IMPROVE** [2] - 3600:9, 3603:3

**IN** [385] - 3564:5, 3564:7, 3564:11, 3565:9, 3566:1, 3566:2, 3566:3, 3566:4, 3567:9,

3567:14, 3567:15, 3567:19, 3567:21, 3567:22, 3569:17, 3570:6, 3570:9, 3570:14, 3571:15, 3572:4, 3573:4, 3573:14, 3573:21, 3574:5, 3574:18, 3574:19, 3574:20, 3575:14, 3575:19, 3575:25, 3576:2, 3576:5, 3576:7, 3576:12, 3576:21, 3576:25, 3577:11, 3577:19, 3577:25, 3578:2, 3578:12, 3578:19, 3579:6, 3579:14, 3579:15, 3579:22, 3579:25, 3580:1, 3580:2, 3580:14, 3580:15, 3580:19, 3580:21, 3581:3, 3581:8, 3581:13, 3581:23, 3582:1, 3582:18, 3583:2, 3583:6, 3583:13, 3583:17, 3583:20, 3583:25, 3584:1, 3584:2, 3584:8, 3584:13, 3584:18, 3584:20, 3585:3, 3585:9, 3586:3, 3586:8, 3586:12, 3586:14, 3586:15, 3586:20, 3586:21, 3586:22, 3586:24, 3587:2, 3587:4, 3587:7, 3587:12, 3587:16, 3587:20, 3588:1, 3588:4, 3588:6, 3588:7, 3588:16, 3588:24, 3589:6, 3589:13, 3589:20, 3589:23, 3590:4, 3590:5, 3590:10, 3590:25, 3591:8, 3591:19, 3591:21, 3592:7, 3592:23, 3592:24, 3593:2, 3593:11, 3593:12, 3593:17, 3593:21, 3593:24, 3594:1, 3594:4, 3594:6, 3594:12, 3594:13, 3594:15, 3594:16, 3594:24, 3595:14, 3595:18, 3595:24, 3595:25, 3596:10, 3596:11, 3596:13, 3596:23, 3597:2,

3597:4, 3597:6,
3597:7, 3597:20,
3597:21, 3597:22,
3597:23, 3597:24,
3598:23, 3599:7,
3599:8, 3599:9,
3599:11, 3600:2,
3600:10, 3600:25,
3601:3, 3601:8,
3601:12, 3601:16,
3601:20, 3602:9,
3602:22, 3603:4,
3603:5, 3603:10,
3603:17, 3604:12,
3604:13, 3605:1,
3605:6, 3605:7,
3605:9, 3605:22,
3606:7, 3606:8,
3606:12, 3606:18,
3607:20, 3607:25,
3608:2, 3608:4,
3608:10, 3608:19,
3608:22, 3609:3,
3609:5, 3609:7,
3610:17, 3610:18,
3610:22, 3610:23,
3611:17, 3611:19,
3613:2, 3613:5,
3613:7, 3613:9,
3614:4, 3614:5,
3614:6, 3614:12,
3614:14, 3615:2,
3615:11, 3615:23,
3615:25, 3616:1,
3616:2, 3616:16,
3617:1, 3617:23,
3618:11, 3618:20,
3618:21, 3619:1,
3619:8, 3619:10,
3619:15, 3619:22,
3619:23, 3620:8,
3621:6, 3621:18,
3621:19, 3622:12,
3622:17, 3623:4,
3623:6, 3623:12,
3624:1, 3624:3,
3624:5, 3624:15,
3624:19, 3624:22,
3625:13, 3626:5,
3626:12, 3627:2,
3627:4, 3627:14,
3627:25, 3628:1,
3628:11, 3628:13,
3628:14, 3628:17,
3628:20, 3628:24,
3629:5, 3629:10,
3629:21, 3629:23,
3630:17, 3630:19,
3630:23, 3631:17,
3631:21, 3631:24,
3632:16, 3632:20,

3632:23, 3633:4,
3633:18, 3634:7,
3634:14, 3634:21,
3635:9, 3635:11,
3635:16, 3636:4,
3636:12, 3636:14,
3639:7, 3639:9,
3640:6, 3640:10,
3640:16, 3640:23,
3641:6, 3641:8,
3641:9, 3641:21,
3641:23, 3642:11,
3642:23, 3642:25,
3643:5, 3644:9,
3644:10, 3644:13,
3644:17, 3644:20,
3645:13, 3645:17,
3645:18, 3646:6,
3646:25, 3647:6,
3647:7, 3647:13,
3647:17, 3647:18,
3647:21, 3647:22,
3647:24, 3648:16,
3648:20, 3649:13,
3649:17, 3650:10,
3650:14, 3650:19,
3651:4, 3651:6,
3651:13, 3651:15,
3651:16, 3652:3,
3652:6, 3653:5,
3653:12, 3653:20,
3653:23, 3653:25,
3654:4, 3655:5,
3655:12, 3655:13,
3655:18, 3655:19,
3655:25, 3656:3,
3656:4, 3656:6,
3656:7, 3656:9,
3656:10, 3656:18,
3656:19, 3656:20,
3656:22, 3656:24,
3657:2, 3657:17,
3658:1, 3658:18,
3658:23, 3658:24,
3659:1, 3659:5,
3659:8, 3659:10,
3659:21, 3660:2,
3660:4, 3660:8,
3660:11, 3660:16,
3661:12, 3661:21,
3662:8, 3662:11,
3662:14, 3662:19,
3663:2, 3663:3,
3663:4, 3663:6,
3663:8, 3663:10,
3663:11, 3663:12,
3665:9

    **INCENTIVES** [1] -
3568:16

    **INCH** [1] - 3602:16
    **INCHES** [5] - 3637:5,

3637:6, 3641:11,
3646:16

    **INCLUDE** [2] -
3623:19, 3662:20
    **INCLUDED** [7] -
3569:16, 3571:4,
3605:15, 3661:5,
3662:11, 3662:14,
3662:23
    **INCLUDES** [1] -
3584:3
    **INCLUDING** [2] -
3602:17, 3625:17
    **INCREASED** [1] -
3574:6
    **INCREASES** [1] -
3655:16
    **INCREASING** [1] -
3656:2
    **INCREMENTS** [1] -
3591:11
    **INDEPENDENT** [1] -
3570:10
    **INDEX** [1] - 3653:11
    **INDICATE** [1] -
3618:13
    **INDICATES** [2] -
3566:1, 3647:15
    **INDICATING** [1] -
3639:21
    **INDICATING)** [15] -
3634:15, 3635:12,
3641:8, 3641:24,
3642:8, 3643:10,
3644:8, 3645:7,
3648:10, 3648:12,
3650:15, 3651:2,
3651:8, 3651:11,
3651:16
    **INDICATION** [1] -
3565:22
    **INDIVIDUAL** [3] -
3581:4, 3582:20,
3589:21
    **INDULGENCE** [1] -
3626:18
    **INFINITE** [1] - 3659:1
    **INFLUENCED** [2] -
3632:18, 3638:23
    **INFORM** [1] - 3568:7
    **INFORMAL** [1] -
3589:16
    **INFORMALLY** [1] -
3591:5
    **INFORMATION** [39] -
3576:25, 3578:5,
3579:13, 3582:25,
3584:9, 3584:10,
3584:19, 3585:5,
3585:24, 3586:13,

3589:9, 3596:19,
3596:22, 3598:2,
3600:1, 3600:11,
3600:17, 3600:19,
3601:4, 3601:10,
3602:11, 3602:16,
3602:18, 3602:19,
3605:11, 3605:12,
3605:15, 3611:6,
3611:8, 3612:25,
3613:4, 3613:8,
3617:3, 3619:25,
3623:24, 3636:5,
3654:2, 3655:2,
3663:2
    **INFORMS** [1] -
3624:24
    **INFRARED** [2] -
3643:14, 3643:15
    **INITIAL** [2] -
3576:25, 3583:6
    **INLAND** [1] -
3651:17
    **INPUT** [1] - 3661:25
    **INQUIRIES** [1] -
3624:19
    **INQUIRY** [1] -
3565:18
    **INSIDE** [5] - 3629:13,
3633:25, 3638:10,
3643:24, 3657:20
    **INSTALL** [1] -
3565:22
    **INSTALLED** [1] -
3565:19
    **INSTANCE** [3] -
3592:6, 3602:22,
3624:3
    **INSURE** [1] - 3607:8
    **INSURERS** [1] -
3561:22
    **INTEGRATED** [2] -
3610:2, 3641:15
    **INTENDED** [1] -
3641:12
    **INTENSE** [2] -
3652:7, 3654:15
    **INTENSITIES** [1] -
3634:19
    **INTENSITY** [11] -
3627:8, 3632:22,
3636:24, 3637:2,
3637:8, 3637:19,
3638:24, 3638:25,
3639:12, 3643:1
    **INTERACTION** [3] -
3590:2, 3598:4,
3598:18
    **INTERDISCIPLINA
RY** [1] - 3564:13

    **INTERDISTRIBUTA
RY** [1] - 3566:7
    **INTEREST** [2] -
3608:16, 3608:25
    **INTERESTED** [2] -
3580:19, 3616:1
    **INTERESTING** [2] -
3636:6, 3639:15
    **INTERFACE** [1] -
3573:10
    **INTERLOCKING** [1]
- 3573:20
    **INTERPOLATED** [1]
- 3661:24
    **INTERVALS** [3] -
3642:4, 3661:16,
3661:18
    **INTO** [40] - 3564:13,
3564:15, 3565:2,
3566:15, 3567:5,
3568:24, 3569:7,
3585:5, 3589:23,
3591:10, 3603:23,
3606:20, 3609:15,
3612:13, 3634:10,
3634:22, 3635:15,
3635:20, 3636:12,
3636:19, 3638:19,
3639:2, 3639:16,
3640:4, 3646:17,
3648:11, 3648:25,
3649:3, 3650:23,
3651:1, 3651:3,
3651:4, 3652:24,
3656:20, 3659:25,
3661:25
    **INTRODUCE** [4] -
3564:15, 3564:20,
3568:24, 3626:19
    **INTRODUCES** [1] -
3605:14
    **INTRODUCTION** [1]
- 3565:12
    **INVARIABLY** [1] -
3609:22
    **INVENTORIED** [1] -
3571:6
    **INVESTED** [1] -
3609:13
    **INVESTIGATIONS**
[6] - 3580:5, 3580:8,
3597:23, 3599:20,
3599:21, 3624:3
    **INVESTING** [1] -
3621:20
    **INVOKED** [1] -
3619:23
    **INVOLVED** [10] -
3586:12, 3590:1,
3597:21, 3597:22,

3601:2, 3602:25,
3605:7, 3609:4,
3609:12, 3617:20
**IOTA** [1] - 3567:23
**IRON** [1] - 3591:23
**IS** [337] - 3564:11,
3564:16, 3565:16,
3565:17, 3565:21,
3565:23, 3565:25,
3566:1, 3566:8,
3566:12, 3566:21,
3568:10, 3568:17,
3570:15, 3571:25,
3572:18, 3573:1,
3573:10, 3574:2,
3574:7, 3574:17,
3574:19, 3574:21,
3576:1, 3576:17,
3577:6, 3577:19,
3577:24, 3577:25,
3578:22, 3580:13,
3580:20, 3582:2,
3582:8, 3582:25,
3583:12, 3583:24,
3584:5, 3584:8,
3584:19, 3584:23,
3584:25, 3585:22,
3585:23, 3585:25,
3586:2, 3586:3,
3586:9, 3586:11,
3586:14, 3586:16,
3586:17, 3586:19,
3586:21, 3586:24,
3587:6, 3587:8,
3587:15, 3588:3,
3588:8, 3588:9,
3588:11, 3589:1,
3589:12, 3589:17,
3589:18, 3590:19,
3590:21, 3590:25,
3591:5, 3591:6,
3591:16, 3591:17,
3593:2, 3593:5,
3593:12, 3593:18,
3593:19, 3594:3,
3594:9, 3594:21,
3595:5, 3595:6,
3596:2, 3596:20,
3597:10, 3597:13,
3597:22, 3599:17,
3599:20, 3600:6,
3600:15, 3600:18,
3600:21, 3600:24,
3601:14, 3601:25,
3602:1, 3602:5,
3602:6, 3602:13,
3602:21, 3603:8,
3603:9, 3603:10,
3604:21, 3605:11,
3605:22, 3605:25,
3606:3, 3606:4,

3606:9, 3606:13,
3606:24, 3607:3,
3607:8, 3607:11,
3607:20, 3608:1,
3608:4, 3608:5,
3608:6, 3608:13,
3608:14, 3608:15,
3608:17, 3608:19,
3608:21, 3609:1,
3609:3, 3609:8,
3609:9, 3609:11,
3609:20, 3609:22,
3610:6, 3610:11,
3610:12, 3610:15,
3610:19, 3610:21,
3610:24, 3611:18,
3612:4, 3612:5,
3612:8, 3612:13,
3612:17, 3612:20,
3613:8, 3613:11,
3613:14, 3613:17,
3613:21, 3613:23,
3614:13, 3615:1,
3615:2, 3615:24,
3616:2, 3616:15,
3616:25, 3617:12,
3618:17, 3618:20,
3619:1, 3619:10,
3620:9, 3620:18,
3620:19, 3621:2,
3621:8, 3621:19,
3623:9, 3623:14,
3624:12, 3626:16,
3626:17, 3627:25,
3628:3, 3628:18,
3628:19, 3628:8,
3629:12, 3629:15,
3629:16, 3629:22,
3630:10, 3631:23,
3631:25, 3632:2,
3632:5, 3632:13,
3632:22, 3632:23,
3632:24, 3633:3,
3633:5, 3633:7,
3633:10, 3633:14,
3634:2, 3634:4,
3634:7, 3634:9,
3635:25, 3636:1,
3636:3, 3636:24,
3637:2, 3637:9,
3637:10, 3637:21,
3637:23, 3638:7,
3638:8, 3639:1,
3639:11, 3639:19,
3639:20, 3640:17,
3640:20, 3640:21,
3641:2, 3641:4,
3641:7, 3641:10,
3641:21, 3642:2,
3642:5, 3642:7,
3642:15, 3643:1,

3643:7, 3643:8,
3643:11, 3643:13,
3643:15, 3643:20,
3643:22, 3644:13,
3644:23, 3645:2,
3645:6, 3645:12,
3645:13, 3646:3,
3646:12, 3646:15,
3646:25, 3647:13,
3647:15, 3647:17,
3647:18, 3647:21,
3647:25, 3648:8,
3648:9, 3648:10,
3648:15, 3649:2,
3649:15, 3649:17,
3649:19, 3649:20,
3651:7, 3652:1,
3652:5, 3652:7,
3652:15, 3652:18,
3652:19, 3653:3,
3653:7, 3653:11,
3653:12, 3653:15,
3653:24, 3654:5,
3654:14, 3654:18,
3654:19, 3655:14,
3655:16, 3655:20,
3656:8, 3657:1,
3657:6, 3657:15,
3657:23, 3658:2,
3658:11, 3658:19,
3658:25, 3659:5,
3659:10, 3659:12,
3659:14, 3659:15,
3659:20, 3659:21,
3660:5, 3660:8,
3660:11, 3660:12,
3661:10, 3661:14,
3661:15, 3662:2,
3663:2, 3663:10,
3665:8
**ISLAND** [2] - 3648:8,
3650:10
**ISN'T** [10] - 3569:25,
3570:7, 3570:15,
3570:18, 3572:20,
3573:11, 3622:15,
3660:18, 3661:6,
3663:13
**ISSUE** [5] - 3579:11,
3581:23, 3582:18,
3587:3, 3627:6
**ISSUED** [1] -
3599:10
**ISSUES** [7] -
3576:20, 3619:11,
3621:23, 3627:20,
3629:18, 3630:16
**IT** [249] - 3564:22,
3564:23, 3565:16,
3565:25, 3567:6,

3567:21, 3568:5,
3568:9, 3568:10,
3569:18, 3569:24,
3570:15, 3571:18,
3572:20, 3573:4,
3573:15, 3574:2,
3574:3, 3574:8,
3574:10, 3575:5,
3575:7, 3575:8,
3575:10, 3575:19,
3576:13, 3577:5,
3577:9, 3577:11,
3577:13, 3578:21,
3579:24, 3580:9,
3581:15, 3582:2,
3582:8, 3582:12,
3582:15, 3583:20,
3584:1, 3584:13,
3584:25, 3585:14,
3585:20, 3586:4,
3586:10, 3586:22,
3587:20, 3588:21,
3588:24, 3589:18,
3589:22, 3590:7,
3591:6, 3591:11,
3591:14, 3592:13,
3592:15, 3592:16,
3592:19, 3592:22,
3595:11, 3595:20,
3596:12, 3597:2,
3597:6, 3597:15,
3597:23, 3597:24,
3598:6, 3598:11,
3598:12, 3598:16,
3598:17, 3598:20,
3598:25, 3599:7,
3600:9, 3600:24,
3601:12, 3601:16,
3602:4, 3602:21,
3602:24, 3602:25,
3603:12, 3603:19,
3604:13, 3605:1,
3605:2, 3605:9,
3606:13, 3606:24,
3607:12, 3607:25,
3608:6, 3609:14,
3610:4, 3612:11,
3612:17, 3612:20,
3613:4, 3613:5,
3613:6, 3614:16,
3614:20, 3615:25,
3616:21, 3616:22,
3616:23, 3617:13,
3618:9, 3618:13,
3618:23, 3619:4,
3619:9, 3619:10,
3620:5, 3620:9,
3620:21, 3620:23,
3622:10, 3623:11,
3623:19, 3626:15,
3628:20, 3630:4,

3630:7, 3630:9,
3631:11, 3631:23,
3634:1, 3634:10,
3634:16, 3634:18,
3634:24, 3635:8,
3635:15, 3635:16,
3635:17, 3635:19,
3635:20, 3636:5,
3636:6, 3636:10,
3636:14, 3636:18,
3636:19, 3637:10,
3637:21, 3637:23,
3637:24, 3638:1,
3638:2, 3638:3,
3638:15, 3638:18,
3639:7, 3639:8,
3639:10, 3640:6,
3640:7, 3640:9,
3641:1, 3641:21,
3642:6, 3642:9,
3642:10, 3642:22,
3642:24, 3643:3,
3643:7, 3643:9,
3643:18, 3644:5,
3644:6, 3644:9,
3644:10, 3644:22,
3644:24, 3645:3,
3645:7, 3645:20,
3646:3, 3646:6,
3646:8, 3646:9,
3646:17, 3646:18,
3646:19, 3646:20,
3648:25, 3649:17,
3649:18, 3649:20,
3649:25, 3650:2,
3650:3, 3650:6,
3650:13, 3650:24,
3651:6, 3651:17,
3652:11, 3653:14,
3654:11, 3655:10,
3655:11, 3655:12,
3655:14, 3656:3,
3656:4, 3657:1,
3657:2, 3657:7,
3657:23, 3659:9,
3659:16, 3660:11,
3660:13, 3660:18,
3661:16, 3661:20
**IT'LL** [1] - 3646:10
**IT'S** [84] - 3565:13,
3566:23, 3574:13,
3575:7, 3577:21,
3578:12, 3581:3,
3582:2, 3582:15,
3584:3, 3584:20,
3584:22, 3585:5,
3588:20, 3589:6,
3589:11, 3589:16,
3590:4, 3590:5,
3590:14, 3591:2,
3592:15, 3592:25,

3593:5, 3594:10, 3602:15, 3603:6, 3603:21, 3607:7, 3609:9, 3610:8, 3615:8, 3615:12, 3616:16, 3619:10, 3621:8, 3621:17, 3625:2, 3626:1, 3633:23, 3633:25, 3634:5, 3634:10, 3637:9, 3638:8, 3638:12, 3638:17, 3639:15, 3639:23, 3641:1, 3641:3, 3641:5, 3641:15, 3643:10, 3644:7, 3644:9, 3644:11, 3645:2, 3645:8, 3645:11, 3645:24, 3646:6, 3647:2, 3647:8, 3647:21, 3648:5, 3648:12, 3649:14, 3649:15, 3649:16, 3650:2, 3650:5, 3650:8, 3650:11, 3651:4, 3653:5, 3655:12, 3657:4, 3657:21, 3659:17

**ITEM** [2] - 3618:9, 3618:10

**ITS** [38] - 3566:5, 3574:7, 3574:9, 3581:8, 3583:14, 3584:14, 3585:8, 3592:8, 3592:9, 3611:8, 3612:5, 3612:17, 3627:8, 3627:9, 3632:21, 3636:19, 3636:24, 3637:10, 3637:20, 3638:16, 3638:17, 3638:19, 3638:25, 3639:5, 3639:11, 3640:11, 3640:21, 3642:14, 3642:23, 3643:2, 3644:19, 3645:1, 3645:20, 3645:23, 3646:2, 3646:24

**ITSELF** [3] - 3595:16, 3605:8, 3633:4

## J

**J** [3] - 3562:1, 3563:4, 3626:17

**J-A-R-V-I-N-E-N** [1] - 3626:17

**JACK** [1] - 3565:17

**JAMES** [2] - 3561:1, 3562:8

**JAMMED** [1] - 3611:16

**JANUARY** [6] - 3565:24, 3582:13, 3583:19, 3589:20, 3589:23, 3660:2

**JARVINEN** [17] - 3563:10, 3626:8, 3626:12, 3626:16, 3626:19, 3626:21, 3626:25, 3627:2, 3627:13, 3627:25, 3631:3, 3632:9, 3647:16, 3647:23, 3651:21, 3657:23, 3658:15

**JARVINEN'S** [1] - 3627:6

**JEFF** [1] - 3577:22

**JEFFERSON** [3] - 3561:2, 3566:24, 3567:9

**JEFFREY** [1] - 3562:6

**JERSEY** [2] - 3593:23, 3650:10

**JOANEN** [12] - 3563:13, 3627:23, 3631:7, 3631:20, 3647:11, 3648:4, 3658:8, 3658:11, 3658:14, 3663:15

**JOB** [10] - 3569:25, 3572:4, 3576:9, 3584:14, 3585:8, 3585:9, 3599:8, 3600:5, 3622:12, 3629:24

**JOBS** [2] - 3576:7, 3576:19

**JOHN** [2] - 3562:12, 3626:7

**JONATHAN** [1] - 3560:19

**JOSEPH** [2] - 3560:16, 3560:16

**JOSHUA** [1] - 3561:15

**JR** [8] - 3560:8, 3561:5, 3561:12, 3561:18, 3561:18, 3562:5, 3562:8, 3563:4

**JUDGE** [15] - 3560:8, 3564:25, 3565:14, 3566:12, 3566:16, 3566:23, 3567:6, 3569:9, 3572:11,

3573:6, 3575:1, 3578:7, 3620:1, 3662:5, 3664:6

**JUDGMENT** [1] - 3567:22

**JULY** [5] - 3584:13, 3586:14, 3587:16, 3587:19, 3606:12

**JUNE** [1] - 3567:8

**JUST** [55] - 3567:25, 3572:1, 3581:25, 3582:23, 3583:21, 3583:23, 3584:16, 3596:18, 3597:1, 3598:2, 3598:4, 3598:11, 3598:12, 3599:7, 3602:14, 3604:12, 3605:13, 3606:13, 3611:18, 3611:20, 3611:25, 3613:13, 3613:25, 3614:8, 3615:15, 3617:8, 3617:11, 3617:12, 3618:2, 3628:4, 3630:7, 3634:11, 3635:1, 3635:17, 3635:18, 3636:6, 3637:22, 3643:18, 3643:19, 3646:4, 3647:25, 3648:7, 3650:3, 3651:13, 3653:11, 3653:25, 3655:8, 3656:21, 3658:8, 3658:15, 3659:15, 3661:2, 3663:24, 3664:8

**JUSTICE** [2] - 3562:4, 3661:3

**JUSTIFICATION** [4] - 3589:19, 3589:21, 3602:18, 3619:8

**JUSTIFICATIONS** [1] - 3571:4

**JX** [1] - 3633:14

## K

**K** [2] - 3562:9, 3562:11

**KALIMAH** [1] - 3562:6

**KARA** [1] - 3562:9

**KAREN** [3] - 3562:16, 3665:6, 3665:14

**KATRINA** [56] - 3615:4, 3616:7, 3625:12, 3631:5, 3632:3, 3632:11, 3632:14, 3633:12,

3634:12, 3634:17, 3635:8, 3635:13, 3636:5, 3636:24, 3637:19, 3638:15, 3640:12, 3641:18, 3641:19, 3641:20, 3641:21, 3642:9, 3642:20, 3642:22, 3643:1, 3643:6, 3643:10, 3643:15, 3644:4, 3644:12, 3645:2, 3645:19, 3647:1, 3654:14, 3654:17, 3654:25, 3655:8, 3655:19, 3656:1, 3656:6, 3656:23, 3656:24, 3657:4, 3657:6, 3657:11, 3657:13, 3657:17, 3657:22, 3657:25, 3659:20, 3659:25, 3660:5, 3660:14, 3661:3, 3661:16, 3662:9

**KATRINA'S** [20] - 3627:7, 3632:18, 3632:21, 3634:6, 3638:6, 3638:23, 3639:5, 3639:7, 3640:11, 3642:13, 3643:21, 3643:24, 3645:1, 3645:23, 3646:24, 3648:14, 3649:13, 3651:23, 3652:2, 3657:21

**KE-5** [1] - 3642:1

**KEA** [1] - 3560:20

**KEEP** [3] - 3611:20, 3611:22, 3617:9

**KELLS** [1] - 3562:7

**KEPT** [2] - 3611:9, 3616:13

**KIND** [14] - 3586:16, 3590:5, 3593:14, 3601:2, 3604:12, 3608:6, 3613:10, 3623:4, 3624:14, 3641:5, 3646:15, 3650:22, 3650:25, 3656:25

**KINETIC** [11] - 3640:20, 3641:1, 3641:15, 3641:17, 3641:23, 3642:4, 3642:5, 3642:11, 3642:15, 3644:10, 3644:13

**KNEW** [2] - 3570:5

**KNOW** [28] - 3567:17, 3568:22,

3575:23, 3577:8, 3581:6, 3593:23, 3594:16, 3596:20, 3598:9, 3599:5, 3601:21, 3602:8, 3603:25, 3607:15, 3607:17, 3611:21, 3611:22, 3614:24, 3616:14, 3620:20, 3621:16, 3622:19, 3623:2, 3624:21, 3647:1, 3652:15, 3656:16, 3658:17

**KNOWLEDGE** [5] - 3576:14, 3581:5, 3617:17, 3620:3, 3625:12

**KNOWN** [2] - 3620:10, 3629:13

## L

**L** [1] - 3578:22

**L-U-I-S-A** [1] - 3578:22

**LA** [9] - 3560:17, 3560:21, 3561:3, 3561:6, 3561:10, 3561:13, 3561:16, 3561:20, 3562:3

**LABOR** [1] - 3630:8

**LABORATORIES** [1] - 3629:14

**LABORATORY** [4] - 3629:4, 3629:9, 3629:17, 3630:1

**LAFAYETTE** [1] - 3561:3

**LAKE** [6] - 3615:4, 3651:1, 3655:23, 3657:20, 3657:22, 3659:18

**LAND** [3] - 3576:2, 3638:16, 3639:16

**LAND-FALLING** [1] - 3639:16

**LANDFALL** [16] - 3635:17, 3637:20, 3638:6, 3638:15, 3639:7, 3639:9, 3641:20, 3641:21, 3642:11, 3642:23, 3642:24, 3643:4, 3646:6, 3647:3, 3660:12, 3661:20

**LANDOWNER'S** [1] - 3572:19

**LANDOWNERS** [2] - 3572:16, 3573:2

**LANDS** [1] - 3572:18

**LANGUAGE** [5] -

3595:14, 3614:5, 3614:6, 3614:24, 3615:16

**LANGUAGES** [1] - 3614:9

**LARGE** [20] - 3584:3, 3587:25, 3632:25, 3638:4, 3638:7, 3638:8, 3638:13, 3639:20, 3640:12, 3640:17, 3643:9, 3644:13, 3645:9, 3648:24, 3649:1, 3649:12, 3650:14, 3651:16, 3657:19

**LARGER** [4] - 3640:6, 3654:19, 3656:6, 3657:6

**LARGEST** [3] - 3632:15, 3642:15, 3657:21

**LAST** [8] - 3566:5, 3571:18, 3580:7, 3590:8, 3593:24, 3626:17, 3633:10, 3649:23

**LATE** [3] - 3630:19, 3639:15, 3656:10

**LATELY** [1] - 3597:12

**LATER** [2] - 3583:6, 3630:2

**LATEST** [1] - 3659:23

**LATITUDE** [1] - 3661:17

**LAUDERDALE** [1] - 3648:19

**LAW** [6] - 3560:16, 3560:19, 3561:4, 3561:7, 3561:18, 3597:4

**LAWN** [1] - 3560:23

**LAWYER'S** [1] - 3561:8

**LAY** [1] - 3588:14

**LAYER** [1] - 3564:13

**LAYOUT** [1] - 3602:18

**LEADER** [3] - 3626:24, 3659:4, 3659:9

**LEADERSHIP** [1] - 3627:3

**LEARNS** [1] - 3621:25

**LEAST** [7] - 3576:5, 3591:14, 3601:3, 3604:15, 3619:21, 3659:20, 3661:20

**LEFT** [6] - 3601:22,

3611:3, 3624:6, 3649:18, 3649:19

**LENGTH** [1] - 3646:17

**LENGTHS** [1] - 3573:1

**LESS** [5] - 3567:19, 3567:23, 3577:13, 3589:4, 3624:17

**LET** [12] - 3565:1, 3567:6, 3567:21, 3568:8, 3569:7, 3582:22, 3584:16, 3591:25, 3598:7, 3635:25, 3646:20, 3651:13

**LET'S** [5] - 3593:15, 3599:15, 3601:9, 3603:17, 3649:10

**LETTER** [12] - 3565:17, 3572:14, 3583:21, 3587:3, 3587:5, 3587:6, 3587:16, 3588:18, 3589:10, 3591:5, 3596:18, 3659:17

**LETTERS** [8] - 3591:3, 3595:25, 3596:6, 3596:8, 3596:9, 3596:14, 3596:23, 3614:24

**LETTING** [1] - 3622:19

**LEVEE** [10] - 3564:18, 3566:25, 3567:9, 3604:2, 3651:4, 3651:5, 3651:10, 3655:13

**LEVEES** [4] - 3566:2, 3566:5, 3614:4, 3663:4

**LEVEL** [17] - 3571:8, 3585:13, 3585:15, 3585:16, 3603:12, 3606:9, 3606:22, 3607:5, 3613:23, 3614:13, 3614:14, 3614:16, 3621:14, 3623:25, 3624:2, 3636:16

