1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5   NORMAN ROBINSON, ET AL          *    DOCKET 06-CV-2268-K
                                     *
6   VERSUS                          *    NEW ORLEANS, LOUISIANA
                                     *
7   UNITED STATES OF AMERICA, ET AL *    MAY 12, 2009
    * * * * * * * * * * * * * * * * *

8

9

10                    VOLUME 17 - AFTERNOON SESSION
                      TRIAL PROCEEDINGS BEFORE THE
11                  HONORABLE STANWOOD R. DUVAL JR.
                     UNITED STATES DISTRICT JUDGE
12

13
    APPEARANCES:
14

15  FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                               BY:  PIERCE O'DONNELL, ESQ.
16                             550 SOUTH HOPE STREET, SUITE 1000
                               LOS ANGELES, CALIFORNIA 90071
17

18  FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                               BY:  JOSEPH M. BRUNO, ESQ.
19                                  L. SCOTT JOANEN, ESQ.
                               855 BARONNE STREET
20                             NEW ORLEANS, LOUISIANA 70113

21
    FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                             BY:  JONATHAN B. ANDRY, ESQ.
                                    KEA SHERMAN, ESQ.
23                             610 BARONNE STREET
                               NEW ORLEANS, LOUISIANA 70113
24

25

                              FINAL DAILY COPY

1    APPEARANCES (CONTINUED):

2
3    FOR THE PLAINTIFFS:          BARON & BUDD, PC
                                  BY:  THOMAS SIMS, ESQ.
                                  3102 OAK LAWN AVENUE, SUITE 1100
4                                 DALLAS, TEXAS 75219

5
     FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
6                                 BY:  JAMES P. ROY, ESQ.
                                  556 JEFFERSON STREET, SUITE 500
7                                 POST OFFICE BOX 3668
                                  LAFAYETTE, LOUISIANA 70502
8
9    FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
                                  BY:  FRANK C. DUDENHEFER JR., ESQ.
10                                601 POYDRAS STREET, SUITE 2655
                                  NEW ORLEANS, LOUISIANA 70130
11
12   FOR THE PLAINTIFFS:          DUMAS & ASSOCIATES LAW FIRM, LLC
                                  BY:  WALTER C. DUMAS, ESQ.
13                                LAWYER'S COMPLEX
                                  1261 GOVERNMENT STREET
14                                POST OFFICE BOX 1366
                                  BATON ROUGE, LOUISIANA 70821
15
16   FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT
                                  BY:  CALVIN C. FAYARD JR., ESQ.
17                                519 FLORIDA AVENUE S.W.
                                  DENHAM SPRINGS, LOUISIANA 70726
18
19   FOR THE PLAINTIFFS:          MICHAEL C. PALMINTIER, A PLC
                                  BY:  MICHAEL C. PALMINTIER, ESQ.
20                                     JOSHUA M. PALMINTIER, ESQ.
                                  618 MAIN STREET
21                                BATON ROUGE, LOUISIANA 70801

22
     FOR THE PLAINTIFFS:          LAW OFFICE OF ELWOOD C. STEVENS JR.,
23                                   A PLC
                                  BY:  ELWOOD C. STEVENS JR., ESQ.
24                                1205 VICTOR II BOULEVARD
                                  POST OFFICE BOX 2626
25                                MORGAN CITY, LOUISIANA 70381



                           FINAL DAILY COPY

1    APPEARANCES (CONTINUED):

2

3    FOR SUBROGATED INSURERS:    THE GILBERT FIRM
                                 BY:  ELISA T. GILBERT, ESQ.
                                      BRENDAN R. O'BRIEN, ESQ.
4                                325 EAST 57TH STREET
                                 NEW YORK, NEW YORK 10022
5

6    ALSO PRESENT FOR            J. ROBERT WARREN II, ESQ.
       PLAINTIFFS:               ASHLEY E. PHILEN, ESQ.
7                                MRGO LITIGATION GROUP
                                 600 CARONDELET STREET, SUITE 604
8                                NEW ORLEANS, LOUISIANA 70130

9

10   FOR THE DEFENDANT:          U.S. DEPARTMENT OF JUSTICE
                                 TORTS BRANCH, CIVIL DIVISION
                                 BY:  DANIEL M. BAEZA JR., ESQ.
11                                    JEFFREY PAUL EHRLICH, ESQ.
                                      TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                    MICHELE S. GREIF, ESQ.
                                      CONOR KELLS, ESQ.
13                                    PAUL MARC LEVINE, ESQ.
                                      JAMES F. MCCONNON JR., ESQ.
14                                    KARA K. MILLER, ESQ.
                                      RUPERT MITSCH, ESQ.
15                                    PETER G. MYER, ESQ.
                                      ROBIN D. SMITH, ESQ.
16                                    SARAH K. SOJA, ESQ.
                                      RICHARD R. STONE SR., ESQ.
17                                    JOHN WOODCOCK, ESQ.
                                 BENJAMIN FRANKLIN STATION
18                               P.O. BOX 888
                                 WASHINGTON, DC 20044
19

20   OFFICIAL COURT REPORTER:    TONI DOYLE TUSA, CCR, FCRR
                                 500 POYDRAS STREET, ROOM HB-406
21                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7778
22

23

24

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED BY COMPUTER.


                          FINAL DAILY COPY

3669

1                           **I N D E X**

2                                                        <u>PAGE</u>

3    JOANNES WESTERINK

4          DIRECT EXAMINATION                            3696

5
     DEFENSE PROFFER 6                                    3763
6

7    DEFENSE PROFFER 7                                    3786

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                         FINAL DAILY COPY

| | | |
|---|---|---|
| 12:57 | 1 | **AFTERNOON SESSION** |
| 12:57 | 2 | **(MAY 12, 2009)** |
| 12:57 | 3 | **THE DEPUTY CLERK:**  ALL RISE. |
| 12:57 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:05 | 5 | **MR. O'DONNELL:**  YOUR HONOR, I WOULD LIKE TO BE HEARD |
| 13:05 | 6 | BEFORE WE HEAR FROM THE WITNESS, AND I WOULD LIKE HIM TO LEAVE |
| 13:05 | 7 | THE COURTROOM, IF I MAY ASK. |
| 13:05 | 8 | **THE COURT:**  CAN WE HAVE A BENCH CONFERENCE FIRST |
| 13:05 | 9 | BEFORE I MAKE A DECISION. |
| 13:05 | 10 | (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD AT THE |
| 13:05 | 11 | BENCH.) |
| 13:05 | 12 | **THE COURT:**  THE REASON I ASKED FOR A BENCH CONFERENCE |
| 13:05 | 13 | IS BECAUSE I WASN'T SURE OF THE NATURE OF WHAT'S GOING ON. |
| 13:05 | 14 | **MR. O'DONNELL:**  I'M GOING TO MOVE TO EXCLUDE THIS |
| 13:05 | 15 | WITNESS.  AT 5:30 LAST NIGHT, I WAS HANDED 353 GRAPHICS, 20 |
| 13:05 | 16 | HOURS BEFORE HIS TESTIMONY, AND I NEED TO MAKE A VERY STRONG |
| 13:06 | 17 | ARGUMENT.  I DON'T WANT TO SAY ANY MORE UNTIL I HAVE A CHANCE, |
| 13:06 | 18 | BUT IT'S VERY SERIOUS, YOUR HONOR, AND I NEED TO BE HEARD. |
| 13:06 | 19 | **THE COURT:**  OKAY. |
| 13:06 | 20 | **MR. O'DONNELL:**  I THINK THE WITNESS SHOULD BE |
| 13:06 | 21 | EXCLUDED FROM THE COURTROOM.  WE CANNOT PROCEED WITH DIRECT |
| 13:06 | 22 | WITHOUT ME MAKING THIS MOTION. |
| 13:06 | 23 | **THE COURT:**  OKAY. |
| 13:06 | 24 | **MR. O'DONNELL:**  I WOULDN'T ASK FOR IT -- |
| 13:06 | 25 | **THE COURT:**  TELL ME THE REASON FOR HIM BEING EXCLUDED |

FINAL DAILY COPY

13:06   1   FROM THE COURTROOM.

13:06   2            MR. O'DONNELL:  I GOT HIT AT 5:30, PRINTED IT OUT AN

13:06   3   HOUR LATER, 353 NEW GRAPHICS.  99 PERCENT OF THEM -- 95 PERCENT

13:06   4   ARE NOT IN HIS REPORT, AND WE HAVE NEVER SEEN THEM BEFORE.  A

13:06   5   LARGE MAJORITY OF THOSE ARE INFORMATION HE CORRECTED FROM HIS

13:06   6   EXPERT REPORT, BECAUSE WE THINK HE WAS SERIOUSLY IMPEACHED IN

13:06   7   HIS DEPOSITION.  I NEED TO MAKE A RECORD AND TELL YOU ABOUT IT.

13:06   8   EVERY ONE OF THESE TABS ON THE BOTTOM OR THE SIDE ARE EITHER

13:06   9   NEW OR CORRECTED.  I'M VERY PREJUDICED.  I NEED TO MAKE A

13:06  10   RECORD.

13:06  11            THE COURT:  I'M GOING TO LET HIM MAKE A RECORD.  ANY

13:07  12   OBJECTION TO THE WITNESS LEAVING THE COURTROOM?

13:07  13            MR. SMITH:  NO.

13:07  14            MR. O'DONNELL:  THANK YOU, YOUR HONOR.

13:07  15            (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD IN

13:07  16   OPEN COURT.)

13:07  17            THE COURT:  SIR, IF YOU WOULD LEAVE, WE ARE GOING TO

13:07  18   HAVE A LEGAL ARGUMENT.

13:07  19            (WHEREUPON THE WITNESS, JOANNES WESTERINK, EXITED THE

13:07  20   COURTROOM.)

13:07  21            THE COURT:  JUST ONE SECOND.

13:07  22               OKAY, SIR.

13:07  23            MR. O'DONNELL:  YOUR HONOR, THE NEXT GOVERNMENT

13:07  24   WITNESS IS EXPERT DR. WESTERINK.  HIS EXPERT REPORT, JX-196,

13:08  25   FOCUSES EXCLUSIVELY ON SURGE MODELING USING ADCIRC.  ALL OF THE

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:08 | 1 | OTHER DEFENSE EXPERTS WHO HAVE TESTIFIED ABOUT SURGE RELIED |
| 13:08 | 2 | UPON DATA FROM DR. WESTERINK CONTAINED IN HIS EXPERT REPORT. |
| 13:08 | 3 | OBVIOUSLY, OUR CROSS OF THEM, AS YOU MAY RECALL, |
| 13:08 | 4 | WE HAVE CROSSED ABOUT USING DR. WESTERINK AND THE RELIABILITY |
| 13:08 | 5 | OF THAT AND HOW, LIKE OUR VIEW ON DOMINOS, IT AFFECTS THE OTHER |
| 13:08 | 6 | REPORTS.  OF COURSE, WE ONLY CROSSED HIM ON WHAT WAS IN |
| 13:08 | 7 | DR. WESTERINK'S EXPERT REPORT, THE HYDROGRAPHS AND OTHER DATA. |
| 13:08 | 8 | NOW, YOU MAY RECALL THAT YOU ORDERED PRODUCTION |
| 13:08 | 9 | OF THREE ADCIRC RUNS BY DR. WESTERINK, WHICH WE HAVE STILL NOT |
| 13:08 | 10 | RECEIVED, BUT THAT'S NOT WHY I RISE TODAY.  LAST NIGHT AT THE |
| 13:08 | 11 | END OF COURT, AROUND 5:30 P.M., MY COLLEAGUE ROB WARREN WAS |
| 13:08 | 12 | HANDED A DISK BY A GOVERNMENT LAWYER.  THAT DISK CONTAINS 353 |
| 13:09 | 13 | GRAPHICS, WHICH MR. SMITH NOW, AT 1:00 IN THE AFTERNOON, 20 |
| 13:09 | 14 | HOURS AFTER PRODUCTION, WILL TRY TO USE IN THIS COURTROOM. |
| 13:09 | 15 | WE PRINTED OUT THE GRAPHICS A COUPLE OF HOURS |
| 13:09 | 16 | LATER.  TO OUR AMAZEMENT, THERE WERE 353 FIGURES, TABLES, |
| 13:09 | 17 | CHARTS, AND OTHER DATA.  YOUR HONOR, VIRTUALLY ALL OF THEM ARE |
| 13:09 | 18 | BRAND-NEW.  THEY ARE NOT CONTAINED IN HIS EXPERT REPORT, AND WE |
| 13:09 | 19 | HAVE NEVER SEEN THEM BEFORE. |
| 13:09 | 20 | I CAN PASS UP TO THE COURT OR MAKE THIS PART OF |
| 13:09 | 21 | THE RECORD, A VERY QUICK REVIEW THAT DR. VAN HEERDEN AND MY |
| 13:09 | 22 | COLLEAGUE ELISA GILBERT HAVE TRIED IN THE LAST FEW HOURS TO PUT |
| 13:09 | 23 | TOGETHER, BUT WE PUT STICKUMS ON THE BOTTOM, YELLOW STICKUMS OF |
| 13:09 | 24 | ALL THESE PAGES WHICH ARE NEW.  I HAVE PUT STICKUMS ON THE |
| 13:09 | 25 | RIGHT-HAND SIDE, YELLOW, OF ALL THINGS THAT ARE IN HIS |

| 13:09 | 1 | REPORT -- THESE ARE MOSTLY HYDROGRAPHS AND OTHER TABLES, |
| 13:09 | 2 | YOUR HONOR -- THAT ARE CORRECTED.  CORRECTED, I SUSPECT, |
| 13:09 | 3 | BECAUSE HE ADMITTED IN HIS DEPOSITION A NUMBER OF THEM WERE |
| 13:10 | 4 | INACCURATE, OR WE ALSO WERE PREPARED TO PROVE THEY ARE |
| 13:10 | 5 | INACCURATE. |
| 13:10 | 6 | SO THAT'S THE STATE OF THE RECORD.  TO MY |
| 13:10 | 7 | AMAZEMENT, AT SIX MINUTES OF 1:00 TODAY, THE GOVERNMENT HANDED |
| 13:10 | 8 | A NEW DISKETTE TO MR. WARREN THAT THE COMPUTER SHOWS SAYS 350 |
| 13:10 | 9 | GRAPHICS, WHICH WE HAVEN'T EVEN BEEN ABLE TO PRINT OUT YET, |
| 13:10 | 10 | WHICH I PRESUME IS WHAT THEY WANT TO USE NOW.  EVERYTHING I |
| 13:10 | 11 | STATED, I BELIEVE, IS IN DISPUTABLE, YOUR HONOR. |
| 13:10 | 12 | YOU HAVE ASSIDUOUSLY ENFORCED A 48-HOUR RULE.  I |
| 13:10 | 13 | TASTED THE LASH OF MR. SMITH YESTERDAY FOR ONE DOCUMENT WHICH |
| 13:10 | 14 | IS IN THE RECORD.  IT'S A DX OR JX, WHATEVER.  HE WAS |
| 13:10 | 15 | PASSIONATE, NOT JUST YESTERDAY BUT OTHER TIMES, THAT YOU MUST |
| 13:10 | 16 | ENFORCE THE MANDATORY RULE.  I ASK NOW THAT IT BE EMPHATICALLY |
| 13:10 | 17 | ENFORCED.  THIS WITNESS CANNOT BE ALLOWED TO TESTIFY ABOUT ALL |
| 13:10 | 18 | OF THESE NEW GRAPHICS AND INFORMATION.  I AM SERIOUSLY |
| 13:10 | 19 | PREJUDICED. |
| 13:10 | 20 | IT GETS WORSE.  IN THE VERY BRIEF TIME THAT MY |
| 13:11 | 21 | EXPERTS AND I AND MS. GILBERT HAVE ATTEMPTED TO SEE WHAT IS IN |
| 13:11 | 22 | THIS DOCUMENT, WE ARE SHOCKED.  LET ME TICK THEM OFF, AND WE |
| 13:11 | 23 | DON'T HAVE ALL OF THEM.  THERE ARE AT LEAST FOUR NEW ADCIRC |
| 13:11 | 24 | RUNS, WHICH TAKE A WHILE TO DO, ACCORDING TO MR. SMITH LAST |
| 13:11 | 25 | FRIDAY WHEN I WAS HERE.  WHAT'S ELSE IS NEW AND DIFFERENT?  LET |

FINAL DAILY COPY

13:11      1    ME TELL YOU WHAT'S NEW.

13:11      2                    ALL OF THESE BEAR -- INTERLACED, INTERLOCKED --

13:11      3    ON HIS OPINION AND THE FOUR OTHERS WHO HAVE BEEN CROSSED AND

13:11      4    HAVE LEFT TOWN.  THERE'S NEW WIND DATA.  THERE'S CHANGED

13:11      5    CONTOURS.  A NEW ANALYSIS OF SOMETHING CALLED FLUXES.  THERE

13:11      6    ARE SHIFTED PEAK SURGES AND TIMING OF THE PEAK SURGES.  THERE'S

13:11      7    NEW ANALYSIS OF HYDROGRAPHS WITH NEW VARIABLES.  THERE'S

13:11      8    FLOODING IN THE POLDERS.  THERE'S ANALYSIS OF NEW ORLEANS EAST,

13:11      9    WHICH HAS NEVER APPEARED IN HIS NOR, YOU MAY RECALL, ANY OTHER

13:12     10    DEFENSE EXPERT'S REPORT.  THERE ARE NEW GRIDS.  THERE ARE NEW

13:12     11    COMPARISONS OF THE MRGO CROSS-SECTION.  THERE'S NEW ANALYSES OF

13:12     12    THE CHANGES IN THE WETLANDS AROUND THE MRGO AND A NEW

13:12     13    CONCLUSION DERIVED THEREFROM.  HE WAS SERIOUSLY DISCREDITED FOR

13:12     14    USING THE WRONG DATA IN HIS REPORT IN HIS DEPOSITION.

13:12     15                    YOUR HONOR, HE HAS LOWERED THE WATER LEVEL IN

13:12     16    THE IHNC BY 3 FEET.  REMEMBER WE TALKED ABOUT THAT HE GIVES US

13:12     17    3 1/2 FEET AND MY EXPERTS ONLY GIVE US 3 FEET?  THAT'S GONE.

13:12     18    HE HAS CHANGED THE TOPOGRAPHY IN REACH 1 AND REACH 2.  HE HAS

13:12     19    CHANGED THE CHANNEL WIDTH AND ELEVATION WITH NEW GRAPHS.  THERE

13:12     20    ARE SURGE HYDROGRAPHS WE HAVE NEVER SEEN BEFORE.  HE HAS DONE

13:12     21    COMPUTER RUNS THAT HE TESTIFIED IN HIS DEPOSITION HE WAS NOT

13:12     22    CAPABLE OF PERFORMING.  THERE ARE OTHER EXAMPLES.  MY HUNCH IS

13:12     23    THAT THIS IS THE REPORT AFTER HIS DEPOSITION THAT HE WISHED HE

13:12     24    HAD FILED, BUT IT IS NOT.

13:13     25                    I CANNOT EVEN BEGIN TO RESPOND TO THE DIRECT

13:13    1    MUCH LESS PREPARE A COMPETENT CROSS-EXAMINATION.  I DON'T KNOW
13:13    2    WHAT TO DO WITH THIS, YOUR HONOR.  I CAN'T CROSS HIM TODAY.  I
13:13    3    CAN'T CROSS HIM TOMORROW.  I CAN'T CROSS HIM THE NEXT DAY.
13:13    4    PLEASE, YOUR HONOR, I ASK THAT YOU ENFORCE BOTH YOUR MANDATORY
13:13    5    48-HOUR RULE AND THE FEDERAL RULES OF CIVIL PROCEDURE AND NOT
13:13    6    ALLOW THIS WITNESS TO TESTIFY.  THANK YOU.
13:13    7              **THE COURT:**  MR. SMITH.
13:13    8              **MR. SMITH:**  YOUR HONOR, MR. O'DONNELL IS SERIOUSLY
13:13    9    MISTAKEN.  THERE IS NOTHING IN THE GRAPHICS THAT WE HAVE GIVEN
13:13   10    YOU TODAY, WE HAVE GIVEN THE PLAINTIFFS TODAY, WE GAVE THEM
13:13   11    YESTERDAY THAT IS NOT BASED UPON THE DATA UPON WHICH HIS REPORT
13:13   12    WAS WRITTEN.
13:13   13              AS YOUR HONOR KNOWS, BECAUSE THIS WAS BROUGHT TO
13:13   14    YOUR HONOR'S ATTENTION LAST WEEK, THERE WERE A FEW PLOTS THAT
13:14   15    WORKED THEIR WAY INTO HIS REPORT FROM A PRIOR STUDY THAT HE HAD
13:14   16    DONE FOR ANOTHER PURPOSE.  THOSE PLOTS WERE NOT THE BASIS FOR
13:14   17    ANY OF THE COMPARISONS HE DID BETWEEN THE *WITH THE MRGO*,
13:14   18    *WITHOUT THE MRGO*, *WITH THE WETLANDS*, *WITHOUT THE WETLANDS*.  ALL
13:14   19    THOSE COMPARISONS WERE DONE WITH THE DATA THAT WE GAVE THE
13:14   20    PLAINTIFFS BACK IN DECEMBER.  THEY HAVE HAD THE DATA.  ALL THE
13:14   21    FIGURES THAT ARE IN THIS REPORT ARE BASED UPON THE DATA, THE
13:14   22    SINGLE RUN THAT FORMS THE BASIS OF HIS OPINIONS.
13:14   23              **THE COURT:**  WHEN YOU SAY "BASED UPON," YOU MIGHT
13:14   24    EXPLAIN THAT TO THE COURT, WHO IS NOT AS FAMILIAR WITH THESE
13:14   25    COMPUTER RUNS AND HOW ONE EXTRAPOLATES FROM THAT.  SO YOU MIGHT

| | | |
|---|---|---|
| 13:14 | 1 | TELL ME, WHEN YOU SAY "BASED UPON," WHAT YOU MEAN BY THAT. |
| 13:14 | 2 | **MR. SMITH:**  THE ADCIRC MODEL HAS, IF YOU WILL, TWO |
| 13:15 | 3 | COMPONENTS.  THERE'S A CODE.  IT'S A COMPUTER CODE WHICH |
| 13:15 | 4 | APPLIES MATHEMATICAL EQUATIONS THAT REPRESENT OR REPLICATE THE |
| 13:15 | 5 | PHYSICS OF STORM SURGE:  CURRENTS, ELEVATION, AND DIRECTION. |
| 13:15 | 6 | IT CALCULATES THOSE EVERY HALF-SECOND, I BELIEVE, OR EVERY 30 |
| 13:15 | 7 | SECONDS.  I CAN'T REMEMBER WHETHER IT'S HALF -- IT'S EITHER |
| 13:15 | 8 | HALF A MINUTE OR HALF A SECOND, BUT IT CALCULATES THOSE |
| 13:15 | 9 | REPEATEDLY AT VARIOUS LOCATIONS THROUGHOUT WHAT'S CALLED THE |
| 13:15 | 10 | DOMAIN.  SO THAT'S THE OTHER PART OF THE ADCIRC MODEL IS WHAT'S |
| 13:15 | 11 | REFERRED TO AS THE DOMAIN OR THE GRID. |
| 13:15 | 12 | THE GRID IS A REPRESENTATION OF THE TOPOGRAPHY |
| 13:15 | 13 | AND THE BATHYMETRY WITHIN THE AREA OF STUDY.  DR. WESTERINK'S |
| 13:15 | 14 | MODEL, THE ADCIRC MODEL, HAS BEEN IN USE NOW FOR ABOUT 20 |
| 13:15 | 15 | YEARS.  OVER THAT PERIOD OF TIME, HE IS CONTINUALLY GATHERING |
| 13:16 | 16 | NEW INFORMATION, MORE DETAILS ABOUT THE GRID, THE TOPOGRAPHY IN |
| 13:16 | 17 | SOUTHEASTERN LOUISIANA, MISSISSIPPI, AND NOW THE MODEL'S BEING |
| 13:16 | 18 | APPLIED ALONG THE COAST OF TEXAS AS WELL. |
| 13:16 | 19 | THE MORE INFORMATION HE GETS, THE FINER THE GRID |
| 13:16 | 20 | CAN BECOME, THE MORE NODES, AS YOU WILL HEAR HIM EXPLAIN.  IT'S |
| 13:16 | 21 | A FINITE ELEMENT GRID.  SO WHERE THESE TRIANGULAR GRIDS COME |
| 13:16 | 22 | TOGETHER, THEY ARE CALLED NODES.  THE NUMBER OF NODES KEEPS |
| 13:16 | 23 | EXPANDING, AND THE MORE NODES YOU HAVE IN A PARTICULAR AREA, |
| 13:16 | 24 | THE MORE INFORMATION YOU CAN GET ABOUT THE CHANGES IN THE |
| 13:16 | 25 | TOPOGRAPHY OR BATHYMETRY. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:16 | 1 | SO AS DR. KEMP SAID IN DESCRIBING WHAT |
| 13:16 | 2 | DR. WESTERINK DOES, HE GETS UP EVERY DAY AND HE IMPROVES HIS |
| 13:17 | 3 | MODEL.  HE MAKES CHANGES TO HIS GRID, AND THEY WORK ON THE |
| 13:17 | 4 | CODE.  THEY'RE IMPROVING THE CODE TO INCORPORATE NEW ASPECTS OF |
| 13:17 | 5 | THE PHYSICS THAT ARE INVOLVED IN THE MOVEMENT OF SURGE. |
| 13:17 | 6 | SOMETHING THAT'S NEW SINCE HURRICANE KATRINA IS |
| 13:17 | 7 | THE ABILITY TO INCORPORATE THE EFFECTS OF FRICTION.  THAT'S A |
| 13:17 | 8 | BIG THING THAT YOUR HONOR HAS HEARD ABOUT IN THIS CASE, MARSH |
| 13:17 | 9 | AND TREES AND HOW THAT IMPACTS THE FLOW OF WATER DURING THIS |
| 13:17 | 10 | EVENT.  THAT'S SOMETHING NEW THAT'S IN HIS MODEL. |
| 13:17 | 11 | THERE ARE SOME GRAPHICS THAT THE PLAINTIFFS HAVE |
| 13:17 | 12 | NOT SEEN BEFORE, BUT THEY'RE NOT GRAPHICS THAT THE PLAINTIFFS |
| 13:17 | 13 | COULD NOT HAVE CREATED THEMSELVES FROM THE DATA THAT THEY WERE |
| 13:17 | 14 | PROVIDED.  THIS IS MUCH LIKE THE GIS FILE THAT THE PLAINTIFFS |
| 13:17 | 15 | GAVE US THAT THEY HAVE USED REPEATEDLY WITH ALL OF THEIR |
| 13:17 | 16 | WITNESSES TO SHOW THE COURT THE WIDENING OF THE CHANNEL.  EVERY |
| 13:18 | 17 | DAY WE COME INTO COURT AND THEY HAVE A NEW EXHIBIT.  IT'S |
| 13:18 | 18 | 157.32, 157.56.  WE NEVER SAW ANY OF THOSE GRAPHICS BEFORE THIS |
| 13:18 | 19 | TRIAL BEGAN AND, INDEED, THEY WEREN'T GIVEN TO US AHEAD OF |
| 13:18 | 20 | TIME; YET WE HAVE THE DATA THAT THOSE WERE GENERATED FROM. |
| 13:18 | 21 | DR. WESTERINK'S GRAPHICS TODAY ARE NOT EVIDENCE, |
| 13:18 | 22 | THEY ARE MERELY DEMONSTRATIVES, BUT THEY DO REFLECT THE DATA |
| 13:18 | 23 | UPON WHICH HIS OPINIONS WERE FORMED AND THE DATA THAT WAS |
| 13:18 | 24 | PROVIDED TO THE PLAINTIFFS.  THERE IS NO OTHER DATA.  THERE ARE |
| 13:18 | 25 | NO OTHER RUNS.  THE PLAINTIFFS ARE MISTAKEN REGARDLESS OF |

FINAL DAILY COPY

```
13:18    1    WHETHER THEY THINK THEY HAVE GOOD-FAITH REASONS FOR SAYING
13:18    2    THAT.
13:18    3                    DR. WESTERINK, I BELIEVE, WILL SAY UNDER OATH,
13:18    4    BECAUSE HE HAS TOLD US REPEATEDLY, THERE'S ONE RUN -- IT'S
13:18    5    CALLED THE DOJ RUN -- THAT HE USED TO CREATE HIS OPINIONS IN
13:19    6    THIS CASE.  HE USED A PRIOR REPORT THAT HE DID AS A TEMPLATE,
13:19    7    IF YOU WILL, BECAUSE A LOT OF THE DESCRIPTIONS OF THE MODEL ARE
13:19    8    THE SAME.  RATHER THAN START FROM SCRATCH AND WRITE A
13:19    9    COMPLETELY NEW REPORT, HE TOOK AN OLD REPORT AND ATTEMPTED TO
13:19   10    ADAPT IT FOR USE IN THIS CASE.
13:19   11                    IN DOING SO, SOME OF THE GRIDS, SOME OF THE
13:19   12    PLOTS, IF YOU WILL, THE SURFACE ELEVATION PLOTS FROM THAT OLDER
13:19   13    STUDY WERE INCORPORATED INTO THIS REPORT, BUT HE DIDN'T BASE
13:19   14    HIS OPINIONS ON THOSE PLOTS.  THEY WEREN'T THE BASIS OF THE
13:19   15    DIFFERENCES THAT HE DESCRIBES IN HIS REPORT, NOR WERE THEY THE
13:19   16    BASIS OF THE DATA THAT WAS GIVEN TO THE PLAINTIFFS.
13:19   17                    SO, YOUR HONOR, WE WOULD ASK THAT THE
13:19   18    PLAINTIFFS' MOTION BE DENIED.
13:19   19            THE COURT:  LET ME ASK MR. SMITH A FEW QUESTIONS
13:19   20    BEFORE YOU GET UP, MR. O'DONNELL.
13:19   21                    THE QUESTIONS I HAVE ARE, FIRST, AS A RESULT --
13:20   22    THIS IS A LOT OF INFORMATION IF THE PLAINTIFFS ARE CORRECT.
13:20   23    DOES DR. WESTERINK GIVE ANY NEW OR MODIFIED OPINIONS?
13:20   24            MR. SMITH:  NO, YOUR HONOR.
13:20   25            THE COURT:  WHAT ABOUT THE WATER LEVEL IN THE IHNC?
```

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:20 | 1 | **MR. SMITH:**  I GUESS THEY'RE MISTAKEN ABOUT THAT.  HE |
| 13:20 | 2 | HASN'T CHANGED HIS OPINION ABOUT THAT. |
| 13:20 | 3 | **THE COURT:**  THIS IS MY SUMMARY OF THE EXPERT REPORT, |
| 13:20 | 4 | WHICH CAN BE FATALLY FLAWED.  I DID THE BEST I COULD, AND I |
| 13:20 | 5 | COULD BE WRONG.  I HAVE THAT THE CONSTRUCTION OF THE MRGO |
| 13:20 | 6 | REACH 1/GIWW DOES IMPACT HURRICANE KATRINA WATER LEVELS IN MRGO |
| 13:20 | 7 | REACH 1 AND THE IHNC.  I UNDERSTAND DR. WESTERINK SAYING THAT |
| 13:20 | 8 | ALTHOUGH WATER LEVELS AT PARIS ROAD AND SEABROOK ARE NOT |
| 13:20 | 9 | IMPACTED, DISTRIBUTION OF WATER ALONG THE MRGO REACH 1/GIWW AND |
| 13:20 | 10 | THE IHNC HAS CHANGED, WITH WATER LEVELS DROPPING MORE QUICKLY |
| 13:20 | 11 | AS THEY FLOW THROUGH TOWARDS LAKE PONTCHARTRAIN.  THE RESULTS |
| 13:21 | 12 | OF WATER LEVELS AT THE CONFLUENCE OF THE MRGO AND IHNC ARE BY |
| 13:21 | 13 | UP TO 3.5 FEET. |
| 13:21 | 14 | **MR. SMITH:**  THAT'S HIS OPINION, YOUR HONOR.  HE |
| 13:21 | 15 | HASN'T CHANGED THAT OPINION.  I THINK THEY MUST BE CONFUSING |
| 13:21 | 16 | THE COMPARISON BETWEEN THE *NO MRGO* IN THE KATRINA REAL RUN WITH |
| 13:21 | 17 | THE *MRGO AS DESIGNED*.  IN THE *MRGO AS DESIGNED*, THERE'S ALMOST |
| 13:21 | 18 | NO INFLUENCE ANYWHERE BECAUSE -- COMPARED TO THE KATRINA REAL |
| 13:21 | 19 | RUN, BECAUSE THERE'S NOT MUCH CHANGE IN THE SIZE OF THAT |
| 13:21 | 20 | REACH 1 CONDUIT.  I'M JUST SPECULATING, BUT HE HASN'T CHANGED |
| 13:21 | 21 | HIS OPINIONS.  HE IS NOT GOING TO SAY ONE THING TODAY DIFFERENT |
| 13:21 | 22 | FROM WHAT IS IN HIS REPORT. |
| 13:21 | 23 | **THE COURT:**  IN GOING THROUGH YOUR DIRECT, YOU MAY NOT |
| 13:21 | 24 | KNOW THE EXACT NUMBER, BUT DO YOU INTEND TO DISPLAY ALL THE |
| 13:22 | 25 | 300-SOME-ODD GRAPHS IN ADDITION TO OTHERS? |

```
13:22    1           MR. SMITH:  WELL, I WILL SAY THIS, YOUR HONOR:  WE
13:22    2    WANT TO FINISH TODAY.  SO I'VE TOLD HIM, IF WE ARE NOT GETTING
13:22    3    THROUGH THEM, WE WILL SKIP SOME OF THEM, BUT I THINK THEY'RE
13:22    4    USEFUL FOR THE COURT'S INFORMATION.  THAT'S WHY THEY'RE IN THIS
13:22    5    BINDER.
13:22    6           THE COURT:  FRANKLY, IT'S DIFFICULT FOR ME TO ASSESS
13:22    7    THE LEVEL OF PREJUDICE TO THE PLAINTIFFS BECAUSE I'M NOT SURE,
13:22    8    ONE, THE GRAPHS, HOW DIFFERENT THEY ARE.  AS I UNDERSTAND IT,
13:22    9    THEY'RE DONE TO REINFORCE HIS ALREADY EXISTING OPINION OR ADD
13:22   10    FURTHER SUPPORT FOR IT.
13:22   11           MR. SMITH:  YES.  IT'S JUST EXPLANATION, YOUR HONOR.
13:22   12    FROM OUR PERSPECTIVE, I MEAN, THAT'S THE WAY WE SEE THIS.
13:22   13           THE COURT:  IT'S A LOT OF MATERIAL FOR THEM TO GO
13:22   14    OVER.
13:22   15           MR. O'DONNELL:  I CAN'T DO IT.
13:22   16           THE COURT:  THAT'S THE PROBLEM I HAVE.  IT'S NOT JUST
13:22   17    ONE OR TWO; IT'S APPARENTLY HUNDREDS.
13:22   18           MR. SMITH:  YOUR HONOR, I RESPECTFULLY DISAGREE WITH
13:23   19    THAT REPRESENTATION, AND I WOULD ALSO SAY, YOUR HONOR --
13:23   20           THE COURT:  TELL ME HOW YOU DISAGREE WITH IT.
13:23   21           MR. SMITH:  I THINK MOST OF THE GRAPHICS ARE IN THE
13:23   22    REPORT.
13:23   23           MR. O'DONNELL:  NO, THEY'RE NOT.
13:23   24           MR. SMITH:  THERE ARE SOME NEW GRAPHICS THAT WERE
13:23   25    DEVELOPED USING THE DATA THAT'S AVAILABLE TO THE PLAINTIFFS,
```

FINAL DAILY COPY

13:23    1    SIMPLE APPLICATION OF THE MODEL.

13:23    2            THE COURT:  DO YOU HAVE ANY IDEA WITHOUT PUTTING IT

13:23    3    TO AN EXACT NUMBER?

13:23    4            MR. SMITH:  NO.  I CAN'T TELL YOU HOW MANY OF THEM

13:23    5    ARE NEW, BUT I WILL SAY THIS, YOUR HONOR:  I BELIEVE THIS HAS

13:23    6    BEEN A CALCULATED DECISION BY THE PLAINTIFFS TO MAKE THIS MOVE

13:23    7    AS OPPOSED TO DEALING WITH WHAT WE TOLD THEM DURING THE

13:23    8    DEPOSITION WAS TRUE; THAT WE HAD DOJ RUNS.  THIS IS ALL IN THE

13:23    9    DEPOSITION.  THEY DISCOVERED THIS AT THE DEPOSITION, WHICH WAS

13:23    10   DONE MONTHS AGO; THAT THERE WERE SOME GRAPHS IN THERE THAT WERE

13:23    11   PUT IN THERE INADVERTENTLY.  THEY DECIDED TO PLACE THEIR ENTIRE

13:23    12   DEFENSE UPON THE PRESENCE OF SOME FALSE GRAPHS WHICH THEY WERE

13:23    13   TOLD WE DID NOT RELY UPON.  THEY COME HERE TODAY, MONTHS

13:23    14   LATER -- MR. O'DONNELL, WHO DID NOT DO THE DEPOSITION, HAS NOT

13:23    15   BEEN INVOLVED WITH THIS WITNESS UNTIL THE VERY LAST MINUTE,

13:24    16   STANDS UP AND SAYS, "I CANNOT DO THIS CROSS-EXAMINATION,

13:24    17   YOUR HONOR."  I SUBMIT THAT THIS IS ENTIRELY GAMESMANSHIP AND A

13:24    18   PLOY TO DEPRIVE THE UNITED STATES OF THE DEFENSE THAT IT HAS IN

13:24    19   THIS CASE.

13:24    20           THE COURT:  AS YOU WERE ADAMANT ABOUT YESTERDAY, WHAT

13:24    21   ABOUT THE 48-HOUR RULE?  YOU KNOW, STRIDENCY BEGETS STRIDENCY.

13:24    22   SO EXPLAIN TO ME WHY THEY WEREN'T GIVEN TO HIM 48 HOURS BEFORE,

13:24    23   HOWEVER OUTRAGEOUS, WHATEVER KIND OF PLOY IT IS.

13:24    24           MR. SMITH:  THESE ARE DEMONSTRATIVES, YOUR HONOR.

13:24    25   THESE ARE NOT EXHIBITS.

FINAL DAILY COPY

13:24  1          **THE COURT:**  IS IT BEYOND --

13:24  2          **MR. SMITH:**  ALMOST NONE OF THE DEMONSTRATIVES -- I

13:24  3  DON'T THINK THE PLAINTIFFS HAVE GIVEN US A SINGLE THING 48

13:24  4  HOURS IN ADVANCE, YOUR HONOR, TO BE HONEST.

13:24  5          **MR. O'DONNELL:**  THAT'S NOT TRUE, YOUR HONOR.

13:24  6  ABSOLUTELY FALSE.

13:24  7          **THE COURT:**  WHAT WERE WE ARGUING ABOUT YESTERDAY?

13:24  8          **MR. SMITH:**  NEW DOCUMENTS, EVIDENCE THAT THEY WANTED

13:24  9  TO SUBMIT, THAT WE HAD NEVER SEEN BEFORE.  THIS IS NOT NEW

13:24  10  EVIDENCE, YOUR HONOR.  THESE ARE EXPLANATORY AIDS FOR THE COURT

13:25  11  TO UNDERSTAND DR. WESTERINK'S TESTIMONY.

13:25  12          **THE COURT:**  IF THEY'RE NOT NEW EVIDENCE, YOU MEAN

13:25  13  THEY'RE NOT GOING INTO THE RECORD?

13:25  14          **MR. SMITH:**  THEY'RE DEMONSTRATIVES.  JUST LIKE ALL

13:25  15  THE DEMONSTRATIVES, THEY ARE NOT EVIDENCE.  WE AGREED AT THE

13:25  16  BEGINNING DEMONSTRATIVES ARE NOT EVIDENCE.

13:25  17          **THE COURT:**  THESE ARE A LOT.  HOW AM I GOING TO

13:25  18  KNOW -- THERE ARE HUNDREDS.  I NEED TO UNDERSTAND THE NATURE OF

13:25  19  THEM, WHAT THEY INTEND TO ILLUSTRATE.  IT'S VERY DIFFICULT TO

13:25  20  MAKE A SNAP DECISION THAT'S FAIR TO EVERYBODY AT THIS POINT.

13:25  21  I'M STILL PONDERING.

13:25  22              MR. SMITH, I'M GOING TO LET MR. O'DONNELL REBUT,

13:25  23  AND THEN IF YOU NEED TO SAY SOMETHING ELSE I'LL GIVE YOU --

13:25  24          **MR. O'DONNELL:**  I'M AN OFFICER OF THE COURT.  I'M NOT

13:25  25  GOING TO RESPOND TO THE *AD HOMINEM* ATTACK JUST MADE ON ME.  I'M

FINAL DAILY COPY

13:25      1   LEAD TRIAL COUNSEL AND I'LL DO WHAT WITNESSES I WANT.  I'VE
13:25      2   BEEN ASKED TO DO THIS WITNESS.  I'M ASSISTED ABLY BY
13:25      3   MS. GILBERT.  WE TOOK HIS DEPOSITION.  SHE JUST WHISPERED TO
13:25      4   ME, "HEY, PIERCE.  I COULDN'T CROSS-EXAMINE THIS GUY IN THE
13:25      5   NEXT THREE DAYS, AND I TOOK HIS DEPO."  I'M GOING TO
13:25      6   CROSS-EXAMINE THIS WITNESS, OKAY, WHO I THINK IS AN IMPORTANT
13:26      7   WITNESS FOR THE GOVERNMENT.
13:26      8            **THE COURT:**  FIRST OF ALL, THIS WITNESS, DO WE GET
13:26      9   RIGHT TO IT?  IS THIS THE TIMING AND DURATION OF THE SURGE?
13:26     10            **MR. O'DONNELL:**  IT'S AMONG OTHER THINGS.  BUT,
13:26     11   YOUR HONOR, YOU WERE A TRIAL LAWYER.  THE DEVIL IS IN THE
13:26     12   DETAILS.  HE HAS GOT SO MANY DETAILS WRONG THAT HE HAS TRIED TO
13:26     13   CORRECT, AND MR. SMITH IS JUST WRONG.  IF I HAD UNTIL TOMORROW
13:26     14   MORNING, I'LL PUT DR. VAN HEERDEN ON THE STAND, AND HE WILL
13:26     15   TAKE YOU THROUGH THAT NOTEBOOK AND HE'LL TELL YOU CHAPTER AND
13:26     16   VERSE WHAT IS NEW AND WHAT IS DIFFERENT.
13:26     17            I CANNOT UNDERSTAND HOW I CAN BE ALLOWED TO EVEN
13:26     18   SIT HERE AND DO A DIRECT RESPONSE.  THE 48-HOUR RULE MAKES A
13:26     19   DIFFERENCE WHEN THEY DATA-DUMP 350 EXHIBITS ON YOU, NUMBER ONE.
13:26     20            NUMBER TWO, THIS MAN'S TESTIMONY WAS SEVERELY
13:26     21   IMPEACHED IN DEPO.  YOU JUST HEARD MR. SMITH SAY, "WELL, YEAH,
13:26     22   WE DID SOME NEW RUNS.  THEY HAVE HAD 50 TERABYTES, OR WHATEVER,
13:26     23   OF INFORMATION AND THEY COULD HAVE, LIKE A BUNCH OF
13:27     24   SOOTHSAYERS, DIVINED WHAT MY 350 GRAPHICS ARE GOING TO BE."
13:27     25   I'M JUST TELLING YOU THAT'S THE PROBLEM THE DEFENSE TEAM HAS.

```
13:27   1            I ASKED DR. VAN HEERDEN -- DR. KEMP ISN'T EVEN
13:27   2    HERE.  WE WOULD NEED HIM.  DR. VRIJLING IS IN HOLLAND.  I DON'T
13:27   3    KNOW HOW MANY TIME ZONES AWAY.  WE NEED TO CONFER ON THIS
13:27   4    BECAUSE WHAT I TOLD YOU, I'M RELYING ON MY COLLEAGUES, IS
13:27   5    ABSOLUTELY TRUE.  THERE ARE A DOZEN OR TWO DOZEN NEW
13:27   6    PRESENTATIONS HERE, AND I DON'T KNOW HOW MR. SMITH CAN GET UP
13:27   7    AND LOOK THE COURT IN THE EYE AND SAY, "OH, THE PLAINTIFFS
13:27   8    AREN'T PREJUDICED."
13:27   9            I WANT TO ENFORCE THE 48-HOUR RULE, NUMBER ONE,
13:27  10    ESPECIALLY IN THESE CIRCUMSTANCES.  NUMBER TWO, I WANT TO BE
13:27  11    ABLE TO PRESENT TO THE COURT, MAYBE TOMORROW MORNING, WHY THIS
13:27  12    TESTIMONY CAN'T GO FORWARD AT THIS POINT.
13:27  13            THE ONLY ALTERNATIVE REMEDY I CAN THINK OF IS
13:27  14    ADJOURNING THIS WITNESS, GIVING US TIME TO PREPARE A NEW
13:27  15    DEPOSITION OF HIM, AND COMING BACK, YOU KNOW, FOR ONE LAST -- I
13:27  16    KNOW YOU HAVE A FOUR-WEEK LIMIT.  MAYBE YOU COULD HEAR US FOR A
13:28  17    HALF A DAY.  OTHERWISE, I DON'T KNOW HOW I CAN RESPOND, AND I'M
13:28  18    NOT EXAGGERATING.
13:28  19            I BELIEVE DR. WESTERINK IS THEIR HAIL MARY PASS
13:28  20    IN THIS CASE, AND HE IS GOING TO TRY TO EXPLAIN TO THE COURT,
13:28  21    "WELL, I GOT THIS WRONG" AND, "YES, EBERSOLE CAME AND TINKERED
13:28  22    WITH MY TIME ZONES," AND ALL THE THINGS THEY'RE GOING TO SAY.
13:28  23    THOSE ARE DETAILS THAT THEY HAVE TRIED TO CORRECT IN THIS 350
13:28  24    PAGES.  YOUR HONOR, I RESPECTFULLY SUBMIT THAT THIS IS NOT WHAT
13:28  25    THE COURT HAS EXPECTED OF COUNSEL, AND WE SHOULDN'T BE DEPRIVED
```

```
13:28    1   OF OUR FUNDAMENTAL RIGHTS IN THIS REGARD.
13:28    2            THE COURT:  JUST TAKE A FEW MINUTES, AND I'M GOING TO
13:28    3   RECESS FOR A MINUTE.
13:28    4            MR. SMITH:  YOUR HONOR, I JUST HAVE TO SAY ONE THING.
13:28    5   I'LL SAY THIS AGAIN:  THERE WERE NO NEW RUNS.  WELL, I MEAN,
13:28    6   I'LL REPRESENT TO THE COURT THERE ARE NO NEW RUNS.  HE HAS DONE
13:28    7   RUNS SINCE THEN.  THIS PRESENTATION IS BASED UPON THE SAME RUN
13:28    8   HIS REPORT WAS BASED UPON.  IF WE DO ANOTHER DEPOSITION, IF WE
13:28    9   HAVE ANOTHER TRIAL IN THIS CASE, HE WILL HAVE A NEW MODEL BY
13:29   10   THEN.  I MEAN, THIS IS THE WAY -- HE IS CONSTANTLY UPDATING HIS
13:29   11   WORK.
13:29   12            TO ABIDE BY THE COURT'S SCHEDULING, WE HAVE NOT
13:29   13   GIVEN THIS COURT HIS MOST RECENT WORK.  WE HAVEN'T GIVEN THE
13:29   14   PLAINTIFFS HIS MOST RECENT WORK.  WE ARE NOT RELYING ON HIS
13:29   15   MOST RECENT WORK.  WE ARE RELYING UPON THE WORK HE DID LAST
13:29   16   YEAR THAT FORMED THE BASIS OF THE DECEMBER REPORT WHICH WAS
13:29   17   PRODUCED TO THE PLAINTIFFS.
13:29   18            THE COURT:  WELL, CERTAINLY, THE COURT IS NOT HAPPY
13:29   19   WITH HAVING TO DEAL WITH THIS KIND OF THING IN A TRIAL THAT'S
13:29   20   BEEN -- SOMETHING THAT'S BEEN EXTANT FOR THREE YEARS, FRANKLY.
13:29   21   BUT, YOU KNOW, A LOT OF THINGS HAPPEN THAT I'M NOT HAPPY ABOUT.
13:29   22            MR. O'DONNELL:  WELL, I THINK TO BLAME THE VICTIM BY
13:29   23   MR. SMITH IS NOT FAIR, YOUR HONOR.  JUST GO TO ONE PAGE.  THIS
13:29   24   IS NEW.  I DON'T KNOW WHAT PAGE IT IS BECAUSE THEY DIDN'T
13:29   25   NUMBER THEIR GRAPHICS.  PASS IT UP.  "FINDINGS:  CHANGES OF THE
```

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:29 | 1 | MRGO," THIS IS DIFFERENT, JUST ONE ILLUSTRATION OF MANY. |
| 13:30 | 2 | "CHANGES TO THE BOTTOM TOPOGRAPHY OF THE MRGO," WHICH, OF |
| 13:30 | 3 | COURSE, AFFECTS WHAT CONCLUSION YOU DRAW IF YOU CHANGE SUCH A |
| 13:30 | 4 | KEY VARIABLE, YOUR HONOR. |
| 13:30 | 5 | THE COURT:  WELL, WAIT, WAIT.  DON'T BE TALKING TO MY |
| 13:30 | 6 | LAW CLERK ABOUT THAT. |
| 13:30 | 7 | THE LAW CLERK:  SHE IS JUST SHOWING ME -- |
| 13:30 | 8 | THE COURT:  ADDRESS IT TO THE COURT.  SHOW IT TO ME. |
| 13:30 | 9 | YOU MEAN THIS SHOWS A CROSS-SECTION OF THE MRGO |
| 13:30 | 10 | REACH, SHOWING THAT REACH 1 AND REACH 2 HASN'T CHANGED IN THE |
| 13:31 | 11 | ABILITY TO CONVEY WATER? |
| 13:31 | 12 | MR. O'DONNELL:  YES.  THAT PAGE IS NOT IN HIS EXPERT |
| 13:31 | 13 | REPORT IS MY POINT, AND THE ANALYSIS THAT PRECEDES IT, |
| 13:31 | 14 | YOUR HONOR.  I'LL REPRESENT THAT HE DOESN'T TALK ABOUT THE |
| 13:31 | 15 | BOTTOMS IN HIS REPORT AND NOW WE HAVE GOT BOTTOMS. |
| 13:31 | 16 | THE COURT:  ALL RIGHT.  GIVE ME A FEW MINUTES TO |
| 13:31 | 17 | THINK ABOUT HOW I'M GOING TO HANDLE THIS.  WE'LL TAKE A RECESS |
| 13:31 | 18 | FOR 10 MINUTES OR SO. |
| 13:31 | 19 | THE DEPUTY CLERK:  ALL RISE. |
| 13:31 | 20 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 13:39 | 21 | THE DEPUTY CLERK:  ALL RISE. |
| 13:45 | 22 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:45 | 23 | THE COURT:  I AM IN A SITUATION WHERE GIVEN THE |
| 13:45 | 24 | TIME -- THIS TRIAL IS GOING TO END THIS WEEK.  WHATEVER |
| 13:45 | 25 | HAPPENS, WHOEVER DOES OR DOESN'T TESTIFY, IT'S GOING TO END |

13:45  1  THIS WEEK.  WE MAY HAVE TO WORK UNTIL MIDNIGHT, BUT IT'S GOING

13:45  2  TO END THIS WEEK.

13:45  3           FIRST, THE COURT HAS BEEN PUT IN A REALLY

13:45  4  UNFORTUNATE SITUATION.  I SHOULD NOT BE PUT IN THIS SITUATION

13:46  5  BECAUSE I WOULD LIKE MY DECISIONS AT LEAST -- THEY MAY BE

13:46  6  WRONG, BUT THEY ARE GENERALLY CONSIDERED.  IT'S HARD TO MAKE A

13:46  7  CONSIDERED DECISION BASED ON THIS VOLUME OF STUFF THAT'S THIS

13:46  8  COMPLICATED, SO SOLOMON WOULD BE CHALLENGED.  WE HAVE HAD FOUR

13:46  9  WEEKS, AND THAT'S A WEEK LONGER THAN ORIGINALLY SCHEDULED, WITH

13:46  10  SOME HIATUSES THAT WERE DUE TO THE COURT AS WELL.

13:46  11           SO WHAT I'M GOING TO DO IS THIS:  JUST GLANCING

13:46  12  AT THE REPORT AND SOME OF THE GRAPHICS, SOME OF THEM ARE IN

13:46  13  THERE; SOME OF THEM AREN'T.  SOME OF THEM MAY BE FAIR

13:46  14  EXTRAPOLATIONS FROM INFORMATION IN THE REPORT, AND SOME OF THEM

13:46  15  ARE COMPLETELY NEW.  WHEN I SAY "NEW," I'M ACCEPTING IT'S FROM

13:46  16  THE SAME RUN, BUT THERE'S SIMPLY NO OPPORTUNITY FOR THE

13:47  17  PLAINTIFF TO CROSS-EXAMINE.  AS AN EXAMPLE, THE BOTTOM

13:47  18  CONFIGURATION DOES NOT APPEAR TO BE -- THAT'S JUST ONE -- IN

13:47  19  THE REPORT, BUT SOME OF THEM ARE.

13:47  20           THE WAY I WOULD LIKE TO DO THIS IS -- I DON'T

13:47  21  KNOW IF MR. SMITH CAN DO THIS, BUT I'M THINKING OUT LOUD HERE

13:47  22  BECAUSE I HAVEN'T HAD AN EPIPHANY BACK IN THE CHAMBERS.  IF

13:47  23  MR. SMITH COULD GO THROUGH HIS EXAMINATION AND STICK TO THE

13:47  24  THINGS THAT ARE IN THE REPORT, AND THEN IF THERE'S SOMETHING

13:47  25  THAT'S NOT IN THE REPORT, CONFER --

FINAL DAILY COPY

```
13:47    1              I'M ASKING COUNSEL FOR PLAINTIFF IN GOOD FAITH,
13:47    2   IF IT'S SOMETHING THAT YOU CAN EXTRAPOLATE FROM SOMETHING
13:47    3   THAT'S IN THE REPORT -- LIKE A LOT OF THE DEMONSTRATIVE
13:47    4   EXHIBITS.  SOME OF THE DEMONSTRATIVE EXHIBITS FROM THE
13:47    5   PLAINTIFF HAVE NOT BEEN IN THE REPORT, BUT THERE WASN'T AN
13:48    6   EXTRAPOLATION ISSUE, AT LEAST IT WASN'T RAISED.
13:48    7              IF IT'S SOMETHING THAT'S FROM -- EVEN IF IT'S
13:48    8   FROM THE SAME RUN BUT GETS INTO A CONCEPT THAT REALLY WASN'T --
13:48    9   THAT YOU CAN'T MAKE THAT EXTRAPOLATION WITHOUT STUDY, LET ME
13:48   10   KNOW, AND WE ARE GOING TO PUT THOSE OFF.  THEN I'M GOING TO
13:48   11   DECIDE WHAT WE ARE GOING TO DO ABOUT THOSE WHEN WE ARGUE THAT
13:48   12   TOMORROW MORNING.  THAT'S THE ONLY WAY I CAN FIGURE TO DO THIS
13:48   13   OTHER THAN A CARTE BLANCHE ONE WAY OR ANOTHER, WHICH IS
13:48   14   CERTAINLY NOT THE WAY I WOULD LIKE TO DO IT.
13:48   15         MR. SMITH:  YOUR HONOR, IF I COULD MAKE A SUGGESTION,
13:48   16   WE COULD PUT OFF THE CROSS-EXAMINATION.  WE COULD DO THE DIRECT
13:48   17   TODAY, AND WE COULD MOVE ON TO OTHER WITNESSES TOMORROW.  WE
13:48   18   COULD DO THE CROSS THURSDAY IF THAT WOULD GIVE THEM TIME TO GO
13:48   19   THROUGH ALL THIS MATERIAL.
13:48   20         MR. O'DONNELL:  YOUR HONOR, WE WANT TO END TOO.  YOU
13:48   21   HAVE BEEN VERY GRACIOUS ON THE TIME.  MY PROBLEM IS, UNLESS THE
13:48   22   RULING IS THAT THE DIRECT EXAMINATION IS LIMITED TO WHAT'S IN
13:48   23   THE FOUR CORNERS OF THE REPORT, WHICH WOULD ENFORCE THE 48-HOUR
13:49   24   RULE -- I DON'T HAVE A PROBLEM WITH THAT.  MY CONCERN IS THAT
13:49   25   I'M SUPPOSED TO, WITH MY COLLEAGUES, EVERY TIME SOMETHING GETS
```

13:49    1    PUT UP ON THE BOARD, I HAVE TO SAY, "OKAY.  IS THIS NEW?  IS IT

13:49    2    AN EXTRAPOLATION?  IS IT A NEW CONCLUSION?"  I HAVE A PROBLEM

13:49    3    WITH THAT.

13:49    4              I AT LEAST NEED OVERNIGHT BEFORE THERE'S A

13:49    5    DIRECT.  WE ARE GOING TO DO A TABULAR ANALYSIS AND TRY TO BE

13:49    6    PREPARED FOR THAT.  MY CROSS-EXAMINATION I DON'T THINK CAN JUST

13:49    7    FOLLOW HIS DIRECT.  I'M GOING TO LEAVE IT TO THE COURT.  I

13:49    8    DON'T WANT TO LOSE A HALF A DAY.  THEY HAVE OTHER EXPERTS THEY

13:49    9    COULD PUT ON THIS AFTERNOON.  IF HE WANTS TO DO THE DIRECT

13:49   10    TOMORROW AFTERNOON, AT LEAST I CAN DO WHAT I THINK THE COURT

13:49   11    SEEMS TO BE ASKING ME, WHICH IS, IF I THINK MR. SMITH STRAYS, I

13:49   12    CAN OBJECT.  I THINK ANOTHER WAY TO ENFORCE THIS AS AN OFFICER

13:49   13    OF THE COURT --

13:49   14              THE COURT:  I'M LISTENING TO ANY SUGGESTIONS --

13:49   15              MR. O'DONNELL:  WELL, I'M JUST THINKING OUT LOUD.

13:49   16              THE COURT:  -- THAT MR. O'DONNELL OR ANYBODY ELSE

13:49   17    MIGHT HAVE THAT'S INVOLVED IN THIS CASE.

13:49   18              MR. O'DONNELL:  I THINK GODOT IS COMING IN IN A

13:49   19    MINUTE.

13:49   20              THE COURT:  YEAH, I'M WAITING FOR HIM.

13:49   21              MR. O'DONNELL:  YOU KNOW, MAYBE MR. SMITH, AS AN

13:49   22    OFFICER OF THE COURT -- WHO I BELIEVE THE GOVERNMENT HAS

13:49   23    CREATED THIS PROBLEM, CERTAINLY NOT THE PLAINTIFFS -- COULD

13:50   24    SAY, "YOUR HONOR, I BELIEVE, IN GOOD FAITH THAT I'M NOW GOING

13:50   25    INTO SOMETHING THAT'S NOT IN THE FOUR CORNERS OF THE REPORT."

| | | |
|---|---|---|
| 13:50 | 1 | IF I DON'T THINK HE DOES THAT, I WILL TRY TO OBJECT IN THE |
| 13:50 | 2 | MORNING, BUT I WOULD LIKE TO DIRECT, AT LEAST, IN THE MORNING, |
| 13:50 | 3 | YOUR HONOR, AND BRING ON OTHER WITNESSES TODAY.  WE ARE |
| 13:50 | 4 | PREPARED TO CROSS ANYBODY ELSE. |
| 13:50 | 5 | **THE COURT:**  DO YOU HAVE ANY OTHER WITNESSES? |
| 13:50 | 6 | **MR. SMITH:**  I DON'T HAVE ANYBODY HERE.  OBVIOUSLY, |
| 13:50 | 7 | THIS WITNESS WAS GOING TO TAKE THE REST OF THIS DAY.  WE HAVE |
| 13:50 | 8 | GOT WITNESSES IN THE CITY, AND I DON'T KNOW HOW QUICKLY WE |
| 13:50 | 9 | COULD GET THEM TO COURT TODAY. |
| 13:50 | 10 | CERTAINLY, MR. O'DONNELL IS NOT GOING TO DO HIS |
| 13:50 | 11 | CROSS TODAY ANYWAY.  HE HAS GOT TIME TO DO THIS.  I CERTAINLY |
| 13:50 | 12 | DON'T BELIEVE THAT ANY OF THE DIRECT EXAMINATIONS HAVE BEEN |
| 13:50 | 13 | LIMITED TO THE FOUR CORNERS OF THE REPORT IN THE SENSE THAT -- |
| 13:50 | 14 | **THE COURT:**  WE HAVE HAD DEMONSTRATIVE EXHIBITS.  I |
| 13:50 | 15 | GUESS IF THIS IS -- AGAIN, I'M AT A LOSS.  WE DON'T HAVE A HALF |
| 13:50 | 16 | A DAY TO LOSE HERE, FRANKLY.  IF I'M PUSHED INTO A RULING, I'M |
| 13:50 | 17 | GOING TO -- BUT WE JUST DON'T HAVE A HALF A DAY TO LOSE. |
| 13:51 | 18 | I'LL TELL YOU WHAT I'M GOING TO HAVE TO DO. |
| 13:51 | 19 | IT'S GOING TO BE A LITTLE AGONIZING, AND I MAY HAVE TO DEFER |
| 13:51 | 20 | SOME OF THIS, BUT I'M GOING TO ASK YOU WHEN YOU GET INTO ONE OF |
| 13:51 | 21 | THOSE -- THE ONLY WAY I KNOW HOW TO DO IT IS TO -- AND WE'LL |
| 13:51 | 22 | SEE HOW IT GOES.  THIS MAY NOT BE A GREAT WAY TO DO IT, BECAUSE |
| 13:51 | 23 | I DON'T KNOW HOW MANY OF THOSE ARE REALLY SIGNIFICANT AND HOW |
| 13:51 | 24 | MANY OF THEM ARE SIMPLY LIKE THE OTHER DEMONSTRATIVE EXHIBITS |
| 13:51 | 25 | THAT WERE CREATED AND NOT SHOWN, NOT EXHIBITS LISTED BUT YET |

```
13:51    1    DEMONSTRATIVE.  THERE'S NO WAY FOR ME TO KNOW, AND I GUESS
13:51    2    THERE'S NO WAY FOR YOU TO KNOW AT THIS TIME AS WELL.
13:51    3              THE EASIER WAY -- OF COURSE, WE ARE BYPASSING
13:51    4    THE PROBLEM -- WOULD BE IF YOU HAD A WITNESS THAT WE COULD GET
13:51    5    OVER WITH TODAY, BUT I DON'T KNOW IF YOU DO OR NOT AND I'M NOT
13:51    6    GOING TO --
13:51    7              MR. SMITH:  I DON'T KNOW EITHER, YOUR HONOR.  I WOULD
13:51    8    HAVE TO MAKE SOME CALLS TO FIND OUT.  WE DO HAVE PEOPLE HERE IN
13:52    9    TOWN.  I DON'T KNOW WHETHER THEY CAN BE HERE.
13:52   10              THE COURT:  LIKE I SAID, THERE'S NO PERFECT SOLUTION
13:52   11    TO THIS.  WE HAVE MESSRS. DELOACH AND WOLFF.
13:52   12              MR. SMITH:  YES.
13:52   13              THE COURT:  TOMORROW, I'M NOT GOING TO START UNTIL
13:52   14    10:30.  I DON'T KNOW IF THAT'S GOING TO NECESSARILY RESOLVE THE
13:52   15    PROBLEM.  I GUESS MR. O'DONNELL COULD ARGUE TO ME "THESE ARE
13:52   16    THE ONES WE THINK ARE PREJUDICIAL," THE FOLLOWING 12 OR 15,
13:52   17    THEN YOU COULD ARGUE WHY THEY ARE NOT, AND I COULD MAKE A
13:52   18    RULING ON IT.  THAT WOULD BE A LITTLE MORE INTELLIGENT.
13:52   19              WOULD YOU MIND TAKING A FEW MINUTES TO SEE IF
13:52   20    YOU COULD GET ONE OF YOUR OTHER WITNESSES HERE, MR. SMITH.
13:52   21              MR. SMITH:  SURE.
13:52   22              MR. O'DONNELL:  THEN I WOULD BE PREPARED FIRST THING
13:52   23    TOMORROW MORNING TO GIVE YOU MAYBE EVEN IN WRITING --
13:52   24              THE COURT:  THEN I COULD HEAR MR. SMITH SAY WHY
13:52   25    THEY'RE NOT, AND I COULD MAKE A RULING.
```

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:53 | 1 | **MR. O'DONNELL:**  I WOULD START WITH THE NEW |
| 13:53 | 2 | CONCLUSIONS, AND I'LL WORK BACKWARDS FROM THERE, YOUR HONOR. |
| 13:53 | 3 | **THE COURT:**  IF YOU WOULDN'T MIND, SIR. |
| 13:53 | 4 | **MR. SMITH:**  I WILL SEE WHAT I CAN DO. |
| 13:53 | 5 | **THE COURT:**  WE'LL COME BACK IN ABOUT 15 MINUTES, OR |
| 13:53 | 6 | YOU CAN JUST APPRISE JANET WHEN YOU KNOW. |
| 13:53 | 7 | **MR. O'DONNELL:**  I THINK YOUR NEW NAME IS SOLOMON. |
| 13:53 | 8 | **THE COURT:**  WELL, WE HAVE A LONG WAY TO GO BEFORE I'M |
| 13:53 | 9 | SOLOMON, SEVERAL MORE LIVES AT LEAST.  ALL RIGHT.  THANK YOU. |
| 13:53 | 10 | **THE DEPUTY CLERK:**  ALL RISE. |
| 13:53 | 11 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 13:59 | 12 | **THE DEPUTY CLERK:**  ALL RISE. |
| 14:05 | 13 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 14:10 | 14 | **THE COURT:**  MAYBE THE BEST THING FOR ME TO DO IS JUST |
| 14:10 | 15 | TO LEAVE. |
| 14:10 | 16 | I UNDERSTAND FROM MY LAW CLERK, APPARENTLY WHERE |
| 14:10 | 17 | WE ARE AT THIS POINT, WE ARE GOING TO GO AHEAD AND PROCEED WITH |
| 14:10 | 18 | THE DIRECT EXAMINATION SUBJECT TO YOU MAKING OBJECTIONS WHEN |
| 14:10 | 19 | YOU FEEL IT NECESSARY TO DO SO TODAY AND TOMORROW. |
| 14:10 | 20 | **MR. O'DONNELL:**  I DO IT RELUCTANTLY, BUT I THINK IT'S |
| 14:10 | 21 | THE BEST THING FOR EVERYBODY TO DO THAT. |
| 14:10 | 22 | I WOULD ALSO ASK FOR THIS ACCOMMODATION:  AFTER |
| 14:11 | 23 | HE FINISHES HIS DIRECT, THEY BRING ON THEIR OTHER TWO, AND THEN |
| 14:11 | 24 | I WILL DO MY CROSS.  THAT WILL GIVE ME A LITTLE MORE TIME TO GO |
| 14:11 | 25 | THROUGH ALL OF THIS FOR EFFECTIVE CROSS. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:11 | 1 | **MR. SMITH:**  NO OBJECTION. |
| 14:11 | 2 | **THE COURT:**  THANK YOU, MR. SMITH. |
| 14:11 | 3 | **MR. SMITH:**  THANK YOU, YOUR HONOR. |
| 14:11 | 4 | **THE COURT:**  AND THANK YOU, MR. O'DONNELL. |
| 14:11 | 5 | (WHEREUPON **JOHANNES WESTERINK**, HAVING BEEN DULY |
| 14:11 | 6 | SWORN, TESTIFIED AS FOLLOWS.) |
| 14:11 | 7 | **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND |
| 14:11 | 8 | CORRECT SPELLING FOR THE RECORD. |
| 14:11 | 9 | **THE WITNESS:**  JOANNES, J-O-A-N-N-E-S; JACOBUS, |
| 14:11 | 10 | J-A-C-O-B-U-S; ALOYSIUS, A-L-O-Y-S-I-U-S; WESTERINK, |
| 14:11 | 11 | W-E-S-T-E-R-I-N-K. |
| 14:11 | 12 | **THE COURT:**  COUNSEL, BEFORE YOU START, I'M EXPECTING |
| 14:11 | 13 | A PHONE CALL FROM THE CHIEF JUDGE SOMETIME THIS AFTERNOON THAT |
| 14:11 | 14 | I NEED TO TAKE, SO IT WILL JUST BE A BRIEF CONVERSATION AND I |
| 14:11 | 15 | WILL BE RIGHT BACK. |
| 14:11 | 16 | **MR. SMITH:**  THANK YOU, YOUR HONOR.  I FEEL LIKE |
| 14:11 | 17 | DR. WESTERINK NEEDS NO INTRODUCTION TO THIS COURT, BUT LET ME |
| 14:11 | 18 | JUST BRIEFLY SAY A FEW WORDS ABOUT HIS BACKGROUND, YOUR HONOR. |
| 14:12 | 19 | HE IS A PROFESSOR OF CIVIL ENGINEERING AND |
| 14:12 | 20 | GEOLOGICAL SCIENCES AT THE UNIVERSITY OF NOTRE DAME IN |
| 14:12 | 21 | SOUTH BEND, INDIANA.  HE HAS A CONCURRENT APPOINTMENT IN THE |
| 14:12 | 22 | DEPARTMENT OF MATHEMATICS.  HE OBTAINED HIS BACHELOR OF SCIENCE |
| 14:12 | 23 | AND MASTER OF SCIENCE DEGREES IN CIVIL ENGINEERING AT THE STATE |
| 14:12 | 24 | UNIVERSITY OF NEW YORK AT BUFFALO, AND HE HOLDS THE PH.D. |
| 14:12 | 25 | DEGREE IN CIVIL ENGINEERING FROM MASSACHUSETTS INSTITUTE OF |

FINAL DAILY COPY

14:12    1    TECHNOLOGY.

14:12    2                 DR. WESTERINK HAS BEEN WORKING ON STORM SURGE

14:12    3    MODEL VALIDATION AND APPLICATIONS IN THE GULF OF MEXICO,

14:12    4    LOUISIANA, AND TEXAS FOR THE PAST 19 YEARS.  HIS RESEARCH

14:12    5    FOCUSES ON THE DEVELOPMENT, ANALYSIS, AND APPLICATION OF

14:12    6    COASTAL OCEAN AND ESTUARINE HYDRODYNAMIC CONSTITUENT TRANSPORT

14:12    7    AND SEDIMENT TRANSPORT MODELS.

14:12    8                 WITH PROFESSOR RICK LUETTICH OF THE UNIVERSITY

14:12    9    OF NORTH CAROLINA, HE IS A CODEVELOPER OF THE ADCIRC FINITE

14:13   10    ELEMENT BASED SHALLOW WATER EQUATION MODEL.  THIS MODEL IS USED

14:13   11    EXTENSIVELY BY THE UNITED STATES ARMY AND NAVY WORLDWIDE TO

14:13   12    ASSESS COASTAL CURRENTS AND FLOODING FOR BOTH MILITARY AND

14:13   13    CIVILIAN PURPOSES.

14:13   14                 THE NATIONAL OCEANIC AND ATMOSPHERIC

14:13   15    ADMINISTRATION MAKES EXTENSIVE USE OF THE ADCIRC COASTAL OCEAN

14:13   16    MODEL IN SUPPORT OF ITS MODELING TIDAL HARMONIC CONSTITUENTS

14:13   17    FOR THE U.S. COASTS AND ESTUARIES.  NOAA ALSO USES ADCIRC TO

14:13   18    FURTHER ITS CAPABILITIES TO STUDY AND PREDICT THE COASTAL

14:13   19    INUNDATION PROCESSES.

14:13   20                 ADCIRC IS BEING USED TO UNDERSTAND THE IMPACTS

14:13   21    OF SEA LEVEL RISE AT THE COAST.  IT'S BEING USED TO DESIGN

14:13   22    FLOOD PROTECTION SYSTEMS IN SOUTHEASTERN LOUISIANA AND TO

14:13   23    EVALUATE FLOODING RISKS IN THE AREA BY FEMA.

14:13   24                 HIS CURRENT RESEARCH INCLUDES ALGORITHMIC --

14:13   25             THE COURT:  AS THEY SAY, THAT'S EASY FOR YOU TO SAY.


                              FINAL DAILY COPY

14:13    1   GO AHEAD.

14:14    2          **MR. SMITH:**  IT INCLUDES ALGORITHMIC AND PETA

14:14    3   APPLICATION PROJECTS.  HIS GROUP IS ONE OF 14 GROUPS IN THE

14:14    4   COUNTRY THAT HAS BEEN SELECTED TO BUILD SOFTWARE FOR THE

14:14    5   NATION'S PLANNED PETASCALE COMPUTERS, WHICH ARE ON THE HORIZON

14:14    6   TODAY.  HE IS ALSO INVOLVED IN AN ATTEMPT TO MERGE UN-SWAN,

14:14    7   WHICH IS AN UNSTRUCTURED VERSION OF THE SWAN MODEL THAT THE

14:14    8   PLAINTIFFS' MODELERS USE --

14:14    9          **THE COURT:**  DID YOU SAY "UNSWAN"?

14:14   10          **MR. SMITH:**  UNSWAN, U-N-S-W-A-N.  UNSWAN WITH ADCIRC.

14:14   11          **THE COURT:**  I'M SORRY, SIR.  THAT'S THE PHONE CALL

14:14   12   I'M WAITING ON, AND I APOLOGIZE.

14:14   13          **THE DEPUTY CLERK:**  ALL RISE.

14:14   14          (WHEREUPON THE COURT TOOK A BRIEF RECESS.)

14:24   15          **THE DEPUTY CLERK:**  ALL RISE.

14:24   16              COURT IS IN SESSION.  PLEASE BE SEATED.

14:24   17          **MR. SMITH:**  I'M JUST ABOUT FINISHED, AND I'M GOING TO

14:24   18   TENDER HIM TO THE COURT.  HE PUBLISHES EXTENSIVELY IN ALL

14:24   19   ASPECTS OF COASTAL MODELING IN LEADING PEER-REVIEWED JOURNALS.

14:24   20   YOUR HONOR, WE TENDER DR. WESTERINK AS AN EXPERT IN COASTAL

14:24   21   OCEAN AND ESTUARINE HYDRODYNAMICS.

14:25   22          **MR. O'DONNELL:**  NO OBJECTION.

14:25   23          **THE COURT:**  THANK YOU.  THE COURT ACCEPTS

14:25   24   DR. WESTERINK AS TENDERED.

        25

                            FINAL DAILY COPY

14:25    1                        **DIRECT EXAMINATION**

14:25    2    **BY MR. SMITH:**

14:25    3    **Q.**   DR. WESTERINK, I WONDER IF YOU COULD BEGIN TODAY BY

14:25    4    STATING SOME OF YOUR PRINCIPAL FINDINGS FOR THE COURT.

14:25    5    **A.**   YES, I CAN.  FIRST OF ALL, I THINK, BEYOND ANYTHING, IT'S

14:25    6    THE VERY LARGE SIZE OF HURRICANE KATRINA THAT WAS A MAJOR

14:25    7    PLAYER IN THE RESULT OF THE STORM SURGE.  IN FACT, WHEN YOU

14:25    8    LOOK AT THE EVOLUTION OF THE STORM, THERE WAS MORE THAN 8 FEET

14:25    9    OF WATER -- IN FACT, BETWEEN 18 AND 16 FEET OF WATER -- THAT

14:25   10    COVERED MORE THAN 4,000 SQUARE MILES OF THE MISSISSIPPI SHELF

14:25   11    PRIOR TO THE STORM EVEN MAKING LANDFALL.  SO IT'S A VERY LARGE

14:25   12    STORM THAT VERY EFFECTIVELY PUSHED A TREMENDOUS AMOUNT OF WATER

14:25   13    UP ON THE MISSISSIPPI SHELF ADJACENT TO THE STATES OF LOUISIANA

14:25   14    AND MISSISSIPPI.

14:25   15            **MR. O'DONNELL:**  YOUR HONOR, I MUST OBJECT.  I

14:26   16    UNDERSTAND THIS IS NOT IN HIS REPORT.  CERTAINLY, HIS

14:26   17    CONCLUSION IS NOT.

14:26   18            **THE COURT:**  ANY RESPONSE BEFORE I RULE?

14:26   19            **MR. SMITH:**  WELL, YOUR HONOR, THERE ARE NUMEROUS

14:26   20    FIGURES IN THE REPORT WHICH SHOW THE SURGE LEVEL PRIOR TO THE

14:26   21    STORM MAKING LANDFALL.  ALL HE IS DOING IS STATING IN WORDS

14:26   22    WHAT THOSE FIGURES DISPLAY, WHICH IS THERE WAS A MASSIVE

14:26   23    BUILDUP OF SURGE COVERING 4,000 SQUARE MILES OF THE GULF BEFORE

14:26   24    HURRICANE KATRINA REACHED BURAS, LOUISIANA.

14:26   25            **THE COURT:**  I'M GOING TO ALLOW THE QUESTION AND THE

                              FINAL DAILY COPY

3697

14:26    1    ANSWER.

14:26    2              **MR. O'DONNELL:**  YOUR HONOR, HIS CONCLUSIONS ARE SET

14:26    3    FORTH -- AND YOU MAY HAVE TO REFER TO THIS WHEN I'M DONE -- ON

14:26    4    PAGES 67 TO 79.

14:26    5              **THE COURT:**  I HAVE READ THEM.  I DON'T KNOW HOW

14:26    6    SIGNIFICANT THIS IS, IF ANYBODY IS REALLY ARGUING THAT THERE

14:27    7    WASN'T 4,000 SQUARE MILES OR 8 FEET OF WATER.  YOU MAY JUST NOT

14:27    8    WANT TO BE WAIVING ANYTHING.  I DON'T KNOW IF THIS IS A REAL

14:27    9    FACT OR OPINION OR STATEMENT THAT'S GOING TO AFFECT ULTIMATE

14:27   10    CALCULATIONS.

14:27   11              **MR. O'DONNELL:**  I UNDERSTAND.  I DON'T WANT TO HAVE

14:27   12    AN INSTINCT FOR THE CAPILLARIES HERE, BUT THE POINT I'M MAKING,

14:27   13    YOUR HONOR, IS -- MAYBE I COULD JUST PRESERVE AN OBJECTION

14:27   14    SUBJECT TO MY ABILITY TO ANALYZE THIS FURTHER, AND IF I THINK

14:27   15    IT REALLY IS IMPORTANT, I CAN MOVE TO STRIKE IT LATER.

14:27   16              **THE COURT:**  YES, YOU MAY.  IT'S DEFERRED.  SUBJECT TO

14:27   17    THE DEFERMENT, THE COURT IS GOING TO ALLOW THE QUESTION AND THE

14:27   18    ANSWER.

14:27   19    **BY MR. SMITH:**

14:27   20    **Q.**   DR. WESTERINK, COULD YOU TELL THE COURT WHAT HAPPENED

14:27   21    AFTER THAT SURGE BUILDUP ALONG THE CONTINENTAL SHELF.

14:27   22    **A.**   YES, I CAN.  WHEN WE LOOK AT HOW THIS SURGE EVOLVED, A

14:27   23    LARGE AMOUNT OF WATER WAS VERY EFFECTIVELY AND EFFICIENTLY

14:28   24    BROUGHT INTO LAKE BORGNE, AND IT COVERED THE MARSHES AND

14:28   25    ULTIMATELY WAS STOPPED BY THE LEVEE SYSTEMS.

14:28    1    **Q.**   DID YOU DETERMINE HOW MUCH EFFECT THAT MARSH HAD ON THE

14:28    2    MOVEMENT OF SURGE?

14:28    3    **A.**   YES, WE DID.  THE MARSHES HAD MINIMAL EFFECTS AND

14:28    4    ESSENTIALLY THE -- THERE WERE A NUMBER OF REASONS FOR THIS, BUT

14:28    5    ESSENTIALLY THOSE SUSTAINED WINDS PUSHED WATER UP TO AND OVER

14:28    6    THE MARSH AND AROUND THE MARSH, AND THAT LIMITS THE IMPORTANCE

14:28    7    OF THE MARSH IN THE OVERALL HYDRAULIC SYSTEM.

14:28    8    **Q.**   DID YOU COMPARE THE VOLUME OF WATER THAT WAS DRIVEN OVER

14:28    9    AND THROUGH THE MARSH TO THE VOLUME OF WATER THAT WAS CONVEYED

14:28   10    BY MRGO?

14:28   11    **A.**   YES, WE DID.  WE LOOKED AT A WHOLE SEQUENCE OF SCENARIOS,

14:28   12    AND OUR CONCLUSION WAS THAT BECAUSE OF THE MASSIVE INUNDATION

14:28   13    OF THE MARSHES AND THE VERY LARGE SHELF AREA ADJACENT TO

14:29   14    LOUISIANA THAT THE MRGO REACH 2 WAS -- THE EFFECTS OF MRGO

14:29   15    REACH 2 WERE ONLY TINY IN COMPARISON TO THE OVERALL HYDRAULIC

14:29   16    CONDUCTIVITY OF THE MARSHES.

14:29   17    **Q.**   DID YOU MAKE ANY FINDING WITH RESPECT TO THE CONSTRUCTION

14:29   18    OF REACH 1 OF THE MRGO?

14:29   19    **A.**   YES, WE DID.  THE REACH 1 OF THE MRGO CERTAINLY INCREASED

14:29   20    THE CHANNEL CONVEYANCE AND THE WATER LEVELS IN THE IHNC, BUT IT

14:29   21    WAS A VERY LIMITED EFFECT, REALLY ONLY HAVING AN EFFECT ON

14:29   22    REACH 1 OF THE MRGO AND THE IHNC FARTHER AWAY FROM THE SYSTEM;

14:29   23    I.E. IN THE OTHER AREAS IN AND AROUND THE STUDY AREA, THERE WAS

14:29   24    VERY, VERY MINIMAL EFFECT AS WELL.

14:29   25    **Q.**   WHAT WAS YOUR FINDING CONCERNING THE POSTCONSTRUCTION

FINAL DAILY COPY

14:29    1  ENLARGEMENT OF THE MRGO?

14:29    2  **A.**   AGAIN, VERY MINIMAL EFFECTS.  ESSENTIALLY, THIS IS

14:30    3  SUPPORTED BY LOOKING AT AND DOING A HYDRAULIC ANALYSIS AND

14:30    4  LOOKING AT THE CONVEYANCES AND HOW THEY WERE IMPACTED IN THIS

14:30    5  HEAVILY INUNDATED SYSTEM.

14:30    6  **Q.**   DID YOU USE THE ADCIRC CIRCULATION MODEL TO REACH THE

14:30    7  OPINIONS THAT YOU HOLD IN THIS CASE?

14:30    8  **A.**   YES, I DID.  ADCIRC WAS THE TOOL THAT WE EXERCISED TO

14:30    9  UNDERSTAND THE PATHWAYS OF WATER AND WHAT THE DIFFERENCES IN

14:30   10  THE DIFFERENT CONFIGURATIONS THAT WE EXAMINED LED TO.

14:30   11  **Q.**   WHAT DOES THE ADCIRC MODEL ENABLE YOU TO DO?

14:30   12  **A.**   IT COMPUTES SOMETHING CALLED STILL WATER ELEVATION.  IT'S

14:30   13  KIND OF A FUNNY THING TO THINK OF STILL WATER DURING A

14:30   14  HURRICANE, BUT IT IS ACTUALLY THE TERM THAT'S USED BY FEMA.

14:30   15  IT'S THE WATER LEVEL THAT YOU WOULD GET IF YOU WERE TO AVERAGE

14:30   16  OUT THE WIND WAVES.  SO IF THE WIND WAVES ARE VERY, VERY

14:30   17  RAPIDLY OVER A MATTER OF SECONDS, YOU KNOW, FROM ANYWHERE FROM

14:31   18  3 TO 10, 15 SECONDS, SAY, AND YOU NOW TAKE A LOCATION AND

14:31   19  AVERAGE ALL THAT OUT, YOU GET WHAT'S CALLED THE STILL WATER

14:31   20  LEVEL.

14:31   21        NOW, THE STILL WATER LEVEL DOES INCLUDE EFFECTS OF

14:31   22  WIND WAVES, AND I'LL TALK ABOUT THAT A LITTLE BIT LATER.  IN

14:31   23  ADDITION, THE ADCIRC MODEL COMPUTES THE VERY IMPORTANT CURRENTS

14:31   24  BECAUSE, OBVIOUSLY, THE CURRENTS ARE DRIVING THE VOLUME OF

14:31   25  WATER THAT LEADS TO THE INCREASES OR DECREASES IN STILL WATER

| | | |
|---|---|---|
| 14:31 | 1 | ELEVATION. |
| 14:31 | 2 | A NUMBER OF QUITE A FEW THINGS ARE ACTUALLY |
| 14:31 | 3 | CONSIDERED IN THE MODEL.  WE HAVE TO CONSIDER TIDES, RIVERS, |
| 14:31 | 4 | ATMOSPHERIC PRESSURES, WINDS, WAVE RADIATION, STRESS GRADIENTS, |
| 14:31 | 5 | AND DENSITY DIFFERENCES. |
| 14:31 | 6 | **Q.**   DOES THE ADCIRC MODEL SOLVE MATHEMATICAL EQUATIONS? |
| 14:31 | 7 | **A.**   YES, IT DOES.  THEY'RE ESSENTIALLY COUNTING EQUATIONS, AND |
| 14:31 | 8 | I THINK IT'S PRETTY IMPORTANT TO DEVELOP AN UNDERSTANDING HOW |
| 14:32 | 9 | THESE EQUATIONS AFFECT THE COMPUTATIONS.  THE EQUATIONS ARE |
| 14:32 | 10 | FAIRLY SIMPLE CONCEPTUALLY:  FLOW IN MINUS FLOW OUT IS THE RATE |
| 14:32 | 11 | AT WHICH WATER RISES.  IN ADDITION, WE HAVE AN F=MA, FORCE IS |
| 14:32 | 12 | EQUAL TO MASS TIMES ACCELERATION. |
| 14:32 | 13 | **Q.**   I WONDER IF YOU COULD JUST GIVE US A BRIEF DESCRIPTION OF |
| 14:32 | 14 | WHAT SOME OF THE KEY HYDRAULIC EQUATIONS THAT THE ADCIRC MODEL |
| 14:32 | 15 | EMPLOYS LOOK LIKE AND WHAT THE DIFFERENT TERMS REPRESENT. |
| 14:32 | 16 | **A.**   I CAN.  THE FIRST IS WHAT'S CALLED THE EQUATION OF |
| 14:32 | 17 | CONTINUITY.  IT'S ESSENTIALLY A MASS BALANCE EQUATION.  THE |
| 14:32 | 18 | NEXT TWO EQUATIONS ARE THE EQUATIONS OF CONSERVATION AND |
| 14:32 | 19 | MOMENTUM, OR THE F=MA EQUATIONS, FORCE IS EQUAL TO MASS TIMES |
| 14:33 | 20 | ACCELERATION EQUATIONS. |
| 14:33 | 21 | SO WE LOOK AT THE TERMS AND WE SEE THE RATE.  THE |
| 14:33 | 22 | FIRST TERM THAT'S CIRCLED HERE IS THE RATE THAT WATER RISES. |
| 14:33 | 23 | THEN WE LOOK AT THE FLOW IN MINUS FLOW OUT.  WE KNOW THAT THESE |
| 14:33 | 24 | EQUATIONS ARE ACTUALLY DIFFERENTIAL EQUATIONS.  THE WAY WE |
| 14:33 | 25 | APPROXIMATE THEM, IT'S VERY IMPORTANT TO HAVE THE GRID SPACING |

FINAL DAILY COPY

14:33   1   VERY CLOSE TOGETHER WHEN THINGS CHANGE RAPIDLY.  SO WHEN THE

14:33   2   FLOWS CHANGE RAPIDLY OR WHEN THE TIME DERIVATIVES CHANGE

14:33   3   RAPIDLY, WE NEED TO HAVE A FINE GRID.

14:33   4        NOW, WE LOOK AT THE MOMENTUM EQUATIONS, OR THE F=MA

14:33   5   EQUATIONS, AND WE SEE A WHOLE SEQUENCE OF ACCELERATION TERMS.

14:33   6   WE SEE CORIOLIS ACCELERATION, AND THEN WE SEE ALL THE FORCES:

14:33   7        THERE'S ATMOSPHERIC PRESSURE; THERE'S THE SURFACE

14:33   8   SLOPE, WHICH IS A MAJOR DRIVER; THE FORCINGS OF THE SUN AND THE

14:33   9   MOON; THE FORCING OF THE VARIATION OF CURRENT SPEEDS OVER THE

14:33   10  VERTICAL; THERE'S VISCOUS RESISTANCE IN THE WATER COLUMN; THEN

14:34   11  THERE IS SURFACE STRESSES AND WAVE STRESSES THAT HAVE TO BE

14:34   12  CONSIDERED; AND THERE'S BOTTOM STRESSES AS WELL.

14:34   13  Q.   "ADCIRC IS A FINITE ELEMENT MODEL," WOULD YOU PLEASE

14:34   14  EXPLAIN WHAT THAT MEANS.

14:34   15  A.   IN ORDER TO APPROXIMATE THESE EQUATIONS, WE NEED TO HAVE A

14:34   16  MESH OR A GRID THAT'S SUFFICIENTLY WELL RESOLVED.  IF WE LOOK

14:34   17  AT THE NEXT SLIDE, WHAT WE SEE ARE THE FINITE ELEMENTS, AND

14:34   18  THESE ARE VERY MUCH THE SAME AS THE ELEMENTS USED IN THE FINEL

14:34   19  MODEL, AND THEY ARE USED BROADLY IN MANY ENGINEERING

14:34   20  APPLICATIONS.

14:34   21        WHAT WE ARE DOING THERE IS CONVERTING THE VERY

14:34   22  COMPLICATED DIFFERENTIAL EQUATIONS THAT WE JUST SAW IN THE

14:34   23  PREVIOUS SLIDE THAT WERE, IN FACT, DEVELOPED ALREADY BY LAPLACE

14:34   24  AROUND 1775.  WE ARE TRYING TO CONVERT THOSE TO ALGEBRAIC

14:34   25  EQUATIONS, WHICH ARE MUCH SIMPLER TO SOLVE, AND WE CONVERT IT

14:34  1  AT EACH ONE OF THOSE VERTICES.

14:35  2          SO THE IDEA IS WHEN THERE'S A CHANNEL, FOR EXAMPLE,

14:35  3  HERE, WE WANT TO HAVE A LOT OF RESOLUTION TO RESOLVE THE FLOW

14:35  4  GOING THROUGH THAT CHANNEL.  IN OTHER REGIONS, FOR EXAMPLE,

14:35  5  HERE AT THE BEACH, WE MAY NOT NEED QUITE A BIT AS MUCH

14:35  6  RESOLUTION BECAUSE THE VARIABLES DON'T CHANGE AS RAPIDLY, AND

14:35  7  WE CAN PUT COURSE RESOLUTION.  ESSENTIALLY, IT'S PUTTING YOUR

14:35  8  COMPUTATIONAL NODES WHERE YOU REALLY NEED THEM, AND I THINK WE

14:35  9  HAVE HEARD THAT BEFORE IN THIS COURT AS WELL.

14:35  10         **THE COURT:**  DR. WESTERINK, I NEVER THOUGHT I WOULD

14:35  11  HAVE TO HEAR ABOUT DIFFERENTIAL EQUATIONS AGAIN AFTER I READ

14:35  12  THE BOOK *FERMAT'S ENIGMA* IN BOOK CLUB, BUT HERE I AM AGAIN.  GO

14:35  13  AHEAD.

14:35  14         **THE WITNESS:**  THOSE ARE THE DRIVERS OF THE PHYSICS

14:35  15  THAT'S SURROUND US.

14:35  16  **BY MR. SMITH:**

14:35  17  **Q.**   DR. WESTERINK, BECAUSE YOUR MODEL SOLVES THESE ALGEBRAIC

14:35  18  EQUATIONS FOR ALL THESE NODES, IS IT IMPORTANT FOR YOU TO HAVE

14:35  19  ACCESS TO POWERFUL COMPUTERS?

14:35  20  **A.**   YES, IT IS.  WE ARE VERY FORTUNATE TO LIVE IN A TIME WHEN

14:35  21  THERE'S MASSIVE COMPUTER POWER DEVELOPING.  PEOPLE HAVE BEEN

14:36  22  DREAMING ABOUT SOLVING THESE EQUATIONS FOR HUNDREDS OF YEARS,

14:36  23  AND THEY SIMPLY COULDN'T.

14:36  24         WHEN WE LOOK AT SOMETHING CALLED FLOPS, THE FLOATING

14:36  25  POINT OPERATIONS PER SECOND, A PERSON CAN DO ABOUT .02 IF YOU

14:36   1   ARE DOING CALCULATIONS LIKE DIVIDES AND MULTIPLIES, WHICH ARE

14:36   2   NECESSARY TO SOLVE THE ALGEBRAIC EQUATIONS BY HAND.  YOU CAN

14:36   3   SEE YOU'RE VERY LIMITED, BUT YOU CAN SEE A TREMENDOUS GROWTH IN

14:36   4   COMPUTING POWER THAT HAS COME ALONG.

14:36   5          RIGHT NOW, WE ARE WORKING ON 80 TERAFLOP MACHINES AND

14:36   6   504 TERAFLOP MACHINES IN THIS RANGE OVER IN HERE, AND THOSE ARE

14:36   7   THE COMPUTERS THAT WE ARE USING FOR MANY OF THE STUDIES IN

14:36   8   SOUTHERN LOUISIANA.

14:36   9   **Q.**   BEFORE YOU HAD ACCESS AND BEFORE STORM SURGE MODELERS HAD

14:36   10  ACCESS TO THIS MASSIVE COMPUTING POWER, WERE THEY LIMITED IN

14:36   11  THEIR ABILITY TO SOLVE THESE COMPUTATIONS?

14:36   12  **A.**   ABSOLUTELY.  ESSENTIALLY, THEY HAD TO --

14:36   13          **MR. O'DONNELL:**  YOUR HONOR, I KNOW I PRESERVED IT.  I

14:36   14  OBJECT.

14:37   15          **THE COURT:**  THE NATURE OF THE OBJECTION?

14:37   16          **MR. O'DONNELL:**  I'M SORRY.  "NEW" MEANS NOT IN HIS

14:37   17  REPORT.

14:37   18          **THE COURT:**  I THINK HE IS EXPLAINING WHAT ADCIRC CAN

14:37   19  DO AS WHAT COULDN'T HAVE BEEN DONE AT A PREVIOUS TIME.  I HATE

14:37   20  TO USE THIS WORD --

14:37   21          **MR. O'DONNELL:**  I THINK THE IMPLICATION -- AND THE

14:37   22  ARGUMENT WILL FOLLOW -- IS THE CORPS BACK IN THE '60S HAD

14:37   23  LIMITED COMPUTATIONAL ABILITIES.  THAT'S NOT IN HIS REPORT.  IF

14:37   24  THAT INFERENCE IS GOING TO BE ARGUED, IT'S INAPPROPRIATE.

14:37   25          **THE COURT:**  I UNDERSTAND.  GO AHEAD.

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:37 | 1 | **THE WITNESS:**  SO, AS I SAID, THESE EQUATIONS, PEOPLE |
| 14:37 | 2 | WANTED TO SOLVE THEM.  OBVIOUSLY, THERE'S A LOT OF PROBLEMS |
| 14:37 | 3 | THAT HAVE BEEN OF SIGNIFICANT INTEREST FOR A LONG TIME.  WHEN |
| 14:37 | 4 | WE LOOK AT THE VERY BEGINNING OF THE COMPUTER ERA, WHEN THE |
| 14:37 | 5 | COMPUTER STARTING EVOLVING, AND WE NOW LOOK AT WHAT TERMS WERE |
| 14:37 | 6 | ELIMINATED FROM THESE EQUATIONS, ALL THE TERMS THAT YOU SEE |
| 14:38 | 7 | HERE WERE ACTUALLY ELIMINATED.  NOW WE LOOK AT WHAT TERMS WERE |
| 14:38 | 8 | COMPUTED, WE SEE THE SURFACE ELEVATION GRADIENTS WERE BALANCED |
| 14:38 | 9 | WITH THE WIND STRESSES. |
| 14:38 | 10 | SO VERY, VERY OVERSIMPLIFIED ANALYSIS TECHNIQUES |
| 14:38 | 11 | WERE BEING USED, OBVIOUSLY LEADING TO EXTREMELY POOR MODEL |
| 14:38 | 12 | SKILL, BUT THEY WERE THE TOOLS THAT WE HAD IN THOSE DAYS. |
| 14:38 | 13 | **BY MR. SMITH:** |
| 14:38 | 14 | **Q.**  EVEN HERE IN THE 21ST CENTURY, YOUR OWN ADCIRC MODEL HAS |
| 14:38 | 15 | UNDERGONE RAPID DEVELOPMENT.  I WONDER IF YOU COULD EXPLAIN A |
| 14:38 | 16 | LITTLE BIT ABOUT THE SL15 MODEL THAT YOU USED FOR THIS STUDY. |
| 14:38 | 17 | **A.**  YES, I CAN.  SL15 IS THE CURRENT OPERATIONAL VERSION |
| 14:38 | 18 | THAT'S USED FOR MANY OF THE CORPS STUDIES THAT'S NOW GOING TO |
| 14:38 | 19 | BE USED FOR THE NOAA OPERATIONAL BETA FORECASTING, AS WELL, AND |
| 14:38 | 20 | IT'S AN ADCIRC MODEL. |
| 14:38 | 21 | WHAT WE REALLY TALKED ABOUT IS QUITE A BIT ABOUT THE |
| 14:38 | 22 | CODE.  BUT TOGETHER, MARRIED WITH THAT CODE, IS AN ACTUAL GRID |
| 14:38 | 23 | AND ALL THE INFORMATION THAT GOES INTO IT.  ALONG WITH THAT |
| 14:39 | 24 | REALLY REVOLUTION IN RAPIDLY EXPANDING COMPUTER POWER, WE HAVE |
| 14:39 | 25 | BEEN ENABLED TO HAVE MUCH FINER DETAILED GRIDS; MANY MORE |

14:39    1    PROCESSES, PHYSICAL PROCESSES THAT WE CONSIDER; AND TO CAPTURE

14:39    2    THE DETAILS OF WHAT'S DOWN ON THE GROUND SO THAT THE EQUATIONS

14:39    3    CAN DO THEIR WORK PROPERLY.

14:39    4         WHAT WE SEE HERE ARE SOME PICTURES OF THE SL15 MODEL.

14:39    5    THE SL15 IS AN EVOLUTION OF THE S08 MODEL THAT I CREATED

14:39    6    EARLIER AND THEN THE TF01 MODEL THAT WAS CREATED IN THE IPET

14:39    7    STUDY.  IT ENCOMPASSED QUITE A BIT OF GEOMETRY.  IT GOES ALL

14:39    8    THE WAY OUT TO THE ATLANTIC OCEAN.

14:39    9         THE REASON WE DO THAT IS WE SIMPLIFY THE BOUNDARY

14:39   10    CONDITIONS.  BOUNDARY CONDITIONS DURING A HURRICANE ARE

14:39   11    EXTREMELY DIFFICULT TO SPECIFY, AND TIDAL BOUNDARY CONDITIONS

14:39   12    ARE DIFFICULT TO SPECIFY IN SHALLOW WATERS AS WELL.  SO WE

14:39   13    REALLY LIKE TO HAVE THIS LARGE DOMAIN.

14:39   14         THEN WE TRY TO CAPTURE THE PERTINENT GEOGRAPHIC AND

14:40   15    PHYSICAL DETAILS THAT DESCRIBE THE SYSTEM, AND WE HAVE TO GET

14:40   16    CHANNELS, THE BARRIER ISLANDS, LOCAL TOPOGRAPHY AND BATHYMETRY,

14:40   17    THE HYDRAULIC CONVEYANCES, ANY KIND OF STRUCTURE.  OBVIOUSLY,

14:40   18    THE LEVEES STOP THE FLOW AND THEY CAN IMPEDE THE FLOW, FOCUS

14:40   19    THE FLOW.  WE HAVE TO REPRESENT LOCAL ROUGHNESS.

14:40   20         ALSO, WE HAVE TO GET THE WIND WAVE TRANSFORMATION

14:40   21    SCALES.  THERE'S NOW A COUPLING THAT WAS DEVELOPED IN THE IPET

14:40   22    STUDIES THAT REALLY STARTS HAVING THE WIND WAVES INTERACT WITH

14:40   23    THE SURGE, AND THAT'S A VERY IMPORTANT PROCESS.  WE HAVE TO

14:40   24    CAPTURE ALL THE ENERGETIC SCALES OF MOTION AS WELL.

14:40   25         THE SL15 GRID THAT WAS USED FOR THIS STUDY, THE H1

| | | |
|---|---|---|
| 14:40 | 1 | GRID AND ITS PERTURBATIONS, H2 THROUGH H6, HAD ROUGHLY 2.5 |
| 14:40 | 2 | MILLION NODES.  THAT'S COMPUTATIONAL POINTS.  THOSE |
| 14:40 | 3 | COMPUTATIONAL POINTS HAVE A VELOCITY IN EACH DIRECTION, AN |
| 14:41 | 4 | ELEVATION THAT'S SOLVED FOR EVERY HALF SECOND. |
| 14:41 | 5 | **Q.**   A HALF SECOND, NOT A HALF MINUTE? |
| 14:41 | 6 | **A.**   A HALF SECOND.  SO LOTS AND LOTS OF COMPUTATIONS. |
| 14:41 | 7 | **Q.**   I WONDER IF YOU COULD SHOW US HOW THIS GRID LOOKS IN THE |
| 14:41 | 8 | AREA OF INTEREST. |
| 14:41 | 9 | **A.**   I CAN.  AGAIN, THE WHOLE IDEA IS YOU WANT TO PUT |
| 14:41 | 10 | RESOLUTION WHERE YOU NEED IT, AND SO WHAT WE SEE HERE IS A PLOT |
| 14:41 | 11 | OF THE GRID SIZE. |
| 14:41 | 12 | YOU CAN SEE, FOR EXAMPLE, IN MOSTLY THE ATLANTIC WE |
| 14:41 | 13 | HAVE ROUGHLY ABOUT 20 TO 24 KILOMETERS OF RESOLUTION.  IN THE |
| 14:41 | 14 | GULF OF MEXICO, IN THE DEEP PORTION, WE HAVE PERHAPS ABOUT 12 |
| 14:41 | 15 | TO 15 KILOMETERS OF RESOLUTION.  THEN WE GET ONTO THE SHELVES. |
| 14:41 | 16 | THEN WE NEED MUCH MORE RESOLUTION BECAUSE THE TIDES SHORTEN UP |
| 14:41 | 17 | THERE, AND OTHER PROCESSES SUCH AS HURRICANE STORM SURGE ARE |
| 14:41 | 18 | IMPORTANT. |
| 14:41 | 19 | WHEN WE ZOOM IN AND LOOK AT SOUTHEASTERN LOUISIANA, A |
| 14:41 | 20 | TREMENDOUS LEVEL OF DETAIL.  UNFORTUNATELY, I BELIEVE THAT THE |
| 14:41 | 21 | RIGHT SIDE OF THE SCREEN IS CUTTING OFF FOR SOME REASON, SO WE |
| 14:41 | 22 | CAN'T SEE THE BAR THAT'S AN INDICATOR. |
| 14:42 | 23 | **Q.**   THE COLORED BAR SHOWS YOU THE SCALE? |
| 14:42 | 24 | **A.**   RIGHT.  THE NUMBERS THAT ARE ADJACENT TO THE COLOR BAR. |
| 14:42 | 25 | **THE COURT:**  OH, I SEE.  YOU JUST NEED TO COME OVER A |

FINAL DAILY COPY

14:42   1   LITTLE BIT MORE, MR. SMITH, IF POSSIBLE.  I SEE THE 5 AT THE

14:42   2   TOP.

14:42   3   **BY MR. SMITH:**

14:42   4   **Q.**   THERE'S 5,000 METERS, AND I THINK THOSE ARE --

14:42   5           **THE COURT:**  THOSE ARE IN METERS?

14:42   6           **MR. SMITH:**  YEAH, THOSE ARE IN METERS.  THE TOP IS

14:42   7   5,000, 4,000, 3,000, 2,000, 1,000, AND THEN IT GOES DOWN BY

14:42   8   HUNDREDS AFTER THAT.

14:42   9           **THE WITNESS:**  SO WHAT WE SEE HERE IS, FOR EXAMPLE,

14:42   10   ALL THE BARRIER ISLANDS HERE -- MISSISSIPPI SOUND ISLANDS,

14:42   11   CHANDELEUR ISLANDS, GRAND ISLE -- ALL THOSE FEATURES ARE VERY

14:42   12   HIGHLY RESOLVED AT ROUGHLY AROUND 100 OR SO METERS, AND THAT'S

14:42   13   BECAUSE A LOT OF WAVE BREAKING OCCURS, A LOT OF DISSIPATION

14:42   14   OCCURS.

14:42   15           ALL THE CHANNELS -- THE MISSISSIPPI RIVER DELTA

14:42   16   OVER HERE AND ITS DISTRIBUTARIES, THE MISSISSIPPI RIVER, AND A

14:42   17   LOT OF THE GIWW AND THE CHANNELS LEADING INTO IT, ALL THOSE ARE

14:43   18   HIGHLY RESOLVED AND HAVE A LOT OF GRID RESOLUTION.  THE

14:43   19   CHEF MENTEUR, THE RIGOLETS, ALL THOSE CHANNELS -- IN ADDITION,

14:43   20   OF COURSE, THE IHNC, THE MRGO REACH 1, AND THE MRGO REACH 2,

14:43   21   OUT TO THE WATERS OF THE GULF -- ARE VERY, VERY HIGHLY

14:43   22   RESOLVED.

14:43   23   **BY MR. SMITH:**

14:43   24   **Q.**   WHERE DO YOU GET THE INFORMATION THAT YOU USE FOR THESE

14:43   25   FEATURES?

14:43   1   **A.**   A NUMBER OF DIFFERENT SOURCES.  THE TOPOGRAPHY IS FROM LSU

14:43   2   ATLAS LIDAR.  THERE'S QUITE A FEW DREDGING AND NOS BATHYMETRIC

14:43   3   SURVEYS.  THE LIDAR DOESN'T CAPTURE THE LEVEE HEIGHTS

14:43   4   NECESSARILY AS WELL AS WE WOULD LIKE, SO WE HAD A LOT OF

14:43   5   AS-BUILT INFORMATION, AND IT'S ALL REFERENCE TO NAVD88

14:43   6   (2004.65) LEVELING.

14:43   7   **Q.**   COULD YOU SHOW US IN MORE DETAIL WHAT THE BATHYMETRY AND

14:43   8   TOPOGRAPHY LOOKS LIKE.

14:43   9   **A.**   I CAN.  HERE'S THE OVERALL DOMAIN, AND WHAT WE SEE HERE

14:44   10   ARE THE COLORS ARE INDICATORS OF THE BATHYMETRIC DEPTH, AGAIN

14:44   11   IN METERS.  YOU CAN SEE THAT THE YELLOWS, ORANGES ARE LESS THAN

14:44   12   100 METERS OF DEPTH.  THAT'S CALLED THE CONTINENTAL SHELF, AND

14:44   13   IT'S PRETTY RELEVANT IN TERMS OF HURRICANE STORM SURGE.  THE

14:44   14   BROADER THE SHELF, THE EASIER IT IS FOR THE WIND TO PUSH WATER

14:44   15   UP AGAINST LAND, SO THE MORE EFFECTIVE THE WIND STRESS BECOMES

14:44   16   IN PUSHING WATER UP, PUSHING WATER AROUND, OR PUSHING -- IF

14:44   17   IT'S STOPPED BY SOMETHING, PUSHING WATER UP AGAINST THAT

14:44   18   FEATURE.  SO THERE'S AN INVERSE PROPORTIONALITY TO WATER DEPTH

14:44   19   AND HOW EFFECTIVELY WIND STRESS PUSHES THINGS.

14:44   20        WE ZOOM IN AND WE SEE A TREMENDOUS LEVEL OF DETAIL

14:44   21   HERE.  WE CAN SEE THE BARRIER ISLANDS FULLY RESOLVED SO THAT

14:44   22   THEY CAN AFFECT THE FLOW PATHWAYS AS WELL AS, WHEN THEY GET

14:44   23   INUNDATED, THE DISSIPATION PROCESSES THAT OCCUR.  WE CAN SEE

14:44   24   ALL THE CHANNELS, THE DISTRIBUTARIES HERE IN THE DELTA.

14:45   25        THOSE ARE QUITE IMPORTANT.  QUITE A BIT OF SURGE

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:45 | 1 | ACTUALLY COMES INTO THE MISSISSIPPI RIVER AND THEN PROPAGATES |
| 14:45 | 2 | UP THE RIVER.  THAT IS ALL BEING PUSHED, TYPICALLY, FROM THE |
| 14:45 | 3 | EAST, SO YOU HAVE GOOD CONDUCTIVITY BETWEEN THE MARSHES AND THE |
| 14:45 | 4 | RIVER. |
| 14:45 | 5 | OBVIOUSLY, WE NEED THE INLETS.  FOR EXAMPLE, THE CHEF |
| 14:45 | 6 | AND THE RIGOLETS NEED TO BE IN THE MODEL, AND THE CONDUCTIVITY |
| 14:45 | 7 | TO LAKE MAUREPAS.  LAKE MAUREPAS ACTS AS A RELEASE VALVE WHEN |
| 14:45 | 8 | WATER GETS PUSHED FROM THE EAST TO THE WEST.  SO ALL THESE |
| 14:45 | 9 | FEATURES ARE VERY IMPORTANT TO GET INTO THE MODEL, INCLUDING |
| 14:45 | 10 | THE BATHYMETRY AND TOPOGRAPHY THAT WE REPRESENT THE MODEL WITH. |
| 14:45 | 11 | **THE COURT:**  WHAT ARE THE -- AS AN EXAMPLE, AND YOU |
| 14:45 | 12 | MAY HAVE -- I'M LOOKING AT THE TERREBONNE BAY AREA, TIMBERLIER |
| 14:45 | 13 | BAY AS WELL.  ARE THOSE SIMPLY CLOUDS?  WHAT ARE THEY? |
| 14:45 | 14 | **THE WITNESS:**  THERE'S SOME ISSUES STILL WITH LIDAR IN |
| 14:45 | 15 | TERMS OF GOING INTO THE MARSHES, AND THEY MAY BE ACTUAL LITTLE |
| 14:45 | 16 | PLOTS OF HIGH LAND, FOR EXAMPLE, OVER THERE.  THEY MAY BE HIGH |
| 14:46 | 17 | GROUNDS OR THEY MAY BE AN ARTIFACT OF THE LIDAR.  YOU CAN SEE A |
| 14:46 | 18 | LITTLE BIT OF LIDAR ARTIFACTS OVER IN HERE. |
| 14:46 | 19 | **THE COURT:**  I'M TALKING ABOUT THE KIND OF |
| 14:46 | 20 | CLOUD-LIKE -- |
| 14:46 | 21 | **THE WITNESS:**  OH, THOSE ARE JUST SHALLOW AREAS. |
| 14:46 | 22 | **THE COURT:**  THAT'S JUST SHALLOW? |
| 14:46 | 23 | **THE WITNESS:**  YEAH, THAT'S SHALLOW, SO THAT |
| 14:46 | 24 | ACTUALLY -- AND, AGAIN, THE DEPTHS ARE GETTING CUT OFF, BUT |
| 14:46 | 25 | THESE ARE VERY -- |

14:46    1         **THE COURT:**  YES.  I'M FAMILIAR WITH THE DEPTHS IN

14:46    2    THOSE AREAS OF 4, 5, 6 FEET.

14:46    3         **THE WITNESS:**  IF WE COULD SEE THE COLORS HERE, THE

14:46    4    COLOR --

14:46    5         **MR. SMITH:**  THERE'S THE SCALE.

14:46    6         **THE COURT:**  SO THAT'S JUST SHOWING SHALLOW WATER?

14:46    7         **THE WITNESS:**  THAT'S SHOWING SHALLOW WATER, AND YOU

14:46    8    CAN SEE SOME OF THE DEEPER CHANNELS GOING THROUGH THERE, FOR

14:46    9    EXAMPLE.

14:46   10         **THE COURT:**  YES.

14:46   11         **THE WITNESS:**  WE GET THOSE OFF OF NOAA BATHYMETRIC

14:46   12    CHARTS.

14:46   13    **BY MR. SMITH:**

14:46   14    **Q.**  COULD YOU SHOW US IN MORE DETAIL THE AREA AROUND REACH 2

14:46   15    LEVEES.

14:46   16    **A.**  SURE.  HERE WE SEE THE THREE MAJOR RING LEVEED AREAS IN

14:47   17    AND AROUND NEW ORLEANS. FOR EXAMPLE, WE CAN SEE THE MISSISSIPPI

14:47   18    RIVER BERMS ARE VERY PROMINENT PLAYERS IN TERMS OF STORM SURGE.

14:47   19    WE CAN SEE A LOT OF THE OLD BAYOUS.  WE CAN SEE THE DREDGED

14:47   20    SPOILS ALONG THE SYSTEM.  WE CAN SEE, AGAIN, THE CHANNEL

14:47   21    DETAILS.  WE CAN EVEN SEE THE LAKEFRONT AIRPORT.  WE SEE THE

14:47   22    LA LOUTRE RIDGE OVER IN HERE.  SO WE TRY TO INCORPORATE ALL

14:47   23    THESE DETAILS.

14:47   24         WE SEE THE PEARL RIVER BASIN.  AGAIN, THE PEARL RIVER

14:47   25    BASIN IS IMPORTANT BECAUSE IT ALLOWS FLOW TO GO IN IT AND BE

14:47    1   ATTENUATED WHEN IT REACHES THE COAST.  SO ALL THOSE FEATURES

14:47    2   ARE VERY IMPORTANT TO GET RIGHT IN THE MODELING EFFORT.

14:47    3   **Q.**   ARE YOU ABLE TO TAKE INTO ACCOUNT THE FRICTIONAL EFFECT OF

14:47    4   VEGETATION IN THIS MODEL?

14:47    5   **A.**   YES, AND WE DO SO VERY OBJECTIVELY.  WE ACTUALLY LOOK

14:47    6   AT -- USGS HAS LAND COVER MAPS, AND THEY CLASSIFY DIFFERENT

14:48    7   TYPES OF LAND COVER BASED ON SATELLITE PHOTOS.  FOR EXAMPLE,

14:48    8   YOU MIGHT HAVE A DECIDUOUS FOREST.  YOU MIGHT HAVE A SHRUBLAND.

14:48    9         THERE ARE TWO CLASSIFICATIONS THAT WE USE, AND WE

14:48   10   HAVE A PREFERENCE FOR ONE WHEN IT'S AVAILABLE.  IT'S CALLED

14:48   11   GAP.  WE USE NLCD ALSO.  THEN WE USE MANNING N COEFFICIENTS

14:48   12   THAT ARE THE STANDARD HYDRAULIC PRACTICE.  WE DON'T TUNE

14:48   13   ANYTHING OR CHANGE ANYTHING.  WE SELECT THESE COEFFICIENTS AND

14:48   14   WE USE THEM IN ALL OUR MODELS FOR MISSISSIPPI, FOR LOUISIANA,

14:48   15   FOR TEXAS, ETC.

14:48   16         **MR. O'DONNELL:**  YOUR HONOR, IT'S MY UNDERSTANDING

14:48   17   THAT THIS CHART AND SEVERAL BEFORE IT ARE NOT IN THE REPORT.

14:48   18   WE ARE ON THE RUN OVER HERE.  I KNOW I'M PRESERVING MY

14:48   19   OBJECTIONS, BUT CAN WE HAVE SOME EXPLANATION ABOUT WHY WE ARE

14:48   20   NOT STICKING TO THE REPORT?  IF IT'S IN THE REPORT, SHOW IT TO

14:48   21   ME.  WHY DON'T YOU USE THE ONE IN THE REPORT.

14:48   22         **MR. SMITH:**  I'M NOT SURE WHETHER IT'S IN THE REPORT

14:48   23   OR NOT, YOUR HONOR.  LET ME SEE.

14:49   24         **MR. BRUNO:**  PAGE 89 OF THIS REPORT IS WHERE THIS

14:49   25   WOULD SEEM TO COME FROM.

FINAL DAILY COPY

14:49   1          **MR. O'DONNELL:**  YOUR HONOR, OBJECTION.  HE USED

14:49   2   PAGE 89 OF HIS REPORT.  HE DIDN'T USE THIS ONE.

14:49   3          **THE COURT:**  LET ME SEE PAGE 89 OF THE REPORT.

14:49   4          **THE WITNESS:**  YOUR HONOR, MAY I CLARIFY?

14:49   5          **THE COURT:**  JUST ONE SECOND, SIR.  I'M GOING TO LET

14:49   6   THE ATTORNEY HANDLE THE OBJECTIONS, AND THEN YOU CAN CLARIFY.

14:49   7   LET ME JUST LOOK AT THE REPORT.  WHAT TABLE ON PAGE 89, TABLE

14:50   8   4?

14:50   9          MR. SMITH, IF YOU COULD JUST ENLIGHTEN ME A

14:50   10  LITTLE BIT.

14:50   11         **MR. SMITH:**  I THINK THE COMPARABLE TABLE IS ON

14:50   12  PAGE 88.

14:50   13         **THE COURT:**  88 LOOKS LIKE WHAT IT IS IS A

14:50   14  CHARACTERIZATION OF THE VARIOUS TOPOGRAPHY BY FRESH MARSH,

14:50   15  INTERACTIVE SALINE, ETC.  I WILL CERTAINLY ALLOW THE WITNESS TO

14:50   16  CLARIFY HOW THIS WAS DERIVED.  I WILL ALLOW HIM TO CLARIFY AND

14:50   17  EXPLAIN HOW THIS WAS DERIVED FROM THIS TABLE 2.  I KNOW MANNING

14:51   18  VALUES ARE THE COEFFICIENT OF FRICTION, IN ESSENCE.  WITH YOUR

14:51   19  OBJECTION PENDING, I WOULD LIKE HIM TO EXPLAIN IT SO I CAN

14:51   20  UNDERSTAND IT.

14:51   21         **MR. O'DONNELL:**  ONE IS GAP IN THE REPORT.  THE OTHER

14:51   22  IS A THING CALLED NATIONAL THAT HE'S USING, NLCD.

14:51   23  BY **MR. SMITH:**

14:51   24  **Q.**   DR. WESTERINK, CAN YOU EXPLAIN TO THE COURT THE DIFFERENCE

14:51   25  BETWEEN THESE TWO.

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:51 | 1 | **A.**   CERTAINLY.  ON PAGE 34 OF MY REPORT, SECTION 4.1.4.4 OF MY |
| 14:51 | 2 | REPORT, I STATE: |
| 14:51 | 3 | "THE STANDARD QUADRATIC PARAMETERIZATION OF BOTTOM |
| 14:51 | 4 | STRESS IS APPLIED.  IN ORDER TO MODEL THE SPATIALLY VARIABLE |
| 14:51 | 5 | FRICTIONAL LOSSES, WE APPLY A MANNING N FORMULATION IN ORDER TO |
| 14:51 | 6 | COMPUTE THE BOTTOM FRICTION COEFFICIENT.  NODAL MANNING N |
| 14:51 | 7 | COEFFICIENTS ARE SPATIALLY ASSIGNED USING THE LA-GAP, MS-GAP, |
| 14:52 | 8 | AND NLCD LAND TYPE DEFINITION AND THE ASSOCIATED MANNING N |
| 14:52 | 9 | VALUE DEFINED IN SECTION 3 IN THE FEMA DFIRM REPORT." |
| 14:52 | 10 | SO I REFER TO THE FEMA DFIRM REPORT, WHICH REALLY |
| 14:52 | 11 | LAYS OUT ALL THIS STUFF IN SIGNIFICANT AMOUNT OF DETAIL. |
| 14:52 | 12 | CERTAINLY, ALL THE DETAILS ARE OFTEN REFERRED TO FROM THE FEMA |
| 14:52 | 13 | DFIRM REPORT. |
| 14:52 | 14 | **Q.**   SO JUST FOR THE COURT'S ENLIGHTENMENT, THEN, WHAT'S THE |
| 14:52 | 15 | DIFFERENCE BETWEEN THE TABLE THAT APPEARS ON PAGE 89 IN YOUR |
| 14:52 | 16 | REPORT, WHICH IS THE LA-GAP -- 88 -- |
| 14:52 | 17 | **MR. SMITH:**  I'M SORRY, YOUR HONOR, 88. |
| 14:52 | 18 | **BY MR. SMITH:** |
| 14:52 | 19 | **Q.**   -- WHICH APPEARS TO SET FORTH THE LA -- I TAKE IT THAT'S |
| 14:52 | 20 | THE LOUISIANA GAP DATA? |
| 14:52 | 21 | **A.**   RIGHT.  BASICALLY, THIS SLIDE IS -- WE USE BOTH NLCD IN |
| 14:53 | 22 | THE SL15 MODEL AND THE LA-GAP.  WE HAD A PREFERENCE FOR LA AND |
| 14:53 | 23 | MS-GAP, AS IS OUTLINED IN THE FEMA REPORT, BECAUSE, IN FACT, IT |
| 14:53 | 24 | HAS MANY MORE MARSH TYPES.  THIS IS JUST AN ILLUSTRATIVE SLIDE |
| 14:53 | 25 | THAT USES ONE OF THE THREE DATABASES TO SHOW THAT THERE'S LAND |

| | | |
|---|---|---|
| 14:53 | 1 | COVER AND THAT THERE'S LAND COVER CLASSIFICATIONS AND THAT WE |
| 14:53 | 2 | ASSIGN A MANNING N TO THAT.  AGAIN, THE COMPREHENSIVE SET OF |
| 14:53 | 3 | ALL OF THEM IS IN THE FEMA REPORT.  WE CERTAINLY, IN THE |
| 14:53 | 4 | REPORT, FOCUSED ON THE LA-GAP BECAUSE THAT'S THE ONE THAT'S |
| 14:53 | 5 | PREDOMINANTLY USED IN LOUISIANA WHEN IT'S AVAILABLE. |
| 14:53 | 6 | MR. O'DONNELL:  YOUR HONOR, I OBJECT.  I DON'T KNOW |
| 14:53 | 7 | WHAT THE FEMA REPORT IS.  IT'S NOT HERE.  I CAN SEE DIFFERENCES |
| 14:53 | 8 | BETWEEN THE ONE ON THE SCREEN AND THE ONE ON PAGE 88, AND I'M |
| 14:53 | 9 | ON THE FLY HERE.  APPLES AND APPLES ARE DIFFERENT, AND IT'S |
| 14:53 | 10 | VERY IMPORTANT WHAT THE MANNING N AS THE COURT KNOWS -- |
| 14:54 | 11 | THE COURT:  WELL, I WAS GOING TO ASK:  IS THERE |
| 14:54 | 12 | ANYTHING IN YOUR REPORT WHICH GIVES COEFFICENTS OTHER THAN THE |
| 14:54 | 13 | MANNING COEFFICIENTS SET OUT ON PAGE 88? |
| 14:54 | 14 | THE WITNESS:  WELL, WE CERTAINLY USED MANNING N |
| 14:54 | 15 | COEFFICIENTS IN TABLE 3; ALTHOUGH THAT TABLE HAD SOME ERRORS IN |
| 14:54 | 16 | IT, WHICH WE HAVE SINCE CORRECTED, WHICH WAS POINTED OUT IN MY |
| 14:54 | 17 | DEPOSITION.  THE MODEL PREDOMINANTLY RELIES ON THE -- IN THE |
| 14:54 | 18 | LOUISIANA AREA ON THE LA-GAP.  AGAIN, THIS IS OUTLINED IN THE |
| 14:54 | 19 | FEMA REPORT VERY EXTENSIVELY. |
| 14:54 | 20 | MR. O'DONNELL:  YOUR HONOR, HE JUST ADMITTED THAT |
| 14:54 | 21 | TABLE 3 IN THE REPORT, PAGE 89, HAD ERRORS.  HE HAS NOW |
| 14:54 | 22 | "CORRECTED" THEM.  HE HAS GONE TO A DIFFERENT CLASSIFICATION |
| 14:54 | 23 | SYSTEM, FROM LA-GAP TO NCLD, WHATEVER IT IS. |
| 14:54 | 24 | THAT'S THE WHOLE POINT I WAS TRYING TO MAKE IN A |
| 14:54 | 25 | VERY HURRIED MANNER EARLIER THIS AFTERNOON.  I HAVE NO IDEA |

FINAL DAILY COPY

14:55  1  WHAT HE HAS RELIED UPON.  HE IS CHANGING HIS DATA.  THEREFORE,

14:55  2  THE MANNING COEFFICIENTS WILL CHANGE THE FRICTION LEVELS, WHICH

14:55  3  WILL CHANGE THE IMPACT OF THE MARSHES ON THE SURGE.  I THINK

14:55  4  YOU CAN SEE IN THIS VERY ILLUSTRATION HERE THE PROBLEM WITH

14:55  5  LETTING THIS WITNESS WRITE A NEW OPINION, AND I OBJECT.

14:55  6          **THE COURT:**  YOUR OBJECTION IS NOTED.

14:55  7              AS I UNDERSTAND IT -- AND MAYBE WE NEED TO BRING

14:55  8  THAT OUT IN ADVANCE SO I CAN UNDERSTAND IT, SIR.  THESE

14:55  9  COEFFICIENTS SHOWN ON THE RIGHT THAT YOU HAVE CIRCLED ARE NOT

14:55 10  THE SAME COEFFICIENTS ON PAGE 88?

14:55 11          **THE WITNESS:**  THEY'RE NOT.

14:55 12          **THE COURT:**  THE REASON THEY'RE NOT IS?

14:55 13          **THE WITNESS:**  I CAN GIVE A VERY DETAILED EXPLANATION.

14:55 14  THE NLCD IS THE NATIONAL LAND COVER DATABASE.  GAP IS A

14:55 15  LOCALIZED STATE DATABASE.  NLCD, FOR EXAMPLE, ONLY HAS, I

14:55 16  BELIEVE, TWO DIFFERENT TYPES OF MARSHLANDS.  THE GAP IS A

14:56 17  HABITAT DATABASE AND HAS A WIDE VARIETY OF MARSH TYPES, RANGING

14:56 18  ALL THE WAY FROM CYPRESS FORESTS TO SALINE MARSH TO BRACKISH

14:56 19  MARSH TO FRESH MARSH.

14:56 20              OBVIOUSLY, IF WE CAN GET THE DATA TO DESCRIBE

14:56 21  ALL THOSE DIFFERENT MARSH TYPES, THAT'S MUCH BETTER.

14:56 22  FORTUNATELY, WE DO HAVE THE GAP DATA, THE LOUISIANA GAP DATA

14:56 23  AND THE MISSISSIPPI GAP DATA, AND THOSE ARE, IN FACT, WHAT WE

14:56 24  USED FOR DETERMINING THE MANNING N COEFFICIENT.  THIS IS

14:56 25  DETAILED IN SIGNIFICANT DETAIL IN THE REPORT, AND PARTICULARLY

14:56   1   IN THE FEMA REPORT EVERYTHING IS LAID OUT VERY, VERY CAREFULLY.

14:56   2           **MR. O'DONNELL:**  YOUR HONOR, WITH ALL DUE RESPECT, HE

14:56   3   DID NOT ANSWER YOUR QUESTION.

14:56   4           **THE COURT:**  I'M GOING TO LET YOU HAVE YOUR CROSS

14:56   5   EXAMINATION A DAY FROM NOW AND --

14:57   6           **MR. SMITH:**  WE CAN FIND OUT WHETHER THIS IS TRULY A

14:57   7   TEMPEST IN A TEAPOT OR NOT A DAY FROM NOW, YOUR HONOR.

14:57   8           **THE COURT:**  THAT'S RIGHT.  I WILL CERTAINLY FIND THAT

14:57   9   OUT.

14:57   10  **BY MR. SMITH:**

14:57   11  **Q.**   I WONDER IF YOU COULD SHOW US GRAPHICALLY THE APPLICATION

14:57   12  OF THE MANNING N VALUES IN THE GULF.

14:57   13  **A.**   WE HAVE BASICALLY APPLIED THOSE MANNING N VALUES, AND

14:57   14  THOSE ARE INTERPOLATED FOR THE H1 MODEL.  IF YOU LOOK AT THE

14:57   15  *MONTHLY WEATHER REVIEW* PAPER THAT HAS RECENTLY BEEN ACCEPTED

14:57   16  SUBJECT TO SOME MINOR REVISIONS, YOU WILL SEE PRETTY MUCH --

14:57   17  WELL, EXACTLY THE SAME PICTURE THERE, SO THINGS HAVE NOT

14:57   18  CHANGED DRAMATICALLY.

14:57   19          THERE'S A LITTLE BIT MORE DETAIL IN AREAS SUCH AS THE

14:57   20  MISSISSIPPI RIVER DELTA, BUT WE HAVE NOT BEEN CHANGING ANY KIND

14:57   21  OF MANNING N VALUES.  SO THIS IS THE REPRESENTATION OF THE

14:57   22  MANNING N VALUES THAT WERE APPLIED FROM THE NLCD WHERE WE

14:58   23  DIDN'T HAVE MISSISSIPPI OR LA-GAP, AND THEY GET APPLIED TO THE

14:58   24  MODEL.

14:58   25  **Q.**   DOES YOUR ADCIRC STILL WATER MODEL INTERACT WITH THE

FINAL DAILY COPY

14:58    1    STWAVE MODEL?

14:58    2    **A.**   YES, IT DOES.   THIS IS SOMETHING WHERE WE MADE SIGNIFICANT

14:58    3    ADVANCEMENTS DURING THE IPET PERIOD, AND WE ARE VERY, VERY

14:58    4    INTENSIVELY WORKING ON REFINING THESE CAPABILITIES EVEN

14:58    5    FURTHER, AS I WILL EXPLAIN LATER IN MY TESTIMONY.

14:58    6         ESSENTIALLY, IN ORDER TO COMPUTE WAVES, YOU NEED TO

14:58    7    KNOW WHAT THE WATER LEVELS ARE.   BUT IN ORDER TO COMPUTE THE

14:58    8    STILL WATER LEVELS, YOU NEED TO ALSO KNOW WHAT'S HAPPENING WITH

14:58    9    THE WAVES.   WHEN A WAVE CRASHES AND BREAKS, IT IMPARTS A STRESS

14:58    10   ON THE WATER LEVEL, ON THE WATER.   IN FACT, IT ACTS JUST LIKE

14:58    11   WIND.   IT ACTUALLY PUSHES THE WATER UP.

14:58    12        TYPICALLY, IN LOUISIANA WE HAVE SOMEWHERE BETWEEN A

14:58    13   FOOT, FOOT AND A HALF, UP TO 3 FEET OR MORE OF STILL WATER

14:59    14   THAT'S PUSHED UP BY THE WAVES.   SO IF YOU LOOK AT THE

14:59    15   DIFFERENTIAL BETWEEN THE COMPUTATION WITHOUT WAVE RADIATION

14:59    16   STRESSES, OR THE EFFECTS OF THESE BREAKING AND TRANSFORMING

14:59    17   WAVES, AND A COMPUTATION WITH THEM, THAT'S THE LEVEL OF

14:59    18   DIFFERENCE THAT YOU GET.   SO IT'S A VERY IMPORTANT PART TO

14:59    19   COMPUTE.

14:59    20   **Q.**   CAN YOU SHOW US GRAPHICALLY HOW THEY INTERACT.

14:59    21   **A.**   I CAN.   WHAT WE SEE ON THE LEFT ARE SOME TYPICAL SAMPLE

14:59    22   PANELS OF AN ADCIRC COMPUTATION COMPUTING THE ELEVATIONS OR

14:59    23   STILL WATER LEVELS AND THE CURRENTS.   CERTAINLY, WE SEE SOME

14:59    24   RAPID CURRENTS OVER THE BARRIER ISLANDS AND THE MISSISSIPPI

14:59    25   RIVER DELTA, ETC.

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:59 | 1 | THEN WHAT WE SEE OVER HERE IN THIS PANEL ARE THE |
| 14:59 | 2 | STWAVE CALCULATIONS, AND WE NOTE THAT THE WAVES ARE VERY HIGH |
| 14:59 | 3 | IN THE DEEPER WATER, AND THEY TRANSFORM RAPIDLY TO SMALLER |
| 14:59 | 4 | WAVES AS THEY BREAK WHEN THE BATHYMETRY GETS MUCH SHALLOWER. |
| 14:59 | 5 | WHAT THAT IMPARTS ON THE WATER ARE THESE WAVE |
| 15:00 | 6 | RADIATION STRESSES, AND THOSE PUSH ADDITIONAL WATER UP TO |
| 15:00 | 7 | ABOUT -- IN THE DELTA REGION, 40 PERCENT OF THE WATER LEVELS |
| 15:00 | 8 | ARE ACTUALLY BEING PUSHED BY THE WAVE RADIATION STRESSES. |
| 15:00 | 9 | TYPICALLY, IN AND AROUND THE STUDY AREA, PROBABLY AROUND 1 1/2 |
| 15:00 | 10 | FEET OR SO OF THE WATER LEVEL COMES FROM THESE WAVE RADIATION |
| 15:00 | 11 | STRESSES. |
| 15:00 | 12 | Q.   HAS THE SL15 MODEL BEEN USED IN OTHER APPLICATIONS, OTHER |
| 15:00 | 13 | THAN YOUR STUDY FOR THIS CASE? |
| 15:00 | 14 | A.   YES, IT HAS BEEN.  IT, OF COURSE, EVOLVED FROM THE IPET |
| 15:00 | 15 | STUDY FROM THE S08 AND THE TF01 GRIDS.  IT WAS SPECIFICALLY |
| 15:00 | 16 | DEVELOPED FOR THE LACPR STUDY. |
| 15:00 | 17 | THE LACPR, OF COURSE, LOOKED AT HOW WE COULD DESIGN A |
| 15:00 | 18 | MUCH HIGHER LEVEL OF PROTECTION FOR SOUTHERN LOUISIANA.  IT'S |
| 15:00 | 19 | BEEN USED VERY EXTENSIVELY BY THE ARMY CORPS OF ENGINEERS, THE |
| 15:01 | 20 | NEW ORLEANS DISTRICT, AS WELL AS THE HURRICANE PROTECTION |
| 15:01 | 21 | OFFICE, TO COME UP WITH 100-YEAR DESIGN LEVELS FOR THE SYSTEM, |
| 15:01 | 22 | AND THAT'S WHAT THE SYSTEM IS BEING BUILT TO TODAY.  IN |
| 15:01 | 23 | ADDITION, SPECIAL FEATURES SUCH AS THE CLOSURE AT PARIS ROAD, |
| 15:01 | 24 | THE ENVIRONMENTAL IMPACT OF IMPLEMENTING SUCH A CLOSURE, AND |
| 15:01 | 25 | MANY OTHER STRUCTURES AND PROJECTS FOR THE CORPS ARE BEING |

| 15:01 | 1 | ASSESSED WITH THIS MODEL. |
| 15:01 | 2 | FEMA LOUISIANA DFIRM ANALYSIS, THE DIGITAL FLOOD |
| 15:01 | 3 | INSURANCE RATE MAPS FOR LOUISIANA AS WELL AS FOR MISSISSIPPI. |
| 15:01 | 4 | IN ADDITION, A SIMILAR STUDY WAS DONE WITH SL15 FOR MISSISSIPPI |
| 15:01 | 5 | AS THE LACPR STUDY.  THERE'S A COMPARABLE STUDY FOR THE COAST |
| 15:01 | 6 | OF MISSISSIPPI.  LSU PROFESSOR ROBERT TWILLEY IS USING IT TO |
| 15:01 | 7 | FORECAST INCOMING HURRICANES.  NOAA IS ALSO, STARTING THIS |
| 15:01 | 8 | HURRICANE SEASON, GOING TO BE USING IT TO FORECAST INCOMING |
| 15:01 | 9 | HURRICANES IN LOUISIANA. |
| 15:02 | 10 | **Q.**   PRIOR TO HURRICANE KATRINA, THE MODEL OF THE ADCIRC MODEL |
| 15:02 | 11 | THAT WAS THE STATE-OF-THE-ART WAS THE S08 MODEL; IS THAT |
| 15:02 | 12 | CORRECT? |
| 15:02 | 13 | **A.**   THAT'S RIGHT, AND I BUILT THAT MODEL. |
| 15:02 | 14 | **Q.**   SINCE HURRICANE KATRINA YOU HAVE DEVELOPED SUCCESSIVE |
| 15:02 | 15 | VERSIONS OF THAT MODEL UP TO THE PRESENT MODEL, THE SL15 MODEL, |
| 15:02 | 16 | THAT YOU ARE USING.  WOULD YOU PLEASE DESCRIBE SOME OF THE |
| 15:02 | 17 | DIFFERENCES BETWEEN THE S08 MODEL AND THE SL15. |
| 15:02 | 18 | **A.**   WELL, OF COURSE, AS I MENTIONED, THERE'S AN EVOLUTION, AND |
| 15:02 | 19 | THERE ARE MANY LESSONS LEARNED BETWEEN THE S08 AND THE SL15 IN |
| 15:02 | 20 | IMPROVING THE COMPUTATIONS. |
| 15:02 | 21 | THE FIRST TWO MAIN FACTORS, OF COURSE, ARE GRID |
| 15:02 | 22 | RESOLUTION.  THE GRID RESOLUTION WAS, AT BEST, ABOUT 320 FEET. |
| 15:02 | 23 | IN S08 IT'S ALL THE WAY DOWN TO ABOUT 65 FEET.  OF COURSE, THAT |
| 15:02 | 24 | ALLOWS YOU TO CAPTURE THE HYDRAULIC EFFECTS OF ALL KINDS OF |
| 15:03 | 25 | FEATURES MUCH BETTER AND RESOLVE THE FLOW.  THIS RESULTS IN |

| | | |
|---|---|---|
15:03 | 1 | QUITE A FEW MORE COMPUTATIONAL POINTS, WHERE WE HAVE GONE FROM
15:03 | 2 | ABOUT 314,000 TO 2.5 MILLION COMPUTATIONAL POINTS IN THE SL15.
15:03 | 3 | AGAIN, EVERYONE IN HYDRAULIC ENGINEERING RECOGNIZES THAT
15:03 | 4 | RESOLUTION IS THE KEY TO OBTAINING A GOOD CALCULATION.
15:03 | 5 | **Q.**   CAN YOU SHOW US THE DIFFERENCE PICTORIALLY BETWEEN THESE
15:03 | 6 | TWO MODELS.
15:03 | 7 | **A.**   I CAN.   THIS IS S08.   NOW, WE TOGGLE TO -- AND YOU CAN SEE
15:03 | 8 | THAT THERE'S, IF WE TOGGLE BACK AND FORTH, VERY SIGNIFICANT
15:03 | 9 | DIFFERENCES.   WE ARE AT ABOUT 25 KILOMETERS HERE AND HERE
15:03 | 10 | VERSUS WE ARE AT GREATER THAN 30 THERE.   WE ARE AT 25 OR 30 IN
15:03 | 11 | S08.   NOW WE TOGGLE TO THE SL15 H1.   WE ARE AT ABOUT 12 TO 15.
15:03 | 12 | WE CAN SEE THAT THE SHELF IS MUCH BETTER RESOLVED IN THE SL15
15:03 | 13 | THAN IT IS IN THE S08.
15:04 | 14 | NOW, WE GO AHEAD AND ZOOM IN FURTHER --
15:04 | 15 | **MR. SMITH:**   JUST A SECOND.   I THINK MR. O'DONNELL HAS
15:04 | 16 | AN OBJECTION.
15:04 | 17 | **MR. O'DONNELL:**   I OBJECT, YOUR HONOR.   HE DIDN'T MAKE
15:04 | 18 | ANY SUCH COMPARISON IN HIS REPORT, NUMBER ONE; NUMBER TWO, HE
15:04 | 19 | WAS ASKED ABOUT THAT IN HIS DEPOSITION AND SAID HE WAS NOT
15:04 | 20 | DOING THAT COMPARISON, AND NOW HE IS DOING THE COMPARISON.
15:04 | 21 | COINCIDENTALLY, WE USED S08, AND HE IS TRYING TO
15:04 | 22 | TELL US HE HAS A BETTER CAR.   IT'S NOT IN HIS REPORT.   HE
15:04 | 23 | DIDN'T GET CROSSED ON IT.
15:04 | 24 | **THE COURT:**   DO YOU WANT TO RESPOND FOR THE RECORD?
15:04 | 25 | **MR. SMITH:**   YES, YOUR HONOR.   WE ARE TRYING TO

FINAL DAILY COPY

| | |
|---|---|
| 15:04 | 1 |
| 15:04 | 2 |
| 15:04 | 3 |
| 15:04 | 4 |
| 15:04 | 5 |
| 15:04 | 6 |
| 15:04 | 7 |
| 15:04 | 8 |
| 15:04 | 9 |
| 15:04 | 10 |
| 15:05 | 11 |
| 15:05 | 12 |
| 15:05 | 13 |
| 15:05 | 14 |
| 15:05 | 15 |
| 15:05 | 16 |
| 15:05 | 17 |
| 15:05 | 18 |
| 15:05 | 19 |
| 15:05 | 20 |
| 15:05 | 21 |
| 15:05 | 22 |
| 15:05 | 23 |
| 15:05 | 24 |
| 15:05 | 25 |

EXPLAIN THE DEVELOPMENT OF THIS MODEL AND THE DIFFERENCES

BETWEEN THE OLD MODEL AND THE NEW MODEL.

IT IS SIGNIFICANT.  THIS IS NOT, IN OUR OPINION,

A TEMPEST IN A TEAPOT.  THEY USED THE S08 MODEL, WHICH WAS AN

OLD MODEL.  IT DIDN'T HAVE MUCH DETAIL; IT DIDN'T CAPTURE A LOT

OF THE PROCESSES DURING THIS STORM.

THEY HAVE MADE A CENTERPIECE OF THEIR CASE

SOMETHING THAT WE COULDN'T ANTICIPATE WHEN WE DID OUR EXPERT

REPORTS, THAT THEY WERE GOING TO TALK ABOUT THIS RECESSION

RATE, THIS SECOND HUMP.  NONE OF THAT STUFF WAS APPARENT TO US

WHEN WE DID OUR REPORTS IN DECEMBER.  WE GET TO TRIAL AND,

SUDDENLY, THEY HAVE GOT THESE NEW THEORIES.

**THE COURT:**  JUST A MINUTE.  JUST A MINUTE.  Y'ALL ARE

GOING TO HAVE TO BE A LITTLE QUIETER OVER THERE.  IF YOU WANT A

LITTLE TIME TO CONFER, I'LL GIVE YOU TIME.

GO AHEAD, SIR.

**MR. SMITH:**  YOUR HONOR, THIS IS SIMPLY AN EXPLANATION

THAT HE DID NOT GO INTO IN HIS REPORT.  IT DOES COMPARE THE TWO

MODELS.  HE IS THE DEVELOPER OF BOTH OF THEM.  HE IS CAPABLE OF

DESCRIBING THEM.  THE PLAINTIFFS HAD THEIR OWN CASE AND

DESCRIBED THEIR USE OF IT.  WE ARE SIMPLY ADDRESSING THE

DIFFERENCES BETWEEN THEIR MODEL AND OUR MODEL.

**MR. O'DONNELL:**  THE RULE YOU HAVE CONSISTENTLY

ENFORCED:  IS IT IN THE FOUR CORNERS OF THE REPORT?  THIS ISN'T

A REBUTTAL CASE BY A PLAINTIFF.  THIS IS THE DEFENSE.  OKAY?  I

FINAL DAILY COPY

15:05   1    DON'T KNOW WHAT HE IS TALKING ABOUT, THE DOUBLE HUMP.  WE WILL

15:05   2    TALK ABOUT IT ON CROSS.

15:05   3              THE POINT OF THE MATTER IS, YOUR HONOR, IF WE

15:05   4    ARE GOING TO HAVE ANY DISCIPLINE, WHICH I THINK YOU SAID

15:05   5    EARLIER -- I HAVE TO TELL YOU THIS IS NOT IN THE REPORT.  IT'S

15:05   6    UNFAIR TO US.  WE NEVER GOT TO CROSS-EXAMINE HIM, AND MY GUYS

15:06   7    NEVER GOT TO DO THAT ON THE WITNESS STAND, MY EXPERTS.  SO I

15:06   8    HAVE TO TELL YOU THIS ONE --

15:06   9              **THE COURT:**  YOU NEVER GOT TO DO WHAT?  JUST TO MAKE

15:06   10   IT CLEAR, YOU NEVER GOT TO --

15:06   11             **MR. O'DONNELL:**  WE NEVER GOT TO COMPARE THE VARIOUS

15:06   12   MODELS, NUMBER ONE:  FINEL TO ADCIRC; S08 TO SL15.  THIS IS ALL

15:06   13   NEW.  I JUST OBJECT.  IT'S UNFAIR.  IT'S NOT IN THE REPORT, AND

15:06   14   HE COULDN'T HAVE BEEN EXAMINED IN HIS DEPOSITION ABOUT IT.  IN

15:06   15   FACT, HE WANTS TO TALK ABOUT IT NOW.  I MEAN, I'VE HAD EXPERTS

15:06   16   WHO WANTED TO TALK ABOUT A LOT OF THINGS, BUT THEY WEREN'T

15:06   17   ALLOWED TO BECAUSE IT WASN'T IN THE REPORT.

15:06   18             **THE COURT:**  IT IS TRUE, IT MAY BE THIS IS

15:06   19   SIGNIFICANT, BUT NOT BEING IN THE REPORT IS A RULE THAT I HAD

15:06   20   TO GO BY.  YOU KNOW, I CAN ONLY GIVE SO MUCH LATITUDE.  I'VE

15:06   21   HEARD TESTIMONY.  THERE HAS BEEN TESTIMONY IN THE RECORD THAT

15:06   22   THE SL15 IS A SUPERIOR MODEL FOR RESOLUTION THAN THE OTHER

15:07   23   MODEL, SO THIS IS NOT EPIPHANOUS TO ME.

15:07   24             I AM GOING TO ALLOW IT, BUT I NOTE

15:07   25   MR. O'DONNELL'S OBJECTION.  IT IS GOING BEYOND THE REPORT, AND

FINAL DAILY COPY

15:07   1   I WILL ONLY ALLOW THAT UNDER CERTAIN CIRCUMSTANCES WHEN THE

15:07   2   SUBJECT MATTER HAS BEEN DISCUSSED.  IT IS NOT A REVELATION TO

15:07   3   THE COURT THAT ONE IS MORE ADVANCED THAN THE OTHER; ERGO, IT'S

15:07   4   GOT A HIGHER NUMBER.  I UNDERSTAND.  SO WHAT SIGNIFICANCE IT

15:07   5   WILL HAVE, WE'LL SEE.

15:07   6                  MR. O'DONNELL, YOU DO HAVE A POINT, AND I DO

15:07   7   HAVE TO KEEP DISCIPLINE IN THIS.  BECAUSE IT'S BEEN DISCUSSED,

15:07   8   I'M GOING TO ALLOW IT.  WE ARE NOT GOING TO DISCUSS IT ANY

15:07   9   MORE.  THE OBJECTION IS NOTED, BUT URGE IT AGAIN BECAUSE, YOU

15:07   10  KNOW, I'M REACHING MY LIMITS OF THE PENUMBRA OF THE REPORT.

15:07   11           **MR. O'DONNELL:**  IF I MAY, YOUR HONOR, I WOULD JUST

15:07   12  STATE FOR THE RECORD THAT WE DO NOT BELIEVE NOR DID MY EXPERTS

15:07   13  SAY IT IS A BETTER, NUMBER ONE, MODEL.  IT'S ADVANCED MAYBE

15:08   14  ONLY BECAUSE IT HAS MORE NODES, BUT I THINK YOU WILL SEE ON

15:08   15  CROSS-EXAMINATION WHAT WE THINK THE TRUTH IS ABOUT THIS MODEL.

15:08   16           **THE COURT:**  I'M NOT SAYING I HAVE FOUND IT.  I'M JUST

15:08   17  SAYING THERE'S BEEN TESTIMONY ABOUT IT BEING IN MORE

15:08   18  RESOLUTION.  WHAT THE RESOLUTION MEANS IN THE FINAL ANALYSIS OF

15:08   19  THIS CASE, I DON'T KNOW.

15:08   20           **MR. O'DONNELL:**  THE ONLY DISCIPLINE I WAS TRYING TO

15:08   21  IMPOSE, GIVEN THE FACT WE ARE DOING THIS LITERALLY ON THE

15:08   22  FLY --

15:08   23           **THE COURT:**  I AGREE.

15:08   24           **MR. O'DONNELL:**  -- IS THAT THE FACT THAT MY WITNESSES

15:08   25  DISCUSS SOMETHING IS ONE THING; THE FACT THAT THEY OMITTED TO

FINAL DAILY COPY

15:08   1   PUT IT IN THEIR REPORT, OF COURSE, IS ANOTHER.  I UNDERSTAND

15:08   2   THE RULING ON THIS ISSUE, AND I JUST WANT TO BE CLEAR.

15:08   3           THE COURT:  IN MY SOMEWHAT EPHEMERAL PENUMBRA OF THE

15:08   4   REPORT BEYOND THAT, I'M GOING TO ENFORCE IT.  AS I SAID, I WANT

15:08   5   TO BE EVENHANDED, AND IT CUTS BOTH WAYS.

15:08   6           MR. SMITH:  YOUR HONOR, WE'LL STAY WITHIN THE

15:08   7   PENUMBRA.  WE WON'T GO INTO THE EMANATIONS OF PENUMBRAS.

15:08   8           THE COURT:  I APPRECIATE THAT.

15:08   9   BY MR. SMITH:

15:09  10   Q.   DR. WESTERINK, JUST IF YOU COULD BRIEFLY, VERY BRIEFLY,

15:09  11   COMPARE THE GRID SIZES BETWEEN SL15 AND SO8.

15:09  12   A.   I CERTAINLY CAN.  WHAT WE CAN SEE IN THE NEXT FIGURE,

15:09  13   SEQUENCE OF FIGURES, WE CAN SEE AGAIN A VERY COURSE LEVEL OF

15:09  14   RESOLUTION IN THE SO8 MODEL, AND IT'S NOT ABLE TO CAPTURE

15:09  15   DETAILS IN THE SAME WAY THAT SL15 CAN.  WE ZOOM IN AND YOU CAN

15:09  16   SEE SIGNIFICANTLY HIGHER RESOLUTION OF ALL THE FEATURES, AND

15:09  17   THAT IS REFLECTED IN HOW THE MODEL REPRESENTS THE PHYSICAL

15:09  18   SYSTEM.

15:09  19   Q.   LET'S GO ON AND LOOK AT ANOTHER TABLE, SOME MORE PARTS OF

15:09  20   THIS TABLE, IF WE CAN, THAT LISTS SOME MORE DIFFERENCES BETWEEN

15:09  21   THE TWO MODELS.

15:09  22   A.   WELL, IT GOES WAY BEYOND RESOLUTION.  IT'S ALSO WHAT THAT

15:09  23   RESOLUTION REALLY REPRESENTS.  FOR EXAMPLE, THE SL15 REPRESENTS

15:09  24   THE DISSIPATIVE BARRIER ISLANDS.  THEY ARE IN THIS AS WEIRS IN

15:09  25   THE SO8 MODEL.  THE MISSISSIPPI COAST, WHICH ACTUALLY ABSORBS

| | | |
|---|---|---|
| 15:09 | 1 | THE FLOW AND THEN RELEASES IT BACK MUCH MORE SLOWLY, IS IN THE |
| 15:10 | 2 | SL15 MODEL, AND IT HAD TO BE.  WE FOUND THAT DURING THE IPET |
| 15:10 | 3 | STUDY. |
| 15:10 | 4 | ACCURATE RIVERS AND CHANNELS SUCH AS THE CHEF, |
| 15:10 | 5 | RIGOLETS, MISSISSIPPI RIVER THAT ESSENTIALLY TAKE IN THE FLOW |
| 15:10 | 6 | THAT'S BEING PUSHED INTO THEM AND PROPAGATED ACCURATELY, THAT'S |
| 15:10 | 7 | MUCH BETTER RESOLVED, MUCH BETTER REPRESENTED. |
| 15:10 | 8 | MUCH MORE ACCURATE BATHYMETRY IN CHANDELEUR SOUND. |
| 15:10 | 9 | WE HAD ACTUALLY MADE AN ERROR IN THE S08 MODEL, AND THE |
| 15:10 | 10 | BATHYMETRY TO THE WEST OF THE CHANDELEUR ISLANDS IS |
| 15:10 | 11 | SUBSTANTIALLY DEEPER IN THE S08 THAN THE SL15 MODEL.  SO THIS |
| 15:10 | 12 | IS VERY IMPORTANT IN TERMS OF CAPTURING THE FLOW INTO AND OUT |
| 15:10 | 13 | OF THE AREA OF INTEREST. |
| 15:10 | 14 | NOW, ALSO, THE VEGETATIVE EFFECTS.  IN FACT, S08 DID |
| 15:10 | 15 | NOT USE THE MANNING N PARAMETERIZATION, WHICH VARIES THROUGHOUT |
| 15:10 | 16 | THE DOMAIN AND IS SPECIFIED AS PER THE DIFFERENT LAND USE |
| 15:10 | 17 | DATABASES.  THIS IS IMPORTANT IN TERMS OF CAPTURING FLOW |
| 15:10 | 18 | THROUGH THE MARSHES CORRECTLY. |
| 15:11 | 19 | **Q.**  WILL YOU SHOW US THE DIFFERENCES IN BATHYMETRY AND |
| 15:11 | 20 | TOPOGRAPHY BETWEEN S08 AND SL15. |
| 15:11 | 21 | **A.**  I CAN.  HERE'S THE S08, AND YOU CAN SEE THAT THERE'S |
| 15:11 | 22 | BASICALLY A WALL AT THE MISSISSIPPI COAST. |
| 15:11 | 23 | THEN WE LOOK AT SL15.  YOU CAN SEE A TREMENDOUS |
| 15:11 | 24 | AMOUNT OF DETAIL, AND ALL THAT WATER GOES INTO MISSISSIPPI. |
| 15:11 | 25 | IT'S QUITE IMPORTANT TO GET THAT CORRECT BECAUSE THAT WATER IS |

15:11  1   THEN DRIVEN BOTH INTO LAKE PONTCHARTRAIN AND INTO LAKE BORGNE.

15:11  2   SO WE NEED TO GET THAT LEVEL OF DETAIL.

15:11  3        YOU CAN SEE ALL THE BARRIER ISLANDS.  THE BARRIER

15:11  4   ISLANDS ARE REPRESENTED WITH -- ACTUALLY RESOLVED.  WAVES CAN

15:11  5   BREAK ON THEM.  WATER CAN FLOW OVER THEM AND DISSIPATE.  WE GO

15:11  6   BACK TO THE S08 MODEL AND YOU CAN SEE SOME VERY SIMPLISTIC

15:11  7   BARRIER ISLANDS, WHICH IS ALL WE COULD AFFORD AT THE TIME.

15:11  8        NOW WE LOOK AT THE BATHYMETRY IN A KEY REGION HERE TO

15:11  9   THE WEST OF THE CHANDELEUR ISLANDS, AND WE NOW LOOK AT THE S08

15:12  10  MODEL AND YOU CAN SEE A HUGE DIFFERENCE IN THE BATHYMETRY.

15:12  11  THIS IS NOW A VERY HYDRAULICALLY DEFICIENT PATHWAY FOR WATER TO

15:12  12  FLOW BACK INTO THE OCEAN VERSUS IN THE SL15 MODEL -- GOING TO

15:12  13  THE SL15 -- WATER IS NOT ABLE TO GET OVER HERE.  IT HAS TO GO

15:12  14  OVER HERE.  SO THAT MAKES A BIG DIFFERENCE, AS WE CAN SEE, IN

15:12  15  SOME OF THE COMPUTATIONS LATER.

15:12  16        FINALLY, WE LOOK AT JUST SOME SAMPLE CHANNELS.  YOU

15:12  17  CAN SEE THE HIGH LEVEL OF RESOLUTION IN THE MISSISSIPPI RIVER

15:12  18  DISTRIBUTARIES; VERY COURSE RESOLUTION IN THE CHANNELS IN S08.

15:12  19  **Q.**  LET'S GO TO THE TABLE AGAIN AND LOOK AT SOME OF THE FINAL

15:12  20  DIFFERENCES BETWEEN S08 AND SL15.

15:12  21  **A.**   OKAY.  THEN THERE'S PROCESSES, AND THE PROCESSES ARE

15:12  22  DIFFERENT AS WELL.  WE INCORPORATE TIDES INTO SL15.  IT MAKES

15:12  23  ABOUT A .65-FOOT DIFFERENCE IN TERMS OF ADDING ABOUT .65-FOOT

15:13  24  TO THE SURGE.

15:13  25        ACCURATE WINDS.  THE S08 USED THE PBL MODEL -- IN

15:13    1    FACT, A SOMEWHAT DATED VERSION OF THE PBL MODEL AT THE TIME --
15:13    2    TO GET ITS WIND FORCING.  NOW WE USE A VERY SOPHISTICATED SET
15:13    3    OF DATA-SIMULATED WINDS.  IN FACT, SOME OF THE BEST MINDS IN
15:13    4    HURRICANE WIND FIELDS, OCEANWEATHER, AS WELL AS THE HURRICANE
15:13    5    RESEARCH DIVISION LEADS IN THESE AREAS, HAVE RECONSTRUCTED THE
15:13    6    BEST WINDS POSSIBLE FOR THESE STORMS.  MILLIONS OF DOLLARS HAVE
15:13    7    BEEN SPENT TO RECONSTRUCT THE KATRINA WINDS.
15:13    8            IN ADDITION, WE HAVE THE WAVE RADIATION STRESSES THAT
15:13    9    I TALKED ABOUT EARLIER.  THIS CAN ADD ANYWHERE FROM 1, 2.5, OR
15:13   10    MORE FEET OF WATER IN THE WHOLE REGION, ABOUT 1 TO 2.5 FEET IN
15:13   11    THE GENERAL AREA OF STUDY.
15:13   12    Q.   LOOKING NOW AT THE SPECIFIC APPLICATION OF THE SL15 MODEL
15:13   13    TO THIS CASE, WOULD YOU AGREE THAT HURRICANE KATRINA'S MASSIVE
15:14   14    SIZE WAS THE PRINCIPAL DRIVER OF STORM SURGE IN THIS EVENT?
15:14   15    A.   IT CERTAINLY WAS.  THE SIZE AND STRENGTH OF KATRINA WERE
15:14   16    UNPRECEDENTED.  OF COURSE, IT WAS ONLY A CATEGORY 3 STORM, BUT
15:14   17    ITS SIZE WAS VERY, VERY LARGE.  AND, IN FACT, IT CREATED THE
15:14   18    LARGEST PEAK SURGE EVER RECORDED IN THE UNITED STATES.
15:14   19            MR. O'DONNELL:  OBJECTION AS TO VAGUENESS.  A PEAK
15:14   20    SURGE WHERE, YOUR HONOR?  OBJECTION.
15:14   21    BY MR. SMITH:
15:14   22    Q.   WHERE WAS THE HIGHEST PEAK SURGE, DR. WESTERINK?
15:14   23    A.   IT WAS IN MISSISSIPPI.
15:14   24    Q.   ALONG THE MISSISSIPPI COAST?
15:14   25    A.   YES.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:14 | 1 | **THE COURT:**  THANK YOU.  SO NOTED. |
| 15:14 | 2 | BY MR. SMITH: |
| 15:14 | 3 | **Q.**   DR. WESTERINK, COULD YOU SHOW US THE WIND FIELDS THAT |
| 15:14 | 4 | HURRICANE KATRINA CREATED IN THE LAKE BORGNE, CHANDELEUR SOUND, |
| 15:14 | 5 | AND MISSISSIPPI SOUND AREA. |
| 15:14 | 6 | **A.**   I CAN.  WHAT I WOULD LIKE TO DO IS SHOW AN HOUR-BY-HOUR |
| 15:15 | 7 | SIMULATION OF THE WINDS THAT WERE, OF COURSE, THE PREDOMINANT |
| 15:15 | 8 | DRIVERS FOR STORM SURGE STARTING AT 12:00 MIDNIGHT ON THE 29TH |
| 15:15 | 9 | AND MOVING THROUGH TO 1800 HOURS, SO 18 HOURS OF WINDS. |
| 15:15 | 10 | THESE WINDS, AS I MENTIONED, WERE RECONSTRUCTED USING |
| 15:15 | 11 | DATA:  ALL KINDS OF SATELLITE, AIRBORNE RADAR, LAND-BASED |
| 15:15 | 12 | RADAR, DROPSONS, ANEMOMETERS.  AN AMAZING AMOUNT OF DATA WENT |
| 15:15 | 13 | INTO THESE WINDS, AND THESE ARE CONSIDERED EASILY, BY ALL THE |
| 15:15 | 14 | METEOROLOGICAL COMMUNITY, THE BEST WINDS AVAILABLE EVER |
| 15:15 | 15 | RECONSTRUCTED FOR A HURRICANE. |
| 15:15 | 16 | WHAT WE SEE ARE THE COLORS HERE INDICATING THE WIND |
| 15:15 | 17 | SPEED IN KNOTS.  WE ARE UP TO ABOUT 95 KNOTS.  WHEN IT GETS TO |
| 15:15 | 18 | PURPLE, WE ARE IN THE, LET'S SAY, 40-KNOT RANGE FOR THE GREENS |
| 15:15 | 19 | AND 50 KNOTS, SAY, FOR THE YELLOWS.  WE HAVE THE ISOVELS, OF |
| 15:16 | 20 | COURSE, BETWEEN THE DIFFERENT COLORS INDICATING WHAT THE WIND |
| 15:16 | 21 | SPEED WAS.  THEN THE VECTORS INDICATE THE WIND DIRECTION AS |
| 15:16 | 22 | WELL AS THE VECTORS LENGTHEN AS THE WIND SPEED INCREASES. |
| 15:16 | 23 | WHAT WE CAN SEE, MORE THAN SIX HOURS PRIOR TO THE |
| 15:16 | 24 | HURRICANE, WE HAD EASTERLY WINDS BLOWING VERY INTENSELY TOWARD |
| 15:16 | 25 | THE MISSISSIPPI RIVER DELTA.  THE DELTA, REMEMBER, PROJECTS OUT |

15:16    1    ONTO THE CONTINENTAL SHELF.  THIS, OF COURSE, WILL HAVE A VERY

15:16    2    SIGNIFICANT EFFECT ON THE STORM SURGE IN THE AREA.

15:16    3         WE GO NOW TO 1:00 AND PRETTY MUCH THE SAME STORY,

15:16    4    IT'S JUST INTENSIFYING, BUT THE WINDS ARE DRIVEN FROM THE EAST.

15:16    5    WE DO NOTE THAT THE WINDS TOWARDS THE SPECIFIC DETAILED STUDY

15:16    6    AREA ARE COMING A LITTLE BIT FROM THE NORTHEAST.

15:16    7         WE NOW MOVE TO 2:00.  AGAIN, IT'S THE SAME STORY.

15:16    8    THE WINDS ARE FROM THE EAST.  THEY'RE BEING DRIVEN BROADLY

15:17    9    ACROSS THE EAST, AND YOU GET INTENSIFICATION.

15:17   10         WE NOW GO TO 3:00.  THE WINDS ARE AGAIN BEING DRIVEN

15:17   11    FROM THE EAST.

15:17   12         4:00, FOCUSING VERY INTENSELY ON THE PLAQUEMINES

15:17   13    PARISH AND THE MISSISSIPPI RIVER DELTA.

15:17   14         **MR. SMITH:**  STOP, PLEASE.

15:17   15         **MR. O'DONNELL:**  YOUR HONOR, OBJECTION.  COULD WE HAVE

15:17   16    AN EXPLANATION OF WHY HE IS USING THESE AND NOT THE ONES ON

15:17   17    PAGES 131 TO 136 OF HIS REPORT?

15:17   18         **THE COURT:**  THESE ARE NOT IN THE REPORT?

15:17   19    BY MR. SMITH:

15:17   20    Q.   ARE THESE THE SAME WIND FIELDS THAT YOU USED IN YOUR

15:17   21    REPORT, PROFESSOR WESTERINK?

15:17   22    A.   THEY ARE THE SAME WIND -- THEY ARE THE WIND FIELDS WE USED

15:17   23    IN OUR REPORT.  IN FACT, I WAS QUESTIONED ABOUT THIS DURING MY

15:17   24    DEPOSITION.  I THINK WE HAD AN EXTENSIVE DISCUSSION ABOUT IT

15:17   25    DURING MY DEPOSITION.

| 15:17 | 1 | **MR. SMITH:**  JUST A SECOND.  WE'LL LET THE JUDGE GET |
|---|---|---|

15:17    1      **MR. SMITH:**  JUST A SECOND.  WE'LL LET THE JUDGE GET

15:17    2   ON THE RIGHT PAGE.

15:17    3      **THE COURT:**  PAGE 131, 132, 133, 134, 135, THERE ARE

15:18    4   QUITE A FEW GOING ON, DEALING IN SOME WAY WITH WIND SPEEDS,

15:18    5   QUITE A FEW PAGES, AND YOU WERE EXPLAINING --

15:18    6      I TAKE IT, MR. O'DONNELL, YOU'RE OBJECTING THAT

15:18    7   THESE ARE NOT THE SAME ONES USED IN THE REPORT?

15:18    8      **MR. O'DONNELL:**  WELL, FOR EXAMPLE, THE REPORT USES

15:18    9   UTC, WHICH IS GREENWICH.  THIS USES CENTRAL DAYLIGHT TIME.

15:18   10   THERE'S DIFFERENT COLORS, FOR EXAMPLE, WEST OF THE RIVER.

15:18   11   THERE'S NUMBERS ON THIS ONE WITH THE ARROWS.  THERE'S NO

15:18   12   NUMBERS ON THESE.  I HAVE NO IDEA WHETHER THEY'RE THE SAME.  I

15:18   13   HAVE A HUNCH THIS IS PART OF WHAT YOU ARE GOING TO SEE A LOT,

15:18   14   IS HE WENT OUT AFTER HIS DEPOSITION AND CORRECTED OR CHANGED

15:18   15   IT.

15:18   16      **THE COURT:**  I'M GOING TO ASK IF THIS IS SIMPLY A MORE

15:18   17   DETAILED --

15:18   18   **BY MR. SMITH:**

15:19   19   **Q.**  DR. WESTERINK, COULD YOU JUST EXPLAIN.  HOW DID YOU CHANGE

15:19   20   THIS, IF AT ALL?

15:19   21   **A.**  OKAY.  THE WINDS WEREN'T CHANGED AT ALL; THEY ARE JUST

15:19   22   REPLOTTED.

15:19   23   **Q.**  WHAT DOES IT MEAN TO REPLOT THEM?

15:19   24   **A.**  BASICALLY, TO PUT THEM THROUGH THE PLOTTING PROGRAM AND TO

15:19   25   PLOT THEM OUT.  NOW, THEY ARE, IN FACT, PLOTTED ON A VERY, VERY

| | | |
|---|---|---|
| 15:19 | 1 | SLIGHTLY DIFFERENT GRID, AND I HAVE SOME EXPLANATION ABOUT THAT |
| 15:19 | 2 | LATER IN MY -- |
| 15:19 | 3 | THE COURT:  WHEN YOU SAY THEY WERE REPLOTTED, ARE THE |
| 15:19 | 4 | SPEEDS REPRESENTED IN FIGURE 1 -- BECAUSE THERE ARE SEVERAL |
| 15:19 | 5 | GRAPHS.  I DON'T KNOW WHICH ONE TO LOOK AT, FRANKLY.  WHAT TIME |
| 15:19 | 6 | ARE WE DEALING WITH HERE, 4:00 CDT? |
| 15:19 | 7 | THE WITNESS:  WE SIMPLY ADD FIVE HOURS TO THAT, SO IT |
| 15:19 | 8 | WOULD BE 9:00.  I HAVE ADDED SOME MORE DETAIL SO THAT IT'S |
| 15:19 | 9 | HOURLY, SO THAT -- |
| 15:19 | 10 | THE COURT:  IT WOULD BE THE 9:00 UTC? |
| 15:19 | 11 | THE WITNESS:  RIGHT. |
| 15:19 | 12 | THE COURT:  THE FIRST ONE I HAVE IS 7:00 AND 10:00. |
| 15:19 | 13 | THE WITNESS:  IT GOES FROM 7:00 TO 10:00, AND THEN IT |
| 15:19 | 14 | GOES FROM EVERY HOUR THEREON. |
| 15:20 | 15 | THE COURT:  11:00 AND 12:00.  IS THERE ANYTHING -- |
| 15:20 | 16 | LET ME JUST GET THROUGH MY QUESTION, MR. O'DONNELL, PLEASE.  I |
| 15:20 | 17 | HAVE TO FIND OUT WHAT THIS IS BECAUSE WE WANT TO DISTILL IT TO |
| 15:20 | 18 | ENGLISH. |
| 15:20 | 19 | MY QUESTION IS:  WHICH FIGURE IN HERE COULD I |
| 15:20 | 20 | MOST EASILY EXTRAPOLATE WHAT'S ON THAT FIGURE? |
| 15:20 | 21 | THE WITNESS:  WE CAN GO TO THE NEXT FIGURE, WHICH IS |
| 15:20 | 22 | 5:00 CDT. |
| 15:20 | 23 | THE COURT:  I'M TALKING ABOUT THE FIGURE IN YOUR |
| 15:20 | 24 | REPORT. |
| 15:20 | 25 | THE WITNESS:  RIGHT.  IF I MAY SUGGEST THAT WHAT WE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:20 | 1 | COULD DO IS LOOK AT FIGURE 72 IN THE REPORT. |
| 15:20 | 2 | **THE COURT:**  I'M LOOKING AT FIGURE 72. |
| 15:20 | 3 | **THE WITNESS:**  THEN IF WE ADVANCE THE SLIDE BY ONE, |
| 15:20 | 4 | THEN WE CAN SEE THAT -- |
| 15:20 | 5 | **THE COURT:**  IF I LOOK AT FIGURE 72 AND WHAT'S ON THE |
| 15:20 | 6 | SCREEN, WE ARE MATCHED UP.  ARE THE WIND SPEEDS INDICATED IN |
| 15:21 | 7 | YOUR FIGURE HERE THE SAME AS THE WIND SPEEDS THAT ARE ACTUALLY |
| 15:21 | 8 | SHOWN IN NUMBERS HERE IN KNOTS? |
| 15:21 | 9 | **THE WITNESS:**  THEY ARE.  THERE'S JUST -- THE SCALE |
| 15:21 | 10 | DISTRIBUTION IS JUST A LITTLE BIT -- DONE A LITTLE BIT |
| 15:21 | 11 | DIFFERENTLY. |
| 15:21 | 12 | **THE COURT:**  EXPLAIN TO ME WHAT THAT MEANS ABOUT THE |
| 15:21 | 13 | SCALE DISTRIBUTION. |
| 15:21 | 14 | **THE WITNESS:**  WELL, YOU CAN SEE THAT THE COLOR BAR IN |
| 15:21 | 15 | THE FIGURE ON THE SCREEN GOES FROM EXACTLY 95 TO 0, AND THERE'S |
| 15:21 | 16 | JUST A LITTLE BIT UNDERNEATH AND A LITTLE BIT ABOVE IN THE |
| 15:21 | 17 | FIGURE. |
| 15:21 | 18 | **THE COURT:**  OKAY. |
| 15:21 | 19 | **THE WITNESS:**  BUT IF YOU WERE TO GO FROM POINT TO |
| 15:21 | 20 | POINT TO POINT AND CONTOUR FOR CONTOUR, THESE WINDS THAT WE ARE |
| 15:21 | 21 | SEEING IN FRONT OF US ON THE SCREEN ARE THE IDENTICAL WINDS. |
| 15:21 | 22 | THEY WERE PLOTTED ON A VERY, VERY SLIGHTLY DIFFERENT VERSION OF |
| 15:21 | 23 | THE SL15 GRID ON THE VERSION V3 THAT WAS USED FOR THE FEMA |
| 15:21 | 24 | STUDY.  AND, ESSENTIALLY, THE OLD PLOTS -- AND I THINK WE |
| 15:21 | 25 | TALKED ABOUT THIS VERY EXTENSIVELY IN THE DEPOSITION.  THE OLD |

| | |
|---|---|
| 15:22 | 1 |

15:22    1   PLOTS WERE -- A NUMBER OF THE FIGURES IN THE REPORT WERE SIMPLY

15:22    2   NOT SWAPPED OUT FOR UPDATED PLOTS.

15:22    3            THE WINDS ARE THE SAME.  THE SURGES ARE SLIGHTLY

15:22    4   DIFFERENT IN SOME OF THE PLOTS THAT ARE USED FOR ILLUSTRATIVE

15:22    5   PURPOSES AND WIND VECTORS -- I MEAN, THE VELOCITY VECTORS,

15:22    6   BUT -- AND I'LL DEMONSTRATE LATER ON THAT, FOR ALL PRACTICAL

15:22    7   PURPOSES, THEY WERE THE SAME.  THEY WERE PUT IN THE REPORT TO

15:22    8   ILLUSTRATE THE EVOLUTION AND TIME HISTORY OF THE HURRICANE.  WE

15:22    9   DID NOT BASE ANY OF OUR OPINIONS, ANY OF OUR DIFFERENCE PLOTS

15:22   10   OR ANYTHING ON THEM.  IT WAS SIMPLY ONE OF THE PEOPLE HELPING

15:22   11   ME WITH THE REPORT LEFT IN THE OLD PLOTS.

15:22   12            **THE COURT:**  YES, SIR.  MR. O'DONNELL.

15:22   13            **MR. O'DONNELL:**  WHY DID HE USE SOMETHING DIFFERENT?

15:22   14   WHAT WAS WRONG WITH THE ONE THAT WAS IN THE REPORT?

15:22   15            **THE COURT:**  I'LL LET YOU EXPLORE THAT ON

15:22   16   CROSS-EXAMINATION.

15:22   17            IS THERE ANY SUBSTANTIVE DIFFERENCE IN THIS ONE

15:22   18   THAT WOULD IN ANY WAY AFFECT YOUR OPINION?

15:22   19            **THE WITNESS:**  ABSOLUTELY NOT.

15:22   20            **MR. O'DONNELL:**  YOUR HONOR, OBJECTION.  HE SAID HE

15:22   21   MOVED SURGES.  HE SAID HE HAS CHANGED THE GRID.

15:23   22            **THE COURT:**  WHERE DID YOU MOVE THE SURGE?  YOU ARE

15:23   23   GOING TO ASK HIM ABOUT IT ON CROSS-EXAMINATION, BUT WHERE ARE

15:23   24   THE SURGES MOVED?  HOW ARE THE SURGES CHANGED?

15:23   25            **MR. SMITH:**  NOT ON THESE PLOTS, YOUR HONOR.  THESE

FINAL DAILY COPY

15:23    1    ARE WIND VECTORS.

15:23    2         **THE COURT:**  YES, THAT'S WHAT I'M LOOKING AT.  WE NEED

15:23    3    TO STICK TO THIS.  I DON'T WANT TO GET TOO MUCH IN ONE LOAF.

15:23    4    ARE THE SURGES SHOWN DIFFERENTLY ON THIS 72?

15:23    5         **THE WITNESS:**  IF WE FOCUS ON THE WIND FIELDS, THESE

15:23    6    WIND FIELDS ARE IDENTICAL TO THE ONES THAT --

15:23    7         **THE COURT:**  IS THIS BEING SHOWN TO ME TO SHOW

15:23    8    ANYTHING ELSE OTHER THAN THE WIND FIELD?

15:23    9         **MR. SMITH:**  NO.  THAT'S ALL IT DEPICTS.

15:23   10         **THE COURT:**  FOR THAT PURPOSE, WE CAN MOVE ON.

15:23   11         **MR. SMITH:**  THANK YOU, YOUR HONOR.

15:23   12         **THE COURT:**  YOU'RE WELCOME.

15:23   13    **BY MR. SMITH:**

15:23   14    **Q.**   SO DID THE WINDS CHANGE BETWEEN 4:00 AND 5:00?

15:23   15    **A.**   YEAH, THEY DO, AND WHAT WE CAN SEE -- AND, AGAIN, THE WIND

15:23   16    IS THE DRIVER OF THE STORM SURGE, AND IT'S THE REGIONAL

15:23   17    LARGE-SCALE WINDS.  YOU HAVE TO CAST A NET OVER A VERY LARGE

15:24   18    PORTION OF THE OCEAN TO DRIVE THESE WINDS.

15:24   19         WE CAN SEE A SIGNIFICANT AMOUNT OF ASYMMETRY, FIRST

15:24   20    OF ALL, AND YOU CAN SEE THE MOST INTENSE PORTION OF THE

15:24   21    HURRICANE WITH 95-KNOT WINDS COMING IN OVER HERE.  MOST OF THE

15:24   22    WINDS ON THE NORTH ARE STILL FROM THE EAST, AND NOW WE START TO

15:24   23    GET WINDS FROM THE SOUTHEAST OVER OFF OF BRETON SOUND.  SO THE

15:24   24    WINDS ARE SHIFTING.  THE HURRICANE IS STARTING TO APPROACH

15:24   25    LANDFALL IN ABOUT AN HOUR AND 10 MINUTES.

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:24 | 1 | **Q.** AT 6:00 IS IT ALMOST AT LANDFALL? |
| 15:24 | 2 | **A.** 6:00, IT'S ABOUT 10 MINUTES OR SO AWAY FROM LANDFALL, AND |
| 15:24 | 3 | WE CAN SEE AGAIN THE EASTERLY WINDS OVER HERE.  WE CAN SEE THE |
| 15:24 | 4 | WINDS IN LAKE PONTCHARTRAIN ARE STARTING TO SHIFT AND COMING |
| 15:24 | 5 | MORE OUT OF THE NORTHEAST BY NORTH. |
| 15:24 | 6 | AGAIN, WE HAVE VERY STRONG SOUTHEASTERLY WINDS IN THE |
| 15:24 | 7 | SOUTHEAST QUADRANT OF THE FIGURES THAT WE ARE LOOKING AT.  AND, |
| 15:25 | 8 | OF COURSE, THE EYE OF THE HURRICANE IS NOW HERE AND WORKING ITS |
| 15:25 | 9 | WAY TOWARDS LANDFALL. |
| 15:25 | 10 | **Q.** AFTER THE HURRICANE MAKES LANDFALL AT 7:00 -- |
| 15:25 | 11 | **A.** AGAIN, EXTREMELY INTENSE WINDS, AND NOW THESE WINDS ARE |
| 15:25 | 12 | COMING OUT OF THE EAST HERE, SOUTHEAST OVER HERE.  I NOTE THAT |
| 15:25 | 13 | HERE THEY'RE STILL POINTING TO THE EAST.  HERE THEY'RE STARTING |
| 15:25 | 14 | TO COME OUT OF THE NORTH. |
| 15:25 | 15 | ONE THING I WOULD ALSO LIKE TO NOTE -- AND IT'S A |
| 15:25 | 16 | LITTLE BIT HARD TO SEE -- IS THAT THE WINDS ARE DIRECTLY |
| 15:25 | 17 | POINTED TO THE CHALMETTE LEVEE AROUND ST. BERNARD, AND THE |
| 15:25 | 18 | CHALMETTE EXTENSION LEVEE IS GETTING WINDS THAT ARE BLOWING OFF |
| 15:25 | 19 | OF IT.  THERE'S BEEN A SUSTAINED PATTERN OF THAT, AS WE'LL SEE |
| 15:25 | 20 | LATER ON IN SOME OF THE DETAILED FIGURES. |
| 15:25 | 21 | **Q.** 8:00, THE STORM CONTINUES TO MOVE NORTH? |
| 15:25 | 22 | **A.** NOW, IT'S MOVING RAPIDLY NORTH.  OF COURSE, THE DIRECTIONS |
| 15:25 | 23 | ARE RAPIDLY CHANGING:  WIND COMING DIRECTLY FROM THE NORTH |
| 15:25 | 24 | HERE; WIND COMING FROM THE EAST HERE; WIND STARTING TO COME |
| 15:26 | 25 | DIRECTLY FROM THE SOUTH.  SO A VERY RAPID PATTERN OF SHIFTING |

```
15:26    1   WINDS.
15:26    2   Q.   AT 9:00 IS IT ALMOST REACHING THE LANDFALL ON THE
15:26    3   LOUISIANA/MISSISSIPPI COAST?
15:26    4   A.   GETTING CLOSE TO SECOND LANDFALL.  AGAIN, WE SEE THIS
15:26    5   SHIFTING PATTERN, AND THIS IS GOING TO COME NOW OUT OF THE -- A
15:26    6   LITTLE BIT NORTH BY NORTHWEST.
15:26    7        HERE WE HAVE THE WINDS DIRECTLY PUSHING UP WATER FROM
15:26    8   THE SOUTH.  IT'S VERY IMPORTANT TO NOTE, IN TERMS OF THE STUDY
15:26    9   AREA, THAT THE WIND IS NOW BEING BLOWN AWAY FROM THE ENGLISH
15:26   10   TURN AREA, FROM THE BRATHWAITE AREA, AS WELL AS FROM THE
15:26   11   ST. BERNARD AND CHALMETTE REGIONS.
15:26   12        THE COURT:  YOU MIGHT JUST POINT OUT THE ENGLISH TURN
15:26   13   AREA AND THE BRATHWAITE AREA.
15:26   14        THE WITNESS:  ENGLISH TURN AND BRATHWAITE ARE RIGHT
15:26   15   OVER HERE.
15:26   16        THE COURT:  ALL RIGHT.
15:26   17        THE WITNESS:  THEN THE GOLDEN TRIANGLE IS RIGHT OVER
15:26   18   HERE.  AGAIN, WHAT'S HAPPENING IS WATER IS BEING BLOWN AWAY,
15:26   19   AND WE HAVE THE BIG GYRE OVER HERE AS THE STORM SITS OUT THERE
15:27   20   AT 9:00.
15:27   21   BY MR. SMITH:
15:27   22   Q.   AFTER 10:00 THE STORM HAS ACTUALLY MOVED ASHORE?
15:27   23   A.   SO WE HAVE, AGAIN, THE WIND PATTERNS SHIFTING IN
15:27   24   LAKE PONTCHARTRAIN, VERY MUCH SHIFTING TO WESTERLY WINDS; VERY
15:27   25   WELL-DEFINED WESTERLY WINDS OVER THE GOLDEN TRIANGLE AREA; AND
```

FINAL DAILY COPY

15:27   1   WE HAVE NOW WINDS SHOOTING UP STRAIGHT FROM THE SOUTH BROADLY

15:27   2   ACROSS THE ENTIRE REGION.

15:27   3   **Q.**   11:00, DOES THAT PATTERN CONTINUE?

15:27   4   **A.**   THE PATTERN CONTINUES AT 11:00.  WE SEE ATTENUATION AND

15:27   5   DECREASES IN THE WIND INTENSITY NOW.

15:27   6         WE MOVE TO 12:00.  AGAIN, WINDS FROM THE WEST OVER

15:27   7   HERE.  WINDS STILL COMING OUT OF THE -- NOW SHIFTING TO THE

15:27   8   SOUTHWEST, STILL FROM THE SOUTH OVER HERE, BUT YOU CERTAINLY

15:27   9   CAN SEE THAT THE STRENGTH OF THE WINDS IS DECREASING.

15:27   10  **Q.**   THEN WE MOVE ON TOWARD 6:00 IN THE EVENING?

15:28   11  **A.**   ESSENTIALLY, YOU SEE THE GLOBAL PATTERN OF THE WINDS NOW

15:28   12  SLOWLY SHIFTING PRETTY UNIFORM IN DIRECTION NOW, AND YOU GET A

15:28   13  DE-INTENSIFICATION OF THE WIND STRENGTH AS WE MOVE TO 1800

15:28   14  HOURS.

15:28   15  **Q.**   CAN WE LOOK AT THE SURGES IN THIS SAME AREA, DURING THE

15:28   16  SAME PERIOD, BEGINNING AT MIDNIGHT ON AUGUST 29?

15:28   17  **A.**   WE CAN AND --

15:28   18         **THE COURT:**  WE ARE GOING TO HAVE A SMALL SURGE OF 10

15:28   19  MINUTES FOR A RECESS.

15:28   20         **THE DEPUTY CLERK:**  ALL RISE.

15:28   21         (WHEREUPON THE COURT TOOK A BRIEF RECESS.)

15:46   22         **THE DEPUTY CLERK:**  ALL RISE, PLEASE.

15:48   23         COURT IS IN SESSION.  PLEASE BE SEATED.

15:48   24         **MR. SMITH:**  YES, JUDGE.  I WOULD LIKE TO JUST CALL

15:48   25  YOUR ATTENTION TO THE DIFFERENCES BETWEEN THE DEMONSTRATIVES

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:48 | 1 | THAT WE ARE GOING TO SHOW YOU AND WHAT'S IN DR. WESTERINK'S |
| 15:48 | 2 | REPORT -- |
| 15:48 | 3 | **THE COURT:**  THANK YOU. |
| 15:48 | 4 | **MR. SMITH:**  -- SO YOU CAN ASSESS THE DEGREE OF |
| 15:48 | 5 | PREJUDICE THAT MAY BE INCURRED AS A RESULT OF THIS. |
| 15:48 | 6 | DR. WESTERINK'S REPORT AT PAGE 137, FIGURE 82 |
| 15:49 | 7 | REPRESENTS THE SURGE AT 7:00 UTC, WHICH WOULD BE 2:00 A.M. |
| 15:49 | 8 | **MR. O'DONNELL:**  EXCUSE ME.  WHAT PAGE? |
| 15:49 | 9 | **MR. SMITH:**  PAGE 137, FIGURE 82. |
| 15:49 | 10 | I WOULD LIKE TO SHOW YOU THE DEMONSTRATIVE THAT |
| 15:49 | 11 | WE HAVE FOR THAT SAME TIME, AT 2:00 A.M. CENTRAL DAYLIGHT TIME. |
| 15:49 | 12 | **THE COURT:**  YES, SIR.  THAT LOOKS LIKE YOU COULDN'T |
| 15:49 | 13 | TELL THE DIFFERENCE. |
| 15:50 | 14 | OKAY.  NOW I CAN. |
| 15:50 | 15 | **MR. SMITH:**  THERE ARE SOME DIFFERENCES HERE, BUT |
| 15:50 | 16 | THEY'RE ALMOST INDISCERNIBLE, YOUR HONOR.  I CAN SHOW YOU |
| 15:50 | 17 | ANOTHER ONE, IF WE JUST GO TO ANOTHER ONE, SO YOU CAN SEE THE |
| 15:50 | 18 | DIFFERENCES BETWEEN THESE.  THIS IS A WHOLE SERIES, YOUR HONOR, |
| 15:50 | 19 | AND YOU'RE GOING TO SEE THAT THERE'S VERY LITTLE DIFFERENCE |
| 15:50 | 20 | BETWEEN THEM. |
| 15:50 | 21 | **THE COURT:**  CAN YOU GIVE ME JUST A BRIEF EXPLANATION |
| 15:50 | 22 | AS TO YOUR UNDERSTANDING OF THE DIFFERENCES BECAUSE MY -- |
| 15:51 | 23 | **MR. SMITH:**  WELL, MAYBE PROFESSOR WESTERINK CAN |
| 15:51 | 24 | BECAUSE I DON'T REALLY THINK -- |
| 15:51 | 25 | **THE COURT:**  I NOTICE THERE ARE NUMBERS ON ONE AND NOT |

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:51 | 1 | ON THE OTHER, THAT THERE'S A LITTLE MORE YELLOW -- THIS IS 82. |
| 15:51 | 2 | 7:00 AND 2:00 APPEAR TO LINE UP.  82 WOULD BE 2:00 CDT, 7:00 |
| 15:51 | 3 | UTC, AND THIS LOOKS LIKE A LITTLE LESS GREEN, A LITTLE MORE |
| 15:51 | 4 | YELLOW.  I CAN'T TELL.  THE ARROWS MAY BE IN A LITTLE DIFFERENT |
| 15:51 | 5 | PLACE. |
| 15:51 | 6 | **MR. SMITH:**  I THINK DR. WESTERINK WILL TESTIFY THAT |
| 15:51 | 7 | THERE'S LESS THAN A FOOT DIFFERENCE BETWEEN THESE PLOTS AT ANY |
| 15:51 | 8 | LOCATION, SO IF THE PLAINTIFFS ARE GOING TO BE PREJUDICED -- |
| 15:51 | 9 | **THE COURT:**  SO THIS GOES TO -- |
| 15:51 | 10 | **MR. SMITH:**  THE SURGE ELEVATION. |
| 15:51 | 11 | **THE COURT:**  -- ELEVATION RATHER THAN TIMING -- |
| 15:51 | 12 | **MR. SMITH:**  WE ARE COMPARING THE SAME TIME.  IN OTHER |
| 15:51 | 13 | WORDS, HE HAS GOT A SERIES OF PLOTS IN HIS REPORT SHOWING THE |
| 15:52 | 14 | SURGE AT SPECIFIC TIMES.  THESE ARE SNAPSHOTS OF SURGE |
| 15:52 | 15 | ELEVATIONS AT SPECIFIC TIMES.  WE ARE GOING TO SHOW YOU |
| 15:52 | 16 | SNAPSHOTS OF SURGE AT THOSE SAME TIMES.  IN SOME LOCATIONS THE |
| 15:52 | 17 | WATER DIFFERENCE WILL BE UP TO A FOOT -- LESS THAN A FOOT |
| 15:52 | 18 | EVERYWHERE, BUT NO MORE THAN A FOOT ANYWHERE. |
| 15:52 | 19 | **MR. O'DONNELL:**  WHAT A DIFFERENCE A FOOT MAKES, AND I |
| 15:52 | 20 | THINK WE WILL SHOW IT'S MORE THAN A FOOT.  BUT A FOOT IS |
| 15:52 | 21 | MATERIAL GIVEN WHAT WE KNOW ABOUT THE VARIABLE CROWN ELEVATIONS |
| 15:52 | 22 | IN REACH 2, THE ISSUE OF LATERAL SUBSIDENCE.  THE PLAINTIFFS |
| 15:52 | 23 | VIEW THIS AS HIGHLY MATERIAL AND PREJUDICIAL.  I'M NOTING MY |
| 15:52 | 24 | OBJECTION. |
| 15:52 | 25 | **THE COURT:**  WELL, JUST SO I HAVE SOMETHING |

15:52     1   UNDERSTOOD, IN THE ORIGINAL REPORT, IN MY RATHER CURSORY

15:52     2   SUMMARY, I WASN'T CERTAIN OF THE DIFFERENCES IN WATER LEVELS AS

15:53     3   UTILIZED BY DR. WESTERINK, AS USED BY THE PLAINTIFF IN THE

15:53     4   VARIOUS SCENARIOS.  I THOUGHT IT WAS MINIMAL.  THAT WAS MY

15:53     5   UNDERSTANDING OF THE DIFFERENCES.

15:53     6        **MR. SMITH:**  WELL, THAT'S MY RECOLLECTION OF

15:53     7   MR. VRIJLING'S OWN TESTIMONY AND, YOUR HONOR --

15:53     8        **THE COURT:**  IF WE GET BEYOND MINIMAL AND IT BECOMES

15:53     9   SOMETHING DIFFERENT, I WILL EXPECT YOU TO OBJECT.

15:53    10        **MR. O'DONNELL:**  I DON'T AGREE THAT A FOOT IS MINIMAL.

15:53    11        **THE COURT:**  EVEN IF IT'S A FOOT.  IT MAY NOT BE.

15:53    12   OBJECT AND YOU CAN SHOW ME WHERE IT IS IN HIS REPORT.

15:53    13        **MR. SMITH:**  WELL, YOUR HONOR, THE FUNDAMENTAL POINT I

15:53    14   DON'T WANT US TO LOSE SIGHT OF IS THAT THESE PLOTS THAT ARE IN

15:54    15   THE REPORT ARE NOT REFLECTED IN THE TEXT OF THE REPORT BECAUSE

15:54    16   THE TEXT OF THE REPORT WAS WRITTEN BASED UPON WHAT WE ARE

15:54    17   SHOWING YOU TODAY.  THESE ARE GRAPHICS WHICH DEPICT THE

15:54    18   SUBSTANCE OF THE REPORT.

15:54    19          IT'S LIKE I PUT A PICTURE OF ETHEL MERMAN IN THE

15:54    20   REPORT BY MISTAKE, AND THEN THE PLAINTIFFS GOT TO THE

15:54    21   DEPOSITION AND SAID, "AHA, THIS IS A PICTURE OF ETHEL MERMAN.

15:54    22   IT'S NOT YOUR MOTHER."  I SAID, "YOU'RE RIGHT.  I DON'T KNOW

15:54    23   HOW SHE GOT IN MY REPORT."

15:54    24        **THE COURT:**  IF YOU SHOW ME THE TEXT OF THE REPORT,

15:54    25   THAT'S FINE.  IF THE TEXT OF THE REPORT COMPORTS TO WHAT HE IS

FINAL DAILY COPY

15:54   1   GOING TO TESTIFY TO, THAT'S FINE.  IS THERE SOMETHING IN THE

15:54   2   TEXT OF THE REPORT THAT WOULD -- FORGETTING THIS FIGURE.  LET'S

15:54   3   SAY SOMETHING IS WRONG WITH THIS FIGURE, BUT THERE'S SOMETHING

15:54   4   IN THE TEXT OF THE REPORT THAT SUPPORTS WHAT HE IS ABOUT TO

15:54   5   TESTIFY TO THAT'S A LITTLE DIFFERENT, THAT'S FINE.  IT MAY NOT

15:55   6   BE FINE WITH MR. O'DONNELL.  IF YOU CAN POINT TO ME IN THE

15:55   7   REPORT WHERE THE TEXT MAY BE.

15:55   8         MR. SMITH:  ALL THE HYDROGRAPHS.

15:55   9         THE COURT:  IN OTHER WORDS, IF THEY TALK ABOUT

15:55   10  KATHERINE HEPBURN IN THE REPORT AND PUT ETHEL MERMAN'S PICTURE

15:55   11  UP, THAT WON'T BOTHER ME.  I JUST WANT TO FIND WHERE KATHERINE

15:55   12  HEPBURN IS IN THE REPORT.

15:55   13        MR. SMITH:  ALL THE HYDROGRAPHS THAT SHOW THE RISE

15:55   14  AND FALL IN SURGE.  IT'S A DIFFERENT DEPICTION OF THE SAME

15:55   15  THING THAT WE ARE SHOWING YOU TODAY.  FOR THE HYDROGRAPHS THAT

15:55   16  WE HAVE RELIED ON THAT THE PLAINTIFFS HAVE SEEN TO MATCH THIS

15:55   17  KIND OF A PICTORIAL DEPICTION OF THE RISE AND FALL IN SURGE,

15:55   18  THIS IS WHAT MATCHES, NOT THESE OTHER THINGS.

15:55   19        THE COURT:  YOU'RE SAYING THAT THIS COMPORTS TO THE

15:55   20  HYDROGRAPHS THAT ARE IN THE REPORT?

15:55   21        MR. SMITH:  YES.

15:55   22        THE COURT:  WHEN I SAY "THIS," THE REVISED --

15:55   23        MR. SMITH:  THE DEMONSTRATIVES.

15:55   24        THE COURT:  THE DEMONSTRATIVES.  IT COMPORTS TO THE

15:55   25  HYDROGRAPHS THAT ARE IN THE REPORT?

FINAL DAILY COPY

| | | |
|---|---|---|
| 15:55 | 1 | **MR. SMITH:** YES, YOUR HONOR. |
| 15:55 | 2 | **THE COURT:** THAT'S AS GOOD AS I CAN DO AT THIS TIME, |
| 15:55 | 3 | AND I'M GOING TO LET YOU GO AHEAD AND HAVE HIM ON |
| 15:56 | 4 | CROSS-EXAMINATION. |
| 15:56 | 5 | **MR. O'DONNELL:** YOU KNOW, I DON'T KNOW WHAT TO SAY, |
| 15:56 | 6 | YOUR HONOR. I'VE NEVER HAD THIS IN MY LIFE. |
| 15:56 | 7 | **THE COURT:** IF HE IS WRONG ABOUT THE HYDROGRAPH -- IF |
| 15:56 | 8 | THE HYDROGRAPH SHOWS THAT IT'S X FEET, THEN AT LEAST IT'S IN |
| 15:56 | 9 | THERE. IF IT DOESN'T, IT DOESN'T. I DON'T KNOW IF IT DOES OR |
| 15:56 | 10 | NOT. I WOULD HAVE TO RELY ON COUNSEL'S REPRESENTATION. |
| 15:56 | 11 | **MR. O'DONNELL:** WELL, I UNDERSTAND THAT'S FOR TODAY, |
| 15:56 | 12 | BUT THERE'S CROSS-EXAMINATION. HOW ARE WE SUPPOSED TO KNOW |
| 15:56 | 13 | THAT HE GOOFED UP AND USED THE WRONG -- WE CROSS HIM ON THIS, |
| 15:56 | 14 | OUR EXPERTS RELY ON THIS, AND NOW HE IS THROWING UP NEW DATA, |
| 15:56 | 15 | ADMITS A FOOT -- WE'LL SHOW THERE'S MORE THAN A FOOT IN SOME OF |
| 15:56 | 16 | THESE. WHY DIDN'T HE DO AN AMENDED REPORT? RESIO DID IT, AND |
| 15:56 | 17 | YOU ALLOWED IT TO HAPPEN. I DON'T HAVE AN AMENDED REPORT. I |
| 15:56 | 18 | HAVE A MOVING TARGET. I TRY TO LISTEN OUT OF ONE EAR AND HEAR |
| 15:56 | 19 | WHAT MY COLLEAGUES ARE TELLING ME IN THE OTHER. |
| 15:56 | 20 | **THE COURT:** YOU HAVE MADE YOUR PREJUDICE ELOQUENTLY |
| 15:56 | 21 | CLEAR. |
| 15:56 | 22 | **MR. O'DONNELL:** IN THAT CASE I WILL QUIT AND SIT |
| 15:56 | 23 | DOWN, YOUR HONOR. |
| 15:56 | 24 | **THE COURT:** YOUR OBJECTION IS MADE GENERAL. |
| | 25 | |

FINAL DAILY COPY

15:56    1    **BY MR. SMITH:**

15:56    2    **Q.**   DR. WESTERINK, WOULD YOU PLEASE SHOW US THE DEVELOPMENT OF

15:57    3    STORM SURGE IN THE AREA OF STUDY BEGINNING AT MIDNIGHT ON

15:57    4    AUGUST 29, 2005.

15:57    5    **A.**   I CERTAINLY CAN.   THESE ARE JUST GOING TO BE VERY SPECIFIC

15:57    6    FOR THE H1 RUN.   THE H1 RUN IS THE REAL KATRINA RUN, AND THESE

15:57    7    WERE THE BASIS OF ALL THE HYDROGRAPHS IN THE REPORT.   IT WAS

15:57    8    ALSO THE INFORMATION THAT WAS HANDED OVER TO MR. EBERSOLE AND

15:57    9    MR. RESIO.

15:57   10         WHAT WE SEE HERE IS THE EASTERLY WINDS -- JUST TO

15:57   11    CLARIFY A LITTLE BIT, I THINK IT MIGHT BE GOOD TO GET A LITTLE

15:57   12    BIT OF AN IDEA OF THE SCALE.   ONE OF THESE --

15:57   13    **Q.**   JUST TO BE CLEAR HERE, WE CONTINUED -- ALTHOUGH THESE ARE

15:57   14    SURGE PLOTS, THERE ARE ARROWS ON HERE.   DO THE ARROWS INDICATE

15:57   15    MOVEMENT OF WATER OR DO THEY INDICATE MOVEMENT OF WIND?

15:57   16    **A.**   THE ARROWS REPRESENT THE WIND, AND THEY'RE SCALED JUST AS

15:57   17    IN THE PREVIOUS SEQUENCE OF PLOTS THAT WE LOOKED AT WHERE WE

15:58   18    ARE LOOKING AT THE ISOVELS.   THE CONTOURS NOW INDICATE HOW HIGH

15:58   19    WATER IS ABOVE NAVD88 (2004.65) ZERO FEET.

15:58   20         SO, ESSENTIALLY, WE SEE THE WALL OF WATER THAT'S

15:58   21    PILED UP ABOVE ZERO LEVELING.   THE BLUE COLORS ARE LOW, THE

15:58   22    AQUAMARINES ARE AROUND 6, THE GREENS AT 9, THE YELLOWS AT 15,

15:58   23    ETC.   WHAT WE CAN SEE IS THE EVOLUTION OF THE STORM SURGE.

15:58   24         ONE THING I WOULD LIKE TO POINT OUT IS THAT 1-DEGREE

15:58   25    LATITUDE IS ROUGHLY 60 MILES, SO THE SCALE THAT WE ARE SEEING

FINAL DAILY COPY

15:58   1   HERE IS ROUGHLY 90 MILES OR SO.

15:58   2   **Q.**   SO THE EARLIEST STORM SURGE BUILDUP IS ALONG THE

15:58   3   MISSISSIPPI DELTA; IS THAT CORRECT?

15:58   4   **A.**   IT IS.  AND WHAT WE ARE SEEING HERE ARE THOSE EASTERLY

15:58   5   WINDS THAT ARE DRIVING THE WATER ACROSS BRETON SOUND, ACROSS

15:58   6   CHANDELEUR SOUND, AND THE WATER IS PILING UP AGAINST THE

15:59   7   MISSISSIPPI RIVER LEVEES AND AGAINST THE ST. BERNARD LEVEES.

15:59   8   IT ESSENTIALLY CAN'T GO ANY FARTHER.  IT HAS TO STOP.  AGAIN,

15:59   9   THIS IS WHERE THE WATER BUILDS UP.

15:59   10   **Q.**   LET'S SEE THAT AS WE MOVE THROUGH THE TIME SEQUENCE FROM

15:59   11   1:00 TO 2:00 TO 3:00 A.M.

15:59   12   **A.**   WHAT WE ARE SEEING HERE IS THE WATER BUILDING UP AGAINST

15:59   13   THE MISSISSIPPI RIVER LEVEES.  ACTUALLY, THIS PROCESS IS VERY

15:59   14   IMPORTANT BECAUSE THE WATER GETS INTO THE MISSISSIPPI RIVER AND

15:59   15   STARTS PROPAGATING SURGE UPRIVER.  THAT'S VERY IMPORTANT, AS

15:59   16   WELL, BECAUSE NEW ORLEANS CAN GET DURING A HURRICANE FLOODED

15:59   17   FROM THE RIVER SIDE AS WELL.

15:59   18           WHAT WE ARE SEEING HERE IS THE WINDS COMING OFF OF

15:59   19   THE CHALMETTE EXTENSION LEVEE AND SO THAT'S WHY THE WATER IS

15:59   20   NOT FILLING INTO THE CHALMETTE AREA, BUT THE PREDOMINANT THING

15:59   21   IS WE HAVE BROAD-SCALE EASTERLY WINDS PILING UP WATER.  IT GETS

15:59   22   ULTIMATELY STOPPED BY THE LEVEE.  WE WOULD SEE THE SAME THING

15:59   23   AT 2:00.

16:00   24   **Q.**   3:00?

16:00   25   **A.**   AS WE MOVE FORWARD TO 3:00, WE ARE BUILDING UP TO ABOUT

FINAL DAILY COPY

16:00    1    15 FEET OF SURGE IN LOWER PLAQUEMINES, WHERE THERE'S NO EASTERN

16:00    2    LEVEE TO THE MISSISSIPPI RIVER.  WE SEE THE SAME THING OVER

16:00    3    HERE IN LAKE BORGNE, WHERE THE WATER IS BEING PUSHED UP AGAINST

16:00    4    THE ST. BERNARD LEVEE.

16:00    5         THE PREDOMINANT PATTERN IS EASTERLY WINDS DRIVING

16:00    6    WATER TO THE EAST, VERY EFFICIENT PICKUP OF WATER BECAUSE THE

16:00    7    WATER IS SO SHALLOW THERE.  RELATIVELY SPEAKING, THE WIND IS

16:00    8    EFFECTIVE IN PUSHING UP SURGE, AND THE SURGE IS BEING STOPPED

16:00    9    BY LEVEES, BUT IT'S A VERY REGIONAL SCALE PROCESS.

16:00   10    Q.   5:00, DOES THAT LOOK ABOUT THE SAME?

16:00   11    A.   WATER STARTING TO BUILD UP EVEN MORE HERE.  AGAIN, THE

16:00   12    WHOLE SHELF IS NOW STARTING TO FILL UP WITH WATER VERY, VERY

16:00   13    EFFICIENTLY.

16:00   14    Q.   AT 6:00 DO WE SEE EVEN MORE WATER IN THIS AREA?

16:00   15    A.   WE DO, AND WE SEE THAT THERE'S QUITE A BIT OF WATER

16:01   16    ALREADY PILED UP AGAINST THE CHALMETTE LEVEE OF ST. BERNARD.

16:01   17    WE SEE EVEN MORE WATER PILED UP HERE AGAINST THE PLAQUEMINES

16:01   18    LEVEES.  IN FACT, WE CAN SEE WATER VERY DRAMATICALLY PILED UP

16:01   19    AGAINST GRAND ISLE THERE AS WELL.

16:01   20    Q.   DR. WESTERINK, RIGHT AT THE BEGINNING TODAY WHEN YOU BEGAN

16:01   21    TO TALK, I THINK ONE OF YOUR FIRST PRINCIPAL FINDINGS WAS THAT

16:01   22    THERE WAS 8-PLUS FEET OF WATER THAT HAD ACCUMULATED ALONG THE

16:01   23    CONTINENTAL SHELF OVER A 4,000 SQUARE-MILE AREA PRIOR TO THE

16:01   24    HURRICANE MAKING LANDFALL.  IS THIS PLOT THE BASIS OF THAT

16:01   25    STATEMENT?

FINAL DAILY COPY

16:01    1   **A.**   IT IS.  YOU CAN CERTAINLY SEE THE 8-METER CONTOUR OVER IN

16:01    2   HERE, AND WE CAN SEE MASSIVE INUNDATION IN THIS WHOLE REGION.

16:01    3   AGAIN, THAT CHANGES THE PICTURE IN TERMS OF CONVEYANCES.  IT

16:01    4   CHANGES THE FRICTIONAL DISTRIBUTION.  AS YOU GET MORE AND MORE

16:01    5   WATER INTO A REGION, THE BALANCING TERM OF FRICTION IN F=MA

16:02    6   BECOMES MUCH LESS IMPORTANT, AND IT'S EASIER FOR WATER TO FLOW

16:02    7   OVER A MARSH WHEN THERE'S A LARGE COLUMN OF WATER SITTING ON

16:02    8   TOP OF THAT MARSH.

16:02    9   **Q.**   LET'S LOOK AT 7:00.

16:02   10   **A.**   WE ARE PAST LANDFALL HERE, AND NOW WE ARE STARTING TO SEE

16:02   11   THE ROTATION OF THE WINDS AND THE CHANGING OF THE WINDS IN THE

16:02   12   SOUTHERN PORTION OF THE REGION OF INTEREST.  WE ARE STILL

16:02   13   CERTAINLY SEEING THESE EASTERLY WINDS IN THE NORTHERN PART OF

16:02   14   THE DOMAIN, BUT WE NOW HAVE THESE SOUTHERLY AND SOUTHWESTERLY

16:02   15   WINDS OVER HERE.

16:02   16        WHAT WE ARE STARTING TO SEE, AS THE WINDS ARE

16:02   17   SHIFTING AND TURNING, WE CAN SEE THAT THIS SURGE THAT HAS PILED

16:02   18   UP AGAINST THE PLAQUEMINES PARISH LEVEES PARTIALLY -- IT

16:02   19   CERTAINLY HAS GONE INTO THE RIVER AND IS PROPAGATING NORTH VERY

16:02   20   RAPIDLY, BUT PART OF IT IS STARTING TO PROPAGATE UP AND GO

16:02   21   NORTH TOWARDS MISSISSIPPI AS IT IS GUIDED BY THE WINDS.

16:02   22        WE SEE INTENSIFICATION OF WINDS OVER HERE AND PUSHING

16:03   23   WATER UP AGAINST THE CHALMETTE LEVEE, AND WE STILL SEE THE

16:03   24   WINDS BLOWING AWAY FROM THE CHALMETTE EXTENSION LEVEE AND

16:03   25   DEPRESSING WATER LEVELS THERE.  THAT'S WHY WE HAVE THE VERY

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:03 | 1 | HIGH GRADIENTS IN THIS REGION BECAUSE THE WIND IS PUSHING IT |
| 16:03 | 2 | AWAY.  THE WATER GRADIENTS ACTUALLY WANT TO PUSH WATER TOWARDS |
| 16:03 | 3 | THAT LEVEE, BUT THE WIND IS KEEPING IT AWAY. |
| 16:03 | 4 | **Q.**   THE ARROWS THROUGH THIS SEQUENCE HAVE BEEN GETTING LONGER |
| 16:03 | 5 | AND LONGER.  DOES THAT REFLECT INCREASINGLY STRONG WINDS? |
| 16:03 | 6 | **A.**   IT CERTAINLY DOES.  THESE ARROWS ARE EXACTLY THE SAME AS |
| 16:03 | 7 | THE ARROWS THAT WE SAW IN THE WIND ISOVEL SEQUENCE THAT WE JUST |
| 16:03 | 8 | LOOKED AT. |
| 16:03 | 9 | **THE COURT:**  JUST FOR THE SAKE OF CLARITY, 7:00 IS |
| 16:03 | 10 | 7:00 A.M.? |
| 16:03 | 11 | **THE WITNESS:**  7:00 A.M., YES, AND CENTRAL DAYLIGHT |
| 16:03 | 12 | TIME.  SO THE STORM HAS PASSED AN HOUR PAST THE LANDFALL AND |
| 16:03 | 13 | MOVING NORTH OF BURAS. |
| 16:03 | 14 | **BY MR. SMITH:** |
| 16:03 | 15 | **Q.**   AT 8:00 HAS THE STORM CONTINUED TO MOVE FARTHER NORTH AND |
| 16:04 | 16 | CARRY STORM SURGE WITH IT? |
| 16:04 | 17 | **A.**   OKAY.  SO, REGIONALLY, WHAT WE CAN SEE NOW IS THAT STORM |
| 16:04 | 18 | SURGE AGAIN THAT HAD DEVELOPED ALONG PLAQUEMINES PARISH.  IT IS |
| 16:04 | 19 | NOW PROPAGATING NORTH AND BEING MOVED AND GUIDED BY THE WIND |
| 16:04 | 20 | FIELD AS IT'S MAKING ITS WAY TOWARDS MISSISSIPPI.  WE NOW HAVE |
| 16:04 | 21 | 12, 13 FEET, 14 FEET OF WATER ON THE MISSISSIPPI SHELF.  SO YOU |
| 16:04 | 22 | CAN SEE MASSIVE INUNDATION. |
| 16:04 | 23 | OVER HERE YOU CAN SEE VERY EFFECTIVE PUSHING OF THE |
| 16:04 | 24 | REGIONAL WATER UP AGAINST THE ST. BERNARD LEVEE, AND THE WINDS |
| 16:04 | 25 | NOW ARE PUSHING WATER ACROSS LAKE PONTCHARTRAIN.  WE HAVE A |

16:04   1   DEPRESSION OF WINDS ON THE NORTH SHORE, A BUILDUP OF -- A

16:04   2   DEPRESSION OF SURGE ON THE NORTH SHORE OR WATER LEVELS AND A

16:04   3   BUILDUP OF SURGE ON THE SOUTH SHORE.

16:04   4            AND, OF COURSE, THIS IS VERY IMPORTANT, AS WELL,

16:04   5   BECAUSE THAT CAUSES MASSIVE GRADIENTS TO EXIST BETWEEN

16:04   6   LAKE PONTCHARTRAIN AND LAKE BORGNE, DRIVING A TREMENDOUS AMOUNT

16:04   7   OF WATER INTO LAKE PONTCHARTRAIN, AND THAT IS THE DRIVING

16:05   8   FACTOR FOR THE RISING IN LAKE PONTCHARTRAIN'S WATER LEVELS.

16:05   9   Q.   DOES THE SURGE CONTINUE TO MIGRATE NORTH AT 9:00?

16:05   10  A.   IT DOES, AND WE SEE SOME IMPORTANT DIFFERENCES NOW.  WE

16:05   11  SEE A RELAXATION OF THE SURGE IN AND AROUND THE ST. BERNARD

16:05   12  LEVEES, AND THAT'S BECAUSE THE WINDS HAVE SHIFTED.  THEY ARE

16:05   13  NOW STARTING TO PUSH WATER AWAY FROM THERE.

16:05   14           HOWEVER, WE HAVE A FOCUSING OF THE WINDS THAT ARE

16:05   15  BLOWING OVER LAKE PONTCHARTRAIN, AND WE STILL HAVE THE INTENSE

16:05   16  WINDS OVER HERE PUSHING WATER TOWARDS MISSISSIPPI, JUST SOME

16:05   17  REGIONAL EFFECTS.  OF COURSE, WINDS HAVE TOTALLY SHIFTED HERE,

16:05   18  AS WELL, AND NOW WATER IS BEING BLOWN TO THE WEST-SIDE LEVEES

16:05   19  OF PLAQUEMINES PARISH.

16:05   20  Q.   BY 10:00 HAVE WE SEEN EVEN MORE SURGE BUILDUP ALONG THE

16:05   21  MISSISSIPPI COAST?

16:05   22  A.   TREMENDOUS INTENSIFICATION.  THAT SURGE THAT BUILT UP

16:05   23  AGAINST THE PLAQUEMINES PARISH LEVEES HAS NOW JOINED WITH THE

16:06   24  REGIONAL SURGE, A TREMENDOUS AMOUNT OF WATER BEING PUMPED INTO

16:06   25  THAT COAST.  OF COURSE, A LOT OF THAT IS BEING DRIVEN TOWARDS

FINAL DAILY COPY

16:06    1    LOUISIANA AS WELL.

16:06    2            LOCALLY, WE SEE SOME VERY INTERESTING THINGS.  FIRST

16:06    3    OF ALL, WE SEE THAT THE WINDS ARE BLOWING WATER AWAY FROM THE

16:06    4    GOLDEN TRIANGLE.  AND, THEREFORE, WE HAVE A DEPRESSION OF THE

16:06    5    WATER LEVELS IN THE GOLDEN TRIANGLE AREA, AND WE SEE THAT THE

16:06    6    WINDS ARE STARTING TO SHIFT IN LAKE PONTCHARTRAIN AND STARTING

16:06    7    TO BLOW TO THE WEST.

16:06    8    **Q.**   11:00, THE STORM HAS MOVED ASHORE, BUT WE SEE THE MAXIMUM

16:06    9    BUILDUP OF SURGE ALONG THE MISSISSIPPI COAST; IS THAT CORRECT?

16:06   10    **A.**   WE DO.  WE ARE ROUGHLY INTO THE 27-, 28-FOOT RANGE IN

16:06   11    MISSISSIPPI.  WE ARE CONTINUING TO DRIVE WATER AWAY, BUT YOU

16:06   12    CAN SEE THAT THE GOLDEN TRIANGLE HERE IS STARTING TO FILL BACK

16:06   13    IN A LITTLE BIT AT THIS PARTICULAR POINT.

16:07   14            WE HAVE STRONG WESTERLY WINDS NOW BLOWING ACROSS

16:07   15    LAKE PONTCHARTRAIN, SOUTHERLY WINDS BLOWING ACROSS BRETON

16:07   16    SOUND, CHANDELEUR SOUND, PUSHING OVER THE BILOXI MARSH, PUSHING

16:07   17    THAT WATER TOWARDS MISSISSIPPI.

16:07   18            **THE COURT:**  I ASSUME, DR. WESTERINK, LIKE THE OTHER

16:07   19    LOCAL MODELS, THIS DOESN'T CONTEMPLATE BREACHING?

16:07   20            **THE WITNESS:**  THIS DOES NOT CONTEMPLATE BREACHING AT

16:07   21    ALL.  IT ALLOWS SOME OVERTOPPING.  ACTUALLY, WE LEFT A LITTLE

16:07   22    BIT OF WATER IN ONE OF THE LEVEE AREAS IN NEW ORLEANS EAST.

16:07   23    WHEN WE ZOOM IN, YOU'LL BE ABLE TO SEE A LITTLE BIT MORE THAT

16:07   24    WE DO HAVE SOME VERY LIMITED OVERTOPPING.

16:07   25            **THE COURT:**  YOU ALLOWED FOR SOME OVERTOPPING?


                              FINAL DAILY COPY

16:07    1           **THE WITNESS:**  WE DO, BUT WE HAVE NO BREACHING.  AND,

16:08    2    ALSO, WE ARE NOT MOVING THE WATER THAT THE WAVES ARE PUTTING

16:08    3    INTO ANY OF THE LEVEED AREAS.  WE ARE NOT REMOVING THAT AT ALL

16:08    4    OR ACCOUNTING FOR THAT.

16:08    5           **THE COURT:**  THANK YOU, SIR.

16:08    6    **BY MR. SMITH:**

16:08    7    **Q.**   NOW, MOVING ON TO NOON OF AUGUST 29, DO WE BEGIN TO SEE

16:08    8    DISSIPATION OF THAT SURGE BUILDUP?

16:08    9    **A.**   ACTUALLY, WHAT WE ARE STARTING TO SEE HERE IS SOME

16:08   10    RELAXATION OF THE SURGE BACK INTO THE AREAS WHERE THERE WAS A

16:08   11    DEPRESSION BEFORE, WHERE THE WIND HAD BEEN BLOWING AWAY VERY

16:08   12    INTENSELY, SO THE WATER IS ACTUALLY MOVING BACK.  IT'S STILL

16:08   13    BEING BLOWN IN THE SAME DIRECTION, BUT THE STRENGTH OF THOSE

16:08   14    WINDS IS NOT SUFFICIENT TO OVERCOME THE SURFACE ELEVATION

16:08   15    GRADIENTS, AND WHAT WE CAN SEE IS SOME ATTENUATION OF THE SURGE

16:08   16    BACK INTO LAKE PONTCHARTRAIN AS WELL.

16:08   17    **Q.**   AT 1:00 IN THE AFTERNOON?

16:08   18    **A.**   WE CONTINUE TO SEE THAT PROCESS OVER HERE.  AGAIN, IT'S

16:08   19    PRETTY MUCH FILLED IN.  IT'S TRYING TO EQUALIZE.  WATER IS

16:08   20    TRYING TO FIND A FLAT LEVEL.  THE SAME THING IN

16:09   21    LAKE PONTCHARTRAIN:  THE WINDS ARE ATTENUATING.

16:09   22         ONE VERY IMPORTANT THING TO NOTE IS THAT THE BARRIER

16:09   23    ISLANDS AND THE MARSHES, TOGETHER WITH THE WINDS THAT ARE STILL

16:09   24    BLOWING, ARE VERY EFFECTIVELY KEEPING THE WATER BEHIND ALL THE

16:09   25    BARRIER ISLANDS.

16:09   1              THE OTHER THING TO NOTE IS THAT THE MOST EFFICIENT
16:09   2   PATHWAY, GIVEN THAT THE GRADIENTS ARE LARGE THERE, FOR THE
16:09   3   WATER TO FIND ITS WAY OUT IS RIGHT HERE, RIGHT TO THE NORTH OF
16:09   4   THE CHANDELEUR ISLANDS, IN BETWEEN MISSISSIPPI AND --
16:09   5   Q.   WE'LL BE ABLE TO SEE THAT A LITTLE BIT BETTER WHEN WE MOVE
16:09   6   INTO SOME OF THE VELOCITY AND THE FLUX GRIDS, I BELIEVE.
16:09   7   A.   WE WILL.  WE ARE SEEING THIS SLOW ATTENUATION HERE AS WE
16:09   8   SKIP THROUGH THE NEXT SET OF FIGURES THROUGH 1800, BUT WE DO
16:09   9   SEE THIS VERY WELL-DEFINED RETENTION.
16:09   10              IN DEEP WATER IN THE OCEAN, THE WATER IS PRETTY FLAT.
16:09   11  IT HAS FOUND IT IS ABLE TO EQUALIZE VERY RAPIDLY.  IT'S THESE
16:10   12  BARRIER ISLANDS AND MARSHES THAT ARE RETAINING THE WATER VERY
16:10   13  EFFECTIVELY.  BECAUSE IF YOU LOOK AT THE DIRECTION OF THE WIND,
16:10   14  IT IS TRYING TO BLOW THE WATER AWAY FROM THE LAND AND BACK INTO
16:10   15  THE OCEAN FOR THE MOST PART.  SO THERE'S A VERY, VERY
16:10   16  SIGNIFICANT FRICTIONAL EFFECT AND SIGNIFICANT HYDRAULIC EFFECT
16:10   17  FROM THOSE BARRIER ISLANDS AND THE BATHYMETRY THAT WE HAVE IN
16:10   18  THIS MODEL.
16:10   19  Q.   IF WE GO ON TO THE NEXT SERIES, I WANTED TO LOOK AT THE
16:10   20  VELOCITIES, AND IF YOU CAN EXPLAIN WHAT THE DIFFERENCE IS
16:10   21  BETWEEN THE SURGE PLOTS WE'VE BEEN LOOKING AT AND THE VELOCITY
16:10   22  PLOTS WE'RE GETTING READY TO LOOK AT.
16:10   23  A.   NOW WHAT WE ARE LOOKING AT IS THE VELOCITIES OF THE WATER.
16:10   24  THAT'S THE SPEED AT WHICH WATER MOVES.  SO IF YOU WERE TO THROW
16:10   25  SOMETHING INTO THE WATER AND THAT OBJECT, THAT BALL OR WHATEVER

| | | |
|---|---|---|
| 16:10 | 1 | WOULD FLOAT, WOULD GO AT THE SPEED OF THE WATER, THEN -- OF THE |
| 16:10 | 2 | WATER COLUMN, IT WOULD ACTUALLY MOVE AS THESE PICTURES |
| 16:11 | 3 | INDICATE. |
| 16:11 | 4 | SO, FOR EXAMPLE, THE AQUAMARINES, THE SPEED OF THE |
| 16:11 | 5 | WATER IS ABOUT 3 FEET PER SECOND.  SO IF YOU HAD A BOAT |
| 16:11 | 6 | DRIFTING IN THERE AND IT WASN'T AFFECTED BY THE WINDS, THEN |
| 16:11 | 7 | THAT BOAT WOULD DRIFT IN THE DIRECTION OF THE ARROWS AT ABOUT |
| 16:11 | 8 | 3 FEET PER SECOND.  SO THE ARROWS ARE AN INDICATOR OF THE |
| 16:11 | 9 | STRENGTH -- |
| 16:11 | 10 | Q.   FORGIVE ME FOR INTERRUPTING, BUT ARE THE ARROWS ON THESE |
| 16:11 | 11 | PLOTS REFLECTING THE MOVEMENT OF WATER, NOT WIND? |
| 16:11 | 12 | A.   THAT'S RIGHT.  THEY ARE THE MOVEMENT OF WATER.  THEY ARE |
| 16:11 | 13 | THE SPEED AT WHICH THE -- OR THE VELOCITY WITH WHICH THE WATER |
| 16:11 | 14 | MOVES. |
| 16:11 | 15 | THE COLORED CONTOURS ARE INDICATORS OF HOW FAST THAT |
| 16:11 | 16 | IS GOING, AND CERTAINLY THE VECTOR LENGTH AS WELL.  THE VECTORS |
| 16:11 | 17 | GET LONGER WHEN THE SPEED INCREASES, AND YOU CAN SEE THE |
| 16:11 | 18 | CORRESPONDENCE BETWEEN THE CONTOURS AND THE VECTORS. |
| 16:11 | 19 | THE COURT:  WHEN THE ARROWS ARE A BIT ASKEW OR |
| 16:11 | 20 | ASKANCE OR AT A DIFFERENT ANGLE ALL OF A SUDDEN, THAT'S BECAUSE |
| 16:12 | 21 | THE WATER REACHES SOME OBJECT, SUCH AS THE BARRIER ISLAND, THAT |
| 16:12 | 22 | CAUSES A DEVIATION IN DIRECTION? |
| 16:12 | 23 | THE WITNESS:  THAT'S CORRECT.  ALSO VARIATIONS IN THE |
| 16:12 | 24 | BATHYMETRY, TOPOGRAPHY, OBJECTS, ETC., WOULD BE CHANGING THE |
| 16:12 | 25 | DIRECTIONALITY OF THE WIND. |

FINAL DAILY COPY

16:12  1   **BY MR. SMITH:**

16:12  2   **Q.**   CAN YOU SHOW US HOW THIS CHANGES AS WE MOVE THROUGH THE

16:12  3   EARLY MORNING HOURS.

16:12  4   **A.**   SURE.   THIS IS THE SAME SEQUENCE CORRESPONDS TO THE SAME

16:12  5   18 HOURS THAT WE HAVE BEEN LOOKING AT.   AGAIN, IT'S THE H1 RUN

16:12  6   THAT'S THE BASIS OF ALL OUR COMPARISONS TO THE OTHER SCENARIOS:

16:12  7   H2, H3, H4, H5.

16:12  8            AS WE MOVE TO 1:00, WE CAN SEE, BASICALLY, THE WINDS

16:12  9   ARE DRIVING THE VELOCITIES, THE DIRECTION OF THE WATER

16:12  10  MOVEMENT, TO THE EAST.   SO EVERYTHING IS TO THE EAST.   THE

16:12  11  WINDS ARE COMING FROM THE EAST.

16:12  12           THEN AS WE GET CLOSE TO THE PROTECTION SYSTEMS OR TO

16:12  13  THE LEVEES, THINGS HAVE TO SLOW DOWN BECAUSE IT'S STOPPED.

16:12  14  ONCE THAT WATER IS STOPPED, THEN YOU GET A RISE IN THE WATER

16:12  15  LEVELS.   SO IT'S THE GRADIENT OF THE VELOCITY -- OR THE

16:13  16  VELOCITIES ARE THE DRIVERS OF WATER, AND CERTAINLY THE

16:13  17  VELOCITIES DECREASE WHEN YOU COME CLOSE TO THESE PROTECTION

16:13  18  SYSTEMS.

16:13  19           WE SEE SOME VERY HIGH VELOCITIES OVER THE BARRIER

16:13  20  ISLANDS, AND THAT'S BECAUSE THE FLOW IS FORCED OVER A VERY

16:13  21  SHALLOW REGION THERE.   THAT'S WHY WE GET AN ACCELERATION OF THE

16:13  22  FLOW.

16:13  23           **MR. O'DONNELL:**   YOUR HONOR, I'M JUST GOING TO OBJECT

16:13  24  FOR THE RECORD.   THESE ARE DIFFERENT.   I SUSPECT ALMOST

16:13  25  EVERYTHING IS DIFFERENT, BUT THESE ARE DIFFERENT THAN THE ONES

16:13    1   IN THE REPORT.  THIS IS SCALED AT 26 FEET PER SECOND, AND THE

16:13    2   REPORT IS 16.5 FEET PER SECOND.  I HAVE NO CLUE WHETHER THAT'S

16:13    3   SIGNIFICANT OR NOT.  IT LOOKS TO ME IN SOME OF THE OTHER

16:13    4   ASPECTS IT MAY BE DIFFERENT.  I DON'T KNOW IF WE CAN ESTABLISH

16:13    5   THAT OR NOT, BUT --

16:13    6        THE COURT:  WOULD YOU MIND, COUNSEL, DENOTING THE

16:13    7   DIFFERENCE.

16:13    8        MR. SMITH:  YES.

16:13    9   BY MR. SMITH:

16:13   10   Q.   DR. WESTERINK, ARE THESE VELOCITIES THAT ARE SHOWN ON

16:13   11   THESE PLOTS THE SAME VELOCITIES THAT ARE SHOWN ON THE PLOTS IN

16:13   12   YOUR REPORT?

16:13   13   A.   FOR THE FIGURES THAT WE USED, THEY ARE AGAIN SLIGHTLY

16:14   14   DIFFERENT.  THE REASON IS THEY WERE A REMNANT OF THE FEMA MODEL

16:14   15   THAT WAS PREVIOUSLY USED, AND AGAIN THE DIFFERENCES ARE VERY,

16:14   16   VERY MINOR.  I USED THEM IN THE REPORT TO JUST GENERALLY LAY

16:14   17   OUT WHERE THE FLOW WAS COMING FROM, WHAT IT WAS DOING, TO GET A

16:14   18   FEELING, YOU KNOW, WHAT THE DIRECTION OF THE FLOW WAS.

16:14   19        AGAIN, IT'S AN EARLIER RUN.  THERE'S VERY LITTLE

16:14   20   DIFFERENCE IN IT.  THE PERSON HELPING ME WITH THE REPORT SIMPLY

16:14   21   NEGLECTED TO PUT IN THE UPDATED PICTURES.

16:14   22        THE COURT:  ARE THE VELOCITIES FASTER OR SLOWER?

16:14   23        THE WITNESS:  WELL, WE CAN LOOK AT THAT.  IF WE LOOK,

16:14   24   FOR EXAMPLE, ON FIGURE 93 IN THE REPORT, AND IF WE --

16:14   25        THE COURT:  I AM LOOKING AT IT.

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:14 | 1 | **THE WITNESS:** -- GO FORWARD ONE SLIDE TO 2:00, AGAIN |
| 16:14 | 2 | I WOULD SAY THAT THAT FIGURE IS VERY, VERY SIMILAR TO THE |
| 16:15 | 3 | FIGURE THAT'S IN THE REPORT. |
| 16:15 | 4 | **THE COURT:**  IN OTHER WORDS, ANY VELOCITIES WOULD BE |
| 16:15 | 5 | TALKING ABOUT FRACTIONS? |
| 16:15 | 6 | **THE WITNESS:**  WE ARE TALKING ABOUT PERHAPS 5 PERCENT |
| 16:15 | 7 | OR SO, OR 2 PERCENT. |
| 16:15 | 8 | **THE COURT:**  OKAY. |
| 16:15 | 9 | **THE WITNESS:**  BUT IN TERMS OF THE SCALE OF THE |
| 16:15 | 10 | FIGURE, IT'S VERY DIFFICULT TO ASCERTAIN THAT, IF THERE'S ANY |
| 16:15 | 11 | DIFFERENCE. |
| 16:15 | 12 | **THE COURT:**  THANK YOU. |
| 16:15 | 13 | BY MR. SMITH: |
| 16:15 | 14 | Q.   JUST MOVING ON TO 3:00. |
| 16:15 | 15 | A.   SO EVERYTHING IS BEING DRIVEN FROM THE EAST AGAIN, AND |
| 16:15 | 16 | THAT'S BECAUSE THE WINDS ARE BLOWING WATER FROM THE EAST.  WE |
| 16:15 | 17 | CAN SEE A VERY HEALTHY CURRENT OR VERY HEALTHY VELOCITIES |
| 16:15 | 18 | THROUGH THE RIGOLETS THERE, AND AGAIN THAT'S ASSOCIATED WITH |
| 16:15 | 19 | THOSE HIGH GRADIENTS. |
| 16:15 | 20 | WE CAN SEE HIGH VELOCITIES ON TOP OF THE CHANDELEUR |
| 16:15 | 21 | ISLANDS AND HIGH VELOCITIES ON THE SOUTHERN SHORES OF THE |
| 16:15 | 22 | MISSISSIPPI SOUND, AS WELL AS VERY HIGH VELOCITIES IN AND |
| 16:15 | 23 | AROUND THE MISSISSIPPI RIVER DELTA. |
| 16:16 | 24 | AND, OF COURSE, VELOCITY IS VERY IMPORTANT BECAUSE IT |
| 16:16 | 25 | NOT ONLY MOVES WATER, BUT IT ALSO PROVIDES DISSIPATION |

FINAL DAILY COPY

16:16  1  MECHANISMS.  THE DISSIPATION OR THE FRICTION TERM IS

16:16  2  PROPORTIONAL TO THE VELOCITY SQUARED.  SO, AGAIN, IT'S AN

16:16  3  IMPORTANT FEATURE IN TERMS OF THE WATER FINDING PREFERENTIAL

16:16  4  FLOW PATHS.

16:16  5  Q.   4:00, CAN WE SEE THE STORM BEGINNING TO MOVE CLOSER TO THE

16:16  6  DELTA?

16:16  7  A.   WE CAN.  AND CERTAINLY THE VELOCITY PATTERNS START

16:16  8  CHANGING; ALTHOUGH, DOMINANTLY, EVERYTHING IS STILL FROM THE

16:16  9  EAST.

16:16  10  Q.   WHAT HAPPENS AT 5:00?

16:16  11  A.   CERTAINLY, THE SAME DOMINANT PATTERN.  YOU CAN SEE SOME OF

16:16  12  THE SHIFTING OF THE WINDS IN THE VERY SOUTHERN PART IS STARTING

16:16  13  TO SHIFT SOME OF THE FLOWS.

16:16  14  Q.   6:00?

16:16  15  A.   AGAIN, PRETTY MUCH THE SAME THING; A LITTLE BIT OF A SHIFT

16:16  16  IN THE WINDS OVER HERE.  AGAIN, THE WINDS ARE PUSHING THE WATER

16:16  17  ESSENTIALLY FROM THE EAST.

16:16  18  Q.   WHAT HAPPENS AT 7:00?

16:17  19  A.   NOW WE SEE THE STORM PASSING THROUGH AND THINGS ARE

16:17  20  CHANGING RAPIDLY BECAUSE, OF COURSE, THE DRIVER IN A LOT OF

16:17  21  THIS IS CHANGING THE DIRECTION THAT THE WATER IS BEING BLOWN.

16:17  22  WE CERTAINLY SEE WATER STILL FLOWING IN OVER HERE FROM THE

16:17  23  EAST, BUT HERE IT'S NOW FLOWING IN FROM THE SOUTHEAST.

16:17  24  Q.   AT 8:00?

16:17  25  A.   PRETTY MUCH THE WATER FLOW IS NOW STARTING TO MOVE NORTH.

16:17    1    IN THE NORTHERN PORTION, THROUGH LAKE BORGNE, IT'S STILL MOVING

16:17    2    FROM THE EAST.  FROM THE SOUTHEAST, WATER HAS SLOWED DOWN QUITE

16:17    3    A BIT HERE IN LAKE BORGNE AS WELL.

16:17    4    **Q.**   AT 9:00?

16:17    5    **A.**   VERY WELL-DEFINED PATTERN OF SOUTHERLY CURRENTS OVER HERE,

16:17    6    STILL NORTHERLY FOR THE EASTERLY CURRENTS OVER IN MISSISSIPPI

16:17    7    SOUND.

16:17    8    **Q.**   HOW DOES THAT CHANGE, THEN, AT 10:00?

16:18    9    **A.**   10:00, AGAIN, THE STORM IS PASSING THROUGH RAPIDLY.  IT'S

16:18   10    STILL VERY WELL-DEFINED, NOW A VERY WELL-DEFINED SOUTHERLY

16:18   11    MOVEMENT OF WATER; ALTHOUGH, OVER HERE, IT'S STILL TRYING TO

16:18   12    FIND ITS WAY INTO LOUISIANA.

16:18   13    **Q.**   THE COOLER COLORS WOULD INDICATE THE VELOCITIES ARE

16:18   14    DIMINISHING?

16:18   15    **A.**   THAT'S CORRECT.  NOW, AT 11:00 WE SEE THE WITHDRAWAL

16:18   16    PROCESS.  WE SEE WATER WITHDRAWING AND TRYING TO MOVE ITS WAY

16:18   17    VERY RAPIDLY OUT IN BETWEEN MISSISSIPPI SOUND AND THE -- FROM

16:18   18    THE MISSISSIPPI SOUND, MISSISSIPPI ISLANDS, AND THE CHANDELEUR

16:18   19    ISLANDS.

16:18   20    **Q.**   AND AT NOON?

16:18   21    **A.**   THE SAME THING, AND WE CAN PROGRESS THROUGH THE REST OF

16:18   22    THEM.

16:18   23    **Q.**   WE ARE STARTING TO SEE -- I'M SORRY.  FORGIVE ME FOR

16:18   24    INTERRUPTING, BUT WE ARE STARTING TO SEE A PICKUP IN VELOCITY

16:18   25    JUST NORTH OF THE CHANDELEUR ISLANDS THERE?

| | | |
|---|---|---|
| 16:18 | 1 | **A.**   THAT'S RIGHT.  WHAT WE ARE SEEING IS A VERY EFFECTIVE |
| 16:18 | 2 | DRAINING OF THE WATER THROUGH THAT PATHWAY. |
| 16:18 | 3 | HERE THE WATER IS, BY THE WAY, MOVING STRAIGHT FROM |
| 16:19 | 4 | THE WEST TO THE EAST AND BEING SLOWED DOWN BY THE MISSISSIPPI |
| 16:19 | 5 | SOUND ISLANDS HERE.  IT'S TRYING TO FIND ITS WAY OVER IT AND, |
| 16:19 | 6 | OF COURSE, THAT'S A HYDRAULICALLY SOMEWHAT DISSIPATED PROCESS. |
| 16:19 | 7 | **Q.**   MOVING ON THROUGH THE AFTERNOON, WE CONTINUE TO SEE THAT |
| 16:19 | 8 | RECESSION? |
| 16:19 | 9 | **A.**   YES, WE DO. |
| 16:19 | 10 | **Q.**   LET'S LOOK AT THE FLUXES THAT OCCURRED. |
| 16:19 | 11 | **MR. SMITH:**  YOUR HONOR, THIS IS SOMETHING THAT IS NOT |
| 16:19 | 12 | IN THE REPORT, BUT LET ME EXPLAIN HOW SIMPLY IT CAN BE DERIVED |
| 16:19 | 13 | FROM THE REPORT. |
| 16:19 | 14 | FLUXES SIMPLY ARE THE MOVEMENT OF A VOLUME OF |
| 16:19 | 15 | WATER.  WE HAVE BEEN LOOKING AT THE SPEED AT WHICH WATER MOVES. |
| 16:19 | 16 | NOW WE ARE GOING TO COMBINE THE LAST TWO SERIES. |
| 16:19 | 17 | THE SERIES BEFORE THE LAST ONE WAS THE SURGE |
| 16:19 | 18 | DEPTH.  SO YOU TAKE THE SURGE DEPTH AND YOU COMPUTE THE |
| 16:19 | 19 | VELOCITY AT WHICH THAT COLUMN OF WATER IS MOVING.  THE DEEPER |
| 16:19 | 20 | THE WATER IS AND THE FASTER IT MOVES, THE GREATER THE VOLUME IS |
| 16:19 | 21 | MOVING.  SO FLUXES REFLECT A COMBINATION OF THE DEPTH AND THE |
| 16:20 | 22 | VELOCITY TO GIVE YOU THE MOVEMENT OF A VOLUME OF WATER. |
| 16:20 | 23 | SO WE HAD THAT DATA OF VELOCITY.  WE HAD THE |
| 16:20 | 24 | DATA OF SURGE ELEVATION.  WE SIMPLY HAVE COMBINED IT NOW TO |
| 16:20 | 25 | SHOW HOW THOSE TWO DATA POINTS CREATE A MOVEMENT OF VOLUME. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:20 | 1 | **MR. O'DONNELL:**  I'M GOING TO OBJECT.  I MEAN, IF I |
| 16:20 | 2 | COULD KNOW WHAT THE CONCLUSION IS -- IF IT'S A TEMPEST IN A |
| 16:20 | 3 | FLUX OR A TEAPOT OR WHATEVER IT IS, I DON'T HAVE A PROBLEM, BUT |
| 16:20 | 4 | THIS IS NEW.  IT WASN'T TEASED OUT.  I THINK YOU CAN FIND THE |
| 16:20 | 5 | WORD "FLUX" IN THERE. |
| 16:20 | 6 | **THE COURT:**  I GUESS AS WE ARE GETTING TO THE |
| 16:20 | 7 | DENOUEMENT AS TO -- I ASSUME WHEN YOU LEFT AND YOU READ THE |
| 16:20 | 8 | REPORT AND YOU LEFT DR. WESTERINK'S DEPOSITION, YOU HAD SOME |
| 16:20 | 9 | KNOWLEDGE AS TO HIS OPINION AS TO THE VARIOUS ELEVATIONS AT |
| 16:20 | 10 | VARIOUS POINTS. |
| 16:20 | 11 | **MR. O'DONNELL:**  AND THE IMPLICATIONS OF THEM FOR HIS |
| 16:20 | 12 | CONCLUSIONS, YES, YOUR HONOR. |
| 16:20 | 13 | **THE COURT:**  AND THE IMPLICATIONS ON THE CONCLUSIONS |
| 16:20 | 14 | AND ALSO, I ASSUME, ABOUT THE TIME OF THE PEAK SURGE AT REACH 2 |
| 16:21 | 15 | AS WELL. |
| 16:21 | 16 | **MR. O'DONNELL:**  WE THOUGHT WE KNEW WHAT IT WAS FROM |
| 16:21 | 17 | HIS REPORT AND HIS GRAPHICS, AND WE NOW HAVE OTHER EXPERTS |
| 16:21 | 18 | SAYING THAT IT WAS WRONG.  EBERSOLE CORRECTED IT.  THIS IS -- |
| 16:21 | 19 | **THE COURT:**  I DON'T KNOW IF HE IS GOING TO GET INTO |
| 16:21 | 20 | THAT AS NOT. |
| 16:21 | 21 | CAN YOU TELL ME WHERE WE ARE GOING WITH THIS |
| 16:21 | 22 | FROM THE STANDPOINT OF THIS CASE. |
| 16:21 | 23 | **MR. SMITH:**  SURE, YOUR HONOR.  THE PLAINTIFFS SEEM TO |
| 16:21 | 24 | BE ATTACKING DR. WESTERINK'S HYDROGRAPHS, THE HYDROGRAPHS WHICH |
| 16:21 | 25 | SHOW THE DOUBLE HUMP, WHICH ARE CORRECTLY PRODUCED IN THE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:21 | 1 | REPORT BASED ON HIS H1 MODELING. |
| 16:21 | 2 | THEY MAINTAIN THAT THE DELFT MODELERS MORE |
| 16:21 | 3 | ACCURATELY CAPTURED THE RECESSION RATE, AND I THINK THEY WANT |
| 16:21 | 4 | TO MAKE SOME SORT OF ARGUMENT ABOUT THE DURATION OF SURGE ON |
| 16:21 | 5 | THE LEVEES SO THAT, IN THEIR WORLD, THERE WOULDN'T HAVE BEEN |
| 16:22 | 6 | ENOUGH TIME FOR THE SURGE TO OVERTOP AND ERODE THE BACK SIDE OF |
| 16:22 | 7 | THE LEVEE AND GET INTO THE POLDERS. |
| 16:22 | 8 | THE EXPLANATION FOR WHY THE DIFFERENCE IN THE |
| 16:22 | 9 | TWO HYDROGRAPHS, THE DUTCH HYDROGRAPH AND DR. WESTERINK'S |
| 16:22 | 10 | HYDROGRAPH, EXISTS IS THEIR USE OF THE S08, WHICH DOES NOT |
| 16:22 | 11 | CAPTURE THESE MACRO EFFECTS, IF YOU WILL.  THE DELFT MODELERS |
| 16:22 | 12 | TOOK THE ADCIRC S08 DATA AS THEIR BOUNDARY CONDITIONS, AS THEIR |
| 16:22 | 13 | INPUTS, BUT THEY PICKED THAT UP RIGHT CLOSE IN ON LAKE BORGNE. |
| 16:22 | 14 | SO IF THE S08 MODEL DIDN'T CAPTURE ANY OF THESE |
| 16:22 | 15 | BROADER-SCALE DYNAMICS, WHAT THEY WERE ABLE TO SHOW INSIDE THAT |
| 16:22 | 16 | SMALL DOMAIN THAT THEY MODELED IS GOING TO BE DEPENDENT UPON |
| 16:22 | 17 | THE FAILURE OF THE S08 MODEL TO SHOW THIS MOVEMENT THROUGH |
| 16:22 | 18 | CHANDELEUR SOUND.  I THINK WE WOULD SAY -- IF I CAN JUST ARGUE |
| 16:23 | 19 | THIS, BECAUSE IT SOUNDS LIKE, I GUESS, I HAVE TO. |
| 16:23 | 20 | **THE COURT:**  I'M ALLOWING YOU TO ARGUE. |
| 16:23 | 21 | **MR. SMITH:**  WE WOULD SAY THAT S08 HAD AN UNREALISTIC |
| 16:23 | 22 | DEPTH IN CHANDELEUR SOUND, AND BECAUSE IT WAS SO DEEP IN |
| 16:23 | 23 | CHANDELEUR SOUND THAT MASSIVE BUILDUP ALONG -- AND IT DIDN'T |
| 16:23 | 24 | HAVE AN ACCURATE REPRESENTATION OF THE BARRIER ISLANDS ALONG |
| 16:23 | 25 | THE MISSISSIPPI COAST.  IT DIDN'T HAVE AN ACCURATE |

16:23   1   REPRESENTATION OF THE INLAND AREAS IN THE MISSISSIPPI COAST.

16:23   2   IT VERY INACCURATELY CAPTURED THE MOVEMENT OF THAT SURGE AWAY

16:23   3   FROM THE MISSISSIPPI COAST.

16:23   4             WHEN YOU LOOK AT THE DEPTHS ACCURATELY IN

16:23   5   CHANDELEUR SOUND, IT'S MUCH SHALLOWER THAN WHAT WAS REFLECTED

16:23   6   IN THE SO8 MODEL.  BECAUSE IT WAS SHALLOWER, THAT PATH FOR

16:23   7   WATER TO ESCAPE FROM THE MISSISSIPPI COAST WAS CONSTRICTED.  SO

16:23   8   WATER HAD TO FLOW NORTH OF THE CHANDELEUR ISLANDS AND INTO THE

16:23   9   GULF; BUT BECAUSE THAT PATH WAS CONSTRICTED, SOME OF THAT SURGE

16:24   10  RECEDED BACK INTO THE CHALMETTE AREA.  IT'S THAT RECESSION BACK

16:24   11  INTO THE CHALMETTE AREA THAT CREATES THAT SECOND HUMP AND HOLDS

16:24   12  THAT WATER HIGHER IN THE AREA THAT WE ARE LOOKING AT.

16:24   13            **THE COURT:**  THIS EXHIBIT IS ONE OF THE PIECES IN

16:24   14  YOUR --

16:24   15            **MR. SMITH:**  FLUX IS CERTAINLY THE MOST -- IN MY

16:24   16  OPINION, IT'S CERTAINLY THE MOST GRAPHICALLY POWERFUL

16:24   17  PRESENTATION BECAUSE WE HAVE SHOWN YOU THE SURGE BUILDUP ALONG

16:24   18  THE MISSISSIPPI COAST, AND WE HAVE SHOWN YOU THE VELOCITIES,

16:24   19  THE SPEED, AT WHICH WATER MOVED IN CERTAIN DIRECTIONS.  BUT

16:24   20  IT'S ONLY WHEN YOU COMBINE THE SPEED AND THE DEPTH AND THEN

16:24   21  THAT GIVES YOU THE VOLUME, YOU REALLY BEGIN TO APPRECIATE WHAT

16:24   22  REALLY DELIVERS THE WATER, IF YOU WILL, THE VOLUME OF WATER

16:24   23  THAT RAISES THE ELEVATION IN THE AREAS OF INTEREST.

16:24   24            **THE COURT:**  MR. O'DONNELL IS OBJECTING BECAUSE THIS

16:24   25  SIGNIFICANT EVIDENCE HAS NOT BEEN SHOWN TO HIM AND IS NOT IN

FINAL DAILY COPY

16:24    1   THE REPORT.  ALTHOUGH, IT COULD HAVE BEEN, YOU SAY, DEDUCED

16:25    2   FROM LOOKING AT THE VARIOUS GRAPHS, IT WASN'T THERE, AND I

16:25    3   DON'T KNOW IF IT WAS TALKED ABOUT IN THE DEPOSITION.

16:25    4             **MR. O'DONNELL:**  NO IN THE DEPOSITION.  IT'S NOT IN

16:25    5   THE REPORT.  EVEN A SWAMI COULDN'T HAVE FIGURED OUT THAT'S

16:25    6   WHERE THEY ARE GOING.  YOU CAN'T READ THIS.

16:25    7             YOUR HONOR, I RARELY AGREE WITH MR. SMITH, BUT

16:25    8   HE HAS SUCCINCTLY TOLD YOU IT MAKES A DIFFERENCE.  POWERFUL

16:25    9   EVIDENCE.  NEVER GOT A CHANCE TO REBUT IT, NEVER DEPOSED ON IT,

16:25   10   NEVER HAD MY EXPERTS TALK ABOUT IT, NEVER GOT TO CROSS THE

16:25   11   OTHER FIVE OR FOUR WHERE THERE SEEMS TO BE CONTRAINDICATIONS ON

16:25   12   VARIOUS ISSUES.  WE HAVE GOT TO DRAW THE LINE SOMEWHERE.  I

16:25   13   REALLY OBJECT TO THIS.  I DON'T EVEN KNOW HOW TO RESPOND TO IT.

16:25   14   IT'S ALL NEW.

16:25   15             **THE COURT:**  WITH THIS NEW PIECE OF EVIDENCE THAT GOES

16:25   16   TO THIS VERY CRITICAL ISSUE, YOU WERE VERY ARTICULATE IN

16:25   17   YOUR -- WHICH DOES HELP THE COURT, BUT THEN WHY SHOULD IT BE --

16:25   18   IT'S MORE THAN A DEMONSTRATIVE EXHIBIT.  IT'S SOMETHING THAT'S

16:25   19   NEW THAT'S BEEN CREATED.  I'M IN THE GRAY AREA HERE.

16:26   20             **MR. SMITH:**  I APPRECIATE THAT, YOUR HONOR.  I WOULD

16:26   21   SAY IT IS ONLY -- IT'S A HEURISTIC -- NO, IT'S NOT A

16:26   22   HEURISTIC --

16:26   23             **THE COURT:**  I'M GOING TO NOT ALLOW THIS IN, BUT I

16:26   24   WILL ALLOW YOU TO MAKE A PROFFER ON THIS SO I CAN THINK ABOUT

16:26   25   ALL OF THIS AFTER BRIEFING.  I'M GOING TO SUSTAIN YOUR

16:26    1    OBJECTION TO THIS EXHIBIT.  WE ARE NOW IN DEFENSE PROFFER 6.

16:26    2              **MR. O'DONNELL:**  CAN WE JUST KNOW WHEN THE PROFFER

16:26    3    ENDS SO I CAN --

16:26    4              **MR. SMITH:**  WHEN WE FINISH THE FLUXES, WE'LL BE DONE

16:26    5    WITH THE PROFFER.

16:26    6              **THE COURT:**  YES.  YOU'LL LET US KNOW.

16:26    7                              * * *

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

                              FINAL DAILY COPY

16:26    1                     **DEFENSE PROFFER 6**

         2    **BY MR. SMITH:**

16:26    3    **Q.**   DR. WESTERINK, IS THERE ANYTHING THAT I HAVE

16:26    4    MISREPRESENTED ABOUT FLUXES?  I AM NOT THE EXPERT; YOU ARE.

16:26    5    I'M ONLY TRYING TO EXPLAIN OUR POSITION TO THE COURT.

16:27    6    **A.**   AGAIN, I THINK ONE OF THE REASONS WE LOOKED AT THE

16:27    7    EQUATIONS QUICKLY IN THE VERY BEGINNING OF MY TESTIMONY IS THAT

16:27    8    IT'S THE DIFFERENCE IN FLUXES, IN FACT, NOT VELOCITIES, THAT

16:27    9    MOVES WATER UP OR DOWN.

16:27   10           SO, ESSENTIALLY, THE FLUXES ARE TRULY THE DELIVERY

16:27   11    MECHANISM OF WHAT VOLUME IS MOVED, AND THAT THEN CAUSES THE

16:27   12    RISE OR DROP.  THE VELOCITIES ARE CERTAINLY PART OF THAT FLUX,

16:27   13    BUT CERTAINLY IN THE STANDARD HYDRAULIC PRACTICE, MANY PEOPLE

16:27   14    LOOK AT FLUXES.

16:27   15           SO REALLY WHAT WE HAVE DONE IS LOOK AT WHERE THAT

16:27   16    WATER CAME FROM AND HOW IT GOT TO THE REGION.  THE VELOCITIES

16:27   17    ARE CERTAINLY AN INDICATOR OF THE DIRECTIONS AND, TO A CERTAIN

16:27   18    EXTENT, WHAT THE FLUX WILL BE.  BUT ONCE YOU SIMPLY MULTIPLIED

16:27   19    THEM BY THE TOTAL WATER COLUMN DEPTH, WHICH CAN BE DERIVED

16:27   20    SIMPLY BY LOOKING AT THE WATER SURFACE ELEVATIONS AND THE

16:28   21    BATHYMETRY, WE CAN SEE WHERE THAT WATER IS COMING FROM.

16:28   22    **Q.**   SO WE SEE SOME PRETTY HOT COLORS HERE EVEN AT MIDNIGHT,

16:28   23    ALTHOUGH THEY ARE OUTSIDE THE CONTINENTAL SHELF AREA?

16:28   24    **A.**   THAT'S RIGHT.  WHAT WE SEE HERE IS THE -- WELL, THE ARROWS

16:28   25    REPRESENT THE DIRECTION OF THE FLUX AS WELL AS HOW MANY SQUARE

16:28    1   FOOT PER SECOND.

16:28    2          FOR EXAMPLE, WE SEE 200 SQUARE FOOT PER SECOND HERE,

16:28    3   AND NOW WE MULTIPLY THAT BY 1 FOOT OF WIDTH, AND ALL OF A

16:28    4   SUDDEN WE ARE DELIVERING 200 CUBIC FEET PER SECOND.  WE

16:28    5   MULTIPLY IT BY A MILE, AND THEN WE ARE DELIVERING A MILLION

16:28    6   CUBIC FEET PER SECOND, WHICH IS ROUGHLY THE MISSISSIPPI RIVER

16:28    7   AT FLOOD STAGE.

16:28    8          SO WHAT THAT MEANS IS WE ARE -- ROUGHLY, AT 200

16:29    9   SQUARE FOOT PER SECOND ACROSS ONE OF THESE MARKS OVER HERE,

16:29   10   WHICH IS ROUGHLY 15 MILES, WE ARE DELIVERING 15 MISSISSIPPI

16:29   11   RIVERS, AT LEAST, AT FLOOD STAGE.  SO WHAT WE ARE SEEING HERE

16:29   12   IS A VERY GOOD INDICATION OF WHERE THERE'S MASSIVE FLOW AND

16:29   13   WHERE THE ACTUAL WATER VOLUME DELIVERY RATE IS REDUCING.

16:29   14          WHAT WE SEE IS THAT, FOR EXAMPLE, EVEN THOUGH THE

16:29   15   VELOCITIES WERE QUITE HIGH OVER HERE AND OVER THE MARSHES, THAT

16:29   16   THE MARSHES ACTUALLY SLOW THE FLUX OR THE VOLUME DELIVERY RATE

16:29   17   DOWN, AND WE SEE A GENERAL INWARD MOTION OF FLUX ALL FROM THE

16:29   18   EAST, ALONGSIDE WITH THE VELOCITIES, BUT WE CAN SEE THAT THE

16:29   19   PREFERENTIAL PATH IS HERE THROUGH THE MISSISSIPPI SOUND AS WELL

16:29   20   AS LAKE BORGNE.

16:29   21   Q.   WE SEE THAT AS EARLY AS MIDNIGHT.  LET'S GO TO 1:00 A.M.

16:29   22   AND SEE IF THAT PATTERN CONTINUES.

16:29   23   A.   YOU SEE MUCH OF THE SAME THING.  YOU SEE A LITTLE BIT OF

16:29   24   FLUX MOVING ITS WAY TO THE EAST OF THE CHANDELEUR ISLANDS.

16:30   25   AGAIN, WE SEE A GOOD PATHWAY THROUGH THE MISSISSIPPI SOUND AND

FINAL DAILY COPY

16:30   1   INTO LAKE BORGNE.

16:30   2          AGAIN, THE WATER IS TRYING TO FIND ITS HYDRAULICALLY

16:30   3   EASIEST PATH FOR THE WATER TO TRAVEL.  WE SEE THAT, IN FACT,

16:30   4   THE BILOXI MARSH AND THE CAERNARVON MARSH ARE SLOWING THAT FLUX

16:30   5   DOWN, BUT THE PATHWAY THROUGH MISSISSIPPI SOUND AND LAKE BORGNE

16:30   6   IS VERY RAPID AND VERY MUCH AVAILABLE.

16:30   7   Q.   2:00, WHAT DO WE SEE?

16:30   8   A.   AGAIN, GENERALLY, WATER IS BEING DRIVEN FROM THE EAST.

16:30   9   AGAIN WE HAVE THAT NORTH LAKE BORGNE/MISSISSIPPI SOUND

16:30   10  PASSAGEWAY.

16:30   11  Q.   3:00?

16:30   12  A.   WE SEE MUCH OF THE SAME THING.  AGAIN, WE HAVEN'T CHANGED

16:30   13  THE DIRECTIONALITY OF THE WIND THAT MUCH.  AGAIN, A GENERALLY

16:30   14  EASTERLY MOVEMENT OF WATER.  HOWEVER, WE ARE STARTING TO SEE

16:31   15  THAT, DUE TO THE INUNDATION OF THE MARSHES, WATER IS ABLE TO

16:31   16  MORE EASILY AND MORE READILY MOVE THROUGH THEM.

16:31   17  Q.   WE SEE THAT AGAIN AT 4:00 AND AT 5:00?

16:31   18  A.   WE DO.

16:31   19  Q.   THE GREEN HAS DISAPPEARED IN THAT AREA OF THE MARSH AND

16:31   20  NOW MORE WATER IS BEING DELIVERED ACROSS IT; IS THAT CORRECT?

16:31   21  A.   IT HAS.  AGAIN, WE CAN SEE THAT THE NORTHERN PASSAGEWAY,

16:31   22  THE MISSISSIPPI SOUND/LAKE BORGNE PASSAGEWAY CONTINUES TO

16:31   23  DELIVER WATER VERY EFFECTIVELY.

16:31   24          OBVIOUSLY, WE HAVE HAD SOME VERY EFFECTIVE PATHWAYS

16:31   25  OF WATER INTO THE REGION FROM THE EAST; BUT ABOVE AND BEYOND

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:31 | 1 | ALL, WE SAW THIS NORTHERN PASSAGEWAY.  NOW WE CAN SEE SOME FLOW |
| 16:31 | 2 | DEVELOPING AND STARTING TO MOVE VERY EFFECTIVELY AND VERY |
| 16:31 | 3 | RAPIDLY, AS WELL, STRAIGHT UP TO THE NORTH, TO THE EAST OF THE |
| 16:31 | 4 | CHANDELEUR ISLANDS. |
| 16:31 | 5 | **Q.**   WE SEE THAT EVEN MORE DRAMATICALLY AT 6:00.  WATER AGAIN |
| 16:31 | 6 | IS MOVING NORTH, OUTSIDE THE CHANDELEUR ISLANDS, TOWARD THE |
| 16:32 | 7 | MISSISSIPPI SOUND; CORRECT? |
| 16:32 | 8 | **A.**   THAT'S RIGHT.  OVER HERE THE FLOW IS MOVING FROM THE EAST. |
| 16:32 | 9 | OVER HERE IT'S STILL FLOWING FROM THE EAST AND NORTHEAST.  BUT |
| 16:32 | 10 | NOW WE SEE THIS TREMENDOUS JET OF WATER OVER HERE, PILING UP |
| 16:32 | 11 | WATER VERY, VERY RAPIDLY, VERY EFFICIENTLY TOWARDS MISSISSIPPI, |
| 16:32 | 12 | AND THAT WATER CONTINUES TO WORK ITS WAY INTO THE LAKE BORGNE |
| 16:32 | 13 | AND MISSISSIPPI SOUND AREAS. |
| 16:32 | 14 | **THE COURT:**  I DON'T WANT THE PLAINTIFFS TO GET TOO |
| 16:32 | 15 | UPSET THAT I'M ASKING QUESTIONS, BUT SUBJECT TO THE PROFFER, |
| 16:32 | 16 | BECAUSE I DO NEED TO UNDERSTAND IT, I'M GOING TO. |
| 16:32 | 17 | THIS FLUX WE ARE LOOKING AT IS VOLUMETRIC IN |
| 16:32 | 18 | NATURE AS WELL AS SHOWING SPEED OF THE WATER; IS THAT CORRECT? |
| 16:32 | 19 | **THE WITNESS:**  WELL, ACTUALLY, THE ARROWS ALSO SHOW |
| 16:32 | 20 | THE FLUX RATES.  SO THE LONGER THE ARROWS, THE MORE FLUX. |
| 16:33 | 21 | **THE COURT:**  THAT'S WHAT I NEEDED TO UNDERSTAND.  SO |
| 16:33 | 22 | THAT MEANS THE LONGER THE ARROW, THE MORE VOLUME OF WATER? |
| 16:33 | 23 | **THE WITNESS:**  IS MOVED; CORRECT.  MORE CUBIC FEET OF |
| 16:33 | 24 | WATER PER SECOND. |
| 16:33 | 25 | **THE COURT:**  I UNDERSTAND.  OKAY.  THANK YOU. |

FINAL DAILY COPY

1   BY MR. SMITH:

16:33   2   Q.   SO AT 7:00, AFTER LANDFALL, AS THE HURRICANE IS MOVING --
16:33   3   CONTINUING TO MOVE NORTH, DO WE CONTINUE TO SEE DELIVERY OF
16:33   4   SURGE NOT ONLY INTO THE MISSISSIPPI SOUND AREA BUT ALSO THROUGH
16:33   5   LAKE BORGNE?

16:33   6   A.   WE DO.  HERE WE ARE SEEING STILL THIS EASTERLY FLUX.  HERE
16:33   7   IT'S TURNED SOUTHEASTERLY DUE TO THE DIRECTION OF THE WIND, BUT
16:33   8   HERE WE SEE THIS STRAIGHT-UP SOUTHERLY FLUX AND TREMENDOUS
16:33   9   VOLUMES OF WATER BEING DELIVERED INTO THE SYSTEM.  AGAIN, OVER
16:33   10  HERE, WE ARE SEEING THE FLUXES STILL DRIVING WATER ALONG THE
16:33   11  MISSISSIPPI SOUND/LAKE BORGNE AXIS.

16:33   12          CERTAINLY, IT BECOMES VERY APPARENT THAT THIS IS A
16:33   13  VERY HYDRAULICALLY EFFICIENT PATH, AND THE WATER CAN VERY, VERY
16:34   14  READILY BE DRIVEN UP INTO THAT PATH.

16:34   15          THE COURT:  WHERE IS LAKE BORGNE ON THIS PLOT
16:34   16  EXHIBIT?

16:34   17          THE WITNESS:  LAKE BORGNE IS RIGHT OVER IN HERE, AND
16:34   18  THEN THE MISSISSIPPI SOUND IS RIGHT IN HERE.

16:34   19          THE COURT:  THANK YOU.

20  BY MR. SMITH:

16:34   21  Q.   AT 8:00 WE SEE ALMOST EVERY VESTIGE OF THE WETLANDS HAS
16:34   22  DISAPPEARED HERE THROUGH THE INUNDATION OF THE WATER COLUMN?

16:34   23  A.   AGAIN, THE MORE WATER THERE IS, CERTAINLY THE LESS
16:34   24  EFFICIENT FRICTION BECOMES IN RESISTING IT.  AGAIN, WE SEE A
16:34   25  VERY WELL-DEFINED PATHWAY ALONG THE MISSISSIPPI

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:34 | 1 | SOUND/LAKE BORGNE AXIS.  THE WATER HAS CONTINUED TO DRIVE UP |
| 16:34 | 2 | NOW STRAIGHT FROM THE SOUTH, HERE AS WELL, BUT THE LARGEST |
| 16:34 | 3 | VOLUMES ARE BEING DRIVEN TO THE EAST OF THE BARRIER ISLANDS. |
| 16:34 | 4 | **Q.**   9:00? |
| 16:34 | 5 | **A.**   PRETTY MUCH THE SAME STORY.  STUFF IS STARTING TO SLOW |
| 16:34 | 6 | DOWN A LITTLE BIT.  WE NOTICE THAT THERE'S A GYRE STARTING TO |
| 16:34 | 7 | DEVELOP IN THE GOLDEN TRIANGLE AREA.  AND, IN FACT, THIS IS |
| 16:35 | 8 | ASSOCIATED WITH A LOT OF COMPLEXITIES, BUT WITH THE WATER BEING |
| 16:35 | 9 | DRIVEN AWAY FROM THERE. |
| 16:35 | 10 | **THE COURT:**  MR. SMITH, I'M GOING TO ASK YOU A |
| 16:35 | 11 | QUESTION.  WHAT IS THE CONTENTION OF DEFENDANTS AS TO |
| 16:35 | 12 | APPROXIMATELY WHEN THE SECOND SURGE OCCURRED? |
| 16:35 | 13 | **MR. SMITH:**  I'LL HAVE TO LOOK AT THE HYDROGRAPHS TO |
| 16:35 | 14 | TELL YOU, BUT WE ARE GOING TO GET TO THOSE.  LET ME -- |
| 16:35 | 15 | **THE COURT:**  THAT'S OKAY. |
| 16:35 | 16 | **MR. SMITH:**  WELL, NO.  I MEAN, YOUR HONOR -- |
| | 17 | **BY MR. SMITH:** |
| 16:35 | 18 | **Q.**   DR. WESTERINK, DO YOU RECALL WHEN THE -- I CAN FIND IT |
| 16:35 | 19 | HERE. |
| 16:35 | 20 | **A.**   I THINK THE SECOND SURGE CAME IN AROUND 11:00 OR 12:00. |
| 16:35 | 21 | **THE COURT:**  ALL RIGHT.  THAT GIVES ME A GENERAL TIME |
| 16:35 | 22 | FRAME. |
| | 23 | **BY MR. SMITH:** |
| 16:35 | 24 | **Q.**   AT 11:00 OR 12:00, WOULD THAT BE ALONG THE REACH 2 LEVEES, |
| 16:35 | 25 | OR WHERE ARE YOU TALKING ABOUT? |

FINAL DAILY COPY

16:35   1   **A.**   ALONG THE REACH 2 LEVEES.  SO THE WATER WAS BEING BLOWN

16:35   2   AWAY ROUGHLY AT 9:00 VERY EFFICIENTLY FROM THE GOLDEN TRIANGLE

16:35   3   AREA, AND THEN BY THE TIME 11:00 OR 12:00 -- SO THAT WAS THE

16:36   4   DEPRESSION OR THE DOWN SIDE OF THE HUMP; AND THEN WHEN THE

16:36   5   WATER RELAXED BACK IN, IT WAS AROUND 11:00 AND 12:00.

16:36   6           **MR. SMITH:**  WE'LL LOOK AT THAT AREA MORE CLOSELY IN

16:36   7   JUST A MINUTE.

16:36   8           **THE COURT:**  OKAY.  THANK YOU, COUNSEL.

16:36   9   BY MR. SMITH:

16:36   10  **Q**   AT 10:00 DID WE SEE CONTINUED BUILDUP OF SURGE AND

16:36   11  DELIVERY OF SURGE INTO THE MISSISSIPPI SOUND AREA?

16:36   12  **A.**   WELL, WE SEE SOME WATER STARTING TO RECEDE AND FLOW BACK

16:36   13  INTO THE OCEAN, AND STILL SOME WATER FLOWING IN FROM THE EAST

16:36   14  OVER HERE, AND STILL SOME WATER FLOWING IN FROM THE SOUTH HERE.

16:36   15          WATER SEEMS TO BE KIND OF GYRATING OR JUST FORMING A

16:36   16  GYRE IN THE GOLDEN TRIANGLE AREA, CERTAINLY A LOT OF WATER,

16:36   17  BECAUSE OF THE TREMENDOUS SURFACE GRADIENT OR DIFFERENTIAL IN

16:36   18  THE SURFACE WATER ELEVATION BEING DRIVEN INTO

16:36   19  LAKE PONTCHARTRAIN.

16:36   20  **Q.**   BY 11:00 THE RETREAT OUT TO THE EAST OF THE CHANDELEUR

16:36   21  ISLANDS IS IN FULL THROTTLE, BUT DO WE CONTINUE TO SEE SURGE

16:37   22  MOVING TO THE WEST ACROSS LAKE BORGNE AT THE SAME TIME?

16:37   23  **A.**   WE DO.  IN FACT, THINGS ARE CHANGING.  THE WINDS ARE

16:37   24  STARTING TO ATTENUATE.  THEY'RE STILL THERE, BUT THEY'RE A MUCH

16:37   25  LESS IMPORTANT PART OF THE CONSERVATION OF MOMENTUM BALANCE OR

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:37 | 1 | THE F=MA.  NOW, REALLY, WATER WANTS TO FIND THE EASIEST WAY TO |
| 16:37 | 2 | A LOW SPOT.  YOU CAN SEE THAT THAT'S HAPPENING BETWEEN THE |
| 16:37 | 3 | MISSISSIPPI SOUND AND THE CHANDELEUR ISLANDS, AND IT'S JUST |
| 16:37 | 4 | VERY RAPIDLY FINDING ITS WAY OUT. |
| 16:37 | 5 | HOWEVER, THERE WAS A LOW SPOT OVER HERE IN THE GOLDEN |
| 16:37 | 6 | TRIANGLE AREA, AND IT CAN FIND ITS WAY EASILY INTO THAT AREA |
| 16:37 | 7 | AND FILL IT UP.  SO IT'S EASIER FOR SOME OF THIS WATER TO FIND |
| 16:37 | 8 | THE LOW SPOTS THERE THAN IT IS TO FLOW BACK INTO THE OCEAN. |
| 16:37 | 9 | **Q.**   AT NOON WHAT DO WE SEE? |
| 16:37 | 10 | **A.**   PRETTY MUCH THE SAME THING.  AGAIN, CONTINUED MOVEMENT OF |
| 16:37 | 11 | WATER BACK INTO THE GOLDEN TRIANGLE AREA AND MOVEMENT OF WATER, |
| 16:38 | 12 | MASSIVE MOVEMENT OF WATER BACK OUT IN THE OCEAN, AND IT'S |
| 16:38 | 13 | TRYING TO AGAIN FIND THE EASIEST PATH OUT. |
| 16:38 | 14 | **Q.**   AT 1:00 IS THE RECESSION NOW BEGINNING TO TAKE EFFECT IN |
| 16:38 | 15 | ALL THESE AREAS? |
| 16:38 | 16 | **A.**   THE SAME THING, BASICALLY, A MASSIVE DRAINAGE OF WATER |
| 16:38 | 17 | VOLUME OUT OF THE REGION.  AGAIN, WATER IS STILL MOVING FROM |
| 16:38 | 18 | MISSISSIPPI INTO LOUISIANA THROUGH THE CHEF AND RIGOLETS, AND A |
| 16:38 | 19 | GENERAL DRAINAGE OF THE WETLANDS AND AREAS TO THE WEST OF THE |
| 16:38 | 20 | CHANDELEUR ISLANDS TOWARDS THE OCEAN.  BUT, VOLUMETRICALLY, WE |
| 16:38 | 21 | SEE THAT MOST OF THE WATER IS MOVING OUT THROUGH THE PATHWAY |
| 16:38 | 22 | THAT WE HAVE BEEN DISCUSSING. |
| 16:38 | 23 | **Q.**   COULD WE QUICKLY GO THROUGH THE LAST FEW SERIES HERE. |
| 16:38 | 24 | **THE COURT:**  I'M GOING TO ASK A QUESTION YOU MAY WANT |
| 16:38 | 25 | TO FOLLOW UP ON JUST TO GET THIS IN THE RECORD AND THE PROFFER. |

| | | |
|---|---|---|
| 16:38 | 1 | DR. WESTERINK, IF THIS IS SO SIGNIFICANT IN |
| 16:39 | 2 | DETERMINING HOW WATER FLOWED AND WHEN IT FLOWED AND HOW MUCH IT |
| 16:39 | 3 | FLOWED, WHY WASN'T IT TALKED ABOUT, FLUX, IN YOUR REPORT? |
| 16:39 | 4 | **THE WITNESS:**  WELL, WE HADN'T REALLY FOCUSED ON THE |
| 16:39 | 5 | DOUBLE HUMP.  SO IN TRYING TO UNDERSTAND WHY THE DOUBLE HUMP |
| 16:39 | 6 | WOULD EXIST AND WHY IT WOULD BE REALISTIC, WE TRIED TO GET A |
| 16:39 | 7 | GOOD PICTURE OF WHAT REALLY WAS DELIVERING FLOW INTO THE STUDY |
| 16:39 | 8 | REGION. |
| 16:39 | 9 | **THE COURT:**  THANK YOU. |
| | 10 | **BY MR. SMITH:** |
| 16:39 | 11 | **Q.**   IS THERE ANYTHING ELSE -- WELL, WE'LL JUST QUICKLY FINISH |
| 16:39 | 12 | OUT THIS SERIES, DR. WESTERINK.  IS THERE ANYTHING ELSE YOU |
| 16:39 | 13 | WANT TO CALL OUR ATTENTION TO AS WE MOVE FROM 2:00 IN THE |
| 16:39 | 14 | AFTERNOON ON TO 6:00? |
| 16:39 | 15 | **A.**   ESSENTIALLY, WATER IS JUST FINDING THE SHORTEST PATH TO |
| 16:39 | 16 | THE OCEAN.  STILL SOME, CERTAINLY, RESISTANCE IS STARTING TO |
| 16:39 | 17 | PLAY INTO IT MORE AND MORE AS THE WATER LEVELS DROP, AND IT |
| 16:39 | 18 | CONTINUES TO FIND THE EASIEST PATHS OUT TO LOW WATER.  WE CAN |
| 16:40 | 19 | GO THROUGH 15 AND 16 AND THROUGH 1800 HOURS. |
| 16:40 | 20 | **THE COURT:**  I'M GOING TO ASK A QUESTION, SIR.  WHEN |
| 16:40 | 21 | WERE THESE EXHIBITS?  WHEN WAS THIS STUDY DONE? |
| 16:40 | 22 | **THE WITNESS:**  WELL, AGAIN, THE BASIS OF THESE FIGURES |
| 16:40 | 23 | IS THE SL15 H1 RUN. |
| 16:40 | 24 | **THE COURT:**  WHEN DID YOU PUT THE FLUX CHARTS |
| 16:40 | 25 | TOGETHER? |

| | | |
|---|---|---|
| 16:40 | 1 | **THE WITNESS:**  WE PROBABLY PUT THEM TOGETHER AROUND, |
| 16:40 | 2 | PERHAPS, FIVE, SIX DAYS AGO. |
| 16:40 | 3 | **THE COURT:**  THANK YOU. |
| 16:40 | 4 | **MR. SMITH:**  THAT CONCLUDES OUR PROFFER AT THIS TIME. |
| 16:40 | 5 | WE WOULD LIKE TO COME BACK TO THE FLUXES, BUT IF WE COULD DO IT |
| 16:40 | 6 | A LITTLE BIT LATER AND LOOK AT IT MORE CLOSELY.  WE'LL MAKE IT |
| 16:40 | 7 | A PROFFER AGAIN IF YOUR HONOR WILL ALLOW US. |
| 16:40 | 8 | **THE COURT:**  YES. |
| 16:40 | 9 | **MR. SMITH:**  I UNDERSTAND WE'RE PRECLUDED FROM -- |
| 16:40 | 10 | **THE COURT:**  IT'S DEFINITELY IN THE PROFFER, BUT YOU |
| 16:40 | 11 | CAN COME IN AND OUT OF THE PROFFER. |
| 16:40 | 12 | **MR. SMITH:**  THANK YOU.  WE'LL END THIS ONE NOW. |
| 16:41 | 13 | **THE COURT:**  JUST LET US KNOW. |
| 16:41 | 14 | **MR. SMITH:**  WE ARE OUT OF THE PROFFER NOW. |
| 16:41 | 15 | **(END OF PROFFER)** |
| 16:41 | 16 | * * * |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

| | 1 | BY MR. SMITH: |

16:41    2   **Q.**    DR. WESTERINK, WE SAW THE REGIONAL SCALE OF WINDS.  I

16:41    3   WONDER IF WE COULD FOCUS IN MORE CLOSELY ON THE WINDS IN THE

16:41    4   LAKE BORGNE AREA AND THE CHALMETTE LEVEE AREA THAT WE ARE

16:41    5   PARTICULARLY INTERESTED IN IN THIS CASE.  IF YOU COULD QUICKLY

16:41    6   WALK US THROUGH THE EVOLUTION OF THE WINDS IN THE AREA OF

16:41    7   INTEREST HERE.

16:41    8   **A.**    CERTAINLY.  A COUPLE OF THINGS TO NOTE.  AGAIN, THESE ARE

16:41    9   THE WIND SPEED IN KNOTS.  THE DIRECTION IS INDICATED BY THE

16:41   10   ARROWS.  AGAIN, THE LENGTH OF THE ARROWS IS ALSO AN INDICATOR

16:41   11   OF HOW FAST THE WINDS ARE.

16:41   12          WHAT WE CAN SEE IS -- WELL, THE COLOR CONTOURS ARE

16:41   13   THE EASIEST WAY.  WE CAN SEE THE 50-KNOT WINDS OVER HERE, AND

16:41   14   WHAT WE SEE ARE THESE EASTERLY WINDS.  IT'S REALLY A ZOOM-IN OF

16:41   15   WHAT WE WERE LOOKING AT BEFORE.  WE SEE NORTHEASTERLY AND

16:41   16   NORTHEASTERLY WINDS.

16:42   17          **MR. SMITH:**  HOLD ON JUST A SECOND.

16:42   18          **MR. O'DONNELL:**  YOUR HONOR, I MUST REGISTER ANOTHER

16:42   19   OBJECTION.

16:42   20          **THE COURT:**  I'M SORRY.  I WAS MAKING A NOTE.  I

16:42   21   APOLOGIZE.

16:42   22          **MR. O'DONNELL:**  I'M SORRY.  NO.  I BELIEVE THAT ALL

16:42   23   OF WHAT WE ARE ABOUT TO SEE ON WINDS IS NOT IN THE REPORT AND

16:42   24   IT'S DIFFERENT.  WE CAN ARGUE HOW MATERIAL THE DIFFERENCE IS,

16:42   25   BUT IT'S DIFFERENT.  I WANTED TO NOTE THAT OBJECTION AND SEE IF

```
16:42    1   I'M RIGHT.
16:42    2          THE COURT:  COUNSEL, FOR ME TO MAKE AGAIN A
16:42    3   CONSIDERED RULING, YOU MIGHT JUST ESTABLISH HOW THIS IS
16:42    4   DIFFERENT FROM WHAT'S IN THE REPORT, IF AT ALL.
         5   BY MR. SMITH:
16:42    6   Q.   DR. WESTERINK, IS THIS DIFFERENT FROM WHAT'S IN YOUR
16:42    7   REPORT?
16:42    8   A.   AGAIN, THESE WINDS ARE IDENTICAL.  WE JUST REPLOTTED THEM.
16:42    9   Q.   SO THE DATA THAT'S REFLECTED ON THESE PLOTS IS THE SAME AS
16:42   10   THE DATA ON THE PLOTS IN YOUR REPORT?
16:42   11   A.   THESE ARE THE OPTIMAL WIND FIELDS FROM THE IPET REPORT.
16:42   12   Q.   THEY JUST MAY HAVE DIFFERENT COLORS BECAUSE YOU USED A
16:43   13   DIFFERENT COLOR-CODING SYSTEM; IS THAT CORRECT?
16:43   14   A.   SLIGHTLY DIFFERENT COLOR CODING.  PERHAPS WE COULD AGAIN
16:43   15   LOOK AT ONE OF THE PLOTS.
16:43   16          THE COURT:  SURE.  THAT ALWAYS HELPS.
16:43   17          THE WITNESS:  SO IF WE GO TO 2:00 IN THE MORNING CDT.
16:43   18          THE COURT:  AND THAT'S FIGURE?
16:43   19          THE WITNESS:  IT SHOULD BE FIGURE 104.
16:43   20          I WOULD SAY THAT THIS PLOT IS -- IF YOU WERE TO
16:43   21   PICK UP THE CONTOUR LINES AND LOOK AT THE CONTOUR LINES, YOU
16:43   22   CAN SEE ALL THOSE CONTOUR LINES EXACTLY THE SAME PLACES IN THE
16:43   23   REPORT.  WE HAVE ONE OVER THERE.  WE HAVE ONE OVER HERE.  WE
16:43   24   HAVE A CONTOUR LINE COMING OUT OVER HERE.  OVER HERE.  AGAIN,
16:43   25   THESE ARE IDENTICAL.  OVER HERE.
```

FINAL DAILY COPY

3776

16:43    1              **THE COURT:**  SO WHAT WAS THE PURPOSE IN CHANGING

16:43    2    FIGURE 104 TO THIS FIGURE?

16:43    3              **THE WITNESS:**  SO THAT WE WOULD HAVE A CONSISTENT SET

16:43    4    OF COLOR BARS.  WE JUST REPLOTTED EVERYTHING.  IN FACT, WE HAD

16:43    5    REPLOTTED EVERYTHING SO THAT WE WOULD HAVE A CONSISTENT SET

16:44    6    THAT WAS ENTIRELY FROM H1.

16:44    7              THE FIGURES THAT YOU SEE IN THE REPORT ARE FROM

16:44    8    THE SL15 B3.  IT'S THE SAME WINDS INTERPOLATED ONTO THAT PLOT.

16:44    9    HOWEVER, THE PLAINTIFFS INDICATED AT THE TIME OF THE DEPOSITION

16:44   10    THAT THE GRID THAT MADE THESE PLOTS DIDN'T MATCH UP EXACTLY, SO

16:44   11    WE JUST WENT AHEAD AND REPLOTTED THEM TO SHOW THEY ARE

16:44   12    IDENTICAL WINDS.

16:44   13              **THE COURT:**  SUBJECT TO THE OBJECTION, I'M GOING TO

16:44   14    ALLOW THE TESTIMONY.

16:44   15              **MR. SMITH:**  THANK YOU.

        16    **BY MR. SMITH:**

16:44   17    **Q.**   DR. WESTERINK, DO THE WINDS INCREASE IN THIS AREA AS WE

16:44   18    MOVE THROUGH THE EARLY MORNING HOURS?

16:44   19    **A.**   THEY DO.  I THINK THE MAIN THING TO SEE IS THAT THERE'S

16:44   20    THESE EASTERLY AND THESE NORTHEASTERLY WINDS BLOWING OVER THE

16:44   21    REGION.

16:44   22              WE GO TO 3:00, 4:00.  THEY INTENSIFY.  THE

16:45   23    DIRECTIONALITY DOESN'T CHANGE THAT MUCH.  SLOWLY, THE

16:45   24    DIRECTIONALITY STARTS TO CHANGE OVER LAKE PONTCHARTRAIN, BUT

16:45   25    THEY ARE BASICALLY EASTERLY WINDS.  THEY VERY EFFECTIVELY AND

16:45  1   EFFICIENTLY POINT TOWARDS THE CHALMETTE LEVEE, AND THEY'RE

16:45  2   BLOWING WATER AWAY OR THEY'RE BLOWING AWAY FROM THE CHALMETTE

16:45  3   EXTENSION LEVEE.

16:45  4   Q.   WHEN YOU REFER TO THE CHALMETTE EXTENSION LEVEE, YOU'RE

16:45  5   TALKING ABOUT THE LEVEE THAT RETURNS FROM THE MRGO TO THE

16:45  6   MISSISSIPPI RIVER, RUNNING BASICALLY EAST/WEST; IS THAT

16:45  7   CORRECT?

16:45  8   A.   THAT'S RIGHT.  IT'S THIS LEVEE OVER HERE REFERRED TO AS

16:45  9   THE CHALMETTE EXTENSION LEVEE, AND I'M REFERRING TO THIS AS THE

16:45  10  CHALMETTE LEVEE.

16:45  11  Q.   THANK YOU.

16:45  12  A.   WE GO THROUGH TO 6:00, THROUGH ITS LANDFALL TIME.  YOU CAN

16:45  13  SEE THE INTENSIFICATION.  NOW THE WINDS ARE STARTING TO

16:45  14  CERTAINLY TURN BUT PREDOMINANTLY STILL EASTERLY.

16:45  15       WE GO TO 7:00, 8:00.  NOW THE WINDS ARE STARTING TO

16:46  16  VERY DRAMATICALLY TURN AWAY FROM THE MISSISSIPPI RIVER

16:46  17  PLAQUEMINES PARISH LEVEES.  THEY HAVE GONE FROM THE NORTH TO

16:46  18  THE SOUTH OF THE LAKE INSTEAD OF BLOWING FROM EAST TO WEST.

16:46  19  AND, AGAIN, THE DIRECTIONALITY OVER HERE OF ALL THE ENERGY

16:46  20  BEING FOCUSED, ALL THE WIND BEING FOCUSED ON THE CHALMETTE

16:46  21  LEVEE, THAT'S STILL THERE.

16:46  22  Q.   9:00, THE STORM IS MOVING PAST THE AREA?

16:46  23  A.   YEAH.  I THINK THIS IS A PRETTY IMPORTANT TIME TO LOOK AT

16:46  24  THINGS, AS WELL, BECAUSE AGAIN WE HAVE VERY FOCUSED, INTENSE

16:46  25  WINDS FROM THE NORTH SHORE OF LAKE PONTCHARTRAIN TO THE SOUTH

FINAL DAILY COPY

| | |
|---|---|
| 16:46 | 1 |
| 16:46 | 2 |
| 16:46 | 3 |
| 16:46 | 4 |
| 16:46 | 5 |
| 16:46 | 6 |
| 16:47 | 7 |
| 16:47 | 8 |
| 16:47 | 9 |
| 16:47 | 10 |
| 16:47 | 11 |
| 16:47 | 12 |
| 16:47 | 13 |
| 16:47 | 14 |
| 16:47 | 15 |
| 16:47 | 16 |
| 16:47 | 17 |
| 16:47 | 18 |
| 16:47 | 19 |
| 16:47 | 20 |
| 16:48 | 21 |
| 16:48 | 22 |
| 16:48 | 23 |
| 16:48 | 24 |
| 16:48 | 25 |

SHORE, AND HERE WE ARE STARTING TO BLOW WIND AWAY FROM THE GOLDEN TRIANGLE AREA.  THAT'S REFLECTED IN THE DEPRESSION THAT WE HAVE SEEN THERE.

ON THE OTHER HAND, ON THE NORTH SIDE WE ARE STILL BLOWING WATER FROM EAST TO WEST.  OVER HERE, OF COURSE, WE SEE THE SOUTHERLY WINDS BLOWING WATER TO THE NORTH.

Q.   BY 10:00 THE STORM HAS MOVED TO SHORE AGAIN?

A.   NOW WE SEE THE REGIONALLY SHIFTING WINDS KIND OF IN THE WESTERN PART OF THIS PICTURE, AND WE SEE THAT WATER IS BEING BLOWN FROM WEST TO EAST.  HERE IT'S BEING BLOWN FROM WEST TO EAST HERE TO THE SOUTH.  BUT IN THE GOLDEN TRIANGLE AREA, IT'S BEING BLOWN FROM WEST TO EAST.

Q.   AGAIN, THE WINDS ARE TURNING AWAY FROM THE ENTIRE HURRICANE PROTECTION SYSTEM ALONG CHALMETTE?

A.   IT IS.  AGAIN, WE ARE BLOWING WATER NOW FROM THE WEST SIDE OF THE LAKE TO THE EAST SIDE OF THE LAKE.  WE ARE BLOWING WATER AWAY FROM THE ST. BERNARD AND NEW ORLEANS EAST PROTECTION SYSTEMS, AND WE ARE BLOWING WATER FROM THE SOUTH IN THE AREA IN THE EASTERN PORTION OF THIS PICTURE.

Q.   IN FACT, I THINK AS WE ARE GOING TO SEE IN THE NEXT SERIES, EVEN THOUGH THE WINDS AT 11:00 A.M. ARE BLOWING TO THE NORTHEAST, IN FACT, WE CONTINUE TO SEE SURGE MOVING OPPOSITE THE WINDS BECAUSE OF THE HIGH GRADIENT THAT EXISTS BETWEEN THE MISSISSIPPI SOUND AREA AND THE RIGOLETS AND LAKE PONTCHARTRAIN; IS THAT CORRECT?

FINAL DAILY COPY

16:48   1   **A.**   THAT'S RIGHT.  ACTUALLY, WHAT WE ARE SEEING NOW, IF WE

16:48   2   LOOK FROM 11:00 ON THE PREVIOUS SLIDE TO 12:00 AND TO 1300

16:48   3   HOURS, WE CAN SEE A DECREASE, DRAMATIC DECREASE OR DROP IN THE

16:48   4   STRENGTH OF THE WIND.  WIND IS STILL BLOWING AWAY, BUT THE WIND

16:48   5   IS NOT NEARLY AS STRONG.

16:48   6   **Q.**   I WONDER IF WE COULD JUST SKIP FORWARD, THEN, AND LOOK AT

16:48   7   THE SURGE IN THIS AREA.  I WONDER IF WE COULD JUST LOOK AT

16:48   8   PERHAPS A NUMBER OF FEWER SLIDES FOR THE SURGE.  I WONDER IF WE

16:48   9   COULD GO TO SLIDE 136.

16:49   10          **MR. O'DONNELL:**  YOUR HONOR, I MUST REGISTER MY

16:49   11   OBJECTION.  I AM TRYING NOT TO IRRITATE THE COURT, BUT I HAVE

16:49   12   TO PROTECT MY CLIENTS.  THESE ARE NOT IN THE REPORT.  I THINK

16:49   13   WE ARE GETTING A LITTLE CLOSER TO THE HEART OF THE MATTER WHEN

16:49   14   WE DEAL WITH SURGE.  I THINK THE WITNESS HAS ALREADY SAID THAT,

16:49   15   ACCORDING TO HIM AT LEAST, WE ARE DEALING WITH UP TO A FOOT.

16:49   16   SO I MUST OBJECT TO INTRODUCING NEW SURGE DATA, YOUR HONOR.

16:49   17          **MR. SMITH:**  YOUR HONOR, THERE'S NO NEW DATA HERE.

16:49   18   MR. O'DONNELL CONTINUES TO CALL THIS DATA.  THERE'S NO NEW

16:49   19   DATA.  ALL THIS IS SIMPLY A PHYSICAL REPRESENTATION OF THE DATA

16:49   20   THAT WAS USED TO PRODUCE HIS REPORT, THE SAME DATA THAT THE

16:49   21   PLAINTIFFS WERE GIVEN MONTHS AGO.

16:49   22          **THE COURT:**  IT'S BASED ON HYDROGRAPHS THAT ARE -- IS

16:49   23   THIS THE HYDROGRAPH ISSUE?

16:49   24          **MR. SMITH:**  YES, YOUR HONOR.

16:49   25          **THE COURT:**  TO THE EXTENT THIS REPRESENTS HYDROGRAPHS

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:49 | 1 | THAT ARE IN EVIDENCE.  IF THEY DON'T, YOU'RE GOING TO BE ABLE |
| 16:49 | 2 | TO EXPLOIT IT ON CROSS. |
| 16:50 | 3 | **MR. O'DONNELL:**  YOUR HONOR, COUNSEL BOTH DURING THE |
| 16:50 | 4 | ARGUMENT EARLIER TODAY SAYS "DATA WHICH THE PLAINTIFFS HAVE." |
| 16:50 | 5 | IF HE IS TALKING ABOUT A WHOLE BUNCH OF DISCS AND WHATEVER. |
| 16:50 | 6 | **THE COURT:**  NO.  I'M HOPING HE IS TALKING ABOUT |
| 16:50 | 7 | HYDROGRAPHS THAT ARE SHOWN UP IN -- I'M LOOKING AT A BUNCH OF |
| 16:50 | 8 | HYDROGRAPHS IN THIS REPORT.  I'M HOPING HE IS TALKING ABOUT THE |
| 16:50 | 9 | HYDROGRAPHS IN THIS REPORT. |
| 16:50 | 10 | **MR. SMITH:**  YES, YOUR HONOR.  THAT'S WHAT I'M |
| 16:50 | 11 | REFERRING TO. |
| 16:50 | 12 | **THE COURT:**  THAT'S THE ETHEL MERMAN/KATHERINE HEPBURN |
| 16:50 | 13 | ISSUE THAT I'VE CLUMSILY ADMITTED -- |
| 16:50 | 14 | **MR. O'DONNELL:**  MY DAUGHTER WOULD USE BEYONCÉ, BUT |
| 16:50 | 15 | THAT'S OKAY, YOUR HONOR.  WE ARE ALL DATING OURSELVES. |
| 16:50 | 16 | **THE COURT:**  AT LEAST, I DIDN'T SAY SARAH BERNHARDT. |
| 16:50 | 17 | SUBJECT TO YOUR OBJECTION, GO AHEAD. |
| 16:50 | 18 | **MR. O'DONNELL:**  THANK YOU, YOUR HONOR. |
| | 19 | **BY MR. SMITH:** |
| 16:50 | 20 | **Q.**   COULD YOU DESCRIBE THE BUILDUP OF SURGE IN THIS AREA |
| 16:50 | 21 | BEGINNING AT 1:00 A.M., DR. WESTERINK, PLEASE. |
| 16:50 | 22 | **A.**   CERTAINLY.  WHAT WE SEE HERE NOW IS THE WATER BEING |
| 16:50 | 23 | DRIVEN.  AGAIN, THE VECTORS ARE THE WINDS IN THIS CASE.  THE |
| 16:50 | 24 | COLORS AND THE CONTOURS INDICATE THE SURGE ELEVATIONS. |
| 16:51 | 25 | WHAT WE ARE SEEING IS WIND BEING DRIVEN TOWARDS THE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:51 | 1 | PLAQUEMINES PARISH LEVEES AND WATER BEING DRIVEN BY THE WIND |
| 16:51 | 2 | TOWARDS THE CHALMETTE LEVEES AND STOPPED THERE.  WE CAN SEE |
| 16:51 | 3 | THAT WATER IS BEING DRIVEN AWAY FROM THE CHALMETTE EXTENSION |
| 16:51 | 4 | LEVEE AND, THEREFORE, WE SEE THE DEPRESSION. |
| 16:51 | 5 | WE GO TO 2:00, 3:00, 4:00, AND WE SEE THAT BUILDUP'S |
| 16:51 | 6 | VERY MUCH THE SAME PATTERN.  THE DIRECTIONS OF THE WIND AREN'T |
| 16:51 | 7 | CHANGING. |
| 16:51 | 8 | WHEN WE GO TO 4:00, 5:00, 6:00, WE CERTAINLY SEE THAT |
| 16:51 | 9 | THERE'S MORE WATER BUILDING UP ON THE CHALMETTE LEVEE, AND WE |
| 16:51 | 10 | NOW ARE MAKING LANDFALL. |
| 16:51 | 11 | WE GO TO 7:00, AND WE SEE MUCH THE SAME THING: |
| 16:51 | 12 | AGAIN, WATER BEING DRIVEN AWAY FROM THIS LEVEE; WATER BEING |
| 16:51 | 13 | DRIVEN TOWARDS THIS LEVEE; AND WATER BEING DRIVEN NOW FROM THE |
| 16:51 | 14 | NORTH TO THE SOUTH SIDE OF LAKE PONTCHARTRAIN. |
| 16:52 | 15 | **THE COURT:**  WHEN YOU SAY "THIS LEVEE," MAKE SURE I |
| 16:52 | 16 | AM -- WHEN YOU SAY "DRIVEN AWAY FROM THIS LEVEE," YOU MEANT -- |
| 16:52 | 17 | LET'S CALL IT A NAME. |
| 16:52 | 18 | **THE WITNESS:**  THE CHALMETTE EXTENSION LEVEE. |
| 16:52 | 19 | **THE COURT:**  BEING DRIVEN TOWARDS THE REACH 2 LEVEE? |
| 16:52 | 20 | **THE WITNESS:**  SO THE REACH 2 LEVEE IS RIGHT OVER |
| 16:52 | 21 | HERE, AND WATER HAS CONTINUED TO PILE UP.  WE ARE PRETTY MUCH |
| 16:52 | 22 | AT THE PEAK HERE.  WATER IS BEING DRIVEN AWAY FROM THE |
| 16:52 | 23 | CHALMETTE EXTENSION. |
| 16:52 | 24 | **THE COURT:**  I UNDERSTAND.  THAT'S WHAT I THOUGHT. |
| 16:52 | 25 | THANK YOU. |

16:52     1            THE WITNESS:  YOU'RE WELCOME.

          2     BY MR. SMITH:

16:52     3     Q.   SO AT 9:00 THE STORM IS NOW CENTERED JUST EAST OF THE AREA

16:52     4     OF INTEREST?

16:52     5     A.   THAT'S RIGHT.  WHAT WE SEE, OF COURSE, HERE, WE SEE THAT

16:52     6     BIG SURGE PROPAGATING TO THE NORTH THAT WE SAW EARLIER IN

16:52     7     PLAQUEMINES PARISH FROM SOME OF THE MORE REGIONAL SCALE ZOOMS.

16:53     8     WE SEE WATER BEING DRIVEN AWAY FROM THE GOLDEN TRIANGLE AREA,

16:53     9     AND WE SEE WATER BEING VERY INTENSIVELY DRIVEN TO THE SOUTH

16:53    10     SHORE OF LAKE PONTCHARTRAIN.

16:53    11            NOW WE SEE A TREMENDOUS BUILDUP OF SURGE OVER IN

16:53    12     MISSISSIPPI, AND CERTAINLY THAT HAD TO DO WITH THAT HUGELY

16:53    13     EFFICIENT FLUX OF WATER THAT WAS BEING DRIVEN TO THE EAST OF

16:53    14     THE CHANDELEUR ISLANDS.  SO THAT'S REALLY THE DELIVERY

16:53    15     MECHANISM THAT DROVE THAT WATER THERE.  WE NOW SEE WATER BEING

16:53    16     DRIVEN AWAY FROM THE GOLDEN TRIANGLE AREA.  YOU CAN SEE THAT WE

16:53    17     HAVE A DEPRESSION THERE NOW THAT IS ASSOCIATED WITH THE DROP IN

16:53    18     WATER LEVELS THERE.

16:53    19            THE COURT:  BY "DEPRESSION" YOU MEAN A RECEDING OF

16:53    20     THE WATER?

16:53    21            THE WITNESS:  IN FACT, A LOWERING OF THE WATER,

16:53    22     NOT -- PERHAPS *RECEDING* MIGHT NOT BE THE BEST WORD.  IT'S MORE

16:53    23     A PUSHING OF THE WATER AWAY THROUGH THE VERY INTENSE WINDS.

16:54    24            THE COURT:  I SEE.

16:54    25            THE WITNESS:  BUT IT RESULTS IN THE WATER LOWERING

                              FINAL DAILY COPY

| | | |
|---|---|---|
| 16:54 | 1 | THERE. |
| 16:54 | 2 | **THE COURT:** AN ACTUAL VISUAL DEPRESSION? |
| 16:54 | 3 | **THE WITNESS:** THAT'S RIGHT. |
| | 4 | **BY MR. SMITH:** |
| 16:54 | 5 | **Q.** SO YOU HAVE WHAT YOU WOULD CALL A SURFACE GRADIENT RUNNING |
| 16:54 | 6 | FROM THE LOW SPOT THERE IN THE GOLDEN TRIANGLE WHERE THE |
| 16:54 | 7 | ELEVATION IS, WHAT, APPROXIMATELY 10 FEET? |
| 16:54 | 8 | **A.** YES. |
| 16:54 | 9 | **Q.** THEN IF YOU MOVE ALONG THE GIWW TOWARD MISSISSIPPI, YOU |
| 16:54 | 10 | WOULD GO THROUGH THOSE CONTOUR LINES UNTIL YOU GET ALL THE WAY |
| 16:54 | 11 | UP THERE ALONG THE MISSISSIPPI COAST WHERE YOU HAVE GOT -- |
| 16:54 | 12 | THAT'S THAT MAXIMUM SURGE, ISN'T IT, ABOUT 20-SOMETHING FEET? |
| 16:54 | 13 | **A.** WELL, IT'S NOT QUITE THE MAXIMUM YET. IT LOOKS LIKE |
| 16:54 | 14 | 24 FEET OR SO IN BAY ST. LOUIS. |
| 16:54 | 15 | **Q.** SO AT A DISTANCE OF -- WHAT IS THAT, ABOUT -- |
| 16:54 | 16 | **A.** ABOUT 45 MILES. |
| 16:54 | 17 | **Q.** 45 MILES. YOU HAVE GOT A SURFACE GRADIENT THAT GOES FROM |
| 16:54 | 18 | APPROXIMATELY 10 FEET UP TO IN EXCESS OF 20 FEET? |
| 16:54 | 19 | **A.** THAT'S RIGHT. THERE'S VERY LARGE REGIONAL DIFFERENCES IN |
| 16:55 | 20 | THE EXCHANGE BETWEEN MISSISSIPPI AND LAKE PONTCHARTRAIN AS |
| 16:55 | 21 | WELL. |
| 16:55 | 22 | HERE WE ARE AT, ROUGHLY, LET'S SAY 13, 14 FEET IN |
| 16:55 | 23 | THIS REGION, AND WE ARE GOING ALL THE WAY DOWN TO ABOUT 9 FEET |
| 16:55 | 24 | OR SO HERE. SO THAT'S A VERY LARGE GRADIENT, EVEN THOUGH WATER |
| 16:55 | 25 | IS BEING PUSHED FROM THE WEST SIDE OF THE LAKE TO THE EAST SIDE |

| | | |
|---|---|---|
| 16:55 | 1 | OF THE LAKE AND PILING UP THERE, WHERE WE STILL HAVE A VERY, |
| 16:55 | 2 | VERY LARGE DRIVER ON THAT PARTICULAR SHORE.  BUT THE IMPORTANT |
| 16:55 | 3 | THING, I THINK, FOR THIS PARTICULAR CASE IS THAT WE ARE DRIVING |
| 16:55 | 4 | WATER AWAY FROM THE GOLDEN TRIANGLE THROUGH THE INTENSE WINDS. |
| 16:55 | 5 | **Q.**   IF WE GO TO 11, I GUESS WE WILL SEE THE MAXIMUM SURGE UP |
| 16:55 | 6 | THERE ALONG MISSISSIPPI? |
| 16:55 | 7 | **A.**   WE SEE THE MAXIMUM SURGE ALONG BAY ST. LOUIS, BUT WE ALSO |
| 16:55 | 8 | NOTICE IN THE GOLDEN TRIANGLE AREA, IF WE TOGGLE BETWEEN THIS |
| 16:55 | 9 | PICTURE AND THE PREVIOUS ONE, THAT WE SEE SOMEWHAT OF A |
| 16:55 | 10 | RELAXATION AND WE SEE WATER STARTING TO FLOW BACK IN.  IF WE |
| 16:56 | 11 | CONTINUE TO 12:00, WE CAN SEE THAT WATER HAVING FLOWED BACK IN. |
| 16:56 | 12 | SO WE GOT THE DEPRESSION AND THEN, ESSENTIALLY, THE |
| 16:56 | 13 | WATER RELAXED FROM MISSISSIPPI, AND IT FLOWED BACK INTO THE |
| 16:56 | 14 | AREA. |
| 16:56 | 15 | **Q.**   THIS IS A CONSEQUENCE OF THE WINDS DIMINISHING AS THE |
| 16:56 | 16 | STORM DISSIPATES OVER THE LAND? |
| 16:56 | 17 | **A.**   IT IS A CONSEQUENCE OF A NUMBER OF THINGS.  FIRST OF ALL, |
| 16:56 | 18 | THE WINDS DIMINISHING, RELAXING THE STRESS THAT WAS PUSHING |
| 16:56 | 19 | THEM AWAY FROM THERE.  IT'S ALSO A CONSEQUENCE OF THE VERY |
| 16:56 | 20 | LARGE GRADIENT OF WATER, THE LARGE DIFFERENTIAL OF THE WATER |
| 16:56 | 21 | SURFACE ELEVATIONS BETWEEN THE MISSISSIPPI COAST.  IT'S ALSO, |
| 16:56 | 22 | IN FACT, A CONSEQUENCE OF THE PATHWAYS FLOW.  IT CAN FIND A WAY |
| 16:56 | 23 | TO GO. |
| 16:56 | 24 | **Q.**   AS WE MOVE INTO THE AFTERNOON HOURS, 1:00, AGAIN WE SEE |
| 16:56 | 25 | RELAXATION OF SURGE? |

| | | |
|---|---|---|
| 16:56 | 1 | **A.**  WE DO.  IT'S BASICALLY RELAXING.  NOW WE JUST HAVE A |
| 16:56 | 2 | GENERAL RELAXATION AS WE MOVE THROUGH THE NEXT SEQUENCE OF |
| 16:57 | 3 | SLIDES OF THE WATER STARTING TO ATTENUATE AND FIND ITS PATH TO |
| 16:57 | 4 | THE SEA. |
| 16:57 | 5 | **Q.**  AT THE RISK OF HAVING TO GO INTO ANOTHER PROFFER, I THINK |
| 16:57 | 6 | I WOULD LIKE TO GO TO THE FLUX SERIES NEXT BECAUSE THE FLUX |
| 16:57 | 7 | SERIES COMBINES THE VELOCITIES AND THE BUILDUP OF SURGE.  OR |
| 16:57 | 8 | DID YOU WANT TO GO THROUGH THE SURGE?  WE JUST FINISHED THE |
| 16:57 | 9 | SURGE, DIDN'T WE?  SO LET'S GO TO THE FLUXES IF WE CAN. |
| 16:57 | 10 | **THE COURT:**  YOU WANT TO GO BACK INTO THE -- |
| 16:57 | 11 | **MR. SMITH:**  I WOULD LIKE TO GO BACK INTO THE PROFFER, |
| 16:57 | 12 | YOUR HONOR. |
| 16:57 | 13 | * * * |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

FINAL DAILY COPY

16:57        1                    **DEFENSE PROFFER 7**

             2     **BY MR. SMITH:**

16:57        3     **Q.**   IF WE CAN GO TO SLIDE 173, PLEASE.  AS YOU INDICATED

16:57        4     PREVIOUSLY, I THINK THE FLUXES ARE A COMBINATION OF THE

16:57        5     VELOCITIES AND THE COLUMN DEPTH.  IF YOU MULTIPLY ONE BY THE

16:58        6     OTHER, YOU CAN CALCULATE THE FLUX RATE; IS THAT CORRECT?

16:58        7     **A.**   THAT'S CORRECT.  SO WE ARE REALLY SEEING, AGAIN, THE

16:58        8     MOVEMENT OF THE VOLUME OF WATER.

16:58        9     **Q.**   LET'S TAKE THIS AT MIDNIGHT AND LOOK AT THE MOVEMENT OF

16:58       10     VOLUME OF WATER IN AND AROUND LAKE BORGNE, THE MARSHES, AND

16:58       11     ALONG THE LEVEES.

16:58       12     **A.**   OKAY.  SO WHAT WE ARE SEEING HERE IS, AGAIN, FLOW FROM THE

16:58       13     EAST, FLOW FROM THE EAST.  THEN WE NOTE THAT THE BILOXI MARSH,

16:58       14     WHICH IS OVER HERE, IS, IN FACT, EFFECTIVELY SLOWING DOWN THE

16:58       15     RATE AT WHICH WATER IS DELIVERED.

16:58       16            SO IT DOESN'T NECESSARILY STOP IT.  IF YOU BLOW WATER

16:58       17     ACROSS THAT LONG ENOUGH, YOU WILL INUNDATE THAT MARSH.  BUT IN

16:58       18     THIS PARTICULAR CASE, THERE'S AN EASIER PATHWAY, AND THAT'S

16:58       19     THROUGH THE MISSISSIPPI/LAKE BORGNE ACCESS, AND THAT IS HOW

16:58       20     WATER IS VERY EFFECTIVELY -- VERY EFFICIENTLY -- FINDING ITS

16:59       21     WAY INTO THE GOLDEN TRIANGLE AREA.

16:59       22     **Q.**   CAN WE SEE 1:00?

16:59       23     **A.**   WE SEE MUCH THE SAME.  AS WE MOVE THROUGH THIS SEQUENCE TO

16:59       24     2:00, 3:00, YOU CAN --

16:59       25     **Q.**   YOU CAN ACTUALLY SEE THE OUTLINE OF LAKE BORGNE ROUGHLY

                                    FINAL DAILY COPY

16:59   1   THERE, HIGHLIGHTED BETWEEN THE YELLOWS AND THE GREENS.  YOU CAN

16:59   2   EVEN ALMOST SEE THE TWO LOAVES, IF YOU WILL, OF THE SOUTHERN

16:59   3   END OF THE LAKE, WHERE THAT LITTLE GREEN INTRUDES THERE IN THE

16:59   4   CENTRAL THERE.  THAT INDICATES THAT YOU ARE HAVING MORE SURGE

16:59   5   DELIVERED THROUGH THE LAKE THAN THROUGH THE MARSH THAT

16:59   6   SURROUNDS IT?

16:59   7   **A.**   THAT'S RIGHT.  IF YOU LOOK AT THE FLOW DELIVERY RATES,

16:59   8   THEY ARE STILL QUITE LOW OVER THERE.  NOW, CERTAINLY, WATER IS

16:59   9   WORKING ITS WAY IN THERE, AND IT'S STARTING TO -- IT'S COVERING

16:59   10  THAT AREA.

16:59   11              **THE COURT:**  2:00?

16:59   12              **MR. SMITH:**  2:00 IN THE MORNING.

16:59   13              **THE WITNESS:**  2:00 IN THE MORNING.

16:59   14              SO WAY BEFORE, FOUR HOURS BEFORE THE STORM MADE

16:59   15  LANDFALL.  BUT, AGAIN, I THINK WHAT'S VERY NICELY SHOWN IN THIS

17:00   16  THAT YOU CAN'T SEE IN THE VELOCITY PLOTS IS THAT THE FLOW

17:00   17  DELIVERY RATES INTO THE REGION ARE THROUGH THAT NORTHERN

17:00   18  PASSAGE.

        19  **BY MR. SMITH:**

17:00   20  **Q.**   COULD WE GO ON TO 3:00 AND SEE THE DEVELOPMENT.

17:00   21  **A.**   3:00, PRETTY MUCH THE SAME THING EXCEPT WE ARE STARTING TO

17:00   22  SEE MORE EFFICIENT FLOW THROUGH THE MARSHES NOW, THROUGH THE

17:00   23  BILOXI MARSH.  WATER IS STILL FLOWING DIRECTLY FROM THE EAST,

17:00   24  BUT THAT PASSAGEWAY CONTINUES TO BE THE EFFECTIVE DELIVERY

17:00   25  MECHANISM.

| | | |
|---|---|---|
| 17:00 | 1 | **Q.**   AT 4:00 DO WE CONTINUE TO SEE SURGE FLOWING INTO |
| 17:00 | 2 | LAKE BORGNE FROM THE MISSISSIPPI SOUND AREA? |
| 17:00 | 3 | **A.**   WE DO, AND THAT CONTINUES AT 5:00.  AT 6:00 WE SEE A |
| 17:00 | 4 | TREMENDOUS INTENSIFICATION OF THIS AS WATER IS BEING MUCH MORE |
| 17:00 | 5 | EFFICIENTLY DELIVERED THROUGHOUT THE WHOLE SYSTEM, AND WE CAN |
| 17:00 | 6 | SEE THAT THE WATER IS NOW ALSO BEING EFFICIENTLY DELIVERED OVER |
| 17:01 | 7 | THE MARSH. |
| 17:01 | 8 | **Q.**   I'M GOING TO CALL YOUR ATTENTION TO SOME HOT COLORS HERE |
| 17:01 | 9 | ALONG THE MRGO CHANNEL THAT ARE VERY RED.  DOES THAT INDICATE |
| 17:01 | 10 | THAT THERE'S A HIGHER RATE OF VOLUME FLOWING THROUGH THE |
| 17:01 | 11 | MISSISSIPPI RIVER GULF OUTLET CHANNEL THAN IN THE WETLANDS THAT |
| 17:01 | 12 | ARE ADJACENT? |
| 17:01 | 13 | **A.**   IT DOES.  WHAT WE ARE SEEING HERE IS THAT THE RATE OF FLOW |
| 17:01 | 14 | PER FOOT IS HIGHER IN THE MRGO, MISSISSIPPI RIVER GULF OUTLET. |
| 17:01 | 15 | IN FACT, WE ARE SEEING THAT THE FLUXES ARE LINING UP |
| 17:01 | 16 | WITH THAT RIGHT NOW.  SO, ACTUALLY, THERE IS MORE FLOW PER FOOT |
| 17:01 | 17 | GOING THROUGH THERE THAN THERE IS IN THE ADJACENT REGION. |
| 17:01 | 18 | BUT WE HAVE 10 FOOT OF WATER SITTING ON TOP -- AT |
| 17:01 | 19 | LEAST 10 FOOT OR MORE, PROBABLY MORE LIKE 14 AT THIS POINT.  I |
| 17:02 | 20 | WOULD HAVE TO LOOK AT THE SURFACE ELEVATIONS, AND YOU WOULD |
| 17:02 | 21 | LOOK AT THE OVERALL PICTURE OF ALL THE MILES OF MARSH AND LAKES |
| 17:02 | 22 | AND WATER THAT'S AVAILABLE FOR THAT TO MOVE THROUGH, AND THIS |
| 17:02 | 23 | HAS A VERY MINIMAL IMPACT ON THE OVERALL CONVEYANCE. |
| 17:02 | 24 | SO, AGAIN, THE CONVEYANCE OR THE WIDTH THROUGH WHICH |
| 17:02 | 25 | YOU'RE MOVING THAT WATER EFFICIENTLY IS SO SMALL COMPARED TO |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:02 | 1 | THIS OVERALL STRAIGHT SECTION OF COAST THAT THE INTEGRATED FLUX |
| 17:02 | 2 | THERE DELIVERED THROUGH THAT MECHANISM IS EXTREMELY SMALL. |
| 17:02 | 3 | **Q.**   WE SEE PRETTY INTENSE FLUX RATES COMING RIGHT DOWN ALONG |
| 17:02 | 4 | THE RIGOLETS AREA THERE, COMING OUT OF THE MISSISSIPPI SOUND; |
| 17:02 | 5 | IS THAT CORRECT?  THAT'S THE HIGHEST DELIVERY RATES IN THIS -- |
| 17:02 | 6 | **A.**   THAT'S RIGHT.  AGAIN, THAT'S BEING DRIVEN BY THE |
| 17:02 | 7 | TREMENDOUSLY HIGH GRADIENT AND SURFACE WATER ELEVATIONS BETWEEN |
| 17:03 | 8 | MISSISSIPPI AND BETWEEN LAKE PONTCHARTRAIN.  SO, ESSENTIALLY, |
| 17:03 | 9 | IT WANTS TO FIND AN EFFICIENT PATHWAY, AND IT FINDS THE |
| 17:03 | 10 | RIGOLETS. |
| 17:03 | 11 |           AND, OF COURSE, THE RIGOLETS ALSO HAS THE LARGEST |
| 17:03 | 12 | GRADIENT ACROSS IT, AND AGAIN THAT'S THE DRIVER OF FLOW INTO |
| 17:03 | 13 | LAKE PONTCHARTRAIN.  IT TAKES HOURS AND HOUR AND HOURS OF FLOW |
| 17:03 | 14 | FLOWING THROUGH THERE, OF COURSE, TO PUT THE EXTRA 4 TO 5 FEET |
| 17:03 | 15 | OF WATER INTO LAKE PONTCHARTRAIN. |
| 17:03 | 16 | **Q.**   AT 8:00 DO WE SEE A CONTINUATION OF THIS SAME TREND? |
| 17:03 | 17 | **A.**   WE DO.  WATER IS STARTING TO SLOW DOWN NOW A LITTLE BIT IN |
| 17:03 | 18 | THE GOLDEN TRIANGLE AREA.  WE SEE WHAT WE SAW IN THE REGIONAL |
| 17:03 | 19 | SCALE, THAT A LOT OF WATER IS BEING DELIVERED NOW STRAIGHT FROM |
| 17:03 | 20 | THE SOUTH REGIONALLY.  HOWEVER, WE SEE THIS PATTERN OF FLOW |
| 17:03 | 21 | FROM MISSISSIPPI SOUND INTO THE REGION CONTINUING. |
| 17:03 | 22 | **Q.**   AND AT 9:00? |
| 17:03 | 23 | **A.**   NOW WE SEE A FLOW REVERSAL OVER HERE AND, IN FACT, WE HAVE |
| 17:04 | 24 | THE FLOW GYRATING AROUND.  YOU CAN SEE THE FLUX LOW SPOT OVER |
| 17:04 | 25 | HERE.  THAT'S BASICALLY A VERY LOW FLUX OCCURRING THROUGH THERE |

FINAL DAILY COPY

| | | |
|--|--|--|
| 17:04 | 1 | AND THE GYRE IS GOING AROUND IT. |
| 17:04 | 2 | **Q.**   DO YOU REMEMBER -- I'M SORRY.  FORGIVE ME FOR |
| 17:04 | 3 | INTERRUPTING, DR. WESTERINK, BUT DO YOU RECALL WHETHER THAT'S |
| 17:04 | 4 | CLOSE TO WHERE THE EYE OF THE STORM WAS AT THIS PARTICULAR |
| 17:04 | 5 | TIME? |
| 17:04 | 6 | **A.**   I BELIEVE IT WAS.  THE STORM WAS PASSING THROUGH THE |
| 17:04 | 7 | REGION, AND WATER WAS STARTING TO BE BLOWN AWAY FROM THE GOLDEN |
| 17:04 | 8 | TRIANGLE AREA. |
| 17:04 | 9 | **Q.**   YET CONTINUING TO BE PUSHED UP AGAINST THE MISSISSIPPI |
| 17:04 | 10 | COAST? |
| 17:04 | 11 | **A.**   IT IS, AND VERY EFFECTIVELY WITH THE EXTREMELY INTENSE |
| 17:04 | 12 | WINDS. |
| 17:04 | 13 | **Q.**   AT 11:00 DO WE THEN SEE A VERY DIFFERENT PICTURE? |
| 17:04 | 14 | **A.**   AT 11:00 WE SEE WATER STARTING TO RECEDE OVER HERE. |
| 17:04 | 15 | HOWEVER, IT'S STARTING TO FLOW BACK INTO THE GOLDEN TRIANGLE |
| 17:05 | 16 | AREA.  IN FACT, THAT WILL BE THE CAUSE OF THE SECOND HUMP THAT |
| 17:05 | 17 | WE SEE. |
| 17:05 | 18 | **THE COURT:**  DO YOU KNOW WHAT THE WIND SPEED WAS, SAY, |
| 17:05 | 19 | AT THE AREA OF THE REACH 2 AND THE IHNC AT 11:00 CDT? |
| 17:05 | 20 | **THE WITNESS:**  I WOULD HAVE TO GO BACK TO THE FIGURE |
| 17:05 | 21 | THAT INDICATES THAT WIND SPEED. |
| 17:05 | 22 | **MR. SMITH:**  I HAVE GOT THAT, YOUR HONOR.  AT WHAT |
| 17:05 | 23 | TIME WOULD YOU LIKE TO SEE, YOUR HONOR? |
| 17:05 | 24 | **THE COURT:**  11:00 CDT. |
| 17:05 | 25 | **MR. SMITH:**  IT WOULD BE SLIDE 127. |

| | | |
|---|---|---|
| 17:05 | 1 | **THE COURT:** THANK YOU VERY MUCH.  IT LOOKS LIKE IT'S |
| 17:06 | 2 | ABOUT 50 OR SO KNOTS.  THE WIND SPEED AT, SAY, 8:00 WAS -- |
| 17:06 | 3 | **THE WITNESS:**  SO WE GO BACK -- |
| 17:06 | 4 | **MR. SMITH:** WE CAN GO BACK A COUPLE OF SLIDES. |
| 17:06 | 5 | **THE COURT:** AT THAT SAME POINT. |
| 17:06 | 6 | **MR. SMITH:** THERE YOU GO. |
| 17:06 | 7 | **THE WITNESS:**  SO HERE WE HAVE ROUGHLY, IT LOOKS LIKE, |
| 17:06 | 8 | 85, 90. |
| 17:06 | 9 | **THE COURT:** OKAY. |
| 17:06 | 10 | **THE WITNESS:**  OR, ACTUALLY, THIS IS 80-, 75-KNOT |
| 17:06 | 11 | WINDS. |
| 17:06 | 12 | **THE COURT:** SO APPROXIMATELY A 25-KNOT DIFFERENCE? |
| 17:06 | 13 | **THE WITNESS:** THAT'S RIGHT. |
| 17:06 | 14 | **THE COURT:** THANK YOU.  I FORGOT WE ARE STILL IN THE |
| 17:06 | 15 | PROFFER. |
| 17:06 | 16 | **THE WITNESS:**  MAY I MAKE ONE COMMENT? |
| 17:06 | 17 | **THE COURT:** YES. |
| 17:06 | 18 | **THE WITNESS:**  THE WIND STRESS IS ACTUALLY RELATED TO |
| 17:06 | 19 | THE WIND SPEED SQUARED.  SO THE FORCE IS THE SQUARE OF THE WIND |
| 17:07 | 20 | SPEED TIMES THE DRAG COEFFICIENT, AND THE DRAG COEFFICIENT ALSO |
| 17:07 | 21 | HAS WIND SPEED EMBEDDED INTO IT OVER A LARGE PORTION OF THE |
| 17:07 | 22 | WIND SPEED. |
| 17:07 | 23 | SO A 10 PERCENT DIFFERENCE IN WIND SPEED MAKES A |
| 17:07 | 24 | 20 PERCENT DIFFERENCE IN WIND STRESS; A 50 PERCENT DIFFERENCE |
| 17:07 | 25 | IN WIND SPEED MAKES A 225 PERCENT DIFFERENCE IN WIND STRESS. |

FINAL DAILY COPY

17:07    1              **THE COURT:**  THANK YOU.

17:07    2    **BY MR. SMITH:**

17:07    3    **Q**    WE ARE STILL IN THE PROFFER HERE, I THINK.  WE ARE STILL

17:07    4    LOOKING AT FLUXES.  I THINK WE ARE AT 11:00 A.M.  I DON'T KNOW

17:07    5    IF YOU WERE COMMENTING ON -- I THINK YOU JUST COMMENTED ON THE

17:07    6    FACT THAT YOU HAVE FLOW REVERSAL THERE IN VERY CLOSE AREAS:

17:08    7    SOME FLOWING TO THE NORTHEAST; SOME FLOWING TO THE SOUTHWEST,

17:08    8    FLOWING TO THE SOUTHWEST AT 11:00 A.M. INTO LAKE BORGNE AND

17:08    9    INTO LAKE PONTCHARTRAIN.

17:08   10    **A**    RIGHT.  OVER HERE WE SEE THIS WATER MAKING ITS WAY VERY

17:08   11    EFFECTIVELY STILL INTO LAKE PONTCHARTRAIN.  THAT'S THE EASIEST

17:08   12    PATH FOR THAT WATER TO FLOW.  OVER HERE IT'S FLOWING INTO THE

17:08   13    GOLDEN TRIANGLE AREA.

17:08   14              HERE IT'S ACTUALLY EASIER FOR THE WATER TO FLOW AWAY

17:08   15    AND FLOW BACK INTO THE OCEAN THROUGH THE PATHWAY WHICH WAS

17:08   16    BETWEEN THE CHANDELEUR AND THE MISSISSIPPI SOUND ISLANDS.

17:08   17    **Q.**    AT NOON DO WE CONTINUE TO SEE THAT FLOW INTO LAKE BORGNE?

17:08   18    **A.**    WE DO, AND WE CONTINUE TO SEE IT OVER HERE.  THE WATER

17:08   19    RIGHT OVER HERE IS STARTING TO RECEDE INTO THE OCEAN.  SO IF WE

17:08   20    DIDN'T HAVE RESISTANCE THERE, THIS WATER WOULD FIND ITS WAY OUT

17:08   21    VERY EASILY AS WELL.  BUT THIS WATER STILL CAN FIND ITS WAY

17:09   22    MUCH MORE READILY TO THE GOLDEN TRIANGLE AREA.

17:09   23    **Q.**    WHAT ABOUT 1:00?

17:09   24    **A.**    NOW THE RECESSION STARTS BROADLY OVER THE ENTIRE REGION.

17:09   25    STILL WATER IS BEING PUMPED INTO LAKE PONTCHARTRAIN, BUT YOU

                          FINAL DAILY COPY

| 17:09 | 1 | CAN SEE A BROAD-BASED RECESSION THROUGHOUT THE WHOLE REGION. |
| 17:09 | 2 | **Q.**   AT 2:00 IN THE AFTERNOON, DO WE SEE THE CONTINUATION OF |
| 17:09 | 3 | THE RECESSION? |
| 17:09 | 4 | **A.**   THE SAME THING.  I THINK THE IMPORTANT THING TO NOTE IS |
| 17:09 | 5 | THAT WE STILL SEE WATER BEING DRIVEN INTO LAKE PONTCHARTRAIN AT |
| 17:09 | 6 | A VERY HIGH RATE.  SO THE STORM HAS PASSED HOURS AGO, THE |
| 17:09 | 7 | RECESSION IS OCCURRING VERY RAPIDLY EVERYWHERE, BUT IT'S STILL |
| 17:09 | 8 | FINDING ITS PATH INTO LAKE PONTCHARTRAIN. |
| 17:09 | 9 | **Q.**   NOT BECAUSE OF WINDS BUT BECAUSE OF SURFACE GRADIENT |
| 17:09 | 10 | DIFFERENCES? |
| 17:09 | 11 | **A.**   THAT'S RIGHT.  IT'S JUST FINDING -- IT'S NO LONGER BEING |
| 17:09 | 12 | DRIVEN -- JUST THE TINY BIT STILL BY WIND, BUT THE DOMINANT |
| 17:10 | 13 | FORCE IS NOW THE SURFACE GRADIENT, AND IT'S BALANCING THE |
| 17:10 | 14 | FRICTIONAL RESISTANCE. |
| 17:10 | 15 | **Q.**   CAN WE BRIEFLY JUST PASS DOWN TO 6:00 P.M. AND SEE THE |
| 17:10 | 16 | CONTINUED RECESSION HERE. |
| 17:10 | 17 | **A.**   SO WE JUST SEE WATER BASICALLY PULLING OUT OF THE MARSHES |
| 17:10 | 18 | AND LOWERING ITSELF.  AGAIN, IT'S CLEAR HERE THAT THE |
| 17:10 | 19 | MISSISSIPPI SOUND TO THE EAST OF THE CHANDELEUR SOUND IS THE |
| 17:10 | 20 | PREFERRED PATHWAY FOR WATER TO WITHDRAW. |
| 17:10 | 21 | **Q.**   JUST AS LAKE BORGNE WAS THE EASIEST ROUTE FOR WATER TO GO |
| 17:10 | 22 | INTO THE REGION AS THE SURGE BEGINS TO RECEDE, THAT'S ALSO THE |
| 17:10 | 23 | MOST EFFICIENT PATH FOR IT TO LEAVE THE REGION? |
| 17:10 | 24 | **A.**   IT IS. |
| 17:10 | 25 | **MR. SMITH:**  THIS CONCLUDES OUR PROFFER. |

FINAL DAILY COPY

17:10     1              **THE COURT:**  YES, SIR.  WE ARE OUT OF THE PROFFER.

17:10     2                        **(END OF PROFFER)**

17:10     3                              * * *

         4

         5

         6

         7

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

                                FINAL DAILY COPY

1    BY MR. SMITH:

17:11   2    **Q.**   VERY QUICKLY, I WOULD LIKE TO FOCUS IN EVEN MORE CLOSELY

17:11   3    JUST TO SEE THESE FORCES THAT WERE EXERTING THEMSELVES ON THE

17:11   4    REACH 2 CHALMETTE LEVEE, AND WE COULD LOOK AT SLIDE 182.  I'M

17:11   5    SORRY.  THAT LOOKS LIKE 192.  I APOLOGIZE.

17:11   6           THIS IS A VERY CLOSE-IN, FOCUSED LOOK AT THE WINDS,

17:11   7    OF THE SPEED OF THE WINDS BEGINNING AT MIDNIGHT.  JUST IF YOU

17:11   8    COULD QUICKLY TAKE US THROUGH THE WINDS RIGHT HERE AT THE

17:11   9    GOLDEN TRIANGLE AREA AND ALONG THE CHALMETTE LEVEE.

17:11   10   **A.**   OKAY.  ESSENTIALLY, WHAT WE SEE IS THE WIND BEING DRIVEN

17:11   11   TO THE CHALMETTE LEVEE, AND WE CONTINUE TO SEE THAT AS WE PAGE

17:12   12   THROUGH THE NEXT NUMBER OF HOURS.  WE CAN SEE INTENSIFICATION

17:12   13   OF THE WINDS.

17:12   14          ONE COMMENT I WOULD LIKE TO MAKE, THERE'S SOME, LOOKS

17:12   15   LIKE, LOW WIND SPEEDS OVER HERE, OVER HERE, ETC.  THOSE ARE

17:12   16   ACTUALLY ASSOCIATED WITH ROUGHNESS ELEMENTS THAT ARE ON THE

17:12   17   GROUND WHERE THE WIND SPEED IS REDUCED AND BECAUSE OF THE FACT

17:12   18   THAT THERE'S MARSHLAND THERE OR SUFFICIENT ROUGHNESS ELEMENTS

17:12   19   THAT REDUCE THE WIND SPEEDS, AND WE CONTINUE THAT.

17:12   20          **MR. O'DONNELL:**  YOUR HONOR, I'M GOING TO OBJECT.  IF

17:12   21   THE WITNESS AGREES THAT THESE PARTICULAR GRAPHICS ARE NOT IN

17:12   22   THE REPORT, I'LL MAKE MY OBJECTION.  I CAN'T TELL ON THE RUN.

17:12   23          **THE COURT:**  MR. SMITH.

17:12   24          **MR. SMITH:**  THESE ARE THE SAME.  I THOUGHT WE HAD

17:13   25   THIS WORKED OUT.  THESE ARE THE SAME WINDS.  THIS IS JUST A

| | | |
|---|---|---|
| 17:13 | 1 | CLOSE-IN LOOK AT THE SAME WIND WE HAVE BEEN LOOKING AT. |
| 17:13 | 2 | **THE COURT:**  WE ARE NOT CHANGING THE WIND SPEEDS; WE |
| 17:13 | 3 | ARE JUST LOOKING AT THEM IN A DIFFERENT CONFIGURATION? |
| 17:13 | 4 | **MR. SMITH:**  NO.  SAME DATA, YOUR HONOR. |
| 17:13 | 5 | **THE COURT:**  I'M GOING TO OVERRULE THE OBJECTION. |
| 17:13 | 6 | **THE WITNESS:**  WE SEE INTENSIFICATION AT 2:00, THE |
| 17:13 | 7 | SAME DIRECTION, POINTED STRAIGHT TO THE CHALMETTE LEVEE; 3:00, |
| 17:13 | 8 | SAME THING; 4:00, 5:00, INTENSIFICATION; 6:00, INTENSIFICATION, |
| 17:13 | 9 | 7:00; AT 8:00 WE SEE NOW THE WINDS ARE STARTING TO TURN, AND |
| 17:13 | 10 | THEY'RE STARTING TO GET LOWER IN THEIR WIND SPEED; 9:00, WE SEE |
| 17:13 | 11 | THEM SHIFTING; 10:00, INTENSIFICATION AND REDIRECTING. |
| 17:13 | 12 | SO NOW WE ARE BASICALLY BLOWING THEM STRAIGHT |
| 17:14 | 13 | FROM WEST TO EAST.  11:00, NOW THE WIND SPEED GOES DOWN AGAIN; |
| 17:14 | 14 | 12:00, WIND SPEED REDUCES; 1:00, WIND SPEED REDUCES EVEN |
| 17:14 | 15 | FURTHER; AND SO FORTH. |
| | 16 | **BY MR. SMITH:** |
| 17:14 | 17 | **Q.**   AGAIN, LET'S LOOK AT THE SURGE HERE CLOSE IN AT THE |
| 17:14 | 18 | REACH 2 CHALMETTE LEVEE.  AGAIN, SO WE CAN DO THIS WITHOUT |
| 17:14 | 19 | FURTHER INTERRUPTION, IF POSSIBLE, THIS IS THE SAME DATA THAT |
| 17:14 | 20 | YOU USED FOR YOUR REPORT.  THESE PLOTS WERE GENERATED AS |
| 17:14 | 21 | GRAPHICS TO EXPLAIN THE OPINIONS SET FORTH IN YOUR REPORT TO |
| 17:14 | 22 | HELP THE COURT UNDERSTAND IT.  IS THAT CORRECT? |
| 17:14 | 23 | **A.**   THAT'S CORRECT.  ESSENTIALLY, JUST A ZOOM-IN SHOWING MORE |
| 17:14 | 24 | DETAIL IN THE GOLDEN TRIANGLE AREA AND IN THE CHANNELS. |
| 17:15 | 25 | **Q.**   SO IF YOU COULD JUST BRIEFLY WALK US THROUGH THE BUILDUP |

| | | |
|---|---|---|
| 17:15 | 1 | OF SURGE ALONG REACH 2.  PLEASE GO A LITTLE MORE SLOWLY HERE |
| 17:15 | 2 | BECAUSE WE ARE INTERESTED IN THE BUILDUP OF SURGE HERE. |
| 17:15 | 3 | **A.**   WE HAVE 5-FOOT OF SURGE.  ESSENTIALLY, WE SEE THE SURGE |
| 17:15 | 4 | BEING DRIVEN IN WITH THE WINDS. |
| 17:15 | 5 | NOW WE GO AND LOOK AT WHERE THE WATER IS FLOWING. |
| 17:15 | 6 | WELL, IT'S FLOWING FROM THE HIGH WATER HERE AT PARIS ROAD TO |
| 17:15 | 7 | THE LOWER WATER AT SEABROOK.  SO WE BASICALLY ARE HAVING FLOW |
| 17:15 | 8 | GO INTO THE CHANNEL AND OUT AT SEABROOK. |
| 17:15 | 9 | **Q.**   I HAVE TO ASK YOU ABOUT THIS, DR. WESTERINK.  THERE ARE |
| 17:15 | 10 | TWO FIGURES THAT ARE LOCATED RIGHT ALONG THE REACH 2 LEVEE. |
| 17:15 | 11 | THEY LOOK LIKE -3S.  CAN YOU EXPLAIN WHAT THOSE -3S REFLECT. |
| 17:15 | 12 | **A.**   SURE.  IT'S AN ARTIFACT OF THE PLOTTING PROGRAM, AND |
| 17:15 | 13 | PERHAPS YOU CAN SEE IT BEST OVER HERE. |
| 17:15 | 14 | ESSENTIALLY, WE PLOT OUR DRY NODES AS -9999S AS AN |
| 17:16 | 15 | INDICATOR THAT THEY ARE DRY.  SO WHEN YOU GO FROM THE -- IT'S |
| 17:16 | 16 | ESSENTIALLY THE INTERFACE BETWEEN WET AND DRY ELEMENT.  BECAUSE |
| 17:16 | 17 | OUR BOTTOM CONTOUR'S -3, IT JUST SHOWS UP AS A -3.  OUTSIDE OF |
| 17:16 | 18 | THE CONTOUR INTERVALS, THAT CONTOUR INTERVAL BASICALLY JUST |
| 17:16 | 19 | PLOTS IT IN THAT GRAY SHADE.  SO IT'S ESSENTIALLY THE WATER |
| 17:16 | 20 | WET/DRY INTERFACE IS RIGHT AT THAT. |
| 17:16 | 21 | **Q.**   ALL RIGHT.  THANK YOU.  I'M SORRY TO HAVE INTERRUPTED YOU. |
| 17:16 | 22 | AT 1:00 A.M., DO WE SEE A CHANGE AT ALL? |
| 17:16 | 23 | **A.**   WE GO TO ABOUT 6:00 FEET-PLUS OF WATER.  AGAIN, YOU SEE |
| 17:16 | 24 | THE DOWNHILL GRADIENTS BETWEEN THE MRGO REACH 1 AND INTO |
| 17:16 | 25 | LAKE PONTCHARTRAIN.  WE ARE NOW AT 7 FEET. |

| | | |
|---|---|---|
| 17:16 | 1 | **THE COURT:** WE ARE TALKING ABOUT 7 FEET AT -- WELL, |
| 17:16 | 2 | YOU TELL ME SPECIFICALLY WHAT WE ARE SEEING AT 7 FEET. |
| 17:17 | 3 | **THE WITNESS:** RIGHT ALONG HERE. |
| 17:17 | 4 | **THE COURT:** WHICH IS? |
| 17:17 | 5 | BY MR. SMITH: |
| 17:17 | 6 | **Q** THE AREA ADJACENT TO THE REACH 2 LEVEE IS IN EXCESS OF |
| 17:17 | 7 | 8 FEET OF SURGE AT 2:00 A.M. IN THE MORNING?  IS THAT WHAT'S |
| 17:17 | 8 | DEPICTED HERE? |
| 17:17 | 9 | **A** NO.  IT'S IN EXCESS OF 7 FEET.  SO PERHAPS IT'S 7.25 FEET |
| 17:17 | 10 | OR SOMETHING LIKE THAT. |
| 17:17 | 11 | **Q.** BECAUSE THERE HASN'T BEEN ANOTHER CONTOUR LINE, IT HASN'T |
| 17:17 | 12 | REACHED 8 FEET YET? |
| 17:17 | 13 | **A.** THAT'S RIGHT. |
| 17:17 | 14 | **THE COURT:** I UNDERSTAND. |
| 17:17 | 15 | **THE WITNESS:** SO AT 3:00 WE SEE THE 8-FOOT CONTOUR |
| 17:17 | 16 | LINE OVER HERE, AND SO IT'S PROBABLY AROUND 8.25, I WOULD |
| 17:17 | 17 | GUESS. |
| 17:17 | 18 | AGAIN, WE CAN SEE THAT THE GRADIENTS ARE |
| 17:17 | 19 | INCREASING -- OR THE DROP IS INCREASING THROUGH THE MRGO/IHNC. |
| 17:17 | 20 | WHAT WE NOTE IN PARTICULAR ON THE MRGO REACH 1 IS THAT THE |
| 17:17 | 21 | WATER SURFACE ELEVATION ISN'T CHANGING THAT DRAMATICALLY.  IT |
| 17:17 | 22 | SEEMS TO BE CHANGING MUCH MORE RAPIDLY IN THE IHNC.  THIS IS, |
| 17:17 | 23 | OF COURSE, BECAUSE THERE'S A LOT MORE RESISTANCE BECAUSE OF |
| 17:18 | 24 | STRUCTURE IN THE NARROW CHANNEL IN THE IHNC.  SO WE ARE UP TO |
| 17:18 | 25 | 9 FEET NOW OR 9.25 OR 9.33, PERHAPS, AGAINST THE CHALMETTE |

FINAL DAILY COPY

17:18   1   LEVEE HERE.

17:18   2                   5:OO, WE ARE AT 1O-PLUS FEET, MAYBE 1O.5, 1O.75.

17:18   3   AGAIN, WE SEE AGAIN THAT THERE'S NOT MUCH OF A GRADIENT THROUGH

17:18   4   HERE.  THEN IT DROPS OFF VERY QUICKLY THROUGH THE IHNC.

17:18   5   12-PLUS FEET, PERHAPS AT 12.5, 12.75, AGAINST THE CHALMETTE

17:18   6   LEVEE.  WE ARE STARTING TO SEE A LITTLE BIT OF A GRADIENT NOW

17:18   7   THAT'S REFLECTED IN THE COLORS IN MRGO REACH 1, AND THAT'S

17:18   8   BECAUSE THE DIFFERENTIAL BETWEEN LAKE PONTCHARTRAIN AND PARIS

17:18   9   ROAD IS INCREASING.

17:18   10          **MR. O'DONNELL:**  YOUR HONOR, I FIND IT IMPOSSIBLE TO

17:19   11   FIND ANY COMPARABLE TIME-STAMPED SURGE COUNTERPART TO WHAT WE

17:19   12   ARE SEEING, AND I SUSPECT IT'S NOT IN HERE.  WE ARE KIND OF AT

17:19   13   THE HEART OF THE MATTER ON SURGE.  I CERTAINLY DON'T WANT TO

17:19   14   INTERRUPT MR. SMITH'S EXAMINATION, BUT TO PROTECT MY CLIENTS'

17:19   15   RIGHTS, I HAVE TO OBJECT AND FIND OUT:  WHERE IS THIS IN THE

17:19   16   REPORT?  WHERE IS THE COUNTERPART OF THIS IN THE REPORT?

17:19   17          **THE COURT:**  OKAY.

17:19   18          **MR. O'DONNELL:**  PARTICULARLY AS TO TIME-STAMPED

17:19   19   BECAUSE TIME IS IMPORTANT TOO.  SO I HAVE TO OBJECT BECAUSE I

17:19   20   HAVE NO IDEA IF THIS IS A NEW INVENTION, IF IT'S JUST A

17:19   21   REPLOTTING, OR WHAT IT IS, YOUR HONOR.

17:19   22          **THE COURT:**  GOOD OBJECTION, AND I WOULD LIKE

17:19   23   MR. SMITH TO ENLIGHTEN US FIRST.

17:20   24          **MR. SMITH:**  FIGURE 204 IS A TIME SERIES OF WATER

17:20   25   SURFACE ELEVATIONS DURING PEAK SURGE IN THE MRGO NEAR BAYOU

| | | |
|---|---|---|
| 17:20 | 1 | POLLET.  BAYOU POLLET, I BELIEVE, IS STATION 165.  THAT'S SHOWN |
| 17:20 | 2 | IN FIGURE 182.  THAT'S ABOUT THE MIDPOINT ALONG THE REACH 2 |
| 17:21 | 3 | LEVEE. |
| 17:21 | 4 | **THE COURT:**  IS WHAT IS REPRESENTED IN THIS HYDROGRAPH |
| 17:21 | 5 | AT FIGURE 204 GENERALLY DEPICTED ON WHAT I'M LOOKING AT HERE ON |
| 17:21 | 6 | THESE SERIES OF GRAPHS -- EXCUSE ME, SERIES OF DEMONSTRATIVE |
| 17:21 | 7 | EXHIBITS? |
| 17:21 | 8 | **MR. SMITH:**  YES, YOUR HONOR.  IF YOU GO UP FROM 29.2 |
| 17:21 | 9 | ON FIGURE 204, THAT'S APPROXIMATELY 5:48 A.M., SO IT'S |
| 17:21 | 10 | APPROXIMATELY THE SAME TIME AS WE ARE LOOKING AT HERE.  IT'S IN |
| 17:21 | 11 | EXCESS OF 12 FEET, THE SAME AS IS SHOWN HERE ON THIS OTHER |
| 17:21 | 12 | GRAPH. |
| 17:21 | 13 | **THE COURT:**  THERE'S ONE SCENARIO THAT'S DIFFERENT, |
| 17:21 | 14 | BUT WE ARE TALKING ABOUT THE KATRINA REAL RUN? |
| 17:21 | 15 | **MR. SMITH:**  YES, YOUR HONOR, LOOKING AT THE -- |
| 17:21 | 16 | WHICHEVER ONE THAT IS, THAT'S THE BLACK LINE. |
| 17:21 | 17 | **MR. O'DONNELL:**  YOUR HONOR, THE REPORT SAYS IT'S |
| 17:22 | 18 | SEPTEMBER 29. |
| 17:22 | 19 | **THE COURT:**  IT DOES SAY SEPTEMBER 2005.  I DON'T |
| 17:22 | 20 | THINK IT'S SEPTEMBER 29, THOUGH.  IT MAY SAY THAT, BUT THAT'S |
| 17:22 | 21 | DEFINITELY NOT WHERE THE WATER WAS THEN, I HOPE. |
| 17:22 | 22 | **MR. SMITH:**  THIS IS THE HEIGHT OF GAMESMANSHIP |
| 17:22 | 23 | YOUR HONOR HAS CONDEMNED GAMESMANSHIP.  THIS IS PURE |
| 17:22 | 24 | GAMESMANSHIP.  THIS MISTAKE WAS DISCUSSED AND EXPLAINED AT THE |
| 17:22 | 25 | DEPOSITION. |

FINAL DAILY COPY

17:22    1           **THE COURT:**  I'M GOING TO ASSUME IT WAS AUGUST 29

17:22    2    BECAUSE THAT'S WHAT IT LOOKS LIKE.

17:22    3           **MR. O'DONNELL:**  I'M GOING TO OBJECT TO THE CONTINUING

17:22    4    *AD HOMINEM* ATTACKS.  IT IS NOT GAMESMANSHIP WHEN THEY GIVE US

17:22    5    350 PAGES OF NEW GRAPHICS, A NEW SET AT 1:00, AND I'M TRYING TO

17:22    6    DEFEND MY CLIENTS.  I APOLOGIZE FOR MY IRISH, BUT I AM REALLY

17:22    7    UPSET WITH THE GOVERNMENT'S BEHAVIOR TO THE PREJUDICE OF MY

17:22    8    CLIENTS, AND I OBJECT.

17:22    9           **THE COURT:**  I UNDERSTAND.  THEREFORE, IT'S BEST IF

17:22   10    ALL OF US TRY TO KEEP ANY PEJORATIVE OUT OF OUR LANGUAGE.  IT

17:23   11    SIMPLY INVOKES ANOTHER PEJORATIVE AND, ULTIMATELY, ONE FROM THE

17:23   12    COURT.

17:23   13           I AM REGARDING THIS AS AUGUST 29 BECAUSE IT

17:23   14    LOOKS LIKE AT LEAST SOMEWHAT SIMILAR TO WHAT HAPPENED ON

17:23   15    AUGUST 29 AND REGARDING THE SEPTEMBER AS A MISTAKE.  SO I AM

17:23   16    GOING TO ALLOW THE -- YES, SIR.

17:23   17           **MR. O'DONNELL:**  I'M SORRY, YOUR HONOR.  CAN WE HAVE A

17:23   18    REPRESENTATION FROM THE WITNESS WHETHER, ON FIGURE 204, THE

17:23   19    TIME PLOTS ARE ACCURATE OR INACCURATE.

17:23   20           THE SECOND QUESTION:  WILL HE REPRESENT THAT HE

17:23   21    TOOK THE DATA ON FIGURE 204 AND PUT IT ON THE -- I DON'T KNOW

17:23   22    THE SLIDE NUMBER, BUT THE 6:00 CENTRAL DAYLIGHT TIME, 8:29.

17:23   23    THOSE ARE TWO VERY IMPORTANT THINGS THAT ARE FOUNDATIONAL TO

17:23   24    WHETHER THIS SHOULD BE USED OR NOT.

17:23   25           **THE COURT:**  IT'S MY UNDERSTANDING THAT -- I'LL ASK

3802

| | | |
|---|---|---|
| 17:24 | 1 | THE WITNESS. |
| 17:24 | 2 | IS THE SERIES OF DEMONSTRATIVE EXHIBITS WE HAVE |
| 17:24 | 3 | BEEN LOOKING AT BASED ON THE TIME SERIES OF WATER SURFACE |
| 17:24 | 4 | ELEVATION DEPICTED IN 204? |
| 17:24 | 5 | **THE WITNESS:**  BASICALLY, THE H1 RUN THAT CREATED |
| 17:24 | 6 | FIGURE 204, THE KATRINA REAL RUN, THOSE RESULTS ARE IDENTICALLY |
| 17:24 | 7 | SHOWN HERE. |
| 17:24 | 8 | **THE COURT:**  THANK YOU, SIR.  YOU MAY CONTINUE. |
| 17:24 | 9 | **MR. SMITH:**  WOULD THIS BE A GOOD TIME TO BREAK FOR |
| 17:24 | 10 | THE DAY, YOUR HONOR? |
| 17:24 | 11 | **THE COURT:**  I THINK SO.  I THINK EVERYBODY IS A |
| 17:24 | 12 | LITTLE TIRED.  TOMORROW WE ARE GOING TO COMPLETE DR. WESTERINK, |
| 17:24 | 13 | AND THEN WE WILL HAVE MESSRS. DELOACH AND WOLFF. |
| 17:24 | 14 | **MR. SMITH:**  YES, YOUR HONOR. |
| 17:25 | 15 | **THE COURT:**  THEN YOU WILL DO YOUR CROSS OF |
| 17:25 | 16 | DR. WESTERINK SUBSEQUENT THERETO. |
| 17:25 | 17 | **MR. O'DONNELL:**  I WOULD LIKE TO BE ABLE TO DO IT |
| 17:25 | 18 | THURSDAY MORNING, IF THAT'S OKAY WITH THE COURT. |
| 17:25 | 19 | **THE COURT:**  IT LOOKS LIKE IT'S GOING TO WORK OUT FOR |
| 17:25 | 20 | THURSDAY. |
| 17:25 | 21 | **MR. O'DONNELL:**  AS LONG AS I CAN PLAN ON THAT, THEN |
| 17:25 | 22 | I'LL BE ABLE TO GET SOME SLEEP TONIGHT. |
| 17:25 | 23 | **THE COURT:**  YES.  WE'LL ALLOW THAT.  THANK YOU. |
| 17:25 | 24 | HAVE, AT LEAST, A NICE EVENING.  WE WILL SEE YOU AT 10:30, |
| 17:25 | 25 | UNLESS YOU WANT TO COME HERE AND SEE THE CRIMINAL STUFF. |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:25 | 1 | **MR. BRUNO:**  DO WE NEED TO CLEAR OFF THE TABLES FOR |
| 17:25 | 2 | YOUR HONOR? |
| 17:25 | 3 | **THE COURT:**  WELL, YOU KNOW, THEY ARE GOING TO HAVE |
| 17:25 | 4 | LOTS OF ATTORNEYS AND SENTENCINGS AND REVOCATIONS, SO THAT'S |
| 17:25 | 5 | PROBABLY A GOOD IDEA.  I THANK YOU FOR ASKING.  IT'S FINE WITH |
| 17:25 | 6 | ME, BUT YOU NEED TO THINK ABOUT YOUR OWN STUFF. |
| 17:25 | 7 | **THE DEPUTY CLERK:**  ALL RISE. |
| 17:25 | 8 | (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.) |
| 17:25 | 9 | * * * |
| 17:25 | 10 | <u>**CERTIFICATE**</u> |
| 17:25 | 11 | I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT |
| 17:25 | 12 | REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT |
| 17:25 | 13 | OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE |
| 17:25 | 14 | AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND |
| 17:25 | 15 | UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE |
| 17:25 | 16 | ABOVE-ENTITLED AND NUMBERED MATTER. |
| 17:25 17:25 | 17 | |
| 17:25 17:25 | 18 | |
| 17:25 17:25 | 19 | <u>S/ TONI DOYLE TUSA</u> |
| 17:25 | | TONI DOYLE TUSA, CCR, FCRR |
| 17:25 | 20 | OFFICIAL COURT REPORTER |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

FINAL DAILY COPY

'
'60S [1]  3703/22

-

-3 [2]  3797/17 3797/17
-3S [2]  3797/11 3797/11
-9999S [1]  3797/14

.

.02 [1]  3702/25
.65 [2]  3726/23 3726/23
.65-FOOT [2]  3726/23 3726/23

0

06-CV-2268-K [1]  3666/5

1

1,000 [1]  3707/7
1-DEGREE [1]  3743/24
1/2 [2]  3674/17 3718/9
10 [7]  3686/18 3699/18 3734/25 3735/2
3737/18 3788/18 3788/19
10 FEET [2]  3783/7 3783/18
10 PERCENT [1]  3791/23
10-PLUS [1]  3799/2
10.5 [1]  3799/2
10.75 [1]  3799/2
100 [2]  3707/12 3708/12
100-YEAR [1]  3718/21
1000 [1]  3666/16
10022 [1]  3668/4
104 [2]  3775/19 3776/2
10:00 [8]  3731/12 3731/13 3736/22
3748/20 3757/8 3757/9 3778/7 3796/11
10:00 DID [1]  3770/10
10:30 [2]  3691/4 3802/24
11 [1]  3784/5
1100 [1]  3667/3
11:00 [14]  3731/15 3737/3 3737/4
3749/8 3757/15 3769/20 3769/24
3770/20 3779/2 3790/13 3790/14
3790/19 3790/24 3796/13
11:00 A.M [3]  3778/21 3792/4 3792/8
11:00 AND [1]  3770/5
11:00 OR [1]  3770/3
12 [6]  3666/7 3670/2 3691/16 3706/14
3720/11 3720/14
12 FEET [1]  3800/11
12-PLUS [1]  3799/5
12.5 [1]  3799/5
12.75 [1]  3799/5
1205 [1]  3667/24
1261 [1]  3667/13
127 [1]  3790/25
12:00 [9]  3728/8 3731/15 3737/6
3769/20 3769/24 3770/3 3770/5 3784/11
3796/14
12:00 AND [1]  3779/2
13 [1]  3783/22
13 FEET [1]  3747/21
1300 [1]  3779/2
131 [2]  3729/17 3730/3
132 [1]  3730/3
133 [1]  3730/3
134 [1]  3730/3
135 [1]  3730/3
136 [2]  3729/17 3779/9
1366 [1]  3667/14
137 [2]  3738/6 3738/9
14 [2]  3695/3 3788/19
14 FEET [2]  3747/21 3783/22
15 [8]  3691/16 3692/5 3699/18 3720/11
3743/22 3765/10 3765/10 3772/19

15 FEET [1]  3745/1
15-MINUTE [1]  3799/15
157.32 [1]  3677/18
157.56 [1]  3677/18
16 [1]  3772/19
16 FEET [1]  3696/9
16.5 [1]  3754/2
165 [1]  3800/1
17 [1]  3666/10
173 [1]  3786/3
1775 [1]  3701/24
18 [3]  3696/9 3728/9 3753/5
1800 [4]  3728/9 3737/13 3751/8 3772/19
182 [2]  3795/4 3800/2
19 [1]  3694/4
192 [1]  3795/5
196 [1]  3671/24
1:00 [8]  3729/3 3753/8 3771/14 3784/24
3786/22 3792/23 3796/14 3801/5
1:00 A.M [3]  3765/21 3780/21 3797/22
1:00 IN [2]  3672/13 3750/17
1:00 TO [1]  3744/11
1:00 TODAY [1]  3673/7

2

2 PERCENT [1]  3755/7
2,000 [1]  3707/7
2.5 [4]  3706/1 3720/2 3727/9 3727/10
20 [4]  3670/15 3672/13 3676/14 3706/13
20 FEET [1]  3783/18
20 PERCENT [1]  3791/24
20-SOMETHING [1]  3783/12
200 [2]  3765/2 3765/8
200 CUBIC [1]  3765/4
2004.65 [2]  3708/6 3743/19
20044 [1]  3668/18
2005 [2]  3743/4 3800/19
2009 [2]  3666/7 3670/2
204 [7]  3799/24 3800/5 3800/9 3801/18
3801/21 3802/4 3802/6
21ST [1]  3704/14
225 PERCENT [1]  3791/25
24 [1]  3706/13
24 FEET [1]  3783/14
25 [2]  3720/9 3720/10
25-KNOT [1]  3791/12
26 FEET [1]  3754/1
2626 [1]  3667/24
2655 [1]  3667/10
27 [1]  3749/10
28-FOOT [1]  3749/10
29 [8]  3737/16 3743/4 3750/7 3800/18
3800/20 3801/1 3801/13 3801/15
29.2 [1]  3800/8
29TH [1]  3728/8
2:00 [10]  3729/7 3739/2 3744/11
3744/23 3755/1 3766/7 3781/5 3786/24
3787/11 3796/6
2:00 A.M [3]  3738/7 3738/11 3798/7
2:00 CDT [1]  3739/2
2:00 IN [5]  3772/13 3775/17 3787/12
3787/13 3793/2

3

3 FEET [4]  3674/17 3717/13 3752/5
3752/8
3,000 [1]  3707/7
3.5 FEET [1]  3679/13
30 [3]  3676/6 3720/10 3720/10
300-SOME-ODD [1]  3679/25
3102 [1]  3667/3
314,000 [1]  3720/2
320 FEET [1]  3719/22

325 [1]  3668/4
350 [5]  3673/8 3683/19 3683/24 3684/23
3801/5
353 [4]  3670/15 3671/3 3672/12 3672/16
3668 [1]  3667/7
3:00 [12]  3729/10 3744/11 3744/24
3744/25 3755/14 3766/11 3776/22
3781/5 3786/24 3787/21 3796/7 3798/15
3:00 AND [1]  3787/20
3S [2]  3797/11 3797/11

4

4,000 [5]  3696/10 3696/23 3697/7
3707/7 3745/23
4.1.4.4 [1]  3713/1
40 PERCENT [1]  3718/7
40-KNOT [1]  3728/18
406 [1]  3668/20
45 MILES [2]  3783/16 3783/17
48 [2]  3683/22 3682/3
48-HOUR [6]  3673/12 3675/5 3681/21
3683/18 3684/9 3688/23
4:00 [8]  3729/12 3731/6 3756/5 3776/2
3781/5 3781/8 3788/1 3796/8
4:00 AND [2]  3734/14 3766/17

5

5 PERCENT [1]  3755/6
5,000 [1]  3707/7
5,000 METERS [1]  3707/4
5-FOOT [1]  3797/3
50 [3]  3683/22 3728/19 3791/2
50 PERCENT [1]  3791/24
50-KNOT [1]  3774/13
500 [2]  3667/6 3668/20
504 [2]  3668/21 3703/6
519 [1]  3667/17
550 [1]  3666/16
556 [1]  3667/6
57TH [1]  3668/4
589-7778 [1]  3668/21
5:00 [9]  3731/22 3734/14 3745/10
3756/10 3766/17 3781/8 3788/3 3796/8
3799/2
5:30 [2]  3670/15 3671/2
5:30 P.M [1]  3672/11
5:48 [1]  3800/9

6

6 FEET [1]  3710/2
60 MILES [1]  3743/25
600 [1]  3668/7
601 [1]  3667/10
604 [1]  3668/7
610 [1]  3666/23
618 [1]  3667/20
65 FEET [1]  3719/23
67 [1]  3697/4
6:00 [11]  3735/1 3735/2 3745/14
3756/14 3767/5 3772/14 3777/12 3781/8
3788/3 3796/8 3801/22
6:00 FEET-PLUS [1]  3797/23
6:00 IN [1]  3737/10
6:00 P.M [1]  3793/15

7

7 FEET [3]  3797/25 3798/1 3798/9
7.25 [1]  3798/9
70113 [2]  3666/20 3666/23
70130 [3]  3667/10 3668/8 3668/21
70381 [1]  3667/25
70502 [1]  3667/7
70726 [1]  3667/17

**7**

70801 [1] 3667/21
70821 [1] 3667/14
72 [4] 3732/1 3732/2 3732/5 3734/4
75-KNOT [1] 3791/10
75219 [1] 3667/4
7778 [1] 3668/21
79 [1] 3697/4
7:00 [12] 3731/12 3731/13 3735/10 3738/7 3739/2 3739/2 3746/9 3756/18 3768/2 3777/15 3781/11 3796/9
7:00 A.M [2] 3747/10 3747/11
7:00 IS [1] 3747/9

**8**

8 FEET [4] 3696/8 3697/7 3798/7 3798/12
8-FOOT [1] 3798/15
8-METER [1] 3746/1
8-PLUS [1] 3745/22
8.25 [1] 3798/16
80 [2] 3703/5 3791/10
82 [4] 3738/6 3738/9 3739/1 3739/2
85 [1] 3791/8
855 [1] 3666/19
88 [7] 3712/12 3712/13 3713/16 3713/17 3714/8 3714/13 3715/10
888 [1] 3668/18
89 [6] 3711/24 3712/2 3712/3 3712/7 3713/15 3714/21
8:00 [6] 3735/21 3747/15 3756/24 3768/21 3777/15 3789/16
8:00 WAS [1] 3791/2
8:00 WE [1] 3796/9
8:29 [1] 3801/22

**9**

9 FEET [2] 3783/23 3798/25
9.25 OR [1] 3798/25
9.33 [1] 3798/25
90 [1] 3791/8
90 MILES [1] 3744/1
90071 [1] 3666/16
93 [1] 3754/24
95 [2] 3728/17 3732/15
95 PERCENT [1] 3671/3
95-KNOT [1] 3734/21
99 PERCENT [1] 3671/3
9999S [1] 3797/14
9:00 [10] 3731/8 3736/20 3748/9 3757/4 3769/4 3770/2 3777/22 3782/3 3789/22 3796/10
9:00 IS [1] 3736/2
9:00 UTC [1] 3731/10

**A**

A-L-O-Y-S-I-U-S [1] 3693/10
A.M [13] 3738/7 3738/11 3744/11 3747/10 3747/11 3765/21 3778/21 3780/21 3792/4 3792/8 3797/22 3798/7 3800/9
ABIDE [1] 3685/12
ABILITIES [1] 3703/23
ABILITY [5] 3677/7 3686/11 3697/14 3703/11 3803/14
ABLE [13] 3673/9 3684/11 3711/3 3724/14 3726/13 3749/23 3751/5 3751/11 3760/15 3766/15 3780/1 3802/17 3802/22
ABLY [1] 3683/2
ABOUT [98] 3671/7 3672/1 3672/4 3673/17 3674/16 3676/14 3676/16 3676/24 3677/8 3678/25 3679/1 3679/2

3681/20 3681/21 3682/7 3685/21 3686/6 3688/20 3689/7 3693/9 3693/17
3693/18 3695/17 3699/22 3702/11
3702/22 3702/25 3704/16 3704/21
3704/21 3706/13 3706/14 3709/19
3711/19 3718/7 3719/22 3719/23 3720/2
3720/9 3720/11 3720/19 3721/9 3722/1
3722/2 3722/14 3722/15 3722/16
3723/15 3723/17 3726/23 3726/23
3727/9 3727/10 3728/17 3729/23
3729/24 3731/1 3731/23 3732/12
3732/25 3733/23 3734/25 3735/2
3739/21 3741/4 3741/9 3742/7 3744/25
3745/10 3752/5 3752/7 3755/5 3755/6
3759/14 3760/4 3762/3 3762/10 3762/24
3764/4 3769/25 3772/3 3774/23 3777/5
3780/5 3780/6 3780/8 3783/12 3783/15
3783/16 3783/23 3791/2 3792/23 3797/9
3797/23 3798/1 3800/2 3800/14 3803/6
3766/25 3803/16
ABOVE [5] 3732/16 3743/19 3743/21
3766/25 3803/16
ABOVE-ENTITLED [1] 3803/16
ABSOLUTELY [4] 3682/6 3684/5
3703/12 3733/19
ABSORBS [1] 3724/25
ACCELERATION [5] 3700/12 3700/20
3701/5 3701/6 3753/21
ACCEPTED [1] 3716/15
ACCEPTING [1] 3687/15
ACCEPTS [1] 3695/23
ACCESS [4] 3702/19 3703/9 3703/10
3786/19
ACCOMMODATION [1] 3692/22
ACCORDING [2] 3673/24 3779/15
ACCOUNT [1] 3711/3
ACCOUNTING [1] 3750/4
ACCUMULATED [1] 3745/22
ACCURATE [6] 3725/4 3725/8 3726/25
3760/24 3760/25 3801/19
ACCURATELY [3] 3725/6 3760/3 3761/4
ACROSS [12] 3729/9 3737/2 3744/5
3744/5 3747/25 3749/14 3749/15 3765/9
3766/20 3770/22 3786/17 3789/12
ACTS [2] 3709/7 3717/10
ACTUAL [4] 3704/22 3709/15 3765/13
3783/2
ACTUALLY [29] 3699/14 3700/2
3700/24 3704/7 3709/1 3709/24 3711/5
3717/11 3718/8 3724/25 3725/9 3726/4
3732/7 3736/22 3744/13 3747/2 3749/21
3750/9 3750/12 3752/2 3765/16 3767/19
3779/1 3786/25 3788/16 3791/10
3791/18 3792/14 3795/16
AD [2] 3682/25 3801/4
AD HOMINEM [1] 3682/25
ADAMANT [1] 3681/20
ADAPT [1] 3678/10
ADCIRC [26] 3671/25 3672/9 3673/23
3676/2 3676/10 3676/14 3694/9 3694/15
3694/17 3694/20 3695/10 3699/6 3699/8
3699/11 3699/23 3700/6 3700/14
3701/13 3703/18 3704/14 3704/20
3716/25 3717/22 3719/10 3722/12
3760/12
ADD [3] 3680/9 3727/9 3731/7
ADDED [1] 3731/8
ADDING [1] 3726/23
ADDITION [5] 3679/25 3699/23 3700/11
3707/19 3718/23 3719/4 3727/8
ADDITIONAL [1] 3718/6
ADDRESS [1] 3686/8
ADDRESSING [1] 3721/21
ADJACENT [6] 3696/13 3698/13

3706/24 3788/12 3788/17 3798/6
ADMINISTRATION [1] 3694/15
ADMITS [1] 3742/15
ADMITTED [3] 3673/3 3714/20 3780/13
ADVANCE [3] 3682/4 3715/8 3732/3
ADVANCED [2] 3723/3 3723/13
ADVANCEMENTS [1] 3717/3
AFFECT [4] 3697/9 3700/9 3708/22
3733/18
AFFECTED [1] 3752/6
AFFECTS [2] 3672/5 3686/3
AFFORD [1] 3726/7
AFTER [11] 3672/14 3674/23 3692/22
3697/21 3702/11 3707/8 3730/14
3735/10 3736/22 3762/25 3768/2
AFTERNOON [12] 3666/10 3670/1
3672/13 3689/9 3689/10 3693/13
3714/25 3750/17 3758/7 3772/14
3784/24 3793/2
AGAIN [88] 3685/5 3690/15 3699/2
3702/11 3702/12 3706/9 3708/10
3709/24 3710/20 3710/24 3714/2
3714/18 3720/3 3723/9 3724/3 3726/19
3729/7 3729/10 3734/15 3735/3 3735/6
3735/11 3736/4 3736/18 3736/23 3737/6
3744/8 3745/11 3746/3 3747/18 3750/18
3753/5 3754/13 3754/15 3754/19 3755/1
3755/15 3755/18 3756/2 3756/15
3756/16 3757/9 3764/6 3765/25 3766/2
3766/8 3766/9 3766/12 3766/13 3766/17
3766/21 3767/5 3768/9 3768/23 3768/24
3771/10 3771/13 3771/17 3772/22
3773/7 3774/8 3774/10 3775/2 3775/8
3775/14 3775/24 3777/19 3777/24
3778/7 3778/13 3778/15 3780/23
3781/12 3784/24 3786/7 3786/12
3787/15 3788/24 3789/6 3789/12
3793/18 3796/13 3796/17 3796/18
3797/23 3798/18 3799/3 3799/3
AGAINST [16] 3708/15 3708/17 3744/6
3744/7 3744/12 3745/3 3745/16 3745/17
3745/19 3746/18 3746/23 3747/24
3748/23 3790/9 3798/25 3799/5
AGO [4] 3681/10 3773/2 3779/21 3793/6
AGONIZING [1] 3690/19
AGREE [4] 3723/23 3727/13 3740/10
3762/7
AGREED [1] 3682/15
AGREES [1] 3795/21
AHA [1] 3740/21
AHEAD [10] 3677/19 3692/17 3695/1
3702/13 3703/25 3720/14 3721/16
3742/3 3776/11 3780/17
AIDS [1] 3682/10
AIRBORNE [1] 3728/11
AIRPORT [1] 3710/21
AL [2] 3666/5 3666/7
ALGEBRAIC [3] 3701/24 3702/17
3703/2
ALGORITHMIC [2] 3694/24 3695/2
ALL [102] 3670/3 3671/25 3672/17
3672/24 3672/25 3673/17 3673/23
3674/2 3675/18 3675/20 3677/15
3679/24 3681/8 3682/14 3683/8 3684/22
3686/16 3686/19 3686/21 3688/19
3692/9 3692/10 3692/12 3692/25
3695/13 3695/15 3695/18 3696/5
3696/21 3699/19 3701/6 3702/18 3704/6
3704/23 3705/7 3705/24 3707/10
3707/11 3707/15 3707/17 3707/19
3708/5 3708/24 3709/2 3709/8 3710/22
3711/1 3711/14 3713/11 3713/12 3714/3

**A**

ALL... [51]  3715/18 3715/21 3716/2 3719/23 3719/24 3722/12 3724/16 3725/24 3726/3 3726/7 3728/11 3728/13 3730/20 3730/21 3733/6 3734/9 3734/20 3736/16 3737/20 3737/22 3741/8 3741/13 3743/7 3749/3 3749/21 3750/3 3750/24 3752/20 3753/6 3762/14 3762/25 3765/3 3765/17 3767/1 3769/21 3771/15 3774/22 3775/4 3775/22 3777/19 3777/20 3779/19 3780/15 3783/10 3783/23 3784/17 3788/21 3797/21 3797/22 3801/10 3803/7
ALLOW [14]  3675/6 3696/25 3697/17 3712/15 3712/16 3722/24 3723/1 3723/8 3762/23 3762/24 3773/7 3776/14 3801/16 3802/23
ALLOWED [5]  3673/17 3683/17 3722/17 3742/17 3749/25
ALLOWING [1]  3760/20
ALLOWS [3]  3710/25 3719/24 3749/21
ALMOST [8]  3679/17 3682/2 3735/1 3736/2 3738/16 3753/24 3768/21 3787/2
ALONG [32]  3676/18 3679/9 3697/21 3703/4 3704/23 3710/20 3727/24 3744/2 3745/22 3747/18 3748/20 3749/9 3760/23 3760/24 3761/17 3768/10 3768/25 3769/24 3770/1 3778/14 3783/9 3783/11 3784/6 3784/7 3786/11 3788/9 3789/3 3795/9 3797/1 3797/10 3798/3 3800/2
ALONGSIDE [1]  3765/18
ALOYSIUS [1]  3693/10
ALREADY [6]  3680/9 3701/23 3745/16 3779/14
ALSO [28]  3668/6 3673/4 3680/19 3692/22 3694/17 3695/6 3705/20 3711/11 3717/8 3719/7 3724/22 3725/14 3735/15 3743/8 3750/2 3752/23 3755/25 3759/14 3767/19 3768/4 3774/10 3784/7 3784/19 3784/21 3788/6 3789/11 3791/20 3793/22
ALTERNATIVE [1]  3684/13
ALTHOUGH [7]  3679/8 3714/15 3743/13 3756/8 3757/11 3762/1 3764/23
ALWAYS [1]  3775/16
AM [12]  3673/18 3682/17 3686/23 3702/12 3722/24 3754/25 3764/4 3779/11 3781/16 3801/6 3801/13 3801/15
AMAZEMENT [2]  3672/16 3673/7
AMAZING [1]  3728/12
AMENDED [2]  3742/16 3742/17
AMERICA [1]  3666/7
AMIN [1]  3668/11
AMONG [1]  3683/10
AMOUNT [8]  3696/12 3697/23 3713/11 3725/24 3728/12 3734/19 3748/6 3748/24
ANALYSES [1]  3674/11
ANALYSIS [10]  3674/5 3674/7 3674/8 3686/13 3689/5 3694/5 3699/3 3704/10 3719/2 3723/18
ANALYZE [1]  3697/14
ANDRY [2]  3666/21 3666/22
ANEMOMETERS [1]  3728/12
ANGELES [1]  3666/16
ANGLE [1]  3752/20
ANOTHER [13]  3675/16 3685/8 3685/9 3688/13 3689/12 3724/1 3724/19 3738/17 3738/17 3774/18 3785/5 3798/11 3801/11

ANSWER [3]  3697/1 3697/18 3716/3
ANY [29]  3670/17 3671/11 3674/9 3675/17 3677/18 3678/23 3681/2 3689/14 3690/5 3690/12 3696/18 3698/17 3705/17 3716/20 3720/18 3722/4 3723/8 3733/9 3733/9 3733/17 3733/18 3739/7 3744/8 3750/3 3755/4 3755/10 3760/14 3799/11 3801/10
ANYBODY [4]  3689/16 3690/4 3690/6 3697/6
ANYTHING [11]  3696/5 3697/8 3711/13 3711/13 3714/12 3731/15 3733/10 3734/8 3764/3 3772/11 3772/12
ANYWAY [1]  3690/11
ANYWHERE [4]  3679/18 3699/17 3727/9 3739/18
APOLOGIZE [4]  3695/12 3774/21 3795/5 3801/6
APPARENT [2]  3721/10 3768/12
APPARENTLY [2]  3680/17 3692/16
APPEAR [2]  3687/18 3739/2
APPEARANCES [3]  3666/13 3667/1 3668/1
APPEARED [1]  3674/9
APPEARS [2]  3713/15 3713/19
APPLES [2]  3714/9 3714/9
APPLICATION [5]  3681/1 3694/5 3695/3 3716/11 3727/12
APPLICATIONS [3]  3694/3 3701/20 3718/12
APPLIED [5]  3676/18 3713/4 3716/13 3716/22 3716/23
APPLIES [1]  3676/4
APPLY [4]  3713/5
APPOINTMENT [1]  3693/21
APPRECIATE [3]  3724/8 3761/21 3762/20
APPRISE [1]  3692/6
APPROACH [1]  3734/24
APPROXIMATE [2]  3700/25 3701/15
APPROXIMATELY [6]  3769/12 3783/7 3783/18 3791/12 3800/9 3800/10
AQUAMARINES [2]  3743/22 3752/4
ARE [387]
AREA [71]  3676/13 3676/23 3694/23 3698/13 3698/23 3706/8 3709/12 3710/14 3714/18 3718/9 3725/13 3727/11 3728/5 3729/2 3729/6 3736/9 3736/10 3736/10 3736/13 3736/13 3736/25 3737/15 3743/3 3744/20 3745/14 3745/23 3749/5 3761/10 3761/11 3761/12 3762/19 3764/23 3766/19 3768/4 3769/7 3770/3 3770/6 3770/11 3770/16 3771/6 3771/6 3771/11 3774/4 3774/4 3774/6 3776/17 3777/22 3778/2 3778/11 3778/18 3778/24 3779/7 3780/20 3782/3 3782/8 3782/16 3784/8 3784/14 3786/21 3787/10 3788/2 3789/4 3789/18 3790/8 3790/16 3790/19 3792/13 3792/22 3795/9 3796/24 3798/6
AREAS [15]  3698/23 3709/21 3710/2 3710/16 3716/19 3727/5 3749/22 3750/3 3750/10 3761/1 3761/23 3767/13 3771/15 3771/19 3792/6
AREN'T [3]  3680/17 3683/18 3781/6
ARGUE [6]  3688/11 3691/15 3691/17 3760/18 3760/20 3774/24
ARGUED [1]  3703/24
ARGUING [2]  3682/7 3697/6
ARGUMENT [5]  3670/17 3671/18 3703/22 3760/4 3780/4
ARMY [2]  3694/11 3718/19

AROUND [22]  3672/11 3674/12 3698/6 3699/23 3701/20 3710/16 3710/14 3710/17 3718/9 3718/9 3735/17 3743/22 3748/11 3755/23 3769/20 3770/5 3773/1 3786/10 3789/24 3790/1 3798/16
ARROW [1]  3767/22
ARROWS [17]  3730/11 3739/4 3743/14 3743/14 3743/16 3747/4 3747/6 3747/7 3752/7 3752/8 3752/10 3752/19 3764/24 3767/19 3767/20 3774/10 3774/10
ART [1]  3719/11
ARTICULATE [1]  3762/16
ARTIFACT [2]  3709/17 3797/12
ARTIFACTS [1]  3709/18
AS [159]
AS-BUILT [1]  3708/5
ASCERTAIN [1]  3755/10
ASHLEY [1]  3668/6
ASHORE [2]  3736/22 3749/8
ASK [16]  3670/7 3670/24 3673/16 3675/4 3678/17 3678/19 3690/20 3692/22 3714/11 3730/16 3733/23 3769/10 3771/24 3772/20 3797/9 3801/25
ASKANCE [1]  3673/12
ASKED [4]  3670/12 3683/2 3684/1 3720/19
ASKEW [1]  3752/19
ASKING [4]  3688/1 3689/11 3767/15 3803/5
ASPECTS [3]  3677/4 3695/19 3754/4
ASSESS [3]  3680/6 3694/12 3738/4
ASSESSED [1]  3719/1
ASSIDUOUSLY [1]  3673/12
ASSIGN [1]  3714/2
ASSIGNED [1]  3713/7
ASSISTED [1]  3683/2
ASSOCIATED [5]  3713/8 3755/18 3769/8 3782/17 3795/16
ASSOCIATES [2]  3666/15 3667/12
ASSUME [4]  3749/18 3759/7 3759/14 3801/1
ASYMMETRY [1]  3734/19
AT [249]
ATLANTIC [2]  3705/8 3706/12
ATLAS [1]  3708/2
ATMOSPHERIC [3]  3694/14 3700/4 3701/7
ATTACK [1]  3682/25
ATTACKING [1]  3759/24
ATTACKS [1]  3801/4
ATTEMPT [1]  3695/6
ATTEMPTED [2]  3673/21 3678/9
ATTENTION [4]  3675/14 3737/25 3772/13 3788/8
ATTENUATE [2]  3770/24 3785/3
ATTENUATED [1]  3711/1
ATTENUATING [1]  3750/21
ATTENUATION [3]  3737/4 3750/15 3751/7
ATTORNEY [1]  3712/6
ATTORNEYS [1]  3803/4
AUGUST [6]  3737/16 3743/4 3750/7 3801/1 3801/13 3801/15
AUGUST 29 [5]  3743/4 3750/7 3801/1 3801/13 3801/15
AVAILABLE [6]  3680/25 3711/10 3714/5 3728/14 3766/6 3788/22
AVENUE [2]  3667/3 3667/17
AVERAGE [2]  3699/15 3699/19
AWAY [34]  3684/3 3698/22 3735/2 3736/9 3736/18 3746/24 3747/2 3747/3

Case 2:05-cv-04182-SRD-JCW Document 7105-3 Filed 03/23/2007 Page 83 of 166

## A

AWAY... [26]  3748/13 3749/3 3749/11
3750/11 3751/14 3761/2 3769/9 3770/2
3777/2 3777/2 3777/16 3778/1 3778/13
3778/17 3779/4 3781/3 3781/12 3781/16
3781/22 3782/8 3782/16 3782/23 3784/4
3784/19 3790/7 3792/14
AXIS [2]  3768/11 3769/1

## B

B3 [1]  3776/8
BACHELOR [1]  3693/22
BACK [34]  3675/20 3684/15 3687/22
3692/5 3693/15 3703/22 3720/8 3725/1
3726/6 3726/12 3749/12 3750/10
3750/12 3750/16 3751/14 3760/6
3761/10 3761/10 3770/5 3770/12 3771/8
3771/11 3771/12 3773/5 3784/10
3784/11 3784/13 3785/10 3785/11
3790/15 3790/20 3791/3 3791/4 3792/15
BACKGROUND [1]  3693/18
BACKWARDS [1]  3692/2
BAEZA [1]  3668/10
BALANCE [2]  3700/17 3770/25
BALANCED [1]  3704/8
BALANCING [2]  3746/5 3793/13
BALL [1]  3751/25
BAR [4]  3706/22 3706/23 3706/24
3732/14
BARON [1]  3667/2
BARONNE [2]  3666/19 3666/23
BARRIER [16]  3705/16 3707/10 3708/21
3717/24 3724/24 3726/3 3726/3 3726/7
3750/22 3750/25 3751/12 3751/17
3752/21 3753/19 3760/24 3769/3
BARS [1]  3776/4
BASE [2]  3678/13 3733/9
BASED [15]  3675/11 3675/21 3675/23
3676/1 3685/7 3685/8 3687/7 3694/10
3711/7 3728/11 3740/16 3760/1 3779/22
3793/1 3802/3
BASICALLY [15]  3713/21 3716/13
3725/22 3730/24 3753/8 3771/16
3776/25 3777/6 3785/1 3789/25 3793/17
3796/12 3797/7 3797/18 3802/5
BASIN [2]  3710/24 3710/25
BASIS [9]  3675/14 3675/22 3678/14
3678/16 3685/16 3743/7 3745/24 3753/6
3772/22
BATHYMETRIC [3]  3708/2 3708/10
3710/11
BATHYMETRY [14]  3676/13 3676/25
3705/16 3708/7 3709/10 3718/4 3725/8
3725/10 3725/19 3726/8 3726/10
3751/17 3752/24 3764/21
BATON [2]  3667/14 3667/21
BAY [4]  3709/12 3709/13 3783/14
3784/7
BAYOU [2]  3799/25 3800/1
BAYOUS [1]  3710/19
BE [94]  3670/4 3670/5 3670/18 3670/20
3673/16 3673/17 3678/18 3679/4 3679/5
3679/15 3682/4 3683/17 3683/24
3684/10 3684/25 3686/5 3686/22 3687/4
3687/5 3687/8 3687/13 3687/18 3689/5
3689/11 3690/19 3690/22 3691/4 3691/9
3691/18 3691/22 3692/13 3693/14
3693/15 3695/16 3697/8 3701/11
3703/24 3704/19 3709/6 3709/15
3709/16 3709/17 3710/25 3719/8
3721/14 3722/18 3724/2 3724/5 3725/2
3731/8 3731/10 3737/23 3738/5 3738/7

3739/2 3739/4 3739/8 3739/17 3740/11
3740/19 3740/23 3743/4 3743/20 3743/23
3749/23 3751/5 3752/24 3754/4 3755/4
3758/12 3759/24 3760/16 3762/11
3762/17 3763/4 3764/18 3764/19
3768/14 3769/24 3770/15 3772/6
3775/19 3780/1 3782/22 3787/24 3790/7
3790/9 3790/16 3790/24 3798/22
3801/24 3802/9 3802/17 3802/22
BEACH [1]  3702/5
BEAR [1]  3674/2
BECAUSE [71]  3670/13 3671/6 3673/3
3675/13 3678/4 3678/7 3679/18 3679/19
3680/7 3684/4 3685/24 3687/5 3687/22
3690/22 3698/12 3699/24 3702/6
3702/17 3706/16 3707/13 3710/25
3713/23 3714/4 3722/17 3723/7 3723/9
3723/14 3725/25 3731/4 3731/17
3738/22 3738/24 3740/15 3744/14
3744/16 3745/6 3747/1 3748/5 3748/12
3751/13 3752/20 3753/13 3753/20
3755/16 3755/24 3756/20 3760/19
3760/22 3761/6 3761/9 3761/17 3761/24
3767/16 3770/17 3775/12 3777/24
3778/23 3785/6 3793/9 3793/9 3795/17
3797/2 3797/16 3798/11 3798/23
3798/23 3799/8 3799/19 3799/19 3801/2
3801/13
BECAUSE MY [1]  3738/22
BECOME [2]  3676/20
BECOMES [5]  3708/15 3740/8 3746/6
3768/12 3768/24
BEEN [44]  3673/9 3674/3 3676/14
3681/6 3681/15 3683/2 3685/20 3685/20
3687/3 3688/5 3688/21 3690/12 3693/5
3694/2 3695/4 3702/21 3703/19 3704/3
3704/25 3716/15 3716/20 3718/12
3718/14 3718/19 3722/14 3722/21
3723/2 3723/7 3723/17 3727/7 3735/19
3747/4 3750/11 3751/21 3753/5 3758/15
3760/5 3761/25 3762/1 3762/19 3771/22
3796/1 3798/11 3802/3
BEFORE [26]  3666/10 3670/6 3670/9
3670/16 3671/4 3672/19 3674/20
3677/12 3677/18 3678/20 3681/22
3682/9 3689/4 3692/8 3693/12 3696/18
3696/23 3702/9 3703/9 3703/9 3711/17
3750/11 3758/17 3774/15 3787/14
3787/14
BEGAN [2]  3677/19 3745/20
BEGETS [1]  3681/21
BEGIN [4]  3674/25 3696/3 3750/7
3761/21
BEGINNING [10]  3682/16 3704/4
3737/16 3743/3 3745/20 3756/5 3764/7
3771/14 3780/21 3795/7
BEGINS [1]  3793/22
BEHAVIOR [1]  3801/7
BEHIND [1]  3750/24
BEING [62]  3670/25 3676/17 3694/20
3694/21 3704/11 3709/2 3718/8 3718/22
3718/25 3722/19 3723/17 3725/6 3729/8
3729/10 3734/7 3736/9 3736/18 3745/3
3745/8 3747/19 3748/18 3748/24
3748/25 3750/13 3755/15 3756/21
3758/4 3766/8 3766/20 3768/9 3769/3
3769/8 3770/1 3770/18 3777/20 3777/20
3778/9 3778/10 3778/12 3780/22
3780/25 3781/1 3781/3 3781/12 3781/12
3781/13 3781/19 3781/22 3782/8 3782/9
3782/13 3782/15 3783/25 3788/4 3788/6
3789/6 3789/19 3792/25 3793/5 3793/12
3795/10 3797/4

BELIEVE [15]  3673/11 3676/6 3678/3
3680/9 3683/19 3689/21 3689/24
3690/12 3706/20 3715/16 3723/12
3751/6 3774/22 3790/6 3800/1
BENCH [3]  3670/8 3670/11 3670/12
BEND [1]  3693/21
BENJAMIN [1]  3668/17
BERMS [1]  3710/18
BERNARD [8]  3735/17 3736/11 3744/7
3745/4 3745/16 3747/24 3748/11
3778/17
BERNHARDT [1]  3780/16
BEST [11]  3679/4 3692/14 3692/21
3719/22 3727/3 3727/6 3728/14 3782/22
3797/13 3801/9 3803/14
BETA [1]  3704/19
BETTER [8]  3715/21 3719/25 3720/12
3720/22 3723/13 3725/7 3725/7 3751/5
BETWEEN [41]  3675/17 3679/16 3696/9
3709/3 3712/25 3713/15 3714/8 3717/12
3717/15 3719/17 3719/19 3720/5 3721/2
3721/22 3724/11 3724/20 3725/20
3726/20 3728/20 3734/14 3737/25
3738/18 3738/20 3739/7 3748/5 3751/4
3751/21 3752/18 3757/17 3771/2
3778/23 3783/20 3784/8 3784/21 3787/1
3789/7 3789/8 3792/16 3797/16 3797/24
3799/8
BEYONCÉ [1]  3780/14
BEYOND [7]  3682/1 3696/5 3722/25
3724/4 3724/22 3740/8 3766/25
BIG [4]  3677/8 3726/14 3736/19 3782/6
BILOXI [4]  3749/16 3766/4 3786/13
3787/23
BINDER [1]  3680/5
BIT [33]  3699/22 3702/5 3704/16
3704/21 3705/7 3707/1 3708/25 3709/18
3712/10 3716/19 3729/6 3732/10
3732/10 3732/16 3732/16 3732/16
3736/6 3743/11 3743/12 3745/15
3749/13 3749/22 3749/23 3751/5
3752/19 3756/15 3757/3 3765/23 3769/6
3773/6 3789/17 3793/12 3799/6
BLACK [1]  3800/16
BLAME [1]  3685/22
BLANCHE [1]  3688/13
BLOW [4]  3749/7 3751/14 3778/1
3786/16
BLOWING [22]  3728/24 3735/18
3746/24 3748/15 3749/3 3749/14
3749/15 3750/11 3750/24 3755/16
3776/20 3777/2 3777/2 3777/18 3778/5
3778/6 3778/15 3778/16 3778/18
3778/21 3779/4 3796/12
BLOWN [10]  3736/9 3736/18 3748/18
3750/13 3756/21 3770/1 3778/10
3778/10 3778/12 3790/7
BLUE [1]  3743/21
BOARD [1]  3689/1
BOAT [2]  3752/5 3752/7
BOOK [2]  3702/12 3702/12
BORGNE [28]  3697/24 3726/1 3728/4
3745/3 3748/6 3757/1 3757/3 3760/13
3765/20 3766/1 3766/5 3766/9 3766/22
3767/12 3768/5 3768/11 3768/15
3768/17 3769/1 3770/22 3774/4 3786/10
3786/19 3786/25 3788/2 3792/8 3792/17
3793/21
BOTH [7]  3675/4 3694/12 3713/21
3721/19 3724/5 3726/1 3780/3
BOTHER [1]  3741/11
BOTTOM [8]  3671/8 3672/23 3686/2
3687/17 3701/12 3713/3 3713/6 3797/17

**B**

BOTTOMS [2] 3686/15 3686/15
BOULEVARD [1] 3667/24
BOUNDARY [4] 3705/9 3705/10 3705/11 3760/12
BOX [4] 3667/7 3667/14 3667/24 3668/18
BRACKISH [1] 3715/18
BRANCH [1] 3668/10
BRAND [1] 3672/18
BRAND-NEW [1] 3672/18
BRATHWAITE [3] 3736/10 3736/13 3736/14
BREACHING [3] 3749/19 3749/20 3750/1
BREAK [3] 3718/4 3726/5 3802/9
BREAKING [2] 3707/13 3717/16
BREAKS [1] 3717/9
BRENDAN [1] 3668/3
BRETON [3] 3734/23 3744/5 3749/15
BRIEF [8] 3673/20 3686/20 3692/11 3693/14 3695/14 3700/13 3737/21 3738/21
BRIEFING [1] 3762/25
BRIEFLY [5] 3693/18 3724/10 3724/10 3793/15 3796/25
BRING [3] 3690/3 3692/23 3715/7
BROAD [2] 3744/21 3793/1
BROAD-BASED [1] 3793/1
BROAD-SCALE [1] 3744/21
BROADER [2] 3708/14 3760/15
BROADER-SCALE [1] 3760/15
BROADLY [4] 3701/19 3729/8 3737/1 3792/24
BROUGHT [2] 3675/13 3697/24
BRUNO [2] 3666/18 3666/18
BUDD [1] 3667/2
BUFFALO [1] 3693/24
BUILD [2] 3695/4 3745/11
BUILDING [3] 3744/12 3744/25 3781/9
BUILDS [1] 3744/9
BUILDUP [16] 3696/23 3697/21 3744/2 3748/1 3748/3 3748/20 3749/9 3750/8 3760/23 3761/17 3770/10 3780/20 3782/11 3785/7 3796/25 3797/2
BUILDUP ALONG [1] 3760/23
BUILDUP'S [1] 3781/5
BUILT [4] 3708/5 3718/22 3719/13 3748/22
BUNCH [3] 3683/23 3780/5 3780/7
BURAS [2] 3696/24 3747/13
BUT [125] 3670/18 3672/10 3672/23 3673/15 3674/24 3676/8 3677/12 3677/22 3678/13 3679/20 3679/24 3680/3 3681/5 3683/10 3685/21 3687/1 3687/6 3687/16 3687/19 3687/21 3688/5 3688/3 3690/2 3690/17 3690/20 3690/25 3691/5 3692/20 3693/17 3697/12 3698/4 3698/20 3699/14 3702/12 3703/3 3704/12 3704/22 3709/24 3711/19 3716/20 3717/7 3722/16 3722/19 3722/24 3723/9 3723/14 3727/16 3729/4 3732/19 3733/6 3733/23 3737/8 3738/15 3739/18 3739/20 3741/3 3742/12 3744/20 3745/9 3746/14 3746/20 3747/3 3749/8 3749/11 3750/1 3750/13 3751/8 3752/10 3753/25 3754/5 3755/9 3755/25 3756/23 3757/24 3758/12 3759/3 3760/13 3761/9 3761/19 3762/7 3762/17 3762/23 3764/13 3764/18 3765/18 3766/5 3766/25 3767/9 3767/15 3768/4 3768/7 3769/2 3769/8 3769/14 3770/21
3770/24 3771/20 3773/5 3773/10 3773/25 3774/11 3775/17 3775/21 3779/4 3779/11 3780/14 3782/25 3784/2 3784/7 3786/17 3787/15 3787/24 3788/18 3790/3 3792/21 3792/25 3793/7 3793/9 3793/12 3799/14 3800/14 3800/20 3801/6 3801/22 3803/6
BYPASSING [1] 3691/3

**C**

CAERNARVON [1] 3766/4
CALCULATE [1] 3786/6
CALCULATED [1] 3681/6
CALCULATES [2] 3676/6 3676/8
CALCULATION [1] 3720/4
CALCULATIONS [3] 3697/10 3703/1 3718/2
CALIFORNIA [1] 3666/16
CALL [8] 3693/13 3695/11 3737/24 3772/13 3779/18 3781/17 3783/5 3788/8
CALLED [11] 3674/5 3676/9 3676/22 3678/5 3699/12 3699/19 3700/16 3702/24 3708/12 3711/10 3712/22
CALLS [1] 3691/8
CALVIN [1] 3667/16
CAME [3] 3684/21 3764/16 3769/20
CAN [173]
CAN'T [14] 3675/2 3675/3 3675/3 3676/7 3680/15 3681/4 3684/12 3688/9 3706/22 3739/4 3744/8 3762/6 3787/16 3795/22
CANNOT [5] 3670/21 3673/17 3674/25 3681/16 3683/17
CAPABILITIES [2] 3694/18 3717/4
CAPABLE [2] 3674/22 3721/19
CAPILLARIES [1] 3697/12
CAPTURE [9] 3705/1 3705/14 3705/24 3708/3 3719/24 3721/5 3724/14 3760/11 3760/14
CAPTURED [2] 3760/3 3761/2
CAPTURING [2] 3725/12 3725/17
CAR [1] 3720/22
CAREFULLY [1] 3716/1
CAROLINA [1] 3694/9
CARONDELET [1] 3668/7
CARRY [1] 3747/16
CARTE [1] 3688/13
CASE [20] 3677/8 3678/6 3678/10 3681/19 3684/20 3685/9 3689/17 3699/7 3718/13 3721/7 3721/20 3721/25 3723/19 3727/13 3742/22 3759/22 3774/5 3780/23 3784/3 3786/18
CAST [1] 3734/17
CATEGORY [1] 3727/16
CAUSE [1] 3790/16
CAUSES [3] 3748/5 3752/22 3764/11
CCR [3] 3668/20 3803/11 3803/19
CDT [6] 3731/6 3731/22 3739/2 3775/17 3790/19 3790/24
CENTERED [1] 3782/3
CENTERPIECE [1] 3721/7
CENTRAL [5] 3730/9 3738/11 3747/11 3787/4 3801/22
CENTURY [1] 3704/14
CERTAIN [4] 3723/1 3740/2 3761/19 3764/17
CERTAINLY [43] 3685/18 3688/14 3689/23 3690/10 3690/11 3696/16 3698/19 3712/15 3713/1 3713/12 3714/3 3714/14 3716/8 3717/23 3724/12 3727/15 3737/8 3743/5 3746/1 3746/13 3746/19 3747/6 3752/16 3753/16 3756/7 3756/11 3756/22 3761/15 3761/16
3764/12 3764/13 3764/17 3768/12 3769/23 3769/23 3772/3 3773/21 3774/8 3777/14 3780/22 3781/8 3782/12 3787/8 3799/13
CERTIFICATE [1] 3803/10
CERTIFY [1] 3803/13
CHALLENGED [1] 3687/8
CHALMETTE [30] 3735/17 3735/18 3736/11 3744/19 3744/20 3745/16 3746/23 3746/24 3761/10 3761/11 3774/4 3777/1 3777/2 3777/4 3777/9 3777/10 3777/20 3778/14 3781/2 3781/3 3781/9 3781/18 3781/23 3795/4 3795/11 3795/11 3796/7 3796/18 3798/25 3799/5
CHAMBERS [1] 3687/22
CHANCE [2] 3670/17 3762/9
CHANDELEUR [25] 3707/11 3725/8 3725/10 3726/9 3728/4 3744/6 3749/16 3751/4 3755/20 3757/18 3757/25 3760/18 3760/22 3760/23 3761/5 3761/8 3765/24 3767/4 3767/6 3770/20 3771/3 3771/20 3782/14 3792/16 3793/19
CHANDELEUR SOUND [8] 3725/8 3728/4 3744/6 3760/18 3760/22 3760/23 3761/5 3793/19
CHANGE [15] 3679/19 3686/3 3701/1 3701/2 3701/2 3702/6 3711/13 3715/2 3715/3 3719/10 3734/14 3757/8 3776/23 3776/24 3797/22
CHANGED [14] 3674/4 3674/18 3674/19 3679/2 3679/10 3679/15 3679/20 3686/10 3716/18 3730/14 3730/21 3733/21 3733/24 3766/12
CHANGES [8] 3674/12 3676/24 3677/3 3685/25 3686/2 3746/3 3746/4 3753/2
CHANGING [14] 3715/1 3716/20 3735/23 3746/11 3752/24 3756/8 3756/20 3756/21 3770/23 3776/1 3781/7 3796/2 3798/21 3798/22
CHANNEL [10] 3674/19 3677/16 3698/20 3702/2 3702/4 3710/20 3788/9 3788/11 3797/8 3798/24
CHANNELS [10] 3705/16 3707/15 3707/17 3707/19 3708/24 3710/8 3725/4 3726/16 3726/18 3796/24
CHAPTER [1] 3683/15
CHARACTERIZATION [1] 3712/14
CHART [1] 3711/17
CHARTS [3] 3672/17 3710/12 3772/24
CHEF [4] 3707/19 3709/5 3725/4 3771/18
CHEF MENTEUR [1] 3707/19
CHIEF [1] 3693/13
CIRCLED [2] 3700/22 3715/9
CIRCULATION [1] 3699/6
CIRCUMSTANCES [2] 3684/10 3723/1
CITY [2] 3667/25 3690/8
CIVIL [5] 3668/10 3675/5 3693/19 3693/23 3693/25
CIVILIAN [1] 3694/13
CLARIFY [5] 3712/4 3712/6 3712/16 3712/16 3743/11
CLARITY [1] 3747/9
CLASSIFICATION [1] 3714/22
CLASSIFICATIONS [2] 3711/9 3714/1
CLASSIFY [1] 3711/6
CLEAR [6] 3722/10 3724/2 3742/21 3743/13 3793/18 3803/1
CLERK [2] 3686/6 3692/16
CLIENTS [3] 3779/12 3801/6 3801/8
CLIENTS' [1] 3799/14
CLOSE [10] 3701/1 3736/4 3753/12 3753/17 3760/13 3790/4 3792/6 3795/6

CLOSE... [2] 3796/1 3796/17
CLOSE-IN [3] 3795/6 3796/1
CLOSELY [4] 3770/6 3773/6 3774/3 3795/2
CLOSER [2] 3756/5 3779/13
CLOSURE [2] 3718/23 3718/24
CLOUD [1] 3709/20
CLOUD-LIKE [1] 3709/20
CLOUDS [1] 3709/13
CLUB [1] 3702/12
CLUE [1] 3754/2
CLUMSILY [1] 3780/13
COAST [20] 3676/18 3694/21 3711/1 3719/5 3724/25 3725/22 3727/24 3736/3 3748/21 3748/25 3749/9 3760/25 3761/1 3761/3 3761/7 3761/18 3783/11 3784/21 3789/1 3790/10
COASTAL [6] 3694/6 3694/12 3694/15 3694/18 3695/19 3695/20
COASTS [1] 3694/17
CODE [6] 3676/3 3676/3 3677/4 3677/4 3704/22 3704/22
CODEVELOPER [1] 3694/9
CODING [2] 3775/13 3775/14
COEFFICIENT [5] 3712/18 3713/6 3715/24 3791/20 3791/20
COEFFICIENTS [9] 3711/11 3711/13 3713/7 3714/12 3714/13 3714/15 3715/2 3715/9 3715/10
COINCIDENTALLY [1] 3720/21
COLLEAGUE [2] 3672/11 3672/22
COLLEAGUES [3] 3684/4 3688/25 3742/19
COLOR [7] 3706/24 3710/4 3732/14 3774/12 3775/13 3775/14 3776/4
COLOR-CODING [1] 3775/13
COLORED [2] 3706/23 3752/15
COLORS [12] 3708/10 3710/3 3728/16 3728/20 3730/10 3743/21 3757/13 3764/22 3775/12 3780/24 3788/8 3799/7
COLUMN [7] 3701/10 3746/7 3752/2 3758/19 3764/19 3768/22 3786/5
COMBINATION [2] 3758/21 3786/4
COMBINE [2] 3758/16 3761/20
COMBINED [1] 3758/24
COMBINES [1] 3785/7
COME [15] 3676/21 3677/17 3681/13 3692/5 3703/4 3706/25 3711/25 3718/21 3735/14 3735/24 3736/5 3753/17 3773/5 3773/11 3802/25
COMES [2] 3709/1 3718/10
COMING [16] 3684/15 3689/18 3729/6 3734/21 3735/4 3735/12 3735/23 3735/24 3737/7 3744/18 3753/11 3754/17 3764/21 3775/24 3789/3 3789/4
COMMENT [2] 3791/16 3795/14
COMMENTED [1] 3792/5
COMMENTING [1] 3792/5
COMMUNITY [1] 3728/14
COMPARABLE [3] 3712/11 3719/5 3799/11
COMPARE [4] 3698/8 3721/18 3722/11 3724/11
COMPARED [2] 3679/18 3788/25
COMPARING [1] 3739/12
COMPARISON [5] 3679/16 3698/15 3720/18 3720/20 3720/20
COMPARISONS [4] 3674/11 3675/17 3675/19 3753/6
COMPETENT [1] 3675/1
COMPLETE [1] 3802/12

COMPLETELY [2] 3678/9 3687/15
COMPLEXITY [1] 3687/9
COMPLEXITIES [1] 3769/8
COMPLICATED [2] 3687/8 3701/22
COMPONENTS [1] 3676/3
COMPORTS [3] 3740/25 3741/19 3741/24
COMPREHENSIVE [1] 3714/2
COMPUTATION [3] 3717/15 3717/17 3717/22
COMPUTATIONAL [6] 3702/8 3703/23 3706/2 3706/3 3720/1 3720/2
COMPUTATIONS [5] 3700/9 3703/11 3706/6 3719/20 3726/15
COMPUTE [5] 3713/6 3717/6 3717/7 3717/19 3758/18
COMPUTED [1] 3704/8
COMPUTER [9] 3668/25 3673/8 3674/21 3675/25 3676/3 3702/21 3704/4 3704/5 3704/24
COMPUTERS [3] 3695/5 3702/19 3703/7
COMPUTES [2] 3699/12 3699/23
COMPUTING [3] 3703/4 3703/10 3717/22
CONCEPT [1] 3688/8
CONCEPTUALLY [1] 3700/10
CONCERN [1] 3688/24
CONCERNING [1] 3698/25
CONCLUDES [2] 3773/4 3793/25
CONCLUSION [6] 3674/13 3686/3 3689/2 3696/17 3698/12 3759/2
CONCLUSIONS [4] 3692/2 3697/2 3759/12 3759/13
CONCURRENT [1] 3693/21
CONDEMNED [1] 3800/23
CONDITIONS [4] 3705/10 3705/10 3705/11 3760/12
CONDUCTIVITY [3] 3698/16 3709/3 3709/6
CONDUIT [1] 3679/20
CONFER [3] 3684/3 3687/25 3721/15
CONFERENCE [2] 3670/8 3670/12
CONFIGURATION [2] 3687/18 3796/3
CONFIGURATIONS [1] 3699/10
CONFLUENCE [1] 3679/12
CONFUSING [1] 3679/15
CONOR [1] 3668/12
CONSEQUENCE [4] 3784/15 3784/17 3784/19 3784/22
CONSERVATION [2] 3700/18 3770/25
CONSIDER [2] 3700/3 3705/1
CONSIDERED [6] 3687/6 3687/7 3700/3 3701/12 3728/13 3775/3
CONSISTENT [2] 3776/3 3776/5
CONSISTENTLY [1] 3721/23
CONSTANTLY [1] 3685/10
CONSTITUENT [1] 3694/6
CONSTITUENTS [1] 3694/16
CONSTRICTED [2] 3761/7 3761/9
CONSTRUCTION [2] 3679/5 3698/17
CONTAINED [2] 3672/2 3672/18
CONTAINS [1] 3672/12
CONTEMPLATE [2] 3749/19 3749/20
CONTENTION [1] 3769/11
CONTINENTAL [5] 3697/21 3708/12 3729/1 3745/23 3764/23
CONTINUALLY [1] 3676/15
CONTINUATION [2] 3789/16 3793/2
CONTINUE [14] 3737/3 3748/9 3750/18 3758/7 3768/3 3770/21 3778/22 3784/11 3788/1 3792/17 3792/18 3795/11 3795/19 3802/8

CONTINUED [9] 3667/1 3668/1 3743/13 3749/25 3752/15 3781/24 3781/10 3781/21 3793/16
CONTINUES [9] 3735/21 3737/4 3765/22 3766/22 3767/12 3772/18 3779/18 3787/24 3788/3
CONTINUING [5] 3749/11 3768/3 3789/21 3790/9 3801/3
CONTINUITY [1] 3700/17
CONTOUR [12] 3732/20 3732/20 3746/1 3775/21 3775/21 3775/22 3775/24 3783/10 3797/18 3797/18 3798/11 3798/15
CONTOUR'S [1] 3797/17
CONTOURS [6] 3674/5 3743/18 3752/15 3752/18 3774/12 3780/24
CONTRAINDICATIONS [1] 3762/11
CONVERSATION [1] 3693/14
CONVERT [2] 3701/24 3701/25
CONVERTING [1] 3701/21
CONVEY [1] 3686/11
CONVEYANCE [3] 3698/20 3788/23 3788/24
CONVEYANCES [3] 3699/4 3705/17 3746/3
CONVEYED [1] 3698/9
COOLER [1] 3757/13
CORIOLIS [1] 3701/6
CORNERS [4] 3688/23 3689/25 3690/13 3721/24
CORPS [4] 3703/22 3704/18 3718/19 3718/25
CORRECT [23] 3678/22 3683/13 3684/23 3693/8 3719/12 3725/25 3744/3 3749/9 3752/23 3757/15 3766/20 3767/7 3767/18 3767/23 3775/13 3777/7 3778/25 3786/6 3786/7 3789/5 3796/22 3796/23 3803/14
CORRECTED [8] 3671/5 3671/9 3673/2 3673/2 3714/16 3714/22 3730/14 3759/18
CORRECTLY [2] 3725/18 3759/25
CORRESPONDENCE [1] 3752/18
CORRESPONDS [1] 3753/4
COULD [55] 3677/13 3679/4 3679/5 3683/23 3684/16 3687/23 3688/15 3688/16 3688/16 3688/17 3688/18 3689/9 3689/23 3690/9 3691/4 3691/15 3691/17 3691/17 3691/20 3691/24 3691/25 3696/3 3697/13 3697/20 3700/13 3704/15 3706/7 3708/7 3710/3 3710/14 3712/9 3716/11 3718/17 3724/10 3726/7 3728/3 3729/15 3730/19 3731/19 3732/1 3759/2 3762/1 3771/23 3773/5 3774/3 3774/5 3775/14 3779/6 3779/7 3779/9 3780/20 3787/20 3795/4 3795/8 3796/25
COULDN'T [7] 3683/4 3702/23 3703/19 3721/8 3722/14 3738/12 3762/5
COUNSEL [8] 3683/1 3684/25 3688/1 3693/12 3754/6 3770/8 3775/2 3780/3
COUNSEL'S [1] 3742/10
COUNTERPART [2] 3799/11 3799/16
COUNTING [1] 3700/7
COUNTRY [1] 3695/4
COUPLE [3] 3672/15 3774/8 3791/4
COUPLING [1] 3705/21
COURSE [30] 3672/6 3686/3 3691/3 3702/7 3707/20 3718/14 3718/17 3719/18 3719/21 3719/23 3724/1 3724/13 3726/18 3727/16 3728/7 3728/20 3729/1 3735/8 3735/22 3748/4 3748/17 3748/25 3755/24 3756/20

## C

COURSE... [6] 3758/6 3778/5 3782/5 3789/11 3793/14 3798/23
COURT [54] 3666/1 3668/20 3670/4 3671/16 3672/11 3672/20 3675/24 3677/16 3677/17 3682/10 3682/24 3684/7 3684/11 3684/20 3684/25 3685/6 3685/13 3685/18 3686/8 3686/20 3686/22 3687/3 3687/10 3689/7 3689/10 3689/13 3689/22 3690/9 3692/11 3692/13 3693/9 3695/14 3695/16 3695/18 3695/23 3696/4 3697/17 3697/20 3702/9 3712/24 3714/10 3723/3 3737/21 3737/23 3762/17 3764/5 3779/11 3796/22 3801/12 3802/18 3803/8 3803/11 3803/12 3803/20
COURT'S [3] 3680/4 3685/12 3713/14
COURTROOM [6] 3670/7 3670/21 3671/1 3671/12 3671/20 3672/14
COVER [5] 3711/6 3711/7 3714/1 3714/1 3715/14
COVERED [2] 3696/10 3697/24
COVERING [2] 3696/23 3787/9
CRASHES [1] 3717/9
CREATE [2] 3678/5 3758/25
CREATED [9] 3677/13 3689/23 3690/25 3705/5 3705/6 3727/17 3728/4 3762/19 3802/5
CREATES [1] 3761/11
CRIMINAL [1] 3802/25
CRITICAL [1] 3762/16
CROSS [30] 3672/3 3674/11 3675/1 3675/2 3675/3 3675/3 3681/16 3683/4 3683/6 3686/9 3687/17 3688/16 3688/18 3689/6 3690/4 3690/11 3692/24 3692/25 3716/4 3722/2 3722/6 3723/15 3733/16 3733/23 3742/4 3742/12 3742/13 3762/10 3780/2 3802/15
CROSS-EXAMINATION [9] 3675/1 3681/16 3688/16 3689/6 3723/15 3733/16 3733/23 3742/4 3742/12
CROSS-EXAMINE [4] 3683/4 3683/6 3687/17 3722/6
CROSS-SECTION [2] 3674/11 3686/9
CROSSED [4] 3672/4 3672/6 3674/3 3720/23
CROWN [1] 3739/21
CUBIC [3] 3765/4 3765/6 3767/23
CURRENT [4] 3694/24 3701/9 3704/17 3755/17
CURRENTS [8] 3676/5 3694/12 3699/23 3699/24 3717/23 3717/24 3757/5 3757/6
CURSORY [1] 3740/1
CUT [1] 3709/24
CUTS [1] 3724/5
CUTTING [1] 3706/21
CV [1] 3666/5
CYPRESS [1] 3715/18

## D

DALLAS [1] 3667/4
DAME [1] 3693/20
DANIEL [1] 3668/10
DATA [43] 3672/2 3672/7 3672/17 3674/4 3674/14 3675/11 3675/19 3675/20 3675/21 3677/13 3677/20 3677/22 3677/23 3677/24 3678/16 3680/25 3683/19 3713/20 3715/1 3715/20 3715/22 3715/22 3715/23 3727/3 3728/11 3728/12 3742/14 3758/23 3758/24 3758/25 3760/12 3775/9 3775/10 3779/16 3779/17

3779/18 3779/19 3779/19 3779/20 3780/3 3780/7 3798/7 3801/21
DATA-DUMP [1] 3683/19
DATA-SIMULATED [1] 3727/3
DATABASE [3] 3715/14 3715/15 3715/17
DATABASES [2] 3713/25 3725/17
DATED [1] 3727/1
DATING [1] 3780/15
DAUGHTER [1] 3780/14
DAY [11] 3675/3 3677/2 3677/17 3684/17 3689/8 3690/7 3690/16 3690/17 3716/5 3716/7 3802/10
DAYLIGHT [4] 3730/9 3738/11 3747/11 3801/22
DAYS [3] 3683/5 3704/12 3773/2
DC [1] 3668/18
DE [1] 3737/13
DE-INTENSIFICATION [1] 3737/13
DEAL [2] 3685/19 3779/14
DEALING [4] 3681/7 3730/4 3731/6 3779/15
DECEMBER [3] 3675/20 3685/16 3721/11
DECIDE [1] 3688/11
DECIDED [1] 3681/11
DECIDUOUS [1] 3711/8
DECISION [4] 3670/9 3681/6 3682/20 3687/7
DECISIONS [1] 3687/5
DECREASE [3] 3753/17 3779/3 3779/3
DECREASES [2] 3699/25 3737/5
DECREASING [1] 3737/9
DEDUCED [1] 3762/1
DEEP [3] 3706/14 3751/10 3760/22
DEEPER [4] 3710/8 3718/3 3725/11 3758/19
DEFEND [1] 3801/6
DEFENDANT [1] 3668/9
DEFENDANTS [1] 3769/11
DEFENSE [9] 3672/1 3674/10 3681/12 3681/18 3683/25 3721/25 3763/1 3764/1 3786/1
DEFER [1] 3690/19
DEFERMENT [1] 3697/17
DEFERRED [1] 3697/16
DEFICIENT [1] 3726/11
DEFINED [7] 3713/9 3736/25 3751/9 3757/5 3757/10 3757/10 3768/25
DEFINITELY [2] 3773/10 3800/21
DEFINITION [1] 3713/8
DEGREE [3] 3693/25 3738/4 3743/24
DEGREES [1] 3693/23
DELFT [2] 3760/2 3760/11
DELIVER [1] 3766/23
DELIVERED [8] 3766/20 3768/9 3786/15 3787/5 3788/5 3788/6 3789/2 3789/19
DELIVERING [4] 3765/4 3765/5 3765/10 3772/7
DELIVERS [1] 3761/22
DELIVERY [10] 3764/10 3765/13 3765/16 3768/3 3770/11 3782/14 3787/7 3787/17 3787/24 3789/5
DELOACH [2] 3691/11 3802/13
DELTA [11] 3707/15 3708/24 3716/20 3717/25 3718/7 3728/25 3728/25 3729/13 3744/3 3755/23 3756/6
DEMONSTRATE [1] 3733/6
DEMONSTRATIVE [9] 3688/3 3688/4 3690/14 3690/24 3691/1 3738/10 3762/18 3800/6 3802/2
DEMONSTRATIVES [9] 3677/22 3681/24 3682/2 3682/14 3682/15

3682/16 3737/25 3741/23 3741/24 3775/9 3801/2
DENIED [1] 3678/18
DENOTING [1] 3754/6
DENOUEMENT [1] 3759/7
DENSITY [1] 3700/5
DEPARTMENT [2] 3668/9 3693/22
DEPENDENT [1] 3760/16
DEPICT [1] 3740/17
DEPICTED [3] 3798/8 3800/5 3802/4
DEPICTION [2] 3741/14 3741/17
DEPICTS [1] 3734/9
DEPO [2] 3683/5 3683/21
DEPOSED [1] 3762/9
DEPOSITION [25] 3671/7 3673/3 3674/14 3674/21 3674/23 3681/8 3681/9 3681/9 3681/14 3683/3 3684/15 3685/8 3714/17 3720/19 3722/14 3729/24 3729/25 3730/14 3732/25 3740/21 3759/8 3762/3 3762/4 3776/9 3800/25
DEPRESSING [1] 3746/25
DEPRESSION [11] 3748/1 3748/2 3749/4 3750/11 3770/4 3778/2 3781/4 3782/17 3782/19 3783/2 3784/12
DEPRIVE [1] 3681/18
DEPRIVED [1] 3684/25
DEPTH [10] 3708/10 3708/12 3708/18 3758/18 3758/18 3758/21 3760/22 3761/20 3764/19 3786/5
DEPTHS [3] 3709/24 3710/1 3761/4
DERIVATIVES [1] 3701/2
DERIVED [5] 3674/13 3712/16 3712/17 3758/12 3764/19
DESCRIBE [4] 3705/15 3715/20 3719/16 3780/20
DESCRIBED [1] 3721/21
DESCRIBES [1] 3678/15
DESCRIBING [2] 3677/1 3721/20
DESCRIPTION [1] 3700/13
DESCRIPTIONS [1] 3678/7
DESIGN [3] 3694/21 3718/17 3718/21
DESIGNED [2] 3679/17 3679/17
DETAIL [12] 3706/20 3708/7 3708/20 3710/14 3713/11 3715/25 3716/19 3721/5 3725/24 3726/2 3731/8 3796/24
DETAILED [6] 3704/25 3715/13 3715/25 3729/5 3730/17 3735/20
DETAILS [10] 3676/16 3683/12 3683/12 3684/23 3705/2 3705/15 3710/21 3710/23 3713/12 3724/15
DETERMINE [1] 3698/1
DETERMINING [2] 3715/24 3772/2
DEVELOP [2] 3700/8 3769/7
DEVELOPED [6] 3680/25 3701/23 3705/21 3718/16 3719/14 3747/18
DEVELOPER [1] 3721/19
DEVELOPING [2] 3702/21 3767/2
DEVELOPMENT [5] 3694/5 3704/15 3721/1 3743/2 3787/20
DEVIATION [1] 3752/22
DEVIL [1] 3683/11
DFIRM [4] 3713/9 3713/10 3713/13 3719/2
DID [31] 3675/17 3678/6 3679/4 3681/13 3681/14 3683/22 3685/15 3695/9 3698/1 3698/3 3698/8 3698/11 3698/17 3698/19 3699/6 3699/8 3716/3 3721/8 3721/11 3721/18 3723/12 3725/14 3730/19 3733/9 3733/13 3733/22 3734/14 3742/16 3770/10 3772/24 3785/8
DIDN'T [16] 3678/13 3685/24 3712/2 3716/23 3720/17 3720/23 3721/5 3721/5 3742/16 3760/14 3760/23 3760/25

D

DIDN'T... [4] 3776/10 3780/16 3785/9 3792/20
DIFFERENCE [28] 3683/19 3712/24 3713/15 3717/18 3720/5 3726/10 3726/14 3726/23 3733/9 3733/17 3738/13 3738/19 3739/7 3739/17 3739/19 3751/20 3754/7 3754/20 3755/11 3760/8 3762/8 3764/8 3774/24 3791/12 3791/23 3791/24 3791/24 3791/25
DIFFERENCES [21] 3678/15 3699/9 3700/5 3714/7 3719/17 3720/9 3721/1 3721/22 3724/20 3725/19 3726/20 3737/25 3738/15 3738/18 3738/22 3740/2 3740/5 3748/10 3754/15 3783/19 3793/10
DIFFERENT [41] 3673/25 3679/21 3680/8 3683/16 3686/1 3699/10 3700/15 3708/1 3711/6 3714/9 3714/22 3715/16 3715/21 3725/16 3726/22 3728/20 3730/10 3731/1 3732/22 3733/4 3733/13 3739/4 3740/9 3741/5 3741/14 3752/20 3753/24 3753/25 3753/25 3754/4 3754/14 3774/24 3774/25 3775/4 3775/6 3775/12 3775/13 3775/14 3790/13 3796/3 3800/13
DIFFERENTIAL [7] 3700/24 3701/22 3702/11 3717/15 3770/17 3784/20 3799/8
DIFFERENTLY [2] 3732/11 3734/4
DIFFICULT [5] 3680/6 3682/19 3705/11 3705/12 3755/10
DIGITAL [1] 3719/2
DIMINISHING [3] 3757/14 3784/15 3784/18
DIRECT [14] 3670/21 3674/25 3679/23 3683/18 3688/16 3688/22 3689/5 3689/7 3689/9 3690/2 3690/12 3692/18 3692/23 3696/1
DIRECTION [15] 3676/5 3706/3 3728/21 3737/12 3750/13 3751/13 3752/7 3752/22 3753/9 3754/18 3756/21 3764/25 3768/7 3774/9 3796/7
DIRECTIONALITY [5] 3752/25 3766/13 3776/23 3776/24 3777/19
DIRECTIONS [4] 3735/22 3761/19 3764/17 3781/6
DIRECTLY [5] 3735/16 3735/23 3735/25 3736/7 3787/23
DISAGREE [2] 3680/18 3680/20
DISAPPEARED [2] 3766/19 3768/22
DISCIPLINE [3] 3722/4 3723/7 3723/20
DISCOVERED [1] 3681/9
DISCREDITED [1] 3674/13
DISCS [1] 3780/5
DISCUSS [2] 3723/8 3723/25
DISCUSSED [3] 3723/2 3723/7 3800/24
DISCUSSING [1] 3771/22
DISCUSSION [1] 3729/24
DISK [2] 3672/12 3672/12
DISKETTE [1] 3673/8
DISPLAY [2] 3679/24 3696/22
DISPUTABLE [1] 3673/11
DISSIPATE [1] 3726/5
DISSIPATED [1] 3758/6
DISSIPATES [1] 3784/16
DISSIPATION [5] 3707/13 3708/23 3750/8 3755/25 3756/1
DISSIPATIVE [1] 3724/24
DISTANCE [1] 3783/15
DISTILL [1] 3731/17

DISTRIBUTARIES [3] 3707/16 3708/24 3709/6
DISTRIBUTION [4] 3679/9 3732/10 3732/13 3746/4
DISTRICT [6] 3666/1 3666/2 3666/11 3718/20 3803/12 3803/12
DIVIDES [1] 3703/1
DIVINED [1] 3683/24
DIVISION [2] 3668/10 3727/5
DO [99] 3673/24 3675/2 3677/22 3679/24 3680/15 3681/2 3681/14 3681/16 3683/1 3683/2 3683/8 3683/18 3685/8 3687/11 3687/20 3687/21 3688/11 3688/12 3688/14 3688/16 3688/18 3689/5 3689/9 3689/10 3690/5 3690/10 3690/11 3690/18 3690/21 3690/22 3691/5 3691/8 3692/4 3692/14 3692/19 3692/20 3692/21 3692/24 3699/11 3702/25 3703/19 3705/3 3705/9 3707/24 3711/5 3715/22 3720/24 3722/7 3722/9 3723/6 3723/6 3723/12 3728/6 3729/5 3732/1 3734/15 3742/2 3742/16 3743/14 3743/15 3745/14 3745/15 3749/10 3749/24 3750/1 3750/7 3751/8 3758/9 3766/7 3766/18 3767/16 3768/3 3768/6 3769/18 3770/21 3770/23 3771/9 3773/5 3776/17 3776/19 3782/12 3785/1 3788/1 3788/3 3789/16 3789/17 3790/2 3790/3 3790/13 3790/18 3792/17 3792/18 3793/2 3796/18 3797/22 3802/15 3802/17 3803/1 3803/13
DOCKET [1] 3666/5
DOCUMENT [2] 3673/13 3673/22
DOCUMENTS [1] 3682/8
DOES [28] 3677/2 3678/23 3679/6 3686/25 3687/18 3690/1 3699/11 3699/21 3700/6 3700/7 3716/25 3717/2 3721/18 3730/23 3737/3 3742/9 3745/10 3747/5 3747/6 3748/9 3748/10 3749/20 3757/8 3760/10 3762/17 3788/9 3788/13 3800/19
DOESN'T [8] 3686/14 3686/25 3708/3 3742/9 3742/9 3749/19 3776/23 3786/16
DOING [9] 3678/11 3696/21 3699/3 3701/21 3703/1 3720/20 3720/20 3723/21 3754/17
DOJ [2] 3678/5 3681/8
DOLLARS [1] 3727/6
DOMAIN [7] 3676/10 3676/11 3705/13 3708/9 3725/16 3746/14 3760/16
DOMENGEAUX [1] 3667/5
DOMINANT [2] 3756/11 3793/12
DOMINANTLY [1] 3756/8
DOMINOS [1] 3672/5
DON'T [53] 3670/17 3673/23 3675/1 3682/3 3684/2 3684/6 3684/17 3685/24 3686/5 3687/20 3688/24 3689/6 3689/8 3690/1 3690/6 3690/8 3690/12 3690/15 3690/17 3690/23 3691/5 3691/7 3691/9 3691/14 3697/5 3697/8 3697/11 3702/6 3711/12 3711/21 3714/6 3722/1 3723/19 3731/5 3734/3 3738/24 3740/10 3740/14 3740/22 3742/5 3742/9 3742/17 3754/4 3759/3 3759/19 3762/3 3762/13 3767/14 3780/1 3792/4 3799/13 3800/19 3801/21
DONE [13] 3674/20 3675/16 3675/19 3680/9 3681/10 3685/6 3697/3 3703/19 3719/4 3732/10 3763/4 3764/15 3772/21
DOUBLE [4] 3722/1 3759/25 3772/5 3772/5
DOWN [18] 3705/2 3707/7 3719/23 3742/23 3753/13 3757/2 3758/4 3764/9 3765/17 3766/5 3769/6 3770/4 3783/23

DISTRIBUTARIES [3] 3786/14 3789/3 3789/17 3793/15
DOWNHILL [1] 3797/24
DOYLE [4] 3668/20 3803/11 3803/19 3803/19
DOZEN [2] 3684/5 3684/5
DR [5] 3682/11 3695/20 3712/24 3730/19 3790/3
DR. [50] 3671/24 3672/2 3672/4 3672/7 3672/9 3672/21 3676/13 3677/1 3677/2 3677/21 3678/3 3678/23 3679/7 3683/14 3684/1 3684/1 3684/2 3684/19 3693/17 3694/2 3695/24 3696/3 3697/20 3702/10 3702/17 3724/10 3727/22 3728/3 3738/1 3738/6 3739/6 3740/3 3743/2 3745/20 3749/18 3754/10 3759/8 3759/24 3760/9 3764/3 3769/18 3772/1 3772/12 3774/2 3775/6 3776/17 3780/21 3797/9 3802/12 3802/16
DR. KEMP [2] 3677/1 3684/1
DR. VAN HEERDEN [3] 3672/21 3683/14 3684/1
DR. VRIJLING [1] 3684/2
DR. WESTERINK [36] 3671/24 3672/2 3672/4 3672/9 3677/2 3678/3 3678/23 3679/7 3684/19 3693/17 3694/2 3695/24 3696/3 3697/20 3702/10 3702/17 3724/10 3727/22 3728/3 3739/6 3740/3 3743/2 3745/20 3749/18 3754/10 3764/3 3769/18 3772/1 3772/12 3774/2 3775/6 3776/17 3780/21 3797/9 3802/12 3802/16
DR. WESTERINK'S [7] 3672/7 3676/13 3677/21 3738/1 3738/6 3759/24 3760/9
DR. WESTERINK'S DEPOSITION [1] 3759/8
DRAG [2] 3791/20 3791/20
DRAINAGE [2] 3771/16 3771/19
DRAINING [1] 3758/2
DRAMATIC [1] 3779/3
DRAMATICALLY [5] 3716/18 3745/18 3767/5 3777/16 3798/21
DRAW [2] 3686/3 3762/12
DREAMING [1] 3702/22
DREDGED [1] 3710/19
DREDGING [1] 3708/2
DRIFT [1] 3752/7
DRIFTING [1] 3752/6
DRIVE [3] 3734/18 3749/11 3769/1
DRIVEN [31] 3698/8 3726/1 3729/4 3729/8 3729/10 3748/25 3755/15 3766/8 3768/14 3769/3 3769/9 3770/18 3780/23 3780/25 3781/1 3781/3 3781/12 3781/13 3781/13 3781/16 3781/19 3781/22 3782/8 3782/9 3782/13 3782/16 3789/6 3793/5 3793/12 3795/10 3797/4
DRIVER [6] 3701/8 3727/14 3734/16 3756/20 3784/2 3789/12
DRIVERS [3] 3702/14 3728/8 3753/16
DRIVING [8] 3699/24 3744/5 3745/5 3748/6 3748/7 3753/9 3768/10 3784/3
DROP [5] 3764/12 3772/17 3779/3 3782/17 3798/19
DROPPING [1] 3679/10
DROPS [1] 3799/4
DROPSONS [1] 3728/12
DROVE [1] 3782/15
DRY [4] 3797/14 3797/15 3797/16 3797/20
DUDENHEFER [2] 3667/9 3667/9
DUE [4] 3687/10 3716/2 3766/15 3768/7
DULY [1] 3693/5
DUMAS [2] 3667/12 3667/12

**D**

DUMP [1] 3683/19
DURATION [2] 3683/9 3760/4
DURING [13] 3677/9 3681/7 3699/13 3705/10 3717/3 3721/6 3725/2 3729/23 3729/25 3737/15 3744/16 3780/3 3799/25
DUTCH [1] 3760/9
DUVAL [1] 3666/11
DX [1] 3673/14
DYNAMICS [1] 3760/15

**E**

EACH [2] 3702/1 3706/3
EAR [1] 3742/18
EARLIER [7] 3705/6 3714/25 3722/5 3727/9 3754/19 3780/4 3782/6
EARLIEST [1] 3744/2
EARLY [3] 3753/3 3765/21 3776/18
EASIER [6] 3691/3 3708/14 3746/6 3771/7 3786/18 3792/14
EASIEST [7] 3766/3 3771/1 3771/13 3772/18 3774/13 3792/11 3793/21
EASILY [5] 3728/13 3731/20 3766/16 3771/6 3792/21
EAST [50] 3668/4 3674/8 3709/3 3709/8 3729/4 3729/8 3729/9 3729/11 3734/22 3735/12 3735/13 3735/24 3745/6 3749/22 3753/10 3753/10 3753/11 3755/15 3755/16 3756/9 3756/17 3756/23 3757/2 3758/4 3765/18 3765/24 3766/8 3766/25 3767/3 3767/8 3767/9 3769/3 3770/13 3770/20 3777/6 3777/18 3778/5 3778/10 3778/11 3778/12 3778/16 3778/17 3782/3 3782/13 3783/25 3786/13 3786/13 3787/23 3793/19 3796/13
EAST/WEST [1] 3777/6
EASTERLY [14] 3728/24 3735/3 3743/10 3744/4 3744/21 3745/5 3746/13 3757/6 3766/14 3768/6 3774/14 3776/20 3776/25 3777/14
EASTERN [4] 3666/2 3745/1 3778/19 3803/12
EASY [1] 3694/25
EBERSOLE [3] 3684/21 3743/8 3759/18
EDWARDS,LLC [1] 3667/5
EFFECT [9] 3698/1 3698/21 3698/21 3698/24 3711/3 3729/2 3751/16 3751/16 3771/14
EFFECTIVE [7] 3692/25 3708/15 3745/8 3747/23 3758/1 3766/24 3787/24
EFFECTIVELY [12] 3696/12 3697/23 3708/19 3750/24 3751/13 3766/23 3767/2 3776/25 3786/14 3786/20 3790/11 3792/11
EFFECTS [10] 3677/7 3698/3 3698/14 3699/2 3699/21 3717/16 3719/24 3725/14 3748/17 3760/11
EFFICIENT [8] 3745/6 3751/1 3768/13 3768/24 3782/13 3787/22 3789/9 3793/23
EFFICIENTLY [1] 3697/23 3745/13 3767/11 3770/2 3777/1 3786/20 3788/5 3788/6 3788/25
EFFORT [1] 3711/2
EHRLICH [1] 3668/11
EITHER [3] 3671/8 3676/7 3691/7
EL [1] 3668/11
EL-AMIN [1] 3668/11
ELEMENT [4] 3676/21 3694/10 3701/13 3797/16

ELEMENTS [4] 3701/17 3701/18 3795/6 3797/18
ELEVATION [16] 3674/19 3676/5 3678/12 3699/12 3700/1 3704/8 3706/4 3739/10 3739/11 3750/14 3758/24 3761/23 3770/18 3783/7 3798/21 3802/4
ELEVATIONS [10] 3717/22 3739/15 3739/21 3759/9 3764/20 3780/24 3784/21 3788/20 3789/7 3799/25
ELIMINATED [2] 3704/6 3704/7
ELISA [3] 3668/3 3672/22
ELOQUENTLY [1] 3742/20
ELSE [7] 3673/25 3682/23 3689/16 3690/4 3734/8 3772/11 3772/12
ELWOOD [2] 3667/22 3667/23
EMANATIONS [1] 3724/7
EMBEDDED [1] 3791/21
EMPHATICALLY [1] 3673/16
EMPLOYS [1] 3700/15
ENABLE [1] 3699/11
ENABLED [1] 3704/25
ENCOMPASSED [1] 3705/7
END [9] 3672/11 3686/24 3686/25 3687/2 3688/20 3773/12 3773/15 3787/3 3794/2
ENDS [1] 3763/3
ENERGETIC [1] 3705/24
ENERGY [1] 3777/19
ENFORCE [6] 3673/16 3675/4 3684/9 3688/23 3689/12 3724/4
ENFORCED [1] 3673/12 3673/17 3721/24
ENGINEERING [5] 3693/19 3693/23 3693/25 3701/19 3720/3
ENGINEERS [1] 3718/19
ENGLISH [4] 3731/18 3736/9 3736/12 3736/14
ENIGMA [1] 3702/12
ENLARGEMENT [1] 3699/1
ENLIGHTEN [2] 3712/9 3799/23
ENLIGHTENMENT [1] 3713/14
ENOUGH [2] 3760/6 3786/17
ENTIRE [4] 3681/11 3737/2 3778/13 3792/24
ENTIRELY [2] 3681/17 3776/6
ENTITLED [1] 3803/16
ENVIRONMENTAL [1] 3718/24
EPHEMERAL [1] 3724/3
EPIPHANOUS [1] 3722/23
EPIPHANY [1] 3687/22
EQUAL [2] 3700/12 3700/19
EQUALIZE [2] 3750/19 3751/11
EQUATION [3] 3694/10 3700/16 3700/17
EQUATIONS [25] 3676/4 3700/6 3700/7 3700/9 3700/9 3700/14 3700/18 3700/18 3700/19 3700/20 3700/24 3700/24 3701/4 3701/5 3701/15 3701/22 3701/25 3702/11 3702/18 3702/22 3703/2 3704/1 3704/6 3705/2 3764/7
ERA [1] 3704/4
ERGO [1] 3723/3
ERODE [1] 3760/6
ERROR [1] 3725/9
ERRORS [2] 3714/15 3714/21
ESCAPE [1] 3761/7
ESPECIALLY [1] 3684/10
ESQ [31] 3666/15 3666/18 3666/19 3666/22 3666/22 3667/3 3667/6 3667/9 3667/12 3667/16 3667/19 3667/20 3667/23 3668/3 3668/3 3668/6 3668/6 3668/10 3668/11 3668/11 3668/12 3668/12 3668/13 3668/13 3668/14

3668/14 3668/15 3668/15 3668/16 3668/16 3668/17
ESSENCE [1] 3712/18
ESSENTIALLY [24] 3698/4 3698/5 3699/2 3700/7 3700/17 3702/7 3703/12 3717/6 3725/5 3732/24 3737/11 3743/20 3744/8 3756/17 3764/10 3772/15 3784/12 3789/8 3795/10 3796/23 3797/3 3797/14 3797/16 3797/19
ESSENTIALLY THE [1] 3698/4
ESTABLISH [2] 3754/4 3775/3
ESTUARIES [1] 3694/17
ESTUARINE [2] 3694/6 3695/21
ET [2] 3666/5 3666/7
ETC [6] 3711/15 3712/15 3717/25 3743/23 3752/24 3795/15
ETHEL [4] 3740/19 3740/21 3741/10 3780/12
EVALUATE [1] 3694/23
EVEN [25] 3673/9 3674/25 3683/17 3684/1 3688/7 3691/23 3696/11 3704/14 3710/21 3717/4 3740/11 3745/11 3745/14 3745/17 3748/20 3762/5 3762/13 3764/22 3765/14 3767/5 3778/21 3783/24 3787/2 3795/2 3796/14
EVENHANDED [1] 3724/5
EVENING [3] 3737/10 3802/24 3803/8
EVENT [2] 3677/10 3727/14
EVER [2] 3727/18 3728/14
EVERY [9] 3671/8 3676/6 3676/6 3677/2 3677/16 3688/25 3706/4 3731/14 3768/21
EVERY HALF-SECOND [1] 3676/6
EVERYBODY [3] 3682/20 3692/21 3802/11
EVERYONE [1] 3720/3
EVERYTHING [8] 3673/10 3716/1 3753/10 3753/25 3755/15 3756/8 3776/4 3776/5
EVERYWHERE [2] 3739/18 3793/7
EVIDENCE [10] 3677/21 3682/8 3682/10 3682/12 3682/15 3682/16 3761/25 3762/9 3762/15 3780/1
EVOLUTION [6] 3696/8 3705/5 3719/18 3733/8 3743/23 3774/6
EVOLVED [2] 3697/22 3718/14
EVOLVING [1] 3704/5
EXACT [2] 3679/24 3681/3
EXACTLY [5] 3716/17 3732/15 3747/6 3775/22 3776/10
EXAGGERATING [1] 3684/18
EXAMINATION [15] 3675/1 3681/16 3687/23 3688/16 3688/22 3689/6 3692/18 3696/1 3716/5 3723/15 3733/16 3733/23 3742/4 3742/12 3799/14
EXAMINATIONS [1] 3690/12
EXAMINE [4] 3683/4 3683/6 3687/17 3722/6
EXAMINED [2] 3699/10 3722/14
EXAMPLE [19] 3687/17 3702/2 3702/4 3706/12 3707/9 3709/5 3709/11 3709/16 3710/9 3710/17 3711/7 3715/15 3724/23 3730/8 3730/10 3752/4 3754/24 3765/2 3765/14
EXAMPLES [1] 3674/22
EXCEPT [1] 3787/21
EXCESS [4] 3783/18 3798/6 3798/9 3800/11
EXCHANGE [1] 3783/20
EXCLUDE [1] 3670/14
EXCLUDED [2] 3670/21 3670/25
EXCLUSIVELY [1] 3671/25
EXCUSE [2] 3738/8 3800/6

**E**

EXERCISED [1] 3699/8
EXERTING [1] 3795/3
EXHIBIT [5] 3677/17 3761/13 3762/18 3763/1 3768/16
EXHIBITS [10] 3681/25 3683/19 3688/4 3688/4 3690/14 3690/24 3690/25 3772/21 3800/7 3802/2
EXIST [2] 3748/5 3772/6
EXISTING [1] 3680/9
EXISTS [2] 3760/10 3778/23
EXITED [1] 3671/19
EXPANDING [2] 3676/23 3704/24
EXPECT [1] 3740/9
EXPECTED [1] 3684/25
EXPECTING [1] 3693/12
EXPERT [11] 3671/6 3671/24 3671/24 3672/2 3672/7 3672/18 3679/3 3686/12 3695/20 3721/8 3764/4
EXPERT'S [1] 3674/10
EXPERTS [10] 3672/1 3673/21 3674/17 3689/8 3722/7 3722/15 3723/12 3742/14 3759/17 3762/10
EXPLAIN [18] 3675/24 3676/20 3681/22 3684/20 3701/14 3704/15 3712/17 3712/19 3712/24 3717/5 3721/1 3730/19 3732/12 3751/20 3758/12 3764/5 3796/21 3797/11
EXPLAINED [1] 3800/24
EXPLAINING [2] 3703/18 3730/5
EXPLANATION [8] 3680/11 3711/19 3715/13 3721/17 3729/16 3731/1 3738/21 3760/8
EXPLANATORY [1] 3682/10
EXPLOIT [1] 3780/2
EXPLORE [1] 3733/15
EXTANT [1] 3685/20
EXTENSION [9] 3735/18 3744/19 3746/24 3777/3 3777/4 3777/9 3781/3 3781/18 3781/23
EXTENSIVE [2] 3694/15 3729/24
EXTENSIVELY [5] 3694/11 3695/18 3714/19 3718/19 3732/25
EXTENT [2] 3764/18 3779/25
EXTRA [1] 3789/14
EXTRAPOLATE [2] 3688/2 3731/20
EXTRAPOLATES [1] 3751/6
EXTRAPOLATION [3] 3688/6 3688/9 3689/2
EXTRAPOLATIONS [1] 3687/14
EXTREMELY [5] 3704/11 3705/11 3735/11 3789/2 3790/11
EYE [3] 3684/7 3735/8 3790/4

**F**

FACT [33] 3696/7 3696/9 3697/9 3701/23 3713/23 3715/23 3717/10 3722/15 3723/21 3723/24 3723/25 3725/14 3727/1 3727/3 3727/17 3729/23 3730/25 3745/18 3764/8 3766/3 3769/7 3770/23 3776/4 3778/20 3778/22 3782/21 3784/22 3786/14 3788/15 3789/23 3790/16 3792/6 3795/17
FACTOR [1] 3748/8
FACTORS [1] 3719/21
FAILURE [1] 3760/17
FAIR [3] 3682/20 3685/23 3687/13
FAIRLY [1] 3700/10
FAITH [3] 3678/1 3688/1 3689/24
FALL [2] 3741/14 3741/17
FALSE [2] 3681/12 3682/6
FAMILIAR [2] 3675/24 3710/1

FARTHER [3] 3698/22 3744/8 3747/15
FASCINATING [1] 3800/1
FASTER [2] 3754/22 3758/20
FATALLY [1] 3679/4
FAYARD [2] 3667/16 3667/16
FCRR [3] 3668/20 3803/11 3803/19
FEATURE [2] 3708/18 3756/3
FEATURES [7] 3707/11 3707/25 3709/9 3711/1 3718/23 3719/25 3724/16
FEDERAL [1] 3675/5
FEEL [2] 3692/19 3693/16
FEELING [1] 3754/18
FEET [47] 3674/16 3674/17 3674/17 3679/13 3696/8 3696/9 3697/7 3710/2 3717/13 3718/10 3719/22 3719/23 3727/10 3727/10 3742/8 3743/19 3745/1 3745/22 3747/21 3747/21 3752/5 3752/8 3754/1 3754/2 3765/4 3765/6 3767/23 3783/7 3783/12 3783/14 3783/18 3783/18 3783/22 3783/23 3789/14 3797/23 3797/25 3798/1 3798/2 3798/7 3798/9 3798/9 3798/12 3798/25 3799/2 3799/5 3800/11
FEMA [13] 3694/23 3699/14 3713/9 3713/10 3713/12 3713/23 3714/3 3714/7 3714/19 3716/1 3719/2 3732/23 3754/14
FERMAT'S [1] 3702/12
FEW [13] 3672/22 3675/14 3678/19 3685/2 3686/16 3691/19 3693/18 3700/2 3708/2 3720/1 3730/4 3730/5 3771/23
FEWER [1] 3779/8
FIELD [2] 3734/8 3747/20
FIELDS [7] 3727/4 3728/3 3729/20 3729/22 3734/5 3734/6 3775/11
FIGURE [33] 3688/12 3724/12 3731/4 3731/19 3731/20 3731/21 3731/23 3732/1 3732/2 3732/5 3732/7 3732/15 3732/17 3738/6 3738/9 3741/2 3741/3 3754/24 3755/2 3755/3 3755/10 3775/18 3775/19 3776/2 3776/2 3790/20 3799/24 3800/2 3800/5 3800/9 3801/18 3801/21 3802/6
FIGURE 1 [1] 3731/4
FIGURED [1] 3762/5
FIGURES [13] 3672/16 3675/21 3696/20 3696/22 3724/13 3733/1 3735/7 3735/20 3751/8 3754/13 3772/22 3776/7 3797/10
FILE [1] 3677/14
FILED [1] 3674/24
FILL [3] 3745/12 3749/12 3771/7
FILLED [1] 3750/19
FILLING [1] 3744/20
FINAL [2] 3723/18 3726/19
FINALLY [1] 3726/16
FIND [25] 3691/8 3716/6 3716/8 3731/17 3741/11 3750/20 3751/3 3757/12 3758/5 3759/4 3766/2 3769/18 3771/1 3771/6 3771/7 3771/13 3772/18 3784/22 3785/3 3789/9 3792/20 3792/21 3799/10 3799/11 3799/15
FINDING [8] 3698/17 3698/25 3756/3 3771/4 3772/15 3786/20 3793/8 3793/11
FINDINGS [3] 3685/25 3696/4 3745/21
FINDS [1] 3789/9
FINE [6] 3701/3 3740/25 3741/1 3741/5 3741/6 3803/5
FINEL [2] 3701/18 3722/12
FINER [2] 3676/19 3704/25
FINISH [3] 3680/2 3763/4 3772/11
FINISHED [2] 3695/17 3785/8
FINISHES [1] 3692/23
FINITE [4] 3676/21 3694/9 3701/13 3701/17

FIRM [4] 3666/21 3667/9 3667/12 3667/12
FIRST [15] 3670/8 3678/21 3683/8 3687/3 3691/22 3696/5 3700/16 3700/22 3719/21 3731/12 3734/19 3745/21 3749/2 3784/17 3799/23
FIVE [3] 3731/7 3762/11 3773/2
FLAT [2] 3750/20 3751/10
FLAWED [1] 3679/4
FLOAT [1] 3752/1
FLOATING [1] 3702/24
FLOOD [4] 3694/22 3719/2 3765/7 3765/11
FLOODED [1] 3744/16
FLOODING [3] 3674/8 3694/12 3694/23
FLOPS [1] 3702/24
FLORIDA [1] 3667/17
FLOW [54] 3677/9 3679/11 3700/10 3700/10 3700/23 3700/23 3702/3 3705/18 3705/18 3705/19 3708/22 3710/25 3719/25 3725/1 3725/5 3725/12 3725/17 3726/5 3726/12 3746/6 3753/20 3753/22 3754/17 3754/18 3756/4 3756/25 3761/8 3765/12 3767/1 3767/8 3770/12 3771/8 3772/7 3784/10 3784/22 3786/12 3786/13 3787/7 3787/16 3787/22 3788/13 3788/16 3789/12 3789/13 3789/20 3789/23 3789/24 3790/15 3792/6 3792/12 3792/14 3792/15 3792/17 3797/7
FLOWED [5] 3772/2 3772/2 3772/3 3784/11 3784/13
FLOWING [15] 3756/22 3756/23 3767/9 3770/13 3770/14 3787/23 3788/1 3788/10 3789/14 3792/7 3792/7 3792/8 3792/12 3797/5 3797/6
FLOWS [2] 3701/2 3756/13
FLUX [26] 3751/6 3759/3 3759/5 3761/15 3764/12 3764/18 3764/25 3765/16 3765/17 3765/24 3766/4 3767/17 3767/20 3767/20 3768/6 3768/8 3772/3 3772/24 3782/13 3785/6 3785/6 3786/6 3789/1 3789/3 3789/24 3789/25
FLUXES [15] 3674/5 3758/10 3758/14 3758/21 3763/4 3764/4 3764/8 3764/10 3764/14 3768/10 3773/5 3785/9 3786/4 3788/15 3792/4
FLY [2] 3714/9 3723/22
FOCUS [4] 3705/18 3734/5 3774/3 3795/2
FOCUSED [6] 3714/4 3772/4 3777/20 3777/20 3777/24 3795/6
FOCUSES [2] 3671/25 3694/5
FOCUSING [2] 3729/12 3748/14
FOLLOW [3] 3689/7 3703/22 3771/25
FOLLOWING [3] 3670/10 3671/15 3691/16
FOLLOWS [1] 3693/6
FOOT [27] 3717/13 3717/13 3726/23 3726/23 3739/7 3739/17 3739/17 3739/18 3739/19 3739/20 3739/20 3740/10 3740/11 3742/15 3742/15 3749/10 3765/1 3765/2 3765/3 3765/9 3779/15 3788/14 3788/16 3788/18 3788/19 3797/3 3798/15
FORCE [4] 3700/11 3700/19 3791/19 3793/13
FORCED [1] 3753/20
FORCES [2] 3701/6 3795/3
FORCING [2] 3701/9 3727/2
FORCINGS [1] 3701/8
FORECAST [2] 3719/7 3719/8
FORECASTING [1] 3704/19

# F

FOREGOING [1] 3803/13
FOREST [1] 3711/8
FORESTS [1] 3715/18
FORGETTING [1] 3741/2
FORGIVE [3] 3752/10 3757/23 3790/2
FORGOT [1] 3791/14
FORMED [2] 3677/23 3685/16
FORMING [1] 3770/15
FORMS [1] 3675/22
FORMULATION [1] 3713/5
FORTH [5] 3697/3 3713/19 3720/8 3796/15 3796/21
FORTUNATE [1] 3702/20
FORTUNATELY [1] 3715/22
FORWARD [4] 3684/12 3744/25 3755/1 3779/6
FOUND [3] 3723/16 3725/2 3751/11
FOUNDATIONAL [1] 3801/23
FOUR [10] 3673/23 3674/3 3684/16 3687/8 3688/23 3689/25 3690/13 3721/24 3762/11 3787/14
FOUR-WEEK [1] 3684/16
FRACTIONS [1] 3755/5
FRAME [1] 3769/22
FRANK [1] 3667/9
FRANKLIN [1] 3668/17
FRANKLY [4] 3680/6 3685/20 3690/16 3731/5
FRESH [2] 3712/14 3715/19
FRICTION [7] 3677/7 3712/18 3713/6 3715/2 3746/5 3756/1 3768/24
FRICTIONAL [5] 3711/3 3713/5 3746/4 3751/16 3793/14
FRIDAY [1] 3673/25
FRONT [1] 3732/21
FULL [2] 3693/7 3770/21
FULLY [1] 3708/21
FUNDAMENTAL [2] 3685/1 3740/13
FUNNY [1] 3699/13
FURTHER [7] 3680/10 3694/18 3697/14 3717/5 3720/14 3796/15 3796/19

# G

GAMESMANSHIP [5] 3681/17 3800/22 3800/23 3800/24 3801/4
GAP [17] 3711/11 3712/21 3713/7 3713/7 3713/16 3713/20 3713/22 3713/23 3714/4 3714/18 3714/23 3715/14 3715/16 3715/22 3715/22 3715/23 3716/23
GATHERING [1] 3676/15
GAVE [3] 3675/10 3675/19 3677/15
GENERAL [6] 3727/11 3742/24 3765/17 3769/21 3771/19 3785/2
GENERALLY [5] 3687/6 3754/16 3766/8 3766/13 3800/5
GENERATED [2] 3677/20 3796/20
GEOGRAPHIC [1] 3705/14
GEOLOGICAL [1] 3693/20
GEOMETRY [1] 3705/7
GET [51] 3676/24 3678/20 3683/8 3684/6 3690/9 3690/20 3691/4 3691/20 3699/15 3699/19 3705/15 3705/20 3706/15 3707/24 3708/22 3709/9 3710/11 3711/2 3715/20 3716/23 3717/18 3720/23 3721/11 3725/25 3726/2 3726/13 3727/2 3729/9 3730/1 3731/16 3734/3 3734/23 3737/12 3740/8 3743/11 3744/16 3746/4 3752/17 3753/12 3753/14 3753/21 3754/17 3759/19 3760/7 3767/14 3769/14

3771/25 3772/6 3783/10 3796/10 3800/22
GETS [10] 3673/20 3676/19 3677/2 3688/8 3688/25 3709/8 3718/4 3728/17 3744/14 3744/21
GETTING [8] 3680/2 3709/24 3735/18 3736/4 3747/4 3751/22 3759/6 3779/13
GILBERT [5] 3668/2 3668/3 3672/22 3673/21 3683/3
GIS [1] 3677/14
GIVE [14] 3674/17 3678/23 3682/23 3686/16 3688/18 3691/23 3692/24 3700/13 3715/13 3721/15 3722/20 3738/21 3758/22 3801/4
GIVEN [13] 3675/9 3675/10 3677/19 3678/16 3681/22 3682/3 3685/13 3685/13 3686/23 3723/21 3739/21 3751/2 3779/21
GIVES [4] 3674/16 3714/12 3761/21 3769/21
GIVING [1] 3684/14
GIWW [4] 3679/6 3679/9 3707/17 3783/9
GLANCING [1] 3687/11
GLOBAL [1] 3737/11
GO [66] 3680/13 3684/12 3685/23 3687/23 3688/18 3692/8 3692/17 3692/24 3695/1 3702/12 3703/25 3710/25 3720/14 3721/16 3721/18 3722/20 3724/7 3724/19 3726/5 3726/13 3726/19 3729/3 3729/10 3731/21 3732/19 3738/17 3742/3 3744/8 3746/20 3751/19 3752/1 3755/1 3765/21 3771/23 3772/19 3775/17 3776/22 3777/12 3777/15 3779/9 3780/17 3781/5 3781/8 3781/11 3783/10 3784/5 3784/23 3785/5 3785/6 3785/8 3785/9 3785/10 3785/11 3786/3 3787/20 3790/20 3791/3 3791/4 3791/6 3793/21 3797/1 3797/5 3797/8 3797/15 3797/23 3800/8
GODOT [1] 3689/18
GOES [13] 3690/22 3704/23 3705/7 3707/7 3724/22 3725/24 3731/13 3731/14 3732/15 3739/9 3762/15 3783/17 3796/13
GOING [101] 3670/13 3670/14 3671/11 3671/17 3679/21 3679/23 3682/13 3682/17 3682/22 3682/25 3683/5 3683/24 3684/20 3684/22 3685/2 3686/17 3686/24 3686/25 3687/1 3687/11 3688/10 3688/10 3688/11 3689/5 3689/7 3689/24 3690/7 3690/10 3690/17 3690/18 3690/19 3690/20 3691/6 3691/13 3691/14 3692/17 3695/17 3696/25 3697/9 3697/17 3702/4 3703/24 3704/18 3709/15 3710/8 3712/5 3714/11 3716/4 3719/8 3721/9 3721/14 3722/4 3722/24 3722/25 3723/8 3723/8 3724/4 3726/12 3730/4 3730/13 3730/16 3733/23 3736/5 3737/18 3738/1 3738/19 3739/8 3739/15 3741/1 3742/3 3743/5 3752/16 3753/23 3758/16 3759/1 3759/19 3759/21 3760/16 3762/6 3762/23 3762/25 3767/16 3769/10 3769/14 3771/24 3772/20 3776/13 3778/20 3780/1 3783/23 3788/8 3788/7 3790/1 3795/20 3796/5 3801/1 3801/3 3801/16 3802/22 3802/19 3803/3
GOLDEN [25] 3736/17 3736/25 3749/4 3749/5 3749/12 3769/7 3770/2 3770/16 3771/5 3771/11 3778/2 3778/11 3782/8 3782/16 3783/6 3784/4 3784/8 3786/21 3789/18 3790/7 3790/15 3792/13

3792/22 3795/9 3796/24 3797/5 3804/14 3807/12 3820/1
3746/19 3777/17
GOOD [13] 3678/1 3688/1 3689/24 3709/3 3720/4 3742/2 3743/11 3765/12 3765/25 3772/7 3799/22 3802/9 3803/5
GOOD-FAITH [1] 3678/1
GOOFED [1] 3742/13
GOT [24] 3671/2 3683/12 3684/21 3686/15 3690/8 3690/11 3721/12 3722/6 3722/7 3722/9 3722/10 3722/11 3723/4 3739/13 3740/20 3743/6 3759/2 3762/10 3762/12 3764/16 3783/11 3783/17 3784/12 3790/22
GOVERNMENT [6] 3667/13 3671/23 3672/12 3673/7 3683/7 3689/22
GOVERNMENT'S [1] 3801/7
GRACIOUS [1] 3688/21
GRADIENT [13] 3753/15 3770/17 3778/23 3783/5 3783/17 3783/24 3784/20 3789/7 3789/12 3793/9 3793/13 3799/3 3799/6
GRADIENTS [10] 3700/4 3704/8 3747/1 3747/2 3748/5 3750/15 3751/2 3755/19 3797/24 3798/18
GRAND [2] 3707/11 3745/19
GRAND ISLE [1] 3707/11
GRAPH [1] 3800/12
GRAPHICALLY [3] 3716/11 3717/20 3761/16
GRAPHICS [21] 3670/15 3671/3 3672/13 3672/15 3673/9 3673/18 3675/9 3677/11 3677/12 3677/18 3677/21 3680/21 3680/24 3683/24 3685/25 3687/12 3740/17 3759/17 3795/21 3796/21 3801/5
GRAPHS [8] 3674/19 3679/25 3680/8 3681/10 3681/12 3731/5 3762/2 3800/6
GRAY [2] 3762/19 3797/19
GREAT [1] 3690/22
GREATER [2] 3720/10 3758/20
GREEN [3] 3739/3 3766/19 3787/3
GREENS [3] 3728/18 3743/22 3787/1
GREENWICH [1] 3730/9
GREIF [1] 3668/12
GRID [22] 3676/11 3676/12 3676/16 3676/19 3676/21 3677/3 3700/25 3701/3 3701/16 3704/22 3705/25 3706/1 3706/7 3706/11 3707/18 3719/21 3719/22 3724/11 3731/1 3732/23 3733/21 3776/10
GRIDS [6] 3674/10 3676/21 3678/11 3704/25 3718/15 3751/6
GROUND [2] 3705/2 3795/17
GROUNDS [1] 3709/17
GROUP [2] 3668/7 3695/3
GROUPS [1] 3695/3
GROWTH [1] 3703/3
GUESS [8] 3679/1 3690/15 3691/1 3691/15 3759/6 3760/19 3784/5 3798/17
GUIDED [2] 3746/21 3747/19
GULF [8] 3694/3 3696/23 3706/14 3707/21 3716/12 3761/9 3788/11 3788/14
GUY [1] 3683/4
GUYS [1] 3722/6
GYRATING [2] 3770/15 3789/24
GYRE [4] 3736/19 3769/6 3770/16 3790/1

# H

H1 [10] 3705/25 3716/14 3720/11 3743/6 3743/6 3753/5 3760/1 3772/23

H1... [2]  3776/6 3802/5
H2 [2]  3706/1 3753/7
H3 [1]  3753/7
H4 [1]  3753/7
H5 [1]  3753/7
H6 [1]  3706/1
HABITAT [1]  3715/17
HAD [45]  3674/24 3675/15 3675/20
3681/8 3682/9 3683/13 3683/22 3687/8
3687/22 3690/14 3691/4 3698/1 3698/3
3703/9 3703/9 3703/12 3703/22 3704/12
3706/1 3708/4 3713/22 3714/15 3714/21
3721/20 3722/15 3722/19 3725/2 3725/9
3728/24 3729/24 3742/6 3745/22
3747/18 3750/11 3752/5 3758/23
3758/23 3759/8 3760/21 3761/8 3762/10
3766/24 3776/4 3782/12 3795/24
HADN'T [1]  3772/4
HAIL [1]  3684/19
HALF [13]  3676/6 3676/7 3676/8 3676/8
3684/17 3689/8 3690/15 3690/17 3706/4
3706/5 3706/5 3706/6 3717/13
HAND [3]  3672/25 3703/2 3778/4
HANDED [4]  3670/15 3672/12 3673/7
3743/8
HANDLE [2]  3686/17 3712/6
HAPPEN [2]  3685/21 3742/17
HAPPENED [2]  3697/20 3801/14
HAPPENING [3]  3717/8 3736/18 3771/2
HAPPENS [3]  3686/25 3756/10 3756/18
HAPPY [2]  3685/18 3685/21
HARD [2]  3687/6 3735/16
HARMONIC [1]  3694/16
HAS [68]  3674/9 3674/15 3674/18
3674/18 3674/20 3676/2 3676/14 3677/8
3678/4 3679/10 3681/5 3681/14 3681/18
3683/12 3683/13 3683/25 3684/25
3685/6 3687/3 3689/22 3690/11 3693/21
3694/2 3695/4 3703/4 3704/14 3711/6
3713/24 3714/21 3714/22 3715/1
3715/15 3715/17 3716/15 3718/12
3718/14 3720/15 3720/22 3722/21
3723/2 3723/14 3726/13 3733/21
3736/22 3739/13 3744/8 3746/17
3746/19 3747/12 3747/15 3748/23
3749/8 3751/11 3757/2 3761/25 3762/8
3766/19 3766/21 3768/21 3769/1 3778/7
3779/14 3781/21 3788/23 3789/11
3791/21 3793/6 3800/23
HASN'T [6]  3679/2 3679/15 3679/20
3686/10 3798/11 3798/11
HATE [1]  3703/19
HAVE [223]
HAVEN'T [4]  3673/9 3685/13 3687/22
3766/12
HAVING [8]  3685/19 3693/5 3698/21
3705/22 3784/11 3785/5 3787/4 3797/7
HB [1]  3668/20
HB-406 [1]  3668/20
HE [96]  3671/5 3671/6 3673/3 3673/14
3674/13 3674/15 3674/16 3674/18
3674/18 3674/20 3674/21 3674/21
3674/23 3674/23 3675/15 3675/17
3676/15 3676/19 3677/2 3677/2 3677/3
3678/4 3678/5 3678/6 3678/6 3678/9
3678/13 3678/15 3679/1 3679/14
3679/20 3679/21 3683/12 3683/12
3683/14 3684/20 3685/6 3685/9 3685/10
3685/15 3686/14 3689/9 3690/1 3690/11
3692/23 3693/19 3693/21 3693/22
3693/24 3694/9 3695/6 3695/18 3696/21

3703/18 3712/1 3712/2 3714/20 3714/21
3715/22 3718/9 3718/19 3719/2 3720/7
3720/18 3720/19 3720/20 3720/21
3720/22 3720/22 3721/18 3721/19
3721/19 3722/1 3722/14 3722/15
3729/16 3730/14 3733/13 3733/20
3733/20 3733/21 3733/21 3739/13
3740/25 3741/4 3742/7 3742/13 3742/14
3742/16 3759/19 3762/8 3780/5 3780/6
3780/8 3801/20 3801/20
HE'LL [1]  3683/15
HE'S [1]  3712/22
HEALTHY [2]  3755/17 3755/17
HEAR [6]  3670/6 3676/20 3684/16
3691/24 3702/11 3742/18
HEARD [6]  3670/5 3670/18 3677/8
3683/21 3702/9 3722/21
HEART [2]  3779/13 3799/13
HEAVILY [1]  3699/5
HEERDEN [3]  3672/21 3683/14 3684/1
HEIGHT [1]  3800/22
HEIGHTS [1]  3708/3
HELD [2]  3670/10 3671/15
HELP [2]  3762/17 3796/22
HELPING [2]  3733/10 3754/20
HELPS [1]  3775/16
HEPBURN [3]  3741/10 3741/12 3780/12
HERE [170]
HERE'S [2]  3708/9 3725/21
HEREBY [1]  3803/13
HEURISTIC [2]  3762/21 3762/22
HEY [1]  3683/4
HIATUSES [1]  3687/10
HIGH [16]  3709/16 3709/16 3718/2
3726/17 3743/18 3747/1 3753/19
3755/19 3755/20 3755/21 3755/22
3765/15 3778/23 3789/7 3793/6 3797/6
HIGHER [6]  3718/18 3723/4 3724/16
3761/12 3788/10 3788/14
HIGHEST [3]  3727/22 3789/5
HIGHLIGHTED [1]  3787/1
HIGHLY [4]  3707/12 3707/18 3707/21
3739/23
HIM [22]  3670/6 3670/25 3671/11
3672/6 3675/2 3675/3 3675/3 3676/20
3680/2 3681/22 3684/2 3684/15 3689/20
3695/18 3712/16 3712/19 3722/6
3733/23 3742/3 3742/13 3761/25
3779/15
HIS [70]  3670/16 3671/4 3671/5 3671/7
3671/24 3672/2 3672/18 3672/25 3673/3
3674/3 3674/9 3674/14 3674/14 3674/21
3674/23 3675/11 3675/15 3675/22
3677/2 3677/3 3677/10 3677/23 3678/5
3678/14 3678/15 3679/2 3679/14
3679/21 3679/22 3680/9 3683/3 3683/5
3685/8 3685/10 3685/13 3685/14
3685/14 3686/12 3686/15 3687/23
3689/7 3690/10 3692/24 3693/18
3693/22 3694/4 3694/24 3695/3 3696/16
3696/16 3697/2 3703/16 3703/23 3712/2
3715/1 3720/18 3720/19 3720/22
3721/18 3722/14 3729/17 3730/14
3739/13 3740/12 3759/17 3759/11
3759/17 3759/17 3760/1 3779/20
HISTORY [1]  3733/8
HIT [1]  3671/2
HOLD [2]  3699/7 3774/17
HOLDS [2]  3693/24 3761/11
HOLLAND [1]  3684/2
HOMINEM [2]  3682/25 3801/4
HONEST [1]  3682/4
HONEYCUTT [1]  3667/16

HONOR [106]  3670/5 3670/18 3671/14
3671/23 3672/11 3673/1 3673/4 3673/11
3674/15 3675/2 3675/4 3675/8 3675/13
3677/8 3678/17 3678/24 3679/14 3680/1
3680/11 3680/18 3680/19 3681/5
3681/17 3681/24 3682/4 3682/5 3682/10
3683/1 3684/24 3685/4 3685/23 3686/4
3686/14 3688/15 3688/20 3689/24
3690/3 3691/7 3692/2 3693/3 3693/16
3693/18 3695/20 3696/15 3696/19
3697/2 3697/13 3703/13 3711/16
3711/23 3712/1 3712/4 3713/17 3714/6
3714/20 3716/2 3716/7 3720/17 3720/25
3729/15 3733/20 3733/25 3734/11
3738/16 3738/18 3740/7 3740/13 3742/1
3742/6 3742/23 3753/23 3758/11
3759/12 3759/23 3762/7 3762/20
3769/16 3773/7 3774/18 3779/10
3779/16 3779/17 3779/24 3780/3
3780/10 3780/15 3780/18 3785/12
3790/22 3790/23 3795/20 3796/4
3799/10 3799/21 3800/8 3800/15
3800/17 3800/23 3801/17 3802/10
3802/14 3803/2
HONOR'S [1]  3675/14
HONORABLE [1]  3666/11
HOPE [2]  3666/16 3800/21
HOPING [2]  3780/6 3780/8
HORIZON [1]  3695/5
HOT [2]  3764/22 3788/8
HOUR [13]  3671/3 3673/12 3675/5
3681/21 3683/18 3684/9 3688/23 3728/6
3728/6 3731/14 3734/25 3747/12
3789/13
HOUR-BY-HOUR [1]  3728/6
HOURLY [1]  3731/9
HOURS [22]  3670/16 3672/14 3672/15
3672/22 3681/22 3682/4 3728/9 3728/9
3728/23 3731/7 3737/14 3753/3 3753/5
3772/19 3776/18 3779/3 3784/24
3787/14 3789/13 3789/13 3793/6
3795/12
HOW [48]  3672/5 3675/25 3677/9
3680/8 3680/20 3681/4 3682/17 3683/17
3684/3 3684/6 3684/17 3686/17 3690/8
3690/21 3690/22 3690/23 3690/23
3697/5 3697/22 3698/1 3699/4 3700/8
3706/7 3708/19 3712/16 3712/17
3717/20 3718/17 3724/17 3730/19
3733/24 3740/23 3742/12 3743/18
3752/15 3753/2 3757/8 3758/12 3758/25
3762/13 3764/16 3764/25 3772/2 3772/2
3774/11 3774/24 3775/3 3786/19
HOWEVER [7]  3681/23 3748/14
3766/14 3771/5 3776/9 3789/20 3790/15
HUGE [1]  3726/10
HUGELY [1]  3782/12
HUMP [8]  3721/10 3722/1 3759/25
3761/11 3770/4 3772/5 3772/5 3790/16
HUNCH [2]  3674/22 3730/13
HUNDREDS [4]  3680/17 3682/18
3702/22 3707/8
HURRICANE [27]  3677/6 3679/6 3696/6
3696/24 3699/14 3705/10 3706/17
3708/13 3718/20 3719/8 3719/10
3719/14 3727/4 3727/4 3727/13 3728/4
3728/15 3728/24 3733/8 3734/21
3734/24 3735/8 3735/10 3744/16
3745/24 3768/2 3778/14
HURRICANES [2]  3719/7 3719/9
HURRIED [1]  3714/25
HYDRAULIC [10]  3698/7 3698/15

## H

HYDRAULIC... [8] 3699/3 3700/14
3705/17 3711/12 3719/24 3720/3
3751/16 3764/13
HYDRAULICALLY [4] 3726/11 3758/6
3766/2 3768/13
HYDRODYNAMIC [1] 3694/6
HYDRODYNAMICS [1] 3695/21
HYDROGRAPH [6] 3742/7 3742/8
3760/9 3760/10 3779/23 3800/4
HYDROGRAPHS [19] 3672/7 3673/1
3674/7 3674/20 3741/8 3741/13 3741/15
3741/20 3741/25 3743/7 3759/24
3759/24 3760/9 3769/13 3779/22
3779/25 3780/7 3780/8 3780/9

## I

I'LL [16] 3682/23 3683/1 3683/14 3685/5
3685/6 3686/14 3690/18 3692/2 3699/22
3721/15 3733/6 3733/15 3769/13
3795/22 3801/25 3802/22
I'M [99] 3670/14 3671/9 3671/11
3679/20 3680/7 3682/21 3682/22
3682/24 3682/24 3682/25 3683/2 3683/5
3683/25 3684/4 3684/17 3685/2 3685/21
3686/17 3687/11 3687/15 3687/21
3688/1 3688/25 3689/7 3689/14
3689/15 3689/20 3689/24 3690/15
3690/16 3690/16 3690/18 3690/20
3691/5 3691/13 3692/8 3693/12 3695/11
3695/12 3695/17 3695/17 3696/25
3697/3 3697/12 3703/16 3709/12
3709/19 3710/1 3711/18 3711/22 3712/5
3713/17 3714/8 3716/4 3723/8 3723/10
3723/16 3723/16 3724/4 3730/16
3731/23 3732/2 3734/2 3739/23 3742/3
3753/23 3757/23 3759/1 3760/20
3762/19 3762/23 3762/25 3764/5
3767/15 3767/16 3769/10 3771/24
3772/20 3774/20 3774/22 3775/1
3776/13 3777/9 3780/6 3780/7 3780/8
3780/10 3788/8 3790/2 3795/4 3795/20
3796/5 3797/21 3800/5 3801/1 3801/3
3801/5 3801/17
I'VE [6] 3680/2 3683/1 3722/15 3722/20
3742/6 3780/13
I.E [1] 3698/23
IDEA [8] 3681/2 3702/2 3706/9 3714/25
3730/12 3743/12 3799/20 3803/5
IDENTICAL [5] 3732/21 3734/6 3775/8
3775/25 3776/12
IDENTICALLY [1] 3802/6
IF [131] 3670/7 3671/17 3676/2 3678/7
3678/12 3678/22 3680/2 3682/12
3682/23 3683/13 3685/8 3685/8 3686/3
3687/21 3687/22 3687/24 3688/2 3688/7
3688/7 3688/15 3688/18 3689/9 3689/11
3690/1 3690/15 3690/16 3691/4 3691/5
3691/14 3691/19 3692/3 3696/3 3697/6
3697/8 3697/14 3699/15 3699/16
3700/13 3701/16 3702/25 3703/23
3704/15 3706/7 3707/1 3708/16 3710/3
3711/20 3712/9 3715/20 3716/11
3716/14 3717/14 3720/8 3721/14 3722/3
3723/11 3724/10 3724/20 3730/16
3730/20 3731/25 3732/3 3732/5 3732/19
3734/5 3738/17 3739/8 3740/8 3740/11
3740/24 3740/25 3741/6 3741/9 3742/7
3742/7 3742/9 3742/9 3751/13 3751/19
3751/20 3751/24 3752/5 3754/4 3754/23
3754/24 3755/10 3759/1 3759/2 3759/19
3760/11 3760/14 3760/18 3761/22
3762/3 3765/22 3772/1 3773/5 3773/7
3773/9 3774/6 3774/9 3775/1 3775/10
3775/20 3779/1 3779/6 3779/7 3779/8
3780/1 3780/5 3783/9 3784/5 3784/8
3784/10 3785/9 3786/3 3786/5 3786/16
3787/2 3787/7 3792/5 3792/19 3795/7
3795/20 3796/19 3796/25 3799/20
3799/20 3800/8 3801/9 3802/18
IHNC [13] 3674/16 3678/25 3679/7
3679/10 3679/12 3698/20 3698/22
3707/20 3790/19 3798/19 3798/22
3799/24 3799/4
II [2] 3667/24 3668/6
ILLUSTRATE [2] 3682/19 3733/8
ILLUSTRATION [2] 3681/15 3715/4
ILLUSTRATIVE [2] 3713/24 3733/4
IMPACT [4] 3679/6 3715/3 3718/24
3788/23
IMPACTED [2] 3679/9 3699/4
IMPACTS [3] 3677/9 3694/20
IMPARTS [2] 3717/9 3718/5
IMPEACHED [2] 3671/6 3683/21
IMPEDE [1] 3705/18
IMPLEMENTING [1] 3718/24
IMPLICATION [1] 3703/21
IMPLICATIONS [2] 3759/11 3759/13
IMPORTANCE [1] 3698/6
IMPORTANT [32] 3683/6 3697/15
3699/23 3700/8 3700/25 3702/18
3705/23 3706/18 3708/25 3709/9
3710/25 3711/2 3714/10 3717/18
3725/12 3725/17 3725/25 3736/8
3744/14 3744/15 3746/6 3748/4 3748/10
3750/22 3755/24 3756/3 3770/25
3777/23 3784/2 3793/4 3799/19 3801/23
IMPOSE [1] 3723/21
IMPOSSIBLE [1] 3799/10
IMPROVES [1] 3677/2
IMPROVING [2] 3677/4 3719/20
IN [588]
INACCURATE [3] 3673/4 3673/5
3801/19
INACCURATELY [1] 3761/2
INADVERTENTLY [1] 3681/11
INAPPROPRIATE [1] 3703/24
INCLUDE [1] 3699/21
INCLUDES [2] 3694/24 3695/2
INCLUDING [1] 3709/9
INCOMING [2] 3719/7 3719/8
INCORPORATE [4] 3677/4 3677/7
3710/22 3726/22
INCORPORATED [1] 3678/13
INCREASE [1] 3776/17
INCREASED [1] 3698/19
INCREASES [3] 3699/25 3728/22
3752/17
INCREASING [3] 3798/19 3798/19
3799/9
INCREASINGLY [1] 3747/5
INCURRED [1] 3738/5
INDEED [1] 3677/19
INDIANA [1] 3693/21
INDICATE [8] 3728/21 3743/14 3743/15
3743/18 3752/3 3757/13 3780/24 3788/9
INDICATED [4] 3732/6 3774/9 3776/9
3786/3
INDICATES [2] 3787/4 3790/21
INDICATING [2] 3728/16 3728/20
INDICATION [1] 3765/12
INDICATOR [5] 3706/22 3752/8 3764/17
3774/10 3797/15
INDICATORS [2] 3708/10 3752/15
INDISCERNIBLE [1] 3738/16
INFERENCE [1] 3703/24
INFORMATION [13] 3671/5 3673/18
3676/16 3676/19 3676/24 3678/22
3680/4 3683/23 3687/14 3704/23
3707/24 3708/5 3743/8
INLAND [1] 3761/1
INLETS [1] 3709/5
INPUTS [1] 3760/13
INSIDE [1] 3760/15
INSTEAD [1] 3777/18
INSTINCT [1] 3697/12
INSTITUTE [1] 3693/25
INSURANCE [1] 3719/3
INSURERS [1] 3668/2
INTEGRATED [1] 3789/1
INTELLIGENT [1] 3691/18
INTEND [2] 3679/24 3682/19
INTENSE [8] 3734/20 3735/11 3748/15
3777/24 3782/23 3784/4 3789/3 3790/11
INTENSELY [3] 3728/24 3729/12
3750/12
INTENSIFICATION [11] 3729/9 3737/13
3746/22 3748/22 3777/13 3788/4
3795/12 3796/6 3796/8 3796/8 3796/11
INTENSIFY [1] 3776/22
INTENSIFYING [1] 3729/4
INTENSITY [1] 3737/5
INTENSIVELY [2] 3717/4 3782/9
INTERACT [3] 3705/22 3716/25 3717/20
INTERACTIVE [1] 3712/15
INTEREST [7] 3704/3 3706/8 3725/13
3746/12 3761/23 3774/7 3782/4
INTERESTED [2] 3774/5 3797/2
INTERESTING [1] 3749/2
INTERFACE [2] 3797/16 3797/20
INTERLACED [1] 3674/2
INTERLOCKED [1] 3674/2
INTERPOLATED [2] 3716/14 3776/8
INTERRUPT [1] 3799/14
INTERRUPTED [1] 3797/21
INTERRUPTING [3] 3752/10 3757/24
3790/3
INTERRUPTION [1] 3796/19
INTERVAL [1] 3797/18
INTERVALS [1] 3797/18
INTO [85] 3675/15 3677/17 3678/13
3682/13 3688/8 3689/25 3690/16
3690/20 3697/24 3704/23 3707/17
3709/1 3709/9 3709/15 3711/3 3721/18
3724/7 3725/6 3725/12 3725/24 3726/1
3726/1 3726/12 3726/22 3728/13
3744/14 3744/20 3746/5 3746/19 3748/7
3748/24 3749/10 3750/3 3750/10
3750/16 3751/6 3751/14 3751/25
3757/12 3759/19 3760/7 3761/8 3761/10
3761/11 3766/1 3766/25 3767/12 3768/4
3768/9 3768/14 3770/11 3770/13
3770/18 3771/6 3771/8 3771/11 3771/18
3772/7 3772/17 3784/13 3784/24 3785/5
3785/10 3785/11 3786/21 3787/17
3788/1 3789/12 3789/15 3789/21
3790/15 3791/21 3792/8 3792/9 3792/11
3792/12 3792/15 3792/17 3792/19
3792/25 3793/5 3793/8 3793/22 3797/8
3797/24
INTRODUCING [1] 3779/16
INTRODUCTION [1] 3693/17
INTRUDES [1] 3787/3
INUNDATE [1] 3786/17
INUNDATED [2] 3699/5 3708/23
INUNDATION [6] 3694/19 3698/12
3746/2 3747/22 3766/15 3768/22

**I**

INVENTION [1] 3799/20
INVERSE [1] 3708/18
INVOKES [1] 3801/11
INVOLVED [4] 3677/5 3681/15 3689/17 3695/6
INWARD [1] 3765/17
IPET [6] 3705/6 3705/21 3717/3 3718/14 3725/2 3775/11
IRISH [1] 3801/6
IRRITATE [1] 3779/11
IS [477]
ISLAND [1] 3752/21
ISLANDS [34] 3705/16 3707/10 3707/10 3707/11 3708/21 3717/24 3724/24 3725/10 3726/3 3726/4 3726/7 3726/9 3750/23 3750/25 3751/4 3751/12 3751/17 3753/20 3755/21 3757/18 3757/19 3757/25 3758/5 3760/24 3761/8 3765/24 3767/4 3767/6 3769/3 3770/21 3771/3 3771/20 3782/14 3792/16
ISLE [2] 3707/11 3745/19
ISN'T [4] 3684/1 3721/24 3783/12 3798/21
ISOVEL [1] 3747/7
ISOVELS [2] 3728/19 3743/18
ISSUE [6] 3688/6 3724/2 3739/22 3762/16 3779/23 3780/13
ISSUES [2] 3709/14 3762/12
IT [266]
IT'S [152]
IT'S NOT [1] 3740/22
ITS [25] 3694/16 3694/18 3706/1 3707/16 3727/2 3727/17 3735/8 3747/20 3751/3 3757/12 3757/16 3758/5 3765/24 3766/2 3767/12 3771/4 3771/6 3777/12 3785/3 3786/20 3787/9 3792/10 3792/20 3792/21 3793/8
ITSELF [1] 3793/18

**J**

J-A-C-O-B-U-S [1] 3693/10
J-O-A-N-N-E-S [1] 3693/9
JACOBUS [1] 3693/9
JAMES [2] 3667/6 3668/13
JANET [1] 3692/6
JEFFERSON [1] 3667/6
JEFFREY [1] 3668/11
JET [1] 3767/10
JOANEN [1] 3666/19
JOANNES [2] 3671/19 3693/9
JOHANNES [1] 3693/5
JOHN [1] 3668/17
JOINED [1] 3748/23
JONATHAN [1] 3666/22
JOSEPH [2] 3666/18 3666/18
JOSHUA [1] 3667/20
JOURNALS [1] 3695/19
JR [7] 3666/11 3667/9 3667/16 3667/22 3667/23 3668/10 3668/13
JUDGE [4] 3666/11 3693/13 3730/1 3737/24
JUST [111] 3671/21 3673/15 3679/20 3680/11 3680/16 3682/14 3682/25 3683/3 3683/13 3683/21 3683/25 3685/2 3685/4 3685/23 3686/1 3686/7 3687/11 3687/18 3689/6 3689/15 3690/17 3692/6 3692/14 3693/14 3693/18 3695/17 3697/7 3697/13 3700/13 3701/22 3706/25 3709/21 3709/22 3710/6 3712/5 3712/7 3712/9 3713/14 3713/24 3714/20 3717/10 3720/15 3721/13 3721/13

**K**

KALIMAH [1] 3668/11
KARA [1] 3668/14
KATHERINE [3] 3741/10 3741/11 3780/12
KATRINA [14] 3677/6 3679/6 3679/16 3679/18 3696/6 3696/24 3719/10 3719/14 3727/7 3727/15 3728/4 3743/6 3800/14 3802/6
KATRINA'S [1] 3727/13
KEA [1] 3666/22
KEEP [2] 3723/7 3801/10
KEEPING [2] 3747/3 3750/24
KEEPS [1] 3676/22
KELLS [1] 3668/12
KEMP [2] 3677/1 3684/1
KEY [4] 3686/4 3700/14 3720/4 3726/8
KILOMETERS [3] 3706/13 3706/15 3720/9
KIND [10] 3681/23 3685/19 3699/13 3705/17 3709/19 3716/20 3741/17 3770/15 3778/8 3799/12
KINDS [2] 3719/24 3728/11
KNEW [1] 3759/16
KNOT [5] 3728/18 3734/21 3774/13 3791/10 3791/12
KNOTS [6] 3728/17 3728/17 3728/19 3732/8 3774/9 3791/2
KNOW [58] 3675/1 3679/24 3681/21 3682/18 3684/3 3684/6 3684/15 3684/16 3684/17 3685/21 3685/24 3687/21 3688/10 3689/21 3690/8 3690/21 3690/23 3691/1 3691/2 3691/5 3691/7 3691/9 3691/14 3692/6 3697/5 3697/8 3699/17 3700/23 3703/13 3711/18 3712/17 3714/6 3717/7 3717/8 3722/1 3722/20 3723/10 3723/19 3731/5 3739/21 3740/22 3742/5 3742/5 3742/9 3742/12 3754/4 3754/18 3759/2 3759/19 3762/3 3762/13 3763/2 3763/6 3773/13 3790/18 3792/4 3801/21 3803/3
KNOWLEDGE [1] 3759/9
KNOWS [2] 3675/13 3714/10

**L**

LA [10] 3710/22 3713/7 3713/16 3713/19 3713/22 3713/22 3714/4 3714/18 3714/23 3716/23
LA LOUTRE [1] 3710/22
LA-GAP [7] 3713/7 3713/16 3713/22 3714/4 3714/18 3714/23 3716/23
LACPR [3] 3718/16 3718/17 3719/5
LAFAYETTE [1] 3667/7
LAID [1] 3716/1

3722/9 3722/13 3723/11 3723/16 3724/2 3724/10 3729/18 3730/1 3730/5 3730/9 3730/21 3731/16 3732/9 3732/10 3732/16 3736/12 3737/24 3738/17 3738/21 3739/25 3741/11 3743/5 3743/10 3743/13 3743/16 3747/7 3747/9 3748/16 3753/23 3754/16 3755/14 3757/25 3760/18 3763/2 3770/7 3770/15 3771/3 3771/25 3772/11 3772/15 3773/13 3774/17 3775/3 3775/8 3775/12 3776/4 3776/11 3779/6 3779/7 3782/3 3785/1 3785/8 3792/5 3793/11 3793/12 3793/15 3793/17 3793/21 3795/3 3795/7 3795/25 3796/3 3796/23 3796/25 3797/17 3797/24 3799/20
JUSTICE [3] 3668/9
JX [2] 3671/24 3673/14
JX-196 [1] 3671/24

**K**

LAKE [67] 3679/11 3697/24 3709/7 3726/1 3726/6 3736/21 3736/24 3736/24 3745/3 3747/25 3748/6 3748/6 3748/7 3748/8 3748/15 3749/6 3749/15 3750/16 3750/21 3757/1 3757/3 3760/13 3765/20 3766/1 3766/5 3766/9 3766/22 3767/12 3768/5 3768/11 3768/15 3768/17 3769/1 3770/9 3770/19 3770/22 3774/4 3776/24 3777/18 3777/25 3778/16 3778/16 3778/24 3781/14 3782/10 3783/20 3783/25 3784/1 3786/10 3786/19 3786/25 3787/3 3787/5 3788/2 3789/8 3789/13 3789/15 3792/8 3792/9 3792/11 3792/17 3792/25 3793/5 3793/8 3793/21 3797/25 3799/8
LAKE BORGNE [23] 3697/24 3726/1 3728/4 3745/3 3748/6 3757/1 3757/3 3760/13 3765/20 3766/1 3766/5 3767/12 3768/5 3768/15 3768/17 3770/22 3774/4 3786/10 3786/25 3788/2 3792/8 3792/17 3793/5
LAKE BORGNE/MISSISSIPPI [1] 3766/9
LAKE PONTCHARTRAIN [29] 3679/11 3726/1 3735/4 3736/24 3747/25 3748/6 3748/7 3748/15 3749/6 3749/15 3750/16 3750/21 3770/19 3776/24 3777/25 3778/24 3781/14 3782/10 3783/20 3789/8 3789/13 3789/15 3792/9 3792/11 3792/25 3793/5 3793/8 3793/8 3797/25 3799/8
LAKE PONTCHARTRAIN'S [1] 3748/8
LAKEFRONT [1] 3710/21
LAKES [1] 3788/21
LAND [12] 3708/15 3709/16 3711/6 3711/7 3713/8 3713/25 3714/1 3715/14 3725/16 3728/11 3751/14 3784/16
LAND-BASED [1] 3728/11
LANDFALL [16] 3696/11 3696/21 3734/25 3735/1 3735/2 3735/9 3735/10 3736/2 3736/4 3745/24 3746/10 3747/12 3768/2 3777/12 3781/10 3787/15
LANGUAGE [1] 3801/10
LAPLACE [1] 3701/23
LARGE [17] 3671/5 3696/6 3696/11 3697/23 3698/13 3705/13 3727/17 3734/17 3734/17 3746/7 3751/2 3783/19 3783/24 3784/2 3784/20 3784/20 3791/21
LARGE-SCALE [1] 3734/17
LARGEST [3] 3727/18 3769/2 3789/11
LASH [1] 3673/13
LAST [11] 3670/15 3672/10 3672/22 3673/24 3675/14 3681/15 3684/15 3685/15 3758/16 3758/17 3771/23
LATER [11] 3671/3 3672/16 3681/14 3697/15 3699/22 3717/5 3726/15 3731/2 3733/6 3735/20 3773/6
LATERAL [1] 3739/22
LATITUDE [2] 3722/20 3743/25
LAW [7] 3666/18 3666/21 3667/9 3667/12 3667/22 3686/6 3692/16
LAWN [1] 3667/3
LAWYER [2] 3672/12 3683/11
LAWYER'S [1] 3667/13
LAY [1] 3754/16
LAYS [1] 3713/11
LEAD [1] 3683/1
LEADING [3] 3695/19 3704/11 3707/17
LEADS [2] 3699/25 3727/5
LEARNED [1] 3719/19
LEAST [14] 3673/23 3687/5 3688/6 3689/4 3689/10 3690/2 3692/9 3742/8 3765/11 3779/15 3780/16 3788/19 3801/14 3802/24

L

LEAVE [5] 3670/6 3671/17 3689/7
3692/15 3793/23
LEAVING [1] 3671/12
LED [1] 3699/10
LEFT [6] 3674/4 3717/21 3733/11
3749/21 3759/7 3759/8
LEGAL [1] 3671/18
LENGTH [2] 3752/16 3774/10
LENGTHEN [1] 3728/22
LESS [8] 3675/1 3708/11 3739/3 3739/7
3739/17 3746/6 3768/23 3770/25
LESSONS [1] 3719/19
LET [20] 3671/11 3673/22 3673/25
3678/19 3682/22 3688/9 3693/17
3711/23 3712/3 3712/5 3712/7 3716/4
3730/1 3731/16 3733/15 3742/3 3758/12
3763/6 3769/14 3773/13
LET'S [13] 3724/19 3726/19 3728/18
3741/2 3744/10 3746/9 3758/10 3765/21
3781/17 3783/22 3785/9 3786/9 3796/17
LETTING [1] 3715/5
LEVEE [43] 3697/25 3708/3 3735/17
3735/18 3744/19 3744/22 3745/2 3745/4
3745/16 3746/23 3746/24 3747/3
3747/24 3749/22 3760/7 3774/4 3777/1
3777/3 3777/4 3777/5 3777/8 3777/9
3777/10 3777/21 3781/4 3781/9 3781/12
3781/13 3781/15 3781/16 3781/18
3781/19 3781/20 3795/4 3795/9 3795/11
3796/7 3796/18 3797/10 3798/6 3799/1
3799/6 3800/3
LEVEED [2] 3710/16 3750/3
LEVEES [19] 3705/18 3710/15 3744/7
3744/7 3744/13 3745/9 3745/18 3746/18
3748/12 3748/18 3748/23 3753/13
3760/5 3769/24 3770/1 3777/17 3781/1
3781/2 3786/11
LEVEL [18] 3674/15 3678/25 3680/7
3694/21 3696/20 3699/15 3699/20
3699/21 3706/20 3708/20 3717/10
3717/17 3718/10 3718/18 3724/13
3726/2 3726/17 3750/20
LEVELING [2] 3708/6 3743/21
LEVELS [19] 3679/6 3679/8 3679/10
3679/12 3698/20 3715/2 3717/7 3717/8
3717/23 3718/7 3718/21 3740/2 3746/25
3748/2 3748/8 3749/5 3753/15 3772/17
3782/18
LEVINE [1] 3668/13
LIDAR [5] 3708/2 3708/3 3709/14
3709/17 3709/18
LIFE [1] 3742/6
LIKE [52] 3670/5 3670/6 3672/5 3677/14
3682/14 3683/23 3687/5 3687/20 3688/3
3688/14 3690/2 3690/24 3691/10
3693/16 3700/15 3703/1 3705/13 3708/4
3708/8 3709/20 3712/13 3712/19
3717/10 3728/6 3735/15 3737/24
3738/10 3738/12 3739/3 3740/19
3743/24 3749/18 3760/19 3773/5
3783/13 3785/6 3785/11 3788/19
3790/23 3791/1 3791/7 3795/2 3795/5
3795/14 3795/15 3797/11 3798/10
3799/22 3801/2 3801/14 3802/17
3802/19
LIMIT [1] 3684/16
LIMITED [7] 3688/22 3690/13 3698/21
3703/3 3703/10 3703/23 3749/24
LIMITS [2] 3698/6 3723/10
LINE [6] 3739/2 3762/12 3775/24
3798/11 3798/16 3800/16

LINES [4] 3775/21 3775/21 3775/22
3783/00
LINING [1] 3788/15
LISTED [1] 3690/25
LISTEN [1] 3742/18
LISTENING [1] 3689/14
LISTS [1] 3724/20
LITERALLY [1] 3723/21
LITIGATION [1] 3668/7
LITTLE [42] 3692/19 3691/18 3692/24
3699/22 3704/16 3707/1 3709/15
3709/18 3712/10 3716/19 3721/14
3721/15 3729/6 3732/10 3732/10
3732/16 3732/16 3735/16 3736/6
3738/19 3739/1 3739/3 3739/3 3739/4
3741/5 3743/11 3743/11 3749/13
3749/21 3749/23 3751/5 3754/19
3756/15 3765/23 3769/6 3773/6 3779/13
3787/3 3789/17 3797/1 3799/6 3802/12
LIVE [1] 3702/20
LIVES [1] 3692/9
LLC [3] 3666/21 3667/9 3667/12
LOAF [1] 3734/3
LOAVES [1] 3787/2
LOCAL [3] 3705/16 3705/19 3749/19
LOCALIZED [1] 3715/15
LOCALLY [1] 3749/2
LOCATED [1] 3797/10
LOCATION [2] 3699/18 3739/8
LOCATIONS [2] 3676/9 3739/16
LONG [4] 3692/8 3704/3 3786/17
3802/21
LONGER [7] 3687/9 3747/4 3747/5
3752/17 3767/20 3767/22 3793/11
LOOK [57] 3684/7 3696/8 3697/22
3700/15 3700/21 3700/23 3701/4
3701/16 3702/24 3704/4 3704/5 3704/7
3706/19 3711/5 3712/7 3716/14 3717/14
3724/19 3725/23 3726/8 3726/9 3726/16
3726/19 3731/5 3732/1 3732/5 3737/15
3745/10 3746/9 3751/13 3751/19
3751/22 3754/23 3754/23 3758/10
3761/4 3764/14 3764/15 3769/13 3770/6
3773/6 3775/15 3775/21 3777/23 3779/2
3779/6 3779/7 3786/9 3787/7 3788/20
3788/21 3795/4 3795/6 3796/1 3796/17
3797/5 3797/11
LOOKED [5] 3698/11 3718/17 3743/17
3747/8 3764/6
LOOKING [26] 3699/3 3699/4 3709/12
3727/12 3732/2 3734/2 3735/7 3743/18
3751/21 3751/23 3753/5 3754/25
3758/15 3761/12 3762/2 3764/20
3767/17 3774/15 3780/7 3792/4 3796/1
3796/3 3800/5 3800/10 3800/15 3802/3
LOOKS [14] 3706/7 3708/8 3712/13
3738/12 3739/3 3754/3 3783/13 3791/1
3791/7 3795/5 3795/14 3801/2 3801/14
3802/19
LOS [1] 3666/16
LOSE [4] 3689/8 3690/16 3690/17
3740/14
LOSS [1] 3690/15
LOSSES [1] 3713/5
LOT [23] 3678/7 3678/22 3680/13
3682/17 3685/21 3688/3 3702/3 3704/2
3707/13 3707/13 3707/17 3707/18
3708/4 3710/19 3721/5 3722/16 3730/13
3748/25 3756/20 3769/8 3770/16
3789/19 3798/23
LOTS [3] 3706/6 3706/6 3803/4
LOUD [2] 3687/21 3689/15
LOUIS [2] 3783/14 3784/7

LOUISIANA [35] 3666/2 3666/6 3666/20
3666/23 3666/7 3667/10 3666/14
3667/17 3667/21 3667/25 3668/8
3668/21 3676/17 3694/4 3694/22
3696/13 3696/24 3698/14 3703/8
3706/19 3711/14 3713/20 3714/5
3714/18 3715/22 3717/12 3718/18
3719/2 3719/3 3719/9 3736/3 3749/1
3757/12 3771/18 3803/13
LOUISIANA/MISSISSIPPI [1] 3736/3
LOUTRE [1] 3710/22
LOW [10] 3743/21 3771/2 3771/5 3771/8
3772/18 3783/6 3787/8 3789/24 3789/25
3795/15
LOWER [3] 3745/1 3796/10 3797/7
LOWERED [1] 3674/15
LOWERING [3] 3782/21 3782/25
3793/18
LSU [2] 3708/1 3719/6
LUETTICH [1] 3694/8

M

MA [5] 3700/11 3700/19 3701/4 3746/5
3771/1
MACHINES [2] 3703/5 3703/6
MACRO [1] 3760/11
MADE [8] 3682/25 3717/2 3721/7 3725/9
3742/20 3742/24 3776/10 3787/14
MAIN [3] 3667/20 3719/21 3776/19
MAINTAIN [1] 3760/2
MAJOR [3] 3696/6 3701/8 3710/16
MAJORITY [1] 3671/5
MAKE [26] 3670/9 3670/16 3671/7
3671/9 3671/11 3672/20 3681/6 3682/20
3687/6 3688/9 3688/15 3691/8 3691/17
3691/25 3698/17 3714/24 3720/17
3722/9 3760/4 3762/24 3773/6 3775/2
3781/15 3791/16 3795/14 3795/22
MAKES [10] 3677/3 3683/18 3694/15
3726/14 3726/22 3735/10 3739/19
3762/8 3791/23 3791/25
MAKING [10] 3670/22 3692/18 3696/11
3696/21 3697/12 3745/24 3747/20
3774/20 3781/10 3792/10
MAN'S [1] 3683/20
MANDATORY [2] 3673/16 3675/4
MANNER [1] 3714/25
MANNING [16] 3711/11 3712/17 3713/5
3713/6 3713/8 3714/2 3714/10 3714/13
3714/14 3715/2 3715/24 3716/12
3716/13 3716/21 3716/22 3725/15
MANNING N [10] 3713/8 3714/2
3714/10 3714/14 3715/24 3716/12
3716/13 3716/21 3716/22 3725/15
MANY [15] 3681/4 3683/12 3684/3
3686/1 3690/23 3690/24 3701/19 3703/7
3704/18 3704/25 3713/24 3718/25
3719/19 3764/13 3764/25
MAPS [2] 3711/6 3719/3
MARC [1] 3668/13
MARKS [1] 3765/9
MARRIED [1] 3704/22
MARSH [25] 3677/8 3698/1 3698/6
3698/6 3698/7 3698/9 3712/14 3713/24
3715/17 3715/18 3715/19 3715/19
3715/21 3746/7 3746/8 3749/16 3766/4
3766/4 3766/19 3786/13 3786/17 3787/5
3787/23 3788/7 3788/21
MARSHES [16] 3697/24 3698/3 3698/13
3698/16 3709/3 3709/15 3715/3 3725/18
3750/23 3751/12 3765/15 3765/16
3766/5 3786/10 3787/22 3793/17
MARSHLAND [1] 3795/18

MARSHLANDS [1] 3715/16
MARY [1] 3684/19
MASS [3] 3700/12 3700/17 3700/19
MASSACHUSETTS [1] 3693/25
MASSIVE [12] 3696/22 3698/12 3702/21 3703/10 3727/13 3746/2 3747/22 3748/5 3760/23 3765/12 3771/12 3771/16
MASTER [1] 3693/23
MATCH [2] 3741/16 3776/10
MATCHED [1] 3732/6
MATCHES [1] 3741/18
MATERIAL [5] 3680/13 3688/19 3739/21 3739/23 3774/24
MATHEMATICAL [2] 3676/4 3700/6
MATHEMATICS [1] 3693/22
MATTER [6] 3699/17 3722/3 3723/2 3779/13 3799/13 3803/16
MAUREPAS [2] 3709/7 3709/7
MAXIMUM [5] 3749/8 3783/12 3783/13 3784/5 3784/7
MAY [35] 3666/7 3670/2 3670/7 3672/3 3672/8 3674/9 3679/23 3687/1 3687/5 3687/13 3690/19 3690/22 3697/3 3697/7 3697/16 3702/5 3709/12 3709/15 3709/16 3709/17 3712/4 3722/18 3723/11 3731/25 3738/5 3739/4 3740/11 3741/5 3741/7 3754/4 3771/24 3775/12 3791/16 3800/20 3802/8
MAYBE [10] 3684/11 3684/16 3689/21 3691/23 3692/14 3697/13 3715/7 3723/13 3738/23 3799/2
MCCONNON [1] 3668/13
ME [51] 3670/22 3670/25 3673/22 3674/1 3676/1 3678/19 3680/6 3680/20 3681/22 3682/25 3683/4 3686/7 3686/8 3686/16 3688/9 3689/11 3691/1 3691/15 3692/14 3692/24 3693/17 3711/21 3711/23 3712/3 3712/7 3712/9 3722/23 3731/16 3732/12 3733/11 3734/7 3738/8 3738/21 3740/12 3740/24 3741/6 3741/11 3742/19 3752/10 3754/3 3754/20 3757/23 3758/12 3759/21 3769/14 3769/21 3775/2 3790/2 3798/2 3800/6 3803/6
MEAN [12] 3676/1 3680/12 3682/12 3685/5 3685/10 3686/9 3722/15 3730/23 3733/5 3759/1 3769/16 3782/19
MEANS [6] 3701/14 3703/16 3723/18 3732/12 3765/8 3767/22
MEANT [1] 3781/16
MECHANICAL [1] 3668/24
MECHANISM [4] 3764/11 3782/15 3787/25 3789/2
MECHANISMS [1] 3756/1
MENTEUR [1] 3707/19
MENTIONED [2] 3719/18 3728/10
MERELY [1] 3677/22
MERGE [1] 3695/6
MERMAN [3] 3740/19 3740/21 3780/12
MERMAN'S [1] 3741/10
MERMAN/KATHERINE [1] 3780/12
MESH [1] 3701/16
MESSRS. [2] 3691/11 3802/13
MESSRS. DELOACH [2] 3691/11 3802/13
METEOROLOGICAL [1] 3728/14
METER [1] 3746/1
METERS [6] 3707/4 3707/5 3707/6 3707/12 3708/11 3708/12
MEXICO [1] 3694/3 3706/14
MICHAEL [2] 3667/19 3667/19

MICHELE [1] 3668/12
MIDNIGHT [1] 3689/8
MIDST [2] 3742/1 3779/4
MIDPOINT [1] 3800/2
MIGHT [9] 3675/23 3675/25 3689/17 3711/8 3711/8 3736/12 3743/11 3775/3 3782/22
MIGRATE [1] 3748/9
MILE [2] 3745/23 3765/5
MILES [9] 3696/10 3696/23 3697/7 3743/25 3744/1 3765/10 3783/16 3783/17 3788/21
MILITARY [1] 3694/12
MILLER [1] 3668/14
MILLION [3] 3706/2 3720/2 3765/5
MILLIONS [1] 3727/6
MIND [3] 3691/19 3692/3 3754/6
MINDS [1] 3727/3
MINIMAL [7] 3698/3 3698/24 3699/2 3740/4 3740/8 3740/10 3788/23
MINOR [2] 3716/16 3754/16
MINUS [2] 3700/10 3700/23
MINUTE [8] 3676/8 3681/15 3685/3 3689/19 3706/5 3721/13 3721/13 3770/7
MINUTES [9] 3673/7 3685/2 3686/16 3686/18 3691/19 3692/5 3734/25 3735/2 3737/19
MISREPRESENTED [1] 3764/4
MISSISSIPPI [91] 3676/17 3696/10 3696/13 3696/14 3707/10 3707/15 3707/16 3709/1 3710/17 3711/14 3715/23 3716/20 3716/23 3717/24 3719/3 3719/4 3719/6 3724/25 3725/5 3725/22 3725/24 3726/17 3727/23 3727/24 3728/5 3728/25 3729/13 3736/3 3744/3 3744/7 3744/13 3744/14 3745/2 3746/21 3747/20 3747/21 3748/16 3748/21 3749/9 3749/11 3749/17 3751/4 3755/22 3755/23 3757/6 3757/17 3757/18 3757/18 3758/4 3760/25 3761/1 3761/3 3761/7 3761/18 3765/6 3765/10 3765/25 3766/5 3766/9 3766/22 3767/7 3767/11 3767/13 3768/4 3768/11 3768/18 3768/25 3770/11 3771/3 3771/8 3777/6 3777/16 3778/24 3782/12 3783/9 3783/11 3783/20 3784/6 3784/13 3784/21 3786/19 3788/2 3788/11 3788/14 3789/4 3789/8 3789/21 3790/9 3792/16 3793/19
MISSISSIPPI/LAKE BORGNE [1] 3786/19
MISTAKE [3] 3740/20 3800/24 3801/15
MISTAKEN [3] 3675/9 3677/25 3679/1
MITSCH [1] 3668/14
MODEL [79] 3676/2 3676/10 3676/14 3676/14 3677/3 3677/10 3678/7 3681/1 3685/9 3694/3 3694/10 3694/10 3694/16 3695/7 3699/6 3699/11 3699/23 3700/3 3700/6 3700/14 3701/13 3701/19 3702/17 3704/11 3704/14 3704/16 3704/20 3705/4 3705/5 3705/6 3709/6 3709/9 3709/10 3711/4 3713/4 3713/22 3714/17 3716/14 3716/24 3716/25 3717/1 3718/12 3719/1 3719/10 3719/10 3719/11 3719/13 3719/15 3719/15 3719/15 3719/17 3721/1 3721/2 3721/2 3721/4 3721/5 3721/22 3721/22 3722/22 3722/23 3723/13 3723/15 3724/14 3724/17 3724/25 3725/2 3725/9 3725/11 3726/6 3726/10 3726/12 3726/25 3727/1 3727/12 3751/18 3754/14 3760/14 3761/6
MODEL'S [1] 3676/17

MODELED [7] 3760/16
MODELER [4] 3695/6 3719/5 3760/7 3760/11
MODELING [5] 3671/25 3694/16 3695/19 3711/2 3760/1
MODELS [7] 3694/7 3711/14 3720/6 3721/19 3722/12 3724/21 3749/19
MODIFIED [1] 3678/23
MOMENTUM [3] 3700/19 3701/4 3770/25
MONTHLY [1] 3716/15
MONTHS [3] 3681/10 3681/13 3779/21
MOON [1] 3701/9
MORE [77] 3670/17 3676/16 3676/19 3676/20 3676/23 3676/24 3690/13 3691/18 3692/9 3692/24 3696/8 3696/10 3704/25 3706/16 3707/1 3708/7 3708/15 3710/14 3713/24 3716/19 3717/13 3720/1 3723/3 3723/9 3723/14 3723/17 3724/19 3724/20 3725/1 3725/8 3727/10 3728/23 3730/16 3731/8 3735/5 3739/1 3739/3 3739/18 3739/20 3742/15 3745/11 3745/14 3745/17 3746/4 3746/4 3748/20 3749/23 3760/2 3762/18 3766/16 3766/16 3766/20 3767/5 3767/20 3767/22 3767/23 3768/23 3770/6 3772/17 3772/17 3773/6 3774/3 3781/9 3782/7 3782/22 3787/4 3787/22 3788/4 3788/16 3788/19 3788/19 3792/22 3795/2 3796/23 3797/1 3798/22 3798/23
MORGAN [1] 3667/25
MORNING [13] 3683/14 3684/11 3688/12 3690/2 3690/2 3691/23 3753/3 3775/17 3776/18 3787/12 3787/13 3798/7 3802/18
MOST [13] 3680/21 3685/13 3685/14 3685/15 3731/20 3734/20 3734/21 3751/1 3751/15 3761/15 3761/16 3771/21 3793/23
MOSTLY [2] 3673/1 3706/12
MOTHER [1] 3740/22
MOTION [4] 3670/22 3678/18 3705/24 3765/17
MOVE [31] 3670/14 3681/6 3688/17 3697/15 3729/7 3733/22 3734/10 3735/21 3737/6 3737/10 3737/13 3744/10 3744/25 3747/15 3751/5 3752/2 3753/2 3753/8 3756/5 3756/25 3757/16 3766/16 3767/2 3768/3 3772/13 3776/18 3783/9 3784/24 3785/2 3786/23 3788/22
MOVED [9] 3733/21 3733/24 3736/22 3747/19 3749/8 3761/19 3764/11 3767/23 3778/7
MOVEMENT [19] 3677/5 3698/2 3743/15 3743/15 3752/11 3752/12 3753/10 3757/11 3758/14 3758/22 3758/25 3760/17 3761/2 3766/14 3771/10 3771/11 3771/12 3786/8 3786/9
MOVES [6] 3751/24 3752/14 3755/25 3758/15 3758/20 3764/9
MOVING [23] 3728/9 3735/22 3742/18 3747/13 3750/2 3750/7 3750/12 3755/14 3757/1 3758/3 3758/7 3758/19 3758/21 3765/24 3767/6 3767/8 3768/2 3770/22 3771/17 3771/21 3777/22 3778/22 3788/25
MR [5] 3689/16 3691/20 3720/15 3731/16 3743/9
MR. [40] 3672/13 3673/8 3673/13 3673/24 3675/7 3675/8 3678/19 3678/20 3681/24 3682/22 3682/22 3683/13 3683/21 3684/6 3685/23 3687/21

# M

MR.... [24] 3687/23 3689/11 3689/21 3690/10 3691/15 3691/24 3693/2 3693/4 3707/1 3712/9 3722/25 3723/6 3730/6 3733/12 3740/7 3741/6 3743/8 3761/24 3762/7 3769/10 3779/18 3795/23 3799/14 3799/23
MR. EBERSOLE [1] 3743/8
MR. O'DONNELL [13] 3675/8 3678/20 3681/14 3682/22 3690/10 3691/15 3693/4 3723/6 3730/6 3733/12 3741/6 3761/24 3779/18
MR. O'DONNELL'S [1] 3722/25
MR. SMITH [22] 3672/13 3673/13 3673/24 3675/7 3678/19 3682/22 3683/13 3683/21 3684/6 3685/23 3687/21 3687/23 3689/11 3689/21 3691/24 3693/2 3707/1 3712/9 3762/7 3769/10 3795/23 3799/23
MR. SMITH'S [1] 3799/14
MR. VRIJLING'S [1] 3740/7
MR. WARREN [1] 3673/8
MRGO [32] 3668/7 3674/11 3674/12 3675/17 3675/18 3679/5 3679/6 3679/9 3679/12 3679/16 3679/17 3679/17 3686/1 3686/2 3686/9 3698/10 3698/14 3698/14 3698/18 3698/19 3698/22 3699/1 3707/20 3707/20 3777/5 3788/9 3788/14 3797/24 3798/19 3798/20 3799/7 3799/25
MRGO/IHNC [1] 3798/19
MS [2] 3713/7 3713/23
MS-GAP [2] 3713/7 3713/23
MS. [2] 3673/21 3683/3
MS. GILBERT [2] 3673/21 3683/3
MUCH [48] 3675/1 3677/14 3679/19 3698/1 3701/18 3701/25 3702/5 3704/25 3706/16 3715/21 3716/16 3718/4 3718/18 3719/25 3720/12 3721/5 3722/20 3725/1 3725/7 3725/7 3725/8 3729/3 3734/3 3736/24 3746/6 3750/19 3756/15 3756/25 3761/5 3765/23 3766/6 3766/12 3766/13 3769/5 3770/24 3771/10 3772/2 3776/23 3781/6 3781/11 3781/21 3786/23 3787/21 3788/4 3791/1 3792/22 3798/22 3799/3
MULTIPLIED [1] 3764/18
MULTIPLIES [1] 3703/1
MULTIPLY [3] 3765/3 3765/5 3786/5
MUST [6] 3673/15 3679/15 3696/15 3774/18 3779/10 3779/16
MY [58] 3672/11 3672/21 3673/6 3673/20 3674/17 3674/22 3679/3 3683/24 3684/4 3684/22 3686/5 3686/13 3687/5 3688/21 3688/24 3688/25 3689/6 3692/16 3692/24 3697/14 3711/16 3711/18 3713/1 3713/1 3714/16 3717/5 3722/6 3722/7 3723/10 3723/12 3723/24 3724/3 3729/23 3729/25 3731/2 3731/16 3731/19 3738/22 3739/23 3740/1 3740/4 3740/6 3740/23 3742/6 3742/19 3761/15 3762/10 3764/7 3779/10 3779/12 3780/14 3795/22 3799/14 3801/6 3801/6 3801/7 3801/25 3803/14
MYER [1] 3668/15

# N

NAME [3] 3692/7 3693/7 3781/17
NARROW [1] 3798/24
NATION'S [1] 3695/5
NATIONAL [3] 3694/14 3712/22 3715/14
NATURE [4] 3670/13 3682/18 3703/15
3767/18
NAVIGATION [2] 3695/19 3695/19
NAVY [1] 3694/11
NCLD [1] 3714/23
NEAR [1] 3799/25
NEARLY [1] 3779/5
NECESSARILY [3] 3691/14 3708/4 3786/16
NECESSARY [2] 3692/19 3703/2
NEED [27] 3670/16 3670/18 3671/7 3671/9 3682/18 3682/23 3684/2 3684/3 3689/4 3693/14 3701/3 3701/15 3702/5 3702/8 3706/10 3706/16 3706/25 3709/5 3709/6 3715/7 3717/6 3717/8 3726/2 3734/2 3767/16 3803/1 3803/6
NEEDED [1] 3767/21
NEEDS [1] 3693/17
NEGLECTED [1] 3754/21
NET [1] 3734/17
NEVER [17] 3671/4 3672/19 3674/9 3674/20 3677/18 3682/9 3702/10 3722/6 3722/7 3722/9 3722/10 3722/11 3742/6 3762/9 3762/9 3762/10 3762/10 3779/16 3779/17 3779/18 3799/20 3801/5 3801/5
NEW [75] 3666/6 3666/20 3666/23 3667/10 3668/4 3668/4 3668/8 3668/21 3671/3 3671/9 3672/18 3672/24 3673/8 3673/18 3673/23 3673/25 3674/1 3674/4 3674/5 3674/7 3674/7 3674/8 3674/10 3674/10 3674/11 3674/12 3674/19 3676/16 3677/4 3677/6 3677/10 3677/17 3678/9 3678/23 3680/24 3681/5 3682/8 3682/9 3682/12 3683/16 3683/22 3684/5 3684/14 3685/5 3685/6 3685/9 3685/24 3687/15 3687/15 3689/1 3689/2 3692/1 3692/7 3693/24 3703/16 3710/17 3715/5 3718/20 3721/2 3721/12 3722/13 3742/14 3744/16 3749/22 3759/4 3762/14 3762/15 3762/19 3778/17 3779/16 3779/17 3779/18 3799/20 3801/5 3801/5
NEW ORLEANS [6] 3674/8 3710/17 3718/20 3744/16 3749/22 3778/17
NEW YORK [1] 3693/24
NEXT [13] 3671/23 3675/3 3683/5 3700/18 3701/17 3724/12 3731/21 3751/8 3751/19 3778/20 3785/2 3785/6 3795/12
NICE [1] 3802/24
NICELY [1] 3787/15
NIGHT [2] 3670/15 3672/10
NLCD [7] 3711/11 3712/22 3713/8 3713/21 3715/14 3715/15 3716/22
NO [36] 3671/13 3677/24 3677/25 3678/24 3679/16 3679/18 3680/23 3681/4 3685/5 3685/6 3687/16 3691/1 3691/2 3691/10 3693/1 3693/17 3695/22 3714/25 3730/11 3730/12 3734/9 3739/18 3745/1 3750/1 3754/2 3762/4 3762/21 3769/16 3774/22 3779/17 3779/18 3780/6 3793/11 3796/4 3798/9 3799/20
NOAA [4] 3694/17 3704/19 3710/11 3719/7
NODAL [1] 3713/6
NODES [9] 3676/20 3676/22 3676/22 3676/23 3702/8 3702/18 3706/2 3723/14 3797/14
NONE [2] 3682/2 3721/10
NOON [4] 3750/7 3757/20 3771/9 3792/17
NOR [3] 3674/9 3678/15 3723/12
NORMAN [1] 3666/5
NORTH [30] 3694/9 3734/22 3735/5
3735/14 3735/21 3735/22 3735/23 3736/6 3744/9 3745/6 3746/13 3747/15 3747/19 3748/1 3748/2 3748/9 3751/3 3756/25 3757/25 3761/8 3766/9 3767/3 3767/6 3768/3 3777/17 3777/25 3778/4 3778/6 3781/14 3782/6
NORTH CAROLINA [1] 3694/9
NORTHEAST [5] 3729/6 3735/5 3767/9 3778/22 3792/7
NORTHEASTERLY [3] 3774/15 3774/16 3776/20
NORTHERLY [1] 3757/6
NORTHERLY FOR [1] 3757/6
NORTHERN [5] 3746/13 3757/1 3766/21 3767/17 3787/17
NORTHWEST [1] 3736/6
NOS [1] 3708/2
NOT [141]
NOTE [14] 3718/2 3722/24 3729/5 3735/12 3735/15 3736/8 3750/22 3751/1 3774/8 3774/20 3774/25 3786/13 3793/4 3798/20
NOTEBOOK [1] 3683/15
NOTED [3] 3715/6 3723/9 3728/1
NOTHING [1] 3675/9
NOTICE [3] 3738/25 3769/6 3784/8
NOTING [1] 3739/23
NOTRE [1] 3693/20
NOTRE DAME [1] 3693/20
NOW [109] 3672/8 3672/13 3673/10 3673/16 3676/14 3676/17 3686/15 3689/24 3699/18 3699/21 3701/4 3703/5 3704/5 3704/7 3704/18 3705/21 3714/21 3716/5 3716/7 3720/7 3720/11 3720/14 3720/20 3722/15 3725/14 3726/8 3726/9 3726/11 3727/2 3727/12 3729/3 3729/7 3729/10 3730/25 3734/22 3735/8 3735/11 3735/22 3736/5 3736/9 3737/1 3737/5 3737/7 3737/11 3737/12 3738/14 3742/14 3743/18 3745/12 3746/10 3746/14 3747/17 3747/19 3747/20 3747/25 3748/10 3748/13 3748/18 3748/23 3749/14 3750/7 3751/23 3756/19 3756/23 3756/25 3757/10 3757/15 3758/16 3758/24 3759/17 3763/1 3765/3 3766/20 3767/1 3767/10 3769/2 3771/1 3771/14 3773/12 3773/14 3777/13 3777/15 3778/8 3778/15 3779/1 3780/22 3781/10 3781/13 3782/3 3782/11 3782/15 3782/17 3785/1 3787/8 3787/22 3788/6 3788/16 3789/17 3789/19 3789/23 3792/24 3793/13 3796/9 3796/12 3796/13 3797/5 3797/25 3798/25 3799/6
NUMBER [22] 3673/3 3676/22 3679/24 3681/3 3683/19 3683/20 3684/9 3684/10 3685/25 3698/4 3700/2 3708/1 3720/18 3720/18 3722/12 3723/4 3723/13 3733/1 3779/8 3784/17 3795/12 3801/22
NUMBERED [1] 3803/16
NUMBERS [5] 3706/24 3730/11 3730/12 3732/8 3738/25
NUMEROUS [1] 3696/19

# O

O'BRIEN [1] 3668/3
O'DONNELL [18] 3666/15 3666/15 3675/8 3678/20 3681/14 3682/22 3689/16 3690/10 3691/15 3693/4 3720/15 3723/6 3730/6 3731/16 3733/12 3741/6 3761/24 3779/18
O'DONNELL'S [1] 3722/25
OAK [1] 3667/3

## Q

OATH [1] 3678/3
OBJECT [21] 3689/12 3690/1 3696/15
3703/14 3714/6 3715/5 3720/17 3722/13
3740/9 3740/12 3751/25 3752/21
3753/23 3759/1 3762/13 3779/16
3795/20 3799/15 3799/19 3801/3 3801/8
OBJECTING [2] 3730/6 3761/24
OBJECTION [26] 3671/12 3693/1
3695/22 3697/13 3703/15 3712/1
3712/19 3715/6 3720/16 3722/25 3723/9
3727/19 3727/20 3729/15 3733/20
3739/24 3742/24 3763/1 3774/19
3774/25 3776/13 3779/11 3780/17
3795/22 3796/5 3799/22
OBJECTIONS [3] 3692/18 3711/19
3712/6
OBJECTIVELY [1] 3711/5
OBJECTS [1] 3752/24
OBTAINED [1] 3693/22
OBTAINING [1] 3720/4
OBVIOUSLY [9] 3672/3 3690/6 3699/24
3704/2 3704/11 3705/17 3709/5 3715/20
3766/24
OCCUR [1] 3708/23
OCCURRED [2] 3758/10 3769/12
OCCURRING [2] 3789/25 3793/7
OCCURS [2] 3707/13 3707/14
OCEAN [15] 3694/6 3694/15 3695/21
3705/8 3726/12 3734/18 3751/10
3751/15 3770/13 3771/8 3771/12
3771/20 3772/16 3792/15 3792/19
OCEANIC [1] 3694/14
OCEANWEATHER [1] 3727/4
ODD [1] 3679/25
OFF [11] 3673/22 3688/10 3688/16
3706/21 3709/24 3710/11 3734/23
3735/18 3744/18 3799/4 3803/1
OFFICE [5] 3667/7 3667/14 3667/22
3667/24 3718/21
OFFICER [3] 3682/24 3689/12 3689/22
OFFICES [1] 3666/18
OFFICIAL [3] 3668/20 3803/11 3803/20
OFTEN [1] 3713/12
OH [3] 3684/7 3706/25 3709/21
OKAY [21] 3670/19 3670/23 3671/22
3683/6 3689/1 3721/25 3726/21 3730/21
3732/18 3738/14 3747/17 3755/8
3767/25 3769/15 3770/8 3786/15
3786/12 3791/9 3795/10 3799/17
3802/18
OLD [7] 3678/9 3710/19 3721/2 3721/5
3732/24 3732/25 3733/11
OLDER [1] 3678/12
OMITTED [1] 3723/25
ON [159]
ONCE [2] 3753/14 3764/18
ONE [69] 3671/8 3671/21 3673/13
3675/25 3678/4 3679/21 3680/8 3680/17
3683/19 3684/9 3684/15 3685/4 3685/23
3686/1 3687/18 3688/13 3690/20
3691/20 3695/3 3702/1 3711/10 3711/21
3712/2 3712/5 3712/21 3713/25 3714/4
3714/8 3714/8 3720/18 3722/8 3722/12
3723/3 3723/13 3723/25 3730/11 3731/5
3731/12 3732/3 3733/10 3733/14
3733/17 3734/3 3736/17 3737/19
3738/17 3738/25 3742/18 3743/12
3743/24 3745/21 3749/22 3750/22
3755/1 3758/17 3761/13 3764/6 3765/9
3773/12 3775/15 3775/23 3775/23
3784/9 3786/5 3791/16 3795/14 3800/13
3800/16 3801/11
ONES [6] 3691/13 3730/5 3730/7
3734/6 3753/25
ONLY [18] 3672/6 3674/17 3684/13
3688/12 3690/21 3698/15 3698/21
3715/15 3722/20 3723/1 3723/14
3723/20 3727/16 3755/25 3761/20
3762/21 3764/5 3768/4
ONTO [3] 3706/15 3729/1 3776/8
OPEN [1] 3671/16
OPERATIONAL [2] 3704/17 3704/19
OPERATIONS [1] 3702/25
OPINION [11] 3674/3 3679/2 3679/14
3679/15 3680/9 3697/9 3715/5 3721/3
3733/18 3759/9 3761/16
OPINIONS [9] 3675/22 3677/23 3678/5
3678/14 3678/23 3679/21 3699/7 3733/9
3796/21
OPPORTUNITY [1] 3687/16
OPPOSED [1] 3681/7
OPPOSITE [1] 3778/22
OPTIMAL [1] 3775/11
OR [95] 3671/8 3671/9 3672/20 3673/4
3673/14 3676/4 3676/6 3676/8 3676/11
3676/25 3678/23 3680/9 3680/17
3683/22 3684/5 3686/18 3686/25
3688/13 3689/16 3691/5 3691/16 3692/5
3697/7 3697/9 3697/9 3699/25 3700/19
3701/2 3701/4 3701/16 3707/12 3708/16
3709/17 3711/13 3711/23 3716/7
3716/23 3717/13 3717/16 3717/22
3718/10 3720/10 3727/9 3730/14
3733/10 3735/2 3742/9 3743/15 3744/1
3748/2 3750/4 3751/25 3752/13 3752/19
3752/20 3753/12 3753/15 3754/3 3754/5
3754/22 3755/7 3755/7 3755/17 3756/1
3759/3 3759/3 3762/11 3764/9 3764/12
3765/16 3769/20 3769/24 3769/25
3770/3 3770/4 3770/15 3770/17 3770/25
3777/2 3779/3 3783/14 3783/24 3785/7
3788/19 3788/24 3791/2 3791/10
3795/18 3798/10 3798/19 3798/25
3798/25 3799/21 3801/19 3801/24
ORANGES [1] 3708/11
ORDER [5] 3701/15 3713/4 3713/5
3717/6 3717/7
ORDERED [1] 3672/8
ORIGINAL [1] 3740/1
ORIGINALLY [1] 3687/9
ORLEANS [12] 3666/6 3666/20 3666/23
3667/10 3668/8 3668/21 3674/8 3710/17
3718/20 3744/16 3749/22 3778/17
OTHER [46] 3672/1 3672/5 3672/7
3672/17 3673/1 3673/15 3674/9 3674/22
3676/10 3677/24 3677/25 3683/10
3688/13 3688/17 3689/8 3690/3 3690/5
3690/24 3691/20 3692/23 3698/23
3702/4 3706/17 3712/21 3714/12
3718/12 3718/12 3718/25 3722/22
3723/3 3734/8 3739/1 3739/12 3741/9
3741/18 3742/19 3749/18 3751/1 3753/6
3754/3 3755/4 3759/17 3762/11 3778/4
3786/6 3800/11
OTHERS [2] 3674/3 3679/25
OTHERWISE [1] 3684/17
OUR [23] 3672/3 3672/5 3672/16
3680/12 3685/1 3698/12 3711/14 3721/3
3721/8 3721/11 3721/22 3729/23 3733/9
3733/9 3742/14 3753/6 3764/5 3772/13
3773/4 3793/25 3797/14 3797/17
3801/10
OURSELVES [1] 3780/15
OUT [59] 3671/2 3672/15 3673/9

3687/21 3689/15 3691/8 3699/16
3699/19 3700/15 3700/21 3705/8
3707/21 3713/11 3714/13 3714/16
3715/8 3716/1 3716/6 3716/9 3725/12
3728/25 3730/14 3730/25 3731/17
3733/2 3735/5 3735/12 3735/14 3736/5
3736/12 3736/19 3737/7 3742/18
3743/24 3751/3 3754/17 3757/17 3759/4
3762/5 3770/20 3771/4 3771/12 3771/13
3771/17 3771/21 3772/12 3772/18
3773/11 3773/14 3775/24 3789/4
3792/20 3793/17 3794/1 3795/25 3797/8
3799/15 3801/10 3802/19
OUTLET [2] 3788/11 3788/14
OUTLINE [1] 3786/25
OUTLINED [2] 3713/23 3714/18
OUTRAGEOUS [1] 3681/23
OUTSIDE [3] 3764/23 3767/6 3797/17
OVER [91] 3676/15 3680/14 3691/5
3698/5 3698/8 3699/17 3701/9 3703/6
3706/25 3707/16 3709/16 3709/18
3710/22 3711/18 3717/24 3718/1
3721/14 3726/5 3726/13 3726/14
3734/17 3734/21 3734/23 3735/3
3735/12 3736/15 3736/17 3736/19
3736/25 3737/6 3737/8 3743/8 3745/2
3745/23 3746/1 3746/7 3746/15 3746/22
3747/23 3748/15 3748/16 3749/16
3750/18 3753/19 3753/20 3756/16
3756/22 3757/5 3757/6 3757/11 3758/5
3765/9 3765/15 3765/15 3767/8 3767/9
3767/10 3768/9 3768/17 3770/14 3771/5
3774/13 3775/23 3775/23 3775/24
3775/24 3775/25 3776/20 3776/24
3777/8 3777/19 3778/5 3781/20 3782/11
3784/16 3786/14 3787/8 3788/6 3789/23
3789/24 3790/14 3791/21 3792/10
3792/12 3792/18 3792/19 3792/24
3795/15 3795/15 3797/13 3798/16
OVERALL [6] 3698/7 3698/15 3708/9
3788/21 3788/23 3789/1
OVERCOME [1] 3750/14
OVERNIGHT [1] 3689/4
OVERRULE [1] 3796/5
OVERSIMPLIFIED [1] 3704/10
OVERTOP [1] 3760/6
OVERTOPPING [3] 3749/21 3749/24
3749/25
OWN [4] 3704/14 3721/20 3740/7
3803/6

## P

P.M [2] 3672/11 3793/15
P.O [1] 3668/18
PAGE [21] 3669/2 3685/23 3685/24
3686/12 3711/24 3712/2 3712/3 3712/7
3712/12 3713/1 3713/15 3714/8 3714/13
3714/21 3715/10 3730/2 3730/3 3738/6
3738/8 3738/9 3795/11
PAGE 88 [1] 3712/12
PAGE 89 [1] 3712/2
PAGES [6] 3672/24 3684/24 3697/4
3729/17 3730/5 3801/5
PALMINTIER [3] 3667/19 3667/19
3667/20
PANEL [1] 3718/1
PANELS [1] 3717/22
PAPER [1] 3716/15
PARAMETERIZATION [2] 3713/3
3725/15
PARIS [4] 3679/8 3718/23 3797/6
3799/8
PARISH [8] 3729/13 3746/18 3747/18

P
PARISH... [5]  3748/19 3748/23 3777/17 3781/1 3782/7
PART [11]  3672/20 3676/10 3717/18 3730/13 3746/13 3746/20 3751/15 3756/12 3764/12 3770/25 3778/9
PARTIALLY [1]  3746/18
PARTICULAR [8]  3676/23 3749/13 3784/2 3784/3 3786/18 3790/4 3795/21 3798/20
PARTICULARLY [3]  3715/25 3774/5 3799/18
PASS [4]  3672/20 3684/19 3685/25 3793/15
PASSAGE [1]  3787/18
PASSAGEWAY [5]  3766/10 3766/21 3766/22 3767/1 3787/24
PASSED [2]  3747/12 3793/6
PASSING [3]  3756/19 3757/9 3790/6
PASSIONATE [1]  3673/15
PAST [4]  3694/4 3746/10 3747/12 3777/22
PATH [12]  3761/6 3761/9 3765/19 3766/3 3768/13 3768/14 3771/13 3772/15 3785/3 3792/12 3793/8 3793/23
PATHS [2]  3756/4 3772/18
PATHWAY [11]  3726/11 3751/2 3758/2 3765/25 3766/5 3768/25 3771/21 3786/18 3789/9 3792/15 3793/20
PATHWAYS [4]  3699/9 3708/22 3766/24 3784/22
PATTERN [12]  3735/19 3735/25 3736/5 3737/3 3737/4 3737/11 3745/5 3756/11 3757/5 3765/22 3781/6 3789/20
PATTERNS [2]  3736/23 3756/7
PAUL [2]  3668/11 3668/13
PBL [2]  3726/25 3727/1
PC [2]  3666/15 3667/2
PEAK [8]  3674/6 3674/6 3727/18 3727/19 3727/22 3759/14 3781/22 3799/25
PEARL [2]  3710/24 3710/24
PEER [1]  3695/19
PEER-REVIEWED [1]  3695/19
PEJORATIVE [2]  3801/10 3801/11
PENDING [1]  3712/19
PENUMBRA [3]  3723/10 3724/3 3724/7
PENUMBRAS [1]  3724/7
PEOPLE [5]  3691/8 3702/21 3704/1 3733/10 3764/13
PER [14]  3702/25 3725/16 3752/5 3752/8 3754/1 3754/2 3765/1 3765/2 3765/4 3765/6 3765/9 3767/24 3788/14 3788/16
PERCENT [9]  3671/3 3671/3 3718/7 3755/6 3755/7 3791/23 3791/24 3791/24 3791/25
PERFECT [1]  3691/10
PERFORMING [1]  3674/22
PERHAPS [10]  3706/14 3755/6 3773/2 3775/14 3779/8 3782/22 3797/13 3798/9 3798/25 3799/5
PERIOD [3]  3676/15 3717/3 3737/16
PERSON [2]  3702/25 3754/20
PERSPECTIVE [1]  3680/12
PERTINENT [1]  3705/14
PERTURBATIONS [1]  3706/1
PETA [1]  3695/2
PETASCALE [1]  3695/5
PETER [1]  3668/15
PH.D [1]  3693/24

PHILEN [1]  3668/6
PHOS [2]  3691/13 3691/13
PHOTOS [1]  3711/7
PHYSICAL [4]  3705/1 3705/15 3724/17 3779/19
PHYSICS [3]  3676/5 3677/5 3702/14
PICK [1]  3775/21
PICKED [1]  3760/13
PICKUP [2]  3745/6 3757/24
PICTORIAL [1]  3741/17
PICTORIALLY [1]  3720/5
PICTURE [11]  3716/17 3740/19 3740/21 3741/10 3746/3 3772/7 3778/9 3778/19 3784/9 3788/21 3790/13
PICTURES [3]  3705/4 3752/2 3754/21
PIECE [1]  3762/15
PIECES [1]  3761/13
PIERCE [2]  3666/15 3683/4
PILE [1]  3777/21
PILED [5]  3743/21 3745/16 3745/17 3745/18 3746/17
PILING [4]  3744/6 3744/21 3767/10 3784/1
PLACE [2]  3681/11 3739/5
PLACES [1]  3775/22
PLAINTIFF [5]  3687/17 3688/1 3688/5 3721/25 3740/3
PLAINTIFFS [38]  3666/15 3666/18 3666/21 3667/2 3667/5 3667/9 3667/12 3667/16 3667/19 3667/22 3668/6 3675/10 3675/20 3677/11 3677/12 3677/14 3677/24 3677/25 3678/16 3678/22 3680/7 3680/25 3681/6 3682/3 3684/7 3685/14 3685/17 3689/23 3721/20 3739/8 3739/22 3740/20 3741/16 3759/23 3767/14 3776/9 3779/21 3780/4
PLAINTIFFS' [2]  3678/18 3695/8
PLAN [1]  3802/21
PLANNED [1]  3695/5
PLAQUEMINES [10]  3729/12 3745/1 3745/17 3746/18 3747/18 3748/19 3748/23 3777/17 3781/1 3782/7
PLAY [1]  3772/17
PLAYER [1]  3696/7
PLAYERS [1]  3710/18
PLC [3]  3666/18 3667/19 3667/23
PLEASE [16]  3670/4 3675/4 3686/22 3692/13 3693/7 3695/16 3701/13 3719/16 3729/14 3731/16 3737/22 3737/23 3743/2 3780/21 3786/3 3797/1
PLOT [7]  3706/10 3730/25 3745/24 3768/15 3775/20 3776/8 3797/14
PLOTS [31]  3675/14 3675/16 3678/12 3678/12 3678/14 3709/16 3732/24 3733/1 3733/2 3733/4 3733/9 3733/11 3733/25 3739/7 3739/13 3740/14 3743/14 3743/17 3751/21 3751/22 3752/11 3754/11 3754/11 3775/9 3775/10 3775/15 3776/10 3787/16 3796/20 3797/19 3801/19
PLOTTED [2]  3730/25 3732/22
PLOTTING [2]  3730/24 3797/12
PLOY [2]  3681/18 3681/23
PLUS [4]  3745/22 3797/23 3799/2 3799/5
POINT [20]  3682/20 3684/12 3686/13 3692/17 3697/12 3702/25 3714/24 3722/3 3723/6 3732/19 3732/20 3732/20 3736/12 3740/13 3741/6 3743/24 3749/13 3777/1 3788/19 3791/5
POINTED [3]  3714/16 3735/17 3796/7
POINTING [1]  3735/13

POINTS [6]  3706/2 3706/3 3720/1 3720/2 3758/25 3759/10
POLDERS [2]  3674/8 3760/7
POLLET [2]  3800/1 3800/1
PONDERING [1]  3682/21
PONTCHARTRAIN [29]  3679/11 3726/1 3735/4 3736/24 3747/25 3748/6 3748/7 3748/15 3749/6 3749/15 3750/16 3750/21 3770/19 3776/24 3777/25 3778/24 3781/14 3782/10 3783/20 3789/8 3789/13 3789/15 3792/9 3792/11 3792/25 3793/5 3793/8 3797/25 3799/8
PONTCHARTRAIN'S [1]  3748/8
POOR [1]  3704/11
PORTION [7]  3706/14 3734/18 3734/20 3746/12 3757/1 3778/19 3791/21
POSITION [1]  3764/5
POSSIBLE [3]  3707/1 3727/6 3796/19
POST [3]  3667/7 3667/14 3667/24
POSTCONSTRUCTION [1]  3698/25
POWER [4]  3702/21 3703/4 3703/10 3704/24
POWERFUL [3]  3702/19 3761/16 3762/8
POYDRAS [2]  3667/10 3668/20
PRACTICAL [1]  3733/6
PRACTICE [2]  3711/12 3764/13
PRECEDES [1]  3686/13
PRECLUDED [1]  3773/9
PREDICT [1]  3694/18
PREDOMINANT [3]  3728/7 3744/20 3745/5
PREDOMINANTLY [3]  3714/5 3714/17 3777/14
PREFERENCE [2]  3711/10 3713/22
PREFERENTIAL [2]  3756/3 3765/19
PREFERRED [1]  3793/20
PREJUDICE [4]  3680/7 3738/5 3742/20 3801/7
PREJUDICED [4]  3671/9 3673/19 3684/8 3739/8
PREJUDICIAL [2]  3691/16 3739/23
PREPARE [2]  3675/1 3684/14
PREPARED [4]  3673/4 3689/6 3690/4 3691/22
PRESENCE [1]  3681/12
PRESENT [3]  3668/6 3684/11 3719/15
PRESENTATION [2]  3685/7 3761/17
PRESENTATIONS [1]  3684/6
PRESERVE [1]  3697/13
PRESERVED [1]  3703/13
PRESERVING [1]  3711/18
PRESSURE [1]  3701/7
PRESSURES [1]  3700/4
PRESUME [1]  3673/10
PRETTY [16]  3700/8 3708/13 3716/16 3729/3 3737/12 3750/19 3751/10 3756/15 3756/25 3764/22 3769/5 3771/10 3777/23 3781/21 3787/21 3789/3
PREVIOUS [5]  3701/23 3703/19 3743/17 3779/2 3784/9
PREVIOUSLY [2]  3754/15 3786/4
PRINCIPAL [3]  3696/4 3727/14 3745/21
PRINT [1]  3673/9
PRINTED [2]  3671/2 3672/15
PRIOR [7]  3675/15 3678/6 3696/11 3696/20 3719/10 3728/23 3745/23
PROBABLY [5]  3718/9 3773/1 3788/19 3798/16 3803/5
PROBLEM [10]  3680/16 3683/25 3688/21 3688/24 3689/2 3689/23 3691/4 3691/15 3715/4 3759/3
PROBLEMS [1]  3704/2

P
PROCEDURE [1] 3675/5
PROCEED [2] 3670/21 3692/17
PROCEEDINGS [5] 3666/10 3668/24
3670/10 3671/15 3803/15
PROCESS [6] 3705/23 3744/13 3745/9
3750/18 3757/16 3758/6
PROCESSES [8] 3694/19 3705/1 3705/1
3706/17 3708/23 3721/6 3726/21
3726/21
PRODUCE [1] 3779/20
PRODUCED [3] 3668/25 3685/17
3759/25
PRODUCTION [2] 3672/8 3672/14
PROFESSOR [5] 3693/19 3694/8
3719/6 3729/21 3738/23
PROFFER [21] 3762/24 3763/1 3763/2
3763/5 3764/1 3767/15 3771/25 3773/4
3773/7 3773/10 3773/11 3773/14
3773/15 3785/5 3785/11 3786/1 3791/15
3792/3 3793/25 3794/1 3794/2
PROGRAM [2] 3730/24 3797/12
PROGRESS [1] 3757/21
PROJECTS [3] 3695/3 3718/25 3728/25
PROMINENT [1] 3710/18
PROPAGATE [1] 3746/20
PROPAGATED [1] 3725/6
PROPAGATES [1] 3709/1
PROPAGATING [4] 3744/15 3746/19
3747/19 3782/6
PROPERLY [1] 3705/3
PROPORTIONAL [1] 3756/2
PROPORTIONALITY [1] 3708/18
PROTECT [2] 3779/12 3799/14
PROTECTION [7] 3694/22 3718/18
3718/20 3753/12 3753/17 3778/14
3778/17
PROVE [1] 3673/4
PROVIDED [2] 3677/14 3677/24
PROVIDES [1] 3755/25
PUBLISHES [1] 3695/18
PULLING [1] 3793/17
PUMPED [2] 3748/24 3792/25
PURE [1] 3800/23
PURPLE [1] 3728/18
PURPOSE [3] 3675/16 3734/10 3776/1
PURPOSES [3] 3694/13 3733/5 3733/7
PUSH [4] 3708/14 3718/6 3747/2
3748/13
PUSHED [11] 3690/16 3696/12 3698/5
3709/2 3709/8 3717/14 3718/8 3725/6
3745/3 3783/25 3790/9
PUSHES [2] 3708/19 3717/11
PUSHING [16] 3708/16 3708/16 3708/16
3708/17 3736/7 3745/8 3746/22 3747/1
3747/23 3747/25 3748/16 3749/16
3749/16 3756/16 3782/23 3784/18
PUT [23] 3672/22 3672/23 3672/24
3681/11 3683/14 3687/3 3687/4 3688/10
3688/16 3689/1 3689/9 3702/7 3706/9
3724/1 3730/24 3733/7 3740/19 3741/10
3754/21 3772/24 3773/1 3789/14
3801/21
PUTTING [3] 3681/2 3702/7 3750/2

Q
QUADRANT [1] 3735/7
QUADRATIC [1] 3713/3
QUESTION [9] 3696/25 3697/17 3716/3
3731/16 3731/19 3769/11 3771/24
3772/20 3801/20
QUESTIONED [1] 3729/23

QUESTIONS [3] 3678/19 3678/21
3679/8
QUICK [1] 3672/21
QUICKLY [9] 3679/10 3690/8 3764/7
3771/23 3772/11 3774/5 3795/2 3795/8
3799/4
QUIETER [1] 3721/14
QUIT [1] 3742/22
QUITE [16] 3700/2 3702/5 3704/21
3705/7 3708/2 3708/25 3708/25 3720/1
3725/25 3730/4 3730/5 3745/15 3757/2
3765/15 3783/13 3787/8

R
RADAR [2] 3728/11 3728/12
RADIATION [6] 3700/4 3717/15 3718/6
3718/8 3718/10 3727/8
RAISED [1] 3688/6
RAISES [1] 3761/23
RANGE [3] 3703/6 3728/18 3749/10
RANGING [1] 3715/17
RAPID [4] 3704/15 3717/24 3735/25
3766/6
RAPIDLY [19] 3699/17 3701/1 3701/2
3701/3 3702/6 3704/24 3718/3 3735/22
3735/23 3746/20 3751/11 3756/20
3757/9 3757/17 3767/3 3767/11 3771/4
3793/7 3798/22
RARELY [1] 3762/7
RATE [13] 3700/10 3700/21 3700/22
3719/3 3721/10 3760/3 3765/13 3765/16
3786/6 3786/15 3788/10 3788/13 3793/6
RATES [5] 3767/20 3787/7 3787/17
3789/3 3789/5
RATHER [3] 3678/8 3739/11 3740/1
REACH [34] 3674/18 3674/18 3679/6
3679/7 3679/9 3679/20 3686/10 3686/10
3686/10 3698/14 3698/15 3698/18
3698/19 3698/22 3699/6 3707/20
3707/20 3710/14 3739/22 3759/14
3769/24 3770/1 3781/19 3781/20
3790/19 3795/4 3796/18 3797/1 3797/10
3797/24 3798/6 3798/20 3799/7 3800/2
REACH 1 [11] 3674/18 3679/7 3679/20
3686/10 3698/18 3698/19 3698/22
3707/20 3797/24 3798/20 3799/7
REACH 1/GIWW [2] 3679/6 3679/9
REACH 2 [19] 3674/18 3686/10 3698/14
3698/15 3707/20 3710/14 3739/22
3759/14 3769/24 3770/1 3781/19
3781/20 3790/19 3795/4 3796/18 3797/1
3797/10 3798/6 3800/2
REACHED [2] 3696/24 3798/12
REACHES [2] 3711/1 3752/21
REACHING [2] 3723/10 3736/2
READ [4] 3697/5 3702/11 3759/7 3762/6
READILY [3] 3766/16 3768/14 3792/22
READY [1] 3751/22
REAL [6] 3679/16 3679/18 3697/8
3743/6 3800/14 3802/6
REALISTIC [1] 3772/6
REALLY [25] 3687/3 3688/8 3690/23
3697/6 3697/15 3698/21 3702/8 3704/21
3704/24 3705/13 3705/22 3713/10
3724/23 3738/24 3761/21 3761/22
3762/13 3764/15 3771/1 3772/4 3772/7
3774/14 3782/14 3786/7 3801/6
REASON [6] 3670/12 3670/25 3705/9
3706/21 3715/12 3754/14
REASONS [3] 3678/1 3698/4 3764/6
REBUT [2] 3682/22 3762/9
REBUTTAL [1] 3721/25
RECALL [5] 3672/3 3672/8 3674/9

3769/18 3790/3
3790/9 3790/13 3790/14 3792/18 3792/19
3793/22
RECEDED [1] 3761/10
RECEDING [2] 3782/19 3782/22
RECEIVED [1] 3672/10
RECENT [3] 3685/13 3685/14 3685/15
RECENTLY [1] 3716/15
RECESS [8] 3685/3 3686/17 3686/20
3692/11 3695/14 3737/19 3737/21
3803/8
RECESSION [10] 3721/9 3758/8 3760/3
3761/10 3771/14 3792/24 3793/1 3793/3
3793/7 3793/16
RECOGNIZES [1] 3720/3
RECOLLECTION [1] 3740/6
RECONSTRUCT [1] 3727/7
RECONSTRUCTED [3] 3727/5 3728/10
3728/15
RECORD [14] 3671/7 3671/10 3671/11
3672/21 3673/6 3673/14 3682/13 3693/8
3720/24 3722/21 3723/12 3753/24
3771/25 3803/15
RECORDED [2] 3668/24 3727/18
RED [1] 3788/9
REDIRECTING [1] 3796/11
REDUCE [1] 3795/19
REDUCED [1] 3795/17
REDUCES [2] 3796/14 3796/14
REDUCING [1] 3765/13
REFER [3] 3697/3 3713/10 3777/4
REFERENCE [1] 3708/5
REFERRED [3] 3676/1 3713/12 3777/8
REFERRING [2] 3777/9 3780/11
REFINING [1] 3717/4
REFLECT [4] 3677/22 3747/5 3758/21
3797/11
REFLECTED [6] 3724/17 3740/15
3761/5 3775/9 3778/2 3799/7
REFLECTING [1] 3752/11
REGARD [1] 3685/1
REGARDING [2] 3801/13 3801/15
REGARDLESS [1] 3677/25
REGION [23] 3718/7 3726/8 3727/10
3737/2 3746/2 3746/5 3746/12 3747/1
3753/21 3764/16 3766/25 3771/17
3772/8 3776/21 3783/23 3787/17
3788/17 3789/21 3790/7 3792/24 3793/1
3793/22 3793/23
REGIONAL [9] 3734/16 3745/9 3747/24
3748/17 3748/24 3774/2 3782/7 3783/19
3789/18
REGIONALLY [3] 3747/17 3778/8
3789/20
REGIONS [2] 3702/4 3736/11
REGISTER [2] 3774/18 3779/10
REINFORCE [1] 3680/9
RELATED [1] 3791/18
RELATIVELY [1] 3745/7
RELAXATION [5] 3748/11 3750/10
3784/10 3784/25 3785/2
RELAXED [2] 3770/5 3784/13
RELAXING [2] 3784/18 3785/1
RELEASE [1] 3709/7
RELEASES [1] 3725/1
RELEVANT [1] 3708/13
RELIABILITY [1] 3672/4
RELIED [3] 3672/1 3715/1 3741/16
RELIES [1] 3714/17
RELUCTANTLY [1] 3692/20
RELY [3] 3681/13 3742/10 3742/14
RELYING [3] 3684/4 3685/14 3685/15
REMEDY [1] 3684/13

**R**

REMEMBER [4] 3674/16 3676/7 3728/25 3790/2
REMNANT [1] 3754/14
REMOVING [1] 3750/3
REPEATEDLY [3] 3676/9 3677/15 3678/4
REPLICATE [1] 3676/4
REPLOT [1] 3730/23
REPLOTTED [6] 3730/22 3731/3 3775/8 3776/4 3776/5 3776/11
REPLOTTING [1] 3799/21
REPORT [143]
REPORTER [3] 3668/20 3803/12 3803/20
REPORTS [3] 3672/6 3721/9 3721/11
REPRESENT [9] 3676/4 3685/6 3686/14 3700/15 3705/19 3709/10 3743/16 3764/25 3801/20
REPRESENTATION [8] 3676/12 3680/19 3716/21 3742/10 3760/24 3761/1 3779/19 3801/18
REPRESENTED [4] 3725/7 3726/4 3731/4 3800/4
REPRESENTS [5] 3724/17 3724/23 3724/23 3738/7 3779/25
RESEARCH [3] 3694/4 3694/24 3727/5
RESIO [2] 3742/16 3743/9
RESISTANCE [5] 3701/10 3772/16 3792/20 3793/14 3798/23
RESISTING [1] 3768/24
RESOLUTION [20] 3702/3 3702/6 3702/7 3706/10 3706/13 3706/15 3706/16 3707/18 3719/22 3719/22 3720/4 3722/22 3723/18 3723/18 3724/14 3724/16 3724/22 3724/23 3726/17 3726/18
RESOLVE [3] 3691/14 3702/3 3719/25
RESOLVED [8] 3701/16 3707/12 3707/18 3707/22 3708/21 3720/12 3725/7 3726/4
RESPECT [2] 3698/17 3716/2
RESPECTFULLY [2] 3680/18 3684/24
RESPOND [5] 3674/25 3682/25 3684/17 3720/24 3762/13
RESPONSE [2] 3683/18 3696/18
REST [2] 3690/7 3757/21
RESULT [3] 3678/21 3696/7 3738/5
RESULTS [4] 3679/11 3719/25 3782/25 3802/6
RETAINING [1] 3751/12
RETENTION [1] 3751/9
RETREAT [1] 3770/20
RETURNS [1] 3777/5
REVELATION [1] 3723/2
REVERSAL [2] 3789/23 3792/6
REVIEW [2] 3672/21 3716/15
REVIEWED [1] 3695/19
REVISED [1] 3741/22
REVISIONS [1] 3716/16
REVOCATIONS [1] 3803/4
REVOLUTION [1] 3704/24
RICHARD [1] 3668/16
RICK [1] 3694/8
RIDGE [1] 3710/22
RIGHT [52] 3672/25 3683/9 3686/16 3692/9 3693/15 3703/5 3706/21 3706/24 3711/2 3713/21 3715/9 3716/8 3719/13 3730/2 3731/11 3731/25 3736/14 3736/16 3736/17 3740/22 3745/20 3751/3 3751/3 3752/12 3758/1 3760/13 3764/24 3767/8 3768/17 3768/18

3769/21 3775/1 3777/8 3779/1 3781/20 3782/6 3785/7 3788/9 3788/11 3789/3 3789/6 3791/13 3792/10 3792/19 3793/11 3795/8 3797/10 3797/20 3797/21 3798/3 3798/13
RIGHT-HAND [1] 3672/25
RIGHTS [2] 3685/1 3799/15
RIGOLETS [9] 3707/19 3709/6 3725/5 3755/18 3771/8 3778/24 3789/4 3789/10 3789/11
RING [1] 3710/16
RISE [16] 3670/3 3672/10 3686/19 3686/21 3692/10 3692/12 3694/21 3695/13 3695/15 3737/20 3737/22 3741/13 3741/17 3753/14 3764/12 3803/7
RISES [2] 3700/11 3700/22
RISING [1] 3748/8
RISK [1] 3785/5
RISKS [1] 3694/23
RIVER [27] 3707/15 3707/16 3709/1 3709/2 3709/4 3710/18 3710/24 3710/24 3716/20 3717/25 3725/5 3726/17 3728/25 3729/13 3730/10 3744/7 3744/13 3744/14 3744/17 3745/2 3746/19 3755/23 3765/6 3777/6 3777/16 3788/11 3788/14
RIVERS [3] 3700/3 3725/4 3765/11
ROAD [4] 3679/8 3718/23 3797/6 3799/9
ROB [1] 3672/11
ROBERT [2] 3668/6 3719/6
ROBIN [1] 3668/15
ROBINSON [1] 3666/5
ROOM [1] 3668/20
ROTATION [1] 3746/11
ROUGE [2] 3667/14 3667/21
ROUGHLY [4] 3706/1 3706/13 3707/12 3743/25 3744/1 3749/10 3765/6 3765/8 3765/10 3770/2 3783/22 3786/25 3791/7
ROUGHNESS [3] 3705/19 3795/16 3795/18
ROUTE [1] 3793/21
ROY [2] 3667/5 3667/6
RULE [10] 3673/12 3673/16 3675/5 3681/21 3683/18 3684/9 3688/24 3696/18 3721/23 3722/19
RULES [1] 3675/5
RULING [6] 3688/22 3690/16 3691/18 3691/25 3724/2 3775/5
RUN [19] 3675/22 3678/4 3678/5 3679/16 3679/19 3685/7 3687/16 3688/8 3711/18 3743/6 3743/6 3743/6 3753/5 3754/19 3772/23 3795/22 3800/14 3802/5 3802/6
RUNNING [2] 3777/6 3783/5
RUNS [10] 3672/9 3673/24 3674/21 3675/25 3677/25 3681/8 3683/22 3685/5 3685/6 3685/7
RUPERT [1] 3668/14

**S**

S.W [1] 3667/17
S08 [31] 3705/5 3718/15 3719/11 3719/17 3719/19 3719/23 3720/7 3720/11 3720/13 3720/21 3721/4 3722/12 3724/1 3724/14 3724/25 3725/9 3725/11 3725/14 3725/20 3725/21 3726/6 3726/9 3726/18 3726/20 3726/25 3760/10 3760/12 3760/14 3760/17 3760/21 3761/6
SAID [11] 3677/1 3691/10 3704/1 3720/19 3722/4 3724/4 3733/20 3733/21 3740/21 3740/22 3779/14

SAKE [1] 3747/9
SAME [61] 3678/8 3685/7 3687/16 3688/8 3701/18 3715/10 3716/17 3724/15 3729/3 3729/7 3729/20 3729/22 3730/7 3730/12 3732/7 3733/3 3733/7 3737/15 3737/16 3738/11 3739/12 3739/16 3741/14 3744/22 3745/2 3745/10 3747/6 3750/13 3750/20 3753/4 3753/4 3754/11 3756/11 3756/15 3757/21 3765/23 3766/12 3769/5 3770/22 3771/10 3771/16 3775/9 3775/22 3776/8 3779/20 3781/6 3781/11 3786/23 3787/21 3789/16 3791/5 3793/4 3795/24 3795/25 3796/1 3796/4 3796/7 3796/8 3796/19 3800/10 3800/11
SAMPLE [2] 3717/21 3726/16
SARAH [2] 3668/16 3780/16
SATELLITE [2] 3711/7 3728/11
SAW [7] 3677/18 3701/22 3747/7 3767/1 3774/2 3782/6 3789/18
SAY [44] 3670/17 3675/23 3676/1 3678/3 3679/21 3680/1 3680/19 3681/5 3682/23 3683/21 3684/7 3684/22 3685/4 3685/5 3687/15 3689/1 3689/24 3691/24 3693/18 3694/25 3694/25 3695/9 3699/18 3723/13 3728/18 3728/19 3731/3 3741/3 3741/22 3742/5 3755/2 3760/18 3760/21 3762/1 3762/21 3775/20 3780/16 3781/15 3781/16 3783/22 3790/18 3791/2 3800/19 3800/20
SAYING [6] 3678/1 3679/7 3723/16 3723/17 3741/19 3759/18
SAYS [4] 3673/8 3681/16 3780/4 3800/17
SCALE [14] 3706/23 3710/5 3732/9 3732/13 3734/17 3743/12 3743/25 3744/21 3745/9 3755/9 3760/15 3774/2 3782/7 3789/19
SCALED [2] 3743/16 3754/1
SCALES [2] 3705/21 3705/24
SCENARIO [1] 3800/13
SCENARIOS [3] 3698/11 3740/4 3753/6
SCHEDULED [1] 3687/9
SCHEDULING [1] 3685/12
SCIENCE [2] 3693/22 3693/23
SCIENCES [1] 3693/20
SCOTT [1] 3666/19
SCRATCH [1] 3678/8
SCREEN [5] 3706/21 3714/8 3732/6 3732/15 3732/21
SEA [2] 3694/21 3785/4
SEABROOK [3] 3679/8 3797/7 3797/8
SEASON [1] 3719/8
SEATED [5] 3670/4 3686/22 3692/13 3695/16 3737/23
SECOND [28] 3671/21 3676/6 3676/8 3702/25 3706/4 3706/5 3706/6 3712/5 3720/15 3721/10 3730/1 3736/4 3752/5 3752/8 3754/1 3754/2 3761/11 3765/1 3765/2 3765/4 3765/6 3765/9 3767/24 3769/12 3769/20 3774/17 3790/16 3801/20
SECONDS [3] 3676/7 3699/17 3699/18
SECTION [5] 3674/11 3686/9 3713/1 3713/9 3789/1
SECTION 3 [1] 3713/9
SEDIMENT [1] 3694/7
SEE [237]
SEEING [19] 3732/21 3743/25 3744/4 3744/12 3744/18 3746/13 3751/7 3758/1 3765/11 3768/6 3768/10 3779/1 3780/25

SEEING... [6] 3786/7 3786/12 3788/13 3788/15 3798/2 3799/12
SEEM [2] 3711/25 3759/23
SEEMS [4] 3689/11 3762/11 3770/15 3798/22
SEEN [8] 3671/4 3672/19 3674/20 3677/12 3682/9 3741/16 3748/20 3778/3
SELECT [1] 3711/13
SELECTED [1] 3695/4
SENSE [1] 3690/13
SENTENCINGS [1] 3803/4
SEPTEMBER [4] 3800/18 3800/19 3800/20 3801/15
SEPTEMBER 2005 [1] 3800/19
SEPTEMBER 29 [2] 3800/18 3800/20
SEQUENCE [10] 3698/11 3701/5 3724/13 3743/17 3744/10 3747/4 3747/7 3753/4 3785/2 3786/23
SERIES [15] 3738/18 3739/13 3751/19 3758/16 3758/17 3771/23 3772/12 3778/21 3785/6 3785/7 3799/24 3800/6 3800/6 3802/2 3802/3
SERIOUS [1] 3670/18
SERIOUSLY [4] 3671/6 3673/18 3674/13 3675/8
SESSION [3] 3666/10 3670/1 3670/4 3686/22 3692/13 3695/16 3737/23
SET [10] 3697/2 3713/19 3714/2 3714/13 3727/2 3751/8 3776/3 3776/5 3796/21 3801/5
SEVERAL [3] 3692/9 3711/17 3731/4
SEVERELY [1] 3683/20
SHADE [1] 3797/19
SHALLOW [9] 3694/10 3705/12 3709/21 3709/22 3709/23 3710/6 3710/7 3745/7 3753/21
SHALLOWER [3] 3718/4 3761/5 3761/6
SHE [3] 3683/3 3686/7 3740/23
SHELF [12] 3696/10 3696/13 3697/21 3698/13 3708/12 3708/14 3720/12 3729/1 3745/12 3745/23 3747/21 3764/23
SHELVES [1] 3706/15
SHERMAN [1] 3666/22
SHIFT [4] 3735/4 3749/6 3756/13 3756/15
SHIFTED [3] 3674/6 3748/12 3748/17
SHIFTING [11] 3734/24 3735/25 3736/5 3736/23 3736/24 3737/7 3737/12 3746/17 3756/12 3778/8 3796/11
SHOCKED [1] 3673/22
SHOOTING [1] 3737/1
SHORE [8] 3748/1 3748/2 3748/3 3777/25 3778/1 3778/7 3782/10 3784/2
SHORES [1] 3755/21
SHORTEN [1] 3706/16
SHORTEST [1] 3772/15
SHOULD [5] 3670/20 3687/4 3762/17 3775/19 3801/24
SHOULDN'T [1] 3684/25
SHOW [32] 3677/16 3686/8 3696/20 3706/7 3708/17 3710/14 3711/20 3713/25 3716/11 3717/20 3720/5 3725/19 3728/3 3728/6 3734/7 3738/1 3738/10 3738/16 3739/15 3739/20 3740/12 3740/24 3741/13 3742/15 3743/2 3753/2 3758/25 3759/25 3760/15 3760/17 3767/19 3776/11
SHOWING [9] 3686/7 3686/10 3710/6 3710/7 3739/13 3740/17 3741/15 3767/18 3796/23

SHOWN [15] 3690/25 3715/9 3732/8 3733/6 3746/19 3753/25 3754/18 3760/5 3761/18 3761/25 3780/7 3787/15 3800/11 3802/7
SHOWS [5] 3673/8 3686/9 3706/23 3742/8 3797/17
SHRUBLAND [1] 3711/8
SIDE [13] 3671/8 3672/25 3706/21 3744/17 3748/18 3760/6 3770/4 3778/4 3778/15 3778/16 3781/14 3783/25 3783/25
SIGHT [1] 3740/14
SIGNIFICANCE [1] 3723/4
SIGNIFICANT [16] 3690/23 3697/6 3704/3 3713/11 3715/25 3717/2 3720/8 3721/3 3722/19 3729/2 3734/19 3751/16 3751/16 3754/3 3761/25 3772/1
SIGNIFICANTLY [1] 3724/16
SIMILAR [3] 3719/4 3755/2 3801/14
SIMPLE [2] 3681/1 3700/10
SIMPLER [1] 3701/25
SIMPLIFY [1] 3705/9
SIMPLISTIC [1] 3726/6
SIMPLY [18] 3687/16 3690/24 3702/23 3709/13 3721/17 3721/21 3730/16 3731/7 3733/1 3733/10 3754/20 3758/12 3758/14 3758/24 3764/18 3764/20 3779/19 3801/11
SIMS [1] 3667/3
SIMULATED [1] 3727/3
SIMULATION [1] 3728/7
SINCE [4] 3677/6 3685/7 3714/16 3719/14
SINGLE [2] 3675/22 3682/3
SIR [14] 3671/17 3671/22 3692/3 3695/11 3712/5 3715/8 3721/16 3733/12 3738/12 3750/5 3772/20 3794/1 3801/16 3802/8
SIT [2] 3683/18 3742/22
SITS [1] 3736/19
SITTING [2] 3746/7 3788/18
SITUATION [3] 3686/23 3687/4 3687/4
SIX [3] 3673/7 3728/23 3773/2
SIZE [6] 3679/19 3696/6 3706/11 3727/14 3727/15 3727/17
SIZES [1] 3724/11
SKILL [1] 3704/12
SKIP [3] 3680/3 3751/8 3779/6
SL15 [31] 3704/16 3704/17 3705/4 3705/5 3705/25 3713/22 3718/12 3719/4 3719/15 3719/17 3719/19 3720/2 3720/11 3720/12 3722/12 3722/22 3724/11 3724/15 3724/23 3725/2 3725/11 3725/20 3725/23 3726/12 3726/13 3726/20 3726/22 3727/12 3732/23 3772/23 3776/8
SLEEP [1] 3802/22
SLIDE [12] 3701/17 3701/23 3713/21 3713/24 3732/3 3755/1 3779/2 3779/9 3786/3 3790/25 3795/4 3801/22
SLIDES [3] 3779/8 3785/3 3791/4
SLIGHTLY [5] 3731/1 3732/22 3733/3 3754/13 3775/14
SLOPE [1] 3701/8
SLOW [5] 3751/7 3753/13 3765/16 3769/5 3789/17
SLOWED [2] 3757/2 3758/4
SLOWER [1] 3761/12
SLOWING [2] 3766/4 3786/14
SLOWLY [4] 3725/1 3737/12 3776/23 3797/1
SMALL [4] 3737/18 3760/16 3788/25 3789/2

SMALLER [1] 3718/3
SMALLEST [1] 3668/16
SMALLMOUTH [1] 3668/20
SMIL... [7] 3668/11 3668/25 3673/13 3673/24 3675/7 3678/19 3682/22 3683/13 3683/21 3684/6 3685/23 3687/21 3687/23 3689/11 3689/21 3691/20 3691/24 3693/2 3707/1 3712/9 3762/7 3769/10 3795/23 3799/23
SMITH'S [1] 3799/14
SNAP [1] 3682/20
SNAPSHOTS [2] 3739/14 3739/16
SO [163]
SOFTWARE [1] 3695/4
SOJA [1] 3668/16
SOLOMON [3] 3687/8 3692/7 3692/9
SOLUTION [1] 3691/10
SOLVE [5] 3700/6 3701/25 3703/2 3703/11 3704/2
SOLVED [1] 3706/4
SOLVES [1] 3702/17
SOLVING [1] 3702/22
SOME [77] 3677/11 3678/11 3678/11 3679/25 3680/3 3680/24 3681/10 3681/12 3683/22 3687/10 3687/12 3687/12 3687/13 3687/13 3687/14 3687/19 3688/4 3690/20 3691/8 3696/4 3700/14 3705/4 3706/21 3709/14 3710/8 3711/19 3714/15 3716/16 3717/21 3717/23 3719/16 3724/19 3724/20 3726/6 3726/15 3726/16 3726/19 3727/3 3730/4 3731/1 3731/8 3733/4 3735/20 3738/15 3739/16 3742/15 3748/10 3748/16 3749/2 3749/21 3749/24 3749/25 3750/9 3750/15 3751/6 3752/21 3753/19 3754/3 3756/11 3756/13 3759/8 3760/4 3761/9 3764/22 3766/24 3767/1 3770/12 3770/13 3770/14 3771/7 3772/16 3782/7 3788/8 3792/7 3792/7 3795/14 3802/22
SOMETHING [28] 3674/5 3677/6 3677/10 3682/23 3685/20 3687/24 3688/2 3688/2 3688/7 3688/25 3689/25 3699/12 3702/24 3708/17 3717/2 3721/8 3723/25 3733/13 3739/25 3740/9 3741/1 3741/3 3741/3 3751/25 3758/11 3762/18 3783/12 3798/10
SOMETHING THAT'S [1] 3688/7
SOMETIME [1] 3693/13
SOMEWHAT [5] 3724/3 3727/1 3758/6 3784/9 3801/14
SOMEWHERE [2] 3717/12 3762/12
SOOTHSAYERS [1] 3683/24
SOPHISTICATED [1] 3727/2
SORRY [10] 3695/11 3703/16 3713/17 3757/23 3774/20 3774/22 3790/2 3795/5 3797/21 3801/17
SORT [1] 3760/4
SOUND [38] 3707/10 3725/8 3728/4 3728/5 3734/23 3744/5 3744/6 3749/16 3749/16 3755/22 3757/7 3757/17 3757/18 3758/5 3760/18 3760/22 3760/23 3761/5 3765/19 3765/25 3766/5 3766/9 3766/22 3767/7 3767/13 3768/4 3768/11 3768/18 3769/1 3770/11 3771/3 3778/24 3788/2 3789/4 3789/21 3792/16 3793/19 3793/19
SOUND/LAKE BORGNE [3] 3766/22 3768/11 3769/1
SOUNDS [1] 3760/19
SOURCES [1] 3708/1
SOUTH [16] 3666/16 3693/21 3735/25 3736/8 3737/1 3737/8 3748/3 3769/2 3770/14 3777/18 3777/25 3778/11 3778/18 3781/14 3782/9 3789/20

Case 2:05-cv-04182-SRD-JCW Document 18899 Filed 05/27/09 Page 161 of 166

SOUTH BEND [1] 3693/21
SOUTHEAST [5] 3734/23 3735/7 3735/12 3756/23 3757/2
SOUTHEASTERLY [2] 3735/6 3768/7
SOUTHEASTERN [3] 3676/17 3694/22 3706/19
SOUTHERLY [6] 3746/14 3749/15 3757/5 3757/10 3768/8 3778/6
SOUTHERN [6] 3703/8 3718/18 3746/12 3755/21 3756/12 3787/2
SOUTHWEST [3] 3737/8 3792/7 3792/8
SOUTHWESTERLY [1] 3746/14
SPACING [1] 3700/25
SPATIALLY [2] 3713/4 3713/7
SPEAKING [1] 3745/7
SPECIAL [1] 3718/23
SPECIFIC [5] 3727/12 3729/5 3739/14 3739/15 3743/5
SPECIFICALLY [2] 3718/15 3798/2
SPECIFIED [1] 3725/16
SPECIFY [2] 3705/11 3705/12
SPECULATING [1] 3679/20
SPEED [28] 3728/17 3728/21 3728/22 3751/24 3752/1 3752/4 3752/13 3752/17 3758/15 3761/19 3761/20 3767/18 3774/9 3790/18 3790/21 3791/2 3791/19 3791/20 3791/21 3791/22 3791/23 3791/25 3795/7 3795/17 3796/10 3796/13 3796/14 3796/14
SPEEDS [8] 3701/9 3730/4 3731/4 3732/6 3732/7 3795/15 3795/19 3796/2
SPELLING [1] 3693/8
SPENT [1] 3727/7
SPOILS [1] 3710/20
SPOT [4] 3771/2 3771/5 3783/6 3789/24
SPOTS [1] 3771/8
SPRINGS [1] 3667/17
SQUARE [8] 3696/10 3696/23 3697/7 3745/23 3764/25 3765/2 3765/9 3791/19
SQUARE-MILE [1] 3745/23
SQUARED [2] 3756/2 3791/19
SR [1] 3668/16
ST. [10] 3735/17 3736/11 3744/7 3745/4 3745/16 3747/24 3748/11 3778/17 3783/14 3784/7
ST. BERNARD [8] 3735/17 3736/11 3744/7 3745/4 3745/16 3747/24 3748/11 3778/17
ST. LOUIS [2] 3783/14 3784/7
STAGE [2] 3765/7 3765/11
STAMPED [2] 3799/11 3799/18
STAND [2] 3683/14 3722/7
STANDARD [3] 3711/12 3713/3 3764/13
STANDPOINT [1] 3759/22
STANDS [1] 3681/16
STANWOOD [1] 3666/11
START [6] 3678/8 3691/13 3692/1 3693/12 3734/22 3756/7
STARTING [43] 3704/5 3719/7 3728/8 3734/24 3735/4 3735/13 3735/24 3745/11 3745/12 3746/10 3746/16 3746/20 3748/13 3749/6 3749/6 3749/12 3750/9 3756/12 3756/25 3757/23 3757/24 3766/14 3767/2 3769/5 3769/6 3770/12 3770/24 3772/16 3777/13 3777/15 3778/1 3784/10 3785/3 3787/9 3787/21 3789/17 3790/7 3790/14 3790/15 3792/19 3796/9 3796/10 3799/6
STARTS [4] 3705/22 3744/15 3776/24 3792/24
STATE [7] 3673/6 3693/7 3693/23

3713/2 3715/15 3719/11 3723/12 3747/20 3771/11 3783/3 3791/14
STATED [1] 3673/11
STATEMENT [2] 3697/9 3745/25
STATES [8] 3666/1 3666/7 3666/11 3681/18 3694/11 3696/13 3727/18 3803/12
STATING [2] 3696/4 3696/21
STATION [2] 3668/17 3800/1
STAY [1] 3724/6
STENOGRAPHY [1] 3668/24
STEVENS [2] 3667/22 3667/23
STICK [2] 3687/23 3734/3
STICKING [1] 3711/20
STICKUMS [3] 3672/23 3672/23 3672/24
STILL [51] 3672/9 3682/21 3699/12 3699/13 3699/19 3699/21 3699/25 3709/14 3716/25 3717/8 3717/13 3717/23 3734/22 3735/13 3737/7 3737/8 3746/12 3746/23 3748/15 3750/12 3750/23 3756/8 3756/22 3757/1 3757/6 3757/10 3757/11 3767/9 3768/6 3768/10 3770/13 3770/14 3770/24 3771/17 3772/16 3777/14 3777/21 3778/4 3779/4 3784/1 3787/8 3787/23 3791/14 3792/3 3792/3 3792/11 3792/21 3792/25 3793/5 3793/7 3793/12
STONE [1] 3668/16
STOP [4] 3705/18 3729/14 3744/8 3786/16
STOPPED [7] 3697/25 3708/17 3744/22 3745/8 3753/13 3753/14 3781/2
STORM [39] 3676/5 3694/2 3696/7 3696/8 3696/11 3696/12 3696/21 3703/9 3706/17 3708/13 3710/18 3721/6 3727/14 3727/16 3728/8 3729/2 3734/16 3735/21 3736/19 3736/22 3743/3 3743/23 3744/2 3747/12 3747/15 3747/16 3747/17 3749/8 3756/5 3756/19 3757/9 3777/22 3778/7 3782/3 3784/16 3787/14 3790/4 3790/6 3793/6
STORMS [1] 3727/6
STORY [3] 3729/3 3729/7 3769/5
STRAIGHT [9] 3737/1 3758/3 3767/3 3768/8 3769/2 3789/1 3789/19 3796/7 3796/12
STRAIGHT-UP [1] 3768/8
STRAYS [1] 3689/11
STREET [10] 3666/16 3666/19 3666/23 3667/6 3667/10 3667/13 3667/20 3668/4 3668/7 3668/20
STRENGTH [6] 3727/15 3737/9 3737/13 3750/13 3752/9 3779/4
STRESS [9] 3700/4 3708/15 3708/19 3713/4 3717/9 3784/18 3791/18 3791/24 3791/25
STRESSES [9] 3701/11 3701/11 3701/12 3704/9 3717/16 3718/6 3718/8 3718/11 3727/8
STRIDENCY [2] 3681/21 3681/21
STRIKE [1] 3697/15
STRONG [5] 3670/16 3735/6 3747/5 3749/14 3779/5
STRUCTURE [2] 3705/17 3798/24
STRUCTURES [1] 3718/25
STUDIES [3] 3703/7 3704/18 3705/22
STUDY [24] 3675/15 3676/13 3678/13 3688/9 3694/18 3698/23 3704/16 3705/7 3705/25 3718/9 3718/13 3718/15 3718/16 3719/4 3719/5 3719/5 3725/3 3727/11 3729/5 3732/24 3736/8 3743/3 3772/7 3772/21

STUFF [6] 3687/7 3713/11 3721/10 3721/11 3733/25 3803/6
STWAVE [2] 3717/1 3718/2
SUBJECT [8] 3692/18 3697/14 3697/16 3716/16 3723/2 3767/15 3776/13 3780/17
SUBMIT [3] 3681/17 3682/9 3684/24
SUBROGATED [1] 3668/2
SUBSEQUENT [1] 3802/16
SUBSIDENCE [1] 3739/22
SUBSTANCE [1] 3740/18
SUBSTANTIALLY [1] 3725/11
SUBSTANTIVE [1] 3733/17
SUCCESSIVE [1] 3719/14
SUCCINCTLY [1] 3762/8
SUCH [8] 3686/3 3706/17 3716/19 3718/23 3718/24 3720/18 3725/4 3752/21
SUDDEN [2] 3752/20 3765/4
SUDDENLY [1] 3721/12
SUFFICIENT [2] 3750/14 3795/18
SUFFICIENTLY [1] 3701/16
SUGGEST [1] 3731/25
SUGGESTION [1] 3688/15
SUGGESTIONS [1] 3689/14
SUITE [5] 3666/16 3667/3 3667/6 3667/10 3668/7
SUMMARY [2] 3679/3 3740/2
SUN [1] 3701/8
SUPERIOR [1] 3722/22
SUPPORT [2] 3680/10 3694/16
SUPPORTED [1] 3699/3
SUPPORTS [1] 3741/4
SUPPOSED [2] 3688/25 3742/12
SURE [10] 3670/13 3680/7 3691/21 3710/16 3711/22 3753/4 3759/23 3775/16 3781/15 3797/12
SURFACE [18] 3678/12 3701/7 3701/11 3704/8 3750/14 3764/20 3770/17 3770/18 3783/5 3783/17 3784/21 3788/20 3789/7 3793/9 3793/13 3798/21 3799/25 3802/3
SURGE [103] 3671/25 3672/1 3674/20 3676/5 3677/5 3683/9 3694/2 3696/7 3696/20 3696/23 3697/21 3697/22 3698/2 3703/9 3705/23 3706/17 3708/13 3708/25 3710/18 3715/3 3726/24 3727/14 3727/18 3727/20 3727/22 3728/8 3729/2 3733/22 3734/16 3737/18 3738/7 3739/10 3739/14 3739/14 3739/16 3741/14 3741/17 3743/3 3743/14 3743/23 3744/2 3744/15 3745/1 3745/8 3745/8 3746/17 3747/16 3747/18 3748/2 3748/3 3748/9 3748/11 3748/20 3748/22 3748/24 3749/9 3750/8 3750/10 3750/15 3751/21 3758/17 3758/18 3758/24 3759/14 3760/4 3760/6 3761/2 3761/9 3761/17 3768/4 3769/12 3769/20 3770/10 3770/11 3770/21 3778/22 3779/7 3779/8 3779/14 3779/16 3780/20 3780/24 3782/6 3782/11 3783/12 3784/5 3784/7 3784/25 3785/7 3785/8 3785/9 3787/4 3788/1 3793/22 3796/17 3797/1 3797/2 3797/3 3797/3 3798/7 3799/11 3799/13 3799/25
SURGES [8] 3674/6 3674/6 3733/3 3733/21 3733/24 3733/24 3734/4 3737/15
SURROUND [1] 3702/15
SURROUNDS [1] 3787/6
SURVEYS [1] 3708/3
SUSPECT [3] 3673/2 3753/24 3799/12
SUSTAIN [1] 3762/25

S

SUSTAINED [2] 3698/5 3735/19
SWAMI [1] 3762/5
SWAN [2] 3695/6 3695/7
SWAPPED [1] 3733/2
SWORN [1] 3693/6
SYSTEM [13] 3698/7 3698/22 3699/5
3705/15 3710/20 3714/23 3718/21
3718/22 3724/18 3768/9 3775/13
3778/14 3788/5
SYSTEMS [5] 3694/22 3697/25 3753/12
3753/18 3778/18

T

TABLE [11] 3712/7 3712/7 3712/11
3712/17 3713/15 3714/15 3714/15
3714/21 3724/19 3724/20 3726/19
TABLES [3] 3672/16 3673/1 3803/1
TABS [1] 3671/8
TABULAR [1] 3689/5
TAHEERAH [1] 3668/11
TAKE [15] 3673/24 3683/15 3685/2
3686/17 3690/7 3693/14 3699/18 3711/3
3713/19 3725/3 3730/6 3758/18 3771/14
3786/9 3795/8
TAKES [1] 3789/13
TAKING [1] 3691/19
TALK [9] 3686/14 3699/22 3721/9
3722/2 3722/15 3722/16 3741/9 3745/21
3762/10
TALKED [6] 3674/16 3704/21 3727/9
3732/25 3762/3 3772/3
TALKING [13] 3686/5 3709/19 3722/1
3731/23 3755/5 3755/6 3769/25 3777/5
3780/5 3780/6 3780/8 3798/1 3800/14
TARGET [1] 3742/18
TASTED [1] 3673/13
TEAM [1] 3683/25
TEAPOT [3] 3716/7 3721/4 3759/3
TEASED [1] 3759/4
TECHNIQUES [1] 3704/10
TECHNOLOGY [1] 3694/1
TELL [18] 3670/25 3671/7 3674/1
3676/1 3680/20 3681/4 3683/15 3690/18
3697/20 3720/22 3722/5 3722/8 3738/13
3739/4 3759/21 3769/14 3795/22 3798/2
TELLING [2] 3683/25 3742/19
TEMPEST [3] 3716/7 3721/4 3759/2
TEMPLATE [1] 3678/6
TENDER [2] 3695/18 3695/20
TENDERED [1] 3695/24
TERABYTES [1] 3683/22
TERAFLOP [2] 3703/5 3703/6
TERM [4] 3699/14 3700/22 3746/5
3756/1
TERMS [16] 3700/15 3700/21 3701/5
3704/5 3704/6 3704/7 3708/13 3709/15
3710/18 3725/12 3725/17 3726/23
3736/8 3746/3 3755/9 3756/3
TERREBONNE [1] 3709/12
TESTIFIED [3] 3672/1 3674/21 3693/6
3739/6 3741/1 3741/5
TESTIFY [6] 3673/17 3675/6 3686/25
3739/6 3741/1 3741/5
TESTIMONY [11] 3670/16 3682/11
3683/20 3684/12 3717/5 3722/21
3722/21 3723/17 3740/7 3764/7 3776/14
TEXAS [4] 3667/4 3676/18 3694/4
3711/15
TEXT [7] 3740/15 3740/16 3740/24
3740/25 3741/2 3741/4 3741/7
TF01 [2] 3705/6 3718/15
THAN [28] 3678/8 3687/9 3688/13

3696/8 3696/10 3708/11 3714/12
3715/12 3716/1 3718/9 3720/21 3721/2
3723/3 3725/11 3728/23 3734/8 3739/7
3739/11 3739/17 3739/18 3739/20
3742/15 3753/25 3761/5 3762/18 3771/8
3787/5 3788/11 3788/17
THANK [30] 3671/14 3675/6 3692/9
3693/2 3693/3 3693/4 3693/16 3695/23
3728/1 3734/11 3738/3 3750/5 3755/12
3767/25 3768/19 3770/8 3772/9 3773/3
3773/12 3776/15 3777/11 3780/18
3781/25 3791/1 3791/14 3792/1 3797/21
3802/8 3802/23 3803/5
THAT [521]
THAT'S [139]
THE WRONG [1] 3742/13
THEIR [18] 3675/15 3677/15 3681/11
3684/19 3685/25 3692/23 3703/11
3705/3 3721/7 3721/20 3721/21 3721/22
3724/1 3760/5 3760/10 3760/12 3760/12
3796/10
THEM [53] 3671/3 3671/4 3672/3
3672/17 3672/19 3673/3 3673/22
3673/23 3675/10 3680/3 3680/3 3680/13
3681/4 3681/7 3682/19 3687/12 3687/13
3687/13 3687/14 3687/19 3688/18
3690/9 3690/24 3697/5 3700/25 3702/8
3704/2 3711/14 3714/3 3714/22 3717/17
3721/19 3721/20 3725/6 3726/5 3726/5
3730/23 3730/24 3730/25 3733/10
3738/20 3754/16 3757/22 3759/11
3764/19 3766/16 3773/1 3775/8 3776/11
3784/19 3796/3 3796/11 3796/12
THEMSELVES [2] 3677/13 3795/3
THEN [56] 3682/23 3685/7 3685/10
3687/24 3688/10 3691/17 3691/22
3691/24 3692/23 3700/23 3701/6
3701/10 3705/6 3705/14 3706/15
3706/16 3707/7 3709/1 3711/11 3712/6
3713/14 3718/1 3725/1 3725/23 3726/1
3726/21 3728/21 3731/13 3732/3 3732/4
3736/17 3737/10 3740/20 3742/8 3752/1
3752/6 3753/12 3753/14 3757/8 3761/20
3762/17 3764/11 3765/5 3768/18 3770/3
3770/4 3779/6 3783/9 3784/12 3786/13
3790/13 3799/4 3800/21 3802/1
3802/15 3802/21
THEORIES [1] 3721/12
THERE [105] 3672/16 3673/23 3674/5
3674/10 3674/10 3674/19 3674/22
3675/9 3675/14 3677/11 3677/24
3677/24 3680/24 3681/10 3681/10
3681/11 3682/18 3684/5 3685/5 3685/6
3687/13 3688/5 3692/2 3696/8 3696/19
3696/22 3697/6 3698/4 3698/23 3701/11
3701/21 3706/17 3709/16 3710/8 3711/9
3714/11 3716/17 3719/19 3720/10
3721/14 3722/21 3730/3 3731/4 3731/15
3733/17 3736/19 3738/15 3738/25
3741/1 3742/9 3743/14 3745/7 3745/19
3745/22 3746/25 3748/13 3750/10
3751/2 3752/6 3753/21 3755/18 3757/25
3759/5 3760/5 3762/2 3762/11 3764/3
3768/23 3769/9 3770/24 3771/5 3771/8
3772/11 3772/12 3775/23 3777/21
3778/3 3781/2 3782/15 3782/17 3782/18
3783/1 3783/6 3783/11 3784/1 3784/6
3784/19 3787/1 3787/3 3787/4 3787/8
3787/9 3788/16 3788/17 3788/17 3789/2
3789/4 3789/14 3789/25 3791/6 3792/6
3792/20 3795/18 3797/9 3798/1
THERE'S [70] 3674/4 3674/4 3674/6
3674/7 3674/8 3674/11 3676/3 3678/4

3679/17 3679/19 3687/16 3687/24
3699/4 3699/8 3700/22 3701/6
3701/7 3701/10 3701/12 3702/2 3702/21
3704/2 3705/21 3707/4 3708/2 3708/18
3709/14 3710/5 3713/25 3714/1 3716/19
3719/5 3719/18 3723/8 3723/17 3725/21
3726/21 3730/10 3730/11 3730/11
3732/9 3732/15 3735/19 3738/19 3739/1
3739/7 3741/3 3742/12 3742/15 3745/1
3745/15 3746/7 3751/15 3754/19
3755/10 3765/12 3769/6 3776/19
3779/17 3779/18 3781/9 3783/19
3786/18 3788/10 3795/14 3795/18
3798/23 3799/3 3800/13
THEREFORE [4] 3715/1 3749/4 3781/4
3801/9
THEREFROM [1] 3674/13
THEREON [1] 3731/14
THERETO [1] 3802/16
THESE [96] 3671/8 3672/24 3673/1
3673/18 3674/2 3675/24 3676/21
3681/24 3681/25 3682/10 3682/17
3684/10 3691/15 3700/9 3700/23
3701/15 3701/18 3702/17 3702/18
3702/22 3703/11 3704/1 3704/6 3707/24
3709/8 3709/25 3710/23 3711/13
3712/25 3715/8 3717/4 3717/16 3718/5
3718/10 3720/5 3721/12 3727/5 3727/6
3728/10 3728/13 3728/13 3729/16
3729/18 3729/20 3730/7 3730/12
3732/20 3733/25 3733/25 3734/5
3734/18 3735/11 3738/18 3739/7
3739/14 3740/14 3740/17 3741/18
3742/16 3743/5 3743/6 3743/12 3743/13
3746/13 3746/14 3747/6 3751/11 3752/2
3752/10 3753/17 3753/24 3753/25
3754/10 3754/11 3760/11 3760/14
3765/9 3771/15 3772/21 3772/22 3774/8
3774/14 3775/8 3775/9 3775/11 3775/25
3776/10 3776/20 3776/20 3779/12
3793/5 3795/21 3795/24 3795/25
3796/20 3800/6
THEY [102] 3672/18 3673/4 3673/10
3675/20 3676/22 3677/3 3677/13
3677/15 3677/17 3677/19 3677/22
3677/22 3678/1 3678/1 3678/14 3678/15
3679/11 3679/15 3680/8 3681/9 3681/11
3681/12 3681/13 3681/22 3682/8
3682/15 3682/19 3683/19 3683/22
3683/23 3684/23 3685/24 3685/5 3687/6
3689/8 3689/8 3691/9 3691/17 3692/23
3694/25 3699/4 3701/19 3702/23
3703/10 3703/12 3704/12 3705/18
3708/22 3708/22 3709/13 3709/15
3709/16 3709/17 3711/6 3716/23
3717/20 3718/3 3718/4 3721/4 3721/7
3721/9 3721/12 3722/16 3723/25
3724/24 3729/22 3729/22 3730/21
3730/25 3731/3 3732/9 3732/22 3733/7
3733/7 3734/15 3741/9 3743/15 3748/12
3752/12 3752/12 3754/13 3754/14
3760/2 3760/3 3760/13 3760/15 3760/16
3762/6 3764/23 3775/12 3776/11
3776/19 3776/22 3776/25 3776/25
3777/17 3780/1 3787/8 3797/11 3797/15
3801/4 3803/3
THEY'RE [26] 3677/4 3677/12 3679/1
3680/3 3680/4 3680/9 3680/23 3682/12
3682/13 3682/14 3684/22 3691/25
3700/7 3715/11 3715/12 3729/8 3730/12
3735/13 3735/13 3738/16 3743/16
3770/24 3770/24 3777/1 3777/2 3796/10
THING [33] 3677/8 3679/21 3682/3

**T**

THING... [30] 3685/4 3685/19 3691/22 3692/14 3692/21 3699/13 3712/22 3723/25 3735/15 3741/15 3743/24 3744/20 3744/22 3745/2 3750/20 3750/22 3751/1 3756/15 3757/21 3765/23 3766/14 3771/10 3771/16 3776/19 3781/11 3784/3 3787/21 3793/4 3793/4 3796/8
THINGS [19] 3672/25 3683/10 3684/22 3685/21 3687/24 3700/2 3701/1 3708/19 3716/17 3722/16 3741/18 3749/2 3753/13 3756/19 3770/23 3774/8 3777/24 3784/17 3801/23
THINK [64] 3670/20 3671/6 3678/1 3679/15 3680/3 3680/21 3682/3 3683/6 3684/13 3685/22 3686/17 3689/6 3689/10 3689/11 3689/12 3689/18 3690/1 3691/16 3692/7 3692/20 3696/5 3697/14 3699/13 3700/8 3702/8 3703/18 3703/21 3707/4 3712/11 3715/3 3720/15 3722/4 3723/14 3723/15 3729/24 3732/24 3738/24 3739/6 3739/20 3743/11 3745/21 3759/4 3760/3 3760/18 3762/24 3764/6 3769/20 3776/19 3777/23 3778/20 3779/12 3779/14 3784/3 3785/5 3786/4 3787/15 3792/3 3792/4 3792/5 3793/4 3800/20 3802/11 3802/11 3803/6
THINKING [2] 3687/21 3689/15
THIS [306]
THOMAS [1] 3667/3
THOSE [51] 3671/5 3675/16 3675/19 3676/6 3676/8 3677/18 3677/20 3678/14 3684/23 3688/10 3688/11 3690/21 3690/23 3696/22 3698/5 3701/24 3702/1 3702/14 3703/6 3704/12 3706/2 3707/4 3707/5 3707/6 3707/11 3707/17 3707/19 3708/25 3709/13 3709/21 3710/2 3710/11 3711/1 3715/21 3715/23 3716/13 3716/14 3718/6 3739/16 3744/4 3750/13 3751/17 3755/19 3758/25 3769/14 3775/22 3783/10 3795/15 3797/11 3801/23 3802/6
THOUGH [4] 3765/14 3778/21 3783/24 3800/20
THOUGHT [5] 3702/10 3740/4 3759/16 3781/24 3795/24
THREE [5] 3672/9 3683/5 3685/20 3710/16 3713/25
THROTTLE [1] 3770/21
THROUGH [70] 3679/11 3679/23 3680/3 3683/15 3687/23 3688/19 3692/25 3698/9 3702/4 3706/1 3710/8 3725/18 3728/9 3730/24 3731/16 3744/10 3747/4 3751/8 3751/8 3753/2 3755/18 3756/19 3757/1 3757/9 3757/21 3758/2 3758/7 3760/17 3765/19 3765/23 3766/5 3766/16 3768/4 3768/22 3771/18 3771/21 3771/23 3772/19 3772/19 3774/6 3776/18 3777/12 3777/12 3782/23 3783/10 3784/4 3785/2 3785/8 3786/19 3786/23 3787/5 3787/5 3787/17 3787/22 3787/22 3788/10 3788/17 3788/22 3788/24 3789/2 3789/14 3789/25 3790/6 3792/15 3795/8 3795/12 3796/25 3798/19 3799/3 3799/4
THROUGHOUT [4] 3676/9 3725/15 3788/5 3793/1
THROW [1] 3751/24
THROWING [1] 3742/14
THURSDAY [3] 3688/18 3802/18
3802/20
TICKLISH [1] 3678/24
TIDAL [2] 3694/16 3705/11
TIDES [3] 3700/3 3706/16 3726/22
TIMBERLIER [1] 3709/12
TIME [50] 3673/20 3676/15 3677/20 3684/3 3684/14 3684/22 3686/24 3688/18 3688/21 3688/25 3690/11 3691/2 3692/24 3701/2 3702/20 3703/19 3704/3 3721/15 3721/15 3726/7 3727/1 3730/9 3731/5 3733/8 3738/11 3738/11 3739/12 3742/2 3744/10 3747/12 3759/14 3760/6 3769/21 3770/3 3770/22 3773/4 3776/9 3777/12 3777/23 3790/5 3790/23 3791/4 3798/19 3799/19 3799/24 3800/10 3801/19 3801/22 3802/3 3802/9
TIME-STAMPED [2] 3799/11 3799/18
TIMES [7] 3673/15 3700/12 3700/19 3739/14 3739/15 3739/16 3791/20
TIMING [3] 3674/6 3683/9 3739/11
TINKERED [1] 3684/21
TINY [2] 3698/15 3793/12
TIRED [1] 3802/12
TODAY [23] 3672/10 3673/7 3675/2 3675/10 3675/10 3677/21 3679/21 3680/2 3681/13 3688/17 3690/3 3690/9 3690/11 3691/5 3692/19 3695/6 3696/3 3718/22 3740/17 3741/15 3742/11 3745/20 3780/4
TOGETHER [7] 3672/23 3676/22 3701/1 3704/22 3750/23 3772/25 3773/1
TOGGLE [4] 3719/7 3720/8 3720/11 3784/8
TOGGLE TO [1] 3720/7
TOLD [6] 3678/4 3680/2 3681/7 3681/13 3684/4 3762/8
TOMORROW [10] 3675/3 3683/13 3684/11 3688/12 3688/17 3689/10 3691/13 3691/23 3692/19 3802/12
TONI [4] 3668/20 3803/11 3803/19 3803/19
TONIGHT [1] 3802/22
TOO [4] 3688/20 3724/3 3767/14 3799/19
TOOK [9] 3678/9 3683/3 3683/5 3686/20 3692/11 3695/14 3737/21 3760/12 3801/21
TOOL [1] 3699/8
TOOLS [1] 3704/12
TOP [5] 3707/2 3707/6 3746/8 3755/20 3788/18
TOPOGRAPHY [12] 3674/18 3676/12 3676/16 3676/25 3686/2 3705/16 3708/1 3708/8 3709/10 3712/14 3725/20 3752/24
TORTS [1] 3668/10
TOTAL [1] 3764/19
TOTALLY [1] 3748/17
TOWARD [4] 3728/24 3737/10 3767/6 3783/9
TOWARDS [16] 3679/11 3729/5 3735/9 3746/21 3747/2 3747/20 3748/16 3748/25 3749/17 3767/11 3771/20 3777/1 3780/25 3781/2 3781/13 3781/19
TOWN [2] 3674/4 3691/9
TRANSCRIPT [2] 3668/24 3803/14
TRANSFORM [1] 3718/3
TRANSFORMATION [1] 3705/20
TRANSFORMING [1] 3717/16
TRANSPORT [2] 3694/6 3694/7
TRAVEL [1] 3766/3
TREES [1] 3677/9
TREMENDOUS [13] 3696/12 3703/3 3709/20 3708/21 3733/21 3748/6 3748/22 3748/24 3767/10 3768/8 3770/17 3782/11 3788/4
TREMENDOUSLY [1] 3789/7
TREND [1] 3789/16
TRIAL [8] 3666/10 3677/19 3683/1 3683/11 3685/9 3685/19 3686/24 3721/11
TRIANGLE [25] 3736/17 3736/25 3749/4 3749/5 3749/12 3769/7 3770/2 3770/16 3771/6 3771/11 3778/2 3778/11 3782/8 3782/16 3783/6 3784/4 3784/8 3786/21 3789/18 3790/8 3790/15 3792/13 3792/22 3795/9 3796/24
TRIANGULAR [1] 3676/21
TRIED [4] 3672/22 3683/12 3684/23 3772/6
TRUE [5] 3681/8 3682/5 3684/5 3722/18 3803/13
TRULY [2] 3716/6 3764/10
TRUTH [1] 3723/15
TRY [8] 3672/14 3684/20 3689/5 3690/1 3705/14 3710/22 3742/18 3801/10
TRYING [17] 3701/24 3714/24 3720/21 3720/25 3723/20 3750/19 3750/20 3751/14 3757/11 3757/16 3758/5 3764/5 3766/2 3771/13 3772/5 3779/11 3801/5
TUNE [1] 3711/12
TURN [6] 3736/10 3736/12 3736/14 3777/14 3777/16 3796/9
TURNED [1] 3768/7
TURNING [2] 3746/17 3778/13
TUSA [4] 3668/20 3803/11 3803/19 3803/19
TWILLEY [1] 3719/6
TWO [21] 3676/2 3680/17 3683/20 3684/5 3684/10 3692/23 3700/18 3711/9 3712/25 3715/16 3719/21 3720/6 3720/18 3721/18 3724/21 3758/16 3758/25 3760/9 3787/2 3797/10 3801/23
TYPE [1] 3713/8
TYPES [5] 3711/7 3713/24 3715/16 3715/17 3715/21
TYPICAL [1] 3717/21
TYPICALLY [3] 3709/2 3717/12 3718/9

**U**

U-N-S-W-A-N [1] 3695/10
U.S [2] 3668/9 3694/17
ULTIMATE [1] 3697/9
ULTIMATELY [3] 3697/25 3744/22 3801/11
UN [1] 3695/6
UN-SWAN [1] 3695/6
UNDER [2] 3678/3 3723/1
UNDERGONE [1] 3704/15
UNDERNEATH [1] 3732/16
UNDERSTAND [26] 3679/7 3680/8 3682/11 3682/18 3683/17 3692/16 3694/20 3696/16 3697/11 3699/9 3703/25 3712/20 3715/7 3715/8 3723/4 3724/1 3742/11 3767/16 3767/21 3767/25 3772/5 3773/9 3781/24 3796/22 3798/14 3801/9
UNDERSTANDING [6] 3700/8 3711/16 3738/22 3740/5 3801/25 3803/15
UNDERSTOOD [1] 3740/1
UNFAIR [2] 3722/6 3722/13
UNFORTUNATE [1] 3687/4
UNFORTUNATELY [1] 3706/20
UNIFORM [1] 3737/12
UNITED [7] 3666/1 3666/7 3666/11

**U**

UNITED... [4]  3681/18 3694/11 3727/18
3803/12
UNITED STATES [3]  3681/18 3694/11
3727/18
UNIVERSITY [3]  3693/20 3693/24
3694/8
UNLESS [2]  3688/21 3802/25
UNPRECEDENTED [1]  3727/16
UNREALISTIC [1]  3760/21
UNSTRUCTURED [1]  3695/7
UNSWAN [3]  3695/9 3695/10 3695/10
UNTIL [6]  3670/17 3681/15 3683/13
3687/1 3691/13 3783/10
UP [72]  3672/20 3677/2 3678/20
3679/13 3681/16 3684/6 3685/25 3689/1
3696/13 3698/5 3706/16 3708/15
3708/16 3708/17 3709/2 3717/11
3717/13 3717/14 3718/6 3718/21
3719/15 3728/17 3732/6 3736/7 3737/1
3739/2 3739/17 3741/11 3742/13
3742/14 3743/21 3744/6 3744/9 3744/12
3744/21 3744/25 3745/3 3745/8 3745/11
3745/12 3745/16 3745/17 3745/18
3746/18 3746/20 3746/23 3747/24
3748/22 3760/13 3764/9 3767/3 3767/10
3768/8 3768/14 3769/1 3771/7 3771/25
3775/21 3776/10 3779/15 3780/7 3781/9
3781/21 3783/11 3783/18 3784/1 3784/5
3788/15 3790/9 3797/17 3798/24 3800/8
UPDATED [2]  3733/2 3754/21
UPDATING [1]  3685/10
UPON [15]  3672/2 3675/11 3675/11
3675/21 3675/23 3676/1 3677/23
3681/12 3681/13 3685/7 3685/8 3685/15
3715/1 3740/16 3760/16
UPRIVER [1]  3744/15
UPSET [2]  3767/15 3801/7
URGE [1]  3723/9
US [34]  3674/16 3674/17 3677/15
3677/19 3678/4 3682/3 3684/14 3684/16
3700/13 3702/15 3706/7 3708/7 3710/14
3716/11 3717/20 3720/5 3720/22
3721/10 3722/6 3725/19 3728/3 3732/21
3740/14 3743/2 3753/2 3763/6 3773/7
3773/13 3774/6 3795/8 3796/25 3799/23
3801/4 3801/10
USE [23]  3672/14 3673/10 3676/14
3678/10 3694/14 3695/8 3696/9 3703/20
3707/24 3711/9 3711/11 3711/11
3711/14 3711/21 3712/2 3713/21
3721/21 3725/15 3725/16 3727/2
3733/13 3760/10 3780/14
USED [37]  3677/15 3678/5 3678/6
3694/10 3694/20 3694/21 3699/14
3701/18 3701/19 3704/11 3704/16
3704/18 3704/19 3705/25 3712/1 3714/5
3714/14 3715/24 3718/19 3718/19
3720/21 3721/4 3726/25 3729/20
3729/22 3730/7 3732/23 3733/4 3740/3
3742/13 3754/13 3754/15 3754/16
3775/12 3779/20 3796/20 3801/24
USEFUL [1]  3680/4
USES [4]  3694/17 3713/25 3730/8
3730/9
USGS [1]  3711/6
USING [12]  3671/25 3672/4 3674/14
3680/25 3703/7 3712/22 3713/7 3719/6
3719/8 3719/16 3728/10 3729/16
UTC [4]  3730/9 3731/10 3738/7 3739/3
UTILIZED [1]  3740/3

**V**

V3 [1]  3732/23
VAGUENESS [1]  3727/19
VALIDATION [1]  3694/3
VALUE [1]  3713/9
VALUES [5]  3712/18 3716/12 3716/13
3716/21 3716/22
VALVE [1]  3709/7
VAN [3]  3692/21 3683/14 3684/1
VARIABLE [3]  3686/4 3713/4 3739/21
VARIABLES [2]  3674/7 3702/6
VARIATION [1]  3701/9
VARIATIONS [1]  3752/23
VARIES [1]  3725/15
VARIETY [1]  3715/17
VARIOUS [8]  3676/9 3712/14 3722/11
3740/4 3759/9 3759/10 3762/2 3762/12
VECTOR [1]  3752/16
VECTORS [8]  3728/21 3728/22 3733/5
3733/5 3734/1 3752/16 3752/18 3780/23
VEGETATION [1]  3711/4
VEGETATIVE [1]  3725/14
VELOCITIES [23]  3751/20 3751/23
3753/9 3753/16 3753/17 3753/19
3754/10 3754/11 3754/22 3755/4
3755/17 3755/20 3755/21 3755/22
3757/13 3761/18 3764/8 3764/12
3764/16 3765/15 3765/18 3785/7 3786/5
VELOCITY [14]  3706/3 3733/5 3751/6
3751/21 3752/13 3753/15 3755/24
3756/2 3756/7 3757/24 3758/19 3758/22
3758/23 3787/16
VERSE [1]  3683/16
VERSION [5]  3695/7 3704/17 3727/1
3732/22 3732/23
VERSIONS [1]  3719/15
VERSUS [3]  3666/6 3720/10 3726/12
VERTICAL [1]  3701/10
VERTICES [1]  3702/1
VERY [165]
VESTIGE [1]  3768/21
VICTIM [1]  3685/22
VICTOR [1]  3667/24
VIEW [2]  3672/5 3739/23
VIRTUALLY [1]  3672/17
VISCOUS [1]  3701/10
VISUAL [1]  3783/14
VOLUME [19]  3666/10 3687/7 3698/8
3698/9 3699/24 3758/14 3758/20
3758/22 3758/25 3761/21 3761/22
3764/11 3765/13 3765/16 3767/22
3771/17 3786/8 3787/10 3788/10
VOLUMES [2]  3768/9 3769/3
VOLUMETRIC [1]  3767/17
VOLUMETRICALLY [1]  3771/20
VRIJLING [1]  3684/2
VRIJLING'S [1]  3740/7

**W**

W-E-S-T-E-R-I-N-K [1]  3693/11
WAIT [2]  3686/5 3686/5
WAITING [2]  3689/20 3695/12
WAIVING [1]  3687/3
WALK [2]  3774/6 3796/25
WALL [2]  3725/22 3743/20
WALTER [1]  3667/12
WANT [29]  3670/17 3673/10 3680/2
3683/1 3684/9 3684/10 3688/20 3689/8
3697/8 3697/11 3702/3 3706/9 3720/24
3721/14 3724/2 3724/4 3731/17 3734/3
3740/14 3741/11 3747/2 3760/3 3767/14
3771/24 3772/13 3785/8 3785/10

3799/13 3802/25
WANTED [2]  3683/4 3722/16
3751/19 3774/25
WANTS [4]  3689/9 3722/15 3771/1
3789/9
WARREN [3]  3668/6 3672/11 3673/8
WAS [106]  3670/15 3671/6 3672/6
3672/11 3673/14 3673/25 3674/13
3674/21 3675/12 3675/13 3677/23
3678/16 3681/8 3681/9 3683/20 3685/8
3685/16 3690/7 3696/6 3696/8 3696/22
3697/23 3697/25 3698/8 3698/9 3698/12
3698/14 3698/21 3698/23 3698/25
3699/8 3705/6 3705/21 3705/25 3712/16
3712/17 3714/11 3714/16 3714/24
3718/15 3719/4 3719/11 3719/11
3719/22 3720/19 3720/19 3721/13
3721/10 3723/20 3727/14 3727/15
3727/16 3727/17 3727/22 3727/23
3728/21 3729/23 3732/23 3733/10
3733/14 3733/14 3740/4 3740/4 3740/16
3743/7 3743/8 3745/21 3745/22 3750/10
3754/15 3754/17 3754/17 3754/18
3758/17 3759/16 3759/18 3760/22
3761/5 3761/6 3761/7 3761/9 3762/3
3770/1 3770/3 3770/5 3771/5 3772/7
3772/21 3774/20 3776/1 3776/6 3779/20
3782/13 3784/18 3790/4 3790/6 3790/6
3790/7 3790/18 3791/2 3792/15 3793/21
3800/21 3800/24 3801/1 3803/8
WASHINGTON [1]  3668/18
WASN'T [11]  3670/13 3688/5 3688/6
3688/8 3697/7 3722/17 3740/2 3752/6
3759/4 3762/2 3772/3
WATER [270]
WATERS [2]  3705/12 3707/21
WAVE [10]  3700/4 3701/11 3705/20
3707/13 3717/9 3717/15 3718/5 3718/8
3718/10 3727/8
WAVES [12]  3699/16 3699/16 3699/22
3705/22 3717/6 3717/9 3717/14 3717/17
3718/2 3718/4 3726/4 3750/2
WAY [44]  3675/15 3680/12 3685/10
3687/20 3688/12 3688/13 3688/14
3689/12 3690/21 3690/22 3691/1 3691/2
3691/3 3692/8 3700/24 3705/8 3715/18
3719/23 3724/15 3724/22 3730/4
3733/18 3735/9 3747/20 3751/3 3757/12
3757/16 3758/3 3758/5 3765/24 3767/12
3771/1 3771/4 3771/6 3774/13 3783/10
3783/23 3784/22 3786/21 3787/9
3787/14 3792/10 3792/20 3792/21
WAYS [1]  3724/5
WE [640]
WE'LL [15]  3686/17 3690/21 3692/5
3723/5 3724/6 3730/1 3735/19 3742/15
3751/5 3763/4 3770/6 3772/11 3773/6
3773/12 3802/23
WE'RE [2]  3751/22 3773/9
WE'VE [1]  3751/21
WEATHER [1]  3716/15
WEEK [6]  3675/14 3684/16 3686/24
3687/1 3687/2 3687/9
WEEKS [1]  3687/9
WEIRS [1]  3724/24
WELCOME [2]  3734/12 3782/1
WELL [79]  3676/18 3680/1 3683/21
3684/21 3685/5 3685/18 3685/22 3686/5
3687/10 3689/15 3691/2 3692/8 3696/19
3698/24 3701/12 3701/16 3702/9
3704/19 3705/12 3705/24 3708/4
3708/22 3709/13 3714/11 3714/14
3716/17 3718/20 3719/3 3719/18

WELL... [50]  3724/22 3726/22 3727/4
3728/22 3730/8 3732/14 3736/10
3736/25 3738/23 3739/25 3740/6
3740/13 3742/11 3744/16 3744/17
3745/19 3748/4 3748/18 3749/1 3750/16
3751/9 3752/16 3754/23 3755/22 3757/3
3757/5 3757/10 3757/10 3759/15
3764/24 3764/25 3765/19 3767/3
3767/18 3767/19 3768/25 3769/2
3769/16 3770/12 3772/4 3772/11
3772/22 3774/12 3777/24 3783/13
3783/21 3792/21 3797/6 3798/1 3803/3
WELL-DEFINED [6]  3736/25 3751/9
3757/5 3757/10 3757/10 3768/25
WENT [3]  3728/12 3730/14 3776/11
WERE [61]  3670/10 3671/15 3672/16
3673/3 3673/4 3675/14 3675/16 3675/19
3677/13 3677/20 3677/23 3678/13
3678/15 3680/24 3681/10 3681/10
3681/12 3681/20 3682/7 3683/11 3685/5
3687/10 3690/25 3698/4 3698/15 3699/4
3699/15 3701/23 3703/10 3704/5 3704/7
3704/7 3704/8 3704/11 3704/12 3716/22
3721/9 3727/15 3728/7 3728/10 3730/5
3731/3 3732/19 3732/22 3733/1 3733/1
3733/7 3733/7 3743/7 3751/24 3754/14
3760/15 3762/16 3765/15 3772/21
3774/15 3775/20 3779/21 3792/5 3795/3
3796/20
WEREN'T [5]  3677/19 3678/14 3681/22
3722/16 3730/21
WEST [19]  3709/8 3725/10 3726/9
3730/10 3737/6 3748/18 3749/7 3758/4
3770/22 3771/19 3777/6 3777/18 3778/5
3778/10 3778/10 3778/12 3778/15
3783/25 3796/13
WEST-SIDE [1]  3748/18
WESTERINK [45]  3671/19 3671/24
3672/2 3672/4 3672/9 3677/2 3678/3
3678/23 3679/7 3684/19 3693/5 3693/10
3693/17 3694/2 3695/20 3695/24 3696/3
3697/20 3702/10 3702/17 3712/24
3724/10 3727/22 3728/3 3729/21
3730/19 3738/23 3739/9 3740/3 3743/2
3745/20 3749/18 3754/10 3764/3
3769/18 3772/1 3772/12 3774/2 3775/6
3776/17 3780/21 3790/3 3797/9 3802/12
3802/16
WESTERINK'S [9]  3672/7 3676/13
3677/21 3682/11 3738/1 3738/6 3759/8
3759/24 3760/9
WESTERLY [3]  3736/24 3736/25
3749/14
WESTERN [1]  3778/9
WET [2]  3797/16 3797/20
WET/DRY [1]  3797/20
WETLANDS [6]  3674/12 3675/18
3675/18 3768/21 3771/19 3788/11
WHAT [150]
WHAT'S [19]  3670/13 3673/25 3674/1
3676/9 3676/10 3688/22 3699/19
3700/16 3705/2 3713/14 3717/8 3731/20
3732/5 3736/18 3738/1 3775/4 3775/6
3787/15 3798/7
WHATEVER [8]  3673/14 3681/23
3683/22 3686/24 3714/23 3751/25
3759/3 3780/5
WHEN [60]  3673/25 3675/23 3676/1
3683/19 3687/15 3688/11 3690/20
3692/6 3692/18 3696/7 3697/3 3697/22
3701/1 3701/1 3701/2 3702/2 3702/20

3702/24 3704/3 3704/4 3706/19 3708/22
3709/6 3714/7 3718/9 3718/10 3718/10
3718/4 3721/8 3721/11 3723/1 3728/17
3731/3 3741/22 3745/20 3746/7 3749/23
3751/5 3752/17 3752/19 3753/17 3759/7
3761/4 3761/20 3763/2 3763/4 3769/12
3769/18 3770/4 3772/2 3772/20 3772/21
3772/24 3777/4 3779/13 3781/8 3781/15
3781/16 3797/15 3801/4
WHERE [43]  3676/21 3686/23 3692/16
3702/8 3706/10 3707/24 3711/24
3716/22 3717/2 3720/1 3727/20 3727/22
3733/22 3733/23 3740/12 3741/7
3741/11 3743/17 3744/9 3745/1 3745/3
3750/10 3750/11 3754/17 3759/21
3762/6 3762/11 3764/15 3764/21
3765/12 3765/13 3768/15 3769/25
3783/6 3783/11 3784/1 3787/3 3790/4
3795/17 3797/5 3799/15 3799/16
3800/21
WHEREUPON [9]  3670/10 3671/15
3671/19 3686/20 3692/11 3693/5
3695/14 3737/21 3803/8
WHETHER [10]  3676/7 3678/1 3691/9
3711/22 3716/6 3730/12 3754/2 3790/3
3801/18 3801/24
WHICH [64]  3672/9 3672/13 3672/24
3673/9 3673/10 3673/13 3673/24 3674/9
3675/11 3676/3 3677/23 3679/4 3681/9
3681/12 3685/16 3686/2 3688/13
3688/23 3689/11 3695/5 3695/7 3696/20
3696/22 3700/11 3701/8 3701/25 3703/1
3713/10 3713/16 3713/19 3714/12
3714/16 3714/16 3715/2 3721/4 3722/4
3724/25 3725/15 3726/7 3730/9 3731/5
3731/19 3731/21 3738/7 3740/17
3751/24 3752/13 3752/13 3758/15
3758/19 3759/24 3759/25 3760/10
3761/9 3762/17 3764/19 3765/6
3765/10 3780/4 3786/14 3786/15
3788/24 3792/15 3798/4
WHICHEVER [1]  3800/16
WHILE [1]  3673/24
WHISPERED [1]  3683/3
WHO [7]  3672/1 3674/3 3675/24
3681/14 3683/6 3689/22 3722/16
WHOEVER [1]  3686/25
WHOLE [11]  3698/11 3701/5 3706/9
3714/24 3727/10 3738/18 3745/12
3746/2 3780/5 3788/5 3793/1
WHY [19]  3672/10 3680/4 3681/22
3684/11 3691/17 3691/24 3711/19
3711/21 3729/16 3733/13 3742/16
3744/19 3746/25 3753/21 3760/8
3762/17 3772/3 3772/5 3772/6
WIDE [1]  3715/17
WIDENING [1]  3677/16
WIDTH [3]  3674/19 3765/3 3788/24
WILL [50]  3672/14 3676/2 3676/20
3678/3 3678/7 3678/12 3680/1 3680/3
3681/5 3683/14 3685/9 3690/1 3692/4
3692/24 3692/24 3693/14 3693/15
3703/22 3712/15 3712/16 3715/2 3715/3
3716/8 3716/16 3717/5 3722/1 3723/1
3723/5 3723/14 3725/19 3729/1 3739/6
3739/17 3739/20 3740/9 3742/22 3751/7
3760/11 3761/22 3762/24 3764/18
3773/7 3784/5 3786/17 3787/2 3790/16
3801/20 3802/13 3802/15 3802/24
WIND [83]  3674/4 3699/16 3699/16
3699/22 3704/9 3705/20 3705/22
3708/14 3708/15 3708/19 3717/11
3727/2 3727/4 3728/3 3728/16 3728/20

3728/21 3728/22 3729/20 3729/22
3729/24 3731/4 3731/4 3732/6 3733/5
3734/1 3734/5 3734/6 3734/8 3734/15
3735/23 3735/24 3735/24 3736/9
3736/23 3737/5 3737/13 3743/15
3743/16 3745/7 3747/1 3747/3 3747/7
3747/19 3750/1 3751/13 3752/11
3752/25 3766/13 3768/7 3774/9 3775/11
3777/20 3778/1 3779/4 3779/4 3779/4
3780/25 3781/1 3781/6 3790/18 3790/21
3791/2 3791/18 3791/19 3791/19
3791/21 3791/22 3791/23 3791/24
3791/25 3791/25 3793/12 3795/10
3795/15 3795/17 3795/19 3796/1 3796/2
3796/10 3796/13 3796/19 3796/20
WINDS [115]  3698/5 3700/4 3726/25
3727/3 3727/6 3727/7 3728/7 3728/9
3728/10 3728/13 3728/14 3728/24
3729/4 3729/5 3729/8 3729/10 3730/21
3732/20 3732/21 3733/3 3734/14
3734/17 3734/18 3734/21 3734/22
3734/23 3734/24 3735/3 3735/4 3735/6
3735/11 3735/11 3735/16 3735/18
3736/1 3736/7 3736/24 3736/25 3737/1
3737/6 3737/7 3737/9 3737/11 3743/10
3744/5 3744/18 3744/21 3745/5 3746/11
3746/11 3746/13 3746/15 3746/16
3746/21 3746/22 3746/24 3747/5
3747/24 3748/1 3748/12 3748/14
3748/16 3748/17 3749/3 3749/6 3749/14
3749/15 3750/14 3750/21 3750/23
3752/6 3753/8 3753/11 3755/16 3756/12
3756/16 3756/16 3770/23 3774/2 3774/3
3774/6 3774/11 3774/13 3774/14
3774/16 3774/23 3775/8 3776/8 3776/12
3776/17 3776/20 3776/25 3777/13
3777/15 3777/25 3778/6 3778/8 3778/13
3778/21 3778/23 3780/23 3782/23
3784/4 3784/15 3784/18 3790/12
3791/11 3793/9 3795/6 3795/7 3795/8
3795/13 3795/25 3796/9 3797/4
WISHED [1]  3674/23
WITHDRAW [1]  3793/20
WITHDRAWAL [1]  3757/15
WITHDRAWING [1]  3757/16
WITHIN [2]  3676/13 3724/6
WITHOUT [7]  3670/22 3675/18 3675/18
3681/2 3688/9 3717/15 3796/18
WITNESS [23]  3670/6 3670/15 3670/20
3671/12 3671/19 3671/24 3673/17
3675/6 3681/15 3683/2 3683/6 3683/7
3683/8 3684/14 3690/7 3691/4 3712/15
3715/5 3722/7 3779/14 3795/21 3801/18
3802/1
WITNESSES [8]  3677/16 3683/1
3688/17 3690/3 3690/5 3690/8 3691/20
3723/24
WOLFF [2]  3691/11 3802/13
WON'T [2]  3724/7 3741/11
WONDER [9]  3696/3 3700/13 3704/15
3706/7 3716/11 3774/3 3779/6 3779/7
3779/8
WOODCOCK [1]  3668/17
WORD [3]  3703/20 3759/5 3782/22
WORDS [5]  3693/18 3696/21 3739/13
3741/9 3755/4
WORK [11]  3677/3 3685/11 3685/13
3685/14 3685/15 3685/15 3687/1 3692/2
3705/3 3767/12 3802/19
WORKED [2]  3675/15 3795/25
WORKING [5]  3694/2 3703/5 3717/4
3735/8 3787/9
WORLD [1]  3760/5

# W

WORLDWIDE [1]  3694/11
WORSE [1]  3673/20
WOULD [79]  3670/5 3670/6 3671/17
3678/17 3680/19 3684/2 3687/5 3687/8
3687/20 3688/14 3688/18 3688/23
3690/2 3691/4 3691/7 3691/18 3691/19
3691/22 3692/1 3692/22 3699/15
3701/13 3702/10 3708/4 3711/25
3712/19 3719/16 3723/11 3727/13
3728/6 3731/8 3731/10 3733/18 3735/15
3737/24 3738/7 3738/10 3739/2 3741/2
3742/10 3743/2 3743/24 3744/22 3752/1
3752/1 3752/2 3752/7 3752/24 3754/6
3755/2 3755/4 3757/13 3760/18 3760/21
3762/20 3769/24 3772/6 3772/6 3773/5
3775/20 3776/3 3776/5 3780/14 3783/5
3783/10 3785/6 3785/11 3788/20
3788/20 3790/20 3790/23 3790/25
3792/20 3795/2 3795/14 3798/16
3799/22 3802/9 3802/17
WOULDN'T [3]  3670/24 3692/3 3760/5
WRIGHT [1]  3667/5
WRITE [2]  3678/8 3715/5
WRITING [1]  3691/23
WRITTEN [2]  3675/12 3740/16
WRONG [11]  3674/14 3679/5 3683/12
3683/13 3684/21 3687/6 3733/14 3741/3
3742/7 3742/13 3759/18

# Y

Y'ALL [1]  3721/13
YEAH [6]  3683/21 3689/20 3707/6
3709/23 3734/15 3777/23
YEAR [2]  3685/16 3718/21
YEARS [4]  3676/15 3685/20 3694/4
3702/22
YELLOW [4]  3672/23 3672/25 3739/1
3739/4
YELLOWS [4]  3708/11 3728/19 3743/22
3787/1
YES [43]  3680/11 3684/21 3686/12
3691/12 3696/5 3697/16 3697/22 3698/3
3698/11 3698/19 3699/8 3700/7 3702/20
3704/17 3710/1 3710/10 3711/5 3717/2
3718/14 3720/25 3727/25 3733/12
3734/2 3737/24 3738/12 3741/21 3742/1
3747/11 3754/8 3758/9 3759/12 3763/6
3773/8 3779/24 3780/10 3783/8 3791/17
3794/1 3800/8 3800/15 3801/16 3802/14
3802/23
YESTERDAY [5]  3673/13 3673/15
3675/11 3681/20 3682/7
YET [6]  3673/9 3677/20 3690/25
3783/13 3790/9 3798/12
YORK [3]  3668/4 3668/4 3693/24
YOU [345]
YOU'LL [2]  3749/23 3763/6
YOU'RE [10]  3703/3 3730/6 3734/12
3738/19 3740/22 3741/19 3777/4 3780/1
3782/1 3788/25
YOUR [148]
YOUR HONOR [84]  3670/5 3670/18
3671/14 3671/23 3672/17 3673/2
3673/11 3674/15 3675/2 3675/4 3675/8
3675/13 3677/8 3678/17 3678/24
3679/14 3680/1 3680/11 3680/18
3680/19 3681/5 3681/17 3681/24 3682/4
3682/5 3682/10 3683/11 3684/24 3686/4
3686/14 3688/15 3688/20 3689/24
3691/7 3692/2 3693/16 3696/15 3696/19
3697/2 3711/16 3711/23 3712/1 3712/4

3713/17 3714/6 3714/20 3716/2 3720/17
3720/25 3721/17 3723/22 3724/16
3727/20 3729/15 3733/25 3734/11
3738/16 3738/18 3740/7 3742/1 3742/6
3753/23 3758/11 3759/23 3762/20
3779/10 3779/16 3779/17 3779/24
3780/10 3780/15 3780/18 3785/12
3790/22 3795/20 3799/10 3799/21
3800/8 3800/23 3801/17 3802/10
3802/14 3803/2
YOUR HONOR'S [1]  3675/14

# Z

ZERO [2]  3743/19 3743/21
ZONES [2]  3684/3 3684/22
ZOOM [7]  3706/19 3708/20 3720/14
3724/15 3749/23 3774/14 3796/23
ZOOM-IN [2]  3774/14 3796/23
ZOOMS [1]  3782/7