```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2   *********************************************************************
     NORMAN ROBINSON, ET AL
 3
                                       DOCKET NO. 06-CV-2268
 4   V.                                NEW ORLEANS, LOUISIANA
                                       WEDNESDAY, MAY 13, 2009
 5
     UNITED STATES OF AMERICA, ET AL
 6   *********************************************************************

 7
                        TRANSCRIPT OF TRIAL PROCEEDINGS
 8          HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                     UNITED STATES DISTRICT JUDGE
 9                   VOLUME 18 - MORNING SESSION

10

11   APPEARANCES:

12

13   FOR THE PLAINTIFF:          O'DONNELL & ASSOCIATES
                                 BY:  PIERCE O'DONNELL, ESQ.
                                 550 SOUTH HOPE STREET
14                               SUITE 1000
                                 LOS ANGELES, CA 90071-2627
15

16                               LAW OFFICE OF JOSEPH M. BRUNO
                                 BY:  JOSEPH M. BRUNO, ESQ.
17                               855 BARONNE ST.
                                 NEW ORLEANS, LA 70113
18

19                               THE ANDRY LAW FIRM
                                 BY:  JONATHAN B. ANDRY, ESQ.
20                                    KEA SHERMAN, ESQ.
                                 610 BARONNE ST.
21                               NEW ORLEANS, LA 70113

22
                                 BARON & BUDD
23                               BY:  THOMAS SIMS, ESQ.
                                 3102 OAK LAWN AVENUE, SUITE 1100
24                               DALLAS, TX 75219

25
```

FINAL DAILY COPY

```
 1                          DOMENGEAUX, WRIGHT, ROY & EDWARDS
                            BY:  JAMES P. ROY, ESQ.
 2                          P. O. BOX 3668
                            556 JEFFERSON ST.
 3                          LAFAYETTE, LA 70502-3668

 4
                            THE DUDENHEFER LAW FIRM, LLC
 5                          BY:  FRANK C. DUDENHEFER, JR., ESQ.
                            601 POYDRAS ST., SUITE 2655
 6                          NEW ORLEANS, LA 70130-6004

 7
                            DUMAS & ASSOCIATES LAW FIRM
 8                          BY:  WALTER C. DUMAS, ESQ.
                            LAWYER'S COMPLEX
 9                          1261 GOVERNMENT STREET
                            P.O. BOX 1366
10                          BATON ROUGE, LA 70821-1366

11
                            FAYARD & HONEYCUTT
12                          BY:  CALVIN C. FAYARD, JR., ESQ.
                            519 FLORIDA AVENUE, S.W.
13                          DENHAM SPRINGS, LA 70726

14
                            MICHAEL C. PALMINTIER, A PLC
15                          BY:  MICHAEL C. PALMINTIER, ESQ.
                                 JOSHUA M. PALMINTIER, ESQ.
16                          618 MAIN STREET
                            BATON ROUGE, LA 70801-1910
17

18                          LAW OFFICE OF ELWOOD C. STEVENS, JR.
                            BY:  ELWOOD C. STEVENS, JR., ESQ.
19                          1205 VICTOR II BLVD.
                            P. O. BOX 2626
20                          MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:   THE GILBERT FIRM, LLC
                            BY:  ELISA T. GILBERT, ESQ.
23                               BRENDAN R. O'BRIEN, ESQ.
                            325 EAST 57TH ST.
24                          NEW YORK, NY 10022

25
```

—— FINAL DAILY COPY ——

```
 1   ALSO PRESENT:              MRGO LITIGATION OFFICE
                                BY:  J. ROBERT WARREN, II, ESQ.
 2                                   ASHLEY E. PHILEN, ESQ.
                                600 CARONDELET STREET, SUITE 604
 3                              NEW ORLEANS, LA 70130

 4
     FOR THE DEFENDANT:         U. S. DEPARTMENT OF JUSTICE
 5                              TORTS BRANCH
                                BY:  DANIEL MICHAEL BAEZA, JR.
 6                                   JEFFREY PAUL EHRLICH, ESQ.
                                     TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                   MICHELE S. GREIF, ESQ.
                                     CONOR KELLS, ESQ.
 8                                   PAUL MARC LEVINE, ESQ.
                                     JAMES F. MCCONNON, JR., ESQ.
 9                                   KARA K. MILLER, ESQ.
                                     RUPERT MITSCH, ESQ.
10                                   PETER G. MYER, ESQ.
                                     ROBIN D. SMITH, ESQ.
11                                   SARAH K. SOJA, ESQ.
                                     RICHARD R. STONE, SR., ESQ.
12                                   JOHN WOODCOCK, ESQ.
                                P. O. BOX 888
13                              BENJAMIN FRANKLIN STATION
                                WASHINGTON, DC 20044
14

15

16
     OFFICIAL COURT REPORTER:   KAREN A. IBOS, CCR, RPR, CRR
17                              500 POYDRAS STREET, ROOM HB-406
                                NEW ORLEANS, LOUISIANA 70130
18                              (504) 589-7776

19

20       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED BY COMPUTER.
21

22

23

24

25
```

—— FINAL DAILY COPY ——

I N D E X

WITNESSES FOR THE GOVERNMENT:                          PAGE/LINE:

JOHANNES WESTERINK

  CONTINUED DIRECT EXAMINATION BY MR. SMITH        3808/12

P R O C E E D I N G S

(WEDNESDAY, MAY 13, 2009)

(MORNING SESSION)

10:51:06 4

10:58:08 5          THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

10:58:20 6          MR. SMITH:  GOOD MORNING, YOUR HONOR.

10:58:21 7          THE COURT:  GOOD MORNING, SIR.  SHIFTING FROM CRIMINAL TO

10:58:24 8   CIVIL.  I HAVE MY CIVIL -- HOPEFULLY, I WILL BE CIVIL.  GO AHEAD.

10:58:30 9          MR. SMITH:  ALL RIGHT, YOUR HONOR, AND I WILL TRY TO DO MY

10:58:32 10  BEST ALSO.

10:58:34 11                  CONTINUED DIRECT EXAMINATION

10:58:34 12  BY MR. SMITH:

10:58:34 13  Q.  DR. WESTERINK, WHEN WE CONCLUDED YESTERDAY, WE WERE LOOKING AT

10:58:38 14  THE INCOMING SURGE IN THE EARLY MORNING HOURS OF AUGUST THE 29TH,

10:58:44 15  2005.  AND WE WERE FOCUSED IN ON THE AREA ADJACENT TO THE CHALMETTE

10:58:50 16  MRGO REACH 2 LEVEES.  I WONDER IF WE COULD BEGIN WHERE WE LEFT OFF

10:58:56 17  AT SLIDE 217, AND IF YOU COULD JUST RUN THROUGH BRIEFLY FROM SIX IN

10:59:03 18  THE MORNING, WE'LL GO UNTIL THE EARLY AFTERNOON AND JUST WATCH THE

10:59:08 19  ONSET OF SURGE IN THIS AREA AND ITS RECESSION.

10:59:20 20          THE WITNESS:  MY SCREEN IS NOT WORKING.

10:59:23 21          THE COURT:  MINE ISN'T, EITHER.  NOW WE DON'T HAVE IT ON

11:00:17 22  THE MAIN SCREEN.  OKAY.  WE'VE GOT IT.

11:01:51 23  BY MR. SMITH:

11:01:51 24  Q.  DR. WESTERINK, CAN YOU TELL US WHAT THE SURGE ELEVATION IS AT

11:01:56 25  THE LEVEE AT 6 A.M.?

11:02:00 1  A.  SO WE'RE SEEING THE WINDS HERE PUSH VERY PERPENDICULAR TO THE

11:02:06 2  LEVEE SYSTEM, AND IT LOOKS LIKE IT'S JUST UNDER 13 FEET OR JUST AT

11:02:12 3  13 FEET RIGHT IN THIS AREA HERE (INDICATING).

11:02:14 4  Q.  AND IS THIS JUST SHORTLY BEFORE THE HURRICANE MAKES LANDFALL?

11:02:19 5  A.  IT'S MAKING LANDFALL IN ABOUT TEN MINUTES AT BURAS.

11:02:25 6  Q.  AND ONE HOUR ELAPSES.  AT SEVEN O'CLOCK THE SURGE RISES FROM

11:02:30 7  APPROXIMATELY 13 FEET TO WHAT ELEVATION ALONG THE LEVEE?

11:02:33 8  A.  IT'S ABOUT, LOOKS LIKE MAYBE 15 AND A QUARTER OR SO.  AND SO WE

11:02:39 9  HAVE THE 15-FOOT CONTOUR RIGHT OVER THERE, AND IF YOU LOOK AT THE

11:02:4410  GRADIENT BETWEEN THE CONTOURS, IT'S PROBABLY AROUND 15 AND A

11:02:5011  QUARTER, A LITTLE BIT HIGHER THAN THAT MAYBE (INDICATING).

11:02:5212  Q.  AND LESS THAN 15 FEET AT BOTH ENDS?

11:02:5513  A.  THAT'S CORRECT.

11:02:5614  Q.  AND THEN IF WE MOVE TO EIGHT O'CLOCK?

11:02:5915  A.  NOW WE'RE SEEING THE WINDS STARTING TO SHIFT, THEY'RE STILL

11:03:0516  NOT -- THEY'RE NOT EXACTLY PERPENDICULAR ANYMORE, THEY'RE STARTING

11:03:0817  TO MOVE A LITTLE BIT MORE TO THE SOUTH, AND, IN FACT, ROUGHLY, WE

11:03:1218  ACTUALLY REACHED THE PEAK, I BELIEVE, AT AROUND 7:45 OR SO.  OR

11:03:1819  ACTUALLY, NO, 7:30 TO 7:35, AT ABOUT 15.7 FEET.

11:03:2520  Q.  AND SO HERE WE SEE, AGAIN, THAT SURGE IS JUST A LITTLE MORE

11:03:3121  ENLARGED AT EIGHT O'CLOCK.

11:03:3322       LET'S GO TO NINE O'CLOCK AND SEE WHAT WE SEE.

11:03:3923  A.  NOW, HERE IS WHERE THINGS START CHANGING.  BEFORE THE PARIS ROAD

11:03:4124  CONTROL REALLY OVER HERE CONTROLLED THE FLOW AND THE GRADIENTS GOING

11:03:4625  INTO LAKE PONTCHARTRAIN, AND AGAIN, PARIS ROAD AND SEABROOK ARE

11:03:52 1    CONTROLS, BUT THINGS ARE SHIFTING OVER HERE AND WATER LEVELS ARE

11:03:55 2    STARTING TO DROP (INDICATING).

11:03:56 3            AND WHAT'S HAPPENING HERE IS THAT WE HAVE THE WINDS

11:03:58 4    STARTING TO BLOW PARALLEL TO THE LEVEE (INDICATING).  SO, OF COURSE,

11:04:02 5    THEY CAN'T VERY EFFECTIVELY PUSH WATER UP AGAINST THE LEVEE ANYMORE

11:04:06 6    AND SO THAT'S WHY WE SEE THE WATER LEVELS DROPPING AND, OF COURSE,

11:04:10 7    THAT'S ASSOCIATED WITH THE DEVELOPMENT OF A GYRE IN THIS PORTION OF

11:04:14 8    THE DOMAIN.

11:04:15 9    Q.  AND IS THE POWERFUL EFFECT OF WIND AT THIS TIME REFLECTED --

11:04:24 10   MAYBE YOU CAN CLEAR THAT -- REFLECTED IN THE CHANGE IN THE DIRECTION

11:04:29 11   IN WHICH THE CONTOUR LINES APPEAR HERE (INDICATING)?

11:04:32 12   A.  THAT'S RIGHT.  THE WINDS ARE THE DRIVERS HERE IN TURNING THIS

11:04:38 13   AROUND.

11:04:38 14   Q.  SO NO LONGER ARE THE CONTOUR LINES FOR SURGE LINED UP FAIRLY

11:04:43 15   PARALLEL TO THE LEVEE, BUT NOW THEY'RE MORE OR LESS PERPENDICULAR TO

11:04:47 16   THE LEVEE?

11:04:47 17   A.  THAT'S CORRECT.  AND WE CAN SEE THAT, BASICALLY, THEY'RE

11:04:52 18   PERPENDICULAR TO THE DIRECTION OF THE WIND.

11:04:56 19   Q.  AND THEN AT TEN O'CLOCK DO WE SEE A FURTHER DROP IN SURGE IN

11:05:00 20   THIS AREA?

11:05:00 21   A.  YES, WE DO.  AND WHAT'S HAPPENING OVER HERE IS THAT THE WINDS

11:05:04 22   ARE BLOWING THE SURGE AWAY FROM THE GOLDEN TRIANGLE AREA NOW, AND

11:05:10 23   THIS IS VERY EFFECTIVE IN THIS PARTICULAR AREA BECAUSE IT'S RELATIVE

11:05:14 24   TO WHAT'S TO THE EAST FAIRLY SHALLOW, AND SO THE SHALLOWER THE

11:05:19 25   WATER, THE MORE EFFECTIVE THE WATER CAN BE BLOWN AWAY (INDICATING).

11:05:23  1    AND SO THAT'S CAUSING THE DEPRESSION OF WATER LEVEL IN THAT AREA.

11:05:26  2              MR. O'DONNELL:  YOUR HONOR?

11:05:28  3              THE COURT:  YES, SIR.

11:05:29  4              MR. O'DONNELL:  I DON'T WANT TO START THE MORNING OFF

11:05:31  5    WRONG, BUT I AM GOING TO OBJECT.  THE NEW GRAPHICS PURPORT TO SHOW

11:05:36  6    POLDER FLOODING.  THAT'S NOT PART OF HIS REPORT, HE DOESN'T HAVE AN

11:05:40  7    OPINION ON IT.  AND IF YOU LOOK AT THE OLD GRAPHIC, I DON'T DETECT

11:05:44  8    ANY POLDER FLOODING.  SO I HAVE TO OBJECT TO AT LEAST A PORTION OF

11:05:47  9    THESE NEW GRAPHICS THAT SHOW POLDER FLOODING BECAUSE IT'S OUTSIDE

11:05:47 10    HIS REPORT.  I DON'T HAVE A PROBLEM WITH HIM USING IT OTHERWISE, BUT

11:05:54 11    I DON'T THINK HE CAN TALK ABOUT POLDER FLOODING.

11:06:00 12              MR. SMITH:  WE ARE NOT GOING TO TALK ABOUT THAT, YOUR

11:06:01 13    HONOR.

11:06:01 14              THE COURT:  I WOULD HOLD THE POLDER FLOODING THEN AS

11:06:04 15    EXTRANEOUS -- YOU'RE TELLING ME YOU'RE NOT USING HIM FOR THAT

11:06:08 16    PURPOSE?

11:06:09 17              MR. SMITH:  I AM NOT GOING TO ASK HIM ABOUT POLDER

11:06:09 18    FLOODING.

11:06:09 19              MR. O'DONNELL:  AND WHEN YOU SAY EXTRANEOUS, I AM NOT

11:06:11 20    GOING TO SEE IT IN POST-TRIAL BRIEFING, I AM NOT SUPPOSED TO SEE

11:06:11 21    THIS.

11:06:15 22              MR. SMITH:  NO --

11:06:15 23              THE COURT:  EXTRANEOUS TO THIS EXHIBIT.

11:06:19 24              MR. SMITH:  EXACTLY.  WE HAD AN EXPERT TALK ABOUT POLDER

11:06:26 25    FLOODING WHEN MR. O'DONNELL WASN'T HERE.

11:06:26  1                THE COURT:  OKAY.

11:06:26  2                MR. O'DONNELL:  OKAY.  THANK YOU, YOUR HONOR.

11:06:26  3                THE COURT:  THAT'S FINE.  THANK YOU, SIR.

11:06:26  4                THE WITNESS:  THE OTHER THING THAT WE SEE, BY THE WAY, IS

11:06:28  5   THAT THE GRADIENT BETWEEN PARIS ROAD HERE AND SEABROOK HERE HAS

11:06:33  6   DRAMATICALLY DECREASED (INDICATING).

11:06:37  7   BY MR. SMITH:

11:06:37  8   Q.  I'M SORRY, I DIDN'T HEAR THAT.  COULD YOU SAY THAT AGAIN?

11:06:40  9   A.  I AM JUST POINTING OUT THE FACT THAT THE DIFFERENTIAL BETWEEN

11:06:43 10   THE WATER LEVEL HERE AT PARIS ROAD AND AT SEABROOK HAS, IT LOOKS

11:06:48 11   LIKE IT'S DOWN TO ABOUT TWO FEET.  WE HAVE A TEN-FOOT CONTOUR THERE,

11:06:53 12   WE HAVE A NINE-FOOT CONTOUR THERE -- SORRY, OVER THERE, AND WE HAVE

11:06:57 13   AN EIGHT-FOOT CONTOUR OVER THERE (INDICATING).  SO THE GRADIENT AND

11:07:00 14   SURFACE WATER ELEVATION BETWEEN THE TWO CONTROLS HAS BEEN

11:07:03 15   DRASTICALLY --

11:07:03 16                THE COURT:  I KNOW YOU'VE DEFINED GRADIENT, I THINK YOU

11:07:06 17   HAVE.  BUT WOULD YOU DO IT AGAIN AT THIS POINT?

11:07:08 18                THE WITNESS:  SURE.  IT'S ESSENTIALLY THE DIFFERENCE IN

11:07:11 19   WATER LEVELS DIVIDED BY THE DISTANCE.  HOW FAST THE --

11:07:11 20                THE COURT:  THANK YOU.

11:07:11 21   BY MR. SMITH:

11:07:19 22   Q.  AND YOU MENTIONED ALSO PREVIOUSLY THAT PARIS ROAD AND SEABROOK

11:07:22 23   FUNCTION AS CONTROLS.  I WONDER IF YOU COULD JUST ELABORATE ON THE

11:07:26 24   SIGNIFICANCE OR WHAT THAT TERMINOLOGY MEANS IN PRACTICAL TERMS THAT

11:07:33 25   WE MIGHT BE ABLE TO UNDERSTAND.

A. SURE. ESSENTIALLY, THE WITHDRAWAL RATES FROM THE REGION OR WHEN

WATER IS BEING PUSHED IN. VOLUMETRICALLY, THAT'S SO LARGE COMPARED

TO WHAT YOU CAN MOVE THROUGH MRGO REACH 2 -- REACH 1 OR THE IHNC,

THAT REALLY, THE WATER LEVEL IN AND AROUND PARIS ROAD IS DETERMINED

BY WHAT'S HAPPENED TO THE EAST OF PARIS ROAD BECAUSE IT'S SUCH A

LARGE AREA THAT SO EFFICIENTLY, RELATIVELY SPEAKING, CAN MOVE WATER

INTO THE AREA.

        SAME THING GOES FOR SEABROOK. AGAIN, SEABROOK IS A VERY

SMALL CONNECTION IN A HUGELY LARGE AREA THAT'S AVAILABLE TO

BASICALLY PUSH WATER UP OR PULL WATER AWAY. SO THE WATER LEVELS IN

THE CANALS CERTAINLY ARE VERY, VERY DRAMATICALLY CONTROLLED BY THE

WATER LEVELS AT SEABROOK AND PARIS ROAD.

Q. NOW, IN THIS SEQUENCE OF -- IN THIS SEQUENCE OF FIGURES, YOU'VE

MENTIONED NOW THAT WE HAVE THE WIND BLOWING THE SURGE AWAY FROM THE

GOLDEN TRIANGLE AREA AT TEN O'CLOCK. WE'RE JUST GOING TO GO TO

ELEVEN O'CLOCK, AND I WOULD JUST LIKE YOU TO CALL THE COURT'S

ATTENTION TO THE RISE IN SURGE ELEVATION IN THE GOLDEN TRIANGLE

BETWEEN -- IF WE COULD TOGGLE BACK TO TEN, BETWEEN TEN AND ELEVEN,

WE CAN SEE THAT IT REACHES ITS LOW POINT AT TEN O'CLOCK AND THEN IT

BEGINS TO RISE IN THE GOLDEN TRIANGLE AT ELEVEN O'CLOCK. IS THAT

CORRECT?

A. THAT'S CORRECT. AND REMEMBER, THAT WAS ASSOCIATED WITH TWO

PROCESSES: FIRST OF ALL, TREMENDOUS BUILDUP OF WATER SURFACE

ELEVATION IN MISSISSIPPI; AND SECOND OF ALL, A WEAKENING OF THE

WINDS THAT WERE BLOWING OVER THIS PARTICULAR AREA.

11:09:27 1          SO WHAT WE HAD HAPPENING THEN WAS WATER ACTUALLY ROLLING

11:09:30 2 BACK INTO THE AREA DESPITE THE FACT THAT THE WINDS ARE BLOWING THE

11:09:35 3 WATER OR BLOWING FROM WEST TO EAST.

11:09:37 4 Q.  AND DO WE SEE A CONTINUATION OF THAT PROCESS AT NOON?

11:09:39 5 A.  WE DO.  AND HERE WE SEE IT FILLING BACK IN, AND, IN FACT, WE HAD

11:09:44 6 IN THE MEANTIME, WE DIDN'T TALK ABOUT IT, BUT A FLOW REVERSAL IN THE

11:09:49 7 MRGO REACH ONE AND, OF COURSE, IT WAS FLOWING FROM PARIS ROAD TO

11:09:53 8 SEABROOK FOR MOST OF THE TIME (INDICATING).  AND THEN WHEN WE HAD

11:09:56 9 THE SHIFTING WINDS OCCURRING, IT FLOWED -- PORTIONS OF IT FLOWED

11:10:00 10 FROM THE -- TOWARDS THE DIRECTION OF PARIS ROAD, AND NOW IT'S ALL

11:10:05 11 GOING BACK IN AND, AGAIN, FILLING LAKE PONTCHARTRAIN.

11:10:08 12 Q.  AND WHAT DO WE SEE AT ONE O'CLOCK?

11:10:11 13 A.  NOW THE WATER IS STARTING TO SLOWLY RECEDE BACK INTO THE OCEAN,

11:10:16 14 SO WE SEE A GENERAL REGIONAL ATTENUATION OF FLOW, AND THE FLOW WILL

11:10:21 15 START TO DRAW DOWN FROM THIS POINT ON (INDICATING).

11:10:24 16 Q.  AND AT TWO O'CLOCK DO WE SEE A FURTHER REDUCTION?

11:10:27 17 A.  SAME THING.  WATER IS STARTING TO PULL OUT OF THE WHOLE REGION.

11:10:31 18 Q.  AND OUR LAST SLIDE HERE WILL BE AT THREE O'CLOCK, AND A FURTHER

11:10:36 19 REDUCTION IS SEEN THERE?

11:10:37 20 A.  THAT'S CORRECT.

11:10:37 21 Q.  NOW, I WOULD LIKE TO MOVE INTO A DIFFERENT AREA.  I'D LIKE TO

11:10:43 22 TALK ABOUT HOW YOU VALIDATED YOUR MODEL.  AND I WONDER IF -- THE

11:10:50 23 JUDGE HAS HEARD A LOT ABOUT MODEL VALIDATION, SO YOU DON'T NEED TO

11:10:54 24 GIVE A LENGTHY EXPLANATION HERE, BUT PERHAPS YOU COULD JUST BRIEFLY

11:10:59 25 EXPLAIN WHAT MODEL VALIDATION CONSISTS OF.

11:11:01  1    A.   CERTAINLY.   SO THE ULTIMATE MODEL VALIDATION IS TO COMPARE

11:11:06  2    MEASURED DATA TO WHAT THE MODELS PROVIDE.   WE DO A NUMBER OF THINGS

11:11:12  3    TO VALIDATE MODELS.   CERTAINLY LOOK AT THE LOWER -- MUCH LOWER

11:11:15  4    ENERGY TIDES INDIVIDUALLY AND START COMPARING THE TIDES THROUGHOUT

11:11:19  5    THE REGION WITH THE MEASUREMENTS OR THE COMPARISON BETWEEN THE

11:11:23  6    MEASUREMENTS AND THE PREDICTIONS.

11:11:25  7         WE LOOK AT RIVERING FLOWS, AND WE ALSO FOR INDIVIDUAL

11:11:31  8    HURRICANE EVENTS, WHICH, OF COURSE, ARE TREMENDOUSLY ENERGETIC, WE

11:11:35  9    LOOK AT HIGH WATER MARKS AND WE LOOK AT HYDROGRAPHS.

11:11:38 10    Q.   DID YOU LOOK AT HIGH WATER MARKS AND HYDROGRAPHS AND COMPARE

11:11:42 11    YOUR MODEL RESULTS TO THOSE HIGH WATER MARKS AND THOSE HYDROGRAPHS?

11:11:46 12    A.   WE DID.

11:11:46 13    Q.   LET'S BEGIN BY TAKING A LOOK AT THE HIGH WATER MARKS THAT YOU

11:11:53 14    OBTAINED USING YOUR MODEL, YOUR SL15 MODEL.

11:11:57 15    A.   OKAY.

11:11:58 16    Q.   IF WE COULD SEE THE NEXT SLIDE, THAT WOULD BE 268.

11:12:09 17    A.   AND SO THIS IS THE H1 MODEL, AND THIS IS THE EVENT HIGH WATER,

11:12:15 18    SO WE LOOK AT EVERY TIME STEP AND WE CAPTURE HOW HIGH THE WATER WAS

11:12:20 19    AT ANY GIVEN POINT IN TIME AND RECORD THE HIGHEST IT GOT DURING THE

11:12:24 20    WHOLE HURRICANE SIMULATION.

11:12:28 21         AND, OF COURSE, WHAT REALLY STANDS OUT IS THE HUGELY HIGH

11:12:32 22    WATER HERE IN BAY ST. LOUIS AND THE TREMENDOUSLY HIGH WATER UP ON

11:12:35 23    THE MISSISSIPPI SHELF HERE (INDICATING).   BUT WE ALSO SEE THE HIGH

11:12:38 24    WATER AGAINST PLAQUEMINES PARISH, AND WE SEE THAT -- REMEMBER THAT

11:12:44 25    THIS PARTICULAR MOUND OF WATER PROPAGATED TO THE NORTH TO NORTHEAST,

11:12:49 1  AND WE SEE HERE AS IT'S MAKING ITS WAY OVER THE BILOXI MARSH, AND

11:12:56 2  THAT'S WHY WE HAVE SOME LOCALIZED INCREASE IN ELEVATION THERE.

11:13:00 3  AND SO WE NOW TAKE A LOOK AT LAKE PONTCHARTRAIN, WE SEE

11:13:04 4  WATER BUILDING UP ON THE SOUTH SHORE BUT PARTICULARLY ON THE EAST

11:13:08 5  SIDE AND THAT'S, OF COURSE, A COMBINATION OF WINDS AND FLOWING IN.

11:13:11 6  SO WE LOOK AT THESE HIGH WATERS.  WE ALSO CHECK HIGH WATER

11:13:16 7  AGAINST THE MRGO REACH 2 LEVEE OR THE CHALMETTE LEVEE, AND WE

11:13:22 8  ACTUALLY OBTAINED 15.7 THERE, 15.7 FEET.  AND NOW WE COMPARE --

11:13:29 9  WHERE WE HAVE GOOD DATA, WE COMPARE OUR COMPUTED HIGH WATER MARKS TO

11:13:33 10 THE DATA.

11:13:33 11 Q.  BEFORE WE MOVE ON TO THE NEXT SLIDE, JUST TO BE CLEAR, THIS PLOT

11:13:38 12 WE'RE LOOKING AT HERE IS NOT A SNAPSHOT IN TIME; AM I CORRECT?

11:13:42 13 A.  THAT'S RIGHT.  IT'S NOT A SNAPSHOT IN TIME, IT'S THE CULMINATION

11:13:47 14 OF HOW HIGH WATER GOT DURING THE WHOLE HURRICANE EVENT.

11:13:51 15 Q.  SO IT'S SORT OF A COMPOSITE, IF YOU WILL.  AT EVERY LOCATION,

11:13:55 16 YOU TOOK THE HIGHEST VALUE AND THEN YOU JUST GRAPHICALLY DEPICTED IT

11:13:58 17 HERE?

11:13:59 18 A.  THAT'S CORRECT.  IT'S A MARKER OF HOW HIGH THE WATER GOT IN ANY

11:14:02 19 LOCATION.  AND AGAIN, REGIONALLY, WE SEE TREMENDOUSLY HIGH WATER

11:14:07 20 THAT OCCURRED, GREATER THAN TEN FEET IN THIS WHOLE REGION HERE

11:14:11 21 (INDICATING).

11:14:11 22 Q.  LET'S LOOK AT THE HIGH WATER MARKS THAT YOU COMPARED YOUR MODEL

11:14:16 23 TO.  FIRST OF ALL, LET'S COMPARE IT TO THE HIGH WATER MARKS THAT

11:14:21 24 WERE GATHERED BY THE CORPS OF ENGINEERS.

11:14:24 25 A.  SO THESE ARE THE HIGH WATER MARKS THAT WERE ESTABLISHED IN THE

11:14:28 1    IPET STUDY.  THEY WERE -- THE IPET STUDY RATED THEM IN TERMS OF

11:14:32 2    QUALITY, AND YOU HAD POOR ALL THE WAY THROUGH EXCELLENT.  WE TOOK

11:14:38 3    THE GOOD AND EXCELLENT MARKS.  AND THE REASON WE DO THIS IS WE WANT

11:14:42 4    TO BE COMPARING APPLES TO APPLES.

11:14:45 5         A HIGH WATER MARK CAN MEAN A NUMBER OF THINGS IN A

11:14:49 6    HURRICANE EVENT.  IT CAN MEAN A WASH LINE, FOR EXAMPLE, OR A DEBRIS

11:14:58 7    LINE, HOW HIGH DID SOMETHING GET WASHED UP.  BUT THOSE INCLUDE WAVE

11:14:58 8    ACTION, SO THE WAVE'S PUSHING SOMETHING UP.

11:15:00 9         AND WHAT WE'RE COMPUTING, AS WE NOTED IN THE BEGINNING OF

11:15:04 10   MY TESTIMONY, IS STILL WATER LEVELS.  SO WE TRIED TO GET HIGH WATER

11:15:09 11   MARKS THAT REFLECTED THAT AS BEST WE COULD.  NOW, THEY PROBABLY

11:15:13 12   DIDN'T ALWAYS DO THAT, BUT WE BELIEVE THIS IS A GOOD HIGH WATER

11:15:18 13   SET -- HIGH WATER MARKS THAT REFLECTED STILL WATER LEVELS.

11:15:21 14        SO IN A LOT OF LOCATIONS, THEY WERE, FOR EXAMPLE, FROM

11:15:24 15   INSIDE OF BUILDINGS LOOKING AT HOW HIGH THE WATER GOT ON THE INSIDE

11:15:28 16   BECAUSE THE WAVE ACTION IS ATTENUATED INSIDE THE BUILDING IF ALL OF

11:15:32 17   THE WINDOWS AND DOORS REMAINED INTACT.

11:15:35 18   Q.  SO EVERY LITTLE COLORED CIRCLE THAT WE SEE ON THIS GRAPH IS A

11:15:41 19   LOCATION WHERE THERE WAS A WATER MARK THAT WAS JUDGED TO BE GOOD OR

11:15:45 20   EXCELLENT?

11:15:46 21   A.  THAT'S CORRECT.

11:15:46 22   Q.  AND CAN YOU EXPLAIN WHAT THE COLORS REPRESENT?

11:15:50 23   A.  SO WHAT WE DO IS, WE TAKE THE DIFFERENCE BETWEEN THE MODEL

11:15:56 24   PREDICTION AND BETWEEN THE MEASURED VALUE, AND YOU CAN SEE FROM HERE

11:16:02 25   TO THE RIGHT, THESE INDICATE UNDERPREDICTIONS (INDICATING).  SO IF

11:16:06 1   YOU HAVE A DARK GREEN CIRCLE, IT MEANS WE'RE UNDERPREDICTING

11:16:09 2   SOMEWHERE BETWEEN ZERO AND 1.64 FEET.  THE AQUA BLUE CIRCLE WE'RE

11:16:17 3   UNDERPREDICTING SOMEWHERE BETWEEN 1.64 AND 3.28 FEET, AND THE DARK

11:16:22 4   BLUE CIRCLE, SOMEWHERE BETWEEN 3.28 AND 4.9 FEET.

11:16:26 5         WHEN WE'RE OVERPREDICTING, THEN WE GET A LIGHT GREEN

11:16:29 6   CIRCLE THAT MEANS SOMEWHERE BETWEEN ZERO AND 1.64; THE YELLOW WOULD

11:16:34 7   BE SOMEWHERE BETWEEN 1.64 AND 3.28; AND THE ORANGE, 2.28 TO 4.92,

11:16:41 8   AND SO FORTH.

11:16:42 9         THE COURT:  IT LOOKS LIKE THE MOST SIGNIFICANT

11:16:44 10  OVERPREDICTION WAS THE ORANGE.  CAN YOU GIVE ME THAT LOCATION?  I

11:16:49 11  DON'T SEE ORANGE ON THE MAP.

11:16:51 12        THE WITNESS:  THIS LOCATION OVER HERE (INDICATING)?

11:16:52 13        THE COURT:  YES.

11:16:53 14        THE WITNESS:  YEAH, THAT'S RIGHT NEAR THE AIRPORT, AND

11:16:56 15  THAT'S WATER BEING BLOWN OVER THE MARSHES THERE.  AND THAT WAS NOT

11:16:59 16  AN INTERIOR HIGH WATER MARK, IF I RECALL CORRECTLY, AND THERE'S SOME

11:17:03 17  QUESTION OF HOW RELIABLE THAT HIGH WATER MARK IS BECAUSE IN THE

11:17:07 18  GENERAL REGION WE'RE DOING QUITE WELL.

11:17:10 19        BUT ONCE THE MARKS WERE RATED, WE ALWAYS KEPT THEM IN

11:17:14 20  BECAUSE OTHERWISE WE WOULD BE BIASING THE RESULTS.

11:17:16 21        THE COURT:  OKAY.

11:17:18 22  BY MR. SMITH:

11:17:18 23  Q.  NOW, I SEE A FEW, I THINK THEY'RE BLUE DOTS ON HERE.  COULD YOU

11:17:27 24  EXPLAIN WHAT THE SIGNIFICANCE OF THOSE BLUE DOTS IS, IF ANY?

11:17:30 25  A.  SURE.  NOW, WE KNOW THAT WE DO HAVE -- WE DO NOT HAVE A PERFECT

11:17:35 1  REPRESENTATION OF EVERYTHING THAT HAPPENED DURING THE STORM.  MAYBE

11:17:39 2  START OFF WITH THE MOST DRAMATIC REPRESENTATION OF THAT, AND THE

11:17:47 3  PURPLE DOT HERE IS THE PEARL RIVER BASIN, THAT'S QUITE A WAYS UP

11:17:47 4  (INDICATING).

