1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5   NORMAN ROBINSON, ET AL          *   DOCKET 06-CV-2268-K
                                    *
6   VERSUS                          *   NEW ORLEANS, LOUISIANA
                                    *
7   UNITED STATES OF AMERICA, ET AL *   MAY 13, 2009
    * * * * * * * * * * * * * * * * *

8

9

10                  VOLUME 18 - AFTERNOON SESSION
                    TRIAL PROCEEDINGS BEFORE THE
11             HONORABLE STANWOOD R. DUVAL JR.
                    UNITED STATES DISTRICT JUDGE

12

13

    APPEARANCES:
14

15  FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                               BY:  PIERCE O'DONNELL, ESQ.
16                             550 SOUTH HOPE STREET, SUITE 1000
                               LOS ANGELES, CALIFORNIA 90071
17

18  FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                               BY:  JOSEPH M. BRUNO, ESQ.
19                                  L. SCOTT JOANEN, ESQ.
                               855 BARONNE STREET
20                             NEW ORLEANS, LOUISIANA 70113

21

    FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                             BY:  JONATHAN B. ANDRY, ESQ.
                                    KEA SHERMAN, ESQ.
23                             610 BARONNE STREET
                               NEW ORLEANS, LOUISIANA 70113
24

25

                           FINAL DAILY COPY

1   APPEARANCES (CONTINUED):

2
    FOR THE PLAINTIFFS:          BARON & BUDD, PC
3                                BY:  THOMAS SIMS, ESQ.
                                 3102 OAK LAWN AVENUE, SUITE 1100
4                                DALLAS, TEXAS 75219

5
    FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
6                                BY:  JAMES P. ROY, ESQ.
                                 556 JEFFERSON STREET, SUITE 500
7                                POST OFFICE BOX 3668
                                 LAFAYETTE, LOUISIANA 70502
8

9   FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
                                 BY:  FRANK C. DUDENHEFER JR., ESQ.
10                               601 POYDRAS STREET, SUITE 2655
                                 NEW ORLEANS, LOUISIANA 70130
11

12  FOR THE PLAINTIFFS:          DUMAS & ASSOCIATES LAW FIRM, LLC
                                 BY:  WALTER C. DUMAS, ESQ.
13                               LAWYER'S COMPLEX
                                 1261 GOVERNMENT STREET
14                               POST OFFICE BOX 1366
                                 BATON ROUGE, LOUISIANA 70821
15

16  FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT
                                 BY:  CALVIN C. FAYARD JR., ESQ.
17                               519 FLORIDA AVENUE S.W.
                                 DENHAM SPRINGS, LOUISIANA 70726
18

19  FOR THE PLAINTIFFS:          MICHAEL C. PALMINTIER, A PLC
                                 BY:  MICHAEL C. PALMINTIER, ESQ.
20                                    JOSHUA M. PALMINTIER, ESQ.
                                 618 MAIN STREET
21                               BATON ROUGE, LOUISIANA 70801

22
    FOR THE PLAINTIFFS:          LAW OFFICE OF ELWOOD C. STEVENS JR.,
23                                 A PLC
                                 BY:  ELWOOD C. STEVENS JR., ESQ.
24                               1205 VICTOR II BOULEVARD
                                 POST OFFICE BOX 2626
25                               MORGAN CITY, LOUISIANA 70381


                              FINAL DAILY COPY

1    APPEARANCES (CONTINUED):

2

3    FOR SUBROGATED INSURERS:    THE GILBERT FIRM
                                 BY:  ELISA T. GILBERT, ESQ.
                                      BRENDAN R. O'BRIEN, ESQ.
4                                325 EAST 57TH STREET
                                 NEW YORK, NEW YORK 10022

5

6    ALSO PRESENT FOR           J. ROBERT WARREN II, ESQ.
       PLAINTIFFS:              ASHLEY E. PHILEN, ESQ.
7                               MRGO LITIGATION GROUP
                                600 CARONDELET STREET, SUITE 604
8                               NEW ORLEANS, LOUISIANA 70130

9

10   FOR THE DEFENDANT:         U.S. DEPARTMENT OF JUSTICE
                                TORTS BRANCH, CIVIL DIVISION
                                BY:  DANIEL M. BAEZA JR., ESQ.
11                                   JEFFREY PAUL EHRLICH, ESQ.
                                     TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                   MICHELE S. GREIF, ESQ.
                                     CONOR KELLS, ESQ.
13                                   PAUL MARC LEVINE, ESQ.
                                     JAMES F. MCCONNON JR., ESQ.
14                                   KARA K. MILLER, ESQ.
                                     RUPERT MITSCH, ESQ.
15                                   PETER G. MYER, ESQ.
                                     ROBIN D. SMITH, ESQ.
16                                   SARAH K. SOJA, ESQ.
                                     RICHARD R. STONE SR., ESQ.
17                                   JOHN WOODCOCK, ESQ.
                                BENJAMIN FRANKLIN STATION
18                              P.O. BOX 888
                                WASHINGTON, DC 20044
19

20   OFFICIAL COURT REPORTER:   TONI DOYLE TUSA, CCR, FCRR
                                500 POYDRAS STREET, ROOM HB-406
21                              NEW ORLEANS, LOUISIANA 70130
                                (504) 589-7778
22

23

24

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED BY COMPUTER.


                         FINAL DAILY COPY

1                          I N D E X

2                                                        PAGE

3    JOANNES WESTERINK
          DIRECT EXAMINATION                        3849
4

5    DEFENSE PROFFER 8                               3856

6
     DEFENSE PROFFER 9                               3869
7

8    STEPHEN DELOACH
          VOIR DIRE                                  3892
9         TRAVERSE                                   3897
          DIRECT EXAMINATION                         3897
10        CROSS-EXAMINATION                          3935

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                         FINAL DAILY COPY

| | | |
|---|---|---|
| 12:55 | 1 | **AFTERNOON SESSION** |
| 12:55 | 2 | **(MAY 13, 2009)** |
| 12:55 | 3 | **THE DEPUTY CLERK:**  ALL RISE, PLEASE. |
| 12:55 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:25 | 5 | (WHEREUPON, **JOANNES WESTERINK**, HAVING BEEN DULY |
| 13:25 | 6 | SWORN, TESTIFIED AS FOLLOWS.) |
| 13:25 | 7 | **DIRECT EXAMINATION** |
| 13:25 | 8 | BY MR. SMITH: |
| 13:25 | 9 | **Q.**   DR. WESTERINK, I'D LIKE TO TURN TO THE SURGE HYDROGRAPHS |
| 13:25 | 10 | FOR THE INNER HARBOR NAVIGATIONAL CANAL LOCK.  WE HAVE HERE A |
| 13:26 | 11 | GRAPHIC WHICH HAS OVERLAID ON IT THE HYDROGRAPH THAT OUTPUTS |
| 13:26 | 12 | FROM YOUR MODEL RUN IN BLACK.  WE HAVE A DOTTED RED LINE -- OR |
| 13:26 | 13 | A BROKEN RED LINE, I SHOULD SAY; IT'S NOT DOTTED, BUT A BROKEN |
| 13:26 | 14 | RED LINE WHICH REPRESENTS YOUR MODEL RESULTS SCALED UP BY |
| 13:26 | 15 | 4 PERCENT AS MR. EBERSOLE SCALED THEM.  OVERLAID ON THAT IS THE |
| 13:26 | 16 | FINEL OUTPUT THAT WAS PRODUCED BY THE PLAINTIFFS' EXPERT.  ALL |
| 13:26 | 17 | OF THOSE MODEL OUTPUTS ARE COMPARED TO OR LAID OVER THE GAUGE |
| 13:26 | 18 | DATA. |
| 13:26 | 19 | THERE'S ALSO A STAR ON THIS GRAPHIC -- AN ASTERISK, |
| 13:26 | 20 | IF YOU WILL -- THAT REPRESENTS AN ELEVATION AND A TIME THAT WAS |
| 13:26 | 21 | RECORDED WITH A DIGITAL CAMERA.  WE HAVE A PHOTOGRAPH OF A |
| 13:26 | 22 | POINT THERE THAT WAS USED TO ASCERTAIN THE SURGE ELEVATION AT A |
| 13:27 | 23 | PARTICULAR TIME DURING HURRICANE KATRINA. |
| 13:27 | 24 | I WONDER IF YOU COULD COMMENT ON THE EXISTENCE OF TWO |
| 13:27 | 25 | PEAKS IN SURGE THAT ARE SHOWN IN YOUR MODEL OUTPUT AND IN THE |

13:27  1  FINEL MODEL OUTPUT IN THE IHNC AND EXPLAIN, IF YOU WILL, WHY

13:27  2  THOSE HUMPS EXIST IN THE MODEL DATA BUT DO NOT EXIST IN THE

13:27  3  GAUGE DATA.

13:27  4  **A.**   I CAN.  FIRST OF ALL, I WANT TO POINT OUT THAT CERTAINLY

13:27  5  THE HYDROGRAPHS ARE QUITE SIMILAR IN MANY WAYS; IN TERMS OF THE

13:27  6  MODELED HYDROGRAPHS, THAT IS.  THE ADCIRC SL15 AND THE FINEL

13:27  7  MODEL OUTPUTS, THEY BOTH HAVE A PRIMARY AND SECONDARY PEAK; THE

13:27  8  MAJOR DIFFERENCE BEING THAT THE FINEL OUTPUT -- WHICH, OF

13:28  9  COURSE, WAS DRIVEN BY THE SL15 AND THE WIND ADJUSTMENTS AND

13:28  10  BOUNDARY CONDITIONS -- HAS A MUCH DEPRESSED SECONDARY PEAK.

13:28  11       I HAVE A SEQUENCE OF SLIDES THAT GIVES, I THINK, A

13:28  12  NICE EXPLANATION AS TO WHAT'S HAPPENING AND WHY WE SEE THE

13:28  13  SECONDARY PEAK AND WHY THERE MIGHT BE A DIP AS WELL.

13:28  14  **Q.**   COULD WE SHOW A SEQUENCE OF ELEVATION MAPS BEGINNING AT

13:28  15  7:00 ON THE MORNING OF AUGUST 29.

13:28  16  **A.**   SO THIS IS ABOUT 50 MINUTES PAST THE FIRST LANDFALL.  OF

13:28  17  COURSE, WE HAVE THE WINDS DRIVING THE WATER DIRECTLY TOWARDS

13:28  18  THE CHALMETTE LEVEE.  WE HAVE A PRETTY STRONG GRADIENT AT THE

13:28  19  END OF THE IHNC.  WHAT WE'RE SEEING IS RISING WATER, AND WE'RE

13:28  20  AT A LITTLE BIT OVER 15 FEET, 15 AND A QUARTER PERHAPS, ALONG

13:28  21  THE CHALMETTE LEVEE.

13:29  22       THEN WE GO TO 8:00 AND THE WATER CONTINUES TO RISE

13:29  23  ALONG THE LEVEE.  HOWEVER, THE WIND'S STARTING TO SHIFT AND WE

13:29  24  PRETTY MUCH REACH THE PEAK A LITTLE BIT BEFORE THEN, ACTUALLY.

13:29  25  AND THEN --

13:29    1   **Q.**   DR. WESTERINK, I'M SORRY.  I DON'T WANT TO INTERRUPT YOU,

13:29    2   BUT IF WE COULD GO BACK TO THE 7:00 SLIDE.  IF YOU COULD

13:29    3   COMMENT ON THE INSET THAT'S IN THE LOWER RIGHT-HAND CORNER OF

13:29    4   THAT SLIDE.

13:29    5   **A.**   CERTAINLY.  SO WHAT WE'RE SEEING HERE IS THE TIME WITH THE

13:29    6   RED LINE.  SO WE SEE WE'RE ON THE RISING PORTION OF THE

13:29    7   HYDROGRAPH, SO WE'RE STILL PUSHING WATER UP.  WHEN WE GO TO

13:29    8   8:00 --

13:29    9   **Q.**   IF I COULD SLOW YOU DOWN HERE JUST A SECOND.  SO,

13:29   10   BASICALLY, WHAT WE HAVE ARE -- THIS IS WHAT WE WERE DOING

13:29   11   YESTERDAY WHEN WE WERE ATTEMPTING TO SHOW DIFFERENCES BETWEEN

13:29   12   THE PLOTS, WHICH SHOW OVER AN AREA THE SURGE ELEVATION, AND WE

13:29   13   WERE COMPARING THAT TO A HYDROGRAPH FROM A SPECIFIC POINT.  IN

13:30   14   THIS CASE THE INSET HYDROGRAPH IS THE HYDROGRAPH FOR THE IHNC?

13:30   15   **A.**   THAT'S CORRECT.

13:30   16   **Q.**   SO WE HAVE TWO DIFFERENT DEPICTIONS, WHICH ONE SHOWS A

13:30   17   SPECIFIC POINT IN THE IHNC, AND THEN THE LARGER DEPICTION HERE

13:30   18   SHOWS THE REGIONAL CHANGE IN SURGE AT THE SAME TIME; CORRECT?

13:30   19   **A.**   THAT IS CORRECT.

13:30   20   **Q.**   THEN THE RED LINE THAT YOU'VE SUPERIMPOSED OVER THE

13:30   21   HYDROGRAPH IN THE INSET REFLECTS THE TIME AT WHICH THE LARGER

13:30   22   GRAPHIC SHOWS THAT SAME SURGE ELEVATION; CORRECT?

13:30   23   **A.**   THAT'S RIGHT.  SO YOU GET A FEELING WHAT IT'S DOING IN

13:30   24   TIME BY LOOKING AT THE HYDROGRAPH, WHETHER AT THE RISING OR

13:30   25   FALLING PORTION OF THE HYDROGRAPH, AND YOU GET A SNAPSHOT OF

3852

| | | |
|---|---|---|
| 13:30 | 1 | WHAT'S HAPPENING IN SPACE IN TERMS OF WHAT'S DRIVING THE FLOW |
| 13:30 | 2 | AND WHAT THE REGIONAL DISTRIBUTION LOOKS LIKE. |
| 13:30 | 3 | **Q.**   I'M SORRY.  COULD YOU THEN GO ON TO 8:00, THEN, PLEASE. |
| 13:30 | 4 | **A.**   SO AT 8:00, AGAIN, WE'RE A LITTLE BIT BEYOND THE PEAK, THE |
| 13:30 | 5 | PEAK OUT TO ABOUT 15.7 FEET ON THE CHALMETTE LEVEE, AND THE |
| 13:31 | 6 | WINDS ARE STARTING TO SHIFT A LITTLE BIT.  SO IF WE GO TO 9:00 |
| 13:31 | 7 | NOW, WE NOW ARE PUSHING WATER AWAY AND WATER IS STARTING TO |
| 13:31 | 8 | FALL. |
| 13:31 | 9 | REMEMBER THAT THE WIND SHIFTED FROM THE NORTHEAST TO |
| 13:31 | 10 | NOW, ESSENTIALLY, TO A NORTHWESTERLY WIND, AND SO THAT WATER'S |
| 13:31 | 11 | BEING SWEPT AWAY, WHICH CORRESPONDS TO A GYRE, WHICH IS |
| 13:31 | 12 | STARTING TO MOVE WATER AWAY FROM THE GOLDEN TRIANGLE AREA. |
| 13:31 | 13 | THAT'S WHY WE SEE THIS FALLING HYDROGRAPH. |
| 13:31 | 14 | SO IF WE GO TO 10:00, WE CONTINUE TO FALL.  REMEMBER |
| 13:31 | 15 | THAT THE STRONG WESTERLY WINDS NOW ARE PUSHING WATER VERY |
| 13:31 | 16 | EFFECTIVELY AWAY FROM THE GOLDEN TRIANGLE AREA.  NOW WE SEE |
| 13:31 | 17 | THAT WE'VE REALLY DROPPED OUR GRADIENT IN THE MRGO REACH 1 AND |
| 13:31 | 18 | THE IHNC.  SO WE'RE AT 11 FEET HERE.  WE ARE 10 FEET HERE. |
| 13:32 | 19 | WE'RE AT 9 FEET HERE.  WE'RE AT 8 FEET HERE AT SEABROOK.  SO |
| 13:32 | 20 | OUR GRADIENT ACROSS THE CHANNEL HAS DROPPED TREMENDOUSLY. |
| 13:32 | 21 | WE KNOW IN THE HYDROGRAPH THAT WE'RE ACTUALLY GETTING |
| 13:32 | 22 | TO A LOW POINT, OR WE'RE NEARING A LOW POINT.  SO WHAT'S |
| 13:32 | 23 | HAPPENING HERE, IF WE LOOK AT WHAT THAT LOW POINT IS, IT'S AT |
| 13:32 | 24 | 8:00 AT 8 FEET.  WE NOTE THAT, ON THE SOUTH SHORE, WE'RE |
| 13:32 | 25 | ROUGHLY AT 8 FEET.  NOW, THE ACTUAL LOWEST POINT -- |

FINAL DAILY COPY

13:32  1  **Q.**   I'M SORRY.  I'M LOSING YOU HERE.  JUST FOR A SECOND, WHERE

13:32  2  ARE WE AT 8 FEET?

13:32  3  **A.**   RIGHT NOW AT SEABROOK WE'RE AT 8 FEET, RIGHT OVER HERE.

13:32  4  **Q.**   I SEE.

13:32  5  **A.**   WE NOTE THAT RIGHT NOW OVER IN THE INDUSTRIAL CANAL WE'RE

13:32  6  STILL AT ROUGHLY 9 FEET.  SO, REMEMBER, WE WERE AT 11, 10, 9,

13:32  7  SO IN THIS WHOLE REGION WE'RE ROUGHLY AT 9 FEET, WHICH IS WHAT

13:33  8  THE HYDROGRAPH SHOWS.  THERE'S ROUGHLY A 1-FOOT GRADIENT

13:33  9  TOWARDS LAKE PONTCHARTRAIN.

13:33  10         SO IF WE GO A LITTLE BIT LATER, THE WATER CONTINUES

13:33  11  TO DROP, BUT THE PERTINENT CONTROL APPEARS TO BE SEABROOK, AND

13:33  12  THAT IS ALLOWING THAT WATER LEVEL TO DROP IN THE IHNC AREA.

13:33  13  SO, BASICALLY, IT APPEARS THAT WHAT'S REALLY CONTROLLING HOW

13:33  14  DEEP THAT DIP CAN GO IS NOT THE GOLDEN TRIANGLE/PARIS ROAD

13:33  15  AREA, BUT IT IS THE LAKE PONTCHARTRAIN/SEABROOK CONNECTION.

13:33  16         NOW, WHAT WE SEE OVER HERE AT 11:00 AND 12:00 -- IF

13:33  17  WE COULD TOGGLE BACK TO 11:00 -- WE SEE THAT THE WATER IS

13:33  18  STARTING TO ROLL BACK IN, DRIVEN BY THE VERY HIGH GRADIENTS IN

13:33  19  MISSISSIPPI BECAUSE SO MUCH WATER PILED UP THERE.

13:33  20         **THE COURT:**  YOU SAY WE SEE THE WATER ROLLING BACK IN.

13:34  21  YOU MIGHT DESCRIBE WHY WE SEE THAT ON THAT 11:00.

13:34  22         **THE WITNESS:**  SURE.

13:34  23  **BY MR. SMITH:**

13:34  24  **Q.**   PROFESSOR, IF YOU WOULD TOGGLE BACK MAYBE TO 10:00 AND

13:34  25  COMPARE 10:00 TO 11:00.

FINAL DAILY COPY

13:34  1          THE COURT:  YOU TALKING ABOUT DEPTHS, LOOKING AT THE

13:34  2   DEPTHS AND THE COLORS?

13:34  3          THE WITNESS:  THE SURFACE ELEVATIONS, YES.  SO IF WE

13:34  4   LOOK AT 10:00 --

13:34  5          THE COURT:  YOU SEE SOME GREEN AND YELLOW AND 11, 13,

13:34  6   12, AND 14 AT THE TOP.

13:34  7          THE WITNESS:  RIGHT.  SO WE HAD THE 11-FOOT CONTOUR

13:34  8   HERE.  IF WE NOW GO TO 11:00, WE CAN SEE THAT THE 11-FOOT

13:34  9   CONTOUR IS OVER THERE.

13:34  10         THE COURT:  ALL RIGHT.

13:34  11         THE WITNESS:  SO WE CAN SEE THAT WATER ROLLING BACK

13:34  12  IN, AND THAT CORRESPONDS TO THE RISING WIND IN THE HYDROGRAPH.

13:34  13  BY MR. SMITH:

13:34  14  Q.   AT 12:00 CAN WE CONTINUE TO SEE THAT SURGE BUILD IN THIS

13:34  15  AREA?

13:34  16  A.   AGAIN, IT'S ROLLING BACK IN, AND THAT'S WHY WE'RE GETTING

13:34  17  THE SECOND HUMP THERE.  PAST 12:00, OR A LITTLE BIT PAST 12:00,

13:35  18  WE CAN SEE THAT WE HAVE A SLOW RECESSION THERE BECAUSE THE

13:35  19  WINDS HAVE DIED DOWN AND ESSENTIALLY THE WHOLE REGION IS

13:35  20  STARTING TO EFFECTIVELY DRAIN.

13:35  21         THE COURT:  JUST ONE SECOND.  WHAT NUMBER IS THIS ON

13:35  22  THE BOTTOM, THE HYDROGRAPH?  I SEE.  I JUST WANT TO MAKE SURE I

13:35  23  GET THE RIGHT HYDROGRAPH.

13:35  24         THE WITNESS:  THIS IS AT 1300 HOURS.

13:35  25         THE COURT:  1300.

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:35 | 1 | **MR. SMITH:**  IT'S STAMPED "DM-0038000310." |
| 13:36 | 2 | **THE COURT:**  I'M HAVING TO MULTITASK HERE FOR THE |
| 13:36 | 3 | MOMENT, WHICH SLOWS US UP A LITTLE BIT. |
| 13:37 | 4 | THANK YOU. |
| 13:37 | 5 | BY MR. SMITH: |
| 13:37 | 6 | **Q.**   IS THERE ANYTHING ELSE YOU WANT TO POINT OUT AT 1:00 P.M., |
| 13:37 | 7 | OR SHOULD WE GO TO 2:00 P.M.? |
| 13:37 | 8 | **A.**   WE CAN GO THROUGH THE REST OF THEM NOW AND SEE THAT |
| 13:37 | 9 | ESSENTIALLY THE WATER IS WITHDRAWING.  WE SEE THE CONTOUR LINES |
| 13:37 | 10 | DROPPING, AND WE SEE THAT WE'RE ON THE FALLING HYDROGRAPHS. |
| 13:37 | 11 | **MR. SMITH:**  YOUR HONOR, I'D LIKE TO GO INTO ANOTHER |
| 13:37 | 12 | PROFFER, IF I MAY, SO I CAN LOOK AT SOME OF THESE FLUXES AGAIN. |
| 13:37 | 13 | * * * |
| 13:37 | 14 | |
| 13:37 | 15 | |
| 13:37 | 16 | |
| 13:37 | 17 | |
| 13:37 | 18 | |
| 13:37 | 19 | |
| 13:37 | 20 | |
| 13:37 | 21 | |
| 13:37 | 22 | |
| 13:37 | 23 | |
| 13:37 | 24 | |
| 13:37 | 25 | |

13:37        1                    **DEFENSE PROFFER 8**

13:37        2    **BY MR. SMITH:**

13:37        3    **Q.**   DR. WESTERINK, IS THIS CHANGE IN SURGE, THIS ROLLING IN OF

13:37        4    SURGE, AS YOU HAVE DESCRIBED IT IN THE CLOSE-IN PLOTS THAT

13:37        5    WE'VE BEEN LOOKING AT, ALSO REFLECTED IN THE REGIONAL MOVEMENT

13:37        6    OF WATER DURING THIS SAME PERIOD?

13:37        7    **A.**   IT IS.  I THINK WE SAW THAT BEFORE WHEN WE WENT THROUGH

13:37        8    THE PLOTS AT THE MEDIUM SCALE OR AT THE MEDIUM-SIZED DOMAIN.

13:37        9    WE SAW THE WATER ROLLING IN FROM MISSISSIPPI SOUND INTO

13:38       10    LAKE BORGNE.  IF WE GO TO 8:00, WE SEE THAT CONTINUING.  WE'RE

13:38       11    PRETTY MUCH REACHING PEAK SURGE, SO WE SEE THE WATER SLOWING

13:38       12    DOWN IN THE GOLDEN TRIANGLE AREA AND BEING STOPPED THERE.

13:38       13            THEN AT 9:00 WE HAD A SLIGHT SHIFT IN WINDS, AND THEN

13:38       14    THAN CREATED THIS GYRE THERE.  SO WATER WAS ACTUALLY STARTING

13:38       15    TO GET PULLED AWAY FROM THE AREA, AND THAT CORRESPONDED TO THE

13:38       16    DROPPING HYDROGRAPH.

13:38       17            THEN AT 10:00 THAT PROCESS PRETTY MUCH CONTINUES,

13:38       18    JUST THE GYRE CONTINUES TO EXIST THERE.  THEN AT 11:00 WE CAN

13:38       19    SEE WATER ROLLING BACK IN FROM MISSISSIPPI.  REMEMBER THAT THE

13:39       20    REALLY HIGH WATER HERE IS IN BAY ST. LOUIS, AND SO IT HAS TO GO

13:39       21    SOMEWHERE.  NOW, AN IMPORTANT THING TO NOTE IS THAT OVER HERE

13:39       22    WATER IS STARTING TO WITHDRAW ALREADY.

13:39       23    **Q.**   WHEN YOU SAY "OVER HERE," ARE YOU TALKING ABOUT OVER THE

13:39       24    WETLANDS SOUTHEAST OF LAKE BORGNE?

13:39       25    **A.**   THAT'S RIGHT.  OVER THE BILOXI MARSH.  WATER IS

13:39    1    WITHDRAWING SOUTH OF THE BILOXI MARSH.  IN BRETON SOUND WATER

13:39    2    IS STARTING TO WITHDRAW AS WELL.  BUT WE SEE THAT THIS WATER

13:39    3    MAKES ITS WAY NOT OUT OF THE SYSTEM -- AND, REMEMBER, THE VERY,

13:39    4    VERY HIGH WATER IS STILL IN THE BAY ST. LOUIS AREA AND IT'S

13:39    5    ROLLING BACK IN, AND THAT CAUSES THE RISING ARM OF THE

13:39    6    HYDROGRAPH, WHICH LEADS TO THE SECOND HUMP.

13:39    7    **Q.**    DOES THAT CONTINUE ON TOWARD NOON?

13:39    8    **A.**    VERY MUCH SO.  THAT'S CONTINUING -- YOU SEE IT IN THE

13:39    9    HYDROGRAPH.  YOU SEE THAT WATER ROLLING BACK IN.  YOU SEE OVER

13:39   10    TO THE EAST OF LAKE BORGNE A VERY WELL-DEFINED WITHDRAWAL

13:40   11    THROUGHOUT THE REGION THAT DOES NOT EXIST IN AND AROUND THE

13:40   12    LAKE BORGNE REGION.  ESSENTIALLY, ALL THAT WATER THAT WAS

13:40   13    DRIVEN OUT IS NOW EQUALIZING, BUT IT DOES SO VERY EFFICIENTLY

13:40   14    BECAUSE IT HAS A NICE HYDRAULICALLY EFFICIENT PATHWAY TO GET

13:40   15    THERE.  IT'S EASIER FOR THIS WATER TO FLOW BACK IN HERE THAN IT

13:40   16    IS FOR IT ALL TO DRAIN OUT TO THE EAST.

13:40   17    **Q.**    DO WE SEE A CHANGE IN THE SYSTEM AT 1:00 IN THE AFTERNOON?

13:40   18    **A.**    WE DO.  ESSENTIALLY, WHAT WE NOW HAVE IS A WELL-DEFINED --

13:40   19    WELL, FIRST OF ALL, AN EQUALIZATION OF THE WATER LEVEL AND A

13:40   20    WELL-DEFINED WITHDRAWAL THROUGHOUT THE WHOLE SYSTEM.  WE STILL

13:40   21    DO HAVE FLOW GOING INTO LAKE PONTCHARTRAIN, BUT THROUGH THE

13:40   22    REST OF THE SYSTEM WE'RE SEEING A FALLING HYDROGRAPH, WHICH

13:40   23    CONTINUES AT 1400, AT 1500, ETC.

13:41   24              **MR. SMITH:**  THAT COMPLETES THE PROFFER, YOUR HONOR.

13:41   25                        **(END OF PROFFER)**

| | | |
|---|---|---|
| 13:41 | 1 | **THE COURT:** THANK YOU, SIR. WE ARE OFF THE PROFFER. |
| 13:41 | 2 | **BY MR. SMITH:** |
| 13:41 | 3 | **Q.** DR. WESTERINK, YOU PREVIOUSLY TALKED ABOUT THE LOW WATER |
| 13:41 | 4 | MARK OF THE -- YOUR MODELED LOW VALUES ALONG THE SOUTH SHORE OF |
| 13:41 | 5 | LAKE PONTCHARTRAIN. I WONDER IF YOU THINK THAT THE INABILITY |
| 13:41 | 6 | OF YOUR MODEL TO FULLY CAPTURE WAVE RADIATION STRESSES ALONG |
| 13:41 | 7 | THE SOUTH SHORE OF THE LAKE IS RELATED TO THE DEPTH OF THE DIP |
| 13:41 | 8 | BETWEEN THE PEAKS THAT WE SEE IN THE IHNC HYDROGRAPH? |
| 13:41 | 9 | **A.** I THINK IT IS. AGAIN, WHEN WE LOOK AT THE HIGH WATER |
| 13:41 | 10 | MARKS WHEN WE LOOKED AT SOME OF THE HYDROGRAPHS, FOR EXAMPLE, |
| 13:41 | 11 | THE 17TH STREET CANAL, IT WAS VERY CLEAR THAT WE WERE LOW |
| 13:41 | 12 | THERE. ALSO, IT'S VERY CLEAR THAT THERE ARE VERY SUSTAINED |
| 13:41 | 13 | WINDS BLOWING WAVES FROM THE NORTH SHORE OF THE LAKE TO THE |
| 13:42 | 14 | SOUTH SHORE. THOSE WAVES WILL BREAK AGAINST THE LEVEES ON THE |
| 13:42 | 15 | SOUTH SHORE OF LAKE PONTCHARTRAIN AND THEY WILL CREATE A WAVE |
| 13:42 | 16 | RADIATION, STRESS-INDUCED SETUP. |
| 13:42 | 17 | AGAIN, TO GET THAT ALL THE WAY, WE CERTAINLY HAVE |
| 13:42 | 18 | THAT EFFECT IN THE MODEL AND WE CAPTURE IT ACROSS THE DOMAIN, |
| 13:42 | 19 | BUT WE DON'T CAPTURE STEEP FEATURES SUCH AS LEVEES OR VERY |
| 13:42 | 20 | STEEP BERMS AND FEATURES LIKE THAT. YOU CAN SEE THAT A LOT OF |
| 13:42 | 21 | THE LOW PREDICTIONS, AGAIN, OVER HERE, OVER HERE, AND IN OTHER |
| 13:42 | 22 | AREAS ARE NEAR FEATURES, TOPOGRAPHIC FEATURES THAT ARE VERY, |
| 13:42 | 23 | VERY NARROW. |
| 13:42 | 24 | IF WE GO TO THE NEXT SLIDE, WE CAN SEE WHAT |
| 13:42 | 25 | HAPPENED -- NEXT POINT. WE CAN SEE THAT WE'RE 2.5, 3 FEET |

13:42     1   UNDER.  IN THE SYSTEM ITSELF, WE'RE ONLY A FOOT OR SO UNDER,

13:42     2   BUT IN OTHER AREAS, AGAIN -- THE NEXT ONE -- WE'RE ABOUT 3 FEET

13:43     3   UNDER AGAIN.  MOVING TO THE LAST AREA, WE'RE ABOUT 2.5 FEET

13:43     4   UNDER.  WE'RE A LITTLE BIT UNDER ON THE CHALMETTE LEVEE AS

13:43     5   WELL.

13:43     6          IF WE CHANGED THE WATER LEVELS IN THESE LOCATIONS, WE

13:43     7   WOULD GET A VERY DIFFERENT SET OF HYDROGRAPHS IN THE AREA IN

13:43     8   BETWEEN, WHERE WE HAD THAT RAPID WITHDRAWAL.  IF WE NOW LOOK AT

13:43     9   THE HYDROGRAPHS THE WAY THEY APPEAR IN THE NEXT FIGURE,

13:43    10   REMEMBER THE DIP WAS DRIVEN BY THE WATER LEVEL AT SEABROOK.  IF

13:43    11   WE TAKE THE WATER LEVEL AT SEABROOK, WHICH IS IN THE LINE THAT

13:43    12   APPEARS, AND RAISE THAT --

13:43    13   Q.   WHEN YOU SAY "THE WATER LEVEL AT SEABROOK," ARE YOU

13:43    14   TALKING ABOUT THE MODELED WATER LEVEL?

13:43    15   A.   THE MODELED WATER LEVEL AT SEABROOK.  WE ACCOUNT FOR THE

13:43    16   FACT THAT IT REALLY SHOULD BE ABOUT 3 FEET HIGHER AND RAISE

13:43    17   THAT LEVEL.  NOW, WE NOTE THAT THAT WILL CONTROL THE WATER

13:44    18   LEVEL IN THE IHNC.

13:44    19   Q.   WHY DO YOU SAY IT SHOULD BE 3 FEET HIGHER?

13:44    20   A.   WELL, BECAUSE THE DATA SHOWS THAT IT'S ACTUALLY 3 FEET

13:44    21   HIGHER THAN WHAT WE PREDICTED.

13:44    22   Q.   WHEN YOU SAY "THE DATA," WHAT DATA ARE YOU REFERRING TO?

13:44    23   A.   THE MEASURED DATA.  SO THE HIGH WATER MARKS AND, FOR

13:44    24   EXAMPLE, THE HYDROGRAPH THAT WE HAVE ON THE 17TH STREET CANAL.

13:44    25   SO WE KNOW THAT WE'RE SOMEWHAT UNDER.  WE UNDERSTAND THE

13:44   1   REASONS WHY.  THE PREDOMINANT REASON IS THE WAVE RADIATION

13:44   2   STRESS THAT WE'RE NOT RESOLVING.  WE NEED METER SCALE

13:44   3   RESOLUTION.  WE'RE JUST NOT THERE YET.  THERE'S SOME OTHER

13:44   4   PROCESSES, AS WELL, BUT WAVE RADIATION STRESS IS THE DOMINANT

13:44   5   ONE.  SO IF WE WERE TO HAVE A HIGHER WATER LEVEL AT SEABROOK,

13:44   6   THAT WOULD MEAN THAT THE HYDROGRAPH IN BETWEEN THE FALLING WIND

13:44   7   AND THE RISING WIND WOULD CHANGE QUITE A BIT.  IF WE CONNECT

13:44   8   THE HYDROGRAPHS --

13:44   9   Q.   WHAT WOULD THAT LOOK LIKE, THEN, IF YOU WERE ACTUALLY ABLE

13:44   10  TO CAPTURE THOSE RADIATION STRESSES?

13:44   11  A.   THIS MIGHT LOOK SOMETHING LIKE THIS, SO WE'D HAVE

13:45   12  PREVENTED THE FALLING HYDROGRAPH BY KEEPING THE WATER LEVEL UP

13:45   13  AT SEABROOK, WHICH CONTROLS THE WATER LEVEL IN THE IHNC, AND

13:45   14  THEN WE WOULD HAVE A VERY DIFFERENT HYDROGRAPH SHAPE.

13:45   15  Q.   HAVE YOU COMPARED THE SHAPE OF THE HYDROGRAPH NOT ONLY

13:45   16  HERE IN THE INNER HARBOR NAVIGATION CANAL, BUT ALSO THE SHAPE

13:45   17  OF YOUR MODELED HYDROGRAPH AND COMPARED WHAT YOU SEE HERE IN

13:45   18  THE IHNC TO OTHER LOCATIONS?

13:45   19  A.   WE HAVE.  WE LOOKED AT BOTH BAYOU DUPRE AND THE POINT

13:45   20  BETWEEN BAYOU DUPRE AND PARIS ROAD.

13:45   21  Q.   WHAT DO THOSE LOOK LIKE?

13:45   22  A.   THEY LOOK VERY SIMILAR.  ESSENTIALLY, THE SHAPES ARE -- OF

13:45   23  COURSE, THEY'RE SOMEWHAT HIGHER.  THE SECOND PEAK IS SOMEWHAT

13:45   24  DEPRESSED.  BUT THE GENERAL SHAPE AND DURATION IN TIMING IS

13:45   25  QUITE SIMILAR IF WE LOOK AT THE --

FINAL DAILY COPY

13:45  1  **Q.**   COULD WE SEE THE NEXT SLIDE.  THIS IS BAYOU DUPRE?

13:46  2  **A.**   IT IS.

13:46  3  **Q.**   WE'VE OVERLAIN THE PLAINTIFFS' FINEL RESULTS OVER THE TOP

13:46  4  OF YOUR BLACK LINE, WHICH IS YOUR MODEL OUTPUT.  AGAIN, THE

13:46  5  BROKEN RED LINE REFLECTS THE UPWARD SCALING BY MR. EBERSOLE OF

13:46  6  12 PERCENT; IS THAT CORRECT?

13:46  7  **A.**   THAT IS CORRECT.

13:46  8  **Q.**   WHAT'S THE POINT THAT WE SEE HERE?

13:46  9  **A.**   WELL, FIRST OF ALL, THE GENERAL SHAPES OF THE HYDROGRAPHS

13:46  10  IS QUITE SIMILAR BOTH FOR FINEL AND FOR THE ADCIRC MODELS, AS

13:46  11  WE SAW IN THE IHNC; THAT THE DIFFERENT MODELS GIVE ABOUT THE

13:46  12  SAME DURATIONS, AND THAT THE SECONDARY PEAK IS SOMEWHAT LESS

13:46  13  AND THE PRIMARY PEAK IS SOMEWHAT HIGHER.  WE ALSO NOTE, IN

13:46  14  FACT, THAT MR. EBERSOLE'S SCALED MODEL IS VERY CLOSE TO THE

13:46  15  FINEL MODEL OUTPUT.

13:47  16  **Q.**   DID WE SEE THE SAME SORT OF COMPARISON AT THE HALFWAY

13:47  17  POINT ALONG THE MRGO?

13:47  18  **A.**   WE DID.

13:47  19  **Q.**   CAN WE SEE THAT SLIDE.

13:47  20       **MR. SMITH:**  YOUR HONOR, JUST TO MAKE IT CLEAR -- AND

13:47  21  I HATE TO MAKE IT CLEAR, BUT WE FOUND A MISTAKE IN THE

13:47  22  DEMONSTRATIVE THAT WE PREPARED YESTERDAY AND WE CORRECTED IT.

13:47  23  WE GAVE A COPY OF WHAT YOU'RE SEEING NOW TO THE PLAINTIFFS THIS

13:47  24  MORNING.  WE'VE GIVEN THE COURT A COPY AS WELL.  THEY SIMPLY,

13:47  25  AGAIN, REPLOTTED ONE CURVE FROM ONE GRAPH ONTO ANOTHER.  WE

13:47  1  NOTICED IT WHEN WE WERE GOING THROUGH THE SEQUENCE.

13:47  2         THE COURT:  ALL RIGHT.  THANK YOU, COUNSEL.

13:47  3  BY MR. SMITH:

13:47  4  Q.   AT THE MRGO HALFWAY POINT, DO YOU SEE A VERY CLOSE

13:47  5  CORRELATION BETWEEN THE FINEL OUTPUT AND THE SCALED ADCIRC

13:47  6  OUTPUT?

13:47  7  A.   AGAIN, WE BASICALLY SEE THAT THE MODELS ARE THE SAME

13:48  8  EXCEPT, OF COURSE, THE DURATION IS LONGER -- OF HIGH WATER IS

13:48  9  LONGER IN THE ADCIRC OUTPUT, ADCIRC SL15 OUTPUT, BECAUSE THE

13:48  10  SECONDARY PEAK IS SIMPLY NOT THERE OR NEARLY AS STRONG IN THE

13:48  11  FINEL/S08 MODEL.

13:48  12         THE COURT:  IS THERE A WAY TO GET THE TIME ON THAT?

13:48  13         THE WITNESS:  ACTUALLY, DO WE HAVE A ZOOMED-IN

13:48  14  VERSION?

13:48  15         MR. SMITH:  THIS IS THE ZOOMED-IN VERSION.

13:48  16         THE COURT:  WHEN I SAY A TIME, CAN WE SEE -- ON THE

13:48  17  WESTERINK H1 KATRINA SCENARIO, I SEE THE SECOND ELEVATION.

13:48  18         MR. SMITH:  ABOUT NOON, YOUR HONOR.  THESE ARE 6-HOUR

13:48  19  BLOCKS.

13:48  20         THE COURT:  WE'LL SAY ABOUT NOON.  IT LOOKS TO BE

13:49  21  ABOUT NOT QUITE 13 FEET; IS THAT FAIR?

13:49  22         MR. SMITH:  YES.  THE UNSCALED WESTERINK OUTPUT IS A

13:49  23  LITTLE LESS THAN 13 FEET, YOUR HONOR.

13:49  24         THE COURT:  THE TOTAL TIME, IF WE INCLUDE THE SECOND

13:49  25  ELEVATION, WOULD BE SEVEN HOURS OR SO?

| | | |
|---|---|---|
| 13:49 | 1 | **MR. SMITH:**  AT WHAT ELEVATION, YOUR HONOR? |
| 13:49 | 2 | **THE COURT:**  AT 12 FEET.  THERE'S A PERIOD WHERE IT'S |
| 13:49 | 3 | NOT 12 FEET, BUT IT DOES SAY 10 FEET.  10 FEET MIGHT BE EASIER. |
| 13:49 | 4 | THAT WOULD BE A LITTLE BIT MORE. |
| 13:49 | 5 | **MR. SMITH:**  YES.  IT LOOKS LIKE IT MIGHT BE A LITTLE |
| 13:49 | 6 | LESS THAN 12 HOURS. |
| 13:49 | 7 | **BY MR. SMITH:** |
| 13:49 | 8 | **Q.**  DR. WESTERINK, CAN YOU INTERPOLATE FOR US -- |
| 13:49 | 9 | **THE COURT:**  I'LL ASK.  THE GREEN OUTPUT SHOWS -- |
| 13:49 | 10 | **MR. SMITH:**  ABOUT SIX HOURS, YOUR HONOR, IT APPEARS |
| 13:49 | 11 | TO ME. |
| 13:49 | 12 | **THE COURT:**  DOES THAT APPEAR TO YOU TO BE SIX HOURS? |
| 13:49 | 13 | **THE WITNESS:**  THAT'S ABOUT SIX HOURS. |
| 13:49 | 14 | **THE COURT:**  10 FEET.  OKAY.  IT'S AT 10 FEET.  IT |
| 13:50 | 15 | LOOKS LIKE MR. EBERSOLE'S H1 SCENARIO IS ABOUT A LITTLE MORE |
| 13:50 | 16 | THAN A FOOT HIGHER THAN YOURS. |
| 13:50 | 17 | **THE WITNESS:**  I WOULD SAY IT'S -- YEAH, IT'S |
| 13:50 | 18 | DEFINITELY MORE THAN A FOOT.  IT LOOKS LIKE IT'S ABOUT |
| 13:50 | 19 | PERHAPS -- |
| 13:50 | 20 | **MR. SMITH:**  THESE ARE 2-FOOT BLOCKS, SO THEY'RE A |
| 13:50 | 21 | FOOT AND THREE-QUARTERS OR SOMETHING. |
| 13:50 | 22 | **THE COURT:**  THANK YOU. |
| 13:50 | 23 | **MR. SMITH:**  IT'S A 12 PERCENT SCALE, YOUR HONOR, SO |
| 13:50 | 24 | IF YOU KNOW THE EXACT ELEVATION -- |
| 13:50 | 25 | **THE COURT:**  IT'S THE 12 PERCENT FACTOR, WHATEVER IT |

| | | |
|---|---|---|
| 13:50 | 1 | IS. |
| 13:50 | 2 | **MR. SMITH:**  YEAH, IT'S THE 12 PERCENT.  HE RUNS IT |
| 13:50 | 3 | OFF OF THE WESTERINK DATA. |
| 13:50 | 4 | **THE WITNESS:**  AGAIN, OUR MODEL IS ABOUT 15.5, 15.7. |
| 13:50 | 5 | IT LOOKS LIKE MAYBE 15.5 RIGHT THERE, THE UNSCALED MODEL. |
| 13:50 | 6 | **THE COURT:**  SO THE WATER WENT DOWN ACCORDING TO YOUR |
| 13:50 | 7 | SCALE, YOUR HYDROGRAPH, DOWN TO ABOUT 11 FEET OVER A PERIOD OF |
| 13:51 | 8 | TIME, IN FACT, FAIRLY SUDDENLY? |
| 13:51 | 9 | **THE WITNESS:**  THAT'S RIGHT. |
| 13:51 | 10 | **BY MR. SMITH:** |
| 13:51 | 11 | **Q.**  AFTER 12:00, WHEN IT BEGINS THE SECOND FALL? |
| 13:51 | 12 | **A.**  YES. |
| 13:51 | 13 | **THE COURT:**  I'M ASKING THE WITNESS.  IF YOU LOOK AT |
| 13:51 | 14 | YOUR GRAPH THERE -- |
| 13:51 | 15 | **THE WITNESS:**  THAT'S RIGHT. |
| 13:51 | 16 | **THE COURT:**  -- THE WESTERINK GRAPH, WE SEE A PEAK |
| 13:51 | 17 | HEIGHT OF YOURS AT NOT QUITE 16 FEET; IS THAT CORRECT? |
| 13:51 | 18 | **THE WITNESS:**  THAT'S RIGHT.  IT'S ABOUT 15.5. |
| 13:51 | 19 | **THE COURT:**  AT WHAT POINT DOES IT REACH THE 11?  AT |
| 13:51 | 20 | WHAT TIME WOULD IT BE, HOW MUCH DIFFERENCE IN TIME, THAT IT |
| 13:51 | 21 | REACHES THE APPROXIMATE 11-FOOT? |
| 13:51 | 22 | **THE WITNESS:**  SO I WOULD SAY THAT I THINK THAT THE |
| 13:51 | 23 | PEAK WAS RIGHT AROUND 11 TO 12ISH, AND IT LOOKS LIKE -- |
| 13:51 | 24 | ACTUALLY, IF WE BACK UP ONE AND LOOK AT THE PREVIOUS |
| 13:51 | 25 | HYDROGRAPH, I THINK WE HAVE A LITTLE BIT BETTER TIME STAMPS |

FINAL DAILY COPY

```
13:52    1   THERE.
13:52    2              MR. SMITH:  JUST SO WE'RE CLEAR, ARE WE LOOKING AT --
13:52    3              THE COURT:  I'M LOOKING AT THE --
13:52    4              MR. SMITH:  -- THE APEX?
13:52    5              THE COURT:  THE APEX OF THE -- THE HIGHEST POINT OF
13:52    6   THE WESTERINK GRAPH, WHICH IS NEAR 16 FEET.  THEN I'M LOOKING
13:52    7   AT, SHORTLY THEREAFTER, A POINT WHERE IT HAS LOWERED TO
13:52    8   APPROXIMATELY 11 FEET.  THESE ARE APPROXIMATE.  I'M ASKING THE
13:52    9   TIME DIFFERENTIAL BETWEEN THOSE TWO.
13:52   10              THE WITNESS:  IT'S ROUGHLY TWO HOURS.  HERE WE'RE
13:52   11   ROUGHLY AT AROUND 8:00.  HERE WE'RE ROUGHLY AT PROBABLY AROUND
13:52   12   10ISH.
13:52   13              THE COURT:  I REALIZE THIS IS ROUGH.  IT HELPS.  THEN
13:52   14   HOW LONG DID IT TAKE THE WATER TO GET BACK UP -- ACCORDING TO
13:52   15   YOURS, NOT MR. EBERSOLE'S -- TO OVER 12 FEET PUSHING 13 FEET?
13:52   16              THE WITNESS:  IT'S ABOUT AN HOUR AND A HALF OR SO.
13:53   17              THE COURT:  ABOUT AN HOUR AND A HALF.  THAT'S WHAT I
13:53   18   NEEDED TO KNOW.  IT HELPS ME TO LOOK AT THAT AND UNDERSTAND A
13:53   19   LITTLE BETTER.  THANK YOU.
13:53   20   BY MR. SMITH:
13:53   21   Q.   ANYTHING ELSE YOU'D LIKE TO CALL OUR ATTENTION TO?
13:53   22   A.   AGAIN, I THINK IT'S -- ONE THING THAT I SEE, WHEN I LOOK
13:53   23   AT THESE HYDROGRAPHS SUPERIMPOSED, IS THAT CERTAINLY ON THE
13:53   24   RISING END THEY'RE REMARKABLY SIMILAR.  THE SCALING IS -- ONCE
13:53   25   THE MODELS ARE BOTH SCALED, THEY'RE FAIRLY SIMILAR; I.E., THE
```

3866

| | | |
|---|---|---|
| 13:53 | 1 | FINEL MODEL USED A LIFT IN ITS BOUNDARY CONDITIONS.  WE |
| 13:53 | 2 | ACTUALLY TOOK CARE OF THE ADJUSTMENTS OF THE MISSING PHYSICS AT |
| 13:53 | 3 | THE LEVEES BY RAISING THE WATER LEVELS THERE.  ONCE YOU DO |
| 13:53 | 4 | THAT, THE RISING LIMB AND THE FIRST PART OF THE FALLING LIMB IS |
| 13:53 | 5 | QUITE SIMILAR; BUT WHERE THE LARGE DISCREPANCY IS, IS IN THE |
| 13:53 | 6 | SECOND PEAK AND THE RERISING OF THE WATER AND THAT WATER |
| 13:54 | 7 | ROLLING BACK FROM MISSISSIPPI. |
| 13:54 | 8 | **Q.**   IS IT YOUR OPINION THAT THE FINEL MODEL'S FAILURE TO SEE |
| 13:54 | 9 | SUCH A LARGE SECOND PEAK IS ATTRIBUTABLE TO THE LACK OF |
| 13:54 | 10 | DEFINITION IN THE S08 MODEL IN THE CHANDELEUR SOUND AREA AND |
| 13:54 | 11 | THE MISSISSIPPI COAST? |
| 13:54 | 12 | **A.**   I BELIEVE THOSE TWO ARE THE MAIN FEATURES.  IF YOU LOOK AT |
| 13:54 | 13 | THE WITHDRAWAL RATES AND WHERE THE WATER WITHDRAWS FROM, IT'S |
| 13:54 | 14 | SIMPLY MUCH EASIER FOR THE WATER TO WITHDRAW QUICKLY FROM THE |
| 13:54 | 15 | REGION IN THE S08 MODEL THAN IT IS IN THE SL15 MODEL BECAUSE |
| 13:54 | 16 | THE AREA TO THE WEST OF THE CHANDELEUR SOUND IS NOT AVAILABLE |
| 13:54 | 17 | FOR EFFICIENT HYDRAULIC WITHDRAWAL.  THERE'S ALSO MUCH MORE OF |
| 13:54 | 18 | A RELEASE OF WATER FROM THE MISSISSIPPI COAST IN THE SL15 |
| 13:54 | 19 | BECAUSE ALL THAT WATER PENETRATED MISSISSIPPI AND IS BEING HELD |
| 13:54 | 20 | THERE.  IT GETS TO ROLL BACK MUCH MORE SLOWLY THAN IT DOES WHEN |
| 13:55 | 21 | YOU HAVE A WALL THERE THAT JUST REFLECTS IT IN THE FIRST PLACE. |
| 13:55 | 22 | **MR. SMITH:**  YOUR HONOR, WE'RE GOING TO MOVE INTO SORT |
| 13:55 | 23 | OF A SUMMATION HERE.  YOU'LL RECALL THAT UNTIL RECENTLY THIS |
| 13:55 | 24 | CASE WAS ABOUT A SUPPOSED 3 FOOT OF ADDITIONAL SURGE THAT WAS |
| 13:55 | 25 | CREATED BY THE MRGO ACCORDING TO THE PLAINTIFFS' EXPERTS.  WE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:55 | 1 | SEE NOW THAT MR. VRIJLING'S AND DR. WESTERINK'S HYDROGRAPHS |
| 13:55 | 2 | BASICALLY SHOW THE SAME SURGE ELEVATIONS ALONG THE REACH 2 |
| 13:55 | 3 | LEVEES.  WE'RE GOING TO, THOUGH, GO THROUGH THE VARIOUS |
| 13:55 | 4 | SCENARIOS THAT DR. WESTERINK ANALYZED AND SHOW THE DIFFERENCES |
| 13:55 | 5 | THAT WERE OBTAINED WHEN THE MODEL WAS RUN WITH AND WITHOUT THE |
| 13:55 | 6 | DEGRADED WETLANDS, WITH AND WITHOUT THE CHANNEL, AND WITH THE |
| 13:55 | 7 | CHANNEL IN ITS INITIAL FOOTPRINT. |
| 13:55 | 8 | **BY MR. SMITH:** |
| 13:55 | 9 | **Q.**   DR. WESTERINK, COULD YOU SHOW US, PLEASE, THE SIX |
| 13:55 | 10 | SCENARIOS THAT YOU RAN YOUR ADCIRC MODEL OVER. |
| 13:55 | 11 | **A.**   YES, I CAN. |
| 13:56 | 12 | **Q.**   THAT WOULD BE SLIDE 325. |
| 13:56 | 13 | **A.**   SO SCENARIO 1 IS THE KATRINA REAL RUN.  IT'S THE DEPICTION |
| 13:56 | 14 | OF THE 2005 SYSTEM. |
| 13:56 | 15 | **MR. SMITH:**  THAT CORRESPONDS TO THE PLAINTIFFS' |
| 13:56 | 16 | NO. 1.  WE'VE GOT A DIFFERENCE IN NUMBERING HERE, SO IT GETS A |
| 13:56 | 17 | LITTLE CONFUSING. |
| 13:56 | 18 | **THE COURT:**  RIGHT.  AS I UNDERSTAND IT -- MAYBE I'M |
| 13:56 | 19 | NOT -- THE H1 AND THE H6, DO THEY LINE UP WITH THE SIX RUNS |
| 13:56 | 20 | DONE BY THE PLAINTIFFS? |
| 13:56 | 21 | **MR. SMITH:**  BUT THE PLAINTIFFS USED LETTERS. |
| 13:56 | 22 | **THE COURT:**  I KNOW. |
| 13:56 | 23 | **MR. SMITH:**  THEIR 2C IS OUR 3; THEIR 3 IS OUR 6. |
| 13:56 | 24 | BASICALLY, I THINK THOSE ARE THE THREE PRINCIPLES. |
| 13:56 | 25 | **THE COURT:**  I AM WELL FAMILIAR WITH THAT. |

| | | |
|---|---|---|
| 13:56 | 1 | **MR. SMITH:** WE WON'T GO THROUGH THIS TABLE, THEN. |
| 13:56 | 2 | WE'LL JUST SKIP THROUGH THIS. |
| 13:56 | 3 | * * * |
| 13:56 | 4 | |
| 13:56 | 5 | |
| 13:56 | 6 | |
| 13:56 | 7 | |
| 13:56 | 8 | |
| 13:56 | 9 | |
| 13:56 | 10 | |
| 13:56 | 11 | |
| 13:56 | 12 | |
| 13:56 | 13 | |
| 13:56 | 14 | |
| 13:56 | 15 | |
| 13:56 | 16 | |
| 13:56 | 17 | |
| 13:56 | 18 | |
| 13:56 | 19 | |
| 13:56 | 20 | |
| 13:56 | 21 | |
| 13:56 | 22 | |
| 13:56 | 23 | |
| 13:56 | 24 | |
| 13:56 | 25 | |

DEFENSE PROFFER 9

10:32    1

13:55    2    **BY MR. SMITH:**

13:56    3    **Q.**   I WONDER IF YOU COULD, THEN, JUST BEGIN TO DETAIL YOUR

13:56    4    FINDINGS FOR US, DR. WESTERINK.

13:56    5    **A.**   I CAN.  SO THE FIRST THING THAT'S NOTABLE ABOUT THE STORM

13:57    6    IS THAT IT WAS THE PROJECTING MISSISSIPPI RIVER AND THE

13:57    7    SUSTAINED EASTERLY WINDS PUSHING A TREMENDOUS AMOUNT OF WATER

13:57    8    UP ON THE CONTINENTAL SHELF, ON THE MISSISSIPPI SHELF PRIOR TO

13:57    9    THE STORM EVEN MAKING LANDFALL AT BURAS.  AND, IN FACT, THERE

13:57    10   WERE 4,000 SQUARE MILES OF THIS AREA THAT HAD BETWEEN 8 AND

13:57    11   16 FEET OF WATER.  SO LOTS OF READILY AVAILABLE WATER,

13:57    12   REDUCTION IN THE FRICTIONAL RESISTANCE, AND ALSO BASICALLY THE

13:57    13   CONVEYANCE BECAME HUGE WHEN THE WHOLE AREA WAS COVERED BY SO

13:57    14   MUCH WATER.

13:57    15   **Q.**   IF WE SKIP TO THE NEXT SLIDE, WE CAN SEE THIS IS A PICTURE

13:57    16   AT 6:00 A.M. BEFORE THE STORM EVER MAKES LANDFALL; IS THAT

13:57    17   CORRECT?

13:57    18   **A.**   THAT IS CORRECT.  AGAIN, WHAT WE SEE IS 8 FEET OF WATER,

13:57    19   THE 8-FOOT CONTOUR, 8 TO 16 FEET REGIONALLY, TREMENDOUS AMOUNT

13:57    20   OF WATER.  THE STORM IS STILL OFF OF THE COAST AND AWAY FROM

13:57    21   BURAS.

13:58    22   **Q.**   WHERE DID THAT WATER GO AFTER IT BUILT UP?

13:58    23   **A.**   ESSENTIALLY, THE WATER, AS IT --

13:58    24   **Q.**   COULD WE SEE THE NEXT SLIDE, PLEASE.

13:58    25   **A.**   AGAIN, THE WATER FLOW IS PREDOMINANTLY FROM THE EAST.

| | | |
|---|---|---|
| 13:58 | 1 | HOWEVER, WE DID HAVE A NORTHEAST IN THE STUDY AREA, AND WE SAW |
| 13:58 | 2 | THAT THROUGHOUT ALL THE GRAPHICS THAT WE SHOWED TODAY AND |
| 13:58 | 3 | YESTERDAY.  BUT I THINK IT'S VERY IMPORTANT TO NOTE, AS WELL, |
| 13:58 | 4 | THAT THERE'S A LOT OF WATER COMING UP OVER HERE TO THE EAST OF |
| 13:58 | 5 | THE CHANDELEURS AND NOT NEARLY AS MUCH WATER COMING TO THE WEST |
| 13:58 | 6 | OF THE CHANDELEURS.  SO THAT'S AN IMPORTANT PATHWAY OF WATER |
| 13:58 | 7 | INTO THE REGION. |
| 13:58 | 8 | MR. O'DONNELL:  YOUR HONOR, DO I CORRECTLY UNDERSTAND |
| 13:58 | 9 | WE'RE IN FLUX NOW? |
| 13:58 | 10 | MR. SMITH:  THESE ARE FLUX SCALES.  WE CAN SHOW |
| 13:58 | 11 | VELOCITIES IF YOU WANT TO SEE VELOCITIES. |
| 13:58 | 12 | MR. O'DONNELL:  WELL, I JUST WANT TO MAKE SURE |
| 13:59 | 13 | THERE'S A PROFFER. |
| 13:59 | 14 | THE COURT:  WE DID NOT PUT THAT IN A PROFFER, BUT WE |
| 13:59 | 15 | PERHAPS SHOULD.  JUST NOTE THAT THE QUESTIONS RELATING TO HIS |
| 13:59 | 16 | FINDINGS ON SHELF SCALE INUNDATION IS A PROFFER. |
| 13:59 | 17 | (END OF PROFFER) |
| 13:59 | 18 | * * * |
| 13:59 | 19 | |
| 13:59 | 20 | |
| 13:59 | 21 | |
| 13:59 | 22 | |
| 13:59 | 23 | |
| 13:59 | 24 | |
| 13:59 | 25 | |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:59 | 1 | **THE COURT:**  I'VE GOTTEN A LOT OF THE TESTIMONY AS TO |
| 13:59 | 2 | WHERE THE WATER CAME FROM AND WHY. |
| 13:59 | 3 | **MR. SMITH:**  I DON'T WANT THIS TO BE IN A PROFFER. |
| 13:59 | 4 | THESE ARE ALL GRAPHICS.  THEY'RE NOT IN EVIDENCE. |
| 13:59 | 5 | **THE COURT:**  HAVEN'T I GOTTEN A LOT OF THIS, WHERE |
| 13:59 | 6 | THIS WATER CAME FROM? |
| 14:00 | 7 | **MR. SMITH:**  THIS IS OUR SUMMATION, JUDGE.  WE'RE JUST |
| 14:00 | 8 | STEPPING THROUGH THIS.  I DON'T WANT HIS TESTIMONY AND THE |
| 14:00 | 9 | CONCLUSION TO BE IN A PROFFER.  SO IF WE HAVE TO PUT ANOTHER |
| 14:00 | 10 | GRAPHIC UP TO GET THIS OUT OF THE PROFFER, I'LL PUT ANOTHER |
| 14:00 | 11 | GRAPHIC UP.  IT SEEMS LIKE A WASTE OF TIME. |
| 14:00 | 12 | **THE COURT:**  LET'S DO THAT TO BE CONSISTENT. |
| 14:00 | 13 | **MR. SMITH:**  FINE. |
| 14:00 | 14 | **THE COURT:**  I'M GLAD IT'S FINE.  IT MAKES ME SO |
| 14:00 | 15 | HAPPY. |
| 14:00 | 16 | **MR. SMITH:**  THAT'S WHAT WE'RE HERE TO DO, YOUR HONOR, |
| 14:00 | 17 | AMONG OTHER THINGS. |
| 14:00 | 18 | **BY MR. SMITH:** |
| 14:00 | 19 | **Q.**   COULD WE SEE SLIDE 160.  DR. WESTERINK, DOES THIS DEPICT |
| 14:00 | 20 | WHERE THE WATER WENT AFTER IT CAUGHT UP ALONG THE MISSISSIPPI |
| 14:00 | 21 | COAST AND SUPPORT YOUR FINDING THAT THE WATER FLOWED FROM THE |
| 14:00 | 22 | EAST AND NORTHEAST AND OVERWHELMED THE MARSHES AND PENETRATED |
| 14:00 | 23 | UP TO THE LEVEES, WHERE IT WAS STOPPED? |
| 14:00 | 24 | **A.**   YES, IT DOES.  AGAIN, WE SEE EVEN IN THIS ONE, PRIOR THE |
| 14:00 | 25 | STORM MAKING LANDFALL, AGAIN THE WATER'S COMING ALL FROM THE |

14:00    1    EAST.  IT DOES HAVE MORE DEPTH WHERE THE RED ARROW IS, AND SO

14:00    2    MORE VOLUME IS BEING MOVED THERE, BUT WE SEE THE WATER ALL

14:01    3    COMING FROM THE EAST.

14:01    4    **Q.**   I WONDER IF WE COULD GO TO SLIDE 330.  ONE OF YOUR

14:01    5    PRINCIPAL FINDINGS PERTAINING TO THE EFFECT OF REACH 2 OF THE

14:01    6    MRGO AND THE WETLANDS, SPECIFICALLY CONCERNING THE ADDITIONAL

14:01    7    HYDRAULIC CONVEYANCE OF THE REACH 2 CHANNEL AND THE CHANGES IN

14:01    8    THE WETLAND SYSTEM, I WONDER IF YOU COULD AGAIN REMIND US WHAT

14:01    9    YOUR OPINION IS WITH REGARD TO THAT.

14:01   10    **A.**   OKAY.  ESSENTIALLY, THE CHANGES IN THE SYSTEM -- IF YOU

14:01   11    ELIMINATE MRGO REACH 2 AND CHANGING THE WETLAND SYSTEM BACK TO

14:01   12    ITS 1956 CONFIGURATION -- HAS A VERY SMALL IMPACT.

14:01   13         IF WE LOOK AT THE NEXT SLIDE, WE CAN SEE THAT THE

14:01   14    DIFFERENCES BETWEEN OUR SCENARIO H1, THE KATRINA REAL RUN, AND

14:01   15    SCENARIO H3 -- AGAIN, THE ONE WHERE WE ELIMINATED THE MRGO

14:01   16    ENTIRELY, MRGO REACH 2, BROUGHT BACK THE MRGO REACH 1 TO ITS

14:02   17    GIWW CONFIGURATION, AND ESTIMATED THE WETLANDS TO THEIR 1956

14:02   18    CONFIGURATION -- WHAT WE'RE SEEING HERE IS THIS REGION OVER

14:02   19    HERE TO THE EAST OF THE CHALMETTE LEVEE HAS A CHANGE THAT'S

14:02   20    LESS THAN A QUARTER OF A FOOT.  OVER HERE, WE SEE A LITTLE BIT

14:02   21    MORE WATER, ABOUT A QUARTER OF A FOOT.

14:02   22         **THE COURT:**  WHEN YOU SAY "OVER HERE" --

14:02   23         **THE WITNESS:**  IN THE ENGLISH TURN AND BRATHWAITE AREA

14:02   24    GOING SOUTH.

        25

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:02 | 1 | **BY MR. SMITH:** |
| 14:02 | 2 | **Q.**   THAT'S SOUTH OF ST. BERNARD? |
| 14:02 | 3 | **A.**   IN FACT, SOME OF THESE DIFFERENCES ARE AS IT RELATED TO |
| 14:02 | 4 | THE MRGO LEVEES THAT WE ELIMINATED IN THE SCENARIOS AS THEY ARE |
| 14:02 | 5 | TO ANYTHING ELSE.  SO WHEN WE LOOKED AT -- |
| 14:02 | 6 | **Q.**   ANY ELIMINATION OF THE SPOILS? |
| 14:02 | 7 | **A.**   THE SPOIL BANKS THAT WERE, IN FACT, PUT THERE AND THAT WE |
| 14:02 | 8 | ELIMINATED IN THE SCENARIOS. |
| 14:03 | 9 | **Q.**   DID YOU ALSO REACH A CONCLUSION CONCERNING THE -- WELL, |
| 14:03 | 10 | LET'S GO TO SLIDE 333 IF WE CAN, PLEASE. |
| 14:03 | 11 | **A.**   SO THERE'S SOME REASONS FOR WHY THIS HAPPENED, WHY THEY |
| 14:03 | 12 | HAD SUCH A MINIMAL IMPACT.  FIRST OF ALL, THE SYSTEM'S |
| 14:03 | 13 | CONVEYANCE WAS NOT CHANGED MUCH AT ALL BECAUSE WE HAD ALL THAT |
| 14:03 | 14 | WATER SITTING ON THE CONTINENTAL SHELF, ON THE MARSHES, ON THE |
| 14:03 | 15 | WETLANDS, ON THE LAKES.  AND SO IF YOU LOOK AT WHAT KIND OF |
| 14:03 | 16 | CHANGE YOU GET IN THE CONVEYANCE, IT'S VERY, VERY MINIMAL ONCE |
| 14:03 | 17 | YOU PUT ALL THAT WATER OUT THERE. |
| 14:03 | 18 | IN ADDITION, THE FRICTION OR THE INFLUENCE OF |
| 14:03 | 19 | FRICTION IS PROPORTIONAL TO THE DEPTH.  SO THE GREATER THE |
| 14:03 | 20 | DEPTH OF WATER, THERE'S A LINEAR REDUCTION -- PROPORTIONAL |
| 14:04 | 21 | LINEAR REDUCTION IN THE FRICTIONAL FORCE.  SO FRICTION IS A |
| 14:04 | 22 | VERY BIG PLAYER WHEN YOU HAVE A LOW COLUMN OF WATER RIDING ON |
| 14:04 | 23 | TOP OF SOMETHING.  BUT WHEN YOU INCREASE THE DEPTH OF THE TOTAL |
| 14:04 | 24 | COLUMN OF WATER RIDING ON TOP OF THAT SAME LAND COVER OR OCEAN |
| 14:04 | 25 | COVER OR WHATEVER IT IS, THE FRICTIONAL RESISTANCE LINEARLY |

14:04    1    REDUCES.  I THINK THESE ARE TWO VERY IMPORTANT FACTORS THAT ARE

14:04    2    RELATED TO THE FACT THAT THERE WAS SO MUCH WATER SITTING ON TOP

14:04    3    OF THAT MARSH.

14:04    4    **Q.**   IS THE LIMITED CONVEYANCE OF THE MRGO REACH 2 SHOWN IN THE

14:04    5    NEXT SLIDE?

14:04    6    **A.**   IT IS.  WHAT WE DID HERE IS WE LOOKED AT THE H1 MODEL.

14:04    7    THEN WE LOOKED AT BATHYMETRIC SURVEYS THAT WERE USED IN THE H1

14:04    8    MODEL TO REPRESENT THE MRGO.  SO IF WE ZOOM IN INTO THE AREAS

14:05    9    WHERE THE BATHYMETRIC SURVEYS WERE AVAILABLE, WHICH ARE RIGHT

14:05   10    ALONG HERE, AND NOW WE GO TO THE NEXT SLIDE, THOSE ARE THE

14:05   11    CORPS' 2004 BATHYMETRIC SURVEYS ALONG THE MRGO.

14:05   12             **MR. O'DONNELL:**  YOUR HONOR, I HAVE TO OBJECT.  THIS

14:05   13    IS NOT IN THE REPORT.  THIS IS A MAJOR ISSUE.  THE BATHYMETRY

14:05   14    IS NOT IN THE REPORT, AND HE IS NOW GIVING US ALL KIND OF

14:05   15    INFORMATION.  IN FACT, WE ARE GOING TO GET A LOT OF INFORMATION

14:05   16    AS WE PROCEED HERE, YOUR HONOR.

14:05   17             **THE COURT:**  I THOUGHT WE WERE SUMMING UP.

14:05   18             **MR. SMITH:**  WELL, WE ARE, YOUR HONOR.

14:05   19             **THE COURT:**  I NEED TO KNOW IF WE'RE SUMMING UP OR

14:05   20    ADDING SOMETHING ELSE.

14:05   21             **MR. SMITH:**  NO.  WELL, WE'RE BACK TO THE SAME OLD SAW

14:05   22    THAT IT'S NOT IN THE REPORT BECAUSE THERE ISN'T A GRAPHIC TO

14:05   23    SHOW IT.  WE'RE GOING TO SHOW A PICTORIAL DEPICTION OF THE

14:05   24    CHANNEL AS IT WAS MODELED IN H1 BY DR. WESTERINK.  THESE ARE

14:05   25    THE VALUES THAT HE USED TO MODEL THE INFLUENCE AT THE CHANNEL

FINAL DAILY COPY

14:05    1    IN HIS REPORT.  WE'RE GOING TO SHOW THE COURT WHAT THOSE DEPTHS

14:06    2    LOOKED LIKE GRAPHICALLY.

14:06    3         **MR. O'DONNELL:**  YOUR HONOR, THIS DATA IS NOT IN THE

14:06    4    REPORT AND IT'S GOING TO BE INTRODUCED FOR THE FIRST TIME.

14:06    5    THAT'S VERY UNFAIR.  IT'S NEVER BEEN PRODUCED, AND THEY'RE

14:06    6    GOING TO TRY TO DRAW SOME SIGNIFICANT CONCLUSIONS ABOUT THEIR

14:06    7    DIFFERENT RUNS AND THE OUTCOMES.  I HAVE TO OBJECT TO IT,

14:06    8    YOUR HONOR.  THIS DATA HAS NOT BEEN PRODUCED, AND YOU'LL SEE

14:06    9    THAT MORE GLARINGLY AS WE GO THROUGH.

14:06   10         **THE COURT:**  WELL, YOU MAY BE RIGHT, MR. O'DONNELL.

14:06   11    LET ME JUST SAY THAT IF I ULTIMATELY DETERMINE THAT THERE'S

14:06   12    BEEN SOME BAIT AND SWITCH OR A SHELL GAME HERE, IT WILL BE

14:06   13    NOTED IN THE OPINION.  I'M ASSUMING IT'S NOT GOING TO BE

14:06   14    BECAUSE WE DO HAVE REPORTS AND I'VE GIVEN A LOT OF LATITUDE.

14:06   15    THERE'S BEEN PLENTY OF LATITUDE IN THIS REPORT, PLENTY,

14:06   16    CONSIDERING SOME OF IT WAS DONE FIVE DAYS AGO.  GO AHEAD.

14:07   17    BY MR. SMITH:

14:07   18    Q.   DR. WESTERINK, CAN YOU EXPLAIN WHAT THIS GRAPHIC SHOWING

14:07   19    THE CHANNEL REPRESENTS.

14:07   20    A.   AGAIN, IT'S THE BATHYMETRIC SURVEYS FROM THE CORPS THAT

14:07   21    WERE PUT INTO THE H1 MODEL.  AND, AGAIN, ALL I'M DOING IS USING

14:07   22    IT AS A DEPICTION OF HOW SMALL THE ACTUAL CHANNEL IS THAT THE

14:07   23    MRGO REPRESENTS RELATIVE TO THE SCALE OF THE OVERALL REGION.

14:07   24         SO IF WE ZOOM IN, WHAT WE SEE HERE ARE THE

14:07   25    BATHYMETRIC SURVEY TRACKS.  THE COLOR BARS INDICATE WATER DEPTH

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:07 | 1 | FROM 0 TO 8 FEET.  THE YELLOWS ARE 10 TO 16 TO 20.  THE GREENS |
| 14:07 | 2 | ARE IN THE 20S.  THE BLUES ARE THE DEEP DRAFT CHANNEL. |
| 14:07 | 3 | **THE COURT:**  THE 38 FEET IS SUPPOSED TO REPRESENT THE |
| 14:07 | 4 | DEEPEST PART OF THE CHANNEL? |
| 14:07 | 5 | **THE WITNESS:**  IT IS. |
| 14:08 | 6 | **THE COURT:**  WHERE DID THESE FIGURES COME FROM, THE |
| 14:08 | 7 | 38 FEET, ALL THE FIGURES THERE? |
| 14:08 | 8 | **THE WITNESS:**  WELL, WE JUST LOOKED AT THE DATA, AND |
| 14:08 | 9 | THEN WE PLOTTED THE DISTRIBUTION OF THE BATHYMETRIC VALUES FROM |
| 14:08 | 10 | THE DATA. |
| 14:08 | 11 | **THE COURT:**  "FROM THE DATA," I DON'T KNOW WHAT THAT |
| 14:08 | 12 | IS. |
| 14:08 | 13 | **THE WITNESS:**  SO FROM THE ACTUAL SOUNDINGS THAT WERE |
| 14:08 | 14 | USED TO -- THAT WERE APPLIED TO THE COMPUTATIONAL GRID.  SO WE |
| 14:08 | 15 | HAD SOUNDING DATA FROM THE CORPS OF ENGINEERS.  THE SOUNDINGS, |
| 14:08 | 16 | THEY TAKE TRACKS; THEY RUN A BOAT FROM NORTH TO SOUTH, FROM |
| 14:08 | 17 | SOUTH TO NORTH ACROSS THERE.  THAT'S WHAT THE LITTLE STRIPES |
| 14:08 | 18 | ARE.  THERE'S A PINGER THAT RECORDS HOW DEEP THE WATER WAS. |
| 14:08 | 19 | THIS DATA WAS USED IN THE MODEL IN ORDER TO ESTABLISH WHAT THE |
| 14:08 | 20 | MRGO LOOKED LIKE. |
| 14:08 | 21 | **MR. O'DONNELL:**  DATA THAT THEY OBVIOUSLY GOT AFTER |
| 14:08 | 22 | THE REPORT RUNS WITH THE DATA THEY OBVIOUSLY RAN AFTER THE |
| 14:08 | 23 | REPORT FOR THE RECORD. |
| 14:08 | 24 | **THE COURT:**  SO NOTED.  GO AHEAD, SIR. |
| | 25 | |

FINAL DAILY COPY

14:09    1   **BY MR. SMITH:**

14:09    2   **Q.**   DR. WESTERINK, WOULD YOU LIKE TO ZOOM IN A LITTLE BIT MORE

14:09    3   CLOSELY SO WE CAN SEE THE DIFFERENCE IN THE DEPTH OF THE

14:09    4   CHANNEL AS OPPOSED TO THE WIDTH, NOMINAL WIDTH.

14:09    5   **A.**   CAN WE ZOOM IN ONE OR TIME.  AGAIN, WHAT I'M TRYING TO

14:09    6   SHOW WITH THIS IS THAT THE DEEP DRAFT PORTION OF THE CHANNEL IS

14:09    7   MINIMAL COMPARED TO THE MUCH WIDER SECTIONS ON THE SIDE.  SO

14:09    8   EVEN THOUGH THE MRGO MAY BE TWO AND A HALF, 3,000 FEET WIDE,

14:09    9   MOST OF IT IS FAIRLY SHALLOW.  THERE IS A VERY, VERY NARROW

14:09  10   PORTION WHICH IS ACTUALLY DEEP.

14:09  11         **MR. SMITH:**  YOUR HONOR, IF I CAN CALL YOUR HONOR'S

14:09  12   ATTENTION TO THE CHALKBOARD, THIS IS ESSENTIALLY A REITERATION

14:09  13   OF WHAT MR. RUSSO SHOWED OF HIS OWN PERSONAL KNOWLEDGE, AS THE

14:09  14   MANAGER OF THE MRGO, HOW IT WAS SHALLOW ALONG THE SIDE AND ONLY

14:09  15   THE CENTER PART WAS DREDGED TO THE FULL DEPTH.

14:10  16         **MR. O'DONNELL:**  OBJECTION.  MR. RUSSO WAS NOT INVOKED

14:10  17   IN THE REPORT.  YOU LET HIM DRAW A LITTLE SCALE --

14:10  18         **THE COURT:**  I DON'T THINK THERE'S ANY REAL -- IS

14:10  19   THERE ANY REAL ARGUMENT, ONE, THAT THE MRGO -- CERTAINLY, FOR

14:10  20   THE 3,000 FEET, IT IS NOT AT THE SAME DEPTH.  WE ALL UNDERSTAND

14:10  21   THAT.  I DON'T THINK THAT'S A POINT OF CONTENTION.

14:10  22         NOW, WHAT THE DEPTH REALLY IS, I HAVEN'T REALLY

14:10  23   HEARD.  I KNOW DR. WESTERINK DIDN'T MEASURE IT.  I'VE HEARD

14:10  24   DEPTHS OF 70 FEET, IN LOOKING AT THE DEPOSITIONS, ETC.  I'M

14:10  25   ASSUMING, THOUGH, THAT THIS IS THE DATA HE USED.  HE SAID SO.

14:10    1    SO IT'S AS GOOD AS THE DATA.

14:10    2        **MR. O'DONNELL:**  MY OBJECTION IN TERMS OF IT'S NOT IN

14:10    3    THE REPORT IS A SEPARATE MATTER.

14:10    4        **THE COURT:**  HE'S SAYING HE USED THIS DATA IN MAKING

14:10    5    HIS OPINIONS, AS I UNDERSTAND.

14:10    6        **MR. O'DONNELL:**  OBJECTION.  HIS NEW --

14:10    7        **THE COURT:**  I'M GOING TO ASK HIM:  WHEN DID YOU USE

14:10    8    THIS DATA, JUST TO GET IT ON THE RECORD?

14:10    9        **THE WITNESS:**  WHEN WE USED THE DATA, WE USED THE DATA

14:10   10    TO CREATE THE H1 MODEL.

14:11   11        **THE COURT:**  THAT'S WHAT I UNDERSTOOD HIM TO SAY.

14:11   12        **MR. O'DONNELL:**  WELL, YOUR HONOR, OBJECTION.  IT'S

14:11   13    NOT IN THE REPORT AND NOT ARTICULATED AND NOT --

14:11   14        **THE COURT:**  THE OBJECTION'S OVERRULED.  IT'S IN THE

14:11   15    DATA.  I UNDERSTAND.  JUST BECAUSE THE WORD *DATA* IS USED, IT

14:11   16    COULD BE DATA FROM THE MOON.

14:11   17        **MR. SMITH:**  YOUR HONOR, THIS IS THE DATA THAT THE

14:11   18    PLAINTIFFS HAVE.  THEY HAVE NOT YET STOOD UP TO SAY, "WE HAVE

14:11   19    EVIDENCE THIS IS NOT THE DATA IN THE REPORT."  THEY KEEP SAYING

14:11   20    IT'S NOT IN THE REPORT.  THEY HAVE THE DATA.  THEY CAN STAND UP

14:11   21    AND PRODUCE THE DATA.

14:11   22        **THE COURT:**  I'VE RULED.  NO NEED TO GET OUTRAGED.

14:11   23    I'VE RULED.  YOU'RE GETTING THE EVIDENCE IN, AND I'M ASSUMING

14:11   24    ON CROSS-EXAMINATION -- I HAVEN'T HEARD ANY EVIDENCE ABOUT

14:11   25    70 FEET, I DON'T THINK.  I'M JUST SAYING I READ IT SOMEWHERE.

FINAL DAILY COPY

14:11   1   IT MAY OR MAY NOT BE IN THE RECORD.  I DON'T REMEMBER THE

14:11   2   ENTIRE FOUR WEEKS.

14:11   3   **BY MR. SMITH:**

14:11   4   **Q.**   DR. WESTERINK, THE POINT YOU'RE TRYING TO MAKE HERE IS TO

14:11   5   PUT THE SIZE OF THE CHANNEL IN PERSPECTIVE IN THE REGIONAL

14:11   6   HYDROLOGIC SYSTEM; IS THAT CORRECT?

14:11   7   **A.**   THAT IS CORRECT.

14:11   8   **Q.**   IT ISN'T RELEVANT HOW THIS COMPARES TO THE PANAMA CANAL,

14:11   9   IS IT, IN THIS CASE?

14:12   10          **MR. PALMINTIER:**  YOUR HONOR, HE DOESN'T --

14:12   11          **THE COURT:**  WE ONLY HAVE ONE OBJECTOR, SIR.

14:12   12          **MR. PALMINTIER:**  SORRY, YOUR HONOR.

14:12   13          **THE COURT:**  THAT'S IT.

14:12   14          **MR. O'DONNELL:**  I APOLOGIZE FOR MY COLLEAGUE.  WE'RE

14:12   15   VERY FRUSTRATED.  I OBJECT, YOUR HONOR.  IT'S NOT IN THE

14:12   16   REPORT.  WE NEVER GOT IT.

14:12   17          **THE COURT:**  LET ME SAY THIS.  I UNDERSTAND

14:12   18   FRUSTRATION AS WELL.

14:12   19          **MR. O'DONNELL:**  I APOLOGIZE.

14:12   20          **THE COURT:**  IF I HEAR TOO MUCH MORE OUTRAGE, I'M

14:12   21   GOING TO GIVE YOU A REAL DEMONSTRATION OF WHAT IT IS.  LET'S

14:12   22   MOVE ON.  FROM ANYBODY.  I'M TIRED OF OUTRAGE FROM THE LAWYERS.

14:12   23   MAKE YOUR OBJECTIONS.  IF ANYBODY GETS OVERLY OUTRAGED, I'M

14:12   24   GOING TO POINT OUT WHY I COULD BE VERY OUTRAGED AT THE TIMING

14:12   25   OF EVERYTHING THAT I'VE GOTTEN, PERIOD.  THERE WILL BE NO

14:12   1   REBUTTAL BECAUSE IT'S GOING TO BE THE FACTS.

14:12   2                SO, YOU KNOW, I'M NOT HAPPY WITH THE TIMING

14:12   3   ABOUT A LOT OF THIS.  LET'S MOVE ON.  IT'S VERY UNUSUAL IN A

14:12   4   CASE LIKE THIS TO HAVE STUFF DROPPED ON THIS COURT AS IT HAS

14:12   5   BEEN BY EVERYBODY DURING THE TIME THAT IT WAS DONE.  GO AHEAD.

14:13   6   **BY MR. SMITH:**

14:13   7   **Q.**   DR. WESTERINK, COULD WE SEE SLIDE 335.

14:13   8   **A.**   AGAIN, THIS IS MUCH THE SAME POINT.  THIS IS THE H1 MODEL.

14:13   9   WE SEE THE MRGO OVER HERE.  WE MADE SOME TRANSECTS OF THE MODEL

14:13   10  THAT REALLY ARE DEPICTIONS OF WHAT THE OVERALL HYDRAULIC

14:13   11  CONVEYANCE LOOKS LIKE.

14:13   12               IF WE DROP DOWN TO THE NEXT PICTURE, THIS A TRANSECT,

14:13   13  SO REALLY IT'S A DEPICTION OF WHAT'S IN THE MODEL.  WHAT YOU

14:13   14  CAN SEE OVER HERE IS LAKE BORGNE.  HERE'S LAKE BORGNE.  YOU CAN

14:13   15  SEE THE BATHYMETRY THERE.  YOU CAN SEE THE MRGO RIGHT OVER HERE

14:13   16  AND RIGHT OVER HERE.  WE HAVE THE RED LINE REPRESENTING THE

14:13   17  LEVEE.  WE THEN HAVE THE BILOXI MARSH.  WE HAVE SOME LOW-LYING

14:13   18  MARSHLANDS.  WE GO INTO CHANDELEUR SOUND.  WE SEE THE

14:13   19  CHANDELEUR ISLANDS, AND THEN WE HAVE THE DEEP DRAFT CHANNEL TO

14:14   20  THE EAST OF THE CHANDELEUR ISLANDS.  SO WE CAN SEE IN TERMS OF

14:14   21  HYDRAULIC CONVEYANCE, THERE'S QUITE A BIT OF IT AVAILABLE

14:14   22  THERE.

14:14   23               IF WE DO A VERY, VERY COURSE BACK-OF-THE-ENVELOPE

14:14   24  ESTIMATE AND A --

14:14   25  **Q.**   WE CAN SEE HOW MUCH THIS INCREASED THE REGIONAL

FINAL DAILY COPY

14:14     1    CONVEYANCE?

14:14     2    **A.**    OH, YEAH.  WE BASICALLY NOW PUT 1O FEET OF WATER ON TOP OF

14:14     3    THERE -- OR IN THIS CASE, IT LOOKS LIKE WE PUT ABOUT 12 FEET OF

14:14     4    WATER OR SO ON, A LITTLE BIT MORE MAYBE.  JUST TO GIVE AN

14:14     5    OVERALL DEPICTION OF WHAT THE HYDRAULIC CONVEYANCE NOW IS FOR

14:14     6    THE AREA THAT YOU CAN RUN FLOW THROUGH, ASSUMING THAT YOU HAVE

14:14     7    A DEEP DRAFT CHANNEL OF ABOUT .16 MILES AND A SURFACE WIDTH OF

14:14     8    ABOUT .5 MILES, THEN THE CONVEYANCE -- IF YOU'RE RUNNING WATER

14:14     9    PERPENDICULAR TO THIS PICTURE -- IS LESS THAN 1 PERCENT

14:14    10    INCREASED BY THE MRGO.

14:14    11         SO IT'S A VERY -- YOU HAVE A LARGE AREA FOR FLOW TO

14:15    12    RUN THROUGH.  JUST BY HAVING THAT VERY, VERY NARROW CHANNEL

14:15    13    THERE, REGIONALLY -- CERTAINLY, LOCALLY, IT'S LARGE; BUT

14:15    14    REGIONALLY, IT'S A VERY SMALL INCREASE IN THAT MASSIVE REGIONAL

14:15    15    MOVEMENT OF WATER THAT'S AVAILABLE FOR FLOW TO GO THROUGH.

14:15    16    **Q.**    IF WE COULD HAVE SLIDE 337.  DOES THIS REFLECT YOUR

14:15    17    FINDINGS ABOUT THE IMPACT OF MRGO REACH 1?

14:15    18    **A.**    SO REACH 1, WE LOOKED AT THAT AS WELL.  I THINK THAT'S,

14:15    19    AGAIN, SUMMARIZED BY LOOKING AT THE H1 TO H3 PICTURES.

14:15    20    ESSENTIALLY, IT DOESN'T REALLY SIGNIFICANTLY REGIONALLY AFFECT

14:15    21    WATER LEVELS.  OUTSIDE OF THE IHNC AND OUTSIDE OF MRGO REACH 1,

14:15    22    THERE'S VERY LITTLE IMPACT OF THE MRGO.  THERE'S A NUMBER OF

14:15    23    REASONS FOR THIS.

14:16    24    **Q.**    IF WE COULD SEE THE NEXT SLIDE, MAYBE YOU COULD TELL US

14:16    25    WHAT THOSE REASONS ARE.

14:16  1  **A.**   AGAIN, THIS IS JUST A ZOOM-IN SHOWING THE SMALL

14:16  2  DIFFERENCES OUTSIDE OF THE MRGO AND IHNC THEMSELVES.

14:16  3  **Q.**   JUST FOR THE RECORD, BEFORE WE GO ON, THIS IS FIGURE 155

14:16  4  FROM HIS REPORT.  THIS IS H1 MINUS H3.  IT'S A COMPARISON OF

14:16  5  THE KATRINA REAL RUN WITHOUT THE CHANNEL WITH THE NO-MRGO

14:16  6  SCENARIO AND THE '56 WETLANDS.

14:16  7  **A.**   SO I THINK THERE'S A NUMBER OF REASONS THAT THERE'S NOT A

14:16  8  BIG IMPACT.  ESSENTIALLY, THE FLOW RATES THROUGH THE MRGO AND

14:16  9  GIWW AND IHNC ARE VERY SMALL COMPARED TO THE REGIONAL FLOW

14:16  10  RATES.  SO THE FLOW RATES, THERE'S SUCH MASSIVE MOVEMENT OF

14:16  11  WATER THROUGHOUT THOSE ADJACENT BODIES OF WATER, SUCH AS

14:16  12  LAKE BORGNE AND LAKE PONTCHARTRAIN, THAT BASICALLY SIPHONING

14:17  13  OFF A LITTLE AMOUNT OF THAT WATER JUST DOESN'T MAKE A BIG

14:17  14  IMPACT.  SO SIGNIFICANTLY ALTERING THE REACH 1/GIWW AND THE

14:17  15  IHNC CHANNELS DOESN'T REALLY HAVE A BIG IMPACT.

14:17  16       AGAIN, THAT'S SHOWN QUITE WELL BY LOOKING AT H1 AND

14:17  17  H3 AT BOTH SEABROOK ON THE RIGHT SIDE AND PARIS ROAD ON THE

14:17  18  LEFT SIDE OF THIS FIGURE.  AGAIN, THOSE ARE OVERLAID AND

14:17  19  PRACTICALLY IDENTICAL.  SO THE IMPACT IS QUITE LITTLE, AND WE

14:17  20  CAN SEE THAT NICELY IN THE NEXT FIGURE.

14:17  21       WHERE WE GO FROM PARIS ROAD OVER TO SEABROOK, WE LOOK

14:17  22  AT THE HYDROGRAPHS, AND THE HYDROGRAPHS REALLY ARE CHANGING IN

14:17  23  BETWEEN; BUT AT PARIS ROAD AND AT SEABROOK, THEY'RE NOT VERY

14:17  24  DIFFERENT AT ALL.  SO THERE'S LARGE DIFFERENCES IN THE WATER

14:17  25  LEVELS UP TO ABOUT 3, 3.5 FEET IN BETWEEN, BUT VERY SMALL

14:17    1    DIFFERENCES HERE.

14:18    2    **Q.**    I BELIEVE YOU FOUND THAT THE CONSTRUCTION OF THE MRGO DID

14:18    3    HAVE AN IMPACT IN THE IHNC; IS THAT CORRECT?

14:18    4    **A.**    IT DID.  WE CAN SEE THAT IN THIS FIGURE IF YOU LOOK AT A

14:18    5    LITTLE BIT OF A ZOOM-IN.  THE CONVEYANCE CHANGED QUITE A BIT

14:18    6    RIGHT INSIDE OF THE MRGO.  NOW, INSTEAD OF HAVING THIS VERY

14:18    7    LARGE REGION FOR WATER TO FLOW THROUGH, IT'S CONSTRICTED BY THE

14:18    8    LEVEES.

14:18    9        NOW, IF YOU START CHANGING THE BATHYMETRY IN BETWEEN

14:18    10   PARIS ROAD AND SEABROOK, THERE IS GOING TO BE A LARGE

14:18    11   DIFFERENCE.  THAT'S REFLECTED IN THIS FIGURE HERE, WHERE WE CAN

14:18    12   SEE THAT THERE'S A DROP BY AS MUCH AS, I BELIEVE, 3.5 FEET

14:18    13   RIGHT AT THE CONFLUENCE OF THE IHNC AND MRGO REACH 1.

14:18    14        ESSENTIALLY, WE'RE CHANGING THE FRICTION, WE'RE

14:18    15   CHANGING THE CONVEYANCE IN BETWEEN, AND THAT -- THERE'S

14:18    16   ACTUALLY ALSO BEEN CHANGES IN THE FRICTIONAL RESISTANCE AND

14:19    17   CONVEYANCE IN THE IHNC.  THAT WOULD COME INTO PLAY AS WELL,

14:19    18   ALTHOUGH WE DIDN'T LOOK AT THAT AT ALL.

14:19    19        CERTAINLY, IF YOU, FOR EXAMPLE, PUT MORE FRICTIONAL

14:19    20   RESISTANCE AT SEABROOK, THEN YOU BACK THE WATER UP FURTHER INTO

14:19    21   THE IHNC AND MRGO.  THERE'S NO QUESTION THAT THERE'S A

14:19    22   REDISTRIBUTION OF THE SURFACE WATER PROFILE, AND YOU INCREASE

14:19    23   THE FRICTIONAL RESISTANCE AND REDUCE THE CONVEYANCE IN THE

14:19    24   GIWW/MRGO REACH 1.  YOU DROP THE WATER LEVELS EARLIER AND

14:19    25   FURTHER REDUCE.

FINAL DAILY COPY

14:19   1            **MR. SMITH:**  JUST FOR THE RECORD, THIS IS FIGURE 157

14:19   2   FROM DR. WESTERINK'S REPORT AT PAGE 178.  THIS IS H1 MINUS H3.

14:19   3   **BY MR. SMITH:**

14:19   4   **Q.**   IF WE COULD HAVE THE NEXT SLIDE.  THIS LOOKS AT THE LOCAL

14:19   5   EFFECT OF MRGO REACH 1.

14:20   6   **A.**   AGAIN, PARIS ROAD AND SEABROOK ARE CONTROLS.  THE WATER

14:20   7   LEVEL DOESN'T CHANGE MUCH AT ALL.  IT CHANGES A LITTLE, BUT NOT

14:20   8   MUCH.  BASED ON WHAT'S HAPPENING REGIONALLY, THERE SIMPLY ISN'T

14:20   9   ENOUGH CONVEYANCE.  EVEN IF YOU HAVE A HUGE REACH 1 AND A HUGE

14:20   10  IHNC, THERE'S NOT ENOUGH CONVEYANCE TO MAKE A DRASTIC

14:20   11  DIFFERENCE.

14:20   12           IN FACT, STUDIES HAVE BEEN DONE THAT CLOSED PARIS

14:20   13  ROAD ENTIRELY FOR THE PROJECTS OF THE CONSTRUCTION OF THE

14:20   14  CLOSURES OUT IN THE GOLDEN TRIANGLE, TO PLACE THAT, AND WATER

14:20   15  LEVELS FOR HUNDRED-YEAR STORMS ONLY WENT UP BY ROUGHLY 6 OR SO

14:20   16  INCHES AT PARIS ROAD.

14:20   17           **MR. O'DONNELL:**  YOUR HONOR, I OBJECT.  THIS IS NOT IN

14:20   18  THE REPORT, AND WE HAVE NO IDEA WHERE THE DATA CAME FROM.

14:20   19           **THE COURT:**  ANY REBUTTAL?

14:20   20  **BY MR. SMITH:**

14:20   21  **Q.**   DR. WESTERINK, COULD YOU TELL COURT WHERE THE DATA FOR

14:20   22  THIS FIGURE CAME FROM.

14:20   23  **A.**   THE DATA CAME FROM SL15 MODEL STUDIES THAT WERE DONE BY

14:21   24  ERDC, THE ENGINEERING RESEARCH AND DEVELOPMENT CENTER FOR THE

14:21   25  U.S. ARMY CORP OF ENGINEERS.

14:21  1          **THE COURT:**  WHEN WAS THAT DONE?

14:21  2          **THE WITNESS:**  I'D HAVE TO CHECK THE DATES, BUT WITHIN

14:21  3  THE LAST YEAR, I WOULD GUESS.

14:21  4  **BY MR. SMITH:**

14:21  5  **Q.**  WERE THESE THE DATA THAT YOU USED IN YOUR H1 RUN?  I THINK

14:21  6  THAT IS THE POINT THAT WE'RE TRYING TO GET AT HERE.

14:21  7          **THE COURT:**  THAT IS THE POINT.

14:21  8          **THE WITNESS:**  WERE THEY SPECIFICALLY DATA THAT WERE

14:21  9  USED IN THE H1 RUN?

14:21  10  **BY MR. SMITH:**

14:21  11  **Q.**  YES.

14:21  12  **A.**  WE DID NOT USE THAT SPECIFIC DATA IN THE H1 RUN.

14:21  13          **MR. O'DONNELL:**  THEREFORE, I MOVE TO STRIKE.

14:21  14          **THE COURT:**  I'M GOING TO SUSTAIN THE OBJECTION.

14:21  15          **THE WITNESS:**  BUT AS WE SAW FROM THESE SIMULATIONS

14:21  16  AND THE VARIETY --

14:21  17          **THE COURT:**  GET IT OFF THE BOARD.  I SUSTAINED THE

14:21  18  OBJECTION.

14:21  19  **BY MR. SMITH:**

14:21  20  **Q.**  CAN YOU EXPLAIN YOUR FINDINGS WITH RESPECT TO THE LOCAL

14:21  21  INFLUENCE OF THE MRGO REACH 1.

14:21  22  **A.**  CERTAINLY.

14:21  23  **Q.**  WILL YOU PLEASE DO THAT.

14:21  24  **A.**  OKAY.  SO, AGAIN, THE CONVEYANCE CHANGES OBVIOUSLY

14:22  25  DRAMATICALLY INCREASED WITH THE CONSTRUCTION OF THE MRGO AND

14:22    1    THE FRICTIONAL DISTRIBUTION CHANGES AND THE CONTROLS.  AS WE'VE

14:22    2    SEEN IN THE SERIES OF H1 TO H6 RUNS, ESSENTIALLY THE WATER

14:22    3    LEVEL DOESN'T CHANGE MUCH AT PARIS ROAD OR AT SEABROOK.

14:22    4    **Q.**   LET'S LOOK AT YOUR FINDINGS WITH RESPECT TO CHANGES IN THE

14:22    5    MRGO AND THE WETLANDS.  LET'S LOOK AT SLIDE 345.

14:22    6          WHAT DID YOU FIND WITH RESPECT TO THE ENLARGEMENT OF

14:22    7    THE MRGO AFTER CONSTRUCTION AND THE CHANGES IN THE WETLANDS

14:22    8    THAT MAY HAVE OCCURRED FOR ANY REASON AFTER CONSTRUCTION OF THE

14:22    9    MRGO?

14:22   10    **A.**   OKAY.  SO WHAT WE DID IS WE COMPARED OUR H1 SCENARIO TO

14:22   11    THE H6 SCENARIO.  SO THAT IS THE MRGO AS DESIGNED, AND WE

14:22   12    INCLUDED THE 1956 WETLANDS.  WE CAN SEE THAT CHANGES NOW

14:22   13    EVERYWHERE -- IF WE ZOOM INTO THE NEXT FIGURE -- ARE VERY

14:23   14    MINIMAL.  BASICALLY, THEY'RE LESS THAN PLUS OR MINUS A QUARTER

14:23   15    OF A FOOT.  WE SEE EVEN IN THE HEART OF THE MRGO REACH 1/IHNC

14:23   16    CONFLUENCE THERE IS A VERY, VERY SMALL -- BETWEEN A QUARTER AND

14:23   17    A HALF A FOOT -- DIFFERENCE.

14:23   18          **MR. SMITH:**  JUST FOR THE RECORD, THIS IS FIGURE 177

14:23   19    FROM THE WESTERINK REPORT.

14:23   20          **THE COURT:**  MAYBE I'VE BEEN HERE TOO LONG IN THIS

14:23   21    TRIAL.  THE FINEL MODEL USED BY THE DUTCH, YOU'RE FAMILIAR WITH

14:23   22    THAT?

14:23   23          **THE WITNESS:**  NOT IN DETAIL, BUT I AM FAMILIAR WITH

14:23   24    IT.

14:23   25          **THE COURT:**  WE TALKED ABOUT THE S08, IS IT?

FINAL DAILY COPY

14:24    1            **THE WITNESS:**  SO8, YES.

14:24    2            **THE COURT:**  SO8.  WHAT IS YOUR UNDERSTANDING AS TO

14:24    3    HOW THAT WAS UTILIZED IN THIS CASE?

14:24    4            **THE WITNESS:**  MY UNDERSTANDING IS THAT THE SO8 MODEL

14:24    5    WAS USED AS THE BOUNDARY DRIVER BECAUSE THEY USED THE NESTED

14:24    6    MODEL APPROACH.  SO THE SO8 MODEL DRIVES THE FINEL MODEL

14:24    7    BOUNDARY CONDITIONS, ALTHOUGH IT'S MY UNDERSTANDING THAT THERE

14:24    8    HAD TO BE ADJUSTMENTS MADE IN THOSE BOUNDARY CONDITIONS IN

14:24    9    ORDER TO GET THE RIGHT WATER LEVELS INSIDE OF THE FINEL MODEL.

14:24   10            **THE COURT:**  WELL, THAT EXPLAINS IT ENOUGH FOR ME

14:24   11    RIGHT NOW.  THANK YOU.

14:24   12            **MR. SMITH:**  I WONDER IF WE COULD GO TO THE LAST

14:24   13    SLIDE, PLEASE.

14:24   14    **BY MR. SMITH:**

14:24   15    **Q.**   WOULD YOU JUST REITERATE, BRIEFLY, YOUR PRINCIPAL

14:24   16    FINDINGS, DR. WESTERINK.

14:24   17    **A.**   SURE.  WELL, FIRST OF ALL, IT WAS A HUGE STORM.  IT WAS

14:24   18    VERY LARGE IN SIZE.  IT WAS A VERY POWERFUL STORM, ALTHOUGH THE

14:24   19    SIZE WITH ITS POWER CAUSED IT TO GRAB A LARGE SECTION OF THE

14:25   20    GULF OF MEXICO AND DRIVE A LOT OF WATER UP, BETWEEN 8 AND

14:25   21    16 FEET, OVER A LARGE AREA, MORE THAN 4,000 SQUARE MILES BEFORE

14:25   22    IT EVEN MADE LANDFALL.

14:25   23            THAT WATER WAS LARGELY DRIVEN THROUGH LAKE BORGNE AND

14:25   24    OVER THE SUBMERGED MARSHES AND IT WAS STOPPED BY THE LEVEES.  I

14:25   25    THINK IT'S VERY IMPORTANT TO LOOK AT THE EFFECTS OF THE MARSH

14:25  1   IN TERMS OF THE HYDRAULICS.  AGAIN, THE EFFECTS OF FRICTIONAL

14:25  2   RESISTENCE, WHICH SLOW DOWN FLOW, DIMINISH AS SURFACE WATER

14:25  3   ELEVATION OVER THE WATER COLUMN INCREASES.

14:25  4         THE NEXT BIG PART OF THE PUZZLE IS CERTAINLY MRGO

14:25  5   REACH 2.  IT'S JUST TINY COMPARED TO THE OVERALL CONVEYANCE

14:25  6   THAT'S AVAILABLE FOR WATER TO FLOW IN THE GENERAL REGION, AND

14:25  7   IT'S VERY MUCH OF A REGIONAL PROCESS COMPARED TO THE MRGO.

14:26  8         THE NEXT THING IS THAT THE CONSTRUCTION OF THE MRGO

14:26  9   REACH 1 DID INCREASE CHANNEL CONVEYANCE AND THE WATER LEVELS IN

14:26  10  THE IHNC.  IT SIMPLY REDISTRIBUTES THE DROP OF WATER IN BETWEEN

14:26  11  PARIS ROAD AND SEABROOK.

14:26  12         LASTLY, POSTCONSTRUCTION ENLARGEMENT OF THE MRGO

14:26  13  REALLY DIDN'T MAKE ANY DIFFERENCE.  THE CHANGES IN THE WETLANDS

14:26  14  HAD VERY LITTLE HYDRAULIC EFFECTS AS WELL.

14:26  15         **MR. SMITH:**  THANK YOU, DR. WESTERINK.  I HAVE NO

14:26  16  FURTHER QUESTIONS.

14:26  17         **THE COURT:**  THANK YOU, SIR.

14:26  18         **MR. O'DONNELL:**  YOUR HONOR, PURSUANT TO OUR

14:26  19  UNDERSTANDING, I'LL RESERVE CROSS UNTIL THE NEXT TWO WITNESSES

14:26  20  ARE FINISHED.

14:26  21         **THE COURT:**  YES, SIR.

14:26  22         **MR. SMITH:**  YOU MAY STEP DOWN, DR. WESTERINK.

14:26  23         YOUR HONOR, HOW LONG DO YOU WANT TO GO BEFORE WE

14:26  24  BREAK THIS AFTERNOON?

14:26  25         **THE COURT:**  MAYBE ABOUT FIVE TO 3:00.

FINAL DAILY COPY

14:26    1           **MR. SMITH:**  25 MINUTES, THEN?

14:26    2           **THE COURT:**  YES.

14:26    3           **MR. SMITH:**  I THINK WE'LL GET STARTED WITH OUR NEXT

14:26    4  WITNESS IF THAT'S ALL RIGHT.

14:26    5           **THE COURT:**  ABSOLUTELY.

14:26    6           **MR. O'DONNELL:**  YOUR HONOR, A MATTER OF HOUSEKEEPING.

14:26    7  I'D LIKE TO BE SURE, TO THE EXTENT THE GOVERNMENT GIVES THE

14:27    8  COURT THE 350 GRAPHICS, THAT CERTAIN ONES YOU RULED OUT SUCH

14:27    9  AS --

14:27   10           **THE COURT:**  BE SEGREGATED AND PUT IN THE PROFFER.

14:27   11           **MR. O'DONNELL:**  YES.

14:27   12           **THE COURT:**  WE'LL MAKE SURE WE DO THAT WITH THE

14:27   13  COOPERATION OF COUNSEL AND THE CLERK AND THE DEPUTY CLERK, ETC.

14:27   14           IF THE GOVERNMENT PROVIDES US A LIST OF THE

14:27   15  SLIDES THAT SHOULD BE YANKED, WE'LL YANK THEM AND WE'LL PUT

14:27   16  THEM IN A PROFFER FOLDER.

14:27   17           **MR. O'DONNELL:**  THERE'S A SECOND CATEGORY OF SLIDES

14:27   18  THAT WERE NOT USED.  I'D LIKE THOSE PULLED.  THIRDLY, THERE'S

14:27   19  SLIDES I OBJECTED TO, SUCH AS BATHYMETRY, WHICH YOU SUSTAINED,

14:27   20  AND THERE WERE OTHERS THAT I THINK PRUDENTLY MR. SMITH SKIPPED

14:27   21  THAT ALSO PURPORTED TO HAVE THE BATHYMETRY OF THE CHANNEL.  I'D

14:27   22  LIKE TO MAKE SURE THEY DON'T GET INTO THAT PACKET.  SO PERHAPS

14:28   23  WHAT WE COULD TRY IS TO AGREE ON A LIST TO HELP THE COURT.

14:28   24           **THE COURT:**  THAT'S FINE.  IF YOU CAN MEET AND AGREE,

14:28   25  THAT'S FINE.  IF YOU CAN'T AGREE, WE'LL DEVELOP A PROTOCOL.

14:28     1   THAT'S ALL RIGHT.  YOU DON'T HAVE TO AGREE, THAT'S FOR SURE.

14:28     2   YOU CAN CERTAINLY PROFFER.

14:28     3                  NEXT WITNESS.

14:28     4          MR. O'DONNELL:  YOUR HONOR, ARE WE BREAKING

14:28     5   PERMANENTLY AT 3:00 OR JUST FOR A PERIOD?

14:28     6          THE COURT:  NO.  WE'RE GOING TO GO FOR AN HOUR AND

14:28     7   COME BACK FOR TWO HOURS; OR AS I SAID YESTERDAY, TWO HOURS IF

14:28     8   Y'ALL WANT TO GO THE TWO HOURS.  IF SOMEBODY WANTS TO STOP,

14:28     9   I'LL STOP.

14:28    10          MR. O'DONNELL:  THANK YOU, YOUR HONOR.

14:29    11          MR. BAEZA:  YOUR HONOR, AT THIS TIME THE GOVERNMENT

14:29    12   CALLS STEPHEN DELOACH.

14:30    13          MR. STEVENS:  BEFORE WE BEGIN, IF I MIGHT.  JUST IN

14:30    14   ANTICIPATION -- BECAUSE WE'VE SEEN THE EXHIBITS THEY INTEND TO

14:30    15   USE WITH MR. DELOACH -- WE WOULD LIKE TO PUT ON THE RECORD AN

14:31    16   OBJECTION TO THIS WITNESS GOING BEYOND THE SCOPE OF HIS REPORT

14:31    17   OR OPINIONS THAT HE EXPRESSED IN HIS DEPOSITION.

14:31    18          THE COURT:  LET'S WAIT UNTIL HE DOES THAT.  IF YOU

14:31    19   HAVE SPECIFIC ONES, I'M ON NOTICE.

14:31    20          MR. STEVENS:  THANK YOU, JUDGE.

14:31    21          (WHEREUPON STEPHEN DELOACH, HAVING BEEN DULY SWORN,

14:31    22   TESTIFIED AS FOLLOWS.)

14:31    23          THE DEPUTY CLERK:  PLEASE STATE YOUR FULL NAME AND

14:31    24   CORRECT SPELLING FOR THE RECORD.

14:31    25          THE WITNESS:  MY NAME IS STEPHEN DELOACH, WITH A P-H,

                                FINAL DAILY COPY

14:31    1    AND D-E-L-O-A-C-H.

14:31    2           **MR. BAEZA:**  FIRST OF ALL, YOUR HONOR, I HAVE SOME

14:31    3    GOOD NEWS.  I ONLY HAVE SEVEN SLIDES.

14:31    4           **THE COURT:**  THAT IS GOOD NEWS.  I'M SURE WE'RE ALL

14:31    5    DREAMING OF SLIDES, AND THEY'RE BEGINNING TO MELD TOGETHER.

14:31    6           **MR. BAEZA:**  IN KEEPING WITH THE TRADITION OF

14:31    7    SUMMARIZING THE WITNESS' TESTIMONY, I'D LIKE TO GIVE A BRIEF

14:31    8    SUMMARY FOR MR. DELOACH.

14:31    9           **THE COURT:**  YOU MAY, SIR.

14:31   10           **MR. BAEZA:**  MR. DELOACH IS BEING PRESENTED IN THIS

14:31   11    LITIGATION AS A PROFESSIONAL ENGINEER AND LAND SURVEYOR WITH AN

14:32   12    EXPERTISE IN ENGINEERING SURVEYING AND IN THE STUDY OF LIDAR

14:32   13    AND ITS OPERATIONAL ACCURACY, WHICH ALSO INCLUDES AN

14:32   14    UNDERSTANDING OF VERTICAL DATUMS.

14:32   15           HE HAS WORKED IN SURVEYING SINCE HIS GRADUATION

14:32   16    FROM VIRGINIA TECH IN 1978.  HE ALSO WORKED WITH THE U.S. ARMY

14:32   17    FROM 1980 TO 1996, WITH 11 OF THOSE YEARS AT THE U.S. ARMY

14:32   18    TOPOGRAPHIC ENGINEERING CENTER IN FORT BELVOIR, VIRGINIA.

14:32   19           WHILE AT FORT BELVOIR, HE COLLABORATED WITH NASA

14:32   20    IN THE APPLICATION OF KINEMATIC GPS, WHICH WAS INTEGRATED WITH

14:32   21    LIDAR.  HIS TEAM WAS RESPONSIBLE FOR THE EARLY DEVELOPMENT OF

14:32   22    THIS GPS SYSTEM, WHICH IS USED WORLDWIDE FOR REMOTE SENSING,

14:32   23    AIRCRAFT AND MARINE SURVEYS, DREDGING AND HEAVY CONSTRUCTION

14:32   24    EQUIPMENT.

14:32   25           IN 1996 HE WENT INTO PRIVATE PRACTICE WITH

| | | |
|---|---|---|
| 14:32 | 1 | EARTHDATA TECHNOLOGIES AND EARTHDATA AVIATION, WHERE HE LED THE |
| 14:32 | 2 | DEVELOPMENT OF THE SYSTEM FOR HIGH-ALTITUDE LIDAR MAPPING THAT |
| 14:32 | 3 | IS USED NATIONWIDE, INCLUDING FOR SOME OF THE DATA USED IN THIS |
| 14:32 | 4 | CASE. |
| 14:32 | 5 | HE ALSO HAS SEVERAL DOZEN PUBLICATIONS ON A WIDE |
| 14:32 | 6 | RANGE OF SURVEYING AND REMOTE SENSING SUBJECTS SUCH AS LIDAR, |
| 14:32 | 7 | GPS, AND VERTICAL DATUMS.  HE IS CURRENTLY THE ASSOCIATE |
| 14:33 | 8 | DIRECTOR FOR THE OFFICE OF ENGINEERING, DESIGN, AND |
| 14:33 | 9 | CONSTRUCTION AT THE SMITHSONIAN IN WASHINGTON, D.C. |
| 14:33 | 10 | **THE COURT:**  THANK YOU, SIR. |
| 14:33 | 11 | **VOIR DIRE** |
| 01:59 | 12 | **BY MR. BAEZA:** |
| 14:33 | 13 | **Q.**   GOOD AFTERNOON, MR. DELOACH.  I WENT INTO A LITTLE BIT OF |
| 14:33 | 14 | DETAIL ABOUT YOUR BACKGROUND.  I WANT TO ASK YOU SOME FOLLOW-UP |
| 14:33 | 15 | QUESTIONS RELATED TO THAT. |
| 14:33 | 16 | FIRST OF ALL, DO YOU HAVE ANY SPECIALIZED DEGREES |
| 14:33 | 17 | PERTAINING TO SURVEYING? |
| 14:33 | 18 | **A.**   I DO.  I HAVE A MASTER'S OF GEODESY AND GEOMATICS |
| 14:33 | 19 | ENGINEERING FROM THE UNIVERSITY OF NEW BRUNSWICK IN |
| 14:33 | 20 | FREDERICTON, NEW BRUNSWICK, CANADA. |
| 14:33 | 21 | **Q.**   WHAT IS GEODESY? |
| 14:33 | 22 | **A.**   GEODESY IS THE SCIENCE OF THE STUDY OF THE SHAPE AND SIZE |
| 14:33 | 23 | OF THE EARTH. |
| 14:33 | 24 | **Q.**   WHAT IS GEOMATICS? |
| 14:33 | 25 | **A.**   GEOMATICS ACTUALLY CAME FROM OUR EUROPEAN COLLEAGUES, AND |

| | | |
|---|---|---|
| 14:33 | 1 | IT ENCOMPASSES THE BROAD SPECTRUM OF SURVEYING AND MAPPING AND |
| 14:33 | 2 | SPECIFICALLY GEOMATICS ENGINEERING AS THAT APPLIES TO CIVIL |
| 14:34 | 3 | ENGINEERING. |
| 14:34 | 4 | **Q.**   NOW, YOU WORKED IN SURVEYING FOR THE ARMY CORPS OF |
| 14:34 | 5 | ENGINEERS FROM 1980 TO 1996; CORRECT? |
| 14:34 | 6 | **A.**   THAT IS CORRECT. |
| 14:34 | 7 | **Q.**   FROM 1985 TO 1996, YOU WERE AT THE TOPOGRAPHIC ENGINEERING |
| 14:34 | 8 | CENTER IN VIRGINIA; CORRECT? |
| 14:34 | 9 | **A.**   THAT IS CORRECT. |
| 14:34 | 10 | **Q.**   WHILE THERE, YOU COLLABORATED WITH NASA IN THE UTILIZATION |
| 14:34 | 11 | OF KINEMATIC GPS WITH AIRBORNE LIDAR; CORRECT? |
| 14:34 | 12 | **A.**   I DID. |
| 14:34 | 13 | **Q.**   WOULD YOU PLEASE EXPLAIN WHAT THOSE MEAN. |
| 14:34 | 14 | **A.**   IN THE LATE 1980S, NASA WAS EXPERIMENTING WITH DEVELOPING |
| 14:34 | 15 | AIRBORNE LIDAR MAPPING SYSTEMS, OR TERRAIN PROFILING SYSTEMS, |
| 14:34 | 16 | WITH THE LASER FIRING OUT OF THE AIRCRAFT.  THEY DID NOT HAVE |
| 14:34 | 17 | THE TECHNOLOGY TO ACCURATELY POSITION THE AIRCRAFT TO |
| 14:34 | 18 | SUBSEQUENTLY GENERATE AN ACCURATE MAP.  I DID. |
| 14:34 | 19 | WE HAD BEEN WORKING ON AND WERE DEVELOPING WHAT WAS |
| 14:34 | 20 | CALLED KINEMATIC GPS, WHERE WE COULD VERY PRECISELY, ACCURATELY |
| 14:34 | 21 | MEASURE THE POSITION OF A MOVING PLATFORM; IN THIS CASE, AN |
| 14:34 | 22 | AIRCRAFT.  SO WE COLLABORATED TO PUT THOSE TWO TOOLS TOGETHER |
| 14:34 | 23 | TO WORK TOWARDS GENERATION OR DEVELOPMENT OF A NEW MAPPING |
| 14:35 | 24 | TOOL. |
| 14:35 | 25 | **Q.**   IS THIS NOW IN COMMERCIAL USE IN THE UNITED STATES AND |

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:35 | 1 | WORLDWIDE FOR AIRBORNE LIDAR MAPPING? |
| 14:35 | 2 | **A.**   THAT TECHNOLOGY IN GENERAL IS, YES, ABSOLUTELY. |
| 14:35 | 3 | **Q.**   IN 1996 YOU STARTED WORKING WITH EARTHDATA INTERNATIONAL |
| 14:35 | 4 | IN MARYLAND; CORRECT? |
| 14:35 | 5 | **A.**   IT'S A GROUP OF COMPANIES, YES. |
| 14:35 | 6 | **Q.**   YOU WERE THE PRESIDENT OF EARTHDATA TECHNOLOGIES AND |
| 14:35 | 7 | EARTHDATA AVIATION? |
| 14:35 | 8 | **A.**   THAT IS CORRECT. |
| 14:35 | 9 | **Q.**   WHAT WERE YOUR RESPONSIBILITIES THERE? |
| 14:35 | 10 | **A.**   MY BASIC RESPONSIBILITY WAS DAY-TO-DAY OPERATION OF THOSE |
| 14:35 | 11 | TWO COMPANIES AND THEIR PROFIT. |
| 14:35 | 12 | **Q.**   WHILE WITH THOSE TWO COMPANIES, DID YOU DEVELOP ANY |
| 14:35 | 13 | PRODUCTS OR SERVICES? |
| 14:35 | 14 | **A.**   I DID.  EARTHDATA AVIATION WAS THE OPERATIONAL AVIATION |
| 14:35 | 15 | ASPECT FOR THE MAPPING COMPANY.  EARTHDATA TECHNOLOGIES WAS |
| 14:35 | 16 | ACTUALLY A RESEARCH AND DEVELOPMENT COMPANY.  WE DEVELOPED AND |
| 14:35 | 17 | IMPLEMENTED DIGITAL CAMERA TECHNOLOGY, WHERE WE WERE ABLE TO |
| 14:35 | 18 | CREATE RAPID MAPS.  IN THE OLD DAYS, IT WAS STEREO PHOTOGRAPHY |
| 14:35 | 19 | FROM CONVENTIONAL PHOTOGRAPHS, SO WE MOVED THAT INTO THE |
| 14:36 | 20 | DIGITAL WORLD.  THEN WE ALSO DEVELOPED AND BUILT AND |
| 14:36 | 21 | IMPLEMENTED ONE OF THE FIRST COMMERCIAL LIDAR SYSTEMS |
| 14:36 | 22 | SPECIFICALLY FOR HIGH-ALTITUDE LIDAR MAPPING. |
| 14:36 | 23 | **Q.**   IS THIS SYSTEM THAT YOU DEVELOPED FOR HIGH-ALTITUDE LIDAR |
| 14:36 | 24 | MAPPING ALSO IN COMMERCIAL USE IN THE UNITED STATES AND |
| 14:36 | 25 | WORLDWIDE? |

14:36    1    **A.**   YES, IT IS.

14:36    2    **Q.**   ARE YOU AWARE OF WHETHER THIS SYSTEM WAS USED IN ANY OF

14:36    3    THE LIDAR DATA DEVELOPED AND IN USE IN THIS LITIGATION?

14:36    4    **A.**   IT WAS, ACTUALLY.  THAT DEVELOPMENT ACTIVITY WAS JOINTLY

14:36    5    FUNDED BY TWO CORPORATIONS:  ONE WAS EARTHDATA AND THE OTHER

14:36    6    WAS CALLED 3001, INC.  3001 IS A LOUISIANA-BASED COMPANY.  THAT

14:36    7    SPECIFIC PIECE OF EQUIPMENT WAS ULTIMATELY USED AT LEAST FOR A

14:36    8    PORTION OF THE MAPPING OF THE STATE OF LOUISIANA UNDER THEIR

14:36    9    FEMA FLOOD MAP UPDATE.

14:36    10    **Q.**   THEN IN 2003 YOU LEFT EARTHDATA AND YOU WENT TO THE

14:36    11    SMITHSONIAN; CORRECT?

14:36    12    **A.**   THAT IS CORRECT.

14:36    13    **Q.**   MR. DELOACH, WHAT IS LIDAR?

14:36    14    **A.**   LIDAR STANDS FOR LIGHT DETECTION AND RANGING.

14:37    15    **Q.**   HOW LONG HAVE YOU WORKED WITH LIDAR?

14:37    16    **A.**   BEGINNING WITH SOME OF THE COLLABORATION WITH NASA IN THE

14:37    17    LATE 1980S, BUT REALLY HEAVY INTO IT WHEN I JOINED EARTHDATA

14:37    18    TECHNOLOGIES, AS I JUST DISCUSSED.

14:37    19    **Q.**   WHAT KIND OF WORK HAVE YOU DONE WITH LIDAR?

14:37    20    **A.**   FROM AN OPERATIONAL STANDPOINT, ONE OF THE FIRST PROJECTS

14:37    21    THAT WE COMPLETED WAS MAPPING OF THE LOWER PORTION OF THE

14:37    22    GRAND CANYON.  WE ALSO EXECUTED THE FEMA FLOOD MAP PROJECT FOR

14:37    23    THE STATE OF NORTH CAROLINA.  WE ALSO PROVIDED SUPPORT ON A

14:37    24    DAILY BASIS TO THE FIRE AND RESCUE OPERATIONS OPERATING AT THE

14:37    25    WORLD TRADE CENTER WHEN THAT WAS DESTROYED.

14:37  1           WE WERE ACTUALLY FLYING OUR AIRCRAFT WITH DIGITAL

14:37  2   IMAGING, A DIGITAL THERMAL CAMERA MEASURING TEMPERATURE, AS

14:37  3   WELL AS A LIDAR SYSTEM, ALL IN TANDEM WITH EACH OTHER.  WE

14:37  4   WOULD LAND.  WE WOULD PROCESS AND CREATE MAPS ON THE SPOT, HAND

14:37  5   THEM TO THE STATE POLICE, AND THEY WOULD FERRY THOSE INTO THE

14:38  6   FIRE AND RESCUE OPERATIONS.

14:38  7   **Q.**   NOW, HAVE YOU WRITTEN ANY PUBLICATIONS ON THE USE OF

14:38  8   LIDAR?

14:38  9   **A.**   I HAVE.

14:38  10  **Q.**   DOES THE USE OF LIDAR ALSO INCLUDE KNOWLEDGE OR REQUIRE

14:38  11  KNOWLEDGE OF VERTICAL DATUMS?

14:38  12  **A.**   IT IS AN INHERENT PART OF THE MAPPING PROCESS, YES.

14:38  13  **Q.**   DO YOU HAVE ANY WRITTEN PUBLICATIONS ON VERTICAL DATUMS?

14:38  14  **A.**   I DO, INCLUDING MY MASTER'S THESIS.

14:38  15  **Q.**   HAVE YOU UTILIZED VERTICAL DATUMS EXTENSIVELY IN YOUR OVER

14:38  16  30 YEARS OF SURVEYING?

14:38  17  **A.**   YOU ABSOLUTELY ARE REQUIRED TO.  YOU CANNOT CONDUCT

14:38  18  SURVEYING AND MAPPING IN SUPPORT OF ENGINEERING WITHOUT DATUMS.

14:38  19           **MR. BAEZA:**  YOUR HONOR, AT THIS TIME WE TENDER

14:38  20  MR. DELOACH AS AN EXPERT IN ENGINEERING SURVEYING, LIDAR, WHICH

14:38  21  INCLUDES ACCURACY OF LIDAR, AND VERTICAL DATUMS.

14:38  22           **THE COURT:**  ANY OBJECTION?

14:38  23           **MR. STEVENS:**  NO OBJECTION, YOUR HONOR.  I JUST HAVE

14:38  24  ONE QUESTION, IF I MIGHT ASK IT.

14:38  25           **THE COURT:**  YOU CAN ASK IT.

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:38 | 1 | **TRAVERSE** |
| 14:38 | 2 | BY MR. STEVENS: |
| 14:38 | 3 | Q.   IN CONNECTION WITH THIS CASE, YOU HAVE NOT DONE ANY |
| 14:38 | 4 | SURVEYING, NO BOOTS-ON-THE-GROUND SURVEYING IN THE STATE OF |
| 14:39 | 5 | LOUISIANA IN CONNECTION WITH THIS CASE, HAVE YOU, SIR? |
| 14:39 | 6 | A.   THAT IS CORRECT. |
| 14:39 | 7 | THE COURT:  ANY OBJECTION?  DO YOU HAVE ANY OBJECTION |
| 14:39 | 8 | TO HIS TENDER? |
| 14:39 | 9 | MR. STEVENS:  NO, SIR. |
| 14:39 | 10 | THE COURT:  THE COURT ACCEPTS THE WITNESS AS |
| 14:39 | 11 | TENDERED. |
| 14:39 | 12 | **DIRECT EXAMINATION** |
| 14:39 | 13 | BY MR. BAEZA: |
| 14:39 | 14 | Q.   NOW, MR. DELOACH, BEFORE WE GET INTO YOUR OPINIONS, I'D |
| 14:39 | 15 | LIKE TO JUST GET SOME BACKGROUND ON THE DATA SETS THAT YOU WILL |
| 14:39 | 16 | BE REFERRING TO.  NOW, WHAT LIDAR DATA SETS WERE USED IN THIS |
| 14:39 | 17 | LITIGATION? |
| 14:39 | 18 | A.   THERE WERE THREE PROJECTS.  ONE WAS WHAT I'LL REFER TO AS |
| 14:39 | 19 | THE STATEWIDE MAPPING PROJECT, AND THAT WAS FLOWN BY 3001 IN |
| 14:39 | 20 | SUPPORT OF THIS FEMA WORK.  THAT WAS DELIVERED IN THE FORM OF A |
| 14:39 | 21 | PRODUCT WHICH IS A 15-FOOT GRID OR A DIGITAL ELEVATION MODEL. |
| 14:39 | 22 | THE SECOND PROJECT WAS FLOWN BY JOHN CHANCE & |
| 14:39 | 23 | ASSOCIATES UNDER CONTRACT TO THE CORPS OF ENGINEERS.  THAT WAS |
| 14:39 | 24 | A LEVEE MAPPING SURVEY FLOWN IN THE YEAR 2000.  IN THAT PROJECT |
| 14:39 | 25 | THEY DERIVED MULTIPLE, BUT TWO PRIMARY DATA PRODUCTS, WHICH WAS |

| | | |
|---|---|---|
| 14:40 | 1 | WHAT I'LL CALL A POINT CLOUD, WHICH IS EFFECTIVELY, FOR THE |
| 14:40 | 2 | USER, THE RAW DATA, AND THEY DELIVERED A GRIDDED DATA SET, OR A |
| 14:40 | 3 | DIGITAL ELEVATION MODEL, WITH A GRID SPACING OF 1 FOOT. |
| 14:40 | 4 | THE THIRD PROJECT WAS AGAIN FLOWN BY JOHN CHANCE & |
| 14:40 | 5 | ASSOCIATES FOR THE CORPS OF ENGINEERS.  IT WAS A LEVEE MAPPING |
| 14:40 | 6 | SURVEY FLOWN IMMEDIATELY AFTER HURRICANE KATRINA.  SEVERAL |
| 14:40 | 7 | PRODUCTS WERE DELIVERED, BUT THE TWO PRIMARY PRODUCTS WERE THE |
| 14:40 | 8 | POINT CLOUD DATA AND ALSO A DIGITAL ELEVATION MODEL, WHICH WAS |
| 14:40 | 9 | GRIDDED AT A SPACING OF 2 FEET. |
| 14:40 | 10 | Q.   SO THERE WERE THREE DATA SETS BUT FIVE PRODUCTS? |
| 14:40 | 11 | A.   THAT'S CORRECT.  TWO OF THE PRODUCTS WERE DERIVED. |
| 14:40 | 12 | Q.   JUST IN GENERAL TERMS SO WE CAN BE CLEAR, WHAT IS THE |
| 14:40 | 13 | DIFFERENCE BETWEEN WHAT YOU CALL RAW OR POINT CLOUD DATA AND |
| 14:40 | 14 | GRIDDED DATA? |
| 14:40 | 15 | A.   WELL, WHEN THE LIDAR SYSTEM COLLECTS DATA, IT IS IN |
| 14:40 | 16 | SOMEWHAT OF A RANDOM FASHION OF GROUND POINTS.  WHERE THE LASER |
| 14:41 | 17 | FIRES OUT OF THE AIRCRAFT, IT HITS A POINT ON THE GROUND AND |
| 14:41 | 18 | GET A RETURN SIGNAL.  THE SYSTEM ASSIGNS AN XYZ COORDINATE TO |
| 14:41 | 19 | THAT POINT ON THE GROUND, AND THEN YOU HAVE AN ELEVATION FROM |
| 14:41 | 20 | THE LASER.  SO YOU HAVE A WHOLE MASS OF THOSE POINTS, AND WE |
| 14:41 | 21 | REFER TO THAT AS A POINT CLOUD. |
| 14:41 | 22 | THEN THE GRID DATA SET IS FROM THAT POINT CLOUD.  YOU |
| 14:41 | 23 | MATHEMATICALLY ADJUST THE POINT CLOUD DATA.  YOU AVERAGE AND |
| 14:41 | 24 | SHIFT AND SMOOTH AND YOU FIT THAT DATA TO A REGULAR GRID, WHICH |
| 14:41 | 25 | IS OFTEN REFERRED TO AS A DIGITAL ELEVATION MODEL. |

14:41    1   **Q.**   NOW, WHAT IS SMOOTHING?

14:41    2   **A.**   *SMOOTHING* IS JUST A TERM WHERE WE'RE DISCUSSING THE

14:41    3   MATHEMATICAL SHIFT FROM THE POINT CLOUD INTO THE GRID.

14:41    4   **Q.**   WHAT IS AVERAGING AS IT'S UNDERSTOOD IN YOUR FIELD?

14:41    5   **A.**   AS RELATED TO THIS PARTICULAR -- THESE DATA, WHAT WOULD

14:41    6   HAPPEN IS THE LIDAR -- THE POINT FROM THE LASER MAY HIT THE TOP

14:41    7   OF THIS WALL RIGHT HERE.  THE NEXT POINT, AS IT SCANS OVER, MAY

14:42    8   HIT THE FLOOR.  THAT WOULD BE THE POINT CLOUD:  A POINT HERE ON

14:42    9   TOP AND A POINT ON THE FLOOR.

14:42   10          THE AVERAGING -- AND WE ALSO REFER TO IT AS THE

14:42   11   SMOOTHING -- AS WE'RE GENERATING THE GRID, TAKES THIS DATA

14:42   12   POINT AND THE POINT ON THE FLOOR AND IT AVERAGES THEM TOGETHER

14:42   13   AND ASSIGNS A NEW ELEVATION TO THIS 1-FOOT GRID THAT WOULD BE

14:42   14   NEAREST TO THOSE POINTS.  SO THE ASSIGNED ELEVATION FROM THAT

14:42   15   PROCESS -- LIKE I SAID, WE USE THE TERM *SMOOTHING* -- WOULD BE

14:42   16   AN ELEVATION LOWER THAN THE TOP OF THIS WALL.

14:42   17   **Q.**   THANK YOU.  WHAT IS KNOWN AS FEATHERING?

14:42   18   **A.**   OFTENTIMES, YOU HAVE MULTIPLE PROJECTS OR MULTIPLE DATA

14:42   19   SETS OR YOU MAY HAVE DATA SETS FLOWN FROM TWO DIFFERENT DAYS.

14:42   20   YOU WILL TAKE THE DATA FROM THOSE VARIOUS DAYS -- AND THERE MAY

14:42   21   BE A SHIFT.  THERE MAY BE A VERTICAL SHIFT; THERE MAY BE A

14:42   22   HORIZONTAL SHIFT BETWEEN THOSE DATA SETS.  THEY WILL

14:43   23   MATHEMATICALLY SMOOTH AND FIT TOGETHER THOSE DATA.  WE REFER TO

14:43   24   THAT COMMONLY AS FEATHERING THE DATA.

14:43   25   **Q.**   ARE THERE ANY OTHER WAYS IN WHICH RAW AND GRIDDED DATA ARE

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:43 | 1 | DIFFERENT? |
| 14:43 | 2 | **A.**   OTHER WAYS IN WHICH RAW AND GRIDDED DATA ARE DIFFERENT? |
| 14:43 | 3 | REALLY, IT'S IN THE ABILITY OF THE DATA TO MEASURE A GIVEN |
| 14:43 | 4 | FEATURE ON THE GROUND AND IT'S IN THE SMOOTHING PROCESS THAT |
| 14:43 | 5 | OCCURS, WHICH REDUCES THE ABILITY TO PICK UP THOSE FEATURES. |
| 14:43 | 6 | **Q.**   ARE THERE ANY NATIONAL STANDARDS FOR THE COLLECTION AND |
| 14:43 | 7 | THE ACCURACY OF LIDAR DATA? |
| 14:43 | 8 | **A.**   THERE ARE, TYPICALLY PUBLISHED BY THE AMERICAN SOCIETY OF |
| 14:43 | 9 | PHOTOGRAMMETRY AND REMOTE SENSING, OR ASPRS, AND IT COMES IN |
| 14:43 | 10 | THE FORM OF GUIDELINES FOR VERTICAL ACCURACY RECORDED. |
| 14:43 | 11 | **Q.**   LET'S GO INTO YOUR PRIMARY OPINIONS.  FIRST OF ALL, WHAT |
| 14:43 | 12 | IS THE ACCURACY OF THE PRE-KATRINA LEVEE LIDAR DATA SET THAT |
| 14:44 | 13 | YOU SPOKE OF? |
| 14:44 | 14 | **A.**   THE LEVEE LIDAR SURVEY DATA SURVEY, THE POINT CLOUD DATA, |
| 14:44 | 15 | I BELIEVE THE ACCURACY IS JUST UNDER ONE HALF OF A FOOT, SO |
| 14:44 | 16 | .45 FEET TO A 95-PERCENT CONFIDENCE LEVEL. |
| 14:44 | 17 | **Q.**   WHAT DO YOU MEAN BY ".45 FEET TO A 95-PERCENT CONFIDENCE |
| 14:44 | 18 | LEVEL"? |
| 14:44 | 19 | **A.**   IF YOU WERE TO GO INTO THE DATA SET AND YOU WERE TO SELECT |
| 14:44 | 20 | ANY POINT, THERE'S A 95 PERCENT CHANCE THAT THAT POINT WOULD BE |
| 14:44 | 21 | WITHIN .45 FEET OF THE TRUTH OF REALITY. |
| 14:44 | 22 | **Q.**   NOW, AT THIS TIME CAN WE BRING UP PX-1810.19. |
| 14:44 | 23 | MR. DELOACH, YOU SPOKE OF A 95 PERCENT CONFIDENCE LEVEL.  WHAT |
| 14:44 | 24 | ABOUT THE OTHER 5 PERCENT? |
| 14:44 | 25 | **A.**   THE OTHER 5 PERCENT WOULD BE OUTLIERS, STATISTICAL |

FINAL DAILY COPY

14:45    1    OUTLIERS FROM THAT DATA.  THEY COULD APPEAR AS SPIKES IN THE

14:45    2    DATA OR THEY COULD APPEAR AS WHAT WE CALL HOLIDAYS, WHERE THERE

14:45    3    WAS NO DATA.

14:45    4    **Q.**   DOES THIS IMAGE REPRESENT ANY SPIKES OR, AS YOU CALL THEM,

14:45    5    HOLIDAYS?

14:45    6    **A.**   THERE MAY BE.  IT'S HARD TO TELL.  YOU WOULD NEED SOME

14:45    7    OTHER EVIDENCE TO COLLABORATE IF THEY WERE OR WERE NOT, BUT YOU

14:45    8    HAVE HERE -- PARDON ME FOR NOT KNOWING HOW TO USE THIS THING

14:45    9    VERY WELL, BUT HERE ARE SOME SPIKES.  NOW, THESE COULD BE --

14:45    10            **THE COURT:**  TELL ME WHAT YOU'RE POINTING TO AS

14:45    11   SPIKES.  I SEE WHERE ON THE MAP YOU'RE VIEWING IT, BUT WHY ARE

14:45    12   THEY SPIKES?

14:45    13            **THE WITNESS:**  THIS IS A VERY TALL --

14:45    14            **THE COURT:**  I SEE, THE KIND OF OBELISK -- I SEE.  NOW

14:45    15   I SEE IT.

14:45    16            **THE WITNESS:**  YES, SIR.  THOSE COULD BE ANTENNA.

14:45    17            **THE COURT:**  THE TELEPHONE POLE-LOOKING,

14:45    18   CYLINDRICAL-LOOKING THING.

14:45    19            **THE WITNESS:**  EXACTLY.  THAT, I BELIEVE, IS A

14:46    20   TELEPHONE POLE.  THAT CERTAINLY DOESN'T LOOK LIKE ONE, BUT

14:46    21   THERE IS A TELEPHONE POLE IN THAT LOCATION.  THEN DOWN HERE YOU

14:46    22   SEE A LITTLE LIGHT SPOT.  THAT IS LIKELY A DATA HOLIDAY, WHERE

14:46    23   THE DATA TOOK A VACATION, BY THE WAY, AND DIDN'T SHOW UP.  DOWN

14:46    24   IN THE LOWER RIGHT-HAND CORNER --

14:46    25            **THE COURT:**  I SEE.

| | | |
|---|---|---|
| 14:46 | 1 | **THE WITNESS:** -- THAT LITTLE WHITE SPOT -- |
| 14:46 | 2 | **THE COURT:** IN THE FOLIAGE, SO TO SPEAK? |
| 14:46 | 3 | **THE WITNESS:** YES, SIR. |
| 14:46 | 4 | **THE COURT:** THAT'S LIKE A NONDATA. OKAY. |
| 14:46 | 5 | **THE WITNESS:** IT COULD BE. IT'S REALLY INCONCLUSIVE. |
| 14:46 | 6 | THESE ARE JUST EXAMPLES OF WHAT IT COULD BE. |
| 14:46 | 7 | **THE COURT:** I UNDERSTAND. THERE ARE OTHER WHITE |
| 14:46 | 8 | SPOTS LIKE ON THE EDGE HERE IF YOU GO OVER TO THE OTHER SIDE OF |
| 14:46 | 9 | BAYOU BIENVENUE. |
| 14:46 | 10 | **THE WITNESS:** OVER HERE? |
| 14:46 | 11 | **THE COURT:** YES. |
| 14:46 | 12 | **THE WITNESS:** THAT MAY BE THE SAME THING OR THAT MAY |
| 14:46 | 13 | BE WATER. NOW THAT YOU MENTION IT, SIR, THAT PROBABLY IS DATA |
| 14:46 | 14 | HOLIDAYS OVER HERE. IT'S WHERE THE VEGETATION BLOCKED THE |
| 14:47 | 15 | LASER SYSTEM. |
| 14:47 | 16 | **THE COURT:** I UNDERSTAND. |
| 13:56 | 17 | **BY MR. BAEZA:** |
| 14:47 | 18 | **Q.** MOVING ON NOW TO THE POST-KATRINA LEVEE LIDAR DATA SET, |
| 14:47 | 19 | WHAT IS THE ACCURACY OF THAT DATA? |
| 14:47 | 20 | **A.** THE POINT CLOUD DATA FOR THE LEVEE SURVEY FLOWN IN 2005 I |
| 14:47 | 21 | BELIEVE IS THE SAME AS THE PRE-KATRINA LEVEE SURVEY POINT |
| 14:47 | 22 | CLOUD, OR .45 FEET. |
| 14:47 | 23 | **Q.** AGAIN, THIS IS PLUS OR MINUS .45 FEET? |
| 14:47 | 24 | **A.** AT THE 95 PERCENT CONFIDENCE LEVEL, THAT'S CORRECT. |
| 14:47 | 25 | **Q.** YOU ALSO SPOKE EARLIER ABOUT THE STATEWIDE DATA. NOW, THE |

FINAL DAILY COPY

14:47  1  STATEWIDE DATA IS THE ONLY SET THAT MAPS THE ST. BERNARD

14:47  2  PARISH, NEW ORLEANS EAST, AND LOWER NINTH WARD POLDERS;

14:47  3  CORRECT?

14:47  4  **A.**   THAT'S CORRECT.

14:47  5  **Q.**   WHAT IS THE ACCURACY OF THE STATEWIDE DATA?

14:47  6  **A.**   1.3 FEET, 95 PERCENT CONFIDENCE LEVEL.

14:47  7  **Q.**   PLUS OR MINUS 1.3 FEET?

14:47  8  **A.**   THAT'S CORRECT.

14:47  9  **Q.**   IS THIS ACROSS THE ENTIRE POLDER THAT'S 1.3 FEET?

14:48  10  **A.**   YES.

14:48  11  **Q.**   ARE THERE ANY AREAS SUCH AS STRUCTURE OR VEGETATION WHERE

14:48  12  THE ACCURACY IS LOWER?

14:48  13  **A.**   OH, ABSOLUTELY.  NOW, THE ACCURACIES THAT WE'VE BEEN

14:48  14  TALKING ABOUT -- THAT'S A VERY GOOD QUESTION -- ARE IN WHAT WE

14:48  15  WILL CALL CLEAR, OPEN GROUND.  SO THAT'S AREAS WHERE THERE IS

14:48  16  NO VEGETATION.  THERE'S NO STRUCTURE.  IT'S JUST OPEN GROUND.

14:48  17  SO IT'S THE BEST PLACE -- IT'S THE MOST ACCURATE OF THE LIDAR

14:48  18  DATA.  IF THERE'S VEGETATION, THERE WILL BE A DIFFERENT

14:48  19  ACCURACY.  IF YOU'RE TRYING TO MEASURE THE TOP OF A STRUCTURE,

14:48  20  THAT WOULD BE ANOTHER ACCURACY.

14:48  21  **Q.**   HOW DO YOU CALCULATE THESE ACCURACIES?

14:48  22  **A.**   IN THE GUIDELINES IT RECOMMENDS TAKING 20 CHECKPOINTS --

14:48  23  SO THOSE WOULD BE OF A HIGHER ACCURACY -- AND THEN DOING A

14:48  24  COMPARISON BETWEEN THE LIDAR DATA AND THE CHECKPOINT AND THEN

14:48  25  COMPUTING THE STATISTICAL VALUES.  IT'S VERY SIMPLE, JUST A

| | | |
|---|---|---|
| 14:48 | 1 | SIMPLE SUBTRACTION. |
| 14:48 | 2 | **Q.** NOW, YOU SPOKE ABOUT DIFFERENT ACCURACIES FOR DIFFERENT |
| 14:49 | 3 | POINTS ON THE GROUND. |
| 14:49 | 4 | **A.** THAT'S CORRECT. |
| 14:49 | 5 | **Q.** WHAT IS THE BEST LIDAR DATA FOR DETERMINING ELEVATIONS OF |
| 14:49 | 6 | THIN STRUCTURES SUCH AS A SHEET PILE OR FLOOD WALL? |
| 14:49 | 7 | **A.** IN THIS CASE I BELIEVE IT WOULD BE THE LEVEE SURVEY FLOWN |
| 14:49 | 8 | IN 2000 AND SPECIFICALLY THE POINT CLOUD DATA. |
| 14:49 | 9 | **Q.** WHAT IS THE ACCURACY OF THAT DATA PRODUCT? |
| 14:49 | 10 | **A.** FOR THE TOP OF STRUCTURE, THE POINT CLOUD DATA WOULD YIELD |
| 14:49 | 11 | AN ACCURACY OF 2.3 FEET, 95 PERCENT. |
| 14:49 | 12 | **THE COURT:** SO YOU COULD BE 2.3 FEET OFF ONE WAY OR |
| 14:49 | 13 | THE OTHER, HIGHER OR LOWER? |
| 14:49 | 14 | **THE WITNESS:** YES, SIR, THAT'S CORRECT. |
| 14:49 | 15 | **THE COURT:** WE'RE TALKING ABOUT SPECIFICALLY THE |
| 14:49 | 16 | SHEET PILE? |
| 14:49 | 17 | **THE WITNESS:** WE ARE TALKING THE SHEET PILE AND THE |
| 14:49 | 18 | CONCRETE FLOOD WALL, YES, SIR. |
| 14:49 | 19 | **BY MR. BAEZA:** |
| 14:49 | 20 | **Q.** HOW DOES THE PRE-KATRINA POINT CLOUD DATA COMPARE TO THE |
| 14:49 | 21 | GRIDDED PRE-KATRINA DATA? |
| 14:50 | 22 | **A.** WHEN YOU COMPLETE THE GRIDING PROCESS AND YOU USE THE |
| 14:50 | 23 | GRIDDED DATA FROM THE LEVEE MAPPING SURVEY TO MEASURE THE TOP |
| 14:50 | 24 | OF STRUCTURE, THE ACCURACY OF THAT IS 3.3 FEET, SO IT ADDS |
| 14:50 | 25 | 1 FOOT OF UNCERTAINTY. |

14:50  1  **Q.**  WHY DOES THE GRID ADD ANOTHER FOOT OF UNCERTAINTY?

14:50  2  **A.**  AS I DISCUSSED EARLIER WITH THE SMOOTHING PROCESS, THE

14:50  3  SMOOTHING PROCESS ACTUALLY LOWERS THIS THIN STRUCTURE.  IN THIS

14:50  4  PARTICULAR CASE, FROM MY SAMPLE STATIONS, IT SHOWED A LOWERING

14:50  5  OF 1 FOOT.

14:50  6  **Q.**  ARE YOU AWARE OF WHAT DATA THE PLAINTIFFS' EXPERTS USED IN

14:50  7  THIS CASE?

14:50  8  **A.**  I BELIEVE SO.  FROM THEIR REPORTS AND EVERYTHING THAT I'VE

14:50  9  READ, THEY USED THE GRIDDED DATA.

14:50  10  **Q.**  DO YOU HAVE AN OPINION AS TO PLAINTIFFS' EXPERTS NOT USING

14:50  11  THE POINT CLOUD DATA?

14:50  12  **A.**  I THINK IT GOES BACK TO WHAT I JUST SAID; THAT IF YOU USE

14:50  13  THE GRIDDED DATA, YOU'RE GOING TO HAVE A LOWER ELEVATION.  SO

14:51  14  THAT WOULD JUST BE AN INAPPROPRIATE USE OF AVAILABLE DATA.

14:51  15  **Q.**  NOW, WHAT DATA SETS DID THE UNITED STATES EXPERTS USE IN

14:51  16  FORMULATING THEIR OPINIONS?

14:51  17  **A.**  RIGHT.  THEY TOOK ALL OF THE DATA SETS INTO ACCOUNT.

14:51  18  **Q.**  NOW, IN YOUR OPINION, DID ALL THREE OF THESE LIDAR DATA

14:51  19  SETS WE SPOKE OF -- THE STATEWIDE, THE PRE-KATRINA LEVEE DATA,

14:51  20  AND THE POST-KATRINA LEVEE DATA -- MEET THE ACCURACY STANDARDS

14:51  21  ACCEPTED WITHIN THE SCIENTIFIC COMMUNITY?

14:51  22  **A.**  YES, THEY DO.  THEY ALL MET THE STANDARDS, CRITERIA FOR

14:51  23  THEIR INTENDED PURPOSE, THEY DID.

14:51  24  **Q.**  NOW, MR. DELOACH, I WANT TO SEGUE A BIT INTO HOW LIDAR IS

14:51  25  COLLECTED.  FOR THAT LET'S TURN TO FIGURE 1, PAGE 5 OF YOUR

14:51   1   REPORT, WHICH IS JX-0209.  WOULD YOU BRIEFLY DESCRIBE THIS

14:51   2   FIGURE, SIR.

14:51   3   **A.**   YES, SIR.  THAT'S ACTUALLY A FAIRLY NICE CARTOON

14:51   4   REPRESENTATION OF THE LIDAR SYSTEM.  THE SYSTEM, AS WE ARE

14:52   5   DISCUSSING IT HERE FOR THIS CASE, IS AN AIRBORNE MAPPING TOOL

14:52   6   WHICH CAN FLY IN EITHER A FIXED-WING AIRCRAFT, AS IN THE CASE

14:52   7   OF 3001 AND THEIR STATEWIDE PROJECT; OR IN A HELICOPTER, AS IN

14:52   8   THE CASE OF JOHN CHANCE & ASSOCIATES AND THEIR LEVEE SURVEY

14:52   9   WORK.

14:52   10          THE COMPONENTS ARE A KINEMATIC GPS POSITIONING

14:52   11  SYSTEM, WHERE YOU POSITION THE AIRCRAFT AND, MORE SPECIFICALLY,

14:52   12  THE SENSOR IN THE AIRCRAFT.  THERE IS AN ORIENTATION SYSTEM

14:52   13  SHOWN ON THAT CHART AS INS, WHICH WOULD BE AN INERTIAL

14:52   14  NAVIGATION SYSTEM, BUT IT COULD ALSO BE MULTIPLE GPS ANTENNA.

14:52   15  IT ORIENTS THE SENSOR IN TERMS OF ROLL, PITCH, AND YAW.

14:52   16          YOU HAVE THE LASER ITSELF, WHICH IS FIRING ITS LASER

14:52   17  PULSES AT SOME INTERVAL, SAY, 10 TIMES PER SECOND.  THEN YOU

14:52   18  HAVE A RUBE GOLDBERG SORT OF A DEVICE, WHICH IS A SCANNER THAT

14:53   19  SCANS THE LIGHT BEAM FROM SIDE TO SIDE.  SO AS THE AIRCRAFT IS

14:53   20  FLYING FORWARD, THE LASER BEAM IS SCANNING SIDE TO SIDE, AND

14:53   21  YOU END UP WITH THAT SORT OF Z-SHAPED PATTERN ON THE GROUND

14:53   22  WITH THIS PARTICULAR SENSOR CONFIGURATION.

14:53   23  **Q.**   THERE WILL ALSO BE GAPS IN BETWEEN THE LASER PULSES ON THE

14:53   24  GROUND; RIGHT?

14:53   25  **A.**   THAT IS CORRECT.  THAT'S DEPENDENT ON THE HEIGHT OF THE

| | | |
|---|---|---|
| 14:53 | 1 | AIRCRAFT, ITS SPEED, SO ON AND SO FORTH. |
| 14:53 | 2 | **Q.**   NOW, ARE THERE ANY INACCURACIES WITH THE COLLECTION OF |
| 14:53 | 3 | LIDAR? |
| 14:53 | 4 | **A.**   EACH ONE OF THOSE COMPONENTS SHOWN HAS ITS OWN INHERIT |
| 14:53 | 5 | ERROR SOURCES, IF YOU WILL.  ONE THAT I ACTUALLY DIDN'T |
| 14:53 | 6 | MENTION -- BUT, AGAIN, IT'S INHERENT IN ANY SURVEYING AND |
| 14:53 | 7 | MAPPING WORK -- IS THE GPS SYSTEM OPERATES OFF OF ITS OWN |
| 14:53 | 8 | REFERENCE COORDINATE SYSTEM REFERRED TO AS AN ELLIPSOID, WHICH |
| 14:53 | 9 | IS A MATHEMATICAL SURFACE OF THE EARTH, WHICH WE REALLY DON'T |
| 14:53 | 10 | CARE TOO MUCH ABOUT.  WE CARE ABOUT SOME OTHER SORT OF DATUM, |
| 14:53 | 11 | SUCH AS NAVD88 IN THIS CASE.  SO THERE ARE INACCURACIES IN |
| 14:53 | 12 | SHIFTING FROM ONE DATUM TO THE NEXT AS WELL. |
| 14:54 | 13 | THE COURT:  COUNSEL, YOU'RE ON INACCURACIES.  I HAVE |
| 14:54 | 14 | A CRIMINAL SENTENCING AT 3:00 AND A MEETING AT 3:30.  YOU CAN |
| 14:54 | 15 | LEAVE ALL YOUR STUFF.  I THINK IT MAY BE UNDER SEAL, WHICH |
| 14:54 | 16 | MEANS WE'LL HAVE TO CLEAR THE COURTROOM.  I'M NOT SURE ABOUT |
| 14:54 | 17 | THAT.  BECAUSE OF THE TIME IT'S GOING TO TAKE TO GET UP AND |
| 14:54 | 18 | DOWN, WE'RE GOING TO PROBABLY RECESS NOW AND COME BACK |
| 14:54 | 19 | HOPEFULLY AT 4:00.  I HAVE A MEETING AT 3:30 AND THIS |
| 14:54 | 20 | SENTENCING AT 3:00.  THIS CASE IS IN RECESS UNTIL 4:00. |
| 14:54 | 21 | THE DEPUTY CLERK:  ALL RISE. |
| 16:06 | 22 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 16:32 | 23 | THE DEPUTY CLERK:  ALL RISE. |
| 16:32 | 24 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 16:32 | 25 | THE COURT:  OKAY.  SORRY FOR THE INTERRUPTION.  WE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 16:33 | 1 | HAD A CRIMINAL SENTENCING AND AN EXECUTIVE COMMITTEE MEETING |
| 16:33 | 2 | AND THE CHIEF JUDGE HAD A FULL AGENDA, SO HERE WE ARE. |
| 16:33 | 3 | **BY MR. BAEZA:** |
| 16:33 | 4 | **Q.**   WHEN WE LEFT OFF AT 3:00, WE WERE DISCUSSING THE |
| 16:33 | 5 | INACCURACIES IN THE LIDAR COLLECTION DATA PROCESS.  YOU SAID |
| 16:33 | 6 | THAT THERE WERE INACCURACIES JUST WITH THE MECHANICS OF THE |
| 16:33 | 7 | MACHINERY USED IN COLLECTING LIDAR; CORRECT? |
| 16:33 | 8 | **A.**   THAT'S CORRECT. |
| 16:33 | 9 | **Q.**   WOULD THE PRESENCE OF VEGETATION ALSO DECREASE THE |
| 16:33 | 10 | ACCURACY OF GROUND ELEVATIONS? |
| 16:33 | 11 | **A.**   YES, IT WOULD.  YOUR QUESTION THERE IS GROUND ELEVATIONS, |
| 16:33 | 12 | AND SO VEGETATION WOULD -- LIDAR WOULD MEASURE THE TOP OF THE |
| 16:33 | 13 | VEGETATION AND WOULD REQUIRE REMOVAL OF THE VEGETATION, IF YOU |
| 16:33 | 14 | WILL, FROM THE DATA PRODUCT. |
| 16:33 | 15 | **Q.**   WOULD THIN, VERTICAL STRUCTURES, SUCH AS A SHEET PILE OR A |
| 16:33 | 16 | FLOOD WALL, ALSO TEND TO DECREASE THE ACCURACY? |
| 16:34 | 17 | **A.**   THAT GETS INTO THE ACCURACY OF WHAT.  IF YOU'RE TRYING TO |
| 16:34 | 18 | DETERMINE THE ACCURACY OF THE FLOOD WALL, IF YOU WILL, THE |
| 16:34 | 19 | WIDTH OF THAT STRUCTURE, THE THINNER IT IS, THE HARDER IT WOULD |
| 16:34 | 20 | BE TO SEE FOR THE LIDAR, AND SO THE MORE ERROR WOULD BE |
| 16:34 | 21 | INTRODUCED BECAUSE OF THAT. |
| 16:34 | 22 | **Q.**   FINALLY, WOULD THE RESOLUTION OF THE GRID DECREASE THE |
| 16:34 | 23 | ACCURACY? |
| 16:34 | 24 | **A.**   YES, THAT WOULD. |
| 16:34 | 25 | **Q.**   HOW WOULD IT DECREASE THE ACCURACY? |

| | | |
|---|---|---|
| 16:34 | 1 | **A.**   WELL, THE LARGER AND LARGER OF THE GRID OR THE LESS DENSE |
| 16:34 | 2 | OF THE POST SPACING, WE CALL IT, OF THE RAW LIDAR DATA, OR THE |
| 16:34 | 3 | POINT CLOUD, WOULD TEND TO LOSE FEATURES, IF YOU WILL. |
| 16:34 | 4 | **Q.**   LET'S NOW TURN TO FIGURE 11 ON PAGE 24 OF YOUR EXPERT |
| 16:34 | 5 | REPORT.  THIS IS STILL JX-0209.  WOULD YOU EXPLAIN THIS |
| 16:34 | 6 | PICTURE, MR. DELOACH. |
| 16:34 | 7 | **A.**   OKAY.  I'M GOING TO TRY TO USE THIS THING IF I CAN. |
| 16:35 | 8 | **THE COURT:**  YOU'VE DONE WELL SO FAR, SO GO AHEAD. |
| 16:35 | 9 | **THE WITNESS:**  THANK YOU, SIR. |
| 16:35 | 10 | THIS IS A CROSS-SECTION WITH MRGO OFF TO THE |
| 16:35 | 11 | RIGHT-HAND SIDE.  WE SHOW THREE DATA PRODUCTS.  THE COLORS ARE |
| 16:35 | 12 | A LITTLE BIT HARD TO SEE UP ON THE BIG SCREEN THERE, BUT THE |
| 16:35 | 13 | ONE ON THE TOP SAYS "PRE-KATRINA LEVEE SURVEY."  SO THAT WAS |
| 16:35 | 14 | THE SURVEY DONE OF THE LEVEES IN THE YEAR 2000 AND IT'S THE |
| 16:35 | 15 | POINT CLOUD DATA.  AGAIN, THIS IS A CROSS-SECTION OF THAT DATA. |
| 16:35 | 16 | SO THAT POINT CLOUD DATA IS REPRESENTED ON THE |
| 16:35 | 17 | CROSS-SECTION HERE.  YOU CAN SEE THAT IT PICKS SOMETHING UP TO |
| 16:35 | 18 | AN ELEVATION OF ALMOST 15 FEET.  THEN JUST DOWN FROM THAT, IN |
| 16:35 | 19 | THE LITTLE THICKER BLACK LINE, THAT IS THE EXACT SAME SURVEY. |
| 16:35 | 20 | IT IS DERIVED FROM THE SAME DATA, THE POINT CLOUD DATA, AND IT |
| 16:35 | 21 | IS, IN FACT, THE ONE FOR THE GRID. |
| 16:35 | 22 | THE SMOOTHING PROCESS YOU CAN SEE GIVES YOU A |
| 16:35 | 23 | LOWER -- AND I'M GOING TO USE THIS POINTER.  SO THE TOP OF THE |
| 16:36 | 24 | BLACK LINE IS RIGHT HERE.  SO USING THE GRID, YOU WOULD ASSUME |
| 16:36 | 25 | THE HEIGHT OF WHATEVER THAT IS -- THE STRUCTURE, THE FLOOD |

| 16:36 | 1 | WALL -- IS 13 FEET.  SO YOU LOSE A FOOT AND A HALF OR SO IN |
| 16:36 | 2 | ELEVATION. |
| 16:36 | 3 | THEN THE GREEN LINE -- |
| 16:36 | 4 | **THE COURT:**  IT'S NOT SUPPOSED TO BE LITERAL-- I |
| 16:36 | 5 | UNDERSTAND IT'S NOT A LITERAL MEASUREMENT IF YOU WENT OUT THERE |
| 16:36 | 6 | AND ACTUALLY DID A METICULOUS SURVEY ON THAT ONE POINT.  IT |
| 16:36 | 7 | GIVES YOU AN APPROXIMATION -- |
| 16:36 | 8 | **THE WITNESS:**  EXACTLY. |
| 16:36 | 9 | **THE COURT:**  -- AS YOU'VE BEEN DESCRIBING. |
| 16:36 | 10 | **THE WITNESS:**  THAT'S EXACTLY RIGHT, YOUR HONOR. |
| 16:36 | 11 | SO THE GREEN LINE IS TAKEN ON THE STATEWIDE |
| 16:36 | 12 | PROJECT, AND THAT'S FLOWN AT A HIGHER ALTITUDE.  SO THE RAW |
| 16:36 | 13 | DATA, OR THE POINT CLOUD DATA, HAS A GREATER POST SPACING.  THE |
| 16:36 | 14 | GRIDDED PRODUCT, OR THE DIGITAL ELEVATION MODEL, HAS A 15-FOOT |
| 16:36 | 15 | GRID, SO YOU LOSE A LITTLE BIT MORE ACCURACY.  IN FACT, YOU DO |
| 16:36 | 16 | NOT SEE ANY STRUCTURE AT ALL.  THE GREEN LINE OVER HERE WOULD |
| 16:36 | 17 | GIVE YOU A CREST ELEVATION OF -- WHAT'S THAT -- ABOUT 11, SAY, |
| 16:37 | 18 | 11.5 FEET.  SO THE DIFFERENT DATA PRODUCTS GIVE YOU DIFFERENT |
| 16:37 | 19 | ANSWERS FOR THE SAME LOCATION. |
| 16:37 | 20 | **BY MR. BAEZA:** |
| 16:37 | 21 | **Q.**   NOW, THIS WAS A PRE-KATRINA LEVEE SURVEY IMAGE WHERE THE |
| 16:37 | 22 | SHEET PILE WAS ACTUALLY PICKED UP; CORRECT? |
| 16:37 | 23 | **A.**   THAT'S CORRECT. |
| 16:37 | 24 | **Q.**   NOW, THERE ARE OFTEN TIMES WHERE THE SHEET PILE IS NOT |
| 16:37 | 25 | PICKED UP? |

16:37  1  **A.**   THAT'S CORRECT.  I WOULD ADD TO THAT THAT YOU CANNOT

16:37  2  DEDUCE FROM THIS IMAGE ALONE THAT THAT IS THE CORRECT ELEVATION

16:37  3  OF THE TOP OF THE SHEET PILE.

16:37  4  **Q.**   LET'S NOW TURN TO CHART 18 ON PAGE 40 OF YOUR EXPERT

16:37  5  REPORT.  IS THIS AN ILLUSTRATION OF HOW VEGETATION AFFECTS

16:37  6  LIDAR IMAGING?

16:37  7  **A.**   IT WOULD BE, YES.

16:37  8  **Q.**   HOW DOES THE VEGETATION AFFECT THE LIDAR IN THIS

16:37  9  CROSS-SECTION?

16:37  10  **A.**   AGAIN, ON THIS CHART THE RED AND THE BLACK LINES ARE THE

16:38  11  PRE-KATRINA LEVEE SURVEY, WHERE THE RED IS THE POINT CLOUD --

16:38  12  WHAT WE'LL CALL RAW DATA -- AND THE BLACK IS THE 1-FOOT GRIDDED

16:38  13  DATA.  YOU CAN SEE THEY TRACK EACH OTHER FAIRLY WELL.

16:38  14          ON THE RIGHT-HAND SIDE OF THE IMAGE, OVER IN THIS

16:38  15  AREA, THERE IS VEGETATION.  THE GREEN LINE, AGAIN, IS THE

16:38  16  15-FOOT GRID, THE STATEWIDE MAPPING PROJECT.  THAT DATA SHOULD

16:38  17  HAVE HAD THE VEGETATION REMOVED, BUT YOU CAN SEE THERE'S AN

16:38  18  OBVIOUS BIAS IN THE ELEVATIONS OF THE STATEWIDE DATA.  THAT

16:38  19  BIAS MATCHES THE TOP OF THE VEGETATION.

16:38  20          **THE COURT:**  THE REASON YOU ELIMINATE THE POINT CLOUD

16:38  21  BY SMOOTHING IS SO YOU WON'T HAVE A COMPLETELY JAGGED,

16:38  22  IRREGULAR LINE OF RAW DATA?  IS THAT ONE REASON?

16:38  23          **THE WITNESS:**  YES, SIR, THAT IS ONE REASON.  WHEN YOU

16:38  24  USE THE DATA FOR OTHER PURPOSES, FOR OTHER MAPMAKING PURPOSES,

16:38  25  THOSE ALGORITHMS FOR THE MAPMAKING WOULD LIKE SMOOTHER DATA.

FINAL DAILY COPY

16:39     1   HYDRAULIC MODELS WOULD LIKE A RECTANGULAR GRID OF DATA.

16:39     2           **THE COURT:**  IT'S THE INTRINSIC NEED FOR SOME KIND OF

16:39     3   SYMMETRY?

16:39     4           **THE WITNESS:**  EXACTLY, YOUR HONOR.  THERE ARE VERY

16:39     5   LEGITIMATE REASONS WHY SURVEYORS AND MAPPERS DO THIS.  IT'S

16:39     6   VALID, IT'S VALUABLE DATA, BUT IT DOES INDUCE OTHER ISSUES.  IN

16:39     7   THIS CASE WHAT YOU LOSE BY THE GRIDING PROCESS IS ACCURACY ON

16:39     8   THE TOP OF THE SHEET PILE, FOR EXAMPLE.

16:39     9           **THE COURT:**  THE GRIDING PROCESS, IS IT SHOWN -- YES,

16:39    10   IT'S SHOWN ON THE BLACK.

16:39    11           **THE WITNESS:**  YES, SIR.  YOU CAN SEE EVEN IN THE

16:39    12   VEGETATIVE AREA OVER HERE ON THE RIGHT-HAND SIDE THE BLACK LINE

16:39    13   IS A LITTLE BIT SMOOTHER THAN THE RED LINE.

16:39    14           **THE COURT:**  YOU'VE DONE IT.  COULD YOU DO IT ONE MORE

16:40    15   TIME.  EXPLAIN THE PRIMARY DIFFERENCE, THE ESSENTIAL DIFFERENCE

16:40    16   BETWEEN USING THE POINT CLOUD DATA AND THE SMOOTHING AND THEN

16:40    17   THE 1-FOOT GRID.

16:40    18           **THE WITNESS:**  OKAY.  IF I WANT TO MEASURE THE HEIGHT

16:40    19   OF A FLOOD WALL OR A THIN SHEET PILE STRUCTURE AND THIS LIDAR

16:40    20   DATA HAS A SPACING ON THE GROUND, AS FLOWN FROM THE AIRCRAFT --

16:40    21   AND THIS IS A LITTLE BIT HYPOTHETICAL JUST FOR ILLUSTRATIVE

16:40    22   PURPOSES.

16:40    23           **THE COURT:**  I UNDERSTAND.

16:40    24           **THE WITNESS:**  THE POINT SPACING OF THIS LIDAR SYSTEM

16:40    25   ON THE GROUND IS ABOUT 1 FOOT.  SO AS THE AIRCRAFT IS FLYING

FINAL DAILY COPY

3913

| | | |
|---|---|---|
| 16:40 | 1 | ALONG -- |
| 16:40 | 2 | **THE COURT:**  IT WOULD MISS A SHEET PILE LESS THAN |
| 16:40 | 3 | 1 FOOT WIDE. |
| 16:40 | 4 | **THE WITNESS:**  EXACTLY.  SO IT WOULD BE DIFFICULT FOR |
| 16:40 | 5 | THE POINT CLOUD TO PICK UP THE SHEET PILE.  WHEN IT DOES PICK |
| 16:40 | 6 | UP THE SHEET PILE, IT RANDOMLY HITS THE TOP OF THE SHEET PILE. |
| 16:41 | 7 | IF I GRID THE DATA TO CREATE ONE OF THESE UNIFORM PRODUCTS, |
| 16:41 | 8 | THEN I REDUCE THE ELEVATION OF THE TOP OF THAT SHEET PILE. |
| 16:41 | 9 | **THE COURT:**  OKAY.  I UNDERSTAND THAT. |
| 16:41 | 10 | **BY MR. BAEZA:** |
| 16:41 | 11 | **Q.**   NOW, CAN LIDAR BE USED TO DEPICT LEVEE TOE ELEVATIONS? |
| 16:41 | 12 | **A.**   YES, IT COULD. |
| 16:41 | 13 | **Q.**   ARE THERE ANY INACCURACIES IN MAPPING LEVEE TOE |
| 16:41 | 14 | ELEVATIONS? |
| 16:41 | 15 | **A.**   WELL, I THINK THE FIRST WOULD ONE WOULD BE IN THE |
| 16:41 | 16 | DEFINITION OF THE TOE ITSELF, SO THERE WOULD HAVE TO BE SOME |
| 16:41 | 17 | CRITERIA AS TO HOW YOU WOULD MAKE THAT DETERMINATION.  ONCE YOU |
| 16:41 | 18 | HAD THAT CRITERIA, THEN I THINK JUST THE INHERENT ERRORS THAT |
| 16:41 | 19 | ARE IN THE LIDAR DATA WOULD ALSO SHOW UP IN THE EXTRACTION OF |
| 16:41 | 20 | THE ELEVATION OF THAT TOE. |
| 16:41 | 21 | **Q.**   LET'S GO TO CHART 17, PAGE 40 OF YOUR REPORT.  CAN YOU |
| 16:41 | 22 | EXPLAIN THE POTENTIAL INACCURACIES WITH IDENTIFYING LEVEE TOE |
| 16:42 | 23 | ELEVATIONS THROUGH THIS CHART. |
| 16:42 | 24 | **A.**   AGAIN, THIS IS ANOTHER CROSS-SECTION VERY SIMILAR TO WHAT |
| 16:42 | 25 | WE'VE BEEN LOOKING AT IN THAT THE BLACK AND THE RED ARE FROM |

FINAL DAILY COPY

16:42  1  THE PRE-KATRINA LEVEE SURVEY, BOTH THE POINT CLOUD AND THE

16:42  2  1-FOOT GRID, AND THEN THE GREEN LINE IS THE CROSS-SECTION TAKEN

16:42  3  FROM THE STATEWIDE DATA OR THE 15-FOOT GRID.

16:42  4        IF WE ASSUME THAT OUR CRITERIA INDICATES THAT THE

16:42  5  LEVEE TOE WOULD BE RIGHT HERE, WHAT I'VE CALLED 225 -- AND

16:42  6  THAT'S JUST A HORIZONTAL COORDINATE SYSTEM THAT I ASSIGNED TO

16:42  7  THIS CROSS-SECTION -- THEN WE COULD PICK AN ELEVATION FROM THE

16:42  8  PRE-KATRINA LEVEE SURVEY, AND THAT ELEVATION WOULD BE

16:42  9  APPROXIMATELY 7.5 FEET.

16:42  10        IF WE SAID THAT IS THE LOCATION OF THE TOE AND WE

16:42  11  EXTEND THAT UP VERTICALLY TO THE STATEWIDE DATA, THEN WE WOULD

16:42  12  PICK AN ELEVATION SOMEWHERE ON THE ORDER OF 10.5 FEET.  IF WE

16:42  13  USED THE STATEWIDE DATA TO DETERMINE THE LOCATION OF THE TOE,

16:42  14  WE MAY PICK A DIFFERENT HORIZONTAL LOCATION.  FOR THE STATEWIDE

16:43  15  DATA, WE MAY PICK A SPOT -- JUST FOR ILLUSTRATIVE PURPOSES, WE

16:43  16  MAY PICK A SPOT DOWN HERE.  SO, AGAIN, THAT WOULD GIVE YOU A

16:43  17  DIFFERENT SET OF ELEVATIONS OF THAT TOE.

16:43  18  Q.   LOOKING ONLY AT THE PRE-KATRINA LEVEE SURVEY, WHAT YOU'RE

16:43  19  SAYING IS IF YOU USE THE 225-FOOT REFERENCE AS A GUIDE, THE TOE

16:43  20  WOULD BE APPROXIMATELY 7.5 FEET; CORRECT?

16:43  21  A.   CORRECT.

16:43  22  Q.   IF YOU WENT FURTHER TO 250 FEET, IT COULD BE 6.5 FEET;

16:43  23  CORRECT?

16:43  24  A.   THAT'S CORRECT.

16:43  25  Q.   MR. DELOACH, HAVE YOU REVIEWED PLAINTIFFS' GIS DATABASE?

16:43   1   **A.**   I DID THE BEST I COULD.  I HAD ACCESS TO IT A COUPLE DAYS

16:43   2   AGO.

16:43   3            **MR. STEVENS:**  WE OBJECT TO ANY TESTIMONY BEYOND THE

16:43   4   SCOPE OF HIS REPORT OR HIS DEPOSITION.  IF HE ONLY GOT IT IN

16:43   5   THE LAST COUPLE OF DAYS, HE OBVIOUSLY HAS NOT OPINED ABOUT IT,

16:43   6   AND THERE'S NOTHING IN HIS REPORT OR DEPOSITION ABOUT ANALYSIS

16:43   7   OF THE PLAINTIFFS' GIS DATABASE.

16:43   8            **MR. BAEZA:**  MAY I RESPOND, YOUR HONOR?

16:43   9            **THE COURT:**  YOU MAY.

16:43   10           **MR. BAEZA:**  YOUR HONOR, THIS GIS DATABASE WAS

16:44   11   PROVIDED TO US ON MARCH 31 OF THIS YEAR.  I HAVE THE NOTICE OF

16:44   12   PRODUCTION IN MY HAND.  IT'S DOCKET 18358.  THERE WAS NO WAY HE

16:44   13   WOULD HAVE BEEN ABLE TO ADDRESS THAT IN HIS REPORT IN DECEMBER.

16:44   14   HE WOULDN'T HAVE BEEN ABLE TO ADDRESS IT THROUGH REVIEWING

16:44   15   MR. MORRIS' DEPOSITION TRANSCRIPT IN JANUARY.  HE WOULDN'T HAVE

16:44   16   BEEN ABLE TO ADDRESS IT IN HIS DEPOSITION IN FEBRUARY.

16:44   17           **THE COURT:**  THERE'S BEEN A LOT OF LATE INFORMATION IN

16:44   18   THIS CASE.  I KNOW THAT ON MANY ASPECTS.

16:44   19           **MR. STEVENS:**  OUR RESPONSE TO THAT, YOUR HONOR, IS

16:44   20   THAT DATABASE WAS PROVIDED IN JULY WITH MR. MORRIS' REPORT.

16:44   21   THEY HAD ACCESS TO THIS INFORMATION BEFORE WE DID.  WE GOT IT

16:44   22   FROM THEM.  IT'S THE GOVERNMENT'S DATABASE.  THEY HAVE HAD IT

16:44   23   SINCE WELL BEFORE WE DID AND CERTAINLY WITH THE PRODUCTION OF

16:44   24   HIS ORIGINAL REPORT IN JULY.  THIS IS ADDITIONAL INFORMATION

16:44   25   THAT HE'S TAKEN FROM THE INFORMATION WE GOT AND USED IN HIS

| | | |
|---|---|---|
| 16:44 | 1 | REPORT AND OPINIONS; MR. MORRIS, THAT IS. |
| 16:45 | 2 | THE COURT: THE BOTTOM LINE IS, WHATEVER THE LATENESS |
| 16:45 | 3 | IS, I CAN'T ADJUDICATE ALL ABOUT IT.  IF IT'S NOT REFERENCED IN |
| 16:45 | 4 | THE REPORT GIS DATA, I HAVE TO GO ON A PROFFER.  I'M NOT GOING |
| 16:45 | 5 | TO ALLOW IT.  YOU CERTAINLY ARE FREE TO PUT IT IN A PROFFER. |
| 16:45 | 6 | THEN, AGAIN, IF YOU REALLY WANT ME TO LOOK AT IT, YOU CAN USE |
| 16:45 | 7 | THAT IN THE PAGES OF BRIEFS THAT WE'RE GOING TO ULTIMATELY |
| 16:45 | 8 | AGREE ON. |
| 16:45 | 9 | IF IT'S NOT IN THE REPORT WHENEVER YOU GOT IT, |
| 16:45 | 10 | AND IF IT'S GOVERNMENT INFORMATION, I CAN'T GET INTO ALL OF |
| 16:45 | 11 | THOSE DISPUTES NOW.  THAT'S WHY WE HAVE DISCOVERY DISPUTES AND |
| 16:45 | 12 | A MAGISTRATE JUDGE WHO WORKED VERY HARD FOR YEARS ON THE |
| 16:45 | 13 | DISCOVERY.  YOU CAN CERTAINLY PROFFER IT. |
| 16:45 | 14 | MR. BAEZA: MAY I HAVE JUST A MOMENT, YOUR HONOR? |
| 16:45 | 15 | THE COURT: YOU MAY.  YES, SIR. |
| 16:46 | 16 | MR. BAEZA: WE CAN JUST MOVE ON. |
| 16:46 | 17 | BY MR. BAEZA: |
| 16:46 | 18 | Q.   MR. DELOACH, WHAT ARE OVERLAYS? |
| 16:46 | 19 | A.   I BELIEVE IN THE SENSE THAT YOU'RE ASKING, OVERLAYS WOULD |
| 16:46 | 20 | BE MULTIPLE LAYERS OF MAP DATA.  IN THE OLD DAYS, WE WOULD |
| 16:46 | 21 | CREATE A MAP -- |
| 16:47 | 22 | THE COURT: YOU'RE STANDING, I ASSUME, NOT -- |
| 16:47 | 23 | MR. STEVENS: SAME OBJECTION, YOUR HONOR.  THERE'S |
| 16:47 | 24 | BEEN NO DISCUSSION OF OVERLAYS IN HIS REPORT OR HIS DEPOSITION. |
| 16:47 | 25 | THE COURT: I'M NOT SURE WHAT THE OVERLAYS RELATE TO |

FINAL DAILY COPY

16:47   1   AND WHETHER IT'S A DEMONSTRATIVE EXHIBIT AND ILLUSTRATES

16:47   2   SOMETHING IN HIS REPORT.

16:47   3           **MR. BAEZA:**  I'M PREPARED TO SHOW A CHART FROM HIS

16:47   4   REPORT TO DESCRIBE THIS.

16:47   5           **THE COURT:**  I'M GOING TO OVERRULE THE OBJECTION AT

16:47   6   THIS POINT.

16:47   7           **THE WITNESS:**  SO OVERLAYS WOULD BE MULTIPLE LAYERS OF

16:47   8   MAPPING DATA WHERE, AS I SAID, IN THE OLD DAYS, WE WOULD PLOT

16:47   9   THAT ON A SHEET OF PAPER.  WE WOULD USE VELLUM OR SOME SORT OF

16:47   10  TRANSPARENT PAPER SO THAT WE COULD LAY ONE LAYER ON TOP OF

16:47   11  ANOTHER AND WE COULD VIEW THEM ALL TOGETHER.

16:47   12          TODAY, IN A GIS DATABASE -- OR I SHOULD EVEN SAY

16:47   13  IN A MAPPING DATABASE.  WE ACTUALLY USE THE TERM *GIS* A LOT

16:47   14  PRETTY LOOSELY THESE DAYS.  MAP DATA WOULD BE LAID ON TOP OF

16:47   15  EACH OTHER IN THE COMPUTER SO THAT WE COULD VIEW IT.  IN FACT,

16:47   16  THOSE CROSS-SECTIONS THAT WE WERE JUST LOOKING AT ARE OVERLAYS

16:48   17  IN A CROSS-SECTION VIEW.

16:48   18  **BY MR. BAEZA:**

16:48   19  **Q.**   LET'S GO BACK TO THAT CHART 17, PAGE 40.  CAN YOU PLEASE

16:48   20  EXPLAIN OVERLAYS AS IT RELATES TO THIS CHART.

16:48   21  **A.**   WELL, EACH OF THOSE CROSS-SECTIONS, AGAIN, FROM THE

16:48   22  PRE-KATRINA LEVEE SURVEY -- THE RED LINE FOR THE POINT CLOUD

16:48   23  AND THE BLACK LINE FOR THE 1-FOOT GRID AND THE GREEN LINE FOR

16:48   24  THE STATEWIDE PROJECT DATA -- EACH OF THOSE ARE A SEPARATE

16:48   25  PRODUCT.  WE HAVE OVERLAID EACH OF THOSE PRODUCTS ON TOP OF

| | | |
|---|---|---|
| 16:48 | 1 | EACH OTHER, SPATIALLY CORRECT WITH RESPECT TO EACH OTHER. |
| 16:48 | 2 | **Q.**   SO THERE'S A HORIZONTAL SHIFT BETWEEN THE STATEWIDE |
| 16:48 | 3 | PROJECT AND THE PRE-KATRINA LEVEE PROJECT; CORRECT? |
| 16:48 | 4 | **A.**   THAT'S CORRECT.  THERE APPEARS TO BE ABOUT A 15-FOOT SHIFT |
| 16:48 | 5 | HORIZONTALLY BETWEEN THESE TWO PROJECT DATA SETS. |
| 16:48 | 6 | **Q.**   WHY IS THAT? |
| 16:49 | 7 | **A.**   I CAN'T GIVE YOU AN EXACT REASON, BUT IT IS FROM THE |
| 16:49 | 8 | HORIZONTAL CONTROL, THE GEODETIC SURVEY CONTROL THAT WAS USED. |
| 16:49 | 9 | IT'S FROM THE MAPPING TOOLS THAT WERE USED FOR EACH PARTICULAR |
| 16:49 | 10 | PROJECT. |
| 16:49 | 11 | **Q.**   EVEN THOUGH BOTH OF THESE MAPPING PROJECTS WERE WITHIN |
| 16:49 | 12 | THEIR INTENDED ACCURACY, YOU STILL HAVE HORIZONTAL SHIFTS? |
| 16:49 | 13 | **A.**   THAT'S CORRECT. |
| 16:49 | 14 | **Q.**   IN YOUR EXPERIENCE HAVE YOU SEEN HORIZONTAL SHIFTS SUCH AS |
| 16:49 | 15 | THIS IN OTHER OVERLAYS? |
| 16:49 | 16 | **A.**   CERTAINLY.  IT'S NOT UNCOMMON AT ALL. |
| 16:49 | 17 | **Q.**   WOULD THIS ALSO OCCUR WITH HISTORICAL PHOTOGRAPHS? |
| 16:49 | 18 | **A.**   ABSOLUTELY.  THE OLDER THE MAP PRODUCT, THEN WE GET INTO |
| 16:49 | 19 | ADDITIONAL -- BOTH HORIZONTAL AND VERTICAL DATUMS, WE GET INTO |
| 16:49 | 20 | OLD SURVEY CONTROL VERSUS NEW SURVEY CONTROL, OLD TECHNIQUES |
| 16:49 | 21 | VERSUS NEW TECHNIQUES.  THOSE SHIFTS, IF YOU WILL, COULD BE ON |
| 16:49 | 22 | THE ORDER OF 100 FEET FROM OLDER PHOTOGRAPHY, OLDER MAP |
| 16:49 | 23 | PRODUCTS. |
| 16:49 | 24 | **Q.**   MR. DELOACH, I NOW WANT TO GET INTO VERTICAL DATUMS.  THIS |
| 16:50 | 25 | IS VERY COMPLEX, SO YOU NEED TO TALK MUCH SLOWER. |

16:50    1         WHAT IS A VERTICAL DATUM?

16:50    2    **A.**  WELL, VERTICAL DATUM IS A REFERENCE THAT WOULD BE USED TO

16:50    3    MEASURE HEIGHTS.

16:50    4    **Q.**  IS THERE MORE THAN ONE VERTICAL DATUM USED IN SOUTHEASTERN

16:50    5    LOUISIANA?

16:50    6    **A.**  YES, SIR.

16:50    7    **Q.**  WHY IS THAT?

16:50    8    **A.**  WELL, DIFFERENT DATUMS WOULD HAVE DIFFERENT PURPOSES.

16:50    9    THEY WOULD ADDRESS DIFFERENT ISSUES.

16:50   10    **Q.**  WOULD REGIONAL SUBSIDENCE BE ONE OF THESE ISSUES?

16:50   11    **A.**  YES, IT WOULD.

16:50   12    **Q.**  IS REGIONAL SUBSIDENCE AN ISSUE LIMITED SOLELY TO

16:50   13    SOUTHEASTERN LOUISIANA?

16:50   14    **A.**  NO, IT IS NOT.

16:50   15    **Q.**  WHO DEVELOPS THESE VERTICAL DATUMS?

16:50   16    **A.**  FROM A NATIONAL SCALE, WE UTILIZE THE NATIONAL GEODETIC

16:50   17    SURVEY OF THE U.S. DEPARTMENT OF COMMERCE FOR LAND-BASED

16:50   18    DATUMS.  FOR TIDAL DATUMS WE TYPICALLY USE THE NATIONAL OCEANIC

16:50   19    AND ATMOSPHERIC ADMINISTRATION, ALSO OF THE DEPARTMENT OF

16:50   20    COMMERCE.

16:50   21    **Q.**  NOW, THE DESIGN DATUM FOR THE LEVEES ALONG THE MRGO ARE

16:51   22    BASED ON MEAN SEA LEVEL; CORRECT?

16:51   23    **A.**  I SAW DIFFERENT NOMENCLATURE IN SOME OF THE DESIGN

16:51   24    DOCUMENTS; BUT, YES, SIR, IT WAS MEAN SEA LEVEL.

16:51   25    **Q.**  WHAT WAS THE DIFFERENT NOMENCLATURE?

| | | |
|---|---|---|
| 16:51 | 1 | **A.**   *MEAN SEA LEVEL*, *MEAN LOW GULF*, WHICH IS ALSO A TIDE-BASED |
| 16:51 | 2 | DATUM, AND THEN THE NATIONAL GEODETIC VERTICAL DATUM OF 1929. |
| 16:51 | 3 | **Q.**   LET'S TALK ABOUT THE NATIONAL GEODETIC VERTICAL DATUM OF |
| 16:51 | 4 | 1929.  THIS IS ALSO REFERRED TO AS NGVD29? |
| 16:51 | 5 | **A.**   THAT'S CORRECT. |
| 16:51 | 6 | **Q.**   HOW DOES MEAN SEA LEVEL COMPARE TO NGVD29? |
| 16:51 | 7 | **A.**   20 YEARS AGO, WE WOULD CONSIDER THEM ONE AND THE SAME. |
| 16:51 | 8 | **Q.**   SO THIS WAS USED IN THE CONSTRUCTION OF THE LEVEES ALONG |
| 16:51 | 9 | THE MRGO? |
| 16:51 | 10 | **A.**   IT WOULD HAVE BEEN. |
| 16:51 | 11 | **Q.**   THE DATUM USED TO MEASURE ELEVATIONS AFTER KATRINA AND |
| 16:51 | 12 | ALSO IN THIS LITIGATION IS WHAT'S REFERRED TO AS NAVD88 |
| 16:51 | 13 | (2004.65)? |
| 16:51 | 14 | **A.**   THAT'S CORRECT.  IT'S THE NORTH AMERICAN VERTICAL DATUM OF |
| 16:52 | 15 | 1988 (2004.65) EPOCH. |
| 16:52 | 16 | **Q.**   THAT'S E-P-O-C-H? |
| 16:52 | 17 | **A.**   YES. |
| 16:52 | 18 | **Q.**   WHAT IS THE DIFFERENCE BETWEEN THE DESIGN DATUM NGVD29 AND |
| 16:52 | 19 | NAVD88 (2004.65) ALONG REACH 2 OF THE MRGO? |
| 16:52 | 20 | **A.**   IT SLOPES ON THE SOUTH END OF THE MRGO.  IF WE ASSUME |
| 16:52 | 21 | NAVD88 IS FLAT, AT THE SOUTH END OF THE MRGO NGVD29 WOULD BE |
| 16:52 | 22 | ABOUT 1 FOOT BELOW NAVD88.  AS YOU MOVE NORTH, NGVD29 WOULD BE |
| 16:52 | 23 | ABOUT EIGHT-TENTHS OF A FOOT BELOW NAVD88 (2004.65.) |
| 16:52 | 24 | **MR. BAEZA:**  IT SEEMS RATHER CONFUSING, YOUR HONOR. |
| 16:52 | 25 | MAY MR. DELOACH DRAW THIS ON THE BOARD? |

| 16:53 | 1 | **THE COURT:** HE CERTAINLY MAY. |

16:53  1       **THE COURT:** HE CERTAINLY MAY.

16:53  2  **BY MR. BAEZA:**

16:53  3  **Q.** IF YOU WOULD PLEASE GO TO THE CHALKBOARD AND EXPLAIN THIS

16:53  4  FOR US.

16:53  5  **A.** IF WE ASSUME THE NORTH AMERICAN VERTICAL DATUM, OR NAVD88,

16:53  6  IS FLAT, IF YOU WILL -- SO NAVD88. NOW, THIS IS 04.65, SO

16:53  7  2004.65. NGVD29 WOULD BE SOMETHING LIKE THIS, WHERE THE

16:53  8  DIFFERENCE RANGES FROM ABOUT 1 FOOT --

16:53  9       **MR. STEVENS:** EXCUSE ME. THIS IS BEYOND THE SCOPE OF

16:53  10  HIS REPORT. HE DID TALK BASICALLY ABOUT REGIONAL SUBSIDENCE

16:53  11  AND ITS EFFECT ON VERTICAL DATUMS, BUT HE DID NOT QUANTIFY THAT

16:53  12  AMOUNT IN EITHER HIS REPORT OR HIS DEPOSITION. THIS IS BEYOND

16:54  13  THE SCOPE OF HIS REPORT AND HIS DEPOSITION.

16:54  14       **THE COURT:** GIVE ME HIS REPORT, PLEASE.

16:54  15       I'LL LET YOU RESPOND. I HAVE MY SYNOPSIS. SIR,

16:54  16  WHAT'S YOUR RESPONSE REFERENCE THE REPORT?

16:54  17       **MR. BAEZA:** ACTUALLY, THIS WAS ADDRESSED IN THE

16:54  18  REPORT. DATUMS WERE ACTUALLY TALKED ABOUT IN LENGTH DURING THE

16:54  19  DEPOSITION. IF YOU REFER TO PAGE 18, SECTION 4.2 OF

16:54  20  MR. DELOACH'S REPORT, THERE'S A SECTION ENTITLED "VERTICAL

16:54  21  DATUM RECTIFICATION," WHICH EXPLAINS HOW DURING THE COURSE OF

16:54  22  THE IPET REPORT THE ENGINEERS WORKING ON THE IPET REPORT HAD TO

16:54  23  MAKE CONVERSIONS FROM NGVD29, WHICH WAS THE DESIGN DATUM FOR

16:54  24  THE LEVEES, TO THIS CURRENT DATUM THAT IS BEING USED

16:54  25  UNIVERSALLY BOTH IN THE ENGINEERING INVESTIGATIONS AND IN THE

| | | |
|---|---|---|
| 16:54 | 1 | EXPERTS IN THIS LITIGATION. |
| 16:55 | 2 | **MR. STEVENS:**  WE CONCEDE HE TALKED ABOUT IT IN A |
| 16:55 | 3 | GENERAL WAY.  HE NEVER TIED THAT TO THIS PROJECT AS IT RELATES |
| 16:55 | 4 | TO THE MRGO OR ANY ISSUE INVOLVED IN THIS CASE.  IT WAS A |
| 16:55 | 5 | GENERAL DISCUSSION ONLY.  IF HE'S GOING TO RESTRICT HIS |
| 16:55 | 6 | TESTIMONY TODAY TO GENERAL DISCUSSION, WE HAVE NO OBJECTION. |
| 16:55 | 7 | BUT IF HE INTENDS TO TIE THAT IN SOME WAY TO ISSUES IN THIS |
| 16:55 | 8 | CASE, IT IS WELL BEYOND THE SCOPE OF HIS REPORT OR HIS |
| 16:55 | 9 | DEPOSITION. |
| 16:55 | 10 | **THE COURT:**  WELL, THE REPORT WAS ABOUT THIS CASE AND |
| 16:55 | 11 | THE REPORT TALKS ABOUT DATUM RECTIFICATION.  I'M GOING TO ALLOW |
| 16:55 | 12 | HIM TO DO IT.  THE OBJECTION'S OVERRULED. |
| 16:55 | 13 | **BY MR. BAEZA:** |
| 16:55 | 14 | **Q.**   YOU MAY PROCEED. |
| 16:55 | 15 | **A.**   THE NORTHERN END WAS ABOUT EIGHT-TENTHS OF A FOOT, SO IT |
| 16:55 | 16 | WAS ROUGHLY 1 FOOT SEPARATION.  IF YOU GO FURTHER BACK IN TIME, |
| 16:55 | 17 | THIS IS A RECENT VERSION.  EXCUSE ME.  THIS IS NGVD29, OR |
| 16:55 | 18 | NATIONAL GEODETIC VERTICAL DATUM OF 1929.  THIS IS FROM A |
| 16:55 | 19 | RECENT EPOCH.  IF YOU GO BACK TO, I THINK, THE 1969 EPOCH, THE |
| 16:56 | 20 | NUMBER INCREASES TO ABOUT 1.2 FEET.  SO ABOUT A FOOT. |
| 16:56 | 21 | **Q.**   SO LET ME SEE IF I UNDERSTAND THIS, THEN.  IF A LEVEE |
| 16:56 | 22 | HYPOTHETICALLY WAS 16.5 FEET UNDER NAVD88 ALONG REACH 2 OF THE |
| 16:56 | 23 | MRGO, THEN UNDER ITS DESIGN DATUM IT WOULD BE AT APPROXIMATELY |
| 16:56 | 24 | 17.5 FEET OR WITHIN A FEW INCHES; CORRECT? |
| 16:56 | 25 | **A.**   THAT'S CORRECT.  IF THE DESIGN GRADE WAS HERE AND IF THE |

| | | |
|---|---|---|
| 16:56 | 1 | DESIGN GRADE IS 17.5 FEET -- SO THE DESIGN GRADE IS 17.5 FEET |
| 16:56 | 2 | ABOVE WHAT WAS MEAN SEA LEVEL OR THE NATIONAL GEODETIC VERTICAL |
| 16:56 | 3 | DATUM OF 1929 -- IF THE SEPARATION BETWEEN NGVD AND NAVD88 IS |
| 16:57 | 4 | 1 FOOT, THEN THE HEIGHT ABOVE NAVD88 WOULD BE 16.5 FEET. |
| 16:57 | 5 | **Q.**   THANK YOU.  YOU CAN BE SEATED UNLESS YOU HAVE ANYTHING |
| 16:57 | 6 | FURTHER TO ADD. |
| 16:57 | 7 | NOW, JUST GOING BACK TO THE USE OF THE CURRENT NAVD88 |
| 16:57 | 8 | (2004.65) USED BY THE EXPERTS IN THIS LITIGATION, IF WE ARE |
| 16:57 | 9 | COMPARING LEVEE PERFORMANCE BASED ON ITS DESIGN DATUM, WE WOULD |
| 16:57 | 10 | ALSO HAVE TO REPRESENT THE SURGE AND THE WAVES IN THE SAME |
| 16:57 | 11 | DATUM; CORRECT? |
| 16:57 | 12 | **A.**   EVERYTHING WOULD HAVE TO BE APPLES TO APPLES, SO THE SAME |
| 16:57 | 13 | DATUM, YES. |
| 16:57 | 14 | **Q.**   I WANT TO TURN NOW TO SLIDE 1 OF YOUR DEMONSTRATIVE |
| 16:57 | 15 | EXHIBITS.  THIS IS DM-0039.  WOULD YOU PLEASE DESCRIBE THIS. |
| 16:58 | 16 | **A.**   THE IMAGE IS TAKEN FROM GOOGLE EARTH, AS YOU CAN SEE.  THE |
| 16:58 | 17 | PUSHPINS REPRESENT THE START AND THE END LOCATION OF THREE |
| 16:58 | 18 | CROSS-SECTIONS THAT WERE TAKEN TO DEMONSTRATE COMPLETE OVERLAY |
| 16:58 | 19 | OF ALL OF THE VARIOUS DATA SOURCES THAT I WAS EXAMINING. |
| 16:58 | 20 | **Q.**   WHY DID YOU SELECT THESE POINTS? |
| 16:58 | 21 | **A.**   THEY WERE SIMILAR TO POINTS IN THE VRIJLING REPORT, OR I |
| 16:58 | 22 | SHOULD SAY LOCATIONS THAT WERE REFERENCED IN THE VRIJLING |
| 16:58 | 23 | REPORT. |
| 16:58 | 24 | **MR. STEVENS:** EXCUSE ME, AGAIN.  AGAIN, ANY COMMENTS |
| 16:58 | 25 | FROM THIS WITNESS ABOUT WHAT DR. VRIJLING DID OR DIDN'T DO ARE |

| | | |
|---|---|---|
| 16:58 | 1 | BEYOND THE SCOPE OF HIS REPORT.  IT'S NOT CONTAINED IN HIS |
| 16:58 | 2 | REPORT.  HE DOES NOT ADDRESS ANY OF DR. VRIJLING'S OPINIONS. |
| 16:58 | 3 | **MR. BAEZA:**  WHAT MR. DELOACH IS DOING IS SIMPLY |
| 16:58 | 4 | SHOWING THROUGH THE LOCATIONS THAT HE SELECTED AND THAT ARE IN |
| 16:59 | 5 | PROFESSOR VRIJLING'S REPORT -- JUST DEMONSTRATING THE VARIOUS |
| 16:59 | 6 | DIFFERENCES BETWEEN ALL OF THE LEVEE ELEVATIONS BASED ON THE |
| 16:59 | 7 | DIFFERENT LIDAR DATA SETS.  HE'S NOT EXPRESSING ANY NEW |
| 16:59 | 8 | OPINIONS.  HE HAS ALREADY EXPRESSED OPINIONS ON THE ACCURACIES |
| 16:59 | 9 | OF ALL THESE SETS.  HE WANTS TO JUST ILLUSTRATE THE DIFFERENCES |
| 16:59 | 10 | BETWEEN THOSE SETS WHEN YOU SHOW A CROSS-SECTION.  THESE ARE |
| 16:59 | 11 | THE FIRST SLIDES THAT SHOW ALL FIVE OF THE DIFFERENT LIDAR |
| 16:59 | 12 | PRODUCTS THAT WE HAVE TALKED ABOUT, DURING THE COURSE OF THIS |
| 16:59 | 13 | EXAMINATION, IN CROSS-SECTIONS. |
| 16:59 | 14 | **MR. STEVENS:**  AGAIN, IT'S BEYOND ANYTHING HE HAS |
| 16:59 | 15 | OPINED ON BEFORE IN THIS CASE, YOUR HONOR. |
| 16:59 | 16 | **THE COURT:**  IT IS SOMEWHAT BEYOND, BUT I'M GOING TO |
| 16:59 | 17 | ALLOW IT BECAUSE IT OSTENSIBLY ILLUSTRATES OPINIONS HE HAS |
| 16:59 | 18 | ALREADY RENDERED THAT, DEPENDING ON THE TOOL USED, YOU MAY GET |
| 16:59 | 19 | VARYING ELEVATIONS. |
| 16:59 | 20 | **BY MR. BAEZA:** |
| 16:59 | 21 | **Q.**   NOW, LET'S GO TO SLIDE 2.  WOULD YOU DESCRIBE THIS IMAGE. |
| 17:00 | 22 | **A.**   THAT IS THE NORTHERNMOST POINT JUST NORTH OF THE BAYOU |
| 17:00 | 23 | BIENVENUE, AND IT IS THE 1-FOOT GRIDDED LIDAR DATA FROM THE |
| 17:00 | 24 | PRE-KATRINA SURVEY IN THE YEAR 2000. |
| 17:00 | 25 | IS IT POSSIBLE TO ZOOM IN JUST ON THIS AREA HERE? |

| | | |
|---|---|---|
| 17:00 | 1 | OKAY.  YOU CAN SEE THAT A LITTLE BETTER. |
| 17:00 | 2 | THOSE VERTICAL LINES SHOWN HERE AND HERE AND HERE, |
| 17:00 | 3 | THOSE ARE JUST THE LOCATIONS OF THE START AND STOP POINT OF THE |
| 17:00 | 4 | CROSS-SECTIONS THAT WERE TAKEN.  SO YOU CAN SEE THIS |
| 17:00 | 5 | CROSS-SECTION WAS TAKEN OVER A PORTION OF EARTHEN LEVEE RIGHT |
| 17:00 | 6 | THROUGH HERE. |
| 17:00 | 7 | **Q.**   NOW, LET'S TURN TO SLIDE 3.  WHAT IS THIS FIGURE? |
| 17:01 | 8 | **A.**   SO THIS IS THE CROSS-SECTION THROUGH ALL FIVE DATA |
| 17:01 | 9 | PRODUCTS AT THE PREVIOUS LOCATION, THE SLIDE THAT I JUST |
| 17:01 | 10 | SHOWED, JUST NORTH OF BAYOU BIENVENUE. |
| 17:01 | 11 | THE PRODUCTS ARE THE PRE-KATRINA SURVEY, THE 1-FOOT |
| 17:01 | 12 | POINT CLOUD, AS WELL AS THE 1-FOOT GRID, AND THE POST-KATRINA |
| 17:01 | 13 | SURVEY, WHICH WAS FLOWN IN 2005 BY THE VERY SAME SYSTEM, AND IT |
| 17:01 | 14 | IS THE POINT CLOUD.  IT SAYS "2-FOOT POINT CLOUD" RIGHT HERE, |
| 17:01 | 15 | BUT LET ME POINT OUT THAT THAT'S JUST THE NAME OF THE DATA SET. |
| 17:01 | 16 | THE POINT CLOUD IS THE POINT CLOUD.  IT ALSO SHOWS THE DERIVED |
| 17:01 | 17 | 2-FOOT GRID POST KATRINA FROM THAT POINT CLOUD. |
| 17:01 | 18 | THEN THE FIFTH DATA PRODUCT IS THE GREEN LINE, AGAIN, |
| 17:01 | 19 | WHICH IS THE STATEWIDE PROJECT FROM THE 15-FOOT GRID. |
| 17:01 | 20 | **Q.**   CAN WE ZOOM IN ON THE CREST OF THAT LEVEE CROSS-SECTION |
| 17:01 | 21 | ALONG WITH THE LEGEND DEPICTING THE DIFFERENT COLORS. |
| 17:02 | 22 | **A.**   WOULD IT BE POSSIBLE TO EVEN ZOOM IN TO ABOUT RIGHT HERE |
| 17:02 | 23 | OVER, PLEASE. |
| 17:02 | 24 | A LOT OF THESE LINES GET VERY CLOSE TOGETHER.  THE |
| 17:02 | 25 | VERTICAL SEPARATION HERE IS 1 FOOT.  SO FROM HERE TO THERE IS |

FINAL DAILY COPY

17:02    1    1 FOOT.

17:02    2    **Q.**   WHY IS THAT?

17:02    3    **A.**   WELL, THAT WAS THE SCALE THAT I CHOSE FOR THIS PARTICULAR

17:02    4    CHART.  ON THIS DATA YOU SEE -- AND YOU HAVE TO LOOK CLOSELY,

17:02    5    BUT YOU SEE THE BLACK AND THE RED LINES ARE, AGAIN, FROM THE

17:02    6    PRE-KATRINA LEVEE SURVEY, THE POINT CLOUD, AND THE GRID.  YOU

17:02    7    CAN SEE THEY TRACK EACH OTHER VERY WELL.

17:02    8         IF YOU LOOK CLOSELY, YOU SEE THE LIGHT BLUE LINE IS

17:02    9    FROM THE POST-KATRINA POINT CLOUD DATUM.  SO THE LIGHT BLUE

17:03   10    LINE WAS FROM DATA COLLECTED IN THE YEAR 2005, AND THE RED AND

17:03   11    THE BLACK LINES ARE DATA THAT WAS COLLECTED IN THE YEAR 2000.

17:03   12    SO RIGHT AT THE CREST, RIGHT UP HERE, FOR ALL PRACTICAL

17:03   13    PURPOSES, THEY AGREE WITH EACH OTHER.  SO THERE'S NO CHANGE AT

17:03   14    THIS LOCATION JUST NORTH OF BAYOU BIENVENUE IN THE CREST OF THE

17:03   15    LEVEE HEIGHT FROM BEFORE THE STORM TO AFTER THE STORM.

17:03   16         NOW, LET'S TALK ABOUT THE POST-KATRINA SURVEY JUST BY

17:03   17    ITSELF.  THE POST-KATRINA SURVEY THAT WAS FLOWN IN 2005 AFTER

17:03   18    THE STORM IS REPRESENTED BY THE LIGHT BLUE LINE, WHICH IS THE

17:03   19    POINT CLOUD DATA, OR THIS NEAR RAW DATA, AND THE DARK BLUE

17:03   20    LINE, WHICH IS THE 2-FOOT GRID.

17:03   21         THE DARK BLUE LINE HAS A DEFINITE BIAS FROM RIGHT

17:03   22    HERE TO RIGHT THERE OF -- WHAT IS THAT -- ABOUT .7 FEET.  THAT

17:04   23    IS FROM THE GRIDING PROCESS.  I DO NOT UNDERSTAND WHY.  I WOULD

17:04   24    HAVE EXPECTED THEM TO BE THE SAME ELEVATION OVER THIS SMOOTH,

17:04   25    EARTHEN STRUCTURE, BUT THEY'RE NOT.  SO THERE'S A BIAS IN THE

17:04    1   GRIDING PROCESS ON THAT PARTICULAR DATA PRODUCT.  SO THE 2-FOOT

17:04    2   GRID POST-KATRINA HAS SOME SORT OF A BIAS IN IT FROM THE

17:04    3   GRIDING PROCESS.

17:04    4          THEN THE GREEN LINE, WHICH IS -- THE CREST OF THE

17:04    5   GREEN LINE IS ALSO RIGHT HERE FROM THE STATEWIDE DATA.

17:04    6   Q.   THANK YOU.  LET'S TURN NOW TO SLIDE 4.  WOULD YOU DESCRIBE

17:04    7   THIS IMAGE.

17:04    8   A.   OKAY.  THIS IS -- OH, THANK YOU.

17:04    9          THIS IS THE 1-FOOT GRIDDED LIDAR DATA.  THESE

17:04   10   VERTICAL LINES THAT ARE HERE AND HERE IN THE CENTER AND HERE ON

17:04   11   THE RIGHT-HAND SIDE, AGAIN, ARE THE START, MIDDLE, AND STOP

17:04   12   POINTS OF THE CROSS-SECTION THAT WE'LL SHOW NEXT.

17:04   13   Q.   LET'S MOVE NOW TO SLIDE 5.  THIS IS THE CROSS-SECTION OF

17:05   14   THAT LEVEE WITH ALL THE FIVE LIDAR PRODUCTS; CORRECT?

17:05   15   A.   THAT IS CORRECT.

17:05   16   Q.   WOULD YOU PLEASE DESCRIBE THIS IMAGE, PLEASE.

17:05   17   A.   OKAY.  IF WE GO TO THE VERY TOP AT ABOUT ELEVATION

17:05   18   18 FEET, RIGHT UP HERE, THAT IS BOTH THE 1-FOOT GRID FROM

17:05   19   PRE-KATRINA AS WELL AS THE 1-FOOT POINT CLOUD FROM PRE-KATRINA.

17:05   20          IF WE LOOK AT THE GREEN LINE AGAIN, THEN THE CREST ON

17:05   21   THE GREEN LINE IS ABOUT 17.2 OR .3 FEET.  THAT'S FROM THE

17:05   22   STATEWIDE MAPPING DATA.  IF WE LOOK DOWN HERE IN THIS AREA,

17:05   23   THIS IS THE CREST AS MEASURED BY THE POST-KATRINA LIDAR SURVEY.

17:05   24   AGAIN, YOU SEE THAT BIAS IN THE POINT CLOUD DATA AS COMPARED TO

17:05   25   THE GRIDDED DATA, BUT THEN YOU ALSO SEE THAT THERE'S BEEN

| | | |
|---|---|---|
| 17:05 | 1 | SIGNIFICANT EROSION ON THE LEVEE CREST. |
| 17:06 | 2 | **Q.**   JUST SO WE CAN BE CLEAR, WHAT DIRECTION IS THE MRGO? |
| 17:06 | 3 | **A.**   THE MRGO IS TO THE RIGHT ON THIS IMAGE. |
| 17:06 | 4 | **Q.**   THANK YOU.   THIS LEVEE SECTION PRIOR TO KATRINA WAS |
| 17:06 | 5 | APPROXIMATELY 18 FEET; CORRECT? |
| 17:06 | 6 | **A.**   THAT'S CORRECT.   APPROXIMATELY 18 FEET AND AROUND 11.5 |
| 17:06 | 7 | FEET, UP TO 12 FEET.   I WOULD PREFER TO USE THE POINT CLOUD |
| 17:06 | 8 | DATA, SO I WOULD SAY IT'S 12 FEET POST-KATRINA.   THEN YOU HAVE |
| 17:06 | 9 | SIGNIFICANT EROSION ON THE BACK SIDE HERE. |
| 17:06 | 10 | **Q.**   SO UNDER THE DESIGN DATUM, THIS LEVEE WOULD HAVE BEEN |
| 17:06 | 11 | APPROXIMATELY 19 FEET GIVE OR TAKE A FEW INCHES? |
| 17:06 | 12 | **A.**   THAT'S CORRECT, IF WE GO BACK TO THIS DATUM ISSUE. |
| 17:06 | 13 | **THE COURT:**   EXCUSE ME.   OKAY.   IN ESSENCE, YOU'RE |
| 17:07 | 14 | SAYING THAT THE POINT CLOUD DATA IS THE MOST RELIABLE DATA TO |
| 17:07 | 15 | MEASURE THE HEIGHT OF A LEVEE? |
| 17:07 | 16 | **THE WITNESS:**   WELL, YES, SIR, ABSOLUTELY.   AND |
| 17:07 | 17 | SPECIFICALLY THE HEIGHT OF THE STRUCTURE, WHICH WOULD BE THE |
| 17:07 | 18 | FLOOD WALL OR THE SHEET PILE. |
| 17:07 | 19 | **THE COURT:**   IF THERE IS NO SHEET PILE -- WELL, IF |
| 17:07 | 20 | IT'S A PART OF THE LEVEE THAT HAS NO SHEET PILE, THEN WHAT |
| 17:07 | 21 | ABOUT THAT? |
| 17:07 | 22 | **THE WITNESS:**   IF IT'S A CONCRETE FLOOD WALL, I WOULD |
| 17:07 | 23 | SAY THE SAME THING AS THE SHEET PILE. |
| 17:07 | 24 | **THE COURT:**   IF IT'S JUST EARTH? |
| 17:07 | 25 | **THE WITNESS:**   IF IT'S JUST EARTH, THE GRIDDED DATA |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:08 | 1 | SHOULD BE JUST FINE.  HOWEVER, IF FOR SOME REASON THERE'S A |
| 17:08 | 2 | BIAS IN THE POST-KATRINA GRIDDED DATA -- IF YOU LOOK RIGHT |
| 17:08 | 3 | HERE, THAT SEPARATION I WOULD NOT EXPECT TO SEE IN THOSE |
| 17:08 | 4 | ELEVATIONS. |
| 17:08 | 5 | **BY MR. BAEZA:** |
| 17:08 | 6 | **Q.**   DO YOU HAVE ANYTHING FURTHER TO ADD TO THIS IMAGE? |
| 17:08 | 7 | **A.**   NO, SIR. |
| 17:08 | 8 | **Q.**   LET'S TURN NOW TO SLIDE 6.  WOULD YOU DESCRIBE THIS IMAGE. |
| 17:08 | 9 | **A.**   AGAIN, THIS IS THE SAME BASIS.  IT'S THE 1-FOOT GRIDDED |
| 17:08 | 10 | LIDAR DATA, JUST AS A BACKGROUND, AND THESE THREE ARE THE |
| 17:08 | 11 | START, MIDDLE, AND STOP POINTS ON THE CROSS-SECTION.  THIS IS |
| 17:08 | 12 | TAKEN AT WHAT VRIJLING HAD REFERRED TO AS THE -- I BELIEVE HE |
| 17:08 | 13 | REFERRED TO IT AS THE HALFWAY POINT. |
| 17:08 | 14 | **Q.**   SO THIS LOCATION'S TAKEN DIRECTLY FROM PROFESSOR |
| 17:08 | 15 | VRIJLING'S REPORT? |
| 17:08 | 16 | **A.**   THAT'S CORRECT. |
| 17:08 | 17 | **Q.**   LET'S TURN NOW TO SLIDE 7.  WOULD YOU DESCRIBE THIS IMAGE. |
| 16:06 | 18 | **A.**   SO THE DATA'S PRESENTED IN THE VERY SIMILAR WAY, WHERE WE |
| 17:09 | 19 | HAVE THE 1-FOOT, PRE-KATRINA POINT CLOUD DATA AND IN THE |
| 17:09 | 20 | DERIVED 1-FOOT GRID PRE-KATRINA, AND THOSE ARE IN THE BLACK AND |
| 17:09 | 21 | RED COLORS.  WE HAVE THE STATEWIDE PROJECT DATA IN THE GREEN |
| 17:09 | 22 | COLOR.  THEN WE HAVE THE POST-KATRINA POINT CLOUD AND THE |
| 17:09 | 23 | POST-KATRINA DERIVED 2-FOOT GRID IN THE BLUE COLORS. |
| 17:09 | 24 | IF WE COULD FOR A MINUTE, IF WE COULD JUST ZOOM IN ON |
| 17:09 | 25 | THIS AREA, SOMETHING LIKE THAT, PLEASE.  OKAY.  SO YOU CAN SEE |

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:09 | 1 | THAT PRE-KATRINA, THE 2000 SURVEY GIVES YOU AN ELEVATION -- |
| 17:09 | 2 | AND, YOUR HONOR, I DON'T REMEMBER EXACTLY WHAT IT WAS ON THE |
| 17:09 | 3 | SCALE THERE, BUT YOU'VE GOT THIS MAXIMUM ELEVATION.  THEN ABOUT |
| 17:09 | 4 | 6 INCHES OR SO BELOW THAT, RIGHT IN THIS AREA, YOU HAVE THE |
| 17:09 | 5 | POST-KATRINA POINT CLOUD ELEVATION.  THEN THE 2-FOOT GRIDDED |
| 17:10 | 6 | KATRINA ELEVATION IS, AGAIN, BIASED BY YET ANOTHER, SAY, 6 |
| 17:10 | 7 | INCHES OR SO.  THEN YOU CAN SEE THE LOCATION OF THE CREST |
| 17:10 | 8 | ELEVATION FROM THE STATEWIDE DATA. |
| 17:10 | 9 | THE COURT:  WHERE IS THE PRE-KATRINA POINT CLOUD |
| 17:10 | 10 | DATA? |
| 17:10 | 11 | THE WITNESS:  THIS UP HERE.  THE BLACK AND THE RED |
| 17:10 | 12 | ARE RIGHT ON TOP OF EACH OTHER.  IT'S HARD TO SEE. |
| 17:10 | 13 | THE COURT:  YOU SAID THERE WAS A BIAS ON THE OTHER |
| 17:10 | 14 | ONE BETWEEN THE POINT CLOUD AND WHICH ONE? |
| 17:10 | 15 | THE WITNESS:  IN THE POST-KATRINA LEVEE MAPPING |
| 17:10 | 16 | SURVEY, THE POINT CLOUD AND THEN THE DERIVED GRIDDED PRODUCT. |
| 17:10 | 17 | THE COURT:  BUT IN THE OTHER ONE THERE WAS A BIAS -- |
| 17:10 | 18 | YOU CAN EXPLAIN THAT BIAS MAYBE BY EROSION OR COULD YOU? |
| 17:10 | 19 | THE WITNESS:  NO, SIR. |
| 17:10 | 20 | THE COURT:  TELL ME WHY. |
| 17:10 | 21 | THE WITNESS:  WE HAVE A BIAS RIGHT HERE, RIGHT THERE, |
| 17:10 | 22 | AND THAT IS BETWEEN THE POST-KATRINA SURVEY -- THE RAW DATA |
| 17:10 | 23 | VERSUS THE GRIDDED DATA. |
| 17:10 | 24 | THE COURT:  I SEE.  THE POST-KATRINA 2-FOOT POINT |
| 17:11 | 25 | CLOUD AS OPPOSED TO THE POST-KATRINA 2-FOOT GRID. |

FINAL DAILY COPY

17:11   1                    **THE WITNESS:**  YES, SIR.

14:21   2   **BY MR. BAEZA:**

17:11   3   **Q.**   WHY ARE ALL THE ELEVATIONS AND SLOPES IN THIS AREA

17:11   4   DIFFERENT?

17:11   5   **A.**   IT'S JUST THE INHERENT NATURE AND ACCURACY, IF YOU WILL,

17:11   6   OF THE LIDAR DATA.

17:11   7   **Q.**   NOW, MUST THESE INACCURACIES BE TAKEN INTO ACCOUNT

17:11   8   WHENEVER USING THIS DATA?

17:11   9   **A.**   YES, SIR.  THEY SHOULD BE.

17:11   10  **Q.**   HOW WOULD YOU DO THAT?

17:11   11  **A.**   WELL, I WOULD LOOK AT ALL OF THE DATA.  I WOULD ASSESS THE

17:11   12  POTENTIAL ERRORS.  I WOULD ASSESS THE ULTIMATE ACCURACIES OF

17:11   13  THE PRODUCTS.  THEN IF I'M DOING AN ENGINEERING DESIGN, I MIGHT

17:11   14  USE A FACTOR OF SAFETY.  IF I'M DOING SOME POSTEVENT MODELING,

17:11   15  THAT SORT OF THING, I WOULD PROBABLY RUN SOME SORT OF A

17:11   16  SENSITIVITY ANALYSIS WHERE I EXAMINED CHANGES IN THE INPUT DATA

17:11   17  AND SEE WHAT IT DID TO MY MODELS ON THE OUTPUT.

17:11   18  **Q.**   YOU TOUCHED UPON A SENSITIVITY STUDY.  CAN THIS INCLUDE

17:12   19  CHANGING THE INPUT PARAMETERS FOR VERTICAL ELEVATIONS OF THIS

17:12   20  DATA?

17:12   21  **A.**   IT COULD.

17:12   22  **Q.**   YOU AGREE THAT CHANGING VERTICAL ELEVATIONS IN A

17:12   23  SENSITIVITY STUDY IS AN APPROPRIATE METHOD?

17:12   24  **A.**   YES.

17:12   25  **Q.**   DO YOU AGREE THAT MR. STEVE FITZGERALD'S SENSITIVITY

| | | |
|---|---|---|
| 17:12 | 1 | STUDIES FOR POLDER FLOODING BASED ON DIFFERING LEVEE ELEVATIONS |
| 17:12 | 2 | WAS APPROPRIATE? |
| 17:12 | 3 | **A.** YES. |
| 17:12 | 4 | **Q.** DO YOU AGREE THAT MR. RESIO'S SENSITIVITY TESTS FOR LEVEE |
| 17:12 | 5 | OVERTOPPING BASED ON DIFFERENT CRESTS AND TOE ELEVATIONS WAS |
| 17:12 | 6 | APPROPRIATE? |
| 17:12 | 7 | **A.** YES, I DO. |
| 17:12 | 8 | **Q.** LET'S TURN NOW TO PAGE 29 OF YOUR EXPERT REPORT.  LET'S GO |
| 17:12 | 9 | TO THE MIDDLE, STARTING WITH "A COMPLETE ACCURACY."  YOU SAY, |
| 17:13 | 10 | MR. DELOACH: |
| 17:13 | 11 | "A COMPLETE ACCURACY ANALYSIS OF ANY MAPPING DATA |
| 17:13 | 12 | SHOULD ALWAYS BE PERFORMED AND UTILIZED FOR REGIONAL STUDIES |
| 17:13 | 13 | SUCH AS THE HYDRAULIC AND FLOOD MODELING THE EXPERTS PERFORMED |
| 17:13 | 14 | IN THIS CASE." |
| 17:13 | 15 | CORRECT? |
| 17:13 | 16 | **A.** THAT'S CORRECT. |
| 17:13 | 17 | **Q.** WHAT DO YOU MEAN BY THAT? |
| 17:13 | 18 | **A.** AGAIN, YOU SHOULD REVIEW THE DATA, YOU SHOULD ASSESS ITS |
| 17:13 | 19 | ACCURACY, AND THEN YOU SHOULD GENERATE SOME SORT OF -- IF IT'S |
| 17:13 | 20 | A DESIGN PRODUCT, SOME SORT OF FACTOR OF SAFETY; IF IT'S A |
| 17:13 | 21 | STUDY, SOME SORT OF SENSITIVITY ANALYSIS, IF YOU WILL. |
| 17:13 | 22 | **Q.** IN YOUR REVIEW OF THE PLAINTIFFS' EXPERT REPORTS, YOU DID |
| 17:13 | 23 | NOT FIND ANY ACCURACY ASSESSMENTS OF THE LIDAR DATA THEY USED; |
| 17:13 | 24 | CORRECT? |
| 17:13 | 25 | **A.** I DID NOT. |

17:13   1   **Q.**   YOU ALSO AGREE THAT ALL AVAILABLE LIDAR DATA SHOULD BE

17:13   2   UTILIZED TO REDUCE UNCERTAINTIES; CORRECT?

17:13   3   **A.**   THAT'S CORRECT.

17:13   4   **Q.**   IN YOUR REVIEW OF THE PLAINTIFFS' REPORTS AND MODELING,

17:13   5   YOU FOUND THAT THEY DID NOT USE ALL THE LIDAR DATA PRODUCTS;

17:14   6   CORRECT?

17:14   7   **A.**   IN THE REPORTS THAT I READ AND ALL THE VARIOUS DOCUMENTS,

17:14   8   OF THE DEPOSITION AND WHATNOT, I FOUND NO EVIDENCE THAT THEY

17:14   9   USED POINT CLOUD DATA.

17:14  10   **Q.**   IN YOUR REVIEW OF THE UNITED STATES' DATA, YOU FOUND THAT

17:14  11   ALL AVAILABLE LIDAR DATA WAS USED; CORRECT?

17:14  12   **A.**   THAT IS CORRECT.  THE UNITED STATES USED ALL OF THE

17:14  13   VARIOUS DATA SOURCES.

17:14  14   **Q.**   IT WAS ALL ASSESSED FOR ACCURACY; CORRECT?

17:14  15   **A.**   THAT'S CORRECT.

17:14  16   **Q.**   ALL THE AVAILABLE DATA SETS WERE USED TO DETERMINE THE

17:14  17   MOST ACCURATE FLOOD CONTROL STRUCTURE ELEVATIONS AT THE TIME OF

17:14  18   KATRINA; CORRECT?

17:14  19   **A.**   THAT IS CORRECT.  BY THE UNITED STATES, THAT'S CORRECT.

17:14  20         **MR. BAEZA:**  YOUR HONOR, I HAVE NO FURTHER QUESTIONS.

17:14  21   BEFORE I SIT DOWN, I'D JUST ASK FOR THE COURT'S PERMISSION TO

17:14  22   REPRODUCE MR. DELOACH'S CHALKBOARD DIAGRAM FOR SUBMISSION AS A

17:14  23   DEMONSTRATIVE.

17:14  24         **THE COURT:**  DO YOU HAVE ONE READY?

17:14  25         **MR. BAEZA:**  WE DON'T HAVE ONE READY.  WE WERE ASKING

FINAL DAILY COPY

```
17:14    1    IF HE COULD RECREATE THAT BASED ON WHAT HE HAS JUST DRAWN.
17:15    2              THE COURT:  THERE'S ALREADY BEEN AN OBJECTION TO IT
17:15    3    AND I'VE OVERRULED IT, SO HE CAN RECREATE IT.  THAT'S FINE.
17:15    4    NOT RIGHT NOW.  LET HIM BE CROSS-EXAMINED.
17:15    5              MR. BAEZA:  THANK YOU, YOUR HONOR.  NO FURTHER
17:15    6    QUESTIONS.
17:15    7              THE COURT:  COUNSEL, IF YOU ERASE IT, I'LL LET HIM
17:15    8    DRAW IT FIRST.
17:15    9              MR. STEVENS:  I MAY NEED THE CHALKBOARD, BUT IT COULD
17:15   10    BE A LITTLE WHILE.  AS YOUR HONOR, MENTIONED WE DO OBJECT TO IT
17:15   11    BECAUSE IT IS QUANTIFYING SOMETHING BEYOND THE SCOPE.
17:15   12              THE COURT:  I UNDERSTAND.
17:16   13              MR. STEVENS:  I'M GOING TO TRY TO DO THE SHORT FORM
17:16   14    OF MY OUTLINE SINCE THEY USED A COUPLE OF MY SLIDES OR MY FIRST
17:16   15    SLIDE ALREADY.  I SHOULD SAY "OUR."  I CAN'T SAY "MINE."  I
17:16   16    CERTAINLY DON'T KNOW HOW TO DO 3-D IMAGES JUST YET.  MY
17:16   17    COMPUTER SKILLS ARE A LOT MORE LIMITED THAN THAT.
17:16   18              THE COURT:  I'M AFRAID THIS IS THE KIND OF TRIAL
17:16   19    WHERE WE'RE NOT GOING TO HAVE MANY EUREKA MOMENTS; OR AT LEAST
17:16   20    IF THERE ARE, IT'LL COME TO ME LATER.  HOPEFULLY, ONE SIDE OR
17:16   21    THE OTHER WILL CONVINCE ME.
17:17   22              MR. STEVENS:  AT 5:41, YOUR HONOR, THERE WILL BE A
17:17   23    EUREKA MOMENT, I PREDICT.
        24
        25
```

FINAL DAILY COPY

|       |    |                                                         |
|-------|----|---------------------------------------------------------|
| 17:17 | 1  | **CROSS-EXAMINATION**                                   |
| 17:17 | 2  | **BY MR. STEVENS:**                                     |
| 17:17 | 3  | **Q.**   MR. DELOACH, IF YOU WOULD BEAR WITH ME FOR A FEW MINUTES, |
| 17:17 | 4  | SIR, I'D LIKE TO ESTABLISH A FEW THINGS THAT WE -- YOUR TEAM, |
| 17:17 | 5  | TEAM USA, AND THE PLAINTIFFS' TEAM -- AGREE ON.         |
| 17:17 | 6  |          FIRST, LET ME ASK YOU AGAIN:  AS YOU SAID EARLIER, |
| 17:17 | 7  | THE PRIMARY OBJECTIVE OF YOUR REPORT IS EXPRESSED AT PAGE 18, |
| 17:17 | 8  | SECTION 4.  YOU OFFER OPINIONS AS TO THE ACCURACY OF THE THREE |
| 17:17 | 9  | LIDAR DATA SETS RELIED UPON BY BOTH SIDES TO SUPPORT THE |
| 17:17 | 10 | HYDROLOGIC MODELING EFFORTS.  THIS WAS ACCOMPLISHED BY USING |
| 17:17 | 11 | COMPUTER-GENERATED STATISTICAL ANALYSIS.  IS THAT A CORRECT |
| 17:17 | 12 | STATEMENT OF WHAT YOU WROTE IN YOUR REPORT?             |
| 17:17 | 13 | **A.**   I DON'T REMEMBER SAYING I USED COMPUTER-GENERATED |
| 17:17 | 14 | ANALYSIS.  I WOULD HAVE TO GO BACK AND READ MY REPORT.  BUT I |
| 17:17 | 15 | THINK THE GENERAL OBJECTIVE IS CORRECT.                 |
| 17:18 | 16 | **Q.**   EVEN IF YOU DIDN'T SAY THAT IN YOUR REPORT, IS IT NOT A |
| 17:18 | 17 | FACT THAT WHAT YOU DID, THE OPINIONS YOU ARRIVED AT, ARE |
| 17:18 | 18 | GENERATED FROM A COMPUTER STATISTICAL ANALYSIS OF THE LIDAR |
| 17:18 | 19 | DATA SETS IN THIS CASE?                                 |
| 17:18 | 20 | **A.**   WELL, I DID USE A COMPUTER.  THE STATISTICAL ANALYSIS DID |
| 17:18 | 21 | NOT REQUIRE A COMPUTER.                                 |
| 17:18 | 22 | **Q.**   AS I ASKED YOU EARLIER, YOU HAVEN'T HAD BOOTS ON THE |
| 17:18 | 23 | GROUND?  YOU'VE NOT DONE ANY PERSONAL -- SURVEYED DATA POINTS |
| 17:18 | 24 | IN THIS CASE, HAVE YOU?                                 |
| 17:18 | 25 | **A.**   IN THIS CASE, THAT'S CORRECT.                  |

| | | |
|---|---|---|
| 17:18 | 1 | **Q.**   NOW, WHERE THE TWO TEAMS AGREE, TEAM USA AND THE |
| 17:18 | 2 | PLAINTIFFS' EXPERTS, IS THAT WHEN YOU'RE LOOKING AT THE SAME |
| 17:18 | 3 | DATA SET FOR PRE-KATRINA OR POST-KATRINA LEVEE LIDAR DATA ON |
| 17:18 | 4 | OPEN, CLEAR GROUND -- RIGHT, SUCH AS A LEVEE TOP -- THAT CAN BE |
| 17:18 | 5 | MAPPED WITHIN HALF A FOOT? |
| 17:18 | 6 | **A.**   USING THE POINT CLOUD DATA, PRE-KATRINA AND POST-KATRINA |
| 17:19 | 7 | LEVEE SURVEYS, CORRECT. |
| 17:19 | 8 | **Q.**   SO IN AREAS WITHOUT SHEET PILING, AS JUDGE DUVAL NOTED, |
| 17:19 | 9 | LIDAR HAS NO SIGNIFICANT PROBLEMS IN ACCURATELY DEPICTING |
| 17:19 | 10 | ELEVATIONS? |
| 17:19 | 11 | **A.**   YOU WOULD HAVE TO DEFINE *SIGNIFICANT*, SIR. |
| 17:19 | 12 | **Q.**   WITHIN 6 INCHES. |
| 17:19 | 13 | **A.**   THAT'S CORRECT. |
| 17:19 | 14 | **Q.**   IN OPELOUSAS THAT'S PLENTY CLOSE ENOUGH. |
| 17:19 | 15 |         NOW, IS IT NOT A FACT THAT THE PLAINTIFFS' EXPERT, |
| 17:19 | 16 | MR. MORRIS, ON-THE-GROUND SURVEYING, DID APPROXIMATELY 500 |
| 17:19 | 17 | ACTUAL DATA POINTS ON LEVEE TOPS BETWEEN PARIS ROAD AND BAYOU |
| 17:19 | 18 | BIENVENUE? |
| 17:19 | 19 |         **MR. BAEZA:**  OBJECTION:  CALLS FOR SPECULATION. |
| 17:19 | 20 |         **THE COURT:**  OVERRULED.  HE EITHER KNOWS OR HE DOESN'T |
| 17:19 | 21 | KNOW. |
| 17:19 | 22 | **BY MR. STEVENS:** |
| 17:19 | 23 | **Q.**   ARE YOU AWARE OF IT, SIR? |
| 17:19 | 24 | **A.**   THAT WAS NOT IN MR. MORRIS' REPORT. |
| 17:20 | 25 | **Q.**   WELL, LET ME ASK YOU TO ASSUME THAT HE DID 500 PERSONALLY |

FINAL DAILY COPY

17:20  1  SURVEYED DATA POINTS UPON LEVEE TOPS BETWEEN PARIS ROAD AND

17:20  2  BAYOU BIENVENUE AND THAT HIS DATA ESTABLISHED THAT THE

17:20  3  POST-KATRINA LIDAR WAS ACCURATE TO WITHIN .3 FEET.  .3 FEET IS

17:20  4  4 INCHES?  CORRECT ME.  DO NOT TRUST MY MATH ON THE FLY.  IT'S

17:20  5  4 INCHES; CORRECT?

17:20  6  **A.**  (NO RESPONSE)

17:20  7  **Q.**  YOUR COMPUTER SAYS --

17:20  8         **THE COURT:**  DID YOU ANSWER, SIR?

17:20  9         **THE WITNESS:**  NO, SIR, I DID NOT.  SIR, I PREFER NOT

17:20  10 TO DO MATH ON THE FLY.

17:20  11 **BY THE COURT:**

17:20  12 **Q.**  IS .3 FEET 4 INCHES, SIR?

17:20  13         **THE COURT:**  NOT PRECISELY.

17:20  14 **BY MR. STEVENS:**

17:20  15 **Q.**  IT WOULD BE 3.6 INCHES; RIGHT?

17:20  16 **A.**  SIR, I'M NOT GOING TO DO THE MATH IN PUBLIC.  IT'S ON THAT

17:20  17 ORDER.  IT'S ON THAT ORDER.

17:21  18         **THE COURT:**  PLEASE.  I CAN FIGURE OUT WHAT THAT IS.

17:21  19         **MR. BAEZA:**  I JUST WANT TO REGISTER AN OBJECTION.  IF

17:21  20 WE'RE TALKING ABOUT WHAT WAS IN AND WHAT WAS NOT IN THE

17:21  21 REPORTS, THIS WAS NOT IN EITHER MR. MORRIS' REPORTS NOR WAS IT

17:21  22 IN HIS DEPOSITION.

17:21  23         **THE COURT:**  HE CAN CERTAINLY SAY HE DOESN'T KNOW AND

17:21  24 HE HAS EVERY RIGHT TO SAY, "I DON'T HAVE ANY IDEA WHAT YOU'RE

17:21  25 TALKING ABOUT."

FINAL DAILY COPY

17:21   1   **BY MR. STEVENS:**

17:21   2   **Q.**   IN ANY EVENT, YOUR ANALYSIS, YOUR COMPUTER AND YOUR OWN

17:21   3   ANALYSIS ESTABLISHED THAT, AS TO POINTS ON LEVEE TOPS, LIDAR'S

17:21   4   ACCURACY WAS WITHIN .4 FEET?

17:21   5   **A.**   OKAY.

17:21   6   **Q.**   IS THAT A FAIR STATEMENT OF WHAT YOU SAID?

17:21   7   **A.**   YES, SIR.

17:21   8   **Q.**   SO BASICALLY YOU AND MR. MORRIS ARE IN AGREEMENT WITHIN AN

17:21   9   INCH AND A HALF?

17:21   10   **A.**   I'LL BUY THAT.

17:21   11   **Q.**   VERY GOOD.  LET'S TALK ABOUT SOMETHING ELSE THE TWO TEAMS

17:21   12   AGREE ON.

17:21   13           **THE COURT:**  AN AGREEMENT ON WHAT, JUST TO MAKE SURE I

17:21   14   UNDERSTAND?

17:21   15   **BY MR. STEVENS:**

17:21   16   **Q.**   THAT LIDAR IS CAPABLE OF ACCURATELY --

17:22   17           **THE COURT:**  WE'RE TALKING ABOUT ON --

17:22   18           **MR. STEVENS:**  ON EARTHEN LEVEE CRESTS.

17:22   19           **THE COURT:**  ALL RIGHT.

17:22   20           **MR. STEVENS:**  THE TWO TEAMS AGREE WITHIN AN INCH TO

17:22   21   AN INCH AND A HALF.

17:22   22   **BY MR. STEVENS:**

17:22   23   **Q.**   PLAINTIFFS' EXPERTS AND TEAM USA -- AND I GUESS YOU AND

17:22   24   YOUR COMPUTER -- ALSO AGREE AS TO THE ELEVATIONS FOR SMALL,

17:22   25   THIN FEATURES LIKE SHEET PILE, CONCRETE WALLS, AS YOU CALLED IN

17:22  1  YOUR REPORT "TOP OF STRUCTURE ELEVATIONS," THAT'S A LITTLE MORE

17:22  2  DIFFICULT TO ACCURATELY DETERMINE BY USE OF LIDAR DATA ALONE?

17:22  3  **A.**   THAT'S CORRECT.

17:22  4  **Q.**   AS A MATTER OF FACT -- CORRECT ME IF I'M WRONG -- IN YOUR

17:22  5  REPORT, BASED UPON YOUR STATISTICAL ANALYSIS, YOU EXPRESSLY

17:22  6  STATE THAT THE ERROR FOR TOP-OF-STRUCTURE ELEVATIONS WOULD BE

17:22  7  BETWEEN 2.3 AND 3.3 FEET DEPENDING UPON WHICH VERSION OF LIDAR

17:22  8  WAS BEING USED:  RAW DATA VERSUS GRIDDED DATA?

17:23  9  **A.**   THAT'S CORRECT.

17:23  10  **Q.**   MAY I SEE 1810.19.  PX-1810.19.  THAT'S THE FIRST 3-D

17:23  11  IMAGE YOU PUT UP.  THIS IS NOT SOMETHING YOU PREPARED, IS IT?

17:23  12  **A.**   THAT IS CORRECT.  I DID NOT PREPARE IT.

17:23  13  **Q.**   JUST FOR ORIENTATION PURPOSES, IF YOU WOULD, CIRCLE FOR ME

17:23  14  AS WE GO.  WE HAVE THE EARTHEN LEVEE WITH SHEET PILE ON THE

17:23  15  RIGHT SIDE OF BAYOU BIENVENUE; RIGHT?

17:23  16  **A.**   YOU'RE ASKING ME TO CIRCLE?

17:23  17  **Q.**   IF YOU WOULD.

17:23  18  **A.**   THERE.

17:23  19  **Q.**   MILE MARKER 59, THAT'S WHERE BAYOU BIENVENUE IS.  THEN ON

17:23  20  THE LEFT SIDE OF THE CONTROL STRUCTURE, THERE'S EARTHEN LEVEE

17:23  21  TOP WITH THAT ARROW.  THEN THERE'S A CONCRETE WALL A LITTLE BIT

17:23  22  FURTHER TO THE NORTH OF THAT.

17:23  23  **A.**   OKAY.

17:23  24  **Q.**   SO WE HAVE A CONCRETE WALL, WE HAVE EARTHEN LEVEE WITH

17:23  25  SHEET PILE STICKING UP, AND WE HAVE EARTHEN LEVEE ITSELF, JUST

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:24 | 1 | OPEN GROUND, AS YOU CALL IT.  FOR ORIENTATION PURPOSES, WE'RE |
| 17:24 | 2 | GOING TO -- YOU WERE TALKING ABOUT THIS.  THIS IS A PHOTOGRAPH |
| 17:24 | 3 | WITH 3-D IMAGES OVERLAID ON TOP OF IT JUST LIKE YOU WERE |
| 17:24 | 4 | TALKING ABOUT; TRUE? |
| 17:24 | 5 | A.   IT APPEARS TO BE, YES, SIR. |
| 17:24 | 6 | Q.   NOW, NEXT SLIDE, PLEASE, 1810.20.  THEN WE'RE GOING TO |
| 17:24 | 7 | ZOOM IN, BASICALLY, ON THE EARTHEN LEVEE.  THIS IS THE EARTHEN |
| 17:24 | 8 | LEVEE WITH THE SHEET PILE STICKING UP THAT WAS TO THE RIGHT OF |
| 17:24 | 9 | BAYOU BIENVENUE ON THE PREVIOUS SLIDE. |
| 17:24 | 10 | A.   OKAY. |
| 17:24 | 11 | Q.   OKAY? |
| 17:24 | 12 | A.   YES, SIR. |
| 17:24 | 13 | Q.   NOW, IN THIS CASE I'M GLAD TO LEARN, MR. DELOACH, THAT |
| 17:24 | 14 | BASED UPON YOUR ANALYSIS THAT THERE IS, IN FACT, STILL HOPE FOR |
| 17:24 | 15 | THE HUMAN RACE.  THERE IS A NEED FOR HUMANS ON THIS PLANET. |
| 17:24 | 16 | THE REASON I SAY IT THAT WAY IS IN YOUR ANALYSIS, RIGHT, WE'VE |
| 17:24 | 17 | GOT TO INTERPRET THE LITTLE ANT PILES ACROSS THE TOP OF THE |
| 17:25 | 18 | LEVEE; CORRECT?  THOSE LITTLE POINTED THINGS.  THAT'S THE |
| 17:25 | 19 | SMOOTH IMAGES.  THAT'S WHERE THE LIDAR AVERAGED THE TOP OF THE |
| 17:25 | 20 | JUDGE'S BENCH AND THE FLOOR.  IT AVERAGED ALL THE POINTS IN |
| 17:25 | 21 | THAT 1-FOOT GRID; CORRECT? |
| 17:25 | 22 | A.   YES, SIR. |
| 17:25 | 23 | Q.   IF YOU DREW A LINE ACROSS THE TOP OF THOSE POINTS FOR THAT |
| 17:25 | 24 | SHEET PILE JUST TO THE -- AM I GETTING MY DIRECTIONS RIGHT -- |
| 17:25 | 25 | EAST OF BAYOU BIENVENUE, THE ELEVATION THAT TEAM USA -- THAT |

17:25   1   WOULD BE MR. FITZGERALD AND MR. EBERSOLE -- CAME UP WITH WAS

17:25   2   16.5 FEET.  DO YOU HAVE ANY REASON TO DISAGREE WITH THAT?

17:25   3   **A.**   I WOULD HAVE TO LOOK AT THE DATA MYSELF, BUT I BELIEVE

17:25   4   YOU.

17:25   5   **Q.**   WELL, JUST QUICKLY, COULD I LOOK AT 2138.3, PLEASE.  NOW,

17:25   6   THIS IS THE MAP THAT WE'VE HAD UP HERE.  THIS IS A GRAPH WE'VE

17:25   7   HAD UP FOR MR. STEVEN FITZGERALD.

17:25   8         **THE COURT:**  THAT'S THE ONE I REMEMBER.

17:26   9   **BY MR. STEVENS:**

17:26  10   **Q.**   WE'RE LOOKING AT BASICALLY BREACH AREA NO. 1.  WOULD YOU

17:26  11   AGREE THAT 16.5 FEET IS THE APPROXIMATE ELEVATION OF THE LEVEE

17:26  12   CREST NEAR BAYOU BIENVENUE?

17:26  13         **THE COURT:**  DO YOU WANT TO ORIENT HIM TO WHERE BREACH

17:26  14   AREA NO. 1 IS?

17:26  15         **THE WITNESS:**  I WOULD BE DELIGHTED IF YOU USE THIS.

17:26  16   **BY MR. STEVENS:**

17:26  17   **Q.**   YOU HAVE THE STYLUS.  RIGHT HERE.  THIS IS BAYOU

17:26  18   BIENVENUE.  YOU SEE THE RED GOALPOST HERE, THE RED GOALPOST

17:26  19   HERE.  THAT'S BAYOU DUPRE.  THAT'S BAYOU BIENVENUE.  SO IF WE

17:26  20   CAN ZOOM IN RIGHT HERE.

17:26  21         THAT'S 17.5 FEET.  THIS IS 15, 16, 16.5.  WE'RE HERE

17:26  22   TO THE RIGHT OF BAYOU BIENVENUE.  IN THIS DIAGRAM -- WE GO BACK

17:26  23   TO 1810 -- BUT YOU WOULD AGREE I WAS POINTING TO THE 16.5 FOOT

17:27  24   ELEVATION RIGHT THERE; CORRECT?

17:27  25   **A.**   I BUY WHAT YOU'RE SAYING, WITH THE EXCEPTION OF YOU HAVE

17:27  1  STATION NUMBERS DOWN ON THE BOTTOM OF THIS GRAPH.  SO YOU'RE

17:27  2  MAKING SOME IMPLICATIONS ON THOSE STATION NUMBERS AND ACTUALLY

17:27  3  HOW THEY TIE BACK INTO THAT LIDAR IMAGE, SO I WOULD WANT TO

17:27  4  VERIFY THAT.

17:27  5  **Q.**   LET'S ASSUME THIS SHEET PILE HERE AT STATION 45,000 IS THE

17:27  6  SHEET PILE THAT IS SHOWN IN THE IMAGE 1810.19, THE PREVIOUS

17:27  7  SLIDE.  THAT SHEET PILE IS THE SAME SHEET PILE THAT IS SHOWN IN

17:27  8  2138.3 AT THE BREACH AREA NO. 1.  SO IF WE COULD GO BACK TO

17:27  9  1810.20, THAT IS THE SAME AREA WHERE THE TOP OF THE SHEET PILE

17:28  10  SOUTHEAST OF BAYOU BIENVENUE WAS MEASURED AND DETERMINED BY

17:28  11  TEAM USA TO BE +16.5 FEET.  THAT'S MR. FITZGERALD'S PROFILE AS

17:28  12  HE WAS INSTRUCTED TO DO BY MR. EBERSOLE ACCORDING TO HIS

17:28  13  TESTIMONY; FAIR ENOUGH?

17:28  14  **A.**   OKAY.

17:28  15  **Q.**   NOW, YOU WOULD AGREE THAT HUMANS, WHEN THEY LOOK AT THESE

17:28  16  IMAGES, ARE GOING TO LOOK AT THE HIGH POINTS ON THOSE LITTLE

17:28  17  ANT PILES AND PICK A PATTERN AND DRAW A LINE ACROSS THE TOP

17:28  18  BECAUSE THEY'RE GOING TO SEE THAT, AS YOU TOLD US EARLIER, THAT

17:28  19  AVERAGING IS NEVER GOING TO MAKE THE ELEVATION HIGHER THAN THE

17:28  20  HIGHEST POINTS.  IT'S ALWAYS GOING TO AVERAGE IT DOWN LOWER

17:28  21  BECAUSE IT IS AVERAGING IN POINTS THAT ARE LOWER; CORRECT?

17:28  22  **A.**   CORRECT.

17:28  23  **Q.**   NOW, COULD WE SEE JX-0209 AT PAGE 24 OF YOUR REPORT,

17:28  24  FIGURE 9.  IF WE COULD ZOOM IN ON FIGURE 9, PLEASE.

17:29  25       FIGURE 9 IS A VIEW OF A 1-FOOT GRID.  YOU WOULD AGREE

17:29   1   WE WERE JUST SHOWING A 1-FOOT GRID, THE SMOOTH DATA WITH THE

17:29   2   LINE ACROSS THE STOP, AT 1810.20.  THIS LITTLE RED-HEADED

17:29   3   GIZMO --

17:29   4   **A.**   SIR, I DO NOT KNOW THAT YOU HAD UP A 1-FOOT GRID BEFORE.

17:29   5   I DON'T KNOW THAT.

17:29   6   **Q.**   IT WAS LABELED 1-FOOT PRE-KATRINA LIDAR AT THE TOP.  WE'LL

17:29   7   PUT IT BACK UP.

17:29   8   **A.**   SIR, I DID NOT GENERATE THAT IMAGE, SO I CANNOT VALIDATE

17:29   9   WHAT YOU'RE SAYING.

17:29  10   **Q.**   YOU GENERATED THIS IMAGE, FIGURE 9 IN YOUR REPORT?

17:29  11   **A.**   YES.

17:29  12   **Q.**   THIS LITTLE RED GIZMO HERE, IS IT NOT A MARKER THAT SETS

17:29  13   THE COMPUTER TO AVERAGE THE LEVELS AT THAT LOCATION?

17:29  14        **THE COURT:**  DESCRIBE THE GIZMO.  YOU MIGHT SAY IT HAS

17:29  15   A SPHERICAL SHAPE ON TOP OF IT OF A SMALL, THIN, CYLINDRICAL

17:29  16   OBJECT.

17:30  17        **MR. STEVENS:**  ACTUALLY, I WOULD PROBABLY SAY IT LOOKS

17:30  18   A LOT LIKE MY GRANDMOTHER'S HAT PIN, BUT IT'S A LITTLE, RED

17:30  19   PUSHPIN.

17:30  20        **THE COURT:**  THAT'S PRETTY GOOD, BUT IT'S A PRETTY BIG

17:30  21   HAT PIN.

17:30  22   **BY MR. STEVENS:**

17:30  23   **Q.**   IT'S A RED PIN LIKE REGIS AND KATHIE LEE PUT A PIN ON THE

17:30  24   MAP EVERY MORNING WHEN SOMEBODY CALLS IN.  IT'S A PUSHPIN WITH

17:30  25   A RED HEAD ON IT; CORRECT?

| | | |
|---|---|---|
| 17:30 | 1 | **A.**   YES, SIR. |
| 17:30 | 2 | **Q.**   THAT'S A MARKER OF SOME KIND.  WOULD YOU AGREE IT'S |
| 17:30 | 3 | MARKING THE BASE OF THE ANT PILES IN YOUR FIGURE? |
| 17:30 | 4 | **A.**   THERE, AGAIN, IS ERROR IN THE COMPUTER SYSTEM IN EXACTLY, |
| 17:30 | 5 | PRECISELY WHERE THAT MARKS, BUT THAT IS MARKING NEAR THE CREST |
| 17:30 | 6 | OF THE LEVEE. |
| 17:30 | 7 | **Q.**   RIGHT, BUT IT'S MARKING THE BASE OF THE SHEET PILE. |
| 17:30 | 8 | **A.**   NO, SIR.  I DO NOT KNOW THAT.  IT'S MARKING THE CENTERLINE |
| 17:30 | 9 | OF THE LEVEE.  IT DOES APPEAR TO BE BETWEEN TWO OF THOSE ANT |
| 17:30 | 10 | PILES, AS YOU CALL THEM, WHICH ARE THE SMOOTHED ELEVATIONS, |
| 17:30 | 11 | BUT -- |
| 17:31 | 12 | **Q.**   LET'S GO TO THE NEXT SLIDE.  LET'S LOOK AT 1810.21.  NOW, |
| 17:31 | 13 | ON THIS SLIDE, IT'S PRE-KATRINA LIDAR, 1-FOOT GRID, WITH RAW |
| 17:31 | 14 | DATA POINTS, SO THIS IS BOTH.  ALL THE RED AND THE SMOOTH STUFF |
| 17:31 | 15 | IS AVERAGED WITH A 1-FOOT GRID.  THE LITTLE TENNIS BALLS, THE |
| 17:31 | 16 | YELLOW DOTS, THAT WOULD BE THE RAW DATA POINTS; CORRECT? |
| 17:31 | 17 | **A.**   I DO NOT KNOW THAT, SIR.  I DID NOT GENERATE -- |
| 17:31 | 18 | **THE COURT:**  YOU CAN ASK HIM TO ASSUME THAT THAT MAP |
| 17:31 | 19 | IS ACCURATE.  OKAY. |
| 17:31 | 20 | **BY MR. STEVENS:** |
| 17:31 | 21 | **Q.**   WOULD YOU ASSUME, SIR, THAT THAT IS WHAT IS REPRESENTED |
| 17:31 | 22 | THERE. |
| 17:31 | 23 | **A.**   I WILL. |
| 17:31 | 24 | **Q.**   NOW, YOU SAID EARLIER -- AND I REPEAT AGAIN -- THAT THE |
| 17:31 | 25 | 1-FOOT GRID AVERAGE IS ALWAYS LOWER, NEVER HIGHER.  SO IF WE |

17:31  1  COULD ZOOM IN, LET'S SAY, ABOVE THIS CONCRETE WALL.  THESE

17:31  2  LITTLE DATA POINTS, THESE RAW DATA POINTS, OR AS YOU CALL THEM

17:32  3  RAW DATA POINT CLOUDS, WHEN THE COMPUTER LOOKS AT THAT OR A

17:32  4  HUMAN READS IT, IT'S NEVER GOING TO BE HIGHER THAN THOSE; IT

17:32  5  WOULD ALWAYS BE LOWER.  SO WHEN YOU SMOOTH IT -- BECAUSE YOU

17:32  6  HAVE POINT CLOUDS ABOVE AND POINT CLOUDS BELOW AND A FEW IN

17:32  7  BETWEEN -- WHEN IT AVERAGES AND MAKES THE SMOOTH IMAGE, THE

17:32  8  DARKER IMAGES, IT'S GOING TO MAKE IT LOWER; CORRECT?

17:32  9  **A.**  GENERALLY, SIR, BUT YOU'RE USING SOME WORDS, AND I DON'T

17:32  10  KNOW THAT I SAID "ALWAYS."  I CAN'T RIGHT NOW THINK OF A

17:32  11  SITUATION OFFHAND WHERE IT WOULD AVERAGE UP, BUT I'M NOT SURE

17:32  12  THAT I SAID "ALWAYS."

17:32  13  **Q.**  LET'S MAKE SURE WE'RE ON THE SAME PAGE HERE.  YOU'RE

17:32  14  SAYING THAT WITH ALL THESE RAW DATA POINTS, THESE LITTLE TENNIS

17:32  15  BALLS FLOATING ABOVE THE WALL, THAT'S THE LIDAR IMAGES THAT ARE

17:32  16  THE HIGHEST FROM THE FLYBY, SO TO SPEAK?

17:32  17  **A.**  WELL, SIR, THEY ARE NOT FLOATING ABOVE THE WALL.

17:32  18  **Q.**  WELL, DEPICTED ABOVE THE WALL.

17:32  19  **A.**  THEY ARE THE TOP OF THE WALL.

17:33  20  **Q.**  THANK YOU.  YOU WOULD NEVER FIND A SITUATION WHERE THE

17:33  21  ACTUAL ELEVATION, REAL-WORLD, REALITY ELEVATION FOR THAT WALL

17:33  22  WOULD BE HIGHER THAN ALL THOSE POINT CLOUD DOTS?

17:33  23  **A.**  I WOULD NOT SAY THAT.  THERE MAY BE A SITUATION WHERE

17:33  24  THERE'S A CHANGE IN MATERIAL THAT MAY CAUSE AN ERROR THAT I

17:33  25  HAVEN'T CONTEMPLATED RIGHT NOW, SO I'M NOT GOING TO SAY

17:33   1   "ALWAYS."

17:33   2   **Q.**   JUST FOR ORIENTATION PURPOSE -- IF WE COULD BACK OFF

17:33   3   BECAUSE I KNOW WE ZOOMED IN.  FOR THIS PARTICULAR ONE, WE

17:33   4   TURNED AROUND.  WE'RE LOOKING FROM THE MRGO TOWARD THE LEVEE.

17:33   5   TO THE EAST OF BAYOU BIENVENUE WOULD BE HERE.  WE'RE LOOKING AT

17:33   6   IT FROM THE MRGO END AS OPPOSED TO LOOKING AT THE SHEET PILE

17:33   7   END.  A MINUTE AGO WE WERE LOOKING AT IT FROM THE CENTRAL

17:33   8   WETLANDS UNIT.

17:33   9   **A.**   SIR, CAN YOU ZOOM BACK IN ON THAT IMAGE FOR A MINUTE, THE

17:33   10   ZOOM THAT YOU HAD JUST A SECOND AGO.  THANK YOU.

17:33   11          I WOULD JUST LIKE TO POINT OUT THAT WHEN YOU USE THE

17:33   12   GRID DATA, THE HUMAN WOULD DO SOME INTERPRETATION AND THEY

17:34   13   WOULD ASSIGN AN ELEVATION RIGHT ALONG HERE, RIGHT ALONG THESE

17:34   14   PEAKS.  WHEREAS IF YOU USED THE POINT CLOUD DATA YOU WOULD COME

17:34   15   IN -- WHICH IS NEARER TO THE TRUTH -- YOU WOULD COME IN AND YOU

17:34   16   WOULD PICK AN ELEVATION THAT'S RIGHT ALONG THOSE POINTS.

17:34   17   **Q.**   SO YOU AND I AGREE, IT WOULD BE LOWER AS OPPOSED TO

17:34   18   HIGHER?

17:34   19          **THE COURT:**  "IT" MEANING USING THE GRID?

17:34   20          **MR. STEVENS:**  YES.  THE ACTUAL WALL.

17:34   21          **THE COURT:**  I THINK THAT'S WHAT HE'S BEEN TESTIFYING.

17:34   22          IS THAT CORRECT, SIR?

17:34   23          **THE WITNESS:**  I'M SAYING THAT IF YOU USED THE GRID IN

17:34   24   THIS PARTICULAR CASE WITH THIS PARTICULAR IMAGE, YOU WOULD TEND

17:34   25   TO REDUCE THE HEIGHT OF THE FLOOD WALL.

17:34  1  **BY MR. STEVENS:**

17:34  2  **Q.**   IN THIS CASE LET ME ASK YOU TO ASSUME THAT BOTH SETS OF

17:34  3  EXPERTS AGREE THAT THE REALITY WAS THAT THE SHEET PILE WALL ON

17:34  4  THE SOUTHEAST SIDE OF BAYOU BIENVENUE WAS ELEVATION 16.5 FEET

17:34  5  PRE-KATRINA.

17:34  6  **A.**   I WILL MAKE THAT ASSUMPTION.

17:35  7  **Q.**   THANK YOU VERY MUCH.  1810.22, PLEASE, AND I'LL MAKE ONE

17:35  8  MORE POINT ABOUT THIS.

17:35  9       NOW, FOR THE EARTHEN LEVEE -- AND, AGAIN, THE MRGO IS

17:35  10  THIS WAY.  BAYOU BIENVENUE IS THIS WAY.  SO WE'RE LOOKING AT IT

17:35  11  FROM THE CENTRAL WETLANDS UNIT OUT, AND WE'RE LOOKING AT THE

17:35  12  EARTHEN LEVEE ITSELF.  YOU WOULD AGREE THAT FOR THE 1-FOOT GRID

17:35  13  WITH RAW DATA POINTS, THE 1-FOOT GRID IS THERE -- THE PINK,

17:35  14  SMOOTH SURFACE OF THE LEVEE -- AND THEN THE RAW DATA POINTS ARE

17:35  15  THE TENNIS BALLS.  YOU WOULD AGREE THAT IN THAT SITUATION, FOR

17:35  16  THE SURFACE OF A LEVEE CREST, OPEN GROUND, THE TWO SETS, RAW

17:35  17  DATA VERSUS 1-FOOT GRID, BASICALLY SIT ON TOP OF EACH OTHER?

17:35  18  **A.**   SIR, YOU WOULD EXPECT THAT TO BE TRUE, SO I WOULD AGREE

17:35  19  WITH YOU.  HOWEVER, WHEN THE GRIDING PROCESS OCCURRED FOR THE

17:35  20  POST-KATRINA LIDAR DATA, A BIAS WAS INTRODUCED MATHEMATICALLY,

17:35  21  AND THAT BIAS WAS, SAY, A HALF A FOOT.

17:36  22  **Q.**   THIS IS A PRE-KATRINA LIDAR DATA.

17:36  23  **A.**   OKAY.

17:36  24  **Q.**   NOW, LET ME ASK YOU THIS QUICKLY.  WITH REGARD TO THE

17:36  25  STATEWIDE MAPPING PROJECT -- A NEW TOPIC:  STATEWIDE MAPPING

17:36   1   PROJECT.  I'M NOT GOING TO DWELL ON IT, BUT THE STATEWIDE

17:36   2   MAPPING PROJECT IS FOR LARGE REGIONS AND IT'S DONE WITH A

17:36   3   15-FOOT GRID; CORRECT?

17:36   4   **A.**   THAT'S CORRECT.

17:36   5   **Q.**   NOW, YOU GAVE A NICE DISCUSSION -- PAGE 40, CHART 17 OF

17:36   6   YOUR REPORT -- ABOUT THE LEVEE TOE, ETC., AND HOW THERE WERE

17:36   7   DIFFERENCES.  THAT 15-FOOT GRID, IS IT YOUR UNDERSTANDING THAT

17:36   8   IT WAS USED TO MAP ANY LEVEE CRESTS WHATSOEVER IN THIS CASE?

17:36   9   **A.**   IT'S MY UNDERSTANDING THAT THE LEVEE CRESTS PRINCIPALLY

17:36   10   CAME FROM THE LEVEE SURVEYS THEMSELVES.

17:36   11   **Q.**   RIGHT.  WHICH WAS A 1-FOOT OR 2-FOOT GRID; RIGHT?

17:37   12   **A.**   POINT CLOUD DATA IS PRINCIPALLY WHAT WAS USED.

17:37   13   **Q.**   NOT 15-FOOT GRID, NOT THE STATEWIDE SURVEY?

17:37   14   **A.**   THAT'S CORRECT.

17:37   15   **Q.**   IN FACT, THE STATEWIDE SURVEY WAS USED TO MAP THE WHOLE 76

17:37   16   OR 80 SQUARE MILES OF THIS CENTRAL WETLANDS UNIT IN NEW ORLEANS

17:37   17   EAST AND THE REGION; CORRECT?

17:37   18   **A.**   THAT'S CORRECT.

17:37   19   **Q.**   WHAT WE'RE LOOKING AT HERE IS THE LEVEE CRESTS THEMSELVES,

17:37   20   WHICH IS A VERY, VERY SMALL PERCENTAGE OF THE ENTIRE AREA;

17:37   21   CORRECT?

17:37   22   **A.**   WELL, SIR, I WAS ASKED TO LOOK AT ALL OF THE DATA SOURCES

17:37   23   AND ASSESS THE ACCURACY OF ALL THE DATA SOURCES BECAUSE THE

17:37   24   DATA SOURCES WERE USED FOR DIFFERENT PURPOSES.

17:37   25   **Q.**   I UNDERSTAND THAT.  YOU HAVE YOUR OPINIONS ABOUT THE

3949

| | | |
|---|---|---|
| 17:37 | 1 | ACCURACY OF THE DIFFERENT SET OF DATA, BUT THIS SET OF DATA, |
| 17:37 | 2 | THE STATEWIDE MAPPING DATA, APPLIES TO LEVEE CRESTS.  NOT A |
| 17:37 | 3 | SINGLE LEVEE CREST WAS MAPPED USING STATEWIDE DATA? |
| 17:37 | 4 | A.   I DIDN'T ACTUALLY PICK THE LEVEE CRESTS FOR THE STUDY.  IT |
| 17:37 | 5 | WAS THE EBERSOLE/FITZGERALD CHART YOU SHOWED.  SO I CANNOT |
| 17:37 | 6 | ATTEST IT WAS NEVER USED. |
| 17:37 | 7 | Q.   IS IT A FACT, SIR, THAT THE PLAINTIFFS' EXPERTS IN THIS |
| 17:38 | 8 | CASE DID NOT USE THE STATEWIDE MAPPING DATA FOR ANY OF THEIR |
| 17:38 | 9 | LEVEE CREST ELEVATIONS? |
| 17:38 | 10 | A.   WHAT I READ IN THE REPORT WAS THAT WHAT WAS USED WAS THE |
| 17:38 | 11 | 1-FOOT GRIDDED DATA. |
| 17:38 | 12 | Q.   SO THE ANSWER TO MY QUESTION IS:  YES, THAT IS CORRECT? |
| 17:38 | 13 | A.   BASED ON WHAT I READ IN THE PLAINTIFFS' REPORTS, YES, SIR. |
| 17:38 | 14 | Q.   NOW, COULD I HAVE JX-0466, PLEASE, AT PAGE 109, WHICH IS |
| 17:38 | 15 | TABLE 3-4. |
| 17:38 | 16 | NOW, WE TALKED ABOUT THE DESIGN ELEVATIONS A MINUTE |
| 17:38 | 17 | AGO BEING BASED ON -- YOU SEE THE ONE THAT SAYS CHALMETTE LOOP, |
| 17:38 | 18 | CHALMETTE EXTENSION?  YOU TALKED ABOUT THE DESIGN DATUM.  DO |
| 17:38 | 19 | YOU REMEMBER THAT? |
| 17:38 | 20 | A.   I DO REMEMBER TALKING ABOUT THIS. |
| 17:38 | 21 | Q.   WHAT DID YOU SAY THAT DATUM WAS, NAGVD29? |
| 17:38 | 22 | A.   I SAID IT WAS MEAN SEA LEVEL, WHICH IS ALSO REFERRED TO AS |
| 17:38 | 23 | NGVD29. |
| 16:06 | 24 | Q.   SO YOU AGREE IT IS MEAN SEA LEVEL.  THE DESIGN DATUM FOR |
| 17:39 | 25 | THE LEVEES AT THE CHALMETTE LOOP AND THE CHALMETTE EXTENSION IS |

FINAL DAILY COPY

17:39  1  MEAN SEA LEVEL; RIGHT?

17:39  2  **A.**  WELL, SIR, YOU'RE SHOWING ME THIS CHART.  I'VE NEVER SEEN

17:39  3  THIS BEFORE, SO I CAN'T COMPLETELY AGREE WITH YOU SIMPLY

17:39  4  BECAUSE I HAVEN'T HAD THE CHANCE TO ABSORB THIS.

17:39  5  **Q.**  LET ME ASK YOU TO ASSUME THAT THIS CHART IS THE FINAL

17:39  6  DESIGN ELEVATIONS FOR THE LPV STRUCTURES BY PROJECT REACH AND

17:39  7  THIS SAYS "MEAN SEA LEVEL," RIGHT, NOT NGVD29?

17:39  8  **A.**  IF YOU WOULD HOLD UP FOR JUST A SECOND, SIR.

17:39  9  **Q.**  SURE.

17:39  10  **A.**  WELL, I'LL READ THE NOTE AT THE BOTTOM OF THIS TABLE.  THE

17:39  11  NOTE AT THE BOTTOM OF THIS TABLE SAYS:

17:39  12        "EARLY PROJECT DM'S CITED MEAN SEA LEVEL AS THE

17:39  13  REFERENCE POINT FOR DESIGNS WHILE LATER DM'S CITED THE NGVD

17:39  14  DATUM AS THE REFERENCE POINT.  THESE TWO REFERENCE POINTS WERE

17:39  15  APPARENTLY ASSUMED TO BE EQUIVALENT BY PROJECT ENGINEERS."

17:40  16  **Q.**  LET ME ASK YOU THIS, BACK TO THE STATEWIDE PROJECT FOR A

17:40  17  SECOND.

17:40  18  **A.**  YES, SIR.

17:40  19  **Q.**  YOU WOULD AGREE THAT THE ASPRS, AMERICAN SOCIETY OF

17:40  20  PHOTOGRAMMETRY AND REMOTE SENSING, CALLS FOR ACTUAL GROUND

17:40  21  SURVEY DATA POINTS TO BE UTILIZED IN THE ANALYSIS OF THE

17:40  22  ACCURACY OF LIDAR DATA SETS; CORRECT?

17:40  23  **A.**  WELL, SIR, IT MAKES A DESCRIPTION --

17:40  24        **THE COURT:**  WAIT.  YOU NEED TO SAY "YES" OR "NO."

17:40  25        **THE WITNESS:**  I'M SORRY, YOUR HONOR.

FINAL DAILY COPY

| | | |
|---|---|---|
| 17:40 | 1 | **BY MR. STEVENS:** |
| 17:40 | 2 | **Q.**   "YES" OR "NO"? |
| 17:40 | 3 | **A.**   NO, SIR. |
| 17:40 | 4 | **Q.**   CAN I SEE -- |
| 17:40 | 5 | **THE COURT:**  HE CAN EXPLAIN WHY. |
| 17:40 | 6 | **THE WITNESS:**  THERE ARE A LOT OF WORDS ON GROUND |
| 17:40 | 7 | CHECK SURVEY POINTS, AND YOU WOULD IMPLY FROM READING IT.  BUT |
| 17:40 | 8 | IF YOU GO INTO THE TABLES OF REFERENCE, WHAT IT SAYS IS THAT |
| 17:40 | 9 | THE CHECK SURVEY -- IT DOESN'T SAY "GROUND CHECK SURVEY."  IT |
| 17:40 | 10 | SAYS THE CHECK SURVEY SHOULD BE OF A HIGHER ORDER OF ACCURACY. |
| 17:40 | 11 | FOR THE STATEWIDE MAPPING PROJECT, FOR ITS |
| 17:40 | 12 | INTENDED PURPOSES, THE GROUND CHECK SURVEY SHOULD HAVE AN |
| 17:40 | 13 | ACCURACY OF ONE-HALF FOOT.  THE LEVEE SURVEYS HAD AN ACCURACY |
| 17:41 | 14 | OF LESS THAN ONE-HALF FOOT; THEREFORE, THEY WOULD SERVE AS |
| 17:41 | 15 | CHECK SURVEYS. |
| 17:59 | 16 | **BY MR. STEVENS:** |
| 17:41 | 17 | **Q.**  YOUR REPORT STATES, "I WAS NOT ABLE TO LOCATE |
| 17:41 | 18 | INDEPENDENTLY SURVEYED AND DEFENSIBLE CHECKPOINTS AS |
| 17:41 | 19 | RECOMMENDED BY ASPRS GUIDELINES," DOESN'T IT, SIR? |
| 17:41 | 20 | **MR. BAEZA:**  COULD WE GET A PAGE NUMBER? |
| 17:41 | 21 | **MR. STEVENS:**  PAGE 25. |
| 17:41 | 22 | **THE COURT:**  WHY DON'T YOU PUT IT ON THE ELMO. |
| 17:41 | 23 | **MR. STEVENS:**  HIS REPORT IS JX-0209; IS THAT RIGHT? |
| 17:41 | 24 | IT'S 0124.  THAT'S THE DEPO.  0209, PAGE 25. |
| 17:41 | 25 | **THE COURT:**  IT'S UP. |

FINAL DAILY COPY

17:41  1  **BY MR. STEVENS:**

17:41  2  **Q.**   ACTUALLY, THE PARAGRAPH BEFORE THAT, IT SAYS:

17:41  3          "I WAS NOT ABLE TO LOCATE INDEPENDENTLY SURVEYED AND

17:41  4  DEFENSIBLE CHECKPOINTS AS RECOMMENDED BY ASPRS GUIDELINES.

17:41  5  FURTHER, I DID NOT FIND ANY CONCLUSIVE DATA TO DETERMINE WHICH

17:42  6  PROJECT IS MORE ACCURATE THAN THE OTHER."

17:42  7  **A.**   IN THIS PARTICULAR PARAGRAPH, SIR, I'M TALKING ABOUT THE

17:42  8  CHECK SURVEY DATA FOR THE LIDAR LEVEE SURVEYS.

17:42  9  **Q.**   LET ME ASK YOU, SIR:   IN THIS CASE, ARE YOU AWARE THAT THE

17:42  10  PLAINTIFFS' EXPERT, MR. MORRIS, PERSONALLY SURVEYED 11,000 DATA

17:42  11  POINTS?

17:42  12  **A.**   THAT INFORMATION WAS NOT IN ANY OF HIS REPORTS OR ANY

17:42  13  OTHER INFORMATION I SAW.

17:42  14  **Q.**   HOW MANY DID YOU PERSONALLY SURVEY, SIR?

17:42  15  **A.**   NO, SIR, I WAS NOT AWARE THAT HE PROVIDED ANY.

17:42  16  **Q.**   YOU DID ZERO?

17:42  17  **A.**   THAT'S CORRECT.

17:42  18  **Q.**   NEW TOPIC.  LET'S WRAP UP.  AS IT APPLIES TO THIS CASE,

17:42  19  YOU AGREE THAT EVEN THE DEFENDANTS USED EMPIRICAL OBSERVATIONS

17:42  20  FOR TOP-OF-STRUCTURE ELEVATIONS; THAT IS, THEY WENT OUT AND

17:43  21  OBSERVED IT AND MADE OBSERVATIONS TO COME UP WITH THE 16.5-FOOT

17:43  22  ELEVATION WE TALKED ABOUT EARLIER.  CORRECT?

17:43  23  **A.**   THEY USED ALL OF THE LIDAR DATA.

17:43  24  **Q.**   RIGHT.  DID THEY ALSO --

17:43  25  **A.**   THEY ALSO MENTIONED EMPIRICAL OBSERVATIONS TO VERIFY THAT

FINAL DAILY COPY

17:43    1    THE LIDAR WAS WHAT THEY BELIEVED WAS CORRECT.

17:43    2    **Q.**    IN ENGLISH, THAT MEANS THAT THEY SENT HUMANS OUT THERE TO

17:43    3    LOOK AT IT, CONFIRM IT, AND FIGURE OUT WHAT REALITY REALLY WAS?

17:43    4    **A.**    THEY DID DO SOME OF THAT.

17:43    5    **Q.**    NOW, WE KNOW THAT TEAM USA EXERCISED AN EXCEPTIONAL DEGREE

17:43    6    OF METICULARITY -- THAT MAY NOT BE A WORD FOR YOU, BUT IT'S IN

17:43    7    THE COURT REPORTER'S DICTIONARY NOW.  THEY USED AN EXCEPTIONAL

17:43    8    DEGREE OF METICULARITY IN DETERMINING LEVEE CREST ELEVATIONS;

17:43    9    RIGHT?

17:43    10   **A.**    YES, SIR.

17:43    11   **Q.**    MR. EBERSOLE AND MR. FITZGERALD DETERMINED THESE HEIGHTS.

17:43    12   SO IN THE CONTEXT OF THIS CASE, WHICH IS AN IMPORTANT ISSUE IN

17:43    13   THIS CASE, THERE'S NO REAL DISPUTE ABOUT THE LIDAR'S ABILITY TO

17:44    14   ACCURATELY MAP LEVEE CRESTS, OPEN GROUND; RIGHT?

17:44    15   **A.**    YES, SIR.

17:44    16   **Q.**    SINCE THEY'RE MUCH WIDER THAN THE 1-FOOT GRID, IF THERE'S

17:44    17   ANY IMPRECISION AT ALL, IT'S WITH REGARD TO AREAS WHERE THERE

17:44    18   WAS SHEET PILE OR CONCRETE WALL ELEVATIONS; THAT'S WHERE THERE

17:44    19   WAS ANY IMPRECISION, IF THERE'S ANY?

17:44    20   **A.**    THERE'S ALSO A BIAS IN THE GRIDING OF THE POST-KATRINA

17:44    21   SURVEY.

17:44    22   **Q.**    WELL, LET ME ASK YOU THIS, SIR:  IN CONNECTION WITH THIS

17:44    23   CASE, DO YOU HAVE AN UNDERSTANDING ABOUT HOW MANY LINEAR FEET

17:44    24   OF BREACHING WAS RELATED TO SECTIONS THAT HAD SHEET PILE OR

17:44    25   CONCRETE WALLS?

17:44 | 1 | **A.**   I DID NOT COMPUTE THAT OR SPECIFICALLY EXAMINE THAT.

17:44 | 2 | **Q.**   WELL, LET ME ASK YOU TO ASSUME, SIR, THAT IN TOTAL THERE

17:44 | 3 | WERE 27,500 LINEAR FEET OF BREACHES, OUT OF WHICH 600 FEET WERE

17:44 | 4 | BREACHES NEAR OR ADJACENT TO CONCRETE WALLS OR SHEET PILE

17:44 | 5 | STRUCTURES.

17:45 | 6 | **A.**   OKAY.

17:45 | 7 | **Q.**   NOW, THAT WOULD BE ABOUT 2 PERCENT OF ALL THE BREACHES HAD

17:45 | 8 | THIS ISSUE ABOUT THE ACCURACY OF THE LIDAR DATA.  DO YOU AGREE

17:45 | 9 | WITH THAT?

17:45 | 10 | **A.**   IF YOU USED THE POST-KATRINA GRIDDED DATA, YOU IMPOSED A

17:45 | 11 | BIAS WHICH IS LOWER THAN REALITY INTO YOUR DATA.

17:45 | 12 | **Q.**   I UNDERSTAND.  I'M TALKING ABOUT LINEAR FEET OF BREACHES.

17:45 | 13 | **A.**   I BELIEVE THAT BIAS WAS INDUCED BY SOME OF THE PLAINTIFFS'

17:45 | 14 | EXPERTS.

17:45 | 15 |         **MR. STEVENS:**  OBJECTION, YOUR HONOR.  I'M OBJECTING

17:45 | 16 | TO THE LACK OF RESPONSIVENESS.

17:45 | 17 |         **THE COURT:**  WOULD YOU REPEAT YOUR, QUESTION.

17:45 | 18 | **BY MR. STEVENS:**

17:45 | 19 | **Q.**   IN TERMS OF LINEAR FEET OF BREACHING ALONG THE MRGO LEVEE,

17:45 | 20 | THAT THERE WERE 27,500 FEET OF BREACHES, AND ONLY 600 FEET

17:45 | 21 | INVOLVED IN ANY WAY SMALL STRUCTURES LIKE SHEET PILE OR

17:45 | 22 | CONCRETE.  THAT WOULD ONLY ACCOUNT FOR 2 PERCENT OF ALL THE

17:45 | 23 | BREACHES.  THEREFORE, 98 PERCENT OF THE BREACHES WHICH CAUSED

17:46 | 24 | THE FLOODING OF THE PLAINTIFFS' HOMES AND PROPERTY IN THIS CASE

17:46 | 25 | DID NOT HAVE A PROBLEM WITH PRE-KATRINA LIDAR ELEVATIONS

| | | |
|---|---|---|
| 17:46 | 1 | BECAUSE WE JUST DEMONSTRATED THAT IT'S ACCURATE WITHIN 1 INCH, |
| 17:46 | 2 | YOUR OPINION VERSUS THE PLAINTIFFS' OPINION. |
| 17:46 | 3 | **MR. BAEZA:**  OBJECTION, YOUR HONOR. |
| 17:46 | 4 | **THE COURT:**  THAT QUESTION WAS MORE OF A SOLILOQUY |
| 17:46 | 5 | THAN A QUESTION. |
| 17:46 | 6 | **MR. BAEZA:**  I HAVE MULTIPLE OBJECTIONS, YOUR HONOR: |
| 17:46 | 7 | ONE, AN OBJECTION WITH RESPECT TO POSING MATHEMATICAL |
| 17:46 | 8 | CALCULATIONS FOR MR. DELOACH -- |
| 17:46 | 9 | **THE COURT:**  I'VE ALREADY SUSTAINED YOUR OBJECTION. |
| 17:46 | 10 | **MR. BAEZA:**  I'LL SIT DOWN. |
| 17:46 | 11 | **THE COURT:**  THE MATHEMATICAL CALCULATIONS ARE FAIRLY |
| 17:46 | 12 | PEDESTRIAN FOR A MAN OF THIS -- |
| 17:46 | 13 | **MR. STEVENS:**  WELL, I THOUGHT WE WOULD HAVE A EUREKA |
| 17:46 | 14 | MOMENT.  MAYBE THAT WAS ALMOST IT.  MY TIME IS UP, AND I |
| 17:46 | 15 | APPRECIATE YOUR PATIENCE.  BEFORE I SIT DOWN, LET ME OFFER AS |
| 17:46 | 16 | EXHIBITS FOR PLAINTIFFS:  PX-1810.19; 1810.20; 1810.21; |
| 17:47 | 17 | 1810.22. |
| 17:47 | 18 | **THE COURT:**  LET THEM BE ADMITTED SUBJECT TO THE |
| 17:47 | 19 | OBJECTION PREVIOUSLY URGED. |
| 17:47 | 20 | **MR. BAEZA:**  WE HAVE NO REDIRECT, YOUR HONOR. |
| 17:47 | 21 | **THE COURT:**  THANK YOU, COUNSEL. |
| 17:47 | 22 | SIR, YOU MAY STEP DOWN.  THANKS YOU VERY MUCH. |
| 17:47 | 23 | **MR. LEVINE:**  YOUR HONOR, PAUL LEVINE FOR TEAM USA. |
| 17:47 | 24 | **THE COURT:**  THAT DOES SOUND GOOD.  I DON'T KNOW WHY |
| 17:47 | 25 | THEY'VE GIVEN YOU THIS NAME, BUT IT MAKES ME WANT TO PULL FOR |

17:47  1  YOU, I HAVE TO SAY.  I'M TRYING TO BE FAIR HERE, BUT GO AHEAD.

17:47  2  **MR. LEVINE:**  A FEW HOUSEKEEPING MATTERS AT THE END OF

17:47  3  THE DAY.  FIRST, YESTERDAY, YOU LET ME EXAMINE A DOCUMENT AFTER

17:48  4  COURT TO SEE IF I WANTED TO OBJECT.

17:48  5  **THE COURT:**  YES.

17:48  6  **MR. LEVINE:**  IT IS PX-2175, AND WE HAVE NO OBJECTION

17:48  7  TO THAT EXHIBIT.

17:48  8  **THE COURT:**  THANK YOU, COUNSEL.  I'M GLAD YOU DON'T

17:48  9  BECAUSE I DON'T REMEMBER IT.  I APPRECIATE IT.

17:48  10  **MR. LEVINE:**  A FEW OTHER DOCUMENTS THAT WE WOULD LIKE

17:48  11  TO PUBLISH TO THE COURT AT THIS TIME.

17:48  12  **THE COURT:**  ALL RIGHT.

17:48  13  **MR. LEVINE:**  THESE ARE SEVERAL RESOLUTIONS PASSED BY

17:48  14  VARIOUS GOVERNMENT ENTITIES AND PUBLIC-INTEREST GROUPS.  THESE

17:48  15  RESOLUTIONS ARE SIMILAR TO THE RESOLUTIONS PASSED BY

17:48  16  ST. BERNARD PARISH THAT WERE DISCUSSED DURING THE

17:48  17  CROSS-EXAMINATION OF JUNIOR RODRIGUEZ.  THEY CONTAIN STATEMENTS

17:48  18  DESCRIBING THE ALLEGED PROBLEMS CAUSED BY THE MRGO, INCLUDING

17:48  19  EROSION, SALINITY INTRUSION, AND DESTRUCTION OF WETLANDS.  UPON

17:48  20  PASSAGE, THEY WERE SENT TO MEMBERS OF CONGRESS.  WE OFFER THEM

17:48  21  IN SUPPORT OF OUR DISCRETIONARY FUNCTION DEFENSE AND ALSO TO

17:48  22  ESTABLISH THAT CONGRESS WAS AWARE OF THE ALLEGED PROBLEMS

17:48  23  CAUSED BY THE MRGO.  THE FOLLOWING EXHIBITS FALL INTO THIS

17:48  24  CATEGORY OF DOCUMENTS:

17:48  25  JX-24, A RESOLUTION PASSED BY THE ST. BERNARD

| | | |
|---|---|---|
| 17:49 | 1 | PORT HARBOR AND TERMINAL DISTRICT IN 1999; JX-0406, A |
| 17:49 | 2 | RESOLUTION PASSED BY THE LAKE BORGNE LEVEE DISTRICT IN 1999; |
| 17:49 | 3 | DX-0601, A RESOLUTION PASSED BY THE LEGISLATURE OF LOUISIANA IN |
| 17:49 | 4 | 1992; DX-0603, A RESOLUTION PASSED BY THE LEGISLATURE OF |
| 17:49 | 5 | LOUISIANA IN 1999; DX-0607, A RESOLUTION PASSED BY THE |
| 17:49 | 6 | LEGISLATURE OF LOUISIANA IN 2004; DX-0781, A RESOLUTION PASSED |
| 17:49 | 7 | BY THE LAFOURCHE PARISH COUNCIL IN 1994; DX-0783, A RESOLUTION |
| 17:49 | 8 | PASSED BY THE LOUISIANA WILDLIFE FEDERATION, INC. IN 1998; AND |
| 17:49 | 9 | DX-1271, A RESOLUTION PASSED BY THE CITY OF NEW ORLEANS IN |
| 17:49 | 10 | 2003. |
| 17:50 | 11 | THIS LAST RESOLUTION WAS FOCUSED NOT SO MUCH ON |
| 17:50 | 12 | THE ALLEGED PROBLEMS ASSOCIATED WITH THE MRGO BUT ON CONGRESS' |
| 17:50 | 13 | INADEQUATE FUNDING OF THE LPV PROJECT. |
| 17:50 | 14 | **MR. ROY:**  NO OBJECTION, YOUR HONOR. |
| 17:50 | 15 | **THE COURT:**  LET THEM BE ADMITTED. |
| 17:50 | 16 | **MR. LEVINE:**  ALSO, IN SUPPORT OF UNITED STATES' |
| 17:50 | 17 | ARGUMENT REGARDING THE DISCRETIONARY FUNCTION EXCEPTION, THE |
| 17:50 | 18 | FOLLOWING EXHIBITS ARE LETTERS SHOWING KNOWLEDGE BY CONGRESS OF |
| 17:50 | 19 | THE ISSUES ABOUT WHICH PLAINTIFFS COMPLAIN.  IT IS DX-0869. |
| 17:50 | 20 | THIS IS A MARCH 28, 1977 LETTER FROM U.S. REPRESENTATIVE LINDY |
| 17:50 | 21 | BOGGS TO COLONEL RUSH, NEW ORLEANS DISTRICT ENGINEER, REGARDING |
| 17:50 | 22 | AN UPCOMING PUBLIC HEARING ON THE MRGO.  IN THIS LETTER |
| 17:50 | 23 | CONGRESSWOMAN BOGGS EMPHASIZES THOROUGH STUDY AND REVIEW OF |
| 17:50 | 24 | WATER RESOURCES PROJECTS BY CONGRESS PRIOR TO THE INITIAL |
| 17:50 | 25 | AUTHORIZATION AND THAT THEY ARE FURTHER SCRUTINIZED EACH YEAR |

| 17:50 | 1  | DURING CONSIDERATION OF THE BUDGET.  THE LETTER FURTHER |
| 17:50 | 2  | EMPHASIZES THE NEED TO BALANCE ECONOMIC GROWTH AND PRESERVATION |
| 17:50 | 3  | OF THE ENVIRONMENT. |
| 17:50 | 4  | DX-1610, THIS IS A SEPTEMBER 18, 1979 LETTER |
| 17:51 | 5  | FROM SENATOR RUSSELL LONG TO COLONEL SANDS ENCLOSING |
| 17:51 | 6  | CORRESPONDENCE RECEIVED FROM THE ST. BERNARD PARISH PLANNING |
| 17:51 | 7  | COMMISSION CONCERNING EROSION PROBLEMS ALONG THE BANKS OF THE |
| 17:51 | 8  | MRGO. |
| 17:51 | 9  | DX-1607, AN APRIL 17, 1980 LETTER FROM |
| 17:51 | 10 | REPRESENTATIVE ROBERT LIVINGSTON TO COLONEL SANDS NOTING |
| 17:51 | 11 | RECEIPT OF A LETTER FROM THE ST. BERNARD PARISH PLANNING |
| 17:51 | 12 | COMMISSION REGARDING EROSION ALONG THE MRGO.  THE LETTER |
| 17:51 | 13 | ENCOURAGES THE NEW ORLEANS DISTRICT TO SEEK ASSISTANCE FROM THE |
| 17:51 | 14 | WATERWAYS EXPERIMENT STATION TO ADDRESS A PROBLEM. |
| 17:51 | 15 | DX-0821, A JUNE 17, 1985 LETTER TO COLONEL |
| 17:51 | 16 | WITHERSPOON, A NEW ORLEANS DISTRICT ENGINEER.  THIS LETTERS |
| 17:51 | 17 | SHOWS KNOWLEDGE OF DAMAGE TO WETLANDS IN ST. BERNARD PARISH |
| 17:51 | 18 | CAUSED BY THE MRGO AND ASKS WHAT CAN BE DONE TO PREVENT FURTHER |
| 17:51 | 19 | EROSION. |
| 17:51 | 20 | DX-1639, THIS JUNE 1, 1993 LETTER TO U.S. |
| 17:52 | 21 | SENATOR BREAUX RESPONDS TO A LETTER FROM SENATOR BREAUX ON |
| 17:52 | 22 | BEHALF OF THE LAKE PONTCHARTRAIN BASIN FOUNDATION CONCERNING |
| 17:52 | 23 | ENVIRONMENTAL DAMAGES AND POSSIBLE STORM DAMAGES FROM THE MRGO. |
| 17:52 | 24 | THE LETTER EXPLAINS TO SENATOR BREAUX THAT |
| 17:52 | 25 | FORESHORE PROTECTION HAS BEEN CONSTRUCTED ON THE SOUTH BANK OF |

17:52   1   THE MRGO, PROVIDES STATISTICS FOR DEEP DRAFT TRAFFIC AND JOBS

17:52   2   GENERATED BY THE CHANNEL.  THE LETTER EXPLAINS CURRENT MEASURES

17:52   3   BEING IMPLEMENTED TO ADDRESS BANK EROSION AND SALINITY, WHICH

17:52   4   ARE DESCRIBED AS THE TWO MAJOR ENVIRONMENTAL IMPACTS CAUSED BY

17:52   5   THE CHANNEL.

17:52   6           THE LETTER FURTHER EXPLAINS THAT A DIVERSION AT

17:52   7   BONNET CARRÉ HAS BEEN AUTHORIZED, WHICH WILL LOWER SALINITIES

17:52   8   IN THE ST. BERNARD MARSHES, AND IT EXPLAINS THE ALTERNATIVES

17:52   9   ANALYZED IN PREPARING THE OVERALL CWPPRA RESTORATION PLAN FOR

17:52   10  THE PONTCHARTRAIN BASIN, WHICH INCLUDED NAVIGABLE GATES IN THE

17:52   11  MRGO AS WELL AS THE CLOSURE OF THE MRGO.

17:52   12          DX-0866, THIS IS AN OCTOBER 12, 1994 LETTER FROM

17:52   13  COLONEL CLOUD, DISTRICT ENGINEER, RESPONDING TO SENATOR

17:53   14  BREAUX'S LETTER REGARDING ST. BERNARD PARISH GOVERNMENT

17:53   15  RESOLUTION SVPC454-08-94, WHICH REQUESTED CLOSURE OF THE MRGO

17:53   16  AND INTERIM MEASURES TO BE TAKEN UNTIL A CLOSURE OCCURS.  AMONG

17:53   17  OTHER THINGS, THE LETTER DESCRIBES THE MRGO BANK EROSION

17:53   18  RECONNAISSANCE REPORT OF JANUARY 1994, ITS RECOMMENDATION TO

17:53   19  PROCEED WITH FEASIBILITY STUDIES TO DETERMINE THE ADVISABILITY

17:53   20  OF CONSTRUCTING ENVIRONMENTAL RESTORATION MEASURES INCLUDING

17:53   21  BANK PROTECTION ALONG THE MRGO AND THE LACK OF A NONFEDERAL

17:53   22  SPONSOR TO COST SHARE THE FEASIBILITY STUDY.

17:53   23          DX-0897 AND DX-0898, THESE ARE SIMILAR LETTERS

17:53   24  FROM JANUARY AND FEBRUARY 1999 FROM COLONEL CONNER, DISTRICT

17:53   25  ENGINEER, TO SENATOR BREAUX RESPONDING TO SENATOR BREAUX'S

3960

17:53    1    INQUIRIES REGARDING ENVIRONMENTAL IMPACTS OF THE CHANNEL AND

17:53    2    SUGGESTED CLOSURE OF THE MRGO.  THE LETTER ACKNOWLEDGES THE

17:54    3    IMPACT TO ST. BERNARD PARISH FROM SALTWATER INTRUSION AND BANK

17:54    4    EROSION AND IDENTIFIES MEASURES TAKEN BY THE CORPS IN ORDER TO

17:54    5    REDUCE LAND LOSS ALONG THE CHANNEL.

17:54    6                    DX-1605, THIS IS A NOVEMBER 1, 2002 LETTER FROM

17:54    7    COLONEL ROWEN, DISTRICT ENGINEER, RESPONDING TO A LETTER FROM

17:54    8    SENATOR BREAUX EXPLAINING THAT THE NEW ORLEANS DISTRICT WAS

17:54    9    CONDUCTING A REEVALUATION STUDY OF THE MRGO WHICH WOULD INCLUDE

17:54    10   INVESTIGATION OF CLOSURE OF THE CHANNEL, ECOSYSTEM RESTORATION,

17:54    11   NAVIGATION, HURRICANE STORM, AND SALTWATER INTRUSION ASSOCIATED

17:54    12   WITH THE PROJECT.

17:54    13                    THE FOLLOWING EXHIBITS SIMILARLY SHOW AWARENESS

17:54    14   OF CONGRESS BY ENVIRONMENTAL IMPACTS ASSOCIATED WITH THE

17:54    15   CHANNEL.  THAT WOULD BE:  DX-1604; DX-1603; DX-1602; DX-1609;

17:54    16   DX-1606; DX-1640; DX-1638; DX-1608; AND DX-0881.

17:54    17                **THE COURT:**  THANK YOU.

17:55    18                **MR. ROY:**  YOUR HONOR, MAY I GIVE YOU A CAVEAT BEFORE

17:55    19   I TELL YOU WHETHER WE OBJECT OR NOT?

17:55    20                **THE COURT:**  YES.

17:55    21                **MR. ROY:**  WE DO OBJECT TO THE CHARACTERIZATION, AS

17:55    22   YOU MIGHT SURMISE.  IN FACT, OUR POSITION, AS I BELIEVE THE

17:55    23   COURT'S AWARE, IS THAT TO THE CONGRESS THE CORPS IS LIKE THE

17:55    24   EXPERT DOCTOR.  MANY PEOPLE WERE SAYING TO THE PATIENT THE MRGO

17:55    25   HAS SOME SYMPTOMS THAT ARE PROBLEMS, AND CONGRESS KEPT SAYING

17:55    1    TO THE DOCTOR, "TELL US HOW TO FIX IT AND IF THERE'S A
17:55    2    PROBLEM."  SO WE HAVE DIFFERENT CHARACTERIZATIONS.  I HAVE NO
17:55    3    OBJECTION TO THESE GOING IN.
17:55    4            THE COURT:  THE CAVEAT IS NOTED, AND THE EVIDENCE
17:55    5    WILL BE ADMITTED INTO EVIDENCE WITH THE CAVEAT RIDING THERE ON.
17:55    6            MR. ROY:  I MIGHT ADD, YOUR HONOR, THERE ARE OTHER
17:55    7    PORTIONS OF THESE VERY SAME DOCUMENTS THAT ARE NOW IN EVIDENCE
17:55    8    WITHOUT OUR OBJECTION THAT ARE WELL WORTH READING TO PERHAPS
17:55    9    SUPPORT THE VERY PREMISE I JUST ARGUED.
17:55   10            THE COURT:  I'M SURE YOU'LL POINT THEM OUT TO ME AS
17:56   11    WE GO ALONG.
17:56   12            MR. LEVINE:  ONE FINAL POINT, YOUR HONOR.  THERE ARE
17:56   13    OTHER CONGRESSIONAL MATERIALS THAT WE WILL ALSO MOVE INTO
17:56   14    EVIDENCE WITH THE REST OF OUR EXHIBITS THAT SHOW CONGRESSIONAL
17:56   15    AWARENESS OF THE ALLEGED ISSUES WITH THE MRGO, AND WE WILL
17:56   16    DISCUSS THESE DOCUMENTS IN OUR POST-TRIAL BRIEFING.
17:56   17            THE COURT:  I APPRECIATE THAT.  THANK YOU, COUNSEL.
17:56   18                 OKAY.  WELL, IT LOOKS LIKE, BY THE OLD CLOCK ON
17:56   19    THE WALL, IT'S PROBABLY TIME TO -- IT'S BEEN QUITE A BUSY DAY,
17:56   20    I MUST SAY.  AS I UNDERSTAND IT, MR. SMITH, WE HAVE MR. WOLFF?
17:56   21            MR. SMITH:  DR. WOLFF FIRST THING IN THE MORNING.
17:56   22            THE COURT:  DR. WOLFF.  EXCUSE ME.
17:56   23            MR. SMITH:  AND THEN CROSS OF DR. WESTERINK AFTER
17:56   24    THAT.
17:56   25            THE COURT:  ALL RIGHT.  WE'RE GETTING THERE.  AT

FINAL DAILY COPY

17:56   1   LEAST AT THIS STAGE, THIS IS A LONG ODYSSEY.  THANK YOU.  HAVE

17:56   2   A NICE EVENING.

17:56   3               **THE DEPUTY CLERK:**  ALL RISE.

17:56   4               (WHEREUPON THE COURT WAS IN RECESS FOR THE EVENING.)

17:57   5                           * * *

17:57   6                     <u>**CERTIFICATE**</u>

17:57   7           I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

17:57   8   REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT

17:57   9   OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE

17:57  10   AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND

17:57  11   UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE

17:57  12   ABOVE-ENTITLED AND NUMBERED MATTER.

17:57  13

17:57  14

17:57  15                          <u>S/ TONI DOYLE TUSA</u>

17:57  16                          TONI DOYLE TUSA, CCR, FCRR
                                     OFFICIAL COURT REPORTER

17

18

19

20

21

22

23

24

25

FINAL DAILY COPY

'
'56 [1]  3882/6

.
.16 [1]  3881/7
.16 MILES [1]  3881/7
.3 [4]  3927/21 3937/3 3937/3 3937/12
.3 FEET [4]  3927/21 3937/3 3937/3 3937/12
.4 [1]  3938/4
.4 FEET [1]  3938/4
.45 [5]  3900/16 3900/17 3900/21 3902/22 3902/23
.45 FEET [5]  3900/16 3900/17 3900/21 3902/22 3902/23
.5 [1]  3881/8
.5 MILES [1]  3881/8
.7 [1]  3926/22
.7 FEET [1]  3926/22

# 0
0038000310 [1]  3855/1
0039 [1]  3923/15
0124 [1]  3951/24
0209 [5]  3906/1 3909/5 3942/23 3951/23 3951/24
04.65 [1]  3921/6
0406 [1]  3957/1
0466 [1]  3949/14
06-CV-2268-K [1]  3845/5
0601 [1]  3957/3
0603 [1]  3957/4
0607 [1]  3957/5
0781 [1]  3957/6
0783 [1]  3957/7
0821 [1]  3958/15
0866 [1]  3959/12
0869 [1]  3957/19
0881 [1]  3960/16
0897 [1]  3959/23
0898 [1]  3959/23

# 1
1 FOOT [4]  3904/25 3913/3 3923/4 3926/1
1 PERCENT [1]  3881/9
1-FOOT [29]  3853/8 3899/13 3911/12 3912/17 3914/2 3917/23 3924/23 3925/11 3925/12 3927/9 3927/18 3927/19 3929/9 3929/19 3929/20 3940/21 3942/25 3943/1 3943/4 3943/6 3944/13 3944/15 3944/25 3947/12 3947/13 3947/17 3948/11 3949/11 3953/16
1.2 FEET [1]  3922/20
1.3 FEET [3]  3903/6 3903/7 3903/9
10 [7]  3853/6 3863/3 3863/14 3863/14 3876/1 3881/2 3906/17
10 FEET [2]  3852/18 3863/3
10.5 [1]  3914/12
100 [1]  3918/22
1000 [1]  3845/16
10022 [1]  3847/4
109 [1]  3949/14
10:00 [3]  3852/14 3854/4 3856/17
10:00 AND [1]  3853/24
10:00 TO [1]  3853/25
10ISH [1]  3865/12
11 [7]  3853/6 3854/5 3864/19 3864/23 3891/17 3909/4 3910/17
11 FEET [3]  3852/18 3864/7 3865/8
11,000 [1]  3952/10
11-FOOT [3]  3854/7 3854/8 3864/21

11.5 [2]  3910/18 3928/6
11:00 [1]  3846/8
11:00 [6]  3853/16 3853/17 3853/21 3853/25 3854/8 3856/18
12 [4]  3854/6 3863/6 3928/7 3959/12
12 FEET [5]  3863/2 3863/3 3865/15 3881/3 3928/8
12 PERCENT [4]  3861/6 3863/23 3863/25 3864/2
1205 [1]  3846/24
1261 [1]  3846/13
1271 [1]  3957/9
12:00 [5]  3853/16 3854/14 3854/17 3854/17 3864/11
12ISH [1]  3864/23
13 [3]  3845/7 3849/2 3854/5
13 FEET [4]  3862/21 3862/23 3865/15 3910/1
1300 [2]  3854/24 3854/25
1366 [1]  3846/14
14 [1]  3854/6
1400 [1]  3857/23
15 [2]  3850/20 3941/21
15 FEET [2]  3850/20 3909/18
15-FOOT [9]  3897/21 3910/14 3911/16 3914/3 3918/4 3925/19 3948/3 3948/7 3948/13
15.5 [3]  3864/4 3864/5 3864/18
15.7 [1]  3864/4
15.7 FEET [1]  3852/5
1500 [1]  3857/23
155 [1]  3882/3
157 [1]  3884/1
16 [2]  3876/1 3941/21
16 FEET [5]  3864/17 3865/6 3869/11 3869/19 3887/21
16.5 [3]  3922/22 3941/21 3941/23
16.5 FEET [5]  3923/4 3941/2 3941/11 3942/11 3947/4
16.5-FOOT [1]  3952/21
160 [1]  3871/19
1602 [1]  3960/15
1603 [1]  3960/15
1604 [1]  3960/15
1605 [1]  3960/6
1606 [1]  3960/16
1607 [1]  3958/9
1608 [1]  3960/16
1609 [1]  3960/15
1610 [1]  3958/4
1638 [1]  3960/16
1639 [1]  3958/20
1640 [1]  3960/16
17 [5]  3913/21 3917/19 3948/5 3958/9 3958/15
17.2 [1]  3927/21
17.5 [3]  3923/1 3923/1 3941/21
17.5 FEET [1]  3922/24
177 [1]  3886/18
178 [1]  3884/2
17TH [2]  3858/11 3859/24
18 [5]  3845/10 3911/4 3921/19 3935/7 3958/4
18 FEET [3]  3927/18 3928/5 3928/6
1810 [1]  3941/23
1810.19 [5]  3900/22 3939/10 3939/10 3942/6 3955/16
1810.20 [4]  3940/6 3942/9 3943/2 3955/16
1810.21 [2]  3944/12 3955/16
1810.22 [2]  3947/7 3955/17
18358 [1]  3915/12
19 FEET [1]  3928/11

1929 [4]  3920/2 3920/4 3922/18 3923/3
1933 [1]  3847/3
1969 [1]  3922/19
1977 [1]  3957/20
1978 [1]  3891/16
1979 [1]  3958/4
1980 [3]  3891/17 3893/5 3958/9
1980S [2]  3893/14 3895/17
1985 [2]  3893/7 3958/15
1988 [1]  3920/15
1992 [1]  3957/4
1993 [1]  3958/20
1994 [3]  3957/7 3959/12 3959/18
1996 [5]  3891/17 3891/25 3893/5 3893/7 3894/3
1998 [1]  3957/8
1999 [4]  3957/1 3957/2 3957/5 3959/24
1:00 IN [1]  3857/17
1:00 P.M [1]  3855/6

# 2
2 PERCENT [1]  3954/22
2-FOOT [10]  3863/20 3925/14 3925/17 3926/20 3927/1 3929/23 3930/5 3930/24 3930/25 3948/11
2.3 [1]  3939/7
2.3 FEET [2]  3904/11 3904/12
2.5 [2]  3858/25 3859/3
20 [3]  3876/1 3903/22 3920/7
2000 [6]  3897/24 3904/8 3909/14 3924/24 3926/11 3930/1
2002 [1]  3960/6
2003 [2]  3895/10 3957/10
2004 [2]  3874/11 3957/6
2004.65 [6]  3920/13 3920/15 3920/19 3920/23 3921/7 3923/8
20044 [1]  3847/18
2005 [5]  3867/14 3902/20 3925/13 3926/10 3926/17
2009 [2]  3845/7 3849/2
20S [1]  3876/2
2138.3 [2]  3941/5 3942/8
2175 [1]  3956/6
225 [1]  3914/5
225-FOOT [1]  3914/19
24 [3]  3909/4 3942/23 3956/25
25 [3]  3889/1 3951/21 3951/24
250 [1]  3914/22
2626 [1]  3846/24
2655 [1]  3846/10
27,500 [1]  3954/3
27,500 FEET [1]  3954/20
28 [1]  3957/20
29 [2]  3850/15 3932/8
2:00 P.M [1]  3855/7
2C [1]  3867/23

# 3
3 FEET [5]  3858/25 3859/2 3859/16 3859/19 3859/20
3,000 FEET [2]  3877/8 3877/20
3-4 [1]  3949/15
3-D [3]  3934/16 3939/10 3940/3
3.3 FEET [2]  3904/24 3939/7
3.5 [2]  3882/25 3883/12
3.6 INCHES [1]  3937/15
30 [1]  3896/16
3001 [4]  3895/6 3895/6 3897/19 3906/7
31 [1]  3915/11
3102 [1]  3846/3
325 [2]  3847/4 3867/12
330 [1]  3872/4
333 [1]  3873/10

**3**

335 [1] 3880/7
337 [1] 3881/16
345 [1] 3886/5
350 [1] 3889/8
3668 [1] 3846/7
38 FEET [2] 3876/3 3876/7
3:00 [4] 3888/25 3890/5 3907/20 3908/4
3:00 AND [1] 3907/14
3:30 [2] 3907/14 3907/19

**4**

4 INCHES [1] 3937/4
4 PERCENT [1] 3849/15
4,000 [2] 3869/10 3887/21
4.2 [1] 3921/19
40 [4] 3911/4 3913/21 3917/19 3948/5
406 [1] 3847/20
45,000 [1] 3942/5
4:00 [2] 3907/19 3907/20

**5**

5 PERCENT [2] 3900/24 3900/25
50 [1] 3850/16
500 [4] 3846/6 3847/20 3936/16 3936/25
504 [1] 3847/21
519 [1] 3846/17
550 [1] 3845/16
556 [1] 3846/6
57TH [1] 3847/4
589-7778 [1] 3847/21
59 [1] 3939/19
5:41 [1] 3934/22

**6**

6 INCHES [2] 3930/4 3936/12
6-HOUR [1] 3862/18
6.5 [1] 3914/22
600 [1] 3847/7
600 FEET [2] 3954/3 3954/20
601 [1] 3846/10
604 [1] 3847/7
610 [1] 3845/23
618 [1] 3846/20
6:00 A.M [1] 3869/16

**7**

7.5 [2] 3914/9 3914/20
70 FEET [2] 3877/24 3878/25
70113 [2] 3845/20 3845/23
70130 [3] 3846/10 3847/8 3847/21
70381 [1] 3846/25
70502 [1] 3846/7
70726 [1] 3846/17
70801 [1] 3846/21
70821 [1] 3846/14
75219 [1] 3846/4
76 [1] 3948/15
7778 [1] 3847/21
7:00 ON [1] 3850/15
7:00 SLIDE [1] 3851/2

**8**

8 FEET [7] 3852/19 3852/24 3852/25
 3853/2 3853/3 3869/18 3876/1
8-FOOT [1] 3869/19
80 [1] 3948/16
855 [1] 3845/19
888 [1] 3847/18
8:00 [6] 3851/8 3852/3 3852/4 3852/24
 3856/10 3865/11
8:00 AND [1] 3850/22

**9**

9 FEET [3] 3852/19 3853/6 3853/7
90071 [1] 3845/16
94 [1] 3959/15
95 PERCENT [5] 3900/20 3900/23
 3902/24 3903/6 3904/11
95-PERCENT [2] 3900/16 3900/17
98 PERCENT [1] 3954/23
9:00 [2] 3852/6 3856/13

**A**

A.M [1] 3869/16
ABILITY [4] 3900/3 3900/5 3953/13
 3962/10
ABLE [7] 3860/9 3894/17 3915/13
 3915/14 3915/16 3951/17 3952/2
ABOUT [91] 3850/16 3852/5 3854/1
 3856/23 3858/3 3859/2 3859/3 3859/14
 3859/16 3861/11 3862/18 3862/20
 3862/21 3863/10 3863/13 3863/15
 3863/18 3864/4 3864/7 3864/18 3865/16
 3865/17 3866/24 3869/5 3872/21 3875/6
 3878/24 3880/3 3881/3 3881/7 3881/8
 3881/17 3882/25 3886/25 3888/25
 3892/14 3900/24 3902/25 3903/14
 3904/2 3904/15 3907/10 3907/10
 3907/16 3910/17 3912/25 3915/5 3915/6
 3916/3 3918/4 3920/3 3920/22 3920/23
 3921/8 3921/10 3921/18 3922/2 3922/10
 3922/11 3922/15 3922/20 3922/20
 3923/25 3924/12 3925/22 3926/16
 3926/22 3927/17 3927/21 3928/21
 3930/3 3937/20 3937/25 3938/11
 3938/17 3940/2 3940/4 3947/8 3948/6
 3948/25 3949/16 3949/18 3949/20
 3952/7 3952/22 3953/13 3953/23 3954/7
 3954/8 3954/12 3957/19
ABOVE [8] 3923/2 3923/4 3945/1 3945/6
 3945/15 3945/17 3945/18 3962/12
ABOVE-ENTITLED [1] 3962/12
ABSOLUTELY [6] 3889/5 3894/2
 3896/17 3903/13 3918/18 3928/16
ABSORB [1] 3950/4
ACCEPTED [1] 3905/21
ACCEPTS [1] 3897/10
ACCESS [2] 3915/1 3915/21
ACCOMPLISHED [1] 3895/18
ACCORDING [4] 3864/6 3865/14
 3866/25 3942/12
ACCOUNT [4] 3859/15 3905/17 3931/7
 3954/22
ACCURACIES [5] 3903/13 3903/21
 3904/2 3924/8 3931/12
ACCURACY [40] 3891/13 3896/21
 3900/7 3900/10 3900/12 3900/15
 3902/19 3903/5 3903/12 3903/19
 3903/20 3903/23 3904/9 3904/11
 3904/24 3905/20 3908/10 3908/16
 3908/17 3908/18 3908/23 3908/25
 3910/15 3912/7 3918/12 3931/5 3932/9
 3932/11 3932/19 3932/23 3933/14
 3935/8 3938/4 3948/23 3949/1 3950/22
 3951/10 3951/13 3951/15 3954/8
ACCURATE [7] 3893/18 3903/17
 3933/17 3937/3 3944/19 3952/6 3955/1
ACCURATELY [6] 3893/17 3893/20
 3936/9 3938/16 3939/2 3953/14
ACKNOWLEDGES [1] 3960/2
ACROSS [8] 3852/20 3858/18 3876/17
 3903/9 3940/17 3940/23 3942/17 3943/2
ACTIVITY [1] 3895/4
ACTUAL [7] 3852/25 3875/22 3876/13

3936/17 3945/21 3946/20 3950/20
3709/ALDE/[36] 3850/24 3851/21
3856/14 3859/20 3860/9 3862/13
3864/24 3866/2 3877/10 3883/16
3892/25 3894/16 3895/4 3896/1 3905/3
3906/3 3907/5 3910/6 3910/22 3917/13
3921/17 3921/18 3942/2 3943/17 3949/4
3952/2
ADCIRC [6] 3850/6 3861/10 3862/5
 3862/9 3862/9 3867/10
ADD [5] 3905/1 3911/1 3923/6 3929/6
 3961/6
ADDING [1] 3874/20
ADDITION [1] 3873/18
ADDITIONAL [4] 3866/24 3872/6
 3915/24 3918/19
ADDRESS [7] 3915/13 3915/14 3915/16
 3919/9 3924/2 3958/14 3959/3
ADDRESSED [1] 3921/17
ADDS [1] 3904/24
ADJACENT [2] 3882/11 3954/4
ADJUDICATE [1] 3916/3
ADJUST [1] 3898/23
ADJUSTMENTS [3] 3850/9 3866/2
 3887/8
ADMINISTRATION [1] 3919/19
ADMITTED [3] 3955/18 3957/15 3961/5
ADVISABILITY [1] 3959/19
AFFECT [2] 3881/20 3911/8
AFFECTS [1] 3911/5
AFRAID [1] 3934/18
AFTER [13] 3864/11 3869/22 3871/20
 3876/21 3876/22 3886/7 3886/8 3898/6
 3920/11 3926/15 3926/17 3956/3
 3961/23
AFTERNOON [5] 3845/10 3849/1
 3857/17 3888/24 3892/13
AGAIN [55] 3852/4 3854/16 3855/12
 3858/9 3858/17 3858/21 3859/2 3859/3
 3861/4 3861/25 3862/7 3864/4 3865/22
 3869/18 3869/25 3871/24 3871/25
 3872/8 3872/15 3875/20 3875/21 3877/5
 3880/8 3881/19 3882/1 3882/16 3882/18
 3884/6 3885/24 3888/1 3898/4 3902/23
 3907/6 3909/15 3911/10 3911/15
 3913/24 3914/16 3916/6 3917/21
 3923/24 3923/24 3924/14 3925/18
 3926/5 3927/11 3927/20 3927/24 3929/9
 3930/6 3932/18 3935/6 3944/4 3944/24
 3947/9
AGAINST [1] 3858/14
AGENDA [1] 3908/2
AGO [6] 3875/16 3915/2 3920/7 3946/7
 3946/10 3949/17
AGREE [30] 3889/23 3889/24 3889/25
 3890/1 3916/8 3926/13 3931/22 3931/25
 3932/4 3933/1 3935/5 3936/1 3938/12
 3938/20 3938/24 3941/11 3941/23
 3942/15 3942/25 3944/2 3946/4 3947/3
 3947/12 3947/15 3947/18 3949/24
 3950/3 3950/19 3952/19 3954/8
AGREEMENT [2] 3938/8 3938/13
AHEAD [5] 3875/16 3876/24 3880/5
 3909/8 3956/5
AIRBORNE [4] 3893/11 3893/15 3894/1
 3906/5
AIRCRAFT [13] 3891/23 3893/16
 3893/17 3893/22 3896/1 3898/17 3906/6
 3906/11 3906/12 3906/19 3907/1
 3912/20 3912/25
AL [2] 3845/5 3845/7
ALGORITHMS [1] 3911/25
ALL [75] 3849/3 3849/16 3850/4 3854/10

## A

ALL... [71] 3857/12 3857/16 3857/19 3858/17 3861/9 3862/2 3866/19 3870/2 3871/4 3871/25 3872/2 3873/12 3873/13 3873/13 3873/17 3874/14 3875/21 3876/7 3877/20 3882/24 3883/18 3884/7 3887/17 3889/4 3890/1 3891/2 3891/4 3892/16 3896/3 3900/11 3905/17 3905/18 3905/22 3907/15 3907/21 3907/23 3910/16 3916/3 3916/10 3917/11 3918/16 3923/19 3924/6 3924/9 3924/11 3925/8 3926/12 3927/14 3931/3 3931/11 3933/1 3933/5 3933/7 3933/11 3933/12 3933/14 3933/16 3938/19 3940/20 3944/14 3945/14 3945/22 3948/22 3948/23 3952/23 3953/17 3954/7 3954/22 3956/12 3961/25 3962/3 3961/15
ALLEGED [4] 3956/18 3956/22 3957/12 3961/15
ALLOW [3] 3916/5 3922/11 3924/17
ALLOWING [1] 3853/12
ALMOST [2] 3909/18 3955/14
ALONE [2] 3911/2 3939/2
ALONG [25] 3850/20 3850/23 3858/4 3858/6 3861/17 3867/2 3871/20 3874/10 3874/11 3877/14 3913/1 3919/21 3920/8 3920/19 3922/22 3925/21 3946/13 3946/13 3946/16 3954/19 3958/7 3958/12 3959/21 3960/5 3961/11
ALREADY [6] 3856/22 3924/8 3924/18 3934/2 3934/15 3955/9
ALSO [45] 3847/6 3849/19 3856/5 3858/12 3860/16 3861/13 3866/17 3869/12 3873/9 3883/16 3889/21 3891/13 3891/16 3892/5 3894/20 3894/24 3895/22 3895/23 3896/10 3898/8 3899/10 3902/25 3906/14 3906/23 3908/9 3908/16 3913/19 3918/17 3919/19 3920/1 3920/4 3920/12 3923/10 3925/16 3927/5 3927/25 3933/1 3938/24 3949/22 3952/24 3952/25 3953/20 3956/21 3957/16 3961/13
ALTERING [1] 3882/14
ALTERNATIVES [1] 3959/8
ALTHOUGH [3] 3883/18 3887/7 3887/18
ALTITUDE [4] 3892/2 3894/22 3894/23 3910/12
ALWAYS [7] 3932/12 3942/20 3944/25 3945/5 3945/10 3945/12 3946/1
AM [3] 3867/25 3886/23 3940/24
AMERICA [1] 3845/7
AMERICAN [4] 3900/8 3920/14 3921/5 3950/19
AMIN [1] 3847/11
AMONG [2] 3871/17 3959/16
AMOUNT [4] 3869/7 3869/19 3882/13 3921/12
ANALYSIS [14] 3915/6 3931/16 3932/11 3932/21 3935/11 3935/14 3935/18 3935/20 3938/2 3938/3 3939/5 3940/14 3940/16 3950/21
ANALYZED [2] 3867/4 3959/9
ANDRY [2] 3845/21 3845/22
ANGELES [1] 3845/16
ANOTHER [9] 3855/11 3861/25 3871/9 3871/10 3903/20 3905/1 3913/24 3917/11 3930/6
ANSWER [2] 3937/8 3949/12
ANSWERS [1] 3910/19
ANT [4] 3940/17 3942/17 3944/3 3944/9
ANTENNA [2] 3901/16 3906/14
ANTICIPATION [1] 3890/14

ANY [46] 3873/6 3877/18 3877/19 3879/9 3885/11 3889/8 3888/12 3892/16 3894/12 3895/2 3896/7 3896/13 3896/22 3897/3 3897/7 3897/7 3899/25 3900/6 3900/20 3901/4 3903/11 3907/2 3907/6 3910/16 3913/13 3915/3 3922/4 3923/24 3924/2 3924/7 3932/11 3932/23 3935/23 3937/24 3938/2 3941/2 3948/8 3949/8 3952/5 3952/12 3952/12 3952/15 3953/17 3953/19 3953/19 3954/21
ANY REAL [1] 3877/18
ANYBODY [2] 3879/22 3879/23
ANYTHING [6] 3855/6 3865/21 3873/5 3923/5 3924/14 3929/6
APEX [2] 3865/4 3865/5
APOLOGIZE [2] 3879/14 3879/19
APPARENTLY [1] 3950/15
APPEAR [5] 3859/9 3863/12 3901/1 3901/2 3944/9
APPEARANCES [3] 3845/13 3846/1 3847/1
APPEARS [6] 3853/11 3853/13 3859/12 3863/10 3918/4 3940/5
APPLES [2] 3923/12 3923/12
APPLICATION [1] 3891/20
APPLIED [1] 3876/14
APPLIES [3] 3893/2 3949/2 3952/18
APPRECIATE [3] 3955/15 3956/9 3961/17
APPROACH [1] 3887/6
APPROPRIATE [3] 3931/23 3932/2 3932/6
APPROXIMATE [3] 3864/21 3865/8 3941/11
APPROXIMATELY [8] 3865/8 3914/9 3914/20 3922/23 3928/5 3928/6 3928/11 3936/16
APPROXIMATION [1] 3910/7
APRIL [1] 3958/9
APRIL 17 [1] 3958/9
ARE [122]
AREA [32] 3851/12 3852/12 3852/16 3853/12 3853/15 3854/15 3856/12 3856/15 3857/4 3859/3 3859/7 3866/10 3866/16 3869/10 3869/13 3870/1 3872/23 3881/6 3881/11 3887/21 3911/15 3912/12 3924/25 3927/22 3929/25 3930/4 3931/3 3941/10 3941/14 3942/8 3942/9 3948/20
AREAS [7] 3858/22 3859/2 3874/8 3903/11 3903/15 3936/8 3953/17
ARGUED [1] 3961/9
ARGUMENT [2] 3877/19 3957/17
ARM [1] 3857/5
ARMY [4] 3884/25 3891/16 3891/17 3893/4
AROUND [6] 3857/11 3864/23 3865/11 3865/11 3928/6 3946/4
ARRIVED [1] 3935/17
ARROW [2] 3872/1 3939/21
ARTICULATED [1] 3878/13
ARTICULATED AND [1] 3878/13
AS [141]
ASCERTAIN [1] 3849/22
ASHLEY [1] 3847/6
ASK [16] 3863/9 3878/7 3892/14 3896/24 3896/25 3933/21 3935/6 3936/25 3944/18 3947/2 3947/24 3950/5 3950/16 3952/9 3953/22 3954/2
ASKED [2] 3935/22 3948/22
ASKING [5] 3864/13 3865/8 3916/19 3933/25 3939/16
ASKS [1] 3958/18

ASPECT [4] 3894/15
ASPECTS [1] 3912/15
ASPRS [4] 3900/9 3950/19 3951/19 3952/4
ASSESS [4] 3931/11 3931/12 3932/18 3948/23
ASSESSED [1] 3933/14
ASSESSMENTS [1] 3932/23
ASSIGN [1] 3946/13
ASSIGNED [2] 3899/14 3914/6
ASSIGNS [2] 3898/18 3899/13
ASSISTANCE [1] 3958/13
ASSOCIATE [1] 3892/7
ASSOCIATED [3] 3957/12 3960/11 3960/14
ASSOCIATES [5] 3845/15 3846/12 3897/23 3898/5 3906/8
ASSUME [12] 3909/24 3914/4 3916/22 3920/20 3921/5 3936/25 3942/5 3944/18 3944/21 3947/2 3950/5 3954/2
ASSUMED [1] 3950/15
ASSUMING [4] 3875/13 3877/25 3878/23 3881/6
ASSUMPTION [1] 3947/6
ASTERISK [1] 3849/19
AT [179]
ATMOSPHERIC [1] 3919/19
ATTEMPTING [1] 3851/11
ATTENTION [2] 3865/21 3877/12
ATTEST [1] 3949/6
ATTRIBUTABLE [1] 3866/9
AUGUST [1] 3850/15
AUGUST 29 [1] 3850/15
AUTHORIZATION [1] 3957/25
AUTHORIZED [1] 3959/7
AVAILABLE [10] 3866/16 3869/11 3874/9 3880/21 3881/15 3888/6 3905/14 3933/1 3933/11 3933/16
AVENUE [2] 3846/3 3846/17
AVERAGE [5] 3898/23 3942/20 3943/13 3944/25 3945/11
AVERAGED [3] 3940/19 3940/20 3944/15
AVERAGES [2] 3899/12 3945/7
AVERAGING [4] 3899/4 3899/10 3942/19 3942/21
AVIATION [4] 3892/1 3894/7 3894/14 3894/14
AWARE [7] 3895/2 3905/6 3936/23 3952/9 3952/15 3956/22 3960/23
AWARENESS [2] 3960/13 3961/15
AWAY [6] 3852/7 3852/11 3852/12 3852/16 3856/15 3869/20

## B

BACK [37] 3851/2 3853/17 3853/18 3853/20 3853/24 3854/11 3854/16 3856/19 3857/5 3857/9 3857/15 3864/24 3865/14 3866/7 3866/20 3872/11 3872/16 3874/21 3880/23 3883/20 3890/7 3905/12 3907/18 3917/19 3922/16 3922/19 3923/7 3928/9 3928/12 3935/14 3941/22 3942/3 3942/8 3943/7 3946/2 3946/9 3950/16
BACK-OF-THE-ENVELOPE [1] 3880/23
BACKGROUND [3] 3892/14 3897/15 3929/10
BAEZA [1] 3847/10
BAIT [1] 3875/12
BALANCE [1] 3958/2
BALLS [3] 3944/15 3945/15 3947/15
BANK [5] 3958/25 3959/3 3959/17 3959/21 3960/3

Case 2:05-cv-04182-SRD-JCW Document 18903 Filed 05/22/09 Page 122 of 143

**B**

BANKS [2] 3873/7 3958/7
BARON [1] 3846/2
BARONNE [2] 3845/19 3845/23
BARS [1] 3875/25
BASE [2] 3944/3 3944/7
BASED [14] 3884/8 3895/6 3919/17
3919/22 3920/1 3923/9 3924/6 3932/1
3932/5 3934/1 3939/5 3940/14 3949/13
3949/17
BASIC [1] 3894/10
BASICALLY [14] 3851/10 3853/13
3862/7 3867/2 3867/24 3869/12 3881/2
3882/12 3886/14 3920/10 3938/8 3940/7
3941/10 3947/17
BASIN [2] 3958/22 3959/10
BASIS [2] 3895/24 3929/9
BATHYMETRIC [6] 3874/7 3874/9
3874/11 3875/20 3875/25 3876/9
BATHYMETRY [5] 3874/13 3880/15
3883/9 3889/19 3889/21
BATON [2] 3846/14 3846/21
BAY [2] 3856/20 3857/4
BAYOU [22] 3860/19 3860/20 3861/1
3902/9 3924/22 3925/10 3926/14
3936/17 3937/2 3939/15 3939/19 3940/9
3940/25 3941/12 3941/17 3941/19
3941/19 3941/22 3942/10 3946/5 3947/4
3947/10
BE [125]
BEAM [2] 3906/19 3906/20
BEAR [1] 3935/3
BECAME [1] 3869/13
BECAUSE [26] 3853/19 3854/18
3857/14 3859/20 3862/9 3866/15
3866/19 3873/13 3874/22 3875/14
3878/15 3880/1 3887/5 3890/14 3907/17
3908/21 3924/17 3934/11 3942/18
3942/21 3945/3 3946/3 3948/23 3950/4
3955/1 3956/9
BEEN [28] 3849/5 3856/5 3875/5 3875/8
3875/12 3875/15 3880/5 3883/16
3884/12 3886/20 3890/21 3893/19
3903/13 3910/9 3913/25 3915/13
3915/14 3915/16 3915/17 3916/24
3920/10 3927/25 3928/10 3934/2
3946/21 3958/25 3959/7 3961/19
BEFORE [19] 3845/10 3850/24 3856/7
3869/16 3882/3 3887/21 3888/23
3890/13 3897/14 3915/21 3915/23
3924/15 3926/15 3933/21 3943/4 3950/3
3952/2 3955/15 3960/18
BEGIN [2] 3869/3 3890/13
BEGINNING [3] 3850/14 3891/5 3895/16
BEGINS [1] 3864/11
BEHALF [1] 3958/22
BEING [10] 3850/8 3852/11 3856/12
3866/19 3872/2 3891/10 3921/24 3939/8
3949/17 3959/3
BELIEVE [13] 3866/12 3883/2 3883/12
3900/15 3901/19 3902/21 3904/7 3905/8
3916/19 3929/12 3941/3 3954/13
3960/22
BELIEVED [1] 3953/1
BELOW [4] 3920/22 3920/23 3930/4
3945/6
BELVOIR [2] 3818/18 3891/19
BENCH [1] 3940/20
BENJAMIN [1] 3847/17
BERMS [1] 3858/20
BERNARD [10] 3873/2 3903/1 3956/16
3956/25 3958/6 3958/11 3958/17 3959/8

3959/14 3960/3
BEST [3] 3903/17 3903/17 3903/17
3962/10
BETTER [3] 3864/25 3865/19 3925/1
BETWEEN [34] 3851/11 3858/8 3859/8
3860/6 3860/20 3862/5 3865/9 3869/10
3872/14 3882/23 3882/25 3883/9
3883/15 3886/16 3887/20 3888/10
3898/13 3899/22 3903/24 3906/23
3912/16 3918/2 3918/5 3920/18 3923/3
3924/6 3924/10 3930/14 3930/22
3936/17 3937/1 3939/7 3944/9 3945/7
BEYOND [10] 3852/4 3890/16 3915/3
3921/9 3921/12 3922/8 3924/1 3924/14
3928/19 3932/9 3957/2
BIAS [16] 3911/18 3911/19 3926/21
3926/25 3927/2 3927/24 3929/2 3930/13
3930/17 3930/18 3930/21 3947/20
3947/21 3953/20 3954/11 3954/13
BIASED [1] 3930/6
BIENVENUE [18] 3902/9 3924/23
3925/10 3926/14 3936/18 3937/2
3939/15 3939/19 3940/9 3940/25
3941/12 3941/18 3941/19 3941/22
3942/10 3946/5 3947/4 3947/10
BIG [7] 3873/22 3882/8 3882/13 3882/15
3888/4 3909/12 3943/20
BILOXI [3] 3856/25 3857/1 3880/17
BIT [24] 3850/20 3850/24 3852/4 3852/6
3853/10 3854/17 3855/3 3859/4 3860/7
3863/4 3864/25 3872/20 3877/2 3880/21
3881/4 3883/5 3883/5 3892/13 3905/24
3909/12 3910/15 3912/13 3912/21
3939/21
BLACK [14] 3849/12 3861/4 3909/19
3909/24 3911/10 3911/12 3912/10
3912/12 3913/23 3917/23 3926/5
3926/11 3929/20 3930/11
BLOCKED [1] 3902/14
BLOCKS [2] 3862/19 3863/20
BLOWING [1] 3858/13
BLUE [6] 3926/8 3926/9 3926/18
3926/19 3926/21 3929/23
BLUES [1] 3876/2
BOARD [2] 3885/17 3920/25
BOAT [1] 3876/16
BODIES [1] 3882/11
BOGGS [2] 3957/21 3957/23
BONNET [1] 3959/7
BONNET CARRÉ [1] 3959/7
BOOTS [2] 3897/4 3935/22
BOOTS-ON-THE-GROUND [1] 3897/4
BORGNE [9] 3856/10 3856/24 3857/10
3857/12 3880/14 3880/14 3882/12
3887/23 3957/2
BOTH [13] 3850/7 3860/19 3861/10
3865/25 3882/17 3914/1 3918/11
3918/19 3921/25 3927/18 3935/9
3944/14 3947/2
BOTTOM [5] 3854/22 3916/2 3942/1
3950/10 3950/11
BOULEVARD [1] 3846/24
BOUNDARY [5] 3850/10 3866/1 3887/5
3887/7 3887/8
BOX [4] 3846/7 3846/14 3846/24
3847/18
BRANCH [1] 3847/10
BRATHWAITE [1] 3872/23
BREACH [3] 3941/10 3941/13 3942/8
BREACHES [7] 3954/3 3954/4 3954/7
3954/12 3954/20 3954/23 3954/23
BREACHING [2] 3953/24 3954/19
BREAK [2] 3858/14 3888/24

BREAKING [1] 3890/4
BREAKS [2] 3958/22 3958/23
BREAUX'S [2] 3959/14 3959/25
BRENDAN [1] 3847/3
BRETON [1] 3857/1
BRIEF [2] 3891/7 3907/22
BRIEFING [1] 3961/16
BRIEFLY [2] 3887/15 3906/1
BRIEFS [1] 3916/7
BRING [1] 3900/22
BROAD [1] 3893/1
BROKEN [2] 3849/13 3849/13 3861/5
BROUGHT [1] 3872/16
BRUNO [2] 3845/18 3845/18
BRUNSWICK [2] 3892/19 3892/20
BUDD [1] 3846/2
BUDGET [1] 3958/1
BUILD [1] 3854/14
BUILT [2] 3869/22 3894/20
BURAS [2] 3869/9 3869/21
BUSY [1] 3961/19
BUT [70] 3849/13 3850/2 3851/2
3853/11 3853/15 3857/2 3857/13
3857/21 3858/19 3859/2 3860/4 3860/16
3860/24 3861/21 3863/3 3866/5 3867/21
3870/3 3870/14 3872/2 3873/23 3881/13
3882/23 3882/25 3884/7 3885/2 3885/15
3886/23 3895/17 3897/25 3898/7
3898/10 3901/7 3901/9 3901/11 3901/20
3906/14 3907/6 3909/12 3911/17 3912/6
3918/7 3919/24 3921/11 3922/7 3924/16
3925/15 3926/5 3926/25 3927/25 3930/3
3930/17 3934/9 3935/14 3941/3 3941/23
3943/18 3943/20 3944/5 3944/7 3944/11
3945/9 3945/11 3948/1 3949/1 3951/7
3953/6 3955/25 3956/1 3957/12
BUY [2] 3938/10 3941/25

**C**

CALCULATE [1] 3903/21
CALCULATIONS [2] 3955/8 3955/11
CALIFORNIA [1] 3845/16
CALL [12] 3865/21 3877/11 3898/1
3898/13 3901/2 3901/4 3903/15 3909/2
3911/12 3940/1 3944/10 3945/2
CALLED [4] 3893/20 3895/6 3914/5
3938/25
CALLS [2] 3890/12 3936/19 3943/24
3950/20
CALVIN [1] 3846/16
CAME [8] 3871/2 3871/6 3884/18
3884/22 3884/23 3892/25 3941/1
3948/10
CAMERA [3] 3849/21 3894/17 3896/2
CAN [77] 3850/4 3853/14 3854/8
3854/11 3854/14 3854/18 3855/8
3855/12 3856/18 3858/20 3858/24
3858/25 3861/19 3862/16 3863/8
3867/11 3869/5 3869/15 3870/10
3872/13 3873/10 3875/18 3877/3 3877/5
3877/11 3878/20 3880/14 3880/14
3880/15 3880/20 3880/25 3881/6
3882/20 3883/4 3883/11 3885/20
3886/12 3889/24 3890/2 3896/25
3898/12 3900/22 3906/6 3907/14 3909/7
3909/17 3909/22 3911/13 3911/17
3912/11 3913/11 3913/21 3916/6
3916/13 3916/16 3917/19 3923/5
3923/16 3925/1 3925/4 3925/20 3926/7
3928/2 3929/25 3930/7 3930/10 3931/18
3934/3 3936/4 3937/18 3937/23 3941/20
3944/18 3946/9 3951/4 3951/5 3958/18

C

CAN'T [7] 3889/25 3916/3 3916/10 3918/7 3934/15 3945/10 3950/3
CANADA [1] 3822/20
CANAL [6] 3849/10 3853/5 3858/11 3859/24 3860/16 3879/8
CANNOT [3] 3896/17 3911/1 3943/8 3949/5
CANYON [1] 3895/22
CAPABLE [1] 3938/16
CAPTURE [4] 3858/6 3858/18 3858/19 3860/10
CARE [3] 3866/2 3907/10 3907/10
CAROLINA [1] 3895/23
CARONDELET [1] 3847/7
CARRÉ [1] 3959/7
CARTOON [1] 3906/3
CASE [39] 3851/14 3866/24 3879/9 3880/4 3881/3 3887/3 3892/4 3893/21 3897/3 3897/5 3904/7 3905/4 3905/7 3906/5 3906/6 3906/8 3907/11 3907/20 3912/7 3915/18 3922/4 3922/8 3922/10 3924/15 3932/14 3935/19 3935/24 3935/25 3940/13 3946/24 3947/2 3948/8 3949/8 3952/9 3952/18 3953/12 3953/13 3953/23 3954/24
CATEGORY [2] 3889/17 3956/24
CAUGHT [1] 3871/20
CAUSE [1] 3945/24
CAUSED [6] 3887/19 3954/23 3956/18 3956/23 3958/18 3959/4
CAUSES [1] 3857/5
CAVEAT [3] 3960/18 3961/4 3961/5
CCR [3] 3847/20 3962/7 3962/15
CENTER [6] 3877/15 3884/24 3891/18 3893/8 3895/25 3927/10
CENTERLINE [1] 3944/8
CENTRAL [3] 3946/7 3947/11 3948/16
CERTAIN [1] 3889/8
CERTAINLY [18] 3850/4 3851/5 3858/17 3865/23 3877/19 3881/13 3883/19 3885/22 3888/4 3890/2 3901/20 3915/23 3916/5 3916/13 3918/16 3921/1 3934/16 3937/23
CERTIFICATE [1] 3962/6
CERTIFY [1] 3962/9
CHALKBOARD [4] 3877/12 3921/3 3933/22 3934/9
CHALMETTE [9] 3850/18 3850/21 3852/5 3859/4 3872/19 3949/17 3949/18 3949/25 3949/25
CHANCE [5] 3897/22 3898/4 3900/20 3906/8 3950/4
CHANDELEUR [5] 3866/10 3866/16 3880/18 3880/19 3880/20
CHANDELEUR SOUND [3] 3866/10 3866/16 3880/18
CHANDELEURS [2] 3870/5 3870/6
CHANGE [10] 3851/18 3856/3 3857/17 3860/7 3872/19 3873/16 3884/7 3886/3 3926/13 3945/24
CHANGED [3] 3859/6 3873/13 3883/5
CHANGES [11] 3872/7 3872/10 3883/16 3884/7 3885/24 3886/1 3886/4 3886/7 3886/12 3888/13 3931/16
CHANGING [7] 3872/11 3882/22 3883/9 3883/14 3883/15 3931/19 3931/22
CHANNEL [25] 3852/20 3867/6 3867/7 3872/7 3874/24 3874/25 3875/19 3875/22 3876/2 3876/4 3877/4 3877/6 3879/5 3880/19 3881/7 3881/12 3882/5 3888/9 3889/21 3959/2 3959/5 3960/1
3960/5 3960/10 3960/15 3960/21 3962/19
CHARACTERIZATION [1] 3960/21
CHARACTERIZATIONS [1] 3961/2
CHART [13] 3906/13 3911/4 3911/10 3913/21 3913/23 3917/3 3917/19 3917/20 3926/4 3948/5 3949/5 3950/2 3950/5
CHECK [8] 3885/2 3951/7 3951/9 3951/9 3951/10 3951/14 3951/15 3952/8
CHECKPOINT [1] 3903/24
CHECKPOINTS [3] 3903/22 3951/18 3952/4
CHIEF [1] 3908/2
CHOSE [1] 3926/3
CIRCLE [2] 3939/13 3939/16
CITED [2] 3950/12 3950/13
CITY [2] 3846/25 3957/9
CIVIL [2] 3847/10 3893/2
CLEAR [10] 3858/11 3858/12 3861/20 3861/21 3865/2 3868/12 3903/15 3907/16 3928/2 3936/4
CLERK [2] 3889/13 3889/13
CLOCK [1] 3961/18
CLOSE [5] 3856/4 3861/14 3862/4 3925/24 3936/14
CLOSED [1] 3884/12
CLOSELY [3] 3877/3 3926/4 3926/8
CLOSURE [5] 3959/11 3959/15 3959/16 3960/2 3960/10
CLOSURES [1] 3884/14
CLOUD [52] 3898/1 3898/8 3898/13 3898/21 3898/22 3898/23 3899/3 3899/8 3900/14 3902/20 3902/22 3904/8 3904/10 3904/20 3905/11 3909/3 3909/15 3909/16 3909/20 3910/13 3911/11 3911/20 3912/16 3913/5 3914/1 3917/22 3925/12 3925/14 3925/14 3925/16 3925/16 3925/17 3926/6 3926/9 3926/19 3927/19 3927/24 3928/7 3928/14 3929/19 3929/22 3930/5 3930/9 3930/14 3930/16 3930/25 3933/9 3936/6 3945/22 3946/14 3948/12 3959/13
CLOUDS [3] 3945/3 3945/6 3945/6
COAST [4] 3866/11 3866/18 3869/20 3871/21
COLLABORATE [1] 3901/7
COLLABORATED [3] 3891/19 3893/10 3893/22
COLLABORATION [1] 3895/16
COLLEAGUE [1] 3879/14
COLLEAGUES [2] 3892/25
COLLECTED [3] 3905/25 3926/10 3926/11
COLLECTING [1] 3908/7
COLLECTION [3] 3900/6 3907/2 3908/5
COLLECTS [1] 3898/15
COLONEL [7] 3957/21 3958/5 3958/10 3958/15 3959/13 3959/24 3960/7
COLOR [2] 3875/25 3929/22
COLORS [5] 3854/2 3909/11 3925/21 3929/21 3929/23
COLUMN [3] 3873/22 3873/24 3888/3
COME [8] 3876/6 3883/17 3890/7 3907/18 3934/20 3946/14 3946/15 3952/21
COMES [1] 3900/9
COMING [4] 3870/4 3870/5 3871/25 3872/3
COMMENT [2] 3849/24 3851/3
COMMENTS [1] 3923/24
COMMERCE [2] 3919/17 3919/20
COMMERCIAL [3] 3893/25 3894/21
COMMISSION [2] 3958/7 3958/12
COMMITTEE [1] 3908/1
COMMONLY [1] 3899/24
COMMUNITY [1] 3905/21
COMPANIES [3] 3894/5 3894/11 3894/12
COMPANY [3] 3894/15 3894/16 3895/6
COMPARE [3] 3853/25 3904/20 3920/6
COMPARED [9] 3849/17 3860/15 3860/17 3877/7 3882/9 3886/10 3888/5 3888/7 3927/24
COMPARES [1] 3879/8
COMPARING [2] 3851/13 3923/9
COMPARISON [3] 3861/16 3882/4 3903/24
COMPLAIN [1] 3957/19
COMPLETE [4] 3904/22 3923/18 3932/9 3932/11
COMPLETED [1] 3895/21
COMPLETELY [2] 3911/21 3950/3
COMPLETES [1] 3857/24
COMPLEX [2] 3846/13 3918/25
COMPONENTS [2] 3906/10 3907/4
COMPUTATIONAL [1] 3876/14
COMPUTE [1] 3954/1
COMPUTER [14] 3847/25 3917/15 3934/17 3935/11 3935/13 3935/18 3935/20 3935/21 3937/7 3938/2 3938/24 3943/13 3944/4 3945/3
COMPUTER-GENERATED [2] 3935/11 3935/13
COMPUTING [1] 3903/25
CONCEDE [1] 3922/2
CONCERNING [4] 3872/6 3873/9 3958/7 3958/22
CONCLUSION [2] 3871/9 3873/9
CONCLUSIONS [1] 3875/6
CONCLUSIVE [1] 3952/5
CONCRETE [10] 3904/18 3928/22 3938/25 3939/21 3939/24 3945/1 3953/18 3953/25 3954/4 3954/22
CONDITIONS [4] 3850/10 3866/1 3887/7 3887/8
CONDUCT [1] 3896/17
CONDUCTING [1] 3960/9
CONFIDENCE [5] 3900/16 3900/17 3900/23 3902/24 3903/6
CONFIGURATION [4] 3872/12 3872/17 3872/18 3906/22
CONFIRM [1] 3953/3
CONFLUENCE [2] 3883/13 3886/16
CONFUSING [2] 3867/17 3920/24
CONGRESS [7] 3956/20 3956/22 3957/18 3957/24 3960/14 3960/23 3960/25
CONGRESS' [1] 3957/12
CONGRESSIONAL [2] 3961/13 3961/14
CONGRESSWOMAN [1] 3957/23
CONNECT [1] 3860/7
CONNECTION [4] 3853/15 3897/3 3897/5 3953/22
CONNER [1] 3959/24
CONOR [1] 3847/12
CONSIDER [1] 3920/7
CONSIDERATION [1] 3958/1
CONSIDERING [1] 3875/16
CONSISTENT [1] 3871/12
CONSTRICTED [1] 3883/7
CONSTRUCTED [1] 3958/25
CONSTRUCTING [1] 3959/20
CONSTRUCTION [9] 3883/2 3884/13

**C**

CONSTRUCTION... [7] 3885/25 3886/7 3886/8 3888/8 3891/23 3892/9 3920/8
CONTAIN [1] 3956/17
CONTAINED [1] 3924/1
CONTEMPLATED [1] 3945/25
CONTENTION [1] 3877/21
CONTEXT [1] 3953/12
CONTINENTAL [2] 3869/8 3873/14
CONTINUE [3] 3852/14 3854/14 3857/7
CONTINUED [2] 3846/1 3847/1
CONTINUES [5] 3850/22 3853/10 3856/17 3856/18 3857/23
CONTINUING [2] 3856/10 3857/8
CONTOUR [4] 3854/7 3854/9 3855/9 3869/19
CONTRACT [1] 3897/23
CONTROL [8] 3853/11 3859/17 3918/8 3918/8 3918/20 3918/24 3933/17 3939/20
CONTROLLING [1] 3853/13
CONTROLS [3] 3860/13 3884/6 3886/1
CONVENTIONAL [1] 3894/19
CONVERSIONS [1] 3921/23
CONVEYANCE [19] 3869/13 3872/7 3873/13 3873/16 3874/4 3880/11 3880/21 3881/1 3881/5 3881/8 3883/5 3883/15 3883/17 3883/23 3884/9 3884/10 3885/24 3888/5 3888/9
CONVINCE [1] 3934/21
COOPERATION [1] 3889/13
COORDINATE [3] 3898/18 3907/8 3914/6
COPY [2] 3861/23 3861/24
CORNER [2] 3851/3 3901/24
CORP [1] 3884/25
CORPORATIONS [1] 3895/5
CORPS [7] 3875/20 3876/15 3893/4 3897/23 3898/5 3960/4 3960/23
CORPS' [1] 3874/11
CORRECT [102] 3851/15 3851/18 3851/19 3851/22 3861/6 3861/7 3864/17 3869/17 3869/18 3879/6 3879/7 3883/3 3890/24 3893/5 3893/6 3893/8 3893/9 3893/11 3894/4 3894/8 3895/11 3895/12 3897/6 3898/11 3902/24 3903/3 3903/4 3903/8 3904/4 3904/14 3906/25 3908/7 3908/8 3910/22 3910/23 3911/1 3911/2 3914/20 3914/21 3914/23 3914/24 3918/1 3918/3 3918/4 3918/13 3919/22 3920/5 3920/14 3922/24 3922/25 3923/11 3927/14 3927/15 3928/5 3928/6 3928/12 3929/16 3932/15 3932/16 3932/24 3933/2 3933/3 3933/6 3933/11 3933/12 3933/14 3933/15 3933/18 3933/19 3935/11 3935/15 3935/25 3936/7 3936/13 3937/4 3937/5 3939/3 3939/4 3939/9 3939/12 3940/18 3940/21 3941/24 3942/21 3942/22 3943/25 3944/16 3945/8 3946/22 3948/3 3948/4 3948/14 3948/17 3948/18 3948/21 3949/12 3950/22 3952/17 3952/22 3953/1 3962/10
CORRECTED [1] 3861/22
CORRECTLY [1] 3870/8
CORRELATION [1] 3862/5
CORRESPONDED [1] 3856/15
CORRESPONDENCE [1] 3958/6
CORRESPONDS [3] 3852/11 3854/12 3867/15
COST [1] 3959/22
COULD [56] 3849/24 3850/14 3851/2

3851/2 3851/9 3852/3 3853/17 3861/1 3867/9 3869/9 3869/9 3871/4 3871/6 3872/8 3878/16 3879/24 3880/7 3881/16 3881/24 3881/24 3884/4 3884/21 3887/12 3889/23 3893/20 3901/1 3901/2 3901/9 3901/16 3902/5 3902/6 3904/12 3906/14 3912/14 3913/12 3914/7 3914/22 3915/1 3917/10 3917/11 3917/15 3918/21 3929/24 3929/24 3930/18 3931/21 3934/1 3934/9 3941/5 3942/8 3942/23 3942/24 3945/1 3946/2 3949/14 3951/20
COUNCIL [1] 3957/7
COUNSEL [7] 3862/2 3889/13 3907/13 3934/7 3955/21 3956/8 3961/17
COUPLE [3] 3915/1 3915/5 3934/14
COURSE [7] 3850/9 3850/17 3860/23 3862/8 3880/23 3921/21 3924/12
COURT [19] 3845/1 3847/20 3849/4 3861/24 3875/1 3880/4 3884/21 3889/8 3889/23 3897/10 3907/22 3907/24 3953/7 3956/4 3956/11 3962/4 3962/7 3962/8 3962/16
COURT'S [2] 3933/21 3960/23
COURTROOM [1] 3907/16
COVER [2] 3873/24 3873/25
COVERED [1] 3869/13
CREATE [6] 3858/15 3878/10 3894/18 3896/4 3913/7 3916/21
CREATED [2] 3856/14 3866/25
CREST [15] 3910/17 3925/20 3926/12 3926/14 3927/4 3927/20 3927/23 3928/1 3930/7 3941/12 3944/5 3947/16 3949/3 3949/9 3953/8
CRESTS [8] 3932/5 3938/18 3948/8 3948/9 3948/19 3949/2 3949/4 3953/14
CRIMINAL [2] 3907/14 3908/1
CRITERIA [4] 3905/22 3913/17 3913/18 3914/4
CROSS [26] 3878/24 3888/19 3909/10 3909/15 3909/17 3911/9 3913/24 3914/2 3914/7 3917/16 3917/17 3917/21 3923/18 3924/10 3924/13 3925/4 3925/5 3925/8 3925/20 3927/12 3927/13 3929/11 3934/4 3935/1 3956/17 3961/23
CROSS-EXAMINATION [3] 3878/24 3935/1 3956/17
CROSS-EXAMINED [1] 3934/4
CROSS-SECTION [15] 3909/10 3909/15 3909/17 3911/9 3913/24 3914/2 3914/7 3917/17 3924/10 3925/5 3925/8 3925/20 3927/12 3927/13 3929/11
CROSS-SECTIONS [5] 3917/16 3917/21 3923/18 3924/13 3925/4
CURRENT [3] 3921/24 3923/7 3959/2
CURRENTLY [1] 3892/7
CURVE [1] 3861/25
CV [1] 3845/5
CWPPRA [1] 3959/9
CYLINDRICAL [2] 3901/18 3943/15
CYLINDRICAL-LOOKING [1] 3901/18

**D**

D-E-L-O-A-C-H [1] 3891/1
D.C [1] 3892/9
DAILY [1] 3895/24
DALLAS [1] 3846/4
DAMAGE [1] 3958/17
DAMAGES [2] 3958/23 3958/23
DANIEL [1] 3847/10
DARK [2] 3926/19 3926/21
DARKER [1] 3945/8
DATA [223]

DATA'S [1] 3929/18
DATABASE [6] 3914/25 3915/10 3915/20 3915/22 3917/12 3917/13
DATES [1] 3885/2
DATUM [30] 3907/10 3907/12 3919/1 3919/2 3919/4 3919/21 3920/2 3920/2 3920/3 3920/11 3920/14 3920/18 3921/5 3921/21 3921/23 3921/24 3922/11 3922/18 3922/23 3923/3 3923/9 3923/11 3923/13 3926/9 3928/10 3928/12 3949/18 3949/21 3949/24 3950/14
DATUMS [15] 3891/14 3892/7 3896/11 3896/13 3896/15 3896/18 3896/21 3918/19 3918/24 3919/8 3919/15 3919/18 3919/18 3921/11 3921/18 3961/19
DAY [4] 3894/10 3894/10 3956/3 3961/19
DAY-TO-DAY [1] 3894/10
DAYS [9] 3875/16 3894/18 3899/19 3899/20 3915/1 3915/5 3916/20 3917/8 3917/14
DC [1] 3847/18
DECEMBER [1] 3915/13
DECREASE [4] 3908/9 3908/16 3908/22 3908/25
DEDUCE [1] 3911/2
DEEP [8] 3853/14 3876/2 3876/18 3877/6 3877/10 3880/19 3881/7 3959/1
DEEPEST [1] 3876/4
DEFENDANT [1] 3847/9
DEFENDANTS [1] 3952/19
DEFENSE [3] 3856/1 3869/1 3956/21
DEFENSIBLE [2] 3951/18 3952/4
DEFINE [1] 3936/11
DEFINED [3] 3857/10 3857/18 3857/20
DEFINITE [1] 3926/21
DEFINITELY [1] 3863/18
DEFINITION [2] 3866/10 3913/16
DEGRADED [1] 3867/6
DEGREE [2] 3953/5 3953/8
DEGREES [1] 3892/16
DELIGHTED [1] 3941/15
DELIVERED [3] 3897/20 3898/2 3898/7
DELOACH [22] 3890/12 3890/15 3890/21 3890/25 3891/8 3891/10 3892/13 3895/13 3896/20 3897/14 3900/23 3905/24 3909/6 3914/25 3916/18 3918/24 3920/25 3924/3 3932/10 3935/3 3940/13 3955/8
DELOACH'S [2] 3921/20 3933/22
DEMONSTRATE [1] 3923/18
DEMONSTRATED [1] 3955/1
DEMONSTRATING [1] 3924/5
DEMONSTRATION [1] 3879/21
DEMONSTRATIVE [4] 3861/22 3917/1 3923/14 3933/23
DENHAM [1] 3846/17
DENSE [1] 3909/1
DEPARTMENT [3] 3847/9 3919/17 3919/19
DEPENDENT [1] 3906/25
DEPENDING [2] 3924/18 3939/7
DEPICT [2] 3871/19 3913/11
DEPICTED [1] 3945/18
DEPICTING [2] 3925/21 3936/9
DEPICTION [6] 3851/17 3867/13 3874/23 3875/22 3880/13 3881/5
DEPICTIONS [2] 3851/16 3880/10
DEPO [1] 3951/24
DEPOSITION [12] 3890/17 3915/4 3915/6 3915/15 3915/16 3916/24 3921/12 3921/13 3921/19 3922/9 3933/8 3937/22

D

DEPOSITIONS [1] 3877/24
DEPRESSED [2] 3850/10 3860/24
DEPTH [10] 3858/7 3872/1 3873/19
3873/20 3873/23 3875/25 3877/3
3877/15 3877/20 3877/22
DEPTHS [4] 3854/1 3854/2 3875/1
3877/24
DEPUTY [1] 3889/13
DERIVED [7] 3897/25 3898/11 3909/20
3925/16 3929/20 3929/23 3930/16
DESCRIBE [10] 3853/21 3906/1 3917/4
3923/15 3924/21 3927/6 3927/16 3929/8
3929/17 3943/14
DESCRIBED [2] 3856/4 3959/4
DESCRIBES [1] 3959/17
DESCRIBING [2] 3910/9 3956/18
DESCRIPTION [1] 3950/23
DESIGN [17] 3892/8 3919/21 3919/23
3920/18 3921/23 3922/23 3922/25
3923/1 3923/1 3923/9 3928/10 3931/13
3932/20 3949/16 3949/18 3949/24
3950/6
DESIGN GRADE [1] 3923/1
DESIGNED [1] 3886/11
DESIGNS [1] 3950/13
DESTROYED [1] 3895/25
DESTRUCTION [1] 3956/19
DETAIL [3] 3869/3 3886/23 3892/14
DETECTION [1] 3895/14
DETERMINATION [1] 3913/17
DETERMINE [7] 3875/11 3908/18
3914/13 3933/16 3939/2 3952/5 3959/19
DETERMINED [2] 3942/10 3953/11
DETERMINING [2] 3904/5 3953/8
DEVELOP [2] 3889/25 3894/12
DEVELOPED [4] 3894/16 3894/20
3894/23 3895/3
DEVELOPING [2] 3893/14 3893/19
DEVELOPMENT [6] 3884/24 3891/21
3892/2 3893/23 3894/16 3895/4
DEVELOPMENT CENTER [1] 3884/24
DEVELOPS [1] 3919/15
DEVICE [1] 3906/18
DIAGRAM [2] 3933/22 3941/22
DICTIONARY [1] 3953/7
DID [55] 3861/16 3861/18 3865/14
3869/22 3870/1 3870/14 3873/9 3874/6
3876/6 3878/7 3883/2 3883/4 3885/12
3886/6 3886/10 3888/9 3893/12 3893/16
3893/18 3894/12 3894/14 3905/15
3905/18 3905/25 3910/6 3915/1 3915/21
3915/23 3921/10 3921/11 3923/20
3923/25 3931/17 3932/22 3932/25
3933/5 3935/17 3935/20 3935/20
3936/16 3936/25 3937/8 3937/9 3939/12
3943/8 3944/17 3949/8 3949/21 3952/5
3952/14 3952/16 3952/24 3953/4 3954/1
3954/25
DIDN'T [8] 3877/23 3883/18 3888/13
3901/23 3907/5 3923/25 3935/16 3949/4
DIED [1] 3854/19
DIFFERENCE [13] 3850/8 3864/20
3867/16 3877/3 3883/11 3884/11
3886/17 3888/13 3898/13 3912/15
3912/15 3920/18 3921/8
DIFFERENCES [10] 3851/11 3867/4
3872/14 3873/3 3882/2 3882/24 3883/1
3924/6 3924/9 3948/7
DIFFERENT [29] 3851/16 3859/7
3860/14 3861/11 3875/7 3882/24
3899/19 3900/1 3900/2 3903/18 3904/2

3904/2 3910/18 3910/18 3914/14
3919/3 3919/6 3919/22 3919/25 3919/25
3919/25 3924/7 3924/11 3925/21 3931/4
3932/5 3948/24 3949/1 3961/2
DIFFERENTIAL [1] 3865/9
DIFFERING [1] 3932/1
DIFFICULT [2] 3913/4 3939/2
DIGITAL [10] 3849/21 3894/17 3894/20
3896/1 3896/2 3897/21 3898/3 3898/8
3898/25 3910/14
DIMINISH [1] 3888/2
DIP [4] 3850/13 3853/14 3858/7 3859/10
DIRE [1] 3892/11
DIRECT [2] 3849/7 3897/12
DIRECTION [1] 3928/2
DIRECTIONS [1] 3940/24
DIRECTLY [2] 3850/17 3929/14
DIRECTOR [1] 3892/8
DISAGREE [1] 3941/2
DISCOVERY [2] 3916/11 3916/13
DISCREPANCY [1] 3866/5
DISCRETIONARY [2] 3956/21 3957/17
DISCRETIONARY FUNCTION [1]
3957/17
DISCUSS [1] 3961/16
DISCUSSED [3] 3895/18 3905/2
3956/16
DISCUSSING [3] 3899/2 3906/5 3908/4
DISCUSSION [4] 3916/24 3922/5 3922/6
3948/5
DISPUTE [1] 3953/13
DISPUTES [2] 3916/11 3916/11
DISTRIBUTION [3] 3852/2 3876/9
3886/1
DISTRICT [14] 3845/1 3845/2 3845/11
3957/1 3957/2 3957/21 3958/13 3958/16
3959/13 3959/24 3960/7 3960/8 3962/8
3962/8
DIVERSION [1] 3959/6
DIVISION [1] 3847/10
DM [2] 3855/1 3923/15
DM'S [2] 3950/12 3950/13
DM-0038000310 [1] 3855/1
DM-0039 [1] 3923/15
DO [60] 3850/2 3857/17 3857/18
3857/21 3859/19 3860/21 3862/4
3862/13 3866/3 3867/19 3870/8 3871/12
3871/16 3875/14 3880/23 3885/23
3888/23 3889/12 3892/16 3892/18
3896/13 3896/14 3897/7 3900/17
3903/21 3905/10 3905/22 3910/15
3912/5 3912/14 3922/12 3923/25
3926/23 3929/6 3931/10 3931/25 3932/4
3932/7 3932/17 3933/24 3934/10
3934/13 3934/16 3934/17 3937/10
3937/16 3941/2 3941/13 3942/12 3943/4
3944/8 3944/17 3946/12 3949/18
3949/20 3953/4 3953/23 3954/8 3960/21
3962/9
DOCKET [2] 3845/5 3915/12
DOCTOR [2] 3960/24 3961/1
DOCUMENT [1] 3956/3
DOCUMENTS [6] 3919/24 3933/7
3956/10 3956/24 3961/7 3961/16
DOES [23] 3857/7 3857/11 3857/13
3863/3 3863/12 3864/19 3866/20
3871/19 3871/24 3872/1 3881/16
3890/18 3896/10 3901/4 3904/20 3905/1
3911/8 3912/6 3913/5 3920/6 3924/2
3944/9 3955/24
DOESN'T [11] 3879/10 3881/20 3882/13
3882/15 3884/7 3886/3 3901/20 3936/20
3937/23 3951/9 3951/19

DOING [7] 3851/10 3851/23 3875/21
3891/9 3920/21 3926/3 3931/14
DOMAIN [2] 3856/8 3858/18
DOMENGEAUX [1] 3846/5
DOMINANT [1] 3860/4
DON'T [23] 3851/1 3858/19 3871/3
3871/8 3876/11 3877/18 3877/21
3878/25 3879/1 3888/2 3890/1 3907/9
3930/2 3933/25 3934/16 3935/13
3937/24 3943/5 3945/9 3951/22 3955/24
3956/8 3956/9
DONE [14] 3867/20 3875/16 3880/5
3884/12 3884/23 3885/1 3895/19 3897/3
3909/8 3909/14 3912/14 3935/23 3948/2
3958/18
DOTS [2] 3944/16 3945/22
DOTTED [2] 3849/12 3849/13
DOWN [20] 3851/9 3854/19 3856/12
3864/6 3864/7 3880/12 3888/2 3888/22
3901/21 3901/23 3907/18 3909/18
3914/16 3927/22 3933/21 3942/1
3942/20 3955/10 3955/15 3955/22
DOYLE [4] 3847/20 3962/7 3962/15
3962/15
DOZEN [1] 3892/5
DR. [26] 3849/9 3851/1 3856/3 3858/3
3863/8 3867/1 3867/4 3867/9 3869/4
3871/19 3874/24 3875/18 3877/2
3877/23 3879/4 3880/7 3884/2 3884/21
3887/16 3888/15 3888/22 3923/25
3924/2 3961/21 3961/22 3961/23
DR. VRIJLING [1] 3923/25
DR. VRIJLING'S [1] 3924/2
DR. WESTERINK [20] 3849/9 3851/1
3856/3 3858/3 3863/8 3867/4 3867/9
3869/4 3871/19 3874/24 3875/18 3877/2
3877/23 3879/4 3880/7 3884/21 3887/16
3888/15 3888/22 3961/23
DR. WESTERINK'S [2] 3867/1 3884/2
DR. WOLFF [2] 3961/21 3961/22
DRAFT [5] 3876/2 3877/6 3880/19
3881/7 3959/1
DRAIN [2] 3854/20 3857/16
DRAMATICALLY [1] 3885/25
DRASTIC [1] 3884/10
DRAW [5] 3875/6 3877/17 3920/25
3934/8 3942/17
DRAWN [1] 3934/1
DREAMING [1] 3891/5
DREDGED [1] 3877/15
DREDGING [1] 3891/23
DREW [1] 3940/23
DRIVE [1] 3887/23
DRIVEN [5] 3850/9 3853/18 3857/13
3859/10 3887/23
DRIVER [1] 3887/5
DRIVES [1] 3887/6
DRIVING [2] 3850/17 3852/1
DROP [6] 3853/11 3853/12 3880/12
3883/12 3883/24 3888/10
DROPPED [3] 3852/17 3852/20 3880/4
DROPPING [2] 3855/10 3856/16
DUDENHEFER [2] 3846/9 3846/9
DULY [2] 3849/5 3890/21
DUMAS [2] 3846/12 3846/12
DUPRE [4] 3860/19 3860/20 3861/1
3941/19
DURATION [2] 3860/24 3862/8
DURATIONS [1] 3861/12
DURING [8] 3849/23 3856/6 3880/5
3921/18 3921/21 3924/12 3956/16
3958/1
DUTCH [1] 3886/21

## D

DUVAL [2] 3845/11 3936/8
DWELL [1] 3948/1
DX [24] 3957/3 3957/4 3957/5 3957/6
3957/7 3957/9 3957/19 3958/4 3958/9
3958/15 3958/20 3959/12 3959/23
3959/23 3960/6 3960/15 3960/15
3960/15 3960/15 3960/16 3960/16
3960/16 3960/16 3960/16 3960/16
DX-0601 [1] 3957/3
DX-0603 [1] 3957/4
DX-0607 [1] 3957/5
DX-0781 [1] 3957/6
DX-0783 [1] 3957/7
DX-0821 [1] 3958/15
DX-0866 [1] 3959/12
DX-0869 [1] 3957/19
DX-0881 [1] 3960/16
DX-0897 [1] 3959/23
DX-0898 [1] 3959/23
DX-1271 [1] 3957/9
DX-1602 [1] 3960/15
DX-1603 [1] 3960/15
DX-1604 [1] 3960/15
DX-1605 [1] 3960/6
DX-1606 [1] 3960/16
DX-1607 [1] 3958/9
DX-1608 [1] 3960/16
DX-1609 [1] 3960/16
DX-1610 [1] 3958/4
DX-1638 [1] 3960/16
DX-1639 [1] 3958/20
DX-1640 [1] 3960/16

## E

E-P-O-C-H [1] 3920/16
EACH [15] 3896/3 3907/4 3911/13
3917/15 3917/21 3917/24 3917/25
3918/1 3918/1 3918/9 3926/7 3926/13
3930/12 3947/17 3957/25
EARLIER [8] 3883/24 3902/25 3905/2
3935/6 3935/22 3942/18 3944/24
3952/22
EARLY [2] 3891/21 3950/12
EARTH [5] 3892/23 3907/9 3923/16
3928/24 3928/25
EARTHDATA [10] 3892/1 3892/1 3894/3
3894/6 3894/7 3894/14 3894/15 3895/5
3895/10 3895/17
EARTHEN [11] 3925/5 3926/25 3938/18
3939/14 3939/20 3939/24 3939/25
3940/7 3940/7 3947/9 3947/12
EASIER [3] 3857/15 3863/3 3866/14
EAST [14] 3847/4 3857/10 3857/16
3869/25 3870/4 3871/22 3872/1 3872/3
3872/19 3880/20 3903/2 3940/25 3946/5
3948/17
EASTERLY [1] 3869/7
EASTERN [2] 3845/2 3962/8
EBERSOLE [6] 3849/15 3861/5 3941/1
3942/12 3949/5 3953/11
EBERSOLE'S [3] 3861/14 3863/15
3865/15
EBERSOLE/FITZGERALD [1] 3949/5
ECONOMIC [1] 3958/2
ECOSYSTEM [1] 3960/10
EDGE [1] 3902/8
EDWARDS,LLC [1] 3846/5
EFFECT [4] 3858/18 3872/5 3884/5
3921/11
EFFECTIVELY [3] 3852/16 3854/20
3898/1

EFFECTS [3] 3887/25 3888/1 3888/14
EFFICIENCIES [3] 3857/13 3860/17
3860/17
EFFICIENTLY [1] 3857/13
EFFORTS [1] 3935/10
EHRLICH [1] 3847/11
EIGHT [2] 3920/23 3922/15
EIGHT-TENTHS [2] 3920/23 3922/15
EITHER [4] 3906/6 3921/12 3936/20
3937/21
EL [1] 3847/11
EL-AMIN [1] 3847/11
ELEVATION [46] 3849/20 3849/22
3850/14 3851/12 3851/22 3862/17
3862/25 3863/1 3863/24 3888/3 3897/21
3898/3 3898/8 3898/19 3898/25 3899/13
3899/14 3899/16 3905/13 3909/18
3910/2 3910/14 3910/17 3911/2 3913/8
3913/20 3914/7 3914/8 3914/12 3926/24
3927/17 3930/1 3930/3 3930/5 3930/6
3930/8 3940/25 3941/11 3941/24
3942/19 3945/21 3945/21 3946/13
3946/16 3947/4 3952/22
ELEVATIONS [32] 3854/3 3867/2
3904/5 3908/10 3908/11 3911/18
3913/11 3913/14 3913/23 3914/17
3920/11 3924/6 3924/19 3929/4 3931/3
3931/19 3931/22 3932/1 3932/5 3933/17
3936/10 3938/24 3939/1 3939/6 3940/10
3949/9 3949/16 3950/6 3952/20 3953/8
3953/18 3954/25
ELIMINATE [2] 3872/11 3911/20
ELIMINATED [3] 3872/15 3873/4 3873/8
ELIMINATION [1] 3873/6
ELISA [1] 3847/3
ELLIPSOID [1] 3907/8
ELMO [1] 3951/22
ELSE [5] 3855/6 3865/21 3873/5
3874/20 3938/11
ELWOOD [2] 3846/22 3846/23
EMPHASIZES [2] 3957/23 3958/2
EMPIRICAL [2] 3952/19 3952/25
ENCLOSING [1] 3958/5
ENCOMPASSES [1] 3893/1
ENCOURAGES [1] 3958/13
END [12] 3850/19 3857/25 3865/24
3870/17 3906/21 3920/20 3920/21
3922/15 3923/17 3946/6 3946/7 3956/2
ENGINEER [6] 3891/11 3957/21
3958/16 3959/13 3959/25 3960/7
ENGINEERING [12] 3884/24 3891/12
3891/18 3892/8 3892/19 3893/2 3893/3
3893/7 3896/18 3896/20 3921/25
3931/13
ENGINEERS [7] 3876/15 3884/25
3893/5 3897/23 3898/5 3921/22 3950/15
ENGLISH [2] 3872/23 3953/2
ENLARGEMENT [2] 3886/6 3888/12
ENOUGH [5] 3884/9 3884/10 3887/10
3936/14 3942/13
ENTIRE [3] 3879/2 3903/9 3948/20
ENTIRELY [2] 3872/16 3884/13
ENTITIES [1] 3956/14
ENTITLED [2] 3921/20 3962/12
ENVELOPE [1] 3880/23
ENVIRONMENT [1] 3958/3
ENVIRONMENTAL [5] 3958/23 3959/4
3959/20 3960/1 3960/14
EPOCH [3] 3920/15 3922/19 3922/19
EQUALIZATION [1] 3857/19
EQUALIZING [1] 3857/13
EQUIPMENT [2] 3891/24 3895/7
EQUIVALENT [1] 3950/15
ERASE [1] 3934/7

ERDC [1] 3884/24
EROSION [4] 3926/1 3928/9 3930/18
3956/19 3958/7 3958/12 3958/19 3959/3
3959/17 3960/4
ERROR [5] 3907/5 3908/20 3939/6
3944/4 3945/24
ERRORS [2] 3913/18 3931/12
ESQ [31] 3845/15 3845/18 3845/19
3845/22 3845/22 3846/3 3846/6 3846/9
3846/12 3846/16 3846/19 3846/20
3846/23 3847/3 3847/3 3847/6 3847/6
3847/10 3847/11 3847/11 3847/12
3847/12 3847/13 3847/13 3847/14
3847/14 3847/15 3847/15 3847/16
3847/16 3847/17
ESSENCE [1] 3928/13
ESSENTIAL [1] 3912/15
ESSENTIALLY [13] 3852/10 3854/19
3855/9 3857/12 3857/18 3860/22
3869/23 3872/10 3877/12 3881/20
3882/8 3883/14 3886/2
ESTABLISH [3] 3876/19 3935/4 3956/22
ESTABLISHED [2] 3937/2 3938/3
ESTIMATE [1] 3880/24
ESTIMATED [1] 3872/17
ET [2] 3845/5 3845/7
ETC [4] 3857/23 3877/24 3889/13
3948/6
EUREKA [3] 3934/19 3934/23 3955/13
EUROPEAN [1] 3892/25
EVEN [12] 3869/9 3871/24 3877/8
3884/9 3886/15 3887/22 3912/11
3917/12 3918/11 3925/22 3935/16
3952/19
EVENING [2] 3962/2 3962/4
EVENT [1] 3938/2
EVER [1] 3869/16
EVERY [2] 3937/24 3943/24
EVERYBODY [1] 3880/5
EVERYTHING [3] 3879/25 3905/8
3923/12
EVERYWHERE [1] 3886/13
EVIDENCE [10] 3871/4 3878/19 3878/23
3878/24 3901/7 3933/8 3961/4 3961/5
3961/7 3961/14
EXACT [3] 3863/24 3909/19 3918/7
EXACTLY [7] 3901/19 3910/8 3910/10
3912/4 3913/4 3930/2 3944/4
EXAMINATION [6] 3849/7 3878/24
3897/12 3924/13 3935/1 3956/17
EXAMINE [2] 3954/1 3956/3
EXAMINED [2] 3931/16 3934/4
EXAMINING [1] 3923/19
EXAMPLE [4] 3858/10 3859/24 3883/19
3912/8
EXAMPLES [1] 3902/6
EXCEPT [1] 3862/8
EXCEPTION [2] 3941/25 3957/17
EXCEPTIONAL [2] 3953/5 3953/7
EXCUSE [5] 3921/9 3922/17 3923/24
3928/13 3961/22
EXECUTED [1] 3895/22
EXECUTIVE [1] 3908/1
EXERCISED [1] 3953/5
EXHIBIT [2] 3917/1 3956/7
EXHIBITS [7] 3890/14 3923/15 3955/16
3956/23 3957/18 3960/13 3961/14
EXIST [4] 3850/2 3850/2 3856/18
3857/11
EXISTENCE [1] 3849/24
EXPECT [3] 3929/3 3947/18
EXPECTED [1] 3926/24
EXPERIENCE [1] 3918/14

## E

EXPERIMENT [1] 3958/14
EXPERIMENTING [1] 3893/14
EXPERT [9] 3849/16 3896/20 3909/4
3911/4 3932/8 3932/22 3936/15 3952/10
3960/24
EXPERTISE [1] 3891/12
EXPERTS [12] 3866/25 3905/6 3905/10
3905/15 3922/1 3923/8 3932/13 3936/2
3938/23 3947/3 3949/7 3954/14
EXPLAIN [1] 3850/1 3875/18 3885/20
3893/13 3909/5 3912/15 3913/22
3917/20 3921/3 3930/18 3951/5
EXPLAINING [1] 3960/8
EXPLAINS [6] 3887/10 3921/21 3958/24
3959/2 3959/6 3959/8
EXPLANATION [1] 3850/12
EXPRESSED [3] 3890/17 3924/8 3935/7
EXPRESSING [1] 3924/7
EXPRESSLY [1] 3939/5
EXTEND [1] 3914/11
EXTENSION [2] 3949/18 3949/25
EXTENSIVELY [1] 3896/15
EXTENT [1] 3889/7
EXTRACTION [1] 3913/19

## F

FACT [19] 3859/16 3861/14 3864/8
3869/9 3873/3 3873/7 3874/2 3874/15
3884/12 3909/21 3910/15 3917/15
3935/17 3936/15 3939/4 3940/14
3948/15 3949/7 3960/22
FACTOR [3] 3863/25 3931/14 3932/20
FACTORS [1] 3874/1
FACTS [1] 3880/1
FAILURE [1] 3866/8
FAIR [4] 3862/21 3938/6 3942/13 3956/1
FAIRLY [6] 3864/8 3865/25 3877/9
3906/3 3911/13 3955/11
FALL [4] 3852/8 3852/14 3864/11
3956/23
FALLING [7] 3851/25 3852/13 3855/10
3857/22 3860/6 3860/12 3866/4
FAMILIAR [3] 3867/25 3886/21 3886/23
FAR [1] 3909/8
FASHION [1] 3898/16
FAYARD [2] 3846/16 3846/16
FCRR [3] 3847/20 3962/7 3962/15
FEASIBILITY [2] 3959/19 3959/22
FEATHERING [2] 3899/17 3899/24
FEATURE [1] 3900/4
FEATURES [8] 3858/19 3858/20
3858/22 3858/22 3866/12 3900/5 3909/3
3938/25
FEBRUARY [2] 3915/16 3959/24
FEBRUARY 1999 [1] 3959/24
FEDERATION [1] 3957/8
FEELING [1] 3851/23
FEET [100] 3850/20 3852/5 3852/18
3852/18 3852/19 3852/19 3852/24
3852/25 3853/2 3853/3 3853/6 3853/7
3858/25 3859/2 3859/3 3859/16 3859/19
3859/20 3862/21 3862/23 3863/2 3863/3
3863/3 3863/3 3863/14 3863/14 3864/7
3864/17 3865/6 3865/8 3865/15 3865/15
3869/11 3869/18 3869/19 3876/1 3876/3
3876/7 3877/8 3877/20 3877/24 3878/25
3881/2 3881/3 3882/25 3883/12 3887/21
3898/9 3900/16 3900/17 3900/21
3902/22 3902/23 3903/6 3903/7 3903/9
3904/11 3904/12 3904/24 3909/18
3910/1 3910/18 3914/9 3914/12 3914/20

3914/22 3914/22 3918/22 3922/20
3922/22 3926/11 3926/22 3926/25
3926/22 3927/18 3927/21 3928/5 3928/6
3928/7 3928/7 3928/8 3928/11 3937/3
3937/3 3937/12 3938/4 3939/7 3941/2
3941/11 3941/21 3942/11 3947/4
3953/23 3954/3 3954/3 3954/12 3954/19
3954/20 3954/20
FEMA [3] 3895/9 3895/22 3897/20
FERRY [1] 3896/5
FEW [7] 3922/24 3928/11 3935/3 3935/4
3945/6 3956/2 3956/10
FIELD [1] 3899/4
FIFTH [1] 3925/18
FIGURE [21] 3859/9 3882/3 3882/18
3882/20 3883/4 3883/11 3884/1 3884/22
3886/13 3886/18 3905/25 3906/2 3909/4
3925/7 3937/18 3942/24 3942/24
3942/25 3943/10 3944/3 3953/3
FIGURES [2] 3876/6 3876/7
FINAL [2] 3950/5 3961/12
FINALLY [1] 3908/22
FIND [4] 3886/6 3932/23 3945/20 3952/5
FINDING [1] 3871/21
FINDINGS [7] 3869/4 3870/16 3872/5
3881/17 3885/20 3886/4 3887/16
FINE [6] 3871/13 3871/14 3889/24
3889/25 3929/1 3934/3
FINEL [14] 3849/16 3850/1 3850/6
3850/8 3861/3 3861/10 3861/15 3862/5
3862/11 3866/1 3866/8 3886/21 3887/6
3887/9
FINEL/S08 [1] 3862/11
FINISHED [1] 3888/20
FIRE [2] 3895/24 3896/6
FIRES [1] 3898/17
FIRING [2] 3893/16 3906/16
FIRM [4] 3845/21 3846/9 3846/12
3847/2
FIRST [23] 3850/4 3850/16 3857/19
3861/9 3866/4 3866/21 3869/5 3873/12
3875/4 3887/17 3891/2 3892/16 3894/21
3895/20 3900/11 3913/15 3924/11
3934/8 3934/14 3935/6 3939/10 3956/3
3961/21
FIT [2] 3898/24 3899/23
FITZGERALD [4] 3941/1 3941/7 3949/5
3953/11
FITZGERALD'S [2] 3931/25 3942/11
FIVE [6] 3875/16 3888/25 3898/10
3924/11 3925/8 3927/14
FIX [1] 3961/1
FIXED [1] 3906/6
FIXED-WING [1] 3906/6
FLAT [2] 3920/21 3921/6
FLOATING [3] 3945/15 3945/17
FLOOD [13] 3895/9 3895/22 3904/6
3904/18 3908/16 3908/18 3909/25
3912/19 3928/18 3928/22 3932/13
3933/17 3946/25
FLOODING [2] 3932/1 3954/24
FLOOR [4] 3899/8 3899/9 3899/12
3940/20
FLORIDA [1] 3846/17
FLOW [13] 3852/1 3857/15 3857/21
3869/25 3881/6 3881/11 3881/15 3882/8
3882/9 3882/10 3883/7 3888/2 3888/6
FLOWED [1] 3871/21
FLOWN [12] 3897/19 3897/22 3897/24
3898/4 3898/6 3899/19 3902/20 3904/7
3910/12 3912/20 3925/13 3926/17
FLUX [2] 3870/9 3870/10
FLUXES [1] 3855/12

FLY [3] 3906/6 3937/4 3937/10
FLYING [3] 3896/1 3906/20 3912/25
FOCUSED [1] 3957/11
FOLDER [1] 3889/16
FOLIAGE [1] 3902/2
FOLLOW [1] 3892/14
FOLLOW-UP [1] 3892/14
FOLLOWING [3] 3956/23 3957/18
3960/13
FOLLOWS [1] 3849/6 3890/22
FOOT [85] 3853/8 3854/7 3854/8 3859/1
3863/16 3863/18 3863/20 3863/21
3864/21 3866/24 3869/19 3872/20
3872/21 3886/15 3886/17 3897/21
3898/3 3899/13 3900/15 3904/25 3905/1
3905/5 3910/1 3910/14 3911/12 3911/16
3912/17 3912/25 3913/3 3914/2 3914/3
3914/19 3917/23 3918/4 3920/22
3920/23 3921/8 3922/15 3922/16
3922/20 3923/4 3924/23 3925/11
3925/12 3925/14 3925/17 3925/19
3925/25 3926/1 3926/20 3927/1 3927/9
3927/18 3927/19 3929/9 3929/19
3929/20 3929/23 3930/6 3930/24
3930/25 3936/5 3940/21 3941/23
3942/25 3943/1 3943/4 3943/6 3944/13
3944/15 3944/25 3947/12 3947/13
3947/17 3947/21 3948/3 3948/7 3948/11
3948/11 3948/13 3949/11 3951/13
3951/14 3952/21 3953/16
FOOTPRINT [1] 3867/7
FORCE [1] 3873/21
FOREGOING [1] 3962/9
FORESHORE [1] 3958/25
FORM [3] 3897/20 3900/10 3934/13
FORMULATING [1] 3905/16
FORT [2] 3891/18 3891/19
FORTH [1] 3907/1
FORWARD [1] 3906/20
FOUND [5] 3861/21 3883/2 3933/5
3933/8 3933/10
FOUNDATION [1] 3958/22
FOUR [1] 3879/2
FRANK [1] 3846/9
FRANKLIN [1] 3847/17
FREDERICTON [1] 3892/20
FREE [1] 3916/5
FRICTION [4] 3873/18 3873/19 3873/21
3883/14
FRICTIONAL [8] 3869/12 3873/21
3873/25 3883/16 3883/19 3883/23
3886/1 3888/1
FRUSTRATED [1] 3879/15
FRUSTRATION [1] 3879/18
FULL [3] 3877/15 3890/23 3908/2
FULLY [1] 3858/6
FUNCTION [2] 3956/21 3957/17
FUNDED [1] 3895/5
FUNDING [1] 3957/13
FURTHER [15] 3883/20 3883/25
3888/16 3914/22 3922/16 3923/6 3929/6
3933/20 3934/5 3939/22 3952/5 3957/25
3958/1 3958/18 3959/6

## G

GAME [1] 3875/12
GAPS [1] 3906/23
GATES [1] 3959/10
GAUGE [2] 3849/17 3850/3
GAVE [2] 3861/23 3948/5
GENERAL [9] 3860/24 3861/9 3888/6
3894/2 3898/12 3922/3 3922/5 3922/6

**G**

GENERAL... [1]  3935/15
GENERALLY [1]  3945/9
GENERATE [4]  3893/18 3932/19 3943/8
3944/17
GENERATED [5]  3935/11 3935/13
3935/18 3943/10 3959/22
GENERATING [1]  3899/11
GENERATION [1]  3893/23
GEODESY [3]  3892/18 3892/21 3892/22
GEODETIC [6]  3918/8 3919/16 3920/2
3920/3 3922/18 3923/2
GEOMATICS [4]  3892/18 3892/24
3892/25 3893/2
GET [30]  3851/23 3851/25 3854/23
3856/15 3857/14 3858/17 3859/7
3862/12 3865/14 3871/10 3873/16
3874/15 3878/8 3878/22 3885/6 3885/17
3887/9 3889/3 3889/22 3897/14 3897/15
3898/18 3907/17 3916/10 3918/18
3918/19 3918/24 3924/18 3925/24
3951/20
GETS [4]  3866/20 3867/16 3879/23
3908/17
GETTING [5]  3852/21 3854/16 3878/23
3940/24 3961/25
GILBERT [2]  3847/2 3847/3
GIS [6]  3914/25 3915/7 3915/10 3916/4
3917/12 3917/13
GIVE [11]  3861/11 3879/21 3881/4
3891/7 3910/17 3910/18 3914/16 3918/7
3921/14 3928/11 3960/18
GIVEN [4]  3861/24 3875/14 3900/3
3955/25
GIVES [5]  3850/11 3889/7 3909/22
3910/7 3930/1
GIVING [1]  3874/14
GIWW [4]  3872/17 3882/9 3882/14
3883/24
GIWW/MRGO [1]  3883/24
GIZMO [3]  3943/3 3943/12 3943/14
GLAD [3]  3871/14 3940/13 3956/8
GLARINGLY [1]  3875/9
GO [55]  3850/22 3851/2 3851/7 3852/3
3852/6 3852/14 3853/10 3853/14 3854/8
3855/7 3855/8 3855/11 3856/10 3856/20
3858/24 3867/3 3868/1 3869/22 3872/4
3873/10 3874/10 3875/9 3875/16
3876/24 3880/5 3880/18 3881/15 3882/3
3882/21 3887/12 3888/23 3890/6 3890/8
3900/11 3900/19 3902/8 3909/8 3913/21
3916/4 3917/19 3921/3 3922/16 3922/19
3924/21 3927/17 3928/12 3932/8
3935/14 3939/14 3941/22 3942/8
3944/12 3951/8 3956/1 3961/11
GOALPOST [2]  3941/18 3941/18
GOES [1]  3905/12
GOING [45]  3857/21 3862/1 3866/22
3867/3 3872/24 3874/15 3874/23 3875/1
3875/4 3875/6 3875/13 3878/7 3879/21
3879/24 3880/1 3883/10 3885/14 3890/6
3890/16 3905/13 3907/17 3907/18
3909/7 3909/23 3916/4 3916/7 3917/5
3922/5 3922/11 3923/7 3924/16 3934/13
3934/19 3937/16 3940/2 3940/6 3942/16
3942/18 3942/19 3942/20 3945/4 3945/8
3945/25 3948/1 3961/3
GOLDBERG [1]  3906/18
GOLDEN [5]  3852/12 3852/16 3853/14
3856/12 3884/14
GOOD [8]  3878/1 3891/3 3891/4
3892/13 3903/14 3938/11 3943/20

3955/24
GOOGLE [1]  3923/18
GOT [9]  3867/16 3876/21 3879/16
3915/4 3915/21 3915/25 3916/9 3930/3
3940/17
GOTTEN [3]  3871/1 3871/5 3879/25
GOVERNMENT [7]  3846/13 3889/7
3889/14 3890/11 3916/10 3956/14
3959/14
GOVERNMENT'S [1]  3915/22
GPS [8]  3891/20 3891/22 3892/7
3893/11 3893/20 3906/10 3906/14
3907/7
GRAB [1]  3887/19
GRADE [3]  3922/25 3923/1 3923/1
GRADIENT [4]  3850/18 3852/17
3852/20 3853/8
GRADIENTS [1]  3853/18
GRADUATION [1]  3891/15
GRAND [1]  3895/22
GRAND CANYON [1]  3895/22
GRANDMOTHER'S [1]  3943/18
GRAPH [6]  3861/25 3864/14 3864/16
3865/6 3941/6 3942/1
GRAPHIC [7]  3849/11 3849/19 3851/22
3871/10 3871/11 3874/22 3875/18
GRAPHICALLY [1]  3875/2
GRAPHICS [3]  3849/7 3874/1 3889/8
GREATER [2]  3873/19 3910/13
GREEN [14]  3854/5 3863/9 3910/3
3910/11 3910/16 3911/15 3914/2
3917/23 3925/18 3927/4 3927/5 3927/20
3927/21 3929/21
GREENS [1]  3876/1
GREIF [1]  3847/12
GRID [49]  3876/14 3897/21 3898/3
3898/22 3898/24 3899/3 3899/11
3899/13 3905/1 3908/22 3909/1 3909/21
3909/24 3910/15 3911/16 3912/1
3912/17 3913/7 3914/2 3914/3 3917/23
3925/12 3925/17 3925/19 3926/6
3926/20 3927/2 3927/18 3929/20
3929/23 3930/25 3940/21 3942/25
3943/1 3943/4 3944/13 3944/15 3944/25
3946/12 3946/19 3946/23 3947/12
3947/13 3947/17 3948/3 3948/7 3948/11
3948/13 3953/16
GRIDDED [23]  3898/2 3898/9 3898/14
3899/25 3900/2 3904/21 3904/23 3905/9
3905/13 3910/14 3911/12 3924/23
3927/9 3927/25 3928/25 3929/2 3929/9
3930/5 3930/16 3930/23 3939/8 3949/11
3954/10
GRIDING [8]  3904/22 3912/7 3912/9
3926/23 3927/1 3927/3 3947/19 3953/20
GROUND [24]  3897/4 3898/16 3898/17
3898/19 3900/4 3903/15 3903/16 3904/3
3906/21 3906/24 3908/10 3908/11
3912/20 3912/25 3935/23 3936/4
3936/16 3940/1 3947/16 3950/20 3951/6
3951/9 3951/12 3953/14
GROUP [2]  3847/7 3894/5
GROUPS [1]  3956/14
GROWTH [1]  3958/2
GUESS [2]  3885/3 3938/23
GUIDE [1]  3914/19
GUIDELINES [4]  3900/10 3903/22
3951/19 3952/4
GULF [2]  3887/20 3920/1
GYRE [3]  3852/11 3856/14 3856/18

**H**

H1 [19]  3862/17 3863/15 3867/19

3872/14 3874/6 3874/7 3874/24 3875/21
3875/10 3880/8 3881/19 3882/4 3882/16
3884/2 3885/5 3885/9 3885/12 3886/2
3886/10
H3 [5]  3872/15 3881/19 3882/4 3882/17
3884/2
H6 [3]  3867/19 3886/2 3886/11
HAD [28]  3854/7 3856/13 3859/8
3869/10 3873/12 3873/13 3876/15
3887/8 3888/14 3893/19 3908/1 3908/2
3911/17 3913/18 3915/1 3915/21
3915/22 3921/22 3922/19 3935/22
3941/6 3941/7 3943/4 3946/10 3950/4
3951/13 3953/24 3954/7
HALF [12]  3865/16 3865/17 3877/8
3886/17 3900/15 3910/1 3936/5 3938/9
3938/21 3947/21 3951/13 3951/14
HALFWAY [3]  3861/16 3862/4 3929/13
HAND [8]  3851/3 3896/4 3901/24
3909/11 3911/14 3912/12 3915/12
3927/11
HAPPEN [1]  3899/6
HAPPENED [2]  3858/25 3873/11
HAPPENING [4]  3850/12 3852/1
3852/23 3884/8
HAPPY [2]  3871/15 3880/2
HARBOR [3]  3849/10 3860/16 3957/1
HARD [4]  3901/6 3909/12 3916/12
3930/12
HARDER [1]  3908/19
HAS [30]  3849/11 3850/10 3852/20
3856/20 3857/14 3865/7 3872/12
3872/19 3875/8 3880/4 3891/15 3892/5
3907/4 3910/13 3910/14 3912/20 3915/5
3924/8 3924/14 3924/17 3926/21 3927/2
3928/20 3934/1 3936/9 3937/24 3943/14
3958/25 3959/7 3960/25
HAT [2]  3943/18 3943/21
HATE [1]  3861/21
HAVE [147]
HAVEN'T [6]  3871/5 3877/22 3878/24
3935/22 3945/25 3950/4
HAVING [5]  3849/5 3855/2 3881/12
3883/6 3890/21
HB [1]  3847/20
HB-406 [1]  3847/20
HE [46]  3864/2 3874/14 3874/25
3877/25 3877/25 3878/4 3879/10
3890/17 3890/18 3891/15 3891/16
3891/19 3891/25 3892/1 3892/5 3892/7
3915/4 3915/5 3915/12 3915/14 3915/15
3921/1 3921/10 3921/11 3922/2 3922/3
3922/7 3924/2 3924/4 3924/8 3924/9
3924/14 3924/17 3929/12 3934/1 3934/1
3934/3 3936/20 3936/20 3936/25
3937/23 3937/23 3937/24 3942/12
3951/5 3952/15
HE'S [5]  3878/4 3915/25 3922/5 3924/7
3946/21
HEAD [1]  3943/25
HEADED [1]  3943/2
HEAR [1]  3879/20
HEARD [3]  3877/23 3877/23 3878/24
HEARING [1]  3957/22
HEART [1]  3886/15
HEAVY [2]  3891/23 3895/17
HEIGHT [9]  3864/17 3906/25 3909/25
3912/18 3923/4 3926/15 3928/15
3928/17 3946/25
HEIGHTS [2]  3919/3 3953/11
HELD [1]  3866/19
HELICOPTER [1]  3906/7
HELP [1]  3889/23

# H

HELPS [2] 3865/13 3865/18
HERE [98] 3849/10 3851/5 3851/9
3851/17 3852/18 3852/18 3852/19
3852/19 3852/23 3853/1 3853/3 3853/16
3854/8 3855/2 3856/20 3856/21 3856/23
3857/15 3858/21 3858/21 3860/16
3860/17 3861/8 3865/10 3865/11
3866/23 3867/16 3870/4 3871/16
3872/18 3872/19 3872/20 3872/22
3874/6 3874/10 3874/16 3875/12
3875/24 3879/4 3880/9 3880/14 3880/15
3880/16 3883/1 3883/11 3885/6 3886/20
3899/7 3899/8 3901/8 3901/9 3901/21
3902/8 3902/10 3902/14 3906/5 3908/2
3909/17 3909/24 3910/16 3912/12
3914/5 3914/16 3922/25 3924/25 3925/2
3925/2 3925/2 3925/6 3925/14 3925/22
3925/25 3925/25 3926/12 3926/22
3927/5 3927/10 3927/10 3927/10
3927/18 3927/22 3928/9 3929/3 3930/11
3930/21 3941/6 3941/17 3941/18
3941/19 3941/20 3941/21 3942/5
3943/12 3945/13 3946/5 3946/13
3948/19 3956/1
HERE'S [1] 3880/14
HEREBY [1] 3962/9
HIGH [10] 3853/18 3856/20 3857/4
3858/9 3859/23 3862/8 3892/2 3894/22
3894/23 3942/16
HIGH-ALTITUDE [3] 3892/2 3894/22
3894/23
HIGHER [16] 3859/16 3859/19 3859/21
3860/5 3860/23 3861/13 3863/16
3903/23 3904/13 3910/12 3942/19
3944/25 3945/4 3945/22 3946/18
3951/10
HIGHEST [3] 3865/5 3942/20 3945/16
HIM [8] 3877/17 3878/7 3878/11
3922/12 3934/4 3934/7 3941/13 3944/18
HIS [39] 3870/15 3871/8 3875/1 3877/13
3878/5 3878/6 3882/4 3890/16 3890/17
3891/15 3891/21 3897/8 3915/4 3915/4
3915/6 3915/13 3915/16 3915/24
3915/25 3916/24 3916/24 3917/2 3917/3
3921/10 3921/12 3921/12 3921/13
3921/13 3921/14 3922/5 3922/8 3922/8
3924/1 3924/1 3937/2 3937/22 3942/12
3951/23 3952/12
HISTORICAL [1] 3918/17
HIT [2] 3899/6 3899/8
HITS [2] 3898/17 3913/6
HOLD [1] 3950/8
HOLIDAY [1] 3901/22
HOLIDAYS [3] 3901/2 3901/5 3902/14
HOMES [1] 3954/24
HONEYCUTT [1] 3846/16
HONOR [56] 3855/11 3857/24 3861/20
3862/18 3862/23 3863/1 3863/10
3863/23 3866/22 3870/8 3871/16
3874/12 3874/16 3874/18 3875/3 3875/8
3877/11 3878/12 3878/17 3879/10
3879/12 3879/15 3884/17 3888/18
3888/23 3889/6 3890/4 3890/10 3890/11
3891/2 3896/19 3896/23 3910/10 3912/4
3915/8 3915/10 3915/19 3916/14
3916/23 3920/24 3924/15 3930/2
3933/20 3934/5 3934/10 3934/22
3950/25 3954/15 3955/3 3955/6 3955/20
3955/23 3957/14 3960/18 3961/6
3961/12
HONOR'S [1] 3877/11

HONORABLE [1] 3845/11
HONORS [1] 3907/14
HOPEFULLY [2] 3907/19 3934/20
HORIZONTAL [8] 3899/22 3914/6
3914/14 3918/2 3918/8 3918/12 3918/14
3918/19
HORIZONTALLY [1] 3918/5
HOUR [4] 3862/18 3865/16 3865/17
3890/6
HOURS [10] 3854/24 3862/25 3863/6
3863/10 3863/12 3863/13 3865/10
3890/7 3890/7 3890/8
HOUSEKEEPING [2] 3889/6 3956/2
HOW [28] 3853/13 3864/20 3865/14
3875/22 3876/18 3877/14 3879/8
3880/25 3887/3 3888/23 3895/15 3901/8
3903/21 3904/20 3905/24 3908/25
3911/5 3911/8 3913/17 3920/6 3921/21
3931/10 3934/16 3942/3 3948/6 3952/14
3953/23 3961/1
HOWEVER [4] 3850/23 3870/1 3929/1
3947/19
HUGE [4] 3869/13 3884/9 3884/9
3887/17
HUMAN [3] 3940/15 3945/4 3946/12
HUMANS [3] 3940/15 3942/15 3953/2
HUMP [2] 3854/17 3857/6
HUMPS [1] 3850/2
HUNDRED [1] 3884/15
HUNDRED-YEAR [1] 3884/15
HURRICANE [3] 3849/23 3898/6
3960/11
HYDRAULIC [8] 3866/17 3872/7
3880/10 3880/21 3881/5 3888/14 3912/1
3932/13
HYDRAULICALLY [1] 3857/14
HYDRAULICS [1] 3888/1
HYDROGRAPH [27] 3849/11 3851/7
3851/13 3851/14 3851/14 3851/21
3851/24 3851/25 3852/13 3852/21
3853/8 3854/12 3854/22 3854/23
3856/16 3857/6 3857/9 3857/22 3858/8
3859/24 3860/6 3860/12 3860/14
3860/15 3860/17 3864/7 3864/25
HYDROGRAPHS [13] 3849/9 3850/5
3850/6 3855/10 3858/10 3859/7 3859/9
3860/8 3861/9 3865/23 3867/1 3882/22
3882/22
HYDROLOGIC [2] 3879/6 3935/10
HYPOTHETICAL [1] 3912/21
HYPOTHETICALLY [1] 3922/22

# I

I'D [10] 3849/9 3855/11 3885/2 3889/7
3889/18 3889/21 3891/7 3897/14
3933/21 3935/4
I'LL [12] 3863/9 3871/10 3888/19 3890/9
3897/18 3898/1 3921/15 3934/7 3938/10
3947/7 3950/10 3955/10
I'M [52] 3851/1 3852/3 3853/1 3853/1
3855/2 3864/13 3865/3 3865/6 3865/8
3867/18 3871/14 3875/13 3875/21
3877/5 3877/24 3878/7 3878/23 3878/25
3879/20 3879/22 3879/23 3880/2
3885/14 3890/19 3891/4 3907/16 3909/7
3909/23 3916/4 3916/25 3917/3 3917/5
3922/11 3924/16 3931/13 3931/14
3934/13 3934/18 3937/16 3939/4
3940/13 3945/11 3945/25 3946/23
3948/1 3950/25 3952/7 3954/12 3954/15
3956/1 3956/8 3961/10
I'VE [12] 3871/1 3875/14 3877/23
3878/22 3878/23 3879/25 3886/20

3905/8 3914/5 3934/3 3950/2 3955/9
3957/23 3958/8
IDEA [2] 3884/18 3937/24
IDENTICAL [1] 3882/19
IDENTIFIES [1] 3960/4
IDENTIFYING [1] 3913/22
IF [154]
IHNC [22] 3850/1 3850/19 3851/14
3851/17 3852/18 3853/12 3858/8
3859/18 3860/13 3860/18 3861/11
3881/21 3882/2 3882/9 3882/15 3883/3
3883/13 3883/17 3883/21 3884/10
3886/15 3888/10
II [2] 3846/24 3847/6
ILLUSTRATE [1] 3924/9
ILLUSTRATES [2] 3917/1 3924/17
ILLUSTRATION [1] 3911/5
ILLUSTRATIVE [2] 3912/21 3914/15
IMAGE [20] 3901/4 3910/21 3911/2
3911/14 3923/16 3924/21 3927/7
3927/16 3928/3 3929/6 3929/8 3929/17
3939/11 3942/3 3942/6 3943/8 3943/10
3945/7 3946/9 3946/24
IMAGES [6] 3934/16 3940/3 3940/19
3942/16 3945/8 3945/15
IMAGING [2] 3896/2 3911/6
IMMEDIATELY [1] 3898/6
IMPACT [10] 3872/12 3873/12 3881/17
3881/22 3882/8 3882/14 3882/15
3882/19 3883/3 3960/3
IMPACTS [1] 3959/4 3960/1 3960/14
IMPLEMENTED [3] 3894/17 3894/21
3959/3
IMPLICATIONS [1] 3942/2
IMPLY [1] 3951/7
IMPORTANT [6] 3856/21 3870/3 3870/6
3874/1 3887/25 3953/12
IMPOSED [1] 3954/10
IMPRECISION [2] 3953/17 3953/19
IN [446]
INABILITY [1] 3858/5
INACCURACIES [8] 3907/2 3907/11
3907/13 3908/5 3908/6 3913/13 3913/22
3931/7
INADEQUATE [1] 3957/13
INAPPROPRIATE [1] 3905/14
INC [2] 3895/6 3957/8
INCH [4] 3938/9 3938/20 3938/21
3955/1
INCHES [10] 3884/16 3922/24 3928/11
3930/4 3930/7 3936/12 3937/4 3937/5
3937/12 3937/15
INCLUDE [4] 3862/24 3896/10 3931/18
3960/9
INCLUDED [2] 3886/12 3959/10
INCLUDES [2] 3891/13 3896/21
INCLUDING [4] 3892/3 3896/14 3956/18
3959/20
INCONCLUSIVE [1] 3902/5
INCREASE [4] 3873/23 3881/14 3883/22
3888/9
INCREASED [3] 3880/25 3881/10
3885/25
INCREASES [2] 3888/3 3922/20
INDEPENDENTLY [2] 3951/18 3952/3
INDICATE [1] 3875/25
INDICATES [1] 3914/4
INDUCE [1] 3912/6
INDUCED [2] 3858/16 3954/13
INDUSTRIAL [1] 3853/5
INERTIAL [1] 3906/13
INFLUENCE [1] 3873/18 3874/25
3885/21

**I**

INFORMATION [9] 3874/15 3874/15 3915/17 3915/21 3915/24 3915/25 3916/10 3952/12 3952/15
INHERENT [4] 3896/12 3907/6 3913/18 3931/5
INHERIT [1] 3907/4
INITIAL [2] 3867/7 3957/24
INNER [2] 3849/10 3860/16
INPUT [2] 3931/16 3931/19
INQUIRIES [1] 3960/1
INS [1] 3906/13
INSET [3] 3851/3 3851/14 3851/21
INSIDE [2] 3883/6 3887/9
INSTEAD [1] 3883/6
INSTRUCTED [1] 3942/12
INSURERS [1] 3847/2
INTEGRATED [1] 3891/20
INTEND [1] 3890/14
INTENDED [3] 3905/23 3918/12 3951/12
INTENDS [1] 3922/7
INTEREST [1] 3956/14
INTERIM [1] 3959/16
INTERNATIONAL [1] 3894/3
INTERPOLATE [1] 3863/8
INTERPRET [1] 3940/17
INTERPRETATION [1] 3946/12
INTERRUPT [1] 3851/1
INTERRUPTION [1] 3907/25
INTERVAL [1] 3906/17
INTO [35] 3855/11 3856/9 3857/21 3866/22 3870/7 3874/8 3875/21 3880/18 3883/17 3883/20 3886/13 3889/22 3891/25 3892/13 3894/19 3895/17 3896/5 3897/14 3899/3 3900/11 3900/19 3905/17 3905/24 3908/17 3916/10 3918/18 3918/19 3918/24 3931/7 3942/3 3951/8 3954/11 3956/23 3961/5 3961/13
INTRINSIC [1] 3912/2
INTRODUCED [3] 3875/4 3908/21 3947/20
INTRUSION [3] 3956/19 3960/3 3960/11
INUNDATION [1] 3870/16
INVESTIGATION [1] 3960/10
INVESTIGATIONS [1] 3921/25
INVOKED [1] 3877/16
INVOLVED [2] 3922/4 3954/21
IPET [2] 3921/22 3921/22
IRREGULAR [1] 3911/22
IS [404]
ISLANDS [2] 3880/19 3880/20
ISN'T [3] 3874/22 3879/8 3884/8
ISSUE [6] 3874/13 3919/12 3922/4 3928/12 3953/12 3954/8
ISSUES [6] 3912/6 3919/9 3919/10 3922/7 3957/19 3961/15
IT [261]
IT'LL [1] 3934/20
IT'S [113] 3849/13 3851/23 3852/23 3854/16 3855/1 3857/4 3857/15 3858/12 3859/20 3863/2 3863/14 3863/17 3863/17 3863/18 3863/23 3863/25 3864/2 3864/18 3865/10 3865/16 3865/22 3866/13 3867/13 3870/3 3871/14 3873/16 3874/22 3875/4 3875/5 3875/13 3875/20 3878/1 3878/2 3878/12 3878/14 3878/20 3879/15 3880/1 3880/3 3880/13 3881/11 3881/13 3881/14 3882/4 3883/7 3887/7 3887/25 3888/5 3888/7 3894/5 3899/4 3900/3 3900/4 3901/6 3902/5 3902/14 3903/16 3903/17 3903/17 3903/25 3907/6 3907/17

3909/14 3910/4 3910/5 3912/2 3912/5 3912/6 3912/11 3913/1 3915/7 3916/7 3916/9 3916/10 3917/1 3918/9 3918/16 3920/14 3924/1 3924/14 3928/8 3928/20 3928/22 3928/24 3928/25 3929/9 3930/12 3931/5 3932/19 3932/20 3937/4 3937/16 3937/17 3942/20 3943/18 3943/20 3943/23 3943/24 3944/2 3944/7 3944/8 3944/13 3945/4 3945/8 3948/2 3948/9 3951/24 3951/25 3953/6 3953/17 3955/1 3961/19 3961/19
ITS [17] 3857/3 3866/1 3867/7 3872/12 3872/16 3887/19 3891/13 3906/16 3907/1 3907/4 3907/7 3921/11 3922/23 3923/9 3923/18 3951/11 3959/18
ITSELF [6] 3859/1 3906/16 3913/16 3926/17 3939/25 3947/12

**J**

JAGGED [1] 3911/21
JAMES [2] 3846/6 3847/13
JANUARY [3] 3915/15 3959/18 3959/24
JANUARY 1994 [1] 3959/18
JEFFERSON [1] 3846/6
JEFFREY [1] 3847/11
JOANEN [1] 3845/19
JOANNES [1] 3849/5
JOBS [1] 3959/1
JOHN [4] 3847/17 3897/22 3898/4 3906/8
JOINED [1] 3895/17
JOINTLY [1] 3895/4
JONATHAN [1] 3845/22
JOSEPH [2] 3845/18 3845/18
JOSHUA [1] 3846/20
JR [7] 3845/11 3846/9 3846/16 3846/22 3846/23 3847/10 3847/13
JUDGE [6] 3845/11 3871/7 3890/20 3908/2 3916/12 3936/8
JUDGE'S [1] 3940/20
JULY [2] 3915/20 3915/24
JUNE [2] 3958/15 3958/20
JUNE 1 [1] 3958/20
JUNE 17 [1] 3958/15
JUNIOR [1] 3956/17
JUST [85] 3851/9 3853/1 3854/21 3854/22 3856/18 3860/3 3861/20 3865/2 3866/21 3868/2 3869/3 3870/12 3870/15 3871/7 3875/11 3876/8 3878/8 3878/15 3878/25 3881/4 3881/12 3882/1 3882/3 3882/13 3884/1 3886/18 3887/15 3888/5 3890/5 3890/13 3895/18 3896/23 3897/15 3898/12 3899/2 3900/15 3902/6 3903/16 3903/25 3905/12 3905/14 3908/6 3909/18 3912/21 3913/18 3914/6 3914/15 3916/14 3916/16 3917/16 3923/7 3924/5 3924/9 3924/22 3924/23 3925/3 3925/9 3925/10 3925/15 3926/14 3926/16 3928/2 3928/24 3928/25 3929/1 3929/10 3929/24 3931/5 3933/21 3934/1 3934/16 3937/19 3938/13 3939/13 3939/25 3940/3 3940/24 3941/5 3943/1 3946/2 3946/10 3946/11 3950/8 3955/1 3961/9
JUSTICE [1] 3847/9
JX [7] 3906/1 3909/5 3942/23 3949/14 3951/23 3956/25 3957/1
JX-0209 [4] 3906/1 3909/5 3942/23 3951/23
JX-0406 [1] 3957/1
JX-0466 [1] 3949/14
JX-24 [1] 3956/25

**K**

KALIMAH [1] 3847/11
KARA [1] 3847/14
KATHIE [1] 3943/23
KATRINA [63] 3849/23 3862/17 3867/13 3872/14 3882/5 3898/6 3900/12 3902/18 3902/21 3904/20 3904/21 3905/19 3905/20 3909/13 3910/21 3911/11 3914/1 3914/18 3917/22 3918/3 3920/11 3924/24 3925/11 3925/12 3925/17 3926/6 3926/9 3926/16 3926/17 3927/2 3927/19 3927/19 3927/23 3928/4 3928/8 3929/2 3929/19 3929/20 3929/22 3929/23 3930/1 3930/5 3930/6 3930/9 3930/15 3930/22 3930/24 3930/25 3933/18 3936/3 3936/3 3936/6 3936/6 3937/3 3943/6 3944/13 3947/5 3947/20 3947/22 3953/20 3954/10 3954/25
KEA [1] 3845/22
KEEP [1] 3878/19
KEEPING [2] 3860/12 3891/6
KELLS [1] 3847/12
KEPT [1] 3960/25
KIND [7] 3873/15 3874/14 3895/19 3901/14 3912/2 3934/18 3944/2
KINEMATIC [4] 3891/20 3893/11 3893/20 3906/10
KNOW [13] 3852/21 3859/25 3863/24 3865/18 3867/22 3874/19 3876/11 3877/23 3880/2 3915/18 3934/16 3936/21 3937/23 3943/4 3943/5 3944/8 3944/17 3945/10 3946/3 3953/5 3955/24
KNOWING [1] 3901/8
KNOWLEDGE [5] 3877/13 3896/10 3896/11 3957/18 3958/17
KNOWN [1] 3899/17
KNOWS [1] 3936/20

**L**

LABELED [1] 3943/6
LACK [3] 3866/9 3954/16 3959/21
LAFAYETTE [1] 3846/7
LAFOURCHE [1] 3957/7
LAID [2] 3849/17 3917/14
LAKE [18] 3853/9 3853/15 3856/10 3856/24 3857/10 3857/12 3857/21 3858/5 3858/7 3858/13 3858/15 3858/14 3880/14 3882/12 3882/12 3887/23 3957/2 3958/22
LAKE BORGNE [9] 3856/10 3856/24 3857/10 3857/12 3880/14 3880/14 3882/12 3887/23 3957/2
LAKE PONTCHARTRAIN [6] 3853/9 3857/21 3858/5 3858/15 3882/12 3958/22
LAKE PONTCHARTRAIN/SEABROOK [1] 3853/15
LAKES [1] 3873/15
LAND [5] 3873/24 3891/11 3896/4 3919/17 3960/5
LAND-BASED [1] 3919/17
LANDFALL [5] 3850/16 3869/9 3869/16 3871/25 3887/22
LARGE [11] 3866/5 3866/9 3881/11 3881/13 3882/24 3883/7 3883/10 3887/18 3887/19 3887/21 3948/2
LARGELY [1] 3887/23
LARGER [4] 3851/17 3851/21 3909/1 3909/1
LASER [9] 3893/16 3898/16 3898/20 3899/6 3902/15 3906/16 3906/16 3906/20 3906/23

L

LAST [5] 3859/3 3885/3 3887/12 3915/5 3957/11
LASTLY [1] 3888/12
LATE [3] 3893/14 3895/17 3915/17
LATENESS [1] 3916/2
LATER [3] 3853/10 3934/20 3950/13
LATITUDE [2] 3875/14 3875/15
LAW [5] 3845/18 3845/21 3846/9 3846/12 3846/22
LAWN [1] 3846/3
LAWYER'S [1] 3846/13
LAWYERS [1] 3879/22
LAY [1] 3917/10
LAYER [1] 3917/10
LAYERS [2] 3916/20 3917/7
LEADS [1] 3857/6
LEARN [1] 3940/13
LEAST [3] 3895/7 3934/19 3962/1
LEAVE [1] 3907/15
LED [1] 3892/1
LEE [1] 3943/23
LEFT [4] 3882/18 3895/10 3908/4 3939/20
LEGEND [1] 3925/21
LEGISLATURE [3] 3957/3 3957/4 3957/6
LEGITIMATE [1] 3912/5
LENGTH [1] 3921/18
LESS [9] 3861/12 3862/23 3863/6 3872/20 3881/9 3886/14 3909/1 3913/2 3951/14
LET [21] 3875/11 3877/17 3879/17 3921/15 3922/21 3925/15 3934/4 3934/7 3935/6 3936/25 3947/2 3947/24 3950/5 3950/16 3952/9 3953/22 3954/2 3955/15 3955/18 3956/3 3957/15
LET'S [30] 3871/12 3873/10 3879/21 3880/3 3886/4 3886/5 3890/18 3900/11 3905/25 3909/4 3911/4 3913/21 3917/19 3920/3 3924/21 3925/7 3926/16 3927/6 3927/13 3929/8 3929/17 3932/8 3932/8 3938/11 3942/5 3944/12 3944/12 3945/1 3945/13 3952/18
LETTER [19] 3957/20 3957/22 3958/1 3958/4 3958/9 3958/11 3958/12 3958/15 3958/20 3958/24 3959/2 3959/6 3959/12 3959/14 3959/17 3960/2 3960/6 3960/7
LETTERS [4] 3867/21 3957/18 3958/16 3959/23
LEVEE [84] 3850/18 3850/21 3850/23 3852/5 3859/4 3872/19 3880/17 3897/24 3898/5 3900/12 3900/14 3902/18 3902/20 3902/21 3904/7 3904/23 3905/19 3905/20 3906/8 3909/13 3910/21 3911/11 3913/11 3913/13 3913/22 3914/1 3914/5 3914/8 3914/18 3917/22 3918/3 3922/21 3923/9 3924/6 3925/5 3925/20 3926/6 3926/15 3927/14 3928/1 3928/4 3928/10 3928/15 3928/20 3930/15 3932/1 3932/4 3936/3 3936/4 3936/7 3936/17 3937/1 3938/3 3938/18 3939/14 3939/20 3939/24 3939/25 3940/7 3940/8 3940/18 3941/11 3944/6 3944/9 3946/4 3947/9 3947/12 3947/14 3947/16 3948/6 3948/8 3948/9 3948/10 3948/19 3949/2 3949/3 3949/4 3949/9 3951/13 3952/8 3953/8 3953/14 3954/19 3957/2
LEVEES [13] 3858/14 3858/19 3866/3 3867/3 3871/23 3873/4 3883/8 3887/24

3909/14 3919/21 3920/8 3921/24 3941/25
LEVEL [29] 3853/12 3857/19 3859/10 3859/11 3859/13 3859/14 3859/15 3859/17 3859/18 3860/5 3860/12 3860/13 3884/7 3886/3 3900/16 3900/18 3900/23 3902/24 3903/6 3919/22 3919/24 3920/1 3920/6 3923/2 3949/22 3949/24 3950/1 3950/7 3950/12
LEVELS [9] 3859/6 3866/3 3881/21 3882/25 3883/24 3884/15 3887/9 3888/9 3943/13
LEVINE [2] 3847/13 3955/23
LIDAR [78] 3891/12 3891/21 3892/2 3892/6 3893/11 3893/15 3894/1 3894/21 3894/22 3894/23 3895/3 3895/13 3895/14 3895/15 3895/19 3896/3 3896/8 3896/10 3896/20 3896/21 3897/16 3898/15 3899/6 3900/7 3900/12 3900/14 3902/18 3903/17 3903/24 3904/5 3905/18 3905/24 3906/4 3907/3 3908/5 3908/7 3908/12 3908/20 3909/2 3911/6 3911/8 3912/19 3912/24 3913/11 3913/19 3924/7 3924/11 3924/23 3927/9 3927/14 3927/23 3929/10 3931/6 3932/23 3933/1 3933/5 3933/11 3935/9 3935/18 3936/3 3936/9 3937/3 3938/16 3939/2 3939/7 3940/19 3942/3 3943/6 3944/13 3945/15 3947/20 3947/22 3950/22 3952/8 3952/23 3953/1 3954/8 3954/25
LIDAR'S [2] 3938/3 3953/13
LIFT [1] 3866/1
LIGHT [6] 3895/14 3901/22 3906/19 3926/8 3926/9 3926/18
LIKE [44] 3849/9 3852/2 3855/11 3858/20 3860/9 3860/11 3860/21 3863/5 3863/15 3863/18 3864/5 3864/23 3865/21 3871/11 3875/2 3876/20 3877/2 3880/4 3880/11 3881/3 3889/7 3889/18 3889/22 3890/15 3891/7 3897/15 3899/15 3901/20 3902/4 3902/8 3911/25 3912/1 3921/7 3929/25 3935/4 3938/25 3940/3 3943/18 3943/23 3946/11 3954/21 3956/10 3960/23 3961/18
LIKELY [1] 3921/22
LIMB [2] 3866/4 3866/4
LIMITED [3] 3874/4 3919/12 3934/17
LINDY [1] 3957/20
LINE [37] 3849/12 3849/13 3849/14 3851/6 3851/20 3859/11 3861/4 3861/5 3867/19 3880/16 3909/19 3909/24 3910/3 3910/11 3910/16 3911/15 3911/22 3912/12 3912/13 3914/2 3916/2 3917/22 3917/23 3917/23 3925/18 3926/8 3926/10 3926/18 3926/20 3926/21 3927/4 3927/5 3927/20 3927/21 3940/23 3942/17 3943/2
LINEAR [6] 3873/20 3873/21 3953/23 3954/3 3954/12 3954/19
LINEARLY [1] 3873/25
LINES [7] 3855/9 3911/10 3925/2 3925/24 3926/5 3926/11 3927/10
LIST [2] 3889/14 3889/23
LITERAL [2] 3910/4 3910/5
LITIGATION [7] 3847/7 3891/11 3895/3 3897/17 3920/12 3922/1 3923/8
LITTLE [47] 3850/20 3850/24 3852/4 3852/6 3853/10 3854/17 3855/3 3859/4 3862/23 3863/4 3863/5 3863/15 3864/25 3865/19 3867/17 3872/20 3876/17 3877/2 3877/17 3881/4 3881/22 3882/13 3882/19 3883/5 3884/7 3888/14 3892/13

3901/22 3902/1 3909/12 3909/19 3909/15 3910/21 3911/21 3925/1 3934/10 3939/1 3939/21 3940/17 3940/18 3942/16 3943/2 3943/12 3943/18 3944/15 3945/2 3945/14
LIVINGSTON [1] 3958/10
LLC [3] 3845/21 3846/9 3846/12
LOCAL [2] 3884/4 3885/20
LOCALLY [1] 3881/13
LOCATE [2] 3951/17 3952/3
LOCATION [10] 3901/21 3910/19 3914/10 3914/13 3914/14 3923/17 3925/9 3926/14 3930/7 3943/13
LOCATION'S [1] 3929/14
LOCATIONS [5] 3859/6 3860/18 3923/22 3924/4 3925/3
LOCK [1] 3849/10
LONG [6] 3865/14 3886/20 3888/23 3895/15 3958/5 3962/1
LONGER [2] 3862/8 3862/9
LOOK [38] 3852/23 3854/4 3855/12 3858/9 3859/8 3860/9 3860/11 3860/21 3860/22 3860/25 3864/13 3864/24 3865/18 3865/22 3866/12 3872/13 3873/15 3882/21 3883/4 3883/18 3886/4 3886/5 3887/25 3901/20 3916/6 3926/4 3926/8 3927/20 3927/22 3929/2 3931/11 3941/3 3941/5 3942/15 3942/16 3944/12 3948/22 3953/3
LOOKED [9] 3858/10 3860/19 3873/5 3874/6 3874/7 3875/2 3876/8 3876/20 3881/18
LOOKING [23] 3851/24 3854/1 3856/5 3865/2 3865/3 3865/6 3877/24 3881/19 3882/16 3901/17 3901/18 3913/25 3914/18 3917/16 3936/2 3941/10 3946/4 3946/5 3946/6 3946/7 3947/10 3947/11 3948/19
LOOKS [13] 3852/2 3862/20 3863/5 3863/15 3863/18 3864/5 3864/23 3880/11 3881/3 3884/4 3943/17 3945/3 3961/18
LOOP [2] 3949/17 3949/25
LOOSELY [1] 3917/14
LOS [1] 3845/16
LOSE [4] 3909/3 3910/1 3910/15 3912/7
LOSING [1] 3853/1
LOSS [1] 3960/5
LOT [14] 3858/20 3870/4 3871/1 3871/5 3874/15 3875/14 3880/3 3887/20 3915/17 3917/13 3925/24 3934/17 3943/18 3951/6
LOTS [1] 3869/11
LOUIS [2] 3856/20 3857/4
LOUISIANA [22] 3845/2 3845/6 3845/20 3845/23 3846/7 3846/10 3846/14 3846/17 3846/21 3846/25 3847/8 3847/21 3895/6 3895/8 3897/5 3919/5 3919/13 3957/3 3957/5 3957/6 3957/8 3962/9
LOUISIANA-BASED [1] 3895/6
LOW [10] 3852/22 3852/22 3852/23 3858/3 3858/4 3858/11 3858/21 3873/22 3880/17 3910/2 3980/1
LOW-LYING [1] 3880/17
LOWER [17] 3851/3 3895/21 3899/16 3901/24 3903/2 3903/12 3904/13 3905/13 3909/23 3942/20 3942/21 3944/25 3945/5 3945/8 3946/17 3954/11 3959/7
LOWERED [1] 3865/7
LOWERING [1] 3905/4
LOWERS [1] 3905/3

L

LOWEST [1] 3852/25
LPV [2] 3950/6 3957/13
LYING [1] 3880/17

M

MACHINERY [1] 3908/7
MADE [4] 3880/9 3887/8 3887/22 3952/21
MAGISTRATE [1] 3916/12
MAIN [2] 3846/20 3866/12
MAJOR [3] 3850/8 3874/13 3959/4
MAKE [19] 3854/22 3861/20 3861/21 3870/12 3879/4 3879/23 3882/13 3884/10 3888/13 3889/12 3889/22 3913/17 3921/23 3938/13 3942/19 3945/8 3945/13 3947/6 3947/7
MAKES [6] 3857/3 3869/16 3871/14 3945/7 3950/23 3955/25
MAKING [4] 3869/9 3871/25 3878/4 3942/2
MAN [1] 3955/12
MANAGER [1] 3877/14
MANY [6] 3850/5 3915/18 3934/19 3952/14 3953/23 3960/24
MAP [15] 3893/18 3895/9 3895/22 3901/11 3916/20 3916/21 3917/14 3918/18 3918/22 3941/6 3943/24 3944/18 3948/8 3948/15 3953/14
MAPMAKING [2] 3911/24 3911/25
MAPPED [2] 3936/5 3949/3
MAPPERS [1] 3912/5
MAPPING [33] 3892/2 3893/1 3893/15 3893/23 3894/1 3894/15 3894/22 3894/24 3895/8 3895/21 3896/12 3896/18 3897/19 3897/24 3898/5 3904/23 3906/5 3907/7 3911/16 3913/13 3917/8 3917/13 3918/9 3918/11 3927/22 3930/15 3932/11 3947/25 3947/25 3948/2 3949/2 3949/8 3951/11
MAPS [4] 3850/14 3894/18 3896/4 3903/1
MARC [1] 3847/13
MARCH [2] 3915/11 3957/20
MARCH 28 [1] 3957/20
MARCH 31 [1] 3915/11
MARINE [1] 3891/23
MARK [1] 3858/4
MARKER [3] 3939/19 3943/12 3944/2
MARKING [4] 3944/3 3944/5 3944/7 3944/8
MARKS [3] 3858/10 3859/23 3944/5
MARSH [5] 3856/25 3857/1 3874/3 3880/17 3887/25
MARSHES [4] 3871/22 3873/14 3887/24 3959/8
MARSHLANDS [1] 3880/18
MARYLAND [1] 3894/4
MASS [1] 3898/20
MASSIVE [2] 3881/14 3882/10
MASTER'S [2] 3892/18 3896/14
MATCHES [1] 3911/19
MATERIAL [1] 3847/24
MATERIALS [1] 3961/13
MATH [3] 3937/4 3937/10 3937/16
MATHEMATICAL [4] 3899/3 3907/9 3955/7 3955/11
MATHEMATICALLY [3] 3898/23 3899/23 3947/20
MATTER [4] 3878/3 3889/6 3939/4 3962/12
MATTERS [1] 3956/2

MAXIMUM [3] 3930/3
MAY [30] 3857/9 3860/3 3855/12 3875/10 3877/8 3879/1 3879/1 3886/8 3888/22 3891/9 3899/6 3899/7 3899/19 3899/20 3899/21 3899/21 3901/6 3902/12 3902/12 3907/15 3914/14 3914/15 3914/16 3915/8 3915/9 3916/14 3916/15 3920/25 3921/1 3922/14 3924/18 3934/9 3939/10 3945/23 3945/24 3953/6 3955/22 3960/18
MAYBE [9] 3853/24 3864/5 3867/18 3881/4 3881/24 3886/20 3888/25 3930/18 3955/14
MCCONNON [1] 3847/13
ME [39] 3863/11 3865/18 3871/14 3875/11 3879/17 3887/10 3901/8 3901/10 3916/6 3921/9 3921/14 3922/17 3922/21 3923/24 3925/15 3928/13 3930/20 3934/20 3934/21 3935/3 3935/6 3936/25 3937/4 3939/4 3939/13 3939/16 3947/2 3947/24 3950/2 3950/5 3950/16 3952/9 3953/22 3954/2 3955/15 3955/25 3956/3 3961/10 3961/22
MEAN [15] 3860/6 3883/13 3900/17 3919/22 3919/24 3920/1 3920/1 3920/6 3923/2 3932/17 3949/22 3949/24 3950/1 3950/7 3950/12
MEANING [1] 3946/19
MEANS [2] 3907/16 3953/2
MEASURE [10] 3877/23 3893/21 3900/3 3903/19 3904/23 3908/12 3912/18 3919/3 3920/11 3928/15
MEASURED [3] 3859/23 3927/23 3942/10
MEASUREMENT [1] 3910/5
MEASURES [4] 3959/2 3959/16 3959/20 3960/4
MEASURING [1] 3896/2
MECHANICAL [1] 3847/24
MECHANICS [1] 3908/6
MEDIUM [2] 3856/8 3856/8
MEDIUM-SIZED [1] 3856/8
MEET [2] 3889/24 3905/20
MEETING [3] 3907/14 3907/19 3908/1
MELD [1] 3891/5
MEMBERS [1] 3956/20
MENTION [2] 3902/13 3907/6
MENTIONED [2] 3934/10 3952/25
MET [3] 3905/22
METER [1] 3860/2
METHOD [1] 3931/23
METICULARITY [2] 3953/6 3953/8
METICULOUS [1] 3910/6
MEXICO [1] 3887/20
MICHAEL [2] 3846/19 3846/19
MICHELE [1] 3847/12
MIDDLE [3] 3927/11 3929/11 3932/9
MIGHT [11] 3850/13 3853/21 3860/11 3863/3 3863/5 3890/13 3896/24 3931/13 3943/14 3960/22 3961/6
MILE [1] 3939/19
MILES [5] 3869/10 3881/7 3881/8 3887/21 3948/16
MILLER [1] 3847/14
MINE [1] 3934/15
MINIMAL [4] 3873/12 3873/16 3877/7 3886/14
MINUS [5] 3882/4 3884/2 3886/14 3902/23 3903/7
MINUTE [4] 3929/24 3946/7 3946/9 3949/16
MINUTES [3] 3850/16 3889/1 3935/3
MISS [1] 3913/2

MISSING [1] 3866/2
MISSISSIPPI [9] 3853/19 3856/9 3856/19 3866/7 3866/11 3866/18 3866/19 3869/6 3869/8 3871/20
MISTAKE [1] 3861/21
MITSCH [1] 3847/14
MODEL [42] 3849/12 3849/14 3849/17 3849/25 3850/1 3850/2 3850/7 3858/6 3858/18 3861/4 3861/14 3861/15 3862/11 3864/4 3864/5 3866/1 3866/10 3866/15 3866/15 3867/5 3867/10 3874/6 3874/8 3874/25 3875/21 3876/19 3878/10 3880/8 3880/9 3880/13 3884/23 3886/21 3887/4 3887/6 3887/6 3887/6 3887/9 3897/21 3898/3 3898/8 3898/25 3910/14
MODEL'S [1] 3866/8
MODELED [6] 3858/6 3858/4 3859/14 3859/15 3860/17 3874/24
MODELING [4] 3931/14 3932/13 3933/4 3935/10
MODELS [6] 3861/10 3861/11 3862/7 3865/25 3912/1 3931/17
MOMENT [4] 3855/3 3916/14 3934/23 3955/14
MOMENTS [1] 3934/19
MOON [1] 3878/16
MORE [24] 3863/4 3863/15 3863/18 3866/17 3866/20 3872/1 3872/2 3872/21 3875/9 3877/2 3879/20 3881/4 3883/19 3887/21 3906/11 3908/20 3910/15 3912/14 3919/4 3934/17 3939/1 3947/8 3952/6 3955/4
MORGAN [1] 3846/25
MORNING [4] 3850/15 3861/24 3943/24 3961/21
MORRIS [4] 3916/1 3936/16 3938/8 3952/10
MORRIS' [4] 3915/15 3915/20 3936/24 3937/21
MOST [4] 3877/9 3903/17 3928/14 3933/17
MOVE [9] 3852/12 3866/22 3879/22 3880/3 3885/13 3916/16 3920/22 3927/13 3961/13
MOVED [2] 3872/2 3894/19
MOVEMENT [3] 3856/5 3881/15 3882/10
MOVING [3] 3859/3 3893/21 3902/18
MR [1] 3953/11
MR. [49] 3849/15 3861/5 3861/14 3863/15 3865/15 3867/1 3875/10 3877/13 3877/16 3889/20 3890/15 3891/8 3891/10 3892/13 3895/13 3896/20 3897/14 3900/23 3905/24 3909/6 3914/25 3915/15 3915/20 3916/1 3916/18 3918/24 3920/25 3921/20 3924/3 3931/25 3932/4 3932/10 3933/22 3935/3 3936/16 3936/24 3937/21 3938/8 3940/13 3941/1 3941/1 3941/7 3942/11 3942/12 3952/10 3953/11 3955/8 3961/20 3961/20
MR. DELOACH [19] 3890/15 3891/8 3891/10 3892/13 3895/13 3896/20 3897/14 3900/23 3905/24 3909/6 3914/25 3916/18 3918/24 3920/25 3924/3 3932/10 3935/3 3940/13 3955/8
MR. DELOACH'S [2] 3921/20 3933/22
MR. EBERSOLE [3] 3849/15 3861/5 3941/1 3942/12
MR. EBERSOLE'S [3] 3861/14 3863/15 3865/15
MR. FITZGERALD [2] 3941/1 3953/11

## M

MR. FITZGERALD'S [1]  3942/11
MR. MORRIS [4]  3916/1 3936/16 3938/8 3952/10
MR. MORRIS' [4]  3915/15 3915/20 3936/24 3937/21
MR. O'DONNELL [1]  3875/10
MR. RESIO'S [1]  3932/4
MR. RUSSO [2]  3877/13 3877/16
MR. SMITH [2]  3889/20 3961/20
MR. STEVE [1]  3931/25
MR. STEVEN [1]  3941/7
MR. VRIJLING'S [1]  3867/1
MR. WOLFF [1]  3961/20
MRGO [77]  3847/3 3852/17 3861/17 3862/4 3866/25 3872/6 3872/11 3872/15 3872/16 3872/16 3873/4 3874/4 3874/8 3874/11 3875/23 3876/20 3877/8 3877/14 3877/19 3880/9 3880/15 3881/10 3881/17 3881/21 3881/22 3882/2 3882/5 3882/8 3883/2 3883/6 3883/13 3883/21 3883/24 3884/5 3885/21 3885/25 3886/5 3886/7 3886/9 3886/11 3886/15 3888/4 3888/7 3888/8 3888/12 3890/10 3919/21 3920/9 3920/19 3920/20 3920/21 3922/4 3922/23 3928/2 3928/3 3946/4 3946/6 3947/9 3954/19 3956/18 3956/23 3957/12 3957/22 3958/8 3958/12 3958/18 3958/23 3959/1 3959/11 3959/11 3959/15 3959/17 3959/21 3960/2 3960/9 3960/24 3961/15
MUCH [29]  3850/10 3850/24 3853/19 3856/11 3856/17 3857/8 3864/20 3866/14 3866/17 3866/20 3869/14 3870/5 3873/13 3874/2 3877/7 3879/20 3880/8 3880/25 3883/12 3884/7 3884/8 3886/3 3888/7 3907/10 3918/25 3947/7 3953/16 3955/22 3957/11
MULTIPLE [7]  3897/25 3899/18 3899/18 3906/14 3916/20 3917/7 3955/6
MULTITASK [1]  3855/2
MUST [2]  3931/7 3961/20
MY [23]  3878/2 3879/14 3887/4 3887/7 3890/25 3894/10 3896/14 3905/4 3915/12 3921/15 3931/17 3934/14 3934/14 3934/14 3934/16 3935/14 3937/4 3940/24 3943/18 3948/9 3949/12 3955/14 3962/10
MYER [1]  3847/15
MYSELF [1]  3941/3

## N

NAGVD29 [1]  3949/21
NAME [4]  3890/23 3890/25 3925/15 3955/25
NARROW [3]  3858/23 3877/9 3881/12
NASA [4]  3891/19 3893/10 3893/14 3895/16
NATIONAL [8]  3900/6 3919/16 3919/16 3919/18 3920/2 3920/3 3922/18 3923/2
NATIONWIDE [1]  3892/3
NATURE [1]  3931/5
NAVD88 [12]  3907/11 3920/12 3920/19 3920/21 3920/22 3920/23 3921/5 3921/6 3922/22 3923/3 3923/4 3923/7
NAVIGABLE [1]  3959/10
NAVIGATION [3]  3860/16 3906/14 3960/11
NAVIGATIONAL [1]  3849/10
NEAR [6]  3858/22 3865/6 3926/19 3941/12 3944/5 3954/4

NEARER [1]  3946/15
NEARS [1]  3939/23
NEARING [1]  3852/22
NEARLY [2]  3862/10 3870/5
NEED [10]  3860/2 3874/19 3878/22 3901/6 3912/2 3918/25 3934/9 3940/15 3950/24 3958/2
NEEDED [1]  3865/18
NESTED [1]  3887/5
NEVER [9]  3875/5 3879/16 3922/3 3942/19 3944/25 3945/4 3945/20 3949/6 3950/2
NEW [25]  3845/6 3845/20 3845/23 3846/10 3847/4 3847/4 3847/8 3847/21 3878/6 3892/19 3892/20 3893/23 3899/13 3903/2 3918/20 3918/21 3924/7 3947/25 3948/16 3952/18 3957/9 3957/21 3958/13 3958/16 3960/8
NEW ORLEANS [5]  3903/2 3957/9 3957/21 3958/13 3960/8
NEWS [2]  3891/3 3891/4
NEXT [25]  3858/24 3858/25 3859/2 3859/9 3861/1 3869/15 3869/24 3872/13 3874/5 3874/10 3880/12 3881/24 3882/20 3884/4 3886/13 3888/4 3888/8 3888/19 3889/3 3899/7 3907/12 3927/12 3940/6 3944/12
NGVD [2]  3923/3 3950/13
NGVD29 [10]  3920/4 3920/6 3920/18 3920/21 3920/22 3921/7 3921/23 3922/17 3949/23 3950/7
NICE [5]  3850/12 3857/14 3906/3 3948/5 3962/2
NICELY [1]  3882/20
NINTH [1]  3903/2
NO [42]  3874/21 3878/22 3879/25 3882/5 3883/21 3884/18 3888/15 3890/6 3896/23 3897/4 3897/9 3901/3 3903/16 3903/16 3915/12 3916/24 3919/14 3922/6 3926/13 3928/19 3928/20 3929/7 3930/19 3933/8 3933/20 3934/5 3936/9 3937/6 3937/9 3941/10 3941/14 3942/8 3944/8 3950/24 3951/2 3951/3 3952/15 3953/13 3955/20 3956/6 3957/14 3961/2
NO-MRGO [1]  3882/5
NO. [1]  3867/16
NO. 1 [1]  3867/16
NOMENCLATURE [2]  3919/23 3919/25
NOMINAL [1]  3877/4
NONDATA [1]  3902/4
NONFEDERAL [1]  3959/21
NOON [3]  3857/7 3862/18 3862/20
NOR [1]  3937/21
NORMAN [1]  3845/5
NORTH [11]  3858/13 3876/16 3876/17 3895/23 3920/14 3920/22 3921/5 3924/22 3925/10 3926/14 3939/22
NORTH CAROLINA [1]  3895/23
NORTHEAST [3]  3852/9 3870/1 3871/22
NORTHERN [1]  3922/15
NORTHERNMOST [1]  3924/22
NORTHWESTERLY [1]  3852/10
NOT [115]  3849/13 3850/2 3853/14 3857/3 3857/11 3860/2 3860/3 3860/15 3862/10 3862/21 3863/3 3864/17 3865/15 3866/16 3867/19 3870/5 3870/14 3871/4 3873/13 3874/11 3874/14 3874/22 3875/3 3875/8 3875/13 3877/16 3877/20 3878/2 3878/13 3878/13 3878/13 3878/18 3878/19 3878/20 3879/1 3879/15 3880/2 3882/7 3882/23 3884/7 3884/10 3884/17 3885/12 3886/23 3889/18 3893/16

NEARER continued...
3897/3 3901/7 3901/8 3905/10 3907/16 3909/4 3916/3 3916/19 3916/24 3915/5 3916/3 3916/4 3916/9 3916/22 3916/25 3918/16 3919/14 3921/11 3924/1 3924/2 3924/7 3926/23 3926/25 3929/3 3932/23 3932/25 3933/5 3934/4 3934/19 3935/16 3935/21 3935/23 3936/15 3936/24 3937/4 3937/9 3937/9 3937/13 3937/16 3937/20 3937/21 3939/11 3939/12 3943/4 3943/8 3943/12 3944/8 3944/17 3944/17 3945/11 3945/17 3945/23 3945/25 3948/11 3948/13 3948/13 3949/2 3949/8 3950/7 3951/17 3952/3 3952/5 3952/12 3952/15 3953/6 3954/1 3954/25 3957/11 3960/19
NOTABLE [1]  3869/5
NOTE [9]  3852/24 3853/5 3856/21 3859/17 3861/13 3870/3 3870/15 3950/10 3950/11
NOTED [4]  3875/13 3876/24 3936/8 3961/4
NOTHING [1]  3915/6
NOTICE [2]  3890/19 3915/11
NOTICED [1]  3862/1
NOTING [1]  3958/10
NOVEMBER [1]  3960/6
NOVEMBER 1 [1]  3960/6
NOW [88]  3852/7 3852/7 3852/10 3852/15 3852/16 3852/25 3853/3 3853/5 3853/16 3854/8 3855/8 3856/21 3857/13 3857/18 3859/8 3859/17 3861/23 3867/1 3870/9 3874/10 3874/14 3877/22 3881/2 3881/5 3883/6 3883/9 3886/12 3887/11 3893/4 3893/25 3896/7 3897/14 3897/16 3899/1 3900/22 3901/9 3901/14 3902/13 3902/18 3902/25 3903/13 3904/2 3905/15 3905/18 3905/24 3907/2 3907/18 3909/4 3910/21 3910/24 3911/4 3913/11 3916/11 3918/24 3919/21 3921/6 3923/7 3923/14 3924/21 3925/7 3926/16 3927/6 3927/13 3929/8 3929/17 3931/7 3932/8 3934/4 3936/1 3936/15 3940/6 3940/13 3941/5 3942/15 3942/23 3944/12 3944/24 3945/10 3945/25 3947/9 3947/24 3948/5 3949/14 3949/16 3953/5 3953/7 3954/7 3961/7
NUMBER [5]  3854/21 3881/22 3882/7 3922/20 3951/20
NUMBERED [1]  3962/12
NUMBERING [1]  3867/16
NUMBERS [2]  3942/1 3942/2

## O

O'BRIEN [1]  3847/3
O'DONNELL [3]  3845/15 3845/15 3875/10
OAK [1]  3846/3
OBELISK [1]  3901/14
OBJECT [10]  3874/12 3875/7 3879/15 3884/17 3915/3 3934/10 3943/16 3956/4 3960/19 3960/21
OBJECTED [1]  3889/19
OBJECTING [1]  3954/15
OBJECTION [26]  3877/16 3878/2 3878/6 3878/12 3885/14 3885/18 3890/16 3896/22 3896/23 3897/7 3897/7 3916/23 3917/5 3922/6 3934/2 3936/19 3937/19 3954/15 3955/3 3955/7 3955/9 3955/19 3956/6 3957/14 3961/3 3961/8
OBJECTION'S [2]  3878/14 3922/12
OBJECTIONS [2]  3879/23 3955/6
OBJECTIVE [2]  3935/7 3935/15
OBJECTOR [1]  3879/11

O

OBSERVATIONS [3]  3952/19 3952/21 3952/25
OBSERVED [1]  3952/21
OBTAINED [1]  3867/5
OBVIOUS [1]  3911/18
OBVIOUSLY [4]  3876/21 3876/22 3885/24 3915/5
OCCUR [1]  3918/17
OCCURRED [2]  3886/8 3947/19
OCCURS [2]  3900/5 3959/16
OCEAN [1]  3873/24
OCEANIC [1]  3919/18
OCTOBER [1]  3959/12
OCTOBER 12 [1]  3959/12
ODYSSEY [1]  3962/1
OF OBELISK [1]  3901/14
OFF [10]  3858/1 3864/3 3869/20 3882/13 3885/17 3904/12 3907/7 3908/4 3909/10 3946/2
OFFER [3]  3935/8 3955/15 3956/20
OFFHAND [1]  3945/11
OFFICE [5]  3846/7 3846/14 3846/22 3846/24 3892/8
OFFICES [1]  3845/18
OFFICIAL [3]  3847/20 3962/7 3962/16
OFTEN [2]  3898/25 3910/24
OFTENTIMES [1]  3899/18
OH [3]  3881/2 3903/13 3927/8
OKAY [23]  3863/14 3872/10 3885/24 3886/10 3902/4 3907/25 3909/7 3912/18 3913/9 3925/1 3927/8 3927/17 3928/13 3929/25 3938/5 3939/23 3940/10 3940/11 3942/14 3944/19 3947/23 3954/6 3961/18
OLD [7]  3874/21 3894/18 3916/20 3917/8 3918/20 3918/20 3961/18
OLDER [3]  3918/18 3918/22 3918/22
ON [167]
ON-THE-GROUND [1]  3936/16
ONCE [4]  3865/24 3866/3 3873/16 3913/17
ONE [51]  3851/16 3854/21 3859/2 3860/5 3861/25 3861/25 3864/24 3865/22 3871/24 3872/4 3872/15 3877/5 3877/19 3879/11 3894/21 3895/5 3895/20 3896/24 3897/18 3900/15 3901/20 3904/12 3907/4 3907/5 3907/12 3909/13 3909/21 3910/6 3911/22 3911/23 3912/14 3913/7 3913/15 3917/10 3919/4 3919/10 3920/7 3930/14 3930/14 3930/17 3933/24 3933/25 3934/20 3941/8 3946/3 3947/7 3949/17 3951/13 3951/14 3955/7 3961/12
ONE-HALF [2]  3951/13 3951/14
ONES [2]  3889/8 3890/19
ONLY [12]  3859/1 3860/15 3877/14 3879/11 3884/15 3891/3 3903/1 3914/18 3915/4 3922/5 3954/20 3954/22
ONTO [1]  3861/25
OPELOUSAS [1]  3936/14
OPEN [6]  3903/15 3903/16 3936/4 3940/1 3947/16 3953/14
OPERATES [1]  3907/7
OPERATING [1]  3895/24
OPERATION [1]  3894/10
OPERATIONAL [3]  3891/13 3894/14 3895/20
OPERATIONS [2]  3895/24 3896/6
OPINED [2]  3915/5 3924/15
OPINION [7]  3866/8 3872/9 3875/13 3905/10 3905/18 3955/2 3955/2

OPINIONS [13]  3878/5 3890/17 3897/14 3900/22 3905/11 3922/7 3922/18 3924/8 3924/17 3935/8 3935/17 3948/25
OPPOSED [4]  3877/4 3930/25 3946/6 3946/17
OR [98]  3849/12 3849/17 3851/24 3852/22 3854/17 3855/7 3856/8 3858/19 3859/1 3862/10 3862/25 3863/21 3865/16 3873/18 3873/24 3873/25 3874/19 3875/12 3877/5 3879/1 3881/1 3881/4 3884/15 3886/3 3886/14 3890/5 3890/7 3890/17 3893/15 3893/23 3894/13 3896/10 3897/21 3898/2 3898/13 3899/18 3899/19 3900/9 3901/2 3901/4 3901/7 3902/12 3902/22 3902/23 3903/7 3903/11 3904/6 3904/12 3904/13 3906/7 3908/15 3909/1 3909/2 3910/1 3910/13 3910/14 3912/19 3914/3 3915/4 3915/6 3916/24 3917/9 3917/12 3921/5 3921/12 3922/4 3922/8 3922/17 3922/24 3923/2 3923/21 3923/25 3926/19 3927/21 3928/11 3928/18 3930/4 3930/7 3930/18 3934/14 3934/19 3934/20 3936/3 3936/20 3945/2 3945/3 3948/11 3948/16 3950/24 3951/2 3952/12 3953/18 3953/24 3954/1 3954/4 3954/4 3954/21 3960/19
ORDER [8]  3876/19 3887/9 3914/12 3918/22 3937/17 3937/17 3951/10 3960/4
ORIENT [1]  3941/13
ORIENTATION [4]  3906/12 3939/13 3940/1 3946/2
ORIENTS [1]  3906/15
ORIGINAL [1]  3915/24
ORLEANS [13]  3845/6 3845/20 3845/23 3846/10 3847/8 3847/21 3903/2 3948/16 3957/9 3957/21 3958/13 3958/16 3960/8
OSTENSIBLY [1]  3924/17
OTHER [37]  3858/21 3859/2 3860/3 3860/18 3871/17 3895/5 3896/3 3899/25 3900/2 3900/24 3900/25 3901/7 3902/7 3902/8 3904/13 3907/10 3911/13 3911/24 3911/24 3912/6 3917/15 3918/1 3918/1 3918/15 3926/7 3926/13 3930/12 3930/13 3930/17 3934/21 3947/17 3952/6 3952/13 3956/10 3959/17 3961/6 3961/13
OTHERS [1]  3889/20
OUR [21]  3852/17 3852/20 3864/4 3865/21 3867/23 3867/23 3871/7 3872/14 3886/10 3888/18 3889/3 3892/25 3896/1 3914/4 3915/19 3934/15 3956/21 3960/22 3961/8 3961/14 3961/16
OUT [23]  3850/4 3852/5 3855/6 3857/3 3857/13 3857/16 3871/10 3873/17 3879/24 3884/14 3889/8 3893/16 3898/17 3910/5 3925/15 3937/18 3946/11 3947/11 3952/20 3953/2 3953/3 3954/3 3961/10
OUTCOMES [1]  3875/7
OUTLIERS [2]  3900/25 3901/1
OUTLINE [1]  3934/14
OUTPUT [13]  3849/16 3849/25 3850/1 3850/8 3861/4 3861/15 3862/5 3862/6 3862/9 3862/9 3862/22 3863/9 3931/17
OUTPUT SHOWS [1]  3863/9
OUTPUTS [1]  3849/11 3849/17 3850/7
OUTRAGE [2]  3879/20 3879/22
OUTRAGED [3]  3878/22 3879/23 3879/24
OUTSIDE [3]  3881/21 3881/21 3882/2

OVER [42]  3849/17 3850/20 3851/12 3852/2 3853/9 3853/18 3854/6 3854/9 3856/21 3856/23 3856/23 3856/25 3857/9 3858/21 3858/21 3861/3 3864/7 3865/15 3867/10 3870/4 3872/18 3872/20 3872/22 3880/9 3880/14 3880/15 3880/16 3882/21 3887/21 3887/24 3888/3 3896/15 3899/7 3902/8 3902/10 3902/14 3910/16 3911/14 3912/12 3925/5 3925/23 3926/24
OVERALL [5]  3875/23 3880/10 3881/5 3888/5 3959/9
OVERLAID [5]  3849/11 3849/15 3882/18 3917/25 3940/3
OVERLAIN [1]  3861/3
OVERLAY [1]  3923/18
OVERLAYS [8]  3916/18 3916/19 3916/24 3916/25 3917/7 3917/16 3917/20 3918/15
OVERLY [1]  3879/23
OVERRULE [1]  3917/5
OVERRULED [4]  3878/14 3922/12 3934/3 3936/20
OVERTOPPING [1]  3932/5
OVERWHELMED [1]  3871/22
OWN [4]  3877/13 3907/4 3907/7 3938/2

P

P-H [1]  3890/25
P.M [2]  3855/6 3855/7
P.O [1]  3847/18
PACKET [1]  3889/22
PAGE [17]  3848/2 3884/2 3905/25 3909/4 3911/4 3913/21 3917/19 3921/19 3932/8 3935/7 3942/23 3945/13 3948/5 3949/14 3951/20 3951/21 3951/24
PAGES [1]  3916/7
PALMINTIER [3]  3846/19 3846/19 3846/20
PANAMA [1]  3879/8
PAPER [2]  3917/9 3917/10
PARAGRAPH [2]  3952/2 3952/7
PARAMETERS [1]  3931/19
PARDON [1]  3901/8
PARIS [13]  3853/14 3860/20 3882/17 3882/21 3882/23 3883/10 3884/6 3884/12 3884/16 3886/3 3888/11 3936/17 3937/1
PARISH [8]  3903/2 3956/16 3957/7 3958/6 3958/17 3958/17 3959/14 3960/3
PART [6]  3866/4 3876/4 3877/15 3888/4 3896/12 3928/20
PARTICULAR [11]  3849/23 3899/5 3905/4 3906/22 3918/9 3926/3 3927/1 3946/3 3946/24 3946/24 3952/7
PASSAGE [1]  3956/20
PASSED [10]  3956/13 3956/15 3956/25 3957/2 3957/3 3957/4 3957/5 3957/6 3957/8 3957/9
PAST [3]  3850/16 3854/17 3854/17
PATHWAY [2]  3857/14 3870/6
PATIENCE [1]  3955/15
PATIENT [1]  3960/24
PATTERN [2]  3906/21 3942/17
PAUL [3]  3847/11 3847/13 3955/23
PC [2]  3845/15 3846/2
PEAK [15]  3850/7 3850/10 3850/13 3850/24 3852/4 3852/5 3856/11 3860/23 3861/12 3861/13 3862/10 3864/16 3864/23 3866/6 3866/9
PEAKS [3]  3849/25 3858/8 3946/14
PEDESTRIAN [1]  3955/12
PENETRATED [2]  3866/19 3871/22

Case 2:05-cv-04182-SRD-JCW Document 18606 Filed 05/22/09 Page 135 of 143

PEOPLE [1] 3960/24
PER [1] 3906/17
PERCENT [18] 3849/15 3861/6 3863/23
3863/25 3864/2 3881/9 3900/16 3900/17
3900/20 3900/23 3900/24 3900/25
3902/24 3903/6 3904/11 3954/7 3954/22
3954/23
PERCENTAGE [1] 3948/20
PERFORMANCE [1] 3923/9
PERFORMED [2] 3932/12 3932/13
PERHAPS [5] 3850/20 3863/19 3870/15
3889/22 3961/8
PERIOD [5] 3856/6 3863/2 3864/7
3879/25 3890/5
PERMANENTLY [1] 3890/5
PERMISSION [1] 3933/21
PERPENDICULAR [1] 3881/9
PERSONAL [2] 3877/13 3935/23
PERSONALLY [3] 3936/25 3952/10
3952/14
PERSPECTIVE [1] 3879/5
PERTAINING [2] 3872/5 3892/17
PERTINENT [1] 3853/11
PETER [1] 3847/15
PHILEN [1] 3847/6
PHOTOGRAMMETRY [2] 3900/9
3950/20
PHOTOGRAPH [2] 3849/21 3940/2
PHOTOGRAPHS [2] 3894/19 3918/17
PHOTOGRAPHY [2] 3894/18 3918/22
PHYSICS [1] 3866/2
PICK [11] 3900/5 3913/5 3913/5 3914/7
3914/12 3914/14 3914/15 3914/16
3942/17 3946/16 3949/4
PICKED [2] 3910/22 3910/25
PICKS [1] 3909/17
PICTORIAL [1] 3874/23
PICTURE [4] 3869/15 3880/12 3881/9
3909/6
PICTURES [1] 3881/19
PIECE [1] 3895/7
PIERCE [1] 3845/15
PILE [35] 3904/6 3904/16 3904/17
3908/15 3910/22 3910/24 3911/3 3912/8
3912/19 3913/2 3913/5 3913/6 3913/6
3913/8 3928/18 3928/19 3928/20
3928/23 3938/25 3939/14 3939/25
3940/8 3940/24 3942/5 3942/6 3942/7
3942/7 3942/9 3944/7 3946/6 3947/3
3953/18 3953/24 3954/4 3954/21
PILED [1] 3853/19
PILES [4] 3940/17 3942/17 3944/3
3944/10
PILING [1] 3936/8
PIN [4] 3943/18 3943/21 3943/23
3943/23
PINGER [1] 3876/18
PINK [1] 3947/13
PITCH [1] 3906/15
PLACE [3] 3866/21 3884/14 3903/17
PLAINTIFFS [17] 3845/15 3845/18
3845/21 3846/2 3846/5 3846/9 3846/12
3846/16 3846/19 3846/22 3847/6
3861/23 3867/20 3867/21 3878/18
3955/16 3957/19
PLAINTIFFS' [20] 3849/16 3861/3
3866/25 3867/15 3905/6 3905/10
3914/25 3915/7 3932/22 3933/4 3935/5
3936/2 3936/15 3938/23 3949/7 3949/13
3952/10 3954/13 3954/24 3955/2
PLAN [1] 3959/9

PLANET [1] 3940/15
PLANNING [1] 3886/9
PLATFORM [1] 3893/21
PLAY [1] 3883/17
PLAYER [1] 3873/22
PLC [3] 3845/18 3846/19 3846/23
PLEASE [25] 3849/3 3849/4 3852/3
3867/9 3869/24 3873/10 3885/23
3887/13 3890/23 3893/13 3907/24
3917/19 3921/3 3921/14 3923/15
3925/23 3927/16 3927/16 3929/25
3937/18 3940/6 3941/5 3942/24 3947/7
3949/14
PLENTY [3] 3875/15 3875/15 3936/14
PLOT [1] 3917/8
PLOTS [3] 3851/12 3856/4 3856/8
PLOTTED [1] 3876/9
PLUS [3] 3886/14 3902/23 3903/7
POINT [100] 3849/22 3850/4 3851/13
3851/17 3852/22 3852/22 3852/23
3852/25 3855/6 3858/25 3860/19 3861/8
3861/17 3862/4 3864/19 3865/5 3865/7
3877/21 3879/4 3879/24 3880/8 3885/6
3885/7 3898/1 3898/8 3898/13 3898/17
3898/19 3898/21 3898/22 3898/23
3899/3 3899/6 3899/8 3899/8 3899/8
3899/9 3899/12 3899/12 3900/14
3900/20 3900/20 3902/20 3902/21
3904/8 3904/10 3904/20 3905/11 3909/3
3909/15 3909/16 3909/20 3910/6
3910/13 3911/1 3911/20 3912/16
3912/24 3913/5 3914/1 3917/6 3917/22
3924/22 3925/3 3925/14 3925/14
3925/14 3925/15 3925/16 3925/16
3925/17 3926/6 3926/9 3926/19 3927/19
3927/24 3927/8 3928/14 3929/13
3929/19 3929/22 3930/5 3930/9 3930/14
3930/16 3930/24 3933/9 3936/6 3945/3
3945/6 3945/6 3945/22 3946/11 3946/14
3947/8 3948/12 3950/13 3950/14
3961/10 3961/12
POINTED [1] 3940/18
POINTER [1] 3909/23
POINTING [2] 3901/10 3941/23
POINTS [29] 3898/16 3898/20 3899/14
3904/3 3923/20 3923/21 3927/12
3929/11 3935/23 3936/17 3937/1 3938/3
3940/20 3940/23 3942/16 3942/20
3942/21 3944/14 3944/16 3945/2 3945/2
3945/14 3946/16 3947/13 3947/14
3950/14 3950/21 3951/7 3952/11
POLDER [2] 3903/9 3932/1
POLDERS [1] 3903/2
POLE [3] 3901/17 3901/20 3901/21
POLE-LOOKING [1] 3901/17
POLICE [1] 3896/5
PONTCHARTRAIN [8] 3853/9 3853/15
3857/21 3858/5 3858/15 3882/12
3958/22 3959/10
PORT [1] 3957/1
PORTION [7] 3851/6 3851/25 3877/6
3877/10 3895/8 3895/21 3925/5
PORTIONS [1] 3961/7
POSING [1] 3955/7
POSITION [3] 3893/17 3893/21 3906/11
3960/22
POSITIONING [1] 3906/10
POSSIBLE [3] 3924/25 3925/22 3958/23
POST [30] 3846/7 3846/14 3846/24
3902/18 3905/20 3909/2 3910/13
3925/12 3925/17 3926/9 3926/16
3926/17 3927/2 3927/23 3928/8 3929/2
3929/22 3929/23 3930/5 3930/15

3930/22 3930/24 3930/25 3936/3 3936/6
3937/3 3947/20 3953/20 3953/10
3961/16
POST-KATRINA [23] 3902/18 3905/20
3925/12 3926/9 3926/16 3926/17 3927/2
3927/23 3928/8 3929/2 3929/22 3929/23
3930/5 3930/15 3930/22 3930/24
3930/25 3936/3 3936/6 3937/3 3947/20
3953/20 3954/10
POST-TRIAL [1] 3961/16
POSTCONSTRUCTION [1] 3888/12
POSTEVENT [1] 3931/14
POTENTIAL [2] 3913/22 3931/12
POWER [1] 3887/19
POWERFUL [1] 3887/18
POYDRAS [2] 3846/10 3847/20
PRACTICAL [1] 3926/12
PRACTICALLY [1] 3882/19
PRACTICE [1] 3891/25
PRE [29] 3900/12 3902/21 3904/20
3904/21 3905/19 3909/13 3910/21
3911/11 3914/1 3914/8 3914/18 3917/22
3918/3 3924/24 3925/11 3926/6 3927/19
3927/19 3929/19 3929/20 3930/1 3930/9
3936/3 3936/6 3943/6 3944/13 3947/5
3947/22 3954/25
PRE-KATRINA [29] 3900/12 3902/21
3904/20 3904/21 3905/19 3909/13
3910/21 3911/11 3914/1 3914/8 3914/18
3917/22 3918/3 3924/24 3925/11 3926/6
3927/19 3927/19 3929/19 3929/20
3930/1 3930/9 3936/3 3936/6 3943/6
3944/13 3947/5 3947/22 3954/25
PRECISELY [3] 3893/20 3937/13 3944/5
PREDICT [1] 3934/23
PREDICTED [1] 3859/21
PREDICTIONS [1] 3858/21
PREDOMINANT [1] 3860/1
PREDOMINANTLY [1] 3869/25
PREFER [2] 3928/7 3937/9
PREMISE [1] 3961/9
PREPARE [1] 3939/12
PREPARED [3] 3861/22 3917/3 3939/11
PREPARING [1] 3959/9
PRESENCE [1] 3908/9
PRESENT [1] 3847/6
PRESENTED [2] 3891/10 3929/18
PRESERVATION [1] 3958/2
PRESIDENT [1] 3894/6
PRETTY [7] 3850/18 3850/24 3856/11
3856/17 3917/14 3943/20 3943/20
PREVENT [1] 3958/18
PREVENTED [1] 3860/12
PREVIOUS [4] 3864/24 3925/9 3940/9
3942/6
PREVIOUSLY [2] 3858/3 3955/19
PRIMARY [7] 3850/7 3861/13 3897/25
3898/7 3900/11 3912/15 3935/7
PRINCIPAL [2] 3872/5 3887/15
PRINCIPALLY [2] 3948/9 3948/12
PRINCIPLES [1] 3867/24
PRIOR [4] 3869/8 3871/24 3928/4
3957/24
PRIVATE [1] 3891/25
PROBABLY [6] 3865/11 3902/13
3907/18 3931/15 3943/17 3961/19
PROBLEM [3] 3954/25 3958/14 3961/2
PROBLEMS [6] 3936/9 3956/18 3956/22
3957/12 3958/7 3960/25
PROCEED [3] 3874/16 3922/14 3959/19
PROCEEDINGS [3] 3845/10 3847/24
3962/11
PROCESS [17] 3856/17 3888/7 3896/4

**P**

PROCESS... [14] 3896/12 3899/15 3900/4 3904/22 3905/2 3905/3 3908/5 3909/22 3912/7 3912/9 3926/23 3927/1 3927/3 3947/19
PROCESSES [1] 3860/4
PRODUCE [1] 3878/21
PRODUCED [4] 3847/25 3849/16 3875/5 3875/8
PRODUCT [10] 3897/21 3904/9 3908/14 3910/14 3917/25 3918/18 3925/18 3927/1 3930/16 3932/20
PRODUCTION [2] 3915/12 3915/23
PRODUCTS [17] 3894/13 3897/25 3898/7 3898/7 3898/10 3898/11 3909/11 3910/18 3913/7 3917/25 3918/23 3924/12 3925/9 3925/11 3927/14 3931/13 3933/5
PROFESSIONAL [1] 3891/11
PROFESSOR [3] 3853/24 3924/5 3929/14
PROFFER [19] 3855/12 3856/1 3857/24 3857/25 3858/1 3869/1 3870/13 3870/14 3870/16 3870/17 3871/3 3871/9 3871/10 3889/10 3889/16 3890/2 3916/4 3916/5 3916/13
PROFILE [2] 3883/22 3942/11
PROFILING [1] 3893/15
PROFIT [1] 3894/11
PROJECT [27] 3895/22 3897/19 3897/22 3897/24 3898/4 3906/7 3910/12 3911/16 3917/24 3918/3 3918/5 3918/10 3922/3 3925/19 3929/21 3947/25 3948/1 3948/2 3950/6 3950/12 3950/15 3950/16 3951/11 3952/6 3957/13 3960/12
PROJECTING [1] 3869/6
PROJECTS [6] 3884/13 3895/20 3897/18 3899/18 3918/11 3957/24
PROPERTY [1] 3954/24
PROPORTIONAL [2] 3873/19 3873/20
PROTECTION [2] 3958/25 3959/21
PROTOCOL [1] 3889/25
PROVIDED [4] 3895/23 3915/11 3915/20 3952/15
PROVIDES [2] 3889/14 3959/1
PRUDENTLY [1] 3889/20
PUBLIC [3] 3937/16 3956/14 3957/22
PUBLIC-INTEREST [1] 3956/14
PUBLICATIONS [3] 3892/5 3896/7 3896/13
PUBLISH [1] 3956/11
PUBLISHED [1] 3900/8
PULL [1] 3955/25
PULLED [2] 3856/15 3889/18
PULSES [2] 3906/17 3906/23
PURPORTED [1] 3889/21
PURPOSE [2] 3905/23 3946/2
PURPOSES [10] 3911/24 3911/24 3912/22 3914/15 3919/8 3926/13 3939/13 3940/1 3948/24 3951/12
PURSUANT [1] 3888/18
PUSHING [5] 3851/7 3852/7 3852/15 3865/15 3869/7
PUSHPIN [2] 3943/19 3943/24
PUSHPINS [1] 3923/17
PUT [19] 3870/14 3871/9 3871/10 3873/7 3873/17 3875/21 3879/5 3881/2 3881/3 3883/19 3889/10 3889/15 3890/15 3893/22 3916/5 3939/11 3943/7 3943/23 3951/22
PUZZLE [1] 3888/4

PX [4] 3900/22 3939/10 3955/16 3956/6
PX-1900 [1] 3900/22 3939/10 3955/16
PX-2175 [1] 3956/6

**Q**

QUANTIFY [1] 3921/11
QUANTIFYING [1] 3934/11
QUARTER [5] 3850/20 3872/20 3872/21 3886/14 3886/16
QUARTERS [1] 3863/21
QUESTION [8] 3883/21 3896/24 3903/14 3908/11 3949/12 3954/17 3955/4 3955/5
QUESTIONS [5] 3870/15 3888/16 3892/15 3933/20 3934/6
QUICKLY [3] 3866/14 3941/5 3947/24
QUITE [12] 3850/5 3860/7 3860/25 3861/10 3862/21 3864/17 3866/5 3880/21 3882/16 3882/19 3883/5 3961/19

**R**

RACE [1] 3940/15
RADIATION [5] 3858/6 3858/16 3860/1 3860/4 3860/10
RAISE [2] 3859/12 3859/16
RAISING [1] 3866/3
RAN [2] 3867/10 3876/22
RANDOM [1] 3898/16
RANDOMLY [1] 3913/6
RANGE [1] 3892/6
RANGES [1] 3921/8
RANGING [1] 3895/14
RAPID [2] 3859/8 3894/18
RATES [4] 3866/13 3882/8 3882/10 3882/10
RATHER [1] 3920/24
RAW [19] 3898/2 3898/13 3899/25 3900/2 3909/2 3910/12 3911/12 3911/22 3926/19 3930/22 3939/8 3944/13 3944/16 3945/2 3945/3 3945/14 3947/13 3947/14 3947/16
REACH [26] 3850/24 3852/17 3864/19 3867/2 3872/5 3872/7 3872/11 3872/16 3872/16 3873/9 3874/4 3881/17 3881/18 3881/21 3882/14 3883/13 3883/24 3884/5 3884/9 3885/21 3886/15 3888/5 3888/9 3920/19 3922/22 3950/6
REACH 1 [10] 3852/17 3872/16 3881/17 3881/18 3881/21 3883/13 3883/24 3884/5 3885/21 3888/9
REACH 1/GIWW [1] 3882/14
REACH 1/IHNC [1] 3886/15
REACH 2 [9] 3867/2 3872/5 3872/7 3872/11 3872/16 3874/4 3888/5 3920/19 3922/22
REACHES [1] 3864/21
REACHING [1] 3856/11
READ [7] 3878/25 3905/9 3933/7 3935/14 3949/10 3949/13 3950/10
READILY [1] 3869/11
READING [2] 3951/7 3961/8
READS [1] 3945/4
READY [2] 3933/24 3933/25
REAL [8] 3867/13 3872/14 3877/18 3877/19 3879/21 3882/5 3945/21 3953/13
REAL-WORLD [1] 3945/21
REALITY [5] 3900/21 3945/21 3947/3 3953/3 3954/11
REALIZE [1] 3865/13
REALLY [18] 3852/17 3853/13 3856/20 3859/16 3877/22 3877/22 3880/10 3887/13 3881/25 3882/15 3882/22 3888/13 3895/17 3900/3 3902/5 3907/9 3916/6 3953/3
REASON [9] 3860/1 3886/8 3911/20 3911/22 3911/23 3918/7 3929/1 3940/16 3941/2
REASONS [6] 3860/1 3873/11 3881/23 3881/25 3882/7 3912/5
REBUTTAL [2] 3880/1 3884/19
RECALL [1] 3866/23
RECEIPT [1] 3958/11
RECEIVED [1] 3958/6
RECENT [2] 3922/17 3922/19
RECENTLY [1] 3866/23
RECESS [4] 3907/18 3907/20 3907/22 3962/4
RECESSION [1] 3854/18
RECOMMENDATION [1] 3959/18
RECOMMENDED [2] 3951/19 3952/4
RECOMMENDS [1] 3903/22
RECONNAISSANCE [1] 3959/18
RECORD [9] 3876/23 3878/8 3879/1 3882/3 3884/1 3886/18 3890/15 3890/24 3962/11
RECORDED [3] 3847/24 3849/21 3900/10
RECORDS [1] 3876/18
RECREATE [2] 3934/1 3934/3
RECTANGULAR [1] 3912/1
RECTIFICATION [2] 3921/21 3922/11
RED [25] 3849/12 3849/13 3849/14 3851/6 3851/20 3861/5 3872/1 3880/16 3911/10 3911/11 3912/13 3913/25 3917/22 3926/5 3926/10 3929/21 3930/11 3941/18 3941/18 3943/2 3943/12 3943/18 3943/23 3943/25 3944/14
RED-HEADED [1] 3943/2
REDIRECT [1] 3955/20
REDISTRIBUTES [1] 3888/10
REDISTRIBUTION [1] 3883/22
REDUCE [6] 3883/23 3883/25 3913/8 3933/2 3946/25 3960/5
REDUCES [2] 3874/1 3900/5
REDUCTION [3] 3869/12 3873/20 3873/21
REEVALUATION [1] 3960/9
REFER [5] 3897/18 3898/21 3899/10 3899/23 3921/19
REFERENCE [8] 3907/8 3914/19 3919/2 3921/16 3950/13 3950/14 3950/14 3951/8
REFERENCED [2] 3916/3 3923/22
REFERRED [7] 3898/25 3907/8 3920/4 3920/12 3929/12 3929/13 3949/22
REFERRING [2] 3859/22 3897/16
REFLECT [1] 3881/16
REFLECTED [2] 3856/5 3883/11
REFLECTS [3] 3851/21 3861/5 3866/21
REGARD [3] 3872/9 3947/24 3953/17
REGARDING [5] 3957/17 3957/21 3958/12 3959/14 3960/1
REGION [11] 3853/7 3854/19 3857/11 3857/12 3866/15 3870/7 3872/18 3875/23 3883/7 3888/6 3948/17
REGIONAL [12] 3851/18 3852/2 3856/5 3879/5 3880/25 3881/14 3882/9 3888/7 3919/10 3919/12 3921/10 3932/12
REGIONALLY [5] 3869/19 3881/13 3881/14 3881/20 3884/8
REGIONS [1] 3948/2
REGIS [1] 3943/23

**R**

REGISTER [1] 3937/19
REGULAR [1] 3898/24
REITERATE [1] 3887/15
REITERATION [1] 3877/12
RELATE [1] 3916/25
RELATED [6] 3858/7 3873/3 3874/2 3892/15 3899/5 3953/24
RELATES [2] 3917/20 3922/3
RELATING [1] 3870/15
RELATIVE [1] 3875/23
RELEASE [1] 3866/18
RELEVANT [1] 3879/8
RELIABLE [1] 3928/14
RELIED [1] 3935/9
REMARKABLY [1] 3865/24
REMEMBER [13] 3852/9 3852/14 3853/6 3856/19 3857/3 3859/10 3879/1 3930/2 3935/13 3941/8 3949/19 3949/20 3956/9
REMIND [1] 3872/8
REMOTE [4] 3891/22 3892/6 3900/9 3950/20
REMOVAL [1] 3908/13
REMOVED [1] 3911/17
RENDERED [1] 3924/18
REPEAT [2] 3944/24 3954/17
REPLOTTED [1] 3861/25
REPORT [67] 3874/13 3874/14 3874/22 3875/1 3875/4 3875/15 3876/22 3876/23 3877/17 3878/3 3878/13 3878/19 3878/20 3879/16 3882/4 3884/2 3884/18 3886/19 3890/16 3906/1 3909/5 3911/5 3913/21 3915/4 3915/6 3915/13 3915/20 3915/24 3916/1 3916/4 3916/9 3916/24 3917/2 3917/4 3921/10 3921/12 3921/13 3921/14 3921/16 3921/18 3921/20 3921/22 3921/22 3922/8 3922/10 3922/11 3923/21 3923/23 3924/1 3924/2 3924/5 3929/15 3932/8 3935/7 3935/12 3935/14 3935/16 3936/24 3939/1 3939/5 3942/23 3943/10 3948/6 3949/10 3951/17 3951/23 3959/18
REPORTER [3] 3847/20 3962/8 3962/16
REPORTER'S [1] 3953/7
REPORTS [9] 3875/14 3905/8 3932/22 3933/4 3933/7 3937/21 3937/21 3949/13 3952/12
REPRESENT [5] 3874/8 3876/3 3901/4 3923/10 3923/17
REPRESENTATION [1] 3906/4
REPRESENTATIVE [2] 3957/20 3958/10
REPRESENTED [3] 3909/16 3926/18 3944/21
REPRESENTING [1] 3880/16
REPRESENTS [4] 3849/14 3849/20 3875/19 3875/23
REPRODUCE [1] 3933/22
REQUESTED [1] 3959/15
REQUIRE [3] 3896/10 3908/13 3935/21
REQUIRED [1] 3896/17
RERISING [1] 3866/6
RESCUE [2] 3895/24 3896/6
RESEARCH [2] 3884/24 3894/16
RESERVE [1] 3888/19
RESIO'S [1] 3932/4
RESISTANCE [5] 3869/12 3873/25 3883/16 3883/20 3883/23
RESISTENCE [1] 3888/2
RESOLUTION [12] 3860/3 3908/22 3956/25 3957/2 3957/3 3957/4 3957/5 3957/6 3957/7 3957/9 3957/11 3959/15

RESOLUTIONS [3] 3956/13 3956/15 3956/16
RESOLVING [1] 3860/2
RESOURCES [1] 3957/24
RESPECT [5] 3885/20 3886/4 3886/6 3918/1 3955/7
RESPOND [2] 3915/8 3921/15
RESPONDING [3] 3959/13 3959/25 3960/7
RESPONDS [1] 3958/21
RESPONSE [3] 3915/19 3921/16 3937/6
RESPONSIBILITIES [1] 3894/9
RESPONSIBILITY [1] 3894/10
RESPONSIBLE [1] 3891/21
RESPONSIVENESS [1] 3954/16
REST [3] 3855/8 3857/22 3961/14
RESTORATION [3] 3959/9 3959/20 3960/10
RESTRICT [1] 3922/5
RESULTS [2] 3849/14 3861/3
RETURN [1] 3898/18
REVIEW [5] 3932/18 3932/22 3933/4 3933/10 3957/23
REVIEWED [1] 3914/25
REVIEWING [1] 3915/14
RICHARD [1] 3847/8
RIDING [3] 3873/22 3873/24 3961/5
RIGHT [83] 3851/3 3851/23 3853/3 3853/3 3853/5 3854/7 3854/10 3854/23 3856/25 3862/2 3864/5 3864/9 3864/15 3864/18 3864/23 3867/18 3874/9 3875/10 3880/15 3880/16 3882/17 3883/6 3883/13 3887/9 3887/11 3889/4 3890/1 3899/7 3901/24 3905/17 3906/24 3909/11 3909/24 3910/10 3911/14 3912/12 3914/5 3925/5 3925/14 3925/22 3926/12 3926/12 3926/21 3926/22 3927/5 3927/11 3927/18 3928/3 3929/2 3930/4 3930/12 3930/21 3930/21 3934/4 3936/4 3937/15 3937/24 3938/19 3939/15 3939/15 3940/8 3940/16 3940/24 3941/17 3941/20 3941/22 3941/24 3944/7 3945/10 3945/25 3946/13 3946/14 3946/16 3948/11 3948/11 3950/1 3950/7 3951/23 3952/24 3953/9 3953/14 3956/12 3961/25
RIGHT-HAND [6] 3851/3 3901/24 3909/11 3911/14 3912/12 3927/11
RISE [5] 3849/3 3850/22 3907/21 3907/23 3962/3
RISING [8] 3850/19 3851/6 3851/24 3854/12 3857/5 3860/7 3865/24 3866/4
RIVER [1] 3869/6
ROAD [13] 3853/14 3860/20 3882/17 3882/21 3882/23 3883/10 3884/6 3884/13 3884/16 3886/3 3888/11 3936/17 3937/1
ROBERT [2] 3847/6 3958/10
ROBIN [1] 3847/15
ROBINSON [1] 3845/5
RODRIGUEZ [1] 3956/17
ROLL [3] 3853/18 3866/20 3906/15
ROLLING [9] 3853/20 3854/11 3854/16 3856/3 3856/9 3856/19 3857/5 3857/9 3866/7
ROOM [1] 3847/20
ROUGE [2] 3846/14 3846/21
ROUGH [1] 3865/13
ROUGHLY [9] 3852/25 3853/6 3853/7 3853/8 3865/10 3865/11 3865/11 3884/15 3922/16
ROWEN [1] 3960/7
ROY [2] 3846/5 3846/6

RUBE [1] 3906/18
RUBEN [2] 3873/8 3889/8
RUN [12] 3849/12 3867/5 3867/13 3872/14 3876/16 3881/6 3881/12 3882/5 3885/5 3885/9 3885/12 3931/15
RUNNING [1] 3881/8
RUNS [5] 3864/2 3867/19 3875/7 3876/22 3886/2
RUPERT [1] 3847/14
RUSH [1] 3957/21
RUSSELL [1] 3958/5
RUSSO [2] 3877/13 3877/16

**S**

S.W [1] 3846/17
S08 [8] 3862/11 3866/10 3866/15 3886/25 3887/1 3887/2 3887/4 3887/6
SAFETY [2] 3931/14 3932/20
SAID [14] 3877/25 3890/7 3899/15 3905/12 3908/5 3914/10 3917/8 3930/13 3935/6 3938/6 3944/24 3945/10 3945/12 3949/22
SALINITIES [1] 3959/7
SALINITY [2] 3956/19 3959/3
SALTWATER [2] 3960/3 3960/11
SAME [29] 3851/18 3851/22 3856/6 3861/12 3861/16 3862/7 3867/2 3873/24 3874/21 3877/20 3880/8 3902/12 3902/21 3909/19 3909/20 3910/19 3916/23 3920/7 3923/10 3923/12 3925/13 3926/24 3928/23 3929/9 3936/2 3942/7 3942/9 3945/13 3961/7
SAMPLE [1] 3905/4
SANDS [2] 3958/5 3958/10
SARAH [1] 3847/16
SAW [8] 3856/7 3856/9 3861/11 3870/1 3874/21 3885/15 3919/23 3952/13
SAY [41] 3849/13 3853/20 3856/23 3859/13 3859/19 3859/22 3862/16 3862/20 3863/3 3863/17 3864/22 3872/22 3875/11 3878/11 3878/18 3879/17 3906/17 3910/17 3917/12 3923/22 3928/8 3928/23 3930/6 3932/9 3934/15 3934/15 3935/16 3937/23 3937/24 3940/16 3943/14 3943/17 3945/1 3945/23 3945/25 3947/21 3949/21 3950/24 3951/9 3956/1 3961/20
SAYING [12] 3878/4 3878/19 3878/25 3914/19 3928/14 3935/13 3941/25 3943/9 3945/14 3946/23 3960/24 3960/25
SAYS [9] 3909/13 3925/14 3937/7 3949/17 3950/7 3950/11 3951/8 3951/10 3952/2
SCALE [10] 3856/8 3860/2 3863/23 3864/7 3870/16 3875/23 3877/17 3919/16 3926/3 3930/3
SCALED [5] 3849/14 3849/15 3861/14 3862/5 3865/25
SCALES [1] 3870/10
SCALING [2] 3861/5 3865/24
SCANNER [1] 3906/18
SCANNING [1] 3906/20
SCANS [2] 3899/7 3906/19
SCENARIO [8] 3862/17 3863/15 3867/13 3872/14 3872/15 3882/6 3886/10 3886/11
SCENARIOS [4] 3867/4 3867/10 3873/4 3873/8
SCIENCE [1] 3892/22
SCIENTIFIC [1] 3905/21
SCOPE [7] 3890/16 3915/4 3921/9 3921/13 3922/8 3924/1 3934/11

S

SCOTT [1]  3845/19
SCREEN [1]  3909/12
SCRUTINIZED [1]  3957/25
SEA [10]  3919/22 3919/24 3920/1 3920/6 3923/2 3949/22 3949/24 3950/1 3950/7 3950/12
SEABROOK [18]  3852/19 3853/3 3853/11 3853/15 3859/10 3859/11 3859/13 3859/15 3860/5 3860/13 3882/17 3882/21 3882/23 3883/10 3883/20 3884/6 3886/3 3888/11
SEAL [1]  3907/15
SEATED [3]  3849/4 3907/24 3923/5
SECOND [17]  3851/9 3853/1 3854/17 3854/21 3857/6 3860/23 3862/17 3862/24 3864/11 3866/6 3866/9 3889/17 3897/22 3906/17 3946/10 3950/8 3950/17
SECONDARY [5]  3850/7 3850/10 3850/13 3861/12 3862/10
SECTION [20]  3887/19 3909/10 3909/15 3909/17 3911/9 3913/24 3914/2 3914/7 3917/17 3921/19 3921/20 3924/10 3925/5 3925/8 3925/20 3927/12 3927/13 3928/4 3929/11 3935/8
SECTIONS [7]  3877/7 3917/16 3917/21 3923/18 3924/13 3925/4 3953/24
SEE [106]  3850/12 3851/6 3852/13 3852/16 3853/4 3853/16 3853/17 3853/20 3853/21 3854/5 3854/8 3854/11 3854/14 3854/18 3854/22 3855/8 3855/9 3855/10 3856/10 3856/11 3856/19 3857/2 3857/8 3857/9 3857/9 3857/17 3858/8 3858/20 3858/24 3858/25 3860/17 3861/1 3861/8 3861/16 3861/19 3862/4 3862/7 3862/16 3862/17 3864/16 3865/22 3866/8 3867/1 3869/15 3869/18 3869/24 3870/11 3871/19 3871/24 3872/2 3872/13 3872/20 3875/8 3875/24 3877/3 3880/7 3880/9 3880/14 3880/15 3880/15 3880/18 3880/20 3880/25 3881/24 3882/20 3883/4 3883/12 3886/12 3886/15 3901/11 3901/14 3901/14 3901/15 3901/22 3901/25 3908/20 3909/12 3909/17 3909/22 3910/16 3911/3 3911/17 3912/11 3922/21 3923/16 3925/1 3925/4 3926/4 3926/5 3926/7 3926/8 3927/24 3927/25 3929/3 3929/25 3930/7 3930/12 3930/24 3931/17 3939/10 3941/18 3942/18 3942/23 3949/17 3951/4 3956/4
SEEING [5]  3850/19 3851/5 3857/22 3861/23 3872/18
SEEK [1]  3958/13
SEEMS [2]  3871/11 3920/24
SEEN [4]  3886/2 3890/14 3918/14 3950/2
SEGREGATED [1]  3889/10
SEGUE [1]  3905/24
SELECT [2]  3900/19 3923/20
SELECTED [1]  3924/4
SENATOR [8]  3958/5 3958/21 3958/21 3958/24 3959/13 3959/25 3959/25 3960/8
SENSE [1]  3916/19
SENSING [4]  3891/22 3892/6 3900/9 3950/20
SENSITIVITY [6]  3931/16 3931/18 3931/23 3931/25 3932/4 3932/21
SENSOR [3]  3906/12 3906/15 3906/22
SENT [2]  3953/2 3956/20

SENTENCING [3]  3907/14 3907/20 3909/20
SEPARATE [2]  3878/3 3917/24
SEPARATION [4]  3922/16 3923/3 3925/25 3929/3
SEPTEMBER [1]  3958/4
SEPTEMBER 18 [1]  3958/4
SEQUENCE [3]  3850/11 3850/14 3862/1
SERIES [1]  3886/2
SERVE [1]  3951/14
SERVICES [1]  3894/13
SESSION [4]  3845/10 3849/1 3849/4 3907/24
SET [12]  3859/7 3898/2 3898/22 3900/12 3900/19 3902/18 3903/1 3914/17 3925/15 3936/3 3949/1 3949/1 SETS [20]  3897/15 3897/16 3898/10 3899/19 3899/19 3899/22 3905/15 3905/17 3905/19 3918/5 3924/7 3924/9 3924/10 3933/16 3935/9 3935/19 3943/12 3947/2 3947/16 3950/22
SETUP [1]  3858/16
SEVEN [2]  3862/25 3891/3
SEVERAL [3]  3892/5 3898/6 3956/13
SHALLOW [3]  3877/9 3877/14
SHAPE [6]  3860/14 3860/15 3860/16 3860/24 3892/22 3943/15
SHAPED [1]  3906/21
SHAPES [2]  3860/22 3861/9
SHARE [1]  3959/22
SHEET [37]  3904/6 3904/16 3904/17 3908/15 3910/22 3910/24 3911/3 3912/8 3912/19 3913/2 3913/3 3913/6 3913/6 3913/8 3917/9 3928/18 3928/19 3928/20 3928/23 3936/8 3938/25 3939/14 3939/25 3940/8 3940/24 3942/5 3942/6 3942/7 3942/7 3942/9 3944/7 3946/6 3947/3 3953/18 3953/24 3954/4 3954/21
SHELF [4]  3869/8 3869/8 3870/16 3873/14
SHELL [1]  3875/12
SHERMAN [1]  3845/22
SHIFT [10]  3850/23 3852/6 3856/13 3898/24 3899/3 3899/21 3899/21 3899/22 3918/2 3918/4
SHIFTED [1]  3852/9
SHIFTING [1]  3907/12
SHIFTS [3]  3918/12 3918/14 3918/21
SHORE [6]  3852/24 3858/4 3858/7 3858/13 3858/14 3858/15
SHORT [1]  3934/13
SHORTLY [1]  3865/7
SHOULD [19]  3849/13 3855/7 3859/16 3859/19 3870/15 3889/15 3911/16 3917/12 3923/22 3929/1 3931/9 3932/12 3932/18 3932/18 3932/19 3933/1 3934/15 3951/10 3951/12
SHOW [20]  3850/14 3851/11 3851/12 3867/2 3867/4 3867/9 3870/10 3874/23 3874/23 3875/1 3877/6 3901/23 3909/11 3913/19 3917/3 3924/10 3924/11 3927/12 3960/13 3961/14
SHOWED [5]  3870/2 3877/13 3905/4 3925/10 3949/5
SHOWING [6]  3875/18 3882/1 3924/4 3943/1 3950/2 3957/18
SHOWN [10]  3849/25 3874/4 3882/16 3906/13 3907/4 3912/9 3912/10 3925/2 3942/6 3942/7
SHOWS [8]  3851/16 3851/18 3851/22 3853/8 3859/20 3863/9 3925/16 3958/17
SIDE [18]  3877/7 3877/14 3882/17 3882/18 3902/8 3906/19 3906/19

3906/20 3906/20 3909/11 3911/14 3930/12 3936/1 3938/8 3938/20 3939/15 3939/20 3947/4
SIDES [1]  3935/9
SIGNAL [1]  3898/18
SIGNIFICANT [5]  3875/6 3928/1 3928/9 3936/9 3936/11
SIGNIFICANTLY [2]  3881/20 3882/14
SIMILAR [12]  3850/5 3860/22 3860/25 3861/10 3865/24 3865/25 3866/5 3913/24 3923/21 3929/18 3936/5 3959/23
SIMILARLY [1]  3960/13
SIMPLE [2]  3903/25 3904/1
SIMPLY [7]  3861/24 3862/10 3866/14 3884/8 3888/10 3924/3 3950/3
SIMS [1]  3846/3
SIMULATIONS [1]  3885/15
SINCE [4]  3891/15 3915/23 3934/14 3953/16
SINGLE [1]  3949/3
SIPHONING [1]  3882/12
SIR [69]  3858/1 3876/24 3879/11 3888/17 3888/21 3891/9 3892/10 3897/5 3897/9 3901/16 3902/3 3902/13 3904/14 3904/18 3906/2 3906/3 3909/9 3911/23 3912/11 3916/15 3919/6 3919/24 3921/15 3928/16 3929/7 3930/19 3931/1 3931/9 3935/4 3936/11 3936/23 3937/8 3937/9 3937/9 3937/12 3937/16 3938/7 3940/5 3940/12 3940/22 3943/4 3943/8 3944/1 3944/8 3944/17 3944/21 3945/9 3945/17 3946/9 3946/22 3947/18 3948/22 3949/7 3949/13 3950/2 3950/8 3950/18 3950/23 3951/3 3951/19 3952/7 3952/9 3952/14 3952/15 3953/10 3953/15 3953/22 3954/2 3955/22
SIT [4]  3933/21 3947/17 3955/10 3955/15
SITTING [2]  3873/14 3874/2
SITUATION [4]  3945/11 3945/20 3945/23 3947/15
SIX [5]  3863/10 3863/12 3863/13 3867/9 3867/19
SIZE [4]  3879/5 3887/18 3887/19 3892/22
SIZED [1]  3856/8
SKILLS [1]  3934/17
SKIP [2]  3868/2 3869/15
SKIPPED [1]  3889/20
SL15 [6]  3850/6 3850/9 3862/9 3866/15 3866/18 3884/23
SLIDE [34]  3851/2 3851/4 3858/24 3861/1 3861/19 3867/12 3869/15 3869/24 3871/19 3872/4 3872/13 3873/10 3874/5 3874/10 3880/7 3881/16 3881/24 3884/4 3886/5 3887/13 3923/14 3924/21 3925/7 3925/9 3927/6 3927/13 3929/8 3929/17 3934/15 3940/6 3940/9 3942/7 3944/12 3944/13
SLIDES [8]  3850/11 3889/15 3889/17 3889/19 3891/3 3891/5 3924/11 3934/14
SLIGHT [1]  3856/13
SLOPES [2]  3920/20 3931/3
SLOW [3]  3851/9 3854/18 3888/2
SLOWER [1]  3918/25
SLOWING [1]  3856/11
SLOWLY [1]  3866/20
SLOWS [1]  3855/3
SMALL [11]  3872/12 3875/22 3881/14 3882/1 3882/9 3882/25 3886/16 3938/24 3943/15 3948/20 3954/21
SMITH [3]  3847/15 3889/20 3961/20

S

SMITHSONIAN [2] 3892/9 3895/11
SMOOTH [9] 3898/24 3899/23 3926/24 3940/19 3943/1 3944/14 3945/5 3945/7 3947/14
SMOOTH IMAGE [1] 3945/7
SMOOTHED [1] 3944/10
SMOOTHER [2] 3911/25 3912/13
SMOOTHING [10] 3899/1 3899/2 3899/11 3899/15 3900/4 3905/2 3905/3 3909/22 3911/21 3912/16
SNAPSHOT [1] 3851/25
SO [173]
SO THEY'RE [1] 3863/20
SOCIETY [2] 3900/8 3950/19
SOJA [1] 3847/16
SOLELY [1] 3919/12
SOLILOQUY [1] 3955/4
SOME [39] 3854/5 3855/12 3858/10 3860/3 3873/3 3873/11 3875/6 3875/12 3875/16 3880/9 3880/17 3891/2 3892/3 3892/14 3895/16 3897/15 3901/6 3901/9 3906/17 3907/10 3912/2 3913/16 3917/9 3919/23 3922/7 3927/2 3929/1 3931/14 3931/15 3932/19 3932/20 3932/21 3942/2 3944/2 3945/9 3946/12 3953/4 3954/13 3960/25
SOMEBODY [2] 3890/8 3943/24
SOMETHING [11] 3860/11 3863/21 3873/23 3874/20 3909/17 3917/2 3921/7 3929/25 3934/11 3938/11 3939/11
SOMEWHAT [7] 3859/25 3860/23 3860/23 3861/12 3861/13 3898/16 3924/16
SOMEWHERE [3] 3856/21 3878/25 3914/12
SORRY [6] 3851/1 3852/3 3853/1 3879/12 3907/25 3950/25
SORT [12] 3861/16 3866/22 3906/18 3906/21 3907/10 3917/9 3927/2 3931/15 3931/15 3932/19 3932/20 3932/21
SOUND [6] 3856/9 3857/1 3866/10 3866/16 3880/18 3955/24
SOUNDING [1] 3876/15
SOUNDINGS [2] 3876/13 3876/15
SOURCES [6] 3907/5 3923/19 3933/13 3948/22 3948/23 3948/24
SOUTH [14] 3845/16 3852/24 3857/1 3858/4 3858/7 3858/14 3858/15 3872/24 3873/2 3876/16 3876/17 3920/20 3920/21 3958/25
SOUTHEAST [3] 3856/24 3942/10 3947/4
SOUTHEASTERN [2] 3919/4 3919/13
SPACE [1] 3852/1
SPACING [6] 3898/3 3898/9 3909/2 3910/13 3912/20 3912/24
SPATIALLY [1] 3918/1
SPEAK [2] 3902/2 3945/16
SPECIALIZED [1] 3892/16
SPECIFIC [5] 3851/13 3851/17 3885/12 3890/19 3895/7
SPECIFICALLY [9] 3872/6 3885/8 3893/2 3894/22 3904/8 3904/15 3906/11 3928/17 3943/4
SPECTRUM [1] 3893/1
SPECULATION [1] 3936/19
SPEED [1] 3907/1
SPELLING [1] 3890/24
SPHERICAL [1] 3943/15
SPIKES [5] 3901/1 3901/4 3901/9 3901/11 3901/12

SPOIL [1] 3873/7
SPOKEN [1] 3851/18
SPOKE [5] 3900/13 3900/23 3902/25 3904/2 3905/19
SPONSOR [1] 3959/22
SPOT [5] 3896/4 3901/22 3902/1 3914/15 3914/16
SPOTS [1] 3902/8
SPRINGS [1] 3846/17
SQUARE [3] 3869/10 3887/21 3948/16
SR [1] 3847/16
ST. [12] 3856/20 3857/4 3873/2 3903/1 3956/16 3956/25 3958/6 3958/11 3958/17 3959/8 3959/14 3960/3
ST. BERNARD [10] 3873/2 3903/1 3956/16 3956/25 3958/6 3958/11 3958/17 3959/8 3959/14 3960/3
ST. LOUIS [2] 3856/20 3857/4
STAGE [1] 3962/1
STAMPED [1] 3855/1
STAMPS [1] 3864/25
STAND [1] 3878/20
STANDARDS [3] 3900/6 3905/20 3905/22
STANDING [1] 3916/22
STANDPOINT [1] 3895/20
STANDS [1] 3895/14
STANWOOD [1] 3845/11
STAR [1] 3849/19
START [5] 3883/9 3923/17 3925/3 3927/11 3929/11
START AND [1] 3923/17
STARTED [2] 3889/3 3894/3
STARTING [10] 3850/23 3852/6 3852/7 3852/12 3853/18 3854/20 3856/14 3856/22 3857/2 3932/9
STATE [6] 3890/23 3895/8 3895/23 3896/5 3897/4 3939/6
STATEMENT [2] 3935/12 3938/6
STATEMENTS [1] 3956/17
STATES [10] 3845/1 3845/7 3845/11 3893/25 3894/24 3905/15 3933/12 3933/19 3951/17 3962/8
STATES' [2] 3933/10 3957/16
STATEWIDE [30] 3897/19 3902/25 3903/1 3903/5 3905/19 3906/7 3910/11 3911/16 3911/18 3914/3 3914/11 3914/13 3914/14 3917/24 3918/2 3925/19 3927/5 3927/22 3929/21 3930/8 3947/25 3947/25 3948/1 3948/13 3948/15 3949/2 3949/3 3949/8 3950/16 3951/11
STATION [5] 3847/17 3942/1 3942/2 3942/5 3958/14
STATIONS [1] 3905/4
STATISTICAL [6] 3900/25 3903/25 3935/11 3935/18 3935/20 3939/5
STATISTICS [1] 3959/1
STEEP [2] 3858/19 3858/20
STENOGRAPHY [1] 3847/24
STEP [2] 3888/22 3955/22
STEPHEN [3] 3890/12 3890/21 3890/25
STEPPING [1] 3871/8
STEREO [1] 3894/18
STEVE [1] 3931/25
STEVEN [1] 3941/7
STEVENS [3] 3846/22 3846/23
STICKING [2] 3939/25 3940/8
STILL [8] 3851/7 3853/6 3857/4 3857/20 3869/20 3909/5 3918/12 3940/14
STONE [1] 3847/16
STOOD [1] 3878/18
STOP [6] 3890/8 3890/9 3925/3 3927/11

3929/11 3943/2
STOPPED [10] 3858/9 3887/1 3887/24
STORM [12] 3869/5 3869/9 3869/16 3869/20 3871/25 3887/17 3887/18 3926/15 3926/15 3926/18 3958/23 3960/11
STORMS [1] 3884/15
STREET [12] 3845/16 3845/19 3845/23 3846/6 3846/10 3846/13 3846/20 3847/4 3847/7 3847/20 3858/11 3859/24
STRESS [3] 3858/16 3860/2 3860/4
STRESS-INDUCED [1] 3858/16
STRESSES [2] 3858/6 3860/10
STRIKE [1] 3885/13
STRIPES [1] 3876/17
STRONG [3] 3850/18 3852/15 3862/10
STRUCTURE [17] 3903/11 3903/16 3903/19 3904/10 3904/24 3905/3 3908/19 3909/25 3910/16 3912/19 3926/25 3928/17 3933/17 3939/1 3939/6 3939/20 3952/20
STRUCTURES [5] 3904/6 3908/15 3950/6 3954/5 3954/21
STUDIES [5] 3884/12 3884/23 3932/1 3932/12 3959/19
STUDY [10] 3870/1 3891/12 3892/22 3931/18 3931/23 3932/21 3949/4 3957/23 3959/22 3960/9
STUFF [3] 3880/4 3907/15 3944/14
STYLUS [1] 3941/17
SUBJECT [1] 3955/18
SUBJECTS [1] 3892/6
SUBMERGED [1] 3887/24
SUBMISSION [1] 3933/22
SUBROGATED [1] 3847/2
SUBSEQUENTLY [1] 3893/18
SUBSIDENCE [3] 3919/10 3919/12 3921/10
SUBTRACTION [1] 3904/1
SUCH [15] 3858/19 3866/9 3873/12 3882/10 3882/11 3889/8 3889/19 3892/6 3903/11 3904/6 3907/11 3908/15 3918/14 3932/13 3936/4
SUDDENLY [1] 3864/8
SUGGESTED [1] 3960/2
SUITE [5] 3845/16 3846/3 3846/6 3846/10 3847/7
SUMMARIZED [1] 3881/19
SUMMARIZING [1] 3891/7
SUMMARY [1] 3891/8
SUMMATION [2] 3866/23 3871/7
SUMMING [2] 3874/17 3874/19
SUPERIMPOSED [2] 3851/20 3865/23
SUPPORT [8] 3871/21 3895/23 3896/18 3897/20 3935/9 3956/21 3957/16 3961/9
SUPPOSED [3] 3866/24 3876/3 3910/4
SURE [16] 3853/22 3854/22 3870/12 3887/17 3889/7 3889/12 3889/22 3890/1 3891/4 3907/16 3916/25 3938/13 3945/11 3945/13 3950/9 3961/10
SURFACE [7] 3854/3 3881/7 3883/22 3888/2 3907/9 3947/14 3947/16
SURGE [13] 3849/9 3849/22 3849/25 3851/12 3851/18 3851/22 3854/14 3856/3 3856/4 3856/11 3866/24 3867/2 3923/10
SURMISE [1] 3960/22
SURVEY [45] 3875/25 3897/24 3898/6 3900/14 3900/14 3902/20 3902/21 3904/7 3904/23 3906/8 3909/13 3909/14 3909/19 3910/6 3910/21 3911/11 3914/1 3914/8 3914/18 3917/22 3918/8 3918/20 3918/20 3919/17 3924/24 3925/11

**S**

SURVEY... [19]  3925/13 3926/6 3926/16
3926/17 3927/23 3930/1 3930/16
3930/22 3948/13 3948/15 3950/21
3951/7 3951/9 3951/9 3951/10 3951/12
3952/8 3952/14 3953/21
SURVEYED [5]  3935/23 3937/1 3951/18
3952/3 3952/10
SURVEYING [13]  3891/12 3891/15
3892/6 3892/17 3893/1 3893/4 3896/16
3896/18 3896/20 3897/4 3897/4 3907/6
3936/16
SURVEYOR [1]  3891/11
SURVEYORS [1]  3912/5
SURVEYS [10]  3874/7 3874/9 3874/11
3875/20 3891/23 3936/7 3948/10
3951/13 3951/15 3952/8
SUSTAIN [1]  3885/14
SUSTAINED [5]  3858/12 3869/7
3885/17 3889/19 3955/9
SVPC454 [1]  3959/15
SVPC454-08-94 [1]  3959/15
SWEPT [1]  3852/11
SWITCH [1]  3875/12
SWORN [2]  3849/6 3890/21
SYMMETRY [1]  3912/3
SYMPTOMS [1]  3960/25
SYNOPSIS [1]  3921/15
SYSTEM [29]  3857/3 3857/17 3857/20
3857/22 3859/1 3867/14 3872/8 3872/10
3872/11 3879/6 3891/22 3892/2 3894/23
3895/2 3896/3 3898/1 3898/18 3902/15
3906/4 3906/4 3906/11 3906/12 3906/14
3907/7 3907/8 3912/24 3914/6 3925/13
3944/4
SYSTEM'S [1]  3873/12
SYSTEMS [3]  3893/15 3893/15 3894/21

**T**

TABLE [4]  3868/1 3949/15 3950/10
3950/11
TABLES [1]  3951/8
TAHEERAH [1]  3847/11
TAKE [6]  3859/11 3865/14 3876/16
3899/20 3907/17 3928/11
TAKEN [12]  3910/11 3914/2 3915/25
3923/16 3923/18 3925/4 3925/5 3929/12
3929/14 3931/7 3959/16 3960/4
TAKES [1]  3899/11
TAKING [1]  3903/22
TALK [5]  3918/25 3920/3 3921/10
3926/16 3938/11
TALKED [8]  3858/3 3886/25 3921/18
3922/2 3924/12 3949/16 3949/18
3952/22
TALKING [14]  3854/1 3856/23 3859/14
3903/14 3904/15 3904/17 3937/20
3937/25 3938/17 3940/2 3940/4 3949/20
3952/7 3954/12
TALKS [1]  3922/11
TALL [1]  3901/13
TANDEM [1]  3896/3
TEAM [10]  3891/21 3935/4 3935/5
3935/5 3936/1 3938/23 3940/25 3942/11
3953/5 3955/23
TEAMS [3]  3936/1 3938/11 3938/20
TECH [1]  3891/16
TECHNIQUES [2]  3918/20 3918/21
TECHNOLOGIES [4]  3892/1 3894/6
3894/15 3895/18
TECHNOLOGY [3]  3893/17 3894/2
3894/17

TELEPHONE [3]  3901/17 3901/20
3901/20
TELL [7]  3881/24 3884/21 3901/6
3901/10 3930/20 3960/19 3961/1
TEMPERATURE [1]  3896/2
TEND [3]  3908/16 3909/3 3946/24
TENDER [2]  3896/19 3897/8
TENDERED [1]  3897/11
TENNIS [3]  3944/15 3945/14 3947/15
TENTHS [2]  3920/23 3922/15
TERM [3]  3899/2 3899/15 3917/13
TERMINAL [1]  3957/1
TERMS [8]  3850/5 3852/1 3878/2
3880/20 3888/1 3898/12 3906/15
3954/19
TERRAIN [1]  3893/15
TESTIFIED [2]  3849/6 3890/22
TESTIFYING [1]  3946/21
TESTIMONY [6]  3871/1 3871/8 3891/7
3915/3 3922/6 3942/13
TESTS [1]  3932/4
TEXAS [1]  3846/4
THAN [27]  3856/14 3857/15 3859/21
3862/23 3863/6 3863/16 3863/16
3863/18 3866/15 3866/20 3872/20
3881/9 3886/14 3887/21 3899/16
3912/13 3913/2 3919/4 3934/17 3942/19
3945/4 3945/22 3951/14 3952/6 3953/16
3954/11 3955/5
THANK [26]  3855/4 3858/1 3862/2
3863/22 3865/19 3887/11 3888/15
3888/17 3890/10 3890/20 3892/10
3899/17 3909/9 3923/5 3927/6 3927/8
3928/4 3934/5 3945/20 3946/10 3947/7
3955/21 3956/8 3960/17 3961/17 3962/1
THANKS [1]  3955/22
THAT [515]
THAT'S [94]  3851/3 3851/15 3851/23
3852/13 3854/16 3856/25 3857/8
3863/13 3864/9 3864/15 3864/18
3865/17 3869/5 3870/6 3871/16 3872/19
3873/2 3875/5 3876/17 3877/21 3878/11
3879/13 3881/15 3881/18 3882/16
3883/11 3888/6 3889/4 3889/24 3889/25
3890/1 3890/1 3898/11 3902/4 3902/24
3903/4 3903/8 3903/9 3903/14 3903/15
3904/4 3904/14 3906/3 3906/25 3908/8
3910/10 3910/12 3910/23 3911/1 3914/6
3914/24 3916/11 3918/4 3918/13 3920/5
3920/14 3920/16 3922/25 3925/15
3927/21 3928/6 3928/12 3929/16
3932/16 3933/3 3933/15 3933/19 3934/3
3935/25 3936/13 3936/14 3939/1 3939/3
3939/9 3939/10 3939/19 3940/18
3940/19 3941/8 3941/19 3941/19
3941/21 3942/11 3943/20 3944/2
3945/15 3946/16 3946/21 3948/4
3948/14 3948/18 3951/24 3952/17
3953/18
THE CHANNEL [1]  3882/5
THE COURT [1]  3953/7
THEIR [13]  3867/23 3867/23 3872/17
3875/6 3894/11 3895/8 3905/8 3905/16
3905/23 3906/7 3906/8 3918/12 3949/8
THEM [17]  3849/15 3855/8 3889/15
3889/16 3896/5 3899/12 3901/4 3915/22
3917/11 3920/7 3926/24 3944/10 3945/2
3955/18 3956/20 3957/15 3961/10
THEMSELVES [3]  3882/2 3948/10
3948/19
THEN [64]  3850/22 3850/24 3850/25
3851/17 3851/20 3852/3 3852/3 3856/13
3856/13 3856/17 3856/18 3860/9

3860/14 3865/6 3865/13 3868/1 3869/3
3890/23 3896/1 3896/5 3897/2 3901/8
3883/20 3889/1 3894/20 3895/10
3898/19 3898/22 3901/24 3903/3
3903/24 3906/17 3909/18 3910/3
3912/16 3913/8 3913/18 3914/2 3914/7
3914/11 3916/6 3918/18 3920/2 3922/21
3922/23 3923/4 3925/18 3927/4 3927/20
3927/25 3928/8 3928/20 3929/22 3930/3
3930/5 3930/7 3930/16 3931/13 3932/19
3939/19 3939/21 3940/6 3947/14
3961/23
THERE [103]  3849/22 3850/13 3853/19
3854/9 3854/17 3854/18 3855/6 3856/12
3856/14 3856/18 3857/15 3858/12
3858/12 3860/3 3862/10 3862/12 3864/5
3864/14 3865/1 3866/3 3866/20 3866/21
3869/9 3872/2 3873/7 3873/17 3874/2
3874/22 3876/7 3876/17 3877/9 3877/19
3879/25 3880/15 3880/22 3881/3
3881/13 3883/10 3884/8 3886/16 3887/7
3889/20 3893/10 3894/9 3897/18
3898/10 3899/20 3899/21 3899/21
3899/25 3900/6 3900/8 3901/2 3901/6
3901/21 3902/7 3903/11 3903/15
3903/18 3906/12 3906/23 3907/2
3907/11 3908/6 3908/11 3909/12 3910/5
3910/24 3911/15 3912/4 3913/13
3913/16 3915/12 3918/4 3919/4 3925/25
3926/22 3928/19 3930/3 3930/13
3930/17 3930/21 3934/20 3934/22
3939/18 3940/14 3940/15 3941/24
3944/4 3944/22 3945/23 3947/13 3948/6
3951/6 3953/2 3953/17 3953/18 3954/2
3954/20 3961/5 3961/6 3961/12 3961/25
THERE'S [49]  3849/19 3853/8 3860/3
3863/2 3864/17 3870/4 3870/13 3873/11
3873/20 3875/11 3875/15 3876/18
3877/18 3880/21 3881/22 3881/22
3882/7 3882/7 3882/10 3882/24 3883/12
3883/14 3883/21 3883/21 3884/10
3889/17 3889/18 3900/20 3903/16
3903/18 3911/17 3915/6 3915/17
3916/23 3918/2 3921/20 3926/13
3926/25 3927/25 3929/1 3934/2 3939/20
3939/21 3945/24 3953/13 3953/16
3953/19 3953/20 3961/1
THEREAFTER [1]  3865/7
THEREFORE [3]  3885/13 3951/14
3954/23
THERMAL [1]  3896/2
THESE [46]  3855/12 3859/6 3862/18
3863/20 3865/8 3865/23 3870/10 3871/4
3873/3 3874/1 3874/24 3876/6 3885/5
3885/15 3899/5 3901/9 3902/6 3903/21
3905/18 3913/7 3917/14 3918/5 3918/11
3919/10 3919/15 3923/20 3924/9
3924/10 3925/24 3927/9 3929/10 3931/7
3942/15 3945/1 3945/2 3945/14 3945/14
3946/13 3950/14 3953/11 3956/13
3956/14 3959/23 3961/3 3961/7 3961/16
THESIS [1]  3896/14
THEY [63]  3850/7 3858/15 3859/9
3860/22 3861/24 3867/19 3873/4
3873/11 3876/16 3876/16 3876/21
3876/22 3878/18 3878/19 3878/20
3878/20 3885/8 3887/5 3889/22 3890/14
3893/16 3896/5 3897/25 3898/2 3899/22
3901/1 3901/2 3901/7 3901/12 3905/9
3911/13 3915/21 3915/22 3919/9
3923/21 3926/7 3926/13 3931/9 3932/23
3933/5 3933/8 3934/14 3942/3 3942/15

**T**

THEY... [15]  3945/17 3945/19 3946/12 3951/14 3952/20 3952/23 3952/24 3952/25 3953/1 3953/2 3953/4 3953/7 3956/17 3956/20 3957/25
THEY'RE [12]  3860/23 3863/20 3865/24 3865/25 3871/4 3875/5 3882/23 3886/14 3891/5 3926/25 3942/18 3953/16
THEY'VE [1]  3955/25
THICKER [1]  3909/19
THIN [6]  3904/6 3905/3 3908/15 3912/19 3938/25 3943/15
THING [11]  3856/21 3865/22 3869/5 3888/8 3901/8 3901/18 3902/12 3909/7 3928/23 3931/15 3961/21
THINGS [4]  3871/17 3935/4 3940/18 3959/17
THINK [27]  3850/11 3856/7 3858/5 3858/9 3864/22 3864/25 3865/22 3867/24 3870/3 3874/1 3877/18 3877/21 3878/25 3881/18 3882/7 3885/5 3887/25 3889/3 3889/20 3905/12 3907/15 3913/15 3913/18 3922/19 3935/15 3945/10 3946/21
THINNER [1]  3908/19
THIRD [1]  3898/4
THIRDLY [1]  3889/18
THIS [280]
THOMAS [1]  3846/3
THOROUGH [1]  3957/23
THOSE [50]  3849/17 3850/2 3858/14 3860/10 3860/21 3865/9 3866/12 3867/24 3874/10 3875/1 3881/25 3882/11 3882/18 3887/8 3889/18 3891/17 3893/13 3893/22 3894/10 3894/12 3896/5 3898/20 3899/14 3899/20 3899/22 3899/23 3900/5 3901/16 3903/23 3907/4 3911/25 3916/11 3917/16 3917/21 3917/24 3917/25 3918/21 3924/10 3925/2 3925/3 3929/3 3929/20 3940/18 3940/23 3942/2 3942/16 3944/9 3945/4 3945/22 3946/16
THOUGH [4]  3867/3 3877/8 3877/25 3918/11
THOUGHT [2]  3874/17 3955/13
THREE [9]  3863/21 3867/24 3897/18 3898/10 3905/18 3909/11 3923/17 3929/10 3935/8
THREE-QUARTERS [1]  3863/21
THROUGH [20]  3855/8 3856/7 3857/21 3862/1 3867/3 3868/1 3868/2 3871/8 3875/9 3881/6 3881/12 3881/15 3882/8 3883/7 3887/23 3913/23 3915/14 3924/4 3925/6 3925/8
THROUGHOUT [4]  3857/11 3857/20 3870/2 3882/11
TIDAL [1]  3919/18
TIDE [1]  3920/1
TIDE-BASED [1]  3920/1
TIE [2]  3922/7 3942/3
TIED [1]  3922/3
TIME [28]  3849/20 3849/23 3851/5 3851/18 3851/21 3851/24 3862/12 3862/16 3862/24 3864/8 3864/20 3864/20 3864/25 3865/9 3871/11 3875/4 3877/5 3880/5 3890/11 3896/19 3900/22 3907/17 3912/15 3922/16 3933/17 3955/14 3956/11 3961/19
TIMES [2]  3906/17 3910/24
TIMING [3]  3860/24 3879/24 3880/2
TINY [1]  3888/5
TIRED [1]  3879/22

TODAY [3]  3870/2 3917/12 3922/6
TOE [2]  3913/11 3950/13
  3913/20 3913/22 3914/5 3914/10 3914/13 3914/17 3914/19 3932/5 3948/6
TOGETHER [6]  3891/5 3893/22 3899/12 3899/23 3917/11 3925/24
TOGGLE [2]  3853/17 3853/24
TOLD [1]  3942/18
TONI [4]  3847/20 3962/7 3962/15 3962/15
TOO [3]  3879/20 3886/20 3907/10
TOOK [4]  3866/2 3901/23 3905/17 3907/22
TOOL [3]  3893/24 3906/5 3924/18
TOOLS [2]  3893/22 3918/9
TOP [40]  3854/6 3861/3 3873/23 3873/24 3874/2 3881/2 3899/6 3899/9 3899/16 3903/19 3904/10 3904/23 3908/12 3909/13 3909/23 3911/3 3911/19 3912/8 3913/6 3913/8 3917/10 3917/14 3917/25 3927/17 3930/12 3936/4 3939/1 3939/6 3939/21 3940/3 3940/17 3940/19 3940/23 3942/9 3942/17 3943/6 3943/15 3945/19 3947/17 3952/20
TOP-OF-STRUCTURE [2]  3939/6 3952/20
TOPIC [2]  3947/25 3952/18
TOPOGRAPHIC [3]  3858/22 3891/18 3893/7
TOPS [3]  3936/17 3937/1 3938/3
TORTS [1]  3847/10
TOTAL [3]  3862/24 3873/23 3954/2
TOUCHED [1]  3931/18
TOWARD [2]  3857/7 3946/4
TOWARDS [3]  3850/17 3853/9 3893/23
TRACK [2]  3911/13 3926/7
TRACKS [2]  3875/25 3876/16
TRADE [1]  3895/25
TRADITION [1]  3891/6
TRAFFIC [1]  3959/1
TRANSCRIPT [3]  3847/24 3915/15 3962/10
TRANSECT [1]  3880/12
TRANSECTS [1]  3880/9
TRANSPARENT [1]  3917/10
TRAVERSE [1]  3897/1
TREMENDOUS [2]  3869/7 3869/19
TREMENDOUSLY [1]  3852/20
TRIAL [3]  3845/10 3886/21 3934/18 3961/16
TRIANGLE [5]  3852/12 3852/16 3853/14 3856/12 3884/14
TRIANGLE/PARIS [1]  3853/14
TRUE [3]  3940/4 3947/18 3962/9
TRUST [1]  3937/4
TRUTH [2]  3900/21 3946/15
TRY [4]  3875/6 3889/23 3909/7 3934/13
TRYING [6]  3877/5 3879/4 3885/6 3903/19 3908/17 3956/1
TURN [11]  3849/9 3872/23 3905/25 3909/4 3911/4 3923/14 3925/7 3927/6 3929/8 3929/17 3932/8
TURNED [1]  3946/4
TUSA [4]  3847/20 3962/7 3962/15 3962/15
TWO [27]  3849/24 3851/16 3865/9 3865/10 3866/12 3874/1 3877/8 3888/19 3890/7 3890/7 3890/8 3893/22 3894/11 3894/12 3895/5 3897/25 3898/7 3898/11 3899/19 3916/5 3936/1 3938/11 3938/20 3944/9 3947/16 3950/14 3959/4
TYPICALLY [2]  3900/8 3919/18

**U**

U.S [7]  3847/9 3884/25 3891/16 3891/17 3919/17 3957/20 3958/20
ULTIMATE [1]  3931/12
ULTIMATELY [3]  3875/11 3895/7 3916/7
UNCERTAINTIES [1]  3933/2
UNCERTAINTY [2]  3904/25 3905/1
UNCOMMON [1]  3918/16
UNDER [13]  3859/1 3859/1 3859/3 3859/4 3859/4 3859/25 3895/8 3897/23 3900/15 3907/15 3922/22 3922/23 3928/10
UNDERSTAND [20]  3859/25 3865/18 3867/18 3870/8 3877/20 3878/5 3878/15 3879/17 3902/7 3902/16 3910/5 3912/23 3913/9 3922/21 3926/23 3934/12 3938/14 3948/25 3954/12 3961/20
UNDERSTANDING [9]  3887/2 3887/4 3887/7 3888/19 3891/14 3948/7 3948/9 3953/23 3962/11
UNDERSTOOD [3]  3878/11 3899/4
UNFAIR [1]  3875/5
UNIFORM [1]  3913/7
UNIT [3]  3946/8 3947/11 3948/16
UNITED [11]  3845/1 3845/7 3845/11 3893/25 3894/24 3905/15 3933/10 3933/12 3933/19 3957/16 3962/8
UNITED STATES [5]  3893/25 3894/24 3905/15 3933/12 3933/19
UNITED STATES' [2]  3933/10 3957/16
UNIVERSALLY [1]  3921/25
UNIVERSITY [1]  3892/19
UNLESS [1]  3923/5
UNSCALED [2]  3862/22 3864/5
UNTIL [5]  3866/23 3888/19 3890/18 3907/20 3959/16
UNUSUAL [1]  3880/3
UP [55]  3849/14 3851/7 3853/19 3855/3 3860/12 3864/24 3865/14 3867/19 3869/8 3869/22 3870/4 3871/10 3871/11 3871/20 3871/23 3874/17 3874/19 3878/18 3878/20 3882/25 3883/20 3884/15 3887/20 3892/14 3900/5 3900/22 3901/23 3906/21 3907/17 3909/12 3909/17 3910/22 3910/25 3913/5 3913/6 3913/19 3914/11 3926/12 3927/18 3928/7 3930/11 3939/11 3939/25 3940/8 3941/1 3941/6 3941/7 3943/4 3943/7 3945/11 3950/8 3951/25 3952/18 3952/21 3955/14
UPCOMING [1]  3957/22
UPDATE [1]  3895/9
UPON [7]  3931/18 3935/9 3937/1 3939/5 3939/7 3940/14 3956/19
UPWARD [1]  3861/5
URGED [1]  3955/19
US [12]  3855/3 3863/8 3867/9 3869/4 3872/8 3874/14 3881/24 3889/14 3915/11 3921/4 3942/18 3961/1
USA [7]  3935/5 3936/1 3938/23 3940/25 3942/11 3953/5 3955/23
USE [31]  3878/7 3885/12 3890/15 3893/25 3894/24 3895/3 3896/7 3896/10 3899/15 3901/8 3904/22 3905/12 3905/14 3905/15 3909/7 3909/23 3911/24 3914/19 3916/6 3917/9 3917/13 3919/18 3923/7 3928/7 3931/14 3933/5 3935/20 3939/2 3941/15 3946/11 3949/8 3954/11
USED [59]  3849/22 3866/1 3867/21 3874/7 3874/14 3876/14 3876/19 3877/25 3878/4 3878/9 3878/9 3878/15 3885/5 3885/9 3886/21 3887/5 3887/5

**U**

USED... [42] 3889/18 3891/22 3892/3 3892/3 3895/2 3895/7 3897/16 3905/6 3905/9 3908/7 3913/11 3914/13 3915/25 3918/8 3918/9 3919/2 3919/24 3920/8 3920/11 3921/24 3923/8 3924/18 3932/23 3933/9 3933/11 3933/12 3933/16 3934/14 3935/13 3939/8 3946/14 3946/23 3948/8 3948/12 3948/15 3948/24 3949/6 3949/10 3952/19 3952/23 3953/7 3954/10
USER [1] 3898/2
USING [10] 3875/21 3905/10 3909/24 3912/16 3931/8 3935/10 3936/6 3945/9 3946/19 3949/3
UTILIZATION [1] 3893/10
UTILIZE [1] 3919/16
UTILIZED [5] 3887/3 3896/15 3932/12 3933/2 3950/21

**V**

VACATION [1] 3901/23
VALID [1] 3912/6
VALIDATE [1] 3943/8
VALUABLE [1] 3912/6
VALUES [4] 3858/4 3874/25 3876/9 3903/25
VARIETY [1] 3885/16
VARIOUS [7] 3867/3 3899/20 3923/19 3924/5 3933/7 3933/13 3956/14
VARYING [1] 3924/19
VEGETATION [13] 3902/14 3903/11 3903/16 3903/18 3908/9 3908/12 3908/13 3908/13 3911/5 3911/8 3911/15 3911/17 3911/19
VEGETATIVE [1] 3912/12
VELLUM [1] 3917/9
VELOCITIES [2] 3870/11 3870/11
VERIFY [2] 3942/4 3952/25
VERSION [4] 3862/14 3862/15 3922/17 3939/7
VERSUS [7] 3845/6 3918/20 3918/21 3930/23 3939/8 3947/17 3955/2
VERTICAL [28] 3891/14 3892/7 3896/11 3896/13 3896/15 3896/21 3899/21 3900/10 3908/15 3918/19 3918/24 3919/1 3919/2 3919/4 3919/15 3920/2 3920/3 3920/14 3921/5 3921/11 3921/20 3922/18 3922/3 3925/2 3925/25 3927/10 3931/19 3931/22
VERTICALLY [1] 3914/11
VERY [70] 3852/15 3853/18 3857/3 3857/4 3857/8 3857/10 3857/13 3858/11 3858/12 3858/12 3858/19 3858/22 3858/23 3859/7 3860/14 3860/22 3861/14 3862/4 3870/3 3872/12 3873/16 3873/16 3873/22 3874/1 3875/5 3877/9 3877/9 3879/15 3879/24 3880/3 3880/23 3880/12 3881/3 3881/11 3881/12 3881/12 3881/14 3881/22 3882/9 3882/23 3882/25 3883/6 3886/13 3886/19 3886/16 3887/18 3887/18 3887/25 3888/7 3888/14 3893/20 3901/9 3901/13 3903/14 3903/25 3912/4 3913/24 3916/12 3918/25 3925/13 3925/24 3926/7 3927/17 3929/18 3938/11 3947/7 3948/20 3948/20 3955/22 3961/7 3961/9
VICTOR [1] 3846/24
VIEW [4] 3917/11 3917/15 3917/17 3942/25
VIEWING [1] 3901/11
VIRGINIA [3] 3891/16 3891/18 3893/8

**W**

WAIT [2] 3890/18 3950/24
WALL [24] 3866/21 3899/7 3899/16 3904/6 3904/18 3908/16 3908/18 3910/1 3912/19 3928/18 3928/22 3939/21 3939/24 3945/1 3945/15 3945/17 3945/18 3945/19 3945/21 3946/20 3946/25 3947/3 3953/18 3961/19
WALLS [3] 3938/25 3953/25 3954/4
WALTER [1] 3846/12
WANT [20] 3850/4 3851/1 3854/22 3855/6 3870/11 3870/12 3871/3 3871/8 3888/23 3890/8 3892/14 3905/24 3912/18 3916/6 3918/24 3923/14 3937/19 3941/13 3942/3 3955/25
WANTED [1] 3956/4
WANTS [2] 3890/8 3924/9
WARD [1] 3903/2
WARREN [1] 3847/6
WAS [142]
WASHINGTON [2] 3847/18 3892/9
WASTE [1] 3871/11
WATER [105] 3850/17 3850/19 3850/22 3851/7 3852/7 3852/7 3852/12 3852/15 3853/10 3853/12 3853/17 3853/19 3853/20 3854/11 3855/9 3856/6 3856/9 3856/11 3856/14 3856/19 3856/20 3856/22 3856/25 3857/1 3857/2 3857/4 3857/9 3857/12 3857/15 3857/19 3858/3 3858/9 3859/6 3859/10 3859/11 3859/13 3859/14 3859/15 3859/17 3859/23 3860/5 3860/12 3860/13 3862/8 3864/6 3865/14 3866/3 3866/6 3866/6 3866/13 3866/14 3866/18 3866/19 3869/7 3869/11 3869/11 3869/14 3869/18 3869/20 3869/22 3869/23 3869/25 3870/4 3870/5 3870/6 3871/2 3871/6 3871/20 3871/20 3872/2 3872/21 3873/14 3873/17 3873/20 3873/22 3873/24 3874/2 3875/25 3876/18 3881/2 3881/4 3881/8 3881/15 3881/21 3882/11 3882/11 3882/13 3882/24 3883/7 3883/20 3883/22 3883/24 3884/6 3884/14 3886/2 3887/9 3887/20 3887/23 3888/2 3888/3 3888/6 3888/9 3888/10 3902/13 3957/24
WATER'S [2] 3852/10 3871/25
WATERWAYS [1] 3958/14
WAVE [4] 3858/6 3858/15 3860/1 3860/4
WAVES [3] 3858/13 3858/14 3923/10
WAY [14] 3857/3 3858/17 3859/9 3862/12 3901/23 3904/12 3915/12 3922/3 3922/7 3929/18 3940/16 3947/10 3947/10 3954/21
WAYS [3] 3850/5 3899/25 3900/2
WE [325]
WE'D [1] 3860/11
WE'LL [11] 3862/20 3868/2 3889/3 3889/12 3889/15 3889/15 3889/25 3907/16 3911/12 3927/12 3943/6
WE'RE [65] 3850/19 3850/19 3851/5 3851/6 3851/7 3852/4 3852/18 3852/19 3852/19 3852/22 3852/22 3852/24 3853/3 3853/5 3853/7 3854/16 3855/10 3856/10 3857/22 3858/25 3859/1 3859/2

3859/3 3859/4 3859/25 3860/2 3860/3 3866/19 3867/6 3867/22 3867/3 3870/9 3871/16 3872/18 3874/19 3874/21 3874/23 3875/1 3879/14 3883/14 3883/14 3885/6 3890/6 3891/4 3899/2 3899/11 3904/15 3907/18 3916/7 3934/19 3937/20 3938/17 3940/1 3940/6 3941/10 3941/21 3945/13 3946/4 3946/5 3947/10 3947/11 3948/19 3961/25
WE'VE [12] 3852/17 3856/5 3861/3 3861/24 3867/16 3886/1 3890/14 3903/13 3913/25 3940/16 3941/6 3941/6
WEEKS [1] 3879/2
WELL [63] 3850/13 3857/2 3857/10 3857/18 3857/19 3857/20 3859/5 3859/20 3860/4 3861/9 3861/24 3867/25 3870/3 3870/12 3873/9 3874/18 3874/21 3875/10 3876/8 3878/12 3879/18 3881/18 3882/16 3883/17 3887/10 3887/17 3888/14 3896/3 3898/15 3901/9 3907/12 3909/9 3909/8 3911/3 3913/15 3915/23 3917/21 3919/2 3919/8 3922/8 3928/16 3928/19 3931/11 3935/20 3936/25 3941/5 3945/17 3945/18 3948/22 3950/2 3950/10 3950/23 3953/22 3954/2 3955/13 3959/11 3961/8 3961/18
WELL-DEFINED [3] 3857/10 3857/18 3857/20
WENT [10] 3856/7 3864/6 3871/20 3884/15 3891/25 3892/13 3895/10 3910/5 3914/22 3952/20
WERE [64] 3851/10 3851/11 3851/13 3853/6 3858/11 3860/5 3860/9 3862/1 3867/5 3869/10 3873/7 3874/7 3874/9 3874/17 3875/21 3876/13 3876/14 3884/23 3885/5 3885/8 3885/8 3889/18 3889/20 3893/7 3893/19 3894/6 3894/9 3894/17 3896/1 3897/16 3897/18 3898/7 3898/7 3898/10 3898/11 3900/19 3900/19 3901/7 3901/7 3908/4 3908/6 3917/16 3918/9 3918/11 3921/18 3923/18 3923/21 3923/22 3925/4 3933/16 3933/25 3940/2 3940/3 3943/1 3946/7 3948/6 3948/24 3950/14 3954/3 3954/3 3954/20 3956/16 3956/20 3960/24
WEST [2] 3866/16 3870/5
WESTERINK [27] 3849/5 3849/9 3851/1 3856/3 3858/3 3862/17 3862/22 3863/8 3864/3 3864/16 3865/6 3867/4 3867/9 3869/4 3871/19 3874/24 3875/18 3877/2 3877/23 3879/4 3880/7 3884/21 3886/19 3887/16 3888/15 3888/22 3961/21
WESTERINK'S [2] 3867/1 3884/2
WESTERLY [1] 3852/15
WETLAND [2] 3872/8 3872/11
WETLANDS [15] 3856/24 3867/6 3872/6 3872/17 3873/15 3882/6 3886/5 3886/7 3886/12 3888/13 3946/8 3947/11 3948/16 3956/19 3958/17
WHAT [122]
WHAT THAT [1] 3937/18
WHAT'S [11] 3850/12 3852/1 3852/1 3852/22 3853/13 3861/8 3880/13 3884/8 3910/17 3920/12 3921/16
WHATEVER [4] 3863/25 3873/25 3909/25 3916/2
WHATNOT [1] 3933/8
WHATSOEVER [1] 3948/8
WHEN [38] 3851/7 3851/11 3856/7 3856/23 3858/9 3858/10 3859/13

Case 2:05-cv-04182-SRD-JCW   Document 13901   Filed 05/22/08   Page 143 of 143

**W**

WHEN... [31]  3859/22 3862/1 3862/16
3864/11 3865/22 3866/20 3867/5
3869/13 3872/22 3873/5 3873/22
3873/23 3878/7 3878/9 3885/1 3895/17
3895/25 3898/15 3904/22 3908/4
3911/23 3913/5 3924/10 3936/2 3942/15
3943/24 3945/3 3945/5 3945/7 3946/11
3947/19
WHENEVER [2]  3916/9 3931/8
WHERE [51]  3853/1 3859/8 3863/2
3865/7 3866/5 3866/13 3869/22 3871/2
3871/5 3871/20 3871/23 3872/1 3872/15
3874/9 3876/6 3882/21 3883/11 3884/18
3884/21 3892/1 3893/20 3894/17
3898/16 3899/2 3901/2 3901/11 3901/22
3902/14 3903/11 3903/15 3906/11
3910/21 3910/24 3911/11 3917/8 3921/7
3929/18 3930/9 3931/16 3934/19 3936/1
3939/19 3940/19 3941/13 3942/9 3944/5
3945/11 3945/20 3945/23 3953/17
3953/18
WHEREAS [1]  3946/14
WHEREUPON [4]  3849/5 3890/21
3907/22 3962/4
WHETHER [4]  3851/24 3895/2 3917/1
3960/19
WHICH [68]  3849/11 3849/14 3850/8
3851/12 3851/16 3851/21 3852/11
3852/11 3853/7 3855/3 3857/6 3857/22
3859/11 3860/13 3861/4 3865/6 3874/9
3877/10 3888/2 3889/19 3891/13
3891/20 3891/22 3896/20 3897/21
3897/25 3898/1 3898/8 3898/24 3899/25
3900/2 3900/5 3906/1 3906/6 3906/13
3906/16 3906/18 3907/8 3907/9 3907/15
3920/1 3921/21 3921/23 3925/13
3925/19 3926/18 3926/20 3927/4
3928/17 3930/14 3939/7 3944/10
3946/15 3948/11 3948/20 3949/14
3949/22 3952/5 3953/12 3954/3 3954/11
3954/23 3957/19 3959/3 3959/7 3959/10
3959/15 3960/9
WHICH RAW [1]  3900/2
WHILE [5]  3891/19 3893/10 3894/12
3934/10 3950/13
WHITE [2]  3902/1 3902/7
WHO [2]  3916/12 3919/15
WHOLE [6]  3853/7 3854/19 3857/20
3869/13 3898/20 3948/15
WHY [26]  3850/1 3850/12 3850/13
3852/13 3853/21 3854/16 3859/19
3860/1 3871/2 3873/11 3873/11 3879/24
3901/11 3905/1 3912/5 3916/11 3918/6
3919/7 3923/20 3926/2 3926/23 3930/20
3931/3 3951/5 3951/22 3955/24
WIDE [3]  3877/8 3892/5 3913/3
WIDER [2]  3877/7 3953/16
WIDTH [4]  3877/4 3877/4 3881/7
3908/19
WILDLIFE [1]  3957/8
WILL [30]  3849/20 3850/1 3858/14
3858/15 3859/17 3875/12 3879/25
3885/23 3897/15 3899/20 3899/22
3903/15 3903/18 3906/23 3907/5
3908/14 3908/18 3909/3 3918/21 3921/6
3931/5 3932/21 3934/21 3934/22
3944/23 3947/6 3959/7 3961/5 3961/13
3961/15
WIND [6]  3850/9 3852/9 3852/10
3854/12 3860/6 3860/7
WIND'S [1]  3850/23

WINDS [7]  3850/17 3852/6 3852/15
3853/9 3856/13 3859/3 3897/2
WING [1]  3906/6
WITHDRAW [3]  3856/22 3857/2 3866/14
WITHDRAWAL [5]  3857/10 3857/20
3859/8 3866/13 3866/17
WITHDRAWING [2]  3855/9 3857/1
WITHDRAWS [1]  3866/13
WITHERSPOON [1]  3958/16
WITHIN [12]  3885/2 3900/21 3905/21
3918/11 3922/24 3936/5 3936/12 3937/3
3938/4 3938/8 3938/20 3955/1
WITHOUT [6]  3867/5 3867/6 3882/5
3896/18 3936/8 3961/8
WITNESS [6]  3864/13 3889/4 3890/3
3890/16 3897/10 3923/25
WITNESS' [1]  3891/7
WITNESSES [1]  3888/19
WOLFF [3]  3961/20 3961/21 3961/22
WON'T [2]  3868/1 3911/21
WONDER [6]  3849/24 3858/5 3869/3
3872/4 3872/8 3887/12
WOODCOCK [1]  3847/17
WORD [2]  3878/15 3953/6
WORDS [2]  3945/9 3951/6
WORK [5]  3893/23 3895/19 3897/20
3906/9 3907/7
WORKED [5]  3891/15 3891/16 3893/4
3895/15 3916/12
WORKING [3]  3893/19 3894/3 3921/22
WORLD [3]  3894/20 3895/25 3945/21
WORLDWIDE [3]  3891/22 3894/1
3894/25
WORTH [1]  3961/8
WOULD [156]
WOULDN'T [2]  3915/14 3915/15
WRAP [1]  3952/18
WRIGHT [1]  3846/5
WRITTEN [2]  3896/7 3896/13
WRONG [1]  3939/4
WROTE [1]  3935/12

**X**

XYZ [1]  3898/18

**Y**

Y'ALL [1]  3890/8
YANK [1]  3889/15
YANKED [1]  3889/15
YAW [1]  3906/15
YEAH [3]  3863/17 3864/2 3881/2
YEAR [9]  3884/15 3885/3 3897/24
3909/14 3915/11 3924/24 3926/10
3926/11 3957/25
YEARS [4]  3891/17 3896/16 3916/12
3920/7
YELLOW [2]  3854/5 3944/16
YELLOWS [1]  3876/1
YES [58]  3854/3 3862/22 3863/5
3864/12 3867/11 3871/24 3885/11
3887/1 3888/21 3889/2 3889/11 3894/2
3894/5 3895/1 3896/12 3901/16 3902/3
3902/11 3903/10 3904/14 3904/18
3905/22 3906/3 3908/11 3908/24 3911/7
3911/23 3912/9 3912/11 3913/12
3916/15 3919/6 3919/11 3919/24
3920/17 3923/13 3928/16 3931/1 3931/9
3931/24 3932/3 3932/7 3938/7 3940/5
3940/12 3940/22 3943/11 3944/1
3946/20 3949/12 3949/13 3950/18
3950/24 3951/2 3953/10 3953/15 3956/5
3960/20
YESTERDAY [5]  3851/11 3861/22

3870/3 3890/7 3956/3
YESTERDAY'S... [3]  3879/16 3934/16
YIELD [1]  3904/10
YORK [2]  3847/4 3847/4
YOU [389]
YOU'D [1]  3865/21
YOU'LL [3]  3866/23 3875/8 3961/10
YOU'RE [24]  3861/23 3878/23 3879/4
3881/8 3886/21 3901/10 3901/11
3903/19 3905/19 3907/13 3908/17
3914/18 3916/19 3916/22 3928/13
3936/2 3937/24 3939/16 3941/25 3942/1
3943/9 3945/9 3945/13 3950/2
YOU'VE [6]  3851/20 3909/8 3910/9
3912/14 3930/3 3935/23
YOUR [128]
YOUR HONOR [39]  3855/11 3857/24
3861/20 3863/1 3863/23 3866/22 3870/8
3871/16 3874/12 3874/18 3875/3 3875/8
3877/11 3878/12 3878/17 3879/10
3884/17 3888/18 3888/23 3889/6 3890/4
3890/10 3890/11 3910/10 3912/4 3915/8
3916/14 3930/2 3933/20 3934/5 3950/25
3955/3 3955/6 3955/20 3955/23 3957/14
3960/18 3961/6 3961/12
YOURS [3]  3863/16 3864/17 3865/15

**Z**

Z-SHAPED [1]  3906/21
ZERO [1]  3952/16
ZOOM [17]  3874/8 3875/24 3877/2
3877/5 3882/1 3883/5 3886/13 3924/25
3925/20 3925/22 3929/24 3940/7
3941/20 3942/24 3945/1 3946/9 3946/10
ZOOM-IN [2]  3882/1 3883/5
ZOOMED [3]  3862/13 3862/15 3946/3
ZOOMED-IN [2]  3862/13 3862/15