1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
2    *********************************************************************
     NORMAN ROBINSON, ET AL
3
                                      DOCKET NO. 06-CV-2268
4    V.                               NEW ORLEANS, LOUISIANA
                                      THURSDAY, MAY 14, 2009
5
     UNITED STATES OF AMERICA, ET AL
6    *********************************************************************

7
                  TRANSCRIPT OF TRIAL PROCEEDINGS
8        HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                  UNITED STATES DISTRICT JUDGE
9                 VOLUME 19 - MORNING SESSION

10

11   APPEARANCES:

12

     FOR THE PLAINTIFF:          O'DONNELL & ASSOCIATES
13                               BY:  PIERCE O'DONNELL, ESQ.
                                 550 SOUTH HOPE STREET
14                               SUITE 1000
                                 LOS ANGELES, CA 90071-2627
15

16                               LAW OFFICE OF JOSEPH M. BRUNO
                                 BY:  JOSEPH M. BRUNO, ESQ.
17                               855 BARONNE ST.
                                 NEW ORLEANS, LA 70113
18

19                               THE ANDRY LAW FIRM
                                 BY:  JONATHAN B. ANDRY, ESQ.
20                                    KEA SHERMAN, ESQ.
                                 610 BARONNE ST.
21                               NEW ORLEANS, LA 70113

22

                                 BARON & BUDD
23                               BY:  THOMAS SIMS, ESQ.
                                 3102 OAK LAWN AVENUE, SUITE 1100
24                               DALLAS, TX 75219

25

                         ─ FINAL DAILY COPY ─

```
 1                                  DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                    BY:  JAMES P. ROY, ESQ.
 2                                  P. O. BOX 3668
                                    556 JEFFERSON ST.
 3                                  LAFAYETTE, LA 70502-3668

 4
                                    THE DUDENHEFER LAW FIRM, LLC
 5                                  BY:  FRANK C. DUDENHEFER, JR., ESQ.
                                    601 POYDRAS ST., SUITE 2655
 6                                  NEW ORLEANS, LA 70130-6004

 7
                                    DUMAS & ASSOCIATES LAW FIRM
 8                                  BY:  WALTER C. DUMAS, ESQ.
                                    LAWYER'S COMPLEX
 9                                  1261 GOVERNMENT STREET
                                    P.O. BOX 1366
10                                  BATON ROUGE, LA 70821-1366

11
                                    FAYARD & HONEYCUTT
12                                  BY:  CALVIN C. FAYARD, JR., ESQ.
                                    519 FLORIDA AVENUE, S.W.
13                                  DENHAM SPRINGS, LA 70726

14
                                    MICHAEL C. PALMINTIER, A PLC
15                                  BY:  MICHAEL C. PALMINTIER, ESQ.
                                         JOSHUA M. PALMINTIER, ESQ.
16                                  618 MAIN STREET
                                    BATON ROUGE, LA 70801-1910
17

18                                  LAW OFFICE OF ELWOOD C. STEVENS, JR.
                                    BY:  ELWOOD C. STEVENS, JR., ESQ.
19                                  1205 VICTOR II BLVD.
                                    P. O. BOX 2626
20                                  MORGAN CITY, LA 70381

21

22   FOR SUBROGATED INSURERS:       THE GILBERT FIRM, LLC
                                    BY:  ELISA T. GILBERT, ESQ.
23                                       BRENDAN R. O'BRIEN, ESQ.
                                    325 EAST 57TH ST.
24                                  NEW YORK, NY 10022

25
```

```
 1   ALSO PRESENT:                 MRGO LITIGATION OFFICE
                                   BY:  J. ROBERT WARREN, II, ESQ.
 2                                      ASHLEY E. PHILEN, ESQ.
                                   600 CARONDELET STREET, SUITE 604
 3                                 NEW ORLEANS, LA 70130

 4
     FOR THE DEFENDANT:            U. S. DEPARTMENT OF JUSTICE
 5                                 TORTS BRANCH
                                   BY:  DANIEL MICHAEL BAEZA, JR.
 6                                      JEFFREY PAUL EHRLICH, ESQ.
                                        TAHEERAH KALIMAH EL-AMIN, ESQ.
 7                                      MICHELE S. GREIF, ESQ.
                                        CONOR KELLS, ESQ.
 8                                      PAUL MARC LEVINE, ESQ.
                                        JAMES F. MCCONNON, JR., ESQ.
 9                                      KARA K. MILLER, ESQ.
                                        RUPERT MITSCH, ESQ.
10                                      PETER G. MYER, ESQ.
                                        ROBIN D. SMITH, ESQ.
11                                      SARAH K. SOJA, ESQ.
                                        RICHARD R. STONE, SR., ESQ.
12                                      JOHN WOODCOCK, ESQ.
                                   P. O. BOX 888
13                                 BENJAMIN FRANKLIN STATION
                                   WASHINGTON, DC 20044
14

15

16
     OFFICIAL COURT REPORTER:      KAREN A. IBOS, CCR, RPR, CRR
17                                 500 POYDRAS STREET, ROOM HB-406
                                   NEW ORLEANS, LOUISIANA 70130
18                                 (504) 589-7776

19

20        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED BY COMPUTER.
21

22

23

24

25
```

———— FINAL DAILY COPY ————

1

2

<u>I N D E X</u>

3

<u>WITNESSES FOR THE GOVERNMENT:</u>                      PAGE/LINE:

4

<u>THOMAS F. WOLFF</u>

5

   VOIR DIRE EXAMINATION BY MR. STONE          3971/2

6

   TRAVERSE EXAMINATION BY MR. STEVENS         3973/4

7

   DIRECT EXAMINATION BY MR. STONE             3973/20

8

   CROSS-EXAMINATION BY MR. STEVENS            4052/13

9

10

11

<u>PROFFER</u>

12

DEFENSE PROFFER NO. 10                            3992/1

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>P R O C E E D I N G S</u>

(THURSDAY, MAY 14, 2009)

(MORNING SESSION)

THE DEPUTY CLERK:  COURT'S IN SESSION.  PLEASE BE SEATED.

THE COURT:  GOOD TO HAVE YOU BACK, SIR.

MR. STONE:  THANK YOU, YOUR HONOR.  THE UNITED STATES
CALLS DR. THOMAS WOLFF.

THE COURT:  THANK YOU.

MR. STEVENS:  YOUR HONOR, JUST FOR THE RECORD, BEFORE
DR. WOLFF BEGINS, I'D LIKE TO APPRISE THE COURT OF A COUPLE OF
ISSUES REGARDING THIS WITNESS.  FIRST, WE'RE CONCERNED THAT THIS
WITNESS INTENDS TO GO INTO ISSUES THAT THE GOVERNMENT SHOULD BE
JUDICIALLY ESTOPPED FROM ARGUING, WE'VE BRIEFED IT BEFORE.  IF THEY
INTEND TO GO INTO DEFECTIVE LEVEE DEFENSE, THOSE ARE ISSUES THE
GOVERNMENT HAS CONCEDED THAT THEY WILL NOT ASSERT.

AND THIS CASE, OF COURSE, IS NOT ABOUT THAT, IT'S ABOUT
THE IMPACT OF THE MRGO ON THE LEVEES.

AND FURTHER, MORE SPECIFICALLY AS TO THIS WITNESS, JUDGE,
DR. WOLFF'S TESTIMONY I BELIEVE IS CUMULATIVE, COMPLETELY
CUMULATIVE.  IT'S A MERE REPEAT OF DR. MOSHER, WHO IS A REPEAT OF
MR. EBERSOLE.  BY HIS OWN ADMISSION, THIS WITNESS SAYS THAT IN
CONNECTION WITH HIS OPINIONS IN THIS CASE HE MADE NO ENGINEERING
CALCULATIONS, HE CONDUCTED NO TESTING, HE RAN NO COMPUTER PROGRAMS.
AND IN HIS OWN WORDS, IN HIS CURRENT POSITION AS AN ADMINISTRATOR,

09:03:07  1    HE DOES NOT HAVE UP-TO-DATE TOOLS, SO HE DEFERRED TO DR. MOSHER TO

09:03:12  2    HANDLE THAT SORT OF THING.

09:03:14  3          AGAIN, WE WOULD OBJECT ON THOSE GROUNDS, THAT IT'S

09:03:17  4    CUMULATIVE; AND FURTHER, IF HE INTENDS TO ADDRESS THE ISSUES OF

09:03:20  5    LATERAL DISPLACEMENT OR SQUEEZING, WE ANTICIPATE BECAUSE THEY'VE

09:03:24  6    GIVEN US SOME PROFFER AND SLIDES THAT THEY INTEND TO USE WITH THIS

09:03:29  7    WITNESS, I HAVE PERSONALLY DONE A WORD SEARCH OF BOTH HIS 265-PAGE

09:03:33  8    DEPOSITION AND HIS FIFTY-PAGE REPORT, AND IN ALL TOTAL, THE WORDS

09:03:37  9    LATERAL, DISPLACEMENT AND SQUEEZING OCCUR A GRAND TOTAL OF ZERO

09:03:43 10    TIMES.

09:03:43 11          SO WE WOULD ASK THAT THE COURT BE MINDFUL OF THOSE ISSUES

09:03:49 12    AND NOT ALLOW THIS WITNESS TO ADDRESS LATERAL DISPLACEMENT OR

09:03:54 13    SQUEEZING.

09:03:55 14          THE COURT:  ALL RIGHT.

09:03:56 15          MR. STONE:  MAY I RESPOND?

09:03:57 16          THE COURT:  CERTAINLY, YOU MAY WISH TO COMMENT.

09:04:01 17          MR. STONE:  YOUR HONOR, THE WITNESS IS HERE TO SAY THAT

09:04:04 18    THE LEVEES WERE DESIGNED AND BUILT IN CONFORMANCE WITH THE

09:04:10 19    GUIDELINES OF THE CORPS AND THE STANDARDS AND PRACTICES OF THE CIVIL

09:04:13 20    ENGINEERING INDUSTRY.

09:04:15 21          HE IS ALSO HERE TO TALK ABOUT THE HISTORY OF THAT

09:04:18 22    DEVELOPMENT OF THESE LEVEES FROM THE ATCHAFALAYA TESTING THROUGH THE

09:04:23 23    DESIGN MEMORANDA OR THE BUILDING OF THE LEVEES, AND ALSO UP THROUGH

09:04:34 24    THE GEOTECHNICAL INVESTIGATION THAT OCCURRED IN 2001, HE'S SPOKEN TO

09:04:35 25    ALL OF THIS IN HIS REPORT, AND I DON'T THINK IT'S CUMULATIVE AT ALL.

09:04:40 1    AND IT CERTAINLY IS NOT THAT THE WITNESS IS HERE TO SAY THAT THE

09:04:44 2    CORPS BUILT BAD LEVEES.  PLUS, THEIR OBJECTION HERE IS A BIT

09:04:49 3    UNTIMELY.

09:04:52 4            THE COURT:  IF IT'S CUMULATIVE, IT SHOULD HAVE BEEN RAISED

09:04:54 5    LONG AGO BECAUSE HIS REPORT -- SO YOUR OBJECTION AS TO

09:04:58 6    CUMULATIVENESS IS OVERRULED.

09:05:00 7            AND ANY OTHER OBJECTIONS WILL BE RULED UPON WHEN IT COMES

09:05:05 8    UP.  LET'S MOVE ON.

09:05:10 9            MR. STONE:  THANK YOU VERY MUCH.

09:05:11 10           THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT HAND,

09:05:13 11   SIR.

09:05:13 12       (WHEREUPON, THOMAS F. WOLFF, WAS SWORN IN AND TESTIFIED AS

09:05:14 13       FOLLOWS:)

09:05:14 14           THE DEPUTY CLERK:  PLEASE BE SEATED AND STATE YOUR NAME

09:05:16 15   AND SPELL IT FOR THE RECORD.

09:05:16 16           THE WITNESS:  MY NAME IS THOMAS, T-H-O-M-A-S, FRANCIS,

09:05:28 17   F-R-A-N-C-I-S, WOLFF, W-O-L-F-F.  THAT'S TWO F'S.

09:05:28 18           MR. STONE:  YOUR HONOR, DR. WOLFF'S CV IS AVAILABLE TO YOU

09:05:33 19   AT JX 0043.

09:05:36 20           DR. WOLFF IS ASSOCIATE DEAN FOR UNDERGRADUATE STUDIES,

09:05:41 21   ASSOCIATE PROFESSOR OF CIVIL ENGINEERING, MICHIGAN STATE UNIVERSITY,

09:05:44 22   EAST LANSING, MICHIGAN.  HE IS ALSO A GEOTECHNICAL ENGINEERING

09:05:47 23   CONSULTANT.  HE HOLDS A BS IN CIVIL ENGINEERING, RECEIVED FROM THE

09:05:52 24   UNIVERSITY OF MISSOURI AT ROLLA, JUNE 1970.  HE HAS AN MS IN CIVIL

09:05:58 25   ENGINEERING WITH EMPHASIS IN GEOTECHNICAL OBTAINED AT OKLAHOMA STATE

09:06:05 1   UNIVERSITY AND RECEIVED AUGUST 1974.  HIS MAJOR PROFESSOR FOR THAT

09:06:10 2   COURSE WAS PROFESSOR T.A. HALIBURTON.

09:06:16 3          HE HAS WRITTEN A REPORT FOR HIS MASTER'S TITLED,

09:06:19 4   "PERFORMANCE OF LEVEE UNDER SEEPAGE CONTROLS DURING THE 1973

09:06:24 5   MISSISSIPPI RIVER FLOOD."  HE HOLDS A PH.D. IN CIVIL ENGINEERING

09:06:28 6   WITH EMPHASIS IN GEOTECHNICAL FROM PURDUE UNIVERSITY, RECEIVED MAY

09:06:33 7   1985, MAJOR PROFESSOR M.E. HARR, AND HIS THESIS TITLE WAS, "ANALYSIS

09:06:40 8   AND DESIGN OF EMBANKMENT DOWN SLOPES OF PROBABILISTIC APPROACH."

09:06:45 9          THE MAJOR AREAS OF RESEARCH AND PRACTICE FOR DR. WOLFF

09:06:49 10  ARE:  RELIABILITY ANALYSIS IN CIVIL ENGINEERING; PROBABILISTIC

09:06:55 11  METHODS IN GEOTECHNICAL ENGINEERING; DAMS, LEVEES, AND HYDRAULIC

09:06:58 12  STRUCTURES; SEEPAGE AND DEWATERING FOUNDATIONS AND RETAINING

09:07:01 13  STRUCTURES; COMPUTER-AIDED DESIGN AND NUMERICAL METHODS IN

09:07:05 14  GEOTECHNICAL ENGINEERING; AND ENGINEERING EDUCATION.

09:07:08 15         HE HAS TAUGHT COURSES AT MICHIGAN STATE UNIVERSITY,

09:07:12 16  INCLUDING INTRODUCTION TO CIVIL ENGINEERING, SOLAR MECHANICS, CIVIL

09:07:17 17  ENGINEERING ANALYSIS, GEOTECHNICAL ENGINEERING DESIGN, STABILITY OF

09:07:21 18  EARTH MASSES, RELIABILITY-BASED DESIGN IN CIVIL ENGINEERING,

09:07:26 19  MECHANICAL PROPERTIES OF SOILS, SPECIAL TOPICS IN GEOTECHNICAL

09:07:34 20  ENGINEERING, ADVANCE GEOTECHNICAL DESIGN, AND HE IS THE AUTHOR OF

09:07:34 21  THE BOOK *SPREADSHEET APPLICATIONS OF GEOTECHNICAL ENGINEERING*

09:07:37 22  PUBLISHED IN 1995.

09:07:38 23         I WOULD LIKE TO ASK DR. WOLFF A FEW QUESTIONS ABOUT HIS

09:07:41 24  BACKGROUND, PLEASE.

09:07:42 25         THE COURT:  OKAY.  YOU MAY.

VOIR DIRE EXAMINATION

BY MR. STONE:

Q.  DR. WOLFF, CAN YOU PLEASE DESCRIBE YOUR EMPLOYMENT HISTORY FROM ABOUT 1967 UP TO CURRENT?

A.  YES.  IN 1967, AS A COLLEGE STUDENT, I BEGAN EMPLOYMENT WITH THE ST. LOUIS DISTRICT U.S. ARMY CORPS OF ENGINEERS AS A STUDENT INTERN IN THE SOIL SECTION, WHERE I DID DRAFTING AND CALCULATIONS REGARDING THE DESIGNS OF DAMS AND LEVEES.  IN 1970 AFTER GRADUATION FROM COLLEGE, I WORKED FULL-TIME WITH THE U.S. ARMY CORPS OF ENGINEERS FOR 15 YEARS IN THE SOIL SECTION INVOLVED IN THE PLANNING, DESIGN AND CONSTRUCTION OF DAMS, LEVEES AND OTHER HYDRAULIC STRUCTURES IN MISSOURI, ILLINOIS AND LOUISIANA.

IN 1986, I JOINED THE FACULTY OF MICHIGAN STATE UNIVERSITY IN THE CIVIL ENGINEERING DEPARTMENT TEACHING THE GEOTECHNICAL COURSES, AS YOU MENTIONED.  I ALSO PERFORMED RESEARCH PROJECTS AND ALSO CONSULTING WITH THE U.S. ARMY CORPS OF ENGINEERS REGARDING DEVELOPMENT OF DESIGN CRITERIA AND PROBABILISTIC METHODS FOR DAMS, LEVEES AND HYDRAULIC STRUCTURES, AS WELL AS SOME OTHER TYPES OF GEOTECHNICAL RESEARCH.

SINCE 1998, I HAVE BEEN THE ASSOCIATE DEAN OF THE COLLEGE OF ENGINEERING FOR UNDERGRADUATE STUDIES.  MY EXTENDED OFFICE PROVIDES A VARIETY OF ACADEMIC SERVICES TO ABOUT 2500 UNDERGRADUATE ENGINEERING STUDENTS.

Q.  I'LL ASK YOU ABOUT ONE OTHER THING THAT YOU -- THAT'S A PUBLICATION, A SPECIAL REPORT THAT YOU PUBLISHED WITH DR. SEED OUT

09:09:22  1    OF AN ANALYSIS DONE BY THE AMERICAN SOCIETY OF CIVIL ENGINEERS AND

09:09:27  2    THE UNIVERSITY OF CALIFORNIA AT BERKELEY BACK IN OCTOBER OF 2005

09:09:32  3    SHORTLY AFTER KATRINA.  CAN YOU GIVE US A BIT OF THE BACKGROUND FOR

09:09:36  4    THAT?

09:09:36  5    A.  YES.  ABOUT FOUR OR FIVE WEEKS AFTER HURRICANE KATRINA, THERE

09:09:44  6    WERE SEVERAL INVESTIGATION TEAMS MAKING EARLY INVESTIGATION OF WHAT

09:09:48  7    COULD BE SEEN ON THE GROUND SHORTLY AFTER THE DEWATERING HAD

09:09:51  8    OCCURRED.  ONE TEAM WAS REFERRED TO AS THE BERKELEY TEAM THAT LATER

09:09:57  9    EVOLVED INTO THE ILIT TEAM.  I WAS A MEMBER OF THE AMERICAN SOCIETY

09:10:03 10    OF CIVIL ENGINEERS GEO INSTITUTE TEAM, AND THOSE TWO TEAMS WORKED IN

09:10:08 11    NEW ORLEANS TOGETHER OVER A PERIOD OF TWO WEEKS.  I WAS THERE DURING

09:10:11 12    THE SECOND WEEK, AND WE WERE ON THE GROUND ALSO WITH REPRESENTATIVES

09:10:17 13    OF THE CORPS OF ENGINEERS TEAM.

09:10:20 14         THE BERKELEY TEAM AND THE AMERICAN SOCIETY OF CIVIL

09:10:23 15    ENGINEERS TEAM, WHICH INCLUDED 20 OR 21 PEOPLE, WROTE A REPORT

09:10:30 16    AROUND THE END OF OCTOBER 2005 THAT WAS PRESENTED TO THE U.S. SENATE

09:10:34 17    IN EARLY NOVEMBER 2005.  SO I AM ONE OF ABOUT 21 COAUTHORS ON THAT

09:10:41 18    REPORT.

09:10:43 19         MR. STONE:  YOUR HONOR, THE UNITED STATES TENDERS

09:10:45 20    DR. WOLFF AS AN EXPERT IN CIVIL ENGINEERING, GEOTECHNICAL

09:10:48 21    ENGINEERING AND PROBABILISTICS.

09:10:51 22         THE COURT:  YES, SIR.

09:10:53 23         MR. STEVENS:  YOUR HONOR, WE HAVE NO OBJECTION TO THE

09:10:54 24    TENDER OF DR. WOLFF, BUT I WOULD LIKE TO CONFIRM ONE FACT WITH

09:10:58 25    DR. WOLFF BEFORE HIS TESTIMONY BEGINS WITH THE COURT'S PERMISSION,

09:11:01 1    VERY BRIEFLY.

09:11:02 2            THE COURT:  ALL RIGHT.

09:11:04 3                        TRAVERSE EXAMINATION

09:11:04 4    BY MR. STEVENS:

09:11:04 5    Q.  DR. WOLFF, IS IT A FACT, SIR, THAT IN CONNECTION WITH YOUR

09:11:07 6    OPINIONS IN THIS CASE, YOU'VE MADE NO ENGINEERING CALCULATIONS,

09:11:09 7    YOU'VE CONDUCTED NO TESTING, AND YOU RAN NO COMPUTER PROGRAMS, IN

09:11:13 8    YOUR OWN WORDS, "IN MY CURRENT POSITION AS AN ADMINISTRATOR, I DON'T

09:11:18 9    HAVE UP-TO-DATE TOOLS AND DR. MOSHER HANDLED THAT SORT OF THING."

09:11:21 10   IS THAT CORRECT?

09:11:22 11   A.  I HAVE NOT PERFORMED ANY CALCULATION OR TESTING.  I STILL COULD

09:11:27 12   BRING MYSELF UP-TO-DATE ON THOSE TOOLS, BUT I HAD NO NEED TO IN THIS

09:11:32 13   CASE.

09:11:32 14   Q.  SO THE ANSWER TO MY QUESTION IS THAT IS CORRECT?

09:11:35 15   A.  YES, YOU'RE CORRECT, SIR.

09:11:37 16   Q.  THANK YOU VERY MUCH.

09:11:37 17            THE COURT:  THE COURT ACCEPTS DR. WOLFF AS TENDERED.

09:11:42 18            MR. STONE:  THANK YOU, YOUR HONOR.

09:11:42 19                        DIRECT EXAMINATION

09:11:42 20   BY MR. STONE:

09:11:44 21   Q.  DR. WOLFF, DO YOU HAVE AN OPINION TO A REASONABLE DEGREE OF

09:11:47 22   SCIENTIFIC AND ENGINEERING CERTAINTY THAT AT THE TIME OF HURRICANE

09:11:50 23   KATRINA THE DESIGN AND CONSTRUCTION OF LEVEES PURSUANT TO THE LAKE

09:11:54 24   PONTCHARTRAIN AND VICINITY HURRICANE-PROTECTION PLAN FOLLOWED U.S.

09:11:57 25   ARMY CORPS OF ENGINEERS GUIDELINES AND THE ESTABLISHED ENGINEERING

09:12:00 1    STATE OF THE PRACTICE?

09:12:01 2    A.  YES, I DO.

09:12:05 3    Q.  WHAT IS THE BASIS FOR THAT OPINION?

09:12:06 4    A.  WELL, MY OPINION IS THAT IT DID FOLLOW ESTABLISHED STANDARDS OF

09:12:12 5    PRACTICE AND APPLICABLE GUIDELINES.  THE BASIS OF MY OPINION IS, I

09:12:15 6    HAVE REVIEWED AN EXTENSIVE AMOUNT OF ALL OF THE DESIGN DOCUMENTS

09:12:20 7    FROM GENERAL DESIGN MEMORANDUM NO. 3 IN 1966 THROUGH THE

09:12:25 8    GEOTECHNICAL INVESTIGATION IN 2001.  I'VE REVIEWED THE APPLICABLE

09:12:30 9    LEVEE ENGINEERING MANUALS, SEVERAL WERE PUT OUT DURING THAT TIME

09:12:36 10   PERIOD.  SO ESSENTIALLY, I'VE DONE AN EXTENSIVE REVIEW OF BOTH THE

09:12:41 11   DOCUMENTS SPECIFIC TO THIS CONSTRUCTION AND THE CORPS' GUIDANCE

09:12:41 12   DOCUMENTS.

09:12:45 13   Q.  AND YOU ALSO READ THE COMPLETED LIFT COMPLETION REPORTS AND THE

09:12:49 14   STUDY AT ATCHAFALAYA THAT PRECEDED THE BUILDING OF THESE LEVEES,

09:12:49 15   CORRECT?

09:12:49 16   A.  THAT'S CORRECT.

09:12:49 17          THE COURT:  YES, SIR.

09:12:54 18          MR. STEVENS:  NO OBJECTION, YOUR HONOR, BUT IN THE

09:12:56 19   INTEREST OF TIME, WE WOULD BE HAPPY TO STIPULATE TO THOSE FACTS AND

09:12:59 20   TO THE FACT THAT THE LEVEES PERFORMED AS DESIGNED.

09:13:05 21          MR. STONE:  WHAT WE WOULD LIKE TO DO HERE -- I'M SORRY,

09:13:05 22   ELWOOD.

09:13:06 23          WHAT WE WOULD LIKE TO DO HERE, YOUR HONOR, IS RAPIDLY MOVE

09:13:16 24   THROUGH A HISTORY FROM THE ATCHAFALAYA TESTING THROUGH THE GDM

09:13:17 25   NO. 3, THROUGH THE 2001 GEOTECHNICAL INVESTIGATION, HAVE DR. WOLFF

─ FINAL DAILY COPY ─

09:13:22  1    EXPLAIN TO YOU ABOUT STRENGTHS AND STABILITY OF THE SOILS UNDERLYING

09:13:26  2    THESE LEVEES AND DEMONSTRATE TO YOU WHAT HAS ACTUALLY OCCURRED AS

09:13:31  3    FAR AS THE CORPS' ACTIVITIES IN EVALUATING WHETHER THESE LEVEES ARE

09:13:34  4    STABLE AND THERE'S ANY UNDERGROUND MOVEMENT AT ALL OUT THERE.

09:13:38  5         MR. STEVENS:  WELL, THE FIRST PART OF THAT IS NOT AN ISSUE

09:13:41  6    IN DISPUTE.  THE LAST PART OF THAT IS LATERAL DISPLACEMENT, WHICH IS

09:13:45  7    WAY BEYOND THE SCOPE OF THIS WITNESS.

09:13:47  8         THE COURT:  IF WE GET BEYOND THE SCOPE OF THE REPORT, AND

09:13:49  9    I HAVE IT SYNOPSIZED AND I DID READ IT.  SO WHEN YOU GET TO THAT --

09:13:55 10    IF YOU WANT TO ARGUE IT NOW, THAT'S FINE.  IF YOU WANT TO ARGUE IT

09:13:58 11    AT THE TIME, THAT'S FINE.

09:14:00 12         MR. STONE:  I WOULD LIKE TO STATE, YOUR HONOR, THAT

09:14:01 13    LATERAL DISPLACEMENT IS NOT BEYOND THE SCOPE OF THIS WITNESS'S

09:14:05 14    TESTIMONY.  WHEN HE TALKS ABOUT STABILITY ANALYSES, YOU CAN'T TALK

09:14:10 15    ABOUT STABILITY ANALYSES WITHOUT LATERAL DISPLACEMENT AND ANY OTHER

09:14:14 16    FORMS OF SEDIMENT --

09:14:15 17         THE COURT:  WE ARE GOING TO HAVE A FULL DISCUSSION OF THAT

09:14:18 18    NOW BECAUSE I READ HIS REPORT.  YOU MIGHT DIRECT ME TO A PAGE, IF

09:14:34 19    YOU WANT, SIR.

09:14:36 20         MR. STONE:  WELL, FIRST, HE TALKS ABOUT --

09:14:39 21         THE COURT:  I KNOW AT PAGE 38 -- YOU MIGHT TELL ME WHERE

09:14:42 22    HE DISCUSSES SOMETHING THAT WOULD APPRISE THE PLAINTIFF THAT HE'S

09:14:50 23    OPINING ABOUT LATERAL DISPLACEMENT.

09:14:53 24         MR. STONE:  LET ME ASK ABOUT TERMS FIRST, YOUR HONOR.  ARE

09:14:55 25    YOU TALKING ABOUT SQUEEZING AS USED BY DR. BEA OR ARE YOU TALKING

09:14:59 1    ABOUT --

09:14:59 2              THE COURT:  WE'RE TALKING ABOUT THE PHENOMENON WHERE IF

09:15:02 3    MATERIAL IS PLACED ON TOP OF OTHER MATERIAL THAT THE

09:15:06 4    INTERDISTRIBUTARY SOILS THEN MOVE AND ARE, IN FACT, DISPLACED TO

09:15:13 5    SOME LEVEL OR DEGREE.

09:15:15 6              MR. STONE:  OKAY.

09:15:18 7              MR. STEVENS:  EXCUSE ME A MINUTE, YOUR HONOR, THAT'S

09:15:19 8    ANOTHER WORD THAT DOES NOT APPEAR IN EITHER HIS DEPOSITION OR HIS

09:15:21 9    REPORT.

09:15:21 10             THE COURT:  I KNOW WHAT WE'RE TALKING ABOUT.  WE'RE

09:15:24 11   TALKING ABOUT WHETHER THE MRGO AFFECTED THE -- THE DIGGING OF THE

09:15:30 12   CHANNEL OF THE MRGO AFFECTED THE HEIGHT OF THE LEVEES.  THE HEIGHT

09:15:38 13   OF THE LEVEES.  NOT THE STABILITY BUT THE HEIGHT.  THAT'S WHAT I

09:15:44 14   THINK.  I MEAN, THAT'S WHY MY UNDERSTANDING IS.

09:15:47 15             MR. STEVENS:  YOU'RE CORRECT.

09:15:48 16             THE COURT:  I COULD BE DEAD WRONG AND I COULD BE EDIFIED,

09:15:51 17   BUT TELL ME CANDIDLY WITH MY UNDERSTANDING AND IT VARIES WITHOUT ANY

09:15:55 18   FORMULAS.

09:15:57 19             MR. STONE:  RIGHT.

09:15:58 20             THE COURT:  SO YOU CAN POINT OUT TO ME BECAUSE I HAVE

09:16:03 21   DR. WOLFF'S REPORT HERE.

09:16:08 22             MR. STONE:  LATERAL DISPLACEMENT IS DISCUSSED IN THE

09:16:10 23   GEOTECHNICAL INVESTIGATION FOR 2001, THAT'S ONE AREA.  AND HE'S

09:16:20 24   ADDRESSED THAT --

09:16:20 25             THE COURT:  SHOW ME IN HIS REPORT.  WE HAVE TO HAVE

09:16:20 1    FUNDAMENTAL FAIRNESS HERE, THAT'S ALL I'M SAYING.  SOMEONE HAS TO BE

09:16:23 2    APPRISED OF AN OPINION.  IF HE IS GOING TO BE GIVING OPINIONS, THEY

09:16:28 3    NEED TO BE IN HIS REPORT OR WITHIN THE, AS I SAID, THE PENUMBRA

09:16:33 4    AND -- MAYBE I SHOULD NOT USE THAT WORD, BUT GO AHEAD.  TELL ME

09:16:37 5    WHERE YOU ARE.

09:16:38 6          MR. STONE:  ONE OF THE PAGES THAT I REFER THE COURT TO IS

09:16:40 7    THE ISSUE OF LEVEE STABILITY ON PAGE 18 OF THE REPORT.

09:16:45 8          THE COURT:  OKAY.  OKAY.  LET ME READ THE LEVEE STABILITY

09:16:55 9    AGAIN.  OKAY.  HE TALKS ABOUT LEVEE STABILITY, AND HE MENTIONS SOME

09:17:28 10   THINGS, SOME ITEMS THERE.  AND HIS OPINION IS, THE DESIGN IS AT FULL

09:17:33 11   KNOWLEDGE -- BY THE WAY, I LIKE THE WAY HE DID THIS.  THE

09:17:37 12   OPINIONS -- "THE DESIGNERS HAD FULL KNOWLEDGE OF THE DIFFICULTIES OF

09:17:41 13   BUILDING ON AND WITH SOFT COMPRESSIBLE SOILS AND MADE DETAILED

09:17:44 14   DESIGN ANALYSIS DEVELOPED WITH PHASE CONSTRUCTION SEQUENCE.  THEY

09:17:48 15   WOULD BE STABLE OVER THE EXTENDED CONSTRUCTION PERIOD.  I CONCLUDE

09:17:52 16   THAT THE LEVEES WERE DESIGNED ACCORDING TO THE BEST PRACTICE AT THE

09:17:55 17   TIME, AND THE BREACHES DID NOT RESULT FROM INSTABILITY ATTRIBUTABLE

09:17:58 18   TO A NEGLIGENT DESIGN."

09:18:00 19         MR. STONE:  NOW, YOUR HONOR, I BELIEVE WHEN DR. WOLFF GOES

09:18:03 20   THROUGH THE ANALYSIS AND GOES THROUGH THE REPORTS, HE WILL

09:18:05 21   DEMONSTRATE TO YOU THAT THESE STABILITY ANALYSIS, ANALYSES, TAKE

09:18:11 22   CARE OF ANY PROBLEMS THAT HAVE BEEN RAISED IN THIS CASE, WHATEVER

09:18:13 23   THEY ARE, BECAUSE EVEN THOUGH A WITNESS CAN COME IN AND SAY

09:18:17 24   SOMETHING LIKE SQUEEZING, THAT'S NOT A TERM OF ART IN THE

09:18:20 25   GEOTECHNICAL INDUSTRY.  I THINK DR. WOLFF WILL TELL YOU THAT.

09:18:24 1          ALSO, WHEN A WITNESS COMES IN AND GIVES YOU SOMETHING

09:18:27 2   THAT'S KIND OF LIKE, OKAY, YOU CAN'T SEE IT OUT THERE IN THE MRGO

09:18:31 3   BUT HE SAYS IT'S OUT THERE, YOU SHOULD BE ALLOWED TO UNDERSTAND FROM

09:18:34 4   THE REPORTS THEMSELVES AND THE WORK THAT THE CORPS DID WHERE THE

09:18:39 5   STABILITY ANALYSES WERE DONE AND WHETHER OR NOT THERE'S ANY

09:18:44 6   INFLUENCE OF THAT MRGO CHANNEL ON THOSE STABILITY ANALYSES THAT WERE

09:18:49 7   DONE.

09:18:49 8          YOU WILL SEE DRAWINGS WITHIN THE GENERAL DESIGN MEMORANDUM

09:18:53 9   THAT SHOW YOU HOW THE CORPS DID STABILITY ANALYSES DOWN TO ABOUT

09:18:58 10  60 FEET.  IS THAT RIGHT, DR. WOLFF?  AND SO THOSE ANALYSES

09:19:03 11  THEMSELVES ARE DETERMINING WHAT THE STRENGTHS OF THE SOILS ARE AND

09:19:06 12  HOW STABLE THESE LEVEES ARE IN PLACE AND WHAT THE PRESSURES ARE THAT

09:19:10 13  ARE BEING EXERTED ON THOSE SUBSURFACE SOILS.  AND THAT IN AND OF

09:19:15 14  ITSELF WILL GIVE YOU A COMPLETE KNOWLEDGE OF HOW THE SQUEEZING

09:19:21 15  EFFECT -- AND I DON'T THINK DR. WOLFF WOULD USE THE TERM SQUEEZING,

09:19:29 16  BUT IT HAS BEEN TALKED ABOUT IN THE COURT HERE EARLIER -- ISN'T

09:19:29 17  LIKELY TO HAVE OCCURRED.

09:19:30 18          THE COURT:  MY MAIN PROBLEM, AND YOU MAY BE COMPLETELY

09:19:34 19  CORRECT, MY MAIN PROBLEM IS TO TRY TO STICK BY THIS PROTOCOL, WHICH

09:19:39 20  HAS BEEN SORELY TESTED IN THIS CASE, AS TO HOW -- TELL ME WHY IT'S

09:19:47 21  WITHIN THE SCOPE OF THE REPORT.  I DON'T KNOW WHAT OPINIONS HE IS

09:19:49 22  GOING BE TO GIVING, SO I AM KIND OF IN THE DARK.  I DON'T KNOW IF HE

09:19:54 23  IS GOING TO SAY, OH, DR. BEA IS COMPLETELY WRONG ABOUT LATERAL

09:19:57 24  DISPLACEMENT.  IF HE SAYS THAT, THAT'S NOT IN HIS REPORT, IT'S NOT.

09:20:03 25  IF HE OPINES TO THAT, I DON'T KNOW WHERE THAT OPINION IS IN HERE

09:20:06  1    THAT I SEE.  AND YOU MAY BE ABLE TO ENLIGHTEN ME AS TO SAY, OH,

09:20:10  2    THAT'S WHAT THIS OPINION MEANS.

09:20:12  3         MR. STONE:  I CAN'T SAY HE USED THE TERM LATERAL

09:20:14  4    DISPLACEMENT IN HERE.

09:20:16  5         THE COURT:  OR EVEN SOMETHING THAT'S SYNONYMOUS.  IF IT'S

09:20:19  6    SYNONYMOUS, THAT'S FINE, HE DOESN'T HAVE TO USE THE SAME TERM.  IF

09:20:24  7    IT'S THE SAME CONCEPT.

09:20:26  8         MR. STONE:  DR. WOLFF AND I IN NO WAY WANT TO BE UNFAIR TO

09:20:30  9    ANYONE.  AND WHEN HE DID THIS REPORT, HE SPECIFICALLY GAVE A

09:20:33 10    STATEMENT OF THE HISTORICAL DOCUMENTS THAT HE REVIEWED AND EVALUATED

09:20:37 11    TO DETERMINE IF THIS IS IN ACCORDANCE WITH GUIDELINES AND IS

09:20:41 12    APPROPRIATE FOR DESIGN OF THESE LEVEES --

09:20:44 13         THE COURT:  IF HE WANTS TO TALK ABOUT THE HISTORICAL

09:20:46 14    DOCUMENTS HE REVIEWED, THAT'S FINE.  IT'S JUST THE OPINIONS, AND YOU

09:20:50 15    MAY WANT TO ARGUE THOSE HISTORICAL DOCUMENTS LATER ON IN BRIEFING,

09:20:54 16    AND I THINK THAT'S FAIR.  IT'S THE OPINIONS.

09:20:59 17         MR. STONE:  LET'S GO THROUGH THE TESTIMONY AND YOU SEE IF

09:21:01 18    THERE'S SOMETHING THAT'S OUT OF WHACK WITH WHAT HE SAYS IN HERE.

09:21:05 19         THE COURT:  I THINK THAT'S THE BEST WAY TO DO IT.  I THINK

09:21:05 20    THAT'S THE BEST THING TO DO.

09:21:07 21         MR. STEVENS:  IF I MIGHT BEFORE WE GO THERE, IF I COULD

09:21:09 22    RESPOND BRIEFLY, YOUR HONOR.  NUMBER ONE, I --

09:21:09 23         THE COURT:  LET ME SAY THAT I HAVE NEVER HAD A CASE EVER

09:21:13 24    THAT HAD THIS MANY ISSUES ABOUT BEYOND THE EXPERT REPORT, NEVER IN

09:21:19 25    MY -- AND NEVER AGAIN WILL IT HAPPEN IF I AM SO FORTUNATE TO HAVE A

09:21:22 1    CASE LIKE THIS, NEVER AGAIN WILL IT HAPPEN, IS ALL I'M SAYING, NEVER

09:21:24 2    AGAIN.

09:21:24 3              MR. STONE:  MAY I MAKE ONE MORE POINT ON THAT, YOUR HONOR?

09:21:27 4              THE COURT:  AND I AM NOT PICKING ON YOU.

09:21:29 5              MR. STONE:  YOU CAN PICK ON ME, IT'S NO PROBLEM.

09:21:32 6              THE COURT:  NO, BUT I AM SAYING -- IF YOU REALLY DON'T

09:21:37 7    LIKE THAT BECAUSE I MAY EXCLUDE YOUR EVIDENCE.  BUT I AM NOT PICKING

09:21:40 8    ON YOU, SO LET'S MAKE IT CLEAR.

09:21:42 9         I AM JUST SAYING, I WANT TO SAY THAT I HAVE NEVER, NEVER

09:21:47 10   SEEN ANYTHING LIKE THIS.  AND I UNDERSTAND, I'M SURE THERE ARE

09:21:52 11   REASONS FOR IT, IT'S JUST -- IT SHOWS YOU YOU CAN LEARN SOMETHING

09:21:59 12   AFTER ALMOST 14 AND A HALF YEARS, THAT IN THE FUTURE THIS WILL NOT

09:22:01 13   HAPPEN.  BUT I BROUGHT IT ON MYSELF TO SOME EXTENT, SO I ACCEPT SOME

09:22:06 14   OF THE CULPABILITY.

09:22:07 15             MR. STONE:  YOUR HONOR, YOU'LL RECALL THAT WE DEALT WITH

09:22:09 16   OVER 3,000 PAGES OF REPORTS BY DR. BEA.

09:22:09 17             THE COURT:  I UNDERSTAND.

09:22:15 18             MR. STONE:  AND WE TOOK 1,000 PAGES OF DEPOSITIONS FROM

09:22:18 19   HIM.

09:22:19 20             THE COURT:  THAT'S WHY I AM TRYING TO GIVE SOME LATITUDE.

09:22:22 21             MR. STONE:  AND AS OF THE DAY OF THE TRIAL, HE HAD SAID HE

09:22:24 22   HAD NO FINAL OPINIONS AND I HAD HAD NO FINAL OPINION TO GO WITH --

09:22:28 23             THE COURT:  AS I TOLD HIM, IT'S HIS FINAL -- WHATEVER

09:22:29 24   OPINIONS HE GIVES HERE, AS FAR AS I'M CONCERNED, AS FAR AS THIS

09:22:32 25   JUDGE IS CONCERNED, IN THIS CASE IT IS THE FINAL OPINION.  SO

09:22:36  1    WHATEVER HE SAID, THAT WAS IT.

09:22:38  2             MR. STONE:  RIGHT.

09:22:38  3             THE COURT:  AND BY THE WAY, I'VE NOTICED THAT

09:22:40  4    DR. WESTERINK HAD THE SAME PROBLEM, AND APPARENTLY EVERY SCIENTIST

09:22:44  5    DOES BECAUSE THEY'RE ON THE QUEST FOR TRUTH.  THE QUEST FOR TRUTH

09:22:47  6    MAY TAKE CENTURIES, WE DON'T HAVE THAT TIME.  AND I AM GOING TO COME

09:22:51  7    UP WITH THE BEST TRUTH I CAN BASED ON WHAT'S BEEN HERE AFTER SEVERAL

09:22:56  8    YEARS OF PREPARATION, DISCOVERY, BICKERING, HARANGUING, STONEWALLING

09:23:00  9    IN DISCOVERY, ET CETERA.

09:23:02 10             YES, SIR, WHAT'S YOUR POINT?

09:23:03 11             MR. STONE:  IT IS MY HOPE THAT DR. WOLFF WILL BE ABLE TO

09:23:06 12    GO THROUGH THESE HISTORICAL DOCUMENTS AND SHOW YOU WHAT THAT FACTUAL

09:23:08 13    EVIDENCE IS THAT SUPPORTS WHATEVER YOU NEED TO USE IN THIS CASE.

09:23:13 14             THE COURT:  I CAN SEE WE'RE GOING TO BE, AS USUAL, ON A

09:23:16 15    FINE EDGE HERE.

09:23:22 16             MR. STEVENS:  BRIEFLY, YOUR HONOR, IF I MIGHT?

09:23:23 17             THE COURT:  I AM TIRED OF BICKERING, WE HAVE TO GET ON

09:23:26 18    WITH THE TESTIMONY, BUT GO AHEAD AND GET YOUR RECORD.  MY PATIENCE

09:23:30 19    FOR THIS IS ABOUT UP TO HERE (INDICATING).

09:23:30 20             MR. STEVENS:  THANK YOU, YOUR HONOR.

09:23:32 21             THE COURT:  BECAUSE I AM TIRED OF THE WHINING AND THE

09:23:35 22    CRYING AND EVERYBODY DOING OPINIONS AT THE LAST MINUTE, PLAINTIFF

09:23:38 23    AND DEFENDANT.  YOU KNOW, I UNDERSTAND IT'S DIFFICULT, BUT IF IT'S

09:23:42 24    THAT DIFFICULT, YOU KNOW, MAYBE WE SHOULD GO TO ANOTHER GALAXY AT

09:23:50 25    ANOTHER TIME AT ANOTHER PLACE TO HAVE IT RESOLVED WITH ADVANCED

09:23:53 1    BEINGS BEYOND THE HUMAN BEING.  BUT LET'S GO.

09:23:58 2              MR. STEVENS:  NOT A BAD IDEA.

09:23:59 3              THE COURT:  IT MIGHT NOT BE.

09:24:01 4              MR. STEVENS:  YOUR HONOR, I TOOK THE DEPOSITION OF THIS

09:24:02 5    WITNESS AND I WAS THERE TO DISCOVER WHAT HIS OPINIONS WOULD BE, WHEN

09:24:06 6    AND IF HE CAME TO THIS COURTROOM TO TESTIFY AT TRIAL.  I MADE

09:24:10 7    CERTAIN TO ASK THE QUESTIONS THAT WOULD ELICIT WHATEVER OPINIONS HE

09:24:13 8    THOUGHT HE WOULD OFFER.

09:24:15 9              WHEN IT COMES TO SETTLEMENT OF ANY KIND, SUBSIDENCE OF ANY

09:24:19 10   KIND, HE DID USE THE WORD SUBSIDENCE AND SETTLEMENT IN HIS

09:24:25 11   DEPOSITION, AND HE DEFINED IT FOR ME AT PAGE 62, HE DEFINES AS

09:24:33 12   COMPRESSION OF SOIL UNDER ITS OWN WEIGHT.  COMPACTION IS NOT THE

09:24:33 13   CORRECT TERM.  HE EVEN SAID, IN FACT, MR. EBERSOLE IS WRONG WHEN HE

09:24:35 14   USES THAT TERM.

09:24:36 15             DR. WOLFF NEVER MENTIONS THE CONCEPT OR OPINES IN ANY WAY

09:24:40 16   ABOUT LATERAL DISPLACEMENT OR SQUEEZING BECAUSE OF THE EFFECT OF THE

09:24:45 17   CHANNEL EXCAVATION ON THE SEDIMENTARY LAYERS, AND THAT'S WHAT THAT

09:24:50 18   ISSUE IS REALLY ALL ABOUT.  HE NEVER MENTIONS THAT ONCE, AND IT'S

09:24:53 19   TOTALLY UNFAIR FOR HIM TO COME TO COURT NOW AND USE THOSE EXACT

09:24:57 20   TERMS.

09:24:57 21             THE COURT:  IF WE GET TO THAT POINT, I WOULD MAKE A RULING

09:25:00 22   AND WE MAY HAVE ANOTHER PROFFER.

09:25:03 23             MR. STEVENS:  AND, YOUR HONOR, IS ABSOLUTELY CORRECT, IT

09:25:03 24   SHOULD BE PART OF THE SAME PROFFER THAT DR. MOSHER MADE.

09:25:06 25             THE COURT:  I HAVEN'T MADE THAT DECISION YET, BUT WE'LL

09:25:08  1    SEE.  BUT AGAIN, THE REASON WE HAVE ALL OF THIS -- AND BOTH SIDES

09:25:12  2    HAVE HAD THE SAME AMOUNT OF TIME AND SAME PROBLEM, AND I AM TRYING

09:25:15  3    TO BE CONSISTENT.  I EXCLUDED AN ENTIRE REPORT SO --

09:25:26  4         LIKE I SAY, JUST FOR THE RECORD, IF IT WERE LEFT UP TO ALL

09:25:28  5    OF THE EXPERTS, IT WOULD TAKE THEIR LIFETIMES AND THEY WOULD STILL

09:25:32  6    BE DOING COMPUTER RUNS, WHICH ARE NOT REAL ANYHOW.  THE COURT

09:25:37  7    UNDERSTANDS THAT NO SCIENTIST KNOWS EXACTLY WHAT HAPPENED.  I THINK

09:25:41  8    IT'S IN VERY, VERY WELL PUT IN DR. WOLFF'S REPORT.

09:25:45  9         THE COURT UNDERSTANDS NONE OF THESE EXPERTS KNOW EXACTLY

09:25:47 10    WHAT HAPPENED, AND I AM GOING TO HAVE TO FIGURE OUT AS BEST I CAN

09:25:52 11    WHAT DID HAPPEN.  BUT NONE OF THESE EXPERTS ARE OMNIPOTENT, NOR IS

09:25:56 12    THE COURT, SO WE'RE GOING TO HAVE A NON-OMNIPOTENT DECISION COMING

09:26:01 13    OUT.  ALL RIGHT.  GO AHEAD.  UNFORTUNATELY.

09:26:04 14         MR. STONE:  THANK YOU, I THINK.

09:26:07 15         THE COURT:  OKAY.  MY PATIENCE IS JUST TESTED WITH THIS

09:26:11 16    EXPERT REPORT BUSINESS.  GO AHEAD, SIR.

09:26:14 17    BY MR. STONE:

09:26:15 18    Q.  DR. WOLFF, WHAT IS THE SIGNIFICANCE OF THE ATCHAFALAYA TESTING

09:26:21 19    BACK IN THE '60'S?

09:26:23 20    A.  IN THE EARLY 1960'S, THE NEW ORLEANS DISTRICT AND THE LOWER

09:26:29 21    MISSISSIPPI VALLEY DIVISION IN VICKSBURG, MISSISSIPPI, CONSTRUCTED A

09:26:34 22    TEST EMBANKMENT ALONG THE ATCHAFALAYA FLOODWAY, ACTUALLY A SERIES OF

09:26:39 23    TEST EMBANKMENTS, IN ORDER TO PERFORM FULL-SCALE RESEARCH TO BETTER

09:26:44 24    UNDERSTAND HOW TO SUCCESSFULLY CONSTRUCT LEVEES ON SOFT SOIL, AND,

09:26:52 25    IN FACT, TO CALIBRATE THEIR NUMERICAL SLOPE STABILITY MODELS AGAINST

09:26:56  1  A REAL PROTOTYPE STRUCTURE.  AGAIN, TO TRY TO UNDERSTAND THE

09:27:01  2  PROBLEMS OF CONSTRUCTION, STABILITY AND MOVEMENTS ON THESE VERY SOFT

09:27:07  3  LOUISIANA SOILS.

09:27:08  4  Q.  LET'S BRING UP EXHIBIT DX 0003.  AND I WILL ASK YOU, WAS THIS

09:27:32  5  TESTING AT ATCHAFALAYA REPORTED AND ANALYZED IN THE KAUFMAN AND

09:27:32  6  WEAVER ARTICLES, STABILITY OF ATCHAFALAYA LEVEES?

09:27:37  7  A.  YES, IT WAS.

09:27:37  8  Q.  WHAT IS THE SIGNIFICANCE OF THIS GEOTECHNICAL ARTICLE AND HOW IT

09:27:42  9  CAME IN TO THE HISTORY OF --

09:27:44 10       THE COURT:  THE COURT IS SOMEWHAT FAMILIAR WITH THIS

09:27:47 11  BECAUSE WE WENT OVER IT AD NAUSEAM EARLIER.  SO I AM FAMILIAR WITH

09:27:52 12  IT, YOU WEREN'T HERE, BUT IT WAS LENGTHY.  IT WAS LIKE HOURS AND

09:27:55 13  HOURS AND HOURS.  GO AHEAD, SIR.

09:27:57 14       MR. STONE:  YES, SIR, BUT THAT MAY HAVE BEEN DONE IN THE

09:27:59 15  CONTEXT OF A PROFFER, AND I WOULD LIKE TO MAKE SURE, BECAUSE THIS

09:28:01 16  WITNESS --

09:28:03 17       THE COURT:  SOME OF IT WAS NOT IN THE CONTEXT OF A

09:28:06 18  PROFFER, I DON'T RECALL WHICH ONE WAS AND WHICH WASN'T.  GO AHEAD.

09:28:09 19       THE WITNESS:  YOUR QUESTION WAS ON THE SIGNIFICANCE, AS I

09:28:12 20  RECALL.

09:28:12 21       MR. STONE:  YES, SIR, AND THAT IT APPEARED EARLY IN THE

09:28:15 22  GEOTECHNICAL --

09:28:15 23       THE WITNESS:  YES, SIR.  THIS WAS PUBLISHED IN AN AMERICAN

09:28:17 24  SOCIETY OF CIVIL ENGINEERS GEOTECHNICAL, OR AT THAT TIME, SOIL

09:28:22 25  MECHANICS AND FOUNDATIONS DIVISION SPECIALTY CONFERENCE IN BERKELEY,

09:28:25 1    CALIFORNIA, IN 1966.

09:28:28 2          THAT WAS ONLY THE THIRD SOIL SPECIALTY CONFERENCE EVER

09:28:32 3    HELD BY THE AMERICAN SOCIETY OF CIVIL ENGINEERS.  THE FIRST WAS IN

09:28:35 4    1960.  THESE DAYS THERE'S ONE OR TWO OF THOSE CONFERENCES EVERY

09:28:40 5    YEAR.

09:28:40 6          IN THE EARLY 1960'S, AN ENGINEERING UNDERSTANDING AND A

09:28:46 7    QUANTITATIVE UNDERSTANDING OF HOW SOILS AND EMBANKMENTS BEHAVE WAS

09:28:51 8    RAPIDLY GROWING SO THAT THIS WAS, IN FACT, A VERY EARLY AND

09:28:55 9    IMPORTANT CONTRIBUTION INTO UNDERSTANDING HOW TO BUILD SOFT

09:28:59 10   EMBANKMENTS ON SOFT CLAYS, AND THERE WERE SEVERAL OTHER PAPERS IN

09:29:03 11   THAT CONFERENCE REGARDING SIMILAR PROBLEMS.

09:29:06 12   BY MR. STONE:

09:29:08 13   Q.  HOW DID KAUFMAN AND WEAVER FIT INTO THE HIERARCHY OF ENGINEERS

09:29:12 14   DOING RESEARCH IN THIS FIELD AT THAT TIME?

09:29:14 15   A.  MR. KAUFMAN WAS ORIGINALLY A SOILS ENGINEER IN THE NEW ORLEANS

09:29:23 16   DIVISION.  AT THE TIME OF THIS REPORT, HE WAS A SOILS ENGINEER IN

09:29:29 17   THE GEOLOGY SOILS AND MATERIALS BRANCH OF THE DIVISION OFFICE IN

09:29:33 18   VICKSBURG, WHICH OVERSAW DESIGN AND CONSTRUCTION OF LEVEES IN FOUR

09:29:39 19   CORPS DISTRICTS AND THEN HE LATER WENT ON TO BE CHIEF OF THAT

09:29:43 20   OFFICE.

09:29:43 21         MR. KAUFMAN (SIC) HAD BEEN A RESEARCHER AT THE U.S. ARMY

09:29:48 22   WATERWAYS EXPERIMENT STATION IN VICKSBURG.  AT THE TIME OF THIS

09:29:51 23   PUBLICATION, WAS THE CHIEF OF THE GEOLOGY SOILS AND MATERIALS BRANCH

09:29:54 24   IN THE DIVISION OFFICE, AND HE WENT ON TO BECOME THE ASSOCIATE -- OR

09:29:59 25   THE ASSISTANT CHIEF OF ENGINEERING AT THE DIVISION OFFICE.

09:30:03 1          THESE WERE THE GENTLEMEN THROUGH BOTH RESEARCH, DESIGN

09:30:06 2   EXPERIENCE AND FIELD TESTING AS WAS DONE HERE THAT WERE REALLY

09:30:12 3   DEVELOPING -- DOING MAJOR RESEARCH AND DEVELOPMENT ON HOW TO BUILD

09:30:16 4   EMBANKMENTS ON SOFT SOILS.

09:30:19 5   Q.  DOES A YOUNG ENGINEER NAMED WAYNE CLOUGH FIT INTO THIS ARTICLE?

09:30:31 6   A.  YES, HE'S MENTIONED ON THE LAST PAGE OF THE ARTICLE IN THE

09:30:31 7   ACKNOWLEDGMENTS.  IT'S REFERRED TO AS GERALD W. CLOUGH, ALSO KNOWN

09:30:35 8   AS G. WAYNE CLOUGH.

09:30:37 9          DR. CLOUGH HAS HAD A VERY INTERESTING AND RELEVANT HISTORY

09:30:40 10  HERE.  AS A YOUNG ENGINEER, HE PERFORMED THE CALCULATIONS FOR

09:30:43 11  KAUFMAN AND WEAVER.  HE WENT ON TO BE A PROFESSOR AT STANFORD, THE

09:30:47 12  DEAN OF CIVIL ENGINEERING AT VIRGINIA TECH, PROVOST AT WASHINGTON,

09:30:51 13  PRESIDENT OF GEORGIA TECH, AND WHILE PRESIDENT OF GEORGIA TECH, HE

09:30:57 14  WAS APPOINTED THE CHAIRPERSON OF THE NATIONAL ACADEMY OF ENGINEERING

09:31:01 15  NATIONAL RESEARCH CONSULT COMMITTEE THAT PROVIDED A SECOND LEVEL OF

09:31:05 16  REVIEW TO THE IPET REPORT.  MOST RECENTLY HE IS THE SECRETARY OF THE

09:31:09 17  SMITHSONIAN.  SO HE'S BEEN CONNECTED OVER A VERY LONG CAREER WITH

09:31:16 18  IMPORTANT GEOTECHNICAL PROJECTS.

09:31:17 19  Q.  SO HE WAS THE CHAIRMAN OF THE COMMITTEE THAT OVERSAW THE IPET?

09:31:21 20  A.  HE DID THE SECOND LEVEL OF REVIEW.  ASCE PROVIDED THE ERP,

09:31:27 21  EXTERNAL REVIEW PANEL, AND THEN DR. CLOUGH'S NRC COMMITTEE DID A

09:31:32 22  SECOND LEVEL OF REVIEW AT THE REQUEST OF THE GOVERNMENT.

09:31:34 23  Q.  WHY IS IT SIGNIFICANT TO THE DESIGN AND CONSTRUCTION OF THE

09:31:38 24  HURRICANE PROTECTION SYSTEM LEVEES THAT KAUFMAN AND WEAVER DID THIS

09:31:41 25  TESTING IN THE ATCHAFALAYA?

09:31:43  1    A.   KAUFMAN AND WEAVER, WHO REPORTED ON THIS ARTICLE, WERE ALSO

09:31:50  2    PROVIDED THE FIRST LEVEL OF DESIGN REVIEW TO GDM NO. 3, 1966, AND

09:31:58  3    OTHER DESIGN DOCUMENTS AND ARE THE SAME GENTLEMEN THAT REVIEWED MY

09:32:03  4    WORK AS A DESIGN ENGINEER IN ST. LOUIS IN THE 1970'S.   SO THEY ARE

09:32:11  5    BOTH THE RESEARCHERS HERE, AS WELL AS PEOPLE MAKING APPROVING DESIGN

09:32:18  6    DECISIONS BY NEW ORLEANS DISTRICT ON THE CHALMETTE LEVEES.

09:32:22  7    Q.   WAS THIS ATCHAFALAYA TESTING DONE ADJACENT TO A WATERWAY?

09:32:32  8    A.   YES, ADJACENT TO THE GULF INTRACOASTAL WATERWAY.

09:32:35  9    Q.   LET'S TURN TO PAGE 180 OF THIS ARTICLE.   AT THIS PAGE, CAN YOU

09:32:47 10    TELL US HOW THE AUTHORS DESCRIBE THE POTENTIAL INFLUENCE OF THE GIWW

09:32:51 11    ON THOSE LEVEES AT THE ATCHAFALAYA?

09:32:55 12    A.   IT'S RIGHT HERE, IF YOU CAN ENLARGE THAT AND I'LL CLEAR THIS

09:32:55 13    (INDICATING).

09:32:59 14         MR. STEVENS:   OBJECTION, YOUR HONOR, THIS IS, AGAIN,

09:33:00 15    BEYOND HIS REPORT, THIS IS BEYOND ANY OPINION --

09:33:02 16         THE COURT:   I BELIEVE IN HIS OPINION:   "THE KAUFMAN AND

09:33:04 17    WEAVER PAPER PROVIDES FURTHER DOCUMENTATION OF CORPS LEVEE DESIGN

09:33:07 18    AND CONSTRUCTION METHODS IN LOUISIANA JUST PRIOR TO THE DESIGN OF

09:33:10 19    THE MRGO LEVEES.   THE CONCEPT OF BUILDING ON SOFT COMPRESSIBLE SOILS

09:33:13 20    BY FIRST BUILDING ON A VERY WIDE AND FLAT EMBANKMENT BY HYDRAULIC

09:33:17 21    FILL AND THEN RAISING IT BY RESHAPING IT IN STAGES OVER TIME WAS AN

09:33:26 22    ESTABLISHED PRACTICE IN 1966."

09:33:26 23         THAT'S HIS OPINION RELATING TO THE -- AT LEAST IN SHORT,

09:33:28 24    THERE MAY BE OTHER DETAILS, HE HAS A LOT OF DOCUMENTS HERE.   THERE

09:33:32 25    MAY BE OTHER DETAILS.

09:33:35  1          BUT YOU'RE SAYING THAT THIS WAS NOT -- ARE YOU SAYING THAT

09:33:41  2    THE OPINION ABOUT TO BE ELICITED NOW IS NOT IN HIS REPORT?

09:33:44  3          MR. STEVENS:  NUMBER ONE, THAT OPINION THAT YOU JUST READ

09:33:46  4    IS BASICALLY IRRELEVANT FOR THE ISSUES IN DISPUTE; BUT THE OPINION

09:33:48  5    HE IS ABOUT TO GIVE GOES INTO LATERAL DISPLACEMENT BECAUSE HE IS

09:33:52  6    WANTING TO TALK ABOUT THE EFFECT OF THE CHANNEL ON THE LEVEE, AND HE

09:33:55  7    NEVER ADDRESSED THAT IN EITHER HIS REPORT OR HIS DEPOSITION.

09:33:58  8          MR. STONE:  YOUR HONOR, WHEN HE TALKS ABOUT THE OPINION OF

09:34:00  9    THE WITNESS IS ABOUT TO GIVE, IF HE COULD JUST WAIT UNTIL THE

09:34:04 10    OPINION IS GIVEN, THEN WE CAN DEAL WITH WHETHER --

09:34:09 11          THE COURT:  HE WAS ASKED A QUESTION ABOUT WHAT IN THE

09:34:11 12    KAUFMAN ARTICLE RELATED TO THE GIWW.

09:34:16 13          MR. STONE:  YES, SIR.

09:34:17 14          THE COURT:  IS THERE ANYTHING IN THIS REPORT ANYWHERE THAT

09:34:24 15    OPINES AS TO THE EFFECT OF PLACING SOFT COMPRESSIBLE SOILS ON A FLAT

09:34:30 16    EMBANKMENT BY HYDRAULIC FILL, HOW IT RELATES TO THE MRGO?  BECAUSE,

09:34:36 17    TO ME, IT'S RELATING TO THE FACT THAT THE CORPS DID IT RIGHT AT THE

09:34:41 18    TIME, EVEN THOUGH WE'VE HEARD LATER TESTIMONY BY EXPERTS WITH THE

09:34:46 19    CORPS THAT, GOSH, WE WOULDN'T DO THAT ANYMORE BECAUSE IT'S ERODIBLE.

09:34:50 20    AND APPARENTLY, THEY DIDN'T KNOW THAT CLAY WAS LESS -- THE CLAY-LIKE

09:34:58 21    SOILS WERE, SHALL WE SAY, IF YOU PUT SANDY, MORE SANDY OR COARSE

09:35:08 22    GRAIN SOILS AND DID IT THIS WAY, THAT IT MIGHT -- THAT MIGHT NOT BE

09:35:15 23    A GREAT IDEA.

09:35:16 24          SO THAT'S WHAT I THINK THIS IS GOING THROUGH, THIS

09:35:19 25    OPINION.  I DON'T THINK IN ANY WAY THAT IT'S GOING TO THE EFFECT ON

09:35:22  1    A CHANNEL.  I COULD BE WRONG, BUT THAT'S WHAT IT APPEARS TO ME.

09:35:27  2            MR. STEVENS:  AND IF I MIGHT ADD, YOUR HONOR, HE'S TALKING

09:35:31  3    ABOUT PROXIMITY, AND THE WORD PROXIMITY DOES NOT APPEAR IN EITHER

09:35:33  4    HIS REPORT OR HIS DEPOSITION.

09:35:34  5            THE COURT:  LOOK, DR. WOLFF IS, I'M SURE, EMINENTLY

09:35:39  6    QUALIFIED TO TESTIFY ABOUT THIS, BUT WE HAVE RULES.  WITHOUT -- THE

09:35:43  7    PLAINTIFF MAY PUT ON AN EXPERT IN REBUTTAL THAT GIVES OPINIONS THAT,

09:35:47  8    YOU KNOW, WELL, I READ AN ARTICLE ONCE AND THIS IS WHAT IT SAID.

09:35:51  9    I'VE GOT TO STOP IT SOMEWHERE AT SOME POINT.

09:35:55 10            TELL ME WHY THAT CONCEPT OF THE CHANNEL, WHICH IS A

09:36:00 11    SIGNIFICANT CONCEPT IN THIS CASE, IT MAY, IT MAY NOT BE, I MAY FIND

09:36:06 12    THAT ANY LATERAL DISPLACEMENT HAD NO EFFECT ON THE CHANNEL AND I AM

09:36:10 13    NOT SURE IF THAT'S -- I'LL ASK FOR BRIEFING.  DOES THAT MEAN THAT

09:36:15 14    THE WAVE ATTACK THEORY IS DEAD?  ARE THEY TWO DIFFERENT THEORIES?

09:36:23 15    BOTTOM LINE IS, IT'S A SIGNIFICANT PART OF THE PLAINTIFFS' CASE,

09:36:25 16    RIGHT OR WRONG, I UNDERSTAND THAT.  I UNDERSTAND THAT YOU'RE ARGUING

09:36:32 17    THAT IT DEVELOPED SORT OF LATE IN THE GAME, I UNDERSTAND THAT, TOO.

09:36:36 18    BUT I STILL HAVE --

09:36:37 19            MR. STONE:  BUT I AM NOT RELYING ON THAT.

09:36:38 20            THE COURT:  BUT TELL ME WHY THAT'S IN THIS REPORT, AN

09:36:41 21    OPINION IN THIS REPORT THAT IS SUBSTANTIALLY OR SIGNIFICANTLY

09:36:45 22    RELATED TO THE OPINION.

09:36:47 23            MR. STONE:  BECAUSE I BELIEVE THE WITNESS HAS SPOKEN ABOUT

09:36:49 24    THIS REPORT, AND HE'S TALKED ABOUT THE WAY THESE PERSONNEL WERE

09:36:56 25    INVOLVED IN THE ANALYSES THAT OCCURRED OUT THERE.  THEY WERE ALSO

09:36:59  1    INVOLVED LATER IN THE DESIGN --

09:37:02  2              THE COURT:  I AM GOING TO SUSTAIN THE OBJECTION, THIS WILL

09:37:05  3    GO ON A PROFFER.  I DO NOT SEE THIS OPINION REFERENCED, I DO NOT SEE

09:37:09  4    ANYTHING IN THIS REPORT AS TO THE EFFECT OF THIS, OF PUTTING THE

09:37:12  5    SOILS ON THE CHANNEL.  I DON'T SEE IT AND I DON'T THINK IT WAS PART

09:37:16  6    OF THE SCOPE OF THE REPORT.  YOU CAN CERTAINLY GET IT IN A PROFFER.

09:37:23  7              MR. STONE:  LET'S GO BACK FOR ONE SECOND, YOUR HONOR.

09:37:25  8              THE COURT:  SURE.

09:37:27  9              MR. STONE:  BECAUSE AT PAGE 18, THIS IS ALL ABOUT LEVEE

09:37:31 10    STABILITY, AND HE CAN'T SAY EVERY WORD THAT'S WRITTEN IN EVERY

09:37:35 11    REPORT.

09:37:35 12              THE COURT:  SIR, LEVEE STABILITY -- I KNOW WHAT HE IS

09:37:37 13    TALKING ABOUT HERE.  BUT LET'S READ ABOUT LEVEE STABILITY, OKAY.

09:37:44 14              MR. STONE:  AND THE FACTORS OF SAFETY THAT ARE INVOLVED,

09:37:47 15    WE'LL GET TO THAT, AND THE DEVELOPMENT OF THESE ANALYSES THAT

09:37:53 16    OCCURRED AT ATCHAFALAYA, EVENTUALLY THEY HAD THREE TEST SITES, TEST

09:37:58 17    SITE 3 --

09:37:58 18              THE COURT:  DID ANYTHING ABOUT THIS COME UP IN THE

09:38:00 19    DEPOSITIONS OR ANYTHING AT ALL?

09:38:04 20              MR. STONE:  ACTUALLY, MR. STEVENS DIDN'T ASK ABOUT ANY OF

09:38:06 21    THIS STUFF.

09:38:06 22              THE COURT:  WELL, WHY WOULD HE UNLESS HE'S PRESSING IT?

09:38:09 23              MR. STONE:  NO, IF HE WOULD ASK ABOUT LEVEE STABILITY.

09:38:12 24              THE COURT:  DID HE ASK -- WAS LEVEE STABILITY DISCUSSED IN

09:38:15 25    THE DEPOSITION?

09:38:16 1          MR. STEVENS:  THE WORD STABILITY DOES APPEAR IN THE

09:38:19 2    DEPOSITION, BUT IT'S VERTICAL ONLY.  THERE'S NO DISCUSSION ABOUT

09:38:21 3    HORIZONTAL OR LATERAL --

09:38:23 4          THE COURT:  SIR, I DON'T SEE IT.  IF I AM WRONG, I

09:38:26 5    CERTAINLY -- BUT I JUST DON'T SEE IT.  I THINK THIS IS AN END RUN,

09:38:31 6    CLEARLY AND SIMPLY, SO YOU HAVE TO PROFFER.

09:38:34 7    BY MR. STONE:

09:38:35 8    Q.  OKAY.  DR. WOLFF, HOW DID THE --

09:38:37 9          THE COURT:  ARE YOU GOING TO PROFFER NOW?

09:38:39 10          MR. STONE:  YES, YOUR HONOR.  JUST ON THIS ONE QUESTION.

09:38:40 11          THE COURT:  I AM LETTING YOU GO IN AND OUT.  I HAVE LET

09:38:44 12    EVERYBODY ELSE DO THAT, SO YOU CAN GO IN AND OUT.

09:38:47 13          MR. STONE:  OKAY.

09:38:49 14          THE COURT:  I'D LIKE TO HAVE ALL OF THE EVIDENCE IN,

09:38:51 15    FRANKLY.  I WOULD LIKE TO COMPLETE THE RECORD JUST TO LET EVERYBODY

09:38:56 16    KNOW, BUT I HAVE TO INTELLECTUALLY JUSTIFY IT AND I SIMPLY CAN'T.

09:38:59 17    ALL RIGHT.  GO AHEAD.

09:39:00 18          MR. STONE:  JUST ON THIS ONE QUESTION, YOUR HONOR.

09:39:00 19

09:39:00 20                        *   *   *

21

22

23

24

25

DEFENSE PROFFER NO. 10

BY MR. STONE:

Q.  HOW DID THE AUTHORS DESCRIBE THE POTENTIAL INFLUENCE OF THE GIWW

ON THE ATCHAFALAYA LEVEES?

A.  AT THE BOTTOM OF THE FIRST FULL PARAGRAPH ON THE SCREEN,

AGGRAVATING THE STABILITY PROBLEM IS PART OF THE GULF INTRACOASTAL

WATERWAY NAVIGATION CHANNEL, WHICH LIES CLOSE TO THE EAST GUIDE

LEVEE (THE LEVEE AT THE EASTERN EDGE OF THE FLOODWAY).

Q.  AND BOTH YOU AND DR. WOLFF -- BOTH YOU AND DR. BEA HAVE

DISCUSSED THIS ARTICLE IN YOUR TESTIMONY NOW, CORRECT?

A.  IT'S IN ONE OF HIS REPORTS, I HAVE NOT READ HIS TESTIMONY.  YES,

I HAVE.

Q.  SO AT THIS TIME THE CORPS WAS ACTUALLY STUDYING THE STABILITY OF

THESE LEVEES NEXT TO A WATERWAY, CORRECT, SIR?

A.  YES, SIR.

* * *

09:39:49  1          THE COURT:  CERTAINLY IN BRIEFING YOU MAY POINT THAT OUT

09:39:52  2   TO ME IN AN ARTICLE.

09:39:54  3          MR. STONE:  RIGHT.  AND I'LL DO THAT, YOUR HONOR.

09:39:56  4          THE COURT:  I WOULD HOPE YOU WOULD.

09:39:58  5          MR. STONE:  I HAVE A PLAN HERE THIS MORNING TO TRY TO

09:40:00  6   PROVIDE AS FACTUAL OF INFORMATION AS WE CAN.  AND WHEN I HIT A

09:40:03  7   STUMBLING BLOCK LIKE THIS, I WILL DO THE PROFFER THAT YOU ASK FOR.

09:40:06  8          THE COURT:  ALL RIGHT.  THANK YOU.  BUT, I MEAN, YOU CAN

09:40:08  9   CERTAINLY -- THERE'S NOTHING TO PREVENT YOU FROM CITING THAT ARTICLE

09:40:11 10   TO ME IN A BRIEF.

09:40:12 11          MR. STONE:  THAT'S CORRECT, SIR.  I APPRECIATE THAT.

09:40:16 12          THE COURT:  GO AHEAD.

09:40:16 13          MR. STONE:  AND THAT'S ONE REASON THAT I DON'T SEE THAT AS

09:40:19 14   AN ISSUE HERE WHEN WE'RE TALKING ABOUT STABILITY.

09:40:21 15          THE COURT:  I UNDERSTAND WHEN YOU OPEN THE DOOR, IT'S

09:40:24 16   LIKE -- I WOULD TEND TO STICK TO THE REPORT.  ALL RIGHT.  GO AHEAD.

09:40:27 17          MR. STONE:  THANK YOU, YOUR HONOR.  NO MORE PROFFER NOW.

09:40:30 18   BY MR. STONE:

09:40:31 19   Q.  HOW LONG AT THE TIME OF THE ARTICLE HAD LEVEE BUILDING BEEN IN

09:40:34 20   PROGRESS IN THAT AREA?

09:40:36 21          THE COURT:  YES, SIR?

09:40:36 22          MR. STEVENS:  WHILE HE IS DOING THAT LITTLE NOTE IN THE

09:40:38 23   PROFFER, I WOULD POINT OUT THAT THIS WITNESS AT PAGE 66 OF HIS

09:40:42 24   DEPOSITION SPECIFICALLY SAID IN RESPONSE TO THIS QUESTION:  "WAS

09:40:45 25   THERE ANYTHING ELSE ABOUT THE 1966 STABILITY ATCHAFALAYA LEVEES

09:40:51 1   REPORT PROCEEDINGS THAT YOU FOUND SIGNIFICANT OR IN SOME WAY RELIED

09:40:55 2   UPON?"  AND HIS ANSWER WAS "NO."  AND ALL HE TALKED ABOUT WAS THE

09:40:59 3   VERTICAL SEDIMENT.

09:41:00 4          THE COURT:  ALL RIGHT.  I'VE GOT THE POINT.  LET'S NOT

09:41:03 5   BEAT THIS HORSE ANYMORE.  LET'S MOVE ON.

09:41:06 6          MR. STEVENS:  I'M SORRY.

09:41:07 7   BY MR. STONE:

09:41:10 8   Q.  HOW LONG HAD LEVEE BUILDING BEEN IN PROGRESS IN THIS AREA AT

09:41:14 9   THAT TIME, SIR?

09:41:14 10  A.  TWENTY-FIVE TO 30 YEARS, SINCE THE EARLY 1930'S.

09:41:17 11  Q.  AND WHAT HAD THE ENGINEERS LEARNED ABOUT THE RAISING OF THESE

09:41:20 12  LEVEES THROUGH LIFTS?

09:41:24 13  A.  THEY HAD USED STAGED LIFT CONSTRUCTION, WHERE YOU PLACE LIFT,

09:41:27 14  WAIT FOR IT TO SETTLE, PLACE ANOTHER LIFT AND SO ON.  AND THEY FOUND

09:41:31 15  THAT TO BE A VERY TIME-CONSUMING PROPOSITION.  IF ONE WOULD PLACE,

09:41:37 16  FOR EXAMPLE, FOUR FEET OF SOIL, THEY MIGHT GET, FOR EXAMPLE, THREE

09:41:41 17  FEET OF SETTLEMENT OVER A PERIOD OF TIME, SO THEY'D HAVE A VERY

09:41:49 18  SMALL NET GAIN IN MY EXAMPLE OF A FOOT.

09:41:49 19          AND KNOWING THAT THE SETTLEMENT WAS A SIGNIFICANT

09:41:51 20  PROPORTION OF THE PLACEMENT RATE WITH A LOT OF TIME TO GAIN A SMALL

09:41:56 21  AMOUNT OF LEVEE HEIGHT INCREASE, THEY SAW THAT IT WAS GOING TO TAKE

09:42:01 22  VERY, VERY LONG.

09:42:03 23          WHAT ULTIMATELY LED THEM TO THIS TEST SECTION WAS THE

09:42:06 24  SILTATION OF THE ATCHAFALAYA HAD RAISED THE FLOW LINE, HAD RAISED

09:42:10 25  THE BOTTOM OF THE ATCHAFALAYA, AND THEREFORE THEY WERE GOING TO HAVE

09:42:13  1   TO DESIGN THESE LEVEES TO EVEN HIGHER HEIGHTS THAN THEY HAD

09:42:16  2   PREVIOUSLY THOUGHT AND SAW THAT THIS BUILD-AND-WAIT, BUILD-AND-WAIT,

09:42:21  3   BUILD-AND-WAIT SCHEME WAS NOT PRACTICAL WITH RESPECT TO TIME.

09:42:28  4   Q.   WHAT DID THEY LEARN ABOUT THE POTENTIAL AMOUNT OF CUMULATIVE

09:42:38  5   SETTLEMENT OF THE LEVEE CROWN, WHERE THE LEVEES WERE BUILT ON SOFT

09:42:41  6   COMPRESSIBLE SOILS?  AND WE'RE STILL ON PAGE 180.

09:42:45  7   A.   COULD YOU BRING PAGE 180 BACK UP, PLEASE.  IF WE COULD ENLARGE

09:42:57  8   THAT AREA RIGHT THERE, PLEASE (INDICATING).  I'M READING FROM ABOUT

09:43:09  9   A THIRD OF THE WAY DOWN FROM THE TOP.  "IN SOME AREAS OF THE EAST

09:43:13 10   GUIDE LEVEE, ELEVATION SURVEYS ALONG THE LEVEE CROWN SHOW A

09:43:16 11   CUMULATIVE SETTLEMENT OF THE LEVEE CROWN OF 20 FEET OR MORE, AND 10

09:43:20 12   TO 15 FEET IN MANY LONG REACHES."

09:43:22 13        THERE'S TWO THINGS IMPORTANT THERE.  ONE IS THE

09:43:25 14   SETTLEMENTS ON THESE SOILS WOULD BE VERY LARGE, 20 FEET OR MORE.

09:43:29 15   BUT SECOND, THEY COULD BE HIGHLY VARIABLE.  WE WOULD NOTE THAT THE

09:43:33 16   DIFFERENCE BETWEEN 10 FEET OF SETTLEMENT AND 20 FEET OF SETTLEMENT

09:43:36 17   IS A FACTOR OF 100 PERCENT.

09:43:38 18   Q.   DID THEY EVALUATE ALTERNATIVE METHODS FOR BUILDING LEVEES DURING

09:43:42 19   THAT ATCHAFALAYA?

09:43:44 20   A.   YES, THEY DID.  THERE DOWN AT THE BOTTOM OF THAT PAGE, AND WE

09:43:47 21   COULD REALLY DIVIDE THEM INTO TWO BROAD CATEGORIES.

09:43:51 22        THE COURT:  MAY I INTERRUPT TO ASK YOU A QUESTION?

09:43:54 23        THE WITNESS:  YES, SIR.

09:43:54 24        THE COURT:  AND IT'S BEEN TOLD TO ME BEFORE, BUT I'D LIKE

09:43:57 25   FOR YOU PUNCTUATE IT.  CUMULATIVE SETTLEMENT, WOULD YOU PLEASE

09:44:00  1    DEFINE THIS?

09:44:01  2         THE WITNESS:  YES.  IMAGINE, SIR, THAT I RAISE THE LEVEE

09:44:07  3    FIVE FEET AND IT SETTLED TWO, AND THEN I REPEATED THAT AND RAISED IT

09:44:12  4    FIVE AND IT SETTLED TWO.  AND IF I DID THAT THREE TIMES, THE

09:44:16  5    CUMULATIVE SETTLEMENT WOULD BE SIX FEET BECAUSE IT HAS SETTLED TWO

09:44:23  6    FEET THREE TIMES, BUT THE ACTUAL SETTLEMENT OF INTEREST AT THE TIME

09:44:26  7    THERE WOULD ONLY BE TWO FEET BECAUSE I WOULD ONLY BE TWO FEET ABOVE

09:44:30  8    THE MOST RECENT RAISE.

09:44:32  9         THE COURT:  AN ACCOUNTANT MIGHT SAY THE NET SETTLEMENT OR

09:44:40 10    SOMETHING LIKE THAT.

09:44:40 11         THE WITNESS:  EXACTLY, SIR.  THE DIFFERENCE BETWEEN GROSS

09:44:41 12    REVENUE AND NET REVENUE.

09:44:41 13         THE COURT:  THAT'S A VERY CLEAR EXPLANATION, THANK YOU.

09:44:43 14    BY MR. STONE:

09:44:44 15    Q.  DID THEY LEARN WHETHER ALTERNATIVE METHODS WERE ECONOMICAL OR

09:44:47 16    NOT?

09:44:47 17    A.  YES, I'LL COME BACK TO YOUR QUESTION.  THE FIRST GROUP OF

09:44:51 18    ALTERNATIVES MENTIONED THERE, ELECTRO OSMOSIS, SAND-DRAINS AND

09:44:56 19    VACUUM WELL POINT SYSTEMS ARE VERY EXPENSIVE METHODS OF INDUCING THE

09:45:01 20    SETTLEMENT EARLY.  THEY ARE NORMALLY ONLY USED IN VERY SMALL AREAS

09:45:04 21    SUCH AS UNDER A BUILDING FOUNDATION, AND I THINK THEY WERE ONLY

09:45:08 22    MENTIONED AS THEY WERE TRYING TO CONSIDER EVERYTHING POSSIBLE.

09:45:13 23         THEIR SECOND ALTERNATIVE, WHICH WAS A REAL ALTERNATIVE, IS

09:45:16 24    MENTIONED AT THE BOTTOM OF THAT PAGE AND PART OF THE TOP OF THE NEXT

09:45:20 25    PAGE, AND THAT WAS TO BE, TO BUILD VERY, VERY, VERY LARGE STABILITY

09:45:26 1    BERMS THAT WOULD REQUIRE VERY, VERY LARGE AMOUNTS OF MATERIAL.

09:45:35 2    Q.  DID THEY ADOPT A COMPROMISE PLAN FOR BUILDING LEVEES ON SOFT

09:45:39 3    COMPRESSIBLE SOILS?

09:45:40 4    A.  YES, SIR.  THE COMPROMISE PLAN IS DISCUSSED ON THE TOP OF THE

09:45:43 5    NEXT PAGE.  RATHER THAN BUILDING HUGE BERMS.

09:45:48 6    Q.  THAT'S PAGE 182.

09:45:50 7    A.  YES, THE NEXT PAGE OF TEXT, UP AT THE TOP, TOP PARAGRAPH.

09:45:56 8    RATHER THAN BUILDING THESE VERY HUGE BERMS, THEIR PLAN, AS IN THE

09:46:03 9    SECOND FULL SENTENCE, "THE COMPROMISE PLAN CONSISTS OF CONSTRUCTING

09:46:08 10   STABILITY BERMS AND BUILDING THE LEVEE TO AN INTERIM GRADE AT OR

09:46:12 11   ABOVE THE FLOW LINE THEREBY PROVIDING A HIGH DEGREE OF FLOOD

09:46:16 12   PROTECTION."

09:46:16 13         SO THE COMPROMISE IS ACTUALLY A COMPROMISE OF THE LEVEL OF

09:46:22 14   PROTECTION.  RATHER THAN PROVIDING THE FINAL GRADE PLUS FREEBOARD,

09:46:26 15   THEY BUILD TO THE FINAL GRADE, WHICH THEY CONSIDER A GOOD DEGREE OF

09:46:31 16   PROTECTION, USING A LARGE BUT NOT A HUGE STABILITY BERM.  BY THEM

09:46:36 17   WAITING FOR THE WEIGHT OF THAT LEVEE AND BERM TO CONSOLIDATE THE

09:46:39 18   UNDERLYING SOILS, THE SOILS GAIN STRENGTH, AND THEN WHEN THE SOILS

09:46:44 19   GAIN SUFFICIENT STRENGTH, THEY CAN EITHER RAISE THE LEVEE AGAIN, OR

09:46:49 20   A SLIGHT VARIATION OF THAT WAS USED IN THE LEVEES ALONG THE MRGO,

09:46:54 21   WHICH THEY REFERRED TO AS RESHAPING.

09:46:57 22   Q.  IS THAT LARGE STABILITY BERM BUILT TO CREATE A BASE FOR BUILDING

09:47:01 23   THE SMALLER LEVEE ON LATER?

09:47:04 24   A.  YES.  ESSENTIALLY, THE LARGE STABILITY BERM SPREADS OUT THE LOAD

09:47:12 25   OF THE SOIL AND IMPROVES STABILITY.  IF WE LOOK AT STABILITY

09:47:16 1  ANALYSES, WE WOULD SEE THAT THE STABILITY ANALYSIS PROBLEM IS ONE

09:47:21 2  WHERE THE WEIGHT OF THE LEVEE TRIES TO PUSH SOMETHING DOWN AND THEN

09:47:25 3  TO THE SIDES.  AND THE WEIGHT OF THE BERMS PROVIDES ADDITIONAL

09:47:29 4  RESISTANCE TO KEEP THAT MOVEMENT IN CHECK.

09:47:36 5          THE COURT:  JUST TO DEFINE MY TERMS, I THINK I KNOW WHAT

09:47:36 6  IT IS, BUT JUST FOR THE RECORD.  RESHAPING, WOULD THAT BE SIMPLY

09:47:39 7  ADDITIONAL LIFT OR -- TELL ME, YOU TELL ME.

09:47:43 8          THE WITNESS:  YES, SIR.  WELL, IT WOULD BE AN ADDITIONAL

09:47:46 9  LIFT.  THE DIFFERENTIATION THAT THE CORPS OF ENGINEERS MAKES ON THE

09:47:51 10 MRGO LEVEES BETWEEN RAISE, I GUESS THEY USE THE TERM RAISE, BUT A

09:47:58 11 RESHAPING IS TO TAKE SOME OF THE MATERIAL OUT OF THE BERM AND THEN

09:48:02 12 PUSH IT TO THE MIDDLE TO RAISE THE LEVEE.  WHERE A LIFT IS TO TAKE

09:48:06 13 MATERIAL FROM A BORROW AREA, WHICH MIGHT BE LAND OR MRGO, AND ADD TO

09:48:12 14 THE TOP OF THE LEVEE.

09:48:13 15         THE COURT:  SO RESHAPING, THE ADDITION OF THE MATERIAL

09:48:16 16 WOULD COME FROM THE --

09:48:17 17         THE WITNESS:  EXCESS MATERIAL AT THE BERM WOULD BE MOVED

09:48:19 18 TO THE LEVEE CENTER LINE AND USED TO RAISE IT.

09:48:21 19         THE COURT:  I UNDERSTAND IT.  I DIDN'T UNDERSTAND IT, SO

09:48:23 20 I'M GLAD I ASKED YOU.

09:48:25 21 BY MR. STONE:

09:48:25 22 Q.  LET'S GO BACK NOW TO 181, FIGURE 1.  WHAT IS THE PURPOSE OF THIS

09:48:41 23 FIGURE WITHIN THIS DOCUMENT, DR. WOLFF?

09:48:43 24 A.  THIS FIGURE SERVES TWO PURPOSES:  ONE, IT SHOWS A PROFILE OF THE

09:48:49 25 FOUNDATION MATERIALS AND THE, WHAT WAS THERE, AN EXISTING LEVEE,

09:48:55  1  WHICH IS, AGAIN, SOMEWHAT OF A DIFFERENCE FROM MRGO.  AND SECONDLY,

09:49:00  2  THE CIRCLED NUMBERS EXPLAIN THE SEQUENCE OF THE CONSTRUCTION ON THE

09:49:05  3  COMPROMISE PLAN.

09:49:06  4  Q.  CAN YOU COMPARE THE SOIL CONDITIONS IN PLATE 1 TO THOSE ALONG

09:49:13  5  REACH 2 OF THE MRGO, BAYOU BIENVENUE TO BAYOU DUPRE?

09:49:17  6  A.  YES.  THEY'RE GENERALLY SIMILAR IN THE FACT THAT NEAR THE

09:49:20  7  SURFACE IS A LAYER OF PEAT AND SOFT ORGANIC MATERIALS.  IN THE

09:49:27  8  MIDDLE OF THE PROFILE FROM ABOUT ELEVATION MINUS 30 TO MINUS 80 IS A

09:49:33  9  THICK LAYER OF SOFT TO MEDIUM CLAYS, AND THEN BELOW MINUS 80 IS A

09:49:39 10  LAYER OF SOMEWHAT STRONGER CLAYS CALLED MEDIUM CLAYS.

09:49:43 11         ALONG MANY AREAS OF REACH 2 OF THE MRGO YOU ALSO SEE

09:49:47 12  PEATS, MARSH OR OTHER ORGANIC CLAYS NEAR THE TOP, AND THEN YOU SEE

09:49:52 13  FAIRLY THICK LAYERS OF SOFT OR VERY SOFT CLAYS.  BECAUSE THIS SAYS

09:49:57 14  MEDIUM, THESE MAY, IN FACT, BE A LITTLE BIT STRONGER THAN THOSE

09:50:01 15  ALONG THE MRGO, BUT THEY'RE BOTH SOFT LOUISIANA DELTA DEPOSITS.

09:50:06 16  Q.  PLEASE DESCRIBE THE PROCESS SHOWN IN FIGURE 1 INVOLVED IN THE

09:50:09 17  CONSTRUCTION OF THE LEVEE OVER THE TYPES OF SOILS SHOWN IN THIS

09:50:13 18  FIGURE.

09:50:13 19  A.  YES, SIR.  FIRST BY THE CIRCLE AREAS NO. 1, THEY PLACED

09:50:20 20  CAST-FILLED DIKES.  CAST FILL MEANS THAT THIS SOIL WAS SCRAPED UP

09:50:24 21  AND DROPPED IN BY DRAGLINE.  THESE DIKES ARE PROVIDED THERE TO

09:50:32 22  PROVIDE A WALL OR AN EDGE, IF YOU WISH, FOR PLACEMENT OF HYDRAULIC

09:50:41 23  FILL.

09:50:41 24         SINCE THEY HAD AN EXISTING LEVEE, THEY DID PART OF THE

09:50:41 25  RAISE AT LOCATIONS 2 BY PLACING SEMI-COMPACTED SOIL FILL; AND THEN,

09:50:51  1    3, THEY PLACED HYDRAULIC FILL MATERIALS BETWEEN THE CAST-FILL

09:50:57  2    RETAINING DIKES AND THE EXISTING LEVEE.  AT THE MRGO LEVEES

09:51:02  3    INITIALLY THERE WAS NO LEVEE IN THE MIDDLE AND BETWEEN, AND SO THEY

09:51:06  4    PLACED FROM ONE RETAINING DIKE ALL THE WAY TO THE OTHER RETAINING

09:51:09  5    DIKE.

09:51:10  6             AND THEN FINALLY, AND THIS WAS AFTER SOME TIME WOULD

09:51:17  7    ELAPSE FOR STRENGTH GAIN, ITEMS 4 AND 5 WOULD BE TO RAISE THE LEVEE

09:51:27  8    WITH SUBSEQUENT LIFTS.

09:51:29  9    Q.  DOES THIS FIGURE DEPICT THE PROCESS DESCRIBED AS THE COMPROMISE

09:51:36 10    PLAN AT PAGE 182 OF THE ARTICLE?

09:51:37 11    A.  YES, IT DOES.  ITEMS 1, 2 AND 3 WOULD BE THE FIRST STAGE OF THE

09:51:42 12    COMPROMISE PLAN, TO BUILD THE LARGE BERMS AND WAIT FOR SETTLEMENT.

09:51:47 13    AND ITEMS 4 AND 5 WOULD BE THE SECOND PHASE, WHERE, AFTER STRENGTH

09:51:51 14    HAS BEEN GAINED, YOU COULD PUT ADDITIONAL HEIGHT ON THE LEVEE.

09:51:55 15    Q.  AND IN THIS INSTANCE, DOES THE FIGURE SHOW THE LEVEE BERM

09:51:58 16    EXTENDING ALL THE WAY TO THE WATERWAY?

09:52:00 17    A.  YES, IT DOES.

09:52:02 18    Q.  WAS THE COMPROMISE APPROACH TO LEVEE BUILDING AS DEVELOPED FOR

09:52:07 19    THE ATCHAFALAYA TEST APPROPRIATE FOR THE FOUNDATION SOIL EXISTING

09:52:12 20    ALONG THE LEVEES FROM BAYOU BIENVENUE TO BAYOU DUPRE?

09:52:15 21    A.  YES, SIR.

09:52:15 22    Q.  AND WHAT'S YOUR BASIS FOR THIS OPINION?

09:52:18 23    A.  COULD WE GO TO PAGE TWO OF THE -- I BELIEVE IT'S THE FIRST

09:52:22 24    ENDORSEMENT TO GDM NO. 3.  I BELIEVE IT'S ON PAGE TWO.  BUT

09:52:28 25    MR. KAUFMAN AND MR. WEAVER -- WELL, THE LOWER MISSISSIPPI VALLEY

09:52:33 1    DIVISION, THEY WOULD HAVE BEEN THE PARTIES WRITING THIS.

09:52:36 2    Q.  JX 0283.  PAGE TWO.  PAGE TWO OF TEXT, I THINK.  IS THIS THE

09:53:14 3    PAGE WE'RE LOOKING FOR, DR. WOLFF?

09:53:19 4    A.  THIS DOESN'T APPEAR TO BE PAGE TWO BECAUSE THIS IS ON COMMENT

09:53:23 5    EIGHT.  OH, IT MUST BE PAGE ONE, EXCUSE ME.

09:53:34 6    Q.  LET'S HOLD THAT THOUGHT BECAUSE WE'LL GET TO IT LATER IN THE

09:53:37 7    OUTLINE, IF THAT'S NOT THE CORRECT PAGE.

09:53:47 8    A.  OKAY.

09:53:48 9    Q.  LET'S TURN TO FIGURE 4, PAGE 186 IN THE ATCHAFALAYA TESTING

09:53:55 10   STABILITY ARTICLE.  THAT'S DX 0003, PAGE 186.  THIS IS FIGURE 4.

09:54:49 11   DR. WOLFF, WHAT DOES THIS FIGURE DESCRIBE?

09:54:53 12   A.  THIS FIGURE ILLUSTRATES THE VARIATION OF SOIL STRENGTH UNDER THE

09:55:00 13   THREE TEST SECTIONS, AND IT ILLUSTRATES THE CRITICAL SLIDING

09:55:06 14   SURFACES FOR THE SLOPE STABILITY ANALYSIS, WHICH THEY PERFORMED IN

09:55:11 15   DESIGN OF EACH OF THESE TEST SECTIONS.

09:55:15 16            SHOULD I TAKE YOU THROUGH THAT?

09:55:16 17   Q.  YES.  CAN YOU COMPARE THESE TEST SITES AND SHOW HOW THE SHEAR

09:55:26 18   STRENGTH IS RELEVANT TO THE ANALYSIS OF LEVEE STABILITY AND THE

09:55:26 19   MOVEMENT OF UNDERLYING SOILS?

09:55:26 20   A.  YES.  FIRST OF ALL, THE SHADED AREAS, WELL, HERE, THIS TYPE

09:55:34 21   DIAGONAL-SHADED AREA ILLUSTRATES AREAS WHERE THE SHEAR STRENGTH OF

09:55:38 22   THE SOIL IS LESS THAN 200 POUNDS PER SQUARE FOOT.  THAT'S A VERY

09:55:42 23   WEAK CLAY.  BENEATH THAT, THE WHITE AREAS ARE AREAS WHERE THE SHEAR

09:55:46 24   STRENGTH IS BETWEEN TWO AND 400 POUNDS PER SQUARE FOOT, WHICH IS

09:55:50 25   SOMEWHAT STRONGER CLAY.  AND THE VERTICAL SHADING IS AREAS WHERE THE

09:55:55  1    SHEAR STRENGTH WAS GREATER THAN 400 POUNDS PER SQUARE FOOT

09:55:59  2    (INDICATING).  AND YOU'LL SEE THAT'S DOWN TO SOME DEPTH.

09:56:03  3         TO PERFORM A SLOPE STABILITY ANALYSIS TO DETERMINE HOW

09:56:06  4    STABLE THEY EXPECTED THESE EMBANKMENTS TO BE THROUGH A CALCULATION,

09:56:10  5    WHAT ONE DOES IS ASSUME A NUMBER OF LOCATIONS WHERE THE WEIGHT OF

09:56:16  6    THE LEVEE COULD CAUSE SOIL TO SLIDE DOWN, THAT'S CALLED AN ACTIVE

09:56:26  7    ZONE.  AS THE LEVEE WOULD SLIDE DOWN AND TO THE RIGHT, IN THIS CASE,

09:56:31  8    IT WOULD MOVE A ZONE CALLED THE CENTRAL BLOCK LATERALLY, AND THEN

09:56:39  9    EVENTUALLY AT SOME POINT IT WOULD MOVE A ZONE CALLED THE PASSIVE

09:56:46 10    ZONE UP AND TO THE RIGHT.

09:56:49 11         SO WHAT STABILITY ANALYSIS IS ABOUT IS MAKING SURE THAT

09:56:52 12    THE WEIGHT OF THE LEVEE HERE IS SUFFICIENTLY GREATER THAN THE

09:56:57 13    STRENGTH OF THE SOIL SO THAT THE LEVEE DOESN'T MOVE DOWN AND THE

09:57:00 14    CENTRAL BLOCK MOVE LATERALLY AND THE PASSIVE ZONE MOVE UP AND OUT

09:57:05 15    (INDICATING).  THEY WOULD HAVE ANALYZED MANY, MANY POSSIBLE FAILURE

09:57:09 16    SURFACES BY TRIAL AND ERROR TO FIND THE LOWEST ONE.

09:57:13 17         IN THIS CASE, WHERE THE FACTOR SAFETY IS 1.11, THAT WOULD

09:57:17 18    HAVE HAD THE LOWEST FACTOR OF SAFETY, AND IT WOULD MEAN THAT THAT

09:57:21 19    SOIL ONLY HAD 11 PERCENT MORE STRENGTH THAN IT NEEDED TO BE STABLE,

09:57:26 20    WHICH IS A VERY SMALL MARGIN.  AND I WOULD CALL YOUR ATTENTION THAT

09:57:30 21    IN THIS CASE, THE CRITICAL -- THE LOCATION OF THE CRITICAL SLIDING

09:57:34 22    SURFACE WOULD HAVE BEEN OUT INTO THE GULF INTRACOASTAL WATERWAY.

09:57:39 23         IF WE LOOK AT TEST SECTION 2, WHERE THEY PROVIDED A LONGER

09:57:43 24    BERM OUT INTO THE WATERWAY, BUT THERE'S ALSO A LARGER ZONE OF WEAK

09:57:49 25    SOIL, IT WAS FOUND TO BE AN EVEN LOWER FACTOR OF SAFETY, ONLY FIVE

09:57:55  1  PERCENT RESERVE STRENGTH, AND AGAIN, THE CRITICAL FAILURE SURFACE

09:57:59  2  MOVES THROUGH THAT LOAD SOIL BUT COMES UP ON THE BERM RIGHT AT THE

09:58:04  3  WATER'S EDGE WITH 1.05, AND A SLIGHTLY BETTER FAILURE SURFACE GOES

09:58:09  4  SOMEWHAT DEEPER.  I GUESS BOTH OF THESE LOOK LIKE THEY EXIT AT THAT

09:58:13  5  SAME POINT ON THE WATER'S EDGE.

09:58:14  6         AS A RESULT OF THAT, AT TEST SECTION 3, WHERE THEY HAVE

09:58:24  7  DESIGNED WITH A LONGER BERM, THIS BERM COMES OUT, I THINK, ABOUT --

09:58:25  8  WELL, WE CAN READ THE SCALE, 20 TO 50 FEET GREATER ALONG THE ASSUMED

09:58:30  9  SLIDING SURFACE OR THE CRITICAL ASSUMED SLIDING SURFACE, THE FACTOR

09:58:33 10  SAFETY IS 1.26.  AND IF THAT WERE TO FAIL, IT ALSO WOULD FAIL OUT

09:58:39 11  INTO THE CHANNEL.  BUT, IN FACT, IT WOULD NOT BE EXPECTED TO AND IT

09:58:44 12  DID NOT IN THE FIELD PROTOTYPE TEST BECAUSE WITH THAT FACTOR OF

09:58:47 13  SAFETY, THE SOIL HAD A 26 PERCENT RESERVE STRENGTH.

09:58:50 14         THE COURT:  IS THE BOTTOM LINE, SIR, AND PLEASE, THAT THE

09:58:56 15  LONGER THE BERM, THE SAFER THE -- THE MORE STABLE THE LEVEE WOULD

09:59:03 16  BE?

09:59:03 17         THE WITNESS:  YES, SIR, I THINK I CAN ANSWER THAT.  AS YOU

09:59:06 18  MAKE THE BERM LONGER, YOU MOVE OUT THIS SMALL PASSIVE ZONE, SO YOU

09:59:13 19  FORCE ANY FAILURE TO OCCUR OVER A LONGER DISTANCE.  FOR EVERY FOOT

09:59:17 20  OF LENGTH THAT YOU ADD WITH THE BERM, THE LATERAL PART OF THIS

09:59:21 21  SURFACE GAINS 200 TO 400 POUNDS OF RESISTANCE.

09:59:25 22         THE COURT:  AND THAT'S ONE OF THE THINGS THAT THIS

09:59:29 23  EXPERIMENT DEMONSTRATED?

09:59:30 24         THE WITNESS:  YES.  THE PURPOSE OF THIS EXPERIMENT WAS

09:59:33 25  ESSENTIALLY TO BE SURE THAT THE PERFORMANCE OF A PROTOTYPE, THE REAL

09:59:37 1   EMBANKMENT WOULD BE CONSISTENT WITH THE FINDINGS OF THESE ANALYSES

09:59:42 2   AND WHETHER THAT FACTOR OF SAFETY WOULD BE SUFFICIENT TO PREVENT A

09:59:45 3   SLIDING FAILURE.

09:59:46 4          THE COURT:  AND THE FACTOR MATHEMATICALLY, YOU COULD

09:59:50 5   CALCULATE IT BASED ON THE SIZE OF THE LEVEE AND THE LENGTH OF THE

09:59:56 6   BERM?

09:59:56 7          THE WITNESS:  THAT'S EXACTLY WHAT YOU DO.  YOU -- I'VE

10:00:00 8   USED AT LEAST SIX SLOPE STABILITY PROGRAMS AND WROTE ONE MYSELF, AND

10:00:05 9   I'VE BEEN ON COMMITTEES TO DEVELOP THEM.  ESSENTIALLY, YOU TAKE THIS

10:00:10 10  ACTIVE ZONE, THE TRIANGLE HERE, AND YOU CALCULATE THE WEIGHT OF THAT

10:00:13 11  MATERIAL, AND THEN USING THE SHEAR STRENGTH, YOU CALCULATE FORCES

10:00:17 12  ALONG THAT INCLINED SURFACE THAT WOULD TEND TO RESIST THAT WEIGHT,

10:00:23 13  AND THEN WHATEVER FORCE IS LEFT TENDS TO MOVE THE CENTRAL ZONE TO

10:00:26 14  THE RIGHT (INDICATING).  AND THEN YOU CALCULATE THE STRENGTH OF THE

10:00:29 15  SOIL ALONG THE BASE OF THAT SLIDING ZONE.

10:00:35 16         AND IF THE REMAINING FORCES CAUSING LATERAL INSTABILITY TO

10:00:38 17  THE RIGHT STILL EXCEED THE SHEAR STRENGTH ALONG THAT SLIDING ZONE,

10:00:42 18  YOU TAKE THAT FORCE AND PUSH IT ON THE CENTRAL BLOCK, WHICH HAS TO

10:00:46 19  MOVE BOTH TO THE RIGHT AND UP, SO YOU CALCULATE THE WEIGHT OF THE

10:00:49 20  CENTRAL BLOCK.

10:00:50 21         WHEN YOU DO ALL OF THOSE CALCULATIONS AND YOU COMPARE ALL

10:00:54 22  OF THOSE WEIGHTS AND FORCES CAUSING LATERAL MOVEMENT TO THE RIGHT,

10:01:01 23  THEN YOU COMPARE THOSE TO ALL OF THE FORCES GENERATED BY THE

10:01:03 24  STRENGTH OF THE SOIL RESISTING THAT MOVEMENT.  WHAT YOU HAVE HERE

10:01:08 25  WITH A FACTOR SAFETY 1.26 IS THAT THEY'RE 26 PERCENT GREATER

10:01:16 1    RESISTING FORCES.

10:01:16 2              THE COURT:  THANK YOU, SIR.

10:01:19 3    BY MR. STONE:

10:01:19 4    Q.  DOES THIS ANALYSIS FOR TEST SECTION 3 GO ALL THE WAY DOWN TO

10:01:25 5    MINUS 50 APPROXIMATELY, AN ELEVATION OF MINUS 50?

10:01:31 6    A.  AS FAR AS I CAN TELL FROM THAT FIGURE, THEY HAVE ONLY SHOWN

10:01:38 7    ANALYSIS DOWN TO MINUS 20.  BUT THERE MAY HAVE BEEN ANALYSIS FURTHER

10:01:44 8    DOWN THAT WERE NOT CRITICAL.  BECAUSE, AS YOU WOULD GO FURTHER DOWN,

10:01:48 9    YOU WOULD -- A SLIDING SURFACE WOULD CUT INTO THESE MUCH STRONGER

10:01:51 10   CLAYS, AND WHILE YOU WOULD GAIN MORE WEIGHT ON THE DRIVING ZONE, YOU

10:01:58 11   WOULD ALSO GAIN MORE WEIGHT ON THE RESISTING ZONE.

10:02:01 12             SO THE STANDARD PROCEDURE WOULD BE TO TRY A WHOLE VARIETY

10:02:05 13   OF FAILURE SURFACES, WE'LL SEE THAT IN MANY NEW ORLEANS DRAWINGS,

10:02:09 14   BUT THEY ONLY REPRESENTED THE ONES THAT WERE THE LOWEST.

10:02:12 15   Q.  THIS STABILITY ANALYSIS IS PERFORMED OVER SOFT SOILS HERE,

10:02:19 16   CORRECT, SIR?

10:02:23 17   A.  IT'S PERFORMED THROUGH SOFT SOILS.

10:02:23 18   Q.  AND IF IT'S PERFORMED THROUGH SOFT SOILS, IT DOESN'T MATTER WHAT

10:02:27 19   THE SOFT SOILS ARE CALLED, CORRECT, WHETHER THEY'RE CALLED AN

10:02:31 20   INTERDISTRIBUTARY LAYER OR BY ANY OTHER DESCRIPTION?

10:02:34 21   A.  THE ONLY THING IMPORTANT REGARDING THE SOILS AND THE SLOPE

10:02:37 22   STABILITY ANALYSIS IS THE WEIGHT OF THE MATERIALS AND THOSE SHEAR

10:02:41 23   STRENGTH VALUES THAT ARE PRESENTED IN THE UPPER RIGHT.

10:02:43 24   Q.  YOU TOUCHED ON THE FACTORS OF SAFETY.  WHAT DID THE

10:02:49 25   DETERMINATION -- WHAT DETERMINATION CAME OUT OF THIS TESTING THAT

10:02:54  1    WAS LATER USED FOR THE MRGO REGARDING FACTORS OF SAFETY?

10:02:57  2    A.   THE DETERMINATION WAS THAT LEVEE DESIGN IN THE NEW ORLEANS

10:03:05  3    DISTRICT OF THE CORPS OF ENGINEERS ON SOFT CLAYS REQUIRED A FACTOR

10:03:08  4    OF SAFETY OF AT LEAST 1.3 FOR THE END-OF-CONSTRUCTION CONDITION

10:03:12  5    HERE.   FROM THESE RESULTS, AT TEST SECTION 2, WHERE THE FACTOR OF

10:03:17  6    SAFETY WAS ONLY 1.07, THEY, IN FACT, DID OBSERVE LATERAL MOVEMENTS

10:03:23  7    AND THEY OBSERVED CRACKING AT THE CROWN.

10:03:26  8         AT TEST SECTION 3, WHERE THE FACTOR OF SAFETY WAS 1.26,

10:03:31  9    THEY ALSO OBSERVED SOME LATERAL DEFORMATION WITHIN THE SOIL, BUT

10:03:38 10    THEY OBSERVED THAT IT WAS SLOWING DOWN WITH TIME AND THERE WAS NO

10:03:40 11    CRACKING AT THE CROWN, AND SO THAT WAS FELT TO BE JUST AN ADJUSTMENT

10:03:45 12    OF THE UNDERLYING SOILS TO THE WEIGHT OF THE LEVEE, NOT A FAILURE.

10:03:49 13         THE COURT:   DOES THERE COME A TIME IN THE LIFE OF A LEVEE

10:03:53 14    SUCH AS THIS, WE'LL SAY, ON THESE TYPES OF SOILS, CONSTRUCTED ON

10:03:57 15    THESE TYPES OF SOILS, WHERE THE FREQUENCY OF RESHAPING AND LIFTS

10:04:02 16    DIMINISHES?   IN OTHER WORDS, AS THE CONTINUUM GOES ON, SHOULD THE

10:04:11 17    FREQUENCY OF AMELIORATING THE EFFECT ULTIMATELY STABILIZE?

10:04:25 18         THE WITNESS:   IT SHOULD ULTIMATELY STABILIZE FOR THESE

10:04:25 19    LEVEES, WHICH ARE VERY SOFT.   IT MIGHT BE MORE THAT, WITH TIME, THE

10:04:29 20    SETTLEMENTS GET SLOWER AND SLOWER AND SLOWER AT LEAST.   SO THE SOIL

10:04:34 21    DOES GET STRONGER WITH TIME AND THE COMPRESSIBILITY OF THE SOIL

10:04:38 22    GETS -- THE SOIL GETS STIFFER WITH TIME.   SO AFTER EACH LIFT, THE

10:04:47 23    SOIL IS STRONGER WITH TIME AND IS LESS COMPRESSIBLE WITH TIME.   BUT

10:04:51 24    BECAUSE THE SETTLEMENTS ARE VERY LARGE, IT CAN TAKE A NUMBER OF

10:04:55 25    LIFTS.

10:04:55  1              THE COURT:  ALL RIGHT.  THANK YOU.

10:04:56  2    BY MR. STONE:

10:05:01  3    Q.  BY CHOOSING A FACTOR OF SAFETY THAT'S LARGE ENOUGH, DO THE LEVEE

10:05:07  4    DESIGNERS CONTROL THE MOVEMENT OF THESE UNDERLYING SOILS, WHETHER

10:05:12  5    TOWARD THE WATERWAY OR OTHERWISE?

10:05:14  6    A.  YES.

10:05:15  7    Q.  LET'S TURN TO PAGE 193, FIRST FULL PARAGRAPH.  YOU MAY HAVE

10:05:28  8    COVERED THIS ALREADY.  BUT I JUST WANT TO MAKE SURE THAT -- DOES

10:05:40  9    THIS PARAGRAPH EXPLAIN WHY LATERAL MOVEMENT OF THE LEVEES IS LESS

10:05:45 10    FOR ONE TEST LEVEE THAN FOR THE OTHER?

10:05:46 11    A.  YES.  THIS WAS THE BASIS OF THE SELECTING OF 1.3 FOR

10:05:51 12    CONSTRUCTION.

10:05:53 13              MR. STEVENS:  EXCUSE ME, ARE WE GOING IN AND OUT OF THE

10:05:55 14    PROFFER BECAUSE I'M NOT SURE IF WE'RE IN THE PROFFER OR --

10:05:55 15              THE COURT:  WE ARE NOT IN THE PROFFER.

10:05:55 16              MR. STONE:  WE'RE NOT IN THE PROFFER.

10:05:58 17              MR. STEVENS:  THEN WE OBJECT TO THIS AS BEING BEYOND THE

10:06:00 18    SCOPE OF HIS REPORT.  ANY DISCUSSION OF LATERAL.

10:06:05 19              MR. STONE:  I BELIEVE THIS IS RIGHT WITHIN THE HEART OF

10:06:10 20    THE STABILITY --

10:06:10 21              THE COURT:  I AM GOING TO OVERRULE THE OBJECTION.  I AM

10:06:12 22    GOING TO OVERRULE THE OBJECTION.

10:06:12 23    BY MR. STONE:

10:06:13 24    Q.  DO YOU KNOW WHETHER THE CONCLUSION DRAWN AT PAGE 193 FOR

10:06:14 25    REDUCING SHEAR STRESSES IN TEST SECTION 3 WAS ADOPTED FOR THE

10:06:18  1    HURRICANE PROTECTION SYSTEM AT ISSUE IN THIS CASE?

10:06:21  2    A.  CAN YOU RESTATE THE QUESTION?

10:06:23  3    Q.  YES.  THE CONCLUSION, THE 1.3 SAFETY FACTOR OR AT LEAST HIGHER

10:06:28  4    THAN --

10:06:29  5    A.  THIS PARAGRAPH ESSENTIALLY WOULD HAVE LED TO THE RECOMMENDATION

10:06:33  6    OF 1.3.  AND, IN FACT, 1.3, I BELIEVE, WAS AROUND AT THE TIME.  THIS

10:06:40  7    SHOWED THAT ONE COULD NOT GO ANY LOWER THAN 1.3.

10:06:44  8         I'LL READ:  "IT IS SIGNIFICANT TO NOTE THAT WHILE THE

10:06:46  9    NEW-INDUCED LEVEE LOAD IS THE SAME AT BOTH TEST SECTIONS 2 AND 3,

10:06:51 10    THE SETTLEMENT AND LATERAL MOVEMENT AT TEST SECTION 2," THAT'S WITH

10:06:55 11    THE SHORTER BERM, "ARE GREATER THAN TEST SECTION 3.  WHILE THESE

10:06:59 12    DIFFERENCES COULD BE DUE TO MINOR VARIATIONS IN THE FOUNDATION, IT

10:07:03 13    IS LIKELY THAT THE SMALLER MOVEMENTS AT TEST SECTION 3 ARE THE

10:07:06 14    RESULT OF REDUCED SHEAR STRESSES IN THE FOUNDATION DUE TO THE

10:07:10 15    STABILIZING EFFECT OF THE LARGER BERMS DESIGNED FOR A HIGHER FACTOR

10:07:13 16    OF SAFETY.  AS OF MAY 1966, CRACKS HAVE NOT DEVELOPED IN THE SURFACE

10:07:21 17    OF TEST SECTION 3."

10:07:21 18         BUT THE POINT I WOULD MAKE HERE IS THAT AS PART OF THE

10:07:24 19    SLOPE STABILITY PROBLEM, WHEN YOU PUT A LOAD ON A SOIL, IN ADDITION

10:07:29 20    TO IT ADJUSTING, IT DEFORMS, AND THE SLOPE STABILITY ANALYSIS

10:07:34 21    EXPLICITLY IS ABOUT MAKING SURE THAT A LARGE UNCONTROLLED LATERAL

10:07:40 22    DISPLACEMENT DOES NOT OCCUR.  AND IT DID AT TEST SECTION 2.

10:07:44 23    Q.  SO IN CHOOSING A FACTOR OF SAFETY OF 1.3 AND DOING COMPLETE

10:07:52 24    STABILITY ANALYSES BASED ON THE EXISTING SOIL CONDITIONS UNDERNEATH

10:07:58 25    THE LEVEES BEING ANALYZED, THE CORPS IS EFFECTIVELY CONTROLLING HOW

10:08:04 1    THE COMPRESSIBILITY OF THOSE SOILS AND THE MOVEMENT OF THOSE SOILS

10:08:08 2    OCCURS, CORRECT, SIR?

10:08:09 3    A.  THEY'RE LIMITING THOSE MOVEMENTS TO WITHIN A PREDICTABLE AND,

10:08:15 4    AGAIN, TOLERABLE RANGE.

10:08:17 5    Q.  ARE THESE ISSUES EVALUATED AND ACCOUNTED FOR IN THE DESIGN PHASE

10:08:22 6    WHEN BUILDING LEVEES?

10:08:24 7    A.  YES.

10:08:25 8    Q.  AND HOW IS THAT DONE?

10:08:26 9    A.  BY PROVIDING AN APPROPRIATE FACTOR OF SAFETY.

10:08:30 10   Q.  AND IF THAT FACTOR OF SAFETY FOR THE ORIGINAL CONSTRUCTION IS

10:08:35 11   1.3, DOES THAT INCREASE OR REDUCE AS THE LEVEE SETTLES AND COMPACTS

10:08:43 12   AND BECOMES STRONGER?

10:08:45 13   A.  IT BEGINS INCREASING IMMEDIATELY.  THE CRITICAL CONDITION FOR

10:08:50 14   BUILDING ON SOFT CLAY IS CALLED THE END-OF-CONSTRUCTION CONDITION.

10:08:53 15   IF YOU BUILD THAT LEVEE, IT ESSENTIALLY EITHER STANDS UP OR STARTS

10:08:59 16   TO FAIL IMMEDIATELY, AND IF IT DOES NOT FAIL IMMEDIATELY AND THE

10:09:03 17   SOIL STARTS SETTLING, THE SOIL GAINS STRENGTH AND THE FACTOR OF

10:09:07 18   SAFETY INCREASES.

10:09:10 19   Q.  LET'S GO TO --

10:09:18 20        MR. STONE:  EXCUSE ME A MINUTE, YOUR HONOR.

10:09:36 21   BY MR. STONE:

10:09:37 22   Q.  LET'S GO TO DX 0451, THAT'S DR. BEA'S EXPERT REPORT OF

10:09:44 23   JULY 2008, DECLARATION ONE.  AND LET'S GO TO PAGE 164.  DO YOU

10:10:05 24   RECOGNIZE THAT FIGURE 147, DR. WOLFF, AS A FIGURE THAT COMES FROM

10:10:12 25   THE TESTING AT THE ATCHAFALAYA?

10:10:16  1   A.   PART OF THAT FIGURE COMES FROM THAT AND THEN OTHER INFORMATION

10:10:19  2   HAS BEEN ADDED TO IT.

10:10:19  3   Q.   CAN YOU DESCRIBE WHAT'S BEEN ADDED --

10:10:23  4              THE COURT:  YES.

10:10:24  5              MR. STEVENS:  I'M SORRY, IF I CAN JUST MAKE THIS GENERAL,

10:10:26  6   YOUR HONOR.  THIS IS ABOUT LATERAL DISPLACEMENT, AND THIS WITNESS

10:10:28  7   HAS NOT ADDRESSED THIS ISSUE PRIOR TO NOW.  IN HIS REPORT OR

10:10:33  8   DEPOSITION.

10:10:33  9              MR. STONE:  WE'RE GOING TO ADDRESS THIS FROM THE POSITION

10:10:36 10   OF FACTORS OF SAFETY AND STABILITY OF THE LEVEE, YOUR HONOR.

10:10:39 11              THE COURT:  WHICH WERE ADDRESSED IN HIS REPORT.

10:10:44 12              MR. STONE:  DR. BEA CAN SAY ANYTHING HE WANTS, BUT THIS

10:10:51 13   WITNESS IS FACTORS OF SAFETY.

10:10:52 14              THE COURT:  I AM GOING TO ALLOW IT SUBJECT TO THE

10:10:52 15   OBJECTION.

10:10:52 16   BY MR. STONE:

10:10:53 17   Q.   CAN YOU DESCRIBE WHAT THIS FIGURE IS DEPICTING?

10:10:55 18   A.   YES.  FIRST OF ALL, LET ME POINT OUT IN THE, NOT THE CAPTION,

10:11:00 19   BUT THE SUBTITLE, COMPARISON OF TOTAL LATERAL MOVEMENTS, EABPL,

10:11:09 20   THAT'S EAST ATCHAFALAYA BASIN PROJECT LEVEE, TEST SECTION 2, FWS,

10:11:14 21   WHICH IS FLOODWAY SIDE.

10:11:14 22   Q.   IS THERE A SIGNIFICANCE IN THIS?

10:11:15 23   A.   THE SIGNIFICANCE OF THAT IS THAT DR. BEA HAS CHOSEN TO

10:11:18 24   ILLUSTRATE IN HIS REPORT TEST SECTION 2, WHICH WE JUST SAW HAD A

10:11:21 25   FACTOR OF SAFETY OF 1.07.  IT REFLECTS THE DESIGN, THE TRIAL DESIGN

10:11:28 1   WITH THE FACTOR OF SAFETY THAT THE CORPS DID NOT USE FOR FURTHER

10:11:32 2   CONSTRUCTION.  SO IT'S NOT A TEST SECTION THAT'S RELEVANT TO CORPS

10:11:37 3   DESIGN.

10:11:37 4        SECONDLY, THERE ARE TWO SETS OF LINES ON THIS FIGURE.  THE

10:11:41 5   SOLID LINES ON THE FIGURE, WHICH SHOW LATERAL MOVEMENT AT THREE

10:11:46 6   DIFFERENT DISTANCES FROM THE LEVEE, ARE THE ONES FROM THE 1966

10:11:51 7   KAUFMAN AND WEAVER PAPER.  THE DASHED LINES, WHICH SAY COMPUTED, ARE

10:11:58 8   FROM THE CITED PAPER IN THE CAPTION, EDGERS 1973, WHICH I HAVE NOT

10:12:04 9   REVIEWED BUT I UNDERSTAND TO BE A PH.D. DISSERTATION FROM

10:12:08 10  MR. EDGERS.

10:12:09 11        WHAT MR. EDGERS IS DOING THERE WHERE IT SAYS COMPUTED RUN

10:12:14 12  24 IS, HE IS ATTEMPTING TO CALIBRATE A NUMERICAL MODEL AGAINST WHAT

10:12:19 13  WAS OBSERVED HERE.  MR. BEA, IN HIS REPORT, USES THIS FIGURE AND

10:12:23 14  STATES IN THE TEXT THAT MOVEMENT UP TO THREE FEET OCCURRED, AND IF

10:12:28 15  YOU WILL LOOK UP IN THIS REGION HERE AT 75 MONTHS, THE ACTUAL

10:12:35 16  MOVEMENT, THE SOLID LINE IS TWO FEET AND MR. EDGER'S COMPUTED

10:12:43 17  MOVEMENT IS THREE FEET (INDICATING).  MR. BEA REPRESENTS MR. EDGER'S

10:12:50 18  COMPUTED MOVEMENT AS THE ACTUAL MOVEMENT.

10:12:52 19  Q.  DR. BEA?

10:12:53 20  A.  I'M SORRY, DR. BEA.

10:12:54 21        AND FINALLY, DR. BEA IN HIS TEXT MAKES -- REFERS TO THE

10:12:58 22  FACT THAT THERE WERE MOVEMENTS EVEN 300 FEET AWAY FROM THE LEVEE,

10:13:03 23  AND THERE'S NO BASIS FOR THAT BECAUSE THE FARTHEST INCLINOMETER

10:13:14 24  HERE, OR SLOPE INDICATOR, SI 4-B, WAS LOCATED ONLY 185 FEET FLOODWAY

10:13:18 25  SIDE OF THE CENTER LINE OF THE LEVEE.

FINAL DAILY COPY

10:13:20  1          SO THE TEST SECTION IS NOT APPLICABLE, AND WHAT HE

10:13:22  2   EXTRACTS FROM THE FIGURE REGARDING MOVEMENTS AND SO FORTH IS FROM

10:13:25  3   HIS PH.D. THESIS IN 1973, NOT FROM THE OBSERVED TEST DATA.

10:13:31  4   Q.  SO HE USES A FACTOR OF SAFETY THERE OF --

10:13:35  5   A.  HE USES A SECTION THAT HAD A FACTOR OF SAFETY OF 1.07.

10:13:45  6   Q.  AND THE FACTOR OF SAFETY THAT THE CORPS USES FOR DESIGNING THE

10:13:45  7   LEVEES IS ABSOLUTELY 1.3 OR BETTER, CORRECT?

10:13:47  8   A.  THEY OBSERVED 1.26, THEY THEN USED 1.3 FOR DESIGN, AND WE'LL SEE

10:13:52  9   THAT THE ACTUAL FACTOR OF SAFETY WERE IN EXCESS OF 1.3.

10:13:55 10   Q.  LET'S GO TO PAGE 174 OF THAT SAME REPORT.  CAN YOU DESCRIBE

10:14:05 11   WHAT'S HAPPENING IN THESE FIGURES OF DR. WOLFF'S -- DR. BEA'S?

10:14:10 12   SORRY.

10:14:12 13   A.  CAN WE FOCUS ON THE TOP FIGURE.  DR. BEA -- IT IS NOT CLEAR,

10:14:24 14   REALLY, HOW DR. BEA HAS USED THIS FIGURE BECAUSE THE FIGURE IS NOT

10:14:29 15   WHAT IT'S REPORTED TO BE IN THE CAPTION.  THE CAPTION SAYS,

10:14:33 16   REDUCTION IN EFFECTIVE UNDRAINED SOIL SHEAR STRENGTH AS A FUNCTION

10:14:37 17   OF LONG-TERM DURATION-APPLIED STRESSES.  IN FACT, IF WE LOOK AT THE

10:14:44 18   Y AXIS, NORMALIZED UNDRAINED SHEAR STRENGTH, $S_U$ OVER SIGMA PRIME VM,

10:14:54 19   THAT'S ALSO COMMONLY KNOWN AS $S_U$ OVER P, THAT IS A MEASURE OF THE

10:14:58 20   SOIL STRENGTH.  IT TELLS YOU HOW GREAT THE SOIL STRENGTH IS AS A

10:15:02 21   FRACTION OF THE OVERLYING STRESS OF THE SOIL.  TYPICALLY FOR THESE

10:15:07 22   SOFT CLAYS, THE NUMBER WOULD BE .25 TO .3.  BUT THAT IS THE VALUE,

10:15:14 23   AND IT IS NOT A REDUCTION FACTOR TO THE VALUE.

10:15:17 24   Q.  LET'S GO TO PAGE 176 IN THAT SAME REPORT.  CAN YOU DESCRIBE WHAT

10:15:27 25   DR. BEA IS DOING IN THESE TWO FIGURES?

FINAL DAILY COPY

10:15:31  1   A.  I WILL TRY TO DESCRIBE WHAT HE IS DOING.  HE SHOWS HERE $S_U$ OVER

10:15:38  2   P, WHICH WOULD BE THE SAME AS THE $S_U$ OVER SIGMA PRIME IN THE

10:15:43  3   PREVIOUS FIGURE.  A VALUE --

10:15:44  4           THE COURT:  THE OBJECTION IS MADE GENERALLY, SIR.

10:15:47  5           MR. STEVENS:  YOUR HONOR, THIS IS THE SUPPLEMENTAL REPORT

10:15:49  6   OF APRIL 3RD THAT WAS IN THE PROFFER.

10:15:52  7           MR. STONE:  NO, IT ISN'T.

10:15:53  8           THE WITNESS:  NO, THIS IS IN THE JULY REPORT, SIR.

10:15:55  9           MR. STEVENS:  I WITHDRAW MY OBJECTION.

10:15:56 10           THE COURT:  ALL RIGHT.  THANK YOU, SIR.  YOUR OTHER

10:15:58 11   OBJECTION IS MADE GENERAL.

10:16:00 12           MR. STEVENS:  YES, THANK YOU.  I THOUGHT THIS WAS A WHOLE

10:16:02 13   NEW TOPIC.

10:16:03 14           THE COURT:  ALL RIGHT.

10:16:04 15           THE WITNESS:  THIS WAS MADE IN JULY OF 2008.

10:16:07 16           THE 0.26 WOULD BE THE $S_U$ OVER P RATIO AND WOULD BE A

10:16:12 17   COMMON NUMBER FOR THESE CLAYS.  THE NUMBER IN FRONT OF THAT, 0.7 OR

10:16:20 18   0.6, APPEARS TO BE A REDUCTION FACTOR, BUT I CAN FIND NO BASIS FOR

10:16:24 19   WHY THAT FACTOR IS APPLIED.  AND BY APPLYING THAT FACTOR, YOU TAKE

10:16:28 20   THE STRENGTH DOWN SOME 30 OR 40 PERCENT AND THEN FIND, IN FACT,

10:16:34 21   CALCULATE FACTORS OF SAFETY OF 1.1 OR 0.99.  WERE THOSE FACTORS OF

10:16:51 22   SAFETY CORRECT, AND AGAIN, THIS IS FOR THE END-OF-CONSTRUCTION

10:16:51 23   CONDITION, WE WOULD HAVE SEEN AT THE TIME THAT THAT LEVEE WAS RAISED

10:16:51 24   TO THAT PARTICULAR CONFIGURATION WITH THAT LOW A FACTOR OF SAFETY,

10:16:55 25   THAT WOULD, IN FACT, IMPLY A FAILURE, AND WE WOULD HAVE SEEN A CRACK

10:17:01  1   RIGHT AT THIS POINT, WHERE THE GREEN SOIL, WHICH IS MOVING DOWN AND

10:17:05  2   LATERALLY TO THE LEFT IN THIS CASE, WOULD BE SLIDING PAST THE PINK

10:17:09  3   SOIL, WHICH WOULD REMAIN IN PLACE (INDICATING).  SO WE WOULD SEE

10:17:12  4   LEVEE DISTRESS AND TILTING AND ESSENTIALLY A ROTATION OF THIS ENTIRE

10:17:19  5   MASS ALONG THIS CIRCULAR SLIDE PLANE.

10:17:22  6           FINALLY, I WOULD SUGGEST THAT FROM THE JULY 2008 REPORT,

10:17:27  7   THIS IS REALLY QUITE DIFFICULT TO FOLLOW BECAUSE IF YOU LOOK AT

10:17:33  8   CORPS SLOPE STABILITY ANALYSES, THEY WILL GIVE YOU WEIGHTS AND

10:17:35  9   STRENGTHS OF ALL OF THE DIFFERENT SOIL LAYERS, AND THERE WOULD BE

10:17:38 10   QUITE A FEW.  IN THIS CASE, WE SIMPLY HAVE THIS ONE STRENGTH

10:17:43 11   PARAMETER AND NOTHING CLEAR ABOUT WHAT THE STRENGTH OF THE LEVEE

10:17:49 12   SOIL WOULD BE, WHAT THE STRENGTH OF THE BERMS OR THEIR WEIGHTS OR

10:17:51 13   ANYTHING ELSE.  THIS IS NOT A VERY WELL-DOCUMENTED SLOPE STABILITY.

10:17:57 14   BY MR. STONE:

10:17:58 15   Q.  FIRST, LET ME ASK YOU, SINCE THIS HAS A FACTOR OF SAFETY OF

10:18:03 16   1.164 AND .99, THAT'S STILL CONSISTENT WITH THE TYPES OF NUMBERS YOU

10:18:10 17   WOULD GET AT A TEST LIKE TWO IN THE ATCHAFALAYA, BUT IT IS NOT

10:18:14 18   CONSISTENT WITH THE FACTORS OF SAFETY USED FOR THE REACH 2 LEVEES,

10:18:18 19   IS IT, SIR?

10:18:19 20   A.  THAT'S CORRECT.  THAT'S EXACTLY THE ISSUE AROUND TEST SITE 2,

10:18:23 21   HAVING THE CRACKING AND DISPLACEMENT AND NOT SITE 3.

10:18:27 22   Q.  LET'S MOVE TO THE BOTTOM OF THAT PAGE, WHERE DR. BEA DRAWS

10:18:32 23   CONCLUSIONS FROM THERE, PARAGRAPH 159.  AND CAN YOU BLOW THAT UP,

10:18:36 24   AND THE REST OF THE PARAGRAPH IS ON THE NEXT PAGE SO WE CAN SEE WHAT

10:18:40 25   DR. BEA CONCLUDES FROM THESE ANALYSES.  CAN YOU READ THAT FOR THE

10:18:50 1    RECORD, DR. WOLFF?

10:18:51 2    A.   "IT IS CLEAR," -- I AM READING PARAGRAPH 159 -- "IT IS CLEAR

10:18:56 3    THAT IN SOME CASES THE MRGO CHANNEL BANKS WERE ALLOWED BY THE U.S.

10:19:00 4    ARMY CORPS OF ENGINEERS TO ENCROACH INTO THE CRITICAL AREAS ADJACENT

10:19:04 5    TO THE EBSBS.   THESE ENCROACHMENTS ENDANGERED THE ELEVATION AND

10:19:09 6    STABILITY OF THE EBSBS.   THE OBSERVATIONS AND ANALYSES INDICATE THAT

10:19:13 7    LATERAL SQUEEZING OF THE UNDERLYING MARSH AND CLAY LAYERS INTO THE

10:19:17 8    ADJACENT MRGO CHANNEL RESULTED IN SIGNIFICANT DECREASES IN THE CROWN

10:19:21 9    ELEVATION OF THE EBSBS.   NO DOCUMENTATION OF PRECAUTIONS TAKEN OR

10:19:26 10   ANALYSES PERFORMED BY THE U.S. ARMY CORPS OF ENGINEERS TO ASSURE

10:19:30 11   THAT THE INTEGRITY AND STABILITY OF THE EBSBS WAS NOT ENDANGERED

10:19:34 12   COULD BE FOUND DURING THIS STUDY.   SIMILAR OBSERVATIONS APPLY TO THE

10:19:45 13   RECENT CONSTRUCTION OF SOIL BORROW PITS BY THE U.S. ARMY CORPS OF

10:19:45 14   ENGINEERS ADJACENT TO THE PROTECTED SIDES OF THE MRGO REACH 2

10:19:45 15   EBSBS."

10:19:45 16   Q.   BASED ON WHAT YOU'VE SEEN IN HIS DRAWINGS AND THE USES OF TEST

10:19:50 17   SITE 2 DATA, DO YOU FIND THAT THAT OPINION OF DR. BEA'S IS SUPPORTED

10:19:56 18   BY EVIDENCE?

10:19:57 19   A.   I FIND TO THE CONTRARY, SIR.

10:20:01 20   Q.   OKAY.   NOW, LATER I THINK, WHEN WE'RE LOOKING AT GEOTECHNICAL

10:20:06 21   REPORT FOR THE INVESTIGATION 2001, WE'RE GOING TO DEMONSTRATE THAT

10:20:13 22   THERE ACTUALLY WERE ANALYSES DONE BY THE CORPS THAT TOOK CARE OF

10:20:17 23   THIS KIND OF A SITUATION; IS THAT CORRECT?

10:20:19 24   A.   YES.   IN THE REPORTS THAT I REFERENCE IN MY REVIEW OF THE

10:20:23 25   DESIGN, WE WILL FIND EVIDENCE WHERE SLIDING INTO THE CHANNEL AND

10:20:28  1    SLIDING INTO LANDSIDE BORROW PITS WAS ANALYZED AND FOUND THE SAFETY

10:20:36  2    FACTORS AT STAKE.

10:20:36  3            MR. STONE:  FROM US, YOUR HONOR, THIS IS HOPEFULLY IS

10:20:37  4    ABOUT THE LAST TIME YOU'LL HEAR FROM THE ATCHAFALAYA TESTING.  WE'RE

10:20:41  5    GOING TO MOVE ON TO DESIGN MEMORANDUM 3 AT THIS POINT.

10:20:45  6            THE COURT:  ALL RIGHT.  THANK YOU, SIR.

10:20:48  7            CAN YOU CLEAR THE ANNOTATION THERE, DOCTOR?

10:20:52  8            THE WITNESS:  YES, SIR.

10:20:52  9    BY MR. STONE:

10:20:53 10    Q.  THE CHALMETTE AREA PLAN IS DX 1719, AND WE WANT TO GO TO THE

10:21:07 11    VERY SECOND PAGE.  THIS IS WHAT DR. WOLFF WAS LOOKING FOR A FEW

10:21:11 12    MINUTES AGO, YOUR HONOR.

10:21:13 13    A.  YES.

10:21:14 14    Q.  DOWN IN PARAGRAPH FIVE.

10:21:19 15    A.  THREE G, RIGHT THERE -- OH, THAT IS FIVE, I'M SORRY.

10:21:31 16    Q.  WHAT'S THE SIGNIFICANCE OF THE LAST SENTENCE IN PARAGRAPH FIVE,

10:21:36 17    DR. WOLFF?

10:21:37 18    A.  ACTUALLY, I'D LIKE TO POINT OUT SIGNIFICANCE BOTH BEFORE THAT

10:21:43 19    AND IN THE LAST SENTENCE.

10:21:44 20    Q.  PLEASE DO.

10:21:45 21    A.  THIS IS WHAT'S CALLED THE FIRST ENDORSEMENT OF THE -- THE NEW

10:21:50 22    ORLEANS DISTRICT OFFICE PREPARED THE DESIGN, AND THIS WOULD BE THE

10:21:54 23    DIVISION OFFICE, SPECIFICALLY, THIS WOULD HAVE BEEN MR. KAUFMAN AND

10:21:58 24    MR. WEAVER'S OFFICE, WRITING, THEN, COMMENTS ONTO THE DESIGN.

10:22:03 25            "AS INDICATED IN SUBPARAGRAPH 21, THE DATA ARE NOT

10:22:06 1    COMPLETELY ADEQUATE TO PERMIT THE LEVEE TO BE CONSTRUCTED IN STAGES

10:22:10 2    TO FINAL GRADE WITHOUT ADDITIONAL STUDIES.  IT IS LIKELY THAT THE

10:22:14 3    FIRST LIFT CAN BE CONSTRUCTED WITHOUT DIFFICULTY.  AFTER THIS

10:22:18 4    CONSTRUCTION, THE LEVEE SHOULD BE DIVIDED INTO REACHES, THE ADDED

10:22:21 5    STUDIES MADE FOR EACH REACH, AND THE RESULTING RECOMMENDED FIRST

10:22:25 6    SHAPING OR NEXT LIFT OR SUBSEQUENT LIFTS OR SHAPINGS FOR EACH REACH

10:22:29 7    SHOULD BE SUBMITTED TO LMVD FOR APPROVAL."

10:22:32 8          NOW, WHAT THAT PART MEANS, AND I'LL COME BACK IN A MINUTE

10:22:35 9    TO THE LAST SENTENCE, THAT PART MEANS THAT THEY'RE NOW GOING TO USE

10:22:40 10   THE OBSERVATIONAL METHOD IN PLANNING THIS LIFT CONSTRUCTION.  RATHER

10:22:48 11   THAN TO EVEN DESIGN THE SUBSEQUENT LIFTS, THEY'RE GOING TO --

10:22:48 12   THEY'VE DESIGNED THE FIRST LIFT AND WHEN THEY TALK ABOUT ADDITIONAL

10:22:51 13   STUDIES SUBMITTED TO LMVD FOR APPROVAL, THE RECORD WILL SHOW THAT AT

10:22:56 14   A NUMBER INCREMENTS IN TIME OVER THE YEARS THAT THEY'VE GONE BACK

10:23:02 15   OUT TO THE LEVEE THAT'S PARTIALLY CONSTRUCTED, TAKEN BORINGS, DID

10:23:07 16   SOIL TESTING, DID NEW STABILITY ANALYSIS TO EVALUATE THE GAIN AND

10:23:09 17   STRENGTH DUE TO CONSOLIDATION IN ORDER TO ENSURE THAT THE NEXT LIFT

10:23:13 18   WOULD BE STABLE, AND THERE ARE MULTIPLE EXAMPLES OF THAT.

10:23:16 19          THAT IS TERMED THE OBSERVATIONAL METHOD BECAUSE YOU

10:23:20 20   OBSERVE THE -- WHAT IS ACTUALLY HAPPENING AND COMPARE IT TO YOUR

10:23:23 21   CALCULATIONS.

10:23:24 22          IN THE LAST SENTENCE, "THIS PROCEDURE WOULD BE SIMILAR TO

10:23:27 23   THAT ADOPTED FOR ATCHAFALAYA GUIDE LEVEES."  BECAUSE THIS IS WRITTEN

10:23:32 24   BY THE DIVISION OFFICE GEOTECHNICAL BRANCH, THIS IS THE TIE OF

10:23:38 25   KAUFMAN AND WEAVER BACK TO THE EARLIER DOCUMENT.

10:23:46 1  Q.  AND I ZONED OUT THERE FOR A MINUTE.  DID YOU SPEAK TO THE LAST

10:23:48 2  SENTENCE?

10:23:49 3  A.  YES, I DID.  THAT IS THE TIE OF KAUFMAN AND WEAVER.

10:23:52 4  Q.  SORRY.

10:23:55 5  A.  THEY'RE REVIEWING THIS DESIGN.

10:23:59 6         MR. O'DONNELL:  YOU'RE THE ONLY ONE.

10:24:01 7         MR. STEVENS:  DIDN'T HAPPEN TO ME YET.  TODAY.

10:24:01 8  BY MR. STONE:

10:24:09 9  Q.  PLEASE TURN TO THE SIXTH ENDORSEMENT ON PAGE 18, PARAGRAPH TEN.

10:24:15 10 AND, SIR, CAN YOU SPEAK TO THE IMPORTANCE OF PARAGRAPH TEN AS FAR AS

10:24:22 11 CONNECTING KAUFMAN AND WEAVER TO THE ATCHAFALAYA?

10:24:27 12 A.  THIS, AGAIN, IDENTIFIES BOB KAUFMAN AND FRANK WEAVER FOR THE

10:24:32 13 LOWER MISSISSIPPI VALLEY DIVISION ALONG WITH A NUMBER ENGINEERS

10:24:38 14 FROM, INCLUDING FRED CHATRY, AND THEY STATE, AS AGREED TO AT THE

10:24:41 15 CONFERENCE AMONG THESE GENTLEMEN:  "WE SHALL CHECK THE FINAL LEVEE

10:24:45 16 LOCATION FOR STABILITY-ASSUMING EROSION OF THE ENTIRE FORESHORE TO

10:24:49 17 ELEVATION MINUS THREE.  (THE BOTTOM OF THE FORESHORE PROTECTION)."

10:24:54 18         AND A LITTLE LATER:  "DESIGN ANALYSES ACCOMPANYING THESE

10:24:58 19 PLANS AND SPECIFICATIONS DEMONSTRATE THE STABILITY OF THE FINAL

10:25:01 20 LEVEE SECTION RECOMMENDED IN THE GDM AGAINST FAILURE INTO THE MRGO

10:25:05 21 WITH THE CHANNEL WIDENED TO THE MAXIMUM WIDTH INCLUDING BOAT SLIPS.

10:25:09 22 FUTURE DESIGN ANALYSES WILL DEAL WITH THE ABOVE CONSIDERATION FOR

10:25:12 23 ALL LEVEES LOCATED ALONG THE MRGO."

10:25:15 24         SO PRIOR TO THIS, AND I MENTIONED THIS IN MY REPORT,

10:25:20 25 SOMEONE RAISES SOME ISSUES ABOUT CHANNEL EROSION IN THE UPPER PART

10:25:26 1   OF THE MRGO, AT VERY SHALLOW DEPTHS, AND THE DESIGNER'S RESPONSE IS

10:25:31 2   THAT THEY WILL PERFORM STABILITY ANALYSES ASSUMING THAT THE CHANNEL

10:25:36 3   IS COMPLETELY ERODED AWAY TO MINUS THREE.

10:25:39 4   Q.  AND WHAT'S THE SIGNIFICANCE OF THAT MINUS -- WELL, LET ME DO IT

10:25:42 5   THIS WAY.  LET'S GO TO JX 0356.  THIS IS DM 1B FROM 1958 AT PAGE

10:25:54 6   FIVE, JX 0356.  THE STATEMENT IS PULLED OUT OF THIS REPORT.

10:26:14 7   A.  AND THIS IS THE MRGO DESIGN MEMO.

10:26:18 8   Q.  I AM LOOKING FOR JX 0356.

10:26:25 9   A.  I BELIEVE YOU WANT PARAGRAPH 19.

10:26:41 10  Q.  WHAT'S THE SIGNIFICANCE OF THIS PARAGRAPH TO THAT STATEMENT,

10:26:44 11  THAT THEY WOULD DO A DESIGN ANALYSIS WITH THE MRGO ERODED DOWN TO A

10:26:49 12  MINUS THREE -- I'M SORRY, WITH A MRGO FORESHORE WOULD BE ERODED TO A

10:26:54 13  MINUS THREE TO THE LEVEE?

10:26:55 14  A.  THIS WAS -- THIS DOCUMENT IS THE DESIGN OF THE MRGO ITSELF, NOT

10:26:58 15  THE LEVEE.  AND IT IS POINTED OUT THAT THEY EXPECT, "EROSION DUE TO

10:27:03 16  WAVE WASH IN OPEN AREAS CAN BE EXPECTED IN THE UPPER PART OF THE

10:27:07 17  CHANNEL SLOPE WHERE THE PEAT AND HIGHLY-ORGANIC CLAYS ARE EXPOSED.

10:27:12 18  PROTECTION FOR THIS AREA CAN BE PROVIDED IF AND WHEN THE NEED FOR IT

10:27:15 19  BECOMES NECESSARY.  NO CHANNEL PROTECTION IS INCLUDED IN THE OVERALL

10:27:19 20  COST ESTIMATE OF THE PROJECT.  IT IS PRESUMED THAT SUFFICIENT RIGHTS

10:27:22 21  OF WAY WILL BE FURNISHED BY LOCAL INTERESTS THAT PRECLUDE THE USE OF

10:27:25 22  CHANNEL PROTECTION, OR THAT ADDITIONAL RIGHTS OF WAY WILL BE

10:27:28 23  FURNISHED IF THE NEED ARISES."

10:27:31 24       SO IN THE DESIGN OF THE MRGO, THEY ANTICIPATED SHALLOW

10:27:36 25  EROSION NEAR THE WATER SURFACE AND DID NOT APPEAR TO BE CONCERNED

10:27:41 1   ABOUT IT.  A FEW YEARS LATER, EIGHT YEARS LATER WHEN THEY'RE

10:27:44 2   DESIGNING THE LEVEE, BECAUSE OF THAT PREVIOUSLY EXPRESSED CONCERN,

10:27:47 3   THEY DO SLOPE STABILITY ANALYSIS TO ENSURE THAT THIS EROSION AND THE

10:27:52 4   CHANNEL WOULD NOT ENDANGER THE LEVEE.

10:27:54 5   Q.  WE'LL LOOK AT SOME DRAWINGS TO THAT EFFECT IN THE GEOTECHNICAL

10:27:59 6   INVESTIGATION REPORT 2001, RIGHT, SIR?

10:28:01 7   A.  YES, SIR.

10:28:03 8   Q.  LET'S NOW GO BACK FOR A MOMENT TO DX 1719, THE CHALMETTE AREA

10:28:19 9   PLAN.  AND WE'LL GO TO PLATES 41 AND 42.

10:28:43 10  A.  IF WE COULD FIRST ENLARGE THE TOP TWO PROFILES IN PLATE 41, WE

10:28:49 11  DON'T NEED THE PLATES UP AT THE SAME TIME.  JUST PAN UP TO THE TOP

10:29:01 12  OF THE -- MOVE TO THE TOP -- THAT'S FINE, RIGHT THERE.

10:29:04 13  Q.  CAN YOU DESCRIBE WHAT'S GOING ON HERE WITH THE STABILITY

10:29:07 14  ANALYSES FOR THIS DESIGN MEMORANDUM NO. 3, LAKE PONTCHARTRAIN,

10:29:13 15  LOUISIANA VICINITY, CHALMETTE AREA PLAN OF 1966?

10:29:16 16  A.  YES.  THESE ARE DOCUMENTED SLOPE-STABILITY ANALYSES SIMILAR TO

10:29:23 17  THOSE THAT WE LOOKED AT IN THE ATCHAFALAYA DOCUMENT.  THE FIRST

10:29:27 18  SECTION IS FROM BAYOU BIENVENUE TO BAYOU VILLERE.  THE SECOND IS

10:29:35 19  FROM BAYOU VILLERE TO THE PIPELINE CANAL, AND THE THIRD ONE ON THE

10:29:44 20  NEXT PAGE -- YOU DO NOT NEED TO BRING THAT UP YET -- IS FROM THE

10:29:44 21  PIPELINE CANAL TO BAYOU DUPRE.  SO THESE THREE SECTIONS WILL

10:29:44 22  REPRESENT ALL OF THE SLOPE STABILITY ANALYSES THAT WERE DONE ALONG

10:29:48 23  THIS REACH BETWEEN BIENVENUE AND DUPRE.

10:29:52 24       AGAIN, THE DESIGNERS ASSUMED A VARIETY OF FAILURE SURFACES

10:29:57 25  WITH AN ACTIVE ZONE, A CENTRAL BLOCK AND A PASSIVE ZONE.  THEY

10:30:05 1    ANALYZED STABILITY SLIDING BOTH TOWARD THE MRGO, WHICH IS TO THE

10:30:07 2    LEFT, AND THE LANDSIDE AREA, WHICH IS TO THE RIGHT, AND CHECKED

10:30:12 3    THOSE AT A VARIETY OF ELEVATIONS ON BOTH OF THESE THINGS.

10:30:16 4              AND IF WE COULD THEN GO -- ACTUALLY, LET'S ZOOM OUT, AND

10:30:23 5    YOU WILL SEE THAT IN THESE SECTIONS HERE, WE SHOW THAT THERE IS A

10:30:26 6    WATER LEVEL SHOWN, THERE IS A FORESHORE SHOWN, BUT APPARENTLY, THE

10:30:31 7    CHANNEL OF THE MRGO IS OUT SOME DISTANCE WELL BEYOND THE INFLUENCE

10:30:36 8    OF THESE CRITICAL SLIDING SURFACES (INDICATING).

10:30:38 9              IF WE COULD NOW GO AND ENLARGE THIS TABLE RIGHT HERE

10:30:43 10   (INDICATING).

10:30:44 11   Q.  LET ME INTERRUPT JUST A SECOND.  THEY'RE ANALYZED DOWN TO ABOUT

10:30:49 12   MINUS 40 FEET ELEVATION, CORRECT, SIR?

10:30:51 13   A.  THAT'S CORRECT.

10:30:59 14              SO THE FIRST FOUR ROWS OF THE TABLE ARE FROM BIENVENUE TO

10:31:04 15   VILLERE, AND THE CRITICAL -- AND THEY CALCULATE THESE FORCES CAUSING

10:31:10 16   INSTABILITY TO THE LEVEE AND THE RESISTING FORCES THAT I SPOKE TO

10:31:12 17   THE JUDGE ABOUT, AND THE MINIMUM FACTOR OF SAFETY FOR THAT FIRST

10:31:17 18   REACH APPEARS TO BE 1.49, ALMOST 1.5.  THE MINIMUM FACTOR OF SAFETY

10:31:24 19   FOR THE SECOND REACH ALSO APPEARS TO BE 1.49.  SO THESE ARE

10:31:30 20   SIGNIFICANTLY IN EXCESS OF 1.3, AND THEY SHOW THAT THE CRITICAL ZONE

10:31:35 21   OF INFLUENCE JUST GOES BEYOND THE BERM TOE A BIT.

10:31:40 22              COULD WE THEN GO TO THE SECOND PAGE.

10:31:46 23   Q.  PLATE 42.

10:31:47 24   A.  PLATE 42.  THE TOP SECTION, PIPELINE CANAL TO BAYOU DUPRE,

10:31:57 25   ACTUALLY SHOW STATIC WATER LEVEL OF 12 AND A HALF FEET OR MAYBE

10:32:01 1    THAT'S SURGE WATER LEVEL.  AND AGAIN, THEY FOUND THE ZONE OF

10:32:06 2    INFLUENCE OF THE MOST CRITICAL LOCATIONS TO -- AT THIS CASE, THAT

10:32:11 3    LOOKS TO BE 100 FEET FROM THE LEVEE CENTER LINE.  AND ACTUALLY, IF

10:32:17 4    WE LOOKED AT -- WELL, LET'S GO DOWN TO THE TABLE, AND WE WOULD SEE

10:32:24 5    THE MINIMUM FACTOR OF SAFETY THERE AS 1.41, AND THAT'S ON FAILURE

10:32:37 6    SURFACE B3.

10:32:38 7           SO IF WE COULD GO BACK TO THAT TOP SECTION, PLEASE, WE'LL

10:32:43 8    SEE WHERE THE MOST CRITICAL SURFACE FOR STABILITY ACTUALLY WAS.  AND

10:32:49 9    HERE IS B, AND SO IT WOULD FAIL DOWN TO HERE, AND IT WOULD BE VERY

10:32:54 10   DEEP AND IT WOULD COME BACK UP HERE AT ABOUT 110 FEET FROM THE LEVEE

10:32:59 11   CROWN, WHICH IS SOME DISTANCE FROM THE LEVEE TOE AND WOULD BE

10:33:03 12   FAILING OUT INTO THE FORESHORE (INDICATING).

10:33:10 13          THE COURT:  DOCTOR, LET ME ASK YOU.  IT'S MY

10:33:10 14   UNDERSTANDING, YOU DID NOT DO, NOR WERE YOU ASKED TO DO, A STUDY

10:33:15 15   THAT WOULD INDICATE THE AMOUNT OF CUMULATIVE -- IS IT CUMULATIVE

10:33:21 16   SETTLEMENT, IS THAT THE RIGHT WORD?

10:33:23 17          THE WITNESS:  THAT'S FINE.

10:33:24 18          THE COURT:  THAT OCCURRED, IN REALITY, ALONG THE REACH 2

10:33:27 19   LEVEE OR IN SOME PORTION OF THE REACH 2 LEVEE?

10:33:30 20          THE WITNESS:  THE AMOUNT OF -- I DID NOT CALCULATE IT.

10:33:32 21   THE AMOUNT OF CUMULATIVE SETTLEMENT COULD BE DETERMINED BY COMPARING

10:33:36 22   THE VARIOUS DESIGNS AND THEN THE SUBSEQUENT CONSTRUCTION DRAWINGS.

10:33:40 23   BECAUSE YOU WOULD CONSTRUCT TO A CERTAIN ELEVATION AND THEN IF YOU

10:33:43 24   LOOKED AT CONSTRUCTION DRAWINGS SOME YEARS LATER, YOU WOULD SEE THAT

10:33:47 25   THE LEVEE WAS LOWERED AND THEN IT WAS RAISED AGAIN.  SO ONE COULD

10:33:51  1    EXTRACT THAT FROM THOSE DRAWINGS.

10:33:53  2              THE COURT:  BUT IN REALTY --

10:33:55  3              THE WITNESS:  IT WAS THERE, I DID NOT NEED TO CALCULATE

10:33:57  4    IT.

10:33:57  5              THE COURT:  BUT, I GUESS, YOU MEAN IF YOU LOOKED AT THE

10:34:01  6    LEVEES, LET'S SAY IN JULY 2005 --

10:34:04  7              THE WITNESS:  YES.

10:34:05  8              THE COURT:  -- AND THEY WERE BUILT IN THE '70'S, TO

10:34:08  9    DETERMINE IF THE AMOUNT OF CUMULATIVE SETTLEMENT MATCHED UP TO THESE

10:34:12 10    SAFETY FACTORS, IS THERE A WAY TO CORRELATE --

10:34:15 11              THE WITNESS:  THESE SAFETY FACTORS, YOU HONOR, ARE NOT

10:34:18 12    SETTLEMENT CALCULATIONS, THESE ARE STABILITY CALCULATIONS TO SEE

10:34:20 13    WHETHER THE WEIGHT OF THE LEVEE -- WHETHER THE LEVEE IS SAFE AGAINST

10:34:24 14    THE WEIGHT OF IT PUSHING DOWN, PUSHING THE SOIL LATERALLY AND COMING

10:34:28 15    UP.

10:34:28 16              THE COURT:  YET THE CUMULATIVE SETTLEMENT -- IF THE

10:34:31 17    CUMULATIVE SETTLEMENT WAS MORE THAN ANTICIPATED, WHAT WOULD THAT

10:34:35 18    MEAN?  IF ANYTHING.

10:34:39 19              THE WITNESS:  THE ONLY THING IT WOULD MEAN IS BECAUSE

10:34:41 20    USING THIS OBSERVATIONAL METHOD -- WELL, I PREFER TO TALK ABOUT THE

10:34:45 21    SETTLEMENT IN ANY GIVEN LIFT BECAUSE YOU BUILD SETTLEMENT, YOU BUILD

10:34:48 22    A LEVEE AND THEN YOU OBSERVE SETTLEMENT.  SO IF YOU CALCULATED, SAY,

10:34:54 23    FOUR FEET OF SETTLEMENT, BUT THEN WHEN IT WAS TIME TO PLACE THE NEXT

10:34:57 24    LIFT YOU WOULD GO OUT AND DO A SURVEY, YOU WOULD FIND THE ACTUAL

10:35:01 25    AMOUNT OF SETTLEMENT, AND YOU WOULD TAKE NEW BORINGS, THEY DID TAKE

10:35:04  1   NEW BORINGS AND DO NEW TESTS, THEY CAN DETERMINE THE SOIL STRENGTH

10:35:07  2   AND DETERMINE WHAT THE COMPRESSIBILITY IS NOW AND THEN YOU WOULD --

10:35:11  3   THEY WERE ALWAYS DESIGNING THE NEXT LIFT ON THE MOST RECENT

10:35:16  4   INFORMATION.

10:35:16  5        THE COURT:  OKAY.  WITH THAT GARBLED QUESTION AND ANSWER,

10:35:20  6   WE'LL TAKE A TEN-MINUTE RECESS.

10:35:22  7        THE WITNESS:  THANK YOU.

10:35:23  8        MR. STONE:  THANK YOU, YOUR HONOR.

10:35:23  9      (WHEREUPON, A RECESS WAS TAKEN.)

10:38:02 10      (OPEN COURT.)

10:50:09 11        THE DEPUTY CLERK:  COURT'S IN SESSION, PLEASE BE SEATED.

10:50:11 12        THE COURT:  WHENEVER YOU'RE READY.

10:50:12 13        MR. STONE:  YOUR HONOR, YOU ASKED EARLIER ABOUT CUMULATIVE

10:50:14 14   SETTLEMENT, AND I THINK WE FOUND A PAGE AND PLATE IN DM-3 THAT MIGHT

10:50:19 15   BE HELPFUL.

10:50:20 16        THE COURT:  OKAY.

10:50:23 17        MR. STONE:  FOR THE DM-3, DX 1719, LET'S GO TO PAGE 27.

10:50:43 18   BY MR. STONE:

10:50:44 19   Q.  AND, DR. WOLFF, CAN YOU EXPLAIN OR TELL US IF THIS PAGE GIVES US

10:50:48 20   SOME INFORMATION ABOUT WHAT WAS THOUGHT IN 1966 WOULD BE THE

10:50:51 21   SETTLEMENT RATES OR CUMULATIVE SETTLEMENT FOR THIS AREA?

10:50:55 22        MR. STEVENS:  CAN I GET A DESCRIPTION OF WHAT THE DOCUMENT

10:50:57 23   IS.

10:50:58 24        MR. STONE:  THIS IS STILL DM NO. 3, THE CHALMETTE AREA --

10:51:03 25        THE COURT:  THE DESIGN MEMO NO. 3.

10:51:07 1          MR. STONE:  YES.  DX 1719.

10:51:11 2          MR. STEVENS:  THANK YOU.

10:51:11 3          THE COURT:  THANK YOU, COUNSEL.

10:51:12 4 BY MR. STONE:

10:51:12 5 Q.  SO IF YOU COULD EXPLAIN THAT TO US, DR. WOLFF.

10:51:17 6 A.  OKAY.  THIS IS ACTUALLY -- YOU MENTIONED CUMULATIVE SETTLEMENT,

10:51:22 7 THIS IS ACTUALLY CALCULATIONS OF SETTLEMENT I BELIEVE FOR ONE SINGLE

10:51:25 8 LIFT.

10:51:26 9          THE COURT:  RIGHT.

10:51:27 10         THE WITNESS:  BUT THEY SUMMARIZE WHAT'S ON A MORE DETAILED

10:51:32 11 TABLE.  THEY HAD DIVIDED THE FOUNDATION INTO FOUR STRATA AND FOR

10:51:36 12 EACH STRATA THEY HAVE CALCULATED WHAT PERCENT OF THE TOTAL

10:51:41 13 SETTLEMENT WILL HAVE OCCURRED AT A PARTICULAR POINT IN TIME WHEN

10:51:45 14 THEY WOULD BE READY TO DO THE NEXT LIFT.  SO THAT VARIES FROM

10:51:51 15 95 PERCENT DOWN TO 28 PERCENT.

10:51:54 16         IF YOU ADD UP THE CALCULATED SETTLEMENTS HERE OF .9 FEET,

10:51:58 17 3.7 FEET, 0.8 FEET AND 1.6 FEET, I BELIEVE YOU GET ABOUT SEVEN FEET

10:52:06 18 TOTAL SETTLEMENT AT A PARTICULAR POINT IN TIME WHEN THEY WOULD

10:52:11 19 EXPECT TO PLACE THE NEXT LIFT.

10:52:12 20 BY MR. STONE:

10:52:12 21 Q.  AND WHAT'S THE FILL HEIGHT THAT YOU GET THAT SEVEN FOOT OF

10:52:16 22 SETTLEMENT ON?  IT'S IN THE PARAGRAPH ABOVE.

10:52:19 23 A.  I DON'T KNOW IF IT'S ON THE PAGE OR IF WE NEED TO GO TO THE

10:52:22 24 FIGURE.

10:52:22 25 Q.  I THINK IT'S THE PARAGRAPH RIGHT ABOVE THAT TABLE.  HERE ON PAGE

10:52:27 1  27, DR. WOLFF, THE SENTENCE JUST ABOVE THE STRATUM 1.

10:52:33 2  A.  WITH THE FIRST LIFT?

10:52:34 3  Q.  IT SAYS, "THUS THE CONSOLIDATION, BY STRATUM, WITH A FILL HEIGHT

10:52:39 4  OF APPROXIMATELY 12 FEET."

10:52:41 5  A.  YES.  SO THEY'RE GOING TO PLACE 12 FEET AND EXPECT IT TO SETTLE

10:52:44 6  SEVEN FEET IN WHATEVER THIS PARTICULAR TIME INCREMENT IS.  THAT'S

10:52:49 7  CONSISTENT WITH MY PREVIOUS DISCUSSIONS THAT SETTLEMENTS CAN BE A

10:52:52 8  VERY LARGE FRACTION OF THE FILL HEIGHT.

10:52:54 9  Q.  LET'S GO TO PLATE NO. 69.  SAME DOCUMENT.

10:53:14 10  A.  IF WE COULD LOOK AT THIS TABLE IN THE UPPER RIGHT.  OKAY.  WHAT

10:53:34 11  THEY HAVE -- THESE ARE THE TIME RATE -- THE JUDGE HAD ASKED A

10:53:37 12  QUESTION ABOUT HOW LONG MIGHT SETTLEMENT OCCUR.  THESE ARE THE TIME

10:53:44 13  RATE OF SETTLEMENT CALCULATIONS FOR STRATUM 1, 2, 3 AND 4.  AND THEY

10:53:45 14  MADE A TABLE WHERE THEY'VE ASSUMED 10 TO 95 PERCENT CONSOLIDATION.

10:53:51 15  SO, FOR EXAMPLE, AT 50 PERCENT CONSOLIDATION IT MEANS HALF OF THE

10:53:55 16  SETTLEMENT HAS OCCURRED.

10:53:57 17       AND IF WE LOOKED AT STRATUM 3, FOR EXAMPLE, LET ME JUST

10:54:03 18  TAKE A MINUTE TO CHECK IT MYSELF.  IF WE TOOK 12 FOOT OF FILL, THIS

10:54:08 19  SAYS T IS TIME IN MONTHS.  12 FOOT OF FILL, HALF OF THE TOTAL

10:54:12 20  SETTLEMENT WOULD TAKE I BELIEVE 152 MONTHS IT LOOKS LIKE, I GUESS

10:54:18 21  THAT NUMBER RIGHT THERE, WHICH IS OVER TEN YEARS (INDICATING).  AND

10:54:23 22  FOR 90 PERCENT OF THE TOTAL SETTLEMENT TO OCCUR WOULD TAKE LOOKS

10:54:28 23  LIKE 661 MONTHS, THAT'S LIKE 50 YEARS.

10:54:33 24       SO THE SETTLEMENT OCCURS AT SLOWER AND SLOWER RATES AND

10:54:37 25  SLOWER AND SLOWER AMOUNTS.  BUT YOU GET ABOUT 20 PERCENT OF IT UP

10:54:41 1    HERE IN 24 MONTHS OR 2 YEARS, YOU TAKE SOMETHING LIKE TEN YEARS TO

10:54:46 2    GET HALF OF IT, AND YOU TAKE A LIFETIME TO GET ALL OF IT.

10:54:50 3              THE COURT:  OKAY.

10:54:52 4    BY MR. STONE:

10:54:52 5    Q.  LET'S GO TO PAGE 20, PARAGRAPH 38 IN THIS SAME DOCUMENT.

10:55:04 6              DR. WOLFF, DOES THIS PARAGRAPH INDICATE THAT AFTER

10:55:07 7    PLACEMENT OF THE DREDGE SPOIL FROM THE MRGO THAT DREDGE SPOIL AREA

10:55:12 8    HAD CONSOLIDATED AND STRENGTHENED ITSELF AND THE UNDERLYING SOILS?

10:55:17 9    A.  YES.  THIS IS THE TEXT THAT GOES WITH THE SLOPE STABILITY

10:55:21 10   ANALYSIS DRAWINGS.  AND IF WE GO TO THE, ABOUT THE MIDDLE OF THE

10:55:28 11   PAGE IT SAYS:  IT SHOULD BE NOTED IN LEVEE CONSTRUCTION FROM STATION

10:55:33 12   SEVEN PLUS 52.9 TO 807 IS OVER AN AREA WHERE THE SPOIL FROM THE

10:55:38 13   DREDGING OF THE MRGO HAS BEEN PLACED OVER FIVE TO SEVEN YEAR PERIOD

10:55:42 14   TO AN ELEVATION FROM 5 TO 12.  THERE'S BEEN CONSIDERABLE

10:55:47 15   CONSOLIDATION OF THE UNDERLYING STRATA AS EVIDENCED BY THE GENERAL

10:55:51 16   BORINGS WHICH IS INDICATE THAT THE ORIGINAL GROUND HAS BEEN

10:55:53 17   DEPRESSED SOME 5 TO 10 FEET BY THE SURCHARGE OF THE SPOIL.

10:55:57 18             NOW, WHAT IT SAYS BELOW THAT IS THAT THEY TOOK 30 BORINGS

10:56:02 19   AND THEY DID A STATISTICAL ANALYSIS OF BORINGS AND TESTING THAT WERE

10:56:08 20   UNDER THE SPOIL AND NOT UNDER THE SPOIL, AND THEY FIND THAT UNDER

10:56:13 21   THE SPOIL THE STRENGTH IS 15 PERCENT HIGHER IN AREAS WITH

10:56:18 22   OVERBURDEN, THAT WOULD BE THE SPOIL, AS COMPARED TO AREAS WITHOUT

10:56:21 23   OVERBURDEN AND THE TOP 30 FEET OF THE STRATA THE STRENGTH INCREASE

10:56:26 24   WAS APPROXIMATELY 25 PERCENT.

10:56:27 25             SO THE DESIGNERS DOING THEIR STABILITY ANALYSIS HERE ARE

10:56:32  1    SAYING, AH, WE SEE A GOOD THING, ALTHOUGH WE HAVE TO DO STAGE

10:56:35  2    CONSTRUCTION FOR STABILITY ANALYSIS, THIS PREVIOUS SPOIL HAS READY

10:56:39  3    HELPED US THOUGH.

10:56:40  4         THEY ALSO NOTE DOWN THERE SOME OBSERVATIONAL EVIDENCE IN

10:56:45  5    THE FACT THAT THE SPOIL BANK IS STANDING UP TO ELEVATION TEN ON

10:56:49  6    SLIDE SLOPES STEEPER THAN ONE ON THREE.  THIS IS STEEPER THAN THEY

10:56:54  7    EXPECTED THAT SPOIL TO STAND ON.

10:56:59  8    Q.  LET'S GO TO PLATE NO. 29 WITHIN THIS SAME DOCUMENT, AND LET'S

10:57:11  9    SEE IF AT THE SAME TIME WE CAN BRING UP PX 2138.3.  LET'S SEE IF WE

10:57:28 10    CAN LINEUP BAYOU DUPRE HERE AND BAYOU DUPRE HERE UNDERNEATH EACH

10:57:34 11    OTHER (INDICATING).

10:57:51 12    A.  THE BOTTOM ONE -- OR THE TOP ONE NOW NEEDS TO SLIDE TO THE RIGHT

10:57:56 13    TO GET BIENVENUE IN OR MOVE OUT.

10:58:01 14    Q.  IF IT'S A PROBLEM, DAWN, JUST PUT THEM BOTH UP.  THAT'S GOOD

10:58:04 15    RIGHT THERE.

10:58:05 16         DR. WOLFF, DO YOU SEE IN THE BOTTOM EXHIBIT, WHICH IS PX

10:58:11 17    2138.3, THAT'S PLAINTIFFS' SLIDE, I THINK IT'S CALLED BREACH

10:58:20 18    TRIGGERS, THIS IS THE DATA TAKEN FROM STEPHEN FITZGERALD'S

10:58:23 19    INFORMATION.

10:58:24 20         DO YOU SEE HOW ON THE LEFT OF BAYOU DUPRE OR TO THE NORTH

10:58:27 21    OF BAYOU DUPRE THE LEVEE CRESTS ARE LOWER THAN THEY ARE ON THE RIGHT

10:58:34 22    OF BAYOU DUPRE?

10:58:35 23    A.  THAT WOULD BE THE BLUE LINES, SIR?

10:58:38 24    Q.  YES, SIR.

10:58:39 25    A.  OKAY.  YES.

10:58:40  1   Q.  THE RED LINE IS THE TARGET ELEVATION.

10:58:43  2   A.  YES.

10:58:43  3   Q.  CAN YOU DESCRIBE WHY THAT OCCURS BASED ON THE SOIL CONDITIONS

10:58:46  4   THAT YOU SEE IN PLATE 29 FROM DM-3?

10:58:52  5   A.  YES.  IF WE COULD ENLARGE --

10:58:54  6        THE COURT:  WAIT A MINUTE.  WHEN THE ATTORNEY STANDS UP

10:58:57  7   THERE IS AN OBJECTION, AND YOUR OBJECTION IS?

10:58:59  8        MR. STEVENS:  YES, YOUR HONOR.  HE ASKED HIM WHY THIS

10:59:01  9   HAPPENED AND NOW HE IS GOING TO GET INTO INTERDISTRIBUTARY LAYERS,

10:59:04  10  LATERAL DISPLACE AND SQUEEZING AND I OBJECT.  THIS WITNESS HAS NEVER

10:59:07  11  OFFERED AN OPINION IN THIS CASE ABOUT WHY ANYTHING HAPPENED.

10:59:10  12        MR. STONE:  I WILL EXPLAIN WHERE THE WITNESS IS GOING TO

10:59:12  13  GO.  I AM GOING TO ASK THE WITNESS ABOUT THE SOIL CONDITIONS HERE.

10:59:18  14  AND IN ADDRESSING SOIL CONDITIONS, THE STRENGTHENING OF THE SOIL, HE

10:59:21  15  IS GOING TALK ABOUT THE CLAYS NORTH OF THE BAYOU DUPRE AND THE SANDS

10:59:24  16  SOUTH OF BAYOU DUPRE.  THEN WE'RE GOING TO TAKE HIM AROUND THE

10:59:27  17  CORNER TO THE EAST WEST STRETCH OF THE CHALMETTE EXTENSION AND LOOK

10:59:30  18  THE AT SOIL CONDITIONS DOWN THERE AS A COMPARATIVE ANALYSIS FOR AN

10:59:34  19  UNDERSTANDING OF THE SUBSURFACE SOILS AND WHETHER THEY'RE SIMILAR

10:59:42  20  AND WOULD LIKELY COMPRESS AT THE SAME RATES, APPROXIMATELY.

10:59:48  21        THAT'S WHERE WE'RE GOING HERE.

10:59:49  22        MR. STEVENS:  AND THIS WITNESS NEVER ADDRESSED BREACHES OF

10:59:53  23  ANY KIND, YOUR HONOR.

10:59:53  24        THE COURT:  HE IS NOT GOING TO ADDRESS WHAT?

10:59:54  25        MR. STEVENS:  BREACHING.

10:59:54  1          THE COURT:  HE IS NOT TALKING ABOUT BREACHING.

10:59:56  2          MR. STONE:  WE ARE NOT TALKING ABOUT BREACHING.

10:59:59  3          THE COURT:  AND THE COURT HAS ITS OWN NOTION ABOUT THAT.

11:00:10  4  I AM GOING TO ALLOW THE QUESTION BASED ON THE FACT THAT HE DOES

11:00:14  5  DISCUSS SOILS TO SOME EXTENT IN HIS REPORT.  I AM GOING TO ALLOW IT

11:00:17  6  SUBJECT TO THE OBJECTION.

11:00:18  7          AND YOU CAN RE-URGE IT IF IT GOES BEYOND WHERE YOU THINK

11:00:22  8  I'VE ALLOWED.

11:00:23  9  BY MR. STONE:

11:00:24 10  Q.  WOULD YOU COMPARE THE SOIL CONDITIONS AND GIVE US AN

11:00:27 11  UNDERSTANDING OF WHY THOSE LEVEES NORTH OF BAYOU DUPRE ELEVATIONS

11:00:35 12  WOULD SETTLE AT A HIGHER RATE THAN THE ONES TO THE SOUTH?

11:00:38 13  A.  YES.  COULD WE ENLARGE THE UPPER DOCUMENT IN THE AREA OF BAYOU

11:00:46 14  DUPRE.

11:00:51 15          BOTH ON THIS DRAWING AND IN THE TEXT TO THE GDM THAT I

11:00:57 16  BELIEVE WE WILL SEE IN A MINUTE, HERE IS A BAYOU DUPRE AND TO THE

11:01:00 17  LEFT OF THAT ARE THICK CLAY LAYERS REFERRED TO AS INTERDISTRIBUTARY

11:01:04 18  CLAYS OVERLYING THE FILL AND SOME PEATS AND MARSHES.  IMMEDIATELY

11:01:11 19  SOUTH OF BAYOU DUPRE THERE IS AN ABRUPT CHANGE IN THE SOIL

11:01:15 20  CONDITIONS AND THEY'RE DESCRIBED AS POINT BAR DEPOSITS WHICH ARE

11:01:19 21  SANDS AND CLAY SANDS, SO THESE ARE MUCH LESS COMPRESSIBLE SOILS AND

11:01:25 22  STRONGER SOILS.

11:01:27 23          BUT THE IMPORTANT POINT HERE REGARDING SETTLEMENT IS

11:01:30 24  COMPRESSIBLE.  THOSE WOULD BE MANY TIMES LESS COMPRESSIBLE THAN THE

11:01:34 25  CLAY SOILS NORTH OF DUPRE.

11:01:37 1          THE COURT:  I DON'T KNOW IF COUNSEL CAN REMEMBER THIS, I

11:01:40 2  SEEM TO REMEMBER HAVING TESTIMONY ALMOST EXACTLY LIKE THIS.  WAS

11:01:44 3  THAT IN A PROFFER OR NOT?  I JUST DON'T REMEMBER.

11:01:47 4          MR. STONE:  IF IT WAS DR. MOSHER IT MAY HAVE BEEN IN A

11:01:50 5  PROFFER.

11:01:50 6          THE COURT:  OKAY.  IT'S VERY HARD TO RECALL WHICH ONE IT

11:01:55 7  WAS.  I KNOW I'VE HEARD THE TESTIMONY.  OKAY.  THANK YOU.

11:01:58 8  BY MR. STONE:

11:01:59 9  Q.  DO YOU FIND THAT THE MRGO HAS ANY INFLUENCE ON THIS SETTLEMENT

11:02:05 10 BASED ON THESE SOIL CONDITIONS?

11:02:08 11         MR. STEVENS:  OBJECTION, YOUR HONOR.

11:02:09 12         THE COURT:  THAT IS SUSTAINED.  NOT IN HIS REPORT.

11:02:17 13         THE WITNESS:  COULD WE LOOK AT TEXT NEXT THAT MATCHES?

11:02:22 14         MR. STONE:  YES.  LET'S GO TO PAGES 15 AND 16 OF THE TEXT.

11:02:26 15         THE COURT:  IF IT'S IN ANSWER TO THAT QUESTION, I HAVE

11:02:29 16 SAID IT'S NOT ADMISSIBLE.  SO IF IT'S SOME OTHER SUBJECT --

11:02:34 17         MR. STONE:  LET ME LOOK AT THAT REPORT BEFORE I ASK THE

11:02:37 18 WITNESS ABOUT IT, YOUR HONOR.

11:02:44 19         THE COURT:  YOU'VE GOTTEN PLENTY OF INFERENCES IN, BUT I

11:02:48 20 AM NOT GOING TO GO BEYOND THE INFERENCES.

11:02:50 21         MR. STONE:  I AM GOING TO MOVE AWAY FROM THIS AREA AND

11:02:53 22 MOVE INTO SOMETHING ELSE THEN.

11:02:54 23         THE COURT:  THANK YOU.

11:03:40 24 BY MR. STONE:

11:03:41 25 Q.  OKAY.  LET'S GO TO JX 0191, WHICH IS MR. MORRIS' EXPERT REPORT.

11:04:03 1   AT PAGE 18 FIGURE 7-1.  AND LET'S LOOK AT MR. NAOMI'S SLIDE DX

11:04:19 2   1064R, PAGE TWO.  AND IF WE COULD PUT BOTH OF THOSE SLIDES UP AT THE

11:04:55 3   SAME TIME.

11:05:05 4            DR. WOLFF, AS SOON AS YOU'RE ABLE TO SEE THESE, I WOULD

11:05:07 5   LIKE FOR YOU TO MAKE A COMPARISON BETWEEN THE SETTLEMENT THAT'S

11:05:11 6   OCCURRING ALONG THE RETURN LEVEE TO THE SOUTH IN MR. MORRIS' REPORT

11:05:16 7   AND THAT THAT MR. NAOMI USED IN HIS SLIDE.

11:05:25 8   A.  BOTH OF THEM SHOW AN AREA ALONG THIS EAST WEST LEVEE AT BOTTOM

11:05:32 9   OF THE FIGURE THAT IN, THIS IS MR. MORRIS' REPORT AS I UNDERSTAND,

11:05:39 10  THE RED IS MORE THAN TWO FEET LOW AND THE YELLOW IS ONE TO TWO FEET

11:05:43 11  BLOW.  AND IN MR. NAOMI'S SLIDE -- WHICH IS NOT A PHOTO, IT'S MORE

11:05:49 12  CONCEPTUAL -- HE SHOWS A LONG AREA THAT'S IDENTIFIED AS MORE THAN

11:05:54 13  TWO FEET LOW.

11:05:55 14  Q.  NOW, LET'S GO TO JX 0283, WHICH IS DESIGN MEMORANDUM 3,

11:06:01 15  SUPPLEMENT 1 OF THE CHALMETTE AREA PLAN.  AND LET'S BRING UP PLATE

11:06:11 16  NO. 1.

11:06:14 17           MR. STONE:  YOUR HONOR, THE PURPOSE OF THIS IS TO HELP

11:06:20 18  LOCATE US ON THAT STRETCH OF LEVEE ALONG THE SOUTH.

11:06:20 19  BY MR. STONE:

11:06:27 20  Q.  DR. WOLFF, CAN YOU LOCATE US ON THAT LEVEE STRETCH FOR THE

11:06:29 21  SECTION WHERE YOU SAY APPROXIMATELY --

11:06:31 22  A.  YES.  THIS IS THE EAST WEST LEAVE FROM VERRETT TO A CAERNARVON,

11:06:36 23  AND IT SHOWS THE REACH JUST WEST OF THE TURN IS PLATE 7 AND THE NEXT

11:06:41 24  REGION TO THE WEST IS PLATE 8 AND PLATE 9 SO, SO WE WOULD SEE THE

11:06:47 25  SOILS ON PLATE 7 AND 8.

11:06:49 1   Q.  LET'S BRING UP PLATE NUMBER SEVEN.  AND FROM THIS DESIGN

11:07:01 2   MEMORANDUM DRAWING, CAN YOU CONCLUDE -- WHAT CAN YOU CONCLUDE IN

11:07:08 3   GENERAL ABOUT THE NATURE OF THE SOILS UNDERLYING THE LEVEES IN PLATE

11:07:11 4   NO. 7?

11:07:12 5   A.  THEY'RE PREDOMINANT CLAY CH.  THERE ARE -- WHICH IS MUCH MORE

11:07:18 6   LIKE THE AREA NORTH OF BAYOU DUPRE THAN THE AREA SOUTH OF BAYOU

11:07:23 7   DUPRE.  THEY ARE ESSENTIALLY FOR THE MOST PART -- THESE ARE

11:07:29 8   DIFFICULT TO READ BUT I READ THEM IN BETTER RESOLUTION ON MY

11:07:33 9   COMPUTER.

11:07:33 10        THE DESCRIPTORS TO THE RIGHT OF THE BORING LOG SO ARE

11:07:38 11  SOFT, MOST OF THIS IS SOFT CLAY, CH; THERE MAY BE SOME MEDIUM CLAY

11:07:44 12  CH.  BECAUSE OF THE SILT LAYERS, THIS AREA WOULD BE A LITTLE MORE --

11:07:49 13  A LITTLE LESS COMPRESSIBLE AND A LITTLE LESS SETTLEMENT PRONE THAN

11:07:53 14  NORTH OF BAYOU DUPRE BUT IT WOULD BE FOR ALL PRACTICAL PURPOSES

11:07:58 15  MUCH, VERY SIMILAR TO NORTH OF BAYOU DUPRE AND IN CONTRAST THE AREA

11:08:04 16  SOUTH OF BAYOU DUPRE WOULD, YOU WOULD BE VERY MUCH LESS COMPRESSIBLE

11:08:09 17  AND YOU WOULD EXPECT MUCH MORE AMENABLE SETTLEMENTS.

11:08:14 18  Q.  LET'S LOOK AT PLATE NO. 8, AND I WOULD LIKE FOR YOU TO DO THE

11:08:22 19  SAME COMPARISON TO THE REACH 2 ABOVE BAYOU DUPRE.

11:08:23 20        THE COURT:  SO I GUESS IF YOU HAVE AN AREA THAT'S MORE

11:08:25 21  COMPRESSIBLE YOU WOULD HAVE TO SCHEDULE YOUR LIFTS AND YOUR

11:08:30 22  RESHAPING OR WHATEVER YOU'RE DOING MORE FREQUENTLY THAN IN THE OTHER

11:08:35 23  AREAS?

11:08:35 24        THE WITNESS:  MORE FREQUENTLY AND PERHAPS MORE OF THEM.

11:08:37 25        THE COURT:  DO YOU KNOW IF THE DESIGN MEMORANDUM HAD

11:08:40 1    VARIATIONS IN ANYTHING ABOUT THAT, THAT THIS SOIL IS MORE

11:08:46 2    COMPRESSIBLE SO WE HAVE TO DO --

11:08:48 3            THE WITNESS:  THEY EXPLICITLY DID SETTLEMENT ANALYSES ON

11:08:52 4    DIFFERENT REACHES OF THE LEVEE.  I DON'T RECALL ALL OF THE SPECIFICS

11:08:54 5    OF THE CONCLUSIONS IN THE REACHES.

11:08:56 6            THE COURT:  ALL RIGHT.  THANK YOU.

11:09:02 7    BY MR. STONE:

11:09:02 8    Q.  OKAY.  PLATE NO. 8, HAVE WE DISCUSSED THAT YET?

11:09:05 9    A.  WELL, PLATE NO. 8, IF WE LOOK AT THESE BORINGS, AGAIN WE SEE

11:09:11 10   THICK DIAGONAL LINES WHICH ARE CLAY CH'S WITH SOME SILT LAYERS, BUT

11:09:18 11   WE DO NOT SEE THICK CLAY SAND SC'S OR THICK SANDS AS THERE ARE SOUTH

11:09:24 12   OF BAYOU DUPRE.

11:09:31 13           MR. STONE:  WE'RE MOVING ALONG NOW TO THE 2001

11:09:36 14   GEOTECHNICAL INVESTIGATION.

11:09:37 15           THE COURT:  THE COURT APPRECIATES YOUR BENCHMARKS.

11:09:50 16   BY MR. STONE:

11:09:50 17   Q.  THIS IS EXHIBIT 0562 AND I WOULD LIKE TO SHOW THE WITNESS PLATE

11:09:57 18   G-8 -- I'M SORRY, G-21.

11:10:09 19           MR. STEVENS:  CAN WE HAVE A DESCRIPTION OF THE DOCUMENT

11:10:11 20   ITSELF?

11:10:12 21           MR. STONE:  YES.  THIS IS THE GEOTECHNICAL INVESTIGATION

11:10:13 22   CHALMETTE AREA PLAN - BAYOU BIENVENUE TO BAYOU DUPRE, ST. BERNARD

11:10:20 23   PARISH, LOUISIANA JUNE 2001.

11:10:22 24           MR. STEVENS:  THANK YOU.

11:10:33 25   BY MR. STONE:

11:10:34 1    Q.  WHAT CAN YOU TELL US ABOUT THE STABILITY ANALYSES DONE IN 2001

11:10:38 2    UNDER THE NEW GEOTECHNICAL INVESTIGATION THAT WAS DONE AT THAT TIME

11:10:43 3    USING THIS PLATE, IF POSSIBLE?

11:10:46 4    A.  SURE.  SO ONCE AGAIN, AS I MENTIONED, USING THIS OBSERVATIONAL

11:10:50 5    METHOD AT VARIOUS POINTS AND TIMES, THEY RE-ASSESSED THE SOIL

11:10:55 6    STRENGTH AND MADE NEW CALCULATIONS OF THE STABILITY BEFORE EACH

11:10:58 7    PROPOSED LEVEE RAISE.  IF YOU LOOK AT THE SHEAR STRENGTH IN THESE

11:11:04 8    DRAWINGS, WHICH ARE REFERRED TO AS C VALUES FOR COHESION RATHER THAN

11:11:09 9    $S_U$ VALUES FOR UNDRAINED STRENGTH, THAT'S THE SAME THING.

11:11:15 10        IF WE LOOK OUT IN THE BERM AREAS, THOSE ARE NUMBERS ON THE

11:11:18 11   ORDER OF 160 TO 400 -- LET'S LOOK AT IT THIS WAY.  IF WE TAKE A

11:11:24 12   CERTAIN LAYER UNDER THE BERM, THIS IS THE LAYER BETWEEN MINUS 18 AND

11:11:28 13   MINUS 23, I AM READING C AS 230 POUNDS PER SQUARE FOOT.  BUT IF I

11:11:33 14   MOVE OVER IN THAT SAME LAYER TO AN AREA UNDER THE LEVEE, THE C VALUE

11:11:38 15   IS 450 POUNDS PER SQUARE FOOT.

11:11:46 16        SO FIRST OF ALL, THIS IS SHOWING THAT THE CORPS OF

11:11:47 17   ENGINEERS IS EXPLICITLY ACCOUNTING FOR THE INCREASE IN STRENGTH IN

11:11:49 18   THE LEVEE S, NOT ONLY UNDER THE LEVEE BUT DIFFERENT UNDER THE BERM

11:11:54 19   THAN UNDER THE LEVEE.  SO THEY'VE UPDATED THEIR STRENGTH.

11:12:00 20        THEY OVER TO THE LEFT SIDE OF THIS DRAWING HAVE DONE THE

11:12:02 21   SLOPE STABILITY ANALYSIS WITH THE FORESHORE DOWN TO MINUS THREE, SO

11:12:07 22   THE WATER IN THIS CASE IS AT ELEVATION ONE, WHICH IS I PRESUME

11:12:12 23   TYPICAL ELEVATION OF THE MRGO AND THE FORESHORE ERODED TO MINUS

11:12:18 24   THREE.  AND IF WE WILL MOVE OVER AS FAR LEFT AS WE CAN OR ZOOM OUT

11:12:23 25   ON THAT DRAWING, YOU WILL SEE THAT THERE IS AN AREA OF ERODED

11:12:26 1   FORESHORE THAT GOES OUT LOOKS LIKE 400 FEET FROM THE LEVEE CENTER

11:12:32 2   LINE.  AND THIS DOES NOT SHOW THE CHANNEL.

11:12:34 3        SO THIS IS EVIDENCE THAT THE CORPS OF ENGINEERS HAS

11:12:37 4   PERFORMED SLOPE STABILITY ANALYSIS CONSIDERING EROSION OF THE

11:12:41 5   FORESHORE DOWN TO MINUS THREE.  IN FACT, THAT MAY HAVE A LITTLE BIT

11:12:45 6   OF SLOPE ON IT, BY THE TIME WE GET OVER HERE IT MIGHT BE MINUS FOUR,

11:12:50 7   IT'S HARD TO TELL.  AS WAS STATED THEY WOULD BE DOING IN DM-3, IN

11:12:56 8   1966 WHERE IT SAID THAT EACH SUBSEQUENT DESIGN WOULD NEED NEW

11:13:00 9   ANALYSES.

11:13:02 10       WE COULD ALSO GO TO THE TABLE DOWN IN THE LOWER RIGHT OF

11:13:06 11  THAT FIGURE AND SEE WHAT THE FACTORS OF SAFETY WERE IN THIS

11:13:10 12  PARTICULAR REACH BY 2001, AND WE'LL SEE THAT THE LOWEST FACTOR OF

11:13:17 13  SAFETY IS NOW 1.74 INDICATING THAT THE SOILS HAVE GAINED STRENGTH

11:13:24 14  AND THE LEVEE HAS GAINED LATERAL STABILITY OR SLIDING STABILITY DUE

11:13:32 15  TO THE SOIL STRENGTH GAIN.  SO NOW THE LEVEE IS VERY SAFE BY

11:13:35 16  GEOTECHNICAL ENGINEERS' MEASURE

11:13:39 17  Q.  AND THAT ANALYSIS IS DONE DOWN TO?

11:13:42 18  A.  MINUS 53.

11:13:47 19  Q.  LET'S BRING UP DX 0451, THAT'S DR. BEA'S DECLARATION OF JULY OF

11:13:56 20  JULY 11, 2008, PAGE 69.  SORRY, WRONG.  CAN WE BRING UP PX --

11:14:16 21       MR. STONE:  BEAR WITH ME JUST ONE SECOND, YOUR HONOR.

11:14:18 22       THE COURT:  ALL RIGHT.

11:14:23 23       MR. STONE:  PX 00 -- WELL, I HAVE IT LISTED HERE AS PX 82

11:14:29 24  AT PAGE 69.  DO WE HAVE THAT?

11:14:54 25       THE COURT:  THAT'S THE JANUARY?

11:14:56 1        MR. STONE:  THAT'S WHAT WE'RE LOOKING FOR.

11:14:59 2        THE COURT:  YOU SAID JULY, THAT'S JANUARY.

11:15:01 3        MR. STONE:  SORRY ABOUT THAT, YOUR HONOR.  AND IF WE COULD

11:15:06 4   BRING UP THE EARLIER, PLATE 21 FROM THE LAST DOCUMENT WHICH WAS THE

11:15:10 5   GEOTECHNICAL INVESTIGATION AND PUT THIS FIGURE AND THAT FIGURE UP ON

11:15:14 6   THE SCREEN AT THE SAME TIME.  IT WAS DX 0562.

11:15:42 7        MR. STEVENS:  OUT OF AN ABUNDANCE OF CAUTION IF WE'RE

11:15:42 8   GOING TO ALLOW DISPLACEMENT --

11:15:42 9        THE COURT:  SUSTAINED, WE'RE GOING RIGHT INTO THE ISSUE.

11:15:44 10       MR. STONE:  NOT TALKING ABOUT LATERAL DISPLACEMENT, YOUR

11:15:44 11  HONOR.

11:15:47 12       THE COURT:  THEN CAN WE TAKE IT OFF AND JUST LET HIM

11:15:52 13  TESTIFY?

11:15:52 14       MR. STONE:  OKAY -- OH, WHAT DID YOU SAY?

11:15:53 15       THE COURT:  THE IMAGE IS ALL ABOUT, AT LEAST SEEMS TO

11:15:58 16  BE --

11:15:58 17       MR. STONE:  WHAT I WANT TO DO THERE IS COMPARE --

11:15:59 18       THE COURT:  EXPLAIN A LITTLE BIT.

11:16:01 19       MR. STONE:  I WANT TO COMPARE THE TWO DRAWINGS.  THE

11:16:04 20  DRAWING DONE BY PLAINTIFF IS, IT'S DISPROPORTIONATE, BUT IT MAY MEAN

11:16:11 21  EXACTLY THE SAME THING AS THIS PLATE 21 DOES.  I WOULD LIKE FOR THE

11:16:15 22  COURT TO BE ABLE TO SEE WHAT 100 OR 200 FEET LOOKS LIKE ON THAT

11:16:22 23  DRAWING AS IT LOOKS LIKE ON THIS DRAWING OF PLATE 21.  IT'S A

11:16:25 24  COMPARISON OF THE TWO DRAWINGS.  THAT DRAWING SEEMS TO GIVE SOME

11:16:29 25  DISPROPORTIONATE PERSPECTIVE.

11:16:32  1          THE COURT:  IS THERE ANYTHING ABOUT -- WHERE IS THAT THAT

11:16:38  2   HE COULD HAVE EVER BEEN -- IT'S --

11:16:42  3          MR. STONE:  SINCE WE DON'T HAVE A JURY, IF YOU COULD

11:16:47  4   IGNORE THE TWO WORDS DISPLACEMENT ON EITHER SIDE, YOUR HONOR.

11:16:50  5          THE COURT:  ALL RIGHT.  I AM GOING TO ALLOW IT SUBJECT TO

11:16:53  6   THE OBJECTION.

11:16:53  7          MR. STEVENS:  THANK YOU, YOUR HONOR.

11:17:02  8          THE WITNESS:  CAN WE ENLARGE THE FIGURE, ACTUALLY JUST THE

11:17:05  9   COLORED FIGURE WOULD BE FINE.

11:17:09 10          MR. STONE:  AND IT'S PLATE 21 THAT WE WERE LOOKING FOR

11:17:12 11   FROM EBERSOLE.

11:17:12 12          THE WITNESS:  JUST THIS ONE IS FINE AT THIS MOMENT.

11:17:15 13          MR. STONE:  OKAY.

11:17:16 14          THE WITNESS:  THE SCALES ON HERE, THIS COVERS 4,000 FEET,

11:17:22 15   ALMOST A MILE IN THE HORIZONTAL DIRECTION; AND FROM PLUS 20 TO MINUS

11:17:28 16   70, NOT QUITE 100 FEET IN THE VERTICAL DIRECTION.  SO THE DISTORTION

11:17:33 17   IS 40 TO 1.

11:17:36 18          DISTORTING CROSS-SECTIONS IS NOT PARTICULARLY UNUSUAL IN

11:17:39 19   CIVIL ENGINEERING WHERE YOU NEED TO SHOW A LARGE AREA IN AN AREA

11:17:43 20   THAT HAS LOW RELIEF.  BUT THE POINT I WOULD MAKE IS THAT THE SLOPE

11:17:48 21   STABILITY ANALYSES THAT WENT DOWN TO MINUS 53, AND I THINK THE

11:17:52 22   CRITICAL ONE WAS AT MINUS 38, ALL EXITED IN THIS LITTLE EXPOSED

11:17:58 23   GREEN AREA OF THE MARSH WHICH IS SOMETHING ON THE ORDER OF 250 FEET

11:18:09 24   WIDE.  SO THE CRITICAL SLOPE STABILITY ANALYSES WOULD LOOK LIKE IT

11:18:12 25   WOULD GO STRAIGHT DOWN ALMOST AT THIS DISTORTED SCALE, COME OVER AND

11:18:16  1   STRAIGHT UP AND EXIT IN THIS SHALLOW AREA (INDICATING).

11:18:19  2           AS YOU'LL RECALL ON G-21, IT EXITED IN AN AREA QUITE CLOSE

11:18:24  3   TO THE LEVEE WHERE THERE WAS ABOUT THREE OR FOUR FEET OF WATER.

11:18:33  4   BY MR. STONE:

11:18:33  5   Q.  SO THE LEVEE THERE IS DRAWN AS BEING ABOUT 17 FEET OR SO BUT IT

11:18:38  6   LOOKS MUCH TALLER BECAUSE OF THE EXAGGERATION IN THE DOCUMENT?

11:18:43  7   A.  YEAH.  THE THING I WOULD POINT OUT IS THAT THIS NEAR FLAT GREEN

11:18:47  8   AREA RIGHT HERE BETWEEN THE LEVEE TOE AND THE CHANNEL IS SOMETHING

11:18:56  9   ON THE ORDER OF 250 FEET WIDE (INDICATING).

11:18:56 10           MR. STEVENS:  YOUR HONOR, IF I MIGHT.  THIS IS A

11:18:56 11   CONCEPTUAL DRAWING THAT THE WITNESS --

11:18:57 12           MR. STONE:  WE'RE NOT DOING ANYTHING DEROGATORY HERE, I

11:19:01 13   JUST WANT TO BE ABLE TO UNDERSTAND THE PERSPECTIVE ON THAT DRAWING

11:19:05 14   AS COMPARED TO THE OTHER ONE, AND, SEE, IF YOU UNDERSTAND THE AXES,

11:19:12 15   THEY'RE ESSENTIALLY THE SAME IN A LOT OF INSTANCES.

11:19:14 16           MR. STEVENS:  WHETHER THE QUESTION IS DESIGNED TO DO IT OR

11:19:18 17   NOT, IT IS ELICITING OPINIONS FROM THIS WITNESS ON LATERAL

11:19:20 18   DISPLACEMENT THAT HE HAS NEVER OFFERED BEFORE ON A CONCEPTUAL

11:19:24 19   DRAWING TO BE COMPARED TO A SCALED DRAWING.

11:19:25 20           THE COURT:  HE IS POINTING OUT TO ME IT IS NOT A SCALED

11:19:28 21   DRAWING.  I UNDERSTAND THAT.  WHATEVER EFFECTS FLOW FROM IT, YOU CAN

11:19:32 22   ARGUE THAT IN YOUR BRIEF.

11:19:35 23   BY MR. STONE:

11:19:36 24   Q.  LET'S GO BACK TO PLATE 21.

11:19:47 25           THE LAW CLERK:  DOCUMENT NUMBER?

11:19:47  1          MR. STONE:  DX 0562.

11:19:47  2  BY MR. STONE:

11:20:07  3  Q.  NOW, DR. WOLFF, YOU TALKED ABOUT THE SIGNIFICANCE OF THE

11:20:10  4  STABILITY ANALYSIS HERE IN PLATE 21.  I WANT TO GO TO PLATE 24 NOW

11:20:17  5  AND HAVE YOU ADDRESS THE SIGNIFICANCE OF THAT PLATE TO THE ANALYSIS

11:20:21  6  IN THIS CASE.

11:20:22  7  A.  OKAY.  AS WAS POINTED OUT IN DR. BEA'S JULY REPORT I BELIEVE, HE

11:20:37  8  STATED HE COULD FIND NO EVIDENCE OF ANALYSIS EITHER INTO MRGO OR

11:20:41  9  INTO LAND-SIDE BORROW PITS.  WHERE THE PREVIOUS PLATE WAS AN ANALYZE

11:20:45 10  INTO THE DIRECTION OF MRGO, THIS ONE IS AN ANALYSIS INTO A LAND-SIDE

11:20:50 11  BORROW PIT WHICH IS NOTED ON THE DRAWING UP IN THIS AREA RIGHT HERE

11:20:56 12  (INDICATING).

11:20:57 13          AND AGAIN, THEY'VE TAKEN THE SLOPE STABILITY ANALYSIS

11:21:02 14  QUITE DEEP, AND WE CAN SEE ON THE RIGHT SIDE THE LOCATIONS OF THE

11:21:08 15  CRITICAL SLIP LINES EXTENDING UP INTO THE LAND-SIDE BORROW AREA FOR

11:21:13 16  WHAT LOOKS TO BE ABOUT 315 FEET -- ACTUALLY, I'M SORRY, THE LEVEE IS

11:21:19 17  AT 100 SO THAT WOULD BE 215 FEET.

11:21:26 18          THE COURT:  THIS IS THE BORROW AREA FOR?

11:21:29 19          THE WITNESS:  LET'S SLIDE THAT TO THE RIGHT AND READ THIS.

11:21:32 20  THIS IS IN THE 2001 REPORT, SO THIS IS THE BORROW AREA THAT WOULD BE

11:21:37 21  USED IF THAT DESIGN IN 2001 -- WELL, ONE SAYS LAST CONTRACT.

11:21:44 22  FRANKLY, I DON'T KNOW.  IT'S EITHER THE LAST CONTRACT BEING THE ONE

11:21:47 23  THAT'S BEING DESIGNED IN 2001 OR IT'S THE BORROW THAT WAS USED IN

11:21:51 24  THE LAST CONTRACT PRIOR TO 2001.

11:21:53 25          BUT IN ANY CASE, THEY'RE MAKING AN ANALYSIS WHERE THIS

11:21:57 1    BORROW IS REMOVED AND THEY'RE CHECKING THE LEVEE FOR STABILITY OF

11:22:00 2    THAT REMOVED BORROW.

11:22:02 3              THE COURT:  OKAY.  THANK YOU.

11:22:05 4              MR. STONE:  OKAY.

11:22:06 5              THE WITNESS:  COULD WE GO TO THE FACTORS SAFETY, OR DID

11:22:10 6    YOU WISH TO?

11:22:10 7    BY MR. STONE:

11:22:10 8    Q.  YES.

11:22:10 9    A.  THAT WOULD BE THE TABLE IN THE LOWER LEFT AGAIN.  THE MINIMUM

11:22:17 10   FACTOR OF SAFETY IN THIS CASE APPEARS TO BE 1.47 AND IT'S DOWN AT

11:22:22 11   ELEVATION MINUS 30.

11:22:24 12   Q.  DO YOU HAVE AN OPINION WHETHER THE MRGO WAS TAKEN INTO

11:22:29 13   CONSIDERATION DURING THE DESIGN OF THE REACH 2 LEVEES?

11:22:32 14   A.  YES.

11:22:33 15   Q.  WHAT IS THAT OPINION, SIR?

11:22:35 16   A.  IT'S MY OPINION THAT IT WAS AS EVIDENCED BY THE CHAIN OF

11:22:40 17   CORRESPONDENCE IN THE ENDORSEMENTS OR COMMENTS WHERE THEY STATED

11:22:44 18   THAT A STABILITY ANALYSIS WOULD BE DONE.  IT'S REFLECTED IN THIS

11:22:50 19   2001 GEOTECHNICAL INVESTIGATION WHERE THEY EXPLICITLY SHOW FORESHORE

11:22:56 20   EROSION OF THE MRGO.  AND IN ALL CASES, THE LEVEE SLOPE STABILITY

11:23:04 21   ANALYSIS SHOWS THAT ANY SLIDING MOVEMENTS OF THE UNDERLYING SOILS

11:23:11 22   WOULD BE PREVENTED BY FACTORS OF SAFETY IN 1.3 AND THE FAILURE

11:23:16 23   SURFACES FOR WHICH THE SOIL WOULD FAIL ON IF THE FACTOR OF SAFETY

11:23:20 24   WERE IN FACT LOWER THAN THAT ALL DAYLIGHT SUBSTANTIALLY SHORT OF THE

11:23:27 25   MRGO.

11:23:28  1          MR. STONE:  YOUR HONOR, CAN I TAKE ABOUT A MINUTE OR SO TO

11:23:31  2   CONFER WITH COUNSEL, AND I MAY BE ABLE TO SHORTEN MY --

11:23:34  3          THE COURT:  YES, YOU MAY.  COUNSEL, IF YOU WANT TO GO TO A

11:24:02  4   MORE PRIVATE AREA, YOU MAY.  YOU CAN GO IN THERE.

11:24:06  5          MR. STONE:  NO, JUST ON SECOND, YOUR HONOR.

11:24:25  6          TURNING NOW TO VALIDATION OF MODELS, YOUR HONOR, AND I

11:24:28  7   HOPE THIS IS OUR LAST.

11:24:32  8          THE COURT:  ALL RIGHT.  I DID READ SOMETHING INTERESTING

11:24:34  9   IN HIS REPORT ABOUT MODELING, SOMETHING I THINK I AM PROBABLY GOING

11:24:37 10   TO AGREE WITH.  BUT GO AHEAD.

11:24:40 11          MR. STONE:  OKAY.  NOW SINCE I CUT A BUNCH OUT I JUST HAVE

11:24:48 12   TO FIND IT IN MY REPORT.

11:24:49 13          THE COURT:  TAKE YOUR TIME.  YOU'RE SAVING TIME, SO.

11:24:52 14   BY MR. STONE:

11:24:53 15   Q.  IS IT TRUE, DR. WOLFF, THAT FOR A MODEL TO BE USEFUL IT MUST BE

11:24:59 16   VALIDATED?

11:24:59 17   A.  YES.

11:25:00 18   Q.  CAN YOU EXPLAIN?

11:25:00 19   A.  VALIDATION ESSENTIALLY MEANS THAT THE NUMERICAL CALCULATIONS

11:25:06 20   DONE ON A MODEL NEED TO BE ABLE TO BE RELATED TO PHYSICAL

11:25:13 21   OBSERVATIONS THAT HAVE BEEN OBSERVED BEFORE AND ANALYTICAL SOLUTIONS

11:25:19 22   THAT HAVE BEEN DONE BEFORE.

11:25:20 23   Q.  IS THE SAME TRUE FOR CALIBRATION, THAT THE MODEL HAS TO BE

11:25:25 24   CAPABLE OF CALIBRATION?

11:25:26 25   A.  YES.

11:25:27 1   Q.   WHAT IS MEANT BY CALIBRATION?

11:25:30 2   A.   CALIBRATION MEANS THAT YOU CAN SHOW THAT THE NUMERICAL MODEL

11:25:37 3   RESULTS AGREE WITH THINGS THAT WERE REALLY OBSERVED TO BE HAVE

11:25:41 4   HAPPENED.  I'LL GIVE YOU TWO BRIEF EXAMPLES:  ONE THAT THE TEST

11:25:46 5   SECTIONS AT THE ATCHAFALAYA BASIN WHERE THEY RAN NUMERIC SLOPE

11:25:51 6   STABILITY ANALYSIS AND THEN BUILT TEST SECTIONS TO SEE THAT THEIR

11:25:55 7   PREDICTED FACTORS OF SAFETY THAT THE LOW ONES ACTUALLY RESULTED IN

11:26:04 8   LEVEES THAT UNDERWENT DISTRESS AND THE OTHER ONES WERE BETTER WAS AN

11:26:04 9   EXAMPLE OF CALIBRATING THIS WHOLE STABILITY MODEL TO A REAL

11:26:08 10  EMBANKMENT.

11:26:09 11          THE MANY HYDRAULIC STUDIES AROUND HURRICANE KATRINA,

11:26:13 12  PARTICULARLY THE ONES WITH HIGH-WATER MARKS WHERE THEY WOULD CHECK

11:26:17 13  THE MODEL PREDICTIONS AGAINST HIGH-WATER MARKS TO SEE THAT THE WATER

11:26:21 14  ACTUALLY REACHED THE LEVELS THAT THE MODEL WOULD SAY THAT THEY WERE

11:26:25 15  IS ANOTHER EXAMPLE OF CALIBRATING A MODEL.

11:26:29 16  Q.   IS IT ALSO FAIR TO SAY THAT BEFORE THE MODEL CAN BE RELIED ON,

11:26:33 17  IT SHOULD BE ACCEPTED AS A STANDARD PRACTICE IN THE INDUSTRY IN

11:26:38 18  WHICH IT'S BEING USED?

11:26:40 19  A.   YES.

11:26:41 20  Q.   HAVE YOU CONSIDERED WHETHER THE FRONT SIDE WAVE INDUCED EROSION

11:26:46 21  AGGREGATION MODEL APPLIED BY PLAINTIFFS IN THIS CASE HAS BEEN

11:26:50 22  VALIDATED?

11:26:51 23  A.   IN MY OPINION IT HAS NOT.

11:26:57 24  Q.   HAS IT BEEN CALIBRATED EVEN?

11:26:58 25  A.   IT HAS NOT.

11:26:59 1    Q.  AND WHY HAS IT NOT BEEN CALIBRATED?

11:27:02 2    A.  TO CALIBRATE THE MODEL, YOU KNOW, THE MODEL PURPORTS TO PREDICT

11:27:08 3    THE AMOUNT OF EROSION THAT WOULD OCCUR UNDER TIME GIVEN ATTACKING

11:27:15 4    WAVES.  TO CALIBRATE SUCH A MODEL, TO USE AN ANALOGY TO THE SLOPE

11:27:20 5    STABILITY OR TO WATER LEVEL MODELS, IT WOULD SEEM ONE WOULD HAVE

11:27:24 6    NEEDED SOMETHING LIKE A VIDEO CAMERA UP ON A POLE THAT COULD

11:27:28 7    ACTUALLY RECORD THE LEVEE BEING WASHED AWAY SO THAT ONE COULD

11:27:34 8    CALIBRATE OR SHOW THAT EROSION TAKES PLACE IN THE SAME TIME FRAME

11:27:40 9    THAT THE MODEL WOULD PREDICT THAT EROSION TO TAKE PLACE.

11:27:43 10        THE COURT:  I THINK CONGRESS SHOULD PASS A LAW THAT A

11:27:47 11   MEMBER OF THE GOVERNMENT, HOPEFULLY NOT THE JUDICIARY, WILL HAVE TO

11:27:50 12   BE STRAPPED AT EVERY LEVEE DURING A HURRICANE WITH A CAMERA.  GO

11:27:54 13   AHEAD.  ANYWAY, THAT'S A JOKE.  GO AHEAD.

11:28:00 14        MR. O'DONNELL:  CAN WE NOMINATE CANDIDATES, JUDGE?

11:28:04 15        THE COURT:  GO AHEAD.  IT WOULD HELP THE COURT, THAT'S ALL

11:28:06 16   I CAN TELL YOU, I THINK.

11:28:08 17        MR. STONE:  I WAS WONDERING IF YOU WERE GIVING ME A HARD

11:28:10 18   TIME AGAIN.

11:28:11 19        THE COURT:  NOT YOU.

11:28:12 20   BY MR. STONE:

11:28:13 21   Q.  LET'S TALK ABOUT LS/DYNA FOR A MOMENT, THAT'S PART OF DR. BEA 'S

11:28:19 22   MODEL FOR THE EROSION CUMULATIVE ANALYSIS THAT HE DOES.  IS THE

11:28:24 23   LS/DYNA MODEL AS HE USED IT USED IN THE INDUSTRY AS A STATE OF THE

11:28:28 24   PRACTICE TO DO WHAT DR. BEA IS TRYING TO DO WITH IT?

11:28:32 25   A.  NO.

11:28:33 1    Q.  DO YOU KNOW THAT THE LS/DYNA MODEL IS A -- THAT HE USED IS A

11:28:43 2    TWO-DIMENSIONAL MODEL?

11:28:45 3    A.  MY UNDERSTANDING IS THAT IT'S A THREE-DIMENSIONAL MODEL BUT HE

11:28:49 4    ONLY DID TWO-DIMENSIONAL MODELING WITH IT.

11:28:55 5    Q.  DOES HE HAVE A USE OF -- THE QUESTION IS WITHDRAWN.

11:28:58 6            DOES HE CHANGE THE GEOMETRY WITHIN THE LEVEE AS HIS

11:29:04 7    EROSION ALLEGEDLY OCCURS?

11:29:06 8    A.  NO.

11:29:07 9    Q.  WOULD HE HAVE TO DO THAT TO HAVE AN APPROPRIATE USE OF ANY TYPE

11:29:11 10   OF LS/DYNA ANALYSIS OR SOFTWARE FOR LOOKING AT EROSION OF A LEVEE?

11:29:20 11   A.  IN MY OPINION, YES.

11:29:22 12   Q.  DOES HE CHANGE THE SOILS AS THE EROSION ALLEGEDLY GOES INTO THE

11:29:28 13   LEVEE ITSELF?

11:29:29 14   A.  NO.  LET ME ELABORATE.  BASED ON THE BORINGS THAT SHOW CLAY CH'S

11:29:36 15   BEING THE PREDOMINANT MATERIAL IN THE CENTER OF THESE LEVEES -- AND

11:29:38 16   THE BORINGS ARE MOSTLY CENTER LINE BORINGS -- AND BASED ON THE

11:29:43 17   DISCUSSION AND SOME OBSERVATIONS OF THE MORE SANDY MATERIALS TOWARD

11:29:45 18   THE LEVEE SURFACE, IT'S REASONABLE TO ASSUME THAT THE SOIL MATERIAL

11:29:51 19   IS MORE EROSION RESISTANT NEAR THE CORE THAN IT WOULD BE ON THE

11:29:55 20   SURFACE.  AND IF THAT'S THE CASE, ONE WOULD NEED TO ESSENTIALLY HAVE

11:30:01 21   DIFFERENT ERODIBILITY PARAMETERS AT DIFFERENT POINTS WITHIN THE

11:30:07 22   EMBANKMENT.

11:30:08 23           I BELIEVE IN HIS JANUARY 2009 DECLARATION THAT HE CALLS

11:30:13 24   VALIDATION REPORT, I BELIEVE HE ACTUALLY MAKES MENTION OF THE FACT

11:30:17 25   THAT HE DID NOT CHANGE THE MATERIAL PARAMETERS.

11:30:21  1    Q.  DO YOU TAKE ISSUE WITH THE WAY HE USES THE EROSION INFORMATION

11:30:27  2    OBTAINED FROM DR. BRIAUD AS A RESULT OF DR. BRIAUD'S EROSION

11:30:32  3    FUNCTION APPARATUS TESTING?

11:30:33  4    A.  I TAKE SUBSTANTIAL ISSUE WITH THE USE OF THE EFA TEST.  THE

11:30:39  5    EROSION FUNCTION APPARATUS TEST WAS DEVELOPED BY JOHN-LOUIS BRIAUD

11:30:43  6    AT TEXAS A&M, RESEARCH WAS LARGELY FUNDED, MAYBE ALL FUNDED, BY THE

11:30:49  7    FEDERAL HIGHWAY ADMINISTRATION.  THE QUESTION OF INTEREST IN THAT

11:30:52  8    RESEARCH WAS SCOUR AROUND BRIDGE PEERS IN RIVERS AND STREAMS.

11:30:56  9            AND SO THE TESTS, WHAT THE EROSION FUNCTION APPARATUS TEST

11:31:01 10    DOES IS TAKE STEADY-STATE WATER FLOWING IN ONE DIRECTION ACROSS THE

11:31:07 11    SOIL SURFACE AND MEASURE HOW FAST IT ERODES OFF PARTICLES OF THAT

11:31:13 12    SOIL.

11:31:14 13            IN THE FRONT SIDE WAVE ATTACK MODEL OF DR. BEA, YOU HAVE

11:31:18 14    RAPIDLY CHANGING VELOCITIES AND RAPIDLY CHANGING DIRECTIONS AS WATER

11:31:23 15    HITS THE LEVEE, GOES UP AND COMES DOWN.  AND, IN FACT, IF THE LEVEE

11:31:29 16    WERE ERODING THAT WOULD TAKE US BACK TO THE ISSUE OF THE CHANGING

11:31:33 17    GEOMETRY BECAUSE THE NATURE OF THE DIRECTIONS AND VELOCITIES WOULD

11:31:39 18    CHANGE EVERY TIME A BIT OF THE SOIL IS ERODED.

11:31:43 19            BUT PRIMARILY, THE EFA TEST IS A STEADY STATE ONE

11:31:52 20    DIRECTIONAL FLOW MODEL THAT IS BEING USED IN A VERY COMPLICATED

11:31:54 21    NON-STEADY STATE THREE-DIMENSIONAL FLOW REGIME.

11:32:00 22            MR. STONE:  YOUR HONOR, I AM GOING TO ASK HIM ONE QUESTION

11:32:03 23    ABOUT GRASS LIFT OFF.  I KNOW YOU'RE TIRED OF THAT SUBJECT, BUT.

11:32:03 24    BY MR. STONE:

11:32:07 25    Q.  SIR, THE GRASS LIFT OFF MODEL THAT IS ALSO AN AGGREGATE MODEL

11:32:11 1    WITHIN HIS OTHER MODEL, HAS IT BEEN VALIDATED OR CALIBRATED?

11:32:18 2    A.  NO.

11:32:18 3    Q.  DO YOU TAKE ISSUE WITH THE SOIL SAMPLE THAT DR. BEA -- THE

11:32:18 4    QUESTION IS WITHDRAWN.

11:32:23 5            YOU TAKE ISSUE WITH THE SOIL SAMPLES THAT DR. BEA RELIED

11:32:26 6    ON, PARTICULARLY FOR HIS TEST SITE?

11:32:28 7    A.  YES.

11:32:29 8    Q.  AND WHAT'S THE ISSUE?

11:32:31 9    A.  THE SOIL SAMPLES, THE BEST SOIL SAMPLES, INCLUDING THOSE THAT

11:32:35 10   WILL BE DONE IN THE EFA TEST AND MANY SOIL SAMPLES IN THIS PROJECT,

11:32:40 11   WOULD BE TAKEN AS WHAT'S CALLED AN UNDISTURBED SAMPLE TAKEN WITH A

11:32:45 12   SHELBY TUBE.  A TUBE IS PUSHED INTO THE SOIL SO THAT YOU CAN RECOVER

11:32:49 13   THE INTACT SOIL IN ITS ORIGINAL STRUCTURE.

11:32:52 14           THESE WERE SHOVEL SAMPLES PUT INTO BAGS, TAKEN TO TEXAS

11:32:58 15   FOR TESTING, AND BECAUSE THEY WERE LOSE SAMPLES, THEY HAD TO BE

11:33:03 16   RECONSTRUCTED.  AND BECAUSE OF THE EROSION, SOME OF THE MATERIALS

11:33:10 17   MAY HAVE BEEN SEPARATED.  SO WE DO NOT KNOW WHETHER THOSE BAG

11:33:16 18   SAMPLES ARE, IN FACT, REPRESENTATIVE OF THE SOIL THAT WAS ERODED

11:33:20 19   AWAY.

11:33:25 20   Q.  LET'S TALK A MINUTE ABOUT UNCERTAINTIES RELATED TO HIS ANALYSES.

11:33:31 21   HAVE YOU READ THE SECTION IN HIS REPORT IN 2009, HIS JANUARY REPORT,

11:33:35 22   THAT ADDRESSES UNCERTAINTIES?

11:33:37 23   A.  YES.

11:33:37 24   Q.  AND WHAT DO YOU CONCLUDE FROM HIS ANALYSIS OF THE UNCERTAINTIES

11:33:42 25   WITHIN HIS OWN MODEL?

11:33:45  1    A.  DR. BEA VERY PROPERLY MENTIONS THAT EVERY ELEMENT OF A MODEL OR

11:33:52  2    A CALCULATION, THE PARAMETERS THAT GO INTO IT AND THE MODEL ITSELF

11:33:57  3    EACH HAVE UNCERTAINTY.  AND IF WE TAKE THE AMOUNT OF UNCERTAINTY

11:34:04  4    ASSOCIATED WITH EACH VARIABLE OR EACH EQUATION OR EACH MODEL AND PUT

11:34:07  5    THEM TOGETHER, THAT THE UNCERTAINTY IN THE FINAL ANSWER IS,

11:34:15  6    REPRESENTS A COMPOUNDING OF THE INDIVIDUAL UNCERTAINTIES IN EACH

11:34:18  7    COMPONENT.

11:34:19  8            HE THEN STATES HE'S TALKING ABOUT, FOR EXAMPLE, DISTANCE

11:34:26  9    OF EROSION, WHICH HE ESTIMATES MIGHT HAVE A COEFFICIENT VARIATION OF

11:34:32 10    64 PERCENT.

11:34:37 11    Q.  DO YOU REMEMBER FROM HIS REPORT ITSELF THAT HE SAYS THAT HIS

11:34:44 12    EROSION IS, HE'S CONFIDENT WITHIN 30 TO 130 FEET IN HIS EROSION

11:34:52 13    ANALYSIS?

11:34:52 14    A.  I BELIEVE THE 30 TO 130 FEET WERE THE 30TH PERCENTILE AND 70TH

11:35:01 15    PERCENTILE OF THE POSSIBLE VALUES.  MIGHT WE BRING THAT PAGE UP?  OR

11:35:08 16    DOES HE RELATE THOSE TO THAT --

11:35:11 17            I BELIEVE HE REFERS TO THOSE AS THE 30TH AND 70TH

11:35:20 18    PERCENTILE.  IF THAT'S THE CASE, THERE'S A 40 PERCENT CHANCE THAT

11:35:20 19    THE VALUES WOULD BE BETWEEN THOSE, THE TRUE VALUE WOULD BE BETWEEN

11:35:23 20    THOSE LIMITS; AND THERE WOULD BE A 30 PERCENT CHANCE THAT THE TRUE

11:35:27 21    VALUE WOULD BE BELOW THE LOWER LIMIT, AND THERE WOULD BE A

11:35:30 22    30 PERCENT CHANCE THAT THE TRUE VALUE WOULD BE ABOVE THAT UPPER

11:35:35 23    LIMIT.

11:35:35 24    Q.  LET'S BRING THE PAGE UP FOR YOU.

11:35:37 25    A.  YES, SIR.

11:35:37  1  Q.  IT'S JX 0207, DR. BEA'S JANUARY 9 DECLARATION AT PAGE 36.  IT'S

11:36:04  2  PARAGRAPH 60 AND NEAR THE BOTTOM.

11:36:07  3         AND I MISSPOKE, IT'S PERCENTILE VALUES TO BE APPROXIMATELY

11:36:10  4  160 AND 30 FEET RESPECTIVELY.

11:36:13  5  A.  OKAY.  USING HIS OWN ESTIMATES, WHICH I CAN'T CONFIRM OR DENY,

11:36:23  6  BUT HE STATES THAT IF THE MEAN VALUE OR THE BEST ESTIMATE OF THE

11:36:29  7  EROSION DISTANCE AT ANY TIME AND LOCATION IS 100 FEET AND IN THE

11:36:34  8  TYPE I AND TYPE II UNCERTAINTIES THAT HE REFERS TO, HE HAS A TOTAL

11:36:39  9  COEFFICIENT OF VARIATION OF 64 PERCENT, THEN THE 70TH PERCENTILE AND

11:36:45 10  30TH PERCENTILE VALUES WOULD BE APPROXIMATELY 160 AND 30 FEET

11:36:50 11  RESPECTIVELY.

11:36:51 12         SO LET ME EXPLAIN WHAT THAT MEANS.  THERE IS A THREE IN

11:36:56 13  TEN CHANCE THAT THE TRUE VALUE IS LESS THAN 30 FEET OF EROSION;

11:37:01 14  THERE IS A FOUR IN TEN CHANCE THAT THE TRUE VALUE IS BETWEEN 30 AND

11:37:07 15  160, AND THERE WOULD BE A 30 PERCENT CHANCE THAT IT IS GREATER THAN

11:37:11 16  160.  SO THAT'S A VERY -- THE DIFFERENCE BETWEEN 30 AND 160 IS A

11:37:15 17  FACTOR OF OVER FIVE.

11:37:17 18         SO IT INDICATES THAT HE'S VERY UNCERTAIN ABOUT WHAT THE

11:37:22 19  REAL VALUE FROM HIS MODEL WOULD BE.

11:37:24 20  Q.  LET'S GO TO PAGE 199 OF THAT SAME REPORT.  AND DO YOU RECALL

11:37:36 21  DR. BEA REPORTING THAT HE HAD READ YOUR EXPERT REPORT AND HE HAD

11:37:44 22  COMMENTS ON ABOUT YOUR EXPERT REPORT?

11:37:47 23  A.  YES.

11:37:47 24  Q.  HIGHLIGHT THE LAST PARAGRAPH, PLEASE.  AND HERE DR. BEA STATES,

11:37:58 25  FOR EXAMPLE, "DR. WOLFF STATES HIS OPINION THAT THE ANALYSES DO NOT

11:38:02 1    DIRECTLY PROVE THAT SOMETHING DID HAPPEN, RATHER THAN THE SCENARIO

11:38:08 2    WAS POSSIBLE."  AND HE IS REFERRING TO YOUR STATEMENT ABOUT HIS

11:38:11 3    ANALYSES, ISN'T HE, SIR?

11:38:13 4    A.  YES.

11:38:14 5    Q.  AND NEXT HE HIGHLIGHTS, HE SAYS:  "WHAT DR. WOLFF DOES NOT

11:38:17 6    HIGHLIGHT IS THAT THE REQUIRED INFORMATION BY WHICH TO FULLY

11:38:20 7    COMPLETE THE ANALYSES REQUIRES INFORMATION NOT AVAILABLE."

11:38:24 8    A.  YES.

11:38:24 9    Q.  WHAT DOES THAT SAY ABOUT THE STATE OF HIS EVIDENCE TO PROVE HIS

11:38:28 10   EROSION ANALYSIS?

11:38:29 11   A.  HE STATES THAT THE EVIDENCE IS NOT AVAILABLE BECAUSE IF THE

11:38:33 12   FRONT SIDE WAVE ATTACK DID OCCUR, IT WASHED AWAY THE SAME AS THE

11:38:43 13   LANDSIDE BREACHING EROSION.

11:38:43 14        MR. STONE:  MAY I HAVE LIKE 30 SECONDS, YOUR HONOR, I MAY

11:38:43 15   BE DONE HERE.

11:38:44 16        THE COURT:  YOU CERTAINLY MAY.

11:38:53 17        MR. STONE:  NOTHING FURTHER, YOUR HONOR.

11:38:55 18        THE COURT:  THANK YOU.  JUST ONE QUESTION BEFORE CROSS,

11:38:57 19   SOMETHING THAT INTRIGUED ME IN YOUR REPORT.  YOU QUOTE FROM A PAPER

11:39:01 20   BY, I'LL PROBABLY MISPRONOUNCE IT, ORESKES, ET AL, AND THE QUESTION

11:39:08 21   WAS "THEN WHAT ARE GOOD MODELS?"  AND YOU QUOTE:  "MODELS CAN

11:39:13 22   CORROBORATE A HYPOTHESIS BY OFFERING EVIDENCE TO STRENGTHEN WHAT MAY

11:39:16 23   BE ALREADY PARTIALLY ESTABLISHED BY OTHER MEANS.  MODELS CAN

11:39:19 24   ELUCIDATE DISCREPANCIES IN OTHER MODELS.  MODELS CAN ALSO BE USED

11:39:23 25   FOR SENSITIVITY ANALYSIS-FOR EXPLORING "WHAT IF" QUESTIONS-THEREBY

11:39:31 1   ILLUMINATING WHICH ASPECTS OF THE SYSTEM ARE MOST IN NEED OF FURTHER

11:39:35 2   STUDY, AND WHERE MORE EMPIRICAL DATA ARE MOST NEEDED.  THUS, THE

11:39:42 3   PRIMARY VALUE OF MODELS IS HEURISTIC:  MODELS ARE REPRESENTATIONS,

11:39:47 4   USEFUL FOR GUIDING FURTHER STUDY BUT NOT SUSCEPTIBLE TO PROOF."

11:39:52 5           AND THIS YOUR OWN LANGUAGE ON PAGE 47, YOU SAY:  MOST

11:39:56 6   IMPORTANTLY, MODELS OF NATURAL SYSTEMS ARE NOT SUSCEPTIBLE TO PROOF,

11:40:01 7   AND CERTAINLY DR. BEA'S APPLICATION OF THE ONES PRESENTED IN HIS

11:40:04 8   DECLARATION DO NOT PROVE ANYTHING."

11:40:06 9           WHEN YOU SAY MODELS ARE NOT SUSCEPTIBLE TO PROOF, I ASSUME

11:40:09 10  YOU MEAN ALL OF THE MODELS THAT I'VE SEEN?

11:40:12 11          THE WITNESS:  WELL, I WAS RESTATING ORESKES.  I WON'T

11:40:16 12  DISAGREE WITH HIM OR HER, DON'T EVEN KNOW WHO THEY WERE.

11:40:20 13          THE COURT:  RIGHT.

11:40:20 14          THE WITNESS:  I CHOSE THAT REPORT BECAUSE THE CONCEPT OF

11:40:22 15  CALIBRATION IS SO FUNDAMENTAL THAT I ACTUALLY HAD A LITTLE

11:40:27 16  DIFFICULTY FINDING SOMEONE THAT HAD TALKED ABOUT CALIBRATING BECAUSE

11:40:31 17  THE LITERATURE IS REPLETE WITH THOUSANDS OF PLACES WHERE PEOPLE JUST

11:40:35 18  DO CALIBRATION OF MODELS, INCLUDING MANY THINGS CITED HERE.  SO I

11:40:39 19  WAS WORKING MOSTLY ON THE VALIDATION AND CALIBRATION.

11:40:43 20          MODELS ARE USED, SLOPE STABILITY, FOR EXAMPLE; WE RELY ON

11:40:48 21  THEM BECAUSE WE HAVE OBSERVED EMBANKMENTS THAT FAIL AND WE FIND

11:40:53 22  FACTORS OF SAFETY OF ONE AND WE OBSERVE SAFE EMBANKMENTS AND THEY

11:40:57 23  HAVE HIGH FACTORS OF SAFETY.

11:41:00 24          I GUESS ORESKES IS SAYING, AND I AM REPEATING, YOU CAN

11:41:04 25  NEVER REALLY PROVE ANYTHING; BUT HE IS ALSO STATING THAT YOU CAN GET

11:41:08 1    A LOT OF INSIGHT THAT WOULD PILE ON THE EVIDENCE, SO TO SPEAK.

11:41:13 2           THE COURT:  THAT'S FAIR ENOUGH.  THANK YOU.  OKAY.

11:41:16 3    CROSS-EXAMINATION.

11:41:18 4           MR. STEVENS:  IF I COULD JUST HAVE ONE MOMENT TO SET UP.

11:42:14 5    I THINK BY THE TIME THIS TRIAL IS OVER MY WORDSMITH ING SKILLS WILL

11:42:24 6    BE DRASTICALLY IMPROVED.

11:42:24 7           THE COURT:  WE MAY HAVE ALSO ADD WORDS TO THE AMERICAN

11:42:25 8    LEXICON.

11:42:26 9           MR. PALMINTIER:  DON'T STOP.

11:42:29 10          MR. STEVENS:  I'LL TRY TO EXERCISE A LITTLE MORE

11:42:32 11   MATRICULARITY.

11:42:37 12                      CROSS-EXAMINATION

11:42:37 13   BY MR. STEVENS:

11:42:37 14   Q.  WITH THAT, DR. WOLFF, I AM STILL ELWOOD STEVENS, WE MET BEFORE,

11:42:42 15   I TOOK YOUR DEPOSITION ABOUT 50 YARDS FROM HERE.

11:42:45 16   A.  YES, SIR.

11:42:45 17   Q.  AND I WANT TO TAKE YOU BACK TO YOUR DEPOSITION ON AN ISSUE THAT

11:42:48 18   THE JUDGE JUST BROUGHT UP.  WE WERE TALKING ABOUT MR. OR IS IT DR.

11:42:54 19   ORESKES' ARTICLE ABOUT MODELING, AND THE WORD THERE THAT HE USED TO

11:42:57 20   DESCRIBE IT WAS THESE MODELS ARE HEURISTIC, H-E-U-R-I-S-T-I-C.

11:43:03 21          DO YOU REMEMBER OUR DISCUSSION ABOUT HEURISTIC?

11:43:05 22   A.  YES.

11:43:06 23   Q.  AND WE STRUGGLED BETWEEN US TO FIGURE OUT WHAT THE REAL

11:43:09 24   DEFINITION OF IT WAS?

11:43:10 25   A.  YES, SIR.

11:43:10 1    Q.  BUT IN LAYMAN'S TERMS IT MEANS, AND CORRECT ME IF I'M WRONG,

11:43:14 2    THAT THE MODELS ARE DEVELOPED AS TOOLS MORE FROM INTUITION AND

11:43:19 3    OBSERVATION THAN AS SCIENTIFIC PROOF OF A FACT.  IS THAT A FAIR

11:43:24 4    ASSESSMENT OF WHAT DR. ORESKES REFERS TO AS HEURISTIC?

11:43:29 5    A.  I HAVE SOMEWHAT SIMILAR DIFFICULTIES WITH THE DEFINITION OF

11:43:35 6    HEURISTIC.

11:43:36 7            THE COURT:  MAY I READ THE DEFINITION.  INVOLVING OR

11:43:39 8    SERVING AS AN AID TO LEARNING, DISCOVERY, OR PROBLEM-SOLVING BY

11:43:43 9    EXPERIMENTAL AND SPECIAL TRIAL-AND-ERROR METHODS.  ALSO RELATING TO

11:43:49 10   EXPLORATORY PROBLEM-SOLVING TECHNIQUES THAT UTILIZE SELF-EDUCATING

11:43:52 11   TECHNIQUES AS TO IMPROVE PERFORMANCE.

11:43:55 12           THE WITNESS:  SO I HEARD BOTH INTUITION AND TRIAL AND

11:43:59 13   ERROR.

11:44:00 14   BY MR. STEVENS:

11:44:00 15   Q.  SO THAT IS A FAIR ASSESSMENT.  I'LL TRY TO HEURISTIC IN A

11:44:04 16   SENTENCE BEFORE THE TRIAL IS OVER.

11:44:11 17           LET'S SEE.  FIRST OF ALL, YOU TALKED AT LENGTH ABOUT SLOPE

11:44:18 18   STABILITY ANALYSIS THAT YOU SAID THAT THE CORPS WENT TO GREAT

11:44:24 19   LENGTHS, CAREFULLY ANALYZED ALL OF THESE FACTORS OF SAFETY OVER TIME

11:44:29 20   AFTER LEVEES WERE BUILT AND CONSTRUCTED, CORRECT?

11:44:31 21   A.  YES.

11:44:31 22   Q.  CAN I TAKE YOU TO PAGE 26 OF YOUR REPORT, AND HIS REPORT IS JX

11:44:40 23   0210, PAGE 26.

11:44:47 24           AND IN THE SECOND PARAGRAPH OF THE SENTENCE, THE THIRD

11:44:51 25   SENTENCE THAT READS:  A SUDDEN SINKING OF THE LEVEE, COULD YOU

11:44:55 1    HIGHLIGHT THAT, PLEASE.  A SUDDEN SINKING, SECOND SENTENCE ACTUALLY.

11:45:01 2    YES, THAT SENTENCE.

11:45:02 3          NOW, THIS IS TALKING ABOUT THE 1981 FIRST LIFT, RIGHT?

11:45:08 4    A.  YES, SIR.

11:45:09 5    Q.  FIRST ENLARGEMENT BETWEEN BAYOU BIENVENUE AND BAYOU DUPRE.  AND

11:45:14 6    A SUDDEN SINKING OF THE LEVEE BY THREE FEET IN APRIL OF '81

11:45:20 7    SUGGESTED A LOCALIZED SLOPE STABILITY FAILURE, WHICH WAS REPAIRED

11:45:25 8    AND AGAIN FAILED SHORTLY THEREAFTER.  AFTER THIS SECOND FAILURE,

11:45:33 9    WORK AT THAT STATION WAS DEFERRED.  THAT'S IN YOUR REPORT, IS NOT,

11:45:35 10   SIR?

11:45:35 11   A.  YES, SIR.  I AM PARAPHRASING THAT COMPLETION REPORT.

11:45:39 12   Q.  NOW, YOU TOLD US SEVERAL TIMES THAT ALL OF THE CORPS' WORK IN

11:45:43 13   TERMS OF LEVEE CONSTRUCTION AND LEVEE MAINTENANCE THAT THE FACTORS

11:45:48 14   OF SAFETY WERE ALWAYS EXCEEDED OR ENSURED TO BE IN PLACE?

11:45:53 15   A.  YES.

11:45:54 16   Q.  NOW, DO YOU THINK MAYBE THAT THERE'S SOMETHING ELSE GOING ON

11:45:58 17   HERE BESIDES SIMPLE SETTLEMENT OF THE LEVEE?

11:46:04 18   A.  THIS IS THE SLOPE STABILITY FAILURE?

11:46:05 19   Q.  IT FAILED.

11:46:06 20   A.  THE FACTOR OF SAFETY AT THIS LOCALIZED LOCATION WOULD, IN FACT,

11:46:10 21   HAVE BEEN ONE.

11:46:11 22   Q.  LET ME ASK YOU THIS.  YOU WERE ASKED TO COMPARE -- LET'S SHOW,

11:46:20 23   PLEASE, PX 98.20.  THANK YOU.  THIS IS THE DIAGRAM OR THE PHOTOGRAPH

11:46:32 24   FROM MR. MORRIS' REPORT THAT YOU REFERRED TO EARLIER, IT'S FIGURE

11:46:38 25   7-1 OF HIS REPORT.  AND YOU TALKED ABOUT THE SETTLEMENT IN THE RED

11:46:43 1    ZONES BEING -- AND I NEED A LASER POINTER.  I GET UP HERE EVERY TIME

11:46:47 2    AND DON'T HAVE ONE.

11:46:58 3              MR. STONE:  YOUR HONOR, I HATE TO INTERFERE WITH THIS.

11:47:01 4              THE COURT:  ABSOLUTELY.

11:47:03 5              MR. STONE:  THE YELLOW WHAT LOOK LIKE STICKIES ON THIS, I

11:47:07 6    AM NOT FAMILIAR WITH WHERE ANY OF THAT INFORMATION COMES FROM FROM

11:47:11 7    ANY OF THE REPORTS THAT THEY'VE DEVELOPED IN THIS CASE.

11:47:14 8              THE COURT:  MAYBE COUNSEL CAN BE SO KIND AS TO EXPLAIN

11:47:16 9    WHAT THIS IS.

11:47:18 10             MR. STEVENS:  I CAN ACTUALLY REFER THEM TO THE LEGEND OF

11:47:21 11   THE BOTTOM BECAUSE IT GIVES THE SOURCE OF EVERY PIECE OF

11:47:24 12   INFORMATION.  AND IN A NUTSHELL, YOUR HONOR, IT'S FROM MR. MORRIS'

11:47:28 13   REPORT, THE DIAGRAM.  THE ONLY ADDED INFORMATION IN THESE YELLOW

11:47:30 14   BOXES WAS TAKEN DIRECTLY FROM THE CORPS OF ENGINEERS' OWN LEVEE

11:47:35 15   CONSTRUCTION DRAWINGS AND THE ELEVATIONS AT THE TIME OF KATRINA ARE

11:47:38 16   BASED ON THE PREKATRINA LIDAR THAT WE HEARD SO MUCH TESTIMONY ABOUT

11:47:42 17   IN THIS CASE, BOTH OF WHICH WERE PRODUCED BY THE CORPS AND BOTH OF

11:47:46 18   WHICH BOTH SIDES HAVE HAD FOR MANY YEARS.

11:47:49 19             IT'S SIMPLY A GRAPHIC REPRESENTATION OF THE INFORMATION

11:47:51 20   WHICH IS AGAIN AVAILABLE TO BOTH SIDES FOR THE ENTIRE LITIGATION.

11:47:54 21             MR. STONE:  I OBJECT FOR THE SAME REASON THAT COUNSEL

11:47:57 22   OBJECTED THIS MORNING TO ME USING INFORMATION FROM THE DESIGN

11:48:02 23   MEMORANDUM THAT WAS OUTSIDE THE SCOPE OF WHAT WE TALKED ABOUT.

11:48:07 24             THE COURT:  I AM GOING TO OVERRULE YOUR OBJECTION.  I

11:48:10 25   THINK THIS IS WITHIN THE SCOPE WE TALKED ABOUT AND WE DID USE A LOT

11:48:13 1    OF INFORMATION FROM THE DESIGN MEMORANDUM AS I RECALL.

11:48:16 2         MR. STEVENS:  THANK YOU, YOUR HONOR.

11:48:18 3    BY MR. STEVENS:

11:48:18 4    Q.  IF YOU WOULD, DR. WOLFF, I AM GOING TO ASK YOU HYPOTHETICALLY TO

11:48:22 5    ASSUME, AND IF YOU KNOW AS FACTS THAT'S FINE.  BUT ASSUME FROM THESE

11:48:29 6    CONSTRUCTION DRAWINGS IT SHOWS THAT IN 1985 THE MRGO LEVEE BETWEEN

11:48:32 7    BAYOU BIENVENUE AND BAYOU DUPRE, REACH 2 AS WE CALL IT, WAS RAISED

11:48:37 8    TO AN ELEVATION OF 20 AND A HALF FEET, 20.5 FEET ELEVATION.  ARE YOU

11:48:41 9    FAMILIAR WITH THAT FACT, SIR?

11:48:43 10   A.  THAT SOUNDS LIKE -- THAT SOUNDS FINE BASED ON QUITE A FEW THINGS

11:48:48 11   I READ.

11:48:48 12   Q.  IT'S ALSO RECITED IN YOUR REPORT, IS IT NOT, SIR?

11:48:51 13   A.  OKAY.

11:48:51 14   Q.  PAGE 27 OF YOUR REPORT YOU RECITE THAT.

11:48:54 15   A.  I WILL AGREE.

11:48:56 16   Q.  FROM BIENVENUE TO DUPRE THE LEVEE WAS RAISED 20.5 FEET, FROM

11:49:01 17   STATION 380+50 TO 692+50.  THAT'S A QUOTE FROM YOUR REPORT.

11:49:06 18   A.  OKAY.

11:49:07 19   Q.  THAT'S AROUND MILEPOST 54, ABOUT A MILE NORTH OF BAYOU DUPRE,

11:49:11 20   CORRECT, WHERE THAT YELLOW ARROW IS POINTED FROM THE YELLOW BOX.

11:49:16 21   A.  OKAY.  THAT'S FINE.

11:49:17 22   Q.  AND IN THAT YELLOW BOX IT SAYS THE ELEVATION, THEY LAST SEVEN

11:49:19 23   FEET ELEVATION BETWEEN 1985 AND 2005.  SO THE PREKATRINA LIDAR THAT

11:49:23 24   WAS TAKEN IN 2005 SHOWED SEVEN-FOOT LPE, AS DR. BEA CALLS IT, LOSS

11:49:31 25   OF PROTECTIVE ELEVATION.  RIGHT?

11:49:33 1    A.   YES.

11:49:33 2    Q.   YOU WOULD AGREE THAT IN 15 YEARS OR 20 YEARS FROM 1985 TO '05

11:49:39 3    THAT IS A LOSS OF 4 FEET, 2 INCHES PER YEAR?

11:49:42 4    A.   NO.

11:49:43 5    Q.   YOU DO NOT AGREE?

11:49:44 6    A.   I DO NOT AGREE.

11:49:45 7    Q.   OKAY.

11:49:46 8    A.   FROM THE ANALYSIS I PREVIOUSLY SHOWED, THE CONSOLIDATION OF SOIL

11:49:53 9    FOLLOWS -- I HATE TO INTRODUCE A TERM -- A NEGATIVE EXPONENTIAL

11:49:57 10   SHAPE, WHICH MEANS THAT IT SETTLES QUICKLY AT THE BEGINNING AND

11:50:01 11   EVERY YEAR IS SLOWER.  ANY REPRESENTATION WHERE YOU TAKE TOTAL

11:50:06 12   SETTLEMENT AND STATE THAT IT'S EQUAL PER YEAR IS FUNDAMENTALLY

11:50:12 13   AGAINST SIMULCAST.

11:50:13 14   Q.   I AGREE WITH YOU, I'M SORRY.  I AM TALKING TO AN ENGINEER,

11:50:15 15   LIBERAL ARTS MAJOR AND ENGINEERS CRASH SOMETIMES.

11:50:15 16   A.   SURE.

11:50:18 17   Q.   IT'S NOT EXACTLY 4.2 INCHES EACH YEAR --

11:50:21 18   A.   THAT'S CORRECT.

11:50:22 19   Q.   -- IT IS AN AVERAGE OF 4.2 INCHES OVER THAT TIME FRAME, AGREED?

11:50:27 20   A.   I WOULDN'T EVEN CALL IT -- IT WOULD BE A MATHEMATICAL AVERAGE.

11:50:30 21   Q.   FAIR ENOUGH.

11:50:32 22        LET'S COMPARE, AS YOU TALKED ABOUT EARLIER, THAT THE AREA

11:50:41 23   HERE ON THE LAKE VERRETT, THE LOW AREA.  NOW, FIRST YOU SHOWED US --

11:50:45 24   I'LL COME BACK?

11:50:49 25        THE COURT:  LAKE VERRETT'S NOT -- I KNOW WHERE LAKE

FINAL DAILY COPY

4058

11:50:52 1    VERRETT IS, A LOVELY PLACE, BUT THAT'S NOT IT.

11:50:55 2          MR. STEVENS:  ABSOLUTELY THE BEST FISHING IN SOUTH

11:50:57 3    LOUISIANA.  I'M SORRY, I SAW VERRETT AND I THOUGHT ABOUT BEING AT

11:51:02 4    THE CAMP.

11:51:02 5          THE COURT:  I UNDERSTAND.

11:51:04 6          MR. STEVENS:  AND I MIGHT BE THERE SOON.

11:51:07 7          MR. O'DONNELL:  HOPEFULLY TOMORROW.

11:51:09 8          MR. STEVENS:  WE'LL CALL IT SOCALAIS 30.

11:51:09 9    BY MR. STEVENS:

11:51:12 10   Q.  BUT THE VERRETT RETURN, THE VERRETT LEVEE TO CAERNARVON, THAT

11:51:20 11   OTHER LOW AREA THAT'S DEPICTED IN RED, THAT ARROW POINTS TO THIS

11:51:22 12   SPOT.

11:51:23 13         AND THAT AREA HAD AN ELEVATION IN 19 -- LET ME FIND --

11:51:33 14   OKAY.  THE LAST LIFT ALONG THIS AREA WAS IN 1990 INSTEAD OF 1985,

11:51:41 15   1990 WAS THE LAST LIFT ALONG THAT AREA.  OKAY.

11:51:43 16         AND IN YOUR OWN OPINION, THE LAST LIFT IS THE THING YOU

11:51:46 17   LOOK AT?

11:51:47 18   A.  THAT'S CORRECT.

11:51:47 19   Q.  NOW, THE LAST LIFT IN 1990 AT THAT TIME THE ELEVATION BEFORE THE

11:51:55 20   LIFT WAS 14 -- I'M SORRY, 17.5 FEET, IT WAS RAISED TO 17.5 BY THAT

11:52:05 21   LAST LIFT.

11:52:06 22   A.  FROM WHAT ELEVATION DID YOU SAY?

11:52:07 23   Q.  I DON'T KNOW WHAT IT WAS BEFORE.  BUT IT WAS RAISED TO 17.5,

11:52:11 24   THAT'S THE CRITICAL ISSUE, RIGHT?  AND I CAN TAKE YOU TO THE

11:52:13 25   DRAWING.

11:52:14 1   A.   THE CRITICAL ISSUE IS HOW MUCH SOIL WAS ADDED AT THAT PARTICULAR

11:52:18 2   POINT IN TIME, BECAUSE AS WE STATED, THE SETTLEMENT THAT WOULD OCCUR

11:52:21 3   IT WOULD BE PROPORTION OF THE AMOUNT OF THE RAISE.

11:52:25 4   Q.   I CAN'T TELL YOU.   WE'LL GO TO THE DRAWING IN A SECOND.

11:52:32 5        BUT FOR SAKE OF MY HYPOTHETICAL, IT WAS TAKEN UP TO 17.5

11:52:37 6   FEET IN 1990 AND IN 2005 THE LIDAR DEMONSTRATED THAT THAT AREA HAD

11:52:43 7   SUBSIDED TO 14.5 FEET, RIGHT, WHICH IS A LOSS OF ELEVATION OF THREE

11:52:49 8   FEET, RIGHT, OVER A PERIOD OF 15 YEARS INSTEAD OF 20.

11:52:54 9        AND AGAIN, I UNDERSTAND IT'S NOT 2.4 INCHES EVERY YEAR,

11:52:59 10  BUT MATHEMATICAL AVERAGE 2.4 INCHES IN THAT SAME 15-YEAR PERIOD.

11:53:04 11  A.   OKAY.

11:53:04 12  Q.   SO IF WE COMPARED THE 15-YEAR PERIOD TO THE 20-YEAR PERIOD HERE,

11:53:10 13  WOULD YOU AGREE THAT THE MRGO LEVEE WAS SINKING 75 PERCENT FASTER

11:53:15 14  THAN THE VERRETT LEVEE (INDICATING)?

11:53:18 15  A.   WITHOUT DOING CALCULATIONS, I WOULDN'T SHORTCUT SETTLEMENT

11:53:24 16  CALCULATIONS AND COMPARE THOSE TWO RATES.   I THINK THE 75 PERCENT

11:53:31 17  FASTER IS DERIVED FROM THAT 2.4 INCHES PER YEAR AND THE 4.2 INCHES

11:53:35 18  PER YEAR.

11:53:36 19  Q.   RIGHT.   NOW, YOU TOLD US EARLIER THAT IN THIS AREA THE

11:53:41 20  SUBSTRATE, NOT TALKING ABOUT WHY, BUT JUST THAT THE SUBSTRATE WAS

11:53:45 21  DIFFERENT THAN IT WAS ALONG HERE, RIGHT (INDICATING)?

11:53:47 22  A.   I SAID IT WAS A LITTLE BETTER BUT THEY WERE BOTH MUCH WORSE THAN

11:53:51 23  THE AREA BELOW DUPRE.

11:53:53 24  Q.   MUCH WORSE THAN THIS?

11:53:54 25  A.   MUCH MORE COMPRESSIBLE.

11:53:56 1    Q.   THAN THE AREA BELOW DUPRE?

11:53:57 2    A.   YES.

11:53:58 3    Q.   THE STRETCH FROM DUPRE UP TO BIENVENUE IS --

11:54:01 4    A.   YES.  I SAID THAT ABOVE, NORTH OF BAYOU DUPRE THE SOILS WERE

11:54:05 5    VERY SOFT AND COMPRESSIBLE AND IN THE VERRETT AREA THEY WERE ALSO

11:54:16 6    SOFT AND COMPRESSIBLE BUT A LITTLE BETTER.

11:54:16 7    Q.   I JUST WANT TO CONFIRM ON SOMETHING.  CAN I SEE JX 0283 AT PLATE

11:54:17 8    19, PLEASE.

11:54:22 9          THIS LOCATION HERE ALONG THE VERRETT LEVEE WOULD BE

11:54:2510    STATION 1300 PLUS NAUGHT NAUGHT WHERE THE ARROW IS SHOWING, WOULD

11:54:3111    YOU AGREE?

11:54:3112    A.   I'LL TAKE YOUR WORD FOR THAT, SIR.

11:54:3313    Q.   CAN WE HAVE PLATE 19, PLEASE.

11:54:4714          THE COURT:  JUST PUT IT ON THE ELMO IF YOU HAVE.

11:54:5015          MR. STEVENS:  I DON'T HAVE IT.  WELL, CARL DOESN'T HAVE

11:54:5616    IT?  THEN I CAN'T PUT IT UP.

11:54:5617    BY MR. STEVENS:

11:55:0418    Q.   BUT IF WE GO TO PLATE 19 AND I'LL OFFER IT LATER.

11:55:0719    A.   OKAY.

11:55:0720    Q.   THERE IS INTERDISTRIBUTARY LAYER JUST AS THICK AT -- CAN I GO

11:55:1221    BACK TO THE PREVIOUS SLIDE.

11:55:1622          THE COURT:  DO YOU WANT TO TAKE A RECESS SO YOU CAN FIND

11:55:1923    PLATE 19?  I'D HATE FOR DR. WOLFF TO TRY TO DO A VIRTUAL PLATE 19.

11:55:2824          MR. STEVENS:  I WOULD APPRECIATE IT AND I THINK THAT WOULD

11:55:2825    BE A GOOD THING.

—— FINAL DAILY COPY ——

11:55:29 1          THE COURT:  OKAY.  WE WILL RESUME AT ONE O'CLOCK.  THANK

11:55:33 2     YOU VERY MUCH.

11:55:34 3          (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

4

5                              * * * * * *

6

7                         REPORTER'S CERTIFICATE

8

9          I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED STATES

10     DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY

11     THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF

12     MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

13     THE ABOVE-ENTITLED AND NUMBERED MATTER.

14

15

16

17                    KAREN A. IBOS, CCR, RPR, CRR

18                    OFFICIAL COURT REPORTER

19

20

21

22

23

24

25

───────── FINAL DAILY COPY ─────────

**'**

**'05** [1] - 4057:2
**'81** [1] - 4054:6

## 0

**0.26** [1] - 4013:16
**0.6** [1] - 4013:18
**0.7** [1] - 4013:17
**0.8** [1] - 4025:17
**0.99** [1] - 4013:21
**00** [1] - 4036:23
**0003** [2] - 3984:4, 4001:10
**0043** [1] - 3969:19
**0191** [1] - 4031:25
**0207** [1] - 4049:1
**0210** [1] - 4053:23
**0283** [3] - 4001:2, 4032:14, 4060:7
**0356** [3] - 4019:5, 4019:6, 4019:8
**0451** [2] - 4009:22, 4036:19
**0562** [3] - 4034:17, 4037:6, 4040:1
**06-CV-2268** [1] - 3963:3

## 1

**1** [10] - 3998:22, 3999:4, 3999:16, 3999:19, 4000:11, 4026:1, 4026:13, 4032:15, 4032:16, 4038:17
**1,000** [1] - 3980:18
**1.05** [1] - 4003:3
**1.07** [3] - 4006:6, 4010:25, 4012:5
**1.1** [1] - 4013:21
**1.11** [1] - 4002:17
**1.164** [1] - 4014:16
**1.26** [4] - 4003:10, 4004:25, 4006:8, 4012:8
**1.3** [13] - 4006:4, 4007:11, 4008:3, 4008:6, 4008:7, 4008:23, 4009:11, 4012:7, 4012:8, 4012:9, 4021:20, 4041:22
**1.41** [1] - 4022:5
**1.47** [1] - 4041:10
**1.49** [2] - 4021:18, 4021:19
**1.5** [1] - 4021:18
**1.6** [1] - 4025:17

**1.74** [1] - 4036:13
**10** [6] - 3966:12, 3992:2, 3995:11, 3995:16, 4026:14, 4027:17
**100** [6] - 3995:17, 4022:3, 4037:22, 4038:16, 4040:17, 4049:7
**1000** [1] - 3963:14
**10022** [1] - 3964:24
**1064R** [1] - 4032:2
**11** [2] - 4002:19, 4036:20
**110** [1] - 4022:10
**1100** [1] - 3963:23
**12** [6] - 4021:25, 4026:4, 4026:5, 4026:18, 4026:19, 4027:14
**1205** [1] - 3964:19
**1261** [1] - 3964:9
**130** [2] - 4048:12, 4048:14
**1300** [1] - 4060:10
**1366** [1] - 3964:9
**14** [4] - 3963:4, 3967:2, 3980:12, 4058:20
**14.5** [1] - 4059:7
**147** [1] - 4009:24
**15** [6] - 3971:10, 3995:12, 4027:21, 4031:14, 4057:2, 4059:8
**15-YEAR** [2] - 4059:10, 4059:12
**152** [1] - 4026:20
**159** [2] - 4014:23, 4015:2
**16** [1] - 4031:14
**160** [6] - 4035:11, 4049:4, 4049:10, 4049:15, 4049:16
**164** [1] - 4009:23
**17** [1] - 4039:5
**17.5** [4] - 4058:20, 4058:23, 4059:5
**1719** [4] - 4016:10, 4020:8, 4024:17, 4025:1
**174** [1] - 4012:10
**176** [1] - 4012:24
**18** [5] - 3977:7, 3990:9, 4018:9, 4032:1, 4035:12
**180** [3] - 3987:9, 3995:6, 3995:7
**181** [1] - 3998:22
**182** [2] - 3997:6,

4000:10
**185** [1] - 4011:24
**186** [2] - 4001:9, 4001:10
**19** [8] - 3963:9, 4019:9, 4058:13, 4060:8, 4060:13, 4060:18, 4060:23
**193** [2] - 4007:7, 4007:24
**1930'S** [1] - 3994:10
**1958** [1] - 4019:5
**1960** [1] - 3985:4
**1960'S** [2] - 3983:20, 3985:6
**1966** [1] - 3974:7, 3985:1, 3987:2, 3987:22, 3993:25, 4008:16, 4011:6, 4020:15, 4024:20, 4036:8
**1967** [2] - 3971:4, 3971:5
**1970** [2] - 3969:24, 3971:8
**1970'S** [1] - 3987:4
**1973** [3] - 3970:4, 4011:8, 4012:3
**1974** [1] - 3970:1
**1981** [1] - 4054:3
**1985** [5] - 3970:7, 4056:6, 4056:23, 4057:2, 4058:14
**1986** [1] - 3971:13
**199** [1] - 4049:20
**1990** [4] - 4058:14, 4058:15, 4058:19, 4059:6
**1995** [1] - 3970:22
**1998** [1] - 3971:20
**1B** [1] - 4019:5

## 2

**2** [23] - 3999:5, 3999:11, 3999:25, 4000:11, 4002:23, 4006:5, 4008:9, 4008:10, 4008:22, 4010:20, 4010:24, 4014:18, 4014:20, 4015:14, 4015:17, 4022:18, 4022:19, 4026:13, 4027:1, 4033:19, 4041:13, 4056:7, 4057:3
**2.4** [3] - 4059:9, 4059:10, 4059:17
**20** [12] - 3972:15, 3995:11, 3995:14, 3995:16, 4003:8,

4005:7, 4026:25, 4027:5, 4038:15, 4056:8, 4057:2, 4059:8
**20-YEAR** [1] - 4059:12
**20.5** [2] - 4056:8, 4056:16
**200** [3] - 4001:22, 4003:21, 4037:22
**2001** [15] - 3968:24, 3974:8, 3974:25, 3976:23, 4015:21, 4020:6, 4034:13, 4034:23, 4035:1, 4036:12, 4040:20, 4040:21, 4040:23, 4040:24, 4041:19
**20044** [1] - 3965:13
**2005** [7] - 3972:2, 3972:16, 3972:17, 4023:6, 4056:23, 4056:24, 4059:6
**2008** [4] - 4009:23, 4013:15, 4014:6, 4036:20
**2009** [3] - 3963:4, 3967:2, 4045:23, 4047:21
**21** [9] - 3972:15, 3972:17, 4016:25, 4037:4, 4037:21, 4037:23, 4038:10, 4039:24, 4040:4
**2138.3** [2] - 4028:9, 4028:17
**215** [1] - 4040:17
**23** [1] - 4035:13
**230** [1] - 4035:13
**24** [3] - 4011:12, 4027:1, 4040:4
**25** [2] - 4012:22, 4027:24
**250** [2] - 4038:23, 4039:9
**2500** [1] - 3971:22
**26** [4] - 4003:13, 4004:25, 4053:22, 4053:23
**2626** [1] - 3964:19
**265-PAGE** [1] - 3968:7
**2655** [1] - 3964:5
**27** [3] - 4024:17, 4026:1, 4056:14
**28** [1] - 4025:15
**29** [2] - 4028:8, 4029:4

## 3

**3** [24] - 3974:7, 3974:25, 3987:2, 3990:17, 4000:1, 4000:11, 4000:24, 4003:6, 4005:4, 4006:8, 4007:25, 4008:9, 4008:11, 4008:13, 4008:17, 4012:22, 4014:21, 4016:5, 4020:14, 4024:24, 4024:25, 4026:13, 4026:17, 4032:14
**3,000** [1] - 3980:16
**3.7** [1] - 4025:17
**30** [18] - 3994:10, 3999:8, 4013:20, 4027:18, 4027:23, 4041:11, 4048:12, 4048:14, 4048:20, 4048:22, 4049:4, 4049:10, 4049:13, 4049:14, 4049:15, 4049:16, 4050:14, 4058:8
**300** [1] - 4011:22
**30TH** [3] - 4048:14, 4048:17, 4049:10
**3102** [1] - 3963:23
**315** [1] - 4041:14
**325** [1] - 3964:23
**36** [1] - 4049:1
**3668** [1] - 3964:2
**38** [3] - 3975:21, 4027:5, 4038:22
**380+50** [1] - 4056:17
**3971/2** [1] - 3966:5
**3973/20** [1] - 3966:7
**3973/4** [1] - 3966:6
**3992/1** [1] - 3966:12
**3RD** [1] - 4013:6

## 4

**4** [6] - 4000:7, 4000:13, 4001:9, 4001:10, 4026:13, 4057:3
**4,000** [1] - 4038:14
**4-B** [1] - 4011:24
**4.2** [3] - 4057:17, 4057:19, 4059:17
**40** [4] - 4013:20, 4021:12, 4038:17, 4048:18
**400** [5] - 4001:24, 4002:1, 4003:21, 4035:11, 4036:1
**4052/13** [1] - 3966:8

**41** [2] - 4020:9, 4020:10
**42** [3] - 4020:9, 4021:23, 4021:24
**450** [1] - 4035:15
**47** [1] - 4051:5

## 5

**5** [4] - 4000:7, 4000:13, 4027:14, 4027:17
**50** [6] - 4003:8, 4005:5, 4026:15, 4026:23, 4052:15
**500** [1] - 3965:17
**504** [1] - 3965:18
**519** [1] - 3964:12
**52.9** [1] - 4027:12
**53** [2] - 4036:18, 4038:21
**54** [1] - 4056:19
**550** [1] - 3963:13
**556** [1] - 3964:2
**57TH** [1] - 3964:23
**589-7776** [1] - 3965:18

## 6

**60** [2] - 3978:10, 4049:2
**60'S** [1] - 3983:19
**600** [1] - 3965:2
**601** [1] - 3964:5
**604** [1] - 3965:2
**610** [1] - 3963:20
**618** [1] - 3964:16
**62** [1] - 3982:11
**64** [2] - 4048:10, 4049:9
**66** [1] - 3993:23
**661** [1] - 4026:23
**69** [3] - 4026:9, 4036:20, 4036:24
**692+50** [1] - 4056:17

## 7

**7** [3] - 4032:23, 4032:25, 4033:4
**7-1** [2] - 4032:1, 4054:25
**70** [1] - 4038:16
**70'S** [1] - 4023:8
**70113** [2] - 3963:17, 3963:21
**70130** [2] - 3965:3, 3965:17
**70130-6004** [1] - 3964:6

**70381** [1] - 3964:20
**70502-3668** [1] - 3964:3
**70726** [1] - 3964:13
**70801-1910** [1] - 3964:16
**70821-1366** [1] - 3964:10
**70TH** [3] - 4048:14, 4048:17, 4049:9
**75** [1] - 4011:15, 4059:13, 4059:16
**75219** [1] - 3963:24

## 8

**8** [5] - 4032:24, 4032:25, 4033:18, 4034:8, 4034:9
**80** [2] - 3999:8, 3999:9
**807** [1] - 4027:12
**82** [1] - 4036:23
**855** [1] - 3963:17
**888** [1] - 3965:12

## 9

**9** [3] - 4025:16, 4032:24, 4049:1
**90** [1] - 4026:22
**90071-2627** [1] - 3963:14
**95** [2] - 4025:15, 4026:14
**98.20** [1] - 4054:23
**99** [1] - 4014:16

## A

**A** [317] - 3964:14, 3965:16, 3967:11, 3967:21, 3968:7, 3968:9, 3969:2, 3969:22, 3969:23, 3970:3, 3970:5, 3970:23, 3971:5, 3971:6, 3971:22, 3971:24, 3971:25, 3972:3, 3972:9, 3972:11, 3972:15, 3973:5, 3973:21, 3974:24, 3975:17, 3975:18, 3976:7, 3977:18, 3977:23, 3977:24, 3978:1, 3978:14, 3979:9, 3979:23, 3979:25, 3980:12, 3981:14, 3982:2, 3982:21, 3983:12, 3983:21, 3983:22, 3984:1,

3984:15, 3984:17, 3985:6, 3985:8, 3985:15, 3985:16, 3985:21, 3986:5, 3986:9, 3986:10, 3986:11, 3986:15, 3986:17, 3986:21, 3987:4, 3987:7, 3987:20, 3987:24, 3988:11, 3988:15, 3988:23, 3989:1, 3989:10, 3989:15, 3990:3, 3990:6, 3992:16, 3993:5, 3993:6, 3993:10, 3994:15, 3994:17, 3994:18, 3994:19, 3994:20, 3995:9, 3995:10, 3995:17, 3995:22, 3996:13, 3996:21, 3996:23, 3997:2, 3997:11, 3997:13, 3997:15, 3997:16, 3997:20, 3997:22, 3998:10, 3998:12, 3998:13, 3998:24, 3999:1, 3999:7, 3999:8, 3999:9, 3999:14, 3999:22, 4001:22, 4002:3, 4002:4, 4002:5, 4002:8, 4002:9, 4002:20, 4002:23, 4002:24, 4003:3, 4003:6, 4003:7, 4003:13, 4003:19, 4003:25, 4004:2, 4004:25, 4005:9, 4005:12, 4006:3, 4006:12, 4006:13, 4006:24, 4007:3, 4008:15, 4008:19, 4008:21, 4008:23, 4009:3, 4009:20, 4009:24, 4010:22, 4010:24, 4011:2, 4011:9, 4011:12, 4012:4, 4012:5, 4012:16, 4012:19, 4012:20, 4012:23, 4013:3, 4013:12, 4013:16, 4013:18, 4013:24, 4013:25, 4014:4, 4014:10, 4014:13, 4014:15, 4014:17, 4015:23, 4016:11, 4017:8, 4017:14, 4018:1, 4018:13, 4018:18, 4019:11, 4019:12, 4020:1,

4020:8, 4020:24, 4020:25, 4021:3, 4021:5, 4021:6, 4021:11, 4021:21, 4021:25, 4022:14, 4022:23, 4023:10, 4023:22, 4023:24, 4024:6, 4024:9, 4024:14, 4024:22, 4025:10, 4025:13, 4025:18, 4026:3, 4026:7, 4026:11, 4026:14, 4026:18, 4027:2, 4027:19, 4028:1, 4028:14, 4029:6, 4029:18, 4030:12, 4030:16, 4031:3, 4031:4, 4032:5, 4032:11, 4032:12, 4032:22, 4033:12, 4033:13, 4034:19, 4035:11, 4036:5, 4037:18, 4037:23, 4038:3, 4038:15, 4038:19, 4039:10, 4039:15, 4039:18, 4039:19, 4039:20, 4040:10, 4041:18, 4042:1, 4042:3, 4042:11, 4042:15, 4042:20, 4043:9, 4043:15, 4043:17, 4044:4, 4044:6, 4044:10, 4044:12, 4044:13, 4044:17, 4044:21, 4044:23, 4045:1, 4045:3, 4045:5, 4045:10, 4046:2, 4046:18, 4046:19, 4046:20, 4047:11, 4047:12, 4047:20, 4048:1, 4048:2, 4048:6, 4048:9, 4048:18, 4048:20, 4048:21, 4049:8, 4049:12, 4049:14, 4049:15, 4049:16, 4050:19, 4050:22, 4051:15, 4052:1, 4052:10, 4053:3, 4053:15, 4053:25, 4054:1, 4054:6, 4054:7, 4055:1, 4055:12, 4055:19, 4055:25, 4056:8, 4056:10, 4056:17, 4056:19, 4057:3, 4057:9, 4057:20, 4058:1, 4059:4, 4059:7, 4059:8,

4059:22, 4060:6, 4060:22, 4060:23, 4060:25, 4061:3, 4061:9, 4061:11, 4061:17
**A&M** [1] - 4046:6
**ABILITY** [1] - 4061:12
**ABLE** [7] - 3979:1, 3981:11, 4032:4, 4037:22, 4039:13, 4042:2, 4042:20
**ABOUT** [115] - 3967:17, 3968:21, 3970:23, 3971:4, 3971:22, 3971:24, 3972:5, 3972:17, 3975:1, 3975:14, 3975:15, 3975:20, 3975:23, 3975:24, 3975:25, 3976:1, 3976:2, 3976:10, 3976:11, 3977:9, 3978:9, 3978:16, 3978:23, 3979:13, 3979:24, 3981:19, 3982:16, 3982:18, 3982:2, 3988:5, 3988:6, 3988:8, 3988:9, 3988:11, 3989:3, 3989:6, 3989:23, 3989:24, 3990:9, 3990:13, 3990:18, 3990:20, 3990:23, 3991:2, 3993:14, 3993:25, 3994:2, 3994:11, 3995:4, 3995:8, 3999:8, 4002:11, 4003:7, 4008:21, 4010:6, 4014:11, 4016:4, 4017:12, 4018:25, 4020:1, 4021:11, 4021:17, 4022:10, 4023:20, 4024:13, 4024:20, 4025:17, 4026:12, 4026:25, 4027:10, 4029:11, 4029:13, 4029:15, 4030:1, 4030:2, 4030:3, 4031:18, 4033:3, 4034:1, 4035:1, 4037:3, 4037:10, 4037:15, 4038:1, 4039:3, 4039:5, 4040:3, 4040:16, 4042:1, 4042:9, 4044:21, 4046:23, 4047:20, 4048:8, 4049:18, 4049:22,

4050:2, 4050:9, 4051:16, 4052:15, 4052:18, 4052:19, 4052:21, 4053:17, 4054:3, 4054:25, 4055:16, 4055:23, 4055:25, 4056:19, 4057:22, 4058:3, 4059:20

**ABOVE** [10] - 3996:7, 3997:11, 4018:22, 4025:22, 4025:25, 4026:1, 4033:19, 4048:22, 4060:4, 4061:13

**ABOVE-ENTITLED** [1] - 4061:13

**ABRUPT** [1] - 4030:19

**ABSOLUTELY** [4] - 3982:23, 4012:7, 4055:4, 4058:2

**ABUNDANCE** [1] - 4037:7

**ACADEMIC** [1] - 3971:22

**ACADEMY** [1] - 3986:14

**ACCEPT** [1] - 3980:13

**ACCEPTED** [1] - 4043:17

**ACCEPTS** [1] - 3973:17

**ACCOMPANYING** [1] - 4018:18

**ACCORDANCE** [1] - 3979:11

**ACCORDING** [1] - 3977:16

**ACCOUNTANT** [1] - 3996:9

**ACCOUNTED** [1] - 4009:5

**ACCOUNTING** [1] - 4035:17

**ACKNOWLEDGME NTS** [1] - 3986:7

**ACROSS** [1] - 4046:10

**ACTIVE** [3] - 4002:6, 4004:10, 4020:25

**ACTIVITIES** [1] - 3975:3

**ACTUAL** [5] - 3996:6, 4011:15, 4011:18, 4012:9, 4023:24

**ACTUALLY** [23] - 3975:2, 3983:22,

3990:20, 3992:15, 3997:13, 4015:22, 4016:18, 4017:20, 4021:4, 4021:25, 4022:3, 4022:8, 4025:6, 4025:7, 4038:8, 4040:16, 4043:7, 4043:14, 4044:7, 4045:24, 4051:15, 4054:1, 4055:10

**AD** [1] - 3984:11

**ADD** [5] - 3989:2, 3998:13, 4003:20, 4025:16, 4052:7

**ADDED** [5] - 4010:2, 4010:3, 4017:4, 4055:13, 4059:7

**ADDITION** [2] - 3998:3, 3998:7, 3998:8, 4000:14, 4017:2, 4017:12, 4019:22

**ADDRESS** [5] - 3968:4, 3968:12, 4010:9, 4029:24, 4040:5

**ADDRESSED** [5] - 3976:24, 3988:7, 4010:7, 4010:11, 4029:22

**ADDRESSES** [1] - 4047:22

**ADDRESSING** [1] - 4029:14

**ADEQUATE** [1] - 4017:1

**ADJACENT** [5] - 3987:7, 3987:8, 4015:4, 4015:8, 4015:14

**ADJUSTING** [1] - 4008:20

**ADJUSTMENT** [1] - 4006:11

**ADMINISTRATION** [1] - 4046:7

**ADMINISTRATOR** [2] - 3967:25, 3973:8

**ADMISSIBLE** [1] - 4031:16

**ADMISSION** [1] - 3967:22

**ADOPT** [1] - 3997:2

**ADOPTED** [2] - 4007:25, 4017:23

**ADVANCE** [1] - 3970:20

**ADVANCED** [1] - 3981:25

**AFFECTED** [2] - 3976:11, 3976:12

**AFTER** [13] - 3971:8, 3972:3, 3972:5, 3972:7, 3980:12, 3981:7, 4000:6, 4000:13, 4006:22, 4017:3, 4027:6, 4053:20, 4054:8

**AGAIN** [25] - 3968:3, 3977:9, 3979:25, 3980:1, 3980:2, 3983:1, 3984:1, 3987:14, 3997:19, 3999:1, 4003:1, 4009:4, 4013:22, 4018:12, 4020:24, 4022:1, 4022:25, 4034:9, 4035:4, 4040:13, 4041:9, 4044:18, 4054:8, 4055:20, 4059:9

**AGAINST** [6] - 3983:25, 4011:12, 4018:20, 4023:13, 4043:13, 4057:13

**AGGRAVATING** [1] - 3992:8

**AGGREGATE** [1] - 4046:25

**AGGREGATION** [1] - 4043:21

**AGO** [2] - 3969:5, 4016:12

**AGREE** [9] - 4042:10, 4043:3, 4056:15, 4057:2, 4057:5, 4057:6, 4057:14, 4059:13, 4060:11

**AGREED** [2] - 4018:14, 4057:19

**AH** [1] - 4028:1

**AHEAD** [13] - 3977:4, 3981:18, 3983:13, 3983:16, 3984:13, 3984:18, 3991:17, 3993:12, 3993:16, 4042:10, 4044:13, 4044:15

**AID** [1] - 4053:8

**AIDED** [1] - 3970:13

**AL** [3] - 3963:2, 3963:5, 4050:20

**ALL** [54] - 3968:8, 3968:14, 3968:25, 3973:2, 3974:6, 3975:4, 3977:1,

3980:1, 3982:18, 3983:1, 3983:4, 3983:13, 3990:9, 3990:19, 3991:14, 3991:17, 3993:8, 3993:16, 3994:2, 3994:4, 4000:4, 4000:16, 4001:20, 4004:21, 4004:23, 4005:4, 4007:1, 4010:18, 4013:10, 4013:14, 4014:9, 4016:6, 4018:23, 4020:22, 4027:2, 4033:14, 4034:4, 4034:6, 4035:16, 4036:22, 4037:15, 4038:5, 4038:22, 4041:20, 4041:24, 4042:8, 4044:15, 4046:6, 4051:10, 4053:17, 4053:19, 4054:12

**ALLEGEDLY** [2] - 4045:7, 4045:12

**ALLOW** [6] - 3968:12, 4010:14, 4030:4, 4030:5, 4037:8, 4038:5

**ALLOWED** [3] - 3978:3, 4015:3, 4030:8

**ALMOST** [5] - 3980:12, 4021:18, 4031:2, 4038:15, 4038:25

**ALONG** [24] - 3983:22, 3995:10, 3997:20, 3999:4, 3999:11, 3999:15, 4000:20, 4003:8, 4004:12, 4004:15, 4004:17, 4014:5, 4018:13, 4018:23, 4020:22, 4022:18, 4032:6, 4032:8, 4032:18, 4034:13, 4058:14, 4058:15, 4059:21, 4060:9

**ALREADY** [2] - 4007:8, 4050:23

**ALSO** [29] - 3965:1, 3968:21, 3968:23, 3969:22, 3971:15, 3971:16, 3972:12, 3974:13, 3978:1, 3986:7, 3987:1, 3989:25, 3999:11, 4002:24, 4003:10, 4005:11, 4006:9,

4012:19, 4021:19, 4028:4, 4036:10, 4043:16, 4046:25, 4050:24, 4051:25, 4052:7, 4053:9, 4056:12, 4060:5

**ALTERNATIVE** [4] - 3995:18, 3996:15, 3996:23

**ALTERNATIVES** [1] - 3996:18

**ALTHOUGH** [1] - 4028:1

**ALWAYS** [2] - 4024:3, 4054:14

**AM** [40] - 3972:17, 3978:22, 3979:25, 3980:4, 3980:6, 3980:7, 3980:9, 3980:20, 3981:6, 3981:17, 3981:21, 3983:2, 3983:10, 3984:11, 3989:12, 3989:19, 3990:2, 3991:4, 3991:11, 4007:21, 4010:14, 4015:2, 4019:8, 4029:13, 4030:4, 4030:5, 4031:20, 4031:21, 4035:13, 4038:5, 4042:9, 4046:22, 4051:24, 4052:14, 4054:11, 4055:6, 4055:24, 4056:4, 4057:14

**AMELIORATING** [1] - 4006:17

**AMENABLE** [1] - 4033:17

**AMERICA** [1] - 3963:5

**AMERICAN** [6] - 3972:1, 3972:9, 3972:14, 3984:23, 3985:3, 4052:7

**AMIN** [1] - 3965:6

**AMONG** [1] - 4018:15

**AMOUNT** [12] - 3974:6, 3983:2, 3994:21, 3995:4, 4022:15, 4022:20, 4022:21, 4023:9, 4023:25, 4044:3, 4048:3, 4059:3

**AMOUNTS** [2] - 3997:1, 4026:25

**AN** [62] - 3967:25, 3969:24, 3972:1, 3972:20, 3973:8,

3973:21, 3974:6,
3974:10, 3975:5,
3977:2, 3983:3,
3984:23, 3985:6,
3987:21, 3989:7,
3989:8, 3989:20,
3991:5, 3993:2,
3993:14, 3996:9,
3997:10, 3998:8,
3998:25, 3999:22,
3999:24, 4002:6,
4002:25, 4005:5,
4005:19, 4006:11,
4009:9, 4020:25,
4027:12, 4027:14,
4029:7, 4029:11,
4029:18, 4030:10,
4030:19, 4032:8,
4033:20, 4035:14,
4035:25, 4037:7,
4038:19, 4039:2,
4040:9, 4040:10,
4040:25, 4041:12,
4043:8, 4044:4,
4045:9, 4046:25,
4047:11, 4052:17,
4053:8, 4056:8,
4057:14, 4057:19,
4058:13

**ANALOGY** [1] -
4044:4

**ANALYSES** [32] -
3975:14, 3975:15,
3977:21, 3978:5,
3978:6, 3978:9,
3978:10, 3989:25,
3990:15, 3998:1,
4004:1, 4008:24,
4014:8, 4014:25,
4015:6, 4015:10,
4015:22, 4018:18,
4018:22, 4019:2,
4020:14, 4020:16,
4020:22, 4034:3,
4035:1, 4036:9,
4038:21, 4038:24,
4047:20, 4049:25,
4050:3, 4050:7

**ANALYSIS** [46] -
3970:7, 3970:10,
3970:17, 3972:1,
3977:14, 3977:20,
3977:21, 3998:1,
4001:14, 4001:18,
4002:3, 4002:11,
4005:4, 4005:7,
4005:15, 4005:22,
4008:20, 4017:16,
4019:11, 4020:3,
4027:10, 4027:19,
4027:25, 4028:2,

4029:18, 4035:21,
4036:4, 4036:17,
4040:4, 4040:5,
4040:8, 4040:10,
4040:13, 4040:25,
4041:18, 4041:21,
4043:6, 4044:22,
4045:10, 4047:24,
4048:13, 4050:10,
4050:25, 4053:18,
4057:8

**ANALYSIS-FOR** [1] -
4050:25

**ANALYTICAL** [1] -
4042:21

**ANALYZE** [1] -
4040:9

**ANALYZED** [7] -
3984:5, 4002:15,
4008:25, 4016:1,
4021:1, 4021:11,
4053:19

**AND** [598] - 3967:17,
3967:19, 3967:25,
3968:4, 3968:6,
3968:8, 3968:9,
3968:12, 3968:18,
3968:19, 3968:23,
3968:25, 3969:1,
3969:7, 3969:12,
3969:14, 3969:15,
3970:1, 3970:7,
3970:8, 3970:9,
3970:11, 3970:12,
3970:13, 3970:14,
3970:20, 3971:7,
3971:8, 3971:11,
3971:12, 3971:15,
3971:17, 3971:18,
3972:1, 3972:10,
3972:12, 3972:14,
3972:21, 3973:7,
3973:9, 3973:22,
3973:23, 3973:24,
3973:25, 3974:5,
3974:11, 3974:13,
3974:19, 3975:1,
3975:2, 3975:4,
3975:8, 3975:9,
3975:15, 3976:4,
3976:16, 3976:17,
3976:23, 3977:4,
3977:9, 3977:10,
3977:13, 3977:17,
3977:20, 3977:23,
3978:1, 3978:4,
3978:5, 3978:10,
3978:11, 3978:12,
3978:13, 3978:15,
3978:18, 3979:1,

3979:8, 3979:9,
3979:10, 3979:11,
3979:14, 3979:16,
3979:17, 3979:25,
3980:4, 3980:10,
3980:12, 3980:18,
3980:21, 3980:22,
3981:3, 3981:4,
3981:6, 3981:12,
3981:18, 3981:21,
3981:22, 3981:23,
3982:5, 3982:6,
3982:10, 3982:11,
3982:17, 3982:18,
3982:19, 3982:22,
3982:23, 3983:1,
3983:2, 3983:5,
3983:10, 3983:20,
3983:24, 3984:2,
3984:4, 3984:5,
3984:8, 3984:12,
3984:13, 3984:15,
3984:18, 3984:21,
3984:25, 3985:6,
3985:7, 3985:8,
3985:10, 3985:13,
3985:17, 3985:18,
3985:19, 3985:23,
3985:24, 3986:2,
3986:3, 3986:9,
3986:11, 3986:13,
3986:21, 3986:23,
3986:24, 3987:1,
3987:2, 3987:3,
3987:12, 3987:16,
3987:18, 3987:20,
3987:21, 3988:6,
3988:20, 3988:22,
3989:2, 3989:3,
3989:8, 3989:12,
3989:24, 3990:5,
3990:10, 3990:14,
3990:15, 3991:6,
3991:11, 3991:12,
3991:16, 3992:11,
3993:3, 3993:6,
3993:13, 3994:2,
3994:11, 3994:14,
3994:19, 3994:25,
3995:2, 3995:3,
3995:6, 3995:11,
3995:16, 3995:20,
3995:24, 3996:3,
3996:4, 3996:12,
3996:18, 3996:21,
3996:24, 3996:25,
3997:10, 3997:17,
3997:18, 3997:25,
3998:2, 3998:3,
3998:11, 3998:13,
3998:18, 3998:25,

3999:1, 3999:7,
3999:9, 3999:12,
3999:21, 3999:25,
4000:2, 4000:3,
4000:6, 4000:7,
4000:11, 4000:12,
4000:13, 4000:15,
4000:22, 4000:25,
4001:13, 4001:17,
4001:18, 4001:24,
4001:25, 4002:2,
4002:7, 4002:8,
4002:10, 4002:13,
4002:14, 4002:16,
4002:18, 4002:20,
4003:1, 4003:3,
4003:10, 4003:11,
4003:14, 4003:22,
4004:2, 4004:4,
4004:5, 4004:8,
4004:10, 4004:11,
4004:13, 4004:14,
4004:16, 4004:18,
4004:19, 4004:21,
4004:22, 4005:10,
4005:18, 4005:21,
4005:22, 4006:7,
4006:10, 4006:11,
4006:15, 4006:20,
4006:21, 4006:23,
4007:13, 4008:6,
4008:9, 4008:10,
4008:20, 4008:22,
4008:23, 4009:1,
4009:3, 4009:5,
4009:8, 4009:10,
4009:11, 4009:12,
4009:16, 4009:17,
4009:23, 4010:1,
4010:6, 4010:10,
4011:7, 4011:13,
4011:14, 4011:16,
4011:21, 4011:23,
4012:1, 4012:2,
4012:6, 4012:8,
4012:23, 4013:16,
4013:19, 4013:20,
4013:22, 4013:25,
4014:1, 4014:4,
4014:8, 4014:9,
4014:11, 4014:16,
4014:21, 4014:23,
4014:24, 4015:5,
4015:6, 4015:7,
4015:11, 4015:16,
4015:25, 4016:1,
4016:10, 4016:19,
4016:22, 4016:23,
4017:5, 4017:8,
4017:12, 4017:16,
4017:18, 4017:20,

4017:25, 4018:1,
4018:3, 4018:10,
4018:11, 4018:12,
4018:14, 4018:18,
4018:19, 4018:24,
4019:1, 4019:4,
4019:7, 4019:15,
4019:17, 4019:18,
4019:25, 4020:3,
4020:9, 4020:19,
4020:23, 4020:25,
4021:2, 4021:4,
4021:9, 4021:15,
4021:16, 4021:17,
4021:20, 4021:25,
4022:1, 4022:3,
4022:4, 4022:5,
4022:8, 4022:9,
4022:10, 4022:11,
4022:22, 4022:23,
4022:25, 4023:8,
4023:14, 4023:22,
4023:24, 4023:25,
4024:1, 4024:2,
4024:5, 4024:14,
4024:19, 4025:11,
4025:17, 4025:21,
4026:5, 4026:13,
4026:17, 4026:21,
4026:24, 4026:25,
4027:2, 4027:8,
4027:10, 4027:19,
4027:20, 4027:23,
4028:8, 4028:10,
4029:7, 4029:9,
4029:10, 4029:14,
4029:15, 4029:17,
4029:19, 4029:20,
4029:22, 4030:3,
4030:7, 4030:10,
4030:15, 4030:16,
4030:18, 4030:20,
4030:21, 4031:14,
4031:21, 4032:1,
4032:2, 4032:7,
4032:10, 4032:11,
4032:15, 4032:23,
4032:24, 4032:25,
4033:1, 4033:13,
4033:15, 4033:17,
4033:18, 4033:21,
4034:24, 4034:17,
4035:5, 4035:6,
4035:12, 4035:23,
4035:24, 4036:2,
4036:11, 4036:12,
4036:14, 4036:17,
4037:3, 4037:5,
4037:12, 4038:10,
4038:15, 4038:21,
4038:25, 4039:1,

4039:8, 4039:14, 4040:5, 4040:13, 4040:14, 4040:19, 4041:1, 4041:10, 4041:20, 4041:22, 4042:2, 4042:6, 4042:21, 4043:6, 4043:8, 4044:1, 4045:15, 4045:16, 4045:17, 4045:20, 4046:8, 4046:9, 4046:11, 4046:14, 4046:15, 4046:17, 4047:8, 4047:10, 4047:15, 4047:16, 4047:24, 4048:2, 4048:3, 4048:4, 4048:14, 4048:17, 4048:20, 4048:21, 4049:2, 4049:3, 4049:4, 4049:7, 4049:8, 4049:9, 4049:10, 4049:14, 4049:15, 4049:16, 4049:20, 4049:21, 4049:24, 4050:2, 4050:5, 4050:20, 4050:21, 4051:2, 4051:5, 4051:7, 4051:19, 4051:21, 4051:22, 4051:24, 4052:17, 4052:19, 4052:23, 4053:1, 4053:2, 4053:9, 4053:12, 4053:20, 4053:22, 4053:24, 4054:5, 4054:8, 4054:13, 4054:25, 4055:1, 4055:2, 4055:12, 4055:15, 4055:17, 4055:25, 4056:5, 4056:7, 4056:8, 4056:22, 4056:23, 4057:10, 4057:12, 4057:15, 4058:3, 4058:6, 4058:13, 4058:16, 4058:24, 4059:6, 4059:9, 4059:16, 4059:17, 4060:5, 4060:6, 4060:18, 4060:24, 4061:11, 4061:12, 4061:13

**ANDRY** [2] - 3963:19, 3963:19

**ANGELES** [1] - 3963:14

**ANNOTATION** [1] - 4016:7

**ANOTHER** [7] - 3976:8, 3981:24,

3981:25, 3982:22, 3994:14, 4043:15

**ANSWER** [6] - 3973:14, 3994:2, 4003:17, 4024:5, 4031:15, 4048:5

**ANTICIPATE** [1] - 3968:5

**ANTICIPATED** [2] - 4019:24, 4023:17

**ANY** [28] - 3969:7, 3973:11, 3975:4, 3975:15, 3976:17, 3977:22, 3978:5, 3982:9, 3982:15, 3987:15, 3988:25, 3989:12, 3990:20, 4003:19, 4005:20, 4007:18, 4008:7, 4023:21, 4029:23, 4031:9, 4040:25, 4041:21, 4045:9, 4049:7, 4055:6, 4055:7, 4057:11

**ANYHOW** [1] - 3983:6

**ANYMORE** [2] - 3988:19, 3994:5

**ANYONE** [1] - 3979:9

**ANYTHING** [15] - 3980:10, 3988:14, 3990:4, 3990:18, 3990:19, 3993:25, 4010:12, 4014:13, 4023:18, 4029:11, 4034:1, 4038:1, 4039:12, 4051:8, 4051:25

**ANYWAY** [1] - 4044:13

**ANYWHERE** [1] - 3988:14

**APPARATUS** [3] - 4046:3, 4046:5, 4046:9

**APPARENTLY** [3] - 3981:4, 3988:20, 4021:6

**APPEAR** [5] - 3976:8, 3989:3, 3991:1, 4001:4, 4019:25

**APPEARANCES** [1] - 3963:11

**APPEARED** [1] - 3984:21

**APPEARS** [5] - 3989:1, 4013:18, 4021:18, 4021:19, 4041:10

**APPLICABLE** [3] - 3974:5, 3974:8, 4012:1

**APPLICATION** [1] - 4051:7

**APPLICATIONS** [1] - 3970:21

**APPLIED** [3] - 4012:17, 4013:19, 4043:21

**APPLY** [1] - 4015:12

**APPLYING** [1] - 4013:19

**APPOINTED** [1] - 3986:14

**APPRECIATE** [2] - 3993:11, 4060:24

**APPRECIATES** [1] - 4034:15

**APPRISE** [2] - 3967:11, 3975:22

**APPRISED** [1] - 3977:2

**APPROACH** [2] - 3970:8, 4000:18

**APPROPRIATE** [4] - 3979:12, 4000:19, 4009:9, 4045:9

**APPROVAL** [2] - 4017:7, 4017:13

**APPROVING** [1] - 3987:5

**APPROXIMATELY** [7] - 4005:5, 4026:4, 4027:24, 4029:20, 4032:21, 4049:3, 4049:10

**APRIL** [2] - 4013:6, 4054:6

**ARE** [77] - 3967:15, 3970:10, 3975:3, 3975:17, 3975:24, 3975:25, 3976:4, 3977:5, 3977:23, 3978:11, 3978:12, 3978:13, 3980:10, 3983:6, 3983:11, 3987:3, 3987:4, 3988:1, 3989:14, 3990:14, 3991:9, 3996:19, 3996:20, 3999:21, 4001:23, 4005:19, 4005:23, 4006:19, 4006:24, 4007:13, 4007:15, 4008:11, 4008:13, 4009:5, 4011:4, 4011:6, 4011:7, 4016:25, 4017:18, 4019:17, 4020:16,

4021:14, 4021:19, 4023:11, 4023:12, 4026:11, 4026:12, 4027:25, 4028:21, 4030:2, 4030:17, 4030:20, 4030:21, 4033:5, 4033:7, 4033:10, 4034:10, 4034:11, 4035:8, 4035:10, 4045:16, 4047:18, 4050:21, 4051:1, 4051:2, 4051:3, 4051:6, 4051:9, 4051:20, 4052:20, 4053:2, 4055:15, 4056:8

**AREA** [50] - 3976:23, 3993:20, 3994:8, 3995:8, 3998:13, 4001:21, 4016:10, 4019:18, 4020:8, 4020:15, 4021:2, 4024:21, 4024:24, 4027:7, 4027:12, 4030:13, 4031:21, 4032:8, 4032:12, 4032:15, 4033:6, 4033:12, 4033:15, 4033:20, 4034:22, 4035:14, 4035:25, 4038:19, 4038:23, 4039:1, 4039:2, 4039:8, 4040:11, 4040:15, 4040:18, 4040:20, 4042:4, 4057:22, 4057:23, 4058:11, 4058:13, 4058:14, 4058:15, 4059:6, 4059:19, 4059:23, 4060:1, 4060:5

**AREAS** [16] - 3970:9, 3995:9, 3996:20, 3999:11, 3999:19, 4001:20, 4001:21, 4001:23, 4001:25, 4015:4, 4019:16, 4027:21, 4027:22, 4033:23, 4035:10

**ARGUE** [4] - 3975:10, 3979:15, 4039:22

**ARGUING** [2] - 3967:14, 3989:16

**ARISES** [1] - 4019:23

**ARMY** [8] - 3971:6, 3971:9, 3971:16, 3973:25, 3985:21, 4015:4, 4015:10, 4015:13

**AROUND** [7] - 3972:16, 4008:6, 4014:20, 4029:16, 4043:11, 4046:8, 4056:19

**ARROW** [3] - 4056:20, 4058:11, 4060:10

**ART** [1] - 3977:24

**ARTICLE** [14] - 3984:8, 3986:5, 3986:6, 3987:1, 3987:9, 3988:12, 3989:8, 3992:12, 3993:2, 3993:9, 3993:19, 4000:10, 4001:10, 4052:19

**ARTICLES** [1] - 3984:6

**ARTS** [1] - 4057:15

**AS** [118] - 3967:19, 3967:25, 3969:5, 3969:12, 3971:5, 3971:6, 3971:15, 3971:18, 3972:8, 3972:20, 3973:8, 3973:17, 3974:20, 3975:2, 3975:3, 3975:25, 3977:3, 3978:20, 3979:1, 3980:21, 3980:23, 3980:24, 3981:14, 3982:11, 3983:10, 3984:19, 3986:2, 3986:7, 3986:8, 3986:10, 3987:4, 3987:5, 3988:15, 3990:4, 3993:6, 3993:13, 3996:21, 3996:22, 3997:8, 3997:21, 4000:9, 4000:18, 4002:7, 4003:6, 4003:17, 4005:6, 4005:8, 4006:14, 4006:16, 4007:17, 4008:16, 4008:18, 4009:11, 4009:24, 4011:18, 4012:16, 4012:19, 4012:20, 4013:2, 4016:25, 4018:10, 4018:14, 4022:5, 4027:15, 4027:22, 4029:18, 4030:17, 4030:20, 4032:4, 4032:9, 4032:12, 4034:11, 4035:4, 4035:8, 4035:13, 4035:24, 4036:7, 4036:23, 4037:21,

4037:23, 4039:2, 4039:5, 4039:14, 4040:7, 4041:16, 4043:17, 4044:23, 4045:6, 4045:12, 4046:2, 4046:14, 4047:11, 4048:17, 4050:12, 4053:2, 4053:3, 4053:4, 4053:8, 4053:11, 4055:8, 4056:1, 4056:5, 4056:7, 4056:24, 4057:22, 4059:2, 4060:20

**ASCE** [1] - 3986:20
**ASHLEY** [1] - 3965:2
**ASK** [19] - 3968:11, 3970:23, 3971:24, 3975:24, 3982:7, 3984:4, 3989:13, 3990:20, 3990:23, 3990:24, 3993:7, 3995:22, 4014:15, 4022:13, 4029:13, 4031:17, 4046:22, 4054:22, 4056:4
**ASKED** [7] - 3988:11, 3998:20, 4022:14, 4024:13, 4026:11, 4029:8, 4054:22
**ASPECTS** [1] - 4051:1
**ASSERT** [1] - 3967:16
**ASSESSED** [1] - 4035:5
**ASSESSMENT** [2] - 4053:4, 4053:15
**ASSISTANT** [1] - 3985:25
**ASSOCIATE** [4] - 3969:20, 3969:21, 3971:20, 3985:24
**ASSOCIATED** [1] - 4048:4
**ASSOCIATES** [2] - 3963:12, 3964:7
**ASSUME** [5] - 4002:5, 4045:18, 4051:9, 4056:5
**ASSUMED** [4] - 4003:8, 4003:9, 4020:24, 4026:14
**ASSUMING** [2] - 4018:16, 4019:2
**ASSURE** [1] - 4015:10
**AT** [147] - 3968:25, 3969:19, 3969:24,

3969:25, 3970:15, 3972:2, 3973:22, 3974:14, 3975:4, 3975:11, 3975:21, 3977:10, 3977:16, 3981:22, 3981:24, 3981:25, 3982:6, 3982:11, 3984:5, 3984:24, 3985:14, 3985:16, 3985:21, 3985:22, 3985:25, 3986:11, 3986:12, 3986:22, 3987:9, 3987:11, 3987:23, 3988:17, 3989:9, 3990:9, 3990:16, 3990:19, 3992:7, 3992:10, 3992:15, 3993:19, 3993:23, 3994:8, 3995:20, 3996:6, 3996:24, 3997:7, 3997:10, 3997:25, 3998:17, 3999:25, 4000:2, 4000:10, 4002:9, 4002:23, 4003:2, 4003:4, 4003:6, 4004:8, 4006:4, 4006:5, 4006:7, 4006:8, 4006:11, 4006:20, 4007:24, 4008:1, 4008:3, 4008:6, 4008:9, 4008:10, 4008:13, 4008:22, 4009:25, 4011:5, 4011:15, 4012:17, 4013:23, 4014:1, 4014:7, 4014:17, 4015:20, 4016:2, 4016:5, 4017:13, 4018:14, 4019:1, 4019:5, 4020:5, 4020:11, 4020:17, 4021:3, 4022:2, 4022:4, 4022:10, 4022:24, 4023:5, 4025:13, 4025:18, 4026:10, 4026:15, 4026:17, 4026:24, 4028:9, 4029:18, 4029:20, 4030:12, 4031:13, 4031:17, 4032:1, 4032:2, 4032:8, 4033:18, 4034:9, 4035:2, 4035:5, 4035:7, 4035:11, 4035:22, 4036:24, 4037:6, 4037:15, 4038:12, 4038:22, 4038:25, 4040:17,

4041:10, 4043:5, 4044:12, 4045:10, 4045:21, 4046:6, 4049:1, 4049:7, 4053:17, 4054:9, 4054:20, 4055:15, 4057:10, 4058:3, 4058:17, 4058:19, 4059:1, 4060:7, 4060:20, 4061:1
**ATCHAFALAYA** [26] - 3968:22, 3974:14, 3974:24, 3983:18, 3983:22, 3984:5, 3984:6, 3986:25, 3987:7, 3987:11, 3990:16, 3992:6, 3993:25, 3994:24, 3994:25, 3995:19, 4000:19, 4001:9, 4009:25, 4010:20, 4014:17, 4016:4, 4017:23, 4018:11, 4020:17, 4043:5
**ATTACK** [3] - 3989:14, 4046:13, 4050:12
**ATTACKING** [1] - 4044:3
**ATTEMPTING** [1] - 4011:12
**ATTENTION** [1] - 4002:20
**ATTORNEY** [1] - 4029:6
**ATTRIBUTABLE** [1] - 3977:17
**AUGUST** [1] - 3970:1
**AUTHOR** [1] - 3970:20
**AUTHORS** [2] - 3987:10, 3992:5
**AVAILABLE** [4] - 3969:18, 4050:7, 4050:11, 4055:20
**AVENUE** [2] - 3963:23, 3964:12
**AVERAGE** [3] - 4057:19, 4057:20, 4059:10
**AWAY** [6] - 4011:22, 4019:3, 4031:21, 4044:7, 4047:19, 4050:12
**AXES** [1] - 4039:14
**AXIS** [1] - 4012:18

**B**

**B** [2] - 3963:19, 4022:9

**B3** [1] - 4022:6
**BACK** [18] - 3967:6, 3972:2, 3983:19, 3990:7, 3995:7, 3996:17, 3998:22, 4017:8, 4017:14, 4017:25, 4020:8, 4022:7, 4022:10, 4039:24, 4046:16, 4052:17, 4057:24, 4060:21
**BACKGROUND** [2] - 3970:24, 3972:3
**BAD** [2] - 3969:2, 3982:2
**BAEZA** [1] - 3965:5
**BAG** [1] - 4047:17
**BAGS** [1] - 4047:14
**BANK** [1] - 4028:5
**BANKS** [1] - 4015:3
**BAR** [1] - 4030:20
**BARON** [1] - 3963:22
**BARONNE** [2] - 3963:17, 3963:20
**BASE** [2] - 3997:22, 4004:15
**BASED** [12] - 3970:18, 3981:7, 4004:5, 4008:24, 4015:16, 4029:3, 4030:4, 4031:10, 4045:14, 4045:16, 4055:16, 4056:10
**BASICALLY** [1] - 3988:4
**BASIN** [2] - 4010:20, 4043:5
**BASIS** [6] - 3974:3, 3974:5, 4000:22, 4007:11, 4011:23, 4013:18
**BATON** [2] - 3964:10, 3964:16
**BAYOU** [35] - 3999:5, 4000:20, 4020:18, 4020:19, 4020:21, 4021:24, 4028:10, 4028:20, 4028:21, 4028:22, 4029:15, 4029:16, 4030:11, 4030:13, 4030:16, 4030:19, 4033:6, 4033:14, 4033:15, 4033:16, 4033:19, 4034:12, 4034:22, 4054:5, 4056:7, 4056:19, 4060:4
**BE** [154] - 3967:5, 3967:13, 3968:11,

3969:7, 3969:14, 3972:7, 3974:19, 3976:16, 3977:1, 3977:2, 3977:3, 3977:15, 3978:3, 3978:18, 3978:22, 3979:1, 3979:8, 3981:11, 3981:14, 3982:3, 3982:5, 3982:24, 3983:3, 3983:6, 3985:19, 3986:11, 3987:24, 3987:25, 3988:2, 3988:22, 3989:1, 3989:11, 3994:15, 3995:14, 3995:15, 3996:5, 3996:7, 3996:25, 3998:6, 3998:8, 3998:13, 3998:17, 3999:14, 4000:7, 4000:11, 4000:13, 4001:4, 4001:5, 4002:4, 4002:19, 4002:25, 4003:11, 4003:16, 4003:25, 4004:1, 4004:2, 4005:12, 4006:11, 4006:19, 4008:12, 4011:9, 4012:15, 4012:22, 4013:2, 4013:16, 4013:18, 4014:2, 4014:9, 4014:12, 4015:12, 4016:22, 4017:3, 4017:4, 4017:7, 4017:18, 4017:22, 4019:12, 4019:16, 4019:18, 4019:21, 4019:22, 4019:25, 4021:18, 4021:19, 4022:3, 4022:9, 4022:11, 4022:21, 4024:11, 4024:15, 4024:20, 4025:14, 4026:7, 4027:11, 4027:22, 4028:23, 4030:24, 4033:11, 4033:12, 4033:14, 4033:16, 4036:6, 4036:7, 4037:16, 4037:22, 4038:9, 4039:13, 4039:19, 4040:16, 4040:17, 4040:20, 4041:9, 4041:10, 4041:18, 4041:22, 4042:2, 4042:15, 4042:20, 4042:23, 4043:3, 4043:16, 4043:17, 4044:12, 4045:19,

4047:10, 4047:11, 4047:15, 4048:19, 4048:20, 4048:21, 4048:22, 4049:3, 4049:10, 4049:15, 4049:19, 4050:15, 4050:23, 4050:24, 4052:6, 4054:14, 4055:8, 4057:20, 4058:6, 4059:3, 4060:9, 4060:25

**BEA** [25] - 3975:25, 3978:23, 3980:16, 3992:11, 4010:12, 4010:23, 4011:13, 4011:17, 4011:19, 4011:20, 4011:21, 4012:13, 4012:14, 4012:25, 4014:22, 4014:25, 4044:21, 4044:24, 4046:13, 4047:3, 4047:5, 4048:1, 4049:21, 4049:24, 4056:24

**BEA'S** [7] - 4009:22, 4012:11, 4015:17, 4036:19, 4040:7, 4049:1, 4051:7

**BEAR** [1] - 4036:21

**BEAT** [1] - 3994:5

**BECAUSE** [45] - 3968:5, 3969:5, 3975:18, 3976:20, 3977:23, 3980:7, 3981:5, 3981:21, 3982:16, 3984:11, 3984:15, 3988:5, 3988:16, 3988:19, 3989:23, 3990:9, 3996:5, 3996:7, 3999:13, 4001:4, 4001:6, 4003:12, 4005:8, 4006:24, 4007:14, 4011:23, 4012:14, 4014:7, 4017:19, 4017:23, 4020:2, 4022:23, 4023:19, 4023:21, 4033:12, 4039:6, 4046:17, 4047:15, 4047:16, 4050:11, 4051:14, 4051:16, 4051:21, 4055:11, 4059:2

**BECOME** [1] - 3985:24

**BECOMES** [2] - 4009:12, 4019:19

**BEEN** [33] - 3969:4, 3971:20, 3977:22,

3978:16, 3978:20, 3981:7, 3984:14, 3985:21, 3986:17, 3993:19, 3994:8, 3995:24, 4000:14, 4001:1, 4002:22, 4004:9, 4005:7, 4010:2, 4010:3, 4016:23, 4027:13, 4027:14, 4027:16, 4031:4, 4038:2, 4042:21, 4042:22, 4043:21, 4043:24, 4044:1, 4047:1, 4047:17, 4054:21

**BEFORE** [18] - 3963:8, 3967:10, 3967:14, 3972:25, 3979:21, 3995:24, 4016:18, 4031:17, 4035:6, 4039:18, 4042:21, 4042:22, 4043:16, 4050:18, 4052:14, 4053:16, 4058:19, 4058:23

**BEGAN** [1] - 3971:5

**BEGINNING** [1] - 4057:10

**BEGINS** [3] - 3967:11, 3972:25, 4009:13

**BEHAVE** [1] - 3985:7

**BEING** [13] - 3978:13, 3982:1, 4007:17, 4008:25, 4039:5, 4040:22, 4040:23, 4043:18, 4044:7, 4045:15, 4046:20, 4055:1, 4058:3

**BEINGS** [1] - 3982:1

**BELIEVE** [18] - 3967:20, 3977:19, 3987:16, 3989:23, 4000:23, 4000:24, 4007:19, 4008:6, 4019:9, 4025:7, 4025:17, 4026:20, 4030:16, 4040:7, 4045:23, 4045:24, 4048:14, 4048:17

**BELOW** [5] - 3999:9, 4027:18, 4048:21, 4059:23, 4060:1

**BENCHMARKS** [1] - 4034:15

**BENEATH** [1] - 4001:23

**BENJAMIN** [1] - 3965:13

**BERKELEY** [4] - 3972:2, 3972:8, 3972:14, 3984:25

**BERM** [20] - 3997:16, 3997:17, 3997:22, 3997:24, 3998:11, 3998:17, 4000:15, 4002:24, 4003:2, 4003:7, 4003:15, 4003:18, 4003:20, 4004:6, 4008:11, 4021:21, 4035:10, 4035:12, 4035:18

**BERMS** [8] - 3997:1, 3997:5, 3997:8, 3997:10, 3998:3, 4000:12, 4008:15, 4014:12

**BERNARD** [1] - 4034:22

**BESIDES** [1] - 4054:17

**BEST** [9] - 3977:16, 3979:19, 3979:20, 3981:7, 3983:10, 4047:9, 4049:6, 4058:2, 4061:11

**BETTER** [7] - 3983:23, 4003:3, 4012:7, 4033:8, 4043:8, 4059:22, 4060:6

**BETWEEN** [18] - 3995:16, 3996:11, 3998:10, 4000:1, 4000:3, 4001:24, 4020:23, 4032:5, 4035:12, 4039:8, 4048:19, 4049:14, 4049:16, 4052:23, 4054:5, 4056:6, 4056:23

**BEYOND** [12] - 3975:7, 3975:8, 3975:13, 3979:24, 3982:1, 3987:15, 4007:17, 4021:7, 4021:21, 4030:7, 4031:20

**BICKERING** [2] - 3981:8, 3981:17

**BIENVENUE** [11] - 3999:5, 4000:20, 4020:18, 4020:23, 4021:14, 4028:13, 4034:22, 4054:5, 4056:7, 4056:16, 4060:3

**BIT** [7] - 3969:2, 3972:3, 3999:14,

4021:21, 4036:5, 4037:18, 4046:18

**BLOCK** [6] - 3993:7, 4002:8, 4002:14, 4004:18, 4004:20, 4020:25

**BLOW** [2] - 4014:23, 4032:11

**BLUE** [1] - 4028:23

**BLVD** [1] - 3964:19

**BOAT** [1] - 4018:12

**BOB** [1] - 4018:12

**BOOK** [1] - 3970:21

**BORING** [1] - 4033:10

**BORINGS** [10] - 4017:15, 4023:25, 4024:1, 4027:16, 4027:18, 4027:19, 4034:9, 4045:14, 4045:16

**BORROW** [11] - 3998:13, 4015:13, 4016:1, 4040:9, 4040:11, 4040:15, 4040:18, 4040:20, 4040:23, 4041:1, 4041:2

**BOTH** [24] - 3968:7, 3974:10, 3983:1, 3986:1, 3987:5, 3992:11, 3999:15, 4003:4, 4004:19, 4008:9, 4016:18, 4021:1, 4023:1, 4028:14, 4030:15, 4032:2, 4032:8, 4053:12, 4055:17, 4055:18, 4055:20, 4059:22

**BOTTOM** [13] - 3989:15, 3992:7, 3994:25, 3995:20, 3996:24, 4003:14, 4014:22, 4018:17, 4028:12, 4028:16, 4032:8, 4049:2, 4055:11

**BOX** [6] - 3964:2, 3964:9, 3964:19, 3965:12, 4056:20, 4056:22

**BOXES** [1] - 4055:14

**BRANCH** [4] - 3965:5, 3985:17, 3985:23, 4017:24

**BREACH** [1] - 4028:17

**BREACHES** [2] - 3977:17, 4029:22

**BREACHING** [4] - 4029:25, 4030:1, 4030:2, 4050:13

**BRENDAN** [1] - 3964:23

**BRIAUD** [2] - 4046:2, 4046:5

**BRIAUD'S** [1] - 4046:2

**BRIDGE** [1] - 4046:8

**BRIEF** [3] - 3993:10, 4039:22, 4043:4

**BRIEFED** [1] - 3967:14

**BRIEFING** [3] - 3979:15, 3989:13, 3993:1

**BRIEFLY** [3] - 3973:1, 3979:22, 3981:16

**BRING** [12] - 3973:12, 3984:4, 3995:7, 4020:20, 4028:9, 4032:15, 4033:1, 4036:19, 4036:20, 4037:4, 4048:15, 4048:24

**BROAD** [1] - 3995:21

**BROUGHT** [2] - 3980:13, 4052:18

**BRUNO** [2] - 3963:16, 3963:16

**BS** [1] - 3969:23

**BUDD** [1] - 3963:22

**BUILD** [11] - 3985:9, 3986:3, 3995:2, 3995:3, 3996:25, 3997:15, 4000:12, 4009:15, 4023:21

**BUILD-AND-WAIT** [3] - 3995:2, 3995:3

**BUILDING** [17] - 3968:23, 3974:14, 3977:13, 3987:19, 3987:20, 3993:19, 3994:8, 3995:18, 3996:21, 3997:2, 3997:5, 3997:8, 3997:10, 3997:22, 4000:18, 4009:6, 4009:14

**BUILT** [7] - 3968:18, 3969:2, 3995:5, 3997:22, 4023:8, 4043:6, 4053:20

**BUNCH** [1] - 4042:11

**BUSINESS** [1] - 3983:16

**BUT** [89] - 3972:24, 3973:12, 3974:18,

3976:13, 3976:17, 3977:4, 3978:3, 3978:16, 3980:6, 3980:7, 3980:13, 3981:18, 3981:23, 3982:1, 3982:25, 3983:1, 3983:11, 3984:12, 3984:14, 3988:1, 3988:4, 3989:1, 3989:6, 3989:18, 3989:19, 3989:20, 3990:13, 3991:2, 3991:5, 3991:16, 3993:8, 3995:15, 3995:24, 3996:6, 3997:16, 3998:6, 3998:10, 3999:15, 4000:24, 4002:24, 4003:2, 4003:11, 4005:7, 4005:14, 4006:9, 4006:23, 4007:8, 4008:18, 4010:12, 4010:19, 4011:9, 4012:22, 4013:18, 4014:17, 4021:6, 4023:2, 4023:5, 4023:23, 4025:10, 4026:25, 4030:23, 4031:19, 4033:8, 4033:14, 4034:10, 4035:13, 4035:18, 4037:20, 4038:20, 4039:5, 4040:25, 4042:10, 4045:3, 4046:19, 4046:23, 4049:6, 4051:4, 4051:25, 4053:1, 4056:5, 4058:1, 4058:10, 4058:23, 4059:5, 4059:10, 4059:20, 4059:22, 4060:6, 4060:18

**BY** [115] - 3963:13, 3963:16, 3963:19, 3963:23, 3964:1, 3964:5, 3964:8, 3964:12, 3964:15, 3964:18, 3964:22, 3965:1, 3965:5, 3965:20, 3965:20, 3966:5, 3966:6, 3966:7, 3966:8, 3967:22, 3971:2, 3972:1, 3973:4, 3973:20, 3975:25, 3977:11, 3978:19, 3980:16, 3981:3, 3983:17, 3985:3, 3985:12, 3987:6, 3987:20, 3987:21,

3988:16, 3988:18, 3991:7, 3992:4, 3993:18, 3994:7, 3996:14, 3997:16, 3998:21, 3999:19, 3999:21, 3999:25, 4002:16, 4004:23, 4005:3, 4005:20, 4007:2, 4007:3, 4007:23, 4009:9, 4009:21, 4010:16, 4013:19, 4014:14, 4015:3, 4015:10, 4015:13, 4015:18, 4015:22, 4016:9, 4017:24, 4018:8, 4019:21, 4022:21, 4024:18, 4025:4, 4025:20, 4026:3, 4027:4, 4027:15, 4027:17, 4030:9, 4031:8, 4031:24, 4032:19, 4034:7, 4034:16, 4034:25, 4036:6, 4036:12, 4036:15, 4037:20, 4039:4, 4039:23, 4040:2, 4041:7, 4041:16, 4041:22, 4042:14, 4043:1, 4043:21, 4044:20, 4046:5, 4046:6, 4046:24, 4050:6, 4050:20, 4050:22, 4050:23, 4052:5, 4052:13, 4053:8, 4053:14, 4054:6, 4055:17, 4056:3, 4058:9, 4058:20, 4060:17

## C

**C** [12] - 3964:5, 3964:8, 3964:12, 3964:14, 3964:15, 3964:18, 3964:18, 3967:1, 4035:8, 4035:13, 4035:14, 4052:20

**CA** [1] - 3963:14

**CAERNARVON** [2] - 4032:22, 4058:10

**CALCULATE** [9] - 4004:5, 4004:10, 4004:11, 4004:14, 4004:19, 4013:21, 4021:15, 4022:20, 4023:3

**CALCULATED** [3] - 4023:22, 4025:12,

4025:16

**CALCULATION** [3] - 3973:11, 4002:4, 4048:2

**CALCULATIONS** [14] - 3967:24, 3971:7, 3973:6, 3986:10, 4004:21, 4017:21, 4023:12, 4025:7, 4026:13, 4035:6, 4042:19, 4059:15, 4059:16

**CALIBRATE** [5] - 3983:25, 4011:12, 4044:2, 4044:4, 4044:8

**CALIBRATED** [3] - 4043:24, 4044:1, 4047:1

**CALIBRATING** [3] - 4043:9, 4043:15, 4051:16

**CALIBRATION** [7] - 4042:23, 4042:24, 4043:1, 4043:2, 4051:15, 4051:18, 4051:19

**CALIFORNIA** [2] - 3972:2, 3985:1

**CALL** [4] - 4002:20, 4056:7, 4057:20, 4058:8

**CALLED** [10] - 3999:10, 4002:6, 4002:8, 4002:9, 4005:19, 4009:14, 4016:21, 4028:17, 4047:11

**CALLS** [3] - 3967:8, 4045:23, 4056:24

**CALVIN** [1] - 3964:12

**CAME** [3] - 3982:6, 3984:9, 4005:25

**CAMERA** [2] - 4044:6, 4044:12

**CAMP** [1] - 4058:4

**CAN** [82] - 3971:3, 3972:3, 3976:20, 3977:23, 3980:5, 3980:11, 3981:7, 3981:14, 3983:10, 3987:9, 3987:12, 3988:10, 3990:6, 3991:12, 3993:6, 3993:8, 3997:19, 3999:4, 4001:17, 4003:8, 4003:17, 4005:6, 4006:24, 4008:2, 4010:3, 4010:5, 4010:12,

4010:17, 4012:10, 4012:13, 4012:24, 4013:18, 4014:23, 4014:24, 4014:25, 4016:7, 4017:3, 4018:10, 4019:16, 4019:18, 4020:13, 4024:1, 4024:19, 4024:22, 4026:7, 4028:9, 4028:10, 4029:3, 4030:7, 4031:1, 4032:20, 4033:2, 4034:19, 4035:1, 4035:24, 4036:20, 4037:12, 4038:8, 4039:21, 4040:14, 4042:1, 4042:4, 4042:18, 4043:2, 4043:16, 4044:14, 4044:16, 4047:12, 4050:21, 4050:23, 4050:24, 4051:24, 4051:25, 4053:22, 4055:8, 4055:10, 4058:24, 4060:7, 4060:13, 4060:20, 4060:22

**CAN'T** [8] - 3975:14, 3978:2, 3979:3, 3990:10, 3991:16, 4049:5, 4059:4, 4060:16

**CANAL** [3] - 4020:19, 4020:21, 4021:24

**CANDIDATES** [1] - 4044:14

**CANDIDLY** [1] - 3976:17

**CAPABLE** [1] - 4042:24

**CAPTION** [4] - 4010:18, 4011:8, 4012:15

**CARE** [2] - 3977:22, 4015:22

**CAREER** [1] - 3986:17

**CAREFULLY** [1] - 4053:19

**CARL** [1] - 4060:15

**CARONDELET** [1] - 3965:2

**CASE** [29] - 3967:17, 3967:23, 3973:6, 3973:13, 3977:22, 3978:20, 3979:23, 3980:1, 3980:25, 3981:13, 3989:11, 3989:15, 4002:7,

4002:17, 4002:21, 4008:1, 4014:2, 4014:10, 4022:2, 4029:11, 4035:22, 4040:6, 4040:25, 4041:10, 4043:21, 4045:20, 4048:18, 4055:7, 4055:17

**CASES** [2] - 4015:3, 4041:20

**CAST** [3] - 3999:20, 4000:1

**CAST-FILL** [1] - 4000:1

**CAST-FILLED** [1] - 3999:20

**CATEGORIES** [1] - 3995:21

**CAUSE** [1] - 4002:6

**CAUSING** [3] - 4004:16, 4004:22, 4021:15

**CAUTION** [1] - 4037:7

**CCR** [3] - 3965:16, 4061:9, 4061:17

**CENTER** [6] - 3998:18, 4011:25, 4022:3, 4036:1, 4045:15, 4045:16

**CENTRAL** [6] - 4002:8, 4002:14, 4004:13, 4004:18, 4004:20, 4020:25

**CENTURIES** [1] - 3981:6

**CERTAIN** [3] - 3982:7, 4022:23, 4035:12

**CERTAINLY** [8] - 3968:16, 3969:1, 3990:6, 3991:5, 3993:1, 3993:9, 4050:16, 4051:7

**CERTAINTY** [1] - 3973:22

**CERTIFICATE** [1] - 4061:7

**CERTIFY** [1] - 4061:10

**CETERA** [1] - 3981:9

**CH** [3] - 4033:5, 4033:11, 4033:12

**CH'S** [2] - 4034:10, 4045:14

**CHAIN** [1] - 4041:16

**CHAIRMAN** [1] - 3986:19

**CHAIRPERSON** [1] - 3986:14

**CHALMETTE** [8] - 3987:6, 4016:10, 4020:8, 4020:15, 4024:24, 4029:17, 4032:15, 4034:22

**CHANCE** [6] - 4048:18, 4048:20, 4048:22, 4049:13, 4049:14, 4049:15

**CHANGE** [5] - 4030:19, 4045:6, 4045:12, 4045:25, 4046:18

**CHANGING** [3] - 4046:14, 4046:16

**CHANNEL** [23] - 3976:12, 3978:6, 3982:17, 3988:6, 3989:1, 3989:10, 3989:12, 3990:5, 3992:9, 4003:11, 4015:3, 4015:8, 4015:25, 4018:21, 4018:25, 4019:2, 4019:17, 4019:19, 4019:22, 4020:4, 4021:7, 4036:2, 4039:8

**CHATRY** [1] - 4018:14

**CHECK** [4] - 3998:4, 4018:15, 4026:18, 4043:12

**CHECKED** [1] - 4021:2

**CHECKING** [1] - 4041:1

**CHIEF** [3] - 3985:19, 3985:23, 3985:25

**CHOOSING** [2] - 4007:3, 4008:23

**CHOSE** [1] - 4051:14

**CHOSEN** [1] - 4010:23

**CIRCLE** [1] - 3999:19

**CIRCLED** [1] - 3999:2

**CIRCULAR** [1] - 4014:5

**CITED** [2] - 4011:8, 4051:18

**CITING** [1] - 3993:9

**CITY** [1] - 3964:20

**CIVIL** [18] - 3968:19, 3969:21, 3969:23, 3969:24, 3970:5, 3970:10, 3970:16, 3970:18, 3971:14, 3972:1, 3972:10,

3972:14, 3972:20, 3984:24, 3985:3, 3986:12, 4038:19

**CLAY** [15] - 3988:20, 4001:23, 4001:25, 4009:14, 4015:7, 4030:17, 4030:21, 4030:25, 4033:5, 4033:11, 4034:10, 4034:11, 4045:14

**CLAY-LIKE** [1] - 3988:20

**CLAYS** [13] - 3985:10, 3999:9, 3999:10, 3999:12, 3999:13, 4005:10, 4006:3, 4012:22, 4013:17, 4019:17, 4029:15, 4030:18

**CLEAR** [8] - 3980:8, 3987:12, 3996:13, 4012:13, 4014:11, 4015:2, 4016:7

**CLEARLY** [1] - 3991:6

**CLERK** [5] - 3967:5, 3969:10, 3969:14, 4024:11, 4039:25

**CLOSE** [2] - 3992:9, 4039:2

**CLOUGH** [4] - 3986:5, 3986:7, 3986:8, 3986:9

**CLOUGH'S** [1] - 3986:21

**COARSE** [1] - 3988:21

**COAUTHORS** [1] - 3972:17

**COEFFICIENT** [2] - 4048:9, 4049:9

**COHESION** [1] - 4035:8

**COLLEGE** [3] - 3971:5, 3971:9, 3971:20

**COLORED** [1] - 4038:9

**COME** [11] - 3977:23, 3981:6, 3982:19, 3990:18, 3996:17, 3998:16, 4006:13, 4017:8, 4022:10, 4038:25, 4057:24

**COMES** [9] - 3969:7, 3978:1, 3982:9, 4003:2, 4003:7, 4009:24, 4010:1, 4046:15, 4055:6

**COMING** [2] -

3983:12, 4023:14

**COMMENT** [2] - 3968:16, 4001:4

**COMMENTS** [3] - 4016:24, 4041:17, 4049:22

**COMMITTEE** [3] - 3986:15, 3986:19, 3986:21

**COMMITTEES** [1] - 4004:9

**COMMON** [1] - 4013:17

**COMMONLY** [1] - 4012:19

**COMPACTED** [1] - 3999:25

**COMPACTION** [1] - 3982:12

**COMPACTS** [1] - 4009:11

**COMPARATIVE** [1] - 4029:18

**COMPARE** [11] - 3999:4, 4001:17, 4004:21, 4004:23, 4017:20, 4030:10, 4037:17, 4037:19, 4054:22, 4057:22, 4059:16

**COMPARED** [4] - 4027:22, 4039:14, 4039:19, 4059:12

**COMPARING** [1] - 4022:21

**COMPARISON** [4] - 4010:19, 4032:5, 4033:19, 4037:24

**COMPLETE** [4] - 3978:14, 3991:15, 4008:23, 4050:7

**COMPLETED** [1] - 3974:13

**COMPLETELY** [5] - 3967:20, 3978:18, 3978:23, 4017:1, 4019:3

**COMPLETION** [2] - 3974:13, 4054:11

**COMPLEX** [1] - 3964:8

**COMPLICATED** [1] - 4046:20

**COMPONENT** [1] - 4048:7

**COMPOUNDING** [1] - 4048:6

**COMPRESS** [1] - 4029:20

**COMPRESSIBILITY**

[3] - 4006:21, 4009:1, 4024:2

**COMPRESSIBLE** [16] - 3977:13, 3987:19, 3988:15, 3995:6, 3997:3, 4006:23, 4030:21, 4030:24, 4033:13, 4033:16, 4033:21, 4034:2, 4059:25, 4060:5, 4060:6

**COMPRESSION** [1] - 3982:12

**COMPROMISE** [9] - 3997:2, 3997:4, 3997:9, 3997:13, 3999:3, 4000:9, 4000:12, 4000:18

**COMPUTED** [4] - 4011:7, 4011:11, 4011:16, 4011:18

**COMPUTER** [6] - 3965:20, 3967:24, 3970:13, 3973:7, 3983:6, 4033:9

**COMPUTER-AIDED** [1] - 3970:13

**CONCEDED** [1] - 3967:16

**CONCEPT** [6] - 3979:7, 3982:15, 3987:19, 3989:10, 3989:11, 4051:14

**CONCEPTUAL** [3] - 4032:12, 4039:11, 4039:18

**CONCERN** [1] - 4020:2

**CONCERNED** [4] - 3967:12, 3980:24, 3980:25, 4019:25

**CONCLUDE** [4] - 3977:15, 4033:2, 4047:24

**CONCLUDES** [1] - 4014:25

**CONCLUSION** [2] - 4007:24, 4008:3

**CONCLUSIONS** [2] - 4014:23, 4034:5

**CONDITION** [4] - 4006:4, 4009:13, 4009:14, 4013:23

**CONDITIONS** [9] - 3999:4, 4008:24, 4029:3, 4029:13, 4029:14, 4029:18, 4030:10, 4030:20, 4031:10

**CONDUCTED** [2] -

3967:24, 3973:7

**CONFER** [1] - 4042:2

**CONFERENCE** [4] - 3984:25, 3985:2, 3985:11, 4018:15

**CONFERENCES** [1] - 3985:4

**CONFIDENT** [1] - 4048:12

**CONFIGURATION** [1] - 4013:24

**CONFIRM** [3] - 3972:24, 4049:5, 4060:7

**CONFORMANCE** [1] - 3968:18

**CONGRESS** [1] - 4044:10

**CONNECTED** [1] - 3986:17

**CONNECTING** [1] - 4018:11

**CONNECTION** [2] - 3967:23, 3973:5

**CONOR** [1] - 3965:7

**CONSIDER** [2] - 3996:22, 3997:15

**CONSIDERABLE** [1] - 4027:14

**CONSIDERATION** [2] - 4018:22, 4041:13

**CONSIDERED** [1] - 4043:20

**CONSIDERING** [1] - 4036:4

**CONSISTENT** [5] - 3983:3, 4004:1, 4014:16, 4014:18, 4026:7

**CONSISTS** [1] - 3997:9

**CONSOLIDATE** [1] - 3997:17

**CONSOLIDATED** [1] - 4027:8

**CONSOLIDATION** [6] - 4017:17, 4026:3, 4026:14, 4026:15, 4027:15, 4057:8

**CONSTRUCT** [2] - 3983:24, 4022:23

**CONSTRUCTED** [6] - 3983:21, 4006:14, 4017:1, 4017:3, 4017:15, 4053:20

**CONSTRUCTING** [1] - 3997:9

**CONSTRUCTION** [28] - 3971:11, 3973:23, 3974:11,

3977:14, 3977:15, 3984:2, 3985:18, 3986:23, 3987:18, 3994:13, 3999:2, 3999:17, 4006:4, 4007:12, 4009:10, 4009:14, 4011:2, 4013:22, 4015:13, 4017:4, 4017:10, 4022:22, 4022:24, 4027:11, 4028:2, 4054:13, 4055:15, 4056:6

**CONSULT** [1] - 3986:15

**CONSULTANT** [1] - 3969:23

**CONSULTING** [1] - 3971:16

**CONSUMING** [1] - 3994:15

**CONTEXT** [2] - 3984:15, 3984:17

**CONTINUUM** [1] - 4006:16

**CONTRACT** [3] - 4040:21, 4040:22, 4040:24

**CONTRARY** [1] - 4015:19

**CONTRAST** [1] - 4033:15

**CONTRIBUTION** [1] - 3985:9

**CONTROL** [1] - 4007:4

**CONTROLLING** [1] - 4008:25

**CONTROLS** [1] - 3970:4

**CORE** [1] - 4045:19

**CORNER** [1] - 4029:17

**CORPS** [30] - 3968:19, 3969:2, 3971:6, 3971:9, 3971:16, 3972:13, 3973:25, 3978:4, 3978:9, 3985:19, 3987:17, 3988:17, 3988:19, 3992:15, 3998:9, 4006:3, 4008:25, 4011:1, 4011:2, 4012:6, 4014:8, 4015:4, 4015:10, 4015:13, 4015:22, 4035:16, 4036:3, 4053:18, 4055:14, 4055:17

**CORPS'** [3] -

3974:11, 3975:3, 4054:12

**CORRECT** [28] - 3973:10, 3973:14, 3973:15, 3974:15, 3974:16, 3976:15, 3978:19, 3982:13, 3982:23, 3992:12, 3992:16, 3993:11, 4001:7, 4005:16, 4005:19, 4009:2, 4012:7, 4013:22, 4014:20, 4015:23, 4021:12, 4021:13, 4053:1, 4053:20, 4056:20, 4057:18, 4058:18, 4061:11

**CORRELATE** [1] - 4023:10

**CORRESPONDEN CE** [1] - 4041:17

**CORROBORATE** [1] - 4050:22

**COST** [1] - 4019:20

**COULD** [41] - 3972:7, 3973:11, 3976:16, 3979:21, 3988:9, 3989:1, 3995:7, 3995:15, 3995:21, 4000:14, 4000:23, 4002:6, 4004:4, 4008:7, 4008:12, 4015:12, 4020:10, 4021:4, 4021:9, 4021:22, 4022:7, 4022:21, 4022:25, 4025:5, 4026:10, 4029:5, 4030:13, 4031:13, 4032:2, 4036:10, 4037:3, 4038:2, 4038:3, 4040:8, 4041:5, 4044:6, 4044:7, 4052:4, 4053:25

**COUNSEL** [6] - 4025:3, 4031:1, 4042:2, 4042:3, 4055:8, 4055:21

**COUPLE** [1] - 3967:11

**COURSE** [2] - 3967:17, 3970:2

**COURSES** [2] - 3970:15, 3971:15

**COURT** [162] - 3963:1, 3965:16, 3967:6, 3967:9, 3967:11, 3968:11, 3968:14, 3968:16,

3969:4, 3970:25, 3972:22, 3973:2, 3973:17, 3974:17, 3975:8, 3975:17, 3975:21, 3976:2, 3976:10, 3976:16, 3976:20, 3976:25, 3977:6, 3977:8, 3978:16, 3978:18, 3979:5, 3979:13, 3979:19, 3979:23, 3980:4, 3980:6, 3980:17, 3980:20, 3980:23, 3981:3, 3981:14, 3981:17, 3981:21, 3982:3, 3982:19, 3982:21, 3982:25, 3983:6, 3983:9, 3983:12, 3983:15, 3984:10, 3984:17, 3987:16, 3988:11, 3988:14, 3989:5, 3989:20, 3990:2, 3990:8, 3990:12, 3990:18, 3990:22, 3990:24, 3991:4, 3991:9, 3991:11, 3991:14, 3993:1, 3993:4, 3993:8, 3993:12, 3993:15, 3993:21, 3994:4, 3995:22, 3995:24, 3996:9, 3996:13, 3998:5, 3998:15, 3998:19, 4003:14, 4003:22, 4004:4, 4005:2, 4006:13, 4007:1, 4007:15, 4007:21, 4010:4, 4010:11, 4010:14, 4013:4, 4013:10, 4013:14, 4016:6, 4022:13, 4022:18, 4023:2, 4023:5, 4023:8, 4023:16, 4024:5, 4024:10, 4024:12, 4024:16, 4024:25, 4025:3, 4025:9, 4027:3, 4029:6, 4029:24, 4030:1, 4030:3, 4031:1, 4031:6, 4031:12, 4031:15, 4031:19, 4031:23, 4033:20, 4033:25, 4034:6, 4034:15, 4036:22, 4036:25, 4037:2, 4037:9, 4037:12, 4037:15, 4037:18, 4037:22, 4038:1,

4038:5, 4039:20, 4040:18, 4041:3, 4042:3, 4042:8, 4042:13, 4044:10, 4044:15, 4044:19, 4050:16, 4050:18, 4051:13, 4052:2, 4052:7, 4053:7, 4055:4, 4055:8, 4055:24, 4057:25, 4058:5, 4060:14, 4060:22, 4061:1, 4061:9, 4061:10, 4061:18

**COURT'S** [3] - 3967:5, 3972:25, 4024:11

**COURTROOM** [1] - 3982:6

**COVERED** [1] - 4007:8

**COVERS** [1] - 4038:14

**CRACK** [1] - 4013:25

**CRACKING** [3] - 4006:7, 4006:11, 4014:21

**CRACKS** [1] - 4008:16

**CRASH** [1] - 4057:15

**CREATE** [1] - 3997:22

**CRESTS** [1] - 4028:21

**CRITERIA** [1] - 3971:17

**CRITICAL** [18] - 4001:13, 4002:21, 4003:1, 4003:9, 4005:8, 4009:13, 4015:4, 4021:8, 4021:15, 4021:20, 4022:2, 4022:8, 4038:22, 4038:24, 4040:15, 4058:24, 4059:1

**CROSS** [5] - 3966:8, 4038:18, 4050:18, 4052:3, 4052:12

**CROSS-EXAMINATION** [3] - 3966:8, 4052:3, 4052:12

**CROSS-SECTIONS** [1] - 4038:18

**CROWN** [7] - 3995:5, 3995:10, 3995:11, 4006:7, 4006:11, 4015:8, 4022:11

**CRR** [2] - 3965:16,

4061:17

**CRYING** [1] - 3981:22

**CULPABILITY** [1] - 3980:14

**CUMULATIVE** [19] - 3967:20, 3967:21, 3968:4, 3968:25, 3969:4, 3995:4, 3995:11, 3995:25, 3996:5, 4022:15, 4022:21, 4023:9, 4023:16, 4023:17, 4024:13, 4024:21, 4025:6, 4044:22

**CUMULATIVENESS** [1] - 3969:6

**CURRENT** [3] - 3967:25, 3971:4, 3973:8

**CUT** [2] - 4005:9, 4042:11

**CV** [1] - 3969:18

**D**

**D** [3] - 3965:10, 3966:1, 3967:1

**DALLAS** [1] - 3963:24

**DAMS** [4] - 3970:11, 3971:8, 3971:11, 3971:17

**DANIEL** [1] - 3965:5

**DARK** [1] - 3978:22

**DASHED** [1] - 4011:7

**DATA** [5] - 4012:3, 4015:17, 4016:25, 4028:18, 4051:2

**DATE** [3] - 3968:1, 3973:9, 3973:12

**DAWN** [1] - 4028:14

**DAY** [1] - 3980:21

**DAYLIGHT** [1] - 4041:24

**DAYS** [1] - 3985:4

**DC** [1] - 3965:13

**DEAD** [2] - 3976:16, 3989:14

**DEAL** [2] - 3988:10, 4018:22

**DEALT** [1] - 3980:15

**DEAN** [3] - 3969:20, 3971:20, 3986:12

**DECISION** [2] - 3982:25, 3983:12

**DECISIONS** [1] - 3987:6

**DECLARATION** [5] - 4009:23, 4036:19,

4045:23, 4049:1, 4051:8

**DECREASES** [1] - 4015:8

**DEEP** [2] - 4022:10, 4040:14

**DEEPER** [1] - 4003:4

**DEFECTIVE** [1] - 3967:15

**DEFENDANT** [2] - 3965:4, 3981:23

**DEFENSE** [3] - 3966:12, 3967:15, 3992:2

**DEFERRED** [2] - 3968:1, 4054:9

**DEFINE** [2] - 3996:1, 3998:5

**DEFINED** [1] - 3982:11

**DEFINES** [1] - 3982:11

**DEFINITION** [3] - 4052:24, 4053:5, 4053:7

**DEFORMATION** [1] - 4006:9

**DEFORMS** [1] - 4008:20

**DEGREE** [4] - 3973:21, 3976:5, 3997:11, 3997:15

**DELTA** [1] - 3999:15

**DEMONSTRATE** [4] - 3975:2, 3977:21, 4015:21, 4018:19

**DEMONSTRATED** [2] - 4003:23, 4059:6

**DENHAM** [1] - 3964:13

**DENY** [1] - 4049:5

**DEPARTMENT** [2] - 3965:4, 3971:14

**DEPICT** [1] - 4000:9

**DEPICTED** [1] - 4058:11

**DEPICTING** [1] - 4010:17

**DEPOSITION** [12] - 3968:8, 3976:8, 3982:4, 3982:11, 3988:7, 3989:4, 3990:25, 3991:2, 3993:24, 4010:8, 4052:15, 4052:17

**DEPOSITIONS** [2] - 3980:18, 3990:19

**DEPOSITS** [2] - 3999:15, 4030:20

**DEPRESSED** [1] -

4027:17

**DEPTH** [1] - 4002:2

**DEPTHS** [1] - 4019:1

**DEPUTY** [4] - 3967:5, 3969:10, 3969:14, 4024:11

**DERIVED** [1] - 4059:17

**DEROGATORY** [1] - 4039:12

**DESCRIBE** [13] - 3971:3, 3987:10, 3992:5, 3999:16, 4001:11, 4010:3, 4010:17, 4012:10, 4012:24, 4013:1, 4020:13, 4029:3, 4052:20

**DESCRIBED** [2] - 4000:9, 4030:20

**DESCRIPTION** [3] - 4005:20, 4024:22, 4034:19

**DESCRIPTORS** [1] - 4033:10

**DESIGN** [56] - 3968:23, 3970:8, 3970:13, 3970:17, 3970:18, 3970:20, 3971:10, 3971:17, 3973:23, 3974:6, 3974:7, 3977:10, 3977:14, 3977:18, 3978:8, 3979:12, 3985:18, 3986:1, 3986:23, 3987:2, 3987:3, 3987:4, 3987:5, 3987:17, 3987:18, 3990:1, 3995:1, 4001:15, 4006:2, 4009:5, 4010:25, 4011:3, 4012:8, 4015:25, 4016:5, 4016:22, 4016:24, 4017:11, 4018:5, 4018:18, 4018:22, 4019:7, 4019:11, 4019:14, 4019:24, 4020:14, 4024:25, 4032:14, 4033:1, 4033:25, 4036:8, 4040:21, 4041:13, 4055:22, 4056:1

**DESIGNED** [8] - 3968:18, 3974:20, 3977:16, 4003:7, 4008:15, 4017:12, 4039:16, 4040:23

**DESIGNER'S** [1] -

4019:1

**DESIGNERS** [4] - 3977:12, 4007:4, 4020:24, 4027:25

**DESIGNING** [3] - 4012:6, 4020:2, 4024:3

**DESIGNS** [2] - 3971:8, 4022:22

**DETAILED** [2] - 3977:13, 4025:10

**DETAILS** [2] - 3987:24, 3987:25

**DETERMINATION** [3] - 4005:25, 4006:2

**DETERMINE** [5] - 3979:11, 4002:3, 4023:9, 4024:1, 4024:2

**DETERMINED** [1] - 4022:21

**DETERMINING** [1] - 3978:11

**DEVELOP** [1] - 4004:9

**DEVELOPED** [7] - 3977:14, 3989:17, 4000:18, 4008:16, 4046:5, 4053:2, 4055:7

**DEVELOPING** [1] - 3986:3

**DEVELOPMENT** [4] - 3968:22, 3971:17, 3986:3, 3990:15

**DEWATERING** [2] - 3970:12, 3972:7

**DIAGONAL** [2] - 4001:21, 4034:10

**DIAGONAL-SHADED** [1] - 4001:21

**DIAGRAM** [2] - 4054:23, 4055:13

**DID** [52] - 3971:7, 3974:4, 3975:9, 3977:11, 3977:17, 3978:4, 3978:9, 3979:9, 3982:10, 3983:11, 3985:13, 3986:20, 3986:21, 3986:24, 3988:17, 3988:22, 3990:18, 3990:24, 3991:8, 3992:5, 3995:4, 3995:18, 3995:20, 3996:4, 3996:15, 3997:2, 3999:24, 4003:12, 4005:24, 4006:6, 4008:22, 4011:1, 4017:15,

4017:16, 4018:1, 4018:3, 4019:25, 4022:14, 4022:20, 4023:3, 4023:25, 4027:19, 4034:3, 4037:14, 4041:5, 4042:8, 4045:4, 4045:25, 4050:1, 4050:12, 4055:25, 4058:22

**DIDN'T** [4] - 3988:20, 3990:20, 3998:19, 4018:7

**DIFFERENCE** [4] - 3995:16, 3996:11, 3999:1, 4049:16

**DIFFERENCES** [1] - 4008:12

**DIFFERENT** [8] - 3989:14, 4011:6, 4014:9, 4034:4, 4035:18, 4045:21, 4059:21

**DIFFERENTIATION** [1] - 3998:9

**DIFFICULT** [4] - 3981:23, 3981:24, 4014:7, 4033:8

**DIFFICULTIES** [2] - 3977:12, 4053:5

**DIFFICULTY** [2] - 4017:3, 4051:16

**DIGGING** [1] - 3976:11

**DIKE** [2] - 4000:4, 4000:5

**DIKES** [3] - 3999:20, 3999:21, 4000:2

**DIMENSIONAL** [4] - 4045:2, 4045:3, 4045:4, 4046:21

**DIMINISHES** [1] - 4006:16

**DIRE** [2] - 3966:5, 3971:1

**DIRECT** [3] - 3966:7, 3973:19, 3975:18

**DIRECTION** [4] - 4038:15, 4038:16, 4040:10, 4046:10

**DIRECTIONAL** [1] - 4046:20

**DIRECTIONS** [2] - 4046:14, 4046:17

**DIRECTLY** [2] - 4050:1, 4055:14

**DISAGREE** [1] - 4051:12

**DISCOVER** [1] - 3982:5

**DISCOVERY** [3] - 3981:8, 3981:9, 4053:8

**DISCREPANCIES** [1] - 4050:24

**DISCUSS** [1] - 4030:5

**DISCUSSED** [5] - 3976:22, 3990:24, 3992:12, 3997:4, 4034:8

**DISCUSSES** [1] - 3975:22

**DISCUSSION** [5] - 3975:17, 3991:2, 4007:18, 4045:17, 4052:21

**DISCUSSIONS** [1] - 4026:7

**DISPLACE** [1] - 4029:10

**DISPLACED** [1] - 3976:4

**DISPLACEMENT** [20] - 3968:5, 3968:9, 3968:12, 3975:6, 3975:13, 3975:15, 3975:23, 3976:22, 3978:24, 3979:4, 3982:16, 3988:5, 3989:12, 4008:22, 4010:6, 4014:21, 4037:8, 4037:10, 4038:4, 4039:18

**DISPROPORTIONATE** [2] - 4037:20, 4037:25

**DISPUTE** [2] - 3975:6, 3988:4

**DISSERTATION** [1] - 4011:9

**DISTANCE** [5] - 4003:19, 4021:7, 4022:11, 4048:8, 4049:7

**DISTANCES** [1] - 4011:6

**DISTORTED** [1] - 4038:25

**DISTORTING** [1] - 4038:18

**DISTORTION** [1] - 4038:16

**DISTRESS** [2] - 4014:4, 4043:8

**DISTRICT** [10] - 3963:1, 3963:1, 3963:8, 3971:6, 3983:20, 3987:6, 4006:3, 4016:22,

4061:10

**DISTRICTS** [1] - 3985:19

**DIVIDE** [1] - 3995:21

**DIVIDED** [2] - 4017:4, 4025:11

**DIVISION** [10] - 3983:21, 3984:25, 3985:16, 3985:17, 3985:24, 3985:25, 4001:1, 4016:23, 4017:24, 4018:13

**DM** [2] - 4019:5, 4024:24

**DM-3** [4] - 4024:14, 4024:17, 4029:4, 4036:7

**DO** [60] - 3973:21, 3974:2, 3974:21, 3974:23, 3979:19, 3979:20, 3988:19, 3990:3, 3991:12, 3993:3, 3993:7, 4004:7, 4004:21, 4009:23, 4015:17, 4016:20, 4019:4, 4019:11, 4020:3, 4020:20, 4022:14, 4023:24, 4024:1, 4025:14, 4028:1, 4028:16, 4028:20, 4031:9, 4033:18, 4033:25, 4034:2, 4034:11, 4036:24, 4037:17, 4039:16, 4041:12, 4044:24, 4045:1, 4045:9, 4046:1, 4047:3, 4047:17, 4047:24, 4048:11, 4049:20, 4049:25, 4051:8, 4051:18, 4052:21, 4054:16, 4057:5, 4057:6, 4060:22, 4060:23, 4061:10

**DOCKET** [1] - 3963:3

**DOCTOR** [2] - 4016:7, 4022:13

**DOCUMENT** [13] - 3998:23, 4017:25, 4019:14, 4020:17, 4024:22, 4026:9, 4027:5, 4028:8, 4030:13, 4034:19, 4037:4, 4039:6, 4039:25

**DOCUMENTATION** [2] - 3987:17, 4015:9

**DOCUMENTED** [2] -

4014:13, 4020:16

**DOCUMENTS** [9] - 3974:6, 3974:11, 3974:12, 3979:10, 3979:14, 3979:15, 3981:12, 3987:3, 3987:24

**DOES** [32] - 3968:1, 3976:8, 3981:5, 3986:5, 3989:3, 3989:13, 3991:1, 4000:9, 4000:11, 4000:15, 4000:17, 4001:11, 4002:5, 4005:4, 4006:13, 4006:21, 4007:8, 4008:22, 4009:11, 4009:16, 4027:6, 4030:4, 4036:2, 4037:21, 4044:22, 4045:5, 4045:6, 4045:12, 4046:10, 4048:16, 4050:5, 4050:9

**DOESN'T** [5] - 3979:6, 4001:4, 4002:13, 4005:18, 4060:15

**DOING** [14] - 3981:22, 3983:6, 3985:14, 3986:3, 3993:22, 4008:23, 4011:11, 4012:25, 4013:1, 4027:25, 4033:22, 4036:7, 4039:12, 4059:15

**DOMENGEAUX** [1] - 3964:1

**DON'T** [27] - 3968:25, 3973:8, 3978:15, 3978:21, 3978:22, 3978:25, 3980:6, 3981:6, 3984:18, 3988:25, 3990:5, 3991:4, 3991:5, 3993:13, 4020:11, 4025:23, 4031:1, 4031:3, 4034:4, 4038:3, 4040:22, 4051:12, 4052:9, 4055:2, 4058:23, 4060:15

**DONE** [21] - 3968:7, 3972:1, 3974:10, 3978:5, 3978:7, 3984:14, 3986:2, 3987:7, 4009:8, 4015:22, 4020:22, 4035:1, 4035:2, 4035:20, 4036:17,

4037:20, 4041:18, 4042:20, 4042:22, 4047:10, 4050:15

**DOOR** [1] - 3993:15

**DOWN** [33] - 3970:8, 3978:9, 3995:9, 3995:20, 3998:2, 4002:2, 4002:6, 4002:7, 4002:13, 4005:4, 4005:7, 4005:8, 4006:10, 4013:20, 4014:1, 4016:14, 4019:11, 4021:11, 4022:4, 4022:9, 4023:14, 4025:15, 4028:4, 4029:18, 4035:21, 4036:5, 4036:10, 4036:17, 4038:21, 4038:25, 4041:10, 4046:15

**DR** [93] - 3967:8, 3967:11, 3967:20, 3967:21, 3968:1, 3969:18, 3969:20, 3970:9, 3970:23, 3971:3, 3971:25, 3972:20, 3972:24, 3972:25, 3973:5, 3973:9, 3973:17, 3973:21, 3974:25, 3975:25, 3976:21, 3977:19, 3977:25, 3978:10, 3978:15, 3978:23, 3979:8, 3980:16, 3981:4, 3981:11, 3982:15, 3982:24, 3983:8, 3983:18, 3986:9, 3986:21, 3989:5, 3991:8, 3992:11, 3998:23, 4001:3, 4001:11, 4009:22, 4009:24, 4010:12, 4010:23, 4011:19, 4011:20, 4011:21, 4012:11, 4012:13, 4012:14, 4012:25, 4014:22, 4014:25, 4015:1, 4015:17, 4016:11, 4016:17, 4024:19, 4025:5, 4026:1, 4027:6, 4028:16, 4031:4, 4032:4, 4032:20, 4036:19, 4040:3, 4040:7, 4042:15, 4044:21, 4044:24, 4046:2, 4046:13, 4047:3, 4047:5, 4048:1, 4049:1,

4049:21, 4049:24, 4049:25, 4050:5, 4051:7, 4052:14, 4052:18, 4053:4, 4056:4, 4056:24, 4060:23

**DRAFTING** [1] - 3971:7

**DRAGLINE** [1] - 3999:21

**DRAINS** [1] - 3996:18

**DRASTICALLY** [1] - 4052:6

**DRAWING** [16] - 4030:15, 4033:2, 4035:20, 4035:25, 4037:20, 4037:23, 4037:24, 4039:11, 4039:13, 4039:19, 4039:21, 4040:11, 4058:25, 4059:4

**DRAWINGS** [13] - 3978:8, 4005:13, 4015:16, 4020:5, 4022:22, 4022:24, 4023:1, 4027:10, 4035:8, 4037:19, 4037:24, 4055:15, 4056:6

**DRAWN** [2] - 4007:24, 4039:5

**DRAWS** [1] - 4014:22

**DREDGE** [2] - 4027:7

**DREDGING** [1] - 4027:13

**DRIVING** [1] - 4005:10

**DROPPED** [1] - 3999:21

**DUDENHEFER** [2] - 3964:4, 3964:5

**DUE** [5] - 4008:12, 4008:14, 4017:17, 4019:15, 4036:14

**DUMAS** [2] - 3964:7, 3964:8

**DUPRE** [33] - 3999:5, 4000:20, 4020:21, 4020:23, 4021:24, 4028:10, 4028:20, 4028:21, 4028:22, 4029:15, 4029:16, 4030:11, 4030:14, 4030:16, 4030:19, 4030:25, 4033:6, 4033:7, 4033:14, 4033:15, 4033:16,

4033:19, 4034:12, 4034:22, 4054:5, 4056:7, 4056:16, 4056:19, 4059:23, 4060:1, 4060:3, 4060:4

**DURATION** [1] - 4012:17

**DURATION-APPLIED** [1] - 4012:17

**DURING** [7] - 3970:4, 3972:11, 3974:9, 3995:18, 4015:12, 4041:13, 4044:12

**DUVAL** [1] - 3963:8

**DX** [11] - 3984:4, 4001:10, 4009:22, 4016:10, 4020:8, 4024:17, 4025:1, 4032:1, 4036:19, 4037:6, 4040:1

## E

**E** [5] - 3965:2, 3966:1, 3967:1, 4052:20

**EABPL** [1] - 4010:19

**EACH** [14] - 4001:15, 4006:22, 4017:5, 4017:6, 4025:12, 4028:10, 4035:6, 4036:8, 4048:3, 4048:4, 4048:6, 4057:17

**EARLIER** [8] - 3978:16, 3984:11, 4017:25, 4024:13, 4037:4, 4054:24, 4057:22, 4059:19

**EARLY** [8] - 3972:6, 3972:17, 3983:20, 3984:21, 3985:6, 3985:8, 3994:10, 3996:20

**EARTH** [1] - 3970:18

**EAST** [8] - 3964:23, 3969:22, 3992:9, 3995:9, 4010:20, 4029:17, 4032:8, 4032:22

**EASTERN** [3] - 3963:1, 3992:10, 4061:10

**EBERSOLE** [3] - 3967:22, 3982:13, 4038:11

**EBSBS** [5] - 4015:5, 4015:6, 4015:9, 4015:11, 4015:15

**ECONOMICAL** [1] -

3996:15
**EDGE** [5] - 3981:15, 3992:10, 3999:22, 4003:3, 4003:5
**EDGER'S** [2] - 4011:16, 4011:17
**EDGERS** [3] - 4011:8, 4011:10, 4011:11
**EDIFIED** [1] - 3976:16
**EDUCATING** [1] - 4053:10
**EDUCATION** [1] - 3970:14
**EDWARDS** [1] - 3964:1
**EFA** [3] - 4046:4, 4046:19, 4047:10
**EFFECT** [10] - 3978:15, 3982:16, 3988:6, 3988:15, 3988:25, 3989:12, 3990:4, 4006:17, 4008:15, 4020:5
**EFFECTIVE** [1] - 4012:16
**EFFECTIVELY** [1] - 4008:25
**EFFECTS** [1] - 4039:21
**EHRLICH** [1] - 3965:6
**EIGHT** [2] - 4001:5, 4020:1
**EITHER** [8] - 3976:8, 3988:7, 3989:3, 3997:19, 4009:15, 4038:4, 4040:8, 4040:22
**EL** [1] - 3965:6
**EL-AMIN** [1] - 3965:6
**ELABORATE** [1] - 4045:14
**ELAPSE** [1] - 4000:7
**ELECTRO** [1] - 3996:18
**ELEMENT** [1] - 4048:1
**ELEVATION** [23] - 3995:10, 3999:8, 4005:5, 4015:5, 4015:9, 4018:17, 4021:12, 4022:23, 4027:14, 4028:5, 4029:1, 4035:22, 4035:23, 4041:11, 4056:8, 4056:22, 4056:23, 4056:25, 4058:13, 4058:19,

4058:22, 4059:7
**ELEVATIONS** [3] - 4021:3, 4030:11, 4055:15
**ELICIT** [1] - 3982:7
**ELICITED** [1] - 3988:2
**ELICITING** [1] - 4039:17
**ELISA** [1] - 3964:22
**ELMO** [1] - 4060:14
**ELSE** [5] - 3991:12, 3993:25, 4014:13, 4031:22, 4054:16
**ELUCIDATE** [1] - 4050:24
**ELWOOD** [4] - 3964:18, 3964:18, 3974:22, 4052:14
**EMBANKMENT** [7] - 3970:8, 3983:22, 3987:20, 3988:16, 4004:1, 4043:10, 4045:22
**EMBANKMENTS** [7] - 3983:23, 3985:7, 3985:10, 3986:4, 4002:4, 4051:21, 4051:22
**EMINENTLY** [1] - 3989:5
**EMPHASIS** [2] - 3969:25, 3970:6
**EMPIRICAL** [1] - 4051:2
**EMPLOYMENT** [2] - 3971:3, 3971:5
**ENCROACH** [1] - 4015:4
**ENCROACHMENTS** [1] - 4015:5
**END** [5] - 3972:16, 3991:5, 4006:4, 4009:14, 4013:22
**END-OF-CONSTRUCTION** [3] - 4006:4, 4009:14, 4013:22
**ENDANGER** [1] - 4020:4
**ENDANGERED** [2] - 4015:5, 4015:11
**ENDORSEMENT** [3] - 4000:24, 4016:21, 4018:9
**ENDORSEMENTS** [1] - 4041:17
**ENGINEER** [6] - 3985:15, 3985:16, 3986:5, 3986:10,

3987:4, 4057:14
**ENGINEERING** [31] - 3967:23, 3968:20, 3969:21, 3969:22, 3969:23, 3969:25, 3970:5, 3970:10, 3970:11, 3970:14, 3970:16, 3970:17, 3970:18, 3970:20, 3970:21, 3971:14, 3971:21, 3971:23, 3972:20, 3972:21, 3973:6, 3973:22, 3973:25, 3974:9, 3985:6, 3985:25, 3986:12, 3986:14, 4038:19
**ENGINEERS** [21] - 3971:6, 3971:9, 3971:16, 3972:1, 3972:10, 3972:13, 3972:15, 3973:25, 3984:24, 3985:3, 3985:13, 3994:11, 3998:9, 4006:3, 4015:4, 4015:10, 4015:14, 4018:13, 4035:17, 4036:3, 4057:15
**ENGINEERS'** [2] - 4036:16, 4055:14
**ENLARGE** [7] - 3987:12, 3995:7, 4020:10, 4021:9, 4029:5, 4030:13, 4038:8
**ENLARGEMENT** [1] - 4054:5
**ENLIGHTEN** [1] - 3979:1
**ENOUGH** [3] - 4007:3, 4052:2, 4057:21
**ENSURE** [2] - 4017:17, 4020:3
**ENSURED** [1] - 4054:14
**ENTIRE** [4] - 3983:3, 4014:4, 4018:16, 4055:20
**ENTITLED** [1] - 4061:13
**EQUAL** [1] - 4057:12
**EQUATION** [1] - 4048:4
**ERODED** [7] - 4019:3, 4019:11, 4019:12, 4035:23, 4035:25, 4046:18, 4047:18

**ERODES** [1] - 4046:11
**ERODIBILITY** [1] - 4045:21
**ERODIBLE** [1] - 3988:19
**ERODING** [1] - 4046:16
**EROSION** [28] - 4018:16, 4018:25, 4019:15, 4019:25, 4020:3, 4036:4, 4041:20, 4043:20, 4044:3, 4044:8, 4044:9, 4044:22, 4045:7, 4045:10, 4045:12, 4045:19, 4046:1, 4046:2, 4046:5, 4046:9, 4047:16, 4048:9, 4048:12, 4049:7, 4049:13, 4050:10, 4050:13
**ERP** [1] - 3986:20
**ERROR** [3] - 4002:16, 4053:9, 4053:13
**ESQ** [29] - 3963:13, 3963:16, 3963:19, 3963:20, 3963:23, 3964:1, 3964:5, 3964:8, 3964:12, 3964:15, 3964:15, 3964:18, 3964:22, 3964:23, 3965:1, 3965:2, 3965:6, 3965:6, 3965:7, 3965:8, 3965:9, 3965:9, 3965:10, 3965:10, 3965:11, 3965:11, 3965:12
**ESSENTIALLY** [11] - 3974:10, 3997:24, 4003:25, 4004:9, 4008:5, 4009:15, 4014:4, 4033:7, 4039:15, 4042:19, 4045:20
**ESTABLISHED** [4] - 3973:25, 3974:4, 3987:22, 4050:23
**ESTIMATE** [2] - 4019:20, 4049:6
**ESTIMATES** [2] - 4048:9, 4049:5
**ESTOPPED** [1] - 3967:14
**ET** [4] - 3963:2, 3963:5, 3981:9,

4050:20
**EVALUATE** [2] - 3995:18, 4017:16
**EVALUATED** [2] - 3979:10, 4009:5
**EVALUATING** [1] - 3975:3
**EVEN** [11] - 3977:23, 3979:5, 3982:13, 3988:18, 3995:1, 4002:25, 4011:22, 4017:11, 4043:24, 4051:12, 4057:20
**EVENTUALLY** [2] - 3990:16, 4002:9
**EVER** [3] - 3979:23, 3985:2, 4038:2
**EVERY** [12] - 3981:4, 3985:4, 3990:10, 4003:19, 4044:12, 4046:18, 4048:1, 4055:1, 4055:11, 4057:11, 4059:9
**EVERYBODY** [3] - 3981:22, 3991:12, 3991:15
**EVERYTHING** [1] - 3996:22
**EVIDENCE** [12] - 3980:7, 3981:13, 3991:14, 4015:18, 4015:25, 4028:4, 4036:3, 4040:8, 4050:9, 4050:11, 4050:22, 4052:1
**EVIDENCED** [2] - 4027:15, 4041:16
**EVOLVED** [1] - 3972:9
**EXACT** [1] - 3982:19
**EXACTLY** [8] - 3983:7, 3983:9, 3996:11, 4004:7, 4014:20, 4031:2, 4037:21, 4057:17
**EXAGGERATION** [1] - 4039:6
**EXAMINATION** [9] - 3966:5, 3966:6, 3966:7, 3966:8, 3971:1, 3973:3, 3973:19, 4052:3, 4052:12
**EXAMPLE** [10] - 3994:16, 3994:18, 4026:15, 4026:17, 4043:9, 4043:15, 4048:8, 4049:25, 4051:20
**EXAMPLES** [2] -

4017:18, 4043:4

**EXCAVATION** [1] - 3982:17

**EXCEED** [1] - 4004:17

**EXCEEDED** [1] - 4054:14

**EXCESS** [3] - 3998:17, 4012:9, 4021:20

**EXCLUDE** [1] - 3980:7

**EXCLUDED** [1] - 3983:3

**EXCUSE** [4] - 3976:7, 4001:5, 4007:13, 4009:20

**EXERCISE** [1] - 4052:10

**EXERTED** [1] - 3978:13

**EXHIBIT** [3] - 3984:4, 4028:16, 4034:17

**EXISTING** [5] - 3998:25, 3999:24, 4000:2, 4000:19, 4008:24

**EXIT** [2] - 4003:4, 4039:1

**EXITED** [2] - 4038:22, 4039:2

**EXPECT** [4] - 4019:15, 4025:19, 4026:5, 4033:17

**EXPECTED** [4] - 4002:4, 4003:11, 4019:16, 4028:7

**EXPENSIVE** [1] - 3996:19

**EXPERIENCE** [1] - 3986:2

**EXPERIMENT** [3] - 3985:22, 4003:23, 4003:24

**EXPERIMENTAL** [1] - 4053:9

**EXPERT** [8] - 3972:20, 3979:24, 3983:16, 3989:7, 4009:22, 4031:25, 4049:21, 4049:22

**EXPERTS** [4] - 3983:5, 3983:9, 3983:11, 3988:18

**EXPLAIN** [10] - 3975:1, 3999:2, 4007:9, 4024:19, 4025:5, 4029:12, 4037:18, 4042:18, 4049:12, 4055:8

**EXPLANATION** [1] - 3996:13

**EXPLICITLY** [4] - 4008:21, 4034:3, 4035:17, 4041:19

**EXPLORATORY** [1] - 4053:10

**EXPLORING** [1] - 4050:25

**EXPONENTIAL** [1] - 4057:9

**EXPOSED** [2] - 4019:17, 4038:22

**EXPRESSED** [1] - 4020:2

**EXTENDED** [2] - 3971:21, 3977:15

**EXTENDING** [2] - 4000:16, 4040:15

**EXTENSION** [1] - 4029:17

**EXTENSIVE** [2] - 3974:6, 3974:10

**EXTENT** [2] - 3980:13, 4030:5

**EXTERNAL** [1] - 3986:21

**EXTRACT** [1] - 4023:1

**EXTRACTS** [1] - 4012:2

## F

**F** [5] - 3965:8, 3966:4, 3969:12, 3969:17

**F'S** [1] - 3969:17

**FACT** [27] - 3972:24, 3973:5, 3974:20, 3976:4, 3982:13, 3983:25, 3985:8, 3988:17, 3999:6, 3999:14, 4003:11, 4006:6, 4008:6, 4011:22, 4012:17, 4013:20, 4013:25, 4028:5, 4030:4, 4036:5, 4041:24, 4045:24, 4046:15, 4047:18, 4053:3, 4054:20, 4056:9

**FACTOR** [39] - 3995:17, 4002:17, 4002:18, 4002:25, 4003:9, 4003:12, 4004:2, 4004:4, 4004:25, 4006:3, 4006:5, 4006:8, 4007:3, 4008:3, 4008:15, 4008:23,

4009:9, 4009:10, 4009:17, 4010:25, 4011:1, 4012:4, 4012:5, 4012:6, 4012:9, 4012:23, 4013:18, 4013:19, 4013:24, 4014:15, 4021:17, 4021:18, 4022:5, 4036:12, 4041:10, 4041:23, 4049:17, 4054:20

**FACTORS** [19] - 3990:14, 4005:24, 4006:1, 4010:10, 4010:13, 4013:21, 4014:18, 4016:2, 4023:10, 4023:11, 4036:11, 4041:5, 4041:22, 4043:7, 4051:22, 4051:23, 4053:19, 4054:13

**FACTS** [2] - 3974:19, 4056:5

**FACTUAL** [2] - 3981:12, 3993:6

**FACULTY** [1] - 3971:13

**FAIL** [7] - 4003:10, 4009:16, 4022:9, 4041:23, 4051:21

**FAILED** [2] - 4054:8, 4054:19

**FAILING** [1] - 4022:12

**FAILURE** [15] - 4002:15, 4003:1, 4003:3, 4003:19, 4004:3, 4005:13, 4006:12, 4013:25, 4018:20, 4020:24, 4022:5, 4041:22, 4054:7, 4054:8, 4054:18

**FAIR** [6] - 3979:16, 4043:16, 4052:2, 4053:3, 4053:15, 4057:21

**FAIRLY** [1] - 3999:13

**FAIRNESS** [1] - 3977:1

**FAMILIAR** [4] - 3984:10, 3984:11, 4055:6, 4056:9

**FAR** [6] - 3975:3, 3980:24, 4005:6, 4018:10, 4035:24

**FARTHEST** [1] - 4011:23

**FAST** [1] - 4046:11

**FASTER** [2] -

4059:13, 4059:17

**FAYARD** [2] - 3964:11, 3964:12

**FEDERAL** [1] - 4046:7

**FEET** [63] - 3978:10, 3994:16, 3994:17, 3995:11, 3995:12, 3995:14, 3995:16, 3996:3, 3996:5, 3996:6, 3996:7, 4003:8, 4011:14, 4011:16, 4011:17, 4011:22, 4011:24, 4021:12, 4021:25, 4022:3, 4022:10, 4023:23, 4025:16, 4025:17, 4026:4, 4026:5, 4026:6, 4027:17, 4027:23, 4032:10, 4032:13, 4036:1, 4037:22, 4038:14, 4038:16, 4038:23, 4039:3, 4039:5, 4039:9, 4040:16, 4040:17, 4048:12, 4048:14, 4049:4, 4049:7, 4049:10, 4049:13, 4054:6, 4056:8, 4056:16, 4056:23, 4057:3, 4058:20, 4059:6, 4059:7, 4059:8

**FELT** [1] - 4006:11

**FEW** [5] - 3970:23, 4014:10, 4016:11, 4020:1, 4056:10

**FIELD** [3] - 3985:14, 3986:2, 4003:12

**FIFTY** [1] - 3968:8

**FIFTY-PAGE** [1] - 3968:8

**FIGURE** [35] - 3983:10, 3998:22, 3998:23, 3998:24, 3999:16, 3999:18, 4000:9, 4000:15, 4001:9, 4001:10, 4001:11, 4001:12, 4005:6, 4009:24, 4010:1, 4010:17, 4011:4, 4011:5, 4011:13, 4012:2, 4012:13, 4012:14, 4013:3, 4025:24, 4032:1, 4032:9, 4036:11, 4037:5, 4038:8, 4038:9, 4052:23, 4054:24

**FIGURES** [2] - 4012:11, 4012:25

**FILL** [13] - 3987:21, 3988:16, 3999:20, 3999:23, 3999:25, 4000:1, 4025:21, 4026:3, 4026:8, 4026:18, 4026:19, 4030:18

**FILLED** [1] - 3999:20

**FINAL** [10] - 3980:22, 3980:23, 3980:25, 3997:14, 3997:15, 4017:2, 4018:15, 4018:19, 4048:5

**FINALLY** [3] - 4000:6, 4011:21, 4014:6

**FIND** [15] - 3989:11, 4002:16, 4013:18, 4013:20, 4015:17, 4015:19, 4015:25, 4023:24, 4027:20, 4031:9, 4040:8, 4042:12, 4051:21, 4058:13, 4060:22

**FINDING** [1] - 4051:16

**FINDINGS** [1] - 4004:1

**FINE** [12] - 3975:10, 3975:11, 3979:6, 3979:14, 3981:15, 4020:12, 4022:17, 4038:9, 4038:12, 4056:5, 4056:10, 4056:21

**FIRM** [4] - 3963:19, 3964:4, 3964:7, 3964:22

**FIRST** [30] - 3967:12, 3975:5, 3975:20, 3975:24, 3985:3, 3987:2, 3987:20, 3992:7, 3996:17, 3999:19, 4000:11, 4000:23, 4001:20, 4007:7, 4010:18, 4014:15, 4016:21, 4017:3, 4017:5, 4017:12, 4020:10, 4020:17, 4021:14, 4021:17, 4026:2, 4035:16, 4053:17, 4054:3, 4054:5, 4057:23

**FISHING** [1] - 4058:2

**FIT** [2] - 3985:13, 3986:5

**FITZGERALD'S** [1] -

4028:18
**FIVE** [11] - 3972:5, 3994:10, 3996:3, 3996:4, 4002:25, 4016:14, 4016:15, 4016:16, 4019:6, 4027:13, 4049:17
**FLAT** [3] - 3987:20, 3988:15, 4039:7
**FLOOD** [2] - 3970:5, 3997:11
**FLOODWAY** [3] - 3983:22, 4010:21, 4011:24
**FLOODWAY)** [1] - 3992:10
**FLORIDA** [1] - 3964:12
**FLOW** [5] - 3994:24, 3997:11, 4039:21, 4046:20, 4046:21
**FLOWING** [1] - 4046:10
**FOCUS** [1] - 4012:13
**FOLLOW** [2] - 3974:4, 4014:7
**FOLLOWED** [1] - 3973:24
**FOLLOWS** [2] - 3969:13, 4057:9
**FOOT** [11] - 3994:18, 4001:22, 4001:24, 4002:1, 4003:19, 4025:21, 4026:18, 4026:19, 4035:13, 4035:15, 4056:24
**FOR** [134] - 3963:12, 3964:22, 3965:4, 3966:3, 3967:10, 3969:15, 3969:20, 3970:1, 3970:3, 3970:9, 3971:10, 3971:17, 3971:21, 3972:3, 3974:3, 3976:23, 3979:12, 3980:11, 3981:5, 3981:19, 3982:11, 3982:19, 3983:4, 3986:10, 3988:4, 3989:13, 3990:7, 3993:7, 3994:14, 3994:16, 3995:18, 3995:25, 3997:2, 3997:17, 3997:22, 3998:6, 3999:22, 4000:7, 4000:12, 4000:18, 4000:19, 4000:22, 4001:3, 4001:14, 4003:19, 4005:4, 4006:1,

4006:4, 4006:18, 4007:10, 4007:11, 4007:24, 4007:25, 4008:15, 4009:5, 4009:10, 4009:13, 4011:1, 4011:23, 4012:6, 4012:8, 4012:21, 4013:17, 4013:18, 4013:22, 4014:18, 4014:25, 4015:21, 4016:11, 4017:5, 4017:6, 4017:7, 4017:13, 4017:23, 4018:1, 4018:12, 4018:16, 4018:22, 4019:8, 4019:18, 4020:8, 4020:14, 4021:17, 4021:19, 4022:8, 4024:17, 4024:21, 4025:7, 4025:11, 4026:13, 4026:15, 4026:17, 4026:22, 4028:2, 4029:18, 4032:5, 4032:20, 4033:7, 4033:14, 4033:18, 4035:8, 4035:9, 4035:17, 4037:1, 4037:21, 4038:10, 4040:15, 4040:18, 4041:1, 4041:23, 4042:15, 4042:23, 4044:21, 4044:22, 4045:10, 4047:6, 4047:15, 4048:8, 4048:24, 4049:25, 4050:25, 4051:4, 4051:20, 4055:18, 4055:20, 4055:21, 4059:5, 4060:12, 4060:23
**FORCE** [3] - 4003:19, 4004:13, 4004:18
**FORCES** [7] - 4004:11, 4004:16, 4004:22, 4004:23, 4005:1, 4021:15, 4021:16
**FOREGOING** [1] - 4061:11
**FORESHORE** [10] - 4018:16, 4018:17, 4019:12, 4021:6, 4022:12, 4035:21, 4035:23, 4036:1, 4036:5, 4041:19
**FORMS** [1] - 3975:16
**FORMULAS** [1] - 3976:18

**FORTH** [1] - 4012:2
**FORTUNATE** [1] - 3979:25
**FOUND** [7] - 3994:1, 3994:14, 4002:25, 4015:12, 4016:1, 4022:1, 4024:14
**FOUNDATION** [6] - 3996:21, 3998:25, 4000:19, 4008:12, 4008:14, 4025:11
**FOUNDATIONS** [2] - 3970:12, 3984:25
**FOUR** [9] - 3972:5, 3985:18, 3994:16, 4021:14, 4023:23, 4025:11, 4036:6, 4039:3, 4049:14
**FRACTION** [2] - 4012:21, 4026:8
**FRAME** [2] - 4044:8, 4057:19
**FRANCIS** [2] - 3969:16, 3969:17
**FRANK** [2] - 3964:5, 4018:12
**FRANKLIN** [1] - 3965:13
**FRANKLY** [2] - 3991:15, 4040:22
**FRED** [1] - 4018:14
**FREEBOARD** [1] - 3997:14
**FREQUENCY** [2] - 4006:15, 4006:17
**FREQUENTLY** [2] - 4033:22, 4033:24
**FROM** [89] - 3967:14, 3968:22, 3969:23, 3970:6, 3971:3, 3971:8, 3974:7, 3974:24, 3977:17, 3978:3, 3980:18, 3993:9, 3995:8, 3995:9, 3998:13, 3998:16, 3999:1, 3999:8, 4000:4, 4000:20, 4005:6, 4006:5, 4009:24, 4010:1, 4010:9, 4011:6, 4011:8, 4011:9, 4011:22, 4012:2, 4012:3, 4014:6, 4014:23, 4014:25, 4016:3, 4016:4, 4018:14, 4019:5, 4020:18, 4020:19, 4020:20, 4021:14, 4022:3, 4022:10, 4022:11,

4023:1, 4025:14, 4027:7, 4027:11, 4027:12, 4027:14, 4028:18, 4029:4, 4031:21, 4032:22, 4033:1, 4036:1, 4037:4, 4038:11, 4038:15, 4039:17, 4039:21, 4046:2, 4047:24, 4048:11, 4049:19, 4050:19, 4052:15, 4053:2, 4054:24, 4055:6, 4055:12, 4055:14, 4055:22, 4056:1, 4056:5, 4056:16, 4056:17, 4056:20, 4057:2, 4057:8, 4058:22, 4059:17, 4060:3, 4061:12
**FRONT** [4] - 4013:17, 4043:20, 4046:13, 4050:12
**FULL** [8] - 3971:9, 3975:17, 3977:10, 3977:12, 3983:23, 3992:7, 3997:9, 4007:7
**FULL-SCALE** [1] - 3983:23
**FULL-TIME** [1] - 3971:9
**FULLY** [1] - 4050:6
**FUNCTION** [4] - 4012:16, 4046:3, 4046:5, 4046:9
**FUNDAMENTAL** [2] - 3977:1, 4051:15
**FUNDAMENTALLY** [1] - 4057:12
**FUNDED** [2] - 4046:6
**FURNISHED** [2] - 4019:21, 4019:23
**FURTHER** [9] - 3967:19, 3968:4, 3987:17, 4005:7, 4005:8, 4011:1, 4050:17, 4051:1, 4051:4
**FUTURE** [2] - 3980:12, 4018:22
**FWS** [1] - 4010:20

## G

**G** [4] - 3965:10, 3967:1, 3986:8, 4016:15
**G-21** [2] - 4034:18, 4039:2
**G-8** [1] - 4034:18

**GAIN** [9] - 3994:18, 3994:20, 3997:18, 3997:19, 4000:7, 4005:10, 4005:11, 4017:16, 4036:15
**GAINED** [3] - 4000:14, 4036:13, 4036:14
**GAINS** [2] - 4003:21, 4009:17
**GALAXY** [1] - 3981:24
**GAME** [1] - 3989:17
**GARBLED** [1] - 4024:5
**GAVE** [1] - 3979:9
**GDM** [5] - 3974:24, 3987:2, 4000:24, 4018:20, 4030:15
**GENERAL** [6] - 3974:7, 3978:8, 4010:5, 4013:11, 4027:15, 4033:3
**GENERALLY** [2] - 3999:6, 4013:4
**GENERATED** [1] - 4004:23
**GENTLEMEN** [3] - 3986:1, 3987:3, 4018:15
**GEO** [1] - 3972:10
**GEOLOGY** [2] - 3985:17, 3985:23
**GEOMETRY** [2] - 4045:6, 4046:17
**GEORGIA** [2] - 3986:13
**GEOTECHNICAL** [30] - 3968:24, 3969:22, 3969:25, 3970:6, 3970:11, 3970:14, 3970:17, 3970:19, 3970:20, 3970:21, 3971:14, 3971:19, 3972:20, 3974:8, 3974:25, 3976:23, 3977:25, 3984:8, 3984:22, 3984:24, 3986:18, 4015:20, 4017:24, 4020:5, 4034:14, 4034:21, 4035:2, 4036:16, 4037:5, 4041:19
**GERALD** [1] - 3986:7
**GET** [23] - 3975:8, 3975:9, 3981:17, 3981:18, 3982:21, 3990:6, 3990:15, 3994:16, 4001:6,

4006:20, 4006:21, 4014:17, 4024:22, 4025:17, 4025:21, 4026:25, 4027:2, 4028:13, 4029:9, 4036:6, 4051:25, 4055:1

**GETS** [2] - 4006:22

**GILBERT** [2] - 3964:22, 3964:22

**GIVE** [9] - 3972:3, 3978:14, 3980:20, 3988:5, 3988:9, 4014:8, 4030:10, 4037:24, 4043:4

**GIVEN** [4] - 3968:6, 3988:10, 4023:21, 4044:3

**GIVES** [5] - 3978:1, 3980:24, 3989:7, 4024:19, 4055:11

**GIVING** [3] - 3977:2, 3978:22, 4044:17

**GIWW** [3] - 3987:10, 3988:12, 3992:5

**GLAD** [1] - 3998:20

**GO** [68] - 3967:13, 3967:15, 3977:4, 3979:17, 3979:21, 3980:22, 3981:12, 3981:18, 3981:24, 3982:1, 3983:13, 3983:16, 3984:13, 3984:18, 3990:3, 3990:7, 3991:11, 3991:12, 3991:17, 3993:12, 3993:16, 3998:22, 4000:23, 4005:4, 4005:8, 4008:7, 4009:19, 4009:22, 4009:23, 4012:10, 4012:24, 4016:10, 4019:5, 4020:8, 4020:9, 4021:4, 4021:9, 4021:22, 4022:4, 4022:7, 4023:24, 4024:17, 4025:23, 4026:9, 4027:5, 4027:10, 4028:8, 4029:13, 4031:14, 4031:20, 4031:25, 4032:14, 4036:10, 4038:25, 4039:24, 4040:4, 4041:5, 4042:3, 4042:4, 4042:10, 4044:12, 4044:13, 4044:15, 4048:2, 4049:20, 4059:4, 4060:18,

4060:20

**GOES** [11] - 3977:19, 3977:20, 3988:5, 4003:3, 4006:16, 4021:21, 4027:9, 4030:7, 4036:1, 4045:12, 4046:15

**GOING** [44] - 3975:17, 3977:2, 3978:22, 3978:23, 3981:6, 3981:14, 3983:10, 3983:12, 3988:24, 3988:25, 3990:2, 3991:9, 3994:21, 3994:25, 4007:13, 4007:21, 4007:22, 4010:9, 4010:14, 4015:21, 4016:5, 4017:9, 4017:11, 4020:13, 4026:5, 4029:9, 4029:12, 4029:13, 4029:15, 4029:16, 4029:21, 4029:24, 4030:4, 4030:5, 4031:20, 4031:21, 4037:8, 4037:9, 4038:5, 4042:9, 4046:22, 4054:16, 4055:24, 4056:4

**GONE** [1] - 4017:14

**GOOD** [6] - 3967:6, 3997:15, 4028:1, 4028:14, 4050:21, 4060:25

**GOSH** [1] - 3988:19

**GOT** [2] - 3989:9, 3994:4

**GOTTEN** [1] - 4031:19

**GOVERNMENT** [6] - 3964:9, 3966:3, 3967:13, 3967:16, 3986:22, 4044:11

**GRADE** [4] - 3997:10, 3997:14, 3997:15, 4017:2

**GRADUATION** [1] - 3971:8

**GRAIN** [1] - 3988:22

**GRAND** [1] - 3968:9

**GRAPHIC** [1] - 4055:19

**GRASS** [2] - 4046:23, 4046:25

**GREAT** [3] - 3988:23, 4012:20, 4053:18

**GREATER** [6] - 4002:1, 4002:12,

4003:8, 4004:25, 4008:11, 4049:15

**GREEN** [3] - 4014:1, 4038:23, 4039:7

**GREIF** [1] - 3965:7

**GROSS** [1] - 3996:11

**GROUND** [3] - 3972:7, 3972:12, 4027:16

**GROUNDS** [1] - 3968:3

**GROUP** [1] - 3996:17

**GROWING** [1] - 3985:8

**GUESS** [6] - 3998:10, 4003:4, 4023:5, 4026:20, 4033:20, 4051:24

**GUIDANCE** [1] - 3974:11

**GUIDE** [3] - 3992:9, 3995:10, 4017:23

**GUIDELINES** [4] - 3968:19, 3973:25, 3974:5, 3979:11

**GUIDING** [1] - 4051:4

**GULF** [3] - 3987:8, 3992:8, 4002:22

# H

**H** [1] - 4052:20

**H-E-U-R-I-S-T-I-C** [1] - 4052:20

**HAD** [40] - 3972:7, 3973:12, 3977:12, 3979:23, 3979:24, 3980:21, 3980:22, 3981:4, 3983:2, 3985:21, 3986:9, 3989:12, 3990:16, 3993:19, 3994:8, 3994:11, 3994:13, 3994:24, 3995:1, 3999:24, 4002:18, 4002:19, 4003:13, 4010:24, 4012:5, 4025:11, 4026:11, 4027:8, 4033:25, 4047:15, 4049:21, 4051:15, 4051:16, 4055:18, 4058:13, 4059:6

**HALF** [6] - 3980:12, 4021:25, 4026:15, 4026:19, 4027:2, 4056:8

**HALIBURTON** [1] - 3970:2

**HAND** [1] - 3969:10

**HANDLE** [1] - 3968:2

**HANDLED** [1] - 3973:9

**HAPPEN** [6] - 3979:25, 3980:1, 3980:13, 3983:11, 4018:7, 4050:1

**HAPPENED** [5] - 3983:7, 3983:10, 4029:9, 4029:11, 4043:4

**HAPPENING** [2] - 4012:11, 4017:20

**HAPPY** [1] - 3974:19

**HARANGUING** [1] - 3981:8

**HARD** [3] - 4031:6, 4036:7, 4044:17

**HARR** [1] - 3970:7

**HAS** [38] - 3967:16, 3969:24, 3970:3, 3970:15, 3975:2, 3977:1, 3978:16, 3978:20, 3986:9, 3987:24, 3989:23, 3996:5, 4000:14, 4004:18, 4010:2, 4010:7, 4010:23, 4012:14, 4014:15, 4026:16, 4027:13, 4027:16, 4028:2, 4029:10, 4030:3, 4031:9, 4036:3, 4036:14, 4038:20, 4039:18, 4042:23, 4043:21, 4043:23, 4043:24, 4043:25, 4044:1, 4047:1, 4049:8

**HATE** [3] - 4055:3, 4057:9, 4060:23

**HAVE** [108] - 3967:6, 3968:1, 3968:7, 3969:4, 3971:20, 3972:23, 3973:9, 3973:11, 3973:21, 3974:6, 3974:25, 3975:9, 3975:17, 3976:20, 3976:25, 3977:22, 3978:17, 3979:6, 3979:23, 3979:25, 3980:9, 3981:6, 3981:17, 3981:25, 3982:22, 3983:1, 3983:2, 3983:10, 3983:12, 3984:14, 3989:6, 3989:18, 3991:6, 3991:11, 3991:14, 3991:16, 3992:11,

3992:13, 3992:14, 3993:5, 3994:17, 3994:25, 4001:1, 4002:15, 4002:18, 4002:22, 4003:6, 4004:24, 4005:6, 4005:7, 4007:7, 4008:5, 4008:16, 4011:8, 4013:23, 4013:25, 4014:10, 4016:23, 4025:12, 4025:13, 4026:11, 4028:1, 4031:4, 4031:15, 4033:20, 4033:21, 4034:2, 4034:8, 4034:19, 4035:20, 4036:5, 4036:13, 4036:23, 4036:24, 4038:2, 4038:3, 4040:5, 4041:12, 4042:11, 4042:21, 4042:22, 4043:3, 4043:20, 4044:5, 4044:11, 4045:5, 4045:9, 4045:20, 4046:13, 4047:17, 4047:21, 4048:3, 4048:9, 4050:14, 4051:21, 4051:23, 4052:4, 4052:7, 4053:5, 4054:21, 4055:2, 4055:18, 4060:13, 4060:14, 4060:15

**HAVEN'T** [1] - 3982:25

**HAVING** [2] - 4014:21, 4031:2

**HB-406** [1] - 3965:17

**HE** [119] - 3967:23, 3967:24, 3968:1, 3968:4, 3968:21, 3969:22, 3969:23, 3969:24, 3970:3, 3970:5, 3970:15, 3970:20, 3975:14, 3975:20, 3975:22, 3977:2, 3977:9, 3977:11, 3977:20, 3978:3, 3978:21, 3978:22, 3978:24, 3978:25, 3979:3, 3979:6, 3979:9, 3979:10, 3979:13, 3979:14, 3979:18, 3980:21, 3980:24, 3981:1, 3982:6, 3982:7, 3982:8, 3982:10, 3982:11, 3982:13, 3982:18, 3985:16, 3985:19,

DAILY COPY

3985:24, 3986:10, 3986:11, 3986:13, 3986:16, 3986:19, 3986:20, 3987:24, 3988:5, 3988:6, 3988:8, 3988:9, 3988:11, 3990:10, 3990:12, 3990:22, 3990:23, 3990:24, 3993:22, 3994:2, 4010:12, 4011:12, 4012:1, 4012:4, 4012:5, 4013:1, 4029:8, 4029:9, 4029:14, 4029:24, 4030:1, 4030:4, 4032:12, 4038:2, 4039:18, 4039:20, 4040:7, 4040:8, 4044:22, 4044:23, 4045:1, 4045:3, 4045:5, 4045:6, 4045:9, 4045:12, 4045:23, 4045:24, 4045:25, 4046:1, 4048:8, 4048:9, 4048:11, 4048:16, 4048:17, 4049:6, 4049:8, 4049:21, 4050:2, 4050:3, 4050:5, 4050:11, 4051:25, 4052:19

**HE'S** [11] - 3968:24, 3975:22, 3976:23, 3986:6, 3986:17, 3989:2, 3989:24, 3990:22, 4048:8, 4048:12, 4049:18

**HEAR** [1] - 4016:4

**HEARD** [5] - 3963:8, 3988:18, 4031:7, 4053:12, 4055:16

**HEART** [1] - 4007:19

**HEIGHT** [8] - 3976:12, 3976:13, 3994:21, 4000:14, 4025:21, 4026:3, 4026:8

**HEIGHTS** [1] - 3995:1

**HELD** [1] - 3985:3

**HELP** [2] - 4032:17, 4044:15

**HELPED** [1] - 4028:3

**HELPFUL** [1] - 4024:15

**HER** [1] - 4051:12

**HERE** [69] - 3968:17, 3968:21, 3969:1, 3969:2, 3974:21,

3974:23, 3976:21, 3977:1, 3978:16, 3978:25, 3979:4, 3979:18, 3980:24, 3981:7, 3981:15, 3981:19, 3984:12, 3986:2, 3986:10, 3987:5, 3987:12, 3987:24, 3990:13, 3993:5, 3993:14, 4001:20, 4002:12, 4004:10, 4004:24, 4005:15, 4006:5, 4008:18, 4011:13, 4011:15, 4011:24, 4013:1, 4020:13, 4021:5, 4021:9, 4022:9, 4022:10, 4025:16, 4025:25, 4027:1, 4027:25, 4028:10, 4029:13, 4029:21, 4030:16, 4030:23, 4036:6, 4036:23, 4038:14, 4039:8, 4039:12, 4040:4, 4040:11, 4049:24, 4050:15, 4051:18, 4052:15, 4054:17, 4055:1, 4057:23, 4059:12, 4059:21, 4060:9

**HEREBY** [1] - 4061:10

**HEURISTIC** [6] - 4051:3, 4052:20, 4052:21, 4053:4, 4053:6, 4053:15

**HIERARCHY** [1] - 3985:13

**HIGH** [4] - 3997:11, 4043:12, 4043:13, 4051:23

**HIGH-WATER** [2] - 4043:12, 4043:13

**HIGHER** [5] - 3995:1, 4008:3, 4008:15, 4027:21, 4030:12

**HIGHLIGHT** [3] - 4049:24, 4050:6, 4054:1

**HIGHLIGHTS** [1] - 4050:5

**HIGHLY** [2] - 3995:15, 4019:17

**HIGHLY-ORGANIC** [1] - 4019:17

**HIGHWAY** [1] - 4046:7

**HIM** [8] - 3980:19, 3980:23, 3982:19,

4029:8, 4029:16, 4037:12, 4046:22, 4051:12

**HIS** [68] - 3967:22, 3967:23, 3967:25, 3968:7, 3968:8, 3968:25, 3969:5, 3970:1, 3970:3, 3970:7, 3970:23, 3972:25, 3975:18, 3976:8, 3976:25, 3977:3, 3977:10, 3978:24, 3980:23, 3982:5, 3982:10, 3987:15, 3987:16, 3987:23, 3988:2, 3988:7, 3989:4, 3992:13, 3993:23, 3994:2, 4007:18, 4010:7, 4010:11, 4010:24, 4011:13, 4011:21, 4012:3, 4015:16, 4030:5, 4031:12, 4032:7, 4042:9, 4045:6, 4045:23, 4047:1, 4047:6, 4047:20, 4047:21, 4047:24, 4047:25, 4048:11, 4048:12, 4049:5, 4049:19, 4049:25, 4050:2, 4050:9, 4051:7, 4053:22, 4054:25

**HISTORICAL** [4] - 3979:10, 3979:13, 3979:15, 3981:12

**HISTORY** [5] - 3968:21, 3971:3, 3974:24, 3984:9, 3986:9

**HIT** [1] - 3993:6

**HITS** [1] - 4046:15

**HOLD** [1] - 4001:6

**HOLDS** [2] - 3969:23, 3970:5

**HONEYCUTT** [1] - 3964:11

**HONOR** [57] - 3967:7, 3967:10, 3968:17, 3969:18, 3972:19, 3972:23, 3973:18, 3974:18, 3974:23, 3975:12, 3975:24, 3976:7, 3977:19, 3979:22, 3980:3, 3980:15, 3981:16, 3981:20, 3982:4, 3982:23, 3987:14, 3988:8,

3989:2, 3990:7, 3991:10, 3991:18, 3993:3, 3993:17, 4009:20, 4010:6, 4010:10, 4013:5, 4016:3, 4016:12, 4023:11, 4024:8, 4024:13, 4029:8, 4029:23, 4031:11, 4031:18, 4032:17, 4036:21, 4037:3, 4037:11, 4038:4, 4038:7, 4039:10, 4042:1, 4042:5, 4042:6, 4046:22, 4050:14, 4050:17, 4055:3, 4055:12, 4056:2

**HONORABLE** [1] - 3963:8

**HOPE** [4] - 3963:13, 3981:11, 3993:4, 4042:7

**HOPEFULLY** [3] - 4016:3, 4044:11, 4058:7

**HORIZONTAL** [2] - 3991:3, 4038:15

**HORSE** [1] - 3994:5

**HOURS** [3] - 3984:12, 3984:13

**HOW** [26] - 3978:9, 3978:12, 3978:14, 3978:20, 3983:24, 3984:8, 3985:7, 3985:9, 3985:13, 3986:3, 3987:10, 3988:16, 3991:8, 3992:5, 3993:19, 3994:8, 4001:17, 4002:3, 4008:25, 4009:8, 4012:14, 4012:20, 4026:12, 4028:20, 4046:11, 4059:1

**HUGE** [3] - 3997:5, 3997:8, 3997:16

**HUMAN** [1] - 3982:1

**HURRICANE** [7] - 3972:5, 3973:22, 3973:24, 3986:24, 4008:1, 4043:11, 4044:12

**HURRICANE-PROTECTION** [1] - 3973:24

**HYDRAULIC** [8] - 3970:11, 3971:11, 3971:18, 3987:20, 3988:16, 3999:22,

4000:1, 4043:11

**HYPOTHESIS** [1] - 4050:22

**HYPOTHETICAL** [1] - 4059:5

**HYPOTHETICALLY** [1] - 4056:4

## I

**I** [320] - 3966:1, 3967:1, 3967:20, 3968:7, 3968:15, 3968:25, 3970:23, 3971:5, 3971:7, 3971:9, 3971:13, 3971:15, 3971:20, 3972:9, 3972:11, 3972:17, 3972:24, 3973:8, 3973:11, 3973:12, 3974:2, 3974:5, 3975:9, 3975:12, 3975:18, 3975:21, 3976:10, 3976:13, 3976:14, 3976:16, 3976:20, 3977:3, 3977:4, 3977:6, 3977:11, 3977:15, 3977:19, 3977:25, 3978:15, 3978:21, 3978:22, 3978:25, 3979:1, 3979:3, 3979:8, 3979:16, 3979:19, 3979:21, 3979:22, 3979:23, 3979:25, 3980:3, 3980:4, 3980:6, 3980:7, 3980:9, 3980:10, 3980:13, 3980:17, 3980:20, 3980:22, 3980:23, 3981:6, 3981:7, 3981:14, 3981:16, 3981:17, 3981:21, 3981:23, 3982:4, 3982:5, 3982:6, 3982:21, 3982:25, 3983:2, 3983:3, 3983:4, 3983:7, 3983:10, 3983:14, 3984:4, 3984:11, 3984:15, 3984:18, 3984:19, 3987:16, 3988:24, 3988:25, 3989:1, 3989:2, 3989:8, 3989:11, 3989:12, 3989:16, 3989:17, 3989:18, 3989:19, 3989:23, 3990:2, 3990:3, 3990:5,

3990:12, 3991:4,
3991:5, 3991:11,
3991:15, 3991:16,
3992:13, 3992:14,
3993:4, 3993:5,
3993:6, 3993:7,
3993:8, 3993:11,
3993:13, 3993:15,
3993:16, 3993:23,
3995:22, 3996:2,
3996:3, 3996:4,
3996:7, 3996:21,
3998:5, 3998:10,
3998:19, 3998:20,
4000:23, 4000:24,
4001:2, 4001:16,
4002:20, 4003:4,
4003:7, 4003:17,
4005:6, 4007:8,
4007:19, 4007:21,
4008:6, 4008:18,
4010:5, 4010:14,
4011:8, 4011:9,
4013:1, 4013:9,
4013:12, 4013:18,
4014:6, 4015:2,
4015:19, 4015:20,
4015:24, 4018:1,
4018:3, 4018:24,
4019:8, 4019:9,
4021:16, 4022:20,
4023:3, 4023:5,
4023:20, 4024:14,
4024:22, 4025:7,
4025:17, 4025:23,
4025:25, 4026:20,
4028:17, 4029:10,
4029:12, 4029:13,
4030:4, 4030:5,
4030:15, 4031:1,
4031:3, 4031:7,
4031:15, 4031:17,
4031:19, 4031:21,
4032:4, 4032:9,
4033:8, 4033:18,
4033:20, 4034:4,
4034:17, 4035:4,
4035:13, 4035:22,
4036:23, 4037:17,
4037:19, 4037:21,
4038:5, 4038:20,
4038:21, 4039:7,
4039:10, 4039:12,
4039:21, 4040:4,
4040:7, 4040:22,
4042:1, 4042:2,
4042:6, 4042:8,
4042:9, 4042:11,
4044:10, 4044:16,
4044:17, 4045:23,
4045:24, 4046:4,

4046:22, 4046:23,
4048:14, 4048:17,
4049:3, 4049:5,
4049:8, 4050:14,
4051:9, 4051:11,
4051:14, 4051:15,
4051:18, 4051:24,
4052:4, 4052:5,
4052:14, 4052:15,
4052:17, 4052:20,
4053:5, 4053:7,
4053:12, 4053:22,
4054:11, 4055:1,
4055:3, 4055:5,
4055:10, 4055:21,
4055:24, 4056:1,
4056:4, 4056:11,
4056:15, 4057:6,
4057:8, 4057:9,
4057:14, 4057:20,
4057:25, 4058:3,
4058:5, 4058:6,
4058:23, 4058:24,
4059:4, 4059:9,
4059:15, 4059:16,
4059:22, 4060:4,
4060:7, 4060:15,
4060:16, 4060:20,
4060:24, 4061:9
     I'D [5] - 3967:11,
3991:14, 3995:24,
4016:18, 4060:23
     I'LL [14] - 3971:24,
3987:12, 3989:13,
3993:3, 3996:17,
4008:8, 4017:8,
4043:4, 4050:20,
4052:10, 4053:15,
4057:24, 4060:12,
4060:18
     I'M [20] - 3974:21,
3977:1, 3980:1,
3980:10, 3980:24,
3989:5, 3994:6,
3995:8, 3998:20,
4007:14, 4010:5,
4011:20, 4016:15,
4019:12, 4034:18,
4040:16, 4053:1,
4057:14, 4058:3,
4058:20
     I'VE [10] - 3974:8,
3974:10, 3981:3,
3989:9, 3994:4,
4004:7, 4004:9,
4030:8, 4031:7,
4051:10
     IBOS [3] - 3965:16,
4061:9, 4061:17
     IDEA [2] - 3982:2,

3988:23
     IDENTIFIED [1] -
4032:12
     IDENTIFIES [1] -
4018:12
     IF [115] - 3967:14,
3968:4, 3969:4,
3975:8, 3975:10,
3975:18, 3976:2,
3977:2, 3978:22,
3978:24, 3978:25,
3979:5, 3979:6,
3979:11, 3979:13,
3979:17, 3979:21,
3979:25, 3980:6,
3981:16, 3981:23,
3982:6, 3982:21,
3983:4, 3987:12,
3988:9, 3988:21,
3989:2, 3989:13,
3990:23, 3991:4,
3994:15, 3995:7,
3996:4, 3997:25,
3999:22, 4001:7,
4002:23, 4003:10,
4004:16, 4005:18,
4007:14, 4009:10,
4009:15, 4009:16,
4010:5, 4011:14,
4012:17, 4014:7,
4019:18, 4019:23,
4020:10, 4021:4,
4021:9, 4022:3,
4022:7, 4022:23,
4023:5, 4023:9,
4023:16, 4023:18,
4023:22, 4024:19,
4025:5, 4026:10,
4025:23, 4026:10,
4026:17, 4026:18,
4027:10, 4028:9,
4028:14, 4029:5,
4030:7, 4031:1,
4031:4, 4031:15,
4031:16, 4032:2,
4033:20, 4033:25,
4034:9, 4035:3,
4035:7, 4035:10,
4035:11, 4035:13,
4035:24, 4037:3,
4037:7, 4038:3,
4039:10, 4039:14,
4040:21, 4041:23,
4042:3, 4044:17,
4045:20, 4046:15,
4048:3, 4048:18,
4049:6, 4050:11,
4050:25, 4052:4,
4053:1, 4056:4,
4056:5, 4059:12,
4060:14, 4060:18

     IGNORE [1] - 4038:4
     II [3] - 3964:19,
3965:1, 4049:8
     ILIT [1] - 3972:9
     ILLINOIS [1] -
3971:12
     ILLUMINATING [1] -
4051:1
     ILLUSTRATE [1] -
4010:24
     ILLUSTRATES [3] -
4001:12, 4001:13,
4001:21
     IMAGE [1] - 4037:15
     IMAGINE [1] - 3996:2
     IMMEDIATELY [4] -
4009:13, 4009:16,
4030:18
     IMPACT [1] -
3967:18
     IMPLY [1] - 4013:25
     IMPORTANCE [1] -
4018:10
     IMPORTANT [5] -
3985:9, 3986:18,
3995:13, 4005:21,
4030:23
     IMPORTANTLY [1] -
4051:6
     IMPROVE [1] -
4053:11
     IMPROVED [1] -
4052:6
     IMPROVES [1] -
3997:25
     IN [395] - 3967:5,
3967:22, 3967:23,
3967:25, 3968:8,
3968:18, 3968:24,
3968:25, 3969:12,
3969:23, 3969:24,
3969:25, 3970:5,
3970:6, 3970:10,
3970:11, 3970:13,
3970:18, 3970:19,
3970:22, 3971:5,
3971:7, 3971:8,
3971:10, 3971:11,
3971:13, 3971:14,
3972:2, 3972:10,
3972:17, 3972:20,
3973:5, 3973:6,
3973:7, 3973:8,
3973:12, 3974:7,
3974:8, 3974:18,
3975:3, 3975:6,
3976:4, 3976:8,
3976:22, 3976:25,
3977:3, 3977:22,
3977:23, 3977:24,

3978:1, 3978:2,
3978:12, 3978:13,
3978:16, 3978:20,
3978:22, 3978:24,
3978:25, 3979:4,
3979:8, 3979:11,
3979:15, 3979:18,
3979:24, 3980:12,
3980:25, 3981:9,
3981:13, 3982:10,
3982:13, 3982:15,
3983:8, 3983:19,
3983:20, 3983:21,
3983:23, 3983:25,
3984:5, 3984:9,
3984:14, 3984:17,
3984:21, 3984:23,
3984:25, 3985:1,
3985:3, 3985:6,
3985:8, 3985:10,
3985:14, 3985:15,
3985:16, 3985:17,
3985:18, 3985:22,
3985:24, 3986:6,
3986:25, 3987:4,
3987:16, 3987:18,
3987:21, 3987:22,
3987:23, 3988:2,
3988:4, 3988:7,
3988:11, 3988:14,
3988:25, 3989:3,
3989:7, 3989:11,
3989:17, 3989:20,
3989:21, 3989:25,
3990:1, 3990:4,
3990:6, 3990:10,
3990:18, 3990:24,
3991:1, 3991:11,
3991:12, 3991:14,
3992:12, 3992:13,
3993:1, 3993:2,
3993:10, 3993:19,
3993:20, 3993:22,
3993:24, 3994:1,
3994:8, 3994:18,
3995:9, 3995:12,
3996:20, 3997:8,
3997:20, 3998:4,
3999:4, 3999:6,
3999:7, 3999:14,
3999:16, 3999:17,
3999:21, 4000:3,
4000:15, 4001:6,
4001:9, 4001:14,
4002:7, 4002:17,
4002:21, 4003:11,
4003:12, 4005:13,
4005:23, 4006:2,
4006:6, 4006:13,
4006:16, 4007:13,
4007:14, 4007:15,

4007:16, 4007:25, 4008:1, 4008:6, 4008:12, 4008:14, 4008:16, 4008:19, 4008:23, 4009:5, 4010:7, 4010:11, 4010:18, 4010:22, 4010:24, 4011:8, 4011:13, 4011:14, 4011:15, 4011:21, 4012:3, 4012:9, 4012:11, 4012:15, 4012:16, 4012:17, 4012:24, 4012:25, 4013:2, 4013:6, 4013:8, 4013:15, 4013:17, 4013:20, 4013:25, 4014:2, 4014:3, 4014:10, 4014:17, 4015:3, 4015:8, 4015:16, 4015:24, 4016:14, 4016:16, 4016:19, 4016:25, 4017:1, 4017:8, 4017:10, 4017:14, 4017:17, 4017:22, 4018:20, 4018:24, 4018:25, 4019:16, 4019:19, 4019:24, 4020:5, 4020:10, 4020:17, 4022:18, 4022:19, 4023:2, 4023:6, 4023:8, 4023:21, 4024:11, 4024:14, 4024:20, 4025:13, 4025:18, 4025:22, 4026:6, 4026:10, 4026:19, 4027:1, 4027:5, 4027:11, 4027:21, 4028:4, 4028:13, 4028:16, 4029:4, 4029:11, 4029:14, 4030:5, 4030:13, 4030:15, 4030:16, 4030:19, 4031:3, 4031:4, 4031:12, 4031:15, 4031:19, 4032:6, 4032:7, 4032:9, 4032:11, 4033:2, 4033:3, 4033:8, 4033:15, 4033:22, 4034:1, 4034:5, 4035:1, 4035:7, 4035:10, 4035:14, 4035:17, 4035:22, 4036:5, 4036:7, 4036:10, 4036:11, 4038:15, 4038:16,

4038:18, 4038:19, 4038:22, 4039:1, 4039:2, 4039:6, 4039:15, 4039:22, 4040:4, 4040:6, 4040:7, 4040:11, 4040:20, 4040:21, 4040:23, 4040:25, 4041:9, 4041:10, 4041:17, 4041:18, 4041:20, 4041:22, 4041:24, 4042:4, 4042:9, 4042:12, 4043:7, 4043:17, 4043:21, 4043:23, 4044:8, 4044:23, 4045:11, 4045:15, 4045:23, 4046:7, 4046:8, 4046:10, 4046:13, 4046:15, 4046:20, 4047:10, 4047:13, 4047:18, 4047:21, 4048:5, 4048:6, 4048:12, 4049:7, 4049:12, 4049:14, 4050:19, 4050:24, 4051:1, 4051:7, 4053:1, 4053:15, 4053:24, 4054:6, 4054:9, 4054:12, 4054:14, 4054:20, 4054:25, 4055:7, 4055:12, 4055:13, 4055:17, 4056:6, 4056:12, 4056:22, 4056:24, 4057:2, 4058:2, 4058:11, 4058:13, 4058:14, 4058:16, 4058:19, 4059:2, 4059:4, 4059:6, 4059:10, 4059:19, 4060:5, 4061:12

**INCHES** [7] - 4057:3, 4057:17, 4057:19, 4059:9, 4059:10, 4059:17

**INCLINED** [1] - 4004:12

**INCLINOMETER** [1] - 4011:23

**INCLUDED** [2] - 3972:15, 4019:19

**INCLUDING** [5] - 3970:16, 4018:14, 4018:21, 4047:9, 4051:18

**INCREASE** [4] - 3994:21, 4009:11, 4027:23, 4035:17

**INCREASES** [1] - 4009:18

**INCREASING** [1] - 4009:13

**INCREMENT** [1] - 4026:6

**INCREMENTS** [1] - 4017:14

**INDICATE** [4] - 4015:6, 4022:15, 4027:6, 4027:16

**INDICATED** [1] - 4016:25

**INDICATES** [1] - 4049:18

**INDICATING** [3] - 4036:13, 4059:14, 4059:21

**INDICATING)** [16] - 3981:19, 3987:13, 3995:8, 4002:2, 4002:15, 4004:14, 4011:17, 4014:3, 4021:8, 4021:10, 4022:12, 4026:21, 4028:11, 4039:1, 4039:9, 4040:12

**INDICATOR** [1] - 4011:24

**INDIVIDUAL** [1] - 4048:6

**INDUCED** [2] - 4008:9, 4043:20

**INDUCING** [1] - 3996:19

**INDUSTRY** [4] - 3968:20, 3977:25, 4043:17, 4044:23

**INFERENCES** [2] - 4031:19, 4031:20

**INFLUENCE** [7] - 3978:6, 3987:10, 3992:5, 4021:7, 4021:21, 4022:2, 4031:9

**INFORMATION** [14] - 3993:6, 4010:1, 4024:4, 4024:20, 4028:19, 4046:1, 4050:6, 4050:7, 4055:6, 4055:12, 4055:13, 4055:19, 4055:22, 4056:1

**ING** [1] - 4052:5

**INITIALLY** [1] - 4000:3

**INSIGHT** [1] - 4052:1

**INSTABILITY** [3] - 3977:17, 4004:16, 4021:16

**INSTANCE** [1] - 4000:15

**INSTANCES** [1] - 4039:15

**INSTEAD** [2] - 4058:14, 4059:8

**INSTITUTE** [1] - 3972:10

**INSURERS** [1] - 3964:22

**INTACT** [1] - 4047:13

**INTEGRITY** [1] - 4015:11

**INTELLECTUALLY** [1] - 3991:16

**INTEND** [2] - 3967:15, 3968:6

**INTENDS** [2] - 3967:13, 3968:4

**INTERDISTRIBUTA RY** [5] - 3976:4, 4005:20, 4029:9, 4030:17, 4060:20

**INTEREST** [3] - 3974:19, 3996:6, 4046:7

**INTERESTING** [2] - 3986:9, 4042:8

**INTERESTS** [1] - 4019:21

**INTERFERE** [1] - 4055:3

**INTERIM** [1] - 3997:10

**INTERN** [1] - 3971:6

**INTERRUPT** [2] - 3995:22, 4021:11

**INTO** [33] - 3967:13, 3967:15, 3972:9, 3985:9, 3985:13, 3986:5, 3988:5, 3995:21, 4002:22, 4002:24, 4003:11, 4005:9, 4015:4, 4015:7, 4015:25, 4016:1, 4017:4, 4018:20, 4022:12, 4025:11, 4029:9, 4031:22, 4037:9, 4040:8, 4040:9, 4040:10, 4040:15, 4041:12, 4045:12, 4047:12, 4047:14, 4048:2

**INTRACOASTAL** [3] - 3987:8, 3992:8, 4002:22

**INTRIGUED** [1] - 4050:19

**INTRODUCE** [1] -

4057:9

**INTRODUCTION** [1] - 3970:16

**INTUITION** [2] - 4053:2, 4053:12

**INVESTIGATION** [13] - 3968:24, 3972:6, 3974:8, 3974:25, 3976:23, 4015:21, 4020:6, 4034:14, 4034:21, 4035:2, 4037:5, 4041:19

**INVOLVED** [5] - 3971:10, 3989:25, 3990:1, 3990:14, 3999:16

**INVOLVING** [1] - 4053:7

**IPET** [2] - 3986:16, 3986:19

**IRRELEVANT** [1] - 3988:4

**IS** [347] - 3967:17, 3967:20, 3967:21, 3969:1, 3969:2, 3969:6, 3969:16, 3969:18, 3969:20, 3969:22, 3970:20, 3973:5, 3973:10, 3973:14, 3974:3, 3974:4, 3974:5, 3974:23, 3975:5, 3975:6, 3975:13, 3976:3, 3976:14, 3976:22, 3977:2, 3977:6, 3977:10, 3978:10, 3978:19, 3978:21, 3978:23, 3978:25, 3979:11, 3980:1, 3980:25, 3981:11, 3981:13, 3981:19, 3982:12, 3982:13, 3982:18, 3982:23, 3983:11, 3983:15, 3983:18, 3984:8, 3984:10, 3986:16, 3986:23, 3987:14, 3987:15, 3988:2, 3988:4, 3988:5, 3988:9, 3988:10, 3988:14, 3988:24, 3989:5, 3989:8, 3989:10, 3989:14, 3989:15, 3989:21, 3990:9, 3990:12, 3991:5, 3992:8, 3993:22, 3995:13, 3995:17, 3996:23, 3997:4,

3997:13, 3997:22,
3998:1, 3998:6,
3998:11, 3998:12,
3998:22, 3999:1,
3999:7, 3999:8,
3999:9, 4001:2,
4001:4, 4001:10,
4001:18, 4001:22,
4001:24, 4001:25,
4002:5, 4002:11,
4002:12, 4002:17,
4002:20, 4003:10,
4003:14, 4004:13,
4004:25, 4005:15,
4005:22, 4006:23,
4007:9, 4007:19,
4008:8, 4008:9,
4008:13, 4008:18,
4008:21, 4008:25,
4009:8, 4009:10,
4009:14, 4010:6,
4010:13, 4010:17,
4010:21, 4010:22,
4010:23, 4011:11,
4011:12, 4011:16,
4011:17, 4012:1,
4012:2, 4012:7,
4012:13, 4012:14,
4012:19, 4012:20,
4012:22, 4012:23,
4012:25, 4013:1,
4013:4, 4013:5,
4013:8, 4013:11,
4013:19, 4013:22,
4014:1, 4014:7,
4014:13, 4014:17,
4014:19, 4014:24,
4015:2, 4015:17,
4015:23, 4016:3,
4016:10, 4016:11,
4016:15, 4016:21,
4017:2, 4017:19,
4017:20, 4017:23,
4017:24, 4018:3,
4019:1, 4019:3,
4019:5, 4019:6,
4019:7, 4019:14,
4019:15, 4019:19,
4019:20, 4020:18,
4020:20, 4021:1,
4021:2, 4021:5,
4021:6, 4021:7,
4022:9, 4022:11,
4022:15, 4022:16,
4023:10, 4023:13,
4023:19, 4024:2,
4024:23, 4024:24,
4025:6, 4025:7,
4026:6, 4026:19,
4026:21, 4027:4,
4027:12, 4027:16,

4027:18, 4027:21,
4028:5, 4028:6,
4028:16, 4028:18,
4029:1, 4029:7,
4029:9, 4029:12,
4029:15, 4029:24,
4030:1, 4030:16,
4030:19, 4030:23,
4031:12, 4031:25,
4032:9, 4032:10,
4032:11, 4032:14,
4032:17, 4032:22,
4032:23, 4032:24,
4033:5, 4033:11,
4034:1, 4034:17,
4034:21, 4035:12,
4035:15, 4035:16,
4035:17, 4035:22,
4035:25, 4036:3,
4036:13, 4036:15,
4036:17, 4037:15,
4037:17, 4037:20,
4038:1, 4038:12,
4038:17, 4038:18,
4038:20, 4038:23,
4039:5, 4039:7,
4039:8, 4039:10,
4039:16, 4039:17,
4039:20, 4040:10,
4040:11, 4040:16,
4040:18, 4040:20,
4041:1, 4041:15,
4042:7, 4042:15,
4042:23, 4043:1,
4043:15, 4043:16,
4044:22, 4044:24,
4045:1, 4045:3,
4045:5, 4045:19,
4046:10, 4046:18,
4046:19, 4046:20,
4046:25, 4047:4,
4047:12, 4048:5,
4048:12, 4049:7,
4049:12, 4049:13,
4049:14, 4049:15,
4049:16, 4050:2,
4050:6, 4050:11,
4051:3, 4051:15,
4051:17, 4051:24,
4051:25, 4052:5,
4052:18, 4053:3,
4053:15, 4053:16,
4053:22, 4054:3,
4054:9, 4054:18,
4054:23, 4055:9,
4055:20, 4055:25,
4056:12, 4056:20,
4057:3, 4057:11,
4057:12, 4057:19,
4058:1, 4058:16,
4059:1, 4059:7,

4059:17, 4060:3,
4060:10, 4060:20,
4061:11
   **ISN'T** [3] - 3978:16,
4013:7, 4050:3
   **ISSUE** [17] - 3975:5,
3977:7, 3982:18,
3993:14, 4008:1,
4010:7, 4014:20,
4037:9, 4046:1,
4046:4, 4046:16,
4047:3, 4047:5,
4047:8, 4052:17,
4058:24, 4059:1
   **ISSUES** [9] -
3967:12, 3967:13,
3967:15, 3968:4,
3968:11, 3979:24,
3988:4, 4009:5,
4018:25
   **IT** [221] - 3967:14,
3969:1, 3969:4,
3969:7, 3969:15,
3973:5, 3974:4,
3975:9, 3975:10,
3976:17, 3978:2,
3978:16, 3979:19,
3979:25, 3980:1,
3980:8, 3980:11,
3980:13, 3980:25,
3981:1, 3981:11,
3981:25, 3982:3,
3982:9, 3982:11,
3982:23, 3983:4,
3983:5, 3984:7,
3984:8, 3984:11,
3984:12, 3984:17,
3984:21, 3986:23,
3987:21, 3988:16,
3988:17, 3988:22,
3989:1, 3989:8,
3989:9, 3989:11,
3989:17, 3990:5,
3990:6, 3990:22,
3991:4, 3991:5,
3991:16, 3994:14,
3994:21, 3995:25,
3996:3, 3996:4,
3996:5, 3998:6,
3998:8, 3998:12,
3998:18, 3998:19,
3998:24, 4000:11,
4000:17, 4001:5,
4001:6, 4001:13,
4002:8, 4002:9,
4002:18, 4002:19,
4002:25, 4003:10,
4003:11, 4004:5,
4004:18, 4005:18,
4006:10, 4006:18,
4006:19, 4006:24,

4008:8, 4008:12,
4008:20, 4008:22,
4009:13, 4009:15,
4009:16, 4010:2,
4010:14, 4010:25,
4011:11, 4012:13,
4012:20, 4012:23,
4013:7, 4014:17,
4014:19, 4015:2,
4017:2, 4017:20,
4019:4, 4019:15,
4019:18, 4019:20,
4020:1, 4022:9,
4022:10, 4022:15,
4022:20, 4022:25,
4023:3, 4023:4,
4023:14, 4023:19,
4023:23, 4026:3,
4026:5, 4026:15,
4026:18, 4026:20,
4026:25, 4027:2,
4027:11, 4027:18,
4030:5, 4030:7,
4031:4, 4031:6,
4031:18, 4032:23,
4033:14, 4035:11,
4036:6, 4036:8,
4036:23, 4037:6,
4037:12, 4037:20,
4037:23, 4038:5,
4038:24, 4039:2,
4039:5, 4039:16,
4039:17, 4039:20,
4039:21, 4041:16,
4042:12, 4042:15,
4043:16, 4043:17,
4043:23, 4043:24,
4043:25, 4044:1,
4044:5, 4044:15,
4044:23, 4044:24,
4045:4, 4045:19,
4046:11, 4047:1,
4048:2, 4049:15,
4049:18, 4050:12,
4050:20, 4052:18,
4052:20, 4052:24,
4053:1, 4054:19,
4055:11, 4056:6,
4056:7, 4056:12,
4056:22, 4056:24,
4057:10, 4057:19,
4057:20, 4058:1,
4058:8, 4058:20,
4058:23, 4059:3,
4059:5, 4059:21,
4059:22, 4060:14,
4060:15, 4060:16,
4060:18, 4060:24
   **IT'S** [69] - 3967:17,
3967:21, 3968:3,
3968:25, 3969:4,

3978:3, 3978:20,
3978:24, 3979:5,
3979:7, 3979:14,
3979:16, 3980:5,
3980:11, 3980:23,
3981:23, 3982:18,
3983:8, 3986:7,
3987:12, 3988:17,
3988:19, 3988:25,
3989:15, 3991:2,
3992:13, 3993:15,
3995:24, 4000:23,
4000:24, 4005:17,
4005:18, 4011:2,
4012:15, 4022:13,
4025:22, 4025:23,
4025:25, 4028:14,
4028:17, 4031:6,
4031:15, 4031:16,
4032:11, 4036:7,
4037:20, 4037:23,
4038:2, 4038:10,
4040:22, 4040:23,
4041:10, 4041:16,
4041:18, 4043:18,
4045:3, 4045:18,
4049:1, 4049:3,
4054:24, 4055:12,
4055:19, 4056:12,
4057:12, 4057:17,
4059:9
   **ITEMS** [4] - 3977:10,
4000:7, 4000:11,
4000:13
   **ITS** [3] - 3982:12,
4030:3, 4047:13
   **ITSELF** [7] -
3978:14, 4019:14,
4027:8, 4034:20,
4045:13, 4048:2,
4048:11

## J

   **J** [1] - 3965:1
   **JAMES** [2] - 3964:1,
3965:8
   **JANUARY** [5] -
4036:25, 4037:2,
4045:23, 4047:21,
4049:1
   **JEFFERSON** [1] -
3964:2
   **JEFFREY** [1] -
3965:6
   **JOHN** [2] - 3965:12,
4046:5
   **JOHN-LOUIS** [1] -
4046:5
   **JOINED** [1] -
3971:13

JOKE [1] - 4044:13
JONATHAN [1] - 3963:19
JOSEPH [2] - 3963:16, 3963:16
JOSHUA [1] - 3964:15
JR [7] - 3963:8, 3964:5, 3964:12, 3964:18, 3964:18, 3965:5, 3965:8
JUDGE [7] - 3963:8, 3967:19, 3980:25, 4021:17, 4026:11, 4044:14, 4052:18
JUDICIALLY [1] - 3967:14
JUDICIARY [1] - 4044:11
JULY [9] - 4009:23, 4013:8, 4013:15, 4014:6, 4023:6, 4036:19, 4036:20, 4037:2, 4040:7
JUNE [2] - 3969:24, 4034:23
JURY [1] - 4038:3
JUST [42] - 3967:10, 3979:14, 3980:9, 3980:11, 3983:4, 3983:15, 3987:18, 3988:3, 3988:9, 3991:5, 3991:10, 3991:15, 3991:18, 3998:5, 3998:6, 4006:11, 4007:8, 4010:5, 4010:24, 4020:11, 4021:11, 4021:21, 4026:1, 4026:17, 4028:14, 4031:3, 4032:23, 4036:21, 4037:12, 4038:8, 4038:12, 4039:13, 4042:5, 4042:11, 4050:18, 4051:17, 4052:4, 4052:18, 4059:20, 4060:7, 4060:14, 4060:20
JUSTICE [1] - 3965:4
JUSTIFY [1] - 3991:16
JX [10] - 3969:19, 4001:2, 4019:5, 4019:6, 4019:8, 4031:25, 4032:14, 4049:1, 4053:22, 4060:7

# K

K [2] - 3965:9, 3965:11
KALIMAH [1] - 3965:6
KARA [1] - 3965:9
KAREN [3] - 3965:16, 4061:9, 4061:17
KATRINA [5] - 3972:3, 3972:5, 3973:23, 4043:11, 4055:15
KAUFMAN [16] - 3984:5, 3985:13, 3985:15, 3985:21, 3986:11, 3986:24, 3987:1, 3987:16, 3988:12, 4000:25, 4011:7, 4016:23, 4017:25, 4018:3, 4018:11, 4018:12
KEA [1] - 3963:20
KEEP [1] - 3998:4
KELLS [1] - 3965:7
KIND [7] - 3978:2, 3978:22, 3982:9, 3982:10, 4015:23, 4029:23, 4055:8
KNOW [27] - 3975:21, 3976:10, 3978:21, 3978:22, 3978:25, 3981:23, 3981:24, 3983:9, 3988:20, 3989:8, 3990:12, 3991:16, 3998:5, 4007:24, 4025:23, 4031:1, 4031:7, 4033:25, 4040:22, 4044:2, 4045:1, 4046:23, 4047:17, 4051:12, 4056:5, 4057:25, 4058:23
KNOWING [1] - 3994:19
KNOWLEDGE [3] - 3977:11, 3977:12, 3978:14
KNOWN [2] - 3986:7, 4012:19
KNOWS [1] - 3983:7

# L

L [1] - 3969:17
LA [9] - 3963:17, 3963:21, 3964:3, 3964:6, 3964:10, 3964:13, 3964:16,

3964:20, 3965:3
LAFAYETTE [1] - 3964:3
LAKE [5] - 3973:23, 4020:14, 4057:23, 4057:25
LAND [4] - 3998:13, 4040:9, 4040:10, 4040:15
LAND-SIDE [3] - 4040:9, 4040:10, 4040:15
LANDSIDE [3] - 4016:1, 4021:2, 4050:13
LANGUAGE [1] - 4051:5
LANSING [1] - 3969:22
LARGE [12] - 3995:14, 3996:25, 3997:1, 3997:16, 3997:22, 3997:24, 4000:12, 4006:24, 4007:3, 4008:21, 4026:8, 4038:19
LARGELY [1] - 4046:6
LARGER [2] - 4002:24, 4008:15
LASER [1] - 4055:1
LAST [21] - 3975:6, 3981:22, 3986:6, 4016:4, 4016:16, 4016:19, 4017:9, 4017:22, 4018:1, 4037:4, 4040:21, 4040:22, 4040:24, 4042:7, 4049:24, 4056:22, 4058:14, 4058:15, 4058:16, 4058:19, 4058:21
LATE [1] - 3989:17
LATER [14] - 3972:8, 3979:15, 3985:19, 3988:18, 3990:1, 3997:23, 4001:6, 4006:1, 4015:20, 4018:18, 4020:1, 4022:24, 4060:18
LATERAL [31] - 3968:5, 3968:9, 3968:12, 3975:6, 3975:13, 3975:15, 3975:23, 3976:22, 3978:23, 3979:3, 3982:16, 3988:5, 3989:12, 3991:3, 4003:20, 4004:16, 4004:22, 4006:6,

4006:9, 4007:9, 4007:18, 4008:10, 4008:21, 4010:6, 4010:19, 4011:5, 4015:7, 4029:10, 4036:14, 4037:10, 4039:17
LATERALLY [4] - 4002:8, 4002:14, 4014:2, 4023:14
LATITUDE [1] - 3980:20
LAW [7] - 3963:16, 3963:19, 3964:4, 3964:7, 3964:18, 4039:25, 4044:10
LAWN [1] - 3963:23
LAWYER'S [1] - 3964:8
LAYER [8] - 3999:7, 3999:9, 3999:10, 4005:20, 4035:12, 4035:14, 4060:20
LAYERS [8] - 3982:17, 3999:13, 4014:9, 4015:7, 4029:9, 4030:17, 4033:12, 4034:10
LAYMAN'S [1] - 4053:1
LEARN [3] - 3980:11, 3995:4, 3996:15
LEARNED [1] - 3994:11
LEARNING [1] - 4053:8
LEAST [6] - 3987:23, 4004:8, 4006:4, 4006:20, 4008:3, 4037:15
LEAVE [1] - 4032:22
LED [2] - 3994:23, 4008:5
LEFT [9] - 3983:4, 4004:13, 4014:2, 4021:2, 4028:20, 4030:17, 4035:20, 4035:24, 4041:9
LEGEND [1] - 4055:10
LENGTH [3] - 4003:20, 4004:5, 4053:17
LENGTHS [1] - 4053:19
LENGTHY [1] - 3984:12
LESS [10] - 3988:20, 4001:22, 4006:23, 4007:9, 4030:21,

4030:24, 4033:13, 4033:16, 4049:13
LET [17] - 3975:24, 3977:8, 3979:23, 3991:11, 3991:15, 4010:18, 4014:15, 4019:4, 4021:11, 4022:13, 4026:17, 4031:17, 4037:12, 4045:14, 4049:12, 4054:22, 4058:13
LET'S [49] - 3969:8, 3979:17, 3980:8, 3982:1, 3984:4, 3987:9, 3990:7, 3990:13, 3994:4, 3994:5, 3998:22, 4001:6, 4001:9, 4007:7, 4009:19, 4009:22, 4009:23, 4012:10, 4012:24, 4014:22, 4019:5, 4020:8, 4021:4, 4022:4, 4023:6, 4024:17, 4026:9, 4027:5, 4028:8, 4028:9, 4031:14, 4031:25, 4032:1, 4032:14, 4032:15, 4033:13, 4033:18, 4035:11, 4036:19, 4039:24, 4040:19, 4044:21, 4047:20, 4048:24, 4049:20, 4053:17, 4054:22, 4057:22
LETTING [1] - 3991:11
LEVEE [123] - 3967:15, 3970:4, 3974:9, 3977:7, 3977:8, 3977:9, 3987:17, 3988:6, 3990:9, 3990:12, 3990:13, 3990:23, 3990:24, 3992:10, 3993:19, 3994:8, 3994:21, 3995:5, 3995:10, 3995:11, 3996:2, 3997:10, 3997:17, 3997:19, 3997:23, 3998:2, 3998:12, 3998:14, 3998:18, 3998:25, 3999:17, 3999:24, 4000:2, 4000:3, 4000:7, 4000:14, 4000:15, 4000:18, 4001:18, 4002:6, 4002:7, 4002:12, 4002:13, 4003:15,

DAILY COPY

4004:5, 4006:2,
4006:12, 4006:13,
4007:3, 4007:10,
4008:9, 4009:11,
4009:15, 4010:10,
4010:20, 4011:6,
4011:22, 4011:25,
4013:23, 4014:4,
4014:11, 4017:1,
4017:4, 4017:15,
4018:15, 4018:20,
4019:13, 4019:15,
4020:2, 4020:4,
4021:16, 4022:3,
4022:10, 4022:11,
4022:19, 4022:25,
4023:13, 4023:22,
4027:11, 4028:21,
4032:6, 4032:8,
4032:18, 4032:20,
4034:4, 4035:7,
4035:14, 4035:18,
4035:19, 4036:1,
4036:14, 4036:15,
4039:3, 4039:5,
4039:8, 4040:16,
4041:1, 4041:20,
4044:7, 4044:12,
4045:6, 4045:10,
4045:13, 4045:18,
4046:15, 4053:25,
4054:6, 4054:13,
4054:17, 4055:14,
4056:6, 4056:16,
4058:10, 4059:13,
4059:14, 4060:9

**LEVEES** [53] -
3967:18, 3968:18,
3968:22, 3968:23,
3969:2, 3970:11,
3971:8, 3971:11,
3971:18, 3973:23,
3974:14, 3974:20,
3975:2, 3975:3,
3976:12, 3976:13,
3977:16, 3978:12,
3979:12, 3983:24,
3984:6, 3985:18,
3987:11, 3987:19,
3992:6, 3992:16,
3993:25, 3994:12,
3995:1, 3995:5,
3995:18, 3997:2,
3997:20, 3998:10,
4000:2, 4000:20,
4006:19, 4007:9,
4008:25, 4009:6,
4012:7, 4014:18,
4017:23, 4018:23,
4023:6, 4030:11,

4033:3, 4041:13,
4043:8, 4045:15,
4053:20
  **LEVEL** [10] - 3976:5,
3986:15, 3986:20,
3986:22, 3987:2,
3997:13, 4021:6,
4021:25, 4022:1,
4044:5
  **LEVELS** [1] -
4043:14
  **LEVINE** [1] - 3965:8
  **LEXICON** [1] -
4052:8
  **LIBERAL** [1] -
4057:15
  **LIDAR** [3] - 4055:16,
4056:23, 4059:6
  **LIES** [1] - 3992:9
  **LIFE** [1] - 4006:13
  **LIFETIME** [1] -
4027:2
  **LIFETIMES** [1] -
3983:5
  **LIFT** [29] - 3974:13,
3994:13, 3994:14,
3998:7, 3998:9,
3998:12, 4006:22,
4017:3, 4017:6,
4017:10, 4017:12,
4017:17, 4023:21,
4023:24, 4024:3,
4025:8, 4025:14,
4025:19, 4026:2,
4046:23, 4046:25,
4054:3, 4058:14,
4058:15, 4058:16,
4058:19, 4058:20,
4058:21
  **LIFTS** [7] - 3994:12,
4000:8, 4006:15,
4006:25, 4017:6,
4017:11, 4033:21
  **LIKE** [43] - 3967:11,
3970:23, 3972:24,
3974:21, 3974:23,
3975:12, 3977:11,
3977:24, 3978:2,
3980:1, 3980:7,
3980:10, 3983:4,
3984:12, 3984:15,
3988:20, 3991:14,
3991:15, 3993:7,
3993:16, 3995:24,
3996:10, 4003:4,
4014:17, 4016:18,
4026:20, 4026:23,
4027:1, 4031:2,
4032:5, 4033:6,
4033:18, 4034:17,

4036:1, 4037:21,
4037:22, 4037:23,
4038:24, 4044:6,
4050:14, 4055:5,
4056:10
  **LIKELY** [4] -
3978:17, 4008:13,
4017:2, 4029:20
  **LIMIT** [2] - 4048:21,
4048:23
  **LIMITING** [1] -
4009:3
  **LIMITS** [1] - 4048:20
  **LINE** [11] - 3989:15,
3994:24, 3997:11,
3998:18, 4003:14,
4011:16, 4011:25,
4022:3, 4029:1,
4036:2, 4045:16
  **LINES** [6] - 4011:4,
4011:5, 4011:7,
4028:23, 4034:10,
4040:15
  **LINEUP** [1] - 4028:10
  **LISTED** [1] - 4036:23
  **LITERATURE** [1] -
4051:17
  **LITIGATION** [2] -
3965:1, 4055:20
  **LITTLE** [13] -
3993:22, 3999:14,
4018:18, 4033:12,
4033:13, 4036:5,
4037:18, 4038:22,
4051:15, 4052:10,
4059:22, 4060:6
  **LLC** [2] - 3964:4,
3964:22
  **LMVD** [2] - 4017:7,
4017:13
  **LOAD** [4] - 3997:24,
4003:2, 4008:9,
4008:19
  **LOCAL** [1] - 4019:21
  **LOCALIZED** [2] -
4054:7, 4054:20
  **LOCATE** [2] -
4032:18, 4032:20
  **LOCATED** [2] -
4011:24, 4018:23
  **LOCATION** [5] -
4002:21, 4018:16,
4049:7, 4054:20,
4060:9
  **LOCATIONS** [4] -
3999:25, 4002:5,
4022:2, 4040:14
  **LOG** [1] - 4033:10
  **LONG** [9] - 3969:5,
3986:17, 3993:19,

3994:8, 3994:22,
3995:12, 4012:17,
4026:12, 4032:12
  **LONG-TERM** [1] -
4012:17
  **LONGER** [5] -
4002:23, 4003:7,
4003:15, 4003:18,
4003:19
  **LOOK** [21] - 3989:5,
3997:25, 4002:23,
4003:4, 4011:15,
4012:17, 4014:7,
4020:5, 4026:10,
4029:17, 4031:13,
4031:17, 4032:1,
4033:18, 4034:9,
4035:7, 4035:10,
4035:11, 4038:24,
4055:5, 4058:17
  **LOOKED** [5] -
4020:17, 4022:4,
4022:24, 4023:5,
4026:17
  **LOOKING** [7] -
4001:3, 4015:20,
4016:11, 4019:8,
4037:1, 4038:10,
4045:10
  **LOOKS** [8] - 4022:3,
4026:20, 4026:22,
4036:1, 4037:22,
4037:23, 4039:6,
4040:16
  **LOS** [1] - 3963:14
  **LOSE** [1] - 4047:15
  **LOSS** [3] - 4056:24,
4057:3, 4059:7
  **LOT** [5] - 3987:24,
3994:20, 4039:15,
4052:1, 4055:25
  **LOUIS** [3] - 3971:6,
3987:4, 4046:5
  **LOUISIANA** [11] -
3963:1, 3963:4,
3965:17, 3971:12,
3984:3, 3987:18,
3999:15, 4020:15,
4034:23, 4058:3,
4061:10
  **LOVELY** [1] - 4058:1
  **LOW** [7] - 4013:24,
4032:10, 4032:13,
4038:20, 4043:7,
4057:23, 4058:11
  **LOWER** [10] -
3983:20, 4000:25,
4002:25, 4008:7,
4018:13, 4028:21,
4036:10, 4041:9,

4041:24, 4048:21
  **LOWERED** [1] -
4022:25
  **LOWEST** [4] -
4002:16, 4002:18,
4005:14, 4036:12
  **LPE** [1] - 4056:24
  **LS/DYNA** [4] -
4044:21, 4044:23,
4045:1, 4045:10
  **LUNCH** [1] - 4061:3

## M

**M** [3] - 3963:16,
3963:16, 3964:15
**M.E** [1] - 3970:7
**MADE** [12] - 3967:23,
3973:6, 3977:13,
3982:6, 3982:24,
3982:25, 4013:4,
4013:11, 4013:15,
4017:5, 4026:14,
4035:6
**MAIN** [3] - 3964:16,
3978:18, 3978:19
**MAINTENANCE** [1] -
4054:13
**MAJOR** [5] - 3970:1,
3970:7, 3970:9,
3986:3, 4057:15
**MAKE** [10] - 3980:3,
3980:8, 3982:21,
3984:15, 4003:18,
4007:8, 4008:18,
4010:5, 4032:5,
4038:20
**MAKES** [3] - 3998:9,
4011:21, 4045:24
**MAKING** [5] -
3972:6, 3987:5,
4002:11, 4008:21,
4040:25
**MANUALS** [1] -
3974:9
**MANY** [11] - 3979:24,
3995:12, 3999:11,
4002:15, 4005:13,
4030:24, 4043:11,
4047:10, 4051:18,
4055:18
**MARC** [1] - 3965:8
**MARGIN** [1] -
4002:20
**MARKS** [2] -
4043:12, 4043:13
**MARSH** [3] -
3999:12, 4015:7,
4038:23
**MARSHES** [1] -
4030:18

**MASS** [1] - 4014:5

**MASSES** [1] - 3970:18

**MASTER'S** [1] - 3970:3

**MATCHED** [1] - 4023:9

**MATCHES** [1] - 4031:13

**MATERIAL** [11] - 3976:3, 3997:1, 3998:11, 3998:13, 3998:15, 3998:17, 4004:11, 4045:15, 4045:18, 4045:25

**MATERIALS** [8] - 3985:17, 3985:23, 3998:25, 3999:7, 4000:1, 4005:22, 4045:17, 4047:16

**MATHEMATICAL** [2] - 4057:20, 4059:10

**MATHEMATICALLY** [1] - 4004:4

**MATRICULARITY** [1] - 4052:11

**MATTER** [2] - 4005:18, 4061:13

**MAXIMUM** [1] - 4057:10

**MAY** [40] - 3963:4, 3967:2, 3968:15, 3968:16, 3970:6, 3970:25, 3978:18, 3979:1, 3979:15, 3980:3, 3980:7, 3981:6, 3982:22, 3984:14, 3987:24, 3987:25, 3989:7, 3989:11, 3993:1, 3995:22, 3999:14, 4005:7, 4007:7, 4008:16, 4031:4, 4033:11, 4036:5, 4037:20, 4042:2, 4042:3, 4042:4, 4047:17, 4050:14, 4050:16, 4050:22, 4052:7, 4053:7

**MAYBE** [6] - 3977:4, 3981:24, 4021:25, 4046:6, 4054:16, 4055:8

**MCCONNON** [1] - 3965:8

**ME** [44] - 3975:18, 3975:21, 3975:24, 3976:7, 3976:17, 3976:20, 3976:25, 3977:4, 3977:8,

3978:20, 3979:1, 3979:23, 3980:5, 3982:11, 3988:17, 3989:1, 3989:10, 3989:20, 3993:2, 3993:10, 3995:24, 3998:7, 4001:5, 4007:13, 4009:20, 4010:18, 4014:15, 4018:7, 4019:4, 4021:11, 4022:13, 4026:17, 4031:17, 4036:21, 4039:20, 4044:17, 4045:14, 4049:12, 4050:19, 4053:1, 4054:22, 4055:22, 4058:13

**MEAN** [10] - 3976:14, 3989:13, 3993:8, 4002:18, 4023:5, 4023:18, 4023:19, 4037:20, 4049:6, 4051:10

**MEANS** [11] - 3979:2, 3999:20, 4017:8, 4017:9, 4026:15, 4042:19, 4043:2, 4049:12, 4050:23, 4053:1, 4057:10

**MEANT** [1] - 4043:1

**MEASURE** [3] - 4012:19, 4036:16, 4046:11

**MECHANICAL** [2] - 3965:20, 3970:19

**MECHANICS** [2] - 3970:16, 3984:25

**MEDIUM** [4] - 3999:9, 3999:10, 3999:14, 4033:11

**MEMBER** [2] - 3972:9, 4044:11

**MEMO** [2] - 4019:7, 4024:25

**MEMORANDA** [1] - 3968:23

**MEMORANDUM** [9] - 3974:7, 3978:8, 4016:5, 4020:14, 4032:14, 4033:2, 4033:25, 4055:23, 4056:1

**MENTION** [1] - 4045:24

**MENTIONED** [8] - 3971:15, 3986:6, 3996:18, 3996:22, 3996:24, 4018:24, 4025:6, 4035:4

**MENTIONS** [4] - 3977:9, 3982:15, 3982:18, 4048:1

**MERE** [1] - 3967:21

**MET** [1] - 4052:14

**METHOD** [4] - 4017:10, 4017:19, 4023:20, 4035:5

**METHODS** [8] - 3970:11, 3970:13, 3971:17, 3987:18, 3995:18, 3996:15, 3996:19, 4053:9

**MICHAEL** [3] - 3964:14, 3964:15, 3965:5

**MICHELE** [1] - 3965:7

**MICHIGAN** [4] - 3969:21, 3969:22, 3970:15, 3971:13

**MIDDLE** [4] - 3998:12, 3999:8, 4000:3, 4027:10

**MIGHT** [19] - 3975:18, 3975:21, 3979:21, 3981:16, 3982:3, 3988:22, 3989:2, 3994:16, 3996:9, 3998:13, 4006:19, 4024:14, 4026:12, 4036:6, 4039:10, 4048:9, 4048:15, 4058:6

**MILE** [2] - 4038:15, 4056:19

**MILEPOST** [1] - 4056:19

**MILLER** [1] - 3965:9

**MINDFUL** [1] - 3968:11

**MINIMUM** [4] - 4021:17, 4021:18, 4022:5, 4041:9

**MINOR** [1] - 4008:12

**MINUS** [23] - 3999:8, 3999:9, 4005:5, 4005:7, 4018:17, 4019:3, 4019:4, 4019:12, 4019:13, 4021:12, 4035:12, 4035:13, 4035:21, 4035:23, 4036:5, 4036:6, 4036:18, 4038:15, 4038:21, 4038:22, 4041:11

**MINUTE** [11] - 3976:7, 3981:22, 4009:20, 4017:8, 4018:1, 4024:6,

4026:18, 4029:6, 4030:16, 4042:1, 4047:20

**MINUTES** [1] - 4016:12

**MISPRONOUNCE** [1] - 4050:20

**MISSISSIPPI** [5] - 3970:5, 3983:21, 4000:25, 4018:13

**MISSOURI** [2] - 3969:24, 3971:12

**MISSPOKE** [1] - 4049:3

**MITSCH** [1] - 3965:9

**MODEL** [30] - 4011:12, 4042:15, 4042:20, 4042:23, 4043:2, 4043:9, 4043:13, 4043:14, 4043:15, 4043:16, 4043:21, 4044:2, 4044:4, 4044:9, 4044:22, 4044:23, 4045:1, 4045:2, 4045:3, 4046:13, 4046:20, 4046:25, 4047:1, 4047:25, 4048:1, 4048:2, 4048:4, 4049:19

**MODELING** [3] - 4042:9, 4045:4, 4052:19

**MODELS** [17] - 3983:25, 4042:6, 4044:5, 4050:21, 4050:23, 4050:24, 4051:3, 4051:6, 4051:9, 4051:10, 4051:18, 4051:20, 4052:20, 4053:2

**MOMENT** [4] - 4020:8, 4038:12, 4044:21, 4052:4

**MONTHS** [5] - 4011:15, 4026:19, 4026:20, 4026:23, 4027:1

**MORE** [31] - 3967:12, 3980:3, 3988:21, 3993:17, 3995:11, 3995:14, 4002:19, 4003:15, 4005:10, 4005:11, 4006:19, 4023:17, 4025:10, 4032:10, 4032:11, 4032:12, 4033:5, 4033:12, 4033:17, 4033:20, 4033:22, 4033:24, 4034:1,

4042:4, 4045:17, 4045:19, 4051:2, 4052:10, 4053:2, 4059:25

**MORGAN** [1] - 3964:20

**MORNING** [4] - 3963:9, 3967:3, 3993:5, 4055:22

**MORRIS'** [5] - 4031:25, 4032:6, 4032:9, 4054:24, 4055:12

**MOSHER** [5] - 3967:21, 3968:1, 3973:9, 3982:24, 4031:4

**MOST** [10] - 3986:16, 3996:8, 4022:2, 4022:8, 4024:3, 4033:7, 4033:11, 4051:1, 4051:2, 4051:5

**MOSTLY** [2] - 4045:16, 4051:19

**MOVE** [20] - 3969:8, 3974:23, 3976:4, 3994:5, 4002:8, 4002:9, 4002:13, 4002:14, 4003:18, 4004:13, 4004:19, 4014:22, 4016:5, 4020:12, 4028:13, 4031:21, 4031:22, 4035:14, 4035:24

**MOVED** [1] - 3998:17

**MOVEMENT** [15] - 3975:4, 3998:4, 4001:19, 4004:22, 4004:24, 4007:4, 4007:9, 4008:10, 4009:1, 4011:5, 4011:14, 4011:16, 4011:17, 4011:18

**MOVEMENTS** [8] - 3984:2, 4006:6, 4008:13, 4009:3, 4010:19, 4011:22, 4012:2, 4041:21

**MOVES** [1] - 4003:2

**MOVING** [2] - 4014:1, 4034:13

**MR** [211] - 3966:5, 3966:6, 3966:7, 3966:8, 3967:7, 3967:10, 3967:22, 3968:15, 3968:17, 3969:9, 3969:18, 3971:2, 3972:19, 3972:23, 3973:4,

3973:18, 3973:20, 3974:18, 3974:21, 3975:5, 3975:12, 3975:20, 3975:24, 3976:6, 3976:7, 3976:15, 3976:19, 3976:22, 3977:6, 3977:19, 3979:3, 3979:8, 3979:17, 3979:21, 3980:3, 3980:5, 3980:15, 3980:18, 3980:21, 3981:2, 3981:11, 3981:16, 3981:20, 3982:2, 3982:4, 3982:13, 3982:23, 3983:14, 3983:17, 3984:14, 3984:21, 3985:12, 3985:15, 3985:21, 3987:14, 3988:3, 3988:8, 3988:13, 3989:2, 3989:19, 3989:23, 3990:7, 3990:9, 3990:14, 3990:20, 3990:23, 3991:1, 3991:7, 3991:10, 3991:13, 3991:18, 3992:4, 3993:3, 3993:5, 3993:11, 3993:13, 3993:17, 3993:18, 3993:22, 3994:6, 3994:7, 3996:14, 3998:21, 4000:25, 4005:3, 4007:2, 4007:13, 4007:16, 4007:17, 4007:19, 4007:23, 4009:20, 4009:21, 4010:5, 4010:9, 4010:12, 4010:16, 4011:10, 4011:11, 4011:13, 4011:16, 4011:17, 4013:5, 4013:7, 4013:9, 4013:12, 4014:14, 4016:3, 4016:9, 4016:23, 4016:24, 4018:6, 4018:7, 4018:8, 4024:8, 4024:13, 4024:17, 4024:18, 4024:22, 4024:24, 4025:1, 4025:2, 4025:4, 4025:20, 4027:4, 4029:8, 4029:12, 4029:22, 4029:25, 4030:2, 4030:9, 4031:4, 4031:8, 4031:11, 4031:14, 4031:17, 4031:21,

4031:24, 4031:25, 4032:1, 4032:6, 4032:7, 4032:9, 4032:11, 4032:17, 4032:19, 4034:7, 4034:13, 4034:16, 4034:19, 4034:21, 4034:24, 4034:25, 4036:21, 4036:23, 4037:1, 4037:3, 4037:7, 4037:10, 4037:14, 4037:17, 4037:19, 4038:3, 4038:7, 4038:10, 4038:13, 4039:4, 4039:10, 4039:12, 4039:16, 4039:23, 4040:1, 4040:2, 4041:4, 4041:7, 4042:1, 4042:5, 4042:11, 4042:14, 4044:14, 4044:17, 4044:20, 4046:22, 4046:24, 4050:14, 4050:17, 4052:4, 4052:9, 4052:10, 4052:13, 4052:18, 4053:14, 4054:24, 4055:3, 4055:5, 4055:10, 4055:12, 4055:21, 4056:2, 4056:3, 4058:2, 4058:6, 4058:7, 4058:8, 4058:9, 4060:15, 4060:17, 4060:24

**MRGO** [41] - 3965:1, 3967:18, 3976:11, 3976:12, 3978:2, 3978:6, 3987:19, 3988:16, 3997:20, 3998:10, 3998:13, 3999:1, 3999:5, 3999:11, 3999:15, 4000:2, 4006:1, 4015:3, 4015:8, 4015:14, 4018:20, 4018:23, 4019:1, 4019:7, 4019:11, 4019:12, 4019:14, 4019:24, 4021:1, 4021:7, 4027:7, 4027:13, 4031:9, 4035:23, 4040:8, 4040:10, 4041:12, 4041:20, 4041:25, 4056:6, 4059:13
**MS** [1] - 3969:24
**MUCH** [15] - 3969:9, 3973:16, 4005:9, 4030:21, 4033:5,

4033:15, 4033:16, 4033:17, 4039:6, 4055:16, 4059:1, 4059:22, 4059:24, 4059:25, 4061:2
**MULTIPLE** [1] - 4017:18
**MUST** [2] - 4001:5, 4042:15
**MY** [32] - 3969:16, 3971:21, 3973:8, 3973:14, 3974:4, 3974:5, 3976:14, 3976:17, 3978:18, 3978:19, 3979:25, 3981:11, 3981:18, 3983:15, 3987:3, 3994:18, 3998:5, 4013:9, 4015:24, 4018:24, 4022:13, 4026:7, 4033:8, 4041:16, 4042:2, 4042:12, 4043:23, 4045:3, 4045:11, 4052:5, 4059:5, 4061:12
**MYER** [1] - 3965:10
**MYSELF** [4] - 3973:12, 3980:13, 4004:8, 4026:18

**N**

**N** [2] - 3966:1, 3967:1
**NAME** [2] - 3969:14, 3969:16
**NAMED** [1] - 3986:5
**NAOMI** [1] - 4032:7
**NAOMI'S** [2] - 4032:1, 4032:11
**NATIONAL** [2] - 3986:14, 3986:15
**NATURAL** [1] - 4051:6
**NATURE** [2] - 4033:3, 4046:17
**NAUGHT** [2] - 4060:10
**NAUSEAM** [1] - 3984:11
**NAVIGATION** [1] - 3992:9
**NEAR** [6] - 3999:6, 3999:12, 4019:25, 4039:7, 4045:19, 4049:2
**NECESSARY** [1] - 4019:19
**NEED** [15] - 3973:12, 3977:3, 3981:13,

4019:18, 4019:23, 4020:11, 4020:20, 4023:3, 4025:23, 4036:8, 4038:19, 4042:20, 4045:20, 4051:1, 4055:1
**NEEDED** [3] - 4002:19, 4044:6, 4051:2
**NEEDS** [1] - 4028:12
**NEGATIVE** [1] - 4057:9
**NEGLIGENT** [1] - 3977:18
**NET** [3] - 3994:18, 3996:9, 3996:12
**NEVER** [14] - 3979:23, 3979:24, 3979:25, 3980:1, 3980:9, 3982:15, 3982:18, 3988:7, 4029:10, 4029:22, 4039:18, 4051:25
**NEW** [23] - 3963:4, 3963:17, 3963:21, 3964:6, 3964:24, 3965:3, 3965:17, 3972:11, 3983:20, 3985:15, 3987:6, 4005:13, 4006:2, 4008:9, 4013:13, 4016:21, 4017:16, 4023:25, 4024:1, 4035:2, 4035:6, 4036:8
**NEW-INDUCED** [1] - 4008:9
**NEXT** [15] - 3992:16, 3996:24, 3997:5, 3997:7, 4014:24, 4017:6, 4017:17, 4020:20, 4023:23, 4024:3, 4025:14, 4025:19, 4031:13, 4032:23, 4050:5
**NO** [53] - 3963:3, 3966:12, 3967:23, 3967:24, 3972:23, 3973:6, 3973:7, 3973:12, 3974:7, 3974:18, 3974:25, 3979:8, 3980:5, 3980:6, 3980:22, 3983:7, 3987:2, 3989:12, 3990:23, 3991:2, 3992:2, 3993:17, 3994:2, 3999:19, 4000:3, 4000:24, 4006:10, 4011:23, 4013:7,

4013:8, 4013:18, 4015:9, 4019:19, 4020:14, 4024:24, 4024:25, 4026:9, 4028:8, 4032:16, 4033:4, 4033:18, 4034:8, 4034:9, 4040:8, 4042:5, 4044:25, 4045:8, 4045:14, 4047:2, 4057:4
**NOMINATE** [1] - 4044:14
**NON** [2] - 3983:12, 4046:21
**NON-OMNIPOTENT** [1] - 3983:12
**NON-STEADY** [1] - 4046:21
**NONE** [2] - 3983:9, 3983:11
**NOR** [2] - 3983:11, 4022:14
**NORMALIZED** [1] - 4012:18
**NORMALLY** [1] - 3996:20
**NORMAN** [1] - 3963:2
**NORTH** [9] - 4028:20, 4029:15, 4030:11, 4030:25, 4033:6, 4033:14, 4033:15, 4056:19, 4060:4
**NOT** [116] - 3967:16, 3967:17, 3968:1, 3968:12, 3969:1, 3973:11, 3975:5, 3975:13, 3976:8, 3976:13, 3977:4, 3977:17, 3977:24, 3978:5, 3978:24, 3980:4, 3980:7, 3980:12, 3982:2, 3982:3, 3982:12, 3983:6, 3984:17, 3988:1, 3988:2, 3988:22, 3989:3, 3989:11, 3989:13, 3989:19, 3990:3, 3992:13, 3994:4, 3995:3, 3996:16, 3997:16, 4001:7, 4003:11, 4003:12, 4005:8, 4006:12, 4007:14, 4007:15, 4007:16, 4008:7, 4008:16, 4008:22, 4009:16, 4010:7,

4010:18, 4011:1,
4011:2, 4011:8,
4012:1, 4012:3,
4012:13, 4012:14,
4012:23, 4014:13,
4014:17, 4014:21,
4015:11, 4016:25,
4019:14, 4019:25,
4020:4, 4020:20,
4022:14, 4022:20,
4023:3, 4023:11,
4027:20, 4029:24,
4030:1, 4030:2,
4031:3, 4031:12,
4031:16, 4031:20,
4032:11, 4034:11,
4035:18, 4036:2,
4037:10, 4038:16,
4038:18, 4039:12,
4039:17, 4039:20,
4043:23, 4043:25,
4044:1, 4044:11,
4044:19, 4045:25,
4047:17, 4049:25,
4050:5, 4050:7,
4050:11, 4051:4,
4051:6, 4051:8,
4051:9, 4054:9,
4055:6, 4056:12,
4057:5, 4057:6,
4057:17, 4057:25,
4058:1, 4059:9,
4059:20

**NOTE** [4] - 3993:22,
3995:15, 4008:8,
4028:4

**NOTED** [2] -
4027:11, 4040:11

**NOTHING** [3] -
3993:9, 4014:11,
4050:17

**NOTICED** [1] -
3981:3

**NOTION** [1] - 4030:3

**NOVEMBER** [1] -
3972:17

**NOW** [33] - 3975:10,
3975:18, 3977:19,
3982:19, 3988:2,
3991:9, 3992:12,
3993:17, 3998:22,
4010:7, 4015:20,
4017:8, 4017:9,
4020:8, 4021:9,
4024:2, 4027:18,
4028:12, 4029:9,
4032:14, 4034:13,
4036:13, 4036:15,
4040:3, 4040:4,
4042:6, 4042:11,

4054:3, 4054:12,
4054:16, 4057:23,
4058:19, 4059:19
**NRC** [1] - 3986:21
**NUMBER** [12] -
3979:22, 3988:3,
4002:5, 4006:24,
4012:22, 4013:17,
4017:14, 4018:13,
4026:21, 4033:1,
4039:25

**NUMBERED** [1] -
4061:13

**NUMBERS** [3] -
3999:2, 4014:16,
4035:10

**NUMERIC** [1] -
4043:5

**NUMERICAL** [5] -
3970:13, 3983:25,
4011:12, 4042:19,
4043:2

**NUTSHELL** [1] -
4055:12

**NY** [1] - 3964:24

# O

**O** [5] - 3964:2,
3964:19, 3965:12,
3967:1, 3969:17
**O'BRIEN** [1] -
3964:23
**O'CLOCK** [1] -
4061:1
**O'DONNELL** [5] -
3963:12, 3963:13,
4018:6, 4044:14,
4058:7
**OAK** [1] - 3963:23
**OBJECT** [4] -
3968:3, 4007:17,
4029:10, 4055:21
**OBJECTED** [1] -
4055:22
**OBJECTION** [18] -
3969:2, 3969:5,
3972:23, 3974:18,
3987:14, 3990:2,
4007:21, 4007:22,
4010:15, 4013:4,
4013:9, 4013:11,
4029:7, 4030:6,
4031:11, 4038:6,
4055:24
**OBJECTIONS** [1] -
3969:7
**OBSERVATION** [1] -
4053:3
**OBSERVATIONAL**
[5] - 4017:10, 4017:19,

4023:20, 4028:4,
4035:4

**OBSERVATIONS** [4]
- 4015:6, 4015:12,
4042:21, 4045:17
**OBSERVE** [4] -
4006:6, 4017:20,
4023:22, 4051:22
**OBSERVED** [9] -
4006:7, 4006:9,
4006:10, 4011:13,
4012:3, 4012:8,
4042:21, 4043:3,
4051:21
**OBTAINED** [2] -
3969:25, 4046:2
**OCCUR** [8] - 3968:9,
4003:19, 4008:22,
4026:12, 4026:22,
4044:3, 4050:12,
4059:2
**OCCURRED** [10] -
3968:24, 3972:8,
3975:2, 3978:17,
3989:25, 3990:16,
4011:14, 4022:18,
4025:13, 4026:16
**OCCURRING** [1] -
4032:6
**OCCURS** [4] -
4009:2, 4026:24,
4029:3, 4045:7
**OCTOBER** [2] -
3972:2, 3972:16
**OF** [647] - 3963:1,
3963:5, 3963:7,
3963:16, 3964:18,
3965:4, 3967:11,
3967:17, 3967:18,
3967:21, 3968:2,
3968:4, 3968:7,
3968:9, 3968:11,
3968:19, 3968:21,
3968:22, 3968:23,
3968:25, 3969:21,
3969:24, 3970:4,
3970:8, 3970:9,
3970:17, 3970:19,
3970:20, 3970:21,
3971:6, 3971:8,
3971:9, 3971:11,
3971:13, 3971:16,
3971:17, 3971:18,
3971:20, 3971:21,
3971:22, 3972:1,
3972:2, 3972:3,
3972:6, 3972:9,
3972:10, 3972:11,
3972:13, 3972:14,
3972:16, 3972:17,

3972:24, 3973:9,
3973:21, 3973:22,
3973:23, 3973:25,
3974:1, 3974:4,
3974:5, 3974:6,
3974:10, 3974:14,
3974:19, 3975:1,
3975:5, 3975:6,
3975:7, 3975:8,
3975:13, 3975:16,
3975:17, 3976:3,
3976:11, 3976:12,
3976:13, 3977:2,
3977:6, 3977:7,
3977:12, 3977:22,
3977:24, 3978:2,
3978:6, 3978:11,
3978:13, 3978:14,
3978:21, 3978:22,
3979:10, 3979:12,
3979:18, 3980:14,
3980:16, 3980:18,
3980:21, 3981:8,
3981:17, 3981:21,
3982:4, 3982:9,
3982:12, 3982:16,
3982:24, 3983:1,
3983:2, 3983:5,
3983:9, 3983:11,
3983:18, 3983:22,
3984:2, 3984:6,
3984:8, 3984:9,
3984:15, 3984:17,
3984:24, 3985:3,
3985:4, 3985:7,
3985:13, 3985:16,
3985:17, 3985:18,
3985:19, 3985:22,
3985:23, 3985:25,
3986:6, 3986:12,
3986:13, 3986:14,
3986:15, 3986:16,
3986:19, 3986:20,
3986:22, 3986:23,
3987:2, 3987:9,
3987:10, 3987:17,
3987:18, 3987:19,
3987:24, 3988:6,
3988:8, 3988:15,
3989:10, 3989:15,
3989:17, 3990:4,
3990:6, 3990:14,
3990:15, 3990:20,
3991:14, 3992:5,
3992:7, 3992:8,
3992:10, 3992:13,
3992:15, 3993:6,
3993:19, 3993:23,
3994:11, 3994:16,
3994:17, 3994:18,
3994:20, 3994:21,

3994:24, 3994:25,
3995:4, 3995:5,
3995:9, 3995:11,
3995:16, 3995:17,
3995:20, 3996:6,
3996:17, 3996:19,
3996:24, 3997:1,
3997:4, 3997:7,
3997:9, 3997:11,
3997:13, 3997:15,
3997:17, 3997:20,
3997:25, 3998:2,
3998:3, 3998:9,
3998:11, 3998:14,
3998:15, 3998:22,
3998:24, 3999:1,
3999:2, 3999:5,
3999:7, 3999:8,
3999:9, 3999:10,
3999:11, 3999:13,
3999:17, 3999:22,
3999:24, 4000:10,
4000:11, 4000:23,
4001:2, 4001:12,
4001:15, 4001:18,
4001:19, 4001:20,
4001:21, 4002:5,
4002:12, 4002:13,
4002:18, 4002:21,
4002:24, 4002:25,
4003:4, 4003:6,
4003:12, 4003:20,
4003:21, 4003:22,
4003:24, 4003:25,
4004:1, 4004:2,
4004:5, 4004:10,
4004:14, 4004:15,
4004:19, 4004:21,
4004:22, 4004:23,
4004:24, 4005:5,
4005:13, 4005:22,
4005:24, 4005:25,
4006:1, 4006:3,
4006:4, 4006:5,
4006:8, 4006:12,
4006:13, 4006:14,
4006:15, 4006:17,
4006:21, 4006:24,
4007:3, 4007:4,
4007:9, 4007:11,
4007:13, 4007:18,
4007:19, 4008:6,
4008:14, 4008:15,
4008:16, 4008:17,
4008:18, 4008:23,
4009:1, 4009:9,
4009:10, 4009:14,
4009:17, 4009:22,
4010:1, 4010:10,
4010:13, 4010:18,
4010:19, 4010:23,

4010:25, 4011:1,
4011:4, 4011:25,
4012:4, 4012:5,
4012:6, 4012:9,
4012:10, 4012:11,
4012:17, 4012:19,
4012:21, 4013:6,
4013:15, 4013:17,
4013:21, 4013:22,
4013:24, 4014:4,
4014:9, 4014:11,
4014:12, 4014:15,
4014:16, 4014:18,
4014:22, 4014:24,
4015:4, 4015:6,
4015:7, 4015:9,
4015:10, 4015:11,
4015:13, 4015:14,
4015:16, 4015:17,
4015:22, 4015:23,
4015:24, 4016:16,
4016:21, 4017:18,
4017:24, 4018:3,
4018:10, 4018:16,
4018:17, 4018:19,
4019:1, 4019:4,
4019:6, 4019:10,
4019:14, 4019:16,
4019:20, 4019:21,
4019:22, 4019:24,
4020:2, 4020:12,
4020:15, 4020:22,
4020:24, 4021:3,
4021:7, 4021:8,
4021:14, 4021:17,
4021:18, 4021:20,
4021:21, 4021:25,
4022:1, 4022:2,
4022:5, 4022:15,
4022:19, 4022:20,
4022:21, 4023:9,
4023:13, 4023:14,
4023:23, 4023:25,
4024:22, 4025:7,
4025:12, 4025:16,
4025:21, 4026:4,
4026:8, 4026:13,
4026:15, 4026:18,
4026:19, 4026:22,
4026:25, 4027:2,
4027:7, 4027:10,
4027:13, 4027:15,
4027:17, 4027:19,
4027:23, 4028:20,
4028:21, 4028:22,
4029:14, 4029:15,
4029:16, 4029:17,
4029:19, 4029:22,
4030:11, 4030:13,
4030:17, 4030:19,
4030:25, 4031:14,

4031:19, 4032:2,
4032:8, 4032:9,
4032:15, 4032:17,
4032:18, 4032:23,
4033:3, 4033:6,
4033:10, 4033:11,
4033:12, 4033:14,
4033:15, 4033:16,
4033:24, 4034:4,
4034:5, 4034:12,
4034:19, 4035:6,
4035:11, 4035:16,
4035:20, 4035:23,
4035:25, 4036:3,
4036:4, 4036:6,
4036:10, 4036:11,
4036:12, 4036:19,
4037:7, 4037:23,
4037:24, 4038:23,
4039:3, 4039:6,
4039:9, 4039:15,
4040:3, 4040:5,
4040:8, 4040:10,
4040:14, 4041:1,
4041:10, 4041:13,
4041:16, 4041:20,
4041:21, 4041:22,
4041:23, 4041:24,
4042:6, 4042:24,
4043:7, 4043:9,
4043:15, 4044:3,
4044:11, 4044:21,
4044:23, 4045:5,
4045:9, 4045:10,
4045:15, 4045:17,
4045:24, 4046:2,
4046:4, 4046:7,
4046:11, 4046:13,
4046:16, 4046:17,
4046:18, 4046:23,
4047:16, 4047:18,
4047:24, 4048:1,
4048:3, 4048:6,
4048:9, 4048:15,
4049:6, 4049:9,
4049:13, 4049:17,
4049:20, 4050:9,
4051:1, 4051:3,
4051:6, 4051:7,
4051:10, 4051:14,
4051:17, 4051:18,
4051:22, 4051:23,
4052:1, 4052:24,
4053:3, 4053:4,
4053:5, 4053:17,
4053:19, 4053:22,
4053:24, 4053:25,
4054:6, 4054:12,
4054:13, 4054:14,
4054:17, 4054:20,
4054:25, 4055:6,

4055:7, 4055:10,
4055:11, 4055:14,
4055:15, 4055:17,
4055:19, 4055:23,
4056:1, 4056:8,
4056:14, 4056:19,
4056:25, 4057:3,
4057:8, 4057:19,
4058:14, 4059:3,
4059:5, 4059:7,
4059:8, 4060:4,
4061:10, 4061:11,
4061:12

**OFF** [4] - 4037:12,
4046:11, 4046:23,
4046:25

**OFFER** [2] - 3982:8,
4060:18

**OFFERED** [2] -
4029:11, 4039:18

**OFFERING** [1] -
4050:22

**OFFICE** [12] -
3963:16, 3964:18,
3965:1, 3971:21,
3985:17, 3985:20,
3985:24, 3985:25,
4016:22, 4016:23,
4016:24, 4017:24

**OFFICIAL** [3] -
3965:16, 4061:9,
4061:18

**OH** [5] - 3978:23,
3979:1, 4001:5,
4016:15, 4037:14

**OKAY** [39] - 3970:25,
3976:6, 3977:8,
3977:9, 3978:2,
3983:15, 3990:13,
3991:8, 3991:13,
4001:8, 4015:20,
4024:5, 4024:16,
4025:6, 4026:10,
4027:3, 4028:25,
4031:6, 4031:7,
4031:25, 4034:8,
4037:14, 4038:13,
4040:7, 4041:3,
4041:4, 4042:11,
4049:5, 4052:2,
4056:13, 4056:18,
4056:21, 4057:7,
4058:14, 4058:15,
4059:11, 4060:19,
4061:1

**OKLAHOMA** [1] -
3969:25

**OMNIPOTENT** [2] -
3983:11, 3983:12

**ON** [147] - 3967:18,

3968:3, 3969:8,
3972:7, 3972:12,
3972:17, 3973:12,
3976:3, 3977:7,
3977:13, 3978:6,
3978:13, 3979:15,
3980:3, 3980:4,
3980:5, 3980:8,
3980:13, 3981:5,
3981:7, 3981:14,
3981:17, 3982:17,
3983:24, 3984:2,
3984:19, 3985:10,
3985:19, 3985:24,
3986:3, 3986:4,
3986:6, 3986:11,
3987:1, 3987:6,
3987:11, 3987:19,
3987:20, 3988:6,
3988:15, 3988:25,
3989:7, 3989:12,
3989:19, 3990:3,
3990:5, 3991:10,
3991:18, 3992:6,
3992:7, 3994:5,
3994:14, 3995:5,
3995:6, 3995:14,
3997:2, 3997:4,
3997:23, 3998:9,
3999:2, 4000:14,
4000:24, 4001:4,
4003:2, 4003:5,
4004:5, 4004:9,
4004:18, 4005:10,
4005:11, 4005:24,
4006:3, 4006:14,
4006:16, 4008:19,
4008:24, 4009:14,
4011:4, 4011:5,
4012:13, 4014:24,
4015:16, 4016:5,
4018:9, 4020:13,
4020:19, 4021:3,
4022:5, 4024:3,
4025:10, 4025:22,
4025:23, 4025:25,
4028:5, 4028:6,
4028:7, 4028:20,
4028:21, 4029:3,
4030:4, 4030:15,
4031:9, 4031:10,
4032:18, 4032:20,
4032:25, 4033:8,
4034:3, 4035:10,
4035:25, 4036:6,
4037:5, 4037:22,
4037:23, 4038:4,
4038:14, 4038:23,
4039:2, 4039:9,
4039:13, 4039:17,
4039:18, 4040:11,

4040:14, 4041:23,
4042:5, 4042:20,
4043:16, 4044:6,
4045:14, 4045:16,
4045:19, 4047:6,
4049:22, 4051:5,
4051:19, 4051:20,
4052:1, 4052:17,
4054:16, 4055:5,
4055:16, 4056:10,
4057:23, 4060:7,
4060:14

**ONCE** [3] - 3982:18,
3989:8, 4035:4

**ONE** [60] - 3971:24,
3972:8, 3972:17,
3972:24, 3976:23,
3977:6, 3979:22,
3980:3, 3984:18,
3985:4, 3988:3,
3990:7, 3991:10,
3991:18, 3992:13,
3993:13, 3994:15,
3995:13, 3998:1,
3998:24, 4000:4,
4001:5, 4002:5,
4002:16, 4003:22,
4004:8, 4007:10,
4008:7, 4009:23,
4014:10, 4018:6,
4020:19, 4022:25,
4025:7, 4028:6,
4028:12, 4031:6,
4032:10, 4035:22,
4036:21, 4038:12,
4038:22, 4039:14,
4040:10, 4040:21,
4040:22, 4043:4,
4044:5, 4044:7,
4045:20, 4046:10,
4046:19, 4046:22,
4050:18, 4051:22,
4052:4, 4054:21,
4055:2, 4061:1

**ONES** [7] - 4005:14,
4011:6, 4030:12,
4043:7, 4043:8,
4043:12, 4051:7

**ONLY** [18] - 3985:2,
3991:2, 3996:7,
3996:20, 3996:21,
4002:19, 4002:25,
4005:6, 4005:14,
4005:21, 4006:6,
4011:24, 4018:6,
4023:19, 4035:18,
4045:4, 4055:13

**ONTO** [1] - 4016:24
**OPEN** [3] - 3993:15,
4019:16, 4024:10

DAILY COPY

**OPINES** [3] - 3978:25, 3982:15, 3988:15

**OPINING** [1] - 3975:23

**OPINION** [32] - 3973:21, 3974:3, 3974:4, 3974:5, 3977:2, 3977:10, 3978:25, 3979:2, 3980:22, 3980:25, 3987:15, 3987:16, 3987:23, 3988:2, 3988:3, 3988:4, 3988:8, 3988:10, 3988:25, 3989:21, 3989:22, 3990:3, 4000:22, 4015:17, 4029:11, 4041:12, 4041:15, 4041:16, 4043:23, 4045:11, 4049:25, 4058:16

**OPINIONS** [14] - 3967:23, 3973:6, 3977:2, 3977:12, 3978:21, 3979:14, 3979:16, 3980:22, 3980:24, 3981:22, 3982:5, 3982:7, 3989:7, 4039:17

**OR** [96] - 3968:5, 3968:12, 3968:23, 3972:5, 3972:15, 3973:11, 3975:25, 3976:5, 3976:8, 3977:3, 3978:5, 3979:5, 3982:15, 3982:16, 3984:24, 3985:4, 3985:24, 3988:7, 3988:21, 3989:4, 3989:16, 3989:21, 3990:19, 3991:3, 3994:1, 3995:11, 3995:14, 3996:9, 3996:15, 3997:10, 3997:19, 3998:7, 3998:13, 3999:12, 3999:13, 3999:22, 4003:9, 4005:20, 4007:5, 4007:14, 4008:3, 4009:11, 4009:15, 4010:7, 4011:24, 4012:7, 4013:17, 4013:20, 4013:21, 4014:12, 4015:9, 4017:6, 4019:22, 4021:25, 4022:19, 4024:19, 4024:21, 4025:23, 4027:1,

4028:12, 4028:13, 4028:20, 4031:3, 4033:22, 4034:11, 4035:24, 4036:14, 4037:22, 4039:3, 4039:5, 4039:16, 4040:8, 4040:23, 4041:5, 4041:17, 4042:1, 4044:5, 4044:8, 4045:10, 4047:1, 4048:1, 4048:4, 4048:15, 4049:5, 4049:6, 4051:12, 4052:18, 4053:7, 4053:8, 4054:14, 4054:23, 4057:2

**ORDER** [5] - 3983:23, 4017:17, 4035:11, 4038:23, 4039:9

**ORESKES** [4] - 4050:20, 4051:11, 4051:24, 4053:4

**ORESKES'** [1] - 4052:19

**ORGANIC** [3] - 3999:7, 3999:12, 4019:17

**ORIGINAL** [3] - 4009:10, 4027:16, 4047:13

**ORIGINALLY** [1] - 3985:15

**ORLEANS** [13] - 3963:4, 3963:17, 3963:21, 3964:6, 3965:3, 3965:17, 3972:11, 3983:20, 3985:15, 3987:6, 4005:13, 4006:2, 4016:22

**OSMOSIS** [1] - 3996:18

**OTHER** [26] - 3969:7, 3971:11, 3971:18, 3971:24, 3975:15, 3976:3, 3985:10, 3987:3, 3987:24, 3987:25, 3999:12, 4000:4, 4005:20, 4006:16, 4007:10, 4010:1, 4013:10, 4028:11, 4031:16, 4033:22, 4039:14, 4043:8, 4047:1, 4050:23, 4050:24, 4058:11

**OTHERWISE** [1] - 4007:5

**OUR** [2] - 4042:7, 4052:21

**OUT** [44] - 3971:25, 3974:9, 3975:4, 3976:20, 3978:2, 3978:3, 3979:18, 3983:10, 3983:13, 3989:25, 3991:11, 3991:12, 3993:1, 3993:23, 3997:24, 3998:11, 4002:14, 4002:22, 4002:24, 4003:7, 4003:10, 4003:18, 4005:25, 4007:13, 4010:18, 4016:18, 4017:15, 4018:1, 4019:6, 4019:15, 4021:4, 4021:7, 4022:12, 4023:24, 4028:13, 4035:10, 4035:24, 4036:1, 4037:7, 4039:7, 4039:20, 4040:7, 4042:11, 4052:23

**OUTLINE** [1] - 4001:7

**OUTSIDE** [1] - 4055:23

**OVER** [30] - 3972:11, 3977:15, 3980:16, 3984:11, 3986:17, 3987:21, 3994:17, 3999:17, 4003:19, 4005:15, 4012:18, 4012:19, 4013:1, 4013:2, 4013:16, 4020:21, 4024:16, 4027:12, 4027:13, 4035:14, 4035:20, 4035:24, 4036:6, 4038:25, 4049:17, 4052:5, 4053:16, 4053:19, 4057:19, 4059:8

**OVERALL** [1] - 4019:19

**OVERBURDEN** [2] - 4027:22, 4027:23

**OVERLYING** [2] - 4012:21, 4030:18

**OVERRULE** [3] - 4007:21, 4007:22, 4055:24

**OVERRULED** [1] - 3969:6

**OVERSAW** [2] - 3985:18, 3986:19

**OWN** [10] - 3967:22, 3967:25, 3973:8,

3982:12, 4030:3, 4047:25, 4049:5, 4051:5, 4055:14, 4058:16

## P

**P** [8] - 3964:1, 3964:2, 3964:19, 3965:12, 3967:1, 4012:19, 4013:2, 4013:16

**P.O** [1] - 3964:9

**PAGE** [60] - 3968:8, 3975:18, 3975:21, 3977:7, 3982:11, 3986:6, 3987:9, 3990:9, 3993:23, 3995:6, 3995:7, 3995:20, 3996:24, 3996:25, 3997:5, 3997:6, 3997:7, 4000:10, 4000:23, 4000:24, 4001:2, 4001:3, 4001:4, 4001:5, 4001:7, 4001:9, 4001:10, 4007:7, 4007:24, 4009:23, 4012:10, 4012:24, 4014:22, 4014:24, 4016:11, 4018:9, 4019:5, 4020:20, 4021:22, 4024:14, 4024:17, 4024:19, 4025:23, 4025:25, 4027:5, 4027:11, 4032:1, 4032:2, 4036:20, 4036:24, 4048:15, 4048:24, 4049:1, 4049:20, 4051:5, 4053:22, 4053:23, 4056:14

**PAGE/LINE** [1] - 3966:3

**PAGES** [4] - 3977:6, 3980:16, 3980:18, 4031:14

**PALMINTIER** [4] - 3964:14, 3964:15, 3964:15, 4052:9

**PAN** [1] - 4020:11

**PANEL** [1] - 3986:21

**PAPER** [4] - 3987:17, 4011:7, 4011:8, 4050:19

**PAPERS** [1] - 3985:10

**PARAGRAPH** [21] - 3992:7, 3997:7, 4007:7, 4007:9,

4008:5, 4014:23, 4014:24, 4015:2, 4016:14, 4016:16, 4018:9, 4018:10, 4019:9, 4019:10, 4025:22, 4025:25, 4027:5, 4027:6, 4049:2, 4049:24, 4053:24

**PARAMETER** [1] - 4014:11

**PARAMETERS** [3] - 4045:21, 4045:25, 4048:2

**PARAPHRASING** [1] - 4054:11

**PARISH** [1] - 4034:23

**PART** [17] - 3975:5, 3975:6, 3982:24, 3989:15, 3990:5, 3992:8, 3996:24, 3999:24, 4003:20, 4008:18, 4010:1, 4017:8, 4017:9, 4018:25, 4019:16, 4033:7, 4044:21

**PARTIALLY** [2] - 4017:15, 4050:23

**PARTICLES** [1] - 4046:11

**PARTICULAR** [6] - 4013:24, 4025:13, 4025:18, 4026:6, 4036:12, 4059:1

**PARTICULARLY** [3] - 4038:18, 4043:12, 4047:6

**PARTIES** [1] - 4001:1

**PASS** [1] - 4044:10

**PASSIVE** [4] - 4002:9, 4002:14, 4003:18, 4020:25

**PAST** [1] - 4014:2

**PATIENCE** [2] - 3981:18, 3983:15

**PAUL** [2] - 3965:6, 3965:8

**PEAT** [2] - 3999:7, 4019:17

**PEATS** [2] - 3999:12, 4030:18

**PEERS** [1] - 4046:8

**PENUMBRA** [1] - 3977:3

**PEOPLE** [3] - 3972:15, 3987:5, 4051:17

**PER** [9] - 4001:22,

4001:24, 4002:1,
4035:13, 4035:15,
4057:3, 4057:12,
4059:17, 4059:18
  **PERCENT** [23] -
3995:17, 4002:19,
4003:1, 4003:13,
4004:25, 4013:20,
4025:12, 4025:15,
4026:14, 4026:15,
4026:22, 4026:25,
4027:21, 4027:24,
4048:10, 4048:18,
4048:20, 4048:22,
4049:9, 4049:15,
4059:13, 4059:16
  **PERCENTILE** [6] -
4048:14, 4048:15,
4048:18, 4049:3,
4049:9, 4049:10
  **PERFORM** [3] -
3983:23, 4002:3,
4019:2
  **PERFORMANCE** [3]
- 3970:4, 4003:25,
4053:11
  **PERFORMED** [10] -
3971:15, 3973:11,
3974:20, 3986:10,
4001:14, 4005:15,
4005:17, 4005:18,
4015:10, 4036:4
  **PERHAPS** [1] -
4033:24
  **PERIOD** [9] -
3972:11, 3974:10,
3977:15, 3994:17,
4027:13, 4059:8,
4059:10, 4059:12
  **PERMISSION** [1] -
3972:25
  **PERMIT** [1] - 4017:1
  **PERSONALLY** [1] -
3968:7
  **PERSONNEL** [1] -
3989:24
  **PERSPECTIVE** [2] -
4037:25, 4039:13
  **PETER** [1] - 3965:10
  **PH.D** [3] - 3970:5,
4011:9, 4012:3
  **PHASE** [3] - 3977:14,
4000:13, 4009:5
  **PHENOMENON** [1] -
3976:2
  **PHILEN** [1] - 3965:2
  **PHOTO** [1] - 4032:11
  **PHOTOGRAPH** [1] -
4054:23
  **PHYSICAL** [1] -

4042:20
  **PICK** [1] - 3980:5
  **PICKING** [2] -
3980:4, 3980:7
  **PIECE** [1] - 4055:11
  **PIERCE** [1] -
3963:13
  **PILE** [1] - 4052:1
  **PINK** [1] - 4014:2
  **PIPELINE** [3] -
4020:19, 4020:21,
4021:24
  **PIT** [1] - 4040:11
  **PITS** [3] - 4015:13,
4016:1, 4040:9
  **PLACE** [13] -
3978:12, 3981:25,
3994:13, 3994:14,
3994:15, 4014:3,
4023:23, 4025:19,
4026:5, 4044:8,
4044:9, 4054:14,
4058:1
  **PLACED** [5] -
3976:3, 3999:19,
4000:1, 4000:4,
4027:13
  **PLACEMENT** [3] -
3994:20, 3999:22,
4027:7
  **PLACES** [1] -
4051:17
  **PLACING** [2] -
3988:15, 3999:25
  **PLAINTIFF** [5] -
3963:12, 3975:22,
3981:22, 3989:7,
4037:20
  **PLAINTIFFS** [1] -
4043:21
  **PLAINTIFFS'** [2] -
3989:15, 4028:17
  **PLAN** [14] - 3973:24,
3993:5, 3997:2,
3997:4, 3997:8,
3997:9, 3999:3,
4000:10, 4000:12,
4016:10, 4020:9,
4020:15, 4032:15,
4034:22
  **PLANE** [1] - 4014:5
  **PLANNING** [2] -
3971:10, 4017:10
  **PLANS** [1] - 4018:19
  **PLATE** [34] - 3999:4,
4020:10, 4021:23,
4021:24, 4024:14,
4026:9, 4032:15,
4029:4, 4032:15,
4032:23, 4032:24,

4032:25, 4033:1,
4033:3, 4033:18,
4034:8, 4034:9,
4034:17, 4035:3,
4037:4, 4037:21,
4037:23, 4038:10,
4039:24, 4040:4,
4040:5, 4040:9,
4060:7, 4060:13,
4060:18, 4060:23
  **PLATES** [2] - 4020:9,
4020:11
  **PLC** [1] - 3964:14
  **PLEASE** [19] -
3967:5, 3969:10,
3969:14, 3970:24,
3971:3, 3995:7,
3995:8, 3995:25,
3999:16, 4003:14,
4016:20, 4018:9,
4022:7, 4024:11,
4049:24, 4054:1,
4054:23, 4060:8,
4060:13
  **PLENTY** [1] -
4031:19
  **PLUS** [5] - 3969:2,
3997:14, 4027:12,
4038:15, 4060:10
  **POINT** [23] -
3976:20, 3980:3,
3981:10, 3982:21,
3989:9, 3993:1,
3993:23, 3994:4,
3996:19, 4002:9,
4003:5, 4008:18,
4010:18, 4014:1,
4016:5, 4016:18,
4025:13, 4025:18,
4030:20, 4030:23,
4038:20, 4039:7,
4059:2
  **POINTED** [3] -
4019:15, 4040:7,
4056:20
  **POINTER** [1] -
4055:1
  **POINTING** [1] -
4039:20
  **POINTS** [3] - 4035:5,
4045:21, 4058:11
  **POLE** [1] - 4044:6
  **PONTCHARTRAIN**
[2] - 3973:24, 4020:14
  **PORTION** [1] -
4022:19
  **POSITION** [3] -
3967:25, 3973:8,
4010:9
  **POSSIBLE** [5] -

3996:22, 4002:15,
4035:3, 4048:15,
4050:2
  **POTENTIAL** [3] -
3987:10, 3992:5,
3995:4
  **POUNDS** [6] -
4001:22, 4001:24,
4002:1, 4003:21,
4035:13, 4035:15
  **POYDRAS** [2] -
3964:5, 3965:17
  **PRACTICAL** [2] -
3995:3, 4033:14
  **PRACTICE** [7] -
3970:9, 3974:1,
3974:5, 3977:16,
3987:22, 4043:17,
4044:24
  **PRACTICES** [1] -
3968:19
  **PRECAUTIONS** [1] -
4015:9
  **PRECEDED** [1] -
3974:14
  **PRECLUDE** [1] -
4019:21
  **PREDICT** [2] -
4044:2, 4044:9
  **PREDICTABLE** [1] -
4009:3
  **PREDICTED** [1] -
4043:7
  **PREDICTIONS** [1] -
4043:13
  **PREDOMINANT** [2] -
4033:5, 4045:15
  **PREFER** [1] -
4023:20
  **PREKATRINA** [2] -
4055:16, 4056:23
  **PREPARATION** [1] -
3981:8
  **PREPARED** [1] -
4016:22
  **PRESENT** [1] -
3965:1
  **PRESENTED** [3] -
3972:16, 4005:23,
4051:7
  **PRESIDENT** [2] -
3986:13
  **PRESSING** [1] -
3990:22
  **PRESSURES** [1] -
3978:12
  **PRESUME** [1] -
4035:22
  **PRESUMED** [1] -
4019:20

  **PREVENT** [2] -
3993:9, 4004:2
  **PREVENTED** [1] -
4041:22
  **PREVIOUS** [5] -
4013:3, 4026:7,
4028:2, 4040:9,
4060:21
  **PREVIOUSLY** [3] -
3995:2, 4020:2,
4057:8
  **PRIMARILY** [1] -
4046:19
  **PRIMARY** [1] -
4051:3
  **PRIME** [2] - 4012:18,
4013:2
  **PRIOR** [4] - 3987:18,
4010:7, 4018:24,
4040:24
  **PRIVATE** [1] -
4042:4
  **PROBABILISTIC** [3]
- 3970:8, 3970:10,
3971:17
  **PROBABILISTICS**
[1] - 3972:21
  **PROBABLY** [2] -
4042:9, 4050:20
  **PROBLEM** [11] -
3978:18, 3978:19,
3980:5, 3981:4,
3983:2, 3992:8,
3998:1, 4008:19,
4028:14, 4053:8,
4053:10
  **PROBLEM-
SOLVING** [2] - 4053:8,
4053:10
  **PROBLEMS** [3] -
3977:22, 3984:2,
3985:11
  **PROCEDURE** [2] -
4005:12, 4017:22
  **PROCEEDINGS** [4] -
3963:7, 3965:20,
3994:1, 4061:12
  **PROCESS** [2] -
3999:16, 4000:9
  **PRODUCED** [2] -
3965:20, 4055:17
  **PROFESSOR** [5] -
3969:21, 3970:1,
3970:2, 3970:7,
3986:11
  **PROFFER** [22] -
3966:11, 3966:12,
3968:6, 3982:22,
3982:24, 3984:15,
3984:18, 3990:3,

3990:6, 3991:6, 3991:9, 3992:2, 3993:7, 3993:17, 3993:23, 4007:14, 4007:15, 4007:16, 4013:6, 4031:3, 4031:5
**PROFILE** [2] - 3998:24, 3999:8
**PROFILES** [1] - 4020:10
**PROGRAMS** [3] - 3967:24, 3973:7, 4004:8
**PROGRESS** [2] - 3993:20, 3994:8
**PROJECT** [3] - 4010:20, 4019:20, 4047:10
**PROJECTS** [2] - 3971:15, 3986:18
**PRONE** [1] - 4033:13
**PROOF** [4] - 4051:4, 4051:6, 4051:9, 4053:3
**PROPERLY** [1] - 4048:1
**PROPERTIES** [1] - 3970:19
**PROPORTION** [2] - 3994:20, 4059:3
**PROPOSED** [1] - 4035:7
**PROPOSITION** [1] - 3994:15
**PROTECTED** [1] - 4015:14
**PROTECTION** [9] - 3973:24, 3986:24, 3997:12, 3997:14, 3997:16, 4008:1, 4019:18, 4019:19, 4019:22
**PROTECTION)** [1] - 4018:17
**PROTECTIVE** [1] - 4056:25
**PROTOCOL** [1] - 3978:19
**PROTOTYPE** [3] - 3984:1, 4003:12, 4003:25
**PROVE** [4] - 4050:1, 4050:9, 4051:8, 4051:25
**PROVIDE** [2] - 3993:6, 3999:22
**PROVIDED** [6] - 3986:15, 3986:20, 3987:2, 3999:21,

4002:23, 4019:18
**PROVIDES** [3] - 3971:22, 3987:17, 3998:3
**PROVIDING** [3] - 3997:11, 3997:14, 4009:9
**PROVOST** [1] - 3986:12
**PROXIMITY** [2] - 3989:3
**PUBLICATION** [2] - 3971:25, 3985:23
**PUBLISHED** [3] - 3970:22, 3971:25, 3984:23
**PULLED** [1] - 4019:6
**PUNCTUATE** [1] - 3995:25
**PURDUE** [1] - 3970:6
**PURPORTS** [1] - 4044:2
**PURPOSE** [3] - 3998:22, 4003:24, 4032:17
**PURPOSES** [2] - 3998:24, 4033:14
**PURSUANT** [1] - 3973:23
**PUSH** [3] - 3998:2, 3998:12, 4004:18
**PUSHED** [1] - 4047:12
**PUSHING** [2] - 4023:14
**PUT** [13] - 3974:9, 3983:8, 3988:21, 3989:7, 4000:14, 4008:19, 4028:14, 4032:2, 4037:5, 4047:14, 4048:4, 4060:14, 4060:16
**PUTTING** [1] - 3990:4
**PX** [6] - 4028:9, 4028:16, 4036:20, 4036:23, 4054:23

## Q

**QUALIFIED** [1] - 3989:6
**QUANTITATIVE** [1] - 3985:7
**QUEST** [2] - 3981:5
**QUESTION** [20] - 3973:14, 3984:19, 3988:11, 3991:10, 3991:18, 3993:24, 3995:22, 3996:17, 4008:2, 4024:5,

4026:12, 4030:4, 4031:15, 4039:16, 4045:5, 4046:7, 4046:22, 4047:4, 4050:18, 4050:20
**QUESTIONS** [3] - 3970:23, 3982:7, 4050:25
**QUESTIONS-THEREBY** [1] - 4050:25
**QUICKLY** [1] - 4057:10
**QUITE** [6] - 4014:7, 4014:10, 4038:16, 4039:2, 4040:14, 4056:10
**QUOTE** [3] - 4050:19, 4050:21, 4056:17

## R

**R** [5] - 3963:8, 3964:23, 3965:11, 3967:1, 4052:20
**RAISE** [12] - 3969:10, 3996:2, 3996:8, 3997:19, 3998:10, 3998:12, 3998:18, 3999:25, 4000:7, 4035:7, 4059:3
**RAISED** [11] - 3969:4, 3977:22, 3994:24, 3996:3, 4013:23, 4022:25, 4056:7, 4056:16, 4058:20, 4058:23
**RAISES** [1] - 4018:25
**RAISING** [2] - 3987:21, 3994:11
**RAN** [3] - 3967:24, 3973:7, 4043:5
**RANGE** [1] - 4009:4
**RAPIDLY** [4] - 3974:23, 3985:8, 4046:14
**RATE** [4] - 3994:20, 4026:11, 4026:13, 4030:12
**RATES** [4] - 4024:21, 4026:24, 4029:20, 4059:16
**RATHER** [6] - 3997:5, 3997:8, 3997:14, 4017:10, 4035:8, 4050:1
**RATIO** [1] - 4013:16
**RE** [2] - 4030:7, 4035:5

**RE-ASSESSED** [1] - 4035:5
**RE-URGE** [1] - 4030:7
**REACH** [16] - 3999:5, 3999:11, 4014:18, 4015:14, 4017:5, 4017:6, 4020:23, 4021:18, 4021:19, 4022:18, 4022:19, 4032:23, 4033:19, 4036:12, 4041:13, 4056:7
**REACHED** [1] - 4043:14
**REACHES** [4] - 3995:12, 4017:4, 4034:4, 4034:5
**READ** [19] - 3974:13, 3975:9, 3975:18, 3977:8, 3988:3, 3989:8, 3990:13, 3992:13, 4003:8, 4008:8, 4014:25, 4033:8, 4040:19, 4042:8, 4047:21, 4049:21, 4053:7, 4056:11
**READING** [3] - 3995:8, 4015:2, 4035:13
**READS** [1] - 4053:25
**READY** [3] - 4024:12, 4025:14, 4028:2
**REAL** [7] - 3983:6, 3984:1, 3996:23, 4003:25, 4043:9, 4049:19, 4052:23
**REALITY** [1] - 4022:18
**REALLY** [8] - 3980:6, 3982:18, 3986:2, 3995:21, 4012:14, 4014:7, 4043:3, 4051:25
**REALTY** [1] - 4023:2
**REASON** [3] - 3983:1, 3993:13, 4055:21
**REASONABLE** [2] - 3973:21, 4045:18
**REASONS** [1] - 3980:11
**REBUTTAL** [1] - 3989:7
**RECALL** [8] - 3980:15, 3984:18, 3984:20, 4031:6, 4034:4, 4039:2,

4049:20, 4056:1
**RECEIVED** [3] - 3969:23, 3970:1, 3970:6
**RECENT** [3] - 3996:8, 4015:13, 4024:3
**RECENTLY** [1] - 3986:16
**RECESS** [4] - 4024:6, 4024:9, 4060:22, 4061:3
**RECITE** [1] - 4056:14
**RECITED** [1] - 4056:12
**RECOGNIZE** [1] - 4009:24
**RECOMMENDATION** [1] - 4008:5
**RECOMMENDED** [2] - 4017:5, 4018:20
**RECONSTRUCTED** [1] - 4047:16
**RECORD** [10] - 3967:10, 3969:15, 3981:18, 3983:4, 3991:15, 3998:6, 4015:1, 4017:13, 4044:7, 4061:12
**RECORDED** [1] - 3965:20
**RECOVER** [1] - 4047:12
**RED** [4] - 4029:1, 4032:10, 4054:25, 4058:11
**REDUCE** [1] - 4009:11
**REDUCED** [1] - 4008:14
**REDUCING** [1] - 4007:25
**REDUCTION** [3] - 4012:16, 4012:23, 4013:18
**REFER** [2] - 3977:6, 4055:10
**REFERENCE** [1] - 4015:24
**REFERENCED** [1] - 3990:3
**REFERRED** [6] - 3972:8, 3986:7, 3997:21, 4030:17, 4035:8, 4054:24
**REFERRING** [1] - 4050:2
**REFERS** [4] - 4011:21, 4048:17, 4049:8, 4053:4

**REFLECTED** [1] - 4041:18

**REFLECTS** [1] - 4010:25

**REGARDING** [8] - 3967:12, 3971:7, 3971:16, 3985:11, 4005:21, 4006:1, 4012:2, 4030:23

**REGIME** [1] - 4046:21

**REGION** [2] - 4011:15, 4032:24

**RELATE** [1] - 4048:16

**RELATED** [4] - 3988:12, 3989:22, 4042:20, 4047:20

**RELATES** [1] - 3988:16

**RELATING** [3] - 3987:23, 3988:17, 4053:9

**RELEVANT** [3] - 3986:9, 4001:18, 4011:2

**RELIABILITY** [2] - 3970:10, 3970:18

**RELIABILITY-BASED** [1] - 3970:18

**RELIED** [3] - 3994:1, 4043:16, 4047:5

**RELIEF** [1] - 4038:20

**RELY** [1] - 4051:20

**RELYING** [1] - 3989:19

**REMAIN** [1] - 4014:3

**REMAINING** [1] - 4004:16

**REMEMBER** [5] - 4031:1, 4031:2, 4031:3, 4048:11, 4052:21

**REMOVED** [2] - 4041:1, 4041:2

**REPAIRED** [1] - 4054:7

**REPEAT** [2] - 3967:21

**REPEATED** [1] - 3996:3

**REPEATING** [1] - 4051:24

**REPLETE** [1] - 4051:17

**REPORT** [80] - 3968:8, 3968:25, 3969:5, 3970:3, 3971:25, 3972:15, 3972:18, 3975:8,

3975:18, 3976:9, 3976:21, 3976:25, 3977:3, 3977:7, 3978:21, 3978:24, 3979:9, 3979:24, 3983:3, 3983:8, 3983:16, 3985:16, 3986:16, 3987:15, 3988:2, 3988:7, 3988:14, 3989:4, 3989:20, 3989:21, 3989:24, 3990:4, 3990:6, 3990:11, 3993:16, 3994:1, 4007:18, 4009:22, 4010:7, 4010:11, 4010:24, 4011:13, 4012:10, 4012:24, 4013:5, 4013:8, 4014:6, 4015:21, 4018:24, 4019:6, 4020:6, 4030:5, 4031:12, 4031:17, 4031:25, 4032:6, 4032:9, 4040:7, 4040:20, 4042:9, 4042:12, 4045:24, 4047:21, 4048:11, 4049:20, 4049:21, 4049:22, 4050:19, 4051:14, 4053:22, 4054:9, 4054:11, 4054:24, 4054:25, 4055:13, 4056:12, 4056:14, 4056:17

**REPORTED** [3] - 3984:5, 3987:1, 4012:15

**REPORTER** [3] - 3965:16, 4061:9, 4061:18

**REPORTER'S** [1] - 4061:7

**REPORTING** [1] - 4049:21

**REPORTS** [7] - 3974:13, 3977:20, 3978:4, 3980:16, 3992:13, 4015:24, 4055:7

**REPRESENT** [1] - 4020:22

**REPRESENTATION** [2] - 4055:19, 4057:11

**REPRESENTATIONS** [1] - 4051:3

**REPRESENTATIVE** [1] - 4047:18

**REPRESENTATIVES** [1] - 3972:12

**REPRESENTED** [1] - 4005:14

**REPRESENTS** [2] - 4011:17, 4048:6

**REQUEST** [1] - 3986:22

**REQUIRE** [1] - 3997:1

**REQUIRED** [2] - 4006:3, 4050:6

**REQUIRES** [1] - 4050:7

**RESEARCH** [10] - 3970:9, 3971:15, 3971:19, 3983:23, 3985:14, 3986:1, 3986:3, 3986:15, 4046:6, 4046:8

**RESEARCHER** [1] - 3985:21

**RESEARCHERS** [1] - 3987:5

**RESERVE** [2] - 4003:1, 4003:13

**RESHAPING** [7] - 3987:21, 3997:21, 3998:6, 3998:11, 3998:15, 4006:15, 4033:22

**RESIST** [1] - 4004:12

**RESISTANCE** [2] - 3998:4, 4003:21

**RESISTANT** [1] - 4045:19

**RESISTING** [4] - 4004:24, 4005:1, 4005:11, 4021:16

**RESOLUTION** [1] - 4033:8

**RESOLVED** [1] - 3981:25

**RESPECT** [1] - 3995:3

**RESPECTIVELY** [2] - 4049:4, 4049:11

**RESPOND** [2] - 3968:15, 3979:22

**RESPONSE** [2] - 3993:24, 4019:1

**REST** [1] - 4014:24

**RESTATE** [1] - 4008:2

**RESTATING** [1] - 4051:11

**RESULT** [4] - 3977:17, 4003:6, 4008:14, 4046:2

**RESULTED** [2] - 4015:8, 4043:7

**RESULTING** [1] -

4017:5

**RESULTS** [2] - 4006:5, 4043:3

**RESUME** [1] - 4061:1

**RETAINING** [4] - 3970:12, 4000:2, 4000:4

**RETURN** [2] - 4032:6, 4058:10

**REVENUE** [2] - 3996:12

**REVIEW** [7] - 3974:10, 3986:16, 3986:20, 3986:21, 3986:22, 3987:2, 4015:24

**REVIEWED** [6] - 3974:6, 3974:8, 3979:10, 3979:14, 3987:3, 4011:9

**REVIEWING** [1] - 4018:5

**RICHARD** [1] - 3965:11

**RIGHT** [62] - 3968:14, 3969:10, 3973:2, 3976:19, 3978:10, 3981:2, 3983:13, 3987:12, 3988:17, 3989:16, 3991:17, 3993:3, 3993:8, 3993:16, 3994:4, 3995:8, 4002:7, 4002:10, 4003:2, 4004:14, 4004:17, 4004:19, 4004:22, 4005:23, 4007:1, 4007:19, 4013:10, 4013:14, 4014:1, 4016:6, 4016:15, 4020:6, 4020:12, 4021:2, 4021:9, 4022:16, 4025:9, 4025:25, 4026:10, 4026:21, 4028:12, 4028:15, 4028:21, 4033:10, 4034:6, 4036:10, 4036:22, 4037:9, 4038:5, 4039:8, 4040:11, 4040:14, 4040:19, 4042:8, 4051:13, 4054:3, 4056:25, 4058:24, 4059:7, 4059:8, 4059:19, 4059:21

**RIGHTS** [2] - 4019:20, 4019:22

**RIVER** [1] - 3970:5

**RIVERS** [1] - 4046:8

**ROBERT** [1] - 3965:1

**ROBIN** [1] - 3965:10

**ROBINSON** [1] - 3963:2

**ROLLA** [1] - 3969:24

**ROOM** [1] - 3965:17

**ROTATION** [1] - 4014:4

**ROUGE** [2] - 3964:10, 3964:16

**ROWS** [1] - 4021:14

**ROY** [2] - 3964:1, 3964:1

**RPR** [2] - 3965:16, 4061:17

**RULED** [1] - 3969:7

**RULES** [1] - 3989:6

**RULING** [1] - 3982:21

**RUN** [2] - 3991:5, 4011:11

**RUNS** [1] - 3983:6

**RUPERT** [1] - 3965:9

**S**

**S** [6] - 3965:4, 3965:7, 3967:1, 4035:18, 4044:21, 4052:20

**S.W** [1] - 3964:12

**SAFE** [3] - 4023:13, 4036:15, 4051:22

**SAFER** [1] - 4003:15

**SAFETY** [51] - 3990:14, 4002:17, 4002:18, 4002:25, 4003:10, 4003:13, 4004:2, 4004:25, 4005:24, 4006:1, 4006:4, 4006:6, 4006:8, 4007:3, 4008:3, 4008:16, 4008:23, 4009:9, 4009:10, 4009:18, 4010:10, 4010:13, 4010:25, 4011:1, 4012:4, 4012:5, 4012:6, 4012:9, 4013:21, 4013:22, 4013:24, 4014:15, 4014:18, 4016:1, 4021:17, 4021:18, 4022:5, 4023:10, 4023:11, 4036:11, 4036:13, 4041:5, 4041:10, 4041:22, 4041:23, 4043:7, 4051:22, 4051:23, 4053:19, 4054:14,

4054:20

**SAID** [12] - 3977:3, 3980:21, 3981:1, 3982:13, 3989:8, 3993:24, 4031:16, 4036:8, 4037:2, 4053:18, 4059:22, 4060:4

**SAKE** [1] - 4059:5

**SAME** [31] - 3979:6, 3979:7, 3981:4, 3982:24, 3983:2, 3987:3, 4003:5, 4008:9, 4012:10, 4012:24, 4013:2, 4020:11, 4026:9, 4027:5, 4028:8, 4028:9, 4029:20, 4032:3, 4033:19, 4035:9, 4035:14, 4037:6, 4037:21, 4039:15, 4042:23, 4044:8, 4049:20, 4050:12, 4055:21, 4059:10

**SAMPLE** [2] - 4047:3, 4047:11

**SAMPLES** [7] - 4047:5, 4047:9, 4047:10, 4047:14, 4047:15, 4047:18

**SAND** [2] - 3996:18, 4034:11

**SAND-DRAINS** [1] - 3996:18

**SANDS** [4] - 4029:15, 4030:21, 4034:11

**SANDY** [3] - 3988:21, 4045:17

**SARAH** [1] - 3965:11

**SAVING** [1] - 4042:13

**SAW** [4] - 3994:21, 3995:2, 4010:24, 4058:3

**SAY** [25] - 3968:17, 3969:1, 3977:23, 3978:23, 3979:1, 3979:3, 3979:23, 3980:9, 3983:4, 3988:21, 3990:10, 3996:9, 4006:14, 4010:12, 4011:7, 4023:6, 4023:22, 4032:21, 4037:14, 4043:14, 4043:16, 4050:9, 4051:5, 4051:9, 4058:22

**SAYING** [8] - 3977:1,

3980:1, 3980:6, 3980:9, 3988:1, 4028:1, 4051:24

**SAYS** [15] - 3967:22, 3978:3, 3978:24, 3979:18, 3999:13, 4011:11, 4012:15, 4026:3, 4026:19, 4027:11, 4027:18, 4040:21, 4048:11, 4050:5, 4056:22

**SC'S** [1] - 4034:11

**SCALE** [3] - 3983:23, 4003:8, 4038:25

**SCALED** [2] - 4039:19, 4039:20

**SCALES** [1] - 4038:14

**SCENARIO** [1] - 4050:1

**SCHEDULE** [1] - 4033:21

**SCHEME** [1] - 3995:3

**SCIENTIFIC** [2] - 3973:22, 4053:3

**SCIENTIST** [2] - 3981:4, 3983:7

**SCOPE** [8] - 3975:7, 3975:8, 3975:13, 3978:21, 3990:6, 4007:18, 4055:23, 4055:25

**SCOUR** [1] - 4046:8

**SCRAPED** [1] - 3999:20

**SCREEN** [2] - 3992:7, 4037:6

**SEARCH** [1] - 3968:7

**SEATED** [3] - 3967:5, 3969:14, 4024:11

**SECOND** [20] - 3972:12, 3986:15, 3986:20, 3986:22, 3990:7, 3995:15, 3996:23, 3997:9, 4000:13, 4016:11, 4020:18, 4021:11, 4021:19, 4021:22, 4036:21, 4042:5, 4053:24, 4054:1, 4054:8, 4059:4

**SECONDLY** [2] - 3999:1, 4011:4

**SECONDS** [1] - 4050:14

**SECRETARY** [1] - 3986:16

**SECTION** [25] -

3971:7, 3971:10, 3994:23, 4002:23, 4003:6, 4005:4, 4006:5, 4006:8, 4007:25, 4008:10, 4008:11, 4008:13, 4008:17, 4008:22, 4010:20, 4010:24, 4011:2, 4012:1, 4012:5, 4018:20, 4020:18, 4021:24, 4022:7, 4032:21, 4047:21

**SECTIONS** [8] - 4001:13, 4001:15, 4008:9, 4020:21, 4021:5, 4038:18, 4043:5, 4043:6

**SEDIMENT** [2] - 3975:16, 3994:3

**SEDIMENTARY** [1] - 3982:17

**SEE** [46] - 3978:2, 3978:8, 3979:1, 3979:17, 3981:14, 3983:1, 3990:3, 3990:5, 3991:4, 3991:5, 3993:13, 3998:1, 3999:11, 3999:12, 4002:2, 4005:13, 4012:8, 4014:3, 4014:24, 4021:5, 4022:4, 4022:8, 4022:24, 4023:12, 4028:1, 4028:9, 4028:16, 4028:20, 4029:4, 4030:16, 4032:4, 4032:24, 4034:9, 4034:11, 4035:25, 4036:11, 4036:12, 4037:22, 4039:14, 4040:14, 4043:6, 4043:13, 4053:17, 4060:7

**SEED** [1] - 3971:25

**SEEM** [2] - 4031:2, 4044:5

**SEEMS** [2] - 4037:15, 4037:24

**SEEN** [6] - 3972:7, 3980:10, 4013:23, 4013:25, 4015:16, 4051:10

**SEEPAGE** [2] - 3970:4, 3970:12

**SELECTING** [1] - 4007:11

**SELF** [1] - 4053:10

**SELF-EDUCATING**

[1] - 4053:10

**SEMI** [1] - 3999:25

**SEMI-COMPACTED** [1] - 3999:25

**SENATE** [1] - 3972:16

**SENSITIVITY** [1] - 4050:25

**SENTENCE** [12] - 3997:9, 4016:16, 4016:19, 4017:9, 4017:22, 4018:2, 4026:1, 4053:16, 4053:24, 4053:25, 4054:1, 4054:2

**SEPARATED** [1] - 4047:17

**SEQUENCE** [2] - 3977:14, 3999:2

**SERIES** [1] - 3983:22

**SERVES** [1] - 3998:24

**SERVICES** [1] - 3971:22

**SERVING** [1] - 4053:8

**SESSION** [4] - 3963:9, 3967:3, 3967:5, 4024:11

**SET** [1] - 4052:4

**SETS** [1] - 4011:4

**SETTLE** [3] - 3994:14, 4026:5, 4030:12

**SETTLED** [3] - 3996:3, 3996:4, 3996:5

**SETTLEMENT** [50] - 3982:9, 3982:10, 3994:17, 3994:19, 3995:5, 3995:11, 3995:16, 3995:25, 3996:5, 3996:6, 3996:9, 3996:20, 4000:12, 4008:10, 4022:16, 4022:21, 4023:9, 4023:12, 4023:16, 4023:17, 4023:21, 4023:22, 4023:23, 4023:25, 4024:14, 4024:21, 4025:6, 4025:7, 4025:13, 4025:18, 4025:22, 4026:12, 4026:13, 4026:16, 4026:20, 4026:22, 4026:24, 4030:23, 4031:9, 4032:5, 4033:13, 4034:3, 4054:17, 4054:25,

[1] - 4053:10

**SEMI** [1] - 3999:25

**SEMI-COMPACTED** [1] - 3999:25

4057:12, 4059:2, 4059:15

**SETTLEMENTS** [6] - 3995:14, 4006:20, 4006:24, 4025:16, 4026:7, 4033:17

**SETTLES** [2] - 4009:11, 4057:10

**SETTLING** [1] - 4009:17

**SEVEN** [8] - 4025:17, 4025:21, 4026:6, 4027:12, 4027:13, 4033:1, 4056:22, 4056:24

**SEVEN-FOOT** [1] - 4056:24

**SEVERAL** [5] - 3972:6, 3974:9, 3981:7, 3985:10, 4054:12

**SHADED** [2] - 4001:20, 4001:21

**SHADING** [1] - 4001:25

**SHALL** [2] - 3988:21, 4018:15

**SHALLOW** [3] - 4019:1, 4019:24, 4039:1

**SHAPE** [1] - 4057:10

**SHAPING** [1] - 4017:6

**SHAPINGS** [1] - 4017:6

**SHEAR** [12] - 4001:17, 4001:21, 4001:23, 4002:1, 4004:11, 4004:17, 4005:22, 4007:25, 4008:14, 4012:16, 4012:18, 4035:7

**SHELBY** [1] - 4047:12

**SHERMAN** [1] - 3963:20

**SHORT** [2] - 3987:23, 4041:24

**SHORTCUT** [1] - 4059:15

**SHORTEN** [1] - 4042:2

**SHORTER** [1] - 4008:11

**SHORTLY** [3] - 3972:3, 3972:7, 4054:8

**SHOULD** [14] - 3967:13, 3969:4, 3977:4, 3978:3,

3981:24, 3982:24,
4001:16, 4006:16,
4006:18, 4017:4,
4017:7, 4027:11,
4043:17, 4044:10
**SHOVEL** [1] -
4047:14
**SHOW** [20] -
3976:25, 3978:9,
3981:12, 3995:10,
4000:15, 4001:17,
4011:5, 4017:13,
4021:5, 4021:20,
4021:25, 4032:8,
4034:17, 4036:2,
4038:19, 4041:19,
4043:2, 4044:8,
4045:14, 4054:22
**SHOWED** [4] -
4008:7, 4056:24,
4057:8, 4057:23
**SHOWING** [2] -
4035:16, 4060:10
**SHOWN** [5] -
3999:16, 3999:17,
4005:6, 4021:6
**SHOWS** [7] -
3980:11, 3998:24,
4013:1, 4032:12,
4032:23, 4041:21,
4056:6
**SI** [1] - 4011:24
**SIC** [1] - 3985:21
**SIDE** [11] - 4010:21,
4011:25, 4035:20,
4038:4, 4040:9,
4040:10, 4040:14,
4040:15, 4043:20,
4046:13, 4050:12
**SIDES** [5] - 3983:1,
3998:3, 4015:14,
4055:18, 4055:20
**SIGMA** [2] - 4012:18,
4013:2
**SIGNIFICANCE** [11] -
3983:18, 3984:8,
3984:19, 4010:22,
4010:23, 4016:16,
4016:18, 4019:4,
4019:10, 4040:3,
4040:5
**SIGNIFICANT** [7] -
3986:23, 3989:11,
3989:15, 3994:1,
3994:19, 4008:8,
4015:8
**SIGNIFICANTLY** [2]
- 3989:21, 4021:20
**SILT** [2] - 4033:12,
4034:10

**SILTATION** [1] -
3994:24
**SIMILAR** [8] -
3985:11, 3999:6,
4015:12, 4017:22,
4020:16, 4029:19,
4033:15, 4053:5
**SIMPLE** [1] -
4054:17
**SIMPLY** [5] - 3991:6,
3991:16, 3998:6,
4014:10, 4055:19
**SIMS** [1] - 3963:23
**SIMULCAST** [1] -
4057:13
**SINCE** [6] - 3971:20,
3994:10, 3999:24,
4014:15, 4038:3,
4042:11
**SINGLE** [1] - 4025:7
**SINKING** [4] -
4053:25, 4054:1,
4054:6, 4059:13
**SIR** [58] - 3967:6,
3969:11, 3972:22,
3973:5, 3973:15,
3974:17, 3975:19,
3981:10, 3983:16,
3984:13, 3984:14,
3984:21, 3984:23,
3988:13, 3990:12,
3991:4, 3992:16,
3992:17, 3993:11,
3993:21, 3994:9,
3995:23, 3996:2,
3996:11, 3997:4,
3998:8, 3999:19,
4000:21, 4003:14,
4003:17, 4005:2,
4005:16, 4009:2,
4013:4, 4013:8,
4013:10, 4014:19,
4015:19, 4016:6,
4016:8, 4018:10,
4020:6, 4020:7,
4021:12, 4028:23,
4028:24, 4041:15,
4046:25, 4048:25,
4050:3, 4052:16,
4052:25, 4054:4,
4054:10, 4054:11,
4056:9, 4056:12,
4060:12
**SITE** [5] - 3990:17,
4014:20, 4014:21,
4015:17, 4047:6
**SITES** [2] - 3990:16,
4001:17
**SITUATION** [1] -
4015:23

**SIX** [2] - 3996:5,
4004:8
**SIXTH** [1] - 4018:9
**SIZE** [1] - 4004:5
**SKILLS** [1] - 4052:5
**SLIDE** [11] - 4002:6,
4002:7, 4014:5,
4028:6, 4028:12,
4028:17, 4032:1,
4032:7, 4032:11,
4040:19, 4060:21
**SLIDES** [2] - 3968:6,
4032:2
**SLIDING** [15] -
4001:13, 4002:21,
4003:9, 4004:3,
4004:15, 4004:17,
4005:9, 4014:2,
4015:25, 4016:1,
4021:1, 4021:8,
4036:14, 4041:21
**SLIGHT** [1] - 3997:20
**SLIGHTLY** [1] -
4003:3
**SLIP** [1] - 4040:15
**SLIPS** [1] - 4018:21
**SLOPE** [28] -
3983:25, 4001:14,
4002:3, 4004:8,
4005:21, 4008:19,
4008:20, 4011:24,
4014:8, 4014:13,
4019:17, 4020:3,
4020:16, 4020:22,
4027:9, 4035:21,
4036:4, 4036:6,
4038:20, 4038:24,
4040:13, 4041:20,
4043:5, 4044:4,
4051:20, 4053:17,
4054:7, 4054:18
**SLOPE-STABILITY**
[1] - 4020:16
**SLOPES** [2] -
3970:8, 4028:6
**SLOWER** [8] -
4006:20, 4026:24,
4026:25, 4057:11
**SLOWING** [1] -
4006:10
**SMALL** [5] - 3994:18,
3994:20, 3996:20,
4002:20, 4003:18
**SMALLER** [2] -
3997:23, 4008:13
**SMITH** [1] - 3965:10
**SMITHSONIAN** [1] -
3986:17
**SO** [99] - 3968:1,
3968:11, 3969:5,

3972:17, 3973:14,
3974:10, 3975:9,
3976:20, 3978:10,
3978:22, 3979:25,
3980:8, 3980:13,
3980:25, 3983:3,
3983:12, 3984:11,
3985:8, 3986:17,
3986:19, 3987:4,
3988:24, 3991:6,
3991:12, 3992:15,
3994:14, 3994:17,
3997:13, 3998:15,
3998:19, 4000:3,
4002:11, 4002:13,
4003:18, 4004:19,
4005:12, 4006:11,
4006:20, 4006:22,
4008:23, 4011:2,
4012:1, 4012:2,
4012:4, 4014:3,
4014:24, 4018:24,
4019:24, 4020:21,
4021:14, 4021:19,
4022:7, 4022:9,
4022:25, 4023:22,
4025:5, 4025:14,
4026:5, 4026:15,
4026:24, 4027:25,
4030:21, 4031:16,
4032:24, 4033:10,
4033:20, 4034:2,
4035:4, 4035:16,
4035:19, 4035:21,
4036:3, 4036:15,
4038:16, 4038:24,
4039:5, 4040:17,
4040:20, 4042:1,
4042:13, 4044:7,
4046:9, 4047:12,
4047:17, 4049:12,
4049:16, 4049:18,
4051:15, 4051:18,
4052:1, 4053:12,
4053:15, 4055:8,
4055:16, 4056:23,
4059:12, 4060:22
**SOCALAIS** [1] -
4058:8
**SOCIETY** [5] -
3972:1, 3972:9,
3972:14, 3984:24,
3985:3

**SOFT** [27] - 3977:13,
3983:24, 3984:2,
3985:9, 3985:10,
3986:4, 3987:19,
3988:15, 3995:5,
3997:2, 3999:7,
3999:9, 3999:13,
3999:15, 4005:15,

4005:17, 4005:18,
4005:19, 4006:3,
4006:19, 4009:14,
4012:22, 4033:11,
4060:5, 4060:6
**SOFTWARE** [1] -
4045:10
**SOIL** [69] - 3971:7,
3971:10, 3982:12,
3983:24, 3984:24,
3985:2, 3994:16,
3997:25, 3999:4,
3999:20, 3999:25,
4000:19, 4001:12,
4001:22, 4002:6,
4002:13, 4002:19,
4002:25, 4003:2,
4003:13, 4004:15,
4004:24, 4006:9,
4006:20, 4006:21,
4006:22, 4006:23,
4008:19, 4008:24,
4009:17, 4012:16,
4012:20, 4012:21,
4014:1, 4014:3,
4014:9, 4014:12,
4015:13, 4017:16,
4023:14, 4024:1,
4029:3, 4029:13,
4029:14, 4029:18,
4030:10, 4030:19,
4031:10, 4034:1,
4035:5, 4036:15,
4041:23, 4045:18,
4046:11, 4046:12,
4046:18, 4047:3,
4047:5, 4047:9,
4047:10, 4047:12,
4047:13, 4047:18,
4057:8, 4059:1
**SOILS** [49] -
3970:19, 3975:1,
3976:4, 3977:13,
3978:11, 3978:13,
3984:3, 3985:7,
3985:15, 3985:16,
3985:17, 3985:23,
3986:4, 3987:19,
3988:15, 3988:21,
3988:22, 3990:5,
3995:6, 3995:14,
3997:3, 3997:18,
3999:17, 4001:19,
4005:15, 4005:17,
4005:18, 4005:19,
4005:21, 4006:12,
4006:14, 4006:15,
4007:4, 4009:1,
4027:8, 4029:19,
4030:5, 4030:21,
4030:22, 4030:25,

4032:25, 4033:3, 4036:13, 4041:21, 4045:12, 4060:4

**SOJA** [1] - 3965:11

**SOLAR** [1] - 3970:16

**SOLID** [2] - 4011:5, 4011:16

**SOLUTIONS** [1] - 4042:21

**SOLVING** [2] - 4053:8, 4053:10

**SOME** [36] - 3968:4, 3971:18, 3976:5, 3977:9, 3977:10, 3980:13, 3980:20, 3984:17, 3989:9, 3994:1, 3995:9, 3998:11, 4000:6, 4002:2, 4002:9, 4006:9, 4013:20, 4015:3, 4018:25, 4020:5, 4021:7, 4022:11, 4022:19, 4022:24, 4024:20, 4027:17, 4028:4, 4030:5, 4030:18, 4031:16, 4033:11, 4034:10, 4037:24, 4045:17, 4047:16

**SOMEONE** [3] - 3977:1, 4018:25, 4051:16

**SOMETHING** [19] - 3975:22, 3977:24, 3978:1, 3979:5, 3979:18, 3980:11, 3996:10, 3998:2, 4027:1, 4031:22, 4038:23, 4039:8, 4042:8, 4042:9, 4044:6, 4050:1, 4050:19, 4054:16, 4060:7

**SOMETIMES** [1] - 4057:15

**SOMEWHAT** [6] - 3984:10, 3999:1, 3999:10, 4001:25, 4003:4, 4053:5

**SOMEWHERE** [1] - 3989:9

**SOON** [2] - 4032:4, 4058:6

**SORELY** [1] - 3978:20

**SORRY** [15] - 3974:21, 3994:6, 4010:5, 4011:20, 4012:12, 4016:15, 4018:4, 4019:12,

---

4034:18, 4036:20, 4037:3, 4040:16, 4057:14, 4058:3, 4058:20

**SORT** [3] - 3968:2, 3973:9, 3989:17

**SOUNDS** [2] - 4056:10

**SOURCE** [1] - 4055:11

**SOUTH** [10] - 3963:13, 4029:16, 4030:12, 4030:19, 4032:6, 4032:18, 4033:6, 4033:16, 4034:11, 4058:2

**SPEAK** [3] - 4018:1, 4018:10, 4052:1

**SPECIAL** [3] - 3970:19, 3971:25, 4053:9

**SPECIALTY** [2] - 3984:25, 3985:2

**SPECIFIC** [1] - 3974:11

**SPECIFICALLY** [4] - 3967:19, 3979:9, 3993:24, 4016:23

**SPECIFICATIONS** [1] - 4018:19

**SPECIFICS** [1] - 4034:4

**SPELL** [1] - 3969:15

**SPOIL** [11] - 4027:7, 4027:12, 4027:17, 4027:20, 4027:21, 4027:22, 4028:2, 4028:5, 4028:7

**SPOKE** [1] - 4021:16

**SPOKEN** [2] - 3968:24, 3989:23

**SPOT** [1] - 4058:12

**SPREADS** [1] - 3997:24

**SPREADSHEET** [1] - 3970:21

**SPRINGS** [1] - 3964:13

**SQUARE** [5] - 4001:22, 4001:24, 4002:1, 4035:13, 4035:15

**SQUEEZING** [10] - 3968:5, 3968:9, 3968:13, 3975:25, 3977:24, 3978:14, 3978:15, 3982:16, 4015:7, 4029:10

**SR** [1] - 3965:11

**ST** [8] - 3963:17,

---

3963:20, 3964:2, 3964:5, 3964:23, 3971:6, 3987:4, 4034:22

**STABILITY** [84] - 3970:17, 3975:1, 3975:14, 3975:15, 3976:13, 3977:7, 3977:8, 3977:9, 3977:21, 3978:5, 3978:6, 3978:9, 3983:25, 3984:2, 3984:6, 3990:10, 3990:12, 3990:13, 3990:23, 3990:24, 3991:1, 3992:8, 3992:15, 3993:14, 3993:25, 3996:25, 3997:10, 3997:16, 3997:22, 3997:24, 3997:25, 3998:1, 4001:10, 4001:14, 4001:18, 4002:3, 4002:11, 4004:8, 4005:15, 4005:22, 4007:20, 4008:19, 4008:20, 4008:24, 4010:10, 4014:8, 4014:13, 4015:6, 4015:11, 4017:16, 4018:16, 4018:19, 4019:2, 4020:3, 4020:13, 4020:16, 4020:22, 4021:1, 4022:8, 4023:12, 4027:9, 4027:25, 4028:2, 4035:1, 4035:6, 4035:21, 4036:4, 4036:14, 4038:21, 4038:24, 4040:4, 4040:13, 4041:1, 4041:18, 4041:20, 4043:6, 4043:9, 4044:5, 4051:20, 4053:18, 4054:7, 4054:18

**STABILITY-ASSUMING** [1] - 4018:16

**STABILIZE** [2] - 4006:17, 4006:18

**STABILIZING** [1] - 4008:15

**STABLE** [7] - 3975:4, 3977:15, 3978:12, 4002:4, 4002:19, 4003:15, 4017:18

**STAGE** [2] - 4000:11, 4028:1

**STAGED** [1] -

---

3994:13

**STAGES** [2] - 3987:21, 4017:1

**STAKE** [1] - 4016:2

**STAND** [1] - 4028:7

**STANDARD** [2] - 4005:12, 4043:17

**STANDARDS** [2] - 3968:19, 3974:4

**STANDING** [1] - 4028:5

**STANDS** [2] - 4009:15, 4029:6

**STANFORD** [1] - 3986:11

**STANWOOD** [1] - 3963:8

**STARTS** [2] - 4009:15, 4009:17

**STATE** [14] - 3969:14, 3969:21, 3969:25, 3970:15, 3971:13, 3974:1, 3975:12, 4018:14, 4044:23, 4046:10, 4046:19, 4046:21, 4050:9, 4057:12

**STATED** [4] - 4036:7, 4040:8, 4041:17, 4059:2

**STATEMENT** [4] - 3979:10, 4019:6, 4019:10, 4050:2

**STATES** [12] - 3963:1, 3963:5, 3963:8, 3967:7, 3972:19, 4011:14, 4048:8, 4049:6, 4049:24, 4049:25, 4050:11, 4061:9

**STATIC** [1] - 4021:25

**STATING** [1] - 4051:25

**STATION** [6] - 3965:13, 3985:22, 4027:11, 4054:9, 4056:17, 4060:10

**STATISTICAL** [1] - 4027:19

**STEADY** [3] - 4046:10, 4046:19, 4046:21

**STEADY-STATE** [1] - 4046:10

**STEEPER** [2] - 4028:6

**STENOGRAPHY** [1] - 3965:20

**STEPHEN** [1] - 4028:18

---

**STEVENS** [58] - 3964:18, 3964:18, 3966:6, 3966:8, 3967:10, 3972:23, 3973:4, 3974:18, 3975:5, 3976:7, 3976:15, 3979:21, 3981:16, 3981:20, 3982:2, 3982:4, 3982:23, 3987:14, 3988:3, 3989:2, 3990:20, 3991:1, 3993:22, 3994:6, 4007:13, 4007:17, 4010:5, 4013:5, 4013:9, 4013:12, 4018:7, 4024:22, 4025:2, 4029:8, 4029:22, 4029:25, 4031:11, 4034:19, 4034:24, 4037:7, 4038:7, 4039:10, 4039:16, 4052:4, 4052:10, 4052:13, 4052:14, 4053:14, 4055:10, 4056:2, 4056:3, 4058:2, 4058:6, 4058:8, 4058:9, 4060:15, 4060:17, 4060:24

**STICK** [2] - 3978:19, 3993:16

**STICKIES** [1] - 4055:5

**STIFFER** [1] - 4006:22

**STILL** [8] - 3973:11, 3983:5, 3989:18, 3995:6, 4004:17, 4014:16, 4024:24, 4052:14

**STIPULATE** [1] - 3974:19

**STONE** [130] - 3965:11, 3966:5, 3966:7, 3967:7, 3968:15, 3968:17, 3969:9, 3969:18, 3971:2, 3972:19, 3973:18, 3973:20, 3974:21, 3975:12, 3975:20, 3975:24, 3976:6, 3976:19, 3976:22, 3977:6, 3977:19, 3979:3, 3979:8, 3979:17, 3980:3, 3980:5, 3980:15, 3980:18, 3980:21, 3981:2, 3981:11, 3983:14,

DAILY COPY

3983:17, 3984:14, 3984:21, 3985:12, 3988:8, 3988:13, 3989:19, 3989:23, 3990:7, 3990:9, 3990:14, 3990:20, 3990:23, 3991:7, 3991:10, 3991:13, 3991:18, 3992:4, 3993:3, 3993:5, 3993:11, 3993:13, 3993:17, 3993:18, 3994:7, 3996:14, 3998:21, 4005:3, 4007:2, 4007:16, 4007:19, 4007:23, 4009:20, 4009:21, 4010:9, 4010:12, 4010:16, 4013:7, 4014:14, 4016:3, 4016:9, 4018:8, 4024:8, 4024:13, 4024:17, 4024:18, 4024:24, 4025:1, 4025:4, 4025:20, 4027:4, 4029:12, 4030:2, 4030:9, 4031:4, 4031:8, 4031:14, 4031:17, 4031:21, 4031:24, 4032:17, 4032:19, 4034:7, 4034:13, 4034:16, 4034:21, 4034:25, 4036:21, 4036:23, 4037:1, 4037:3, 4037:10, 4037:14, 4037:17, 4037:19, 4038:3, 4038:10, 4038:13, 4039:4, 4039:12, 4039:23, 4040:1, 4040:2, 4041:4, 4041:7, 4042:1, 4042:5, 4042:11, 4042:14, 4044:17, 4044:20, 4046:22, 4046:24, 4050:14, 4050:17, 4055:3, 4055:5, 4055:21

**STONEWALLING** [1] - 3981:8

**STOP** [2] - 3989:9, 4052:9

**STRAIGHT** [2] - 4038:25, 4039:1

**STRAPPED** [1] - 4044:12

**STRATA** [4] - 4025:11, 4025:12, 4027:15, 4027:23

**STRATUM** [4] - 4026:1, 4026:3, 4026:13, 4026:17

**STREAMS** [1] - 4046:8

**STREET** [5] - 3963:13, 3964:9, 3964:16, 3965:2, 3965:17

**STRENGTH** [38] - 3997:18, 3997:19, 4000:7, 4000:13, 4001:12, 4001:18, 4001:21, 4001:24, 4002:1, 4002:13, 4002:19, 4003:1, 4003:13, 4004:11, 4004:14, 4004:17, 4004:24, 4005:23, 4009:17, 4012:16, 4012:18, 4012:20, 4013:20, 4014:10, 4014:11, 4014:12, 4017:17, 4024:1, 4027:21, 4027:23, 4035:6, 4035:7, 4035:9, 4035:17, 4035:19, 4036:13, 4036:15

**STRENGTHEN** [1] - 4050:22

**STRENGTHENED** [1] - 4027:8

**STRENGTHENING** [1] - 4029:14

**STRENGTHS** [3] - 3975:1, 3978:11, 4014:9

**STRESS** [1] - 4012:21

**STRESSES** [3] - 4007:25, 4008:14, 4012:17

**STRETCH** [4] - 4029:17, 4032:18, 4032:20, 4060:3

**STRONGER** [8] - 3999:10, 3999:14, 4001:25, 4005:9, 4006:21, 4006:23, 4009:12, 4030:22

**STRUCTURE** [2] - 3984:1, 4047:13

**STRUCTURES** [4] - 3970:12, 3970:13, 3971:11, 3971:18

**STRUGGLED** [1] - 4052:23

**STUDENT** [2] - 3971:5, 3971:6

**STUDENTS** [1] - 3971:23

**STUDIES** [6] - 3969:20, 3971:21, 4017:2, 4017:5, 4017:13, 4043:11

**STUDY** [5] - 3974:14, 4015:12, 4022:14, 4051:2, 4051:4

**STUDYING** [1] - 3992:15

**STUFF** [1] - 3990:21

**STUMBLING** [1] - 3993:7

**SU** [6] - 4012:18, 4012:19, 4013:1, 4013:2, 4013:16, 4035:9

**SUBJECT** [5] - 4010:14, 4030:6, 4031:16, 4038:5, 4046:23

**SUBMITTED** [2] - 4017:7, 4017:13

**SUBPARAGRAPH** [1] - 4016:25

**SUBROGATED** [1] - 3964:22

**SUBSEQUENT** [5] - 4000:8, 4017:6, 4017:14, 4022:22, 4036:8

**SUBSIDED** [1] - 4059:7

**SUBSIDENCE** [2] - 3982:9, 3982:10

**SUBSTANTIAL** [1] - 4046:4

**SUBSTANTIALLY** [2] - 3989:21, 4041:24

**SUBSTRATE** [2] - 4059:20

**SUBSURFACE** [2] - 3978:13, 4029:19

**SUBTITLE** [1] - 4010:19

**SUCCESSFULLY** [1] - 3983:24

**SUCH** [3] - 3996:21, 4006:14, 4044:4

**SUDDEN** [3] - 4053:25, 4054:1, 4054:6

**SUFFICIENT** [3] - 3997:19, 4004:2, 4019:20

**SUFFICIENTLY** [1] - 4002:12

**SUGGEST** [1] - 4014:6

**SUGGESTED** [1] - 4054:7

**SUITE** [4] - 3963:14, 3963:23, 3964:5, 3965:2

**SUMMARIZE** [1] - 4025:10

**SUPPLEMENT** [1] - 4032:15

**SUPPLEMENTAL** [1] - 4013:5

**SUPPORTED** [1] - 4015:17

**SUPPORTS** [1] - 3981:13

**SURCHARGE** [1] - 4027:17

**SURE** [12] - 3980:10, 3984:15, 3989:5, 3989:13, 3990:8, 4002:11, 4003:25, 4007:8, 4007:14, 4008:21, 4035:4, 4057:16

**SURFACE** [16] - 3999:7, 4002:22, 4003:1, 4003:3, 4003:9, 4003:21, 4004:12, 4005:9, 4008:16, 4019:25, 4022:6, 4022:8, 4045:18, 4045:20, 4046:11

**SURFACES** [6] - 4001:14, 4002:16, 4005:13, 4020:24, 4021:8, 4041:23

**SURGE** [1] - 4022:1

**SURVEY** [1] - 4023:24

**SURVEYS** [1] - 3995:10

**SUSCEPTIBLE** [3] - 4051:4, 4051:6, 4051:9

**SUSTAIN** [1] - 3990:2

**SUSTAINED** [2] - 4031:12, 4037:9

**SWORN** [1] - 3969:12

**SYNONYMOUS** [2] - 3979:5, 3979:6

**SYNOPSIZED** [1] - 3975:9

**SYSTEM** [3] - 3986:24, 4008:1, 4051:1

**SYSTEMS** [2] - 3996:19, 4051:6

# T

**T** [3] - 3964:22, 4026:19, 4052:20

**T.A** [1] - 3970:2

**TABLE** [9] - 4021:9, 4021:14, 4022:4, 4025:11, 4025:25, 4026:10, 4026:14, 4036:10, 4041:9

**TAHEERAH** [1] - 3965:6

**TAKE** [38] - 3977:21, 3981:6, 3983:5, 3994:21, 3998:11, 3998:12, 4001:16, 4004:9, 4004:18, 4006:24, 4013:19, 4023:25, 4024:6, 4026:18, 4026:20, 4026:22, 4027:1, 4027:2, 4029:16, 4035:11, 4037:12, 4042:1, 4042:13, 4044:9, 4046:1, 4046:4, 4046:10, 4046:16, 4047:3, 4047:5, 4048:3, 4052:17, 4053:22, 4057:11, 4058:24, 4060:12, 4060:22

**TAKEN** [13] - 4015:9, 4017:15, 4024:9, 4028:18, 4040:13, 4041:12, 4047:11, 4047:14, 4055:14, 4056:24, 4059:5, 4061:3

**TAKES** [1] - 4044:8

**TALK** [9] - 3968:21, 3975:14, 3979:13, 3988:6, 4017:12, 4023:20, 4029:15, 4044:21, 4047:20

**TALKED** [10] - 3978:16, 3989:24, 3994:2, 4040:3, 4051:16, 4053:17, 4054:25, 4055:23, 4055:25, 4057:22

**TALKING** [16] - 3975:25, 3976:2, 3976:10, 3976:11, 3989:2, 3990:13, 3993:14, 4030:1, 4030:2, 4037:10, 4048:8, 4052:18, 4054:3, 4057:14, 4059:20

**TALKS** [4] - 3975:14, 3975:20, 3977:9,

3988:8
**TALLER** [1] - 4039:6
**TARGET** [1] - 4029:1
**TAUGHT** [1] -
3970:15
**TEACHING** [1] -
3971:14
**TEAM** [7] - 3972:8,
3972:9, 3972:10,
3972:13, 3972:14,
3972:15
**TEAMS** [2] - 3972:6,
3972:10
**TECH** [3] - 3986:12,
3986:13
**TECHNIQUES** [2] -
4053:10, 4053:11
**TELL** [16] - 3975:21,
3976:17, 3977:4,
3977:25, 3978:20,
3987:10, 3989:10,
3989:20, 3998:7,
4005:6, 4024:19,
4035:1, 4036:7,
4044:16, 4059:4
**TELLS** [1] - 4012:20
**TEN** [8] - 4018:9,
4018:10, 4024:6,
4026:21, 4027:1,
4028:5, 4049:13,
4049:14
**TEN-MINUTE** [1] -
4024:6
**TEND** [2] - 3993:16,
4004:12
**TENDER** [1] -
3972:24
**TENDERED** [1] -
3973:17
**TENDERS** [1] -
3972:19
**TENDS** [1] - 4004:13
**TERM** [9] - 3977:24,
3978:15, 3979:3,
3979:6, 3982:13,
3982:14, 3998:10,
4012:17, 4057:9
**TERMED** [1] -
4017:19
**TERMS** [5] -
3975:24, 3982:20,
3998:5, 4053:1,
4054:13
**TEST** [39] - 3983:22,
3983:23, 3990:16,
3994:23, 4000:19,
4001:13, 4001:15,
4001:17, 4002:23,
4003:6, 4003:12,
4005:4, 4006:5,

4006:8, 4007:10,
4007:25, 4008:9,
4008:10, 4008:11,
4008:13, 4008:17,
4008:22, 4010:20,
4010:24, 4011:2,
4012:1, 4012:3,
4014:17, 4014:20,
4015:16, 4043:4,
4043:6, 4046:4,
4046:5, 4046:9,
4046:19, 4047:6,
4047:10
**TESTED** [2] -
3978:20, 3983:15
**TESTIFIED** [1] -
3969:12
**TESTIFY** [3] -
3982:6, 3989:6,
4037:13
**TESTIMONY** [11] -
3967:20, 3972:25,
3975:14, 3979:17,
3981:18, 3988:18,
3992:12, 3992:13,
4031:2, 4031:7,
4055:16
**TESTING** [18] -
3967:24, 3968:22,
3973:7, 3973:11,
3974:24, 3983:18,
3984:5, 3986:2,
3986:25, 3987:7,
4001:9, 4005:25,
4009:25, 4016:4,
4017:16, 4027:19,
4046:3, 4047:15
**TESTS** [2] - 4024:1,
4046:9
**TEXAS** [2] - 4046:6,
4047:14
**TEXT** [8] - 3997:7,
4001:2, 4011:14,
4011:21, 4027:9,
4030:15, 4031:13,
4031:14
**THAN** [38] - 3995:1,
3997:5, 3997:8,
3997:14, 3999:14,
4001:22, 4002:1,
4002:12, 4002:19,
4007:10, 4008:4,
4008:7, 4008:11,
4017:11, 4023:17,
4028:6, 4028:21,
4030:12, 4030:24,
4032:10, 4032:12,
4033:6, 4033:13,
4033:22, 4035:8,
4035:19, 4041:24,

4045:19, 4049:13,
4049:15, 4050:1,
4053:3, 4059:14,
4059:21, 4059:22,
4059:24, 4060:1
**THANK** [30] - 3967:7,
3967:9, 3969:9,
3973:16, 3973:18,
3981:20, 3983:14,
3993:8, 3993:17,
3996:13, 4005:2,
4007:1, 4013:10,
4013:12, 4016:6,
4024:7, 4024:8,
4025:2, 4025:3,
4031:7, 4031:23,
4034:6, 4034:24,
4038:7, 4041:3,
4050:18, 4052:2,
4054:23, 4056:2,
4061:1
**THAT** [508] -
3967:12, 3967:13,
3967:16, 3967:17,
3967:22, 3968:2,
3968:3, 3968:6,
3968:11, 3968:17,
3968:21, 3968:24,
3969:1, 3970:1,
3971:24, 3971:25,
3972:4, 3972:8,
3972:16, 3972:17,
3973:5, 3973:9,
3973:10, 3973:14,
3973:22, 3974:3,
3974:4, 3974:9,
3974:14, 3974:20,
3975:5, 3975:6,
3975:9, 3975:12,
3975:17, 3975:22,
3976:3, 3976:8,
3976:24, 3977:4,
3977:6, 3977:16,
3977:21, 3977:22,
3977:25, 3978:4,
3978:6, 3978:9,
3978:10, 3978:12,
3978:13, 3978:24,
3978:25, 3979:1,
3979:10, 3979:23,
3979:24, 3980:3,
3980:7, 3980:9,
3980:12, 3980:15,
3981:1, 3981:3,
3981:6, 3981:11,
3981:12, 3981:13,
3981:24, 3982:7,
3982:14, 3982:17,
3982:18, 3982:21,
3982:24, 3982:25,
3983:7, 3984:14,

3984:21, 3984:24,
3985:2, 3985:8,
3985:11, 3985:14,
3985:19, 3986:2,
3986:15, 3986:19,
3986:24, 3987:3,
3987:12, 3988:1,
3988:3, 3988:7,
3988:14, 3988:17,
3988:19, 3988:20,
3988:22, 3988:25,
3989:7, 3989:10,
3989:12, 3989:13,
3989:16, 3989:17,
3989:19, 3989:21,
3989:25, 3990:14,
3990:15, 3991:12,
3993:1, 3993:3,
3993:7, 3993:9,
3993:11, 3993:13,
3993:20, 3993:22,
3993:23, 3994:1,
3994:9, 3994:15,
3994:19, 3994:21,
3995:2, 3995:8,
3995:15, 3995:19,
3995:20, 3996:2,
3996:3, 3996:4,
3996:10, 3996:24,
3996:25, 3997:1,
3997:17, 3997:20,
3997:22, 3998:1,
3998:4, 3998:6,
3998:9, 3999:6,
3999:20, 4001:6,
4001:16, 4001:23,
4002:11, 4002:13,
4002:17, 4002:18,
4002:20, 4003:2,
4003:4, 4003:6,
4003:10, 4003:12,
4003:14, 4003:17,
4003:20, 4003:22,
4003:25, 4004:2,
4004:10, 4004:12,
4004:15, 4004:17,
4004:18, 4004:24,
4004:25, 4005:6,
4005:8, 4005:13,
4005:14, 4005:23,
4005:25, 4006:2,
4006:10, 4006:11,
4006:19, 4007:8,
4008:7, 4008:8,
4008:13, 4008:18,
4008:21, 4009:8,
4009:10, 4009:11,
4009:15, 4009:24,
4010:1, 4010:23,
4011:1, 4011:14,
4011:22, 4011:23,

4012:5, 4012:6,
4012:9, 4012:10,
4012:19, 4012:22,
4012:24, 4013:6,
4013:17, 4013:19,
4013:23, 4013:24,
4013:25, 4014:6,
4014:22, 4014:23,
4014:25, 4015:3,
4015:6, 4015:11,
4015:17, 4015:21,
4015:22, 4015:23,
4015:24, 4016:15,
4016:18, 4017:2,
4017:8, 4017:9,
4017:13, 4017:14,
4017:17, 4017:18,
4017:19, 4017:23,
4018:3, 4019:2,
4019:4, 4019:10,
4019:11, 4019:15,
4019:20, 4019:21,
4019:22, 4020:2,
4020:3, 4020:5,
4020:17, 4020:20,
4020:22, 4021:5,
4021:16, 4021:17,
4021:20, 4022:2,
4022:7, 4022:15,
4022:16, 4022:18,
4022:24, 4023:1,
4023:17, 4024:5,
4024:14, 4025:5,
4025:14, 4025:21,
4025:25, 4026:7,
4026:21, 4027:6,
4027:7, 4027:9,
4027:16, 4027:18,
4027:19, 4027:20,
4027:22, 4028:5,
4028:7, 4028:23,
4029:3, 4029:4,
4030:3, 4030:4,
4030:15, 4030:17,
4031:3, 4031:9,
4031:12, 4031:13,
4031:15, 4031:17,
4032:7, 4032:9,
4032:18, 4032:20,
4034:1, 4034:8,
4035:2, 4035:14,
4035:16, 4035:25,
4036:1, 4036:3,
4036:5, 4036:8,
4036:11, 4036:12,
4036:13, 4036:17,
4036:24, 4037:3,
4037:5, 4037:22,
4037:24, 4038:1,
4038:10, 4038:20,
4038:21, 4039:7,

DAILY COPY

4039:11, 4039:13,
4039:18, 4039:21,
4039:22, 4040:5,
4040:17, 4040:19,
4040:20, 4040:21,
4040:23, 4041:2,
4041:9, 4041:15,
4041:16, 4041:18,
4041:21, 4041:24,
4042:15, 4042:19,
4042:21, 4042:22,
4042:23, 4043:2,
4043:3, 4043:4,
4043:6, 4043:7,
4043:8, 4043:13,
4043:14, 4043:16,
4044:3, 4044:6,
4044:7, 4044:8,
4044:9, 4044:10,
4044:22, 4045:1,
4045:3, 4045:9,
4045:14, 4045:18,
4045:23, 4045:25,
4046:7, 4046:11,
4046:16, 4046:20,
4046:23, 4046:25,
4047:3, 4047:5,
4047:9, 4047:12,
4047:18, 4047:22,
4048:1, 4048:2,
4048:5, 4048:11,
4048:15, 4048:16,
4048:18, 4048:20,
4048:22, 4049:6,
4049:8, 4049:12,
4049:13, 4049:14,
4049:15, 4049:18,
4049:20, 4049:21,
4049:25, 4050:1,
4050:6, 4050:9,
4050:11, 4050:19,
4051:10, 4051:14,
4051:15, 4051:16,
4051:21, 4051:25,
4052:1, 4052:14,
4052:17, 4052:19,
4053:2, 4053:3,
4053:10, 4053:15,
4053:18, 4053:25,
4054:1, 4054:2,
4054:9, 4054:11,
4054:12, 4054:13,
4054:16, 4054:24,
4055:6, 4055:7,
4055:16, 4055:21,
4055:23, 4056:6,
4056:9, 4056:10,
4056:14, 4056:20,
4056:22, 4056:23,
4057:2, 4057:3,
4057:10, 4057:12,

4057:19, 4057:22,
4058:10, 4058:11,
4058:13, 4058:15,
4058:19, 4058:20,
4059:1, 4059:2,
4059:6, 4059:10,
4059:13, 4059:17,
4059:19, 4059:20,
4060:4, 4060:12,
4060:24, 4061:11
   **THAT'S** [86] -
3969:17, 3971:24,
3974:16, 3975:10,
3975:11, 3976:7,
3976:13, 3976:14,
3976:23, 3977:1,
3977:24, 3978:2,
3978:24, 3979:2,
3979:5, 3979:6,
3979:14, 3979:16,
3979:18, 3979:19,
3979:20, 3980:20,
3982:17, 3987:23,
3988:24, 3989:1,
3989:13, 3989:20,
3990:10, 3993:11,
3993:13, 3996:13,
3997:6, 4001:7,
4001:10, 4001:22,
4002:2, 4002:6,
4003:22, 4004:7,
4007:3, 4008:10,
4009:22, 4010:20,
4011:2, 4012:19,
4014:16, 4014:20,
4017:15, 4020:12,
4021:13, 4022:1,
4022:5, 4022:17,
4026:6, 4026:23,
4028:14, 4028:17,
4029:21, 4032:5,
4032:12, 4033:20,
4035:9, 4036:19,
4036:25, 4037:1,
4037:2, 4040:23,
4044:13, 4044:15,
4044:21, 4045:20,
4048:18, 4049:16,
4052:2, 4054:9,
4056:5, 4056:17,
4056:19, 4056:21,
4057:18, 4058:1,
4058:11, 4058:18,
4058:24
   **THE** [1576] - 3963:8,
3963:12, 3963:19,
3964:4, 3964:22,
3965:4, 3966:3,
3967:5, 3967:6,
3967:7, 3967:9,
3967:10, 3967:11,

3967:13, 3967:15,
3967:18, 3968:4,
3968:8, 3968:11,
3968:14, 3968:16,
3968:17, 3968:18,
3968:19, 3968:21,
3968:22, 3968:23,
3968:24, 3969:1,
3969:4, 3969:10,
3969:14, 3969:15,
3969:16, 3969:23,
3970:4, 3970:9,
3970:20, 3970:21,
3970:25, 3971:5,
3971:7, 3971:8,
3971:9, 3971:10,
3971:13, 3971:14,
3971:16, 3971:20,
3972:1, 3972:2,
3972:3, 3972:7,
3972:8, 3972:9,
3972:12, 3972:13,
3972:14, 3972:16,
3972:19, 3972:22,
3972:23, 3972:25,
3973:2, 3973:14,
3973:17, 3973:22,
3973:23, 3973:25,
3974:1, 3974:3,
3974:5, 3974:6,
3974:7, 3974:8,
3974:10, 3974:11,
3974:13, 3974:14,
3974:17, 3974:18,
3974:20, 3974:24,
3974:25, 3975:1,
3975:3, 3975:5,
3975:6, 3975:7,
3975:8, 3975:11,
3975:13, 3975:17,
3975:21, 3975:22,
3976:2, 3976:3,
3976:10, 3976:11,
3976:12, 3976:13,
3976:16, 3976:20,
3976:22, 3976:25,
3977:3, 3977:6,
3977:7, 3977:8,
3977:10, 3977:11,
3977:12, 3977:15,
3977:16, 3977:17,
3977:20, 3977:24,
3978:2, 3978:4,
3978:8, 3978:9,
3978:11, 3978:12,
3978:14, 3978:15,
3978:16, 3978:18,
3978:21, 3978:22,
3979:3, 3979:5,
3979:6, 3979:7,
3979:10, 3979:13,

3979:14, 3979:16,
3979:17, 3979:19,
3979:20, 3979:23,
3979:24, 3980:4,
3980:6, 3980:12,
3980:14, 3980:17,
3980:20, 3980:21,
3980:23, 3980:25,
3981:3, 3981:4,
3981:5, 3981:7,
3981:14, 3981:17,
3981:18, 3981:21,
3981:22, 3982:1,
3982:3, 3982:4,
3982:7, 3982:10,
3982:12, 3982:15,
3982:16, 3982:17,
3982:21, 3982:24,
3982:25, 3983:1,
3983:2, 3983:4,
3983:5, 3983:6,
3983:9, 3983:12,
3983:15, 3983:18,
3983:19, 3983:20,
3983:22, 3984:1,
3984:5, 3984:8,
3984:9, 3984:10,
3984:14, 3984:17,
3984:19, 3984:21,
3984:23, 3985:2,
3985:3, 3985:6,
3985:13, 3985:15,
3985:16, 3985:17,
3985:21, 3985:22,
3985:23, 3985:24,
3985:25, 3986:1,
3986:6, 3986:10,
3986:11, 3986:14,
3986:16, 3986:19,
3986:20, 3986:22,
3986:23, 3986:25,
3987:2, 3987:3,
3987:4, 3987:5,
3987:6, 3987:8,
3987:10, 3987:11,
3987:16, 3987:18,
3987:19, 3987:23,
3988:2, 3988:4,
3988:6, 3988:8,
3988:9, 3988:11,
3988:12, 3988:14,
3988:15, 3988:16,
3988:17, 3988:18,
3988:20, 3988:25,
3989:3, 3989:5,
3989:6, 3989:10,
3989:12, 3989:14,
3989:15, 3989:17,
3989:20, 3989:22,
3989:23, 3989:24,
3989:25, 3990:1,

3990:2, 3990:4,
3990:5, 3990:6,
3990:8, 3990:12,
3990:14, 3990:15,
3990:18, 3990:22,
3990:24, 3990:25,
3991:1, 3991:4,
3991:8, 3991:9,
3991:11, 3991:14,
3991:15, 3992:5,
3992:6, 3992:7,
3992:8, 3992:9,
3992:10, 3992:15,
3993:1, 3993:4,
3993:7, 3993:8,
3993:12, 3993:15,
3993:16, 3993:19,
3993:21, 3993:22,
3993:25, 3994:2,
3994:4, 3994:10,
3994:11, 3994:19,
3994:20, 3994:23,
3994:24, 3994:25,
3995:4, 3995:5,
3995:9, 3995:10,
3995:11, 3995:13,
3995:15, 3995:20,
3995:22, 3995:23,
3995:24, 3996:2,
3996:4, 3996:6,
3996:8, 3996:9,
3996:11, 3996:13,
3996:17, 3996:19,
3996:24, 3997:4,
3997:7, 3997:8,
3997:9, 3997:10,
3997:11, 3997:13,
3997:14, 3997:15,
3997:17, 3997:18,
3997:19, 3997:20,
3997:23, 3997:24,
3997:25, 3998:1,
3998:2, 3998:3,
3998:5, 3998:6,
3998:8, 3998:9,
3998:10, 3998:11,
3998:12, 3998:14,
3998:15, 3998:16,
3998:17, 3998:18,
3998:19, 3998:22,
3998:24, 3998:25,
3999:2, 3999:4,
3999:5, 3999:6,
3999:7, 3999:8,
3999:11, 3999:12,
3999:15, 3999:16,
3999:17, 3999:19,
3999:24, 4000:1,
4000:2, 4000:3,
4000:4, 4000:7,
4000:9, 4000:10,

| | | | | |
|---|---|---|---|---|
| 4000:11, 4000:12, | 4008:2, 4008:3, | 4017:4, 4017:5, | 4024:17, 4024:20, | 4035:1, 4035:2, |
| 4000:13, 4000:14, | 4008:5, 4008:6, | 4017:9, 4017:10, | 4024:22, 4024:24, | 4035:5, 4035:6, |
| 4000:15, 4000:16, | 4008:8, 4008:9, | 4017:11, 4017:12, | 4024:25, 4025:3, | 4035:7, 4035:9, |
| 4000:18, 4000:19, | 4008:10, 4008:11, | 4017:13, 4017:14, | 4025:9, 4025:10, | 4035:10, 4035:12, |
| 4000:20, 4000:23, | 4008:12, 4008:13, | 4017:15, 4017:16, | 4025:11, 4025:12, | 4035:14, 4035:16, |
| 4000:25, 4001:1, | 4008:14, 4008:15, | 4017:17, 4017:19, | 4025:14, 4025:16, | 4035:17, 4035:18, |
| 4001:2, 4001:6, | 4008:16, 4008:18, | 4017:20, 4017:22, | 4025:19, 4025:21, | 4035:19, 4035:20, |
| 4001:7, 4001:9, | 4008:20, 4008:24, | 4017:24, 4017:25, | 4025:22, 4025:23, | 4035:21, 4035:22, |
| 4001:12, 4001:13, | 4008:25, 4009:1, | 4018:1, 4018:3, | 4025:25, 4026:1, | 4035:23, 4036:1, |
| 4001:14, 4001:17, | 4009:5, 4009:10, | 4018:6, 4018:9, | 4026:2, 4026:3, | 4036:2, 4036:3, |
| 4001:18, 4001:20, | 4009:11, 4009:13, | 4018:10, 4018:11, | 4026:8, 4026:10, | 4036:4, 4036:6, |
| 4001:21, 4001:22, | 4009:14, 4009:16, | 4018:12, 4018:14, | 4026:11, 4026:12, | 4036:10, 4036:11, |
| 4001:23, 4001:25, | 4009:17, 4009:25, | 4018:15, 4018:16, | 4026:15, 4026:19, | 4036:12, 4036:13, |
| 4002:5, 4002:6, | 4010:4, 4010:9, | 4018:17, 4018:19, | 4026:22, 4026:24, | 4036:14, 4036:15, |
| 4002:7, 4002:8, | 4010:10, 4010:11, | 4018:20, 4018:21, | 4027:3, 4027:7, | 4036:22, 4036:25, |
| 4002:9, 4002:10, | 4010:14, 4010:18, | 4018:22, 4018:23, | 4027:8, 4027:9, | 4037:2, 4037:4, |
| 4002:12, 4002:13, | 4010:19, 4010:23, | 4018:25, 4019:1, | 4027:10, 4027:12, | 4037:6, 4037:9, |
| 4002:14, 4002:16, | 4010:25, 4011:1, | 4019:2, 4019:4, | 4027:13, 4027:15, | 4037:12, 4037:15, |
| 4002:17, 4002:18, | 4011:4, 4011:5, | 4019:6, 4019:7, | 4027:16, 4027:17, | 4037:18, 4037:19, |
| 4002:21, 4002:22, | 4011:6, 4011:7, | 4019:10, 4019:11, | 4027:20, 4027:21, | 4037:21, 4037:24, |
| 4002:24, 4003:1, | 4011:8, 4011:14, | 4019:13, 4019:14, | 4027:22, 4027:23, | 4038:1, 4038:4, |
| 4003:2, 4003:5, | 4011:15, 4011:16, | 4019:15, 4019:16, | 4027:25, 4028:5, | 4038:5, 4038:6, |
| 4003:8, 4003:9, | 4011:18, 4011:21, | 4019:17, 4019:18, | 4028:9, 4028:12, | 4038:8, 4038:12, |
| 4003:11, 4003:12, | 4011:22, 4011:23, | 4019:19, 4019:20, | 4028:16, 4028:18, | 4038:14, 4038:15, |
| 4003:13, 4003:14, | 4011:25, 4012:1, | 4019:21, 4019:23, | 4028:20, 4028:21, | 4038:16, 4038:20, |
| 4003:15, 4003:17, | 4012:2, 4012:3, | 4019:24, 4019:25, | 4028:23, 4029:1, | 4038:21, 4038:23, |
| 4003:18, 4003:20, | 4012:6, 4012:9, | 4020:2, 4020:3, | 4029:3, 4029:6, | 4038:24, 4039:3, |
| 4003:22, 4003:24, | 4012:13, 4012:14, | 4020:4, 4020:5, | 4029:12, 4029:13, | 4039:5, 4039:6, |
| 4003:25, 4004:1, | 4012:15, 4012:17, | 4020:8, 4020:10, | 4029:14, 4029:15, | 4039:7, 4039:8, |
| 4004:4, 4004:5, | 4012:19, 4012:20, | 4020:11, 4020:12, | 4029:16, 4029:17, | 4039:9, 4039:11, |
| 4004:7, 4004:10, | 4012:21, 4012:22, | 4020:13, 4020:17, | 4029:18, 4029:19, | 4039:13, 4039:14, |
| 4004:11, 4004:13, | 4012:23, 4013:2, | 4020:18, 4020:19, | 4029:20, 4029:24, | 4039:15, 4039:16, |
| 4004:14, 4004:15, | 4013:4, 4013:5, | 4020:20, 4020:22, | 4030:1, 4030:3, | 4039:20, 4039:25, |
| 4004:16, 4004:17, | 4013:6, 4013:8, | 4020:24, 4021:1, | 4030:4, 4030:6, | 4040:3, 4040:5, |
| 4004:18, 4004:19, | 4013:10, 4013:14, | 4021:2, 4021:6, | 4030:10, 4030:12, | 4040:9, 4040:10, |
| 4004:22, 4004:23, | 4013:15, 4013:16, | 4021:7, 4021:14, | 4030:13, 4030:15, | 4040:11, 4040:13, |
| 4004:24, 4005:2, | 4013:17, 4013:20, | 4021:15, 4021:16, | 4030:16, 4030:18, | 4040:14, 4040:15, |
| 4005:4, 4005:10, | 4013:22, 4013:23, | 4021:17, 4021:18, | 4030:19, 4030:23, | 4040:16, 4040:18, |
| 4005:11, 4005:12, | 4014:1, 4014:2, | 4021:19, 4021:20, | 4030:24, 4031:1, | 4040:19, 4040:20, |
| 4005:14, 4005:19, | 4014:6, 4014:9, | 4021:21, 4021:22, | 4031:6, 4031:7, | 4040:22, 4040:23, |
| 4005:21, 4005:22, | 4014:11, 4014:12, | 4021:24, 4022:1, | 4031:9, 4031:12, | 4040:24, 4041:1, |
| 4005:23, 4005:24, | 4014:16, 4014:17, | 4022:2, 4022:3, | 4031:13, 4031:14, | 4041:3, 4041:5, |
| 4006:1, 4006:2, | 4014:18, 4014:20, | 4022:4, 4022:5, | 4031:15, 4031:17, | 4041:9, 4041:12, |
| 4006:3, 4006:4, | 4014:21, 4014:22, | 4022:8, 4022:10, | 4031:19, 4031:20, | 4041:13, 4041:16, |
| 4006:5, 4006:7, | 4014:24, 4014:25, | 4022:11, 4022:12, | 4031:23, 4032:2, | 4041:17, 4041:20, |
| 4006:8, 4006:9, | 4015:3, 4015:4, | 4022:13, 4022:15, | 4032:5, 4032:6, | 4041:21, 4041:22, |
| 4006:11, 4006:12, | 4015:5, 4015:6, | 4022:16, 4022:17, | 4032:9, 4032:10, | 4041:23, 4041:24, |
| 4006:13, 4006:15, | 4015:7, 4015:8, | 4022:18, 4022:19, | 4032:15, 4032:17, | 4042:3, 4042:8, |
| 4006:16, 4006:17, | 4015:9, 4015:10, | 4022:20, 4022:21, | 4032:18, 4032:20, | 4042:13, 4042:19, |
| 4006:18, 4006:19, | 4015:11, 4015:12, | 4022:22, 4022:25, | 4032:22, 4032:23, | 4042:23, 4043:2, |
| 4006:20, 4006:21, | 4015:13, 4015:14, | 4023:2, 4023:3, | 4032:24, 4033:3, | 4043:4, 4043:5, |
| 4006:22, 4006:24, | 4015:16, 4015:19, | 4023:5, 4023:7, | 4033:6, 4033:7, | 4043:7, 4043:8, |
| 4007:1, 4007:3, | 4015:21, 4015:22, | 4023:8, 4023:9, | 4033:10, 4033:12, | 4043:11, 4043:12, |
| 4007:4, 4007:5, | 4015:24, 4015:25, | 4023:11, 4023:13, | 4033:15, 4033:18, | 4043:13, 4043:14, |
| 4007:9, 4007:10, | 4016:1, 4016:4, | 4023:14, 4023:16, | 4033:19, 4033:20, | 4043:16, 4043:17, |
| 4007:11, 4007:13, | 4016:6, 4016:7, | 4023:19, 4023:20, | 4033:22, 4033:24, | 4043:20, 4044:2, |
| 4007:14, 4007:15, | 4016:8, 4016:10, | 4023:23, 4023:24, | 4033:25, 4034:3, | 4044:3, 4044:4, |
| 4007:16, 4007:17, | 4016:16, 4016:19, | 4024:1, 4024:2, | 4034:4, 4034:5, | 4044:7, 4044:8, |
| 4007:19, 4007:20, | 4016:21, 4016:22, | 4024:3, 4024:5, | 4034:6, 4034:13, | 4044:9, 4044:10, |
| 4007:21, 4007:22, | 4016:24, 4016:25, | 4024:7, 4024:11, | 4034:15, 4034:17, | 4044:11, 4044:15, |
| 4007:24, 4007:25, | 4017:1, 4017:2, | 4024:12, 4024:16, | 4034:19, 4034:21, | 4044:19, 4044:22, |

4044:23, 4045:1,
4045:5, 4045:6,
4045:12, 4045:14,
4045:15, 4045:16,
4045:17, 4045:18,
4045:19, 4045:20,
4045:21, 4045:24,
4045:25, 4046:1,
4046:4, 4046:6,
4046:7, 4046:9,
4046:10, 4046:13,
4046:15, 4046:16,
4046:17, 4046:18,
4046:19, 4046:25,
4047:3, 4047:5,
4047:8, 4047:9,
4047:10, 4047:12,
4047:13, 4047:16,
4047:18, 4047:21,
4047:24, 4048:2,
4048:3, 4048:5,
4048:6, 4048:14,
4048:15, 4048:17,
4048:18, 4048:19,
4048:20, 4048:21,
4048:22, 4048:24,
4049:2, 4049:6,
4049:7, 4049:9,
4049:13, 4049:14,
4049:16, 4049:18,
4049:24, 4049:25,
4050:1, 4050:6,
4050:7, 4050:9,
4050:11, 4050:12,
4050:16, 4050:18,
4050:20, 4051:1,
4051:2, 4051:7,
4051:10, 4051:11,
4051:13, 4051:14,
4051:17, 4051:19,
4052:1, 4052:2,
4052:5, 4052:7,
4052:18, 4052:19,
4052:23, 4053:2,
4053:5, 4053:7,
4053:12, 4053:16,
4053:18, 4053:24,
4053:25, 4054:3,
4054:6, 4054:12,
4054:13, 4054:17,
4054:18, 4054:20,
4054:23, 4054:25,
4055:4, 4055:5,
4055:7, 4055:8,
4055:10, 4055:11,
4055:13, 4055:14,
4055:15, 4055:16,
4055:17, 4055:19,
4055:20, 4055:21,
4055:22, 4055:23,
4055:24, 4055:25,

4056:1, 4056:6,
4056:16, 4056:20,
4056:22, 4056:23,
4057:8, 4057:10,
4057:22, 4057:23,
4057:25, 4058:2,
4058:4, 4058:5,
4058:10, 4058:14,
4058:15, 4058:16,
4058:19, 4058:24,
4059:1, 4059:2,
4059:3, 4059:4,
4059:6, 4059:12,
4059:13, 4059:14,
4059:16, 4059:17,
4059:19, 4059:20,
4059:23, 4060:1,
4060:3, 4060:4,
4060:5, 4060:9,
4060:10, 4060:14,
4060:21, 4060:22,
4061:1, 4061:11,
4061:12, 4061:13

**THEIR** [9] - 3969:2,
3983:5, 3983:25,
3996:23, 3997:8,
4014:12, 4027:25,
4035:19, 4043:6

**THEM** [11] - 3994:23,
3995:21, 3997:16,
4004:9, 4028:14,
4032:8, 4033:8,
4033:24, 4048:5,
4051:21, 4055:10

**THEMSELVES** [2] -
3978:4, 3978:11

**THEN** [39] - 3976:4,
3985:19, 3986:21,
3987:21, 3988:10,
3996:3, 3997:18,
3998:2, 3998:11,
3999:9, 3999:12,
3999:25, 4000:6,
4002:8, 4004:11,
4004:13, 4004:14,
4004:23, 4007:17,
4010:1, 4012:8,
4013:20, 4016:24,
4021:4, 4021:22,
4022:22, 4022:23,
4022:25, 4023:22,
4023:23, 4024:2,
4029:16, 4031:22,
4037:12, 4043:6,
4048:8, 4049:9,
4050:21, 4060:16

**THEORIES** [1] -
3989:14

**THEORY** [1] -
3989:14

**THERE** [67] - 3972:5,
3972:11, 3975:4,
3977:10, 3978:2,
3978:3, 3979:21,
3980:10, 3982:5,
3985:10, 3987:24,
3988:14, 3989:25,
3993:25, 3995:8,
3995:13, 3995:20,
3996:7, 3996:18,
3998:25, 3999:21,
4000:3, 4005:7,
4006:10, 4006:13,
4010:22, 4011:4,
4011:11, 4011:22,
4012:4, 4014:9,
4014:23, 4015:22,
4016:7, 4016:15,
4017:18, 4018:1,
4020:12, 4021:5,
4021:6, 4022:5,
4023:3, 4023:10,
4026:21, 4028:4,
4028:15, 4029:7,
4029:18, 4030:19,
4033:5, 4033:11,
4034:11, 4035:25,
4037:17, 4038:1,
4039:3, 4039:5,
4042:4, 4048:20,
4048:21, 4049:12,
4049:14, 4049:15,
4052:19, 4058:6,
4060:20

**THERE'S** [12] -
3975:4, 3978:5,
3979:18, 3985:4,
3991:2, 3993:9,
3995:13, 4002:24,
4011:23, 4027:14,
4048:18, 4054:16

**THEREAFTER** [1] -
4054:8

**THEREBY** [2] -
3997:11, 4050:25

**THEREFORE** [1] -
3994:25

**THESE** [67] -
3968:22, 3974:14,
3975:2, 3975:3,
3977:21, 3978:12,
3979:12, 3981:12,
3983:9, 3983:11,
3984:2, 3985:4,
3986:1, 3989:24,
3990:15, 3992:16,
3994:11, 3995:1,
3995:14, 3997:8,
3999:14, 3999:21,
4001:15, 4001:17,

4002:4, 4003:4,
4004:1, 4005:9,
4006:5, 4006:14,
4006:15, 4006:18,
4007:4, 4008:11,
4009:5, 4012:11,
4012:21, 4012:25,
4013:17, 4014:25,
4015:5, 4018:15,
4018:18, 4020:16,
4020:21, 4021:3,
4021:5, 4021:8,
4021:15, 4021:19,
4023:9, 4023:11,
4023:12, 4026:11,
4026:12, 4030:21,
4031:10, 4032:4,
4033:7, 4034:9,
4035:7, 4045:15,
4047:14, 4052:20,
4053:19, 4055:13,
4056:5

**THESIS** [2] - 3970:7,
4012:3

**THEY** [98] - 3967:14,
3967:16, 3968:6,
3977:2, 3977:14,
3977:23, 3983:5,
3987:4, 3988:20,
3989:14, 3989:25,
3990:16, 3994:13,
3994:14, 3994:16,
3994:21, 3994:25,
3995:1, 3995:4,
3995:15, 3995:18,
3995:20, 3996:15,
3996:20, 3996:21,
3996:22, 3997:2,
3997:15, 3997:19,
3997:21, 3998:10,
3999:19, 3999:24,
4000:1, 4000:3,
4001:1, 4001:14,
4002:4, 4002:15,
4002:23, 4003:4,
4003:6, 4005:6,
4005:14, 4006:6,
4006:7, 4006:9,
4006:10, 4012:8,
4014:8, 4017:12,
4018:14, 4019:2,
4019:11, 4019:15,
4019:24, 4020:3,
4020:25, 4021:15,
4021:20, 4022:1,
4023:8, 4023:25,
4024:1, 4024:3,
4025:10, 4025:11,
4025:12, 4025:14,
4025:18, 4026:11,
4026:13, 4027:18,

4027:19, 4027:20,
4028:4, 4028:6,
4028:21, 4033:7,
4034:3, 4035:5,
4035:20, 4036:7,
4041:17, 4041:19,
4043:5, 4043:12,
4043:14, 4047:15,
4051:12, 4051:22,
4056:22, 4059:22,
4060:5

**THEY'D** [1] - 3994:17

**THEY'RE** [18] -
3981:5, 3999:6,
3999:15, 4004:25,
4005:19, 4009:3,
4017:9, 4017:11,
4018:5, 4020:1,
4021:11, 4026:5,
4029:19, 4030:20,
4033:5, 4039:15,
4040:25, 4041:1

**THEY'VE** [7] -
3968:5, 4017:12,
4017:14, 4026:14,
4035:19, 4040:13,
4055:7

**THICK** [7] - 3999:9,
3999:13, 4030:17,
4034:10, 4034:11,
4060:20

**THING** [12] - 3968:2,
3971:24, 3973:9,
3979:20, 4005:21,
4023:19, 4028:1,
4035:9, 4037:21,
4039:7, 4058:16,
4060:25

**THINGS** [7] -
3977:10, 3995:13,
4003:22, 4021:3,
4043:3, 4051:18,
4056:10

**THINK** [32] -
3968:25, 3976:14,
3977:25, 3978:15,
3979:16, 3979:19,
3983:7, 3983:14,
3988:24, 3988:25,
3990:5, 3991:5,
3996:21, 3998:5,
4001:2, 4003:7,
4003:17, 4015:20,
4024:14, 4025:25,
4028:17, 4030:7,
4038:21, 4042:9,
4044:10, 4044:16,
4052:5, 4054:16,
4055:25, 4059:16,
4060:24

THIRD [4] - 3985:2,
3995:9, 4020:19,
4053:24

THIS [269] - 3967:12,
3967:17, 3967:19,
3967:22, 3967:23,
3968:6, 3968:12,
3968:25, 3973:6,
3973:12, 3974:11,
3975:7, 3975:13,
3977:11, 3977:22,
3978:19, 3978:20,
3979:2, 3979:9,
3979:11, 3979:24,
3980:1, 3980:10,
3980:12, 3980:24,
3980:25, 3981:13,
3981:19, 3982:4,
3982:6, 3983:1,
3983:15, 3984:4,
3984:8, 3984:10,
3984:15, 3984:23,
3985:8, 3985:14,
3985:16, 3985:22,
3986:5, 3986:24,
3987:1, 3987:7,
3987:9, 3987:12,
3987:14, 3987:15,
3988:1, 3988:14,
3988:22, 3988:24,
3989:6, 3989:8,
3989:11, 3989:20,
3989:21, 3989:24,
3990:2, 3990:3,
3990:4, 3990:9,
3990:18, 3990:21,
3991:5, 3991:10,
3991:18, 3992:12,
3992:15, 3993:5,
3993:7, 3993:23,
3993:24, 3994:5,
3994:8, 3994:23,
3995:2, 3996:1,
3998:22, 3998:23,
3998:24, 3999:13,
3999:17, 3999:20,
4000:6, 4000:9,
4000:15, 4000:22,
4001:1, 4001:2,
4001:4, 4001:10,
4001:11, 4001:12,
4001:20, 4002:7,
4002:17, 4002:21,
4003:7, 4003:18,
4003:20, 4003:22,
4003:24, 4004:9,
4005:4, 4005:15,
4005:25, 4006:14,
4007:8, 4007:9,
4007:11, 4007:17,
4007:19, 4008:1,

4008:5, 4008:6,
4010:5, 4010:6,
4010:7, 4010:9,
4010:12, 4010:17,
4010:22, 4011:4,
4011:13, 4011:15,
4012:14, 4013:5,
4013:8, 4013:12,
4013:15, 4013:22,
4014:1, 4014:2,
4014:4, 4014:5,
4014:7, 4014:10,
4014:13, 4014:15,
4015:12, 4015:23,
4016:3, 4016:5,
4016:11, 4016:21,
4016:22, 4016:23,
4017:3, 4017:10,
4017:22, 4017:23,
4017:24, 4018:5,
4018:12, 4018:24,
4019:5, 4019:6,
4019:7, 4019:10,
4019:14, 4019:18,
4020:3, 4020:14,
4020:23, 4021:9,
4022:2, 4023:20,
4024:19, 4024:21,
4024:24, 4025:6,
4025:7, 4026:6,
4026:10, 4026:18,
4027:5, 4027:6,
4027:9, 4028:2,
4028:6, 4028:8,
4028:18, 4029:8,
4029:10, 4029:11,
4029:22, 4030:15,
4031:1, 4031:2,
4031:9, 4031:21,
4032:8, 4032:9,
4032:17, 4032:22,
4033:1, 4033:11,
4033:12, 4034:1,
4034:17, 4034:21,
4035:3, 4035:4,
4035:11, 4035:12,
4035:16, 4035:20,
4035:22, 4036:2,
4036:3, 4036:11,
4037:5, 4037:21,
4037:23, 4038:12,
4038:14, 4038:22,
4038:25, 4039:1,
4039:7, 4039:10,
4039:17, 4040:6,
4040:10, 4040:11,
4040:18, 4040:19,
4040:20, 4040:25,
4041:10, 4041:18,
4042:7, 4043:9,
4043:21, 4047:10,

4051:5, 4052:5,
4054:3, 4054:8,
4054:18, 4054:20,
4054:22, 4054:23,
4055:3, 4055:5,
4055:7, 4055:9,
4055:17, 4055:22,
4055:25, 4058:11,
4058:14, 4059:19,
4059:24, 4060:9

THOMAS [6] -
3963:23, 3966:4,
3967:8, 3969:12,
3969:16

THOSE [37] -
3967:15, 3968:3,
3968:11, 3972:10,
3973:12, 3974:19,
3978:6, 3978:10,
3978:13, 3979:15,
3982:19, 3985:4,
3987:11, 3999:4,
3999:14, 4004:21,
4004:22, 4004:23,
4005:22, 4009:1,
4009:3, 4013:21,
4020:17, 4021:3,
4023:1, 4030:11,
4030:24, 4032:2,
4035:10, 4047:9,
4047:17, 4048:16,
4048:17, 4048:19,
4048:20, 4059:16

THOUGH [3] -
3977:23, 3988:18,
4028:3

THOUGHT [6] -
3982:8, 3995:2,
4001:6, 4013:12,
4024:20, 4058:3

THOUSANDS [1] -
4051:17

THREE [24] -
3990:16, 3994:16,
3996:4, 3996:6,
4001:13, 4011:5,
4011:14, 4011:17,
4016:15, 4018:17,
4019:3, 4019:12,
4019:13, 4020:21,
4028:6, 4035:21,
4035:24, 4036:5,
4039:3, 4045:3,
4046:21, 4049:12,
4054:6, 4059:7

THREE-
DIMENSIONAL [2] -
4045:3, 4046:21

THROUGH [18] -
3968:22, 3968:23,

3974:7, 3974:24,
3974:25, 3977:20,
3979:17, 3981:12,
3986:1, 3988:24,
3994:12, 4001:16,
4002:4, 4003:2,
4005:17, 4005:18

THURSDAY [2] -
3963:4, 3967:2

THUS [2] - 4026:3,
4051:2

TIE [2] - 4017:24,
4018:3

TILTING [1] - 4014:4

TIME [62] - 3971:9,
3973:22, 3974:9,
3974:19, 3975:11,
3977:17, 3981:6,
3981:25, 3983:2,
3984:24, 3985:14,
3985:16, 3985:22,
3987:21, 3988:18,
3992:15, 3993:19,
3994:9, 3994:15,
3994:17, 3994:20,
3995:3, 3996:6,
4000:6, 4006:10,
4006:13, 4006:19,
4006:21, 4006:22,
4006:23, 4008:6,
4013:23, 4016:4,
4017:14, 4020:11,
4023:23, 4025:13,
4025:18, 4026:6,
4026:11, 4026:12,
4026:19, 4028:9,
4032:3, 4035:2,
4036:6, 4037:6,
4042:13, 4044:3,
4044:8, 4044:18,
4046:18, 4049:7,
4052:5, 4053:19,
4055:1, 4055:15,
4057:19, 4058:19,
4059:2

TIME-CONSUMING
[1] - 3994:15

TIMES [6] - 3968:10,
3996:4, 3996:6,
4030:24, 4035:5,
4054:12

TIRED [3] - 3981:17,
3981:21, 4046:23

TITLE [1] - 3970:7

TITLED [1] - 3970:3

TO [566] - 3967:6,
3967:11, 3967:13,
3967:15, 3967:19,
3968:1, 3968:4,
3968:6, 3968:12,

3968:16, 3968:17,
3968:21, 3968:24,
3969:1, 3969:5,
3969:18, 3970:16,
3970:23, 3971:4,
3971:22, 3972:8,
3972:16, 3972:23,
3972:24, 3973:9,
3973:12, 3973:14,
3973:21, 3973:23,
3974:11, 3974:19,
3974:20, 3974:21,
3974:23, 3975:1,
3975:2, 3975:9,
3975:10, 3975:12,
3975:17, 3975:18,
3976:4, 3976:20,
3976:25, 3977:1,
3977:2, 3977:3,
3977:6, 3977:16,
3977:18, 3977:21,
3978:3, 3978:9,
3978:17, 3978:19,
3978:20, 3978:22,
3978:23, 3978:25,
3979:1, 3979:6,
3979:8, 3979:11,
3979:13, 3979:15,
3979:19, 3979:20,
3979:25, 3980:9,
3980:13, 3980:20,
3980:22, 3981:6,
3981:11, 3981:13,
3981:14, 3981:17,
3981:19, 3981:24,
3981:25, 3982:5,
3982:6, 3982:7,
3982:9, 3982:19,
3982:21, 3983:3,
3983:4, 3983:10,
3983:12, 3983:23,
3983:24, 3983:25,
3984:1, 3984:9,
3984:15, 3985:9,
3985:19, 3985:24,
3986:3, 3986:7,
3986:11, 3986:16,
3986:23, 3987:2,
3987:7, 3987:8,
3987:9, 3987:18,
3987:23, 3988:2,
3988:5, 3988:6,
3988:9, 3988:12,
3988:15, 3988:16,
3988:17, 3988:25,
3989:1, 3989:6,
3989:9, 3989:22,
3990:2, 3990:4,
3990:15, 3991:6,
3991:9, 3991:14,
3991:15, 3991:16,

3992:9, 3992:16,
3993:2, 3993:5,
3993:9, 3993:10,
3993:16, 3993:24,
3994:10, 3994:14,
3994:15, 3994:20,
3994:21, 3994:23,
3994:25, 3995:1,
3995:3, 3995:12,
3995:22, 3995:24,
3996:17, 3996:22,
3996:25, 3997:10,
3997:15, 3997:17,
3997:21, 3997:22,
3998:2, 3998:3,
3998:4, 3998:5,
3998:11, 3998:12,
3998:13, 3998:18,
3998:22, 3999:4,
3999:5, 3999:8,
3999:9, 3999:21,
4000:4, 4000:7,
4000:12, 4000:16,
4000:18, 4000:20,
4000:23, 4000:24,
4001:4, 4001:6,
4001:9, 4001:18,
4002:2, 4002:3,
4002:4, 4002:6,
4002:7, 4002:10,
4002:16, 4002:19,
4002:25, 4003:8,
4003:10, 4003:11,
4003:19, 4003:21,
4003:25, 4004:2,
4004:9, 4004:12,
4004:13, 4004:16,
4004:18, 4004:19,
4004:22, 4004:23,
4005:4, 4005:7,
4005:12, 4006:11,
4006:12, 4007:7,
4007:8, 4007:17,
4007:21, 4007:22,
4008:5, 4008:8,
4008:12, 4008:14,
4008:20, 4009:3,
4009:16, 4009:19,
4009:22, 4009:23,
4010:2, 4010:7,
4010:9, 4010:14,
4010:23, 4011:2,
4011:9, 4011:12,
4011:14, 4011:21,
4012:10, 4012:15,
4012:22, 4012:23,
4012:24, 4013:1,
4013:18, 4013:24,
4014:2, 4014:7,
4014:22, 4015:4,
4015:5, 4015:10,

4015:12, 4015:14,
4015:19, 4015:21,
4016:5, 4016:10,
4016:18, 4017:1,
4017:2, 4017:7,
4017:9, 4017:11,
4017:13, 4017:15,
4017:16, 4017:17,
4017:20, 4017:22,
4017:25, 4018:1,
4018:7, 4018:9,
4018:10, 4018:11,
4018:14, 4018:16,
4018:21, 4018:24,
4019:3, 4019:5,
4019:10, 4019:11,
4019:12, 4019:13,
4019:15, 4019:25,
4020:3, 4020:5,
4020:8, 4020:9,
4020:11, 4020:12,
4020:16, 4020:18,
4020:19, 4020:20,
4020:21, 4021:1,
4021:2, 4021:11,
4021:14, 4021:16,
4021:18, 4021:19,
4021:22, 4021:24,
4022:2, 4022:3,
4022:4, 4022:7,
4022:9, 4022:14,
4022:23, 4023:3,
4023:8, 4023:9,
4023:10, 4023:12,
4023:20, 4023:23,
4024:17, 4025:5,
4025:14, 4025:15,
4025:19, 4025:23,
4026:5, 4026:9,
4026:14, 4026:18,
4026:22, 4027:1,
4027:2, 4027:5,
4027:10, 4027:12,
4027:13, 4027:14,
4027:17, 4027:22,
4028:1, 4028:5,
4028:7, 4028:8,
4028:12, 4028:13,
4028:20, 4029:9,
4029:12, 4029:13,
4029:16, 4029:17,
4029:24, 4030:4,
4030:5, 4030:6,
4030:12, 4030:15,
4030:16, 4030:17,
4031:2, 4031:6,
4031:14, 4031:15,
4031:20, 4031:21,
4031:25, 4032:4,
4032:5, 4032:6,
4032:10, 4032:14,

4032:17, 4032:22,
4032:24, 4033:8,
4033:10, 4033:15,
4033:18, 4033:19,
4033:21, 4034:2,
4034:13, 4034:17,
4034:22, 4035:8,
4035:11, 4035:14,
4035:20, 4035:21,
4035:23, 4036:5,
4036:7, 4036:10,
4036:15, 4036:17,
4037:8, 4037:15,
4037:17, 4037:19,
4037:22, 4037:24,
4038:5, 4038:15,
4038:17, 4038:19,
4039:3, 4039:4,
4039:13, 4039:14,
4039:16, 4039:19,
4039:20, 4039:24,
4040:4, 4040:5,
4040:16, 4040:19,
4040:24, 4041:5,
4041:6, 4041:10,
4042:1, 4042:2,
4042:3, 4042:6,
4042:10, 4042:12,
4042:15, 4042:20,
4042:23, 4043:3,
4043:6, 4043:9,
4043:13, 4043:16,
4044:2, 4044:4,
4044:5, 4044:9,
4044:11, 4044:24,
4045:9, 4045:18,
4045:20, 4046:16,
4046:22, 4047:14,
4047:15, 4047:20,
4048:12, 4048:14,
4048:16, 4048:17,
4049:3, 4049:8,
4049:20, 4050:2,
4050:6, 4050:9,
4050:22, 4051:4,
4051:6, 4051:9,
4052:1, 4052:4,
4052:7, 4052:10,
4052:17, 4052:19,
4052:23, 4053:4,
4053:8, 4053:9,
4053:11, 4053:15,
4053:18, 4053:22,
4054:14, 4054:22,
4054:24, 4055:3,
4055:8, 4055:10,
4055:20, 4055:22,
4055:24, 4056:4,
4056:8, 4056:16,
4056:17, 4057:2,
4057:9, 4057:14,

4058:10, 4058:11,
4058:20, 4058:23,
4058:24, 4059:4,
4059:5, 4059:7,
4059:12, 4060:3,
4060:7, 4060:18,
4060:21, 4060:22,
4060:23, 4061:11
**TODAY** [1] - 4018:7
**TOE** [3] - 4021:21,
4022:11, 4039:8
**TOGETHER** [2] -
3972:11, 4048:5
**TOLD** [4] - 3980:23,
3995:24, 4054:12,
4059:19
**TOLERABLE** [1] -
4009:4
**TOMORROW** [1] -
4058:7
**TOO** [1] - 3989:17
**TOOK** [6] - 3980:18,
3982:4, 4015:22,
4026:18, 4027:18,
4052:15
**TOOLS** [4] - 3968:1,
3973:9, 3973:12,
4053:2
**TOP** [16] - 3976:3,
3995:9, 3996:24,
3997:4, 3997:7,
3998:14, 3999:12,
4012:13, 4020:10,
4020:11, 4020:12,
4021:24, 4022:7,
4027:23, 4028:12
**TOPIC** [1] - 4013:13
**TOPICS** [1] -
3970:19
**TORTS** [1] - 3965:5
**TOTAL** [9] - 3968:8,
3968:9, 4010:19,
4025:12, 4025:18,
4026:19, 4026:22,
4049:8, 4057:11
**TOTALLY** [1] -
3982:19
**TOUCHED** [1] -
4005:24
**TOWARD** [3] -
4007:5, 4021:1,
4045:17
**TRANSCRIPT** [3] -
3963:7, 3965:20,
4061:11
**TRAVERSE** [2] -
3966:6, 3973:3
**TRIAL** [9] - 3963:7,
3980:21, 3982:6,
4002:16, 4010:25,

4052:5, 4053:9,
4053:12, 4053:16
**TRIAL-AND-
ERROR** [1] - 4053:9
**TRIANGLE** [1] -
4004:10
**TRIES** [1] - 3998:2
**TRIGGERS** [1] -
4028:18
**TRUE** [8] - 4042:15,
4042:23, 4048:19,
4048:20, 4048:22,
4049:13, 4049:14,
4061:11
**TRUTH** [3] - 3981:5,
3981:7
**TRY** [8] - 3978:19,
3984:1, 3993:5,
4005:12, 4013:1,
4052:10, 4053:15,
4060:23
**TRYING** [4] -
3980:20, 3983:2,
3996:22, 4044:24
**TUBE** [2] - 4047:12
**TURN** [5] - 3987:9,
4001:9, 4007:7,
4018:9, 4032:23
**TURNING** [1] -
4042:6
**TWENTY** [1] -
3994:10
**TWENTY-FIVE** [1] -
3994:10
**TWO** [35] - 3969:17,
3972:10, 3972:11,
3985:4, 3989:14,
3995:13, 3995:21,
3996:3, 3996:4,
3996:5, 3996:7,
3998:24, 4000:23,
4000:24, 4001:2,
4001:4, 4001:24,
4011:4, 4011:16,
4012:25, 4014:17,
4020:10, 4032:2,
4032:10, 4032:13,
4037:19, 4037:24,
4038:4, 4043:4,
4045:2, 4045:4,
4059:16
**TWO-
DIMENSIONAL** [2] -
4045:2, 4045:4
**TX** [1] - 3963:24
**TYPE** [4] - 4001:20,
4045:9, 4049:8
**TYPES** [5] - 3971:18,
3999:17, 4006:14,
4006:15, 4014:16

**TYPICAL** [1] - 4035:23
**TYPICALLY** [1] - 4012:21

## U

**U** [2] - 3965:4, 4052:20
**U.S** [9] - 3971:6, 3971:9, 3971:16, 3972:16, 3973:24, 3985:21, 4015:3, 4015:10, 4015:13
**ULTIMATELY** [3] - 3994:23, 4006:17, 4006:18
**UNCERTAIN** [1] - 4049:18
**UNCERTAINTIES** [5] - 4047:20, 4047:22, 4047:24, 4048:6, 4049:8
**UNCERTAINTY** [3] - 4048:3, 4048:5
**UNCONTROLLED** [1] - 4008:21
**UNDER** [14] - 3970:4, 3982:12, 3996:21, 4001:12, 4027:20, 4035:2, 4035:12, 4035:14, 4035:18, 4035:19, 4044:3
**UNDERGRADUATE** [3] - 3969:20, 3971:21, 3971:22
**UNDERGROUND** [1] - 3975:4
**UNDERLYING** [10] - 3975:1, 3997:18, 4001:19, 4006:12, 4007:4, 4015:7, 4027:8, 4027:15, 4033:3, 4041:19
**UNDERNEATH** [2] - 4008:24, 4028:10
**UNDERSTAND** [19] - 3978:3, 3980:10, 3980:17, 3981:23, 3983:24, 3984:1, 3989:16, 3989:17, 3993:15, 3998:19, 4011:9, 4032:9, 4039:13, 4039:14, 4039:21, 4058:5, 4059:9
**UNDERSTANDING** [10] - 3976:14, 3976:17, 3985:6, 3985:7, 3985:9, 4022:14, 4029:19,

4030:11, 4045:3, 4061:12
**UNDERSTANDS** [2] - 3983:7, 3983:9
**UNDERWENT** [1] - 4043:8
**UNDISTURBED** [1] - 4047:11
**UNDRAINED** [3] - 4012:16, 4012:18, 4035:9
**UNFAIR** [2] - 3979:8, 3982:19
**UNFORTUNATELY** [1] - 3983:13
**UNITED** [6] - 3963:1, 3963:5, 3963:8, 3967:7, 3972:19, 4061:9
**UNIVERSITY** [7] - 3969:21, 3969:24, 3970:1, 3970:6, 3970:15, 3971:13, 3972:2
**UNLESS** [1] - 3990:22
**UNTIL** [1] - 3988:9
**UNTIMELY** [1] - 3969:3
**UNUSUAL** [1] - 4038:18
**UP** [54] - 3968:1, 3968:23, 3969:8, 3971:4, 3973:9, 3973:12, 3981:7, 3981:19, 3983:4, 3984:4, 3990:18, 3995:7, 3997:7, 3999:20, 4002:10, 4002:14, 4003:2, 4004:19, 4009:15, 4011:14, 4011:15, 4014:23, 4020:11, 4020:20, 4022:10, 4023:9, 4023:15, 4025:16, 4026:25, 4028:5, 4028:9, 4028:14, 4029:6, 4032:2, 4032:15, 4033:1, 4036:19, 4036:20, 4037:4, 4037:5, 4039:1, 4040:11, 4040:15, 4044:6, 4046:15, 4048:15, 4048:24, 4052:4, 4052:18, 4055:1, 4059:5, 4060:3, 4060:16
**UP-TO-DATE** [3] - 3968:1, 3973:9,

3973:12
**UPDATED** [1] - 4035:19
**UPON** [2] - 3969:7, 3994:2
**UPPER** [6] - 4005:23, 4018:25, 4019:16, 4026:10, 4030:13, 4048:22
**URGE** [1] - 4030:7
**US** [17] - 3968:6, 3972:3, 3987:10, 4016:3, 4024:19, 4025:5, 4028:3, 4030:10, 4032:18, 4032:20, 4035:1, 4046:16, 4052:23, 4054:12, 4057:23, 4059:19
**USE** [16] - 3968:6, 3977:4, 3978:15, 3979:6, 3981:13, 3982:10, 3982:19, 3998:10, 4011:1, 4017:9, 4019:21, 4044:4, 4045:5, 4045:9, 4046:4, 4055:25
**USED** [22] - 3975:25, 3979:3, 3994:13, 3996:20, 3997:20, 3998:18, 4004:8, 4006:1, 4012:8, 4012:14, 4014:18, 4032:7, 4040:21, 4040:23, 4043:18, 4044:23, 4045:1, 4046:20, 4050:24, 4051:20, 4052:19
**USEFUL** [2] - 4042:15, 4051:4
**USES** [7] - 3982:14, 4011:13, 4012:4, 4012:5, 4012:6, 4015:16, 4046:1
**USING** [7] - 3997:16, 4004:11, 4023:20, 4035:3, 4035:4, 4049:5, 4055:22
**USUAL** [1] - 3981:14
**UTILIZE** [1] - 4053:10

## V

**V** [1] - 3963:4
**VACUUM** [1] - 3996:19
**VALIDATED** [3] - 4042:16, 4043:22, 4047:1

**VALIDATION** [4] - 4042:6, 4042:19, 4045:24, 4051:19
**VALLEY** [3] - 3983:21, 4000:25, 4018:13
**VALUE** [12] - 4012:22, 4012:23, 4013:3, 4035:14, 4048:19, 4048:21, 4048:22, 4049:6, 4049:13, 4049:14, 4049:19, 4051:3
**VALUES** [7] - 4005:23, 4035:8, 4035:9, 4048:15, 4048:19, 4049:3, 4049:10
**VARIABLE** [2] - 3995:15, 4048:4
**VARIATION** [4] - 3997:20, 4001:12, 4048:9, 4049:9
**VARIATIONS** [2] - 4008:12, 4034:1
**VARIES** [2] - 3976:17, 4025:14
**VARIETY** [4] - 3971:22, 4005:12, 4020:24, 4021:3
**VARIOUS** [2] - 4022:22, 4035:5
**VELOCITIES** [2] - 4046:14, 4046:17
**VERRETT** [9] - 4032:22, 4057:23, 4058:1, 4058:3, 4058:10, 4059:14, 4060:5, 4060:9
**VERRETT'S** [1] - 4057:25
**VERTICAL** [4] - 3991:2, 3994:3, 4001:25, 4038:16
**VERY** [44] - 3969:9, 3973:1, 3973:16, 3983:8, 3984:2, 3985:8, 3986:9, 3986:17, 3987:20, 3994:15, 3994:17, 3994:22, 3995:14, 3996:13, 3996:19, 3996:20, 3996:25, 3997:1, 3997:8, 3999:13, 4001:22, 4002:20, 4006:19, 4006:24, 4014:13, 4016:11, 4019:1, 4022:9, 4026:8, 4031:6, 4033:15,

4033:16, 4036:15, 4046:20, 4048:1, 4049:16, 4049:18, 4060:5, 4061:2
**VICINITY** [2] - 3973:24, 4020:15
**VICKSBURG** [3] - 3983:21, 3985:18, 3985:22
**VICTOR** [1] - 3964:19
**VIDEO** [1] - 4044:6
**VILLERE** [3] - 4020:18, 4020:19, 4021:15
**VIRGINIA** [1] - 3986:12
**VIRTUAL** [1] - 4060:23
**VM** [1] - 4012:18
**VOIR** [2] - 3966:5, 3971:1
**VOLUME** [1] - 3963:9

## W

**W** [2] - 3969:17, 3986:7
**W-O-L-F-F** [1] - 3969:17
**WAIT** [7] - 3988:9, 3994:14, 3995:2, 3995:3, 4000:12, 4029:6
**WAITING** [1] - 3997:17
**WALL** [1] - 3999:22
**WALTER** [1] - 3964:8
**WANT** [17] - 3975:10, 3975:19, 3979:8, 3979:15, 3980:9, 4007:8, 4016:10, 4019:9, 4037:17, 4037:19, 4039:13, 4040:4, 4042:3, 4052:17, 4060:7, 4060:22
**WANTING** [1] - 3988:6
**WANTS** [2] - 3979:13, 4010:12
**WARREN** [1] - 3965:1
**WAS** [128] - 3969:12, 3970:2, 3970:7, 3972:8, 3972:9, 3972:11, 3972:16, 3981:1, 3982:5, 3984:4, 3984:7, 3984:12, 3984:17,

3984:18, 3984:19, 3984:23, 3985:2, 3985:3, 3985:7, 3985:8, 3985:15, 3985:16, 3985:23, 3986:2, 3986:14, 3986:19, 3987:7, 3987:21, 3988:1, 3988:11, 3988:20, 3990:5, 3990:24, 3992:15, 3993:24, 3994:2, 3994:19, 3994:21, 3994:23, 3995:3, 3996:23, 3996:25, 3997:20, 3998:25, 3999:20, 4000:3, 4000:6, 4000:18, 4002:1, 4002:25, 4003:24, 4006:1, 4006:2, 4006:6, 4006:8, 4006:10, 4006:11, 4007:11, 4007:25, 4008:6, 4011:13, 4011:24, 4013:6, 4013:12, 4013:15, 4013:23, 4015:11, 4016:1, 4016:11, 4019:14, 4022:8, 4022:25, 4023:3, 4023:17, 4023:23, 4024:9, 4024:20, 4027:24, 4031:2, 4031:4, 4031:7, 4035:2, 4036:7, 4037:4, 4037:6, 4038:22, 4039:3, 4040:7, 4040:9, 4040:23, 4041:12, 4041:16, 4043:8, 4044:17, 4046:5, 4046:6, 4046:8, 4047:18, 4050:2, 4050:21, 4051:11, 4051:19, 4052:20, 4052:24, 4054:7, 4054:9, 4055:14, 4055:23, 4056:7, 4056:16, 4056:24, 4058:14, 4058:15, 4058:20, 4058:23, 4059:1, 4059:5, 4059:13, 4059:20, 4059:21, 4059:22, 4061:3
**WASH** [1] - 4019:16
**WASHED** [2] - 4044:7, 4050:12
**WASHINGTON** [2] - 3965:13, 3986:12
**WASN'T** [1] -

3984:18
**WATER** [12] - 4019:25, 4021:6, 4021:25, 4022:1, 4035:22, 4039:3, 4043:12, 4043:13, 4044:5, 4046:10, 4046:14
**WATER'S** [2] - 4003:3, 4003:5
**WATERWAY** [8] - 3987:7, 3987:8, 3992:9, 3992:16, 4000:16, 4002:22, 4002:24, 4007:5
**WATERWAYS** [1] - 3985:22
**WAVE** [5] - 3989:14, 4019:16, 4043:20, 4046:13, 4050:12
**WAVES** [1] - 4044:4
**WAY** [21] - 3975:7, 3977:11, 3979:8, 3979:19, 3981:3, 3982:15, 3988:22, 3988:25, 3989:24, 3994:1, 3995:9, 4000:4, 4000:16, 4005:4, 4019:5, 4019:21, 4019:22, 4023:10, 4035:11, 4046:1
**WAYNE** [2] - 3986:5, 3986:8
**WE** [118] - 3968:3, 3968:5, 3968:11, 3972:12, 3972:23, 3974:19, 3974:21, 3974:23, 3975:8, 3975:17, 3976:25, 3979:21, 3980:15, 3980:18, 3981:6, 3981:17, 3981:24, 3982:21, 3982:22, 3983:1, 3984:11, 3988:10, 3988:19, 3988:21, 3989:6, 3993:6, 3995:7, 3995:15, 3995:20, 3997:25, 3998:1, 4000:23, 4002:23, 4003:8, 4007:13, 4007:15, 4007:17, 4010:24, 4012:13, 4012:17, 4013:23, 4013:25, 4014:3, 4014:10, 4014:24, 4015:25, 4016:10, 4018:15, 4020:10, 4020:17, 4021:4,

4021:5, 4021:9, 4021:22, 4022:4, 4022:7, 4024:14, 4025:23, 4026:10, 4026:17, 4026:18, 4027:10, 4028:1, 4028:9, 4029:5, 4030:2, 4030:13, 4030:16, 4031:13, 4032:2, 4032:24, 4034:2, 4034:8, 4034:9, 4034:11, 4034:19, 4035:10, 4035:11, 4035:24, 4036:6, 4036:10, 4036:20, 4036:24, 4037:3, 4037:12, 4038:3, 4038:8, 4038:10, 4040:14, 4041:5, 4044:14, 4047:17, 4048:3, 4048:15, 4051:20, 4051:21, 4051:22, 4052:7, 4052:14, 4052:18, 4052:23, 4055:16, 4055:23, 4055:25, 4056:7, 4059:2, 4059:12, 4060:13, 4060:18, 4061:1
**WE'LL** [13] - 3982:25, 3990:15, 4001:6, 4005:13, 4006:14, 4012:8, 4020:5, 4020:9, 4022:7, 4024:6, 4036:12, 4058:8, 4059:4
**WE'RE** [22] - 3967:12, 3976:2, 3976:10, 3981:14, 3983:12, 3993:14, 3995:6, 4001:3, 4007:14, 4007:16, 4010:9, 4015:20, 4015:21, 4016:4, 4029:16, 4029:21, 4034:13, 4037:1, 4037:7, 4037:9, 4039:12
**WE'VE** [2] - 3967:14, 3988:18
**WEAK** [2] - 4001:23, 4002:24
**WEAVER** [12] - 3984:6, 3985:13, 3986:11, 3986:24, 3987:1, 3987:17, 4000:25, 4011:7, 4017:25, 4018:3,

4018:11, 4018:12
**WEAVER'S** [1] - 4016:24
**WEEK** [1] - 3972:12
**WEEKS** [2] - 3972:5, 3972:11
**WEIGHT** [15] - 3982:12, 3997:17, 3998:2, 3998:3, 4002:5, 4002:12, 4004:10, 4004:12, 4004:19, 4005:10, 4005:11, 4005:22, 4006:12, 4023:13, 4023:14
**WEIGHTS** [3] - 4004:22, 4014:8, 4014:12
**WELL** [23] - 3971:18, 3974:4, 3975:5, 3975:20, 3983:8, 3987:5, 3989:8, 3990:22, 3996:19, 3998:8, 4000:25, 4001:20, 4003:8, 4014:13, 4019:4, 4021:7, 4022:4, 4023:20, 4034:9, 4036:23, 4040:21, 4051:11, 4060:15
**WELL-DOCUMENTED** [1] - 4014:13
**WENT** [6] - 3984:11, 3985:19, 3985:24, 3986:11, 4038:21, 4053:18
**WERE** [54] - 3968:18, 3972:6, 3972:12, 3974:9, 3977:16, 3978:5, 3978:6, 3983:4, 3985:10, 3986:1, 3986:2, 3987:1, 3988:21, 3989:24, 3989:25, 3994:25, 3995:5, 3996:15, 3996:21, 3996:22, 4003:10, 4005:8, 4005:14, 4010:11, 4011:22, 4012:9, 4013:21, 4015:3, 4015:22, 4020:22, 4022:14, 4023:8, 4024:3, 4027:19, 4036:11, 4038:10, 4041:24, 4043:3, 4043:8, 4043:14, 4044:17, 4046:16, 4047:14, 4047:15, 4048:14,

4051:12, 4052:18, 4053:20, 4054:14, 4054:2, 4055:17, 4059:22, 4060:4, 4060:5
**WEREN'T** [1] - 3984:12
**WEST** [5] - 4029:17, 4032:8, 4032:22, 4032:23, 4032:24
**WESTERINK** [1] - 3981:4
**WHACK** [1] - 3979:18
**WHAT** [88] - 3972:6, 3974:3, 3974:21, 3974:23, 3975:2, 3976:10, 3976:13, 3978:11, 3978:12, 3978:21, 3979:2, 3979:18, 3981:12, 3982:5, 3982:17, 3983:7, 3983:10, 3983:11, 3983:18, 3984:8, 3988:11, 3988:24, 3989:1, 3989:8, 3990:12, 3994:11, 3994:23, 3995:4, 3998:5, 3998:22, 3998:25, 4001:11, 4002:5, 4002:11, 4004:7, 4004:24, 4005:18, 4005:24, 4005:25, 4010:17, 4011:11, 4011:12, 4012:1, 4012:15, 4012:24, 4013:1, 4014:11, 4014:12, 4014:24, 4015:16, 4016:11, 4017:8, 4017:20, 4023:17, 4024:2, 4024:20, 4024:22, 4025:12, 4026:10, 4027:18, 4029:24, 4033:2, 4035:1, 4036:11, 4037:1, 4037:14, 4037:17, 4037:22, 4040:16, 4041:15, 4043:1, 4044:24, 4046:9, 4047:24, 4049:12, 4049:18, 4050:5, 4050:9, 4050:21, 4050:22, 4050:25, 4052:23, 4053:4, 4055:5, 4055:9, 4055:23, 4058:22, 4058:23
**WHAT'S** [14] -

3981:7, 3981:10,
4000:22, 4010:3,
4012:11, 4016:16,
4016:21, 4019:4,
4019:10, 4020:13,
4025:10, 4025:21,
4047:8, 4047:11

**WHATEVER** [9] -
3977:22, 3980:23,
3981:1, 3981:13,
3982:7, 4004:13,
4026:6, 4033:22,
4039:21

**WHEN** [26] - 3969:7,
3975:9, 3975:14,
3977:19, 3978:1,
3979:9, 3982:5,
3982:9, 3982:13,
3988:8, 3993:6,
3993:14, 3993:15,
3997:18, 4004:21,
4008:19, 4009:6,
4015:20, 4017:12,
4019:18, 4020:1,
4023:23, 4025:13,
4025:18, 4029:6,
4051:9

**WHENEVER** [1] -
4024:12

**WHERE** [50] -
3971:7, 3975:21,
3976:2, 3977:5,
3978:4, 3978:25,
3994:13, 3995:5,
3998:2, 3998:12,
4000:13, 4001:21,
4001:23, 4001:25,
4002:5, 4002:17,
4002:23, 4003:6,
4006:5, 4006:8,
4006:15, 4011:11,
4014:1, 4014:22,
4015:25, 4019:17,
4022:8, 4026:14,
4027:12, 4029:12,
4029:21, 4030:7,
4032:21, 4036:8,
4038:1, 4038:19,
4039:3, 4040:9,
4040:25, 4041:17,
4041:19, 4043:5,
4043:12, 4051:2,
4051:17, 4055:6,
4056:20, 4057:11,
4057:25, 4060:10

**WHEREUPON** [3] -
3969:12, 4024:9,
4061:3

**WHETHER** [16] -
3975:3, 3976:11,

3978:5, 3988:10,
3996:15, 4004:2,
4005:19, 4007:4,
4007:24, 4023:13,
4029:19, 4039:16,
4041:12, 4043:20,
4047:17

**WHICH** [58] -
3972:15, 3975:6,
3978:19, 3983:6,
3984:18, 3985:18,
3989:10, 3992:9,
3996:23, 3997:15,
3997:21, 3998:13,
3999:1, 4001:14,
4001:24, 4002:20,
4004:18, 4006:19,
4010:11, 4010:21,
4010:24, 4011:5,
4011:7, 4011:8,
4013:2, 4014:1,
4014:3, 4021:1,
4021:2, 4022:11,
4026:21, 4027:16,
4028:16, 4030:20,
4031:6, 4031:25,
4032:11, 4032:14,
4033:5, 4034:10,
4035:8, 4035:22,
4037:4, 4038:23,
4040:11, 4041:23,
4043:18, 4048:9,
4049:5, 4050:6,
4051:1, 4054:7,
4055:17, 4055:18,
4055:20, 4057:10,
4059:7

**WHILE** [5] - 3986:13,
3993:22, 4005:10,
4008:8, 4008:11

**WHINING** [1] -
3981:21

**WHITE** [1] - 4001:23

**WHO** [3] - 3967:21,
3987:1, 4051:12

**WHOLE** [3] -
4005:12, 4013:12,
4043:9

**WHY** [15] - 3976:14,
3978:20, 3980:20,
3986:23, 3989:10,
3989:20, 3990:22,
4007:9, 4013:19,
4029:3, 4029:8,
4029:11, 4030:11,
4044:1, 4059:20

**WIDE** [3] - 3987:20,
4038:24, 4039:9

**WIDENED** [1] -
4018:21

**WIDTH** [1] - 4018:21

**WILL** [34] - 3967:16,
3969:7, 3977:20,
3977:25, 3978:8,
3978:14, 3979:25,
3980:1, 3980:12,
3981:11, 3984:4,
3990:2, 3993:7,
4011:15, 4013:1,
4014:8, 4015:25,
4017:13, 4018:22,
4019:2, 4019:21,
4019:22, 4020:21,
4021:5, 4025:13,
4029:12, 4030:16,
4035:24, 4035:25,
4044:11, 4047:10,
4052:5, 4056:15,
4061:1

**WISH** [3] - 3968:16,
3999:22, 4041:6

**WITH** [86] - 3967:23,
3968:6, 3968:18,
3969:25, 3970:6,
3971:5, 3971:9,
3971:16, 3971:25,
3972:12, 3972:24,
3972:25, 3973:5,
3976:17, 3977:13,
3977:14, 3979:11,
3979:18, 3980:15,
3980:22, 3981:7,
3981:18, 3981:25,
3983:15, 3984:10,
3984:11, 3986:17,
3988:10, 3988:18,
3994:20, 3995:3,
4000:8, 4003:3,
4003:7, 4003:12,
4003:20, 4004:1,
4004:25, 4006:10,
4006:19, 4006:21,
4006:22, 4006:23,
4008:10, 4011:1,
4013:24, 4014:16,
4014:18, 4018:13,
4018:21, 4018:22,
4019:11, 4019:12,
4020:13, 4020:25,
4024:5, 4026:2,
4026:3, 4026:7,
4027:9, 4027:21,
4034:10, 4035:21,
4036:21, 4042:2,
4042:10, 4043:3,
4043:12, 4044:12,
4044:24, 4045:4,
4046:1, 4046:4,
4047:3, 4047:5,
4047:11, 4048:4,
4051:12, 4051:17,

4052:14, 4053:5,
4055:3, 4055:6,
4056:9, 4057:14

**WITHDRAW** [1] -
4013:9

**WITHDRAWN** [2] -
4045:5, 4047:4

**WITHIN** [14] - 3977:3,
3978:8, 3978:21,
3998:23, 4006:9,
4007:19, 4009:3,
4028:8, 4045:6,
4045:21, 4047:1,
4047:25, 4048:12,
4055:25

**WITHOUT** [7] -
3975:15, 3976:17,
3989:6, 4017:2,
4017:3, 4027:22,
4059:15

**WITNESS** [60] -
3967:12, 3967:13,
3967:19, 3967:22,
3968:7, 3968:12,
3968:17, 3969:1,
3969:16, 3975:7,
3977:23, 3978:1,
3982:5, 3984:16,
3984:19, 3984:23,
3988:9, 3989:23,
3993:23, 3995:23,
3996:2, 3996:11,
3998:8, 3998:17,
4003:17, 4003:24,
4004:7, 4006:18,
4010:6, 4010:13,
4013:8, 4013:15,
4016:8, 4022:17,
4022:20, 4023:3,
4023:7, 4023:11,
4023:19, 4024:7,
4025:10, 4029:10,
4029:12, 4029:13,
4029:22, 4031:13,
4031:18, 4033:24,
4034:3, 4034:17,
4038:8, 4038:12,
4038:14, 4039:11,
4039:17, 4040:19,
4041:5, 4051:11,
4051:14, 4053:12

**WITNESS'S** [1] -
3975:13

**WITNESSES** [1] -
3966:3

**WOLFF** [48] -
3966:4, 3967:8,
3967:11, 3969:12,
3969:17, 3969:20,
3970:9, 3970:23,

3971:3, 3972:20,
3972:24, 3972:25,
3973:5, 3973:17,
3973:21, 3974:25,
3977:19, 3977:25,
3978:10, 3978:15,
3979:8, 3981:11,
3982:15, 3983:18,
3989:5, 3991:8,
3992:11, 3998:23,
4001:3, 4001:11,
4009:24, 4015:1,
4016:11, 4016:17,
4024:19, 4025:5,
4026:1, 4027:6,
4028:16, 4032:4,
4032:20, 4040:3,
4042:15, 4049:25,
4050:5, 4052:14,
4056:4, 4060:23

**WOLFF'S** [5] -
3967:20, 3969:18,
3976:21, 3983:8,
4012:11

**WON'T** [1] - 4051:11

**WONDERING** [1] -
4044:17

**WOODCOCK** [1] -
3965:12

**WORD** [10] - 3968:7,
3976:8, 3977:4,
3982:10, 3989:3,
3990:10, 3991:1,
4022:16, 4052:19,
4060:12

**WORDS** [6] -
3967:25, 3968:8,
3973:8, 4006:16,
4038:4, 4052:7

**WORDSMITH** [1] -
4052:5

**WORK** [4] - 3978:4,
3987:4, 4054:9,
4054:12

**WORKED** [2] -
3971:9, 3972:10

**WORKING** [1] -
4051:19

**WORSE** [2] -
4059:22, 4059:24

**WOULD** [170] -
3968:3, 3968:11,
3969:10, 3970:23,
3972:24, 3974:19,
3974:21, 3974:23,
3975:12, 3975:22,
3977:15, 3978:15,
3982:5, 3982:7,
3982:8, 3982:21,
3983:5, 3984:15,

3990:22, 3990:23,
3991:15, 3993:4,
3993:16, 3993:23,
3994:15, 3995:14,
3995:15, 3995:25,
3996:5, 3996:7,
3997:1, 3998:1,
3998:6, 3998:8,
3998:16, 3998:17,
4000:6, 4000:7,
4000:11, 4000:13,
4001:1, 4002:7,
4002:8, 4002:9,
4002:15, 4002:17,
4002:18, 4002:20,
4002:22, 4003:10,
4003:11, 4003:15,
4004:1, 4004:2,
4004:12, 4005:8,
4005:9, 4005:10,
4005:11, 4005:12,
4008:5, 4008:18,
4012:22, 4013:2,
4013:16, 4013:23,
4013:25, 4014:2,
4014:3, 4014:6,
4014:9, 4014:12,
4014:17, 4016:22,
4016:23, 4017:18,
4017:22, 4019:11,
4019:12, 4020:4,
4022:4, 4022:9,
4022:10, 4022:11,
4022:15, 4022:23,
4022:24, 4023:17,
4023:19, 4023:24,
4023:25, 4024:2,
4024:20, 4025:14,
4025:18, 4026:20,
4026:22, 4027:22,
4028:23, 4029:20,
4030:10, 4030:12,
4030:24, 4032:4,
4032:24, 4033:12,
4033:14, 4033:16,
4033:17, 4033:18,
4033:21, 4034:17,
4036:7, 4036:8,
4037:21, 4038:9,
4038:20, 4038:24,
4038:25, 4039:7,
4040:17, 4040:20,
4041:9, 4041:18,
4041:22, 4041:23,
4043:12, 4043:14,
4044:3, 4044:5,
4044:9, 4044:15,
4045:9, 4045:19,
4045:20, 4046:16,
4046:17, 4047:11,
4048:19, 4048:20,

4048:21, 4048:22,
4049:10, 4049:15,
4049:19, 4052:1,
4054:20, 4056:4,
4057:2, 4057:20,
4059:2, 4059:3,
4059:13, 4060:9,
4060:10, 4060:24
WOULDN'T [3] -
3988:19, 4057:20,
4059:15
WRIGHT [1] - 3964:1
WRITING [2] -
4001:1, 4016:24
WRITTEN [3] -
3970:3, 3990:10,
4017:23
WRONG [8] -
3976:16, 3978:23,
3982:13, 3989:1,
3989:16, 3991:4,
4036:20, 4053:1
WROTE [2] -
3972:15, 4004:8

X

X [1] - 3966:1

Y

Y [1] - 4012:18
YARDS [1] - 4052:15
YEAH [1] - 4039:7
YEAR [9] - 3985:5,
4027:13, 4057:3,
4057:11, 4057:12,
4057:17, 4059:9,
4059:17, 4059:18
YEARS [16] -
3971:10, 3980:12,
3981:8, 3994:10,
4017:14, 4020:1,
4022:24, 4026:21,
4026:23, 4027:1,
4055:18, 4057:2,
4059:8
YELLOW [6] -
4032:10, 4055:5,
4055:13, 4056:20,
4056:22
YES [85] - 3971:5,
3972:5, 3972:22,
3973:15, 3974:2,
3974:17, 3981:10,
3984:7, 3984:14,
3984:21, 3984:23,
3986:6, 3987:8,
3988:13, 3991:10,
3992:13, 3992:17,
3993:21, 3995:20,

3995:23, 3996:2,
3996:17, 3997:4,
3997:7, 3997:24,
3998:8, 3999:6,
3999:19, 4000:11,
4000:17, 4000:21,
4001:17, 4001:20,
4003:17, 4003:24,
4007:6, 4007:11,
4008:3, 4009:7,
4010:4, 4010:18,
4013:12, 4015:24,
4016:8, 4016:13,
4018:3, 4020:7,
4020:16, 4023:7,
4025:1, 4026:5,
4027:9, 4028:24,
4028:25, 4029:2,
4029:5, 4029:8,
4030:13, 4031:14,
4032:22, 4034:21,
4041:8, 4041:14,
4042:3, 4042:17,
4042:25, 4043:19,
4045:11, 4047:7,
4047:23, 4048:25,
4049:23, 4050:4,
4050:8, 4052:16,
4052:22, 4052:25,
4053:21, 4054:2,
4054:4, 4054:11,
4054:15, 4057:1,
4060:2, 4060:4
YET [5] - 3982:25,
4018:7, 4020:20,
4023:16, 4034:8
YORK [1] - 3964:24
YOU [288] - 3967:6,
3967:7, 3967:9,
3968:16, 3969:9,
3969:10, 3969:18,
3970:25, 3971:3,
3971:15, 3971:24,
3971:25, 3972:3,
3973:7, 3973:16,
3973:18, 3973:21,
3974:13, 3975:1,
3975:2, 3975:9,
3975:10, 3975:14,
3975:18, 3975:19,
3975:21, 3975:25,
3976:20, 3977:5,
3977:21, 3977:25,
3978:1, 3978:2,
3978:3, 3978:8,
3978:9, 3978:14,
3978:18, 3979:1,
3979:14, 3979:17,
3980:4, 3980:5,
3980:6, 3980:8,
3980:11, 3981:12,

3981:13, 3981:20,
3981:23, 3981:24,
3983:14, 3984:4,
3984:12, 3987:9,
3987:12, 3988:1,
3988:3, 3988:21,
3989:8, 3990:6,
3991:6, 3991:9,
3991:11, 3991:12,
3992:11, 3993:1,
3993:4, 3993:7,
3993:8, 3993:9,
3993:15, 3993:17,
3994:1, 3994:13,
3995:7, 3995:22,
3995:25, 3996:13,
3998:7, 3998:20,
3999:4, 3999:11,
3999:12, 3999:22,
4000:14, 4001:16,
4001:17, 4003:17,
4003:18, 4003:20,
4004:4, 4004:7,
4004:9, 4004:10,
4004:11, 4004:14,
4004:18, 4004:19,
4004:21, 4004:23,
4004:24, 4005:2,
4005:8, 4005:9,
4005:10, 4005:24,
4007:1, 4007:7,
4007:24, 4008:2,
4008:19, 4009:15,
4009:23, 4010:3,
4010:17, 4011:15,
4012:10, 4012:20,
4012:24, 4013:10,
4013:12, 4013:19,
4014:7, 4014:8,
4014:15, 4014:16,
4014:23, 4014:25,
4015:17, 4016:6,
4016:7, 4017:19,
4018:1, 4018:10,
4019:9, 4020:13,
4020:20, 4021:5,
4022:13, 4022:14,
4022:23, 4022:24,
4023:5, 4023:11,
4023:21, 4023:22,
4023:24, 4023:25,
4024:2, 4024:7,
4024:8, 4024:13,
4024:19, 4025:2,
4025:3, 4025:5,
4025:6, 4025:16,
4025:17, 4025:21,
4026:25, 4027:1,
4027:2, 4028:16,
4028:20, 4029:3,
4029:4, 4030:7,

4030:10, 4031:7,
4031:9, 4031:23,
4032:5, 4032:20,
4032:21, 4033:2,
4033:16, 4033:17,
4033:18, 4033:20,
4033:21, 4033:25,
4034:6, 4034:24,
4035:1, 4035:7,
4035:25, 4037:2,
4037:14, 4038:3,
4038:7, 4038:19,
4039:14, 4039:21,
4040:3, 4040:5,
4041:3, 4041:6,
4041:12, 4042:3,
4042:4, 4042:18,
4043:2, 4043:4,
4043:20, 4044:2,
4044:16, 4044:17,
4044:19, 4045:1,
4046:1, 4046:13,
4047:3, 4047:5,
4047:12, 4047:21,
4047:24, 4048:11,
4048:24, 4049:20,
4050:16, 4050:18,
4050:19, 4050:21,
4051:5, 4051:9,
4051:10, 4051:24,
4051:25, 4052:2,
4052:17, 4052:21,
4053:17, 4053:18,
4053:22, 4053:25,
4054:12, 4054:16,
4054:22, 4054:23,
4054:24, 4054:25,
4056:2, 4056:4,
4056:5, 4056:8,
4056:14, 4057:2,
4057:5, 4057:11,
4057:14, 4057:22,
4057:23, 4058:16,
4058:22, 4058:24,
4059:4, 4059:13,
4059:19, 4060:11,
4060:14, 4060:22,
4061:2
YOU'LL [4] -
3980:15, 4002:2,
4016:4, 4039:2
YOU'RE [10] -
3973:15, 3976:15,
3988:1, 3989:16,
4018:6, 4024:12,
4032:4, 4033:22,
4042:13, 4046:23
YOU'VE [4] - 3973:6,
3973:7, 4015:16,
4031:19
YOUNG [2] - 3986:5,

3986:10

**YOUR** [93] - 3967:7,
3967:10, 3968:17,
3969:5, 3969:10,
3969:14, 3969:18,
3971:3, 3972:19,
3972:23, 3973:5,
3973:8, 3973:18,
3974:18, 3974:23,
3975:12, 3975:24,
3976:7, 3977:19,
3979:22, 3980:3,
3980:7, 3980:15,
3981:10, 3981:16,
3981:18, 3981:20,
3982:4, 3982:23,
3984:19, 3987:14,
3988:8, 3989:2,
3990:7, 3991:10,
3991:18, 3992:12,
3993:3, 3993:17,
3996:17, 4000:22,
4002:20, 4009:20,
4010:6, 4010:10,
4013:5, 4013:10,
4016:3, 4016:12,
4017:20, 4024:8,
4024:13, 4029:7,
4029:8, 4029:23,
4031:11, 4031:18,
4032:17, 4033:21,
4034:15, 4036:21,
4037:3, 4037:10,
4038:4, 4038:7,
4039:10, 4039:22,
4042:1, 4042:5,
4042:6, 4042:13,
4046:22, 4049:21,
4049:22, 4050:2,
4050:14, 4050:17,
4050:19, 4051:5,
4052:15, 4052:17,
4053:22, 4054:9,
4055:3, 4055:12,
4055:24, 4056:2,
4056:12, 4056:14,
4056:17, 4058:16,
4060:12

## Z

**ZERO** [1] - 3968:9
**ZONE** [17] - 4002:7,
4002:8, 4002:9,
4002:10, 4002:14,
4002:24, 4003:18,
4004:10, 4004:13,
4004:15, 4004:17,
4005:10, 4005:11,
4020:25, 4021:20,
4022:1

**ZONED** [1] - 4018:1
**ZONES** [1] - 4055:1
**ZOOM** [2] - 4021:4,
4035:24