1              UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF LOUISIANA

3

4

5  NORMAN ROBINSON, ET AL        *   DOCKET 06-CV-2268-K
                                 *
6  VERSUS                        *   NEW ORLEANS, LOUISIANA
                                 *
7  UNITED STATES OF AMERICA, ET AL *  MAY 14, 2009
   * * * * * * * * * * * * * * * * *

8

9

10             VOLUME 19 – AFTERNOON SESSION
               TRIAL PROCEEDINGS BEFORE THE
11          HONORABLE STANWOOD R. DUVAL JR.
               UNITED STATES DISTRICT JUDGE

12

13
   APPEARANCES:
14

15  FOR THE PLAINTIFFS:        O'DONNELL & ASSOCIATES, PC
                               BY:  PIERCE O'DONNELL, ESQ.
16                             550 SOUTH HOPE STREET, SUITE 1000
                               LOS ANGELES, CALIFORNIA 90071

17

18  FOR THE PLAINTIFFS:        LAW OFFICES OF JOSEPH M. BRUNO, A PLC
                               BY:  JOSEPH M. BRUNO, ESQ.
19                                  L. SCOTT JOANEN, ESQ.
                               855 BARONNE STREET
20                             NEW ORLEANS, LOUISIANA 70113

21
   FOR THE PLAINTIFFS:        THE ANDRY LAW FIRM, LLC
22                             BY:  JONATHAN B. ANDRY, ESQ.
                                    KEA SHERMAN, ESQ.
23                             610 BARONNE STREET
                               NEW ORLEANS, LOUISIANA 70113

24

25

                        FINAL DAILY COPY

1   APPEARANCES (CONTINUED):

2

3   FOR THE PLAINTIFFS:          BARON & BUDD, PC
                                 BY:  THOMAS SIMS, ESQ.
                                 3102 OAK LAWN AVENUE, SUITE 1100
4                                DALLAS, TEXAS 75219

5

6   FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS,LLC
                                 BY:  JAMES P. ROY, ESQ.
                                 556 JEFFERSON STREET, SUITE 500
7                                POST OFFICE BOX 3668
                                 LAFAYETTE, LOUISIANA 70502
8

9   FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM, LLC
                                 BY:  FRANK C. DUDENHEFER JR., ESQ.
10                               601 POYDRAS STREET, SUITE 2655
                                 NEW ORLEANS, LOUISIANA 70130
11

12  FOR THE PLAINTIFFS:          DUMAS & ASSOCIATES LAW FIRM, LLC
                                 BY:  WALTER C. DUMAS, ESQ.
13                               LAWYER'S COMPLEX
                                 1261 GOVERNMENT STREET
14                               POST OFFICE BOX 1366
                                 BATON ROUGE, LOUISIANA 70821
15

16  FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT
                                 BY:  CALVIN C. FAYARD JR., ESQ.
17                               519 FLORIDA AVENUE S.W.
                                 DENHAM SPRINGS, LOUISIANA 70726
18

19  FOR THE PLAINTIFFS:          MICHAEL C. PALMINTIER, A PLC
                                 BY:  MICHAEL C. PALMINTIER, ESQ.
20                                    JOSHUA M. PALMINTIER, ESQ.
                                 618 MAIN STREET
21                               BATON ROUGE, LOUISIANA 70801

22

23  FOR THE PLAINTIFFS:          LAW OFFICE OF ELWOOD C. STEVENS JR.,
                                   A PLC
                                 BY:  ELWOOD C. STEVENS JR., ESQ.
24                               1205 VICTOR II BOULEVARD
                                 POST OFFICE BOX 2626
25                               MORGAN CITY, LOUISIANA 70381



                          FINAL DAILY COPY

```
 1   APPEARANCES (CONTINUED):

 2
     FOR SUBROGATED INSURERS:     THE GILBERT FIRM
 3                                BY:  ELISA T. GILBERT, ESQ.
                                       BRENDAN R. O'BRIEN, ESQ.
 4                                325 EAST 57TH STREET
                                  NEW YORK, NEW YORK 10022
 5
 6   ALSO PRESENT FOR            J. ROBERT WARREN II, ESQ.
        PLAINTIFFS:              ASHLEY E. PHILEN, ESQ.
 7                               MRGO LITIGATION GROUP
                                 600 CARONDELET STREET, SUITE 604
 8                               NEW ORLEANS, LOUISIANA 70130

 9
     FOR THE DEFENDANT:          U.S. DEPARTMENT OF JUSTICE
10                               TORTS BRANCH, CIVIL DIVISION
                                 BY:  DANIEL M. BAEZA JR., ESQ.
11                                    JEFFREY PAUL EHRLICH, ESQ.
                                      TAHEERAH KALIMAH EL-AMIN, ESQ.
12                                    MICHELE S. GREIF, ESQ.
                                      CONOR KELLS, ESQ.
13                                    PAUL MARC LEVINE, ESQ.
                                      JAMES F. MCCONNON JR., ESQ.
14                                    KARA K. MILLER, ESQ.
                                      RUPERT MITSCH, ESQ.
15                                    PETER G. MYER, ESQ.
                                      ROBIN D. SMITH, ESQ.
16                                    SARAH K. SOJA, ESQ.
                                      RICHARD R. STONE SR., ESQ.
17                                    JOHN WOODCOCK, ESQ.
                                 BENJAMIN FRANKLIN STATION
18                               P.O. BOX 888
                                 WASHINGTON, DC 20044
19
20   OFFICIAL COURT REPORTER:    TONI DOYLE TUSA, CCR, FCRR
                                 500 POYDRAS STREET, ROOM HB-406
21                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7778
22

23

24
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25   PRODUCED BY COMPUTER.



                          FINAL DAILY COPY
```

1                              **I N D E X**

2                                                           PAGE

3   THOMAS WOLFF

4         CROSS-EXAMINATION                          4066

5

6   JOANNES WESTERINK

         CROSS-EXAMINATION                          4083

7         REDIRECT EXAMINATION                       4143

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                          FINAL DAILY COPY

| | | |
|---|---|---|
| 12:48 | 1 | **AFTERNOON SESSION** |
| 12:55 | 2 | **(MAY 14, 2009)** |
| 12:55 | 3 | **THE DEPUTY CLERK:**  ALL RISE, PLEASE. |
| 12:55 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 13:03 | 5 | **THE COURT:**  WE'LL GO FOR ABOUT 15 MINUTES.  I'VE GOT |
| 13:03 | 6 | TO MAKE A CONGRATULATORY PHONE CALL TO A PERSON WHO'S WORKED IN |
| 13:03 | 7 | MY FORMER LAW OFFICE FOR 50 YEARS.  BELIEVE ME, IN THAT OFFICE, |
| 13:03 | 8 | SOMEBODY SHOULD GET WHATEVER MEDAL THERE IS.  I'M GOING TO DO |
| 13:04 | 9 | THAT. |
| 13:04 | 10 | **MR. STEVENS:**  I WOULD RECOMMEND A TITANIUM STAR. |
| 13:04 | 11 | THANK YOU VERY MUCH, YOUR HONOR.  I APPRECIATE |
| 13:04 | 12 | THE OPPORTUNITY TO FIND PLATE 19 AND APOLOGIZE FOR THE DELAY IT |
| 13:04 | 13 | CAUSED. |
| 13:04 | 14 | IT'S FROM DESIGN MEMORANDUM 3, SUPPLEMENT 1.  AT |
| 13:04 | 15 | PLATE 19, IF YOU WOULD, IF YOU COULD SHOW US STATION 1300 AND |
| 13:04 | 16 | DROP THAT LINE RIGHT THERE. |
| 13:04 | 17 | (WHEREUPON, **THOMAS WOLFF**, HAVING BEEN DULY SWORN, |
| 13:04 | 18 | TESTIFIED AS FOLLOWS.) |
| 13:04 | 19 | **CROSS-EXAMINATION** |
| 13:04 | 20 | BY MR. STEVENS: |
| | 21 | **Q.**   DR. WOLFF, YOU WOULD AGREE THAT AT THAT LOCATION ALONG THE |
| 13:04 | 22 | VERRETT TO CAERNARVON LEVEE, THE INTERDISTRIBUTARY LEVEE IS |
| 13:04 | 23 | VERY THICK AND GOES DOWN TO A DEPTH OF -60 FEET; CORRECT? |
| 13:04 | 24 | **A.**   YEAH.  IT APPEARS TO BE ABOUT 40 FEET THICK. |
| 13:04 | 25 | **Q.**   40 FEET THICK TO A DEPTH OF 60 -- |

| | | |
|---|---|---|
| 13:04 | 1 | **A.**   -60. |
| 13:04 | 2 | **Q.**   YES.  THANK YOU.  AS YOU'VE ALREADY ESTABLISHED -- |
| 13:04 | 3 | **A.**   EXCUSE ME.  IT SHOWS THE BOUNDARY OF THE INTERDISTRIBUTARY |
| 13:04 | 4 | LAYER TO -60, BUT THE BORING ALSO SHOWS CLAY CH'S DEEPER THAN |
| 13:05 | 5 | THAT, SO I DON'T REALLY KNOW IF THOSE ARE PART OF THAT OR NOT. |
| 13:05 | 6 | THERE ARE THICK CLAYS AT THAT POINT. |
| 13:05 | 7 | **Q.**   THE INTERDISTRIBUTARY LAYER ALONG THE MRGO YOU'VE ALREADY |
| 13:05 | 8 | ESTABLISHED FOR US IS THICK NORTH OF DUPRE -- |
| 13:05 | 9 | **A.**   THAT'S CORRECT. |
| 13:05 | 10 | **Q.**   -- IN THE AREA OF THE BREACHES. |
| 13:05 | 11 | **A.**   THAT'S CORRECT. |
| 13:05 | 12 | **Q.**   THANK YOU VERY MUCH.  MOVING ON.  DR. WOLFF, ISN'T IT TRUE |
| 13:05 | 13 | THAT IN 1972 THE ARMY CORPS OF ENGINEERS DREDGED THE MRGO |
| 13:05 | 14 | CHANNEL FROM BAYOU BIENVENUE DOWN TO BAYOU DUPRE TO A DEPTH OF |
| 13:05 | 15 | 70 FEET? |
| 13:05 | 16 | **A.**   WAS THAT IN MY REPORT?  I SEE IT.  PAGE 22? |
| 13:05 | 17 | **Q.**   YES.  PAGE 22, LINE 9. |
| 13:05 | 18 | **A.**   IT DOES NOT SAY THAT IT WAS DREDGED TO -70.  IT SAID THAT |
| 13:05 | 19 | IT WAS DREDGED AS DEEP AS ELEVATION -70.  SO I WOULD READ THAT |
| 13:05 | 20 | TO BE THE DEEPEST POINT FROM WHICH THEY EXTRACTED BORROW, BUT |
| 13:06 | 21 | NOT A UNIFORM DEPTH. |
| 13:06 | 22 | **Q.**   THAT'S NOT WHAT YOU SAID IN YOUR REPORT.  YOU SAID IT WAS |
| 13:06 | 23 | DREDGED TO A DEPTH OF -- |
| 13:06 | 24 | **A.**   I'M READING PAGE 22 OF MY REPORT:  "THE BORROW MATERIAL |
| 13:06 | 25 | FROM THE MRGO CHANNEL CAME FROM AS DEEP AS ELEVATION -70 FEET." |

| | | |
|---|---|---|
| 13:06 | 1 | **Q.**   OKAY.   THAT WAS FROM BAYOU DUPRE ALL THE WAY UP TO BAYOU |
| 13:06 | 2 | BIENVENUE, THAT WHOLE STRETCH? |
| 13:06 | 3 | **A.**   THAT'S CORRECT. |
| 13:06 | 4 | **Q.**   TO YOUR KNOWLEDGE, DR. WOLFF, DID THE UNITED STATES |
| 13:06 | 5 | CONGRESS AUTHORIZE THE ARMY CORPS OF ENGINEERS TO LITERALLY |
| 13:06 | 6 | DOUBLE THE DEPTH OF THE MRGO CHANNEL FROM 36 FEET TO 70 FEET? |
| 13:06 | 7 | **A.**   I DO NOT KNOW. |
| 13:06 | 8 | **Q.**   ISN'T IT TRUE THAT THIS SAME SECTION OF THE MRGO FROM |
| 13:06 | 9 | BIENVENUE DOWN TO DUPRE, THE SECTION THAT WAS DEEPENED TO AS |
| 13:06 | 10 | MUCH AS 70 FEET IN 1972, HAS EXPERIENCED A DRASTIC AMOUNT OF |
| 13:06 | 11 | WIDENING? |
| 13:06 | 12 | **A.**   WOULD YOU REPEAT THE QUESTION. |
| 13:06 | 13 | **Q.**   SURE.   DIDN'T THIS SAME SECTION OF BAYOU DUPRE, WHERE THE |
| 13:07 | 14 | DREDGING WAS DOWN TO 70 FEET, ALSO EXPERIENCE A DRASTIC DEGREE |
| 13:07 | 15 | OR AMOUNT OF WIDENING? |
| 13:07 | 16 | **A.**   I HAVE NOT SEEN ANY DATA THAT ILLUSTRATES THE CHANNEL |
| 13:07 | 17 | WIDTHS IN THAT REACH. |
| 13:07 | 18 | **Q.**   WELL, LET ME SHARE WITH YOU EXHIBIT 1810.13.   NOW, THIS IS |
| 13:07 | 19 | BAYOU DUPRE, AND THIS GRAPHIC SHOWS THE WIDENING THAT OCCURRED. |
| 13:07 | 20 | IF WE COULD SEE 1810.13, 14, AND WORK OUR WAY ON DOWN FROM |
| 13:07 | 21 | BIENVENUE TO DUPRE, THAT SHOWS THE WIDENING OF THE CHANNEL FROM |
| 13:07 | 22 | ITS ORIGINAL AUTHORIZED WIDTH IN THE GREEN LINES TO THE 2005 |
| 13:08 | 23 | WIDTHS IN THE YELLOW LINES? |
| 13:08 | 24 | **A.**   I DISAGREE. |
| 13:08 | 25 | **Q.**   YOU'VE NEVER SEEN THAT BEFORE? |

13:08    1    **A.**   I HAVE NOT SEEN THAT BEFORE, BUT I DISAGREE THAT IT SHOWS

13:08    2    THE WIDENING OF THE CHANNEL.

13:08    3    **Q.**   OKAY.   NOW, WERE YOU HERE OR HAVE YOU BEEN MADE AWARE OF

13:08    4    THE TESTIMONY OF DR. DUNCAN FITZGERALD WHERE HE INDICATES THAT

13:08    5    IN THIS SECTION OF THE MRGO THE CHANNEL HAS WIDENED, ON

13:08    6    AVERAGE, TO THREE TIMES ITS AUTHORIZED WIDTH?

13:08    7    **A.**   I CAN ONLY SAY THAT WITH DECADES OF EXPERIENCE WITH

13:08    8    NAVIGATION STRUCTURES THAT THE SHORELINE AND THE CHANNEL ARE

13:08    9    TWO DIFFERENT THINGS AND THAT DRAWING YOU'RE SHOWING ONLY

13:08   10    IDENTIFIES THE CHANNEL.   THE 2005 YELLOW LINE IS THE SHORELINE.

13:08   11    WE PREVIOUSLY STATED THAT THERE'S SHALLOW EROSION JUST BELOW

13:08   12    THE WATER SURFACE.   SO I DON'T KNOW WHERE THE CHANNEL IS, SIR.

13:08   13    **Q.**   LET ME ASK YOU THIS:   THIS SAME SECTION, ISN'T IT A FACT,

13:08   14    SIR, THAT IN THIS AREA BETWEEN BAYOU DUPRE AND BAYOU

13:08   15    BIENVENUE -- IS THAT THE SAME AREA OR SECTION OF THE MRGO WHERE

13:09   16    THE SLOPE STABILITY FAILURE OCCURRED IN 1981?

13:09   17    **A.**   THERE WAS A LOCALIZED SLOPE STABILITY FAILURE IN 1981

13:09   18    SOMEWHERE WITHIN THAT REACH OF ABOUT FIVE MILES.

13:09   19    **Q.**   SO THE ANSWER TO MY QUESTION IS "YES"?

13:09   20    **A.**   SOMEWHERE IN THERE, YES.

13:09   21    **Q.**   NOW, ARE YOU AWARE, SIR, THAT ALL OF THE EXPERTS IN THIS

13:09   22    CASE, THE PLAINTIFFS' EXPERTS AND THE TEAM COE EXPERTS -- THE

13:09   23    TEAM CORPS OF ENGINEERS EXPERTS AND THE PLAINTIFFS' EXPERTS

13:09   24    AGREE THAT THIS SECTION, REACH 2 BETWEEN BAYOU DUPRE AND BAYOU

13:09   25    BIENVENUE, IS THE SAME AREA WHERE THE VERY FIRST BREACH FLOW

4070

13:09    1    OCCURRED ON THE MORNING OF AUGUST 29, 2005?

13:09    2    **A.**   I DID NOT STUDY THE TIMING OF THE BREACHES.  IF THAT'S IN

13:09    3    THE FACTS, THAT'S THE FACTS, BUT I DON'T KNOW.

13:09    4    **Q.**   YOU'RE NOT AWARE THAT BOTH SETS OF EXPERTS AGREE THAT

13:10    5    THAT'S WHERE THE FIRST BREACH FLOW OCCURRED?

13:10    6    **A.**   I DO NOT KNOW.

13:10    7    **Q.**   ARE YOU AWARE, SIR, THAT THIS AREA IS ALSO WHERE THE

13:10    8    LEVEES ARE LOWEST, BETWEEN DUPRE UP TO BIENVENUE?

13:10    9    **A.**   WE HAVE LOOKED AT A DRAWING THAT SHOWS THOSE LEVEES BEING

13:10    10   LOWER THAN SOUTH OF THERE.

13:10    11   **Q.**   OKAY.

13:10    12   **A.**   I KNOW THERE'S SOME SHEET PILE IN THAT LOCATION.  SO

13:10    13   DEPENDING ON WHETHER IT'S THE TOP OF THE LEVEE OR THE TOP OF

13:10    14   THE LINE OF PROTECTION, THE SHEET PILE COULD BE A DIFFERENCE,

13:10    15   BUT I DON'T KNOW FOR A FACT THAT THAT'S THE LOWEST PLACE.

13:10    16   **Q.**   CAN WE SEE 2138.3, PLEASE.  I KNOW WE'VE SEEN IT A

13:10    17   THOUSAND TIMES, BUT WE'LL SEE IT ONE MORE.

13:10    18          BETWEEN THE GOALPOSTS OF BAYOU DUPRE AND BAYOU

13:10    19   BIENVENUE, WOULD YOU AGREE, SIR, THAT THE LOWEST LEVEE HEIGHTS

13:10    20   ARE INDICATED ON THIS CHART BETWEEN THOSE TWO LOCATIONS, SHEET

13:10    21   PILE INCLUDED?

13:10    22   **A.**   COULD YOU ZOOM BACK OUT, PLEASE.

13:11    23   **Q.**   SURE.

13:11    24   **A.**   THAT APPEARS -- WELL, THERE'S A LITTLE SPOT OVER TO THE

13:11    25   RIGHT.  BUT WITH THE EXCEPTION OF THAT, I CANNOT TELL FOR SURE,

| | | |
|---|---|---|
| 13:11 | 1 | NO. |
| 13:11 | 2 | **Q.**   OTHER THAN THAT ONE WHERE THERE WAS NO BREACH? |
| 13:11 | 3 | **A.**   YES, SIR. |
| 13:11 | 4 | **Q.**   BUT THERE WAS NO BREACH AT THAT LOCATION. |
| 13:11 | 5 | **A.**   OTHER THAN THAT, THOSE WERE THE LOWEST HEIGHTS. |
| 13:11 | 6 | **Q.**   THANK YOU VERY MUCH.  YOU WOULD ALSO AGREE THAT BETWEEN |
| 13:11 | 7 | THE GOALPOSTS -- THE UPRIGHTS, AS I CALL THEM -- BAYOU DUPRE TO |
| 13:11 | 8 | BAYOU BIENVENUE, THAT'S WHERE ALL 11 OF THE MAJOR BREACHES |
| 13:11 | 9 | OCCURRED ACCORDING TO THE DEFENSE EXPERT, MR. FITZGERALD? |
| 13:11 | 10 | **A.**   AGAIN, I DID NOT STUDY THE NUMBERS OF SPECIFIC BREACHES. |
| 13:11 | 11 | THAT DRAWING APPEARS TO SHOW SOME BREACHES SOUTH OF BAYOU |
| 13:11 | 12 | DUPRE. |
| 13:11 | 13 | **Q.**   THANK YOU.  I MISSPOKE.  9 OUT OF 11 OCCURRED. |
| 13:11 | 14 | **A.**   THAT WOULD APPEAR TO BE WHAT THE FIGURE SHOWS, SIR. |
| 13:11 | 15 | **Q.**   NEW TOPIC.  DR. WOLFF, IN YOUR OPINION IN THIS CASE, THERE |
| 13:11 | 16 | WAS NO EVIDENCE OF FRONT-SIDE WAVE ATTACK BECAUSE THERE WERE NO |
| 13:11 | 17 | NEAR MISSES.  IS THAT A FAIR ASSESSMENT OF WHAT YOU SAID? |
| 13:11 | 18 | **A.**   I SAID THERE WAS NO EVIDENCE OF FRONT-SIDE WAVE ATTACK |
| 13:12 | 19 | BREACHING BECAUSE I DID NOT SEE WHAT COULD BE CALLED A NEAR |
| 13:12 | 20 | MISS. |
| 13:12 | 21 | **Q.**   VERY GOOD. |
| 13:12 | 22 | **A.**   THERE WAS EVIDENCE OF FRONT-SIDE WAVE ATTACK HIGH UP IN |
| 13:12 | 23 | OTHER PHOTOS. |
| 13:12 | 24 | **Q.**   WE'LL GET ON THE SAME PAGE, THANK YOU, THE ENGINEERS AND |
| 13:12 | 25 | LAWYERS.  NO EVIDENCE OF FRONT-SIDE BREACHING BECAUSE NO NEAR |

13:12    1    MISSES?

13:12    2    **A.**   THAT'S CORRECT.

13:12    3    **Q.**   LET'S LOOK AT 1877.6 FIRST, WHICH IS -- I LEARNED A NEW

13:12    4    PHRASE.  IT'S A V-MAP, A VICINITY MAP.  1877.6.

13:12    5            WE'RE GOING TO SHOW REAL QUICKLY WHERE THE

13:12    6    PHOTOGRAPHS ARE TAKEN.  THESE ARE A FREEZE-FRAMES FROM THE

13:12    7    VIDEO THAT CAME FROM THE JOHN CHANCE 2005 LIDAR.  WE'RE GOING

13:12    8    TO SHOW LOCATION 1.  IT IS JUST A LITTLE BIT SOUTH OF DUPRE.

13:12    9    LOCATIONS 2 AND 3 ARE FURTHER SOUTH; 2 AND 3 ARE A LITTLE

13:13   10    FURTHER SOUTH.  4 IS EVEN FURTHER SOUTH.  THEN WE GO BACK UP TO

13:13   11    THE NORTH NEAR BAYOU BIENVENUE FOR LOCATION 5.  SO I JUST

13:13   12    WANTED TO KIND OF LAY THAT GROUND RULE, IF YOU WILL, GET US ALL

13:13   13    ORIENTED BEFORE WE START.

13:13   14    **A.**   LET ME NOTE THAT I HAVE NOT SEEN THIS BEFORE.

13:13   15    **Q.**   OKAY.  I JUST WANT TO ASK YOU, SIR -- IF WE COULD SEE

13:13   16    1877.1.  POINT 1, AGAIN, IS NEAR BAYOU DUPRE.  CAN YOU TELL ME,

13:13   17    SIR -- WOULDN'T YOU AGREE THAT THERE ARE ABOUT FIVE NEAR MISSES

13:13   18    AND THEN A FULL HIT OR A FULL BREACH?

13:13   19    **A.**   IS MRGO TO THE LEFT SIDE?

13:13   20    **Q.**   YES.  THANK YOU FOR THAT.  MRGO WOULD BE TO THE LEFT.

13:13   21    THAT WOULD BE THE FRONT SIDE.  THEN TO THE RIGHT IS THE CENTRAL

13:13   22    WETLANDS UNIT OR THE BACK SIDE.  WOULD YOU AGREE THAT THERE ARE

13:13   23    ABOUT, OH, FOUR OR FIVE NEAR MISSES?

13:13   24    **A.**   IN THE LARGE ERODED AREA UP AT THE TOP, THERE APPEARS TO

13:13   25    BE MORE LOSS OF MATERIAL TO THE LAND SIDE THAN ON THE FLOODWAY

| | | |
|---|---|---|
| 13:14 | 1 | SIDE, OR THE CANAL SIDE, SO I WOULD SEE BACK-SIDE LEVEE |
| 13:14 | 2 | BREACHING THERE.  I WOULD AGREE THAT THERE APPEARS TO BE SOME |
| 13:14 | 3 | FRONT-SIDE EROSION, WHICH APPEARS TO BE ON THE UPPER HALF OF |
| 13:14 | 4 | THE LEVEE. |
| 13:14 | 5 | Q.   THE BOTTOM LINE IS:  IN THIS PHOTOGRAPH YOU DO NOT SEE ANY |
| 13:14 | 6 | NEAR MISSES? |
| 13:14 | 7 | THE COURT:  CAN WE DEFINE *NEAR MISS*, SIR -- |
| 13:14 | 8 | THE WITNESS:  SURE. |
| 13:14 | 9 | THE COURT:  -- JUST TO HELP ME. |
| 13:14 | 10 | THE WITNESS:  SURE.  THERE ARE PLACES -- WELL, IF YOU |
| 13:14 | 11 | HAVE FRONT-SIDE EROSION AND IF YOU HAVE FRONT-SIDE EROSION IN A |
| 13:14 | 12 | NUMBER OF PLACES -- LET ME MAKE A COMPARISON TO SOME OTHER |
| 13:14 | 13 | FAILURES IN NEW ORLEANS WHERE FLOOD WALLS TILTED AND SO FORTH. |
| 13:14 | 14 | ONCE A BREACH OCCURS, THE WATER IS FOCUSED AT |
| 13:14 | 15 | THE LOCATION OF THE BREACH, BUT THEN WE COULD OBSERVE OTHER |
| 13:14 | 16 | PLACES OF DAMAGE LIKE TILTED FLOOD WALLS THAT DID NOT |
| 13:14 | 17 | COMPLETELY BREACH BECAUSE ANOTHER PLACE WENT FIRST AND YET THEY |
| 13:14 | 18 | WERE DAMAGED.  SO IF WE HAD FRONT-SIDE EROSION OCCURRING IN A |
| 13:15 | 19 | NUMBER OF LOCATIONS, THEN ONCE ONE OF THEM BROKE THROUGH AND |
| 13:15 | 20 | BREACHED AND WATER LEVELS WOULD START TO DROP AND FLOW WOULD |
| 13:15 | 21 | OCCUR IN THERE, THEN ONE MIGHT EXPECT SOME OTHER LOCATIONS THAT |
| 13:15 | 22 | THEN DID NOT BREACH BECAUSE ANOTHER SPOT DID BREACH.  SO WE |
| 13:15 | 23 | WOULD SEE VERY LARGE AMOUNTS OF FRONT-SIDE EROSION WITHOUT THE |
| 13:15 | 24 | BACK-SIDE EROSION FROM THE BREACHING. |
| 13:15 | 25 | THE COURT:  I UNDERSTAND.  THANK YOU. |

FINAL DAILY COPY

4074

| | | |
|---|---|---|
| 13:15 | 1 | **BY MR. STEVENS:** |
| 13:15 | 2 | **Q.**   CAN WE SEE 1877.2, PLEASE, A LITTLE FURTHER SOUTH DOWN |
| 13:15 | 3 | BELOW BAYOU DUPRE. |
| 13:15 | 4 |         NOW, IS IT YOUR OPINION, SIR, THAT THESE, OH, 25 OR |
| 13:15 | 5 | SO HOLES ALL ON THE FRONT SIDE OF THE LEVEE THAT -- IS IT YOUR |
| 13:15 | 6 | OPINION THAT NONE OF THOSE ARE NEAR MISSES? |
| 13:15 | 7 | **A.**   I WOULD NOT CONSIDER THEM NEAR MISSES.  IT'S HARD TO TELL |
| 13:15 | 8 | WHERE THE CROWN OF THE LEVEE IS IN THIS LOCATION, BUT THEY DO |
| 13:15 | 9 | NOT APPEAR TO BE IN THE 30 TO 100 FEET OF EROSION THAT DR. BEA |
| 13:15 | 10 | MENTIONS IN HIS REPORT THAT HIS MODELS WOULD SAY. |
| 13:16 | 11 | **Q.**   I'M ASKING YOU, SIR. |
| 13:16 | 12 | **A.**   THAT LEVEE IS LARGELY INTACT. |
| 13:16 | 13 | **Q.**   YOU DON'T SEE ANY, LIKE THIS -- |
| 13:16 | 14 | **A.**   THAT'S BEEN ATTACKED ON THE FRONT, BUT I WOULD NOT |
| 13:16 | 15 | CONSIDER THAT NEARLY ON THE VERGE OF BREACHING. |
| 13:16 | 16 | **Q.**   YOU DON'T BELIEVE THAT ANY OF THOSE MAKE IT NEARLY TO THE |
| 13:16 | 17 | CREST THAT WOULD QUALIFY AS NEAR MISSES? |
| 13:16 | 18 | **A.**   I CAN'T DETERMINE -- IT APPEARS TO ME THAT THE CREST HAS |
| 13:16 | 19 | NOT BEEN COMPROMISED. |
| 13:16 | 20 | **Q.**   IF WE CAN SEE 1877.3.  IN MY VIEW THAT'S FOUR OR FIVE NEAR |
| 13:16 | 21 | MISSES AND A FULL HIT, A FULL BREACH.  DO YOU AGREE WITH THAT |
| 13:16 | 22 | ASSESSMENT OR NOT? |
| 13:16 | 23 | **A.**   WHAT YOU CALL NEAR MISSES LOOK QUITE SMALL.  THE BREACH |
| 13:16 | 24 | APPEARS TO BE AT LEAST TEN TIMES AS WIDE. |
| 13:16 | 25 | **Q.**   THE ONES I CALL NEAR MISSES, WOULD YOU AGREE THAT THEY'RE |

13:16    1    AT LEAST FRONT SIDE?

13:16    2    **A.**   WELL, THEY'RE RIGHT UP AT THE TOP OF THE CROWN, ONLY DOWN

13:16    3    A COUPLE OF FEET.  DR. BEA'S DISCUSSION OF FRONT-SIDE WAVE

13:16    4    ATTACK TALKS ABOUT HOURS OF ATTACK.  FOR THE HOURS THAT KATRINA

13:17    5    WAS COMING UP ON THERE, IT LOOKS LIKE THE LEVEE WITHSTOOD THE

13:17    6    POUNDING OF THE WAVES FOR THE SEVERAL HOURS UNTIL THE SURGE

13:17    7    CAME UP VERY CLOSE TO THE TOP.

13:17    8    **Q.**   I REALLY WAS ASKING YOU, SIR, IF YOU --

13:17    9    **A.**   I WOULD NOT CONSIDER THAT A NEAR MISS.

13:17   10    **Q.**   THANK YOU.

13:17   11    **A.**   OR THE WATER WAS SO CLOSE TO THE TOP THAT IT WAS READY TO

13:17   12    BREACH ANYWAY.

13:17   13    **Q.**   1877.5.  WE'RE GOING TO GO A LITTLE FURTHER NORTH.  WE'RE

13:17   14    GOING TO GO ALL THE WAY UP NORTH NEAR BAYOU BIENVENUE FOR THIS

13:17   15    ONE.

13:17   16    **A.**   OKAY.

13:17   17    **Q.**   NOW, LET ME ASK YOU, SIR:  YOU WOULD AGREE THOSE ARE

13:17   18    BREACHES, FULL BREACHES?

13:17   19    **A.**   THERE'S A ZONE NEAR THE TOP AND NEAR THE BOTTOM THAT

13:17   20    APPEAR TO BE FULL BREACHES.

13:17   21    **Q.**   IS IT ALSO A FACT, SIR, THAT THIS IS THE AREA WHERE ALL

13:17   22    THE EXPERTS AGREE, ON BOTH TEAMS, THAT APPROXIMATELY BETWEEN

13:17   23    6:00 AND 6:30 A.M. ON AUGUST 29, 2005, THE FIRST BREACH FLOW

13:17   24    OCCURRED DURING HURRICANE KATRINA?

13:17   25    **A.**   AGAIN, I HAVE NOT STUDIED THE TIMING OF SPECIFIC BREACHES.

```
13:18    1   I DON'T KNOW.  NOR DO I KNOW EXACTLY -- WELL, YOU TOLD ME WHERE
13:18    2   THEY ARE.
13:18    3   Q.   DR. WOLFF, ISN'T IT A FACT, SIR, THAT YOU NEVER ATTEMPTED
13:18    4   TO CORRELATE THE BREACHES THAT ARE SHOWN ON 2183, 11 BREACH
13:18    5   SITES -- YOU NEVER ATTEMPTED TO CORRELATE THOSE BREACHES WITH
13:18    6   ANY PHYSICAL EVIDENCE OF FRONT-SIDE WAVE ATTACK?
13:18    7   A.   THAT'S CORRECT.
13:18    8         THE COURT:  COUNSEL, IT MAY BE A GOOD TIME FOR ME TO
13:18    9   MAKE MY QUICK CALL.
13:18   10         MR. STEVENS:  PERFECT TIMING.
13:18   11         THE COURT:  I'LL BE RIGHT BACK IN FIVE MINUTES.
13:18   12         THE DEPUTY CLERK:  ALL RISE.
13:18   13         (WHEREUPON THE COURT TOOK A BRIEF RECESS.)
13:23   14         THE DEPUTY CLERK:  ALL RISE, PLEASE.
13:23   15         THE COURT:  PLEASE BE SEATED.
13:23   16         MR. STEVENS:  APPARENTLY, IT DOESN'T TAKE LONG TO
13:23   17   HAND OUT TITANIUM STARS.
13:23   18         THE COURT:  NO.  IT WAS VERY NICE.
13:23   19   BY MR. STEVENS:
13:23   20   Q.   DR. WOLFF, BEAR WITH ME AND I'LL TRY TO WRAP THIS UP, SIR.
13:23   21   YOU MENTIONED IN YOUR DIRECT EXAMINATION SOMETHING CALLED THE
13:23   22   OBSERVATIONAL METHOD IN ENGINEERING.
13:23   23   A.   YES.
13:23   24   Q.   DO YOU RECALL THAT, SIR?
13:23   25   A.   YES, SIR.
```

| | | |
|---|---|---|
| 13:23 | 1 | **Q.** DO YOU TEACH THAT AT MICHIGAN STATE TO YOUR STUDENTS? |
| 13:23 | 2 | **A.** IT'S REFERRED TO IN THE SOIL MECHANICS LITERATURE |
| 13:23 | 3 | EXTENSIVELY, PARTICULARLY THE OLDER LITERATURE. |
| 13:23 | 4 | **Q.** THAT PRINCIPLE, IF YOU WILL, WAS ACTUALLY ADDRESSED BY |
| 13:23 | 5 | DR. BEA IN HIS TESTIMONY ON REDIRECT. |
| 13:23 | 6 | **MR. STEVENS:** IF I COULD SWITCH OVER TO THE ELMO, |
| 13:23 | 7 | PLEASE. |
| 13:24 | 8 | **THE COURT:** YOU MAY WANT TO ZOOM OUT. |
| 13:24 | 9 | **MR. STEVENS:** NOW, YOU'RE CHALLENGING ME AGAIN. I'M |
| 13:24 | 10 | SLOW, BUT EDUCABLE. I SHOULD SAY SEMI-EDUCABLE. |
| 13:24 | 11 | **BY MR. STEVENS:** |
| 13:24 | 12 | **Q.** NOW, ACCORDING TO THE OBSERVATIONAL METHOD, YOU WOULD |
| 13:24 | 13 | FIRST LOOK TO DETECT; RIGHT? |
| 13:24 | 14 | **A.** LET ME POINT OUT THIS IS THE OBSERVATION METHOD AS DEFINED |
| 13:24 | 15 | BY DR. BEA. I'M REFERRING TO TERZAGHI AND PECK, WHO ARE |
| 13:24 | 16 | CLASSIC GEOTECHNICAL ENGINEERS, BUT I CAN WORK WITH THIS AS YOU |
| 13:24 | 17 | HAVE SHOWN IT. |
| 13:24 | 18 | **Q.** IN THIS CASE YOU WOULD CONTINUOUSLY OBSERVE, GATHER |
| 13:24 | 19 | APPROPRIATE DATA, AND STRUCTURE PERFORMANCE INFORMATION. I |
| 13:24 | 20 | WANT TO MAKE SURE WE'RE ON THE SAME PAGE, YOU AND I. WE'RE |
| 13:25 | 21 | TALKING ABOUT THE MRGO STRUCTURE, THE MRGO ITSELF. |
| 13:25 | 22 | **A.** I'M REFERRING TO THE LEVEES ADJACENT TO THE MRGO. |
| 13:25 | 23 | **Q.** I KNOW YOU WANT TO TALK ABOUT THE LEVEES, BUT I'M NOT |
| 13:25 | 24 | TALKING ABOUT THE LEVEES. I'M TALKING ABOUT THE MRGO ITSELF. |
| 13:25 | 25 | YOU WOULD AGREE THAT ONCE YOU HAVE A LEVEE IN PLACE, IF YOU PUT |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:25 | 1 | ANOTHER STRUCTURE NEXT TO IT, YOU HAVE TO MONITOR THAT TO SEE |
| 13:25 | 2 | WHAT IMPACT IT'S HAVING ON THE OTHER STRUCTURE, CORRECT, AND |
| 13:25 | 3 | ITS PERFORMANCE? |
| 13:25 | 4 | **A.**   YES. |
| 13:25 | 5 | **Q.**   NOW, YOU WOULD THEN ANALYZE BY EVALUATING OBSERVATIONS, |
| 13:25 | 6 | DATA, AND INFORMATION TO DRAW CONCLUSIONS ABOUT POTENTIAL |
| 13:25 | 7 | HAZARDS AND DEFECTS; CORRECT? |
| 13:25 | 8 | **A.**   YES. |
| 13:25 | 9 | **Q.**   IN THIS CASE, IF YOU WERE MAKING OBSERVATIONS THAT MIGHT |
| 13:25 | 10 | BE CAUSING HAZARDS OR DEFECTS FROM THE MRGO ITSELF, YOU WOULD |
| 13:25 | 11 | WANT TO NOTICE THINGS LIKE INCREASED SALINITY, LOSS OF |
| 13:25 | 12 | WETLANDS -- |
| 13:25 | 13 | **A.**   THOSE ARE OUT OF MY AREA OF EXPERTISE, SIR.  I'M REFERRING |
| 13:26 | 14 | TO THE OBSERVATIONAL METHOD IN THE CONTEXT OF SETTLEMENT AND |
| 13:26 | 15 | STABILITY. |
| 13:26 | 16 | **Q.**   IN THE CONTEXT OF THE IMPACTS OF THE MRGO, YOU DON'T HAVE |
| 13:26 | 17 | ANY OPINIONS ABOUT THAT? |
| 13:26 | 18 | **A.**   YES, I DO.  MY OPINION IS THAT THE MRGO, WERE IT CAUSING |
| 13:26 | 19 | DETRIMENT TO THIS LEVEE -- |
| 13:26 | 20 | **MR. STEVENS:**  OBJECTION, YOUR HONOR.  THIS IS BEYOND |
| 13:26 | 21 | THE SCOPE OF ANY OPINIONS GIVEN -- |
| 13:26 | 22 | **THE COURT:**  WELL, COUNSEL, YOU HAVE TO BE CAREFUL |
| 13:26 | 23 | IF -- |
| 13:26 | 24 | **MR. STEVENS:**  I ASKED HIM IF HE HAD ANY OPINIONS |
| 13:26 | 25 | BECAUSE I ASSUMED THAT SINCE HE HAD NEVER WRITTEN ONE IN A |

13:26   1   REPORT OR GIVEN ONE IN A DEPOSITION, HE WOULD --

13:26   2           **THE COURT:**  WHEN YOU OPEN A DOOR, THOUGH -- YOU KNOW,

13:26   3   THIS IS WHAT I CALL SOMEWHAT COSMETIC CROSS-EXAMINATION WHICH

13:26   4   WOULD BE BETTER UTILIZED IN BRIEFING, BUT HE IS ENTITLED TO

13:26   5   ANSWER A QUESTION IF YOU ASK IT.  ARE YOU OBJECTING TO YOUR

13:26   6   QUESTION?

13:26   7           **MR. STEVENS:**  I'LL OBJECT TO MY QUESTION.  I'LL

13:26   8   WITHDRAW MY QUESTION.  I'LL WITHDRAW THE QUESTION.

13:26   9           **THE COURT:**  THAT'S A GOOD IDEA.

13:26  10   **BY MR. STEVENS:**

13:26  11   **Q.**   AS I SAID, I WANT TO ASK YOU ABOUT ONE FINAL THING, SIR,

13:27  12   ABOUT THE OBSERVATIONAL METHOD.

13:27  13   **A.**   YES, SIR.

13:27  14   **Q.**   ARE YOU FAMILIAR WITH A GENTLEMAN BY THE NAME OF DR. JOHN

13:27  15   CHRISTIAN FROM THE NATIONAL ACADEMY OF ENGINEERING?

13:27  16   **A.**   YES, I AM.

13:27  17   **Q.**   ACCORDING TO HIM, THE OBSERVATIONAL METHOD DOES NOT MEAN

13:27  18   STAND BY AND WATCHING A STRUCTURE FAIL.

13:27  19   **A.**   I WOULD AGREE WITH THAT.

13:27  20   **Q.**   NOW, YOU WOULD ALSO AGREE THAT A PRUDENT ENGINEER,

13:27  21   EXERCISING SOUND ENGINEERING PRINCIPLES AND PRACTICES, WOULD

13:27  22   TAKE ACTION ONCE APPRISED THAT THE STRUCTURE WAS CREATING A

13:27  23   HAZARD OR A RISK?

13:27  24   **A.**   YOU SAID FAILURE, SIR.

13:27  25   **Q.**   I SAID STRUCTURE --

| | | |
|---|---|---|
| 13:27 | 1 | **A.**   FIRST YOU SAID THAT THE OBSERVATIONAL METHOD, THE ENGINEER |
| 13:27 | 2 | WOULD MAKE SURE THAT THE STRUCTURE DID NOT FAIL. |
| 13:27 | 3 | **Q.**   THAT'S -- |
| 13:27 | 4 | **A.**   DO YOU WANT TO TALK ABOUT FAILURE OR HAZARD RISK? |
| 13:27 | 5 | **Q.**   THAT'S WHAT DR. CHRISTIAN SAID.  DON'T STAND BY AND WATCH |
| 13:27 | 6 | THE STRUCTURE FAIL WHEN SOMETHING ELSE IS IMPACTING IT IS WHAT |
| 13:28 | 7 | I'M REFERRING TO. |
| 13:28 | 8 | **A.**   THAT'S CORRECT. |
| 13:28 | 9 | **Q.**   NOW, IS IT NOT A FACT, SIR, THAT AS WE SPEAK -- AND YOU |
| 13:28 | 10 | WOULD DO THAT THROUGHOUT THE WHOLE PROCESS, AS IT SAYS HERE, |
| 13:28 | 11 | "UNTIL THE STRUCTURE IS DECOMMISSIONED"? |
| 13:28 | 12 | **A.**   THIS PROCESS, IN MY OPINION, WAS FOLLOWED WITH THESE |
| 13:28 | 13 | LEVEES. |
| 13:28 | 14 | **Q.**   ISN'T IT A FACT THAT AS WE SPEAK TODAY, MAY 14, 2009, THE |
| 13:28 | 15 | MRGO NAVIGATION CHANNEL IS FINALLY DECOMMISSIONED? |
| 13:28 | 16 | **A.**   I READ RECENTLY IN THE NEWS THAT IT WAS DEAUTHORIZED AND |
| 13:28 | 17 | CLOSED OFF. |
| 13:28 | 18 | **MR. STEVENS:**  THANK YOU VERY MUCH, SIR. |
| 13:28 | 19 | I THINK THAT MAY BE ALL I HAVE, YOUR HONOR. |
| 13:28 | 20 | **THE COURT:**  DO YOU WANT TO CHECK WITH YOUR |
| 13:28 | 21 | COLLEAGUES? |
| 13:28 | 22 | **MR. STEVENS:**  YOUR HONOR, I HAVE NO FURTHER QUESTIONS |
| 13:28 | 23 | AT THIS TIME.  BEFORE I SIT DOWN, LET ME OFFER THE FOLLOWING |
| 13:28 | 24 | EXHIBITS IN CONNECTION WITH DR. WOLFF'S TESTIMONY. |
| 13:28 | 25 | **THE COURT:**  I WANT TO MAKE SURE COUNSEL IS LISTENING |

| | | |
|---|---|---|
| 13:28 | 1 | TO THE EXHIBITS JUST SO WE DON'T HAVE ANY PROBLEM. |
| 13:29 | 2 | COUNSEL, HE'S GOING TO INTRODUCE EXHIBITS.  I |
| 13:29 | 3 | JUST WANTED TO MAKE SURE SOMEBODY WAS LISTENING. |
| 13:29 | 4 | **MR. STEVENS:**  PX-98.20; PX-1153; PX-1851; JX-0210; |
| 13:29 | 5 | PX-1810.13, SLIDES 1 THROUGH 4; PX-1877.1 THROUGH .6.  THAT |
| 13:29 | 6 | WOULD BE IT. |
| 13:29 | 7 | **MR. STONE:**  WE HAVE NO FURTHER QUESTIONS FOR |
| 13:29 | 8 | DR. WOLFF. |
| 13:29 | 9 | **THE COURT:**  NO OBJECTIONS TO THE EXHIBITS? |
| 13:29 | 10 | **MR. STONE:**  CORRECT, YOUR HONOR. |
| 13:29 | 11 | **THE COURT:**  LET THEM BE ADMITTED. |
| 13:29 | 12 | **MR. BAEZA:**  MR. BAEZA WILL READ A LIST OF OURS IN. |
| 13:29 | 13 | **THE COURT:**  DR. WOLFF, I THINK YOU ARE RELIEVED OF |
| 13:30 | 14 | YOUR DUTIES AS A WITNESS.  THANK YOU. |
| 13:30 | 15 | **MR. BAEZA:**  YOUR HONOR, WE MOVE TO INTRODUCE INTO |
| 13:30 | 16 | EVIDENCE THE FOLLOWING EXHIBITS DURING DR. WOLFF'S DIRECT |
| 13:30 | 17 | EXAMINATION:  JX-0043; DX-0003; DX-1719; JX-0356; PX-2138.3; |
| 13:30 | 18 | JX-0191; DX-1064; JX-0283; DX-0562; JX-0207; AND DX-0451, WHICH |
| 13:30 | 19 | IS ALSO PX-72. |
| 13:30 | 20 | WITH MR. DELOACH'S TESTIMONY YESTERDAY, WE MOVE |
| 13:30 | 21 | TO INTRODUCE PX-1810.19, WHICH I BELIEVE THE PLAINTIFFS ALSO |
| 13:30 | 22 | INTRODUCED.  I JUST WANT TO MAKE SURE THAT ONE OF US COVERED |
| 13:30 | 23 | THAT.  JX-0209.  DM-0039.  IN KEEPING WITH OUR PURSUIT OF |
| 13:31 | 24 | METICULARITY, IN SALUTE TO MR. STEVENS, YOU ALLOWED MR. DELOACH |
| 13:31 | 25 | TO USE THE DEMONSTRATIVE -- |

FINAL DAILY COPY

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
| 13:31 | 1  | **THE COURT:**  I DID.  I TOLD YOU HE COULD DRAW IT.            |
| 13:31 | 2  | **MR. BAEZA:**  WE HAD MARKED THAT AS DM-0040.  I HAVE A        |
| 13:31 | 3  | COPY FOR THE COURT AND THE PLAINTIFFS.                           |
| 13:31 | 4  | **THE COURT:**  LET THEM BE ADMITTED SUBJECT TO ANY            |
| 13:31 | 5  | OBJECTION PREVIOUSLY URGED.                                      |
| 13:33 | 6  | **MR. O'DONNELL:**  BEFORE I BEGIN, I SENT THE GOVERNMENT      |
| 13:33 | 7  | A COPY OF THIS LAST NIGHT.  I PROMISED THAT I WOULD TRY TO      |
| 13:33 | 8  | PREPARE A CHART TO SUPPORT MY OBJECTIONS TO THE 350-SOME        |
| 13:33 | 9  | GRAPHICS.  I HAVE DONE SUCH A CHART.  I'D LIKE TO MARK IT AND   |
| 13:33 | 10 | GIVE IT TO THE COURT.  I GAVE A COPY TO COUNSEL.  THIS IS OUR   |
| 13:33 | 11 | CHARACTERIZATION OF WHAT WE THINK WAS EITHER A NEW FORMAT, NEW  |
| 13:33 | 12 | DATA, NEW ANALYSIS, NEW CONCLUSION, AND THERE'S SOME COMMENTS   |
| 13:33 | 13 | ON IT.                                                          |
| 13:33 | 14 | **THE COURT:**  I'LL GIVE YOU TIME TO RESPOND TO IT IF        |
| 13:33 | 15 | YOU WISH.                                                       |
| 13:33 | 16 | **MR. SMITH:**  I DIDN'T RECEIVE THAT; OR IF I DID, I AM       |
| 13:34 | 17 | NOT AWARE OF HAVING RECEIVED IT.  I DON'T KNOW HOW THEY         |
| 13:34 | 18 | DELIVERED IT.                                                    |
| 13:34 | 19 | **MR. O'DONNELL:**  WE E-MAILED IT YESTERDAY.  BUT,           |
| 13:34 | 20 | YOUR HONOR, THERE'S BEEN SO MANY E-MAILS THAT -- WE DID E-MAIL  |
| 13:34 | 21 | IT.  MR. WARREN'S OUR E-MAILER.  MS. PHILEN'S OUR "FE-MAILER"   |
| 13:34 | 22 | **THE COURT:**  MAYBE WE CAN HAVE MR. SMITH HAVE AN           |
| 13:34 | 23 | OPPORTUNITY TO LOOK AT IT; NOT RIGHT NOW, BUT WE'LL TAKE A      |
| 13:34 | 24 | RECESS, IF WE HAVE TIME, AFTER CROSS-EXAMINATION.              |
| 13:34 | 25 | **MR. O'DONNELL:**  I ASSUME THE COURT WOULD LET THEM         |

| | | |
|---|---|---|
| 13:34 | 1 | RESPOND TO IT. |
| 13:34 | 2 | **THE COURT:**  ABSOLUTELY.  IN OTHER WORDS, I'LL LET YOU |
| 13:34 | 3 | FILE IT, AND HE CAN RESPOND TO IT AND SAY "NO" OR "YES" OR "I'M |
| 13:34 | 4 | NOT SURE."  OKAY.  WITH THAT, YOU MAY COMMENCE. |
| 09:20 | 5 | (WHEREUPON **JOANNES WESTERINK**, HAVING BEEN DULY SWORN, |
| 09:20 | 6 | TESTIFIED AS FOLLOWS.) |
| 13:34 | 7 | **CROSS-EXAMINATION** |
| 13:34 | 8 | **BY MR. O'DONNELL:** |
| 13:34 | 9 | **Q.**  HELLO, DR. WESTERINK.  I'M PIERCE O'DONNELL, ONE OF THE |
| 13:34 | 10 | LAWYERS FOR THE PLAINTIFFS. |
| 13:34 | 11 | **A.**  GOOD AFTERNOON. |
| 13:34 | 12 | **Q.**  LET'S TURN TO PX-1540, WHICH IS YOUR REPORT, PAGE 245.  I |
| 13:35 | 13 | THOUGHT IT WAS 1540.  IT IS. |
| 13:35 | 14 | **A.**  PAGE 245 BEING MY RÉSUMÉ? |
| 13:35 | 15 | **Q.**  I WANT THE SECTION ON SPONSORED RESEARCH, IF WE COULD FIND |
| 13:35 | 16 | IT.  IT'S 261. |
| 13:35 | 17 | NOW, THIS IS YOUR CURRICULUM VITAE, 261, IS IT NOT, |
| 13:36 | 18 | SIR, PART OF IT? |
| 13:36 | 19 | **A.**  YES. |
| 13:36 | 20 | **Q.**  IN YOUR CV YOU LIST THE SPONSORED RESEARCH THAT YOU HAVE |
| 13:36 | 21 | RECEIVED AWARDS OR GRANTS FOR; CORRECT? |
| 13:36 | 22 | **A.**  THAT'S CORRECT. |
| 13:36 | 23 | **Q.**  YOU KIND OF IDENTIFY WHAT THE SPECIFIC RESEARCH WAS; |
| 13:36 | 24 | CORRECT? |
| 13:36 | 25 | **A.**  THAT IS CORRECT. |

| 13:36 | 1 | **Q.**   I THINK THERE'S 42 DIFFERENT SPONSORED RESEARCHES LISTED |
| 13:36 | 2 | FOR THE YEARS 1988 TO 2008? |
| 13:36 | 3 | **A.**   LOOKS LIKE IT, YES. |
| 13:36 | 4 | **Q.**   NOW, I'VE GONE THROUGH THE LIST, AND I COUNT 20 GRANTS OR |
| 13:36 | 5 | AWARDS THAT YOU'VE RECEIVED FROM THE ARMY CORPS OF ENGINEERS. |
| 13:36 | 6 | DOES THAT SOUND RIGHT? |
| 13:36 | 7 | **A.**   I'D HAVE TO COUNT THEM, BUT IT SOUNDS ABOUT RIGHT.  ABOUT |
| 13:36 | 8 | HALF THE MONEY FROM MY SPONSORED RESEARCH IS FROM THE CORPS AND |
| 13:36 | 9 | THE OTHER HALF IS FROM -- |
| 13:36 | 10 | **THE COURT:**  EXCUSE ME, MR. O'DONNELL.  I CAN'T HEAR |
| 13:36 | 11 | HIM. |
| 13:36 | 12 | YES, THAT'S ABOUT RIGHT.  THANK YOU VERY MUCH. |
| 13:36 | 13 | **BY MR. O'DONNELL:** |
| 13:36 | 14 | **Q.**   MY ESTIMATE OF OVER 20 YEARS IS ABOUT RIGHT TOO? |
| 13:37 | 15 | **A.**   I'D HAVE TO CHECK, BUT IT SOUNDS ABOUT RIGHT. |
| 13:37 | 16 | **Q.**   I TOTALED UP THE AMOUNT YOU'VE BEEN PAID BY THE ARMY CORPS |
| 13:37 | 17 | OF ENGINEERS AND IT'S A LITTLE OVER $3.5 MILLION.  DOES THAT |
| 13:37 | 18 | SOUND CORRECT? |
| 13:37 | 19 | **A.**   I'D HAVE TO ADD IT UP, BUT IT SOUNDS ABOUT RIGHT. |
| 13:37 | 20 | **Q.**   THAT'S ABOUT $175,000 A YEAR, ON AVERAGE, OVER 20 YEARS? |
| 13:37 | 21 | **A.**   THAT'S ABOUT CORRECT. |
| 13:37 | 22 | **Q.**   I'M SORRY? |
| 13:37 | 23 | **A.**   SOUNDS ABOUT RIGHT, YEAH. |
| 13:37 | 24 | **Q.**   ACCORDING TO YOUR CV, THERE IS NO OTHER ENTITY FROM WHICH |
| 13:37 | 25 | YOU HAVE RECEIVED NEARLY AS MUCH GRANT MONEY; ISN'T THAT |

13:37  1   CORRECT?

13:37  2   **A.**   I BELIEVE THAT WHEN YOU ADD IT ALL UP, THAT ABOUT HALF THE

13:37  3   MONEY THAT I HAVE RECEIVED IS FROM SOURCES OTHER THAN THE CORPS

13:37  4   AND ABOUT HALF IS FROM THE CORPS.

13:37  5   **Q.**   IN FACT, THE LAST SIX --

13:37  6   **A.**   I WOULD HAVE TO DO THE MATH.

13:37  7   **Q.**   THE LAST SIX AWARDS LISTED ON YOUR CV ARE ALL FROM THE

13:37  8   ARMY CORPS OF ENGINEERS; CORRECT?

13:37  9   **A.**   YES, BUT THEY'RE ALL VERY SMALL AWARDS.  IF YOU LOOK AT --

13:37  10  FOR EXAMPLE, I HAVE AN NSF AWARD.  THAT'S A TOTAL OF

13:38  11  $1.6 MILLION AWARD THAT'S GOING ON THROUGH 2011.  I HAVE CMG

13:38  12  COLLABORATIVE RESEARCH GOING THROUGH THIS SUMMER.  I HAVE AN

13:38  13  OFFICE OF NAVAL RESEARCH GRANT THAT'S ACTIVE RIGHT NOW.  SO

13:38  14  THERE'S A LOT OF THOSE SMALL GRANTS THAT I'VE BEEN HELPING THE

13:38  15  CORPS OF ENGINEERS HERE IN THE LEVEE REDESIGNS IN SOUTHEASTERN

13:38  16  LOUISIANA, SOUTHERN LOUISIANA, AND TEXAS.

13:38  17  **Q.**   I'M GLAD YOU SUPPLEMENTED YOUR ANSWER BECAUSE ALL OF THOSE

13:38  18  ADDITIONAL SOURCES YOU MENTIONED ARE PART OF THE UNITED STATES

13:38  19  OF AMERICA GOVERNMENT, AREN'T THEY?

13:38  20  **A.**   THEY ARE.

13:38  21  **Q.**   YOU'VE ALSO CONSULTED EXTENSIVELY WITH THE ARMY CORPS OF

13:38  22  ENGINEERS, HAVE YOU NOT, OVER THE YEARS?

13:38  23  **A.**   ACTUALLY, I HAVE NOT DONE EXTENSIVE CONSULTING FOR THE

13:38  24  CORPS.  I'VE DONE PREDOMINANTLY RESEARCH.

13:38  25  **Q.**   WELL, LET'S LOOK AT YOUR CV, IF WE COULD, PAGES 244 AND

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:38 | 1 | 245.  I COUNT UP SEVEN DIFFERENT ACTIVITIES, ASSOCIATIONS, |
| 13:39 | 2 | AFFILIATIONS, OR RECOGNITIONS FROM THE ARMY CORPS OF ENGINEERS. |
| 13:39 | 3 | WOULD YOU DISPUTE THAT APPROXIMATION? |
| 13:39 | 4 | **A.**   LET'S SEE.  SEVEN DIFFERENT ONES? |
| 13:39 | 5 | **Q.**   YES.  LET'S BLOW UP THE BOTTOM OF 244, SECOND TO LAST. |
| 13:39 | 6 | YOU WERE PART OF THE U.S. ARMY CORPS OF ENGINEERS |
| 13:39 | 7 | INTERDISCIPLINARY PERFORMANCE EVALUATION TASK FORCE AND YOU |
| 13:39 | 8 | RECEIVED A LEADERSHIP AWARD FOR THAT IN 2007? |
| 13:39 | 9 | **A.**   YEP. |
| 13:39 | 10 | **Q.**   YOU RECEIVED THE DEPARTMENT OF THE ARMY OUTSTANDING |
| 13:39 | 11 | CIVILIAN SERVICE MEDAL IN 2007? |
| 13:39 | 12 | **A.**   THAT IS CORRECT. |
| 13:39 | 13 | **Q.**   NEXT PAGE, THE SIXTH ENTRY DOWN, YOU WERE A CONTROL MEMBER |
| 13:39 | 14 | OF THE TASK COMMITTEE ON PRESTANDARDIZATION OF ESTUARIAN TIDAL |
| 13:40 | 15 | MODELING FOR THE ARMY CORPS HYDRAULICS DIVISION? |
| 13:40 | 16 | **A.**   ACTUALLY, THAT'S INCORRECT.  "ASCE" STANDS FOR THE |
| 13:40 | 17 | AMERICAN SOCIETY OF CIVIL ENGINEERS. |
| 13:40 | 18 | **Q.**   OKAY.  MY BAD.  DOWN AT THE BOTTOM, THREE UP FROM THE |
| 13:40 | 19 | LAST, YOU'VE DONE NUMERICAL MODELING OF HURRICANE KATRINA SURGE |
| 13:40 | 20 | AND WAVE ENVIRONMENT AND YOU WERE CO-LEADER FOR THE CORPS IPET |
| 13:40 | 21 | TEAM; CORRECT? |
| 13:40 | 22 | **A.**   THAT IS CORRECT. |
| 13:40 | 23 | **Q.**   THE LAST ENTRY, YOU'VE ALSO DONE SOME STORM SURGE MODEL |
| 13:40 | 24 | DEVELOPMENT FOR THE ARMY CORPS OF ENGINEERS AND FEMA AND |
| 13:40 | 25 | OTHERS? |

| | | |
|---|---|---|
| 13:40 | 1 | **A.**   THAT IS CORRECT. |
| 13:40 | 2 | **Q.**   NOW, YOU WERE A MEMBER OF THE IPET TEAM; CORRECT? |
| 13:40 | 3 | **A.**   YES, I WAS. |
| 13:40 | 4 | **Q.**   IN PARTICULAR, YOU WERE INVOLVED WITH THE ADCIRC MODELING |
| 13:40 | 5 | FOR IPET; CORRECT? |
| 13:40 | 6 | **A.**   THAT IS CORRECT. |
| 13:40 | 7 | **Q.**   HOW MUCH, APPROXIMATELY, DID THE IPET MODELING COST? |
| 13:40 | 8 | **A.**   IF I RECALL CORRECTLY, IT WAS ON THE -- TOTAL PROJECT COST |
| 13:40 | 9 | WAS PROBABLY ON THE ORDER OF $20 MILLION, BUT THAT'S JUST A |
| 13:41 | 10 | RECOLLECTION. |
| 13:41 | 11 | **Q.**   IPET USED THE ADCIRC 2000 MODEL; CORRECT?  2006.  I'M |
| 13:41 | 12 | SORRY. |
| 13:41 | 13 | **A.**   ACTUALLY, THE ADCIRC TF01 MODEL WAS USED FOR THE IPET. |
| 13:41 | 14 | **Q.**   OKAY.  TOF1 [*SIC*] IS AN UPGRADE OF YOUR S08; CORRECT? |
| 13:41 | 15 | **A.**   ACTUALLY, IT'S TF01, AND IT IS AN UPGRADE OF S08. |
| 13:41 | 16 | **Q.**   I'VE GOT ONE GOOD EYE AND THE OTHER ONE'S NOT TOO GREAT |
| 13:41 | 17 | EITHER, SO I APOLOGIZE.  TF01; CORRECT? |
| 13:41 | 18 | **A.**   TF01. |
| 13:41 | 19 | **Q.**   THAT'S AN UPGRADE OF YOUR ADCIRC S08? |
| 13:41 | 20 | **A.**   IT'S AN UPGRADE BOTH IN TERMS OF THE GRID AND A LOT OF THE |
| 13:41 | 21 | PORTIONS THAT WERE PUT INTO IT, THAT'S CORRECT. |
| 13:41 | 22 | **Q.**   THE ANSWER TO MY QUESTION IS AN UPGRADE; CORRECT? |
| 13:41 | 23 | **A.**   IT IS ABSOLUTELY, YES. |
| 13:41 | 24 | **Q.**   NOW, FOR YOUR EXPERT REPORT IN THE *ROBINSON* CASE, WHICH |
| 13:41 | 25 | WE'LL TALK QUITE A BIT ABOUT THIS AFTERNOON, YOU DID NOT ACCEPT |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:41 | 1 | OR USE THE RESULTS OF YOUR IPET MODELING, DID YOU? |
| 13:42 | 2 | **A.**   WE ADVANCED BEYOND THE IPET MODELING FOR THE SL15 MODEL. |
| 13:42 | 3 | **Q.**   WE'RE GOING TO GET ALONG BETTER IF YOU COULD JUST ANSWER |
| 13:42 | 4 | MY QUESTION "YES" OR "NO," AND HIS HONOR WILL LET YOU EXPLAIN. |
| 13:42 | 5 | THE ANSWER TO MY QUESTION WHETHER FOR THIS CASE YOU |
| 13:42 | 6 | USED AND ACCEPTED THE RESULTS OF YOUR IPET MODELING IS "YES" OR |
| 13:42 | 7 | "NO"? |
| 13:42 | 8 | **A.**   WELL, I BELIEVE THAT WE DID, BUT WE BUILT ONTO IT. |
| 13:42 | 9 | **Q.**   WELL, IN FACT, YOU DID YOUR OWN MODELING AND USED |
| 13:42 | 10 | SOMETHING YOU'VE CALLED IN THIS CASE ADCIRC SL15? |
| 13:42 | 11 | **A.**   THAT'S CORRECT, YES. |
| 13:42 | 12 | **Q.**   NOW, I WANT TO ESTABLISH AT LEAST ONE POINT OF COMMON |
| 13:42 | 13 | GROUND BETWEEN YOU AND OUR EXPERTS.  I THINK THERE'S AT LEAST |
| 13:42 | 14 | ONE.  LET ME ASK YOU THIS QUESTION:  IN YOUR MODELING YOU FOUND |
| 13:42 | 15 | A REDUCTION OF ABOUT 3.5 FEET IN MAXIMUM WATER SURFACE |
| 13:42 | 16 | ELEVATION OCCURRING AT THE CONFLUENCE OF THE MRGO GIWW AND THE |
| 13:43 | 17 | IHNC UNDER YOUR SCENARIO H2; CORRECT? |
| 13:43 | 18 | **A.**   THAT'S CORRECT, YES. |
| 13:43 | 19 | **Q.**   H2 HAS NO MRGO WITH 2005 WETLANDS, WHICH MEANS NO REACH 1 |
| 13:43 | 20 | OR REACH 2, COMPARED TO YOUR H1 REAL KATRINA RUN? |
| 13:43 | 21 | **A.**   THAT IS CORRECT, YES. |
| 13:43 | 22 | **Q.**   IN FACT, THIS FINDING OF 3.5 FEET IS GENERALLY CONSISTENT |
| 13:43 | 23 | WITH PROFESSOR VRIJLING'S CONCLUSION THAT THE MRGO REACH 1 |
| 13:43 | 24 | CONTRIBUTED ABOUT 3 FEET TO THE SURGE LEVEL IN REACH 1 IN THE |
| 13:43 | 25 | IHNC DURING KATRINA? |

| | | |
|---|---|---|
| 13:43 | 1 | **A.**  YES, IT IS. |
| 13:43 | 2 | **Q.**  NOW, LET'S ESTABLISH WHAT YOUR ADCIRC 15 MODELING CANNOT |
| 13:43 | 3 | DO.  FIRST, AS I UNDERSTAND IT, YOU ADDRESSED STORM SURGE |
| 13:43 | 4 | LEVELS OUTSIDE OF THE HURRICANE PROTECTION SYSTEM; CORRECT? |
| 13:43 | 5 | **A.**  THAT IS CORRECT. |
| 13:43 | 6 | **Q.**  UNLIKE DR. VRIJLING, YOU DIDN'T DO ANY INTERIOR FLOOD |
| 13:43 | 7 | MODELING, AS I UNDERSTAND IT? |
| 13:43 | 8 | **A.**  I DID NOT. |
| 13:43 | 9 | **Q.**  YOUR MODEL DID NOT ADDRESS DISCHARGES THAT WERE RELEVANT |
| 13:44 | 10 | TO FLOODING EITHER THROUGH THE CHANNELS OR OVER LEVEES AND |
| 13:44 | 11 | FLOOD WALLS? |
| 13:44 | 12 | **A.**  WELL, IT ALLOWED LEVEE OVERTOPPING.  BUT LIKE THE FINEL |
| 13:44 | 13 | MODEL, WE DIDN'T HAVE ANY BREACHES, AND WE DID NOT PULL WATER |
| 13:44 | 14 | OUT OF THE CHANNELS THROUGH WAVE OVERTOPPING LIKE THE FINEL |
| 13:44 | 15 | MODEL.  THAT'S CORRECT. |
| 13:44 | 16 | **Q.**  PICKING UP ON THAT POINT, YOU DIDN'T STUDY THE EFFECT OF |
| 13:44 | 17 | WAVES AGAINST THE LEVEES, AS I UNDERSTAND IT? |
| 13:44 | 18 | **A.**  WELL, I BELIEVE -- YES AND NO.  IF I MAY EXPLAIN MY |
| 13:44 | 19 | ANSWER? |
| 13:44 | 20 | **Q.**  ABSOLUTELY. |
| 13:44 | 21 | **A.**  WHILE WE HAVE WAVE RADIATION STRESSES IN THE MODEL AND SO |
| 13:44 | 22 | THE AREA GENERALLY GETS A PUSH FROM WAVE RADIATION STRESS, CAN |
| 13:44 | 23 | BE ANYWHERE FROM, LET'S SAY, GENERALLY A HALF METER TO 1.5 |
| 13:44 | 24 | METERS -- I'M SORRY, A HALF FOOT TO 1.5 FEET, BUT WE DID NOT |
| 13:45 | 25 | RESOLVE OR WERE NOT ABLE TO RESOLVE THE WAVE RADIATION STRESSES |

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:45 | 1 | AND THEIR PUSH RIGHT UP AGAINST THE STRUCTURES.  WE SIMPLY |
| 13:45 | 2 | DON'T HAVE THE RESOLUTION FOR THAT. |
| 13:45 | 3 | **Q.**   YOU DIDN'T STUDY ANY POTENTIAL DESTRUCTIVE IMPACT OF THE |
| 13:45 | 4 | WAVES AGAINST THE LEVEES, DID YOU? |
| 13:45 | 5 | **A.**   NO, WE DID NOT. |
| 13:45 | 6 | **Q.**   LET'S TALK ABOUT A COUPLE OF THINGS.  YOU ADMIT THAT THE |
| 13:45 | 7 | NUMBERS YOU WERE USING FOR YOUR MODEL AS TO LEVEE HEIGHTS WERE |
| 13:45 | 8 | INACCURATE; CORRECT? |
| 13:45 | 9 | **A.**   I ADMIT TO -- COULD YOU REPEAT THE QUESTION. |
| 13:45 | 10 | **Q.**   YES.  THE LEVEE HEIGHTS YOU USED WERE INACCURATE? |
| 13:45 | 11 | **A.**   WELL, I THINK THEY'RE PROBABLY THE BEST REPRESENTATION OF |
| 13:45 | 12 | THE LEVEE HEIGHTS AT THE TIME THAT WE CAN, TO THE RESOLUTION |
| 13:45 | 13 | THAT WE HAVE, YES. |
| 13:45 | 14 | **Q.**   DID YOU SAY IN YOUR DEPOSITION THAT THE LEVEE HEIGHTS IN |
| 13:45 | 15 | YOUR MODEL WERE INACCURATE? |
| 13:45 | 16 | **A.**   WELL, I DON'T RECALL SAYING THAT, BUT -- |
| 13:45 | 17 | **Q.**   I'LL MOVE ON.  NOW, THE NUMBERS YOU USED FOR HIGH WATER |
| 13:45 | 18 | MARKS WERE SUBJECT TO ERRORS IN TOPOGRAPHY, BATHYMETRY, WAVE |
| 13:46 | 19 | FIELDS, AND WIND FIELDS.  DO YOU REMEMBER SAYING THAT IN YOUR |
| 13:46 | 20 | DEPOSITION? |
| 13:46 | 21 | **A.**   THAT'S RIGHT.  THEY ARE.  I THINK I SHOWED IN MY |
| 13:46 | 22 | TESTIMONY, ALSO, THAT WE HAVE ESTIMATES FOR WHAT THOSE ERRORS |
| 13:46 | 23 | MIGHT BE. |
| 13:46 | 24 | **Q.**   THEY WERE ERRONEOUS; IS THAT THE BOTTOM LINE? |
| 13:46 | 25 | **A.**   NO.  THEY HAVE A CERTAIN MARGIN OF ERROR LIKE ANY NUMBER |

| | | |
|---|---|---|
| 13:46 | 1 | THAT'S USED IN ENGINEERING.  THERE'S A MARGIN OF ERROR. |
| 13:46 | 2 | THEY'RE NOT WRONG OR RIGHT.  THEY HAVE A PLUS OR MINUS TO HOW |
| 13:46 | 3 | HIGH THE WATER MIGHT HAVE COME AND THERE'S A CERTAIN SET OF |
| 13:46 | 4 | INACCURACIES ASSOCIATED WITH THAT, AND WE ESTIMATE THAT LEVEL |
| 13:46 | 5 | OF CONFIDENCE THAT WE HAVE. |
| 13:46 | 6 | **Q.**   YOU TESTIFIED IN YOUR DEPOSITION, DID YOU NOT, THAT YOUR |
| 13:46 | 7 | HIGH WATER MARKS WERE SUBJECT TO ERRORS IN TOPOGRAPHY, |
| 13:46 | 8 | BATHYMETRY, WAVE FIELDS, AND WIND FIELDS?  "YES" OR "NO"? |
| 13:46 | 9 | **A.**   THEY ARE, BUT IT'S WITHIN CERTAIN BOUNDS. |
| 13:46 | 10 | **Q.**   NOW, LET ME ASK YOU ABOUT ADCIRC SL15.  NOW, YOU WOULD |
| 13:47 | 11 | AGREE, AS A LEADING MODELER, THAT DEVELOPMENT OF A COMPUTER |
| 13:47 | 12 | MODEL REQUIRES A THREE-STAGE DEVELOPMENTAL PROCESS:  ALPHA, |
| 13:47 | 13 | BETA, AND RELEASE? |
| 13:47 | 14 | **A.**   THAT'S GENERALLY THE CASE, YES. |
| 13:47 | 15 | **Q.**   THE ALPHA VERSION IS THE FIRST EXPERIMENTAL STAGE; |
| 13:47 | 16 | CORRECT? |
| 13:47 | 17 | **A.**   WELL, I GUESS WE HAVE A LITTLE BIT DIFFERENT DESIGNATION. |
| 13:47 | 18 | **Q.**   THAT'S THE BEGINNING; RIGHT? |
| 13:47 | 19 | **A.**   SURE. |
| 13:47 | 20 | **Q.**   IN THE MIDDLE IS THE BETA VERSION, WHICH IS SUBJECT TO |
| 13:47 | 21 | GETTING THE BUGS AND ANOMALIES WORKED OUT; CORRECT? |
| 13:47 | 22 | **A.**   RIGHT. |
| 13:47 | 23 | **Q.**   FINALLY, YOU HAVE THE RELEASE VERSION, WHICH HAS BEEN PEER |
| 13:47 | 24 | REVIEWED; CORRECT? |
| 13:47 | 25 | **A.**   THAT'S CORRECT. |

| | | |
|---|---|---|
| 13:47 | 1 | **Q.**   YOUR SL15 IS A BETA VERSION; CORRECT? |
| 13:47 | 2 | **A.**   WELL, IT'S SUBJECT TO VERY, VERY EXTENSIVE REVIEW.  I |
| 13:48 | 3 | WOULD SAY THAT WE HAVE RELEASED VERSIONS OF SL15 THAT HAVE BEEN |
| 13:48 | 4 | VERY EXTENSIVELY REVIEWED.  IN FACT, I WOULD CONSIDER GENERALLY |
| 13:48 | 5 | THE SL15 MODEL TO BE A RELEASE MODEL. |
| 13:48 | 6 | **Q.**   SIR, ARE YOU AWARE THE DEPARTMENT OF JUSTICE REPRESENTED |
| 13:48 | 7 | TO US RECENTLY IN AN E-MAIL THAT SL15 IS A BETA VERSION? |
| 13:48 | 8 | **A.**   I AM NOT. |
| 13:48 | 9 | **Q.**   DOESN'T THE WEB SITE OF THE DISTRIBUTOR OF SL15 SAY THAT |
| 13:48 | 10 | IT'S A BETA VERSION? |
| 13:48 | 11 | **A.**   I'M NOT AWARE OF THAT.  IF YOU LOOK AT THE FEMA REPORTS, |
| 13:48 | 12 | WE HAVE "R" STANDING FOR RELEASE VERSIONS THAT ARE ACTUALLY |
| 13:48 | 13 | USED IN, FOR EXAMPLE, THE FEMA DFIRM CALCULATIONS, ETC. |
| 13:48 | 14 | **Q.**   WELL, SPEAKING OF THE FEMA DFIRM CALCULATIONS, ARE YOU |
| 13:48 | 15 | AWARE THAT THE STATE OF LOUISIANA IS SERIOUSLY CRITICIZING AND |
| 13:48 | 16 | QUESTIONING YOUR DFIRM DATA? |
| 13:48 | 17 | **A.**   I AM AWARE, AND THERE'S A REASON FOR THAT:  BECAUSE |
| 13:48 | 18 | THEY'RE VERY UNHAPPY WITH BEING IN V ZONES.  THE DISPUTE SEEMS |
| 13:49 | 19 | TO BE IN CAMERON PARISH WHERE, FOR EXAMPLE, HURRICANE IKE HAS |
| 13:49 | 20 | WAY EXCEEDED THE 100-YEAR WATER LEVELS AND THE SAME THING FOR |
| 13:49 | 21 | HURRICANE RITA.  SO THEY'RE CLAIMING THAT THE 100-YEAR WATER |
| 13:49 | 22 | LEVELS ARE BELOW WHAT THE PAST TWO HURRICANES IN THE LAST THREE |
| 13:49 | 23 | YEARS HAVE BEEN.  WHETHER THAT'S A JUSTIFIABLE CLAIM OR NOT, I |
| 13:49 | 24 | GUESS THAT'S FOR THE POLITICIANS TO WORK OUT. |
| 13:49 | 25 | **Q.**   AND THE SCIENTISTS; RIGHT, SIR? |

13:49  1  **A.**   TO BE HONEST, I THINK THE SCIENCE IS NOT AS IMPORTANT AS

13:49  2  THE POLITICS IN THIS DISPUTE.

13:49  3  **Q.**   BECAUSE YOU THINK YOUR SCIENCE IS THE BEST; RIGHT?

13:49  4  **A.**   WELL, I CAN QUANTIFY WHAT THE ERROR LEVELS ARE FOR THE

13:49  5  SL15 CALCULATIONS AND GIVE AN ESTIMATE TO THAT.  I THINK A

13:49  6  LARGE PART OF THE DISPUTE, ALSO, IS WHETHER THERE'S PROBLEMS

13:49  7  WITH WHETHER THE FEMA DFIRM NUMBERS ARE DESIGN LEVELS OR

13:49  8  WHETHER THEY ARE JUST SIMPLY FOR INSURANCE MATTERS.  I'M NOT

13:50  9  PRIVY TO ALL THE DETAILS OF THE DISPUTE.

13:50  10       THERE'S ALSO QUESTIONS -- AND, MORE IMPORTANT, ON THE

13:50  11  PARTICULAR WAVE MODEL THAT ARE BEING USED, I THINK IF YOU LOOK

13:50  12  INTO THE DETAILS OF WHAT THE STATE OF LOUISIANA HAS COMPLAINED

13:50  13  ABOUT MORE IS SUBJECT TO THE PARTICULAR WAVE MODEL THAN TO THE

13:50  14  PARTICULAR -- TO THE ADCIRC SL15.  I'VE RECENTLY RECEIVED THE

13:50  15  COMPLAINTS ABOUT SL15, AND I WOULD SAY THAT THEY WERE FAIRLY

13:50  16  MINOR.

13:50  17  **Q.**   ONE REASON PEOPLE ARE QUESTIONING YOUR MODELING AND SAYING

13:50  18  THAT THERE'S INACCURATE AND ANOMALOUS RESULTS IS THAT IT'S

13:50  19  STILL A WORK IN PROCESS; RIGHT?

13:50  20  **A.**   WE ARE IN A BUSINESS WHERE WE ARE CONTINUALLY DEVELOPING.

13:50  21  IF YOU STOP DEVELOPING THESE MODELS, THEN BASICALLY YOU WOULD

13:50  22  NOT BE REFINING THE ABILITY TO PREDICT SOME VERY IMPORTANT

13:50  23  THINGS.  I THINK IT'S IMPORTANT TO BE ABLE TO PREDICT INCOMING

13:51  24  HURRICANES, AND I THINK IT'S VERY IMPORTANT TO BE ABLE TO

13:51  25  ESTABLISH BETTER AND BETTER LEVELS OF CONFIDENCE IN WHAT THE

| | | |
|---|---|---|
| 13:51 | 1 | FLOOD RISK IS IN CERTAIN AREAS.  SO I THINK IT WOULD BE NOT A |
| 13:51 | 2 | GOOD SERVICE TO SOCIETY TO STOP DEVELOPING THINGS.  I THINK |
| 13:51 | 3 | THAT'S TRUE ACROSS THE BOARD. |
| 13:51 | 4 | **MR. O'DONNELL:**  YOUR HONOR, I OBJECT.  THIS HAS GONE |
| 13:51 | 5 | ON -- |
| 13:51 | 6 | **THE COURT:**  I'VE GOT THE POINT.  AGAIN, I'M NOT GOING |
| 13:51 | 7 | TO PENALIZE YOU IF THE ANSWER GOES BEYOND MY THRESHOLD OF |
| 13:51 | 8 | EXPIRATION OF TIME.  I'LL DO A MENTAL CALIBRATION, ADJUSTMENT, |
| 13:51 | 9 | AND SENSITIVITY TEST. |
| 13:51 | 10 | **MR. O'DONNELL:**  I THINK THIS CROSS-EXAMINATION IS |
| 13:51 | 11 | GOING TO PROVE TO BE HEURISTIC, YOUR HONOR. |
| 13:51 | 12 | **THE COURT:**  LET'S HOPE SO. |
| 13:51 | 13 | BY MR. O'DONNELL: |
| 13:51 | 14 | Q.   YOU ARE THE COCREATOR WITH PROFESSOR LUETTICH OF THE |
| 13:51 | 15 | ADCIRC SO8 MODEL; CORRECT? |
| 13:52 | 16 | A.   WE'VE BEEN THE CODEVELOPERS OF THE ADCIRC MODEL, ALTHOUGH |
| 13:52 | 17 | THE ADCIRC MODEL HAS DEVELOPED INTO A COMMUNITY MODEL.  WE DID |
| 13:52 | 18 | WORK ON SO8 TOGETHER, THAT'S CORRECT. |
| 13:52 | 19 | Q.   YOU WERE THE INITIAL COCREATORS?  CAN I GET A "YES"? |
| 13:52 | 20 | A.   YES, THAT'S CORRECT. |
| 13:52 | 21 | Q.   THAT'S THE MODEL THAT WAS USED BY THE PLAINTIFFS IN THIS |
| 13:52 | 22 | CASE; CORRECT? |
| 13:52 | 23 | A.   IT WAS. |
| 13:52 | 24 | Q.   THAT MODEL HAS BEEN THROUGH CRITICAL TESTING BY OTHERS IN |
| 13:52 | 25 | THE FIELD, INCLUDING YOU AND PROFESSOR LUETTICH? |

FINAL DAILY COPY

13:52   1   **A.**   YES, IT HAS BEEN, BUT WE'VE ALSO QUANTIFIED THE

13:52   2   DEFICIENCIES IN THE MODEL.

13:52   3   **Q.**   CAN YOU JUST GIVE ME A "YES" OR A "NO," SIR.

13:52   4   **A.**   IF I COULD EXPLAIN?

13:52   5           **THE COURT:**  I WILL ALLOW HIM TO EXPLAIN HIS ANSWER.

13:52   6   I WILL REGARD THAT AS A FAIRLY -- CONSIDERING, A PITHY

13:52   7   EXPLANATION.

13:52   8           **MR. O'DONNELL:**  AND I CONSIDER IT A "YES, BUT."

13:52   9   **BY MR. O'DONNELL:**

13:52   10  **Q.**   YOU BELIEVE, AS A COCREATOR OF S08, WHATEVER ITS

13:52   11  LIMITATIONS ARE, IT HAS THE CONFIDENCE OF MANY PEOPLE IN YOUR

13:52   12  COMMUNITY; CORRECT?

13:53   13  **A.**   WELL, I THINK THE GENERAL COMMUNITY CONSENSUS IS THAT WE

13:53   14  NEEDED TO MOVE ON BEYOND S08.

13:53   15  **Q.**   I UNDERSTAND THAT.

13:53   16          **THE COURT:**  SO THE ANSWER IS "NO" OR "YES"?

13:53   17          **THE WITNESS:**  THAT'S A "NO."

13:53   18          **THE COURT:**  THE ANSWER IS "NO."

13:53   19  **BY MR. O'DONNELL:**

13:53   20  **Q.**   WELL, LET WHO ME ASK YOU THIS:  NOWHERE IN YOUR EXPERT

13:53   21  REPORT DO YOU COMMENT NEGATIVELY AT ALL ABOUT THE PLAINTIFFS'

13:53   22  MODELING OR THEIR RESULTS; CORRECT?

13:53   23  **A.**   THAT'S CORRECT.

13:53   24  **Q.**   IN FACT, WHEN YOU WERE DEPOSED IN JANUARY OF THIS YEAR,

13:53   25  YOU ADMITTED THAT YOU HAD ONLY "REVIEWED SOME OF THOSE RESULTS

| | | |
|---|---|---|
| 13:53 | 1 | BRIEFLY AND HAD NOT STUDIED THEM CAREFULLY"; CORRECT? |
| 13:53 | 2 | **A.** THAT'S CORRECT. |
| 13:53 | 3 | **Q.** IN YOUR DIRECT EXAMINATION BY MR. SMITH, YOU DISCUSSED WHY |
| 13:53 | 4 | YOU BELIEVED THE SL15 VERSION WAS A SUPERIOR SURGE MODEL THAN |
| 13:53 | 5 | WHAT YOU CALLED ON THE DEMONSTRATIVES "S08 2005,"WHICH YOU SAID |
| 13:53 | 6 | WAS USED BY THE PLAINTIFFS; CORRECT? |
| 13:53 | 7 | **A.** THAT'S CORRECT. |
| 13:53 | 8 | **MR. O'DONNELL:** LET'S LOOK AT -- NOW, I'M GOING TO |
| 13:53 | 9 | USE THE WORD *DEMONSTRATIVE*, AND THAT'S THAT 350 WHATEVER THAT |
| 13:53 | 10 | WE GOT, YOUR HONOR, YOU AND ME.  I'LL USE THAT TERM TO |
| 13:54 | 11 | DIFFERENTIATE IT FROM MY MODEST SLIDES I'LL BE USING.  LET'S |
| 13:54 | 12 | LOOK AT DEMONSTRATIVE 28. |
| 13:54 | 13 | **BY MR. O'DONNELL:** |
| 13:54 | 14 | **Q.** THIS IS SLIDE 28, AND THAT'S ONE OF THE ONES YOU PRESENTED |
| 13:54 | 15 | BETWEEN S08 AND SL15; CORRECT? |
| 13:54 | 16 | **A.** THAT'S CORRECT. |
| 13:54 | 17 | **Q.** YOU NOTED WHAT YOU THOUGHT WERE THE IMPROVEMENTS; CORRECT? |
| 13:54 | 18 | **A.** I DID. |
| 13:54 | 19 | **Q.** LET'S GO TO SLIDE 33.  THE SAME THING, MORE CONTRASTING. |
| 13:54 | 20 | YOU BUILT ON YOUR CRITIQUE; CORRECT? |
| 13:55 | 21 | **A.** CORRECT. |
| 13:55 | 22 | **Q.** FINALLY, SLIDE 38.  MORE DIFFERENCES AND BETTER THAN S08; |
| 13:55 | 23 | CORRECT? |
| 13:55 | 24 | **A.** CORRECT. |
| 13:55 | 25 | **Q.** NOW, SIR, YOU KNOW FOR A FACT, DO YOU NOT, THAT |

13:55   1   PLAINTIFFS' EXPERTS DID NOT USE SO8 2005, AS YOU SUGGESTED TO

13:55   2   THIS COURT; CORRECT?

13:55   3   **A.**   THEY DID USE SO8 AND THEY USED IT TO DRIVE THEIR BOUNDARY

13:55   4   CONDITIONS FOR THE FINEL MODEL.

13:55   5   **Q.**   SIR, YOU KNOW FOR A FACT THAT THE PLAINTIFFS' EXPERTS DID

13:55   6   NOT USE SO8 2005?

13:55   7   **A.**   ACTUALLY, THE DATE OF -- THE NUMBER THERE IS REFERRING TO

13:55   8   2005, IS ROUGHLY WHEN THE DEVELOPMENT WAS COMPLETED.

13:55   9   **Q.**   SIR, FOR THE THIRD TIME, YOU KNOW FOR A FACT THAT THE

13:55   10  PLAINTIFFS' EXPERTS IN THEIR MODELING DID NOT USE "SO8 2005" AS

13:56   11  YOU HAD IN THE DEMONSTRATIVE?

13:56   12  **A.**   I DO NOT.

13:56   13  **Q.**   YOU KNOW THAT THE PLAINTIFFS HAVE A MUCH IMPROVED SO8 THAT

13:56   14  WAS DEVELOPED BY THE LSU HURRICANE CENTER; CORRECT?

13:56   15  **A.**   I DO NOT.

13:56   16  **Q.**   YOU KNOW ABOUT THAT WORK, DON'T YOU?

13:56   17  **A.**   NO, I DON'T.

13:56   18  **Q.**   YOU DON'T KNOW THAT THE LSU HURRICANE CENTER --

13:56   19  DR. VAN HEERDEN, DR. KEMP, DR. MASHRIQUI, AND OTHERS -- TOOK

13:56   20  SO8 AND IMPROVED IT?

13:56   21  **A.**   I DO NOT.

13:56   22  **Q.**   YOU DON'T KNOW THAT THEY ADDED NEW TOPOGRAPHY AND

13:56   23  BATHYMETRY?

13:56   24  **A.**   I DO NOT.

13:56   25  **Q.**   ARE YOU AWARE THAT THE PLAINTIFFS' EXPERTS RECOGNIZED

FINAL DAILY COPY

| | | |
|---|---|---|
| 13:56 | 1 | LIMITATIONS OF ADCIRC S08?  DO YOU RECALL THAT? |
| 13:56 | 2 | **A.**   WELL, THEY USED FINEL.  SO, YES, I AM. |
| 13:56 | 3 | **Q.**   THEY USED S08 UPGRADED, NEW AND IMPROVED, ONLY TO SET THE |
| 13:56 | 4 | BOUNDARY CONDITIONS; RIGHT? |
| 13:56 | 5 | **A.**   THEY DID SET THE BOUNDARY CONDITIONS WITH S08, YES. |
| 13:56 | 6 | **Q.**   THEY USED FINEL, WHICH IS CONSIDERED A GOOD HYDRODYNAMIC |
| 13:57 | 7 | MODEL, IS IT NOT, FOR SURGE, CURRENTS, DISCHARGE, TIDES, AND |
| 13:57 | 8 | OVERTOPPING RATES? |
| 13:57 | 9 | **A.**   YES, IT IS. |
| 13:57 | 10 | **Q.**   ONE OF THE VIRTUES OR ADVANTAGES OF FINEL IS IT CAN |
| 13:57 | 11 | READILY CHANGE THE PHYSICAL FEATURES AND FRICTION FACTORS, AS |
| 13:57 | 12 | WELL AS THE WIND FIELDS? |
| 13:57 | 13 | **A.**   ADCIRC DOES THE SAME THING. |
| 13:57 | 14 | **Q.**   CAN FINEL DO THAT TOO? |
| 13:57 | 15 | **A.**   TO CHANGE THE FRICTION FACTORS? |
| 13:57 | 16 | **Q.**   AMONG OTHER THINGS. |
| 13:57 | 17 | **A.**   I THINK THAT THERE'S VARIABLE FRICTION IN FINEL. |
| 13:57 | 18 | **Q.**   CAN THEY ALSO CHANGE THE PHYSICAL FEATURES, THE |
| 13:57 | 19 | TOPOGRAPHY, LAND HEIGHT? |
| 13:57 | 20 | **A.**   COULD YOU EXPLAIN YOUR QUESTION.  DO YOU MEAN IN TIME THAT |
| 13:57 | 21 | THE FEATURE -- FOR EXAMPLE, THE LEVEE WOULD DEGRADE OR A DUNE |
| 13:57 | 22 | MIGHT DEGRADE OR SOMETHING LIKE THAT? |
| 13:57 | 23 | **Q.**   OR VARY THE TOPOGRAPHY OR THE HABITAT? |
| 13:57 | 24 | **A.**   IN TIME? |
| 13:57 | 25 | **Q.**   YES. |

| | | |
|---|---|---|
| 13:57 | 1 | **A.**   OKAY.  WELL, I WASN'T AWARE OF THAT. |
| 13:57 | 2 | **Q.**   NOW, IN FACT, YOU KNOW THAT FINEL HAS A STRONG TRACK |
| 13:57 | 3 | RECORD WITH DUTCH MODELERS FOR THE LAST TEN YEARS OR SO, DON'T |
| 13:58 | 4 | YOU? |
| 13:58 | 5 | **A.**   I DO, BUT ADCIRC ALSO HAS THE ADCIRC MODELS BEING COUPLED |
| 13:58 | 6 | WITH THE -- THE UNSWAN MODEL IS GOING TO BE RELEASED AT DELFT |
| 13:58 | 7 | UNIVERSITY AS WELL AS BY THE ADCIRC GROUP. |
| 13:58 | 8 | **Q.**   SIR, I'M GOING TO GIVE IT TO YOU THAT WHATEVER ADCIRC |
| 13:58 | 9 | YOU'VE INVENTED IS THE CAT'S MEOW.  CAN WE CONCEDE THAT? |
| 13:58 | 10 | **A.**   COULD YOU PLEASE EXPLAIN WHAT "CAT'S MEOW" IS. |
| 13:58 | 11 | **THE COURT:**  HE'S SAYING IT IS SUPERB, GREAT, |
| 13:58 | 12 | FANTASTIC, THE BEST. |
| 13:58 | 13 | **THE WITNESS:**  OKAY. |
| 13:58 | 14 | **THE COURT:**  HE'S ASKING ABOUT FINEL. |
| 13:58 | 15 | **BY MR. O'DONNELL:** |
| 13:58 | 16 | **Q.**   FINEL IS AN EXCELLENT MODEL AS WELL; CORRECT? |
| 13:58 | 17 | **A.**   I AGREE WITH THAT, YES. |
| 13:58 | 18 | **Q.**   YOU DIDN'T CRITIQUE IT OR CRITICIZE IT IN YOUR REPORT; |
| 13:58 | 19 | CORRECT? |
| 13:58 | 20 | **A.**   I DID NOT. |
| 13:58 | 21 | **Q.**   NOW I WANT TO TALK ABOUT THE 350 GRAPHICS THAT THE COURT |
| 13:58 | 22 | AND I GOT ABOUT TWO DAYS AGO.  OKAY, SIR? |
| 13:58 | 23 | **A.**   CERTAINLY. |
| 13:58 | 24 | **Q.**   NOW, YOU FILED AN EXPERT REPORT, SEVERAL HUNDRED PAGES, |
| 13:58 | 25 | WITH LOTS OF GRAPHICS IN THIS CASE IN DECEMBER 2008; CORRECT? |

| 13:58 | 1 | **A.** I DID. |
| 13:58 | 2 | **Q.** CAN YOU TELL THIS COURT THAT YOU WROTE THIS REPORT |
| 13:58 | 3 | ENTIRELY BY YOURSELF? |
| 13:58 | 4 | **A.** NO, I DID NOT.  AS I SAID IN MY DEPOSITION, PROBABLY ABOUT |
| 13:59 | 5 | HALF OF IT WAS DONE BY -- HALF OF IT WAS PULLED BY PREVIOUS -- |
| 13:59 | 6 | HALF OF IT WAS PROBABLY NEW AND I HAD A LOT OF HELP WITH. |
| 13:59 | 7 | **Q.** HALF OF IT CAME FROM PREVIOUS REPORTS YOU HAD WRITTEN; |
| 13:59 | 8 | RIGHT? |
| 13:59 | 9 | **A.** THAT'S CORRECT. |
| 13:59 | 10 | **Q.** THE OTHER HALF WAS DONE BY YOUR STUDENTS? |
| 13:59 | 11 | **A.** NO.  ACTUALLY, THE PARTS THAT WERE THE CRITICAL ANALYSIS |
| 13:59 | 12 | PARTS WERE DONE BY MYSELF. |
| 13:59 | 13 | **Q.** DID YOU PERSONALLY CONDUCT THE COMPUTER RUNS? |
| 13:59 | 14 | **A.** I DID NOT.  I HAVE HELP DOING THAT. |
| 13:59 | 15 | **Q.** CAN YOU TELL THIS COURT, AS A SCIENTIST SUBMITTING A |
| 13:59 | 16 | REPORT IN WHICH EVERYONE AGREES IS AN IMPORTANT CASE, THAT YOU |
| 13:59 | 17 | ATTEMPTED TO BE AS ACCURATE AND COMPLETE AS POSSIBLE IN YOUR |
| 13:59 | 18 | EXPERT REPORT? |
| 13:59 | 19 | **A.** I CERTAINLY DID. |
| 13:59 | 20 | **Q.** DID YOU PROOFREAD YOUR REPORT? |
| 13:59 | 21 | **A.** I DID.  MANY TIMES. |
| 13:59 | 22 | **Q.** DID YOU ASK ANY COLLEAGUE TO READ IT? |
| 13:59 | 23 | **A.** I BELIEVE MY WIFE READ IT. |
| 13:59 | 24 | **Q.** IS YOUR WIFE A MATHEMATICIAN OR MODELER? |
| 13:59 | 25 | **A.** NO, SHE'S NOT.  SHE'S A PROJECT MANAGER AT NOTRE DAME. |

14:00   1   **Q.**   DID YOU GIVE A DRAFT OF THIS REPORT, BEFORE IT WAS FILED,

14:00   2   TO YOUR COLLEAGUES IN THE ARMY CORPS TO REVIEW AND COMMENT ON

14:00   3   BEFORE YOU FINALIZED IT?

14:00   4   **A.**   I DID NOT.

14:00   5   **Q.**   WHY NOT?

14:00   6   **A.**   WELL, BECAUSE THERE WAS CERTAINLY A SHORT DEADLINE TO

14:00   7   GETTING IT READY.

14:00   8   **Q.**   WHY WAS THERE A SHORT DEADLINE?

14:00   9   **A.**   WELL, WE HAVE MANY, MANY PROJECTS GOING AND SO YOU HAVE TO

14:00   10  TRY TO FIND TIME TO COMPLETE THESE THINGS.

14:00   11  **Q.**   THIS IS JUST ONE OF THE MANY PROJECTS IN YOUR SPONSORED

14:00   12  RESEARCH THAT YOU WERE DOING; RIGHT?

14:00   13  **A.**   WELL, IT'S NOT SPONSORED RESEARCH.  I'M NOT DOING THIS FOR

14:00   14  A SPONSORED RESEARCH PROJECT.

14:00   15  **Q.**   YOU'RE GETTING PAID FOR IT; RIGHT?

14:00   16  **A.**   I AM.

14:00   17  **Q.**   HOW MUCH HAVE YOU BEEN PAID?

14:00   18  **A.**   GOSH.  I'D HAVE TO LOOK AT THE NUMBERS, BUT -- I COULDN'T

14:00   19  TELL YOU OFF THE CUFF.

14:00   20  **Q.**   $100,000?  $50,000?  $300,000?

14:00   21  **A.**   I BELIEVE THAT IN 2007 PROBABLY -- I CAN'T EXACTLY SAY.

14:01   22  IT WAS PROBABLY ON THE ORDER OF $10,000.  2008, MAYBE -- I

14:01   23  WOULD HAVE TO LOOK IT UP.  I DON'T KEEP TRACK.  MAYBE ABOUT

14:01   24  $20,000 OR $25,000 IN 2008.  PERHAPS ABOUT $50,000 HAS BEEN

14:01   25  BILLED SO FAR.

14:01   1   **Q.**   ONE OF THE REASONS THAT NUMBER FOR EXPERTS IS RELATIVELY

14:01   2   LOW IS YOU COBBLED TOGETHER YOUR EXPERT REPORT FROM PRIOR WORK;

14:01   3   CORRECT?

14:01   4   **A.**   I WOULDN'T SAY I "COBBLED TOGETHER" MY REPORT.   I USED A

14:01   5   LOT OF THE -- IT'S A VERY SIMILAR MODEL, SO A LOT OF THE BASE

14:01   6   INFORMATION IS IDENTICAL, I MEAN, IN THE ENTIRE DESCRIPTION OF

14:01   7   THE MODEL; EXCEPT FOR THE MRGO, IN THE REFINEMENT WE DID THERE,

14:01   8   AND THEN LOOKING AT THE PERTURBATIONS, THAT'S DIFFERENT, BUT

14:01   9   THE BASELINE MODEL IS ESSENTIALLY IDENTICAL.

14:01   10   **Q.**   DID YOU DEVOTE THE SAME CARE AND ATTENTION TO THE EXPERT

14:01   11   REPORT FOR THIS CASE AS YOU DID FOR YOUR RESEARCH FOR IPET?

14:02   12   **A.**   WELL, WE CERTAINLY TRIED TO BE VERY CAREFUL WITH THE

14:02   13   DIFFERENT THINGS.

14:02   14   **Q.**   YOU ACKNOWLEDGED ON YOUR DIRECT EXAMINATION THAT THERE ARE

14:02   15   INACCURACIES IN YOUR EXPERT REPORT; CORRECT?

14:02   16   **A.**   WELL, I WOULD SAY THAT THERE'S CLERICAL ERRORS IN MY

14:02   17   REPORT.   SOME OF THE WRONG FIGURES -- SOME OF THE FIGURES FROM

14:02   18   THE FEMA REPORT THAT WE USED AS A SHELL FOR THIS REPORT WERE

14:02   19   KEPT IN.   I THINK WE'VE IDENTIFIED SOME OF THOSE.   THERE WAS

14:02   20   THE ONE-HOUR PLOTTING INACCURACY IN THE HYDROGRAPHS, WHERE THE

14:02   21   PERSON PLOTTING THEM ACTUALLY PLOTTED THEM WITH A ONE-HOUR

14:02   22   SHIFTING.

14:02   23   **Q.**   THE ANSWER TO MY QUESTION IS "YES"?

14:02   24   **A.**   WELL, COULD YOU REPEAT THE QUESTION.

14:02   25   **Q.**   YOU'VE ACKNOWLEDGED AND ADMITTED IN YOUR DIRECT

FINAL DAILY COPY

14:02   1   EXAMINATION AND IN YOUR DEPOSITION THAT THERE ARE INACCURACIES

14:02   2   IN YOUR EXPERT REPORT?

14:02   3   **A.**   THERE ARE, YES.

14:02   4   **Q.**   ARE YOU BLAMING THE COLLEAGUES WHO WORKED WITH YOU FOR THE

14:02   5   INACCURACIES IN YOUR EXPERT REPORT?

14:02   6   **A.**   NO.  MY NAME IS ON THE REPORT AND I CERTAINLY TAKE

14:03   7   RESPONSIBILITY FOR IT.

14:03   8   **Q.**   AS ONE OF MY FAVORITE PRESIDENTS SAID, THE BUCK STOPS WITH

14:03   9   YOU; RIGHT?

14:03   10   **A.**   IT DOES.

14:03   11   **Q.**   YOU TAKE FULL RESPONSIBILITY, UNQUALIFIEDLY, FOR YOUR

14:03   12   REPORT?

14:03   13   **A.**   I DO.

14:03   14   **Q.**   AFTER YOU FILED YOUR EXPERT REPORT, YOU GAVE A TWO-DAY

14:03   15   DEPOSITION IN LATE JANUARY OF THIS YEAR; CORRECT?

14:03   16   **A.**   I DID.

14:03   17   **Q.**   YOU WERE ASKED BY MY COLLEAGUE A LOT OF QUESTIONS ABOUT

14:03   18   THE ACCURACY OF YOUR DATA?

14:03   19   **A.**   YES, I WAS.

14:03   20   **Q.**   YOU ADMITTED THAT THERE WERE SOME INACCURACIES?

14:03   21   **A.**   ABSOLUTELY, YES.

14:03   22   **Q.**   YOU SAID, "I'M GOING TO GO OUT AND FIX THEM, AND I'LL GET

14:03   23   BACK TO YOU, DIDN'T YOU"?

14:03   24   **A.**   YES.

14:03   25   **Q.**   YOU GOT BACK TO US TWO DAYS AGO; CORRECT?

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:03 | 1 | **A.**   YES, I DID.  BUT MAY I EXPLAIN THE REASONS WHY? |
| 14:03 | 2 | **Q.**   WELL, LET ME ASK YOU BECAUSE I'M GOING TO GET TO THAT. |
| 14:03 | 3 | OKAY? |
| 14:03 | 4 | **A.**   OKAY. |
| 14:03 | 5 | **Q.**   IS THAT ALL RIGHT? |
| 14:03 | 6 | **A.**   IF YOU CARE TO ASK AND IF I MAY ADD SOME OF THE REASONS |
| 14:03 | 7 | WHY WE WERE SO LATE, I WOULD LOVE TO. |
| 14:03 | 8 | **THE COURT:**  WE MIGHT AS WELL GET INTO THAT NOW, |
| 14:03 | 9 | MR. O'DONNELL. |
| 14:03 | 10 | GIVE A BRIEF EXPLANATION AS TO WHY -- |
| 14:04 | 11 | **THE WITNESS:**  OKAY.  WELL, WE FOUND THAT WE HAD |
| 14:04 | 12 | LOWERED THE SURGE BY 6 INCHES OR SO IN THE STUDY REGION |
| 14:04 | 13 | COMPARED TO THE OTHER SL15 MODELS AND, OF COURSE, WE WERE VERY |
| 14:04 | 14 | INTERESTED IN THAT.  WE THOUGHT IT MIGHT BE ONE OF THE BAYOUS |
| 14:04 | 15 | THAT GOES THROUGH THE BILOXI MARSH.  IT'S CALLED THE LA LOUTRE |
| 14:04 | 16 | RIDGE.  SO WE HAD TO ARRANGE FOR A SURVEY OF THE LA LOUTRE |
| 14:04 | 17 | RIDGE. |
| 14:04 | 18 | ANOTHER ONE OF THE INACCURACIES THAT THE |
| 14:04 | 19 | PLAINTIFFS DISCUSSED WAS THAT THE GIWW WAS TOO WIDE NEAR PARIS |
| 14:04 | 20 | ROAD.  WE HAD TO USE SOME PHOTOS THAT WERE PROVIDED TO US.  A |
| 14:04 | 21 | SHORT STRETCH OF IT WAS -- WE THOUGHT IT WAS A TURNING BASIN |
| 14:04 | 22 | FOR THE MICHOUD FACILITIES THAT ARE A LITTLE FURTHER DOWN THE |
| 14:04 | 23 | GIWW, AND SO WE HAD PUT THEM IN THERE.  IT TOOK QUITE A BIT OF |
| 14:04 | 24 | TIME TO TRACK DOWN WHETHER THAT WAS THE WAY THAT THINGS WOULD |
| 14:05 | 25 | HAVE BEEN PUT IN.  SO THOSE TOOK QUITE SOME TIME. |

| | | |
|---|---|---|
| 14:05 | 1 | THEN WE WERE ALSO FIXING SOME SMALL INACCURACIES |
| 14:05 | 2 | THAT WERE POINTED OUT.  FOR EXAMPLE, WE HAD USED A LOWER VALUE |
| 14:05 | 3 | FOR SWAMP THAN WE PROBABLY SHOULD HAVE, WHICH IS EMBEDDED INTO |
| 14:05 | 4 | A PORTION OF THE DOMAIN INSIDE OF THE CENTRAL WETLANDS, AND SO |
| 14:05 | 5 | WE MADE THOSE FIXES AFTER WE HAD EVERYTHING AVAILABLE. |
| 14:05 | 6 | WE HAD A SET OF RUNS CALLED HH1 THROUGH HH6 THAT |
| 14:05 | 7 | FIXED ALL THOSE PROBLEMS.  HOWEVER, BY THE TIME IT WAS ALL SAID |
| 14:05 | 8 | AND DONE, IT WAS TOO LATE TO DELIVER THEM. |
| 14:05 | 9 | BY MR. O'DONNELL: |
| 14:05 | 10 | Q.   IS HH A NEW SEPARATE RUN FROM THE H1 THROUGH 6? |
| 14:05 | 11 | A.   IT IS.  SO WE BASICALLY REDID ALL THE RUNS AND FIXED THE |
| 14:05 | 12 | PROBLEMS AND WE HAVE A SET OF HH1 THROUGH HH6 RUNS. |
| 14:05 | 13 | Q.   SO WHAT THE COURT AND I GOT TWO DAYS AGO ARE BRAND-NEW |
| 14:05 | 14 | COMPUTER RUNS? |
| 14:06 | 15 | A.   NO.  THAT'S ALL BASED ON H1 THROUGH H6.  WE NEVER |
| 14:06 | 16 | DELIVERED THE HH1 THROUGH HH6 RUNS, AND NONE OF MY OPINIONS ARE |
| 14:06 | 17 | BASED ON THEM. |
| 14:06 | 18 | Q.   DO ANY OF THE 350 NEW DEMONSTRATIVES REFLECT ANY OF YOUR |
| 14:06 | 19 | NEW HH1 TO HH6 COMPUTER RUNS? |
| 14:06 | 20 | A.   NO. |
| 14:06 | 21 | Q.   WHERE ARE THEY? |
| 14:06 | 22 | A.   WHERE ARE THE RUNS? |
| 14:06 | 23 | Q.   YEAH. |
| 14:06 | 24 | A.   ACTUALLY, THEY'RE ON A COMPUTER ARCHIVING SYSTEM AT THE |
| 14:06 | 25 | ARMY SUPERCOMPUTER THAT WE USE AND THEY'RE ARCHIVED AND THAT'S |

14:06    1    WHERE THEY ARE.

14:06    2    **Q.**   YOU'VE BEEN INFORMED BY LAWYERS FOR THE DEPARTMENT OF

14:06    3    JUSTICE THAT THIS COURT HAS ORDERED THAT THREE OF YOUR ADCIRC

14:06    4    RUNS YOU DID FOR YOUR INITIAL EXPERT REPORT SHOULD BE PRODUCED

14:06    5    TO THE PLAINTIFFS?

14:06    6    **A.**   I AM.

14:06    7    **Q.**   DID YOU FIND THEM?

14:06    8    **A.**   WELL, THE ONLY RUN, OTHER THAN H1 THROUGH H6, THAT APPEARS

14:07    9    IN MY EXPERT REPORT IS THE SL15.

14:07   10            **THE COURT:**  I JUST WANT TO KNOW IF THEY WERE FOUND.

14:07   11    I WANT TO KNOW.

14:07   12            **THE WITNESS:**  NO, THEY WEREN'T FOUND.

14:07   13    **BY MR. O'DONNELL:**

14:07   14    **Q.**   DID YOU LOOK FOR THEM?

14:07   15    **A.**   I CERTAINLY DID.  I TRIED VERY HARD TO FIND THE SL15 V3

14:07   16    SPECIFICALLY THAT MADE THE FIGURES THAT ARE IN THAT REPORT THAT

14:07   17    DATE BACK TO THE FEMA REPORT.  AND, AGAIN, THEY WERE ONLY USED

14:07   18    FOR THE FIGURES THAT LOOKED AT THE REGIONAL SCALE SURGE; THEY

14:07   19    WEREN'T USED FOR THE HYDROGRAPHS, ETC.  WE TRIED VERY HARD TO

14:07   20    LOOK FOR THEM AND WE DID NOT FIND THEM.  WE FOUND SOMETHING

14:07   21    CLOSE, BUT WE DID NOT FIND IT.

14:07   22    **Q.**   HOW CLOSE?

14:07   23    **A.**   WELL, I THINK I WAS PUTTING THAT UP ON MY TESTIMONY AND

14:07   24    ACTUALLY YOU OBJECTED TO SHOWING THAT.  THERE WAS A V3 -- I

14:07   25    FORGOT THE EXACT NAME OF THE GRID -- A V3 THAT WAS VERY, VERY

| | | |
|---|---|---|
| 14:07 | 1 | SIMILAR TO THE FEMA REPORT.  IF YOU COMPARED IT TO WHAT'S IN |
| 14:08 | 2 | THE DEPARTMENT OF JUSTICE REPORT, IT'S VERY, VERY SIMILAR, BUT |
| 14:08 | 3 | IT'S NOT IDENTICAL. |
| 14:08 | 4 | **Q.**   IS IT YOUR TESTIMONY TO THIS COURT THAT MANY OF THE 350 |
| 14:08 | 5 | NEW GRAPHICS WE GOT ARE NOT THE RESULT OF USING A COMPUTER? |
| 14:08 | 6 | **A.**   THEY CERTAINLY WERE.  THEY WERE THE H1 RUN THAT ALL THOSE |
| 14:08 | 7 | GRAPHICS WERE PRODUCED FROM. |
| 14:08 | 8 | **Q.**   YOU DIDN'T DO IT BY HAND; A COMPUTER DID IT.  RIGHT? |
| 14:08 | 9 | **A.**   YES, I DID. |
| 14:08 | 10 | **Q.**   YOU DID NEW RUNS WITH NEW INPUT? |
| 14:08 | 11 | **A.**   NO, WE DID NOT DO NEW RUNS.  WE TOOK THE H1 RUN THAT WAS |
| 14:08 | 12 | ARCHIVED ON GOLD, WHICH IS THE ARCHIVAL SYSTEM AT THE ARMY |
| 14:08 | 13 | SUPERCOMPUTING SYSTEM AND THAT WE PRODUCED TO THE PLAINTIFFS IN |
| 14:08 | 14 | THE DISK THAT WAS SENT AT THE BEGINNING OF MARCH, AND THAT WAS |
| 14:08 | 15 | WHAT WE USED FOR THOSE GRAPHICS. |
| 14:08 | 16 | **BY MR. O'DONNELL:** |
| 14:08 | 17 | **Q.**   HOW LONG AFTER YOUR DEPOSITION, WHEN YOU ADMITTED YOU HAD |
| 14:09 | 18 | INACCURACIES, DID YOU BEGIN TO TRY TO FIX THEM? |
| 14:09 | 19 | **A.**   WE STARTED PRETTY MUCH RIGHT AWAY TRYING TO FIND OUT, GET |
| 14:09 | 20 | INFORMATION ON THE WIDTH OF THE MRGO REACH 1 -- OR THE GIWW, I |
| 14:09 | 21 | GUESS IT WAS AT THAT TIME -- RIGHT AWAY.  ALSO, WE STARTED |
| 14:09 | 22 | TRYING TO ARRANGE FOR BASICALLY A SURVEY CREW FROM THE CORPS TO |
| 14:09 | 23 | HELP US LOOK AT THE LA LOUTRE RIDGE.  LA LOUTRE RIDGE, BY THE |
| 14:09 | 24 | WAY, WAS IN THAT MODEL AS A MAJOR BLOCKER, OR WE THOUGHT IT |
| 14:09 | 25 | MIGHT BE A MAJOR BLOCKER, AND THAT'S WHY WE WERE VERY |

14:09    1    INTERESTED IN FINDING OUT ABOUT IT.

14:09    2    **Q.**   I UNDERSTAND THAT AFTER YOU SUBMITTED YOUR REPORT AND

14:09    3    AFTER YOUR DEPOSITION YOU TASKED TO ARMY CORPS OF ENGINEERS TO

14:09    4    GO OUT AND DO NEW MEASUREMENTS AT BAYOU LA LOUTRE RIDGE?

14:09    5    **A.**   WE ASKED IF WE COULD HAVE A SURVEY CREW AND GO AND FIND

14:09    6    OUT WHAT THE HEIGHT OF LA LOUTRE RIDGE WAS, THAT'S CORRECT.

14:10    7    **Q.**   YOU USED THAT IN YOUR NEW REPORT; RIGHT?  YOUR NEW RUN?

14:10    8    **A.**   ON THE HH1 THROUGH HH6 RUNS, WE DID.  WHAT WE FOUND -- IF

14:10    9    I MAY MAKE A PICTURE?

14:10    10          **MR. O'DONNELL:**  I OBJECT.  I DON'T WANT TO KNOW WHAT

14:10    11   HE FOUND.

14:10    12          **THE COURT:**  I AGREE.  YOU DON'T HAVE THEM.  CAN'T SEE

14:10    13   THEM.  NOT COMING IN.

14:10    14   **BY MR. O'DONNELL:**

14:10    15   **Q.**   WHAT OTHER NEW DATA DID YOU GO OUT AND FIND?

14:10    16   **A.**   LET'S SEE -- OTHER THAN THAT, WE FIXED A COUPLE OF THE

14:10    17   POINTS THAT WERE BROUGHT UP IN THE DEPOSITION AND WE REDID THE

14:10    18   RUNS.

14:10    19   **Q.**   WITH A COMPUTER?

14:10    20   **A.**   WITH A COMPUTER.

14:10    21   **Q.**   WHO ASSISTED YOU BESIDES THE ARMY CORPS OF ENGINEERS?

14:10    22   **A.**   WELL, IN TERMS OF DOING THE RUNS?

14:10    23   **Q.**   ANY WAY THAT SOMEBODY ASSISTED YOU IN PRODUCING, TWO DAYS

14:10    24   AGO, 350 NEW DOCUMENTS.

14:10    25   **A.**   WELL, WE HAVE TWO PEOPLE THAT WORK FOR US FROM A COMPANY

| | | |
|---|---|---|
| 14:11 | 1 | CALLED ARCADIS, WHICH IS A DUTCH ENGINEERING COMPANY IN THE |
| 14:11 | 2 | UNITED STATES.  THEY HELPED ME WITH THE DIFFERENT SIMULATIONS, |
| 14:11 | 3 | AND SEVERAL OF MY STUDENTS, ALSO, HELPED. |
| 14:11 | 4 | Q.   YOU UNDERSTAND I NEVER HAD A CHANCE TO DEPOSE WHOEVER |
| 14:11 | 5 | ARCADIS IS; CORRECT? |
| 14:11 | 6 | MR. SMITH:  I OBJECT, YOUR HONOR.  THAT'S INCORRECT. |
| 14:11 | 7 | THE WITNESS HAS NO KNOWLEDGE OF WHAT MR. O'DONNELL HAD AN |
| 14:11 | 8 | OPPORTUNITY TO DO.  HE'S HAD AN OPPORTUNITY TO DEPOSE ANYONE HE |
| 14:11 | 9 | WANTED TO WITHIN THE TIME ALLOTTED. |
| 14:11 | 10 | THE COURT:  THAT'S NOTED FOR THE RECORD.  LET'S MOVE |
| 14:11 | 11 | ON. |
| 14:11 | 12 | BY MR. O'DONNELL: |
| 14:11 | 13 | Q.   WHEN DID ARCADIS DO THIS WORK FOR YOU, BEFORE OR AFTER YOU |
| 14:11 | 14 | FILED YOUR EXPERT REPORT? |
| 14:11 | 15 | MR. SMITH:  OBJECTION:  VAGUE.  "THIS WORK." |
| 14:11 | 16 | MR. O'DONNELL:  350 NEW DOCUMENTS WE GOT TWO DAYS |
| 14:11 | 17 | AGO. |
| 14:11 | 18 | MR. SMITH:  YOUR HONOR, THESE ARE NOT NEW DOCUMENTS. |
| 14:11 | 19 | THESE ARE DEMONSTRATIVES.  THEY'RE NOT EVIDENCE IN THIS CASE. |
| 14:11 | 20 | THEY WERE DISPLAYED TO THIS COURT AS AN AID FOR THE COURT TO |
| 14:12 | 21 | UNDERSTAND THIS MAN'S TESTIMONY.  I OBJECT TO MR. O'DONNELL |
| 14:12 | 22 | REPEATEDLY REFERRING TO THEM AS "NEW DOCUMENTS" OR "NEW DATA." |
| 14:12 | 23 | THE COURT:  YOUR OBJECTION IS NOTED. |
| 14:12 | 24 | YOU MAY ANSWER THE QUESTION. |
| 14:12 | 25 | THE WITNESS:  WHAT WAS THE QUESTION AGAIN? |

| | | |
|---|---|---|
| 14:12 | 1 | **MR. O'DONNELL:**  I'VE FORGOTTEN IT.  I'M GOING TO MOVE |
| 14:12 | 2 | ON. |
| 14:12 | 3 | **BY MR. O'DONNELL:** |
| 14:12 | 4 | **Q.**   HOW MANY HOURS DID IT TAKE YOU TO PREPARE -- I DON'T WANT |
| 14:12 | 5 | TO GET IN TROUBLE -- THIS NOTEBOOK OF 350 THINGS? |
| 14:12 | 6 | **A.**   WELL, WE CERTAINLY HAVE SOPHISTICATED PLOTTING TOOLS TO |
| 14:12 | 7 | HELP US DO THIS. |
| 14:12 | 8 | **Q.**   HOW MANY HOURS? |
| 14:12 | 9 | **A.**   MYSELF OR THE PEOPLE THAT DID IT? |
| 14:12 | 10 | **Q.**   THE UNIVERSE OF PEOPLE WHO WORKED WITH YOU, ASSISTED YOU |
| 14:12 | 11 | IN PRODUCING THESE 350 THINGS. |
| 14:12 | 12 | **A.**   WELL, MOST OF THOSE 350 THINGS ARE THE PLOTS OF WHAT |
| 14:12 | 13 | HAPPENED DURING THE HURRICANE.  WITH OUR IMPROVED PLOTTING |
| 14:13 | 14 | SOFTWARE, A SET PROBABLY TAKES A MAN-DAY OR SO TO PRODUCE OR |
| 14:13 | 15 | MAYBE TWO MAN-DAYS.  IT USED TO TAKE A LOT LONGER. |
| 14:13 | 16 | **Q.**   SO, IF I UNDERSTAND, OVER THE THREE-AND-A-HALF MONTHS |
| 14:13 | 17 | BETWEEN THE END OF YOUR DEPOSITION AND WHEN THESE WERE GIVEN TO |
| 14:13 | 18 | US, IT ONLY TOOK TWO PERSON-DAYS TO DO IT? |
| 14:13 | 19 | **A.**   TO MAKE A SET OF PLOTS LIKE THAT, THAT'S ABOUT CORRECT. |
| 14:13 | 20 | **Q.**   AND RUN IT OFF THE COMPUTER? |
| 14:13 | 21 | **A.**   THAT'S CORRECT. |
| 14:13 | 22 | **Q.**   IN WHAT MONTH WERE THESE TWO PERSON-DAYS DEVOTED TO THIS |
| 14:13 | 23 | TASK? |
| 14:13 | 24 | **A.**   WELL, THEY WERE IN THE -- |
| 14:13 | 25 | **MR. SMITH:**  YOUR HONOR, I'M GOING TO OBJECT TO THE |

14:13    1    RELEVANCE OF THIS.  I DO NOT SEE ANY RELEVANCE AT ALL TO THIS

14:13    2    LINE OF QUESTIONING.

14:13    3         THE COURT:  WELL, MR. O'DONNELL, DO YOU WANT TO

14:13    4    RESPOND FOR THE RECORD?

14:13    5         MR. O'DONNELL:  I THINK IT GOES TO THE HEART OF THIS

14:13    6    WITNESS' CREDIBILITY, AND I THINK IT'S VERY FAIR TO EXPLORE --

14:13    7    HE'S ADMITTED INACCURACIES AND HOW HE WENT ABOUT CORRECTING

14:13    8    THEM AND WHY WE DIDN'T GET THESE EARLIER, AS HE SAID HE WAS

14:14    9    GOING TO DO.  I THINK IT'S VERY PROBATIVE.  THIS IS

14:14    10   CROSS-EXAMINATION.

14:14    11        THE COURT:  I'M NOT QUITE SURE HOW PROBATIVE IT IS

14:14    12   UNLESS IT IMPLIES THAT YOU SHOULD HAVE GOTTEN THEM EARLIER.

14:14    13        MR. O'DONNELL:  WELL, YES, I DO IMPLY THAT.

14:14    14        THE COURT:  THEREFORE, YOU'RE TRYING TO SHOW YOU'RE

14:14    15   PREJUDICED?

14:14    16        MR. O'DONNELL:  YES.

14:14    17        THE COURT:  FOR THAT REASON I'M GOING TO ALLOW THE

14:14    18   QUESTION.

14:14    19   BY MR. O'DONNELL:

14:14    20   Q.   IN WHAT MONTH WERE THESE TWO PERSON-DAYS OR MAN-DAYS

14:14    21   DEVOTED TO THIS TASK?

14:14    22   A.   IN THIS MONTH?

14:14    23        THE COURT:  I THINK YOU ALREADY ANSWERED THE COURT'S

14:14    24   QUESTION THAT THEY WERE DONE WITHIN THE LAST WEEK OR SO.

         25

FINAL DAILY COPY

14:14  1  **BY MR. O'DONNELL:**

14:14  2  **Q.**   IN FACT, THEY WERE DONE LAST WEEK; CORRECT?

14:14  3  **A.**   THAT'S RIGHT, BUT THEY WERE VERY, VERY SIMILAR TO THE

14:14  4  PLOTS IN THE REPORT EXCEPT FOR THE FLUX ONES, AND THOSE WERE

14:14  5  DONE IN ORDER TO UNDERSTAND THE DOUBLE PEAK.

14:14  6  **Q.**   DID YOU DEVOTE THE SAME CARE AND ATTENTION TO PREPARING

14:14  7  THESE NEW 350 THINGS AS YOU DID YOUR EXPERT REPORT?

14:14  8         **MR. SMITH:**  OBJECTION, YOUR HONOR.  THIS IS

14:14  9  IRRELEVANT.  IT'S TOTALLY IRRELEVANT.  THIS IS A DEMONSTRATIVE.

14:15  10        **MR. O'DONNELL:**  THEY'RE NOT DEMONSTRATIVES.  YOU CAN

14:15  11  BE SUBLIMINALLY OR MAYBE EVEN CONSCIOUSLY INFLUENCED BY WHAT

14:15  12  THEY PUT ON THE BOARD.  I OBJECTED REPEATEDLY.

14:15  13        **THE COURT:**  I DON'T KNOW IF SOME OF THEM CAME INTO

14:15  14  EVIDENCE OR NOT.  I DON'T RECALL.

14:15  15        **MR. O'DONNELL:**  YOUR HONOR, WITH ALL DUE RESPECT,

14:15  16  THEY WERE PUT ON THE BOARD.  HE WAS ASKED QUESTIONS ABOUT THEM.

14:15  17  I HAVE IMMENSE RESPECT FOR THIS COURT BEING ABLE TO SEGREGATE

14:15  18  WHAT'S IN EVIDENCE AND WHAT'S NOT IN EVIDENCE, BUT I WAS

14:15  19  PREJUDICED.  ALL I WANT TO DO IS ESTABLISH THAT THIS WITNESS

14:15  20  HAD THREE-AND-A-HALF MONTHS TO PRODUCE SOMETHING THAT HE --

14:15  21        **THE COURT:**  I'VE GOT THAT.

14:15  22        **MR. O'DONNELL:**  I'LL MOVE ON, YOUR HONOR.

14:15  23  **BY MR. O'DONNELL:**

14:15  24  **Q.**   LET'S TALK ABOUT ANOTHER TOPIC.  YOU AGREED IN YOUR

14:15  25  DEPOSITION, DID YOU NOT, SIR, THAT IF YOUR NUMBERS ARE

| | | |
|---|---|---|
| 14:15 | 1 | INACCURATE FROM YOUR MODELING, THEN THE ANALYSIS OF ANY DEFENSE |
| 14:15 | 2 | EXPERT WHO USED THEM WOULD BE ADVERSELY AFFECTED BY THOSE |
| 14:15 | 3 | INACCURACIES? |
| 14:15 | 4 | **A.**   COULD YOU REPEAT THE QUESTION AGAIN. |
| 14:15 | 5 | **Q.**   DO YOU RECALL STATING IN YOUR DEPOSITION THAT IF YOUR |
| 14:16 | 6 | NUMBERS ARE INACCURATE, THEN THE ANALYSIS OF ANY OTHER DEFENSE |
| 14:16 | 7 | EXPERT WHO USED THEM WOULD BE ADVERSELY AFFECTED BY THOSE |
| 14:16 | 8 | INACCURACIES? |
| 14:16 | 9 | **A.**   I DID, BUT IF I MAY EXPLAIN?  I THINK -- |
| 14:16 | 10 | **Q.**   I'LL LEAVE IT TO THE COURT WHETHER YOU CAN EXPLAIN. |
| 14:16 | 11 | **THE COURT:**   THAT IS LIKE SAYING THE SUN RISES IN THE |
| 14:16 | 12 | EAST.  CERTAINLY, DATA IN AND DATA OUT.  IF THERE WERE |
| 14:16 | 13 | INACCURACIES OR NOT, YOU'RE ASKING THAT -- I DON'T THINK IT |
| 14:16 | 14 | REQUIRES MUCH OF AN EXPLANATION.  MR. SMITH, IF HE WANTS, CAN |
| 14:16 | 15 | EXPLORE IT ON REDIRECT.  LET'S MOVE ON. |
| 14:16 | 16 | **BY MR. O'DONNELL:** |
| 14:16 | 17 | **Q.**   HAVE YOU ATTEMPTED TO ADD UP THE NUMBER OF INACCURACIES |
| 14:16 | 18 | THAT YOU ADMITTED IN YOUR DEPOSITION? |
| 14:16 | 19 | **A.**   WELL, I THINK I SAID IN MY DEPOSITION THAT MOST OF THE |
| 14:16 | 20 | INACCURACIES THAT WERE TALKED ABOUT WERE SMALL. |
| 14:16 | 21 | **Q.**   IN THIS COURTROOM BRUCE EBERSOLE TESTIFIED FOR THE |
| 14:16 | 22 | DEFENSE, AND HE HAD A NUMBER OF CRITICISMS FOR YOUR ADCIRC SL15 |
| 14:16 | 23 | MODELING AND RESULTS.  DO YOU RECALL THAT? |
| 14:17 | 24 | **A.**   I DO NOT RECALL THAT. |
| 14:17 | 25 | **Q.**   WERE YOU HERE FOR HIS TESTIMONY? |

| | | |
|---|---|---|
| 14:17 | 1 | **A.**   I WAS HERE FOR PART OF HIS TESTIMONY. |
| 14:17 | 2 | **Q.**   I'M GOING TO GIVE YOU A CHANCE TO RESPOND TO WHAT HE SAID. |
| 14:17 | 3 | HE SAID THAT THE ADCIRC MODEL IS DEFICIENT IN PREDICTING SURGE |
| 14:17 | 4 | IN THE IHNC.  WHAT DO YOU SAY? |
| 14:17 | 5 | **A.**   IN THE IHNC? |
| 14:17 | 6 | **Q.**   HE SAID YOUR ADCIRC MODEL IS DEFICIENT IN PREDICTING SURGE |
| 14:17 | 7 | IN THE IHNC.  WHAT DO YOU SAY? |
| 14:17 | 8 | **A.**   WELL, I THINK WE'VE DONE A PRETTY GOOD JOB IN THE IHNC, SO |
| 14:17 | 9 | I THINK I'VE ELABORATED ON WHERE I THOUGHT THE MODEL WAS |
| 14:17 | 10 | DEFICIENT IN MY TESTIMONY. |
| 14:17 | 11 | **Q.**   YOU DISAGREE WITH MR. EBERSOLE? |
| 14:17 | 12 | **A.**   WELL, IT'S HARD FOR ME TO REALLY TAKE THAT STATEMENT OUT |
| 14:17 | 13 | OF CONTEXT AND UNDERSTAND IT. |
| 14:17 | 14 | **Q.**   LET ME ASK ABOUT THIS STATEMENT.  HE DESCRIBED THE |
| 14:17 | 15 | INABILITY OF YOUR ADCIRC TO MODEL SURGE ON THE SOUTH SIDE OF |
| 14:17 | 16 | LAKE PONTCHARTRAIN.  WHAT DO YOU SAY? |
| 14:17 | 17 | **A.**   I THINK I DISCUSSED THAT WE DON'T HAVE THE WAVE RADIATION |
| 14:18 | 18 | STRESSES IN THE MODEL, SUFFICIENT WAVE RADIATION STRESSES RIGHT |
| 14:18 | 19 | WHERE THOSE BREAKING ZONES ARE.  WE HAVE WAVE RADIATION |
| 14:18 | 20 | STRESSES OVER LARGER AREAS; BUT ON THOSE VERY STEEP LEVEES, WE |
| 14:18 | 21 | DON'T HAVE THEM. |
| 14:18 | 22 |         NOW, WHAT WE COULD DO IS WE COULD BRING THE WINDS UP |
| 14:18 | 23 | AND TUNE THE WINDS, BUT THAT IS -- THAT WILL BRING THE WATER UP |
| 14:18 | 24 | THERE, BUT THAT REALLY AFFECTS THINGS VERY GLOBALLY.  SO IF YOU |
| 14:18 | 25 | WANT TO DO IT RIGHT, YOU DOWN THE ROAD HAVE TO RESOLVE THINGS |

14:18   1   MUCH BETTER.  IN THE MEANTIME, WE UNDERSTAND WHERE OUR ERRORS

14:18   2   ARE COMING FROM.

14:18   3   **Q.**   YOU AGREE WITH HIM THAT THERE'S AN INABILITY IN YOUR

14:18   4   CURRENT MODEL TO MODEL SURGE ON THE SOUTH SIDE OF

14:18   5   LAKE PONTCHARTRAIN?

14:18   6   **A.**   WE UNDERSTAND THE LEVEL OF ERROR AND WE UNDERSTAND WHY WE

14:18   7   HAVE THAT ERROR.

14:18   8   **Q.**   SO THE ANSWER IS "YES"; CORRECT?

14:18   9   **A.**   YES, WE UNDERSTAND IT, BUT WE ALSO UNDERSTAND THAT RIGHT

14:18   10  NOW THAT'S THE BEST THING TO DO VERSUS TRYING TO TUNE THE

14:18   11  MODEL.

14:18   12  **Q.**   MR. EBERSOLE TESTIFIED THAT YOUR PEAK WATER LEVELS IN THE

14:18   13  IHNC FOR SCENARIOS H2 AND H3 SHOULD BE 13 TO 13.5 FEET AS

14:19   14  OPPOSED TO THE 10.5 FEET.  WHAT DO YOU SAY TO THAT?

14:19   15  **A.**   FOR WHICH SCENARIO?

14:19   16  **Q.**   H2 AND H3.  HE SAID THEY SHOULD BE 13 TO 13.5 FEET AS

14:19   17  OPPOSED TO THE 10.5 FEET YOU GOT.

14:19   18  **A.**   WELL, IT'S HARD FOR ME TO -- I'D HAVE TO LOOK AT THE

14:19   19  NUMBERS.  I THINK WE HAD A SIGNIFICANT DROP IN H2 AND H3.  I

14:19   20  THINK WE UNDERSTAND THAT THERE'S SOME GOOD REASONS FOR THAT

14:19   21  THAT ARE DISCUSSED IN THE REPORT AND THAT I COVERED YESTERDAY

14:19   22  IN MY TESTIMONY.

14:19   23  **Q.**   YOU AGREE WITH MR. EBERSOLE OR DON'T YOU?

14:19   24  **A.**   THAT IT SHOULD BE 13.5 FEET IN THE IHNC?

14:19   25  **Q.**   AS OPPOSED TO THE 10.5 YOU GOT.

FINAL DAILY COPY

14:19    1  **A.**   WELL, MY -- I GUESS -- I THINK THAT THE VALUES THAT WE GOT

14:19    2  ARE REASONABLE, AND I THINK PROFESSOR VRIJLING AGREES WITH THAT

14:20    3  AS WELL.  IT'S VERY HARD FOR ME TO TAKE THAT STATEMENT OUT OF

14:20    4  CONTEXT AND TRY TO COMMENT ON IT.

14:20    5  **Q.**   HE SAID IT IN THIS COURTROOM.  DO YOU AGREE OR DISAGREE

14:20    6  WITH HIM?

14:20    7          **MR. SMITH:**  YOUR HONOR, CAN HE BE ALLOWED TO SEE THE

14:20    8  TESTIMONY IF HE'S BEING ASKED WHETHER HE AGREES WITH IT OR NOT?

14:20    9          **MR. O'DONNELL:**  I'M AN OFFICER OF THE COURT.  I'LL

14:20   10  REPRESENT TO YOU THAT I HAVE IT.

14:20   11          **THE COURT:**  IF YOU HAVE IT, IF YOU WANT TO SHOW IT --

14:20   12          **MR. O'DONNELL:**  I'LL TELL HIM PAGE AND LINE WHEN I

14:20   13  READ THE QUESTION.  IS THAT ALL RIGHT, YOUR HONOR?

14:20   14          **THE COURT:**  YES, SIR.

14:20   15  **BY MR. O'DONNELL:**

14:20   16  **Q.**   ON PAGE 67, LINES 3 TO 6, MR. EBERSOLE CRITICIZED ADCIRC

14:20   17  AS INCORRECTLY PORTRAYING A SECOND DIP, A SECOND HUMP IN THE

14:20   18  IHNC LOCK.  DO YOU RECALL THAT?

14:20   19  **A.**   OKAY.  SO THAT PUTS IT INTO CONTEXT.  NOW I CAN COMMENT.

14:20   20  **Q.**   WELL, THIS IS A DIFFERENT QUESTION.  DO YOU AGREE OR

14:20   21  DISAGREE?

14:20   22          **MR. SMITH:**  YOUR HONOR, HE'S BEING ASKED TO AGREE

14:20   23  WITH COUNSEL'S CHARACTERIZATION OF TESTIMONY.  HE HAS NOT BEEN

14:21   24  SHOWN THE ACTUAL TESTIMONY.  THE ACTUAL TESTIMONY IS DIFFERENT

14:21   25  FROM WHAT MR. O'DONNELL IS REPRESENTING IT TO BE.  HE'S CALLING

FINAL DAILY COPY

```
14:21    1   IT CRITICISM --
14:21    2        THE COURT:  THE ONLY WAY WE CAN DO THIS IS TO SAY
14:21    3   ASSUME THAT AND THEN HE CAN ANSWER IT.  THAT'S THE ONLY WAY TO
14:21    4   GET THROUGH THIS --
14:21    5        MR. O'DONNELL:  I WILL, YOUR HONOR.
14:21    6        THE COURT:  -- WITH ANY DEGREE OF EFFICIENCY.  IF THE
14:21    7   ASSUMPTION IS INCORRECT, YOU CAN MAKE YOUR OBJECTION AND SAY IT
14:21    8   IS INCORRECT.  I GUESS WE'LL HAVE TO HANDLE IT IN BRIEFING
14:21    9   UNLESS WE'RE GOING TO GO OVER THIS LINE BY LINE, WHICH WOULD
14:21   10   BE -- IT WOULD BE MORE EFFECTIVE BECAUSE I'M NOT SURE IF IT'S
14:21   11   RIGHT OR NOT EITHER.
14:21   12        MR. O'DONNELL:  YOUR HONOR, I CAN READ THE PAGE AND
14:21   13   LINE.  THIS IS CROSS-EXAMINATION.  COUNSEL IS INTERRUPTING IT.
14:21   14   I'LL DO A HYPOTHETICAL, BUT MR. EBERSOLE SAID WHAT HE SAID.  I
14:21   15   THINK I'M ENTITLED TO ASK HIM, "DO YOU AGREE OR DISAGREE?"
14:21   16   THESE ARE SERIOUS CRITIQUES OF HIS MODELING.
14:21   17        THE COURT:  I UNDERSTAND.  HE WASN'T HERE, HE CAN'T
14:21   18   REMEMBER, SO THE ONLY FAIR WAY TO DO IT IS TO ASSUME HE SAID
14:21   19   IT.  MR. SMITH CAN OBJECT AND SAY THAT'S NOT WHAT HE SAID.  THE
14:22   20   COURT'S CERTAINLY ON NOTICE.  I'M NOT TAKING IT AS GOSPEL THAT
14:22   21   HE DID OR DIDN'T.  I'M NOT LOOKING AT THE TRANSCRIPT EITHER.
14:22   22   THAT'S THE ONLY WAY I KNOW TO GET THROUGH THIS UNLESS YOU WANT
14:22   23   TO SHOW HIM THE PAGE AND LINE.
14:22   24        MR. O'DONNELL:  I HAVE A BUDGET.  I'M TRYING TO STAY
14:22   25   WITHIN MY BUDGET.  I'M GOING TO MOVE FORWARD.
```

14:22    1          **THE COURT:**  I WILL ALLOW YOU TO DO IT HYPOTHETICALLY

14:22    2   AND UNDERSTAND THAT THE CHARACTERIZATION YOU RENDER --

14:22    3              MR. SMITH, I'M GOING TO ASSUME YOU DISAGREE ON

14:22    4   EACH OF THEM AND THAT IT'S NOT THE APPROPRIATE CHARACTERIZATION

14:22    5   AND CONTEXT.  IT'S A HYPOTHETICAL QUESTION.  THE ONLY WAY I CAN

14:22    6   SIFT THROUGH IT IS BY READING MR. EBERSOLE'S TESTIMONY

14:22    7   COMPLETELY MYSELF AND DETERMINING IF THE QUESTION IS FAIRLY PUT

14:22    8   OR NOT.  YOUR POINT'S WELL MADE.

14:22    9          **MR. O'DONNELL:**  I ASSURE YOU WE WILL BRIEF IT PAGE

14:22   10   AND LINE, YOUR HONOR.

14:22   11   **BY MR. O'DONNELL:**

14:22   12   **Q.**   ASSUME HYPOTHETICALLY THAT MR. EBERSOLE TESTIFIED THAT

14:22   13   ADCIRC INCORRECTLY PORTRAYS A SIGNIFICANT DIP BETWEEN THE FIRST

14:23   14   AND SECOND HUMPS OR PEAK SURGES OF THE IHNC LOCK.  WHAT'S YOUR

14:23   15   RESPONSE?

14:23   16   **A.**   WELL, I THINK I TESTIFIED TO THAT VERY EXTENSIVELY.  WE

14:23   17   ANALYZED WHY THAT HUMP OCCURRED AND WHY THE WATER FLOWED BACK

14:23   18   INTO THE AREA.  I THINK I DISCUSSED THAT IN MY TESTIMONY.

14:23   19          **THE COURT:**  HE DID DISCUSS THAT.  I REMEMBER HIS

14:23   20   DIRECT TESTIMONY ABOUT THE IHNC AND WHY IT DIDN'T SHOW UP, AND

14:23   21   HE ATTEMPTED TO EXPLAIN WHY.

14:23   22   **BY MR. O'DONNELL:**

14:23   23   **Q.**   SO IN MY HYPOTHETICAL QUESTION YOU DO NOT AGREE WITH

14:23   24   MR. EBERSOLE; CORRECT?

14:23   25   **A.**   I THINK YOU SAID THAT MR. EBERSOLE SAID THAT THERE WAS AN

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:23 | 1 | INCORRECT DIP IN THERE.  I AGREE WITH THAT.  THE REASON I DO IS |
| 14:23 | 2 | BECAUSE WE WERE TOO LOW AT SEABROOK.  THE REASON WE'RE TOO LOW |
| 14:23 | 3 | IS WE DON'T HAVE THE WAVE RADIATION SUFFICIENTLY RESOLVED ON |
| 14:23 | 4 | THE SOUTH SHORE OF THE LAKE.  I ATTEMPTED TO EXPLAIN THAT IN MY |
| 14:23 | 5 | DIRECT TESTIMONY.  IF THE WATER HAD BEEN UP MORE AT SEABROOK, |
| 14:24 | 6 | THEN WE WOULD NOT HAVE HAD THE DIP, BUT WE WOULD STILL HAVE HAD |
| 14:24 | 7 | THE EXTENDED AND BROAD PEAK. |
| 14:24 | 8 | Q.   ASSUME HYPOTHETICALLY THAT MR. EBERSOLE TESTIFIED THAT |
| 14:24 | 9 | YOUR ADCIRC PEAK SURGE AND IHNC FOR SCENARIO H3 IS WRONG.  DO |
| 14:24 | 10 | YOU AGREE? |
| 14:24 | 11 | A.   WELL, I BELIEVE AND STAND BY THE RESULTS THAT ARE IN THE |
| 14:24 | 12 | REPORT.  WITHOUT KNOWING EXACTLY WHAT HE SAID, IT'S VERY HARD |
| 14:24 | 13 | FOR ME TO COMMENT ON THAT. |
| 14:24 | 14 | Q.   ASSUMING HYPOTHETICALLY THAT HE SAID YOUR PEAK SURGE IN |
| 14:24 | 15 | THE IHNC FOR H3 IS WRONG, DO YOU AGREE OR DISAGREE? |
| 14:24 | 16 | MR. SMITH:  OBJECTION.  IT'S VAGUE AS TO LOCATION. |
| 14:24 | 17 | THE COURT:  IF YOU COULD BE A LITTLE MORE SPECIFIC. |
| 14:24 | 18 | MR. O'DONNELL:  AROUND THE IHNC LOCKS. |
| 14:24 | 19 | MR. SMITH:  OBJECTION.  THAT MISSTATES MR. EBERSOLE'S |
| 14:24 | 20 | TESTIMONY. |
| 14:24 | 21 | THE COURT:  THE OBJECTION'S NOTED BECAUSE WE'RE NOT |
| 14:24 | 22 | GOING TO BE ABLE TO GO THROUGH ALL OF THAT AGAIN.  IT'S |
| 14:24 | 23 | HYPOTHETICAL. |
| 14:24 | 24 | BY MR. O'DONNELL: |
| 14:24 | 25 | Q.   DO YOU AGREE OR DISAGREE WITH THAT HYPOTHETICAL CRITICISM? |

| 14:24 | 1 | **A.**   WELL, AGAIN, RIGHT AT THE IHNC LOCKS YOU SAID WERE A |
|---|---|---|
| 14:25 | 2 | LITTLE LOW? |
| 14:25 | 3 | **Q.**   BETWEEN THE IHNC LOCKS AND THE CONFLUENCE OF THE GIWW |
| 14:25 | 4 | REACH 1. |
| 14:25 | 5 | **A.**   I THINK THE DATA SHOWS THAT WE ARE A LITTLE BIT LOW.  WE |
| 14:25 | 6 | KNOW HOW LOW WE ARE.  I THINK WE ALSO HAVE AN UNDERSTANDING WHY |
| 14:25 | 7 | WE'RE LOW.  SO IN THE GENERAL CHANNELS OF THE IHNC AND THE MRGO |
| 14:25 | 8 | REACH 1, I THINK WE'RE ABOUT A FOOT LOW OR SO. |
| 14:25 | 9 | **Q.**   I WANT TO MOVE TO ANOTHER TOPIC IF I MAY.  I WANT TO FOCUS |
| 14:25 | 10 | ON YOUR MODELING RESULTS FOR THE PEAK SURGE IN THE IHNC.  OKAY, |
| 14:25 | 11 | SIR? |
| 14:25 | 12 | **A.**   OKAY. |
| 14:25 | 13 | **Q.**   LET'S GO TO SLIDE 1.  THIS IS OUR SLIDE.  WE HAVE ON THIS |
| 14:25 | 14 | SLIDE -- AND IT'S FROM YOUR REPORT, 1540.  YOU DID DETERMINE |
| 14:25 | 15 | THE TIME OF PEAK SURGE BETWEEN -- EXCUSE ME.  WITHDRAWN. |
| 14:25 | 16 | YOU DID DETERMINE THE PEAK SURGE TIME NEAR |
| 14:25 | 17 | BAYOU LA LOUTRE AND THE IHNC NORTH OF THE LOCKS; CORRECT? |
| 14:26 | 18 | **A.**   NEAR WHICH PLACES? |
| 14:26 | 19 | **Q.**   NEAR BAYOU POLLET, WHICH -- |
| 14:26 | 20 | **A.**   OH, POLLET.  YOU SAID LA LOUTRE. |
| 14:26 | 21 | **Q.**   NO, I MISSPOKE.  BAYOU DUPRE IS KIND OF NEAR BAYOU -- |
| 14:26 | 22 | **A.**   I KNOW WHERE BAYOU DUPRE IS, BUT YOU SAID "LA LOUTRE." |
| 14:26 | 23 | **Q.**   WELL, I LIKE LA LOUTRE.  I'M SORRY. |
| 14:26 | 24 | **A.**   OKAY. |
| 14:26 | 25 | **Q.**   YOU DID PEAK SURGE MODELING FOR BAYOU DUPRE AND THE IHNC |

```
14:26    1   NORTH OF THE LOCKS?

14:26    2   A.   WE CERTAINLY DID.

14:26    3   Q.   SLIDE 1 DEPICTS THAT?

14:26    4   A.   OKAY.  I BELIEVE THIS IS STATION 1265 THAT YOU

14:26    5   SUPERIMPOSED WITH STATION 1300.  SO ACTUALLY WE CALL IT NEAR

14:26    6   BAYOU POLLET AND NORTH OF THE IHNC MISSISSIPPI RIVER LOCK,

14:26    7   THAT'S CORRECT.

14:26    8   Q.   IF YOU LOOK AT THE CALCULATIONS HERE, YOU SEE THE

14:26    9   DIFFERENCE IN THE PEAK SURGE IS ABOUT 13 MINUTES?

14:26   10   A.   WELL, I LOOKED UP IN OUR FORT.61 FILE -- WHICH IS THE

14:27   11   RECORD OF HOW HIGH THE WATER WAS AT THESE STATIONS, AT THESE

14:27   12   HYDROGRAPH STATIONS.  I NOTED THAT BAYOU DUPRE, THE HIGH WATER

14:27   13   CAME IN ABOUT 7:35.  AT THE IHNC IT WAS ABOUT 7:45.

14:27   14   Q.   FIGURES 194 AND --

14:27   15         THE COURT:  LET ME INTERRUPT YOU FOR A SECOND.  ARE

14:27   16   THESE PART OF THE DEMONSTRATIVES GIVEN TO US?  DO WE HAVE THESE

14:27   17   WHERE WE CAN LOOK AT THEM?

14:27   18         MR. O'DONNELL:  YES.  THESE ARE IN EVIDENCE.  THEY'RE

14:27   19   FROM HIS EXPERT REPORT.

14:27   20   BY MR. O'DONNELL:

14:27   21   Q.   FIGURE 194 AND 204 ARE FROM YOUR REPORT; RIGHT, SIR?

14:27   22   A.   THAT'S CORRECT.

14:27   23         THE COURT:  I SEE.  THANK YOU.  I'M SORRY.  GO AHEAD.

14:27   24   BY MR. O'DONNELL:

14:27   25   Q.   IN THE FIGURE THAT YOU PUT IN YOUR REPORT, YOU HAD THE
```

4122

14:27    1    PEAK AT NEAR DUPRE AT 6:35 A.M.; CORRECT?

14:28    2    **A.**    THAT'S CORRECT, BUT IT'S ACTUALLY 7:35 DUE TO THE CLERICAL

14:28    3    AREA IN PLOTTING THEM.

14:28    4    **Q.**    I KNOW YOU WANT TO TELL ME ABOUT 7:30.  CAN WE STICK WITH

14:28    5    6:30?  SIR, IN YOUR REPORT YOU PUT A TIME FOR THE PEAK NEAR

14:28    6    BAYOU DUPRE AT 6:35 A.M.?  "YES" OR "NO"?

14:28    7    **A.**    IN THE REPORT, WHICH REFLECTS AN ERROR IN PLOTTING, IT'S

14:28    8    AT 6:35, YES.

14:28    9    **Q.**    YOU PUT FOR THE PEAK AT THE IHNC IN YOUR REPORT A TIME OF

14:28   10    6:48 A.M.; CORRECT?

14:28   11    **A.**    WELL, I DON'T THINK THAT I PUT THAT THERE.  I THINK THE

14:28   12    PLAINTIFFS' EXPERTS PUT 6:48 A.M.

14:28   13    **Q.**    IS IT APPROXIMATELY 6:48 A.M.?

14:28   14    **A.**    I LOOKED UP THE CORRECT TIME IN OUR FORT.61 FILE AND IT IS

14:28   15    7:45; SO, THEREFORE, RELATIVE TO THE WAY THIS WAS PLOTTED,

14:28   16    6:45 A.M.  AND, IN FACT, THE INFORMATION THAT'S OUTPUT BY THE

14:28   17    MODEL IS EVERY FIVE MINUTES, SO YOU CAN'T GET A 6:48 A.M.

14:28   18    **Q.**    WELL, THAT'S OUR BAD, AND I APOLOGIZE.  SO IT'S 15 NOT 13?

14:29   19    **A.**    IT'S 7:45, SO YOUR TIME IN THE PLOTTING WORLD WOULD BE

14:29   20    6:45.

14:29   21    **Q.**    NO, IT'S NOT MY WORLD.  IT'S WHAT YOU PUT IN YOUR REPORT,

14:29   22    ISN'T IT?

14:29   23         **THE COURT:**  IN OTHER WORDS, AS SHOWN ON THIS GRAPH --

14:29   24         **THE WITNESS:**  THAT'S CORRECT, YES.

14:29   25         **THE COURT:**  -- IT IS 6:45?  IS THAT APPROXIMATELY

FINAL DAILY COPY

14:29  1  CORRECT AS SHOWN ON THIS GRAPH?

14:29  2         **MR. SMITH:**  YOUR HONOR, JUST TO BE CLEAR,

14:29  3  MR. O'DONNELL HAS REPRESENTED THAT THIS IS EVIDENCE.  WHAT THE

14:29  4  PLAINTIFFS HAVE DONE IS CREATED A DEMONSTRATIVE BASED UPON

14:29  5  DR. WESTERINK'S REPORT.  THESE BOXES ARE NOT IN DR. WESTERINK'S

14:29  6  REPORT, JUST TO BE CLEAR.  THE PLAINTIFFS HAVE

14:29  7  ANNOTATED DR. WESTERINK'S --

14:29  8         **THE COURT:**  I UNDERSTAND WHAT THE BOXES ARE.  I'M

14:29  9  JUST ASKING HIM IF I LOOKED AT THIS -- AND YOU CAN CERTAINLY

14:29  10  EXPLAIN OR DO WHATEVER YOU WANT.  IF I LOOKED AT THESE PEAKS

14:29  11  AND I LOOKED AT THIS CHART, THESE FIGURES, ARE THE TIMES --

14:29  12  LET'S LOOK AT THE 6:48 TIME IN THE BOX, WHICH YOU DID NOT DO.

14:30  13  JUST LOOKING AT THAT AND THAT ALONE, WHAT WOULD BE THE

14:30  14  APPROXIMATE TIME SHOWN AS THE PEAK IN THE IHNC?

14:30  15         **THE WITNESS:**  IN REFERENCING IT TO THE WAY THIS WAS

14:30  16  PLOTTED, AT 6:45.

14:30  17         **THE COURT:**  THANK YOU.

14:30  18  BY MR. O'DONNELL:

14:30  19  **Q.**  BAYOU DUPRE IS ABOUT RIGHT?

14:30  20  **A.**  YES.

14:30  21  **Q.**  NOW, I THINK YOU TESTIFIED ON DIRECT -- I'M NOT SURE IT'S

14:30  22  IN DISPUTE -- THAT FOR A MODELER LIKE YOU, THE BEST DATA IS TO

14:30  23  HAVE ACTUAL MEASURED SURGE DATA; CORRECT?

14:30  24  **A.**  IT IS, SUBJECT TO UNDERSTANDING WHAT THE ERROR LEVELS OF

14:30  25  THAT SURGE DATA MIGHT BE, YES.

| | | |
|---|---|---|
| 14:30 | 1 | **Q.**  WE'RE FORTUNATE, ARE WE NOT, BECAUSE WE HAVE ACTUAL |
| 14:30 | 2 | MEASURED SURGE DATA FOR THE IHNC ON AN HOUR-BY-HOUR BASIS FOR |
| 14:30 | 3 | AUGUST 29? |
| 14:30 | 4 | **A.**  WE DO. |
| 14:31 | 5 | **Q.**  IN FACT, THE IHNC LOCK MASTER CHECKED THE IHNC GAUGE EVERY |
| 14:31 | 6 | HOUR DURING THAT CRITICAL DAY OF AUGUST 29 AND RECORDED IT; |
| 14:31 | 7 | CORRECT? |
| 14:31 | 8 | **A.**  THAT IS CORRECT. |
| 14:31 | 9 | **Q.**  LET'S LOOK AT SLIDE 2. |
| 14:31 | 10 | **THE COURT:**  IS THIS THE SAME THING I'VE BEEN LOOKING |
| 14:31 | 11 | AT OR IS IT MODIFIED IN ANY WAY, SO I'LL KNOW? |
| 14:31 | 12 | **MR. O'DONNELL:**  I BELIEVE THIS IS FIGURE 3 FROM THE |
| 14:31 | 13 | EBERSOLE EXPERT REPORT.  IT'S EXHIBIT 211. |
| 14:31 | 14 | **THE COURT:**  IT IS THE FIGURE.  IS THERE ANY |
| 14:31 | 15 | MODIFICATION ON IT? |
| 14:31 | 16 | **MR. O'DONNELL:**  I THINK WE PUT THE ARROW TO TELL US |
| 14:31 | 17 | WE THOUGHT IT WAS 9:00 A.M. |
| 14:31 | 18 | **THE COURT:**  EXCEPT FOR THE HOUR AND THE 9:00 A.M. |
| 14:31 | 19 | PEAK -- |
| 14:31 | 20 | **MR. O'DONNELL:**  I BELIEVE IT'S THE SAME, YOUR HONOR. |
| 14:31 | 21 | **BY MR. O'DONNELL:** |
| 14:31 | 22 | **Q.**  YOU'VE SEEN THIS BEFORE, SIR; RIGHT? |
| 14:31 | 23 | **A.**  I HAVE. |
| 14:31 | 24 | **Q.**  THE IHNC LOCK MASTER, HIS HYDROGRAPH IS THE RED LINE WITH |
| 14:32 | 25 | TRIANGLES; CORRECT? |

14:32   1   **A.**   CORRECT.

14:32   2   **Q.**   HE DETERMINED FROM HIS GAUGE READINGS THAT THE PEAK SURGE

14:32   3   IN THE IHNC WAS, GIVE OR TAKE, ABOUT 9:00; CORRECT?

14:32   4   **A.**   ACTUALLY, IT IS GIVE OR TAKE, PLUS OR MINUS AT LEAST A

14:32   5   HALF HOUR SINCE HE'S ONLY TAKING THE DATA HOURLY.

14:32   6   **Q.**   RIGHT.  SO THERE'S A MARGIN OF ERROR, BUT IT'S AROUND

14:32   7   EITHER SIDE OF NOON?

14:32   8   **A.**   WELL, IT COULD BE ANY --

14:32   9   **Q.**   I MEAN EITHER SIDE OF --

14:32   10   **A.**   IF YOU LOOK AT THE SHAPE OF THE HYDROGRAPH AND WHAT MOST

14:32   11   HYDROGRAPHS LOOK LIKE, THEY DON'T PEAK LIKE THAT.  SO IT

14:32   12   CERTAINLY SUGGESTS THAT USING THE VERY SIMPLISTIC LINEAR

14:32   13   INTERPOLATION THAT'S BEEN USED IN REPRESENTING THIS GRAPH MIGHT

14:32   14   NOT BE THE OPTIMAL WAY TO REPRESENT THAT PEAK.

14:32   15   **Q.**   I DIDN'T ASK YOU THAT.  IS THIS WHAT HE REPORTED?

14:32   16   **A.**   THIS IS WHAT HE REPORTED TO A LEVEL OF PRECISION OF AT

14:32   17   LEAST PLUS OR MINUS A HALF HOUR.

14:33   18   **Q.**   IF YOU SUBTRACT ABOUT 15 MINUTES FROM 9:00 TO GO BACK TO

14:33   19   THE AREA NEAR BAYOU DUPRE, YOU'D GET ABOUT 8:45 A.M.; CORRECT?

14:33   20          **MR. SMITH:**  OBJECTION.  THAT'S VAGUE.  I DON'T KNOW

14:33   21   WHAT IT MEANS TO SUBTRACT TIME IN ONE PLACE AND GO BACK TO

14:33   22   ANOTHER PLACE.

14:33   23          **MR. O'DONNELL:**  I'LL RESTATE IT, YOUR HONOR.

14:33   24          **THE COURT:**  ALL RIGHT.

14:33   25          **MR. O'DONNELL:**  I THOUGHT THIS WAS ELEMENTARY.

FINAL DAILY COPY

14:33   1   **BY MR. O'DONNELL:**

14:33   2   **Q.**   WE'VE SEEN FROM PRIOR DATA THAT IF YOU HAVE A PEAK SURGE

14:33   3   AT BAYOU DUPRE AT A CERTAIN TIME, IT TAKES A WHILE FOR THAT

14:33   4   PEAK SURGE TO GET TO THE IHNC; CORRECT?

14:33   5   **A.**   ACTUALLY, THE PEAK SURGE AT BAYOU DUPRE IS VERY DIFFERENT

14:33   6   FROM THE PEAK SURGE IN THE IHNC.

14:33   7             **THE COURT:**   FIRST, IF YOU COULD JUST ANSWER THE

14:33   8   QUESTION, THEN EXPLAIN IT.

14:33   9                     WOULD YOU REPHRASE YOUR QUESTION AGAIN.   THE

14:33  10   WITNESS CAN ANSWER, "YES," "NO," OR "I DON'T KNOW."   IF YOU

14:33  11   COULD PHRASE IT SUCH THAT HE CAN DO THAT, THEN HE CAN EXPLAIN

14:33  12   THAT ANSWER.

14:33  13                     HE'S SAYING THE TIME OF THE PEAK SURGE IS

14:34  14   DIFFERENT AT BAYOU DUPRE THAN IT IS AT THE IHNC.

14:34  15             **MR. O'DONNELL:**   I'M TRYING TO GET AN APPROXIMATION OF

14:34  16   THE TIME DIFFERENCE.

14:34  17             **THE COURT:**   THAT WOULD BE THE FIRST QUESTION.   I

14:34  18   ASSUME THAT'S A "YES."   THE SECOND QUESTION IS "ISN'T IT TRUE

14:34  19   THAT THE TIME DIFFERENCE IS..." AND YOU WOULD ASK THAT.

14:34  20   **BY MR. O'DONNELL:**

14:34  21   **Q.**   IS THERE A DIFFERENCE IN THE TIME BETWEEN THE PEAK SURGE

14:34  22   AT BAYOU DUPRE AND AT THE IHNC?

14:34  23   **A.**   MAY I ASK, JUST TO BE A LITTLE BIT MORE SPECIFIC, IN TERMS

14:34  24   OF THE MEASURED PEAK OR THE MODELED PEAK?

14:34  25   **Q.**   WE ONLY HAVE MODELED PEAK AT BAYOU DUPRE; CORRECT?

14:34  1   **A.**   CORRECT.

14:34  2   **Q.**   WE HAVE ACTUAL PEAK MEASURED WITHIN SOME TOLERANCE AT THE

14:34  3   IHNC; CORRECT?

14:34  4   **A.**   CORRECT, BUT --

14:34  5   **Q.**   WITH THAT IMPERFECT WORLD THAT WE'RE DEALING WITH HERE,

14:34  6   DIDN'T YOUR -- LET'S GO TO THE PRIOR SLIDE, 1.  I THINK YOU

14:34  7   CORRECTED ME, BUT THERE'S A DIFFERENTIAL OF ABOUT A QUARTER OF

14:34  8   AN HOUR ON SLIDE 1; CORRECT?

14:34  9   **A.**   THAT IS CORRECT.

14:34  10  **Q.**   THAT'S YOUR MODELING PREDICTION; RIGHT?

14:35  11  **A.**   THAT IS CERTAINLY CORRECT.

14:35  12  **Q.**   CERTAINLY, YOUR MODELING BEING AS GOOD AS IT IS WOULD

14:35  13  PROBABLY COME UP WITH THE SAME BETWEEN A PREDICTED LEVEL AT

14:35  14  BAYOU DUPRE AND AN ACTUAL MEASURE IN THE IHNC, WOULDN'T IT?

14:35  15  **A.**   THERE'S ALWAYS --

14:35  16       **MR. SMITH:**  OBJECTION, YOUR HONOR.  ARGUMENTATIVE IS

14:35  17  ONE THING; SARCASTIC IS ANOTHER.

14:35  18       **THE COURT:**  OVERRULED.  OVERRULED.  IT IS

14:35  19  CROSS-EXAMINATION.  IT IS A FAIR QUESTION.  IT IS AT A CRITICAL

14:35  20  POINT.  IT'S OVERRULED.  DO YOU WANT ME TO OVERRULE IT AGAIN?

14:35  21       **MR. SMITH:**  NO.  THANK YOU.

14:35  22       **THE COURT:**  YOU MAY SIT DOWN.  THE INDIGNATION,

14:35  23  FRANKLY, THROWS ME EVERY NOW AND THEN FROM ALL SIDES.  THAT

14:35  24  WILL JUST BEGET INDIGNATION FROM THE COURT, WHICH IS THE

14:35  25  ULTIMATE INDIGNATION IN THIS COURTROOM.  SO THE RIGHTEOUS

| | | |
|---|---|---|
| 14:35 | 1 | INDIGNATION IS EXTRAORDINARILY UNPERSUASIVE FROM ALL PERSONS. |
| 14:35 | 2 | RHETORICAL FLOURISHES ARE NOT PERSUASIVE.  THIS COURT IS NOT |
| 14:36 | 3 | GOING TO BE SWAYED BY ANY OF THAT.  I HOPE ALL OF YOU KNOW |
| 14:36 | 4 | THAT. |
| 14:36 | 5 | GET OUT OF THE SANDBOX.  ASK A QUESTION. |
| 14:36 | 6 | **MR. O'DONNELL:**  COULD I HAVE THE QUESTION READ BACK |
| 14:36 | 7 | BY THE REPORTER, YOUR HONOR? |
| 14:36 | 8 | **THE COURT:**  ALSO, PULLING HEN'S TEETH IS NOT VERY |
| 14:36 | 9 | GOOD EITHER.  RIGHT NOW, I FEEL LIKE WE'RE PULLING HEN'S TEETH. |
| 14:36 | 10 | I DON'T WANT TO START HAVING TO ASK THE QUESTIONS.  LET'S TRY |
| 14:36 | 11 | TO BE AS DIRECT AS WE CAN.  THEN I WANT THE WITNESS TO BE ABLE |
| 14:36 | 12 | TO EXPLAIN THE ANSWER. |
| 14:36 | 13 | **MR. O'DONNELL:**  I APOLOGIZE. |
| 14:36 | 14 | **THE COURT:**  I'M NOT TALKING TO YOU, SIR. |
| 14:36 | 15 | **MR. O'DONNELL:**  COULD I HAVE THE QUESTION READ BACK |
| 14:36 | 16 | BY THE REPORTER, YOUR HONOR? |
| 14:36 | 17 | **THE COURT:**  IT WAS CLEAR IT WAS 15 MINUTES TO |
| 14:36 | 18 | BEGIN -- OR WHATEVER IT IS, 10 MINUTES TO BEGIN.  IF HE SAID |
| 14:36 | 19 | 6:45 OR 6:35 BASED ON -- IT'S ESTABLISHED.  WHY DO WE HAVE TO |
| 14:36 | 20 | TAKE SO LONG TO GET TO THAT POINT? |
| 14:36 | 21 | **MR. O'DONNELL:**  BECAUSE WE -- |
| 14:36 | 22 | **THE COURT:**  I'M TELLING THE WITNESS THAT, AS WELL AS |
| 14:36 | 23 | YOU, AS WELL AS MR. SMITH.  IT IS FOLLY. |
| 14:37 | 24 | **BY MR. O'DONNELL:** |
| 14:37 | 25 | **Q.**   HYPOTHETICALLY, IF THERE'S A 15-MINUTE DIFFERENTIAL |

14:37    1    BETWEEN THE PEAK SURGE AT BAYOU DUPRE AND AT THE IHNC LOCKS AND

14:37    2    GIVEN THE LOCK MASTER HAS THE PEAK SURGE AT APPROXIMATELY

14:37    3    9:00 AT THE IHNC, WOULDN'T THAT PUT THE PEAK SURGE, ON AT LEAST

14:37    4    MY MATHEMATICS, TO BE ABOUT 8:45 AT BAYOU DUPRE?

14:37    5    **A.**   SO YOU SAID IF WE -- WELL, IT'S ASSUMING THAT THERE'S A

14:37    6    CONSTANT SHIFT IN THERE.

14:37    7             **THE COURT:**  YOU CAN SAY NO IF YOU WANT.

14:37    8             **THE WITNESS:**  HIS QUESTION -- COULD YOU READ IT BACK

14:37    9    ONE MORE TIME.

14:37   10    **BY MR. O'DONNELL:**

14:37   11    **Q.**   ASSUME HYPOTHETICALLY THERE'S A 15-MINUTE DIFFERENTIAL

14:37   12    BETWEEN THE PEAK SURGE AT BAYOU DUPRE AND THE PEAK SURGE AS

14:37   13    MEASURED BY THE IHNC LOCK MASTER.

14:37   14    **A.**   YEAH.

14:37   15    **Q.**   IF THE LOCK MASTER'S RECORDING IS ABOUT 9:00, 15 MINUTES

14:38   16    LESS THAN 9:00 WOULD PUT THE PEAK SURGE UNDER THIS HYPOTHETICAL

14:38   17    AND MY MATH AT APPROXIMATELY 8:45 IN THE MORNING NEAR BAYOU

14:38   18    DUPRE?

14:38   19    **A.**   WELL, IF IT'S CORRECT THAT THE PEAK IS AT 9:00.  BUT LIKE

14:38   20    I SAID, THERE'S A MARGIN OF ERROR IN THERE AND THE PEAK COULD

14:38   21    VERY WELL, IN TERMS OF LOOKING AT -- IF YOU LOOK AT -- YOUR

14:38   22    FIGURE 2 COULD VERY WELL OR PROBABLY MORE LIKELY HAVE OCCURRED

14:38   23    SOMEWHERE IN BETWEEN IN TERMS OF THE SHAPE OF THE HYDROGRAPH.

14:38   24    SO THAT WOULD MOVE IT BACK A HALF HOUR.

14:38   25             BUT WHAT YOU'RE SAYING IS THERE'S A 15-MINUTE

FINAL DAILY COPY

14:38     1    DIFFERENTIAL BETWEEN THOSE, OR I GUESS I HAVE IT ROUGHLY A

14:38     2    TEN-MINUTE DIFFERENTIAL, SO --

14:38     3    **Q.**    IT WOULD PUT IT AT 8:50, THEN, RIGHT, AT BAYOU DUPRE?

14:38     4    **A.**    OR LET'S SAY 8:20 IF YOU'RE GOING TO --

14:38     5             **THE COURT:**  I REALIZE THESE TIMES ARE NOT SACROSANCT.

14:38     6    THE ESTABLISHMENT IS THERE'S AN APPROXIMATELY TEN-MINUTE

14:39     7    DIFFERENCE.  I GUESS I'M ASKING THE WITNESS, REGARDLESS OF THE

14:39     8    TIME, IS IT LOGICAL TO ASSUME THERE WOULD BE A TEN-MINUTE

14:39     9    DIFFERENCE BETWEEN THE IHNC LOCK AND THE BAYOU DUPRE.  IF IT'S

14:39    10    NOT LOGICAL, PLEASE TELL ME.

14:39    11             **THE WITNESS:**  IT WOULD BE ROUGHLY REASONABLE.

14:39    12    HOWEVER, IF I MAY MAKE A POINT?

14:39    13             **THE COURT:**  YES.

14:39    14             **THE WITNESS:**  THE SURGE AT BAYOU DUPRE CERTAINLY IS A

14:39    15    REGIONAL SURGE BUT VERY HEAVILY INFLUENCED BY THOSE SOUTH --

14:39    16    NORTHEASTERLY WINDS, SO THAT'S REALLY BEING DRIVEN VERY LOCALLY

14:39    17    UP AGAINST THAT LEVEE.  SO IT REALLY DEPENDS ON THOSE LOCAL

14:39    18    WINDS.

14:39    19             THE SURGE BETWEEN PARIS ROAD AND THE IHNC,

14:39    20    THAT'S A FORCE WAVE PROPAGATING THROUGH THE CHANNEL.  SO IN THE

14:39    21    SENSE OF LOOKING AT THE EXACT TIMING, IT WOULD MAKE A LOT OF

14:39    22    SENSE TO LOOK BETWEEN PARIS ROAD AND THE IHNC BECAUSE THAT'S

14:39    23    THAT WAVE PROPAGATING THROUGH THERE.  HOWEVER, THE WAVE AT

14:40    24    BAYOU DUPRE, IF WE REMEMBER WHEN WE LOOKED AT HOW IT WAS PUSHED

14:40    25    UP, IT'S BEING PUSHED UP OUT OF LAKE BORGNE.  SO THAT'S VERY

| | | |
|---|---|---|
| 14:40 | 1 | MUCH OF A LOCALIZED EVENT. |
| 14:40 | 2 | **BY MR. O'DONNELL:** |
| 14:40 | 3 | **Q.**   ASSUME HYPOTHETICALLY IT'S 8:20 AT BAYOU DUPRE, PLEASE. |
| 14:40 | 4 | **A.**   LIKE I SAID, IN TERMS OF ASSUMING THAT ALL THE WINDS AND |
| 14:40 | 5 | EVERYTHING IS EXACTLY CORRECT, THEN YOU COULD MAKE THAT |
| 14:40 | 6 | ASSUMPTION. |
| 14:40 | 7 | **Q.**   THAT'S ABOUT TWO HOURS LATER THAN WHAT YOU PUT AS 6:30 IN |
| 14:40 | 8 | YOUR REPORT AS THE PEAK SURGE THERE; CORRECT? |
| 14:40 | 9 | **A.**   SO LET'S SEE.  I PUT IN MY REPORT -- AND, OF COURSE, |
| 14:40 | 10 | THERE'S AN HOUR SHIFT THERE. |
| 14:40 | 11 | **THE COURT:**  YOU CAN EXPLAIN THAT, SIR, IF YOU WANT. |
| 14:40 | 12 | I'D LIKE TO HEAR IT.  EXPLAIN THE HOUR SHIFT. |
| 14:40 | 13 | I'M NOT GOING TO PENALIZE YOU FOR THIS, MR. |
| 14:40 | 14 | O'DONNELL. |
| 14:40 | 15 | **THE WITNESS:**  I'LL EXPLAIN THE SHIFT.  WE'VE RUN THE |
| 14:41 | 16 | MODELS IN GREENWICH MEAN TIME.  WE HAVE TO BECAUSE WE CROSS |
| 14:41 | 17 | THREE TIME ZONES.  THE TIDES, THE METEOROLOGY, THEY'RE ALL |
| 14:41 | 18 | GEARED, THEY ARE ALL DEFINED RELATIVE TO GMT.  ALL OUR MODELING |
| 14:41 | 19 | IS DONE IN GMT.  WHEN WE FINALLY OUTPUT, WE USUALLY PLOT FOR |
| 14:41 | 20 | OUR OWN PURPOSES THINGS IN GMT.  BUT, FOR EXAMPLE, FOR CLIENTS |
| 14:41 | 21 | SUCH AS THE CORPS AND DEPARTMENT OF JUSTICE, OBVIOUSLY THERE'S |
| 14:41 | 22 | MORE INTEREST IN THE LOCAL TIME AND SPECIFIC OCCASIONS, AND |
| 14:41 | 23 | THAT'S WHEN WE HAVE TO MAKE THE CONVERSION. |
| 14:41 | 24 | WE'RE AT THE -6 ZONE OVER HERE; I.E., SIX HOURS |
| 14:41 | 25 | SHIFTED, BUT GMT DOESN'T ACCOUNT FOR SUMMERTIME.  SO DURING |

14:41   1   SUMMER IT SHOULD BE A FIVE-HOUR SHIFT.  SO THE PERSON MAKING

14:41   2   THE PLOTS ACCIDENTALLY TOOK SIX HOURS INSTEAD OF THE SUMMERTIME

14:41   3   DIFFERENTIAL OF FIVE HOURS.

14:41   4            **THE COURT:**  I UNDERSTAND.

14:41   5   **BY MR. O'DONNELL:**

14:41   6   **Q.**   MR. EBERSOLE MOVED YOUR 6:30 PEAK SURGE AT BAYOU DUPRE TO

14:42   7   7:30, DIDN'T HE?

14:42   8   **A.**   HE WAS PROVIDED IN NOVEMBER, AS WELL AS DR. RESIO, WITH

14:42   9   THE RAW FILES THAT WERE REFERENCED.

14:42   10           **MR. O'DONNELL:**  I OBJECT.  MAY I HAVE A "YES" OR "NO"

14:42   11  ON THAT.

14:42   12           **THE COURT:**  YES.  JUST SAY "YES" OR "NO."

14:42   13           **THE WITNESS:**  YES, HE DID -- WELL, HE DIDN'T SHIFT

14:42   14  IT.  SO HE MADE THE CORRECT ADJUSTMENT FROM GMT BECAUSE THE

14:42   15  DATA FROM THE CRITICAL -- DERIVED FROM THE CRITICAL FORT.61

14:42   16  FILE WAS PROVIDED RELATIVE TO GMT STARTING TIME AND HE JUST

14:42   17  MADE THE CORRECT -- HE DIDN'T MAKE THE MISTAKE THAT WE DID IN

14:42   18  TERMS OF PLOTTING THAT.

14:42   19  **BY MR. O'DONNELL:**

14:42   20  **Q.**   I'M GOING TO TRY TO COVER A LARGE AREA WITH A FEW

14:42   21  QUESTIONS BECAUSE IF I GET WHAT I NEED, I DON'T HAVE TO COVER

14:42   22  IT.  OKAY?

14:42   23           IN THE NEW THINGS THAT YOU GAVE US A COUPLE DAYS AGO,

14:42   24  AS I READ A NUMBER OF YOUR PICTOGRAMS, MY COLLEAGUE CALLS THEM,

14:42   25  THE PRINTOUTS, AM I CORRECT THAT WHAT YOU GAVE US A COUPLE DAYS

| | | |
|---|---|---|
| 14:43 | 1 | AGO HAS A PEAK SURGE AGAINST THE REACH 2 OF ABOUT 15 FEET? |
| 14:43 | 2 | **A.**   WHAT WE GAVE HAS A PEAK SURGE OF ABOUT 15.7 FEET.  I |
| 14:43 | 3 | LOOKED UP THE NUMBERS IN OUR FORT.61 FILE AND THAT HAS ALL |
| 14:43 | 4 | THE -- RECORDS ALL THE HYDROGRAPHS.  IF YOU LOOK AT THAT AND |
| 14:43 | 5 | ALSO YOU LOOK AT OUR MAXIMUM CONTOURS, IT HAS A PEAK SURGE OF |
| 14:43 | 6 | ABOUT 15.7. |
| 14:43 | 7 | **Q.**   ARE YOU SURE IT'S NOT 15 FEET? |
| 14:43 | 8 | **A.**   ABSOLUTELY. |
| 14:43 | 9 | **Q.**   DEMONSTRATIVE 218.  I JUST NEED TO UNDERSTAND THIS.  I |
| 14:43 | 10 | HAVEN'T HAD A LOT OF TIME TO LOOK AT IT.  LET'S LOOK AT |
| 14:43 | 11 | DEMONSTRATIVE 218. |
| 14:43 | 12 | NOW, YOU'VE PLOTTED KATRINA SURGE IN FEET AT |
| 14:44 | 13 | 7:00 CENTRAL DAYLIGHT TIME, NEW ORLEANS TIME; RIGHT? |
| 14:44 | 14 | **A.**   YES, I HAVE. |
| 14:44 | 15 | **Q.**   I SEE A LINE THAT SAYS "15"; CORRECT? |
| 14:44 | 16 | **A.**   THAT'S RIGHT. |
| 14:44 | 17 | **Q.**   MY UNDERSTANDING -- AND I'M PROBABLY WRONG, I HAVE NO |
| 14:44 | 18 | IDEA -- IS THAT YOU TAKE THE 15 AND MOVE IT TOWARDS THE REACH 2 |
| 14:44 | 19 | LEVEE AND YOU COME UP WITH 15 FEET? |
| 14:44 | 20 | **A.**   THAT'S INCORRECT.  IF I MAY MAKE A FIGURE, WHAT YOU'RE |
| 14:44 | 21 | ASSUMING IS THAT YOUR WATER SURFACE LOOKS LIKE THIS ALONG |
| 14:44 | 22 | THERE.  SO IT BASICALLY LOOKS LIKE THIS; IT GOES UP.  SO YOU'RE |
| 14:44 | 23 | NOT GOING UP ONTO THE CONTOUR.  SO THE CONTOUR IS RIGHT WHERE |
| 14:44 | 24 | IT'S 15 FEET.  YOU CAN SEE HERE IT'S 14.  HERE IT'S 15 FEET. |
| 14:44 | 25 | HERE IT'S 13.  SO IT'S MOVING UP.  IT MOVES UP AT THIS POINT |

| | | |
|---|---|---|
| 14:44 | 1 | LATER ON TO ABOUT -- SOMEWHERE BETWEEN 7:00 AND 8:00 TO 15.7. |
| 14:45 | 2 | **Q.**   THE WIND VECTORS ARE GOING TOWARDS REACH 2; CORRECT? |
| 14:45 | 3 | **A.**   CORRECT. |
| 14:45 | 4 | **Q.**   YOU COULD HAVE PUT A 16 LINE ALONG REACH 2 IF YOU WANTED |
| 14:45 | 5 | TO, COULDN'T YOU? |
| 14:45 | 6 | **A.**   ABSOLUTELY NOT.  WHY COULD YOU DO THAT? |
| 14:45 | 7 | **Q.**   BECAUSE MAYBE I COULD HAVE UNDERSTOOD IT BETTER. |
| 14:45 | 8 | **A.**   NO.  THERE'S NO 16.  THERE IS NO 16 YET.  IT'S BETWEEN 15 |
| 14:45 | 9 | AND 16.  THE CONTOURS ARE CONTOURED EVERY 1 FOOT.  SO, |
| 14:45 | 10 | THEREFORE, IF YOU DON'T REACH 16 IN THESE PICTURES, YOU DON'T |
| 14:45 | 11 | GET TO SEE A 16-FOOT CONTOUR.  HOWEVER, THE CONTOUR LINES ARE |
| 14:45 | 12 | 1-FOOT CONTOUR LINES. |
| 14:45 | 13 | **Q.**   WELL, WOULD YOU PUT A 16 ALONG REACH 2 IF YOU HAD GOT TO |
| 14:45 | 14 | 16 OR CLOSE TO IT? |
| 14:45 | 15 | **A.**   ABSOLUTELY.  THE SOFTWARE WOULD PUT A 16 THERE. |
| 14:45 | 16 | **Q.**   WELL, LET'S GO TO THE NEXT ONE, 219. |
| 14:45 | 17 | **A.**   OKAY.  NOW WE SEE A BROADENING OF -- THE 15-FOOT CONTOUR |
| 14:46 | 18 | HAS MOVED AWAY, WHICH MEANS, AGAIN, IF YOU WERE TO LOOK AT THIS |
| 14:46 | 19 | TRANSECT OVER HERE, YOUR FLOW WOULD MOVE UP.  AND, AGAIN, IT |
| 14:46 | 20 | DOESN'T MOVE LIKE THIS BETWEEN THE CONTOURS; I.E., CONTOURS |
| 14:46 | 21 | DON'T LOOK LIKE THIS.  THEY'RE NOT LITTLE STEP FUNCTIONS.  IT'S |
| 14:46 | 22 | THE FLOW OVER HERE, FOR EXAMPLE, BETWEEN THE 13 AND THE 14 -- |
| 14:46 | 23 | LET ME CLEAR THIS UP -- 13- AND 14-FOOT CONTOURS IN BETWEEN IS |
| 14:46 | 24 | ROUGHLY AT 13.5.  BETWEEN THE 12 AND THE 13, IT'S 12.5. |
| 14:46 | 25 | THE CLOSER YOU GET TO THE 12-FOOT, THE CLOSER YOU ARE |

14:46    1    TO 12.  SO RIGHT HERE IS WHERE YOU SEE WHERE IT'S CLOSE TO THE

14:46    2    MAXIMUM AND PARTICULARLY IT SHIFTS TO THE SOUTH, AND WE'RE AT

14:46    3    ABOUT A MAXIMUM ALONG THAT STRETCH OF 15.7 SOMEWHERE BETWEEN

14:46    4    8:00 AND 7:00.

14:46    5            THE COURT:  IS THERE A DIRECT RATIO IN THE DISTANCE?

14:46    6    IN OTHER WORDS, IF I LOOKED AT THIS, 12 AND 13, 13 AND 14, 14

14:46    7    AND 15, IT LOOKS LIKE A LITTLE DIFFERENCE.  THE DISTANCE IS NOT

14:46    8    NECESSARILY -- THE CONTOUR LINES ARE NOT NECESSARILY

14:46    9    EQUIDISTANT?

14:47   10            THE WITNESS:  NO.  THEY CAN BUNCH UP, AND THEY TEND

14:47   11    TO BUNCH UP.  SO IN ORDER TO REFINE THIS, YOU'D HAVE TO START

14:47   12    DOING HALF OR QUARTER-FOOT CONTOURS, BUT THEN THE FIGURES GET

14:47   13    VERY BUSY IN TERMS OF UNDERSTANDING THEM.  THAT'S ONE REASON WE

14:47   14    LOOK AT THE HYDROGRAPHS.

14:47   15    BY MR. O'DONNELL:

14:47   16    Q.   YOU JUST TOLD ME A MINUTE AGO THAT YOU COULD HAVE PUT A 16

14:47   17    IN.  NOW YOU'RE SAYING WE'RE APPROACHING 16 AT 8:00, BUT YOU

14:47   18    DIDN'T PUT IT IN; RIGHT?

14:47   19    A.   I DIDN'T SAY WE COULDN'T PUT IT IN.  I SAID IF THE WATER

14:47   20    LEVEL WENT UP TO 16, THE PROGRAM WOULD PLOT UP TO 16 FEET, BUT

14:47   21    THAT'S THE WAY CONTOURING WORKS.  IF YOU'RE NOT REACHING

14:47   22    15 FEET, EVEN IF YOU'RE AT 15-FOOT, 11 INCHES, IT WON'T PUT A

14:47   23    16-FOOT CONTOUR; HOWEVER, IF YOU PUT HALF-FOOT CONTOURS, THEN

14:47   24    YOU'LL SEE A 15.5-FOOT CONTOUR.  YOU WOULDN'T SEE THE 16-FOOT

14:47   25    CONTOUR.  NOW, IF YOU HAVE 16 FOOT, 1 INCHES, THEN YOU

| | |
|---|---|
| 14:47 | 1 |
| 14:47 | 2 |
| 14:47 | 3 |
| 14:48 | 4 |
| 14:48 | 5 |
| 14:48 | 6 |
| 14:48 | 7 |
| 14:48 | 8 |
| 14:48 | 9 |
| 14:48 | 10 |
| 14:48 | 11 |
| 14:48 | 12 |
| 14:48 | 13 |
| 14:48 | 14 |
| 14:48 | 15 |
| 14:48 | 16 |
| 14:49 | 17 |
| 14:49 | 18 |
| 14:49 | 19 |
| 14:49 | 20 |
| 14:49 | 21 |
| 14:49 | 22 |
| 14:49 | 23 |
| 14:49 | 24 |
| 14:49 | 25 |

1   CERTAINLY WOULD SEE A 16-FOOT CONTOUR.

2          **THE COURT:**  I GOT IT.  SO IT WASN'T 16 FEET YET AT

3   THE LEVEE, AT LEAST AT THE TOE OF THE LEVEE, NOT QUITE?

4          **THE WITNESS:**  THAT'S RIGHT.  IT WAS LOOKING AT

5   CONTOURS CLOSE TO 15.5.

6   **BY MR. O'DONNELL:**

7   **Q.**   BUT YOU HAVE 14 FEET IN THE UPPER PORTION OF REACH 2, DO

8   YOU NOT?  SO IT'S 14; HASN'T GOTTEN TO 15 YET?

9   **A.**   CORRECT.

10  **Q.**   IN YOUR REPORT YOU FILED WITH THIS COURT, YOU SAID THE

11  SURGE AT REACH 2 GOT TO 16 TO 17 FEET, DIDN'T YOU?

12  **A.**   WELL, I'D HAVE TO LOOK THAT UP, BUT AS I WAS GOING TO THE

13  EARLIER FIGURES -- AND I THINK I SAID THAT IT WAS REACHING --

14  LOOKING AT YOUR PAGE 5 HERE AND MY PAGE REPORT 49, I SAID THE

15  SURGE IS PEAKING ALONG ST. BERNARD PARISH/CHALMETTE PROTECTION

16  LEVEE AND IN THE TRIANGULAR REGION DEFINED BY THE LEVEES OF THE

17  GIWW AND MRGO.  SO I DON'T SEE THAT I'M PUTTING 16 FEET

18  ANYWHERE THERE.

19          I SAID THE COMPONENT OF THE SURGE PROPAGATING UP THE

20  MISSISSIPPI RIVER REACHES 16 FEET.  SO THAT REFERS TO THE

21  MISSISSIPPI RIVER.  THEN I SAY SURGE IS ALSO BEING DRIVEN IN

22  FROM THE WEST IN SOUTH PLAQUEMINES PARISH NEAR THE CITY OF

23  VENICE OVER IN THE OTHER PART OF THE DOMAIN THERE.  SURGE IS

24  PEAKING ALONG THE ST. BERNARD PARISH/CHALMETTE PROTECTION LEVEE

25  AND IN THE TRIANGULAR REGION DEFINED BY THE LEVEES ALONG THE

FINAL DAILY COPY

| | | |
|---|---|---|
| 14:49 | 1 | GIWW AND MRGO.  I DON'T SEE A SPECIFIC NUMBER TO THAT. |
| 14:49 | 2 | **Q.**   DID YOU WRITE PERSONALLY -- |
| 14:49 | 3 | **THE COURT:**  I'M LOOKING AT PAGE 48 OF THE REPORT. |
| 14:49 | 4 | **MR. O'DONNELL:**  I'M GOING TO GIVE YOU ANOTHER PAGE. |
| 14:49 | 5 | **THE COURT:**  "SURGE HAS NOW REACHED 16 FEET ALONG THE |
| 14:49 | 6 | ST. BERNARD/CHALMETTE PROTECTION LEVEE." |
| 14:49 | 7 | **BY MR. O'DONNELL:** |
| 14:49 | 8 | **Q.**   DID YOU WRITE PAGES 48 TO 53 YOURSELF? |
| 14:50 | 9 | **A.**   I DID.  THEY WERE PART OF AN EARLIER REPORT, BUT I AM |
| 14:50 | 10 | RESPONSIBLE FOR WRITING THAT. |
| 14:50 | 11 | **Q.**   LET'S GO TO PAGE 53 OF YOUR REPORT, PX-1540.  LET'S BLOW |
| 14:50 | 12 | IT UP.  LET'S MAKE IT YELLOW WHEN I READ IT: |
| 14:50 | 13 | "ADJACENT TO THE LEVEES ALONG THE MRGO, MAXIMUM |
| 14:50 | 14 | COMPUTED WATER LEVELS ARE 16 TO 17 FEET." |
| 14:50 | 15 | **A.**   OKAY. |
| 14:50 | 16 | **Q.**   THAT'S WHAT YOU WROTE. |
| 14:50 | 17 | **A.**   ALL RIGHT.  SO IF I MAY EXPLAIN THAT? |
| 14:50 | 18 | **Q.**   SURE, EXPLAIN IT. |
| 14:50 | 19 | **A.**   AS WE KNOW, WE USE THE SL15 V3 MODEL IN THE FIGURES THAT |
| 14:50 | 20 | DESCRIBED THE BROAD-BASED DEVELOPMENT OF SURGE IN THE REGION. |
| 14:51 | 21 | AND AS WE ALSO KNOW, IF YOU COMPARE THE SL15 V3 TO THE H1 MODEL |
| 14:51 | 22 | THAT WAS USED FOR THE STUDY, THE H1 MODEL HAS A SURGE ABOUT |
| 14:51 | 23 | 6 INCHES OR 7 INCHES LOWER THAN THE SL15 V3 MODEL.  THE REASON |
| 14:51 | 24 | IT DOES SO IS THAT WE HAD TO CHANGE THE TOPOGRAPHY IN THE |
| 14:51 | 25 | WETLANDS TO ACCOMMODATE WHAT THE -- TO IMPROVE THE ACCURACY OF |

14:51  1   THE WETLANDS TO ACCOMMODATE THE WETLAND CHANGES; I.E., THE USGS

14:51  2   FOLKS TOLD US THAT WE NEEDED TO START DEFINING TOPOGRAPHY IN

14:51  3   THE MARSHES BASED ON THE MARSH TYPE OR WETLAND TYPE INSTEAD OF

14:51  4   USING THE LIDAR.  THAT'S WHAT WE DID.

14:51  5        THIS CAUSED -- AND I ALSO DISCUSSED THIS, I BELIEVE,

14:51  6   IN MY TESTIMONY.  THIS CAUSED THERE TO BE -- I GUESS IT WAS

14:51  7   STRICKEN FROM THE RECORD BECAUSE I THINK YOU OBJECTED, IF I

14:52  8   RECALL CORRECTLY.  BUT WHAT WE WOULD HAVE SEEN IS THE SURGE IN

14:52  9   THAT PLAQUEMINES PARISH AREA JUST DOESN'T BUILD UP QUITE AS

14:52  10  HIGH, ABOUT A HALF OR FOOT OR SO LESS HIGH THAN IT WAS IN THE

14:52  11  SL15 V3 MODEL.

14:52  12        THAT SURGE ACTUALLY PROPAGATES NORTH ACROSS THE

14:52  13  BILOXI MARSH AND TOWARDS MISSISSIPPI.  THAT CAUSED A LITTLE BIT

14:52  14  OF LOWERING IN THE RESULTS THAT WE SEE IN THIS -- THAT WE

14:52  15  WERE -- HAD BEEN SHOWING.

14:52  16  Q.  ON PAGE 53, WHAT YOU SAID YOU WROTE AND YOU OWNED, YOU

14:52  17  TOLD THE COURT IN THIS REPORT:

14:52  18        "ADJACENT TO THE LEVEES ALONG THE MRGO, MAXIMUM

14:52  19  COMPUTED WATER LEVELS ARE 16 TO 17 FEET."

14:52  20        "YES" OR "NO"?

14:52  21  A.  OR BETWEEN 16 AND 17 FEET.  AND IF WE LOOK AT YOUR PAGE

14:52  22  3 --

14:52  23        MR. O'DONNELL:  I OBJECT, YOUR HONOR.  I LET HIM

14:52  24  EXPLAIN FOR THREE MINUTES.  HE'S ALREADY EXPLAINED IT.

14:52  25        THE COURT:  I THINK HE HAS.  ARE WE ONTO A NEW

FINAL DAILY COPY

14:53    1    QUESTION?

14:53    2           **MR. O'DONNELL:**  YES, I AM.  I THINK IT'S OBVIOUS WHAT

14:53    3    HE WROTE.  I'LL MOVE ON, YOUR HONOR.

14:53    4           **THE COURT:**  I SEE WHAT HE WROTE.

14:53    5    **BY MR. O'DONNELL:**

14:53    6    **Q.**   NOW, YOUR IHNC MODELING SHOWS TWO PEAKS OR BUMPS; CORRECT?

14:53    7    **A.**   IT DOES.

14:53    8    **Q.**   LET'S GO TO SLIDE 11.  THIS IS FIGURE 192 FROM YOUR

14:53    9    REPORT.  THE ONLY CHANGE IS WE PUT IN THE TIMES.  DO YOU SEE

14:53   10    THAT?

14:53   11    **A.**   (NO RESPONSE)

14:53   12    **Q.**   DO YOU SEE THAT, SIR?

14:53   13    **A.**   YES, I DO.

14:53   14    **Q.**   NOW, YOU HAVE YOUR FIRST PEAK AT AROUND 6:30.  YOU SAID

14:53   15    THERE MAY BE A FEW MINUTES?

14:53   16           **THE COURT:**  THE COURT WELL UNDERSTANDS THE DAYLIGHT

14:54   17    SAVINGS TIME, THE GREENWICH TIME EXPLANATION, SO WE DON'T HAVE

14:54   18    TO -- I DON'T WANT ANYBODY TO THINK I'M APPREHENSIVE ABOUT

14:54   19    THIS.

14:54   20           **MR. O'DONNELL:**  OR THE COMPETING VIEW OF THE

14:54   21    PLAINTIFFS, I'M SURE.

14:54   22           **THE COURT:**  I UNDERSTAND.

14:54   23    **BY MR. O'DONNELL:**

14:54   24    **Q.**   YOU'VE GOT APPROXIMATELY, USING THE TIME INTERVAL THE

14:54   25    JUDGE TALKED ABOUT, ABOUT 11:00 IN THE MORNING FOR YOUR SECOND

14:54     1   BUMP, HUMP, OR PEAK; RIGHT?

14:54     2   **A.**   THAT'S INCORRECT.  I LOOKED THAT UP.  WITHOUT GOING TO

14:54     3   SUMMERTIME, IT WOULD BE AROUND 11:35.  IT'S AROUND 12:35 IN

14:54     4   SUMMERTIME.

14:54     5   **Q.**   AS DEPICTED HERE, YOU'VE GOT IT 11:00 OR 11:30, WHATEVER

14:54     6   YOU WANT TO SAY; RIGHT?

14:54     7   **A.**   ACTUALLY, IT'S 11:35 AS DEPICTED HERE.

14:54     8   **Q.**   OKAY.  FINE.  NOW, LET'S LOOK AT SLIDE 10.  DO YOU SEE

14:54     9   THAT?  LET'S LOOK AT THE GAUGE MASTER LINE WITH THE TRIANGLES.

14:55    10   DO YOU FIND ANYWHERE IN THAT RECORDING BY THE IHNC GAUGE ANY

14:55    11   HUMP OR BUMP OR PEAK?

14:55    12   **A.**   NO.  THERE'S A LITTLE BIT -- ACTUALLY, IN LOOKING AT IT

14:55    13   NOW, THERE'S A LITTLE BIT OF A BUMP THERE.

14:55    14   **Q.**   THAT'S BECAUSE THE TIDE'S COMING IN, ISN'T IT?

14:55    15   **A.**   NO.

14:55    16   **Q.**   DO YOU KNOW WHEN HIGH TIDE WAS ON THAT MORNING?

14:55    17   **A.**   I HAVE NOT LOOKED IT UP, BUT TIDES ARE NOT APPARENT,

14:55    18   TYPICALLY, IN THE SURGES LIKE THIS.

14:55    19   **Q.**   IS IT YOUR TESTIMONY THAT IF, HYPOTHETICALLY, THE HIGH

14:55    20   TIDE WAS AROUND NOON OR SO THAT DAY THAT IT COULD NOT HAVE A

14:55    21   LITTLE BUMP EFFECT?

14:55    22   **A.**   WE CERTAINLY DON'T SEE THAT IN THE MODELING.  THE ADCIRC

14:55    23   REPRESENTS THE TIDES QUITE NICELY.

14:56    24   **Q.**   I'M NOT ASKING ABOUT THE MODELING WORLD.  I'M ASKING IN

14:56    25   THE REAL WORLD, IF THE TIDE IS COMING IN, THE HIGH TIDE FROM

14:56   1   LAKE PONTCHARTRAIN, COULD IT NOT CAUSE A LITTLE HUMP OR BUMP OR

14:56   2   PEAK?

14:56   3   **A.**   WELL, IT WOULD HAVE TO BE ON THE ORDER OF INCHES BECAUSE

14:56   4   THE TIDES IN LAKE PONTCHARTRAIN ARE ON THE ORDER OF INCHES.

14:56   5   **Q.**   THIS IS A HURRICANE.

14:56   6   **A.**   YES.

14:56   7         **MR. O'DONNELL:**  YOUR HONOR, I DON'T KNOW IF WE'RE

14:56   8   GOING TO BREAK?  THIS IS A GOOD TIME FOR A BREAK.  I'LL FINISH

14:56   9   IN THE SECOND INTERVAL.

14:56   10        **THE COURT:**  YOU DON'T NEED TO GIVE ME A DEFINITIVE

14:56   11  ANSWER BECAUSE YOUR TEAM MAY STILL BE CONTEMPLATING IT, BUT DO

14:56   12  YOU ANTICIPATE ANY REBUTTAL, JUST FOR PLANNING FOR OUR

14:56   13  PURPOSES?

14:56   14        **MR. O'DONNELL:**  NO, WE'RE NOT PLANNING ANY REBUTTAL,

14:56   15  I DON'T THINK.

14:56   16        **MR. BRUNO:**  NO.

14:56   17        **THE COURT:**  THIS IS NOT WRITTEN IN STONE.  IT'S

14:57   18  POSSIBLE YOU WON'T HAVE REBUTTAL?

14:57   19        **MR. O'DONNELL:**  WE'RE REALLY TRYING TO GET WITHIN THE

14:57   20  THREE HOURS WE PROMISED YOU.  I'M GOING TO COME CLOSE TO IT, I

14:57   21  HOPE.  WE MAY HAVE A FEW DOCUMENTS TO OFFER AS REBUTTAL, BUT

14:57   22  NOT TESTIMONY.  OUR GOAL IS THAT EVERYBODY'S GOING TO GO HOME

14:57   23  TODAY.  I'M GOING TO GET THERE.

14:57   24        **THE COURT:**  I'M SURE NOBODY'S GOING TO FIGHT ABOUT

14:57   25  THAT.  WE'LL TAKE A TEN-MINUTE RECESS.

| 14:57 | 1 | **THE DEPUTY CLERK:**  ALL RISE. |
| 14:57 | 2 | (WHEREUPON THE COURT TOOK A BRIEF RECESS.) |
| 15:05 | 3 | **THE DEPUTY CLERK:**  ALL RISE, PLEASE. |
| 15:16 | 4 | COURT IS IN SESSION.  PLEASE BE SEATED. |
| 15:16 | 5 | **THE COURT:**  TAKE YOUR TIME, DR. WESTERINK.  PLEASE |
| 15:16 | 6 | DON'T TRIP OVER THE MANY WIRES WE HAVE. |
| 15:16 | 7 | **MR. O'DONNELL:**  I HAD A FAIR AMOUNT MORE, BUT I THINK |
| 15:16 | 8 | I MADE MY POINT.  I HAVE ONE MORE QUESTION. |
| 15:16 | 9 | BY MR. O'DONNELL: |
| 15:16 | 10 | **Q.**   DR. VRIJLING [*SIC*], IT IS A FACT, IS IT NOT, SIR -- |
| 15:17 | 11 | **THE COURT:**  NOT DR. VRIJLING. |
| 15:17 | 12 | **MR. O'DONNELL:**  I'M SORRY.  YOUR HONOR, I'M ENDING MY |
| 15:17 | 13 | FIFTH MONTH OF TRIALS RIGHT NOW. |
| 15:17 | 14 | **THE COURT:**  YOU'RE CERTAINLY ENTITLED TO THAT. |
| 15:17 | 15 | **MR. O'DONNELL:**  I APOLOGIZE. |
| 15:17 | 16 | **THE WITNESS:**  I'M ALSO DUTCH, SO I CAN UNDERSTAND IT. |
| 15:17 | 17 | BY MR. O'DONNELL: |
| 15:17 | 18 | **Q.**   DR. WESTERINK, ONE LAST QUESTION:  IT IS A FACT, IS IT |
| 15:17 | 19 | NOT, SIR, THAT NOT A SINGLE DEFENSE EXPERT IN THIS CASE RELIED |
| 15:17 | 20 | ON YOUR DATA AS GENERATED? |
| 15:17 | 21 | **A.**   THAT IS INCORRECT. |
| 15:17 | 22 | **MR. O'DONNELL:**  NO FURTHER QUESTIONS, YOUR HONOR. |
| 15:17 | 23 | **THE COURT:**  I'M GOING TO LET HIM EXPLAIN IT. |
| 15:17 | 24 | **THE WITNESS:**  BASICALLY, WE GAVE THE H1 BASE |
| 15:17 | 25 | HYDROGRAPHS TO ALL THE DEFENDANTS' EXPERTS IN NOVEMBER, AND |

```
15:17   1    THAT'S WHAT THEIR RESULTS ARE ALL BASED ON.
15:17   2            MR. O'DONNELL:  I'LL STAND ON THE RECORD.  THANK YOU,
15:17   3    YOUR HONOR.
15:18   4            THE COURT:  THANK YOU, SIR.
15:18   5                MR. SMITH.
15:18   6            MR. SMITH:  MR. O'DONNELL SURPRISED ME AS MUCH AS HE
15:18   7    DID YOUR HONOR.  THAT'S WHY WE WERE OUT IN THE OTHER ROOM
15:18   8    TRYING TO --
15:18   9            THE COURT:  I CAN IMAGINE.  I'M PRETTY MUCH SURPRISED
15:18   10   AS WELL.
15:18   11           MR. SMITH:  SINCE I'M UP HERE ON SHORT NOTICE, I
15:18   12   GUESS MY REDIRECT WILL BE SHORT.
15:18   13           MR. O'DONNELL:  THAT'S WHY I DID IT.
15:18   14           MR. SMITH:  WE ALL BENEFIT FROM THIS IN ONE WAY OR
15:18   15   ANOTHER.
15:18   16                    REDIRECT EXAMINATION
23:59   17   BY MR. SMITH:
15:18   18   Q.  I JUST HAVE A FEW QUESTIONS, DR. WESTERINK.  MR. O'DONNELL
15:18   19   ASKED YOU ABOUT THE SERIES OF FIGURES THAT YOU PRODUCED IN THE
15:18   20   LAST WEEK AND WE USED THEM AS DEMONSTRATIVES IN THIS CASE.
15:18   21   THOSE FIGURES, THOSE DEMONSTRATIVES THAT WE USED, WERE THEY
15:18   22   GENERATED USING THE SAME DATA SET THAT YOU FURNISHED TO
15:18   23   MR. EBERSOLE AND TO DR. RESIO AND TO MR. FITZGERALD IN THIS
15:19   24   CASE?
15:19   25   A.  YES, THEY WERE.  THEY WERE ALL FROM THE H1 RUN.
```

15:19   1   **Q.**   IS THERE ANOTHER SET OF DATA THAT YOU PRODUCED TO THE

15:19   2   OTHER DEFENDANTS' EXPERTS IN THIS CASE OTHER THAN THE H1 DATA

15:19   3   SET?

15:19   4   **A.**   NO, THERE'S NOT.

15:19   5   **Q.**   YOU WERE TAKEN TO PAGE 38, I BELIEVE IT WAS, IN YOUR

15:19   6   REPORT.  I APOLOGIZE.  I BELIEVE IT'S PAGE 48 IN YOUR REPORT.

15:19   7   IN THE FIRST FULL PARAGRAPH ON PAGE 48, YOUR REPORT STATES:

15:19   8         "SURGE HAS NOW REACHED 16 FEET ALONG THE

15:19   9   ST. BERNARD/CHALMETTE PROTECTION LEVEE AND IS BEING DRIVEN

15:19   10   THROUGH THE GIWW, AND SURGE IS NOW BEING DRIVEN INTO THE IHNC

15:20   11   IN LAKE PONTCHARTRAIN."

15:20   12         CAN YOU EXPLAIN TO THE COURT, IF IT'S YOUR OPINION

15:20   13   THAT THE SURGE DID NOT REACH 16 FEET ALONG REACH 2 IN THE

15:20   14   MODEL, IN THE H1 MODEL THAT YOU SAY YOU RELIED UPON IN

15:20   15   PRODUCING YOUR REPORT --

15:20   16   **A.**   AGAIN, THE --

15:20   17   **Q.**   LET ME FINISH.  I HAVEN'T ASKED THE QUESTION YET.  IF YOU

15:20   18   RELIED ON THE H1 DATA SET, AS YOU'VE TESTIFIED PREVIOUSLY, OR

15:20   19   AS THE BASIS FOR YOUR OPINIONS IN THIS CASE, WHY DOES THIS

15:20   20   STATEMENT APPEAR IN YOUR REPORT?

15:20   21   **A.**   AGAIN, THE PICTURES THAT ARE THE FIGURES THAT ARE BEING

15:20   22   DESCRIBED WERE FROM THE SL15 V3 THAT I HAD IN THE TEXT, AND SO

15:21   23   I USED THOSE TO PUT THE NUMBERS ON.  THE CONTOUR LINES WENT UP

15:21   24   TO AROUND 16 THERE -- A LITTLE BIT ABOVE 16, IN FACT -- VERSUS

15:21   25   THE H1 RUN WENT A LITTLE BIT UNDER 15, AS HAS BEEN POINTED, OR

15:21   1   A LITTLE BIT -- 15.7 OR SO, A LITTLE BIT UNDER 16.  SO THAT'S

15:21   2   WHY THAT NUMBER IS THERE.

15:21   3   Q.   IN COMPILING THIS REPORT, YOU'VE PREVIOUSLY TESTIFIED THAT

15:21   4   YOU USED A PREVIOUS REPORT THAT YOU PRODUCED FOR FEMA?

15:21   5   A.   THAT'S CORRECT.  ONLY PART OF IT.

15:21   6   Q.   ONLY PART OF IT.  IS THIS A PART OF THE REPORT THAT YOU

15:21   7   USED FEMA AS A TEMPLATE?

15:21   8   A.   IT IS.  AND ESSENTIALLY IT WAS A GENERAL DESCRIPTION OF

15:21   9   THE STORM IN TERMS OF HOW REGIONALLY IT SETS UP AND EVOLVES AND

15:21   10  DEVELOPS.  FOR ALL THE SL15 MODELS, THAT'S PRETTY MUCH THE

15:21   11  SAME.  IT TURNS OUT THERE WAS A SLIGHT LOWERING OF WATER LEVELS

15:21   12  IN THE H1 MODEL DUE TO THE RECONFIGURATION OF THE MARSHES.

15:22   13  Q.   WHY DOES YOUR REPORT NOT REFLECT THAT LOWERING ON THIS

15:22   14  PAGE?

15:22   15  A.   BECAUSE THE WRONG FIGURES WERE LEFT IN THE REPORT AND I

15:22   16  USED THOSE FIGURES TO GO THROUGH THE NUMBERS.  WHEN I CHECKED

15:22   17  THE NUMBERS, THEY MATCHED, AND THAT'S WHY IT'S THERE.

15:22   18  Q.   WAS THIS MISTAKE POINTED OUT TO YOU DURING YOUR DEPOSITION

15:22   19  THAT WAS TAKEN IN JANUARY OF THIS YEAR?

15:22   20  A.   IT WAS.  WE EXTENSIVELY DISCUSSED WHY IT MIGHT BE.  I WAS

15:22   21  ASKED WHETHER IT WAS PART OF THE IPET REPORT.  I SAID IT WAS

15:22   22  DEFINITELY AN SL15 MODEL, BUT A SOMEWHAT EARLIER ONE.

15:22   23  Q.   DID YOU DIFFERENTIATE THAT RUN FROM WHAT YOU DESCRIBED AS

15:22   24  THE DOJ RUN?

15:22   25  A.   I BELIEVE I DID AND POINTED OUT THAT THE MAXIMUM CONTOUR

| | | |
|---|---|---|
| 15:22 | 1 | MAPS FOR THE SPECIFIC STUDY REGION CORRESPONDED TO THE H1 RUN |
| 15:22 | 2 | AND ALL THE -- AND, OF COURSE, ALL THE -- |
| 15:22 | 3 | Q.   WAS IT WHAT YOU HAVE DESCRIBED AS THE DOJ RUN WAS THE DATA |
| 15:23 | 4 | THAT WAS PROVIDED TO THE PLAINTIFFS IN THIS CASE AND TO THE |
| 15:23 | 5 | OTHER DEFENSE EXPERTS IN THIS CASE? |
| 15:23 | 6 | A.   IT WAS. |
| 15:23 | 7 | Q.   THERE'S BEEN SOME TALK ABOUT TIMING OF PEAK SURGES, AND |
| 15:23 | 8 | PARTICULARLY THERE'S BEEN A FOCUS ON THE TIMING OF SURGE IN THE |
| 15:23 | 9 | INNER HARBOR NAVIGATION CANAL.  DR. WESTERINK, WHO'S EARLIER IN |
| 15:23 | 10 | THE ARRIVAL OF THE SURGE IN THE INNER HARBOR NAVIGATION CANAL, |
| 15:23 | 11 | YOU OR THE PLAINTIFFS' EXPERTS?  IF I COULD HAVE AN ANSWER TO |
| 15:23 | 12 | THE QUESTION.  WHO'S EARLIER, YOU OR THE PLAINTIFFS' EXPERTS? |
| 15:23 | 13 | A.   THE PLAINTIFFS. |
| 15:23 | 14 | Q.   WHY DO YOU SAY THAT? |
| 15:23 | 15 | A.   BECAUSE IF YOU LOOK AT THE RISING PART OF THE HYDROGRAPH, |
| 15:23 | 16 | THE FINEL MODEL IS -- AND THEY'RE QUITE SIMILAR, BUT THE FINEL |
| 15:24 | 17 | MODEL IS A LITTLE BIT EARLIER IN TERMS OF HIGH WATER ARRIVING |
| 15:24 | 18 | IN THE REGION. |
| 15:24 | 19 | Q.   IS THAT SHOWN IN FIGURE 303 THAT WE SHOWED THIS COURT |
| 15:24 | 20 | YESTERDAY? |
| 15:24 | 21 | A.   IT IS. |
| 15:24 | 22 | Q.   COULD WE SEE THAT TODAY.  WHERE DO YOU SEE THE FINEL SURGE |
| 15:24 | 23 | ARRIVING IN THE INNER HARBOR CANAL EARLIER THAN THE SURGE MODEL |
| 15:24 | 24 | BY ADCIRC? |
| 15:24 | 25 | A.   YOU CAN SEE IT RIGHT OVER IN HERE.  IT'S ARRIVING EARLIER. |

| | | |
|---|---|---|
| 15:24 | 1 | **Q.**   THE GREEN LINE IS TO THE LEFT OF THE BLACK LINE, WHICH |
| 15:24 | 2 | REPRESENTS THE UNSCALED ADCIRC RESULTS? |
| 15:24 | 3 | **A.**   THAT'S CORRECT. |
| 15:24 | 4 | **Q.**   THE GREEN LINE IS TO THE LEFT OF THE BROKEN RED LINE, |
| 15:24 | 5 | WHICH REPRESENTS THE SCALED ADCIRC RESULTS? |
| 15:24 | 6 | **A.**   ONCE WE GO OVER ABOUT 9.5 FEET OR SO. |
| 15:24 | 7 | **Q.**   THEY'RE VERY CLOSE, AREN'T THEY, SIR? |
| 15:24 | 8 | **A.**   THEY ARE. |
| 15:24 | 9 | **Q.**   IN FACT, THE ONLY WAY TO SEE THAT THE DELFT SURGE IS |
| 15:24 | 10 | DIFFERENT, IS LATER THAN YOUR SURGE, IS BY SIMPLY IGNORING THAT |
| 15:25 | 11 | AND LOOKING AT THE PEAK SURGE; ISN'T THAT CORRECT? |
| 15:25 | 12 | **A.**   THAT'S CORRECT. |
| 15:25 | 13 | **Q.**   WHY IS THE PEAK IN THE DELFT MODEL LATER THAN THE PEAK IN |
| 15:25 | 14 | THE ADCIRC MODEL IF IT ARRIVES FIRST? |
| 15:25 | 15 | **A.**   IT COULD BE QUITE A FEW REASONS.  I DON'T HAVE THE EXACT |
| 15:25 | 16 | REASON, BUT IT CERTAINLY IS REFLECTED IN THE FACT THAT THE PEAK |
| 15:25 | 17 | CONTINUED TO INCREASE AND THE WATER LEVELS ARE QUITE A BIT |
| 15:25 | 18 | HIGHER. |
| 15:25 | 19 | **Q.**   IT'S THE FACT THAT THE SURGE CONTINUES TO RISE IN THE |
| 15:25 | 20 | DELFT MODEL AFTER THE ADCIRC HAS PEAKED THAT ACCOUNTS FOR THE |
| 15:25 | 21 | DELAY IN TIME BEFORE THAT PEAK IS REACHED; ISN'T THAT TRUE? |
| 15:25 | 22 | **A.**   I BELIEVE IT IS. |
| 15:25 | 23 | **Q.**   ISN'T IT TRUE THAT THE PEAK THAT YOU MODELED, NOT ONLY THE |
| 15:25 | 24 | SCALED MODEL BUT ALSO THE UNSCALED MODEL, MIRRORS FAR CLOSER |
| 15:25 | 25 | THE MEASURED DATA IN THE IHNC? |

15:25   1   **A.**   I BELIEVE IT DOES.

15:26   2   **Q.**   DR. WESTERINK, WHEN IT BEGAN -- THIS CASE HAS TAKEN MANY

15:26   3   TURNS ALONG ITS WAY, BUT WHEN THIS CASE BEGAN IT WAS ABOUT, IN

15:26   4   THE PLAINTIFFS' OWN WORDS, AN ADDITIONAL 3 FEET OF SURGE THAT

15:26   5   WAS GENERATED BY THE MISSISSIPPI RIVER GULF OUTLET, 3 FEET OF

15:26   6   SURGE THAT SUPPOSEDLY CAUSED THE FAILURE OF THE

15:26   7   LAKE PONTCHARTRAIN AND VICINITY HURRICANE PROTECTION LEVEES

15:26   8   ALONG REACH 2?

15:26   9           **MR. O'DONNELL:**  OBJECT, YOUR HONOR:  OUTSIDE OF HIS

15:26   10  REPORT.  COMMENTING ON WHAT THE PLAINTIFFS' VIEW WAS THREE

15:26   11  YEARS AGO BEFORE DISCOVERY, OR TWO YEARS AGO, IS INAPPROPRIATE

15:26   12  AND IT'S NOT IN HIS REPORT.

15:26   13          **THE COURT:**  COUNSEL, DO YOU WANT TO RESPOND?

15:26   14          **MR. SMITH:**  I THINK IT WAS EARLIER THIS YEAR THAT

15:26   15  MR. O'DONNELL SAID 3 FEET, BUT I'LL WITHDRAW THE QUESTION,

15:26   16  YOUR HONOR.

15:27   17          **THE COURT:**  I'M SURE I'LL BE SEEING IT AGAIN IN

15:27   18  WRITTEN FORM.

15:27   19  **BY MR. SMITH:**

15:27   20  **Q.**   DR. WESTERINK, I'D JUST LIKE TO CONCLUDE BY TALKING ABOUT

15:27   21  AN AREA IN WHICH YOU AND THE PLAINTIFFS' OWN SURGE MODELERS DO

15:27   22  AGREE, AND THAT'S WITH RESPECT TO THE INFLUENCE OF MRGO ON

15:27   23  SURGE.

15:27   24          I'D LIKE FOR US TO LOOK AT A JOINT EXHIBIT THAT'S

15:27   25  BEEN SUBMITTED BY THE PARTIES.  IT'S A DECLARATION THAT WAS

15:27   1   SIGNED NOT ONLY BY PROFESSOR VRIJLING, BUT ALSO BY ALL OF HIS

15:27   2   COLLEAGUES AT DELFT UNIVERSITY, THE ONES WHO ACTUALLY DID THE

15:27   3   MODELING THAT THE PLAINTIFFS HAVE RELIED UPON.  THAT'S JX-282.

15:27   4          I'D LIKE US TO TURN TO THE THIRD PAGE, IF WE CAN, IN

15:27   5   THAT DECLARATION, TO THE FIRST FULL PARAGRAPH UNDER THE FIGURE

15:27   6   WHICH DESCRIBES AND COMPARES THE VARIOUS SCENARIOS THAT THE

15:27   7   PLAINTIFFS' EXPERTS MODELED -- AND THAT YOU MODELED,

15:28   8   DR. WESTERINK -- AND READ WHAT THEY SAID THERE:

15:28   9          "DR. WESTERINK, 2008, USES THE MOST RECENT VERSION OF

15:28   10   THE ADCIRC MODEL, SL15, FOR HIS SIMULATIONS OF SIX SCENARIOS.

15:28   11   THE SCENARIOS H1, H3, H4, AND H6 ARE COMPARABLE TO OUR

15:28   12   SCENARIOS 1, 2C, 2A, AND 3, AND ADCIRC AND FINEL CAN BE

15:28   13   COMPARED.  ALTHOUGH WESTERINK'S RESULTS ARE DIFFERENT FROM OUR

15:28   14   RESULTS ON DETAILS, HIS MAIN FINDINGS ABOUT STORM SURGE AND THE

15:28   15   INFLUENCE OF THE MRGO ARE SIMILAR TO OURS.  THEREFORE, ONLY A

15:28   16   BRIEF REVIEW IS GIVEN."

15:28   17          DR. WESTERINK, IS IT ALSO YOUR OPINION THAT WHILE

15:28   18   THERE ARE DIFFERENCES IN DETAILS BETWEEN THE RESULTS OF THE

15:29   19   PLAINTIFFS' SURGE MODELING AND YOUR SURGE MODELING, THAT IN THE

15:29   20   MAIN -- THEIR CONCLUSIONS AND YOUR CONCLUSIONS, WITH RESPECT TO

15:29   21   THE INFLUENCE OF THE MRGO ON SURGE, ARE THE SAME?

15:29   22   A.   IT IS MY OPINION, YES.

15:29   23   Q.   TURNING TO THE NEXT PAGE, PAGE 4, IF WE COULD BLOW UP THE

15:29   24   SECOND PARAGRAPH ON THAT PAGE.

15:29   25          THERE'S BEEN SOME TALK ABOUT THE SCALING THAT

FINAL DAILY COPY

15:29    1   MR. EBERSOLE DID OF YOUR ADCIRC OUTPUT DATA AS THOUGH THAT WAS

15:29    2   SOMEHOW IMPROPER.  IT'S BEEN CALLED A CORRECTION OF YOUR

15:29    3   RESULTS.  I'D LIKE TO PROPOSE TO YOU THE PROPOSITION THAT

15:29    4   SCALING IS NOT SIMPLY SOMETHING THAT WAS DONE BY OUR EXPERTS

15:29    5   BUT BY THE PLAINTIFFS' EXPERTS AS WELL.  THEIR DUTCH EXPERTS

15:29    6   WRITE:

15:29    7           "ADCIRC USES THE INFLUENCE OF WAVE RADIATION STRESSES

15:30    8   ON THE WATER MOTION; FINEL DOES NOT.  BUT THE BOUNDARY

15:30    9   CONDITIONS IN FINEL ARE ADAPTED BY THE ROBINSON EXPERTS IN THE

15:30   10   USA TO MATCH THE OBSERVED HIGH WATER MARKS.  IMPLICITLY, ALSO

15:30   11   THE INFLUENCE OF WAVE RADIATION STRESSES ON THE PEAK SURGE

15:30   12   LEVELS ARE TAKEN INTO ACCOUNT THIS WAY."

15:30   13           DR. WESTERINK, IS THIS EVIDENCE THAT THE PLAINTIFFS

15:30   14   ALSO ADJUSTED THEIR MODELING IN ORDER TO MATCH THE OBSERVED

15:30   15   HIGH WATER MARKS AND OTHER AVAILABLE DATA THAT WAS OBTAINED

15:30   16   AFTER HURRICANE KATRINA?

15:30   17   **A.**   IT IS.  THEY DO IT AT THE BOUNDARIES, AND WE DO IT AT THE

15:30   18   LEVEES.

15:30   19   **Q.**   TURNING TO PAGE 8, WE TALKED ABOUT THE DIFFERENCES THAT

15:31   20   WERE CAUSED BY THE PRESENCE OF THE CHANNEL, BY ITS ENLARGEMENT,

15:31   21   AND BY CHANGES THAT OCCURRED IN THE WETLANDS AFTER THE

15:31   22   CONSTRUCTION OF THE MISSISSIPPI RIVER GULF OUTLET.

15:31   23           **THE COURT:**  DO YOU WANT IT UP?

15:31   24           **MR. SMITH:**  YES.  IF WE CAN HAVE PAGE 8, THE FOURTH

15:31   25   PARAGRAPH, PLEASE.

|       |    |                                                                              |
|-------|----|------------------------------------------------------------------------------|
|       | 1  | BY MR. SMITH:                                                                 |
| 15:31 | 2  | Q.   "BESIDES THESE ABSOLUTE DIFFERENCES IN MAXIMUM PEAK                      |
| 15:31 | 3  | ELEVATION BETWEEN ADCIRC AND FINEL, THE COMPARISON BETWEEN THE                |
| 15:31 | 4  | SCENARIOS (AND THUS THE INFLUENCE OF MRGO ON PEAK SURGE) IS                   |
| 15:31 | 5  | SIMILAR FOR ADCIRC AND FINEL."                                                |
| 15:31 | 6  | "COMPARING SCENARIO H1 AND H6" -- THAT'S REFERRING TO                         |
| 15:31 | 7  | THE DEFENDANTS, TWO OF YOUR SCENARIOS -- "WITH OUR SCENARIO 1                 |
| 15:31 | 8  | AND SCENARIO 3 SHOWS MAXIMAL 0.5-FOOT DIFFERENCE ON IHNC; SAME                |
| 15:32 | 9  | CONCLUSION FROM FINEL RESULTS."                                               |
| 15:32 | 10 | DOES THAT REFLECT THAT THE CHANGES THAT OCCURRED                              |
| 15:32 | 11 | AFTER CONSTRUCTION, AFTER DESIGN, AND APART FROM DESIGN AND                   |
| 15:32 | 12 | CONSTRUCTION IN REACH 1 OF THE MRGO MADE VERY LITTLE DIFFERENCE               |
| 15:32 | 13 | IN THE IHNC WATER LEVELS?                                                     |
| 15:32 | 14 | A.   IT DOES.                                                                 |
| 15:32 | 15 | Q.   THEY GO ON TO SAY:                                                       |
| 15:32 | 16 | "COMPARING SCENARIO H1 AND H3 (OUR SCENARIO 1 AND 2C)                         |
| 15:32 | 17 | SHOWS MAXIMAL 3.5-FOOT DIFFERENCE ON IHNC SOUTH; FINEL,                       |
| 15:32 | 18 | 3 FOOT."                                                                      |
| 15:32 | 19 | WOULD YOU AGREE THAT DIFFERENCE IS ALSO AS A RESULT                           |
| 15:32 | 20 | OF THE CONSTRUCTION OF THE MRGO AND THE ENLARGEMENT OF THE                    |
| 15:32 | 21 | CHANNEL FROM ITS PRE-MRGO GIWW DIMENSIONS?                                    |
| 15:32 | 22 | A.   IT IS.                                                                   |
| 15:33 | 23 | MR. O'DONNELL:  OBJECTION:  MOVE TO STRIKE.  THAT IS                          |
| 15:33 | 24 | NOT IN HIS REPORT, YOUR HONOR.  I'M SORRY.  IT'S ALSO OUTSIDE                 |
| 15:33 | 25 | THE SCOPE OF MY CROSS.                                                        |

FINAL DAILY COPY

15:33  1          **THE COURT:**  I'M NOT SURE I FOLLOW IT AS WELL.  WOULD

15:33  2   YOU MIND ASKING THE QUESTION AGAIN.

15:33  3          **MR. SMITH:**  I'LL WITHDRAW THAT QUESTION, YOUR HONOR.

15:33  4   **BY MR. SMITH:**

15:33  5   **Q.**   I WILL READ THE LAST BULLET POINT, WHICH SAYS:

15:33  6          "COMPARING SCENARIO H1 AND H3 (OUR SCENARIO 1 AND 2C)

15:33  7   SHOWS MAXIMAL 0 TO 0.5-FOOT DIFFERENCE ON MRGO; FINEL, 0.5 TO

15:33  8   1.5-FOOT."

15:33  9          WOULD YOU AGREE THAT THE PRESENCE OR ABSENCE OF THE

15:33  10  MRGO HAD VERY MINIMAL INFLUENCE ON SURGE LEVELS ALONG REACH 2

15:34  11  OF THE MRGO?

15:34  12  **A.**   I WOULD.

15:34  13  **Q.**   FINALLY, ON PAGE 11, THE PLAINTIFFS' EXPERTS STATE THIS AS

15:34  14  THEIR CONCLUSION:

15:34  15         "DR. WESTERINK DOES NOT QUESTION ANY OF OUR

15:34  16  CONCLUSIONS, AND WE DO NOT QUESTION HIS CONCLUSIONS EITHER.

15:34  17  ADCIRC IS AN OUTSTANDING MODEL TO GIVE INSIGHT IN THE FLOW

15:34  18  DYNAMICS IN AN INCREDIBLY LARGE AREA AS THE LOUISIANA COAST

15:34  19  WITH LARGE DETAIL.  THE RESULTS OF ADCIRC AND FINEL ARE

15:34  20  COMPARABLE, GIVING CONFIDENCE IN THE QUALITY OF BOTH.  THE

15:34  21  DIFFERENCES BETWEEN THE SCENARIOS, AND THUS THE INFLUENCE OF

15:34  22  THE MRGO ON THE STORM SURGE, ARE SIMILAR IN ADCIRC AND FINEL

15:35  23  RESULTS."

15:35  24         DR. WESTERINK, IS THAT AN OPINION THAT YOU ALSO HOLD?

15:35  25  **A.**   IT CERTAINLY IS.

15:35   1          **MR. SMITH:**  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

15:35   2          **THE COURT:**  THANK YOU, MR. SMITH.

15:35   3          **MR. O'DONNELL:**  YOUR HONOR, I HAVE A HOUSEKEEPING

15:35   4   MATTER.  I HAVE THE OBJECTIONS TO THE 350 THINGS.  I WANT TO

15:35   5   MARK IT AS PX-2188.  I THINK YOU SAID MR. SMITH COULD OBJECT TO

15:35   6   IT SOMETIME LATER.

15:35   7          **THE COURT:**  YES.  I WILL NOT LOOK AT THE DOCUMENTS

15:35   8   UNTIL I GET MR. SMITH'S CONCURRENCE OR REBUTTAL.

15:35   9          **MR. O'DONNELL:**  THANK YOU, YOUR HONOR.

15:35   10          **THE COURT:**  SPEAKING OF REBUTTAL, IS THERE ANY

15:35   11   REBUTTAL?

15:35   12          **MR. SMITH:**  THE DEFENSE RESTS.

15:35   13          **THE COURT:**  DO YOU HAVE ALL YOUR EXHIBITS?

15:35   14          **MR. SMITH:**  YES, YOUR HONOR.  I FORGOT I WAS TOLD TO

15:35   15   DO THAT.

15:35   16          **THE COURT:**  I DIDN'T MEAN TO RUSH YOU.

15:35   17          **MR. SMITH:**  THE DEFENSE WOULD LIKE TO MOVE IN ALL OF

15:36   18   THE EXHIBITS ON ITS AMENDED EXHIBIT LIST, WHICH IT WAS FILED

15:36   19   WITH THE COURT EARLIER TODAY.

15:36   20          **THE COURT:**  ANY OBJECTION?

15:36   21          **MR. BRUNO:**  I THINK WE'LL DO WHAT THE COURT HAS

15:36   22   INSTRUCTED US TO DO.  IF WE HAVE AN OBJECTION, WE WILL RAISE IT

15:36   23   IN OUR BRIEF.

15:36   24          **MR. SMITH:**  THAT'S ACCEPTABLE TO US.

15:36   25          **THE COURT:**  I ASSUME TO THE EXTENT THERE ARE ANY --

FINAL DAILY COPY

15:36   1   THAT THEY'RE DIFFERENT FROM ANYTHING THAT'S ADDED ON TO THE

15:36   2   EXHIBITS THAT YOU ORIGINALLY OBJECTED TO --

15:36   3              **MR. BRUNO:**  PRECISELY.

15:36   4              **THE COURT:**  SUBJECT TO THE RIGHT OF THE PLAINTIFFS TO

15:36   5   OBJECT TO ANYTHING THAT THEY DIDN'T HAVE AN OPPORTUNITY TO

15:36   6   OBJECT TO BEFORE, THEY'RE ADMITTED.

15:36   7              **MR. SMITH:**  THANK YOU, YOUR HONOR.  WE REST,

15:36   8   YOUR HONOR.

15:36   9              **THE COURT:**  THANK YOU, SIR.

15:36  10              **MR. BRUNO:**  YOUR HONOR, WE WOULD MOVE AT THIS TIME

15:37  11   INTO EVIDENCE PX-2187, WHICH IS SECTION 116(K) OF PUBLIC LAW

15:37  12   101-640, LAKE PONTCHARTRAIN, LOUISIANA, REPORT ON BENEFIT

15:37  13   STUDY.  YOU HAVE SEEN PORTIONS OF THIS DOCUMENT THROUGHOUT THE

15:37  14   TRIAL.  WE FELT LIKE WE WANTED TO GIVE YOU THE WHOLE DOCUMENT

15:37  15   FOR YOUR REFERENCE.

15:37  16              FINALLY, IN AN ABUNDANCE OF CAUTION, WE WOULD

15:37  17   MOVE FOR ADMISSION OF ALL OF THE NEW AND/OR ADDITIONAL EXHIBITS

15:37  18   THAT WERE NOT MOVED INTO EVIDENCE AT THE CLOSE OF OUR EVIDENCE

15:37  19   BUT WERE USED WITH OUR CROSS-EXAMINATION, WITH THE EXCEPTION OF

15:37  20   PX-2166, WHICH IS THE RESIO SUPPLEMENTAL REPORT, WHICH

15:37  21   YOUR HONOR HASN'T RULED ON.

15:37  22              YOUR HONOR, IT'S OUR PLAN TO FILE A SUPPLEMENTAL

15:37  23   EXHIBIT LIST ON MONDAY IN ORDER TO ASSURE YOUR HONOR THAT YOU

15:37  24   HAVE ONE COMPLETE LIST OF EVERYTHING.  WE'LL DELIVER A HARD

15:37  25   COPY TO THE COURT ON FRIDAY OR MONDAY, AT YOUR PLEASURE.  WE

15:38    1   WILL BE PROVIDING AN ELECTRONIC COPY OF ALL EXHIBITS, EXPERT

15:38    2   REPORTS, DEMONSTRATIVES ACTUALLY USED IN TRIAL, AND THE

15:38    3   30(B)(6) DEPOSITIONS ADMITTED IN TRIAL.

15:38    4               FINALLY, WITH CONSENT OF COUNSEL, WE HAVE

15:38    5   SUGGESTED THAT TO THE EXTENT THAT EITHER SIDE DISCOVERS THAT

15:38    6   THERE'S AN EXHIBIT OR A DOCUMENT THAT WE FAILED TO ADMIT, WE'LL

15:38    7   DO SO BY MOTION, ALLOWING OPPOSING PARTY TO OBJECT.

15:38    8        **THE COURT:**  CERTAINLY.  I UNDERSTAND THAT IN A CASE

15:38    9   OF THIS MAGNITUDE AND THE NUMBER OF EXHIBITS.  THE COURT WILL

15:38   10   CERTAINLY BE FLEXIBLE IN THAT REGARD.

15:38   11        **MR. BRUNO:**  FINALLY, WE WISH TO ADVISE YOUR HONOR

15:38   12   THAT WE HAVE NO REBUTTAL TESTIMONY.  I WOULD SUGGEST TO

15:38   13   YOUR HONOR THAT THIS WOULD CONCLUDE THE ORAL TESTIMONY IN THE

15:38   14   CASE, ALLOWING US, OF COURSE, THE OPPORTUNITY THAT YOU'VE

15:38   15   DISCUSSED TO BRIEF.

15:38   16             ON BEHALF OF ALL OF THE LAWYERS IN THIS CASE,

15:38   17   ALL THE LAWYERS ON THE OTHER SIDE, WE ARE SO GRATEFUL TO YOU

15:38   18   AND YOUR EXTREME PATIENCE BECAUSE THIS HAS BEEN AN UNUSUALLY

15:39   19   DIFFICULT PROCESS, ONE THAT I WISH WE COULD HAVE MADE FAR MORE

15:39   20   EASIER ON YOU AND YOUR COURT PERSONNEL.

15:39   21            IN ANY CASE, WE ALL THANK YOU FOR YOUR

15:39   22   DEDICATION, YOUR TIME, AND YOUR EFFORT AND THE EXTREME OPTIONS

15:39   23   THAT WE'VE HAD.  YOU'VE LISTENED TO ALL THE EVIDENCE, AND WE

15:39   24   THANK YOU VERY MUCH.

15:39   25        **THE COURT:**  WE'RE GOING TO HAVE BRIEFING.  WE'VE

| | | |
|---|---|---|
| 15:39 | 1 | ALREADY GOT A SCHEDULE, BUT I'D LIKE TO TALK TO THE ATTORNEYS A |
| 15:39 | 2 | BIT IN CHAMBERS, NOT FOR LONG -- YOU'VE SEEN ME LONG ENOUGH -- |
| 15:39 | 3 | JUST FOR A FEW MINUTES, AND ALL THE ATTORNEYS ARE CERTAINLY |
| 15:39 | 4 | WELCOME TO COME. |
| 15:39 | 5 | I WANT TO TELL YOU THAT, SPEAKING OF PATIENCE, |
| 15:39 | 6 | YOU KNOW, I'M THINKING ABOUT SOME OF THE JUDGES IN THIS |
| 15:39 | 7 | DISTRICT, JUST A COUPLE, WHO REALLY DO HAVE PATIENCE, AND I'VE |
| 15:39 | 8 | ALWAYS ENVIED THEM.  WE TRY.  WE DON'T ALWAYS SUCCEED. |
| 15:40 | 9 | GENETICALLY, PATIENCE WASN'T ONE OF THE MOST MAGNIFICENT THINGS |
| 15:40 | 10 | BESTOWED ON ME, BUT I WORK WITH WHAT I HAVE. |
| 15:40 | 11 | WITH THAT SAID, I WANT TO SAY THAT THIS CASE IS |
| 15:40 | 12 | OBVIOUSLY SIX PLAINTIFFS, BUT IT'S GOING TO HAVE AN EFFECT |
| 15:40 | 13 | CERTAINLY IN SOME SIGNIFICANT WAY ON A LOT OF PEOPLE AND |
| 15:40 | 14 | BUSINESSES.  THE COURT'S GOING TO LOOK AT THIS AND TRY TO |
| 15:40 | 15 | DIVINE WHAT IT CONSIDERS TO BE THE TRUTH AND THEN APPLY THAT |
| 15:40 | 16 | TRUTH TO THE LAW THAT I AM BY OATH BOUND TO FOLLOW. |
| 15:40 | 17 | SAYING THAT, WE'VE HAD SOME VERY SMART PEOPLE |
| 15:40 | 18 | TESTIFY HERE OVER THE LAST MONTH, AND THE COURT HAS BEEN VERY |
| 15:40 | 19 | IMPRESSED WITH THE CALIBER OF EXPERT WITNESS THAT IT HAS BEEN |
| 15:41 | 20 | MY PRIVILEGE TO HEAR.  UNFORTUNATELY, I'D LOVE TO HAVE MY OWN |
| 15:41 | 21 | EXPERT, BUT ONE REASON I DIDN'T DO THAT IS THERE'S A LOT OF |
| 15:41 | 22 | PROCEDURAL PROBLEMS WITH THAT.  AND, TWO, THEN THE EXPERT COULD |
| 15:41 | 23 | THEN MAYBE HAVE UNDUE INFLUENCE ON THE COURT, AND WE WOULD HAVE |
| 15:41 | 24 | TO GET AGREEMENT WITH ALL THE ATTORNEYS.  THE PERSON WOULD HAVE |
| 15:41 | 25 | TO NOT BE CONFLICTED, AND IT WOULD ALMOST BE IMPOSSIBLE, SO I |

```
15:41    1   DECIDED NOT TO DO THAT.

15:41    2              SO THIS POLITICAL SCIENCE MAJOR IS GOING TO HAVE

15:41    3   TO GO THROUGH THIS AND DO THE BEST JOB THAT I CAN, WHICH I WILL

15:41    4   DO.  I'M SURE THE BRIEFING WILL HELP.  THE EXHIBITS HAVE BEEN

15:41    5   EXCELLENT.  YOU'VE HANDLED THE EXHIBITS BEAUTIFULLY.  THE

15:41    6   LAWYERS HAVE BEEN SPIRITED, BUT BY AND LARGE VERY, VERY

15:41    7   COURTEOUS AND AT ALL TIMES PROFESSIONAL, WHICH I DO APPRECIATE,

15:41    8   AND EXTREMELY PREPARED.

15:41    9              PART OF THE COURT'S FRUSTRATION, FRANKLY, IS

15:42   10   GOING TO BE TRYING TO DISCERN WHAT ACTUALLY -- WHEN YOU MAKE

15:42   11   FINDINGS OF FACT, WHAT THE FACTS REALLY ARE.  THE LAW IS

15:42   12   SOMETHING WE CAN HANDLE, WE CAN BE WRONG ABOUT, BUT AT LEAST

15:42   13   WE'RE COMFORTABLE IN THAT AREA; NOT OMNISCIENT, BUT

15:42   14   COMFORTABLE.  WE'VE GOTTEN A LOT MORE COMFORTABLE, WITH OUR

15:42   15   PREPARATION, WITH THE SCIENCE.

15:42   16              I WANTED TO THANK YOU FOR DOING A VERY DIFFICULT

15:42   17   JOB.  ALL OF THE ATTORNEYS HAVE DONE A SIGNIFICANT PUBLIC

15:42   18   SERVICE BECAUSE, FRANKLY, THIS IS A MATTER THAT NEEDED TO BE

15:42   19   HEARD, HOWEVER IT COMES OUT.

15:42   20              WITH THAT, IF I COULD JUST HAVE A LITTLE BIT OF

15:42   21   YOUR TIME TO DISCUSS -- FRANKLY, WE'VE GOT THE BRIEFING

15:42   22   SCHEDULE.  WE'RE GOING TO HAVE A LITTLE DISCUSSION ABOUT THE

15:43   23   LENGTH OF THE BRIEFS, AND I'D LIKE TO JUST SIT AND TALK TO YOU

15:43   24   INFORMALLY ABOUT THAT.  WE ARE ADJOURNED SUBJECT TO MEETING IN

15:43   25   OUR CHAMBERS.  THANK YOU.
```

FINAL DAILY COPY

15:43    1              **THE DEPUTY CLERK:**  ALL RISE.

15:43    2              (WHEREUPON THE COURT WAS IN RECESS.)

15:43    3                          * * *

15:43    4                      <u>CERTIFICATE</u>

15:43    5          I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

15:43    6   REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT

15:43    7   OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE

15:43    8   AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND

15:43    9   UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE

15:43   10   ABOVE-ENTITLED AND NUMBERED MATTER.

15:43
15:43   11

15:43
15:43   12

15:43
15:43   13                              S/ TONI DOYLE TUSA
15:43                                   TONI DOYLE TUSA, CCR, FCRR
15:43   14                              OFFICIAL COURT REPORTER

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

                              FINAL DAILY COPY

**$**

$1.6 [1] 4085/11
$1.6 MILLION [1] 4085/11
$10,000 [1] 4101/22
$100,000 [1] 4101/20
$175,000 [1] 4084/20
$20 [1] 4087/9
$20 MILLION [1] 4087/9
$20,000 [1] 4101/24
$25,000 [1] 4101/24
$3.5 [1] 4084/17
$3.5 MILLION [1] 4084/17
$300,000 [1] 4101/20
$50,000 [2] 4101/20 4101/24

**-**

-6 [1] 4131/24
-60 [2] 4067/1 4067/4
-60 FEET [1] 4066/23
-70 [2] 4067/18 4067/19
-70 FEET [1] 4067/25

**.**

.6 [1] 4081/5

**0**

0.5 [1] 4152/7
0.5-FOOT [2] 4151/8 4152/7
0003 [1] 4081/17
0039 [1] 4081/23
0040 [1] 4082/2
0043 [1] 4081/17
0191 [1] 4081/18
0207 [1] 4081/18
0209 [1] 4081/23
0210 [1] 4081/4
0283 [1] 4081/18
0356 [1] 4081/17
0451 [1] 4081/18
0562 [1] 4081/18
06-CV-2268-K [1] 4062/5

**1**

1 INCHES [1] 4135/25
1-FOOT [1] 4134/12
1.5 [2] 4089/23 4089/24
1.5-FOOT [1] 4152/8
10 [2] 4128/18 4140/8
10.5 [2] 4115/14 4115/25
10.5 FEET [1] 4115/17
100 FEET [1] 4074/9
100-YEAR [2] 4092/20 4092/21
1000 [1] 4062/16
10022 [1] 4064/4
101-640 [1] 4154/12
1064 [1] 4081/18
11 [5] 4071/8 4071/13 4076/4 4139/8
4152/13
11 INCHES [1] 4135/22
1100 [1] 4063/3
1153 [1] 4081/4
116 [1] 4154/11
11:00 [2] 4139/25 4140/5
11:30 [1] 4140/5
11:35 [2] 4140/3 4140/7
12 [3] 4134/24 4135/1 4135/6
12-FOOT [1] 4134/25
12.5 [1] 4134/24
1205 [1] 4063/24
1261 [1] 4063/13
1265 [1] 4121/4
12:35 [1] 4140/3
13 [10] 4115/13 4115/16 4121/9 4122/18

4133/25 4134/22 4134/23 4134/24
4135/7 4135/8
13.5 [4] 4115/13 4115/16 4115/24
4134/24
1300 [2] 4066/15 4121/5
1366 [1] 4063/14
14 [9] 4062/7 4066/2 4068/20 4080/14
4133/24 4134/22 4135/6 4135/6 4136/8
14 FEET [1] 4136/7
14-FOOT [1] 4134/23
15 [13] 4066/5 4089/2 4122/18 4125/18
4128/17 4129/15 4133/15 4133/18
4133/24 4134/8 4135/7 4136/8 4144/25
15 FEET [5] 4133/1 4133/7 4133/19
4133/24 4135/22
15-FOOT [2] 4134/17 4135/22
15-MINUTE [3] 4128/25 4129/11
4129/25
15.5 [1] 4136/5
15.5-FOOT [1] 4135/24
15.7 [4] 4133/6 4134/1 4135/3 4145/1
15.7 FEET [1] 4133/2
1540 [4] 4083/12 4083/13 4120/14
4137/11
16 [19] 4134/4 4134/8 4134/8 4134/9
4134/10 4134/13 4134/14 4134/15
4135/16 4135/17 4135/20 4135/25
4136/11 4137/14 4138/19 4138/21
4144/24 4144/24 4145/1
16 FEET [7] 4135/20 4136/2 4136/17
4136/20 4137/5 4144/8 4144/13
16-FOOT [4] 4134/11 4135/23 4135/24
4136/1
17 FEET [4] 4136/11 4137/14 4138/19
4138/21
1719 [1] 4081/17
1810.13 [3] 4068/18 4068/20 4081/5
1810.19 [1] 4081/21
1851 [1] 4081/4
1877.1 [2] 4072/16 4081/5
1877.2 [1] 4074/2
1877.3 [1] 4074/20
1877.5 [1] 4075/13
1877.6 [2] 4072/3 4072/4
19 [3] 4062/10 4066/12 4066/15
192 [1] 4139/8
194 [1] 4121/21
194 AND [1] 4121/14
1972 [2] 4067/13 4068/10
1981 [2] 4069/16 4069/17
1988 [1] 4084/2

**2**

20 [3] 4084/4 4084/14 4084/20
2000 [1] 4087/11
20044 [1] 4064/18
2005 [11] 4068/22 4069/10 4070/1
4072/7 4075/23 4088/19 4096/5 4097/1
4097/6 4097/8 4097/10
2006 [1] 4087/11
2007 [3] 4086/8 4086/11 4101/21
2008 [5] 4084/2 4099/25 4101/22
4101/24 4149/9
2009 [3] 4062/7 4066/2 4080/14
2011 [1] 4085/11
204 [1] 4121/21
211 [1] 4124/13
2138.3 [2] 4070/16 4081/17
2166 [1] 4154/20
218 [2] 4133/9 4133/11
2183 [1] 4076/4
2187 [1] 4154/11
2188 [1] 4153/5

219 [1] 4134/16
22 [2] 4067/16 4067/20
244 [2] 4085/25 4086/5
245 [3] 4083/12 4083/14 4086/1
25 [1] 4074/4
261 [2] 4083/16 4083/17
2626 [1] 4063/24
2655 [1] 4063/10
28 [2] 4096/12 4096/14
282 [1] 4149/3
29 [4] 4070/1 4075/23 4124/3 4124/6
2A [1] 4149/12
2C [3] 4149/12 4151/16 4152/6

**3**

3 FEET [3] 4088/24 4148/5 4148/15
3 FOOT [1] 4151/18
3.5 [1] 4088/22
3.5 FEET [1] 4088/15
3.5-FOOT [1] 4151/17
30 [2] 4074/9 4155/3
303 [1] 4146/19
3102 [1] 4063/3
325 [1] 4064/4
33 [1] 4096/19
350 [11] 4096/9 4099/21 4105/18 4107/4
4108/24 4109/16 4110/5 4110/11
4110/12 4112/7 4153/4
350-SOME [1] 4082/8
36 FEET [1] 4068/6
3668 [1] 4063/7
38 [2] 4096/22 4144/5

**4**

40 FEET [2] 4066/24 4066/25
406 [1] 4064/20
42 [1] 4084/1
48 [4] 4137/3 4137/8 4144/6 4144/7
49 [1] 4136/14

**5**

50 [1] 4066/7
500 [2] 4063/6 4064/20
504 [1] 4064/21
519 [1] 4063/17
53 [3] 4137/8 4137/11 4138/16
550 [1] 4062/16
556 [1] 4063/6
57TH [1] 4064/4
589-7778 [1] 4064/21

**6**

6 INCHES [2] 4104/12 4137/23
60 [3] 4066/25 4067/1 4067/4
600 [1] 4064/7
601 [1] 4063/10
604 [1] 4064/7
610 [1] 4062/23
618 [1] 4063/20
640 [1] 4154/12
67 [1] 4116/16
6:00 [1] 4075/23
6:30 [4] 4122/5 4131/7 4132/6 4139/14
6:30 A.M [1] 4075/23
6:35 [2] 4122/8 4128/19
6:35 A.M [2] 4122/1 4122/6
6:45 [4] 4122/20 4122/25 4123/16
4128/19
6:45 A.M [1] 4122/16
6:48 [2] 4122/12 4123/12
6:48 A.M [3] 4122/10 4122/13 4122/17

**7**

7 INCHES [1] 4137/23

70 [2] 4067/18 4067/19
70 FEET [4] 4067/15 4068/6 4068/10
 4068/14
70113 [2] 4062/20 4062/23
70130 [3] 4063/10 4064/8 4064/21
70381 [1] 4063/25
70502 [1] 4063/7
70726 [1] 4063/17
70801 [1] 4063/21
70821 [1] 4063/14
72 [1] 4081/19
75219 [1] 4063/4
7778 [1] 4064/21
7:00 [1] 4135/4
7:00 AND [1] 4134/1
7:00 CENTRAL [1] 4133/13
7:30 [2] 4122/4 4132/7
7:35 [2] 4121/13 4122/2
7:45 [3] 4121/13 4122/15 4122/19

8

855 [1] 4062/19
888 [1] 4064/18
8:00 [2] 4135/4 4135/17
8:00 TO [1] 4134/1
8:20 [2] 4130/4 4131/3
8:45 [2] 4129/4 4129/17
8:45 A.M [1] 4125/19
8:50 [1] 4130/3

9

9.5 [1] 4147/6
90071 [1] 4062/16
98.20 [1] 4081/4
9:00 [3] 4125/3 4129/15 4129/19
9:00 A.M [2] 4124/17 4124/18
9:00 AT [1] 4129/3
9:00 TO [1] 4125/18
9:00 WOULD [1] 4129/16

A

A DUNE [1] 4098/21
A.M [11] 4075/23 4122/1 4122/6 4122/10
 4122/12 4122/13 4122/16 4122/17
 4124/17 4124/18 4125/19
ABILITY [2] 4093/22 4158/8
ABLE [6] 4089/25 4093/23 4093/24
 4112/17 4119/22 4128/11
ABOUT [87] 4066/5 4066/24 4069/18
 4072/17 4072/23 4075/4 4077/21
 4077/23 4077/24 4077/24 4078/6
 4078/17 4079/11 4079/12 4080/4 4084/7
 4084/7 4084/12 4084/14 4084/15
 4084/19 4084/20 4084/21 4084/23
 4085/2 4085/4 4087/25 4088/15 4088/24
 4090/6 4091/10 4093/13 4093/15
 4095/21 4097/16 4099/14 4099/21
 4099/22 4100/4 4101/23 4101/24
 4103/17 4108/11 4110/19 4111/7 4112/16
 4112/24 4113/20 4114/14 4118/20
 4120/8 4121/9 4121/13 4121/13 4122/4
 4123/19 4125/3 4125/18 4125/19 4127/7
 4129/4 4129/15 4131/7 4133/1 4133/2
 4133/6 4134/1 4135/3 4137/22 4138/10
 4139/18 4139/25 4139/25 4140/24
 4141/24 4143/19 4146/7 4147/6 4148/3
 4148/20 4149/14 4149/25 4150/19
 4156/6 4157/12 4157/22 4157/24
ABOVE [2] 4144/24 4158/10
ABOVE-ENTITLED [1] 4158/10
ABSENCE [1] 4152/9
ABSOLUTE [1] 4151/2

ABSOLUTELY [7] 4083/2 4087/23
 4088/20 4103/11 4135/3 4141/15 4151/23
ABUNDANCE [1] 4154/16
ACADEMY [1] 4079/15
ACCEPT [1] 4087/25
ACCEPTABLE [1] 4153/24
ACCEPTED [1] 4088/6
ACCIDENTALLY [1] 4132/2
ACCOMMODATE [2] 4137/25 4138/1
ACCORDING [4] 4071/9 4077/12
 4079/17 4084/24
ACCOUNT [2] 4131/25 4150/12
ACCOUNTS [1] 4147/20
ACCURACY [2] 4103/18 4137/25
ACCURATE [1] 4100/17
ACKNOWLEDGED [2] 4102/14 4102/25
ACROSS [2] 4094/3 4138/12
ACTION [1] 4079/22
ACTIVE [1] 4085/13
ACTIVITIES [1] 4086/1
ACTUAL [6] 4116/24 4116/24 4123/23
 4124/1 4127/2 4127/14
ACTUALLY [21] 4077/4 4085/23
 4086/16 4087/13 4087/15 4092/12
 4097/7 4100/11 4102/21 4105/24
 4106/24 4121/5 4122/4 4125/4 4126/5
 4138/12 4140/7 4140/12 4149/2 4155/2
 4157/10
ADAPTED [1] 4150/9
ADCIRC [40] 4087/4 4087/11 4087/13
 4087/19 4088/10 4089/2 4091/10
 4093/14 4094/15 4094/16 4094/17
 4098/1 4098/13 4099/5 4099/7 4099/7
 4099/8 4106/3 4113/22 4114/3 4114/6
 4114/15 4116/16 4118/13 4119/9
 4140/22 4146/24 4147/2 4147/5 4147/14
 4147/20 4149/10 4149/12 4150/1 4150/7
 4151/3 4151/5 4152/17 4152/19 4152/22
ADD [4] 4083/19 4085/2 4104/6 4113/17
ADDED [2] 4097/22 4154/1
ADDITIONAL [3] 4085/18 4148/4
 4154/17
ADDRESS [1] 4089/9
ADDRESSED [2] 4077/4 4089/3
ADJACENT [3] 4077/22 4137/13
 4138/18
ADJOURNED [1] 4157/24
ADJUSTED [1] 4150/14
ADJUSTMENT [2] 4094/8 4132/14
ADMISSION [1] 4154/17
ADMIT [3] 4090/6 4090/9 4155/6
ADMITTED [10] 4081/11 4082/4 4095/25
 4102/25 4103/20 4107/17 4111/7
 4113/18 4154/6 4155/3
ADVANCED [1] 4082/24
ADVANTAGES [1] 4098/10
ADVERSELY [2] 4113/2 4113/7
AFFECTED [2] 4113/2 4113/7
AFFECTS [1] 4114/24
AFFILIATIONS [1] 4086/2
AFTER [12] 4082/24 4103/14 4105/5
 4107/17 4108/2 4108/3 4109/13 4147/20
 4150/16 4151/24 4151/11 4151/11
AFTERNOON [4] 4062/10 4066/1
 4083/11 4087/25
AGAIN [18] 4071/10 4072/16 4075/25
 4077/9 4094/6 4106/17 4109/3 4114/4
 4119/22 4120/1 4126/9 4127/20 4134/18
 4134/19 4144/16 4144/21 4148/17
 4152/2
AGAINST [5] 4089/17 4090/1 4090/4
 4130/17 4133/1

AGO [10] 4099/22 4103/25 4105/13
 4124/6 4130/24 4133/5 4135/24 4135/24
 4135/16 4148/11 4148/11
AGREE [32] 4066/21 4069/24 4070/4
 4070/19 4071/6 4072/17 4072/22 4073/2
 4074/21 4074/25 4075/17 4075/22
 4077/25 4079/19 4079/20 4091/11
 4099/17 4108/12 4115/3 4115/23 4116/5
 4116/20 4116/22 4117/15 4118/23
 4119/1 4119/10 4119/15 4119/25
 4148/22 4151/19 4152/9
AGREED [1] 4112/24
AGREEMENT [1] 4156/24
AGREES [3] 4100/16 4116/2 4116/8
AHEAD [1] 4121/23
AID [1] 4109/20
AL [2] 4062/5 4062/7
ALL [62] 4066/3 4068/1 4069/21 4071/8
 4072/12 4074/5 4075/14 4075/21
 4076/12 4076/14 4080/19 4085/2 4085/7
 4085/9 4085/17 4093/9 4095/21 4104/5
 4105/7 4105/7 4105/11 4105/15 4107/6
 4111/1 4112/15 4112/19 4116/13
 4119/22 4125/24 4127/23 4128/1 4128/3
 4131/4 4131/17 4131/18 4131/18 4133/3
 4133/4 4137/17 4142/1 4142/3 4142/25
 4143/1 4143/14 4143/25 4145/10 4146/2
 4146/2 4149/1 4153/13 4153/17 4154/17
 4155/1 4155/16 4155/17 4155/21
 4155/23 4156/3 4156/24 4157/7 4157/17
 4158/1
ALL THE [1] 4146/2
ALLOTTED [1] 4109/9
ALLOW [3] 4095/5 4111/17 4118/1
ALLOWED [3] 4081/24 4089/12 4116/7
ALLOWING [2] 4155/7 4155/14
ALMOST [1] 4156/25
ALONE [1] 4123/13
ALONG [18] 4066/21 4067/7 4088/3
 4133/21 4134/4 4134/13 4135/3 4136/15
 4136/24 4136/25 4137/5 4137/13
 4138/18 4144/8 4144/13 4148/3 4148/8
 4152/10
ALPHA [2] 4091/12 4091/15
ALREADY [5] 4067/2 4067/7 4111/23
 4138/24 4156/1
ALSO [36] 4064/6 4067/4 4068/14
 4070/7 4071/6 4075/21 4079/20 4081/19
 4081/21 4085/21 4086/23 4090/22
 4093/6 4093/10 4095/1 4098/18 4099/5
 4105/1 4107/21 4109/3 4115/9 4120/6
 4128/8 4133/5 4136/21 4137/21 4138/5
 4142/16 4147/24 4149/1 4149/17
 4150/10 4150/14 4151/19 4151/24
 4152/24
ALTHOUGH [2] 4094/16 4149/13
ALWAYS [3] 4127/15 4156/8 4156/8
AM [11] 4079/16 4082/16 4092/8
 4092/17 4098/2 4101/16 4106/6 4132/25
 4137/9 4139/2 4156/16
AMENDED [1] 4153/18
AMERICA [2] 4062/7 4085/19
AMERICAN [1] 4086/17
AMIN [1] 4064/11
AMONG [1] 4098/16
AMOUNT [4] 4068/10 4068/15 4084/16
 4142/7
AMOUNTS [1] 4073/23
ANALYSIS [4] 4082/12 4100/11 4113/1
 4113/6
ANALYZE [1] 4078/5
ANALYZED [1] 4118/17
AND/OR [1] 4154/17

**A**

ANDRY [2] 4062/21 4062/22
ANGELES [1] 4062/16
ANNOTATED [1] 4123/7
ANNOTATED DR. WESTERINK'S [1] 4123/7
ANOMALIES [1] 4091/21
ANOMALOUS [1] 4093/18
ANOTHER [11] 4073/17 4073/22 4078/1 4104/18 4112/24 4120/9 4125/22 4127/17 4137/4 4143/15 4144/1
ANSWER [21] 4069/19 4079/5 4085/17 4087/22 4088/3 4088/5 4089/19 4094/7 4095/5 4095/16 4095/18 4102/23 4109/24 4115/8 4117/3 4126/7 4126/10 4126/12 4128/12 4141/11 4146/11
ANSWERED [1] 4111/23
ANTICIPATE [1] 4141/12
ANY [34] 4068/16 4073/5 4074/13 4074/16 4076/6 4078/17 4078/21 4078/24 4081/1 4082/4 4089/6 4089/13 4090/3 4090/25 4100/22 4105/18 4105/18 4108/23 4111/1 4113/1 4113/6 4117/6 4124/11 4124/14 4125/8 4128/3 4140/10 4141/12 4141/14 4152/15 4153/10 4153/20 4153/25 4155/21
ANYBODY [1] 4139/18
ANYONE [1] 4109/8
ANYTHING [2] 4154/1 4154/5
ANYWAY [1] 4075/12
ANYWHERE [3] 4089/23 4136/18 4140/10
APART [1] 4151/1
APOLOGIZE [6] 4066/12 4087/17 4122/18 4128/13 4142/15 4144/6
APPARENT [1] 4140/17
APPARENTLY [1] 4076/16
APPEAR [4] 4071/14 4074/9 4075/20 4144/20
APPEARANCES [3] 4062/13 4063/1 4064/1
APPEARS [9] 4066/24 4070/24 4071/11 4072/24 4073/2 4073/3 4074/18 4074/24 4106/8
APPLY [1] 4156/15
APPRECIATE [2] 4066/11 4157/7
APPREHENSIVE [1] 4139/18
APPRISED [1] 4079/22
APPROACHING [1] 4135/17
APPROPRIATE [2] 4077/19 4118/4
APPROXIMATELY [8] 4075/22 4087/7 4122/13 4122/25 4129/2 4129/17 4130/6 4139/24
APPROXIMATION [2] 4086/3 4126/15
ARCADIS [3] 4109/1 4109/5 4109/13
ARCHIVAL [1] 4107/12
ARCHIVED [2] 4105/25 4107/12
ARCHIVING [1] 4105/24
ARE [107]
ARE PLACES [1] 4073/10
AREA [17] 4067/10 4069/14 4069/15 4069/25 4070/7 4072/24 4075/2 4078/13 4089/22 4118/18 4122/3 4125/19 4132/20 4138/9 4148/21 4152/18 4157/13
AREAS [2] 4094/1 4114/20
AREN'T [2] 4085/19 4147/7
ARGUMENTATIVE [1] 4127/16
ARMY [16] 4067/13 4068/5 4084/5 4084/16 4085/8 4085/21 4086/2 4086/6 4086/10 4086/15 4086/24 4101/2

**B**

BACK [16] 4070/22 4072/10 4072/22 4073/1 4073/24 4076/11 4103/23 4103/25 4106/17 4118/17 4125/18 4125/21 4128/6 4128/15 4129/8 4129/24
BACK-SIDE [2] 4073/1 4073/24
BAD [2] 4086/18 4122/18
BAEZA [2] 4064/10 4081/12
BARON [1] 4063/2
BARONNE [2] 4062/19 4062/23
BASE [2] 4102/5 4142/24
BASED [7] 4105/15 4105/17 4123/4

AROUND [4] 4119/18 4125/6 4138/15
4140/3 4140/3 4140/20 4144/24
ARRANGE [2] 4104/16 4107/22
ARRIVAL [1] 4146/10
ARRIVES [1] 4147/14
ARRIVING [3] 4146/17 4146/23 4146/25
ARROW [1] 4124/16
AS [101]
ASCE [1] 4086/16
ASHLEY [1] 4064/6
ASK [18] 4069/13 4074/17 4075/17 4079/5 4079/11 4088/14 4091/10 4095/20 4100/22 4104/2 4104/6 4114/14 4117/15 4125/15 4126/19 4126/23 4128/5 4128/10
ASKED [9] 4078/24 4103/17 4108/5 4112/16 4116/8 4116/22 4143/19 4144/17 4145/21
ASKING [9] 4074/11 4075/8 4099/14 4113/13 4123/9 4130/7 4140/24 4140/24 4152/2
ASSESSMENT [2] 4071/17 4074/22
ASSISTED [3] 4108/21 4108/23 4110/10
ASSOCIATED [1] 4091/4
ASSOCIATES [2] 4062/15 4063/12
ASSOCIATIONS [1] 4086/1
ASSUME [11] 4082/25 4117/3 4117/18 4118/3 4118/12 4119/8 4126/18 4129/11 4130/8 4131/3 4153/25
ASSUMED [1] 4078/25
ASSUMING [4] 4119/14 4129/5 4131/4 4133/21
ASSUMPTION [2] 4117/7 4131/6
ASSURE [2] 4118/9 4154/23
AT [132]
ATTACK [4] 4071/16 4071/18 4071/22 4075/4 4075/4 4076/6
ATTACKED [1] 4074/14
ATTEMPTED [6] 4076/3 4076/5 4100/17 4113/17 4118/21 4119/4
ATTENTION [2] 4102/10 4112/6
ATTORNEYS [4] 4156/1 4156/3 4156/24 4157/17
AUGUST [4] 4070/1 4075/23 4124/3 4124/6
AUGUST 29 [4] 4070/1 4075/23 4124/3 4124/6
AUTHORIZE [1] 4068/5
AUTHORIZED [2] 4068/22 4069/6
AVAILABLE [2] 4105/5 4150/15
AVENUE [2] 4063/3 4063/17
AVERAGE [2] 4069/6 4084/20
AWARD [3] 4085/10 4085/11 4086/8
AWARDS [4] 4083/21 4084/5 4085/7 4085/9
AWARE [11] 4069/3 4069/21 4070/4 4070/7 4082/17 4092/6 4092/11 4092/15 4092/17 4097/25 4099/1
AWAY [3] 4107/19 4107/21 4134/18

4105/25 4107/12 4108/3 4108/21
4140/3 4140/3 4140/20 4144/24
ARRANGE [2] 4104/16 4107/22

BASALINE [1] 4089/20
BASICALLY [5] 4093/21 4105/11 4107/22 4133/22 4142/24
BASIN [1] 4104/21
BASIS [2] 4124/2 4144/19
BATHYMETRY [3] 4090/18 4091/8 4097/23
BATON [2] 4063/14 4063/21
BAYOU [47] 4067/14 4067/14 4068/1 4068/1 4068/13 4068/19 4069/14 4069/14 4069/24 4069/24 4070/18 4070/18 4071/7 4071/8 4071/11 4072/11 4072/16 4074/3 4075/14 4108/4 4120/17 4120/19 4120/21 4120/21 4120/22 4120/25 4121/6 4121/12 4122/6 4123/19 4125/19 4126/3 4126/5 4126/14 4126/22 4126/25 4127/14 4129/1 4129/4 4129/12 4129/17 4130/3 4130/9 4130/14 4130/24 4131/3 4132/6
BAYOU LA LOUTRE [1] 4120/17
BAYOUS [1] 4104/14
BE [88] 4066/4 4066/24 4067/20 4070/14 4071/14 4071/19 4072/20 4072/21 4072/25 4073/2 4073/3 4074/9 4074/24 4075/20 4076/8 4076/11 4076/15 4078/10 4078/22 4079/4 4080/19 4081/6 4081/11 4082/4 4089/23 4090/23 4092/5 4092/19 4093/1 4093/22 4093/23 4093/24 4094/1 4094/11 4096/11 4099/6 4100/17 4102/12 4104/14 4106/4 4107/25 4112/11 4113/2 4113/7 4115/13 4115/16 4115/24 4116/7 4116/25 4117/10 4117/10 4119/17 4119/22 4122/19 4123/2 4123/6 4123/13 4123/25 4125/8 4125/14 4126/17 4126/23 4128/3 4128/11 4128/11 4129/4 4130/8 4130/11 4132/1 4138/6 4139/15 4140/3 4141/3 4141/11 4142/4 4143/12 4145/20 4147/15 4148/17 4149/12 4155/1 4155/10 4156/15 4156/25 4156/25 4157/10 4157/12 4157/18
BE SUBLIMINALLY [1] 4112/11
BEA [3] 4074/9 4077/5 4077/15
BEA'S [1] 4075/3
BEAR [1] 4076/20
BEAUTIFULLY [1] 4157/5
BECAUSE [29] 4071/16 4071/19 4071/25 4073/17 4073/22 4078/25 4085/17 4092/17 4093/3 4101/6 4104/2 4117/10 4119/2 4119/21 4124/1 4128/21 4130/22 4131/16 4132/14 4132/21 4134/7 4138/7 4140/14 4141/3 4141/11 4145/15 4146/15 4155/18 4157/18
BECAUSE IF [1] 4132/21
BECAUSE WE [1] 4128/21
BEEN [34] 4066/17 4069/3 4074/14 4074/19 4082/20 4083/5 4084/16 4085/14 4091/23 4092/3 4092/23 4094/16 4094/24 4095/1 4101/17 4101/24 4104/25 4106/2 4116/23 4119/5 4124/10 4125/13 4138/15 4144/25 4146/7 4146/8 4148/25 4149/25 4150/2 4155/18 4156/18 4156/19 4157/4 4157/6
BEFORE [14] 4062/10 4068/25 4069/1 4072/13 4072/14 4080/23 4082/6 4101/1 4101/3 4109/13 4124/22 4147/21 4148/11 4154/6
BEGAN [2] 4148/2 4148/3
BEGET [1] 4127/24
BEGIN [4] 4082/6 4107/18 4128/18 4128/18
BEGINNING [2] 4091/18 4107/14

**B**

BEHALF [1] 4155/16
BEING [15] 4070/9 4083/14 4092/18
 4093/11 4099/5 4112/17 4116/8 4116/22
 4127/12 4130/16 4130/25 4136/21
 4144/9 4144/10 4144/21
BELIEVE [19] 4066/7 4074/16 4081/21
 4085/2 4088/8 4089/18 4095/10 4100/23
 4101/21 4119/11 4121/4 4124/12
 4124/20 4138/5 4144/5 4144/6 4145/25
 4147/22 4148/1
BELIEVED [1] 4096/4
BELOW [3] 4069/11 4074/3 4092/22
BENEFIT [2] 4143/14 4154/12
BENJAMIN [1] 4064/17
BERNARD [4] 4136/15 4136/24 4137/6
 4144/9
BESIDES [2] 4108/21 4151/2
BEST [7] 4090/11 4093/3 4099/12
 4115/10 4123/22 4157/3 4158/8
BESTOWED [1] 4156/10
BETA [5] 4091/13 4091/20 4092/1
 4092/7 4092/10
BETTER [7] 4079/4 4088/3 4093/25
 4093/25 4096/22 4115/1 4134/7
BETWEEN [34] 4069/14 4069/24 4070/8
 4070/18 4070/20 4071/6 4075/22
 4088/13 4096/15 4110/17 4118/13
 4120/3 4120/15 4126/21 4127/13 4129/1
 4129/12 4129/23 4130/1 4130/9 4130/19
 4130/22 4134/1 4134/8 4134/20 4134/22
 4134/23 4134/24 4135/3 4138/21
 4149/18 4151/3 4151/3 4152/21
BEYOND [4] 4078/20 4088/2 4094/7
 4095/14
BIENVENUE [11] 4067/14 4068/2
 4068/9 4068/21 4069/15 4069/25 4070/8
 4070/19 4071/8 4072/11 4075/14
BILLED [1] 4101/25
BILOXI [2] 4104/15 4138/13
BIT [17] 4072/8 4087/25 4091/17
 4104/23 4120/5 4126/23 4138/13
 4140/12 4140/13 4144/24 4144/25
 4145/1 4145/1 4146/17 4147/17 4156/2
 4157/20
BLACK [1] 4147/1
BLAMING [1] 4103/4
BLOCKER [2] 4107/24 4107/25
BLOW [3] 4086/5 4137/11 4149/23
BOARD [3] 4094/3 4112/12 4112/16
BORGNE [1] 4130/25
BORING [1] 4067/4
BORROW [2] 4067/20 4067/24
BOTH [4] 4070/4 4075/22 4087/20
 4152/20
BOTTOM [5] 4073/5 4075/19 4086/5
 4086/18 4090/24
BOULEVARD [1] 4063/24
BOUND [1] 4156/16
BOUNDARIES [1] 4150/17
BOUNDARY [5] 4067/3 4097/3 4098/4
 4098/5 4150/8
BOUNDS [1] 4151/25
BOX [5] 4063/7 4063/14 4063/24
 4064/18 4123/12
BOXES [2] 4123/5 4123/8
BRANCH [1] 4064/10
BRAND [1] 4105/13
BRAND-NEW [1] 4105/13
BREACH [15] 4069/25 4070/5 4071/2
 4071/4 4072/18 4073/14 4073/15
 4073/17 4073/22 4073/22 4074/21

4074/23 4075/12 4075/23 4076/4
 4076/6 4077/4 4077/9
BREACHES [12] 4067/10 4070/2 4071/8
 4071/10 4071/11 4075/18 4075/18
 4075/20 4075/25 4076/4 4076/5 4089/13
BREACHING [5] 4071/19 4071/25
 4073/2 4073/24 4074/15
BREAK [2] 4141/8 4141/8
BREAKING [1] 4114/19
BRENDAN [1] 4064/3
BRIEF [7] 4076/13 4104/10 4118/9
 4142/2 4149/16 4153/23 4155/15
BRIEFING [5] 4079/4 4117/8 4155/25
 4157/4 4157/21
BRIEFLY [1] 4157/23
BRIEFS [1] 4157/23
BRING [2] 4114/22 4114/23
BROAD [2] 4119/7 4137/20
BROAD-BASED [1] 4137/20
BROADENING [1] 4134/17
BROKE [1] 4073/19
BROKEN [1] 4147/4
BROUGHT [1] 4108/17
BRUCE [2] 4113/21
BRUNO [2] 4062/18 4062/18
BUCK [1] 4103/8
BUDD [2] 4063/2
BUDGET [2] 4117/24 4117/25
BUGS [1] 4091/21
BUILD [1] 4138/9
BUILT [2] 4088/8 4096/20
BULLET [1] 4152/5
BUMP [5] 4140/1 4140/11 4140/13
 4140/21 4141/1
BUMPS [1] 4139/6
BUNCH [2] 4135/10 4135/11
BUSINESS [1] 4093/20
BUSINESSES [1] 4156/14
BUSY [1] 4135/13
BUT [82] 4067/4 4067/20 4069/1 4070/3
 4070/15 4070/17 4070/25 4071/4
 4073/15 4074/8 4074/14 4077/10
 4077/16 4077/23 4079/4 4082/19
 4082/23 4084/7 4084/15 4084/19 4085/9
 4087/9 4088/8 4089/12 4089/24 4090/16
 4091/9 4095/1 4095/9 4099/5 4101/18
 4102/8 4104/1 4106/21 4107/2 4112/3
 4112/18 4113/9 4114/20 4114/23
 4114/24 4115/9 4117/14 4119/6 4120/22
 4122/2 4125/6 4127/4 4127/7 4129/19
 4129/25 4130/15 4131/20 4131/25
 4135/12 4135/17 4135/20 4136/7
 4136/12 4137/9 4138/8 4140/17 4141/11
 4141/21 4142/7 4145/22 4146/16
 4147/16 4147/24 4148/3 4148/15 4149/1
 4150/5 4150/8 4154/19 4156/1 4156/10
 4156/12 4156/21 4157/6 4157/12
 4157/13

**C**

CAERNARVON [1] 4066/22
CALCULATIONS [4] 4092/13 4092/14
 4093/5 4121/8
CALIBER [1] 4156/19
CALIBRATION [1] 4094/8
CALIFORNIA [1] 4062/16
CALL [7] 4066/6 4071/7 4074/23
 4074/25 4076/9 4079/3 4121/5
CALLED [8] 4071/19 4076/21 4088/10
 4096/5 4104/15 4105/6 4109/1 4150/2
CALLING [1] 4116/25
CALLS [1] 4132/24
CALVIN [1] 4063/16

CAME [6] 4067/25 4072/7 4075/7 4100/7
CAMERON [1] 4092/19
CAN [52] 4069/7 4070/16 4072/16
 4073/7 4074/2 4074/20 4077/16 4082/22
 4083/3 4089/22 4090/12 4093/4 4094/19
 4095/3 4098/10 4098/14 4098/18 4099/9
 4100/2 4100/15 4112/10 4113/10
 4113/14 4116/7 4116/19 4117/2 4117/3
 4117/7 4117/12 4117/19 4118/5 4121/17
 4122/4 4123/9 4126/10 4126/11 4126/11
 4128/11 4129/7 4131/11 4133/24
 4135/10 4142/16 4143/9 4144/12
 4146/25 4149/4 4149/12 4150/24 4157/3
 4157/12 4157/12
CAN'T [6] 4074/18 4084/10 4101/21
 4108/12 4117/17 4122/17
CANAL [4] 4073/1 4146/9 4146/10
 4146/23
CANNOT [2] 4070/25 4089/2
CARE [3] 4102/10 4104/6 4112/6
CAREFUL [2] 4078/22 4102/12
CAREFULLY [1] 4096/1
CARONDELET [1] 4064/7
CASE [27] 4069/22 4071/15 4077/18
 4078/9 4087/24 4088/5 4088/10 4091/14
 4094/22 4099/25 4100/16 4102/11
 4109/19 4142/19 4143/20 4143/24
 4144/2 4144/19 4146/4 4146/5 4148/2
 4148/3 4155/8 4155/14 4155/16 4155/21
 4156/11
CAT'S [2] 4099/9 4099/10
CAT'S MEOW [2] 4099/9 4099/10
CAUSE [1] 4141/1
CAUSED [6] 4066/13 4138/5 4138/6
 4138/13 4148/6 4150/20
CAUSING [2] 4078/10 4078/18
CAUTION [1] 4154/16
CCR [3] 4064/20 4158/5 4158/13
CENTER [2] 4097/14 4097/18
CENTRAL [3] 4072/21 4105/4 4133/13
CERTAIN [5] 4090/25 4091/3 4091/9
 4094/1 4126/3
CERTAINLY [25] 4099/23 4100/19
 4101/6 4102/12 4103/6 4106/15 4107/6
 4110/6 4113/12 4117/20 4121/2 4123/9
 4125/12 4127/11 4127/12 4130/14
 4136/1 4140/22 4142/14 4147/16
 4152/25 4155/8 4155/10 4156/3 4156/13
CERTIFICATE [1] 4158/4
CERTIFY [1] 4158/7
CH'S [1] 4067/4
CHALLENGING [1] 4077/9
CHALMETTE [4] 4136/15 4136/24
 4137/6 4144/9
CHAMBERS [2] 4156/2 4157/25
CHANCE [3] 4072/7 4109/4 4114/2
CHANGE [5] 4098/11 4098/15 4098/18
 4137/24 4139/9
CHANGES [3] 4138/1 4150/21 4151/10
CHANNEL [14] 4067/14 4067/25 4068/6
 4068/16 4068/21 4069/2 4069/5 4069/8
 4069/10 4069/12 4080/15 4130/20
 4150/20 4151/21
CHANNELS [3] 4089/10 4089/14 4120/7
CHARACTERIZATION [4] 4082/11
 4116/23 4118/2 4118/4
CHART [4] 4070/20 4082/8 4082/9
 4123/11
CHECK [2] 4080/20 4084/15
CHECKED [2] 4124/5 4145/16
CHRISTIAN [2] 4079/15 4080/5
CITY [2] 4063/25 4136/22

## C

CIVIL [2] 4064/10 4086/17
CIVILIAN [1] 4086/11
CLAIM [1] 4092/23
CLAIMING [1] 4092/21
CLASSIC [1] 4077/16
CLAY [1] 4067/4
CLAYS [1] 4067/6
CLEAR [4] 4123/2 4123/6 4128/17 4134/23
CLERICAL [2] 4102/16 4122/2
CLIENTS [1] 4131/20
CLOSE [10] 4075/7 4075/11 4106/21 4106/22 4134/14 4135/1 4136/5 4141/20 4147/7 4154/18
CLOSED [1] 4080/17
CLOSER [3] 4134/25 4134/25 4147/24
CMG [1] 4085/11
CO [1] 4086/20
CO-LEADER [1] 4086/20
COAST [1] 4152/18
COBBLED [2] 4102/2 4102/4
COCREATOR [2] 4094/14 4095/10
COCREATORS [1] 4094/19
CODEVELOPERS [1] 4094/16
COE [1] 4069/22
COLLABORATIVE [1] 4085/12
COLLEAGUE [3] 4100/22 4103/17 4132/24
COLLEAGUES [4] 4080/21 4101/2 4103/4 4149/2
COME [5] 4091/3 4127/13 4133/19 4141/20 4156/4
COMES [1] 4157/19
COMFORTABLE [3] 4157/13 4157/14 4157/17
COMING [5] 4075/5 4108/13 4115/2 4140/14 4140/25
COMMENCE [1] 4083/4
COMMENT [5] 4095/21 4101/2 4116/4 4116/19 4119/13
COMMENTING [1] 4148/10
COMMENTS [1] 4082/12
COMMITTEE [1] 4086/14
COMMON [1] 4088/12
COMMUNITY [3] 4094/17 4095/12 4095/13
COMPANY [2] 4108/25 4109/1
COMPARABLE [2] 4149/11 4152/20
COMPARE [1] 4137/21
COMPARED [4] 4088/20 4104/13 4107/1 4149/13
COMPARES [1] 4149/6
COMPARING [3] 4151/6 4151/16 4152/6
COMPARISON [2] 4073/12 4151/3
COMPETING [1] 4139/20
COMPILING [1] 4145/3
COMPLAINED [1] 4093/12
COMPLAINTS [1] 4093/15
COMPLETE [3] 4100/17 4101/10 4154/24
COMPLETED [1] 4097/8
COMPLETELY [2] 4073/17 4118/7
COMPLEX [1] 4063/13
COMPONENT [1] 4136/19
COMPROMISED [1] 4074/19
COMPUTED [2] 4137/14 4138/19
COMPUTER [11] 4064/25 4091/11 4100/13 4105/14 4105/19 4105/24 4107/5 4107/8 4110/19 4108/20 4110/20
CONCEDE [1] 4099/9
CONCLUDE [2] 4148/20 4155/13

CONCLUSION [4] 4082/12 4088/23 4115/4 4148/21
CONCLUSIONS [5] 4078/6 4149/20 4149/20 4152/16 4152/16
CONCURRENCE [1] 4153/8
CONDITIONS [4] 4097/4 4098/4 4098/5 4150/9
CONDUCT [1] 4100/13
CONFIDENCE [4] 4091/5 4093/25 4095/11 4152/20
CONFLICTED [1] 4156/25
CONFLUENCE [2] 4088/16 4120/3
CONGRATULATORY [1] 4066/6
CONGRESS [1] 4068/5
CONNECTION [1] 4080/24
CONOR [1] 4064/12
CONSCIOUSLY [1] 4112/11
CONSENSUS [1] 4095/13
CONSENT [1] 4155/4
CONSIDER [5] 4074/7 4074/15 4075/9 4092/4 4095/8
CONSIDERED [1] 4098/6
CONSIDERING [1] 4095/6
CONSIDERS [1] 4156/15
CONSISTENT [1] 4088/22
CONSTANT [1] 4129/6
CONSTRUCTION [4] 4150/22 4151/11 4151/12 4151/20
CONSULTED [1] 4085/21
CONSULTING [1] 4085/23
CONTEMPLATING [1] 4141/11
CONTEXT [6] 4078/14 4078/16 4114/13 4116/4 4116/19 4118/5
CONTINUALLY [1] 4093/20
CONTINUED [3] 4063/1 4064/1 4147/17
CONTINUES [1] 4147/19
CONTINUOUSLY [1] 4077/18
CONTOUR [13] 4133/23 4133/23 4134/11 4134/11 4134/12 4134/17 4135/8 4135/23 4135/24 4135/25 4136/1 4144/23 4145/25
CONTOURED [1] 4134/9
CONTOURING [1] 4135/21
CONTOURS [8] 4133/5 4134/9 4134/20 4134/20 4134/23 4135/12 4135/23 4136/5
CONTRASTING [1] 4096/19
CONTRIBUTED [1] 4088/24
CONTROL [1] 4086/13
CONVERSION [1] 4131/23
COPY [5] 4082/3 4082/7 4082/10 4154/25 4155/1
CORPS [22] 4067/13 4068/5 4069/23 4084/5 4084/8 4084/16 4085/3 4085/4 4085/8 4085/15 4085/21 4085/24 4086/2 4086/6 4086/15 4086/20 4086/24 4101/2 4107/22 4108/3 4108/21 4131/21
CORRECT [118]
CORRECTED [1] 4127/7
CORRECTING [1] 4111/7
CORRECTION [1] 4150/2
CORRECTLY [2] 4087/8 4138/8
CORRELATE [2] 4076/4 4076/5
CORRESPONDED [1] 4146/1
COSMETIC [1] 4079/3
COST [2] 4087/7 4087/8
COULD [45] 4066/15 4068/20 4070/14 4070/22 4071/19 4072/15 4073/15 4077/6 4082/1 4083/15 4085/25 4088/3 4090/9 4095/4 4098/20 4099/10 4102/24 4108/5 4113/4 4114/22 4114/22 4117/9 4125/8 4126/7 4126/11 4128/6 4128/15 4129/8 4129/20 4129/22 4131/5 4134/4

4134/6 4134/7 4135/16 4140/20 4141/1 4149/11 4153/2 4153/3 4153/3
4153/5 4155/19 4156/22 4157/20
COULDN'T [3] 4101/18 4134/5 4135/19
COUNSEL [8] 4076/8 4078/22 4080/25 4081/2 4082/10 4117/13 4148/13 4155/14
COUNSEL'S [1] 4116/23
COUNT [3] 4084/4 4084/7 4086/1
COUPLE [6] 4075/3 4090/6 4108/16 4132/23 4132/25 4156/7
COUPLED [1] 4099/5
COURSE [4] 4104/13 4131/9 4146/2 4155/14
COURT [39] 4062/1 4064/20 4066/4 4076/13 4082/3 4082/10 4082/25 4097/2 4099/21 4100/2 4100/15 4105/13 4106/3 4107/4 4109/20 4109/20 4112/17 4113/10 4116/9 4127/24 4128/2 4136/10 4138/17 4139/16 4142/2 4142/4 4144/12 4146/19 4153/19 4153/21 4154/25 4155/9 4155/20 4156/18 4156/23 4158/2 4158/5 4158/6 4158/14
COURT'S [4] 4111/23 4117/20 4156/14 4157/9
COURTEOUS [1] 4157/7
COURTROOM [3] 4113/21 4116/5 4127/25
COVER [2] 4132/20 4132/21
COVERED [2] 4081/22 4115/21
CREATED [1] 4123/4
CREATING [1] 4079/22
CREDIBILITY [1] 4111/6
CREST [2] 4074/17 4074/18
CREW [2] 4107/22 4108/5
CRITICAL [6] 4094/24 4100/11 4124/6 4127/19 4132/15 4132/15
CRITICISM [2] 4117/1 4119/25
CRITICISMS [1] 4113/22
CRITICIZE [1] 4099/18
CRITICIZED [1] 4116/16
CRITICIZING [1] 4092/15
CRITIQUE [2] 4096/20 4099/18
CRITIQUES [1] 4117/16
CROSS [11] 4066/19 4079/3 4082/24 4083/7 4094/10 4111/10 4117/13 4127/19 4131/16 4151/25 4154/19
CROSS-EXAMINATION [9] 4066/19 4079/3 4082/24 4083/7 4094/10 4111/10 4117/13 4127/19 4154/19
CROWN [2] 4074/8 4075/2
CUFF [1] 4101/19
CURRENT [1] 4115/4
CURRENTS [1] 4098/7
CURRICULUM [1] 4083/17
CV [5] 4062/5 4083/20 4084/24 4085/7 4085/25

## D

DALLAS [1] 4063/4
DAMAGE [1] 4073/16
DAMAGED [1] 4073/18
DAME [1] 4100/25
DANIEL [1] 4064/10
DATA [27] 4068/16 4077/19 4078/6 4082/12 4092/16 4103/18 4108/15 4109/22 4113/12 4113/12 4120/5 4123/22 4123/23 4123/25 4124/2 4125/5 4126/2 4132/15 4142/20 4143/22 4144/1 4144/2 4144/18 4146/3 4147/25 4150/1 4150/15
DATE [2] 4097/7 4106/17
DAY [4] 4103/14 4110/14 4124/6 4140/20

D

DAYLIGHT [2] 4133/13 4139/16
DAYS [12] 4099/22 4103/25 4105/13
4108/23 4109/16 4110/15 4110/18
4110/22 4111/20 4111/20 4132/23
4132/25
DC [1] 4064/18
DEADLINE [2] 4101/6 4101/8
DEALING [1] 4127/5
DEAUTHORIZED [1] 4080/16
DECADES [1] 4069/7
DECEMBER [1] 4099/25
DECEMBER 2008 [1] 4099/25
DECIDED [1] 4157/1
DECLARATION [2] 4148/25 4149/6
DECOMMISSIONED [2] 4080/11
4080/15
DEDICATION [1] 4155/22
DEEP [2] 4067/19 4067/25
DEEPENED [4] 4068/9
DEEPER [1] 4067/4
DEEPEST [1] 4067/20
DEFECTS [2] 4078/7 4078/10
DEFENDANT [1] 4064/9
DEFENDANTS [1] 4151/7
DEFENDANTS' [2] 4142/25 4144/2
DEFENSE [8] 4071/9 4113/1 4113/6
4113/22 4142/19 4146/5 4153/12
4153/17
DEFICIENCIES [1] 4095/2
DEFICIENT [3] 4114/3 4114/6 4114/10
DEFINE [1] 4073/7
DEFINED [4] 4077/14 4131/18 4136/16
4136/25
DEFINING [1] 4138/2
DEFINITELY [1] 4145/22
DEFINITIVE [1] 4141/10
DEGRADE [2] 4098/21 4098/22
DEGREE [2] 4068/14 4117/6
DELAY [1] 4066/12 4147/21
DELFT [5] 4099/6 4147/9 4147/13
4147/20 4149/2
DELIVER [2] 4105/8 4154/24
DELIVERED [2] 4082/18 4105/16
DELOACH [1] 4081/7
DELOACH'S [1] 4081/20
DEMONSTRATIVE [8] 4081/25 4096/9
4096/12 4097/11 4112/9 4123/4 4133/9
4133/11
DEMONSTRATIVES [8] 4096/5 4105/18
4109/19 4112/10 4121/16 4143/20
4143/21 4155/2
DENHAM [1] 4063/17
DEPARTMENT [6] 4064/9 4086/10
4092/6 4106/2 4107/2 4131/21
DEPENDING [1] 4070/13
DEPENDS [1] 4130/17
DEPICTED [2] 4140/5 4140/7
DEPICTS [1] 4121/3
DEPOSE [2] 4109/4 4109/8
DEPOSED [1] 4095/24
DEPOSITION [16] 4079/1 4090/14
4090/20 4091/6 4102/4 4103/1 4103/15
4107/17 4108/3 4108/17 4110/17
4112/25 4113/5 4113/18 4113/19
4145/18
DEPOSITIONS [1] 4155/3
DEPTH [6] 4066/23 4066/25 4067/14
4067/21 4067/23 4068/6
DERIVED [1] 4132/15
DESCRIBED [5] 4114/14 4137/20
4144/22 4145/23 4146/3

DESCRIBES [1] 4149/6
DESCRIPTION [2] 4090/3 4145/6
DESIGN [4] 4066/14 4093/7 4151/11
4151/11
DESIGNATION [1] 4091/17
DESTRUCTIVE [1] 4090/3
DETAIL [1] 4152/19
DETAILS [4] 4093/9 4093/12 4149/14
4149/18
DETECT [1] 4077/13
DETERMINE [3] 4074/18 4120/14
4120/16
DETERMINED [1] 4125/2
DETERMINING [1] 4118/7
DETRIMENT [1] 4078/19
DEVELOPED [2] 4094/17 4097/14
DEVELOPING [3] 4093/20 4093/21
4094/2
DEVELOPMENT [4] 4086/24 4091/11
4097/8 4137/20
DEVELOPMENTAL [1] 4091/12
DEVELOPS [1] 4145/10
DEVOTE [2] 4102/10 4112/6
DEVOTED [2] 4110/22 4111/21
DFIRM [4] 4092/13 4092/14 4092/16
4093/7
DID [87] 4068/4 4070/2 4071/10 4071/19
4073/16 4073/22 4073/22 4080/2 4082/1
4082/16 4082/20 4087/7 4087/25 4088/1
4088/8 4088/9 4089/8 4089/9 4089/13
4089/24 4090/4 4090/5 4090/14 4091/6
4094/17 4096/18 4097/1 4097/3 4097/5
4097/10 4098/5 4099/20 4100/1 4100/4
4100/13 4100/14 4100/19 4100/20
4100/21 4100/22 4101/1 4101/4 4102/7
4102/10 4102/11 4103/16 4104/1 4106/4
4106/7 4106/14 4106/15 4106/20
4106/21 4107/8 4107/9 4107/10 4107/11
4107/18 4108/8 4108/15 4109/13 4110/4
4110/9 4112/6 4112/7 4112/25 4113/9
4117/21 4118/19 4120/14 4120/16
4120/25 4121/2 4123/12 4132/13
4132/17 4137/2 4137/8 4137/9 4138/4
4143/7 4143/13 4144/13 4145/23
4145/25 4149/2 4150/1
DIDN'T [23] 4068/13 4082/16 4089/6
4089/13 4089/16 4090/3 4099/18
4103/23 4107/8 4111/8 4117/21 4118/20
4125/15 4127/6 4132/7 4132/13 4132/17
4135/18 4135/19 4136/11 4153/16
4154/5 4156/21
DIFFERENCE [13] 4070/14 4121/9
4126/16 4126/19 4126/21 4130/7 4130/9
4135/7 4151/8 4151/12 4151/17 4151/19
4152/7
DIFFERENCES [5] 4096/22 4149/18
4150/19 4151/2 4152/21
DIFFERENT [15] 4069/9 4084/1 4086/1
4086/4 4091/17 4102/8 4102/13 4109/2
4116/20 4116/24 4126/5 4126/14
4147/10 4149/13 4154/1
DIFFERENTIAL [6] 4127/7 4128/25
4129/11 4130/1 4130/2 4132/3
DIFFERENTIATE [2] 4096/11 4145/23
DIFFICULT [2] 4155/19 4157/16
DIMENSIONS [1] 4151/21
DIP [4] 4116/17 4118/13 4119/1 4119/6
DIRECT [10] 4076/21 4081/16 4096/3
4102/14 4102/25 4118/20 4119/5
4123/21 4128/11 4135/5
DISAGREE [9] 4068/24 4069/1 4114/11
4116/5 4116/21 4117/15 4118/3 4119/15
4119/25

DISCERN [1] 4157/10
DISCHARGE [1] 4103/7
DISCHARGES [1] 4089/9
DISCOVERS [1] 4155/5
DISCOVERY [1] 4148/11
DISCUSS [2] 4118/19 4157/21
DISCUSSED [8] 4096/3 4104/19
4114/17 4115/21 4118/18 4138/5
4145/20 4155/15
DISCUSSION [2] 4075/3 4157/22
DISK [1] 4107/14
DISPLAYED [1] 4109/20
DISPUTE [6] 4086/3 4092/18 4093/2
4093/6 4093/9 4123/22
DISTANCE [2] 4135/5 4135/7
DISTRIBUTOR [1] 4092/9
DISTRICT [6] 4062/1 4062/2 4062/11
4156/7 4158/6 4158/6
DIVINE [1] 4156/15
DIVISION [2] 4064/10 4086/15
DM [2] 4081/23 4082/2
DM-0039 [1] 4081/23
DM-0040 [1] 4082/2
DO [101]
DOCKET [1] 4062/5
DOCUMENT [3] 4154/13 4154/14
4155/6
DOCUMENTS [6] 4108/24 4109/16
4109/18 4109/22 4141/21 4153/7
DOES [15] 4067/18 4079/17 4084/6
4084/17 4098/13 4103/10 4137/24
4139/7 4144/19 4145/13 4148/1 4150/8
4151/10 4151/14 4152/15
DOESN'T [5] 4076/16 4092/9 4131/25
4134/20 4138/9
DOING [6] 4100/14 4101/12 4101/13
4108/22 4135/12 4157/16
DOJ [2] 4145/24 4146/3
DOMAIN [2] 4105/4 4136/23
DOMENGEAUX [1] 4063/5
DON'T [49] 4067/5 4069/12 4070/3
4070/15 4074/13 4074/16 4076/1
4078/16 4080/5 4081/1 4082/17 4090/2
4090/16 4097/16 4097/17 4097/18
4097/22 4099/3 4101/23 4108/10
4108/12 4110/4 4112/13 4112/14
4113/13 4114/17 4114/21 4115/23
4119/3 4122/11 4125/11 4125/20
4126/10 4128/10 4132/21 4134/10
4134/10 4134/21 4136/17 4137/1
4139/17 4139/18 4140/22 4141/7
4141/10 4141/15 4142/6 4147/15 4156/8
DONE [17] 4082/9 4085/23 4085/24
4086/19 4086/23 4100/5 4100/10
4100/12 4105/8 4111/24 4112/2 4112/5
4114/8 4123/4 4131/19 4150/4 4157/17
DOOR [1] 4079/2
DOUBLE [2] 4068/6 4112/5
DOWN [14] 4066/23 4067/14 4068/9
4068/14 4068/20 4074/2 4075/2 4080/23
4086/13 4086/18 4104/22 4104/24
4114/25 4127/22
DOYLE [4] 4064/20 4158/5 4158/13
4158/13
DR. [41] 4066/21 4067/12 4068/4 4069/4
4071/15 4074/9 4075/3 4076/3 4076/20
4077/5 4077/15 4079/14 4080/5 4080/24
4081/8 4081/13 4089/3 4089/9 4089/6
4097/19 4097/19 4097/19 4123/5 4123/5
4123/7 4132/8 4142/5 4142/10 4142/11
4142/18 4143/18 4143/23 4146/9 4148/2
4148/20 4149/8 4149/9 4149/17 4150/13
4152/15 4152/24

D

DR. BEA [3] 4074/9 4077/5 4077/15
DR. BEA'S [1] 4075/3
DR. CHRISTIAN [1] 4080/5
DR. DUNCAN [1] 4069/4
DR. JOHN [1] 4079/14
DR. KEMP [1] 4097/19
DR. MASHRIQUI [1] 4097/19
DR. RESIO [2] 4132/8 4143/23
DR. VAN HEERDEN [1] 4097/19
DR. VRIJLING [3] 4089/6 4142/10 4142/11
DR. WESTERINK [13] 4083/9 4142/5 4142/18 4143/18 4146/9 4148/2 4148/20 4149/8 4149/9 4149/17 4150/13 4152/15 4152/24
DR. WESTERINK'S [2] 4123/5 4123/5
DR. WOLFF [8] 4066/21 4067/12 4068/4 4071/15 4076/3 4076/20 4081/8 4081/13
DR. WOLFF'S [2] 4080/24 4081/16
DRAFT [1] 4101/1
DRASTIC [2] 4068/10 4068/14
DRAW [2] 4078/6 4082/1
DRAWING [3] 4069/9 4070/9 4071/11
DREDGED [4] 4067/13 4067/18 4067/19 4067/23
DREDGING [1] 4068/14
DRIVE [1] 4097/3
DRIVEN [4] 4130/16 4136/21 4144/9 4144/10
DROP [3] 4066/16 4073/20 4115/19
DUDENHEFER [2] 4063/9 4063/9
DUE [3] 4112/15 4122/2 4145/12
DULY [2] 4066/17 4083/5
DUMAS [2] 4063/12 4063/12
DUNCAN [1] 4069/4
DUNE [1] 4098/21
DUPRE [40] 4067/8 4067/14 4068/1 4068/9 4068/13 4068/19 4068/21 4069/14 4069/24 4070/8 4070/18 4071/7 4071/14 4072/8 4072/16 4074/3 4120/21 4120/22 4120/25 4121/12 4122/1 4122/6 4123/19 4125/19 4126/5 4126/16 4126/14 4126/22 4126/25 4127/14 4129/1 4129/4 4129/12 4129/18 4130/3 4130/9 4130/14 4130/24 4131/3 4132/6
DURING [7] 4075/24 4081/16 4088/25 4110/13 4124/6 4131/25 4145/18
DUTCH [4] 4099/3 4109/1 4142/16 4150/5
DUTIES [1] 4081/14
DUVAL [1] 4062/11
DX [5] 4081/17 4081/17 4081/18 4081/18 4081/18
DX-0003 [1] 4081/17
DX-0451 [1] 4081/18
DX-0562 [1] 4081/18
DX-1064 [1] 4081/18
DX-1719 [1] 4081/17
DYNAMICS [1] 4152/18

E

E-MAIL [2] 4082/20 4092/7
E-MAILED [1] 4082/19
E-MAILER [1] 4082/21
E-MAILS [1] 4082/20
EACH [1] 4118/4
EARLIER [12] 4111/8 4111/12 4136/13 4137/9 4145/22 4146/9 4146/12 4146/17 4146/23 4146/25 4148/14 4153/19
EASIER [1] 4155/20
EAST [2] 4064/4 4113/12

EASTERN [2] 4062/2 4158/6
EBERSOLE [11] 4090/11 4115/11 4115/12 4115/23 4116/16 4117/14 4118/12 4118/24 4118/25 4119/8 4124/13 4132/6 4143/23 4150/1
EBERSOLE'S [2] 4118/6 4119/19
EDUCABLE [2] 4077/10 4077/10
EDWARDS,LLC [1] 4063/5
EFFECT [3] 4089/16 4140/21 4156/12
EFFECTIVE [1] 4117/10
EFFICIENCY [1] 4117/6
EFFORT [1] 4155/22
EHRLICH [1] 4064/11
EITHER [10] 4082/11 4087/17 4089/10 4117/11 4117/21 4125/7 4125/9 4128/9 4152/16 4155/5
EL [1] 4064/11
EL-AMIN [1] 4064/11
ELABORATED [1] 4114/9
ELECTRONIC [1] 4155/1
ELEMENTARY [1] 4125/25
ELEVATION [4] 4067/19 4067/25 4088/16 4151/3
ELISA [1] 4064/3
ELMO [1] 4077/6
ELSE [1] 4080/6
ELWOOD [2] 4063/22 4063/23
EMBEDDED [1] 4105/3
END [1] 4110/17
ENDING [1] 4112/22
ENGINEER [2] 4079/20 4080/1
ENGINEERING [5] 4076/22 4079/15 4079/21 4091/1 4109/1
ENGINEERS [16] 4067/13 4068/5 4069/23 4071/24 4077/16 4084/5 4084/17 4085/8 4085/15 4085/22 4086/2 4086/6 4086/17 4086/24 4108/3 4108/21
ENLARGEMENT [2] 4150/20 4151/20
ENOUGH [1] 4156/2
ENTIRE [1] 4102/6
ENTIRELY [1] 4100/3
ENTITLED [4] 4079/4 4117/15 4142/14 4158/10
ENTITY [1] 4084/24
ENTRY [2] 4086/13 4086/23
ENVIED [1] 4156/8
ENVIRONMENT [1] 4086/20
EQUIDISTANT [1] 4135/9
ERODED [1] 4072/24
EROSION [8] 4069/11 4073/3 4073/11 4073/11 4073/18 4073/23 4073/24 4074/9
ERRONEOUS [1] 4090/24
ERROR [9] 4090/25 4091/1 4093/4 4115/6 4115/7 4122/7 4123/24 4125/6 4129/20
ERRORS [5] 4090/18 4090/22 4091/7 4102/16 4115/1
ESQ [31] 4062/15 4062/18 4062/19 4062/22 4062/22 4063/3 4063/6 4063/9 4063/12 4063/16 4063/19 4063/20 4063/23 4064/3 4064/3 4064/6 4064/6 4064/10 4064/11 4064/11 4064/12 4064/12 4064/13 4064/13 4064/14 4064/14 4064/15 4064/15 4064/16 4064/16 4064/17
ESSENTIALLY [2] 4102/9 4145/8
ESTABLISH [4] 4088/12 4089/2 4093/25 4112/19
ESTABLISHED [3] 4067/2 4067/8 4128/19
ESTABLISHMENT [1] 4130/6
ESTIMATE [3] 4084/14 4091/4 4093/5

ESTIMATES [1] 4090/22
ESTOPPARD [1] 4070/4
ET [2] 4062/5 4062/7
ETC [2] 4092/13 4106/19
EVALUATING [1] 4078/5
EVALUATION [1] 4086/7
EVEN [3] 4072/10 4112/11 4135/22
EVENT [1] 4131/1
EVERY [4] 4122/17 4124/5 4127/23 4134/9
EVERYBODY'S [1] 4141/22
EVERYONE [1] 4100/16
EVERYTHING [3] 4105/5 4131/5 4154/24
EVIDENCE [17] 4071/16 4071/18 4071/22 4071/25 4076/6 4081/16 4109/19 4112/14 4112/18 4112/18 4121/18 4123/3 4150/13 4154/11 4154/18 4154/18 4155/23
EVOLVES [1] 4145/9
EXACT [3] 4106/25 4130/21 4147/15
EXACTLY [4] 4076/1 4101/21 4119/12 4131/5
EXAMINATION [15] 4066/19 4076/21 4079/3 4081/17 4082/24 4083/7 4094/10 4096/3 4102/14 4103/1 4111/10 4117/13 4127/19 4143/16 4154/19
EXAMPLE [7] 4085/10 4092/13 4092/19 4098/21 4105/2 4131/20 4134/22
EXCEEDED [1] 4092/20
EXCELLENT [2] 4099/16 4157/5
EXCEPT [3] 4102/7 4112/4 4124/18
EXCEPTION [2] 4070/25 4154/19
EXCUSE [3] 4067/3 4084/10 4120/15
EXERCISING [1] 4079/21
EXHIBIT [6] 4068/18 4124/13 4148/24 4153/18 4154/23 4155/6
EXHIBIT 1810.13 [1] 4068/18
EXHIBIT 211 [1] 4124/13
EXHIBITS [13] 4080/24 4081/1 4081/2 4081/9 4081/16 4153/13 4153/18 4154/2 4154/17 4155/1 4155/9 4157/4 4157/5
EXPECT [1] 4073/21
EXPERIENCE [2] 4068/14 4069/7
EXPERIENCED [1] 4068/10
EXPERIMENTAL [1] 4091/15
EXPERT [24] 4071/9 4087/24 4095/20 4099/24 4100/18 4102/2 4102/10 4102/15 4103/2 4103/5 4103/14 4106/4 4106/9 4109/14 4112/7 4113/2 4113/7 4121/19 4124/13 4142/19 4155/1 4156/19 4156/21 4156/22
EXPERTISE [1] 4078/13
EXPERTS [25] 4069/21 4069/22 4069/22 4069/23 4069/23 4070/4 4075/22 4088/13 4097/1 4097/5 4097/10 4097/25 4102/1 4122/12 4142/25 4144/2 4146/5 4146/11 4146/12 4149/7 4150/4 4150/5 4150/5 4150/9 4152/13
EXPIRATION [1] 4094/8
EXPLAIN [23] 4088/4 4089/18 4095/4 4095/5 4098/20 4099/10 4104/1 4113/9 4113/10 4118/21 4119/4 4123/10 4126/8 4126/11 4128/12 4131/11 4131/12 4131/15 4137/17 4137/18 4138/24 4142/23 4144/12
EXPLAINED [1] 4138/24
EXPLANATION [4] 4095/7 4104/10 4113/14 4139/17
EXPLORE [2] 4111/6 4113/15
EXTENDED [1] 4119/7
EXTENSIVE [2] 4085/23 4092/2
EXTENSIVELY [5] 4077/3 4085/21

## E

EXTENSIVELY... [3] 4092/4 4118/16 4145/20
EXTENT [2] 4153/25 4155/5
EXTRACTED [1] 4067/20
EXTRAORDINARILY [1] 4128/1
EXTREME [2] 4155/18 4155/22
EXTREMELY [1] 4157/8
EYE [1] 4087/16

## F

FACILITIES [1] 4104/22
FACT [25] 4069/13 4070/15 4075/21
4076/3 4080/9 4080/14 4085/5 4088/9
4088/22 4092/4 4095/24 4096/25 4097/5
4097/9 4099/2 4112/2 4122/16 4124/5
4142/10 4142/18 4144/24 4147/9
4147/16 4147/19 4157/11
FACTORS [2] 4098/11 4098/15
FACTS [3] 4070/3 4070/3 4157/11
FAIL [3] 4079/18 4080/2 4080/6
FAILED [1] 4155/6
FAILURE [5] 4069/16 4069/17 4079/24
4080/4 4148/6
FAILURES [1] 4073/13
FAIR [5] 4071/17 4111/6 4117/18
4127/19 4142/7
FAIRLY [3] 4093/15 4095/6 4118/7
FAMILIAR [1] 4079/14
FANTASTIC [1] 4099/12
FAR [3] 4101/25 4147/24 4155/19
FAVORITE [1] 4103/8
FAYARD [2] 4063/16 4063/16
FCRR [3] 4064/20 4158/5 4158/13
FE [1] 4082/21
FE-MAILER [1] 4082/21
FEATURE [1] 4098/21
FEATURES [2] 4098/11 4098/18
FEEL [1] 4128/9
FEET [44] 4066/23 4066/24 4066/25
4067/15 4067/25 4068/6 4068/6 4068/10
4068/14 4074/9 4075/3 4088/15 4088/22
4088/24 4089/24 4115/13 4115/14
4115/16 4115/17 4115/24 4133/1 4133/2
4133/7 4133/12 4133/19 4133/24
4133/24 4135/20 4135/22 4136/2 4136/7
4136/11 4136/17 4136/20 4137/5
4137/14 4138/19 4138/21 4144/8
4144/13 4147/6 4148/4 4148/5 4148/15
FELT [1] 4154/14
FEMA [10] 4086/24 4092/11 4092/13
4092/14 4093/7 4102/18 4106/17 4107/1
4145/4 4145/7
FEW [6] 4132/20 4139/15 4141/21
4143/18 4147/15 4156/3
FIELD [1] 4094/25
FIELDS [5] 4090/19 4090/19 4091/8
4091/8 4098/12
FIFTH [1] 4142/13
FIGHT [1] 4141/24
FIGURE [10] 4071/14 4121/21 4121/25
4124/12 4124/14 4129/22 4133/20
4139/8 4146/19 4149/5
FIGURES [14] 4102/17 4102/17 4106/16
4106/18 4121/14 4123/11 4135/12
4136/13 4137/19 4143/19 4143/21
4144/21 4145/15 4145/16
FILE [6] 4083/3 4121/10 4122/14
4132/16 4133/3 4154/22
FILED [6] 4099/24 4101/1 4103/14
4109/14 4136/10 4153/18
FILES [1] 4132/9

FINAL [1] 4079/11
FINALIZATION [1] 4113/9
FINALLY [8] 4080/15 4091/23 4096/22
4131/19 4152/13 4154/16 4155/4
4155/11
FIND [11] 4066/12 4083/15 4101/10
4106/7 4106/15 4106/20 4106/21
4107/19 4108/5 4108/15 4140/10
FINDING [2] 4088/22 4108/1
FINDINGS [2] 4149/14 4157/11
FINE [1] 4140/8
FINEL [24] 4089/12 4089/14 4097/4
4098/2 4098/6 4098/10 4098/14 4098/17
4099/2 4099/14 4099/16 4146/16
4146/16 4146/24 4149/12 4150/8 4150/9
4151/3 4151/5 4151/9 4151/17 4152/7
4152/19 4152/22
FINISH [2] 4141/8 4144/17
FIRM [4] 4062/21 4063/9 4063/12
4064/2
FIRST [16] 4069/25 4070/5 4072/3
4073/17 4075/23 4077/13 4080/1 4089/3
4091/15 4118/13 4126/7 4126/17
4139/14 4144/7 4147/14 4149/5
FITZGERALD [3] 4069/4 4071/9 4143/23
FIVE [8] 4069/18 4072/17 4072/23
4074/20 4076/11 4122/17 4132/1 4132/3
FIVE-HOUR [1] 4132/1
FIX [2] 4103/22 4107/18
FIXED [3] 4075/7 4105/11 4108/16
FIXES [1] 4105/5
FIXING [1] 4105/1
FLEXIBLE [1] 4155/10
FLOOD [5] 4073/13 4073/16 4089/6
4089/11 4094/1
FLOODING [1] 4089/10
FLOODWAY [1] 4072/25
FLORIDA [1] 4063/17
FLOURISHES [1] 4156/24
FLOW [7] 4069/25 4070/5 4073/20
4075/23 4134/19 4134/22 4152/17
FLOWED [1] 4118/17
FLUX [1] 4112/4
FOCUS [2] 4120/9 4146/8
FOCUSED [1] 4073/14
FOLKS [1] 4138/2
FOLLOW [2] 4152/1 4156/16
FOLLOWED [1] 4080/12
FOLLOWING [2] 4080/23 4081/1
FOLLOWS [2] 4066/18 4083/6
FOLLY [1] 4128/23
FOOT [22] 4089/24 4120/8 4134/9
4134/11 4134/12 4134/17 4134/23
4134/25 4135/12 4135/22 4135/23
4135/23 4135/24 4135/24 4135/25
4136/1 4138/10 4151/8 4151/17 4151/18
4152/7 4152/8
FORCE [2] 4086/7 4130/20
FOREGOING [1] 4158/7
FORGOT [2] 4106/25 4153/14
FORGOTTEN [1] 4110/1
FORM [1] 4148/18
FORMAT [1] 4082/11
FORMER [1] 4066/7
FORT.61 [4] 4121/10 4122/14 4132/15
4133/3
FORTH [1] 4073/13
FORTUNATE [1] 4124/1
FORWARD [1] 4117/25
FOUND [7] 4088/14 4104/11 4106/10
4106/12 4106/20 4108/8 4108/11
FOUR [2] 4072/23 4074/20
FOURTH [1] 4150/24

FRAMES [1] 4072/6
FRANK [1] 4063/19
FRANKLIN [1] 4064/17
FRANKLY [4] 4127/23 4157/9 4157/18
4157/21
FREEZE [1] 4072/6
FREEZE-FRAMES [1] 4072/6
FRICTION [3] 4098/11 4098/15 4098/17
FRIDAY [1] 4154/25
FRONT [15] 4071/16 4071/18 4071/22
4071/25 4072/21 4073/3 4073/11
4073/11 4073/18 4073/23 4074/5
4074/14 4074/15 4075/1 4075/3 4076/6
FRONT-SIDE [11] 4071/16 4071/18
4071/22 4071/25 4073/3 4073/11
4073/11 4073/18 4073/23 4075/3 4076/6
FRUSTRATION [1] 4157/9
FULL [9] 4072/18 4072/18 4074/21
4074/21 4075/18 4075/20 4103/11
4144/7 4149/5
FUNCTIONS [1] 4134/21
FURNISHED [1] 4143/22
FURTHER [10] 4072/9 4072/10 4072/10
4072/11 4075/13 4080/22 4081/7 4104/22
4142/22 4153/1

## G

GATHER [1] 4077/18
GAUGE [4] 4124/5 4125/2 4140/9
4140/10
GAVE [6] 4082/10 4103/14 4132/23
4132/25 4133/2 4142/24
GEARED [1] 4131/18
GENERAL [3] 4095/13 4120/7 4145/8
GENERALLY [5] 4088/22 4089/22
4089/23 4091/14 4092/4
GENERATED [3] 4142/20 4143/22
4148/5
GENETICALLY [1] 4156/9
GENTLEMAN [1] 4079/14
GEOTECHNICAL [1] 4077/16
GET [27] 4066/8 4071/24 4072/12
4088/3 4094/19 4103/22 4104/2 4104/8
4107/19 4110/5 4111/8 4117/4 4117/22
4122/17 4125/19 4126/4 4126/15 4128/5
4128/20 4132/21 4134/11 4134/25
4135/12 4141/19 4141/23 4153/8
4156/24
GETS [1] 4089/22
GETTING [3] 4091/21 4101/7 4101/15
GILBERT [2] 4064/2 4064/3
GIVE [14] 4082/10 4082/14 4093/5
4095/3 4099/8 4101/1 4104/10 4114/2
4125/3 4125/4 4137/4 4141/10 4152/17
4154/14
GIVEN [6] 4078/21 4079/1 4110/17
4121/16 4129/2 4149/16
GIVING [1] 4152/20
GIWW [9] 4088/16 4104/19 4104/23
4107/20 4120/3 4136/17 4137/1 4144/10
4151/21
GLAD [1] 4085/17
GLOBALLY [1] 4114/24
GMT [6] 4131/18 4131/19 4131/20
4131/25 4132/14 4132/16
GO [24] 4066/5 4072/10 4075/13
4075/14 4096/19 4103/22 4108/4 4108/5
4108/15 4117/9 4119/22 4120/13
4121/23 4125/18 4125/21 4127/6
4134/16 4137/11 4139/8 4141/22
4145/16 4147/6 4151/15 4157/3
GOAL [1] 4141/22
GOALPOSTS [2] 4070/18 4071/7

**G**

GOES [5]  4066/23 4094/7 4104/15
4111/5 4133/22
GOING [47]  4066/8 4072/5 4072/7
4075/13 4075/14 4081/2 4085/11
4085/12 4088/3 4094/6 4094/11 4096/8
4099/6 4099/8 4101/9 4103/22 4104/2
4110/1 4110/25 4111/9 4111/17 4114/2
4117/9 4117/25 4118/3 4119/22 4128/3
4130/4 4131/13 4132/20 4133/23 4134/2
4136/12 4137/4 4140/2 4141/8 4141/20
4141/22 4141/23 4141/24 4142/23
4155/25 4156/12 4156/14 4157/2
4157/10 4157/22
GOLD [1]  4107/12
GONE [2]  4084/4 4094/4
GOOD [12]  4071/21 4076/8 4079/9
4083/11 4087/16 4094/2 4098/6 4114/8
4115/20 4127/12 4128/9 4141/8
GOSH [1]  4101/18
GOSPEL [1]  4117/20
GOT [20]  4066/5 4087/16 4094/6
4096/10 4099/22 4103/25 4105/13
4107/5 4109/16 4112/21 4115/17
4115/25 4116/1 4134/13 4136/2 4136/11
4139/24 4140/5 4156/1 4157/21
GOTTEN [3]  4111/12 4136/8 4157/14
GOVERNMENT [3]  4063/13 4082/6
4085/19
GRANT [2]  4084/25 4085/13
GRANTS [3]  4083/21 4084/4 4085/14
GRAPH [3]  4122/23 4123/1 4125/13
GRAPHIC [1]  4068/19
GRAPHICS [6]  4082/9 4099/21 4099/25
4107/5 4107/7 4107/15
GRATEFUL [1]  4155/17
GREAT [2]  4087/16 4099/11
GREEN [3]  4068/22 4147/1 4147/4
GREENWICH [2]  4131/16 4139/17
GREIF [1]  4064/12
GRID [2]  4087/20 4106/25
GROUND [2]  4072/12 4088/13
GROUP [2]  4064/7 4099/7
GUESS [9]  4091/17 4092/24 4107/21
4116/1 4117/8 4130/1 4130/7 4138/6
4143/12
GULF [2]  4148/5 4150/22

**H**

H1 [20]  4088/20 4105/10 4105/15
4106/8 4107/6 4107/11 4137/21 4137/22
4142/24 4143/25 4144/2 4144/14
4144/18 4144/25 4145/12 4146/1
4149/11 4151/6 4151/16 4152/6
H2 [5]  4088/17 4088/19 4115/13
4115/16 4115/19
H3 [8]  4115/13 4115/16 4115/19 4119/9
4119/15 4149/11 4151/16 4152/6
H4 [1]  4149/11
H6 [4]  4105/15 4106/8 4149/11 4151/6
HABITAT [1]  4098/23
HAD [36]  4073/18 4078/24 4078/25
4082/2 4095/25 4096/1 4097/11 4100/6
4100/7 4104/11 4104/16 4104/20
4104/23 4105/2 4105/5 4105/6 4107/17
4109/4 4109/7 4109/8 4112/20 4113/22
4115/19 4119/5 4119/6 4119/6 4121/25
4133/10 4134/13 4137/24 4138/15
4142/7 4144/22 4152/10 4155/23
4156/17
HALF [20]  4073/3 4084/8 4084/9 4085/2
4085/4 4089/23 4089/24 4100/5 4100/5

4100/6 4100/7 4100/10 4110/16 4112/20
4125/24 4135/2 4135/3
4135/23 4138/10
HALF-FOOT [1]  4135/23
HAND [2]  4076/17 4107/8
HANDLE [2]  4117/8 4157/12
HANDLED [1]  4157/5
HAPPENED [1]  4110/13
HARBOR [3]  4146/9 4146/10 4146/23
HARD [8]  4074/7 4106/15 4106/19
4114/12 4115/18 4116/3 4119/12
4154/24
HAS [36]  4068/10 4069/5 4074/18
4088/19 4091/23 4092/19 4093/12
4094/4 4094/17 4094/24 4095/1 4095/11
4099/2 4099/5 4101/24 4106/3 4109/7
4116/23 4123/3 4129/2 4133/1 4133/2
4133/3 4133/5 4134/18 4137/5 4137/22
4138/25 4144/8 4144/25 4147/20 4148/2
4153/21 4155/18 4156/18 4156/19
HASN'T [2]  4136/8 4154/21
HAVE [149]
HAVEN'T [2]  4133/10 4144/17
HAVING [5]  4066/17 4078/2 4082/17
4083/5 4128/10
HAZARD [2]  4079/23 4080/4
HAZARDS [2]  4078/7 4078/10
HB [1]  4064/20
HB-406 [1]  4064/20
HE [53]  4069/4 4078/24 4078/25 4079/1
4079/4 4082/1 4083/3 4108/11 4109/8
4111/7 4111/8 4111/8 4112/16 4112/20
4113/14 4113/22 4114/2 4114/3 4114/6
4114/14 4115/16 4116/5 4116/7 4116/8
4116/23 4117/3 4117/14 4117/17
4117/17 4117/18 4117/19 4117/21
4118/19 4118/21 4119/12 4119/14
4125/2 4125/15 4125/16 4126/11
4126/11 4128/18 4132/7 4132/8 4132/13
4132/13 4132/14 4132/16 4132/17
4138/25 4139/3 4139/4 4143/6
HE'S [11]  4081/2 4099/11 4099/14
4109/8 4117/4 4116/8 4116/22 4116/25
4125/5 4126/13 4138/24
HEAR [3]  4084/10 4131/12 4156/20
HEARD [1]  4157/19
HEART [1]  4111/5
HEAVILY [1]  4130/15
HEERDEN [1]  4097/19
HEIGHT [2]  4098/19 4108/6
HEIGHTS [6]  4070/19 4071/5 4090/7
4090/10 4090/12 4090/14
HELLO [1]  4083/9
HELP [6]  4073/9 4100/6 4100/14
4107/23 4110/7 4157/4
HELPED [2]  4109/2 4109/3
HELPING [1]  4085/14
HEN'S [2]  4128/8 4128/9
HERE [21]  4069/3 4080/10 4085/15
4113/25 4114/1 4117/17 4121/8 4127/5
4131/24 4133/24 4133/24 4133/25
4134/19 4134/22 4135/1 4136/14 4140/5
4140/7 4143/11 4146/25 4156/18
HEREBY [1]  4158/7
HEURISTIC [1]  4094/11
HH [1]  4105/10
HH1 [5]  4105/6 4105/12 4105/16
4105/19 4108/8
HH6 [5]  4105/6 4105/12 4105/16
4105/19 4108/8
HIGH [14]  4071/22 4090/17 4091/3
4091/7 4121/11 4121/12 4138/10
4138/10 4140/16 4140/19 4140/25

4146/17 4150/10 4150/15
HIM [12]  4078/24 4079/17 4084/11
4095/5 4115/3 4116/6 4116/12 4117/15
4117/23 4123/9 4138/23 4142/23
HIS [20]  4074/10 4074/10 4077/5 4088/4
4095/5 4113/25 4114/1 4117/16 4118/19
4121/19 4124/24 4125/2 4129/8 4148/9
4148/12 4149/1 4149/10 4149/14
4151/24 4152/16
HIT [2]  4072/18 4074/21
HOLD [1]  4152/24
HOLES [1]  4074/5
HOME [1]  4141/22
HONEST [1]  4093/1
HONEYCUTT [1]  4063/16
HONOR [52]  4066/11 4078/20 4080/19
4080/22 4081/10 4081/15 4082/20
4088/4 4094/4 4094/11 4096/10 4109/6
4109/18 4110/25 4112/8 4112/15
4112/22 4116/7 4116/13 4116/12 4117/5
4117/12 4118/10 4123/2 4124/20
4125/23 4127/16 4128/7 4128/16
4138/23 4139/3 4141/7 4142/12 4142/22
4143/3 4143/7 4148/9 4148/16 4151/24
4152/3 4153/1 4153/3 4153/9 4153/14
4154/7 4154/8 4154/10 4154/21 4154/2
4154/23 4155/11 4155/13
HONORABLE [1]  4062/11
HOPE [4]  4062/16 4094/12 4128/3
4141/21
HOUR [13]  4102/20 4102/21 4124/2
4124/2 4124/6 4124/18 4125/5 4125/17
4127/8 4129/24 4131/10 4131/12 4132/1
HOUR-BY-HOUR [1]  4124/2
HOURLY [1]  4125/5
HOURS [10]  4075/4 4075/4 4075/6
4110/4 4110/8 4131/7 4131/24 4132/2
4132/3 4141/20
HOUSEKEEPING [1]  4153/3
HOW [14]  4082/17 4087/7 4091/2
4101/17 4106/22 4107/17 4110/4 4110/8
4111/7 4111/11 4120/6 4121/11 4130/24
4145/9
HOWEVER [6]  4105/7 4130/12 4130/23
4134/11 4135/23 4157/19
HUMP [5]  4116/17 4118/17 4140/1
4140/11 4141/1
HUMPS [1]  4118/14
HUNDRED [1]  4099/24
HURRICANE [11]  4075/24 4086/19
4089/4 4092/19 4092/21 4097/14
4097/18 4110/13 4141/5 4148/7 4150/16
HURRICANES [2]  4092/22 4093/24
HYDRAULICS [1]  4086/15
HYDRODYNAMIC [1]  4098/6
HYDROGRAPH [5]  4121/12 4124/24
4125/10 4129/23 4146/15
HYDROGRAPHS [6]  4102/20 4106/19
4125/11 4133/4 4135/14 4142/25
HYPOTHETICAL [6]  4117/14 4118/5
4118/23 4119/23 4119/25 4129/16
HYPOTHETICALLY [8]  4118/1 4118/12
4119/8 4119/14 4128/25 4129/11 4131/3
4140/19

**I**

I'D [15]  4082/9 4084/7 4084/15 4084/19
4101/18 4115/18 4131/12 4136/12
4148/20 4148/24 4149/4 4150/3 4156/1
4156/17 4157/23
I'LL [26]  4076/11 4076/20 4079/7 4079/7
4079/8 4082/14 4083/2 4090/17 4094/8

**I**

I'LL... [17] 4096/10 4096/11 4103/22
4112/22 4113/10 4116/9 4116/12
4117/14 4124/11 4125/23 4131/15
4139/3 4141/8 4143/2 4148/15 4148/17
4152/3
I'M [69] 4066/8 4067/24 4074/11 4077/9
4077/15 4077/22 4077/23 4077/24
4078/13 4080/7 4083/3 4083/9 4084/22
4085/17 4087/11 4089/24 4092/11
4093/8 4094/6 4096/8 4099/8 4101/13
4103/22 4104/2 4110/1 4110/25 4111/11
4111/17 4114/2 4116/9 4117/10 4117/15
4117/20 4117/21 4117/24 4117/25
4118/3 4120/23 4121/23 4123/8 4123/21
4126/15 4128/14 4128/22 4130/7
4131/13 4132/20 4133/17 4136/17
4137/3 4137/4 4139/18 4139/21 4140/24
4140/24 4141/20 4141/23 4141/24
4142/12 4142/12 4142/16 4142/23
4143/9 4143/11 4148/17 4151/24 4152/1
4156/6 4157/4
I'VE [12] 4066/5 4084/4 4085/14
4085/24 4087/16 4093/14 4094/6 4110/1
4112/21 4114/9 4124/10 4156/7
I.E [3] 4131/24 4134/20 4138/1
IDEA [2] 4079/9 4133/18
IDENTICAL [3] 4102/6 4102/9 4107/3
IDENTIFIED [1] 4102/19
IDENTIFIES [1] 4069/10
IDENTIFY [1] 4083/23
IF [106]
IGNORING [1] 4147/10
IHNC [48] 4088/17 4088/25 4114/4
4114/5 4114/7 4114/8 4115/13 4115/24
4116/18 4118/14 4118/20 4119/9
4119/15 4119/18 4120/1 4120/3 4120/7
4120/10 4120/17 4120/25 4121/6
4121/13 4122/9 4123/14 4124/2 4124/5
4124/5 4124/24 4125/3 4126/4 4126/6
4126/14 4126/22 4127/3 4127/14 4129/1
4129/3 4129/13 4130/9 4130/19 4130/22
4139/6 4140/10 4144/10 4147/25 4151/8
4151/13 4151/17
II [2] 4063/24 4064/6
IKE [1] 4092/19
ILLUSTRATES [1] 4068/16
IMAGINE [1] 4143/9
IMMENSE [1] 4112/17
IMPACT [2] 4078/24 4090/3
IMPACTING [1] 4080/6
IMPACTS [1] 4078/16
IMPERFECT [1] 4127/5
IMPLICITLY [1] 4150/10
IMPLIES [1] 4111/12
IMPLY [1] 4111/13
IMPORTANT [6] 4093/1 4093/10
4093/22 4093/23 4093/24 4100/16
IMPOSSIBLE [1] 4156/25
IMPRESSED [1] 4156/19
IMPROPER [1] 4150/2
IMPROVE [1] 4137/25
IMPROVED [4] 4097/13 4097/20 4098/3
4110/13
IMPROVEMENTS [1] 4096/17
IN [353]
INABILITY [2] 4114/15 4115/3
INACCURACIES [14] 4091/4 4102/15
4103/1 4103/5 4103/20 4104/18 4105/1
4107/18 4111/7 4113/3 4113/8 4113/13
4113/17 4113/20
INACCURACY [1] 4102/20

INACCURATE [6] 4090/8 4090/10
4090/16 4090/18 4090/25 4118/7
INAPPROPRIATE [1] 4148/11
INCHES [7] 4104/12 4135/22 4135/25
4137/23 4137/23 4141/3 4141/4
INCLUDED [1] 4070/21
INCLUDING [1] 4094/25
INCOMING [1] 4093/23
INCORRECT [8] 4086/16 4109/6 4117/7
4117/8 4119/1 4133/20 4140/2 4142/21
INCORRECTLY [2] 4116/17 4118/13
INCREASE [1] 4147/17
INCREASED [1] 4078/11
INCREDIBLY [1] 4152/18
INDICATED [1] 4070/20
INDICATES [1] 4069/4
INDIGNATION [2] 4127/22 4127/24
4127/25 4128/1
INFLUENCE [9] 4148/22 4149/15
4149/21 4150/7 4150/11 4151/4 4152/10
4152/21 4156/23
INFLUENCED [2] 4112/11 4130/15
INFORMALLY [1] 4157/24
INFORMATION [5] 4077/19 4078/6
4102/6 4107/20 4122/16
INFORMED [1] 4106/2
INITIAL [2] 4094/19 4106/4
INNER [3] 4146/9 4146/10 4146/23
INPUT [1] 4107/10
INSIDE [1] 4105/4
INSIGHT [1] 4152/17
INSTEAD [2] 4132/2 4138/3
INSTRUCTED [1] 4153/22
INSURANCE [1] 4093/8
INSURERS [1] 4064/2
INTACT [1] 4074/12
INTERDISCIPLINARY [1] 4086/7
INTERDISTRIBUTARY [3] 4066/22
4067/3 4067/7
INTEREST [1] 4131/22
INTERESTED [2] 4104/14 4108/1
INTERIOR [1] 4089/6
INTERPOLATION [1] 4125/13
INTERRUPT [1] 4121/15
INTERRUPTING [1] 4117/13
INTERVAL [2] 4139/24 4141/9
INTO [13] 4081/15 4087/21 4093/12
4094/17 4104/8 4105/3 4112/13 4116/19
4118/18 4144/10 4150/12 4154/11
4154/18
INTRODUCE [3] 4081/2 4081/15
4081/21
INTRODUCED [1] 4081/22
INVENTED [1] 4099/9
INVOLVED [1] 4087/4
IPET [11] 4086/20 4087/2 4087/5 4087/7
4087/11 4087/13 4088/1 4088/2 4088/6
4102/11 4145/21
IRRELEVANT [2] 4112/9 4112/9
IS [262]
ISN'T [12] 4067/12 4068/8 4069/13
4076/3 4080/14 4084/25 4122/22
4126/18 4140/14 4147/11 4147/21
4147/23
IT [288]
IT CRITICISM [1] 4117/1
IT'S [77] 4066/14 4070/13 4072/4 4074/7
4077/2 4078/2 4083/16 4084/17 4085/15
4087/20 4091/9 4092/2 4092/10 4093/18
4093/23 4093/24 4101/13 4102/5
4104/15 4107/2 4107/3 4111/6 4111/9
4112/9 4114/12 4115/18 4116/3 4117/10
4118/4 4118/5 4119/12 4119/16 4119/22

4120/14 4122/2 4122/7 4122/18 4122/19
4123/21 4123/22 4124/11 4124/13
4124/20 4125/6 4127/20 4128/19 4129/5
4129/19 4130/9 4130/25 4131/3 4133/7
4133/24 4133/24 4133/24 4133/25
4133/25 4134/8 4134/21 4134/24 4135/1
4136/8 4139/2 4140/3 4140/7 4141/17
4144/6 4144/12 4145/17 4146/25
4147/19 4148/12 4148/25 4150/2
4151/24 4154/22 4156/12
ITS [8] 4068/22 4069/6 4078/3 4095/10
4148/3 4150/20 4151/21 4153/18
ITSELF [3] 4077/21 4077/24 4078/10

**J**

JAMES [2] 4063/6 4064/13
JANUARY [3] 4095/24 4103/15 4145/19
JEFFERSON [1] 4063/6
JEFFREY [1] 4064/11
JOANEN [1] 4062/19
JOANNES [1] 4083/5
JOB [3] 4114/8 4157/3 4157/17
JOHN [3] 4064/17 4072/7 4079/14
JOINT [1] 4148/24
JONATHAN [1] 4062/22
JOSEPH [2] 4062/18 4062/18
JOSHUA [1] 4063/20
JR [7] 4062/11 4063/9 4063/16 4063/22
4063/23 4064/10 4064/13
JUDGE [2] 4062/11 4139/25
JUDGES [1] 4156/6
JUST [33] 4069/11 4072/8 4072/11
4072/15 4073/9 4081/1 4081/3 4081/22
4087/9 4088/3 4093/8 4095/3 4101/11
4106/10 4123/2 4123/6 4123/9 4123/13
4126/7 4126/23 4127/24 4132/12
4132/16 4133/9 4135/16 4138/9 4141/12
4143/18 4148/20 4156/3 4156/7 4157/20
4157/23
JUSTICE [5] 4064/9 4092/6 4106/3
4107/2 4131/21
JUSTIFIABLE [1] 4092/23
JX [8] 4081/4 4081/17 4081/17 4081/18
4081/18 4081/18 4081/23 4149/3
JX-0043 [1] 4081/17
JX-0191 [1] 4081/18
JX-0207 [1] 4081/18
JX-0209 [1] 4081/23
JX-0210 [1] 4081/4
JX-0283 [1] 4081/18
JX-0356 [1] 4081/17
JX-282 [1] 4149/3

**K**

KALIMAH [1] 4064/11
KARA [1] 4064/14
KATRINA [7] 4075/4 4075/24 4086/19
4088/20 4088/25 4133/12 4150/16
KEA [1] 4062/22
KEEP [1] 4101/23
KEEPING [1] 4081/23
KELLS [1] 4064/12
KEMP [1] 4097/19
KEPT [1] 4102/19
KIND [3] 4072/12 4083/23 4120/21
KNOW [38] 4067/5 4068/7 4069/12
4070/3 4070/6 4070/12 4070/15 4070/16
4076/1 4076/1 4077/23 4079/2 4082/17
4096/25 4097/5 4097/9 4097/13 4097/16
4097/18 4097/22 4099/2 4106/10
4106/11 4108/10 4112/13 4117/22
4120/6 4120/22 4122/4 4124/11 4125/20
4126/10 4128/3 4137/19 4137/21

**K**

KNOW... [3]  4140/16 4141/7 4156/6
KNOWING [1]  4119/12
KNOWLEDGE [2]  4068/4 4109/7

**L**

LA [10]  4104/15 4104/16 4107/23
4107/23 4108/4 4108/6 4120/17 4120/20
4120/22 4120/23
LA LOUTRE [9]  4104/15 4104/16
4107/23 4107/23 4108/4 4108/6 4120/20
4120/22 4120/23
LAFAYETTE [1]  4063/7
LAKE [9]  4114/16 4115/5 4119/4
4130/25 4141/1 4141/4 4144/11 4148/7
4154/12
LAKE BORGNE [1]  4130/25
LAKE PONTCHARTRAIN [6]  4114/16
4115/5 4141/1 4141/4 4144/11 4148/7
LAND [2]  4072/25 4098/19
LARGE [7]  4072/24 4073/23 4093/6
4132/20 4152/18 4152/19 4157/6
LARGELY [1]  4074/12
LARGER [1]  4114/20
LAST [14]  4082/7 4085/5 4085/7 4086/5
4086/19 4086/23 4092/22 4099/3
4111/24 4112/2 4142/18 4143/20 4152/5
4156/18
LATE [3]  4103/15 4104/7 4105/8
LATER [5]  4131/7 4134/1 4147/10
4147/13 4153/6
LAW [9]  4062/18 4062/21 4063/9
4063/12 4063/22 4066/7 4154/11
4156/16 4157/11
LAWN [1]  4063/3
LAWYER'S [1]  4063/13
LAWYERS [6]  4071/25 4083/10 4106/2
4155/16 4155/17 4157/6
LAY [1]  4072/12
LAYER [2]  4067/4 4067/7
LEADER [1]  4086/20
LEADERSHIP [1]  4086/8
LEADING [1]  4091/11
LEARNED [1]  4072/3
LEAST [9]  4074/24 4075/1 4088/12
4088/13 4125/4 4125/17 4129/3 4136/3
4157/12
LEAVE [1]  4113/10
LEFT [5]  4072/19 4072/20 4145/15
4147/1 4147/4
LENGTH [1]  4157/23
LESS [2]  4129/16 4138/10
LET [22]  4068/18 4069/13 4072/14
4073/12 4075/17 4077/14 4080/23
4081/11 4082/4 4082/25 4083/2 4088/4
4088/14 4091/10 4095/20 4104/2
4114/14 4121/15 4134/23 4138/23
4142/23 4144/17
LET'S [31]  4072/3 4083/12 4085/25
4086/4 4086/5 4089/2 4089/23 4090/6
4094/12 4096/8 4096/14 4105/19
4108/16 4109/10 4112/24 4113/15
4120/13 4123/12 4124/9 4127/6 4128/10
4130/4 4131/9 4133/10 4134/16 4137/11
4137/11 4137/12 4139/8 4140/8 4140/9
LEVEE [27]  4066/22 4066/22 4070/13
4070/19 4073/1 4073/4 4074/5 4074/8
4074/12 4075/5 4077/25 4078/19
4085/15 4089/12 4090/7 4090/10
4090/12 4090/14 4098/21 4130/17
4133/19 4136/3 4136/3 4136/16 4136/24
4137/6 4144/9

LEVEES [16]  4070/8 4070/9 4077/22
4077/24 4078/21 4089/3 4089/21
4089/17 4090/4 4114/20 4136/16
4136/25 4137/13 4138/18 4148/7
4150/18
LEVEL [6]  4088/24 4091/4 4115/6
4125/16 4127/13 4135/20
LEVELS [16]  4073/20 4089/4 4092/20
4092/22 4093/4 4093/7 4093/25 4115/12
4123/24 4137/14 4138/19 4145/11
4147/17 4150/12 4151/13 4152/10
LEVINE [1]  4064/13
LIDAR [2]  4072/7 4138/4
LIKE [34]  4073/16 4074/13 4075/5
4078/11 4082/9 4084/3 4089/12 4089/14
4090/25 4098/22 4110/19 4113/11
4120/23 4123/22 4125/11 4125/11
4128/9 4129/19 4131/4 4131/12 4133/21
4133/22 4134/20 4134/21 4135/7
4140/18 4148/20 4148/24 4149/4 4150/3
4153/17 4154/14 4156/1 4157/23
LIKELY [1]  4129/22
LIMITATIONS [2]  4095/11 4098/1
LINE [21]  4066/16 4067/17 4069/10
4070/14 4073/5 4090/24 4111/2 4116/12
4117/9 4117/9 4117/13 4117/23 4118/10
4124/24 4133/15 4134/4 4140/9 4147/1
4147/1 4147/4 4147/4
LINEAR [1]  4125/12
LINES [7]  4068/22 4068/23 4116/16
4134/11 4134/12 4135/8 4144/23
LIST [6]  4081/12 4083/20 4084/4
4153/18 4154/23 4154/24
LISTED [2]  4084/1 4085/7
LISTENED [1]  4155/23
LISTENING [2]  4080/25 4081/3
LITERALLY [1]  4068/5
LITERATURE [4]  4077/2 4077/3
LITIGATION [1]  4064/7
LITTLE [27]  4070/24 4072/8 4072/9
4074/2 4075/13 4084/17 4091/17
4104/22 4119/17 4120/2 4120/5 4126/23
4134/21 4135/7 4138/13 4140/12
4140/13 4140/21 4141/1 4144/24
4144/25 4145/1 4145/1 4146/17 4151/12
4157/20 4157/22
LLC [3]  4062/21 4063/9 4063/12
LOCAL [2]  4130/17 4131/22
LOCALIZED [2]  4069/17 4131/1
LOCALLY [1]  4130/16
LOCATION [8]  4066/21 4070/12 4071/4
4072/8 4072/11 4073/15 4074/8 4119/16
LOCATIONS [4]  4070/20 4072/9
4073/19 4073/21
LOCK [9]  4116/18 4118/14 4121/6
4124/5 4124/18 4129/2 4129/13 4129/15
4130/9
LOCKS [6]  4119/18 4120/1 4120/3
4120/17 4121/1 4129/1
LOGICAL [2]  4130/8 4130/10
LONG [5]  4076/16 4107/17 4128/20
4156/2 4156/2
LONGER [1]  4110/15
LOOK [39]  4072/3 4074/23 4077/13
4082/23 4085/9 4085/25 4092/11
4093/11 4096/8 4096/12 4101/18
4101/23 4106/14 4106/20 4107/23
4115/18 4121/8 4121/17 4123/12 4124/9
4125/10 4125/11 4129/21 4130/22
4133/4 4133/5 4133/10 4133/10 4134/18
4134/21 4135/14 4136/12 4138/21
4140/8 4140/9 4146/15 4148/24 4153/7
4156/14

LOOKED [12]  4070/9 4106/18 4121/10
4122/9 4147/23 4152/3 4155/11
4130/24 4133/3 4135/6 4140/2 4140/17
LOOKING [11]  4102/8 4117/21 4123/13
4124/10 4129/21 4130/21 4136/4
4136/14 4137/3 4140/12 4147/1
LOOKS [5]  4075/5 4084/3 4133/21
4133/22 4135/7
LOS [1]  4062/16
LOSS [2]  4072/25 4078/11
LOT [12]  4085/14 4087/20 4100/6
4102/5 4102/5 4103/17 4110/15 4130/21
4133/10 4156/13 4156/21 4157/14
LOTS [1]  4099/25
LOUISIANA [19]  4062/2 4062/6 4062/20
4062/23 4063/7 4063/10 4063/14
4063/17 4063/21 4063/25 4064/4
4064/21 4085/16 4085/16 4092/15
4093/12 4152/18 4154/12 4158/7
LOUTRE [10]  4104/15 4104/16 4107/23
4107/23 4108/4 4108/6 4120/17 4120/20
4120/22 4120/23
LOVE [2]  4104/7 4156/20
LOW [8]  4102/2 4119/2 4119/2 4120/2
4120/5 4120/6 4120/7 4120/8
LOWER [3]  4070/10 4105/2 4137/23
LOWERED [1]  4104/12
LOWERING [3]  4138/14 4145/11
4145/13
LOWEST [4]  4070/8 4070/15 4070/19
4071/5
LSU [2]  4097/14 4097/18
LUETTICH [2]  4094/14 4094/25

**M**

MADE [9]  4069/3 4105/5 4106/16 4118/8
4132/14 4132/17 4142/8 4151/12
4155/19
MAGNIFICENT [1]  4156/9
MAGNITUDE [1]  4155/9
MAIL [2]  4082/20 4092/7
MAILED [1]  4082/19
MAILER [2]  4082/21 4082/21
MAILS [1]  4082/20
MAIN [3]  4063/20 4149/14 4149/20
MAJOR [4]  4071/8 4107/24 4107/25
4157/2
MAKE [20]  4066/6 4073/12 4074/16
4076/9 4077/20 4080/2 4080/25 4081/3
4081/22 4108/9 4110/19 4117/7 4130/12
4130/21 4131/5 4131/23 4132/17
4133/20 4137/12 4157/10
MAKING [2]  4078/9 4132/1
MAN [3]  4110/14 4110/15 4111/20
MAN'S [1]  4109/21
MAN-DAY [1]  4110/14
MAN-DAYS [2]  4110/15 4111/20
MANAGER [1]  4100/25
MANY [11]  4082/20 4095/11 4100/21
4101/9 4101/9 4101/11 4107/4 4110/4
4110/8 4142/6 4148/2
MAP [2]  4072/4 4072/4
MAPS [1]  4146/1
MARC [1]  4064/13
MARCH [1]  4107/14
MARGIN [4]  4090/25 4091/1 4125/6
4129/20
MARK [2]  4082/9 4153/5
MARKED [1]  4082/2
MARKS [4]  4090/18 4091/7 4150/10
4150/15
MARSH [3]  4104/15 4138/3 4138/13
MARSHES [2]  4138/3 4145/12

# M

MASHRIQUI [1] 4097/19
MASTER [5] 4124/5 4124/24 4129/2 4129/13 4140/9
MASTER'S [1] 4129/15
MATCH [2] 4150/10 4150/14
MATCHED [1] 4145/17
MATERIAL [2] 4067/24 4072/25
MATH [2] 4085/6 4129/17
MATHEMATICIAN [1] 4100/24
MATHEMATICS [1] 4129/12
MATTER [3] 4153/4 4157/18 4158/10
MATTERS [1] 4093/8
MAXIMAL [3] 4151/8 4151/17 4152/7
MAXIMUM [8] 4088/15 4133/5 4135/2 4135/3 4137/13 4138/18 4145/25 4151/2
MAY [23] 4062/7 4066/2 4076/8 4077/8 4080/14 4080/19 4083/4 4089/18 4104/1 4104/6 4108/9 4109/24 4113/9 4120/9 4126/23 4127/22 4130/12 4132/10 4133/20 4137/17 4139/15 4141/11 4141/21
MAY 14 [1] 4080/14
MAYBE [7] 4082/22 4101/22 4101/23 4110/15 4112/11 4134/7 4156/23
MCCONNON [1] 4064/13
ME [43] 4066/7 4067/3 4068/18 4069/13 4072/14 4072/16 4073/9 4073/12 4074/18 4075/17 4076/1 4076/8 4076/20 4077/9 4077/14 4080/23 4084/10 4088/14 4091/10 4095/3 4095/20 4096/10 4104/2 4109/2 4114/12 4114/14 4115/18 4116/3 4119/13 4120/15 4121/15 4122/4 4127/7 4127/20 4127/23 4130/10 4134/23 4135/16 4141/10 4143/6 4144/17 4156/2 4156/10
MEAN [6] 4079/17 4098/20 4102/6 4125/9 4131/16 4153/16
MEANS [3] 4088/19 4125/21 4134/18
MEANTIME [1] 4115/1
MEASURE [1] 4127/14
MEASURED [6] 4123/23 4124/2 4126/24 4127/2 4129/13 4147/25
MEASUREMENTS [1] 4108/4
MECHANICAL [1] 4064/24
MECHANICS [1] 4077/2
MEDAL [2] 4066/8 4086/11
MEETING [1] 4157/24
MEMBER [2] 4086/13 4087/2
MEMORANDUM [1] 4066/14
MENTAL [1] 4094/8
MENTIONED [2] 4076/21 4085/18
MENTIONS [1] 4074/10
MEOW [2] 4099/9 4099/10
METEOROLOGY [1] 4131/17
METER [1] 4089/23
METERS [1] 4089/24
METHOD [7] 4076/22 4077/12 4077/14 4078/14 4079/12 4079/17 4080/1
METICULARITY [1] 4081/24
MICHAEL [2] 4063/19 4063/19
MICHELE [1] 4064/12
MICHIGAN [1] 4077/1
MICHOUD [1] 4104/22
MIDDLE [1] 4091/20
MIGHT [11] 4073/21 4078/9 4090/23 4091/3 4098/22 4104/8 4104/14 4107/25 4123/25 4125/13 4145/20
MILES [1] 4069/18
MILLER [1] 4064/14
MILLION [3] 4084/17 4085/11 4087/9
MIND [1] 4152/2

MINIMAL [1] 4152/10
MINOR [1] 4153/2
MINUS [3] 4091/2 4125/4 4125/17
MINUTE [8] 4128/25 4129/11 4129/25 4130/2 4130/6 4130/8 4135/16 4141/25
MINUTES [11] 4066/5 4076/11 4121/9 4122/17 4125/18 4128/17 4128/18 4129/15 4138/24 4139/15 4156/3
MIRRORS [1] 4147/24
MISS [3] 4071/20 4073/7 4075/9
MISSES [11] 4071/17 4072/1 4072/17 4072/23 4073/6 4074/6 4074/7 4074/17 4074/21 4074/23 4074/25
MISSISSIPPI [6] 4121/6 4136/20 4136/21 4138/13 4148/5 4150/22
MISSPOKE [2] 4071/13 4120/21
MISSTATES [1] 4119/19
MISTAKE [2] 4132/17 4145/18
MITSCH [1] 4064/14
MODEL [59] 4086/23 4087/11 4087/13 4088/2 4089/9 4089/13 4089/15 4089/21 4090/7 4090/15 4091/12 4092/5 4092/5 4093/11 4093/13 4094/15 4094/16 4094/17 4094/17 4094/21 4094/24 4095/2 4096/4 4097/4 4098/7 4099/6 4099/16 4102/5 4102/7 4102/9 4107/24 4114/3 4114/6 4114/9 4114/15 4114/18 4115/4 4115/4 4115/11 4122/17 4137/19 4137/21 4137/22 4137/23 4138/11 4144/14 4144/14 4145/12 4145/22 4146/16 4146/17 4146/23 4147/13 4147/14 4147/20 4147/24 4147/24 4149/10 4152/17
MODELED [5] 4126/24 4126/25 4147/23 4149/7 4149/7
MODELER [4] 4091/11 4100/24 4123/22
MODELERS [2] 4099/3 4148/21
MODELING [29] 4086/15 4086/19 4087/4 4087/7 4088/1 4088/2 4088/6 4088/9 4088/14 4089/2 4089/7 4093/17 4095/22 4097/10 4113/1 4113/23 4117/16 4120/10 4120/25 4127/10 4127/12 4131/18 4139/6 4140/22 4140/24 4149/3 4149/19 4149/19 4150/14
MODELS [6] 4074/10 4093/21 4099/5 4104/13 4131/16 4145/10
MODEST [1] 4096/11
MODIFICATION [1] 4124/15
MODIFIED [1] 4124/11
MONDAY [2] 4154/23 4154/25
MONEY [3] 4084/8 4084/25 4085/3
MONITOR [1] 4078/1
MONTH [5] 4110/22 4111/20 4111/22 4142/13 4156/18
MONTHS [2] 4110/16 4112/20
MORE [17] 4070/17 4072/25 4093/10 4093/13 4096/19 4096/22 4117/10 4119/5 4119/17 4126/23 4129/9 4129/22 4131/22 4142/7 4142/8 4155/19 4157/14
MORGAN [1] 4063/25
MORNING [4] 4070/1 4129/17 4139/25 4140/16
MOST [5] 4110/12 4113/19 4125/10 4149/9 4156/9
MOTION [2] 4150/8 4155/7
MOVE [19] 4081/15 4081/20 4090/17 4095/14 4109/10 4110/1 4112/22 4113/15 4117/25 4120/9 4129/24 4133/18 4134/19 4134/20 4139/3 4151/23 4153/17 4154/10 4154/17
MOVED [3] 4132/6 4134/18 4154/18
MOVES [1] 4133/25

MOVING [2] 4067/12 4133/25
MOW [1] 4099/9
MOWING [2] 4099/9 4099/10
MR. [39] 4071/9 4081/12 4081/20 4081/24 4081/24 4082/21 4082/22 4096/3 4104/9 4109/7 4109/21 4111/3 4113/14 4114/11 4115/12 4115/23 4116/16 4116/25 4117/14 4117/19 4118/3 4118/6 4118/12 4118/24 4119/8 4119/19 4123/3 4128/23 4132/6 4143/5 4143/6 4143/18 4143/23 4143/23 4148/15 4150/1 4153/2 4153/5 4153/8
MR. BAEZA [1] 4081/12
MR. DELOACH [1] 4081/24
MR. DELOACH'S [1] 4081/20
MR. EBERSOLE [11] 4114/11 4115/12 4115/23 4116/16 4117/14 4118/12 4118/24 4119/8 4132/6 4143/23 4150/1
MR. EBERSOLE'S [2] 4118/6 4119/19
MR. FITZGERALD [2] 4071/9 4143/23
MR. O'DONNELL [9] 4104/9 4109/7 4109/21 4111/3 4116/25 4123/3 4143/6 4143/18 4148/15
MR. SMITH [9] 4082/22 4096/3 4113/14 4117/19 4118/3 4128/23 4143/5 4153/2 4153/5
MR. SMITH'S [1] 4153/8
MR. STEVENS [1] 4081/24
MR. WARREN'S [1] 4082/21
MRGO [39] 4064/7 4067/7 4067/13 4067/25 4068/6 4068/8 4069/5 4069/15 4072/19 4072/20 4077/21 4077/21 4077/22 4077/24 4078/10 4078/16 4080/15 4088/15 4088/16 4088/19 4088/23 4102/7 4107/20 4120/7 4136/17 4137/1 4137/13 4138/18 4148/22 4149/15 4149/21 4151/4 4151/12 4151/20 4151/21 4152/7 4152/10 4152/11 4152/22
MS. [1] 4082/21
MS. PHILEN'S [1] 4082/21
MUCH [18] 4066/11 4067/12 4068/10 4071/6 4080/18 4084/12 4084/25 4087/7 4097/13 4101/17 4107/19 4113/14 4115/1 4131/1 4143/6 4143/9 4145/10 4155/24
MY [59] 4066/7 4067/16 4067/24 4069/19 4074/20 4076/9 4078/13 4078/18 4079/7 4079/8 4080/12 4082/8 4083/14 4084/8 4084/14 4086/18 4087/22 4088/4 4088/5 4089/18 4090/21 4094/7 4096/11 4100/4 4100/23 4102/4 4102/16 4102/23 4103/6 4103/8 4103/17 4105/16 4106/9 4106/23 4109/3 4113/19 4114/10 4115/22 4116/1 4117/25 4118/18 4118/23 4119/4 4122/21 4129/4 4129/17 4131/9 4132/24 4133/17 4136/14 4138/6 4142/8 4142/12 4142/12 4149/22 4151/25 4156/20 4156/20 4158/8
MYER [1] 4064/15
MYSELF [3] 4100/12 4110/9 4118/7

# N

NAME [3] 4079/14 4103/6 4106/25
NATIONAL [1] 4079/15
NAVAL [1] 4085/13
NAVIGATION [4] 4069/8 4080/15 4146/9 4146/10
NEAR [30] 4071/17 4071/19 4071/25 4072/11 4072/16 4072/17 4072/23 4073/6 4073/7 4074/6 4074/7 4074/17 4074/20 4074/23 4074/25 4075/9 4075/14 4075/19 4075/19 4104/19

**N**

NEAR... [10] 4120/16 4120/18 4120/19
4120/21 4121/5 4122/1 4122/5 4125/19
4129/17 4136/22
NEAR BAYOU [1] 4120/21
NEARLY [3] 4074/15 4074/16 4084/25
NECESSARILY [2] 4135/8 4135/8
NEED [3] 4132/21 4133/9 4141/10
NEEDED [3] 4095/14 4138/2 4157/18
NEGATIVELY [1] 4095/21
NEVER [6] 4068/25 4076/3 4076/5
4078/25 4105/15 4109/4
NEW [40] 4062/6 4062/20 4062/23
4063/10 4064/4 4064/4 4064/8 4064/21
4071/15 4072/3 4073/13 4082/11
4082/11 4082/12 4082/12 4097/22
4098/3 4100/6 4105/10 4105/13 4105/18
4105/19 4107/5 4107/10 4107/10
4107/11 4108/4 4108/7 4108/7 4108/15
4108/24 4109/16 4109/18 4109/22
4109/22 4112/7 4132/23 4133/13
4138/25 4154/17
NEW ORLEANS [2] 4073/13 4133/13
NEWS [1] 4080/16
NEXT [4] 4078/1 4086/13 4134/16
4149/23
NICE [1] 4076/18
NICELY [1] 4140/23
NIGHT [1] 4082/7
NO [59] 4071/1 4071/2 4071/4 4071/16
4071/16 4071/18 4071/25 4071/25
4076/18 4080/22 4081/7 4081/9 4083/3
4084/24 4088/4 4088/7 4088/19 4088/19
4089/18 4090/5 4090/25 4091/8 4095/3
4095/16 4095/17 4095/18 4097/17
4100/4 4100/11 4100/25 4103/6 4105/15
4105/20 4106/12 4107/11 4109/7
4120/21 4122/6 4122/21 4126/10
4127/21 4129/7 4132/10 4132/12
4133/17 4134/8 4134/8 4134/8 4135/10
4138/20 4139/11 4140/12 4140/15
4141/14 4141/16 4142/22 4144/4 4153/1
4155/12
NOBODY'S [1] 4141/24
NONE [2] 4074/6 4105/16
NOON [2] 4125/7 4140/20
NOR [1] 4076/1
NORMAN [1] 4062/5
NORTH [8] 4067/8 4072/11 4075/13
4075/14 4120/17 4121/1 4121/6 4138/12
NORTHEASTERLY [1] 4130/16
NOT [150]
NOTE [1] 4072/14
NOTEBOOK [1] 4110/5
NOTED [5] 4096/17 4109/10 4109/23
4119/21 4121/12
NOTICE [4] 4078/11 4117/20 4143/11
NOTRE [1] 4100/25
NOTRE DAME [1] 4100/25
NOVEMBER [2] 4132/8 4142/25
NOW [45] 4068/18 4069/3 4069/21
4074/4 4075/17 4077/9 4077/12 4078/5
4079/20 4080/9 4082/23 4083/17 4084/4
4085/13 4087/2 4087/24 4088/12 4089/2
4090/17 4091/10 4091/10 4096/8
4096/25 4099/2 4099/21 4099/24 4104/8
4114/22 4115/10 4116/19 4123/21
4127/23 4128/9 4133/12 4134/17
4135/17 4135/25 4137/5 4139/6 4139/14
4140/8 4140/13 4142/13 4144/8 4144/10
NOWHERE [1] 4095/20
NSF [1] 4085/10

NUMBER [11] 4073/12 4073/19 4090/25
4097/2 4122/11 4133/3 4134/3 4135/4
4137/1 4145/2 4155/9
NUMBERED [1] 4158/10
NUMBERS [12] 4071/10 4090/7 4090/17
4093/7 4101/18 4112/25 4113/6 4115/19
4133/3 4144/23 4145/16 4145/17
NUMERICAL [1] 4086/19

**O**

O'BRIEN [1] 4064/3
O'DONNELL [14] 4062/15 4062/15
4083/9 4084/10 4104/9 4109/7 4109/21
4111/3 4116/25 4123/3 4131/14 4143/6
4148/13 4148/15
OAK [1] 4063/3
OATH [1] 4156/16
OBJECT [14] 4079/7 4094/4 4108/10
4109/6 4109/21 4110/25 4117/19
4132/10 4138/23 4148/9 4153/5 4154/5
4154/6 4155/7
OBJECTED [4] 4106/24 4112/12 4138/7
4154/2
OBJECTING [1] 4079/5
OBJECTION [13] 4078/20 4082/5
4109/15 4109/23 4112/8 4117/7 4119/16
4119/19 4125/20 4127/16 4151/23
4153/20 4153/22
OBJECTION'S [1] 4119/21
OBJECTIONS [3] 4081/9 4082/8 4153/4
OBSERVATION [1] 4077/14
OBSERVATIONAL [6] 4076/22 4077/12
4078/14 4079/12 4079/17 4080/1
OBSERVATIONS [2] 4078/5 4078/9
OBSERVE [2] 4073/15 4077/18
OBSERVED [2] 4150/10 4150/14
OBTAINED [1] 4149/22
OBVIOUS [1] 4139/2
OBVIOUSLY [2] 4131/21 4156/12
OCCASIONS [1] 4131/22
OCCUR [1] 4073/21
OCCURRED [11] 4068/19 4069/16
4070/1 4070/5 4071/9 4071/13 4075/24
4118/17 4129/22 4151/21 4151/10
OCCURRING [2] 4073/18 4088/16
OCCURS [1] 4073/14
OF 60 [1] 4066/25
OF THE [1] 4102/5
OFF [3] 4080/17 4101/19 4110/20
OFFER [2] 4080/23 4141/21
OFFICE [7] 4063/7 4063/14 4063/22
4063/24 4066/7 4066/7 4085/13
OFFICER [1] 4116/9
OFFICES [1] 4062/18
OFFICIAL [3] 4064/20 4158/5 4158/14
OH [3] 4072/23 4074/4 4120/20
OKAY [23] 4068/1 4069/3 4070/11
4072/15 4075/16 4083/4 4086/18
4087/14 4099/1 4099/13 4099/22 4104/3
4104/4 4104/11 4116/19 4120/10
4120/12 4120/24 4121/4 4132/22
4134/17 4137/15 4140/8
OLDER [1] 4077/3
OMNISCIENT [1] 4157/13
ON [118]
ONCE [5] 4073/14 4073/19 4077/25
4079/22 4147/6
ONE [36] 4070/17 4071/2 4073/19
4073/21 4075/15 4078/25 4079/1
4079/11 4081/22 4083/9 4087/16
4088/12 4088/14 4093/17 4096/14
4098/10 4101/11 4102/1 4102/20
4102/21 4103/8 4104/14 4104/18

OUR [31] 4068/20 4081/23 4082/10
4082/21 4082/21 4088/13 4110/13
4115/1 4120/13 4121/10 4122/14
4122/18 4131/18 4131/20 4133/3 4133/5
4141/12 4141/22 4149/11 4149/13
4150/4 4151/7 4151/16 4152/6 4152/15
4153/23 4154/18 4154/19 4154/22
4154/14 4157/25
OURS [2] 4081/12 4149/15
OUT [26] 4070/22 4071/13 4076/17
4077/8 4077/14 4078/13 4089/14
4091/21 4092/24 4103/22 4105/2
4107/19 4108/1 4108/4 4108/6 4108/15
4113/12 4114/12 4116/3 4128/5 4130/25
4143/7 4145/11 4145/18 4145/25
4157/19
OUTLET [2] 4148/5 4150/22
OUTPUT [3] 4122/16 4131/19 4150/1
OUTSIDE [3] 4089/4 4148/9 4151/24
OUTSTANDING [2] 4086/10 4152/17
OVER [18] 4070/24 4077/6 4084/17
4084/17 4084/20 4085/22 4089/10
4110/16 4114/20 4117/9 4131/24
4134/19 4134/22 4136/23 4142/6
4146/25 4147/6 4156/18
OVERRULE [1] 4127/20
OVERRULED [3] 4127/18 4127/18
4127/20

ONE'S [1] 4087/16
ONE-HOUR [2] 4102/20 4102/21
ONES [5] 4074/25 4086/4 4096/14
4112/4 4149/2
ONLY [22] 4069/7 4069/9 4075/2
4095/25 4098/3 4106/8 4106/17 4110/18
4117/2 4117/3 4117/18 4117/22 4118/5
4125/5 4126/25 4139/9 4145/5 4145/6
4147/9 4147/23 4149/1 4149/15
ONTO [3] 4088/8 4133/23 4138/25
OPEN [1] 4079/2
OPINION [9] 4071/15 4074/4 4074/6
4078/18 4080/12 4144/12 4149/17
4149/22 4152/24
OPINIONS [5] 4078/17 4078/21 4078/24
4105/16 4144/19
OPPORTUNITY [6] 4066/12 4082/23
4109/8 4109/8 4154/5 4155/14
OPPOSED [3] 4115/14 4115/17 4115/25
OPPOSING [1] 4155/7
OPTIMAL [1] 4125/14
OPTIONS [1] 4155/22
OR [117]
ORAL [1] 4155/13
ORDER [8] 4087/9 4101/22 4112/5
4135/11 4141/3 4141/4 4150/14 4154/23
ORDERED [1] 4106/3
ORIENTED [1] 4072/13
ORIGINAL [1] 4068/22
ORIGINALLY [1] 4154/2
ORLEANS [8] 4062/6 4062/20 4062/23
4063/10 4064/8 4064/21 4073/13
4133/13
OTHER [28] 4071/2 4071/5 4071/23
4073/12 4073/15 4073/21 4078/2 4083/2
4084/9 4084/24 4085/3 4087/16 4098/16
4100/10 4104/19 4106/8 4108/15
4108/16 4113/6 4122/23 4135/6 4136/23
4143/7 4144/2 4144/2 4146/5 4150/15
4155/17
OTHERS [3] 4086/25 4094/24 4097/19

ONE [cont.]...
4098/12 4101/11 4102/1 4102/20
4102/21 4103/8 4104/14 4104/18

**Q**

OVERTOPPING [3] 4089/12 4089/14 4098/8
OWN [5] 4088/9 4131/20 4148/4 4148/21 4156/20
OWNED [1] 4138/16

**P**

P.O [1] 4064/18
PAGE [32] 4065/2 4067/16 4067/17 4067/24 4071/24 4077/20 4083/12 4083/14 4086/13 4116/12 4116/16 4117/12 4117/23 4118/9 4136/14 4136/14 4137/3 4137/4 4137/11 4138/16 4138/21 4144/5 4144/6 4144/7 4145/14 4149/4 4149/23 4149/23 4149/24 4150/19 4150/24 4152/13
PAGES [3] 4085/25 4099/24 4137/8
PAID [3] 4084/16 4101/15 4101/17
PALMINTIER [3] 4063/19 4063/19 4063/20
PARAGRAPH [4] 4144/7 4149/5 4149/24 4150/25
PARIS [3] 4104/19 4130/19 4130/22
PARISH [5] 4092/19 4136/15 4136/22 4136/24 4138/9
PARISH/CHALMETTE [2] 4136/15 4136/24
PART [15] 4067/5 4083/18 4085/18 4086/6 4093/6 4114/1 4121/16 4136/23 4137/9 4145/5 4145/6 4145/6 4145/21 4146/15 4157/9
PARTICULAR [4] 4087/4 4093/11 4093/13 4093/14
PARTICULARLY [3] 4077/3 4135/2 4146/8
PARTIES [1] 4148/25
PARTS [2] 4100/11 4100/12
PARTY [1] 4155/7
PAST [1] 4092/22
PATIENCE [4] 4155/18 4156/5 4156/7 4156/9
PAUL [2] 4064/11 4064/13
PC [2] 4062/15 4063/2
PEAK [56] 4112/5 4115/12 4118/14 4119/7 4119/9 4119/14 4120/10 4120/15 4120/16 4120/25 4121/9 4122/1 4122/5 4122/9 4123/14 4124/19 4125/2 4125/11 4125/14 4126/2 4126/4 4126/5 4126/6 4126/13 4126/21 4126/24 4126/24 4126/25 4127/2 4129/1 4129/2 4129/3 4129/12 4129/12 4129/16 4129/19 4129/20 4131/8 4132/6 4133/1 4133/2 4133/5 4139/14 4140/1 4140/11 4141/2 4146/7 4147/11 4147/13 4147/13 4147/16 4147/21 4147/23 4150/11 4151/2 4151/4
PEAKED [1] 4147/20
PEAKING [2] 4136/15 4136/24
PEAKS [2] 4123/10 4139/6
PECK [1] 4077/15
PEER [1] 4091/23
PENALIZE [2] 4094/7 4131/13
PEOPLE [7] 4093/17 4095/11 4108/25 4110/9 4110/10 4156/13 4156/17
PERFECT [1] 4076/10
PERFORMANCE [3] 4077/19 4078/3 4086/7
PERHAPS [1] 4101/24
PERSON [7] 4066/6 4102/21 4110/18 4110/22 4111/20 4132/1 4156/24
PERSON-DAYS [3] 4110/18 4110/22

4111/20
PERSONALLY [2] 4090/8 4117/23
PERSONNEL [1] 4155/20
PERSONS [1] 4128/1
PERSUASIVE [1] 4128/2
PERTURBATIONS [1] 4102/8
PETER [1] 4064/15
PHILEN [1] 4064/6
PHILEN'S [1] 4082/21
PHONE [1] 4066/6
PHOTOGRAPH [1] 4073/5
PHOTOGRAPHS [1] 4072/6
PHOTOS [2] 4071/23 4104/20
PHRASE [2] 4072/4 4126/11
PHYSICAL [3] 4076/6 4098/11 4098/18
PICKING [1] 4089/16
PICTOGRAMS [1] 4132/24
PICTURE [1] 4108/9
PICTURES [2] 4134/10 4144/21
PIERCE [2] 4062/15 4083/9
PILE [3] 4070/12 4070/14 4070/21
PITHY [1] 4095/6
PLACE [5] 4070/15 4073/17 4077/25 4125/21 4125/22
PLACES [4] 4073/10 4073/12 4073/16 4120/18
PLAINTIFFS [29] 4062/15 4062/18 4062/21 4063/2 4063/5 4063/9 4063/12 4063/16 4063/19 4063/22 4064/6 4081/21 4082/3 4083/10 4094/21 4096/6 4097/13 4104/19 4106/5 4107/13 4123/4 4123/6 4139/21 4146/4 4146/13 4149/3 4150/13 4154/4 4156/12
PLAINTIFFS' [17] 4069/22 4069/23 4095/21 4097/1 4097/5 4097/10 4097/25 4122/12 4146/11 4146/12 4148/4 4148/10 4148/21 4149/7 4149/19 4150/5 4152/13
PLAN [1] 4154/22
PLANNING [2] 4141/12 4141/14
PLAQUEMINES [2] 4136/22 4138/9
PLATE [2] 4066/12 4066/15
PLC [3] 4062/18 4063/19 4063/23
PLEASE [15] 4066/3 4066/4 4070/16 4070/22 4074/2 4076/14 4076/15 4077/7 4099/10 4130/10 4131/3 4142/3 4142/4 4142/5 4150/25
PLEASURE [1] 4154/25
PLOT [2] 4131/19 4135/20
PLOTS [4] 4110/12 4110/19 4112/4 4132/2
PLOTTED [4] 4102/21 4122/15 4123/16 4133/12
PLOTTING [8] 4102/20 4102/21 4110/6 4110/13 4122/3 4122/7 4122/19 4132/18 PLUS [3] 4091/2 4125/4 4125/17
POINT [13] 4067/6 4067/20 4072/16 4077/14 4088/12 4089/16 4094/6 4127/20 4128/20 4130/12 4133/25 4142/8 4152/5
POINT'S [1] 4118/8
POINTED [4] 4105/2 4144/25 4145/18 4145/25
POINTS [1] 4108/17
POLITICAL [1] 4157/2
POLITICIANS [1] 4092/24
POLITICS [1] 4093/2
POLLET [3] 4129/19 4120/20 4121/6
PONTCHARTRAIN [7] 4114/16 4115/5 4141/1 4141/4 4144/11 4148/7 4154/12
PORTION [2] 4105/4 4136/7
PORTIONS [2] 4087/21 4154/13
PORTRAYING [1] 4116/17

PORTRAYS [1] 4118/13
POSSIBLE [3] 4100/10 4118/8
POST [3] 4063/7 4063/14 4063/24
POTENTIAL [1] 4155/20
POUNDING [1] 4075/6
POYDRAS [2] 4063/10 4064/20
PRACTICES [1] 4079/21
PRE [1] 4151/21
PRE-MRGO [1] 4151/21
PRECISELY [1] 4154/3
PRECISION [1] 4125/16
PREDICT [2] 4093/22 4093/23
PREDICTED [1] 4127/13
PREDICTING [2] 4114/3 4114/6
PREDICTION [1] 4127/10
PREDOMINANTLY [1] 4085/24
PREJUDICED [2] 4111/15 4112/19
PREPARATION [1] 4157/15
PREPARE [2] 4082/8 4110/4
PREPARED [1] 4157/8
PREPARING [1] 4112/6
PRESENCE [2] 4150/20 4152/9
PRESENT [1] 4064/6
PRESENTED [1] 4096/14
PRESIDENTS [1] 4103/8
PRESTANDARDIZATION [1] 4086/14
PRETTY [4] 4107/19 4114/8 4143/9 4145/10
PREVIOUS [3] 4100/5 4100/7 4145/4
PREVIOUSLY [4] 4069/11 4082/5 4144/18 4145/3
PRINCIPLE [1] 4077/4
PRINCIPLES [1] 4079/21
PRINTOUTS [1] 4132/25
PRIOR [3] 4102/2 4126/2 4127/6
PRIVILEGE [1] 4156/20
PRIVY [1] 4093/9
PROBABLY [11] 4087/9 4090/11 4100/4 4100/6 4101/21 4101/22 4105/3 4110/14 4127/13 4129/22 4133/17
PROBATIVE [2] 4111/9 4111/11
PROBLEM [1] 4081/1
PROBLEMS [4] 4093/6 4105/7 4105/12 4156/22
PROCEDURAL [1] 4156/22
PROCEEDINGS [3] 4062/10 4064/24 4158/9
PROCESS [5] 4080/10 4080/12 4091/12 4093/19 4155/19
PRODUCE [2] 4110/14 4112/20
PRODUCED [7] 4064/25 4106/4 4107/7 4107/13 4143/19 4144/1 4145/4
PRODUCING [3] 4108/23 4110/11 4144/15
PROFESSIONAL [1] 4157/7
PROFESSOR [5] 4088/23 4094/14 4094/25 4116/2 4149/1
PROGRAM [1] 4135/20
PROJECT [3] 4087/8 4100/25 4101/14
PROJECTS [2] 4101/9 4101/11
PROMISED [2] 4082/7 4141/20
PROOFREAD [1] 4100/20
PROPAGATES [1] 4138/12
PROPAGATING [3] 4130/20 4130/23 4136/19
PROPOSE [1] 4150/3
PROPOSITION [1] 4150/3
PROTECTION [7] 4070/14 4089/4 4136/15 4136/24 4137/6 4144/9 4148/7
PROVE [1] 4094/11
PROVIDED [4] 4104/20 4132/8 4132/16 4146/4
PROVIDING [1] 4155/1

**P**

PRUDENT [1] 4079/20
PUBLIC [2] 4154/11 4157/17
PULL [1] 4089/13
PULLED [1] 4100/5
PULLING [2] 4128/8 4128/9
PURPOSES [2] 4131/20 4141/13
PURSUIT [1] 4081/23
PUSH [2] 4089/22 4090/1
PUSHED [2] 4130/24 4130/25
PUT [29] 4077/25 4087/21 4104/23
4104/25 4112/12 4112/16 4118/7
4121/25 4122/5 4122/9 4122/11 4122/12
4122/21 4124/16 4129/3 4129/16 4130/3
4131/7 4131/9 4134/4 4134/13 4134/15
4135/16 4135/18 4135/19 4135/22
4135/23 4139/9 4144/23
PUTS [1] 4116/19
PUTTING [2] 4106/23 4136/17
PX [13] 4081/4 4081/4 4081/4 4081/5
4081/5 4081/17 4081/19 4081/21
4083/12 4137/11 4153/5 4154/11
4154/20
PX-1153 [1] 4081/4
PX-1540 [2] 4083/12 4137/11
PX-1810.13 [1] 4081/5
PX-1810.19 [1] 4081/21
PX-1851 [1] 4081/4
PX-1877.1 [1] 4081/5
PX-2138.3 [1] 4081/17
PX-2166 [1] 4154/20
PX-2187 [1] 4154/11
PX-2188 [1] 4153/5
PX-72 [1] 4081/19
PX-98.20 [1] 4081/4

**Q**

QUALIFY [1] 4074/17
QUALITY [1] 4152/20
QUANTIFIED [1] 4095/1
QUANTIFY [1] 4093/4
QUARTER [2] 4127/7 4135/12
QUARTER-FOOT [1] 4135/12
QUESTION [44] 4068/12 4069/19
4079/5 4079/6 4079/7 4079/8 4079/8
4087/22 4088/4 4088/5 4088/14 4090/9
4098/20 4102/23 4102/24 4109/24
4109/25 4111/18 4111/24 4113/4
4116/13 4116/20 4118/5 4118/7 4118/23
4126/8 4126/9 4126/17 4126/18 4127/19
4128/5 4128/6 4128/15 4129/8 4139/1
4142/8 4142/18 4144/17 4146/12
4148/15 4152/2 4152/3 4152/15 4152/16
QUESTIONING [3] 4092/16 4093/17
4111/2
QUESTIONS [10] 4080/22 4081/7
4093/10 4103/17 4112/16 4128/10
4132/21 4142/22 4143/18 4153/1
QUICK [1] 4076/9
QUICKLY [1] 4072/5
QUITE [11] 4074/23 4087/25 4104/23
4104/25 4111/11 4136/3 4138/9 4140/23
4146/16 4147/15 4147/17

**R**

RADIATION [9] 4089/21 4089/22
4089/25 4114/17 4114/18 4114/19
4119/3 4150/7 4150/11
RAISE [1] 4153/22
RATES [1] 4098/8
RATIO [1] 4135/5
RAW [1] 4132/9
REACH [23] 4068/17 4069/18 4069/24
4088/19 4088/20 4088/23 4088/24
4107/24 4114/23 4133/11 4133/11
4134/2 4134/4 4134/10 4134/13 4136/7
4136/11 4144/13 4144/13 4148/8
4151/12 4152/10
REACH 1 [7] 4088/19 4088/23 4088/24
4107/20 4120/4 4120/8 4151/12
REACH 2 [12] 4069/24 4088/20 4133/1
4133/18 4134/2 4134/4 4134/13 4136/7
4136/11 4144/13 4148/8 4152/10
REACHED [3] 4137/5 4144/8 4147/21
REACHES [1] 4136/20
REACHING [2] 4135/21 4136/13
READ [14] 4067/19 4080/16 4081/12
4100/22 4100/23 4116/13 4117/12
4128/6 4128/15 4129/8 4132/24 4137/12
4149/8 4152/5
READILY [1] 4098/11
READING [2] 4067/24 4118/6
READINGS [1] 4125/2
READY [2] 4075/11 4101/7
REAL [3] 4072/5 4088/20 4140/25
REALIZE [1] 4130/5
REALLY [9] 4067/5 4075/8 4114/12
4114/24 4130/16 4130/17 4141/19
4156/7 4157/11
REASON [9] 4092/17 4093/17 4111/17
4119/1 4119/2 4135/13 4137/23 4147/16
4156/21
REASONABLE [2] 4116/2 4130/11
REASONS [5] 4102/1 4104/1 4104/6
4115/20 4147/15
REBUTTAL [8] 4141/12 4141/14
4141/18 4141/21 4153/8 4153/10
4153/11 4155/12
RECALL [10] 4076/24 4087/8 4090/16
4098/1 4112/14 4113/5 4113/23 4113/24
4116/18 4138/8
RECEIVE [1] 4082/16
RECEIVED [8] 4082/17 4083/21 4084/5
4084/25 4085/3 4086/8 4086/10 4093/14
RECENT [1] 4149/9
RECENTLY [3] 4080/16 4092/7 4093/14
RECESS [5] 4076/13 4082/24 4141/25
4142/2 4158/2
RECOGNITIONS [1] 4086/2
RECOGNIZED [1] 4097/25
RECOLLECTION [1] 4087/10
RECOMMEND [1] 4066/10
RECONFIGURATION [1] 4145/12
RECORD [7] 4099/3 4109/10 4111/4
4121/11 4138/7 4143/2 4158/9
RECORDED [2] 4064/24 4124/6
RECORDING [2] 4129/15 4140/10
RECORDS [1] 4133/4
RED [2] 4124/24 4147/4
REDESIGNS [1] 4085/15
REDID [2] 4105/11 4108/17
REDIRECT [4] 4077/5 4113/15 4143/12
4143/16
REDUCTION [1] 4088/15
REFERENCE [1] 4154/15
REFERENCED [1] 4132/9
REFERENCING [1] 4123/15
REFERRED [1] 4077/2
REFERRING [7] 4077/15 4077/22
4078/13 4080/7 4097/7 4109/22 4151/6
REFERS [1] 4136/20
REFINE [1] 4135/11
REFINEMENT [1] 4102/7
REFINING [1] 4093/22
REFLECT [3] 4105/18 4145/13 4151/10
REFLECTED [1] 4147/16
REFLECTS [1] 4122/7
REGARDLESS [1] 4130/7
REGION [6] 4104/12 4136/16 4136/25
4137/20 4146/1 4146/18
REGIONAL [2] 4106/18 4130/15
REGIONALLY [1] 4145/9
RELATIVE [3] 4122/15 4131/18 4132/16
RELATIVELY [1] 4102/1
RELEASE [4] 4091/13 4091/23 4092/5
4092/12
RELEASED [2] 4092/3 4099/6
RELEVANCE [2] 4111/1 4111/1
RELEVANT [1] 4089/9
RELIED [4] 4142/19 4144/14 4144/18
4149/3
RELIEVED [1] 4081/13
REMEMBER [4] 4090/19 4117/18
4118/19 4130/24
RENDER [1] 4118/2
REPEAT [4] 4068/12 4090/9 4102/24
4113/4
REPEATEDLY [2] 4109/22 4112/12
REPHRASE [1] 4126/9
REPORT [76] 4067/16 4067/22 4067/24
4074/10 4079/1 4083/12 4087/24
4095/21 4099/18 4099/24 4100/2
4100/16 4100/18 4100/20 4101/1 4102/2
4102/4 4102/11 4102/15 4102/17
4102/18 4102/18 4103/2 4103/5 4103/6
4103/12 4103/14 4106/4 4106/9 4106/16
4106/17 4107/1 4107/2 4108/2 4108/7
4109/14 4112/4 4112/7 4115/21 4119/12
4120/14 4121/19 4121/21 4121/25
4122/5 4122/7 4122/9 4122/21 4123/5
4123/6 4124/13 4131/8 4131/9 4136/10
4136/14 4137/3 4137/9 4137/11 4138/17
4139/9 4144/6 4144/6 4144/7 4144/15
4144/20 4145/3 4145/4 4145/6 4145/13
4145/15 4145/21 4148/10 4148/12
4151/24 4154/12 4154/20
REPORTED [2] 4125/15 4125/16
REPORTER [5] 4064/20 4128/7 4128/16
4158/6 4158/14
REPORTS [3] 4092/11 4100/7 4155/2
REPRESENT [2] 4116/10 4125/14
REPRESENTATION [1] 4090/11
REPRESENTED [2] 4092/6 4123/3
REPRESENTING [2] 4116/25 4125/13
REPRESENTS [3] 4140/23 4147/2
4147/5
REQUIRES [2] 4091/12 4113/14
RESEARCH [11] 4083/15 4083/20
4083/23 4084/8 4085/12 4085/13
4085/24 4101/12 4101/13 4101/14
4102/11
RESEARCHES [1] 4084/1
RESIO [3] 4132/8 4143/23 4154/20
RESOLUTION [2] 4090/2 4090/12
RESOLVE [3] 4089/25 4089/25 4114/25
RESOLVED [1] 4119/3
RESPECT [4] 4112/15 4112/17 4148/22
4149/20
RESPOND [6] 4082/14 4083/1 4083/3
4111/4 4114/2 4148/13
RESPONSE [2] 4118/15 4139/11
RESPONSIBILITY [2] 4103/7 4103/11
RESPONSIBLE [1] 4137/10
REST [1] 4154/7
RESTATE [1] 4125/23
RESTS [1] 4153/12
RESULT [2] 4107/5 4151/19
RESULTS [19] 4088/1 4088/6 4093/18

**R**

RESULTS... [16]  4095/22 4095/25 4113/23 4119/11 4120/10 4138/14 4143/1 4147/2 4147/5 4149/13 4149/14 4149/18 4150/3 4151/9 4152/19 4152/23
REVIEW [3]  4092/2 4101/2 4149/16
REVIEWED [3]  4091/24 4092/4 4095/25
RHETORICAL [1]  4128/2
RICHARD [1]  4064/16
RIDGE [6]  4104/16 4104/17 4107/23 4107/23 4108/4 4108/6
RIGHT [60]  4066/16 4070/25 4072/21 4075/2 4076/11 4077/13 4082/23 4084/6 4084/7 4084/12 4084/14 4084/15 4084/19 4084/23 4085/13 4090/1 4090/21 4091/2 4091/18 4091/22 4092/25 4093/3 4093/19 4098/4 4100/8 4101/12 4101/15 4103/9 4104/5 4107/8 4107/19 4107/21 4108/7 4112/3 4114/18 4114/25 4115/9 4116/13 4117/11 4120/1 4121/21 4123/19 4124/22 4125/6 4125/24 4127/10 4128/9 4130/3 4133/13 4133/16 4133/23 4135/1 4135/18 4136/4 4137/17 4140/1 4140/6 4142/13 4146/25 4154/4
RIGHTEOUS [1]  4127/25
RISE [7]  4066/3 4076/12 4076/14 4142/1 4142/3 4147/19 4158/1
RISES [1]  4113/11
RISING [1]  4146/15
RISK [3]  4079/23 4080/4 4094/1
RITA [1]  4092/21
RIVER [5]  4121/6 4136/20 4136/21 4148/5 4150/22
ROAD [4]  4104/20 4114/25 4130/19 4130/22
ROBERT [1]  4064/6
ROBIN [1]  4064/15
ROBINSON [3]  4062/5 4087/24 4150/9
ROOM [2]  4064/20 4143/7
ROUGE [2]  4063/14 4063/21
ROUGHLY [4]  4097/8 4130/1 4130/11 4134/24
ROY [2]  4063/5 4063/6
RULE [1]  4072/12
RULED [1]  4154/21
RUN [14]  4088/20 4105/10 4106/8 4107/6 4107/11 4108/7 4110/20 4131/15 4143/25 4144/25 4145/23 4145/24 4146/1 4146/3
RUNS [14]  4100/13 4105/6 4105/11 4105/12 4105/14 4105/16 4105/19 4105/22 4106/4 4107/10 4107/11 4108/8 4108/18 4108/22
RUPERT [1]  4064/14
RUSH [1]  4153/16
RÉSUMÉ [1]  4083/14

**S**

S.W [1]  4063/17
S08 [19]  4087/14 4087/15 4087/19 4094/15 4094/18 4095/10 4095/14 4096/5 4096/15 4096/22 4097/1 4097/3 4097/6 4097/10 4097/13 4097/20 4098/1 4098/3 4098/5
SACROSANCT [1]  4130/5
SAID [49]  4067/18 4067/22 4067/22 4071/17 4071/18 4079/11 4079/24 4079/25 4080/1 4080/5 4096/5 4100/4 4103/8 4103/22 4105/7 4111/8 4113/19 4114/2 4114/3 4114/6 4115/16 4116/5 4117/14 4117/14 4117/18 4117/19
4118/25 4118/25 4119/12 4119/14 4120/20 4129/1 4129/12 4129/16 4129/20 4131/4 4135/19 4136/10 4136/13 4136/14 4136/19 4138/16 4139/14 4145/21 4148/15 4149/8 4153/5 4156/11
SALINITY [1]  4078/11
SALUTE [1]  4081/24
SAME [19]  4068/8 4068/13 4069/13 4069/15 4069/25 4071/24 4077/20 4092/20 4096/19 4098/13 4102/10 4112/6 4124/10 4124/20 4127/13 4143/22 4145/11 4149/21 4151/8
SANDBOX [1]  4128/5
SARAH [1]  4064/16
SARCASTIC [1]  4127/17
SAVINGS [1]  4139/17
SCALE [1]  4106/18
SCALED [2]  4147/5 4147/24
SCALING [2]  4149/25 4150/4
SCENARIO [10]  4088/17 4115/15 4119/9 4151/6 4151/7 4151/8 4151/16 4151/16 4152/6 4152/6
SCENARIOS [8]  4115/13 4149/6 4149/10 4149/11 4149/12 4151/4 4151/7 4152/21
SCHEDULE [2]  4156/1 4157/22
SCIENCE [4]  4093/1 4093/3 4157/2 4157/15
SCIENTIST [1]  4100/15
SCIENTISTS [1]  4092/25
SCOPE [2]  4078/21 4151/25
SCOTT [1]  4062/19
SEABROOK [2]  4119/2 4119/5
SEATED [3]  4066/4 4076/15 4142/4
SECOND [9]  4086/5 4116/17 4116/17 4118/14 4121/15 4126/18 4139/25 4141/9 4149/24
SECTION [9]  4068/8 4068/9 4068/13 4069/5 4069/13 4069/15 4069/24 4083/15 4154/11
SEE [41]  4067/16 4068/20 4070/16 4070/17 4071/19 4072/15 4073/1 4073/5 4073/23 4074/2 4074/13 4074/20 4078/1 4086/4 4108/12 4108/16 4111/1 4116/7 4121/8 4121/23 4131/9 4133/15 4133/24 4134/11 4134/17 4135/1 4135/24 4135/24 4136/1 4136/17 4137/1 4138/14 4139/4 4139/9 4139/12 4140/8 4140/22 4146/22 4146/22 4146/25 4147/9
SEEING [1]  4148/17
SEEMS [1]  4092/18
SEEN [10]  4068/16 4068/25 4069/1 4070/16 4072/14 4124/22 4126/2 4138/8 4154/13 4156/2
SEGREGATE [1]  4112/17
SEMI [1]  4077/10
SEMI-EDUCABLE [1]  4077/10
SENSE [2]  4130/21 4130/22
SENSITIVITY [1]  4094/9
SENT [2]  4082/6 4107/14
SEPARATE [1]  4105/10
SERIES [1]  4143/19
SERIOUSLY [1]  4092/15
SERVICE [3]  4086/11 4094/2 4157/18
SESSION [4]  4062/10 4066/1 4066/4 4142/4
SET [11]  4091/3 4098/3 4098/5 4105/6 4105/12 4110/14 4110/19 4143/22 4144/1 4144/3 4144/18
SETS [2]  4070/4 4145/9
SETTLEMENT [1]  4078/14
SEVEN [2]  4086/1 4086/4
SEVERAL [3]  4075/6 4099/24 4109/3
SHALLOW [1]  4069/11
SHAPE [2]  4125/10 4129/23
SHARE [1]  4068/18
SHE'S [2]  4100/25 4100/25
SHEET [3]  4070/12 4070/14 4070/20
SHELL [1]  4102/18
SHERMAN [1]  4062/22
SHIFT [6]  4129/6 4131/10 4131/12 4131/15 4132/1 4132/13
SHIFTED [1]  4131/25
SHIFTING [1]  4102/22
SHIFTS [1]  4135/2
SHORE [1]  4119/4
SHORELINE [2]  4069/8 4069/10
SHORT [5]  4101/6 4101/8 4104/21 4143/11 4143/12
SHOULD [9]  4066/8 4077/10 4105/3 4106/4 4111/12 4115/13 4115/16 4115/24 4132/1
SHOW [8]  4066/15 4071/11 4072/5 4072/8 4111/14 4116/11 4117/23 4118/20
SHOWED [2]  4090/21 4146/19
SHOWING [3]  4069/9 4106/24 4138/15
SHOWN [7]  4076/4 4077/17 4116/24 4122/23 4123/1 4123/14 4146/19
SHOWS [12]  4067/3 4067/4 4068/19 4068/21 4069/1 4070/9 4071/14 4120/5 4139/6 4151/8 4151/17 4152/7
SIC [2]  4087/14 4142/10
SIDE [27]  4071/16 4071/18 4071/22 4071/25 4072/19 4072/21 4072/22 4072/25 4073/1 4073/1 4073/3 4073/11 4073/11 4073/18 4073/23 4073/24 4074/5 4075/1 4075/3 4076/6 4114/15 4115/4 4125/7 4125/9 4155/5 4155/17
SIDES [1]  4127/23
SIFT [1]  4118/6
SIGNED [1]  4149/1
SIGNIFICANT [4]  4115/19 4118/13 4156/13 4157/17
SIMILAR [8]  4102/5 4107/1 4107/2 4112/3 4146/16 4149/15 4151/5 4152/22
SIMPLISTIC [1]  4125/12
SIMPLY [4]  4090/1 4093/8 4147/10 4150/4
SIMS [1]  4063/3
SIMULATIONS [2]  4109/2 4149/10
SINCE [3]  4078/25 4125/5 4143/11
SINGLE [1]  4142/19
SIR [48]  4069/12 4069/14 4069/21 4070/7 4070/19 4071/3 4071/4 4072/15 4072/17 4073/7 4074/4 4074/11 4075/8 4075/17 4075/21 4076/3 4076/20 4076/24 4076/25 4078/13 4079/11 4079/13 4079/24 4080/9 4080/18 4083/18 4092/6 4092/25 4095/3 4096/25 4097/5 4097/9 4099/8 4099/22 4112/25 4116/14 4120/11 4121/21 4122/5

Case 2:05-cv-04182-SRD-JCW Document 11903 Filed 05/29/08 Page 114 of 118

SIR... [9] 4124/22 4128/14 4131/11 4139/12 4142/10 4142/19 4143/4 4147/7 4154/9

SIT [3] 4080/23 4127/22 4157/23

SITE [1] 4092/9

SITES [1] 4076/5

SIX [6] 4085/5 4085/7 4131/24 4132/2 4149/10 4151/12

SIXTH [1] 4086/13

SL15 [25] 4088/2 4088/10 4091/10 4092/1 4092/3 4092/5 4092/7 4092/9 4093/5 4093/14 4093/15 4096/4 4096/15 4104/13 4106/14 4106/15 4113/22 4137/19 4137/21 4137/23 4138/11 4144/22 4145/10 4145/22 4149/10

SLIDE [12] 4096/14 4096/19 4096/22 4120/13 4120/13 4120/14 4121/3 4124/9 4127/6 4127/8 4139/8 4140/8

SLIDES [2] 4081/5 4096/11

SLIGHT [1] 4145/11

SLOPE [2] 4069/16 4069/17

SLOW [1] 4077/10

SMALL [5] 4074/23 4085/9 4085/14 4105/1 4113/20

SMART [1] 4156/17

SMITH [10] 4064/15 4082/22 4096/3 4113/14 4117/19 4118/3 4128/23 4143/5 4153/2 4153/5

SMITH'S [1] 4153/8

SO [91] 4067/5 4067/19 4069/12 4069/19 4070/12 4072/11 4073/1 4073/13 4073/18 4073/22 4074/5 4075/11 4081/1 4082/20 4085/13 4087/17 4089/21 4092/21 4094/1 4094/12 4095/16 4098/2 4099/3 4101/9 4101/25 4102/5 4104/7 4104/12 4104/16 4104/23 4104/25 4105/4 4105/11 4105/13 4110/14 4110/16 4111/24 4114/8 4114/24 4115/8 4116/19 4117/18 4118/23 4120/7 4120/8 4121/5 4122/15 4122/17 4122/18 4122/19 4124/11 4125/6 4125/11 4127/25 4128/20 4129/5 4129/24 4130/2 4130/16 4130/17 4130/20 4130/25 4131/9 4131/25 4132/1 4132/14 4133/22 4133/22 4133/23 4133/25 4134/9 4135/1 4135/11 4136/2 4136/8 4136/17 4136/20 4137/17 4137/24 4138/10 4139/17 4140/20 4142/16 4144/22 4145/1 4145/1 4147/6 4155/7 4155/17 4156/25 4157/2

SOCIETY [2] 4086/17 4094/2

SOFTWARE [2] 4110/14 4134/15

SOIL [1] 4077/2

SOJA [1] 4064/16

SOME [26] 4070/12 4071/11 4073/2 4073/12 4073/21 4082/8 4082/12 4086/23 4093/22 4095/25 4102/17 4102/17 4102/19 4103/20 4104/6 4104/20 4104/25 4105/1 4112/13 4115/20 4127/2 4146/7 4149/25 4156/6 4156/13 4156/17

SOMEBODY [3] 4066/8 4081/3 4108/23

SOMEHOW [1] 4150/2

SOMETHING [8] 4076/21 4080/6 4088/10 4098/22 4106/20 4112/20 4150/4 4157/12

SOMETIME [1] 4153/6

SOMEWHAT [2] 4079/3 4145/22

SOMEWHERE [5] 4069/18 4069/20 4129/23 4134/1 4135/3

SOPHISTICATED [1] 4110/6

SORRY [7] 4084/22 4087/12 4089/24 4120/3 4128/21 4139/3 4141/20 4153/15

SOUND [3] 4079/21 4084/6 4084/18

SOUNDS [4] 4084/7 4084/15 4084/19 4084/23

SOURCES [2] 4085/3 4085/18

SOUTH [15] 4062/16 4070/10 4071/11 4072/8 4072/9 4072/10 4072/10 4074/2 4114/15 4115/4 4119/4 4130/15 4135/2 4136/22 4151/17

SOUTHEASTERN [1] 4085/15

SOUTHERN [1] 4085/16

SPEAK [2] 4080/9 4080/14

SPEAKING [3] 4092/14 4153/10 4156/5

SPECIFIC [8] 4071/10 4075/25 4083/23 4119/17 4126/23 4131/22 4137/1 4146/1

SPECIFICALLY [1] 4106/16

SPIRITED [1] 4157/6

SPONSORED [7] 4083/15 4083/20 4084/1 4084/8 4101/11 4101/13 4101/14

SPOT [2] 4070/24 4073/22

SPRINGS [1] 4063/17

SR [1] 4064/16

ST. [4] 4136/15 4136/24 4137/6 4144/9

ST. BERNARD [2] 4136/15 4136/24

ST. BERNARD/CHALMETTE [2] 4137/6 4144/9

STABILITY [3] 4069/16 4069/17 4078/15

STAGE [2] 4091/12 4091/15

STAND [4] 4079/18 4080/5 4119/11 4143/2

STANDING [1] 4092/12

STANDS [1] 4086/16

STANWOOD [1] 4062/11

STAR [1] 4066/10

STARS [1] 4076/17

START [5] 4072/13 4073/20 4128/10 4135/11 4138/2

STARTED [2] 4119/19 4107/21

STARTING [1] 4132/16

STATE [4] 4077/1 4092/15 4093/12 4152/13

STATED [1] 4069/11

STATEMENT [4] 4114/12 4114/14 4116/3 4144/20

STATES [8] 4062/1 4062/7 4062/11 4068/4 4085/18 4109/2 4144/7 4158/6

STATING [1] 4113/5

STATION [4] 4064/17 4066/15 4121/4 4121/5

STATIONS [2] 4121/11 4121/12

STAY [1] 4117/24

STEEP [1] 4114/20

STENOGRAPHY [1] 4064/24

STEP [1] 4134/21

STEVENS [3] 4063/22 4063/23 4081/24

STICK [1] 4122/4

STILL [3] 4093/19 4119/6 4141/11

STONE [2] 4064/16 4141/17

STOP [2] 4093/21 4094/2

STOPS [1] 4103/8

STORM [5] 4086/23 4089/3 4145/9 4149/14 4152/22

STREET [10] 4062/16 4062/19 4062/23 4063/6 4063/10 4063/13 4063/20 4064/4 4064/7 4064/20

STRESS [1] 4089/22

STRESSES [7] 4089/17 4089/25 4114/18 4114/18 4114/20 4150/7 4150/11

STRETCH [3] 4068/2 4104/21 4135/3

STRICKEN [1] 4138/7

STRIKE [1] 4151/23

STRONG [1] 4099/2

STRUCTURE [10] 4077/19 4077/21 4078/1 4078/2 4079/18 4079/22 4079/25 4080/2 4080/6 4080/11

STRUCTURES [2] 4069/8 4090/1

STUDENTS [3] 4077/1 4100/10 4109/3

STUDIED [2] 4075/25 4096/1

STUDY [8] 4070/2 4071/10 4089/16 4090/3 4104/12 4137/22 4146/1 4154/13

SUBJECT [9] 4082/4 4090/18 4091/7 4091/20 4092/2 4093/13 4123/24 4154/4 4157/24

SUBLIMINALLY [1] 4112/11

SUBMITTED [2] 4108/2 4148/25

SUBMITTING [1] 4100/15

SUBROGATED [1] 4064/2

SUBTRACT [2] 4125/18 4125/21

SUCCEED [1] 4156/8

SUCH [3] 4082/9 4126/11 4131/21

SUFFICIENT [1] 4114/18

SUFFICIENTLY [1] 4119/3

SUGGEST [1] 4155/12

SUGGESTED [2] 4097/1 4155/5

SUGGESTS [1] 4125/12

SUITE [5] 4062/16 4063/3 4063/6 4063/10 4064/7

SUMMER [2] 4085/12 4132/1

SUMMERTIME [4] 4131/25 4132/2 4140/3 4140/4

SUN [1] 4113/11

SUPERB [1] 4099/11

SUPERCOMPUTER [1] 4105/25

SUPERCOMPUTING [1] 4107/13

SUPERIMPOSED [1] 4121/5

SUPERIOR [1] 4096/4

SUPPLEMENT [1] 4066/14

SUPPLEMENTAL [2] 4154/20 4154/22

SUPPLEMENTED [1] 4085/17

SUPPORT [1] 4082/8

SUPPOSEDLY [1] 4148/6

SURE [22] 4068/13 4070/23 4070/25 4073/8 4073/10 4077/20 4080/2 4080/25 4081/3 4081/22 4083/4 4091/19 4111/11 4117/10 4123/21 4133/7 4137/18 4139/21 4141/24 4148/17 4152/1 4157/4

SURFACE [3] 4069/12 4088/15 4133/21

SURGE [78] 4075/6 4086/19 4086/23 4088/24 4089/3 4096/4 4098/7 4104/12 4106/18 4114/3 4114/6 4114/15 4115/4 4119/9 4119/14 4120/10 4120/15 4120/16 4120/25 4121/9 4123/23 4123/25 4124/2 4125/2 4126/2 4126/4 4126/5 4126/6 4126/13 4126/21 4129/1 4129/2 4129/3 4129/12 4129/12 4129/16 4130/14 4130/15 4130/19 4131/8 4132/6 4133/1 4133/2 4133/5 4133/12 4136/11 4136/15 4136/19 4136/21 4136/23 4137/5 4137/20 4137/22 4138/8 4138/12 4144/8 4144/10 4144/13 4146/8 4146/10 4146/22 4146/23 4147/9 4147/10 4147/11 4147/19 4148/4 4148/6 4148/21 4148/23 4149/14 4149/19 4149/19 4149/21 4150/11 4151/4 4152/10 4152/22

SURGE BETWEEN [1] 4120/15

SURGES [3] 4118/14 4140/18 4146/7

SURPRISED [2] 4143/6 4143/9

SURVEY [3] 4104/16 4107/22 4108/5

SWAMP [1] 4105/3

SWAYED [1] 4128/3

SWITCH [1] 4077/6

SWORN [2] 4066/17 4083/5

SYSTEM [4] 4089/4 4105/24 4107/12

S
SYSTEM... [1] 4107/13

T
T0F1 [1] 4087/14
TAHEERAH [1] 4064/11
TAKE [15] 4076/16 4079/22 4082/23
4103/6 4103/11 4110/4 4110/15 4114/12
4116/3 4125/3 4125/4 4128/20 4133/18
4141/25 4142/5
TAKEN [5] 4072/6 4144/5 4145/19
4148/2 4150/12
TAKES [2] 4110/14 4126/3
TAKING [2] 4117/20 4125/5
TALK [10] 4077/23 4080/4 4087/25
4090/6 4099/21 4112/24 4146/7 4149/25
4156/1 4157/23
TALKED [3] 4113/20 4139/25 4150/19
TALKING [5] 4077/21 4077/24 4077/24
4128/14 4148/20
TALKS [1] 4075/4
TASK [4] 4086/7 4086/14 4110/23
4111/21
TASKED [1] 4108/3
TEACH [1] 4077/1
TEAM [5] 4069/22 4069/23 4086/21
4087/2 4141/11
TEAMS [1] 4075/22
TEETH [2] 4128/8 4128/9
TELL [11] 4070/25 4072/16 4074/7
4100/2 4100/15 4101/19 4116/12 4122/4
4124/16 4130/10 4156/5
TELLING [1] 4128/22
TEMPLATE [1] 4145/7
TEN [6] 4074/24 4099/3 4130/2 4130/6
4130/8 4141/25
TEN-MINUTE [4] 4130/2 4130/6 4130/8
4141/25
TEND [1] 4135/10
TERM [1] 4096/10
TERMS [10] 4087/20 4108/22 4126/23
4129/21 4129/23 4131/4 4132/18
4135/13 4145/9 4146/17
TERZAGHI [1] 4077/15
TEST [1] 4094/9
TESTIFIED [11] 4066/18 4083/6 4091/6
4113/21 4115/12 4118/12 4118/16
4119/8 4123/21 4144/18 4145/3
TESTIFY [1] 4156/18
TESTIMONY [26] 4069/4 4077/5
4080/24 4081/20 4090/22 4106/23
4107/4 4109/21 4113/25 4114/1 4114/10
4115/22 4116/8 4116/23 4116/24
4116/24 4118/6 4118/18 4118/20 4119/5
4119/20 4138/6 4140/19 4141/22
4155/12 4155/13
TESTING [1] 4094/24
TEXAS [2] 4063/4 4085/16
TEXT [1] 4144/22
TF01 [4] 4087/13 4087/15 4087/17
4087/18
THAN [21] 4067/4 4070/10 4071/2
4071/5 4072/25 4085/3 4093/13 4096/4
4096/22 4105/3 4106/8 4108/16 4126/14
4129/16 4131/7 4137/23 4138/10 4144/2
4146/23 4147/10 4147/13
THANK [25] 4066/11 4067/2 4067/12
4071/6 4071/13 4071/24 4072/20
4073/25 4075/10 4080/18 4081/14
4084/12 4121/23 4123/17 4127/21
4143/2 4143/4 4153/2 4153/9 4154/7
4154/9 4155/21 4155/24 4157/16

4157/25
THAT'S [104]
THEIR [9] 4090/1 4095/22 4097/3
4097/10 4143/1 4149/20 4150/5 4150/14
4152/14
THEM [36] 4071/7 4073/19 4074/7
4081/11 4082/4 4082/25 4084/7 4096/1
4102/21 4102/21 4103/22 4104/23
4105/8 4105/17 4106/7 4106/14 4106/20
4106/20 4107/18 4108/12 4108/13
4109/22 4111/8 4111/12 4112/13
4112/16 4113/2 4113/7 4114/21 4118/4
4121/17 4122/3 4132/24 4135/13
4143/20 4156/8
THEN [28] 4072/10 4072/18 4072/21
4073/15 4073/19 4073/21 4073/22
4078/5 4093/21 4102/8 4105/1 4113/1
4113/6 4117/3 4119/6 4126/8 4126/11
4127/23 4128/11 4130/3 4131/5 4135/12
4135/23 4135/25 4136/21 4156/15
4156/22 4156/23
THERE [64] 4066/8 4066/16 4067/6
4069/17 4069/20 4070/10 4071/2 4071/4
4071/15 4071/16 4071/18 4071/22
4072/17 4072/22 4072/24 4073/2 4073/2
4073/10 4073/21 4075/5 4084/24 4097/7
4101/6 4101/8 4102/7 4102/14 4102/19
4103/1 4103/3 4103/20 4104/23 4106/24
4113/12 4114/24 4118/25 4119/1
4122/11 4124/14 4126/21 4129/6
4129/20 4130/8 4130/23 4131/8 4131/10
4133/22 4134/8 4134/15 4135/5 4136/18
4136/23 4138/6 4139/15 4140/13
4141/23 4144/1 4144/24 4145/2 4145/11
4145/17 4149/8 4149/18 4153/10
4153/25
THERE'S [39] 4069/11 4070/12 4070/24
4075/19 4082/12 4082/20 4084/1
4085/14 4088/13 4091/1 4091/3 4092/17
4093/6 4093/10 4093/18 4098/17
4102/16 4115/3 4115/20 4125/6 4127/7
4127/15 4128/25 4129/5 4129/11
4129/20 4129/25 4130/6 4131/10
4131/21 4134/8 4140/12 4140/13 4144/4
4146/7 4146/8 4149/25 4155/6 4156/21
THEREFORE [4] 4111/14 4122/15
4134/10 4149/15
THESE [25] 4072/6 4074/4 4080/12
4093/21 4101/10 4109/18 4109/19
4110/11 4110/17 4110/22 4111/8
4111/20 4112/7 4117/16 4121/11
4121/11 4121/16 4121/16 4121/18
4123/5 4123/10 4123/11 4130/5 4134/10
4151/2
THEY [54] 4067/20 4073/17 4074/8
4076/2 4082/17 4085/19 4085/20
4090/21 4090/24 4090/25 4091/2 4091/9
4093/8 4093/15 4097/3 4097/3 4097/22
4098/2 4098/3 4098/5 4098/6 4098/18
4105/21 4106/1 4106/10 4106/12
4106/17 4106/18 4107/6 4107/6 4109/2
4109/20 4110/24 4111/24 4112/2 4112/3
4112/12 4112/16 4115/16 4125/11
4131/18 4135/10 4135/10 4137/9
4143/21 4143/25 4143/25 4145/17
4147/7 4147/8 4149/8 4150/17 4151/15
4154/5
THEY'RE [18] 4074/25 4075/2 4085/9
4090/11 4091/2 4092/18 4092/21
4105/24 4105/25 4109/19 4112/10
4121/18 4131/17 4134/21 4146/19
4147/7 4154/1 4154/6

THICK [5] 4066/23 4066/24 4066/25
4066/4 4087/4
THING [7] 4079/11 4092/20 4096/19
4098/13 4115/10 4124/10 4127/17
THINGS [19] 4069/9 4078/11 4090/6
4093/23 4094/2 4098/16 4101/10
4102/13 4104/24 4110/5 4110/11
4110/12 4112/7 4114/24 4114/25
4131/20 4132/23 4153/4 4156/9
THINK [56] 4080/19 4081/13 4082/11
4084/1 4088/13 4090/11 4090/21 4093/1
4093/3 4093/5 4093/11 4093/23 4093/24
4094/1 4094/2 4094/10 4095/13 4098/17
4102/19 4106/23 4111/5 4111/6 4111/9
4111/23 4113/9 4113/13 4113/19 4114/8
4114/9 4114/17 4115/19 4115/20 4116/1
4116/2 4117/15 4118/16 4118/18
4118/25 4120/5 4120/6 4120/8 4122/11
4122/11 4123/21 4124/16 4127/6
4136/13 4138/7 4138/25 4139/2 4139/18
4141/15 4142/7 4148/14 4153/5 4153/21
THINKING [1] 4156/6
THIRD [2] 4097/9 4149/4
THIS [161]
THOMAS [2] 4063/3 4066/17
THOSE [32] 4067/5 4070/9 4070/20
4071/5 4074/6 4074/16 4075/17 4076/5
4078/13 4085/14 4085/17 4090/22
4095/25 4102/19 4104/25 4105/5 4105/7
4107/6 4107/15 4110/12 4112/4 4113/2
4113/7 4114/19 4114/20 4130/1 4130/15
4130/17 4143/21 4143/21 4144/23
4145/16
THOUGH [2] 4079/2 4150/1
THOUGHT [8] 4083/13 4096/17 4104/14
4104/21 4107/24 4114/9 4124/17
4125/25
THOUSAND [1] 4070/17
THREE [11] 4069/6 4086/18 4091/12
4092/22 4106/3 4110/16 4112/20
4131/17 4138/24 4141/20 4148/10
THREE-AND-A-HALF [2] 4110/16
4112/20
THREE-STAGE [1] 4091/12
THRESHOLD [1] 4094/7
THROUGH [26] 4073/19 4081/5 4081/5
4084/4 4085/11 4085/12 4089/10
4089/14 4094/24 4104/15 4105/6
4105/10 4105/12 4105/15 4105/16
4106/8 4108/8 4117/4 4117/22 4118/6
4119/22 4130/20 4130/23 4144/10
4145/16 4157/3
THROUGHOUT [2] 4080/10 4154/13
THROWS [1] 4127/23
THUS [2] 4151/4 4152/21
TIDAL [1] 4086/14
TIDE [4] 4140/16 4140/20 4140/25
4140/25
TIDE'S [1] 4140/14
TIDES [5] 4098/7 4131/17 4140/17
4140/23 4141/4
TILTED [2] 4073/13 4073/16
TIME [47] 4076/8 4080/23 4082/14
4082/24 4090/12 4094/8 4097/9 4098/20
4098/24 4101/10 4104/24 4104/25
4105/7 4107/21 4109/9 4120/15 4120/16
4122/5 4122/9 4122/14 4122/19 4123/12
4123/14 4125/21 4126/3 4126/13
4126/16 4126/19 4126/21 4129/9 4130/8
4131/16 4131/17 4131/22 4132/16
4133/10 4133/13 4133/13 4139/17
4139/17 4139/24 4141/8 4142/5 4147/21
4154/10 4155/22 4157/21

## T

TIMES [8] 4069/6 4070/17 4074/24
4100/21 4123/11 4130/5 4139/9 4157/7
TIMING [6] 4070/2 4075/25 4076/10
4130/21 4146/7 4146/8
TITANIUM [2] 4066/10 4076/17
TODAY [4] 4080/14 4141/23 4146/22
4153/19
TOE [1] 4136/3
TOGETHER [3] 4094/18 4102/2 4102/4
TOLD [6] 4076/1 4082/1 4135/16 4138/2
4138/17 4153/14
TOLERANCE [1] 4127/2
TONI [4] 4064/20 4158/5 4158/13
4158/13
TOO [7] 4084/14 4087/16 4098/14
4104/19 4105/8 4119/2 4119/2
TOOK [8] 4076/13 4097/19 4104/23
4104/25 4107/11 4110/18 4132/2 4142/2
TOOLS [1] 4110/6
TOP [7] 4070/13 4070/13 4072/24
4075/2 4075/7 4075/11 4075/19
TOPIC [3] 4071/15 4112/24 4120/9
TOPOGRAPHY [7] 4090/18 4091/7
4097/22 4098/19 4098/23 4137/24
4138/2
TORTS [1] 4064/10
TOTAL [2] 4085/10 4087/8
TOTALED [1] 4084/16
TOTALLY [1] 4112/9
TOWARDS [3] 4133/18 4134/2 4138/13
TRACK [3] 4099/2 4101/23 4104/24
TRANSCRIPT [3] 4064/24 4117/21
4158/8
TRANSECT [1] 4134/19
TRIAL [4] 4062/10 4154/14 4155/2
4155/3
TRIALS [1] 4142/13
TRIANGLES [2] 4124/25 4140/9
TRIANGULAR [2] 4136/16 4136/25
TRIED [3] 4102/12 4106/15 4106/19
TRIP [1] 4142/6
TROUBLE [1] 4110/5
TRUE [7] 4067/12 4068/8 4094/3
4126/18 4147/21 4147/23 4158/7
TRUTH [2] 4156/15 4156/16
TRY [9] 4076/20 4082/7 4101/10
4107/18 4116/4 4128/10 4132/20 4156/8
4156/14
TRYING [9] 4107/19 4107/22 4111/14
4115/10 4117/24 4126/15 4141/19
4143/8 4157/10
TUNE [2] 4114/23 4115/10
TURN [2] 4083/12 4149/4
TURNING [3] 4104/21 4149/23 4150/19
TURNS [2] 4145/11 4148/3
TUSA [4] 4064/20 4158/5 4158/13
4158/13
TWO [19] 4069/9 4070/20 4092/22
4099/22 4103/14 4103/25 4105/13
4108/23 4108/25 4109/16 4110/15
4110/18 4110/22 4111/20 4131/7 4139/6
4148/11 4151/7 4156/22
TWO-DAY [1] 4103/14
TYPE [2] 4138/3 4138/3
TYPICALLY [1] 4140/18

## U

U.S [2] 4064/9 4086/6
ULTIMATE [1] 4127/25
UNDER [5] 4088/17 4129/16 4144/25
4145/1 4149/5

UNDERSTAND [25] 4073/25 4089/3
4090/7 4098/1 4099/3 4104/3
4109/21 4110/16 4112/5 4114/13 4115/1
4115/6 4115/6 4115/9 4115/9 4115/20
4117/17 4118/2 4123/8 4132/4 4133/9
4139/22 4142/16 4155/8
UNDERSTANDING [5] 4120/6 4123/24
4133/17 4135/13 4158/9
UNDERSTANDS [1] 4139/16
UNDERSTOOD [1] 4134/7
UNDUE [1] 4156/23
UNFORTUNATELY [1] 4156/20
UNHAPPY [1] 4092/18
UNIFORM [1] 4067/21
UNIT [1] 4072/22
UNITED [7] 4062/1 4062/7 4062/11
4068/4 4085/18 4109/2 4158/6
UNITED STATES [3] 4068/4 4085/18
4109/2
UNIVERSE [1] 4110/10
UNIVERSITY [2] 4099/7 4149/2
UNLESS [3] 4111/12 4117/9 4117/22
UNLIKE [1] 4089/6
UNPERSUASIVE [1] 4128/1
UNQUALIFIEDLY [1] 4103/11
UNSCALED [2] 4147/2 4147/24
UNSWAN [1] 4099/6
UNTIL [3] 4075/6 4080/11 4153/8
UP [55] 4068/1 4070/8 4071/22 4072/10
4072/24 4075/2 4075/5 4075/7 4075/14
4076/20 4084/16 4084/19 4085/2 4086/1
4086/5 4086/18 4089/16 4090/1 4101/23
4106/23 4108/17 4113/17 4114/22
4114/23 4118/20 4119/5 4121/10
4122/14 4127/13 4130/17 4130/25
4130/25 4133/3 4133/19 4133/22
4133/23 4133/25 4133/25 4134/19
4134/23 4135/10 4135/11 4135/20
4135/20 4136/12 4136/19 4137/12
4138/9 4140/2 4140/17 4143/11 4144/23
4145/9 4149/23 4150/23
UPGRADE [5] 4087/14 4087/15 4087/19
4087/20 4087/22
UPGRADED [1] 4098/3
UPON [3] 4123/4 4144/14 4149/3
UPPER [2] 4073/3 4136/7
UPRIGHTS [1] 4071/7
URGED [1] 4082/5
US [21] 4066/15 4067/8 4072/12
4081/22 4092/7 4103/25 4104/20
4107/23 4108/25 4110/7 4110/18
4121/16 4124/16 4132/23 4132/25
4138/2 4148/24 4149/4 4153/22 4153/24
4155/14
USA [1] 4150/10
USE [11] 4081/25 4088/1 4096/9
4096/10 4097/1 4097/3 4097/6 4097/10
4104/20 4105/25 4137/19
USED [35] 4087/11 4087/13 4088/6
4088/9 4090/10 4090/17 4091/1 4092/13
4093/11 4094/21 4096/6 4097/3 4098/2
4098/3 4098/6 4102/4 4102/18 4105/2
4106/17 4106/19 4107/15 4108/7
4110/15 4113/2 4113/7 4125/13 4137/22
4143/20 4143/21 4144/23 4145/4 4145/7
4145/16 4154/19 4155/2
USES [2] 4149/9 4150/7
USGS [1] 4138/1
USING [7] 4090/7 4096/11 4107/5
4125/12 4138/4 4139/24 4143/22
USUALLY [1] 4131/19
UTILIZED [1] 4079/4

## V

V-MAP [1] 4072/4
V3 [8] 4106/15 4106/24 4106/25 4137/19
4137/21 4137/23 4138/11 4144/22
VAGUE [3] 4109/15 4119/16 4125/20
VALUE [1] 4105/2
VALUES [1] 4116/1
VAN [1] 4097/19
VARIABLE [1] 4098/17
VARIOUS [1] 4149/6
VARY [1] 4098/23
VECTORS [1] 4134/2
VENICE [1] 4136/23
VERGE [1] 4074/15
VERRETT [1] 4066/22
VERSION [8] 4091/15 4091/20 4091/23
4092/1 4092/7 4092/10 4096/4 4149/9
VERSIONS [2] 4092/3 4092/12
VERSUS [3] 4062/6 4115/10 4144/24
VERY [55] 4066/11 4066/23 4067/12
4069/25 4071/6 4071/21 4073/23 4075/7
4076/18 4080/18 4084/12 4085/9 4092/2
4092/2 4092/4 4092/18 4093/22 4093/24
4102/5 4102/12 4104/13 4106/15
4106/19 4106/25 4106/25 4107/2 4107/2
4107/25 4111/6 4111/9 4112/3 4112/3
4114/20 4114/24 4116/3 4118/16
4119/12 4125/12 4126/5 4128/8 4129/21
4129/22 4130/15 4130/16 4130/25
4135/13 4147/7 4151/12 4152/10
4155/24 4156/17 4156/18 4157/6 4157/6
4157/16
VERY GLOBALLY [1] 4114/24
VICINITY [2] 4072/4 4148/7
VICTOR [1] 4063/24
VIDEO [1] 4072/7
VIEW [3] 4074/20 4139/20 4148/10
VIRTUES [1] 4098/10
VITAE [1] 4083/17
VOLUME [1] 4062/10
VRIJLING [5] 4089/6 4116/2 4142/10
4142/11 4149/1
VRIJLING'S [1] 4088/23

## W

WALLS [3] 4073/13 4073/16 4089/11
WALTER [1] 4063/12
WANT [38] 4072/15 4077/8 4077/20
4077/23 4078/11 4079/11 4080/4
4080/20 4080/25 4081/22 4083/15
4088/12 4099/21 4106/10 4106/11
4108/10 4110/4 4111/3 4112/19 4114/25
4116/11 4117/22 4120/9 4120/9 4122/4
4123/10 4127/20 4128/10 4128/11
4129/7 4131/11 4139/18 4140/6 4148/13
4150/23 4153/4 4156/5 4156/11
WANTED [6] 4072/12 4081/3 4109/9
4134/4 4154/14 4157/16
WANTS [1] 4113/14
WARREN [1] 4064/6
WARREN'S [1] 4082/21
WAS [113]
WASHINGTON [1] 4064/18
WASN'T [4] 4099/1 4117/17 4136/2
4156/9
WATCH [1] 4080/5
WATCHING [1] 4079/18
WATER [28] 4069/12 4073/14 4073/20
4075/11 4088/15 4089/13 4090/17
4091/3 4091/7 4092/20 4092/21 4114/23
4115/12 4118/17 4119/5 4121/11
4121/12 4133/21 4135/19 4137/14

WATER... [8] 4138/19 4145/11 4146/17
4147/17 4150/8 4150/10 4150/15
4151/13
WAVE [2] 4071/16 4071/18 4071/22
4075/3 4076/6 4086/20 4089/14 4089/21
4089/22 4089/25 4090/18 4091/8
4093/11 4093/13 4114/17 4114/18
4114/19 4119/3 4130/20 4130/23
4130/23 4150/7 4150/11
WAVES [3] 4075/6 4089/17 4090/4
WAY [22] 4068/1 4068/20 4075/14
4092/20 4104/24 4107/24 4108/23
4117/2 4117/3 4117/18 4117/22 4118/5
4122/15 4123/15 4124/11 4125/14
4135/21 4143/14 4147/9 4148/3 4150/12
4156/13
WE [205]
WE'LL [10] 4066/5 4070/17 4071/24
4082/23 4087/25 4117/8 4141/25
4153/21 4154/24 4155/6
WE'RE [24] 4072/5 4072/7 4075/13
4075/13 4077/20 4077/20 4088/3 4117/9
4119/2 4119/21 4120/7 4120/8 4124/1
4127/5 4128/9 4131/24 4135/2 4135/17
4141/7 4141/14 4141/19 4155/25
4157/13 4157/22
WE'VE [12] 4070/16 4094/16 4095/1
4102/19 4114/8 4126/2 4131/15 4155/23
4155/25 4156/17 4157/14 4157/21
WEB [1] 4092/9
WEEK [3] 4111/24 4112/2 4143/20
WELCOME [1] 4156/4
WELL [74] 4068/18 4070/24 4073/10
4075/2 4076/1 4078/22 4085/25 4088/8
4088/9 4089/12 4089/18 4090/11
4090/16 4091/17 4092/2 4092/14 4093/4
4095/13 4095/20 4098/2 4098/12 4099/1
4099/7 4099/16 4101/6 4101/9 4101/13
4102/12 4102/16 4102/24 4104/2 4104/8
4104/11 4106/8 4106/23 4108/22
4108/25 4110/6 4110/12 4110/24 4111/3
4111/13 4113/19 4114/8 4114/12
4115/18 4116/1 4116/3 4116/20 4118/8
4118/16 4119/11 4120/1 4120/23
4121/10 4122/11 4122/18 4125/8
4128/22 4128/23 4129/5 4129/19
4129/21 4129/22 4132/8 4132/13
4134/13 4134/16 4136/12 4139/16
4141/3 4143/10 4150/5 4152/1
WENT [5] 4073/17 4111/7 4135/20
4144/23 4144/25
WERE [73] 4069/3 4071/5 4071/16
4073/18 4078/9 4078/18 4086/6 4086/13
4086/20 4087/2 4087/4 4087/21 4089/9
4089/25 4090/7 4090/7 4090/10 4090/15
4090/18 4090/24 4091/7 4093/15
4094/19 4095/24 4096/17 4100/11
4100/12 4101/12 4102/18 4103/17
4103/20 4104/7 4104/13 4104/20 4105/1
4105/2 4106/10 4106/17 4107/6 4107/6
4107/7 4107/25 4108/17 4109/20
4110/17 4110/22 4110/24 4111/20
4111/24 4112/2 4112/3 4112/4 4112/16
4113/12 4113/20 4113/20 4113/25
4119/2 4120/1 4132/9 4134/18 4137/9
4138/15 4143/7 4143/21 4143/25
4143/25 4144/5 4144/22 4145/15
4150/20 4154/18 4154/19
WEREN'T [2] 4106/12 4106/19
WEST [1] 4136/22
WESTERINK [14] 4083/5 4083/9 4142/5

4142/18 4143/18 4146/9 4148/2 4148/20
4149/6 4149/14 4150/4 4150/25 4151/16
4152/24
WESTERINK'S [4] 4123/5 4123/5
4123/7 4149/13
WETLAND [2] 4138/1 4138/3
WETLANDS [7] 4072/22 4078/12
4088/19 4105/4 4137/25 4138/1 4150/21
WHAT [74] 4067/22 4071/14 4071/17
4071/19 4074/23 4078/2 4079/3 4080/5
4080/6 4082/11 4083/23 4089/2 4090/22
4092/22 4093/4 4093/12 4093/25 4096/5
4096/17 4099/10 4105/13 4107/15
4108/6 4108/8 4108/10 4108/15 4109/7
4109/25 4110/12 4110/22 4111/20
4112/11 4114/2 4114/4 4114/7 4114/16
4114/22 4115/14 4116/25 4117/14
4117/19 4119/12 4122/21 4123/3 4123/8
4123/13 4123/24 4125/10 4125/15
4125/16 4125/21 4129/25 4131/7
4132/21 4132/25 4133/2 4133/20
4137/16 4137/25 4138/4 4138/8 4138/16
4139/2 4139/4 4143/1 4145/23 4146/3
4148/10 4149/8 4153/21 4156/10
4156/15 4157/10 4157/11
WHAT'S [4] 4107/1 4112/18 4112/18
4118/14
WHATEVER [7] 4066/8 4095/10 4096/9
4099/8 4123/10 4128/18 4140/5
WHEN [18] 4079/2 4080/6 4085/2
4095/24 4097/8 4107/17 4109/13
4110/17 4116/12 4130/24 4131/19
4131/23 4137/12 4140/16 4145/16
4148/2 4148/3 4157/10
WHERE [29] 4068/13 4069/4 4069/12
4069/15 4069/25 4070/5 4070/7 4071/2
4071/8 4072/5 4073/13 4074/8 4075/21
4076/1 4092/19 4093/20 4102/20
4105/21 4105/22 4106/1 4114/9 4114/19
4115/1 4120/22 4121/17 4133/23 4135/1
4135/1 4146/22
WHEREUPON [5] 4066/17 4076/13
4083/5 4142/2 4158/2
WHETHER [10] 4070/13 4088/5 4092/23
4093/6 4093/7 4093/8 4104/24 4113/10
4116/8 4145/21
WHICH [38] 4067/20 4072/3 4073/3
4079/3 4081/18 4081/21 4083/12
4084/24 4087/24 4088/19 4091/20
4091/23 4096/5 4098/6 4100/16 4105/3
4107/12 4109/1 4115/15 4117/9 4120/18
4120/19 4121/10 4122/7 4123/12
4127/24 4134/18 4147/1 4147/5 4148/21
4149/6 4152/5 4153/18 4154/11 4154/20
4154/20 4157/3 4157/7
WHILE [3] 4089/21 4126/3 4149/17
WHO [9] 4077/15 4095/20 4103/4
4108/21 4110/10 4113/2 4113/7 4149/2
4156/7
WHO'S [3] 4066/6 4146/9 4146/12
WHOEVER [1] 4109/4
WHOLE [3] 4068/2 4080/10 4154/14
WHY [25] 4096/3 4101/5 4101/8 4104/1
4104/7 4104/10 4107/25 4111/8 4115/6
4118/17 4118/17 4118/20 4118/21
4120/6 4128/19 4134/6 4143/7 4143/13
4144/19 4145/2 4145/13 4145/17
4145/20 4146/14 4147/13
WIDE [2] 4074/24 4104/19
WIDENED [1] 4069/5
WIDENING [5] 4068/11 4068/15 4068/19
4068/21 4069/2
WIDTH [3] 4068/22 4069/6 4107/20

WIDTHS [2] 4068/17 4068/23
WILL [19] 4072/12 4077/4 4081/12
4088/4 4095/5 4095/6 4114/23 4117/5
4118/1 4118/9 4127/24 4143/12 4152/5
4153/7 4153/22 4155/1 4155/9 4157/3
4157/4
WIND [4] 4090/19 4091/8 4098/12
4134/2
WINDS [5] 4114/22 4114/23 4130/16
4130/18 4131/4
WIRES [1] 4142/6
WISH [3] 4082/15 4155/11 4155/19
WITHDRAW [4] 4079/8 4079/8 4148/15
4152/3
WITHDRAWN [1] 4120/15
WITHIN [7] 4069/18 4091/9 4109/9
4111/24 4117/25 4127/2 4141/19
WITHOUT [3] 4073/23 4119/12 4140/2
WITHSTOOD [1] 4075/5
WITNESS [8] 4081/14 4109/7 4112/19
4126/10 4128/11 4128/22 4130/7
4156/19
WITNESS' [1] 4111/6
WOLFF [9] 4066/17 4066/21 4067/12
4068/4 4071/15 4076/3 4076/20 4081/8
4081/13
WOLFF'S [2] 4080/24 4081/16
WON'T [2] 4135/22 4141/18
WOODCOCK [1] 4064/17
WORD [1] 4096/9
WORDS [4] 4083/2 4122/23 4135/6
4148/4
WORK [11] 4068/20 4077/16 4092/24
4093/19 4094/18 4097/16 4102/2
4108/25 4109/13 4109/15 4156/10
WORKED [4] 4066/6 4091/21 4103/4
4110/10
WORKS [1] 4135/21
WORLD [5] 4122/19 4122/21 4127/5
4140/24 4140/25
WOULD [89] 4066/10 4066/15 4066/21
4067/19 4068/12 4070/19 4071/6
4071/14 4072/20 4072/21 4072/22
4073/1 4073/2 4073/20 4073/20 4073/23
4074/7 4074/10 4074/14 4074/17
4074/25 4075/9 4075/17 4077/12
4077/18 4077/25 4078/5 4078/10 4079/1
4079/4 4079/19 4079/20 4079/21 4080/2
4080/10 4081/6 4082/7 4082/25 4085/6
4086/3 4091/10 4092/3 4092/4 4093/15
4093/21 4094/1 4098/21 4101/23
4102/16 4104/7 4104/24 4113/2 4113/7
4117/9 4117/10 4119/6 4119/6 4122/19
4123/13 4126/9 4126/17 4126/19
4127/12 4129/16 4129/24 4130/3 4130/8
4130/11 4130/21 4134/13 4134/15
4134/19 4135/20 4136/1 4138/8 4140/3
4141/3 4151/19 4152/1 4152/9 4152/12
4153/17 4154/10 4154/16 4155/12
4155/13 4156/23 4156/24 4156/25
WOULDN'T [5] 4072/17 4102/4 4127/14
4129/3 4135/24
WRAP [1] 4076/20
WRIGHT [1] 4063/5
WRITE [3] 4137/2 4137/8 4150/6
WRITING [1] 4137/10
WRITTEN [4] 4078/25 4100/7 4141/17
4148/18
WRONG [7] 4091/2 4102/17 4119/9
4119/15 4133/17 4145/15 4157/12
WROTE [5] 4100/2 4137/16 4138/16
4139/3 4139/4

## Y

YEAH [4]  4066/24 4084/23 4105/23
4129/14
YEAR [7]  4084/20 4092/20 4092/21
4095/24 4103/15 4145/19 4148/14
YEARS [9]  4066/7 4084/2 4084/14
4084/20 4085/22 4092/23 4099/3
4148/11 4148/11
YELLOW [3]  4068/23 4069/10 4137/12
YEP [1]  4086/9
YES [78]  4067/2 4067/17 4069/19
4069/20 4071/3 4072/20 4076/23
4076/25 4078/4 4078/8 4078/18 4079/13
4079/16 4083/3 4083/19 4084/3 4084/12
4085/9 4086/5 4087/3 4087/23 4088/4
4088/6 4088/11 4088/18 4088/21 4089/1
4089/18 4090/10 4090/13 4091/8
4091/14 4094/19 4094/20 4095/1 4095/3
4095/8 4095/16 4098/2 4098/5 4098/9
4098/25 4099/17 4102/23 4103/3
4103/19 4103/21 4103/24 4104/1 4107/9
4111/13 4111/16 4115/8 4115/9 4116/14
4121/18 4122/6 4122/8 4122/24 4123/20
4123/25 4126/10 4126/18 4130/13
4132/10 4132/12 4132/12 4132/13
4133/14 4138/20 4139/2 4139/13 4141/6
4143/25 4149/22 4150/24 4153/7
4153/14
YESTERDAY [4]  4081/20 4082/19
4115/21 4146/20
YET [5]  4073/17 4134/8 4136/2 4136/8
4144/17
YORK [2]  4064/4 4064/4
YOU [440]
YOU'D [2]  4125/19 4135/11
YOU'LL [1]  4135/24
YOU'RE [15]  4069/9 4070/4 4077/9
4101/15 4111/14 4111/14 4113/13
4129/25 4130/4 4133/20 4133/22
4135/17 4135/21 4135/22 4142/14
YOU'VE [22]  4067/2 4067/7 4068/25
4084/5 4084/16 4085/21 4086/19
4086/23 4088/10 4099/9 4102/25 4106/2
4124/22 4133/12 4139/24 4140/5
4144/18 4145/3 4155/14 4155/23 4156/2
4157/5
YOUR [196]
YOUR HONOR [40]  4078/20 4080/22
4081/10 4081/15 4082/20 4094/4
4094/11 4096/10 4109/18 4110/25
4112/8 4112/15 4112/22 4116/7 4116/13
4116/22 4117/5 4117/12 4123/2 4124/20
4125/23 4141/7 4142/12 4142/22 4143/3
4143/7 4148/16 4151/24 4153/1 4153/3
4153/9 4153/14 4154/7 4154/8 4154/10
4154/21 4154/22 4154/23 4155/11
4155/13
YOURSELF [2]  4100/3 4137/8

## Z

ZONE [2]  4075/19 4131/24
ZONES [3]  4092/18 4114/19 4131/17
ZOOM [2]  4070/22 4077/8