UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE ET AL | CIVIL ACTION |
| VERSUS | NO: 07-5528 |
| AAA INSURANCE ET AL | SECTION: J(2) |

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | CIVIL ACTION |
| PERTAINS TO: INSURANCE<br>*Chehardy*, 06-1672<br>*Chehardy*, 06-1673<br>*Chehardy*, 06-1674 | NO: 05-4182<br><br>SECTION: K(2) |

**ORDER**

**IT IS ORDERED** that the Court will hear oral argument on **Thursday, May 28, 2009 at 1:30 p.m.** concerning LCPIC's Motion for Preliminary and Permanent Injunction (Rec. Doc. 28), as well as the Ex Parte Motion to Dismiss, Stay or Sever Louisiana Citizens Motion for Temporary Restraining Order (Rec. Doc. 30) and Ex Parte Motion to Appoint Counsel for Plaintiffs with Respect to *Oubre* Class Claims (Rec. Doc. 32) filed by counsel for the *Oubre* class members.

New Orleans, Louisiana, this 22nd Day of May, 2009.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE