**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte                                           500 Poydras St., Room C-151
Clerk                                                       New Orleans, LA 70130

May 21, 2009

Mr. Charles R. Fulbruge, III, Clerk                         APPEAL NO. 08-31240
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

IN RE: KATRINA CANAL BREACHES LITIGATION    CA  05-4182  K
       c/w  06-5140, 06-5137, 06-5134, 06-5132, 06-5131

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

    ___ 1) Certified copy of the notice of appeal and docket entries.

    ___ 2) Certified copy of notice of a cross-appeal and docket entries.

    ___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

    ___ 4) This case is proceeding in forma pauperis

    ___ 5) Order Appointing Counsel   ___ CJA-20   ___ FPD

    ___ 6) District Judge entering the final judgment is _____

    ___ 7) Court Reporter assigned to the case _____

    ___ 8) If criminal case, number and names of other defendants on appeal _____

    ___ 9) This case was decided without a hearing; there will be no transcript.

    ___ 10) Spears hearing held.

In connection with this record, the following documents are transmitted.

    _x_ 1) **Certified** Electronic record on appeal consisting of:

        ___ Volume(s) of record   ___ Volume(s) of transcript

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ Binder ___ Envelope ___ Folder

    ___ 2) Supplemental record, including updated _____

    ___ 3) SEALED Doc._____

    ___ 4) Other:_____

                                                       Very truly yours,

                                                       By___Alicia Phelps_____
                                                            Deputy Clerk