# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 22, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 07-30706, In Re: Katrina Canal
        USDC No. 2:05-CV-4181
        USDC No. 2:05-CV-4182

    No. 07-30771, In Re: Katrina Canal
        USDC No. 2:05-CV-4181
        USDC No. 2:05-CV-4182
        USDC No. 2:06-CV-4389
        USDC No. 2:06-CV-5786

    No. 07-31141, In Re: Katrina Canal
        USDC No. 2:05-CV-4182, et al

**U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED MAY 2 2 2009 LORETTA G. WHYTE CLERK**

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( ) Volumes     ( 1 ) Envelope ( 1 ) Box

The electronic copy of the record has been recycled.

                              CHARLES R. FULBRUGE III, Clerk

                              By: /s/ Misty Fontenot
                              Misty L. Fontenot, Deputy Clerk
                              504-310-7716

cc: (letter only)
Honorable Stanwood R. Duval Jr.
Mr. Francis J Barry Jr.
Mr. Terrence L Brennan
Mr. Joseph M Bruno
Mr. Albert Dale Clary
Mr. Mat Marion Gray III
Mr. Herman C Hoffmann
Mr. Ashton R O'Dwyer Jr.
Mr. Michael R C Riess
Mr. Charles F Seemann Jr.

__ Fee_____
__ Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____

P.S. to Judge Duval: A copy of the opinion was sent to your office via email the day it was filed.