## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| NO. 06-5116 (SIMS) | * | |
| NO. 06-5118 (RICHARD) | * | JUDGE DUVAL |
| NO. 06-5127 (DEPASS) | * | |
| NO. 06-5128 (ADAMS) | * | |
| NO. 06-5134 (CHRISTOPHE) | * | |
| NO. 06-5137 (WILLIAMS) | * | |
| NO. 06-5131 (BOURGEOIS) | * | |
| NO. 06-5142 (AUGUSTINE) | * | |
| NO. 06-5132 (FERDINAND) | * | |
| NO. 06-5140 (PORTER) | * | |
| | * | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS ORDERED** that and that Michael J. Monistere (#21360) and Chadwick W. Collings (#25373) be and are hereby enrolled as additional counsel of record in these proceedings for Plaintiffs. James K. Irvin will remain as lead and trial counsel for plaintiffs.

New Orleans, Louisiana, this 26th day of May, 2009.

_____
**JUDGE**