MINUTE ENTRY
WILKINSON, M.J.
MAY 26, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION

                                                    NO. 05-4182 "K" (2)

PERTAINS TO:  INSURANCE                            JUDGE DUVAL
      Severed Mass Joinder Cases                     MAG. WILKINSON

      In response to my previous order, Record Doc. No. 18850, issued after the call

docket conducted in this matter on May 20, 2009, plaintiffs' counsel, Joseph W. Rausch,

has advised the court (by letter filed separately in the record) that the following cases

may now be dismissed without prejudice.

**Lewis v. State Farm, 07-1982**
**Quest v. State Farm, 07-2045**
**Johnson v. State Farm, 07-1967**
**Mora v. State Farm, 07-2030**
**Page v. State Farm, 07-2036**
**Perrault v. State Farm, 07-2042**
**Robinson v. State Farm, 07-2055**

MJSTAR:  **0 : 02**

However, <u>Quest</u>, 07-2045 and <u>Page</u>, 07-2036, were dismissed by Judge Duval's orders on May 21, 2009, based upon the representations of counsel previously made at the May 20th call docket.  Thus, no further action in those two cases is required.

As to the remaining five (5) cases, by copy of this order, Judge Duval is advised so that he may enter dismissal orders without prejudice in <u>Lewis</u>, 07-1982, <u>Johnson</u>, 07-1967, <u>Mora</u>, 07-2030, <u>Perrault</u>, 07-2042 and <u>Robinson</u>, 07-2055. The Clerk is directed to file a copy of this minute entry in each of the five (5) cases referenced in this paragraph.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**