UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARRY & DOROTHY PERRAULT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-2042** |
| **STATE FARM FIRE & CASUALTY** | **SECTION: "K"(2)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Plaintiffs' counsel, Joseph W. Rausch, has advised the court (by letter filed separately in the record) that the captioned case may be dismissed without prejudice.

Accordingly, pursuant to Fed.R.Civ.P. 41(a), this case is hereby **DISMISSED**, without prejudice.

New Orleans, Louisiana, this 27th day of May, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE