UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Martin, No. 07-2020) | * | |

## ORDER

    IT IS ORDERED that the above numbered and entitled cause, be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

    NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

                                                 UNITED STATES DISTRICT JUDGE
                                                 EASTERN DISTRICT OF LOUISIANA