UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| (Thomas, No. 07-3850) | * | MAGISTRATE WILKINSON |
| | * | |

## JOINT MOTION TO DISMISS

COME NOW, plaintiff, Michelle Thomas, and defendant, The Standard Fire Insurance Company ("Standard Fire"), on behalf of itself and the incorrectly referred to entities, St. Paul Travelers Group, and The Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property and Casualty [Insurance] Companies, appearing herein through undersigned counsel, and on suggesting to the Court that the above matter has been compromised in full and that the parties desire to dismiss, with prejudice, the consolidated cause bearing Docket No. 07-3850, with each party to bear its own court costs.

Respectfully submitted:

Patrick G. Kehoe, Jr.
Patrick G. Kehoe, Jr. APLC
833 Baronne St.
New Orleans, LA 70113
504-588-1110

1

Roy F. Amedee, Jr.
Brent A. Klibert
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Ave., Suite 801
New Orleans, LA 70130
504-592-3222

Allan Berger
Allan Berger & Associates, APLC
4173 Canal St.
New Orleans, LA 70119
504-486-9481

Terrence J. Lestelle
Andrea S. Lestelle
Jeffery B. Struckhoff
Lestelle & Lestelle
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002-3726
504-828-1224

John Van Robichaux, Jr.
Brian D. Page
Robichaux Law Firm
6305 Elysian Fields Ave., Suite 406
P.O. Box 792500
New Orleans, LA 70122
504-286-2022

William Peter Connick
Connick & Connick, LLC
2551 Metairie Rd.
Metairie, LA 70001
504-838-8777

ATTORNEYS FOR PLAINTIFF, SANDRA KILLEEN

/s/ Gary J. Russo
Gary J. Russo (10828)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
P. O. Drawer 3408
Lafayette, LA. 70502-3408
Telephone: (337) 262-9000
Email: grusso@joneswalker.com

2

Douglas C. Longman, Jr. (#8719)
Longman Russo,
A Professional Law Corporation
P. O. Drawer 3408
Lafayette, LA 70503-3408
337-262-9000

ATTORNEYS FOR THE STANDARD
FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on  May 27 , 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to all counsel of record.

/s/ Gary J. Russo

3