FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 26 PM 4: 37

LORETTA G. WHYTE
CLERK

# JIM S. HALL & ASSOCIATES, LLC
### ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100
Metairie, Louisiana 70001

Telephone: (504) 832-3000
Telecopier: (504) 832-1799

May 22, 2009

**Sent via Facsimile (504) 589-7633**
Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

RE:  **Call Docket Report ~ State Farm**

Dear Magistrate Wilkinson:

Be advised that you may dismiss the following cases without prejudice:

- Lewis, Kevin 07-1982
- Quest, Lillie 07-2042 2 045
- Johnson, Sheila 07-1967
- Mora, Charlene 07-2030
- Page, Tina 07-2036
- Perrault, Dorothy 07-2042
- Robinson, Sheila 07-2055

We are addressing the other matters for your Order and will advise.

Most Respectfully,

JOSEPH W. RAUSCH

cc:  Chaxe Chassaignac 225-383-7900

JSH/rh

RECEIVED
MAY 2 2 2009

____ Fee ____
____ Process ____
__X_ Dktd ____
____ CtRmDep ____
____ Doc. No. ____