# Exhibit 1

Page 1

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA



IN RE:  KATRINA CANAL      CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                  NO. 05-4182 "K" (2)

                            JUDGE DUVAL
PERTAINS TO:   MRGO         MAG. WILKINSON

FILED IN:

05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289
```

        Deposition of ROBERT A. DALRYMPLE,
Ph.D., 1902A Indian Head Road, Towson,
Maryland 21204, taken in the offices of
Stone, Pigman, Walther, Wittmann, L.L.C., 546
Carondelet St., New Orleans, Louisiana on
Tuesday, the 18th day of September, 2007 at
9:17 a.m.

```
 1            MR. O'DONNELL:
 2            Pierce O'Donnell and Joe Bruno for
 3            the plaintiffs.
 4            MR. MAYEAUX:
 5            Ben Mayeaux, Orleans Levee
 6            District.
 7            MR. ZWAIN:
 8            Gary Zwain, Lake Borgne Basin Levee
 9            District.
10            MS. SOJA:
11            Sarah Soja, Department of Justice.
12            MR. TREEBY:
13            William Treeby, Washington Group
14            International.
15            MR. DOAK:
16            Jerre Doak, Washington Group.
17            MS. PAYNE:
18            Amy Payne, Washington Group.
19      EXAMINATION BY MR. O'DONNELL:
20         Q.  Good morning, Doctor.
21         A.  Good morning.
22         Q.  You are Robert A. Dalrymple?
23         A.  Yes, sir.
24         Q.  And you are the author of an expert
25   report dated August 29, 2007 in this case?
```

```
                                                    Page 10
 1       A.   Yes, I am.
 2       Q.   Do I happen to see it in front of
 3   you?
 4       A.   Yes, you do.
 5            MR. O'DONNELL:
 6            I don't have an extra copy, but
 7            with everyone's permission I would
 8            like to, and I'll get one, deem it
 9            as Dalrymple Exhibit 1, is that
10            okay with everyone?  Okay?
11            MS. PAYNE:
12            That's fine.
13            MR. O'DONNELL:
14            Since we will be talking about it a
15            lot.
16   EXAMINATION BY MR. O'DONNELL:
17       Q.   When were you retained by the
18   defendants in this case, Doctor?
19       A.   Approximately a year and a half
20   ago, I believe.
21       Q.   Okay.  Who contacted you?
22       A.   People in the Jones Day office in
23   Washington.  Adrien Zito.
24       Q.   And, as I understand it, you have
25   been designated as the expert for all the
```

1  MRGO defendants in this case, is that
2  correct?
3       A.   I believe so, yes.
4       Q.   And that includes the United States
5  of America?
6       A.   Yes.
7       Q.   In the preparation of your report,
8  did you meet with or talk with any lawyers or
9  representatives of the United States
10 vis-a-vis your report?
11      A.   No.
12      Q.   Okay.  Do you know whether anyone
13 from the United States reviewed your report?
14      A.   I believe they have, yes.
15      Q.   Okay.  Fine.  Did you get any
16 comments from them?
17      A.   I believe that people gave me some
18 comments about what I had written after the
19 report was submitted, yes.
20      Q.   Okay.  What were the -- who gave
21 them to you?
22           MS. PAYNE:
23           Objection.
24           MR. O'DONNELL:
25           What's the objection?

1  MS. PAYNE:
2  Can we go off the record for just a
3  second?
4  MR. TREEBY:
5  Let me speak to that. We have an
6  understanding the communications
7  between counsel and experts are,
8  about the report, are, they are
9  protected by the CMO, number one,
10  and we have an agreement that that
11  extends to all communications
12  between counsel except as to facts
13  given, comments about the report.
14  So that's, I think, what your
15  question implicates.
16  MR. O'DONNELL:
17  Right. Well --
18  MR. BRUNO:
19  I don't think so. That question
20  does not implicate that at all.
21  MR. O'DONNELL:
22  Not at all. I understand -- I
23  understand your stipulation.
24  MR. BRUNO:
25  We have an agreement, but, you know

```
 1                --
 2           MR. O'DONNELL:
 3           All right.  I'll rephrase it.  I'll
 4           rephrase it.  I understand the
 5           protocol.
 6   EXAMINATION BY MR. O'DONNELL:
 7       Q.   Did anyone from the United States
 8   give you anything, any facts for your report?
 9       A.   No.
10       Q.   Did they give you any comments
11   after you finished and submitted your report
12   on any of the facts set forth in your report?
13       A.   I believe we had a phone
14   conversation when I was talking with counsel
15   and I believe we had lawyers on the telephone
16   conversation from the DOJ, from the Army.
17       Q.   And did you discuss in that
18   conversation any facts in your report?
19       A.   In that conversation, I believe so,
20   yes.
21       Q.   Okay.  What facts?
22       A.   Well, they weren't on the phone
23   conversation for the entire time we were
24   talking about the report, so I believe it was
25   sort of the latter part of the report perhaps
```

```
 1    when we were talking about the Team Delft
 2    model.
 3         Q.   Okay.  And who was on the call from
 4    the United States?
 5         A.   That I can't recall.
 6         Q.   Was --
 7              MR. O'DONNELL:
 8              Forgive me.  I forget your name
 9              again.
10              MS. SOJA:
11              Sarah Soja.
12    EXAMINATION BY MR. O'DONNELL:
13         Q.   Was Sarah Soja on the call?
14         A.   Actually, I don't recall.
15         Q.   Was there anyone from the United
16    States Corps of Engineers on the call?
17         A.   I don't believe so.
18         Q.   Okay.  In the preparation of
19    your -- have you had any other telephone or
20    in-person conversations about facts in your
21    report before or after you submitted it with
22    anyone from the United States or the Army
23    Corps of Engineers?
24         A.   No.
25         Q.   Okay.  Did you have any meetings
```

1   with anyone from the Army Corps of Engineers
2   after you were retained?
3       A.  Pursuant to this case?  No.
4       Q.  Just so you're clear, I'm only
5   interested in this, this Master Class Action
6   Complaint.
7       A.  No.
8       Q.  Okay.  Have you had any e-mail
9   correspondence with anyone from the United
10  States or the Army Corps of Engineers after
11  you were retained?
12      A.  No.
13      Q.  Okay.  You cite a number of reports
14  and publications in your report.  Where did
15  you get those from?
16      A.  Mostly through looking on the
17  Internet, on websites for the Corps of
18  Engineers or LSU or various public sites.
19      Q.  I was referring -- okay.  So you
20  got it yourself?
21      A.  Yes.
22      Q.  And I was referring specifically to
23  page 12 and 13 of your report, Information
24  Considered.  Do you want to take a look at
25  that?

1    A.   Okay.  Page 12, page 13, yes.
2    Q.   I was referring to that particular
3  --
4    A.   Yes.
5    Q.   And that information you were able
6  to acquire on your own, right?
7    A.   Yes, except I believe the
8  depositions were provided by counsel.
9    Q.   Sure. Okay. Great. Have you been
10 retained to be an expert for any of the other
11 Hurricane Katrina related lawsuits here in
12 the federal court in Louisiana?
13   A.   No.
14   Q.   There are others.
15   A.   No. Right. No, sir.
16   Q.   Okay. Fine. Your Vitae, your
17 attached resume or Curriculum Vitae -- which
18 I must say is very impressive.  It's nice to
19 meet you, Doctor. And you are held in great
20 esteem by my experts, I want to tell you that
21 as well. I'm interested in consulting or
22 work that you may have done under Contract or
23 Advisory to a couple of different entities.
24 Let's focus first on the United States Army
25 Corps of Engineers.  And for shorthand, I'll