UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* |
| **PERTAINS TO: FORCED PLACE DOCKET** | * NO.: 05-4182<br>*<br>* SECTION "K" (2)<br>*<br>* |
| SHOUN EVANS | * CIVIL ACTION<br>*<br>* NO.: 09-2611 |
| VERSUS | *<br>* SECTION "K" (2) |
| NATIONAL LLOYDS INSURANCE<br>COMPANY | *<br>* |

*******************************************************************

## MOTION TO SEVER AND DECONSOLIDATE FROM FORCED PLACE DOCKET

**NOW INTO COURT,** through undersigned counsel, comes defendant, National Lloyds Insurance Company, (hereinafter referred to as "National Lloyds"), who respectfully moves that the case be severed and deconsolidated from Forced Place Insurance consolidated docket, on the grounds set forth in the Memorandum accompanying this Motion.

Respectfully Submitted,

ALLEN & GOOCH
A Law Corporation

_____
John R. Walker  #2165
3900 N. Causeway Suite 1450
Metairie LA 70002
Ph:  504.836.5210
Fax: 504.836.5215
Email:  johnwalker@allengooch.com
Attorneys for National Lloyds Insurance Company

**CERTIFICATE OF SERVICE**

**I hereby certify** that a copy of the above and foregoing has been or was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record via facsimile this ___28___ day of May, 2009.

_____
John R. Walker