UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* |
| **PERTAINS TO: FORCED PLACE DOCKET** | * NO.: 05-4182<br>*<br>* SECTION "K" (2)<br>*<br>* |
| SHOUN EVANS | * CIVIL ACTION<br>*<br>* NO.: 09-2611 |
| VERSUS | *<br>* SECTION "K" (2) |
| NATIONAL LLOYDS INSURANCE<br>COMPANY | *<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION TO SEVER AND DECONSOLIDATE FROM FORCED PLACE DOCKET**

Plaintiff, whose home was damaged in Hurricane Katrina, brought this suit for proceeds of insurance under a dwelling policy issued to him by National Lloyds Insurance Company ("National Lloyds"). Mr. Evans was originally identified as one of the plaintiffs in the Alexander (Docket No. 07-4538) mass joinder case.

For reasons which are not clear to National Lloyds, on February 26, 2009 the Court ordered that this matter be put into the Forced Place Insurance consolidated docket, subject to the Case Management Order established for the forced place cases.

National Lloyds attaches as Exhibit "A" the Affidavit of Michael Vieregg, a Vice-President of the Company and head of the claims department. Mr. Vieregg attests to the fact that National Lloyds does not write forced place insurance coverage, and did not in fact issue a forced place policy covering Mr. Evans' property. Rather, National Lloyds issued a dwelling policy directly to Mr. Evans through his insurance agent, with Mr. Evans identified in the policy as the named insured.

As there is no forced place policy involved with this particular case, and therefore does not belong in the Forced Place Insurance consolidated docket, National Lloyds respectfully requests that this matter be severed and deconsolidated from that docket and allowed to proceed as an individual, deconsolidated matter.

National Lloyds' contacted counsel for plaintiff seeking consent to this Motion, but to date has not received a response.

                                             Respectfully Submitted,

                                             ALLEN & GOOCH
                                             A Law Corporation

                                             _____
                                             **John R. Walker  #2165**
                                             3900 N. Causeway Suite 1450
                                             Metairie LA 70002
                                             Ph:  504.836.5210
                                             Fax: 504.836.5215
                                             Email: johnwalker@allengooch.com
                                             Attorneys for National Lloyds Insurance Company

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy of the above and foregoing has been or was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record via facsimile this 28 day of May, 2009.

John R. Walker