UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHOUN EVANS | * CIVIL ACTION NO.: 09-2611 |
| | * |
| | * JUDGE: STANWOOD R. DUVUAL, JR. |
| VERSUS | * |
| | * MAGISTRATE: JOSEPH C. WILKINSON, JR. |
| NATIONAL LLOYDS INSURANCE | * |
| COMPANY | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT

Parish of Jefferson

BEFORE ME, the undersigned Notary, personally came and appeared Michael Vieregg, who after being duly sworn, did depose and say:

That he is employed by National Lloyds Insurance Company as a Vice-President and is the head of the claims department.

That in the capacity of Vice-President in charge of claims, he has personal knowledge of the following facts.

That he has read and is fully familiar with the allegations of the Complaint and Amended Complaint filed in the matter of Shoun Evans v. National Lloyds Insurance Company, Docket



No. 09-2611, United States District Court, Eastern District of Louisiana, in which National Lloyds Insurance Company is the named defendant.

That National Lloyds Insurance Company does not write forced place insurance policies and did not issue a forced place policy of insurance covering the property owned by plaintiff located at 1027 Flood St., New Orleans, Louisiana.

That National Lloyds Insurance Company issued a dwelling policy, No. L60000433, covering plaintiff's property with effective dates of 12/30/04 to 12/30/05, which was sold directly to plaintiff through plaintiff's insurance agent, National Security Underwriters of Alexandria, Louisiana, with plaintiff identified as the named insured in the insurance policy.

Michael Vieregg

SWORN TO and subscribed before me, Notary, this 28 day of May, 2009.

NOTARY PUBLIC



CINDY M<sup>c</sup>BURNETT
Notary Public
STATE OF TEXAS
My Commission
Expires 06/23/2009