UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* |
| **PERTAINS TO: FORCED PLACE DOCKET** | * NO.: 05-4182<br>*<br>* SECTION "K" (2)<br>*<br>* |
| SHOUN EVANS | * CIVIL ACTION<br>*<br>* NO.: 09-2611 |
| VERSUS | *<br>* SECTION "K" (2) |
| NATIONAL LLOYDS INSURANCE<br>COMPANY | *<br>* |

**************************************************************

## NOTICE OF HEARING

Please take notice that National Lloyds Insurance Company will bring its Motion to Sever and Deconsolidate this action from the Forced Place Insurance Docket on for hearing on the 24th day of June, 2009 at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully Submitted,

ALLEN & GOOCH
A Law Corporation

John R. Walker  #2165
3900 N. Causeway Suite 1450
Metairie LA 70002
Ph:  504.836.5210
Fax: 504.836.5215
Email:  johnwalker@allengooch.com
Attorneys for National Lloyds Insurance Company

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy of the above and foregoing has been or was filed electronically with the Clerk of Court and served upon counsel of record using the CM/ECF system this ____ day of May, 2009.

John R. Walker