MINUTE ENTRY
WILKINSON, M.J.
MAY 29, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES           CIVIL ACTION
       CONSOLIDATED LITIGATION
                                         NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE                   JUDGE DUVAL
    Severed Mass Joinder Cases           MAG. WILKINSON
       Saunders, 07-2162


In response to my previous order concerning the call docket of May 20, 2009, Record Doc. No. 18850, plaintiffs' counsel, Joseph W. Rausch, has advised the court (by letter filed separately in the record) that the captioned Saunders case may be dismissed without prejudice. By copy of this minute entry, Judge Duval is advised so that he may issue an appropriate dismissal order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: 0 : 02