# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FERDINAND DIAZ, et al** | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION NO.: 07-4370** |
| | * | |
| **FIDELITY AND DEPOSIT COMPANY** | * | **SECTION: "I"** |
| **OF MARYLAND** | * | |
| | * | **MAGISTRATE: 5** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above captioned matter be, and is hereby, dismissed as to all claims between all parties, with prejudice, each party bearing their own costs.

New Orleans, Louisiana, this _____ day of _____, 2009.


_____
                                                            **JUDGE**


DJO Library:1810-63433\H_M-000523_1 _1