UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES *CONSOLIDATED LITIGATION* | * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE 07-3432 (Landry v. Allstate) | * * * | |

## JOINT MOTION AND ORDER FOR VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes the plaintiff herein, Loney Landry, and the defendant, Allstate Insurance Company, all of whom respectfully represent that they have amicably resolved their claims herein and are mutually desirous of an Order to be entered into the record of this matter by the Court dismissing all claims and causes of action between the parties, with prejudice, and each party to bear its own costs.

Respectfully submitted,

SCOTT G. JONES #14408
RAYMON G. JONES #07504
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile:  985-624-9940

BRIAN J. EISELEN # 28903
CONNICK AND CONNICK, LLC
3551 Metairie Road
Metairie, LA 70001
Telephone: 504-838-8777
Facsimile: 504-838-9903

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of MAY, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

/s/ Raymon G. Jones
Raymon G. Jones (Bar No. 07504)