UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES* | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| *CONSOLIDATED LITIGATION* | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:                                *

                                           *

INSURANCE  07-3432  (Landry v. Allstate)   *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Considering the Motion and Order for Voluntary Dismissal filed herein by the parties;

IT IS HEREBY ORDERED that the claims and causes of action of Loney Landry

against Allstate Insurance Company be and are hereby DISMISSED, with prejudice, each

party to bear its own costs.

Thus rendered in New Orleans, Louisiana this _____ day of _____,

2009.

_____

U.S. DISTRICT JUDGE