UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al. 09-2737 | * * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

### MOTION TO DISMISS FOR FAILURE
### TO STATE A CLAIM UNDER RULE 12(b)

NOW INTO COURT, through undersigned counsel comes the Defendants, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert, Esq., and Lawrence Wilson, Esq., respectfully moves this Honorable Court to dismiss the above captioned complaint, as it relates to them, individually, pursuant to Federal Civil Rules of Procedure Rule 12(b)(6) for the following reasons:

1. The Complaint fails to state a claim against the Defendants upon which relief can be granted.

1

WHEREFORE, the Defendants, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert, Esq., and Lawrence Wilson, Esq., pray after a hearing on this motion, the Complaint of Dr. Weisler be dismissed as it relates to these named Defendants, individually, with all prejudice, all costs be borne by the Plaintiff and that the Defendants be accorded all other relief to which they are entitled.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ___ day of May, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

DAVID V. BATT

Respectfully submitted:

DAVID V. BATT, #2849
ROBERT D. REINE, #28978
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290