UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolidated cases |
| | * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * * | JUDGE |
| | * * | STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### ORDER

Considering the foregoing Motion to Dismiss for Failure to State a Claim Under Rule 12(b) on behalf of the Defendants, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert, Esq., and Lawrence Wilson, Esq.,

**IT IS HEREBY ORDERED** that the oral arguments be set for the_____ day of _____ at _____ am/pm., 2009 as to why the Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b) should not be granted.

1

New Orleans, Louisiana, this _____ day of _____, 2009.

                                                                                         _____
                                                                                         HON. JOSEPH C. WILKINSON, JR.
                                                                                         UNITED STATES
                                                                                         MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**