UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES             CIVIL ACTION
       CONSOLIDATED LITIGATION
                                          NO. 05-4182"K"(2)
PERTAINS TO: INSURANCE
    Severed Mass Joinder Cases            SECTION: "K"(2)
       Saunders 07-2162

# O R D E R

Plaintiffs' counsel, Joseph W. Rausch, has advised the court (by letter filed separately in the record) that the captioned case may be dismissed without prejudice.

Accordingly, pursuant to Fed.R.Civ.P. 41(a), this case is hereby DISMISSED, without prejudice.

New Orleans, Louisiana, this 29th day of May, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE