UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE TRACK, | § | |
| *Boutte v. Lafarge*, 05-5531, | § | |
| *Mumford v. Ingram,* 05-5724, | § | |
| *Lagarde v. Lafarge,* 06-5342, | § | |
| *Perry v. Ingram,* 06-6299, | § | |
| *Benoit v. Lafarge,* 06-7516, | § | |
| *Parfait Family v. USA,* 07-3500, | § | |
| *Lafarge v. USA,* 07-5178, | § | |
| *Weber v. Lafarge,* 08-4459. | § | |
| _____ | § | |

UNITED STATES OF AMERICA'S
MOTION TO SEVER AND STAY THIRD-PARTY CLAIMS

For the reasons stated in the attached memorandum of law, the United States respectfully requests that the third-party claims brought by Lafarge North America, Inc. ("LNA") against the United States be severed from the above-captioned cases. Further, the United States respectfully requests that all further proceedings on said claims be stayed until 90 days after a decision is

1

rendered by the Fifth Circuit in *Robinson* or, if a timely petition for writ of certiorari is filed, until 90 days after the Supreme Court finally decides *Robinson*.

        Respectfully submitted,

        TONY WEST
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR
        Assistant Director, Torts Branch

        s/ Jeffrey P. Ehrlich
        JEFFREY P. EHRLICH
        Trial Attorney
        ROBIN SMITH
        Senior Trial Counsel
        Civil Division, Torts Branch
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 353-2574 / (202) 616-5200 (Fax)

        Attorneys for the United States of America

## **CERTIFICATE OF SERVICE**

      I, Jeffrey P. Ehrlich, hereby certify that a copy of the forgoing was served by ECF upon all Parties this day, June 1, 2009.

                                          s/Jeffrey P. Ehrlich
                                          Jeffrey P. Ehrlich