UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE TRACK, | § | |
| *Boutte v. Lafarge*, 05-5531, | § | |
| *Mumford v. Ingram,* 05-5724, | § | |
| *Lagarde v. Lafarge,* 06-5342, | § | |
| *Perry v. Ingram,* 06-6299, | § | |
| *Benoit v. Lafarge,* 06-7516, | § | |
| *Parfait Family v. USA,* 07-3500, | § | |
| *Lafarge v. USA,* 07-5178, | § | |
| *Weber v. Lafarge,* 08-4459. | § | |
| _____§ | | |

**UNITED STATES OF AMERICA'S MEMORANDUM OF LAW
IN SUPPORT OF ITS MOTION TO SEVER AND STAY THIRD-PARTY CLAIMS**

On May 4, 2009, this Court announced that it was its intention "once the *Robinson* matter was adjudicated to stay all other proceedings concerning the liability of the United States for the MRGO until the Court's decision would be made final through the appeals process." Doc. 18756 at 1.  As the Court recognized, "[t]o do otherwise would undoubtedly result in an extreme waste of judicial resources, as well as those of the litigants."  *Id.*

The United States agrees with the Court's assessment, and believes that it would, indeed, be wasteful to proceed with LNA's third-party claims against the United States in the Barge

1

Track without waiting for the *Robinson* case to be finally decided on appeal.

Accordingly, the United States respectfully requests that the Court sever LNA's third-party claims against the United States from the above-captioned cases. Moreover, the United States respectfully requests that the proceedings on those claims be stayed until 90 days after a decision is rendered by the Fifth Circuit in *Robinson* or, if a timely petition for writ of certiorari is filed in the Supreme Court, until 90 days after final resolution of the *Robinson* case by the Supreme Court.

Respectfully submitted,

TONY WEST
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR
Assistant Director, Torts Branch

s/ Jeffrey P. Ehrlich
JEFFREY P. EHRLICH
Trial Attorney
ROBIN SMITH
Senior Trial Counsel
Civil Division, Torts Branch
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 353-2574 / (202) 616-5200 (Fax)

Attorneys for the United States of America

## **CERTIFICATE OF SERVICE**

      I, Jeffrey P. Ehrlich, hereby certify that a copy of the forgoing was served by ECF upon all Parties this day, June 1, 2009.

                                               s/Jeffrey P. Ehrlich
                                               Jeffrey P. Ehrlich