UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE TRACK, | § | |
| *Boutte v. Lafarge*, 05-5531, | § | |
| *Mumford v. Ingram,* 05-5724, | § | |
| *Lagarde v. Lafarge,* 06-5342, | § | |
| *Perry v. Ingram,* 06-6299, | § | |
| *Benoit v. Lafarge,* 06-7516, | § | |
| *Parfait Family v. USA,* 07-3500, | § | |
| *Lafarge v. USA,* 07-5178, | § | |
| *Weber v. Lafarge,* 08-4459. | § | |
| _____ | § | |

## NOTICE OF HEARING

TO:   All Counsel of Record.

PLEASE TAKE NOTICE THAT the undersigned will hear the United States of America's Motion to Sever and Stay Third-Party Claims at the Courtroom of the Honorable Stanwood R. Duval, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 24th day of June, 2009 at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JUDGE STANWOOD R. DUVAL
Eastern District of Louisiana