**MINUTE ENTRY**
**BARBIER, J.**
**MAY 28, 2009**
**JS-10: 1 hr, 5 min.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STATE OF LOUISIANA, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 07-5528** |
| **AAA INSURANCE, ET AL** | **SECTION: J** |
| **IN RE: KATRINA CANAL BREACHES LITIGATION** | **CIVIL ACTION** |
| **PERTAINS TO: INSURANCE** | **NO: 05-4182** |
| *Chehardy,* 06-1672 | |
| *Chehardy,* 06-1673 | **SECTION: K(2)** |
| *Chehardy,* 06-1674 | |
| **COURTROOM DEPUTY:** | **COURT REPORTER:** |
| **EILEEN STENSRUD** | **CATHY PEPPER** |

**THURSDAY, MAY 28, 2009   1:30 P.M.**
**JUDGE CARL J. BARBIER PRESIDING**

**Exhibits previously attached to the motions are to be used as evidence during this hearing.**

**A) LOUISIANA CITIZENS' MOTION FOR TEMPORARY RESTRAINING ORDER/MOTION FOR PRELIMINARY INJUNCTION/MOTION FOR PERMANENT INJUNCTION (28):   Argued; ORDERED DENIED.  Written reasons to be issued.**

**B) OUBRE CLASS COUNSELS' MOTION TO APPOINT COUNSEL TO REPRESENT THE OUBRE CLASS IN ANY SETTLEMENT NEGOTIATIONS (32): Argued; ORDERED DENIED without prejudice.**

**C) OUBRE CLASS COUNSEL'S MOTION TO DISMISS FOR LACK OF JURISDICTION THE MOTION FOR TRO, PRELIMINARY, AND PERMANENT INJUNCTION FILED BY DEFENDANT LOUISIANA CITIZENS (30): ORDERED DENIED as moot, without prejudice to Oubre Class Counsel's right to reurge the motion to dismiss after further proceedings .**

**ATTORNEYS: See attached list**