# CONFERENCE ATTENDANCE RECORD

DATE: 5/28/09              TIME: 1:30

CASE NAME: STATE of LOUISIANA et al v. AAA INSURANCE, et al

CIVIL DOCKET NO. 07-5528          CRIMINAL DOCKET NO. _____

**CIRCLE ONE:**     STATUS    PRE-TRIAL    SETTLEMENT
- PRELIMINARY INJUNCTION HEARING

**ATTORNEYS PRESENT:** (Please PRINT your name, telephone number and the party you represent)

| Name | Phone | Party |
|---|---|---|
| Fred Herman + Steve Herman | 680-0554 | The Oubre Class |
| J. Robert Ates | (985) 764-9911 | Oubre Class |
| Steve Mauterer | (504) 361-4287 | Oubre Class |
| Paula Adams Ates | (985) 764-9911 | Oubre Class |
| Chris Billings | 225-776-0656 | La. Citizens |
| Emile C. Rolfs, III | (225) 381-8035 | LA CITIZENS |
| Joseph M Bruno | 504 525-1335 | Joseph & Bruno PLC |
| Bryan R. M?M??? | 504-599-0425 | La. Justice, La. |
| N. Frank Elliot III | 337-494-7171 | Chehardy / In re: KATRINA CLASS |
| Frank C Dudenhefer Jr | 504.616.5226 | |