**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION**

**PERTAINS TO: INSURANCE/FORCED PLACE**
**Specific Case Nos.** 09-1600, 09-1604, 09-1609, 09-1610, 09-1611, 09-1612, 09-1614, 09-1615, 09-2559, 09-2560, 09-2561, 09-2562, 09-2563, 09-2564, 09-2565, 09-2566, 09-2567, 09-2568, 09-2569, 09-2570, 09-2571, 09-2572, 09-2573, 09-2574, 09-2575, 09-2582, 09-2583, 09-2584, 09-2585, 09-2586, 09-2587, 09-2588, 09-2589, 09-2593, 09-2594, 09-2595, 09-2596, 09-2597, 09-2598, 09-2599, 09-2600, 09-2607, 09-2612, 09-2613, 09-2614, 09-2615, 09-2616, 09-2617, 09-2618, 09-2619, 09-2620, 09-2621, 09-2622, 09-2623, 09-2625, 09-2630, 09-2640, 09-2642, 09-2644 , 09-2645, 09-2646, 09-2647 , 09-2648, 09-649, 09-2650, 09-2651, 09-2652, 09-2653, 09-2654, 09-2655, 09-2656, 09-2657, 09-2658, 09-2659, 09-2660, 09-2661, 09-2662, 09-2663, 09-2664, 09-2665, 09-2666, 09-2667, 09-2668, 09-2677, 09-2678, 09-2679, 09-2680, 09-2681, 09-2682, 09-2683, 09-2684, 09-2685, 09-2686, 09-2687, 09-2688, 09-2689, 09-2690, 09-2691, 09-2692, 09-2693, 09-2694, 09-2695, 09-2696, 09-2697, 09-2702, 09-2703, 09-2705, 09-2706, 09-2709, 09-2710, 09-2711, 09-2712, 09-2713, 09-2716, 09-2717, 09-2719, 09-2720, 09-2723, 09-2724, 09-2729, 09-2730, 09-2879, 09-2880

**CIVIL ACTION
NO. 05-4182 "K" (2)**

**Judge Duval**

**Magistrate Wilkinson**

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
IN FURTHER SUPPORT OF MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come Defendants, Safeco

Insurance Company of America, General Insurance Company of America, Balboa Insurance

Company, Meritplan Insurance Company, Newport Insurance Company, The Involved Lloyd's

Underwriters, Southwest Business Corporation, and Proctor Financial (together "Applicants"),

1

which respectfully move for leave to file the attached brief supplemental memorandum in support of their Motion to Dismiss.  In support of this motion, Applicants represent:

1.

Insurer Defendants filed their Motion to Dismiss on March 10, 2009 (Rec. Doc. 18088-3).  The Motion was set for hearing, without oral argument, on Wednesday, April 15, 2009.

2.

On May 18, 2009, the Supreme Court of the United States issued its opinion in *Ashcroft v. Iqbal*, No. 07-1015, 2009 WL 1361536 (U.S. May 18, 2009).  This new decision is directly relevant to Defendants' Motion to Dismiss because it clarifies the standard of review applicable to a motion to dismiss under FED. R. CIV. P. 12(b)(6), and clarifies the pleading requirements under FED. R. CIV. P. 8(a)(2).

3.

Applicants desire to submit this brief supplemental memorandum to address how the recent decision in *Iqbal* applies to Applicants' pending Motion to Dismiss.

4.

Applicant's supplemental memorandum addresses arguments already raised in the prior briefs; it does not raise any new issues.  Accordingly, the filing of this memorandum should not result in any delay of the matter.

WHEREFORE, for the foregoing reasons, Applicants request that this Court grant them leave to file the attached Supplemental Brief in Support of Motion to Dismiss.

Respectfully submitted, this 1st day of June, 2009.

 /s/ Wendy Hickok Robinson
Wendy Hickok Robinson (La. Bar No. 25225)
whrobinson@gordonarata.com
Nina Wessel English (La. Bar No. 29176)
nenglish@gordonarata.com
GORDON, ARATA, McCOLLAM DUPLANTIS
    & EAGAN, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111
(504) 582-1121 (*Facsimile*)

and

Cari K. Dawson (Ga. Bar No. 213490)
cari.dawson@alston.com
Daniel F. Diffley (Ga. Bar No. 221703)
DDiffley@alston.com
(admitted *pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000
(404) 881-7777 (*Facsimile*)

**Attorneys for Safeco Insurance Company of America and General insurance Company of America**

And

 /s/ Stephen W. Rider
Stephen W. Rider T.A. (La. Bar No. 2071)
Daniel T. Plunkett (La. Bar No. 21822)
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

**Attorneys for Defendants Balboa Insurance Company, Meritplan Insurance Company And Newport Insurance Company**

and

_/s/  Virginia Y. Trainor_____
Marshall M. Redmon (Bar #18398)
Virginia Y. Trainor (Bar #25275)
Ginger Trainor
**PHELPS DUNBAR LLP**
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197

and

Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**Attorneys for Defendants The Involved Lloyd's Underwriters, Southwest Business Corporation and Proctor Financial**

C E R T I F I C A T E

I hereby certify that on this 1st day of June, 2009, a copy of this **MOTION FOR LEAVE TO FILE DEFENDANTS' SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS** was sent to counsel of record via the electronic filing system for the Eastern District of Louisiana.  A copy of this pleading has also been sent by United States mail, postage prepaid, to any counsel of record not registered to receive documents electronically.

_____/s/ Wendy Hickok Robinson_____