UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**MOTION FOR RECONSIDERATION OF THE COURT'S ORDER EXCLUDING THE
DEPOSITION TESTIMONY OF DR. ROBERT A. DALRYMPLE (DOC. NO. 18952)**

On May 21, 2009, Plaintiffs filed their Memorandum of Points and Authorities Regarding Admissibility of Deposition Testimony of Dr. Robert A. Dalrymple. (Doc. No. 18874). On May 28, 2009, the Defendant filed its Opposition. (Doc. No. 18941). On May 29, 2009, the Court issued its order excluding the deposition testimony of Dr. Robert A. Dalrymple. (Doc. No. 18952). The Court entered its order before Plaintiffs could address in a Reply Memorandum the material misstatements in Defendant's Opposition. In reviewing the Court's Order, it appears that the Court relied primarily upon Defendant's incorrect assertion that Dr. Dalrymple was not timely designated as a witness by Plaintiffs.

The attached Memorandum in Support of Plaintiffs' Motion of Reconsideration sets forth the clear evidence that, in fact, Plaintiffs timely designated Dr. Dalrymple as an expert witness prior to trial.

Accordingly, Plaintiffs respectfully request the Court grant their Motion for Reconsideration, set aside its Order excluding Dr. Dalrymple's testimony (Doc. No. 18952), and order Dr. Dalrymple's deposition testimony be admitted in this matter.

1

Dated: June 2, 2009                                      Respectfully submitted,

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell

Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298

**Law Offices of Joseph M. Bruno**
By: s/ Joseph M. Bruno
Joseph M. Bruno (LSBA No. 3604)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

| | |
|---|---|
| **The Andry Law Firm, LLC**<br>By: s/ Jonathan B. Andry<br>Jonathan B. Andry (LSBA No. 20081)<br>610 Baronne Street<br>New Orleans, Louisiana 70113<br>Telephone: (504) 586-8899<br>Facsimile:  (504) 585-1788 | **Domengeaux Wright Roy & Edwards LLC**<br>Bob F. Wright (LSBA No. 13691)<br>James P. Roy (LSBA No. 11511)<br>556 Jefferson Street, Suite 500<br>P.O. Box 3668<br>Lafayette, Louisiana 70502-3668<br>Telephone: (337) 233-3033<br>Facsimile:  (337) 233-2796 |
| **Fayard & Honeycutt**<br>Calvin C. Fayard, Jr. (LSBA No. 5486)<br>Blayne Honeycutt (LSBA No. 18264)<br>519 Florida Avenue, S.W.<br>Denham Springs, Louisiana 70726<br>Telephone: (225) 664-4193<br>Facsimile:  (225) 664-6925 | **Girardi & Keese**<br>Thomas V. Girardi (*pro hac vice*)<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Telephone: (213) 489-5330<br>Facsimile:  (213) 481-1554 |
| **Ranier, Gayle & Elliot, LLC**<br>N. Frank Elliot III<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>Telephone: (337) 494-7171<br>Facsimile: (337).494.7218 | **Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**<br>Clay Mitchell (*pro hac vice*)<br>Matt Schultz (*pro hac vice*)<br>316 S. Baylen Street, Suite 600<br>Pensacola, Florida 32502-5996<br>Telephone: (850) 435-7140 |

Facsimile:  (850) 436-6123

**McKernan Law Firm**
Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile:  (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**
Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile:  (504) 528-9973

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**
Elwood C. Stevens, Jr.  (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile:  (985) 385-4861

**Cotchett, Pitre, Simon & McCarthy**
Joseph W. Cotchett  (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

**Law Office of Frank J. D'Amico, Jr. APLC**
Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522

**Robinson, Calcagnie & Robinson, Inc.**
Mark Robinson (Cal State Bar No. 54426
620 Newport Center Drive – 7th Floor
Newport Beach, CA 92660
1-888-701-1288

**Barron & Budd, P.C.**
Russell W. Budd
Thomas M. Sims
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Telephone:  (214) 521-3605
Fax: (214) 520-1181

4

**CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on June 2, 2009, I caused to be served **MOTION FOR RECONSIDERATION OF THE COURT'S ORDER EXCLUDING THE DEPOSITION TESTIMONY OF DR. ROBERT A. DALRYMPLE (DOC. NO. 18952)**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell