UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

## ORDER

Upon consideration of Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz's Motion for Reconsideration of the Court's Order dated May 29, 2009 excluding the deposition testimony of Dr. Robert A. Dalrymple (Doc. No. 18952), and for good cause shown:

**IT IS HEREBY ORDERED** that the Motion for Reconsideration is **GRANTED**, the Court's Order of May 29, 2009 (Doc. No. 18952) is set aside and the deposition testimony of Dr. Robert A. Dalrymple's is hereby admitted.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

1

2

**CERTIFICATE OF SERVICE**

      I, Pierce O'Donnell, hereby certify that on June 2, 2009, I caused to be served **ORDER**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

      /s/ Pierce O'Donnell