UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

* * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' LIST OF WITNESSES**

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who in accordance with the provisions of Federal Rules of Civil Procedure, Rule 16, and pursuant to Order dated October 9, 2008 (Rec. Doc. 15841) & Order dated March 31, 2009 (Rec. Doc. 18344), submit their List of Witnesses for trial:

a. WILL CALL WITNESSES:

    1. Norman Robinson;
    2. Monica Robinson;
    3. Kent Lattimore;
    4. Anthony Franz;
    5. Lucille Franz;
    6. Tanya Smith;
    7. Chad Morris;
    8. John W. Day, Jr. Ph.D;
    9. G. Paul Kemp, Ph.D;
    10. Johannes K. Vrijling;
    11. Duncan Fitzgerald, Ph.D;
    12. Robert G. Bea, Ph.D;
    13. John W. Crawford, P.E.;

    14.    Scott Taylor;
    15.    Sherwood Gagliano, Ph.D;

b.    *PLAINTIFFS' LIST OF MAY CALL WITNESSES:*

    1.    U.S. Army Corps of Engineers, via 30(b)(6) witnesses:

        A.    Walter O. Baumy, Jr.;
        B.    Alfred James Naomi;
        C.    Nancy Powell
        D.    Keith O'Cain
        E.    Richard Broussard;
        F.    Gregory B. Miller
        G.    Zoltan Montavi
        H.    Reed Mosher, Ph.D;
        I.    Gib Owen
        J.    Thomas Podany;
        K.    John P. Saia;
        L.    Richard James Varuso

    2.    Glenn Diaz;
    3.    David Riley;
    4.    Arthur R. Theis;
    5.    Jack Heuerkamp;
    6.    Donald Gerard McCrosky;
    7.    Charles Pete Savoye;
    8.    Polly Boudreaux;
    9.    Richard James Varuso;
    10.    Gerald A. (Jerry) Colletti;
    11.    Michelle Daigle;
    12.    Christopher John Accardo, Jr.;
    13.    Gatien J. Livaudais, Jr.;
    14.    Walter O. Baumy, Jr.;
    15.    Alfred James Naomi;
    16.    Cecil Wayne Souileau;
    17.    Nancy Powell;
    18.    David Vann Stutts;
    19.    Leo A. Hubert, Jr.;
    20.    Gregory B. Miller;
    21.    Robert Schroeder, Jr.;
    22.    Robert Buisson, Jr.;
    23.    Suzanne Hawes;
    24.    Harley Stanford Winer;
    25.    Keith O'Cain;
    26.    Dan Arceneaux;

27. James R. Hanchey;
28. Lt. Gen'l Elvin R. Heiberg, III, P.E.;
29. Victor A. Landry;
30. Henry Junior Rodriguez;
31. Brian Bonanno;
32. Col. Early Rush;
33. Edmund Russo;
34. Allan Ensminger;
35. Thomas A. Sands;
36. Kenneth L. Odinet, Sr.;
37. Gregory E. Breerwood;
38. John P. Saia;
39. Richard B. Pinner, P.E.;
40. Richard J. Manguno;
41. Reed Mosher, Ph.D;
42. Joannes J. Westerink, Ph. D;
43. Bruce A. Ebersole, P.E.;
44. John Barras;
45. Del Britsch;
46. Steven De Loach;
47. Brian Jarniven;
48. Donald Resio;
49. Thomas Wolff;
50. Steven Fitzgerald;
51. Gary P. Shaffer, Ph.D;
52. Robery Dalrymple
53. Any witness listed by any other party to this litigation;
54. Any witness called by any other party to this litigation;
55. Any and all witnesses called to rebut any testimony a witness called by any other party to this litigation.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**
　 /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
**Law Offices of Joseph M. Bruno**, **A PLC**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

    /s/ Pierce O'Donnell
PIERCE O'DONNELL (pro hac vice)
**O'Donnell & Associates, P.C.**
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Telephone: (213) 347-0290
Facsimile: (213) 347-0298
Email: pod@oslaw.com

**MRGO SUBGROUP LITIGATION COMMITTEE LIAISON**
James P. Roy, *Approved Liaison Counsel*
John Andry
Joseph Bruno
Clay Mitchell
Pierce O'Donnell

**THE MRGO LITIGATION GROUP**

**The Andry Law Firm, LLC**
Jonathan B. Andry
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

**Andry & Andry**
Jay Andry
Gilbert V. Andry
Arthur Landry
710 Carondolet Street
New Orleans, LA 70130
Telephone: (504) 581-4334
Facsimile: (504) 586-0288

**The Law Office of Joseph M. Bruno A PLC**
Joseph M. Bruno
Scott Joanen
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**Cotchett, Pitre, Simon & McCarthy**
Joseph W. Cotchett
Philip L. Gregory
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**Carlton Dunlap Olinde & Moore**
John B. Dunlap, III
Richard P. Ieyoub
One American Place, Suite 900
301 Main Street
Baton Rouge, LA 70825
Telephone: (225) 282-0600
Facsimile: (225) 282-0650

**Law Office of Frank J. D'Amico, Jr. APLC**
Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Facsimile: (504) 525-9522

4

**Domengeaux Wright Roy & Edwards LLC**
James P. Roy
Bob F. Wright
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile: (337) 233-2796

**The Dudenhefer Law Firm , LLC**
Frank C. Dudenhefer, Jr.
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 616-5226

**Dumas & Associates Law Firm, LLC**
Walter C. Dumas
Travis J. Turner
Lawyer's Comples
1261 Government Street
P.O. Box 1366
Baton Rouge, LA 70821-1366
Telephone: (225) 383-4701
Facsimile: (225) 383-4719

**Fayard & Honeycutt**
Calvin C. Fayard, Jr.
Blayne Honeycutt
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**
Gerald E. Meunier
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**Girardi & Keese**
Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile: (213) 481-1554

**Glen J. Lerner & Associates**
Glen J. Lerner
4795 S. Durango Drive
Las Vegas, NV 89147
Telephone: (702) 877-1500
Facsimile: (702) 968-7572

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**
Clay Mitchell
Matt Schultz
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**McKernan Law Firm**
Joseph Jerry McKernan
John Smith
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**O'Donnell & Associates P.C.**
Pierce O'Donnell
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298

**Michael C. Palmintier, A PLC**
Michael C. Palmintier
Joshua M. Palimintier
618 Main Street
Baton Rouge, LA 70801-1910
Telephone: (225) 344-3735
Facsimile: (225) 336-1146

5

**Robinson, Calcagnie & Robinson**
Mark P. Robinson, Jr.
Kevin F. Calcagnie
620 Newport Center Drive
7th Floor
Newport Beachm CA 92660

**Law Office of Elwood C. Stevens, Jr., A PLC**
Elwood C. Stevens, Jr.
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile: (985) 385-4861

*Attorneys for Plaintiffs*

6