DICHARRY, JR., GERALD

10/2/2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br>"K" (2) |
| PERTAINS TO:  MRGO | JUDGE DUVAL |
| FILED IN:  05-4181, 05-4182,<br>05-5237, 05-6073, 05-6314,<br>05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885,<br>06-2152, 06-2278, 06-2287,<br>06-2824, 06-4024, 06-4065,<br>06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155,<br>06-5159, 06-5161, 06-5162,<br>06-5260, 06-5771, 06-5786,<br>06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | MAG. WILKINSON |

Videotaped Deposition of

GERALD J. DICHARRY, JR.,

1813 Francis Avenue, Metairie, Louisiana

70003, taken in the offices of Stone, Pigman,

Walther, Wittmann, 546 Carondelet Street, New

Orleans, Louisiana 70113, on Thursday, October

2, 2008.

DICHARRY, JR., GERALD

10/2/2008

Page 46

1   I met with Paul Levine.
2   EXAMINATION BY MR. BRUNO:
3   Q.  Did you meet with anybody associated
4   with Washington Group International?  These
5   guys (indicating).
6   A.  Yes.
7   Q.  When did you meet with them?
8   MR. LEVINE:
9   Objection.  He -- He --
10  MR. BRUNO:
11  Whoa.  Let him answer the
12  question.
13  MR. LEVINE:
14  You said in preparation for the
15  deposition?
16  THE WITNESS:
17  Oh, in preparation for this
18  particular deposition?  No.
19  EXAMINATION BY MR. BRUNO:
20  Q.  Well, obviously you met with them.
21  When did you meet with folks from WGI?
22  MR. TREEBY:
23  You means lawyers or --
24  MR. BRUNO:
25  I don't know what I mean.

Page 47

1   MR. TREEBY:
2   He's testified --
3   MR. BRUNO:
4   Wait a minute, Bill.  He'll tell
5   me what he means.  Let him -- Look,
6   y'all let him tell us what he meant by
7   who he met with.  I don't know who it
8   is.
9   MR. LEVINE:
10  Again, I am going to object to
11  the extent that you can discuss --
12  state if you met with people from WGI,
13  but not to reveal the substances of
14  those conversations, as they were
15  covered by the joint defense agreement
16  and are privileged under 704.  You can
17  go ahead and answer the question.
18  THE WITNESS:
19  Yes, I met with Washington Group
20  individuals.
21  EXAMINATION BY MR. BRUNO:
22  Q.  All right.  Who did you meet with
23  who was a representative of Washington Group
24  International?
25  MR. LEVINE:

Page 48

1   The same objection as before,
2   sir.  You can answer it to the extent
3   that you can tell who was there, but
4   not give up the substance of the
5   conversations.
6   THE WITNESS:
7   Chris, right?
8   EXAMINATION BY MR. BRUNO:
9   Q.  This gentleman, Chris -- Chris
10  Thatch?
11  A.  Chris was there and I don't remember
12  the other people that were there at the time.
13  Q.  All right.  When did the meeting
14  take place?
15  A.  Two or three months ago.
16  Q.  Okay.  How many folks were in the
17  room when you met?
18  A.  Maybe a half a dozen.
19  Q.  How many were representing the
20  United States of America of the half dozen?
21  A.  Two.
22  Q.  And who were they?
23  A.  (Indicating).  Jeff.
24  Q.  Jeff, and who else?
25  A.  No.  It was --

Page 49

1   Q.  Somebody else?
2   A.  I don't remember the -- I don't
3   remember the other -- the other DOJ lawyer.
4   Q.  For how long did you meet?
5   A.  I guess it was about an hour, hour
6   and a half, something like that.
7   Q.  And the questions that you were
8   asked today, did you know in advance that you
9   were going to be asked those questions?
10  A.  No.
11  MR. LEVINE:
12  Objection.
13  MR. BRUNO:
14  Now, I would once again call for
15  production of the joint defense
16  agreement on the grounds that you have
17  parties who are at opposite, diverse
18  positions in this case and, as such, I
19  think it's relevant to the fact finder
20  to know the nature and terms of that
21  agreement as will be demonstrated in
22  our papers.
23  EXAMINATION BY MR. BRUNO:
24  Q.  Mr. Dicharry, we know you're a civil
25  engineer.  Do you have any particular

13 (Pages 46 to 49)

Johns Pendleton Court Reporters

800 562-1285