UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL     CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                NO. 05-4182 "K" (2)
                          JUDGE DUVAL
PERTAINS TO:  MRGO        MAG. WILKINSON

FILED IN:

05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289

     Deposition of ROBERT A. DALRYMPLE,
Ph.D., 1902A Indian Head Road, Towson,
Maryland 21204, taken in the offices of
Stone, Pigman, Walther, Wittmann, L.L.C., 546
Carondelet St., New Orleans, Louisiana on
Tuesday, the 18th day of September, 2007 at
9:17 a.m.

Page 1

---

1   APPEARANCES (continued):
2
3
4      LABORDE & NEUNER
       (By: Ben L. Mayeaux, Esquire)
       One Petroleum Center, Suite 200
5      1001 West Pinhook Road
       Lafayette, Louisiana 70503
6      (337) 237-7000
          Attorneys for Defendant,
7         Orleans Levee District
8
9
10
11     DUPLASS, ZWAIN, BOURGEOIS, MORTON,
       PFISTER & WEINSTOCK
       (By: Gary M. Zwain, Esquire)
12     (By: Joseph E. Bearden, III, Esquire)
       3838 N. Causeway Blvd., Suite 2900
13     Metairie, Louisiana 70002
       (504) 832-3700
14        Attorneys for Defendant,
          Board of Commissioners for the
15        East Jefferson Levee District
          and Lake Borgne Levee District
16
17
18
19     CHRISTOVICH & KEARNEY
       (By: Charles M. Lanier, Jr., Esquire)
20     Pan American Life Center
       601 Poydras St.
21     New Orleans, Louisiana 70130-6078
       (504) 593-4272
22        Attorneys for Defendant,
          Sewerage and Water Board of New
23        Orleans
24
25

Page 3

---

1
2
3   APPEARANCES:
4
5
6      BRUNO & BRUNO
       (By: Joseph M. Bruno, Esquire)
       855 Baronne St.
7      New Orleans, Louisiana 70113
       (504) 525-1335
8         Attorneys for Plaintiffs
9
10
11
12     O'DONNELL & ASSOCIATES, PC
       (By:  Pierce O'Donnell, Esquire)
       550 South Hope Street
13     Suite 1000
       Los Angeles, California 90071
14        Attorneys for Plaintiffs
15
16
17     McCRANIE, SISTRUNK, ANZELMO, HARDY,
       MAXWELL & McDANIEL
18     (By: Thomas P. Anzelmo, Esquire)
       3445 N. Causeway Blvd., Suite 800
19     Metairie, Louisiana 70002
       (504) 831-0946
20        Attorneys for Defendant,
          Orleans Levee District
21
22
23
24
25

Page 2

---

1
2   APPEARANCES (continued):
3
4      U.S. DEPARTMENT OF JUSTICE
       (By: Sarah K. Soja, Esquire)
5      P.O. Box 888
       Benjamin Franklin Station
6      Washington, D.C. 20044
       (202) 616-4289
7         Attorneys for Defendant,
8         United States of America
9
10
11     BURGLASS & TANKERSLEY, L.L.C.
       (By: Monica Waldron, Esquire)
12     5213 Airline Drive
       Metairie, Louisiana 70001
13     (504) 836-2220
          Attorneys for Defendant,
14        Parish of Jefferson
15
16
17     JONES DAY
       (By: Jerome R. Doak, Esquire)
18     (By: Amy Payne, Esquire)
       2727 North Harwood Street
19     Dallas, Texas 75201-1515
       (214) 220-3939
20        Attorneys for Washington Group
          International, Inc.
21
22
23
24
25

Page 4

---

1 (Pages 1 to 4)

1
APPEARANCES (continued):
2
3
4     STONE, PIGMAN, WALTHER, WITTMANN,
      L.L.C.
5     (By: William D. Treeby, Esquire)
      546 Carondelet Street
6     New Orleans, Louisiana 70130-3588
      (504) 581-3200
7       Attorneys for Washington Group
        International, Inc.
8
9
10
11
12
      ALSO PRESENT:
13
14
15    Gilley DeLorimier, CLVS
      Depo-Vue, Inc.
16    (504) 828-8856
17
18
      Paul Kuhlmeier
19
20
21    REPORTED BY:
22    MARGARET MCKENZIE, CCR, RPR, CMR, CRR
      Certified Court Reporter
23
24
25
                                    Page 5

