## DECLARATION OF DR. G. PAUL KEMP

I, G. Paul Kemp, declare as follows:

1.  I am a coastal geologist and oceanographer living in Baton Rouge, Louisiana. I have been employed since February 2007 as Vice-President of the Gulf Coast Initiative of the National Audubon Society, a 100 year old conservation organization headquartered in New York City. Prior to holding this position, I had been an Associate Professor, Research, and Director of the Natural Systems Modeling Group (NSMG) at the Louisiana State University (LSU) School of the Coast and Environment for twelve years. I received a B.S. degree in 1975 from Cornell University in Ithaca, New York, and I was awarded M.S. (1978) and Ph.D. (1986) degrees from the LSU Department of Marine Sciences, now the Department of Oceanography and Coastal Sciences, and from the Coastal Studies Institute at Louisiana State University. The opinions given here are my own and should not be construed as positions held by LSU or the National Audubon Society.

2.  I submit this declaration on behalf of Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz in *Robinson v. United States*, Case No. Civ. 06-2268 (SRD). As detailed below, this Declaration constitutes my expert report, supporting my opinion that the catastrophic inundation of Greater New Orleans associated with Hurricane Katrina was caused by the storm surge dynamics of the "funnel" and the destruction of the wetlands and marshes surrounding the MR-GO, both of which detrimental effects were caused by the defective design, construction and maintenance of the MR-GO. This Declaration is submitted in connection with the Section 702c immunity issues. I reserve the right to amend and supplement my Declaration when and if additional information

41.     As happened during Hurricane Katrina and would be true for many critical storm tracks, the surge from Lake Borgne was higher and earlier that that in Lake Pontchartrain and was conveyed into the IHNC via MR-GO's Reach 1.  Without the Reach 1 connector, the IHNC floodwalls would have seen a surge of 11 to 12 feet coming from Lake Pontchartrain and would have escaped most, if not all, of the catastrophic overtopping and breaching.

42.     The Lake Borgne surge – delivered by the MR-GO funnel – added an additional three feet to Katrina's storm surge.  The flow from the funnel also prolonged the period of high surge in Reach 1 and the IHNC because the storm surge from Lake Borgne was conveyed into this region earlier than the storm surge generated in Lake Pontchartrain.  The cumulative affect was to extend the period of high water beyond that which would have resulted from storm surge emanating from Lake Pontchartrain alone.  Both of these outcomes resulted from the decision to join the MR-GO and the GIWW and the design and construction of the MR-GO in a manner that created and intensified storm surges to cause the catastrophic inundation and destruction during Hurricane Katrina.  USCE officials have denied the connection between increased flooding and MR-GO.  Hoever, USACE personnel have actually long known of the problem as is indicated in a comment from the Lower Mississippi Valley Division (LMVD) then reviewing the 1988 MR-GO bank erosion reconnaissance report (USACE 1988).  This report may be downloaded from the IPET website where four pages of  LMVD comments are appended before the main body of the report.  Comment 2, headed <u>Page 30, Alternative Plans</u> is worth repeating here:

> "The alternative to completely close the MRGO waterway should
> be evaluated and a discussion of the evaluation should be included
> in the report….This alternative will control all future channel
> maintenance problems by controlling bank erosion, preventing the

associated biological resources problems, preventing saltwater intrusion, and lessening the recreational losses.  *In addition to solving the aforementioned problems, it will also reduce the possibility of catastrophic damage to urban areas by a hurricane surge coming up this waterway* and also greatly reduce the need to operate (and could possibly eliminate) the control structures at Bayous Dupre and Bienvenue.  Furthermore, the salinity level in Lake Ponchartrain will be reduced which, according to some parties, will be a great benefit."  (*Italics added*)

### C.   Storm Surge Modeling Of The MR-GO

43.  Dr. Mashriqui and I used storm surge modeling to explore the dimensions of this critical and fundamental flaw in the design and construction of the MR-GO, collectively known as the "funnel," prior to Hurricane Katrina's landfall.  Unfortunately, as we discovered in Hurricane Katrina's wake, our analyses and predictions of the MR-GO's funneling effect – and its destructive consequences – proved accurate.

44.  Based on several Advanced Circulation Hydrodynamic Model ("ADCIRC") computer runs of other simulated hurricanes tracking east and south of the Greater New Orleans area, I have concluded that if the MR-GO had not been defectively designed, constructed, and operated, Greater New Orleans, and particularly St. Bernard and New Orleans East, would have experienced far less flooding due to overtopping and fewer floodwall failures in Hurricane Katrina's wake as opposed to the catastrophic devastation that actually occurred.

45.  The ADCIRC storm surge model version that I used to simulate Hurricanes Katrina and Rita has been greatly modified by Dr. Westerink since these storms under contract to

32

what little remaining areas of swamp and wetland – existing after years of decimation caused by the MR-GO – acted as flow obstructions that resulted in lower wave energy, surge elevation and currents on the faces of the levees and spoil banks.

54.     Simulated flowlines indicate that most of the water that was delivered to New Orleans East and the Lower 9th Ward came via the MR-GO (Reach 1) rather than across the wetlands west of Lake Borgne.  Prior to the MR-GO's construction, New Orleans was protected by about 10 miles of wetlands consisting of very dense swamp (average 445 trees/acre), marsh (1m height with a density of 586 stems/yd$^2$) and a forested natural ridge  (personal communication, H.S. Mashriqui, LSU)**.**  If these wetlands had not been destroyed by the MR-GO's construction and maintenance, they would have reduced surge caused by Hurricane Katrina by about 3 feet and spared Greater New Orleans from catastrophic flooding.

55.     Construction of the MR-GO, particularly the Reach 1 segment not addressed by IPET, connected the IHNC in a much more direct way with Lake Borgne and Breton Sound than had existed previously.  The IHNC connection with Lake Pontchartrain predated MR-GO construction.  So surge in the IHNC went from being controlled by Lake Pontchartrain to being controlled by both Lake Pontchartrain and Lake Borgne, and flow into and out of the IHNC was affected by the difference in elevation of these two large waterbodies at different times during hurricane passage.  When Lake Pontchartrain is low, the IHNC can drain rapidly to the north even if a great deal of water is coming in through MRGO from the east, so water level in the IHNC will not reach a stage as high as at the entrance to the throat of the funnel (Paris Road bridge).  If Lake Pontchartrain goes up, surge level in the IHNC can approach that at Paris Road bridge because it cannot drain as rapidly to the north.  It has been generally the case with Hurricanes Betsy, Camille and Katrina that the surge rises first in Lake Borgne and later in Lake

41

which detrimental effects were caused by the defective design, construction, operation and maintenance of the MR-GO.

I declare under the penalty of perjury under the laws of the United States of America and the State of Louisiana that the foregoing is true and correct.

Executed on September 16th, in Baton Rouge, Louisiana.

_G. Paul Kemp_
G. PAUL KEMP, Ph.D.