UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE ET AL | CIVIL ACTION |
| VERSUS | NO: 07-5528 |
| AAA INSURANCE ET AL | SECTION: J(2) |

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | CIVIL ACTION |
| PERTAINS TO: INSURANCE<br>    *Chehardy*, 06-1672<br>    *Chehardy*, 06-1673<br>    *Chehardy*, 06-1674 | NO: 05-4182<br><br>SECTION: K(2) |

**ORDER**

On Thursday May 28, 2009, the Court heard oral argument on Defendant Louisiana Citizens Property Insurance Company's ("LCPIC") Motion for Preliminary and Permanent Injunction (Rec. Doc. 28), and the Ex Parte Motion to Dismiss, Stay or Sever Louisiana Citizens Motion for Temporary Restraining Order (Rec. Doc. 30) and Ex Parte Motion to Appoint Counsel for Plaintiffs with Respect to Oubre Class Claims (Rec. Doc. 32) filed by counsel for the *Oubre* class members. After oral

argument, the Court denied LCPIC's motion on the record, indicating that more thorough reasons for the ruling would follow shortly thereafter (Rec. Doc. 51).

In addition, the Court raised the possibility of all interested parties voluntarily participating in a settlement conference/mediation session with the Magistrate Judge assigned to this matter, and all parties present agreed to participate, including class counsel in the *Oubre* and *Orrill* cases against LCPIC, which are pending in the 24th Judicial District Court, Parish of Jefferson ("24th JDC") and the Civil District Court for the Parish of Orleans ("CDC"), respectively.  In addition, and as the Court indicated it would at the hearing, the Court has personally contacted Judge Henry Sullivan of the 24th JDC, and Judge Kern Reese of the CDC, who are presiding over the *Oubre* and *Orrill* class actions, respectively.  Both Judge Sullivan and Judge Reese indicated that they had no objection to the parties attempting to negotiate a global settlement before this Court. Accordingly,

**IT IS ORDERED** that the above-captioned matters are hereby **REFERRED** to the assigned Magistrate Judge for the **sole purpose** of conducting a settlement conference/mediation for global settlement of the claims against LCPIC asserted both in these

federal actions, as well as in the various suits against LCPIC in state court. Any such settlement agreement will be subject to approval by this Court as well as by the presiding state court judges.

New Orleans, Louisiana, this  2nd  Day of    June   , 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE