UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K" (2) |
| PERTAINS TO: | |
| INSURANCE: *Martin*, 06-7703 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

**JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

**NOW INTO COURT**, through under signed counsel, come plaintiffs, Phyllis Martin ~~and Louis Turner,~~ and defendant, Republic Fire And Casualty Insurance Company, and respectfully submit to this Honorable Court that a settlement of all claims has been reached in this matter, and that plaintiffs wish to dismiss any and all claims against defendant, Republic Fire And Casualty Insurance Company, with prejudice, with each party to bear its own costs.

1

Respectfully submitted,

| | |
|---|---|
| **PATRICK G. KEHOE, JR., APLC**<br>Patrick G. Kehoe, Jr., Esq.<br>833 Baronne Street<br>New Orleans, LA  70113<br>Phone: 588-1110<br>Fax: 588-1954<br><br>BY:   /s/ Patrick G. Kehoe, Jr.<br>**Patrick G. Kehoe, Jr., Esq. (Bar #14419)**<br><br>**ATTORNEYS FOR PHYLLIS MARTIN AND LOUIS TURNER (e-filed with counsel's express approval and permission)** | **LARZELERE PICOU WELLS<br>SIMPSON LONERO, LLC**<br>Suite 1100 - Two Lakeway Center<br>3850 N. Causeway Boulevard<br>Metairie, Louisiana  70002<br>Telephone:  (504) 834-6500<br>Facsimile:  (504) 834-6565<br><br>BY:     /s/ Angie Arceneaux Akers<br>           Jay M. Lonero  (#20642)<br>                  jlonero@lpw-law.com<br>           Christopher R. Pennison (#22584)<br>                  cpennison@lpw-law.com<br>           Angie Arceneaux Akers (#26786)<br>                  aakers@lpw-law.com<br><br>**ATTORNEYS FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3d day of June, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Angie Arceneaux Akers*