# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-CV-4182 <br> * <br> * <br> * SECTION "K" <br> * JUDGE STANWOOD R. DUVAL, JR. <br> * <br> * MAG. "M2" |
| PERTAINS TO: <br> INSURANCE (*Aguilar*, No. 07-4852) | * MAGISTRATE JOSEPH C. WILKINSON, JR. <br> * <br> * |

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comeplaintiff, Bonnie C. Cheavious, and defendant, Lexington Insurance Company, who jointly move the Court to dismiss plaintiff's claim against Lexington Insurance Company, with prejudice, on the grounds that this matter has been fully and finally compromised, and settled as to all claims, with each party to bear its own costs.

Page -1-

Respectfully submitted,                                     Respectfully submitted,

[signature]                                                 /s/ Robert I. Siegel

JIM S. HALL (NO. 21644)                                     ROBERT I. SIEGEL (NO. 19044)
JOSEPH W. RAUSCH (NO. 3914)                                 JOHN E.W. BAAY II, T.A. (#22928)
**JIM S. HALL & ASSOCIATES**                                ERIC C. WALTON (NO. 29471)
800 N. Causeway Blvd., Suite 100                            **GIEGER, LABORDE & LAPEROUSE, LLC**
Metairie, LA 70001                                          Suite 4800 - One Shell Square
Telephone:   (504) 832-3000                                 701 Poydras Street
Facsimile:   (504) 832-1799                                 New Orleans, Louisiana 70139-4800
                                                            Telephone:   (504) 561-0400
*Counsel for plaintiff, Bonnie C. Cheavious*                Facsimile:   (504) 561-1011

*Counsel for Defendant, Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 3rd day of June, 2009, served a copy of the foregoing **Joint Motion to Dismiss** on counsel for all parties to this proceeding, by the Court's Electronic Delivery System or by placing same in the United States Mail, postage paid and properly addressed.

/s/ Robert I. Siegel