UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: KATRINA CANAL BREACHES  \* CIVIL ACTION NO.: 05-CV-4182
CONSOLIDATED LITIGATION  \*
\*
\* SECTION "K"
\* JUDGE STANWOOD R. DUVAL, JR.
\*
\* MAG. "M2"
PERTAINS TO:  \* MAGISTRATE JOSEPH C. WILKINSON, JR.
INSURANCE (*Aguilar*, No. 07-4582)  \*
\*

## ORDER

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS:

IT IS ORDERED that the claims of the plaintiff, Bonnie C. Cheavious, against Lexington Insurance Company in the above captioned matter are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

Page -1-