AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| SHOUN EVANS | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| NATIONAL LLOYDS INSURANCE COMPANY | ) |
| Defendant | ) |

Summons in a Civil Action  09-2611

SECT. K MAG. 2

To: *(Defendant's name and address)*

NATIONAL LLOYDS INSURANCE COMPANY
LOUISIANA SECTY. OF STATE
8585 ARCHIVES BLVD.
BATON ROUGE, LA  70809

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

DANIEL E. BECNEL, JR.
BECNEL LAW FIRM, L.L.C.
106 W. 7TH ST., PO DRAWER H
RESERVE, LA  70084

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: 1/30/09  ~~01/29/2009~~

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **May 1, 2009**, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **Personal service on Secretary of State**

My fees are $ _____ for travel and $ **N/A** for services, for a total of $ **0.00**.

Date: **June 1, 2009**

Server's signature

**Salvadore Christina, Jr.**
Printed name and title

106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084
Server's address