UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION

                                                NO. 05-4182

PERTAINS TO: BARGE                                SECTION "K"(2)

## ORDER

Considering that the Motion to Dismiss file on June 2, 2009 (Rec. Doc. 18959) has been set for hearing on June 24, 2009, and in light of the Court's schedule, accordingly,

**IT IS ORDERED** that the Motion to Dismiss (Rec. Doc. 18959) is hereby **RESET** for hearing on **July 15, 2009 at 9:30 a.m.**  Once the motion is briefed, the Court will determine whether oral argument is necessary for the adjudication of the motion.

New Orleans, Louisiana, this ___3rd___ day of June, 2009.

                                                       ELDON E. FALLON
                                          UNITED STATES DISTRICT JUDGE