# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR |
| *Weber v. Lafarge*        08-4459 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EXPARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD AND AS A MEMBER OF THE BARGE PLAINTIFFS' SUBGROUP COMMITTEE

**MAY IT PLEASE THE COURT:**

**NOW COMES** Karen Wiedemnann, heretofore counsel of record in the above captioned matter, and a duly appointed member of the Barge Plaintiffs' Subgroup Litigation Committee, who respectfully moves the Court to be withdrawn as counsel of record and as a member of the Barge Plaintiffs' Subgroup Committee.

Undersigned will be leaving private practice to work for the Social Security Administration, Office of Disability Adjudication and Review.  As a result of the new employment, the undersigned will not be able to maintain a private practice.  Her removal as counsel of record, and from the Barge PSLC, will not adversely effect the clients, as they are well represented by the other members of the Barge PSLC.

It is so moved, this 8th day of June, 2009.

/s/ Karen Wiedemann
Karen Wiedemann, 21151
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: karenwiedemann@bellsouth.net

Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 8th day of June, 2009.

/s/ Karen Wiedemann
Karen Wiedemann