UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| *Lafarge v. USA*    07-5178 | * | JOSEPH C. WILKINSON, JR |
| *Weber v. Lafarge*    08-4459 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Withdraw as Counsel of Record and to be removed from the Barge Plaintiffs' Subgroup Litigation Committee submitted by Karen Wiedemann be, and is hereby GRANTED.

New Orleans, Louisiana this ___ day of _____, 2008.

_____
JUDGE STANWOOD R. DUVAL, JR
JUDGE, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 8th day of June, 2009.

                                                                             /s/ Karen Wiedemann  
                                                                             Karen Wiedemann