```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JUN - 5 2009

LORETTA G. WHYTE
CLERK
```

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 09-30302

CV 05-4182- K

U.S. COURT OF APPEALS
FILED

JUN 0 8 2009

CHARLES R. FULBRUGE III
CLERK

In re: Katrina Canal Breaches Litigation

- - - - - - - - - - - - - - - - - - - - -

Petition for a Writ of Mandamus to the
United States District Court for the Eastern District of Louisiana at New Orleans

- - - - - - - - - - - - - - - - - - - - -

Before Circuit Judges HIGGINBOTHAM, BARKSDALE, and ELROD.

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No. _____
```

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
                        Deputy
New Orleans, Louisiana

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 03, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 09-30302,  In re: Katrina Canal Breaches
       USDC No. 2:05-CV-4182

Enclosed is a copy of the judgment issued as the mandate.

                      CHARLES R. FULBRUGE III, Clerk

                      By:_____
                      Kimberly K. Folse, Deputy Clerk
                      504-310-7712

cc: w/encl:

Honorable Stanwood R. Duval Jr.
Mr. Eric Fleisig-Greene
Mr. Mark Bernard Stern
Mr. Joseph M Bruno