UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO.: 05-4182

SECTION "K" (2)

FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE AND MR-G0

## MOTION FOR LEAVE TO FILE LEVEE DISTRICT DEFENDANTS'[1] BRIEF RESPONSE TO THE BRINKMEYER OBJECTORS' REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, come defendants, Orleans Levee District, East Jefferson Levee District, Lake Borgne Basin Levee District, and their respective Boards of Commissioners (hereinafter "Levee District Defendants") who move for leave to file the attached, very brief, response to the Brinkmeyer Objectors' Reply Memorandum (Doc. No. 18958). The Levee District Defendants represent to the Court that counsel for Brinkmeyer Objectors have been forwarded a copy of Levee District Defendants Brief Response to the Brinkmeyer Objectors' Reply Memorandum and do not oppose this Motion for Leave to File.

---

[1] The "Levee District Defendants" are Orleans Levee District, East Jefferson Levee District, Lake Borgne Basin Levee District, and their respective Boards of Commissioners.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

/s/ *Gary M. Zwain*

---

Gary M. Zwain, (#13809)
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   (504) 832-3700
Facsimile:    (504) 837-3119

*Attorneys for East Jefferson Levee District, Board of Commissioners of East Jefferson Levee District, Lake Borgne Basin Levee District, and Board of Commissioners of Lake Borgne Basin Levee District*

/s/ *Thomas P. Anzelmo*

---

Thomas P. Anzelmo, (#2533)
**MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL**
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:   (504) 831-0946
Facsimile:    (504) 831-2492

*Attorney for the Orleans Levee District and Board of Commissioners of Orleans Levee District*

/s/ *Ben L. Mayeaux*

---

Ben L. Mayeaux, Esq.
**LAW OFFICES OF LABORDE & NEUNER**
1001 W. Pinhook Road
P. O. Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone:   337/237-7000
Facsimile:    337/233-9450

*Attorney for the Orleans Levee District and Board of Commissioners of Orleans Levee District*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2009, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ *Gary M. Zwain*

_____
**GARY M. ZWAIN (#13809)**