MINUTE ENTRY
WILKINSON, M.J.
JUNE 9, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-5528 |
| AAA INSURANCE ET AL. | SECTION "J"(2) |

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE | JUDGE DUVAL |
| Chehardy, 06-1672 | MAG. WILKINSON |
| Chehardy, 06-1673 | |
| Chehardy, 06-1674 | |

The captioned matters were referred to me by Judge Barbier for purposes of conducting discussions for global settlement of the claims against Louisiana Citizens Property Insurance Company asserted both in the referenced matters and in various state court lawsuits. Record Doc. No. 52 in C.A. No. 07-5528 and Record Doc. No. 18965 in

MJSTAR: **0 : 15**

C.A. No. 05-4182.  At my instigation and for planning purposes only, I conducted a telephone conference on this date with Emile Rolfs, counsel for Louisiana Citizens, and Joseph M. Bruno, plaintiffs' Liaison Counsel in C.A. No. 05-4182.  A further planning session may be conducted by me limited to counsel of my choosing prior to any conference involving all parties.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**HON. STANWOOD R. DUVAL, JR.**