UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | * * | JUDGE DUVAL |
| INSURANCE: *Aguilar*, 07-4852 | * * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs Bernadette and Herbert Hogue and Defendants Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, and Property and Casualty Insurance Company of Hartford (improperly named as either Hartford Accident Indemnity Company, Hartford Fire Insurance Company, The Hartford Insurance Company or Hartford Underwriters Insurance Company) (collectively "Hartford"), who, pursuant to a settlement agreement executed by Plaintiffs, now jointly move this Court for the entry of an order dismissing the captioned lawsuit and all claims therein, with prejudice, with each party to bear its own costs.

Respectfully submitted,

_____
JIM S. HALL & ASSOCIATES
Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard, Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
*Attorney for Plaintiffs*

Bernadette and Herbert Hogue

_____
Ralph S. Hubbard, III, T.A., La. Bar. #7040
Seth A. Schmeeckle, La. Bar #27076
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:   (713) 632-1700
Facsimile:   (713) 222-0101

**Attorneys for Defendants,
Hartford Casualty Insurance Company,
Hartford Insurance Company of the
Midwest, and Property and Casualty
Insurance Company of Hartford (improperly
named as either Hartford Accident
Indemnity Company, Hartford Fire
Insurance Company, The Hartford
Insurance Company or Hartford
Underwriters Insurance Company)**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2009, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF.

_____
Seth A. Schmeeckle