UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| | * | |
| INSURANCE: *Aguilar*, 07-4852 | * | MAGISTRATE WILKINSON |
| | * | |

*************************************

## ORDER DISMISSING WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss with Prejudice;

It is ORDERED that the motion is GRANTED and this case is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

New Orleans this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE