UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTON<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: | | |
| INSURANCE: *Aaron*, 06-4746 | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff **Doris H. Ratcliff** and Defendants Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, and Property and Casualty Insurance Company of Hartford (improperly named as either Hartford Accident and Indemnity Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Southeast, Hartford Steam Boiler Inspection and Insurance Company, Hartford Steam Boiler Inspection and Insurance Company of Connecticut, or Hartford Underwriters Insurance Company) (collectively "Hartford"), who, pursuant to a settlement agreement executed by Plaintiff, now jointly move this Court for the entry of an order dismissing, with prejudice, the claims of Plaintiff Doris H. Ratcliff in the above-captioned lawsuit, with each party to bear its own costs.

Respectfully submitted,

Respectfully Submitted,
**JIM S. HALL & ASSOCIATES**
Joseph W. Rausch, No. 11394
800 N. Causeway Boulevard, Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799

**Attorneys for Plaintiff,
Doris H. Ratcliff**

AND

Ralph S. Hubbard, III, T.A., La. Bar. #7040
Seth A. Schmeeckle, La. Bar #27076
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:   (504) 310-9195

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:   (713) 632-1700
Facsimile:    (713) 222-0101
**Attorneys for Defendants,**

                                          **Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, and Property and Casualty Insurance Company of Hartford (improperly named as either Hartford Accident and Indemnity Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Southeast, Hartford Steam Boiler Inspection and Insurance Company, Hartford Steam Boiler Inspection and Insurance Company of Connecticut, or Hartford Underwriters Insurance Company)**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2009, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF.

                                            Seth A. Schmeeckle