UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION NO. 05-4182 "K" (2)** | |
| **CONSOLIDATED LITIGATION** § | | |
| § | **JUDGE DUVAL** | |
| **PERTAINS TO:  INSURANCE** § | | |
| § | **MAGISTRATE WILKINSON** | |
| § | | |
| **JOSEPH MITCHELL      NO.: 07-9420** § | | |
| § | | |
| **VERSUS** § | | |
| § | | |
| **ALLSTATE INSURANCE COMPANY and** § | | |
| **ALLSTATE INDEMNITY COMPANY** § | | |
| § | | |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action no. 07-9420, in its entirety, is dismissed with prejudice.

_____
JUDGE

1