UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:   INSURANCE<br><br><br>JOSEPH MITCHELL        NO.:  07-9420<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY and<br>ALLSTATE INDEMNITY COMPANY | § § § § § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL
### WITH PREJUDICE

COMES NOW, the Plaintiff, Joseph Mitchell, as well as Defendants, Allstate Insurance Company and Allstate Indemnity, through undersigned counsel and who hereby stipulate to the dismissal of this action in its entirety, with prejudice.

WHEREFORE, the Plaintiff and Defendant pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

RESPECTFULLY SUBMITTED,

*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

and

RAINER, GAYLE & ELLIOT, LLC

*/s/ N. Frank Elliot, III*
**N. FRANK ELLIOT, III , # 23054**
**DREW RANIER, #8320**
**LARRY D. DYESS, #19555**
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218