MINUTE ENTRY
WILKINSON, M.J.
JUNE 11, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES     CIVIL ACTION
      CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE     JUDGE DUVAL
   Abadie I, 06-5164     MAG. WILKINSON
   Abadie II, 07-5112
   Aaron 06-4746
   Aguilar 07-4852

Pursuant to my previous orders, Record Doc. Nos. 18287 and 18788, a follow-up status conference was conducted in this matter before me on this date. Participating were: Plaintiffs' counsel, Joseph W. Rausch and Joseph Bruno. The purpose of the conference was to discuss the ongoing issue of dual representation of plaintiffs in settlements reached in the referenced cases and the allocation of plaintiffs' attorneys' fees from settlement funds. Counsel reported that they have reached an agreement to resolve this issue, which the court deems settled.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: **0 : 15**