UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * * * * | CIVIL ACTION |
| | | * | NO. 05-4182 |
| | | * | and consolidated cases |
| PERTAINS TO: BARGE | | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAGISTRATE |
| *Weber v. LNA* | 08-4459 | * | JOSEPH C. WILKINSON, JR. |
| | | * | |

**MEMORANDUM OF LAFARGE NORTH AMERICA INC. IN RESPONSE TO UNITED STATES OF AMERICA'S MOTION TO SEVER AND STAY THIRD-PARTY CLAIMS**

Based on the circumstances and record that exist in this case *at this time*, Lafarge North America Inc. ("LNA") does not oppose the United States' motion to sever and stay LNA's third-party claims to the extent it applies to pending claims and only for a period of eighteen months from the date of entry. LNA has spoken with counsel for the United States, who has represented that the United States agrees to limit the stay and severance to a period of eighteen months.

Although LNA has not in the past consented to stay and sever its third-party claims, the case has developed in such a way that LNA is prepared to accept an eighteen-month stay and severance of those claims. In particular, LNA notes that the Court has denied the Barge plaintiffs' motion for class certification (Doc. 18852), and that the Barge plaintiffs have stipulated that the trial to be conducted in February 2010 will be a bench trial (Doc. 18799).[1]

---

[1] Future "bellwether" trials will be to the Court or to a jury depending on the individual plaintiffs' pleadings. *Id.*

Based on these developments, LNA has concluded that the circumstances that had previously compelled LNA to seek inclusion of its third-party claims in any trial concerning its liability do not exist at the present time. In particular, LNA does not believe it will be prejudiced if the February 2010 bench trial, and potentially a limited number of additional individual trials, go forward without the direct participation of the Government. In addition, LNA believes that the litigation will be advanced by conducting a limited number of individual trials without the Government's direct participation, while allowing the outcome of the *Robinson/MRGO* appeal to inform the parties about the Government's potential liability.

LNA's acquiescence in this motion is expressly conditioned on its understanding that the *Robinson* appeal will be resolved within a reasonable period of time, during which no more than a few individual trials, involving a limited number of plaintiffs, would proceed without the involvement of the government. Should circumstances change with respect to class certification, or the scope of any subsequent trial(s), or otherwise, LNA reserves the right to file a motion to reverse the stay and severance as to any claims that may be tried subsequent to the February 2010 bench trial of the four individual "bellwether" plaintiffs identified by the Barge parties for the initial trial (Doc. 18164).[2]

A proposed order is attached. LNA has shared this proposed order with counsel for the Government and is authorized to state that it is acceptable to the Government.

---

[2] LNA does not concede that the United States has the right to severance and a stay of LNA's third-party claims against it. The Court has refused to grant such relief in prior orders (*e.g.*, Doc. 587 in No. 05-4419), and indeed the Government has argued against it (*e.g.*, Doc. 608 in No. 05-4419).

                    Respectfully submitted,

                    Robert B. Fisher, Jr., T.A. (#5587)
                    Derek A. Walker (#13175)
                    **CHAFFE MCCALL, L.L.P.**
                    2300 Energy Centre
                    1100 Poydras Street
                    New Orleans, LA 70163-2300
                    Telephone:  (504) 585-7000
                    Facsimile:  (504) 585-7075
                    Fisher@chaffe.com
                    Walker@chaffe.com

                    /s/ John D. Aldock
                    John D. Aldock
                    Richard M. Wyner
                    Mark S. Raffman
                    **GOODWIN PROCTER LLP**
                    901 New York Avenue, N.W.
                    Washington, DC 20001
                    Telephone:  (202) 346-4240

June 12, 2009