UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*  05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*  06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Weber v. LNA*  08-4459 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**[Proposed] ORDER GRANTING UNITED STATES OF AMERICA'S
MOTION TO SEVER AND STAY THIRD-PARTY CLAIMS**

Based on the motion of the United States seeking a stay and severance of LNA's third-party claims until such time as the *Robinson/MRGO* appeals are determined, and LNA's response to that motion, it is ORDERED that the motion is GRANTED AS FOLLOWS.

LNA's third-party claims against the United States in the above-captioned actions are hereby severed and stayed until 90 days after a decision is rendered by the Fifth Circuit in *Robinson* or, if a timely petition for writ of certiorari is filed in the Supreme Court, until 90 days after resolution of the *Robinson* appeal by the Supreme Court, or until the passage of eighteen months from the date of this order, whichever is sooner.

This Order applies only to cases currently pending before the Court and is without prejudice to any claims which may hereinafter be filed. Further, with respect to any pending claims to be tried after the trial scheduled for February 2010, either party may seek to lift the stay

LIBW/1711061.1

of LNA's third-party claims on motion before the expiration of the eighteen-month period as circumstances may warrant, or may move to continue the stay beyond the eighteen month period as circumstances may warrant.

_____
United States District Judge