MINUTE ENTRY
WILKINSON, M.J.
JUNE 11, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-5528 |
| AAA INSURANCE ET AL. | SECTION "J"(2) |

* * *

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:  INSURANCE<br>Chehardy, 06-1672<br>Chehardy, 06-1673<br>Chehardy, 06-1674 | JUDGE DUVAL<br>MAG. WILKINSON |

Pursuant to my previous order, Record Doc. No. 53 in C.A. No. 07-5528 and Record Doc. No. 18974 in C.A. No. 05-4182, a conference was conducted in the captioned matters on this date for planning purposes regarding the possibility of global settlement of the claims against Louisiana Citizens Property Insurance Company asserted both in the referenced matters and in various state court lawsuits. Participating were: Emile Rolfs, counsel for Louisiana Citizens; Calvin Fayard and Joseph M. Bruno, plaintiffs' Liaison

MJSTAR:  1 : 30

Counsel in the federal court matters; and Ralph S. Hubbard III and Seth Schmeeckle, defendants' Liaison Counsel in the federal court matters.

Counsel provided me with an overview of the pending cases and identified all interested counsel and parties. Considering the record and the statements of the conference participants,

**IT IS ORDERED** that an open session for purposes of further planning and the expression of views concerning settlement by <u>all</u> interested counsel and parties will be conducted before me in my courtroom, Room B-421, 500 Poydras Street, New Orleans, Louisiana, beginning at **2:00 p.m. on July 20, 2009**. Liaison Counsel for plaintiffs and defendants, Emile Rolfs for Louisiana Citizens, and counsel for the State of Louisiana in the Road Home case, C.A. No. 07-5528, must attend in person. Plaintiffs' Liaison Counsel is directed to notify all other interested counsel, including particularly counsel for the parties in the <u>Oubre</u>, <u>Orrill</u>, and <u>Press</u> matters pending in state court, and extend to them this court's invitation to appear and participate, at their option.

At the conclusion of the July 20th conference, the court may schedule further proceedings and discussions in an attempt to assist the parties in crafting a global settlement agreement.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. CARL J. BARBIER