UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| _____ | * | **JUDGE DUVALL** |
| | * | **MAG. WILKINSON** |
| **PERTAINS TO:** (*include only one*) | * | |
| **ALL CASES** | * | |
| **ALL LEVEE** | * | |
| **ALL MRGO** | * | |
| **ALL INSURANCE** | * | |
| **ALL RESPONDER** | * | |
| **LEVEE**         (SPECIFIC CASE NUMBER(S)) | * | |
| **MRGO**         (SPECIFIC CASE NUMBER(S)) | * | |
| **INSURANCE** (SPECIFIC CASE NUMBER(S)) | * | |
| **RESPONDER** (SPECIFIC CASE NUMBER(S)) | * | |
| _____ | * | |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT,** through undersigned counsel, for National Union Fire Insurance Company of Pittsburgh, Pa. ("NUFIC"), defendant, who respectfully moves for an order of this court enrolling Alex P. Tilling (29686), of the law firm of Leake & Andersson, as additional counsel of record in the above entitled matter on behalf of defendant.

1

        Respectfully submitted,

         /s/ George D. Fagan_____
        **George D. Fagan (#14260)**
        Leake & Andersson, L.L.P.
        1100 Poydras Street, Suite 1700
        New Orleans, Louisiana 70163
        Telephone:  (504) 585-7500
        Facsimile:  (504) 585-7775
        gfagan@leakeandersson.com
        Counsel for National Union Fire Insurance Company
        of Pittsburgh, Pa., defendant

CP / 38803 / 63