UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| _____ | * | **JUDGE DUVALL** |
| | * | **MAG. WILKINSON** |
| **PERTAINS TO:** (*include only one*) | * | |
| **ALL CASES** | * | |
| **ALL LEVEE** | * | |
| **ALL MRGO** | * | |
| **ALL INSURANCE** | * | |
| **ALL RESPONDER** | * | |
| **LEVEE** (SPECIFIC CASE NUMBER(S)) | * | |
| **MRGO** (SPECIFIC CASE NUMBER(S)) | * | |
| **INSURANCE** (SPECIFIC CASE NUMBER(S)) | * | |
| **RESPONDER** (SPECIFIC CASE NUMBER(S)) | * | |
| _____ | * | |

**O R D E R**

**CONSIDERING THE FOREGOING;**

**IT IS ORDERED** that Alex P. Tilling (29686), of the law firm of Leake & Andersson, LLP be entered as co-counsel of record for defendant, National Union Fire Insurance Company of Pittsburgh, Pa..

New Orleans, Louisiana this _____ day of _____, 2009.

                                                                                   _____
                                                                                                        J U D G E

CP / 38803 / 65

1