UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE TRACK, | § | |
| *Boutte v. Lafarge*, 05-5531, | § | |
| *Mumford v. Ingram,* 05-5724, | § | |
| *Lagarde v. Lafarge,* 06-5342, | § | |
| *Perry v. Ingram,* 06-6299, | § | |
| *Benoit v. Lafarge,* 06-7516, | § | |
| *Parfait Family v. USA,* 07-3500, | § | |
| *Lafarge v. USA,* 07-5178, | § | |
| *Weber v. Lafarge,* 08-4459. | § | |
| _____ | § | |

**UNITED STATES OF AMERICA'S UNOPPOSED
EX PARTE MOTION FOR EXPEDITED HEARING**

On June 1, 2009, the United States moved to sever and stay the third-party claims brought by Lafarge North America, Inc. ("LNA") against the United States.  *See* Doc. 18953.  In response to that motion, LNA has indicated that it would be amenable to severing its claims against the United States, and to a limited stay as to those claims.  *See* Doc. 18985.   To that end, LNA and the United States have submitted a proposed order that would sever and stay LNA's claims against the United States.  *See* Doc. 18985-2.

The motion filed by the United States, on which LNA and the United States have reached

1

an agreement, as stated in their proposed order, is set for hearing on June 24, 2009. Prior to that date, on June 17, 2009, the Barge Plaintiffs are scheduled to take the 30(b)(6) deposition of LNA. If the relief requested by the United States were to be granted, the United States would not be required to participate in that deposition. An expedited hearing is therefore warranted to resolve the status of the third-party claims against the United States prior to the June 17 deposition.

        Respectfully submitted,

        TONY WEST
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR
        Assistant Director, Torts Branch

        s/ Jeffrey P. Ehrlich
        JEFFREY P. EHRLICH
        Trial Attorney
        ROBIN SMITH
        Senior Trial Counsel
        Civil Division, Torts Branch
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C. 20044
        (202) 353-2574 / (202) 616-5200 (Fax)

        Attorneys for the United States of America

## **CERTIFICATE OF SERVICE**

  I, Jeffrey P. Ehrlich, hereby certify that a copy of the forgoing was served by ECF upon all Parties this day, June 12, 2009.

                  s/Jeffrey P. Ehrlich
                  Jeffrey P. Ehrlich