# EXHIBIT A

# Declaration No. I.

# ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE REACH 2 OF THE MISSISSIPPI RIVER-GULF OUTLET (MR-GO) DURING HURRICANE KATRINA

Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson

(No. 06-2268)

By

Dr. Robert Bea

**Risk Assessment and Management Services**

Moraga, California

July 11, 2008

Format edits: July 15, 2008





Figure 161: Lateral stability factors of safety (1.2 to 1.0) determined from GeoStudio analytical model using Spencers method.

158.    The USACE has specific guidelines for 'excavations' near or within federally constructed flood control projects (USACE 2005, Bea and Storesund 2008b). These guidelines stipulate: *"The Corps of Engineers provides engineering review to ensure that any work within or near the flood control unit does not reduce the level of protection and to assure the continued integrity of the flood control system."* During this study, no such analyses by the USACE could be located that addressed the effects of dredging and erosion of the MR-GO channel banks would have on the adjacent EBSBs stability and protective elevations.

159.    It is clear that in some cases the MR-GO channel banks were allowed by the USACE to encroach into the 'critical areas' adjacent to the EBSBs. These encroachments endangered the elevations and stability of the EBSBs. The observations and analyses indicate

that lateral squeezing of the underlying marsh and clay layers into the adjacent MR-GO channel resulted in significant decreases in the crown elevations of the EBSBs. No documentation of precautions taken or analyses performed by the USACE to assure that the integrity and stability of the EBSBs was not endangered could be found during this study. Similar observations apply to the recent construction of soil borrow pits by the USACE adjacent to the protected sides of the MR-GO Reach 2 EBSBs.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2008 in Moraga, California.

Robert Bea, Ph.D, PE