# EXHIBIT C

# EXPERT REPORT

Prepared for United States Department of Justice
*Robinson v. United States*

Prepared by:

_____
REED L. MOSHER
December 18, 2008

JOINT EXHIBIT
JX-0212

XRL-001-000000001

# I.   Assessment of Levee Erosion and Scour Along the Mississippi River Gulf Outlet

## Introduction

The levees along the Mississippi River Gulf Outlet (MRGO) on the northeast side of St. Bernard Parish, had numerous breaches and were washed out over considerable lengths during Hurricane Katrina, on the morning of August 29th. The performance of levees varied significantly throughout the New Orleans area, but levees along MRGO suffered more damage from erosion and scour than any other part of the New Orleans area hurricane protection system.  The MRGO levees were overtopped by as much as 5 ft of water from the hurricane surge and waves for extended time period. These levees were built using a hydraulic filling construction method which contributed to their vulnerability to erosion.   Over the years since the construction of the levees along the MRGO, subsidence of the New Orleans area and the consolidation of the soils below the levees resulting in their settlement have led to a reduction in the protection elevation level below that of the original design protection level for the MRGO which increased the amount of overtopping, erosion and subsequent flooding.

Figure 1 shows the breach locations for St. Bernard Parish, which includes nearly 70% of the levee along MRGO. Figure 2 highlights the levee's construction methods, including hauled, hydraulically filled, and walled reaches. Note the breach locations in Figures 1 and 2 coincide with the reaches constructed using hydraulic fill.  The elevations of the pre-Katrina hurricane protection levees and floodwalls are significantly below the originally designed heights in part from errors in initial constructed elevations, in part from rapid subsidence, and in part from sections where the authorized hurricane protection levees and floodwalls are not yet been completed. Figure 3 shows the LIDAR stationing map for a segment of MRGO levee. Figures 4 shows the pre- and post-elevations of the levee along the MRGO.  The figure is taken from the IPET report and shows pre- and post-Katrina conditions that would be similar to the base conditions used in this litigation.  It depicts the degree to which levee elevations just prior to Katrina deviated from the authorized levels.

Based on my review of the available data, I have reached the following opinions:

1. To a reasonable degree of scientific certainty, breaching and erosion which occurred along the levees adjacent to Reach 2 of the MRGO were primarily caused by overtopping.  The available data does not support a conclusion as to whether front side erosion from waves was a cause of the breaching along Reach 2.

2. To a reasonable degree of scientific certainty, a primary factor that led to the erosion and breaching of the levees from overtopping along Reach 2 of the

9