# EXHIBIT E
# PART 1

# Testimony of
# Joannes Jacobus Aloysius
# <u>Westerink</u>, Ph.D.



PENGAD-Bayonne, N.J.

**DEFENDANT'S EXHIBIT**

DM-0038

# KATRINA Fluxes (ft²/sec)



DM-0038-000097

Case 2:05-cv-04182-SRD-JCW   Document 18990-5   Filed 06/12/09   Page 4 of 16

KATRINA Fluxes (ft²/sec)



DM-0038-000098

Case 2:05-cv-04182-SRD-JCW   Document 18990-5   Filed 06/15/09   Page 5 of 16

KATRINA Fluxes (ft²/sec)



DM-0038-000099

Case 2:05-cv-04182-SRD-JCW   Document 18990-5   Filed 06/15/09   Page 6 of 16

KATRINA Fluxes (ft²/sec)



DM-0038-000100

Case 2:05-cv-04182-SRD-JCW   Document 18990-5   Filed 06/12/09   Page 7 of 16
KATRINA Fluxes (ft²/sec)



DM-0038-000101

Case 2:05-cv-04182-SRD-JCW   Document 18990-5   Filed 06/15/09   Page 8 of 16
# KATRINA Fluxes (ft²/sec)



DM-0038-000102

Case 2:05-cv-04182-SRD-JCW   Document 18990-5   Filed 06/15/09   Page 9 of 16

KATRINA Fluxes (ft²/sec)



DM-0038-000103

Case 2:05-cv-04182-SRD-JCW   Document 18990-5   Filed 06/15/09   Page 10 of 16

KATRINA Fluxes (ft²/sec)



200 ft2/s

ft2/s

200

100

50

20

10

5

2

1

0

−90°

−89°

DM-0038-000104

Case 2:05-cv-04182-SRD-JCW   Document 18990-5   Filed 06/15/09   Page 11 of 16

KATRINA Fluxes (ft²/sec)



DM-0038-000105

Case 2:05-cv-04182-SRD-JCW   Document 18990-5   Filed 06/15/09   Page 12 of 16

KATRINA Fluxes (ft²/sec)



DM-0038-000106



DM-0038-000107



DM-0038-000108

Case 2:05-cv-04182-SRD-JCW   Document 18990-5   Filed 06/15/09   Page 15 of 16
KATRINA Fluxes (ft²/sec)



DM-0038-000109



DM-0038-000110