# EXHIBIT E
# PART 2



8/29 14:00 CDT — KATRINA Fluxes (ft²/sec)

Case 2:05-cv-04182-SRD-JCW   Document 18990-6   Filed 06/15/09   Page 2 of 16

DM-0038-000111







8/29 17:00 CDT — KATRINA Fluxes (ft²/sec)

8/29 18:00 CDT Case 2:05-cv-04182-SRD-JCW   Document 18990-6   Filed 06/15/09   Page 6 of 16 KATRINA Fluxes (ft²/sec)



DM-0038-000115

KATRINA Fluxes (ft²/sec)



DM-0038-000173

8/29   1:00 CDT KATRINA Fluxes (ft²/sec)

Case 2:05-cv-04182-SRD-JCW   Document 18990-6   Filed 06/15/09   Page 8 of 16



DM-0038-000174

8/29 2:00 CDT 
 
 KATRINA Fluxes (ft²/sec)


Case 2:05-cv-04182-SRD-JCW   Document 18990-6   Filed 06/15/09   Page 9 of 16

DM-0038-000175

8/29 3:00 CDT
KATRINA Fluxes (ft²/sec)

Case 2:05-cv-04182-SRD-JCW Document 18990-6 Filed 06/15/09 Page 10 of 16



DM-0038-000176

8/29 4:00 CDT KATRINA Fluxes (ft²/sec)



DM-0038-000177



8/29 5:00 CDT KATRINA Fluxes (ft²/sec)

Case 2:05-cv-04182-SRD-JCW Document 18990-6 Filed 06/15/09 Page 12 of 16

DM-0038-000178

Case 2:05-cv-04182-SRD-JCW   Document 18990-6   Filed 06/15/09   Page 13 of 16

KATRINA Fluxes (ft²/sec)



DM-0038-000179



8/29 7:00 CDT — KATRINA Fluxes (ft²/sec)

Case 2:05-cv-04182-SRD-JCW   Document 18990-6   Filed 06/15/09   Page 14 of 16

DM-0038-000180

8/29 8:00 CDT Case 2:05-cv-04182-SRD-JCW   Document 18990-6   Filed 06/15/09   Page 15 of 16 KATRINA Fluxes (ft²/sec)



DM-0038-000181

KATRINA Fluxes (ft²/sec)

Case 2:05-cv-04182-SRD-JCW   Document 18990-6   Filed 06/15/09   Page 16 of 16



DM-0038-000182