# EXHIBIT E
# PART 3



DM-0038-000183

# KATRINA Fluxes (ft²/sec)



DM-0038-000184



DM-0038-000185



DM-0038-000186

KATRINA Fluxes (ft²/sec)



DM-0038-000187

# KATRINA Fluxes (ft²/sec)



DM-0038-000188

# KATRINA Fluxes (ft²/sec)



DM-0038-000189



DM-0038-000190



DM-0038-000191

# KATRINA Fluxes (ft²/sec)



DM-0038-000249

# KATRINA Fluxes (ft²/sec)



DM-0038-000250

KATRINA Fluxes (ft²/sec)



DM-0038-000251



DM-0038-000252



30°

−90°

DM-0038-000253



DM-0038-000254

# KATRINA Fluxes (ft²/sec)



DM-0038-000255



DM-0038-000256