# EXHIBIT E
# PART 4



DM-0038-000257

Case 2:05-cv-04182-SRD-JCW  Document 18990-8  Filed 06/15/09  Page 3 of 16
KATRINA Fluxes (ft²/sec)



DM-0038-000258



DM-0038-000259



8/29 11:00 CDT — KATRINA Fluxes (ft²/sec)



8/29 12:00 CDT  KATRINA Fluxes (ft²/sec)

Case 2:05-cv-04182-SRD-JCW   Document 18990-8   Filed 06/15/09   Page 6 of 16

DM-0038-000261

8/29 13:00 CDT KATRINA Fluxes (ft²/sec)



Case 2:05-cv-04182-SRD-JCW Document 18990-8 Filed 06/15/09 Page 7 of 16

DM-0038-000262

8/29 14:00 CDT 
KATRINA Fluxes (ft²/sec)



DM-0038-000263



DM-0038-000264



Case 2:05-cv-04182-SRD-JCW   Document 18990-8   Filed 06/15/09   Page 10 of 16

DM-0038-000265

8/29 17:00 CDT



Case 2:05-cv-04182-SRD-JCW   Document 18990-8   Filed 06/15/09   Page 11 of 16

DM-0038-000266

8/29 18:00 CDT  KATRINA Fluxes (ft²/sec)


# Findings – Shelf Scale Inundation

- **Sustained easterly winds piled between 8 ft and 16 ft of water up onto the MS shelf prior to the storm even making landfall at Buras**



DM-0038-000326

# Findings – Shelf Scale Inundation



8/29 6:00 CDT Katrina wind vectors (knots) and water elevations (ft NAVD 88)

DM-0038-000327

# Findings – Shelf Scale Inundation

- **This water flowed from the east and northeast, overwhelmed the marshes and penetrated up to many levees, where it was stopped**



DM-0038-000328

# Findings – Shelf Scale Inundation



8/29 6:00 CDT Katrina water fluxes (ft²/sec)