# EXHIBIT F

SCOTT TAYLOR                                                       February 4, 2009

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


   IN RE:  KATRINA CANAL BREACHES     CIVIL ACTION
   CONSOLIDATED LITIGATION
                                       NO. 05-4182
                                          "K" (2)

   PERTAINS TO: MRGO ROBINSON         JUDGE DUVAL
                NO. 06-2268
                                      MAG. WILKINSON



              VIDEOTAPED DEPOSITION OF
                SCOTT HENRY TAYLOR,
   30 Fieldstone Place, Greenville, South
   Carolina 29615, taken in the Law Offices of
   Joseph M. Bruno, 855 Baronne Street, New
   Orleans, Louisiana 70113, on Wednesday,
   February 4, 2009.
```
                                                            Page 1

1                  S T I P U L A T I O N
2
3      It is stipulated and agreed by and between
4   counsel for the parties hereto
5   that the deposition of the aforementioned
6   witness is hereby being taken under the
7   Federal Rules of Civil Procedure, for all
8   purposes, in accordance with law;
9      That the formality of reading and signing
10  is specifically not waived;
11     That all objections, save those as to the
12  form of the question and the responsiveness of
13  the answer, are hereby reserved until such
14  time as this deposition, or any part thereof,
15  may be used or sought to be used in evidence.
16
17                    * * * *
18
19     ROGER D. JOHNS, RDR, CRR Certified Court
20  Reporter, for the State of Louisiana,
21  officiated in administering the oath to the
22  witness.
23
24
25
                                                            Page 3

```
 1   APPEARANCES:
 2
 3      ANDRY LAW FIRM
 4      BY: JONATHAN B. ANDRY, ESQ.
 5      610 Baronne Street
 6      New Orleans, Louisiana 70113
 7          ATTORNEYS FOR THE PLAINTIFFS
 8
 9      UNITED STATES DEPARTMENT OF JUSTICE
10      BY: PETER G. MYER, ESQ.
11      Torts Branch, Civil Division
12      1331 Pennsylvania Avenue NW
13      Room 8095N
14      Washington, D.C. 20004
15          ATTORNEYS FOR UNITED STATES OF
16          AMERICA
17
18
19
20   VIDEO BY: Ken Hart
21         Hart Video of Louisiana
22
23   REPORTED BY: ROGER D. JOHNS, RMR, CRR, CSR
24         Certified Court Reporter,
25         State of Louisiana
```
                                                            Page 2

1                      I N D E X
2                                                  PAGE
3   Exhibit 1-A.............................. 117
4   Exhibit 1-B.............................. 125
5   Exhibit 1-C.............................. 125
6   1-D...................................... 137
7   Exhibit 1-E.............................. 137
8   2-A...................................... 142
9   2-B...................................... 155
10  Exhibit 3-A and Exhibit 3-B.............. 161
11  4-A...................................... 168
12  Exhibit 4-B.............................. 172
13  Exhibit 4-C.............................. 174
14  Exhibit 4-D.............................. 176
15  Exhibit 5................................ 185
16
17  Miss Smith's home......................... 65
18  Mr. Robinson's house...................... 67
19  Franzes's house........................... 69
20  Mr. Lattimore's........................... 70
21  Tanya Smith's home....................... 114
22  Franzes' house........................... 142
23  Robinsons................................ 157
24  Mr. Lattimore............................ 166
25
                                                            Page 4

1 (Pages 1 to 4)

**Page 173**

```
 1  Katrina --
 2      A.  Uh-huh (affirmatively).
 3      Q.  -- and done the demolition and
 4  reconstruction to put --
 5      A.  Exactly.
 6      Q.  -- that damaged mobile home back in
 7  like new condition.
 8      A.  Yes.
 9      Q.  Okay.
10      A.  We may want to stipulate that this
11  is the more accurate one (indicating).  The
12  original one.  Because there was -- it was
13  just a -- somehow a data entry thing when this
14  was reproduced ended up putting everything --
15  doubling up on everything.
16          MR. ANDRY:
17              We should go by 4-B if the
18          amounts are specific and the program
19          confused the amounts in 4-A.  4-B
20          being the initial report on Mr.
21          Lattimore's dwelling on Marcel Drive.
22          MR. MYER:
23              Right.  Okay.
24  EXAMINATION BY MR. MYER:
25      Q.  I would like to also -- I've got
```

**Page 174**

```
 1  these stapled together.  I'm going to tear
 2  these off the back.
 3      A.  I don't have that one available at
 4  all in front of me.
 5      Q.  This was something that was provided
 6  with your original report.
 7      A.  Yeah, I did that originally and I
 8  have it all in my records, but I didn't bring
 9  any of that.
10      Q.  I'll designate it as Exhibit 4-C,
11  though, because if I read these -- the four
12  pages of what we're now calling Exhibit 4-C
13  properly, this seems to indicate that in
14  February of 2008 when -- at about the time you
15  were visiting his site, there were two mobile
16  homes slightly larger than the one Mr.
17  Lattimore had been living in for sale for
18  $40,000 and $22,000 in southern Louisiana.
19      A.  And remember, though, when you're
20  talking about this, this would be an ACV
21  approach.
22      Q.  Right.
23      A.  That's what this is.
24      Q.  Okay.
25      A.  But those are benchmarks that I used
```

**Page 175**

```
 1  that I make sure we don't go below that --
 2      Q.  Okay.
 3      A.  -- more than we got to stay under
 4  that.
 5      Q.  Okay.
 6      A.  And the reason for that is if I go
 7  below that, then it's impossible for them to
 8  be remunerated in any way.  I can't do that
 9  without --
10      Q.  Okay.  But in fact, Mr. Lattimore
11  was living in a used mobile home slightly
12  smaller than these.
13      A.  Slightly smaller, yes.
14      Q.  Okay.  And he hasn't replaced the
15  mobile home?
16      A.  Well, it's gone.  There's no -- You
17  can't replace it.  There's a FEMA park there,
18  you know.
19      Q.  But he hasn't bought any other
20  mobile home, any other dwelling of any sort?
21      A.  I have no idea.  Again, that's
22  outside of my realm.
23      Q.  Okay.  The next one, I am going to
24  take these four pages and mark them as Exhibit
25  4-D.  And these seem to be some sort of market
```

**Page 176**

```
 1  research --
 2      A.  Right.
 3      Q.  -- compilations which seem to
 4  indicate to me that there were also -- that
 5  there was a statistical compilation showing
 6  that a newly manufactured mobile home
 7  characterized as a single as Mr. Lattimore's
 8  was could be purchased in Louisiana for 30,600
 9  by one study and by the other for something
10  between $32,736 in what that study generalizes
11  as the south.  Do I get that right?
12      A.  Right.  And it basically -- This is
13  just documentation to show what some surveys
14  have done on sale prices.  Now, these are
15  sales prices, not necessarily -- I mean, if
16  you look at the dates on them and the latest
17  one was from 2007.  So that was the latest we
18  could come up with on this statistic.
19      Q.  Okay.
20      A.  And this is, by -- this was done as
21  far back as 2000.  So when we look at that,
22  this is just to give, again, a minimum
23  benchmark.  And the pricing that Xactimate
24  would use for the square footage in that is
25  something that is market research much more
```