UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| _____ | * | JUDGE DUVALL |
| | * | MAG. WILKINSON |
| PERTAINS TO: (*include only one*) | * | |
| ALL CASES | * | |
| _____ | * | |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, for National Union Fire Insurance Company of Pittsburgh, Pa. ("NUFIC"), defendant, who respectfully moves for an order of this court enrolling Alex P. Tilling (29686), of the law firm of Leake & Andersson, as additional counsel of record in the above entitled matter on behalf of defendant.

Respectfully submitted,

 /s/ George D. Fagan_____
**George D. Fagan (#14260)**
Leake & Andersson, L.L.P.
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163
Telephone:  (504) 585-7500
Facsimile:  (504) 585-7775
gfagan@leakeandersson.com
Counsel for National Union Fire Insurance Company
of Pittsburgh, Pa., defendant

CP / 38803 / 63

1