UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES *CONSOLIDATED LITIGATION* | * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE 07-3432 (Landry v. Allstate) | * | |

## ORDER OF DISMISSAL

Considering the Motion and Order for Voluntary Dismissal filed herein by the parties;

IT IS HEREBY ORDERED that the claims and causes of action of Loney Landry against Allstate Insurance Company be and are hereby DISMISSED, with prejudice, each party to bear its own costs.

Thus rendered in New Orleans, Louisiana this 16th day of June, 2009.

_____
U.S. DISTRICT JUDGE