UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA LEVEE BREACHES<br>           CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>INSURANCE: *Martin*, 06-7703 | CIVIL ACTION NO.: 05-4182<br><br>SECTION: "K" (2)<br><br>JUDGE:   DUVAL<br><br>MAGISTRATE:  WILKINSON |

### ORDER

Considering the foregoing *Joint Motion for Voluntary Dismissal with Prejudice*;

**IT HEREBY IS ORDERED, ADJUDGED AND DECREED** that all allegations, claims and/or causes of action brought on behalf of plaintiff, Phyllis Martin, against defendant, Republic Fire And Casualty Insurance Company, in the above-numbered and captioned matter be and they are hereby dismissed, with prejudice, with each party to bear its own costs.

**THUS DONE AND SIGNED** on this 16th day of June 2009.

_____
STANWOOD R. DUVAL, JR.