UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>Aguilar, 07-4852 | SECTION "K"(2) |

## ORDER

Considering the Joint Motion and Order of Dismissal (Rec. Doc. 18967), accordingly

**IT IS ORDERED** that the motion is **MOOT** based on the dismissal order of February 4, 2009, Rec. Doc. 17556. There is no need to file motions to dismiss individual cases which were included in that order and such motions will be denied as moot in the future.

New Orleans, Louisiana, this  16th   day of June, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE