UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  　　　　　　CIVIL ACTION
　　　　CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182

PERTAINS TO: BARGE　　　　　　　　　　　　SECTION "K"(2)
　　　　*Boutte v. Lafarge* (05-5531)
　　　　*Mumford v. Ingram* (05-5724)
　　　　*Lagarde v. Lafarge* (06-5342)
　　　　*Perry v. Ingram* (06-6299)
　　　　*Benoit v. Lafarge* (06-7516)
　　　　*Parfait Family v. USA* (07-3500)
　　　　*Lafarge v. USA* (07-5178)
　　　　*Weber v. Lafarge* (08-4459)

## ORDER

Considering the Motion to Withdraw (Rec. Doc. 18970), accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**. Attorney Karen Wiedemann shall be removed as counsel on behalf of Barge Plaintiffs' Subgroup Litigation Committee.

New Orleans, Louisiana, this   16th   day of June, 2009.

　　　　　　　　　　　　　　　　　　　　　　STANWOOD R. DUVAL, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE