UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                            CIVIL ACTION
    CONSOLIDATED LITIGATION
                                                         NO. 05-4182

PERTAINS TO: INSURANCE                                   SECTION "K"(2)
         Aguilar, 07-4852

# ORDER

Considering the Joint Motion and Order of Dismissal (Rec. Doc. 18975), accordingly

**IT IS ORDERED** that the motion is **MOOT** based on the dismissal order of February 4, 2009, Rec. Doc. 17556. There is no need to file motions to dismiss individual cases which were included in that order and such motions will be denied as moot in the future.

New Orleans, Louisiana, this   16th   day of June, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**