UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
  CONSOLIDATED LITIGATION

                    NO. 05-4182

PERTAINS TO: INSURANCE        SECTION "K"(2)
   <u>Aaron, 06-4746</u>

## ORDER

Considering the Joint Motion and Order of Dismissal (Rec. Doc. 18992), accordingly

**IT IS ORDERED** that the motion is **MOOT** based on the dismissal order of February 4, 2009, Rec. Doc. 17556.  There is no need to file motions to dismiss individual cases which were included in that order and such motions will be denied as moot in the future.

New Orleans, Louisiana, this __17th__ day of June, 2009.

                       **STANWOOD R. DUVAL, JR.**
                       **UNITED STATES DISTRICT JUDGE**