UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO SEVERED MASS | * | SECTION K (2) |
| JOINDER CASES | * | |
| | * | |
| Severed from Ailes 06-7822 | * | |
| | * | |
| GEORGIA A. VILLERE | * | CIVIL ACTION NO. 07-1589 |
| | * | |
| VERSUS | * | |
| | * | SECTION   K (2) |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | |

******************************************

## JOINT MOTION AND ORDER FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiff, **GEORGIA A. VILLERE**, and defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, who suggest to this Honorable Court that all issues in the above entitled and numbered cause have been resolved and settled and that this cause should be dismissed with full prejudice, each party to bear their own cost.

Respectfully submitted,

| | |
|---|---|
| TERRENCE J. LESTELLE (#08540) | SIDNEY J. HARDY (#1938) |
| ANDREA S. LESTELLE (#08539) | McCranie, Sistrunk, Anzelmo, |
| JEFFERY B. STRUCKHOFF (#30173) | Hardy, Maxwell & McDaniel |
| Lestelle & Lestelle, APLC | 3445 N. Causeway Blvd., Ste. 800 |
| 3421 N. Causeway Boulevard, Suite 602 | Metairie, Louisiana 70002 |
| Metairie, Louisiana 70002 | Telephone: 504-831-0946 |
| Telephone: (504) 828-1224 | *Attorney for Defendant* |
| *Attorney for Plaintiff, Georgia Villere* | *State Farm Fire and Casualty Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Sidney J. Hardy

_____
SIDNEY J. HARDY