UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO SEVERED MASS JOINDER CASES | * * * | SECTION K (2) |
| Severed from Ailes 06-7822 | * * | |
| GEORGIA A. VILLERE | * * | CIVIL ACTION NO. 07-1589 |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | SECTION   K (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered cause is hereby dismissed with full prejudice, each party to bear their own costs.

Judgment read, rendered and signed in _____, Louisiana this _____ day of _____, 2009.

_____
**JUDGE, UNITED STATES DISTRICT COURT**