```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3      ****************************************************************

 4      LOUISIANA STATE, ET AL
                                      CIVIL DOCKET NO. 07-5528 "J"
 5      V.                            NEW ORLEANS, LOUISIANA
                                      MONDAY, MAY 18, 2009, 2:00 P.M.
 6      AAA INSURANCE, ET AL

 7      ****************************************************************

 8      IN RE: KATRINA CANAL BREACHES
               CONSOLIDATED LITIGATION
 9                                    CIVIL ACTION NO. 05-4182 "K"

10      PERTAINS TO:   INSURANCE
                       CHEHARDY, 06-1672
11                     CHEHARDY, 06-1673
                       CHEHARDY, 06-1674
12
        ****************************************************************
13

14                       TRANSCRIPT OF PROCEEDINGS
              HEARD BEFORE THE HONORABLE CARL J. BARBIER
15                     UNITED STATES DISTRICT JUDGE

16

17      APPEARANCES:

18
        FOR THE PLAINTIFFS:       HERMAN HERMAN KATZ & COTLAR
19                                BY:  STEPHEN J. HERMAN, ESQUIRE
                                  820 O'KEEFE AVENUE
20                                NEW ORLEANS LA  70113

21                                LAW OFFICES OF FRED HERMAN
                                  BY:  FRED L. HERMAN, ESQUIRE
22                                1010 COMMON STREET, SUITE 3000
                                  NEW ORLEANS LA  70112
23
                                  BRUNO & BRUNO
24                                BY:  JOSEPH M. BRUNO, ESQ.
                                  855 BARONNE STREET
25                                NEW ORLEANS LA  70113
```

```
 1                              FAYARD & HONEYCUTT
                               BY:  CALVIN C. FAYARD, JR., ESQUIRE
 2                             519 FLORIDA AVENUE SOUTHWEST
                               DENHAM SPRINGS LA  70726
 3
                               BRYAN K. McMINN
 4                             ATTORNEY AT LAW
                               202 QUAYSIDE CIRCLE, SUITE 301
 5                             MAITLAND FL  32751

 6

 7  FOR THE DEFENDANTS:        LUGENBUHL, WHEATON, PECK, RANKIN &
                               HUBBARD
 8                             BY:  SETH A. SCHMEECKLE, ESQUIRE
                               PAN-AMERICAN LIFE CENTER
 9                             601 POYDRAS STREET, SUITE 2775
                               NEW ORLEANS LA  70130
10

11
    FOR LOUISIANA CITIZENS
12  PROPERTY INSURANCE
    COMPANY:                   BREAZEALE SACHSE & WILSON
13                             BY:  EMILE C. ROLFS, III, ESQUIRE
                               ONE AMERICAN PLACE, 23RD FLOOR
14                             POST OFFICE BOX 3197
                               BATON ROUGE LA  70821
15

16

17
    OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
18                                500 POYDRAS STREET, ROOM B406
                                  NEW ORLEANS LA  70130
19                                (504) 589-7779

20  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.
21

22

23

24

25
```

1                              **I N D E X**

2

3      SPEAKERS                                              PAGE

4

5      THE COURT...........................................    6

6      MR. ROLFS...........................................    8

7      MR. STEPHEN HERMAN..................................   17

8      MR. BRUNO...........................................   21

9      MR. FAYARD..........................................   24

10     THE COURT...........................................   27

11     MR. FRED HERMAN.....................................   27

12     MR. MCMINN..........................................   30

13     MR. SCHMEECKLE......................................   30

14     MR. ROLFS...........................................   30

15     MR. FRED HERMAN.....................................   32

16     THE COURT...........................................   33

17     MR. FRED HERMAN.....................................   36

18

19

20

21

22

23

24

25

```
 1                        P-R-O-C-E-E-D-I-N-G-S

 2              A F T E R N O O N   S E S S I O N

 3                   MONDAY, MAY 18, 2009

 4                 (IN CHAMBERS VIA TELEPHONE)

 5

 6

 7         THE COURT:  Good afternoon, everyone.

 8         MR. ROLFS:  Good afternoon, Your Honor.  Shall I lead

 9  off?  This is Emile Rolfs.  I'm here --

10         THE COURT:  It sounded like a bark in the background.

11  I'm not sure who that was.  Let me make sure I can hear everyone.

12  Okay.  Mr. Rolfs, you represent Citizens?

13         MR. ROLFS:  Yes, sir.

14         THE COURT:  Mr. Herman.

15         MR. STEPHEN HERMAN:  Yes, Your Honor, and with me here

16  is Wiley Beevers, Steven Mauterer and Fred Herman.

17         THE COURT:  You all represent the Oubre plaintiffs, I

18  guess you would call them?

19         MR. STEPHEN HERMAN:  Yes, Your Honor, Mr. Beevers and

20  Mr. Mauterer are the Court-appointed counsel by the 24th JDC, and

21  Fred Herman and our office and Bob Ates are also co-counsel.

22         THE COURT:  Well, I only want one of you to speak.

23         MR. STEPHEN HERMAN:  Yes, Your Honor.

24         THE COURT:  I don't want eight people speaking for the

25  same party.
```

1              MR. STEPHEN HERMAN:  I understand, Your Honor.

2              THE COURT:  For the record, this is Stephen Herman

3      speaking, not Russ Herman.

4                   Okay.  Then we have Mr. Schmeeckle represents --

5              MR. SCHMEECKLE:  Your Honor, Seth Schmeeckle, just

6      appearing in the defendant liaison capacity to the Court.

7              THE COURT:  And Mr. Bruno and Mr. Fayard are plaintiffs

8      liaison counsel, right?

9              MR. BRUNO:  Yes, sir, Your Honor.  This is Joe Bruno --

10             THE COURT:  I can't hardly hear Mr. Bruno or Mr. Fayard.

11     I don't know where you all are.

12             MR. BRUNO:  Yes, Your Honor, can you hear me now?

13             THE COURT:  Yes, that's better.

14             MR. BRUNO:  I moved closer to the phone.

15             THE COURT:  Good.  Mr. Fayard, are you there?

16     Mr. Fayard?

17             MR. FAYARD:  Yes, can you hear me, Judge?

18             THE COURT:  Barely.  Try again.  Mr. Fayard.  Try again.

19     Let's see if we can hear you better.

20             MR. FAYARD:  I'm sorry, I can try to call in on another

21     line, but this is as close as I can get to the phone.

22             THE COURT:  Can everyone else hear Mr. Fayard?

23             UNIDENTIFIED SPEAKER:  Yes, sir.

24             UNIDENTIFIED SPEAKER:  I can hear.

25             THE COURT:  I can hear you but you're going to have to

1  speak up louder, Mr. Fayard, when you speak.

2          Okay.  Mr. McMinn, Bryan McMinn, who do you

3  represent?

4      MR. McMINN:  Yes, Your Honor, I represent the State of

5  Louisiana.

6          THE COURT:  Road Home?

7          MR. McMINN:  Yes, sir.

8          THE COURT:  All right.  Just for the record, there is

9  related litigation that was all before Judge Duval originally.

10  Quite separately from this issue arising, Judge Duval had

11  transferred part of that litigation to me recently.  That's the

12  *Louisiana et al. versus AAA Insurance et al.*, Civil Action Number

13  07-5528.  That's the so-called *Road Home* case.  Then Judge Duval

14  still has the, I guess you would call it the insurance umbrella

15  case, the rest of the insurance umbrella case as part of his

16  Katrina Canal Breaches Consolidated Litigation matter.  The

17  consolidated case is, I guess the umbrella case is 05-4182, *In Re*

18  *Katrina Canal Breaches Consolidated Litigation*.  This matter

19  pertains directly, though, to the so-called *Chehardy* cases, as I

20  understand it, which are 06-1672, 73 and 74.

21          Judge Duval has asked me to handle the duplicate

22  motion and request for temporary restraining order that was filed

23  in his cases since it's virtually identical to the one filed in

24  our cases and we didn't see any sense in having two different

25  judges handling the same matter at the same time.

1             Okay.  That having been said, I've got a couple of

2    questions for you all.  First of all, my appreciation, of course,

3    I'm still playing catch up in all this and trying to get up to

4    speed to the extent I need to or can on what's occurred

5    previously, but my understanding is that before Judge Duval had

6    sent the *Road Home* case to me, that he had dismissed, in the

7    *Road Home* case, the bad faith claims.  Is that correct, first of

8    all?  Does anybody want to respond to that?

9             MR. SCHMEECKLE:  Your Honor, Seth Schmeeckle as

10   defendant liaison capacity, I think that's accurate.  But I defer

11   to Mr. Rolfs.

12            MR. ROLFS:  Not to Louisiana Citizens, Your Honor.

13   Louisiana Citizens was not a movant in that motion.

14            THE COURT:  That may be but I don't see how the result

15   would be any different.  He said that they were not, he issued an

16   order, I don't have the record document number now, but I'm sure

17   you all are familiar with the order I'm talking about.  It looks

18   like it was signed by Judge Duval on March 5, 2009, where he

19   granted in part and denied in part the insured, various insurer's

20   motions to dismiss, and one of the things he granted was the

21   insurer's motion to bar the State, to bar Road Home from seeking

22   extracontractual damages and bad faith damages and attorney's

23   fees under 22:658 or 22:1220.

24            MR. McMINN:  Your Honor, I think that's accurate.

25            THE COURT REPORTER:  Who was that speaking?

1          MR. McMINN:  That was Bryan McMinn.

2          THE COURT:  You all are going to have to identify

3    yourself every time you speak since we have a court reporter here

4    and she can't see where you are sitting so she needs to be able

5    to identify you.

6          That being the case, my first question for Mr. Rolfs, I

7    guess is:  If there are no bad faith claims that the State can

8    pursue here in this litigation, I'm having a hard time

9    understanding how there could be any conflict or overlap between,

10   just speaking of the *Road Home* case now, between the case that,

11   what's left in this Court and the case that Judge Sullivan has

12   over in 24 JDC.

13         MR. ROLFS:  Emile Rolfs.  The *Road Home* case, Your Honor

14   please, includes, in addition to penalty claims, breach of

15   contract claims as well against all of the defendants.

16         THE COURT:  I understand that.  That's not the *Oubre*

17   case.  The *Oubre* case was, as I appreciate it, was a narrow class

18   dealing only with 22:658 bad faith claims for failing to initiate

19   the adjustment of settlement, adjustment of the claims within

20   30 days; right?

21         MR. ROLFS:  That's exactly correct, Judge.

22         THE COURT:  So that claim, or those claims, are not part

23   of the case here; am I right?

24         MR. ROLFS:  I would maintain, Your Honor, that they

25   still are as to Louisiana Citizens.  Now --

1        THE COURT:  Well, they are not going to be after

2   Judge Duval's ruling.  I don't understand how you could maintain

3   that position.  There would be no distinction.  You're just

4   arguing a technicality that maybe Citizens wasn't one of the

5   movers in the motion that he ruled on, it seems to me.

6        MR. ROLFS:  That is a fact.  We were not.

7        THE COURT:  But the ruling would be the same.  I agree

8   with him 100 percent in his ruling.  I've read his ruling and I

9   agree with it, so the issues presented to me, I'm going to rule

10   the same way.  There is no distinction.

11        MR. ROLFS:  I would simply say in response to that, I

12   think that the judge's ruling was incorrect for this reason:  The

13   limited assignment and subrogation agreement, specifically,

14   specifically, includes an assignment of the penalties under 658

15   and 1220, paragraph, let's see -- one, two, three, four, of that

16   agreement says, on sentence, let's see -- two, "The State's right

17   to recovery shall be with preference and priority as set forth

18   above from those portions of my/our recovery related to physical

19   damage to the residence and of any penalties under the provisions

20   of 22:1220 and/or 22:658 relating to those insurance proceeds."

21        THE COURT:  Wait, read that again.  Start from the

22   beginning.

23        MR. ROLFS:  Yes, sir.  Your Honor please, this is the

24   Road Home Limited Subrogation Assignment Agreement.  It is

25   Paragraph 4.  And the second, on line, Line 4 of that paragraph,

1   the sentence begins, I'm quoting, "The State's right to/for

2   recovery shall be with preference and priority as set forth above

3   from those portions of my/our recovery related to physical damage

4   to the residence and of any penalties under the provisions of LA

5   RS 22:1220 and/or 22:658 relating to those insurance proceeds."

6           So the State apparently did not resist that claim

7   that strongly.

8           THE COURT:  They didn't resist it at all, apparently.

9   It's kind of interesting that the State of Louisiana, which is

10   the subrogated party, didn't even make the argument that you're

11   making now.

12           MR. ROLFS:  The --

13           THE COURT:  Well, I'm not going to decide that issue

14   here today, but I point that out.  That's one issue.

15           MR. ROLFS:  But, Your Honor, these are, these -- I'm

16   trying to read a note here from my law partner, Your Honor

17   please.  These are the same claims that were asserted in the

18   *Oubre* matter.

19           THE COURT:  Let's assume you're right on that, and I

20   don't know that you are, but assume you're right on that, here is

21   the larger problem:  You've got a situation here where a state

22   court, which obviously had jurisdiction over the matter, has

23   already certified a class that went up on appeal, as I appreciate

24   it, and was affirmed, and then not only that, but they've

25   rendered a final judgment, at least on a large portion of the

1    class.  I think there is still some remaining claims possibly

2    pending, but as I appreciate it, Judge Sullivan has rendered a

3    final judgment for some $92 million to, I forget how many

4    thousands of claimants.

5         MR. ROLFS:  Your Honor please, that judgment is not

6    final.

7         THE COURT:  Well, wait a minute.  Let me finish.  It's a

8    final judgment subject to appeal, and it's on --

9         MR. ROLFS:  It is.

10        THE COURT:  And when I say *final judgment,* it's a final

11   in the trial court.  He certified it as *final*.  So I'm having a

12   hard time seeing how the Anti-Injunction Act doesn't come into

13   play here and prevent me from doing what you're asking me to do

14   because he's already -- this is much different.  I read all the

15   cases that you were citing, and basically all of those cases are

16   very different.

