# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO SEVERED MASS | * | SECTION K (2) |
| JOINDER CASES | * | |
| | * | |
| Severed from Ailes 06-7822 | * | |
| | * | |
| GEORGIA A. VILLERE | * | CIVIL ACTION NO. 07-1589 |
| | * | |
| VERSUS | * | |
| | * | SECTION   K (2) |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | |

******************************************

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered

cause is hereby dismissed with full prejudice, each party to bear their own costs.

Judgment read, rendered and signed in ___New Orleans___, Louisiana this __18th__ day of

_____June_____, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT