UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:  *Robinson*<br>(No. 06-2268) | |

**PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE A POST TRIAL BRIEF EXCEEDING ONE HUNDRED AND TWENTY-FIVE PAGES IN LENGTH**

Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz, who move for leave to file excess pages than previously specified by the Court in its May 14, 2009 Minute Entry (Rec. Doc. 18842), for the following reasons:

1. By Minute Entry dated May 14, 2009 (Rec. Doc. 18842), the Court specified that the Plaintiffs' Post-Trial Memorandum shall be filed by June 18, 2009, with the brief limited to 125 pages. Incorporated into this minute entry were a number of "questions and/or comments" propounded by the Court. Additionally, the Court propounded an additional comment by Order dated May 21, 2009.  (Rec. Doc. 18863).

2. Plaintiffs have endeavored to effectively incorporate the thousands of pages of trial testimony transcript, as well as the thousands of exhibits, into a pithy, cogent argument. However, despite substantial editing, the memorandum still exceeds the page limit allowed by the Court.

3. The Post-Trial Memorandum includes numerous cites to direct testimony and exhibits, and is heavily footnoted, for ease of review.

1

4.  The memorandum does not greatly exceed the specified page limit.

5.  Plaintiffs aver that substantial injustice would result should the entirety of their argument not be considered by the Court.

Accordingly, the Plaintiffs pray that the Court will grant its *Ex Parte* Motion For Leave to file a Post Trial Brief not to exceed 145 pages. Pursuant to Local Rule 7.3E, a Proposed Order is provided.

Dated: June 18, 2009                                    Respectfully submitted,

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell

Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298

**Law Offices of Joseph M. Bruno**
By: s/ Joseph M. Bruno
Joseph M. Bruno (LSBA No. 3604)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

| | |
|---|---|
| **The Andry Law Firm, LLC**<br>By: s/ Jonathan B. Andry<br>Jonathan B. Andry (LSBA No. 20081)<br>610 Baronne Street<br>New Orleans, Louisiana 70113<br>Telephone: (504) 586-8899<br>Facsimile: (504) 585-1788 | **Domengeaux Wright Roy & Edwards LLC**<br>Bob F. Wright (LSBA No. 13691)<br>James P. Roy (LSBA No. 11511)<br>556 Jefferson Street, Suite 500<br>P.O. Box 3668<br>Lafayette, Louisiana 70502-3668<br>Telephone: (337) 233-3033<br>Facsimile: (337) 233-2796 |
| **Fayard & Honeycutt**<br>Calvin C. Fayard, Jr. (LSBA No. 5486)<br>Blayne Honeycutt (LSBA No. 18264) | **Girardi & Keese**<br>Thomas V. Girardi (*pro hac vice*)<br>1126 Wilshire Boulevard |

519 Florida Avenue, S.W.  
Denham Springs, Louisiana 70726  
Telephone: (225) 664-4193  
Facsimile: (225) 664-6925  

**Ranier, Gayle & Elliot, LLC**  
N. Frank Elliot III  
1419 Ryan Street  
Lake Charles, LA 70601  
Telephone: (337) 494-7171  
Facsimile: (337).494.7218  

**McKernan Law Firm**  
Joseph Jerry McKernan (LSBA No 10027)  
John Smith (LSBA No. 23308)  
8710 Jefferson Highway  
Baton Rouge, Louisiana 70809  
Telephone: (225) 926-1234  
Facsimile: (225) 926-1202  

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**  
Elwood C. Stevens, Jr.  (LSBA No. 12459)  
1205 Victor II Boulevard  
P.O. Box 2626  
Morgan City, Louisiana 70381  
Telephone: (985) 384-8611  
Facsimile: (985) 385-4861  

Los Angeles, CA 90017  
Telephone: (213) 489-5330  
Facsimile: (213) 481-1554  

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**  
Clay Mitchell (*pro hac vice*)  
Matt Schultz (*pro hac vice*)  
316 S. Baylen Street, Suite 600  
Pensacola, Florida 32502-5996  
Telephone: (850) 435-7140  
Facsimile: (850) 436-6123  

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**  
Gerald E. Meunier  (LSBA 9471)  
2800 Energy Centre  
1100 Poydras Street  
New Orleans, Louisiana 70163  
Telephone: (504) 522-2304  
Facsimile: (504) 528-9973  

**Cotchett, Pitre, Simon & McCarthy**  
Joseph W. Cotchett  (*pro hac vice*)  
840 Malcolm Road, Suite 200  
Burlingame, California 94010  
Telephone:  (650) 697-6000  
Facsimile:  (650) 697-0577

| | |
|---|---|
| **Law Office of Frank J. D'Amico, Jr. APLC** | **Robinson, Calcagnie & Robinson, Inc.** |
| Frank J. D'Amico, Jr. (LSBA No. 17519) | Mark Robinson (Cal State Bar No. 54426 |
| Richard M. Exnicios, Esq. (LSBA No. 25666) | 620 Newport Center Drive – 7th Floor |
| 622 Baronne Street | Newport Beach, CA 92660 |
| New Orleans, LA 70113 | 1-888-701-1288 |
| Telephone: (504) 525-9561 | |
| Fax: 504-525-9522 | |

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on June 18, 2009, I caused to be served **PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE A POST TRIAL BRIEF EXCEEDING ONE HUNDRED AND TWENTY-FIVE PAGES IN LENGTH**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell