# APPENDIX G

Exh. 131, Army Corps, *Greater New Orleans Hurricane and Storm Damage Risk Reduction System* (HSDRRS) 100-Year Level of Protection, June 13, 2008.

307. The presence of this type of surge reduction barrier during Hurricane Katrina would have prevented the significantly magnified surge from overtopping the LPV structures along both sides of the Reach 1/GIWW channel and the overtopping of the LPV structures along both sides of the IHNC, thereby averting the resulting catastrophic flooding of New Orleans East, the Lower 9th Ward, and portions of upper St. Bernard Parish.  Exh. 133, IHNC Surge Reduction Project Fact Sheet at pp. 1-2; Exh. 136, Draft Individual Environmental Report, Improved Protection on the Inner Harbor Navigation Canal, Orleans and St. Bernard Parishes, Louisiana, IER #11 Tier 2 Borgne, at pp. 52-53; Exh. 130 (Owen 30(b)(6) Depo. (Oct. 16, 2008)) at 77:9-78:7; 119:18-121:23; Exh. 138, Louisiana Coastal Area (LCA) Ecosystem Restoration, LA (General Investigations): Comprehensive Coastwide Ecosystem Restoration Feasibility Study, at p. 4, ¶ 1.1; Exh. 93, Kemp Supp. Decl. (Oct. 2008) at ¶21, Table 1; ¶¶22, 30, 30(b), 30(c).

**<u>Destruction of Wetlands</u>**

308.   Before and after the MR-GO's design and construction, there were feasible means to prevent the intrusion of saltwater into the Reach 2 channel and the adjoining Central Wetlands Unit and Golden Triangle and environs while at the same time allowing ship passage.  For example, a man-made saltwater barrier at Bayou La Loutre—a retractable gate—would have effectively replaced the natural barrier that was severed by the MR-GO construction. Alternatively, a lock could have been constructed at Bayou La Loutre Ridge.  Other technology for salinity control included inflatable barriers for deployment when there was no ship traffic. Exh. 96, Fitzgerald Expert Report (July 2008) at p. 2-13, fig. 2.18; p. 6-5; *see also* Exh. 95, Day/Shaffer Expert Report (July 2008) at pp. 23, 33-34, 36.

309.    Both before and after the MR-GO's opening, there were a number of feasible measures that could have been undertaken to prevent salinity intrusion into the Central Wetlands Unite and adjacent areas.  These salinity control measures would have prevented much of the vegetation loss, including the massive die off of bald cypress—water tupelo swamps because saltwater intrusion would have been significantly reduced.  Exh. 95, Day/Shaffer Expert Report (July 2008) at pp. 33-34, 36.

310.    Many of these salinity control measures were suggested both before and after the MR-GO's construction, but the Corps never implemented them at any time over 50 years.  Exh. 95, Day/Shaffer Expert Report (July 2008) at p. 33.

311.    In addition, saltwater intrusion into the Central Wetlands Unit could have been greatly reduced by placing water control structures (before cutting the Bayou La Loutre Ridge) in openings in the spoil banks between the MR-GO and the Central Wetlands Unit at Bayou Bienvenue and Bayou Dupre.  This was an easy and economical salinity prevention measure. Exh. 95, Day/Shaffer Expert Report (July 2008) at p. 34.

312.    In addition to feasible salinity control measures, there were proven methods for wetlands restoration—to revegetate trees killed by saltwater intrusion—that were known to the Army Corps during the MR-GO's lifetime.  Exh. 95, Day/Shaffer Expert Report (July 2008) at p. 33; Exh. 1989, Letter to John Breaux, U.S. Senate in response to letter dated 09/12/1994 concerning St. Bernard Parish Resolution SBPC #454-08-94 re: Closing the MRGO (NOP-018-000002658) (10/12/94).

313.    At the time of Katrina, the Corps was creating 300 acres of emergent wetlands near the MR-GO using dredged spoil materials.  Exh. 216, Letter from Don T. Riley to Peter Savoy, June 17, 2004.

314. In addition, wetlands preservation and restoration could have been readily accomplished by widespread fresh water introduction into the Central Wetlands Unit that would have buffered any saltwater intrusion and flushed out salt.  Sources of freshwater included the Violet diversion structure and variable operation of water control structures at Bayou Bienvenue and Bayou Dupre drainage pumps discharging surface runoff into the Central Wetlands Unit, and freshwater from treated, disinfected municipal effluent (waste water).  Exh. 95, Day/Shaffer Expert Report (July 2008) at pp. 35-36.

**Channel Bank Erosion**

315.   The massive widening of the Reach 2 channel through bank erosion was preventable at any time by armoring at its authorized or expanded width to protect the banks from predicted erosion from ship waves.  Exh. 95, Day/Shaffer Expert Report (July 2008) at p. 34.

316.   Before the MR-GO was constructed, the Corps knew that bank protection can be accomplished by several means, including riprap, rock dikes, armor stone, shell core, and articulated concrete mattresses.  Exh. 208, MRGO, PM-R Proposal for Gaining National Environmental Policy Act Compliance for the Operation and Maintenance Program (NOP-019-000000207) (4/11/05); Exh. 1990, Letter to Chief of Engineers, ENGCW-V from Major General Ellsworth I. Davis, USA, Division Engineer; Subject: Hurricane Protection – LPV – Chalmette Area (AFW-467-000003416) (3/21/66); Exh. 1991, MRGO Recon, Mile 23 to 27, Computation Sheet NED-167-000001330 (8/31/93).

317.   An additional benefit of armoring the Reach 2 bank lines is the fact that the approximately 250 meter area of drainage spoil between the channel bank and the toe of the LPV structures would have vegetated in salt-tolerant herbaceous plants, shrub-scrub and trees, similar