**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

## TRANSCRIPT ORDER

**District Court:** E___ D___ of L___ [Eastern District of Louisiana]

**District Court Docket Number:** 2-4182 [?]

**Short Case Title:** In Re: Katrina Canal Breaches Litigation

**Court Reporter:** Toni Tusa [?]

**Date Notice of Appeal Filed by Clerk of District Court:** 5-11-09

**Court of Appeals #:** ___

*[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA — FILED JUN 12 2009 — LORETTA G. WHYTE, CLERK]*

### PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete one of the following:**
- ☐ No hearings
- ☑ Transcript is unnecessary for appeal purposes
- ☒ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
  - Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  - Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| November 13, 2008 | Mx Summary Judgment (Rec. Doc. 16604) | S. Duval |

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☑ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other ___

**Signature:** ___

**Date Transcript Ordered:** 6/4/09

**Print Name:** Lou Scott Joanen [?]   **Counsel for:** Plaintiffs

**Address:** 855 Baronne St NO LA 70113   **Telephone:** 504-525-1335

ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

### PART II. COURT REPORTER ACKNOWLEDGEMENT
*(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- ☐ Satisfactory Arrangements for payment were made on ___
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* ___

**Date** ___   **Signature of Court Reporter** ___   **Telephone** ___

**Address of Court Reporter:** ___

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

### PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT
*(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

**Actual Number of Pages** ___   **Actual Number of Volumes** ___

**Date** ___   **Signature of Court Reporter** ___

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. ___

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I