IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
JUN 16 2009
CHARLES R. FULBRUGE III
CLERK

IN RE: KATRINA CANAL BREECHES LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN 16 2009
LORETTA G. WHYTE
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-CV-4182

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Charles R. Fulbruge
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
        Deputy
New Orleans, Louisiana   6/16/09

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 16, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-30449    In Re: Katrina Canal Breaches
      USDC No. 2:05-CV-4182

Enclosed is an order entered in this case.

CHARLES R. FULBRUGE III, Clerk

By: /s/ Kimberly K. Folse
Kimberly K. Folse, Deputy Clerk
504-310-7712

Ms. Carmelite M Bertaut
Mr. Joseph M Bruno
Ms. Heather Shauri Lonian
Mr. James Parkerson Roy
Mr. William D Treeby
Ms. Loretta Whyte