UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: | CIVIL ACTON |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | NO. 05-04182 - "K" (2) |
| | JUDGE DUVAL |
| PERTAINS TO: | MAGISTRATE JUDGE WILKINSON |
| ALL DREDGING LIMITATIONS | |

Nos.  06-8676; 06-8884; 06-8888;
06-8890; 06-8891; 06-8922;
06-8967; 06-9075; 06-9223; and
*Ackerson, No. 06-4066*

## MOTION FOR RETURN OF COSTS DEPOSIT

NOW INTO COURT, through undersigned counsel, comes complainant, Pine Bluff Sand and Gravel Company, and on suggesting to the Court that it has previously filed a Complaint of Exoneration from or Limitation of Liability in the captioned matter; and that at the time of the filing of the Complaint, complainant also filed a Deposit for Costs and deposited with the Clerk of Court the sum of $250.00 as a security for costs, pursuant Rule F(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims. Since the filing of the Complaint and Deposit for Costs, the case has been closed and the Court has directed counsel to move for an Order directing the Clerk of Court to refund the $250.00.

Complainant now moves the Court to enter an Order instructing the Clerk of Court to return complainant's deposit of $250.00 to Mouledoux, Bland, Legrand & Brackett, L.L.C., as counsel for complainant, as directed by the Clerk of Court on June 2, 2009.

    Respectfully submitted,

**s/Daniel J Hoerner**
DANIEL J. HOERNER (Bar #21706)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA  70139
Telephone:   (504) 595-3000
Facsimile:    (504) 522-2121
Attorneys for Complainant, Pine Bluff Sand and Gravel Company
MtnRetDepositCost.wpd

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

None.

**s/Daniel J Hoerner**

-2-