UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: | CIVIL ACTON |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | NO. 05-04182 - "K" (2) |
| | JUDGE DUVAL |
| PERTAINS TO: | MAGISTRATE JUDGE WILKINSON |

ALL DREDGING LIMITATIONS

Nos.   06-8676; 06-8884; 06-8888;
       06-8890; 06-8891; 06-8922;
       06-8967; 06-9075; 06-9223; and
       *Ackerson, No. 06-4066*

### O R D E R

Considering the foregoing Motion for Return of Costs Deposit, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Order be and it is hereby GRANTED and that the Clerk of Court is directed to return to Complainant, through their counsel of record, its deposit of $250.00. The Clerk of Court should reimburse the sum of $250.00 payable to: Mouledoux, Bland, Legrand & Brackett, in accordance with this Order.

New Orleans, Louisiana, this _____ day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE