## CIRCUIT RECORD LOAN FORM
(Please Print)

U.S. District Court

*THIS PORTION REMAINS WITH COURT RECORDS*

No. 05-4182 K  Short Title Katrina  Date 6-17-09

To Milling Benson (Bourgeois)
Name William Gambel
Address 909 Poydras 23rd Floor

_____

City New Orleans  State La  Zip ___

Documents Enclosed:
☑ Record Vols: 10

* ☐ Exhibits ☐ Env. ___
  ☐ Box: ___ ☐ ___
  ☐ Supp. Record Vols. ___
  ☐ Second Supp. Record Vols. ___
  ☐ Third Supp. Record Vols. ___

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES*

Attorney Return  *SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit*. Complete the shaded area below and return this form to U.S. District Court along with the documents.

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUN 17 2009
LORETTA G. WHYTE
CLERK**

To: Clerk, 5th Circuit

☐ Record Vols: ___
☐ Supp. Record Vols. ___
☐ Exhibits ☐ ___

Records above listed are returned to Clerk:
Attorney Name: ___
Date: ___

*THIS PORTION REMAINS WITH COURT RECORDS*

✂ Cut Here

Clerk's Receipt  *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No. ___  Short Title ___

District: ___

☐ Record Vols: ___
☐ Supp. Record Vols. ___
* ☐ Exhibits ☐ ___

Records in above case have been received by Clerk
Name ___
Date ___

✂ Cut Here

Attorney Forwarding Receipt  *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No. ___  Short Title ___

To: Clerk, U.S. District Court

District: ___

☐ Record Vols: ___
☐ Supp. Record Vols. ___
* ☐ Exhibits ☐ ___

Records in above case forwarded to:
Attorney Name: ___
Address: ___
City, State, Zip: ___
Signed ___  Date ___

✂ Cut Here

Attorney Receipt  *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

No. ___  Short Title ___

To: Clerk, U.S. District Court

District: ___

___ Fee ___
___ Process ___
X Dktd
___ CtRmDep ___
___ Doc. No. ___

☐ Record Vols: ___
☐ Supp. Record Vols. ___
* ☐ Exhibits ☐ ___

Records in above case listed received
Judge/Attorney Name: ___
Date ___