# APPENDIX K

Exh. 131, Army Corps, *Greater New Orleans Hurricane and Storm Damage Risk Reduction System* (HSDRRS) 100-Year Level of Protection, June 13, 2008.

307. The presence of this type of surge reduction barrier during Hurricane Katrina would have prevented the significantly magnified surge from overtopping the LPV structures along both sides of the Reach 1/GIWW channel and the overtopping of the LPV structures along both sides of the IHNC, thereby averting the resulting catastrophic flooding of New Orleans East, the Lower 9th Ward, and portions of upper St. Bernard Parish.  Exh. 133, IHNC Surge Reduction Project Fact Sheet at pp. 1-2; Exh. 136, Draft Individual Environmental Report, Improved Protection on the Inner Harbor Navigation Canal, Orleans and St. Bernard Parishes, Louisiana, IER #11 Tier 2 Borgne, at pp. 52-53; Exh. 130 (Owen 30(b)(6) Depo. (Oct. 16, 2008)) at 77:9-78:7; 119:18-121:23; Exh. 138, Louisiana Coastal Area (LCA) Ecosystem Restoration, LA (General Investigations): Comprehensive Coastwide Ecosystem Restoration Feasibility Study, at p. 4, ¶ 1.1; Exh. 93, Kemp Supp. Decl. (Oct. 2008) at ¶21, Table 1; ¶¶22, 30, 30(b), 30(c).

**Destruction of Wetlands**

308.  Before and after the MR-GO's design and construction, there were feasible means to prevent the intrusion of saltwater into the Reach 2 channel and the adjoining Central Wetlands Unit and Golden Triangle and environs while at the same time allowing ship passage.  For example, a man-made saltwater barrier at Bayou La Loutre—a retractable gate—would have effectively replaced the natural barrier that was severed by the MR-GO construction. Alternatively, a lock could have been constructed at Bayou La Loutre Ridge.  Other technology for salinity control included inflatable barriers for deployment when there was no ship traffic. Exh. 96, Fitzgerald Expert Report (July 2008) at p. 2-13, fig. 2.18; p. 6-5; *see also* Exh. 95, Day/Shaffer Expert Report (July 2008) at pp. 23, 33-34, 36.

309. Both before and after the MR-GO's opening, there were a number of feasible measures that could have been undertaken to prevent salinity intrusion into the Central Wetlands Unite and adjacent areas. These salinity control measures would have prevented much of the vegetation loss, including the massive die off of bald cypress—water tupelo swamps because saltwater intrusion would have been significantly reduced. Exh. 95, Day/Shaffer Expert Report (July 2008) at pp. 33-34, 36.

310. Many of these salinity control measures were suggested both before and after the MR-GO's construction, but the Corps never implemented them at any time over 50 years. Exh. 95, Day/Shaffer Expert Report (July 2008) at p. 33.

311. In addition, saltwater intrusion into the Central Wetlands Unit could have been greatly reduced by placing water control structures (before cutting the Bayou La Loutre Ridge) in openings in the spoil banks between the MR-GO and the Central Wetlands Unit at Bayou Bienvenue and Bayou Dupre. This was an easy and economical salinity prevention measure. Exh. 95, Day/Shaffer Expert Report (July 2008) at p. 34.

312. In addition to feasible salinity control measures, there were proven methods for wetlands restoration—to revegetate trees killed by saltwater intrusion—that were known to the Army Corps during the MR-GO's lifetime. Exh. 95, Day/Shaffer Expert Report (July 2008) at p. 33; Exh. 1989, Letter to John Breaux, U.S. Senate in response to letter dated 09/12/1994 concerning St. Bernard Parish Resolution SBPC #454-08-94 re: Closing the MRGO (NOP-018-000002658) (10/12/94).

313. At the time of Katrina, the Corps was creating 300 acres of emergent wetlands near the MR-GO using dredged spoil materials. Exh. 216, Letter from Don T. Riley to Peter Savoy, June 17, 2004.

314. In addition, wetlands preservation and restoration could have been readily accomplished by widespread fresh water introduction into the Central Wetlands Unit that would have buffered any saltwater intrusion and flushed out salt. Sources of freshwater included the Violet diversion structure and variable operation of water control structures at Bayou Bienvenue and Bayou Dupre drainage pumps discharging surface runoff into the Central Wetlands Unit, and freshwater from treated, disinfected municipal effluent (waste water). Exh. 95, Day/Shaffer Expert Report (July 2008) at pp. 35-36.

**Channel Bank Erosion**

315. The massive widening of the Reach 2 channel through bank erosion was preventable at any time by armoring at its authorized or expanded width to protect the banks from predicted erosion from ship waves. Exh. 95, Day/Shaffer Expert Report (July 2008) at p. 34.

316. Before the MR-GO was constructed, the Corps knew that bank protection can be accomplished by several means, including riprap, rock dikes, armor stone, shell core, and articulated concrete mattresses. Exh. 208, MRGO, PM-R Proposal for Gaining National Environmental Policy Act Compliance for the Operation and Maintenance Program (NOP-019-000000207) (4/11/05); Exh. 1990, Letter to Chief of Engineers, ENGCW-V from Major General Ellsworth I. Davis, USA, Division Engineer; Subject: Hurricane Protection – LPV – Chalmette Area (AFW-467-000003416) (3/21/66); Exh. 1991, MRGO Recon, Mile 23 to 27, Computation Sheet NED-167-000001330 (8/31/93).

