# APPENDIX R

480.   Defendant ignores three more reliable measurements—time of onset, duration, and rate of structure overtopping by surge.  Exh. 93, Kemp Supp. Decl. (Oct. 2008) at ¶¶10, 12(a), 19-27, 29-32; Exh. 90, Bea Supp. Decl. (Oct. 2008) at ¶4.

481.   Defendant also mischaracterizes Plaintiffs' modeling data demonstrating that the MR-GO had a direct effect on substantially increasing oceanographic stresses on the LPV flood control structures due to earlier onset and more prolonged duration of surge above a critical elevation.  Exh. 93, Kemp Supp. Decl. (Oct. 2008) at ¶¶10, 12(a), 19-27, 29-32; Exh. 90, Bea Supp. Decl. (Oct. 2008) at ¶4.

482.   Defendant further ignores the destructive role of wave side attack—before overtopping—in the failure of the EBSBs along Reach 2.  Exh. 90, Bea Supp. Decl. (Oct. 2008) at ¶5(b).

483. There are numerous flaws in the computer modeling by Defendant's three experts— Westerink, Ebersole, and Resio—including use of a Beta version of ADCIRC (SL-15), random results, inaccurate input data, and others.  Exh. 93, Kemp Supp. Decl. (Jan. 2009) at pp. 4-6, 13-14; Exh. 94, Kemp Expert Decl. (Jan. 2009) at pp. 25-30; Exh. 82, Bea Expert Report. (Jan. 2009) at pp. 167-199; Exh. 106, Vrijling, Joint declaration, Vrijling, Kok, de Wit, and Gautier concerning wave and flow modeling New Orleans -- MRGO for Hurricane Katrina, August 2005 (Jan. 2009) at p. 12.

## DAMAGE TO LPV STRUCTURES CAUSED BY MR-GO'S EXACERBATION OF STORM PARAMETERS

### Catastrophic Failures

484.   The LPV flood protection system failed catastrophically, producing the single most massive failure of an engineered system in United States history.  Over 170 of the 350 miles of the LPV system were either destroyed or damaged at 50 different locations, primarily as a result

of overtopping..  Exh. 3, ILIT at p. 12-10; Exh. 26, Decision Making Chronology at p. 2-17 Exh. 4, Team Louisiana Report at p. 3.

485. As set forth below, the major breach sites in New Orleans and St. Bernard Parish from Hurricane Katrina are depicted below.  Exh. 20, IPET at I-8-1 to I-8-7; Figures 8-1, 8-2, 8-3, Table 8-1.



Figure 8-1. Distribution of breaches, Orleans East Bank.

Exh. 20, IPET at p. I-8-1, Fig. 8-1.



Figure 8-2. Distribution of breaches, New Orleans East.

Exh. 20, IPET at p. I-8-2, Fig. 8-2.



Figure 8-3. Distribution of breaches, St. Bernard.

Exh. 20, IPET at p. I-8-3, Fig. 8-3.

**Table 8-1**
**Character of Breach Sites and General Repairs**

| Breach/Project ID | Breach Location Description | Damage Description | Repair Description |
|---|---|---|---|
| IHNC01 | East Side N. Claiborne Ave to Florida Ave | There are approximately 4,000 lineal ft of concrete I-wall flood barrier. Damages consisted of a breach of the floodwall immediately south of Florida Ave (250') and a breach approximately 100 yds north of Claiborne Ave (850') with the remaining portions of the floodwall having areas of severe scour and tilting of the I-wall. | Repair work includes replacement of the concrete I-wall with a concrete T-wall, supported on H-piles and sheet piling. |
| IHNC02 | West Side France Rd ramp to Benefit St | This section consists of concrete I-wall. The damage in this area consisted of a breach of the floodwall at the container terminal along France Rd. There was also heavy scour of the floodwall. | Repair work consists of removing approximately 1,300 lineal ft of the damaged concrete I-wall and replacing it with new concrete L-wall, supported by steel H-piles and longer steel sheet piles. |
| IHNC05 | West Side Vicinity France Rd ramp to IHNC | This section consists of approximately 1,600 ft of existing levee and concrete floodwall that was breached and experienced severe scour. | Repair work consists of replacement with a new concrete T-wall. |
| IHNC07 | East Side, Lock to Claiborne | Approximately 1,400 lineal ft of concrete I-wall flood barrier was damaged by scour. | Repair work consists of scour repair. |
| NOE01 | Back Levee, Michoud Levee to CSX RR | Approximately 4.3 miles of levee experienced severe scour. | Repair consists of rebuilding the existing levee back to its constructed grade with 680,000 cu yd of earthen material, seeding and fertilizing |
| NOE02 | Pump Station No. 15 | The existing steel sheet-pile wall was severely damaged and the levee experienced severe scour. | Repair work consists of removing the damaged steel sheet pile wall, installing a new concrete T-wall, filling in sour holes and bringing the damaged levee back up to pre-Katrina elevation. |
| NOE03 | Air Products Site | The existing concrete I-wall and steel sheet-pile wall were severely damaged and the levee experienced severe scour. | Repair work consists of removing the damaged concrete I-wall and steel sheet-pile wall, filling in scour holes, installing a new concrete I-wall, and raising the damaged levee to pre-Katrina elevations, seeding and fertilizing. |
| NOE04 | Citrus Back Levee Floodwall | The existing concrete I-wall was severely damaged and the levee experienced severe scour. | Repair work consists of removing the damaged concrete I-wall sections, filling in the scour holes, regrading the damaged levees, constructing a new concrete wall, and putting in an earthen stability berm on the landside of the wall, seeding and fertilizing. |
| NOE05 | Floodgate at CSX Tracks | The existing concrete wall and railroad closure gate were severely damaged and the levee experienced severe scour. | Repair work consists of removing the existing concrete wall and railroad closure gate, filling the scoured areas, constructing a new closure gate and new concrete T-walls and I-walls, placement of rip rap, concrete slope paving and concrete roadway. |

