UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*  05-5531 | * |  |
| *Mumford v. Ingram*  05-5724 | * |  |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*  06-7516 | * |  |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*  07-5178 | * | JOSEPH C. WILKINSON, JR |
| *Weber v. Lafarge*  08-4459 | * |  |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXPARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**MAY IT PLEASE THE COURT:**

**NOW COMES** Karen Wiedemann, heretofore counsel of record in the above captioned matter, and a duly appointed member of the Barge Plaintiffs' Subgroup Litigation Committee, who respectfully moves the Court to be withdrawn as counsel of record in all captioned matters listed above.

Undersigned will be leaving private practice to work for the Social Security Administration, Office of Disability Adjudication and Review. As a result of the new employment, the undersigned will not be able to maintain a private practice. Her removal as counsel of record will not adversely effect the clients, as they are well represented by the other counsel.

It is so moved, this 18th day of June, 2009.

/s/ Karen Wiedemann
Karen Wiedemann, 21151
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile:  (504) 581-4336
e-mail: karenwiedemann@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 18th day of June,  2009.

/s/ Karen Wiedemann
Karen Wiedemann