## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| | SECTION "K" (2) |
| *Boutte v. Lafarge*        05-5531 | |
| *Mumford v. Ingram*    05-5724 | |
| *Lagarde v. Lafarge*    06-5342 | JUDGE |
| *Perry v. Ingram*          06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | |
| *Parfait Family v. USA* 07-3500 | MAG. |
| *Lafarge v. USA*            07-5178 | JOSEPH C. WILKINSON, JR |
| *Weber v. Lafarge*        08-4459 | |

## **ORDER**

Considering the foregoing motion:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Withdraw as Counsel of Record and to be removed from all captioned cases, submitted by Karen Wiedemann be, and is hereby GRANTED.

New Orleans, Louisiana this ___ day of _____, 2009.

_____
JUDGE STANWOOD R. DUVAL, JR
JUDGE, U.S. DISTRICT COURT

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 8th day of June,  2009.

                                                /s/ Karen Wiedemann
                                                Karen Wiedemann