# **DECLARATION OF ROBERT G. BEA**

Robert G. Bea, under penalty of perjury, states as follows:

1. This Declaration is submitted on behalf of the Plaintiffs in *Robinson v. United States*. As detailed below, this Declaration constitutes a response (counter-proffer) to the Proffers made by Defense experts Dr. R. Mosher and Dr. Thomas Wolff regarding the 'lateral squeezing' analyses that I have performed to evaluate the Losses of Protective Elevations (LPEs) of the Reach 2 Earthen Berm–Spoil Banks (EBSBs) due to the MR-GO channel expansions. This work was documented in my Expert Reports of July 2008, January 2009, and April 2009. I incorporate by reference here all previous Declarations and Expert Reports I have prepared for the Plaintiffs in *Robinson v. United States*. If called to testify, I could and would testify competently as follows:

2. In his Proffer on this topic, Dr. Mosher addressed two primary sets of issues: a) the lateral stability analyses of the Reach 2 EBSBs, and b) the lateral squeezing analyses. Both of these issues are related to the growth in width and depth of the MR-GO during operation and maintenance until the time of Hurricane Katrina. I will address each of these two elements in the following two sections of this Declaration.

3. Dr. Mosher's Proffer is very unsual from two standpoints. First, Dr. Mosher and the other defense experts who have testified regarding these analyses (addressing the Reach 2 EBSB 'Curse of Sisyphus') have had 10 months to respond to my expert reports on these topics. Previously, they did not address these two topics in either their expert reports or their depositions. They have not performed any independent forensic analyses of these two sets of issues. None of the background documentation that the defense experts have relied upon have addressed these two sets of issues. On no previous occasion have I been questioned in any

1

significant detail by the defense counsel regarding my work on this topic. Only after my trial testimony on April 24, 27, and 28, 2009 was this series of 'attacks' on my work unleashed by the defense experts.

4. Second, my analysis indicates Dr. Mosher's Proffer (and those of Dr. Resio and Wolff) is intentionally distorted and defective and not the "whole truth and nothing but the truth." On several occassions during these proceedings, the Court properly expressed incredulity about the analyses and testimony provided by Dr. Mosher:

> *"The Court: You're saying Dr. Bea's own chart shows that his theory of lateral displacment is bogus? The Witness: Yes. The Court: His own chart? The Witness: Is inconsitent with his opinion." (Testimony Transcript, May 7, 2009, Volume 14 – Afternoon Session, p 113, lines 9 – 11).*

5. My analyses of the Dr. Mosher's Proffer indicates that it is a defensive reaction to issues that I brought forward 10 months ago as a result of my extensive forensic engineering analyses of the performance of the Reach 2 EBSBs as affected by the growth in width and depth of the MR-GO channel. Unfortunately, Dr. Mosher's Proffer has provided the Court with a great deal of 'dense technical fog' that only obscures the facts and truths associated with these issues. It is not difficult to see through this dense technical fog to ascertain that the growth in the width and depth of the MR-GO was an important causitive factor in the catastrophic flooding experienced in St. Bernard Parish and the Lower 9th Ward polder during Hurricane Katrina. In the following two sections of this Declaration, I will provide the Court with valid and reliable forensic engineering information and analyses intended to allow the Court to see the scientific truth on this issue.

**Lateral Stability Analyses**

6.      The lateral stability analyses documented in my July 2008 Expert Report were intended to be indicative of lateral instability being exascerbated by the nearby channel of the MR-GO Reach 2 EBSBs. In development of these analyses, I cited results from laboratory testing of plastic clays similar to those found beneath the Reach 2 EBSBs (identifed as Interdistributary Clays) that were subjected to long-term 'creep' loadings. These results and those contained in my early extensive laboratory studies of the creep of clays (over 45 years ago),[1][2] were used in development of these analyses. It is well known in geotechnical engineering that plastic clays are very strain rate sensitive: *"Some soils may fail under a sustained creep stress significantly less (as much as 50 percent) than the peak stress measured in an undrained test where a sample is loaded to failure in a few minutes or hours. This is termed 'creep rupture'"* [3] Clay soils respond very much like people; if people are pushed too hard and fast, they can resist mightly; if gently and slowly coaxed, they can respond very docily.

