UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: | CIVIL ACTON |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | NO. 05-04182 - "K" (2) |
| _____ | JUDGE DUVAL |
| PERTAINS TO: | MAGISTRATE JUDGE WILKINSON |

ALL DREDGING LIMITATIONS

Nos.   06-8676; 06-8884; 06-8888;
          06-8890; 06-8891; 06-8922;
          06-8967; 06-9075; 06-9223; and
          *Ackerson, No. 06-4066*

**EXPARTE MOTION TO WITHDRAW MOTION
FOR RETURN OF COSTS DEPOSIT**

NOW INTO COURT, through undersigned counsel, comes complainant, Pine Bluff Sand and Gravel Company, and moves to withdraw its Motion for Return of Costs Deposit, filed on June 19, 2009, on the grounds that the Motion for Return of Costs Deposition was filed in error based on a notice issued by the Court admonishing Pine Bluff Sand & Gravel Company to seek the return of its costs deposit based on a misunderstanding regarding the status of the case. Accordingly, Pine Bluff Sand & Gravel Company respectfully

requests that its Motion For Return of Costs Deposit be withdrawn and that the Court retain the original cost deposit of $250.00.

                Respectfully submitted,

**s/Daniel J Hoerner**
DANIEL J. HOERNER (Bar #21706)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Attorneys for Complainant, Pine Bluff Sand and Gravel Company
ExparteMtnWithdrawMtnRetCostsDeposit.wpd

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

None.

**s/Daniel J Hoerner**

-2-