UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: | CIVIL ACTON |
| KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | NO. 05-04182 - "K" (2) |
| | JUDGE DUVAL |
| PERTAINS TO: | MAGISTRATE JUDGE WILKINSON |
| ALL DREDGING LIMITATIONS | |

Nos.  06-8676; 06-8884; 06-8888;
06-8890; 06-8891; 06-8922;
06-8967; 06-9075; 06-9223; and
*Ackerson, No. 06-4066*

## O R D E R

Considering the foregoing Exparte Motion to Withdraw Motion for Return of Costs Deposit,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion be and it is hereby GRANTED and that Pine Bluff Sand & Gravel Company's Motion for Return of Costs Deposit, filed on June 19, 2009, be and it is hereby withdrawn and that the Clerk of Court is hereby directed to retain Pine Bluff Sand & Gravel Company's cost deposit of $250.00.

New Orleans, Louisiana, this _____ day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE