# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE TRACK, | § | |
| *Boutte v. Lafarge*, 05-5531, | § | |
| *Mumford v. Ingram,* 05-5724, | § | |
| *Lagarde v. Lafarge,* 06-5342, | § | |
| *Perry v. Ingram,* 06-6299, | § | |
| *Benoit v. Lafarge,* 06-7516, | § | |
| *Parfait Family v. USA,* 07-3500, | § | |
| *Lafarge v. USA,* 07-5178, | § | |
| *Weber v. Lafarge,* 08-4459. | § | |
| | § | |

## ORDER

Having considered the United States of America's motion for expedited hearing, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. The United States of America's Motion to Sever and Stay Third-Party Claims shall be decided without oral argument on or before June 16, 2009.

[MOOT]

New Orleans, Louisiana, this  22nd  day of _____June_____, 2009.

_____
JUDGE STANWOOD R. DUVAL
Eastern District of Louisiana