UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>BARGE | SECTION "K"(2) |

By Minute Entry of March 24, 2009 (Doc. No. 18467), the Court set February 22, 2010, as a trial date for the Individual BARGE trial as designated in the Joint Notice of Identity of Barge Plaintiffs for First Combined MRGO-BARGE "Bellwether" Trial (Doc. 18164). However, because of the Court's schedule, it has determined that this matter must be continued. Accordingly,

**IT IS ORDERED** that the pre-trial conference in the Individual BARGE trial previously scheduled to commence on **January 7, 2010** is **CONTINUED** to **March 16, 2010 at 1:00 p.m.**

**IT IS FURTHER ORDERED** that the trial presently scheduled for **February 22, 2010** is **CONTINUED** to **April 12, 2010 to commence at 8:30 a.m.**

**IT IS FURTHER ORDERED** that all other deadlines previously established shall remain in place.

New Orleans, Louisiana, this   23rd   day of June, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE