UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                           CIVIL ACTION
        CONSOLIDATED LITIGATION
                                                        NO. 05-4182

PERTAINS TO: DREDGING                                   SECTION "K"(2)

## ORDER

Before the Court is Pine Bluff Sand and Gravel Company's ("Pine Bluff") Motion to Withdraw Document (Rec. Doc. 19025). Pine Bluff seeks to withdraw a prior motion for return of property costs deposit (Rec. Doc. 19017). That motion, however, was marked as deficient by the Clerk's office for failure to file in the correct case. As the motion was marked deficient, it was not filed on the record, and therefore it does not need to be withdrawn. Accordingly,

**IT IS ORDERED** that Pine Bluff's Motion to Withdraw Document (Rec. Doc. 19025) is **MOOT.**

New Orleans, Louisiana, this __23rd__ day of June, 2009.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**