**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO (*Robinson, 06-2268*) | § | |
| | § | |
| _____ | § | |

**DEFENDANT UNITED STATES OF AMERICA'S**
**AMENDED FINAL LIST OF EXHIBITS**

The Defendant United States of America submitted to the Court its Preliminary List of

Exhibits on March 20, 2009, for the *Robinson* litigation per Court Order (DR 18344), and again

on March 27, 2009.  *See* Plaintiffs' and Defendant's Preliminary Joint Exhibit List, Witness List

and Stipulated Facts (DR 18228); and Pre-Trial Order (DR 18331), respectively.  On March 31,

2009, the Court ordered the parties to exchange all exhibits prior to April 3, 2009 (DR 18433).

The parties exchanged exhibits but because of time constraints were unable to identify and

provide a final list of all exhibits.  Accordingly, the parties agreed to supplementation of the

preliminary exhibit lists and also agreed on a Joint Exhibit List.  Those lists were filed with the

Court on May 14, 2009 (DR 18816) .

     Upon preparing a set of hyper-linked documents for the Court's use, the United States

noted some administrative errors on the exhibit lists filed on May 14, 2009.  Accordingly, the

United States is filing amended exhibit lists correcting those errors.

                                  Respectfully submitted,

                                  MICHAEL F. HERTZ
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

  s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: June 24, 2009

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on June 24, 2009, I served a true

copy of the United States' Amended Final List of Exhibits upon all parties by ECF.

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.