UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:   *Robinson* (06-2268) | SECTION "K"(2) |

### ORDER

A Motion for Reconsideration of the Court's Order Excluding the Deposition Testimony of Dr. Robert A. Dalrymple (Doc. 18962) was filed on June 2, 2009 apparently without a Notice of Hearing. The Court has determined that no hearing is necessary; however, the Court will require the United States to respond thereto. Accordingly,

**IT IS ORDERED** that an opposition to said motion shall be filed by the United States no later than Tuesday, June 30, 2009.

New Orleans, Louisiana, this   24th   day of June, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE