UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: | |
| INSURANCE: *Tippen*, 06-7701 c/w 06-8440 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, R.C. Tippen and Carrie Tippen ("Plaintiffs"), and defendant, Republic Fire And Casualty Insurance Company ("Republic"), who respectfully submit to this Honorable Court that a settlement of all claims has been reached in this matter, and that Plaintiffs wish to dismiss any and all claims against defendant, Republic, with prejudice, with each party to bear its own costs.

1

Respectfully submitted:

**Robert G. Harvey**
**Attorney at Law**
2609 Canal Street, First Floor
New Orleans, LA  70119
Phone: (504)822-2136
Fax:  (504) 822-2179

**BY:**	**/s/ Robert G. Harvey**
**ROBERT G. HARVEY (No. 18615)**

**ATTORNEY FOR PLAINTIFFS,**
**R.C. TIPPEN AND CARRIE TIPPEN**

-AND-

**LARZELERE PICOU WELLS**
      **SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, LA  70002
Telephone: (504) 834-6500
Facsimile:  (504) 834-6565

**BY:**	 **/s/ Scot P. Koloski**
**JAY M. LONERO, T.A. (No. 20642)**
      **jlonero@lpw-law.com**
**CHRISTOPHER R. PENNISON (No. 22584)**
      **cpennison@lpw-law.com**
**SCOT P. KOLOSKI (#27537)**
      **skoloski@lpw-law.com**

**ATTORNEYS FOR REPUBLIC FIRE AND**
**CASUALTY INSURANCE COMPANY**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                                                                  /s/ Scot P. Koloski