# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> _____ * <br> * <br> PERTAINS TO: * <br> INSURANCE (Spitzer, No. 07-2168) * | C.A. NO. 05-4182; "K" (2) <br> JUDGE: DUVAL <br> MAG.: WILKINSON |

## JOINT MOTION AND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **JOHN AND JUDY SPITZER,** and Defendant, State Farm Fire and Casualty Company, through their undersigned counsel of record, all parties at interest herein and who stipulate and agree that the above numbered and entitled cause has been concluded with settlement and accordingly, should be dismissed, with prejudice, each party to bear their own costs of court.

Respectfully submitted,

| | |
|---|---|
| JIM S. HALL (21644) <br> JOSEPH W. RAUSCH (11394) <br> Attorney for Plaintiff <br> 800 N. Causeway Blvd., Suite 100 <br> Metairie, Louisiana 70001 <br> (504) 832-3000 | CHARLES L. CHASSAIGNAC, IV (20746) <br> PORTEOUS, HAINKEL & JOHNSON <br> Attorneys for Defendant State Farm Fire <br> and Casualty Company <br> 343 Third Street, Ste. 202 <br> Baton Rouge, LA 70801 <br> (225) 383-8900 |

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing *Motion to Dismiss* has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this _____ day of _____, 2009.

_____
CHARLES L. CHASSAIGNAC, IV (#20746)