## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | C.A. NO. 05-4182; "K" (2)<br>JUDGE: DUVAL<br>MAG.: WILKINSON |
| PERTAINS TO:<br>INSURANCE (Mason, No. 07-2021) | *<br>*<br>* | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, as it pertains to **WANDA AND WILLIAM MASON**, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of Court.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT LOUISIANA