UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

### ORDER

Having considered Plaintiffs' Ex Parte Motion for Leave to File a Corrected Post Trial Brief and Appendix "A," and for good cause shown, it is hereby **ORDERED** that the Motion for Leave to File is **GRANTED**. Plaintiffs may file their Corrected Post Trial Brief and Appendix "A."

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana

1