UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion, and for good cause shown:

**IT IS ORDERED** that the Plaintiffs' Motion for Leave to File Out-of-Time Memorandum be **GRANTED**, and the Opposition to United States's Memorandum Seeking Admission of Defense Proffers 1-3, 6-9, & 11 of the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz be filed into the record.

New Orleans, LA, this ____26th____ day of ____June____, 2009.

_____
JUDGE