UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. | 05-4182 |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * * * | JUDGE: STANWOOD R. DUVAL, JR MAGISTRATE: WILKINSON | |
| SEVERED FROM: *Aaron* 06-4746 | * * | | |
| RITA & JOSEPH FRANCOIS | * * * | CIVIL ACTION NO. | 07-1904 |
| VERSUS | * * * | JUDGE: STANWOOD R. DUVAL, JR. MAGISTRATE: WILKINSON | |
| STATE FARM FIRE & CASUALTY COMPANY | * * | | |

**********************************************************************

### ORDER OF DISMISSAL

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 26th day of     June    , 2009

_____
UNITED STATES DISTRICT JUDGE

0895-0501