UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES  *  C.A. NO. 05-4182; "K" (2)
CONSOLIDATED LITIGATION        *  JUDGE: DUVAL
                               *  MAG.: WILKINSON
_____*
                               *
PERTAINS TO:                   *
INSURANCE (Sanders, No. 07-2161) *

## ORDER

IT IS ORDERED that the above numbered and entitled cause, be and the same is hereby

dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 26th day of _____June_____, 2009

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA