UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE: *Tippen*, 06-7701 c/w 06-8440 | |
| | MAGISTRATE: WILKINSON |

**O R D E R**

Considering the foregoing *Joint Motion to Dismiss with Prejudice*:

**IT IS HEREBY ORDERED** that all claims of plaintiffs, R.C. Tippen and Carrie Tippen, in the above-entitled case, against defendant, Republic Fire and Casualty Insurance Company, are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana this  26th   day of         June        , 2009.

_____
**HONORABLE STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**