# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUN 2 4 2009

LORETTA G. WHYTE
CLERK

June 19, 2009

TO: All Counsel and Parties Listed Below

    Misc. No. 09-20    In Re: Katrina Canal
        USDC No. 2:05-CV-4182
        USDC No. 2:07-CV-5528

Enclosed is a copy of the court's order granting the application(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket **No. 09-30485**.

Unless the district court has granted In Forma Pauperis status, the appellant(s) should immediately pay the court of appeals' $450.00 docketing fee and $5.00 filing fee to the **district court clerk**, and notify us of the payment within 10 days from the date of this letter. If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

Counsel desiring to appear in this case must sign and return a "Form for Appearance of Counsel", naming each party you represent, within 15 days from the date of this letter. You may print or download the form from the Fifth Circuit's web site, www.ca5.uscourts.gov. If you fail to send in the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form.

                        CHARLES R. FULBRUGE III, Clerk

                        By: Misty Fontenot
                        Misty L. Fontenot, Deputy Clerk
                        504-310-7716

Mr. Neil C Abramson
Mr. Wystan Michael Ackerman
Mr. Stephen Conrad Aertker
Ms. Angie Arceneaux Akers
Ms. Judy Y Barrasso
Ms. Nora B Bilbro
Mr. Thomas R Blum
Ms. Kelly C Bogart
Ms. Jacqueline M Brettner
Ms. Lauren E Brisbi
Mr. Stephen G Bullock
Mr. William Glenn Burns

Fee _____
Process _____
X Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

Mr. James D Caldwell
Mr. James David Caldwell
Ms. Jaime Michele Cambre
Ms. Rachael Patton Catalanotto
Mr. Charles Louis Chassaignac IV
Mr. Chris D'Amour
Ms. Laurie Lee DeArmond
Mr. Patrick Dominic DeRouen
Mr. Sidney W Degan III
Ms. Julia A Dietz
Mr. John Christopher Dippel
Ms. Mary Lue Dumestre
Mr. Lawrence J Duplass
Mr. Stephen N Elliott
Ms. Andrea Leigh Fannin
Mr. Neal J Favret
Mr. Richard L Fenton
Mr. Alan S Gilbert
Ms. Nancy B Gilbert
Mr. Paul E Glad
Mr. Stephen E Goldman
Ms. Maryann G Hoskins
Mr. Ralph S Hubbard III
Ms. Stephanie Goss John
Mr. Harry Alston Johnson III
Mr. Christopher Keith Jones
Mr. Kevin P Kamraczewski
Mr. Howard Bruce Kaplan
Mr. Richard Edward King
Mr. Wayne J Lee
Mr. Edward J Lilly
Mr. Matthew Joseph Lindsay
Mr. Jay M Lonero
Ms. Amy S Malish
Mr. Christopher Weldon Martin
Mr. David M McDonald
Mr. Bryan Kuron McMinn
Ms. Anne Elizabeth Medo
Mr. Stephen L Miles
Mr. David Moragas
Mr. Sean Patrick Mount
Mr. James K Ordeneaux
Mr. Dominic J Ovella
Ms. Maura Z Pelleteri
Mr. Christopher Raymond Pennison
Mr. C Michael Pfister
Mr. James Trey Phillips
Mr. H Minor Pipes III
Mr. Andrew L Plauche Jr.
Mr. Daniel T Plunkett
Mr. Milton Davis Ready
Mr. Daniel Michael Redmann
Mr. Marshall M Redmon
Mr. Anthony Joseph Rollo Jr.
Mr. Harry A Rosenberg
Ms. Deborah B Rouen
Mr. Martin R Sadler
Ms. Stefini Weckwerth Salles
Ms. Sallie Jones Sanders

Mr. Seth Andrew Schmeeckle
Mr. Gordon Paul Serou Jr.
Mr. Jay R Sever
Mr. Christian Aric Shofstahl
Mr. Robert I Siegel
Mr. David R Simonton
Ms. Virginia Y Trainor
Mr. John E Unsworth Jr.
Mr. Steven W Usdin
Mr. John R Walker
Mr. Edward Robert Wicker
Mr. Walter D Willson
Mr. Gerard E Wimberly Jr.
Mr. John Powers Wolff III
Mr. Matthew Aaron Woolf
Mr. Alan J Yacoubian

Enclosures

cc:
    Ms. Loretta Whyte


*Misc Case Transfer - MOT11*

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT



U.S. COURT OF APPEALS
FILED
JUN    2009
CHARLES R. FULBRUGE III
CLERK

No. 09-20

LOUISIANA STATE, Individually and on behalf of State of Louisiana, Division of Administration, Office of Community Development ex rel: JAMES D. CALDWELL, also known as Buddy Caldwell, proper plaintiff party, in place of Charles C. Foti, Jr.

    Plaintiffs - Respondents

v.

AMERICAN NATIONAL GENERAL INSURANCE COMPANY; ANPAC LOUISIANA INSURANCE COMPANY; HARTFORD ACCIDENT & INDEMNITY COMPANY; HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; HARTFORD INSURANCE COMPANY OF THE MIDWEST; HARTFORD INSURANCE COMPANY OF THE SOUTHEAST; REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY; AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY; ET AL

    Defendants - Petitioners

Petitions for Leave to Appeal
Pursuant to 28 U.S.C. § 1292 (b)

Before Judges HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition filed by petitioners ANPAC

Louisiana Insurance Company, American National General Insurance Company, American National Property & Casualty Company, and Republic Fire and Casualty Insurance Company for permission to appeal pursuant to 28 U.S.C. § 1292(b) from the orders of the United States District Court for the Eastern District of Louisiana, New Orleans, entered on March 5, 2009 and April1 16, 2009, is granted.

IT IS FURTHER ORDERED that the petition filed by petitioners Hartford Accident & Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, and Et Al for permission to appeal pursuant to 28 U.S.C. § 1292(b) from the orders of the United States District Court for the Eastern District of Louisiana, New Orleans, entered on March 5, 2009 and April 16, 2009, is granted.

PSR RWB JMC

5 JUN 2009