# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289. | JUDGE DUVAL<br><br>MAG. WILKINSON |

PERTAINS TO:    LEVEE AND MR-GO

## JOINT EX PARTE MOTION FOR LEAVE OF COURT TO SUBMIT TO THE COURT AND FILE INTO THE RECORD (1) PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND (2) PROPOSED FINAL ORDER AND JUDGMENT

NOW INTO COURT, come Plaintiffs[1] and the Settling Defendants, which seek leave of Court to submit to the Court and file into the record (1) proposed Findings of Fact and Conclusions of Law, and (2) a proposed Final Order and Judgment.

1.

In light of the evidence presented at the Certification Hearing and Fairness Hearing held on April 2, 2009, and associated briefing, Class Counsel and counsel for the Settling Defendants seek to submit to the Court the proposed Findings of Fact and Conclusions of Law attached

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this motion shall have the meanings and/or definitions given them in the Class Settlement Agreement, the original of which, together with all exhibits, is attached to the Joint Motion for Certification of Settlement Class, for Approval of Proposed Settlement and for the Stay of Certain Claims and Actions as in globo Exhibit "1".

hereto as Exhibit "A".  Movants believe that this submission may prove helpful to the Court. (Note:  The proposed findings contain bold, bracketed language related to the "premises" issue to be inserted or deleted depending on this Court's decision on that issue.  *See* proposed findings of fact, nos. 68 and 77 and proposed findings of law, nos. 63, 64 and 70.)

2.

The Class Settlement Agreement expressly contemplates that the proponents of the class settlement will request entry of a Final Approval Order and Judgment (see Section II(25)), substantially in the form of the one attached as Exhibit "C" to the Class Settlement Agreement. Movers now seek leave to submit to the Court the proposed Final Order and Judgment attached hereto as Exhibit "B".  The attached proposed Final Order and Judgment has been updated to take into account recent developments, <u>but does not make substantive changes to the form previously proposed</u>.

3.

The updates to the form of Final Order and Judgment include: the deletion of the findings of fact and conclusions of law, which the parties now propose be submitted as a separate document; the modification of the language regarding the appointment of a Special Master, as the Special Master will now not be appointed until a later date; the confirmation of the rights of successors and assigns under the settlement agreement at the request of a claimant; the update of the references to the settlement agreement to reflect that it has been amended favorably to the class (should the Court so approve) and to propose that the amended agreement be attached to

the final judgment; the addition of provisions to address the objections actually filed; and true general clean-up.

WHEREFORE, Plaintiffs and the Settling Defendants respectfully request that this Court grant their Motion for Leave to submit to the Court and file into the record the attached (1) proposed Findings of Fact and Conclusions of Law, and (2) proposed Final Order and Judgment.

Respectfully submitted,

LAW OFFICES OF JOSEPH M. BRUNO

BY: */s/ Joseph M. Bruno*
Joseph M. Bruno  (#3604)
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:  (504) 561-6775

ATTORNEYS ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

BY: */s/ Gerald E. Meunier*
Gerald E. Meunier  (#9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163-2800
Telephone:  (504) 522-2304
Facsimile:  (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

DOMENGEAUX WRIGHT ROY & EDWARDS

BY:   */s/ James P. Roy*
     James P. Roy  (#11511)
     556 Jefferson Street
     Lafayette, Louisiana  70502
     Telephone:  (337) 593-4190
     Facsimile:  (337) 233-2796

LIAISON COUNSEL FOR MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEE


MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL

BY:   */s/ Thomas P. Anzelmo*
     Thomas P. Anzelmo  (#2533)
     3445 N. Causeway Boulevard, Suite 800
     Metairie, Louisiana  70002
     Telephone:  (504) 831-0946
     Facsimile:  (504) 831-2492

ATTORNEYS FOR THE BOARD OF COMMISSIONER'S FOR THE ORLEANS LEVEE DISTRICT AND THE ORLEANS LEVEE DISTRICT

- 5 -

        DUPLASS, ZWAIN, BOURGEOIS,
        MORTON, PFISTER & WEINSTOCK

        BY:   */s/ Gary M. Zwain*
               Gary M. Zwain  (#13809)
               Three Lakeway Center, Suite 2900
               3838 North Causeway Boulevard
               Metairie, Louisiana  70002
               Telephone:  (504) 832-3700
               Facsimile:  (504) 837-3119

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT, THE EAST JEFFERSON LEVEE DISTRICT, THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE LAKE BORGNE BASIN LEVEE DISTRICT


        LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD

        BY:   */s/ Ralph S. Hubbard*
               Ralph S. Hubbard III  (#7040)
               601 Poydras Street, Suite 2775
               New Orleans, Louisiana  70130
               Telephone:  (504) 568-1990
               Facsimile:  (504) 310-9195


   and

                PHELPS DUNBAR LLP

                BY:   */s/ S. Ault Hootsell III*
                        S. Ault Hootsell III
                        Canal Place
                        365 Canal Street, Suite 2000
                        New Orleans, Louisiana  70130-6534
                        Telephone:  (504) 566-1311
                        Facsimile:  (504) 568-9130

                ATTORNEYS FOR ST. PAUL FIRE AND
                MARINE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Joint Ex Parte Motion for Leave of Court to Submit to the Court and File Into the Record (1) Proposed Findings of Fact and Conclusions of Law and (2) Proposed Final Order and Judgment has been electronically filed with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record and a copy sent to the following via U.S. First Class mail, postage prepaid, this 26th day of June, 2009.

| | |
|---|---|
| Richard A. Nussbaum, II<br>Sopko, Nussbaum, Inabnit & Kaczmarek<br>5th Floor – Plaza Building<br>210 S. Michigan Street<br>P.O. Box 300<br>South Bend, Indiana  46624<br>Facsimile:  (574) 234-4200<br>E-mail:  dickn@sni-law.com | James K. Irvin<br>Michael J. Monistere<br>Chadwick W. Collings<br>Milling Benson Woodward L.L.P.<br>909 Poydras Street, Suite 2300<br>New Orleans, LA  70112-1010<br>Facsimile:  (504) 569-7001<br>E-mail:  jirvin@millinglaw.com |

NO.99956721.1

- 7 -

| | |
|---|---|
| John J. Cummings, III<br>Cummings & Cummings<br>416 Gravier Street<br>New Orleans, LA  70130 | Jennifer J. Rosenbaum<br>New Orleans Workers' Center for Racial Justice<br>217 N. Prieur Street<br>New Orleans, LA  70112<br>E-mail:  jjrosenbaum@gmail.com |
| Michael T. Kirkpatrick<br>Allison M. Zieve<br>Public Citizen Litigation Group<br>1600 10th Street NW<br>Washington, DC  20009<br>mkirkpatrick@citizen.org | |

/s/ S. Ault Hootsell III

- 7 -