## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION NO. 05-4182 "K" (2)
          CONSOLIDATED LITIGATION

FILED IN:    05-4181, 05-4182, 05-4191, 05-4568,     JUDGE DUVAL
05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0020, 06-1885,     MAG. WILKINSON
06-0225, 06-0886, 06-11208, 06-2278,
06-2287, 06-2346, 06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163,
06-5367, 06-5471, 06-5771, 06-5786,
06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288,
07-1289.

PERTAINS TO:    LEVEE AND MR-GO

### ORDER

Considering the foregoing Joint Motion for Leave;

IT IS HEREBY ORDERED that the Joint Motion for Leave to submit to the Court and file into the record the attached (1) proposed Findings of Fact and Conclusions of Law and (2) proposed Final Order and Judgment is granted, and

IT IS FURTHER ORDERED that the attached (1) proposed Findings of Fact and Conclusions of Law and (2) proposed Final Order and Judgment are hereby deemed to be filed into the record of these proceedings.

Signed this _____ day of _____, 2009.

_____
Judge, United States District Court

NO.99956725.1