**LEVELS** [5] - 3585:18, 3588:15, 3591:10, 3601:11, 3613:25

**LEVINE** [18] - 3562:8, 3564:24, 3565:7, 3566:8, 3566:10, 3566:19, 3566:22, 3567:13, 3567:20, 3567:24,

3568:6, 3568:11, 3568:23, 3569:5, 3569:8, 3571:20, 3574:17, 3577:17

**LIFE** [3] - 3618:14, 3619:7, 3627:16

**LIFECYCLE** [1] - 3634:11

**LIFT** [1] - 3566:5

**LIFTED** [1] - 3577:19

**LIKE** [46] - 3566:15, 3567:7, 3568:25, 3572:18, 3572:24, 3581:13, 3581:21, 3585:6, 3587:21, 3588:24, 3591:4, 3594:3, 3596:11, 3597:15, 3599:3, 3600:24, 3601:4, 3603:2, 3603:20, 3605:13, 3607:15, 3611:19, 3613:5, 3615:6, 3615:23, 3619:12, 3620:22, 3621:19, 3624:17, 3625:2, 3625:4, 3626:18, 3631:16, 3637:6, 3639:23, 3640:22, 3642:5, 3643:19, 3645:12, 3648:2, 3651:15, 3652:10, 3656:13, 3661:19, 3661:20, 3663:7

**LIKELY** [1] - 3653:7

**LIMIT** [1] - 3613:13

**LIMITED** [10] - 3567:3, 3574:2, 3586:15, 3612:14, 3614:16, 3622:24, 3629:24, 3631:25, 3650:25, 3651:1

**LINE** [43] - 3570:10, 3571:7, 3579:14, 3581:4, 3585:20, 3585:24, 3586:2, 3586:3, 3587:16, 3587:19, 3587:22, 3587:23, 3587:24, 3588:2, 3588:3, 3594:7, 3594:14, 3598:11, 3599:5, 3599:11, 3599:13, 3599:21, 3600:2, 3600:3, 3600:4, 3600:9, 3605:14, 3610:12, 3611:8, 3615:9, 3618:5, 3618:9, 3618:10, 3622:14, 3623:21,

3624:9, 3634:16, 3634:17, 3634:18, 3650:2, 3650:3, 3651:5

**LINES** [12] - 3570:17, 3584:4, 3586:7, 3587:24, 3588:5, 3599:15, 3599:16, 3599:20, 3602:17, 3605:10, 3615:10, 3656:14

**LIST** [6] - 3592:8, 3592:9, 3601:13, 3601:18, 3602:1, 3632:19

**LISTED** [5] - 3615:6, 3633:23, 3642:7, 3653:10, 3653:22

**LITIGATION** [1] - 3562:1

**LITTLE** [16] - 3585:9, 3585:21, 3586:18, 3589:3, 3614:12, 3628:5, 3635:2, 3642:4, 3643:19, 3643:20, 3646:3, 3646:21, 3649:11, 3654:18, 3660:16, 3661:21

**LIVE** [3] - 3612:22, 3627:13, 3627:14

**LIVED** [3] - 3621:15, 3627:15, 3627:16

**LIVES** [1] - 3596:12

**LLC** [2] - 3561:4, 3561:22

**LOANED** [1] - 3604:11

**LOCAL** [1] - 3593:8

**LOCATED** [8] - 3616:25, 3629:4, 3629:9, 3629:19, 3635:5, 3635:8, 3637:11, 3648:12

**LOCATION** [2] - 3636:6, 3637:22, 3640:4, 3652:23, 3654:10, 3656:14

**LOCATIONS** [15] - 3574:20, 3645:10, 3650:8, 3652:3, 3652:22, 3653:1, 3655:2, 3655:3, 3655:6, 3655:10, 3655:18, 3656:20, 3658:1, 3658:2

**LONG** [10] - 3579:2, 3579:7, 3611:9, 3611:10, 3616:21, 3622:1, 3627:15,

3630:9, 3649:5, 3650:10

**LONG-STANDING** [1] - 3622:1

**LONGER** [1] - 3607:10

**LONGITUDE** [1] - 3661:17

**LOOK** [21] - 3567:17, 3568:2, 3568:7, 3568:10, 3584:22, 3587:17, 3587:21, 3591:20, 3595:2, 3600:24, 3601:9, 3606:15, 3611:14, 3641:18, 3643:7, 3648:15, 3648:16, 3648:23, 3656:18, 3663:6

**LOOKED** [6] - 3637:22, 3640:2, 3643:13, 3644:3, 3652:20

**LOOKING** [17] - 3581:9, 3585:21, 3588:2, 3601:11, 3603:1, 3603:24, 3605:4, 3606:6, 3610:1, 3610:8, 3610:13, 3620:20, 3640:24, 3643:18, 3644:21, 3644:22, 3660:23

**LOOKS** [5] - 3567:7, 3610:6, 3610:17, 3643:18, 3648:1

**LOOP** [2] - 3636:13, 3638:3

**LOOPS** [1] - 3636:14

**LOS** [1] - 3560:14

**LOSS** [3] - 3575:25, 3576:2, 3625:5

**LOST** [1] - 3610:9

**LOT** [15] - 3564:12, 3585:24, 3611:21, 3614:2, 3621:8, 3621:9, 3636:4, 3638:10, 3638:21, 3646:3, 3646:4, 3656:19, 3656:20, 3660:22, 3662:8

**LOUIS** [2] - 3614:6

**LOUISIANA** [25] - 3560:1, 3560:4, 3562:17, 3576:12, 3627:10, 3634:24, 3637:24, 3638:19, 3639:9, 3641:22, 3642:23, 3645:13, 3647:7, 3647:24,

3648:9, 3648:13, 3649:3, 3649:13, 3650:15, 3652:4, 3654:22, 3657:2, 3658:1, 3665:7

**LOW** [3] - 3595:23, 3637:2, 3637:3

**LOWER** [3] - 3635:2, 3640:6, 3656:24

**LOWEST** [2] - 3653:12, 3656:25

**LPV** [2] - 3622:2, 3624:17

**LUISA** [20] - 3563:6, 3577:24, 3578:8, 3578:19, 3578:22, 3578:25, 3580:21, 3581:10, 3582:4, 3582:10, 3592:20, 3593:1, 3595:5, 3602:13, 3604:21, 3609:8, 3612:25, 3615:4, 3615:23

**LUISA'S** [1] - 3584:23

**LUNCH** [2] - 3658:9, 3664:13

# M

**M** [3] - 3560:16, 3560:16, 3561:15

**MACRO** [1] - 3581:22

**MADAM** [1] - 3596:11

**MADE** [21] - 3566:18, 3572:9, 3575:15, 3582:8, 3589:13, 3597:25, 3607:8, 3609:21, 3617:18, 3635:17, 3638:15, 3639:7, 3639:8, 3641:20, 3641:21, 3642:11, 3642:24, 3647:23, 3648:5, 3650:17, 3662:24

**MAIL** [1] - 3589:17

**MAIN** [3] - 3561:16, 3629:11, 3630:3

**MAINE** [1] - 3627:2

**MAINTAIN** [1] - 3573:16

**MAINTENANCE** [4] - 3571:5, 3599:23, 3624:4

**MAJOR** [7] - 3585:22, 3585:23, 3586:7, 3586:8, 3594:10, 3606:5, 3632:20

**MAKE** [26] - 3565:12, 3573:5, 3575:12, 3575:14, 3583:21, 3585:25, 3592:11, 3594:15, 3603:25, 3604:17, 3606:15, 3606:22, 3607:13, 3607:15, 3613:25, 3614:11, 3618:2, 3623:3, 3630:6, 3630:7, 3631:13, 3640:9, 3642:4, 3659:2, 3661:21

**MAKES** [3] - 3607:9, 3624:24, 3646:5

**MAKING** [9] - 3567:8, 3567:14, 3584:15, 3586:16, 3600:12, 3606:19, 3609:3, 3630:9, 3658:23

**MAN** [1] - 3650:17

**MAN-MADE** [1] - 3650:17

**MANAGEMENT** [13] - 3580:12, 3580:14, 3580:15, 3580:18, 3582:14, 3583:1, 3583:2, 3586:7, 3623:7, 3623:17, 3623:23, 3624:20, 3625:14

**MANAGER** [13] - 3569:15, 3570:21, 3573:7, 3575:15, 3576:3, 3576:25, 3577:2, 3580:7, 3585:25, 3612:11, 3613:10, 3619:11, 3623:21

**MANAGER'S** [1] - 3615:9

**MANAGERS** [13] - 3579:15, 3581:4, 3587:16, 3587:19, 3587:22, 3587:25, 3588:2, 3588:3, 3594:7, 3594:15, 3598:12, 3599:5, 3622:14

**MANDATED** [1] - 3609:17

**MANDATES** [1] - 3608:24

**MANDEVILLE** [1] - 3655:19

**MANY** [14] - 3574:11, 3577:13, 3595:22, 3597:7, 3601:1, 3608:16, 3612:11,

3629:19, 3638:8, 3639:16, 3649:8, 3650:7, 3652:3, 3660:15

**MAP** [2] - 3641:19, 3648:7

**MARC** [1] - 3562:8

**MARCH** [3] - 3565:20, 3584:2, 3604:25

**MARK** [2] - 3645:12, 3646:19

**MARKED** [2] - 3602:5, 3634:7

**MARKINGS** [1] - 3634:25

**MARKS** [2] - 3662:10, 3662:25

**MARKUP** [1] - 3591:2

**MARSH** [3] - 3645:15, 3645:17, 3650:23

**MASS** [1] - 3644:13

**MASSIVE** [4] - 3627:7, 3632:18, 3638:4, 3638:13

**MASTERS** [2] - 3628:16, 3629:2

**MATERIAL** [2] - 3564:17, 3589:19

**MATERIALS** [2] - 3662:12, 3662:15

**MATS** [1] - 3573:20

**MATTER** [3] - 3587:5, 3594:1, 3665:10

**MAX** [2] - 3660:3, 3663:7

**MAXIMUM** [22] - 3632:22, 3636:24, 3638:11, 3639:8, 3639:21, 3639:25, 3640:4, 3640:6, 3640:13, 3651:20, 3651:24, 3652:2, 3653:3, 3653:7, 3653:20, 3654:3, 3654:20, 3656:15, 3657:8, 3657:9, 3657:24

**MAY** [34] - 3560:4, 3564:2, 3564:8, 3564:9, 3568:2, 3573:23, 3577:18, 3578:16, 3581:7, 3582:7, 3587:4, 3587:12, 3589:3, 3589:4, 3590:22, 3592:1, 3594:20,

3603:14, 3603:15, 3607:10, 3607:11, 3607:18, 3607:20, 3618:23, 3618:24, 3625:17, 3628:6, 3631:14, 3631:15, 3646:6, 3646:9, 3648:3, 3663:19

**MAYBE** [5] - 3568:6, 3601:1, 3604:14, 3609:10, 3609:15

**MAYFIELD** [1] - 3660:3

**MB** [2] - 3637:4

**MCCONNON** [1] - 3562:8

**ME** [25] - 3565:1, 3567:6, 3567:19, 3568:4, 3571:2, 3574:6, 3575:10, 3577:9, 3582:22, 3584:16, 3588:7, 3598:7, 3603:21, 3616:2, 3616:11, 3630:15, 3630:19, 3630:25, 3635:25, 3636:6, 3636:9, 3651:13, 3652:17, 3655:4, 3659:7

**MEAN** [27] - 3571:17, 3575:19, 3576:11, 3577:9, 3583:9, 3585:2, 3585:20, 3586:9, 3587:3, 3590:17, 3594:4, 3595:11, 3595:20, 3602:21, 3607:17, 3609:25, 3610:8, 3612:19, 3614:23, 3615:15, 3616:13, 3620:17, 3620:19, 3621:8

**MEANS** [1] - 3646:8

**MEASURE** [4] - 3637:2, 3640:21, 3653:12, 3654:25

**MEASURED** [1] - 3636:25

**MEASURES** [2] - 3578:6, 3620:1

**MEASURING** [2] - 3640:20, 3653:20

**MECHANICAL** [1] - 3562:20

**MECHANISM** [1] - 3643:8

**MEET** [1] - 3587:16

**MEETING** [1] - 3572:4

**MEETINGS** [1] - 3664:1

**MEETS** [1] - 3650:12

**MEMBER** [7] - 3591:4, 3591:7, 3591:9, 3592:4, 3593:22, 3593:24, 3595:25

**MEMBERS** [4] - 3592:5, 3596:5, 3596:24, 3661:8

**MEMBERSHIP** [1] - 3590:13

**MEMO** [3] - 3623:14, 3623:17, 3623:21

**MENTION** [1] - 3599:3

**MENTIONED** [14] - 3567:22, 3572:15, 3582:25, 3583:16, 3583:24, 3584:24, 3585:12, 3590:1, 3596:5, 3596:15, 3602:9, 3613:7, 3622:21, 3653:19

**MERCURY** [2] - 3637:5, 3637:6

**MERELY** [1] - 3647:25

**MET** [1] - 3638:16

**METEOROLOGICAL** [1] - 3633:20

**METEOROLOGIST** [2] - 3629:7, 3629:24

**METEOROLOGY** [8] - 3627:25, 3628:13, 3628:17, 3628:18, 3628:19, 3631:18, 3634:6

**METERS** [2] - 3641:9, 3644:6

**METHOD** [1] - 3656:12

**METRIC** [2] - 3641:10

**MEXICO** [5] - 3633:6, 3636:12, 3640:17, 3648:1, 3654:1

**MIAMI** [4] - 3627:14, 3635:17, 3641:20, 3648:18

**MICHAEL** [3] - 3561:14, 3561:15, 3562:5

**MICHELE** [1] - 3562:7

**MID** [1] - 3630:23

**MIGHT** [9] - 3572:19, 3586:17, 3591:20, 3594:21, 3601:12,

3608:1, 3613:20, 3614:17, 3640:6

**MIKE** [1] - 3569:12

**MILE** [1] - 3564:18

**MILES** [23] - 3575:24, 3633:23, 3634:2, 3637:1, 3637:14, 3637:15, 3637:16, 3638:11, 3638:18, 3639:10, 3640:13, 3640:14, 3642:10, 3642:22, 3644:6, 3645:20, 3646:6, 3646:8, 3648:19, 3653:18, 3653:21, 3654:18

**MILLER** [1] - 3562:9

**MILLIBAR** [1] - 3657:3

**MILLIBARS** [3] - 3637:4, 3637:5, 3657:1

**MILLIMETERS** [2] - 3641:12, 3641:13

**MILLION** [18] - 3564:17, 3566:3, 3566:13, 3567:1, 3574:23, 3574:25, 3575:11, 3575:20, 3576:22, 3577:6, 3577:12, 3577:13, 3591:9, 3591:11, 3591:15, 3592:2, 3592:3, 3593:23

**MIND** [1] - 3568:5

**MINUTE** [7] - 3626:1, 3654:3, 3654:5, 3654:20, 3657:8, 3657:9

**MINUTES** [3] - 3619:23, 3628:5, 3654:4

**MIRROR** [1] - 3569:2

**MISSILE** [1] - 3624:17

**MISSION** [5] - 3586:9, 3586:10, 3599:17, 3600:5, 3630:3

**MISSIONS** [1] - 3629:19

**MISSISSIPPI** [20] - 3601:17, 3601:18, 3602:2, 3622:6, 3622:9, 3638:10, 3638:20, 3639:9, 3642:25, 3645:9, 3645:11, 3647:8, 3648:9, 3648:11, 3650:19, 3650:20,

3651:5, 3651:10, 3659:21, 3659:23

**MISSISSIPPI-LOUISIANA** [1] - 3639:9

**MISSOURI** [1] - 3607:23

**MITSCH** [1] - 3562:9

**MIX** [1] - 3589:2

**MODEL** [19] - 3628:2, 3631:22, 3631:25, 3647:16, 3647:19, 3656:18, 3658:22, 3659:8, 3659:19, 3659:21, 3660:10, 3660:11, 3660:12, 3660:20, 3660:23, 3661:9, 3661:19, 3661:25, 3662:23

**MODELING** [4] - 3628:1, 3630:6, 3631:22, 3647:18

**MODELS** [3] - 3630:18, 3656:11, 3662:20

**MOMENT** [4] - 3631:14, 3631:16, 3637:8, 3637:19

**MONEY** [29] - 3567:4, 3580:20, 3588:16, 3591:16, 3592:24, 3595:11, 3596:9, 3596:11, 3604:2, 3604:10, 3604:12, 3604:15, 3607:11, 3607:19, 3607:22, 3607:23, 3607:24, 3608:3, 3608:8, 3609:14, 3612:16, 3614:14, 3617:10, 3618:11, 3618:14, 3619:19, 3620:21, 3624:23, 3625:16

**MONTAGE** [1] - 3634:10

**MONTH** [5] - 3587:19, 3590:4, 3590:5, 3590:21, 3605:3

**MONTHS** [3] - 3583:18, 3588:17, 3597:9

**MORE** [25] - 3577:13, 3580:19, 3581:3, 3586:16, 3588:4, 3589:4, 3593:8, 3599:11, 3607:12, 3607:19, 3607:22,

3607:23, 3607:24, 3608:2, 3609:10, 3612:16, 3614:12, 3614:14, 3614:17, 3623:25, 3624:2, 3630:12, 3643:11, 3650:14, 3654:14

**MORGAN** [1] - 3561:20

**MORNING** [8] - 3560:9, 3564:3, 3564:6, 3569:9, 3569:12, 3569:14, 3577:22, 3658:8

**MOSAIC** [2] - 3634:10

**MOST** [10] - 3609:1, 3613:16, 3632:14, 3633:7, 3640:16, 3641:9, 3652:7, 3653:5, 3653:7, 3662:8

**MOSTLY** [2] - 3630:4, 3630:5

**MOTHER** [1] - 3651:14

**MOTION** [1] - 3632:5

**MOVE** [6] - 3566:15, 3569:3, 3598:22, 3649:3, 3650:22, 3650:23

**MOVED** [2] - 3635:11, 3646:18

**MOVES** [1] - 3646:8

**MOVING** [13] - 3633:5, 3636:11, 3638:18, 3641:10, 3642:21, 3642:22, 3642:24, 3646:11, 3646:22, 3647:1, 3649:17, 3664:3

**MR** [156] - 3563:5, 3563:7, 3563:8, 3563:11, 3563:12, 3563:13, 3564:7, 3564:8, 3564:10, 3564:24, 3564:25, 3565:4, 3565:7, 3565:8, 3565:12, 3565:14, 3565:18, 3566:8, 3566:9, 3566:10, 3566:11, 3566:19, 3566:22, 3566:23, 3566:24, 3567:6, 3567:8, 3567:12, 3567:13, 3567:15, 3567:20, 3567:23, 3567:24, 3568:4, 3568:6, 3568:11, 3568:15,

3568:19, 3568:23, 3569:2, 3569:5, 3569:6, 3569:8, 3569:9, 3569:11, 3569:12, 3569:13, 3570:4, 3570:15, 3571:15, 3571:18, 3571:20, 3571:21, 3571:23, 3571:24, 3572:9, 3574:17, 3574:22, 3577:15, 3577:17, 3577:22, 3577:24, 3578:10, 3578:16, 3578:24, 3578:25, 3580:21, 3581:10, 3581:19, 3581:21, 3582:1, 3582:4, 3582:7, 3582:9, 3582:10, 3584:23, 3592:20, 3593:1, 3595:5, 3597:14, 3598:22, 3598:24, 3599:1, 3599:2, 3602:13, 3603:13, 3603:16, 3604:6, 3604:20, 3604:21, 3609:8, 3612:1, 3612:2, 3612:25, 3615:4, 3615:18, 3615:22, 3615:23, 3618:6, 3618:16, 3618:23, 3618:25, 3621:5, 3621:11, 3625:20, 3625:22, 3626:7, 3626:18, 3626:19, 3626:21, 3626:25, 3627:2, 3627:6, 3627:12, 3627:13, 3627:23, 3627:25, 3628:4, 3628:7, 3628:8, 3631:3, 3631:7, 3631:11, 3631:14, 3631:16, 3631:20, 3631:23, 3632:2, 3632:8, 3632:9, 3635:4, 3636:21, 3641:25, 3644:16, 3645:22, 3647:11, 3647:16, 3647:23, 3648:4, 3648:6, 3649:9, 3651:21, 3653:2, 3657:23, 3658:5, 3658:8, 3658:11, 3658:14, 3658:15, 3661:10, 3663:15, 3663:18, 3664:10

**MRGO** [52] - 3562:1, 3564:18, 3564:22, 3565:23, 3566:5,

3569:16, 3569:17, 3569:22, 3570:5, 3570:14, 3570:17, 3570:22, 3572:1, 3573:6, 3574:7, 3574:8, 3575:23, 3576:4, 3576:8, 3576:9, 3576:14, 3616:1, 3616:2, 3616:4, 3616:5, 3616:6, 3617:17, 3617:18, 3617:21, 3617:24, 3617:25, 3618:4, 3618:8, 3618:15, 3618:18, 3619:6, 3619:12, 3620:6, 3620:13, 3621:15, 3621:16, 3622:4, 3624:1, 3624:20, 3625:4, 3625:9, 3625:16, 3651:7, 3655:12, 3655:13, 3658:3, 3663:4

**MSC** [4] - 3594:9, 3606:3, 3606:5

**MSC'S** [1] - 3594:7

**MUCH** [16] - 3591:21, 3592:25, 3596:11, 3597:24, 3600:23, 3605:5, 3607:11, 3612:20, 3617:10, 3625:25, 3626:25, 3643:10, 3645:7, 3649:18, 3656:6, 3657:10

**MUST** [1] - 3625:16

**MVD'S** [1] - 3615:15

**MY** [31] - 3564:7, 3565:2, 3565:11, 3567:20, 3567:22, 3568:18, 3576:24, 3577:10, 3578:22, 3579:14, 3590:11, 3598:7, 3609:6, 3616:16, 3617:1, 3626:16, 3627:16, 3627:19, 3628:13, 3628:16, 3629:3, 3630:15, 3631:2, 3648:15, 3652:14, 3653:23, 3658:11, 3660:21, 3663:7, 3663:24, 3665:9

**MYER** [1] - 3562:10

**MYSELF** [2] - 3627:22, 3642:4

# N

**N** [4] - 3563:1,

**NAME** [8] - 3578:21, 3578:22, 3596:21, 3600:22, 3626:14, 3626:16, 3626:17, 3658:11

**NAOMI** [5] - 3564:8, 3565:8, 3566:24, 3567:8, 3572:9

**NAOMI'S** [5] - 3565:12, 3567:12, 3567:13, 3571:15, 3571:18

**NATION** [1] - 3614:2

**NATIONAL** [29] - 3581:22, 3626:21, 3628:10, 3629:3, 3629:4, 3629:9, 3629:12, 3629:14, 3629:15, 3629:16, 3629:17, 3629:18, 3629:22, 3630:2, 3630:15, 3630:16, 3630:20, 3633:19, 3659:1, 3659:2, 3659:8, 3659:13, 3660:3, 3661:8, 3661:13, 3662:6, 3662:24

**NATURAL** [2] - 3611:18, 3650:17

**NATURALLY** [1] - 3593:20

**NATURE** [8] - 3581:1, 3586:16, 3595:16, 3605:6, 3605:8, 3610:10, 3611:5, 3651:14

**NAUTICAL** [4] - 3640:13, 3640:14, 3653:21, 3654:18

**NAVIGATION** [10] - 3573:10, 3573:13, 3573:15, 3586:5, 3587:25, 3596:13, 3600:7, 3611:4, 3615:12, 3621:19

**NEAR** [5] - 3635:17, 3639:9, 3641:20, 3649:1, 3650:20

**NEARING** [1] - 3635:23

**NECESSARILY** [1] - 3664:7

**NECESSARY** [4] - 3578:7, 3585:25, 3620:2, 3620:5

**NEED** [8] - 3565:22, 3581:13, 3607:12, 3607:19, 3647:11,

---

3652:15, 3656:18, 3660:12

**NEEDED** [2] - 3587:21, 3618:14

**NEEDS** [5] - 3575:16, 3577:4, 3613:14, 3621:25

**NEGLECTED** [1] - 3564:8

**NEIL** [1] - 3627:3

**NET** [3] - 3605:12, 3612:7, 3612:8

**NEVER** [10] - 3566:22, 3568:5, 3571:25, 3572:6, 3572:8, 3614:15, 3617:20, 3617:23, 3618:1, 3625:4

**NEW** [31] - 3560:4, 3560:17, 3560:21, 3561:6, 3561:24, 3562:3, 3562:17, 3564:23, 3578:11, 3578:14, 3590:7, 3592:23, 3593:23, 3594:17, 3594:20, 3594:22, 3595:9, 3618:11, 3619:1, 3619:2, 3619:5, 3620:13, 3621:12, 3622:6, 3624:1, 3625:17, 3625:23, 3635:10, 3650:10, 3651:9, 3655:16

**NEXT** [18] - 3565:21, 3565:25, 3577:24, 3583:16, 3583:24, 3587:14, 3587:15, 3590:23, 3594:24, 3610:15, 3621:15, 3632:24, 3635:21, 3635:22, 3639:13, 3640:5, 3647:4, 3650:16

**NIGHT** [1] - 3571:19

**NINE** [1] - 3655:20

**NO** [40] - 3560:3, 3564:14, 3564:15, 3565:25, 3566:4, 3571:11, 3575:4, 3575:11, 3575:13, 3576:24, 3577:17, 3586:23, 3594:18, 3604:9, 3607:9, 3607:10, 3611:3, 3611:24, 3615:18, 3616:5, 3616:20, 3616:24, 3617:4, 3617:6, 3617:12, 3617:17, 3617:25,

---

3624:13, 3625:7, 3629:22, 3632:5, 3641:12, 3647:15, 3648:17, 3648:21, 3661:1, 3661:4, 3663:15, 3663:18

**NOAA** [3] - 3629:13, 3629:15

**NOBODY** [1] - 3617:5

**NOMINEE** [1] - 3587:7

**NON** [8] - 3571:22, 3571:23, 3593:7, 3594:13, 3594:17, 3595:4, 3595:23, 3596:3

**NON-COMPLIANCE** [1] - 3594:17

**NON-COMPLIANT** [5] - 3593:7, 3594:13, 3595:4, 3595:23, 3596:3

**NON-EXPERT** [2] - 3571:22, 3571:23

**NONE** [2] - 3594:12, 3594:15

**NORMAL** [10] - 3574:7, 3574:9, 3597:10, 3597:13, 3621:25, 3644:20, 3646:6, 3647:2, 3649:15, 3656:14

**NORMALLY** [4] - 3588:8, 3596:17, 3597:8, 3597:15

**NORMAN** [1] - 3560:2

**NORTH** [7] - 3614:7, 3628:21, 3637:25, 3642:22, 3642:24, 3655:25

**NORTHEAST** [1] - 3638:20

**NORTHERN** [1] - 3635:11

**NORTHWARD** [2] - 3638:18, 3642:21

**NORTHWEST** [2] - 3580:2, 3642:24

**NOT** [87] - 3565:4, 3565:6, 3565:16, 3565:21, 3565:25, 3566:1, 3566:19, 3567:11, 3567:14, 3567:15, 3567:18, 3567:22, 3568:13, 3568:25, 3569:4, 3569:12, 3569:24,

---

3571:17, 3572:19, 3573:25, 3574:1, 3574:18, 3574:20, 3575:25, 3576:1, 3576:7, 3576:8, 3576:11, 3576:16, 3581:3, 3581:9, 3586:22, 3589:12, 3592:21, 3593:5, 3593:16, 3593:22, 3594:18, 3594:21, 3595:22, 3600:5, 3602:20, 3603:6, 3603:24, 3607:3, 3607:17, 3607:21, 3612:17, 3612:22, 3613:21, 3615:8, 3617:9, 3618:4, 3618:17, 3619:10, 3619:19, 3619:21, 3620:7, 3620:18, 3621:16, 3624:2, 3624:11, 3624:22, 3631:8, 3631:9, 3634:5, 3634:20, 3636:5, 3636:11, 3639:17, 3640:10, 3640:23, 3641:12, 3643:10, 3644:23, 3647:13, 3647:18, 3647:21, 3651:7, 3655:12, 3656:7, 3656:8, 3656:10, 3658:21, 3663:8, 3663:10

**NOTE** [4] - 3581:24, 3589:16, 3596:1, 3648:3

**NOTED** [2] - 3578:15, 3619:7

**NOTHING** [5] - 3591:12, 3624:14, 3625:20, 3625:22, 3658:5

**NOTICE** [1] - 3645:19

**NOTICED** [2] - 3639:19, 3640:2

**NOURISHMENT** [5] - 3593:12, 3593:16, 3593:17, 3594:23, 3594:24

**NOVEMBER** [1] - 3589:6

**NOW** [52] - 3564:8, 3565:13, 3567:18, 3570:2, 3570:24, 3580:21, 3581:13, 3586:1, 3587:5, 3587:9, 3589:23,

---

3590:6, 3590:11, 3590:17, 3590:18, 3598:16, 3599:3, 3600:5, 3600:24, 3605:4, 3605:10, 3607:2, 3607:10, 3612:25, 3613:16, 3617:17, 3619:10, 3621:17, 3624:22, 3627:19, 3630:5, 3630:9, 3630:11, 3630:19, 3632:17, 3634:6, 3634:25, 3635:23, 3636:1, 3637:18, 3643:25, 3644:25, 3648:12, 3649:22, 3651:19, 3653:9, 3656:21, 3657:12, 3659:19, 3659:20, 3664:4