11:17:47 5          AND CLEARLY, THE RAINFALL RUNOFF IS QUITE IMPORTANT.

11:17:49 6  PEARL RIVER IS QUITE LOW, THERE IS A LOT OF TOPOGRAPHIC GRADIENTS,

11:17:54 7  I.E., STEEP DROP-OFFS INTO IT, SO RAINFALL RUNOFF IS REALLY GOING TO

11:17:58 8  ADD TO THE HIGH WATER MARK THERE.  IT'S GOING TO BE A MIX OF SALINE

11:18:02 9  AND FRESHWATER.

11:18:03 10         AND, IN GENERAL, PROBABLY WITHIN THE PONTCHARTRAIN AND

11:18:07 11  MAUREPAS AND MAYBE, TO A LESSER EXTENT, SOME OF THE INLAND MARSH

11:18:10 12  SYSTEMS, RAINFALL IS GOING TO CONTRIBUTE AS WELL.  SO WE KNOW WE'RE

11:18:14 13  MISSING THAT PROCESS.

11:18:15 14         WHERE WE BELIEVE WE'RE MISSING THE MOST PHYSICS IS IN THE

11:18:21 15  BREAKING OF WAVES UP AGAINST AND NEAR LEVEES.  AND, FOR EXAMPLE, YOU

11:18:25 16  SEE ON THE SOUTH SHORE OF LAKE PONTCHARTRAIN A WHOLE CLUSTER OF

11:18:30 17  UNDERPREDICTION.  NOW, RECALL THAT THE WINDS BLEW FIRST FROM EAST --

11:18:36 18  NORTHEAST TO SOUTHWEST, AND THEN THEY BLEW VERY VIGOROUSLY FROM

11:18:40 19  NORTH TO SOUTH.  AND THAT ACTUALLY GENERATES WAVES FROM THE NORTH

11:18:45 20  SIDE OF THE -- NORTH SHORE OF THE LAKE TO THE SOUTH SHORE.  AND

11:18:48 21  THOSE WAVES COME AGAINST THE STRUCTURES AND BREAK THERE.

11:18:50 22         WE STILL DON'T HAVE ENOUGH RESOLUTION, WE BELIEVE, BASED

11:18:53 23  ON BOUSSINESQ MODELS AND PARAMETER-RISED ESTIMATES OF HOW MUCH THE

11:18:59 24  WATER IS PUSHED UP ON A STEEP SET OF LEVEES LIKE YOU HAVE ON THE

11:19:04 25  SOUTH SHORE OF LAKE PONTCHARTRAIN, THAT WE'RE MISSING ABOUT ONE AND

FINAL DAILY COPY

11:19:08 1  A HALF, PERHAPS UP TO TWO AND A HALF FEET, OF STORM SURGE DUE TO THE

11:19:11 2  WAVES BREAKING THERE.  SO WE REALLY FEEL THAT THE PREDOMINANT

11:19:16 3  PROCESS OVER HERE ON THE SOUTH SHORE, AND AGAIN, SOME OF THE OTHER

11:19:19 4  STRUCTURES THAT YOU SEE IN AND AROUND THE BROWN LINES BEING

11:19:23 5  STRUCTURES THAT ARE IN THERE, THAT THOSE ARE UNDERPREDICTIONS THAT

11:19:26 6  ARE ASSOCIATED WITH WAVE-BREAKING PROCESSES (INDICATING).

11:19:28 7         AND THE LAST PROCESS THAT MAY BE OF RELEVANCE IS,

11:19:32 8  THERE'S -- WE DO TWO-DIMENSIONAL FLOW, I.E., THE FLOW DOESN'T VARY

11:19:38 9  OVER THE WATER.  THERE IS SOME SUGGESTION THAT PERHAPS

11:19:42 10 THREE-DIMENSIONAL COMPONENTS TO A FLOW MAY GIVE ADDITIONAL SETUP.

11:19:45 11        SO THOSE ARE THREE THINGS THAT MAY AFFECT -- GIVE US MORE

11:19:51 12 ERROR.  BUT WE REALLY BELIEVE THAT THE MOST -- A LOT OF THESE MARKS

11:19:56 13 ARE DUE TO WAVE RADIATION STRESSES NOT BEING RESOLVED IN THE

11:20:01 14 INTERACTION BETWEEN THE WAVE AND THE CURRENT MODELS, I.E., THE

11:20:06 15 STWAVE AND ADCIRC MODELS.

11:20:08 16 Q.  NOW, THIS IS A PLOT COMPARING YOUR MODEL RESULTS WITH THE CORPS'

11:20:12 17 DATA, THE HIGH WATER MARK DATA GATHERED BY THE CORPS.  WOULD YOU

11:20:23 18 PLEASE COMPARE YOUR MODEL OUTPUTS WITH THE HIGH WATER MARKS THAT

11:20:23 19 WERE GATHERED BY FEMA AND URS?

11:20:23 20 A.  CERTAINLY.  THAT'S THE NEXT SLIDE.  SO THIS IS A DIFFERENT DATA

11:20:26 21 SET THAT WAS COLLECTED BY FEMA AND URS, OR URS COLLECTED IT FOR

11:20:32 22 FEMA.  FEMA HIRED URS TO DO THE MISSISSIPPI DFIRM STUDY, SO THERE

11:20:39 23 WAS QUITE A BIT OF COOPERATION, AND THEY GAVE US THEIR SETS OF HIGH

11:20:42 24 WATER MARKS THAT ARE OVER HERE (INDICATING).

11:20:44 25        AGAIN, VERY SIMILAR TO WHAT YOU SEE BEFORE -- WHAT WE JUST

FINAL DAILY COPY

11:20:47  1    SAW FOR THE ARMY CORPS IPET ONE, AND THESE ARE THE POINTS THAT THEY

11:20:52  2    SELECTED TO BE OF HIGH QUALITY.  BUT AGAIN, SIMILAR UNDERPREDICTION

11:20:56  3    ON THE SOUTH SHORE OVER HERE IN THIS REGION IN THE EAST OF THE MRGO

11:21:03  4    CHALMETTE LEVEE (INDICATING).

11:21:06  5    Q.  COULD YOU SHOW US A STATISTICAL ANALYSIS OF THE DIFFERENCES

11:21:12  6    BETWEEN THE HIGH WATER MARK DATA AND YOUR MODEL DATA?

11:21:14  7    A.  I CAN.  AND WHAT -- REMEMBER, WE'RE STILL PLOTTING THE PREDICTED

11:21:19  8    PEAK FROM THE MODEL, THE ADCIRC MODEL, TO THE MEASURED PEAK.

11:21:23  9    THERE'S STILL SOME UNCERTAINTY IN THE MEASURED VALUE AS WELL.  WHEN

11:21:27 10    YOU SEND CREWS OUT, IT'S NOT GOING TO BE A PERFECT VALUE, BUT WE GO

11:21:31 11    AHEAD AND PLOT THE PREDICTED PEAK ON THE Y AXIS, THE MEASURED PEAK

11:21:36 12    ON THE X AXIS.  AND IF EVERYTHING WERE PERFECT, IT WOULD FALL ON ONE

11:21:42 13    LINE, SO THERE WOULDN'T BE ANY SCATTER TO THAT.

11:21:44 14         BUT WE HAVE SOME MEASURES OF HOW WELL THE DATA IS DOING

11:21:47 15    AND -- FOR EXAMPLE, IT HAS A SLOPE OF ROUGHLY .986, SO .99, ALMOST A

11:21:53 16    PERFECT SLOPE.  AND WE HAVE A CORRELATION COEFFICIENT SQUARED, R

11:21:58 17    SQUARED, THAT'S THE STATISTICAL MEASURE OF HOW GOOD THE CORRELATION

11:22:02 18    IS BETWEEN THE DATA AND WHAT WAS -- THE MEASURED DATA AND WHAT WAS

11:22:06 19    PREDICTED.  AND THAT'S EQUAL TO .926 OR .93 ALMOST.  SO THESE ARE

11:22:13 20    VERY GOOD PREDICTIONS.

11:22:14 21         WE DO HAVE SOME OUTLIERS ON THE LOW SIDE HERE, SOME OF

11:22:18 22    THAT STUFF THAT WE THINK IS WAVE RADIATION STRESS INDUCED

11:22:23 23    (INDICATING).  AND THERE IS SOME IN THE AREA WHERE WE DON'T HAVE

11:22:27 24    RAINFALL RUNOFF OR WHERE RAINFALL RUNOFF IS VERY IMPORTANT PROBABLY

11:22:30 25    IS OUR LARGEST ERROR.

11:22:32 1   Q.  LET'S LOOK AT THE SAME SORT OF ANALYSIS OF THE URS DATA.

11:22:35 2   A.  AGAIN, VERY SIMILAR.  YOU SEE THAT MOST OF THE POINTS FALL

11:22:39 3   WITHIN THE 1.64 FEET, PLUS OR MINUS 1.64 FEET.  AND AGAIN, FAIRLY

11:22:46 4   SIMILAR STATISTICS TO WHAT WE SAW BEFORE.

11:22:49 5   Q.  SO YOU CREATED A TABLE TO ANALYZE THE ESTIMATED MODEL ERRORS.

11:22:55 6   WOULD THAT ASSIST YOU IN EXPLAINING TO THE COURT THE ACCURACY OF

11:23:01 7   YOUR MODEL?

11:23:01 8   A.  SURE.  WE CAN LOOK AT SOME OF THE STATISTICS, AND WHAT WE CAN DO

11:23:02 9   IS COMPARE THE ADCIRC MODEL TO THE MEASURED HIGH WATER MARKS, AND WE

11:23:07 10  CAN COMPUTE ALL KINDS OF STATISTICS.  FOR EXAMPLE, WHAT WAS THE

11:23:10 11  AVERAGE DIFFERENCE BETWEEN THOSE TWO AND THE STANDARD DEVIATION, THE

11:23:15 12  STANDARD DEVIATION BEING A NUMBER THAT SAYS ABOUT 67, 68 PERCENT OF

11:23:19 13  THOSE NUMBERS WILL FALL WITHIN ONE POINT, PLUS OR MINUS 1.6.

11:23:26 14       BUT WE REALIZED THAT WE ALSO HAVE SOME ERROR IN THE HIGH

11:23:31 15  WATER MARKS THEMSELVES, BECAUSE YOU CAN LOOK AT TWO HIGH WATER MARKS

11:23:35 16  THAT ARE VERY, VERY CLOSE TOGETHER AND THEY'LL BE DIFFERENT.  AGAIN,

11:23:38 17  THIS IS SURVEYING ERRORS, INTERPRETATION ERRORS, GPS ERRORS, ALL

11:23:44 18  KINDS OF PROBLEMS ASSOCIATED WITH THAT.  AND WE TRIED TO GET AN

11:23:47 19  ESTIMATE OF HOW HIGH THOSE ERRORS WERE BEFORE KATRINA, AND WE LOOKED

11:23:53 20  AT BOTH THE AVERAGE ABSOLUTE DIFFERENCE AND THEN THE STANDARD

11:23:58 21  DEVIATION AS WELL.

11:23:59 22       NOW, THE MODEL TO MEASURE DIFFERENCES OVER HERE, THE

11:24:03 23  STATISTICS FOR THOSE, INCORPORATE THE ERRORS IN THE DATA AS WELL

11:24:08 24  (INDICATING).  BECAUSE IN THESE NUMBERS, WE SAID THE ERROR -- OR WE

11:24:11 25  ASSUME THE ERROR WAS DATA FREE, BUT IT REALLY ISN'T BECAUSE WE HAVE

11:24:14 1    THESE ERROR STATISTICS HERE AS WELL.  SO WE CAN THEN GO AHEAD AND

11:24:18 2    ADJUST THOSE NUMBERS SO THAT WE HAVE -- USING THE INFORMATION OF HOW

11:24:24 3    ACCURATE THE HIGH WATER MARKS ARE SO THAT WE GET A TRUER ESTIMATE OF

11:24:28 4    THE PRECISION OR THE GOODNESS OF THE MODEL ITSELF.

11:24:32 5    Q.  SO THIS IS A STATISTICAL ANALYSIS OF YOUR MODEL'S PREDICTION OF

11:24:39 6    HIGH WATER MARKS.  YOU MENTIONED ALSO THAT YOU COMPARED YOUR MODEL

11:24:45 7    WITH GAUGE DATA, WHICH SHOWED MORE THAN SIMPLY HIGH WATER MARKS BUT

11:24:49 8    ALSO SHOWED WHEN THE SURGE BEGAN TO RISE, HOW FAST IT ROSE, WHEN IT

11:24:54 9    BEGAN TO FALL AND HOW QUICKLY IT RECEDED.  CAN YOU SHOW US SOME

11:25:00 10   COMPARISONS BETWEEN YOUR MODEL PREDICTIONS AND THE GAUGE DATA?

11:25:04 11   A.  I CAN.  AND WE CAN GO TO THE GAUGES THAT WE HAVE DATA FOR.  AND

11:25:08 12   NOW WHAT WE'RE SEEING IS A HYDROGRAPH AGAIN AND COMPARING THE

11:25:12 13   MEASURED DATA TO THE H1 RESULTS AT THE LOCATIONS WHERE THERE WAS

11:25:17 14   DATA DURING HURRICANE KATRINA.

11:25:19 15        NOW, OVER HERE WE CAN SEE THE TIDES, AND BY THE WAY, THE

11:25:23 16   RED LINE IS THE MEASURED DATA AND THE BLACK LINE IS THE MODEL, THE

11:25:28 17   H1 MODEL.  AND WE CAN SEE THAT WE HAVE TIDES AND WE HAVE THE RISE,

11:25:33 18   WE HAVE A SHARP DROP OVER HERE, AND THEN WE HAVE THE PEAK BEING

11:25:38 19   REACHED AND THEN RECESSION CURVE (INDICATING).  SO THIS IS A GOOD

11:25:46 20   REPRESENTATION OF WHAT'S HAPPENING.  THAT IS OUT, BY THE WAY, PAST

11:25:47 21   MANCHAC ON THE WEST SIDE OF LAKE PONTCHARTRAIN.  AND --

11:25:52 22   Q.  WHAT ABOUT AT BAYOU LABRANCHE, DID YOU COMPARE YOUR -- THE GAUGE

11:25:56 23   AT BAYOU LABRANCHE DATA?

11:25:56 24   A.  BAYOU LABRANCHE IS RIGHT NEAR THE BONNET CARRE SPILLWAY, RIGHT

11:26:03 25   BEHIND THE RAILROAD OFF OF LAKE PONTCHARTRAIN, SO YOU'RE REALLY A

11:26:08 1    LITTLE BIT TO THE EAST OF THE BONNET CARRE SPILLWAY, AND THERE'S A

11:26:13 2    RAILROAD THAT RUNS ACROSS THERE.  AND BAYOU LABRANCHE FLOWS UNDER

11:26:17 3    IT.  SO THIS IS -- THESE ARE THE -- NOAA HAS A GAUGE THERE, AND WHAT

11:26:20 4    WE'RE SEEING HERE, AGAIN, IS THE COMPARISON BETWEEN -- THE RED IS

11:26:24 5    THE MEASURED DATA WHERE THE BLACK, WE THINK WE HAVE A GOOD LITTLE

11:26:30 6    BIT OF A LOW ESTIMATE ON THE MEASURED DATA.  IF YOU COMPARE IT TO

11:26:34 7    OTHER LOCATIONS PRIOR TO THE STORM THROUGHOUT THE LAKE, THIS AVERAGE

11:26:39 8    WATER LEVEL IS QUITE A BIT LOWER AND THERE WOULDN'T BE ANY REASON

11:26:43 9    FOR THAT.  SO WE HAVE SOME GAUGE DATA ERROR THERE.

11:26:46 10        BUT IF YOU WILL, YOU CAN BRING THE TWO TOGETHER AND THEN

11:26:50 11   YOU CAN SEE THAT WE HAVE A VERY GOOD -- WE HAVE A VERY GOOD

11:26:54 12   SIMULATION OF THE WATER BEING BROUGHT UP.  WE DON'T GET QUITE AS

11:26:57 13   HIGH A PEAK OVER HERE, BUT THEN WE HAVE A SECOND PEAK COMING UP AND

11:27:01 14   THE WATER RECEDING (INDICATING).

11:27:03 15   Q.  AND DID YOU ALSO HAVE GAUGE DATA FROM LAKE PONTCHARTRAIN MIDLAKE

11:27:12 16   CAUSEWAY?

11:27:13 17   A.  WE DID.  AND WHAT WE SEE, SAME THING OVER HERE, NOW YOU CAN SEE

11:27:18 18   THE WATER LEVELS ARE RIGHT ON.  THE WATER LEVEL, BY THE WAY, IS

11:27:21 19   QUITE A BIT HIGHER HERE FOR THE DATA AND IT MATCHES THE MODEL, AND

11:27:25 20   YOU CAN SEE THAT THE DATA WATER LEVEL ACTUALLY CAME UP, WHICH MEANS

11:27:31 21   THAT THERE'S SOME PROBLEM IN THE VERTICAL REFERENCING AT THE

11:27:36 22   PREVIOUS STATION (INDICATING).

11:27:37 23        BUT WHAT WE SEE ARE THE TIDES GOING UP AND DOWN.  WE SEE

11:27:39 24   THE WATER BEING BROUGHT UP.  WE SEE A VERY RAPID RISE, THEN THE DROP

11:27:45 25   INDICATES THAT THE GAUGE FELL OFF.  THE GAUGE CAME BACK ON OVER

11:27:50 1   HERE, WE SEE THE RECESSION BEING NICELY MODELLED, AND IT DROPPED ON

11:27:54 2   AND OFF, BUT THE GENERAL PROCESS OF RECESSION IS WELL MODELLED

11:27:57 3   (INDICATING).

11:27:57 4   Q.  COULD YOU PLEASE DESCRIBE THE COMPARISON OF YOUR MODEL

11:28:00 5   PREDICTION TO THE GAUGE DATA TO THE 17TH STREET CANAL?

11:28:04 6   A.  THE 17TH STREET CANAL WOULD BE VERY INDICATIVE OF WHAT WAS

11:28:08 7   HAPPENING ALONG THE SOUTH SHORE OF LAKE PONTCHARTRAIN, AND THIS IS

11:28:11 8   THE DATA THAT WE HAVE.  AND YOU CAN SEE THAT WE'RE UNDERPREDICTING,

11:28:16 9   WE'RE PROBABLY ONLY REACHING EIGHT AND A QUARTER FOOT OR SO, JUST

11:28:19 10  GOING BY THIS, AND THE PEAK IN THE DATA WAS ROUGHLY 11 FEET.  SO

11:28:28 11  THAT CORRESPONDS TO WHEN WE LOOKED AT THE HIGH WATER MARKS TO THE

11:28:28 12  UNDERPREDICTION IN THE STORM SURGE ON THE SOUTH SHORE OF LAKE

11:28:30 13  PONTCHARTRAIN.

11:28:30 14       NOW, IF YOU ADD TO THAT AN ESTIMATE OF HOW MUCH ADDITIONAL

11:28:36 15  WAVE RADIATION STRESS YOU HAVE, REMEMBER, WE HAVE PROBABLY AROUND

11:28:40 16  100 METERS OR SO, I FORGOT THE EXACT NUMBER BUT -- OF RESOLUTION ON

11:28:44 17  THAT SOUTH SHORE.  AND THE WAVE MODELS HAVE SIMILAR LEVEL OF

11:28:48 18  RESOLUTION.  THAT'S NOT ANYWHERE NEAR ENOUGH TO CAPTURE THE WAVE

11:28:52 19  RADIATION STRESS AGAINST THE LEVEES ON THE SOUTH SHORE OF LAKE

11:28:57 20  PONTCHARTRAIN.

11:28:58 21       AND IF YOU WERE TO CAPTURE THAT, YOU WOULD PROBABLY ADD A

11:29:02 22  FOOT AND A HALF, PERHAPS EVEN UP TO TWO, TWO AND A HALF FEET.  AND

11:29:05 23  THEN SO IF YOU UNDERSTAND WHY WE'RE MISSING THE PEAK THERE, THEN WE

11:29:09 24  DROP DOWN VERY RAPIDLY.  REMEMBER, THIS DROPPING-DOWN PROCESS

11:29:15 25  CORRESPONDS TO THE WATER BEING BLOWN, INSTEAD OF TO THE SOUTH OF THE

11:29:19 1    LAKE, WHICH IS WHEN YOU GET THE PEAK, THE WATER IS NOW BEING BLOWN

11:29:23 2    FROM THE WEST TO THE EAST.

11:29:25 3            WITH THE WESTERLY WINDS, WE GET THE RAPID FALL IN THE

11:29:28 4    WATER THEN, AND THEN EVENTUALLY IT COMES BACK BECAUSE THE WATER

11:29:32 5    RELAXES BACK INTO THE LAKE.  AND THEN AFTER THAT YOU START THE

11:29:35 6    RECESSION PROCESS.

11:29:37 7    Q.  AND PLEASE DESCRIBE THE COMPARISON OF THE GAUGE DATA AT THE IHNC

11:29:44 8    LOCK WITH YOUR MODEL PREDICTION RESULTS.

11:29:46 9    A.  SO WE TOOK THE IHNC DATA AND MATCHED IT UP WITH OUR MODELLED

11:29:52 10   RESULTS, AND YOU CAN SEE THAT WE'RE A LITTLE BIT UNDER IN THE PEAK.

11:29:56 11   WE DO SEE A RAPID RECESSION AND THEN A RISE.  AND I'D LIKE TO

11:30:03 12   EXPLAIN THAT LATER.  AND THEN WE SEE THE RECESSION CURVE IN GENERAL.

11:30:07 13   WE MATCH THE PEAK, THE TIMING AND THE RECESSION QUITE WELL.

11:30:12 14   Q.  AND WHAT ABOUT LITTLE IRISH BAYOU?

11:30:15 15   A.  THE LITTLE IRISH BAYOU IS ON THE EAST SIDE OF THE LAKE,

11:30:19 16   ESSENTIALLY WE ARE ON THE SOUTH SHORE WHERE I-TEN CROSSES INTO --

11:30:25 17   GOES ACROSS THE LAKE.  AND NOW, UNFORTUNATELY, THE GAUGE DROPPED

11:30:29 18   OFF, BUT WE, AGAIN, SEE THE TIDES, THE RISE QUITE WELL MATCHING WHAT

11:30:34 19   WE MODELLED, AND THEN THERE'S A DROP-OFF OF THE GAUGE,

11:30:38 20   UNFORTUNATELY.

11:30:39 21           THE COURT:  YOU SAID DROP-OFF OF THE GAUGE, THAT SIMPLY

11:30:42 22   MEANS IT CEASES TO FUNCTION?

11:30:43 23           THE WITNESS:  THAT'S RIGHT.  VERY SEVERE CONDITIONS CAUSE,

11:30:46 24   ACTUALLY, MANY OF THE GAUGES TO MALFUNCTION.

11:30:50 25   BY MR. SMITH:

──────── FINAL DAILY COPY ────────

11:30:50 1    Q.  DID YOU COMPARE YOUR MODEL RESULTS WITH THE GAUGE DATA FROM

11:30:55 2    GRAND ISLE?

11:30:56 3    A.  WE DID.  AND YOU CAN SEE VERY HEALTHY TIDES THERE IN GRAND ISLE

11:31:02 4    COMPARED TO THE AREAS WHERE WE'VE BEEN LOOKING IN AND AROUND LAKE

11:31:12 5    PONTCHARTRAIN.  THE PONTCHARTRAIN TIDES ARE MUCH ATTENUATED, AND

11:31:12 6    THEN WE SEE THE RISE IN WATER AND WE SEE THE DROP-OFF AND THEN WE

11:31:18 7    HAVE -- WE SEEM TO HAVE A LITTLE BIT OF AN ATTENUATED TIDE ON THE

11:31:22 8    FIRST TIDE CYCLE AFTER THE SURGE, BUT IT MATCHES RIGHT BACK UP

11:31:26 9    AFTERWARDS.

11:31:28 10          THERE IS SOMEWHAT OF A FLOW REVERSAL, KIND OF THIS NOTCH

11:31:32 11   THERE IN THE DATA (INDICATING).  WE DON'T UNDERSTAND THAT AT ALL

11:31:36 12   GIVEN THE WINDS.  THIS IS, REMEMBER, ON THE NORTH SHORE OF GRAND

11:31:40 13   ISLE, AND IF WE LOOK AT THE HIGH WATER MARKS IN THAT AREA, WE

11:31:43 14   ACTUALLY DID QUITE WELL, SO WE'RE THINKING THERE WAS PROBABLY A

11:31:47 15   LITTLE BIT OF THE PROBLEM WITH THE GAUGE THERE.

11:31:50 16   Q.  WHAT ABOUT A COMPARISON AT SOUTHWEST PASS?

11:31:55 17   A.  THIS IS AT THE ENTRANCE INTO THE MISSISSIPPI RIVER INTO

11:31:59 18   SOUTHWEST PASS, WHICH LEADS INTO THE MISSISSIPPI RIVER.  AND AGAIN,

11:32:02 19   WE'RE DOING QUITE WELL ON THE TIDES.  WE'RE MISSING THE PEAK A

11:32:06 20   LITTLE BIT.  AND OTHERWISE WE'RE MATCHING.

11:32:10 21   Q.  AND ON THE MISSISSIPPI RIVER AT CARROLLTON?

11:32:14 22   A.  SO THIS IS A SURGE THAT ACTUALLY WAS PUSHED INTO THE RIVER FROM

11:32:21 23   THE EAST.  REMEMBER THAT WE HAD A LOT OF WATER PILING UP AGAINST THE

11:32:25 24   PLAQUEMINES LEVEES THAT WAS SPILLING INTO THE RIVER.  AND THAT

11:32:29 25   ACTUALLY CAUSED THIS PARTICULAR SURGE.

11:32:33  1          SO WE SEE THAT WE HAVE THE TIDES OVER HERE, THEN THE RAPID

11:32:38  2   RISE OF WATER UP TO, THE DATA SHOWS ABOUT 15 AND A HALF OR SO FEET,

11:32:42  3   WE CAPTURE ABOUT 13 OR 13 AND A HALF OR SO FEET, AND THEN WE HAVE

11:32:46  4   THE RECESSION (INDICATING).  UNFORTUNATELY, AGAIN, THE GAUGE

11:32:50  5   MALFUNCTIONED AND WE DON'T HAVE ANY FURTHER DATA.  BUT AGAIN, THIS

11:32:54  6   IS A VERY SIGNIFICANT SURGE THAT MADE ITS WAY INTO THE RIVER WHEN WE

11:32:58  7   HAD A WEST-ONLY LEVEE IN THE SOUTHERN REACHES OF THE MISSISSIPPI AND

11:33:03  8   PROPAGATES UP VERY RAPIDLY.

11:33:04  9   Q.  THIS CONCLUDES OUR COMPARISON OF YOUR MODEL RESULTS WITH THE

11:33:12 10   GAUGE DATA AND WITH THE HIGH WATER MARKS.

11:33:15 11          I'D LIKE NOW TO TALK ABOUT THE REVIEWS THAT HAVE BEEN

11:33:22 12   PERFORMED OF THE ADCIRC MODEL, AND I WONDER IF YOU COULD TALK ABOUT

11:33:28 13   SOME OF THE ORGANIZATIONS THAT HAVE REVIEWED YOUR APPLICATION OF THE

11:33:34 14   ADCIRC MODEL TO HURRICANE KATRINA.

11:33:36 15   A.  I CAN.  ESSENTIALLY, THE PROCEDURES, THE ALGORITHMS, THE CODES

11:33:44 16   AND THE TFO1 MODELS AND SL15 MODELS HAVE ALL BEEN EXTENSIVELY

11:33:49 17   REVIEWED.  THE IPET HAD THE AMERICAN SOCIETY OF CIVIL ENGINEERS

11:33:54 18   EXTERNAL REVIEW PANEL THAT DID THE REVIEW OF THE TFO1 MODELING AS

11:34:00 19   WELL AS THE WINDS.  THEY WERE VERY INSTRUMENTAL IN GIVING US ADVICE

11:34:14 20   AND REVIEW OF THE COUPLING OF THE WAVE AND THE CURRENT, I.E., THE

11:34:14 21   STWAVE IN THE ADCIRC MODEL.  THE NATIONAL RESEARCH COUNCIL, THE

11:34:16 22   NATIONAL ACADEMY OF ENGINEERING CERTAINLY DID A VERY THOROUGH REVIEW

11:34:20 23   WHICH JUST APPEARED.

11:34:26 24          MR. O'DONNELL:  AGAIN, YOUR HONOR, I HAVE TO OBJECT.  THIS

11:34:29 25   IS NOT IN THE REPORT.

11:34:31 1              THE COURT:  OKAY.  COUNSEL, YOUR RESPONSE?

11:34:35 2              MR. SMITH:  HE IS TALKING ABOUT THE REVIEWS OF THE MODEL

11:34:38 3     THAT HE USED.  I MEAN, HIS WHOLE REPORT IS BASED ON THIS MODEL.

11:34:46 4              THE COURT:  I AM NOT CERTAIN THIS IS OPINION.  IF THIS IS

11:34:49 5     OPINION TESTIMONY, THAT'S ONE THING.

11:34:54 6              I AM GOING TO ALLOW THE TESTIMONY EVEN THOUGH IT'S NOT

11:34:55 7     BECAUSE IT IS SIMPLY -- IT'S INFORMATION ABOUT THE ADCIRC MODEL

11:35:01 8     THAT'S UTILIZED.  I DON'T REGARD IT NECESSARILY AS AN OPINION, IT'S

11:35:08 9     SIMPLY BOLSTERING THE ADCIRC MODEL.

11:35:11 10             MR. O'DONNELL:  WE COULD HAVE CROSS-EXAMINED HIM ABOUT IT,

11:35:13 11    AND FRANKLY, I MAY HAVE SOME QUESTIONS ABOUT SOME OF THE SOURCES AND

11:35:17 12    DIG INTO THEM, THAT'S WHAT LAWYERS DO, AND JOURNAL ARTICLES, AND I

11:35:21 13    JUST DON'T THINK IT'S FAIR, YOUR HONOR, TO PUT YOURSELF

11:35:25 14    CONGRATULATORY AND SELF-APPROVAL INFORMATION, IT WASN'T IN THE

11:35:29 15    REPORT.  I'M NOT EVEN SURE IT'S THE RELEASED VERSION OF THE REPORT,

11:35:32 16    BUT I'LL DEAL WITH THAT ON CROSS.

11:35:36 17             THE COURT:  I NOTE YOUR OBJECTION AND ALLOW THE TESTIMONY.

11:35:38 18             MR. SMITH:  THANK YOU, YOUR HONOR.  I WOULD LIKE TO READ

11:35:40 19    THIS QUOTE.  THIS IS ACTUALLY IN EVIDENCE, THE PLAINTIFFS INTRODUCED

11:35:42 20    THIS ON, I BELIEVE IT WAS ONE OF THE FIRST DAYS OF TRIAL.

11:35:47 21             THE COURT:  IT'S IN EVIDENCE?

11:35:49 22             MR. SMITH:  AND THIS IS THE REPORT, THE FINAL REPORT.

11:35:52 23             THE COURT:  WE'VE LOST IT.

11:35:53 24             MR. SMITH:  I THINK WE'RE GOING TO TRY TO BRING UP, TO

11:35:57 25    ZOOM IN ON THE TEXT, IF WE CAN, SO WE CAN READ IT, IT'S RATHER

FINAL DAILY COPY

11:36:00  1   SMALL.

11:36:03  2           THIS IS FROM THE FINAL REVIEW BY THE NATIONAL RESEARCH

11:36:10  3   COUNCIL, NATIONAL ACADEMY OF ENGINEERING, WHICH YOU HEARD DR. BEA

11:36:14  4   SING THE PRAISES OF.  THEY CONDUCTED AN INDEPENDENT REVIEW OF THE

11:36:18  5   WORK OF IPET, AND THIS WAS THEIR FINAL EVALUATION.

11:36:24  6           THEY WROTE:  "THE IPET WORK IN THIS AREA REPRESENTS AN

11:36:26  7   IMPORTANT ADVANCE OF SCIENTIFIC UNDERSTANDING OF GULF OF MEXICO

11:36:30  8   HURRICANE STORM SURGE AND WAVES.  THE IPET DID A GOOD JOB OF

11:36:35  9   EXPLAINING THE STORM SURGE GENERATED BY HURRICANE KATRINA, HOW

11:36:39 10   WATERS FROM THE SURGE ENTERED INTO THE NEW ORLEANS METRO REGION FROM

11:36:43 11   THE EAST AND FROM THE NORTH, ACROSS LAKE BORGNE, INTO LAKE

11:36:47 12   PONTCHARTRAIN, AND ULTIMATELY INTO THE CITY'S OUTFALL CANALS IN THE

11:36:53 13   INNER HARBOR NAVIGATION CANAL.  THE ROLE OF THE MISSISSIPPI RIVER

11:36:58 14   GULF OUTLET IN EXACERBATING STORM SURGE, MINOR, IF ANY, AND

11:37:04 15   INUNDATION DEPTHS ACROSS THE CITY.  THE IPET WORK ALSO IMPORTANTLY

11:37:07 16   IDENTIFIED THE SIGNIFICANCE THAT THE AERIAL EXTENT OF KATRINA PLAYED

11:37:19 17   IN DETERMINING STORM SURGE; IT WAS PRIMARILY KATRINA'S LARGE SIZE

11:37:21 18   THAT CONTRIBUTED TO THE HIGHEST STORM SURGE EVER MEASURED IN NORTH

11:37:25 19   AMERICA.  THE IPET ALSO IMPLEMENTED AND CALIBRATED STATE-OF-THE-ART

11:37:30 20   MODELS FOR COASTAL WAVE AND STORM SURGE RESPONSE."

11:37:34 21           THAT APPEARS ON PAGE 12 OF THE NEW ORLEANS HURRICANE

11:37:37 22   PROTECTION SYSTEM:  ASSESSING PREKATRINA VULNERABILITY AND IMPROVING

11:37:43 23   MITIGATION AND PREPAREDNESS."  IT'S AVAILABLE ONLINE FROM THE

11:37:49 24   NATIONAL ACADEMY OF ENGINEERING.

11:37:52 25           MR. O'DONNELL:  YOUR HONOR, I OBJECT.  I NOW WANT TO TELL

11:37:56 1    YOU WHY IT'S SO DANGEROUS TO LET NEW GRAPHICS AND NEW INFORMATION TO

11:38:00 2    BE PUT IN.