1         S T I P U L A T I O N
2       It is stipulated and agreed by and
3   between counsel for the parties hereto that
4   the deposition of the aforementioned witness
5   is hereby being taken under the Federal Rules
6   of Civil Procedure, for all purposes, in
7   accordance with law;
8       That the formalities of reading and
9   signing are specifically not waived;
10  That the formalities of sealing,
11  certification and filing are specifically
12  waived;
13      That all objections, save those as to
14  the form of the question and the
15  responsiveness of the answer, are hereby
16  reserved until such time as this deposition,
17  or any part thereof, may be used or sought to
18  be used in evidence.
19
20          *   *   *   *   *
21
22      MARGARET MCKENZIE, Certified Court
23  Reporter, in and for the Parish of Orleans,
24  State of Louisiana, officiated in
25  administering the oath to the witness.
                                    Page 7

1             I N D E X
2
3
4   EXAMINATION BY:
5
6   MR. O'DONNELL..........................9
7
8
9   EXHIBITS:
10
11  Exhibit 1.............................10
12
13  Exhibit 2.............................64
14
15  Exhibit 3.............................65
16
17  Exhibit 4.............................82
18
19
20
21
22
23
24
25
                                    Page 6

1       ROBERT A. DALRYMPLE, Ph.D.,
2   1902A Indian Head Road, Towson, Maryland
3   21204, after having been first duly sworn by
4   the above-mentioned court reporter, did
5   testify as follows:
6   VIDEOGRAPHER:
7   This is the videotape deposition of
8   Robert Dalrymple.  This deposition
9   is being held today at 546
10  Carondelet Street in New Orleans,
11  Louisiana on September 18, 2007.
12  The time is 8:02 A.M.
13  Would the court reporter, please,
14  now swear in the witness.
15      ROBERT A. DALRYMPLE, Ph.D.,
16  1902A Indian Head Road, Towson,
17  Maryland, 21204, after having been
18  first duly sworn by the
19  above-mentioned court reporter, did
20  testify as follows:
21  MR. O'DONNELL:
22  Do you want us to identify
23  ourselves?
24  VIDEOGRAPHER:
25  Certainly.
                                    Page 8

MR. O'DONNELL:
Pierce O'Donnell and Joe Bruno for
the plaintiffs.
MR. MAYEAUX:
Ben Mayeaux, Orleans Levee
District.
MR. ZWAIN:
Gary Zwain, Lake Borgne Basin Levee
District.
MS. SOJA:
Sarah Soja, Department of Justice.
MR. TREEBY:
William Treeby, Washington Group
International.
MR. DOAK:
Jerre Doak, Washington Group.
MS. PAYNE:
Amy Payne, Washington Group.
EXAMINATION BY MR. O'DONNELL:
Q.   Good morning, Doctor.
A.   Good morning.
Q.   You are Robert A. Dalrymple?
A.   Yes, sir.
Q.   And you are the author of an expert
report dated August 29, 2007 in this case?

Page 9

MRGO defendants in this case, is that
correct?
A.   I believe so, yes.
Q.   And that includes the United States
of America?
A.   Yes.
Q.   In the preparation of your report,
did you meet with or talk with any lawyers or
representatives of the United States
vis-a-vis your report?
A.   No.
Q.   Okay.  Do you know whether anyone
from the United States reviewed your report?
A.   I believe they have, yes.
Q.   Okay.  Fine.  Did you get any
comments from them?
A.   I believe that people gave me some
comments about what I had written after the
report was submitted, yes.
Q.   Okay.  What were the -- who gave
them to you?
MS. PAYNE:
Objection.
MR. O'DONNELL:
What's the objection?

Page 11

A.   Yes, I am.
Q.   Do I happen to see it in front of
you?
A.   Yes, you do.
MR. O'DONNELL:
I don't have an extra copy, but
with everyone's permission I would
like to, and I'll get one, deem it
as Dalrymple Exhibit 1, is that
okay with everyone?  Okay?
MS. PAYNE:
That's fine.
MR. O'DONNELL:
Since we will be talking about it a
lot.
EXAMINATION BY MR. O'DONNELL:
Q.   When were you retained by the
defendants in this case, Doctor?
A.   Approximately a year and a half
ago, I believe.
Q.   Okay.  Who contacted you?
A.   People in the Jones Day office in
Washington.  Adrien Zito.
Q.   And, as I understand it, you have
been designated as the expert for all the

Page 10

MS. PAYNE:
Can we go off the record for just a
second?
MR. TREEBY:
Let me speak to that.  We have an
understanding the communications
between counsel and experts are,
about the report, are, they are
protected by the CMO, number one,
and we have an agreement that that
extends to all communications
between counsel except as to facts
given, comments about the report.
So that's, I think, what your
question implicates.
MR. O'DONNELL:
Right.  Well --
MR. BRUNO:
I don't think so.  That question
does not implicate that at all.
MR. O'DONNELL:
Not at all.  I understand -- I
understand your stipulation.
MR. BRUNO:
We have an agreement, but, you know

Page 12

3 (Pages 9 to 12)