17        They are cases where this relitigation exception,

18   which is within the Anti-Injunction Act, basically comes into

19   play, usually where you have a federal court judgment or order of

20   some sort that someone then goes to state court and is trying to

21   get around by running to state court after the federal court has

22   acted.  Here it seems like it's the exact opposite.  The State

23   court has already acted and you're now coming to this Court

24   asking me to basically -- you're basically trying to get around

25   what the State court has done.

1    MR. ROLFS:  Your Honor please, what we're trying to do
2  is -- this is a -- the limited purpose of getting protection from
3  sanctions, Your Honor.  We want -- the federal court affords us
4  an opportunity for a global settlement, not only of penalty
5  claims, not only of attorney fee claims, but of breach of
6  contract claims and matters of that kind.  And the underlying
7  jurisdictional basis is this case.
8         Now, we have been presented with an opportunity, we
9  believe, through the liaison counsel and through counsel for The
10  Road Home Program, to negotiate for a compromise of all of those
11  claims.
12    THE COURT:  What would that do to the *Oubre* claims over
13  there?  We have a judgment they are holding over in State court.
14    MR. ROLFS:  Your Honor please, since it is not a final
15  judgment in the sense it's still on appeal, our client is
16  prepared to post a suspense of appeal bond.  Our client believes
17  that judgment is insupportable.  We believe that there is no
18  white line test that should be applied here, mechanically
19  applying a $5,000 penalty to 18,000 people.
20    THE COURT:  Well, you may be right, but right now it's a
21  judgment which is -- I mean, the fact is that you're going to
22  have to argue that to the Court of Appeal over there, it seems to
23  me.
24    MR. ROLFS:  And we are prepared to do that, Your Honor.
25  But in the meantime we have an opportunity --

 1          THE COURT:  But even if not, he's already certified the

 2     class and rendered a judgment on liability.  You might be able to

 3     quibble with damages.  That wouldn't totally undermine or do away

 4     with the Anti-Injunction Act issue that you're facing here, I

 5     think.

 6          MR. ROLFS:  Judge, I don't -- I have -- I think the

 7     cases indicate that where a litigant in a federal court -- now,

 8     we're dealing, Your Honor please, with more than *Road Home*.

 9     We're dealing also with the *In re: Katrina* --

10          THE COURT:  I know you are.

11          MR. ROLFS:  -- case.  And we have an opportunity --

12     Judge, I think that under the Anti-Injunction Act, the litigation

13     issue comes into play when there is a final judgment in the sense

14     that it's not subject to any further appeal.  I think the case

15     law shows that.  And the *Oubre* judgment in Jefferson Parish is

16     through appeal.

17          THE COURT:  That begs the issue.  What is the judgment

18     or order from this Court, and I've issued none so it would have

19     to be from Judge Duval, that you are trying to protect by this

20     injunction that you're asking me to issue?

21          MR. ROLFS:  Your Honor please, I'm not trying to protect

22     an order.  I'm trying to protect an opportunity to go forth with

23     a global settlement of all issues that are pending against my

24     client in the federal court system.

25          THE COURT:  Like I said, Mr. Rolfs, I understand what

1   you're trying to do, and maybe it would be the best way to

2   resolve this whole thing if it's possible.  But I've also got to

3   follow the law as I see it, and I've read all the cases you

4   cited, and I read the -- you didn't directly cite but it was

5   cited within one of the cases that you cited, the *Corrugated*

6   *Container Antitrust Litigation* case out of Alabama, and -- the

7   Fifth Circuit case, and in that case, most of the cases that you

8   rely on as authority are cases where something definitive has

9   already occurred in federal court.

10          Most of these are MDL cases where the federal

11  courts have certified or at least provisionally certified a

12  class.  They've issued orders approving or preliminarily

13  approving settlements in federal court, and then somebody is not

14  happy with that, and they try to do an end run by running to

15  state court and filing a new lawsuit.  And federal courts have

16  enjoined that kind of activity.

17          In the *Corrugated Container* case, that's what

18  happened in that case.  But interestingly, the Court pointed out

19  that, "The entry of an appealable order," meaning in federal

20  court, "is generally considered a prerequisite to invocation of

21  the relitigation or protection of judgment exception."  And they

22  cite *Wright and Miller*.  "The judgments involved," and they are

23  talking about this case now, "The judgments involved in the

24  multidistrict action which are sought to be protected are those

25  approving settlements executed between the class plaintiffs and

1   most of the defendants.  They are appealable."

2           And then it goes on to say, "An exception to the

3   general rule that a federal forum may not enjoin a prosecution of

4   a simultaneous in personam action on the same cause of action in

5   state court comes into play once judgment is entered."

6           So it seems to me you would have to have a judgment

7   or order of some sort.  It doesn't necessarily have to be a final

8   judgment, I don't think, but has to be some judgment or order

9   that's been rendered by the federal court that you are trying to

10  protect or the federal court is protecting by issuing an

11  injunction against state court, quote, "relitigation."

12          MR. ROLFS:  Judge, there is another exception to the

13  relitigation exception, and that is in aid of the federal court's

14  jurisdiction.  That's another exception to the relitigation

15  issue, and we believe, and we cited a case to you in the

16  *Agent Orange* products liability litigation.

17          THE COURT:  Yes, but that's the same kind of case that I

18  just described.  In *Agent Orange*, the federal courts had, this

19  was a class that had been litigated in federal court, there had

20  been a settlement in federal court and so forth, and then

21  somebody ran to state court; am I not right?

22          MR. ROLFS:  Judge, the Court in that, and I think -- I

23  think -- I think that's right.  The -- I don't recall the line

24  there, but *In re: Agent Orange* indicates that the State court

25  orders can be enjoined when necessary to protect the Court's

1    authority over the management of complex class litigation and

2    ongoing settlement negotiations therein.  We have a serious

3    prospect here, we think, from Messrs. Bruno and Fayard and our

4    conversation most recently with Mr. McMinn, of resolving all of

5    these cases.  The Court has -- the Court has the power to permit

6    claimants -- we have more than just the penalty claims, I submit.

7    We have --

8            THE COURT:  Why can't you settle everything but the

9    claims that are pending in the *Oubre* case?  You could carve those

10   out; couldn't you?

11           MR. ROLFS:  Judge, we could do that, but that would be

12   piecemealing it.

13           THE COURT:  It's already been piecemealed pretty good by

14   everybody here.  You've got cases all over in state court plus

15   the ones here.

16           MR. ROLFS:  There is no question that's true.  If

17   Your Honor please, we've been frustrated in the case by our

18   attempts to reach a compromise.  We got piecemeal litigation.

19   Only recently, within the last 10 weeks, were we advised of the

20   fact that there has been, for some time now, ongoing settlement

21   negotiations, have been very serious, led by Mr. Fayard and

22   Mr. Bruno in the consolidated litigation which Judge Duval was

23   aware about and was encouraging and when we were invited, when we

24   were notified that that was going on and was on a fast track, and

25   invited to participate, we said yes.  And we think that, having

1    to -- we've done our best on behalf of this client.  If

2    Your Honor please, you're aware of the fact that this is not a

3    for-profit international insurance carrier.  This is a company

4    that was --

5            THE COURT:  I know who Citizens is.

6            MR. ROLFS:  So we are doing -- we -- we need to protect

7    this public entity, public service entity's assets as best we

8    can, and we think that having to continue in the state courts is

9    just going to wreak havoc on us.  All we want is protection from

10   the contempt sanctions in the state court while we attempt a

11   compromise here.  And we think that the Court is and its aid of

12   jurisdiction exception to the Anti-Injunction Act is well

13   justified and authorized to grant us that protection.

14           THE COURT:  All right.  Let me hear from the other side,

15   anybody else who wants to speak.

16           MR. STEPHEN HERMAN:  Your Honor, this is Steve Herman.

17   I think Your Honor has hit the nail on the head with a lot of the

18   issues that are present.  I would just like to raise a couple

19   points.  One is the jurisdictional question and we had a motion

20   to dismiss pending which, with all due respect, I think it may be

21   procedurally correct to address the jurisdictional issue first.

22   I don't need to belabor the point but I think for all of the

23   reasons stated in our brief and I apologize for filing our reply

24   brief on Saturday and we're just dealing with these as they arise

25   and I don't think the Court has had an opportunity to read it.

1  But we don't think there is any jurisdiction over Citizens or

2  Citizens class members in federal court, even under CAFA, despite

3  what happened previously, and I can address that but I don't

4  think that needs to be belabored but I think there is a

5  jurisdictional issue.

6           Beyond that, with respect to what opposing counsel

7  just said, I'm trying to be dispassionate in my remarks and not

8  overemotional, but what he just said is very offensive to me

9  because when you know the history of what happened in this case,

10  they've already tried this trick twice.  They settled out in CDC,

11  and incidentally, I point this out, you don't see them trying to

12  bring that case in.  They said that they need a global

13  settlement.  Well, if that's the case, how can they carve out

14  *Orrill*?

15           MR. ROLFS:  We don't intend to.

16           MR. STEPHEN HERMAN:  You just said you needed a global

17  settlement.  I apologize, Your Honor.

18           Second of all, then, two months ago, they said that

19  they wanted to settle with us.  And I skipped half of my vacation

20  with my family to drive back to New Orleans to sit across the

21  table from these people for three days thinking that they were in

22  good faith, and not once, not one time during those negotiations

23  did anyone at Citizens ever say that they wanted or needed to do

24  something global.  Not one time did they say that they needed to

25  coordinate with the insurance tried cases or the State of

1   Louisiana or Road Home.  And we had a settlement with them, or so

2   we thought.

3            And I wasn't there, but my understanding is that

4   after the settlement was reached, when the Board was supposed to

5   approve it, they said, we know what our lawyers said, we know

6   what our CEO says, we know what Ms. Domdeville (spelled

7   phonetically) says, but we changed our mind and we're not going

8   to settle because we're not going to pay these plaintiff lawyers

9   attorneys fees and do you know what, we want to litigate this

10  out.  We want to roll the dice.

11           That's what they said just a few weeks ago.  They

12  said that to a legislative committee.  And now, they are here,

13  after they got to post an appeal bond, to try to go back to deal

14  with somebody else.  And, you know, they are here representing to

15  this Court the exact opposite of what they just told the

16  legislative committee.  They said we don't want to settle.  We

17  want to litigate and now they are here telling Your Honor they

18  don't want to litigate, they want to settle.  They don't say why

19  they quote, unquote, "need to have a global settlement."  It can

20  be carved out.  They just want to see if they can cut us out and

21  strike a better deal with Mr. Bruno and Mr. Fayard.  And I

22  frankly don't believe that Mr. Bruno and Mr. Fayard would do that

23  to us, but we certainly don't want to take a chance and there is

24  no reason for us, and this is the other motion that we filed.

25           It seems to me from what opposing counsel just said

1   that they've arguably already violated the preliminary injunction

2   of the 24th and they are proceeding with settlement negotiations

3   despite what Judge Sullivan ruled and I don't see why -- any

4   reason why we shouldn't be appointed, if necessary, so that if

5   discussions do go forward globally we're there to protect the

6   *Oubre* class.

7           At the end of the day, this is neither necessary or

8   appropriate under the All Risk Act.  It has nothing to do with

9   their court's jurisdiction over the *Road Home* case.  As

10  Your Honor already indicated, even if you assume subject matter

11  jurisdiction, which there isn't any in the *Road Home* case,

12  Judge Duval already said that there weren't penalty claims.

13          In addition, to respond to Mr. Rolfs argument from

14  the subrogation agreement, I can't remember the exact words but

15  my initial reaction was, the *Oubre* case doesn't fall under that

16  because it doesn't relate to monies that are owed under the

17  policy.  There are separate penalties for their failure to

18  initiate a judgment.  So it's not even covered under the

19  subrogation agreement.

20          And finally, I know Your Honor was going to deal

21  with what was done in these *Chehardy* cases.  They attached

22  Exhibit 7 to some brief -- excuse me, strike that -- Exhibit 10

23  to some briefs, some order signed by Judge Polozola where he

24  dismisses all defendants except for State Farm, Allstate, and

25  American Insurance Company.  So not only are the *Oubre* claims not

1    in front of the Court on the *Road Home* case, but Citizens isn't

2    in front of the Court, as far as I can tell, in the *Chehardy*

3    cases.  And I would be happy to answer any other questions that

4    the Court may have.

5            THE COURT:  All right.  Thank you.  Let me hear from

6    Mr. Bruno and/or Mr. Fayard.

7            MR. BRUNO:  This is Joseph Bruno speaking.  First of

8    all, I guess my first issue, Your Honor, is that I have, pending

9    in the federal courts, approximately 400 claims against Louisiana

10   Citizens.  And I have opted out of this *Oubre* class action.

11           THE COURT:  Well, then you're not affected by the

12   injunction then.

13           MR. BRUNO:  Well, apparently I am because the injunction

14   is so broad, Louisiana Citizens is telling me that they are

15   uncomfortable in talking to me because it doesn't mention

16   opt-outs.  Now I don't know all these technical --

17           THE COURT:  I think it does.

18           MR. STEPHEN HERMAN:  Your Honor, Steve Herman.  We would

19   be happy to clarify in the 24th JDC, if the preliminary

20   injunction is not clear -- we think it is, but to the extent it's

21   not -- we'll be happy to make that clarification and suggest that

22   and do that as a stipulation before Judge Sullivan.

23           THE COURT:  That was going to be one of my questions to

24   all of you guys is:  Has anybody ever thought about going back to

25   Judge Sullivan and trying to clarify if you think this thing is

1  overly broad?  It seems like that would be the first place you

2  would go instead of coming here.

3          Mr. Bruno, I'm looking at the injunction and it

4  talks about Citizens is enjoined from taking any action

5  whatsoever to dismiss, compromise or settle any claim or claims

6  of any member or members of the *Oubre* class as defined by this

7  Court, and then he gives a definition, and specifically to any

8  individual who were mailed an *Oubre* class notice and who did not

9  opt out.  So it seems to me that if you opted out, you're not

10 even bound by this.  It doesn't even apply to you.

11         MR. BRUNO:  Well, I hope so, Judge.

12         THE COURT:  Well, I'm just reading the plain language of

13 the injunction.  If you have any questions about that, I think

14 you should address it directly to Judge Sullivan.