317. An additional benefit of armoring the Reach 2 bank lines is the fact that the approximately 250 meter area of drainage spoil between the channel bank and the toe of the LPV structures would have vegetated in salt-tolerant herbaceous plants, shrub-scrub and trees, similar

93

364. The funneling of water down Reach1/GIWW without a surge barrier significantly enhanced surge levels in that channel and the IHNC by 3 to 3.5 feet during Katrina.  Exh. 91, Kemp Expert Report (July 2008) at p. 125; Exh. 94, Kemp Supp. Decl. (Jan. 2009) at p. 4 citing Westerink Report (Defendant's Expert) at Figures 187-196.

**Loss of Trees and Wetlands**

365.   Over five decades, the pre-MR-GO habitat was dramatically changed by the MR-GO's construction, operation, and maintenance in the study area (Central Wetlands, Golden Triangle, and adjoining areas).  The MR-GO directly and indirectly destroyed tens of thousands of acres of wetlands and cypress forests.  PUF Nos. 40-49; Exh. 145, Army Corps, Habitat Impact of the Construction of the MR-GO, at Table 1, p. 1559 (NED-188-000001511 *et seq.*); Exh. 196, Army Corps and Louisiana Department of Natural Resources, "Land Loss and Marsh Creation, St. Bernard, Plaquemines and Jefferson Parishes—Feasibility Study" (April 1990) at pp. 18-19; Exh. 95, Day/Shaffer Expert Report (July 2008) at pp. 38-50; Exh. 96 Fitzgerald Expert Report (July 2008) at pp. 4-1 to 4-9.

366.   The MR-GO destroyed tens of thousands of thriving wetland acres and baldcypress – water tupelo swamps that had protected Greater New Orleans from hurricane surge and waves. Exh. 15 at pp. 16-20, 46, Expert Report of John W. Day, Jr. and Gary P. Shaffer (July 11, 2008).

367.   The Army Corps itself estimated that nearly 3,400 acres of fresh/intermediate marsh, over 10,300 acres of brackish marsh and over 4,200 acres of saline marsh have been converted to open water or spoil in the study area due to the MR-GO's construction.  In addition, over 1,500 acres of cypress swamp and levee forest have become disposal area.  A total of nearly 20,000 acres of wetlands have been lost and nearly 4,800 acres of shallow open water have been converted into deep water or disposal area.  Habitat shifts caused by saline waters brought in by

107

the MR-GO have caused 3,350 acres of fresh/intermediate marsh and 8,000 acres of cypress swamp to shift to brackish marsh. Approximately 7,500 acres of swamp have converted to intermediate marsh. In addition, 19,170 acres of brackish marsh and swamp have shifted to saline marsh. Moreover, if the roughly estimated amount of increased loss is considered, the area influenced by the MR-GO could have lost over 3,400 acres of wetlands due to increased tides and salinity. Exh. 145, Army Corps, Habitat Impact of the Construction of the MR-GO at p. 45.

368. The Army Corps itself estimated that between 1956 and 1999, there was a loss of 14,800 acres of wetlands in the Central Wetlands Unit due the MR-GO's construction, operation and maintenance. Exh. 145, Report of the Environmental Sub-Committee to the MRGO Technical Committee (Table 1: Habitat Impact of the Construction of the MR-GO) at p. 49 (1999).

369. Plaintiffs' experts estimate that, as of 1999, at least 62,220 acres of cypress trees and wetlands and other valuable marsh habitat were either destroyed or altered due to the MR-GO's construction, operation, and maintenance. Exh. 95, Day/Shaffer Expert Report (July 2008) at p. 46.

370. Plaintiffs' experts estimate that, as of 2001, at least 24,263 acres of land along the Lake Borgne, New Orleans East, South Lake Borgne, Central Wetlands, and St. Bernard areas were lost as a result of the MR-GO's construction, operation, and maintenance. Exh. 96, Fitzgerald Expert Report (July 2008) at pp. 5-1 through 5-6.

371. Both the Army Corps and Plaintiffs' experts agree that the reason for such extensive loss of cypress trees and wetlands in the study area is largely due to saltwater intrusion, dredging, spoil disposal, bank erosion, and widening of Reach 2 channel. Report of the

Environmental Sub-Committee to the MRGO Technical Committee (Table 1: Habitat Impact of the Construction of the MR-GO, *et seq.*) (1999); Exh. 9, 1988 Recon Report, *et seq.*; Exh. 95, Day/Shaffer Expert Report (July 2008) at pp. 40-42; Exh. 96, Fitzgerald Expert Report (July 2008) at pp. 2-4, 6-13, 4-17 to 4-18.

372.   Any loss of cypress trees and wetlands in the study area due to natural subsidence and other causes (estimated to be between 0.5 and 1.0 cm/yr.) is minimal compared to the loss attributable to the MR-GO's construction, operation, and maintenance.  Exh. 95, Day/Shaffer Expert Report (July 2008) at pp. 13, 46.

373.   Over time after construction, the Reach 2 banks widened several times beyond its design top width of 650 feet, creating an uneven shelf and encroaching upon and eating up marshland.  As the water moves laterally, it destroys marshland because of the shelves that are being.  Exh. 8, O'Cain 30(b)(6) Depo. at 496:23-498:7; 500:1-11.

374.   By 1975, the Army Corps had acknowledged that "[t]he marsh west of the MR-GO has been significantly modified by, inter alia, the MR-GO channel, existing levees, and by the hurricane levee now under construction."  Exh. 186, Mississippi River Gulf Outlet New Lock and Connecting Channels Quantities to Use for Real Estate for Comparative Analysis of 14 Schemes, at AFW-180-000001008, ¶8.

375. For decades, the Army Corps knew that the MR-GO, through channel widening, wave erosion, disposal of dredged material, and continuing saltwater intrusion continued to destroy wetlands at an average loss of 211 acres of marsh per year during the 20-year period between 1968 and 1987 and a total of 4,200 acres of highly productive marsh adjacent to the MR-GO channel.  Exh. 145, Report of the Environmental Sub Committee to the MRGO