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 8-1**
**Character of Breach Sites and General Repairs**

| Breach/Project ID | Breach Location Description | Damage Description | Repair Description |
|---|---|---|---|
| OEB02 | 17th St. Canal floodwall | Damage to this section consists of a 455-ft breach of the floodwall on the east side of the canal. | Repairs involved replacing 455 ft of reinforced concrete T-wall. The T-wall consists of a reinforced concrete base slab with a reinforced concrete wall extending up to elevation +14.0 ft. |
| OEB04 | London Ave. Canal floodwall at Mirabeau Blvd | Damage to this section consists of a 425-ft breach of the floodwall on the east side of the canal. | Repairs involved replacing 425 ft of reinforced concrete T-wall. |
| OEB06 | London Ave. Canal floodwall at Robert E. Lee | Damage to this section consists of a 720-ft breach of the floodwall on the west side of the canal. | Repairs involved replacing 720 ft of reinforced concrete T-wall. |
| STB04 | MRGO between Bayou Bienvenue and Bayou Dupre Control Structure | Damage to this section consists of a 6.2-mile reach of levee that lost approximately 12 ft of levee elevation. Additionally, a total of 4,300 ft of sheet-pile floodwall was badly damaged. | Repairs include restoring the entire levee reach to the design grade elevation, which requires the placement of an estimated 1,040,000 cubic yards of fill material. Replace sheet-pile walls with 30' sheets. |
| STB03 | MRGO East of Bayou Dupre | Approximately 12 ft of levee elevation was lost in an 8,000 ft section of levee immediately southeast of Bayou Dupre. Approximately 8 ft of levee elevation was lost in a 2,500-ft section of levee southeast of Bayou Dupre. Approximately 700 ft of sheet-pile floodwall was damaged. | The entire levee reach will be restored to the design grade elevation, requiring the placement of an estimated 1,120,000 cubic yards of fill material. The damaged sheet pile floodwall will be replaced. |
| STB05 | Paris Road floodgate | Damage to the closure structure included scour of the structural backfill resulting from overtopping of the closure panels and the impact from a loose barge. | Repair involves filling structural and structural backfill scour adjacent to floodwalls and four closure structures. |
| STB06 | Bayou Dupre Control Structure | Adjacent section of the floodwall failed and the fill around other sections of floodwalls was eroded away due to overtopping. Mechanical and electrical systems were also damaged. | Repair involves repair of floodwall and structural backfill of the control structure, including a significant scour hole to be filled with 17,500 cubic yards of granular backfill and protected with grouted riprap. |
| STB07 | Bayou Bienvenue Control Structure | Damage resulted from a loose barge hitting an adjacent floodwall and the fill around the floodwall eroding due to overtopping. Mechanical and electrical systems were also damaged. | Repair involves repair of floodwall and structural backfill of the control structure, including a significant scour hole to be filled with 28,600 cubic yards of granular backfill and protected with grouted riprap. |
| STB08 | MRGO to Caernarvon Levee | Damage included scour on the backside of the about 10.8 miles of levee. | Repair involves filling the scour areas. |
| P03 | NOV East Bank, Reach C | Damage consisted of approximately 2.6 miles of crown erosion and <500 ft of riverside and landside slope erosion was identified. The back levee sustained a complete breach with associated scour hole. A ground survey shows that the breach was 190 ft wide at the levee centerline and the sour hole extends to -21 NGVD. | Repair involves the entire 16-mile east bank back levees, including clearing and grubbing, excavation, placing semi-compacted fill and armor stone, fertilized, seeding and other incidental work. |