7.      The USACE Atchafalaya levee tests analyses described during my testimony on April 24, 2009 and in my July 2008 expert report clearly showed this effect. The analyses of the USACE Atchafalaya levee tests showed that using an approach very similar to the one in my July 2008 Expert Report, resulted in Factors of Safety that were much too large (1.42 for the "Floodwayside"). If the soil strengths used in the anlayses were reduced by a factor of 0.7, the calculated factor safety was reduced to that intentionally developed during these tests – about unity. Further, these very important levee tests clearly showed that the Factor of Safety for the

---

[1] Bea, R.G. (1960). *An Experimental Study of Cohesion and Friction During Creep in Saturated Clays*, Department of Civil Engineering, University of Florida, Gainesville, Florida
[2] Bea, R.G. (1963) "Friction and Cohesion of Saturated Clays," J. Soil Mechanics and Foundations Division, American Society of Civil Engineers, Vol. 89, No. SM1, Feb 1963, pp 268-277.
[3] Mitchell, J.K. (1976). *Fundamentals of Soil Behavior*, John Wiley & Sons, Inc., New York, p 291 (emphasis added).

3

"Floodwayside" (the side toward the channel – IntraCoastal WaterWay - ICWW) was significnatly lower than that toward the "Landside" (e.g. 1.05 versus 1.23). The Factor of Safety of the test section levee toward the ICWW channel was about 80% of that on the opposite side toward the land due solely to the presence of the channel of the ICWW – whose banks were, by test design, some 150 to 200 feet away from the test levee sections 'toes'. I will provide additional details on this important 'real' – measured – difference in the next section of this Declaration.

        8.        It is unfortunate that Dr. Mosher misinformed the Court with his analysis of the data I cited in my July 2008 Expert report (PX-72, page 175). <u>This data clearly shows a reduction in the effective strength of the plastic clays as the strain rates are decreased (and vice versa)</u>. When the long-term loading strain rates associated with the construction of the EBSBs are properly interpreted relative to the strain rates used in the laboratory testing of the soils, there is a 30 to 40 percent (or more) reduction in the effective shear strength of the clays. When these reductions and the presence of the nearby MR-GO channel are taken into account, the lateral stability analyses documented in my July 2008 and April 2009 Expert Reports show that the EBSB studied ('typical' Reach 2 with MR-GO channel 250 feet from toe of EBSB) is near 'neutral stability' – it has Factors of Safety (ratio of 'driving forces' to 'resisting forces') near unity – in the range of 0.8 to 1.1 (implying a conditional probability of failure near 50%). Thus, Dr. Mosher is clearly mistaken when he stated (p 91, lines-15-18) *"There wouldn't be a reduction in shear strength, and the Factors of Safety would be 1.5, about, and 1 point something around 1.4, 1.38. So that would have given an indication that you wouldn't have lateral squeezing."*

**EBSB Lateral Squeezing Due to MR-GO Channel Analyses**

9. During Dr. Mosher's Proffer testimony, he provided the Court with extensive discussions of the results contained in my July 2008, January 2009, and April 2009 Expert Reports relating to the EBSB LPE based on the PLAXIS nonlinear Finite Element Analyses (FEA) of Site 1. As I said earlier, I found these discussions very unusual because I had not testified previously regarding these complex analyses because I had been restrained from providing such testimony, Dr. Mosher had not testified previously regarding these analyses, nor had Dr. Mosher performed any analyses of these phemenon or effects - even though Dr. Mosher testified he had used PLAXIS to analyze some of the Katrina 'failures'.