**NUMBER** [25] - 3564:24, 3575:25, 3577:8, 3582:16, 3582:17, 3583:6, 3583:8, 3583:23, 3584:6, 3586:4, 3589:2, 3589:3, 3589:12, 3589:14, 3589:22, 3596:20, 3606:16, 3606:20, 3609:20, 3610:4, 3610:17, 3610:18, 3612:8, 3617:10, 3659:20

**NUMBERED** [1] - 3665:10

**NUMBERS** [9] - 3575:19, 3582:20, 3583:5, 3584:5, 3585:4, 3608:10, 3613:11, 3618:7, 3634:12

**NUMERICAL** [3] - 3630:6, 3630:18, 3656:11

**NY** [1] - 3561:24

---

## O

**O** [4] - 3561:2, 3561:19, 3562:12, 3564:1

**O&M** [2] - 3575:16, 3600:8

**O'BRIEN** [1] - 3561:23

**O'CLOCK** [2] - 3663:23, 3664:9

**O'DONNELL** [14] - 3560:12, 3560:13, 3563:8, 3578:10,

3581:19, 3581:21,
3582:7, 3598:22,
3615:22, 3618:6,
3618:23, 3618:25,
3621:11, 3625:20
**OAK** [1] - 3560:23
**OBJECT** [4] -
3578:13, 3621:5,
3631:7, 3647:11
**OBJECTION** [17] -
3566:17, 3567:20,
3568:9, 3569:2,
3574:21, 3581:21,
3581:24, 3582:6,
3582:7, 3598:15,
3598:22, 3618:16,
3618:19, 3618:22,
3631:19, 3632:5,
3648:3
**OBLIGATION** [1] -
3619:12
**OBSERVED** [3] -
3655:18, 3656:5,
3657:25
**OBTAIN** [2] -
3628:11, 3628:15
**OBTAINABLE** [2] -
3575:7, 3575:8
**OBTAINED** [4] -
3620:15, 3628:13,
3629:1, 3629:2
**OBTAINING** [1] -
3630:21
**OBVIOUSLY** [2] -
3611:1, 3657:4
**OCCASION** [1] -
3580:22
**OCCASIONALLY** [1]
- 3572:15
**OCCUR** [4] -
3594:20, 3603:3,
3610:3, 3628:24
**OCCURRED** [4] -
3587:12, 3599:3,
3599:6, 3655:15
**OCCURRENCE** [1] -
3634:14
**OCCURRING** [2] -
3603:18, 3632:23
**OCCURS** [3] -
3583:17, 3583:25,
3628:20
**OCEAN** [3] - 3580:3,
3644:22
**OCEANOGRAPHIC**
[1] - 3629:12
**OCTOBER** [7] -
3588:24, 3597:6,
3597:8, 3597:11,
3597:12, 3597:13,

3597:17
**ODD** [1] - 3566:13
**OF** [580] - 3560:1,
3560:5, 3560:7,
3560:16, 3561:18,
3562:4, 3564:8,
3564:12, 3564:16,
3564:17, 3564:18,
3564:21, 3564:22,
3565:8, 3565:12,
3565:15, 3565:22,
3566:6, 3566:17,
3566:24, 3567:19,
3568:6, 3568:16,
3568:17, 3568:18,
3568:24, 3569:15,
3569:22, 3570:10,
3570:14, 3570:17,
3570:21, 3571:5,
3571:8, 3571:13,
3572:20, 3572:25,
3573:2, 3573:12,
3573:13, 3574:7,
3574:8, 3574:20,
3575:10, 3575:16,
3575:20, 3575:24,
3575:25, 3576:2,
3576:17, 3576:20,
3576:25, 3577:1,
3578:1, 3578:4,
3578:5, 3578:11,
3579:1, 3579:2,
3579:3, 3579:5,
3579:10, 3579:11,
3579:12, 3579:15,
3579:22, 3579:24,
3580:4, 3580:6,
3580:18, 3580:19,
3580:22, 3580:23,
3581:1, 3581:5,
3581:13, 3581:14,
3581:15, 3581:22,
3582:3, 3582:13,
3582:20, 3582:22,
3583:1, 3583:2,
3583:4, 3583:6,
3583:7, 3583:14,
3583:22, 3584:4,
3584:6, 3584:9,
3584:12, 3584:14,
3584:21, 3584:23,
3585:3, 3585:4,
3585:10, 3585:12,
3585:24, 3586:3,
3586:4, 3586:11,
3586:16, 3586:19,
3586:20, 3587:1,
3587:5, 3587:17,
3587:19, 3588:4,
3588:5, 3588:13,
3588:17, 3588:22,

3588:24, 3589:1,
3589:5, 3589:6,
3589:7, 3589:11,
3589:12, 3589:21,
3589:23, 3590:5,
3590:7, 3590:21,
3591:4, 3591:6,
3591:16, 3591:18,
3591:21, 3591:22,
3592:2, 3592:5,
3592:8, 3592:9,
3592:10, 3592:15,
3593:8, 3593:12,
3593:14, 3593:21,
3593:23, 3594:1,
3594:13, 3594:15,
3594:16, 3595:2,
3595:11, 3595:16,
3595:22, 3595:24,
3596:5, 3596:7,
3596:13, 3596:14,
3596:17, 3596:21,
3596:24, 3597:2,
3597:3, 3597:5,
3597:7, 3597:18,
3597:20, 3597:25,
3598:2, 3598:13,
3598:15, 3598:17,
3598:18, 3598:20,
3599:8, 3599:9,
3599:12, 3599:17,
3599:23, 3600:6,
3600:7, 3600:8,
3600:10, 3600:17,
3600:18, 3600:20,
3600:22, 3601:2,
3601:9, 3601:12,
3601:14, 3601:18,
3602:1, 3602:10,
3602:14, 3602:15,
3602:16, 3603:4,
3603:6, 3603:11,
3603:18, 3603:20,
3604:2, 3604:7,
3604:10, 3604:13,
3605:1, 3605:6,
3605:8, 3605:14,
3605:24, 3606:4,
3606:7, 3606:8,
3606:15, 3606:17,
3606:18, 3606:19,
3607:6, 3607:21,
3608:2, 3608:6,
3608:8, 3608:10,
3608:11, 3608:14,
3608:19, 3609:17,
3609:18, 3609:24,
3609:25, 3610:1,
3610:2, 3610:9,
3610:17, 3610:18,
3610:23, 3611:5,

3611:6, 3611:8,
3611:20, 3612:11,
3613:10, 3613:13,
3613:17, 3614:2,
3614:7, 3614:15,
3614:18, 3614:20,
3614:25, 3615:15,
3616:12, 3618:1,
3618:10, 3618:15,
3619:13, 3619:15,
3619:22, 3619:25,
3620:4, 3620:8,
3620:9, 3620:14,
3621:8, 3621:9,
3621:12, 3621:25,
3622:1, 3622:4,
3622:12, 3622:13,
3622:17, 3622:18,
3622:22, 3622:24,
3623:4, 3623:7,
3623:11, 3623:15,
3623:17, 3623:19,
3623:23, 3623:25,
3624:8, 3624:11,
3624:14, 3624:15,
3624:20, 3625:2,
3625:5, 3625:9,
3625:13, 3625:14,
3626:23, 3626:25,
3627:1, 3627:5,
3627:6, 3627:8,
3627:10, 3627:23,
3627:25, 3628:1,
3628:5, 3628:19,
3628:25, 3629:8,
3629:11, 3629:13,
3629:16, 3630:4,
3630:8, 3630:17,
3630:21, 3630:24,
3631:4, 3631:5,
3631:17, 3631:21,
3632:3, 3632:10,
3632:11, 3632:14,
3632:21, 3632:22,
3632:24, 3633:1,
3633:3, 3633:4,
3633:6, 3633:8,
3633:10, 3633:11,
3633:14, 3633:19,
3633:20, 3633:22,
3633:25, 3634:11,
3634:14, 3634:17,
3634:19, 3635:7,
3635:8, 3635:10,
3635:12, 3635:13,
3635:19, 3636:4,
3636:6, 3636:12,
3636:17, 3636:18,
3637:2, 3637:5,
3637:6, 3637:7,
3637:8, 3637:10,

3637:16, 3637:19,
3638:2, 3638:3,
3638:9, 3638:10,
3638:17, 3638:21,
3639:8, 3639:10,
3639:19, 3639:21,
3639:25, 3640:4,
3640:10, 3640:12,
3640:13, 3640:16,
3640:18, 3640:20,
3640:21, 3640:22,
3640:24, 3641:5,
3641:9, 3641:16,
3641:17, 3641:23,
3642:1, 3642:2,
3642:3, 3642:4,
3642:9, 3642:10,
3642:11, 3642:16,
3642:17, 3642:18,
3642:19, 3642:21,
3643:1, 3643:5,
3643:8, 3643:9,
3643:13, 3643:14,
3643:19, 3643:21,
3643:22, 3643:23,
3643:24, 3644:5,
3644:9, 3644:10,
3644:11, 3644:18,
3644:19, 3644:25,
3645:1, 3645:2,
3645:10, 3645:11,
3645:16, 3645:23,
3646:2, 3646:3,
3646:4, 3646:13,
3646:15, 3646:16,
3646:17, 3646:18,
3647:3, 3647:6,
3647:7, 3647:24,
3647:25, 3648:1,
3648:8, 3648:16,
3648:17, 3648:18,
3648:21, 3648:24,
3649:3, 3649:12,
3649:17, 3650:5,
3650:6, 3650:7,
3650:12, 3650:20,
3650:22, 3650:25,
3651:6, 3651:7,
3651:12, 3651:19,
3651:22, 3652:11,
3652:12, 3652:14,
3652:16, 3652:21,
3653:9, 3653:12,
3653:17, 3653:20,
3653:25, 3654:7,
3654:8, 3654:11,
3654:14, 3654:17,
3654:19, 3654:20,
3654:23, 3655:12,
3655:13, 3656:1,
3656:2, 3656:11,

3656:17, 3656:19, 3656:20, 3656:21, 3656:25, 3657:3, 3657:5, 3657:8, 3657:10, 3657:14, 3657:17, 3657:19, 3657:20, 3657:22, 3658:2, 3659:8, 3659:12, 3659:15, 3659:17, 3659:20, 3660:2, 3660:3, 3660:5, 3660:8, 3660:19, 3660:22, 3661:2, 3661:3, 3661:8, 3661:13, 3661:14, 3661:15, 3662:6, 3662:8, 3662:10, 3662:20, 3665:7, 3665:8, 3665:9

**OFF** [9] - 3586:16, 3586:18, 3622:24, 3638:3, 3638:17, 3644:7, 3647:7, 3649:17, 3659:17

**OFFER** [4] - 3564:8, 3564:15, 3586:17, 3627:24

**OFFERED** [4] - 3565:6, 3565:16, 3565:21, 3631:8

**OFFICE** [11] - 3560:16, 3561:18, 3562:1, 3582:13, 3583:1, 3583:2, 3623:7, 3623:17, 3623:23, 3624:20, 3625:14

**OFFICES** [3] - 3584:11, 3586:19, 3594:11

**OFFICIAL** [5] - 3562:16, 3661:12, 3662:6, 3665:6, 3665:15

**OFTEN** [1] - 3613:20

**OH** [5] - 3576:24, 3598:21, 3614:20, 3615:15, 3624:13

**OKAY** [21] - 3577:18, 3583:24, 3586:1, 3586:24, 3588:20, 3590:25, 3602:6, 3604:5, 3605:15, 3617:2, 3619:10, 3619:22, 3620:2, 3634:17, 3637:21, 3638:7, 3644:2, 3647:10, 3647:20, 3655:10, 3657:3

**OLD** [3] - 3564:23, 3601:3, 3635:8

**OMB** [29] - 3582:15, 3588:9, 3588:14, 3588:16, 3588:19, 3588:20, 3588:22, 3588:25, 3589:9, 3594:17, 3598:4, 3606:16, 3606:23, 3607:3, 3607:7, 3607:9, 3607:10, 3607:15, 3609:17, 3609:21, 3613:3, 3614:13, 3614:15, 3617:12, 3617:13, 3617:15, 3624:7, 3624:9, 3624:11

**ON** [107] - 3564:12, 3565:19, 3565:23, 3566:5, 3567:2, 3568:9, 3568:20, 3569:3, 3570:5, 3571:3, 3571:6, 3572:1, 3574:2, 3574:3, 3574:11, 3574:14, 3575:16, 3575:20, 3576:14, 3577:4, 3578:3, 3579:12, 3581:1, 3582:19, 3583:6, 3587:5, 3587:9, 3590:12, 3590:20, 3591:8, 3591:17, 3593:5, 3593:25, 3594:24, 3596:2, 3597:9, 3599:12, 3600:1, 3600:12, 3601:12, 3601:13, 3601:18, 3601:22, 3602:6, 3604:23, 3604:25, 3605:25, 3607:8, 3607:14, 3608:10, 3609:11, 3612:11, 3612:20, 3613:4, 3614:10, 3615:6, 3616:17, 3621:22, 3622:17, 3622:21, 3623:2, 3626:22, 3627:6, 3627:19, 3627:23, 3628:20, 3628:22, 3630:12, 3630:16, 3631:23, 3633:14, 3634:16, 3634:18, 3634:25, 3635:23, 3637:19, 3637:20, 3639:23, 3639:24, 3640:13, 3641:7, 3641:18, 3643:15, 3644:1, 3644:21, 3645:24, 3646:14,

3647:3, 3648:7, 3649:15, 3649:22, 3650:5, 3650:6, 3650:11, 3650:18, 3651:10, 3652:17, 3653:16, 3655:12, 3656:13, 3657:22, 3661:3, 3662:9, 3664:7

**ONCE** [6] - 3585:15, 3586:13, 3595:20, 3614:20, 3633:23, 3649:16

**ONE** [53] - 3565:5, 3567:4, 3567:24, 3568:4, 3568:16, 3569:13, 3575:11, 3576:17, 3584:23, 3585:19, 3590:21, 3591:19, 3601:14, 3604:25, 3607:7, 3614:17, 3616:15, 3621:6, 3628:25, 3632:14, 3633:6, 3633:10, 3637:22, 3639:19, 3640:3, 3640:5, 3640:22, 3643:7, 3646:11, 3647:6, 3650:14, 3651:7, 3652:14, 3653:4, 3654:3, 3654:5, 3654:14, 3654:15, 3654:20, 3656:25, 3657:8, 3657:9, 3657:14, 3657:15, 3658:2, 3659:17, 3661:14, 3663:23, 3664:9

**ONEROUS** [1] - 3592:15

**ONES** [6] - 3565:5, 3606:21, 3606:24, 3607:2, 3612:15, 3662:17

**ONLY** [12] - 3615:8, 3629:22, 3631:22, 3634:4, 3634:20, 3636:11, 3644:2, 3644:10, 3645:20, 3649:19, 3650:8, 3652:11

**ONS** [3] - 3595:8, 3595:9

**ONTO** [2] - 3622:10, 3623:7

**OPEN** [2] - 3587:15, 3626:4

**OPENINGS** [2] - 3651:1

**OPERATION** [4] -

3599:22, 3599:23, 3611:5, 3624:4

**OPERATIONAL** [3] - 3631:1, 3658:22, 3659:10

**OPERATIONS** [5] - 3569:15, 3570:21, 3573:7, 3576:3, 3619:11

**OPERATOR** [1] - 3569:21

**OPINION** [9] - 3631:3, 3632:9, 3632:13, 3647:21, 3647:23, 3651:21, 3652:1, 3657:23, 3662:4

**OPINIONS** [1] - 3662:19

**OPPORTUNITY** [3] - 3613:10, 3613:12, 3664:8

**OPS** [1] - 3576:24

**OPTIMUM** [2] - 3636:18, 3645:24

**OR** [68] - 3566:8, 3567:12, 3567:18, 3567:22, 3569:20, 3570:9, 3571:18, 3576:5, 3576:14, 3577:13, 3577:20, 3582:13, 3587:7, 3588:22, 3591:10, 3591:11, 3591:15, 3592:8, 3592:17, 3593:5, 3595:23, 3596:2, 3596:5, 3596:9, 3596:11, 3596:12, 3596:13, 3596:24, 3603:12, 3603:18, 3604:1, 3604:12, 3606:5, 3606:14, 3607:3, 3607:11, 3611:2, 3611:19, 3612:22, 3613:2, 3613:12, 3616:3, 3617:20, 3623:6, 3625:5, 3625:9, 3625:10, 3625:13, 3625:16, 3630:17, 3635:23, 3640:21, 3643:19, 3646:10, 3648:18, 3648:19, 3649:19, 3650:3, 3650:21, 3652:19, 3652:22, 3655:4, 3658:2, 3658:25

**ORDER** [4] - 3575:16, 3577:19,

3578:13, 3608:2

**ORDINARILY** [2] - 3624:11, 3624:22

**ORGANIZATION** [2] - 3629:8, 3633:21

**ORIENT** [1] - 3648:7

**ORIENTATION** [1] - 3645:11

**ORIGINAL** [2] - 3609:19, 3654:3

**ORIGINALLY** [2] - 3564:22, 3595:15

**ORLEANS** [19] - 3560:4, 3560:17, 3560:21, 3561:6, 3562:3, 3562:17, 3618:11, 3619:1, 3619:2, 3619:5, 3620:13, 3621:12, 3622:6, 3624:1, 3625:18, 3625:23, 3651:5, 3651:9, 3655:16

**OTHER** [23] - 3567:24, 3568:12, 3576:1, 3576:7, 3585:19, 3585:24, 3588:4, 3596:20, 3605:19, 3607:12, 3611:4, 3614:20, 3615:6, 3615:11, 3615:14, 3617:21, 3629:20, 3630:22, 3633:4, 3642:17, 3643:13, 3662:10, 3663:15

**OTHERS** [1] - 3568:12

**OUGHT** [2] - 3587:17, 3658:9

**OUR** [34] - 3572:10, 3573:3, 3577:24, 3578:2, 3583:7, 3584:8, 3584:9, 3584:11, 3586:7, 3586:8, 3587:7, 3588:23, 3588:24, 3589:15, 3594:14, 3599:12, 3606:12, 3608:2, 3610:12, 3614:4, 3622:20, 3624:13, 3624:14, 3630:24, 3632:16, 3640:10, 3641:3, 3641:9, 3648:25, 3658:21, 3664:4

**OUT** [37] - 3568:18, 3584:20, 3585:3, 3588:14, 3591:14, 3591:24, 3594:14,

3595:3, 3598:13, 3601:6, 3602:12, 3604:13, 3613:24, 3637:12, 3637:15, 3637:16, 3639:22, 3639:23, 3639:24, 3640:9, 3640:14, 3641:1, 3643:8, 3644:22, 3645:8, 3646:21, 3648:11, 3648:18, 3649:25, 3650:6, 3651:6, 3651:14, 3653:15, 3655:3, 3655:22, 3657:3

**OUTER** [2] - 3646:4, 3654:16

**OUTFLOW** [2] - 3636:17, 3643:7

**OUTLINES** [1] - 3587:3

**OUTLINING** [1] - 3587:7

**OUTPUT** [3] - 3586:3, 3600:6

**OUTPUTS** [2] - 3586:8, 3624:4

**OUTSIDE** [3] - 3588:4, 3653:17, 3657:5

**OVER** [50] - 3575:23, 3577:2, 3580:1, 3582:2, 3585:7, 3585:8, 3585:19, 3586:13, 3588:2, 3595:20, 3599:6, 3599:8, 3600:20, 3602:24, 3605:6, 3605:11, 3606:6, 3606:14, 3612:5, 3613:1, 3613:16, 3614:21, 3615:23, 3616:15, 3624:14, 3627:3, 3630:3, 3634:5, 3634:20, 3635:5, 3635:21, 3636:11, 3636:12, 3637:14, 3638:16, 3641:14, 3641:23, 3642:7, 3643:9, 3644:8, 3645:6, 3645:7, 3645:19, 3648:9, 3648:16, 3648:25, 3651:3, 3660:9

**OVERLAND** [1] - 3659:18

**OVERRIDDEN** [1] - 3592:17

**OVERRULE** [2] -

3618:19, 3618:21

**OVERRULED** [2] - 3621:10, 3632:6

**OVERSIGHT** [3] - 3580:1, 3580:3, 3581:3

**OVERVIEW** [1] - 3581:14

**OWN** [6] - 3585:9, 3587:24, 3588:5, 3607:13, 3611:8

# P

**P** [5] - 3561:1, 3561:2, 3561:19, 3562:12, 3564:1

**P.O** [1] - 3561:9

**PACE** [1] - 3664:4

**PACIFIC** [2] - 3580:2, 3580:3

**PACKAGE** [1] - 3588:20

**PAGE** [7] - 3564:20, 3566:1, 3587:6, 3589:7, 3602:15, 3605:9, 3633:14

**PAGE/LINE** [1] - 3563:2

**PALM** [1] - 3648:19

**PALMINTIER** [15] - 3561:14, 3561:15, 3561:15, 3563:5, 3569:2, 3569:9, 3569:11, 3569:12, 3570:4, 3571:21, 3571:23, 3571:24, 3574:22, 3577:15, 3664:10

**PANAMA** [1] - 3649:1

**PANHANDLE** [2] - 3649:1, 3650:12

**PAPER** [6] - 3570:9, 3570:25, 3642:2, 3642:3, 3644:3, 3644:5

**PAPERS** [1] - 3641:9

**PARADOXICAL** [1] - 3646:3

**PARAMETERS** [3] - 3653:10, 3654:7, 3654:8

**PARAMETRICS** [2] - 3656:7, 3656:8

**PARISH** [3] - 3565:18, 3566:24, 3567:9

**PARISHES** [1] - 3657:18

**PART** [10] - 3564:22,

3596:17, 3598:20, 3603:6, 3614:20, 3619:24, 3630:25, 3635:12, 3656:2, 3656:3

**PART-TIME** [1] - 3630:25

**PARTICIPATE** [1] - 3586:15

**PARTICIPATED** [1] - 3593:10

**PARTICIPATES** [2] - 3623:1

**PARTICIPATING** [2] - 3593:13, 3661:12

**PARTICULAR** [37] - 3578:2, 3579:12, 3581:1, 3581:7, 3581:8, 3581:14, 3582:17, 3583:13, 3587:23, 3592:20, 3592:22, 3593:21, 3595:19, 3600:8, 3601:16, 3602:7, 3603:11, 3606:2, 3606:18, 3612:5, 3613:21, 3615:1, 3615:2, 3622:12, 3623:19, 3634:1, 3634:15, 3640:23, 3642:2, 3652:21, 3652:25, 3653:16, 3653:20, 3654:10, 3655:1, 3655:20, 3655:25

**PARTICULARLY** [1] - 3581:12

**PARTICULARS** [3] - 3580:22, 3580:25, 3581:5

**PASS** [5] - 3589:6, 3589:13, 3592:19, 3607:9, 3646:9

**PASSED** [1] - 3582:2

**PASSES** [5] - 3592:1, 3592:2, 3592:13, 3622:10, 3623:6

**PASSING** [1] - 3598:18

**PAST** [4] - 3581:8, 3593:6, 3613:5, 3627:3

**PAUL** [2] - 3562:6, 3562:8

**PAY** [1] - 3604:11

**PAYING** [1] - 3586:17

**PEAK** [3] - 3637:8, 3637:19, 3663:4

**PEARL** [1] - 3639:9

**PEN** [2] - 3643:20, 3646:19

**PENETRATE** [1] - 3651:17

**PENINSULA** [1] - 3650:12

**PENTAGON** [3] - 3586:21, 3586:22, 3586:24

**PEOPLE** [14] - 3570:25, 3572:1, 3572:10, 3594:14, 3596:12, 3600:4, 3603:3, 3610:17, 3610:18, 3621:9, 3624:14, 3640:23, 3640:24, 3646:3

**PER** [8] - 3575:20, 3633:23, 3634:2, 3637:1, 3641:9, 3642:10, 3644:6

**PERCEIVED** [1] - 3618:15

**PERCENT** [6] - 3608:16, 3608:25, 3611:5, 3614:17, 3652:14

**PERFORMANCE** [2] - 3599:11, 3600:2

**PERFORMED** [1] - 3581:1

**PERFORMING** [1] - 3569:21

**PERIL** [5] - 3602:23, 3602:25, 3603:3, 3618:14, 3619:7

**PERIOD** [11] - 3583:19, 3590:15, 3591:2, 3598:23, 3635:19, 3642:12, 3652:10, 3652:11, 3652:12, 3652:15

**PERIODICALLY** [1] - 3622:19

**PERIPHERAL** [2] - 3653:14, 3657:5

**PERMITTED** [1] - 3583:13

**PERSON** [1] - 3644:2

**PERSON'S** [1] - 3572:18

**PERSONAL** [1] - 3617:17

**PERSONNEL** [1] - 3660:12

**PERSONS** [1] - 3600:10

**PERSPECTIVE** [2] - 3570:18, 3588:4

**PETE** [3] - 3577:24, 3578:8, 3578:19

**PETER** [3] - 3562:10, 3563:6, 3578:22

**PHENOMENAS** [1] - 3628:24

**PHILEN** [1] - 3562:2

**PHONE** [1] - 3583:21

**PHOTOGRAPH** [5] - 3634:15, 3635:5, 3640:14, 3643:15, 3650:11

**PHOTOGRAPHS** [2] - 3634:9, 3643:14

**PHYSICAL** [1] - 3646:15

**PICK** [1] - 3661:22

**PICKED** [1] - 3661:17

**PIERCE** [1] - 3560:13

**PILE** [2] - 3650:6, 3651:17

**PILED** [1] - 3656:19

**PILES** [1] - 3564:12

**PINPOINT** [2] - 3643:17, 3643:19

**PIONEERING** [1] - 3627:3

**PLACE** [9] - 3573:17, 3573:20, 3585:13, 3585:14, 3590:10, 3605:25, 3607:25, 3644:1, 3651:14

**PLACES** [2] - 3656:3, 3656:4

**PLAINTIFF** [1] - 3560:12

**PLAINTIFFS** [3] - 3617:2, 3627:24, 3658:12

**PLANE** [7] - 3610:12, 3610:13, 3610:14, 3610:18, 3611:2, 3627:2

**PLANET** [2] - 3628:22, 3628:23

**PLANNING** [2] - 3565:18, 3627:4

**PLAYS** [3] - 3583:2, 3595:18, 3596:3

**PLC** [1] - 3561:14

**PLEASE** [11] - 3564:5, 3578:18, 3578:20, 3586:2, 3593:1, 3596:11, 3626:5, 3626:10, 3626:14, 3626:20, 3664:12

**PLED** [1] - 3578:12

**PLOT** [2] - 3644:4, 3644:5
**PLOTTED** [1] - 3644:7
**PMH** [4] - 3656:22, 3656:24, 3657:13, 3657:19
**PN** [1] - 3653:14
**POINT** [14] - 3566:13, 3571:25, 3577:3, 3582:18, 3585:7, 3590:3, 3591:18, 3607:20, 3630:12, 3633:6, 3633:7, 3636:7, 3639:24, 3653:16
**POINTS** [2] - 3622:20, 3661:17
**POLICY** [15] - 3593:1, 3593:3, 3593:7, 3593:9, 3593:17, 3593:22, 3594:4, 3594:13, 3594:17, 3594:21, 3595:4, 3595:23, 3596:2, 3609:21
**POLITICS** [4] - 3595:18, 3595:21, 3595:23, 3596:3
**PONTCHARTRAIN** [5] - 3615:5, 3651:1, 3655:23, 3657:20, 3657:22
**POPULATE** [1] - 3585:1
**POPULATED** [2] - 3584:18, 3606:9
**POPULATING** [2] - 3584:8, 3592:11
**POPULATION** [1] - 3610:13
**PORTION** [1] - 3643:9
**POSED** [1] - 3619:7
**POSITION** [15] - 3570:6, 3579:4, 3579:7, 3579:20, 3579:25, 3580:11, 3580:12, 3580:14, 3580:17, 3580:21, 3581:3, 3629:1, 3629:6, 3630:21, 3659:2
**POSITIONS** [2] - 3630:22, 3661:21
**POSSESSION** [1] - 3663:12
**POSSIBLE** [1] - 3612:17
**POSTGRADUATE**

[1] - 3628:15
**POTENTIAL** [2] - 3641:5, 3657:2
**POTENTIALS** [1] - 3660:5
**POWER** [2] - 3596:13, 3640:21
**POYDRAS** [2] - 3561:5, 3562:17
**PR** [3] - 3566:19, 3566:21, 3567:5
**PRE** [1] - 3620:21
**PRE-EXERCISE** [1] - 3620:21
**PRECEDING** [2] - 3593:15, 3594:24
**PREDATE** [1] - 3616:6
**PREDECESSORS** [1] - 3573:25
**PREDICTION** [2] - 3629:25, 3630:8
**PREDICTIONS** [1] - 3630:6
**PREFER** [1] - 3574:14
**PRELIMINARY** [1] - 3662:9
**PREPARATION** [1] - 3576:25
**PREPARE** [2] - 3583:24, 3660:18
**PREPARED** [2] - 3623:14, 3632:2
**PREPARING** [1] - 3660:24
**PREPLANNING** [1] - 3620:21
**PREROGATIVE** [1] - 3607:22
**PRESENT** [3] - 3562:1, 3602:19, 3608:23
**PRESENTATIONS** [2] - 3567:9, 3567:14
**PRESENTED** [2] - 3571:7, 3620:14
**PRESIDENT** [10] - 3580:23, 3583:10, 3592:13, 3592:18, 3592:21, 3592:24, 3595:14, 3613:3, 3619:21, 3619:24
**PRESIDENT'S** [3] - 3594:25, 3595:7, 3623:9
**PRESIDENTIAL** [1] - 3583:11
**PRESIDENTS** [1] - 3620:4