11:38:01 3              THE COURT:  OKAY.

11:38:02 4              MR. O'DONNELL:  I BELIEVE THAT WHAT MR. SMITH JUST READ TO

11:38:05 5    YOU IS THE REVIEW OF IPET, WHICH USED THE S08; DIDN'T USE, LOOK AT

11:38:12 6    THE TOP OF THE PAGE, SL15.  THIS IS SO MISLEADING, AND I WON'T SAY

11:38:19 7    ANYMORE.

11:38:19 8              THE COURT:  WELL, IT MAY BOLSTER YOUR CASE.  DIDN'T YOU

11:38:22 9    USE, YOUR EXPERTS USE EIGHT?

11:38:25 10             MR. O'DONNELL:  YOU KNOW, I SHOULD PROBABLY SIT DOWN AND

11:38:27 11   BE QUIET BECAUSE -- BUT WHAT I AM TRYING TO POINT OUT TO YOU ARE THE

11:38:30 12   EVILS OF LAST-MINUTE ADDITION OF INFORMATION.  WE HAPPEN TO KNOW

11:38:34 13   THAT THIS ENCOMIUM IS FOR THE MODEL WE USED.  BUT TO SUGGEST AT THE

11:38:39 14   TOP OF THE PAGE THAT THIS IS A REVIEW OF SL15 IS REALLY TOTALLY

11:38:43 15   MISLEADING, AND THAT'S THE PROBLEM.

11:38:44 16             YOU KNOW, IF WE HAD GOTTEN THIS IN A REPORT, I COULD

11:38:48 17   DEPOSE HIM ABOUT IT, I COULD TEASE IT OUT.  I JUST WANT TO POINT OUT

11:38:52 18   THIS IS A REALLY GOOD EXAMPLE OF THE PREJUDICE OF WHERE WE'RE AT.  I

11:38:56 19   UNDERSTAND YOU'VE OVERRULED MY OBJECTION, BUT I AM TRYING TO

11:38:59 20   ILLUSTRATE THE DIFFICULTY OF BEING ON THE FLY HERE.

11:39:05 21             THE COURT:  I SO NOTE IT.

11:39:07 22   BY MR. SMITH:

11:39:09 23   Q.  DR. WESTERINK, PLAINTIFFS' COUNSEL HAS REPRESENTED TO THIS COURT

11:39:12 24   THAT HE KNOWS THAT THIS IS A REVIEW OF THE SO8 MODEL.  WAS THE SO8

11:39:17 25   MODEL USED IN THE IPET WORK?

11:39:18 1    A.  NO.  IT WAS THE TFO1 MODEL.  IT WAS A SIGNIFICANTLY ADVANCED

11:39:23 2    VERSION OF SO8.

11:39:24 3    Q.  IS THE TFO1 MODEL THE PREDECESSOR OF THE SL15 MODEL THAT YOU

11:39:29 4    USED IN THIS STUDY?

11:39:30 5    A.  IT IS.

11:39:31 6    Q.  HAS YOUR USE OF IPET -- PARDON ME.  HAS YOUR USE OF THE ADCIRC

11:39:41 7    MODEL BEEN EXTENSIVELY REVIEWED IN LEADING JOURNALS?

11:39:44 8    A.  IT HAS.  AND I SHOULD SAY THAT SL15 WAS ALSO VERY EXTENSIVELY

11:39:49 9    REVIEWED BY THE U.S. ARMY CORPS OF ENGINEERS AND FEMA INTERNAL

11:39:53 10   TECHNICAL REVIEW, AS WELL AS AN EXTERNAL REVIEW PANEL.

11:39:57 11        IN ADDITION, WE HAVE VERY, VERY EXTENSIVE PUBLICATIONS

11:40:01 12   ABOUT THE MODELS, THE METHODOLOGIES, THE ALGORITHMS, THE CODE, IN

11:40:09 13   SOME OF THE LEADING JOURNALS IN THE WORLD:  *MONTHLY WEATHER REVIEW*,

11:40:11 14   FOR EXAMPLE, WE HAVE A SEQUENCE OF ARTICLES OF MODELS; *COMPUTER*

11:40:14 15   *METHODS IN APPLIED MECHANICS AND ENGINEERING; JOURNAL OF*

11:40:18 16   *COMPUTATIONAL PHYSICS TODAY*, AND SO FORTH.

11:40:21 17   Q.  NOW, I WOULD LIKE TO TURN TO THE SUBJECT OF THE EXCERPT SL15

11:40:26 18   MODEL CONSISTENCY.  COULD YOU DESCRIBE FOR US HOW YOU CAN ESTABLISH

11:40:32 19   THE CONSISTENCY THAT YOU'VE BEEN ABLE TO OBTAIN USING THE SL15 MODEL

11:40:40 20   AND ITS VARIOUS REFINEMENTS?

11:40:44 21   A.  CERTAINLY.  SL15 HAS BEEN AROUND FOR A WHILE.  IT WAS A DIRECT

11:40:47 22   FOLLOW UP OF THE TFO1 MODEL, AND ESSENTIALLY, IT'S THE SAME LEVEL OF

11:40:54 23   ACCURACY AND LEVEL OF CONSISTENCY THROUGHOUT A WHOLE SEQUENCE OF

11:40:59 24   MODELS.  HOWEVER, WHEN WE DO GET NEW DATA, WHETHER IT'S TOPOGRAPHIC,

11:41:04 25   BATHYMETRIC OR FEATURE DATA, WE CERTAINLY DO PUT IT INTO THE MODEL.

11:41:09  1          WE ALSO IMPROVE RESOLUTION LOCALLY, AND SOME EXAMPLES

11:41:13  2  ARE -- WHEN WE DID THAT ARE, FOR EXAMPLE, THE ST. CHARLES PROJECT,

11:41:17  3  LOOKING AT THE DETAILS OF FLOODING IN AND AROUND ST. CHARLES.  PARIS

11:41:22  4  ROAD AND THE MRGO CLOSURE DESIGN ARE VERY IMPORTANT THING FOR THE

11:41:27  5  CORPS TO GET AS MUCH RESOLUTION AS THEY COULD, AND WE IMPROVED THE

11:41:32  6  RESOLUTION IN THE REGION.

11:41:33  7          THE IMPACT ON ESSENTIAL WETLANDS OF THE MRGO CLOSURE.

11:41:37  8  CERTAINLY, THEY DID NOT WANT TO CHANGE THE TIDAL PRISM BY ADDING

11:41:41  9  CLOSURE GATES, SO NUMEROUS STUDIES WERE DONE WITH THE ADCIRC MODEL

11:41:47 10  TO LOOK AT THAT.

11:41:48 11          AND IN ANOTHER EXAMPLE IS THE IMPACT OF THE MISSISSIPPI

11:41:52 12  RIVER ON SURGE PROPAGATING UPRIVER.  WE SAW AT THE CARROLLTON GAUGE

11:41:56 13  IN THE RIVER THAT MASSIVE STORM SURGE CAN PROPAGATE UP THE RIVER.

11:42:00 14  HOWEVER, THE STORM SURGE IS TYPICALLY AT LOW WATER IN -- OR LOW

11:42:07 15  STAGE IN THE RIVER.  HOWEVER, WHAT HAPPENS WHEN THE RIVER IS FLOWING

11:42:11 16  AT A HIGH RATE AT FLOOD STAGE, OR EVEN AT 600,000 CFS, IS AN

11:42:16 17  EXTREMELY IMPORTANT QUESTION BECAUSE THEN WE HAVE THAT SURGE RIDING

11:42:22 18  ON TOP OF A MUCH HIGHER RIVER.

11:42:23 19          SO WE MAY ACTUALLY GET FLOODING FROM THE RIVER SIDE DURING

11:42:26 20  A KATRINA-LIKE EVENT, AND THE CORPS HAS ASKED US TO HELP THEM WITH

11:42:30 21  LOOKING AT THAT, AND SOME OF THE CHANGES THAT HAVE OCCURRED IN THE

11:42:34 22  SL15 MODEL INCORPORATE THOSE CHANGES AS WELL.

11:42:37 23  Q.  AND WE'RE GOING TO GO THROUGH A SERIES OF PLOTS IN THIS AREA

11:42:42 24  FROM THESE VARIOUS MODIFICATIONS THAT YOU'VE MADE OF THE SL15 MODEL

11:42:49 25  IN THE LAST COUPLE OF YEARS, IN 2007 AND 2008.

3834

11:42:54 1          AND THIS IS TO SHOW THE COURT THAT WHILE THERE ARE MINOR

11:43:06 2    DIFFERENCES AMONG THESE VARIOUS VERSIONS OF SL15, I THINK IF YOU

11:43:06 3    LOOK AT THE PLOTTING OF THE SURGE ELEVATIONS, YOU CAN SEE THAT THESE

11:43:09 4    DIFFERENCES ARE MINOR.  IS THAT A FAIR REPRESENTATION?

11:43:12 5    A.  THAT'S CORRECT.  FOR THE MOST PART, IT'S THE DIFFERENCES BETWEEN

11:43:15 6    THE VARIOUS RELEASE VERSIONS, AND THE VERSIONS THAT HAVE BEEN USED

11:43:21 7    ARE IN THE ORDER OF INCHES.

11:43:22 8    Q.  BUT YOU SAID, I THINK HERE ON THIS GRAPHIC, YOU SAY THERE'S A

11:43:25 9    LITTLE BIT MORE DIFFERENCE IN THE H1 MODEL; AND JUST TO BE CLEAR,

11:43:29 10   THE H1 MODEL IS THE MODEL THAT YOU USED FOR THIS STUDY, CORRECT?

11:43:34 11   A.  THAT'S CORRECT.  AND THERE WERE SOME CHANGES DONE THAT I CAN

11:43:40 12   EXPLAIN IN THE WETLAND TOPOGRAPHY BECAUSE, OF COURSE, WETLANDS WERE

11:43:43 13   A VERY, VERY IMPORTANT PART OF THIS STUDY TO DEVELOP AN

11:43:46 14   UNDERSTANDING OF WHAT THEIR IMPACT WAS ON STORM SURGE IN THE REGION.

11:43:51 15   Q.  LET'S LOOK, FIRST OF ALL, AT A PLOT FOR THE MAXIMUM HIGH WATER

11:43:58 16   DURING HURRICANE KATRINA THAT WAS BASED UPON A STUDY THAT YOU DID

11:44:02 17   FOR FEMA.

11:44:04 18   A.  OKAY.  HERE WE HAVE THE SL15 V3, VERSION 3, 2005.  2005

11:44:13 19   INDICATES THE LEVEE SYSTEM, AND IT'S RELEASE R8VV.  AND THIS IS A

11:44:20 20   MODEL THAT WAS VERY CLOSE TO THE ACTUAL MODEL THAT WAS USED FOR THE

11:44:25 21   FEMA, WE PULLED IT OFF OF OUR NOTRE DAME COMPUTERS LAST WEEK.

11:44:30 22          AND THE MODEL THAT WAS USED IN THE FEMA STUDY THAT, IN

11:44:33 23   FACT, SOME OF THE PICTURES THAT HAVE BEEN IN DISCUSSION THAT WERE

11:44:40 24   LEFT IN THE REPORT BY ACCIDENT ARE THE SL15 V32007 R09 MODEL, SO

11:44:48 25   VERY, VERY SIMILAR TO THIS ONE.

11:44:50 1           AND WE LOOKED NOW, THIS SIMULATION WAS DONE IN NOVEMBER OF

11:44:53 2     2007, WE NOW LOOK INTO THE NEXT MAJOR RELEASE, VERSION 5H, FOR

11:45:00 3     ST. CHARLES, THAT WAS MADE IN 2008, AND WE TOGGLE BACK AND FORTH

11:45:05 4     BETWEEN THE MAXIMUM WATER LEVELS IN THESE TWO SIMULATIONS.  AND

11:45:09 5     ASIDE FROM SOME LITTLE BIT OF DIFFERENCES BEHIND THE LEVEES, THAT

11:45:14 6     THE LEVEE ELEVATIONS ARE SOMEWHAT DIFFERENT, WE SEE VERY, VERY MINOR

11:45:18 7     DIFFERENCES.  ESSENTIALLY ON THE ORDER OF INCHES, IF THAT, BETWEEN

11:45:22 8     THE TWO SIMULATIONS.

11:45:26 9     Q.  CAN WE LOOK AT YET A THIRD VERSION OF THE SL15 MODEL?

11:45:31 10    A.  SURE.  THIS IS THE SL15 V7 L2007.  THIS MODEL WAS USED FOR THE

11:45:39 11    IHNC, AS WELL AS FOR THE SURGES PROPAGATING UP THE MISSISSIPPI

11:45:46 12    RIVER.

11:45:46 13          THE COURT:  I'M SORRY, SIR.

11:45:47 14          MR. O'DONNELL:  I HAVE TO OBJECT.  THE WITNESS JUST

11:45:49 15    ADMITTED THAT HE PULLED THIS OFF HIS COMPUTER LAST WEEK.  SO

11:45:52 16    OBVIOUSLY, IT'S NOT IN HIS REPORT.  IT MUST BE IMPORTANT, COUNSEL'S

11:46:01 17    EXAMINING HIM.  AND YOU HAVE AN ORDER TO COMPEL THREE ADCIRC RUNS

11:46:01 18    THAT THEY CLAIM THEY COULDN'T DO AND I HAVEN'T GOTTEN YET.

11:46:03 19          THE COURT:  I DID.  AND HIS RESPONSE?

11:46:05 20          MR. SMITH:  THESE ARE NOT THE ONES THAT THEY ASKED FOR.

11:46:08 21    WE TRIED TO FIND THE ONES THAT THEY ASKED FOR.  AND, YOU KNOW, THESE

11:46:12 22    ARE THE ONES WE HAD, BUT THESE AREN'T THE ONES THEY ASKED FOR.  SO

11:46:16 23    WE'RE LOOKING AT THE ONES THEY HAVE.

11:46:18 24          THEY WANTED THE ONES THAT THEY SAY WERE USED TO PREPARE

11:46:20 25    HIS REPORT, AND AS WE'VE TOLD THE COURT, THERE WAS ONE RUN, THE

11:46:25 1   DOJ --

11:46:27 2             THE COURT:  I UNDERSTAND.  BUT I HAVE AN ORDER.  IF YOU

11:46:29 3   CAN'T DO IT, THAT'LL SIMPLY BE CROSS-EXAMINATION.

11:46:32 4             MR. O'DONNELL:  I UNDERSTAND THAT, YOUR HONOR.  BUT

11:46:35 5   THEY'RE CAPABLE OF RUNNING NEW RUNS INFINITELY, SHOWING UP

11:46:40 6   UNANNOUNCED BECAUSE THIS IS NOT IN THE REPORT.

11:46:42 7             THE COURT:  THAT'S THE OBJECTION, IT'S NOT IN THE REPORT

11:46:44 8   AND IT REALLY -- IT CERTAINLY ISN'T.  WHY IS THIS, THEN, ADMISSIBLE

11:46:50 9   UNDER OUR PROTOCOL?

11:46:54 10            MR. SMITH:  THIS IS TO SHOW THE RELIABILITY -- NOT THE

11:46:57 11   RELIABILITY, THE -- THIS IS ESSENTIALLY IN RESPONSE TO THEIR CLAIM

11:47:06 12   THAT THEY'RE BEING PREJUDICED BY THE INCLUSION OF PLOTS WHICH WERE

11:47:12 13   INADVERTENTLY PUT IN THE REPORT --

11:47:14 14            THE COURT:  IF I DON'T HAVE THOSE PLOTS, HOW CAN I LOOK AT

11:47:17 15   THESE?

11:47:18 16            MR. SMITH:  YOUR HONOR, YOU DO HAVE THOSE PLOTS.

11:47:20 17            THE COURT:  NO, IF I DON'T HAVE THE RUNS.  I GUESS I AM

11:47:24 18   CONFUSED.

11:47:24 19            MR. SMITH:  I'M SORRY, YOUR HONOR.  IF I CAN EXPLAIN.

11:47:27 20            THE COURT:  ALL RIGHT.  YES.

11:47:30 21            MR. SMITH:  WE COULD NOT FIND THE RUN, THE EXACT RUN THAT

11:47:33 22   WAS USED TO CREATE THOSE PLOTS THAT WERE INADVERTENTLY PUT IN HIS

11:47:37 23   REPORT.  AS HE TESTIFIED, THIS FEMA RUN IS VERY, VERY CLOSE TO THE

11:47:43 24   RUN THAT PRODUCED THE PLOTS THAT WERE INADVERTENTLY PUT IN HIS

11:47:48 25   REPORT.  HE ASKED ME SHOULD WE PRODUCE THIS RUN, AND I SAID, NO,

11:47:52 1    BECAUSE IT'S NOT THE SAME RUN.  IT'S A DIFFERENT RUN.

11:47:55 2         BUT BECAUSE THE PLAINTIFFS HAVE MADE AN ISSUE OUT OF THIS

11:47:59 3    AND CLAIMING PREJUDICE, WE THOUGHT THE COURT SHOULD SEE -- THIS IS

11:48:04 4    REALLY -- THIS IS REALLY JUST TO EXPLAIN TO THE COURT THAT HE IS

11:48:08 5    REFINING -- WE'VE SAID THIS, WE'VE ARGUED THIS, HE IS CONSTANTLY

11:48:12 6    REFINING HIS MODEL.

11:48:14 7         WHEN HE WAS DOING THIS, HE USED AS A TEMPLATE A REPORT

11:48:18 8    THAT WAS PREPARED FOR THE FEMA STUDY BECAUSE THE DESCRIPTIONS OF THE

11:48:22 9    MODEL, THE GENERAL DESCRIPTIONS, ARE GOING TO BE THE SAME.  AND THEY

11:48:26 10   JUST DIDN'T STRIP OUT THOSE MODELS.  AND IF YOU LOOK AT HOW CLOSE

11:48:30 11   THEY LOOK, NO ONE WOULD EVER BE ABLE TELL SIMPLY FROM LOOKING AT

11:48:39 12   THESE THINGS, YOU KNOW.

11:48:39 13        THE COURT:  SO THE PURPOSE OF THIS IS TO DEMONSTRATE TO

11:48:41 14   THE COURT THAT THE RUNS THAT YOU'RE UNABLE TO PROVIDE ARE NOT

11:48:50 15   PREJUDICIAL TO THE PLAINTIFF BECAUSE THIS IS A SIMILAR -- THIS IS

11:48:54 16   SIMILAR TO THE RUNS THAT -- I AM SPEAKING GENERALLY -- THAT YOU ARE

11:49:00 17   UNABLE TO PROVIDE?

11:49:01 18        MR. SMITH:  AND IT'S REALLY NOT EVEN QUITE THAT, YOUR

11:49:05 19   HONOR.  I THINK THE COURT CAN MAKE ITS DETERMINATION SIMPLY BY

11:49:08 20   LOOKING AT THE PLOTS THAT ARE IN THE REPORT AND COMPARING THEM TO

11:49:13 21   THE H1 PLOTS THAT WE'VE USED -- I MEAN, THAT'S WHAT YOU DID THE LAST

11:49:18 22   COUPLE OF DAYS WHENEVER THEY COMPLAINED, AND WE WOULD SAY, FINE, PUT

11:49:21 23   THEM SIDE BY SIDE AND THEY'RE ABOUT THE SAME.  AND THIS IS SIMPLY --

11:49:25 24   THIS IS TO SHOW MODEL STABILITY.

11:49:29 25        THE FACT THAT WHEN HE MAKES THESE LITTLE REFINEMENTS, IT'S

11:49:32 1   FOR SPECIFIC REASONS.  LIKE IF THEY'RE STUDYING THE MISSISSIPPI

11:49:35 2   RIVER, THEY MAY ADD SOME REFINEMENT IN THE GRID IN THE

11:49:37 3   MISSISSIPPI RIVER AREA BECAUSE THEY REALLY WANT TO MAKE SURE THEY

11:49:41 4   GET THAT MISSISSIPPI RIVER INFLUENCE CORRECT.

11:49:43 5           IF THEY'RE LOOKING AT ANOTHER AREA, THE ST. CHARLES AREA,

11:49:46 6   THEY MAY ADD SOME MORE DETAIL IN THAT PART.

11:49:49 7           BUT THE POINT OF THESE PLOTS, TO SHOW YOUR HONOR, IS THAT

11:49:52 8   MAKING A FEW REFINEMENTS IN ONE AREA OR ANOTHER, WHILE IT MIGHT, YOU

11:49:57 9   KNOW, PRODUCE SOME CHANGES IN MICRO SCALE IN THE AREA OF INTEREST,

11:50:02 10  WHEN YOU LOOK AT THE MACRO AREA, YOU SEE THAT THESE ARE VERY, VERY

11:50:06 11  MINIMAL CHANGES.

11:50:08 12          MR. O'DONNELL:  YOUR HONOR, LIKE BEAUTY, "LITTLE

11:50:11 13  REFINEMENTS ARE IN THE EYE OF THE BEHOLDER."  NUMBER ONE.  WHY IS

11:50:14 14  THIS WITNESS ALLOWED TO CONSTANTLY DO NEW ANALYSES, WE GOT NEW

11:50:19 15  CORRECTED DATA THIS MORNING FOR SOME GRAPHICS THAT THEY GAVE US AT

11:50:23 16  ONE WHICH WERE DIFFERENT IN SOME RESPECTS THAN THE ONE THEY GAVE US

11:50:26 17  AT 5:30 THE NIGHT BEFORE.

11:50:28 18          SHOULD WE ALLOW ANOTHER EXPERT TO COME IN AND SAY, YOU

11:50:31 19  KNOW, DR. WESTERINK IS A REALLY GOOD GUY AND HE KIND OF MADE

11:50:33 20  INADVERTENTLY MISTAKES IN HIS REPORT, BUT I RAN SOME RUNS AND LET ME

11:50:40 21  EXPLAIN THEM TO YOU.  IT IS NO DIFFERENT.  AND I DO NOT THINK --

11:50:40 22  BECAUSE WE, I THINK, DID A VERY GOOD JOB OF IMPEACHING HIM AND HIS

11:50:44 23  REPORT IN HIS DEPOSITION, WHICH ENDED AT THE END OF JANUARY, HE

11:50:47 24  SHOULD BE ALLOWED THREE MONTHS LATER TO COME IN WITH NEW DATA.

11:50:50 25          I DON'T CARE IF COUNSEL SAYS IT'S A LITTLE REFINEMENT OR

11:50:53 1    NOT, BECAUSE YOU'RE GOING TO SEE A CHART FROM ME THAT SHOWS YOU ALL

11:50:55 2    OF THE CHANGES.  BUT THE POINT IS, I SHOULDN'T HAVE TO BE SUBJECTED

11:50:59 3    TO THIS KIND OF A CHANGE.  I DON'T CARE WHAT COUNSEL SAYS WHETHER

11:51:02 4    THEY'RE SIMILAR OR NOT.  AND WE'RE GOING TO SEE MORE OF THIS AS THE

11:51:07 5    DAY PROCEEDS.

11:51:08 6         THE COURT:  WELL, I AM CONCERNED THAT THIS IS -- THIS IS

11:51:18 7    BEYOND -- I AM NOT GOING TO SEE A GREAT DEAL MORE OF THIS BECAUSE

11:51:19 8    THERE IS A REASON WE HAVE REPORTS.  I'VE GIVEN SOME LATITUDE, BUT,

11:51:24 9    YOU KNOW, ALL THINGS COME TO AN END.  HE MAY BE DOING MODELING FOR

11:51:28 10   20 YEARS AND SO MAY DR. BEA, I MIGHT SAY, BUT THIS CASE WON'T BE

11:51:32 11   GOING ON FOR 20 YEARS, AND THERE ARE THINGS CALLED SUMMARY JUDGMENT

11:51:37 12   AFTER THE FIFTH CIRCUIT RULES.

11:51:39 13        AND I DON'T THINK ANY COURT'S GOING TO WANT -- MAYBE WE'LL

11:51:39 14   COME BACK IN 100 YEARS AND FIND THAT THESE MODELS WERE WRONG, TOO,

11:51:44 15   BUT THEN WE WOULD NEVER HAVE FINALITY TO ANY LEGAL PROCEEDINGS.

11:51:48 16        SO I AM -- LOOK, I TRIED TO BE AS FAIR AS POSSIBLE ON

11:51:53 17   THIS, BUT THESE ARE APPARENTLY MODEL RUNS DONE AFTER KATRINA THAT

11:51:58 18   WERE NOT UTILIZED IN THIS REPORT.  AM I AT LEAST CORRECT ABOUT THAT?

11:52:04 19        MR. SMITH:  THEY'RE NOT THE BASIS OF ANY OPINIONS IN HIS

11:52:07 20   REPORT, EITHER, THEY'RE SIMPLY TO DEMONSTRATE THE RELIABILITY OF THE

11:52:09 21   MODEL.  THIS IS NOT -- THIS IS NOT A BASIS FOR ANY OF THE ULTIMATE

11:52:13 22   OPINIONS THAT HE IS RENDERING IN THIS CASE, YOUR HONOR, BUT THE

11:52:16 23   PLAINTIFFS ARE ATTEMPTING TO MAKE THEIR CASE BASED UPON MISTAKES

11:52:19 24   THAT WERE IN THE REPORT THAT WERE SIMPLY CLERICAL MISTAKES.

11:52:23 25        AND IF YOUR HONOR WILL REMEMBER, THEY HAD AN EXPERT,

11:52:26 1    PROFESSOR VRIJLING CAME HERE, AND YOUR HONOR HEARD PROFESSOR

11:52:33 2    VRIJLING SAY, WE DON'T QUARREL WITH PROFESSOR WESTERINK'S RESULTS.

11:52:37 3    COUNSEL MAY QUARREL WITH PROFESSOR WESTERINK'S RESULTS, BUT

11:52:41 4    PROFESSOR VRIJLING DIDN'T QUARREL WITH PROFESSOR WESTERINK'S

11:52:46 5    RESULTS.

11:52:47 6            THE COURT:  I CAN SEE WHAT ALL THIS MEANS IN THE GRAND

11:52:48 7    SCHEME OF THINGS, AND WE GET THE SURGE LEVELS AND WHAT TIME THE

11:52:50 8    WATER WENT WHERE AND HOW HIGH IT WAS AND HOW MUCH THE EXPERTS REALLY

11:52:54 9    DO DISAGREE AND THE EVIDENCE I HAVE IN THE RECORD.  IF EVERYBODY

11:52:57 10   AGREES ON EVERYTHING, IT'LL MAKE LIFE A LOT EASIER FOR ME.  I AM

11:53:01 11   TALKING ABOUT THE EXPERTS.

11:53:03 12           BUT, YOU KNOW, I AM JUST A LITTLE CONCERNED ABOUT THE

11:53:10 13   ABILITY TO CROSS ON SOMETHING THAT YOU'VE NEVER SEEN AND IS NOT --

11:53:17 14   AND CAN'T BE EXTRAPOLATED FROM THE MATERIALS, THAT'S MY ONLY

11:53:22 15   CONCERN.

11:53:23 16           I KNOW YOU'RE MAKING THE POINT THAT MERELY BECAUSE -- THE

11:53:28 17   POINT IS THAT THE REFINEMENTS IN MODELS DON'T SHOW -- THESE

11:53:34 18   REFINEMENTS DON'T SHOW ANY DRAMATIC OR SIGNIFICANT DIFFERENCE, I

11:53:37 19   THINK THAT'S THE PRIMARY POINT.

11:53:40 20           MR. SMITH:  YOUR HONOR, I'LL MOVE ON, I THINK WE --

11:53:41 21           THE COURT:  WILL YOU DO THAT?

11:53:43 22           MR. SMITH:  YEAH, I WILL DO THAT.

11:53:44 23           THE COURT:  THANK YOU.  AND I HAVE THAT POINT.

11:53:46 24           MR. SMITH:  AND I'M SURE COUNSEL, OPPOSING COUNSEL, WILL

11:53:49 25   CHALLENGE THAT ON CROSS-EXAMINATION.

11:53:51 1          THE COURT:  YOU HAVE A REDIRECT DON'T FORGET.

11:53:54 2          MR. SMITH:  ALL RIGHT.  THANK YOU, YOUR HONOR.

11:53:55 3  BY MR. SMITH:

11:53:59 4  Q.  LET'S LOOK -- LET'S GO TO SLIDE 301, PLEASE.  AND HERE WE WANT

11:54:06 5  TO AGAIN TALK ABOUT THE DOUBLE DIP, WHICH APPEARS, NOT JUST IN YOUR

11:54:14 6  HYDROGRAPHS, DR. WESTERINK, BUT ALSO IN THE HYDROGRAPHS THAT WERE

11:54:20 7  PRODUCED BY THE PLAINTIFFS' DELFT EXPERTS.

11:54:23 8          AND AGAIN, I THINK, JUST TO REFRESH OUR RECOLLECTION, DO

11:54:28 9  YOU BELIEVE THAT THE LACK OF DETAIL, THE REGIONAL DETAIL IN THE SO8

11:54:33 10 MODEL COMPARED TO THE SL15 MODEL EXPLAINS THE DIFFERENCE IN THE

11:54:39 11 HUMPS BETWEEN THE DELFT MODELING AND YOUR OWN MODELING?

11:54:42 12 A.  I DO.  AND I THINK IT'S NICELY ILLUSTRATED IN THIS FIGURE, THIS

11:54:48 13 FIGURE AND THE SUBSEQUENT ONE THAT COMPARE THE COASTLINES AND THE

11:54:55 14 BATHYMETRY IN AND AROUND SOUTHEASTERN LOUISIANA.

11:54:57 15         SO IF WE LOOK AT THE SO8, AGAIN, IT DOESN'T REALLY HAVE

11:55:01 16 ANY MISSISSIPPI COAST, THERE'S A WALL THERE ESSENTIALLY.  HAS VERY,

11:55:06 17 VERY CRUDE BARRIER ISLANDS THAT ARE, IN FACT, ACTING AS WEIRS.  AND

11:55:14 18 ABOVE ALL, IT HAS A VERY DEEP PASSAGEWAY OVER HERE TO THE WEST OF

11:55:20 19 THE CHANDELEUR ISLANDS (INDICATING).  SO CHANDELEUR SOUND IS, IN

11:55:25 20 FACT, NOT CORRECTLY REPRESENTED AT ALL IN THAT MODEL.

11:55:25 21         AND NOW, IF WE LOOK AT SL15, WE SEE A DRAMATIC DIFFERENCE.

11:55:35 22 YOU SEE THE MISSISSIPPI COAST.  AGAIN, THIS IS AN ATTENUATION

11:55:35 23 MECHANISM BUT ALSO A FLOW RETENTION MECHANISM, AND WE SEE MUCH MORE

11:55:39 24 DETAIL IN ALL OF THE BARRIER ISLANDS.  THEY'RE BEING OVERTOPPED,

11:55:43 25 THEY BEING RESOLVED, THE FLOW IS GOING OVER, THE FRICTION IS

11:55:45 1   DISSIPATING, OF COURSE, WAVES ARE BREAKING ON IT, ET CETERA, AND WE

11:55:48 2   SEE THAT THE BATHYMETRY TO THE WEST OF THE BARRIER ISLANDS IS VERY

11:55:52 3   DIFFERENT.

11:55:52 4          NOW, REMEMBER, THE HIGHEST STORM SURGE WAS IN AND AROUND

11:55:57 5   BAY ST. LOUIS, AND WHAT WE SAW WAS THE RELAXATION OF THE FLOW IN AND

11:56:03 6   OUT THROUGH HERE, THROUGH THIS PATHWAY OVER HERE, BUT THE RELAXATION

11:56:07 7   AFTER THE STORM PASSED BACK INTO THE LAKE BORGNE AREA AS WELL

11:56:11 8   CAUSING THAT SECOND PEAK (INDICATING).

11:56:14 9          SO IF YOU DON'T HAVE -- IF YOU HAVE VERY DEEP WATER OVER

11:56:18 10  HERE, THEN ESSENTIALLY YOU CUT BACK ON THE AMOUNT OF WATER GOING

11:56:21 11  HERE.  YOU HAVE MUCH MORE WATER GOING BACK OVER THROUGH HERE AS WELL

11:56:24 12  AS THROUGH HERE (INDICATING).  SO IT REALLY CHANGES THE FLOW

11:56:28 13  PATHWAYS AND CHANGES THE WAY WATER WILL SEEK ITS WAY TO THE LOWEST

11:56:33 14  POSSIBLE POINT.

11:56:35 15         MR. O'DONNELL:  YOUR HONOR, I'M SORRY.  THIS CRITIQUE OF

11:56:39 16  SO8 AND WHY HIS CAR IS BETTER THAN OUR CAR DOES NOT APPEAR IN HIS

11:56:44 17  REPORT.  I CAN'T REMEMBER EVEN WHERE THE WORDS SO8 APPEARS IN HIS

11:56:49 18  REPORT.

11:56:50 19         AGAIN, HE IS TRYING TO DEFEND HIMSELF, HE'S TRYING TO

11:56:52 20  ANTICIPATE CROSS-EXAMINATION, AND THESE TWO GRAPHICS, 301 AND 302,

11:56:57 21  ARE NOT IN THERE.  BUT MORE IMPORTANTLY, THE WHOLE IDEA THAT I CAN

11:57:06 22  TELL YOU WHY SO8 IS BAD AND MINE IS GOOD IS NOT IN HIS REPORT, WE

11:57:06 23  NEVER CROSSED HIM IN HIS DEPOSITION.

11:57:07 24         THE COURT:  I AM GOING TO HOLD THAT THAT'S SUFFICIENTLY

11:57:11 25  RELEVANT, AND IT'S BEEN CRITICIZED AND I AM -- I AM GOING TO ALLOW

11:57:19 1   IT.  I THINK I'VE ALREADY ALLOWED SOMETHING LIKE THIS ANYHOW.  TO BE

11:57:25 2   CONSISTENT, I THINK WE'VE ALREADY GONE INTO THIS A LITTLE BIT.  I

11:57:28 3   THOUGHT I ALREADY ALLOWED AN 8 AND A 15 COMPARISON, SO TO BE

11:57:31 4   CONSISTENT, UNDERSTANDING AND NOTING YOUR OBJECTION, I AM GOING TO

11:57:34 5   ALLOW THIS.

11:57:36 6          MR. SMITH:  THANK YOU, YOUR HONOR.

11:57:37 7   BY MR. SMITH:

11:57:38 8   Q.  COULD WE JUST TOGGLE BRIEFLY BETWEEN THE TWO SO YOU CAN SEE THE

11:57:42 9   DEPTH DIFFERENCES IN THE CHANDELEUR SOUND?