15         MR. BRUNO:  There is a personal impediment to that,

16 Your Honor, to me.

17         THE COURT:  I understand that.  Somebody could do that.

18 Mr. Fayard could do that.

19         MR. BRUNO:  That's where I start and obviously, I hope

20 that that's not a problem.  I didn't think it would be, but I

21 just need to address it.

22         The second thing is that as liaison counsel I was

23 ordered to file a supplemental and amending master complaint,

24 class action complaint, which I did because I personally filed

25 class actions against Louisiana Citizens among other insurance

1   companies and so certainly I appreciate -- I hope that everybody

2   will understand, have strong opposition to the suggestion that

3   there is no jurisdiction of Louisiana Citizens in federal court

4   in as much as we have pending there a class action against

5   Louisiana Citizens as well as numerous individual claims against

6   Louisiana Citizens.

7            The master complaint subsumed the original *Chehardy*

8   dec actions as well as my *Abadie* class actions, which I filed on

9   the one- or two-year anniversary post-Katrina.  There are no

10  questions that there are class action pending against Louisiana

11  Citizens and it's before Judge Duval as we speak.

12           We have also attempted -- I don't know what people

13  say to this, we also attempted to opt out our class action from

14  their class action and the reason we did that is because we're

15  very uncomfortable -- we -- I don't quite understand how you can

16  divide up your cause of action.  And we have some concerns that

17  you really can't divide up your cause of action.  You can't have

18  five or six lawsuits for the same person in different locations,

19  so our class action has got allegations against Louisiana

20  Citizens for all claims, including, and most importantly for us,

21  the underlying failure to pay the damage by wind.  Obviously we

22  also have claims for penalties and attorney's fees and all that

23  business so we are there.

24           As to -- and I've spoken to Bob Ates, who, at least

25  advised he's associated with Steve and Fred and others and I have

 1   told him I have no objection whatsoever of him being appointed

 2   and coming aboard for any discussions.  It's certainly not my

 3   intent to keep anybody out.  My concern is doing it correctly and

 4   properly and maintaining and protecting my clients' rights.

 5   We've settled about 3,000 Louisiana Citizens claims in federal

 6   court.  It's difficult to digest the suggestion that we had no

 7   jurisdiction over them over the past three and a half years, but

 8   in sum, that's my position and I would be happy to answer your

 9   questions, Your Honor.

10            THE COURT:  Okay.  Mr. Fayard.

11            MR. FAYARD:  Judge, this is Calvin Fayard.  Is it my

12   turn?

13            THE COURT:  Yes.

14            MR. FAYARD:  First, let me say I do not represent the

15   State of Louisiana.  I have to make that disclosure in light of

16   what's happened in Judge Duval's court.

17            THE COURT:  Who do you represent in this whole thing?

18            MR. FAYARD:  Well, I am Katrina liaison counsel in the

19   *Chehardy* matter and all insurance matters before Judge Duval's

20   court along with Mr. Bruno, who is the overall liaison counsel in

21   Katrina consolidated litigation in Judge Duval's court.  But I

22   say that on *Road Home* because I'd like the Court to have a better

23   understanding on an issue that is not as simple as it may seem.

24            Initially, my firm was engaged by Road Home as well

25   as Attorney General Foti to bring an action to preserve the

1    rights of *Road Home* with respect to the -- litigation issue.  So

2    we brought that action in state court, we were promptly removed

3    to federal court and we fought that to the Fifth Circuit Court of

4    Appeals and we were told to stay in state court, which we are

5    today.

6            Citizens were defended in that lawsuit.  Although

7    Judge Duval may have dismissed those various issues with respect

8    to the claims brought against the insurance industry as a whole,

9    we're still there.  We're not here by choice.  We would much

10   rather be in CDC with some of the plaintiffs in the other matters

11   but we're in federal court.

12           So --

13      THE COURT:  You're in federal court because -- well, who

14   removed you here?  Road Home?

15      MR. FAYARD:  Well, the entire insurance industry -- on

16   the proceedings but we were removed.  And so we -- trying to

17   enter into what we consider to be global settlement negotiations

18   with respect to the insurance industry and we started with some

19   of the major players, Allstate and State Farm, and that effort

20   failed after months of negotiations and then we were approached

21   by Travelers -- and Rob Hubbard's client and we have reached a

22   deal in principal that would be an invitation to the rest of the

23   industry to participate with respect to the terms that we reached

24   with Travelers.  We have not confected that yet because we have

25   other companies that are willing to come on board.  It's

1    complicated.  It does involve Road Home.  And it would involve

2    Citizens.  We have been advised that Citizens -- in that deal but

3    cannot negotiate with us because of the injunction entered in

4    state court against them discussing or entering into any type of

5    settlement negotiations.

6              Now, having said that, I do not wish to take a

7    position adversarial to anything that is happening in state court

8    with respect to matters that are not adversarial to our position

9    with respect to the *Chehardy* case because I no longer represent,

10   or our group no longer represents *Road Home* -- represented by the

11   Attorney General's office, Buddy Caldwell, and counsel's on the

12   phone and can speak for himself.

13             But we're in here where we -- we certainly do not

14   want to impede the progress in state court but we would like to

15   be able to have a seat at a table that would include us, again,

16   not interfering with anything, any deal that may have been cut or

17   may be cut or is still to be cut with respect to the state court

18   lawyers but we still have a duty to do as charged by Judge Duval

19   until we're dismissed outright or we settle the case or try the

20   case.

21             And, I guess, if it's one message I could portray

22   to the Court, and I think Joe Bruno would go along with me, is

23   that we would like to have an opportunity to -- something come

24   out of this that would allow the state court people to proceed

25   and also allow us to proceed and if that's a global settlement or

1   individual piecemeal settlements that can be bagged together as a

2   global settlement, that's what we would like to see happen.

3           I don't take issue with anything that Steve Herman

4   said.  I mean, I can understand his dismay.  We haven't done

5   anything, I think, to impede that, but I hope he understands that

6   I'm dismayed when we are faced with an injunction or at least it

7   gets thrown in my face that we can no longer talk to you because

8   we have an injunction against us in state court that tells us we

9   can't enter into settlement negotiations.

10          THE COURT:  Well, it sounds like no one, what I'm

11  hearing is no one objects to Mr. Herman and his group being part

12  of any discussions for a global settlement.  Mr. Herman, maybe

13  that's a solution here for everybody, maybe you could jointly --

14  I don't know who is making that noise on the phone, but -- you

15  all could jointly approach Judge Sullivan and let him clarify.  I

16  don't know why he would have any objection, if all parties here,

17  all interested parties, want to sit down and try to reach a

18  global settlement which would include the *Oubre* plaintiffs claims

19  and, of course, their attorneys.

20          MR. FRED HERMAN:  Judge, this is Fred Herman.  I know

21  you only wanted to hear from one of us.

22          THE COURT:  Now I'm hearing from two Hermans?

23          MR. FRED HERMAN:  You heard from Fayard and Bruno so I

24  thought I would balance it out.

25          MR. BRUNO:  You need more than that to balance it out,

1   Freddie.

2          MR. FRED HERMAN:  Judge, what happened here is in some

3   kind of way there is some communication, obviously, between the

4   group in federal court and Louisiana Citizens.  Louisiana

5   Citizens goes to them and says we can't talk to you because we

6   have this injunction in Gretna.  The injunction plainly, by its

7   own terms, doesn't affect them.  We're finished with that

8   discussion.  We sat through and have been litigating this issue,

9   Judge.  While I am the last person on this conference call that

10  would not love to see a global resolution, we have been dealing

11  with these people at Citizens for many, many months over many,

12  many different solutions and they can't get their act together,

13  period.

14          Now, if they think they can get their act together

15  and buy some piece globally in US District Court of all Citizens

16  claims, then let them do that to the exclusion of the *Oubre*

17  class, because they've already carved out the *Orrill* class.

18          So what they are telling you is this:  The only

19  group that would be included in this discussion is not the CDC

20  case where the money is sitting in the registry of the court,

21  half of which won't even be paid out to the claimants, they want

22  to exclude the *Oubre* case and include it in a global settlement

23  discussion that isn't global at all.

24          We're still going to be litigating in *Orrill*, which

25  is on suspense of appeal in Civil District Court and the

1    interesting notion here is another step of proof in the ongoing

2    collusion between Citizens and anybody -- and I'm not speaking of

3    Calvin or anybody else, but anybody they can list to slow down

4    this litigation, that's what good lawyers do.  They've taken

5    their shot in CDC and it's failed.  They've taken their shot at

6    mediation.  They make an agreement with us that is recommended by

7    their general counsel, that is recommended by their outside

8    counsel, that is recommended by their CEO and they refuse to act

9    on it.  And now I'm being told, oh, but you can come sit at this

10   global settlement discussion?

11         THE COURT:  Wait a minute, Mr. Herman, I was responding

12   to a suggestion by Stephen Herman who said that's something you

13   all wanted to do.

14         MR. FRED HERMAN:  No, Your Honor, what I think

15   Stephen Herman is saying, if there were to be a discussion like

16   that, sure, we would want a seat at the table, but I can tell you

17   that it is not appropriate for anyone on this call to believe

18   that that effort hadn't already been made and you're talking

19   about 400 and however many Calvin may have penalty claims with

20   Citizens, and whatever other thousands of homeowners claims they

21   have.  They can go get their resolve.  I don't need to stick my

22   nose into their tents, nor do they need to stick their nose in

23   mine.

24         MR. ROLFS:  This is Emile Rolfs, Your Honor, we haven't

25   heard from the State, I'm sorry.

1          THE COURT:  Let's hear from Mr. McMinn.

2          MR. McMINN:  Thank you, Your Honor.  Real briefly, I

3    don't know how much this has to do with the State specifically,

4    the matters that have been batted around for the last 10,

5    15 minutes, so I really don't have a lot to say other than I just

6    need to listen in and see what the status is with regard to

7    what's going to happen with Citizens and is there going to be a

8    global settlement attempt or not?

9              But the representations being made back and forth

10   about what's happened with the various classes and Citizens, I

11   don't have any knowledge of that.  The position is now, I know

12   that *Road Home* has been deconsolidated from the master litigation

13   and assigned to Your Honor, and that's where it stands.

14         THE COURT:  All right.  Thank you.  Mr. Schmeeckle?

15         MR. SCHMEECKLE:  Your Honor, I don't have much to add

16   other than to echo that there have been some overreaching

17   settlement discussions to globally resolve this matter on behalf

18   of one of my five clients, Travelers, which include both the

19   State and Mr. Bruno and Mr. Fayard and that from that we were

20   asked, as defendant liaison counsel, to relay that model to the

21   insurance industry counsel, which we did do.  But other than

22   that, I too am probably just listening in.

23         MR. ROLFS:  Your Honor please, it's Mr. Rolfs.

24         THE COURT:  Yes, Mr. Rolfs, I'll let you respond to all

25   of that that's been said.

1          MR. ROLFS:  I'm sorry.

2          THE COURT:  No, go ahead.

3          MR. ROLFS:  Judge, my firm was not involved in the

4    settlement negotiations that have been referenced most recently

5    by Mr. Herman.  I can tell you that the -- this often happens

6    with corporate defendants, the recommendations of the lawyers and

7    executives were rejected by the board of directors.  It's not

8    unusual they were rejected.

9          The problem in the case is that this is piecemeal.

10   To the extent that it is believed that the *Orrill* matter has been

11   carved out, that's not true.  All we want is to be protected

12   against the contempt sanction while we endeavor to compromise on

13   a global basis with *Road Home* and with the *In re: Katrina* matter.

14         The *Orrill* case is on appeal.  It's not final.  We

15   intend, if we can get such a settlement, to roll all of those --

16   *Orrill*, as well as *Oubre*, so that is a misunderstanding on the

17   part of my -- of my colleagues who represent the *Oubre* class.

18         I understand their ire over the settlement

19   negotiations and the result of all that.  I'm sorry.  I mean, I

20   can't help that.  But the fact is that if we have been told,

21   Your Honor please, and it's been confirmed that Mr. Fayard and

22   Mr. Bruno have been leading, in conjunction with these other

23   lawyers, settlement negotiations and there is a real hope of

24   resolving all of this, we just need some time, and we need

25   protection against contempt sanctions.

 1                    This Court obviously has jurisdiction.  The

 2      Anti-Injunction Act has the in aid of its jurisdiction exception.

 3      That is what we're talking about here.  We expect to have a race

 4      that can be protected and we believe that this is the appropriate

 5      way to go.  We have been -- there is no question that a global

 6      settlement of all of these claims in the federal court is the --

 7      is the correct jurisdiction and correct venue and I think it's

 8      the endeavor that Judge Duval has been encouraging all these

 9      months.  Clearly, clearly we think there is jurisdiction.

10                    Thank you for hearing us, Judge.

11           MR. FRED HERMAN:  Your Honor, if that is the case why

12      wouldn't Citizens contact us and invite us to such a party?

13           THE COURT:  Well, I think you were just invited today.

14           MR. FRED HERMAN:  Well, we'll be there but we would like

15      to be able to proceed with our case.

16           THE COURT:  Well, I'm not going to prevent you from

17      proceeding with your case.  Nothing here will prevent you from

18      proceeding with your case.

19                    I do think it would behoove all of you to approach

20      Judge Sullivan and try to clarify this injunction that he issued.

21      Maybe it's not clear.  I mean, some of the things are clear to

22      me.  Maybe not as clear to all of you but just for example, the

23      issue with regard to Mr. Bruno, it seems to me his 400 claims

24      clearly are not subject to the injunction issued by

25      Judge Sullivan, but if you all have any question or doubts about

1   that, it seems like the thing to do is to approach Judge Sullivan

2   and clarify that.  It doesn't sound like anybody on this phone

3   call is in disagreement about that.

4          MR. FRED HERMAN:  Not at all, Your Honor.  We would be

5   happy -- Fred Herman here -- we would be happen to help them

6   draft such an order.

7          THE COURT:  It wouldn't even take Mr. Bruno going

8   personally over there to do that.