I-8-6                                                                Volume I  Executive Summary and Overview – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

147

**Table 8-1**
**Character of Breach Sites and General Repairs**

| Breach/Project ID | Breach Location Description | Damage Description | Repair Description |
|---|---|---|---|
| P07 | MRL Levee, City Price to Port Sulphur | Damage consisted of 0.6 mile of riverside paving block damage and 3.1 miles of minor landside slope erosion. | Repair involves hauling, placing and compacting fill and crushed limestone, fertilizing and seeding. |
| P08 | MRL Levee, Port Sulphur to Fort Jackson | Damage consisted of paving block damage, crown erosion, landside slope erosion, riverside slope erosion, and erosion at the ends of and behind sheet pile and concrete capped hurricane protection walls (2.8 miles). | Slope and crown scour will be repaired. |
| P15 | NOV Empire Flood Gate | The back levee sustained ruinous damage to sheetpile walls in the vicinity of the Empire lock and canal, and to the levee crown on either side of the sheet pile. The Empire flood gate was stuck in the open position during Hurricane Katrina. | Mechanical, electrical, and structural repairs will be made to the Empire Flood Gate. |
| P17 | NOV Enlarged Levees, Buras Area | Hurricane protection floodwalls were damaged | Damaged floodwalls will be replaced. |
| P18 | NOV Back Levee Repair, Reach B-1 | Damage consisted of crown and slope scour along an 11-mile reach from Empire to Fort Jackson. Severe damage occurred at places where hard points intersected - at wing walls for Sunrise and Hayes pumping stations, and at a pipeline crossing. | Slope and crown scour will be repaired. |
| P19 | NOV Levee, Above City Price and Reach A | Damage involved crown and slope scour as well as levee breaches at two locations near Naim. One breach occurred where a pipeline passed thru the embankment, while the other breach occurred where a deep canal lay just inside the levee toe. | Slope and crown scour will be repaired. |
| P20 | NOV West Bank Back Levee Floodwall | Damage involved a levee breach near Hayes Pump station and a breach at the Sunrise Pumping Station. The breach at the Sunrise pumping station destroyed about 200-ft of structural T-wall. The breach was 180 ft wide, 500 ft long and included a 25-30-ft deep scour hole. | T-walls will be replaced and additional sheet-pile wing walls will be constructed at the Hayes Pumping Station. |
| P21 | West Bank Back Levee Repairs | Floodwalls (sheet pile I-walls) were damaged at Freeport, Home Place Marina, Gainard Woods Pump Station, and Diamond Pump Station. The Diamond Pump Station sustained erosion at the ends of the concrete transition wall. | Floodwalls will be repaired |
| P22 | Woodland Emergency Repair | Damage involves a levee breach at Woodland on the west bank of the Miss. River. | The levee will be repaired. |
| P25 | West Pointe a la Hache Siphon Repair | Damage involves a levee breach. | The damaged levee section will be reconstructed, sheet pile cutoff walls will be extended upstream and downstream of the siphon, and the slope pavement on both sides of the crown of the levee will be replaced. |

Exh. 20, IPET at pp.. I-8-5 through I-8-7, Table 8-1.

**Overtopping and Breaching**

486.   A "breach" of a flood protection work refers to when the section of a flood protection work and/or the pre-storm crown elevation erodes away or is washed away and no longer exists.  By contrast, overtopping entails storm water crossing over the crown elevation of a flood protection work to the protected side.  Exh. 27, Varuso Depo. at 159:22-160:12.

487.   Overtopping can cause structure failure by the overflowing water eroding the soil on the protected side and destabilizing the structure.  Exh. 77, Bea Tech. Report No. III (July 2008) at p. 10.

488. As depicted in Figure 26 below, the east side of Greater New Orleans that faces Lake Borgne experienced a higher level of storm surge during Katrina than Orleans Metro south of Lake Pontchartrain.  The surge from Lake Borgne propagated as a high velocity bore through Reach 1/GIWW to the IHNC, causing maximum water levels in that canal to rise to 15.7 ft NAVD88 (2004.65), while surge along the lakefront to the west was 2 to 4 ft lower.  The highest surges predicted and observed for Greater New Orleans were in the throat of the "funnel" east of Paris Road.  Overtopping LPV structures in the Reach 1/GIWW connection to the IHNC west of Paris Road provided the majority of the water that flooded New Orleans East.  The Reach 1/GIWW LPV structures east of the junction are the only LPV structures that should have experienced extensive overtopping during Katrina.  Unfortunately for St. Bernard, the Reach 2 LPV structures did not wait for overtopping, but were largely destroyed before they could be overtopped, at an earlier stage in the storm sequence.  Exh. 4, Team Louisiana Report at pp. 46-47; Exh. 91, Kemp Expert Report (July 2008) at pp. 95-158; Exh. 71, Bea Expert Report (July 2008) at pp. 6-7, 12.