10. My analyses of the EBSB lateral squeezing at Site 1 covered the entire period of construction, operation, and maintenance of the Site 1 EBSB to the time of Hurricane Katrina. This particular location was chosen because: a) it had unusually large LPE (total of 27 feet) during its construction, opeartion, and maintenance, b) the MR-GO channel banks had eroded very close to the EBSB (within 250 feet), and c) there was sufficient information on the geology and soil characteristics at this location to allow state-of-the-art FEA based 'creep analyses' to be performed. It is important to realize that at Site 1 because of the remarkable continuing LPE at this location, the EBSB was repaired by driving steel sheet pilings into its crest (1992-1993). The figure below is a reproduction of my summary graph that was discussed extensively by Dr. Mosher (Figure 29 from page 39 of my April 2009 Expert Report, PX-2118). This graph summarizes the 'best estimate' (most probable) LPE at Site 1 with and without the MR-GO channel. The total LPE with the MR-GO is 26.7 feet and without the MR-GO is 21.8 feet. The difference in LPE attributed to the effects of growth in width and depth of the MR-GO channel is 4.3 feet (16% of the total LPE). Based on USACE construction, operation, and maintenance

5

documentation, the total fill placed at this location from construction to the time of Hurricane Katrina was 32.5 feet.

11.     As I explained in my April 2009 Expert Report, there are three primary contributors to the LPE: 1) regional subsidence (approximately 5 millimeters – 0.2 inch per year), 2) primary and secondary consolidation of the sediments under the EBSBs (explusion of water from the sediments and sediment particle 'adjustments' due to increased overburden pressures from EBSBs), and 3) lateral squeezing (creep of the sediments due to increased overburden pressures from EBSB). Primary and secondary consolidation of the sediments at Site 1 accounted for approximately 21.8 feet LPE. Lateral squeezing associated with the presence of the MR-GO channel accounted for approximately 4.3 feet LPE. The PLAXIS FEA consolidation and creep analyses were performed at discrete 'time snapshots' that are identified in the tables above Figure 29. These time snapshots are punctuated primarily with the fill increments (lifts) developed during the construction, operation and maintenance of the Site 1 EBSB until the time of Hurricane Katrina. It is not a correct interpretation of the data summarized in this figure to conclude that the horizontal lines imply no LPE. I did not use the PLAXIS FEA to determine the entire time history of LPE between the fill increments – but, rather at its end points (time snapshots indicated with red and blue dots on Figure 1). I have shown plausible time variations in LPE between the fill increments in Figure 1 (red and blue dashed lines). Thus, as I testified on April 24, 27 and 28, 2009, there were important LPEs that took place throughout the lifetime of the EBSB, including the time period following the last lift in 1980. Further, to a greater extent, the lateral squeezing was likewise exascerbated by the growth in the width and depth of the MR-GO channel contributed to these LPEs.

| YEAR | SETTLEMENT WITH MR-GO | SETTLEMENT WITH OUT MR-GO |
|---|---|---|
| 1965-1967 | 2.30 | 2.31 |
| 1967-1972 | 4.10 | 1.88 |
| 1972-1980 | 4.12 | 2.19 |
| 1980-1985 | 2.80 | 2.80 |
| 1985-1992 | 4.21 | 4.23 |
| 1992-2001 | 4.60 | 4.60 |
| 2001-2005 | 4.80 | 4.80 |

| YEAR | FILL INCREMENT |
|---|---|
| 1965 | 4.00 |
| 1968 | 10.50 |
| 1973 | 8.00 |
| 1981 | 5.50 |
| 1990 | 4.50 |



Figure 29: Summary of best estimate Loss of Protective Elevations at Site 1 with and without the MR-GO channel.