**PRESSURE** [11] - 3637:3, 3640:3, 3653:11, 3653:12, 3653:15, 3653:18, 3654:16, 3656:24, 3657:10
**PRESUMABLY** [1] - 3616:8
**PRETRIAL** [1] - 3578:13
**PRETTY** [5] - 3577:9, 3592:25, 3600:22, 3615:25, 3664:3
**PREVIOUS** [13] - 3577:2, 3600:25, 3605:15, 3621:6, 3637:18, 3638:14, 3639:18, 3643:25, 3646:1, 3647:6, 3647:17, 3661:2
**PREVIOUSLY** [2] - 3566:18, 3595:3
**PRIMARILY** [2] - 3610:6, 3659:8
**PRINCIPLES** [1] - 3592:16
**PRIOR** [11] - 3576:24, 3577:9, 3582:12, 3583:22, 3593:9, 3599:25, 3609:6, 3615:4, 3628:9, 3660:24, 3661:5
**PRIORITIES** [6] - 3581:23, 3584:15, 3587:1, 3587:4, 3587:7, 3623:3
**PRIORITIZED** [1] - 3609:10
**PRIORITIZING** [2] - 3598:3, 3609:16
**PRIORITY** [2] - 3571:6, 3587:17
**PRIVATE** [1] - 3628:9
**PROBABILITIES** [2] - 3610:2, 3652:13
**PROBABILITY** [2] - 3610:1, 3610:3
**PROBABLE** [6] - 3651:20, 3651:24, 3652:2, 3653:3, 3653:7, 3657:24
**PROBABLY** [6] - 3614:25, 3636:18, 3638:1, 3638:2, 3641:6, 3660:13
**PROBLEM** [16] - 3570:6, 3572:19, 3572:20, 3573:14,

3613:23, 3620:24, 3621:2, 3621:6, 3621:8, 3621:13, 3624:24, 3624:25, 3625:4, 3656:19, 3657:14, 3657:15
**PROBLEMS** [10] - 3569:17, 3572:25, 3619:16, 3619:18, 3620:6, 3620:10, 3624:23, 3638:21, 3657:14, 3657:15
**PROCEED** [2] - 3578:16, 3648:3
**PROCEEDINGS** [3] - 3560:7, 3562:20, 3665:9
**PROCESS** [61] - 3576:21, 3578:1, 3579:16, 3579:19, 3580:8, 3580:9, 3580:10, 3581:11, 3581:14, 3581:16, 3581:18, 3581:23, 3582:2, 3582:10, 3583:11, 3583:3, 3583:25, 3586:12, 3586:16, 3587:2, 3587:10, 3588:11, 3589:16, 3590:10, 3590:25, 3593:2, 3594:5, 3594:6, 3595:25, 3596:4, 3596:17, 3597:1, 3597:21, 3598:1, 3598:14, 3598:16, 3598:17, 3599:4, 3599:11, 3599:12, 3599:13, 3600:17, 3603:19, 3604:8, 3604:13, 3605:7, 3605:14, 3606:7, 3607:9, 3608:15, 3608:18, 3609:3, 3609:5, 3611:19, 3621:2, 3621:18, 3622:19, 3637:10, 3637:25, 3638:1, 3639:1
**PROCESSES** [2] - 3598:4, 3600:10
**PROCLAMATION** [1] - 3599:10
**PRODUCE** [3] - 3575:11, 3650:4, 3661:15
**PRODUCED** [3] - 3562:20, 3655:25, 3662:9
**PRODUCES** [2] -

3596:13, 3602:10
**PRODUCING** [1] - 3596:1
**PRODUCT** [1] - 3641:6
**PROFESSION** [2] - 3627:18, 3627:19
**PROGRAM** [21] - 3576:11, 3576:21, 3579:5, 3579:10, 3579:11, 3579:12, 3580:20, 3582:16, 3582:19, 3582:21, 3586:3, 3586:5, 3587:17, 3599:8, 3601:20, 3601:22, 3603:23, 3607:19, 3612:21, 3624:11
**PROGRAMS** [6] - 3579:22, 3583:7, 3586:4, 3597:24, 3599:7, 3624:17
**PROJECT** [60] - 3564:22, 3576:11, 3580:15, 3580:18, 3581:2, 3581:7, 3584:5, 3585:4, 3592:20, 3592:22, 3594:18, 3594:19, 3594:24, 3594:25, 3595:12, 3595:16, 3595:19, 3596:2, 3596:12, 3596:19, 3596:21, 3600:22, 3602:7, 3602:24, 3603:11, 3606:2, 3607:11, 3607:12, 3608:14, 3608:17, 3609:24, 3609:25, 3610:21, 3611:2, 3612:4, 3612:11, 3612:12, 3612:17, 3612:20, 3613:10, 3613:14, 3613:21, 3615:1, 3615:2, 3615:5, 3619:11, 3620:11, 3623:19, 3624:1, 3624:2, 3651:20, 3651:24, 3652:3, 3652:5, 3652:6, 3652:19, 3654:9, 3654:15, 3654:18, 3657:24
**PROJECT'S** [2] - 3589:22, 3607:10
**PROJECTS** [67] - 3573:7, 3578:2, 3580:23, 3581:12, 3582:20, 3583:7, 3584:10, 3585:12,

3585:15, 3585:17, 3585:19, 3586:8, 3588:13, 3591:5, 3591:22, 3592:3, 3592:11, 3592:23, 3592:24, 3593:6, 3593:14, 3593:16, 3593:17, 3593:21, 3593:24, 3594:1, 3594:13, 3595:9, 3595:10, 3595:22, 3596:10, 3600:12, 3601:13, 3601:18, 3602:2, 3602:8, 3605:24, 3606:4, 3606:8, 3606:15, 3606:17, 3606:19, 3607:19, 3607:20, 3608:2, 3608:24, 3609:10, 3609:12, 3609:13, 3610:24, 3611:7, 3613:24, 3614:2, 3614:14, 3615:6, 3615:8, 3615:9, 3615:11, 3619:16, 3619:19, 3621:19, 3622:1, 3624:6, 3624:23

**PRONE** [1] - 3614:7
**PROPERTY** [5] - 3610:6, 3610:8, 3610:9, 3618:14, 3619:7
**PROPORTIONAL** [1] - 3641:4
**PROPOSED** [3] - 3592:21, 3592:25, 3610:21
**PROTECTION** [5] - 3564:21, 3565:19, 3565:23, 3573:3, 3615:5
**PROTECTIVE** [1] - 3652:9
**PROVIDE** [14] - 3577:3, 3584:3, 3585:8, 3588:12, 3596:18, 3596:23, 3603:25, 3604:2, 3604:10, 3607:23, 3607:23, 3607:24, 3608:2, 3663:11
**PROVIDED** [5] - 3580:3, 3600:1, 3614:9, 3624:5, 3647:14
**PROVIDES** [3] - 3596:12, 3596:13, 3596:22
**PUBLIC** [2] -

3566:13, 3567:2
**PULL** [1] - 3584:12
**PUN** [1] - 3641:12
**PURPOSE** [1] - 3564:16
**PURPOSES** [1] - 3573:7
**PURSUE** [1] - 3593:4
**PURSUING** [1] - 3594:19
**PUSHING** [1] - 3645:24
**PUT** [21] - 3564:12, 3576:13, 3585:3, 3592:7, 3592:23, 3600:18, 3602:6, 3602:13, 3618:21, 3631:23, 3634:10, 3634:11, 3637:4, 3641:8, 3643:19, 3643:20, 3643:24, 3646:17, 3650:24, 3653:25
**PUTS** [2] - 3595:13, 3639:2
**PUTTING** [1] - 3603:10
**PX** [13] - 3564:10, 3564:15, 3564:20, 3564:25, 3565:16, 3565:21, 3565:25, 3566:8, 3566:12, 3567:24, 3634:7, 3638:5

# Q

**QUALITY** [2] - 3585:9, 3587:20
**QUANTITIES** [1] - 3656:13
**QUARK** [2] - 3567:18, 3567:19
**QUESTION** [14] - 3565:1, 3569:24, 3572:22, 3590:15, 3598:7, 3603:13, 3603:14, 3611:24, 3611:25, 3613:7, 3618:20, 3621:6, 3621:7, 3645:12
**QUESTIONS** [8] - 3565:15, 3569:14, 3582:23, 3584:16, 3615:19, 3658:9, 3658:15, 3663:16
**QUICK** [1] - 3660:13
**QUICKER** [1] - 3646:9
**QUICKLY** [1] - 3568:1

**QUITE** [3] - 3601:7, 3601:8, 3643:9

# R

**R** [6] - 3560:8, 3561:23, 3562:11, 3563:10, 3564:1, 3626:17
**RADIUS** [8] - 3639:21, 3639:23, 3639:24, 3639:25, 3640:4, 3640:12, 3653:19, 3654:17
**RAILROAD** [2] - 3650:23, 3650:24
**RAISE** [2] - 3578:18, 3626:10
**RAN** [1] - 3638:3
**RANGE** [5] - 3575:19, 3633:25, 3653:24, 3656:1
**RANK** [9] - 3585:15, 3602:5, 3602:8, 3606:1, 3606:3, 3606:4, 3606:11, 3606:13, 3636:19
**RANKING** [11] - 3585:11, 3585:12, 3585:16, 3585:18, 3602:6, 3603:7, 3606:7, 3607:6, 3625:8, 3625:9
**RANKS** [2] - 3605:24, 3606:4
**RARELY** [2] - 3606:25, 3614:15
**RATE** [3] - 3608:19, 3608:22, 3608:25
**RATHER** [4] - 3599:13, 3609:11, 3609:18
**RATING** [1] - 3634:4
**RATIO** [17] - 3585:23, 3595:23, 3605:17, 3607:18, 3608:14, 3608:15, 3608:16, 3608:18, 3608:21, 3608:22, 3608:24, 3609:1, 3609:9, 3609:11, 3609:20, 3613:17
**RATIOS** [5] - 3585:22, 3600:21, 3605:12, 3607:21, 3608:17
**RAYMOND** [1] - 3626:16
**RBRCR** [2] - 3609:8, 3609:22
**REACH** [2] - 3566:5,

3658:2
**REACHED** [2] - 3636:24, 3637:21
**READ** [2] - 3567:7, 3571:18
**READS** [1] - 3578:4
**REALLY** [23] - 3576:13, 3581:3, 3581:5, 3589:11, 3589:16, 3594:7, 3603:6, 3605:1, 3606:13, 3606:14, 3607:4, 3612:22, 3613:14, 3618:5, 3620:18, 3621:16, 3636:14, 3649:20, 3654:17, 3655:10
**REALTIME** [1] - 3658:23
**REASON** [4] - 3589:8, 3646:12, 3663:10, 3664:6
**REASONABLE** [4] - 3631:4, 3632:10, 3651:22, 3652:7
**REASONABLY** [1] - 3630:10
**REASONS** [2] - 3567:22, 3638:1
**RECALL** [4] - 3565:8, 3566:23, 3577:8
**RECEIVE** [2] - 3582:25, 3589:9
**RECEIVED** [3] - 3572:1, 3577:11, 3628:16
**RECEIVING** [1] - 3570:25
**RECENTLY** [1] - 3614:8
**RECESS** [4] - 3626:1, 3626:3, 3663:22, 3664:13
**RECOGNIZED** [1] - 3564:12
**RECOLLECTION** [1] - 3577:10
**RECOMMEND** [8] - 3578:6, 3583:10, 3592:22, 3600:12, 3606:25, 3613:3, 3613:4, 3620:1
**RECOMMENDATION** [3] - 3580:23, 3595:1, 3607:8
**RECOMMENDATIONS** [2] - 3588:12, 3588:19
**RECOMMENDED**

[10] - 3606:22, 3606:25, 3607:1, 3607:2, 3607:7, 3608:2, 3614:12, 3614:14, 3614:16, 3620:16
**RECOMMENDING** [1] - 3598:17
**RECOMMENDS** [1] - 3622:6
**RECONCILE** [1] - 3613:21
**RECORD** [14] - 3568:21, 3572:23, 3574:19, 3578:21, 3581:25, 3611:23, 3626:15, 3647:12, 3652:11, 3652:12, 3652:16, 3658:11, 3659:15, 3665:9
**RECORDED** [1] - 3562:20
**RECORDS** [8] - 3581:6, 3581:9, 3611:9, 3611:21, 3611:22, 3611:23, 3616:14, 3630:5
**RECREATION** [1] - 3586:6
**REDIRECT** [4] - 3577:16, 3577:17, 3625:21, 3663:17
**REDUCE** [2] - 3592:25, 3608:2
**REDUCTION** [6] - 3586:5, 3587:25, 3601:25, 3602:2, 3610:22, 3610:24
**REFER** [5] - 3583:22, 3617:8, 3644:25, 3653:9, 3656:21
**REFERENCED** [2] - 3567:24, 3569:5
**REFERENCING** [1] - 3633:3
**REFLECT** [1] - 3620:18
**REFLECTED** [1] - 3623:4
**REFLECTS** [1] - 3564:21
**REGARD** [7] - 3583:9, 3617:17, 3617:18, 3619:6, 3619:11, 3624:20, 3625:8
**REGARDING** [1] - 3621:7
**REGARDLESS** [1] - 3565:12

**REGIONALLY** [1] - 3579:23

**RELATE** [5] - 3578:2, 3578:14, 3580:8, 3592:3, 3611:4

**RELATED** [2] - 3576:9, 3594:3

**RELATING** [1] - 3602:24

**RELATIONS** [2] - 3566:13, 3567:2

**RELATIONSHIP** [1] - 3654:4

**RELATIVE** [1] - 3633:10

**RELEVANCE** [1] - 3567:19

**RELEVANCY** [3] - 3581:22, 3581:23, 3582:3

**RELEVANT** [5] - 3566:19, 3566:21, 3566:23, 3567:2, 3598:23

**RELIANCE** [2] - 3662:11, 3662:14

**RELIED** [1] - 3662:23

**RELIEF** [2] - 3589:12, 3660:17

**RELIES** [2] - 3621:22, 3647:16

**RELY** [1] - 3574:14

**RELYING** [1] - 3662:5

**REMAIN** [2] - 3608:1, 3629:24

**REMAINED** [1] - 3659:4

**REMAINING** [7] - 3585:22, 3588:16, 3609:9, 3609:11, 3609:14

**REMARKS** [7] - 3603:5, 3603:9, 3613:8, 3613:19, 3614:1, 3614:3, 3618:21

**REMEDIAL** [1] - 3620:16

**REMEDIATE** [2] - 3620:6, 3620:10

**REMEDIATION** [5] - 3603:18, 3617:21, 3618:15, 3619:15, 3625:9

**REMEDY** [2] - 3624:23, 3624:25

**REMEMBER** [4] - 3568:4, 3572:10, 3572:16, 3573:8

**REMNANTS** [1] - 3635:8

**REMOTELY** [1] - 3616:23

**REMOVED** [1] - 3564:17

**RENDERED** [2] - 3636:4, 3647:21

**REPAIR** [1] - 3603:18

**REPEATING** [1] - 3617:9

**REPLACED** [1] - 3660:7

**REPORT** [28] - 3619:12, 3633:14, 3636:22, 3640:18, 3642:18, 3644:25, 3647:13, 3647:21, 3647:22, 3647:24, 3652:9, 3653:9, 3654:23, 3656:21, 3660:18, 3660:19, 3660:24, 3661:3, 3662:1, 3662:4, 3662:9, 3662:19, 3663:2, 3663:6, 3663:7, 3663:8, 3663:10

**REPORTER** [3] - 3562:16, 3665:6, 3665:15

**REPORTER'S** [1] - 3665:4

**REPORTING** [2] - 3628:2, 3632:1

**REPORTS** [5] - 3660:25, 3661:1, 3662:6, 3662:11, 3662:14

**REPRESENT** [2] - 3634:19, 3635:6

**REPRESENTATION** [1] - 3582:5

**REPRESENTS** [3] - 3634:8, 3634:17, 3635:7

**REPROGRAMMING** [2] - 3604:3, 3621:2

**REQUEST** [20] - 3575:2, 3575:11, 3575:14, 3575:21, 3576:22, 3588:8, 3591:6, 3596:19, 3596:22, 3608:7, 3617:11, 3617:12, 3617:15, 3617:24, 3618:18, 3623:16, 3624:9, 3624:25, 3633:20, 3660:7

**REQUESTED** [6] - 3574:23, 3574:25, 3584:21, 3608:8, 3617:2, 3619:19

**REQUESTING** [2] - 3577:6, 3624:3

**REQUESTS** [8] - 3590:12, 3596:18, 3600:22, 3608:5, 3617:18, 3622:13, 3624:12, 3625:9

**REQUIRE** [1] - 3580:11

**REQUIRED** [4] - 3568:20, 3571:5, 3575:10, 3590:5

**REQUIREMENTS** [1] - 3585:4

**RESEARCH** [10] - 3627:4, 3628:1, 3629:3, 3629:7, 3629:9, 3629:14, 3629:17, 3629:24, 3630:1, 3631:22

**RESERVE** [2] - 3568:8, 3568:9

**RESOLUTION** [1] - 3597:8

**RESOLVE** [1] - 3659:21

**RESOLVES** [1] - 3659:23

**RESPECT** [1] - 3581:12

**RESPONDING** [1] - 3565:18

**RESPONSE** [2] - 3596:23, 3647:20

**RESPONSIBILITIES** [3] - 3579:9, 3579:25, 3600:4

**RESPONSIBILITY** [5] - 3576:14, 3580:5, 3580:7, 3593:8, 3602:24

**RESPONSIBLE** [2] - 3605:19, 3658:23

**RESTATE** [1] - 3618:23

**RESTORATION** [2] - 3586:6, 3607:23

**RESULT** [4] - 3566:6, 3575:20, 3583:22, 3606:18

**RESULTS** [3] - 3599:12, 3600:3, 3662:20

**RETIRED** [2] - 3659:25, 3660:2

**RETIREMENT** [3] -

3630:22, 3631:2, 3659:5

**RETIREMENTS** [1] - 3630:24

**RETURN** [11] - 3637:18, 3638:14, 3638:23, 3643:25, 3644:17, 3646:1, 3649:10, 3649:22, 3652:10, 3652:12, 3652:15

**RETURNING** [1] - 3638:24

**REVETMENT** [1] - 3570:11

**REVIEW** [7] - 3567:25, 3577:3, 3583:6, 3624:11, 3624:13, 3624:14, 3660:24

**REVIEWED** [1] - 3624:17

**REVIEWER** [1] - 3583:11

**REVIEWERS** [1] - 3624:16

**REVIEWING** [2] - 3600:11, 3606:19

**REVIEWS** [3] - 3588:23, 3622:9, 3622:24

**RICHARD** [1] - 3562:11

**RIGHT** [89] - 3567:18, 3568:5, 3568:8, 3568:16, 3570:16, 3572:6, 3572:7, 3573:17, 3573:23, 3578:18, 3580:13, 3582:24, 3584:2, 3587:24, 3588:6, 3588:22, 3589:2, 3589:15, 3590:11, 3590:17, 3590:18, 3591:18, 3592:4, 3593:18, 3593:19, 3597:6, 3597:22, 3599:18, 3600:15, 3604:9, 3604:18, 3605:9, 3606:12, 3609:20, 3610:7, 3610:24, 3611:3, 3611:25, 3613:17, 3614:21, 3615:14, 3616:7, 3617:11, 3617:13, 3617:15, 3617:24, 3618:7, 3618:10, 3619:22, 3621:23, 3622:7, 3623:4,

3625:3, 3626:10, 3634:21, 3635:9, 3637:11, 3637:22, 3639:20, 3641:19, 3643:15, 3643:20, 3644:7, 3644:9, 3645:12, 3646:13, 3648:9, 3648:12, 3648:18, 3649:18, 3649:19, 3650:11, 3650:13, 3651:5, 3651:8, 3651:12, 3652:21, 3656:25, 3657:2, 3658:20, 3659:16, 3664:4, 3664:9

**RIGHT-HAND** [1] - 3646:13

**RIGOLETS** [1] - 3655:17

**RIP** [1] - 3649:6

**RISE** [1] - 3664:12

**RISK** [4] - 3615:1, 3620:14, 3621:12, 3621:14

**RIVER** [7] - 3607:23, 3639:10, 3648:11, 3651:10, 3659:21, 3659:23, 3659:24

**RMW** [2] - 3653:19, 3657:6

**ROBERT** [2] - 3562:1, 3633:18

**ROBIN** [1] - 3562:10

**ROBINSON** [1] - 3560:2

**ROCK** [2] - 3573:17

**ROLE** [4] - 3583:2, 3594:12, 3595:18, 3595:21, 3596:3

**ROOM** [2] - 3562:17, 3588:1

**ROUGE** [2] - 3561:10, 3561:16

**ROUGHLY** [1] - 3575:19

**ROUTINE** [1] - 3594:2

**ROUTINELY** [1] - 3593:23

**ROWS** [1] - 3642:1

**ROY** [2] - 3561:1, 3561:1

**RPR** [2] - 3562:16, 3665:14

**RULES** [1] - 3604:3

**RULING** [2] - 3568:9, 3647:12

**RUN** [6] - 3645:14, 3646:21, 3651:6,

3660:11, 3660:12
**RUNNING** [5] -
3638:17, 3646:6,
3660:9, 3660:14,
3660:15
**RUNS** [3] - 3650:25,
3651:4, 3658:23
**RUPERT** [1] - 3562:9
**RUSSO** [3] - 3563:4,
3569:12, 3570:15
**RUSSO'S** [1] -
3569:6

# S

**S** [5] - 3562:4,
3562:7, 3564:1,
3578:22, 3580:23
**S.W** [1] - 3561:12
**S1** [1] - 3642:7
**S2** [1] - 3642:8
**S3** [1] - 3642:8
**S4** [1] - 3642:8
**S5** [1] - 3642:8
**SACRAMENTO** [1] -
3614:4
**SAFE** [1] - 3625:24
**SAFETY** [5] -
3596:12, 3619:11,
3620:10, 3621:23,
3624:23
**SAFFIR** [7] -
3633:13, 3633:17,
3634:20, 3634:22,
3642:6, 3642:7
**SAFFIR-SIMPSON**
[6] - 3633:13, 3634:20,
3634:22, 3642:6,
3642:7
**SAID** [14] - 3567:3,
3570:14, 3570:21,
3571:25, 3574:23,
3582:23, 3595:21,
3599:7, 3599:10,
3642:3, 3642:5,
3654:20, 3655:14,
3658:17
**SAME** [21] - 3565:23,
3567:1, 3567:9,
3575:18, 3586:9,
3589:12, 3590:24,
3591:21, 3594:15,
3598:5, 3598:19,
3599:16, 3600:23,
3605:11, 3608:1,
3608:25, 3640:3,
3640:4, 3657:5,
3657:6, 3657:7
**SANDS** [1] - 3565:17
**SARAH** [1] - 3562:11
**SATELLITE** [4] -

3634:9, 3634:15,
3643:15, 3643:18
**SAVE** [1] - 3565:14
**SAVES** [1] - 3596:12
**SAW** [4] - 3571:18,
3577:5, 3584:22,
3647:6
**SAY** [35] - 3564:24,
3565:5, 3566:9,
3566:10, 3572:1,
3572:3, 3572:24,
3583:9, 3583:23,
3584:18, 3589:17,
3590:17, 3591:4,
3591:14, 3594:9,
3595:18, 3596:8,
3603:17, 3606:24,
3607:11, 3607:22,
3611:14, 3612:15,
3614:14, 3618:4,
3618:11, 3625:1,
3633:5, 3640:5,
3644:20, 3646:6,
3646:16, 3647:20,
3650:1, 3661:23
**SAYING** [3] -
3591:25, 3596:11,
3615:1
**SAYS** [5] - 3601:25,
3609:10, 3652:14,
3664:2, 3664:6
**SCALE** [7] - 3633:14,
3633:19, 3633:22,
3642:4, 3642:6,
3642:7, 3644:11
**SCALES** [1] -
3634:22
**SCHEDULE** [3] -
3663:24, 3664:4,
3664:7
**SCHEDULED** [1] -
3590:21
**SCIENCE** [4] -
3656:12, 3656:16,
3657:16, 3659:12
**SCIENTIFIC** [5] -
3630:17, 3631:4,
3632:10, 3641:9,
3651:22
**SCOPE** [5] -
3595:12, 3595:14,
3631:4, 3632:3,
3632:10
**SCOTT** [2] - 3627:23,
3658:11
**SCREEN** [4] -
3587:19, 3601:12,
3634:25, 3643:17
**SCRUB** [2] - 3594:6,
3594:25

**SCRUBBING** [2] -
3594:4, 3594:12
**SEA** [2] - 3639:2,
3659:18
**SEABOARD** [1] -
3638:22
**SEATED** [3] -
3564:5, 3578:20,
3626:5
**SECOND** [4] -
3635:25, 3641:9,
3644:6, 3657:15
**SECRETARY** [11] -
3586:11, 3586:20,
3587:1, 3587:18,
3588:12, 3599:9,
3606:22, 3622:22,
3623:6, 3623:15,
3625:14
**SECRETARY'S** [2] -
3586:14, 3589:17
**SECTION** [3] -
3578:4, 3578:11,
3619:22
**SEE** [33] - 3576:22,
3576:24, 3588:14,
3591:13, 3591:25,
3601:12, 3614:3,
3614:5, 3614:22,
3616:13, 3630:8,
3634:12, 3635:25,
3637:4, 3638:7,
3638:8, 3638:9,
3638:10, 3639:18,
3641:22, 3643:9,
3643:17, 3645:2,
3645:5, 3648:10,
3648:17, 3650:13,
3651:13, 3654:16,
3655:16, 3664:4,
3664:9
**SEEING** [1] - 3641:7
**SEEK** [2] - 3569:1,
3619:15
**SEEN** [8] - 3564:19,
3566:22, 3567:25,
3574:18, 3614:23,
3617:23, 3624:19,
3661:4
**SEES** [1] - 3651:14
**SELF** [1] - 3627:22
**SELF-EMPLOYED**
[1] - 3627:22
**SENATE** [8] -
3590:20, 3590:23,
3591:3, 3591:19,
3592:2, 3592:7,
3592:9, 3623:12
**SENATOR** [2] -
3592:10, 3595:21

**SENATOR'S** [1] -
3596:10
**SENATORS** [1] -
3596:5
**SEND** [8] - 3584:7,
3584:13, 3588:19,
3589:16, 3590:6,
3623:11, 3623:23,
3624:7
**SENIOR** [1] -
3630:24
**SENSE** [1] - 3656:25
**SENSITIVE** [1] -
3572:25
**SENT** [5] - 3591:5,
3592:16, 3596:18,
3604:24, 3624:9
**SEPARATE** [1] -
3618:8
**SEPARATION** [1] -
3586:19
**SEPTEMBER** [1] -
3645:18
**SEQUESTERED** [1] -
3571:20
**SEQUESTERS** [1] -
3589:1
**SEQUESTRATION**
[1] - 3577:19
**SERIES** [1] - 3593:21
**SERIOUS** [5] -
3621:1, 3621:6,
3621:8, 3621:13,
3625:16
**SERVICE** [7] -
3629:15, 3629:16,
3659:1, 3659:8,
3659:13, 3660:4,
3662:7
**SESSION** [4] -
3560:9, 3564:3,
3564:5, 3626:5
**SET** [1] - 3611:8
**SETTLE** [1] -
3646:20
**SETTLEMENT** [1] -
3566:6
**SETTLES** [1] -
3591:17
**SETTLING** [1] -
3566:7
**SEVEN** [3] - 3588:22,
3608:16, 3608:25
**SEVERAL** [3] -
3593:25, 3597:9,
3638:1
**SHACKLED** [1] -
3567:4
**SHALL** [4] - 3578:4,
3578:7, 3619:24,

3620:1
**SHALLOW** [7] -
3645:6, 3645:7,
3645:10, 3645:25,
3647:7, 3649:4,
3649:16
**SHAPE** [6] - 3627:10,
3633:10, 3649:23,
3649:25, 3650:2
**SHAPES** [1] - 3650:8
**SHE** [1] - 3623:6
**SHEET** [5] - 3591:6,
3596:1, 3596:2,
3596:15, 3619:8
**SHEETS** [6] -
3589:21, 3596:15,
3596:23, 3601:4,
3601:6, 3602:18
**SHELF** [8] - 3645:4,
3648:1, 3648:21,
3648:24, 3649:4,
3649:12, 3649:15,
3649:17
**SHERMAN** [1] -
3560:20
**SHIP** [2] - 3570:11,
3636:5
**SHIPPING** [1] -
3572:10
**SHOOT** [1] - 3582:16
**SHOP** [3] - 3597:24,
3599:4, 3599:8
**SHORE** [7] -
3565:19, 3565:23,
3620:21, 3655:23,
3656:1, 3657:22
**SHORELINE** [4] -
3644:21, 3644:23,
3650:20, 3656:2
**SHORT** [6] - 3604:9,
3629:13, 3635:19,
3637:13, 3652:12,
3660:16
**SHOULD** [9] -
3593:8, 3594:7,
3603:10, 3609:10,
3609:15, 3612:16,
3614:14, 3619:9
**SHOULDN'T** [1] -
3620:25
**SHOW** [6] - 3571:2,
3617:13, 3634:7,
3634:11, 3647:9,
3647:25
**SHOWING** [4] -
3572:14, 3606:13,
3632:17, 3650:12
**SHOWN** [3] - 3565:9,
3571:15, 3661:9
**SHOWS** [4] - 3605:9,

3606:1, 3617:11, 3645:4

**SIC** [1] - 3590:5
**SIDE** [8] - 3590:20, 3591:18, 3592:5, 3601:22, 3638:2, 3646:13, 3646:14, 3650:6
**SIGN** [1] - 3588:18
**SIGNIFICANCE** [2] - 3654:7, 3654:8
**SIGNIFICANT** [2] - 3570:6, 3602:25
**SIGNS** [2] - 3592:13, 3592:15
**SIMILAR** [8] - 3568:23, 3614:3, 3614:5, 3614:6, 3614:25, 3615:2, 3629:18, 3654:17
**SIMILARITIES** [1] - 3642:19
**SIMPLY** [3] - 3565:2, 3602:21, 3606:17
**SIMPSON** [7] - 3633:13, 3633:18, 3634:20, 3634:22, 3642:6, 3642:7
**SIMS** [1] - 3560:23
**SINCE** [15] - 3574:24, 3576:19, 3579:8, 3580:12, 3580:15, 3597:21, 3598:5, 3598:9, 3601:3, 3608:5, 3609:4, 3629:18, 3642:15, 3656:16, 3659:9
**SIR** [25] - 3568:10, 3569:25, 3571:12, 3575:14, 3576:8, 3576:17, 3577:16, 3577:18, 3578:9, 3578:21, 3581:20, 3596:11, 3618:3, 3619:22, 3625:12, 3625:21, 3625:23, 3626:6, 3626:11, 3636:8, 3641:14, 3644:15, 3658:10, 3663:17, 3663:19
**SITUATION** [7] - 3592:1, 3595:24, 3596:5, 3603:17, 3603:20, 3604:7, 3624:15
**SIX** [10] - 3588:8, 3588:22, 3632:20, 3634:9, 3638:23, 3646:16, 3653:23,