11:57:46 10  A.  TREMENDOUS DIFFERENCES IN DEPTH THERE THAT ARE VERY IMPORTANT IN

11:57:50 11  TERMS OF ESTABLISHING THESE PATHWAYS.  SIGNIFICANT DEPTH IN THE SO8,

11:57:56 12  THAT WAS INCORRECTLY PUT IN, AND SIGNIFICANTLY LESS DEPTH, IN FACT,

11:58:01 13  VERY SHALLOW DEPTHS.  A LOT OF HYDRAULIC BLOCKING IN SL15.

11:58:05 14  Q.  LET'S LOOK AT THE STORM SURGE HYDROGRAPH.

11:58:07 15         THE COURT:  I AM GOING TO HAVE TO TAKE A RECESS.  I HAVE

11:58:13 16  SOME THINGS I HAVE TO DO.  WE WILL BE BACK AT 1:15.

11:58:16 17         MR. SMITH:  THANK YOU, YOUR HONOR.

11:58:17 18         THE MARSHAL:  ALL RISE.

19      (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

20

21                  * * * * * *

22

23

24

25

1

2

3                          REPORTER'S CERTIFICATE

4

5       I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES

6    DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY

7    THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF

8    MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

9    THE ABOVE-ENTITLED AND NUMBERED MATTER.

10

11

12    _____

13          KAREN A. IBOS, CCR, RPR, CRR

14          OFFICIAL COURT REPORTER

15

16

17

18

19

20

21

22

23

24

25

───────────── FINAL DAILY COPY ─────────────

## 0

**06-CV-2268** [1] - 3804:3

## 1

**1** [1] - 3813:3
**1.6** [1] - 3822:13
**1.64** [6] - 3818:2, 3818:3, 3818:6, 3818:7, 3822:3
**100** [2] - 3825:16, 3839:14
**1000** [1] - 3804:14
**10022** [1] - 3805:24
**11** [1] - 3825:10
**1100** [1] - 3804:23
**12** [1] - 3830:21
**1205** [1] - 3805:19
**1261** [1] - 3805:9
**13** [7] - 3804:4, 3808:2, 3809:2, 3809:3, 3809:7, 3828:3
**1366** [1] - 3805:9
**15** [5] - 3809:8, 3809:10, 3809:12, 3828:2, 3843:3
**15-FOOT** [1] - 3809:9
**15.7** [1] - 3809:19, 3816:8
**17TH** [1] - 3825:5, 3825:6
**18** [1] - 3804:9
**1:15** [1] - 3843:16

## 2

**2** [3] - 3808:16, 3813:3, 3816:7
**2.28** [1] - 3818:7
**20** [2] - 3839:10, 3839:11
**20044** [1] - 3806:13
**2005** [2] - 3808:15, 3834:18
**2007** [2] - 3833:25, 3835:2
**2008** [2] - 3833:25, 3835:3
**2009** [2] - 3804:4, 3808:2
**217** [1] - 3808:17
**2626** [1] - 3805:19
**2655** [1] - 3805:5
**268** [1] - 3815:16
**29TH** [1] - 3808:14

## 3

**3** [1] - 3834:18

## 3.28

**3.28** [3] - 3818:3, 3818:4, 3818:7
**301** [2] - 3841:4, 3842:20
**302** [1] - 3842:20
**3102** [1] - 3804:23
**325** [1] - 3805:23
**3668** [1] - 3805:2
**3808/12** [1] - 3807:7

## 4

**4.9** [1] - 3818:4
**4.92** [1] - 3818:7

## 5

**500** [1] - 3806:17
**504** [1] - 3806:18
**519** [1] - 3805:12
**550** [1] - 3804:13
**556** [1] - 3805:2
**57TH** [1] - 3805:23
**589-7776** [1] - 3806:18
**5:30** [1] - 3838:17
**5H** [1] - 3835:2

## 6

**6** [1] - 3808:25
**600** [1] - 3806:2
**600,000** [1] - 3833:16
**601** [1] - 3805:5
**604** [1] - 3806:2
**610** [1] - 3804:20
**618** [1] - 3805:16
**67** [1] - 3822:12
**68** [1] - 3822:12

## 7

**70113** [2] - 3804:17, 3804:21
**70130** [2] - 3806:3, 3806:17
**70130-6004** [1] - 3805:6
**70381** [1] - 3805:20
**70502-3668** [1] - 3805:3
**70726** [1] - 3805:13
**70801-1910** [1] - 3805:16
**70821-1366** [1] - 3805:10
**75219** [1] - 3804:24
**7:30** [1] - 3809:19
**7:35** [1] - 3809:19
**7:45** [1] - 3809:18

## 8

**8** [1] - 3843:3
**855** [1] - 3804:17
**888** [1] - 3806:12

## 9

**90071-2627** [1] - 3804:14
**926** [1] - 3821:19
**93** [1] - 3821:19
**986** [1] - 3821:15
**99** [1] - 3821:15

## A

**A** [152] - 3805:14, 3806:16, 3809:8, 3809:10, 3809:11, 3809:17, 3809:20, 3810:7, 3810:19, 3811:8, 3811:10, 3812:11, 3812:12, 3813:5, 3813:8, 3813:9, 3813:24, 3814:4, 3814:6, 3814:14, 3814:16, 3814:18, 3814:21, 3814:23, 3814:24, 3815:2, 3815:13, 3816:3, 3816:5, 3816:12, 3816:13, 3816:15, 3816:18, 3817:5, 3817:6, 3817:12, 3817:14, 3817:18, 3817:19, 3818:1, 3818:5, 3818:23, 3818:25, 3819:3, 3819:6, 3819:8, 3819:11, 3819:16, 3819:24, 3820:1, 3820:10, 3820:12, 3820:16, 3820:20, 3820:23, 3821:5, 3821:10, 3821:15, 3821:16, 3822:5, 3822:12, 3823:3, 3823:5, 3823:12, 3823:18, 3823:19, 3823:25, 3824:1, 3824:3, 3824:5, 3824:6, 3824:8, 3824:11, 3824:13, 3824:19, 3824:24, 3825:9, 3825:21, 3825:22, 3826:10, 3826:11, 3826:19, 3827:7, 3827:10, 3827:14, 3827:16, 3827:19, 3827:22, 3827:23,
3828:2, 3828:3, 3828:6, 3828:7, 3828:22, 3828:23, 3831:14, 3831:16, 3831:18, 3831:24, 3832:1, 3832:14, 3832:21, 3832:23, 3833:16, 3833:18, 3833:20, 3833:23, 3834:4, 3834:8, 3834:13, 3834:15, 3834:16, 3834:19, 3835:9, 3837:1, 3837:7, 3837:15, 3838:8, 3838:19, 3838:22, 3838:25, 3839:1, 3839:3, 3839:7, 3839:8, 3839:21, 3840:10, 3840:12, 3841:1, 3841:16, 3841:18, 3841:21, 3841:23, 3843:2, 3843:3, 3843:13, 3843:15, 3843:19, 3844:5, 3844:7, 3844:13
**A.M** [1] - 3808:25
**ABILITY** [2] - 3840:13, 3844:8
**ABLE** [3] - 3812:25, 3832:19, 3837:11
**ABOUT** [31] - 3809:5, 3809:8, 3809:19, 3811:11, 3811:12, 3811:17, 3811:24, 3812:11, 3814:6, 3814:22, 3814:23, 3819:25, 3822:12, 3823:22, 3826:14, 3827:16, 3828:2, 3828:3, 3828:11, 3828:12, 3829:2, 3829:7, 3829:10, 3829:11, 3831:17, 3832:12, 3837:23, 3839:18, 3840:11, 3840:12, 3841:5
**ABOVE** [2] - 3841:18, 3844:9
**ABOVE-ENTITLED** [1] - 3844:9
**ABSOLUTE** [1] - 3822:20
**ACADEMY** [3] - 3828:22, 3830:3, 3830:24
**ACCIDENT** [1] - 3834:24
**ACCURACY** [2] - 3822:6, 3832:23

**ACCURATE** [1] - 3823:3
**ACROSS** [4] - 3824:2, 3826:17, 3830:11, 3830:15
**ACTING** [1] - 3841:17
**ACTION** [2] - 3817:8, 3817:16
**ACTUAL** [1] - 3834:20
**ACTUALLY** [12] - 3809:18, 3809:19, 3814:1, 3816:8, 3819:19, 3824:20, 3826:24, 3827:14, 3827:22, 3827:25, 3829:19, 3833:19
**ADCIRC** [11] - 3820:15, 3821:8, 3822:9, 3828:12, 3828:14, 3828:21, 3829:7, 3829:9, 3832:6, 3833:9, 3835:17
**ADD** [5] - 3819:8, 3825:14, 3825:21, 3838:2, 3838:6
**ADDING** [1] - 3833:8
**ADDITION** [2] - 3831:12, 3832:11
**ADDITIONAL** [2] - 3820:10, 3825:14
**ADJACENT** [1] - 3808:15
**ADJUST** [1] - 3823:2
**ADMISSIBLE** [1] - 3836:8
**ADMITTED** [1] - 3835:15
**ADVANCE** [1] - 3830:7
**ADVANCED** [1] - 3832:1
**ADVICE** [1] - 3828:19
**AERIAL** [1] - 3830:16
**AFFECT** [1] - 3820:11
**AFTER** [5] - 3826:5, 3827:8, 3839:12, 3839:17, 3842:7
**AFTERNOON** [1] - 3808:18
**AFTERWARDS** [1] - 3827:9
**AGAIN** [25] - 3809:20, 3809:25, 3812:8, 3812:17, 3813:8, 3814:11,

3816:19, 3820:3, 3820:25, 3821:2, 3822:2, 3822:3, 3822:16, 3823:12, 3824:4, 3826:18, 3827:18, 3828:4, 3828:5, 3828:24, 3841:5, 3841:8, 3841:15, 3841:22, 3842:19

**AGAINST** [7] - 3810:5, 3815:24, 3816:7, 3819:15, 3819:21, 3825:19, 3827:23

**AGREES** [1] - 3840:10

**AHEAD** [3] - 3808:8, 3821:11, 3823:1

**AIRPORT** [1] - 3818:14

**AL** [2] - 3804:2, 3804:5

**ALGORITHMS** [2] - 3828:15, 3832:12

**ALL** [21] - 3808:9, 3813:23, 3813:24, 3814:10, 3816:23, 3817:2, 3817:16, 3822:10, 3822:17, 3827:11, 3828:16, 3834:15, 3836:20, 3839:1, 3839:9, 3840:6, 3841:2, 3841:18, 3841:20, 3841:24, 3843:18

**ALLOW** [5] - 3829:6, 3829:17, 3838:18, 3842:25, 3843:5

**ALLOWED** [4] - 3838:14, 3838:24, 3843:1, 3843:3

**ALMOST** [2] - 3821:15, 3821:19

**ALONG** [2] - 3809:7, 3825:7

**ALREADY** [3] - 3843:1, 3843:2, 3843:3

**ALSO** [16] - 3806:1, 3808:10, 3812:22, 3815:7, 3815:23, 3816:6, 3822:14, 3823:6, 3823:8, 3824:15, 3830:15, 3830:19, 3832:8, 3833:1, 3841:6, 3841:23

**ALWAYS** [2] - 3817:12, 3818:19

**AM** [23] - 3811:5, 3811:17, 3811:19, 3811:20, 3812:9, 3816:12, 3829:4, 3829:6, 3831:11, 3831:19, 3836:17, 3837:16, 3839:6, 3839:7, 3839:16, 3839:18, 3840:10, 3840:12, 3842:24, 3842:25, 3843:4, 3843:15

**AMERICA** [2] - 3804:5, 3830:19

**AMERICAN** [1] - 3828:17

**AMIN** [1] - 3806:6

**AMONG** [1] - 3834:2

**AMOUNT** [1] - 3842:10

**AN** [20] - 3811:6, 3811:24, 3812:13, 3818:16, 3822:18, 3825:14, 3827:7, 3829:8, 3830:4, 3830:6, 3832:10, 3833:16, 3834:13, 3835:17, 3836:2, 3837:2, 3839:9, 3839:25, 3841:22, 3843:3

**ANALYSES** [1] - 3838:14

**ANALYSIS** [3] - 3821:5, 3822:1, 3823:5

**ANALYZE** [1] - 3822:5

**AND** [321] - 3808:9, 3808:15, 3808:17, 3808:18, 3808:19, 3809:2, 3809:4, 3809:6, 3809:8, 3809:9, 3809:10, 3809:12, 3809:14, 3809:17, 3809:20, 3809:22, 3809:24, 3809:25, 3810:1, 3810:3, 3810:6, 3810:9, 3810:17, 3810:19, 3810:21, 3810:22, 3810:24, 3811:1, 3811:7, 3811:19, 3812:5, 3812:10, 3812:12, 3812:13, 3812:22, 3813:4, 3813:12, 3813:16, 3813:18, 3813:19, 3813:22, 3813:24, 3814:4,

3814:5, 3814:7, 3814:8, 3814:10, 3814:11, 3814:12, 3814:14, 3814:16, 3814:18, 3814:22, 3815:4, 3815:6, 3815:7, 3815:9, 3815:10, 3815:11, 3815:17, 3815:18, 3815:19, 3815:21, 3815:22, 3815:24, 3816:1, 3816:3, 3816:5, 3816:7, 3816:8, 3816:16, 3816:19, 3817:2, 3817:3, 3817:9, 3817:17, 3817:22, 3817:24, 3818:2, 3818:3, 3818:4, 3818:6, 3818:7, 3818:8, 3818:14, 3818:15, 3818:16, 3819:2, 3819:5, 3819:9, 3819:10, 3819:11, 3819:15, 3819:18, 3819:19, 3819:20, 3819:21, 3819:23, 3819:25, 3820:1, 3820:3, 3820:4, 3820:7, 3820:14, 3820:15, 3820:19, 3820:21, 3820:23, 3821:1, 3821:6, 3821:7, 3821:11, 3821:12, 3821:15, 3821:16, 3821:18, 3821:19, 3821:23, 3822:3, 3822:8, 3822:9, 3822:11, 3822:16, 3822:18, 3822:19, 3822:20, 3823:1, 3823:9, 3823:10, 3823:11, 3823:12, 3823:15, 3823:16, 3823:17, 3823:18, 3823:19, 3823:21, 3824:1, 3824:2, 3824:3, 3824:8, 3824:10, 3824:13, 3824:15, 3824:17, 3824:19, 3824:23, 3825:1, 3825:2, 3825:7, 3825:8, 3825:9, 3825:10, 3825:17, 3825:21, 3825:22, 3826:4, 3826:5, 3826:7, 3826:9, 3826:10, 3826:11, 3826:12, 3826:13, 3826:14,

3826:17, 3826:19, 3827:3, 3827:4, 3827:5, 3827:6, 3827:13, 3827:18, 3827:20, 3827:21, 3827:24, 3828:2, 3828:3, 3828:5, 3828:7, 3828:10, 3828:12, 3828:16, 3828:20, 3829:11, 3829:12, 3829:14, 3829:17, 3829:22, 3830:5, 3830:8, 3830:11, 3830:12, 3830:14, 3830:19, 3830:20, 3830:22, 3830:23, 3831:1, 3831:6, 3831:10, 3831:15, 3832:8, 3832:9, 3832:15, 3832:16, 3832:20, 3832:22, 3832:23, 3833:1, 3833:3, 3833:4, 3833:5, 3833:11, 3833:20, 3833:21, 3833:23, 3833:25, 3834:1, 3834:6, 3834:9, 3834:11, 3834:19, 3834:22, 3835:1, 3835:3, 3835:4, 3835:17, 3835:18, 3835:19, 3835:21, 3835:25, 3836:8, 3836:25, 3837:3, 3837:9, 3837:10, 3837:18, 3837:20, 3837:22, 3837:23, 3838:18, 3838:19, 3838:20, 3838:21, 3838:22, 3839:4, 3839:10, 3839:11, 3839:13, 3839:14, 3839:25, 3840:1, 3840:7, 3840:8, 3840:9, 3840:13, 3840:14, 3840:23, 3840:24, 3841:4, 3841:8, 3841:11, 3841:12, 3841:13, 3841:14, 3841:17, 3841:21, 3841:23, 3842:1, 3842:4, 3842:5, 3842:13, 3842:16, 3842:20, 3842:22, 3842:25, 3843:3, 3843:4, 3843:12, 3844:7, 3844:8, 3844:9

**ANDRY** [2] - 3804:19, 3804:19

**ANGELES** [1] - 3804:14

**ANOTHER** [4] - 3833:11, 3838:5, 3838:8, 3838:18

**ANTICIPATE** [1] - 3842:20

**ANY** [14] - 3811:8, 3815:19, 3816:18, 3818:24, 3821:13, 3824:8, 3828:5, 3830:14, 3839:13, 3839:15, 3839:19, 3839:21, 3840:18, 3841:16

**ANYHOW** [1] - 3843:1

**ANYMORE** [3] - 3809:16, 3810:5, 3831:7

**ANYWHERE** [1] - 3825:18

**APPARENTLY** [1] - 3839:17

**APPEAR** [2] - 3810:11, 3842:16

**APPEARANCES** [1] - 3804:11

**APPEARED** [1] - 3828:23

**APPEARS** [3] - 3830:21, 3841:5, 3842:17

**APPLES** [2] - 3817:4

**APPLICATION** [1] - 3828:13

**APPLIED** [1] - 3832:15

**APPROVAL** [1] - 3829:14

**APPROXIMATELY** [1] - 3809:7

**AQUA** [1] - 3818:2

**ARE** [50] - 3809:25, 3810:1, 3810:12, 3810:14, 3810:22, 3811:12, 3813:11, 3814:2, 3815:8, 3816:25, 3820:5, 3820:6, 3820:11, 3820:13, 3820:24, 3821:1, 3821:19, 3822:16, 3823:3, 3824:3, 3824:18, 3824:23, 3826:16, 3827:5, 3831:11, 3833:2, 3833:4, 3834:1, 3834:4, 3834:7, 3834:24, 3835:6, 3835:20,

3835:22, 3837:9, 3837:14, 3837:16, 3837:20, 3838:10, 3838:13, 3839:11, 3839:17, 3839:23, 3841:17, 3842:1, 3842:21, 3843:10

**AREA** [25] - 3808:15, 3808:19, 3809:3, 3810:20, 3810:22, 3810:23, 3811:1, 3813:6, 3813:7, 3813:9, 3813:15, 3813:25, 3814:2, 3814:21, 3821:23, 3827:13, 3830:6, 3833:23, 3838:3, 3838:5, 3838:8, 3838:9, 3838:10, 3842:7

**AREAS** [1] - 3827:4
**AREN'T** [1] - 3835:22
**ARGUED** [1] - 3837:5
**ARMY** [2] - 3821:1, 3832:9
**AROUND** [11] - 3809:10, 3809:18, 3810:13, 3813:4, 3820:4, 3825:15, 3827:4, 3832:21, 3833:3, 3841:14, 3842:4
**ART** [1] - 3830:19
**ARTICLES** [2] - 3829:12, 3832:14
**AS** [31] - 3811:14, 3812:23, 3816:17, 3817:9, 3817:11, 3819:12, 3821:9, 3822:21, 3822:23, 3823:1, 3824:12, 3828:18, 3828:19, 3829:8, 3832:10, 3833:5, 3833:22, 3835:11, 3835:25, 3836:23, 3837:7, 3839:4, 3839:16, 3841:17, 3842:7, 3842:11, 3842:12
**ASHLEY** [1] - 3806:2
**ASIDE** [1] - 3835:5
**ASK** [1] - 3811:17
**ASKED** [5] - 3833:20, 3835:20, 3835:21, 3835:22, 3836:25
**ASSESSING** [1] - 3830:22
**ASSIST** [1] - 3822:6

**ASSOCIATED** [4] - 3810:7, 3813:22, 3820:6, 3822:18
**ASSOCIATES** [2] - 3804:12, 3805:7
**ASSUME** [1] - 3822:25
**AT** [86] - 3808:13, 3808:17, 3808:24, 3808:25, 3809:2, 3809:5, 3809:6, 3809:9, 3809:12, 3809:18, 3809:19, 3809:21, 3810:9, 3810:19, 3811:7, 3811:8, 3812:10, 3812:17, 3813:12, 3813:15, 3813:19, 3813:20, 3814:4, 3814:12, 3814:16, 3814:18, 3815:3, 3815:7, 3815:9, 3815:10, 3815:13, 3815:18, 3815:19, 3816:3, 3816:6, 3816:12, 3816:15, 3816:22, 3817:15, 3822:1, 3822:8, 3822:15, 3822:20, 3823:13, 3823:22, 3823:23, 3824:21, 3825:11, 3826:7, 3827:11, 3827:13, 3827:16, 3827:17, 3827:21, 3831:5, 3831:13, 3831:18, 3833:3, 3833:10, 3833:12, 3833:14, 3833:16, 3833:21, 3834:3, 3834:15, 3835:9, 3835:23, 3836:14, 3837:10, 3837:11, 3837:20, 3838:5, 3838:10, 3838:15, 3838:17, 3838:23, 3839:18, 3841:15, 3841:20, 3841:21, 3843:14, 3843:16
**ATTEMPTING** [1] - 3839:23
**ATTENTION** [1] - 3813:17
**ATTENUATED** [3] - 3817:16, 3827:5, 3827:7
**ATTENUATION** [2] - 3814:14, 3841:22
**AUGUST** [1] - 3808:14

**AVAILABLE** [2] - 3813:9, 3830:23
**AVENUE** [2] - 3804:23, 3805:12
**AVERAGE** [3] - 3822:11, 3822:20, 3824:7
**AWAY** [4] - 3810:22, 3810:25, 3813:10, 3813:14
**AXIS** [2] - 3821:11, 3821:12

## B

**B** [1] - 3804:19
**BACK** [15] - 3813:18, 3814:2, 3814:5, 3814:11, 3814:13, 3824:25, 3826:4, 3826:5, 3827:8, 3835:3, 3839:14, 3842:7, 3842:10, 3842:11, 3843:16
**BAD** [1] - 3842:22
**BAEZA** [1] - 3806:5
**BARON** [1] - 3804:22
**BARONNE** [2] - 3804:17, 3804:20
**BARRIER** [3] - 3841:17, 3841:24, 3842:2
**BASED** [4] - 3819:22, 3829:3, 3834:16, 3839:23
**BASICALLY** [2] - 3810:17, 3813:10
**BASIN** [1] - 3819:3
**BASIS** [2] - 3839:19, 3839:21
**BATHYMETRIC** [1] - 3832:25
**BATHYMETRY** [2] - 3841:14, 3842:2
**BATON** [2] - 3805:10, 3805:16
**BAY** [2] - 3815:22, 3842:5
**BAYOU** [6] - 3823:22, 3823:23, 3823:24, 3824:2, 3826:14, 3826:15
**BE** [35] - 3808:5, 3808:8, 3810:25, 3812:25, 3814:18, 3815:16, 3816:11, 3817:4, 3817:19, 3818:7, 3818:20, 3819:8, 3820:7, 3821:2, 3821:10, 3821:13, 3822:16,

3824:8, 3825:6, 3831:2, 3831:11, 3834:9, 3835:16, 3836:3, 3837:9, 3837:11, 3838:24, 3839:2, 3839:9, 3839:10, 3839:16, 3840:14, 3843:1, 3843:3, 3843:16
**BEA** [2] - 3830:3, 3839:10
**BEAUTY** [1] - 3838:12
**BECAUSE** [24] - 3810:23, 3811:9, 3813:5, 3817:16, 3818:17, 3818:20, 3822:15, 3822:24, 3822:25, 3826:4, 3829:7, 3831:11, 3833:17, 3834:12, 3836:6, 3837:1, 3837:2, 3837:8, 3837:15, 3838:3, 3838:22, 3839:1, 3839:7, 3840:16
**BEEN** [10] - 3812:14, 3827:4, 3828:11, 3828:16, 3832:7, 3832:19, 3832:21, 3834:6, 3834:23, 3842:25
**BEFORE** [8] - 3804:8, 3809:4, 3809:23, 3816:11, 3820:25, 3822:4, 3822:19, 3838:17
**BEGAN** [2] - 3823:8, 3823:9
**BEGIN** [2] - 3808:16, 3815:13
**BEGINNING** [1] - 3817:9
**BEGINS** [1] - 3813:20
**BEHIND** [2] - 3823:25, 3835:5
**BEHOLDER** [1] - 3838:13
**BEING** [15] - 3813:2, 3818:15, 3820:4, 3820:13, 3822:12, 3823:18, 3824:12, 3824:24, 3825:1, 3825:25, 3826:1, 3831:20, 3836:12, 3841:24, 3841:25
**BELIEVE** [8] - 3809:18, 3817:12, 3819:14, 3819:22,

3820:12, 3829:20, 3831:4, 3841:9
**BENJAMIN** [1] - 3806:13
**BEST** [3] - 3808:10, 3817:11, 3844:7
**BETTER** [1] - 3842:16
**BETWEEN** [25] - 3809:10, 3812:5, 3812:9, 3812:14, 3813:18, 3815:5, 3817:23, 3817:24, 3818:2, 3818:3, 3818:4, 3818:6, 3818:7, 3820:14, 3821:6, 3821:18, 3822:11, 3823:10, 3824:4, 3834:5, 3835:4, 3835:7, 3841:11, 3843:8
**BEYOND** [1] - 3839:7
**BIASING** [1] - 3818:20
**BILOXI** [1] - 3816:1
**BIT** [14] - 3809:11, 3809:17, 3820:23, 3824:1, 3824:6, 3824:8, 3824:19, 3826:10, 3827:7, 3827:15, 3827:20, 3834:9, 3835:5, 3843:2
**BLACK** [2] - 3823:16, 3824:5
**BLEW** [2] - 3819:17, 3819:18
**BLOCKING** [1] - 3843:13
**BLOW** [1] - 3810:4
**BLOWING** [5] - 3810:22, 3813:14, 3813:25, 3814:2, 3814:3
**BLOWN** [4] - 3810:25, 3818:15, 3825:25, 3826:1
**BLUE** [4] - 3818:2, 3818:4, 3818:23, 3818:24
**BLVD** [1] - 3805:19
**BOLSTER** [1] - 3831:8
**BOLSTERING** [1] - 3829:9
**BONNET** [2] - 3823:24, 3824:1
**BORGNE** [2] - 3830:11, 3842:7

**BOTH** [2] - 3809:12, 3822:20
**BOUSSINESQ** [1] - 3819:23
**BOX** [4] - 3805:2, 3805:9, 3805:19, 3806:12
**BRANCH** [1] - 3806:5
**BREAK** [1] - 3819:21
**BREAKING** [4] - 3819:15, 3820:2, 3820:6, 3842:1
**BRENDAN** [1] - 3805:23
**BRIEFING** [1] - 3811:20
**BRIEFLY** [3] - 3808:17, 3814:24, 3843:8
**BRING** [2] - 3824:10, 3829:24
**BROUGHT** [2] - 3824:12, 3824:24
**BROWN** [1] - 3820:4
**BRUNO** [2] - 3804:16, 3804:16
**BUDD** [1] - 3804:22
**BUILDING** [2] - 3816:4, 3817:16
**BUILDINGS** [1] - 3817:15
**BUILDUP** [1] - 3813:23
**BURAS** [1] - 3809:5
**BUT** [50] - 3810:1, 3810:15, 3811:5, 3811:10, 3812:17, 3814:6, 3814:24, 3815:23, 3816:4, 3817:7, 3817:12, 3818:19, 3820:12, 3821:2, 3821:10, 3821:14, 3822:14, 3822:25, 3823:7, 3824:10, 3824:13, 3824:23, 3825:2, 3825:16, 3826:18, 3827:8, 3828:5, 3829:16, 3831:11, 3831:13, 3831:19, 3834:8, 3835:22, 3836:2, 3836:4, 3837:2, 3838:7, 3838:20, 3839:2, 3839:8, 3839:10, 3839:15, 3839:17, 3839:22, 3840:3, 3840:12, 3841:6, 3841:23, 3842:6,

3842:21
**BY** [47] - 3804:13, 3804:16, 3804:19, 3804:23, 3805:1, 3805:5, 3805:8, 3805:12, 3805:15, 3805:18, 3805:22, 3806:1, 3806:5, 3806:20, 3806:20, 3807:7, 3808:12, 3808:23, 3812:4, 3812:7, 3812:19, 3812:21, 3813:5, 3813:11, 3815:13, 3816:24, 3818:22, 3820:17, 3820:19, 3820:21, 3823:15, 3823:20, 3824:18, 3825:10, 3826:25, 3830:2, 3830:9, 3831:22, 3832:9, 3833:8, 3834:24, 3836:12, 3837:19, 3837:23, 3841:3, 3841:7, 3843:7

# C

**C** [8] - 3805:5, 3805:8, 3805:12, 3805:14, 3805:15, 3805:18, 3805:18, 3808:1
**CA** [1] - 3804:14
**CALIBRATED** [1] - 3830:19
**CALL** [1] - 3813:16
**CALLED** [1] - 3839:11
**CALVIN** [1] - 3805:12
**CAME** [3] - 3824:20, 3824:25, 3840:1
**CAN** [45] - 3808:24, 3810:10, 3810:17, 3810:25, 3811:11, 3813:3, 3813:6, 3813:19, 3817:5, 3817:6, 3817:22, 3817:24, 3818:10, 3821:7, 3822:8, 3822:10, 3822:15, 3823:1, 3823:9, 3823:11, 3823:15, 3823:17, 3824:10, 3824:11, 3824:17, 3824:20, 3825:8, 3826:10, 3827:3, 3828:15, 3829:25, 3832:18, 3833:13, 3834:3, 3834:11, 3835:9, 3836:14,

3836:19, 3837:19, 3840:6, 3842:21, 3843:8
**CAN'T** [4] - 3810:5, 3836:3, 3840:14, 3842:17
**CANAL** [3] - 3825:5, 3825:6, 3830:13
**CANALS** [2] - 3813:11, 3830:12
**CAPABLE** [1] - 3836:5
**CAPTURE** [4] - 3815:18, 3825:18, 3825:21, 3828:3
**CAR** [2] - 3842:16
**CARE** [2] - 3838:25, 3839:3
**CARONDELET** [1] - 3806:2
**CARRE** [2] - 3823:24, 3824:1
**CARROLLTON** [2] - 3827:21, 3833:12
**CASE** [4] - 3831:8, 3839:10, 3839:22, 3839:23
**CAUSE** [1] - 3826:23
**CAUSED** [1] - 3827:25
**CAUSEWAY** [1] - 3824:16
**CAUSING** [2] - 3811:1, 3842:8
**CCR** [3] - 3806:16, 3844:5, 3844:13
**CEASES** [1] - 3826:22
**CERTAIN** [1] - 3829:4
**CERTAINLY** [9] - 3813:11, 3815:1, 3815:3, 3820:20, 3828:22, 3832:21, 3832:25, 3833:8, 3836:8
**CERTIFICATE** [1] - 3844:3
**CERTIFY** [1] - 3844:6
**CETERA** [1] - 3842:1
**CFS** [1] - 3833:16
**CHALLENGE** [1] - 3840:25
**CHALMETTE** [3] - 3808:15, 3816:7, 3821:4
**CHANDELEUR** [3] - 3841:19, 3843:9
**CHANGE** [3] -

3810:10, 3833:8, 3839:3
**CHANGES** [8] - 3833:21, 3833:22, 3834:11, 3838:9, 3838:11, 3839:2, 3842:12, 3842:13
**CHANGING** [1] - 3809:23
**CHARLES** [4] - 3833:2, 3833:3, 3835:3, 3838:5
**CHART** [1] - 3839:1
**CHECK** [1] - 3816:6
**CIRCLE** [5] - 3817:18, 3818:1, 3818:2, 3818:4, 3818:6
**CIRCUIT** [1] - 3839:12
**CITY** [2] - 3805:20, 3830:15
**CITY'S** [1] - 3830:12
**CIVIL** [4] - 3808:8, 3828:17
**CLAIM** [2] - 3835:18, 3836:11
**CLAIMING** [1] - 3837:3
**CLEAR** [3] - 3810:10, 3816:11, 3834:9
**CLEARLY** [1] - 3819:5
**CLERICAL** [1] - 3839:24
**CLERK** [1] - 3808:5
**CLOSE** [4] - 3822:16, 3834:20, 3836:23, 3837:10
**CLOSURE** [3] - 3833:4, 3833:7, 3833:9
**CLUSTER** [1] - 3819:16
**COAST** [2] - 3841:16, 3841:22
**COASTAL** [1] - 3830:20
**COASTLINES** [1] - 3841:13
**CODE** [1] - 3832:12
**CODES** [1] - 3828:15
**COEFFICIENT** [1] - 3821:16
**COLLECTED** [2] - 3820:21
**COLORED** [1] - 3817:18
**COLORS** [1] - 3817:22

**COMBINATION** [1] - 3816:5
**COME** [5] - 3819:21, 3838:18, 3838:24, 3839:9, 3839:14
**COMES** [1] - 3826:4
**COMING** [1] - 3824:13
**COMPARE** [11] - 3815:1, 3815:10, 3816:8, 3816:9, 3816:23, 3820:18, 3822:9, 3823:22, 3824:6, 3827:1, 3841:13
**COMPARED** [5] - 3813:2, 3816:22, 3823:6, 3827:4, 3841:10
**COMPARING** [5] - 3815:4, 3817:4, 3820:16, 3823:12, 3837:20
**COMPARISON** [7] - 3815:5, 3824:4, 3825:4, 3826:7, 3827:16, 3828:9, 3843:3
**COMPARISONS** [1] - 3823:10
**COMPEL** [1] - 3835:17
**COMPLAINED** [1] - 3837:22
**COMPLEX** [1] - 3805:8
**COMPONENTS** [1] - 3820:10
**COMPOSITE** [1] - 3816:15
**COMPUTATIONAL** [1] - 3832:16
**COMPUTE** [1] - 3822:10
**COMPUTED** [1] - 3816:9
**COMPUTER** [3] - 3806:20, 3832:14, 3835:15
**COMPUTERS** [1] - 3834:21
**COMPUTING** [1] - 3817:9
**CONCERN** [1] - 3840:15
**CONCERNED** [2] - 3839:6, 3840:12
**CONCLUDED** [1] - 3808:13
**CONCLUDES** [1] -