9          MR. FRED HERMAN:  Right.

10          MR. BRUNO:  I appreciate that very much, Your Honor.

11          THE COURT:  I'm going to deny the motion, the request

12   for a temporary restraining order here.  I'm not ruling at this

13   time on the motion for preliminary injunction.  I'll deal with

14   that later after I have had more time to digest everything and

15   the legal issues and all.  I don't see that there would be any

16   real factual issues in this.  Does anybody disagree with that?

17          MR. ROLFS:  No, Your Honor, I do not.

18          MR. McMINN:  No, Your Honor.  This is Bryan.

19          THE COURT:  But I want to do that in a more orderly

20   fashion.  But I don't think I can justify or issue a temporary

21   restraining order here after what I've heard.  I have some doubts

22   as to whether I have jurisdiction or not over this thing for the

23   reasons brought up here, but it's not clear to me that we do.

24   That's Number 1.

25          I also have taken into account that insofar as the

1  *Road Home* case is concerned, based on Judge Duval's earlier

2  ruling, it seems to me that there are no bad faith claims

3  remaining in that case, and that's another reason not to issue a

4  TRO in the *Road Home* case.

5          The overarching reason though that I'm denying the

6  TRO is based on my current impression of the law.  I don't think

7  I can even enjoin the state court order from Judge Sullivan

8  because of the federal Anti-Injunction Act, which I'm sure all of

9  you are very familiar with, and it generally precludes a federal

10  court from enjoining the actions of a -- it says, "A court of the

11  United States may not grant an injunction to stay proceedings in

12  a state court except as expressly authorized by an act of

13  Congress," and nobody has alleged that here, "or where necessary

14  native jurisdiction or to protect or effectuate its judgments."

15          One and three clearly do not apply here since no

16  one cited any expressed act of Congress that would authorize this

17  and I think Mr. Rolfs has admitted, there is no judgment or order

18  to be protected here.  The only issue is whether it would be

19  necessary and an aid of this Court's jurisdiction, and I'm having

20  a hard time seeing how what Judge Sullivan did is affecting the

21  jurisdiction of this Court or impeding the jurisdiction of this

22  Court over the matters that are presently pending in this Court.

23  So for those reasons I'm going to deny the TRO request.

24          Now, you all have a pending motion for preliminary

25  injunction.  I think that's scheduled for hearing on the 27th of

1    this month.

2              MR. FRED HERMAN:  Yes, sir.

3              THE COURT:  And I guess we can give this whole thing

4    further consideration at that time, but, Mr. Rolfs, I've got to

5    tell you, again, I'm not saying that there is something that

6    couldn't happen to make me change my mind -- Did we just lose

7    someone?

8              MR. ROLFS:  I'm still here, Your Honor.

9              MR. McMINN:  I'm still here.  It's Bryan McMinn.

10             THE COURT:  Mr. Rolfs, are you still there?

11             MR. ROLFS:  Yes, I am, Your Honor.

12             THE COURT:  Mr. Bruno, Mr. Fayard?

13             MR. BRUNO:  Bruno is here, Your Honor.

14             THE LAW CLERK:  It might have been Mr. Fayard.

15             THE COURT:  I think we lost Mr. Fayard.  Mr. Bruno,

16   you're on the same team as him, right?

17             MR. BRUNO:  Yes, Your Honor.

18             THE COURT:  Okay.  Thank you.  So anyway, we can deal

19   with the motion for preliminary injunction in due course in an

20   orderly fashion.  But I'm not issuing any sort of injunction at

21   this time, okay.

22             This is going to apply both in the *Road Home* case

23   and in the so-called *Chehardy* cases assigned to Judge Duval and

24   like I said, he wanted me to handle all of this, and we'll issue

25   an order, and I'm not taking over the rest of that case.  I'm

 1   just dealing with this for him, okay.

 2          MR. FRED HERMAN:  Judge, Fred Herman here.  We have a

 3   motion for the dismissal of the preliminary motion.

 4          THE COURT:  We can deal with that at the same time we

 5   hear the motion for preliminary injunction.  We'll set that for

 6   hearing.  We'll also deal with your motion to be appointed as

 7   counsel, although it didn't sound like anybody really objected to

 8   your being, your team being involved with any settlement

 9   discussions that would occur.

10          It just seems to me that if all of you folks got

11   together and approached Judge Sullivan, you might be able to work

12   this out, unless Citizens is only trying to use this to stop the

13   clock from running, so to speak, over in Gretna, but if Citizens

14   really wants to sit down and try to settle this, you can do two

15   things at once.  I don't know why you can't file your appeal over

16   there and still sit down with everybody and try to affect a

17   global settlement, Mr. Rolfs.

18          MR. ROLFS:  I understand, Your Honor.

19          THE COURT:  Okay.

20          MR. ROLFS:  Yes, sir.

21          THE COURT:  All right, folks, have a good day.

22          (WHEREUPON, at 3:00 p.m., the proceedings were

23   concluded.)

24                              *    *    *

25

1                          REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4  Merit Reporter, Registered Professional Reporter, Certified Court

5  Reporter, Official Court Reporter for the United States District

6  Court, Eastern District of Louisiana, do hereby certify that the

7  foregoing is a true and correct transcript, to the best of my

8  ability and understanding, from the record of the proceedings in

9  the above-entitled and numbered matter.

10

11

12                              *s/Cathy Pepper*                   

13                              Cathy Pepper, CRR, RMR, CCR

14                              Official Court Reporter

15                              United States District Court

16

17

18

19

20

21

22

23

24

25

**$**

**$5,000** [1] - 12:19
**$92** [1] - 11:3

**0**

**05-4182** [2] - 1:9, 6:17
**06-1672** [2] - 1:10, 6:20
**06-1673** [1] - 1:11
**06-1674** [1] - 1:11
**07-5528** [2] - 1:4, 6:13

**1**

**1** [1] - 33:24
**10** [3] - 16:19, 20:22, 30:4
**100** [1] - 9:8
**1010** [1] - 1:22
**1220** [1] - 9:15
**15** [1] - 30:5
**17** [1] - 3:7
**18** [2] - 1:5, 4:3
**18,000** [1] - 12:19

**2**

**2009** [3] - 1:5, 4:3, 7:18
**202** [1] - 2:4
**21** [1] - 3:18
**22:1220** [3] - 7:23, 9:20, 10:5
**22:658** [4] - 7:23, 8:18, 9:20, 10:5
**23RD** [1] - 2:13
**24** [2] - 3:9, 8:12
**24th** [3] - 4:20, 20:2, 21:19
**27** [2] - 3:10, 3:11
**2775** [1] - 2:9
**27th** [1] - 34:25
**2:00** [1] - 1:5

**3**

**3,000** [1] - 24:5
**30** [4] - 3:12, 3:13, 3:14, 8:20
**3000** [1] - 1:22
**301** [1] - 2:4
**3197** [1] - 2:14
**32** [1] - 3:15
**32751** [1] - 2:5

**33** [1] - 3:16
**36** [1] - 3:17
**3:00** [1] - 36:22

**4**

**4** [2] - 9:25
**400** [3] - 21:9, 29:19, 32:23

**5**

**5** [1] - 7:18
**500** [1] - 2:18
**504** [1] - 2:19
**519** [1] - 2:2
**589-7779** [1] - 2:19

**6**

**6** [1] - 3:5
**601** [1] - 2:9
**658** [1] - 9:14

**7**

**7** [1] - 20:22
**70112** [1] - 1:22
**70113** [2] - 1:20, 1:25
**70130** [2] - 2:9, 2:18
**70726** [1] - 2:2
**70821** [1] - 2:14
**73** [1] - 6:20
**74** [1] - 6:20

**8**

**8** [1] - 3:6
**820** [1] - 1:19
**855** [1] - 1:24

**A**

**AAA** [2] - 1:6, 6:12
**Abadie** [1] - 23:8
**ability** [1] - 37:8
**able** [5] - 8:4, 13:2, 26:15, 32:15, 36:11
**aboard** [1] - 24:2
**above-entitled** [1] - 37:9
**account** [1] - 33:25
**accurate** [2] - 7:10, 7:24
**act** [5] - 28:12, 28:14, 29:8, 34:12, 34:16

**Act** [8] - 11:12, 11:18, 13:4, 13:12, 17:12, 20:8, 32:2, 34:8
**acted** [2] - 11:22, 11:23
**action** [15] - 14:24, 15:4, 21:10, 22:4, 22:24, 23:4, 23:10, 23:13, 23:14, 23:16, 23:17, 23:19, 24:25, 25:2
**Action** [1] - 6:12
**ACTION** [1] - 1:9
**actions** [4] - 22:25, 23:8, 34:10
**activity** [1] - 14:16
**add** [1] - 30:15
**addition** [2] - 8:14, 20:13
**address** [4] - 17:21, 18:3, 22:14, 22:21
**adjustment** [2] - 8:19
**admitted** [1] - 34:17
**adversarial** [2] - 26:7, 26:8
**advised** [3] - 16:19, 23:25, 26:2
**affect** [2] - 28:7, 36:16
**affected** [1] - 21:11
**affecting** [1] - 34:20
**affirmed** [1] - 10:24
**affords** [1] - 12:3
**afternoon** [2] - 4:7, 4:8
**Agent** [3] - 15:16, 15:18, 15:24
**ago** [2] - 18:18, 19:11
**agree** [2] - 9:7, 9:9
**agreement** [5] - 9:13, 9:16, 20:14, 20:19, 29:6
**Agreement** [1] - 9:24
**ahead** [1] - 31:2
**aid** [4] - 15:13, 17:11, 32:2, 34:19
**AL** [2] - 1:4, 1:6
**al** [2] - 6:12
**Alabama** [1] - 14:6
**allegations** [1] - 23:19
**alleged** [1] - 34:13
**allow** [2] - 26:24, 26:25
**Allstate** [2] - 20:24, 25:19
**amending** [1] - 22:23
**AMERICAN** [2] - 2:8, 2:13
**American** [1] - 20:25
**anniversary** [1] - 23:9
**answer** [2] - 21:3, 24:8

**Anti** [7] - 11:12, 11:18, 13:4, 13:12, 17:12, 32:2, 34:8
**Anti-Injunction** [7] - 11:12, 11:18, 13:4, 13:12, 17:12, 32:2, 34:8
**Antitrust** [1] - 14:6
**anyway** [1] - 35:18
**apologize** [2] - 17:23, 18:17
**appeal** [10] - 10:23, 11:8, 12:15, 12:16, 13:14, 13:16, 19:13, 28:25, 31:14, 36:15
**Appeal** [1] - 12:22
**appealable** [2] - 14:19, 15:1
**Appeals** [1] - 25:4
**APPEARANCES** [1] - 1:17
**appearing** [1] - 5:6
**applied** [1] - 12:18
**apply** [3] - 22:10, 34:15, 35:22
**applying** [1] - 12:19
**appointed** [4] - 4:20, 20:4, 24:1, 36:6
**appreciate** [5] - 8:17, 10:23, 11:2, 23:1, 33:10
**appreciation** [1] - 7:2
**approach** [3] - 27:15, 32:19, 33:1
**approached** [2] - 25:20, 36:11
**appropriate** [3] - 20:8, 29:17, 32:4
**approve** [1] - 19:5
**approving** [3] - 14:12, 14:13, 14:25
**arguably** [1] - 20:1
**argue** [1] - 12:22
**arguing** [1] - 9:4
**argument** [2] - 10:10, 20:13
**arise** [1] - 17:24
**arising** [1] - 6:10
**asserted** [1] - 10:17
**assets** [1] - 17:7
**assigned** [2] - 30:13, 35:23
**assignment** [2] - 9:13, 9:14
**Assignment** [1] - 9:24
**associated** [1] - 23:25
**assume** [3] - 10:19, 10:20, 20:10
**AT** [1] - 2:4
**Ates** [2] - 4:21, 23:24

**attached** [1] - 20:21
**attempt** [2] - 17:10, 30:8
**attempted** [2] - 23:12, 23:13
**attempts** [1] - 16:18
**attorney** [1] - 12:5
**Attorney** [2] - 24:25, 26:11
**ATTORNEY** [1] - 2:4
**attorney's** [2] - 7:22, 23:22
**attorneys** [2] - 19:9, 27:19
**authority** [2] - 14:8, 16:1
**authorize** [1] - 34:16
**authorized** [2] - 17:13, 34:12
**AVENUE** [2] - 1:19, 2:2
**aware** [2] - 16:23, 17:2

**B**

**B406** [1] - 2:18
**background** [1] - 4:10
**bad** [5] - 7:7, 7:22, 8:7, 8:18, 34:2
**bagged** [1] - 27:1
**balance** [2] - 27:24, 27:25
**bar** [2] - 7:21
**BARBIER** [1] - 1:14
**barely** [1] - 5:18
**bark** [1] - 4:10
**BARONNE** [1] - 1:24
**based** [1] - 34:1, 34:6
**basis** [2] - 12:7, 31:13
**BATON** [1] - 2:14
**batted** [1] - 30:4
**Beevers** [2] - 4:16, 4:19
**BEFORE** [1] - 1:14
**beginning** [1] - 9:22
**begins** [1] - 10:1
**begs** [1] - 13:17
**behalf** [2] - 17:1, 30:17
**behoove** [1] - 32:19
**belabor** [1] - 17:22
**belabored** [1] - 18:4
**believes** [1] - 12:16
**best** [4] - 14:1, 17:1, 17:7, 37:7
**better** [4] - 5:13, 5:19, 19:21, 24:22
**between** [5] - 8:9, 8:10, 14:25, 28:3,