Figure 26. LSU ADCIRC maximum surge elevation (ft) and current velocity (fps) in parentheses based on the LSU hindcast. The arrow indicates the point at which the surge and velocity is reported. The final number is the surge elevation (ft) forecast 39 hours prior to landfall. (Mashriqui etal 2006)

Exh. 4, Team Louisiana Report at p. 46, Fig. 26.

489.   The overtopping waves created very high water velocities down the back sides of

the LPV structures, reaching 10 to 15 ft/sec.  These velocities were two to three times those

experienced on the water side of these LPV structures (4 to 6 ft/sec).  Since the potential for

erosion is related to the cube of velocity, it is no wonder that the back sides of the levees—

especially where they were comprised of erodible materials—were scoured away, leading in many

cases to complete breaching.  There is a close correlation between the degree of breaching from

overtopping and erosion and the types of materials.  For example, in New Orleans East, the

correspondence of breaching and hydraulic fill constructed levees is obvious.  Exh. 20, IPET at p.

I-42; Figure 19a, 19b (pp. I-44, I-45)

490.   Some overtopping of the LPV structures was expected due to the intensity of the storm, which would result in localized flooding.  However, the catastrophic flooding was caused by the massive and numerous failures (breaches) of levees and floodwalls resulting largely from the sustained overtopping and failures before overtopping due to wave attacks.  Exh. 3, ILIT at p. F-22; Exh. 72, Bea Decl. No. I (July 2008) at pp. 141-42; Exh. 94, Kemp Expert Report (Jan. 2009) at p. 29.

491.   As demonstrated above, a primary reason (and substantial factor) for the sustained overtopping was the amplified surge and intensified waves caused by the MR-GO's combined effects which in turn were caused by the ship channel's defects.  Exh. 81, Bea Expert Report (Jan. 2009) at pp. 3-16, ¶¶1-14.

492.   Similarly, a primary reason (and substantial factor) for the breaches of LPV structures was the overtopping and wave attacks on the unprotected (water) sides caused by the MR-GO's combined effects which in turn were caused by the MR-GO's defects.  Exh. 81, Bea Expert Report (Jan. 2009) at pp. 3-16, ¶¶1-14.

493.   Overtopping was most severe on the east side of the flood protection system as the waters of Lake Borgne were driven west towards New Orleans, and also farther to the south, along the lower reaches of the Mississippi River.  Overtopping of flood protection works along the IHNC and Reach 1 and Reach 2 of the MR-GO was a major source of flooding of populated areas in New Orleans East, St. Bernard Parish and the Lower Ninth Ward.  Significant overtopping and erosion—plus wave erosion before overtopping—produced numerous breaches in these areas.  Overtopping caused erosion of the soil on the protected (population) side of the flood protection works and then a failure of the structure and even more extensive flooding.  The magnitude of overtopping was less severe along the IHNC and along the western portion of the

MR-GO, but this overtopping again produced erosion and caused additional levee failures.  Exh. 91, Kemp Expert Report (July 2008) at pp. 2-3; Exh. 94, Kemp Expert Report (Jan. 2009) at p. 3, ¶6; Exh 71, Bea Expert Report (July 2008) at pp. 6-22, ¶¶1-22; Exh. 81, Bea Expert Report (Jan. 2009) at pp. 3-16, ¶¶1-13; pp. 27-34, ¶¶24-42; Exh. 29, Dalrymple Expert Report at pp. 6-7; Exh. 4, Team Louisiana Report at p. 133, Table 15.

494.   As Plaintiffs' experts have concluded, if the breaching of LPV structures or the overtopping of LPV structures along the MR-GO had not occurred, there would have been only minor inundation in New Orleans East, Lower 9th Ward, and St. Bernard Parish, but not catastrophic flooding. Exh. 91, Kemp Expert Report (July 2008) at pp. 2-3; Exh. 94, Kemp Expert Report (Jan. 2009) at p. 3, ¶6; Exh 71, Bea Expert Report (July 2008) at pp. 6-22, ¶¶1-22; Exh. 81, Bea Expert Report (Jan. 2009) at pp. 3-16, ¶¶1-13; pp. 27-34, ¶¶24-42.