39

12.     Dr. Mosher expressed considerable doubt in his Proffer testimony concerning the reasons for my selection of Site 1 and Site 2 (between Bayou Bienvenue and just south of Bayou Dupre) to perform the detailed PLAXIS nonlinear FEA consolidation and creep analyses. In my April 2009 Expert Report, I stated (page 11):

> *"These two 'control' sites were chosen because they were associated with two locations that experienced the <u>greatest and least</u> LPEs prior to Hurricane Katrina, were associated with <u>maximum and minimun encroachment</u> of the MR-GO channel (Figure 11), and had <u>sufficient detailed information on soil characteristics and properties</u> (Appendix B)."(underline added for emphasis)*

13.     Further, Dr. Mosher testified that I should have choosen two sites that would have the same stratigraphy. In the context of the data constraints and analytical objectives cited in my foregoing quotation, such a choice was not rational or reasonable. The choice of Site 1 and Site 2 and the results of the associated consolidation and creep analyses proved to provide very important insights. The site which experienced a large total LPE (27 feet) prior to Hurricane Katrina and a large encroachment of the MR-GO channel (Site 1, 250 ft. btw channel and toe) showed a significant contribution to the LPE due to the presence of the MR-GO channel (4.3 feet LPE). The site (Site 2) experiencing a minimum total LPE prior to Hurricane Katrina (8 feet) and a minimum encroachment of the MR-GO channel (700 feet away) showed no significant contribution to the LPE due to the presence of the MR-GO channel (0.0 feet LPE). Combined with the historic elevation survey data provided by the USACE during the construction, operation, and maintenance of the EBSBs at these two sites, the results from these analyses provided empirical validation of the analytical methods and parameters – the results from the analyses were in good agreement with the historic elevation survey data. In addition, results from

the analyses were validated with the elevation survey data at the two locations <u>during the entire construction, operation, and maintenance lifetimes</u> (PX 2118, Appendix C, Table 2, page 53). No 'adjustments' (calibrations) were made to the parameters used in the the anlaytical models to 'force agreement' with the available survey elevations. <u>These results clearly indicated that had the MR-GO channel been maintained at its authorized width and depth, there would not have been any significant contributions of the MR-GO channel on the lateral squeezing mechanism and no causative impact on the LPE of the Reach 2 EBSBs.</u>

      14.     As shown in the following figure, this conclusion is also substantiated with analyses of the results from aerial photographic and LiDAR surveys (Figure 39 from my April 2009 Expert Report, PX-2118, page 51). There is excellent correlation between the proximity of the MR-GO channel banks to the EBSBs with the LPE of the Reach 2 EBSBs prior to Hurricane Katrina. – the closer the MR-GO channel banks were to the unprotected 'toes' of the EBSBs, then the lower were the protective elevations of the crests of the EBSBs. This remarkable correlation can then be extended to the fact that breaching of the EBSBs during Hurricane Katrina was directly correlated with the pre-Katrina elevations of the EBSBs.  Given results from both Defense and Plaintiffs' expert flooding analyses that clearly show direct correlations between the extent of Reach 2 EBSB breaching and the flooding of St Bernard Parish and the Lower 9th Ward polder, there is a direct correlation between the Hurricane Katrina flooding and the growth of the MR-GO channel width and depth.



Figure 39: Length of Reach 2 EBSBs subjected to substantial losses in protective elevations due to encroachment of the MR-GO channel.

15. The foregoing analytical results provided the basis for my testimony in April 2009 that approximately 50% of the Reach 2 EBSBs had experienced significant LPE (2 to 5 feet) due to the growth in the MR-GO channel width and depth. Earlier, during my February 2009 Deposition, in response to a question posed by the Defense Counsel, I testified that I estimated approximately 30% of the Reach 2 EBSBs had experienced significant LPE due to lateral squeezing caused by the expanded and deepened MR-GO channel. At the time of my February 2009 deposition, I had not completed the analytial results summarized in my April 2009 Expert Report. Thus, the change from 30% to 50% reflects the insights and learning developed as a result of performing and completing these advanced state-of-the-art consolidation and creep analyses.