3661:16, 3661:17, 3664:8
**SIX-HOUR** [2] - 3661:16, 3661:17
**SIZE** [18] - 3574:9, 3627:8, 3631:4, 3632:10, 3632:24, 3639:13, 3639:15, 3639:18, 3640:3, 3640:9, 3640:11, 3640:17, 3642:13, 3643:5, 3643:13, 3651:22
**SL15** [2] - 3647:15
**SLIDE** [1] - 3650:17
**SLOPE** [1] - 3633:8
**SLOSH** [18] - 3628:2, 3631:22, 3631:25, 3647:19, 3658:21, 3659:8, 3659:12, 3659:15, 3659:17, 3659:19, 3660:10, 3660:19, 3660:23, 3661:25, 3662:20, 3662:23, 3662:24
**SLOWER** [1] - 3646:11
**SMALL** [2] - 3643:23, 3661:21
**SMITH** [1] - 3562:10
**SMOOTH** [1] - 3651:13
**SO** [137] - 3567:4, 3567:20, 3568:25, 3569:2, 3572:3, 3573:13, 3573:17, 3574:6, 3576:13, 3576:20, 3577:4, 3577:6, 3578:13, 3578:15, 3579:23, 3580:15, 3582:13, 3583:5, 3583:25, 3584:2, 3585:21, 3587:6, 3588:18, 3589:5, 3589:23, 3590:19, 3590:21, 3591:9, 3591:11, 3591:19, 3591:23, 3592:11, 3592:15, 3593:5, 3593:6, 3594:1, 3594:13, 3594:20, 3594:23, 3595:16, 3596:3, 3596:11, 3596:19, 3596:21, 3597:8, 3599:13, 3599:20, 3599:21, 3599:24, 3601:16, 3601:18, 3602:1, 3603:18, 3604:7, 3604:17,

3605:5, 3605:13, 3606:4, 3606:9, 3606:16, 3606:17, 3607:13, 3607:25, 3608:1, 3608:17, 3609:10, 3609:13, 3609:14, 3610:6, 3610:8, 3612:4, 3612:5, 3612:21, 3613:11, 3613:12, 3613:24, 3613:25, 3614:11, 3615:2, 3618:21, 3624:2, 3624:18, 3625:1, 3629:10, 3630:19, 3630:25, 3631:22, 3633:22, 3637:13, 3638:8, 3638:11, 3638:17, 3639:3, 3639:10, 3639:16, 3640:9, 3641:4, 3641:5, 3641:18, 3644:6, 3644:9, 3644:13, 3645:23, 3646:22, 3647:2, 3648:20, 3648:23, 3649:8, 3649:12, 3649:18, 3650:21, 3650:24, 3651:2, 3651:12, 3652:23, 3653:7, 3653:24, 3654:4, 3654:21, 3655:4, 3655:5, 3655:13, 3655:16, 3656:3, 3656:6, 3657:3, 3660:12, 3660:15, 3660:16, 3661:12, 3661:23
**SOCIAL** [1] - 3570:18
**SOJA** [1] - 3562:11
**SOLUTION** [1] - 3612:5
**SOME** [37] - 3564:8, 3565:4, 3566:13, 3569:14, 3573:13, 3576:9, 3576:20, 3577:5, 3587:17, 3587:24, 3592:15, 3592:19, 3601:9, 3607:10, 3607:12, 3607:18, 3607:20, 3607:25, 3608:2, 3609:12, 3610:12, 3611:17, 3611:19, 3614:8, 3630:23, 3630:24, 3638:2, 3639:24, 3640:2, 3650:20, 3656:3, 3656:4, 3656:25, 3660:17, 3664:6

**SOMEBODY** [3] - 3572:11, 3643:19, 3664:6
**SOMEONE** [2] - 3571:25, 3577:6
**SOMETHING** [14] - 3594:17, 3602:25, 3603:2, 3604:1, 3604:15, 3619:12, 3620:18, 3620:19, 3620:22, 3639:18, 3639:21, 3642:5, 3653:6, 3660:25
**SOMETIME** [1] - 3584:1
**SOMETIMES** [9] - 3583:20, 3583:21, 3589:4, 3592:15, 3594:16, 3601:7, 3606:25
**SOMEWHAT** [1] - 3629:18
**SOMEWHERE** [2] - 3611:16, 3639:22
**SOON** [1] - 3649:2
**SOONEST** [1] - 3612:16
**SOPHISTICATED** [1] - 3601:8
**SORRY** [12] - 3564:25, 3566:9, 3566:11, 3579:17, 3580:11, 3596:4, 3598:8, 3605:17, 3621:16, 3631:11, 3643:22, 3662:13
**SORT** [5] - 3589:1, 3599:12, 3605:14, 3622:24, 3625:2
**SOUND** [3] - 3645:10, 3650:10
**SOUNDS** [3] - 3599:3, 3615:23, 3663:7
**SOURCE** [1] - 3638:17
**SOURCES** [1] - 3662:8
**SOUTH** [12] - 3560:13, 3565:19, 3565:23, 3580:2, 3593:25, 3594:1, 3628:22, 3645:15, 3655:23, 3655:25, 3656:1, 3657:22
**SOUTHEAST** [17] - 3634:24, 3637:24, 3638:19, 3641:22, 3642:23, 3645:13, 3647:7, 3647:24,

3648:1, 3648:13, 3649:3, 3649:13, 3650:14, 3652:4, 3654:22, 3657:2, 3658:1
**SOUTHEASTERN** [1] - 3627:10
**SOUTHERN** [2] - 3635:13, 3648:16
**SOUTHWESTERN** [1] - 3580:18
**SPEAK** [5] - 3605:5, 3606:16, 3612:5, 3613:11, 3614:11
**SPEAKING** [1] - 3613:1
**SPEARHEAD** [1] - 3630:19
**SPECIALIST** [1] - 3658:24
**SPECIALIZED** [1] - 3628:19
**SPECIES** [1] - 3607:24
**SPECIFIC** [5] - 3588:13, 3624:6, 3624:25, 3627:25, 3631:21
**SPECIFICALLY** [8] - 3575:14, 3576:7, 3580:9, 3590:13, 3596:10, 3607:19, 3617:25, 3639:5
**SPECULATION** [1] - 3618:17
**SPEED** [23] - 3627:9, 3632:23, 3633:3, 3634:5, 3636:25, 3637:1, 3639:8, 3640:7, 3641:4, 3641:8, 3644:9, 3646:1, 3646:2, 3646:11, 3646:24, 3646:25, 3647:2, 3653:23, 3653:25, 3654:19, 3654:22, 3657:15
**SPEEDS** [4] - 3633:25, 3637:3, 3639:3, 3654:19
**SPELL** [2] - 3578:21, 3626:15
**SPELLED** [1] - 3626:17
**SPEND** [4] - 3567:2, 3567:4, 3583:13, 3620:23
**SPENDING** [1] - 3580:20
**SPH** [8] - 3654:24,

3655:1, 3655:4, 3655:7, 3655:20, 3655:25, 3656:7

**SPOIL** [1] - 3564:12

**SPOKE** [1] - 3566:24

**SPREAD** [1] - 3612:15

**SPREADSHEET** [10] - 3584:20, 3585:2, 3585:6, 3600:19, 3600:24, 3603:5, 3608:10, 3613:5, 3616:3, 3618:8

**SPREADSHEETS** [6] - 3584:24, 3601:2, 3613:5, 3617:9, 3624:6

**SPRING** [1] - 3584:8

**SPRINGS** [1] - 3561:13

**SQUARE** [1] - 3575:24

**SQUARED** [3] - 3641:2, 3641:4

**SQUEEZED** [1] - 3564:13

**SR** [1] - 3562:11

**ST** [9] - 3560:17, 3560:20, 3561:2, 3561:5, 3561:23, 3565:17, 3614:6, 3621:13

**STAFF** [12] - 3586:14, 3586:15, 3588:22, 3589:17, 3591:10, 3591:13, 3596:20, 3622:24, 3623:1, 3660:13, 3660:15

**STAGE** [2] - 3634:20, 3634:21

**STAND** [2] - 3653:10, 3653:19

**STANDARD** [11] - 3573:4, 3651:19, 3651:23, 3652:3, 3652:5, 3652:6, 3652:19, 3654:9, 3654:15, 3654:18, 3657:24

**STANDING** [1] - 3622:1

**STANDS** [7] - 3574:15, 3609:23, 3637:4, 3653:14, 3653:22, 3659:16, 3659:17

**STANWOOD** [1] - 3560:8

**START** [8] - 3581:15,

3589:18, 3589:20, 3629:10, 3637:12, 3641:6, 3650:22, 3663:24

**STARTED** [6] - 3629:3, 3636:10, 3638:2, 3658:17, 3658:20, 3660:15

**STARTING** [4] - 3577:3, 3630:7, 3658:19, 3660:15

**STATE** [9] - 3578:5, 3578:20, 3613:11, 3619:25, 3626:14, 3628:14, 3628:17, 3648:8, 3659:12

**STATED** [1] - 3663:6

**STATES** [18] - 3560:1, 3560:5, 3560:8, 3577:23, 3578:8, 3578:11, 3583:3, 3616:12, 3619:23, 3620:4, 3626:8, 3627:5, 3632:15, 3639:17, 3641:10, 3650:7, 3665:6

**STATING** [1] - 3652:7

**STATION** [1] - 3562:13

**STATISTICAL** [1] - 3654:4

**STATISTICS** [1] - 3653:6

**STAY** [3] - 3577:19, 3586:18, 3649:10

**STAYED** [1] - 3643:3

**STEAMSHIP** [1] - 3572:11

**STENOGRAPHY** [1] - 3562:20

**STEP** [3] - 3577:18, 3587:14, 3663:19

**STEVEN** [1] - 3660:8

**STEVENS** [4] - 3561:18, 3561:18, 3565:17, 3592:10

**STEVENS'** [2] - 3565:18, 3595:21

**STICKING** [1] - 3650:6

**STICKS** [1] - 3648:11

**STILL** [9] - 3598:6, 3598:10, 3600:22, 3605:11, 3607:17, 3614:10, 3636:2, 3645:16

**STIPULATE** [1] - 3627:24

**STIPULATED** [1] - 3631:11

**STIPULATION** [1] - 3631:9

**STONE** [1] - 3562:11

**STOP** [1] - 3582:22

**STOPPED** [1] - 3651:6

**STORM** [90] - 3626:23, 3626:24, 3627:1, 3627:4, 3627:7, 3627:19, 3628:1, 3628:2, 3630:12, 3630:16, 3630:17, 3631:18, 3631:21, 3631:22, 3631:23, 3631:25, 3632:3, 3632:15, 3632:18, 3632:21, 3634:5, 3634:21, 3635:12, 3635:18, 3636:7, 3637:7, 3637:13, 3637:17, 3638:3, 3638:4, 3638:25, 3639:1, 3639:4, 3639:5, 3639:14, 3639:19, 3640:5, 3640:7, 3640:11, 3640:12, 3640:21, 3640:23, 3641:2, 3641:3, 3641:5, 3642:16, 3644:19, 3645:1, 3645:23, 3646:2, 3646:7, 3646:8, 3646:9, 3646:10, 3646:23, 3646:24, 3647:3, 3647:5, 3647:18, 3648:14, 3648:22, 3648:23, 3649:1, 3649:13, 3649:16, 3649:24, 3650:5, 3650:14, 3651:16, 3651:23, 3652:2, 3653:23, 3654:12, 3654:23, 3655:4, 3655:5, 3656:11, 3657:12, 3658:18, 3658:22, 3659:4, 3660:5, 3660:8, 3660:9, 3661:19, 3662:2

**STORM'S** [1] - 3644:18

**STORMS** [4] - 3640:2, 3640:10, 3642:11

**STRAIGHT** [3] - 3644:22, 3650:2, 3650:3

**STIPULATED** [1] - 3631:11

**STREAM** [1] - 3648:20

**STREET** [5] - 3560:13, 3561:9, 3561:16, 3562:2, 3562:17

**STRESS** [3] - 3641:3, 3646:14

**STRIKE** [2] - 3580:11, 3598:22

**STRIKES** [1] - 3625:17

**STRIP** [2] - 3594:14, 3595:3

**STRONG** [2] - 3637:11, 3639:11

**STRONGEST** [1] - 3639:25

**STRUCTURES** [1] - 3652:9

**STUDIED** [1] - 3660:22

**STUDIES** [4] - 3599:21, 3600:8, 3628:16, 3645:14

**STUDY** [10] - 3570:10, 3580:10, 3608:18, 3620:15, 3620:17, 3620:18, 3628:24, 3644:2, 3656:10, 3657:3

**STUDYING** [2] - 3620:23, 3658:18

**STUFF** [2] - 3568:17, 3611:20

**SUBBRANCH** [1] - 3629:15

**SUBCOMMITTEE** [3] - 3590:11, 3593:22, 3596:7

**SUBJECT** [3] - 3568:20, 3580:23, 3582:5

**SUBMISSION** [4] - 3571:4, 3584:5, 3588:23, 3590:7

**SUBMISSIONS** [1] - 3588:25

**SUBMIT** [2] - 3575:16, 3590:9

**SUBMITS** [2] - 3584:10, 3595:15

**SUBMITTED** [3] - 3571:3, 3571:7, 3600:11

**SUBMITTING** [1] - 3615:16

**SUBORDINATE** [2] - 3594:10, 3606:6

**SUBROGATED** [1] -

3561:22

**SUBSTANTIAL** [1] - 3577:9

**SUBTRACTED** [2] - 3612:9

**SUCH** [5] - 3572:25, 3578:6, 3589:8, 3616:6, 3620:1

**SUFFER** [1] - 3614:8

**SUGGEST** [1] - 3589:14

**SUGGESTED** [2] - 3566:14, 3652:10

**SUGGESTIONS** [1] - 3586:17

**SUITE** [4] - 3560:14, 3560:23, 3561:5, 3562:2

**SUM** [3] - 3610:3, 3641:15, 3641:16

**SUMMARIZE** [1] - 3606:24

**SUMMERTIME** [1] - 3645:18

**SUNK** [2] - 3609:12, 3609:14

**SUPPLEMENTAL** [1] - 3604:11

**SUPPLY** [1] - 3586:6

**SUPPORT** [1] - 3596:17

**SUPPOSE** [1] - 3588:20

**SURE** [17] - 3567:11, 3569:4, 3571:13, 3571:17, 3576:8, 3577:9, 3582:1, 3592:11, 3592:23, 3594:12, 3594:15, 3603:15, 3618:2, 3623:3, 3652:14, 3658:23, 3661:21

**SURFACE** [2] - 3636:25, 3639:2

**SURGE** [73] - 3626:23, 3626:24, 3627:1, 3627:4, 3627:8, 3627:20, 3628:1, 3628:2, 3630:13, 3630:16, 3630:18, 3631:18, 3631:21, 3631:22, 3631:23, 3632:1, 3632:3, 3632:15, 3632:18, 3632:21, 3634:5, 3638:24, 3638:25, 3639:1, 3639:4, 3639:6, 3639:14, 3640:7, 3640:11, 3640:23,

3641:2, 3641:4,
3641:5, 3642:14,
3642:16, 3644:19,
3645:1, 3645:23,
3646:2, 3646:7,
3646:9, 3646:10,
3646:23, 3646:24,
3647:3, 3647:5,
3647:18, 3648:14,
3649:13, 3649:16,
3649:24, 3650:5,
3651:23, 3652:2,
3653:23, 3654:12,
3655:4, 3656:11,
3657:23, 3658:18,
3658:22, 3658:24,
3659:4, 3659:9,
3660:5, 3660:8,
3660:9, 3661:19,
3662:2, 3663:4
  **SURGES** [7] -
3648:22, 3648:23,
3649:2, 3649:21,
3650:14, 3651:16,
3659:18
  **SURROUNDING** [1] -
3648:13
  **SUSTAINED** [7] -
3574:21, 3636:25,
3638:11, 3639:8,
3640:6, 3644:5,
3654:3
  **SWITCH** [1] -
3651:19
  **SWORN** [2] -
3578:19, 3626:12
  **SYSTEM** [7] -
3571:4, 3625:8,
3633:4, 3641:10,
3641:11, 3651:4,
3651:6
  **SYSTEMS** [4] -
3584:9, 3651:4,
3651:10, 3657:8

---

**T**

  **T** [3] - 3561:22,
3653:22, 3653:24
  **T'S** [1] - 3605:2
  **TABLE** [12] -
3615:10, 3615:25,
3653:9, 3654:13,
3654:23, 3656:5,
3656:6, 3656:7,
3656:21, 3656:22,
3657:12
  **TABLES** [2] -
3583:22, 3623:23
  **TAHEERAH** [1] -
3562:6

  **TAKE** [20] - 3581:15,
3584:11, 3584:22,
3585:8, 3585:12,
3585:16, 3586:22,
3587:19, 3595:2,
3601:9, 3604:2,
3604:10, 3612:12,
3614:21, 3616:21,
3626:1, 3643:21,
3643:23, 3644:4,
3663:22
  **TAKEN** [2] - 3626:3,
3664:13
  **TAKES** [8] - 3585:7,
3585:14, 3595:21,
3605:2, 3606:6,
3606:14, 3649:5
  **TAKING** [2] -
3590:10, 3622:13
  **TALK** [4] - 3588:4,
3594:3, 3598:13,
3601:9
  **TALKED** [5] -
3572:9, 3596:4,
3597:20, 3602:14,
3622:2
  **TALKING** [8] -
3573:14, 3597:2,
3599:5, 3604:21,
3610:23, 3621:14,
3638:12, 3646:15
  **TALLAHASSEE** [1] -
3628:14
  **TAPERED** [1] -
3646:18
  **TARGET** [13] -
3582:13, 3582:15,
3583:12, 3588:9,
3588:14, 3588:16,
3588:19, 3589:2,
3589:3, 3606:16,
3606:20, 3612:23,
3614:13
  **TARGETS** [1] -
3612:21
  **TAXPAYER** [1] -
3616:12
  **TECHNICAL** [1] -
3621:22
  **TECHNIQUE** [3] -
3656:9, 3656:18,
3657:16
  **TECHNIQUES** [1] -
3630:6
  **TECHNOLOGY** [1] -
3656:12
  **TELL** [20] - 3567:17,
3569:17, 3570:24,
3583:17, 3583:25,
3586:1, 3590:1,

3594:18, 3599:4,
3601:11, 3607:10,
3616:2, 3617:10,
3619:18, 3624:18,
3625:15, 3635:24,
3642:13, 3653:3,
3659:16
  **TELLING** [3] -
3572:10, 3573:8,
3603:21
  **TELLS** [2] - 3602:11,
3603:8
  **TEN** [7] - 3593:6,
3593:16, 3612:21,
3640:5, 3646:6,
3646:7, 3654:4
  **TEN-FOOT** [1] -
3646:7
  **TEN-YEAR** [1] -
3612:21
  **TEND** [1] - 3650:1
  **TENDER** [3] -
3568:14, 3631:13,
3631:17
  **TENDERED** [2] -
3631:8, 3632:5
  **TENTATIVE** [1] -
3664:4
  **TENTATIVELY** [1] -
3604:15
  **TERM** [6] - 3584:18,
3586:1, 3593:1,
3594:4, 3608:5,
3621:6
  **TERMS** [6] -
3591:21, 3597:2,
3597:20, 3608:10,
3641:3, 3643:5
  **TERRAIN** [3] -
3638:8, 3638:9,
3650:20
  **TESTIFIED** [18] -
3567:8, 3574:12,
3578:19, 3583:12,
3583:17, 3585:1,
3587:9, 3593:15,
3599:16, 3600:18,
3605:24, 3612:25,
3613:16, 3617:23,
3618:17, 3620:8,
3626:12, 3647:17
  **TESTIFY** [6] -
3578:1, 3582:6,
3625:8, 3627:7,
3631:24, 3663:12
  **TESTIFYING** [2] -
3590:11, 3590:19
  **TESTIMONY** [20] -
3565:13, 3566:24,
3567:12, 3567:13,

3569:6, 3571:15,
3571:18, 3574:17,
3578:2, 3578:13,
3582:3, 3590:20,
3598:15, 3621:7,
3627:6, 3632:3,
3658:16, 3662:1,
3662:2, 3662:5
  **TEXAS** [2] - 3627:2,
3649:4
  **THAN** [21] - 3567:19,
3567:23, 3568:12,
3596:20, 3599:14,
3609:11, 3609:18,
3609:22, 3624:16,
3624:17, 3634:2,
3639:3, 3646:10,
3653:6, 3654:15,
3654:18, 3654:19,
3655:21, 3656:6,
3656:24, 3657:4
  **THANK** [31] -
3566:16, 3568:11,
3569:8, 3577:16,
3577:18, 3579:20,
3599:1, 3601:15,
3604:19, 3611:25,
3612:1, 3615:18,
3615:20, 3619:5,
3625:20, 3625:21,
3625:23, 3625:25,
3626:9, 3628:4,
3635:3, 3636:7,
3648:4, 3658:5,
3658:7, 3663:15,
3663:17, 3663:19,
3663:21, 3664:10,
3664:11
  **THAT** [577] - 3564:8,
3564:12, 3564:16,
3564:21, 3564:24,
3565:23, 3566:1,
3566:2, 3566:8,
3566:17, 3566:22,
3566:24, 3566:25,
3567:8, 3567:17,
3567:24, 3567:25,
3568:2, 3568:3,
3568:4, 3568:5,
3568:9, 3568:10,
3568:12, 3568:13,
3569:2, 3569:13,
3569:16, 3569:20,
3569:25, 3570:5,
3570:7, 3570:11,
3570:14, 3570:18,
3570:22, 3571:5,
3571:10, 3571:17,
3572:4, 3572:7,
3572:8, 3572:11,
3572:15, 3572:16,

3572:18, 3572:19,
3572:21, 3572:24,
3573:5, 3573:6,
3573:8, 3573:10,
3573:20, 3573:23,
3574:2, 3574:4,
3574:6, 3574:7,
3574:9, 3574:10,
3574:13, 3574:17,
3574:23, 3574:24,
3575:2, 3575:3,
3575:11, 3575:14,
3575:15, 3575:17,
3575:19, 3575:23,
3575:25, 3576:1,
3576:2, 3576:5,
3576:9, 3576:11,
3576:25, 3577:2,
3577:4, 3577:5,
3577:6, 3577:8,
3577:9, 3577:11,
3578:10, 3578:13,
3579:7, 3579:8,
3579:13, 3579:14,
3579:20, 3579:25,
3580:3, 3580:7,
3580:8, 3580:9,
3580:11, 3580:13,
3580:14, 3580:15,
3580:17, 3580:18,
3580:20, 3580:23,
3581:7, 3581:12,
3581:14, 3581:15,
3581:18, 3582:5,
3582:11, 3582:14,
3582:16, 3582:17,
3582:18, 3582:21,
3582:25, 3583:7,
3583:12, 3583:13,
3583:19, 3583:22,
3583:23, 3583:25,
3584:3, 3584:6,
3584:7, 3584:18,
3584:20, 3584:22,
3584:24, 3585:1,
3585:2, 3585:7,
3585:21, 3585:24,
3586:9, 3586:15,
3587:1, 3587:6,
3587:7, 3587:9,
3587:12, 3587:14,
3587:18, 3587:21,
3588:9, 3588:11,
3588:14, 3588:18,
3588:19, 3588:22,
3589:5, 3589:9,
3589:13, 3589:15,
3589:21, 3590:1,
3590:6, 3590:21,
3590:25, 3591:5,
3591:10, 3591:18,

3591:24, 3591:25, 3592:11, 3592:16, 3592:18, 3592:19, 3592:20, 3592:24, 3593:2, 3593:3, 3593:8, 3593:9, 3593:11, 3593:15, 3593:18, 3593:19, 3593:21, 3593:24, 3594:3, 3594:4, 3594:12, 3594:15, 3594:16, 3594:17, 3594:20, 3594:25, 3595:3, 3595:12, 3595:15, 3595:18, 3595:24, 3595:25, 3596:2, 3596:4, 3596:9, 3596:19, 3596:22, 3597:7, 3597:9, 3597:22, 3597:25, 3598:11, 3598:12, 3598:13, 3598:16, 3598:19, 3599:3, 3599:5, 3599:6, 3599:9, 3599:10, 3599:12, 3599:13, 3599:21, 3599:24, 3600:1, 3600:8, 3600:15, 3600:18, 3600:19, 3601:2, 3601:8, 3601:10, 3601:15, 3601:21, 3601:25, 3602:1, 3602:6, 3602:10, 3602:12, 3602:14, 3602:15, 3602:16, 3602:21, 3603:1, 3603:2, 3603:4, 3603:5, 3603:8, 3603:13, 3603:18, 3603:20, 3604:3, 3604:4, 3604:7, 3604:9, 3604:10, 3604:11, 3604:14, 3604:15, 3605:3, 3605:6, 3605:10, 3605:12, 3605:13, 3605:19, 3605:22, 3605:24, 3606:1, 3606:4, 3606:9, 3606:13, 3606:15, 3606:16, 3606:18, 3606:20, 3606:22, 3606:24, 3607:6, 3607:7, 3607:8, 3607:9, 3607:10, 3607:11, 3607:16, 3607:18, 3607:19, 3608:6, 3608:8, 3608:14, 3608:15, 3608:19,

3608:24, 3609:3, 3609:4, 3609:9, 3609:10, 3609:15, 3609:17, 3609:18, 3609:19, 3609:21, 3609:24, 3609:25, 3610:1, 3610:3, 3610:4, 3610:6, 3610:9, 3610:12, 3610:17, 3610:21, 3610:24, 3611:4, 3611:5, 3611:15, 3611:16, 3611:24, 3612:4, 3612:5, 3612:13, 3612:14, 3612:15, 3612:18, 3612:25, 3613:13, 3613:16, 3613:17, 3613:19, 3613:22, 3613:23, 3614:12, 3614:13, 3614:18, 3615:11, 3615:24, 3616:6, 3617:2, 3617:5, 3617:11, 3617:12, 3618:4, 3618:10, 3618:13, 3618:20, 3618:21, 3619:1, 3619:3, 3619:6, 3619:7, 3619:10, 3620:3, 3620:5, 3620:9, 3620:18, 3620:22, 3621:1, 3621:8, 3621:17, 3622:4, 3622:15, 3622:17, 3622:24, 3623:1, 3623:4, 3623:6, 3623:9, 3623:15, 3623:16, 3623:21, 3624:2, 3624:4, 3624:7, 3624:12, 3624:14, 3624:15, 3627:7, 3627:24, 3628:3, 3628:20, 3628:24, 3629:4, 3629:7, 3629:12, 3629:23, 3630:4, 3630:8, 3630:25, 3631:3, 3631:20, 3631:23, 3631:25, 3632:9, 3632:13, 3632:14, 3632:20, 3632:23, 3633:21, 3634:1, 3634:9, 3634:12, 3634:15, 3635:8, 3635:9, 3636:11, 3636:13, 3636:17, 3636:19, 3637:6, 3637:9, 3637:13, 3637:14, 3637:16, 3638:3,

3638:8, 3639:17, 3639:18, 3639:19, 3639:25, 3640:2, 3640:3, 3640:5, 3640:22, 3641:1, 3641:3, 3641:5, 3641:22, 3642:2, 3642:11, 3642:16, 3643:9, 3644:2, 3644:3, 3644:4, 3644:5, 3644:11, 3645:19, 3646:12, 3646:14, 3646:21, 3646:22, 3647:3, 3647:15, 3647:16, 3647:17, 3648:12, 3648:17, 3648:21, 3648:25, 3650:2, 3650:16, 3650:21, 3650:24, 3650:25, 3651:8, 3651:10, 3651:13, 3651:21, 3652:1, 3652:7, 3652:8, 3652:10, 3652:12, 3652:13, 3652:15, 3652:18, 3652:19, 3652:22, 3652:23, 3652:24, 3653:8, 3653:16, 3653:19, 3653:23, 3653:24, 3653:25, 3654:11, 3654:14, 3654:17, 3654:19, 3655:2, 3655:3, 3655:18, 3655:21, 3656:9, 3656:12, 3656:13, 3656:14, 3656:16, 3656:17, 3657:1, 3657:3, 3657:4, 3657:14, 3657:16, 3657:21, 3657:23, 3658:17, 3658:19, 3658:22, 3658:23, 3658:25, 3659:4, 3659:5, 3659:7, 3659:10, 3659:14, 3659:19, 3659:22, 3660:5, 3660:7, 3660:9, 3660:19, 3660:21, 3661:5, 3661:6, 3661:9, 3661:10, 3661:14, 3661:16, 3661:21, 3661:24, 3662:2, 3662:11, 3662:14, 3662:19, 3663:3, 3663:4, 3663:7, 3663:13, 3664:2, 3664:8, 3665:8, **THAT'S** [64] -

3564:11, 3564:13, 3564:19, 3567:2, 3567:15, 3569:16, 3570:20, 3570:21, 3572:6, 3572:20, 3572:24, 3573:9, 3574:1, 3574:25, 3576:16, 3577:15, 3587:6, 3587:9, 3588:6, 3594:1, 3595:6, 3598:23, 3600:22, 3601:15, 3603:23, 3603:24, 3604:9, 3604:18, 3604:23, 3607:9, 3608:8, 3608:14, 3608:19, 3610:15, 3611:25, 3612:11, 3612:25, 3613:10, 3613:12, 3614:20, 3623:1, 3640:17, 3644:6, 3645:6, 3646:11, 3646:17, 3649:7, 3649:20, 3650:21, 3652:25, 3655:11, 3658:20, 3659:6, 3659:11, 3660:6, 3661:7, 3662:18, 3663:1, 3663:6, 3663:9, 3663:14, 3664:3, 3664:4