3828:9
**CONDITIONS** [1] - 3826:23
**CONDUCTED** [1] - 3830:4
**CONFUSED** [1] - 3836:18
**CONGRATULATORY** [1] - 3829:14
**CONNECTION** [1] - 3813:9
**CONOR** [1] - 3806:7
**CONSISTENCY** [3] - 3832:18, 3832:19, 3832:23
**CONSISTENT** [2] - 3843:2, 3843:4
**CONSISTS** [1] - 3814:25
**CONSTANTLY** [2] - 3837:5, 3838:14
**CONTINUATION** [1] - 3814:4
**CONTINUED** [2] - 3807:7, 3808:11
**CONTOUR** [6] - 3809:9, 3810:11, 3810:14, 3812:11, 3812:12, 3812:13
**CONTOURS** [1] - 3809:10
**CONTRIBUTE** [1] - 3819:12
**CONTRIBUTED** [1] - 3830:18
**CONTROL** [1] - 3809:24
**CONTROLLED** [2] - 3809:24, 3813:11
**CONTROLS** [3] - 3810:1, 3812:14, 3812:23
**COOPERATION** [1] - 3820:23
**CORPS** [6] - 3816:24, 3820:17, 3821:1, 3832:9, 3833:5, 3833:20
**CORPS'** [1] - 3820:16
**CORRECT** [14] - 3809:13, 3810:17, 3813:21, 3813:22, 3814:20, 3816:12, 3816:18, 3817:21, 3834:5, 3834:10, 3834:11, 3838:4, 3839:18, 3844:7
**CORRECTED** [1] - 3838:15

**CORRECTLY** [2] - 3818:16, 3841:20
**CORRELATION** [2] - 3821:16, 3821:17
**CORRESPONDS** [2] - 3825:11, 3825:25
**COULD** [19] - 3808:16, 3808:17, 3812:8, 3812:23, 3813:18, 3814:24, 3815:16, 3817:11, 3818:23, 3821:5, 3825:4, 3828:12, 3829:10, 3831:16, 3831:17, 3832:18, 3833:5, 3836:21, 3843:8
**COULDN'T** [1] - 3835:18
**COUNCIL** [2] - 3828:21, 3830:3
**COUNSEL** [7] - 3829:1, 3831:23, 3838:25, 3839:3, 3840:3, 3840:24
**COUNSEL'S** [1] - 3835:16
**COUPLE** [2] - 3833:25, 3837:22
**COUPLING** [1] - 3828:20
**COURSE** [8] - 3810:4, 3810:6, 3814:7, 3815:8, 3815:21, 3816:5, 3834:12, 3842:1
**COURT** [49] - 3804:1, 3806:16, 3808:7, 3808:21, 3811:3, 3811:14, 3811:23, 3812:1, 3812:3, 3812:16, 3812:20, 3818:9, 3818:13, 3818:21, 3822:6, 3826:21, 3829:1, 3829:4, 3829:17, 3829:21, 3829:23, 3831:3, 3831:8, 3831:21, 3831:23, 3834:1, 3835:13, 3835:19, 3835:25, 3836:2, 3836:7, 3836:14, 3836:17, 3836:20, 3837:3, 3837:4, 3837:13, 3837:14, 3837:19, 3839:6, 3840:6, 3840:21, 3840:23, 3841:1, 3842:24, 3843:15, 3844:5,

3844:6, 3844:14
**COURT'S** [3] - 3808:5, 3813:16, 3839:13
**CREATE** [1] - 3836:22
**CREATED** [1] - 3822:5
**CREWS** [1] - 3821:10
**CRIMINAL** [1] - 3808:7
**CRITICIZED** [1] - 3842:25
**CRITIQUE** [1] - 3842:15
**CROSS** [6] - 3829:10, 3829:16, 3836:3, 3840:13, 3840:25, 3842:20
**CROSS-EXAMINATION** [3] - 3836:3, 3840:25, 3842:20
**CROSS-EXAMINED** [1] - 3829:10
**CROSSED** [1] - 3842:23
**CROSSES** [1] - 3826:16
**CRR** [2] - 3806:16, 3844:13
**CRUDE** [1] - 3841:17
**CULMINATION** [1] - 3816:13
**CURRENT** [2] - 3820:14, 3828:20
**CURVE** [2] - 3823:19, 3826:12
**CUT** [1] - 3842:10
**CYCLE** [1] - 3827:8

# D

**D** [3] - 3806:10, 3807:2, 3808:1
**DALLAS** [1] - 3804:24
**DAME** [1] - 3834:21
**DANGEROUS** [1] - 3831:1
**DANIEL** [1] - 3806:5
**DARK** [2] - 3818:1, 3818:3
**DATA** [41] - 3815:2, 3816:9, 3816:10, 3820:17, 3820:20, 3821:6, 3821:14, 3821:18, 3822:1, 3822:23, 3822:25,

3823:7, 3823:10, 3823:11, 3823:13, 3823:14, 3823:16, 3823:23, 3824:5, 3824:6, 3824:9, 3824:15, 3824:19, 3824:20, 3825:5, 3825:8, 3825:10, 3826:7, 3826:9, 3827:1, 3827:11, 3828:2, 3828:5, 3828:10, 3832:24, 3832:25, 3838:15, 3838:24
**DAY** [1] - 3839:5
**DAYS** [2] - 3829:20, 3837:22
**DC** [1] - 3806:13
**DEAL** [2] - 3829:16, 3839:7
**DEBRIS** [1] - 3817:6
**DECREASED** [1] - 3812:6
**DEEP** [2] - 3841:18, 3842:9
**DEFEND** [1] - 3842:19
**DEFENDANT** [1] - 3806:4
**DEFINED** [1] - 3812:16
**DELFT** [2] - 3841:7, 3841:11
**DEMONSTRATE** [2] - 3837:13, 3839:20
**DENHAM** [1] - 3805:13
**DEPARTMENT** [1] - 3806:4
**DEPICTED** [1] - 3816:16
**DEPOSE** [1] - 3831:17
**DEPOSITION** [2] - 3838:23, 3842:23
**DEPRESSION** [1] - 3811:1
**DEPTH** [4] - 3843:9, 3843:10, 3843:11, 3843:12
**DEPTHS** [2] - 3830:15, 3843:13
**DEPUTY** [1] - 3808:5
**DESCRIBE** [3] - 3825:4, 3826:7, 3832:18
**DESCRIPTIONS** [2] - 3837:8, 3837:9
**DESIGN** [1] - 3833:4
**DESPITE** [1] -

3814:2
**DETAIL** [4] - 3838:6, 3841:9, 3841:24
**DETAILS** [1] - 3833:3
**DETECT** [1] - 3811:7
**DETERMINATION** [1] - 3837:19
**DETERMINED** [1] - 3813:4
**DETERMINING** [1] - 3830:17
**DEVELOP** [1] - 3834:13
**DEVELOPMENT** [1] - 3810:7
**DEVIATION** [3] - 3822:11, 3822:12, 3822:21
**DFIRM** [1] - 3820:22
**DID** [18] - 3815:10, 3815:12, 3817:7, 3823:22, 3824:15, 3824:17, 3827:1, 3827:3, 3827:14, 3828:18, 3828:22, 3830:8, 3833:2, 3833:8, 3834:16, 3835:19, 3837:21, 3838:22
**DIDN'T** [7] - 3812:8, 3814:6, 3817:12, 3831:5, 3831:8, 3837:10, 3840:4
**DIFFERENCE** [8] - 3812:18, 3817:23, 3822:11, 3822:20, 3834:9, 3840:18, 3841:10, 3841:21
**DIFFERENCES** [9] - 3821:5, 3822:22, 3834:2, 3834:4, 3834:5, 3835:5, 3835:7, 3843:9, 3843:10
**DIFFERENT** [8] - 3814:21, 3820:20, 3822:16, 3835:6, 3837:1, 3838:16, 3838:21, 3842:3
**DIFFERENTIAL** [1] - 3812:9
**DIFFICULTY** [1] - 3831:20
**DIG** [1] - 3829:12
**DIMENSIONAL** [2] - 3820:8, 3820:10
**DIP** [1] - 3841:5
**DIRECT** [3] - 3807:7, 3808:11, 3832:21
**DIRECTION** [3] -

3810:10, 3810:18, 3814:10

**DISAGREE** [1] - 3840:9

**DISCUSSION** [1] - 3834:23

**DISSIPATING** [1] - 3842:1

**DISTANCE** [1] - 3812:19

**DISTRICT** [5] - 3804:1, 3804:1, 3804:8, 3844:6

**DIVIDED** [1] - 3812:19

**DO** [34] - 3808:9, 3810:19, 3810:21, 3812:17, 3814:4, 3814:5, 3814:12, 3814:16, 3815:2, 3817:3, 3817:12, 3817:23, 3818:25, 3820:8, 3820:22, 3821:21, 3822:8, 3826:11, 3829:12, 3832:24, 3832:25, 3835:18, 3836:3, 3836:16, 3838:14, 3838:21, 3840:9, 3840:21, 3840:22, 3841:8, 3841:12, 3843:16, 3844:6

**DOCKET** [1] - 3804:3

**DOES** [1] - 3842:16

**DOESN'T** [3] - 3811:6, 3820:8, 3841:15

**DOING** [5] - 3818:12, 3821:14, 3827:19, 3837:7, 3839:9

**DOJ** [1] - 3836:1

**DOMAIN** [1] - 3810:8

**DOMENGEAUX** [1] - 3805:1

**DON'T** [24] - 3808:21, 3811:4, 3811:7, 3811:10, 3811:11, 3814:23, 3818:11, 3819:22, 3821:23, 3824:12, 3827:11, 3828:5, 3829:8, 3829:13, 3836:14, 3836:17, 3838:25, 3839:3, 3839:13, 3840:2, 3840:17, 3840:18, 3841:1, 3842:9

**DONE** [4] - 3833:9, 3834:11, 3835:1, 3839:17

**DOORS** [1] - 3817:17

**DOT** [1] - 3819:3

**DOTS** [2] - 3818:23, 3818:24

**DOUBLE** [1] - 3841:5

**DOWN** [6] - 3812:11, 3814:15, 3824:23, 3825:24, 3831:10

**DR** [7] - 3808:13, 3808:24, 3830:3, 3831:23, 3838:19, 3839:10, 3841:6

**DRAMATIC** [3] - 3819:2, 3840:18, 3841:21

**DRAMATICALLY** [2] - 3812:6, 3813:11

**DRASTICALLY** [1] - 3812:15

**DRAW** [1] - 3814:15

**DRIVERS** [1] - 3810:12

**DROP** [9] - 3810:2, 3810:19, 3819:7, 3823:18, 3824:24, 3825:24, 3826:19, 3826:21, 3827:6

**DROP-OFF** [1] - 3826:19, 3826:21, 3827:6

**DROP-OFFS** [1] - 3819:7

**DROPPED** [2] - 3825:1, 3826:17

**DROPPING** [2] - 3810:6, 3825:24

**DROPPING-DOWN** [1] - 3825:24

**DUDENHEFER** [2] - 3805:4, 3805:5

**DUE** [2] - 3820:1, 3820:13

**DUMAS** [2] - 3805:7, 3805:8

**DURING** [6] - 3815:19, 3816:14, 3819:1, 3823:14, 3833:19, 3834:16

**DUVAL** [1] - 3804:8

---

**E**

**E** [4] - 3806:2, 3807:2, 3808:1

**EARLY** [2] - 3808:14, 3808:18

**EASIER** [1] - 3840:10

**EAST** [12] - 3805:23, 3810:24, 3813:5, 3814:3, 3816:4,

3819:17, 3821:3, 3824:1, 3826:2, 3826:15, 3827:23, 3830:11

**EASTERN** [2] - 3804:1, 3844:6

**EDWARDS** [1] - 3805:1

**EFFECT** [1] - 3810:9

**EFFECTIVE** [2] - 3810:23, 3810:25

**EFFECTIVELY** [1] - 3810:5

**EFFICIENTLY** [1] - 3813:6

**EHRLICH** [1] - 3806:6

**EIGHT** [5] - 3809:14, 3809:21, 3812:13, 3825:9, 3831:9

**EIGHT-FOOT** [1] - 3812:13

**EITHER** [2] - 3808:21, 3839:20

**EL** [1] - 3806:6

**EL-AMIN** [1] - 3806:6

**ELABORATE** [1] - 3812:23

**ELAPSES** [1] - 3809:6

**ELEVATION** [6] - 3808:24, 3809:7, 3812:14, 3813:17, 3813:24, 3816:2

**ELEVATIONS** [2] - 3834:3, 3835:6

**ELEVEN** [3] - 3813:16, 3813:18, 3813:20

**ELISA** [1] - 3805:22

**ELWOOD** [2] - 3805:18, 3805:18

**ENCOMIUM** [1] - 3831:13

**END** [2] - 3838:23, 3839:9

**ENDED** [1] - 3838:23

**ENDS** [1] - 3809:12

**ENERGETIC** [1] - 3815:8

**ENERGY** [1] - 3815:4

**ENGINEERING** [4] - 3828:22, 3830:3, 3830:24, 3832:15

**ENGINEERS** [3] - 3816:24, 3828:17, 3832:9

**ENLARGED** [1] - 3809:21

**ENOUGH** [2] -

3819:22, 3825:18

**ENTERED** [1] - 3830:10

**ENTITLED** [1] - 3844:9

**ENTRANCE** [1] - 3827:17

**EQUAL** [1] - 3821:19

**ERROR** [7] - 3820:12, 3821:25, 3822:14, 3822:24, 3822:25, 3823:1, 3824:9

**ERRORS** [6] - 3822:5, 3822:17, 3822:19, 3822:23

**ESQ** [29] - 3804:13, 3804:16, 3804:19, 3804:20, 3804:23, 3805:1, 3805:5, 3805:8, 3805:12, 3805:15, 3805:15, 3805:18, 3805:22, 3805:23, 3806:1, 3806:2, 3806:6, 3806:6, 3806:7, 3806:7, 3806:8, 3806:8, 3806:9, 3806:9, 3806:10, 3806:10, 3806:11, 3806:11, 3806:12

**ESSENTIAL** [1] - 3833:7

**ESSENTIALLY** [9] - 3812:18, 3813:1, 3826:16, 3828:15, 3832:22, 3835:7, 3836:11, 3841:16, 3842:10

**ESTABLISH** [1] - 3832:18

**ESTABLISHED** [1] - 3816:25

**ESTABLISHING** [1] - 3843:11

**ESTIMATE** [4] - 3822:19, 3823:3, 3824:6, 3825:14

**ESTIMATED** [1] - 3822:5

**ESTIMATES** [1] - 3819:23

**ET** [3] - 3804:2, 3804:5, 3842:1

**EVALUATION** [1] - 3830:5

**EVEN** [6] - 3825:22, 3829:6, 3829:15, 3833:16, 3837:18, 3842:17

**EVENT** [4] - 3815:17, 3816:14, 3817:6, 3833:20

**EVENTS** [1] - 3815:8

**EVENTUALLY** [1] - 3826:4

**EVER** [2] - 3830:18, 3837:11

**EVERY** [3] - 3815:18, 3816:15, 3817:18

**EVERYBODY** [1] - 3840:9

**EVERYTHING** [3] - 3819:1, 3821:12, 3840:10

**EVIDENCE** [3] - 3829:19, 3829:21, 3840:9

**EVILS** [1] - 3831:12

**EXACERBATING** [1] - 3830:14

**EXACT** [2] - 3825:16, 3836:21

**EXACTLY** [2] - 3809:16, 3811:24

**EXAMINATION** [5] - 3807:7, 3808:11, 3836:3, 3840:25, 3842:20

**EXAMINED** [1] - 3829:10

**EXAMINING** [1] - 3835:17

**EXAMPLE** [9] - 3817:6, 3817:14, 3819:15, 3821:15, 3822:10, 3831:18, 3832:14, 3833:2, 3833:11

**EXAMPLES** [1] - 3833:1

**EXCELLENT** [3] - 3817:2, 3817:3, 3817:20

**EXCERPT** [1] - 3832:17

**EXHIBIT** [1] - 3811:23

**EXPERT** [3] - 3811:24, 3838:18, 3839:25

**EXPERTS** [4] - 3831:9, 3840:8, 3840:11, 3841:7

**EXPLAIN** [8] - 3814:25, 3817:22, 3818:24, 3826:12, 3834:12, 3836:19, 3837:4, 3838:21

**EXPLAINING** [2] -

3822:6, 3830:9
**EXPLAINS** [1] - 3841:10
**EXPLANATION** [1] - 3814:24
**EXTENSIVE** [1] - 3832:11
**EXTENSIVELY** [3] - 3828:16, 3832:7, 3832:8
**EXTENT** [2] - 3819:11, 3830:16
**EXTERNAL** [2] - 3828:18, 3832:10
**EXTRANEOUS** [3] - 3811:15, 3811:19, 3811:23
**EXTRAPOLATED** [1] - 3840:14
**EXTREMELY** [1] - 3833:17
**EYE** [1] - 3838:13

## F

**F** [1] - 3806:8
**FACT** [9] - 3809:17, 3812:9, 3814:2, 3814:5, 3834:23, 3837:25, 3841:17, 3841:20, 3843:12
**FAIR** [3] - 3829:13, 3834:4, 3839:16
**FAIRLY** [3] - 3810:14, 3810:24, 3822:3
**FALL** [5] - 3821:12, 3822:2, 3822:13, 3823:9, 3826:3
**FAST** [2] - 3812:19, 3823:8
**FAYARD** [2] - 3805:11, 3805:12
**FEATURE** [1] - 3832:25
**FEEL** [1] - 3820:2
**FEET** [18] - 3809:2, 3809:3, 3809:7, 3809:12, 3809:19, 3812:11, 3816:8, 3816:20, 3818:2, 3818:3, 3818:4, 3820:1, 3822:3, 3825:10, 3825:22, 3828:2, 3828:3
**FELL** [1] - 3824:25
**FEMA** [10] - 3820:19, 3820:21, 3820:22, 3832:9, 3834:17, 3834:21, 3834:22, 3836:23, 3837:8

**FEW** [2] - 3818:23, 3838:8
**FIFTH** [1] - 3839:12
**FIGURE** [2] - 3841:12, 3841:13
**FIGURES** [1] - 3813:13
**FILLING** [2] - 3814:5, 3814:11
**FINAL** [3] - 3829:22, 3830:2, 3830:5
**FINALITY** [1] - 3839:15
**FIND** [3] - 3835:21, 3836:21, 3839:14
**FINE** [2] - 3812:3, 3837:22
**FIRM** [4] - 3804:19, 3805:4, 3805:7, 3805:22
**FIRST** [6] - 3813:23, 3816:23, 3819:17, 3827:8, 3829:20, 3834:15
**FLOOD** [1] - 3833:16
**FLOODING** [9] - 3811:6, 3811:8, 3811:9, 3811:11, 3811:14, 3811:18, 3811:25, 3833:3, 3833:19
**FLORIDA** [1] - 3805:12
**FLOW** [12] - 3809:24, 3814:6, 3814:14, 3820:8, 3820:10, 3827:10, 3841:23, 3841:25, 3842:5, 3842:12
**FLOWED** [2] - 3814:9
**FLOWING** [3] - 3814:7, 3816:5, 3833:15
**FLOWS** [2] - 3815:7, 3824:2
**FLY** [1] - 3831:20
**FOCUSED** [1] - 3808:15
**FOLLOW** [1] - 3832:22
**FOOT** [5] - 3812:11, 3812:12, 3812:13, 3825:9, 3825:22
**FOR** [45] - 3804:12, 3805:22, 3806:4, 3807:4, 3810:14, 3811:15, 3813:8, 3814:8, 3815:7, 3817:6, 3817:14,

3819:15, 3820:21, 3821:1, 3821:15, 3822:10, 3822:23, 3823:11, 3824:9, 3824:19, 3830:20, 3831:13, 3832:14, 3832:18, 3832:21, 3833:2, 3833:4, 3834:5, 3834:10, 3834:15, 3834:17, 3834:20, 3835:2, 3835:10, 3835:11, 3835:20, 3835:21, 3835:22, 3837:8, 3838:1, 3838:15, 3838:9, 3839:11, 3839:21, 3840:10
**FOREGOING** [1] - 3844:7
**FORGET** [1] - 3841:1
**FORGOT** [1] - 3825:16
**FORTH** [3] - 3818:8, 3832:16, 3835:3
**FRANK** [1] - 3805:5
**FRANKLIN** [1] - 3806:13
**FRANKLY** [1] - 3829:11
**FREE** [1] - 3822:25
**FRESHWATER** [1] - 3819:9
**FRICTION** [1] - 3841:25
**FROM** [32] - 3808:7, 3808:17, 3809:6, 3810:22, 3813:1, 3813:14, 3814:3, 3814:7, 3814:10, 3814:15, 3817:14, 3817:24, 3819:17, 3819:18, 3819:19, 3821:8, 3824:15, 3826:2, 3827:1, 3827:22, 3830:2, 3830:10, 3830:11, 3830:23, 3833:19, 3833:24, 3835:5, 3837:11, 3839:1, 3840:14, 3844:8
**FUNCTION** [2] - 3812:23, 3826:22
**FURTHER** [4] - 3810:19, 3814:16, 3814:18, 3828:5

## G

**G** [2] - 3806:10, 3808:1
**GATES** [1] - 3833:9

**GATHERED** [3] - 3816:24, 3820:17, 3820:19
**GAUGE** [18] - 3823:7, 3823:10, 3823:22, 3824:3, 3824:9, 3824:15, 3824:25, 3825:5, 3826:7, 3826:17, 3826:19, 3826:21, 3827:1, 3827:15, 3828:4, 3828:10, 3833:12
**GAUGES** [2] - 3823:11, 3826:24
**GAVE** [3] - 3820:23, 3838:15, 3838:16
**GENERAL** [6] - 3814:14, 3818:18, 3819:10, 3825:2, 3826:12, 3837:9
**GENERALLY** [1] - 3837:16
**GENERATED** [1] - 3830:9
**GENERATES** [1] - 3819:19
**GET** [13] - 3817:7, 3817:10, 3818:5, 3822:18, 3823:3, 3824:12, 3826:1, 3826:3, 3832:24, 3833:5, 3833:19, 3838:4, 3840:7
**GILBERT** [2] - 3805:22, 3805:22
**GIVE** [4] - 3814:24, 3818:10, 3820:10, 3820:11
**GIVEN** [3] - 3815:19, 3827:12, 3839:8
**GIVING** [1] - 3828:19
**GO** [9] - 3808:8, 3808:18, 3809:22, 3813:15, 3821:10, 3823:1, 3823:11, 3833:23, 3841:4
**GOES** [2] - 3813:8, 3826:17
**GOING** [29] - 3809:24, 3811:5, 3811:12, 3811:17, 3811:20, 3813:15, 3814:11, 3819:7, 3819:8, 3819:12, 3821:10, 3824:23, 3825:10, 3829:6, 3829:24, 3833:23, 3837:9, 3839:1, 3839:4, 3839:7,

3839:11, 3839:13, 3841:25, 3842:10, 3842:11, 3842:24, 3842:25, 3843:4, 3843:15
**GOLDEN** [4] - 3810:22, 3813:15, 3813:17, 3813:20
**GONE** [1] - 3843:2
**GOOD** [17] - 3808:6, 3808:7, 3816:9, 3817:3, 3817:12, 3817:19, 3821:17, 3821:20, 3823:19, 3824:5, 3824:11, 3830:8, 3831:18, 3838:19, 3838:22, 3842:22
**GOODNESS** [1] - 3823:4
**GOT** [6] - 3808:22, 3815:19, 3816:14, 3816:18, 3817:15, 3838:14
**GOTTEN** [2] - 3831:16, 3835:18
**GOVERNMENT** [2] - 3805:9, 3807:4
**GPS** [1] - 3822:17
**GRADIENT** [4] - 3809:10, 3812:5, 3812:13, 3812:16
**GRADIENTS** [2] - 3809:24, 3819:6
**GRAND** [4] - 3827:2, 3827:3, 3827:12, 3840:6
**GRAPH** [1] - 3817:18
**GRAPHIC** [2] - 3811:7, 3834:8
**GRAPHICALLY** [1] - 3816:16
**GRAPHICS** [5] - 3811:5, 3811:9, 3831:1, 3838:15, 3842:20
**GREAT** [1] - 3839:7
**GREATER** [1] - 3816:20
**GREEN** [2] - 3818:1, 3818:5
**GREIF** [1] - 3806:7
**GRID** [1] - 3838:2
**GUESS** [1] - 3836:17
**GULF** [2] - 3830:7, 3830:14
**GUY** [1] - 3838:19
**GYRE** [1] - 3810:7

DAILY COPY

# H

**H1** [6] - 3815:17, 3823:13, 3823:17, 3834:9, 3834:10, 3837:21
**HAD** [11] - 3811:24, 3814:1, 3814:5, 3814:8, 3817:2, 3827:23, 3828:7, 3828:17, 3831:16, 3835:22, 3839:25
**HALF** [6] - 3820:1, 3825:22, 3828:2, 3828:3
**HAPPEN** [1] - 3831:12
**HAPPENED** [2] - 3813:5, 3819:1
**HAPPENING** [5] - 3810:3, 3810:21, 3814:1, 3823:20, 3825:7
**HAPPENS** [1] - 3833:15
**HARBOR** [1] - 3830:13
**HAS** [14] - 3812:5, 3812:10, 3812:14, 3814:23, 3821:15, 3824:3, 3831:23, 3832:6, 3832:8, 3832:21, 3833:20, 3841:16, 3841:18
**HAVE** [80] - 3808:8, 3808:21, 3809:9, 3810:3, 3811:6, 3811:8, 3811:10, 3812:11, 3812:12, 3812:17, 3813:14, 3816:2, 3816:9, 3818:1, 3818:25, 3819:22, 3819:24, 3821:21, 3821:23, 3822:14, 3822:25, 3823:2, 3823:11, 3823:17, 3823:18, 3824:5, 3824:9, 3824:11, 3824:13, 3824:15, 3825:8, 3825:15, 3825:17, 3827:7, 3828:1, 3828:3, 3828:5, 3828:11, 3828:13, 3828:16, 3828:24, 3829:10, 3829:11, 3832:11, 3832:14, 3833:17, 3833:21, 3834:6, 3834:18, 3834:23, 3835:14,

3835:17, 3835:23, 3836:2, 3836:14, 3836:16, 3836:17, 3837:2, 3839:2, 3839:8, 3839:15, 3840:9, 3840:23, 3841:1, 3841:15, 3842:9, 3842:11, 3843:15, 3843:16
**HAVEN'T** [1] - 3835:18
**HB-406** [1] - 3806:17
**HE** [18] - 3811:6, 3811:11, 3829:2, 3829:3, 3831:24, 3835:15, 3836:23, 3836:25, 3837:4, 3837:5, 3837:7, 3837:25, 3838:19, 3838:23, 3839:9, 3839:22, 3842:19
**HE'S** [1] - 3842:19
**HEALTHY** [1] - 3827:3
**HEAR** [1] - 3812:8
**HEARD** [4] - 3804:8, 3814:23, 3830:3, 3840:1
**HELP** [1] - 3833:20
**HERE** [53] - 3809:1, 3809:3, 3809:20, 3809:23, 3809:24, 3810:1, 3810:3, 3810:11, 3810:12, 3810:21, 3811:25, 3812:5, 3812:10, 3814:5, 3814:18, 3814:24, 3815:22, 3815:23, 3816:1, 3816:12, 3816:17, 3816:20, 3817:24, 3818:12, 3818:23, 3819:3, 3820:3, 3820:24, 3821:3, 3821:21, 3822:22, 3823:1, 3823:15, 3823:18, 3824:4, 3824:13, 3824:17, 3824:19, 3825:1, 3828:1, 3831:20, 3834:8, 3834:18, 3840:1, 3841:4, 3841:18, 3842:6, 3842:10, 3842:11, 3842:12
**HEREBY** [1] - 3844:6
**HIGH** [46] - 3815:9, 3815:10, 3815:11, 3815:13, 3815:17, 3815:18, 3815:21,

3815:22, 3815:23, 3816:6, 3816:9, 3816:14, 3816:18, 3816:19, 3816:22, 3816:23, 3816:25, 3817:5, 3817:7, 3817:10, 3817:12, 3817:13, 3817:15, 3818:16, 3818:17, 3819:8, 3820:17, 3820:18, 3820:23, 3821:2, 3821:6, 3822:9, 3822:14, 3822:15, 3822:19, 3823:3, 3823:6, 3823:7, 3824:13, 3825:11, 3827:13, 3828:10, 3833:16, 3834:15, 3840:8
**HIGHER** [3] - 3809:11, 3824:19, 3833:18
**HIGHEST** [4] - 3815:19, 3816:16, 3830:18, 3842:4
**HIM** [8] - 3811:10, 3811:15, 3811:17, 3829:10, 3831:17, 3835:17, 3838:22, 3842:23
**HIMSELF** [1] - 3842:19
**HIRED** [1] - 3820:22
**HIS** [19] - 3811:6, 3811:10, 3829:3, 3835:15, 3835:16, 3835:19, 3835:25, 3836:22, 3836:24, 3837:6, 3838:20, 3838:22, 3838:23, 3839:19, 3842:16, 3842:17, 3842:22, 3842:23
**HOLD** [2] - 3811:14, 3842:24
**HONEYCUTT** [1] - 3805:11
**HONOR** [23] - 3808:6, 3808:9, 3811:2, 3811:13, 3812:2, 3828:24, 3829:13, 3829:18, 3830:25, 3836:4, 3836:16, 3836:19, 3837:19, 3838:7, 3838:12, 3839:22, 3839:25, 3840:1, 3840:20, 3841:2, 3842:15, 3843:6, 3843:17

**HONORABLE** [1] - 3804:8
**HOPE** [1] - 3804:13
**HOPEFULLY** [1] - 3808:8
**HOUR** [1] - 3809:6
**HOURS** [1] - 3808:14
**HOW** [22] - 3812:19, 3814:22, 3815:18, 3816:14, 3816:18, 3817:7, 3817:15, 3818:17, 3819:23, 3821:14, 3821:17, 3822:19, 3823:2, 3823:8, 3823:9, 3825:14, 3830:9, 3832:18, 3836:14, 3837:10, 3840:8
**HOWEVER** [3] - 3832:24, 3833:14, 3833:15
**HUGELY** [2] - 3813:9, 3815:21
**HUMPS** [1] - 3841:11
**HURRICANE** [11] - 3809:4, 3815:8, 3815:20, 3816:14, 3817:6, 3823:14, 3828:14, 3830:8, 3830:9, 3830:21, 3834:16
**HYDRAULIC** [1] - 3843:13
**HYDROGRAPH** [2] - 3823:12, 3843:14
**HYDROGRAPHS** [5] - 3815:9, 3815:10, 3815:11, 3841:6

# I

**I** [119] - 3807:2, 3808:1, 3808:8, 3808:9, 3808:16, 3809:18, 3811:4, 3811:5, 3811:7, 3811:8, 3811:10, 3811:11, 3811:14, 3811:17, 3811:19, 3811:20, 3812:8, 3812:9, 3812:16, 3812:23, 3813:16, 3814:21, 3814:22, 3816:12, 3818:10, 3818:16, 3818:23, 3821:7, 3823:11, 3825:16, 3826:16, 3828:12, 3828:15, 3828:24, 3829:3, 3829:4, 3829:6, 3829:8, 3829:11,

3829:12, 3829:17, 3829:18, 3829:20, 3829:24, 3830:25, 3831:4, 3831:6, 3831:10, 3831:11, 3831:17, 3831:18, 3831:19, 3831:21, 3832:8, 3832:17, 3834:2, 3834:8, 3834:11, 3835:14, 3835:18, 3835:19, 3836:2, 3836:4, 3836:14, 3836:17, 3836:19, 3836:25, 3837:16, 3837:19, 3837:21, 3838:20, 3838:21, 3838:22, 3838:25, 3839:2, 3839:3, 3839:6, 3839:7, 3839:10, 3839:13, 3839:16, 3839:18, 3840:6, 3840:9, 3840:10, 3840:12, 3840:16, 3840:18, 3840:20, 3840:22, 3840:23, 3841:8, 3841:12, 3842:17, 3842:21, 3842:24, 3842:25, 3843:1, 3843:2, 3843:3, 3843:4, 3843:15, 3843:16, 3844:5
**I'D** [3] - 3814:21, 3826:11, 3828:11
**I'LL** [2] - 3829:16, 3840:20
**I'M** [6] - 3812:8, 3829:15, 3835:13, 3836:19, 3840:24, 3842:15
**I'VE** [2] - 3839:8, 3843:1
**I-TEN** [1] - 3826:16
**I.E** [4] - 3819:7, 3820:8, 3820:14, 3828:20
**IBOS** [3] - 3806:16, 3844:5, 3844:13
**IDEA** [1] - 3842:21
**IDENTIFIED** [1] - 3830:16
**IF** [42] - 3808:16, 3808:17, 3809:9, 3809:14, 3811:7, 3812:23, 3813:18, 3814:22, 3815:16, 3816:15, 3817:16, 3817:25, 3818:16, 3818:24, 3821:12,

3824:6, 3824:10,
3825:14, 3825:21,
3825:23, 3827:13,
3828:12, 3829:4,
3829:25, 3830:14,
3831:16, 3834:2,
3835:7, 3836:2,
3836:14, 3836:17,
3836:19, 3837:10,
3838:1, 3838:5,
3838:25, 3839:25,
3840:9, 3841:15,
3841:21, 3842:9
   **IHNC** [4] - 3813:3,
3826:7, 3826:9,
3835:11
   **II** [2] - 3805:19,
3806:1
   **ILLUSTRATE** [1] -
3831:20
   **ILLUSTRATED** [1] -
3841:12
   **IMPACT** [3] - 3833:7,
3833:11, 3834:14
   **IMPEACHING** [1] -
3838:22
   **IMPLEMENTED** [1] -
3830:19
   **IMPORTANT** [8] -
3819:5, 3821:24,
3830:7, 3833:4,
3833:17, 3834:13,
3835:16, 3843:10
   **IMPORTANTLY** [2] -
3830:15, 3842:21
   **IMPROVE** [1] -
3833:1
   **IMPROVED** [1] -
3833:5
   **IMPROVING** [1] -
3830:22
   **IN** [170] - 3808:5,
3808:14, 3808:15,
3808:17, 3808:19,
3809:3, 3809:5,
3809:17, 3810:7,
3810:10, 3810:11,
3810:12, 3810:19,
3810:23, 3811:1,
3811:20, 3812:18,
3812:24, 3813:2,
3813:4, 3813:9,
3813:10, 3813:13,
3813:17, 3813:20,
3813:24, 3814:5,
3814:6, 3814:11,
3815:19, 3815:22,
3816:2, 3816:5,
3816:12, 3816:13,
3816:18, 3816:20,