29:2
**beyond** [1] - 18:6
**board** [2] - 25:25, 31:7
**Board** [1] - 19:4
**Bob** [2] - 4:21, 23:24
**bond** [2] - 12:16, 19:13
**bound** [1] - 22:10
**BOX** [1] - 2:14
**breach** [2] - 8:14, 12:5
**BREACHES** [1] - 1:8
**Breaches** [2] - 6:16, 6:18
**BREAZEALE** [1] - 2:12
**brief** [3] - 17:23, 17:24, 20:22
**briefly** [1] - 30:2
**briefs** [1] - 20:23
**bring** [2] - 18:12, 24:25
**broad** [2] - 21:14, 22:1
**brought** [3] - 25:2, 25:8, 33:23
**BRUNO** [15] - 1:23, 1:24, 5:9, 5:12, 5:14, 21:7, 21:13, 22:11, 22:15, 22:19, 27:25, 33:10, 35:13, 35:17
**Bruno** [20] - 5:7, 5:9, 5:10, 16:3, 16:22, 19:21, 19:22, 21:6, 21:7, 22:3, 24:20, 26:22, 27:23, 30:19, 31:22, 32:23, 33:7, 35:12, 35:13, 35:15
**BRUNO....................
..........................** [1] -
3:8
**BRYAN** [1] - 2:3
**Bryan** [4] - 6:2, 8:1, 33:18, 35:9
**Buddy** [1] - 26:11
**business** [1] - 23:23
**buy** [1] - 28:15
**BY** [8] - 1:19, 1:21, 1:24, 2:1, 2:8, 2:13, 2:20, 2:20

**C**

**CAFA** [1] - 18:2
**Caldwell** [1] - 26:11
**CALVIN** [1] - 2:1
**Calvin** [3] - 24:11, 29:3, 29:19
**Canal** [2] - 6:16, 6:18
**CANAL** [1] - 1:8
**cannot** [1] - 26:3

**capacity** [2] - 5:6, 7:10
**CARL** [1] - 1:14
**carrier** [1] - 17:3
**carve** [2] - 16:9, 18:13
**carved** [3] - 19:20, 28:17, 31:11
**case** [51] - 6:13, 6:15, 6:17, 7:6, 7:7, 8:6, 8:10, 8:11, 8:13, 8:17, 8:23, 12:7, 13:11, 13:14, 14:6, 14:7, 14:17, 14:18, 14:23, 15:15, 15:17, 16:9, 16:17, 18:9, 18:12, 18:13, 20:9, 20:11, 20:15, 21:1, 26:9, 26:19, 26:20, 28:20, 28:22, 31:9, 31:14, 32:11, 32:15, 32:17, 32:18, 34:1, 34:3, 34:4, 35:22, 35:25
**cases** [18] - 6:19, 6:23, 6:24, 11:15, 11:17, 13:7, 14:3, 14:5, 14:7, 14:8, 14:10, 16:5, 16:14, 18:25, 20:21, 21:3, 35:23
**catch** [1] - 7:3
**Cathy** [2] - 37:3, 37:13
**CATHY** [1] - 2:17
**CCR** [2] - 2:17, 37:13
**CDC** [4] - 18:10, 25:10, 28:19, 29:5
**CENTER** [1] - 2:8
**CEO** [2] - 19:6, 29:8
**certainly** [4] - 19:23, 23:1, 24:2, 26:13
**CERTIFICATE** [1] -
37:1
**certified** [5] - 10:23, 11:11, 13:1, 14:11
**Certified** [2] - 37:3, 37:4
**certify** [1] - 37:6
**CHAMBERS** [1] - 4:4
**chance** [1] - 19:23
**change** [1] - 35:6
**changed** [1] - 19:7
**charged** [1] - 26:18
**Chehardy** [7] - 6:19, 20:21, 21:2, 23:7, 24:19, 26:9, 35:23
**CHEHARDY** [3] - 1:10, 1:11, 1:11
**choice** [1] - 25:9
**CIRCLE** [1] - 2:4
**Circuit** [2] - 14:7, 25:3
**cite** [2] - 14:4, 14:22
**cited** [5] - 14:4, 14:5,

15:15, 34:16
**citing** [1] - 11:15
**CITIZENS** [1] - 2:11
**Citizens** [34] - 4:12, 7:12, 7:13, 8:25, 9:4, 17:5, 18:1, 18:2, 18:23, 21:1, 21:10, 21:14, 22:4, 22:25, 23:3, 23:5, 23:6, 23:11, 23:20, 24:5, 25:6, 26:2, 28:4, 28:5, 28:11, 28:15, 29:2, 29:20, 30:7, 30:10, 32:12, 36:12, 36:13
**CIVIL** [2] - 1:4, 1:9
**Civil** [2] - 6:12, 28:25
**claim** [3] - 8:22, 10:6, 22:5
**claimants** [3] - 11:4, 16:6, 28:21
**claims** [32] - 7:7, 8:7, 8:14, 8:15, 8:18, 8:19, 8:22, 10:17, 11:1, 12:5, 12:6, 12:11, 12:12, 16:6, 16:9, 20:12, 20:25, 21:9, 22:5, 23:5, 23:20, 23:22, 24:5, 25:8, 27:18, 28:16, 29:19, 29:20, 32:6, 32:23, 34:2
**clarification** [1] -
21:21
**clarify** [5] - 21:19, 21:25, 27:15, 32:20, 33:2
**class** [24] - 8:17, 10:23, 11:1, 13:2, 14:12, 14:25, 15:19, 16:1, 18:2, 20:6, 21:10, 22:6, 22:8, 22:24, 22:25, 23:4, 23:8, 23:10, 23:13, 23:14, 23:19, 28:17, 31:17
**classes** [1] - 30:10
**clear** [5] - 21:20, 32:21, 32:22, 33:23
**clearly** [4] - 32:9, 32:24, 34:15
**CLERK** [1] - 35:14
**client** [5] - 12:15, 12:16, 13:24, 17:1, 25:21
**clients** [1] - 30:18
**clients'** [1] - 24:4
**clock** [1] - 36:13
**close** [1] - 5:21
**closer** [1] - 5:14

**co** [1] - 4:21
**co-counsel** [1] - 4:21
**colleagues** [1] - 31:17
**collusion** [1] - 29:2
**coming** [3] - 11:23, 22:2, 24:2
**committee** [2] - 19:12, 19:16
**COMMON** [1] - 1:22
**communication** [1] -
28:3
**companies** [2] - 23:1, 25:25
**company** [1] - 17:3
**Company** [1] - 20:25
**COMPANY** [1] - 2:12
**complaint** [3] - 22:23, 22:24, 23:7
**complex** [1] - 16:1
**complicated** [1] - 26:1
**compromise** [5] -
12:10, 16:18, 17:11, 22:5, 31:12
**COMPUTER** [1] - 2:20
**concern** [1] - 24:3
**concerned** [1] - 34:1
**concerns** [1] - 23:16
**concluded** [1] - 36:23
**confected** [1] - 25:24
**conference** [1] - 28:9
**confirmed** [1] - 31:21
**conflict** [1] - 8:9
**Congress** [2] - 34:13, 34:16
**conjunction** [1] -
31:22
**consider** [1] - 25:17
**consideration** [1] -
35:4
**considered** [1] - 14:20
**Consolidated** [2] -
6:16, 6:18
**CONSOLIDATED** [1] -
1:8
**consolidated** [3] -
6:17, 16:22, 24:21
**contact** [1] - 32:12
**Container** [2] - 14:6, 14:17
**contempt** [3] - 17:10, 31:12, 31:25
**continue** [1] - 17:8
**contract** [2] - 8:15, 12:6
**conversation** [1] -
16:4
**coordinate** [1] - 18:25
**corporate** [1] - 31:6
**correct** [6] - 7:7, 8:21,

17:21, 32:7, 37:7
**correctly** [1] - 24:3
**Corrugated** [2] - 14:5, 14:17
**COTLAR** [1] - 1:18
**counsel** [15] - 4:20, 4:21, 5:8, 12:9, 18:6, 19:25, 22:22, 24:18, 24:20, 29:7, 29:8, 30:20, 30:21, 36:7
**counsel's** [1] - 26:11
**couple** [2] - 7:1, 17:18
**course** [3] - 7:2, 27:19, 35:19
**court** [51] - 8:3, 10:22, 11:11, 11:19, 11:20, 11:21, 11:23, 11:25, 12:3, 12:13, 13:7, 13:24, 14:9, 14:13, 14:15, 14:20, 15:5, 15:9, 15:10, 15:11, 15:19, 15:20, 15:21, 15:24, 16:14, 17:10, 18:2, 23:3, 24:6, 24:16, 24:20, 24:21, 25:2, 25:3, 25:4, 25:11, 25:13, 26:4, 26:7, 26:14, 26:17, 26:24, 27:8, 28:4, 28:20, 32:6, 34:7, 34:10, 34:12
**COURT** [72] - 1:1, 2:17, 4:7, 4:10, 4:14, 4:17, 4:22, 4:24, 5:2, 5:7, 5:10, 5:13, 5:15, 5:18, 5:22, 5:25, 6:6, 6:8, 7:14, 7:25, 8:2, 8:16, 8:22, 9:1, 9:7, 9:21, 10:8, 10:13, 10:19, 11:7, 11:10, 12:12, 12:20, 13:1, 13:10, 13:17, 13:25, 15:17, 16:8, 16:13, 17:5, 17:14, 21:5, 21:11, 21:17, 21:23, 22:12, 22:17, 24:10, 24:13, 24:17, 25:13, 27:10, 27:22, 29:11, 30:1, 30:14, 30:24, 31:2, 32:13, 32:16, 33:7, 33:11, 33:19, 35:3, 35:10, 35:12, 35:15, 35:18, 36:4, 36:19, 36:21
**Court** [31] - 4:20, 5:6, 8:11, 11:23, 12:22, 13:18, 14:18, 15:22, 16:5, 17:11, 17:25, 19:15, 21:1, 21:2, 21:4, 22:7, 24:22,

25:3, 26:22, 28:15, 28:25, 32:1, 34:21, 34:22, 37:4, 37:5, 37:6, 37:14, 37:15
**court's** [2] - 15:13, 20:9
**Court's** [2] - 15:25, 34:19
**Court-appointed** [1] - 4:20
**COURT**.....................
.........................[3] - 3:5, 3:10, 3:16
**courts** [5] - 14:11, 14:15, 15:18, 17:8, 21:9
**covered** [1] - 20:18
**CRR** [2] - 2:17, 37:13
**current** [1] - 34:6
**cut** [4] - 19:20, 26:16, 26:17

**D**

**damage** [3] - 9:19, 10:3, 23:21
**damages** [3] - 7:22, 13:3
**days** [2] - 8:20, 18:21
**deal** [10] - 19:13, 19:21, 20:20, 25:22, 26:2, 26:16, 33:13, 35:18, 36:4, 36:6
**dealing** [6] - 8:18, 13:8, 13:9, 17:24, 28:10, 36:1
**dec** [1] - 23:8
**decide** [1] - 10:13
**deconsolidated** [1] - 30:12
**defendant** [3] - 5:6, 7:10, 30:20
**defendants** [4] - 8:15, 15:1, 20:24, 31:6
**DEFENDANTS** [1] - 2:7
**defended** [1] - 25:6
**defer** [1] - 7:10
**defined** [1] - 22:6
**definition** [1] - 22:7
**definitive** [1] - 14:8
**DENHAM** [1] - 2:2
**denied** [1] - 7:19
**deny** [2] - 33:11, 34:23
**denying** [1] - 34:5
**described** [1] - 15:18
**despite** [2] - 18:2, 20:3
**dice** [1] - 19:10

**different** [6] - 6:24, 7:15, 11:14, 11:16, 23:18, 28:12
**difficult** [1] - 24:6
**digest** [2] - 24:6, 33:14
**directly** [3] - 6:19, 14:4, 22:14
**directors** [1] - 31:7
**disagree** [1] - 33:16
**disagreement** [1] - 33:3
**disclosure** [1] - 24:15
**discussing** [1] - 26:4
**discussion** [5] - 28:8, 28:19, 28:23, 29:10, 29:15
**discussions** [5] - 20:5, 24:2, 27:12, 30:17, 36:9
**dismay** [1] - 27:4
**dismayed** [1] - 27:6
**dismiss** [5] - 7:20, 17:20, 22:5
**dismissal** [1] - 36:3
**dismissed** [3] - 7:6, 25:7, 26:19
**dismisses** [1] - 20:24
**dispassionate** [1] - 18:7
**distinction** [2] - 9:3, 9:10
**District** [5] - 28:15, 28:25, 37:5, 37:6, 37:15
**DISTRICT** [3] - 1:1, 1:1, 1:15
**divide** [2] - 23:16, 23:17
**DOCKET** [1] - 1:4
**document** [1] - 7:16
**Domdeville** [1] - 19:6
**done** [4] - 11:25, 17:1, 20:21, 27:4
**doubts** [2] - 32:25, 33:21
**down** [4] - 27:17, 29:3, 36:14, 36:16
**draft** [1] - 33:6
**drive** [1] - 18:20
**due** [2] - 17:20, 35:19
**duplicate** [1] - 6:21
**during** [1] - 18:22
**duty** [1] - 26:18
**Duval** [14] - 6:9, 6:10, 6:13, 6:21, 7:5, 7:18, 13:19, 16:22, 20:12, 23:11, 25:7, 26:18, 32:8, 35:23
**Duval's** [5] - 9:2,

24:16, 24:19, 24:21, 34:1

**E**

**Eastern** [1] - 37:6
**EASTERN** [1] - 1:1
**echo** [1] - 30:16
**effectuate** [1] - 34:14
**effort** [2] - 25:19, 29:18
**eight** [1] - 4:24
**Emile** [3] - 4:9, 8:13, 29:24
**EMILE** [1] - 2:13
**encouraging** [2] - 16:23, 32:8
**end** [2] - 14:14, 20:7
**endeavor** [2] - 31:12, 32:8
**engaged** [1] - 24:24
**enjoin** [2] - 15:3, 34:7
**enjoined** [3] - 14:16, 15:25, 22:4
**enjoining** [1] - 34:10
**enter** [2] - 25:17, 27:9
**entered** [2] - 15:5, 26:3
**entering** [1] - 26:4
**entire** [1] - 25:15
**entitled** [1] - 37:9
**entity** [1] - 17:7
**entity's** [1] - 17:7
**entry** [1] - 14:19
**ESQ** [1] - 1:24
**ESQUIRE** [5] - 1:19, 1:21, 2:1, 2:8, 2:13
**et** [2] - 6:12
**ET** [2] - 1:4, 1:6
**exact** [3] - 11:22, 19:15, 20:14
**exactly** [1] - 8:21
**example** [1] - 32:22
**except** [2] - 20:24, 34:12
**exception** [8] - 11:17, 14:21, 15:2, 15:12, 15:13, 15:14, 17:12, 32:2
**exclude** [1] - 28:22
**exclusion** [1] - 28:16
**excuse** [1] - 20:22
**executed** [1] - 14:25
**executives** [1] - 31:7
**Exhibit** [2] - 20:22
**expect** [1] - 32:3
**expressed** [1] - 34:12
**expressly** [1] - 34:12
**extent** [3] - 7:4, 21:20,