495. If there had been no overtopping or breaching of flood protection works throughout the LPV system and there was only the 12 inches of recorded rainfall, there would have been some localized, but not catastrophic flooding.  Exh. 28, Dalrymple Depo. (Sept. 18, 2007) at 111:3-17; Exh. 91, Kemp Expert Report (July 2008) at p. 16.

**<u>Reach 1</u>**

496.   The maximum surge at the IHNC during Katrina was approximately 16 feet.  Exh. 90, Bea Supp. Decl. (Oct. 2008) at p. 17, Table 1.

497.   The Citrus Back Levee along the north side of Reach 1/GIWW) east of Paris Road—which was ranged from about 15.5 feet to 18 feet—was overtopped primarily by waves but was not breached and proved to be quite resilient.  The design level of protection of the Citrus Back Levee to the west of Paris Road was approximately 3 feet lower, and perhaps as low as 12.5 feet in places.  It experienced a surge of over 16 feet with some unanticipated waves.

The LPV structure here held up well under several feet of overtopping, but I-walls integrated into the levee failed as a result of back scour.  Exh. 4, Team Louisiana Report at p. 134; Exh. 74, Bea Expert Decl. III (July 2008) at pp. 12-25; 144-46, ¶¶134-38.

498. The sections of the Citrus Back Levee along the north side of Reach 1 of the MR-GO—which were overtopped but not severely eroded—were also constructed from more cohesive, less erodible, and more compacted soils than the soils used for the Reach 2 and New Orleans Back Levee flood protection works.  Exh. 74, Bea Expert Decl. III (July 2008) at pp. 20-21.

**Reach 2**

499.   The maximum surge along Reach 2 was 18 feet.  Exh. 90, Bea Supp. Decl. (Oct. 2008) at p. 17, Table 1.

500.   Along Reach 2, failures of LPV structures were caused by either breaching by waves before overtopping or breaching by a combination of waves and surge.  Exh. 72, Bea Expert Decl. I (July 2008) at pp. 141-42; Exh. 94, Kemp Expert Decl. (Jan. 2009) at pp. 26-29.

501.   When overtopping occurred, there was associated breaching of the flood protection works, leading to massive erosion of the structures and water pouring into St. Bernard Parish.  Exh. 28, Dalrymple Depo. (Sept. 18, 2007) at 119:14-23.

502.   The surge water went over the flood protection works, eroded the bank materials, and then the structures failed.  There were 50 breaches along Reach 2 alone.  Some of the crowns along a 12-mile stretch of Reach 2 eroded 10 feet below the crowns existing before Hurricane Katrina.  Exh. 28, Dalrymple Depo. (Sept. 18, 2007) at 77:13-17; 155:24-156:13; Exh. 27, Varuso Depo. at  72:19-73:8; Exh. 91, Kemp Expert Report (July 2008) at p. 159-184.

503.   During Hurricane Katrina, the LPV structures along Reach 2 were overtopped anywhere between one and one half feet and five feet above the existing elevation, and this significant amount of overtopping caused the erosion and subsequent breaches.  Exh. 94, Kemp Expert Decl. (Jan. 2009) at pp. 33, 35.

504. On the south side of the funnel along the MR-GO, IPET interprets the maximum surge as being more uniform, ranging from 17.5 to 19.5 ft MSL.  IPET adds between 1 and 3 feet for waves, giving a combined water level that ranges from 19.5 to 23.0 ft MSL. The design elevation for the levee crown in this area is 17.5 ft MSL, and the actual elevation ranged from 15 to 18 ft MSL, so the stage was set for general overtopping.  This overtopping, and the wave attack that preceded it, destroyed the Reach 2 LPV structures, causing complete loss in some places and significant degradation in most places as depicted below in Figure 23.



Figure 23.   MRGO levee degradation from near junction with GIWW to Verret (derived from IPET 2006b, IV-16-2 to IV-16-10).  Subtract 0.6 ft for MSL.

Exh. 4, Team Louisiana Report at pp. 39-40.

505.   South of the Reach 1/GIWW channel that forms the throat of the funnel, the Chalmette LPV structures west of Paris Road were up to 4 feet deficient in spots, but, like the

Citrus Back Levee on the north side of Reach 1, they held up well under 4 to 6 feet of overtopping. The extent of the overtopping was exacerbated by the MR-GO deficiencies, and hastened the filling of the St. Bernard wetland buffer to the south, but this 7 mile LPV system reach did not breach.  Exh. 4, Team Louisiana Report at p. 134

506.   The most severe EBSB degradation on Reach 2 occurred in segments adjacent to where the highest waves were predicted to be immediately east of Bayou Dupre west to Bayou Bienvenue.  Exh. 94, Kemp Expert Decl. (Jan. 2009) at p. 29.