16. In his Proffer on this topic, Dr. Mosher provided extensive testimony regarding his interpretations of the plots of lateral displacements I provided based on the results of the PLAXIS FEA of Site1 and Site 2 (PX-2118, Appendix C, pages 56-57, and pages 116-117). These plots show the lateral deformations of the soils under the Site 1 and Site 2 EBSBs as a function of three positions (A – 25 feet from EBSB centerline toward MR-GO channel, B – 300 feet from EBSB centerline in same direction, and C – 575 feet from the EBSB centerline in the same direction) and as a function of elevation beneath the ground surface. In his contrasting of the lateral deformation results at the three positions he testifed that the two landward locations (A, B) did not show significant differences in displacements with and without the presence of the MR-GO channel. However, the position in the MR-GO channel (C) <u>did show significant differences in the lateral deformations</u>. The referenced results disprove Dr. Mosher's interpretations and graphically indicate that the squeezing of the soils into the MR-GO channel is focused near the open mouth of the 'toothpaste tube' represented by the mobile plastic soils

entrapped between the overlying fill materials and the underlying stronger materials at depth. In addition, the results (e.g. refer to Appendix C, Table 3, pages 58-59, April 2009 Expert Report) that during the time intervals when placement of the EBSB 'lifts' were large, the horizontal strains were concentrated primarily in the Marsh layers and upper portions of the Interdistributary clay layer (elevations between about 0 and –20 feet NAVD 88). The horizontal strains in these layers were in the range of 130% to 6,300% greater with the MR-GO channel than for the case of NO MR-GO channel – with the greatest lateral squeezing taking place outside the EBSB toward the MR-GO channel. Thus, in the following interchange between The Court and Dr. Mosher, Dr. Mosher was clearly not correct:

*"The Court: So are there any charts that prove that he just put in charts that disprove his theory all throughout his report that I haven't looked at and is not in evidence? The Witness: I haven't seen any reports that show that that Interdistributary clay had any movement horizontally that influenced the behavior of the levee."*

17.  This analytical evidence from the PLAXIS FEA is corroborated with results from the USACE Atchafalaya Basin levee tests briefly described by Dr. Mosher during his Proffer (refer to page 85 lines 7 – 15, and DX-003 pages 192 and 193) clearly showed that the major movements of the levee test sections were toward the nearby ICWW channel:

*"Six months after construction, test sections 1 and 2 had moved laterally to the extent that cracks developed in the surface of the fills. At both test sections, the major lateral movements were toward the floodway.'(underline added for emphasis)*

Careful examination of the information at the bottom of page 192 that was shown to the Court by Dr. Mosher (figure enlarged below) shows that there are significantly greater lateral displacements of the soils underlying the levee cross section in the direction of the adjacent

ICWW channel. The greatest lateral displacements are developed above an elevation of about –20 feet (same as for the EBSB study Site 1). <u>The maximum lateral displacements on the ICWW channel side of the test section levee are more than twice those on the landward side (16 feet versus 7 feet)</u>. It is obvious that the 'lateral squeezing' of soils from under the levee test sections is exascerbated by the presence of the ICWW channel.  Therefore, Dr. Wolff is clearly wrong.



18. Dr. Mosher's Proffer testimony contained direct quotations from DX 003 (one of the many publications that document the Atchafalaya levee tests) that clearly indicate the presence of the 'Curse of Sisyphus' in these test levee sections:

> *"Movement data for test sections 2 and 3 show that at both sections the levee crown is slowly settling downward and the <u>foundation is spreading laterally away from the levee centerline</u>." underline added for emphasis.*

13

Thus, the USACE Atchafalaya levee tests clearly showed that lateral spreading of the underlying foundation was a primary contributor to the loss of protective elevations, and further that the lateral displacement was most pronounced in the direction toward the nearby ICWW channel. The Atchafalaya levee test sections were clearly suffering the 'Curse of Sisyphus." Whether you call this process 'lateral squeezing' or 'slope instability' does not make any real difference. The end result of the dredging, loading, squeezing, dredging cycle is the same. Soils are moving from under the weight exerted by spoils being placed on the shoreline - toward the nearby channel – thereby lowering the crown elevations of the levee – EBSB. This negative impact is precisely what my analyses have indicated happened and was happening along approximately 50% of the Reach 2 EBSBs and without which there would have been no breaching and no catastrophic flooding.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2009 in Moraga, California.

Robert Bea, Ph.D, PE