**THE** [1619] - 3560:8, 3560:12, 3560:19, 3561:4, 3561:22, 3562:4, 3563:2, 3564:5, 3564:6, 3564:7, 3564:9, 3564:11, 3564:12, 3564:13, 3564:16, 3564:18, 3564:21, 3564:22, 3565:1, 3565:5, 3565:7, 3565:9, 3565:11, 3565:13, 3565:19, 3565:21, 3565:22, 3565:23, 3566:1, 3566:2, 3566:4, 3566:5, 3566:12, 3566:14, 3566:17, 3566:19, 3566:21, 3566:23, 3566:24, 3566:25, 3567:1, 3567:3, 3567:5, 3567:9, 3567:11, 3567:12, 3567:17, 3567:21, 3568:2, 3568:6, 3568:7, 3568:8, 3568:12, 3568:14, 3568:16, 3568:17, 3568:19,

3568:20, 3568:21, 3568:22, 3568:24, 3569:4, 3569:5, 3569:7, 3569:12, 3569:15, 3569:16, 3569:17, 3569:21, 3569:22, 3569:24, 3570:3, 3570:5, 3570:10, 3570:14, 3570:17, 3570:22, 3570:24, 3571:2, 3571:3, 3571:7, 3571:10, 3571:13, 3571:22, 3571:25, 3572:1, 3572:7, 3572:10, 3572:11, 3572:18, 3572:19, 3572:22, 3573:2, 3573:3, 3573:4, 3573:6, 3573:10, 3573:11, 3573:16, 3574:5, 3574:6, 3574:7, 3574:8, 3574:12, 3574:14, 3574:15, 3574:18, 3574:19, 3574:20, 3574:25, 3575:11, 3575:15, 3575:16, 3575:19, 3575:23, 3575:25, 3576:3, 3576:4, 3576:7, 3576:9, 3576:11, 3576:12, 3576:14, 3576:19, 3576:21, 3576:24, 3576:25, 3577:2, 3577:4, 3577:11, 3577:16, 3577:18, 3577:23, 3577:25, 3578:1, 3578:2, 3578:3, 3578:4, 3578:5, 3578:8, 3578:9, 3578:10, 3578:11, 3578:13, 3578:15, 3578:17, 3578:18, 3578:20, 3578:21, 3578:22, 3579:1, 3579:2, 3579:3, 3579:4, 3579:5, 3579:6, 3579:9, 3579:11, 3579:12, 3579:13, 3579:15, 3579:16, 3579:18, 3579:20, 3579:23, 3580:1, 3580:2, 3580:5, 3580:7, 3580:8, 3580:9, 3580:10, 3580:18, 3580:19, 3580:20, 3580:22, 3580:23, 3580:25, 3581:1,

| | | | | |
|---|---|---|---|---|
| 3581:4, 3581:5, | 3591:7, 3591:9, | 3601:18, 3601:20, | 3610:23, 3611:1, | 3622:1, 3622:2, |
| 3581:7, 3581:8, | 3591:13, 3591:14, | 3601:22, 3602:1, | 3611:2, 3611:6, | 3622:4, 3622:6, |
| 3581:9, 3581:11, | 3591:19, 3591:21, | 3602:2, 3602:5, | 3611:9, 3611:10, | 3622:9, 3622:10, |
| 3581:13, 3581:15, | 3591:22, 3591:23, | 3602:6, 3602:9, | 3611:11, 3611:12, | 3622:12, 3622:14, |
| 3581:18, 3581:20, | 3592:1, 3592:2, | 3602:10, 3602:11, | 3611:13, 3611:14, | 3622:17, 3622:18, |
| 3581:21, 3581:25, | 3592:5, 3592:6, | 3602:14, 3602:15, | 3611:16, 3611:18, | 3622:19, 3622:21, |
| 3582:1, 3582:3, | 3592:7, 3592:8, | 3602:17, 3602:18, | 3611:19, 3611:20, | 3622:22, 3622:24, |
| 3582:5, 3582:8, | 3592:9, 3592:10, | 3602:19, 3602:20, | 3611:21, 3611:22, | 3623:4, 3623:6, |
| 3582:10, 3582:13, | 3592:11, 3592:13, | 3602:24, 3602:25, | 3611:23, 3611:24, | 3623:7, 3623:9, |
| 3582:15, 3582:19, | 3592:17, 3592:18, | 3603:1, 3603:4, | 3612:3, 3612:4, | 3623:11, 3623:15, |
| 3582:20, 3583:1, | 3592:21, 3592:24, | 3603:5, 3603:6, | 3612:6, 3612:7, | 3623:16, 3623:17, |
| 3583:2, 3583:3, | 3593:1, 3593:3, | 3603:8, 3603:10, | 3612:8, 3612:9, | 3623:23, 3623:25, |
| 3583:4, 3583:6, | 3593:4, 3593:6, | 3603:15, 3603:18, | 3612:10, 3612:11, | 3624:1, 3624:2, |
| 3583:9, 3583:10, | 3593:7, 3593:8, | 3603:20, 3603:23, | 3612:13, 3612:15, | 3624:4, 3624:5, |
| 3583:11, 3583:12, | 3593:11, 3593:12, | 3604:2, 3604:5, | 3612:18, 3612:20, | 3624:6, 3624:8, |
| 3583:13, 3583:16, | 3593:15, 3593:17, | 3604:7, 3604:12, | 3612:22, 3612:23, | 3624:9, 3624:11, |
| 3583:22, 3583:24, | 3593:20, 3593:22, | 3604:13, 3604:14, | 3612:25, 3613:1, | 3624:12, 3624:15, |
| 3583:25, 3584:4, | 3593:25, 3594:4, | 3604:16, 3604:17, | 3613:3, 3613:4, | 3624:17, 3624:18, |
| 3584:7, 3584:8, | 3594:6, 3594:7, | 3604:18, 3604:19, | 3613:5, 3613:7, | 3624:19, 3624:20, |
| 3584:9, 3584:10, | 3594:10, 3594:13, | 3604:23, 3604:24, | 3613:8, 3613:10, | 3624:24, 3624:25, |
| 3584:14, 3584:18, | 3594:15, 3594:16, | 3604:25, 3605:1, | 3613:12, 3613:16, | 3625:4, 3625:9, |
| 3584:21, 3584:23, | 3594:20, 3594:23, | 3605:2, 3605:4, | 3613:17, 3613:19, | 3625:13, 3625:14, |
| 3585:1, 3585:3, | 3594:24, 3594:25, | 3605:6, 3605:7, | 3613:23, 3614:2, | 3625:16, 3625:21, |
| 3585:4, 3585:5, | 3595:6, 3595:12, | 3605:8, 3605:10, | 3614:4, 3614:5, | 3625:23, 3625:25, |
| 3585:7, 3585:8, | 3595:14, 3595:16, | 3605:11, 3605:14, | 3614:10, 3614:11, | 3626:1, 3626:5, |
| 3585:10, 3585:14, | 3595:24, 3595:25, | 3605:15, 3605:24, | 3614:12, 3614:13, | 3626:6, 3626:7, |
| 3585:15, 3585:16, | 3596:1, 3596:7, | 3606:1, 3606:3, | 3614:16, 3614:18, | 3626:8, 3626:9, |
| 3585:17, 3585:19, | 3596:13, 3596:14, | 3606:4, 3606:5, | 3614:20, 3614:24, | 3626:10, 3626:14, |
| 3585:22, 3585:23, | 3596:17, 3596:18, | 3606:8, 3606:9, | 3614:25, 3615:4, | 3626:15, 3626:16, |
| 3586:1, 3586:3, | 3596:19, 3596:20, | 3606:15, 3606:16, | 3615:9, 3615:10, | 3626:17, 3626:18, |
| 3586:4, 3586:9, | 3596:21, 3596:24, | 3606:18, 3606:19, | 3615:12, 3615:15, | 3626:20, 3626:21, |
| 3586:11, 3586:13, | 3597:1, 3597:4, | 3606:20, 3606:21, | 3615:20, 3615:24, | 3626:23, 3626:25, |
| 3586:14, 3586:15, | 3597:5, 3597:10, | 3606:22, 3606:24, | 3615:25, 3616:2, | 3627:1, 3627:3, |
| 3586:19, 3586:20, | 3597:11, 3597:12, | 3606:25, 3607:2, | 3616:4, 3616:5, | 3627:5, 3627:6, |
| 3586:21, 3586:22, | 3597:13, 3597:15, | 3607:3, 3607:4, | 3616:6, 3616:12, | 3627:8, 3627:9, |
| 3586:24, 3587:1, | 3597:20, 3597:23, | 3607:6, 3607:7, | 3616:15, 3617:2, | 3627:16, 3627:23, |
| 3587:5, 3587:9, | 3597:24, 3597:25, | 3607:8, 3607:18, | 3617:9, 3617:11, | 3627:25, 3628:1, |
| 3587:14, 3587:15, | 3598:2, 3598:3, | 3607:19, 3607:22, | 3617:12, 3617:13, | 3628:2, 3628:3, |
| 3587:16, 3587:17, | 3598:4, 3598:5, | 3607:24, 3608:1, | 3617:15, 3617:17, | 3628:6, 3628:10, |
| 3587:18, 3587:19, | 3598:10, 3598:14, | 3608:4, 3608:5, | 3617:18, 3617:21, | 3628:18, 3628:20, |
| 3587:20, 3588:1, | 3598:15, 3598:16, | 3608:6, 3608:8, | 3617:24, 3618:2, | 3628:21, 3628:22, |
| 3588:3, 3588:9, | 3598:17, 3598:18, | 3608:9, 3608:14, | 3618:4, 3618:7, | 3628:23, 3628:24, |
| 3588:12, 3588:13, | 3598:19, 3598:25, | 3608:15, 3608:16, | 3618:8, 3618:11, | 3628:25, 3629:3, |
| 3588:14, 3588:15, | 3599:4, 3599:6, | 3608:18, 3608:19, | 3618:13, 3618:15, | 3629:4, 3629:8, |
| 3588:16, 3588:17, | 3599:8, 3599:9, | 3608:22, 3608:23, | 3618:17, 3618:18, | 3629:9, 3629:10, |
| 3588:18, 3588:19, | 3599:11, 3599:15, | 3608:24, 3608:25, | 3618:19, 3618:20, | 3629:11, 3629:12, |
| 3588:21, 3589:2, | 3599:16, 3599:17, | 3609:1, 3609:3, | 3618:24, 3619:1, | 3629:14, 3629:15, |
| 3589:5, 3589:6, | 3599:20, 3599:21, | 3609:4, 3609:5, | 3619:2, 3619:3, | 3629:16, 3629:17, |
| 3589:8, 3589:11, | 3599:23, 3599:24, | 3609:7, 3609:8, | 3619:4, 3619:5, | 3629:21, 3629:22, |
| 3589:12, 3589:13, | 3600:1, 3600:2, | 3609:9, 3609:11, | 3619:6, 3619:8, | 3629:23, 3630:1, |
| 3589:17, 3589:18, | 3600:4, 3600:6, | 3609:13, 3609:14, | 3619:10, 3619:12, | 3630:2, 3630:3, |
| 3589:19, 3589:21, | 3600:7, 3600:9, | 3609:15, 3609:18, | 3619:19, 3619:21, | 3630:4, 3630:8, |
| 3589:23, 3590:1, | 3600:11, 3600:17, | 3609:19, 3609:20, | 3619:22, 3619:24, | 3630:10, 3630:14, |
| 3590:2, 3590:4, | 3600:18, 3600:19, | 3609:22, 3609:23, | 3619:25, 3620:4, | 3630:15, 3630:16, |
| 3590:6, 3590:7, | 3600:20, 3600:21, | 3609:24, 3610:1, | 3620:6, 3620:8, | 3630:17, 3630:18, |
| 3590:9, 3590:10, | 3600:22, 3600:23, | 3610:2, 3610:4, | 3620:13, 3620:14, | 3630:19, 3630:20, |
| 3590:11, 3590:13, | 3601:3, 3601:4, | 3610:11, 3610:13, | 3621:1, 3621:6, | 3630:21, 3630:23, |
| 3590:14, 3590:20, | 3601:6, 3601:7, | 3610:14, 3610:15, | 3621:7, 3621:10, | 3630:25, 3631:4, |
| 3590:21, 3590:23, | 3601:10, 3601:12, | 3610:17, 3610:18, | 3621:12, 3621:15, | 3631:10, 3631:12, |
| 3590:24, 3591:2, | 3601:13, 3601:14, | 3610:19, 3610:20, | 3621:17, 3621:18, | 3631:15, 3631:17, |
| 3591:3, 3591:6, | 3601:15, 3601:16, | 3610:21, 3610:22, | 3621:19, 3621:22, | 3631:19, 3631:21, |

3631:22, 3631:23, 3631:25, 3632:3, 3632:4, 3632:5, 3632:10, 3632:14, 3632:15, 3632:17, 3632:20, 3632:21, 3632:22, 3632:23, 3632:24, 3633:1, 3633:3, 3633:4, 3633:5, 3633:7, 3633:8, 3633:9, 3633:10, 3633:11, 3633:13, 3633:19, 3633:20, 3633:21, 3633:22, 3634:4, 3634:11, 3634:14, 3634:16, 3634:17, 3634:18, 3634:19, 3634:20, 3634:22, 3634:24, 3634:25, 3635:3, 3635:5, 3635:7, 3635:8, 3635:9, 3635:10, 3635:11, 3635:12, 3635:13, 3635:19, 3635:21, 3635:22, 3635:23, 3635:25, 3636:1, 3636:2, 3636:6, 3636:8, 3636:9, 3636:10, 3636:11, 3636:12, 3636:13, 3636:15, 3636:16, 3636:17, 3636:18, 3636:24, 3636:25, 3637:2, 3637:7, 3637:10, 3637:11, 3637:12, 3637:13, 3637:14, 3637:15, 3637:16, 3637:18, 3637:22, 3637:25, 3638:2, 3638:3, 3638:8, 3638:9, 3638:10, 3638:14, 3638:16, 3638:17, 3638:19, 3638:21, 3638:22, 3638:23, 3638:24, 3639:1, 3639:2, 3639:3, 3639:8, 3639:9, 3639:13, 3639:15, 3639:16, 3639:17, 3639:18, 3639:19, 3639:20, 3639:21, 3639:24, 3639:25, 3640:3, 3640:4, 3640:5, 3640:7, 3640:10, 3640:12, 3640:13, 3640:14, 3640:16, 3640:20, 3640:21, 3640:22, 3640:24,

3640:25, 3641:1, 3641:3, 3641:4, 3641:6, 3641:8, 3641:9, 3641:10, 3641:12, 3641:14, 3641:15, 3641:16, 3641:17, 3641:19, 3641:20, 3641:23, 3642:1, 3642:2, 3642:3, 3642:5, 3642:6, 3642:7, 3642:10, 3642:11, 3642:15, 3642:16, 3642:19, 3642:24, 3643:1, 3643:3, 3643:7, 3643:8, 3643:10, 3643:13, 3643:15, 3643:16, 3643:17, 3643:19, 3643:20, 3643:21, 3643:22, 3643:25, 3644:2, 3644:3, 3644:7, 3644:9, 3644:10, 3644:11, 3644:13, 3644:15, 3644:17, 3644:20, 3644:21, 3644:22, 3644:23, 3644:24, 3645:2, 3645:4, 3645:5, 3645:6, 3645:11, 3645:12, 3645:13, 3645:14, 3645:15, 3645:17, 3645:18, 3645:24, 3645:25, 3646:1, 3646:2, 3646:4, 3646:5, 3646:8, 3646:10, 3646:12, 3646:13, 3646:14, 3646:17, 3646:18, 3646:21, 3646:22, 3646:25, 3647:2, 3647:3, 3647:4, 3647:6, 3647:7, 3647:9, 3647:12, 3647:13, 3647:16, 3647:19, 3647:20, 3647:21, 3647:22, 3647:24, 3647:25, 3648:1, 3648:3, 3648:5, 3648:8, 3648:10, 3648:11, 3648:13, 3648:15, 3648:16, 3648:18, 3648:20, 3648:24, 3649:2, 3649:5, 3649:7, 3649:8, 3649:10, 3649:12, 3649:14, 3649:15, 3649:16, 3649:17, 3649:18, 3649:19,

3649:20, 3649:22, 3649:25, 3650:3, 3650:5, 3650:7, 3650:10, 3650:12, 3650:16, 3650:17, 3650:20, 3650:23, 3650:24, 3651:2, 3651:4, 3651:5, 3651:7, 3651:8, 3651:9, 3651:10, 3651:12, 3651:16, 3651:19, 3651:22, 3651:23, 3652:2, 3652:5, 3652:6, 3652:7, 3652:8, 3652:9, 3652:12, 3652:15, 3652:17, 3652:18, 3652:19, 3652:20, 3652:21, 3652:23, 3652:24, 3653:3, 3653:4, 3653:7, 3653:9, 3653:10, 3653:11, 3653:12, 3653:13, 3653:14, 3653:15, 3653:16, 3653:17, 3653:19, 3653:22, 3653:23, 3653:25, 3654:3, 3654:7, 3654:8, 3654:9, 3654:11, 3654:12, 3654:14, 3654:15, 3654:16, 3654:17, 3654:18, 3654:19, 3654:20, 3654:21, 3654:23, 3654:24, 3655:1, 3655:3, 3655:4, 3655:5, 3655:7, 3655:11, 3655:12, 3655:13, 3655:17, 3655:19, 3655:20, 3655:21, 3655:22, 3655:23, 3655:24, 3655:25, 3656:1, 3656:2, 3656:3, 3656:5, 3656:7, 3656:8, 3656:9, 3656:10, 3656:11, 3656:12, 3656:14, 3656:15, 3656:18, 3656:19, 3656:22, 3656:24, 3656:25, 3657:2, 3657:3, 3657:5, 3657:6, 3657:7, 3657:8, 3657:9, 3657:12, 3657:13, 3657:14, 3657:15, 3657:16, 3657:19, 3657:21, 3657:22, 3657:23, 3657:24,

3658:1, 3658:2, 3658:3, 3658:7, 3658:10, 3658:11, 3658:12, 3658:17, 3658:22, 3659:1, 3659:2, 3659:4, 3659:8, 3659:9, 3659:12, 3659:15, 3659:16, 3659:17, 3659:19, 3659:21, 3659:23, 3659:24, 3659:25, 3660:3, 3660:4, 3660:9, 3660:10, 3660:11, 3660:12, 3660:13, 3660:15, 3660:19, 3661:3, 3661:5, 3661:8, 3661:10, 3661:12, 3661:13, 3661:14, 3661:15, 3661:16, 3661:25, 3662:2, 3662:4, 3662:5, 3662:6, 3662:8, 3662:9, 3662:10, 3662:11, 3662:14, 3662:17, 3662:19, 3662:20, 3662:23, 3662:24, 3662:25, 3663:2, 3663:4, 3663:6, 3663:7, 3663:8, 3663:10, 3663:17, 3663:19, 3663:21, 3663:22, 3664:2, 3664:11, 3664:12, 3665:8, 3665:9, 3665:10

THEIR [52] - 3569:1, 3569:2, 3572:4, 3572:5, 3578:6, 3580:4, 3583:5, 3584:5, 3584:10, 3584:11, 3584:12, 3585:9, 3585:15, 3585:16, 3585:19, 3587:24, 3588:5, 3589:3, 3589:7, 3590:12, 3591:4, 3591:18, 3592:25, 3593:5, 3596:22, 3600:5, 3602:6, 3602:8, 3603:11, 3605:24, 3606:4, 3606:5, 3606:7, 3607:13, 3609:11, 3614:24, 3615:16, 3618:21, 3619:16, 3619:19, 3620:1, 3623:24, 3652:11, 3654:10, 3657:16, 3659:1, 3661:24

THEIRS [1] - 3615:16
THEM [39] - 3565:3, 3565:11, 3567:21, 3568:22, 3569:7, 3573:2, 3576:17, 3584:12, 3588:2, 3588:14, 3588:23, 3588:25, 3590:15, 3590:24, 3591:21, 3592:25, 3593:19, 3594:14, 3594:15, 3595:3, 3595:22, 3595:24, 3602:11, 3603:8, 3611:12, 3612:16, 3616:12, 3617:8, 3622:19, 3633:22, 3634:13, 3640:25, 3643:24, 3653:20, 3657:17, 3661:15, 3661:24, 3663:11, 3663:12
THEMSELVES [1] - 3589:1
THEN [103] - 3566:4, 3566:12, 3569:20, 3570:21, 3576:13, 3579:13, 3579:15, 3579:18, 3581:15, 3582:18, 3582:21, 3583:6, 3583:7, 3583:24, 3584:10, 3584:11, 3584:13, 3585:7, 3585:9, 3585:15, 3585:16, 3585:23, 3587:14, 3587:18, 3587:22, 3588:6, 3588:12, 3588:18, 3588:25, 3589:1, 3589:5, 3589:15, 3589:20, 3590:9, 3590:14, 3590:25, 3591:2, 3591:5, 3591:20, 3591:23, 3592:19, 3594:17, 3595:3, 3595:13, 3596:1, 3604:2, 3604:10, 3606:5, 3606:12, 3606:19, 3606:21, 3607:3, 3607:8, 3607:9, 3608:21, 3612:23, 3613:3, 3615:10, 3615:11, 3615:16, 3622:21, 3623:6, 3623:11, 3623:22, 3624:6, 3624:8, 3629:11, 3629:12, 3630:7, 3633:25, 3634:21, 3634:23, 3635:9, 3635:11, 3636:18,

3636:20, 3637:15, 3638:20, 3639:2, 3641:21, 3644:5, 3645:7, 3645:12, 3646:16, 3646:20, 3650:22, 3651:3, 3651:7, 3651:9, 3651:15, 3652:24, 3653:16, 3654:2, 3655:2, 3655:13, 3657:16, 3657:17, 3660:13, 3663:25, 3664:1

**THEORETICALLY** [1] - 3597:6

**THERE** [90] - 3571:14, 3571:15, 3573:10, 3573:13, 3573:13, 3577:1, 3577:3, 3577:5, 3580:19, 3582:22, 3586:11, 3586:17, 3586:19, 3588:3, 3590:20, 3591:17, 3592:1, 3592:5, 3593:17, 3593:24, 3594:1, 3598:1, 3598:14, 3601:1, 3601:15, 3602:20, 3602:23, 3603:8, 3603:9, 3603:17, 3605:5, 3605:25, 3606:3, 3607:4, 3607:18, 3608:16, 3608:21, 3609:11, 3611:4, 3611:13, 3611:18, 3611:19, 3614:18, 3615:3, 3616:6, 3616:9, 3618:10, 3618:13, 3619:6, 3621:1, 3621:2, 3623:12, 3623:14, 3624:14, 3625:4, 3625:5, 3627:15, 3627:16, 3628:16, 3629:14, 3629:20, 3630:20, 3632:5, 3633:24, 3634:5, 3634:9, 3634:12, 3635:1, 3635:3, 3636:19, 3639:11, 3641:11, 3642:25, 3643:20, 3645:19, 3645:21, 3647:15, 3650:22, 3650:25, 3654:20, 3655:14, 3655:15, 3656:7, 3658:19, 3661:22

**THERE'S** [26] - 3602:9, 3606:11,

3612:19, 3624:8, 3632:20, 3633:1, 3634:13, 3636:13, 3638:1, 3639:21, 3641:19, 3641:22, 3643:7, 3644:3, 3645:18, 3648:17, 3650:8, 3650:9, 3650:11, 3650:14, 3653:5, 3653:6, 3653:24, 3655:10, 3662:8, 3662:10

**THESE** [53] - 3565:1, 3565:8, 3565:15, 3569:5, 3571:2, 3581:22, 3585:18, 3587:22, 3595:8, 3595:10, 3596:23, 3599:24, 3600:10, 3602:21, 3608:10, 3611:9, 3613:13, 3613:17, 3613:19, 3614:1, 3614:7, 3614:9, 3614:14, 3614:15, 3614:23, 3615:9, 3616:4, 3616:13, 3617:8, 3632:19, 3634:5, 3641:23, 3642:21, 3643:14, 3644:10, 3645:10, 3650:7, 3650:13, 3651:12, 3652:21, 3654:7, 3654:8, 3655:2, 3655:3, 3655:4, 3655:6, 3655:17, 3656:13, 3656:20, 3657:17, 3659:18

**THEY** [138] - 3565:10, 3565:19, 3566:3, 3566:25, 3567:1, 3568:21, 3568:22, 3569:4, 3571:6, 3571:12, 3571:13, 3571:25, 3572:4, 3574:2, 3574:3, 3574:4, 3578:10, 3582:14, 3583:5, 3583:11, 3583:20, 3583:21, 3584:13, 3584:20, 3585:3, 3585:14, 3585:16, 3587:19, 3587:22, 3588:1, 3588:23, 3589:1, 3589:3, 3589:4, 3589:7, 3589:15, 3589:22, 3590:12, 3590:14, 3590:15, 3590:16, 3591:2, 3591:4, 3591:8,

3591:11, 3591:20, 3591:23, 3591:25, 3592:3, 3592:4, 3592:17, 3593:22, 3594:6, 3594:12, 3594:18, 3594:4, 3595:23, 3595:24, 3596:10, 3596:16, 3596:20, 3601:7, 3603:10, 3605:19, 3606:6, 3607:3, 3607:11, 3607:13, 3607:15, 3607:17, 3607:18, 3607:20, 3608:1, 3608:18, 3613:20, 3614:8, 3614:21, 3614:22, 3614:23, 3615:11, 3616:11, 3617:10, 3618:14, 3623:11, 3624:13, 3625:2, 3629:18, 3629:19, 3633:21, 3634:10, 3640:4, 3650:21, 3650:24, 3652:9, 3652:13, 3652:17, 3652:20, 3652:22, 3653:24, 3653:25, 3654:2, 3654:9, 3654:20, 3654:25, 3655:1, 3655:5, 3655:8, 3655:14, 3655:18, 3655:24, 3656:9, 3656:10, 3656:11, 3656:25, 3657:5, 3657:10, 3657:16, 3660:14, 3661:16, 3662:23, 3663:11

**THEY'LL** [3] - 3583:6, 3589:5, 3589:16

**THEY'RE** [16] - 3565:9, 3568:25, 3583:4, 3583:9, 3585:21, 3588:1, 3594:13, 3606:14, 3607:4, 3616:17, 3629:11, 3640:14, 3640:10, 3661:17, 3661:21, 3663:10

**THEY'VE** [5] - 3589:13, 3609:18, 3609:19, 3614:16, 3634:11

**THING** [11] - 3575:18, 3583:16, 3583:24, 3586:9, 3590:24, 3593:4, 3596:21, 3623:4, 3643:13, 3646:3,

3649:19

**THINGS** [12] - 3571:2, 3587:21, 3593:3, 3595:3, 3605:13, 3610:9, 3611:5, 3621:9, 3639:19, 3640:22, 3653:23, 3654:14

**THINK** [31] - 3567:2, 3567:6, 3574:24, 3581:22, 3583:16, 3584:1, 3585:1, 3589:1, 3590:4, 3590:23, 3594:3, 3596:4, 3597:2, 3598:22, 3599:16, 3600:6, 3601:11, 3602:9, 3603:2, 3603:14, 3611:16, 3613:7, 3613:16, 3621:7, 3622:12, 3624:18, 3631:20, 3647:9, 3650:16, 3661:1, 3664:3

**THINKING** [1] - 3607:12

**THIRD** [1] - 3644:18

**THIS** [224] - 3565:9, 3565:16, 3566:19, 3567:3, 3567:7, 3567:11, 3567:18, 3567:19, 3568:7, 3568:16, 3568:17, 3569:14, 3570:6, 3570:14, 3570:25, 3573:14, 3574:20, 3577:19, 3577:20, 3578:14, 3581:3, 3581:22, 3581:23, 3582:3, 3583:17, 3584:1, 3584:19, 3584:23, 3585:6, 3585:12, 3586:12, 3587:2, 3587:7, 3587:22, 3588:20, 3589:17, 3589:18, 3590:3, 3590:6, 3590:18, 3590:21, 3591:15, 3593:15, 3593:16, 3594:7, 3594:18, 3594:19, 3596:11, 3596:21, 3597:3, 3597:20, 3597:21, 3598:1, 3598:16, 3598:23, 3599:4, 3599:10, 3600:18, 3600:19, 3600:24, 3600:25, 3601:2, 3601:4, 3601:9, 3601:13,

3601:16, 3601:18, 3602:1, 3602:13, 3602:21, 3602:22, 3603:3, 3603:11, 3603:12, 3604:21, 3604:23, 3604:24, 3604:25, 3605:1, 3605:6, 3605:9, 3605:10, 3605:13, 3605:22, 3605:25, 3606:18, 3606:24, 3607:11, 3607:14, 3608:4, 3608:10, 3612:4, 3612:12, 3613:5, 3613:11, 3613:14, 3614:11, 3615:6, 3615:15, 3615:23, 3616:2, 3616:15, 3617:2, 3620:19, 3621:5, 3625:8, 3625:15, 3627:24, 3630:21, 3631:7, 3631:16, 3633:16, 3633:17, 3633:22, 3633:25, 3634:8, 3634:9, 3635:1, 3635:7, 3635:25, 3636:1, 3636:3, 3636:16, 3636:18, 3636:22, 3636:24, 3636:25, 3637:8, 3637:13, 3637:19, 3637:21, 3637:22, 3637:23, 3638:4, 3638:7, 3638:11, 3639:11, 3640:14, 3640:19, 3640:20, 3640:21, 3640:22, 3640:23, 3641:4, 3641:7, 3641:19, 3641:21, 3642:2, 3642:3, 3642:5, 3642:11, 3642:13, 3642:16, 3643:8, 3643:15, 3644:1, 3644:2, 3644:11, 3644:23, 3645:2, 3645:3, 3645:4, 3645:6, 3645:12, 3645:15, 3645:19, 3646:3, 3647:11, 3647:13, 3647:14, 3647:15, 3647:25, 3648:7, 3648:8, 3648:9, 3649:12, 3649:15, 3650:11, 3650:18, 3651:5, 3651:8, 3651:14, 3651:15, 3652:7, 3652:10, 3652:17, 3653:4,