3816:25, 3817:1,
3817:5, 3817:9,
3817:14, 3818:17,
3818:19, 3819:10,
3819:14, 3820:4,
3820:5, 3820:13,
3821:3, 3821:9,
3821:23, 3822:6,
3822:14, 3822:23,
3822:24, 3824:21,
3825:10, 3825:12,
3826:3, 3826:10,
3827:4, 3827:6,
3827:11, 3827:13,
3828:7, 3828:19,
3828:21, 3828:25,
3829:14, 3829:19,
3829:21, 3829:25,
3830:6, 3830:12,
3830:14, 3830:17,
3830:18, 3831:2,
3831:16, 3831:25,
3832:4, 3832:7,
3832:11, 3832:12,
3832:13, 3832:15,
3833:3, 3833:6,
3833:11, 3833:13,
3833:14, 3833:15,
3833:21, 3833:23,
3833:25, 3834:7,
3834:9, 3834:12,
3834:14, 3834:22,
3834:23, 3834:24,
3835:1, 3835:3,
3835:4, 3835:16,
3836:6, 3836:7,
3836:11, 3836:13,
3836:22, 3836:24,
3837:20, 3838:2,
3838:6, 3838:8,
3838:9, 3838:13,
3838:16, 3838:18,
3838:20, 3838:23,
3838:24, 3839:14,
3839:18, 3839:19,
3839:22, 3839:24,
3840:6, 3840:9,
3840:17, 3841:5,
3841:6, 3841:9,
3841:10, 3841:12,
3841:14, 3841:17,
3841:19, 3841:20,
3841:24, 3842:4,
3842:5, 3842:16,
3842:17, 3842:21,
3842:22, 3842:23,
3843:9, 3843:10,
3843:11, 3843:12,
3843:13, 3844:8
   **INADVERTENTLY**

[4] - 3836:13, 3836:22,
3836:24, 3838:20
   **INCHES** [2] - 3834:7,
3835:7
   **INCLUDE** [1] -
3817:7
   **INCLUSION** [1] -
3836:12
   **INCOMING** [1] -
3808:14
   **INCORPORATE** [2] -
3822:23, 3833:22
   **INCORRECTLY** [1] -
3843:12
   **INCREASE** [1] -
3816:2
   **INDEPENDENT** [1] -
3830:4
   **INDICATE** [1] -
3817:25
   **INDICATES** [2] -
3824:25, 3834:19
   **INDICATING** [2] -
3810:11, 3818:12
   **INDICATING** [27] -
3809:3, 3809:11,
3810:2, 3810:4,
3810:25, 3812:6,
3812:13, 3814:8,
3814:15, 3815:23,
3816:21, 3817:25,
3819:4, 3820:6,
3820:24, 3821:4,
3821:23, 3822:24,
3823:19, 3824:14,
3824:22, 3825:3,
3827:11, 3828:4,
3841:19, 3842:8,
3842:12
   **INDICATIVE** [1] -
3825:6
   **INDIVIDUAL** [1] -
3815:7
   **INDIVIDUALLY** [1] -
3815:4
   **INDUCED** [1] -
3821:22
   **INFINITELY** [1] -
3836:5
   **INFLUENCE** [1] -
3838:4
   **INFORMATION** [5] -
3823:2, 3829:7,
3829:14, 3831:1,
3831:12
   **INLAND** [1] -
3819:11
   **INNER** [1] - 3830:13
   **INSIDE** [3] - 3817:15,
3817:16

   **INSTEAD** [1] -
3825:25
   **INSTRUMENTAL** [1]
- 3828:19
   **INSURERS** [1] -
3805:22
   **INTACT** [1] - 3817:17
   **INTERACTION** [1] -
3820:14
   **INTEREST** [1] -
3838:9
   **INTERIOR** [1] -
3818:16
   **INTERNAL** [1] -
3832:9
   **INTERPRETATION**
[1] - 3822:17
   **INTO** [22] - 3809:25,
3813:7, 3814:2,
3814:13, 3814:21,
3819:7, 3826:5,
3826:16, 3827:17,
3827:18, 3827:22,
3827:24, 3828:6,
3829:12, 3830:10,
3830:11, 3830:12,
3832:25, 3835:2,
3842:7, 3843:2
   **INTRODUCED** [1] -
3829:19
   **INUNDATION** [1] -
3830:15
   **IPET** [12] - 3817:1,
3821:1, 3828:17,
3830:5, 3830:6,
3830:8, 3830:15,
3830:19, 3831:5,
3831:25, 3832:6
   **IRISH** [2] - 3826:14,
3826:15
   **IS** [137] - 3808:20,
3808:24, 3809:4,
3809:20, 3809:23,
3810:3, 3810:9,
3810:21, 3810:23,
3812:4, 3813:2,
3813:4, 3813:8,
3813:20, 3814:13,
3814:17, 3814:19,
3815:1, 3815:17,
3815:21, 3816:12,
3817:3, 3817:10,
3817:12, 3817:16,
3817:18, 3817:23,
3818:17, 3818:24,
3819:3, 3819:5,
3819:6, 3819:7,
3819:12, 3819:14,
3819:24, 3820:7,
3820:9, 3820:16,

3820:20, 3821:14,
3821:18, 3821:22,
3821:23, 3821:24,
3821:25, 3822:9,
3822:17, 3823:5,
3823:12, 3823:16,
3823:19, 3823:20,
3823:24, 3824:3,
3824:4, 3824:8,
3824:18, 3825:2,
3825:7, 3826:1,
3826:15, 3827:10,
3827:12, 3827:17,
3827:22, 3828:6,
3828:25, 3829:2,
3829:3, 3829:4,
3829:7, 3829:19,
3829:22, 3830:2,
3831:5, 3831:6,
3831:13, 3831:14,
3831:18, 3831:24,
3832:3, 3832:5,
3833:11, 3833:14,
3833:15, 3833:16,
3834:1, 3834:4,
3834:10, 3834:19,
3835:10, 3836:6,
3836:8, 3836:10,
3836:11, 3836:23,
3837:3, 3837:4,
3837:5, 3837:13,
3837:15, 3837:23,
3837:24, 3838:7,
3838:13, 3838:19,
3838:21, 3839:2,
3839:6, 3839:8,
3839:21, 3839:22,
3840:13, 3840:17,
3841:19, 3841:22,
3841:25, 3842:2,
3842:16, 3842:19,
3842:22, 3844:7
   **ISLANDS** [4] -
3841:17, 3841:19,
3841:24, 3842:2
   **ISLE** [3] - 3827:2,
3827:3, 3827:13
   **ISN'T** [3] - 3808:21,
3822:25, 3836:8
   **ISSUE** [1] - 3837:2
   **IT** [68] - 3808:21,
3808:22, 3809:2,
3811:7, 3811:10,
3811:20, 3812:10,
3812:17, 3813:19,
3814:5, 3814:6,
3814:7, 3814:9,
3815:19, 3816:16,
3816:23, 3817:6,
3818:1, 3818:9,

3819:7, 3820:21, 3821:12, 3821:15, 3822:25, 3823:8, 3823:9, 3824:3, 3824:6, 3824:19, 3825:1, 3826:4, 3826:9, 3826:22, 3827:8, 3829:7, 3829:8, 3829:10, 3829:14, 3829:20, 3829:23, 3829:25, 3830:17, 3831:8, 3831:17, 3831:21, 3832:1, 3832:5, 3832:8, 3832:21, 3832:25, 3834:21, 3835:16, 3836:3, 3836:8, 3838:8, 3838:21, 3840:8, 3841:15, 3841:18, 3842:1, 3842:12, 3843:1

**IT'LL** [1] - 3840:10

**IT'S** [39] - 3809:2, 3809:5, 3809:8, 3809:10, 3810:23, 3811:9, 3812:11, 3812:18, 3813:5, 3814:10, 3816:1, 3816:13, 3816:15, 3816:18, 3819:8, 3821:10, 3829:6, 3829:7, 3829:8, 3829:13, 3829:15, 3829:21, 3829:25, 3830:23, 3831:1, 3832:22, 3832:24, 3834:5, 3834:19, 3835:16, 3836:7, 3837:1, 3837:18, 3837:25, 3838:25, 3841:12, 3842:25

**ITS** [7] - 3808:19, 3813:19, 3816:1, 3828:6, 3832:20, 3837:19, 3842:13

**ITSELF** [1] - 3823:4

**J**

**J** [1] - 3806:1
**JAMES** [2] - 3805:1, 3806:8
**JANUARY** [1] - 3838:23
**JEFFERSON** [1] - 3805:2
**JEFFREY** [1] - 3806:6
**JOB** [2] - 3830:8, 3838:22

**JOHANNES** [1] - 3807:5
**JOHN** [1] - 3806:12
**JONATHAN** [1] - 3804:19
**JOSEPH** [2] - 3804:16, 3804:16
**JOSHUA** [1] - 3805:15
**JOURNAL** [2] - 3829:12, 3832:15
**JOURNALS** [2] - 3832:7, 3832:13
**JR** [7] - 3804:8, 3805:5, 3805:12, 3805:18, 3805:18, 3806:5, 3806:8
**JUDGE** [2] - 3804:8, 3814:23
**JUDGED** [1] - 3817:19
**JUDGMENT** [1] - 3839:11
**JUST** [27] - 3808:17, 3808:18, 3809:2, 3809:4, 3809:20, 3812:9, 3812:23, 3813:15, 3813:16, 3814:24, 3816:11, 3816:16, 3820:25, 3825:9, 3828:23, 3829:13, 3831:4, 3831:17, 3834:9, 3835:14, 3837:4, 3837:10, 3840:12, 3841:5, 3841:8, 3843:8
**JUSTICE** [1] - 3806:4

**K**

**K** [2] - 3806:9, 3806:11
**KALIMAH** [1] - 3806:6
**KARA** [1] - 3806:9
**KAREN** [3] - 3806:16, 3844:5, 3844:13
**KATRINA** [8] - 3822:19, 3823:14, 3828:14, 3830:9, 3830:16, 3833:20, 3834:16, 3839:17
**KATRINA'S** [1] - 3830:17
**KATRINA-LIKE** [1] - 3833:20
**KEA** [1] - 3804:20
**KELLS** [1] - 3806:7
**KEPT** [1] - 3818:19

**KIND** [3] - 3827:10, 3838:19, 3839:3
**KINDS** [2] - 3822:10, 3822:18
**KNOW** [13] - 3812:16, 3818:25, 3819:12, 3831:10, 3831:12, 3831:16, 3835:21, 3837:12, 3838:9, 3838:19, 3839:9, 3840:12, 3840:16
**KNOWS** [1] - 3831:24

**L**

**L2007** [1] - 3835:10
**LA** [9] - 3804:17, 3804:21, 3805:3, 3805:6, 3805:10, 3805:13, 3805:16, 3805:20, 3806:3
**LABRANCHE** [4] - 3823:22, 3823:23, 3823:24, 3824:2
**LACK** [1] - 3841:9
**LAFAYETTE** [1] - 3805:3
**LAKE** [21] - 3809:25, 3814:11, 3816:3, 3819:16, 3819:20, 3819:25, 3823:21, 3823:25, 3824:7, 3824:15, 3825:7, 3825:12, 3825:19, 3826:1, 3826:5, 3826:15, 3826:17, 3827:4, 3830:11, 3842:7
**LANDFALL** [2] - 3809:4, 3809:5
**LARGE** [4] - 3813:2, 3813:6, 3813:9, 3830:17
**LARGEST** [1] - 3821:25
**LAST** [7] - 3814:18, 3820:7, 3831:12, 3833:25, 3834:21, 3835:15, 3837:21
**LAST-MINUTE** [1] - 3831:12
**LATER** [2] - 3826:12, 3838:24
**LATITUDE** [1] - 3839:8
**LAW** [5] - 3804:16, 3804:19, 3805:4, 3805:7, 3805:18
**LAWN** [1] - 3804:23

**LAWYER'S** [1] - 3805:8
**LAWYERS** [1] - 3829:12
**LEADING** [2] - 3832:7, 3832:13
**LEADS** [1] - 3827:18
**LEAST** [2] - 3811:8, 3839:18
**LEFT** [2] - 3808:16, 3834:24
**LEGAL** [1] - 3839:15
**LENGTHY** [1] - 3814:24
**LESS** [3] - 3809:12, 3810:15, 3843:12
**LESSER** [1] - 3819:11
**LET** [2] - 3831:1, 3838:20
**LET'S** [9] - 3809:22, 3815:13, 3816:22, 3816:23, 3822:1, 3834:15, 3841:4, 3843:14
**LEVEE** [13] - 3808:25, 3809:2, 3809:7, 3810:4, 3810:5, 3810:15, 3810:16, 3816:7, 3821:4, 3828:7, 3834:19, 3835:6
**LEVEES** [6] - 3808:16, 3819:15, 3819:24, 3825:19, 3827:24, 3835:5
**LEVEL** [9] - 3811:1, 3812:10, 3813:4, 3824:8, 3824:18, 3824:20, 3825:17, 3832:22, 3832:23
**LEVELS** [10] - 3810:1, 3810:6, 3812:19, 3813:10, 3813:12, 3817:10, 3817:13, 3824:18, 3835:4, 3840:7
**LEVINE** [1] - 3806:8
**LIFE** [1] - 3840:10
**LIGHT** [1] - 3818:5
**LIKE** [16] - 3809:2, 3809:8, 3812:11, 3813:16, 3814:21, 3818:9, 3819:24, 3826:11, 3828:11, 3829:18, 3832:17, 3833:20, 3838:1, 3838:12, 3843:1
**LINE** [5] - 3817:6, 3817:7, 3821:13,

3823:16
**LINED** [1] - 3810:14
**LINES** [3] - 3810:11, 3810:14, 3820:4
**LITIGATION** [1] - 3806:1
**LITTLE** [19] - 3809:11, 3809:17, 3809:20, 3817:18, 3824:1, 3824:5, 3826:10, 3826:14, 3826:15, 3827:7, 3827:15, 3827:20, 3834:9, 3835:5, 3837:25, 3838:12, 3838:25, 3840:12, 3843:2
**LLC** [2] - 3805:4, 3805:22
**LOCALIZED** [1] - 3816:2
**LOCALLY** [1] - 3833:1
**LOCATION** [5] - 3816:15, 3816:19, 3817:19, 3818:10, 3818:12
**LOCATIONS** [3] - 3817:14, 3823:13, 3824:7
**LOCK** [1] - 3826:8
**LONGER** [1] - 3810:14
**LOOK** [31] - 3809:9, 3811:7, 3815:3, 3815:7, 3815:9, 3815:10, 3815:13, 3815:18, 3816:3, 3816:6, 3816:22, 3822:1, 3822:8, 3822:15, 3827:13, 3831:5, 3833:10, 3834:3, 3834:15, 3835:2, 3835:9, 3836:14, 3837:10, 3837:11, 3838:10, 3839:16, 3841:4, 3841:15, 3841:21, 3843:14
**LOOKED** [3] - 3822:19, 3825:11, 3835:1
**LOOKING** [10] - 3808:13, 3816:12, 3817:15, 3827:4, 3833:3, 3833:21, 3835:23, 3837:11, 3837:20, 3838:5
**LOOKS** [4] - 3809:2, 3809:8, 3812:10,

3818:9
  **LOS** [1] - 3804:14
  **LOST** [1] - 3829:23
  **LOT** [7] - 3814:23,
3817:14, 3819:6,
3820:12, 3827:23,
3840:10, 3843:13
  **LOUIS** [2] - 3815:22,
3842:5
  **LOUISIANA** [5] -
3804:1, 3804:4,
3806:17, 3841:14,
3844:6
  **LOW** [6] - 3813:19,
3819:6, 3821:21,
3824:6, 3833:14
  **LOWER** [3] - 3815:3,
3824:8
  **LOWEST** [1] -
3842:13
  **LUNCH** [1] - 3843:19

**M**

**M** [3] - 3804:16,
3804:16, 3805:15
  **MACRO** [1] -
3838:10
  **MADE** [5] - 3828:6,
3833:24, 3835:3,
3837:2, 3838:19
  **MAIN** [2] - 3805:16,
3808:22
  **MAJOR** [1] - 3835:2
  **MAKE** [4] - 3837:19,
3838:3, 3839:23,
3840:10
  **MAKES** [2] - 3809:4,
3837:25
  **MAKING** [4] -
3809:5, 3816:1,
3838:8, 3840:16
  **MALFUNCTION** [1] -
3826:24
  **MALFUNCTIONED**
[1] - 3828:5
  **MANCHAC** [1] -
3823:21
  **MANY** [1] - 3826:24
  **MAP** [1] - 3818:11
  **MARC** [1] - 3806:8
  **MARK** [7] - 3817:5,
3817:19, 3818:16,
3818:17, 3819:8,
3820:17, 3821:6
  **MARKER** [1] -
3816:18
  **MARKS** [24] -
3815:9, 3815:10,
3815:11, 3815:13,

3816:9, 3816:22,
3816:23, 3816:25,
3817:3, 3817:11,
3817:13, 3818:19,
3820:12, 3820:18,
3820:24, 3822:9,
3822:15, 3823:3,
3823:6, 3823:7,
3825:11, 3827:13,
3828:10
  **MARSH** [2] - 3816:1,
3819:11
  **MARSHAL** [1] -
3843:18
  **MARSHES** [1] -
3818:15
  **MASSIVE** [1] -
3833:13
  **MATCH** [1] - 3826:13
  **MATCHED** [1] -
3826:9
  **MATCHES** [2] -
3824:19, 3827:8
  **MATCHING** [2] -
3826:18, 3827:20
  **MATERIALS** [1] -
3840:14
  **MATTER** [1] - 3844:9
  **MAUREPAS** [1] -
3819:11
  **MAXIMUM** [2] -
3834:15, 3835:4
  **MAY** [13] - 3804:4,
3808:2, 3820:7,
3820:10, 3820:11,
3829:11, 3831:8,
3833:19, 3838:2,
3838:6, 3839:9,
3839:10, 3840:3
  **MAYBE** [6] - 3809:8,
3809:11, 3810:10,
3819:1, 3819:11,
3839:13
  **MCCONNON** [1] -
3806:8
  **ME** [7] - 3811:15,
3818:10, 3832:6,
3836:25, 3838:20,
3839:1, 3840:10
  **MEAN** [4] - 3817:5,
3817:6, 3829:3,
3837:21
  **MEANS** [6] -
3812:24, 3818:1,
3818:6, 3824:20,
3826:22, 3840:6
  **MEANTIME** [1] -
3814:6
  **MEASURE** [2] -
3821:17, 3822:22

**MEASURED** [12] -
3815:2, 3817:24,
3821:8, 3821:9,
3821:11, 3821:18,
3822:9, 3823:13,
3823:16, 3824:5,
3824:6, 3830:18
  **MEASUREMENTS**
[2] - 3815:5, 3815:6
  **MEASURES** [1] -
3821:14
  **MECHANICAL** [1] -
3806:20
  **MECHANICS** [1] -
3832:15
  **MECHANISM** [2] -
3841:23
  **MENTIONED** [3] -
3812:22, 3813:14,
3823:6
  **MERELY** [1] -
3840:16
  **METERS** [1] -
3825:16
  **METHODOLOGIES**
[1] - 3832:12
  **METHODS** [1] -
3832:15
  **METRO** [1] - 3830:10
  **MEXICO** [1] - 3830:7
  **MICHAEL** [3] -
3805:14, 3805:15,
3806:5
  **MICHELE** [1] -
3806:7
  **MICRO** [1] - 3838:9
  **MIDLAKE** [1] -
3824:15
  **MIGHT** [3] - 3812:25,
3838:8, 3839:10
  **MILLER** [1] - 3806:9
  **MINE** [2] - 3808:21,
3842:22
  **MINIMAL** [1] -
3838:11
  **MINOR** [4] - 3830:14,
3834:1, 3834:4,
3835:6
  **MINUS** [2] - 3822:3,
3822:13
  **MINUTE** [1] -
3831:12
  **MINUTES** [1] -
3809:5
  **MISLEADING** [2] -
3831:6, 3831:15
  **MISSING** [5] -
3819:13, 3819:14,
3819:25, 3825:23,
3827:19

**MISSISSIPPI** [15] -
3813:24, 3815:23,
3820:22, 3827:17,
3827:18, 3827:21,
3828:7, 3830:13,
3833:11, 3835:11,
3838:1, 3838:3,
3838:4, 3841:16,
3841:22
  **MISTAKES** [3] -
3838:20, 3839:23,
3839:24
  **MITIGATION** [1] -
3830:23
  **MITSCH** [1] - 3806:9
  **MIX** [1] - 3819:8
  **MODEL** [67] -
3814:22, 3814:23,
3814:25, 3815:1,
3815:11, 3815:14,
3815:17, 3816:22,
3817:23, 3820:16,
3820:18, 3821:6,
3821:8, 3822:5,
3822:7, 3822:9,
3822:22, 3823:4,
3823:6, 3823:10,
3823:16, 3823:17,
3824:19, 3825:4,
3826:8, 3827:1,
3828:9, 3828:12,
3828:14, 3828:21,
3829:2, 3829:3,
3829:7, 3829:9,
3831:13, 3831:24,
3831:25, 3832:1,
3832:3, 3832:7,
3832:18, 3832:19,
3832:22, 3832:25,
3833:9, 3833:22,
3833:24, 3834:9,
3834:10, 3834:20,
3834:22, 3834:24,
3835:9, 3835:10,
3837:6, 3837:9,
3837:24, 3839:17,
3839:21, 3841:10,
3841:20
  **MODEL'S** [1] -
3823:5
  **MODELING** [4] -
3828:18, 3839:9,
3841:11
  **MODELLED** [4] -
3825:1, 3825:2,
3826:9, 3826:19
  **MODELS** [15] -
3815:2, 3815:3,
3819:23, 3820:14,
3820:15, 3825:17,

3828:16, 3830:20,
3832:12, 3832:14,
3832:24, 3837:10,
3839:14, 3840:17
  **MODIFICATIONS** [1]
- 3833:24
  **MONTHLY** [1] -
3832:13
  **MONTHS** [1] -
3838:24
  **MORE** [13] - 3809:17,
3809:20, 3810:15,
3810:25, 3820:11,
3823:7, 3834:9,
3838:6, 3839:4,
3839:7, 3841:23,
3842:11, 3842:21
  **MORGAN** [1] -
3805:20
  **MORNING** [8] -
3804:9, 3808:3,
3808:6, 3808:7,
3808:14, 3808:18,
3811:4, 3838:15
  **MOST** [7] - 3814:8,
3818:9, 3819:2,
3819:14, 3820:12,
3822:2, 3834:5
  **MOUND** [1] -
3815:25
  **MOVE** [7] - 3809:14,
3809:17, 3813:3,
3813:6, 3814:21,
3816:11, 3840:20
  **MR** [48] - 3807:7,
3808:6, 3808:9,
3808:12, 3808:23,
3811:2, 3811:4,
3811:12, 3811:17,
3811:19, 3811:22,
3811:24, 3811:25,
3812:2, 3812:7,
3812:21, 3818:22,
3826:25, 3828:24,
3829:2, 3829:10,
3829:18, 3829:22,
3829:24, 3830:25,
3831:4, 3831:10,
3831:22, 3835:14,
3835:20, 3836:4,
3836:10, 3836:16,
3836:19, 3836:21,
3837:18, 3838:12,
3839:19, 3840:20,
3840:22, 3840:24,
3841:2, 3841:3,
3842:15, 3843:6,
3843:7, 3843:17
  **MRGO** [8] - 3806:1,
3808:16, 3813:3,

3814:7, 3816:7, 3821:3, 3833:4, 3833:7

**MUCH** [9] - 3815:3, 3819:23, 3825:14, 3827:5, 3833:5, 3833:18, 3840:8, 3841:23, 3842:11

**MUST** [1] - 3835:16

**MY** [7] - 3808:8, 3808:9, 3808:20, 3817:10, 3831:19, 3840:14, 3844:8

**MYER** [1] - 3806:10

## N

**N** [2] - 3807:2, 3808:1

**NATIONAL** [5] - 3828:21, 3828:22, 3830:2, 3830:3, 3830:24

**NAVIGATION** [1] - 3830:13

**NEAR** [4] - 3818:14, 3819:15, 3823:24, 3825:18

**NECESSARILY** [1] - 3829:8

**NEED** [1] - 3814:23

**NEVER** [3] - 3839:15, 3840:13, 3842:23

**NEW** [18] - 3804:2, 3804:17, 3804:21, 3805:6, 3805:24, 3806:3, 3806:17, 3811:5, 3811:9, 3830:10, 3830:21, 3831:1, 3832:24, 3836:5, 3838:14, 3838:24

**NEXT** [4] - 3815:16, 3816:11, 3820:20, 3835:2

**NICELY** [2] - 3825:1, 3841:12

**NIGHT** [1] - 3838:17

**NINE** [2] - 3809:22, 3812:12

**NINE-FOOT** [1] - 3812:12

**NO** [9] - 3804:3, 3809:19, 3810:14, 3811:22, 3832:1, 3836:17, 3836:25, 3837:11, 3838:21

**NOAA** [1] - 3824:3

**NOON** [1] - 3814:4

**NORMAN** [1] -

3804:2

**NORTH** [7] - 3815:25, 3819:19, 3819:20, 3827:12, 3830:11, 3830:18

**NORTHEAST** [2] - 3815:25, 3819:18

**NOT** [44] - 3808:20, 3809:16, 3811:6, 3811:12, 3811:15, 3811:17, 3811:19, 3811:20, 3816:12, 3816:13, 3818:15, 3818:25, 3820:13, 3821:10, 3825:18, 3828:25, 3829:4, 3829:6, 3829:15, 3833:8, 3835:16, 3835:20, 3836:6, 3836:7, 3836:10, 3836:21, 3837:1, 3837:14, 3837:18, 3838:21, 3839:1, 3839:4, 3839:7, 3839:18, 3839:19, 3839:21, 3840:13, 3841:5, 3841:20, 3842:16, 3842:21, 3842:22

**NOTCH** [1] - 3827:10

**NOTE** [2] - 3829:17, 3831:21

**NOTED** [1] - 3817:9

**NOTING** [1] - 3843:4

**NOTRE** [1] - 3834:21

**NOVEMBER** [1] - 3835:1

**NOW** [31] - 3808:21, 3809:15, 3809:23, 3810:15, 3810:22, 3813:13, 3813:14, 3814:10, 3814:13, 3814:21, 3816:3, 3816:8, 3817:11, 3818:23, 3818:25, 3819:17, 3820:16, 3822:22, 3823:12, 3823:15, 3824:17, 3825:14, 3826:1, 3826:17, 3828:11, 3830:25, 3832:17, 3835:1, 3835:2, 3841:21, 3842:4

**NUMBER** [5] - 3815:2, 3817:5, 3822:12, 3825:16, 3838:13

**NUMBERED** [1] - 3844:9

**NUMBERS** [3] -

3822:13, 3822:24, 3823:2

**NUMEROUS** [1] - 3833:9

**NY** [1] - 3805:24

## O

**O** [4] - 3805:2, 3805:19, 3806:12, 3808:1

**O'BRIEN** [1] - 3805:23

**O'CLOCK** [12] - 3809:6, 3809:14, 3809:21, 3809:22, 3810:19, 3813:15, 3813:16, 3813:19, 3813:20, 3814:12, 3814:16, 3814:18

**O'DONNELL** [16] - 3804:12, 3804:13, 3811:2, 3811:4, 3811:19, 3811:25, 3812:2, 3828:24, 3829:10, 3830:25, 3831:4, 3831:10, 3835:14, 3836:4, 3838:12, 3842:15

**OAK** [1] - 3804:23

**OBJECT** [5] - 3811:5, 3811:8, 3828:24, 3830:25, 3835:14

**OBJECTION** [4] - 3829:17, 3831:19, 3836:7, 3843:4

**OBTAIN** [1] - 3832:19

**OBTAINED** [2] - 3815:14, 3816:8

**OBVIOUSLY** [1] - 3835:16

**OCCURRED** [2] - 3816:20, 3833:21

**OCCURRING** [1] - 3814:9

**OCEAN** - 3814:13

**OF** [226] - 3804:1, 3804:5, 3804:7, 3804:16, 3805:18, 3806:4, 3808:14, 3808:19, 3810:4, 3810:6, 3810:7, 3810:9, 3810:18, 3811:1, 3811:6, 3811:8, 3813:5, 3813:13, 3813:23, 3813:24, 3814:4, 3814:7, 3814:8, 3814:9, 3814:10,

3814:14, 3814:17, 3814:25, 3815:2, 3815:8, 3815:21, 3815:25, 3816:5, 3816:14, 3816:15, 3816:18, 3816:23, 3816:24, 3817:1, 3817:5, 3817:9, 3817:14, 3817:15, 3817:16, 3818:17, 3819:2, 3819:6, 3819:8, 3819:11, 3819:15, 3819:16, 3819:20, 3819:23, 3819:24, 3819:25, 3820:1, 3820:3, 3820:7, 3820:12, 3820:23, 3821:2, 3821:3, 3821:5, 3821:14, 3821:15, 3821:17, 3821:21, 3822:1, 3822:2, 3822:6, 3822:8, 3822:10, 3822:12, 3822:18, 3822:19, 3823:2, 3823:3, 3823:4, 3823:5, 3823:20, 3823:21, 3823:25, 3824:1, 3824:6, 3824:12, 3825:2, 3825:4, 3825:6, 3825:7, 3825:12, 3825:14, 3825:16, 3825:17, 3825:19, 3825:25, 3826:7, 3826:15, 3826:19, 3826:21, 3826:24, 3827:7, 3827:10, 3827:12, 3827:15, 3827:23, 3828:2, 3828:7, 3828:9, 3828:12, 3828:13, 3828:17, 3828:18, 3828:20, 3828:22, 3829:2, 3829:11, 3829:15, 3829:20, 3830:3, 3830:4, 3830:5, 3830:7, 3830:8, 3830:13, 3830:16, 3830:19, 3830:21, 3830:24, 3831:5, 3831:6, 3831:12, 3831:14, 3831:18, 3831:20, 3831:24, 3832:2, 3832:3, 3832:6, 3832:9, 3832:13, 3832:14, 3832:15, 3832:17, 3832:22, 3832:23,

3833:3, 3833:7, 3833:11, 3833:18, 3833:21, 3833:23, 3833:24, 3833:25, 3834:2, 3834:3, 3834:7, 3834:12, 3834:13, 3834:14, 3834:15, 3834:21, 3834:23, 3835:1, 3835:5, 3835:7, 3835:9, 3836:5, 3836:12, 3837:2, 3837:8, 3837:13, 3837:22, 3838:7, 3838:9, 3838:13, 3838:19, 3838:22, 3838:23, 3839:2, 3839:3, 3839:4, 3839:7, 3839:19, 3839:20, 3839:21, 3840:7, 3841:9, 3841:18, 3841:24, 3842:1, 3842:2, 3842:5, 3842:10, 3842:15, 3843:11, 3843:13, 3844:6, 3844:7, 3844:8

**OFF** [12] - 3808:16, 3811:4, 3819:2, 3823:25, 3824:25, 3825:2, 3826:18, 3826:19, 3826:21, 3827:6, 3834:21, 3835:15

**OFFICE** [3] - 3804:16, 3805:18, 3806:1

**OFFICIAL** [3] - 3806:16, 3844:5, 3844:14

**OFFS** [1] - 3819:7

**OKAY** [8] - 3808:22, 3812:1, 3812:2, 3815:15, 3818:21, 3829:1, 3831:3, 3834:18

**OLD** [1] - 3811:7

**ON** [57] - 3808:15, 3808:21, 3811:7, 3812:23, 3814:15, 3815:22, 3816:4, 3816:11, 3817:15, 3817:18, 3818:11, 3818:23, 3819:16, 3819:23, 3819:24, 3820:3, 3821:3, 3821:11, 3821:12, 3821:21, 3823:21, 3824:6, 3824:18, 3824:25, 3825:1,

DAILY COPY

3825:12, 3825:16, 3825:19, 3826:15, 3826:16, 3827:7, 3827:12, 3827:19, 3827:21, 3829:3, 3829:16, 3829:20, 3829:25, 3830:21, 3831:20, 3833:7, 3833:12, 3833:18, 3834:8, 3834:14, 3835:7, 3839:11, 3839:16, 3840:10, 3840:13, 3840:20, 3840:25, 3842:1, 3842:10

**ONCE** [1] - 3818:19
**ONE** [17] - 3809:6, 3814:7, 3814:12, 3819:25, 3821:1, 3821:12, 3822:13, 3829:5, 3829:20, 3834:25, 3835:25, 3837:11, 3838:8, 3838:13, 3838:16, 3841:13
**ONES** [6] - 3835:20, 3835:21, 3835:22, 3835:23, 3835:24
**ONLINE** [1] - 3830:23
**ONLY** [3] - 3825:9, 3828:7, 3840:14
**ONSET** [1] - 3808:19
**OPINION** [4] - 3811:7, 3829:4, 3829:5, 3829:8
**OPINIONS** [2] - 3839:19, 3839:22
**OPPOSING** [1] - 3840:24
**OR** [33] - 3809:2, 3809:8, 3809:18, 3810:15, 3812:24, 3813:1, 3813:3, 3813:10, 3814:3, 3815:5, 3816:7, 3817:6, 3817:19, 3820:21, 3821:19, 3821:24, 3822:3, 3822:13, 3822:24, 3823:4, 3825:9, 3825:16, 3828:2, 3828:3, 3832:25, 3833:14, 3833:16, 3838:8, 3838:25, 3839:4, 3840:18
**ORANGE** [3] - 3818:7, 3818:10, 3818:11
**ORDER** [4] - 3834:7,

3835:7, 3835:17, 3836:2
**ORGANIZATIONS** [1] - 3828:13
**ORLEANS** [8] - 3804:4, 3804:17, 3804:21, 3805:6, 3806:3, 3806:17, 3830:10, 3830:21
**OTHER** [3] - 3812:4, 3820:3, 3824:7
**OTHERWISE** [3] - 3811:10, 3818:20, 3827:20
**OUR** [9] - 3814:18, 3816:9, 3821:25, 3826:9, 3828:9, 3834:21, 3836:9, 3841:8, 3842:16
**OUT** [11] - 3812:9, 3814:17, 3815:21, 3821:10, 3823:20, 3831:11, 3831:17, 3837:2, 3837:10, 3842:6
**OUTFALL** [1] - 3830:12
**OUTLET** [1] - 3830:14
**OUTLIERS** [1] - 3821:21
**OUTPUTS** [1] - 3820:18
**OUTSIDE** [1] - 3811:9
**OVER** [26] - 3809:9, 3809:24, 3810:1, 3810:21, 3812:12, 3812:13, 3813:25, 3816:1, 3818:12, 3818:15, 3820:3, 3820:9, 3820:24, 3821:3, 3822:22, 3823:15, 3823:18, 3824:13, 3824:17, 3824:25, 3828:1, 3841:18, 3841:25, 3842:6, 3842:9, 3842:11
**OVERPREDICTING** [1] - 3818:5
**OVERPREDICTION** [1] - 3818:10
**OVERRULED** [1] - 3831:19
**OVERTOPPED** [1] - 3841:24
**OWN** [1] - 3841:11