31:10
**extracontractual** [1] - 7:22

**F**

**face** [1] - 27:7
**faced** [1] - 27:6
**facing** [1] - 13:4
**fact** [5] - 9:6, 12:21, 16:20, 17:2, 31:20
**factual** [1] - 17:17
**failed** [2] - 25:20, 29:5
**failing** [1] - 8:18
**failure** [2] - 20:17, 23:21
**faith** [6] - 7:7, 7:22, 8:7, 8:18, 18:22, 34:2
**fall** [1] - 20:15
**familiar** [2] - 7:17, 34:9
**family** [1] - 18:20
**far** [1] - 21:2
**Farm** [2] - 20:24, 25:19
**fashion** [2] - 33:20, 35:20
**fast** [1] - 16:24
**FAYARD** [8] - 2:1, 2:1, 5:17, 5:20, 24:11, 24:14, 24:18, 25:15
**Fayard** [21] - 5:7, 5:10, 5:15, 5:16, 5:18, 5:22, 6:1, 16:3, 16:21, 19:21, 19:22, 21:6, 22:18, 24:10, 24:11, 27:23, 30:19, 31:21, 35:12, 35:14, 35:15
**FAYARD**...................
.........................[1] - 3:9
**federal** [28] - 11:19, 11:21, 12:3, 13:7, 13:24, 14:9, 14:10, 14:13, 14:15, 14:19, 15:3, 15:9, 15:10, 15:13, 15:18, 15:19, 15:20, 18:2, 21:9, 23:3, 24:5, 25:3, 25:11, 25:13, 28:4, 32:6, 34:8, 34:9
**fee** [1] - 12:5
**fees** [3] - 7:23, 19:9, 23:22
**few** [1] - 19:11
**Fifth** [2] - 14:7, 25:3
**file** [2] - 22:23, 36:15

**filed** [5] - 6:22, 6:23, 19:24, 22:24, 23:8
**filing** [2] - 14:15, 17:23
**final** [11] - 10:25, 11:3, 11:6, 11:8, 11:10, 11:11, 12:14, 13:13, 15:7, 31:14
**finally** [1] - 20:20
**finish** [1] - 11:7
**finished** [1] - 28:7
**firm** [2] - 24:24, 31:3
**first** [8] - 7:2, 7:7, 8:6, 17:21, 21:7, 21:8, 22:1, 24:14
**five** [2] - 23:18, 30:18
**FL** [1] - 2:5
**FLOOR** [1] - 2:13
**FLORIDA** [1] - 2:2
**folks** [2] - 36:10, 36:21
**follow** [1] - 14:3
**FOR** [3] - 1:18, 2:7, 2:11
**for-profit** [1] - 17:3
**foregoing** [1] - 37:7
**forget** [1] - 11:3
**forth** [5] - 9:17, 10:2, 13:22, 15:20, 30:9
**forum** [1] - 15:3
**forward** [1] - 20:5
**Foti** [1] - 24:25
**fought** [1] - 25:3
**four** [1] - 9:15
**frankly** [1] - 19:22
**FRED** [15] - 1:21, 1:21, 3:11, 3:15, 3:17, 27:20, 27:23, 28:2, 29:14, 32:11, 32:14, 33:4, 33:9, 35:2, 36:2
**Fred** [6] - 4:16, 4:21, 23:25, 27:20, 33:5, 36:2
**Freddie** [1] - 28:1
**front** [2] - 21:1, 21:2
**frustrated** [1] - 16:17

**G**

**general** [2] - 15:3, 29:7
**General** [1] - 24:25
**General's** [1] - 26:11
**generally** [2] - 14:20, 34:9
**global** [19] - 12:4, 13:23, 18:12, 18:16, 18:24, 19:19, 25:17, 26:25, 27:2, 27:12,

27:18, 28:10, 28:22, 28:23, 29:10, 30:8, 31:13, 32:5, 36:17
**globally** [3] - 20:5, 28:15, 30:17
**grant** [2] - 17:13, 34:11
**granted** [2] - 7:19, 7:20
**Gretna** [2] - 28:6, 36:13
**group** [4] - 26:10, 27:11, 28:4, 28:19
**guess** [7] - 4:18, 6:14, 6:17, 8:7, 21:8, 26:21, 35:3
**guys** [1] - 21:24

## H

**half** [3] - 18:19, 24:7, 28:21
**handle** [2] - 6:21, 35:24
**handling** [1] - 6:25
**happy** [6] - 14:14, 21:3, 21:19, 21:21, 24:8, 33:5
**hard** [3] - 8:8, 11:12, 34:20
**hardly** [1] - 5:10
**havoc** [1] - 17:9
**head** [1] - 17:17
**hear** [13] - 4:11, 5:10, 5:12, 5:17, 5:19, 5:22, 5:24, 5:25, 17:14, 21:5, 27:21, 30:1, 36:5
**HEARD** [1] - 1:14
**heard** [3] - 27:23, 29:25, 33:21
**hearing** [5] - 27:11, 27:22, 32:10, 34:25, 36:6
**help** [2] - 31:20, 33:5
**hereby** [1] - 37:6
**Herman** [17] - 4:14, 4:16, 4:21, 5:2, 5:3, 17:16, 21:18, 27:3, 27:11, 27:12, 27:20, 29:11, 29:12, 29:15, 31:5, 33:5, 36:2
**HERMAN** [22] - 1:18, 1:19, 1:21, 1:21, 4:15, 4:19, 4:23, 5:1, 17:16, 18:16, 21:18, 27:20, 27:23, 28:2, 29:14, 32:11, 32:14, 33:4, 33:9, 35:2,

36:2
**HERMAN**..................
................. [1] - 3:7
**HERMAN**..................
.................... [3] -
3:11, 3:15, 3:17
**Hermans** [1] - 27:22
**himself** [1] - 26:12
**history** [1] - 18:9
**hit** [1] - 17:17
**holding** [1] - 12:13
**Home** [25] - 6:6, 6:13, 7:6, 7:7, 7:21, 8:10, 8:13, 9:24, 12:10, 13:8, 19:1, 20:9, 20:11, 21:1, 24:22, 24:24, 25:1, 25:14, 26:1, 26:10, 30:12, 31:13, 34:1, 34:4, 35:22
**homeowners** [1] - 29:20
**HONEYCUTT** [1] - 2:1
**Honor** [53] - 4:8, 4:15, 4:19, 4:23, 5:1, 5:5, 5:9, 5:12, 6:4, 7:9, 7:12, 7:24, 8:13, 8:24, 9:23, 10:15, 10:16, 11:5, 12:1, 12:3, 12:14, 12:24, 13:8, 13:21, 16:17, 17:2, 17:16, 17:17, 18:17, 19:17, 20:10, 20:20, 21:8, 21:18, 22:16, 24:9, 29:14, 29:24, 30:2, 30:13, 30:15, 30:23, 31:21, 32:11, 33:4, 33:10, 33:17, 33:18, 35:8, 35:11, 35:13, 35:17, 36:18
**HONORABLE** [1] - 1:14
**hope** [5] - 22:11, 22:19, 23:1, 27:5, 31:23
**HUBBARD** [1] - 2:7
**Hubbard's** [1] - 25:21

## I

**identical** [1] - 6:23
**identify** [2] - 8:2, 8:5
**III** [1] - 2:13
**impede** [2] - 26:14, 27:5
**impediment** [1] - 22:15
**impeding** [1] - 34:21

**importantly** [1] - 23:20
**impression** [1] - 34:6
**IN** [2] - 1:8, 4:4
**incidentally** [1] - 18:11
**include** [4] - 26:15, 27:18, 28:22, 30:18
**included** [1] - 28:19
**includes** [2] - 8:14, 9:14
**including** [1] - 23:20
**incorrect** [1] - 9:12
**indicate** [1] - 13:7
**indicated** [1] - 20:10
**indicates** [1] - 15:24
**individual** [3] - 22:8, 23:5, 27:1
**industry** [5] - 25:8, 25:15, 25:18, 25:23, 30:21
**initial** [1] - 20:15
**initiate** [2] - 8:18, 20:18
**Injunction** [7] - 11:12, 11:18, 13:4, 13:12, 17:12, 32:2, 34:8
**injunction** [21] - 13:20, 15:11, 20:1, 21:12, 21:13, 21:20, 22:3, 22:13, 26:3, 27:6, 27:8, 28:6, 32:20, 32:24, 33:13, 34:11, 34:25, 35:19, 35:20, 36:5
**insofar** [1] - 33:25
**instead** [1] - 22:2
**insupportable** [1] - 12:17
**Insurance** [2] - 6:12, 20:25
**INSURANCE** [3] - 1:6, 1:10, 2:12
**insurance** [12] - 6:14, 6:15, 9:20, 10:5, 17:3, 18:25, 22:25, 24:19, 25:8, 25:15, 25:18, 30:21
**insured** [1] - 7:19
**insurer's** [2] - 7:19, 7:21
**intend** [2] - 18:15, 31:15
**intent** [1] - 24:3
**interested** [1] - 27:17
**interesting** [2] - 10:9, 29:1
**interestingly** [1] - 14:18
**interfering** [1] - 26:16
**international** [1] -

17:3
**invitation** [1] - 25:22
**invite** [1] - 32:12
**invited** [3] - 16:23, 16:25, 32:13
**invocation** [1] - 14:20
**involve** [1] - 26:1
**involved** [4] - 14:22, 14:23, 31:3, 36:8
**ire** [1] - 31:18
**issue** [20] - 6:10, 10:13, 10:14, 13:4, 13:13, 13:17, 13:20, 15:15, 17:21, 18:5, 21:8, 24:23, 25:1, 27:3, 28:8, 32:23, 33:20, 34:3, 34:18, 35:24
**issued** [5] - 7:15, 13:18, 14:12, 32:20, 32:24
**issues** [6] - 9:9, 13:23, 17:18, 25:7, 33:15, 33:16
**issuing** [2] - 15:10, 35:20

## J

**JDC** [3] - 4:20, 8:12, 22:19
**Jefferson** [1] - 13:15
**Joe** [2] - 5:9, 26:22
**jointly** [2] - 27:13, 27:15
**JOSEPH** [1] - 1:24
**Joseph** [1] - 21:7
**JR** [1] - 2:1
**JUDGE** [1] - 1:15
**judge** [8] - 13:6, 15:12, 15:22, 16:11, 24:11, 27:20, 31:3, 36:2
**Judge** [40] - 5:17, 6:9, 6:10, 6:13, 6:21, 7:5, 7:18, 8:11, 8:21, 9:2, 11:2, 13:12, 13:19, 16:22, 20:3, 20:12, 20:23, 21:22, 21:25, 22:11, 22:14, 23:11, 24:16, 24:19, 24:21, 25:7, 26:18, 27:15, 28:2, 28:9, 32:8, 32:10, 32:20, 32:25, 33:1, 34:1, 34:7, 34:20, 35:23, 36:11
**judge's** [1] - 9:12
**judges** [1] - 6:25
**judgment** [21] - 10:25,

11:3, 11:5, 11:8, 11:10, 11:19, 12:13, 12:15, 12:17, 12:21, 13:2, 13:13, 13:15, 13:17, 14:21, 15:5, 15:6, 15:8, 20:18, 34:17
**judgments** [3] - 14:22, 14:23, 34:14
**jurisdiction** [17] - 10:22, 15:14, 17:12, 18:1, 20:9, 20:11, 23:3, 24:7, 32:1, 32:2, 32:7, 32:9, 33:22, 34:14, 34:19, 34:21
**jurisdictional** [4] - 12:7, 17:19, 17:21, 18:5
**justified** [1] - 17:13
**justify** [1] - 33:20

## K

**KATRINA** [1] - 1:8
**Katrina** [7] - 6:16, 6:18, 13:9, 23:9, 24:18, 24:21, 31:13
**KATZ** [1] - 1:18
**keep** [1] - 24:3
**kind** [5] - 10:9, 12:6, 14:16, 15:17, 28:3
**knowledge** [1] - 30:11

## L

**LA** [8] - 1:20, 1:22, 1:25, 2:2, 2:9, 2:14, 2:18, 10:4
**language** [1] - 22:12
**large** [1] - 10:25
**larger** [1] - 10:21
**last** [3] - 16:19, 28:9, 30:4
**LAW** [3] - 1:21, 2:4, 35:14
**law** [4] - 10:16, 13:15, 14:3, 34:6
**lawsuit** [2] - 14:15, 25:6
**lawsuits** [1] - 23:18
**lawyers** [6] - 19:5, 19:8, 26:18, 29:4, 31:6, 31:23
**lead** [1] - 4:8
**leading** [1] - 31:22
**least** [4] - 10:25, 14:11, 23:24, 27:6
**led** [1] - 16:21

**left** [1] - 8:11
**legal** [1] - 33:15
**legislative** [2] - 19:12, 19:16
**liability** [2] - 13:2, 15:16
**liaison** [8] - 5:6, 5:8, 7:10, 12:9, 22:22, 24:18, 24:20, 30:20
**LIFE** [1] - 2:8
**light** [1] - 24:15
**limited** [2] - 9:13, 12:2
**Limited** [1] - 9:24
**line** [4] - 5:21, 9:25, 12:18, 15:23
**Line** [1] - 9:25
**list** [1] - 29:3
**listen** [1] - 30:6
**listening** [1] - 30:22
**litigant** [1] - 13:7
**litigate** [3] - 19:9, 19:17, 19:18
**litigated** [1] - 15:19
**litigating** [2] - 28:8, 28:24
**litigation** [12] - 6:9, 6:11, 8:8, 13:12, 15:16, 16:1, 16:18, 16:22, 24:21, 25:1, 29:4, 30:12
**Litigation** [3] - 6:16, 6:18, 14:6
**LITIGATION** [1] - 1:8
**locations** [1] - 23:18
**looking** [1] - 22:3
**looks** [1] - 7:17
**lose** [1] - 35:6
**lost** [1] - 35:15
**louder** [1] - 6:1
**LOUISIANA** [4] - 1:1, 1:4, 1:5, 2:11
**Louisiana** [20] - 6:5, 6:12, 7:12, 7:13, 8:25, 10:9, 19:1, 21:9, 21:14, 22:25, 23:3, 23:5, 23:6, 23:10, 23:19, 24:5, 24:15, 28:4, 37:6
**love** [1] - 28:10
**LUGENBUHL** [1] - 2:7