507. Dr. Bea completed a study of pre and post-Hurricane Katrina LIDAR surveys of Reach 2 breach features that included model-supported erosion analyses for a number of representative segments.  Dr. Bea concluded that:

(a)     approximately 35 percent of the man-made flood defense structure along the Reach 2 alignment was breached by waves prior to surge overtopping;

(b)     another 47 percent of the LPV structure was breached by a combination of waves and surge; and

(c)     18 percent of the structure was overtopped but did not breach (sheet pile repair sections, Dupre and Bienvenue navigation structures, and some EBSB segments).

Exh. 72, Bea Expert Decl. I (July 2008) at pp. 141-42.

508.   Dr. Bea identified which parts of the Reach 2 flood defense alignment were damaged by waves or waves and surge.  Significantly, Dr. Bea could not identify any damages segment without some signature of wave-induced erosion, although he did find that 18 percent of the structure was overtopped by surge without damage.  When Dr. Bea investigated undamaged segments using LIDAR and field surveys, he often found wave dissipating vegetated marsh platforms backed by a band of woody vegetation at a slightly higher elevation between the

channel edge and the toe of the flood protection structure.  Exh. 72, Bea Expert Decl. I (July 2008) at pp. 141-42; Exh. 94, Kemp Expert Decl. (Jan. 2009) at p. 29.

509.   Plaintiffs' hydrodynamic experts have demonstrated the MR-GO's uncontrolled widening and deepening of the channels into the toe of the LPV structures on Reach 2 strongly influenced the severity of the wave climate experience at the structure's toe.  Exh. 94, Kemp Expert Decl. (Jan. 2009) at p. 27.

510.   The maximum surge elevation in part of Reach 2 EBSBs may have been fairly uniform, but the wave climate was variable.  Exh. 94, Kemp Expert Decl. (Jan. 2009) at p. 27.

511.   Along the Reach 2 LPV structures, numerous failures occurred before overtopping due to erosive wave action.  Exh. 71, Bea Expert Report (July 2008) at pp. 13-14, Exh. 72, Bea Expert Decl. I (July 2008) at pp. 51-58, 86-88, 118-123, 132-142, Exh. 74, Bea Expert Decl. (July 2008) at pp. 67-74, 105-109, 117-119, 123-128, 140-144; Exh. 91, Kemp Expert Report (July 2008) at pp. 159-179.

512.   The maximum surge at the Bayou Bienvenue structure was 17.8 feet.  Exh. 90, Bea Supp. Decl. (Oct. 2008) at p. 17, Table 1.

513.   The south end of the Bayou Bienvenue navigation structure failed because of instability attributable to seepage.  Exh. 71, Bea Expert Report (July 2008) at pp. 20-21; Exh. 72, Bea Expert Decl. I (July 2008) at pp. 147-51, 156-61; Exh. 74, Bea Expert Decl. III (July 2008) at pp. 138-40.

514.   The maximum surge at the Bayou Dupre structure was 17.6 feet.  Exh. 90, Bea Supp. Decl. (Oct. 2008) at p. 17, Table 1.

515.   The north end of the Bayou Dupre navigation structure failed because of surge and wave overtopping erosion of the interface.  Exh. 71, Bea Expert Report (July 2008) at pp. 20-21;

Exh. 72, Bea Expert Decl. I (July 2008) at pp. 147-51, 156-61; Exh. 74, Bea Expert Decl. III (July 2008) at pp. 138-40; Exh. 75, Bea Technical Report I (July 2008) at pp. 68-86, 87-95, and 95-96.

516. If Reach 2 EBSBs had been overtopped without major breaching, floodwaters would have filled the Central Wetlands Unit bowl but Chalmette and the Lower 9th Ward would not have been flooded by storm surge waters. The volume of water from overtopping of the LPV structures would not have overtopped the Forty Arpent levee. Peak storm surge heights, above the height of the Reach 2 LPV structures, existed only for a few hours. If the Reach 2 system had withstood this brief peak water level, as did many other structures in the area which were not subjected to all the negative impacts of the MR-GO channel, much of the flooding of the populated areas would not have occurred. Exh. 81, Bea Expert Report (Jan. 2009) at p. 15, ¶13.



**Figure 11** – Flooding of St Bernard Parish due to Hurricane Katrina and due to a Neutral MRGO ("do no harm") Hurricane Katrina.