3653:11, 3653:15,
3653:16, 3653:18,
3653:19, 3653:20,
3653:23, 3653:24,
3654:2, 3654:5,
3654:11, 3654:13,
3655:11, 3655:14,
3655:20, 3655:25,
3656:10, 3656:22,
3656:25, 3657:10,
3658:5, 3663:3,
3664:7

**THOMAS** [2] -
3560:23, 3565:17

**THOSE** [63] -
3566:17, 3568:13,
3571:4, 3572:1,
3573:1, 3573:4,
3576:17, 3576:20,
3577:11, 3580:4,
3585:3, 3586:7,
3587:2, 3593:21,
3595:2, 3596:8,
3596:9, 3596:14,
3597:7, 3597:23,
3597:24, 3599:25,
3604:11, 3606:17,
3608:3, 3608:10,
3609:14, 3610:14,
3610:17, 3610:20,
3610:21, 3610:22,
3611:3, 3613:9,
3615:6, 3618:7,
3622:13, 3623:25,
3624:5, 3628:25,
3634:13, 3634:14,
3635:10, 3637:5,
3642:17, 3651:7,
3651:17, 3652:24,
3654:19, 3655:18,
3656:6, 3657:25,
3658:2, 3661:22,
3662:8, 3662:11,
3662:14, 3662:17,
3662:20

**THOUGH** [3] -
3593:9, 3595:22,
3663:11

**THOUGHT** [4] -
3618:13, 3618:20,
3620:23, 3631:11

**THOUGHTS** [1] -
3660:22

**THOUSANDS** [1] -
3608:11

**THREAT** [1] - 3615:1

**THREE** [16] - 3574:7,
3574:9, 3576:5,
3580:1, 3580:4,
3587:6, 3588:16,

3589:10, 3597:25,
3599:24, 3602:16,
3630:10, 3630:14,
3648:19, 3650:8,
3655:10

**THREE-DAY** [1] -
3630:10

**THREES** [3] -
3606:25, 3607:3,
3607:4

**THROUGH** [18] -
3571:3, 3579:16,
3579:18, 3582:3,
3598:20, 3603:19,
3604:7, 3608:17,
3622:1, 3624:5,
3628:5, 3634:1,
3638:19, 3639:2,
3639:3, 3639:11,
3654:22, 3655:8

**THROUGHOUT** [3] -
3600:4, 3614:2,
3622:19

**TIDE** [5] - 3654:24,
3655:4, 3655:5,
3657:12

**TIE** [1] - 3582:1

**TIME** [64] - 3565:9,
3565:14, 3567:1,
3570:22, 3574:9,
3576:24, 3578:5,
3578:10, 3579:23,
3582:18, 3583:19,
3584:2, 3586:11,
3587:4, 3588:3,
3588:24, 3590:18,
3591:17, 3592:10,
3598:12, 3598:23,
3599:9, 3601:8,
3605:1, 3605:11,
3608:19, 3608:23,
3611:13, 3619:24,
3625:12, 3627:24,
3629:4, 3630:4,
3630:9, 3630:21,
3630:25, 3631:7,
3634:14, 3635:19,
3636:25, 3637:13,
3638:4, 3638:11,
3638:21, 3639:8,
3641:19, 3641:20,
3642:2, 3642:11,
3649:5, 3649:17,
3656:12, 3656:13,
3656:16, 3658:6,
3658:22, 3659:2,
3659:5, 3659:25,
3663:5, 3663:7

**TIMES** [9] - 3574:7,
3574:9, 3574:11,

3586:1, 3586:18,
3638:9, 3646:4,
3649:8, 3660:11

**TIMING** [1] - 3597:3

**TIP** [4] - 3635:13,
3643:19, 3648:16,
3650:5

**TIRED** [1] - 3660:16

**TITLE** [1] - 3604:23

**TO** [583] - 3564:7,
3564:8, 3564:10,
3564:15, 3564:16,
3564:20, 3565:2,
3565:5, 3565:9,
3565:11, 3565:12,
3565:14, 3565:17,
3565:18, 3565:22,
3566:5, 3566:15,
3566:17, 3566:19,
3566:24, 3567:1,
3567:4, 3567:7,
3567:9, 3567:11,
3567:17, 3567:19,
3568:7, 3568:10,
3568:14, 3568:16,
3568:17, 3568:20,
3568:22, 3568:23,
3568:24, 3568:25,
3569:13, 3569:16,
3569:17, 3569:24,
3570:11, 3571:7,
3571:8, 3571:10,
3572:9, 3572:22,
3572:24, 3572:25,
3573:1, 3573:2,
3573:3, 3573:16,
3574:6, 3574:9,
3574:10, 3574:14,
3574:19, 3574:23,
3574:24, 3574:25,
3575:3, 3575:9,
3575:11, 3576:4,
3576:9, 3576:13,
3576:17, 3576:22,
3576:24, 3577:3,
3577:4, 3577:6,
3577:9, 3577:19,
3577:20, 3577:21,
3577:25, 3578:2,
3578:5, 3578:6,
3578:13, 3578:14,
3580:3, 3580:8,
3580:9, 3580:22,
3580:23, 3581:6,
3581:8, 3581:10,
3581:12, 3581:13,
3581:15, 3581:21,
3581:23, 3582:6,
3582:16, 3582:19,
3582:22, 3583:10,

3583:13, 3583:22,
3584:5, 3584:7,
3584:11, 3584:13,
3584:14, 3585:8,
3585:10, 3585:15,
3585:25, 3586:13,
3586:18, 3587:17,
3587:18, 3587:19,
3587:20, 3588:8,
3588:9, 3588:12,
3588:14, 3588:16,
3588:19, 3588:23,
3588:24, 3589:5,
3589:8, 3589:11,
3589:12, 3589:17,
3590:6, 3590:9,
3590:11, 3590:12,
3590:15, 3590:23,
3591:5, 3591:10,
3591:11, 3591:13,
3592:3, 3592:5,
3592:15, 3592:16,
3592:17, 3592:18,
3592:20, 3592:21,
3592:24, 3593:1,
3593:4, 3593:9,
3593:19, 3594:3,
3594:12, 3594:14,
3594:21, 3595:1,
3595:2, 3595:9,
3595:14, 3595:19,
3595:20, 3596:1,
3596:6, 3596:7,
3596:14, 3596:18,
3596:21, 3596:23,
3596:24, 3598:1,
3598:5, 3598:13,
3598:14, 3598:16,
3598:17, 3598:22,
3598:24, 3598:25,
3599:3, 3599:10,
3599:11, 3599:25,
3600:3, 3600:4,
3600:5, 3600:6,
3600:8, 3600:9,
3600:12, 3600:19,
3601:4, 3601:12,
3602:4, 3602:6,
3602:8, 3602:11,
3602:12, 3602:19,
3603:5, 3603:19,
3603:25, 3604:1,
3604:2, 3604:3,
3604:4, 3604:7,
3604:10, 3604:11,
3604:14, 3604:15,
3604:17, 3604:24,
3605:2, 3605:3,
3605:5, 3605:10,
3605:14, 3605:15,
3605:16, 3605:25,

3606:1, 3606:16,
3606:23, 3606:24,
3607:3, 3607:7,
3607:8, 3607:12,
3607:22, 3607:23,
3607:24, 3607:25,
3608:1, 3608:2,
3608:3, 3609:1,
3609:6, 3609:20,
3610:4, 3610:21,
3611:4, 3611:14,
3611:15, 3611:22,
3611:23, 3612:5,
3612:10, 3612:12,
3612:14, 3612:16,
3612:17, 3612:18,
3612:20, 3612:22,
3612:23, 3613:2,
3613:3, 3613:4,
3613:9, 3613:10,
3613:11, 3613:12,
3613:13, 3613:14,
3613:21, 3613:24,
3613:25, 3614:10,
3614:11, 3614:14,
3614:16, 3614:21,
3614:25, 3615:4,
3615:10, 3616:11,
3616:13, 3616:21,
3617:8, 3617:9,
3617:12, 3617:17,
3617:18, 3618:2,
3618:4, 3618:14,
3618:19, 3618:21,
3619:6, 3619:7,
3619:11, 3619:12,
3619:15, 3619:24,
3620:1, 3620:5,
3620:8, 3620:10,
3620:19, 3620:21,
3621:1, 3621:5,
3621:9, 3621:15,
3622:2, 3622:4,
3622:6, 3622:21,
3623:1, 3623:3,
3623:11, 3623:17,
3623:21, 3623:23,
3623:25, 3624:2,
3624:6, 3624:9,
3624:18, 3624:20,
3624:23, 3624:25,
3625:8, 3625:12,
3625:15, 3625:16,
3626:19, 3626:25,
3627:2, 3627:8,
3627:9, 3627:24,
3628:9, 3628:18,
3629:24, 3630:3,
3630:4, 3630:5,
3630:6, 3630:7,
3630:12, 3630:14,

3630:15, 3630:19, 3631:4, 3631:7, 3631:11, 3631:12, 3631:16, 3631:20, 3631:24, 3631:25, 3632:2, 3632:3, 3632:4, 3632:10, 3632:17, 3633:1, 3633:6, 3633:11, 3633:13, 3633:23, 3634:11, 3634:14, 3634:24, 3635:1, 3635:7, 3635:18, 3636:6, 3636:19, 3636:20, 3636:22, 3637:5, 3637:11, 3637:15, 3637:16, 3637:18, 3637:19, 3638:5, 3638:12, 3638:14, 3638:15, 3638:20, 3638:23, 3638:24, 3639:13, 3639:18, 3640:9, 3640:17, 3640:18, 3640:21, 3640:22, 3640:24, 3641:4, 3642:3, 3642:18, 3643:2, 3643:7, 3643:16, 3643:17, 3643:25, 3644:2, 3644:4, 3644:17, 3644:20, 3644:23, 3644:24, 3644:25, 3645:3, 3645:15, 3645:24, 3646:1, 3646:8, 3646:9, 3646:13, 3646:14, 3646:19, 3646:22, 3647:1, 3647:2, 3647:4, 3647:11, 3647:13, 3647:14, 3647:21, 3647:25, 3648:15, 3648:19, 3648:23, 3649:5, 3649:10, 3649:15, 3649:18, 3649:19, 3649:20, 3649:22, 3650:1, 3650:2, 3650:16, 3650:21, 3650:23, 3651:5, 3651:7, 3651:9, 3651:15, 3651:17, 3651:19, 3651:22, 3651:23, 3652:8, 3652:11, 3652:12, 3652:14, 3652:18, 3652:23, 3653:4, 3653:9, 3653:16, 3653:17, 3653:23, 3653:25, 3654:5, 3654:10, 3654:12,

3654:23, 3655:19, 3655:22, 3655:25, 3656:2, 3656:3, 3656:13, 3656:14, 3656:15, 3656:18, 3656:21, 3657:2, 3657:9, 3657:10, 3657:12, 3657:21, 3658:9, 3658:15, 3658:21, 3659:2, 3659:21, 3660:4, 3660:12, 3660:15, 3660:16, 3660:18, 3660:21, 3660:24, 3661:2, 3661:9, 3661:15, 3661:20, 3661:21, 3661:22, 3661:24, 3663:6, 3663:7, 3663:11, 3663:12, 3663:19, 3663:24, 3663:25, 3664:1, 3664:7, 3665:8

**TODAY** [13] - 3571:10, 3575:3, 3578:1, 3579:4, 3581:10, 3582:2, 3590:17, 3590:18, 3590:19, 3593:11, 3630:8, 3654:6, 3662:5

**TOGETHER** [12] - 3579:14, 3581:4, 3584:12, 3585:10, 3588:3, 3588:6, 3588:7, 3599:24, 3606:7, 3633:22, 3634:11, 3635:10

**TOLD** [9] - 3570:24, 3571:2, 3573:6, 3574:25, 3584:16, 3617:5, 3620:4, 3625:4, 3659:7

**TOMORROW** [2] - 3663:24, 3664:7

**TOO** [2] - 3597:7, 3607:11

**TOOK** [10] - 3569:13, 3573:1, 3599:8, 3616:15, 3630:9, 3643:19, 3646:16, 3655:1, 3660:9, 3661:24

**TOP** [5] - 3592:8, 3592:9, 3601:14, 3601:23

**TOPIC** [1] - 3568:23

**TOPICS** [1] - 3651:19

**TORNADOS** [1] -

3638:22

**TORTS** [1] - 3562:5

**TOTAL** [11] - 3589:12, 3591:21, 3608:1, 3609:11, 3609:15, 3609:18, 3640:20, 3641:17, 3641:23, 3642:10, 3642:15

**TOTALLY** [1] - 3636:3

**TOWARDS** [8] - 3635:11, 3637:24, 3638:20, 3641:10, 3642:24, 3643:3, 3646:18, 3649:25

**TOWN** [2] - 3648:16, 3655:12

**TRACK** [12] - 3629:24, 3630:3, 3630:8, 3634:17, 3642:19, 3645:2, 3645:21, 3655:21, 3655:24, 3661:9, 3661:15, 3662:24

**TRACKED** [2] - 3634:18, 3645:19

**TRACKS** [2] - 3630:4, 3655:1

**TRADITIONALLY** [1] - 3592:7

**TRANSCRIPT** [3] - 3560:7, 3562:20, 3665:8

**TRANSECT** [1] - 3656:14

**TRANSFER** [1] - 3604:4

**TRANSFERRED** [1] - 3630:3

**TRANSLATION** [1] - 3653:24

**TRANSLATIONAL** [4] - 3633:4, 3646:12, 3653:22, 3657:6

**TRANSMITTED** [1] - 3571:8

**TRAP** [1] - 3650:1

**TRAVERSE** [3] - 3638:19, 3639:11, 3643:3

**TREMENDOUS** [2] - 3645:16, 3645:17

**TRIAL** [4] - 3560:7, 3567:3, 3577:20, 3663:12

**TRIALS** [1] - 3647:17

**TRIES** [1] - 3649:18

**TRIP** [1] - 3625:24

**TROPICAL** [8] -

3628:17, 3628:18, 3628:19, 3634:21, 3635:12, 3635:18, 3637:12, 3637:16

**TROPICS** [4] - 3628:20, 3628:21, 3628:22, 3628:24

**TRUE** [12] - 3569:25, 3570:7, 3570:8, 3570:19, 3570:20, 3574:1, 3576:16, 3576:17, 3615:24, 3660:18, 3665:8

**TRUTH** [1] - 3624:18

**TRY** [9] - 3585:8, 3586:18, 3587:20, 3612:16, 3614:11, 3630:7, 3652:23, 3656:15

**TRYING** [4] - 3584:11, 3585:10, 3592:17, 3635:1

**TUESDAY** [2] - 3560:4, 3564:2

**TULANE** [3] - 3570:9, 3570:24

**TURN** [12] - 3584:11, 3585:16, 3606:12, 3623:6, 3632:17, 3636:22, 3638:5, 3638:20, 3640:18, 3642:18, 3654:23, 3657:12

**TURNED** [4] - 3586:13, 3595:20, 3637:24, 3640:9

**TURNING** [4] - 3639:13, 3644:17, 3646:1, 3647:4

**TURNS** [2] - 3613:24, 3641:1

**TWO** [24] - 3566:6, 3582:12, 3587:6, 3587:24, 3588:1, 3588:2, 3591:23, 3603:19, 3606:25, 3610:14, 3617:8, 3623:11, 3630:2, 3633:22, 3635:10, 3635:21, 3635:22, 3641:23, 3643:7, 3656:18, 3656:19, 3657:8, 3657:15, 3664:1

**TWO-YEAR** [1] - 3603:19

**TWOS** [1] - 3607:2

**TX** [1] - 3560:24

**TYPE** [12] - 3600:18, 3604:7, 3614:7,

3614:23, 3650:7, 3650:8, 3652:10, 3654:11, 3655:21, 3656:17, 3657:10

**TYPES** [1] - 3611:6

**TYPICALLY** [9] - 3587:3, 3590:4, 3628:21, 3645:14, 3645:16, 3646:25, 3653:17, 3654:5, 3661:19

# U

**U** [2] - 3562:4, 3578:22

**U.S** [1] - 3579:1

**ULTIMATELY** [1] - 3613:3

**UMBRELLA** [1] - 3629:11

**UNCERTAIN** [1] - 3574:11

**UNDER** [7] - 3573:4, 3578:3, 3594:21, 3612:14, 3621:25, 3629:15, 3653:10

**UNDERGRADUATE** [2] - 3628:11, 3628:13

**UNDERNEATH** [2] - 3629:12, 3638:9

**UNDERSTAND** [10] - 3573:1, 3591:25, 3598:14, 3604:19, 3611:24, 3631:10, 3631:12, 3647:12, 3658:24, 3659:7

**UNDERSTANDING** [3] - 3626:23, 3626:25, 3665:9

**UNDERSTOOD** [3] - 3576:3, 3577:14, 3640:10

**UNDERWAY** [1] - 3630:18

**UNFORTUNATELY** [3] - 3614:1, 3614:10, 3664:1

**UNION** [2] - 3578:6, 3619:25

**UNIQUE** [1] - 3624:15

**UNIT** [3] - 3641:10, 3660:8, 3660:9

**UNITED** [17] - 3560:1, 3560:5, 3560:8, 3577:23, 3578:8, 3578:11, 3583:3, 3616:12, 3620:4, 3626:7, 3626:8, 3627:5,

3632:15, 3639:17, 3641:10, 3650:7, 3665:6

**UNIVERSITY** [3] - 3570:10, 3628:14, 3628:17

**UNLESS** [1] - 3624:24

**UNPRECEDENTED** [1] - 3627:8

**UNSUSTAINABLE** [1] - 3570:17

**UNTIL** [8] - 3568:9, 3576:14, 3590:8, 3630:21, 3631:1, 3643:3, 3659:5, 3663:22

**UP** [52] - 3571:7, 3571:25, 3574:15, 3577:21, 3597:8, 3598:10, 3598:16, 3600:1, 3600:18, 3601:4, 3601:14, 3602:13, 3604:23, 3606:12, 3607:3, 3610:4, 3612:22, 3619:12, 3620:21, 3622:14, 3630:4, 3631:1, 3634:14, 3635:11, 3636:13, 3636:14, 3636:15, 3636:19, 3637:24, 3641:16, 3643:3, 3643:16, 3646:16, 3646:19, 3646:22, 3649:1, 3649:14, 3649:17, 3649:19, 3649:20, 3650:3, 3650:6, 3650:21, 3650:24, 3651:17, 3652:23, 3654:21, 3654:25, 3656:19, 3659:24, 3661:22

**UPDATED** [3] - 3571:7, 3575:15, 3608:22

**UPDATES** [1] - 3577:4

**UPON** [12] - 3634:4, 3634:5, 3647:16, 3654:13, 3658:18, 3659:7, 3660:19, 3662:1, 3662:5, 3662:20, 3662:23, 3663:2

**UPPER** [1] - 3636:16

**US** [37] - 3575:3, 3575:9, 3583:5, 3583:7, 3583:17, 3583:20, 3583:22,

3583:25, 3584:16, 3587:3, 3588:9, 3588:15, 3588:16, 3589:3, 3589:4, 3589:5, 3589:8, 3589:15, 3589:16, 3591:5, 3591:10, 3594:18, 3594:21, 3596:18, 3604:11, 3606:16, 3607:10, 3614:13, 3614:16, 3617:10, 3617:11, 3617:13, 3630:9, 3647:14, 3648:7, 3649:5, 3653:3

**USE** [19] - 3581:17, 3583:23, 3584:18, 3585:18, 3591:13, 3591:15, 3602:11, 3602:21, 3609:18, 3609:20, 3623:24, 3630:5, 3640:22, 3652:17, 3654:6, 3655:1, 3657:5

**USED** [11] - 3577:5, 3586:1, 3593:2, 3600:19, 3601:4, 3609:17, 3618:11, 3654:9, 3654:21, 3655:24, 3657:16

**USEFUL** [1] - 3641:6

**USES** [1] - 3607:15

**USING** [8] - 3567:15, 3581:14, 3582:10, 3593:16, 3594:23, 3607:17, 3641:6, 3656:17

**USUAL** [1] - 3604:7

**USUALLY** [16] - 3582:12, 3583:19, 3584:8, 3587:4, 3587:6, 3588:6, 3588:10, 3588:22, 3589:6, 3589:17, 3602:16, 3605:2, 3613:24, 3622:18, 3632:24, 3653:6

**UTILIZE** [1] - 3654:11

**UTILIZED** [5] - 3633:21, 3655:2, 3655:22, 3656:9, 3663:12

**UTILIZING** [1] - 3660:10

## V

**V** [2] - 3560:4, 3626:17

**VAGUE** [1] - 3621:8

**VALLEY** [5] - 3601:17, 3601:19, 3602:2, 3622:7, 3622:9

**VALUE** [5] - 3641:17, 3653:16, 3656:15, 3657:20, 3657:21

**VALUES** [23] - 3610:6, 3610:8, 3610:9, 3634:5, 3641:16, 3650:21, 3654:3, 3654:9, 3654:24, 3655:1, 3655:3, 3655:4, 3655:7, 3655:18, 3655:22, 3656:1, 3656:3, 3656:5, 3657:5, 3657:13, 3657:21, 3661:25

**VARIED** [1] - 3575:19

**VARIOUS** [4] - 3576:19, 3605:22, 3634:19, 3655:3

**VARYING** [1] - 3574:20

**VELOCITY** [6] - 3633:4, 3641:2, 3646:12, 3653:22, 3657:7

**VENICE** [1] - 3651:9

**VERIFIED** [1] - 3662:24

**VERSION** [2] - 3624:8, 3659:23

**VERSUS** [2] - 3654:16, 3657:11

**VERTICAL** [2] - 3650:25, 3651:18

**VERY** [44] - 3567:25, 3572:24, 3572:25, 3584:3, 3586:14, 3591:20, 3591:21, 3591:22, 3592:4, 3592:5, 3592:6, 3614:5, 3615:12, 3622:12, 3625:25, 3630:10, 3636:1, 3636:12, 3637:3, 3638:3, 3638:4, 3638:13, 3639:19, 3640:17, 3643:22, 3645:5, 3645:6, 3645:9, 3645:10, 3645:25, 3647:7, 3647:8, 3648:20, 3648:22, 3649:4, 3649:16, 3650:14, 3651:15, 3652:11, 3657:19, 3660:13

**VETO** [1] - 3592:16

**VETOED** [1] - 3592:19

**VETS** [2] - 3617:15, 3622:9

**VIA** [2] - 3628:2, 3631:22

**VICINITY** [1] - 3615:5

**VICTOR** [1] - 3561:19

**VIRGINIA** [1] - 3586:24

**VOIR** [2] - 3563:11, 3627:11

**VOLUME** [2] - 3560:9, 3584:3

## W

**WAIT** [1] - 3574:15

**WAKE** [1] - 3570:11

**WALL** [1] - 3650:25

**WALTER** [1] - 3561:8

**WANT** [16] - 3565:12, 3567:7, 3568:21, 3568:22, 3569:16, 3576:4, 3591:11, 3598:1, 3598:13, 3598:15, 3607:22, 3607:23, 3607:24, 3618:2, 3652:8, 3661:22

**WANTED** [8] - 3564:10, 3564:15, 3564:20, 3592:20, 3611:14, 3630:5, 3631:12, 3633:21

**WANTS** [2] - 3591:10, 3591:13

**WARM** [5] - 3636:12, 3636:14, 3636:18, 3638:3, 3645:16

**WARNINGS** [1] - 3613:20

**WARREN** [1] - 3562:1

**WAS** [165] - 3564:21, 3564:23, 3565:8, 3566:14, 3566:24, 3567:5, 3567:8, 3567:14, 3567:15, 3568:4, 3568:5, 3569:12, 3569:13, 3570:6, 3571:7, 3571:8, 3571:14, 3571:20, 3571:23, 3572:7, 3572:19, 3573:4, 3573:13, 3573:15, 3574:20, 3575:2, 3575:8, 3575:15, 3575:19,

3576:20, 3577:1, 3577:2, 3577:3, 3577:5, 3577:6, 3577:8, 3577:9, 3577:11, 3577:13, 3578:19, 3579:22, 3579:24, 3580:9, 3580:17, 3580:18, 3581:7, 3583:22, 3592:10, 3593:9, 3593:24, 3594:17, 3597:23, 3598:11, 3598:14, 3598:19, 3599:7, 3600:1, 3600:5, 3601:22, 3602:25, 3603:17, 3604:1, 3604:15, 3604:25, 3611:20, 3614:18, 3615:4, 3615:15, 3617:10, 3618:2, 3618:4, 3618:13, 3620:5, 3620:23, 3621:1, 3621:7, 3625:4, 3626:3, 3626:12, 3627:2, 3627:8, 3627:16, 3629:1, 3629:4, 3629:7, 3630:2, 3630:3, 3630:4, 3630:14, 3630:18, 3631:1, 3631:11, 3632:5, 3632:14, 3633:12, 3633:17, 3633:19, 3633:20, 3635:8, 3635:9, 3636:5, 3636:6, 3636:19, 3636:25, 3637:1, 3637:16, 3637:21, 3637:22, 3637:23, 3638:4, 3638:18, 3639:10, 3639:19, 3640:6, 3640:9, 3640:12, 3640:23, 3640:24, 3641:19, 3641:20, 3642:22, 3642:24, 3643:2, 3647:1, 3647:13, 3647:14, 3647:15, 3650:3, 3652:6, 3652:10, 3652:11, 3653:4, 3654:14, 3654:16, 3654:21, 3655:14, 3655:20, 3656:9, 3656:13, 3657:1, 3657:4, 3657:7, 3657:17, 3658:20, 3658:23, 3660:9, 3660:14, 3660:15, 3660:16, 3661:2, 3661:9,

3663:5, 3664:13
   **WASHINGTON** [5] -
3562:13, 3577:25,
3586:21, 3615:23,
3617:1
   **WASN'T** [7] -
3564:23, 3571:15,
3575:10, 3601:7,
3653:4, 3655:13,
3657:1
   **WATER** [30] -
3586:6, 3590:12,
3633:8, 3636:12,
3636:14, 3636:18,
3638:3, 3645:6,
3645:16, 3645:24,
3646:16, 3646:18,
3646:19, 3646:21,
3647:7, 3648:20,
3649:2, 3649:5,
3649:15, 3649:17,
3649:19, 3649:25,
3650:1, 3650:6,
3651:2, 3651:16,
3656:19, 3662:10,
3662:25
   **WAVE** [1] - 3635:9
   **WAVES** [1] - 3639:2
   **WAY** [17] - 3576:13,
3577:21, 3581:11,
3583:16, 3587:2,
3597:4, 3601:4,
3601:22, 3610:23,
3628:22, 3637:15,
3645:3, 3645:15,
3646:14, 3648:15,
3651:9, 3657:16
   **WAYS** [1] - 3643:7
   **WE** [220] - 3564:12,
3564:15, 3566:4,
3566:12, 3566:14,
3566:15, 3567:2,
3567:3, 3567:4,
3567:25, 3568:19,
3568:20, 3569:2,
3569:23, 3570:1,
3571:3, 3572:21,
3572:24, 3573:1,
3573:2, 3573:4,
3575:15, 3575:16,
3579:23, 3580:19,
3581:17, 3582:1,
3582:12, 3582:13,
3582:16, 3582:18,
3584:2, 3584:22,
3585:24, 3587:16,
3588:6, 3588:7,
3588:12, 3588:14,
3588:15, 3588:23,
3588:24, 3588:25,

3589:10, 3589:12,
3589:14, 3589:23,
3590:5, 3590:9,
3590:23, 3591:8,
3591:14, 3591:15,
3593:10, 3593:19,
3593:24, 3594:6,
3594:10, 3594:15,
3594:16, 3595:2,
3595:22, 3595:25,
3596:1, 3596:4,
3596:18, 3597:6,
3597:8, 3597:16,
3597:20, 3598:1,
3598:11, 3599:7,
3599:10, 3599:12,
3599:13, 3600:3,
3600:17, 3601:1,
3602:13, 3602:18,
3603:2, 3603:25,
3604:1, 3604:2,
3604:3, 3604:9,
3604:10, 3604:12,
3604:21, 3605:9,
3605:11, 3605:22,
3605:25, 3606:17,
3606:20, 3607:22,
3607:23, 3612:22,
3613:24, 3613:25,
3614:2, 3614:4,
3614:7, 3614:10,
3614:11, 3614:13,
3614:17, 3615:10,
3615:25, 3616:3,
3616:13, 3622:18,
3622:20, 3623:23,
3624:7, 3624:16,
3625:16, 3626:1,
3627:24, 3628:24,
3629:10, 3630:5,
3630:7, 3630:23,
3632:17, 3633:12,
3634:6, 3634:20,
3634:21, 3635:1,
3636:4, 3636:13,
3636:22, 3637:2,
3637:4, 3637:18,
3637:22, 3638:5,
3638:14, 3638:23,
3639:16, 3639:17,
3639:18, 3639:19,
3639:21, 3639:23,
3639:25, 3640:2,
3640:18, 3640:22,
3641:8, 3641:14,
3641:18, 3641:21,
3642:18, 3643:17,
3643:25, 3644:4,
3644:17, 3644:20,
3644:24, 3644:25,
3645:14, 3646:1,