# P

**P** [5] - 3805:1, 3805:2, 3805:19, 3806:12, 3808:1
**P.O** [1] - 3805:9
**PAGE** [3] - 3830:21, 3831:6, 3831:14
**PAGE/LINE** [1] - 3807:4
**PALMINTIER** [3] - 3805:14, 3805:15, 3805:15
**PANEL** [2] - 3828:18, 3832:10
**PARALLEL** [2] - 3810:4, 3810:15
**PARAMETER** [1] - 3819:23
**PARAMETER-RISED** [1] - 3819:23
**PARDON** [1] - 3832:6
**PARIS** [11] - 3809:23, 3809:25, 3812:5, 3812:10, 3812:22, 3813:4, 3813:5, 3813:12, 3814:7, 3814:10, 3833:3
**PARISH** [1] - 3815:24
**PART** [4] - 3811:6, 3834:5, 3834:13, 3838:6
**PARTICULAR** [4] - 3810:23, 3813:25, 3815:25, 3827:25
**PARTICULARLY** [1] - 3816:4
**PASS** [2] - 3827:16, 3827:18
**PASSAGEWAY** [1] - 3841:18
**PASSED** [1] - 3842:7
**PAST** [1] - 3823:20
**PATHWAY** [1] - 3842:6
**PATHWAYS** [2] - 3842:13, 3843:11
**PAUL** [2] - 3806:6, 3806:8
**PEAK** [15] - 3809:18, 3821:8, 3821:11, 3823:18, 3824:13, 3825:10, 3825:23, 3826:1, 3826:10, 3826:13, 3827:19, 3842:8
**PEARL** [2] - 3819:3,

3819:6
**PERCENT** [1] - 3822:12
**PERFECT** [4] - 3818:25, 3821:10, 3821:12, 3821:19
**PERFORMED** [1] - 3828:12
**PERHAPS** [4] - 3814:24, 3820:1, 3820:9, 3825:22
**PERPENDICULAR** [4] - 3809:1, 3809:16, 3810:15, 3810:18
**PETER** [1] - 3806:10
**PHILEN** [1] - 3806:2
**PHYSICS** [2] - 3819:14, 3832:16
**PICTURES** [1] - 3834:23
**PIERCE** [1] - 3804:13
**PILING** [1] - 3827:23
**PLAINTIFF** [2] - 3804:12, 3837:15
**PLAINTIFFS** [3] - 3829:19, 3837:2, 3839:23
**PLAINTIFFS'** [2] - 3831:23, 3841:7
**PLAQUEMINES** [2] - 3815:24, 3827:24
**PLAYED** [1] - 3830:16
**PLC** [1] - 3805:14
**PLEASE** [5] - 3808:5, 3820:18, 3825:4, 3826:7, 3841:4
**PLOT** [4] - 3816:11, 3820:16, 3821:11, 3834:15
**PLOTS** [9] - 3833:23, 3836:12, 3836:14, 3836:16, 3836:22, 3836:24, 3837:20, 3837:21, 3838:7
**PLOTTING** [2] - 3821:7, 3834:3
**PLUS** [2] - 3822:3, 3822:13
**POINT** [14] - 3812:17, 3813:19, 3814:15, 3815:19, 3822:13, 3831:11, 3831:17, 3838:7, 3839:2, 3840:16, 3840:17, 3840:19, 3840:23, 3842:14
**POINTING** [1] - 3812:9

**POINTS** [2] - 3821:1, 3822:2
**POLDER** [7] - 3811:6, 3811:8, 3811:9, 3811:11, 3811:14, 3811:17, 3811:24
**PONTCHARTRAIN** [15] - 3809:25, 3814:11, 3816:3, 3819:10, 3819:16, 3819:25, 3823:21, 3823:25, 3824:15, 3825:7, 3825:13, 3825:20, 3827:5, 3830:12
**POOR** [1] - 3817:2
**PORTION** [2] - 3810:7, 3811:8
**PORTIONS** [1] - 3814:9
**POSSIBLE** [2] - 3839:16, 3842:14
**POST** [1] - 3811:20
**POST-TRIAL** [1] - 3811:20
**POWERFUL** [1] - 3810:9
**POYDRAS** [2] - 3805:5, 3806:17
**PRACTICAL** [1] - 3812:24
**PRAISES** [1] - 3830:4
**PRECISION** [1] - 3823:4
**PREDECESSOR** [1] - 3832:3
**PREDICTED** [3] - 3821:7, 3821:11, 3821:19
**PREDICTION** [4] - 3817:24, 3823:15, 3825:5, 3826:8
**PREDICTIONS** [3] - 3815:6, 3821:20, 3823:10
**PREDOMINANT** [1] - 3820:2
**PREJUDICE** [2] - 3831:18, 3837:3
**PREJUDICED** [1] - 3836:12
**PREJUDICIAL** [1] - 3837:15
**PREKATRINA** [1] - 3830:22
**PREPARE** [1] - 3835:24
**PREPARED** [1] -

3837:8

**PREPAREDNESS** [1] - 3830:23

**PRESENT** [1] - 3806:1

**PREVIOUS** [1] - 3824:22

**PREVIOUSLY** [1] - 3812:22

**PRIMARILY** [1] - 3830:17

**PRIMARY** [1] - 3840:19

**PRIOR** [1] - 3824:7

**PRISM** [1] - 3833:8

**PROBABLY** [9] - 3809:10, 3817:11, 3819:10, 3821:24, 3825:9, 3825:15, 3825:21, 3827:14, 3831:10

**PROBLEM** [4] - 3811:10, 3824:21, 3827:15, 3831:15

**PROBLEMS** [1] - 3822:18

**PROCEDURES** [1] - 3828:15

**PROCEEDINGS** [4] - 3804:7, 3806:20, 3839:15, 3844:8

**PROCEEDS** [1] - 3839:5

**PROCESS** [7] - 3814:4, 3819:13, 3820:3, 3820:7, 3825:2, 3825:24, 3826:6

**PROCESSES** [2] - 3813:23, 3820:6

**PRODUCE** [2] - 3836:25, 3838:9

**PRODUCED** [3] - 3806:20, 3836:24, 3841:7

**PROFESSOR** [6] - 3840:1, 3840:2, 3840:3, 3840:4

**PROJECT** [1] - 3833:2

**PROPAGATE** [1] - 3833:13

**PROPAGATED** [1] - 3815:25

**PROPAGATES** [1] - 3828:8

**PROPAGATING** [2] - 3833:12, 3835:11

**PROTECTION** [1] - 3830:22

**PROTOCOL** [1] - 3836:9

**PROVIDE** [3] - 3815:2, 3837:14, 3837:17

**PUBLICATIONS** [1] - 3832:11

**PULL** [2] - 3813:10, 3814:17

**PULLED** [2] - 3834:21, 3835:15

**PURPLE** [1] - 3819:3

**PURPORT** [1] - 3811:5

**PURPOSE** [2] - 3811:16, 3837:13

**PUSH** [3] - 3809:1, 3810:5, 3813:10

**PUSHED** [3] - 3813:2, 3819:24, 3827:22

**PUSHING** [1] - 3817:8

**PUT** [8] - 3829:13, 3831:2, 3832:25, 3836:13, 3836:22, 3836:24, 3837:22, 3843:12

# Q

**QUALITY** [2] - 3817:2, 3821:2

**QUARREL** [3] - 3840:2, 3840:3, 3840:4

**QUARTER** [3] - 3809:8, 3809:11, 3825:9

**QUESTION** [2] - 3818:17, 3833:17

**QUESTIONS** [1] - 3829:11

**QUICKLY** [1] - 3823:9

**QUIET** [1] - 3831:11

**QUITE** [13] - 3818:18, 3819:3, 3819:5, 3819:6, 3820:23, 3824:8, 3824:12, 3824:19, 3826:13, 3826:18, 3827:14, 3827:19, 3837:18

**QUOTE** [1] - 3829:19

# R

**R** [5] - 3804:8, 3805:23, 3806:11, 3808:1, 3821:16

**R09** [1] - 3834:24

**R8VV** [1] - 3834:19

**RADIATION** [4] - 3820:13, 3821:22, 3825:15, 3825:19

**RAILROAD** [2] - 3823:25, 3824:2

**RAINFALL** [5] - 3819:5, 3819:7, 3819:12, 3821:24

**RAN** [1] - 3838:20

**RAPID** [4] - 3824:24, 3826:3, 3826:11, 3828:1

**RAPIDLY** [2] - 3825:24, 3828:8

**RATE** [1] - 3833:16

**RATED** [2] - 3817:1, 3818:19

**RATES** [1] - 3813:1

**RATHER** [1] - 3829:25

**REACH** [5] - 3808:16, 3813:3, 3814:7, 3816:7

**REACHED** [2] - 3809:18, 3823:19

**REACHES** [2] - 3813:19, 3828:7

**REACHING** [1] - 3825:9

**READ** [3] - 3829:18, 3829:25, 3831:4

**REALIZED** [1] - 3822:14

**REALLY** [19] - 3809:24, 3813:4, 3815:21, 3819:7, 3820:2, 3820:12, 3822:25, 3823:25, 3831:14, 3831:18, 3836:8, 3837:4, 3837:18, 3838:3, 3838:19, 3840:8, 3841:15, 3842:12

**REASON** [3] - 3817:3, 3824:8, 3839:8

**REASONS** [1] - 3838:1

**RECALL** [2] - 3818:16, 3819:17

**RECEDE** [1] - 3814:13

**RECEDED** [1] - 3823:9

**RECEDING** [1] - 3824:14

**RECESS** [2] - 3843:15, 3843:19

**RECESSION** [9] - 3808:19, 3823:19, 3825:1, 3825:2, 3826:6, 3826:11, 3826:12, 3826:13, 3828:4

**RECOLLECTION** [1] - 3841:8

**RECORD** [3] - 3815:19, 3840:9, 3844:8

**RECORDED** [1] - 3806:20

**RED** [2] - 3823:16, 3824:4

**REDIRECT** [1] - 3841:1

**REDUCTION** [2] - 3814:16, 3814:19

**REFERENCING** [1] - 3824:21

**REFINEMENT** [2] - 3838:2, 3838:25

**REFINEMENTS** [6] - 3832:20, 3837:25, 3838:8, 3838:13, 3840:17, 3840:18

**REFINING** [2] - 3837:5, 3837:6

**REFLECTED** [4] - 3810:9, 3810:10, 3817:11, 3817:13

**REFRESH** [1] - 3841:8

**REGARD** [1] - 3829:8

**REGION** [9] - 3813:1, 3814:17, 3815:5, 3816:20, 3818:18, 3821:3, 3830:10, 3833:6, 3834:14

**REGIONAL** [2] - 3814:14, 3841:9

**REGIONALLY** [1] - 3816:19

**RELATIVE** [1] - 3810:23

**RELATIVELY** [1] - 3813:6

**RELAXATION** [2] - 3842:5, 3842:6

**RELAXES** [1] - 3826:5

**RELEASE** [3] - 3834:6, 3834:19, 3835:2

**RELEASED** [1] - 3829:15

**RELEVANCE** [1] - 3820:7

**RELEVANT** [1] - 3842:25

**RELIABILITY** [3] - 3836:10, 3836:11, 3839:20

**RELIABLE** [1] - 3818:17

**REMAINED** [1] - 3817:17

**REMEMBER** [10] - 3813:22, 3815:24, 3821:7, 3825:15, 3825:24, 3827:12, 3827:23, 3839:25, 3842:4, 3842:17

**RENDERING** [1] - 3839:22

**REPORT** [27] - 3811:6, 3811:10, 3828:25, 3829:3, 3829:15, 3829:22, 3831:16, 3834:24, 3835:16, 3835:25, 3836:6, 3836:7, 3836:13, 3836:23, 3836:25, 3837:7, 3837:20, 3838:20, 3838:23, 3839:18, 3839:20, 3839:24, 3842:17, 3842:18, 3842:22

**REPORTER** [3] - 3806:16, 3844:5, 3844:14

**REPORTER'S** [1] - 3844:3

**REPORTS** [1] - 3839:8

**REPRESENT** [1] - 3817:22

**REPRESENTATION** [4] - 3819:1, 3819:2, 3823:20, 3834:4

**REPRESENTED** [2] - 3831:23, 3841:20

**REPRESENTS** [1] - 3830:6

**RESEARCH** [2] - 3828:21, 3830:2

**RESOLUTION** [6] - 3819:22, 3825:16, 3825:18, 3833:1, 3833:5, 3833:6

**RESOLVED** [2] - 3820:13, 3841:25

**RESPECTS** [1] - 3838:16

**RESPONSE** [4] - 3829:1, 3830:20, 3835:19, 3836:11

**RESULTS** [11] - 3815:11, 3818:20, 3820:16, 3823:13, 3826:8, 3826:10, 3827:1, 3828:9, 3840:2, 3840:3, 3840:5

**RETENTION** [1] - 3841:23

**REVERSAL** [2] - 3814:6, 3827:10

**REVIEW** [12] - 3828:18, 3828:20, 3828:22, 3830:2, 3830:4, 3831:5, 3831:14, 3831:24, 3832:10, 3832:13

**REVIEWED** [4] - 3828:13, 3828:17, 3832:7, 3832:9

**REVIEWS** [2] - 3828:11, 3829:2

**RICHARD** [1] - 3806:11

**RIDING** [1] - 3833:17

**RIGHT** [14] - 3808:9, 3809:3, 3809:9, 3810:12, 3816:13, 3817:25, 3818:14, 3823:24, 3824:18, 3826:23, 3827:8, 3836:20, 3841:2

**RISE** [10] - 3813:17, 3813:20, 3823:8, 3823:17, 3824:24, 3826:11, 3826:18, 3827:6, 3828:2, 3843:18

**RISED** [1] - 3819:23

**RISES** [1] - 3809:6

**RIVER** [20] - 3819:3, 3819:6, 3827:17, 3827:18, 3827:21, 3827:22, 3827:24, 3828:6, 3830:13, 3833:12, 3833:13, 3833:15, 3833:18, 3833:19, 3835:12, 3838:2, 3838:3, 3838:4

**RIVERING** [1] - 3815:7

**ROAD** [11] - 3809:23, 3809:25, 3812:5, 3812:10, 3812:22, 3813:4, 3813:5, 3813:12, 3814:7, 3814:10, 3833:4

**ROBERT** [1] - 3806:1

**ROBIN** [1] - 3806:10

**ROBINSON** [1] - 3804:2

**ROLE** [1] - 3830:13

**ROLLING** [1] - 3814:1

**ROOM** [1] - 3806:17

**ROSE** [1] - 3823:8

**ROUGE** [2] - 3805:10, 3805:16

**ROUGHLY** [3] - 3809:17, 3821:15, 3825:10

**ROY** [2] - 3805:1, 3805:1

**RPR** [2] - 3806:16, 3844:13

**RULES** [1] - 3839:12

**RUN** [9] - 3808:17, 3835:25, 3836:21, 3836:23, 3836:24, 3836:25, 3837:1

**RUNNING** [1] - 3836:5

**RUNOFF** [4] - 3819:5, 3819:7, 3821:24

**RUNS** [8] - 3824:2, 3835:17, 3836:5, 3836:17, 3837:14, 3837:16, 3838:20, 3839:17

**RUPERT** [1] - 3806:9

**S**

**S** [3] - 3806:4, 3806:7, 3808:1

**S.W** [1] - 3805:12

**S08** [1] - 3831:5

**SAID** [5] - 3822:24, 3826:21, 3834:8, 3836:25, 3837:5

**SALINE** [1] - 3819:8

**SAME** [8] - 3813:8, 3814:17, 3822:1, 3824:17, 3832:22, 3837:1, 3837:9, 3837:23

**SARAH** [1] - 3806:11

**SAW** [4] - 3821:1, 3822:4, 3833:12, 3842:5

**SAY** [10] - 3811:19, 3812:8, 3831:6, 3832:8, 3834:8, 3835:24, 3837:22, 3838:18, 3839:10, 3840:2

**SAYS** [3] - 3822:12, 3838:25, 3839:3

**SCALE** [1] - 3838:9

**SCATTER** [1] - 3821:13

**SCHEME** [1] - 3840:7

**SCIENTIFIC** [1] - 3830:7

**SCREEN** [2] - 3808:20, 3808:22

**SEABROOK** [8] - 3809:25, 3812:10, 3812:10, 3812:22, 3813:8, 3813:12, 3814:8

**SEATED** [1] - 3808:5

**SECOND** [3] - 3813:24, 3824:13, 3842:8

**SEE** [61] - 3809:20, 3809:22, 3810:6, 3810:17, 3810:19, 3811:20, 3812:4, 3813:19, 3814:4, 3814:5, 3814:12, 3814:14, 3814:16, 3815:16, 3815:23, 3815:24, 3816:1, 3816:3, 3816:19, 3817:18, 3817:24, 3818:11, 3818:23, 3819:16, 3820:4, 3820:25, 3822:2, 3823:15, 3823:17, 3824:11, 3824:17, 3824:20, 3824:23, 3824:24, 3825:1, 3825:8, 3826:10, 3826:11, 3826:12, 3826:18, 3827:3, 3827:6, 3828:1, 3834:3, 3835:6, 3837:3, 3838:10, 3839:1, 3839:4, 3839:7, 3840:6, 3841:21, 3841:22, 3841:23, 3842:2, 3843:8

**SEEING** [4] - 3809:1, 3809:15, 3823:12, 3824:4

**SEEK** [1] - 3842:13

**SEEM** [1] - 3827:7

**SEEN** [2] - 3814:19, 3840:13

**SELECTED** [1] - 3821:2

**SELF** [1] - 3829:14

**SELF-APPROVAL** [1] - 3829:14

**SEND** [1] - 3821:10

**SEQUENCE** [4] - 3813:13, 3832:14, 3832:23

**SERIES** [1] - 3833:23

**SESSION** [3] - 3804:9, 3808:3, 3808:5

**SET** [3] - 3817:13, 3819:24, 3820:21

**SETS** [1] - 3820:23

**SETUP** [1] - 3820:10

**SEVEN** [1] - 3809:6

**SEVERE** [1] - 3826:23

**SHALLOW** [2] - 3810:24, 3843:13

**SHALLOWER** [1] - 3810:24

**SHARP** [1] - 3823:18

**SHELF** [1] - 3815:23

**SHERMAN** [1] - 3804:20

**SHIFT** [1] - 3809:15

**SHIFTING** [3] - 3808:7, 3810:1, 3814:9

**SHORE** [13] - 3816:4, 3819:16, 3819:20, 3819:25, 3820:3, 3821:3, 3825:7, 3825:12, 3825:17, 3825:19, 3826:16, 3827:12

**SHORTLY** [1] - 3809:4

**SHOULD** [6] - 3831:10, 3832:8, 3836:25, 3837:3, 3838:18, 3838:24

**SHOULDN'T** [1] - 3839:2

**SHOW** [10] - 3811:5, 3811:9, 3821:5, 3823:9, 3834:1, 3836:10, 3837:24, 3838:7, 3840:17, 3840:18

**SHOWED** [2] - 3823:7, 3823:8

**SHOWING** [1] - 3836:5

**SHOWS** [2] - 3828:2, 3839:1

**SIDE** [8] - 3816:5, 3819:20, 3821:21, 3823:21, 3826:15, 3833:19, 3837:23

**SIGNIFICANCE** [3] - 3812:24, 3818:24, 3830:16

**SIGNIFICANT** [4] - 3818:9, 3828:6, 3840:18, 3843:11

**SIGNIFICANTLY** [2] - 3832:1, 3843:12

**SIMILAR** [9] - 3820:25, 3821:2, 3822:2, 3822:4, 3825:17, 3834:25, 3837:15, 3837:16, 3839:4

**SIMPLY** [10] - 3823:7, 3826:21, 3829:7, 3829:9, 3836:3, 3837:11, 3837:19, 3837:23, 3839:20, 3839:24

**SIMS** [1] - 3804:23

**SIMULATION** [3] - 3815:20, 3824:12, 3835:1

**SIMULATIONS** [2] - 3835:4, 3835:8

**SING** [1] - 3830:4

**SIR** [4] - 3808:7, 3811:3, 3812:3, 3835:13

**SIT** [1] - 3831:10

**SIX** [1] - 3808:17

**SIZE** [1] - 3830:17

**SL15** [19] - 3815:14, 3828:16, 3831:6, 3831:14, 3832:3, 3832:8, 3832:17, 3832:19, 3832:21, 3833:22, 3833:24, 3834:2, 3834:18, 3834:24, 3835:9, 3835:10, 3841:10, 3841:21, 3843:13

**SLIDE** [6] - 3808:17, 3814:18, 3815:16, 3816:11, 3820:20, 3841:4

**SLOPE** [2] - 3821:15, 3821:16

**SLOWLY** [1] - 3814:13

**SMALL** [2] - 3813:9, 3830:1

**SMITH** [35] - 3806:10, 3807:7, 3808:6, 3808:9, 3808:12, 3808:23, 3811:12, 3811:17, 3811:22, 3811:24, 3812:7, 3812:21, 3818:22, 3826:25, 3829:2, 3829:18, 3829:22, 3829:24,

3831:4, 3831:22, 3835:20, 3836:10, 3836:16, 3836:19, 3836:21, 3837:18, 3839:19, 3840:20, 3840:22, 3840:24, 3841:2, 3841:3, 3843:6, 3843:7, 3843:17

**SNAPSHOT** [2] - 3816:12, 3816:13

**SO** [79] - 3809:1, 3809:8, 3809:18, 3809:20, 3810:4, 3810:6, 3810:14, 3810:24, 3811:1, 3811:8, 3812:13, 3813:2, 3813:6, 3813:10, 3814:1, 3814:14, 3814:23, 3815:1, 3815:17, 3815:18, 3816:3, 3816:6, 3816:15, 3816:25, 3817:8, 3817:10, 3817:14, 3817:18, 3817:23, 3817:25, 3818:8, 3819:7, 3819:12, 3820:2, 3820:11, 3820:20, 3820:22, 3821:13, 3821:15, 3821:19, 3822:5, 3823:1, 3823:2, 3823:3, 3823:5, 3823:19, 3823:25, 3824:3, 3824:9, 3825:9, 3825:10, 3825:16, 3825:23, 3826:9, 3827:14, 3827:22, 3828:1, 3828:2, 3828:3, 3829:25, 3831:1, 3831:6, 3831:21, 3832:16, 3833:9, 3833:19, 3834:24, 3835:15, 3835:22, 3837:13, 3839:10, 3839:16, 3841:15, 3841:19, 3842:9, 3842:12, 3843:3, 3843:8

**SO8** [9] - 3831:24, 3832:2, 3841:9, 3841:15, 3842:16, 3842:17, 3842:22, 3843:11

**SOCIETY** [1] - 3828:17

**SOJA** [1] - 3806:11

**SOME** [32] - 3816:2,

3818:16, 3819:11, 3820:3, 3820:9, 3821:9, 3821:14, 3821:21, 3821:23, 3822:8, 3822:14, 3823:9, 3824:9, 3824:21, 3828:13, 3829:11, 3832:13, 3833:1, 3833:21, 3834:11, 3834:23, 3835:5, 3838:2, 3838:6, 3838:9, 3838:15, 3838:16, 3838:20, 3839:8, 3843:16

**SOMETHING** [4] - 3817:7, 3817:8, 3840:13, 3843:1

**SOMEWHAT** [2] - 3827:10, 3835:6

**SOMEWHERE** [5] - 3818:2, 3818:3, 3818:4, 3818:6, 3818:7

**SORRY** [5] - 3812:8, 3812:12, 3835:13, 3836:19, 3842:15

**SORT** [2] - 3816:15, 3822:1

**SOUND** [2] - 3841:19, 3843:9

**SOURCES** [1] - 3829:11

**SOUTH** [15] - 3804:13, 3809:17, 3816:4, 3819:16, 3819:19, 3819:20, 3819:25, 3820:3, 3821:3, 3825:7, 3825:12, 3825:17, 3825:19, 3825:25, 3826:16

**SOUTHEASTERN** [1] - 3841:14

**SOUTHERN** [1] - 3828:7

**SOUTHWEST** [3] - 3819:18, 3827:16, 3827:18

**SPEAKING** [2] - 3813:6, 3837:16

**SPECIFIC** [1] - 3838:1

**SPILLING** [1] - 3827:24

**SPILLWAY** [2] - 3823:24, 3824:1

**SPRINGS** [1] - 3805:13

**SQUARED** [2] -

3821:16, 3821:17
**SR** [1] - 3806:11
**ST** [11] - 3804:17, 3804:20, 3805:2, 3805:5, 3805:23, 3815:22, 3833:2, 3833:3, 3835:3, 3838:5, 3842:5

**STABILITY** [1] - 3837:24

**STAGE** [2] - 3833:15, 3833:16

**STANDARD** [1] - 3822:11, 3822:12, 3822:20

**STANDS** [1] - 3815:21

**STANWOOD** [1] - 3804:8

**START** [6] - 3809:23, 3811:4, 3814:15, 3815:4, 3819:2, 3826:5

**STARTING** [6] - 3809:15, 3809:16, 3810:2, 3810:4, 3814:13, 3814:17

**STATE** [1] - 3830:19
**STATE-OF-THE-ART** [1] - 3830:19

**STATES** [4] - 3804:1, 3804:5, 3804:8, 3844:5

**STATION** [2] - 3806:13, 3824:22

**STATISTICAL** [3] - 3821:5, 3821:17, 3823:5

**STATISTICS** [5] - 3822:4, 3822:8, 3822:10, 3822:23, 3823:1

**STEEP** [2] - 3819:7, 3819:24

**STENOGRAPHY** [1] - 3806:20

**STEP** [1] - 3815:18

**STEVENS** [2] - 3805:18, 3805:18

**STILL** [6] - 3809:15, 3817:10, 3817:13, 3819:22, 3821:7, 3821:9

**STONE** [1] - 3806:11

**STORM** [16] - 3819:1, 3820:1, 3824:7, 3825:12, 3830:8, 3830:9, 3830:14, 3830:17, 3830:18, 3830:20,

3833:13, 3833:14, 3834:14, 3842:4, 3842:7, 3843:14

**STREET** [7] - 3804:13, 3805:9, 3805:16, 3806:2, 3806:17, 3825:5, 3825:6

**STRESS** [3] - 3821:22, 3825:15, 3825:19

**STRESSES** [1] - 3820:13

**STRIP** [1] - 3837:10

**STRUCTURES** [3] - 3819:21, 3820:4, 3820:5

**STUDIES** [1] - 3833:9

**STUDY** [9] - 3817:1, 3820:22, 3832:4, 3834:10, 3834:13, 3834:16, 3834:22, 3837:8

**STUDYING** [1] - 3838:1

**STUFF** [1] - 3821:22

**STWAVE** [2] - 3820:15, 3828:21

**SUBJECT** [1] - 3832:17

**SUBJECTED** [1] - 3839:2

**SUBROGATED** [1] - 3805:22

**SUBSEQUENT** [1] - 3841:13

**SUCH** [1] - 3813:5

**SUFFICIENTLY** [1] - 3842:24

**SUGGEST** [1] - 3831:13

**SUGGESTION** [1] - 3820:9

**SUITE** [4] - 3804:14, 3804:23, 3805:5, 3806:2

**SUMMARY** [1] - 3839:11

**SUPPOSED** [1] - 3811:20

**SURE** [8] - 3812:18, 3813:1, 3818:25, 3822:8, 3829:15, 3835:10, 3838:3, 3840:24

**SURFACE** [2] - 3812:14, 3813:23

**SURGE** [33] - 3808:14, 3808:19,

3808:24, 3809:6, 3809:20, 3810:14, 3810:19, 3810:22, 3813:14, 3813:17, 3820:1, 3823:8, 3825:12, 3827:8, 3827:22, 3827:25, 3828:6, 3830:8, 3830:9, 3830:10, 3830:14, 3830:17, 3830:18, 3830:20, 3833:12, 3833:13, 3834:3, 3834:14, 3840:7, 3842:4, 3843:14

**SURGES** [1] - 3835:11

**SURVEYING** [1] - 3822:17

**SYSTEM** [3] - 3809:2, 3830:22, 3834:19

**SYSTEMS** [1] - 3819:12

---

## T

**T** [1] - 3805:22

**TABLE** [1] - 3822:5

**TAHEERAH** [1] - 3806:6

**TAKE** [3] - 3816:3, 3817:23, 3843:15

**TAKEN** [1] - 3843:19

**TAKING** [1] - 3815:13

**TALK** [8] - 3811:11, 3811:12, 3811:24, 3814:6, 3814:22, 3828:11, 3828:12, 3841:5

**TALKING** [2] - 3829:2, 3840:11

**TEASE** [1] - 3831:17

**TECHNICAL** [1] - 3832:10

**TELL** [4] - 3808:24, 3830:25, 3837:11, 3842:22

**TELLING** [1] - 3811:15

**TEMPLATE** [1] - 3837:7

**TEN** [9] - 3809:5, 3810:19, 3812:11, 3813:15, 3813:18, 3813:19, 3816:20, 3826:16

**TEN-FOOT** [1] - 3812:11

**TERMINOLOGY** [1] - 3812:24

**TERMS** [3] - 3812:24, 3817:1, 3843:11

**TESTIFIED** [1] - 3836:23

**TESTIMONY** [4] - 3817:10, 3829:5, 3829:6, 3829:17

**TEXT** [1] - 3829:25

**TFO1** [5] - 3828:16, 3828:18, 3832:1, 3832:3, 3832:22

**THAN** [6] - 3809:11, 3809:12, 3816:20, 3823:7, 3838:16, 3842:16

**THANK** [8] - 3812:2, 3812:3, 3812:20, 3829:18, 3840:23, 3841:2, 3843:6, 3843:17

**THAT** [197] - 3809:11, 3809:20, 3810:3, 3810:10, 3810:17, 3810:21, 3811:1, 3811:9, 3811:12, 3811:15, 3812:4, 3812:5, 3812:8, 3812:9, 3812:22, 3812:24, 3813:4, 3813:6, 3813:14, 3813:19, 3813:20, 3813:22, 3813:25, 3814:2, 3814:4, 3815:13, 3815:16, 3815:24, 3816:20, 3816:22, 3816:23, 3816:25, 3817:11, 3817:12, 3817:13, 3817:18, 3817:19, 3818:6, 3818:10, 3818:15, 3818:17, 3818:25, 3819:1, 3819:2, 3819:13, 3819:17, 3819:19, 3819:25, 3820:2, 3820:4, 3820:5, 3820:7, 3820:9, 3820:11, 3820:12, 3820:18, 3820:21, 3820:24, 3821:1, 3821:13, 3821:22, 3822:2, 3822:6, 3822:12, 3822:14, 3822:16, 3822:18, 3823:2, 3823:3, 3823:6, 3823:11, 3823:17,

3823:20, 3824:2, 3824:9, 3824:11, 3824:20, 3824:21, 3824:25, 3825:8, 3825:11, 3825:14, 3825:17, 3825:21, 3826:5, 3826:10, 3826:12, 3826:21, 3827:11, 3827:13, 3827:22, 3827:23, 3827:24, 3828:1, 3828:6, 3828:11, 3828:13, 3828:18, 3829:3, 3829:16, 3830:16, 3830:18, 3830:21, 3831:4, 3831:13, 3831:14, 3831:24, 3832:3, 3832:8, 3832:19, 3833:2, 3833:10, 3833:13, 3833:17, 3833:21, 3833:24, 3834:1, 3834:3, 3834:4, 3834:6, 3834:10, 3834:11, 3834:16, 3834:20, 3834:22, 3834:23, 3835:3, 3835:5, 3835:7, 3835:15, 3835:18, 3835:20, 3835:21, 3835:24, 3836:4, 3836:12, 3836:21, 3836:22, 3836:24, 3837:4, 3837:8, 3837:14, 3837:16, 3837:18, 3837:20, 3837:21, 3837:25, 3838:4, 3838:6, 3838:7, 3838:10, 3838:15, 3839:1, 3839:6, 3839:14, 3839:17, 3839:18, 3839:22, 3839:24, 3840:13, 3840:16, 3840:17, 3840:21, 3840:22, 3840:23, 3840:25, 3841:6, 3841:9, 3841:13, 3841:17, 3841:20, 3842:2, 3842:8, 3842:21, 3842:24, 3843:10, 3843:12, 3844:7

**THAT'LL** [1] - 3836:3

**THAT'S** [36] - 3809:13, 3810:6, 3810:7, 3810:12, 3810:17, 3811:1, 3811:6, 3812:3, 3813:2, 3813:9, 3813:22, 3814:20,

3816:2, 3816:5, 3816:13, 3816:18, 3817:21, 3818:14, 3818:15, 3819:3, 3820:20, 3821:17, 3821:19, 3825:18, 3826:23, 3829:5, 3829:8, 3829:12, 3831:15, 3834:5, 3834:11, 3836:7, 3837:21, 3840:14, 3840:19, 3842:24

**THE** [711] - 3804:8, 3804:12, 3804:19, 3805:4, 3805:22, 3806:4, 3807:4, 3808:5, 3808:7, 3808:14, 3808:15, 3808:18, 3808:20, 3808:21, 3808:22, 3808:24, 3808:25, 3809:1, 3809:4, 3809:6, 3809:7, 3809:9, 3809:10, 3809:15, 3809:17, 3809:18, 3809:23, 3809:24, 3810:3, 3810:4, 3810:5, 3810:6, 3810:7, 3810:8, 3810:9, 3810:10, 3810:11, 3810:12, 3810:14, 3810:15, 3810:16, 3810:18, 3810:21, 3810:22, 3810:24, 3810:25, 3811:1, 3811:3, 3811:4, 3811:5, 3811:7, 3811:14, 3811:23, 3812:1, 3812:3, 3812:4, 3812:5, 3812:9, 3812:10, 3812:13, 3812:14, 3812:16, 3812:18, 3812:19, 3812:20, 3812:23, 3813:1, 3813:3, 3813:4, 3813:5, 3813:7, 3813:10, 3813:11, 3813:14, 3813:16, 3813:17, 3813:20, 3813:24, 3814:2, 3814:6, 3814:8, 3814:9, 3814:10, 3814:13, 3814:14, 3814:17, 3814:22, 3815:1, 3815:2, 3815:3, 3815:4, 3815:5, 3815:6, 3815:13, 3815:16, 3815:17, 3815:18,