### M

**mailed** [1] - 22:8
**maintain** [2] - 8:24, 9:2
**maintaining** [1] - 24:4
**MAITLAND** [1] - 2:5
**major** [1] - 25:19

**management** [1] - 16:1
**March** [1] - 7:18
**master** [3] - 22:23, 23:7, 30:12
**matter** [1] - 6:16, 6:18, 6:25, 10:18, 10:22, 20:10, 24:19, 30:17, 31:10, 31:13, 37:9
**matters** [6] - 12:6, 24:19, 25:10, 26:8, 30:4, 34:22
**Mauterer** [2] - 4:16, 4:20
**MAY** [2] - 1:5, 4:3
**McMinn** [14] - 2:3, 6:2, 6:4, 6:7, 7:24, 8:1, 16:4, 30:1, 30:2, 33:18, 35:9
**MCMINN....................**
**........................** [1] - 3:12
**MDL** [1] - 14:10
**mean** [4] - 12:21, 27:4, 31:19, 32:21
**meaning** [1] - 14:19
**meantime** [1] - 12:25
**MECHANICAL** [1] - 2:20
**mechanically** [1] - 12:18
**mediation** [1] - 29:6
**member** [1] - 22:6
**members** [2] - 18:2, 22:6
**mention** [1] - 21:15
**Merit** [1] - 37:4
**message** [1] - 26:21
**Messrs** [1] - 16:3
**might** [2] - 3:2, 35:14, 36:11
**Miller** [1] - 14:22
**million** [1] - 11:3
**mind** [2] - 19:7, 35:6
**mine** [1] - 29:23
**minute** [1] - 11:7, 29:11
**minutes** [1] - 30:5
**misunderstanding** [1] - 31:16
**model** [1] - 30:20
**MONDAY** [2] - 1:5, 4:3
**money** [1] - 28:20
**monies** [1] - 20:16
**month** [1] - 35:1
**months** [4] - 18:18, 25:20, 28:11, 32:9
**most** [6] - 14:7, 14:10, 15:1, 16:4, 23:20,

31:4
**motion** [14] - 6:22, 7:13, 7:21, 9:5, 17:19, 19:24, 33:11, 33:13, 34:24, 35:19, 36:3, 36:5, 36:6
**motions** [1] - 7:20
**movant** [1] - 7:13
**moved** [1] - 5:14
**movers** [1] - 9:5
**MR** [89] - 3:6, 3:7, 3:8, 3:9, 3:11, 3:12, 3:13, 3:14, 3:15, 3:17, 4:8, 4:13, 4:15, 4:19, 4:23, 5:1, 5:5, 5:9, 5:12, 5:14, 5:17, 5:20, 6:4, 6:7, 7:9, 7:12, 7:24, 8:1, 8:13, 8:21, 8:24, 9:6, 9:11, 9:23, 10:12, 10:15, 11:5, 11:9, 12:1, 12:14, 12:24, 13:6, 13:11, 13:21, 15:12, 15:22, 16:11, 16:16, 17:6, 17:16, 18:15, 18:16, 21:7, 21:13, 21:18, 22:11, 22:15, 22:19, 24:11, 24:14, 24:18, 25:15, 27:20, 27:23, 27:25, 28:2, 29:14, 29:24, 30:2, 30:15, 30:23, 31:1, 31:3, 32:11, 32:14, 33:4, 33:9, 33:10, 33:17, 33:18, 35:2, 35:8, 35:9, 35:11, 35:13, 35:17, 36:2, 36:18, 36:20
**multidistrict** [1] - 14:24
**my/our** [2] - 9:18, 10:3

### N

**nail** [1] - 17:17
**narrow** [1] - 8:17
**native** [1] - 34:14
**necessarily** [1] - 15:7
**necessary** [5] - 15:25, 20:4, 20:7, 34:13, 34:19
**need** [12] - 7:4, 17:6, 17:22, 18:12, 19:19, 22:21, 27:25, 29:21, 29:22, 30:6, 31:24
**needed** [2] - 18:16, 18:23, 18:24
**needs** [2] - 8:4, 18:4
**negotiate** [2] - 12:10,

26:3
**negotiations** [11] - 16:2, 16:21, 18:22, 20:2, 25:17, 25:20, 26:5, 27:9, 31:4, 31:19, 31:23
**NEW** [6] - 1:5, 1:20, 1:22, 1:25, 2:9, 2:18
**New** [1] - 18:20
**new** [1] - 14:15
**NO** [2] - 1:4, 1:9
**nobody** [1] - 34:13
**noise** [1] - 27:14
**none** [1] - 13:18
**nose** [2] - 29:22
**note** [1] - 10:16
**nothing** [2] - 20:8, 32:17
**notice** [1] - 22:8
**notified** [1] - 16:24
**notion** [1] - 29:1
**number** [1] - 7:16
**Number** [2] - 6:12, 33:24
**numbered** [1] - 37:9
**numerous** [1] - 23:5

### O

**O'KEEFE** [1] - 1:19
**objected** [1] - 36:7
**objection** [2] - 24:1, 27:16
**objects** [1] - 27:11
**obviously** [5] - 10:22, 22:19, 23:21, 28:3, 32:1
**occur** [1] - 36:9
**occurred** [2] - 7:4, 14:9
**OF** [3] - 1:1, 1:14, 1:21
**offensive** [1] - 18:8
**office** [2] - 4:21, 26:11
**OFFICE** [1] - 2:14
**OFFICES** [1] - 1:21
**Official** [2] - 37:5, 37:14
**OFFICIAL** [1] - 2:17
**often** [1] - 31:5
**once** [3] - 15:5, 18:22, 36:15
**one** [19] - 4:22, 6:23, 7:20, 9:4, 9:15, 10:14, 14:5, 17:19, 18:22, 18:24, 21:23, 23:9, 26:21, 27:10, 27:11, 27:21, 30:18, 34:15, 34:16
**ONE** [1] - 2:13

**ones** [1] - 16:15
**ongoing** [3] - 16:2, 16:20, 29:1
**opportunity** [7] - 12:4, 12:8, 12:25, 13:11, 13:22, 17:25, 26:23
**opposing** [1] - 18:6, 19:25
**opposite** [2] - 11:22, 19:15
**opposition** [1] - 23:2
**opt** [3] - 21:16, 22:9, 23:13
**opt-outs** [1] - 21:16
**opted** [2] - 21:10, 22:9
**Orange** [3] - 15:16, 15:18, 15:24
**order** [16] - 6:22, 7:16, 7:17, 11:19, 13:18, 13:22, 14:19, 15:7, 15:8, 20:23, 33:6, 33:12, 33:21, 34:7, 34:17, 35:25
**ordered** [1] - 22:23
**orderly** [2] - 33:19, 35:20
**orders** [2] - 14:12, 15:25
**original** [1] - 23:7
**originally** [1] - 6:9
**Orleans** [1] - 18:20
**ORLEANS** [6] - 1:5, 1:20, 1:22, 1:25, 2:9, 2:18
**Orrill** [6] - 18:14, 28:17, 28:24, 31:10, 31:14, 31:16
**Oubre** [18] - 4:17, 8:16, 8:17, 10:18, 12:12, 13:15, 16:9, 20:6, 20:15, 20:25, 21:10, 22:6, 22:8, 27:18, 28:16, 28:22, 31:16, 31:17
**outright** [1] - 26:19
**outs** [1] - 21:16
**outside** [1] - 29:7
**overall** [1] - 24:20
**overarching** [1] - 34:5
**overemotional** [1] - 18:8
**overlap** [1] - 8:9
**overly** [1] - 22:1
**overreaching** [1] - 30:16
**owed** [1] - 20:16
**own** [1] - 28:7

## P

**P.M** [1] - 1:5
**p.m** [1] - 36:22
**PAGE** [1] - 3:3
**paid** [1] - 28:21
**PAN** [1] - 2:8
**PAN-AMERICAN** [1] -
2:8
**paragraph** [2] - 9:15,
9:25
**Paragraph** [1] - 9:25
**Parish** [1] - 13:15
**part** [7] - 6:11, 6:15,
7:19, 8:22, 27:11,
31:17
**participate** [2] - 16:25,
25:23
**parties** [2] - 27:16,
27:17
**partner** [1] - 10:16
**party** [3] - 4:25, 10:10,
32:12
**past** [1] - 24:7
**pay** [2] - 19:8, 23:21
**PECK** [1] - 2:7
**penalties** [5] - 9:14,
9:19, 10:4, 20:17,
23:22
**penalty** [6] - 8:14,
12:4, 12:19, 16:6,
20:12, 29:19
**pending** [9] - 11:2,
13:23, 16:9, 17:20,
21:8, 23:4, 23:10,
34:22, 34:24
**people** [4] - 24:7,
12:19, 18:21, 23:12,
26:24, 28:11
**PEPPER** [1] - 2:17
**Pepper** [3] - 37:3,
37:12, 37:13
**percent** [1] - 9:8
**period** [1] - 28:13
**permit** [1] - 16:5
**person** [2] - 23:18,
28:9
**personal** [1] - 22:15
**personally** [2] - 22:24,
33:8
**personam** [1] - 15:4
**PERTAINS** [1] - 1:10
**pertains** [1] - 6:19
**phone** [5] - 5:14, 5:21,
26:12, 27:14, 33:2
**phonetically** [1] - 19:7
**physical** [2] - 9:18,
10:3
**piece** [1] - 28:15

**piecemeal** [3] - 16:18,
27:1, 31:9
**piecemealed** [1] -
16:13
**piecemealing** [1] -
16:12
**PLACE** [1] - 2:13
**place** [1] - 22:1
**plain** [1] - 22:12
**plainly** [1] - 28:6
**plaintiff** [1] - 19:8
**plaintiffs** [5] - 4:17,
5:7, 14:25, 25:10,
27:18
**PLAINTIFFS** [1] - 1:18
**play** [4] - 11:13, 11:19,
13:13, 15:5
**players** [1] - 25:19
**playing** [1] - 7:3
**plus** [1] - 16:14
**point** [3] - 10:14,
17:22, 18:11
**pointed** [1] - 14:18
**points** [1] - 17:19
**policy** [1] - 20:17
**Polozola** [1] - 20:23
**portion** [1] - 10:25
**portions** [2] - 9:18,
10:3
**portray** [1] - 26:21
**position** [5] - 9:3,
24:8, 26:7, 26:8,
30:11
**possible** [1] - 14:2
**possibly** [1] - 11:1
**POST** [1] - 2:14
**post** [3] - 12:16,
19:13, 23:9
**post-Katrina** [1] - 23:9
**power** [1] - 16:5
**POYDRAS** [2] - 2:9,
2:18
**precludes** [1] - 34:9
**preference** [2] - 9:17,
10:2
**preliminarily** [1] -
14:12
**preliminary** [7] - 20:1,
21:19, 33:13, 34:24,
35:19, 36:3, 36:5
**prepared** [2] - 12:16,
12:24
**prerequisite** [1] -
14:20
**present** [1] - 17:18
**presented** [2] - 9:9,
12:8
**presently** [1] - 34:22
**preserve** [1] - 24:25

**pretty** [1] - 16:13
**prevent** [3] - 11:13,
32:16, 32:17
**previously** [2] - 7:5,
18:3
**principal** [1] - 25:22
**priority** [2] - 9:17, 10:2
**problem** [3] - 10:21,
22:20, 31:9
**procedurally** [1] -
17:21
**proceed** [3] - 26:24,
26:25, 32:15
**proceeding** [2] - 20:2,
32:17, 32:18
**PROCEEDINGS** [3] -
1:14, 2:20, 4:1
**proceedings** [4] -
25:16, 34:11, 36:22,
37:8
**proceeds** [2] - 9:20,
10:5
**PRODUCED** [1] - 2:20
**products** [1] - 15:16
**Professional** [1] -
37:4
**profit** [1] - 17:3
**Program** [1] - 12:10
**progress** [1] - 26:14
**promptly** [1] - 25:2
**proof** [1] - 29:1
**properly** [1] - 24:4
**PROPERTY** [1] - 2:12
**prosecution** [1] - 15:3
**prospect** [1] - 16:3
**protect** [8] - 13:19,
13:21, 13:22, 15:10,
15:25, 17:6, 20:5,
34:14
**protected** [4] - 14:24,
31:11, 32:4, 34:18
**protecting** [2] - 15:10,
24:4
**protection** [5] - 12:2,
14:21, 17:9, 17:13,
31:25
**provisionally** [1] -
14:11
**provisions** [2] - 9:19,
10:4
**public** [2] - 17:7
**purpose** [1] - 12:2
**pursue** [1] - 8:8

## Q

**QUAYSIDE** [1] - 2:4
**questions** [6] - 7:2,
21:3, 21:23, 22:13,

23:10, 24:9
**quibble** [1] - 13:3
**quite** [2] - 6:10, 23:15
**quote** [2] - 15:11,
19:19
**quoting** [1] - 10:1