Exh. 83, Bea Technical Report I (Jan. 2009) at p. 11, Fig. 11.

517.   Early failure of the LPV structures along Reach 2 allowed the 32,000 acre wetland buffer between the MR-GO and 40 Arpent Canal Back Levee (Central Wetlands Unit) to fill and overtop the 40 Arpent Canal Back Levee while the surge was still rising, resulting in catastrophic flooding in St. Bernard Parish to an elevation of at least 11 feet (NAVD88) as well as catastrophic flooding in the Lower 9th Ward.  Exh. 81, Bea Expert Report (Jan. 2009) at p. 15, ¶13; Exh. 83, Bea Technical Report I (Jan. 2009) at p. 11; Exh. 4, Team Louisiana Report at p. v.

518. Overtopping of resilient Reach 2 LPV structures at the design level (MSL) would have delivered only about half of the volume necessary to fill the 32,000 acre wetland (Central Wetlands Unit) behind, and initiate overtopping of, the local 40 Arpent Canal Back Levee.  Had these LPV structures failed at a later stage in the surge hydrograph, or failed less completely, the storage capacity of the Central Wetlands Unit would likely have absorbed the discharge across the LPV structure alignment for long enough to save Chalmette and the rest of St. Bernard Parish and Lower 9th Ward from the disastrous flooding that occurred across the local 40 Arpent Canal Back Levee.  Exh. 4, Team Louisiana Report at p. 135; Exh. 91 Kemp Expert Report (July 2008) at pp. 63, 66, 146.

**IHNC**

519.   The maximum surge height in the IHNC was 17.5 feet  during Hurricane Katrina as shown in the "Katrina As Was" conditions (Scenario 1).  Exh. 90, Bea Supp. Decl. (Oct. 2008) at p. 17, Table 1.

520.   Under the "Neutral MR-GO" conditions (Scenario 2C), the maximum surge height in the IHNC would have been 14.5 feet—three feet lower than the actual maximum surge height during Hurricane Katrina.  Exh. 90, Bea Supp. Decl. (Oct. 2008) at p. 17, Table 1.

521.   The design elevation of the LPV structures along the IHNC was 14.8 feet.  Exh. 73, Bea Expert Decl. II (July 2008) at p. 28.

522.   The actual elevation of the LPV structures along the IHNC was between 12-12.5 feet during Hurricane Katrina.  Exh. 90, Bea Supp. Decl. (Oct. 2008) at p. 17, Table 1.

523.   All of the LPV structure reaches exposed to the Lake Borgne surge system, including those along the IHNC, experienced overtopping.  If the IHNC LPV structures had been at the design elevation, they should have experienced less than 1 foot of overtopping at peak surge, rather than the 1.5 to 3.0 feet that occurred. This would have prevented some of the breaches and transition failures.  Exh. 4, Team Louisiana Report at pp. 133-34.

524.   Overtopping of the LPV system by Katrina occurred along nearly all portions of the IHNC. There were four breaches in the protection system, two on the east side and two on the west side. The east side breaches are both located in the Lower 9th Ward neighborhood and the west side breaches are both in the vicinity of France Road and Benefit Street.  Exh. 20, IPET at p. III-439.

525.   Defendant's experts have concluded that the failure of the LPV floodwall at the southern end of the east side of the IHNC ("South Beach")—the larger of the two breaches—was caused (and preceded) by surge water pressure imposed on the LPV structure and overtopping and the resulting erosion of the soil on the protected side of the LPV floodwall.  Exh. 81, Bea Expert Report, Summary (Jan. 2009) at pp. 27-28.

526.   The South Beach developed at a water level of 12 to 14 feet.  Exh. 74, Bea Expert Decl. III (July 2008) at p. 148, ¶141.

527.   The overtopping of this LPV floodwall at the southern end of the east side was caused in part by the incremental three feet of surge caused by the "funnel effect," and was a

contributing cause of the South Breach.  Exh. 72, Bea Expert Decl. No. II (July 2008) at p. 15, ¶25; Exh. 81, Bea Expert Decl. (Jan. 2009) at p. 6, ¶7.

528.   The South Breach developed from a combination of causes, including seepage and hydraulic uplift effects caused by the EBIA site during excavation and backfilling work and amplified surge in the IHNC caused by the "funnel effect" which increased LPV structure overtopping intensities and devastation, thereby increasing the protected (back) side erosion.  Exh. 81, Bea Expert Report (Jan. 2009) at pp. 28, ¶29.

529.   Both parties' experts therefore agree that overtopping of the LPV structures was a contributing cause of the South Breach.  Exh. 82, Bea Expert Decl. (Jan. 2009) at p. 105, ¶147.