3646:4, 3647:6,
3647:9, 3648:20,
3648:21, 3649:10,
3649:22, 3650:1,
3650:9, 3650:16,
3651:6, 3651:19,
3653:9, 3653:14,
3653:22, 3654:4,
3654:5, 3654:20,
3654:23, 3656:16,
3656:21, 3657:12,
3658:9, 3658:22,
3660:11, 3661:23,
3661:24, 3662:17,
3663:22, 3663:24,
3663:25, 3664:2,
3664:5, 3664:6,
3664:7, 3664:9
   **WE'D** [1] - 3591:16
   **WE'LL** [7] - 3582:3,
3589:10, 3589:20,
3641:6, 3641:11,
3664:1, 3664:4
   **WE'RE** [22] -
3585:21, 3586:20,
3588:8, 3589:23,
3593:11, 3594:18,
3598:13, 3603:24,
3605:4, 3605:11,
3610:23, 3621:14,
3622:20, 3624:14,
3630:9, 3635:23,
3638:12, 3649:22,
3653:20, 3664:2,
3664:3, 3664:7
   **WE'VE** [12] -
3566:22, 3573:14,
3581:10, 3597:1,
3605:8, 3605:10,
3605:22, 3608:5,
3609:17, 3643:13,
3657:1
   **WEAKENED** [2] -
3635:18, 3638:12
   **WEAKENING** [4] -
3637:25, 3638:1,
3638:21, 3645:17
   **WEATHER** [8] -
3628:20, 3629:15,
3629:16, 3636:4,
3638:21, 3659:1,
3659:13, 3662:7
   **WEEK** [2] - 3590:8,
3590:23
   **WEIGHS** [1] -
3622:17
   **WEIGHT** [1] -
3564:12
   **WELL** [67] - 3565:14,
3575:8, 3576:9,

3576:25, 3579:22,
3582:12, 3583:4,
3584:20, 3585:14,
3585:20, 3586:3,
3586:10, 3586:13,
3587:15, 3589:10,
3590:4, 3591:13,
3591:14, 3594:6,
3594:8, 3595:6,
3595:20, 3597:6,
3599:7, 3601:14,
3601:22, 3602:9,
3603:4, 3603:21,
3603:23, 3604:4,
3605:8, 3606:3,
3607:2, 3610:14,
3611:12, 3612:14,
3613:10, 3613:23,
3616:1, 3616:6,
3616:9, 3620:17,
3622:18, 3623:21,
3625:19, 3629:3,
3630:14, 3632:14,
3635:15, 3635:22,
3637:12, 3639:1,
3639:7, 3639:15,
3640:10, 3640:12,
3642:6, 3642:15,
3645:4, 3648:15,
3652:2, 3652:20,
3654:8, 3654:14,
3655:20, 3664:2
   **WENT** [3] - 3576:14,
3600:3, 3640:4
   **WERE** [55] - 3568:19,
3570:6, 3570:21,
3570:25, 3571:6,
3572:1, 3572:24,
3576:3, 3576:4,
3576:21, 3577:4,
3579:23, 3579:25,
3580:19, 3583:12,
3588:16, 3592:11,
3592:19, 3593:16,
3593:22, 3595:4,
3595:23, 3600:11,
3602:20, 3602:23,
3604:21, 3605:19,
3619:6, 3625:4,
3629:19, 3630:4,
3630:7, 3630:18,
3636:17, 3637:14,
3640:13, 3642:21,
3644:4, 3654:4,
3654:8, 3655:3,
3655:14, 3655:17,
3656:10, 3657:25,
3660:14, 3660:18,
3661:12, 3661:23,
3662:5, 3662:11,
3662:19, 3662:24,

3663:11
   **WEREN'T** [4] -
3570:22, 3601:1,
3601:7, 3663:10
   **WEST** [2] - 3635:19,
3648:24
   **WESTERINK** [1] -
3647:16
   **WESTERN** [8] -
3579:22, 3579:23,
3579:24, 3580:1,
3580:2, 3638:2,
3656:2
   **WETLAND** [1] -
3575:25
   **WETLANDS** [2] -
3575:24, 3625:5
   **WHAT** [158] - 3566:9,
3567:11, 3568:5,
3569:4, 3569:16,
3570:21, 3570:24,
3571:14, 3571:17,
3572:9, 3572:20,
3574:25, 3576:8,
3576:14, 3577:3,
3577:4, 3577:8,
3577:11, 3579:4,
3579:20, 3579:25,
3580:17, 3582:14,
3582:23, 3582:25,
3583:2, 3583:5,
3583:10, 3583:18,
3584:7, 3584:16,
3584:18, 3585:2,
3585:13, 3585:18,
3586:2, 3587:14,
3588:11, 3588:21,
3588:25, 3589:1,
3589:9, 3589:22,
3590:13, 3590:15,
3590:25, 3591:4,
3591:7, 3591:8,
3591:16, 3593:5,
3593:19, 3594:4,
3594:9, 3594:10,
3594:21, 3595:5,
3595:19, 3596:8,
3596:15, 3596:17,
3596:21, 3599:19,
3600:6, 3600:7,
3601:13, 3602:5,
3602:11, 3603:10,
3603:11, 3604:21,
3605:22, 3606:1,
3606:13, 3606:15,
3607:15, 3608:4,
3608:13, 3609:8,
3609:23, 3609:25,
3610:11, 3610:19,
3612:10, 3613:2,

3613:3, 3613:8,
3613:19, 3613:20,
3615:1, 3617:13,
3618:11, 3619:1,
3621:14, 3622:20,
3624:2, 3624:4,
3628:9, 3628:11,
3628:18, 3629:1,
3629:6, 3630:12,
3632:13, 3634:7,
3634:8, 3634:9,
3634:16, 3635:5,
3635:13, 3635:21,
3636:12, 3636:22,
3637:18, 3638:5,
3638:15, 3639:23,
3640:19, 3641:2,
3641:7, 3642:1,
3642:13, 3643:17,
3644:20, 3646:15,
3647:25, 3648:10,
3649:20, 3650:1,
3650:9, 3650:17,
3652:1, 3652:5,
3652:15, 3653:3,
3653:5, 3653:6,
3653:9, 3653:12,
3653:14, 3654:2,
3654:5, 3654:12,
3654:13, 3655:14,
3657:10, 3659:7,
3659:16, 3661:14,
3663:2, 3663:6

**WHAT'S** [12] -
3567:18, 3587:14,
3589:6, 3589:10,
3612:7, 3623:2,
3627:18, 3637:9,
3641:14, 3649:16,
3654:7, 3661:5

**WHATEVER** [4] -
3589:13, 3614:21,
3616:4, 3655:24

**WHEN** [59] - 3567:5,
3569:20, 3574:4,
3574:15, 3577:1,
3581:17, 3582:11,
3583:9, 3583:25,
3587:15, 3588:20,
3590:17, 3591:17,
3592:13, 3594:9,
3597:4, 3597:21,
3598:19, 3604:24,
3606:5, 3606:14,
3607:15, 3608:17,
3613:1, 3615:10,
3616:15, 3625:17,
3630:1, 3630:2,
3636:18, 3636:24,
3637:3, 3637:21,
3639:7, 3639:19,

3640:2, 3641:20,
3641:21, 3643:18,
3645:14, 3648:18,
3649:14, 3649:16,
3650:19, 3650:22,
3651:3, 3651:23,
3652:9, 3653:15,
3654:9, 3655:23,
3656:7, 3656:9,
3658:20, 3660:8,
3660:18, 3662:4

**WHERE** [46] -
3564:11, 3571:2,
3571:12, 3573:2,
3573:4, 3585:5,
3585:12, 3586:11,
3587:17, 3588:3,
3588:24, 3589:7,
3590:11, 3591:4,
3591:23, 3592:1,
3595:25, 3596:5,
3600:3, 3602:6,
3602:18, 3603:10,
3611:22, 3614:2,
3616:11, 3616:13,
3616:15, 3616:25,
3622:20, 3623:22,
3627:13, 3628:11,
3629:8, 3634:17,
3636:4, 3637:23,
3643:20, 3643:25,
3645:13, 3648:24,
3650:8, 3650:9,
3650:12, 3655:10

**WHEREAS** [1] -
3592:7

**WHEREIN** [1] -
3566:4

**WHEREUPON** [4] -
3578:19, 3626:3,
3626:12, 3664:13

**WHETHER** [4] -
3581:7, 3595:18,
3596:2, 3607:3

**WHICH** [57] -
3564:11, 3564:16,
3564:20, 3565:5,
3565:21, 3566:1,
3566:12, 3566:14,
3566:15, 3568:4,
3571:7, 3571:8,
3573:1, 3576:17,
3578:4, 3585:20,
3586:14, 3587:3,
3588:8, 3588:9,
3595:14, 3600:12,
3601:25, 3602:24,
3606:19, 3606:21,
3607:20, 3607:21,
3607:25, 3608:21,

3615:9, 3619:23,
3621:19, 3622:1,
3623:12, 3629:4,
3629:20, 3630:2,
3630:10, 3631:1,
3631:9, 3631:24,
3632:17, 3632:22,
3633:14, 3638:23,
3639:20, 3641:6,
3647:14, 3657:20,
3661:9, 3661:10,
3662:23

**WHILE** [5] - 3567:1,
3570:6, 3593:19,
3625:5, 3625:24

**WHO** [9] - 3570:25,
3574:12, 3581:4,
3584:11, 3593:23,
3600:11, 3633:17,
3633:18, 3660:8

**WHOLE** [5] -
3568:21, 3593:20,
3614:20, 3627:16,
3633:4

**WHOM** [3] - 3578:25,
3596:6, 3627:21

**WHOSE** [1] - 3592:5

**WHY** [20] - 3565:19,
3566:21, 3568:2,
3573:1, 3575:5,
3575:8, 3581:17,
3588:25, 3589:22,
3590:14, 3590:15,
3592:9, 3612:13,
3613:13, 3616:2,
3623:1, 3638:1,
3640:22, 3652:25,
3656:5

**WIDE** [3] - 3572:25,
3645:9, 3649:4

**WIDTH** [3] - 3574:7,
3574:8, 3574:19

**WILL** [39] - 3567:18,
3567:21, 3568:13,
3578:2, 3579:9,
3579:11, 3581:4,
3582:1, 3582:5,
3583:1, 3583:10,
3583:13, 3584:13,
3586:1, 3588:12,
3589:13, 3589:14,
3589:15, 3590:12,
3590:23, 3591:9,
3591:11, 3593:13,
3593:20, 3595:24,
3603:3, 3606:15,
3612:24, 3613:3,
3619:19, 3622:18,
3626:1, 3627:6,
3627:7, 3639:4,

3663:22, 3663:24,
3663:25, 3664:9

**WIND** [24] - 3632:23,
3633:25, 3634:4,
3636:25, 3637:3,
3637:10, 3639:1,
3639:2, 3639:3,
3639:8, 3639:25,
3640:6, 3640:24,
3641:4, 3641:8,
3644:5, 3644:9,
3651:15, 3654:3,
3654:20, 3657:8,
3657:15

**WIND-
GENERATED** [1] -
3639:1

**WINDS** [21] -
3637:11, 3637:13,
3637:14, 3637:15,
3637:17, 3638:11,
3638:22, 3639:5,
3639:7, 3639:21,
3640:1, 3640:4,
3640:13, 3642:10,
3646:13, 3653:17,
3653:20, 3654:11,
3655:24, 3656:14,
3657:9

**WISDOM** [1] - 3659:2

**WISE** [1] - 3597:3

**WISH** [1] - 3577:20

**WITH** [102] - 3567:11,
3571:5, 3573:2,
3574:6, 3574:12,
3576:1, 3579:2,
3579:3, 3579:4,
3579:14, 3579:20,
3580:22, 3581:12,
3583:9, 3584:9,
3588:18, 3588:21,
3590:7, 3590:13,
3590:14, 3590:15,
3590:24, 3591:16,
3594:20, 3595:9,
3595:20, 3596:21,
3598:3, 3598:4,
3598:18, 3599:11,
3600:2, 3608:19,
3608:22, 3609:12,
3610:3, 3611:1,
3615:6, 3615:8,
3616:3, 3616:5,
3616:19, 3617:17,
3617:20, 3618:17,
3619:6, 3619:10,
3619:16, 3619:18,
3620:6, 3620:10,
3621:16, 3622:2,
3622:13, 3622:14,

3624:20, 3624:23,
3625:4, 3625:8,
3626:17, 3626:18,
3627:25, 3629:3,
3629:4, 3629:7,
3629:10, 3629:20,
3631:3, 3631:24,
3632:9, 3633:8,
3634:16, 3638:22,
3641:16, 3642:6,
3643:5, 3644:17,
3646:4, 3646:16,
3647:19, 3650:25,
3651:22, 3653:18,
3654:24, 3655:7,
3655:21, 3656:5,
3657:13, 3657:14,
3657:15, 3657:16,
3658:17, 3658:21,
3659:8, 3659:19,
3659:20, 3660:4,
3660:13, 3660:21,
3661:8, 3661:23

**WITHDRAW** [2] -
3567:20, 3617:7

**WITHIN** [15] - 3573:3,
3573:16, 3584:12,
3599:4, 3599:7,
3599:25, 3606:5,
3606:16, 3610:13,
3613:12, 3618:10,
3629:8, 3648:1,
3648:19, 3652:18

**WITHOUT** [3] -
3581:6, 3581:9,
3660:23

**WITNESS** [28] -
3574:20, 3577:24,
3578:22, 3597:11,
3597:13, 3603:4,
3603:8, 3604:16,
3604:18, 3611:10,
3611:12, 3611:16,
3611:21, 3618:2,
3618:4, 3618:17,
3625:25, 3626:16,
3631:17, 3635:25,
3636:8, 3636:10,
3641:14, 3644:15,
3645:5, 3649:7,
3652:20, 3663:21

**WITNESS'S** [1] -
3621:7

**WITNESSES** [1] -
3563:2

**WON'T** [1] - 3650:4

**WONDER** [1] -
3567:4

**WONDERED** [1] -
3611:18

**WONDERING** [1] - 3633:12

**WOODCOCK** [28] - 3562:12, 3563:11, 3563:12, 3626:7, 3626:18, 3626:21, 3627:12, 3628:4, 3628:7, 3628:8, 3631:11, 3631:14, 3631:16, 3632:2, 3632:8, 3635:4, 3636:21, 3641:25, 3644:16, 3645:22, 3647:23, 3648:6, 3649:9, 3653:2, 3658:5, 3661:10, 3663:18

**WOODCOOK** [1] - 3631:23

**WORD** [2] - 3594:21, 3621:1

**WORDED** [1] - 3621:8

**WORDS** [11] - 3585:4, 3588:4, 3602:21, 3613:12, 3614:7, 3614:25, 3615:2, 3615:16, 3625:15, 3633:4, 3659:18

**WORK** [17] - 3564:23, 3573:2, 3576:12, 3577:21, 3581:1, 3592:17, 3604:13, 3627:21, 3627:22, 3630:1, 3658:21, 3659:8, 3659:19, 3661:2, 3661:5, 3661:8

**WORKED** [5] - 3576:7, 3576:19, 3597:15, 3626:21, 3628:10

**WORKING** [7] - 3584:8, 3587:5, 3605:1, 3622:13, 3630:14, 3659:20, 3661:23

**WORKS** [9] - 3577:25, 3579:5, 3579:10, 3581:11, 3597:3, 3622:19, 3622:22, 3623:16, 3625:14

**WORLD** [2] - 3633:20, 3633:22

**WORSE** [1] - 3653:6

**WORST** [4] - 3644:23, 3653:4, 3653:5, 3653:7

**WORTH** [2] - 3602:16, 3614:5

**WOULD** [183] - 3564:24, 3566:15, 3568:25, 3569:22, 3571:5, 3572:1, 3572:3, 3572:15, 3572:24, 3574:6, 3574:14, 3575:16, 3577:10, 3578:18, 3578:20, 3580:15, 3581:6, 3581:24, 3582:12, 3582:13, 3582:14, 3582:15, 3582:16, 3582:18, 3583:5, 3584:1, 3584:2, 3584:20, 3585:3, 3585:8, 3585:14, 3586:10, 3586:15, 3586:18, 3587:3, 3587:12, 3587:14, 3588:2, 3588:14, 3588:15, 3588:18, 3590:6, 3590:9, 3590:10, 3591:2, 3591:4, 3591:7, 3591:8, 3591:14, 3591:18, 3591:19, 3591:20, 3591:22, 3591:23, 3592:4, 3592:9, 3592:11, 3592:16, 3592:17, 3592:18, 3593:3, 3594:6, 3594:12, 3594:17, 3594:18, 3594:25, 3595:2, 3595:8, 3595:15, 3595:18, 3595:22, 3596:10, 3596:11, 3596:18, 3597:16, 3599:21, 3599:24, 3600:1, 3600:7, 3601:6, 3601:16, 3602:1, 3602:15, 3603:1, 3603:4, 3603:5, 3603:20, 3603:25, 3604:9, 3604:10, 3604:12, 3604:14, 3604:17, 3604:23, 3604:24, 3604:25, 3606:1, 3606:21, 3606:22, 3607:25, 3609:14, 3609:24, 3610:1, 3610:3, 3610:4, 3610:21, 3610:22, 3611:3, 3611:15, 3611:16, 3611:23, 3612:12, 3612:15, 3612:18, 3612:19, 3614:2,

3614:4, 3614:7, 3614:12, 3614:13, 3614:18, 3614:23, 3614:24, 3615:2, 3615:16, 3616:13, 3616:21, 3618:5, 3618:7, 3618:9, 3618:10, 3618:11, 3618:13, 3619:4, 3619:7, 3620:18, 3620:20, 3620:24, 3621:15, 3622:4, 3623:25, 3624:3, 3624:6, 3626:10, 3626:14, 3626:18, 3627:24, 3630:25, 3631:16, 3631:23, 3640:3, 3640:5, 3640:7, 3642:15, 3643:16, 3643:25, 3644:7, 3646:19, 3650:1, 3650:4, 3652:8, 3653:15, 3654:12, 3655:11, 3655:12, 3655:14, 3655:21, 3655:24, 3657:9, 3661:19, 3661:20, 3663:6

**WOULDN'T** [11] - 3569:21, 3569:25, 3572:4, 3574:10, 3604:7, 3611:1, 3611:3, 3611:22, 3618:7, 3620:23, 3621:15

**WRIGHT** [1] - 3561:1

**WRITE** [2] - 3596:5, 3623:15

**WRITING** [3] - 3596:1, 3614:25, 3615:2

**WRITTEN** [3] - 3571:4, 3596:10, 3596:14

**WRONG** [2] - 3572:2, 3619:12

**WROTE** [2] - 3570:9, 3570:11

# X

**X** [1] - 3563:1

# Y

**YARDS** [1] - 3564:17

**YEAH** [11] - 3573:25, 3577:4, 3581:1, 3597:23, 3598:6, 3616:11, 3616:13, 3616:18, 3622:18, 3625:1, 3656:9

**YEAR** [50] - 3566:3, 3567:10, 3574:23, 3574:25, 3575:12, 3575:15, 3575:17, 3575:18, 3575:20, 3576:22, 3577:12, 3579:12, 3581:8, 3581:14, 3581:17, 3581:18, 3582:10, 3583:6, 3583:14, 3583:17, 3587:8, 3587:9, 3587:12, 3588:17, 3589:23, 3590:6, 3593:24, 3594:19, 3594:24, 3597:2, 3597:5, 3597:10, 3600:24, 3602:3, 3602:10, 3603:19, 3604:22, 3604:23, 3605:5, 3610:13, 3611:1, 3612:18, 3612:20, 3612:21, 3612:23, 3622:15, 3652:15, 3652:23

**YEAR'S** [2] - 3583:22, 3594:25

**YEARS** [37] - 3573:21, 3575:23, 3576:5, 3577:11, 3577:13, 3579:3, 3582:2, 3582:12, 3593:7, 3593:16, 3593:21, 3599:6, 3600:20, 3600:25, 3605:6, 3609:7, 3609:17, 3609:18, 3612:6, 3612:10, 3612:11, 3612:18, 3612:23, 3613:1, 3613:5, 3613:17, 3620:23, 3626:22, 3626:24, 3627:16, 3628:10, 3629:19, 3630:2, 3630:14, 3639:18, 3652:16, 3659:20

**YEARS'** [1] - 3605:15

**YELLOWS** [1] - 3648:17

**YES** [143] - 3564:9, 3564:25, 3568:2, 3568:15, 3570:23, 3572:7, 3572:8, 3572:13, 3572:17, 3572:24, 3573:13, 3573:19, 3574:10, 3575:2, 3578:9, 3578:17, 3580:9, 3581:20, 3582:8,

3583:11, 3583:15, 3584:25, 3586:10, 3586:25, 3587:3, 3587:11, 3587:13, 3595:9, 3595:12, 3595:17, 3595:21, 3596:3, 3596:25, 3597:13, 3597:19, 3598:10, 3598:21, 3600:14, 3601:6, 3601:8, 3601:20, 3602:4, 3603:22, 3604:16, 3605:8, 3605:18, 3605:20, 3606:3, 3606:10, 3608:12, 3609:6, 3609:22, 3610:8, 3610:16, 3610:25, 3611:8, 3611:11, 3612:19, 3612:23, 3613:6, 3613:18, 3615:8, 3615:15, 3615:17, 3615:25, 3616:8, 3616:10, 3617:25, 3618:12, 3618:24, 3619:14, 3619:17, 3620:12, 3621:4, 3621:10, 3621:21, 3621:24, 3622:3, 3622:5, 3622:8, 3622:11, 3623:1, 3623:5, 3623:8, 3623:13, 3623:18, 3624:10, 3626:6, 3628:16, 3630:23, 3631:6, 3631:20, 3632:12, 3632:20, 3633:15, 3633:17, 3634:9, 3636:8, 3636:10, 3637:9, 3638:17, 3640:20, 3641:14, 3643:7, 3644:15, 3645:5, 3645:24, 3647:23, 3648:8, 3650:19, 3651:25, 3653:4, 3653:11, 3656:24, 3658:1, 3658:4, 3658:10, 3659:1, 3659:17, 3659:23, 3660:2, 3660:11, 3660:21, 3661:11, 3661:14, 3662:3, 3662:8, 3662:16, 3662:22, 3663:1

**YESTERDAY** [9] - 3568:24, 3569:6, 3571:15, 3572:9, 3573:6, 3574:8, 3574:24, 3575:9,

3584:23
**YET** [7] - 3565:16,
3565:24, 3593:17,
3642:10, 3644:10,
3655:17, 3660:3
**YORK** [1] - 3561:24
**YOU** [441] - 3564:9,
3564:19, 3564:24,
3565:1, 3565:11,
3565:12, 3566:10,
3566:16, 3566:18,
3566:23, 3567:17,
3568:2, 3568:4,
3568:8, 3568:9,
3568:11, 3568:13,
3569:8, 3569:14,
3569:16, 3569:20,
3569:22, 3569:24,
3569:25, 3570:2,
3570:5, 3570:6,
3570:9, 3570:11,
3570:12, 3570:14,
3570:21, 3570:22,
3570:24, 3570:25,
3571:2, 3571:10,
3571:17, 3571:18,
3572:1, 3572:9,
3572:10, 3572:12,
3572:15, 3572:16,
3572:18, 3572:20,
3572:22, 3573:6,
3573:14, 3573:15,
3573:17, 3573:18,
3573:20, 3573:23,
3574:6, 3574:8,
3574:12, 3574:23,
3574:24, 3574:25,
3575:3, 3575:5,
3575:8, 3575:11,
3575:12, 3575:14,
3575:20, 3575:21,
3575:23, 3576:3,
3576:4, 3576:9,
3576:13, 3576:17,
3576:22, 3577:6,
3577:8, 3577:16,
3577:18, 3577:20,
3577:21, 3578:18,
3578:20, 3578:25,
3579:2, 3579:4,
3579:7, 3579:9,
3579:20, 3580:21,
3581:6, 3581:10,
3581:17, 3582:22,
3582:23, 3582:25,
3583:1, 3583:9,
3583:12, 3583:16,
3583:17, 3583:24,
3584:7, 3584:16,
3584:18, 3584:24,
3585:1, 3585:2,

3585:12, 3586:1,
3587:9, 3589:9,
3590:1, 3590:17,
3591:9, 3591:11,
3591:13, 3592:13,
3593:15, 3593:23,
3594:9, 3594:25,
3595:12, 3595:18,
3596:4, 3596:15,
3596:23, 3597:21,
3598:1, 3598:9,
3598:19, 3599:1,
3599:3, 3599:5,
3599:16, 3600:10,
3600:18, 3600:19,
3601:3, 3601:10,
3601:11, 3601:12,
3601:15, 3601:21,
3602:1, 3602:14,
3603:2, 3603:12,
3603:15, 3603:19,
3603:24, 3603:25,
3604:1, 3604:17,
3604:19, 3605:24,
3607:11, 3607:15,
3607:17, 3608:4,
3609:4, 3609:13,
3609:25, 3610:1,
3610:3, 3611:1,
3611:6, 3611:21,
3611:25, 3612:1,
3612:14, 3612:15,
3612:25, 3613:7,
3613:9, 3613:16,
3613:21, 3614:14,
3614:18, 3614:24,
3615:18, 3615:20,
3616:2, 3616:4,
3616:15, 3616:19,
3616:21, 3616:23,
3617:2, 3617:5,
3617:7, 3617:17,
3617:23, 3618:1,
3618:3, 3618:24,
3619:5, 3620:3,
3620:8, 3620:9,
3620:20, 3620:23,
3620:24, 3620:25,
3621:12, 3621:15,
3621:16, 3621:17,
3621:23, 3622:1,
3622:12, 3622:21,
3623:14, 3623:15,
3624:18, 3624:19,
3624:21, 3625:2,
3625:4, 3625:8,
3625:13, 3625:20,
3625:21, 3625:23,
3625:25, 3626:9,
3626:10, 3626:14,
3627:13, 3627:15,

3627:21, 3628:4,
3628:6, 3628:9,
3628:11, 3628:15,
3628:18, 3629:1,
3629:2, 3629:6,
3630:8, 3630:22,
3631:3, 3631:12,
3631:15, 3632:9,
3632:17, 3632:18,
3633:13, 3633:16,
3634:7, 3634:8,
3634:11, 3634:22,
3634:25, 3635:3,
3635:24, 3636:7,
3637:3, 3637:7,
3637:15, 3638:7,
3638:8, 3638:9,
3638:10, 3638:14,
3639:22, 3639:23,
3639:24, 3640:2,
3640:18, 3641:5,
3641:16, 3641:18,
3641:22, 3642:9,
3642:13, 3642:15,
3642:18, 3643:5,
3643:9, 3643:16,
3643:18, 3643:21,
3643:23, 3644:1,
3644:23, 3645:2,
3645:5, 3645:7,
3645:9, 3645:17,
3646:15, 3646:16,
3647:1, 3647:6,
3647:20, 3648:3,
3648:4, 3648:7,
3648:10, 3648:18,
3648:23, 3648:24,
3648:25, 3649:1,
3649:2, 3649:4,
3650:4, 3650:6,
3650:9, 3650:13,
3650:17, 3650:20,
3650:22, 3651:1,
3651:3, 3651:8,
3651:10, 3651:13,
3651:14, 3651:15,
3651:21, 3652:5,
3652:8, 3652:15,
3652:17, 3652:23,
3652:25, 3653:5,
3653:15, 3654:13,
3654:16, 3655:8,
3655:16, 3656:17,
3656:18, 3656:21,
3657:19, 3658:5,
3658:7, 3658:17,
3658:24, 3659:4,
3659:7, 3659:16,
3659:19, 3659:25,
3660:4, 3660:7,
3660:8, 3660:9,

3660:12, 3660:13,
3660:18, 3660:19,
3660:24, 3660:25,
3661:5, 3661:8,
3661:12, 3661:19,
3661:20, 3661:22,
3661:23, 3662:4,
3662:5, 3662:13,
3662:23, 3663:3,
3663:10, 3663:12,
3663:15, 3663:17,
3663:19, 3663:20,
3663:21, 3663:24,
3664:8, 3664:9,
3664:10, 3664:11
**YOU'D** [4] - 3646:19,
3646:20, 3646:21
**YOU'LL** [7] -
3634:12, 3637:4,
3639:22, 3639:24,
3645:19, 3648:17,
3653:8
**YOU'RE** [24] -
3565:2, 3576:8,
3577:19, 3586:22,
3591:25, 3603:21,
3609:13, 3612:21,
3625:24, 3633:25,
3636:11, 3639:22,
3641:7, 3643:18,
3644:21, 3648:20,
3648:23, 3650:19,
3652:21, 3653:16
**YOU'VE** [12] -
3576:3, 3580:12,
3586:1, 3597:20,
3598:4, 3598:16,
3605:6, 3625:5,
3634:22, 3653:6,
3659:19, 3662:19
**YOUR** [128] - 3564:7,
3564:10, 3565:7,
3567:7, 3567:13,
3567:16, 3568:8,
3568:11, 3569:8,
3569:13, 3569:15,
3569:21, 3569:25,
3573:25, 3574:15,
3575:21, 3577:15,
3577:17, 3577:19,
3577:22, 3577:24,
3578:16, 3578:18,
3578:20, 3579:9,
3579:25, 3580:21,
3581:19, 3582:1,
3582:6, 3589:18,
3590:19, 3593:2,
3598:15, 3599:1,
3599:4, 3603:2,
3603:13, 3603:14,

3612:1, 3615:18,
3616:17, 3616:19,
3616:21, 3616:25,
3617:23, 3618:3,
3618:16, 3618:21,
3618:23, 3620:9,
3621:5, 3621:17,
3622:13, 3624:19,
3624:22, 3625:12,
3625:20, 3625:22,
3626:7, 3626:10,
3626:14, 3627:18,
3627:23, 3628:11,
3629:1, 3629:2,
3629:24, 3630:12,
3630:21, 3631:7,
3631:16, 3631:20,
3632:2, 3633:14,
3634:25, 3635:2,
3635:25, 3636:1,
3636:22, 3637:3,
3639:3, 3640:18,
3642:18, 3644:25,
3645:5, 3646:18,
3647:11, 3647:12,
3647:20, 3648:3,
3648:4, 3649:25,
3651:15, 3652:22,
3653:5, 3653:9,
3653:15, 3653:17,
3654:23, 3656:21,
3657:23, 3658:8,
3658:15, 3659:5,
3660:12, 3660:18,
3660:19, 3660:24,
3662:1, 3662:4,
3662:11, 3662:14,
3662:17, 3662:19,
3662:20, 3663:2,
3663:8, 3663:10,
3663:11, 3663:15,
3663:18, 3663:21,
3664:10

## Z

**ZERO** [1] - 3639:22
**ZONE** [2] - 3652:18