3815:19, 3815:21, 3815:22, 3815:23, 3815:25, 3816:1, 3816:4, 3816:7, 3816:10, 3816:11, 3816:13, 3816:14, 3816:16, 3816:18, 3816:22, 3816:23, 3816:24, 3816:25, 3817:1, 3817:2, 3817:3, 3817:8, 3817:9, 3817:15, 3817:16, 3817:17, 3817:22, 3817:23, 3817:24, 3817:25, 3818:2, 3818:3, 3818:6, 3818:7, 3818:9, 3818:10, 3818:11, 3818:12, 3818:13, 3818:14, 3818:15, 3818:17, 3818:19, 3818:20, 3818:21, 3818:24, 3819:1, 3819:2, 3819:3, 3819:5, 3819:8, 3819:10, 3819:11, 3819:14, 3819:16, 3819:17, 3819:19, 3819:20, 3819:21, 3819:23, 3819:24, 3820:1, 3820:2, 3820:3, 3820:4, 3820:7, 3820:8, 3820:9, 3820:12, 3820:13, 3820:14, 3820:16, 3820:17, 3820:18, 3820:20, 3820:22, 3821:1, 3821:3, 3821:5, 3821:6, 3821:7, 3821:8, 3821:9, 3821:11, 3821:12, 3821:14, 3821:17, 3821:18, 3821:21, 3821:23, 3822:1, 3822:2, 3822:3, 3822:5, 3822:6, 3822:8, 3822:9, 3822:10, 3822:11, 3822:14, 3822:20, 3822:22, 3822:23, 3822:24, 3822:25, 3823:2, 3823:3, 3823:4, 3823:8, 3823:10, 3823:11, 3823:12, 3823:13, 3823:15, 3823:16, 3823:17, 3823:18, 3823:20, 3823:21, 3823:22, 3823:24, 3823:25,

3824:1, 3824:3, 3824:4, 3824:5, 3824:6, 3824:7, 3824:10, 3824:12, 3824:14, 3824:18, 3824:19, 3824:20, 3824:21, 3824:23, 3824:24, 3824:25, 3825:1, 3825:2, 3825:4, 3825:5, 3825:6, 3825:7, 3825:8, 3825:10, 3825:11, 3825:12, 3825:16, 3825:17, 3825:18, 3825:19, 3825:23, 3825:25, 3826:1, 3826:2, 3826:3, 3826:4, 3826:5, 3826:7, 3826:9, 3826:10, 3826:12, 3826:13, 3826:15, 3826:16, 3826:17, 3826:18, 3826:19, 3826:21, 3826:23, 3826:24, 3827:1, 3827:4, 3827:5, 3827:6, 3827:7, 3827:8, 3827:11, 3827:12, 3827:13, 3827:15, 3827:17, 3827:18, 3827:19, 3827:21, 3827:22, 3827:23, 3827:24, 3828:1, 3828:2, 3828:4, 3828:6, 3828:7, 3828:9, 3828:10, 3828:11, 3828:12, 3828:13, 3828:15, 3828:16, 3828:17, 3828:18, 3828:19, 3828:20, 3828:21, 3828:25, 3829:1, 3829:2, 3829:4, 3829:6, 3829:7, 3829:9, 3829:11, 3829:14, 3829:15, 3829:17, 3829:19, 3829:20, 3829:21, 3829:22, 3829:23, 3829:25, 3830:2, 3830:4, 3830:6, 3830:8, 3830:9, 3830:10, 3830:11, 3830:12, 3830:13, 3830:15, 3830:16, 3830:18, 3830:19, 3830:21, 3830:23, 3831:3, 3831:5, 3831:6, 3831:8, 3831:11, 3831:13,

3831:14, 3831:15, 3831:18, 3831:20, 3831:21, 3831:24, 3831:25, 3832:1, 3832:3, 3832:6, 3832:9, 3832:12, 3832:13, 3832:17, 3832:19, 3832:22, 3832:25, 3833:2, 3833:3, 3833:4, 3833:5, 3833:6, 3833:7, 3833:8, 3833:9, 3833:11, 3833:12, 3833:13, 3833:14, 3833:15, 3833:19, 3833:20, 3833:21, 3833:24, 3833:25, 3834:1, 3834:3, 3834:5, 3834:6, 3834:7, 3834:9, 3834:10, 3834:12, 3834:14, 3834:15, 3834:18, 3834:19, 3834:20, 3834:22, 3834:23, 3834:24, 3835:2, 3835:4, 3835:5, 3835:6, 3835:7, 3835:8, 3835:9, 3835:10, 3835:11, 3835:13, 3835:14, 3835:19, 3835:20, 3835:21, 3835:22, 3835:23, 3835:24, 3835:25, 3836:2, 3836:6, 3836:7, 3836:10, 3836:11, 3836:12, 3836:13, 3836:14, 3836:17, 3836:20, 3836:21, 3836:23, 3836:24, 3837:1, 3837:2, 3837:3, 3837:4, 3837:8, 3837:9, 3837:13, 3837:14, 3837:15, 3837:16, 3837:19, 3837:20, 3837:21, 3837:23, 3837:25, 3838:1, 3838:2, 3838:5, 3838:7, 3838:9, 3838:10, 3838:13, 3838:16, 3838:17, 3838:23, 3839:2, 3839:4, 3839:6, 3839:12, 3839:19, 3839:20, 3839:21, 3839:22, 3839:24, 3840:6, 3840:7, 3840:8, 3840:9, 3840:11, 3840:12,

3840:14, 3840:16, 3840:17, 3840:19, 3840:21, 3840:23, 3841:1, 3841:5, 3841:6, 3841:7, 3841:9, 3841:10, 3841:11, 3841:13, 3841:15, 3841:18, 3841:19, 3841:22, 3841:24, 3841:25, 3842:2, 3842:4, 3842:5, 3842:6, 3842:7, 3842:10, 3842:12, 3842:13, 3842:17, 3842:21, 3842:24, 3843:8, 3843:9, 3843:11, 3843:14, 3843:15, 3843:18, 3844:7, 3844:8, 3844:9

**THEIR** [5] - 3820:23, 3830:5, 3834:14, 3836:11, 3839:23

**THEM** [7] - 3817:1, 3818:19, 3829:12, 3833:20, 3837:20, 3837:23, 3838:21

**THEMSELVES** [1] - 3822:15

**THEN** [32] - 3809:14, 3810:19, 3811:14, 3813:19, 3814:1, 3814:8, 3816:16, 3818:5, 3819:18, 3822:20, 3823:1, 3823:18, 3823:19, 3824:10, 3824:13, 3824:24, 3825:23, 3826:4, 3826:5, 3826:11, 3826:12, 3826:19, 3827:6, 3828:1, 3828:3, 3833:17, 3836:8, 3839:15, 3842:10

**THERE** [38] - 3809:9, 3812:11, 3812:12, 3812:13, 3814:19, 3816:2, 3816:8, 3817:19, 3818:15, 3819:6, 3819:8, 3819:21, 3820:2, 3820:5, 3820:9, 3820:22, 3821:13, 3821:23, 3823:13, 3824:2, 3824:3, 3824:8, 3824:9, 3825:23, 3827:3, 3827:10, 3827:11, 3827:14, 3827:15, 3834:1, 3834:11,

3835:25, 3839:8, 3839:11, 3841:16, 3842:21, 3843:10

**THERE'S** [8] - 3818:16, 3820:8, 3821:9, 3824:1, 3824:21, 3826:19, 3834:8, 3841:16

**THESE** [27] - 3811:9, 3816:6, 3816:25, 3817:25, 3820:12, 3821:1, 3821:19, 3822:24, 3823:1, 3824:3, 3833:24, 3834:2, 3834:3, 3835:4, 3835:20, 3835:21, 3835:22, 3836:15, 3837:12, 3837:25, 3838:7, 3838:10, 3839:14, 3839:17, 3840:17, 3842:20, 3843:11

**THEY** [31] - 3810:5, 3817:1, 3817:11, 3817:14, 3819:18, 3820:23, 3821:1, 3828:19, 3830:4, 3830:6, 3833:5, 3833:8, 3835:18, 3835:20, 3835:21, 3835:22, 3835:23, 3835:24, 3837:9, 3837:11, 3837:22, 3838:2, 3838:3, 3838:6, 3838:16, 3838:16, 3839:25, 3841:25

**THEY'LL** [1] - 3822:16

**THEY'RE** [15] - 3809:15, 3809:16, 3810:15, 3810:17, 3818:23, 3836:5, 3836:12, 3837:23, 3838:1, 3838:5, 3839:4, 3839:19, 3839:20, 3841:24

**THING** [6] - 3812:4, 3813:8, 3814:17, 3824:17, 3829:5, 3833:4

**THINGS** [10] - 3809:23, 3810:1, 3815:2, 3817:5, 3820:11, 3837:12, 3839:9, 3839:11, 3840:7, 3843:16

**THINK** [19] - 3811:11, 3812:16, 3818:23, 3821:22,

3824:5, 3829:13, 3829:24, 3834:2, 3834:8, 3837:19, 3838:21, 3838:22, 3839:13, 3840:19, 3840:20, 3841:8, 3841:12, 3843:1, 3843:2

**THINKING** [1] - 3827:14

**THIRD** [1] - 3835:9

**THIS** [112] - 3808:19, 3809:3, 3809:4, 3810:7, 3810:9, 3810:12, 3810:20, 3810:23, 3811:21, 3811:23, 3812:17, 3813:13, 3813:25, 3814:15, 3815:17, 3815:25, 3816:11, 3816:20, 3817:3, 3817:12, 3817:18, 3818:12, 3820:16, 3820:20, 3821:3, 3822:17, 3823:5, 3823:19, 3824:3, 3824:7, 3825:7, 3825:10, 3825:24, 3827:10, 3827:12, 3827:17, 3827:22, 3827:25, 3828:5, 3828:9, 3828:24, 3829:3, 3829:4, 3829:19, 3829:20, 3829:22, 3830:2, 3830:5, 3830:6, 3831:6, 3831:13, 3831:14, 3831:16, 3831:18, 3831:23, 3831:24, 3832:4, 3833:23, 3834:1, 3834:8, 3834:10, 3834:13, 3834:19, 3834:25, 3835:1, 3835:10, 3835:15, 3836:6, 3836:8, 3836:10, 3836:11, 3836:23, 3836:25, 3837:2, 3837:3, 3837:4, 3837:5, 3837:7, 3837:13, 3837:15, 3837:23, 3837:24, 3838:14, 3838:15, 3839:3, 3839:4, 3839:6, 3839:7, 3839:10, 3839:17, 3839:18, 3839:21, 3839:22, 3840:6, 3841:12, 3841:22, 3842:6, 3842:15, 3843:1,

3843:2, 3843:5

**THOMAS** [1] - 3804:23

**THOROUGH** [1] - 3828:22

**THOSE** [17] - 3815:11, 3817:7, 3818:24, 3819:21, 3820:5, 3820:11, 3822:11, 3822:13, 3822:19, 3822:23, 3823:2, 3833:22, 3836:14, 3836:16, 3836:22, 3837:10

**THOUGH** [1] - 3829:6

**THOUGHT** [2] - 3837:3, 3843:3

**THREE** [5] - 3814:18, 3820:10, 3820:11, 3835:17, 3838:24

**THREE-DIMENSIONAL** [1] - 3820:10

**THROUGH** [8] - 3808:17, 3813:3, 3817:2, 3833:23, 3842:6, 3842:11, 3842:12

**THROUGHOUT** [3] - 3815:4, 3824:7, 3832:23

**TIDAL** [1] - 3833:8

**TIDE** [2] - 3827:7, 3827:8

**TIDES** [10] - 3815:4, 3823:15, 3823:17, 3824:23, 3826:18, 3827:3, 3827:5, 3827:19, 3828:1

**TIME** [7] - 3810:9, 3814:8, 3815:18, 3815:19, 3816:12, 3816:13, 3840:7

**TIMING** [1] - 3826:13

**TO** [203] - 3808:7, 3808:9, 3808:15, 3809:1, 3809:7, 3809:14, 3809:15, 3809:17, 3809:19, 3809:22, 3810:2, 3810:4, 3810:15, 3810:18, 3810:24, 3811:4, 3811:5, 3811:8, 3811:12, 3811:17, 3811:20, 3811:23, 3812:11, 3812:25, 3813:3, 3813:5, 3813:9, 3813:15, 3813:16,

3813:17, 3813:18, 3813:20, 3814:3, 3814:7, 3814:13, 3814:15, 3814:17, 3814:21, 3814:23, 3815:1, 3815:2, 3815:3, 3815:11, 3815:25, 3816:9, 3816:11, 3816:23, 3817:4, 3817:10, 3817:19, 3817:25, 3818:7, 3819:7, 3819:8, 3819:11, 3819:12, 3819:18, 3819:19, 3819:20, 3820:1, 3820:10, 3820:13, 3820:22, 3820:25, 3821:2, 3821:8, 3821:10, 3821:13, 3821:19, 3822:4, 3822:5, 3822:6, 3822:9, 3822:18, 3822:22, 3823:8, 3823:9, 3823:11, 3823:13, 3824:1, 3824:6, 3824:7, 3825:5, 3825:11, 3825:14, 3825:18, 3825:21, 3825:22, 3825:25, 3826:2, 3826:11, 3826:22, 3826:24, 3827:4, 3827:7, 3828:2, 3828:11, 3828:14, 3828:24, 3829:6, 3829:13, 3829:18, 3829:24, 3830:18, 3830:25, 3831:1, 3831:4, 3831:11, 3831:12, 3831:13, 3831:17, 3831:19, 3831:23, 3832:17, 3832:19, 3833:5, 3833:8, 3833:10, 3833:20, 3833:23, 3834:1, 3834:9, 3834:13, 3834:20, 3834:25, 3835:14, 3835:17, 3835:21, 3835:24, 3836:10, 3836:11, 3836:22, 3836:23, 3837:4, 3837:9, 3837:13, 3837:14, 3837:15, 3837:16, 3837:17, 3837:20, 3837:24, 3838:3, 3838:7, 3838:14, 3838:18, 3838:21, 3838:24, 3839:1, 3839:2, 3839:3,

3839:4, 3839:7, 3839:9, 3839:13, 3839:15, 3839:16, 3839:20, 3839:23, 3840:13, 3841:4, 3841:5, 3841:8, 3841:10, 3841:18, 3842:2, 3842:13, 3842:19, 3842:24, 3842:25, 3843:1, 3843:3, 3843:4, 3843:15, 3843:16, 3844:7

**TODAY** [1] - 3832:16

**TOGETHER** [2] - 3822:16, 3824:10

**TOGGLE** [3] - 3813:18, 3835:3, 3843:8

**TOLD** [1] - 3835:25

**TOO** [1] - 3839:14

**TOOK** [3] - 3816:16, 3817:2, 3826:9

**TOP** [3] - 3831:6, 3831:14, 3833:18

**TOPOGRAPHIC** [2] - 3819:6, 3832:24

**TOPOGRAPHY** [1] - 3834:12

**TORTS** [1] - 3806:5

**TOTALLY** [1] - 3831:14

**TOWARDS** [1] - 3814:10

**TRANSCRIPT** [3] - 3804:7, 3806:20, 3844:7

**TREMENDOUS** [2] - 3813:23, 3843:10

**TREMENDOUSLY** [3] - 3815:8, 3815:22, 3816:19

**TRIAL** [3] - 3804:7, 3811:20, 3829:20

**TRIANGLE** [4] - 3810:22, 3813:15, 3813:17, 3813:20

**TRIED** [4] - 3817:10, 3822:18, 3835:21, 3839:16

**TRUE** [1] - 3844:7

**TRUER** [1] - 3823:3

**TRY** [2] - 3808:9, 3829:24

**TRYING** [4] - 3831:11, 3831:19, 3842:19

**TURN** [1] - 3832:17

**TURNING** [1] - 3810:12

**TWO** [15] - 3812:11, 3812:14, 3813:22, 3814:16, 3820:1, 3820:8, 3822:11, 3822:15, 3824:10, 3825:22, 3835:4, 3835:8, 3842:20, 3843:8

**TWO-DIMENSIONAL** [1] - 3820:8

**TX** [1] - 3804:24

**TYPICALLY** [1] - 3813:14

## U

**U** [1] - 3806:4

**U.S** [1] - 3832:9

**ULTIMATE** [2] - 3815:1, 3839:21

**ULTIMATELY** [1] - 3830:12

**UNABLE** [2] - 3837:14, 3837:17

**UNANNOUNCED** [1] - 3836:6

**UNCERTAINTY** [1] - 3821:9

**UNDER** [4] - 3809:2, 3824:2, 3826:10, 3836:9

**UNDERPREDICTING** [3] - 3818:1, 3818:3, 3825:8

**UNDERPREDICTION** [3] - 3819:17, 3821:2, 3825:12

**UNDERPREDICTIONS** [2] - 3817:25, 3820:5

**UNDERSTAND** [6] - 3812:25, 3825:23, 3827:11, 3831:19, 3836:2, 3836:4

**UNDERSTANDING** [4] - 3830:7, 3834:14, 3843:4, 3844:8

**UNFORTUNATELY** [3] - 3826:17, 3826:20, 3828:4

**UNITED** [4] - 3804:1, 3804:5, 3804:8, 3844:5

**UNTIL** [1] - 3808:18

**UP** [27] - 3810:5, 3810:14, 3813:10, 3815:22, 3816:4, 3817:7, 3817:8, 3819:3, 3819:15, 3819:24, 3820:1,

3824:12, 3824:13, 3824:20, 3824:23, 3824:24, 3825:22, 3826:9, 3827:8, 3827:23, 3828:2, 3828:8, 3829:24, 3832:22, 3833:13, 3835:11, 3836:5

**UPON** [2] - 3834:16, 3839:23

**UPRIVER** [1] - 3833:12

**URS** [5] - 3820:19, 3820:21, 3820:22, 3822:1

**US** [1] - 3808:24, 3820:11, 3820:23, 3821:5, 3823:9, 3828:19, 3832:18, 3833:20, 3838:15, 3838:16

**USE** [5] - 3831:5, 3831:9, 3832:6

**USED** [14] - 3829:3, 3831:5, 3831:13, 3831:25, 3832:4, 3834:6, 3834:10, 3834:20, 3834:22, 3835:10, 3835:24, 3836:22, 3837:7, 3837:21

**USING** [5] - 3811:10, 3811:15, 3815:14, 3823:2, 3832:19

**UTILIZED** [2] - 3829:8, 3839:18

## V

**V** [1] - 3804:4

**V3** [1] - 3834:18

**V32007** [1] - 3834:24

**V7** [1] - 3835:10

**VALIDATE** [1] - 3815:3

**VALIDATED** [1] - 3814:22

**VALIDATION** [3] - 3814:23, 3814:25, 3815:1

**VALUE** [4] - 3816:16, 3817:24, 3821:9, 3821:10

**VARIOUS** [4] - 3832:20, 3833:24, 3834:2, 3834:6

**VARY** [1] - 3820:8

**VERSION** [5] - 3829:15, 3832:2, 3834:18, 3835:2, 3835:9

**VERSIONS** [3] - 3834:2, 3834:6

**VERTICAL** [1] - 3824:21

**VERY** [47] - 3809:1, 3810:5, 3810:23, 3813:8, 3813:11, 3819:18, 3820:25, 3821:20, 3821:24, 3822:2, 3822:16, 3824:11, 3824:24, 3825:6, 3825:24, 3826:23, 3827:3, 3828:6, 3828:8, 3828:19, 3828:22, 3832:8, 3832:11, 3833:4, 3834:13, 3834:20, 3834:25, 3835:6, 3836:23, 3838:10, 3838:22, 3841:16, 3841:17, 3841:18, 3842:2, 3842:9, 3843:10, 3843:13

**VICTOR** [1] - 3805:19

**VIGOROUSLY** [1] - 3819:18

**VOLUME** [1] - 3804:9

**VOLUMETRICALLY** [1] - 3813:2

**VRIJLING** [3] - 3840:1, 3840:2, 3840:4

**VULNERABILITY** [1] - 3830:22

## W

**WALL** [1] - 3841:16

**WALTER** [1] - 3805:8

**WANT** [8] - 3811:4, 3817:3, 3830:25, 3831:17, 3833:8, 3838:3, 3839:13, 3841:4

**WANTED** [1] - 3835:24

**WARREN** [1] - 3806:1

**WAS** [45] - 3813:22, 3814:1, 3814:7, 3815:18, 3817:19, 3818:10, 3818:15, 3820:21, 3820:23, 3821:18, 3822:10, 3822:25, 3823:13, 3825:6, 3825:10, 3827:14, 3827:22, 3827:24, 3829:20,

3830:5, 3830:17,
3831:24, 3832:1,
3832:8, 3832:21,
3834:14, 3834:16,
3834:20, 3834:22,
3835:1, 3835:3,
3835:10, 3835:25,
3836:22, 3837:7,
3837:8, 3840:8,
3842:4, 3842:5,
3843:12, 3843:19
**WASH** [1] - 3817:2
**WASHED** [1] -
3817:7
**WASHINGTON** [1] -
3806:13
**WASN'T** [2] -
3811:25, 3829:14
**WATCH** [1] - 3808:18
**WATER** [89] -
3810:1, 3810:5,
3810:6, 3810:25,
3811:1, 3812:10,
3812:14, 3812:19,
3813:2, 3813:4,
3813:6, 3813:10,
3813:12, 3813:23,
3814:1, 3814:3,
3814:13, 3814:17,
3815:9, 3815:10,
3815:11, 3815:13,
3815:17, 3815:18,
3815:22, 3815:24,
3815:25, 3816:4,
3816:6, 3816:9,
3816:14, 3816:18,
3816:19, 3816:22,
3816:23, 3816:25,
3817:5, 3817:10,
3817:12, 3817:13,
3817:15, 3817:19,
3818:15, 3818:16,
3818:17, 3819:8,
3819:24, 3820:9,
3820:17, 3820:18,
3820:24, 3821:6,
3822:9, 3822:15,
3823:3, 3823:6,
3823:7, 3824:8,
3824:12, 3824:14,
3824:18, 3824:20,
3824:24, 3825:11,
3825:25, 3826:1,
3826:4, 3827:6,
3827:13, 3827:23,
3828:2, 3828:10,
3833:14, 3834:15,
3835:4, 3840:8,
3842:9, 3842:10,
3842:11, 3842:13

**WATERS** [2] -
3816:6, 3830:10
**WAVE** [11] - 3817:7,
3817:16, 3820:6,
3820:13, 3820:14,
3821:22, 3825:15,
3825:17, 3825:18,
3828:20, 3830:20
**WAVE'S** [1] - 3817:8
**WAVE-BREAKING**
[1] - 3820:6
**WAVES** [6] -
3819:15, 3819:19,
3819:21, 3820:2,
3830:8, 3842:1
**WAY** [9] - 3812:4,
3816:1, 3817:2,
3823:15, 3823:20,
3824:18, 3828:6,
3842:13
**WAYS** [1] - 3819:3
**WE** [198] - 3808:13,
3808:15, 3808:16,
3808:21, 3809:8,
3809:14, 3809:17,
3809:20, 3809:22,
3810:3, 3810:6,
3810:17, 3810:19,
3810:21, 3811:12,
3811:24, 3812:4,
3812:11, 3812:12,
3812:25, 3813:14,
3813:18, 3813:19,
3814:1, 3814:4,
3814:5, 3814:6,
3814:8, 3814:12,
3814:14, 3814:16,
3815:2, 3815:7,
3815:8, 3815:9,
3815:12, 3815:16,
3815:18, 3815:23,
3815:24, 3816:1,
3816:2, 3816:3,
3816:6, 3816:7,
3816:8, 3816:9,
3816:11, 3816:19,
3817:2, 3817:3,
3817:9, 3817:10,
3817:11, 3817:12,
3817:18, 3817:23,
3818:5, 3818:19,
3818:20, 3818:25,
3819:12, 3819:14,
3819:22, 3820:2,
3820:8, 3820:12,
3820:25, 3821:10,
3821:14, 3821:16,
3821:21, 3821:22,
3821:23, 3822:4,
3822:8, 3822:9,

3822:14, 3822:18,
3822:19, 3822:24,
3822:25, 3823:1,
3823:2, 3823:3,
3823:11, 3823:15,
3823:17, 3823:18,
3824:5, 3824:9,
3824:11, 3824:12,
3824:13, 3824:17,
3824:23, 3824:24,
3825:1, 3825:8,
3825:11, 3825:15,
3825:23, 3826:3,
3826:9, 3826:11,
3826:12, 3826:13,
3826:16, 3826:18,
3826:19, 3827:3,
3827:6, 3827:7,
3827:11, 3827:13,
3827:23, 3828:1,
3828:3, 3828:5,
3828:6, 3829:10,
3829:25, 3831:12,
3831:13, 3831:16,
3832:11, 3832:14,
3832:24, 3832:25,
3833:1, 3833:2,
3833:5, 3833:12,
3833:17, 3833:19,
3834:18, 3834:21,
3835:1, 3835:2,
3835:3, 3835:6,
3835:9, 3835:21,
3835:22, 3836:21,
3836:25, 3837:3,
3837:22, 3838:14,
3838:18, 3838:22,
3839:8, 3839:15,
3840:2, 3840:7,
3840:20, 3841:4,
3841:15, 3841:21,
3841:23, 3842:1,
3842:5, 3842:22,
3843:8, 3843:16
**WE'LL** [2] - 3808:18,
3839:13
**WE'RE** [28] - 3809:1,
3809:15, 3813:15,
3816:12, 3817:9,
3818:1, 3818:2,
3818:5, 3818:18,
3819:12, 3819:14,
3819:25, 3821:7,
3823:12, 3824:4,
3825:8, 3825:9,
3825:23, 3826:10,
3827:14, 3827:19,
3827:20, 3829:24,
3831:18, 3833:23,
3835:23, 3839:4
**WE'VE** [8] - 3808:22,

3827:4, 3829:23,
3835:25, 3837:5,
3837:21, 3843:2
**WEAKENING** [1] -
3813:24
**WEATHER** [1] -
3832:13
**WEDNESDAY** [2] -
3804:4, 3808:2
**WEEK** [2] - 3834:21,
3835:15
**WEIRS** [1] - 3841:17
**WELL** [20] - 3818:18,
3819:12, 3821:9,
3821:14, 3822:21,
3822:23, 3823:1,
3825:2, 3826:13,
3826:18, 3827:14,
3827:19, 3828:19,
3831:8, 3832:10,
3833:22, 3835:11,
3839:6, 3842:7,
3842:11
**WENT** [1] - 3840:8
**WERE** [27] - 3808:13,
3808:15, 3813:25,
3816:24, 3816:25,
3817:1, 3817:14,
3818:19, 3820:19,
3821:12, 3822:19,
3825:21, 3828:19,
3833:9, 3834:11,
3834:12, 3834:23,
3835:24, 3836:12,
3836:22, 3836:24,
3838:16, 3839:14,
3839:18, 3839:24,
3841:6
**WEST** [6] - 3814:3,
3823:21, 3826:2,
3828:7, 3841:18,
3842:2
**WEST-ONLY** [1] -
3828:7
**WESTERINK** [6] -
3807:5, 3808:13,
3808:24, 3831:23,
3838:19, 3841:6
**WESTERINK'S** [3] -
3840:2, 3840:3,
3840:4
**WESTERLY** [1] -
3826:3
**WETLAND** [1] -
3834:12
**WETLANDS** [2] -
3833:7, 3834:12
**WHAT** [41] - 3808:24,
3809:7, 3809:22,
3812:24, 3813:3,

3814:1, 3814:12,
3814:25, 3815:2,
3815:21, 3817:9,
3817:22, 3817:23,
3818:24, 3820:25,
3821:7, 3821:18,
3822:4, 3822:8,
3822:10, 3823:12,
3823:22, 3824:3,
3824:17, 3824:23,
3825:6, 3826:14,
3826:18, 3827:16,
3829:12, 3831:4,
3831:11, 3833:15,
3834:14, 3837:21,
3839:3, 3840:6,
3840:7, 3842:5
**WHAT'S** [5] - 3810:3,
3810:21, 3810:24,
3813:5, 3823:20
**WHEN** [18] -
3808:13, 3811:19,
3811:25, 3813:1,
3814:8, 3818:5,
3821:9, 3823:8,
3825:11, 3826:1,
3828:6, 3832:24,
3833:2, 3833:15,
3837:7, 3837:25,
3838:10
**WHENEVER** [1] -
3837:22
**WHERE** [14] -
3808:16, 3809:23,
3816:9, 3817:19,
3819:14, 3821:23,
3821:24, 3823:13,
3824:5, 3826:16,
3827:4, 3831:18,
3840:8, 3842:17
**WHEREUPON** [1] -
3843:19
**WHETHER** [2] -
3832:24, 3839:3
**WHICH** [13] -
3810:11, 3815:8,
3823:7, 3824:20,
3826:1, 3827:18,
3828:23, 3830:3,
3831:5, 3836:12,
3838:16, 3838:23,
3841:5
**WHILE** [3] - 3832:21,
3834:1, 3838:8
**WHOLE** [8] -
3814:17, 3815:20,
3816:14, 3816:20,
3819:16, 3829:3,
3832:23, 3842:21
**WHY** [8] - 3810:6,

3816:2, 3825:23, 3831:1, 3836:8, 3838:13, 3842:16, 3842:22
**WILL** [13] - 3808:8, 3808:9, 3814:14, 3814:18, 3816:15, 3822:13, 3824:10, 3839:25, 3840:21, 3840:22, 3840:24, 3842:13, 3843:16
**WIND** [3] - 3810:9, 3810:18, 3813:14
**WINDOWS** [1] - 3817:17
**WINDS** [13] - 3809:1, 3809:15, 3810:3, 3810:12, 3810:21, 3813:25, 3814:2, 3814:9, 3816:5, 3819:17, 3826:3, 3827:12, 3828:19
**WITH** [24] - 3810:7, 3811:10, 3813:22, 3815:5, 3819:2, 3820:6, 3820:16, 3820:18, 3822:18, 3823:7, 3826:3, 3826:8, 3826:9, 3827:1, 3827:15, 3828:9, 3828:10, 3829:16, 3833:9, 3833:20, 3838:24, 3840:2, 3840:3, 3840:4
**WITHDRAWAL** [1] - 3813:1
**WITHIN** [3] - 3819:10, 3822:3, 3822:13
**WITNESS** [8] - 3808:20, 3812:4, 3812:18, 3818:12, 3818:14, 3826:23, 3835:14, 3838:14
**WITNESSES** [1] - 3807:4
**WON'T** [2] - 3831:6, 3839:10
**WONDER** [4] - 3808:16, 3812:23, 3814:22, 3828:12
**WOODCOCK** [1] - 3806:12
**WORDS** [1] - 3842:17
**WORK** [4] - 3830:5, 3830:6, 3830:15, 3831:25
**WORKING** [1] -

3808:20
**WORLD** [1] - 3832:13
**WOULD** [17] - 3811:14, 3812:17, 3813:16, 3814:21, 3815:16, 3818:6, 3818:20, 3820:17, 3821:12, 3822:6, 3825:6, 3825:21, 3829:18, 3832:17, 3837:11, 3837:22, 3839:15
**WOULDN'T** [2] - 3821:13, 3824:8
**WRIGHT** [1] - 3805:1
**WRONG** [2] - 3811:5, 3839:14
**WROTE** [1] - 3830:6

# X

**X** [2] - 3807:2, 3821:12

# Y

**Y** [1] - 3821:11
**YEAH** [2] - 3818:14, 3840:22
**YEARS** [4] - 3833:25, 3839:10, 3839:11, 3839:14
**YELLOW** [1] - 3818:6
**YES** [4] - 3810:21, 3811:3, 3818:13, 3836:20
**YESTERDAY** [1] - 3808:13
**YET** [2] - 3835:9, 3835:18
**YORK** [1] - 3805:24
**YOU** [114] - 3808:17, 3808:24, 3809:9, 3810:10, 3811:7, 3811:19, 3812:2, 3812:3, 3812:8, 3812:16, 3812:17, 3812:20, 3812:22, 3812:23, 3813:3, 3813:16, 3814:22, 3814:23, 3814:24, 3815:10, 3815:13, 3816:15, 3816:16, 3816:22, 3817:2, 3817:22, 3817:24, 3818:1, 3818:10, 3818:23, 3819:15, 3819:24, 3820:4, 3820:17, 3820:25,

3821:5, 3821:10, 3822:2, 3822:5, 3822:6, 3822:15, 3823:6, 3823:9, 3823:22, 3824:6, 3824:10, 3824:11, 3824:15, 3824:17, 3824:20, 3825:4, 3825:8, 3825:14, 3825:15, 3825:21, 3825:23, 3826:1, 3826:5, 3826:10, 3826:21, 3827:1, 3827:3, 3828:12, 3829:18, 3830:3, 3831:1, 3831:5, 3831:8, 3831:10, 3831:11, 3831:16, 3832:3, 3832:18, 3834:2, 3834:3, 3834:8, 3834:10, 3834:16, 3835:17, 3835:21, 3836:2, 3836:16, 3837:10, 3837:12, 3837:16, 3837:21, 3838:8, 3838:10, 3838:18, 3838:21, 3839:1, 3839:9, 3840:12, 3840:21, 3840:23, 3841:1, 3841:2, 3841:9, 3841:22, 3842:9, 3842:10, 3842:11, 3842:22, 3843:6, 3843:8, 3843:17
**YOU'RE** [6] - 3811:15, 3823:25, 3837:14, 3839:1, 3840:16
**YOU'VE** [6] - 3812:16, 3813:13, 3831:19, 3832:19, 3833:24, 3840:13
**YOUR** [50] - 3808:6, 3808:9, 3811:2, 3811:12, 3812:2, 3814:22, 3815:11, 3815:14, 3816:22, 3820:16, 3820:18, 3821:6, 3822:7, 3823:5, 3823:6, 3823:10, 3823:22, 3825:4, 3826:8, 3827:1, 3828:9, 3828:13, 3828:24, 3829:1, 3829:13, 3829:17, 3829:18, 3830:25, 3831:8, 3831:9, 3832:6, 3836:4, 3836:16,

3836:19, 3837:18, 3838:7, 3838:12, 3839:22, 3839:25, 3840:1, 3840:20, 3841:2, 3841:5, 3841:11, 3842:15, 3843:4, 3843:6, 3843:17
**YOURSELF** [1] - 3829:13

# Z

**ZERO** [2] - 3818:2, 3818:6
**ZOOM** [1] - 3829:25

DAILY COPY