## R

**race** [1] - 32:3
**raise** [1] - 17:18
**ran** [1] - 15:21
**RANKIN** [1] - 2:7
**rather** [1] - 25:10
**Re** [1] - 6:17
**re** [3] - 13:9, 15:24,
31:13
**RE** [1] - 1:8
**reach** [2] - 16:18,
27:17
**reached** [3] - 19:4,
25:21, 25:23
**reaction** [1] - 20:15
**read** [7] - 9:8, 9:21,
10:16, 11:14, 14:3,
14:4, 17:25
**reading** [1] - 22:12
**real** [3] - 30:2, 31:23,
33:16
**really** [4] - 23:17, 30:5,
36:7, 36:14
**Realtime** [1] - 37:3
**reason** [6] - 9:12,
19:24, 20:4, 23:14,
34:3, 34:5
**reasons** [3] - 17:23,
33:23, 34:23
**recently** [4] - 6:11,
16:4, 16:19, 31:4
**recommendations** [1]
- 31:6
**recommended** [3] -
29:6, 29:7, 29:8
**record** [4] - 5:2, 6:8,
7:16, 37:8
**RECORDED** [1] - 2:20
**recovery** [4] - 9:17,
9:18, 10:2, 10:3
**referenced** [1] - 31:4
**refuse** [1] - 29:8
**regard** [2] - 30:6,
32:23
**Registered** [2] - 37:3,
37:4
**registry** [1] - 28:20
**rejected** [2] - 31:7,
31:8
**relate** [1] - 20:16
**related** [3] - 6:9, 9:18,

10:3
**relating** [2] - 9:20,
10:5
**relay** [1] - 30:20
**relitigation** [5] - 11:17,
14:21, 15:11, 15:13,
15:14
**rely** [1] - 14:8
**remaining** [2] - 11:1,
34:3
**remarks** [1] - 18:7
**remember** [1] - 20:14
**removed** [3] - 25:2,
25:14, 25:16
**rendered** [4] - 10:25,
11:2, 13:2, 15:9
**reply** [1] - 17:23
**reporter** [1] - 8:3
**REPORTER** [2] - 2:17,
7:25
**Reporter** [6] - 37:3,
37:4, 37:5, 37:14
**REPORTER'S** [1] -
37:1
**represent** [8] - 4:12,
4:17, 6:3, 6:4, 24:14,
24:17, 26:9, 31:17
**representations** [1] -
30:9
**represented** [1] -
26:10
**representing** [1] -
19:14
**represents** [2] - 5:4,
26:10
**request** [3] - 6:22,
33:11, 34:23
**residence** [2] - 9:19,
10:4
**resist** [2] - 10:6, 10:8
**resolution** [1] - 28:10
**resolve** [3] - 14:2,
29:21, 30:17
**resolving** [1] - 16:4,
31:24
**respect** [9] - 17:20,
18:6, 25:1, 25:7,
25:18, 25:23, 26:8,
26:9, 26:17
**respond** [3] - 7:8,
20:13, 30:24
**responding** [1] -
29:11
**response** [1] - 9:11
**rest** [3] - 6:15, 25:22,
35:25
**restraining** [3] - 6:22,
33:12, 33:21
**result** [2] - 7:14, 31:19
**rights** [2] - 24:4, 25:1

Risk [1] - 20:8
RMR [2] - 2:17, 37:13
Road [25] - 6:6, 6:13,
7:6, 7:7, 7:21, 8:10,
8:13, 9:24, 12:10,
13:8, 19:1, 20:9,
20:11, 21:1, 24:22,
24:24, 25:1, 25:14,
26:1, 26:10, 30:12,
31:13, 34:1, 34:4,
35:22
Rob [1] - 25:21
ROLFS [35] - 2:13,
4:8, 4:13, 7:12, 8:13,
8:21, 8:24, 9:6, 9:11,
9:23, 10:12, 10:15,
11:5, 11:9, 12:1,
12:14, 12:24, 13:6,
13:11, 13:21, 15:12,
15:22, 16:11, 16:16,
17:6, 18:15, 29:24,
30:23, 31:1, 31:3,
33:17, 35:8, 35:11,
36:18, 36:20
Rolfs [14] - 4:9, 4:12,
7:11, 8:6, 8:13,
13:25, 20:13, 29:24,
30:23, 30:24, 34:17,
35:4, 35:10, 36:17
ROLFS.....................
.....................[2] -
3:6, 3:14
roll [2] - 19:10, 31:15
ROOM [1] - 2:18
ROUGE [1] - 2:14
RS [1] - 10:5
rule [2] - 9:9, 15:3
ruled [2] - 9:5, 20:3
ruling [7] - 9:2, 9:7,
9:8, 9:12, 33:12,
34:2
run [1] - 14:14
running [3] - 11:21,
14:14, 36:13
Russ [1] - 5:3

**S**

s/Cathy [1] - 37:12
SACHSE [1] - 2:12
sanction [1] - 31:12
sanctions [2] - 12:3,
17:10, 31:25
sat [1] - 28:8
Saturday [1] - 17:24
scheduled [1] - 34:25
Schmeeckle [4] - 5:4,
5:5, 7:9, 30:14
SCHMEECKLE [4] -

2:8, 5:5, 7:9, 30:15
SCHMEECKLE.........
..............................
[1] - 3:13
seat [2] - 26:15, 29:16
Second [1] - 18:18
second [2] - 9:25,
22:22
see [14] - 5:19, 6:24,
7:14, 8:4, 9:15, 9:16,
14:3, 18:11, 19:20,
20:3, 27:2, 28:10,
30:6, 33:15
seeing [2] - 11:12,
34:20
seeking [1] - 7:21
seem [1] - 24:23
sense [3] - 6:24,
12:15, 13:13
sent [1] - 7:6
sentence [2] - 9:16,
10:1
separate [1] - 20:17
separately [1] - 6:10
serious [2] - 16:2,
16:21
service [1] - 17:7
set [3] - 9:17, 10:2,
36:5
Seth [2] - 5:5, 7:9
SETH [1] - 2:8
settle [8] - 16:8, 18:19,
19:8, 19:16, 19:18,
22:5, 26:19, 36:14
settled [2] - 18:10,
24:5
settlement [30] - 8:19,
12:4, 13:23, 15:20,
16:2, 16:20, 18:13,
18:17, 19:1, 19:4,
19:19, 20:2, 25:17,
26:5, 26:25, 27:2,
27:9, 27:12, 27:18,
28:22, 29:10, 30:8,
30:17, 31:4, 31:15,
31:18, 31:23, 32:6,
36:8, 36:17
settlements [3] -
14:13, 14:25, 27:1
Shall [1] - 4:8
shall [2] - 9:17, 10:2
shot [1] - 29:5
shows [1] - 13:15
side [1] - 17:14
signed [2] - 7:18,
20:23
simple [1] - 24:23
simply [1] - 9:11
simultaneous [1] -
15:4

sit [5] - 18:20, 27:17,
29:9, 36:14, 36:16
sitting [2] - 8:4, 28:20
situation [1] - 10:21
six [1] - 23:18
skipped [1] - 18:19
slow [1] - 29:3
so-called [1] - 6:13,
6:19, 35:23
solution [1] - 27:13
solutions [1] - 28:12
someone [1] - 11:20,
35:7
sorry [4] - 5:20, 29:25,
31:1, 31:19
sort [3] - 11:20, 15:7,
35:20
sought [1] - 14:24
sound [2] - 33:2, 36:7
sounded [1] - 4:10
sounds [1] - 27:10
SOUTHWEST [1] - 2:2
SPEAKER [2] - 5:23,
5:24
SPEAKERS [1] - 3:3
speaking [6] - 4:24,
5:3, 7:25, 8:10, 21:7,
29:2
specifically [4] - 9:13,
9:14, 22:7, 30:3
speed [1] - 7:4
spelled [1] - 19:6
spoken [1] - 23:24
SPRINGS [1] - 2:2
stands [1] - 30:13
start [2] - 9:21, 22:19
started [1] - 25:18
State [16] - 6:4, 7:21,
8:7, 10:6, 10:9,
11:22, 11:25, 12:13,
15:24, 18:25, 20:24,
24:15, 25:19, 29:25,
30:3, 30:19
STATE [1] - 1:4
state [20] - 10:21,
11:20, 11:21, 14:15,
15:5, 15:11, 15:21,
16:14, 17:8, 17:10,
25:2, 25:4, 26:4,
26:7, 26:14, 26:17,
26:24, 27:8, 34:7,
34:12
State's [2] - 9:16, 10:1
States [3] - 34:11,
37:5, 37:15
STATES [2] - 1:1, 1:15
status [1] - 30:6
stay [2] - 25:4, 34:11
STENOGRAPHY [1] -
2:20

step [1] - 29:1
Stephen [3] - 5:2,
29:12, 29:15
STEPHEN [9] - 1:19,
3:7, 4:15, 4:19, 4:23,
5:1, 17:16, 18:16,
21:18
Steve [4] - 17:16,
21:18, 23:25, 27:3
Steven [1] - 4:16
stick [2] - 29:21, 29:22
still [13] - 6:14, 7:3,
8:25, 11:1, 12:15,
25:9, 26:17, 26:18,
28:24, 35:8, 35:9,
35:10, 36:16
stipulation [1] - 21:22
stop [1] - 36:12
STREET [4] - 1:22,
1:24, 2:9, 2:18
strike [2] - 19:21,
20:22
strong [1] - 23:2
strongly [1] - 10:7
subject [4] - 11:8,
13:14, 20:10, 32:24
submit [1] - 16:6
subrogated [1] -
10:10
subrogation [3] -
9:13, 20:14, 20:19
Subrogation [1] - 9:24
subsumed [1] - 23:7
suggest [1] - 21:21
suggestion [3] - 23:2,
24:6, 29:12
SUITE [3] - 1:22, 2:4,
2:9
Sullivan [13] - 8:11,
11:2, 20:3, 21:22,
21:25, 22:14, 27:15,
32:20, 32:25, 33:1,
34:7, 34:20, 36:11
sum [1] - 24:8
supplemental [1] -
22:23
supposed [1] - 19:4
suspense [2] - 12:16,
28:25
system [1] - 13:24

**T**

table [3] - 18:21,
26:15, 29:16
talks [1] - 22:4
team [2] - 35:16, 36:8
technical [1] - 21:16
technicality [1] - 9:4

TELEPHONE [1] - 4:4
temporary [3] - 6:22,
33:12, 33:20
tents [1] - 29:22
terms [2] - 25:23, 28:7
test [1] - 12:18
THE [77] - 1:14, 1:18,
2:7, 3:5, 3:10, 3:16,
4:7, 4:10, 4:14, 4:17,
4:22, 4:24, 5:2, 5:7,
5:10, 5:13, 5:15,
5:18, 5:22, 5:25, 6:6,
6:8, 7:14, 7:25, 8:2,
8:16, 8:22, 9:1, 9:7,
9:21, 10:8, 10:13,
10:19, 11:7, 11:10,
12:12, 12:20, 13:1,
13:10, 13:17, 13:25,
15:17, 16:8, 16:13,
17:5, 17:14, 21:5,
21:11, 21:17, 21:23,
22:12, 22:17, 24:10,
24:13, 24:17, 25:13,
27:10, 27:22, 29:11,
30:1, 30:14, 30:24,
31:2, 32:13, 32:16,
33:7, 33:11, 33:19,
35:3, 35:10, 35:12,
35:14, 35:15, 35:18,
36:4, 36:19, 36:21
therein [1] - 16:2
they've [7] - 10:24,
14:12, 18:10, 20:1,
28:17, 29:4, 29:5
thinking [1] - 18:21
thousands [2] - 11:4,
29:20
three [4] - 9:15, 18:21,
24:7, 34:15
thrown [1] - 27:7
TO [1] - 1:10
to/for [1] - 10:1
today [3] - 10:14, 25:5,
32:13
together [4] - 27:1,
28:12, 28:14, 36:11
totally [1] - 13:3
track [1] - 16:24
transcript [1] - 37:7
TRANSCRIPT [2] -
1:14, 2:20
transferred [1] - 6:11
Travelers [3] - 25:21,
25:24, 30:18
trial [1] - 11:11
trick [1] - 18:10
tried [2] - 18:10, 18:25
TRO [3] - 34:4, 34:6,
34:23
true [3] - 16:16, 31:11,

37:7

**try** [9] - 5:18, 5:20, 14:14, 19:13, 26:19, 27:17, 32:20, 36:14, 36:16

**Try** [1] - 5:18

**trying** [15] - 7:3, 10:16, 11:20, 11:24, 12:1, 13:19, 13:21, 13:22, 14:1, 15:9, 18:7, 18:11, 21:25, 25:16, 36:12

**turn** [1] - 24:12

**twice** [1] - 18:10

**two** [7] - 6:24, 9:15, 9:16, 18:18, 23:9, 27:22, 36:14

**two-year** [1] - 23:9

**type** [1] - 26:4

## U

**umbrella** [3] - 6:14, 6:15, 6:17

**uncomfortable** [2] - 21:15, 23:15

**under** [10] - 7:23, 9:14, 9:19, 10:4, 13:12, 18:2, 20:8, 20:15, 20:16, 20:18

**underlying** [2] - 12:6, 23:21

**undermine** [1] - 13:3

**UNIDENTIFIED** [2] - 5:23, 5:24

**United** [3] - 34:11, 37:5, 37:15

**UNITED** [2] - 1:1, 1:15

**unless** [1] - 36:12

**unquote** [1] - 19:19

**unusual** [1] - 31:8

**up** [7] - 6:1, 7:3, 10:23, 23:16, 23:17, 33:23

**US** [1] - 28:15

## V

**vacation** [1] - 18:19

**various** [3] - 7:19, 25:7, 30:10

**venue** [1] - 32:7

**versus** [1] - 6:12

**VIA** [1] - 4:4

**violated** [1] - 20:1

**virtually** [1] - 6:23

## W

**wait** [3] - 9:21, 11:7, 29:11

**wants** [2] - 17:15, 36:14

**weeks** [2] - 16:19, 19:11

**whatsoever** [2] - 22:5, 24:1

**WHEATON** [1] - 2:7

**WHEREUPON** [1] - 36:22

**white** [1] - 12:18

**whole** [4] - 14:2, 24:17, 25:8, 35:3

**Wiley** [1] - 4:16

**willing** [1] - 25:25

**WILSON** [1] - 2:12

**wind** [1] - 23:21

**wish** [1] - 26:6

**words** [1] - 20:14

**wreak** [1] - 17:9

**Wright** [1] - 14:22

## Y

**year** [1] - 23:9

**years** [1] - 24:7

**yourself** [1] - 8:3