530.   Defendant's experts have concluded that the failure of the LPV floodwall at the northern end of the east side of the IHNC ("North Beach") developed very early during the morning of August 29th as a result of lateral instability due to surge water pressure imposed on the LPV structure and the reduced cross section of the LPV structure at this location before overtopping.  Exh. 82, Bea Expert Decl. (Jan. 2009) at p. 104, ¶146.

531.   The North Breach developed at a water level of approximately 9 feet.  Exh. 73, Bea Expert Decl. II (July 2008), at p. 99, ¶107.

532. Both Plaintiffs' and Defendant's experts agree that the North Breach developed before overtopping.  Exh. 82, Bea Expert Decl. (Jan. 2009) at p. 104, ¶146.

## 40 Arpent Canal Levee

533.   The storm surges produced by Hurricane Katrina passed over the Reach 2 LPV structure into the Central Wetlands Unit, then filled up the bowl, overtopped the 40 Arpent Canal Levee, and catastrophically flooded the St. Bernard/Lower 9th Ward polder.  Exh. 20, IPET at p. IV-258.

534.   The 40 Arpent Canal Levee—southwest of Reach 2 of the MR-GO—is the nonfederal flood protection work intended to protect the adjoining St. Bernard population.  This local levee—with a design crest elevation is between 7.5 and 10 feet (MSL)—was severely overtopped along much of its length during Katrina.  This structure suffered relatively little erosion damage even though its highest points were lower than the EBSBs along Reach 2.  This local flood protection work was composed of significantly more erosion resistant materials (primarily clay) than Reach 2 EBSBs.  Exh. 31, Bea 702c Expert Report (Sept. 2007) at p. 85, ¶ 112.

535.   The 40 Arpent Canal Levee, while being overtopped in both Hurricanes Betsy and Katrina, survived largely intact because of the well constructed and grass sodded embankment and the limited protection afforded by the forested wetlands in a sizeable area seaward of the developed area.  MSJ Exh. 13, Theis Expert Report, ¶ 28

536.   The healthy wetlands in front of large portions of the earthen 40 Arpent Canal Levee had an anti-erosion or buffering effect in protecting this levee during Hurricane Katrina because the wetlands absorbed some of the energy of the surge and waves.  Exh. 28, Dalrymple Depo. (Sept. 18, 2007) at 108:1-16.

537. Similarly, the 11 miles of the Chalmette Extension—turning south from the MR-GO and to the west to rejoin the main east bank levee of the Mississippi River—was fronted by wetlands and did not experience the kind of wave attack that affected the Reach 2 EBSBs.  Those structures were also built more robustly with a river sand core covered by a substantial thickness of hauled clay. This levee experienced overtopping in places where it was up to 4.5 feet deficient in actual elevation relative to the design, but there was no breaching and very little damage overall. The volume of water contributed by overtopping of this reach was negligible compared

to what came across the failed Reach 2 alignment.  The major difference in performance of the

LPV structures was the better protection afforded by natural vegetation and no wave attack

caused by the Reach 2 channel.  Exh. 4, Team Louisiana Report at p. 135, Figure 44, 89a; Exh.

98, Morris Expert Report (July 2008) at p. 10.

## SOURCES OF FLOODING

538. The depth of floodwaters at Plaintiffs' property—what it was during Katrina and

what it would have been without the MR-GO's impact on LPV structures (Scenario 2c)—is as

follows:

|  | Actual | Scenario 2c |
|---|---|---|
| Norman and Monica Robinson | 13' | <2' |
| Lattimore and Lattimore & Assoc. | 8' | <1' |
| Lucille and Tony Franz | >8' | <0.5' |
| Tanya Smith | >8' | 1' |

Exh. 1771, Delft University, Comparison flood depth development between Katrina event and
Scenario 2C (Jan. 2009).

539.   Based on the foregoing data, the MR-GO was a substantial factor in the

catastrophic flooding of Plaintiffs' property. Indeed, none of the Plaintiffs' property would have

sustained catastrophic flooding but for the MR-GO's defective conditions.

540.   Rainfall at Plaintiffs' property was negligible compared to the floodwaters and did

not catastrophically flood their property.  Exhs. 110-114, Crawford Expert Reports (April 2008).

541.   Plaintiffs' property was not flooded due to pump failures or other reasons.

542.   Hurricane Katrina was nominally a storm that fit most SPH criteria.  Sustained

winds over the Greater New Orleans metropolitan area were that of a Category 1 or Category 2

strength.  Exh. 1600, Tropical Cyclone Report (Dec. 2005) at p. 8.